

# OFFICE OF FOREIGN ASSETS CONTROL

## Specially Designated Nationals and Blocked Persons List

April 3, 2026

ALPHABETICAL LISTING OF SPECIALLY DESIGNATED NATIONALS AND BLOCKED PERSONS ("SDN List"):

This publication of Treasury's Office of Foreign Assets Control ("OFAC") is designed as a reference tool providing actual notice of actions by OFAC with respect to Specially Designated Nationals and other persons (which term includes both individuals and entities) whose property is blocked, to assist the public in complying with the various sanctions programs administered by OFAC. The latest changes to the SDN List may appear here prior to their publication in the Federal Register, and it is intended that users rely on changes indicated in this document. Such changes reflect official actions of OFAC, and will be reflected as soon as practicable in the Federal Register under the index heading "Foreign Assets Control." New Federal Register notices with regard to Specially Designated Nationals or blocked persons may be published at any time. Users are advised to check the Federal Register and this electronic publication routinely for additional names or other changes to the SDN List.

0DAY TECHNOLOGIES (a.k.a. LIMITED 0DAY TECHNOLOGIES; a.k.a. LLC ZIROUDEY TEKHNOLODZHIS (Cyrillic: ООО ЗИРОУДЭЙ ТЕХНОЛОДЖИС); a.k.a. "LTD 0DT"), UL. Profsoyuznaya D. 125, Floor Tsokolnyi, Pomeshch. I. Kom. 14, Moscow 117647, Russia; St. Vvedenskogo, House 23A, Structure 3, etazh 4, Room XIV, Room 62, Rm1b, Moscow 117342, Russia; Website https://0day.llc/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Dec 2001; Organization Type: Other information technology and computer service activities; Target Type Private Company; Registration ID 5117746070558 (Russia); Tax ID No. 7728795098 (Russia) [RUSSIA-EO14024].

2ND ACADEMY OF NATURAL SCIENCES (a.k.a. ACADEMY OF NATURAL SCIENCES; a.k.a. CHAYON KWAHAK-WON; a.k.a. CHE 2 CHAYON KWAHAK-WON; a.k.a. KUKPANG KWAHAK-WON; a.k.a. NATIONAL DEFENSE ACADEMY; a.k.a. SANSRI; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES RESEARCH INSTITUTE), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

3-101-507688 SA, Limon, Costa Rica; Tax ID No. 3-101-507688 (Costa Rica) [ILLICIT-DRUGS-EO14059] (Linked To: MC DONALD RODRIGUEZ, Estefania).

3D MODERN PRINTING PRESS, Veracruz, Veracruz, Mexico; Organization Established Date 15 Dec 2020; Organization Type: Service activities related to printing; Folio Mercantil No. N-2020081004 (Mexico) [ILLICIT-DRUGS-EO14059].

3D.RU (a.k.a. ZD.RU), Ul. Silikatnaya Vld. 51A, K. 1, Pomeshch. 45, Mytishchi 141013, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Manufacture of plastics products; Tax ID No. 5029176567 (Russia); Registration Number 1135029006947 (Russia) [RUSSIA-EO14024].

3DATA, Ul. Novoryazanskaya D. 26, Str. 1, Pomeshch. 4/1/1, Moscow 105066, Russia; Website 3data.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Computer programming activities; Tax ID No. 7702822710 (Russia); Registration Number 1137746838800 (Russia) [RUSSIA-EO14024].

3G LOJISTIK VE HAVACILIK HIZMETLARI LTD., No. 3/182 Altintepe Bagdat Cad. Istasyon Yolu Sok., Istanbul 34840, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR).

3K GROUP LIMITED, Unit 205, Unit C, 2/F, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Mar 2023; Company Number 3242285 (Hong Kong); Business Registration Number 74947060 (Hong Kong) [RUSSIA-EO14024].

3LOGIC GROUP (a.k.a. OOO NOVYI AI TI PROEKT), Nab. Berezhkovskaya D. 20, Str. 33, Moscow 121059, Russia; Ul. Nagatinskaya D. 16, Str. 9, Pomeshch. VII, Kom. 15, Office 5, Moscow 115487, Russia; Ul. Kiyevskaya D. 7, Korp. 2, Pod. 7, Moscow 121059, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724338125 (Russia); Registration Number 1157746958830 (Russia) [RUSSIA-EO14024].

3NOD DIGITAL HONG KONG LIMITED (Chinese Traditional: 三諾數字(香港)有限公司), 2201-03 22/F World-Wide HSE, 19 Des Voeux Road C, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Business Registration Number 60786175 (Hong Kong) [RUSSIA-EO14024].

3RD BUREAU OF THE RGB (a.k.a. 3RD DEPARTMENT SIGNAL INTELLIGENCE; a.k.a. 3RD TECHNICAL SURVEILLANCE BUREAU; a.k.a. TECHNICAL RECONNAISSANCE BUREAU; a.k.a. TECHNICAL RECONNAISSANCE TEAM; a.k.a. "THIRD BUREAU"), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

3RD DEPARTMENT SIGNAL INTELLIGENCE (a.k.a. 3RD BUREAU OF THE RGB; a.k.a. 3RD TECHNICAL SURVEILLANCE BUREAU; a.k.a. TECHNICAL RECONNAISSANCE BUREAU; a.k.a. TECHNICAL RECONNAISSANCE TEAM; a.k.a. "THIRD BUREAU"), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

3RD TECHNICAL SURVEILLANCE BUREAU (a.k.a. 3RD BUREAU OF THE RGB; a.k.a. 3RD DEPARTMENT SIGNAL INTELLIGENCE; a.k.a. TECHNICAL RECONNAISSANCE BUREAU; a.k.a. TECHNICAL RECONNAISSANCE TEAM; a.k.a. "THIRD BUREAU"), Korea, North; Secondary sanctions risk: North Korea

EXHIBIT

WAMY EX. 117

Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

3ZED INVESTMENT (a.k.a. MIBAZAARUMV; a.k.a. "3ZED"), Ma. Rimlas, Nikagas, Hingun, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Mar 2022; Organization Type: Packaging activities; Business Number BN15322023 (Maldives); Registration Number SP-0816/2022 (Maldives) [SDGT] (Linked To: MUBEEN, Ahmed).

4U AIRCRAFT DESIGN AND ENGINEERING GMBH, Flinschstr. 55, Frankfurt am Main 60388, Germany; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. DE280924229 (Germany); Registration Number 60313B92187 (Germany) [RUSSIA-EO14024] (Linked To: AIR LEO FZE).

7 KARNES, Avenida Ciudad de Cali No. 15A-91, Local A06-07, Bogota, Colombia; Matricula Mercantil No 1978075 (Colombia) [SDNTK].

7 MAKARA PHARY CO., LTD., Deaum Mien, Daeum Mien, Ta Khmau, Kandal 8252, Cambodia; Company Number 00037307 (Cambodia) [GLOMAG] (Linked To: SOPHARY, Kim).

7TH OF TIR (a.k.a. 7TH OF TIR COMPLEX; a.k.a. 7TH OF TIR INDUSTRIAL COMPLEX; a.k.a. 7TH OF TIR INDUSTRIES; a.k.a. 7TH OF TIR INDUSTRIES OF ISFAHAN/ESFAHAN; a.k.a. MOJTAMAE SANATE HAFTOME TIR; a.k.a. SANAYE HAFTOME TIR; a.k.a. SEVENTH OF TIR), Mobarakeh Road Km 45, Isfahan, Iran; P.O. Box 81465-478, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

7TH OF TIR COMPLEX (a.k.a. 7TH OF TIR; a.k.a. 7TH OF TIR INDUSTRIAL COMPLEX; a.k.a. 7TH OF TIR INDUSTRIES; a.k.a. 7TH OF TIR INDUSTRIES OF ISFAHAN/ESFAHAN; a.k.a. MOJTAMAE SANATE HAFTOME TIR; a.k.a. SANAYE HAFTOME TIR; a.k.a. SEVENTH OF TIR), Mobarakeh Road Km 45, Isfahan, Iran; P.O. Box 81465-478, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

7TH OF TIR INDUSTRIAL COMPLEX (a.k.a. 7TH OF TIR; a.k.a. 7TH OF TIR COMPLEX; a.k.a. 7TH OF TIR INDUSTRIES; a.k.a. 7TH OF TIR INDUSTRIES OF ISFAHAN/ESFAHAN;

a.k.a. MOJTAMAE SANATE HAFTOME TIR; a.k.a. SANAYE HAFTOME TIR; a.k.a. SEVENTH OF TIR), Mobarakeh Road Km 45, Isfahan, Iran; P.O. Box 81465-478, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

7TH OF TIR INDUSTRIES (a.k.a. 7TH OF TIR; a.k.a. 7TH OF TIR COMPLEX; a.k.a. 7TH OF TIR INDUSTRIAL COMPLEX; a.k.a. 7TH OF TIR INDUSTRIES OF ISFAHAN/ESFAHAN; a.k.a. MOJTAMAE SANATE HAFTOME TIR; a.k.a. SANAYE HAFTOME TIR; a.k.a. SEVENTH OF TIR), Mobarakeh Road Km 45, Isfahan, Iran; P.O. Box 81465-478, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

7TH OF TIR INDUSTRIES OF ISFAHAN/ESFAHAN (a.k.a. 7TH OF TIR; a.k.a. 7TH OF TIR COMPLEX; a.k.a. 7TH OF TIR INDUSTRIAL COMPLEX; a.k.a. 7TH OF TIR INDUSTRIES; a.k.a. MOJTAMAE SANATE HAFTOME TIR; a.k.a. SANAYE HAFTOME TIR; a.k.a. SEVENTH OF TIR), Mobarakeh Road Km 45, Isfahan, Iran; P.O. Box 81465-478, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

7TH SENSE CREATION (a.k.a. SEVENTH SENSE COMPANY LIMITED), Thu Khi Tar Street, No.3 Bauk Htaw (15) Quarter, Yankin Township, Yangon, Burma; Registration Number 119554144 (Burma) issued 03 Apr 2017 [BURMA-EO14014].

8TH IMAM INDUSTRIES GROUP (a.k.a. CRUISE MISSILE INDUSTRY GROUP; a.k.a. CRUISE SYSTEMS INDUSTRY GROUP; a.k.a. NAVAL DEFENCE MISSILE INDUSTRY GROUP; a.k.a. SAMEN AL-A'EMMEH INDUSTRIES GROUP), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

10 SHIPYARD (a.k.a. AO 10 SRZ; a.k.a. JOINT STOCK COMPANY 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI DOCKYARD; a.k.a. JOINT STOCK COMPANY 10TH AWARDS OF THE LABOR RED BANNER A SHIP REPAIR FACTORY; a.k.a. JOINT-STOCK COMPANY 10 SRZ; a.k.a. JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY FACTORY; a.k.a. JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY ZAVOD (Cyrillic: АО 10 ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ СУДОРЕМОНТНЫЙ ЗАВОД)), 19, Lunina Str., Korp.1, Bld.2,

Polyarny, Murmansk Region 184650, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Jun 2010; Tax ID No. 5116001041 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

13 SRZ CHF MINOBORONY ROSSII (a.k.a. 13 SUDOREMONTNYI ZAVOD CHERNOMORSKOGO FLOTA MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. SHIP REPAIR YARD OF THE BLACK SEA FLEET OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION), ul. Kilen-balka D. 1, Sevastopol 299041, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9203501030 (Russia); Registration Number 1149204071664 (Russia) [RUSSIA-EO14024].

13 SUDOREMONTNYI ZAVOD CHERNOMORSKOGO FLOTA MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII (a.k.a. 13 SRZ CHF MINOBORONY ROSSII; a.k.a. SHIP REPAIR YARD OF THE BLACK SEA FLEET OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION), ul. Kilen-balka D. 1, Sevastopol 299041, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9203501030 (Russia); Registration Number 1149204071664 (Russia) [RUSSIA-EO14024].

14 STAR SHIPPING MANAGEMENT (a.k.a. FOURTEEN STAR SHIPPING MANAGEMENT; a.k.a. "FOURTEEN STARS"), United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: MEHDI GROUP).

15 KHORDAD FOUNDATION (Arabic: بنیاد پانزده خرداد) (a.k.a. BONYAD-E PANZDAH-E KHORDAD), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Jun 1979; National ID No. 10100182809 (Iran) [SDGT] [IFSR].

24X7 PANOPTES (a.k.a. LLC 24X7 PANOPTES (Cyrillic: ООО 24X7 ПАНОПТЕС); a.k.a. OOO 24X7 PANOPTES), Platonova st. 20B-2, Minsk 220005, Belarus (Cyrillic: ул. Платонова, 20Б-2, Минск 220005, Belarus); Registration Number 192603494 (Belarus) [BELARUS-EO14038].

27TH SCIENTIFIC CENTER (a.k.a. FEDERAL STATE BUDGETARY ESTABLISHMENT 27 SCIENTIFIC CENTER OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. "27TH NTS"), Brigadirskiy Pereulok 13, Moscow 105005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024. [NPWMD] [RUSSIA-EO14024].

30TH SHIP REPAIR FACTORY JOINT STOCK COMPANY (a.k.a. AKTSIONERNOYE OBSHCHESTVO 30 SUDOREMONTNYY ZAVOD; a.k.a. "30 SRZ AO"), 23 Ulitsa Sudoremontnaya, Fokino 692890, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Dec 2010; Tax ID No. 2512304968 (Russia); Registration Number 1102503001083 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

32 COUNTY SOVEREIGNTY COMMITTEE (a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRA ARMY COUNCIL; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. NEW IRISH REPUBLICAN ARMY; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. "NEW IRA"; a.k.a. "NIRA"; a.k.a. "REAL IRA"; a.k.a. "RIRA"), Ireland; Northern Ireland, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

32 COUNTY SOVEREIGNTY MOVEMENT (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. IRA ARMY COUNCIL; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. NEW IRISH REPUBLICAN ARMY; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. "NEW IRA"; a.k.a. "NIRA"; a.k.a. "REAL IRA"; a.k.a. "RIRA"), Ireland; Northern Ireland, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

33RD LIGHT INFANTRY DIVISION OF THE BURMESE ARMY, Sagaing, Burma [GLOMAG] [BURMA-EO14014].

33RD SCIENTIFIC RESEARCH AND TESTING INSTITUTE (a.k.a. FEDERAL STATE BUDGETARY ESTABLISHMENT 33 CENTRAL SCIENTIFIC RESEARCH TEST INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. "33RD TSNIII"), 1 Ulitsa Krasnoznamennaya, Volsk-18/Shikhany, Saratov Oblast, Russia; Krasnoznamennaya Street 1, Volsk-18, Saratov 412918, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024. [NPWMD] [RUSSIA-EO14024].

41ST CENTRAL RAILWAY EQUIPMENT PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO 41 TSENTRALNYI ZAVOD ZHELEZNODOROZHNOI TEKHNIKI; a.k.a. AO 41 TSENTRALNYI ZAVOD; a.k.a. JOINT STOCK COMPANY 41 CENTRAL PLANT OF THE RAILWAY TECHNOLOGY), Proezd Proektiruemyi 4296, Vladenie 3, Lyubertsy 140008, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5027150193 (Russia); Registration Number 1095027006722 (Russia) [RUSSIA-EO14024].

46TH CENTRAL RESEARCH AND DEVELOPMENT INSTITUTE OF THE MINISTRY OF DEFENSE (a.k.a. 46TH CENTRAL RESEARCH INSTITUTE; a.k.a. 46TH TSNII; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE 46 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 46 TSNII MINOBORONY ROSSII), PR Chukotskii, D. 8, Moscow 129327, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716567668 (Russia); Registration Number 1077746005809 (Russia) [RUSSIA-EO14024].

46TH CENTRAL RESEARCH INSTITUTE (a.k.a. 46TH CENTRAL RESEARCH AND DEVELOPMENT INSTITUTE OF THE MINISTRY OF DEFENSE; a.k.a. 46TH TSNII; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE 46 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 46 TSNII MINOBORONY ROSSII), PR Chukotskii, D. 8, Moscow 129327, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716567668 (Russia); Registration Number 1077746005809 (Russia) [RUSSIA-EO14024].

46TH TSNII (a.k.a. 46TH CENTRAL RESEARCH AND DEVELOPMENT INSTITUTE OF THE MINISTRY OF DEFENSE; a.k.a. 46TH CENTRAL RESEARCH INSTITUTE; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE 46 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 46 TSNII MINOBORONY ROSSII), PR Chukotskii, D. 8, Moscow 129327, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716567668 (Russia); Registration Number 1077746005809 (Russia) [RUSSIA-EO14024].

48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No.

5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF

BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

48 TSNII SERGIEV POSAD (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a.

"SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Apr 1928;

Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

48TH TSNII KIROV (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

48TH TSNII YEKATERINBURG (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

53 ARSENAL PAO (a.k.a. JOINT STOCK COMPANY 53 ARSENAL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 53 АРСЕНАЛ)), 1 Parkovaya St., Yuganets Worker's Settlement, Volodarskiy District, Nizhegorodskaya Region 606077, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Feb 2010; Tax ID No. 5214010100 (Russia); Registration Number 1105249001120 (Russia) [RUSSIA-EO14024].

61ST ARMORED VEHICLE REPAIR PLANT JOINT STOCK COMPANY (a.k.a. JSC 61ST ARMOR REPAIR PLANT; a.k.a. OJSC 61 BTRZ), 11 Zavodskaya dor., Strelna, St. Petersburg 198515, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7819310752 (Russia); Registration Number 1097847131678 (Russia) [RUSSIA-EO14024].

64TH GUARDS DETACHED MOTOR RIFLE BRIGADE (a.k.a. 64TH SEPARATE GUARDS MOTORIZED RIFLE BRIGADE; a.k.a. 64TH SEPARATE MOTORIZED INFANTRY BRIGADE; a.k.a. 64TH SEPARATE MOTORIZED RIFLE BRIGADE), Knyaze-Volkonskoye, Khabarovsk Oblast, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jan 2009; Target Type Government Entity [RUSSIA-EO14024].

64TH SEPARATE GUARDS MOTORIZED RIFLE BRIGADE (a.k.a. 64TH GUARDS DETACHED MOTOR RIFLE BRIGADE; a.k.a. 64TH SEPARATE MOTORIZED INFANTRY BRIGADE; a.k.a. 64TH SEPARATE MOTORIZED RIFLE BRIGADE), Knyaze-Volkonskoye, Khabarovsk Oblast, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jan 2009; Target Type Government Entity [RUSSIA-EO14024].

64TH SEPARATE MOTORIZED INFANTRY BRIGADE (a.k.a. 64TH GUARDS DETACHED MOTOR RIFLE BRIGADE; a.k.a. 64TH SEPARATE GUARDS MOTORIZED RIFLE BRIGADE; a.k.a. 64TH SEPARATE MOTORIZED RIFLE BRIGADE), Knyaze-Volkonskoye, Khabarovsk Oblast, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jan 2009; Target Type Government Entity [RUSSIA-EO14024].

64TH SEPARATE MOTORIZED RIFLE BRIGADE (a.k.a. 64TH GUARDS DETACHED MOTOR RIFLE BRIGADE; a.k.a. 64TH SEPARATE GUARDS MOTORIZED RIFLE BRIGADE; a.k.a. 64TH SEPARATE MOTORIZED INFANTRY BRIGADE), Knyaze-Volkonskoye, Khabarovsk Oblast, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jan 2009; Target Type Government Entity [RUSSIA-EO14024].

66TH LIGHT INFANTRY DIVISION (a.k.a. LIGHT INFANTRY DIVISION 66; a.k.a. "66 LID"; a.k.a. "#66 DIVISION"; a.k.a. "DIV. 66"; a.k.a. "LID 66"), Pyay Township, Bago Region, Burma; Target Type Government Entity [BURMA-EO14014].

71ST AUTOMOTIVE AND ARMORED VEHICLE REPAIR PLANT FEDERAL STATE OWNED INSTITUTION OF THE RUSSIAN FEDERATION MINISTRY OF DEFENSE, 39 Levashov St., Ramensky City 140145, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5040182726 (Russia); Registration Number 1225000143235 (Russia) [RUSSIA-EO14024].

72ND AUTOMOTIVE AND ARMORED VEHICLE REPAIR PLANT FEDERAL STATE OWNED INSTITUTION OF THE RUSSIAN FEDERATION MINISTRY OF DEFENSE, Bldng 12, Camp No. 69, Kamensk-Shakhtinsky 347800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6147042096 (Russia); Registration Number 1226100034588 (Russia) [RUSSIA-EO14024].

76 BENMORE GARDEN TRUST, 76A Waterstone Estate, Benmore Gardens, Sandton 2196, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number IT022428/2014(G) [SDGT] (Linked To: BAKER, Rami Yaacoub).

76TH GUARDS AIRBORNE ASSAULT CHERNIGOV RED BANNER ORDER OF SUVOROV DIVISION (a.k.a. 76TH GUARDS AIRBORNE ASSAULT DIVISION), Pskov, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Sep 1939; Target Type Government Entity [RUSSIA-EO14024].

76TH GUARDS AIRBORNE ASSAULT DIVISION (a.k.a. 76TH GUARDS AIRBORNE ASSAULT CHERNIGOV RED BANNER ORDER OF SUVOROV DIVISION), Pskov, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Sep 1939; Target Type Government Entity [RUSSIA-EO14024].

77TH LIGHT INFANTRY DIVISION OF THE BURMESE ARMY, Pegu, Burma [BURMA-EO14014].

99TH LIGHT INFANTRY DIVISION OF THE BURMESE ARMY, Meiktila, Burma [GLOMAG].

101 DAYS CAMPAIGN (a.k.a. CHARITY COALITION; a.k.a. COALITION OF GOOD; a.k.a. ETELAF AL-KHAIR; a.k.a. ETILAFU EL-KHAIR; a.k.a. I'TILAF AL-KHAIR; a.k.a. I'TILAF AL-KHAYR; a.k.a. UNION OF GOOD), P.O. Box 136301, Jeddah 21313, Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

103 BRONETANKOVY REMONTNY ZAVOD PAO (a.k.a. JOINT STOCK COMPANY 103 ARSENAL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 103 АРСЕНАЛ); a.k.a. JSC 103 ARMORED REPAIR PLANT; a.k.a. JSC 103 BTRZ (Cyrillic: АО 103 БТРЗ)), ul. Zavodskaya, d. 1, pgt. Atamanovka, Chitinski raion, Zabaikalski kr. 672530, Russia; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Organization Established Date 05 Jun 1997; Tax ID No. 7524015624 (Russia); Registration Number 1097524000640 (Russia) [RUSSIA-EO14024].

110TH RESEARCH CENTER (a.k.a. "LAB 110"; a.k.a. "UNIT 110"), Pyongyang, Korea, North; Shenyang, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

116 ARSENAL PAO (a.k.a. JOINT STOCK COMPANY 116 ARSENAL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 116 АРСЕНАЛ)), ul. Lesozavodskaya, d. 1A, pgt. Krasnooktyabrski, Medvedevski raion, Mari El resp. 425202, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Dec 2009; Tax ID No. 1207011868 (Russia); Registration Number 1091218000719 (Russia) [RUSSIA-EO14024].

126 ECONOMIC EXCHANGE COMPANY (a.k.a. DAEJIN TRADING GENERAL CORPORATION (Korean: 대진무역총회사); a.k.a. KOREA DAIZIN TRADING CORP.; a.k.a. KOREA DAIZIN TRADING CORPORATION; a.k.a. KOREA TAEJIN TRADING; a.k.a. KOREA TAEJIN TRADING CORPORATION; a.k.a. KOREA TAIJIN TRADE CORPORATION; a.k.a. TAECHIN TRADING CORPORATION; a.k.a. TAEJIN TRADING COMPANY; a.k.a. TAEJIN TRADING CORPORATION; a.k.a. TAEJIN TRADING GENERAL COMPANY), Hu'ngbu-dong, Moranbong District, Pyongyang, Korea, North; Hanoi, Vietnam; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Mining of hard coal [DPRK2] [DPRK3].

136 TSBPR (a.k.a. OPEN JOINT STOCK COMPANY 136 CENTRALNAY BAZA PROIZVODSTVA I REMONTA VOORYGENIY I CREDSTV RADIACIONNOI HIMICHESKOI I BIOLOGICHESKOI ZACHITU), Kambarka, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 1838006108 (Russia); Registration Number 1091838000935 (Russia) [RUSSIA-EO14024].

140 REMONTNY ZAVOD OAO (a.k.a. 140 REMONTNYI ZAVOD OAO (Cyrillic: OAO 140 РЕМОНТНЫЙ ЗАВОД); a.k.a. 140 REPAIR PLANT JOINT STOCK COMPANY; a.k.a. 140 REPAIR PLANT OPEN JOINT STOCK COMPANY; a.k.a. 140TH REPAIR PLANT JSC; a.k.a. JOINT STOCK COMPANY 140 REPAIR PLANT; a.k.a. JSC 140 REPAIR PLANT; a.k.a. OJSC 140 REPAIR PLANT), 19, Chalovskaya St., Borisov, Minsk Region 222512, Belarus; 19, L. Chalovskoi Str., Borisov 222512, Belarus; Organization Established Date 23 Dec 2009; Target Type State-Owned Enterprise; Government Gazette Number 14512525 (Belarus); Registration Number 600136102 (Belarus) [BELARUS-EO14038].

140 REMONTNYI ZAVOD OAO (Cyrillic: OAO 140 РЕМОНТНЫЙ ЗАВОД) (a.k.a. 140 REMONTNY ZAVOD OAO; a.k.a. 140 REPAIR PLANT JOINT STOCK COMPANY; a.k.a. 140 REPAIR PLANT OPEN JOINT STOCK COMPANY; a.k.a. 140TH REPAIR PLANT JSC; a.k.a. JOINT STOCK COMPANY 140 REPAIR PLANT; a.k.a. JSC 140 REPAIR PLANT; a.k.a. OJSC 140 REPAIR PLANT), 19, Chalovskaya St., Borisov, Minsk Region 222512, Belarus; 19, L. Chalovskoi Str., Borisov 222512, Belarus; Organization Established Date 23 Dec 2009; Target Type State-Owned Enterprise; Government Gazette Number 14512525 (Belarus); Registration Number 600136102 (Belarus) [BELARUS-EO14038].

140 REPAIR PLANT JOINT STOCK COMPANY (a.k.a. 140 REMONTNY ZAVOD OAO; a.k.a. 140 REMONTNYI ZAVOD OAO (Cyrillic: OAO 140 РЕМОНТНЫЙ ЗАВОД); a.k.a. 140 REPAIR PLANT OPEN JOINT STOCK COMPANY; a.k.a. 140TH REPAIR PLANT JSC; a.k.a. JOINT STOCK COMPANY 140 REPAIR PLANT; a.k.a. JSC 140 REPAIR PLANT; a.k.a. OJSC 140 REPAIR PLANT), 19, Chalovskaya St., Borisov, Minsk Region 222512, Belarus; 19, L. Chalovskoi Str., Borisov 222512, Belarus; Organization Established Date 23 Dec 2009; Target Type State-Owned Enterprise; Government Gazette Number 14512525 (Belarus); Registration Number 600136102 (Belarus) [BELARUS-EO14038].

140 REPAIR PLANT OPEN JOINT STOCK COMPANY (a.k.a. 140 REMONTNY ZAVOD OAO; a.k.a. 140 REMONTNYI ZAVOD OAO (Cyrillic: OAO 140 РЕМОНТНЫЙ ЗАВОД); a.k.a. 140 REPAIR PLANT JOINT STOCK COMPANY; a.k.a. 140TH REPAIR PLANT JSC; a.k.a. JOINT STOCK COMPANY 140 REPAIR

PLANT; a.k.a. JSC 140 REPAIR PLANT; a.k.a. OJSC 140 REPAIR PLANT), 19, Chalovskaya St., Borisov, Minsk Region 222512, Belarus; 19, L. Chalovskoi Str., Borisov 222512, Belarus; Organization Established Date 23 Dec 2009; Target Type State-Owned Enterprise; Government Gazette Number 14512525 (Belarus); Registration Number 600136102 (Belarus) [BELARUS-EO14038].

140TH REPAIR PLANT JSC (a.k.a. 140 REMONTNY ZAVOD OAO; a.k.a. 140 REMONTNYI ZAVOD OAO (Cyrillic: OAO 140 РЕМОНТНЫЙ ЗАВОД); a.k.a. 140 REPAIR PLANT JOINT STOCK COMPANY; a.k.a. 140 REPAIR PLANT OPEN JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMPANY 140 REPAIR PLANT; a.k.a. JSC 140 REPAIR PLANT; a.k.a. OJSC 140 REPAIR PLANT), 19, Chalovskaya St., Borisov, Minsk Region 222512, Belarus; 19, L. Chalovskoi Str., Borisov 222512, Belarus; Organization Established Date 23 Dec 2009; Target Type State-Owned Enterprise; Government Gazette Number 14512525 (Belarus); Registration Number 600136102 (Belarus) [BELARUS-EO14038].

148SH LIMITED TRADE DEVELOPMENT (a.k.a. OOO 148ESEYCH; a.k.a. "148SH LTD"), Ter. Oez Ppt Lipetsk Str. 4a, Office 021/40, Gryazi 398010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4802014171 (Russia); Registration Number 1214800009291 (Russia) [RUSSIA-EO14024].

163 BRONETANKOVY REMONTNY ZAVOD OAO (a.k.a. JOINT STOCK COMPANY 163 ARMORED REPAIR PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 163 БРОНЕТАНКОВЫЙ РЕМОНТНЫЙ ЗАВОД); a.k.a. JOINT STOCK COMPANY 163 BTRZ (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 163 БТРЗ)), pl. Tankistov, 1, Kushchevskaya, Krasnodar Territory 352030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Jan 1996; Tax ID No. 2340020470 (Russia); Registration Number 1092340000356 (Russia) [RUSSIA-EO14024].

179TH SHIP REPAIR PLANT JOINT STOCK COMPANY (a.k.a. 179TH SHIP REPAIR YARD JSC; a.k.a. AKTSIONERNOYE OBSHCHESTVO 179 SUDOREMONTNYY ZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 179 СУДОРЕМОНТНЫЙ ЗАВОД); a.k.a. "179 SRZ AO"), 1 Ulitsa Portovaya, Khabarovsk 680018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Organization Established Date 27 Oct 2008; Tax ID No. 2725078713 (Russia); Registration Number 1082722011680 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

179TH SHIP REPAIR YARD JSC (a.k.a. 179TH SHIP REPAIR PLANT JOINT STOCK COMPANY; a.k.a. AKTSIONERNOYE OBSHCHESTVO 179 SUDOREMONTNYY ZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 179 СУДОРЕМОНТНЫЙ ЗАВОД); a.k.a. "179 SRZ AO"), 1 Ulitsa Portovaya, Khabarovsk 680018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Oct 2008; Tax ID No. 2725078713 (Russia); Registration Number 1082722011680 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

200G PSA HOLDINGS LLC, 80 SW 8th Street Suite 2000, Miami, FL 33130, United States; Tax ID No. 80-0890696 (United States) [SDNTK].

223RD STATE AIRLINE FLIGHT UNIT (a.k.a. FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FGBU GAK 223 LETNYI OTRYAD MO RF; a.k.a. FGBU GOSUDARSTVENNAYA AVIAKOMPANIYA 223 LETNYY OTRYAD MO RF (Cyrillic: ФГБУ ГОСУДАРСТВЕННАЯ АВИАКОМПАННЯ 223 ЛЕТНЫЙ ОТРЯД МО РФ); a.k.a. "223RD FLIGHT DETACHMENT"; a.k.a. "223RD FLIGHT UNIT"), Ul. aerodromnaya d. 2, str. 1, Shchelkovo, Shchelkovskii district, Moscow Region 141103, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Mar 1993; Tax ID No. 5050017062 (Russia); Registration Number 1035010206989 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

224TH FLIGHT UNIT STATE AIRLINES (a.k.a. JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JSC THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. LYOTNY OTRYAD 224; a.k.a. OJSC GOSUDARSTVENNAYA AVIAKOMPANIYA 224 LETNY OTRYAD (Cyrillic: OAO

ГОСУДАРСТВЕННАЯ АВИАКОМПАНИЯ 224 ЛЕТНЫЙ ОТРЯД); a.k.a. TTF AIR HEAVY LIFTING; a.k.a. "224 FU JSC"; a.k.a. "224TH FLIGHT UNIT"; a.k.a. "OAO 224 LO"), 10, Matrosskaya Tishina, B-14, POB-471, Moscow 107014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Oct 1971; Target Type State-Owned Enterprise; Tax ID No. 7718763393 (Russia); Registration Number 1097746281160 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

234TH GUARDS AIR ASSAULT REGIMENT (a.k.a. 234TH GUARDS AIRBORNE ASSAULT REGIMENT; a.k.a. 234TH GUARDS BLACK SEA ORDER OF KUTUZOV NAMED AFTER ALEXANDER NEVSKY AIR ASSAULT REGIMENT; a.k.a. MILITARY UNIT 74268), Pskov, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Government Entity [RUSSIA-EO14024].

234TH GUARDS AIRBORNE ASSAULT REGIMENT (a.k.a. 234TH GUARDS AIR ASSAULT REGIMENT; a.k.a. 234TH GUARDS BLACK SEA ORDER OF KUTUZOV NAMED AFTER ALEXANDER NEVSKY AIR ASSAULT REGIMENT; a.k.a. MILITARY UNIT 74268), Pskov, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Government Entity [RUSSIA-EO14024].

234TH GUARDS BLACK SEA ORDER OF KUTUZOV NAMED AFTER ALEXANDER NEVSKY AIR ASSAULT REGIMENT (a.k.a. 234TH GUARDS AIR ASSAULT REGIMENT; a.k.a. 234TH GUARDS AIRBORNE ASSAULT REGIMENT; a.k.a. MILITARY UNIT 74268), Pskov, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Government Entity [RUSSIA-EO14024].

261ST REPAIR PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO 261 REMONTNYI ZAVOD SREDSTV ZAPRAVKI I TRANSPORTIROVANIIA GORIUCHEGO; a.k.a. AO 261 REMONTNYI ZAVOD; a.k.a. JOINT STOCK COMPANY 261 REPAIR FACTORY OF FUEL FILLING AND TRANSPORTATION), Pankovka, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5310015581 (Russia); Registration Number 1095321003260 (Russia) [RUSSIA-EO14024].

419 AVIATION REPAIR PLANT (a.k.a. AIRCRAFT REPAIR PLANT NO 419; a.k.a.

JOINT STOCK COMPANY 419 AIRCRAFT REPAIR PLANT; a.k.a. "419 ARZ"; a.k.a. "ARP 419"), 16 k. 2 Politruk Pasechnik Str., St. Petersburg 198326, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7807343496 (Russia); Registration Number 1097847146748 (Russia) [RUSSIA-EO14024].

780 REPAIR PLANT FOR NAVIGATION TECHNICAL EQUIPMENT (a.k.a. AKTSIONERNOE OBSHCHESTVO 780 REMONTNYI ZAVOD TEKHNICHESKIKH SREDSTV KORBLEVOZHDENIIA; a.k.a. AO 780 RZ TSK; a.k.a. JOINT STOCK COMPANY 780 NAVIGATION TECHNICAL MEANS REPAIR PLANT), d 15 Kostyleva Street, Lomonosov 198412, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7819310946 (Russia); Registration Number 1097847180639 (Russia) [RUSSIA-EO14024].

924TH STATE CENTER FOR UAV AVIATION (a.k.a. FEDERAL STATE INSTITUTION MILITARY UNIT 20924; a.k.a. FEDERALNOE KAZENNOE UCHREZHDENIE VOISKOVAIA CHAST 20924; a.k.a. "924 GTSBA"), 5 Proezd Artilleristov, Kolomna, Moscow Oblast 140415, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2013; Target Type Government Entity; Tax ID No. 5022050639 (Russia); Registration Number 1165022050808 (Russia) [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

929 GLITS (a.k.a. 929 STATE FLIGHT TEST CENTER (Cyrillic: 929-Й ГОСУДАРСТВЕННЫЙ ЛЁТНО-ИСПЫТАТЕЛЬНЫЙ ЦЕНТР); a.k.a. STATE FLIGHT TESTING CENTER NAMED AFTER V.P. CHKALOV (Cyrillic: ГОСУДАРСТВЕННЫЙ ЛЁТНО-ИСПЫТАТЕЛЬНЫЙ ЦЕНТР ИМЕНИ В.П.ЧКАЛОВА)), Akhtubinsk, Astrakhan Region, Russia; Khmeimim Air Base, Syria; Chkalovsky Airfield, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date Oct 1920; Target Type Government Entity [RUSSIA-EO14024].

929 STATE FLIGHT TEST CENTER (Cyrillic: 929-Й ГОСУДАРСТВЕННЫЙ ЛЁТНО-ИСПЫТАТЕЛЬНЫЙ ЦЕНТР) (a.k.a. 929 GLITS; a.k.a. STATE FLIGHT TESTING CENTER NAMED AFTER V.P. CHKALOV

(Cyrillic: ГОСУДАРСТВЕННЫЙ ЛЁТНО-ИСПЫТАТЕЛЬНЫЙ ЦЕНТР ИМЕНИ В.П.ЧКАЛОВА)), Akhtubinsk, Astrakhan Region, Russia; Khmeimim Air Base, Syria; Chkalovsky Airfield, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date Oct 1920; Target Type Government Entity [RUSSIA-EO14024].

1425 BRICKELL AVE 63-F LLC, 1425 Brickell Ave 63-F, Miami, FL 33131, United States; Tax ID No. 71-1053365 (United States) [SDNTK].

1425 BRICKELL AVENUE 64E LLC, 1425 Brickell Avenue 64E, Miami, FL 33131, United States; Tax ID No. 90-1019707 (United States) [SDNTK].

1425 BRICKELL AVENUE UNIT 46B, LLC, 1425 Brickell Avenue Unit 46B, Miami, FL 33131, United States; Tax ID No. 90-0865341 (United States) [SDNTK].

9105 2829 QUEBEC INC, 18C-3107 av. des Hotels, Quebec, Quebec G1W4W5, Canada; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Jun 2001; Enterprise Number 1160186467 (Canada) [RUSSIA-EO14024] (Linked To: ORLOFF, Alexandre).

11420 CORP., 5599 NW 23rd Avenue, Boca Raton, FL 33496, United States; 11420 NW 4 Street, Plantation, FL 33325, United States; Company Number 27-0746046 (United States) [VENEZUELA] (Linked To: SARRIA DIAZ, Rafael Alfredo).

2351885 ONTARIO INC (a.k.a. DIAMOND TSAR), Thornhill, Ontario, Canada; Toronto, Ontario, Canada; Organization Established Date 29 Nov 2012; Organization Type: Manufacture of jewellery and related articles; Company Number 2351885 (Canada) [ILLICIT-DRUGS-EO14059] (Linked To: SOKOLOVSKI, Rolan).

2904977 CANADA, INC. (a.k.a. CARIBE SOL; a.k.a. HAVANTUR CANADA INC.), 818 rue Sherbrooke East, Montreal, Quebec H2L 1K3, Canada [CUBA].

10219452 CANADA INCORPORATED, 229 Yonge Street, Suite 400, Toronto, Ontario M5B 1N8, Canada; 276 Silver Birch Avenue, Toronto, Ontario M4E 3L5, Canada; 1203-95 Lombard Street, Toronto, Ontario M5C 2V3, Canada; 47 Norlong Boulevard, East York, Ontario M4C 3W8, Canada; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 May 2017; Company Number 1021945-2

(Canada); Business Number 715712329RC0001 (Canada) [RUSSIA-EO14024] (Linked To: TROFIMOV, Anton Sergeyevich).

@BLENDERIO_ENGLISH (a.k.a. @BLENDERIO_RUSSIAN; a.k.a. @MADEAMAZE_BOT; a.k.a. BLENDER.IO; a.k.a. BLENDERIO); Website https://blender.io; alt. Website https://blender.to; alt. Website http://blenderjkul472odyrnpmnirqgpzd3kms54jrr fycledrvvfbyj3wnqd.onion/; Email Address blender.io@tuta.io; alt. Email Address adblenderio@tuta.io; Digital Currency Address - XBT 3K35dyL85fR9ht7UgzPfd1gLRRXQtNTqE3; alt. Digital Currency Address - XBT 3Q5dGfLKkWqWSwYtbMUyc8xGjN5LrRviK4; alt. Digital Currency Address - XBT 3EPqGUw2q89pwPZ1UF8FJspE2AyojSTjdu; alt. Digital Currency Address - XBT 3LhnVMcBq4gsR7aDaRr9XmUo17CuYBV4FN; alt. Digital Currency Address - XBT 3F6bbvS1krsc1qR8FsbTDfYQyvkMm3QvmR; alt. Digital Currency Address - XBT 3JHMz3mTna1gVCZSPp8NgRFiY7phkv5mA8; alt. Digital Currency Address - XBT 32DaxSzUhLBHY2WGSWQYiBSHnRsfQZrrRp; alt. Digital Currency Address - XBT 3MTRvM5QrYZHKo8gh5qKcrPK3RLjxcDCZE; alt. Digital Currency Address - XBT 34pFGsSYbWEritXncW9unZtQQE9dKSvKku; alt. Digital Currency Address - XBT 38ncxqt932N9CcfNfYuHGZgCyR85hDkWBW; alt. Digital Currency Address - XBT 3F6bbvS1krsc1qR8FsbTDfYQyvkMm3QvmR; alt. Digital Currency Address - XBT 3MD3riFB6U8PykypF6qkvSj8R2SGdUDPn3; alt. Digital Currency Address - XBT 3JUwAS7seL3fh5hxWh9fu3HCiEzjuQLTfg; alt. Digital Currency Address - XBT 3EUjqe9UpmyXCFd6jeu69hoTzndMRfxw9M; alt. Digital Currency Address - XBT 3QEjBiPzw6WZUL4MYMmMU6DY1Y25aVbpQ u; alt. Digital Currency Address - XBT 3N3YSDvp4cbhEgNGabQxTN39kEzJmwG8Ah; alt. Digital Currency Address - XBT 3J19qffPT6mxQUcV6k5yVURGZtdhpdGr4y; alt. Digital Currency Address - XBT 33KKjn4exdBJQkTtdWxqpdVsWxrw3LareG; alt. Digital Currency Address - XBT 3GSXNXzyCDoQ1Rhsc7F1jjjFe7DGcHHdcM; alt. Digital Currency Address - XBT 3QJyT8nThEQakbfqgX86YjCK1Sp9hfNCUW; alt. Digital Currency Address - XBT 35hh9dg3wSvUJz9vFk1FsezLE5Fx3Hudk2; alt.

Digital Currency Address - XBT 3NDzzVxiLBUs1WPvVGRfCYDTAD2Ua2PvW4; alt. Digital Currency Address - XBT 3DCCgmyKozcZkFBzYb1A2x8abZCpAUTPPk; alt. Digital Currency Address - XBT 3MvQ4gThF4mmuo49p4dBNchcmFHBRZnYfx; alt. Digital Currency Address - XBT 3FBgeJdhiBe22UoSpp51Vd8dPHVa2A4wZX; alt. Digital Currency Address - XBT 3HQDRyzwm82MFmLWtmyikDM9JQEtVT6vAp; alt. Digital Currency Address - XBT 31t4nEpcwyQJT1VuXdAoQZTT5givRDPsNP; alt. Digital Currency Address - XBT 39AALn7eTjdPzLb99hHhD6F7J8QWB3R2Rd; alt. Digital Currency Address - XBT 3LDbNuDkKmLae5r3a5icPA5CQg2Y8F7ogW; alt. Digital Currency Address - XBT 3JLyyLbwciWAC6re87D7mRknXakR4YbnUd; alt. Digital Currency Address - XBT 3ANWhUnHujdwbw2jEuGSRH6bvFsD9BqEy9; alt. Digital Currency Address - XBT 32fbAZMTaQxNd2fAue1PgsiPgWfcsHBQQt; alt. Digital Currency Address - XBT 3HupEUfKmMhvhXqf8TMoPAyqDcRC1kpe65; alt. Digital Currency Address - XBT 34kEYgpijvCmjvahRXXQEnBH76UGJVx2wg; alt. Digital Currency Address - XBT 3GYbbYkvqvjF5oYhaKCgQYCvcVE1JENk6J; alt. Digital Currency Address - XBT 3BazbaTP8ELJUEfPBV9z5HXEdgBziV9p7W; alt. Digital Currency Address - XBT 3GMfGEDYMTq9G8dEHet1zLtUFJwYwSNa3Y; alt. Digital Currency Address - XBT 38LjCapRrJEW7w2zwbyS15P9D9UGPjWS44; alt. Digital Currency Address - XBT 36XqYWGvUQwBrYLRVuegN4pJJJSPWL1WEu; alt. Digital Currency Address - XBT 37g6WgqedzZx6nx51tYgssNG8Hnknyj5nL; alt. Digital Currency Address - XBT 3QAdoc1rDCt8dii1GVPJXvvK6CEJLzCRZw; alt. Digital Currency Address - XBT 32PsiT8itBrEF84ebdaF82yBUEcz5Wc6uY; alt. Digital Currency Address - XBT 3B4G1M8eF3cThbeMwhEWkKzczw9QoNTGak; alt. Digital Currency Address - XBT 34ETiHfQWEYFCCaXmEeQWVmhFH5vz2JMvd; alt. Digital Currency Address - XBT 3PyzSbFj3hbQQjTzDzyLSgvFVDjB7yw4Cj; alt. Digital Currency Address - XBT 15PggTG7YhJKiE6B16vkKzA1YDTZipXEX4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 2017 [CYBER2].

@BLENDERIO_RUSSIAN (a.k.a. @BLENDERIO_ENGLISH; a.k.a. @MADEAMAZE_BOT; a.k.a. BLENDER.IO; a.k.a. BLENDERIO); Website https://blender.io; alt. Website https://blender.to; alt. Website http://blenderjkul472odyrnpmnirqgpzd3kms54jrrfycledrvvfbyj3wnqd.onion/; Email Address blender.io@tuta.io; alt. Email Address adblenderio@tuta.io; Digital Currency Address - XBT 3K35dyL85fR9ht7UgzPfd1gLRRXQtNTqE3; alt. Digital Currency Address - XBT 3Q5dGfLKkWqWSwYtbMUyc8xGjN5LrRviK4; alt. Digital Currency Address - XBT 3EPqGUw2q89pwPZ1UF8FJspE2AyojSTjdu; alt. Digital Currency Address - XBT 3LhnVMcBq4gsR7aDaRr9XmUo17CuYBV4FN; alt. Digital Currency Address - XBT 3F6bbvS1krsc1qR8FsbTDfYQyvkMm3QvmR; alt. Digital Currency Address - XBT 3JHMz3mTna1gVCZSPp8NgRFiY7phkv5mA8; alt. Digital Currency Address - XBT 32DaxSzUhLBHY2WGSWQYiBSHnRsfQZrrRp; alt. Digital Currency Address - XBT 3MTRvM5QrYZHKo8gh5qKcrPK3RLjxcDCZE; alt. Digital Currency Address - XBT 34pFGsSYbWEritXncW9unZtQQE9dKSvKku; alt. Digital Currency Address - XBT 38ncxqt932N9CcfNfYuHGZgCyR85hDkWBW; alt. Digital Currency Address - XBT 3F6bbvS1krsc1qR8FsbTDfYQyvkMm3QvmR; alt. Digital Currency Address - XBT 3MD3riFB6U8PykypF6qkvSj8R2SGdUDPn3; alt. Digital Currency Address - XBT 3JUwAS7seL3fh5hxWh9fu3HCiEzjuQLTfg; alt. Digital Currency Address - XBT 3EUjqe9UpmyXCFd6jeu69hoTzndMRfxw9M; alt. Digital Currency Address - XBT 3QEjBiPzw6WZUL4MYMmMU6DY1Y25aVbpQu; alt. Digital Currency Address - XBT 3N3YSDvp4cbhEgNGabQxTN39kEzJmwG8Ah; alt. Digital Currency Address - XBT 3J19qffPT6mxQUcV6k5yVURGZtdhpdGr4y; alt. Digital Currency Address - XBT 33KKjn4exdBJQkTtdWxqpdVsWxrw3LareG; alt. Digital Currency Address - XBT 3GSXNXzyCDoQ1Rhsc7F1jjjFe7DGcHHdcM; alt. Digital Currency Address - XBT 3QJyT8nThEQakbfqgX86YjCK1Sp9hfNCUW; alt. Digital Currency Address - XBT 35hh9dg3wSvUJz9vFk1FsezLE5Fx3Hudk2; alt. Digital Currency Address - XBT 3NDzzVxiLBUs1WPvVGRfCYDTAD2Ua2PvW4; alt. Digital Currency Address - XBT 3DCCgmyKozcZkFBzYb1A2x8abZCpAUTPPk;

alt. Digital Currency Address - XBT 3MvQ4gThF4mmuo49p4dBNchcmFHBRZnYfx; alt. Digital Currency Address - XBT 3FBgeJdhiBe22UoSpp51Vd8dPHVa2A4wZX; alt. Digital Currency Address - XBT 3HQDRyzwm82MFmLWtmyikDM9JQEtVT6vAp; alt. Digital Currency Address - XBT 31t4nEpcwyQJT1VuXdAoQZTT5givRDPsNP; alt. Digital Currency Address - XBT 39AALn7eTjdPzLb99hHhD6F7J8QWB3R2Rd; alt. Digital Currency Address - XBT 3LDbNuDkKmLae5r3a5icPA5CQg2Y8F7ogW; alt. Digital Currency Address - XBT 3JLyyLbwciWAC6re87D7mRknXakR4YbnUd; alt. Digital Currency Address - XBT 3ANWhUnHujdwbw2jEuGSRH6bvFsD9BqEy9; alt. Digital Currency Address - XBT 32fbAZMTaQxNd2fAue1PgsiPgWfcsHBQQt; alt. Digital Currency Address - XBT 3HupEUfKmMhvhXqf8TMoPAyqDcRC1kpe65; alt. Digital Currency Address - XBT 34kEYgpijvCmjvahRXXQEnBH76UGJVx2wg; alt. Digital Currency Address - XBT 3GYbbYkvqvjF5oYhaKCgQYCvcVE1JENk6J; alt. Digital Currency Address - XBT 3BazbaTP8ELJUEfPBV9z5HXEdgBziV9p7W; alt. Digital Currency Address - XBT 3GMfGEDYMTq9G8dEHet1zLtUFJwYwSNa3Y; alt. Digital Currency Address - XBT 38LjCapRrJEW7w2zwbyS15P9D9UGPjWS44; alt. Digital Currency Address - XBT 36XqYWGvUQwBrYLRVuegN4pJJJSPWL1WEu; alt. Digital Currency Address - XBT 37g6WgqedzZx6nx51tYgssNG8Hnknyj5nL; alt. Digital Currency Address - XBT 3QAdoc1rDCt8dii1GVPJXvvK6CEJLzCRZw; alt. Digital Currency Address - XBT 32PsiT8itBrEF84ebdaF82yBUEcz5Wc6uY; alt. Digital Currency Address - XBT 3B4G1M8eF3cThbeMwhEWkKzczw9QoNTGak; alt. Digital Currency Address - XBT 34ETiHfQWEYFCCaXmEeQWVmhFH5vz2JMvd; alt. Digital Currency Address - XBT 3PyzSbFj3hbQQjTzDzyLSgvFVDjB7yw4Cj; alt. Digital Currency Address - XBT 15PggTG7YhJKiE6B16vkKzA1YDTZipXEX4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 2017 [CYBER2].

@MADEAMAZE_BOT (a.k.a. @BLENDERIO_ENGLISH; a.k.a. @BLENDERIO_RUSSIAN; a.k.a. BLENDER.IO; a.k.a. BLENDERIO); Website https://blender.io; alt. Website https://blender.to; alt. Website

http://blenderjkul472odyrnpmnirqgpzd3kms54jrr fycledrvvfbyj3wnqd.onion/; Email Address blender.io@tuta.io; alt. Email Address adblenderio@tuta.io; Digital Currency Address - XBT 3K35dyL85fR9ht7UgzPfd1gLRRXQtNTqE3; alt. Digital Currency Address - XBT 3Q5dGfLKkWqWSwYtbMUyc8xGjN5LrRviK4; alt. Digital Currency Address - XBT 3EPqGUw2q89pwPZ1UF8FJspE2AyojSTjdu; alt. Digital Currency Address - XBT 3LhnVMcBq4gsR7aDaRr9XmUo17CuYBV4FN; alt. Digital Currency Address - XBT 3F6bbvS1krsc1qR8FsbTDfYQyvkMm3QvmR; alt. Digital Currency Address - XBT 3JHMz3mTna1gVCZSPp8NgRFiY7phkv5mA8; alt. Digital Currency Address - XBT 32DaxSzUhLBHY2WGSWQYiBSHnRsfQZrrRp; alt. Digital Currency Address - XBT 3MTRvM5QrYZHKo8gh5qKcrPK3RLjxcDCZE; alt. Digital Currency Address - XBT 34pFGsSYbWEritXncW9unZtQQE9dKSvKku; alt. Digital Currency Address - XBT 38ncxqt932N9CcfNfYuHGZgCyR85hDkWBW; alt. Digital Currency Address - XBT 3F6bbvS1krsc1qR8FsbTDfYQyvkMm3QvmR; alt. Digital Currency Address - XBT 3MD3riFB6U8PykypF6qkvSj8R2SGdUDPn3; alt. Digital Currency Address - XBT 3JUwAS7seL3fh5hxWh9fu3HCiEzjuQLTfg; alt. Digital Currency Address - XBT 3EUjqe9UpmyXCFd6jeu69hoTzndMRfxw9M; alt. Digital Currency Address - XBT 3QEjBiPzw6WZUL4MYMmMU6DY1Y25aVbpQ u; alt. Digital Currency Address - XBT 3N3YSDvp4cbhEgNGabQxTN39kEzJmwG8Ah; alt. Digital Currency Address - XBT 3J19qffPT6mxQUcV6k5yVURGZtdhpdGr4y; alt. Digital Currency Address - XBT 33KKjn4exdBJQkTtdWxqpdVsWxrw3LareG; alt. Digital Currency Address - XBT 3GSXNXzyCDoQ1Rhsc7F1jjjFe7DGcHHdcM; alt. Digital Currency Address - XBT 3QJyT8nThEQakbfqgX86YjCK1Sp9hfNCUW; alt. Digital Currency Address - XBT 35hh9dg3wSvUJz9vFk1FsezLE5Fx3Hudk2; alt. Digital Currency Address - XBT 3NDzzVxiLBUs1WPvVGRfCYDTAD2Ua2PvW4 ; alt. Digital Currency Address - XBT 3DCCgmyKozcZkFBzYb1A2x8abZCpAUTPPk; alt. Digital Currency Address - XBT 3MvQ4gThF4mmuo49p4dBNchcmFHBRZnYfx; alt. Digital Currency Address - XBT 3FBgeJdhiBe22UoSpp51Vd8dPHVa2A4wZX; alt. Digital Currency Address - XBT

3HQDRyzwm82MFmLWtmyikDM9JQEtVT6vAp ; alt. Digital Currency Address - XBT 31t4nEpcwyQJT1VuXdAoQZTT5givRDPsNP; alt. Digital Currency Address - XBT 39AALn7eTjdPzLb99hHhD6F7J8QWB3R2Rd; alt. Digital Currency Address - XBT 3LDbNuDkKmLae5r3a5icPA5CQg2Y8F7ogW; alt. Digital Currency Address - XBT 3JLyyLbwciWAC6re87D7mRknXakR4YbnUd; alt. Digital Currency Address - XBT 3ANWhUnHujdwbw2jEuGSRH6bvFsD9BqEy9; alt. Digital Currency Address - XBT 32fbAZMTaQxNd2fAue1PgsiPgWfcsHBQQt; alt. Digital Currency Address - XBT 3HupEUfKmMhvhXqf8TMoPAyqDcRC1kpe65; alt. Digital Currency Address - XBT 34kEYgpijvCmjvahRXXQEnBH76UGJVx2wg; alt. Digital Currency Address - XBT 3GYbbYkvqvjF5oYhaKCgQYCvcVE1JENk6J; alt. Digital Currency Address - XBT 3BazbaTP8ELJUEfPBV9z5HXEdgBziV9p7W; alt. Digital Currency Address - XBT 3GMfGEDYMTq9G8dEHet1zLtUFJwYwSNa3Y; alt. Digital Currency Address - XBT 38LjCapRrJEW7w2zwbyS15P9D9UGPjWS44; alt. Digital Currency Address - XBT 36XqYWGvUQwBrYLRVuegN4pJJJSPWL1WE u; alt. Digital Currency Address - XBT 37g6WgqedzZx6nx51tYgssNG8Hnknyj5nL; alt. Digital Currency Address - XBT 3QAdoc1rDCt8dii1GVPJXvvK6CEJLzCRZw; alt. Digital Currency Address - XBT 32PsiT8itBrEF84ebdaF82yBUEcz5Wc6uY; alt. Digital Currency Address - XBT 3B4G1M8eF3cThbeMwhEWkKzczw9QoNTGak ; alt. Digital Currency Address - XBT 34ETiHfQWEYFCCaXmEeQWVmhFH5vz2JMv d; alt. Digital Currency Address - XBT 3PyzSbFj3hbQQjTzDzyLSgvFVDjB7yw4Cj; alt. Digital Currency Address - XBT 15PggTG7YhJKiE6B16vkKzA1YDTZipXEX4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 2017 [CYBER2].

A & M MAHAR COMPANY LIMITED (a.k.a. A AND M MAHAR COMPANY LIMITED), Royal Sinmin Condo Room (1/D), First Floor,Tower-A, Ahlone Township, Yangon Region, Burma; Organization Established Date 16 Jan 2017; Registration Number 110364903 (Burma) issued 16 Jan 2017 [BURMA-EO14014].

A & S CARRIER INTERNACIONAL, S.A. DE C.V. (a.k.a. A Y S CARRIER INTERNACIONAL, S.A. DE C.V.), Zapopan, Jalisco, Mexico; Folio

Mercantil No. 22839 (Jalisco) (Mexico) [SDNTK].

A A TRADING FZCO, P.O. Box 37089, Dubai, United Arab Emirates [SDNTK].

A AND M MAHAR COMPANY LIMITED (a.k.a. A & M MAHAR COMPANY LIMITED), Royal Sinmin Condo Room (1/D), First Floor,Tower-A, Ahlone Township, Yangon Region, Burma; Organization Established Date 16 Jan 2017; Registration Number 110364903 (Burma) issued 16 Jan 2017 [BURMA-EO14014].

A LEVEL AEROSYSTEMS CST LLC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦСТ) (a.k.a. "LIMITED LIABILITY COMPANY CST"; a.k.a. "OOO TSST"), 130 Vorovskogo St., Izhevsk 436063, Russia; 3/2 Perunovsky Lane, Floor 3, Room 21, Moscow 127055, Russia; D. 2 etazh 5 kom. 7, per. Institutski, Moscow 127030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1841015504 (Russia); Registration Number 1101841007938 (Russia) [RUSSIA-EO14024].

A RAHMAN, Mohamad Iqbal (a.k.a. ABDUL RAHMAN, Mohamad Iqbal; a.k.a. ABDURRAHMAN, Abu Jibril; a.k.a. ABDURRAHMAN, Mohamad Iqbal; a.k.a. MUQTI, Fihiruddin; a.k.a. MUQTI, Fikiruddin; a.k.a. RAHMAN, Mohamad Iqbal; a.k.a. "ABU JIBRIL"), Jalan Nakula, Komplek Witana Harja III, Blok C 106-107, Pamulang, Tangerang, Indonesia; DOB 17 Aug 1957; alt. DOB 17 Aug 1958; POB Korleko-Lombok Timur, Indonesia; alt. POB Tirpas-Selong Village, East Lombok, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3603251708570001 (individual) [SDGT].

A T S HEAVY EQUIPMENT AND MACHINERY SPARE PARTS TRADING LLC (a.k.a. "ATS HEAVY EQUIPMENT"), Office 02, Span Precast, DIP 2, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 770917 (United Arab Emirates); Economic Register Number (CBLS) 10948598 (United Arab Emirates) [RUSSIA-EO14024].

A THREE ENERGY FZE (Arabic: ا ثري انيرجي م م ح), Leased Office Bldg Office No. 2F-37, Hamriyah, Sharjah, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Mar 2018; Business

Registration Number 16882 (United Arab Emirates); Economic Register Number (CBLS) 11581771 (United Arab Emirates) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

A Y A UNIVERSAL DENIZCILIK KUMANYACILIK LIMAN HIZMETLERI ITHALAT IHRACAT LIMITED SIRKETI (a.k.a. AYA UNIVERSAL TRADING DENIZCILIK KUMANYACILIK LIMAN HIZMETLERI ITHALAT IHRACAT LTD STI), G.M.K. Bulvari Capital Ticaret Merkezi B Blok Kat, Mersin 42250, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 May 2022; Organization Type: Other transportation support activities [RUSSIA-EO14024].

A Y S CARRIER INTERNACIONAL, S.A. DE C.V. (a.k.a. A & S CARRIER INTERNACIONAL, S.A. DE C.V.), Zapopan, Jalisco, Mexico; Folio Mercantil No. 22839 (Jalisco) (Mexico) [SDNTK].

A&A ESTUDIO ARQUITECTONICO, S. DE R.L. DE C.V. (a.k.a. AA ESTUDIO ARQUITECTONICO), Privada Juan Martin 537, Zapopan, Jalisco CP 45138, Mexico; Website www.aaestudioarquitectonico.com; Folio Mercantil No. 77083 (Mexico) [SDNTK].

A.A. RASPLETIN MAIN SYSTEM DESIGN BUREAU (a.k.a. ALMAZ-ANTEY GSKB; a.k.a. ALMAZ-ANTEY GSKB IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. ALMAZ-ANTEY MSDB; a.k.a. ALMAZ-ANTEY PVO 'AIR DEFENSE' CONCERN LEAD SYSTEMS DESIGN BUREAU OAO 'OPEN JOINT-STOCK COMPANY' IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. GOLOVNOYE SISTEMNOYE KONSTRUKTORSKOYE BYURO OPEN JOINT-STOCK COMPANY OF ALMAZ-ANTEY PVO CONCERN IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. JOINT STOCK COMPANY ALMAZ-ANTEY AIR DEFENSE CONCERN MAIN SYSTEM DESIGN BUREAU NAMED BY ACADEMICIAN A.A. RASPLETIN; a.k.a. JSC 'ALMAZ-ANTEY' MSDB; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA; a.k.a. "GSKB"), 16-80, Leningradsky Prospect, Moscow 125190, Russia; Website http://www.raspletin.ru/; Email Address info@raspletin.ru; alt. Email Address almaz_zakupki@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

A.A.M. PEIJNENBURG HOLDING B.V., Huygensstraat 42, JM, Boxtel 5283, Netherlands; Organization Established Date 31 Jul 2017; Tax ID No. 857833169 (Netherlands) [ILLICIT-DRUGS-EO14059] (Linked To: PEIJNENBURG, Alex Adrianus Martinus).

A.E. NUDELMAN KB TOCHMASH JSC (a.k.a. A.E. NUDELMAN PRECISION ENGINEERING DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMPANY CONSTRUCTION BUREAU FOR PRECISE MACHINERY NAMED AFTER A.E. NUDELMANA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНСТРУКТОРСКОЕ БЮРО ТОЧНОГО МАШИНОСТРОЕНИЯ ИМЕНИ А.Э. НУДЕЛЬМАНА); a.k.a. JSC A.E. NUDELMAN DESIGN BUREAU OF PRECISION MACHINE BUILDING), St. Vvedenskogo 8, Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Nov 2011; Registration ID 1117746904417 (Russia); Tax ID No. 7728789425 (Russia) [RUSSIA-EO14024].

A.E. NUDELMAN PRECISION ENGINEERING DESIGN BUREAU JOINT STOCK COMPANY (a.k.a. A.E. NUDELMAN KB TOCHMASH JSC; a.k.a. JOINT STOCK COMPANY CONSTRUCTION BUREAU FOR PRECISE MACHINERY NAMED AFTER A.E. NUDELMANA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНСТРУКТОРСКОЕ БЮРО ТОЧНОГО МАШИНОСТРОЕНИЯ ИМЕНИ А.Э. НУДЕЛЬМАНА); a.k.a. JSC A.E. NUDELMAN DESIGN BUREAU OF PRECISION MACHINE BUILDING), St. Vvedenskogo 8, Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Nov 2011; Registration ID 1117746904417 (Russia); Tax ID No. 7728789425 (Russia) [RUSSIA-EO14024].

A.I.C. COMPREHENSIVE RESEARCH INSTITUTE (a.k.a. A.I.C. SOGO KENKYUSHO; a.k.a. ALEPH; a.k.a. AUM SHINRIKYO; a.k.a. AUM SUPREME TRUTH); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

A.I.C. SOGO KENKYUSHO (a.k.a. A.I.C. COMPREHENSIVE RESEARCH INSTITUTE; a.k.a. ALEPH; a.k.a. AUM SHINRIKYO; a.k.a. AUM SUPREME TRUTH); Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

A.M. PROKHOROV GENERAL PHYSICS INSTITUTE RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENNIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR INSTITUT OBSHCHEI FIZIKI IM. A.M. PROKHOROVA ROSSISKOI AKADEMII NAUK; a.k.a. PROKHOROV GENERAL PHYSICS INSTITUTE OF RAS; a.k.a. PROKHOROV GENERAL PHYSICS INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. RUSSIAN ACADEMY OF SCIENCES - ALEXANDR MIKHAILOVICH PROKHOROV GENERAL PHYSICS INSTITUTE; a.k.a. "GPI RAS"; a.k.a. "IOF RAN"; a.k.a. "IOF RAN FGBU"), d. 38, ul. Vavilova, Moscow 119991, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Sep 1993; Tax ID No. 7736029700 (Russia); Government Gazette Number 02700457 (Russia); Registration Number 1027700378595 (Russia) [RUSSIA-EO14024].

A.S.P. BUILDERS, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

A.T.E. INTERNATIONAL LTD. (a.k.a. RWR INTERNATIONAL COMMODITIES), 3 Mandeville Place, London, United Kingdom [IRAQ2].

A.W.A. ENGINEERING LIMITED, 3 Mandeville Place, London, United Kingdom [IRAQ2].

A+ ENGINEERING, ELECTRONICS & MEDIA PRINTING CO. LTD., Tongping, Juba, Central Equatorial State, South Sudan; Tax ID No. 1100214326 (South Sudan); Commercial Registry Number 11045 (South Sudan) [SOUTH SUDAN].

A7 AGENT LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU A7 AGENT; a.k.a. "A7 AGENT LLC"), Ul. Lesnaya D. 9 Pomeshch. 2/10, Moscow 125196, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 26 Sep 2024; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No. 9710138144 (Russia); Registration Number 1247700638570

(Russia) [CYBER4] (Linked To: A7 LIMITED LIABILITY COMPANY).

A7 LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU A7; a.k.a. "A7 LLC"; a.k.a. "OOO A7"), Ul. Lesnaya D. 9 Pomeshch. 2/10, Moscow 125196, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 02 Sep 2024; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No. 9710137165 (Russia); Registration Number 1247700586891 (Russia) [CYBER4] (Linked To: GARANTEX EUROPE OU).

A71 LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU A71; a.k.a. "A71 LLC"), Ul. Lesnaya D. 9 Pomeshch. 2/10, Moscow 125196, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 26 Sep 2024; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No. 9710138137 (Russia); Registration Number 1247700638514 (Russia) [CYBER4] (Linked To: A7 LIMITED LIABILITY COMPANY).

AA ENERGY FZCO, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

AA ESTUDIO ARQUITECTONICO (a.k.a. A&A ESTUDIO ARQUITECTONICO, S. DE R.L. DE C.V.), Privada Juan Martin 537, Zapopan, Jalisco CP 45138, Mexico; Website www.aaestudioarquitectonico.com; Folio Mercantil No. 77083 (Mexico) [SDNTK].

AADAN, Hassan Yariisow (a.k.a. YARIISOW, Xasan; a.k.a. YARIISOW, Xassan), Tortoroow, Lower Shabelle, Somalia; DOB 1990; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

AADAN, Mahad Ciise (a.k.a. ADAN, Mahad Isse; a.k.a. ADEN, Mahad Isse; a.k.a. MUHAMMAD, Mahad Cise; a.k.a. "LABOBALLE"), Bosaso, Somalia; Qandala, Somalia; DOB 1949; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

AADAN, Siciid Abdullahi (a.k.a. HAJI, Sayid Abdullahi Adan; a.k.a. INO, Siciid Abdullah Haji), Tortoroow, Lower Shabelle, Somalia; DOB 1998; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

AAFIA SIDDIQUE BRIGADE (a.k.a. JAMAAT-E-AHRAR; a.k.a. JAMAATUL AHRAR; a.k.a. JAMAATUL-AHRAR; a.k.a. JAMAAT-UL-AHRAR; a.k.a. JAMAAT-UL-AHRAR TTP; a.k.a. JAMATUL AHRAR; a.k.a. JAMAT-UL-AHRAR; a.k.a. TEHREEK-I-TALIBAN JAMAAT-UL-AHRAR; a.k.a. TEHRIK-E-TALIBAN PAKISTAN JAMAAT-E-AHRAR; a.k.a. "JUA"; a.k.a. "TTP-JA"; a.k.a. "TTP-JUA"), Afghanistan; Mohmand Tribal Agency, Pakistan; Bajaur Tribal Agency, Pakistan; Khyber Tribal Agency, Pakistan; Arakzai Tribal Agency, Pakistan; Charsadda, Pakistan; Peshawar, Pakistan; Swat, Pakistan; Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AAKHIRAH LIMITED, 4 Culham Court, Redford Way, Uxbridge, London UB8 1SY, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Mar 2009; Organization Type: Other business support service activities n.e.c.; Company Number 06850415 (United Kingdom) [SDGT] (Linked To: SULTANA, Aozma).

AASI, Sheikh Yusuf (a.k.a. ASI, El Yusuf Abd al-Rida), Majma Ahl al-Bayt, 6 Meqdad Burj al-Barajinah, Beirut, Lebanon; DOB 05 Feb 1962; alt. DOB 1962; POB Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MARTYRS FOUNDATION IN LEBANON).

AAT AVIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: ААТ АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ) (a.k.a. AAT TAE AVIYA (Cyrillic: ААТ ТАЕ АВІЯ); f.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA AVIIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA TAE AVIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ

ТАВАРЫСТВА ТАЕ АВІЯ); f.k.a. AVIAKOMPANIYA TRANSAVIAEKSPORT OAO; a.k.a. JOINT STOCK COMPANY TRANSAVIAEXPORT AIRLINES; a.k.a. JSC TRANSAVIAEXPORT AIRLINES; f.k.a. OAO AVIAKOMPANIYA TRANSAVIAEKSPORT (Cyrillic: ОАО АВИАКОМПАНИЯ ТРАНСАВИАЭКСПОРТ); a.k.a. OAO TAE AVIA (Cyrillic: ОАО ТАЕ АВИА); f.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO AVIAKOMPANIYA TRANSAVIAEKSPORT; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO TAE AVIA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАЕ АВИА); a.k.a. TRANSAVIAEXPORT AIRLINES), 44, Zakharova Str., Minsk 220034, Belarus (Cyrillic: Ул. Захарова, 44, Минск 220034, Belarus); d. 11, Ul. Pervomayskaya, Minsk 220034, Belarus (Cyrillic: д. 11, ул. Первомайская, Минск 220034, Belarus); Organization Established Date 28 Dec 1992; Registration Number 100027245 (Belarus) [BELARUS-EO14038].

AAT BELAZ - KIRUYUCHAYA KAMPANIYA KHOLDYNGU BELAZ-KHOLDYNG (Cyrillic: ААТ БЕЛАЗ - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛАЗ-ХОЛДЫНГ) (a.k.a. BELARUSSKI AVTOMOBILNYI ZAVOD; a.k.a. OAO BELAZ - UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELAZ-KHOLDING (Cyrillic: ОАО БЕЛАЗ - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛАЗ-ХОЛДИНГ); a.k.a. OJSC BELAZ - MANAGEMENT COMPANY OF HOLDING BELAZ-HOLDING; a.k.a. OPEN JOINT STOCK COMPANY BELARUSIAN AUTOMOBILE PLANT), 40 let Octyabrya Street 4, Zhodino, Minsk region 222161, Belarus; Target Type State-Owned Enterprise; Tax ID No. 600038906 (Belarus); Government Gazette Number 05808712 (Belarus) [BELARUS-EO14038].

AAT HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: ААТ ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН) (a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. GRODNO TOBACCO FACTORY NEMAN; a.k.a. GTF NEMAN; a.k.a. HRODNA TOBACCO FACTORY NEMAN; a.k.a. OAO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОАО ГРОДНЕНСКАЯ

ТАБАЧНАЯ ФАБРИКА НЕМАН); a.k.a. OJSC GRODNO TOBACCO FACTORY NEMAN; a.k.a. OPEN JOINT-STOCK COMPANY GRODNO TOBACCO FACTORY NEMAN; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН)), ul. Ordzhonikidze, d. 18, Grodno, Grodnenskaya Oblast 230771, Belarus (Cyrillic: ул. Орджоникидзе, д. 18, г. Гродно, Гродненская область 230771, Belarus); Organization Established Date 29 Dec 1996; Registration Number 500047627 (Belarus) [BELARUS-EO14038].

AAT INTEHRAL - KIRUIUCHAIA KAMPANIIA KHOLDYNGU INTEHRAL (Cyrillic: ААТ ІНТЭГРАЛ - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ ІНТЭГРАЛ) (a.k.a. INTEGRAL-UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA INTEGRAL, OAO; a.k.a. OAO INTEGRAL - MANAGEMENT HOLDING COMPANY INTEGRAL (Cyrillic: ОАО ИНТЕГРАЛ - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА ИНТЕГРАЛ); a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO INTEGRAL; a.k.a. PUBLIC JOINT STOCK COMPANY INTEGRAL (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ИНТЕГРАЛ)), I.P., d.121A, kom. 327, ul. Kazintsa g., Minsk, Belarus; Registration Number 100386629 (Belarus) [BELARUS-EO14038].

AAT KIDMA TEK (Cyrillic: ААТ КІДМА ТЭК) (a.k.a. ADKRYTAE AKTSIYANERNAE TAVARYSTVA KIDMA TEK (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА КІДМА ТЭК); f.k.a. BSVT - NEW TECHNOLOGIES; f.k.a. BSVT-NT; a.k.a. KIDMA TECH OJSC; a.k.a. OAO KIDMA TEK (Cyrillic: ОАО КИДМА ТЕК); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BSVT-NOVIYE TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БСВТ-НОВЫЕ ТЕХНОЛОГИИ); a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO KIDMA TEK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КИДМА ТЕК)), Room 20, Administrative Building 187, Soltysa St., Minsk 220070, Belarus; D. 5/1, Ustenskiy Selsovyet, Vitebskaya Oblast, Orshanskiy Rayon, Ag. Ustye 211003, Belarus (Cyrillic: Д. 5/1, Устенский сельсовет, Витебская Область,

Оршанский Район, аг. Устье 211003, Belarus); Organization Established Date 18 Jul 2012; Registration Number 191607211 (Belarus) [BELARUS-EO14038].

AAT MINSKI AUTAMABILNY ZAVOD (Cyrillic: ААТ МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД) (a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA MINSKI AUTAMABILLNY ZAVOD - KIRUYUCHAYA KAMPANIYA KHOLDYNGU BELAUTAMAZ (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛАЎТАМАЗ); a.k.a. OAO MINSKI AVTOMOBILNYI ZAVOD (Cyrillic: ОАО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД); a.k.a. OJSC MINSK AUTOMOBILE PLANT; a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT; a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT - MANAGEMENT COMPANY OF HOLDING BELAVTOMAZ; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII AVTOMOBILNYI ZAVOD - UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELAVTOMAZ (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛАВТОМАЗ); a.k.a. "OJSC MAZ"), Ul. Sotsialisticheskaya 2, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100320487 (Belarus); Government Gazette Number 05808729 (Belarus) [BELARUS-EO14038].

AAT NAVUKOVA-DASLEDCHY INSTYTUT ELEKTRONNYKH VYLICHALNYKH MASHYN (a.k.a. COMPUTER RESEARCH INSTITUTE NIIEVM; a.k.a. JSC NIIEVM (Cyrillic: ОАО НИИЭВМ; Cyrillic: ААТ НДІЭВМ); a.k.a. OAO NAUCHNO-ISSLEDOVATELSKIY INSTITUT ELEKTRONNYKH VYCHISLITELNYKH MASHIN (Cyrillic: ОАО НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ЭЛЕКТРОННЫХ ВЫЧИСЛИТЕЛЬНЫХ МАШИН); a.k.a. OPEN JOINT STOCK COMPANY RESEARCH INSTITUTE OF ELECTRONIC COMPUTERS), 155 Bogdanovicha St., Minsk 220040, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100219724 (Belarus) [BELARUS-EO14038] (Linked To: OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING).

AAT TAE AVIYA (Cyrillic: ААТ ТАЕ АВІЯ) (f.k.a. AAT AVIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: ААТ АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); f.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA AVIIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA TAE AVIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ТАЕ АВІЯ); f.k.a. AVIAKOMPANIYA TRANSAVIAEKSPORT OAO; a.k.a. JOINT STOCK COMPANY TRANSAVIAEXPORT AIRLINES; a.k.a. JSC TRANSAVIAEXPORT AIRLINES; f.k.a. OAO AVIAKOMPANIYA TRANSAVIAEKSPORT (Cyrillic: ОАО АВИАКОМПАНИЯ ТРАНСАВИАЭКСПОРТ); a.k.a. OAO TAE AVIA (Cyrillic: ОАО ТАЕ АВИА); f.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO AVIAKOMPANIYA TRANSAVIAEKSPORT; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO TAE AVIA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАЕ АВИА); a.k.a. TRANSAVIAEXPORT AIRLINES), 44, Zakharova Str., Minsk 220034, Belarus (Cyrillic: Ул. Захарова, 44, Минск 220034, Belarus); d. 11, Ul. Pervomayskaya, Minsk 220034, Belarus (Cyrillic: д. 11, ул. Первомайская, Минск 220034, Belarus); Organization Established Date 28 Dec 1992; Registration Number 100027245 (Belarus) [BELARUS-EO14038].

AAT TEKHNIKA SUVYAZI (Cyrillic: ААТ ТЭХНІКА СУВЯЗІ) (a.k.a. JOINT STOCK COMPANY COMMUNICATION EQUIPMENT; a.k.a. OAO TEKHNIKA SVYAZI (Cyrillic: ОАО ТЕХНИКА СВЯЗИ); a.k.a. TEKHNIKA SVYAZI JSC), 1 Naberezhnaya str., Baran, Vitebsk Region 211011, Belarus; Target Type State-Owned Enterprise; Tax ID No. 300209010 (Belarus) [BELARUS-EO14038] (Linked To: OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING).

AAT ZENIT BELOMA (Cyrillic: ААТ ЗЕНІТ БЕЛОМА) (a.k.a. JOINT STOCK COMPANY ZENIT BELOMO; a.k.a. JSC ZENIT BELOMO (Cyrillic: ОАО ЗЕНИТ БЕЛОМО); a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO ZENIT BELOMO), 26 Chapayev Str., Vileyka, Minsk Region 222416, Belarus; Target Type State-Owned Enterprise;

Tax ID No. 600102155 (Belarus) [BELARUS-EO14038].

AAVAYE HOOSHMAND RAVIN INSTITUTE (Arabic: مؤسسه آوای هوشمند راوین) (a.k.a. RAVIN ACADEMY (Arabic: آکادمی راوین); a.k.a. RAVIN SMART VOICE INSTITUTE), No. 36, Naghdi Alley, North Sohrevardi, Tehran, Iran; No. 105, Shahid Motahari St., Suleiman Kharter St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14008970823 (Iran) [HRIT-IR].

AAYADH, Abou (a.k.a. HASSAYN, Sayf Allah 'Umar bin; a.k.a. HASSINE, Saifallah Ben; a.k.a. HASSINE, Seifallah Ben; a.k.a. HOCINE, Seif Allah Ben; a.k.a. HUSSAYN, Sayf Allah bin; a.k.a. "AL-TUNISI, Abu Ayyad"; a.k.a. "AL-TUNISI, Abu Iyyadh"; a.k.a. "EL-TOUNSI, Abou Iyadh"; a.k.a. "IYADH, Abou"); DOB 08 Nov 1965; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AAYAT SHIP MANAGEMENT PRIVATE LIMITED (a.k.a. AAYAT SHIP MANAGEMENT PVT LTD), Regaro Ka Mohalla, Nechhwa, Sikar, Rajasthan 332026, India; Organization Established Date 01 Oct 2024; Identification Number IMO 0108270; Company Number U52242RJ2024PTC097487 (India) [IRAN-EO13902].

AAYAT SHIP MANAGEMENT PVT LTD (a.k.a. AAYAT SHIP MANAGEMENT PRIVATE LIMITED), Regaro Ka Mohalla, Nechhwa, Sikar, Rajasthan 332026, India; Organization Established Date 01 Oct 2024; Identification Number IMO 0108270; Company Number U52242RJ2024PTC097487 (India) [IRAN-EO13902].

AB ROSSIYA, OAO (f.k.a. AKTSIONERNY BANK RUSSIAN FEDERATION; a.k.a. BANK ROSSIYA; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO AKTSIONERNY BANK ROSSIYA), 2 Liter A Pl. Rastrelli, Saint Petersburg 191124, Russia; SWIFT/BIC ROSYRU2P; Website www.abr.ru; Email Address bank@abr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027800000084 (Russia); Tax ID No. 7831000122 (Russia); Government Gazette Number 09804148 (Russia) [UKRAINE-EO13661].

ABADAN OIL REFINING COMPANY (Arabic: شرکت پالایش نفت آبادان) (a.k.a. ABADAN OIL REFINING COMPANY PRIVATE JOINT STOCK (Arabic: شرکت پالایش نفت آبادان سهامی عام); a.k.a. PALAYESH NAFT ABADAN (Arabic: پالایش نفت آبادان); a.k.a. "AORC"), Breym, Abadan, Khuzestan 6316915651, Iran; P.O. Box 555, Abadan, Khuzestan, Iran; Central Abadan Oil Refinery, Abadan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 14003570909 (Iran); Registration Number 1690 (Iran) [SDGT] [IFSR] [IRAN-EO13846] (Linked To: MINISTRY OF PETROLEUM).

ABADAN OIL REFINING COMPANY PRIVATE JOINT STOCK (Arabic: شرکت پالایش نفت آبادان سهامی عام) (a.k.a. ABADAN OIL REFINING COMPANY (Arabic: شرکت پالایش نفت آبادان); a.k.a. PALAYESH NAFT ABADAN (Arabic: پالایش نفت آبادان); a.k.a. "AORC"), Breym, Abadan, Khuzestan 6316915651, Iran; P.O. Box 555, Abadan, Khuzestan, Iran; Central Abadan Oil Refinery, Abadan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 14003570909 (Iran); Registration Number 1690 (Iran) [SDGT] [IFSR] [IRAN-EO13846] (Linked To: MINISTRY OF PETROLEUM).

ABADAN POWER GENERATION COMPANY (Arabic: شرکت تولید نیروی برق آبادان), Mahshahr Highway, Velayat Square, Ahwaz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10860410234 (Iran); Registration Number 4967 (Iran) [IRAN-EO13876] (Linked To: REY NIRU ENGINEERING COMPANY).

ABADIGGA, Abdella Asid (a.k.a. ABADIGGA, Abdella Hussein; a.k.a. ABADIKA, Abdallah Asid; a.k.a. USSENI, Abdallah; a.k.a. "ABU HAMZA"; a.k.a. "CARLOS, Abdi"), 48 Central Road, New Town, Johannesburg, South Africa; DOB 01 Feb 1974; POB Jimma, Oromia Regional State, Ethiopia; nationality Ethiopia; citizen Ethiopia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T00043812 (South Africa); Refugee ID Card 7402016297260 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ABADIGGA, Abdella Hussein (a.k.a. ABADIGGA, Abdella Asid; a.k.a. ABADIKA, Abdallah Asid; a.k.a. USSENI, Abdallah; a.k.a. "ABU HAMZA"; a.k.a. "CARLOS, Abdi"), 48 Central Road, New Town, Johannesburg, South Africa; DOB 01 Feb 1974; POB Jimma, Oromia Regional State, Ethiopia; nationality Ethiopia; citizen Ethiopia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T00043812 (South Africa); Refugee ID Card 7402016297260 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ABADIKA, Abdallah Asid (a.k.a. ABADIGGA, Abdella Asid; a.k.a. ABADIGGA, Abdella Hussein; a.k.a. USSENI, Abdallah; a.k.a. "ABU HAMZA"; a.k.a. "CARLOS, Abdi"), 48 Central Road, New Town, Johannesburg, South Africa; DOB 01 Feb 1974; POB Jimma, Oromia Regional State, Ethiopia; nationality Ethiopia; citizen Ethiopia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T00043812 (South Africa); Refugee ID Card 7402016297260 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ABAHUSEYIN, Mansur Othman M (a.k.a. ABAHUSSAIN, Mansour Othman M.; a.k.a. HUSSEIN, Mansour Othman Aba); DOB 11 Aug 1972; alt. DOB 10 Aug 1972; POB Majmaa, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport S059033 (Saudi Arabia) issued 22 Feb 2016 expires 28 Dec 2020 (individual) [GLOMAG].

ABAHUSSAIN, Mansour Othman M. (a.k.a. ABAHUSEYIN, Mansur Othman M; a.k.a. HUSSEIN, Mansour Othman Aba); DOB 11 Aug 1972; alt. DOB 10 Aug 1972; POB Majmaa, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport S059033 (Saudi Arabia) issued 22 Feb 2016 expires 28 Dec 2020 (individual) [GLOMAG].

ABAKAROV, Khizri Magomedovich (Cyrillic: АБАКАРОВ, Хизри Магомедович), Russia; DOB 28 Jun 1960; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ABAKUMOV, Dmytro, 426 Kempinski Residence Palm Jumeirah, Dubai, United Arab Emirates; DOB 14 Jul 1992; POB Chutove, Ukraine; nationality Ukraine; Gender Male; Passport PU664588 (United Arab Emirates) expires 09 Sep 2032 (individual) [GLOMAG] (Linked To: PATTNI, Kamlesh Mansukhlal Damji).

ABAMET MANAGEMENT LTD (a.k.a. LIMITED LIABILITY COMPANY MANAGEMENT COMPANY ABAMET (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ АБАМЕТ); a.k.a. UK ABAMET OOO), vladenie 1 kab. 229, ul. Sportivnaya, Naro-Fominsk 143322, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5003071129 (Russia); Registration Number 1095003002808 (Russia) [RUSSIA-EO14024].

ABASCIENCE TECH CO. LTD., Room 1724, Si Fang Building No. 5, Xiao Ying Road, ChaoYang District, Beijing 100101, China; 14C, Hung Shui Kiu Main Street, Yuen Long, N.T., Hong Kong; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHIRAZ ELECTRONICS INDUSTRIES; Linked To: LIU, Baoxia).

ABASS, Sidiki (a.k.a. ABBAS, Sidiki; a.k.a. BI SIDI, Souleymane; a.k.a. SIDIKI, Abbas; a.k.a. SOULEMAN, Bi Sidi; a.k.a. SOULEMANE, Bi Sidi; a.k.a. SOULEYMANE, Bi Sidi; a.k.a. SOULIMANE, Sidiki Abass; a.k.a. "Sidiki"), Central African Republic; DOB 20 Jul 1962;

POB Bocaranga, Ouham-Pende prefecture, Central African Republic; nationality Central African Republic; alt. nationality Chad; alt. nationality Cameroon; Gender Male (individual) [CAR].

ABAUNZA MARTINEZ, Javier; DOB 01 Jan 1965; POB Guernica, Vizcaya Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 78.865.882 (Spain); Member ETA (individual) [SDGT].

ABBAKAR MUHAMAD, Abdul Aziz; DOB 1961; POB Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 562605 (Sudan) issued 28 Oct 1998; IARA Peshwar, Pakistan Director (individual) [SDGT].

ABBAS, Abdul Hussein, Italy (individual) [IRAQ2].

ABBAS, Abu (a.k.a. ZAYDAN, Muhammad); DOB 10 Dec 1948; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Director of PALESTINE LIBERATION FRONT - ABU ABBAS FACTION (individual) [SDGT].

ABBAS, Ghassan; DOB 10 Mar 1960; Scientific Studies and Research Center Brigadier General (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

ABBAS, Mohamed Atta Emoula (a.k.a. 'ABBAS, Muhammad 'Ata-al-Mawla; a.k.a. AL-MAWLA, Mohamed Attta), Kafouri 9, Khartoum, Sudan; DOB 27 Apr 1957; POB Khartoum, Sudan; nationality Sudan; Gender Male; Passport D025725 (Sudan) expires 19 Mar 2023 (individual) [SUDAN-EO14098].

ABBAS, Mohammad Hasan (a.k.a. ABBAS, Mohammad Hassan; a.k.a. ABBAS, Muhammad), Damascus, Syria; DOB 01 Sep 1964; POB Al Ladhiqiyah, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894] (Linked To: MAKHLUF, Rami).

ABBAS, Mohammad Hassan (a.k.a. ABBAS, Mohammad Hasan; a.k.a. ABBAS, Muhammad), Damascus, Syria; DOB 01 Sep 1964; POB Al Ladhiqiyah, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894] (Linked To: MAKHLUF, Rami).

ABBAS, Muhammad (a.k.a. ABBAS, Mohammad Hasan; a.k.a. ABBAS, Mohammad Hassan), Damascus, Syria; DOB 01 Sep 1964; POB Al Ladhiqiyah, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894] (Linked To: MAKHLUF, Rami).

'ABBAS, Muhammad 'Ata-al-Mawla (a.k.a. ABBAS, Mohamed Atta Emoula; a.k.a. AL-

MAWLA, Mohamed Attta), Kafouri 9, Khartoum, Sudan; DOB 27 Apr 1957; POB Khartoum, Sudan; nationality Sudan; Gender Male; Passport D025725 (Sudan) expires 19 Mar 2023 (individual) [SUDAN-EO14098].

ABBAS, Sidiki (a.k.a. ABASS, Sidiki; a.k.a. BI SIDI, Souleymane; a.k.a. SIDIKI, Abbas; a.k.a. SOULEMAN, Bi Sidi; a.k.a. SOULEMANE, Bi Sidi; a.k.a. SOULEYMANE, Bi Sidi; a.k.a. SOULIMANE, Sidiki Abass; a.k.a. "Sidiki"), Central African Republic; DOB 20 Jul 1962; POB Bocaranga, Ouham-Pende prefecture, Central African Republic; nationality Central African Republic; alt. nationality Chad; alt. nationality Cameroon; Gender Male (individual) [CAR].

'ABBAS, Yasir (a.k.a. 'ABBAS, Yasir 'Aziz); DOB 22 Aug 1978; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

'ABBAS, Yasir 'Aziz (a.k.a. 'ABBAS, Yasir); DOB 22 Aug 1978; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

ABBASI DAVANI, Fereidoon (a.k.a. ABBASI DAVANI, Fereydoon; a.k.a. ABBASI, Fereidoun; a.k.a. ABBASI, Fereydoon; a.k.a. ABBASI-DAVANI, Fereidoun; a.k.a. ABBASI-DAVANI, Fereidun; a.k.a. "DR. ABBASI"); DOB 1958; alt. DOB 1959; POB Abadan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

ABBASI DAVANI, Fereydoon (a.k.a. ABBASI DAVANI, Fereidoon; a.k.a. ABBASI, Fereidoun; a.k.a. ABBASI, Fereydoon; a.k.a. ABBASI-DAVANI, Fereidoun; a.k.a. ABBASI-DAVANI, Fereidun; a.k.a. "DR. ABBASI"); DOB 1958; alt. DOB 1959; POB Abadan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

ABBASI, Fereidoun (a.k.a. ABBASI DAVANI, Fereidoon; a.k.a. ABBASI DAVANI, Fereydoon; a.k.a. ABBASI, Fereydoon; a.k.a. ABBASI-DAVANI, Fereidoun; a.k.a. ABBASI-DAVANI, Fereidun; a.k.a. "DR. ABBASI"); DOB 1958; alt. DOB 1959; POB Abadan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

ABBASI, Fereydoon (a.k.a. ABBASI DAVANI, Fereidoon; a.k.a. ABBASI DAVANI, Fereydoon; a.k.a. ABBASI, Fereidoun; a.k.a. ABBASI-DAVANI, Fereidoun; a.k.a. ABBASI-DAVANI, Fereidun; a.k.a. "DR. ABBASI"); DOB 1958; alt. DOB 1959; POB Abadan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

ABBASI, Hossein (a.k.a. ALAVI, Hossein), Iran; DOB 06 Dec 1986; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [HRIT-IR] (Linked To: NET PEYGARD SAMAVAT COMPANY).

ABBASI-DAVANI, Fereidoun (a.k.a. ABBASI DAVANI, Fereidoon; a.k.a. ABBASI DAVANI, Fereydoon; a.k.a. ABBASI, Fereidoun; a.k.a. ABBASI, Fereydoon; a.k.a. ABBASI-DAVANI, Fereidun; a.k.a. "DR. ABBASI"); DOB 1958; alt. DOB 1959; POB Abadan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

ABBASI-DAVANI, Fereidun (a.k.a. ABBASI DAVANI, Fereidoon; a.k.a. ABBASI DAVANI, Fereydoon; a.k.a. ABBASI, Fereidoun; a.k.a. ABBASI, Fereydoon; a.k.a. ABBASI-DAVANI, Fereidoun; a.k.a. "DR. ABBASI"); DOB 1958; alt. DOB 1959; POB Abadan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

ABBASIN, Abdul Aziz (a.k.a. MAHSUD, Abdul Aziz); DOB 1969; POB Sheykhan Village, Pirkowti Area, Orgun District, Paktika Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABBASPOUR GHOMI, Bashir (a.k.a. ABBASPOUR QOMI, Bashir), Tehran, Iran; DOB 25 Nov 1965; POB Babol, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2061931111 (Iran) (individual) [IRAN-EO13902].

ABBASPOUR QOMI, Bashir (a.k.a. ABBASPOUR GHOMI, Bashir), Tehran, Iran; DOB 25 Nov 1965; POB Babol, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2061931111 (Iran) (individual) [IRAN-EO13902].

ABBATAY, Mohamed (a.k.a. ABBATAY, Muhammad; a.k.a. AL-MAGHREBI, Abd al-Rahman; a.k.a. AL-MAGHREBI, Abdul Rahman), Iran; DOB 01 Jul 1970; POB Marrakech, Morocco; nationality Morocco; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABBATAY, Muhammad (a.k.a. ABBATAY, Mohamed; a.k.a. AL-MAGHREBI, Abd al-Rahman; a.k.a. AL-MAGHREBI, Abdul Rahman), Iran; DOB 01 Jul 1970; POB Marrakech, Morocco; nationality Morocco;

Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABBES, Moustafa, Via Padova, 82, Milan, Italy; DOB 05 Feb 1962; POB Osniers, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABBES, Youcef (a.k.a. "GIUSEPPE"), Via Padova 82, Milan, Italy; Via Manzoni, 33, Cinisello Balsamo, Milan, Italy; DOB 05 Jan 1965; POB Bab El Aoued, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABBOT TRADING CO., LTD. (a.k.a. YEMEN ABBOT TRADING CO., LTD.), Zayid Street, Shaub Directorate, Sanaa, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Feb 2019; Company Number 14 (Yemen) [SDGT] (Linked To: ANSARALLAH).

ABBUD, Bin Muhammad Awad (a.k.a. ABUD, Sa'ad Muhammad Awad; a.k.a. ADBUD, Muhammad 'Awad; a.k.a. AWAD, Muhammad; a.k.a. BAABOOD, Sa'ad Muhammad; a.k.a. BIN LADEN, Sa'ad; a.k.a. BIN LADEN, Sad; a.k.a. "AL-KAHTANE, Abdul Rahman"); DOB 1982; POB Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 520951 (Sudan); alt. Passport 530951 (Sudan) (individual) [SDGT].

ABD AL RASUL MURSHID SHIRAZI, Ali (a.k.a. SHIRAZI, Ali Marshad; a.k.a. SHIRAZI, Ali Morshed (Arabic: على مرشد شیرازی); a.k.a. "JAVAD, Abu"), Lebanon; DOB 07 Feb 1969; POB Najaf, Iraq; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D100008420 (Iran) expires 26 Jul 2026; National ID No. 4720725929 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ABD AL RAZEQ, Abu Sufian (a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU

JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BC166787 (Canada) (individual) [SDGT].

'ABD AL-BASIR, Haji (a.k.a. BASEER, Abdul; a.k.a. BASIR, Abdal; a.k.a. BASIR, Haji Abdul; a.k.a. NOORZAI, Haji Basir), Chaman, Pakistan; DOB 1965; alt. DOB 1963; alt. DOB 1960; POB Balochistan Province, Pakistan; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AA3829182 (Pakistan); National ID No. 5420124679187 (Pakistan) (individual) [SDGT].

ABD AL-GHAFAR, Sundus, Iraq; DOB circa 1967; POB Kirkuk, Iraq; nationality Iraq; wife of Izzat Ibrahim Al-Duri (individual) [IRAQ2].

ABD AL-GHAFUR, Humam Abd al-Khaliq (a.k.a. 'ABD AL-RAHMAN, Humam 'abd al-Khaliq; a.k.a. ABD-AL-GHAFUR, Humam abd-al-Khaliq; a.k.a. GHAFUR, Humam Abdel Khaleq Abdel; a.k.a. RASHID, Humam 'abd al-Khaliq); DOB 1945; POB ar-Ramadi, Iraq; nationality Iraq; Former Minister of Higher Education and Research; M0018061/104,issued 12 September 1993 (individual) [IRAQ2].

'ABD AL-HAMID AL-ASADI, Makki Kazim (a.k.a. ABDUL HAMEED AL ASADI, Makki Kadhim), Basrah, Iraq; DOB 10 Oct 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ABD AL-KHALIQ, Adil Muhammad Mahmud (a.k.a. ABDUL KHALED, Adel Mohamed Mahmood; a.k.a. ABDUL KHALIQ, Adel Mohamed Mahmoud); DOB 02 Mar 1984; POB Bahrain; nationality Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1632207 (Bahrain) (individual) [SDGT].

'ABD ALLAH, 'Issam 'Ali Muhammad (a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a.

THABIT 'IZ; a.k.a. "'ABD-AL-'IZ"; a.k.a. "ABU YASIR"); DOB 24 Jun 1954; POB Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 83860 (Sudan); alt. Passport 30455 (Egypt); alt. Passport 1046403 (Egypt) (individual) [SDGT].

'ABD AL-NASIR, Hajji (a.k.a. "ABD AL-NASR, Hajji"; a.k.a. "ABDELNASSER, Hajji"; a.k.a. "AL-KHUWAYT, Taha"), Syria; DOB 1967; alt. DOB 1966; alt. DOB 1968; POB Tall 'Afar, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABD AL-RAHMAN, Abdullah Muhammad Rajab (a.k.a. ABU AL-KHAYR, Ahmad Hasan); DOB 03 Nov 1957; POB Kafr al-Shaykh; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABD AL-RAHMAN, Atiyah (a.k.a. AL-LIBI, 'Atiyah 'Abd al-Rahman; a.k.a. AL-SHATIWI, Jamal; a.k.a. AL-SHITAYWI, Jamal Ibrahim Muhammad; a.k.a. AL-SHITIWI, Jamal; a.k.a. AL-SHTIWI, Jamal; a.k.a. "AL-LIBI, Shaykh Mahmud"); DOB 1969; alt. DOB 1965; alt. DOB 1966; alt. DOB 1967; alt. DOB 1957; alt. DOB 1958; alt. DOB 1959; alt. DOB 1960; POB Misrata, Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

'ABD AL-RAHMAN, Humam 'abd al-Khaliq (a.k.a. ABD AL-GHAFUR, Humam Abd al-Khaliq; a.k.a. ABD-AL-GHAFUR, Humam abd-al-Khaliq; a.k.a. GHAFUR, Humam Abdel Khaleq Abdel; a.k.a. RASHID, Humam 'abd al-Khaliq); DOB 1945; POB ar-Ramadi, Iraq; nationality Iraq; Former Minister of Higher Education and Research; M0018061/104,issued 12 September 1993 (individual) [IRAQ2].

'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan;

nationality Canada; alt. nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BC166787 (Canada) (individual) [SDGT].

'ABD AL-SALAM, 'Abd al-Malik Muhammad Yusuf 'Uthman (a.k.a. 'ABD-AL-SALAM, 'Abd al-Malik Muhammad Yusif; a.k.a. "'Umar al-Qatari"; a.k.a. "'Umar al-Tayyar"); DOB 13 Jul 1989; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K475336 (Jordan) issued 31 Aug 2009 expires 30 Aug 2014; National ID No. 28940000602 (Qatar) (individual) [SDGT].

'ABD AL-SALAM, Ashraf Muhammad Yusif (a.k.a. 'ABD AL-SALAM, Ashraf Muhammad Yusuf 'Uthman; a.k.a. 'ABD-AL-SALAM, Ashraf Muhammad Yusif 'Uthman; a.k.a. 'ABD-AL-SALAM, Ashraf Muhammad Yusuf; a.k.a. "Ibn al-Khattab"; a.k.a. "Khattab"), Syria; DOB 01 Jan 1984 to 31 Dec 1984; POB Iraq; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 486298 (Jordan); alt. Passport K048787; National ID No. 28440000526 (Qatar) (individual) [SDGT].

'ABD AL-SALAM, Ashraf Muhammad Yusuf 'Uthman (a.k.a. 'ABD AL-SALAM, Ashraf Muhammad Yusif; a.k.a. 'ABD-AL-SALAM, Ashraf Muhammad Yusif 'Uthman; a.k.a. 'ABD-AL-SALAM, Ashraf Muhammad Yusuf; a.k.a. "Ibn al-Khattab"; a.k.a. "Khattab"), Syria; DOB 01 Jan 1984 to 31 Dec 1984; POB Iraq; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 486298 (Jordan); alt. Passport K048787; National ID No. 28440000526 (Qatar) (individual) [SDGT].

ABD AL-SALAM, Muhammad (a.k.a. ABDULSALAM, Mohammad (Arabic: محمد عبد السلام); a.k.a. FELIATAH, Abdulsalam Salah Ahmed; a.k.a. FLEETAH, Abdel Salam; a.k.a. FLEETAH, Abdulsalam Saleh Ahmed Abdullah (Arabic: عبدالسلام صلاح احمد عبدالله فليتة); a.k.a. "ABU YASSER"), Muscat, Oman; DOB 02 Apr 1981; POB Al-Qalaa, Razih District, Saada Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00020255 (Yemen) expires 17 Feb 2017 (individual) [SDGT] (Linked To: ANSARALLAH).

'ABD AL-SALAM, Said Jan (a.k.a. 'ABDALLAH, Qazi; a.k.a. 'ABD-AL-SALAM, Sa'id Jan; a.k.a. ABDULLAH, Qazi; a.k.a. CAIRO, Aziz; a.k.a. JHAN, Said; a.k.a. KHAN, Farhan; a.k.a. SA'ID JAN, Qasi; a.k.a. WALID, Ibrahim; a.k.a. ZAIN KHAN, Dilawar Khan; a.k.a. "NANGIALI"); DOB 05 Feb 1981; alt. DOB 01 Jan 1972; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport OR801168 (Afghanistan) issued 28 Feb 2006 expires 27 Feb 2011; alt. Passport 4117921 (Pakistan) issued 09 Sep 2008 expires 09 Sep 2013; National ID No. 281020505755 (Kuwait); Passport OR801168 and Kuwaiti National ID No. 281020505755 issued under the name Said Jan 'Abd al-Salam; Passport 4117921 issued under the name Dilawar Khan Zain Khan (individual) [SDGT].

ABD AL-WADOUB, Abdou Moussa (a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek;

OFFICE OF FOREIGN ASSETS CONTROL

SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

'ABD AL-YUNIS, Hamid Majid (a.k.a. AL-LAMI, Hamid Muhammad; a.k.a. AL-MASUI, Husayn Muhammad Jabur; a.k.a. AL-MUSAWI, Ali Mussa Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Jabur; a.k.a. AL-MUSUI, Hamid Muhammad Jabur; a.k.a. DAQDUQ, Ali Mussa; a.k.a. JABUR AL-LAMI, Hamid Muhammad); DOB 01 Sep 1969; alt. DOB 31 Dec 1971; alt. DOB 09 Aug 1971; alt. DOB 09 Sep 1970; alt. DOB 09 Aug 1969; alt. DOB 05 Mar 1972; POB Beirut, Lebanon; alt. POB Al-Karradah, Baghdad, Iraq; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABD EL DAIM, Mohamed Ahmed (a.k.a. 'ABD-AL-DA'IM, Muhammad Ahmad; a.k.a. 'ABD-AL-DAYIM NASRALLAH, Muhammad Ahmad (Arabic: محمد أحمد عبد الدايم نصرالله); a.k.a. ABDUL DA'IM NASRALLAH, Mohammed Ahmed; a.k.a. ABID AL DAIM NASR ALLAH, Mohammad Ahmad; a.k.a. ABID ALDAIM NASR ALLAH, Mohammad Ahmad; a.k.a. NASRALLAH, Mohammed; a.k.a. NASRALLAH, Muhammad; a.k.a. "NASR, Muhammad"), Qatar; DOB 03 Oct 1964; POB Aqbat Jabr, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9641032658 (Jordan); Identification Number 103185046 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

ABD EL OUADOUD, Abou Mossab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a.

ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABD EL OUADOUD, Abou Mousab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a.

ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABD EL-OUADOUD, Abi Mossaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB,

Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABD EL-RAHMAN, Suhayl Salim (a.k.a. ABDURAHAMAN, Suhayl; a.k.a. AL-SUDANI, Abu Faris; a.k.a. FARIS, Abu; a.k.a. MUHAMMAD, Sahib; a.k.a. MUHAMMAD, Suhayl Salim; a.k.a. SALIM, Suhayl; a.k.a. UL-ABIDEEN, Zain; a.k.a. ZAYN, Haytham; a.k.a. "SABA"; a.k.a. "SANA"; a.k.a. "SUNDUS"); DOB 17 Jun 1984; alt. DOB 1990; POB Rabak, Sudan; Passport C0004350; Personal ID Card A00710804 (individual) [SOMALIA].

'ABD-AL-DA'IM, Muhammad Ahmad (a.k.a. ABD EL DAIM, Mohamed Ahmed; a.k.a. 'ABD-AL-DAYIM NASRALLAH, Muhammad Ahmad (Arabic: محمد أحمد عبد الدايم نصرالله); a.k.a. ABDUL DA'IM NASRALLAH, Mohammed Ahmed; a.k.a. ABID AL DAIM NASR ALLAH, Mohammad Ahmad; a.k.a. ABID ALDAIM NASR ALLAH, Mohammad Ahmad; a.k.a. NASRALLAH, Mohammed; a.k.a. NASRALLAH, Muhammad; a.k.a. "NASR, Muhammad"), Qatar; DOB 03 Oct 1964; POB Aqbat Jabr, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9641032658 (Jordan); Identification Number 103185046 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

'ABD-AL-DAYIM NASRALLAH, Muhammad Ahmad (Arabic: محمد أحمد عبد الدايم نصرالله) (a.k.a. ABD EL DAIM, Mohamed Ahmed; a.k.a. 'ABD-AL-DA'IM, Muhammad Ahmad; a.k.a. ABDUL DA'IM NASRALLAH, Mohammed Ahmed; a.k.a. ABID AL DAIM NASR ALLAH, Mohammad Ahmad; a.k.a. ABID ALDAIM

NASR ALLAH, Mohammad Ahmad; a.k.a. NASRALLAH, Mohammed; a.k.a. NASRALLAH, Muhammad; a.k.a. "NASR, Muhammad"), Qatar; DOB 03 Oct 1964; POB Aqbat Jabr, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9641032658 (Jordan); Identification Number 103185046 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

ABDALE, Qaaliif (a.k.a. ADALE, Khalif; a.k.a. CADALE, Qaliif; a.k.a. CADE, Qaliif; a.k.a. KHALIF, Adale; a.k.a. WARSAME, Khalif Mohamed), Qunyo Barrow, Middle Juba, Somalia; Buulo Fulaay, Somalia; DOB 01 Jan 1964; alt. DOB 01 Jan 1968; POB Somalia; nationality Djibouti; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 11120061B (Djibouti) (individual) [SDGT] (Linked To: AL-SHABAAB).

'ABD-AL-GHAFFAR, Haydar Husam-al-Din (a.k.a. ABDELGHAFFAR, Haidar H.; a.k.a. GHAFFAR, Haidar Houssam Al-Din Abdul (Arabic: حيدر حسام الدين عبد الغفار); a.k.a. GHAFFAR, Haidar Houssem Elddine Abdul), Baabda, Lebanon; DOB 25 Apr 1991; POB Damascus, Syria; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR2661263 (Lebanon); alt. Passport LR0747845 (Lebanon); National ID No. 000027844263 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

ABD-AL-GHAFUR, Humam abd-al-Khaliq (a.k.a. ABD AL-GHAFUR, Humam Abd al-Khaliq; a.k.a. 'ABD AL-RAHMAN, Humam 'abd al-Khaliq; a.k.a. GHAFUR, Humam Abdel Khaleq Abdel; a.k.a. RASHID, Humam 'abd al-Khaliq); DOB 1945; POB ar-Ramadi, Iraq; nationality Iraq; Former Minister of Higher Education and Research; M0018061/104,issued 12 September 1993 (individual) [IRAQ2].

ABD-AL-KARIM ALI, Ali (a.k.a. ABD-AL-KARIM, Ali; a.k.a. ABDULKARIM ALI, Ali; a.k.a. ABDULKARIM, Ali; a.k.a. KARIM ALI, Ali Abdel; a.k.a. KARIM ALI, Ali Abdul; a.k.a. KARIM, Ali Abdul); DOB 1953; POB Latakia Governorate, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

ABD-AL-KARIM, Ali (a.k.a. ABD-AL-KARIM ALI, Ali; a.k.a. ABDULKARIM ALI, Ali; a.k.a. ABDULKARIM, Ali; a.k.a. KARIM ALI, Ali Abdel; a.k.a. KARIM ALI, Ali Abdul; a.k.a. KARIM, Ali Abdul); DOB 1953; POB Latakia Governorate, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

ABDALLA, Ahmed (a.k.a. ABDALLA, Akhmed Abdalla Khalafalla; a.k.a. AHMED, Abdalla Khalafalla Abdalla; a.k.a. KHALAFALLAH, Abdallah Ahmed Abdallah), Pishonevskaya 20-1, Flat 76, Odessa, Odessa 65026, Ukraine; Apt. 5405, Amna Tower, Al Habtoor City, Dubai, United Arab Emirates; DOB 14 Mar 1978; POB Omdurman, Sudan; nationality Ukraine; Gender Male; Passport PU669310 (Ukraine) expires 20 Sep 2032; alt. Passport PU683987 (Ukraine) expires 28 Oct 2032; alt. Passport FM684476 (Ukraine) expires 05 Apr 2028; alt. Passport FB793884 (Ukraine) expires 09 Sep 2025 (individual) [SUDAN-EO14098] (Linked To: DEFENSE INDUSTRIES SYSTEM).

ABDALLA, Akhmed Abdalla Khalafalla (a.k.a. ABDALLA, Ahmed; a.k.a. AHMED, Abdalla Khalafalla Abdalla; a.k.a. KHALAFALLAH, Abdallah Ahmed Abdallah), Pishonevskaya 20-1, Flat 76, Odessa, Odessa 65026, Ukraine; Apt. 5405, Amna Tower, Al Habtoor City, Dubai, United Arab Emirates; DOB 14 Mar 1978; POB Omdurman, Sudan; nationality Ukraine; Gender Male; Passport PU669310 (Ukraine) expires 20 Sep 2032; alt. Passport PU683987 (Ukraine) expires 28 Oct 2032; alt. Passport FM684476 (Ukraine) expires 05 Apr 2028; alt. Passport FB793884 (Ukraine) expires 09 Sep 2025 (individual) [SUDAN-EO14098] (Linked To: DEFENSE INDUSTRIES SYSTEM).

ABDALLA, Fazul (a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDALLAH AL-JAZAIRI (a.k.a. ARIF, Said; a.k.a. ARIF, Said Mohamed; a.k.a. CHABANI, Slimane; a.k.a. GHARIB, Omar; a.k.a. "ABDERAHMANE"; a.k.a. "ABDERRAHMANE"; a.k.a. "SOULEIMAN"), Syria; DOB 05 Dec 1965; POB Oran, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDALLAH AZZAM BRIGADES (a.k.a. ABDULLAH AZZAM BRIGADES; a.k.a. MARWAN HADID BRIGADE; a.k.a. MARWAN HADID BRIGADES; a.k.a. YUSUF AL-'UYAYRI BATTALIONS OF THE ABDULLAH AZZAM BRIGADES; a.k.a. ZIYAD AL-JARRAH BATTALIONS OF THE ABDULLAH AZZAM BRIGADES), Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ABDALLAH, Abu (a.k.a. MUJAHID, Abdullah), Mohallah Markaz Tayyeba Street, Muridke, Lahore, Pakistan; DOB 15 May 1970; POB Bhalwal, Sargodha District, Punjab Province, Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport DM1074371 (Pakistan) issued 30 May 2009 expires 29 May 2014; National ID No. 3540118204373 (Pakistan) (individual) [SDGT].

ABDALLAH, Ahmad Jalal Reda (Arabic: احمد جلال رضى عبدالله) (a.k.a. ABDALLAH, Ahmed Jalal Rida), Beirut, Lebanon; DOB 15 Aug 1966; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

ABDALLAH, Ahmed Jalal Rida (a.k.a. ABDALLAH, Ahmad Jalal Reda (Arabic: احمد جلال رضى عبدالله)), Beirut, Lebanon; DOB 15 Aug 1966; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

ABDALLAH, Ali Reda (Arabic: علي رضا عبدالله), Embassies Street, Bir Hassan, Lebanon; DOB 19 May 1962; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR1191153 (Lebanon); alt. Passport A12404797 (Iraq) (individual) [SDGT] (Linked To: ABDALLAH, Ahmad Jalal Reda).

ABDALLAH, Ali Thafir (a.k.a. AL-TIKRITI, Yasir Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yasir Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yasir Sabawi Ibrahim Hassan; a.k.a. AL-TIKRITI, Yasser Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yassir Sabawi Ibrahim Hasan), Mosul, Iraq; Az Zabadani, Syria; DOB 15 May 1968; alt. DOB 1970; POB Al-Owja, Iraq; alt. POB Baghdad, Iraq; nationality Iraq; Passport 284158 (Iraq) expires 21 Aug 2005 (individual) [IRAQ2].

ABDALLAH, Hussein Ahmad (a.k.a. ABDALLAH, Hussein Ahmad Jalal (Arabic: حسين احمد جلال عبدالله)), Safarat St, El Salam Building, 4th floor, Bir Hassan, Lebanon; DOB 11 Feb 1996; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ABDALLAH, Ahmad Jalal Reda).

ABDALLAH, Hussein Ahmad Jalal (Arabic: حسين احمد جلال عبدالله) (a.k.a. ABDALLAH, Hussein Ahmad), Safarat St, El Salam Building, 4th floor, Bir Hassan, Lebanon; DOB 11 Feb 1996; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ABDALLAH, Ahmad Jalal Reda).

ABDALLAH, Hussein Reda (Arabic: حسين رضا عبدالله), Lebanon; DOB 03 Jun 1964; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ABDALLAH, Ahmad Jalal Reda).

ABDALLAH, Kamal Mustafa (a.k.a. AL-TIKRITI, Kamal Mustafa Abdallah Sultan; a.k.a. AL-TIKRITI, Kamal Mustafa Sultan Abdallah); DOB 1952; alt. DOB 04 May 1955; POB Tikrit, Iraq; nationality Iraq; Republican Guard Secretary; led Special Republican Guard and commanded both Republican Guard corps (individual) [IRAQ2].

ABDALLAH, Muhammad Yusif, Avenue Presidente Juscelino Kubistcheck 338, Apartment 1802, Center, Foz do Iguacu, Brazil; Avenue Presidente Juscelino Kubistcheck 133, Apartment 102, Center, Foz do Iguacu, Brazil; DOB 15 Jun 1952; POB Khalia, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 1110775 (Paraguay); Passport 670317 (Lebanon); alt. Passport 137532 (Paraguay) (individual) [SDGT].

'ABDALLAH, Qazi (a.k.a. 'ABD AL-SALAM, Said Jan; a.k.a. 'ABD-AL-SALAM, Sa'id Jan; a.k.a. ABDULLAH, Qazi; a.k.a. CAIRO, Aziz; a.k.a. JHAN, Said; a.k.a. KHAN, Farhan; a.k.a. SA'ID JAN, Qasi; a.k.a. WALID, Ibrahim; a.k.a. ZAIN KHAN, Dilawar Khan; a.k.a. "NANGIALI"); DOB 05 Feb 1981; alt. DOB 01 Jan 1972; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport OR801168 (Afghanistan) issued 28 Feb 2006 expires 27 Feb 2011; alt. Passport 4117921 (Pakistan) issued 09 Sep 2008 expires 09 Sep 2013; National ID No. 281020505755 (Kuwait); Passport OR801168 and Kuwaiti National ID No. 281020505755 issued under the name Said Jan 'Abd al-Salam; Passport 4117921 issued under the name Dilawar Khan Zain Khan (individual) [SDGT].

ABDALLAH, Ramadan (a.k.a. ABDULLAH, Dr. Ramadan; a.k.a. SHALLAH, Dr. Ramadan Abdullah; a.k.a. SHALLAH, Ramadan Abdalla Mohamed), Damascus, Syria; DOB 01 Jan 1958; POB Gaza City, Gaza Strip; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 265 216 (Egypt); SSN 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 (United States); Secretary General of the PALESTINIAN ISLAMIC JIHAD (individual) [SDGT].

ABDALLAH, Tarwat Salah (a.k.a. SHIHATA, Thirwat Salah; a.k.a. THIRWAT, Salah Shihata; a.k.a. THIRWAT, Shahata); DOB 29 Jun 1960; POB Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

'ABD-AL-SALAM, 'Abd al-Malik Muhammad Yusif (a.k.a. 'ABD AL-SALAM, 'Abd al-Malik Muhammad Yusuf 'Uthman; a.k.a. "'Umar al-Qatari"; a.k.a. "'Umar al-Tayyar"); DOB 13 Jul 1989; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K475336 (Jordan) issued 31 Aug 2009 expires 30 Aug 2014; National ID No. 28940000602 (Qatar) (individual) [SDGT].

'ABD-AL-SALAM, Ashraf Muhammad Yusif 'Uthman (a.k.a. 'ABD AL-SALAM, Ashraf Muhammad Yusif; a.k.a. 'ABD AL-SALAM, Ashraf Muhammad Yusuf 'Uthman; a.k.a. 'ABD-AL-SALAM, Ashraf Muhammad Yusuf; a.k.a. "Ibn al-Khattab"; a.k.a. "Khattab"), Syria; DOB 01 Jan 1984 to 31 Dec 1984; POB Iraq; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 486298 (Jordan); alt. Passport K048787; National ID No. 28440000526 (Qatar) (individual) [SDGT].

'ABD-AL-SALAM, Ashraf Muhammad Yusuf (a.k.a. 'ABD AL-SALAM, Ashraf Muhammad Yusif; a.k.a. 'ABD AL-SALAM, Ashraf Muhammad Yusuf 'Uthman; a.k.a. 'ABD-AL-SALAM, Ashraf Muhammad Yusif 'Uthman; a.k.a. "Ibn al-Khattab"; a.k.a. "Khattab"), Syria; DOB 01 Jan 1984 to 31 Dec 1984; POB Iraq; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 486298 (Jordan); alt. Passport K048787; National ID No. 28440000526 (Qatar) (individual) [SDGT].

'ABD-AL-SALAM, Sa'id Jan (a.k.a. 'ABD AL-SALAM, Said Jan; a.k.a. 'ABDALLAH, Qazi; a.k.a. ABDULLAH, Qazi; a.k.a. CAIRO, Aziz; a.k.a. JHAN, Said; a.k.a. KHAN, Farhan; a.k.a. SA'ID JAN, Qasi; a.k.a. WALID, Ibrahim; a.k.a. ZAIN KHAN, Dilawar Khan; a.k.a. "NANGIALI"); DOB 05 Feb 1981; alt. DOB 01 Jan 1972; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport OR801168 (Afghanistan) issued 28 Feb 2006 expires 27 Feb 2011; alt. Passport 4117921 (Pakistan) issued 09 Sep 2008 expires 09 Sep 2013; National ID No. 281020505755 (Kuwait); Passport OR801168 and Kuwaiti National ID No. 281020505755 issued under the name Said Jan 'Abd al-Salam; Passport 4117921 issued under the name Dilawar Khan Zain Khan (individual) [SDGT].

ABD-AL-WADUD, Abu-Mus'ab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel;

a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABD-AL-WADUD, Wail Muhammad Said (a.k.a. ABDULWADOD, Wail Mohammed Saeed), Yemen; DOB 10 Feb 1994; POB Hodaidah, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 07872046 (Yemen) expires 25 Jul 2028 (individual) [SDGT] (Linked To: ANSARALLAH).

ABD-AL-WAHAB, Abd-al-Hai Ahmad (a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. THABIT 'IZ; a.k.a. "'ABD-AL-'IZ"; a.k.a. "ABU YASIR"); DOB 24 Jun 1954; POB Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 83860

(Sudan); alt. Passport 30455 (Egypt); alt. Passport 1046403 (Egypt) (individual) [SDGT].

ABDAOUI, Youssef (a.k.a. ABDAOUI, Youssef Ben Abdul Baki Ben Youcef; a.k.a. "ABDELLAH"; a.k.a. "ABDULLAH"; a.k.a. "ABU ABDULLAH"), Piazza Giovane Italia n.2, Varese, Italy; Number 8/B Via Torino, Cassano Magnago (VA), Italy; DOB 04 Jun 1966; POB Kairouan, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G025057 issued 23 Jun 1999 expires 05 Feb 2004; Identification Number AO 2879097 (Italy) expires 30 Oct 2012 (individual) [SDGT].

ABDAOUI, Youssef Ben Abdul Baki Ben Youcef (a.k.a. ABDAOUI, Youssef; a.k.a. "ABDELLAH"; a.k.a. "ABDULLAH"; a.k.a. "ABU ABDULLAH"), Piazza Giovane Italia n.2, Varese, Italy; Number 8/B Via Torino, Cassano Magnago (VA), Italy; DOB 04 Jun 1966; POB Kairouan, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G025057 issued 23 Jun 1999 expires 05 Feb 2004; Identification Number AO 2879097 (Italy) expires 30 Oct 2012 (individual) [SDGT].

ABDEL EL-WADOUD, Abu Mossaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a.

DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDEL HAMID, Mostafa Mohamed (a.k.a. FARAG, Mostafa; a.k.a. FARAG, Mostafa Mohamed; a.k.a. MAHAMED, Mostafa; a.k.a. "AL AUSTRALI, Abu Sulayman"; a.k.a. "AL MUHAJIR, Abu Sulayman"; a.k.a. "AL USTRALI, Abu Sulayman"; a.k.a. "AL-MASRI, Abu Sulayman"); DOB 14 Feb 1984; POB Port Said, Egypt; nationality Australia; alt. nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M1898709 (Australia) expires 11 Oct 2012; Driver's License No. 13652517 (Australia) expires 19 Apr 2014 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

ABDEL WADOUD, Abou Mossab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a.

ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDEL WADOUD, Abou Moussaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a.

DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDELGHAFFAR, Haidar H. (a.k.a. 'ABD-AL-GHAFFAR, Haydar Husam-al-Din; a.k.a. GHAFFAR, Haidar Houssam Al-Din Abdul (Arabic: حيدر حسام الدين عبد الغفار); a.k.a. GHAFFAR, Haidar Houssem Elddine Abdul), Baabda, Lebanon; DOB 25 Apr 1991; POB Damascus, Syria; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR2661263 (Lebanon); alt. Passport LR0747845 (Lebanon); National ID No. 000027844263 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

ABDELHAY, al-Sheikh (a.k.a. AHCENE, Cheib; a.k.a. ALLANE, Hacene; a.k.a. "ABU AL-FOUTOUH"; a.k.a. "BOULAHIA"; a.k.a. "HASSAN THE OLD"); DOB 17 Jan 1941; POB El Menea, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDELMAJEED, Abu (a.k.a. ALSHAER, Abdullah Mesfer Saleh; a.k.a. AL-SHAER, Abdullah Mesfer Saleh (Arabic: عبدالله مسفر صالح الشاعر); a.k.a. AL-SHA'IR, 'Abdallah Misfir Salih), Yemen; DOB 01 Jan 1980; POB Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ANSARALLAH).

ABDELMALEK, Drokdal (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL

WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDELMALEK, Droukdal (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDELOUADODUD, Abu Mussaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek;

a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDELOUADOUD, Abi Mousaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt.

POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDELOUADOUD, Abou Mossaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDELOUADOUD, Abou Mossab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-

WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDELOUADOUD, Abou Mousaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a.

ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDELOUADOUD, Abou Moussab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU

MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDELOUADOUD, Abou Musab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL,

Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDELOUADOUD, Abu Mossab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria;

DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDELOUADOUD, Abu Mus'ab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDELOUADOUDE, Abou Moussaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-

OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDELOUDOUD, Abu Musab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a.

ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDELRAZAK, Ismail (a.k.a. ESMAIL, Abdurazak; a.k.a. FITIWI, Abdurazak; a.k.a. FITWI, Abd al-Razzak), Tripoli, Libya; Sabratha, Libya; Benghazi, Libya; DOB 1985 to 1987; POB Massawa, Eritrea; nationality Sudan; Gender Male (individual) [LIBYA3].

ABDELRAZEK, Abousofian (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Passport BC166787 (Canada) (individual) [SDGT].

ABDELRAZIK, Abousfian Salman (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BC166787 (Canada) (individual) [SDGT].

ABDELRAZIK, Abousofian (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BC166787 (Canada) (individual) [SDGT].

ABDELRAZIK, Abousofiane (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Passport BC166787 (Canada) (individual) [SDGT].

ABDELRAZIK, Sofian (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BC166787 (Canada) (individual) [SDGT].

ABDELWADOUD, Abou Mossab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL,

Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDESLAM, Salah; DOB 15 Sep 1989; POB Brussels, Belgium; citizen France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDI ASJARD, Abbas (a.k.a. ABDI ASJERD, Abbas (Arabic: عباس عبدی اسجرد); a.k.a. ABDI ESJERD, Abbas; a.k.a. ABDIASJERD, Abbas), Tehran, Iran; DOB 09 Sep 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R35593485 (Iran); National ID No. 0045607362 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: BONYAN DANESH SHARGH PRIVATE COMPANY).

ABDI ASJERD, Abbas (Arabic: عباس عبدی اسجرد) (a.k.a. ABDI ASJARD, Abbas; a.k.a. ABDI ESJERD, Abbas; a.k.a. ABDIASJERD, Abbas), Tehran, Iran; DOB 09 Sep 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R35593485 (Iran); National ID No. 0045607362 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: BONYAN DANESH SHARGH PRIVATE COMPANY).

ABDI ASJERD, Zahra (Arabic: زهرا عبدی اسجرد), Tehran, Iran; DOB 22 Oct 1995; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport F44356873 (Iran) expires 03 Jan 2023; National ID No. 0018946798 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: BONYAN DANESH SHARGH PRIVATE COMPANY).

ABDI ESJERD, Abbas (a.k.a. ABDI ASJARD, Abbas; a.k.a. ABDI ASJERD, Abbas (Arabic: عباس عبدی اسجرد); a.k.a. ABDIASJERD, Abbas), Tehran, Iran; DOB 09 Sep 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R35593485 (Iran); National ID No. 0045607362 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: BONYAN DANESH SHARGH PRIVATE COMPANY).

ABDI, Abdifatah Abubakar (a.k.a. "MUHAJIR, Musa"), Somalia; Mombasa, Kenya; DOB 15 Apr 1982; POB Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDI, Abdlwahab Noor (a.k.a. ABDI, Abdulwahab Noor (Arabic: عبدالوهاب نور عبدي); a.k.a. ABDI, Abduwahab Nur), Nasser Square, Dubai, United Arab Emirates; Musheer Building, Flat 202, Al Rumailah, Ajman, United Arab Emirates; DOB 01 Jan 1970; POB Filtu, Ethiopia; nationality Ethiopia; Gender Male; Passport EP3446365 (Ethiopia) issued 10 Dec 2014 expires 09 Dec 2019; Identification Number 784197051728729 (United Arab Emirates) (individual) [SOMALIA].

ABDI, Abdulwahab Noor (Arabic: عبدالوهاب نور عبدي) (a.k.a. ABDI, Abdlwahab Noor; a.k.a. ABDI, Abduwahab Nur), Nasser Square, Dubai, United Arab Emirates; Musheer Building, Flat 202, Al Rumailah, Ajman, United Arab Emirates; DOB 01 Jan 1970; POB Filtu, Ethiopia; nationality Ethiopia; Gender Male; Passport EP3446365 (Ethiopia) issued 10 Dec 2014 expires 09 Dec 2019; Identification Number 784197051728729 (United Arab Emirates) (individual) [SOMALIA].

ABDI, Abduwahab Nur (a.k.a. ABDI, Abdlwahab Noor; a.k.a. ABDI, Abdulwahab Noor (Arabic: عبدالوهاب نور عبدي)), Nasser Square, Dubai, United Arab Emirates; Musheer Building, Flat 202, Al Rumailah, Ajman, United Arab Emirates; DOB 01 Jan 1970; POB Filtu, Ethiopia; nationality Ethiopia; Gender Male; Passport EP3446365 (Ethiopia) issued 10 Dec 2014 expires 09 Dec 2019; Identification Number 784197051728729 (United Arab Emirates) (individual) [SOMALIA].

ABDI, Ali (Arabic: على عبدى) (a.k.a. ABDI, Mohammad Ali Effatpanah Deh Nuy), South Khorasan Province, Iran; DOB 29 May 1975; POB Torbat-e Heydariyeh, Razavi Khorasan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0701301643 (Iran) (individual) [IRAN-HR].

ABDI, Mohammad Ali Effatpanah Deh Nuy (a.k.a. ABDI, Ali (Arabic: على عبدى)), South Khorasan Province, Iran; DOB 29 May 1975; POB Torbat-e Heydariyeh, Razavi Khorasan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0701301643 (Iran) (individual) [IRAN-HR].

ABDI, Nuh Ibrahim (a.k.a. ALI, Abdiaziz Dubow; a.k.a. AYMAN, Maalim; a.k.a. AYMAN, Ma'alim; a.k.a. AYMAN, Mo'alim; a.k.a. "KABO, Ayman"), Kenya; Badamadow, Lower Juba Region, Somalia; DOB 1973; alt. DOB 1983; POB Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDIASJERD, Abbas (a.k.a. ABDI ASJARD, Abbas; a.k.a. ABDI ASJERD, Abbas (Arabic: عباس عبدى اسجرد); a.k.a. ABDI ESJERD, Abbas), Tehran, Iran; DOB 09 Sep 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R35593485 (Iran); National ID No. 0045607362 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: BONYAN DANESH SHARGH PRIVATE COMPANY).

ABDIKADIR, Abdikadir Mohamed (a.k.a. ABDUKADIR, Abdukadir Mohamed; a.k.a. ABDULKADIR, Abdulkadir Mohamed; a.k.a. "IKRIMA"), Somalia; DOB 1985; POB Somalia; nationality Kenya; citizen Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

ABDIKARIM, Sheikh Mahad Omar (a.k.a. ABU UBAIDAH, Ahmad Umar; a.k.a. ABU UBAIDAH, Ahmed Omar; a.k.a. ABU UBAIDAH, Sheikh Ahmad Umar; a.k.a. ABU UBAIDAH, Sheikh Ahmed Umar; a.k.a. ABU UBAIDAHA, Sheikh Omar; a.k.a. DIRIYE, Ahmed; a.k.a. DIRIYE, Mahad; a.k.a. UMAR, Sheikh Ahmed; a.k.a. "DIRIYE, Abu"; a.k.a. "UBAIDAH, Abu"; a.k.a. "UMAR, Ahmad"), Somalia; DOB 1972; POB Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDILAHI, Abdi Xamiid Omar (a.k.a. ABDULLAHI, Abdulkadir Omar; a.k.a. OMAR, Abdullahi Abdul Kadir), Uganda; DOB 01 Jan 1962; POB Mandera, Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BK042853 (Kenya) (individual) [SDGT] (Linked To: AL-SHABAAB).

ABDILLAH, Abubakar (a.k.a. ABDILLAH, Ustadz Abubakar; a.k.a. CASTRO, Jorge; a.k.a. DE LOS REYES, Feliciano; a.k.a. DE LOS REYES, Feliciano Abubakar; a.k.a. DELOS REYES Y SEMBERIO, Feleciano; a.k.a. DELOS REYES, Feleciano Sembrio; a.k.a. DELOS REYES,

Feliciano Semborio, Jr.; a.k.a. DELOS REYES, Ustadz Abubakar; a.k.a. REYES, Abubakar; a.k.a. "ABDILLAH, Abdul") DOB 04 Nov 1963; POB Arco, Lamitan, Basilan Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDILLAH, Ustadz Abubakar (a.k.a. ABDILLAH, Abubakar; a.k.a. CASTRO, Jorge; a.k.a. DE LOS REYES, Feliciano; a.k.a. DE LOS REYES, Feliciano Abubakar; a.k.a. DELOS REYES Y SEMBERIO, Feleciano; a.k.a. DELOS REYES, Feleciano Sembrio; a.k.a. DELOS REYES, Feliciano Semborio; a.k.a. DELOS REYES, Feliciano Semborio, Jr.; a.k.a. DELOS REYES, Ustadz Abubakar; a.k.a. REYES, Abubakar; a.k.a. "ABDILLAH, Abdul"); DOB 04 Nov 1963; POB Arco, Lamitan, Basilan Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDILLAHI, Abshir (a.k.a. ABDULAHI, Asad; a.k.a. ABDULI, Aburashid Abdulahi; a.k.a. ABDULLAHI, Abshir; a.k.a. BOYAH, Abshir; a.k.a. "BOOYAH"; a.k.a. "BOYAH"), Eyl, Somalia; Garowe, Somalia; DOB circa 1966; POB Eyl, Somalia (individual) [SOMALIA].

ABDOLLAHI ALIABADI, Ali (a.k.a. ABDOLLAHI, Ali), Iran; DOB 1959; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

ABDOLLAHI FARD, Hojjat (a.k.a. ABDOLLAHIFARD, Hojat; a.k.a. ABDULAHI FARD, Hojat (Arabic: حجت عبدالهی فرد)), Tehran, Iran; DOB 22 Dec 1964; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4072184535 (Iran) (individual) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: SAHARA THUNDER).

ABDOLLAHI, Ali (a.k.a. ABDOLLAHI ALIABADI, Ali), Iran; DOB 1959; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

ABDOLLAHI, Hamed (a.k.a. ABDULLAHI, Mustafa); DOB 11 Aug 1960; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Passport D9004878 (individual) [SDGT] [IRGC] [IFSR].

ABDOLLAHI, Mohammad (a.k.a. RICHTER, Aurik), Esfahan, Iran; DOB 18 Sep 1992; POB Esfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: ELECTRO OPTIC SAIRAN INDUSTRIES CO.).

ABDOLLAHIFARD, Hojat (a.k.a. ABDOLLAHI FARD, Hojjat; a.k.a. ABDULAHI FARD, Hojat (Arabic: حجت عبداللهی فرد)), Tehran, Iran; DOB 22 Dec 1964; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4072184535 (Iran) (individual) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: SAHARA THUNDER).

ABDOLLAHINEJAD, Bahram (Arabic: بهرام عبداللهی نژاد), Iran; DOB 11 Jun 1959; POB Sarab, East Azerbaijan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport I42008251 (Iran) expires 30 Jul 2022; National ID No. 1652879668 (Iran); CEO of Naji Pars Amin Institute (individual) [IRAN-HR] (Linked To: NAJI PARS AMIN INSTITUTE).

ABDOLLAH-POUR, Mohammad (a.k.a. ABDOLLAHPOUR, Mohammad (Arabic: محمد عبدالله پور)), Gilan Province, Iran; DOB 21 Mar 1963 to 20 Mar 1964; POB Astaneh Ashrafieh, Gilan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ABDOLLAHPOUR, Mohammad (Arabic: محمد عبدالله پور) (a.k.a. ABDOLLAH-POUR, Mohammad), Gilan Province, Iran; DOB 21 Mar 1963 to 20 Mar 1964; POB Astaneh Ashrafieh, Gilan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ABDOLRAHIMI, Mohammad Hosein, Tehran, Iran; DOB 29 Aug 1988; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0493278222 (Iran) (individual) [ELECTION-EO13848] (Linked To: EMENNET PASARGAD).

ABDORABOH, Mohammed Saleh (a.k.a. AL OMQI, Mohammed Saleh Abdurabu; a.k.a. ALAMQE, Mohammed Saleh A; a.k.a. AL-AMQI, Muhammad Salih 'Abd-Rabbuh; a.k.a. ALAMQY, Mohammed Salih Abdrabah; a.k.a. AL-OMAQY, Mohammed Saleh Abd Rabo; a.k.a. AL-OMGY, Mohammed Saleh Abd'rabbo; a.k.a. AL-OMGY, Muhammad Salih Abd-Rabbuh (Arabic: محمد صالح عبدربه العمقي); a.k.a. AL-UMAQI, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMGY, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMQI, Mohammad Salih Abdurabbuh; a.k.a. AL-UMQI, Muhammad Saleh Abd-Rabbuh; a.k.a. AL-UMQY, Muhammad Saleh Abd-Rabbuh), Jamal Street, under Royal Hotel, Taiz, Yemen; Mukalla, Yemen; Al Hudaydah San'a' Street, J Dirham, Salam, Hadramawt, Yemen; Al Amqi Company, Al Makla, Ash Shaykh Uthman, Hadramawt, Yemen; Sayyiun, Suq As Sarrafin, Sayun, Yemen; Shabwat, Ataq, Shabwah, Yemen; Tarim, At Tawahi Street, Tarim, Yemen; DOB 11 Feb 1962; alt. DOB 12 Feb 1962; POB Shakhawi, Hadramawt Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02729375 (Yemen) issued 29 Dec 2009 expires 08 Dec 2013; alt. Passport 00692808 (Yemen) issued 03 Mar 2001 expires 03 Mar 2007; Identification Number 08010019189 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

ABDOULAY, Oumar Younnes (a.k.a. ABDOULAY, Oumar Younous; a.k.a. M'BETIBANGUI, Oumar Younous; a.k.a. SODIAM, Oumar; a.k.a. YOUNOUS, Omar; a.k.a. YOUNOUS, Oumar; a.k.a. YUNUS, 'Umar), Bria, Haute-Kotto Prefecture, Central African Republic; Birao, Vakaga Prefecture, Central African Republic; Darfur, Sudan; DOB 02 Apr 1970; POB Tullus, Southern Darfur, Sudan; nationality Sudan; Passport D00000898 issued 04 Nov 2013 (individual) [CAR].

ABDOULAY, Oumar Younous (a.k.a. ABDOULAY, Oumar Younnes; a.k.a. M'BETIBANGUI, Oumar Younous; a.k.a. SODIAM, Oumar; a.k.a. YOUNOUS, Omar; a.k.a. YOUNOUS, Oumar; a.k.a. YUNUS, 'Umar), Bria, Haute-Kotto Prefecture, Central African Republic; Birao, Vakaga Prefecture, Central African Republic; Darfur, Sudan; DOB 02 Apr 1970; POB Tullus, Southern Darfur,

Sudan; nationality Sudan; Passport D00000898 issued 04 Nov 2013 (individual) [CAR].

ABDOULAYE, Hissene (a.k.a. ABDOULAYE, Issene; a.k.a. HISSEIN, Abdoulaye; a.k.a. HISSENE, Abdoulaye; a.k.a. ISSENE, Abdoulaye (Latin: ISSÈNE, Abdoulaye); a.k.a. RAMADANE, Abdoulaye Issene (Latin: RAMADANE, Abdoulaye Issène)), KM5, Bangui, Central African Republic; Ndele, Bamingui-Bangoran Prefecture, Central African Republic; DOB 1967; POB Ndele, Bamingui-Bangoran Prefecture, Central African Republic; nationality Central African Republic; Gender Male; Passport D00000897 (Central African Republic) issued 05 Apr 2013 expires 04 Apr 2018 (individual) [CAR].

ABDOULAYE, Issene (a.k.a. ABDOULAYE, Hissene; a.k.a. HISSEIN, Abdoulaye; a.k.a. HISSENE, Abdoulaye; a.k.a. ISSENE, Abdoulaye (Latin: ISSÈNE, Abdoulaye); a.k.a. RAMADANE, Abdoulaye Issene (Latin: RAMADANE, Abdoulaye Issène)), KM5, Bangui, Central African Republic; Ndele, Bamingui-Bangoran Prefecture, Central African Republic; DOB 1967; POB Ndele, Bamingui-Bangoran Prefecture, Central African Republic; nationality Central African Republic; Gender Male; Passport D00000897 (Central African Republic) issued 05 Apr 2013 expires 04 Apr 2018 (individual) [CAR].

ABDRABBA, Ghoma (a.k.a. ABDRABBA, Ghunia; a.k.a. ABD'RABBAH, Ghuma; a.k.a. ABDURABBA, Ghunia; a.k.a. "ABD'RABBAH"; a.k.a. "ABU JAMIL"), Birmingham, United Kingdom; DOB 02 Sep 1957; POB Benghazi, Libya; nationality United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDRABBA, Ghunia (a.k.a. ABDRABBA, Ghoma; a.k.a. ABD'RABBAH, Ghuma; a.k.a. ABDURABBA, Ghunia; a.k.a. "ABD'RABBAH"; a.k.a. "ABU JAMIL"), Birmingham, United Kingdom; DOB 02 Sep 1957; POB Benghazi, Libya; nationality United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABD'RABBAH, Ghuma (a.k.a. ABDRABBA, Ghoma; a.k.a. ABDRABBA, Ghunia; a.k.a. ABDURABBA, Ghunia; a.k.a. "ABD'RABBAH"; a.k.a. "ABU JAMIL"), Birmingham, United Kingdom; DOB 02 Sep 1957; POB Benghazi, Libya; nationality United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDRAKHMANOV, Farid Khabibullovich (a.k.a. ABDRAKHMANOV, Faryd Khabybullovych), Russia; DOB 22 Oct 1954; POB Zelenodolsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 666301586521 (Russia) (individual) [RUSSIA-EO14024].

ABDRAKHMANOV, Faryd Khabybullovych (a.k.a. ABDRAKHMANOV, Farid Khabibullovich), Russia; DOB 22 Oct 1954; POB Zelenodolsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 666301586521 (Russia) (individual) [RUSSIA-EO14024].

ABDU SHAKUR, Anas (a.k.a. AL-ABBOUBI, Anas; a.k.a. EL ABBOUBI, Anas; a.k.a. EL-ABBOUBI, Anas; a.k.a. SHAKUR, Anas; a.k.a. "Abu Rawaha the Italian"; a.k.a. "Abu the Italian"; a.k.a. "AL-ITALY, Anas"; a.k.a. "Mc Khalifh"; a.k.a. "Mc Khaliph"; a.k.a. "McKhalif"; a.k.a. "Rawaha al Itali"), Aleppo, Syria; DOB 01 Oct 1992 to 31 Oct 1992; POB Marrakech, Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

'ABDU, Muhammad Jamal (a.k.a. ABDU, Muhammad Jamal Ahmad; a.k.a. ABDUH, Mohammad Jamal; a.k.a. AHMAD, Muhammad Gamal Abu; a.k.a. AHMAD, Muhammad Jamal Abu; a.k.a. AHMED, Mohammad Jamal Abdo; a.k.a. AL KASHEF, Muhammad Jamal; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-Al Rahim; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-al Rahim Ahmad; a.k.a. AL-MASRI, Abu Ahmad; a.k.a. JAMAL, Muhammad); DOB 01 Jan 1964; alt. DOB 01 Feb 1964; POB Cairo, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDU, Muhammad Jamal Ahmad (a.k.a. 'ABDU, Muhammad Jamal; a.k.a. ABDUH, Mohammad Jamal; a.k.a. AHMAD, Muhammad Gamal Abu; a.k.a. AHMAD, Muhammad Jamal Abu; a.k.a. AHMED, Mohammad Jamal Abdo; a.k.a. AL KASHEF, Muhammad Jamal; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-Al Rahim; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-al Rahim Ahmad; a.k.a. AL-MASRI, Abu Ahmad; a.k.a. JAMAL, Muhammad); DOB 01 Jan 1964; alt. DOB 01 Feb 1964; POB Cairo, Egypt;

nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDUH, Mohammad Jamal (a.k.a. 'ABDU, Muhammad Jamal; a.k.a. ABDU, Muhammad Jamal Ahmad; a.k.a. AHMAD, Muhammad Gamal Abu; a.k.a. AHMAD, Muhammad Jamal Abu; a.k.a. AHMED, Mohammad Jamal Abdo; a.k.a. AL KASHEF, Muhammad Jamal; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-Al Rahim; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-al Rahim Ahmad; a.k.a. AL-MASRI, Abu Ahmad; a.k.a. JAMAL, Muhammad); DOB 01 Jan 1964; alt. DOB 01 Feb 1964; POB Cairo, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDUKADIR, Abdukadir Mohamed (a.k.a. ABDIKADIR, Abdikadir Mohamed; a.k.a. ABDULKADIR, Abdulkadir Mohamed; a.k.a. "IKRIMA"), Somalia; DOB 1985; POB Somalia; nationality Kenya; citizen Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

ABDUL AL MAJID, Afif (a.k.a. ABDUL MADJID, Afif; a.k.a. ABDUL MAJID, Afif; a.k.a. BIN ABDUL MADJID, Afief; a.k.a. BIN ABDUL MAJID, Afif); DOB 26 Apr 1952; POB Pacitan, East Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDUL BASEER, Abdul Qadeer Basir (a.k.a. AHMAT, Abdul Qadir; a.k.a. BASIR, Abdul Qadir; a.k.a. HAQQANI, Abdul Qadir; a.k.a. QADIR, Abdul; a.k.a. "Nasibullah"), Peshawar, Pakistan; DOB 1964; POB Nangarhar Province, Afghanistan; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D000974 (Afghanistan) (individual) [SDGT] (Linked To: TALIBAN).

ABDUL DA'IM NASRALLAH, Mohammed Ahmed (a.k.a. ABD EL DAIM, Mohamed Ahmed; a.k.a. 'ABD-AL-DA'IM, Muhammad Ahmad; a.k.a. 'ABD-AL-DAYIM NASRALLAH, Muhammad Ahmad (Arabic: محمد أحمد عبد الدايم نصرالله); a.k.a. ABID AL DAIM NASR ALLAH, Mohammad Ahmad; a.k.a. ABID ALDAIM NASR ALLAH, Mohammad Ahmad; a.k.a.

NASRALLAH, Mohammed; a.k.a. NASRALLAH, Muhammad; a.k.a. "NASR, Muhammad"), Qatar; DOB 03 Oct 1964; POB Aqbat Jabr, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9641032658 (Jordan); Identification Number 103185046 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

ABDUL HAMEED AL ASADI, Makki Kadhim (a.k.a. 'ABD AL-HAMID AL-ASADI, Makki Kazim), Basrah, Iraq; DOB 10 Oct 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ABDUL HAMEED SHAHABUDDAIN (a.k.a. ABDUL HAMEED SHAHABUDDIN; a.k.a. ABDUL HAMEED SHAHAB-UD-DIN; a.k.a. ABDUL HAMEED SHAHAB-U-DIN), 2-Chamberlain Road, Lahore, Pakistan; 2-Chamberlain Road, 54000, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: SHEIKH, Muhammad Naeem).

ABDUL HAMEED SHAHABUDDIN (a.k.a. ABDUL HAMEED SHAHABUDDAIN; a.k.a. ABDUL HAMEED SHAHAB-UD-DIN; a.k.a. ABDUL HAMEED SHAHAB-U-DIN), 2-Chamberlain Road, Lahore, Pakistan; 2-Chamberlain Road, 54000, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: SHEIKH, Muhammad Naeem).

ABDUL HAMEED SHAHAB-UD-DIN (a.k.a. ABDUL HAMEED SHAHABUDDAIN; a.k.a. ABDUL HAMEED SHAHABUDDIN; a.k.a. ABDUL HAMEED SHAHAB-U-DIN), 2-Chamberlain Road, Lahore, Pakistan; 2-Chamberlain Road, 54000, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: SHEIKH, Muhammad Naeem).

ABDUL HAMEED SHAHAB-U-DIN (a.k.a. ABDUL HAMEED SHAHABUDDAIN; a.k.a. ABDUL HAMEED SHAHABUDDIN; a.k.a. ABDUL HAMEED SHAHAB-UD-DIN), 2-Chamberlain Road, Lahore, Pakistan; 2-

Chamberlain Road, 54000, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: SHEIKH, Muhammad Naeem).

ABDUL KARIM CONTEH HUMAN SMUGGLING ORGANIZATION, Tijuana, Baja California, Mexico; Target Type Criminal Organization [TCO].

ABDUL KHALED, Adel Mohamed Mahmood (a.k.a. ABD AL-KHALIQ, Adil Muhammad Mahmud; a.k.a. ABDUL KHALIQ, Adel Mohamed Mahmoud); DOB 02 Mar 1984; POB Bahrain; nationality Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1632207 (Bahrain) (individual) [SDGT].

ABDUL KHALIQ, Adel Mohamed Mahmoud (a.k.a. ABD AL-KHALIQ, Adil Muhammad Mahmud; a.k.a. ABDUL KHALED, Adel Mohamed Mahmood); DOB 02 Mar 1984; POB Bahrain; nationality Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1632207 (Bahrain) (individual) [SDGT].

ABDUL MADJID, Afif (a.k.a. ABDUL AL MAJID, Afif; a.k.a. ABDUL MAJID, Afif; a.k.a. BIN ABDUL MADJID, Afief; a.k.a. BIN ABDUL MAJID, Afif); DOB 26 Apr 1952; POB Pacitan, East Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDUL MAJID, Afif (a.k.a. ABDUL AL MAJID, Afif; a.k.a. ABDUL MADJID, Afif; a.k.a. BIN ABDUL MADJID, Afief; a.k.a. BIN ABDUL MAJID, Afif); DOB 26 Apr 1952; POB Pacitan, East Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDUL RAHIM, Ali Mohamad, Trsv 44, No. 45a - 19, Colombia; DOB 16 Sep 1968; nationality Lebanon; citizen Colombia; Cedula No. 310221 (Colombia); Passport 1505015 (Lebanon) (individual) [SDNT].

ABDUL RAHMAN, Mohamad Iqbal (a.k.a. A RAHMAN, Mohamad Iqbal; a.k.a. ABDURRAHMAN, Abu Jibril; a.k.a. ABDURRAHMAN, Mohamad Iqbal; a.k.a. MUQTI, Fihiruddin; a.k.a. MUQTI, Fikiruddin; a.k.a. RAHMAN, Mohamad Iqbal; a.k.a. "ABU JIBRIL"), Jalan Nakula, Komplek Witana Harja

III, Blok C 106-107, Pamulang, Tangerang, Indonesia; DOB 17 Aug 1957; alt. DOB 17 Aug 1958; POB Korleko-Lombok Timur, Indonesia; alt. POB Tirpas-Selong Village, East Lombok, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3603251708570001 (individual) [SDGT].

ABDUL RAHMAN, Muhammad Jibriel (a.k.a. ABDUL RAHMAN, Muhammad Jibril; a.k.a. ABDURRAHMAN, Mohammad Jibriel; a.k.a. ABDURRAHMAN, Mohammad Jibril; a.k.a. ARDHAN BIN ABU JIBRIL, Muhammad Ricky; a.k.a. ARDHAN BIN MUHAMMAD IQBAL, Muhammad Ricky; a.k.a. ARDHAN, Muhamad Ricky; a.k.a. "SYAH, Heris"; a.k.a. "YUNUS, Muhammad"), Jl. M Saidi RT 010 RW 001 Pesanggrahan, South Petukangan, South Jakarta, Indonesia; Jl. Nakula of Witana Harja Complex, Block C, Pamulang, Tangerang, Banten, Indonesia; DOB 28 May 1984; alt. DOB 03 Dec 1979; alt. DOB 08 Aug 1980; alt. DOB 03 Mar 1979; POB East Lombok, West Nusa Tenggara, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport S335026 (Indonesia); National ID No. 3219222002.2181558; Identification Number 2181558 (individual) [SDGT].

ABDUL RAHMAN, Muhammad Jibril (a.k.a. ABDUL RAHMAN, Muhammad Jibriel; a.k.a. ABDURRAHMAN, Mohammad Jibriel; a.k.a. ABDURRAHMAN, Mohammad Jibril; a.k.a. ARDHAN BIN ABU JIBRIL, Muhammad Ricky; a.k.a. ARDHAN BIN MUHAMMAD IQBAL, Muhammad Ricky; a.k.a. ARDHAN, Muhamad Ricky; a.k.a. "SYAH, Heris"; a.k.a. "YUNUS, Muhammad"), Jl. M Saidi RT 010 RW 001 Pesanggrahan, South Petukangan, South Jakarta, Indonesia; Jl. Nakula of Witana Harja Complex, Block C, Pamulang, Tangerang, Banten, Indonesia; DOB 28 May 1984; alt. DOB 03 Dec 1979; alt. DOB 08 Aug 1980; alt. DOB 03 Mar 1979; POB East Lombok, West Nusa Tenggara, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport S335026 (Indonesia); National ID No. 3219222002.2181558; Identification Number 2181558 (individual) [SDGT].

ABDULAHI FARD, Hojat (Arabic: حجت عبدالهی فرد) (a.k.a. ABDOLLAHI FARD, Hojjat; a.k.a.

ABDOLLAHIFARD, Hojat), Tehran, Iran; DOB 22 Dec 1964; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4072184535 (Iran) (individual) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: SAHARA THUNDER).

ABDULAHI, Asad (a.k.a. ABDILLAHI, Abshir; a.k.a. ABDULI, Aburashid Abdulahi; a.k.a. ABDULLAHI, Abshir; a.k.a. BOYAH, Abshir; a.k.a. "BOOYAH"; a.k.a. "BOYAH"), Eyl, Somalia; Garowe, Somalia; DOB circa 1966; POB Eyl, Somalia (individual) [SOMALIA].

ABDULASATTAR (a.k.a. BARAKZAI, Haji Abdul Sattar; a.k.a. BARAKZAI, Haji Satar; a.k.a. MANAN, Haji Abdul Satar Haji Abdul; a.k.a. SATAR, Haji Abdul), Kachray Road, Pashtunabad, Quetta, Balochistan Province, Pakistan; Nasrullah Khan Chowk, Pashtunabad Area, Balochistan Province, Pakistan; Chaman, Balochistan Province, Pakistan; Abdul Satar Food Shop, Eno Mina 0093, Kandahar, Afghanistan; DOB 1964; POB Mirmandaw Village, Nahr-e Saraj District, Helmand Province, Afghanistan; alt. POB Qilla Abdullah, Pakistan; alt. POB Mirmadaw Village, Gereshk District, Helmand Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AM5421691 (Pakistan) expires 11 Aug 2013; National ID No. 5420250161699 (Pakistan); alt. National ID No. 585629 (Afghanistan) (individual) [SDGT] (Linked To: HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE; Linked To: TALIBAN).

ABDULI, Aburashid Abdulahi (a.k.a. ABDILLAHI, Abshir; a.k.a. ABDULAHI, Asad; a.k.a. ABDULLAHI, Abshir; a.k.a. BOYAH, Abshir; a.k.a. "BOOYAH"; a.k.a. "BOYAH"), Eyl, Somalia; Garowe, Somalia; DOB circa 1966; POB Eyl, Somalia (individual) [SOMALIA].

ABDULKADIR, Abdulkadir Mohamed (a.k.a. ABDIKADIR, Abdikadir Mohamed; a.k.a. ABDUKADIR, Abdukadir Mohamed; a.k.a. "IKRIMA"), Somalia; DOB 1985; POB Somalia; nationality Kenya; citizen Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

ABDULKARIM ALI, Ali (a.k.a. ABD-AL-KARIM ALI, Ali; a.k.a. ABD-AL-KARIM, Ali; a.k.a. ABDULKARIM, Ali; a.k.a. KARIM ALI, Ali Abdel;

a.k.a. KARIM ALI, Ali Abdul; a.k.a. KARIM, Ali Abdul); DOB 1953; POB Latakia Governorate, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

ABDULKARIM, Ali (a.k.a. ABD-AL-KARIM ALI, Ali; a.k.a. ABD-AL-KARIM, Ali; a.k.a. ABDULKARIM ALI, Ali; a.k.a. KARIM ALI, Ali Abdel; a.k.a. KARIM ALI, Ali Abdul; a.k.a. KARIM, Ali Abdul); DOB 1953; POB Latakia Governorate, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

ABDULLA, Shareef (a.k.a. SHAREEF, Abdulla), Felividhuvaruge, Thimarafushi, Maldives; DOB 11 Jun 1986; POB Thimarafushi, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. A141872 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ABDULLAH AL MAMUN, Chowdhury (a.k.a. AL-MAMUN, Chowdhury Abdullah), Bangladesh; DOB 12 Jan 1964; POB Sunamganj, Bangladesh; nationality Bangladesh; Gender Male; National ID No. 8224061617 (Bangladesh) (individual) [GLOMAG] (Linked To: RAPID ACTION BATTALION).

ABDULLAH ALI, Qassim (a.k.a. ABDULLAH, Qassim; a.k.a. AHMED, Qassim Abdullah Ali; a.k.a. AL MUAMEN, Qassim; a.k.a. AL-MUAMEN, Qassim), Iran; DOB 1989; alt. DOB 1988; alt. DOB 1990; alt. DOB 08 Sep 1989; POB Sitrah, Bahrain; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1948673 (Bahrain) issued 18 Oct 2010 expires 18 Oct 2020; National ID No. 890906491 (Bahrain) (individual) [SDGT] (Linked To: AL-ASHTAR BRIGADES).

ABDULLAH AZZAM BRIGADES (a.k.a. ABDALLAH AZZAM BRIGADES; a.k.a. MARWAN HADID BRIGADE; a.k.a. MARWAN HADID BRIGADES; a.k.a. YUSUF AL-'UYAYRI BATTALIONS OF THE ABDULLAH AZZAM BRIGADES; a.k.a. ZIYAD AL-JARRAH BATTALIONS OF THE ABDULLAH AZZAM BRIGADES), Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ABDULLAH SAHIB, Amir (a.k.a. ABDULLAH, Amir); DOB 1972; POB Paktika Province, Afghanistan; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDULLAH, Abdullah Ahmed (a.k.a. AL-MASRI, Abu Mohamed; a.k.a. "ABU MARIAM"; a.k.a. "SALEH"), Afghanistan; DOB 1963; POB Egypt; citizen Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

'ABDULLAH, 'Ali Zafir (a.k.a. AL-BAYJAT, Bashar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashar Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashir Sab'awi Ibrahim Al-Hasan; a.k.a. AL-TIKRITI, Bashir Sabawi Ibrahim Al-Hassan), Fuad Dawod Farm, Az Zabadani, Damascus, Syria; Beirut, Lebanon; DOB 17 Jul 1970; POB Baghdad, Iraq; nationality Iraq (individual) [IRAQ2].

ABDULLAH, Amir (a.k.a. ABDULLAH SAHIB, Amir); DOB 1972; POB Paktika Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDULLAH, Dr. Ramadan (a.k.a. ABDALLAH, Ramadan; a.k.a. SHALLAH, Dr. Ramadan Abdullah; a.k.a. SHALLAH, Ramadan Abdalla Mohamed), Damascus, Syria; DOB 01 Jan 1958; POB Gaza City, Gaza Strip; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 265 216 (Egypt); SSN 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 (United States); Secretary General of the PALESTINIAN ISLAMIC JIHAD (individual) [SDGT].

ABDULLAH, Mian (a.k.a. SHABBIR, Abu Saad; a.k.a. SHABIR, Abu Sa'ad; a.k.a. SHABIR, Abu Saad; a.k.a. "SHABIR, Ustad"); DOB 1973; alt. DOB 1972; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; From: Bahawalpur, Punjab Province, Pakistan (individual) [SDGT].

ABDULLAH, Qassim (a.k.a. ABDULLAH ALI, Qassim; a.k.a. AHMED, Qassim Abdullah Ali; a.k.a. AL MUAMEN, Qassim; a.k.a. AL-MUAMEN, Qassim), Iran; DOB 1989; alt. DOB 1988; alt. DOB 1990; alt. DOB 08 Sep 1989; POB Sitrah, Bahrain; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1948673 (Bahrain) issued 18 Oct 2010 expires 18 Oct 2020; National ID No. 890906491 (Bahrain) (individual) [SDGT] (Linked To: AL-ASHTAR BRIGADES).

ABDULLAH, Qazi (a.k.a. 'ABD AL-SALAM, Said Jan; a.k.a. 'ABDALLAH, Qazi; a.k.a. 'ABD-AL-SALAM, Sa'id Jan; a.k.a. CAIRO, Aziz; a.k.a. JHAN, Said; a.k.a. KHAN, Farhan; a.k.a. SA'ID JAN, Qasi; a.k.a. WALID, Ibrahim; a.k.a. ZAIN KHAN, Dilawar Khan; a.k.a. "NANGIALI"); DOB 05 Feb 1981; alt. DOB 01 Jan 1972; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport OR801168 (Afghanistan) issued 28 Feb 2006 expires 27 Feb 2011; alt. Passport 4117921 (Pakistan) issued 09 Sep 2008 expires 09 Sep 2013; National ID No. 281020505755 (Kuwait); Passport OR801168 and Kuwaiti National ID No. 281020505755 issued under the name Said Jan 'Abd al-Salam; Passport 4117921 issued under the name Dilawar Khan Zain Khan (individual) [SDGT].

ABDULLAH, Sayed (a.k.a. ASADULLAH, Syed), Islamabad, Pakistan; DOB 04 Jan 1964; POB Karachi, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport AD1876722 (Pakistan) issued 12 Aug 2010 expires 11 Aug 2015; Identification Number 6110164716723 (Pakistan) (individual) [RUSSIA-EO14024] (Linked To: HU, Xiaoxun).

ABDULLAH, Sheikh Taysir (a.k.a. ABU SITTA, Subhi; a.k.a. AL-MASRI, Abu Hafs; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. "ABU HAFS"; a.k.a. "TAYSIR"); DOB 1951; alt. DOB 1956; alt. DOB 1944; POB Alexandria, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDULLAHI, Abdulkadir Omar (a.k.a. ABDILAHI, Abdi Xamiid Omar; a.k.a. OMAR, Abdullahi Abdul Kadir), Uganda; DOB 01 Jan 1962; POB Mandera, Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BK042853 (Kenya) (individual) [SDGT] (Linked To: AL-SHABAAB).

ABDULLAHI, Abshir (a.k.a. ABDILLAHI, Abshir; a.k.a. ABDULAHI, Asad; a.k.a. ABDULI, Aburashid Abdulahi; a.k.a. BOYAH, Abshir; a.k.a. "BOOYAH"; a.k.a. "BOYAH"), Eyl, Somalia; Garowe, Somalia; DOB circa 1966; POB Eyl, Somalia (individual) [SOMALIA].

ABDULLAHI, Mustafa (a.k.a. ABDOLLAHI, Hamed); DOB 11 Aug 1960; citizen Iran;

Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D9004878 (individual) [SDGT] [IRGC] [IFSR].

ABDULMALIK, Abdul Hameed (a.k.a. MALIK, Assim Mohammed Rafiq Abdul; a.k.a. RAFIQ, Assem), 14 Almotaz Sad Al Deen Street, Al Nozha, Cairo, Egypt (individual) [IRAQ2].

ABDULROHMAN, Oman (a.k.a. ABDURAHMAN, Aman; a.k.a. ABDURRACHMAN, Aman; a.k.a. ABDURRAHMAN AL-ARKHABILIY, Abu Sulaiman Aman; a.k.a. ABDURRAHMAN, Aman; a.k.a. ABDURRAHMAN, Oman; a.k.a. RAHMAN, Aman Abdul; a.k.a. RAHMAN, Oman; a.k.a. ROCHMAN, Oman), Pasir Putih Prison, Nusa Kambangan Island, Indonesia; DOB 05 Jan 1972; POB Sumedang, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Ustadz (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ABDULSALAM, Mohammad (Arabic: محمد عبد السلام) (a.k.a. ABD AL-SALAM, Muhammad; a.k.a. FELIATAH, Abdulsalam Salah Ahmed; a.k.a. FLEETAH, Abdel Salam; a.k.a. FLEETAH, Abdulsalam Saleh Ahmed Abdullah (Arabic: عبدالسلام صلاح احمد عبداللة فلیتة); a.k.a. "ABU YASSER"), Muscat, Oman; DOB 02 Apr 1981; POB Al-Qalaa, Razih District, Saada Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00020255 (Yemen) expires 17 Feb 2017 (individual) [SDGT] (Linked To: ANSARALLAH).

ABDULWADOD, Wail Mohammed Saeed (a.k.a. ABD-AL-WADUD, Wail Muhammad Said), Yemen; DOB 10 Feb 1994; POB Hodaidah, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 07872046 (Yemen) expires 25 Jul 2028 (individual) [SDGT] (Linked To: ANSARALLAH).

ABDURABBA, Ghunia (a.k.a. ABDRABBA, Ghoma; a.k.a. ABDRABBA, Ghunia; a.k.a. ABD'RABBAH, Ghuma; a.k.a. "ABD'RABBAH"; a.k.a. "ABU JAMIL"), Birmingham, United Kingdom; DOB 02 Sep 1957; POB Benghazi, Libya; nationality United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDURAHAMAN, Suhayl (a.k.a. ABD EL-RAHMAN, Suhayl Salim; a.k.a. AL-SUDANI, Abu Faris; a.k.a. FARIS, Abu; a.k.a. MUHAMMAD, Sahib; a.k.a. MUHAMMAD, Suhayl Salim; a.k.a. SALIM, Suhayl; a.k.a. UL-ABIDEEN, Zain; a.k.a. ZAYN, Haytham; a.k.a. "SABA"; a.k.a. "SANA"; a.k.a. "SUNDUS"); DOB 17 Jun 1984; alt. DOB 1990; POB Rabak, Sudan; Passport C0004350; Personal ID Card A00710804 (individual) [SOMALIA].

ABDURAHMAN, Aman (a.k.a. ABDULROHMAN, Oman; a.k.a. ABDURRACHMAN, Aman; a.k.a. ABDURRAHMAN AL-ARKHABILIY, Abu Sulaiman Aman; a.k.a. ABDURRAHMAN, Aman; a.k.a. ABDURRAHMAN, Oman; a.k.a. RAHMAN, Aman Abdul; a.k.a. RAHMAN, Oman; a.k.a. ROCHMAN, Oman), Pasir Putih Prison, Nusa Kambangan Island, Indonesia; DOB 05 Jan 1972; POB Sumedang, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Ustadz (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ABDURAKHMANOV, Maghomed Maghomedzakirovich (a.k.a. "Abu al Banat"; a.k.a. "Abu Banat"), Turkey; Syria; DOB 24 Nov 1974; POB Khadzhalmahi Village, Levashinskiy District, Republic of Dagestan, Russia; citizen Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 515458008 (Russia) expires 30 May 2017; alt. Passport 8200203535 (Russia) (individual) [SDGT].

ABDUREHMAN, Ahmed Mohammed (a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED HAMED"; a.k.a. "AHMED THE EGYPTIAN"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABDURRACHMAN, Aman (a.k.a. ABDULROHMAN, Oman; a.k.a. ABDURAHMAN, Aman; a.k.a. ABDURRAHMAN AL-ARKHABILIY, Abu Sulaiman Aman; a.k.a. ABDURRAHMAN, Aman; a.k.a. ABDURRAHMAN, Oman; a.k.a. RAHMAN, Aman Abdul; a.k.a. RAHMAN,

Oman; a.k.a. ROCHMAN, Oman), Pasir Putih Prison, Nusa Kambangan Island, Indonesia; DOB 05 Jan 1972; POB Sumedang, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Ustadz (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ABDURRAHMAN AL-ARKHABILIY, Abu Sulaiman Aman (a.k.a. ABDULROHMAN, Oman; a.k.a. ABDURAHMAN, Aman; a.k.a. ABDURRACHMAN, Aman; a.k.a. ABDURRAHMAN, Aman; a.k.a. ABDURRAHMAN, Oman; a.k.a. RAHMAN, Aman Abdul; a.k.a. RAHMAN, Oman; a.k.a. ROCHMAN, Oman), Pasir Putih Prison, Nusa Kambangan Island, Indonesia; DOB 05 Jan 1972; POB Sumedang, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Ustadz (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ABDURRAHMAN, Abu Jibril (a.k.a. A RAHMAN, Mohamad Iqbal; a.k.a. ABDUL RAHMAN, Mohamad Iqbal; a.k.a. ABDURRAHMAN, Mohamad Iqbal; a.k.a. MUQTI, Fihiruddin; a.k.a. MUQTI, Fikiruddin; a.k.a. RAHMAN, Mohamad Iqbal; a.k.a. "ABU JIBRIL"), Jalan Nakula, Komplek Witana Harja III, Blok C 106-107, Pamulang, Tangerang, Indonesia; DOB 17 Aug 1957; alt. DOB 17 Aug 1958; POB Korleko-Lombok Timur, Indonesia; alt. POB Tirpas-Selong Village, East Lombok, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3603251708570001 (individual) [SDGT].

ABDURRAHMAN, Aman (a.k.a. ABDULROHMAN, Oman; a.k.a. ABDURAHMAN, Aman; a.k.a. ABDURRACHMAN, Aman; a.k.a. ABDURRAHMAN AL-ARKHABILIY, Abu Sulaiman Aman; a.k.a. ABDURRAHMAN, Oman; a.k.a. RAHMAN, Aman Abdul; a.k.a. RAHMAN, Oman; a.k.a. ROCHMAN, Oman), Pasir Putih Prison, Nusa Kambangan Island, Indonesia; DOB 05 Jan 1972; POB Sumedang, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Ustadz (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ABDURRAHMAN, Mohamad Iqbal (a.k.a. A RAHMAN, Mohamad Iqbal; a.k.a. ABDUL RAHMAN, Mohamad Iqbal; a.k.a. ABDURRAHMAN, Abu Jibril; a.k.a. MUQTI, Fihiruddin; a.k.a. MUQTI, Fikiruddin; a.k.a. RAHMAN, Mohamad Iqbal; a.k.a. "ABU JIBRIL"), Jalan Nakula, Komplek Witana Harja III, Blok C 106-107, Pamulang, Tangerang, Indonesia; DOB 17 Aug 1957; alt. DOB 17 Aug 1958; POB Korleko-Lombok Timur, Indonesia; alt. POB Tirpas-Selong Village, East Lombok, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3603251708570001 (individual) [SDGT].

ABDURRAHMAN, Mohammad Jibriel (a.k.a. ABDUL RAHMAN, Muhammad Jibriel; a.k.a. ABDUL RAHMAN, Muhammad Jibril; a.k.a. ABDURRAHMAN, Mohammad Jibril; a.k.a. ARDHAN BIN ABU JIBRIL, Muhammad Ricky; a.k.a. ARDHAN BIN MUHAMMAD IQBAL, Muhammad Ricky; a.k.a. ARDHAN, Muhamad Ricky; a.k.a. "SYAH, Heris"; a.k.a. "YUNUS, Muhammad"), Jl. M Saidi RT 010 RW 001 Pesanggrahan, South Petukangan, South Jakarta, Indonesia; Jl. Nakula of Witana Harja Complex, Block C, Pamulang, Tangerang, Banten, Indonesia; DOB 28 May 1984; alt. DOB 03 Dec 1979; alt. DOB 08 Aug 1980; alt. DOB 03 Mar 1979; POB East Lombok, West Nusa Tenggara, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport S335026 (Indonesia); National ID No. 3219222002.2181558; Identification Number 2181558 (individual) [SDGT].

ABDURRAHMAN, Mohammad Jibril (a.k.a. ABDUL RAHMAN, Muhammad Jibriel; a.k.a. ABDUL RAHMAN, Muhammad Jibril; a.k.a. ABDURRAHMAN, Mohammad Jibriel; a.k.a. ARDHAN BIN ABU JIBRIL, Muhammad Ricky; a.k.a. ARDHAN BIN MUHAMMAD IQBAL, Muhammad Ricky; a.k.a. ARDHAN, Muhamad Ricky; a.k.a. "SYAH, Heris"; a.k.a. "YUNUS, Muhammad"), Jl. M Saidi RT 010 RW 001 Pesanggrahan, South Petukangan, South Jakarta, Indonesia; Jl. Nakula of Witana Harja Complex, Block C, Pamulang, Tangerang, Banten, Indonesia; DOB 28 May 1984; alt. DOB 03 Dec 1979; alt. DOB 08 Aug 1980; alt. DOB 03 Mar 1979; POB East Lombok, West Nusa Tenggara, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport S335026 (Indonesia); National ID No. 3219222002.2181558; Identification Number 2181558 (individual) [SDGT].

ABDURRAHMAN, Oman (a.k.a. ABDULROHMAN, Oman; a.k.a. ABDURAHMAN, Aman; a.k.a. ABDURRACHMAN, Aman; a.k.a. ABDURRAHMAN AL-ARKHABILIY, Abu Sulaiman Aman; a.k.a. ABDURRAHMAN, Aman; a.k.a. RAHMAN, Aman Abdul; a.k.a. RAHMAN, Oman; a.k.a. ROCHMAN, Oman), Pasir Putih Prison, Nusa Kambangan Island, Indonesia; DOB 05 Jan 1972; POB Sumedang, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Ustadz (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ABED, Abdolreza (a.k.a. ABED, Abdul Reza; a.k.a. ABEDZADEH, Abdolreza (Arabic: عبدالرضا عابدزاده)), Iran; DOB 31 Oct 1962; POB Ahwaz, Khuzestan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T47386686 (Iran) expires 15 Dec 2023; National ID No. 1756451699 (Iran) (individual) [SDGT] [IFSR] (Linked To: KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH).

ABED, Abdul Reza (a.k.a. ABED, Abdolreza; a.k.a. ABEDZADEH, Abdolreza (Arabic: عبدالرضا عابدزاده)), Iran; DOB 31 Oct 1962; POB Ahwaz, Khuzestan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T47386686 (Iran) expires 15 Dec 2023; National ID No. 1756451699 (Iran) (individual) [SDGT] [IFSR] (Linked To: KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH).

ABED, Ahmed Abdullah (a.k.a. AL-JUBOURI, Ahmad Abdullah; a.k.a. AL-JUBOURI, Ahmed; a.k.a. KHALAF, Ahmed Abdullah Abid; a.k.a. "Abu Mazen"; a.k.a. "Abu Mazin"), Iraq; DOB 01 Jul 1967; POB Baghdad, Iraq; nationality Iraq; Gender Male; Passport D1017310 (Iraq) expires 14 Apr 2025; National ID No. 00318953 (Iraq) (individual) [GLOMAG].

ABEDINEJAD, Alireza (Arabic: علیرضا عابدی نژاد), Tehran, Iran; DOB 16 Apr 1974; POB Shahre Rey, Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0491500998 (Iran) (individual) [IRAN-EO13846] (Linked To: DOURAN SOFTWARE TECHNOLOGIES).

ABEDINI NAJAFABADI, Mohammad (a.k.a. ABEDININAJAFABADI, Mohammad (Arabic: محمد عابدینی نجف آبادی)), Tehran, Iran; Switzerland; DOB 14 Jan 1986; POB Ghom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0386306796 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: SANAT DANESH RAHPUYAN AFLAK COMPANY LTD).

ABEDINI, Mohammad, Iran; DOB 27 Aug 1995; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T54523589 (Iran); National ID No. 5100152982 (Iran) (individual) [IRAN-CON-ARMS-EO] (Linked To: QODS AVIATION INDUSTRIES).

ABEDININAJAFABADI, Mohammad (Arabic: محمد عابدینی نجف آبادی) (a.k.a. ABEDINI NAJAFABADI, Mohammad), Tehran, Iran; Switzerland; DOB 14 Jan 1986; POB Ghom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0386306796 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: SANAT DANESH RAHPUYAN AFLAK COMPANY LTD).

ABEDSHAHI, Omid (a.k.a. SHAHI, Omid Abded Abed), Iran; DOB 21 Jan 1983; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport B30739724 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ABEDZADEH, Abdolreza (Arabic: عبدالرضا عابدزاده) (a.k.a. ABED, Abdolreza; a.k.a. ABED, Abdul Reza), Iran; DOB 31 Oct 1962; POB Ahwaz, Khuzestan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T47386686 (Iran) expires 15 Dec 2023; National ID No. 1756451699 (Iran) (individual) [SDGT] [IFSR] (Linked To: KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH).

ABETE, Mariano; DOB 03 Apr 1991; POB Naples, Italy (individual) [TCO].

ABGO TRADING LIMITED (Chinese Traditional: 阿比購貿易有限公司), Flat 1019B, 10th Floor, Liven House, 61-63, King Yip Street, Kwun Tong, Kowloon, Hong Kong, China; Organization Established Date 05 Dec 2024; Identification Number IMO 0202023; Business Registration Number 77424792 (Hong Kong) [IRAN-EO13902].

ABHAR TECHNOLOGIES AND SERVICES PRIVATE LIMITED, Tenth Floor, Rmz Latitude, Commercial, Bellary Road, Hebbal, Bengaluru 560092, India; No 6, 80feet Road Koramangala, 4th Block, Bengaluru 560034, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. AAOCA4544Q (India); Registration Number U74999KA2016PTC093825 (India) [RUSSIA-EO14024].

ABIB, Soussou (a.k.a. HABIB, Soussou; a.k.a. SAIDOU, Habib; a.k.a. SOUSSOU, Habib), Boda, Lobaye Prefecture, Central African Republic; DOB 13 Mar 1980; nationality Central African Republic (individual) [CAR].

ABID AL DAIM NASR ALLAH, Mohammad Ahmad (a.k.a. ABD EL DAIM, Mohamed Ahmed; a.k.a. 'ABD-AL-DA'IM, Muhammad Ahmad; a.k.a. 'ABD-AL-DAYIM NASRALLAH, Muhammad Ahmad (Arabic: محمد أحمد عبد الدايم نصرالله); a.k.a. ABDUL DA'IM NASRALLAH, Mohammed Ahmed; a.k.a. ABID ALDAIM NASR ALLAH, Mohammad Ahmad; a.k.a. NASRALLAH, Mohammed; a.k.a. NASRALLAH, Muhammad; a.k.a. "NASR, Muhammad"), Qatar; DOB 03 Oct 1964; POB Aqbat Jabr, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9641032658 (Jordan); Identification Number 103185046 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

ABID ALDAIM NASR ALLAH, Mohammad Ahmad (a.k.a. ABD EL DAIM, Mohamed Ahmed; a.k.a. 'ABD-AL-DA'IM, Muhammad Ahmad; a.k.a. 'ABD-AL-DAYIM NASRALLAH, Muhammad Ahmad (Arabic: محمد أحمد عبد الدايم نصرالله); a.k.a. ABDUL DA'IM NASRALLAH, Mohammed Ahmed; a.k.a. ABID AL DAIM NASR ALLAH, Mohammad Ahmad; a.k.a. NASRALLAH, Mohammed; a.k.a. NASRALLAH, Muhammad; a.k.a. "NASR, Muhammad"), Qatar; DOB 03 Oct 1964; POB Aqbat Jabr, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; National ID No. 9641032658 (Jordan); Identification Number 103185046 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION, Pakistan; Afghanistan; United Arab Emirates [TCO].

ABID, Thakur (a.k.a. ALI, Abid; a.k.a. KHAN, Abid; a.k.a. KHAN, Abid Ali; a.k.a. "ABID"), Hakim Abad, Nowshera, KPK, Pakistan; KPK, Pakistan; DOB 13 Mar 1981; POB Nowshera, Pakistan; nationality Pakistan; citizen Pakistan; Email Address thakurabid@gmail.com; alt. Email Address pakistancopy@gmail.com; Gender Male; Passport DA 1790252 (Pakistan) (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

ABINGO DISTRIBUTORS LIMITED (Chinese Traditional: 繽購科技香港國際貿易有限公司), Rm 803, 8/F Easey Comm Bldg, 253-261 Hennessy Rd, Wanchai, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Company Number 2568101 (Hong Kong); Business Registration Number 68085539 (Hong Kong) [RUSSIA-EO14024].

ABIR, Boutros Georges (a.k.a. OBAID, Boutros George; a.k.a. OBEID, Botros Georges; a.k.a. OBEID, Boutros; a.k.a. OBEID, Boutros Georges; a.k.a. OBEID, Pierre Boutros George), Dekwaneh, Lebanon; DOB 14 Dec 1959; POB Cheyah, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0084771 (Lebanon) issued 15 Sep 2016 expires 15 Sep 2021 (individual) [SDGT] (Linked To: HIZBALLAH).

ABISOV, Sergei (a.k.a. ABISOV, Sergei Vadimovich); DOB 27 Nov 1967; POB Simferopol, Crimea, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ABISOV, Sergei Vadimovich (a.k.a. ABISOV, Sergei); DOB 27 Nov 1967; POB Simferopol, Crimea, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ABKELWADOUD, Abou Mosaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABLE FAST AIR FREIGHT LIMITED (a.k.a. ABLE FAST LOGISTICS LIMITED; a.k.a. ABLE FAST LOGISTICS SHENZHEN LIMITED; a.k.a. ABLEFAST LOGISTICS SHENZHEN LIMITED), 1702 A, Block C, Tian'an International Building, 3012 Renmin South, Luohu District, Shenzhen, China; Room 1607, 16/F, No 93-103 Wing Lok Street, Hong Kong, China; Room C, 26/F, Shield Industrial Centre, No 84-92 Chai Wan

Kok Street, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Wholesale of electronic and telecommunications equipment and parts [RUSSIA-EO14024].

ABLE FAST LOGISTICS LIMITED (a.k.a. ABLE FAST AIR FREIGHT LIMITED; a.k.a. ABLE FAST LOGISTICS SHENZHEN LIMITED; a.k.a. ABLEFAST LOGISTICS SHENZHEN LIMITED), 1702 A, Block C, Tian'an International Building, 3012 Renmin South, Luohu District, Shenzhen, China; Room 1607, 16/F, No 93-103 Wing Lok Street, Hong Kong, China; Room C, 26/F, Shield Industrial Centre, No 84-92 Chai Wan Kok Street, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Wholesale of electronic and telecommunications equipment and parts [RUSSIA-EO14024].

ABLE FAST LOGISTICS SHENZHEN LIMITED (a.k.a. ABLE FAST AIR FREIGHT LIMITED; a.k.a. ABLE FAST LOGISTICS LIMITED; a.k.a. ABLEFAST LOGISTICS SHENZHEN LIMITED), 1702 A, Block C, Tian'an International Building, 3012 Renmin South, Luohu District, Shenzhen, China; Room 1607, 16/F, No 93-103 Wing Lok Street, Hong Kong, China; Room C, 26/F, Shield Industrial Centre, No 84-92 Chai Wan Kok Street, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Wholesale of electronic and telecommunications equipment and parts [RUSSIA-EO14024].

ABLEFAST LOGISTICS SHENZHEN LIMITED (a.k.a. ABLE FAST AIR FREIGHT LIMITED; a.k.a. ABLE FAST LOGISTICS LIMITED; a.k.a. ABLE FAST LOGISTICS SHENZHEN LIMITED), 1702 A, Block C, Tian'an International Building, 3012 Renmin South, Luohu District, Shenzhen, China; Room 1607, 16/F, No 93-103 Wing Lok Street, Hong Kong, China; Room C, 26/F, Shield Industrial Centre, No 84-92 Chai Wan Kok Street, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Wholesale of electronic and telecommunications equipment and parts [RUSSIA-EO14024].

ABM CONSTRUCTION COMPANY (a.k.a. ABMC THAI SOUTH SUDAN CONSTRUCTION; a.k.a. ABMC THAI-SOUTH SUDAN CONSTRUCTION COMPANY LIMITED; a.k.a. AGGREGATE BUILDING MATERIALS CONSTRUCTION COMPANY; a.k.a. THAI SOUTH SUDAN CRUSHER, AGGREGATES, AND BUILDING MATERIALS COMPANY; a.k.a. TSSABM), Customs Area, Adjacent to the Bus Park, Juba, South Sudan; Jebel Kujur, Juba-Yei Road, South Sudan; Luri, Central Equatoria State, South Sudan [GLOMAG] (Linked To: BOL MEL, Benjamin).

ABMC THAI SOUTH SUDAN CONSTRUCTION (a.k.a. ABM CONSTRUCTION COMPANY; a.k.a. ABMC THAI-SOUTH SUDAN CONSTRUCTION COMPANY LIMITED; a.k.a. AGGREGATE BUILDING MATERIALS CONSTRUCTION COMPANY; a.k.a. THAI SOUTH SUDAN CRUSHER, AGGREGATES, AND BUILDING MATERIALS COMPANY; a.k.a. TSSABM), Customs Area, Adjacent to the Bus Park, Juba, South Sudan; Jebel Kujur, Juba-Yei Road, South Sudan; Luri, Central Equatoria State, South Sudan [GLOMAG] (Linked To: BOL MEL, Benjamin).

ABMC THAI-SOUTH SUDAN CONSTRUCTION COMPANY LIMITED (a.k.a. ABM CONSTRUCTION COMPANY; a.k.a. ABMC THAI SOUTH SUDAN CONSTRUCTION; a.k.a. AGGREGATE BUILDING MATERIALS CONSTRUCTION COMPANY; a.k.a. THAI SOUTH SUDAN CRUSHER, AGGREGATES, AND BUILDING MATERIALS COMPANY; a.k.a. TSSABM), Customs Area, Adjacent to the Bus Park, Juba, South Sudan; Jebel Kujur, Juba-Yei Road, South Sudan; Luri, Central Equatoria State, South Sudan [GLOMAG] (Linked To: BOL MEL, Benjamin).

ABNAA UL-CALIPHA (a.k.a. ISIS IN EAST AFRICA; a.k.a. ISIS-SOMALIA; a.k.a. ISLAMIC STATE IN SOMALIA; a.k.a. "ISS"), Puntland Region, Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ABNOOSH, Salar (a.k.a. ABNOUSH, Salar (Arabic: سالار آبنوش)), Iran; DOB 02 May 1962; POB Hamedan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR].

ABNOUSH, Salar (Arabic: سالار آبنوش) (a.k.a. ABNOOSH, Salar), Iran; DOB 02 May 1962; POB Hamedan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR].

ABO GHAITH, Sulaiman Jassem; DOB 14 Dec 1965; POB Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABOU DJARRAH (a.k.a. AL-TRABELSI, Mourad Ben Ali Ben Al-Basheer; a.k.a. TRABELSI, Mourad), Via Geromini 15, Cremona, Italy; DOB 20 May 1969; POB Menzel Temime, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G 827238 issued 01 Jun 1996 expires 31 May 2001; arrested 1 Apr 2003 (individual) [SDGT].

ABOU MOSSAAB, Abdelwadoud (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABOU MOSSAAH, Abdelouadoud (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL

OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABOU MOSSAB, Abdelouadoud (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel;

a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABOU SALMAN (a.k.a. AL-CHERIF, Said Ben Abdelhakim Ben Omar; a.k.a. BEN ABDELHAKIM, Cherif Said; a.k.a. "DJALLAL"; a.k.a. "YOUCEF"), Corso Lodi 59, Milan, Italy; DOB 25 Jan 1970; POB Menzel Temine, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M307968 issued 08 Sep 2001 expires 07 Sep 2006; arrested 30 Sep 2002 (individual) [SDGT].

ABOU ZEID, Abdelhamid (a.k.a. ABU ZEID, Abdelhamid; a.k.a. ADEL, Youcef; a.k.a. HAMADU, Abid; a.k.a. HAMMADOU, Abid; a.k.a. "ABU ABDELLAH"); DOB 12 Dec 1965; POB Touggourt, Ouargla, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABOUTALEBI, Ali Asghar (a.k.a. ABU TALEBI, Ali Asghar; a.k.a. ABUTALEBI, Ali Asghar), Qom, Iran; DOB 10 Aug 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0530657491 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: OJE PARVAZ MADO NAFAR COMPANY).

ABOUTALEBI, Mohammad Sadegh (a.k.a. ABUTALEBI, Mohammad Sadegh; a.k.a. ABUTALEBI, Mohammad Sadiq), Qom, Iran; DOB 22 Jun 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0530439441 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: OJE PARVAZ MADO NAFAR COMPANY).

ABOUTALEBI, Yousef (Arabic: يوسف ابو طالبی) (a.k.a. ABU-TALEBI, Yousef; a.k.a. ABUTALEBI, Yusef; a.k.a. ABU-TALEBI, Yusif), Iran; DOB 29 May 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0384284094 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ABOUTARIF, Nassif (a.k.a. BARAKAT AL FAHILIH, Nasif Jarjis; a.k.a. BARAKAT ALVAHILH, Nasif Gergers; a.k.a. BARAKAT, Nasif; a.k.a. BARAKAT, Nassif; a.k.a. BARKAT, Nasif; a.k.a. BARKAT, Nassif; a.k.a. TARIF, Abu), Fahel, Syria; Germana, Damascus, Syria; Al-Qassaa, Damascus, Syria; Al Fuhaylah, Homs, Syria; DOB 20 Jun 1971; alt. DOB 30 Nov 1970; citizen Syria; Gender Male; National ID No. 04010136281 (Syria) (individual) [TCO] (Linked To: BARAKAT TRANSNATIONAL CRIMINAL ORGANIZATION).

ABOUTORABI, Seyed Hamid, Iran; DOB 17 Aug 1991; POB Azna, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ABOUZAID EL BAYEH, Juan Manuel (a.k.a. "El Arabe"; a.k.a. "El Escorpion"; a.k.a. "El Hermano"; a.k.a. "Nene"), Mexico; DOB 24 Oct 1972; POB Guadalajara, Jalisco, Mexico; nationality Mexico; Gender Male; R.F.C. AOEJ721024NM2 (Mexico); C.U.R.P. AOBJ721024HJCBYN07 (Mexico) (individual) [SDNTK].

ABR ARVAN (a.k.a. ARVAN CLOUD; a.k.a. ARVANCLOUD; a.k.a. NAVYAN ABR ARVAN PRIVATE LIMITED COMPANY (Arabic: شرکت

نویان ابرآروان شرکت سهامی خاص); a.k.a. NOYAN ABR ARVAN CO.), No. 247, Shahid Dastgerdi (Zafar) St., Nelson Mandela Boulevard (Africa), Tehran 1917717553, Iran; Website www.arvancloud.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2015; National ID No. 14005500319 (Iran); Business Registration Number 489175 (Iran) [IRAN-EO13846].

ABR MANAGEMENT AO (Cyrillic: АБР МЕНЕДЖМЕНТ АО) (a.k.a. AKTSIONERNOE OBSHCHESTVO ABR MENEDZHMENT; a.k.a. AO ABR MANAGEMENT (Cyrillic: АО АБР МЕНЕДЖМЕНТ); a.k.a. AO ABR MENEDZHMENT; a.k.a. JOINT STOCK COMPANY ABR MANAGEMENT; a.k.a. "ABR MANAGEMENT"), ul. Graftio, d. 7 litera A, g. Sankt-Peterburg 197022, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7842467053 (Russia); Registration Number 1117847707383 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: BANK ROSSIYA).

ABRAMCHENKO, Viktoria Valerievna (a.k.a. ABRAMCHENKO, Viktoriya Valeriyevna (Cyrillic: АБРАМЧЕНКО, Виктория Валериевна); a.k.a. ABRAMCHENKO, Viktoriya Valeryevna), Moscow, Russia; DOB 22 May 1975; POB Chernogorsk, Khakasia Republic, Russia; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 190301150585 (Russia) (individual) [RUSSIA-EO14024].

ABRAMCHENKO, Viktoriya Valeriyevna (Cyrillic: АБРАМЧЕНКО, Виктория Валериевна) (a.k.a. ABRAMCHENKO, Viktoria Valerievna; a.k.a. ABRAMCHENKO, Viktoriya Valeryevna), Moscow, Russia; DOB 22 May 1975; POB Chernogorsk, Khakasia Republic, Russia; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 190301150585 (Russia) (individual) [RUSSIA-EO14024].

ABRAMCHENKO, Viktoriya Valeryevna (a.k.a. ABRAMCHENKO, Viktoria Valerievna; a.k.a. ABRAMCHENKO, Viktoriya Valeriyevna (Cyrillic: АБРАМЧЕНКО, Виктория Валериевна)), Moscow, Russia; DOB 22 May 1975; POB Chernogorsk, Khakasia Republic,

Russia; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 190301150585 (Russia) (individual) [RUSSIA-EO14024].

ABRAMOV, Ivan Nikolayevich (Cyrillic: АБРАМОВ, Иван Николаевич), Russia; DOB 16 Jun 1978; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ABRAMOV, Mikhail (a.k.a. BURCHIK, Mikhail Leonidovich), Russia; DOB 07 Jun 1986; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

ABRAMOV, Valeri Vyacheslavovich (a.k.a. ABRAMOV, Valerii Vyacheslavovich), St. Petersburg, Russia; 133, ul. Chernyshevskogo, Vologda, Vologodskaya Obl 160019, Russia; 122 Grazhdanskiy Prospect, Suite 5, Liter A, St. Petersburg 195267, Russia; DOB 06 Jan 1963; POB Tula, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 780201346432 (Russia); General Director (individual) [UKRAINE-EO13685] (Linked To: VAD, AO).

ABRAMOV, Valerii Vyacheslavovich (a.k.a. ABRAMOV, Valeri Vyacheslavovich), St. Petersburg, Russia; 133, ul. Chernyshevskogo, Vologda, Vologodskaya Obl 160019, Russia; 122 Grazhdanskiy Prospect, Suite 5, Liter A, St. Petersburg 195267, Russia; DOB 06 Jan 1963; POB Tula, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 780201346432 (Russia); General Director (individual) [UKRAINE-EO13685] (Linked To: VAD, AO).

ABRINI, Mohamed (a.k.a. ABRINI, Mohammad; a.k.a. ABRINI, Mohammed), Belgium; DOB 27 Dec 1984; nationality Belgium; alt. nationality Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABRINI, Mohammad (a.k.a. ABRINI, Mohamed; a.k.a. ABRINI, Mohammed), Belgium; DOB 27 Dec 1984; nationality Belgium; alt. nationality Morocco; Secondary sanctions risk: section 1(b)

of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABRINI, Mohammed (a.k.a. ABRINI, Mohamed; a.k.a. ABRINI, Mohammad), Belgium; DOB 27 Dec 1984; nationality Belgium; alt. nationality Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABS ELECTROTEKHNIKA LLC (Cyrillic: OOO АБС ЭЛЕКТРОТЕХНИКА) (a.k.a. LIMITED LIABILITY COMPANY ABS ELECTROTECHNICS; f.k.a. VOLZHSKI ELEKTROSHCHIT LLC), Prospekt I.Ya.Yakovleva d. 1, Cheboksary 428020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2127328438 (Russia); Government Gazette Number 71015494 (Russia); Registration Number 1032127016107 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALL-RUSSIAN SCIENTIFIC RESEARCH DESIGN AND TECHNOLOGICAL INSTITUTE OF RELAY ENGINEERING WITH EXPERIMENTAL PRODUCTION).

ABS ZEIM AVTOMATIZATSIYA OAO (a.k.a. JSC ABS ZEIM AUTOMATION (Cyrillic: АО АБС ЗЭИМ АВТОМАТИЗАЦИЯ)), d. 1 Ivana Yakoleva Avenue, Cheboksary 428003, Russia; Prospekt I.Ya.Yakovleva d. 1, Cheboksary 428020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2128006240 (Russia); Government Gazette Number 05784911 (Russia); Registration Number 1022101130314 (Russia) [RUSSIA-EO14024] (Linked To: ASSET AUTOMATION LLC).

ABSALAN, Parviz (Arabic: پرویز آبسالان), Zahedan, Iran; DOB 11 Aug 1964; POB Zabol, Sistan and Baluchistan Province; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3670287000 (Iran); Birth Certificate Number 01764 (Iran); Deputy Commander of IRGC Salman Corps of Sistan and Baluchistan Province (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ABSOLUTBANK (a.k.a. CJSC ABSOLUTBANK; a.k.a. CLOSED JOINT STOCK COMPANY ABSOLUTBANK; a.k.a. ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ABSALYUTBANK (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АБСАЛЮТБАНК); a.k.a. ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO

ABSOLYUTBANK (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО АБСОЛЮТБАНК); a.k.a. ZAO ABSOLYUTBANK (Cyrillic: ЗАО АБСОЛЮТБАНК); a.k.a. ZAT ABSALYUTBANK (Cyrillic: ЗАТ АБСАЛЮТБАНК)), 95 Nezavisimosti ave, Minsk 220023, Belarus; SWIFT/BIC ABLTBY22; Website www.absolutbank.by; Organization Established Date 30 Mar 2000; Target Type Financial Institution; Registration Number 100331707 (Belarus) [BELARUS-EO14038].

ABSOLUTE CHAMPIONSHIP AKHMAT (a.k.a. PROMOUTERSKAYA KOMPANIYA ABSOLYUTNY CHEMPIONAT BERKUTA OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. "ACHB, PK"), d. 64 etazh 3 ofis 1, ul. Im Gairbekova Muslima Gairbekovicha, Grozny, Chechenskaya Resp. 364903, Russia; Tax ID No. 2013800375 (Russia); Registration Number 1142036002976 (Russia) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

ABTAHI, Sayyed Ali (a.k.a. ABTAHI, Seyyed Ali), Isfahan, Iran; DOB 30 May 1996; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1130373703 (Iran) (individual) [SDGT] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

ABTAHI, Seyyed Ali (a.k.a. ABTAHI, Sayyed Ali), Isfahan, Iran; DOB 30 May 1996; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1130373703 (Iran) (individual) [SDGT] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

ABU AHMED GROUP (a.k.a. AL-QA'IDA IN EGYPT; a.k.a. JAMAL NETWORK; a.k.a. MUHAMMAD JAMAL GROUP; a.k.a. MUHAMMAD JAMAL NETWORK), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ABU AL-HARETH MILITIA (a.k.a. SARAYA AL-'AREEN; a.k.a. SARAYA AL-AREEN (Arabic: سرايا العرين); a.k.a. "AL-AREEN 13"), Latakia, Syria [PAARSSR-EO13894].

ABU AL-KHAYR, Ahmad Hasan (a.k.a. ABD AL-RAHMAN, Abdullah Muhammad Rajab); DOB 03 Nov 1957; POB Kafr al-Shaykh; nationality Egypt; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABU AMAR, Yahia (a.k.a. DJOUADI, Yahia; a.k.a. "ABOU ALAM"; a.k.a. "ABU ALA"); DOB 01 Jan 1967; POB M'Hamid, Sidi Bel Abbas, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABU AMIR (a.k.a. SALEH ABU HUSSEIN, Abdul Latif A.A.; a.k.a. SALEH, Abdul Latif A.A.; a.k.a. SALEH, Abdyl Latif; a.k.a. SALEH, Dr. Abd al-Latif; a.k.a. SALEH, Dr. Abdul Latif; a.k.a. SALIH, Abd al-Latif), United Arab Emirates; DOB 05 Mar 1957; POB Baghdad, Iraq; citizen Jordan; alt. citizen Albania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D366 871 (Jordan) (individual) [SDGT].

ABU BAKAR, Mohammad Hassan (a.k.a. AL SAHRAWI, Abu Yahya Yunis; a.k.a. AL-LIBI, Abu Yahya; a.k.a. AL-LIBI, Muhammad Hasan; a.k.a. QA'ID, Hasan; a.k.a. QA'ID, Hasan Muhammad Abu Bakr; a.k.a. QAYED, Muhammad Hassan; a.k.a. RASHID, Abu Yunus; a.k.a. SHEIKH YAHYA, Abu Yahya); DOB 1963; POB Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABU BAKR, Ibrahim Ali Muhammad (a.k.a. AL-LIBI, Abd al-Muhsin; a.k.a. SABRI, Abdel Ilah; a.k.a. TANTOUCHE, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Ali Abu Bakr; a.k.a. "'ABD AL-MUHSI"; a.k.a. "'ABD AL-RAHMAN"; a.k.a. "ABU ANAS"), Johannesburg, South Africa; DOB 1966; alt. DOB 27 Oct 1969; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 203037 (Libya) (individual) [SDGT].

ABU BAKR, Sayf Boulad (Arabic: سيف بولاد أبو بكر) (a.k.a. "ABU BAKR, Saif" (Arabic: "سيف أبو بكر"); a.k.a. "BALUD, Sayf"; a.k.a. "BEKIR, Seyf Ebu"; a.k.a. "EBUBEKIR, Seyf"), Syria; DOB 1987 to 1988; POB Bza'ah, al-Bab District, Syria; nationality Syria; citizen Syria; alt. citizen Turkey; Gender Male (individual) [PAARSSR-EO13894] (Linked To: HAMZA DIVISION).

ABU DHESS, Mohamed (a.k.a. HASSAN, Yaser; a.k.a. "ABU ALI"), Holdenweg 76, Essen 45143, Germany; DOB 01 Feb 1966; POB Hashmija, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; nationality possibly Palestinian;arrested 23 Apr 2002 (individual) [SDGT].

ABU GHAZALA, Muhammad Hisham Muhammad Isma'il (a.k.a. ABU LAYTH, Mansur; a.k.a. ABU SUWAYWIN, 'Ali 'Abd Al-Rahman; a.k.a. ABU-GHAZALAH, Muhammad Hisham Isma'il; a.k.a. ABU-GHAZALAH, Muhammad Hisham Muhammad; a.k.a. AL-FILISTINI, Abu Layth; a.k.a. ISMA'IL, 'Ali 'Abd Al-Rahman; a.k.a. "ABU GHAZALA"; a.k.a. "ABU GHAZALEH"); DOB 26 Dec 1962; POB Al-Zarqa, Jordan; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9621014947 (Jordan) (individual) [SDGT].

ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS (a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ABU GREIN, Musab (a.k.a. ABU-QURAYN, Mus'ab), Sabratha, Libya; DOB 1982 to 1983; nationality Libya; Gender Male (individual) [LIBYA3].

ABU HAMMUDI AL-SHAMMARI (a.k.a. AL-SHAMMARI, Sa'ad Uwayyid 'Ubayd Mu'jil; a.k.a. SA'AD AL-SHAMMARI; a.k.a. "ABU KHALAF"; a.k.a. "SAAD OWAIED OBAID"), Tal Hamis, Syria; 'Awinat Village, Rabi'ah District, Iraq; Tal Wardan, Iraq; DOB 03 Jul 1972; POB Tal Wardan, Ninevah, Iraq; alt. POB Tal Afar, Ninevah, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABU JANDAL AL-BANGALI (a.k.a. CALIPHATE IN BANGLADESH; a.k.a. CALIPHATE'S SOLDIERS IN BANGLADESH; a.k.a. ISIS-BANGLADESH; a.k.a. ISLAMIC STATE BANGLADESH; a.k.a. ISLAMIC STATE IN BANGLADESH; a.k.a. KHALIFAH'S SOLDIERS IN BENGAL; a.k.a. NEO-JAMAAT-UL MUJAHIDEEN BANGLADESH; a.k.a. SOLDIERS OF THE CALIPHATE IN BANGLADESH; a.k.a. "ISB"; a.k.a. "ISISB"; a.k.a. "NEO-JMB"; a.k.a. "NEW-JMB"), Dhaka,

Bangladesh; Rangpur, Bangladesh; Sylhet, Bangladesh; Jhenaidah, Bangladesh; Singapore; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ABU LAYTH, Mansur (a.k.a. ABU GHAZALA, Muhammad Hisham Muhammad Isma'il; a.k.a. ABU SUWAYWIN, 'Ali 'Abd Al-Rahman; a.k.a. ABU-GHAZALAH, Muhammad Hisham Isma'il; a.k.a. ABU-GHAZALAH, Muhammad Hisham Muhammad; a.k.a. AL-FILISTINI, Abu Layth; a.k.a. ISMA'IL, 'Ali 'Abd Al-Rahman; a.k.a. "ABU GHAZALA"; a.k.a. "ABU GHAZALEH"); DOB 26 Dec 1962; POB Al-Zarqa, Jordan; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9621014947 (Jordan) (individual) [SDGT].

ABU MAJID SAMIYAH (a.k.a. AL-FADHLI, Muhsin; a.k.a. AL-FADHLI, Muhsin Fadhil 'Ayyid; a.k.a. AL-FADHLI, Muhsin Fadil Ayid Ashur; a.k.a. "ABU SAMIA"), Block Four, Street 13, House # 179, Kuwait City, Al-Riqqa area, Kuwait; DOB 24 Apr 1981; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 106261543 (Kuwait) (individual) [SDGT].

ABU MAREI, Muhammad Sami Muhammad (a.k.a. ABU MEREI, Mohammed Sami; a.k.a. ABU-MAR'I, Mohammed Sami Muhammad (Arabic: محمد سامى محمد أبومرعى); a.k.a. EBU MER'A, Muh Muhammad Sami Muhammad), Gaza; North Gaza; DOB 05 Feb 1985; alt. DOB 02 May 1985; nationality Palestinian; citizen Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 800451015 (Palestinian) (individual) [SDGT] (Linked To: AL WEAM CHARITABLE SOCIETY).

ABU MARZOOK, Mousa Mohammed (a.k.a. ABU-MARZUQ, Dr. Musa; a.k.a. ABU-MARZUQ, Sa'id; a.k.a. MARZOOK, Mousa Mohamed Abou; a.k.a. MARZOUK, Musa Abu; a.k.a. MARZUK, Musa Abu; a.k.a. "ABU-'UMAR"); DOB 09 Feb 1951; POB Gaza, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 92/664 (Egypt); SSN 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 (United States); Political Leader in Amman, Jordan and Damascus, Syria for HAMAS (individual) [SDGT].

ABU MEREI, Mohammed Sami (a.k.a. ABU MAREI, Muhammad Sami Muhammad; a.k.a.

ABU-MAR'I, Mohammed Sami Muhammad (Arabic: محمد سامى محمد أبومرعى); a.k.a. EBU MER'A, Muh Muhammad Sami Muhammad), Gaza; North Gaza; DOB 05 Feb 1985; alt. DOB 02 May 1985; nationality Palestinian; citizen Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 800451015 (Palestinian) (individual) [SDGT] (Linked To: AL WEAM CHARITABLE SOCIETY).

ABU MUSAB, Abdelwadoud (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk:

section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABU OBEIDA, Youcef (a.k.a. ABU UBAYDAH, Yusuf; a.k.a. AL 'ANABI, Abu 'Ubaydah Yusuf; a.k.a. AL-ANABI, Yusuf Abu-'Ubaydah; a.k.a. AL-ANNABI, Abou Obeida Youssef; a.k.a. AL-INABI, Abu-Ubaydah Yusuf; a.k.a. MABRAK, Yazid; a.k.a. MEBRAK, Yazid; a.k.a. YAZID, Mebrak; a.k.a. YAZID, Mibrak; a.k.a. YAZID, Yousif Abu Obayda; a.k.a. "ABOU YOUCEF"), Algeria; DOB 01 Jan 1969; POB Annaba, Algeria; citizen Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABU RAGUEB GENERAL TRADING LLC, Unit 206, Burj Nahar View Building, Omar Al Khattab Road, Deira, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Sep 1997; License 501249 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: S 7 ENGINEERING LLC).

ABU RASHED, Amin (a.k.a. ABU RASHED, Amin Ghazi), Leidschendam, South Holland, Netherlands; DOB 10 Oct 1967; POB Lebanon; nationality Netherlands; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. NRCLHD9RD (Netherlands) (individual) [SDGT] (Linked To: HAMAS).

ABU RASHED, Amin Ghazi (a.k.a. ABU RASHED, Amin), Leidschendam, South Holland, Netherlands; DOB 10 Oct 1967; POB Lebanon; nationality Netherlands; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. NRCLHD9RD (Netherlands) (individual) [SDGT] (Linked To: HAMAS).

ABU REIHAN GROUP, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

ABU SAYYAF GROUP (a.k.a. AL HARAKAT AL ISLAMIYYA); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ABU SHANAB METALS ESTABLISHMENT (a.k.a. AMIN ABU SHANAB & SONS CO.; a.k.a. AMIN ABU SHANAB AND SONS CO.; a.k.a. SHANAB METALS ESTABLISHMENT;

a.k.a. TARIQ ABU SHANAB EST.; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE & COMMERCE; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE AND COMMERCE; a.k.a. TARIQ ABU SHANAB METALS ESTABLISHMENT), Musherfeh, P.O. Box 766, Zarka, Jordan [IRAQ2].

ABU SHANAB, William (Arabic: ويليام أبة شنب) (a.k.a. ABU SHANAB, William Mahmud), Sidon, Lebanon; DOB 1985; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

ABU SHANAB, William Mahmud (a.k.a. ABU SHANAB, William (Arabic: ويليام أبة شنب)), Sidon, Lebanon; DOB 1985; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

ABU SHARIF, Nasser (Arabic: ناصر ابو شريف) (a.k.a. AL-JAMUS, 'Abd-al-Nasr Sharif; a.k.a. JAMOOS, Abdal Nasser Sharif Mohammed Said (Arabic: عبد الناصر شريف محمد سعيد جاموس)), Iran; DOB 14 Jan 1966; POB Tulkarm, West Bank; alt. POB Thennaba, West Bank; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000083063 (Palestinian) (individual) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

ABU SITTA, Subhi (a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. AL-MASRI, Abu Hafs; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. "ABU HAFS"; a.k.a. "TAYSIR"); DOB 1951; alt. DOB 1956; alt. DOB 1944; POB Alexandria, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABU SUMBOL GENERAL TRADING L.L.C (Arabic: ابو سمبل للتجارة العامة ش.ذ.م.م) (a.k.a. JANAT AL ANHAR GENERAL TRADING LLC; a.k.a. JANAT ALANHAR GENERAL TRADING L.L.C (Arabic: جنة الانهار للتجارة العامة ذ.م.م); a.k.a. JANAT AL-ANHAR TRADING COMPANY; a.k.a. JANNAH AL ANHAR GENERAL TRADING LLC), PO Box 86973, Dubai, United Arab Emirates; Deira Al Riqqa, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Organization Established Date 06 Sep 2000; alt. Organization Established Date 23 Dec 2021; Commercial Registry Number 1654359 (United Arab Emirates); License 1016292 (United Arab Emirates); Chamber of Commerce Number 383851 (United Arab Emirates); Business Registration Number 521012 (United Arab Emirates); Economic Register Number (CBLS) 10803911 (United Arab Emirates) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

ABU SUWAYWIN, 'Ali 'Abd Al-Rahman (a.k.a. ABU GHAZALA, Muhammad Hisham Muhammad Isma'il; a.k.a. ABU LAYTH, Mansur; a.k.a. ABU-GHAZALAH, Muhammad Hisham Isma'il; a.k.a. ABU-GHAZALAH, Muhammad Hisham Muhammad; a.k.a. AL-FILISTINI, Abu Layth; a.k.a. ISMA'IL, 'Ali 'Abd Al-Rahman; a.k.a. "ABU GHAZALA"; a.k.a. "ABU GHAZALEH"); DOB 26 Dec 1962; POB Al-Zarqa, Jordan; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9621014947 (Jordan) (individual) [SDGT].

ABU TALEBI, Ali Asghar (a.k.a. ABOUTALEBI, Ali Asghar; a.k.a. ABUTALEBI, Ali Asghar), Qom, Iran; DOB 10 Aug 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0530657491 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: OJE PARVAZ MADO NAFAR COMPANY).

ABU TIRA (a.k.a. CENTRAL POLICE RESERVE; a.k.a. CENTRAL RESERVE FORCES; a.k.a. CENTRAL RESERVE POLICE; a.k.a. EL ITTIHAD EL MARKAZI), Sudan; Organization Type: Public order and safety activities [GLOMAG].

ABU UBAIDAH, Ahmad Umar (a.k.a. ABDIKARIM, Sheikh Mahad Omar; a.k.a. ABU UBAIDAH, Ahmed Omar; a.k.a. ABU UBAIDAH, Sheikh Ahmad Umar; a.k.a. ABU UBAIDAH, Sheikh Ahmed Umar; a.k.a. ABU UBAIDAHA, Sheikh Omar; a.k.a. DIRIYE, Ahmed; a.k.a. DIRIYE, Mahad; a.k.a. UMAR, Sheikh Ahmed; a.k.a. "DIRIYE, Abu"; a.k.a. "UBAIDAH, Abu"; a.k.a. "UMAR, Ahmad"), Somalia; DOB 1972; POB Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABU UBAIDAH, Ahmed Omar (a.k.a. ABDIKARIM, Sheikh Mahad Omar; a.k.a. ABU UBAIDAH, Ahmad Umar; a.k.a. ABU UBAIDAH,

Sheikh Ahmad Umar; a.k.a. ABU UBAIDAH, Sheikh Ahmed Umar; a.k.a. ABU UBAIDAHA, Sheikh Omar; a.k.a. DIRIYE, Ahmed; a.k.a. DIRIYE, Mahad; a.k.a. UMAR, Sheikh Ahmed; a.k.a. "DIRIYE, Abu"; a.k.a. "UBAIDAH, Abu"; a.k.a. "UMAR, Ahmad"), Somalia; DOB 1972; POB Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABU UBAIDAH, Sheikh Ahmad Umar (a.k.a. ABDIKARIM, Sheikh Mahad Omar; a.k.a. ABU UBAIDAH, Ahmad Umar; a.k.a. ABU UBAIDAH, Ahmed Omar; a.k.a. ABU UBAIDAH, Sheikh Ahmed Umar; a.k.a. ABU UBAIDAHA, Sheikh Omar; a.k.a. DIRIYE, Ahmed; a.k.a. DIRIYE, Mahad; a.k.a. UMAR, Sheikh Ahmed; a.k.a. "DIRIYE, Abu"; a.k.a. "UBAIDAH, Abu"; a.k.a. "UMAR, Ahmad"), Somalia; DOB 1972; POB Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABU UBAIDAH, Sheikh Ahmed Umar (a.k.a. ABDIKARIM, Sheikh Mahad Omar; a.k.a. ABU UBAIDAH, Ahmad Umar; a.k.a. ABU UBAIDAH, Ahmed Omar; a.k.a. ABU UBAIDAH, Sheikh Ahmad Umar; a.k.a. ABU UBAIDAHA, Sheikh Omar; a.k.a. DIRIYE, Ahmed; a.k.a. DIRIYE, Mahad; a.k.a. UMAR, Sheikh Ahmed; a.k.a. "DIRIYE, Abu"; a.k.a. "UBAIDAH, Abu"; a.k.a. "UMAR, Ahmad"), Somalia; DOB 1972; POB Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABU UBAIDAHA, Sheikh Omar (a.k.a. ABDIKARIM, Sheikh Mahad Omar; a.k.a. ABU UBAIDAH, Ahmad Umar; a.k.a. ABU UBAIDAH, Ahmed Omar; a.k.a. ABU UBAIDAH, Sheikh Ahmad Umar; a.k.a. ABU UBAIDAH, Sheikh Ahmed Umar; a.k.a. DIRIYE, Ahmed; a.k.a. DIRIYE, Mahad; a.k.a. UMAR, Sheikh Ahmed; a.k.a. "DIRIYE, Abu"; a.k.a. "UBAIDAH, Abu"; a.k.a. "UMAR, Ahmad"), Somalia; DOB 1972; POB Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABU UBAYDAH, Yusuf (a.k.a. ABU OBEIDA, Youcef; a.k.a. AL 'ANABI, Abu 'Ubaydah Yusuf; a.k.a. AL-ANABI, Yusuf Abu-'Ubaydah; a.k.a. AL-ANNABI, Abou Obeida Youssef; a.k.a. AL-INABI, Abu-Ubaydah Yusuf; a.k.a. MABRAK, Yazid; a.k.a. MEBRAK, Yazid; a.k.a. YAZID, Mebrak; a.k.a. YAZID, Mibrak; a.k.a. YAZID, Yousif Abu Obayda; a.k.a. "ABOU YOUCEF"),

Algeria; DOB 01 Jan 1969; POB Annaba, Algeria; citizen Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABU UMAR, Abu Omar (a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. TAKFIRI, Abu Umr; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Omar Mahmoud; a.k.a. UTHMAN, Umar; a.k.a. "ABU ISMAIL"), London, United Kingdom; Jordan; DOB 30 Dec 1960; alt. DOB 13 Dec 1960; POB Bethlehem, West Bank, Palestinian Territories; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABU YAHYA MUHAMMAD FATIH (a.k.a. JALALOV, Najmiddin; a.k.a. JALOLOV, Najmiddin; a.k.a. JALOLOV, Najmiddin Kamolitdinovich; a.k.a. ZHALALOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmidin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmuddin Kamoldinovich; a.k.a. ZHANOV, Najmiddin Kamilidinovich; a.k.a. "ABDURAKHMON"; a.k.a. "YAHYO"; a.k.a. "YAKH'YO"), S. Jalilov Street 14, Khartu, Andijan region, Uzbekistan; DOB 01 Apr 1972; alt. DOB 1972; POB Andijan region, Uzbekistan; nationality Uzbekistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABU ZAID MOHAMED, Abdel Raouf (a.k.a. ABUZAID, Abdul Rauf; a.k.a. HAMZZA YASIR, Abdelraouf Abu Zaid Mohamed; a.k.a. MOHAMED HAMZA, Abd Al-Ra'Ouf Abu Zaid; a.k.a. MUHAMMAD HAMZA, Abd-al-Ra'uf Abu Zayd; a.k.a. MUHAMMAD HAMZA, Abdul Raouf Abu Zeid; a.k.a. ZAYID HAMZA, Abdel Raouf Abu); DOB 01 Jan 1983; POB Sudan; nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABU ZEID, Abdelhamid (a.k.a. ABOU ZEID, Abdelhamid; a.k.a. ADEL, Youcef; a.k.a. HAMADU, Abid; a.k.a. HAMMADOU, Abid; a.k.a. "ABU ABDELLAH"); DOB 12 Dec 1965; POB Touggourt, Ouargla, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABU ZUBEIDAH, Zeinulabideen Muhammed Husein (a.k.a. HUSAIN, Zain Al-Abidin

Muhammad; a.k.a. HUSAYN, Zayn al-Abidin Muhammad; a.k.a. HUSSEIN, Zayn al-Abidin Muhammad; a.k.a. "ABU ZUBAIDA"; a.k.a. "ABU ZUBAYDAH"), Guantanamo Bay detention center, Cuba; DOB 12 Mar 1971; POB Riyadh, Saudi Arabia; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 484824 (Egypt) issued 18 Jan 1984 (individual) [SDGT].

ABU ZUBEYR, Muktar Abdirahman (a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. AW-MOHAMUD, Ahmed Abdi; a.k.a. "GODANE"; a.k.a. "GODANI"; a.k.a. "MUKHTAR, Shaykh"; a.k.a. "ZUBEYR, Abu"); DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia (individual) [SOMALIA].

ABU ZUREIK, Imad (Arabic: عماد ابو زريق) (a.k.a. ABU ZUREIQ, Imad), Nassib, Syria; DOB 09 Feb 1979; POB Dara', Syria; nationality Syria; Gender Male; National ID No. 12010031783 (Syria) (individual) [PAARSSR-EO13894].

ABU ZUREIQ, Imad (a.k.a. ABU ZUREIK, Imad (Arabic: عماد ابو زريق)), Nassib, Syria; DOB 09 Feb 1979; POB Dara', Syria; nationality Syria; Gender Male; National ID No. 12010031783 (Syria) (individual) [PAARSSR-EO13894].

ABU-AL-KHAYR, Muhammad Abdallah Hasan (a.k.a. ABU-AL-KHAYR, Muhammad Bin-'Abdullah Bin-Hamd; a.k.a. ABUL-KHAIR, Mohammed Abdullah Hassan; a.k.a. AL-HALABI, Abdallah; a.k.a. AL-HALABI, Abdullah; a.k.a. AL-HALABI, Abu 'Abdallah; a.k.a. AL-JADDAWI, Muhannad; a.k.a. AL-MADANI, 'Abdallah al-Halabi; a.k.a. AL-MADANI, Abu Abdallah; a.k.a. AL-MAKKI, Abdallah; a.k.a. EL HALABI, Abdallah); DOB 19 Jun 1975; alt. DOB 18 Jun 1975; POB Al-Madinah al-Munawwarah, (Medina) Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A741097 (Saudi Arabia) issued 14 Nov 1995 expires 19 Sep 2000; National ID No. 1006010555 (Saudi Arabia) (individual) [SDGT].

ABU-AL-KHAYR, Muhammad Bin-'Abdullah Bin-Hamd (a.k.a. ABU-AL-KHAYR, Muhammad Abdallah Hasan; a.k.a. ABUL-KHAIR, Mohammed Abdullah Hassan; a.k.a. AL-HALABI, Abdallah; a.k.a. AL-HALABI, Abdullah; a.k.a. AL-HALABI, Abu 'Abdallah; a.k.a. AL-JADDAWI, Muhannad; a.k.a. AL-MADANI, 'Abdallah al-Halabi; a.k.a. AL-MADANI, Abu

Abdallah; a.k.a. AL-MAKKI, Abdallah; a.k.a. EL HALABI, Abdallah); DOB 19 Jun 1975; alt. DOB 18 Jun 1975; POB Al-Madinah al-Munawwarah, (Medina) Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A741097 (Saudi Arabia) issued 14 Nov 1995 expires 19 Sep 2000; National ID No. 1006010555 (Saudi Arabia) (individual) [SDGT].

ABUBAKAR, Abdul Patta Escalon (a.k.a. ABUBAKAR, Abdulpatta Escalon; a.k.a. ESCALON, Abdulpatta Abubakar; a.k.a. "ABU BAKAR, Abdul Patta"), Philippines; Jeddah, Saudi Arabia; Daina, Saudi Arabia; DOB 03 Mar 1965; alt. DOB 01 Jan 1965; alt. DOB 11 Jan 1965; POB Tuburan, Basilan Province, Philippines; nationality Philippines; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EC6530802 (Philippines) expires 19 Jan 2021; alt. Passport EB2778599 (Philippines); National ID No. 2135314355 (Saudi Arabia); alt. National ID No. 202112421 (Saudi Arabia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ABUBAKAR, Abdulpatta Escalon (a.k.a. ABUBAKAR, Abdul Patta Escalon; a.k.a. ESCALON, Abdulpatta Abubakar; a.k.a. "ABU BAKAR, Abdul Patta"), Philippines; Jeddah, Saudi Arabia; Daina, Saudi Arabia; DOB 03 Mar 1965; alt. DOB 01 Jan 1965; alt. DOB 11 Jan 1965; POB Tuburan, Basilan Province, Philippines; nationality Philippines; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EC6530802 (Philippines) expires 19 Jan 2021; alt. Passport EB2778599 (Philippines); National ID No. 2135314355 (Saudi Arabia); alt. National ID No. 202112421 (Saudi Arabia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ABUBAKAR, Swalleh (a.k.a. SWALLEH, Abubakar; a.k.a. SWALLEH, Abubaker), South Africa; Lusaka, Zambia; DOB 13 Jan 1992; POB Mengo, Uganda; nationality Uganda; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A00195974 (Uganda) expires 16 Dec 2029; National ID No. CM920231090NZA (Uganda) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ABUD, Sa'ad Muhammad Awad (a.k.a. ABBUD, Bin Muhammad Awad; a.k.a. ADBUD, Muhammad 'Awad; a.k.a. AWAD, Muhammad; a.k.a. BAABOOD, Sa'ad Muhammad; a.k.a. BIN LADEN, Sa'ad; a.k.a. BIN LADEN, Sad; a.k.a. "AL-KAHTANE, Abdul Rahman"); DOB 1982; POB Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 520951 (Sudan); alt. Passport 530951 (Sudan) (individual) [SDGT].

ABU-GHAZALAH, Muhammad Hisham Isma'il (a.k.a. ABU GHAZALA, Muhammad Hisham Muhammad Isma'il; a.k.a. ABU LAYTH, Mansur; a.k.a. ABU SUWAYWIN, 'Ali 'Abd Al-Rahman; a.k.a. ABU-GHAZALAH, Muhammad Hisham Muhammad; a.k.a. AL-FILISTINI, Abu Layth; a.k.a. ISMA'IL, 'Ali 'Abd Al-Rahman; a.k.a. "ABU GHAZALA"; a.k.a. "ABU GHAZALEH"); DOB 26 Dec 1962; POB Al-Zarqa, Jordan; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9621014947 (Jordan) (individual) [SDGT].

ABU-GHAZALAH, Muhammad Hisham Muhammad (a.k.a. ABU GHAZALA, Muhammad Hisham Muhammad Isma'il; a.k.a. ABU LAYTH, Mansur; a.k.a. ABU SUWAYWIN, 'Ali 'Abd Al-Rahman; a.k.a. ABU-GHAZALAH, Muhammad Hisham Isma'il; a.k.a. AL-FILISTINI, Abu Layth; a.k.a. ISMA'IL, 'Ali 'Abd Al-Rahman; a.k.a. "ABU GHAZALA"; a.k.a. "ABU GHAZALEH"); DOB 26 Dec 1962; POB Al-Zarqa, Jordan; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9621014947 (Jordan) (individual) [SDGT].

ABUL-KHAIR, Mohammed Abdullah Hassan (a.k.a. ABU-AL-KHAYR, Muhammad Abdallah Hasan; a.k.a. ABU-AL-KHAYR, Muhammad Bin-'Abdullah Bin-Hamd; a.k.a. AL-HALABI, Abdallah; a.k.a. AL-HALABI, Abdullah; a.k.a. AL-HALABI, Abu 'Abdallah; a.k.a. AL-JADDAWI, Muhannad; a.k.a. AL-MADANI, 'Abdallah al-Halabi; a.k.a. AL-MADANI, Abu Abdallah; a.k.a. AL-MAKKI, Abdallah; a.k.a. EL HALABI, Abdallah); DOB 19 Jun 1975; alt. DOB 18 Jun 1975; POB Al-Madinah al-Munawwarah, (Medina) Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A741097 (Saudi Arabia) issued 14 Nov 1995

expires 19 Sep 2000; National ID No. 1006010555 (Saudi Arabia) (individual) [SDGT].

ABU-MAR'I, Mohammed Sami Muhammad (Arabic: محمد سامي محمد أبومرعى) (a.k.a. ABU MAREI, Muhammad Sami Muhammad; a.k.a. ABU MEREI, Mohammed Sami; a.k.a. EBU MER'A, Muh Muhammad Sami Muhammad), Gaza; North Gaza; DOB 05 Feb 1985; alt. DOB 02 May 1985; nationality Palestinian; citizen Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 800451015 (Palestinian) (individual) [SDGT] (Linked To: AL WEAM CHARITABLE SOCIETY).

ABU-MARZUQ, Dr. Musa (a.k.a. ABU MARZOOK, Mousa Mohammed; a.k.a. ABU-MARZUQ, Sa'id; a.k.a. MARZOOK, Mousa Mohamed Abou; a.k.a. MARZOUK, Musa Abu; a.k.a. MARZUK, Musa Abu; a.k.a. "ABU-'UMAR"); DOB 09 Feb 1951; POB Gaza, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 92/664 (Egypt); SSN 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 (United States); Political Leader in Amman, Jordan and Damascus, Syria for HAMAS (individual) [SDGT].

ABU-MARZUQ, Sa'id (a.k.a. ABU MARZOOK, Mousa Mohammed; a.k.a. ABU-MARZUQ, Dr. Musa; a.k.a. MARZOOK, Mousa Mohamed Abou; a.k.a. MARZOUK, Musa Abu; a.k.a. MARZUK, Musa Abu; a.k.a. "ABU-'UMAR"); DOB 09 Feb 1951; POB Gaza, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 92/664 (Egypt); SSN 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 (United States); Political Leader in Amman, Jordan and Damascus, Syria for HAMAS (individual) [SDGT].

Abu-Muqatil al-Tunisi (a.k.a. AL-HAKIM, Boubakeur; a.k.a. ALI HAKIM, Boubaker Ben Habib Ben; a.k.a. EL HAKIM, Boubaker; a.k.a. EL-HAKIM, Boubakeur; a.k.a. "Abou al Mouqatel"; a.k.a. "Abou Mouqatel"), Syria; DOB 01 Aug 1983; POB Paris, France; citizen Tunisia; alt. citizen France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport W752198; Identification Number 09036271 (individual) [SDGT].

ABU-QURAYN, Mus'ab (a.k.a. ABU GREIN, Musab), Sabratha, Libya; DOB 1982 to 1983;

nationality Libya; Gender Male (individual) [LIBYA3].

ABU-SULAYMAN, Nashwan al-Adani (a.k.a. AL-ADANI, Abu Sulayman; a.k.a. AL-ADANI, Nashwan; a.k.a. AL-ADANI, Sulayman; a.k.a. AL-HASHIMI, Abu Ma'ali; a.k.a. AL-SAY'ARI, Muhammad Ahmed; a.k.a. AL-SAY'ARI, Muhammad Qan'an; a.k.a. AL-SAY'ARI, Nashwan; a.k.a. MUTHANA, Mohsen Ahmed Saleh; a.k.a. MUTHANNA, Muhsin Ahmad Salah; a.k.a. QAN'AN, Muhammad Salih Muhammad; a.k.a. "AL-MUHAJIR, Abu Usama"), Yemen; DOB 13 Jan 1988; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 05867398 (Yemen); alt. Passport 04988639 (Jordan) (individual) [SDGT] (Linked To: ISIL-YEMEN).

ABUTALEBI, Ali Asghar (a.k.a. ABOUTALEBI, Ali Asghar; a.k.a. ABU TALEBI, Ali Asghar), Qom, Iran; DOB 10 Aug 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0530657491 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: OJE PARVAZ MADO NAFAR COMPANY).

ABUTALEBI, Mohammad Sadegh (a.k.a. ABOUTALEBI, Mohammad Sadegh; a.k.a. ABUTALEBI, Mohammad Sadiq), Qom, Iran; DOB 22 Jun 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0530439441 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: OJE PARVAZ MADO NAFAR COMPANY).

ABUTALEBI, Mohammad Sadiq (a.k.a. ABOUTALEBI, Mohammad Sadegh; a.k.a. ABUTALEBI, Mohammad Sadegh), Qom, Iran; DOB 22 Jun 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0530439441 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: OJE PARVAZ MADO NAFAR COMPANY).

ABU-TALEBI, Yousef (a.k.a. ABOUTALEBI, Yousef (Arabic: يوسف ابو طالبى); a.k.a. ABUTALEBI, Yusef; a.k.a. ABU-TALEBI, Yusif), Iran; DOB 29 May 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0384284094 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ABUTALEBI, Yusef (a.k.a. ABOUTALEBI, Yousef (Arabic: يوسف ابو طالبى); a.k.a. ABU-TALEBI,

Yousef; a.k.a. ABU-TALEBI, Yusif), Iran; DOB 29 May 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0384284094 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ABU-TALEBI, Yusif (a.k.a. ABOUTALEBI, Yousef (Arabic: يوسف ابو طالبى); a.k.a. ABU-TALEBI, Yousef; a.k.a. ABUTALEBI, Yusef), Iran; DOB 29 May 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0384284094 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ABUTURAB, Ali Muhammad (a.k.a. MOHAMMAD, Ali Mohammad Abutorab Noor; a.k.a. MOHAMMAD, Ali Mohammad Noor; a.k.a. MOHD, Ali Mohd Abutorab Noor; a.k.a. MUHAMMAD, Abu Turab Ali; a.k.a. MUHAMMED, Ali Muhammed Noor; a.k.a. TORAB, Abu Ali; a.k.a. TORAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammed Abu; a.k.a. TURAB, Ali Muhammad Abu; a.k.a. "MOHAMMED, Ali"; a.k.a. "TURAB, Abu"), Jamia Salfia, Airport Road, Quetta, Pakistan; Patel Road, Quetta, Pakistan; Saudi Arabia; DOB 10 Sep 1964; alt. DOB 05 Jan 1968; POB Quetta, Balochistan, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J349992 (Pakistan); National ID No. 2083655452 (Saudi Arabia) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

ABU-YUNUS (a.k.a. AL HUTHI, Abd-al-Khaliq Badr-al-Din; a.k.a. AL-HOUTHI, Abd al-Khaliq Badr al-Din; a.k.a. AL-HOUTHI, Abdul Khaliq Badreddin; a.k.a. AL-HUTHI, Abd al-Khaliq; a.k.a. AL-HUTHI, 'Abd al-Khaliq Badr al-Din; a.k.a. AL-HUTHI, Abd-al-Khaliq), Yemen; DOB 1984; Gender Male; Houthi military commander (individual) [YEMEN].

ABUZAID, Abdul Rauf (a.k.a. ABU ZAID MOHAMED, Abdel Raouf; a.k.a. HAMZZA YASIR, Abdelraouf Abu Zaid Mohamed; a.k.a. MOHAMED HAMZA, Abd Al-Ra'Ouf Abu Zaid; a.k.a. MUHAMMAD HAMZA, Abd-al-Ra'uf Abu Zayd; a.k.a. MUHAMMAD HAMZA, Abdul Raouf Abu Zeid; a.k.a. ZAYID HAMZA, Abdel Raouf Abu); DOB 01 Jan 1983; POB Sudan; nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABUZED OE, Dorda (a.k.a. DORDA, Abouzid Omar; a.k.a. DORDA, Abu Zaid; a.k.a. DORDA, Abu Zayd Umar; a.k.a. DORDA, Bu Zaid; a.k.a. DOURDA, Abu Zaid Omar; a.k.a. DURDA, Abu Zeid Omar), Libya; Egypt; DOB 04 Apr 1944; Gender Male; Passport FK117RK0 (Libya) issued 25 Nov 2018 expires 24 Nov 2026; alt. Passport FK117RKO (Libya) issued 25 Nov 2018 expires 24 Nov 2026; Director of the External Security Organization (individual) [LIBYA2].

ABUZUBAIR, Muktar Abdulrahim (a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. "ABU ZUBEYR"; a.k.a. "GODANE"; a.k.a. "GODANI"; a.k.a. "SHAYKH MUKHTAR"); DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ABUZUBAIR, Muktar Abdulrahim (a.k.a. ABU ZUBEYR, Muktar Abdirahman; a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. AW-MOHAMUD, Ahmed Abdi; a.k.a. "GODANE"; a.k.a. "GODANI"; a.k.a. "MUKHTAR, Shaykh"; a.k.a. "ZUBEYR, Abu"); DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia (individual) [SOMALIA].

ABY PLASTIK AMBALAJ VE ENERJI SANAYI TICARET ANONIM SIRKETI, D:205 Nidakule Kuzey Atasehir, No:3 Barbaros Mahallesi, Begonya Sokak, Atasehir, Istanbul 34746, Turkey; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 30 Dec 2021; Registration Number 349878-5 (Turkey) [IRAN-EO13846].

Abyr Valgov (a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

ABYSSEC, Madar Square, Boulvar-e-Mirdamad, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

ABZAR DAGHIGH TAHA (a.k.a. ABZAR-E DAGHIGH-E TAHA COMPANY; a.k.a. TAHA PRECISION TOOLS COMPANY), No. 1, Cho'gan Street, Unit 2, Ground Floor, Shahid Fahmideh Highway (Tehran-Karaj Highway), Farhangian-Azadi Town (Ansar Town), Central District, Tehran County, Tehran, Tehran 1398910003, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 05 Mar 2014; National ID No. 14003933075 (Iran); Registration Number 451094 (Iran) [NPWMD] [IFSR] (Linked To: SHAHID BAKERI INDUSTRIAL GROUP).

ABZAR-E DAGHIGH-E TAHA COMPANY (a.k.a. ABZAR DAGHIGH TAHA; a.k.a. TAHA PRECISION TOOLS COMPANY), No. 1, Cho'gan Street, Unit 2, Ground Floor, Shahid Fahmideh Highway (Tehran-Karaj Highway), Farhangian-Azadi Town (Ansar Town), Central District, Tehran County, Tehran, Tehran 1398910003, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 05 Mar 2014; National ID No. 14003933075 (Iran); Registration Number 451094 (Iran) [NPWMD] [IFSR] (Linked To: SHAHID BAKERI INDUSTRIAL GROUP).

ACADEMICIAN A.L. MINTS RADIO ENGINEERING INSTITUTE (a.k.a. ACADEMICIAN A.L. MINTS RADIOTECHNICAL INSTITUTE JOINT STOCK COMPANY; a.k.a. RADIO TECHNICAL AND INFORMATION SYSTEMS IMENI A.L. MINTS; a.k.a. RTI IMENI ACADEMICIAN A.L. MINTS), St. 8 Marta, House 10, Structure 1, Moscow 127083, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713006449 (Russia); Registration Number 1027739323831 (Russia) [RUSSIA-EO14024].

ACADEMICIAN A.L. MINTS RADIOTECHNICAL INSTITUTE JOINT STOCK COMPANY (a.k.a. ACADEMICIAN A.L. MINTS RADIO ENGINEERING INSTITUTE; a.k.a. RADIO TECHNICAL AND INFORMATION SYSTEMS IMENI A.L. MINTS; a.k.a. RTI IMENI ACADEMICIAN A.L. MINTS), St. 8 Marta, House 10, Structure 1, Moscow 127083, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

7713006449 (Russia); Registration Number 1027739323831 (Russia) [RUSSIA-EO14024].

ACADEMY OF NATIONAL DEFENSE SCIENCE, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

ACADEMY OF NATURAL SCIENCES (a.k.a. 2ND ACADEMY OF NATURAL SCIENCES; a.k.a. CHAYON KWAHAK-WON; a.k.a. CHE 2 CHAYON KWAHAK-WON; a.k.a. KUKPANG KWAHAK-WON; a.k.a. NATIONAL DEFENSE ACADEMY; a.k.a. SANSRI; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES RESEARCH INSTITUTE), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

ACCENTURE BUILDING MATERIALS (a.k.a. ACCENTURE BUILDING MATERIALS TRADING LLC), 106-Mohammad Noor Talib Building, Khalid Bin Al Walid Rd Bur Dubai, P.O. Box No: 26685, Dubai, United Arab Emirates; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); License 802032 (United Arab Emirates); Registration Number 11114192 (United Arab Emirates) [IFCA].

ACCENTURE BUILDING MATERIALS TRADING LLC (a.k.a. ACCENTURE BUILDING MATERIALS), 106-Mohammad Noor Talib Building, Khalid Bin Al Walid Rd Bur Dubai, P.O. Box No: 26685, Dubai, United Arab Emirates; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); License 802032 (United Arab Emirates); Registration Number 11114192 (United Arab Emirates) [IFCA].

ACCESOS ELECTRONICOS S.A.DE C.V., Blvd. Cuauhtemoc 1711, Oficina 305, Colonia Zona Rio, Tijuana, Baja California, Mexico; Avenida Cuauhtemoc 1209, CP 22290, Colonia Zona Rio, Tijuana, Baja California, Mexico; David Alfaro 25, CP 22320, Tijuana, Baja California, Mexico [SDNTK].

ACCESS TECHNOLOGY TRADING L.L.C (Arabic: اكسيس تكنولوجي للتجارة ش.ذ.م.م) (f.k.a. ME ACCESS TECHNOLOGY GENERAL TRADING FZE), SM-OFFICE-01-204 S, Dubai, United Arab Emirates; SM Office, D1-204S, Ajman, United Arab Emirates; Website www.meaccesstechnology.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 04 Apr 2022; License 1048510 (United Arab Emirates); Registration Number 1368637 (United Arab Emirates); Economic Register Number (CBLS) 11859002 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

ACCIRENT S.A., Transversal 9C No. 130C-26 Ofc. 401, Bogota, Colombia; NIT # 830088969-0 (Colombia) [SDNT].

ACE BEARINGS FZE, P O Box 18104, Warehouse No RA08TB03P, Jebel Ali, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 3291 (United Arab Emirates); Economic Register Number (CBLS) 11443987 (United Arab Emirates) [RUSSIA-EO14024].

ACE ELECTRONIC HK CO., LIMITED, 18F, Block B, World Trade Plaza, No. 9 Fuhong Road, Futian District, Shenzhen, Guangdong, China; Unit 04 7/F Bright Way Tower, No. 33 Mong Kok Road, Kowloon, Hong Kong, China; E2 Unit, 22/F Kingsway Industrial Building Phase II, 147-175 Wo Yi Hop Road, Kwai Chung, New Territories, Hong Kong, China; 9F International Technology Building No. 3007, Shennan Avenue, Futian District, Shenzhen, Guangdong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Oct 2018; Company Number 2756979 (Hong Kong); Business Registration Number 69987857 (Hong Kong) [RUSSIA-EO14024].

ACE ERA CO LIMITED, Unit 83 3/F Yau Lee Center No. 45 Hoi Yuen Road, Kwun Tong Kl, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Aug 2020; Company Number 2971193 (Hong Kong); Business Registration Number 72163666 (Hong Kong) [RUSSIA-EO14024].

ACE PETROCHEM FZE (Arabic: ايس بتروكيم م م ح), P.O. Box 52033, Sharjah, United Arab Emirates; Organization Established Date 24 Oct 2017; License 16456 (United Arab Emirates); Economic Register Number (CBLS) 11581590 (United Arab Emirates) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ACEITES Y LUBRICANTES MAYE, S.A. DE C.V., Veracruz, Veracruz, Mexico; Organization Established Date 02 Mar 2016; Organization Type: Retail sale of automotive fuel in specialized stores; RFC ALM160302SR9 (Mexico); Folio Mercantil No. N-2016002888 (Mexico) [ILLICIT-DRUGS-EO14059].

ACEROS Y REFACCIONES DEL HUMAYA, S.A. DE C.V., Boulevard Doctor Enrique Cabrera 2000, Culiacan, Sinaloa, Mexico; Organization Established Date 21 Sep 2006; Folio Mercantil No. 41204 (Mexico) [ILLICIT-DRUGS-EO14059].

ACG FINANCE LIMITED (a.k.a. AQUILA CAPITAL GROUP; a.k.a. EI SI DZHI FAINENS LIMITED PREDSTAVITELSTVO), Elenion Building, Floor No: 2, Themistokli Dervi 5, Nicosia 1066, Cyprus; d. 23 Str. 1 of 2, Naberezhnaya Savvinskaya, Moscow 119435, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Oct 2005; Tax ID No. 9909197551 (Russia); Registration Number C167057 (Cyprus) [RUSSIA-EO14024].

ACHEKZAI, Abdul Samad (a.k.a. SAMAD, Abdul), Balochistan Province, Pakistan; DOB 1970; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ACHEKZAI, Maulawi Adam Khan (a.k.a. KHAN, Maulawi Adam; a.k.a. "ADAM, Maulawi"; a.k.a. "ADAM, Molawi"), Chaman, Balochistan Province, Pakistan; DOB 1972; alt. DOB 1970;

alt. DOB 1971; alt. DOB 1973; alt. DOB 1974; alt. DOB 1975; POB Qandahar, Afghanistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ACHINSK OIL REFINERY OF THE EASTERN OIL COMPANY (a.k.a. ACHINSK REFINERY; a.k.a. JOINT STOCK COMPANY ACHINSK REFINERY OF EASTERN PETROLEUM COMPANY; a.k.a. JSC ACHINSK OIL REFINERY VNK; a.k.a. OAO ACHINSK OIL REFINERY VNK; a.k.a. OJSC ACHINSK REFINERY; a.k.a. "JSC ANPZ VNK"), Achinsk Refinery industrial area, Bolsheuluisky district, Krasnoyarsk territory 662110, Russia; Email Address sekr1@anpz.rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2443000518 (Russia); Registration Number 1022401153532 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

ACHINSK REFINERY (a.k.a. ACHINSK OIL REFINERY OF THE EASTERN OIL COMPANY; a.k.a. JOINT STOCK COMPANY ACHINSK REFINERY OF EASTERN PETROLEUM COMPANY; a.k.a. JSC ACHINSK OIL REFINERY VNK; a.k.a. OAO ACHINSK OIL REFINERY VNK; a.k.a. OJSC ACHINSK REFINERY; a.k.a. "JSC ANPZ VNK"), Achinsk Refinery industrial area, Bolsheuluisky district, Krasnoyarsk territory 662110, Russia; Email Address sekr1@anpz.rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2443000518 (Russia); Registration Number 1022401153532 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

ACHWAN, Mochammad (a.k.a. ACHWAN, Mochdar; a.k.a. ACHWAN, Mochtar; a.k.a. ACHWAN, Muhammad; a.k.a. AKHWAN, Mochtar; a.k.a. AKHWAN, Muhammad; a.k.a. AKWAN, Mochtar), Jalan Ir. H. Juanda 8/10, RT/RW 002/001, Jodipan, Blimbing, Malang, Indonesia; DOB 04 May 1948; alt. DOB 04 May 1946; POB Tulungagung, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3573010405480001 (Indonesia) (individual) [SDGT].

ACHWAN, Mochdar (a.k.a. ACHWAN, Mochammad; a.k.a. ACHWAN, Mochtar; a.k.a. ACHWAN, Muhammad; a.k.a. AKHWAN, Mochtar; a.k.a. AKHWAN, Muhammad; a.k.a. AKWAN, Mochtar), Jalan Ir. H. Juanda 8/10, RT/RW 002/001, Jodipan, Blimbing, Malang, Indonesia; DOB 04 May 1948; alt. DOB 04 May 1946; POB Tulungagung, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3573010405480001 (Indonesia) (individual) [SDGT].

ACHWAN, Mochtar (a.k.a. ACHWAN, Mochammad; a.k.a. ACHWAN, Mochdar; a.k.a. ACHWAN, Muhammad; a.k.a. AKHWAN, Mochtar; a.k.a. AKHWAN, Muhammad; a.k.a. AKWAN, Mochtar), Jalan Ir. H. Juanda 8/10, RT/RW 002/001, Jodipan, Blimbing, Malang, Indonesia; DOB 04 May 1948; alt. DOB 04 May 1946; POB Tulungagung, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3573010405480001 (Indonesia) (individual) [SDGT].

ACHWAN, Muhammad (a.k.a. ACHWAN, Mochammad; a.k.a. ACHWAN, Mochdar; a.k.a. ACHWAN, Mochtar; a.k.a. AKHWAN, Mochtar; a.k.a. AKHWAN, Muhammad; a.k.a. AKWAN, Mochtar), Jalan Ir. H. Juanda 8/10, RT/RW 002/001, Jodipan, Blimbing, Malang, Indonesia; DOB 04 May 1948; alt. DOB 04 May 1946; POB Tulungagung, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; National ID No. 3573010405480001 (Indonesia) (individual) [SDGT].

ACOSTA IBARRA, Ruben, Calle Siete de Abril No. 5, Colonia Hidalgo, Hidalgo C.P. 42500, Mexico; DOB 20 Oct 1967; POB Acatlan, Hidalgo; nationality Mexico; citizen Mexico; C.U.R.P. AOIR671020HHGCBB02 (Mexico); Electoral Registry No. ACIBRB67102013H701 (Mexico); Cartilla de Servicio Militar Nacional B4111940 (Mexico); C.U.I.P. AOIR671020H1374898 (Mexico) (individual) [SDNTK].

ACOSTA MONTALVAN, Ivan Adolfo, Masaya, Nicaragua; DOB 28 Sep 1964; POB Bluefields, Nicaragua; nationality Nicaragua; Gender Male; Passport A00001432 (Nicaragua) (individual) [NICARAGUA].

ACOSTA OVALLE, Diego, Mexico; DOB 08 Mar 1990; POB Coahuila de Zaragoza, Mexico; nationality Mexico; Gender Male; C.U.R.P. AOOD900308HCLCVG07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ACOSTA SERNA, Oscar Alonso, Colombia; DOB 15 Aug 1971; POB Argelia, Colombia; nationality Colombia; citizen Colombia; Cedula No. 10141319 (Colombia); Passport AK253066 (Colombia) (individual) [SDNT].

ACOSTA SERNA, Robinson Duvan, Mz 1 cs 12 B. Santiago Londono, Colombia; DOB 26 Apr 1977; POB Colombia; nationality Colombia; citizen Colombia; Cedula No. 10002061 (Colombia); Passport AJ418881 (Colombia) (individual) [SDNT].

ACS SYSTEMS LIMITED, Rm 706, 7/F, South Seas Ctr Twr 2, Tsim Shai Tsui, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Jan 2017; Business Registration Number 67154789 (Hong Kong) [RUSSIA-EO14024].

ACUAINDUSTRIA NARCISO MENDOZA, S.C. DE R.L. DE C.V., Hermosillo, Sonora, Mexico; Organization Established Date 17 Sep 2004; Folio Mercantil No. 33649 (Mexico) [SDNTK] (Linked To: ROCHIN HURTADO, Meliton).

ACUAMATERIALES Y CIA. LIMITADA, Carrera 51 B No. 12 Sur 21 Piso 2, Medellin, Colombia; NIT # 811022933-3 (Colombia) [SDNTK].

ACUNA MACIAS, Daniela Alejandra, Jesus del Monte, Mexico, Mexico; DOB 07 Mar 2002; POB Barranquilla, Colombia; nationality Colombia; Gender Female; Passport AU672689 (Colombia); alt. Passport AW849837 (Colombia); Tarjeta de Identidad 1193598517

(Colombia) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: WEDDING, Ryan James).

ADAK PARGAS PARS TRADING COMPANY, Bandar Abbas, Hormozgan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 06 Mar 2023; National ID No. 14012064114 (Iran); Registration Number 22875 (Iran) [NPWMD] [IFSR] (Linked To: KLINGE, Marco).

ADALE, Khalif (a.k.a. ABDALE, Qaaliif; a.k.a. CADALE, Qaliif; a.k.a. CADE, Qaliif; a.k.a. KHALIF, Adale; a.k.a. WARSAME, Khalif Mohamed), Qunyo Barrow, Middle Juba, Somalia; Buulo Fulaay, Somalia; DOB 01 Jan 1964; alt. DOB 01 Jan 1968; POB Somalia; nationality Djibouti; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 11120061B (Djibouti) (individual) [SDGT] (Linked To: AL-SHABAAB).

ADAM, Elfateh Abdullah Idris (a.k.a. IDRIS, Al-Fateh Abdullah; a.k.a. "ABU LULU"; a.k.a. "ISSA ABU LULU"), Sudan; nationality Sudan; Gender Male; Rapid Support Forces Commander in Sudan (individual) [SUDAN-EO14098].

ADAM, Noureddine (a.k.a. ADAM, Nourreddine; a.k.a. ADAM, Nourredine; a.k.a. ADAM, Nourreldine; a.k.a. ADAM, Nureldine); DOB 1969 to 1971; POB Ndele, Central African Republic; nationality Central African Republic; General; Former Minister of Public Security (individual) [CAR].

ADAM, Nourreddine (a.k.a. ADAM, Noureddine; a.k.a. ADAM, Nourredine; a.k.a. ADAM, Nourreldine; a.k.a. ADAM, Nureldine); DOB 1969 to 1971; POB Ndele, Central African Republic; nationality Central African Republic; General; Former Minister of Public Security (individual) [CAR].

ADAM, Nourredine (a.k.a. ADAM, Noureddine; a.k.a. ADAM, Nourreddine; a.k.a. ADAM, Nourreldine; a.k.a. ADAM, Nureldine); DOB 1969 to 1971; POB Ndele, Central African Republic; nationality Central African Republic; General; Former Minister of Public Security (individual) [CAR].

ADAM, Nourreldine (a.k.a. ADAM, Noureddine; a.k.a. ADAM, Nourreddine; a.k.a. ADAM, Nourredine; a.k.a. ADAM, Nureldine); DOB 1969 to 1971; POB Ndele, Central African Republic; nationality Central African Republic; General; Former Minister of Public Security (individual) [CAR].

ADAM, Nureldine (a.k.a. ADAM, Noureddine; a.k.a. ADAM, Nourreddine; a.k.a. ADAM, Nourredine; a.k.a. ADAM, Nourreldine); DOB 1969 to 1971; POB Ndele, Central African Republic; nationality Central African Republic; General; Former Minister of Public Security (individual) [CAR].

ADAM, Sheikh Hassaan Hussein (a.k.a. HUSSEIN, Sheikh Hassaan; a.k.a. OMAR, Hassan Mahad; a.k.a. OMAR, Hassan Mahat); DOB 10 Apr 1979; POB Garissa, Kenya; nationality Kenya; Passport A1180173 (Kenya) expires 20 Aug 2017; Kenyan ID No. 23446085 (Kenya) (individual) [SOMALIA].

ADAMU, Salih Yusuf (a.k.a. ADAMU, Salihu Yusuf (Arabic: صالح يوسف ادامو)), Abu Dhabi, United Arab Emirates; DOB 23 Aug 1990; POB Nigeria; nationality Nigeria; citizen Nigeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A07038778 (Nigeria) (individual) [SDGT] (Linked To: BOKO HARAM).

ADAMU, Salihu Yusuf (Arabic: صالح يوسف ادامو) (a.k.a. ADAMU, Salih Yusuf), Abu Dhabi, United Arab Emirates; DOB 23 Aug 1990; POB Nigeria; nationality Nigeria; citizen Nigeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A07038778 (Nigeria) (individual) [SDGT] (Linked To: BOKO HARAM).

ADAN, Abukar Ali (a.k.a. ADEN, Abukar Ali; a.k.a. "Ibrahim Afghan"; a.k.a. "Sheikh Abukar"); DOB 1972; alt. DOB 1971; alt. DOB 1973; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ADAN, Mahad Isse (a.k.a. AADAN, Mahad Ciise; a.k.a. ADEN, Mahad Isse; a.k.a. MUHAMMAD, Mahad Cise; a.k.a. "LABOBALLE"), Bosaso, Somalia; Qandala, Somalia; DOB 1949; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

ADANOF, Munir (a.k.a. ADANOV, Munir; a.k.a. ADNUF, Munir); DOB 1951; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

ADANOV, Munir (a.k.a. ADANOF, Munir; a.k.a. ADNUF, Munir); DOB 1951; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

ADB ARQUITECTOS Y INMOBILIARIA (a.k.a. ADB INMOBILIARIA; a.k.a. ARQUITECTURA Y DISENO EN BALANCE, S.A. DE C.V.), Pegaso 3261, Colonia La Calma, Zapopan, Jalisco, Mexico; R.F.C. ADB130606VA4 (Mexico) [SDNTK].

ADB INMOBILIARIA (a.k.a. ADB ARQUITECTOS Y INMOBILIARIA; a.k.a. ARQUITECTURA Y DISENO EN BALANCE, S.A. DE C.V.), Pegaso 3261, Colonia La Calma, Zapopan, Jalisco, Mexico; R.F.C. ADB130606VA4 (Mexico) [SDNTK].

ADBALLAH, Fazul (a.k.a. ABDALLA, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ADBUD, Muhammad 'Awad (a.k.a. ABBUD, Bin Muhammad Awad; a.k.a. ABUD, Sa'ad Muhammad Awad; a.k.a. AWAD, Muhammad; a.k.a. BAABOOD, Sa'ad Muhammad; a.k.a. BIN LADEN, Sa'ad; a.k.a. BIN LADEN, Sad; a.k.a. "AL-KAHTANE, Abdul Rahman"); DOB 1982; POB Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 520951 (Sudan); alt. Passport 530951 (Sudan) (individual) [SDGT].

ADDAMEER (a.k.a. ADDAMEER FOUNDATION; a.k.a. ADDAMEER PRISONER SUPPORT AND HUMAN RIGHTS ASSOCIATION; a.k.a. ADDAMEER PRISONER'S SUPPORT ASSOCIATION), P.O. Box 17338, Jerusalem, Israel; Mousa Tawasheh Street, Sebat Bldg, 1st Floor, Suite 2, Ramallah, West Bank; Website https://www.addameer.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jan 1992; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: POPULAR FRONT FOR THE LIBERATION OF PALESTINE).

ADDAMEER FOUNDATION (a.k.a. ADDAMEER; a.k.a. ADDAMEER PRISONER SUPPORT

AND HUMAN RIGHTS ASSOCIATION; a.k.a. ADDAMEER PRISONER'S SUPPORT ASSOCIATION), P.O. Box 17338, Jerusalem, Israel; Mousa Tawasheh Street, Sebat Bldg, 1st Floor, Suite 2, Ramallah, West Bank; Website https://www.addameer.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jan 1992; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: POPULAR FRONT FOR THE LIBERATION OF PALESTINE).

ADDAMEER PRISONER SUPPORT AND HUMAN RIGHTS ASSOCIATION (a.k.a. ADDAMEER; a.k.a. ADDAMEER FOUNDATION; a.k.a. ADDAMEER PRISONER'S SUPPORT ASSOCIATION), P.O. Box 17338, Jerusalem, Israel; Mousa Tawasheh Street, Sebat Bldg, 1st Floor, Suite 2, Ramallah, West Bank; Website https://www.addameer.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jan 1992; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: POPULAR FRONT FOR THE LIBERATION OF PALESTINE).

ADDAMEER PRISONER'S SUPPORT ASSOCIATION (a.k.a. ADDAMEER; a.k.a. ADDAMEER FOUNDATION; a.k.a. ADDAMEER PRISONER SUPPORT AND HUMAN RIGHTS ASSOCIATION), P.O. Box 17338, Jerusalem, Israel; Mousa Tawasheh Street, Sebat Bldg, 1st Floor, Suite 2, Ramallah, West Bank; Website https://www.addameer.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jan 1992; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: POPULAR FRONT FOR THE LIBERATION OF PALESTINE).

AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM (a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ADDITIONAL LIABILITY COMPANY BELNEFTEGAZ (a.k.a. ALC BELNEFTEGAZ; a.k.a. BELNEFTEGAS; a.k.a. BELNEFTEGAZ (Cyrillic: БЕЛНЕФТЕГАЗ); a.k.a. OBSHCHESTVO S DOPOLNITELNOY OTVETSTVENNOSTYU BELNEFTEGAZ (Cyrillic: ОБЩЕСТВО С ДОПОЛНИТЕЛЬНОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛНЕФТЕГАЗ); a.k.a. ODO BELNEFTEGAZ (Cyrillic: ОДО БЕЛНЕФТЕГАЗ); a.k.a. TAVARYSTVA Z DADATKOVAY ADKAZNASTSYU BELNAFTAHAZ (Cyrillic: ТАВАРЫСТВА З ДАДАТКОВАЙ АДКАЗНАСЦЮ БЕЛНАФТАГАЗ); a.k.a. TDA BELNAFTAHAZ (Cyrillic: ТДА БЕЛНАФТАГАЗ)), ul. Azgura, d. 5, pom. 68 (kabinet 1, 1st floor), Minsk 220088, Belarus (Cyrillic: ул. Азгура, д. 5, пом. 68 (кабинет 1, 1 этаж), г. Минск 220088, Belarus); Organization Established Date 23 Mar 1995; Registration Number 100878073 (Belarus) [BELARUS-EO14038].

ADDITIVE TECHNOLOGY GROUP (a.k.a. LIMITED LIABILITY COMPANY ADDITIVE TECHNOLOGY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АДДИТИВ ТЕХНОЛОДЖИ)), 25 Chapayeva Street, Letter A, Floor 6, Suite 158, Saint Petersburg 197046, Russia; 65 Aviamotornaya Street, Building 1, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7839070717 (Russia); Registration Number 1167847343190 (Russia) [RUSSIA-EO14024].

ADDITIVNYI INZHINIRING (a.k.a. LLC ADDITIVE ENGINEERING), Pr-Kt Volgogradskii D. 42, Str. 24, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703465098 (Russia); Registration Number 1187746795004 (Russia) [RUSSIA-EO14024].

ADEEMA OIL FZC (a.k.a. ADIMA OIL), PO Box 233599, No. 639 Ghurair Building, Dubai, United Arab Emirates; Website www.adeema.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Sep 2011; License 5006759 (United Arab Emirates) [SDGT] (Linked To: ANSARALLAH).

ADEL ABAD PRISON (a.k.a. ADELABAD PRISON; a.k.a. SHIRAZ CENTRAL PRISON; a.k.a. "PROSPEROUS PLACE OF JUSTICE"), Shiraz, Fars Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

ADEL, Youcef (a.k.a. ABOU ZEID, Abdelhamid; a.k.a. ABU ZEID, Abdelhamid; a.k.a. HAMADU, Abid; a.k.a. HAMMADOU, Abid; a.k.a. "ABU ABDELLAH"); DOB 12 Dec 1965; POB Touggourt, Ouargla, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ADELABAD PRISON (a.k.a. ADEL ABAD PRISON; a.k.a. SHIRAZ CENTRAL PRISON; a.k.a. "PROSPEROUS PLACE OF JUSTICE"), Shiraz, Fars Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

ADEMI, Xhevat; DOB 08 Dec 1962; POB Tetovo, Macedonia (individual) [BALKANS].

ADEMULERO, Babestan Oluwole (a.k.a. BABESTAN, Wole A.; a.k.a. OGUNGBUYI, Oluwole A.; a.k.a. OGUNGBUYI, Wally; a.k.a. OGUNGBUYI, Wole A.; a.k.a. SHOFESO, Olatude I.; a.k.a. SHOFESO, Olatunde Irewole); DOB 04 Mar 1953; POB Nigeria (individual) [SDNTK].

ADEN, Abukar Ali (a.k.a. ADAN, Abukar Ali; a.k.a. "Ibrahim Afghan"; a.k.a. "Sheikh Abukar"); DOB 1972; alt. DOB 1971; alt. DOB 1973; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ADEN, Mahad Isse (a.k.a. AADAN, Mahad Ciise; a.k.a. ADAN, Mahad Isse; a.k.a. MUHAMMAD, Mahad Cise; a.k.a. "LABOBALLE"), Bosaso, Somalia; Qandala, Somalia; DOB 1949; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

ADEN, Mohamed Abdi (a.k.a. ADEN, Mohamoud Abdi; a.k.a. ADEN, Mohamud Abdi; a.k.a. "ABDIRAHMAN, Mahamoud"; a.k.a. "ABDIRAHMAN, Mohamud"; a.k.a. "HASSAN, Mohamed"; a.k.a. "IBRAHIM, Moalim"; a.k.a. "MAHADI, Moalim"; a.k.a. "SAYID, Mahdi"; a.k.a. "YARE, Mohamed"), Jilib, Lower Juba, Somalia; DOB 13 Mar 1985; POB Garissa, Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

ADEN, Mohamoud Abdi (a.k.a. ADEN, Mohamed Abdi; a.k.a. ADEN, Mohamud Abdi; a.k.a. "ABDIRAHMAN, Mahamoud"; a.k.a. "ABDIRAHMAN, Mohamud"; a.k.a. "HASSAN, Mohamed"; a.k.a. "IBRAHIM, Moalim"; a.k.a. "MAHADI, Moalim"; a.k.a. "SAYID, Mahdi"; a.k.a. "YARE, Mohamed"), Jilib, Lower Juba, Somalia; DOB 13 Mar 1985; POB Garissa, Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

ADEN, Mohamud Abdi (a.k.a. ADEN, Mohamed Abdi; a.k.a. ADEN, Mohamoud Abdi; a.k.a. "ABDIRAHMAN, Mahamoud"; a.k.a. "ABDIRAHMAN, Mohamud"; a.k.a. "HASSAN, Mohamed"; a.k.a. "IBRAHIM, Moalim"; a.k.a. "MAHADI, Moalim"; a.k.a. "SAYID, Mahdi"; a.k.a. "YARE, Mohamed"), Jilib, Lower Juba, Somalia; DOB 13 Mar 1985; POB Garissa, Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

ADERAL INDUSTRIAL HK LTD. (a.k.a. ARTTRONIX INTERNATIONAL HK LIMITED (Chinese Traditional: 億電國際香港有限公司)), 15/B 15/F Cheuk Nang Plaza, 250 Hennessy Road, Hong Kong, China; 610 Nathan Road, Rooms 1318-20, 13/F, Hollywood Plaza, Mong Kok, Hong Kong, China; Rm3A25, Bldg A Zhihui Innovation CTR Huashenghui 2nd Qianjin Rd Baoan Dist, Shenzhen, Guangdong, China; Website www.arttronix.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Nov 2012; Company Number 1823593 (Hong Kong) [NPWMD] [IFSR] (Linked To: PARDAZAN SYSTEM NAMAD ARMAN).

ADHAFAH, Muhammad Said (a.k.a. AL BEHADILI, Mohammed Saeed Odhafa (Arabic: محمد سعيد عذافه البهادلي); a.k.a. AL-BAHADILI, Muhammad Sa'id 'Adhafah; a.k.a. ALBEHADILI, Mohammed Saeed Othafa; a.k.a. "SAEED, Mohammed"), Iraq; DOB 04 Mar 1970; nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A3347475 (Iraq) (individual) [SDGT] [IFSR] (Linked To: AL KHAMAEL MARITIME SERVICES).

ADHAJANI, Azim (a.k.a. AGAJANY, Azimi; a.k.a. AGHAJANI, Asim; a.k.a. AGHAJANI, Azim; a.k.a. AGHAJANI, Azimi; a.k.a. AGHAJANI, Hosein; a.k.a. AQAJANI, Azim); DOB 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR].

ADHIGUNA LESMANA, Dandi (a.k.a. ADHIGUNA, Dandi Muhammad; a.k.a. ADHIGUNA, Muhammad Dandi), Kayseri, Turkey; DOB 30 Jul 1996; POB Gresik, East Java, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B 0547698 (Indonesia) (individual) [SDGT] (Linked To: SUSANTI, Dwi Dahlia).

ADHIGUNA, Dandi Muhammad (a.k.a. ADHIGUNA LESMANA, Dandi; a.k.a. ADHIGUNA, Muhammad Dandi), Kayseri, Turkey; DOB 30 Jul 1996; POB Gresik, East Java, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B 0547698 (Indonesia) (individual) [SDGT] (Linked To: SUSANTI, Dwi Dahlia).

ADHIGUNA, Muhammad Dandi (a.k.a. ADHIGUNA LESMANA, Dandi; a.k.a. ADHIGUNA, Dandi Muhammad), Kayseri, Turkey; DOB 30 Jul 1996; POB Gresik, East Java, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B 0547698 (Indonesia) (individual) [SDGT] (Linked To: SUSANTI, Dwi Dahlia).

ADILI, Gafur; DOB 05 Jan 1959; POB Kicevo, Macedonia (individual) [BALKANS].

ADIMA OIL (a.k.a. ADEEMA OIL FZC), PO Box 233599, No. 639 Ghurair Building, Dubai, United Arab Emirates; Website www.adeema.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Sep 2011; License 5006759 (United Arab Emirates) [SDGT] (Linked To: ANSARALLAH).

ADINEH VAND, Salman (Arabic: سلمان آدينه وند) (a.k.a. ADINEH-VAND, Salman; a.k.a. ADINEHVAND, Salman (Arabic: سلمان آدينه وند)), Tehran, Iran; DOB 10 May 1980; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Commander of the LEF Tehran Police Relief Unit (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

ADINEH-VAND, Salman (a.k.a. ADINEH VAND, Salman (Arabic: سلمان آدينه وند); a.k.a. ADINEHVAND, Salman (Arabic: سلمان آدينه وند)), Tehran, Iran; DOB 10 May 1980; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Commander of the LEF Tehran Police Relief Unit (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

ADINEHVAND, Salman (Arabic: سلمان آدينه وند) (a.k.a. ADINEH VAND, Salman (Arabic: سلمان آدينه وند); a.k.a. ADINEH-VAND, Salman), Tehran, Iran; DOB 10 May 1980; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Commander of the LEF Tehran Police Relief Unit (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

ADITIVOS Y SUMINISTROS ETANOFUEL, S.A. DE C.V., Veracruz, Veracruz, Mexico;

Organization Established Date 14 May 2019; Organization Type: Retail sale of automotive fuel in specialized stores; Folio Mercantil No. N-2019045850 (Mexico) [ILLICIT-DRUGS-EO14059].

ADJ SWORDFISH LIMITED (a.k.a. ADJ TRADING; a.k.a. ADJ TRADING LIMITED), 22 Mensjia Street, San Gwann SGN 1608, Malta; PO Box 105, 1045, Majuro, Marshall Islands; D-U-N-S Number 52-023-7366; Tax ID No. 18589120 (Malta); Trade License No. C 41310 (Malta) [LIBYA3] (Linked To: DEBONO, Darren; Linked To: ARAFA, Ahmed Ibrahim Hassan Ahmed; Linked To: BEN KHALIFA, Fahmi).

ADJ TRADING (f.k.a. ADJ SWORDFISH LIMITED; a.k.a. ADJ TRADING LIMITED), 22 Mensjia Street, San Gwann SGN 1608, Malta; PO Box 105, 1045, Majuro, Marshall Islands; D-U-N-S Number 52-023-7366; Tax ID No. 18589120 (Malta); Trade License No. C 41310 (Malta) [LIBYA3] (Linked To: DEBONO, Darren; Linked To: ARAFA, Ahmed Ibrahim Hassan Ahmed; Linked To: BEN KHALIFA, Fahmi).

ADJ TRADING LIMITED (f.k.a. ADJ SWORDFISH LIMITED; a.k.a. ADJ TRADING), 22 Mensjia Street, San Gwann SGN 1608, Malta; PO Box 105, 1045, Majuro, Marshall Islands; D-U-N-S Number 52-023-7366; Tax ID No. 18589120 (Malta); Trade License No. C 41310 (Malta) [LIBYA3] (Linked To: DEBONO, Darren; Linked To: ARAFA, Ahmed Ibrahim Hassan Ahmed; Linked To: BEN KHALIFA, Fahmi).

ADJUSTMENT BUSINESS CORP., Panama; RUC # 264715-1-405109 (Panama) [SDNTK].

ADKRYTAE AKTSYIANERNAE TAVARYSTVA AVIIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ) (f.k.a. AAT AVIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: ААТ АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. AAT TAE AVIYA (Cyrillic: ААТ ТАЕ АВІЯ); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA TAE AVIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ТАЕ АВІЯ); f.k.a. AVIAKOMPANIYA TRANSAVIAEKSPORT OAO; a.k.a. JOINT STOCK COMPANY TRANSAVIAEXPORT AIRLINES; a.k.a. JSC TRANSAVIAEXPORT AIRLINES; f.k.a. OAO AVIAKOMPANIYA TRANSAVIAEKSPORT (Cyrillic: ОАО АВИАКОМПАНИЯ ТРАНСАВИАЭКСПОРТ); a.k.a. OAO TAE AVIA (Cyrillic: ОАО ТАЕ

АВИА); f.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO AVIAKOMPANIYA TRANSAVIAEKSPORT; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO TAE AVIA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАЕ АВИА); a.k.a. TRANSAVIAEXPORT AIRLINES), 44, Zakharova Str., Minsk 220034, Belarus (Cyrillic: Ул. Захарова, 44, Минск 220034, Belarus); d. 11, Ul. Pervomayskaya, Minsk 220034, Belarus (Cyrillic: д. 11, ул. Первомайская, Минск 220034, Belarus); Organization Established Date 28 Dec 1992; Registration Number 100027245 (Belarus) [BELARUS-EO14038].

ADKRYTAE AKTSYIANERNAE TAVARYSTVA KIDMA TEK (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА КІДМА ТЭК) (a.k.a. AAT KIDMA TEK (Cyrillic: ААТ КІДМА ТЭК); f.k.a. BSVT - NEW TECHNOLOGIES; f.k.a. BSVT-NT; a.k.a. KIDMA TECH OJSC; a.k.a. OAO KIDMA TEK (Cyrillic: ОАО КИДМА ТЕК); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BSVT-NOVIYE TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БСВТ-НОВЫЕ ТЕХНОЛОГИИ); a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO KIDMA TEK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КИДМА ТЕК)), Room 20, Administrative Building 187, Soltysa St., Minsk 220070, Belarus; D. 5/1, Ustenskiy Selsovyet, Vitebskaya Oblast, Orshanskiy Rayon, Ag. Ustye 211003, Belarus (Cyrillic: Д. 5/1, Устенский сельсовет, Витебская Область, Оршанский Район, аг. Устье 211003, Belarus); Organization Established Date 18 Jul 2012; Registration Number 191607211 (Belarus) [BELARUS-EO14038].

ADKRYTAE AKTSYIANERNAE TAVARYSTVA TAE AVIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ТАЕ АВІЯ) (f.k.a. AAT AVIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: ААТ АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. AAT TAE AVIYA (Cyrillic: ААТ ТАЕ АВІЯ); f.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA AVIIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); f.k.a. AVIAKOMPANIYA TRANSAVIAEKSPORT OAO; a.k.a. JOINT STOCK COMPANY TRANSAVIAEXPORT AIRLINES; a.k.a. JSC TRANSAVIAEXPORT AIRLINES; f.k.a. OAO

AVIAKOMPANIYA TRANSAVIAEKSPORT (Cyrillic: ОАО АВИАКОМПАНИЯ ТРАНСАВИАЭКСПОРТ); a.k.a. OAO TAE AVIA (Cyrillic: ОАО ТАЕ АВИА); f.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO AVIAKOMPANIYA TRANSAVIAEKSPORT; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO TAE AVIA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАЕ АВИА); a.k.a. TRANSAVIAEXPORT AIRLINES), 44, Zakharova Str., Minsk 220034, Belarus (Cyrillic: Ул. Захарова, 44, Минск 220034, Belarus); d. 11, Ul. Pervomayskaya, Minsk 220034, Belarus (Cyrillic: д. 11, ул. Первомайская, Минск 220034, Belarus); Organization Established Date 28 Dec 1992; Registration Number 100027245 (Belarus) [BELARUS-EO14038].

ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН) (a.k.a. AAT HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: ААТ ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. GRODNO TOBACCO FACTORY NEMAN; a.k.a. GTF NEMAN; a.k.a. HRODNA TOBACCO FACTORY NEMAN; a.k.a. OAO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОАО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН); a.k.a. OJSC GRODNO TOBACCO FACTORY NEMAN; a.k.a. OPEN JOINT-STOCK COMPANY GRODNO TOBACCO FACTORY NEMAN; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН)), ul. Ordzhonikidze, d. 18, Grodno, Grodnenskaya Oblast 230771, Belarus (Cyrillic: ул. Орджоникидзе, д. 18, г. Гродно, Гродненская область 230771, Belarus); Organization Established Date 29 Dec 1996; Registration Number 500047627 (Belarus) [BELARUS-EO14038].

ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA MINSKI AUTAMABILLNY ZAVOD - KIRUYUCHAYA KAMPANIYA KHOLDYNGU BELAUTAMAZ (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛАЎТАМАЗ) (a.k.a. AAT MINSKI

AUTAMABILNY ZAVOD (Cyrillic: ААТ МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД); a.k.a. OAO MINSKI AVTOMOBILNYI ZAVOD (Cyrillic: ОАО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД); a.k.a. OJSC MINSK AUTOMOBILE PLANT; a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT; a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT - MANAGEMENT COMPANY OF HOLDING BELAVTOMAZ; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII AVTOMOBILNYI ZAVOD - UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELAVTOMAZ (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛАВТОМАЗ); a.k.a. "OJSC MAZ"), Ul. Sotsialisticheskaya 2, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100320487 (Belarus); Government Gazette Number 05808729 (Belarus) [BELARUS-EO14038].

ADLER BG AD, 126, Tsar Boris III Str./blvd., R-N Krasno Selo Distr, Sofia, Stolichna 1612, Bulgaria; Organization Established Date 2009; Government Gazette Number 200874603 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

ADMINCHECK LIMITED, 1 Old Burlington Street, London, United Kingdom [IRAQ2].

ADMINISTRADORA DE INMUEBLES VIDA, S.A. DE C.V., Blvd. Agua Caliente 1381, Colonia Revolucion, Tijuana, Baja California, Mexico [SDNTK].

ADMINISTRADORA DEL ORIENTE (a.k.a. ESTACION GUADALUPE; a.k.a. HOTEL REGENTE), Guatemala; NIT # 7142099 (Guatemala) [SDNTK].

ADMINISTRADORA Y COMERCIALIZADORA DEL MAR, S.A. DE C.V., Bahia de Banderas, Nayarit, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Dec 2014; Organization Type: Short term accommodation activities; Folio Mercantil No. 1926 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: KOVAY GARDENS).

ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE (a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia

and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

ADNAN, Ahmed S. Hasan (a.k.a. AHMED, Adnan S. Hasan; a.k.a. SULTAN, Ahmed), Amman, Jordan (individual) [IRAQ2].

ADNAN, Ali Ayad (a.k.a. AYAD, Adnan; a.k.a. 'IYAD, Adnan 'Ali (Arabic: عدنان علي عياد)), Lebanon; Germany; Morocco; Ethiopia; Iraq; Ghana; Nigeria; Turkey; DOB 10 Mar 1963; alt. DOB 01 Jan 1963; nationality Lebanon; alt. nationality Germany; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0435095 (Lebanon); alt. Passport C3T81VJJX (Germany) (individual) [SDGT] (Linked To: HIZBALLAH).

ADNANI, Seyed Mohammad (a.k.a. ALADNANI, Mohammad Jasim Mohammadsadeq; a.k.a. AL-ADNANI, Muhammad; a.k.a. AL-GHORAYFI, Muhammad), Iraq; DOB 27 Jun 1987; alt. DOB 17 Sep 1987; nationality Iran; alt. nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A9792142 (Iraq); alt. Passport E96048299 (Iran); National ID No. 1742742726 (Iran) (individual) [SDGT] [IFSR] (Linked To: FADAKAR, Alireza).

ADNUF, Munir (a.k.a. ADANOF, Munir; a.k.a. ADANOV, Munir); DOB 1951; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

ADONEV, Sergei Nikolaevich (a.k.a. ADONEV, Sergej Nikolaevich (Cyrillic: АДОНЬЕВ, Сергей Николаевич); a.k.a. ADONIEV, Sergey), Enzo Sireni 1, Herzliya 4673502, Israel; DOB 28 Jan 1961; POB Lviv, Lviv Oblast, Ukraine; nationality Russia; alt. nationality Israel; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 758231249 (Russia); alt. Passport 24150347 (Israel); Tax ID No. 780450035797 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KALEIDOSKOP).

ADONEV, Sergej Nikolaevich (Cyrillic: АДОНЬЕВ, Сергей Николаевич) (a.k.a. ADONEV, Sergei Nikolaevich; a.k.a. ADONIEV, Sergey), Enzo Sireni 1, Herzliya 4673502, Israel; DOB 28 Jan 1961; POB Lviv, Lviv Oblast, Ukraine; nationality Russia; alt. nationality Israel; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 758231249 (Russia); alt. Passport 24150347 (Israel); Tax ID No. 780450035797 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KALEIDOSKOP).

ADONIEV, Sergey (a.k.a. ADONEV, Sergei Nikolaevich; a.k.a. ADONEV, Sergej Nikolaevich (Cyrillic: АДОНЬЕВ, Сергей Николаевич)), Enzo Sireni 1, Herzliya 4673502, Israel; DOB 28 Jan 1961; POB Lviv, Lviv Oblast, Ukraine; nationality Russia; alt. nationality Israel; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 758231249 (Russia); alt. Passport 24150347 (Israel); Tax ID No. 780450035797 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KALEIDOSKOP).

ADONIS SHIPPING INC, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 05 Apr 2024; Identification Number IMO 6490991; Registration Number 125282 (Marshall Islands) [IRAN-EO13902].

ADONYEV, Filipp Sergeevich (Cyrillic: АДОНИЕВ, Филипп Сергеевич), Flat L, 21 Cadogan Gardens, London SW3 2RW, United Kingdom; DOB 11 Nov 1997; POB St. Petersburg, Russia; nationality Bulgaria; alt. nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 651250404 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ADONEV, Sergei Nikolaevich).

ADONYEV, Luka Sergeevich (Cyrillic: АДОНИЕВ, Лука Сергеевич), Flat L, 21 Cadogan Gardens, London SW3 2RW, United Kingdom; DOB 06 May 2003; POB St. Petersburg, Russia; nationality Bulgaria; alt. nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 6482878489 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ADONEV, Sergei Nikolaevich).

ADOON GENERAL TRADING FZE (Arabic: ادون جنرال تريدنج م.م.ح), Centurion Star Tower, B-Block, Office 506, Port Saeed, Dubai, United Arab Emirates; Office No. 506, B Floor, Centurion Star Tower, Deira, Dubai, United Arab Emirates; B1 Block, Flat 623, PO Box 21158, Ajman, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: MAHAMUD, Abdi Nasir Ali).

ADOON GENERAL TRADING GIDA SANAYI VE TICARET ANONIM SIRKETI, EGS Bloklari, No: 12-340 Yesilkoy Mahallesi, Ataturk Caddesi, Bakirkoy, Istanbul 34149, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Chamber of Commerce Number 1154982 (Turkey); Registration Number 165136-5 (Turkey); Central Registration System Number 8143922500001 (Turkey) [SDGT] (Linked To: MAHAMUD, Abdi Nasir Ali).

ADOON GENERAL TRADING L.L.C. (Arabic: ادون التجارة العامة ش.ذ.م.م), Office Number 506, B Block, Centurion Star Tower, Opp. Deira City Center, Port Saeed, P.O. Box 64827, Deira, Dubai, United Arab Emirates; Al Ras Area, Dubai, United Arab Emirates; Website www.adoongroup.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 682443 (United Arab Emirates); alt. Business Registration Number 10889604 (United Arab Emirates) [SDGT] (Linked To: MAHAMUD, Abdi Nasir Ali).

ADORABELLA AG (a.k.a. ADORABELLA LIMITED; a.k.a. ADORABELLA LTD; a.k.a. ADORABELLA MKOOO (Cyrillic: АДОРАБЕЛЛА МКООО); a.k.a. ADORABELLA SA), Dammstrasse 19, Zug 6300, Switzerland; Floor Office 1 G 25, B-R Solnechny, 25, Kaliningrad 236006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02

Jul 2021; Tax ID No. 495081111 (Switzerland); Legal Entity Number 2138006K8AF4JD339S40; Registration Number CH-170.3.046.017-9 (Switzerland) [RUSSIA-EO14024] (Linked To: GURYEV, Andrey Grigoryevich).

ADORABELLA LIMITED (a.k.a. ADORABELLA AG; a.k.a. ADORABELLA LTD; a.k.a. ADORABELLA MKOOO (Cyrillic: АДОРАБЕЛЛА МКООО); a.k.a. ADORABELLA SA), Dammstrasse 19, Zug 6300, Switzerland; Floor Office 1 G 25, B-R Solnechny, 25, Kaliningrad 236006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2021; Tax ID No. 495081111 (Switzerland); Legal Entity Number 2138006K8AF4JD339S40; Registration Number CH-170.3.046.017-9 (Switzerland) [RUSSIA-EO14024] (Linked To: GURYEV, Andrey Grigoryevich).

ADORABELLA LTD (a.k.a. ADORABELLA AG; a.k.a. ADORABELLA LIMITED; a.k.a. ADORABELLA MKOOO (Cyrillic: АДОРАБЕЛЛА МКООО); a.k.a. ADORABELLA SA), Dammstrasse 19, Zug 6300, Switzerland; Floor Office 1 G 25, B-R Solnechny, 25, Kaliningrad 236006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2021; Tax ID No. 495081111 (Switzerland); Legal Entity Number 2138006K8AF4JD339S40; Registration Number CH-170.3.046.017-9 (Switzerland) [RUSSIA-EO14024] (Linked To: GURYEV, Andrey Grigoryevich).

ADORABELLA MKOOO (Cyrillic: АДОРАБЕЛЛА МКООО) (a.k.a. ADORABELLA AG; a.k.a. ADORABELLA LIMITED; a.k.a. ADORABELLA LTD; a.k.a. ADORABELLA SA), Dammstrasse 19, Zug 6300, Switzerland; Floor Office 1 G 25, B-R Solnechny, 25, Kaliningrad 236006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2021; Tax ID No. 495081111 (Switzerland); Legal Entity Number 2138006K8AF4JD339S40; Registration Number CH-170.3.046.017-9 (Switzerland) [RUSSIA-EO14024] (Linked To: GURYEV, Andrey Grigoryevich).

ADORABELLA SA (a.k.a. ADORABELLA AG; a.k.a. ADORABELLA LIMITED; a.k.a. ADORABELLA LTD; a.k.a. ADORABELLA MKOOO (Cyrillic: АДОРАБЕЛЛА МКООО)), Dammstrasse 19, Zug 6300, Switzerland; Floor Office 1 G 25, B-R Solnechny, 25, Kaliningrad 236006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Organization Established Date 02 Jul 2021; Tax ID No. 495081111 (Switzerland); Legal Entity Number 2138006K8AF4JD339S40; Registration Number CH-170.3.046.017-9 (Switzerland) [RUSSIA-EO14024] (Linked To: GURYEV, Andrey Grigoryevich).

ADP, S.C., Tijuana, Baja California, Mexico [SDNTK].

ADRISS, Ahmad (Arabic: أحمد إدريس), Syria; DOB 05 Jan 1986; POB Tartous, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 015638373 (Syria) expires 21 Aug 2028 (individual) [SDGT] (Linked To: ANSARALLAH).

ADT PETROSERVICIOS, S.A. DE C.V., Carretera Federal Mexico - Tuxpan Km. 255 S/N, Santiago de la Pena, Tuxpan, Veracruz 92770, Mexico; Calle Panama #509, Colonia 27 De Septiembre, Poza Rica, Veracruz 93220, Mexico; Calle Rafael Nieto #187, Colonia El Cuatro, Cero Azul, Veracruz 82510, Mexico; Calle Francita #202, Colonia Guadalupe, Tampico, Tamaulipas 89120, Mexico; Veracruz, Veracruz, Mexico; Villahermosa, Tabasco, Mexico; R.F.C. APE010515F17 (Mexico) [SDNTK].

ADUOL, Gregory Deng Kuac (a.k.a. DIMITRY, Gregory Vasili; a.k.a. KUAC, Gregory Deng; a.k.a. KUACH, Gregory Deng; a.k.a. YALOURIS, Gregory Vasilis Dimitry), Juba, South Sudan; DOB 01 Jan 1961; POB Ajogo, South Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

ADVANCE BANKING SOLUTION TRADING DMCC (Arabic: آدفانس بانكينغ سوليوشن تريدنغ م.د.م.س) (a.k.a. ADVANCE BANKING SOLUTIONS DMCC; a.k.a. "ABS CORPORATION"), 804 Jumeirah Bay Tower X3, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; License DMCC-402070 (United Arab Emirates); alt. License JLT-66110 (United Arab Emirates); Economic Register Number (CBLS) 11459098 (United Arab Emirates); alt. Economic Register Number (CBLS) 11464855 (United Arab Emirates) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

ADVANCE BANKING SOLUTIONS DMCC (a.k.a. ADVANCE BANKING SOLUTION TRADING DMCC (Arabic: آدفانس بانكينغ سوليوشن تريدنغ م.د.م.س); a.k.a. "ABS CORPORATION"), 804 Jumeirah Bay Tower X3, Dubai, United Arab

Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; License DMCC-402070 (United Arab Emirates); alt. License JLT-66110 (United Arab Emirates); Economic Register Number (CBLS) 11459098 (United Arab Emirates); alt. Economic Register Number (CBLS) 11464855 (United Arab Emirates) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

ADVANCE ELECTRICAL AND INDUSTRIAL TECHNOLOGIES SL (a.k.a. CLEAR TRADE LINK SL; a.k.a. "AEIT"), Passeig Verdauguer, 120, Igualada (Barcelona) 08700, Spain; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ADVANCE SECURITY SOLUTIONS (a.k.a. "ADVANCED SECURITY SOLUTIONS"), R-311-315, Jumeirah Living Marina Gate 3, P.O. Box 121828, Dubai, United Arab Emirates; Tashkent, Uzbekistan; Website advance-sec.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 2025; Organization Type: Computer programming activities [CAATSA - RUSSIA] [CYBER4] (Linked To: MAMASHOYEV, Azizjon Makhmudovich).

ADVANCED ELECTRONICS DEVELOPMENT, LTD, 3 Mandeville Place, London, United Kingdom [IRAQ2].

ADVANCED FIBER DEVELOPMENT COMPANY (Arabic: شرکت گسترش الیاف پیشرفته) (a.k.a. "GOSTARESH ALIAF PISHRAFTEH"), Unit 1, First Floor, Number 8, Bina Alley, Andisheh 7th Alley, Tehran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102779415 (Iran); Registration Number 237048 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

ADVANCED INDUSTRIAL TECHNOLOGIES GMBH, Dorfstrasse 28, Niederhasli 8155, Switzerland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 296534195 (Switzerland); Company Number CHE-296.534.195 (Switzerland); Registration Number CH-020.4.068.609-3 (Switzerland) [RUSSIA-EO14024].

ADVANCED INFORMATION AND COMMUNICATION TECHNOLOGY CENTER (a.k.a. ADVANCED INFORMATION AND COMMUNICATION TECHNOLOGY RESEARCH INSTITUTE; a.k.a. AICTC; a.k.a.

"AICT"), No. 5, Golestan Alley, Shahid Ghasemi St., Sharif University of Technology, Tehran, Iran; Website www.aictc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ADVANCED INFORMATION AND COMMUNICATION TECHNOLOGY RESEARCH INSTITUTE (a.k.a. ADVANCED INFORMATION AND COMMUNICATION TECHNOLOGY CENTER; a.k.a. AICTC; a.k.a. "AICT"), No. 5, Golestan Alley, Shahid Ghasemi St., Sharif University of Technology, Tehran, Iran; Website www.aictc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ADVANCED PERSISTENT THREAT 39 (a.k.a. APT39; a.k.a. CADELSPY; a.k.a. CHAFER; a.k.a. ITG07; a.k.a. REMEXI), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ADVANCED RESEARCH FOUNDATION (a.k.a. FOND PERSPEKTIVNYKH ISSLEDOVANIY (Cyrillic: ФОНД ПЕРСПЕКТИВНЫХ ИССЛЕДОВАНИЙ); a.k.a. "FPI"), Nab. Berezhkovskaya, D. 22, Str. 3, Moscow 121059, Russia; Website fpi.gov.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7710480347 (Russia); Registration Number 1127799026596 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

ADVANCED SYSTEMS RESEARCH COMPANY (a.k.a. ASRC; a.k.a. CENTER FOR ADVANCED SYSTEMS RESEARCH; a.k.a. CRAS; a.k.a. PISHRO COMPANY; a.k.a. PISHRO SYSTEMS RESEARCH COMPANY), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ADVANCED TECHNOLOGIES COMPANY OF IRAN (f.k.a. GHANI SAZI ENRICHMENT; a.k.a. IRAN ADVANCED TECHNOLOGIES COMPANY; f.k.a. IRAN URANIUM ENRICHMENT COMPANY; f.k.a. IRANIAN ENRICHMENT COMPANY; a.k.a. "ADVANCED TECHNOLOGIES"; a.k.a. "ADVANCED TECHNOLOGIES COMPANY"; a.k.a. "ADVANCED TECHNOLOGIES HOLDING COMPANY"; a.k.a. "IATC"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No.

10103378982 (Iran); Registration Number 299780 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

ADVANTAGE TRADING CO., LIMITED, Shop 185, Ground Floor, Hang Wai Ind. Centre, No. 6 Kin Tai St., Tuen Mun, N.T., Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 22 Mar 2023; Company Number 3251687 (Hong Kong) [NPWMD] [IFSR] (Linked To: PISHTAZAN KAVOSH GOSTAR BOSHRA LLC).

AEM PROPULSION, Stachek avenue 47, Room 17, St. Petersburg 198097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706614573 (Russia); Registration Number 1067746426439 (Russia) [RUSSIA-EO14024].

AEOI BASIJ RESISTANCE CENTER (a.k.a. BASIJ RESISTANCE CENTER OF THE AEOI), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

AERIALIA, 15 Etangs De Diane, Garennes-Sur-Eure 27780, France; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Jan 2024; Tax ID No. 983544560 (France) [RUSSIA-EO14024] (Linked To: REUTOV, Igor Aleksandrovich).

AERILYN SHIPPING INC., Oficina E, Piso 20, Edificio Global Plaza, Calle 50, Panama City, Panama; Organization Established Date 10 Jul 2024; RUC # 155754063-2-2024 (Panama); Identification Number IMO 0012961 [IRAN-EO13902].

AERO CONTINENT S.A. (a.k.a. AERO CONTINENTE S.A; a.k.a. AEROCONTINENTE S.A.; n.k.a. NUEVO CONTINENTE S.A.; n.k.a. NUEVOCONTINENTE S.A.; a.k.a. WWW.AEROCONTINENTE.COM; a.k.a. WWW.AEROCONTINENTE.COM.PE; n.k.a. WWW.NUEVOCONTINENTE.COM.PE), Jr. Francisco Bolognesi 125, Piso 16, Miraflores, Lima 18, Peru; Av. Grau 602 D, Barranco, Lima, Peru; Plaza Camacho TDA 3-C, La Molina, Lima, Peru; Av. Antunez de Mayolo 889, Los Olivos, Lima, Peru; Av. Pardo 605, Miraflores I-Pardo, Lima, Peru; Av. Camino Real 441, San Isidro, Lima, Peru; Av. Arequipa 326, Santa Beatriz, Lima, Peru; Av. Benavides 4581, Surco I, Lima, Peru; Av. Saenz Pena 184, Callao, Lima, Peru; Av. Rufino Torrico 981, Lima, Peru; Av. Enrique Llosa 395-A, Magdalena, Lima,

Peru; Av. Larco 123-2 Do Piso, Miraflores II-Larco, Lima, Peru; Av. Peru 3421, San Martin de Porres, Lima, Peru; C.C. San Miguel Shopping Center, TDA. 50 - Av. La Mar 2291, San Miguel, Lima, Peru; Av. La Encalada 1587, (C.C. El Polo Block A Oficina 213), Surco II-C.C. El Polo, Lima, Peru; Av. Jose Pardo 601, Miraflores, Lima, Peru; Av. Peru 3421, San Martin, Lima, Peru; Av. Grau 624, Barranco, Lima, Peru; Av. La Marina 2095, San Miguel, Lima, Peru; Sta Catalina 105 A-B, Arequipa, Peru; Jr. 9 de Diciembre 160, Ayacucho, Peru; Jr. 2 de Mayo 381, Cajamarca, Peru; Calle San Jose 867-879, Chiclayo, Peru; Portal de Carnes 254, Cusco, Peru; Jr. Prospero 232, Iquitos, Peru; Calle San Roman 175, Juliaca, Peru; Jr. Libertad 945-951, Piura, Peru; Leon Velarde 584, Puerto Maldonado, Peru; Jr. 7 de Junio 861, Pucallpa, Peru; Alonso de Alvarado 726, Rioja, Peru; Calle Apurimac 265, Tacna, Peru; Jr. Moyobamba 101, Tarapoto, Peru; Jr. Pizarro 470, Trujillo, Peru; Av. Tumbes 217, Tumbes, Peru; Jr. Libertad 139, Yurimaguas, Peru; Av. Thames 2406 (CP 1425) C.F., Buenos Aires, Argentina; Av. Amazonas No. 22-11B Y Veintimilla-Quito, Quito, Ecuador; Avenida Portugal No. 20, Of. 27 - Comuna Santiago Centro, Santiago, Chile; Boyaca 1012 Y P. Icaza, Guayaquil, Ecuador; Av. 27 De Febrero No. 102, Edif Miguel Mejia Urr. El Vergel, Santo Domingo, Dominican Republic; 1ra Avenida de Los Palos Grandes, Centro Comercial Quinora P.B., Locales L-1A y L-2A, Caracas, Venezuela; Calle Rio Rhin No. 64, P.B. Col. Cuauhtemoc C.P., Mexico City D.F. 065000, Mexico; Av. Colon 119 Piso 3 Of. 6 (CP-X5000EPB), Cordoba, Argentina; Rivadavia 209 (CP-5500), Mendoza, Argentina; Sarmiento 854 Piso 8 Of. 3 y 4 (CP-S2000CMN), Rosario, Santa Fe, Argentina; Bogota, Colombia; 8940 NW 24 Terrace, Miami, FL 33172, United States; NIT # 8300720300 (Colombia); US FEIN 55-2197267; RUC # 20108363101 (Peru); Business Registration Document # F01000003035 (United States) [SDNTK].

AERO CONTINENTE (USA) INC. (a.k.a. AERO CONTINENTE, INC.), Miami, FL, United States; US FEIN 65-0467983; Business Registration Document # P94000013372 (United States) [SDNTK].

AERO CONTINENTE E.I.R.L., Avenida Jose Pardo 601, Int. 16, Lima, Peru; RUC # 20510752695 (Peru) [SDNTK].

AERO CONTINENTE S.A (a.k.a. AERO CONTINENT S.A.; a.k.a. AEROCONTINENTE

S.A.; n.k.a. NUEVO CONTINENTE S.A.; n.k.a. NUEVOCONTINENTE S.A.; a.k.a. WWW.AEROCONTINENTE.COM; a.k.a. WWW.AEROCONTINENTE.COM.PE; n.k.a. WWW.NUEVOCONTINENTE.COM.PE), Jr. Francisco Bolognesi 125, Piso 16, Miraflores, Lima 18, Peru; Av. Grau 602 D, Barranco, Lima, Peru; Plaza Camacho TDA 3-C, La Molina, Lima, Peru; Av. Antunez de Mayolo 889, Los Olivos, Lima, Peru; Av. Pardo 605, Miraflores I-Pardo, Lima, Peru; Av. Camino Real 441, San Isidro, Lima, Peru; Av. Arequipa 326, Santa Beatriz, Lima, Peru; Av. Benavides 4581, Surco I, Lima, Peru; Av. Saenz Pena 184, Callao, Lima, Peru; Av. Rufino Torrico 981, Lima, Peru; Av. Enrique Llosa 395-A, Magdalena, Lima, Peru; Av. Larco 123-2 Do Piso, Miraflores II-Larco, Lima, Peru; Av. Peru 3421, San Martin de Porres, Lima, Peru; C.C. San Miguel Shopping Center, TDA. 50 - Av. La Mar 2291, San Miguel, Lima, Peru; Av. La Encalada 1587, (C.C. El Polo Block A Oficina 213), Surco II-C.C. El Polo, Lima, Peru; Av. Jose Pardo 601, Miraflores, Lima, Peru; Av. Peru 3421, San Martin, Lima, Peru; Av. Grau 624, Barranco, Lima, Peru; Av. La Marina 2095, San Miguel, Lima, Peru; Sta Catalina 105 A-B, Arequipa, Peru; Jr. 9 de Diciembre 160, Ayacucho, Peru; Jr. 2 de Mayo 381, Cajamarca, Peru; Calle San Jose 867-879, Chiclayo, Peru; Portal de Carnes 254, Cusco, Peru; Jr. Prospero 232, Iquitos, Peru; Calle San Roman 175, Juliaca, Peru; Jr. Libertad 945-951, Piura, Peru; Leon Velarde 584, Puerto Maldonado, Peru; Jr. 7 de Junio 861, Pucallpa, Peru; Alonso de Alvarado 726, Rioja, Peru; Calle Apurimac 265, Tacna, Peru; Jr. Moyobamba 101, Tarapoto, Peru; Jr. Pizarro 470, Trujillo, Peru; Av. Tumbes 217, Tumbes, Peru; Jr. Libertad 139, Yurimaguas, Peru; Av. Thames 2406 (CP 1425) C.F., Buenos Aires, Argentina; Av. Amazonas No. 22-11B Y Veintimilla-Quito, Quito, Ecuador; Avenida Portugal No. 20, Of. 27 - Comuna Santiago Centro, Santiago, Chile; Boyaca 1012 Y P. Icaza, Guayaquil, Ecuador; Av. 27 De Febrero No. 102, Edif Miguel Mejia Urr. El Vergel, Santo Domingo, Dominican Republic; 1ra Avenida de Los Palos Grandes, Centro Comercial Quinora P.B., Locales L-1A y L-2A, Caracas, Venezuela; Calle Rio Rhin No. 64, P.B. Col. Cuauhtemoc C.P., Mexico City D.F. 065000, Mexico; Av. Colon 119 Piso 3 Of. 6 (CP-X5000EPB), Cordoba, Argentina; Rivadavia 209 (CP-5500), Mendoza, Argentina; Sarmiento 854 Piso 8 Of. 3 y 4 (CP-S2000CMN), Rosario, Santa Fe, Argentina; Bogota, Colombia; 8940 NW 24 Terrace, Miami, FL 33172, United States; NIT # 8300720300 (Colombia); US FEIN 55-2197267; RUC # 20108363101 (Peru); Business Registration Document # F01000003035 (United States) [SDNTK].

AERO CONTINENTE, INC. (a.k.a. AERO CONTINENTE (USA) INC.), Miami, FL, United States; US FEIN 65-0467983; Business Registration Document # P94000013372 (United States) [SDNTK].

AERO COURIER CARGO S.A., Avenida Jose Pardo 601, Edificio La Alameda, Lima, Peru; RUC # 20507531823 (Peru) [SDNTK].

AERO EXPRESS INTERCONTINENTAL S.A. DE C.V. (a.k.a. "AEISA"; a.k.a. "INTEREXPRESS"), Oriente 158 No. 390-E, Colonia Moctezuma, Segunda Seccion, Delegacion Venustiano Carranza, Mexico City, Distrito Federal, Mexico; Avenida Ruben Dario, Albrook Comercial Park, Deposito No. 20, Bella Vista, Distrito de Panama, Panama; R.F.C. AIN-000713-GR7 (Mexico) [SDNTK].

AERO SKY ONE LTD (a.k.a. AERO SKYONE CO. LIMITED; a.k.a. AEROSKYONE CO. LTD), Tianhe Qu, Tianhe Bei Lu, 255 Hao, 1606 Fang, Guangzhou, China; Room 1501 (340), 15/F, SPA Center, 53-55 Lockhart Road, Wan Chai, Hong Kong; Room 1501 (340), Lockhart, Wan Chai, Hong Kong; Website www.aerskyone.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ZEAITER, Ali).

AERO SKYONE CO. LIMITED (a.k.a. AERO SKY ONE LTD; a.k.a. AEROSKYONE CO. LTD), Tianhe Qu, Tianhe Bei Lu, 255 Hao, 1606 Fang, Guangzhou, China; Room 1501 (340), 15/F, SPA Center, 53-55 Lockhart Road, Wan Chai, Hong Kong; Room 1501 (340), Lockhart, Wan Chai, Hong Kong; Website www.aerskyone.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ZEAITER, Ali).

AEROATLANTICO LTDA. (a.k.a. AEROVIAS ATLANTICO LTDA.), Aeropuerto Int. Ernesto Cortisoz Hangar 1, Barranquilla Atlantico, Colombia; NIT # 890109958-1 (Colombia) [SDNT].

AERO-CARIBBEAN (a.k.a. AEROCARIBBEAN AIRLINES), Havana, Cuba [CUBA].

AEROCARIBBEAN AIRLINES (a.k.a. AERO-CARIBBEAN), Havana, Cuba [CUBA].

AEROCOMERCIAL ALAS DE COLOMBIA LTDA., Avenida El Dorado Entrada 2 Int. 6, Bogota, Colombia; NIT # 800049071-7 (Colombia) [SDNT].

AEROCONDOR S.A. DE C.V. (a.k.a. AERONAUTICA CONDOR S.A. DE C.V.), Calle 3 Hangar 22 al 29, Aeropuerto Internacional Toluca, Toluca, Estado de Mexico C.P. 50500, Mexico; Hangar D-2 y D-3, Puerta 2, Aviacion General, Aeropuerto Internacional de Toluca, Toluca, Estado de Mexico, Mexico; R.F.C. ACO-031113-MB8 (Mexico) [SDNT].

AEROCONTINENTE S.A. (a.k.a. AERO CONTINENT S.A.; a.k.a. AERO CONTINENTE S.A; a.k.a. AERO CONTINENTE S.A; n.k.a. NUEVO CONTINENTE S.A.; n.k.a. NUEVOCONTINENTE S.A.; a.k.a. WWW.AEROCONTINENTE.COM; a.k.a. WWW.AEROCONTINENTE.COM.PE; n.k.a. WWW.NUEVOCONTINENTE.COM.PE), Jr. Francisco Bolognesi 125, Piso 16, Miraflores, Lima 18, Peru; Av. Grau 602 D, Barranco, Lima, Peru; Plaza Camacho TDA 3-C, La Molina, Lima, Peru; Av. Antunez de Mayolo 889, Los Olivos, Lima, Peru; Av. Pardo 605, Miraflores I-Pardo, Lima, Peru; Av. Camino Real 441, San Isidro, Lima, Peru; Av. Arequipa 326, Santa Beatriz, Lima, Peru; Av. Benavides 4581, Surco I, Lima, Peru; Av. Saenz Pena 184, Callao, Lima, Peru; Av. Rufino Torrico 981, Lima, Peru; Av. Enrique Llosa 395-A, Magdalena, Lima, Peru; Av. Larco 123-2 Do Piso, Miraflores II-Larco, Lima, Peru; Av. Peru 3421, San Martin de Porres, Lima, Peru; C.C. San Miguel Shopping Center, TDA. 50 - Av. La Mar 2291, San Miguel, Lima, Peru; Av. La Encalada 1587, (C.C. El Polo Block A Oficina 213), Surco II-C.C. El Polo, Lima, Peru; Av. Jose Pardo 601, Miraflores, Lima, Peru; Av. Peru 3421, San Martin, Lima, Peru; Av. Grau 624, Barranco, Lima, Peru; Av. La Marina 2095, San Miguel, Lima, Peru; Sta Catalina 105 A-B, Arequipa, Peru; Jr. 9 de Diciembre 160, Ayacucho, Peru; Jr. 2 de Mayo 381, Cajamarca, Peru; Calle San Jose 867-879, Chiclayo, Peru; Portal de Carnes 254, Cusco, Peru; Jr. Prospero 232, Iquitos, Peru; Calle San Roman 175, Juliaca, Peru; Jr. Libertad 945-951, Piura, Peru; Leon Velarde 584, Puerto Maldonado, Peru; Jr. 7 de Junio 861, Pucallpa, Peru; Alonso de Alvarado 726,

Rioja, Peru; Calle Apurimac 265, Tacna, Peru; Jr. Moyobamba 101, Tarapoto, Peru; Jr. Pizarro 470, Trujillo, Peru; Av. Tumbes 217, Tumbes, Peru; Jr. Libertad 139, Yurimaguas, Peru; Av. Thames 2406 (CP 1425) C.F., Buenos Aires, Argentina; Av. Amazonas No. 22-11B Y Veintimilla-Quito, Quito, Ecuador; Avenida Portugal No. 20, Of. 27 - Comuna Santiago Centro, Santiago, Chile; Boyaca 1012 Y P. Icaza, Guayaquil, Ecuador; Av. 27 De Febrero No. 102, Edif Miguel Mejia Urr. El Vergel, Santo Domingo, Dominican Republic; 1ra Avenida de Los Palos Grandes, Centro Comercial Quinora P.B., Locales L-1A y L-2A, Caracas, Venezuela; Calle Rio Rhin No. 64, P.B. Col. Cuauhtemoc C.P., Mexico City D.F. 065000, Mexico; Av. Colon 119 Piso 3 Of. 6 (CP-X5000EPB), Cordoba, Argentina; Rivadavia 209 (CP-5500), Mendoza, Argentina; Sarmiento 854 Piso 8 Of. 3 y 4 (CP-S2000CMN), Rosario, Santa Fe, Argentina; Bogota, Colombia; 8940 NW 24 Terrace, Miami, FL 33172, United States; NIT # 8300720300 (Colombia); US FEIN 55-2197267; RUC # 20108363101 (Peru); Business Registration Document # F01000003035 (United States) [SDNTK].

AEROMAX GROUP (a.k.a. AEROMAX LTD; a.k.a. LIMITED LIABILITY COMPANY AEROMAKS), Per. Milyutinskii D. 13, Str. 1, Floor 5, Pomeshch 1, Kom. 12, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jan 2017; Tax ID No. 7725347482 (Russia); Registration Number 1177746007900 (Russia) [RUSSIA-EO14024].

AEROMAX LTD (a.k.a. AEROMAX GROUP; a.k.a. LIMITED LIABILITY COMPANY AEROMAKS), Per. Milyutinskii D. 13, Str. 1, Floor 5, Pomeshch 1, Kom. 12, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jan 2017; Tax ID No. 7725347482 (Russia); Registration Number 1177746007900 (Russia) [RUSSIA-EO14024].

AEROMOTUS UNMANNED AERIAL VEHICLES TRADING LLC (Arabic: اروموتس لتجارة الطائرات التي تعمل بدون طيار ش.ذ.م.م), Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Jan 2017; Organization Type: Wholesale of other machinery and equipment; Registration Number 10951485 (United Arab Emirates); alt.

Registration Number 775265 (United Arab Emirates); alt. Registration Number 1268139 (United Arab Emirates) [RUSSIA-EO14024].

AERONAUTICA CONDOR DE PANAMA, S.A., Panama; RUC # 581123-1-448204-93 (Panama) [SDNT].

AERONAUTICA CONDOR S.A. DE C.V. (a.k.a. AEROCONDOR S.A. DE C.V.), Calle 3 Hangar 22 al 29, Aeropuerto Internacional Toluca, Toluca, Estado de Mexico C.P. 50500, Mexico; Hangar D-2 y D-3, Puerta 2, Aviacion General, Aeropuerto Internacional de Toluca, Toluca, Estado de Mexico, Mexico; R.F.C. ACO-031113-MB8 (Mexico) [SDNT].

AEROPORT BEGISHEVO AO (a.k.a. AKTSIONERNOE OBSHCHESTVO AEROPORT BEGISHEVO; a.k.a. BEGISHEVO AIRPORT JOINT STOCK COMPANY; a.k.a. BEGISHEVO AIRPORT OPEN JOINT STOCK COMPANY; a.k.a. BEGISHEVO INTERNATIONAL AIRPORT), Aeroport Begishevo, Nizhnekamsk 423550, Russia; Aeroport S. Biklyan, Tukaevski Raion, Tatarstan Resp. 423878, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Aug 2006; Tax ID No. 1650145238 (Russia); Government Gazette Number 96889449 (Russia); Registration Number 1061650059921 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

AEROSKYONE CO. LTD (a.k.a. AERO SKY ONE LTD; a.k.a. AERO SKYONE CO. LIMITED), Tianhe Qu, Tianhe Bei Lu, 255 Hao, 1606 Fang, Guangzhou, China; Room 1501 (340), 15/F, SPA Center, 53-55 Lockhart Road, Wan Chai, Hong Kong; Room 1501 (340), Lockhart, Wan Chai, Hong Kong; Website www.aerskyone.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ZEAITER, Ali).

AEROSPACE DIVISION OF IRGC (a.k.a. AEROSPACE FORCE OF THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. AFAGIR; a.k.a. AIR FORCE, IRGC (PASDARAN); a.k.a. IRGC AEROSPACE FORCE; a.k.a. IRGC AIR FORCE; a.k.a. IRGCAF; a.k.a. IRGCASF; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE; a.k.a. ISLAMIC

REVOLUTIONARY GUARDS CORPS AEROSPACE FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AIR FORCE; a.k.a. SEPAH PASDARAN AIR FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [RUSSIA-EO14024].

AEROSPACE FORCE OF THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION (a.k.a. AEROSPACE DIVISION OF IRGC; a.k.a. AFAGIR; a.k.a. AIR FORCE, IRGC (PASDARAN); a.k.a. IRGC AEROSPACE FORCE; a.k.a. IRGC AIR FORCE; a.k.a. IRGCAF; a.k.a. IRGCASF; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AEROSPACE FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AIR FORCE; a.k.a. SEPAH PASDARAN AIR FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [RUSSIA-EO14024].

AEROSPACE INDUSTRIES ORGANIZATION (a.k.a. SAZMANE SANAYE HAVA FAZA; a.k.a. "AIO"), Langare Street, Nobonyad Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

AEROSPACE RESEARCH INSTITUTE (a.k.a. ASTRONAUTICS RESEARCH INSTITUTE; a.k.a. ASTRONAUTICS SYSTEMS RESEARCH CENTER), P.O. Box 15875-3885, Tehran, Iran; 15th St, Mahestan St, Iran Zamin St, Shahrak Ghods, Tehran 1465774111, Iran; Aerospace Rd, Mahestan Rd, Iran Zamin Rd, PO Box 14665-834, Tehran, Iran; Shahrak-e-Ghods, Zamin St, Mahestan St, 15 Metri St, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

AEROSTAGE SERVICES LIMITED LIABILITY COMPANY (Latin: SOCIETATEA CU RĂSPUNDERE LIMITATĂ AEROSTAGE SERVICES) (a.k.a. AEROSTAGE SERVICES

SRL), 11 str. Teodoroiu Ecaterina, Chisinau, Moldova; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1022600018514 (Moldova) [RUSSIA-EO14024].

AEROSTAGE SERVICES SRL (a.k.a. AEROSTAGE SERVICES LIMITED LIABILITY COMPANY (Latin: SOCIETATEA CU RĂSPUNDERE LIMITATĂ AEROSTAGE SERVICES)), 11 str. Teodoroiu Ecaterina, Chisinau, Moldova; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1022600018514 (Moldova) [RUSSIA-EO14024].

AEROVIAS ATLANTICO LTDA. (a.k.a. AEROATLANTICO LTDA.), Aeropuerto Int. Ernesto Cortisoz Hangar 1, Barranquilla Atlantico, Colombia; NIT # 890109958-1 (Colombia) [SDNT].

AESTC SOYUZ (f.k.a. MOSKOVSKOYE NAUCHNO-PROIZVODSTVENNOYE OBYEDINENIYE SOYUZ; a.k.a. OPEN JOINT STOCK COMPANY AERO ENGINE SCIENTIFIC AND TECHNICAL COMPANY SOYUZ), 2/4, Luzhnetskaya Naberezhnaya, Moscow 119270, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704104217 (Russia); Registration Number 1027739017162 (Russia) [RUSSIA-EO14024].

AEZA GROUP LLC, Ul. Zolnaya d. 15, str. 1, Pomeshch 1N, Office 603, St. Petersburg 193318, Russia; Kronversky pr-kt, 65 letter B, room 2n, office 1, room 5, St. Petersburg 197198, Russia; Website aeza.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 17 Jun 2021; Digital Currency Address - TRX TU4tDFRvcKhAZ1jdihojmBWZqvJhQCnJ4F; Tax ID No. 7813654490 (Russia); Business Registration Number 1217800095248 (Russia) [CAATSA - RUSSIA] [CYBER4].

AEZA INTERNATIONAL, LTD., 347 Barking Road, London E13 8EE, United Kingdom; 311 Shoreham Street, Sheffield S2 4FA, United Kingdom; 71-75 Shelton Street, Covent Garden, London WC2H 9JQ, United Kingdom; Website aeza.net; Organization Established Date 01 Sep 2023; Company Number 15109642 (United Kingdom) [CYBER4] (Linked To: AEZA GROUP LLC).

AEZA LOGISTIC LLC, Ul. Zolnaya d. 15, str. 1, Pomeshch 1N, Office 603A, St. Petersburg 193318, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 27 Sep 2024; Tax ID No. 7810965578 (Russia); Business Registration Number 1247800096081 (Russia) [CAATSA - RUSSIA] [CYBER4] (Linked To: AEZA GROUP LLC).

AF TELECOM HOLDING LIMITED LIABILITY COMPANY (Cyrillic: АФ ТЕЛЕКОМ ХОЛДИНГ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. AF TELEKOM HOLDING OOO; a.k.a. AF TELEKOM KHOLDING OOO), d. 18 etazh 3 kom. 64, per.1-I Tverskoi-Yamskoi, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 May 2007; Tax ID No. 7715650360 (Russia); Government Gazette Number 80873481 (Russia); Registration Number 5077746801963 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY USM TELECOM).

AF TELEKOM HOLDING OOO (a.k.a. AF TELECOM HOLDING LIMITED LIABILITY COMPANY (Cyrillic: АФ ТЕЛЕКОМ ХОЛДИНГ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); a.k.a. AF TELEKOM KHOLDING OOO), d. 18 etazh 3 kom. 64, per.1-I Tverskoi-Yamskoi, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 May 2007; Tax ID No. 7715650360 (Russia); Government Gazette Number 80873481 (Russia); Registration Number 5077746801963 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY USM TELECOM).

AF TELEKOM KHOLDING OOO (a.k.a. AF TELECOM HOLDING LIMITED LIABILITY COMPANY (Cyrillic: АФ ТЕЛЕКОМ ХОЛДИНГ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); a.k.a. AF TELEKOM HOLDING OOO), d. 18 etazh 3 kom. 64, per.1-I Tverskoi-Yamskoi, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 May 2007; Tax ID No. 7715650360 (Russia); Government Gazette Number 80873481 (Russia); Registration Number 5077746801963 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY USM TELECOM).

AFAGIR (a.k.a. AEROSPACE DIVISION OF IRGC; a.k.a. AEROSPACE FORCE OF THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. AIR FORCE, IRGC (PASDARAN); a.k.a. IRGC AEROSPACE FORCE; a.k.a. IRGC AIR FORCE; a.k.a. IRGCAF; a.k.a. IRGCASF; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AEROSPACE FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AIR FORCE; a.k.a. SEPAH PASDARAN AIR FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [RUSSIA-EO14024].

AFAK DUBAI EXCHANGE COMPANY (a.k.a. AFAQ DUBAI; a.k.a. AFAQ DUBAI COMPANY; a.k.a. AFAQ DUBAI HAWALAH; f.k.a. "ASTU"), Iraq; Email Address me.iraq17@yahoo.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AFANASEV, Igor Iurevich (a.k.a. AFANASIEV, Igor Yurievich; a.k.a. AFANASYEV, Igor Yurievich), Russia; DOB 07 Sep 1968; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772375218154 (Russia) (individual) [RUSSIA-EO14024].

AFANASEVA, Yelena Vladimirovna (Cyrillic: АФАНАСЬЕВА, Елена Владимировна) (a.k.a. AFANASYEVA, Yelena Vladimirovna), Russia; DOB 27 Mar 1975; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AFANASIEV, Dmitry (a.k.a. AFANASYEV, Dmitriy Valeryevich), Russia; DOB 18 Nov 1988; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

AFANASIEV, Igor Yurievich (a.k.a. AFANASEV, Igor Iurevich; a.k.a. AFANASYEV, Igor

Yurievich), Russia; DOB 07 Sep 1968; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772375218154 (Russia) (individual) [RUSSIA-EO14024].

AFANASOV, Mikhail Alexandrovich (Cyrillic: АФАНАСОВ, Михаил Александрович), Russia; DOB 15 Jun 1953; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AFANASYEV, Dmitriy Valeryevich (a.k.a. AFANASIEV, Dmitry), Russia; DOB 18 Nov 1988; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

AFANASYEV, Igor Yurievich (a.k.a. AFANASEV, Igor Iurevich; a.k.a. AFANASIEV, Igor Yurievich), Russia; DOB 07 Sep 1968; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772375218154 (Russia) (individual) [RUSSIA-EO14024].

AFANASYEV, Sergei (a.k.a. AFANASYEV, Sergey), Russia; DOB 16 May 1963; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

AFANASYEV, Sergey (a.k.a. AFANASYEV, Sergei), Russia; DOB 16 May 1963; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

AFANASYEVA, Elena Mikhaylovna (Cyrillic: АФАНАСЬЕВА, Елена Михайловна) (a.k.a. PESTI, Victoria; a.k.a. SHUDRA, Helena), Moscow, Russia; DOB 22 Jun 1997; POB Saratov, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 752654183 (Russia) (individual) [RUSSIA-EO14024].

AFANASYEVA, Yelena Vladimirovna (a.k.a. AFANASEVA, Yelena Vladimirovna (Cyrillic: АФАНАСЬЕВА, Елена Владимировна)), Russia; DOB 27 Mar 1975; nationality Russia;

Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AFANASYEVA, Yulia Andreevna (Cyrillic: АФАНАСЬЕВА, Юлия Андреевна), St. Petersburg, Russia; DOB 24 Feb 1988; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 782516327349 (Russia) (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848].

AFAQ DUBAI (a.k.a. AFAK DUBAI EXCHANGE COMPANY; a.k.a. AFAQ DUBAI COMPANY; a.k.a. AFAQ DUBAI HAWALAH; f.k.a. "ASTU"), Iraq; Email Address me.iraq17@yahoo.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AFAQ DUBAI COMPANY (a.k.a. AFAK DUBAI EXCHANGE COMPANY; a.k.a. AFAQ DUBAI; a.k.a. AFAQ DUBAI HAWALAH; f.k.a. "ASTU"), Iraq; Email Address me.iraq17@yahoo.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AFAQ DUBAI HAWALAH (a.k.a. AFAK DUBAI EXCHANGE COMPANY; a.k.a. AFAQ DUBAI; a.k.a. AFAQ DUBAI COMPANY; f.k.a. "ASTU"), Iraq; Email Address me.iraq17@yahoo.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AFFILIATES INTERNATIONAL (a.k.a. MS AFFILIATES INTERNATIONAL), 9 Timber Pond, Keamari P.O. Box 13139, Karachi, Pakistan; 9/A, Timber Pound Kemari, Karachi, Pakistan; Organization Established Date 27 Oct 1995; Tax ID No. 0287901 (Pakistan) [NPWMD].

AFGHAN SUPPORT COMMITTEE (a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST;

a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AFGHAN, Shear (a.k.a. AFGHAN, Sher; a.k.a. AFGHAN, Shir; a.k.a. AZIZ, Mohammad; a.k.a. KHAN, Abdullah); DOB 1962; alt. DOB 1959; POB Pakistan (individual) [SDNTK].

AFGHAN, Sher (a.k.a. AFGHAN, Shear; a.k.a. AFGHAN, Shir; a.k.a. AZIZ, Mohammad; a.k.a. KHAN, Abdullah); DOB 1962; alt. DOB 1959; POB Pakistan (individual) [SDNTK].

AFGHAN, Shir (a.k.a. AFGHAN, Shear; a.k.a. AFGHAN, Sher; a.k.a. AZIZ, Mohammad; a.k.a. KHAN, Abdullah); DOB 1962; alt. DOB 1959; POB Pakistan (individual) [SDNTK].

AFGOOYE, Hassan (a.k.a. AFGOYE, Hassan), Qunyo Barrow, Middle Juba, Somalia; Jilib, Somalia; DOB 01 Jan 1966; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

AFGOYE, Hassan (a.k.a. AFGOOYE, Hassan), Qunyo Barrow, Middle Juba, Somalia; Jilib, Somalia; DOB 01 Jan 1966; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

AFKAR SYSTEM YAZD COMPANY (Arabic: شرکت افکار سیستم یزد) (a.k.a. YAZD AFKAR SYSTEM PRIVATE JOINT STOCK COMPANY), Building 5, 2nd Floor, Amir al-Momenein Alley, 31st Alley, Central Area, Yazd 8916984626, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 30 Jun 2007; Organization Type: Other information technology and computer service activities; Target Type Private Company; National ID No. 10860176637 (Iran); Registration ID 8862 (Iran) [IRGC] [IFSR] [CYBER2] (Linked To: KHATIBI AGHADA, Ahmad).

AFKHAMI RASHIDI, Mahmood (a.k.a. AFKHAMI RASHIDI, Mahmoud; a.k.a. AFKHAMI RASHIDI, Mahmud); DOB 31 Aug 1962; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D9005625 issued 11 Jul 2009 expires 11 Jul 2014 (individual) [SDGT] [IRGC] [IFSR].

AFKHAMI RASHIDI, Mahmoud (a.k.a. AFKHAMI RASHIDI, Mahmood; a.k.a. AFKHAMI RASHIDI, Mahmud); DOB 31 Aug 1962; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D9005625 issued 11 Jul 2009 expires 11 Jul 2014 (individual) [SDGT] [IRGC] [IFSR].

AFKHAMI RASHIDI, Mahmud (a.k.a. AFKHAMI RASHIDI, Mahmood; a.k.a. AFKHAMI RASHIDI, Mahmoud); DOB 31 Aug 1962; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D9005625 issued 11 Jul 2009 expires 11 Jul 2014 (individual) [SDGT] [IRGC] [IFSR].

AFO (a.k.a. ARELLANO FELIX ORGANIZATION; a.k.a. TIJUANA CARTEL), Mexico [SDNTK].

AFONIN, Yuri Vyacheslavovich (a.k.a. AFONIN, Yuriy Vyacheslavovich (Cyrillic: АФОНИН, Юрий Вячеславович); a.k.a. AFONIN, Yury Vyacheslavovich), Russia; DOB 22 Mar 1977; POB Tula, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AFONIN, Yuriy Vyacheslavovich (Cyrillic: АФОНИН, Юрий Вячеславович) (a.k.a. AFONIN, Yuri Vyacheslavovich; a.k.a. AFONIN, Yury Vyacheslavovich), Russia; DOB 22 Mar 1977; POB Tula, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AFONIN, Yury Vyacheslavovich (a.k.a. AFONIN, Yuri Vyacheslavovich; a.k.a. AFONIN, Yuriy Vyacheslavovich (Cyrillic: АФОНИН, Юрий Вячеславович)), Russia; DOB 22 Mar 1977; POB Tula, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AFORRA INZHINIRING OOO (a.k.a. LIMITED LIABILITY COMPANY AFORRA ENGINEERING), vn.ter.g. munitsipalny okrug Yakimanka, per 2-i Babegorodski, d.29, etazh 3, pomeshch. 1, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706432622 (Russia); Registration Number 1167746072977 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

AFORRA MENEDZHMENT OOO (a.k.a. LIMITED LIABILITY COMPANY AFORRA MANAGEMENT), ul. Bolshaya Yakimanka, d. 26, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Management consultancy activities; Tax ID No. 7706428094 (Russia); Registration Number 1157746943606 (Russia) [RUSSIA-EO14024].

AFORRA PROPERTI OOO (a.k.a. LIMITED LIABILITY COMPANY AFORRA PROPERTY), ul. Bolshaya Yakimanka, d. 26, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706430209 (Russia); Registration Number 5157746095722 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

AFOX CORPORATION LIMITED (Chinese Simplified: 元富科技集团股份有限公司), Ft F 10/F, Hung Cheung Ind Ctr Phs1, 12 Tsing Yeung Circuit Tuen Mun, Nt, Hong Kong, China; 2/F No. 13, Lane 5, Wu Kai Sha Village, Ma On Shan, Shatin, Nt, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Oct 2009; Company Number 1385734 (Hong Kong); Business Registration Number 51366580 (Hong Kong) [RUSSIA-EO14024].

AFRAAH, Ahmed (a.k.a. AFRAAH, Hamed; a.k.a. AFRAAHU, Ahmed; a.k.a. AFRAAN, Ahmed; a.k.a. AFRAH, Ahmed), Rasgetheemu, Raa Atoll, Maldives; Male, Maldives; DOB 17 Aug 1985; POB Rasgetheemu, Raa Atoll, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LA10E3813 (Maldives); National ID No. A147299 (Maldives); alt. National ID No. A052467 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AFRAAH, Hamed (a.k.a. AFRAAH, Ahmed; a.k.a. AFRAAHU, Ahmed; a.k.a. AFRAAN, Ahmed; a.k.a. AFRAH, Ahmed), Rasgetheemu, Raa Atoll, Maldives; Male, Maldives; DOB 17 Aug 1985; POB Rasgetheemu, Raa Atoll, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LA10E3813 (Maldives); National ID No. A147299 (Maldives); alt. National ID No. A052467 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AFRAAHU, Ahmed (a.k.a. AFRAAH, Ahmed; a.k.a. AFRAAH, Hamed; a.k.a. AFRAAN, Ahmed; a.k.a. AFRAH, Ahmed), Rasgetheemu, Raa Atoll, Maldives; Male, Maldives; DOB 17 Aug 1985; POB Rasgetheemu, Raa Atoll, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LA10E3813 (Maldives); National ID No. A147299 (Maldives); alt. National ID No. A052467 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AFRAAN, Ahmed (a.k.a. AFRAAH, Ahmed; a.k.a. AFRAAH, Hamed; a.k.a. AFRAAHU, Ahmed; a.k.a. AFRAH, Ahmed), Rasgetheemu, Raa Atoll, Maldives; Male, Maldives; DOB 17 Aug 1985; POB Rasgetheemu, Raa Atoll, Maldives;

nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LA10E3813 (Maldives); National ID No. A147299 (Maldives); alt. National ID No. A052467 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AFRAH, Ahmed (a.k.a. AFRAAH, Ahmed; a.k.a. AFRAAH, Hamed; a.k.a. AFRAAHU, Ahmed; a.k.a. AFRAAN, Ahmed), Rasgetheemu, Raa Atoll, Maldives; Male, Maldives; DOB 17 Aug 1985; POB Rasgetheemu, Raa Atoll, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LA10E3813 (Maldives); National ID No. A147299 (Maldives); alt. National ID No. A052467 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AFRI BELG (a.k.a. AFRI BELG COMMERCIO E INDUSTRIA LDA; a.k.a. AFRI-BELG; a.k.a. AFRI-BELG AGRICULTURE; a.k.a. AFRI-BELG CONTRUCTION; a.k.a. AFRI-BELG SUPERMERCADOS; a.k.a. CASH & CARRY RETAIL STORES), Rua Comandante Valodia 266-268, Sao Paulo, Luanda, Angola; Avenida Comandante De Valodia n. 0.67, 1 Andar, Luanda, Angola; Website www.grupoarosfran.net; Email Address afribelg@snte.co.ao; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; (Afri-Belg Supermercados, Cash & Carry Retail Stores, Afri-belg Construction and Afri-Belg Agriculture are subsidiaries of Afri Belg Commercio E Industria Lda and operated from the same business address) [SDGT].

AFRI BELG COMMERCIO E INDUSTRIA LDA (a.k.a. AFRI BELG; a.k.a. AFRI-BELG; a.k.a. AFRI-BELG AGRICULTURE; a.k.a. AFRI-BELG CONTRUCTION; a.k.a. AFRI-BELG SUPERMERCADOS; a.k.a. CASH & CARRY RETAIL STORES), Rua Comandante Valodia 266-268, Sao Paulo, Luanda, Angola; Avenida Comandante De Valodia n. 0.67, 1 Andar, Luanda, Angola; Website www.grupoarosfran.net; Email Address afribelg@snte.co.ao; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; (Afri-Belg Supermercados, Cash & Carry Retail Stores, Afri-belg Construction and Afri-Belg Agriculture are subsidiaries of Afri Belg Commercio E

Industria Lda and operated from the same business address) [SDGT].

AFRI-BELG (a.k.a. AFRI BELG; a.k.a. AFRI BELG COMMERCIO E INDUSTRIA LDA; a.k.a. AFRI-BELG AGRICULTURE; a.k.a. AFRI-BELG CONTRUCTION; a.k.a. AFRI-BELG SUPERMERCADOS; a.k.a. CASH & CARRY RETAIL STORES), Rua Comandante Valodia 266-268, Sao Paulo, Luanda, Angola; Avenida Comandante De Valodia n. 0.67, 1 Andar, Luanda, Angola; Website www.grupoarosfran.net; Email Address afribelg@snte.co.ao; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; (Afri-Belg Supermercados, Cash & Carry Retail Stores, Afri-belg Construction and Afri-Belg Agriculture are subsidiaries of Afri Belg Commercio E Industria Lda and operated from the same business address) [SDGT].

AFRI-BELG AGRICULTURE (a.k.a. AFRI BELG; a.k.a. AFRI BELG COMMERCIO E INDUSTRIA LDA; a.k.a. AFRI-BELG; a.k.a. AFRI-BELG CONTRUCTION; a.k.a. AFRI-BELG SUPERMERCADOS; a.k.a. CASH & CARRY RETAIL STORES), Rua Comandante Valodia 266-268, Sao Paulo, Luanda, Angola; Avenida Comandante De Valodia n. 0.67, 1 Andar, Luanda, Angola; Website www.grupoarosfran.net; Email Address afribelg@snte.co.ao; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; (Afri-Belg Supermercados, Cash & Carry Retail Stores, Afri-belg Construction and Afri-Belg Agriculture are subsidiaries of Afri Belg Commercio E Industria Lda and operated from the same business address) [SDGT].

AFRI-BELG CONTRUCTION (a.k.a. AFRI BELG; a.k.a. AFRI BELG COMMERCIO E INDUSTRIA LDA; a.k.a. AFRI-BELG; a.k.a. AFRI-BELG AGRICULTURE; a.k.a. AFRI-BELG SUPERMERCADOS; a.k.a. CASH & CARRY RETAIL STORES), Rua Comandante Valodia 266-268, Sao Paulo, Luanda, Angola; Avenida Comandante De Valodia n. 0.67, 1 Andar, Luanda, Angola; Website www.grupoarosfran.net; Email Address afribelg@snte.co.ao; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; (Afri-Belg Supermercados, Cash & Carry Retail Stores, Afri-belg Construction and Afri-Belg Agriculture are subsidiaries of Afri Belg Commercio E

Industria Lda and operated from the same business address) [SDGT].

AFRI-BELG SUPERMERCADOS (a.k.a. AFRI BELG; a.k.a. AFRI BELG COMMERCIO E INDUSTRIA LDA; a.k.a. AFRI-BELG; a.k.a. AFRI-BELG AGRICULTURE; a.k.a. AFRI-BELG CONTRUCTION; a.k.a. CASH & CARRY RETAIL STORES), Rua Comandante Valodia 266-268, Sao Paulo, Luanda, Angola; Avenida Comandante De Valodia n. 0.67, 1 Andar, Luanda, Angola; Website www.grupoarosfran.net; Email Address afribelg@snte.co.ao; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; (Afri-Belg Supermercados, Cash & Carry Retail Stores, Afri-belg Construction and Afri-Belg Agriculture are subsidiaries of Afri Belg Commercio E Industria Lda and operated from the same business address) [SDGT].

AFRICA HORIZONS INVESTMENT LIMITED, Cayman Islands; 57/63 Line Wall Road, Gibraltar GX11 1AA, Gibraltar [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

AFRICA MIDDLE EAST INVESTMENT HOLDING SAL, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1901011 (Lebanon) [SDGT] (Linked To: BAZZI, Mohammad Ibrahim).

AFRICA POLITOLOGY, Andreyevskiy Dvor, Bolshoi Prospekt V.O., 18, St. Petersburg 199034, Russia (Cyrillic: Андреевский Двор, Большой проспект В.О., 18, Санкт-Петербург 199034, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Private Company [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

AFRICA RESOURCE CORPORATION - ARC (a.k.a. AFRICAN RESOURCE COMPANY; a.k.a. AFRICAN RESOURCE CORPORATION; a.k.a. AFRICAN RESOURCE CORPORATION LIMITED; a.k.a. ARC CONSTRUCTION COMPANY LIMITED; a.k.a. ARC LIMITED GROUP; a.k.a. ARC RESOURCES CORPORATION LTD), 7300-7398 Juba Rd, Juba, South Sudan; ARC Head Office, Kakora Road, Nimra-Talata, Juba, South Sudan; Organization Established Date 17 Jan 2019;

Registration Number 31137 (South Sudan) [GLOMAG] (Linked To: BOL MEL, Benjamin).

AFRICADA AIRWAYS, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

AFRICADA FINANCIAL SERVICES & BUREAU DE CHANGE LTD (a.k.a. AFRICADA FINANCIAL SERVICES AND BUREAU DE CHANGE LTD), The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

AFRICADA FINANCIAL SERVICES AND BUREAU DE CHANGE LTD (a.k.a. AFRICADA FINANCIAL SERVICES & BUREAU DE CHANGE LTD), The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

AFRICADA INSURANCE COMPANY, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

AFRICADA MICRO-FINANCE LTD, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

AFRICAN GOLD REFINERY LIMITED (a.k.a. AFRICAN GOLD REFINERY UGANDA), Plot No. M103 and 106, Sebugwawo Road, Entebbe, Uganda; P.O. Box 37574, Kampala, Uganda; Organization Type: Mining of other non-ferrous metal ores; Target Type Private Company; Registration Number 180334 (Uganda) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

AFRICAN GOLD REFINERY UGANDA (a.k.a. AFRICAN GOLD REFINERY LIMITED), Plot No. M103 and 106, Sebugwawo Road, Entebbe, Uganda; P.O. Box 37574, Kampala, Uganda; Organization Type: Mining of other non-ferrous metal ores; Target Type Private Company; Registration Number 180334 (Uganda) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

AFRICAN RESOURCE COMPANY (a.k.a. AFRICA RESOURCE CORPORATION - ARC; a.k.a. AFRICAN RESOURCE CORPORATION; a.k.a. AFRICAN RESOURCE CORPORATION LIMITED; a.k.a. ARC CONSTRUCTION COMPANY LIMITED; a.k.a. ARC LIMITED GROUP; a.k.a. ARC RESOURCES CORPORATION LTD), 7300-7398 Juba Rd, Juba, South Sudan; ARC Head Office, Kakora Road, Nimra-Talata, Juba, South Sudan; Organization Established Date 17 Jan 2019; Registration Number 31137 (South Sudan) [GLOMAG] (Linked To: BOL MEL, Benjamin).

AFRICAN RESOURCE CORPORATION (a.k.a. AFRICA RESOURCE CORPORATION - ARC; a.k.a. AFRICAN RESOURCE COMPANY; a.k.a. AFRICAN RESOURCE CORPORATION LIMITED; a.k.a. ARC CONSTRUCTION

COMPANY LIMITED; a.k.a. ARC LIMITED GROUP; a.k.a. ARC RESOURCES CORPORATION LTD), 7300-7398 Juba Rd, Juba, South Sudan; ARC Head Office, Kakora Road, Nimra-Talata, Juba, South Sudan; Organization Established Date 17 Jan 2019; Registration Number 31137 (South Sudan) [GLOMAG] (Linked To: BOL MEL, Benjamin).

AFRICAN RESOURCE CORPORATION LIMITED (a.k.a. AFRICA RESOURCE CORPORATION - ARC; a.k.a. AFRICAN RESOURCE COMPANY; a.k.a. AFRICAN RESOURCE CORPORATION; a.k.a. ARC CONSTRUCTION COMPANY LIMITED; a.k.a. ARC LIMITED GROUP; a.k.a. ARC RESOURCES CORPORATION LTD), 7300-7398 Juba Rd, Juba, South Sudan; ARC Head Office, Kakora Road, Nimra-Talata, Juba, South Sudan; Organization Established Date 17 Jan 2019; Registration Number 31137 (South Sudan) [GLOMAG] (Linked To: BOL MEL, Benjamin).

AFRICAN TRANS INTERNATIONAL HOLDINGS B.V., Industrieweg 5, Nieuwkoop, Zuid-Holland 2421 LK, Netherlands; V.A.T. Number NL852496527B01; Branch Unit Number 000026703254 (Netherlands); Chamber of Commerce Number 57239169 (Netherlands); Legal Entity Number 852496527 (Netherlands) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

AFRICANA GENERAL TRADING LTD, Plot No. 297, Block BYVI, 3rd Floor Office No. 33, Juba, South Sudan [SOUTH SUDAN] (Linked To: OLAWO, Obac William).

AFRICO 1 OFFSHORE (a.k.a. AFRICO 1 OFF-SHORE S.A.L.; a.k.a. AFRICO 1 OFF-SHORE SAL), Al Azarieh Building, Bechara el Khoury Street, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 1804932 (Lebanon) [SDGT] (Linked To: VANIYA SHIP MANAGEMENT PRIVATE LIMITED).

AFRICO 1 OFF-SHORE S.A.L. (a.k.a. AFRICO 1 OFFSHORE; a.k.a. AFRICO 1 OFF-SHORE SAL), Al Azarieh Building, Bechara el Khoury Street, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 1804932 (Lebanon) [SDGT] (Linked To:

VANIYA SHIP MANAGEMENT PRIVATE LIMITED).

AFRICO 1 OFF-SHORE SAL (a.k.a. AFRICO 1 OFFSHORE; a.k.a. AFRICO 1 OFF-SHORE S.A.L.), Al Azarieh Building, Bechara el Khoury Street, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 1804932 (Lebanon) [SDGT] (Linked To: VANIYA SHIP MANAGEMENT PRIVATE LIMITED).

AFRIDI, Amanullah (a.k.a. URS, Amanullah; a.k.a. "GUL, Muhammad Aman"; a.k.a. "MUFTI ILYAS"; a.k.a. "ULLAH, Aman"), Frontier Region Kohat, Pakistan; DOB 1973; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; alt. DOB 1971; alt. DOB 1972; alt. DOB 1974; alt. DOB 1975; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AG & CARLON, S.A. DE C.V., Diag. Hernan Cortes No. 29, Vallarta San Lucas, Guadalajara, Jalisco 44690, Mexico; R.F.C. AAC100303FP1 (Mexico) [SDNTK].

AG ALBACHAR, Ahmed (a.k.a. AG ALBACHAR, Intahmadou), Quartier Aliou, Kidal, Mali; DOB 31 Dec 1963; POB Tin-Essako, Kidal region, Mali; nationality Mali; Gender Male; National ID No. 1 63 08 4 01 001 005E (Mali) (individual) [MALI-EO13882].

AG ALBACHAR, Intahmadou (a.k.a. AG ALBACHAR, Ahmed), Quartier Aliou, Kidal, Mali; DOB 31 Dec 1963; POB Tin-Essako, Kidal region, Mali; nationality Mali; Gender Male; National ID No. 1 63 08 4 01 001 005E (Mali) (individual) [MALI-EO13882].

AG ALHOUSSEINI, Houka Houka (a.k.a. IBN ALHOUSSEYNI, Mohamed; a.k.a. IBN AL-HUSAYN, Muhammad), Zouera, Mali; DOB 1962; alt. DOB 1963; alt. DOB 1964; POB Ariaw, Tombouctou region, Mali; nationality Mali; Gender Male (individual) [MALI-EO13882].

AG TERMINAL OOO (a.k.a. AVIA GROUP TERMINAL LIMITED LIABILITY COMPANY; a.k.a. LLC AG TERMINAL; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AVIA GRUPP TERMINAL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АВИА ГРУПП ТЕРМИНАЛ)), Ter. Aeroport Sheremetyevo, Khimki, Moscovskaya Oblast 141400, Russia; Secondary sanctions risk:

Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: AVIA GROUP LLC).

AGAJANY, Azimi (a.k.a. ADHAJANI, Azim; a.k.a. AGHAJANI, Asim; a.k.a. AGHAJANI, Azim; a.k.a. AGHAJANI, Azimi; a.k.a. AGHAJANI, Hosein; a.k.a. AQAJANI, Azim); DOB 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR].

AGAOGLU, Ibrahim (a.k.a. AL-UWAYR, Ibrahim (Arabic: ابراهيم العوير); a.k.a. AL-'UWAYR, Ibrahim Talal), Istanbul, Turkey; DOB 30 Apr 1991; POB Hama, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MIRA IHRACAT ITHALAT PETROL URUNLERI SANAYI TICARET LIMITED SIRKETI).

AGAPE SHIPPING INC, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 13 Mar 2024; Identification Number IMO 6483853; Registration Number 124804 (Marshall Islands) [IRAN-EO13902].

AGARWAL, Ketan (a.k.a. AGARWAL, Ketan Rajendra), Mumbai, Maharashtra, India; DOB 01 Jan 1978; POB Mumbai, Maharashtra, India; nationality India; Gender Male; Passport Z4487188 (India) expires 25 Sep 2027; Seafarer's Identification Document 47951 (India) (individual) [IRAN-EO13902].

AGARWAL, Ketan Rajendra (a.k.a. AGARWAL, Ketan), Mumbai, Maharashtra, India; DOB 01 Jan 1978; POB Mumbai, Maharashtra, India; nationality India; Gender Male; Passport Z4487188 (India) expires 25 Sep 2027; Seafarer's Identification Document 47951 (India) (individual) [IRAN-EO13902].

AGAT - ELECTROMECHANICAL PLANT JSC (a.k.a. AGAT ELECTROMECHANICAL PLANT OJSC; a.k.a. AGAT-ELECTROMECHANICAL PLANT; a.k.a. AGAT-ELEKTROMEKHANICHESKI ZAVOD, OAO (Cyrillic: ОАО АГАТ-ЭЛЕКТРОМЕХАНИЧЕСКИЙ-ЗАВОД); a.k.a. JSC AGAT - ELECTROMECHANICAL PLANT), 117, bld. 3, Nezavisimosti Ave., Minsk 220114, Belarus; Nezavisimosti ave. 115, Minsk 220114, Belarus; 6 Volgogradskaya St., Minsk 220012,

Belarus; Organization Established Date 23 Feb 1993; Target Type State-Owned Enterprise; Registration Number 100093400 (Belarus) [BELARUS-EO14038].

AGAT ELECTROMECHANICAL PLANT OJSC (a.k.a. AGAT - ELECTROMECHANICAL PLANT JSC; a.k.a. AGAT-ELECTROMECHANICAL PLANT; a.k.a. AGAT-ELEKTROMEKHANICHESKI ZAVOD, OAO (Cyrillic: ОАО АГАТ-ЭЛЕКТРОМЕХАНИЧЕСКИЙ-ЗАВОД); a.k.a. JSC AGAT - ELECTROMECHANICAL PLANT), 117, bld. 3, Nezavisimosti Ave., Minsk 220114, Belarus; Nezavisimosti ave. 115, Minsk 220114, Belarus; 6 Volgogradskaya St., Minsk 220012, Belarus; Organization Established Date 23 Feb 1993; Target Type State-Owned Enterprise; Registration Number 100093400 (Belarus) [BELARUS-EO14038].

AGAT-ELECTROMECHANICAL PLANT (a.k.a. AGAT - ELECTROMECHANICAL PLANT JSC; a.k.a. AGAT ELECTROMECHANICAL PLANT OJSC; a.k.a. AGAT-ELEKTROMEKHANICHESKI ZAVOD, OAO (Cyrillic: ОАО АГАТ-ЭЛЕКТРОМЕХАНИЧЕСКИЙ-ЗАВОД); a.k.a. JSC AGAT - ELECTROMECHANICAL PLANT), 117, bld. 3, Nezavisimosti Ave., Minsk 220114, Belarus; Nezavisimosti ave. 115, Minsk 220114, Belarus; 6 Volgogradskaya St., Minsk 220012, Belarus; Organization Established Date 23 Feb 1993; Target Type State-Owned Enterprise; Registration Number 100093400 (Belarus) [BELARUS-EO14038].

AGAT-ELEKTROMEKHANICHESKI ZAVOD, OAO (Cyrillic: ОАО АГАТ-ЭЛЕКТРОМЕХАНИЧЕСКИЙ-ЗАВОД) (a.k.a. AGAT - ELECTROMECHANICAL PLANT JSC; a.k.a. AGAT ELECTROMECHANICAL PLANT OJSC; a.k.a. AGAT-ELECTROMECHANICAL PLANT; a.k.a. JSC AGAT - ELECTROMECHANICAL PLANT), 117, bld. 3, Nezavisimosti Ave., Minsk 220114, Belarus; Nezavisimosti ave. 115, Minsk 220114, Belarus; 6 Volgogradskaya St., Minsk 220012, Belarus; Organization Established Date 23 Feb 1993; Target Type State-Owned Enterprise; Registration Number 100093400 (Belarus) [BELARUS-EO14038].

AGAYEV, Bekkhan Vakhayevich (Cyrillic: АГАЕВ, Бекхан Вахаевич), Russia; DOB 29 Mar 1975; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State

Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AGBA CONSULTORES CASA DE CAMBIO (a.k.a. AGBAS CONSULTORES, S.A. DE C.V.), Boulevard Agua Caliente, Tijuana, Baja California, Mexico; Boulevard Agua Caliente No. 148, Col. Revolucion, Tijuana, Baja California, Mexico; Blv Agua Caliente 148, Col. Revolucion Rio Panuco Rio Yaqui, Tijuana, Baja California, Mexico; R.F.C. ACO040630893 (Mexico) [SDNTK].

AGBAS CONSULTORES, S.A. DE C.V. (a.k.a. AGBA CONSULTORES CASA DE CAMBIO), Boulevard Agua Caliente, Tijuana, Baja California, Mexico; Boulevard Agua Caliente No. 148, Col. Revolucion, Tijuana, Baja California, Mexico; Blv Agua Caliente 148, Col. Revolucion Rio Panuco Rio Yaqui, Tijuana, Baja California, Mexico; R.F.C. ACO040630893 (Mexico) [SDNTK].

AGD BANK (a.k.a. ASIA GREEN DEVELOPMENT BANK LIMITED; a.k.a. ASIA GREEN DEVELOPMENT BANK LTD; a.k.a. ASIA GREEN DEVELOPMENT BANK PUBLIC COMPANY LIMITED), No. 73/75, Sule Pagoda Road, Pebadan Township, Yangon, Burma; SWIFT/BIC AGDBMMMY; Website http://www.agdbank.com; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; National ID No. 103903351 (Burma) [BURMA-EO14014].

AGEEVA, Irina Anatolyevna (Cyrillic: АГЕЕВА, Ирина Анатольевна) (a.k.a. AGEYEVA, Irina Anatolyevna), Kaluga Region, Russia; DOB 29 Dec 1976; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 402905986507 (Russia) (individual) [RUSSIA-EO14024].

AGENCIA DE SERVICIOS TURISTICOS INTERNACIONALES G8, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 May 2012; Organization Type: Real estate activities on a fee or contract basis; Folio Mercantil No. 67889 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: PALACIOS RODRIGUEZ, Jose Eduardo).

AGENCIA VEHICULOS ESPECIALES RURALES Y URBANOS, C.A. (a.k.a. AVERUCA, C.A.), Calle Paris, Torre Global, Piso 5, Las Mercedes, Caracas, Venezuela

[VENEZUELA] (Linked To: SARRIA DIAZ, Rafael Alfredo).

AGENT DE ASIGURARE LIDER ASIG SOCIETATE CU RASPUNDERE LIMITATA, Str. Eminescu M., 35, Chisinau 2000, Moldova; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Sep 2010; Registration Number 1010600030711 (Moldova) [RUSSIA-EO14024] (Linked To: OKULOV, Aleksandr).

AGENTSTVO SOTSIALNOGO PROEKTIROVANIYA (a.k.a. SOCIAL DESIGN AGENCY (Cyrillic: АГЕНТСВО СОЦИАЛЬНОГО ПРОЕКТИРОВАНИЯ); a.k.a. SOCIAL PLANNING AGENCY), Solviny Pr, 18A, Fl 2, Pom I K 9A O 1, Moscow 117593, Russia; Pr-kt novoyasenevskii, d. 32, k. 1, pomeshch 1/1, Moscow 117463, Russia; Bolshoy Kislovsky, per 1, building 2, Moscow, Russia; Bol'shaya Nikiskaya Ulitsa, 12cl, Moscow 125009, Russia; Website sp-agency.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Dec 2017; Organization Type: Other information technology and computer service activities; Tax ID No. 7728390408 (Russia); Registration Number 5177746289232 (Russia) [RUSSIA-EO14024].

AGEYEVA, Irina Anatolyevna (a.k.a. AGEEVA, Irina Anatolyevna (Cyrillic: АГЕЕВА, Ирина Анатольевна)), Kaluga Region, Russia; DOB 29 Dec 1976; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 402905986507 (Russia) (individual) [RUSSIA-EO14024].

AGGREGATE BUILDING MATERIALS CONSTRUCTION COMPANY (a.k.a. ABM CONSTRUCTION COMPANY; a.k.a. ABMC THAI SOUTH SUDAN CONSTRUCTION; a.k.a. ABMC THAI-SOUTH SUDAN CONSTRUCTION COMPANY LIMITED; a.k.a. THAI SOUTH SUDAN CRUSHER, AGGREGATES, AND BUILDING MATERIALS COMPANY; a.k.a. TSSABM), Customs Area, Adjacent to the Bus Park, Juba, South Sudan; Jebel Kujur, Juba-Yei Road, South Sudan; Luri, Central Equatoria State, South Sudan [GLOMAG] (Linked To: BOL MEL, Benjamin).

AGHA AHMADI, Ali (a.k.a. AGHA-AHMADI, Ali (Arabic: علی آقااحمدی)), Iran; POB Savojbolagh, Alborz Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No.

4899768060 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

AGHA AHMADI, Mohammad (Arabic: محمد آقااحمدی), Iran; DOB 01 Mar 1995; POB Savojbolagh, Alborz Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4890244441 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

AGHA SAYEED, Sia (a.k.a. AGHA, Ahmad Zia; a.k.a. AGHA, Zia; a.k.a. AHMAD, Noor; a.k.a. AHMED, Noor); DOB 1974; POB Maiwand District, Qandahar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Haji (individual) [SDGT].

AGHA, Abu Obaida Khairy Hafiz (a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

AGHA, Abu Ubaydah Khayr (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

AGHA, Ahmad Zia (a.k.a. AGHA SAYEED, Sia; a.k.a. AGHA, Zia; a.k.a. AHMAD, Noor; a.k.a. AHMED, Noor); DOB 1974; POB Maiwand District, Qandahar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Haji (individual) [SDGT].

AGHA, Haji Abdul Manan (a.k.a. SAIYID, Abd Al-Man'am), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AGHA, Torak (a.k.a. AGHA, Torek; a.k.a. AGHA, Toriq; a.k.a. HASHAN, Sayed Mohammad; a.k.a. SAYED, Toriq Agha), Pashtunabad, Quetta, Pakistan; DOB 01 Jan 1964 to 31 Dec

1966; alt. DOB 01 Jan 1961 to 31 Dec 1963; alt. DOB 1960; POB Kandahar Province, Afghanistan; alt. POB Pishin, Balochistan Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 5430312277059 (Pakistan); Haji (individual) [SDGT] (Linked To: TALIBAN).

AGHA, Torek (a.k.a. AGHA, Torak; a.k.a. AGHA, Toriq; a.k.a. HASHAN, Sayed Mohammad; a.k.a. SAYED, Toriq Agha), Pashtunabad, Quetta, Pakistan; DOB 01 Jan 1964 to 31 Dec 1966; alt. DOB 01 Jan 1961 to 31 Dec 1963; alt. DOB 1960; POB Kandahar Province, Afghanistan; alt. POB Pishin, Balochistan Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 5430312277059 (Pakistan); Haji (individual) [SDGT] (Linked To: TALIBAN).

AGHA, Toriq (a.k.a. AGHA, Torak; a.k.a. AGHA, Torek; a.k.a. HASHAN, Sayed Mohammad; a.k.a. SAYED, Toriq Agha), Pashtunabad, Quetta, Pakistan; DOB 01 Jan 1964 to 31 Dec 1966; alt. DOB 01 Jan 1961 to 31 Dec 1963; alt. DOB 1960; POB Kandahar Province, Afghanistan; alt. POB Pishin, Balochistan Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 5430312277059 (Pakistan); Haji (individual) [SDGT] (Linked To: TALIBAN).

AGHA, Zia (a.k.a. AGHA SAYEED, Sia; a.k.a. AGHA, Ahmad Zia; a.k.a. AHMAD, Noor; a.k.a. AHMED, Noor); DOB 1974; POB Maiwand District, Qandahar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Haji (individual) [SDGT].

AGHA-AHMADI, Ali (Arabic: علی آقااحمدی) (a.k.a. AGHA AHMADI, Ali), Iran; POB Savojbolagh, Alborz Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4899768060 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

AGHAEI, Majid (a.k.a. AGHA'I, Majid), Iran; DOB 13 Apr 1984; POB Ghom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID

No. 1199310281 (Iran) (individual) [NPWMD] [IFSR].

AGHA'I, Majid (a.k.a. AGHAEI, Majid), Iran; DOB 13 Apr 1984; POB Ghom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1199310281 (Iran) (individual) [NPWMD] [IFSR].

AGHAJANI, Asim (a.k.a. ADHAJANI, Azim; a.k.a. AGAJANY, Azimi; a.k.a. AGHAJANI, Azim; a.k.a. AGHAJANI, Azimi; a.k.a. AGHAJANI, Hosein; a.k.a. AQAJANI, Azim); DOB 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR].

AGHAJANI, Azim (a.k.a. ADHAJANI, Azim; a.k.a. AGAJANY, Azimi; a.k.a. AGHAJANI, Asim; a.k.a. AGHAJANI, Azimi; a.k.a. AGHAJANI, Hosein; a.k.a. AQAJANI, Azim); DOB 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR].

AGHAJANI, Azimi (a.k.a. ADHAJANI, Azim; a.k.a. AGAJANY, Azimi; a.k.a. AGHAJANI, Asim; a.k.a. AGHAJANI, Azim; a.k.a. AGHAJANI, Hosein; a.k.a. AQAJANI, Azim); DOB 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR].

AGHAJANI, Hosein (a.k.a. ADHAJANI, Azim; a.k.a. AGAJANY, Azimi; a.k.a. AGHAJANI, Asim; a.k.a. AGHAJANI, Azim; a.k.a. AGHAJANI, Azimi; a.k.a. AQAJANI, Azim); DOB 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR].

AGHAJANI, Saeed (a.k.a. ARA JANI, Saeed), Iran; DOB 03 Apr 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport V47528711 (Iran); Brigadier General

(individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

AGHAMIRI, Seyed Mohammad Amin (a.k.a. AGHAMIRI, Seyyed Mohammad Amin (Arabic: سید محمد امین آقامیری)), Iran; DOB 21 Sep 1986; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport E54650560 (Iran) expires 23 Sep 2026; National ID No. 0081673205 (Iran); Secretary of Iran's Supreme Council of Cyberspace (individual) [IRAN-TRA] [IRAN-EO13846] (Linked To: SUPREME COUNCIL OF CYBERSPACE).

AGHAMIRI, Seyyed Mohammad Amin (Arabic: سید محمد امین آقامیری) (a.k.a. AGHAMIRI, Seyed Mohammad Amin), Iran; DOB 21 Sep 1986; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport E54650560 (Iran) expires 23 Sep 2026; National ID No. 0081673205 (Iran); Secretary of Iran's Supreme Council of Cyberspace (individual) [IRAN-TRA] [IRAN-EO13846] (Linked To: SUPREME COUNCIL OF CYBERSPACE).

AGIR (a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

AGLEEL, Ahmed (a.k.a. AQLYL, Ahmad), Addu City, Maldives; DOB 30 Jan 1980; POB Gurahaage, Feydhoo, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. A298637 (Maldives) (individual) [SDGT] (Linked To: AL QA'IDA).

AGM SYSTEMS LLC (a.k.a. OOO AGM SISTEMY), Ul. Im Frunze D. 22/1, Krasnodar 350063, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Dec 2015; Tax ID No. 2312238002 (Russia); Registration Number 1152312014777 (Russia) [RUSSIA-EO14024].

AGOR DMCC (a.k.a. AGOR LTD; a.k.a. AGOR PRECIOUS METALS), Office Number 703A, 7th Floor, Mazaya Business Avenue, AAI, JLT, Dubai, United Arab Emirates; Organization Type: Manufacture of jewellery and related articles; Commercial Registry Number 30641 (United Arab Emirates); alt. Commercial Registry Number 805920 (United Arab Emirates) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

AGOR LTD (a.k.a. AGOR DMCC; a.k.a. AGOR PRECIOUS METALS), Office Number 703A, 7th Floor, Mazaya Business Avenue, AAI, JLT, Dubai, United Arab Emirates; Organization Type: Manufacture of jewellery and related articles; Commercial Registry Number 30641 (United Arab Emirates); alt. Commercial Registry Number 805920 (United Arab Emirates) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

AGOR PRECIOUS METALS (a.k.a. AGOR DMCC; a.k.a. AGOR LTD), Office Number 703A, 7th Floor, Mazaya Business Avenue, AAI, JLT, Dubai, United Arab Emirates; Organization Type: Manufacture of jewellery and related articles; Commercial Registry Number 30641 (United Arab Emirates); alt. Commercial Registry Number 805920 (United Arab Emirates) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

AGR INTERNATIONAL LIMITED, Global Gateway, 8 rue de la Perle, Providence, Mahe, Seychelles; Organization Type: Activities of holding companies; Target Type Private Company; Company Number 200304 (Seychelles) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

AGRICOLA BOREAL S.P.R. DE R.L., Naciones Unidas Numero 6885-22, Colonia Jardines del Tule, Zapopan, Jalisco, Mexico; Folio Mercantil No. 60606 (Mexico) [SDNTK].

AGRICOLA COSTA ALEGRE S.P.R. DE R.L., Puerto Vallarta, Jalisco, Mexico; SRE Permit No. A201611021236510536 (Mexico) [SDNTK].

AGRICOLA DOIMA DEL NORTE DEL VALLE LTDA., Carrera 4 No. 12-20 of. 206, Cartago, Valle, Colombia; Km 12 Via Santa Ana Molina, Hacienda Doima, Cartago, Colombia; NIT # 800144713-3 (Colombia) [SDNT].

AGRICOLA GANADERA HENAO GONZALEZ Y CIA. S.C.S., Carrera 4A No. 16-04 apt. 303, Cartago, Colombia; Km. 5 Via Aeropuerto, Cartago, Colombia; Carrera 1 No. 13-08, Cartago, Colombia; NIT # 800021615-1 (Colombia) [SDNT].

AGRICOLA GAXIOLA S.A. DE C.V., Calle Colonizadores No. exterior 83 y No.interior D, Esq. Quintas de las Aves, Col. Las Quintas, Hermosillo, Sonora 83240, Mexico; R.F.C. AGA9607119X3 (Mexico) [SDNTK].

AGRICOLA RUELAS, S.P.R. DE R.I. (a.k.a. "AGRICOLA RUELAS", SOCIEDAD DE PRODUCCION RURAL DE RESPONSABILIDAD ILIMITADA), Av. Victor C Miranda SN, Genaro Estrada Poste 112, Sinaloa, Sinaloa C.P. 81960, Mexico; Poblado Genaro Estrada, Municipio de Sinaloa, Sinaloa, Mexico; R.F.C. ARU010206T27 (Mexico); National ID No. 25RQ00000933 (Mexico); Folio Mercantil No. C 4892138 (Mexico) [SDNTK].

AGRICOLA TAVO S.P.R. DE R.L. (a.k.a. AGRICULTURA TAVO S.P.R. DE R.L.), Zapopan, Jalisco, Mexico; Folio Mercantil No. 59574 (Mexico) [SDNTK].

AGRICULTURA TAVO S.P.R. DE R.L. (a.k.a. AGRICOLA TAVO S.P.R. DE R.L.), Zapopan, Jalisco, Mexico; Folio Mercantil No. 59574 (Mexico) [SDNTK].

AGRICULTURAL BANK OF IRAN (a.k.a. BANK KESHAVARZI; a.k.a. BANK KESHAVARZI IRAN), PO Box 14155-6395, 129 Patrice Lumumba St, Jalal-al-Ahmad Expressway, Tehran 14454, Iran; Website www.agri-bank.com; alt. Website www.bki.ir; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] [IRAN-EO13902].

AGRICULTURAL DEVELOPMENT BANK, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

AGRICULTURAL, MEDICAL, AND INDUSTRIAL RESEARCH CENTER (a.k.a. KARAJ NUCLEAR RESEARCH CENTER FOR AGRICULTURE AND MEDICINE; f.k.a. NUCLEAR RESEARCH CENTER FOR AGRICULTURE AND MEDICINE; a.k.a. "AMIRC"; f.k.a. "NRCAM"), Karaj, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE).

AGRO XPO S.A.S., Cr 53 No 82 - 86 Of 410, Barranquilla, Atlantico, Colombia; NIT # 9011991477 (Colombia) [VENEZUELA-EO13850].

AGROESPINAL S.A., Calle 16 No. 41-210 of. 801, Medellin, Colombia; NIT # 800256233-0 (Colombia) [SDNT].

AGROFIRMA MAGARACH NATSIONALNOGO INSTYTUTU VYNOGRADU I VYNA MAGARACH, DP (a.k.a. DERZHAVNE PIDPRYEMSTVO AGROFIRMA MAGARACH NATSIONALNOGO INSTYTUTU VYNOGRADU I VYNA MAGARACH; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE AGRO-FIRMA MAGARACH NACIONALNOGO INSTITUTA VINOGRADA I VINA MAGARACH; a.k.a. MAGARACH AGRICULTURAL COMPANY OF NATIONAL INSTITUTE OF WINE AND GRAPES MAGARACH; a.k.a. STATE ENTERPRISE AGRICULTURAL COMPANY MAGARACH NATIONAL INSTITUTE OF VINE AND WINE MAGARACH; a.k.a. STATE ENTERPRISE MAGARACH OF THE NATIONAL INSTITUTE OF WINE), Bud. 9 vul. Chapaeva, S.Viline, Bakhchysaraisky R-N, Crimea 98433, Ukraine; 9 Chapayeva str., Vilino, Bakhchisaray Region, Crimea 98433, Ukraine; 9 Chapayeva str., Vilino, Bakhchisarayski district 98433, Ukraine; 9, Chapaeva Str., Vilino, Bakhchisaray Region, Crimea 98433, Ukraine; Website http://magarach-institut.ru/; Email Address magar@ukr.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 11231070006000476 (Ukraine); Government Gazette Number 31332064 (Ukraine) [UKRAINE-EO13685].

AGROGANADERA LOS SANTOS S.A., Calle 16 No. 41-210 of. 801, Medellin, Colombia; NIT # 800215934-1 (Colombia) [SDNT].

AGROGATE COMPANY (a.k.a. AGROGATE CORPORATION; a.k.a. AGROGATE HOLDING; a.k.a. AGROGATE HOLDING

CORPORATION; a.k.a. AGROGATE HOLDINGS; a.k.a. AGROGATE HOLDINGS INC.), Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

AGROGATE CORPORATION (a.k.a. AGROGATE COMPANY; a.k.a. AGROGATE HOLDING; a.k.a. AGROGATE HOLDING CORPORATION; a.k.a. AGROGATE HOLDINGS; a.k.a. AGROGATE HOLDINGS INC.), Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

AGROGATE HOLDING (a.k.a. AGROGATE COMPANY; a.k.a. AGROGATE CORPORATION; a.k.a. AGROGATE HOLDING CORPORATION; a.k.a. AGROGATE HOLDINGS; a.k.a. AGROGATE HOLDINGS INC.), Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

AGROGATE HOLDING CORPORATION (a.k.a. AGROGATE COMPANY; a.k.a. AGROGATE CORPORATION; a.k.a. AGROGATE HOLDING; a.k.a. AGROGATE HOLDINGS; a.k.a. AGROGATE HOLDINGS INC.), Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

AGROGATE HOLDINGS (a.k.a. AGROGATE COMPANY; a.k.a. AGROGATE CORPORATION; a.k.a. AGROGATE HOLDING; a.k.a. AGROGATE HOLDING CORPORATION; a.k.a. AGROGATE HOLDINGS INC.), Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

AGROGATE HOLDINGS INC. (a.k.a. AGROGATE COMPANY; a.k.a. AGROGATE CORPORATION; a.k.a. AGROGATE HOLDING; a.k.a. AGROGATE HOLDING CORPORATION; a.k.a. AGROGATE HOLDINGS), Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

AGROHOLDING KUBAN (a.k.a. KUBAN AGRO; a.k.a. KUBAN AGROHOLDING), 77 Mira St., Ust-Labinsk, Krasnodar Territory 352330, Russia; 1 Montazhnaya St., Ust-Labinsk,

Krasnodar Territory, Russia; 116 Mira St., Ust-Labinsk, Krasnodar Territory, Russia; 1 G. Konshinykh St., Krasnodar Territory, Russia; 2 Rabochaya St., Ust-Labinsk, Krasnodar Territory, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] [UKRAINE-EO13662] (Linked To: DERIPASKA, Oleg Vladimirovich; Linked To: BASIC ELEMENT LIMITED).

AGROINDUPALMA S.A. (a.k.a. CIA. AGROINDUSTRIAL PALMERA S.A.), C.C. Villacentro Blq. B Ofc. 414, Villavicencio, Colombia; NIT # 900197835-3 (Colombia) [SDNTK].

AGROINDUSTRIAS CIMA S.A.S., Calle 8 B 65 191, Of. 519, Medellin, Antioquia, Colombia; NIT # 900383867-6 (Colombia) [SDNTK].

AGROLAREN, S.P.R. DE R.L. DE C.V., Guamuchil, Sinaloa, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Dec 2017; Organization Type: Wholesale of other machinery and equipment; Folio Mercantil No. N-2017100935 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: FAVELA LOPEZ, Jorge Luis).

AGROMADERAS ZAGAR S.A.S. (a.k.a. FRESNO HOME S.A.S.), Kilometro 18 Vereda El Manzano Via Pereira Armenia, Pereira, Risaralda 66001, Colombia; NIT # 9005402427 (Colombia) [SDNTK].

AGROPECUARIA HATO SANTA MARIA LTDA., Carrera 43B No. 12-133, Medellin, Colombia; NIT # 9001387615 (Colombia) [SDNTK].

AGROPECUARIA LA PERLA LTDA. (a.k.a. "AGROPERLA"), Calle 18 Norte, No. 3N-24, Oficina 602, Cali, Colombia; NIT # 8002113865 (Colombia) [SDNTK].

AGROPECUARIA MAIS S.A.S. (a.k.a. AGROPECUARIA MAIS SOCIEDAD POR ACCIONES SIMPLIFICADA), Calle 35 85 B 40, Medellin, Antioquia, Colombia; Calle 8B No. 65-191, Ofc. 519, Medellin, Antioquia, Colombia; NIT # 900385162-1 (Colombia) [SDNTK].

AGROPECUARIA MAIS SOCIEDAD POR ACCIONES SIMPLIFICADA (a.k.a. AGROPECUARIA MAIS S.A.S.), Calle 35 85 B 40, Medellin, Antioquia, Colombia; Calle 8B No. 65-191, Ofc. 519, Medellin, Antioquia, Colombia; NIT # 900385162-1 (Colombia) [SDNTK].

AGROPECUARIA MIRALINDO S.A., Carrera 8N No. 17A-12, Cartago, Colombia; NIT # 836000446-4 (Colombia) [SDNT].

AGROPECUARIA PALMA DEL RIO S.A., Carrera 5 No. 29-32, C.C. La Quinta, Ibague, Tolima, Colombia; Carrera 17 No. 91-42, Apt. 502, Bogota, Colombia; NIT # 830061299-7 (Colombia) [SDNT].

AGROPHEN (a.k.a. AGRO-PHEN), 01 BP 6269, Cotonou, Benin [SDNTK].

AGRO-PHEN (a.k.a. AGROPHEN), 01 BP 6269, Cotonou, Benin [SDNTK].

AGROPROMYSHLENNY KOMPLEKS VORONEZHSKI OOO (a.k.a. APK VORONEZHSKII; a.k.a. VORONEZHSKI OOO), Ul Molodezhnaya D.1A, Kuzminskoye 601769, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Jul 1994; Organization Type: Mixed farming; Tax ID No. 3306009951 (Russia); Registration Number 1053300906900 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

AGROSOYUZ (Cyrillic: АГРОСОЮЗ) (a.k.a. AGROSOYUZ LLC (Cyrillic: АГРОСОЮЗ ООО); a.k.a. COMMERCIAL BANK AGROSOYUZ (Cyrillic: КОММЕРЧЕСКИЙ ВАНК АГРОСОЮЗ); a.k.a. LLC COMMERCIAL BANK AGROSOYUZ (Cyrillic: ООО КОММЕРЧЕСКИЙ ВАНК АГРОСОЮЗ; Cyrillic: ООО КВ АГРОСОЮЗ)), Ulanskiy pereulok, number 13 building 1, Moscow 101000, Russia; SWIFT/BIC AGSZRU31; alt. SWIFT/BIC AGSZRU33; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

AGROSOYUZ LLC (Cyrillic: АГРОСОЮЗ ООО) (a.k.a. AGROSOYUZ (Cyrillic: АГРОСОЮЗ); a.k.a. COMMERCIAL BANK AGROSOYUZ (Cyrillic: КОММЕРЧЕСКИЙ ВАНК АГРОСОЮЗ); a.k.a. LLC COMMERCIAL BANK AGROSOYUZ (Cyrillic: ООО КОММЕРЧЕСКИЙ ВАНК АГРОСОЮЗ; Cyrillic: ООО КВ АГРОСОЮЗ)), Ulanskiy pereulok, number 13 building 1, Moscow 101000, Russia; SWIFT/BIC AGSZRU31; alt. SWIFT/BIC AGSZRU33; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

AGU INFORMATION TECHNOLOGY CO LIMITED (Chinese Simplified: 啊咕信息技術有限公司), Room 2-2, 2/F, Fudu Building, 98 Argyle Street, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Company Number 3142653 (Hong Kong) [RUSSIA-EO14024].

AGUAYO, Adrian (a.k.a. "AGUAYO SALAS, Adrian"; a.k.a. "LA ROBERTA"; a.k.a. "ROBERTA"), Chihuahua, Mexico; DOB 29 Jul 1980; POB Chihuahua, Mexico; nationality Mexico; Gender Male; C.U.R.P. AUXA800729HCHGXD02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

AGUILAR AGUILAR Y CIA. LTDA., Carrera 70H No. 127A-26, Bogota, Colombia; NIT # 900039614-6 (Colombia) [SDNTK].

AGUILAR ALVAREZ Y CIA. LTDA., Carrera 35 No. 34B-37 of. 20T, Villavicencio, Colombia; NIT # 830122743-9 (Colombia) [SDNTK].

AGUILAR AMAO, Miguel, Avenida Del Sol 4551, Fraccionamiento La Escondida, Tijuana, Baja California, Mexico; Avenida Del Sol 4551-2, Fraccionamiento La Escondida 22440, Tijuana, Baja California, Mexico; c/o Distribuidora Imperial De Baja California, S.A. de C.V., Tijuana, Baja California, Mexico; c/o ADP, S.C., Tijuana, Baja California, Mexico; DOB 29 Sep 1953; POB Santa Agueda,Baja California Sur,Mexico; R.F.C. AUAM-530929 (Mexico); Credencial electoral 101924629544 (Mexico) (individual) [SDNTK].

AGUILAR DEL BOSQUE, Mauricio (a.k.a. AGUILAR VELEZ, Luis Antonio; a.k.a. BERMUDEZ SUAZA, Pedro Antonio; a.k.a. VEGA LUJAN, Diego Rodrigo; a.k.a. "EL ARQUITECTO"), c/o ASES DE COMPETENCIA Y CIA. S.A., Medellin, Colombia; c/o CONSTRUCTORA GUADALEST S.A., Medellin, Colombia; c/o FRANZUL S.A., Medellin, Colombia; c/o GRUPO GUADALEST S.A. DE C.V., Mexico City, Distrito Federal, Mexico; c/o HIERROS DE JERUSALEM S.A., Medellin, Colombia; Av. Hipolito Taine 253 2, Col. Chapultepec Morales, Miguel Hidalgo, Mexico City, Distrito Federal 11560, Mexico; Camino a San Mateo 41, edificio Mackenzie, la Cuspide departamento 1003, Colonia Lomas Verdes, Naucalpan de Juarez, Estado de Mexico, Mexico; DOB 30 Mar 1957; alt. DOB 10 Mar 1958; alt. DOB 30 Mar 1959; alt. DOB 22 Aug 1959; POB Medellin, Colombia; alt. POB Huamantla, Tlaxcala, Mexico; Cedula No.

70123377 (Colombia); Passport 05400005349 (Mexico); R.F.C. VELD580310 (Mexico); Credencial electoral AGBSMR59033015H800 (Mexico) (individual) [SDNT].

AGUILAR DUARTE, Jose Lenoir, c/o AGUILAR AGUILAR Y CIA. LTDA., Bogota, Colombia; c/o AGUILAR ALVAREZ Y CIA. LTDA., Villavicencio, Colombia; c/o CARILLANCA COLOMBIA Y CIA S EN CS, Bogota, Colombia; c/o CARILLANCA S.A., San Jose, Costa Rica; c/o INVERSIONES ADAG LTDA., Bogota, Colombia; c/o INVERSIONES LOS TUNJOS LTDA., Bogota, Colombia; c/o RECIFIBRAS SECUNDARIAS LTDA., Bogota, Colombia; Cedula No. 79265614 (Colombia); Residency Number 117000439417 (Costa Rica) (individual) [SDNTK].

AGUILAR GARCIA, Marvin Ramiro, Altos de Motastepe Casa No 430, Managua, Nicaragua; DOB 10 Jan 1957; POB Chontales, Nicaragua; nationality Nicaragua; Gender Male; Passport A0008313 (Nicaragua) issued 03 Jun 2009 expires 02 Jun 2014 (individual) [NICARAGUA].

AGUILAR VELEZ, Luis Antonio (a.k.a. AGUILAR DEL BOSQUE, Mauricio; a.k.a. BERMUDEZ SUAZA, Pedro Antonio; a.k.a. VEGA LUJAN, Diego Rodrigo; a.k.a. "EL ARQUITECTO"), c/o ASES DE COMPETENCIA Y CIA. S.A., Medellin, Colombia; c/o CONSTRUCTORA GUADALEST S.A., Medellin, Colombia; c/o FRANZUL S.A., Medellin, Colombia; c/o GRUPO GUADALEST S.A. DE C.V., Mexico City, Distrito Federal, Mexico; c/o HIERROS DE JERUSALEM S.A., Medellin, Colombia; Av. Hipolito Taine 253 2, Col. Chapultepec Morales, Miguel Hidalgo, Mexico City, Distrito Federal 11560, Mexico; Camino a San Mateo 41, edificio Mackenzie, la Cuspide departamento 1003, Colonia Lomas Verdes, Naucalpan de Juarez, Estado de Mexico, Mexico; DOB 30 Mar 1957; alt. DOB 10 Mar 1958; alt. DOB 30 Mar 1959; alt. DOB 22 Aug 1959; POB Medellin, Colombia; alt. POB Huamantla, Tlaxcala, Mexico; Cedula No. 70123377 (Colombia); Passport 05400005349 (Mexico); R.F.C. VELD580310 (Mexico); Credencial electoral AGBSMR59033015H800 (Mexico) (individual) [SDNT].

AGUINO ARBOLEDA, Onofre Junior (Latin: AGUIÑO ARBOLEDA, Onofre Junior) (a.k.a. "DIOS Y CIEGO"), Colombia; DOB 16 Sep 1989; POB Tumaco, Narino, Colombia; Gender Male; Cedula No. 1087132209 (Colombia) (individual) [SDNTK].

AGUIRRE CARDONA, Armando, Mexico; DOB 28 Oct 1955; POB Nuevo Leon, Monterrey, Mexico; nationality Mexico; citizen Mexico; R.F.C. AUCA551028 (Mexico); C.U.R.P. AUCA551028HNLGRR03 (Mexico) (individual) [SDNTK].

AGUIRRE GALINDO, Manuel, c/o COMPLEJO TURISTICO OASIS, S.A. DE C.V., Rosarito, Baja California, Mexico; c/O INMOBILIARIA ESPARTA S.A. DE C.V., Tijuana, Baja California, Mexico; DOB 02 Nov 1950; POB Tijuana, Baja California, Mexico; R.F.C. AUGM-501102-PM3 (Mexico) (individual) [SDNTK].

AGUIRRE SANCHEZ, Blanca Armida, Blvd. Agua Caliente No. 148, Tijuana, Baja California, Mexico; Calle Ixtapan de la Sal No. 12137, Fraccionamiento Colinas de Agua Caliente, Tijuana, Baja California, Mexico; C. Cerro Alto No. 7855, Fracc. Lomas de Agua Caliente, Tijuana, Baja California, Mexico; Avenida Central No. 10200, Departamento 401 Guion "E," Colonia Hipodromo Dos, Tijuana, Baja California, Mexico; c/o MULTISERVICIOS AGSA, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o AGBAS CONSULTORES, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o MEXGLOBO, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o HACIENDA CIEN ANOS DE TIJUANA, S. DE R.L. DE C.V., Tijuana, Baja California, Mexico; c/o COCINA DE TIJUANA, S. DE R.L. DE C.V., Tijuana, Baja California, Mexico; Diaz Miron, Calle 1903 3 Zona Central, Tijuana, Baja California, Mexico; DOB 07 Mar 1958; POB Tijuana, Baja California, Mexico; nationality Mexico; citizen Mexico; Passport 04020067193 (Mexico); R.F.C. AUSB580307CR4 (Mexico); alt. R.F.C. AUSB580307CRA (Mexico); Electoral Registry No. AGSNBL58030702M801 (Mexico) (individual) [SDNTK].

AGUIRRE SANCHEZ, Claudia, Calle Gladiolas No. 28, Fraccionamiento Del Prado, Tijuana, Baja California, Mexico; Calle Garita de Otay No. 1408, Colonia Mesa de Otay, Tijuana, Baja California, Mexico; Priv del Cesar No. 7013, Fracc. Racial Agua Caliente, Tijuana, Baja California, Mexico; c/o MULTISERVICIOS AGSA, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o MEXGLOBO, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o COCINA DE TIJUANA, S. DE R.L. DE C.V., Tijuana, Baja California, Mexico; c/o HACIENDA CIEN ANOS DE TIJUANA, S. DE R.L. DE C.V., Tijuana, Baja California, Mexico; Cll Gladiolas 11449, Lomas de Agua Caliente c de Las

Torres c de S Fco, Tijuana, Baja California 22024, Mexico; DOB 04 Jan 1969; POB Tijuana, Baja California, Mexico; nationality Mexico; citizen Mexico; Cedula No. 1993358 (Mexico); Electoral Registry No. AGSNCL69010402M000 (Mexico) (individual) [SDNTK].

AGUSTA GRAND I LLC, 80 SW 8th Street Suite 2000, Miami, FL 33130, United States; Tax ID No. 36-4802365 (United States) [SDNTK].

AH HAQ, Dr. Amin (a.k.a. AL-HAQ, Amin; a.k.a. AMIN, Muhammad; a.k.a. UL-HAQ, Dr. Amin); DOB 1960; POB Nangahar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AHAK-E SANATI SIMAN SHARGH (a.k.a. SHARQ CEMENT INDUSTRIAL LIMESTONE), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

AHARI, Farbod Mohseni (Arabic: فرید محسنی اهری), Iran; DOB 20 Apr 1990; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M65983670 (Iran) expires 18 Oct 2028; National ID No. 1490118896 (Iran) (individual) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

AHCENE, Cheib (a.k.a. ABDELHAY, al-Sheikh; a.k.a. ALLANE, Hacene; a.k.a. "ABU AL-FOUTOUH"; a.k.a. "BOULAHIA"; a.k.a. "HASSAN THE OLD"); DOB 17 Jan 1941; POB El Menea, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AHETEI LIMITED, Orthodoxou Tower, Floor 3, 44 Inomenon Ethnon, Larnaca 6042, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Jan 2022; Target Type Private Company; Registration Number HE430579 (Cyprus) [RUSSIA-EO14024] (Linked To: LAR VORTO SERVICES LIMITED).

AHIYAHU TURUS (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AHL AL-SUNNA WA AL-JAMAA (a.k.a. AL-SHABAAB IN MOZAMBIQUE; a.k.a. ANSAAR KALIMAT ALLAH; a.k.a. ANSAR AL-SUNNA; a.k.a. ISLAMIC STATE - MOZAMBIQUE; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. "ADHERENTS TO THE TRADITIONS AND THE COMMUNITY"; a.k.a. "HELPERS OF TRADITION"; a.k.a. "ISIS-MOZAMBIQUE"; a.k.a. "SUPPORTERS OF THE WORD OF ALLAH"), Cabo Delgado Province, Mozambique; Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AHMAD SHAH HAWALA (a.k.a. HAJI AHMAD SHAH HAWALA; a.k.a. MAULAWI AHMED SHAH HAWALA; a.k.a. MULLAH AHMED SHAH HAWALA; a.k.a. ROSHAN MONEY EXCHANGE; a.k.a. ROSHAN SARAFI; a.k.a. ROSHAN SHIRKAT; a.k.a. ROSHAN TRADING COMPANY; a.k.a. RUSHAAN TRADING COMPANY), Floor 5, Shop 25, Kandahar City Sarafi Market, Kandahar District, Kandahar Province, Afghanistan; Lakri, Helmand Province, Afghanistan; Aziz Market, In front of Azizi Bank, Waish Border, Spin Boldak District, Kandahar Province, Afghanistan; Gardi Jungle, Balochistan Province, Pakistan; Chaghi, Balochistan Province, Pakistan; Fahr Khan (variant Furqan) Center, Shop Number 1584, Chalhor Mal Road, Quetta, Balochistan Province, Pakistan; St. Flore, Flat Number 4, Furqan Center, Jamaludden (variant Jamaludin) Afghani Road, Quetta, Balochistan Province, Pakistan; Muslim Plaza Building, Doctor Banu Road, 2nd Floor, Office Number 4, Quetta, Balochistan Province, Pakistan; Cholmon Road, Quetta, Balochistan Province, Pakistan; Munsafi Road, Quetta, Balochistan Province, Pakistan; Abdul Samad Khan Street, Next to Fathma Jena Road, Kadari Place, 1st Floor, Shop Number 1, Quetta, Balochistan Province, Pakistan; Safar Bazaar, Garm Ser District, Helmand Province, Afghanistan; Main Bazaar, Safar, Helmand Province, Afghanistan; Money Exchange Market, Lashkar Gah, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, Lashkar Gah, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Helmand Province, Afghanistan; Hazar Joft, Garmser District, Helmand Province, Afghanistan; Ismat Bazaar, Marjah District, Helmand Province, Afghanistan; Zaranj, Nimruz Province, Afghanistan; Suite 8, 4th Floor, Sarrafi Market, District 1, Kandahar City, Kandahar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: TALIBAN).

AHMAD, Abu Bakr (a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed;

a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AHMAD, Aliazra Ra'ad (a.k.a. AL-BAYATI, Abdul Rahman Muhammad; a.k.a. AL-BAYATI, Tahir Muhammad Khalil Mustafa; a.k.a. AL-QADULI, Abd Al-Rahman Muhammad Mustafa; a.k.a. MUSTAFA, Umar Muhammad Khalil; a.k.a. SHAYKHLARI, 'Abd al-Rahman Muhammad Mustafa; a.k.a. "ABU ALA"; a.k.a. "ABU HASAN"; a.k.a. "ABU IMAN"; a.k.a. "ABU MUHAMMAD"; a.k.a. "ABU ZAYNA"; a.k.a. "ABU-SHUAYB"; a.k.a. "HAJJI IMAN"); DOB 1959; alt. DOB 1957; POB Mosul, Ninawa Province, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AHMAD, Ayman, Syria; DOB 01 Feb 1971; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AHMAD, Dida (a.k.a. AHMAD, Hind; a.k.a. AHMAD, Hind Nazem (Arabic: هند ناظم احمد); a.k.a. AHMED, Hind Nazem), 92 Boulevard Flandrin, Paris, France; Residence Camelia, Cocody Danga, Nord Abidjan, Cote d Ivoire; DOB 04 Nov 1992; POB Antwerp, Belgium; nationality Belgium; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EP784076 (Belgium) expires 03 May 2025; alt. Passport EI463437 (Belgium) expires 22 Mar 2016 (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

AHMAD, Dilshad (a.k.a. AL-DAKHIL, 'Abd al-Rahman; a.k.a. AL-DAKHIL, Abdul Rehman; a.k.a. ALI, Amanat; a.k.a. ALI, Amanatullah; a.k.a. ALI, Amantullah; a.k.a. DILSHAD, Danish; a.k.a. IQBAL, Imanat Ullah), Pakistan; DOB 01 Sep 1964; alt. DOB 01 Mar 1965 to 31 Mar 1965; POB Faisalabad, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AHMAD, Fadzlon (a.k.a. BIN AHMAD, Fadzlon), 43 Lengkong Empat, #02-02 D-Heritage Apartments, Singapore 417659, Singapore; DOB 29 Aug 1953; POB Singapore; nationality Singapore; Gender Male; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Passport E5536439E (Singapore) (individual) [IRAN-EO13846].

AHMAD, Farhad Kanabi (a.k.a. HAMAWANDI, Kawa; a.k.a. OMAR ACHMED, Kaua), Lochhamer Str. 115, Munich 81477, Germany; Iraq; DOB 01 Jul 1971; POB Arbil, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Travel Document Number A0139243 (Germany) (individual) [SDGT].

AHMAD, Fayyaz (a.k.a. FIAZ, Muhammad; a.k.a. "BAHA'I, Fayaz"; a.k.a. "FAIZ, Shaikh"; a.k.a. "FAYAZ, Sheikh"; a.k.a. "FIYAZ, Sheikh"; a.k.a. "FIYYAZ, Sheikh"), Sheikhpura, Pakistan; DOB 05 Dec 1973; POB Sheikhpura, Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

AHMAD, Firas; DOB 21 Jan 1967; Scientific Studies and Research Center Colonel (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

AHMAD, Firas (a.k.a. AHMAD, Firas Michael; a.k.a. AHMAD, Firas Nazem (Arabic: فراس ناظم احمد)), 76 Waterstone Drive, Benmore Gardens, Johannesburg, South Africa; DOB 14 May 1991; nationality South Africa; alt. nationality Belgium; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EH454630 (Belgium); alt. Passport 712211555 (United States); alt. Passport EJ586315 (Belgium) expires 23 Sep 2017; alt. Passport RL3752510 (Lebanon) expires 10 May 2021; Identification Number 9105146334188 (South Africa) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

AHMAD, Firas Michael (a.k.a. AHMAD, Firas; a.k.a. AHMAD, Firas Nazem (Arabic: فراس ناظم احمد)), 76 Waterstone Drive, Benmore Gardens, Johannesburg, South Africa; DOB 14 May 1991; nationality South Africa; alt. nationality Belgium; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EH454630 (Belgium); alt. Passport 712211555 (United States); alt. Passport EJ586315 (Belgium) expires 23 Sep 2017; alt. Passport RL3752510 (Lebanon) expires 10 May 2021;

Identification Number 9105146334188 (South Africa) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

AHMAD, Firas Nazem (Arabic: فراس ناظم احمد) (a.k.a. AHMAD, Firas; a.k.a. AHMAD, Firas Michael), 76 Waterstone Drive, Benmore Gardens, Johannesburg, South Africa; DOB 14 May 1991; nationality South Africa; alt. nationality Belgium; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EH454630 (Belgium); alt. Passport 712211555 (United States); alt. Passport EJ586315 (Belgium) expires 23 Sep 2017; alt. Passport RL3752510 (Lebanon) expires 10 May 2021; Identification Number 9105146334188 (South Africa) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

AHMAD, Hind (a.k.a. AHMAD, Dida; a.k.a. AHMAD, Hind Nazem (Arabic: هند ناظم احمد); a.k.a. AHMED, Hind Nazem), 92 Boulevard Flandrin, Paris, France; Residence Camelia, Cocody Danga, Nord Abidjan, Cote d Ivoire; DOB 04 Nov 1992; POB Antwerp, Belgium; nationality Belgium; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EP784076 (Belgium) expires 03 May 2025; alt. Passport EI463437 (Belgium) expires 22 Mar 2016 (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

AHMAD, Hind Nazem (Arabic: هند ناظم احمد) (a.k.a. AHMAD, Dida; a.k.a. AHMAD, Hind; a.k.a. AHMED, Hind Nazem), 92 Boulevard Flandrin, Paris, France; Residence Camelia, Cocody Danga, Nord Abidjan, Cote d Ivoire; DOB 04 Nov 1992; POB Antwerp, Belgium; nationality Belgium; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EP784076 (Belgium) expires 03 May 2025; alt. Passport EI463437 (Belgium) expires 22 Mar 2016 (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

AHMAD, Muhammad Ali Sayid (a.k.a. SAEED, Mohammad Ali; a.k.a. "Abu Turab al-Canadi"), As Susah, Syria; DOB 07 Oct 1990; POB Faisalabad, Punjab Province, Pakistan; nationality Canada; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AHMAD, Muhammad Gamal Abu (a.k.a. 'ABDU, Muhammad Jamal; a.k.a. ABDU, Muhammad Jamal Ahmad; a.k.a. ABDUH, Mohammad

Jamal; a.k.a. AHMAD, Muhammad Jamal Abu; a.k.a. AHMED, Mohammad Jamal Abdo; a.k.a. AL KASHEF, Muhammad Jamal; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-Al Rahim; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-al Rahim Ahmad; a.k.a. AL-MASRI, Abu Ahmad; a.k.a. JAMAL, Muhammad); DOB 01 Jan 1964; alt. DOB 01 Feb 1964; POB Cairo, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AHMAD, Muhammad Jamal Abu (a.k.a. 'ABDU, Muhammad Jamal; a.k.a. ABDU, Muhammad Jamal Ahmad; a.k.a. ABDUH, Mohammad Jamal; a.k.a. AHMAD, Muhammad Gamal Abu; a.k.a. AHMED, Mohammad Jamal Abdo; a.k.a. AL KASHEF, Muhammad Jamal; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-Al Rahim; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-al Rahim Ahmad; a.k.a. AL-MASRI, Abu Ahmad; a.k.a. JAMAL, Muhammad); DOB 01 Jan 1964; alt. DOB 01 Feb 1964; POB Cairo, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AHMAD, Muhammad Yunis (a.k.a. AHMED, Muhammad Yunis; a.k.a. AL-AHMED, Muhammad Yunis; a.k.a. AL-BADRANI, Muhammad Yunis Ahmad; a.k.a. AL-MOALI, Mohammed Yunis Ahmed), Al-Dawar Street, Bludan, Syria; Damascus, Syria; Mosul, Iraq; Wadi al-Hawi, Iraq; Dubai, United Arab Emirates; Al-Hasaka, Syria; DOB 1949; POB Al-Mowall, Mosul, Iraq; nationality Iraq (individual) [IRAQ2].

AHMAD, Najmuddin Faraj (a.k.a. FARRAJ, Fateh Najm Eddine; a.k.a. KREKAR, Mullah; a.k.a. NAJMUDDIN, Faraj Ahmad), Heimdalsgate 36-V, 0578 Oslo, Norway; DOB 07 Jul 1956; alt. DOB 17 Jun 1963; POB Olaqloo Sharbajer Village, al-Sulaymaniyah Governorate, Iraq; citizen Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AHMAD, Nazem Ali (a.k.a. AHMAD, Nazem Saeed; a.k.a. AHMAD, Nazem Said; a.k.a. AHMAD, Nazim; a.k.a. AHMAD, Nazim Sa'id; a.k.a. AHMAD, Nizam Saed; a.k.a. AHMED, Nazem Said; a.k.a. AHMED, Nazem Saied), Mteferraa From Es Semrlnd, Beirut, Lebanon; DOB 05 Jan 1965; POB Sierra Leone; nationality Lebanon; citizen Belgium; Additional Sanctions Information - Subject to Secondary

Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

AHMAD, Nazem Saeed (a.k.a. AHMAD, Nazem Ali; a.k.a. AHMAD, Nazem Said; a.k.a. AHMAD, Nazim; a.k.a. AHMAD, Nazim Sa'id; a.k.a. AHMAD, Nizam Saed; a.k.a. AHMED, Nazem Said; a.k.a. AHMED, Nazem Saied), Mteferraa From Es Semrlnd, Beirut, Lebanon; DOB 05 Jan 1965; POB Sierra Leone; nationality Lebanon; citizen Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

AHMAD, Nazem Said (a.k.a. AHMAD, Nazem Ali; a.k.a. AHMAD, Nazem Saeed; a.k.a. AHMAD, Nazim; a.k.a. AHMAD, Nazim Sa'id; a.k.a. AHMAD, Nizam Saed; a.k.a. AHMED, Nazem Said; a.k.a. AHMED, Nazem Saied), Mteferraa From Es Semrlnd, Beirut, Lebanon; DOB 05 Jan 1965; POB Sierra Leone; nationality Lebanon; citizen Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

AHMAD, Nazim (a.k.a. AHMAD, Nazem Ali; a.k.a. AHMAD, Nazem Saeed; a.k.a. AHMAD, Nazem Said; a.k.a. AHMAD, Nazim Sa'id; a.k.a. AHMAD, Nizam Saed; a.k.a. AHMED, Nazem Said; a.k.a. AHMED, Nazem Saied), Mteferraa From Es Semrlnd, Beirut, Lebanon; DOB 05 Jan 1965; POB Sierra Leone; nationality Lebanon; citizen Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

AHMAD, Nazim Sa'id (a.k.a. AHMAD, Nazem Ali; a.k.a. AHMAD, Nazem Saeed; a.k.a. AHMAD, Nazem Said; a.k.a. AHMAD, Nazim; a.k.a. AHMAD, Nizam Saed; a.k.a. AHMED, Nazem Said; a.k.a. AHMED, Nazem Saied), Mteferraa From Es Semrlnd, Beirut, Lebanon; DOB 05 Jan 1965; POB Sierra Leone; nationality

Lebanon; citizen Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

AHMAD, Nazir (a.k.a. AHMED, Nazeer; a.k.a. AHMED, Nazir; a.k.a. CHAUDHRY, Nazir Ahmad); DOB 12 Dec 1948; POB Sahiwal, Punjab Province, Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BE4196581 (Pakistan) issued 01 Dec 2007 expires 29 Nov 2012; National ID No. 3520162456585 (Pakistan); alt. National ID No. 22058321812 (Pakistan) (individual) [SDGT].

AHMAD, Nizam Saed (a.k.a. AHMAD, Nazem Ali; a.k.a. AHMAD, Nazem Saeed; a.k.a. AHMAD, Nazem Said; a.k.a. AHMAD, Nazim; a.k.a. AHMAD, Nazim Sa'id; a.k.a. AHMED, Nazem Said; a.k.a. AHMED, Nazem Saied), Mteferraa From Es Semrlnd, Beirut, Lebanon; DOB 05 Jan 1965; POB Sierra Leone; nationality Lebanon; citizen Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

AHMAD, Noor (a.k.a. AGHA SAYEED, Sia; a.k.a. AGHA, Ahmad Zia; a.k.a. AGHA, Zia; a.k.a. AHMED, Noor); DOB 1974; POB Maiwand District, Qandahar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Haji (individual) [SDGT].

AHMAD, Rasem, P.O. Box 1318, Amman, Jordan (individual) [IRAQ2].

AHMAD, Rima Kamel Nazem (a.k.a. BAKER, Rima Kamel Yaacoub (Arabic: ريما كامل يعقوب باقر); a.k.a. BAKER, Rima Yaacoub; a.k.a. BAQER, Rima Kamel), Eden Gardens Building, 5th Floor, Fawzi Street, Beirut, Lebanon; DOB 25 Feb 1970; POB Beirut, Lebanon; nationality Lebanon; alt. nationality Belgium; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0503197 (Lebanon) expires 01 Aug 2022; alt. Passport EM719287 (Belgium) expires 02 Mar 2022; alt.

Passport E1277888 (Belgium) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

AHMAD, Sayed (a.k.a. HAFIZ, Said Khan; a.k.a. KHAN, Hafez Sayed; a.k.a. KHAN, Hafiz Saeed; a.k.a. KHAN, Hafiz Sa'id; a.k.a. KHAN, Hafiz Said; a.k.a. KHAN, Hafiz Said Muhammad; a.k.a. KHAN, Shaykh Hafidh Sa'id; a.k.a. KHAN, Wali Hafiz Sayid; a.k.a. SAEED, Hafiz; a.k.a. SA'ID, Hafiz); DOB 01 Jan 1976 to 31 Dec 1978; alt. DOB 01 Jan 1977 to 31 Dec 1979; POB Mamondzowi Village, Orakzai Agency, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AHMAD, Sayyid (a.k.a. HARB, Hajj Ya'taqad Khalil; a.k.a. HARB, Khalil Yusif; a.k.a. HARB, Khalil Yusuf; a.k.a. HARB, Mustafa Khalil; a.k.a. MUSTAFA, Abu); DOB 09 Oct 1958; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AHMAD, Tariq Anwar al-Sayyid (a.k.a. FARAG, Hamdi Ahmad; a.k.a. FATHI, Amr Al-Fatih); DOB 15 Mar 1963; POB Alexandria, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AHMAD, Wallid Issa, Iraq (individual) [IRAQ2].

AHMAD, Zaki Izzat Zaki; DOB 21 Apr 1960; POB Sharqiyah, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AHMADI MOGHADAM, Ismail (a.k.a. AHMADI MOGHADDAM, Esma'il; a.k.a. AHMADI-MOGHADDAM, Esma'il; a.k.a. AHMADI-MOGHADDAM, Esmail; a.k.a. AHMADI-MOQADDAM, Esma'il; a.k.a. MOGHADAM, Ismail Ahmadi; a.k.a. MOGHADDAM, Esameel Ahmadi; a.k.a. MOGHADDAM, Ismail Ahmadi); DOB 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Head of Iranian Police; Alternate Title, Chief, Iran's Law Enforcement Forces; Alternate Title, Police Chief, Alternate Title, Commander of Iran's Law Enforcement Force; Alternate Title, Brigadier General (individual) [IRAN-HR] [IRAN-TRA].

AHMADI MOGHADDAM, Esma'il (a.k.a. AHMADI MOGHADAM, Ismail; a.k.a. AHMADI-MOGHADDAM, Esma'il; a.k.a. AHMADI-

MOGHADDAM, Esmail; a.k.a. AHMADI-MOQADDAM, Esma'il; a.k.a. MOGHADAM, Ismail Ahmadi; a.k.a. MOGHADDAM, Esameel Ahmadi; a.k.a. MOGHADDAM, Ismail Ahmadi); DOB 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Head of Iranian Police; Alternate Title, Chief, Iran's Law Enforcement Forces; Alternate Title, Police Chief, Alternate Title, Commander of Iran's Law Enforcement Force; Alternate Title, Brigadier General (individual) [IRAN-HR] [IRAN-TRA].

AHMADI NEJAD, Mahmoud (a.k.a. AHMADINEJAD, Mahmood; a.k.a. AHMADINEJAD, Mahmoud (Arabic: محمود احمدی‌نژاد); a.k.a. AHMADI-NEJAD, Mahmud; a.k.a. AHMADINEJHAD, Mahmoud; a.k.a. AHMADINEZHAD, Mahmoud; a.k.a. AHMEDINEJAD, Mahmud), Tehran, Iran; DOB 28 Oct 1956; POB Garmsar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] [HOSTAGES-EO14078] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

AHMADI, Mansour (Arabic: منصور احمدی) (a.k.a. AHMADI, Mansur; a.k.a. AKBARI, Masoud; a.k.a. UNSI, Parsa), Iran; DOB 07 Jul 1988; POB Shamiran, Tehran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0453740243 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

AHMADI, Mansur (a.k.a. AHMADI, Mansour (Arabic: منصور احمدی); a.k.a. AKBARI, Masoud; a.k.a. UNSI, Parsa), Iran; DOB 07 Jul 1988; POB Shamiran, Tehran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0453740243 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

AHMADI, Rahim; DOB 07 Sep 1956; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport A0033560 (Iran); Director, Shahid Bakeri Industries Group (individual) [NPWMD] [IFSR] (Linked To: SHAHID BAKERI INDUSTRIAL GROUP).

AHMADIAN, Ali Akbar (a.k.a. AHMADIYAN, Ali Akbar); DOB circa 1961; POB Kerman, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

AHMADI-MOGHADDAM, Esmail (a.k.a. AHMADI MOGHADAM, Ismail; a.k.a. AHMADI MOGHADDAM, Esma'il; a.k.a. AHMADI-MOGHADDAM, Esma'il; a.k.a. AHMADI-MOQADDAM, Esma'il; a.k.a. MOGHADAM, Ismail Ahmadi; a.k.a. MOGHADDAM, Esameel Ahmadi; a.k.a. MOGHADDAM, Ismail Ahmadi); DOB 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Head of Iranian Police; Alternate Title, Chief, Iran's Law Enforcement Forces; Alternate Title, Police Chief, Alternate Title, Commander of Iran's Law Enforcement Force; Alternate Title, Brigadier General (individual) [IRAN-HR] [IRAN-TRA].

AHMADI-MOGHADDAM, Esma'il (a.k.a. AHMADI MOGHADAM, Ismail; a.k.a. AHMADI MOGHADDAM, Esma'il; a.k.a. AHMADI-MOGHADDAM, Esmail; a.k.a. AHMADI-MOQADDAM, Esma'il; a.k.a. MOGHADAM, Ismail Ahmadi; a.k.a. MOGHADDAM, Esameel Ahmadi; a.k.a. MOGHADDAM, Ismail Ahmadi); DOB 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Head of Iranian Police; Alternate Title, Chief, Iran's Law Enforcement Forces; Alternate Title, Police Chief, Alternate Title, Commander of Iran's Law Enforcement Force; Alternate Title, Brigadier General (individual) [IRAN-HR] [IRAN-TRA].

AHMADI-MOQADDAM, Esma'il (a.k.a. AHMADI MOGHADAM, Ismail; a.k.a. AHMADI MOGHADDAM, Esma'il; a.k.a. AHMADI-MOGHADDAM, Esma'il; a.k.a. AHMADI-MOGHADDAM, Esmail; a.k.a. MOGHADAM, Ismail Ahmadi; a.k.a. MOGHADDAM, Esameel Ahmadi; a.k.a. MOGHADDAM, Ismail Ahmadi); DOB 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Head of Iranian Police; Alternate Title, Chief, Iran's Law Enforcement Forces; Alternate Title, Police Chief, Alternate Title, Commander of Iran's Law Enforcement Force; Alternate Title, Brigadier General (individual) [IRAN-HR] [IRAN-TRA].

AHMADINEJAD, Mahmood (a.k.a. AHMADI NEJAD, Mahmoud; a.k.a. AHMADINEJAD, Mahmoud (Arabic: محمود احمدی‌نژاد); a.k.a. AHMADI-NEJAD, Mahmud; a.k.a. AHMADINEJHAD, Mahmoud; a.k.a. AHMADINEZHAD, Mahmoud; a.k.a. AHMEDINEJAD, Mahmud), Tehran, Iran; DOB 28 Oct 1956; POB Garmsar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male

(individual) [IRAN] [HOSTAGES-EO14078] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

AHMADINEJAD, Mahmoud (Arabic: محمود احمدی‌نژاد) (a.k.a. AHMADI NEJAD, Mahmoud; a.k.a. AHMADINEJAD, Mahmood; a.k.a. AHMADI-NEJAD, Mahmud; a.k.a. AHMADINEJHAD, Mahmoud; a.k.a. AHMADINEZHAD, Mahmoud; a.k.a. AHMEDINEJAD, Mahmud), Tehran, Iran; DOB 28 Oct 1956; POB Garmsar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] [HOSTAGES-EO14078] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

AHMADI-NEJAD, Mahmud (a.k.a. AHMADI NEJAD, Mahmoud; a.k.a. AHMADINEJAD, Mahmood; a.k.a. AHMADINEJAD, Mahmoud (Arabic: محمود احمدی‌نژاد); a.k.a. AHMADINEJHAD, Mahmoud; a.k.a. AHMADINEZHAD, Mahmoud; a.k.a. AHMEDINEJAD, Mahmud), Tehran, Iran; DOB 28 Oct 1956; POB Garmsar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] [HOSTAGES-EO14078] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

AHMADINEJHAD, Mahmoud (a.k.a. AHMADI NEJAD, Mahmoud; a.k.a. AHMADINEJAD, Mahmood; a.k.a. AHMADINEJAD, Mahmoud (Arabic: محمود احمدی‌نژاد); a.k.a. AHMADI-NEJAD, Mahmud; a.k.a. AHMADINEZHAD, Mahmoud; a.k.a. AHMEDINEJAD, Mahmud), Tehran, Iran; DOB 28 Oct 1956; POB Garmsar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] [HOSTAGES-EO14078] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

AHMADINEZHAD, Mahmoud (a.k.a. AHMADI NEJAD, Mahmoud; a.k.a. AHMADINEJAD, Mahmood; a.k.a. AHMADINEJAD, Mahmoud (Arabic: محمود احمدی‌نژاد); a.k.a. AHMADI-NEJAD, Mahmud; a.k.a. AHMADINEJHAD, Mahmoud; a.k.a. AHMEDINEJAD, Mahmud), Tehran, Iran; DOB 28 Oct 1956; POB Garmsar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] [HOSTAGES-EO14078] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

AHMADIYAN, Ali Akbar (a.k.a. AHMADIAN, Ali Akbar); DOB circa 1961; POB Kerman, Iran;

nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

AHMADZADEGAN, Sadegh (a.k.a. "el_nitr0jen"; a.k.a. "Nitr0jen"; a.k.a. "Nitr0jen26"); DOB 27 Oct 1992; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2].

AHMAR GROUP FOR TRADING (a.k.a. AL AHMAR TRADING GROUP (Arabic: مجموعة الأحمر التجارة); a.k.a. AL-AHMAR GROUP FOR TRADE), Sanaa, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 960363 (Yemen) [SDGT] (Linked To: AL AHMAR, Hamid Abdullah Hussein).

AHMAR, Hamid Abdullah (a.k.a. AHMAR, Hamid Abdullah Hussain; a.k.a. AL AHMAR, Hamid A. H.; a.k.a. AL AHMAR, Hamid Abdullah Hussein (Arabic: حميد بن عبد الله الأحمر); a.k.a. AL-AHMAR, Hamid), Istanbul, Turkey; DOB 27 Dec 1967; alt. DOB 01 Jan 1967; POB Sanaa, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00030140 (Yemen) expires 09 Apr 2022; Identification Number 99727522148 (Turkey) (individual) [SDGT] (Linked To: HAMAS; Linked To: AL-QUDS INTERNATIONAL FOUNDATION).

AHMAR, Hamid Abdullah Hussain (a.k.a. AHMAR, Hamid Abdullah; a.k.a. AL AHMAR, Hamid A. H.; a.k.a. AL AHMAR, Hamid Abdullah Hussein (Arabic: حميد بن عبد الله الأحمر); a.k.a. AL-AHMAR, Hamid), Istanbul, Turkey; DOB 27 Dec 1967; alt. DOB 01 Jan 1967; POB Sanaa, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00030140 (Yemen) expires 09 Apr 2022; Identification Number 99727522148 (Turkey) (individual) [SDGT] (Linked To: HAMAS; Linked To: AL-QUDS INTERNATIONAL FOUNDATION).

AHMAT, Abdul Qadir (a.k.a. ABDUL BASEER, Abdul Qadeer Basir; a.k.a. BASIR, Abdul Qadir; a.k.a. HAQQANI, Abdul Qadir; a.k.a. QADIR, Abdul; a.k.a. "Nasibullah"), Peshawar, Pakistan; DOB 1964; POB Nangarhar Province, Afghanistan; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Passport D000974 (Afghanistan) (individual) [SDGT] (Linked To: TALIBAN).

AHMED NACER, Yacine (a.k.a. YACINE DI ANNABA), Rue Mohamed Khemisti, 6, Annaba, Algeria; Via Genova, 121, Naples, Italy; Vicolo Duchessa, 16, Naples, Italy; DOB 02 Dec 1967; POB Annaba, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AHMED, Abdalla Khalafalla Abdalla (a.k.a. ABDALLA, Ahmed; a.k.a. ABDALLA, Akhmed Abdalla Khalafalla; a.k.a. KHALAFALLAH, Abdallah Ahmed Abdallah), Pishonevskaya 20-1, Flat 76, Odessa, Odessa 65026, Ukraine; Apt. 5405, Amna Tower, Al Habtoor City, Dubai, United Arab Emirates; DOB 14 Mar 1978; POB Omdurman, Sudan; nationality Ukraine; Gender Male; Passport PU669310 (Ukraine) expires 20 Sep 2032; alt. Passport PU683987 (Ukraine) expires 28 Oct 2032; alt. Passport FM684476 (Ukraine) expires 05 Apr 2028; alt. Passport FB793884 (Ukraine) expires 09 Sep 2025 (individual) [SUDAN-EO14098] (Linked To: DEFENSE INDUSTRIES SYSTEM).

AHMED, Abdo Abdullah Dael (Arabic: عبده عبدالله دائل احمد) (a.k.a. AHMED, Abdoo Abdullah Dael; a.k.a. AHMED, Abdu Abdullah; a.k.a. DA'IL, 'Abduh), Sweden; Dubai, United Arab Emirates; DOB 13 Sep 1979; POB Ta'izz Al-Mukha, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 06398551 (Yemen) expires 18 Apr 2022 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AHMED, Abdoo Abdullah Dael (a.k.a. AHMED, Abdo Abdullah Dael (Arabic: عبده عبدالله دائل احمد); a.k.a. AHMED, Abdu Abdullah; a.k.a. DA'IL, 'Abduh), Sweden; Dubai, United Arab Emirates; DOB 13 Sep 1979; POB Ta'izz Al-Mukha, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 06398551 (Yemen) expires 18 Apr 2022 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AHMED, Abdu Abdullah (a.k.a. AHMED, Abdo Abdullah Dael (Arabic: عبده عبدالله دائل احمد); a.k.a. AHMED, Abdoo Abdullah Dael; a.k.a. DA'IL, 'Abduh), Sweden; Dubai, United Arab

Emirates; DOB 13 Sep 1979; POB Ta'izz Al-Mukha, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 06398551 (Yemen) expires 18 Apr 2022 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AHMED, Abubakar (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AHMED, Abubakar (a.k.a. AHMED, Abubaker Shariff; a.k.a. AHMED, Sheikh Abubakar; a.k.a. MAKABURI; a.k.a. SHARIFF, Abu Makaburi; a.k.a. SHARIFF, Abubaker), Majengo Area, Mombasa, Kenya; DOB 1962; alt. DOB 1967; POB Kenya; citizen Kenya (individual) [SOMALIA].

AHMED, Abubakar K. (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AHMED, Abubakar Khalfan (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AHMED, Abubakary K. (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AHMED, Abubaker Shariff (a.k.a. AHMED, Abubakar; a.k.a. AHMED, Sheikh Abubakar; a.k.a. MAKABURI; a.k.a. SHARIFF, Abu Makaburi; a.k.a. SHARIFF, Abubaker), Majengo Area, Mombasa, Kenya; DOB 1962; alt. DOB 1967; POB Kenya; citizen Kenya (individual) [SOMALIA].

AHMED, Adnan S. Hasan (a.k.a. ADNAN, Ahmed S. Hasan; a.k.a. SULTAN, Ahmed), Amman, Jordan (individual) [IRAQ2].

AHMED, Ahmed (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed;

a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED HAMED"; a.k.a. "AHMED THE EGYPTIAN"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AHMED, Ahmed Khalfan (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AHMED, Ameen, Male, Maldives; DOB 28 Apr 1987; POB Gaafu Dhaalu Atoll, Rathafandhoo, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E0470542 (Maldives) expires 04 Dec 2018; National ID No. A147231 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AHMED, Benazir, Bangladesh; DOB 01 Oct 1963; POB Gopalganj, Bangladesh; nationality Bangladesh; Gender Male; Passport B00002095 (Bangladesh) issued 04 Mar 2020 expires 03 Mar 2030; National ID No. 5051953882 (Bangladesh) (individual) [GLOMAG] (Linked To: RAPID ACTION BATTALION).

AHMED, Hind Nazem (a.k.a. AHMAD, Dida; a.k.a. AHMAD, Hind; a.k.a. AHMAD, Hind Nazem (Arabic: هند ناظم احمد)), 92 Boulevard Flandrin, Paris, France; Residence Camelia, Cocody Danga, Nord Abidjan, Cote d Ivoire; DOB 04 Nov 1992; POB Antwerp, Belgium; nationality Belgium; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Passport EP784076 (Belgium) expires 03 May 2025; alt. Passport EI463437 (Belgium) expires 22 Mar 2016 (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

AHMED, Isma'il Fu'ad Rasul (a.k.a. "KURDI, Abdallah"), Iran; DOB 1976; POB Kirkuk, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AHMED, Mohammad Jamal Abdo (a.k.a. 'ABDU, Muhammad Jamal; a.k.a. ABDU, Muhammad Jamal Ahmad; a.k.a. ABDUH, Mohammad Jamal; a.k.a. AHMAD, Muhammad Gamal Abu; a.k.a. AHMAD, Muhammad Jamal Abu; a.k.a. AL KASHEF, Muhammad Jamal; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-Al Rahim; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-al Rahim Ahmad; a.k.a. AL-MASRI, Abu Ahmad; a.k.a. JAMAL, Muhammad); DOB 01 Jan 1964; alt. DOB 01 Feb 1964; POB Cairo, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AHMED, Muhammad Yunis (a.k.a. AHMAD, Muhammad Yunis; a.k.a. AL-AHMED, Muhammad Yunis; a.k.a. AL-BADRANI, Muhammad Yunis Ahmad; a.k.a. AL-MOALI, Mohammed Yunis Ahmed), Al-Dawar Street, Bludan, Syria; Damascus, Syria; Mosul, Iraq; Wadi al-Hawi, Iraq; Dubai, United Arab Emirates; Al-Hasaka, Syria; DOB 1949; POB Al-Mowall, Mosul, Iraq; nationality Iraq (individual) [IRAQ2].

AHMED, Nazeer (a.k.a. AHMAD, Nazir; a.k.a. AHMED, Nazir; a.k.a. CHAUDHRY, Nazir Ahmad); DOB 12 Dec 1948; POB Sahiwal, Punjab Province, Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BE4196581 (Pakistan) issued 01 Dec 2007 expires 29 Nov 2012; National ID No. 3520162456585 (Pakistan); alt. National ID No. 22058321812 (Pakistan) (individual) [SDGT].

AHMED, Nazem Said (a.k.a. AHMAD, Nazem Ali; a.k.a. AHMAD, Nazem Saeed; a.k.a. AHMAD, Nazem Said; a.k.a. AHMAD, Nazim; a.k.a. AHMAD, Nazim Sa'id; a.k.a. AHMAD, Nizam Saed; a.k.a. AHMED, Nazem Saied), Mteferraa From Es Semrlnd, Beirut, Lebanon; DOB 05 Jan 1965; POB Sierra Leone; nationality Lebanon; citizen Belgium; Additional Sanctions Information - Subject to Secondary Sanctions

Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

AHMED, Nazem Saied (a.k.a. AHMAD, Nazem Ali; a.k.a. AHMAD, Nazem Saeed; a.k.a. AHMAD, Nazem Said; a.k.a. AHMAD, Nazim; a.k.a. AHMAD, Nazim Sa'id; a.k.a. AHMAD, Nizam Saed; a.k.a. AHMED, Nazem Said), Mteferraa From Es Semrlnd, Beirut, Lebanon; DOB 05 Jan 1965; POB Sierra Leone; nationality Lebanon; citizen Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

AHMED, Nazir (a.k.a. AHMAD, Nazir; a.k.a. AHMED, Nazeer; a.k.a. CHAUDHRY, Nazir Ahmad); DOB 12 Dec 1948; POB Sahiwal, Punjab Province, Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BE4196581 (Pakistan) issued 01 Dec 2007 expires 29 Nov 2012; National ID No. 3520162456585 (Pakistan); alt. National ID No. 22058321812 (Pakistan) (individual) [SDGT].

AHMED, Noor (a.k.a. AGHA SAYEED, Sia; a.k.a. AGHA, Ahmad Zia; a.k.a. AGHA, Zia; a.k.a. AHMAD, Noor); DOB 1974; POB Maiwand District, Qandahar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Haji (individual) [SDGT].

AHMED, Qassim Abdullah Ali (a.k.a. ABDULLAH ALI, Qassim; a.k.a. ABDULLAH, Qassim; a.k.a. AL MUAMEN, Qassim; a.k.a. AL-MUAMEN, Qassim), Iran; DOB 1989; alt. DOB 1988; alt. DOB 1990; alt. DOB 08 Sep 1989; POB Sitrah, Bahrain; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1948673 (Bahrain) issued 18 Oct 2010 expires 18 Oct 2020; National ID No. 890906491 (Bahrain) (individual) [SDGT] (Linked To: AL-ASHTAR BRIGADES).

AHMED, Rao Anwar (a.k.a. ANWAR, Rao; a.k.a. KHAN, Anwar Ahmed; a.k.a. KHAN, Anwar Ahmed Rao; a.k.a. KHAN, Rao Anwar Ahmed),

Pakistan; DOB 01 Jan 1959; POB Karachi, Pakistan; nationality Pakistan; Gender Male; Passport MU-4112252 (Pakistan) issued 27 May 2014 expires 26 May 2019 (individual) [GLOMAG].

AHMED, Saeed (a.k.a. AKMAN, Saeed; a.k.a. MURAD, Abdul Hakim; a.k.a. MURAD, Abdul Hakim Al Hashim; a.k.a. MURAD, Abdul Hakim Hasim; a.k.a. MURAD, Adbul Hakim Ali Hashim); DOB 04 Jan 1968; POB Kuwait; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; currently incarcerated in the U.S. (individual) [SDGT].

AHMED, Shahid Mehmood Manzoor (a.k.a. MAHMOOD, Shahid; a.k.a. MEHMOOD, Shaheed; a.k.a. MEHMOUD, Shahid; a.k.a. REHMATULLAH, Shahid Mahmood), Karachi, Pakistan; DOB 10 Apr 1980; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

AHMED, Shahzad (a.k.a. AMIN, Shahzad), Lahore, Pakistan; DOB 14 Dec 1987; nationality Pakistan; Email Address shy4angels@gmail.com; alt. Email Address shahzadsmb@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. 3420204688179 (Pakistan) (individual) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

AHMED, Sheikh Abubakar (a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubaker Shariff; a.k.a. MAKABURI; a.k.a. SHARIFF, Abu Makaburi; a.k.a. SHARIFF, Abubaker), Majengo Area, Mombasa, Kenya; DOB 1962; alt. DOB 1967; POB Kenya; citizen Kenya (individual) [SOMALIA].

AHMED, Sheikh Shakeel (a.k.a. MOHIDDIN, Shaikh Shakil Babu; a.k.a. SHAKEEL, Chhota; a.k.a. SHAKEEL, Chota; a.k.a. SHAKIL, Chhota), R. No. 11, 1st Floor Ruksans Manzil, 78 Temkar Street, Nagpada, Mumbai, India; DOB 31 Dec 1955; alt. DOB 1960; POB Mumbai (Bombay), India; nationality India (individual) [SDNTK].

AHMEDINEJAD, Mahmud (a.k.a. AHMADI NEJAD, Mahmoud; a.k.a. AHMADINEJAD, Mahmood; a.k.a. AHMADINEJAD, Mahmoud (Arabic: محمود احمدی‌نژاد); a.k.a. AHMADI-NEJAD, Mahmud; a.k.a. AHMADINEJHAD,

Mahmoud; a.k.a. AHMADINEZHAD, Mahmoud), Tehran, Iran; DOB 28 Oct 1956; POB Garmsar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] [HOSTAGES-EO14078] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

AHMMED, Abo Zer Abdelnabi Habiballa (a.k.a. AHMMED, Abu Dharr Abdul Nabi Habiballa (Arabic: أبو ذر عبد النبي حبيب الله أحمد)), United Arab Emirates; POB Sudan; nationality Sudan; Gender Male (individual) [SUDAN-EO14098] (Linked To: CAPITAL TAP HOLDING L.L.C.).

AHMMED, Abu Dharr Abdul Nabi Habiballa (Arabic: أبو ذر عبد النبي حبيب الله أحمد) (a.k.a. AHMMED, Abo Zer Abdelnabi Habiballa), United Arab Emirates; POB Sudan; nationality Sudan; Gender Male (individual) [SUDAN-EO14098] (Linked To: CAPITAL TAP HOLDING L.L.C.).

AHOME REAL ESTATE, S.A. DE C.V., Alberta No. 2166, Colomos Providencia, Guadalajara, Jalisco 44660, Mexico; Albino Aranda # 3525, Colonia Rinconada Santa Rita, Guadalajara, Jalisco, Mexico; R.F.C. ARE0906295S0 (Mexico) [SDNTK].

AHORROCOMBUSTIBLES DE VERACRUZ, S.A. DE C.V., Veracruz, Veracruz, Mexico; Organization Established Date 31 May 2021; Organization Type: Retail sale of automotive fuel in specialized stores; Folio Mercantil No. N-2021040072 (Mexico) [ILLICIT-DRUGS-EO14059].

AHRAR AL-SHARQIAH (a.k.a. AHRAR AL-SHARQIYA (Arabic: أحرار الشرقية); a.k.a. AHRAR AL-SHARQIYA BRIGADE; a.k.a. AHRAR AL-SHARQIYAH; a.k.a. AHRAR AL-SHARQIYEH; a.k.a. GATHERING OF THE FREEMEN OF THE EAST; a.k.a. TAJAMMU' AHRAR AL-SHARQIYA), Syria [PAARSSR-EO13894].

AHRAR AL-SHARQIYA (Arabic: أحرار الشرقية) (a.k.a. AHRAR AL-SHARQIAH; a.k.a. AHRAR AL-SHARQIYA BRIGADE; a.k.a. AHRAR AL-SHARQIYAH; a.k.a. AHRAR AL-SHARQIYEH; a.k.a. GATHERING OF THE FREEMEN OF THE EAST; a.k.a. TAJAMMU' AHRAR AL-SHARQIYA), Syria [PAARSSR-EO13894].

AHRAR AL-SHARQIYA BRIGADE (a.k.a. AHRAR AL-SHARQIAH; a.k.a. AHRAR AL-SHARQIYA (Arabic: أحرار الشرقية); a.k.a. AHRAR AL-SHARQIYAH; a.k.a. AHRAR AL-SHARQIYEH; a.k.a. GATHERING OF THE FREEMEN OF THE EAST; a.k.a. TAJAMMU'

AHRAR AL-SHARQIYA), Syria [PAARSSR-EO13894].

AHRAR AL-SHARQIYAH (a.k.a. AHRAR AL-SHARQIAH; a.k.a. AHRAR AL-SHARQIYA (Arabic: أحرار الشرقية); a.k.a. AHRAR AL-SHARQIYA BRIGADE; a.k.a. AHRAR AL-SHARQIYEH; a.k.a. GATHERING OF THE FREEMEN OF THE EAST; a.k.a. TAJAMMU' AHRAR AL-SHARQIYA), Syria [PAARSSR-EO13894].

AHRAR AL-SHARQIYEH (a.k.a. AHRAR AL-SHARQIAH; a.k.a. AHRAR AL-SHARQIYA (Arabic: أحرار الشرقية); a.k.a. AHRAR AL-SHARQIYA BRIGADE; a.k.a. AHRAR AL-SHARQIYAH; a.k.a. GATHERING OF THE FREEMEN OF THE EAST; a.k.a. TAJAMMU' AHRAR AL-SHARQIYA), Syria [PAARSSR-EO13894].

AHSAN, Muhammad (a.k.a. EHSAN, Muhammad; a.k.a. IHSAN, Muhammad; a.k.a. "ULLAH, Ehsan"), Sialkot, Pakistan; Islamabad, Pakistan; DOB 1970; alt. DOB 1971; alt. DOB 1972; POB Sialkot, Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

AHSTARI, Hossein (a.k.a. ASHTARI FARD, Hossein), Iran; DOB 1962; alt. DOB 1963; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

AHWAZ STEEL COMMERCIAL & TECHNICAL SERVICE GMBH  ASCOTEC (f.k.a. AHWAZ STEEL COMMERCIAL AND TECHNICAL SERVICE GMBH ASCOTEC; a.k.a. ASCOTEC GMBH; a.k.a. ASCOTEC HOLDING GMBH), Tersteegen Strasse 10, Dusseldorf 40474, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 26136 (Germany); all offices worldwide [IRAN].

AHWAZ STEEL COMMERCIAL AND TECHNICAL SERVICE GMBH ASCOTEC (f.k.a. AHWAZ STEEL COMMERCIAL & TECHNICAL SERVICE GMBH  ASCOTEC; a.k.a. ASCOTEC GMBH; a.k.a. ASCOTEC HOLDING GMBH), Tersteegen Strasse 10, Dusseldorf 40474, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 26136 (Germany); all offices worldwide [IRAN].

AHYA UL TURAS (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AHYA UTRAS (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-

FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AI KYU KOMPONENTS (a.k.a. LLC IQ COMPONENTS), ul. Salova d. 45, lit. Ya, pomeshch. 1N komnata 35, Saint Petersburg 192102, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7816691806 (Russia); Registration Number 1197847052963 (Russia) [RUSSIA-EO14024].

AI MASHIN TEKHNOLODZHI (a.k.a. LIMITED LIABILITY COMPANY I MACHINE TECHNOLOGY), Pr-kt Mira d. 95, pomeshch. 80, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718835552 (Russia); Registration Number 1117746078262 (Russia) [RUSSIA-EO14024].

AI TEKO INZHINIRING, Pr-Kt Leninskii D. 42, K. 6, Pomeshch. 1/1, Moscow 119119, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727453302 (Russia); Registration Number 1207700361890 (Russia) [RUSSIA-EO14024].

AI TI SI (a.k.a. LIMITED LIABILITY COMPANY I T C), Ul. Akademika Konstantinova D. 4, K. 1 Lit. A, Pomeshch 7N, Office 202, Saint Petersburg 195427, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Aug 2003; Tax ID No. 5406259282 (Russia); Registration Number 1035402500781 (Russia) [RUSSIA-EO14024].

AI TI SI CO (a.k.a. "ITC ELECTRONICS"), Ul. Zyryanovskaya D. 53, Novosibirsk 630102, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Aug 2003; Tax ID No. 5406259290 (Russia); Registration Number 1035402500825 (Russia) [RUSSIA-EO14024].

AIADI, Ben Muhammad (a.k.a. AIADY, Ben Muhammad; a.k.a. AYADI CHAFIK, Ben Muhammad; a.k.a. AYADI SHAFIQ, Ben Muhammad; a.k.a. BIN MUHAMMAD, Ayadi Chafiq), Helene Meyer Ring 10-1415-80809, Munich, Germany; 129 Park Road, NW8, London, United Kingdom; 28 Chaussee de Lille, Mouscron, Belgium; Darvingasse 1/2/58-60, Vienna, Austria; Tunisia; DOB 21 Jan 1963; POB Safais (Sfax), Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AIADY, Ben Muhammad (a.k.a. AIADI, Ben Muhammad; a.k.a. AYADI CHAFIK, Ben Muhammad; a.k.a. AYADI SHAFIQ, Ben Muhammad; a.k.a. BIN MUHAMMAD, Ayadi Chafiq), Helene Meyer Ring 10-1415-80809, Munich, Germany; 129 Park Road, NW8, London, United Kingdom; 28 Chaussee de Lille, Mouscron, Belgium; Darvingasse 1/2/58-60, Vienna, Austria; Tunisia; DOB 21 Jan 1963; POB Safais (Sfax), Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AIAI (a.k.a. AL-ITIHAAD AL-ISLAMIYA); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AICTC (a.k.a. ADVANCED INFORMATION AND COMMUNICATION TECHNOLOGY CENTER; a.k.a. ADVANCED INFORMATION AND COMMUNICATION TECHNOLOGY RESEARCH INSTITUTE; a.k.a. "AICT"), No. 5, Golestan Alley, Shahid Ghasemi St., Sharif University of Technology, Tehran, Iran; Website www.aictc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

AIGSTER VILLAMIZAR, Carlos Eduardo, Venezuela; DOB 07 Jan 1972; POB Caracas, Venezuela; nationality Venezuela; Gender Male; Cedula No. V11983476 (Venezuela) (individual) [VENEZUELA].

AI-HARZI, Tariq Bin Tahir Bin Al-Falih Al-Auni (a.k.a. AI-HARZI, Tariq Tahir Falih AI-Awni; a.k.a. AL-HARAZI, Tarik Bin al-Falah al-Awni; a.k.a. AL-HARZI, Tariq Bin-Al-Tahar Bin Al Falih Al-'Awni; a.k.a. AL-HARZI, Tariq Tahir Faleh Al-Awni; a.k.a. AL-TUNISI, Abu 'Umar; a.k.a. AL-TUNISI, Tariq; a.k.a. AL-TUNISI, Tariq Abu 'Umar; a.k.a. AL-TUNISI, Tariq Abu Umar; a.k.a. EL HARAZI, Tarek Ben El Felah El Aouni; a.k.a. HARZI, Tariq Tahir Falih 'Awni; a.k.a. "HOUDOUD, Abu Omar"); DOB 03 May 1982; alt. DOB 05 Mar 1982; alt. DOB 1981; POB Tunis, Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z-050399 (individual) [SDGT].

AI-HARZI, Tariq Tahir Falih AI-Awni (a.k.a. AI-HARZI, Tariq Bin Tahir Bin Al-Falih Al-Auni; a.k.a. AL-HARAZI, Tarik Bin al-Falah al-Awni; a.k.a. AL-HARZI, Tariq Bin-Al-Tahar Bin Al Falih Al-'Awni; a.k.a. AL-HARZI, Tariq Tahir Faleh Al-Awni; a.k.a. AL-TUNISI, Abu 'Umar; a.k.a. AL-TUNISI, Tariq; a.k.a. AL-TUNISI, Tariq Abu 'Umar; a.k.a. AL-TUNISI, Tariq Abu Umar; a.k.a. EL HARAZI, Tarek Ben El Felah El Aouni; a.k.a. HARZI, Tariq Tahir Falih 'Awni; a.k.a. "HOUDOUD, Abu Omar"); DOB 03 May 1982; alt. DOB 05 Mar 1982; alt. DOB 1981; POB Tunis, Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z-050399 (individual) [SDGT].

A'INI, Hosein Omid (a.k.a. A'INI, Husayn; a.k.a. AYINI, Hosein), Iran; DOB 15 Jan 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3801669696 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

A'INI, Husayn (a.k.a. A'INI, Hosein Omid; a.k.a. AYINI, Hosein), Iran; DOB 15 Jan 1976; nationality Iran; Additional Sanctions

Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3801669696 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

AIPISI2YU (a.k.a. IPC2U LLC), Ul. Stavropolskaya D. 84, Str. 1, Office 212, Moscow 109380, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Other information technology and computer service activities; Tax ID No. 7721557513 (Russia); Registration Number 1067746681155 (Russia) [RUSSIA-EO14024].

AIR ALANNA (a.k.a. DART AIRCOMPANY; a.k.a. DART AIRLINES; a.k.a. DART UKRAINIAN AIRLINES; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'DART'; a.k.a. "ALANNA"; a.k.a. "ALANNA LLC"; a.k.a. "DART, LLC"; a.k.a. "DART, TOV"), 26a, Narodnogo Opolchenyia Street, Kiev 03151, Ukraine; Kv. 107, Bud. 15/2 Vul.Shuliavska, Kyiv 01054, Ukraine; Ave. Vozdukhoflostsky 90, Kiev 03036, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 252030326052 (Ukraine); Government Gazette Number 25203037 (Ukraine) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

AIR BUTEMBO (a.k.a. BUTEMBO AIRLINES), Butembo, Congo, Democratic Republic of the; Bunia, Congo, Democratic Republic of the [DRCONGO].

AIR COMPANY AVIACON ZITOTRANS (a.k.a. AO AK AVIAKON TSITOTRANS; a.k.a. AVIACON AIR CARGO; a.k.a. JSC AVIACON ZITOTRANS; a.k.a. OAO AVIAKOMPANIYA AVIAKON TSITOTRANS (Cyrillic: ОАО АВИАКОМПАНИЯ АВИАКОН ЦИТОТРАНС)), Ul. Belinskogo D. 56, Pom. 605, Yekaterinburg 620026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jun 1995; Organization Type: Freight air transport; Tax ID No. 6658039390 (Russia); Registration Number 1026602311240 (Russia) [RUSSIA-EO14024].

AIR FORCE, IRGC (PASDARAN) (a.k.a. AEROSPACE DIVISION OF IRGC; a.k.a. AEROSPACE FORCE OF THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. AFAGIR; a.k.a. IRGC AEROSPACE FORCE; a.k.a. IRGC AIR FORCE; a.k.a. IRGCAF; a.k.a. IRGCASF; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AEROSPACE FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AIR FORCE; a.k.a. SEPAH PASDARAN AIR FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [RUSSIA-EO14024].

AIR KORYO (a.k.a. AIRKORYO), Sunan District, Pyongyang, Korea, North; Swissotel, Hongkong-Macau Center, Dong Si Shi Tiao Li Jiao Qiao, Beijing 10027, China; Chilbosan Hotel, No 81, Shyiwei Road, Heping District, Shenyang, China; Room 412, XinHui Bldg, No 1197 Rd Husong, District SongJiang, Shanghai, China; Soon Vijai Conominun, Room 208, Floor 2, New Petchburi Road, Khwaeng Bangkapi, Huai Khwang, Bangkok 10310, Thailand; Airport, 45, Portovaya Street, Artyom, Primorski Krai 692760, Russia; Mosfilimovskaya 72, Moscow 101000, Russia; Friedrichstr 106B, Berlin 10117, Germany; 20-114, Level 20, Menara Safuan, No.80, Jalan Ampang, Kuala Lumpur 50450, Malaysia; Office 10, 2nd floor, Mghateer complex 31, Block 40, Al Farwaniyah, Kuwait; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

AIR KORYO TRADING CORPORATION, Dandong, China; Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type State-Owned Enterprise [NPWMD].

AIR LEO FZE, Saif Suite X3 15, Sharjah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 23452 (United Arab Emirates) [RUSSIA-EO14024].

AIR LEO M AND E LTD EOOD, Office 3064, Fl. 3, Building V8, Business Park Varna, str./Blvd. Vladislav Varnenchik Distr., Varna 9009, Bulgaria; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. BG206988802 (Bulgaria) [RUSSIA-EO14024].

AIRBRIDGECARGO AIRLINES LIMITED LIABILITY COMPANY (a.k.a. AK EIRBRIDZHKARGO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU AVIAKOMPANIIA EIRBRIDZHKARGO), D. 28B, Str. 3 Mezhdunarodnoe Sh., Moscow 141411, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Freight air transport; Tax ID No. 7704548011 (Russia); Registration Number 1057746295474 (Russia) [RUSSIA-EO14024].

AIRCRAFT AVIONICS PARTS AND SUPPORT LTD. (a.k.a. AIRCRAFT, AVIONICS, PARTS & SUPPORT LTD.), 50 St. Leonards Road, Bexhill on Sea, East Sussex, United Kingdom; 74 High Street, Battle, East Sussex, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; UK Company Number 03632365 [SDGT] [IFSR] (Linked To: MAHAN AIR).

AIRCRAFT COMPONENTS LOGISTICS LTD (a.k.a. "ACS LOGISTICS"; a.k.a. "LIMITED LIABILITY COMPANY AVIATION COMPONENTS LOGISTICS"), Ul. Vesny, D. 34, Pomeshch. 128, Krasnoyarsk 660077, Russia; 24 Vodopyanova St., Office 2, Krasnoyarsk 660098, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2465288353 (Russia); Registration Number 1132468013776 (Russia) [RUSSIA-EO14024].

AIRCRAFT REPAIR PLANT NO 419 (a.k.a. 419 AVIATION REPAIR PLANT; a.k.a. JOINT STOCK COMPANY 419 AIRCRAFT REPAIR PLANT; a.k.a. "419 ARZ"; a.k.a. "ARP 419"), 16 k. 2 Politruk Pasechnik Str., St. Petersburg 198326, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7807343496 (Russia); Registration Number 1097847146748 (Russia) [RUSSIA-EO14024].

AIRCRAFT, AVIONICS, PARTS & SUPPORT LTD. (a.k.a. AIRCRAFT AVIONICS PARTS AND SUPPORT LTD.), 50 St. Leonards Road, Bexhill on Sea, East Sussex, United Kingdom; 74 High Street, Battle, East Sussex, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; UK Company Number 03632365 [SDGT] [IFSR] (Linked To: MAHAN AIR).

AIRFIX AVIATION OY, Tullimiehentie 4-6, Vantaa 01530, Finland; Chemin des Papillons 4, Geneva/Cointrin 1216, Switzerland; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

AIRKORYO (a.k.a. AIR KORYO), Sunan District, Pyongyang, Korea, North; Swissotel, Hongkong-Macau Center, Dong Si Shi Tiao Li Jiao Qiao, Beijing 10027, China; Chilbosan Hotel, No 81, Shyiwei Road, Heping District, Shenyang, China; Room 412, XinHui Bldg, No 1197 Rd Husong, District SongJiang, Shanghai, China; Soon Vijai Conominun, Room 208, Floor 2, New Petchburi Road, Khwaeng Bangkapi, Huai Khwang, Bangkok 10310, Thailand; Airport, 45, Portovaya Street, Artyom, Primorski Krai 692760, Russia; Mosfilimovskaya 72, Moscow 101000, Russia; Friedrichstr 106B, Berlin 10117, Germany; 20-114, Level 20, Menara Safuan, No.80, Jalan Ampang, Kuala Lumpur 50450, Malaysia; Office 10, 2nd floor, Mghateer complex 31, Block 40, Al Farwaniyah, Kuwait; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

AIRROCK SOLUTIONS LIMITED LIABILITY COMPANY (Latin: SOCIETATEA CU RĂSPUNDERE LIMITATĂ AIRROCK SOLUTIONS) (a.k.a. AIRROCK SOLUTIONS SRL), 11 str. Teodoroiu Ecaterina, Chisinau, Moldova; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1021600048015 (Moldova) [RUSSIA-EO14024].

AIRROCK SOLUTIONS SRL (a.k.a. AIRROCK SOLUTIONS LIMITED LIABILITY COMPANY (Latin: SOCIETATEA CU RĂSPUNDERE LIMITATĂ AIRROCK SOLUTIONS)), 11 str. Teodoroiu Ecaterina, Chisinau, Moldova; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1021600048015 (Moldova) [RUSSIA-EO14024].

AISHA, Abu (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a.

MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AITISI (a.k.a. LIMITED LIABILITY COMPANY ITC), Ul. Radio D. 24, K. 1, Office 008, Moscow 105005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Apr 2003; Tax ID No. 5406251910 (Russia); Registration Number 1035402483412 (Russia) [RUSSIA-EO14024].

AITKULOVA, Elvira Rinatovna (Cyrillic: АИТКУЛОВА, Эльвира Ринатовна), Russia; DOB 19 Aug 1973; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AIX COMPANY LIMITED, Room 1D, 2/F, Fu Tao Building, 98 Argyle Street, Mongkok, Kowloon, Hong Kong, China; Organization Established Date 28 Nov 2022; Company Number 3212427 (Hong Kong); Business Registration Number 74645258 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

AJAKA, Anni (a.k.a. BEURKLIAN, Anni), Lebanon; Bsalim, Majzoub St. #701, Bldg. #254, 3rd floor, Beirut, Lebanon; DOB 17 May 1969; nationality Lebanon; citizen United States (individual) [NPWMD] (Linked To: KATRANGI, Amir).

AJAKA, Antoine (a.k.a. AJAKA, Tony); DOB 14 Mar 1968; nationality Lebanon (individual) [NPWMD] (Linked To: KATRANGI, Amir).

AJAKA, Tony (a.k.a. AJAKA, Antoine); DOB 14 Mar 1968; nationality Lebanon (individual) [NPWMD] (Linked To: KATRANGI, Amir).

AJAMI, Ajaj (a.k.a. AL-ACMI, Hicac Fehid Hicac Muhammed Sebib; a.k.a. AL-AJAMI, Hajaj; a.k.a. AL-AJAMI, Sheikh Hajaj; a.k.a. AL-AJMI, Hajjaj Bin-Fahad; a.k.a. AL-'AJMI, Hajjaj Fahd Hajjaj Muhammad Shabib; a.k.a. AL-AJMI, Hijaj Fahid Hijaj Muhammad Sabib); DOB 10 Aug 1987; POB Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AJILI, Sa'id (a.k.a. AJILY, Mohammed Saeed); DOB 03 Sep 1982; nationality Iran (individual) [TCO] (Linked To: AJILY SOFTWARE PROCUREMENT GROUP).

AJILY SOFTWARE PROCUREMENT GROUP, Iran [TCO].

AJILY, Mohammed Saeed (a.k.a. AJILI, Sa'id); DOB 03 Sep 1982; nationality Iran (individual) [TCO] (Linked To: AJILY SOFTWARE PROCUREMENT GROUP).

AJING ATER KUR, Kur (a.k.a. AJING ATER, Kur; a.k.a. AJING, Kur), Juba, South Sudan; DOB 02 Jan 1962; POB South Sudan; nationality South Sudan; Gender Male; Passport B00001010 (South Sudan) expires 11 Aug 2022 (individual) [GLOMAG].

AJING ATER, Kur (a.k.a. AJING ATER KUR, Kur; a.k.a. AJING, Kur), Juba, South Sudan; DOB 02 Jan 1962; POB South Sudan; nationality South Sudan; Gender Male; Passport B00001010 (South Sudan) expires 11 Aug 2022 (individual) [GLOMAG].

AJING, Kur (a.k.a. AJING ATER KUR, Kur; a.k.a. AJING ATER, Kur), Juba, South Sudan; DOB 02 Jan 1962; POB South Sudan; nationality South Sudan; Gender Male; Passport B00001010 (South Sudan) expires 11 Aug 2022 (individual) [GLOMAG].

AJMAC MULTI ACTIVITIES COMPANY LTD (a.k.a. AL GUNADE; a.k.a. AL JUNAID MULTI ACTIVITIES CO LTD; a.k.a. ALGUNADE; a.k.a. "AL JUNAID"), Street 3, Block 17, Alryad, Khartoum, Sudan; 99 Gama Avenue, P.O. Box 913, Khartoum, Sudan; Website www.ajmac.com; Organization Established Date 2009; Organization Type: Activities of holding companies [SUDAN-EO14098].

AJNAD MASR (a.k.a. AJNAD MISR; a.k.a. "EGYPT'S SOLDIERS"; a.k.a. "SOLDIERS OF EGYPT"), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AJNAD MISR (a.k.a. AJNAD MASR; a.k.a. "EGYPT'S SOLDIERS"; a.k.a. "SOLDIERS OF EGYPT"), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AJNEHAT AL SHAM (a.k.a. AL-SHAM WINGS; a.k.a. CHAM WINGS (Arabic: أجنحة الشام); a.k.a. CHAM WINGS AIRLINES (Arabic: أجنحة الشام للطيران); f.k.a. SHAM WING AIRLINES), Al Fardous Street, Damascus, Syria; Saadoon Street, Baghdad, Iraq; 8 March Street, Lattakia,

Syria; Hai Al Gharbi-Alraees Street, Kamishli, Syria; P.O. Box 1620 Tal-Kurdi, Adra, Damascus, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 14683 (Syria) [SDGT] (Linked To: SHAMMOUT, Issam).

AJROUCH, Ali (a.k.a. AJROUCH, Ali Ismail; a.k.a. AJROUSH, Aly Ismail), Lebanon; DOB 02 Nov 1971; POB Kfar Houne, Jezzine, South, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: BLACK DIAMOND SARL).

AJROUCH, Ali Ismail (a.k.a. AJROUCH, Ali; a.k.a. AJROUSH, Aly Ismail), Lebanon; DOB 02 Nov 1971; POB Kfar Houne, Jezzine, South, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: BLACK DIAMOND SARL).

AJROUSH, Aly Ismail (a.k.a. AJROUCH, Ali; a.k.a. AJROUCH, Ali Ismail), Lebanon; DOB 02 Nov 1971; POB Kfar Houne, Jezzine, South, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: BLACK DIAMOND SARL).

AK ALROSA PAO (Cyrillic: АК АЛРОСА ПАО) (a.k.a. ALROSA GROUP; a.k.a. PJSC ALROSA; a.k.a. PUBLIC JOINT STOCK COMPANY ALROSA (Cyrillic: АКЦИОНЕРНАЯ КОМПАНИЯ АЛРОСА ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 24 Ozerkovskaya Naberezhnaya, Moscow 115184, Russia; 6 ulitsa Lenina, Mirny, Republic of Sakha (Yakutia) 678174, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are

prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 1433000147 (Russia); Legal Entity Number 894500DKUWVBYZLLE651 (Russia); Registration Number 1021400967092 (Russia) [RUSSIA-EO14024].

AK BARS BANK (a.k.a. AKTSIONERNY KOMMERCHESKI BANK AK BARS PAO; a.k.a. JOINT STOCK COMMERCIAL BANK AK BARS PUBLIC JOINT STOCK COMPANY), D. 1, ul. Dekabristov, Kazan 420066, Russia; SWIFT/BIC ARRSRU2K; Website www.akbars.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 26 Jul 2002; Target Type Financial Institution; Tax ID No. 1653001805 (Russia); Identification Number ZDFUFB.00000.LE.643 (Russia); Legal Entity Number 253400XEMNQ5WBPN5635; Registration Number 1021600000124 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AK DYULAK KEPITAL LTD PREDSTAVITELSTVO (a.k.a. DULAC CAPITAL LTD; a.k.a. PREDSTAVITELSTVO AKTSIONERNOGO OBSHCHESTVA DYULAK KEPITAL LTD SHVEITSARIYA V G MOSCOW; a.k.a. PREDSTAVITELSTVO AKTSIONERNOGO OBSHCHESTVA DYULAK KEPITAL LTD SHVEITSARIYA V G SANKT PETERBURGE), Arosastrasse 7, Zurich 8008, Switzerland; Pr-kt Morskoi pom. 12-N, Saint Petersburg 197110, Russia; Pr-kt Leningradskii, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Dec 2007; Tax ID No. 113974567 (Switzerland); alt. Tax ID No. 9909354395 (Russia); Identification Number SRWNNB.99999.SL.756 (Switzerland); Legal Entity Number 529900E3569EJW938341; Registration Number CH-020.3.031.775-0 (Switzerland) [RUSSIA-EO14024].

AK EIRBRIDZHKARGO (a.k.a. AIRBRIDGECARGO AIRLINES LIMITED LIABILITY COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU AVIAKOMPANIIA EIRBRIDZHKARGO), D. 28B, Str. 3 Mezhdunarodnoe Sh., Moscow 141411, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Freight air transport; Tax ID No.

7704548011 (Russia); Registration Number 1057746295474 (Russia) [RUSSIA-EO14024].

AK MIKROTEKH (a.k.a. LIMITED LIABILITY COMPANY AK MICROTECH; a.k.a. "LLC AKM"), Sh. Varshavskoe d. 118, k. 1, floor 19 kom 3, Moscow 117587, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731339867 (Russia); Registration Number 5167746451648 (Russia) [RUSSIA-EO14024].

AK SISTEMS (a.k.a. AK SYSTEMS), ul. Gorbunova d. 2, str. 3, et 5 pom. II kom 7, Moscow 121596, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731342210 (Russia); Registration Number 1177746022398 (Russia) [RUSSIA-EO14024].

AK SYSTEMS (a.k.a. AK SISTEMS), ul. Gorbunova d. 2, str. 3, et 5 pom. II kom 7, Moscow 121596, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731342210 (Russia); Registration Number 1177746022398 (Russia) [RUSSIA-EO14024].

AKA INTEGRAL SERVICES, S. DE R.L. DE C.V., Bahia de Banderas, Nayarit, Mexico; Organization Established Date 03 Mar 2012; Organization Type: Construction of buildings; Folio Mercantil No. 1596 (Mexico) [ILLICIT-DRUGS-EO14059].

AKACHA, Jamel (a.k.a. DJAMEL, Akkacha; a.k.a. EL HAMMAM, Yahia Abou; a.k.a. HAMMAM, Yahya Abu); DOB 1979; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AKALI BEACH CLUB (a.k.a. AKALI EXPEDITIONS; a.k.a. FISHING ARE US, S. DE R.L. DE C.V.; a.k.a. XOLO MAIZ AGAVE CHILE), Puerto Vallarta, Jalisco, Mexico; Website https://fishingareus.com/; alt. Website www.akaliexpeditions.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 May 2016; Organization Type: Tour operator activities; alt. Organization Type: Restaurants and mobile food service activities; R.F.C. FAU160503BVA (Mexico); Folio Mercantil No. 16958 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: IBARRA DIAZ JR., Michael).

AKALI EXPEDITIONS (a.k.a. AKALI BEACH CLUB; a.k.a. FISHING ARE US, S. DE R.L. DE C.V.; a.k.a. XOLO MAIZ AGAVE CHILE), Puerto Vallarta, Jalisco, Mexico; Website

https://fishingareus.com/; alt. Website www.akaliexpeditions.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 May 2016; Organization Type: Tour operator activities; alt. Organization Type: Restaurants and mobile food service activities; R.F.C. FAU160503BVA (Mexico); Folio Mercantil No. 16958 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: IBARRA DIAZ JR., Michael).

AKALI REALTORS, Puerto Vallarta, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 06 May 2022; Organization Type: Real estate activities on a fee or contract basis; Folio Mercantil No. N-2022045334 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: IBARRA DIAZ JR., Michael).

AKAR, Ezzat Youssef (Arabic: عزت يوسف أكار) (a.k.a. AKAR, Izzat; a.k.a. AKAR, Izzat Youssef; a.k.a. AKKAR, Izzat Yusif), Al-Kyam Hayy al-Sharqi, Marjayun, Al-Nabtiyah, Lebanon; DOB 01 Nov 1967; POB Al-Kiyam, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

AKAR, Izzat (a.k.a. AKAR, Ezzat Youssef (Arabic: عزت يوسف أكار); a.k.a. AKAR, Izzat Youssef; a.k.a. AKKAR, Izzat Yusif), Al-Kyam Hayy al-Sharqi, Marjayun, Al-Nabtiyah, Lebanon; DOB 01 Nov 1967; POB Al-Kiyam, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

AKAR, Izzat Youssef (a.k.a. AKAR, Ezzat Youssef (Arabic: عزت يوسف أكار); a.k.a. AKAR, Izzat; a.k.a. AKKAR, Izzat Yusif), Al-Kyam Hayy al-Sharqi, Marjayun, Al-Nabtiyah, Lebanon; DOB 01 Nov 1967; POB Al-Kiyam, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions

Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

AKARI, Musa Daud Muhammad, Turkey; DOB 1971; citizen Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 28191492 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AKB METALLINVESTBANK (f.k.a. OPEN JOINT STOCK COMPANY STOCK COMMERCIAL BANK METALLURGICAL INVESTMENT BANK; a.k.a. PJSC SCB METALLINVESTBANK; a.k.a. PUBLIC JOINT STOCK COMPANY STOCK COMMERCIAL BANK METALLURGICAL INVESTMENT BANK), Ul. Bolshaya Polyanka D. 47, Str. 1, Moscow 119180, Russia; SWIFT/BIC SCBMRUMM; Website www.metallinvestbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Aug 1993; Target Type Financial Institution; Tax ID No. 7709138570 (Russia); Legal Entity Number 25340027612MR0DNQ406; Registration Number 1027700218666 (Russia) [RUSSIA-EO14024].

AKB MOSOBLBANK OAO (a.k.a. AKTSIONERNY KOMMERCHESKI BANK MOSKOVSKI OBLASTNOI BANK OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. PAO MOSOBLBANK; a.k.a. PUBLIC JOINT STOCK COMPANY MOSCOW REGIONAL BANK), Ulitsa Semenovskaya B, D. 32, Str. 1, Moscow 107023, Russia; SWIFT/BIC MOBKRUMM; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: SMP BANK).

AKB PRIMORYE PAO (a.k.a. JOINT STOCK COMMERCIAL BANK PRIMORYE; f.k.a. JSCB PRIMORYE BANK; a.k.a. PJSCB PRIMORYE), UL. Svetlanskaya D. 47, Vladivostok 690990, Russia; SWIFT/BIC UNEPRU8V; Website https://www.primbank.ru/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 27 Jul 1994; Target Type Financial Institution; Tax ID No. 2536020789 (Russia); Legal Entity Number 25340019U0SFT4YC9G79; Registration

Number 1022500000566 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AKB ROSBANK OAO (f.k.a. AKB ROSBANK PAO; f.k.a. COMMERCIAL BANK NEZAVISIMOST; f.k.a. JOINT STOCK COMMERCIAL BANK ROSBANK; a.k.a. PUBLIC JOINT STOCK COMPANY ROSBANK; a.k.a. ROSBANK PJSC), 34 Mashy Poryvaevoy Street, Moscow 107078, Russia; PO Box 208, Moscow 107078, Russia; SWIFT/BIC RSBNRUMM; Website https://www.rosbank.ru/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 02 Mar 1993; Equity Ticker ROSB; ISIN RU000A0HHK26; Target Type Financial Institution; Tax ID No. 7730060164 (Russia); Legal Entity Number HOXMZG026UQNRK6J0C60; Registration Number 1027739460737 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AKB ROSBANK PAO (f.k.a. AKB ROSBANK OAO; f.k.a. COMMERCIAL BANK NEZAVISIMOST; f.k.a. JOINT STOCK COMMERCIAL BANK ROSBANK; a.k.a. PUBLIC JOINT STOCK COMPANY ROSBANK; a.k.a. ROSBANK PJSC), 34 Mashy Poryvaevoy Street, Moscow 107078, Russia; PO Box 208, Moscow 107078, Russia; SWIFT/BIC RSBNRUMM; Website https://www.rosbank.ru/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 02 Mar 1993; Equity Ticker ROSB; ISIN RU000A0HHK26; Target Type Financial Institution; Tax ID No. 7730060164 (Russia); Legal Entity Number HOXMZG026UQNRK6J0C60; Registration Number 1027739460737 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AKBAR, Hamza (a.k.a. AKBAR, Umar), 118 Mallinson Rd, Asherville, Durban, KwaZulu-Natal 4001, South Africa; Flat 5, 6 St, Sydenham, Durban, KwaZulu-Natal, South Africa; DOB 06 Sep 1998; nationality South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A06246615 (South Africa); National ID No. 9809065830080 (South Africa) (individual)

[SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AKBAR, Mohamad (a.k.a. AKBAR, Mohamed), 38 Cunningham Rd, Umbilo, Durban, KwaZulu-Natal 4001, South Africa; DOB 15 Jul 1997; nationality South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A04742654 (South Africa); National ID No. 9707155375083 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AKBAR, Mohamed (a.k.a. AKBAR, Mohamad), 38 Cunningham Rd, Umbilo, Durban, KwaZulu-Natal 4001, South Africa; DOB 15 Jul 1997; nationality South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A04742654 (South Africa); National ID No. 9707155375083 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AKBAR, Nufael (a.k.a. AKBAR, Nufail), South Africa; DOB 26 Mar 1972; nationality South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 7203265244080 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AKBAR, Nufail (a.k.a. AKBAR, Nufael), South Africa; DOB 26 Mar 1972; nationality South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 7203265244080 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AKBAR, Umar (a.k.a. AKBAR, Hamza), 118 Mallinson Rd, Asherville, Durban, KwaZulu-Natal 4001, South Africa; Flat 5, 6 St, Sydenham, Durban, KwaZulu-Natal, South Africa; DOB 06 Sep 1998; nationality South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A06246615 (South Africa); National ID No. 9809065830080 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AKBAR, Yunus Mohamad (a.k.a. AKBAR, Yunus Muhammad), South Africa; DOB 27 Nov 1978; nationality South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; National ID No. 7811275043084 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AKBAR, Yunus Muhammad (a.k.a. AKBAR, Yunus Mohamad), South Africa; DOB 27 Nov 1978; nationality South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 7811275043084 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AKBARI, Hosein (a.k.a. AKBARI, Hossein; a.k.a. AKBARI, Hosseyn; a.k.a. "DANIAL, Yousef"), Tehran, Iran; DOB 17 Jun 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0042740721 (Iran) (individual) [NPWMD] [IFSR] (Linked To: RAH ROSHD INTERNATIONAL TRADE EXCHANGES DEVELOPMENT).

AKBARI, Hossein (a.k.a. AKBARI, Hosein; a.k.a. AKBARI, Hosseyn; a.k.a. "DANIAL, Yousef"), Tehran, Iran; DOB 17 Jun 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0042740721 (Iran) (individual) [NPWMD] [IFSR] (Linked To: RAH ROSHD INTERNATIONAL TRADE EXCHANGES DEVELOPMENT).

AKBARI, Hosseyn (a.k.a. AKBARI, Hosein; a.k.a. AKBARI, Hossein; a.k.a. "DANIAL, Yousef"), Tehran, Iran; DOB 17 Jun 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0042740721 (Iran) (individual) [NPWMD] [IFSR] (Linked To: RAH ROSHD INTERNATIONAL TRADE EXCHANGES DEVELOPMENT).

AKBARI, Masoud (a.k.a. AHMADI, Mansour (Arabic: منصور احمدی); a.k.a. AHMADI, Mansur; a.k.a. UNSI, Parsa), Iran; DOB 07 Jul 1988; POB Shamiran, Tehran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0453740243 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

AKBARI, Mohammadreza Ali (a.k.a. ALIAKBARI, Mohammad Reza Abbas; a.k.a. ALI-AKBARI, Mohammadreza; a.k.a. "AKBARI, Ali"); DOB 31 Oct 1967; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Passport 21795618 (individual) [SDGT] (Linked To: QASEMI, Rostam).

AKBARIANA, Omid, Iran; DOB 05 Jul 1994; POB Kashan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

AKBARNEJAD, Esmaeil Ghaani (a.k.a. GHA'ANI, Esma'il; a.k.a. GHAANI, Esmail; a.k.a. GHANI, Esmail; a.k.a. NEZHAD, Ismail Akbar; a.k.a. QA'ANI, Esma'il; a.k.a. QANI, Esmail); DOB 08 Aug 1957; POB Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D9003033 (Iran); alt. Passport D9008347 (Iran) issued 18 Jul 2010 expires 18 Jul 2015 (individual) [SDGT] [IRGC] [IFSR].

AKBULUT, Cerkez (a.k.a. MURAT, Altig; a.k.a. MURAT, Cernit); DOB 18 Nov 1965; alt. DOB 31 Oct 1971; POB Bingol, Turkey; alt. POB Deric, Turkey; citizen Turkey; Passport TR-J 565114 (Turkey) issued 10 Sep 1997; Driver's License No. 04900377 (Moldova) issued 02 Jul 2004; Stateless Person Passport C000375 (Moldova) issued 09 Sep 2000; Stateless Person ID Card CC00200261 (Moldova) issued 09 Sep 2000; Refugee ID Card A88000043 (Moldova) issued 16 Dec 2005 (individual) [SDNTK].

AKHAEE, Shaghayegh (a.k.a. AKHAEI, Shaghayegh (Arabic: شقایق اخایی); a.k.a. AKHAIEE, Shaghayegh; a.k.a. AKHAYEE, Shaghayegh); DOB 12 Mar 1988; alt. DOB 07 Mar 1988; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 0079221777 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PISHTAZAN KAVOSH GOSTAR BOSHRA LLC).

AKHAEI, Shaghayegh (Arabic: شقایق اخایی) (a.k.a. AKHAEE, Shaghayegh; a.k.a. AKHAIEE, Shaghayegh; a.k.a. AKHAYEE, Shaghayegh); DOB 12 Mar 1988; alt. DOB 07 Mar 1988; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 0079221777 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PISHTAZAN KAVOSH GOSTAR BOSHRA LLC).

AKHAIEE, Shaghayegh (a.k.a. AKHAEE, Shaghayegh; a.k.a. AKHAEI, Shaghayegh (Arabic: شقایق اخایی); a.k.a. AKHAYEE,

Shaghayegh); DOB 12 Mar 1988; alt. DOB 07 Mar 1988; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 0079221777 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PISHTAZAN KAVOSH GOSTAR BOSHRA LLC).

AKHANGARANCEMENT JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АХАНГАРАНЦЕМЕНТ) (a.k.a. JOINT STOCK COMPANY OHANGARONSEMENT; a.k.a. OHANGARONSEMENT AKSIYADORLIK JAMIYATIGA), Promzona, g. Akhangaran, Tashkent Province 110300, Uzbekistan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Manufacture of articles of concrete, cement and plaster; Tax ID No. 200463344 (Uzbekistan) [RUSSIA-EO14024] (Linked To: AKKERMANN CEMENT CA LIMITED LIABILITY COMPANY).

AKHAYEE, Shaghayegh (a.k.a. AKHAEE, Shaghayegh; a.k.a. AKHAEI, Shaghayegh (Arabic: شقایق اخایی); a.k.a. AKHAIEE, Shaghayegh); DOB 12 Mar 1988; alt. DOB 07 Mar 1988; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 0079221777 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PISHTAZAN KAVOSH GOSTAR BOSHRA LLC).

AKHMAD KADYROV FUND (a.k.a. AKHMAT KADYROV FOUNDATION (Cyrillic: ФОНД АХМАТА КАДЫРОВА); a.k.a. HERO OF RUSSIA AKHMAT KADYROV REGIONAL PUBLIC FUND; a.k.a. REGIONAL PUBLIC FUND NAMED AFTER HERO OF RUSSIA AKHMAT HAJI KADYROV (Cyrillic: РЕГИОНАЛЬНЫЙ ОБЩЕСТВЕННЫЙ ФОНД ИМ ГЕРОЯ РОССИИ АХМАТА ХАДЖИ КАДЫРОВА); a.k.a. REGIONALNY OBSHCHESTVENNY FOND IMENI GEROYA ROSSII AKHMATA KADYROVA), d. 5 korp., ofis, ul. A.Kadyrova Gudermes, Gudermesski Raion, Chechnya 366200, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2005504830 (Russia); Registration Number 1042000001713 (Russia) [GLOMAG] [RUSSIA-EO14024].

AKHMADOV, Mohmad Isaevich (Cyrillic: АХМАДОВ, Мохмад Исаевич) (a.k.a. AKHMADOV, Mokhmad Isaevich), Russia; DOB 17 Apr 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AKHMADOV, Mokhmad Isaevich (a.k.a. AKHMADOV, Mohmad Isaevich (Cyrillic: АХМАДОВ, Мохмад Исаевич)), Russia; DOB 17 Apr 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AKHMADOVA, Aminat (Cyrillic: АХМАДОВА, Аминат), Republic of Chechnya, Russia; DOB 1985; POB Grozny, Republic of Chechnya, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: KADYROV, Ramzan Akhmatovich).

AKHMAT GROZNY (a.k.a. FC AKHMAT GROZNY; a.k.a. RESPUBLIKANSKII FUTBOLNYI KLUB AKHMAT; a.k.a. RFK AKHMAT; a.k.a. RFK AKHMAT GROZNY), Ul im s.sh.lorsanova 3, G Groznyi, Russia; Business Registration Number RU45275964 (Russia) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

AKHMAT KADYROV FOUNDATION (Cyrillic: ФОНД АХМАТА КАДЫРОВА) (a.k.a. AKHMAD KADYROV FUND; a.k.a. HERO OF RUSSIA AKHMAT KADYROV REGIONAL PUBLIC FUND; a.k.a. REGIONAL PUBLIC FUND NAMED AFTER HERO OF RUSSIA AKHMAT HAJI KADYROV (Cyrillic: РЕГИОНАЛЬНЫЙ ОБЩЕСТВЕННЫЙ ФОНД ИМ ГЕРОЯ РОССИИ АХМАТА ХАДЖИ КАДЫРОВА); a.k.a. REGIONALNY OBSHCHESTVENNY FOND IMENI GEROYA ROSSII AKHMATA KADYROVA), d. 5 korp., ofis, ul. A.Kadyrova Gudermes, Gudermesski Raion, Chechnya 366200, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2005504830 (Russia); Registration Number 1042000001713 (Russia) [GLOMAG] [RUSSIA-EO14024].

AKHMAT MMA (a.k.a. AKHMAT MMA FIGHT CLUB), Russia; Organization Type: Operation of sports facilities [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

AKHMAT MMA FIGHT CLUB (a.k.a. AKHMAT MMA), Russia; Organization Type: Operation of sports facilities [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

AKHMATOV, Dzhabrail (Cyrillic: АХМАТОВ, Джабраил) (a.k.a. AKHMATOV, Dzhabrail Alkhazurovich (Cyrillic: АХМАТОВ, Джабраил Алхазурович)), Kurchaloi District, Chechen Republic, Russia; DOB 1981; POB Gudermes, Chechen Republic, Russia; nationality Russia; Gender Male (individual) [MAGNIT].

AKHMATOV, Dzhabrail Alkhazurovich (Cyrillic: АХМАТОВ, Джабраил Алхазурович) (a.k.a. AKHMATOV, Dzhabrail (Cyrillic: АХМАТОВ, Джабраил)), Kurchaloi District, Chechen Republic, Russia; DOB 1981; POB Gudermes, Chechen Republic, Russia; nationality Russia; Gender Male (individual) [MAGNIT].

AKHMATOV, Rakhmonberdi (a.k.a. NIYAZOV, Ibrohim Ahiy; a.k.a. NIYAZOV, Muhammad Ibrohimjon), Turkey; Mexico; DOB 24 Feb 1998; nationality Uzbekistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AB0040327 (Uzbekistan); Identification Number 99786785324 (Turkey); Residency Number YAC 007112 (Turkey) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AKHRAS, Asma (a.k.a. AKHRAS, Emma; a.k.a. AL-AKHRAS, Asma; a.k.a. AL-ASSAD, Asma (Arabic: اسماء الاسد); a.k.a. AL-ASSAD, Asmaa; a.k.a. FAWAZ AL-AKHRAS, Asma (Arabic: اسماء فواز الاخرس)), Damascus, Syria; DOB 11 Aug 1975; POB Acton, United Kingdom; nationality Syria; alt. nationality United Kingdom; Gender Female (individual) [PAARSSR-EO13894].

AKHRAS, Emma (a.k.a. AKHRAS, Asma; a.k.a. AL-AKHRAS, Asma; a.k.a. AL-ASSAD, Asma (Arabic: اسماء الاسد); a.k.a. AL-ASSAD, Asmaa; a.k.a. FAWAZ AL-AKHRAS, Asma (Arabic: اسماء فواز الاخرس)), Damascus, Syria; DOB 11 Aug 1975; POB Acton, United Kingdom; nationality Syria; alt. nationality United Kingdom; Gender Female (individual) [PAARSSR-EO13894].

AKHRAS, Fawwaz (a.k.a. AL-AKHRAS, Fawaz (Arabic: فواز الاخرس)), 34 Allan Way, London, United Kingdom; DOB Sep 1946; POB Homs, Syria; nationality United Kingdom; alt. nationality Syria; Gender Male (individual) [PAARSSR-EO13894] (Linked To: AL-ASSAD, Bashar).

AKHRAS, Feras (a.k.a. AL-AKHRAS, Firas (Arabic: فراس الاخرس); a.k.a. FAWAZ AKHRAS, Firas), 34 Allan Way, London, United Kingdom; DOB Mar 1978; POB London, United Kingdom;

nationality United Kingdom; alt. nationality Syria; Gender Male; National ID No. 114671230001 (United Kingdom) (individual) [PAARSSR-EO13894].

AKHRAS, Iyad (a.k.a. AL-AKHRAS, Eyad (Arabic: اياد الاخرس)), 34 Allan Way, London, United Kingdom; DOB Dec 1980; POB London, United Kingdom; nationality United Kingdom; alt. nationality Syria; Gender Male; National ID No. 116544570001 (United Kingdom) (individual) [PAARSSR-EO13894].

AKHRAS, Sahar (a.k.a. AL-AKHRAS, Sahar Otri (Arabic: سحر عطري الاخرس); a.k.a. ATRI, Sahar; a.k.a. ITRI, Sahar; a.k.a. OTRI, Sahar; a.k.a. UTRI, Sahar), 34 Allan Way, London, United Kingdom; DOB Nov 1949; nationality United Kingdom; alt. nationality Syria; Gender Female (individual) [PAARSSR-EO13894].

AKHTAR AND SONS PRIVATE LIMITED (a.k.a. AKHTAR AND SONS PVT LTD.; a.k.a. "AKHTAR AND SONS"), 10th Floor Emerald Tower, Main Clifton Road, Karachi 74000, Pakistan; Office # 1003, 10th Floor, Emerald Tower, G-19, Block 5, Do Talwar, Main Clifton Road, South Saddar Town, Karachi, Pakistan; 10th Floor, Emerald Tower, Main Clifton Road, Karachi 75600, Pakistan; Organization Established Date 09 Nov 1995; Tax ID No. 0686371 (Pakistan) [NPWMD].

AKHTAR AND SONS PVT LTD. (a.k.a. AKHTAR AND SONS PRIVATE LIMITED; a.k.a. "AKHTAR AND SONS"), 10th Floor Emerald Tower, Main Clifton Road, Karachi 74000, Pakistan; Office # 1003, 10th Floor, Emerald Tower, G-19, Block 5, Do Talwar, Main Clifton Road, South Saddar Town, Karachi, Pakistan; 10th Floor, Emerald Tower, Main Clifton Road, Karachi 75600, Pakistan; Organization Established Date 09 Nov 1995; Tax ID No. 0686371 (Pakistan) [NPWMD].

AKHTARABAD MEDICAL CAMP (a.k.a. AL-AKHTAR MEDICAL CENTRE; a.k.a. AL-AKHTAR TRUST INTERNATIONAL; a.k.a. AZMAT PAKISTAN TRUST; a.k.a. AZMAT-E-PAKISTAN TRUST; a.k.a. PAKISTAN RELIEF FOUNDATION; a.k.a. PAKISTANI RELIEF FOUNDATION), ST-1/A, Gulshan-e-Iqbal, Block 2, Karachi 75300, Pakistan; Bahawalpur, Pakistan; Bawalnagar, Pakistan; Gilgit, Pakistan; Gulistan-e-Jauhar, Block 12, Karachi, Pakistan; Islamabad, Pakistan; Mirpur Khas, Pakistan; Spin Boldak, Afghanistan; Tando-Jan-Muhammad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; and all other offices worldwide [SDGT].

AKHUND, Mohammad Aman (a.k.a. AMAN, Mohammed; a.k.a. NOORZAI, Mullah Mad Aman Ustad; a.k.a. OMAN, Mullah Mohammed; a.k.a. "SANAULLAH"); DOB 1970; POB Bande Tumur Village, Maiwand District, Qandahar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AKHWAN, Mochtar (a.k.a. ACHWAN, Mochammad; a.k.a. ACHWAN, Mochdar; a.k.a. ACHWAN, Mochtar; a.k.a. ACHWAN, Muhammad; a.k.a. AKHWAN, Muhammad; a.k.a. AKWAN, Mochtar), Jalan Ir. H. Juanda 8/10, RT/RW 002/001, Jodipan, Blimbing, Malang, Indonesia; DOB 04 May 1948; alt. DOB 04 May 1946; POB Tulungagung, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3573010405480001 (Indonesia) (individual) [SDGT].

AKHWAN, Muhammad (a.k.a. ACHWAN, Mochammad; a.k.a. ACHWAN, Mochdar; a.k.a. ACHWAN, Mochtar; a.k.a. ACHWAN, Muhammad; a.k.a. AKHWAN, Mochtar; a.k.a. AKWAN, Mochtar), Jalan Ir. H. Juanda 8/10, RT/RW 002/001, Jodipan, Blimbing, Malang, Indonesia; DOB 04 May 1948; alt. DOB 04 May 1946; POB Tulungagung, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3573010405480001 (Indonesia) (individual) [SDGT].

AKIEL, Ibrahim Mohamed (a.k.a. AKIL, Ibrahim Mohamed; a.k.a. 'AQIL, Abd al-Qadr; a.k.a. AQIL, Ibrahim; a.k.a. 'AQIL, Ibrahim; a.k.a. MEHDI, Ghosn Ali Abdel; a.k.a. "'ABD-AL-QADIR"; a.k.a. "TAHSIN"), Syria; Lebanon; DOB 24 Dec 1962; alt. DOB 01 Jan 1962; alt. DOB 20 Mar 1961; alt. DOB 1958; POB Bidnayil, Lebanon; alt. POB Younine, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

AKIFEV, Pavel Viktorovich (a.k.a. AKIFYEV, Pavel Viktorovich), Russia; DOB 19 Dec 1985; nationality Russia; Gender Male; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773365062478 (Russia) (individual) [RUSSIA-EO14024].

AKIFYEV, Pavel Viktorovich (a.k.a. AKIFEV, Pavel Viktorovich), Russia; DOB 19 Dec 1985; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773365062478 (Russia) (individual) [RUSSIA-EO14024].

AKIL, Ibrahim Mohamed (a.k.a. AKIEL, Ibrahim Mohamed; a.k.a. 'AQIL, Abd al-Qadr; a.k.a. AQIL, Ibrahim; a.k.a. 'AQIL, Ibrahim; a.k.a. MEHDI, Ghosn Ali Abdel; a.k.a. "'ABD-AL-QADIR"; a.k.a. "TAHSIN"), Syria; Lebanon; DOB 24 Dec 1962; alt. DOB 01 Jan 1962; alt. DOB 20 Mar 1961; alt. DOB 1958; POB Bidnayil, Lebanon; alt. POB Younine, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

AKIL, Madhy (a.k.a. AKIL, Mahdi Amer; a.k.a. AQIL, Mahdi Amer; a.k.a. AQIL, Mahdi Amir; a.k.a. HELBAWI, Mahdy Akil), Colombia; DOB 30 Oct 1987; POB Maicao, Colombia; nationality Lebanon; citizen Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 1126038243 (Colombia); Passport LR0159572 (Lebanon) expires 14 Nov 2021; alt. Passport PE092928 (Colombia); National ID No. 000050624602 (Lebanon); Identification Number 3664441 (Lebanon) (individual) [SDGT] (Linked To: RADA, Amer Mohamed Akil).

AKIL, Mahdi Amer (a.k.a. AKIL, Madhy; a.k.a. AQIL, Mahdi Amer; a.k.a. AQIL, Mahdi Amir; a.k.a. HELBAWI, Mahdy Akil), Colombia; DOB 30 Oct 1987; POB Maicao, Colombia; nationality Lebanon; citizen Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 1126038243 (Colombia); Passport LR0159572 (Lebanon) expires 14 Nov 2021; alt. Passport PE092928 (Colombia); National ID No. 000050624602 (Lebanon); Identification Number 3664441 (Lebanon) (individual) [SDGT] (Linked To: RADA, Amer Mohamed Akil).

AKIMOV, Aleksandr Konstantinovich (a.k.a. AKIMOV, Alexander Konstantinovich (Cyrillic: АКИМОВ, Александр Константинович)),

Russia; DOB 10 Nov 1954; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AKIMOV, Alexander Konstantinovich (Cyrillic: АКИМОВ, Александр Константинович) (a.k.a. AKIMOV, Aleksandr Konstantinovich), Russia; DOB 10 Nov 1954; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AKIMOV, Andrei Igorevich (a.k.a. AKIMOV, Andrey Igorevich), Russia; DOB 22 Sep 1953; POB Leningrad, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772140862280 (Russia); Chairman of the Management Board of Gazprombank (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

AKIMOV, Andrey Igorevich (a.k.a. AKIMOV, Andrei Igorevich), Russia; DOB 22 Sep 1953; POB Leningrad, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772140862280 (Russia); Chairman of the Management Board of Gazprombank (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

AKIRAPHOKIN, Thit (a.k.a. SUTHIT, Samsaeng; a.k.a. THIT, Akiraphokin; a.k.a. WEI, Ta Han; a.k.a. "AH HAN"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 88/2 Soi Klong Nam Kaew, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; Burma; DOB 03 Mar 1972; Passport K491821 (Thailand); National ID No. 310095657121 (Thailand) (individual) [SDNTK].

AKKAR, Izzat Yusif (a.k.a. AKAR, Ezzat Youssef (Arabic: عزت يوسف أكار); a.k.a. AKAR, Izzat; a.k.a. AKAR, Izzat Youssef), Al-Kyam Hayy al-Sharqi, Marjayun, Al-Nabtiyah, Lebanon; DOB 01 Nov 1967; POB Al-Kiyam, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

AKKERMAN CEMENT CA MAS ULIYATI CHEKLANGAN JAMIYATI (a.k.a. AKKERMAN CEMENT CA OOO; a.k.a. AKKERMAN CEMENT CENTRAL ASIA; a.k.a. AKKERMAN CEMENT TSA LLC (Cyrillic: ООО АККЕРМАНН ЦЕМЕНТ ЦА); a.k.a. AKKERMANN CEMENT CA LIMITED LIABILITY COMPANY; a.k.a. AKKERMANN TSEMENT TSA OOO), Sanoat hududi, Akhangaran, Uzbekistan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2006; Tax ID No. 206795734 (Uzbekistan) [RUSSIA-EO14024] (Linked To: AKKERMAN CEMENT OOO).

AKKERMAN CEMENT CA OOO (a.k.a. AKKERMAN CEMENT CA MAS ULIYATI CHEKLANGAN JAMIYATI; a.k.a. AKKERMAN CEMENT CENTRAL ASIA; a.k.a. AKKERMAN CEMENT TSA LLC (Cyrillic: ООО АККЕРМАНН ЦЕМЕНТ ЦА); a.k.a. AKKERMANN CEMENT CA LIMITED LIABILITY COMPANY; a.k.a. AKKERMANN TSEMENT TSA OOO), Sanoat hududi, Akhangaran, Uzbekistan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2006; Tax ID No. 206795734 (Uzbekistan) [RUSSIA-EO14024] (Linked To: AKKERMAN CEMENT OOO).

AKKERMAN CEMENT CENTRAL ASIA (a.k.a. AKKERMAN CEMENT CA MAS ULIYATI CHEKLANGAN JAMIYATI; a.k.a. AKKERMAN CEMENT CA OOO; a.k.a. AKKERMAN CEMENT TSA LLC (Cyrillic: ООО АККЕРМАНН ЦЕМЕНТ ЦА); a.k.a. AKKERMANN CEMENT CA LIMITED LIABILITY COMPANY; a.k.a. AKKERMANN TSEMENT TSA OOO), Sanoat hududi, Akhangaran, Uzbekistan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2006; Tax ID No. 206795734 (Uzbekistan) [RUSSIA-EO14024] (Linked To: AKKERMAN CEMENT OOO).

AKKERMAN CEMENT OOO (Cyrillic: АККЕРМАНН ЦЕМЕНТ ООО), Ulitsa Zapad, Zdanie 5, Novotritsk, Orenburg Region 462360, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Oct 2002; Organization Type: Manufacture of articles of concrete, cement and plaster; Tax ID No. 5607015014 (Russia); Registration Number 1025600822510

(Russia) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM).

AKKERMAN CEMENT TSA LLC (Cyrillic: ООО АККЕРМАНН ЦЕМЕНТ ЦА) (a.k.a. AKKERMAN CEMENT CA MAS ULIYATI CHEKLANGAN JAMIYATI; a.k.a. AKKERMAN CEMENT CA OOO; a.k.a. AKKERMAN CEMENT CENTRAL ASIA; a.k.a. AKKERMANN CEMENT CA LIMITED LIABILITY COMPANY; a.k.a. AKKERMANN TSEMENT TSA OOO), Sanoat hududi, Akhangaran, Uzbekistan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2006; Tax ID No. 206795734 (Uzbekistan) [RUSSIA-EO14024] (Linked To: AKKERMAN CEMENT OOO).

AKKERMANN CEMENT CA LIMITED LIABILITY COMPANY (a.k.a. AKKERMAN CEMENT CA MAS ULIYATI CHEKLANGAN JAMIYATI; a.k.a. AKKERMAN CEMENT CA OOO; a.k.a. AKKERMAN CEMENT CENTRAL ASIA; a.k.a. AKKERMAN CEMENT TSA LLC (Cyrillic: ООО АККЕРМАНН ЦЕМЕНТ ЦА); a.k.a. AKKERMANN TSEMENT TSA OOO), Sanoat hududi, Akhangaran, Uzbekistan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2006; Tax ID No. 206795734 (Uzbekistan) [RUSSIA-EO14024] (Linked To: AKKERMAN CEMENT OOO).

AKKERMANN TSEMENT TSA OOO (a.k.a. AKKERMAN CEMENT CA MAS ULIYATI CHEKLANGAN JAMIYATI; a.k.a. AKKERMAN CEMENT CA OOO; a.k.a. AKKERMAN CEMENT CENTRAL ASIA; a.k.a. AKKERMAN CEMENT TSA LLC (Cyrillic: ООО АККЕРМАНН ЦЕМЕНТ ЦА); a.k.a. AKKERMANN CEMENT CA LIMITED LIABILITY COMPANY), Sanoat hududi, Akhangaran, Uzbekistan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2006; Tax ID No. 206795734 (Uzbekistan) [RUSSIA-EO14024] (Linked To: AKKERMAN CEMENT OOO).

AKKUMULYATORNYE TEKHNOLOGII (a.k.a. "AKTEKH"), Ul. Mozhaiskogo D.4, Office 15, Irkutsk 664009, Russia; Ul. Promuchastok D.1, Svirsk 665420, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3811146750 (Russia); Registration Number 1113850010185 (Russia) [RUSSIA-EO14024].

AKLI, Mohamed Amine (a.k.a. "ELIAS"; a.k.a. "KALI SAMI"; a.k.a. "KILLECH SHAMIR"); DOB 30 Mar 1972; POB Abordj El Kiffani, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AKMAL, Hakid (a.k.a. ALVARADO, Arnulfo; a.k.a. BERUSA, Brandon; a.k.a. DELLOS, Reendo Cain; a.k.a. DELLOSA Y CAIN, Redendo; a.k.a. DELLOSA, Ahmad; a.k.a. DELLOSA, Habil Ahmad; a.k.a. DELLOSA, Habil Akmad; a.k.a. DELLOSA, Redendo Cain; a.k.a. DELLOSA, Redendo Cain Jabil; a.k.a. "ILONGGO, Abu"; a.k.a. "LLONGGO, Abu"; a.k.a. "MUADZ, Abu"), 3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Federal ID Card 33-3208848-3 (Philippines) (individual) [SDGT].

AKMAN, Saeed (a.k.a. AHMED, Saeed; a.k.a. MURAD, Abdul Hakim; a.k.a. MURAD, Abdul Hakim Al Hashim; a.k.a. MURAD, Abdul Hakim Hasim; a.k.a. MURAD, Adbul Hakim Ali Hashim); DOB 04 Jan 1968; POB Kuwait; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; currently incarcerated in the U.S. (individual) [SDGT].

AKRESCINA JAIL (a.k.a. AKRESTSINA; a.k.a. AKRESTSINA DETENTION CENTER; a.k.a. AKRESTSINA JAIL; a.k.a. CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MINSK GUVD; a.k.a. CENTRE FOR ISOLATION OF OFFENDERS OF THE CHIEF DIRECTORATE OF THE INTERIOR OF MINSK EXECUTIVE COMMITTEE; a.k.a. INSTITUTION CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE; a.k.a. OKRESTINA; a.k.a. OKRESTINA STREET DETENTION FACILITY; a.k.a. TSENTR IZALYATSYI PRAVANARUSHALNIKAU HUUS MINHARVYKANKAMA (Cyrillic: ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГУУС МІНГАРВЫКАНКАМА); a.k.a. TSENTR IZOLYATSII PRAVONARUSHITELEI GUVD MINGORISPOLKOMA (Cyrillic: ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГУВД МИНГОРИСПОЛКОМА); a.k.a. UCHREZHDENIYE TSENTR IZOLYATSII PRAVONARUSHITELEI GLAVNOVO UPRAVLENIYA VNUTRENNIKH DEL MINSKOVO GORODSKOVO ISPOLNITELNOVO KOMITETA (Cyrillic: УЧРЕЖДЕНИЕ ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГЛАВНОГО УПРАВЛЕНИЯ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. USTANOVA TSENTR IZALYATSYI PRAVANARUSHALNIKAU HALOUNAHA UPRAULENIYA UNUTRANYKH SPRAU MINSKAHA GARADSKOHA VYKANAUCHAHA KAMITETA (Cyrillic: УСТАНОВА ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГАЛОЎНАГА ЎПРАЎЛЕННЯ ЎНУТРАНЫХ СПРАЎ МІНСКАГА ГАРАДСКОГА ВЫКАНАЎЧАГА КАМІТЭТА)), per. 1-st Okrestina, d. 36, Minsk 220028, Belarus (Cyrillic: пер. 1-й Окрестина, д. 36, г. Минск 220028, Belarus); Registration Number 191291828 (Belarus) [BELARUS].

AKRESTSINA (a.k.a. AKRESCINA JAIL; a.k.a. AKRESTSINA DETENTION CENTER; a.k.a. AKRESTSINA JAIL; a.k.a. CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MINSK GUVD; a.k.a. CENTRE FOR ISOLATION OF OFFENDERS OF THE CHIEF DIRECTORATE OF THE INTERIOR OF MINSK EXECUTIVE COMMITTEE; a.k.a. INSTITUTION CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE; a.k.a. OKRESTINA; a.k.a. OKRESTINA STREET DETENTION FACILITY; a.k.a. TSENTR IZALYATSYI PRAVANARUSHALNIKAU HUUS MINHARVYKANKAMA (Cyrillic: ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГУУС МІНГАРВЫКАНКАМА); a.k.a. TSENTR IZOLYATSII PRAVONARUSHITELEI GUVD MINGORISPOLKOMA (Cyrillic: ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГУВД МИНГОРИСПОЛКОМА); a.k.a. UCHREZHDENIYE TSENTR IZOLYATSII PRAVONARUSHITELEI GLAVNOVO UPRAVLENIYA VNUTRENNIKH DEL MINSKOVO GORODSKOVO ISPOLNITELNOVO KOMITETA (Cyrillic: УЧРЕЖДЕНИЕ ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГЛАВНОГО УПРАВЛЕНИЯ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. USTANOVA TSENTR IZALYATSYI PRAVANARUSHALNIKAU HALOUNAHA UPRAULENIYA UNUTRANYKH SPRAU MINSKAHA GARADSKOHA VYKANAUCHAHA KAMITETA (Cyrillic: УСТАНОВА ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГАЛОЎНАГА ЎПРАЎЛЕННЯ ЎНУТРАНЫХ СПРАЎ МІНСКАГА ГАРАДСКОГА ВЫКАНАЎЧАГА КАМІТЭТА)), per. 1-st Okrestina, d. 36, Minsk 220028, Belarus (Cyrillic: пер. 1-й Окрестина, д. 36, г. Минск 220028, Belarus); Registration Number 191291828 (Belarus) [BELARUS].

AKRESTSINA DETENTION CENTER (a.k.a. AKRESCINA JAIL; a.k.a. AKRESTSINA; a.k.a. AKRESTSINA JAIL; a.k.a. CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MINSK GUVD; a.k.a. CENTRE FOR ISOLATION OF OFFENDERS OF THE CHIEF DIRECTORATE OF THE INTERIOR OF MINSK EXECUTIVE COMMITTEE; a.k.a. INSTITUTION CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE; a.k.a. OKRESTINA; a.k.a. OKRESTINA STREET DETENTION FACILITY; a.k.a. TSENTR IZALYATSYI PRAVANARUSHALNIKAU HUUS MINHARVYKANKAMA (Cyrillic: ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГУУС МІНГАРВЫКАНКАМА); a.k.a. TSENTR IZOLYATSII PRAVONARUSHITELEI GUVD MINGORISPOLKOMA (Cyrillic: ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГУВД МИНГОРИСПОЛКОМА); a.k.a. UCHREZHDENIYE TSENTR IZOLYATSII PRAVONARUSHITELEI GLAVNOVO UPRAVLENIYA VNUTRENNIKH DEL MINSKOVO GORODSKOVO ISPOLNITELNOVO KOMITETA (Cyrillic: УЧРЕЖДЕНИЕ ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГЛАВНОГО УПРАВЛЕНИЯ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. USTANOVA TSENTR IZALYATSYI PRAVANARUSHALNIKAU HALOUNAHA UPRAULENIYA UNUTRANYKH SPRAU MINSKAHA GARADSKOHA VYKANAUCHAHA KAMITETA (Cyrillic: УСТАНОВА ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГАЛОЎНАГА ЎПРАЎЛЕННЯ ЎНУТРАНЫХ СПРАЎ МІНСКАГА ГАРАДСКОГА ВЫКАНАЎЧАГА КАМІТЭТА)), per. 1-st Okrestina, d. 36, Minsk 220028, Belarus (Cyrillic: пер. 1-й Окрестина, д. 36, г. Минск

220028, Belarus); Registration Number 191291828 (Belarus) [BELARUS].

AKRESTSINA JAIL (a.k.a. AKRESCINA JAIL; a.k.a. AKRESTSINA; a.k.a. AKRESTSINA DETENTION CENTER; a.k.a. CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MINSK GUVD; a.k.a. CENTRE FOR ISOLATION OF OFFENDERS OF THE CHIEF DIRECTORATE OF THE INTERIOR OF MINSK EXECUTIVE COMMITTEE; a.k.a. INSTITUTION CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE; a.k.a. OKRESTINA; a.k.a. OKRESTINA STREET DETENTION FACILITY; a.k.a. TSENTR IZALYATSYI PRAVANARUSHALNIKAU HUUS MINHARVYKANKAMA (Cyrillic: ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГУУС МІНГАРВЫКАНКАМА); a.k.a. TSENTR IZOLYATSII PRAVONARUSHITELEI GUVD MINGORISPOLKOMA (Cyrillic: ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГУВД МИНГОРИСПОЛКОМА); a.k.a. UCHREZHDENIYE TSENTR IZOLYATSII PRAVONARUSHITELEI GLAVNOVO UPRAVLENIYA VNUTRENNIKH DEL MINSKOVO GORODSKOVO ISPOLNITELNOVO KOMITETA (Cyrillic: УЧРЕЖДЕНИЕ ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГЛАВНОГО УПРАВЛЕНИЯ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. USTANOVA TSENTR IZALYATSYI PRAVANARUSHALNIKAU HALOUNAHA UPRAULENIYA UNUTRANYKH SPRAU MINSKAHA GARADSKOHA VYKANAUCHAHA KAMITETA (Cyrillic: УСТАНОВА ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГАЛОЎНАГА ЎПРАЎЛЕННЯ ЎНУТРАНЫХ СПРАЎ МІНСКАГА ГАРАДСКОГА ВЫКАНАЎЧАГА КАМІТЭТА)), пер. 1-st Okrestina, d. 36, Minsk 220028, Belarus (Cyrillic: пер. 1-й Окрестина, д. 36, г. Минск 220028, Belarus); Registration Number 191291828 (Belarus) [BELARUS].

AKSAKOV, Anatoly Gennadyevich (Cyrillic: АКСАКОВ, Анатолий Геннадьевич), Russia; DOB 28 Nov 1957; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AKSENENKO, Alexander Sergeyevich (Cyrillic: АКСЁНЕНКО, Александр Сергеевич), Russia; DOB 08 Mar 1986; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AKSENOV, Igor Borisovich (a.k.a. AKSONOV, Ihor Borysovych; a.k.a. AKSYONOV, Igor Borisovich), Russia; DOB 20 Nov 1971; POB Baikonur, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 732800052176 (Russia) (individual) [RUSSIA-EO14024].

AKSENOV, Sergei (a.k.a. AKSYONOV, Sergei; a.k.a. AKSYONOV, Sergey; a.k.a. AKSYONOV, Sergey Valeryevich; a.k.a. AKSYONOV, Sergiy; a.k.a. AKSYONOV, Serhiy Valeryevich); DOB 26 Nov 1972; POB Balti, Moldova; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

AKSH (a.k.a. ALBANIAN NATIONAL ARMY; a.k.a. "ANA") [BALKANS].

AKSIANCHUK, Aliaksandra (a.k.a. AKSIANCHUK, Aliaksandra Iharauna (Cyrillic: АКСЯНЧУК, АЛЯКСАНДРА ІГАРАЎНА); a.k.a. OKSENCHUK, Aleksandra Igorevna (Cyrillic: ОКСЕНЧУК, АЛЕКСАНДРА ИГОРЕВНА)), Odintsova L.E. Street, 113 Apartments 3, 4, Minsk, Belarus; DOB 16 Oct 1992; nationality Belarus; Gender Female; Passport MP4034627 (Belarus); National ID No. 4161092C013PB1 (Belarus) (individual) [BELARUS-EO14038] (Linked To: SHENZHEN 5G HIGH-TECH INNOVATION CO., LIMITED).

AKSIANCHUK, Aliaksandra Iharauna (Cyrillic: АКСЯНЧУК, АЛЯКСАНДРА ІГАРАЎНА) (a.k.a. AKSIANCHUK, Aliaksandra; a.k.a. OKSENCHUK, Aleksandra Igorevna (Cyrillic: ОКСЕНЧУК, АЛЕКСАНДРА ИГОРЕВНА)), Odintsova L.E. Street, 113 Apartments 3, 4, Minsk, Belarus; DOB 16 Oct 1992; nationality Belarus; Gender Female; Passport MP4034627 (Belarus); National ID No. 4161092C013PB1 (Belarus) (individual) [BELARUS-EO14038] (Linked To: SHENZHEN 5G HIGH-TECH INNOVATION CO., LIMITED).

AKSIOMA LIMITED LIABILITY COMPANY (a.k.a. "AKSIOMA"; a.k.a. "LLC AXIOM"), Ul. Entuziastov 1-YA D. 12, Chast Kom #15, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 May 2017;

Tax ID No. 7720380736 (Russia); Registration Number 1177746461012 (Russia) [RUSSIA-EO14024].

AKSONOV, Ihor Borysovych (a.k.a. AKSENOV, Igor Borisovich; a.k.a. AKSYONOV, Igor Borisovich), Russia; DOB 20 Nov 1971; POB Baikonur, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 732800052176 (Russia) (individual) [RUSSIA-EO14024].

AKSYONOV, Igor Borisovich (a.k.a. AKSENOV, Igor Borisovich; a.k.a. AKSONOV, Ihor Borysovych), Russia; DOB 20 Nov 1971; POB Baikonur, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 732800052176 (Russia) (individual) [RUSSIA-EO14024].

AKSYONOV, Sergei (a.k.a. AKSENOV, Sergei; a.k.a. AKSYONOV, Sergey; a.k.a. AKSYONOV, Sergey Valeryevich; a.k.a. AKSYONOV, Sergiy; a.k.a. AKSYONOV, Serhiy Valeryevich); DOB 26 Nov 1972; POB Balti, Moldova; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

AKSYONOV, Sergey (a.k.a. AKSENOV, Sergei; a.k.a. AKSYONOV, Sergei; a.k.a. AKSYONOV, Sergey Valeryevich; a.k.a. AKSYONOV, Sergiy; a.k.a. AKSYONOV, Serhiy Valeryevich); DOB 26 Nov 1972; POB Balti, Moldova; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

AKSYONOV, Sergey Valeryevich (a.k.a. AKSENOV, Sergei; a.k.a. AKSYONOV, Sergei; a.k.a. AKSYONOV, Sergey; a.k.a. AKSYONOV, Sergiy; a.k.a. AKSYONOV, Serhiy Valeryevich); DOB 26 Nov 1972; POB Balti, Moldova; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

AKSYONOV, Sergiy (a.k.a. AKSENOV, Sergei; a.k.a. AKSYONOV, Sergei; a.k.a. AKSYONOV, Sergey; a.k.a. AKSYONOV, Sergey Valeryevich; a.k.a. AKSYONOV, Serhiy Valeryevich); DOB 26 Nov 1972; POB Balti, Moldova; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

AKSYONOV, Serhiy Valeryevich (a.k.a. AKSENOV, Sergei; a.k.a. AKSYONOV, Sergei;

a.k.a. AKSYONOV, Sergey; a.k.a. AKSYONOV, Sergey Valeryevich; a.k.a. AKSYONOV, Sergiy); DOB 26 Nov 1972; POB Balti, Moldova; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

AKTAU PETROL TICARET ANONIM SIRKETI, Istinye Mah. Bostan Sok. No: 12 Sariyer, Istanbul, Turkey; No: 12 Istinye Mahallesi, Bostan Sokak, Sariyer, Istanbul 34460, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 14 Oct 2005; Istanbul Chamber of Comm. No. 567778 (Turkey); Registration Number 567778-0 (Turkey); Central Registration System Number 0041-0411-7640-0020 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

AKTCIONERNOE OBSHESTVO OPITNOE KONSTRUKTORSKOE BYURO NOVATOR (a.k.a. AO OKB NOVATOR; a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESIGN BUREAU NOVATOR; a.k.a. NPO NOVATOR), 18 Kosmonautov Ave., Yekaterinburg 620017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6673092045 (Russia); Registration Number 1026605611339 (Russia) [RUSSIA-EO14024].

AKTCIONERNOE OBSHESTVO POLYARNAYA MORSKAYA GEOLOGORAZVEDOCHNAYA EKSPEDITCIYA (a.k.a. JSC POLAR MARINE GEOSURVEY EXPEDITION; a.k.a. "PMGE AO"; a.k.a. "PMGRE AO" (Cyrillic: "ПМГРЭ АО")), d.24 litera A, ul. Pobedy, Saint Petersburg 198412, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810639976 (Russia); Registration Number 1177847002354 (Russia) [RUSSIA-EO14024].

AKTCIONERNOE OBSHESTVO TETIS PRO (a.k.a. JOINT STOCK COMPANY TETIS PRO; a.k.a. TETHYS PRO JSC), Ul. Polyany D.54, Floor 3, PO Box 73, Moscow 117042, Russia; Polyany St., Building 54, Building 1, Moscow 142791, Russia; 19-21 Novo-Rybinskaya St., Office 330, Saint Petersburg 196084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724643714 (Russia); Registration Number 1077763809353 (Russia) [RUSSIA-EO14024].

AKTIV R OOO (a.k.a. LIMITED LIABILITY COMPANY AKTIV R), vn.ter.g. munitsipalny okrug Krylatskoe, ul. Osennyaya, d. 23, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9731086458 (Russia); Registration Number 1217700603713 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

AKTIVBIZNESKOLLEKSHN, OOO (a.k.a. LIMITED LIABILITY COMPANY ACTIVE BUSINESS CONSULT; a.k.a. LIMITED LIABILITY COMPANY ACTIVEBUSINESSCOLLECTION; a.k.a. LLC ACTIVEBUSINESSCOLLECTION; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AKTIVBIZNESKOLLEKSHN; a.k.a. "ABC LLC"), 19 Vavilova St., Moscow 117997, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1137746390572 (Russia); Tax ID No. 7736659589 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

AKTSIONERNE TOVARYSTVO SBERBANK (a.k.a. JOINT STOCK COMPANY SBERBANK; a.k.a. JSC SBERBANK; a.k.a. JSC SBERBANK OF RUSSIA; a.k.a. PUBLICHNE AKTSIONERNE TOVARYSTVO DOCHIRNII BANK SBERBANKU ROSII; f.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PRIVATE JOINT STOCK COMPANY; a.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PUBLIC JOINT STOCK COMPANY; a.k.a. SUBSIDIARY BANK SBERBANK OF RUSSIA PUBLIC JOINT STOCK COMPANY), 46 Volodymyrska street, Kyiv 01601, Ukraine; 46 Vladimirskaya St, Kyiv 01601, Ukraine; SWIFT/BIC SABRUAUK; Website www.sberbank.ua; alt. Website sbrf.com.ua; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 25959784 (Ukraine); Tax ID No. 259597826652 (Ukraine); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

AKTSIONERNOE OBSHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE IZMERITELNOY TEKHNIKI (a.k.a. SCIENTIFIC AND PRODUCTION ASSOCIATION OF MEASURING EQUIPMENT JSC; a.k.a. SCIENTIFIC AND PRODUCTION ASSOCIATION OF MEASURING TECHNOLOGY; a.k.a. "AO NPO IT"), 2k4 Pionerskaya Str., Korolyov, Moscow Region 141074, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5018139517 (Russia); Registration Number 1095018006555 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO EIRBURG (a.k.a. AO EIRBURG; a.k.a. "JSC AIRBURG"; a.k.a. "OKB UZGA, OOO"), ul. 8, Marta Str. 49, Floor 3, Yekaterinburg, Sverdlovsk Oblast 6200063, Russia; Website air-burg.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jul 2021; alt. Organization Established Date 08 Oct 2013; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 6671172432 (Russia); Government Gazette Number 49681112 (Russia); Business Registration Number 1216600040194 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KONTSERN GRANIT ELEKTRON (a.k.a. AO KONSTERN GRANIT ELEKTRON; a.k.a. JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON; a.k.a. JSC CONCERN GRANIT ELEKTRON), Ul. Gospitalnaya D. 3, Saint Petersburg 191014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1910; Tax ID No. 7842335610 (Russia); Registration Number 5067847016782 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AKTSIONERNOE OBSHCHESTVO TRV INZHINIRING (a.k.a. JOINT STOCK COMPANY TOGOVIY DOM ZVEZDA-STRELA; a.k.a. TD ZVEZDA-STRELA OOO; a.k.a. TRV ENGINEERING JSC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРВ-ИНЖИНИРИНГ); a.k.a. TRV INZHINIRING AO (Cyrillic: АО ТРВ-ИНЖИНИРИНГ); a.k.a. ZVEZDA-STRELA TRADING HOUSE LLC (Cyrillic: ООО ТОРГОВЫЙ ДОМ ЗВЕЗДА-СТРЕЛА)), ul. Ordzhonikidze, D. 2A, Korolev, Moscow Oblast 141076, Russia (Cyrillic: УЛ ОРДЖОНИКИДЗЕ, Д. 2А, КОРОЛЁВ, МОСКОВСКАЯ ОБЛАСТЬ 141076, Russia); Website www.trv-e.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Dec 2006; Tax ID No. 5018205784 (Russia); Government Gazette Number 46252304 (Russia); Business Registration Number 1205000099941 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ARZAMASSKIY PRIBOROSTROITELNYI ZAVOD IMENI P I PLANDINA (a.k.a. ARZAMAS INSTRUMENT PLANT), 8A, 50let Vlksm Street, Arzamas, Nizhny Novgorod 607220, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5243001742 (Russia); Registration Number 1025201334850 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ESHELON TEKHNOLOGII (a.k.a. AO ECHELON TECHNOLOGIES; a.k.a. JOINT STOCK COMPANY ECHELON TECHNOLOGIES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЭШЕЛОН ТЕХНОЛОГИИ); a.k.a. JSC ECHELON TECHNOLOGIES), Ul. Elektrozavodskaya d. 24 Office 24, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Sep 2011; Tax ID No. 7718859120 (Russia); Registration Number 1117746703480 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO HOLDINGOVAYA KOMPANIYA BARNAULTRANSMASH (a.k.a. JOINT STOCK HOLDING COMPANY BARNAULTRANSMASH), 28 pr-kt Kalinina, Barnaul 656037, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2202000222 (Russia); Registration Number 1022201509395 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSCHESTVO KORPORATSIYA TAKTICHESKOE RAKETNOE VOORUZHENIE (a.k.a. TACTICAL MISSILES CORPORATION JSC (Cyrillic: АО КОРПОРАЦИЯ ТАКТИЧЕСКОЕ РАКЕТНОЕ ВООРУЖЕНИЕ); a.k.a. "KTRV" (Cyrillic: "КТРВ")), d. 7, ul. Ilicha, Korolev, Moskovskaya Obl. 141080, Russia (Cyrillic: д. 7, ул. Ильича, Королёв, Московская Область 141080, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 13 Mar 2003; Government Gazette Number 07503313 (Russia); Registration Number 1035003364021 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AKTSIONERNOE OBSCHESTVO NAUCHNO-TEKHNICHESKI TSENTR RADIOELEKTRONNOI BORBY (a.k.a. AO NTTS REB; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND TECHNICAL CENTER OF RADIOELECTRONIC WARFARE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР РАДИОЭЛЕКТРОННОЙ БОРЬБЫ); a.k.a. JSC NTTS REB (Cyrillic: АО НТЦ РЭБ); a.k.a. SCIENTIFIC-TECHNICAL CENTER FOR ELECTRONIC WARFARE (Cyrillic: НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР РАДИОЭЛЕКТРОННОЙ БОРЬБЫ)), d. 29 korp. 135, ul. vereiskaya, Moscow 121357, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Aug 2005; Tax ID No. 7731529843 (Russia); Government Gazette Number 78506999 (Russia); Registration Number 1057748002850 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSCHESTVO OPTRON STAVROPOL (a.k.a. GAZTRON CORP; a.k.a. JOINT STOCK COMPANY OPTRON STAVROPOL; a.k.a. OPTRON STAVROPOL CORP), 431 Lenina Str., Stavropol 355000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2635078677 (Russia); Registration Number 1052600264254 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSCHESTVO TEKHNODINAMIKA (a.k.a. AO TEKHNODINAMIKA; a.k.a. JOINT STOCK COMPANY AVIATION EQUIPMENT; a.k.a. JOINT STOCK COMPANY TEKHNODINAMIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТЕХНОДИНАМИКА); a.k.a. JSC TEKHNODINAMIKA (Cyrillic: АО ТЕХНОДИНАМИКА); a.k.a. TEKNODINAMIKA JSC), Ul. Bolshaya Tatarskaya D. 35, Str. 5, Moscow 115184, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1037719005873 (Russia); Tax ID No. 7719265496 (Russia); Government Gazette Number 07543117 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

AKTSIONERNOE OBSCHESTVO 'YALTINSKAYA KINODSTUDIYA' (a.k.a. CJSC YALTA-FILM; a.k.a. FILM STUDIO YALTA-FILM; a.k.a. JOINT STOCK COMPANY YALTA FILM STUDIO; a.k.a. JSC YALTA FILM STUDIO; a.k.a. KINOSTUDIYA YALTA-FILM; a.k.a. OAO YALTINSKAYA KINOSTUDIYA; a.k.a. YALTA FILM STUDIO; a.k.a. YALTA FILM STUDIOS), Ulitsa Mukhina, Building 3, Yalta, Crimea 298063, Ukraine; Sevastopolskaya 4, Yalta, Crimea, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 30993572 [UKRAINE-EO13685].

AKTSIONERNOE OBSCHESTVO YAROSLAVSKIY RADIOZAVOD (a.k.a. JOINT STOCK COMPANY YAROSLAVL RADIOWORKS), 13, Margolin Street, Yaroslavl 150010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7601000086 (Russia); Registration Number 1027600980990 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCESTVO INSTITUT STROIPROEKT (a.k.a. AO INSTITUT STROIPROEKT; a.k.a. AO INSTITUTE STROYPROEKT; f.k.a. INSTITUT STROIPROEKT ZAKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. INSTITUT STROIPROEKT, AO; a.k.a. INSTITUTE STROYPROECT; a.k.a. STROYPROEKT; a.k.a. STROYPROEKT ENGINEERING GROUP), D. 13 Korp. 2 LiteraA Prospekt Dunaiski, St. Petersburg 196158, Russia; 13/2 Dunaisky Prospect, St. Petersburg 196158,

Russia; Website http://www.stpr.ru; Email Address Most@stpr.ru; alt. Email Address Murina@stpr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027810258673; Tax ID No. 7826688390; Government Gazette Number 11117863 [UKRAINE-EO13685].

AKTSIONERNOE OBSHCHESTVO 103 ARSENAL (a.k.a. JOINT STOCK COMPANY 103 ARSENAL; a.k.a. "AO 103 ARSENAL"), D. 35 Mordovskaya ul., Saransk 430004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 1328001381 (Russia); Registration Number 1091328002358 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO 171 OTDELNOE KONSTRUKTORSKO TEKHNOLOGICHESKOE BIURO (a.k.a. AO 171 OKTB; a.k.a. JOINT STOCK COMPANY 171 SEPARATE DESIGN TECHNOLOGICAL BUREAU), D. 100 Admirala Lobova Ul., Murmansk 183017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5190904177 (Russia); Registration Number 1095190006328 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO 18 SPETSIALIZIROVANNOE KONSTRUKTORSKO TEKHNOLOGICHESKOE BIURO VOENNO MORSKOGO FLOTA (a.k.a. AO 18 SKTB VMF; a.k.a. JOINT STOCK COMPANY 18TH NAVY SPECIAL DESIGN AND ENGINEERING OFFICE), Liniiya 11-Ya V.O., D. 8, Saint Petersburg 199034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7801497725 (Russia); Registration Number 1097847180650 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO 261 REMONTNYI ZAVOD SREDSTV ZAPRAVKI I TRANSPORTIROVANIIA GORIUCHEGO (a.k.a. 261ST REPAIR PLANT; a.k.a. AO 261 REMONTNYI ZAVOD; a.k.a. JOINT STOCK COMPANY 261 REPAIR FACTORY OF FUEL FILLING AND TRANSPORTATION), Pankovka, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5310015581 (Russia); Registration Number 1095321003260 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO 33 SUDOREMONTNYI ZAVOD (a.k.a. JOINT-STOCK COMPANY 33 DOCKYARD; a.k.a. JOINT-STOCK COMPANY 33 SRZ; a.k.a. JSC 33 SHIPYARD; a.k.a. JSC 33 SUDOREMONTNY FACTORY (Cyrillic: АО 33 СУДОРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC 33 SUDOREMONTNY ZAVOD), Russkay Embankment, 2, Baltiysk, Kaliningrad Region 238520, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2008; Tax ID No. 3901500276 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

AKTSIONERNOE OBSHCHESTVO 41 TSENTRALNYI ZAVOD ZHELEZNODOROZHNOI TEKHNIKI (a.k.a. 41ST CENTRAL RAILWAY EQUIPMENT PLANT; a.k.a. AO 41 TSENTRALNYI ZAVOD; a.k.a. JOINT STOCK COMPANY 41 CENTRAL PLANT OF THE RAILWAY TECHNOLOGY), Proezd Proektiruemyi 4296, Vladenie 3, Lyubertsy 140008, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5027150193 (Russia); Registration Number 1095027006722 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO 5 ARSENAL (a.k.a. JOINT STOCK COMPANY 5 ARSENAL; a.k.a. "AO 5 ARSENAL"), D. 45 Ul. B. Khmelnitskogo, Alatyr 429826, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 2122006437 (Russia); Registration Number 1092131000180 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO 51 TSENTRALNYI KONSTRUKTORSKO TEKHNOLOGICHESKII INSTITUT SUDOREMONTA (a.k.a. AO 51 TSKTIS; a.k.a. JOINT STOCK COMPANY 51 CENTRAL DESIGN TECHNOLOGICAL INSTITUTE SHIP REPAIR), Ul. Mikhailovskaya, D.14, Lomonosov 198412, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7819310907 (Russia); Registration Number 1097847176822 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO 6 ARSENAL (a.k.a. JOINT STOCK COMPANY 6 ARSENAL; a.k.a. "AO 6 ARSENAL"), RP. Burmakino, Yaroslavl Oblast 152290, Russia; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7621008421 (Russia); Registration Number 1097627002428 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO 75 ARSENAL (a.k.a. JOINT STOCK COMPANY 75 ARSENAL), Sh. Moskovskoe, Serpukhov 142204, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5043040350 (Russia); Registration Number 1105043000622 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO 780 REMONTNYI ZAVOD TEKHNICHESKIKH SREDSTV KORBLEVOZHDENIIA (a.k.a. 780 REPAIR PLANT FOR NAVIGATION TECHNICAL EQUIPMENT; a.k.a. AO 780 RZ TSK; a.k.a. JOINT STOCK COMPANY 780 NAVIGATION TECHNICAL MEANS REPAIR PLANT), d 15 Kostyleva Street, Lomonosov 198412, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7819310946 (Russia); Registration Number 1097847180639 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO 81 BRONETANKOVYI REMONTNYI ZAVOD (a.k.a. JOINT STOCK COMPANY 81 ARMORED FIGHTING VEHICLES REPAIR PLANT; a.k.a. JOINT STOCK COMPANY 81 BTRZ; a.k.a. "AO 81 BTRZ"), 7 Pugacheva per., Armavir 352919, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 2302060955 (Russia); Registration Number 1092302000922 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO 99 ZAVOD AVIATSIONNOGO TEKHNOLOGICHESKOGO OBORUDOVANIIA (a.k.a. JOINT STOCK COMPANY 99 PLANT OF AVIATION TECHNOLOGICAL EQUIPMENT; a.k.a. "AO 99 ZATO"), 5 Dorozhnaya Street, Shcherbinka 142172, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7751520180 (Russia); Registration Number 1147746385500 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ABR MENEDZHMENT (a.k.a. ABR MANAGEMENT AO (Cyrillic: АБР МЕНЕДЖМЕНТ АО); a.k.a. AO ABR MANAGEMENT (Cyrillic: АО АБР МЕНЕДЖМЕНТ); a.k.a. AO ABR MENEDZHMENT; a.k.a. JOINT STOCK COMPANY ABR MANAGEMENT; a.k.a. "ABR MANAGEMENT"), ul. Graftio, d. 7 litera A, g. Sankt-Peterburg 197022, Russia; Secondary

sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7842467053 (Russia); Registration Number 1117847707383 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: BANK ROSSIYA).

AKTSIONERNOE OBSHCHESTVO ACHIMGAZ (a.k.a. AO ACHIMGAZ), Mkr Slavyanskii D. 10, Novyy Urengoy 629309, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 8904047896 (Russia); Registration Number 1068904007578 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO AEROELEKTROMASH (a.k.a. JOINT STOCK COMPANY AEROELEKTROMASH; a.k.a. JSC AEROELEKTROMACH), 12 str. 15, ul. Bolshaia Novodmitrovskaia, Moscow 127015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715218978 (Russia); Registration Number 1027700055877 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO AEROPORT BEGISHEVO (a.k.a. AEROPORT BEGISHEVO AO; a.k.a. BEGISHEVO AIRPORT JOINT STOCK COMPANY; a.k.a. BEGISHEVO AIRPORT OPEN JOINT STOCK COMPANY; a.k.a. BEGISHEVO INTERNATIONAL AIRPORT), Aeroport Begishevo, Nizhnekamsk 423550, Russia; Aeroport S. Biklyan, Tukaevski Raion, Tatarstan Resp. 423878, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Aug 2006; Tax ID No. 1650145238 (Russia); Government Gazette Number 96889449 (Russia); Registration Number 1061650059921 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

AKTSIONERNOE OBSHCHESTVO AGENTSTVO REGIONALNYI NEZAVISIMYI REGISTRATOR (a.k.a. AO AGENTSTVO RNR), Ul. Demonstratsii D. 27, Korp. 1, Tula 300034, Russia; Ul. 9-GO Maya D. 10, K. B, Lipetsk 398017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7107039003 (Russia); Registration Number 1027100964527 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO AIKYUB TEKHNOLOGII (a.k.a. JSC IQB TECHNOLOGIES), Km Mzhd Kievskoe 5-I D. 1, Str. 1,2, Kom. 87, Moscow 119950, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728361686 (Russia); Registration Number 1177746110233 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO AKKUMULYATORNYI ZAVOD IM. N.M.IGNATYEVA AKOM (a.k.a. AO AKOM IM. N.M.IGNATYEVA), PR-D Otvazhnyi D. 22, Zhigulevsk 445359, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6345011371 (Russia); Registration Number 1026303242547 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO AKONIT ALABUGA (a.k.a. "AO AKONIT A"), Ter. Oez Alabuga, Ul. Sh-2 Str. 13A, Kab. 118, Yelabuga 423601, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1646048224 (Russia); Registration Number 1201600028387 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO AKONIT URAL (a.k.a. JSC AKONIT URAL; a.k.a. "AO AUR"), Ter. Oez Alabuga, Ul. Sh-2 Str. 13A, Kab. 213, Yelabuga 423601, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6685160839 (Russia); Registration Number 1196658020470 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO AKTSIONERNAIA KOMPANIIA TULAMASHZAVOD (a.k.a. AO TULSKIY MASHINOSTROITELNIY ZAVOD; a.k.a. JOINT STOCK COMPANY TULA MACHINE BUILDING PLANT; a.k.a. JOINT STOCK COMPANY TULAMASHZAVOD; a.k.a. TULAMASHZAVOD PRODUCTION ASSOCIATION), 2 Mosina St., Tula 300002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7106002836 (Russia); Registration Number 1027100507114 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO AKUSTICHESKI INSTITUT IMENI AKADEMIKA NN ANDREEVA (a.k.a. JOINT STOCK COMPANY ANDREYEV ACOUSTICS INSTITUTE; a.k.a. "AO AKIN"; a.k.a. "JSC AKIN"), ul. Shvernika d. 4, Moscow 117449, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727804367 (Russia); Registration Number 1137746376074 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ANGSTREM-T (a.k.a. JSC ANGSTREM-T), pr-kt Georgievskii d. 7, Zelenograd 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1057735022377 (Russia); Tax ID No. 7735128151 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

AKTSIONERNOE OBSHCHESTVO ANTARES (a.k.a. JOINT STOCK COMPANY ANTARES), 13 str. 1, pomeshch. 19 per. 4-i Likhachevskii, Moscow 125438, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743831248 (Russia); Registration Number 1117746785936 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO AST (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АСТ) (a.k.a. AST, AO), d. 3k2 str. 4 etazh 5 kom. 55, shosse Kashirskoe, Moscow 115230, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724244406 (Russia) [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ASTEIS (a.k.a. JOINT STOCK COMPANY ASTEIS; a.k.a. JSC ASTEYS), 28 Proezd Rezervnyi, Naberezhnye Chelny 423800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1650153253 (Russia); Registration Number 1071650002874 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ATLANT TORG, Ul. 1-Ya Tekstilshchikov D. 12/9, Pomeshch. 5P, Moscow 109390, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 31 Jan 2024; Tax ID No. 9723222604 (Russia); Registration Number 1247700093211 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO AVIA FED SERVICE (a.k.a. AVIA FED SERVICE JSC), Pl. Revolyutsii D. 6, Istra 143500, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7710023333 (Russia); Registration Number 1027739037160 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO AVIATSIONNAIA ELEKTRONIKA I KOMMUNIKATSIONNYE SISTEMY (a.k.a. JOINT STOCK COMPANY AVIATION ELECTRONICS AND COMMUNICATION SYSTEMS; a.k.a. "AO AVEKS"), 15 Proezd Entuziastov, Suite 8A, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714041380 (Russia); Registration Number 1027700419636 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO AVTOAGREGAT (a.k.a. JOINT STOCK COMPANY AVTOAGREGAT; a.k.a. "LAAZ"), 2A ul. Industrialnaia, Livny 303858, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5702000280 (Russia); Registration Number 1025700514718 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO AVTOMOBILNYI ZAVOD URAL (a.k.a. AUTOMOBILE PLANT URAL JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMPANY URAL MOTOR VEHICLES PLANT; a.k.a. "AO AZ URAL"), 1 Avtozavodtsev pr-kt, Miass 456304, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7415029289 (Russia); Registration Number 1027400870826 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO BANK AGROROS, Ul. Chernyshevskogo, 90, Saratov 410017, Russia; SWIFT/BIC AGZARUM1; Website www.agroros.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 6453033870 (Russia); Registration Number 1026400001770 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO BARNAULSKII PATRONNYI ZAVOD (a.k.a. JOINT STOCK COMPANY BARNAUL CARTRIDGE PLANT; a.k.a. "AO BPZ"), 28 P.S. Kulagina St, Barnaul 656002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2224080239 (Russia); Registration Number 1032202168305 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO BASHVZRYVTEKHNOLOGII (a.k.a. BASHVZRYVTECHNOLOGII JSC; a.k.a. "BVT AO"; a.k.a. "JSC BVT"), Ul. Rabochaya D. 42, Samara 443041, Russia; Ul. Rostovskaya D. 18, Ufa, Republic of Bashkortostan 450071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Nov 2000; Tax ID No.

0276061770 (Russia); Government Gazette Number 52989204 (Russia); Registration Number 1030204205382 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO BOGOSLOVSKOE RUDOUPRAVLENIE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО БОГОСЛОВСКОЕ РУДОУПРАВЛЕНИЕ), d. 28 ul. Oktyabrskaya, Krasnoturinsk 624449, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6617002344 (Russia); Registration Number 1026601183300 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO BOLKHOVSKII ZAVOD POLUPROVODNIKOVYKH PRIBOROV (a.k.a. "AO BZPP"), Ul. Vasiliya Ermakova D. 17, Bolkhov 303140, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5704003487 (Russia); Registration Number 1025702655890 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO BYURO TEKHNICHESKOI EKSPERTIZY VNESHNEEKONOMICHESKIKH OPERATSI (a.k.a. TEKHEKSPERTIZA, AO), d. 3 etazh 6 pom. II kom., 11, ul. Scherbakovskaya, Moscow 105318, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Jan 2012; Tax ID No. 7719801450 (Russia); Government Gazette Number 38285778 (Russia); Business Registration Number 1127746032370 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO CHEBOKSARSKOE PROIZVODSTVENNOE OBEDINENIE IMENI VI CHAPAEVA (a.k.a. JOINT STOCK COMPANY CHEBOKSARY PRODUCTION ASSOCIATION NAMED AFTER VI CHAPAEV), 1 Socialisticheskaia St., Cheboksary 428038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2130095159 (Russia); Registration Number 1112130014325 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII (a.k.a. BANK CHBRR, AO; f.k.a. BANK CHBRR, PAO; a.k.a. 'CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII, OTKRYTOE AKTSIONERNOE OBSHCHESTVO'; a.k.a. JOINT STOCK COMPANY BLACK SEA BANK OF DEVELOPMENT AND RECONSTRUCTION; a.k.a. JSC 'BLACK SEA

BANK FOR DEVELOPMENT & RECONSTRUCTION'; f.k.a. OPEN JOINT STOCK COMPANY BLACK SEA DEVELOPMENT AND RECONSTRUCTION BANK), 24 ul. Bolshevistskaya, Simferopol, Crimea 295001, Ukraine; BIK (RU) 043510101; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102030186 (Russia); Tax ID No. 9102019769 (Russia); Government Gazette Number 00204814 (Russia); License 3527 (Russia) [UKRAINE-EO13685].

AKTSIONERNOE OBSHCHESTVO CHUKOTSKAYA GORNO GEOLOGICHESKAYA KOMPANIYA (a.k.a. JOINT STOCK COMPANY CHUKOTKA MINING GEOLOGICAL COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЧУКОТСКАЯ ГОРНО ГЕОЛОГИЧЕСКАЯ КОМПАНИЯ)), d. 1/2, Ul. Yuzhnaya, Anadyr, Chukotka 689000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8709009294 (Russia); Registration Number 1028700587112 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO CHVK VAGNER TSENTR (a.k.a. AKTSIONERNOE OBSHCHESTVO KONSALT; a.k.a. JOINT STOCK COMPANY PMC WAGNER CENTER), 15 Zolnaya St, Building 1, Room. 1-N, Ch. P. 194, Office 206, St. Petersburg 193318, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811783517 (Russia); Registration Number 1227800167242 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO CONSTRUCTION BUREAU ELECTRICAL PRODUCTS XXI CENTURY (a.k.a. AO KBE XXI CENTURY; a.k.a. AO KBE XXI VEKA; a.k.a. JOINT STOCK COMPANY DESIGN OFFICE OF ELECTROITEMS; a.k.a. JSC KBE XXI CENTURY; a.k.a. XXI CENTURY ELECTRO ITEMS DESIGN OFFICE JOINT STOCK COMPANY), Ul. Lermontova D. 2, Sarapul 427960, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1827013520 (Russia); Registration Number 1021800997228 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO DEPOZITARNAYA KOMPANIYA REGION (a.k.a. AO DK REGION; a.k.a. "DEPOSITORY COMPANY REGION"), Ul. Krymskii Val D. 3, Str. 2, Antresol 3, Pomeshch. I, Kom 32-57, Moscow 107023, Russia; Secondary sanctions

risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7708213619 (Russia); Registration Number 1037708002144 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO DIREKTSIYA PO STROITEL'STVU ZHELEZNOY DOROGI BERKAKIT-TOMMOT-YAKUTSK (a.k.a. JOINT-STOCK COMPANY THE BERKAKIT-TOMMOT-YAKUTSK RAILWAY LINE'S CONSTRUCTION DIRECTORATE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДИРЕКЦИЯ ПО СТРОИТЕЛЬСТВУ ЖЕЛЕЗНОЙ ДОРОГИ БЕРКАКИТ-ТОММОТ-ЯКУТСК); a.k.a. JSC DSZHD BTYA (Cyrillic: АО ДСЖД БТЯ); a.k.a. OPEN JOINT-STOCK COMPANY THE BERKAKIT-TOMMOT-YAKUTSK RAILWAY LINE'S CONSTRUCTION DIRECTORATE (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ДИРЕКЦИЯ ПО СТРОИТЕЛЬСТВУ ЖЕЛЕЗНОЙ ДОРОГИ БЕРКАКИТ-ТОММОТ-ЯКУТСК)), Mayakovsky street, building 14, Aldan, Republic of Sakha (Yakutia) 678900, Russia (Cyrillic: улица Маяковского, дом 14, город Алдан, Республика Саха (Якутия) 678900, Russia); Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1121402000213 (Russia); Tax ID No. 1402015986 (Russia) [UKRAINE-EO13685].

AKTSIONERNOE OBSHCHESTVO DISPLEI KOMPONENT (a.k.a. "DISPLAY COMPONENT"), ul. Babushkina d. 7, floor 2, pomeshch. 9, Smolensk 214031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6731073742 (Russia); Registration Number 1096731002378 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO DIZAIN TSENTR SOYUZ (a.k.a. JOINT STOCK COMPANY DESIGN CENTER SOYUZ), K. 100, KOM. 205, Zelenograd, Moscow 124482, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Apr 2015; Tax ID No. 7735143270 (Russia); Registration Number 1157746403033 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO DOLTA (a.k.a. OPEN JOINT STOCK COMPANY DOLTA), Ul. Vereiskaya D. 29A, Str. 4, Moscow, 121351, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715352814 (Russia); Registration

Number 1027715012863 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO DUBNENSKII KABELNYI ZAVOD (a.k.a. JOINT STOCK COMPANY DUBNA CABLE PLANT; a.k.a. JOINT STOCK COMPANY DUBNENSKY CABLE PLANT), Pr-Kt Nauki D. 14, K. 4, Dubna 141983, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010054903 (Russia); Registration Number 1185007007261 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO DUBNENSKII ZAVOD KOMMUTATSIONNOI TEKHNIKI (a.k.a. DUBNA SWITCHING EQUIPMENT PLANT; a.k.a. JOINT STOCK COMPANY DUBNA PLANT OF SWITCHING EQUIPMENT; a.k.a. JOINT STOCK COMPANY DUBNENSKY PLANT OF SWITCHING EQUIPMENT), Pr-Kt Nauki D. 14, K. 1, Pomeshch. 39, Dubna 141984, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010056160 (Russia); Registration Number 1195081030781 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ELEKTRON OPTRONIK (a.k.a. AO ELEKTRON OPTRONIK; a.k.a. ELEKTRON OPTRONIK PAO), Pr-Kt Morisa Toreza, D. 68, Saint Petersburg 194223, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Dec 1997; Tax ID No. 7802362079 (Russia); Registration Number 5067847207698 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AKTSIONERNOE OBSHCHESTVO ELEKTRONNAIA KOMPANIIA ELKUS (a.k.a. ELCUS JSC; a.k.a. JOINT STOCK COMPANY ELECTRONIC COMPANY ELKUS), 10 Blagodatnaya ul., str. 1, Office 424, St. Petersburg 196128, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806002060 (Russia); Registration Number 1027804181965 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ELEKTROTYAGA (a.k.a. AO ELEKTROTYAGA; a.k.a. JOINT STOCK COMPANY ELECTROTYAGA), Ul. Kalinina D. 50 A, Saint Petersburg 198099, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Nov 2001; Tax ID No. 7805230257 (Russia); Registration Number

1027802718437 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

AKTSIONERNOE OBSHCHESTVO ENPIVI INZHINIRING (a.k.a. AO ENPIVI INZHINIRING; a.k.a. ENPIVI INZHINIRING, AO; a.k.a. NPV ENGINEERING JOINT STOCK COMPANY; a.k.a. NPV ENGINEERING OPEN JOINT STOCK COMPANY; a.k.a. OJSC NPV ENGINEERING), 5, per. Strochenovski B., Moscow 115054, Russia; PER. Strochenovskii B. D. 5, Moscow 115054, Russia; Website www.npve.narod.ru; Email Address npw@npv.su; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 106774653683; Tax ID No. 7707587805; Government Gazette Number 95533058 [UKRAINE-EO13662] (Linked To: ROTENBERG, Igor Arkadyevich).

AKTSIONERNOE OBSHCHESTVO EVRAZ KACHKANARSKI GORNO OBOGATITELNY KOMBINAT (a.k.a. JOINT STOCK COMPANY EVRAZ KACHKANARCKY ORE MINING AND PROCESSING PLANT; a.k.a. "EVRAZ KGOK AO"), d. 2, ul. Sverdlova, Kachkanar, Sverdlovsk region 624351, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6615001962 (Russia); Registration Number 1026601125308 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO EVRAZ NIZHNETAGILSKI METALLURGICHESKI KOMBINAT (a.k.a. JOINT STOCK COMPANY EVRAZ NIZHNY TAGIL METALLURGICAL PLANT; a.k.a. "EVRAZ NTMK AO"), d.1, ul. Metallurgov, Nizhni Tagil, Sverdlovsk region 622025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Dec 1992; Tax ID No. 6623000680 (Russia); Registration Number 1026601367539 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO EVRAZ OBEDINENNY ZAPADNO SIBIRSKI METALLURGICHESKI KOMBINAT (a.k.a. JOINT STOCK COMPANY EVRAZ CONSOLIDATED WEST SIBERIAN METALLURGICAL PLANT; a.k.a. "EVRAZ ZSMK AO"), d.16, shosse Kosmicheskoe (Zavodskoi R-N), Novokuznetsk, Kemerovo region 654043, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4218000951 (Russia); Registration

Number 1024201670020 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO EVRAZ VANADI TULA (a.k.a. EVRAZ VANADI TULA AO; a.k.a. EVRAZ VANADII TULA; a.k.a. JOINT STOCK COMPANY EVRAZ VANADY TULA), d.1, ul. Przhevalskogo, Tula, Tula region 300016, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7105008754 (Russia); Registration Number 1027100507103 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO FINTENDER (a.k.a. AO FINTENDER; a.k.a. FINTENDER JOINT STOCK COMPANY; a.k.a. FINTENDER JSC), Pr-Kt Tekstilshchikov D. 46, Pomeshch. 1, Kom.56, Kostroma 156000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743113487 (Russia); Registration Number 1157746705930 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

AKTSIONERNOE OBSHCHESTVO FIRMA TVEMA, Ul. Nikulinskaya D.27, Moscow 119602, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707011088 (Russia); Registration Number 1027700175030 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO FPK TRANSAGENTSTVO (a.k.a. FPK TRANSAGENCY JSC), Ul. Fridrikha Engelsa D. 75 Str. 21, Moscow 105082, Russia; Ul. Nizhyaya Krasnoselskaya D. 5, Str. 6, Kom. 14-15, Moscow 107140, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708168606 (Russia); Registration Number 1027700024494 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO FRYAZINSKII ZAVOD MOSHCHNYKH TRANZISTOROV (a.k.a. "AO FZMT"), Pr-D Zavodskoi D. 3, Fryazino 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5050113873 (Russia); Registration Number 5147746235456 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO GAZPROM SHELFPROEKT (a.k.a. JSC GAZPROM SHELFPROJECT), Pr-Kt Leninskii D. 15A, Floor 9, Moscow 119071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type State-Owned Enterprise; Tax ID

No. 7730250045 (Russia); Registration Number 1197746185691 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO GAZSTROIPROM (a.k.a. AO GAZSTROYPROM; a.k.a. GAZSTROIPROM AO; a.k.a. JOINT STOCK COMPANY GAZSTROYPROM), Ul. Tashkentskaya D. 3, Korpus 3 Lit. B, Saint Petersburg 196084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 21 Jun 2018; Tax ID No. 7842155505 (Russia); Government Gazette Number 29749701 (Russia); Registration Number 1187847178705 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO GENBANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГЕНБАНК) (a.k.a. CLOSED JOINT STOCK COMPANY GENBANK; a.k.a. GENBANK, AO (Cyrillic: ГЕНБАНК, АО); a.k.a. JOINT STOCK COMPANY GENBANK; a.k.a. JSC GENBANK), Ozerkovskaya Naberezhnaya 12, Moscow 115184, Russia; Ulitsa Sevastopolskaya 13, Simferopol 295011, Ukraine; SWIFT/BIC GEOORUMM; Website www.genbank.ru; Email Address info@genbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1137711000074 (Russia) [UKRAINE-EO13685].

AKTSIONERNOE OBSHCHESTVO GIDROAGREGAT, Ul. Kommunisticheskaya D. 78, Pavlovo 606100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5252000470 (Russia); Registration Number 1025202124100 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO GORKOVSKII ZAVOD APPARATURY SVIAZI IM AS POPOVA (a.k.a. AO GZAS IM AS POPOVA; a.k.a. POPOV COMMUNICATIONS EQUIPMENT PLANT; a.k.a. "JSC GZAS"), 100 ul. Internatsionalnaia, Nizhny Novgorod 603002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5257008145 (Russia); Registration Number 1025202396790 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO GOSUDARSTVENNOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE REGION (a.k.a. AO GNPP REGION; a.k.a.

REGION SCIENTIFIC & PRODUCTION ENTERPRISE JSC; a.k.a. REGION SCIENTIFIC AND PRODUCTION ENTERPRISE JSC), Sh Kashirskoe D. 13A, Moscow 115230, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Jan 1992; Tax ID No. 7724552070 (Russia); Registration Number 1057747873875 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AKTSIONERNOE OBSHCHESTVO GOSUDARSTVENNYI NAUCHNO ISSLEDOVATELSKII INSTITUT PRIBOROSTROENIIA (a.k.a. AO GOSNIIP; a.k.a. JOINT STOCK COMPANY STATE RESEARCH INSTITUTE OF INSTRUMENT ENGINEERING), PR-KT Mira D. 125, Moscow 129226, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7717693545 (Russia); Registration Number 1117746132811 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO GRUPPA GMS (f.k.a. GRUPPA GMS OAO; a.k.a. HMS GROUP JSC; f.k.a. INVESTITSIONNO PROMYSHLENNAYA GRUPPA GIDRAVLICHESKIE MASHINY I SISTEMY OOO; a.k.a. JOINT STOCK COMPANY HMS GROUP), Ul. Chayanova D. 7, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Mar 2004; Registration ID 5087746036483 (Russia); Tax ID No. 7708678325 (Russia); Government Gazette Number 72718329 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO GRUPPA KREMNII EL (a.k.a. AO GRUPPA KREMNY EL; a.k.a. CJSC KREMNY AL GROUP; a.k.a. JSC GRUPPA KREMNY EL; a.k.a. KREMNY GROUP), Krasnoarmeyskaya 103, Bryansk 241037, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 3234043140 (Russia); Registration Number 1023202741781 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ILIADIS (a.k.a. JOINT STOCK COMPANY ILIADIS), Per. 3-1 Syromyatnicheskii D. 3/9 Str. 1, Moscow 105120, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9709096348 (Russia); Registration

Number 1237700470842 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ILYUSHIN FINANS KO (a.k.a. JOINT STOCK COMPANY ILYUSHIN FINANCE COMPANY; a.k.a. JSC ILYUSHIN FINANCE COMPANY; a.k.a. OJSC ILYUSHIN FINANCE; a.k.a. "AO IFK"; a.k.a. "IFC LEASING"; a.k.a. "JSC IFC"), Pr-kt Michurinskii, Olimpiiskaya Derevnya D. 1, Korp. 1, et. 4, Moscow 119602, Russia; Pr-kt Leninskii d. 43A, office 502, Voronezh 394004, Russia; 1st km of Rublevo-Uspenskoe Shosse, Building 6, Odintsovo, Moscow 143030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Mar 1999; Tax ID No. 3663029916 (Russia); Registration Number 1033600042332 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO INDEPENDENT SPECIALIZED DEPOSITORY (a.k.a. AO NSD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НЕЗАВИСИМЫЙ СПЕЦИАЛИЗИРОВАННЫЙ ДЕПОЗИТАРИЙ); a.k.a. "JOINT STOCK COMPANY INVESTMENT COMPANY PEKO INVEST"), Ul. Kuznetskii Most D. 21/5, Office Et. 5 Pom. I Kom. 1-18, Moscow 107996, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7715159793 (Russia); Registration Number 102773947019 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO INTEGRAL ZAPAD (a.k.a. JOINT STOCK COMPANY INTEGRAL ZAPAD), Ul. Babushkina D. 7, Office 21, Smolensk 214031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6732139675 (Russia); Registration Number 1176733001840 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO IPK FINVAL (a.k.a. IPK FINVAL AO), 2-I Yuzhnoportovyi PR D. 14/22, Moscow 115088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Oct 2014; Tax ID No. 7722860417 (Russia); Government Gazette Number 26121066 (Russia); Registration Number 5147746279621 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO IPN STANKOSTROENIE (a.k.a. AO IPN STANKOSTROENIE; a.k.a. JOINT STOCK COMPANY IPN STANKOSTROENIE), Ul. 3-ya yamskogo polya D. 2, K. 26, Moscow 125124, Russia; Secondary sanctions risk: See Section

11 of Executive Order 14024.; Tax ID No. 7457008611 (Russia); Registration Number 1177456104638 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO IRKUTSKKABEL, d. 1, ul. Industrialnaya Shelekhov, Irtutsk 666033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Oct 2002; Tax ID No. 3821000937 (Russia); Registration Number 1023802256015 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO IZHEVSKI ELEKTROMEKHANICHESKI ZAVOD KUPOL (a.k.a. AO IEMZ KUPOL (Cyrillic: АО ИЭМЗ КУПОЛ); a.k.a. JOINT STOCK COMPANY IZHEVSK ELECTROMECHANICAL PLANT KUPOL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ИЖЕВСКИЙ ЭЛЕКТРОМЕХАНИЧЕСКИЙ ЗАВОД КУПОЛ); a.k.a. JSC IEMZ KUPOL), ul. Pesochnaya 3, Izhevsk, Udmurtia Republic 426033, Russia (Cyrillic: УЛИЦА ПЕСОЧНАЯ, 3, Город Ижевск, РЕСПУБЛИКА УДМУРТСКАЯ 426033, Russia); Website www.kupol.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 23 Apr 2002; alt. Organization Established Date 1957; Tax ID No. 1831083343 (Russia); Government Gazette Number 07502963 (Russia); Business Registration Number 1021801143374 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KAZANSKII ZAVOD SINTETICHESKOGO KAUCHUKA (a.k.a. KAZAN SYNTHETIC RUBBER PLANT JSC; a.k.a. "AO KZSK"), ul. Lebedeva d. 1, pomeshch. 4, Kazan 420054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7608030523 (Russia); Registration Number 1177627028039 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KAZANSKOE OPYTNOE KONSTRUKTORSKOE BYURO SOYUZ, ul. Dementyeva D. 1, Kazan 420036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1661008339 (Russia); Registration Number 1021603884610 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KHABAROVSKIY RADIOTEKHNICHESKIY ZAVOD (a.k.a. KHRTZ PAO; a.k.a. OAO KHRTZ; a.k.a. OJSC KHABAROVSK RADIO

ENGINEERING PLANT; a.k.a. OPEN JOINT STOCK COMPANY KHABAROVSK RADIO ENGINEERING PLANT), D. 8 K. V, Per. Kedrovy, Khabarovsk 68004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2723118304 (Russia); Registration Number 1092723002778 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KOMMERCHESKI BANK INDUSTRIALNY SBEREGATELNY BANK (f.k.a. CLOSED JOINT STOCK COMPANY COMMERCIAL BANK 'INDUSTRIAL SAVINGS BANK'; a.k.a. IS BANK, AO; a.k.a. JOINT-STOCK COMPANY COMMERCIAL BANK 'INDUSTRIAL SAVINGS BANK'; a.k.a. JSC CB 'IS BANK'), Eldoradovsky per 7, Moscow 125167, Russia; 29/UL, prospect Kirova, Simferopol, Crimea 295011, Ukraine; Building 160, Office 104, Kievskaya Street, Simferopol, Crimea 295493, Ukraine; Building 25, Lenin Street, Kerch, Crimea 298300, Ukraine; SWIFT/BIC RISBRUMM; BIK (RU) 044525349; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027739339715 (Russia); Tax ID No. 7744001673 (Russia); Government Gazette Number 40199908 (Russia) [UKRAINE-EO13685].

AKTSIONERNOE OBSHCHESTVO KOMMERCHESKI BANK RUBLEV (a.k.a. BANK RUBLEV; a.k.a. JOINT STOCK COMMERCIAL BANK RUBLEV; a.k.a. JSC CB 'RUBLEV'; a.k.a. RUBLEV BANK), Elokhovsky passage, Building 3, p. 2, Metro - Baumanskaya, Moscow 105066, Russia; 12 Sevastopol Street, Simferopol, Crimea, Ukraine; 6 Gogol Street, Sevastopol, Crimea, Ukraine; SWIFT/BIC COUERUMM; BIK (RU) 044525253; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027700159233 (Russia); Tax ID No. 7744001151 (Russia); Government Gazette Number 40100094 (Russia) [UKRAINE-EO13685].

AKTSIONERNOE OBSHCHESTVO KONSALT (a.k.a. AKTSIONERNOE OBSHCHESTVO CHVK VAGNER TSENTR; a.k.a. JOINT STOCK COMPANY PMC WAGNER CENTER), 15 Zolnaya St, Building 1, Room. 1-N, Ch. P. 194, Office 206, St. Petersburg 193318, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

7811783517 (Russia); Registration Number 1227800167242 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KONSTERN MORSKOE PODVONOE ORUZHIE GIDROPRIBOR (a.k.a. AO KONSTERN MPO GIDROPRIBOR; a.k.a. JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR; a.k.a. JSC CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR), PR-KT B. Sampsonievskii D. 24, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Sep 1943; Tax ID No. 7802375889 (Russia); Registration Number 1069847557394 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AKTSIONERNOE OBSHCHESTVO KONSTRUKTORSKOE BIURO KHIMICHESKOGO MASHINOSTROENIIA IMENI AM ISAEVA (a.k.a. AM ISAYEV CHEMICAL ENGINEERING DESIGN BUREAU; a.k.a. AO KBKHIMMASH IM AM ISAEVA; a.k.a. DESIGN BUREAU FOR CHEMICAL MACHINE BUILDING; a.k.a. DESIGN BUREAU OF CHEMICAL MACHINE BUILDING KBKHM; a.k.a. KB KHIM MASH), 12 Bogomolova St., Korolyev 141070, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5018202198 (Russia); Registration Number 1195081083878 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KONSTRUKTORSKOE BYURO ARSENAL IMENI M.V. FRUNZE (a.k.a. AO KB ARSENAL; a.k.a. M.V. FRUNZE ARSENAL DESIGN BUREAU JOINT STOCK COMPANY), ul. Komsomola, D.1-3, Saint Petersburg 195009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7804588900 (Russia); Government Gazette Number 06506278 (Russia); Registration Number 1177847042229 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KONSTRUKTORSKOE BYURO FARVATER (a.k.a. AO KB FARVATER; a.k.a. CLOSED JOINT STOCK COMPANY DESIGN BUREAU FARVATER; a.k.a. DESIGN CENTER FARVATER JSC; a.k.a. JOINT STOCK COMPANY DESIGN CENTER FARVATER), Nansena St., 154B, Rostov-on-Don 344010, Russia; Secondary sanctions risk: See Section

11 of Executive Order 14024.; Tax ID No. 6163106808 (Russia); Registration Number 1116195002307 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KONSTUKTORSKOE BYURO LUCH (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНСТРУКТОРСКОЕ БЮРО ЛУЧ) (a.k.a. JOINT STOCK COMPANY KB LUCH; a.k.a. JSC DB LUTCH; a.k.a. KB LUCH AO (Cyrillic: АО КБ ЛУЧ); a.k.a. LUCH DESIGN BUREAU JSC (Cyrillic: АО КОНСТРУКТОРСКОЕ БЮРО ЛУЧ)), Bul. Pobedy, D. 25, Rybinski, Yaroslavl 152920, Russia (Cyrillic: Бульвар Победы, Д. 25, Рыбинск, Ярославская Область 152920, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Nov 2004; alt. Organization Established Date circa 1955; Organization Type: Research and experimental development on natural sciences and engineering; Tax ID No. 7610063043 (Russia); Government Gazette Number 07507666 (Russia); Business Registration Number 1047601614390 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KONTSERN OKEANPRIBOR (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН ОКЕАНПРИБОР) (a.k.a. AO KONTSERN OKEANPRIBOR (Cyrillic: АО КОНЦЕРН ОКЕАНПРИБОР); a.k.a. JOINT STOCK COMPANY CONCERN OKEANPRIBOR; a.k.a. JSC CONCERN OKEANPRIBOR; a.k.a. KONTSERN OKEANPRIBOR, PAO), 46, Chkalovskii Prospect, St. Petersburg 197376, Russia; Website www.oceanpribor.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067847424160 (Russia); Tax ID No. 7813341546 (Russia) [UKRAINE-EO13662].

AKTSIONERNOE OBSHCHESTVO KONTSERN RADIOSTROENIYA VEGA (a.k.a. KONTSERN VEGA AO; a.k.a. RADIO ENGINEERING CORPORATION VEGA), Prospekt Kutuzovski 34, Moscow 121170, Russia; Ul. Akademika Pavlova, 14A, St. Petersburg 197376, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7730170167 (Russia); Registration Number 1037730020844 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KONTSERN URALVAGONZAVOD (a.k.a. AO KONTSERN URALVAGONZAVOD; a.k.a. JOINT STOCK COMPANY CONCERN URALVAGONZAVOD),

40 Bolshaya Yakimanka Street, Moscow 119049, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Apr 2018; Target Type State-Owned Enterprise; Tax ID No. 7706453206 (Russia); Registration Number 1187746432345 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KONTSERN VOZDUSHNO-KOSMICHESKOI OBORONY ALMAZ-ANTEI (a.k.a. AO KONTSERN VKO ALMAZ-ANTEI; a.k.a. JOINT STOCK COMPANY AEROSPACE DEFENSE CONCERN ALMAZ-ANTEY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН ВОЗДУШНО-КОСМИЧЕСКОЙ ОБОРОНЫ АЛМАЗ-АНТЕЙ); a.k.a. JOINT STOCK COMPANY AIR AND SPACE DEFENSE CONCERN ALMAZ-ANTEY; a.k.a. JOINT-STOCK COMPANY CONCERN ALMAZ-ANTEY; a.k.a. JSC CONCERN VKO ALMAZ-ANTEY (Cyrillic: АО КОНЦЕРН ВКО АЛМАЗ-АНТЕЙ); f.k.a. OAO CONCERN PVO ALMAZ-ANTEY; f.k.a. OPEN JOINT STOCK COMPANY CONCERN PVO ALMAZ-ANTEY), D. 41, ul. Vereiskaya, Moscow 121471, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Nov 1991; Target Type State-Owned Enterprise; Tax ID No. 7731084175 (Russia); Government Gazette Number 11593871 (Russia); Registration Number 1027739001993 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KORPORATSIYA GALAKTIKA (a.k.a. AO KORPORATSIYA GALAKTIKA; a.k.a. GALACTICA CORPORATION; a.k.a. "GALAXY CORPORATION"), Alleya Teatralnaya, D. 3, Str. 1, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707140573 (Russia); Registration Number 1027739341520 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KORPORATSIYA MORSKOGO PRIBOROSTROENIYA (a.k.a. MARINE EQUIPMENT ENGINEERING CORPORATION JSC; a.k.a. "AO KMP"), Ul. Malaya Posadskaya D. 30, LIT. A, Saint Petersburg 197046, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7813649764

(Russia); Registration Number 1207800171050 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KOVROVSKII ELEKTROMEKHANICHESKII ZAVOD (a.k.a. JOINT STOCK COMPANY KOVROV ELECTROMECHANICAL PLANT; a.k.a. "AO KEMZ"), 55 Krupskoi Street, Kovrov 601919, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3305004421 (Russia); Registration Number 1023301951177 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KRONSHTADT (a.k.a. AO KRONSHTADT; a.k.a. JOINT STOCK COMPANY KRONSHTADT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КРОНШТАДТ)), Descartes Business Center, Building 9, No. 18, Andropova Prospekt, Moscow 1115432, Russia (Cyrillic: Бизнес-центр Декарт, д. 18, корп. 9, Пр. Андропова, Москва 1115432, Russia); Building 4, No. 54, Maliy Prospekt, Vasilevskiy Island, St. Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1990; Tax ID No. 7808035536 (Russia); Registration Number 1027809176141 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KRYMTEPLOELEKTROTSENTRAL (a.k.a. AO, KRIMTETS; f.k.a. KRYMTEPLOELEKTROTSENTRAL, AO; a.k.a. KRYMTETS, AO), 1, ul. Montazhnaya Pgt. Gresovski, Simferopol, Crimea 295493, Ukraine; Website www.krimtec.com; Email Address e.hmelnitskiy@krimtec.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102070194 (Russia); Government Gazette Number 00828288 (Russia); Registration Number 1159102014169 (Russia) [UKRAINE-EO13685].

AKTSIONERNOE OBSHCHESTVO KUIBYSHEVSKII NEFTEPERERABATYVAYUSHCHII ZAVOD (a.k.a. JSC KUYBYSHEVSKY OIL REFINERY; a.k.a. KUIBYSHEVSKY REFINERY; a.k.a. "AO KNPZ"), Ul. Groznenskaya D.25, Samara 443004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6314006396 (Russia); Registration Number 1026300894179 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO LAMA, Proezd Garazhnyi D.13, Cheboksary 428003, Russia; Secondary sanctions risk: See Section

11 of Executive Order 14024.; Tax ID No. 2127017009 (Russia); Registration Number 1022100972442 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO LENMORNIIPROEKT PO PROEKTIROVANIYU (a.k.a. JOINT STOCK COMPANY LENMORNIIPROEKT; a.k.a. LENMORNIIPROEKT PAO), Mezhevoi Kanal, 3, 2, Saint Petersburg 198035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805018067 (Russia); Registration Number 1027802723739 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO LETNO-ISSLEDOVATELSKI INSTITUT IMENI M.M. GROMOVA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЛЕТНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ИМЕНИ М.М. ГРОМОВА) (a.k.a. JOINT STOCK COMPANY FLIGHT RESEARCH INSTITUTE N.A. M.M. GROMOV; a.k.a. JSC FLIGHT RESEARCH INSTITUTE N.A. M.M. GROMOV (Cyrillic: АО ЛЕТНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ИМ. М.М. ГРОМОВА); a.k.a. JSC FRI N.A. M.M. GROMOV (Cyrillic: АО ЛИИ ИМ. М.М. ГРОМОВА); a.k.a. STATE FEDERAL UNITARY ENTERPRISE GROMOV FLIGHT RESEARCH INSTITUTE), D. 2a, Ul. Garnaeva, Zhukovskiy 140180, Russia (Cyrillic: д. 2А, ул. Гарнаева, Московская область, Жуковский 140180, Russia); Zhukovsky-2, Moscow region 140182, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1993; Target Type State-Owned Enterprise; Tax ID No. 5040114973 (Russia); Registration Number 1125040002823 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO LLS (a.k.a. LENINGRAD LASER SYSTEMS), Ul. Yablochkova D. 20, Lit. Ya. Office 408, Saint Petersburg 197198, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813261308 (Russia); Registration Number 1167847373209 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO LYTKARINSKII ZAVOD OPTICHESKOGO STEKLA (a.k.a. JOINT STOCK COMPANY LYTKARINO OPTICAL GLASS PLANT; a.k.a. "AO LZOS"; a.k.a. "JSC LZOS"), 1 ul. Parkovaia, Lytkarino 140080, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5026000300

(Russia); Registration Number 1025003178397 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO MALMYZHSKII ZAVOD PO REMONTU DIZELNYKH DVIGATELEI (a.k.a. JOINT STOCK COMPANY MALMYZH DIESEL ENGINE REPAIR PLANT), ul. Druzhby D.2, Malmyzh 612921, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4317000543 (Russia); Registration Number 1024300612049 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO MARIYSKII MASHINOSTROITELNYI ZAVOD (a.k.a. JOINT STOCK COMPANY MARI MACHINE BUILDING PLANT; a.k.a. JSC MARI MACHINE BUILDING PLANT; a.k.a. MARI MACHINE BUILDING PLANT JSC; a.k.a. MARI MMZ; a.k.a. MARIYSKIY MACHINE-BUILDING PLANT OPEN JOINT STOCK COMPANY; a.k.a. OAO MARIYSKIY MASHINOSTROITELNYY ZAVOD; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO MARIYSKIY MASHINOSTROITELNYYZAVOD; a.k.a. "OAO MMZ"), 15, UL Suvorova 3, Yoshkar-Ola, Mary-EL 424003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1200001885 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO MARPOSADKABEL (a.k.a. AO MARPOSADKABEL), Ul. Nikolaeva 93-V, Mariinskiy Posad 429570, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Apr 2004; Tax ID No. 2111006918 (Russia); Registration Number 1042135001600 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO MASHINOSTROITELNY ZAVOD ARMALIT (a.k.a. ARMALIT 1 INC; a.k.a. ARMALIT JOINT STOCK COMPANY; a.k.a. "AO ARMALIT"), ul. Trefoleva d. 2, Saint Petersburg 198097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805148130 (Russia); Registration Number 1027802712530 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO MASHINOSTROITELNYI KHOLDING, Ul. Simskaya D. 1, Of. 401, Yekaterinburg 620024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Sep 2004; Tax ID No. 6673116225 (Russia); Government Gazette

Number 74366691 (Russia); Registration Number 1046604803475 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO MEZHREGIONALNYI REGISTRATORSKII TSENTR (a.k.a. "AO MRTS"), Per. Podsosenskii D. 26, Str. 2, Moscow 105062, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 1901003859 (Russia); Registration Number 1021900520883 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO MOSINZHPROEKT (a.k.a. MOSINZHPROEKT AO; a.k.a. MOSINZHPROEKT JSC), B-R Khodynskii D.10, Moscow 125252, Russia; Per. Sverchkov D. 4/1, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Aug 2010; Tax ID No. 7701885820 (Russia); Government Gazette Number 03997784 (Russia); Registration Number 1107746614436 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO MOSKOVSKI ORDENA TRUDOVOGO KRASNOGO ZNAMENI NAUCHNO-ISSLEDOVATELSKI RADIOTEKHNICHESKI INSTITUT (a.k.a. JOINT STOCK COMPANY MOSCOW ORDER OF THE RED BANNER OF LABOR RESEARCH RADIO ENGINEERING INSTITUTE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО МОСКОВСКИЙ ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ НАЧНО-ИССЛЕДОВАТЕЛЬСКИЙ РАДИОТЕХНИЧЕСКИЙ ИНСТИТУТ); a.k.a. JOINT-STOCK COMPANY MOSCOW RESEARCH SCIENTIFIC RADIO COMMUNICATION INSTITUTE; a.k.a. JSC MNIRTI; a.k.a. MOSKOVSKI ORDENA TRUDOVOGO KRASNOGO ZNAMENI NAUCHNO-ISSLEDOVATELSKI RADIOTEKHNICHESKI INSTITUT PAO), 2/1 Bolshoi Trekhsvyatitelski Lane, Moscow 109028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jun 1992; Tax ID No. 7709899951 (Russia); Registration Number 1127746217422 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO MOVEN NN (a.k.a. AO MOVEN NN), Zarevskaya Obyezdnaya Doroga 40, Dzerzhinsk 606000, Russia; Ul. Svobody D. 15, Nizhniy Novgorod 603003, Russia; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Tax ID No. 5262261827 (Russia); Registration Number 1115262002503 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO MUROMSKOE SPETSIALNOE KONSTRUKTORSKOE BYURO (a.k.a. JOINT STOCK COMPANY MUROM SPECIAL DESIGN BUREAU; a.k.a. "AO MUROMSKOE SKB"), 5 Karacharovskoe Highway, Murom 602251, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3307000983 (Russia); Registration Number 1086623002190 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NATSIONALNAYA INZHINIRINGOVAYA KORPORATSIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАЦИОНАЛЬНАЯ ИНЖИНИРИНГОВАЯ КОМПАНИЯ) (a.k.a. JOINT STOCK COMPANY NATIONAL ENGINEERING CORPORATION; a.k.a. "AO NIK" (Cyrillic: "АО НИК"); a.k.a. "JSC NEC"), d. 3 korp. 2 pom, 71-N, pl. Konstitutsii, St. Petersburg 196247, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Oct 2014; Tax ID No. 7810942838 (Russia); Government Gazette Number 72473566 (Russia); Registration Number 1147847338902 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NATSIONALNAYA SISTEMA PLATEZHNYKH KART (a.k.a. NATIONAL PAYMENT CARD SYSTEM JOINT STOCK COMPANY; a.k.a. NSPK JSC), ul. Bolshaya Tatarskaya D. 11, Moscow 115184, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7706812159 (Russia); Registration Number 1147746831352 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NATSIONALNAYA SPETSIALIZIROVANNAYA FINANSOVAYA KOMPANIYA (a.k.a. AO NSFK), PR-KT Krasnyi ZD. 157/1, Office 608.4, Novosibirsk 630049, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 5402077860 (Russia); Registration Number 1235400017423 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NATSIONALNIY TSENTR LAZERNYKH SISTEM I KOMPLEKSOV ASTROFIZIKA

(Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАЦИОНАЛЬНЫЙ ЦЕНТР ЛАЗЕРНЫХ СИСТЕМ И КОМПЛЕКСОВ АСТРОФИЗИКА) (a.k.a. AO NTSLSK ASTROFIZIKA; a.k.a. GP NPO ASTROFIZIKA; a.k.a. JOINT STOCK COMPANY ASTROPHYSIKA NATIONAL CENTRE OF LASER SYSTEMS AND COMPLEXES), Ul. Aleksandra Solzhenitsyna D. 27, Pomeshch. I, Moscow 109004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733826256 (Russia); Registration Number 1127747254744 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT ELPA S OPYTNYM PROIZVODSTVOM (a.k.a. ELPA RESEARCH INSTITUTE AND PILOT LINE JOINT STOCK COMPANY; a.k.a. "NII ELPA AO"), Pr-Kt Panfilovskii D. 10, Zelenograd 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735064772 (Russia); Registration Number 1027739098760 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT KHIMII I TEKHNOLOGII POLIMEROV IMENI AKADEMIKA V.A. KARGINA S OPYTNYM ZAVODOM (a.k.a. NII POLYMEROV AO; a.k.a. THE FEDERAL STATE UNITARY ENTERPRISE V.A. KARGIN SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND TECHNOLOGY OF POLYMERS WITH A PILOT PRODUCTION PLANT; a.k.a. V.A. KARGIN POLYMER CHEMISTRY AND TECHNOLOGY RESEARCH INSTITUTE WITH A PILOT-PRODUCTION PLANT), korp. ZD. 63, ter. Vostochny Promraion Orgsteklo, Dzerzhinsk, Nizhni Novgorod region 606000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5249164736 (Russia); Government Gazette Number 33947252 (Russia); Registration Number 1185275058044 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT KONSTRUKSIONNYKH MATERIALOV NA OSNOVE GRAFITA NIIGRAFIT (a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF GRAPHITE-BASED MATERIALS NIIGRAFIT; a.k.a. JSC NIIGRAFIT; f.k.a. NAUCHNO ISSLEDOVATELSKI INSTITUT KONSTRUKSIONNYKH MATERIALOV NA OSNOVE GRAFITA NIIGRAFIT AO; a.k.a. NIIGRAFIT AO (Cyrillic: НИИГРАФИТ)), Ul.

Elektrodnyaya D. 2, Moscow 111141, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720723422 (Russia); Government Gazette Number 00200851 (Russia); Registration Number 1117746574593 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT TOCHNYKH PRIBOROV (a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF PRECISION INSTRUMENTS; a.k.a. JOINT STOCK COMPANY SCIENCE RESEARCH INSTITUTE FOR PRECISE INSTRUMENTS; a.k.a. "AO NII TP"; a.k.a. "JSC RIPI"), ul. Dekabristov, Vl 51, Moscow 127490, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7715784155 (Russia); Government Gazette Number 11482462 (Russia); Registration Number 1097746735481 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI PROEKTNO KONSTRUKTORSKI I TEKHNOLOGICHESKI AKKUMULYATORNY INSTITUT ISTOCHNIK (a.k.a. JSC NIAI ISTOCHNIK), Ul. Dalya D. 10, Saint Petersburg 197376, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813054982 (Russia); Registration Number 1027806861477 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT EKRAN (a.k.a. AO NII EKRAN; a.k.a. JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE EKRAN), 24 Kirova Ave, Samara 443022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6319169796 (Russia); Registration Number 1136319002731 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT FIZICHESKIKH IZMERENII (a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF PHYSICAL MEASUREMENTS; a.k.a. "AO NIIFI"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF PHYSICAL INSTRUMENTS"), Str. 8/10, Ul. Volodarskogo, Penza 440026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5836636246 (Russia); Registration Number 1095836001304 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT KOMANDNYKH PRIBOROV (a.k.a. AO NII KOMANDNYKH PRIBOROV; a.k.a. SCIENTIFIC RESEARCH INSTITUTE OF COMMAND DEVICES), 16 pr-kt Tramvainyi, Saint Petersburg 198216, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7805654288 (Russia); Registration Number 1147847231674 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT PRIBOROV (a.k.a. RESEARCH AND DEVELOPMENT INSTITUTE OF SCIENTIFIC INSTRUMENTS JOINT STOCK COMPANY; a.k.a. "AO NIIP"; a.k.a. "RISI JSC"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF INSTRUMENTS"), 8 Turaevo Industrial Area, Lytkarino 140080, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5027241394 (Russia); Registration Number 1165027055258 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT PROMYSHLENNOGO TELEVIDENIYA RASTR (a.k.a. AO NIIPT RASTR), Ul. Bolshaya Sankt-Peterburgskaya D. 39, Velikiy Novgorod 173001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1982; Tax ID No. 4345309407 (Russia); Registration Number 1114345026784 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT SREDSTV VYCHISLITELNOI TEKHNIKI (a.k.a. "AO NII SVT"; a.k.a. "NII SVT PAO"), Ul. Melnichnaya D. 31, Kirov 610025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4345309407 (Russia); Registration Number 1114345026784 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZODSTVENNYI KOMPLEKS ALFA M (a.k.a. ALPHA M JOINT STOCK COMPANY RESEARCH AND PRODUCTION COMPLEX; a.k.a. AO NPK ALFA M), Ul. Chkalova D. 36A, Office 31, Zhukovskiy 140180, Russia; Svyazi st., 25, Ryazan 390047, Russia; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5040125679 (Russia); Registration Number 1135040005594 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNAIA KORPORATSIIA URALVAGONZAVOD IMENI F E DZERZHINSKOGO (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION CORPORATION URALVAGONZAVOD NAMED AFTER F E DZERZHINSKY; a.k.a. NAUCHNO-PROIZVODSTVENNAYA KORPORATSIYA URALVAGONZAVOD OAO; a.k.a. NPK URALVAGONZAVOD OAO; a.k.a. OJSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD OAO; a.k.a. URALVAGONZAVOD CORPORATION; a.k.a. "UVZ"), 40 Bolshaya Yakimanka Street, Moscow 119049, Russia; 28 Vostochnoye Shosse, Nizhni Tagil, Sverdlovsk Region 66207, Russia; Pr-kt Lenina, d. 204, Rubtsovsk 658225, Russia; Pr-kt Lenina, d. 3, Chelyabinsk 454007, Russia; Ul. Pervomaiskaya d. 14, Volchansk 624941, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Mar 2008; Target Type State-Owned Enterprise; Tax ID No. 6623029538 (Russia); Registration Number 1086623002190 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNAYA KORPORATSIYA SISTEMY PRETSIZIONNOGO PRIBOROSTROENIYA (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION PRECISION SYSTEMS AND INSTRUMENTS; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION PRECISION SYSTEMS AND INSTRUMENTS; a.k.a. SCIENTIFIC AND INDUSTRIAL CORPORATION PRECISION INSTRUMENT SYSTEMS; a.k.a. "AO NPK SPP"; a.k.a. "JSC RPC PSI"), ul. Aviamotornaya D. 53, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7722698108 (Russia); Government Gazette

Number 07559035 (Russia); Registration Number 1097746629639 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ELEKTROMASHINA (a.k.a. AO NPO ELEKTROMASHINA; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION ELECTROMASHINA), 2 Mashinostroiteley st, Chelyabinsk 454119, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449044990 (Russia); Registration Number 1047422507736 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ORION (a.k.a. AO NPO ORION; a.k.a. ENTERPRISE RESEARCH DEVELOPMENT AND PRODUCTION CENTER ORION; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION ORION; a.k.a. JSC SPA ORION; a.k.a. ORION RESEARCH AND PRODUCTION ASSOCIATION), 9 Kosinskaya st., Moscow 111538, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7720770380 (Russia); Registration Number 1127747292738 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE AVTOMATIKI IMENI AKADEMIKA NA SEMIKHATOVA (a.k.a. SCIENTIFIC AND PRODUCTION ASSOCIATION OF AUTOMATICS NAMED AFTER ACADEMICIAN NA SEMIKHATOV; a.k.a. "AO NPO AVTOMATIKI"), Ul. Mamina-Sibiryaka D.145, Yekaterinburg 620075, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6685066917 (Russia); Registration Number 1146685026509 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE MKM (a.k.a. "AO NPO MKM"; a.k.a. "MKM LTD"), 24 Ilfata Zakirova St, Izhevsk 426072, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1833001787 (Russia); Registration Number 1021801504460 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE POISK, ul. Lesnaya D. 3, Murino 188662, Russia; Secondary sanctions risk: See Section

11 of Executive Order 14024.; Tax ID No. 4703142849 (Russia); Registration Number 1144703004380 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE PRIBOR IMENI S S GOLEMBIOVSKOGO (a.k.a. AO NPO PRIBOR IMENI S S GOLEMBIOVSKOGO; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION PRIBOR NAMED AFTER S S GOLEMBIOVSKY), 1 Kirovgradskaya St., Moscow 117587, Russia; 2 ul. Novorossiiskaia, Chelyabinsk, Russia; 3 ul. Sovnarkhoznaia, Noginsk 142400, Russia; 1/21 ul. 1-ia Krasnoarmeiskaia, Saint Petersburg, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726700943 (Russia); Registration Number 1127746541427 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE RAZVITE INNOVATSIONNYKH TEKHNOLOGII (a.k.a. RESEARCH AND MANUFACTURING ASSOCIATION DEVELOPMENT OF INNOVATIVE TECHNOLOGIES; a.k.a. "AO NPO RIT"), Ul. Ozernaya D. 14, K. 1, Tver 170008, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6901043667 (Russia); Registration Number 1036900089093 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE TRANSKOM (a.k.a. AO NPO TRANSKOM; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION TRANSCOM), Proezd Entuziastov D. 19, Na Ter-Rii 403, Remontnogo Zavoda, Moscow 111024, Russia; 4 str.1, per. Malyi Ivanovskii, Moscow 109028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7709163294 (Russia); Registration Number 1027739687975 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE ZAVOD VOLNA (a.k.a. AO NPO ZAVOD VOLNA; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION VOLNA; a.k.a. NPO ZAVOD VOLNA JSC), Ul. Marshala Gorova D. 29, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Sep 1993; Tax ID No. 7805047646 (Russia);

Registration Number 1027802714158 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE GEOFIZIKA KOSMOS (a.k.a. AO NPP GEOFIZIKA KOSMOS; a.k.a. JOINT STOCK COMPANY GEOFIZICA COSMOS), D. 11 Ul. Irkutskaya korp. 1, Moscow 107497, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7718649612 (Russia); Registration Number 5077746924074 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE KVANT (a.k.a. AO NPP KVANT; a.k.a. JOINT STOCK COMPANY RESEARCH PRODUCTION ENTERPRISE KVANT; a.k.a. NPP QUANTUM), D. 16 3-ya Mytishchinskaya Ul., Moscow 129626, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7717585042 (Russia); Registration Number 5077746415533 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE SALIUT (a.k.a. AO NPP SALYUT; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE SALYUT; a.k.a. NPP SALYUT JSC), Ul. Plekhanova, 6, Moscow 111123, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7720673002 (Russia); Registration Number 1097746763102 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE ZAVOD ISKRA (a.k.a. AO NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE ZAVOD ISKRA; a.k.a. AO NPP ZAVOD ISKRA; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE PLANT ISKRA; a.k.a. JSC RESEARCH AND PRODUCTION ENTERPRISE PLANT ISKRA; a.k.a. NPP PLANT ISKRA), 75 Narimanov Avenue, Ulyanovsk 432030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Jun 2008; Target Type State-Owned Enterprise; Tax ID No. 7325081527 (Russia); Registration Number 1087325005756 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE

SVYAZ (a.k.a. AO NPP SVYAZ), Ul. Shkolnaya D. 19, Balakirevo 301214, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1964; Tax ID No. 7118011916 (Russia); Registration Number 1027101505133 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNYI KOMPLEKS ELARA IMENI G.A. ILYENKO (a.k.a. AO ELARA; a.k.a. ILYENKO ELARA RESEARCH AND PRODUCTION COMPLEX OJSC; a.k.a. OPEN JOINT STOCK COMPANY ILYENKO ELARA RESEARCH AND PRODUCTION COMPLEX), Moskovsky Prospekt 40, Cheboksary, Chuvash Republic 428015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1970; Tax ID No. 2129017646 (Russia); Registration Number 1022101269123 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNYI TSENTR NII MIKROPRIBOROV (a.k.a. AO NPTS NIIMP; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CENTER NII MICRODEVICES; a.k.a. JSC NPTS NIIMP), PR-KT Georgievskii D. 5, Str. 1, Kom. 63, Zelenograd 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735126901 (Russia); Registration Number 1037735024161 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO TEKHNICHESKII TSENTR VITIAZ (a.k.a. AO NTTS VITYAZ; a.k.a. JOINT STOCK COMPANY RESEARCH CENTRE VITYAZ), B-R Shchorsa D. 8, Korp. A, Bryansk 241022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 3233502337 (Russia); Registration Number 1093254005503 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO VNEDRENCHESKOE PREDPRIYATIE PROTEK (a.k.a. JOINT STOCK COMPANY RESEARCH AND IMPLEMENTATION ENTERPRISE PROTEK), Ul. Bazovaya D. 6, Voronezh 394028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3665017521 (Russia); Registration Number 1023601555097 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNOISLEDOVATELSKIY INSTITUT MOLEKULYARNOY ELEKTRONIKI (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-ISSLEDOVATELSKI INSTITUT MOLEKULYARNOI ELEKTRONIKI; a.k.a. JOINT STOCK COMPANY NIIME; a.k.a. MOLECULAR ELECTRONICS RESEARCH INSTITUTE, JOINT STOCK COMPANY; a.k.a. NAUCHNO ISSLEDOVATELSKI INSTITUT MOLEKULYARNOI ELEKTRONIKI AO; a.k.a. NIIME, AO), 1st Zapadny Proezd 12/1, Zelenograd 124460, Russia; d. 6 str. 1, ul. Akademika Valieva, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Sep 1964; Tax ID No. 7735579027 (Russia); Government Gazette Number 92611467 (Russia); Registration Number 1117746568829 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO-ISSLEDOVATELSKI INSTITUT MOLEKULYARNOI ELEKTRONIKI (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNOISLEDOVATELSKIY INSTITUT MOLEKULYARNOY ELEKTRONIKI; a.k.a. JOINT STOCK COMPANY NIIME; a.k.a. MOLECULAR ELECTRONICS RESEARCH INSTITUTE, JOINT STOCK COMPANY; a.k.a. NAUCHNO ISSLEDOVATELSKI INSTITUT MOLEKULYARNOI ELEKTRONIKI AO; a.k.a. NIIME, AO), 1st Zapadny Proezd 12/1, Zelenograd 124460, Russia; d. 6 str. 1, ul. Akademika Valieva, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Sep 1964; Tax ID No. 7735579027 (Russia); Government Gazette Number 92611467 (Russia); Registration Number 1117746568829 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNOISSLEDOVATELSKI MASHINOSTROITELNY INSTITUT IMENI V V BAKHIREVA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНОИССЛЕДОВАТЕЛЬСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ИНСТИТУТ ИМЕНИ В В БАХИРЕВА) (a.k.a. JOINT STOCK COMPANY MECHANICAL ENGINEERING RESEARCH INSTITUTE; a.k.a. NIMI IM V V BAKHIREVA AO; a.k.a. NIMI NAMED AFTER V V BAHIREV JSC), Sh. Leningradskoe D. 58, Moscow 125212, Russia;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743873015 (Russia); Registration Number 1127747236341 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO-ISSLEDOVATELSKOE PROEKTNO-TEKHNOLOGICHESKO BYURO ONEGA (a.k.a. JOINT STOCK COMPANY RESEARCH DESIGN AND TECHNOLOGICAL BUREAU ONEGA; a.k.a. JSC NAUCHNO-ISSLEDOVATELSKOYE PROYEKTNO-TEKHNOLOGICHESKOYE BYURO ONEGA (Cyrillic: АО НАУЧНО-ИССЛЕДОВАТЕЛЬСКОЕ ПРОЕКТНО-ТЕХНОЛОГИЧЕСКОЕ БЮРО ОНЕГА); a.k.a. JSC NIPTB ONEGA; a.k.a. ONEGA RESEARCH AND DEVELOPMENT TECHNOLOGICAL BUREAU), Mashinostoitelei Proezd, 12, Severodvinsk, Archangelsk region 164509, Russia; Website WWW.ONEGASTAR.RU; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jan 2008; Tax ID No. 2902057961 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

AKTSIONERNOE OBSHCHESTVO NAUCHNOPROIZVODSTVENNOE OBEDINENIE KURGANPRIBOR (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНОПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ КУРГАНПРИБОР) (a.k.a. AO NPO KURGANPRIBOR (Cyrillic: АО НПО КУРГАНПРИБОР); a.k.a. KURGANPRIBOR JSC), Ul. Yastrzhembskogo D. 41A, Kurgan 640007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4501129676 (Russia); Registration Number 1074501002839 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE OBYDINENIE MAGNETON (a.k.a. AO NPO MAGNETON; a.k.a. JSC RESEARCH AND PRODUCTION COMPANY MAGNETON), Ul. Kuibysheva D. 26, Vladimir 600035, Russia; Ul. Shchipok D. 18, Kom. 10, 10A, 10B, Floor 5, Moscow 115093, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3328100019 (Russia); Registration Number 1023301456364 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE ISTOK IMENI A. I.SHOKINA (a.k.a. AO NPP ISTOK IM. SHOKINA; a.k.a. ISTOK

RESEARCH AND PRODUCTION CORPORATION NAMED AFTER SHOKIN JSC; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. JSC RPC ISTOK NAMED AFTER SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER A.I. SHOKIN; a.k.a. RESEARCH AND PRODUCTION CORPORATION ISTOK), 2A Vokzalnaya Str., Fryazino, Moscow Region 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Dec 2013; Tax ID No. 5050108496 (Russia); Registration Number 1135050007400 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE KONTAKT (a.k.a. AO NPP KONTAKT; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE KONTAKT; a.k.a. JSC SPE KONTAKT; a.k.a. "NPP CONTACT"), 1, Ul. Spitsyna, Saratov, Saratovskaya Oblast 410086, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Dec 1991; Tax ID No. 6453097665 (Russia); Government Gazette Number 07619636 (Russia); Registration Number 1086453000567 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE PODVODNYKH TEKHNOLOGI OKEANOS (a.k.a. NPP PT OKEANOS, AO (Cyrillic: АО НПП ПТ ОКЕАНОС); a.k.a. OCEANOS JSC; f.k.a. OKEANOS, AO), d. 2 litera A pom. 1384, Bulvar Poeticheski, St. Petersburg 194295, Russia; 19/2 Esenina Street, St. Petersburg 194295, Russia; 16/2 A-H Engelsa Prospekt, St. Petersburg 195156, Russia; Website www.oceanos.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7801233338 (Russia); Government Gazette Number 13873675 (Russia); Registration

Number 1037800076610 (Russia) [CYBER2] (Linked To: FEDERAL SECURITY SERVICE).

AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNY KONTSERN BARL (a.k.a. AO NPK BARL; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CONCERN BARL), Murmanskii PR D 14, Moscow 129075, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jul 2004; Tax ID No. 7717513841 (Russia); Government Gazette Number 74062057 (Russia); Registration Number 1047796519220 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNY KONTSERN TEKHNOLOGII MASHINOSTROENIYA (a.k.a. JOINT STOCK COMPANY SCIENTIFIC INDUSTRIAL CONCERN MANUFACTURING ENGINEERING; a.k.a. JSC SPC TECHMASH; a.k.a. NPK TEKHMASH OAO; a.k.a. OJSC MACHINE ENGINEERING TECHNOLOGIES; a.k.a. SCIENTIFIC INDUSTRIAL CONCERN MANUFACTURING ENGINEERING OJSC), d. 58 str. 4 shosse Leningradskoe, Moscow 125212, Russia; Ul. Bolshaya Tatarskaya D. 35, Str. 5, Moscow 115184, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Apr 2011; Registration ID 1117746260477 (Russia); Tax ID No. 7743813961 (Russia); Government Gazette Number 91420386 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

AKTSIONERNOE OBSHCHESTVO NAVIS ELEKTRONIKA, ul. Kulneva, d. 3, str. 1, pom. III, kom. 14A, Moscow 121170, Russia; Dmitrovskoe shosse, d. 157, str. 8, Moscow 127411, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730702460 (Russia); Registration Number 1147746193891 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAVIS GRUPP, ul. Kulneva, d. 3, str. 1, pom. III, kom. 15, Moscow 121170, Russia; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Tax ID No. 7730671533 (Russia); Registration Number 1127746728670 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND PERVY PROMYSHLENNY ALYANS (a.k.a. AO NPF PERVYI PROMYSHLENNYI ALYANS; a.k.a. JOINT-STOCK COMPANY NON-GOVERNMENTAL PENSION FUND FIRST INDUSTRIAL ALLIANCE; a.k.a. NON-STATE PENSION FUND FIRST INDUSTRIAL ALLIANCE; a.k.a. NPF PERVY PROMYSHLENNY ALYANS AO), 2E, ul. Vishnevskogo Kazan, Tatarstan Resp. 420097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Mar 1999; Tax ID No. 1655319199 (Russia); Government Gazette Number 50607380 (Russia); Registration Number 1151600000210 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND (f.k.a. NEKOMMERCHESKAYA ORGANIZATSIYA NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND; a.k.a. NONPROFIT ORGANIZATION NON-STATE PENSION FUND VTB PENSION FUND; a.k.a. NON-STATE PENSION FUND VTB PENSION FUND, JSC; a.k.a. NPF VTB PENSION FUND JOINT STOCK COMPANY; a.k.a. NPF VTB PENSION FUND JSC; a.k.a. NPF VTB PENSIONNY FOND, AO), d. 43 str. 1 ul. Vorontsovskaya, Moscow 109147, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 1147799014692 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNYI PENSIONNYI FOND OTKRYTIE (a.k.a. AO NPF OTKRYTIE; a.k.a. NPF OTKRITIE GROUP (Cyrillic: ГРУППА НПФ ОТКРЫТИЕ)), ul. Timura Frunze, d. 11,

str. 13, Moscow 119021, Russia; ul. Gilyarovskogo, d. 39, str. 3, Moscow 129110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jun 2014; Tax ID No. 7704300571 (Russia); Registration Number 1147799009104 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

AKTSIONERNOE OBSHCHESTVO NEZAVISIMAYA REGISTRATORSKAYA KOMPANIYA R.O.S.T. (a.k.a. AO NRK ROST), Ul. Stromynka D. 18, Korp. 13, Moscow 107996, Russia; Ul. Stromynka D. 18, K. 5B, Pomeshch. IX, Moscow 107076, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7726030449 (Russia); Registration Number 1027739216757 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NIIKHIT (a.k.a. NAUCHNO ISSLEDOVATELSKI INSTITUT KHIMICHESKIKH ISTOCHNIKOV TOKA AKTSIONERNOE OBSHCHESTVO; a.k.a. NIIHIT 2 JOINT STOCK COMPANY; a.k.a. "NIIHIT"), Ul. Im. Ordzhonikidze GK D.11 A, Saratov 410015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6451118983 (Russia); Registration Number 1026402485636 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NIZHEGORODSKOE NAUCHNO PROIZVODSTVENNOE OBEDINENIE IMENI M V FRUNZE (a.k.a. AO NNPO IMENI M V FRUNZE; a.k.a. JOINT STOCK COMPANY NIZHNY NOVGOROD RESEARCH AND PRODUCTION ASSOCIATION NAMED AFTER MV FRUNZE; a.k.a. JSC NNRPA N A MV FRUNZE), 174, pr-kt Gagarina, GSP-299, Nizhny Novgorod 603950, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5261077695 (Russia); Registration Number 1115261005738 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NORILSK AVIA (a.k.a. NORILSK AVIA AO), d. 4A etazh 3, ul. Ordzhonikidze, Norilsk, Krasnoyarsk region 663319, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2457077334 (Russia); Registration Number 1142468039075 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NORILSKI GORNO METALLURGICHESKI KOMBINAT IM AP ZAVENYAGINA (a.k.a. AO NORILSK KOMBINAT; a.k.a. AO NORILSKII KOMBINAT; a.k.a. NORILSKI KOMBINAT AO), 2, pl. Gvardeiskaya, Norilsk, Krasnoyarsk region 663302, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2457009990 (Russia); Registration Number 1022401625003 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NOVOSIBIRSKII MEKHANICHESKII ZAVOD ISKRA (a.k.a. AO NMZ ISKRA; a.k.a. JOINT STOCK COMPANY NOVOSIBIRSK MECHANICAL PLANT ISKRA), Chekalina St., Building 8, Novosibirsk 630900, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5410039642 (Russia); Registration Number 1115476008890 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NOVOSIBIRSKII PATRONNYI ZAVOD (a.k.a. JOINT STOCK COMPANY NOVOSIBIRSK CARTRIDGE PLANT; a.k.a. "JSC NPZ"), Station Building St, Bldg. 30A, Office 307, Novosibirsk 630108, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5445115799 (Russia); Registration Number 1035404726246 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NOVOSIBIRSKII PRIBOROSTROITELNYI ZAVOD (a.k.a. JOINT STOCK COMPANY NOVOSIBIRSK INSTRUMENT MAKING PLANT; a.k.a. "AO NPZ"), Ul. Dusi Kovalchuk D. 179/2, Novosibirsk 630049, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5402534261 (Russia); Registration Number 1115476008889 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NPO LEPTON (a.k.a. AO NPO LEPTON; a.k.a. RESEARCH AND PRODUCTION ASSOCIATION LEPTON; a.k.a. RPA LEPTON), Al. Solnechnaya D. 6, Pomeshch. 6 Komnata 5, Zelenograd 124527, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735003138 (Russia); Registration Number 1037739124477 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NPO VYSOKOTOCHNYE KOMPLEKSY (a.k.a. HIGH PRECISION WEAPONS JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION; a.k.a. JSC NPO HIGH PRECISION SYSTEMS (Cyrillic: АО НПО ВЫСОКОТОЧНЫЕ КОМПЛЕКСЫ); a.k.a. JSC NPO VYSOKOTOCHNYE KOMPLEKSY; a.k.a. NPO VYSOKOTOCHNYE KOMPLEKSY, AO), 21 str. 1, bulvar Gogolevski, Moscow 119019, Russia; 7 Kievskaya Str., Moscow 121059, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Feb 2009; Registration ID 1097746068012 (Russia); Tax ID No. 7704721192 (Russia); Government Gazette Number 60390527 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

AKTSIONERNOE OBSHCHESTVO NPTS SPETSELEKTRONSISTEMY (a.k.a. AO NPTS SPETSELEKTRONSISTEMY), Volgogradskii Prospekt D. 42, K. 5, Moscow 109316, Russia; Ul. Begovaya D. 13, Podv. Pom. VI Komn 1, Moscow 125284, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714712091 (Russia); Registration Number 1077760360292 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO OBEDINENNAYA DVIGATELESTROITELNAYA KORPORATSIYA (a.k.a. JOINT STOCK COMPANY UNITED ENGINE CORPORATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОБЪЕДИНЕННАЯ ДВИГАТЕЛЕСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. UNITED ENGINE CORP JSC; a.k.a. "AO ODK" (Cyrillic: "АО ОДК")), 16, Budyonny Avenue, Moscow 105118, Russia; Per. Mayakovskogo D. 11, Moscow 109147, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 22 Nov 2007; Tax ID No. 7731644035 (Russia); Registration Number 1107746081717 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO OBEDINENNAYA INVESTITSIONNAYA GRUPPA (a.k.a. JOINT STOCK COMPANY

UNITED INVESTMENT GROUP), Nab. Pirogovskaya D. 21, Lit. A, Pom/Kom 8-N/4, OF 57, Saint Petersburg 195277, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jun 2019; Target Type Financial Institution; Tax ID No. 7802691764 (Russia); Registration Number 1197847134704 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO OBYEDINENNAYA UGOLNAYA KOMPANIYA YUZHKUZBASSUGOL (a.k.a. AO OUK IUZHKUZBASSUGOL; a.k.a. OUK YUZHKUZBASSUGOL AO; a.k.a. "AO OUK YKU"), PR-KT Kurako D. 33, Novokuznetsk 654006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4216008176 (Russia); Registration Number 1024201758030 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ODK PERMSKIE MOTORY (a.k.a. JSC UEC PERM ENGINES; a.k.a. JSC UEC PERM MOTORS; a.k.a. PERM ENGINE COMPANY; a.k.a. PERM MOTOR PLANT; a.k.a. PERM MOTOROSTROITEL PRODUCTION ASSOCIATION; a.k.a. UNITED ENGINE CORPORATION PERM ENGINES RESEARCH AND PRODUCTION COMPLEX; a.k.a. "AO ODK PM"), 93 Komsomolskii Pr-kt, Perm 614990, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5904007312 (Russia); Registration Number 1025900893864 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO OKTAVA (a.k.a. JOINT STOCK COMPANY OKTAVA; a.k.a. OKTAVA PLANT), D. 24 Kaminskogo ul., Tula 300000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7107033763 (Russia); Registration Number 1027100967740 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO OMUTNINSKI METALLURGICHESKI ZAVOD (a.k.a. JOINT STOCK COMPANY OMUTNINSK METALLURGICAL PLANT; a.k.a. "OMZ AO"), 2 Rus Kokovikhina, Omutninsk 612740, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Sep 2002; Tax ID No. 4322000130 (Russia); Government Gazette Number 00186329 (Russia); Registration Number 1024300962971 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO OPTIKO MEKHANICHESKOE KONSTRUKTORSKOE BIURO ASTRON (a.k.a. AO OKB ASTRON; a.k.a. ASTRON OPTO MECHANICAL DESIGN BUREAU), D. 1, Office 9 Ul. Parkovaya, Lytkarino 140080, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5027224977 (Russia); Registration Number 1155027001690 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO OPTIKO MEKHANICHESKOE KONSTRUKTORSKOE BYURO VALDAI (a.k.a. AO OKB VALDAI; a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESIGN AND TECHNOLOGICAL BUREAU VALDAY; a.k.a. OKB VALDAY), Pobedy St. 107, Bldg. 2, Valday 175400, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5302014601 (Russia); Registration Number 1175321001184 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO OPTRON, D. 53 k. 7 kabinet 37, ul. Shcherbakovskaya, Moscow 105187, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719019691 (Russia); Registration Number 1027700006751 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO OPYTNOE KONSTRUKTORSKOE BYURO EKSITON, ul. Internatsionalnaya d. 34-A, Pavlovskiy posad 142500, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5035025460 (Russia); Registration Number 1045007101105 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO OPYTNOE KONSTRUKTORSKOE BYURO FAKEL (a.k.a. AO OKB FAKEL; a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESIGN BUREAU FAKEL; a.k.a. JSC EDB FAKEL), Moskovskii PR D. 181, Kaliningrad 236001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 3906390669 (Russia); Government Gazette Number 44161069 (Russia); Registration Number 1203900004670 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ORDENA TRUDOVOGO KRASNOGO ZNAMENI NAUCHNOISSLEDOVATELSKII INSTITUT AVTOMATICHESKOI APPARATURY IM AKADEMIKA V S SEMENIKHINA (a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE FOR AUTOMATED APPARATUS NAMED AFTER ACADEMICIAN V S SEMENIKHIN; a.k.a. NIIAA NAMED AFTER ACADEMICIAN VS SEMENIKHIN FSUE; a.k.a. "AO NIIAA"), D. 78 Profsoyuznaya Ul., Moscow 117393, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7728795443 (Russia); Registration Number 1127746009500 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO OSOBAYA EKONOMICHESKAYA ZONA PROMYSHLENNO-PROIZVODSTVENNOGO TIPA ALABUGA (a.k.a. AO OEZ PPT ALABUGA (Cyrillic: АО ОЭЗ ППТ АЛАБУГА); a.k.a. JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОСОБАЯ ЭКОНОМИЧЕСКАЯ ЗОНА ПРОМЫШЛЕННО-ПРОИЗВОДСТВЕННОГО ТИПА АЛАБУГА)), ul. Sh-2 (Oez Alabuga Ter.) 4/1, Yelabuga, Tatarstan 423600, Russia (Cyrillic: ТЕРРИТОРИЯ ОЭЗ АЛАБУГА, УЛИЦА Ш-2, КОРПУС 4/1, Елабужский Район, Республика Татарстан 423600, Russia); Promploshchadka Alabuga, ul. Sh-2, Korp. 4/1, Yelabuga, Volga federal region, Republic of Tatarstan 423600, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 24 Jul 2006; Tax ID No. 1646019914 (Russia); Government Gazette Number 95427882 (Russia); Registration Number 1061674037259 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO OSOBOE KONSTRUKTORSKOE BYURO MOSKOVSKOGO ENERGETICHESKOGO INSTITUTA (a.k.a. JOINT STOCK COMPANY SPECIAL RESEARCH BUREAU OF MOSCOW POWER ENGINEERING INSTITUTE; a.k.a. "AO OKB MEI"; a.k.a. "JSC OKB MEI"), ul. Krasnokazarmennaya D. 14, Moscow 111250, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7722701431 (Russia); Government Gazette Number 02066983 (Russia); Registration Number 1097746729816 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO OTDELNOE KONSTRUKTORSKO TEKHNOLOGICHESKOE BIURO VEKTOR

(a.k.a. AO OKTB VEKTOR; a.k.a. JOINT STOCK COMPANY SEPARATELY CONSTRUCTOR TECHNOLOGIC OFFICE VEKTOR; a.k.a. OKTB VECTOR), D.4 Ul. Koroleva, Bataysk 346881, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6141032302 (Russia); Registration Number 1096181000585 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO OTKRYTIE BROKER (a.k.a. AO OTKRYTIE BROKER; a.k.a. OTKRITIE BROKER GROUP (Cyrillic: ГРУППА ОТКРЫТИЕ БРОКЕР)), ul. Letnikovskaya, d. 2, str. 4, Moscow 115114, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Dec 1995; Tax ID No. 7710170659 (Russia); Registration Number 1027739704772 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

AKTSIONERNOE OBSHCHESTVO PASIT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПАСИТ) (a.k.a. PASIT, AO), Avenue Leninsky, Building 30, Premise IA, Moscow 11934, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736185530 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO PERMSKI NAUCHNO-ISSLEDOVATELSKI TEKHNOLOGICHESKI INSTITUT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПЕРМСКИЙ НАУЧНО-ИССЛЬСКИЙ ТЕХНОЛОГИЧЕСКИЙ ИНСТИТУТ) (a.k.a. JSC PNITI; a.k.a. PERM SCIENTIFIC RESEARCH TECHNOLOGICAL INSTITUTE; f.k.a. PNITI PAO; a.k.a. PNITI, AO (Cyrillic: АО ПНИТИ)), Ul. Geroev Khasana D. 41, Perm 614990, Russia; D. 41 Korp. 1, Pm. A261, Ul. Geroev Khasana, Perm 614064, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5904000518 (Russia); Government Gazette Number 07501343 (Russia); Registration Number 1025900913390 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO PETROVSKII ELEKTROMEKHANICHESKII ZAVOD MOLOT (a.k.a. AO PEMZ MOLOT; a.k.a. PETROVSKY ELECTROMECHANICAL ZAVOD MOLOT), Ul. Gogolya D. 40, Petrovsk 412540, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Organization Established Date 27 Dec 1991; Tax ID No. 6444009038 (Russia); Registration Number 5067847016782 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

AKTSIONERNOE OBSHCHESTVO PLUTON, Ul. Nizhnyaya Syromyatnicheskaya D. 11, Moscow 105120, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7709093255 (Russia); Registration Number 1027739057356 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO POZITIV TEKNOLODZHIZ (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПОЗИТИВ ТЕКНОЛОДЖИЗ) (a.k.a. JSC POSITIVE TECHNOLOGIES; a.k.a. POZITIV TEKNOLODZHIZ, AO), d. 23A pom. V kom, 30, shosse Shchelkovskoe, Moscow 107241, Russia; Website www.ptsecurity.ru; alt. Website www.ptsecurity.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718668887 (Russia) [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024] (Linked To: FEDERAL SECURITY SERVICE).

AKTSIONERNOE OBSHCHESTVO PREPREG-SOVREMENNYE KOMPOZITSIONNYE MATERIALY (a.k.a. JOINT STOCK COMPANY PREPREG ADVANCED COMPOSITE MATERIALS; a.k.a. PREPREG SKM AO; f.k.a. PREPREG-SOVREMENNYE KOMPOZITSIONNYE MATERIALY AO), Volgogradskii Prospekt D. 43, Korp. 3, Moscow 109316, Russia; 42, Bld. 5, Vologradskiy Avenue, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 May 2009; Tax ID No. 7729632610 (Russia); Government Gazette Number 61664530 (Russia); Registration Number 1097746268234 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO PROEKTNO KONSTRUKTORSKOE BYURO RIO (a.k.a. AO PKB RIO), d. 19 k. 9 litera Zh, ul. Uralskaya, Saint Petersburg 199155, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805069865 (Russia); Registration Number 1027800540162 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO PROFESSIONALNYI REGISTRATSIONNYI TSENTR (a.k.a. AO PRTS), Balaklavskii Pr. D. 28, Str. V, Moscow 117452, Russia; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Target Type Financial Institution; Tax ID No. 3821010220 (Russia); Registration Number 1023802254574 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO PROIZVODSTVENNOE PREDPRIIATIE RADAR 2633 (a.k.a. AO RADAR 2633; a.k.a. JOINT STOCK COMPANY PRODUCTION ENTERPRISE RADAR 2633), 30 Smirnovskaya Street, Lyubertsy 140000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5027149374 (Russia); Registration Number 1095027005820 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO PROMTEKH IRKUTSK (a.k.a. JOINT STOCK COMPANY PROMTEKH IRKUTSK), Ul. Traktovaya D. 31, Irkutsk 664014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3810058501 (Russia); Registration Number 1153850024723 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO PROMTEKH KAZAN (a.k.a. JOINT STOCK COMPANY PROMTEKH KAZAN), Ul. Dementyeva D. 1, K. 206, Kazan 420127, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1661051599 (Russia); Registration Number 1161690188857 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO PROMYSHLENNYE TEKHNOLOGII (a.k.a. AO PROMTEKH; a.k.a. CLOSED JOINT STOCK COMPANY INDUSTRIAL TECHNOLOGIES), Pr-Kt Nauki D. 14, K. 5, Pomeshch. 7, Dubna 141984, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5024101198 (Russia); Registration Number 1085024625510 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO PROTON (a.k.a. AO PROTON; a.k.a. JSC PROTON), ul. Leskova 19, Orel 302040, Russia; Moscow, Russia; Saratov, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5753018359 (Russia); Registration Number 1025700827283 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO PROTON-ELEKTROTEKS (a.k.a. AO PROTON-ELEKTROTEKS; a.k.a. JSC PROTON-ELECTROTEX), ul. Leskova d. 19, pom. 27, of. 14, Orel 302040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5753020414 (Russia); Registration

Number 1025700825248 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO PYEZO, Ul. Buzheninova D. 16, Moscow 105023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718115603 (Russia); Registration Number 1027739447031 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO RAKETNO KOSMICHESKII TSENTR PROGRESS (a.k.a. AO RKTS PROGRESS; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION SPACE CENTRE PROGRESS; a.k.a. TSSKB PROGRESS), 18 Zemetsa ul., Samara 443009, Russia; 13 Marshala Nedelina ul., Tsiolkovskii, Russia; 10 Lesnaia ul., Mirnyi, Russia; 8 Konstruktora Guskova str. 2, Zelenograd, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6312139922 (Russia); Registration Number 1146312005344 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO RAU FARM (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАУ ФАРМ) (a.k.a. AO RAU FARM (Cyrillic: АО РАУ ФАРМ); a.k.a. JOINT STOCK COMPANY RAU PHARM; a.k.a. JSC RAW FARM), ul. Mnevniki, D. 3, K. 1, ET/KOM 1/12, Moscow 123308, Russia (Cyrillic: УЛИЦА МНЁВНИКИ, ДОМ 3, КОРПУС 1, ЭТ/КОМ 1/12, МОСКВА 123308, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Oct 1999; alt. Organization Established Date 27 Aug 2002; Tax ID No. 7701220889 (Iran); Government Gazette Number 51115868 (Iran); Business Registration Number 1027739119650 (Russia) [NPWMD] [RUSSIA-EO14024] (Linked To: 27TH SCIENTIFIC CENTER).

AKTSIONERNOE OBSHCHESTVO RAVENSTVO-SERVICE (a.k.a. AO RAVENSTVO-SERVICE; a.k.a. SC RAWENSTVO-SERVICE), Ul. Promyshlennaya D. 19, Saint Petersburg 198099, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Mar 1993; Tax ID No. 7805417618 (Russia); Registration Number 1079847012453 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

AKTSIONERNOE OBSHCHESTVO REGISTRATOR KAPITAL (a.k.a. AO REGISTRATOR KAPITAL), Per. Tramvainyi D. 15, KV. 101, Yekaterinburg 620041, Russia;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 6659035711 (Russia); Registration Number 1026602947414 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO REGISTRATSIONNAYA KOMPANIYA TSENTR INVEST (a.k.a. AO RK TSENTR INVEST; a.k.a. "CENTER INVEST"), Ul. Timiryazeva D. 7, Irkutsk 664003, Russia; Per. Mazhorov D. 14, Str. 7, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7726050935 (Russia); Registration Number 1026901729205 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO REMDIZEL (a.k.a. JOINT STOCK COMPANY REMDIZEL), 40 Menzelinskii Trakt, Naberezhnye Chelny 423800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1650004741 (Russia); Registration Number 1021602015050 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO REMONTNAIA BAZA PO REMONTU AVIATSIONNYKH PRIBOROV I AERODROMNOI TEKHNIKI (a.k.a. FL AO REMBAZA; a.k.a. JOINT STOCK COMPANY MAINTENANCE BASE OF AIRCRAFT INSTRUMENTS AND AERODROME EQUIPMENT; a.k.a. "AO REMBAZA"), D. 40 Ul. Titova, Balashov 412310, Russia; Nab. tarasa shevchenko d. 23 A, Moscow 121151, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6440020175 (Russia); Registration Number 1096440000425 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO REMVOORUZHENIE (a.k.a. AO REMVOORUZHENIE; a.k.a. JOINT STOCK COMPANY REMVOORUZHENIE), Ul. 4-ya tverskaya-yamskaya d. 20, str. 1, Moscow 125047, Russia; 22 Frunzenskaya Embankment, Building 2, Moscow 119160, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7704726257 (Russia); Registration Number 1097746264263 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO RIAZANSKII RADIOZAVOD (a.k.a. JOINT STOCK COMPANY RYAZAN RADIO PLANT), 11 ul. Lermontova, Ryazan 390023, Russia; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6231006875 (Russia); Registration Number 1026201260447 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ROSSIISKII EKSPORTNYI TSENTR (f.k.a. AO NATSIONALNY EKSPORTNY TSENTR; a.k.a. AO ROSSIISKII EKSPORTNYI TSENTR; a.k.a. AO ROSSISKI EKSPORTNY TSENTR; a.k.a. JSC RUSSIAN EXPORT CENTER), D. 12 etazh 13 pom. 1301, naberezhnaya Krasnopresnenskaya, Moscow 123610, Russia; Website exportcenter.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703376553 (Russia); Registration Number 1157746363994 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

AKTSIONERNOE OBSHCHESTVO RT LOGISTIKA (a.k.a. JOINT STOCK COMPANY RT LOGISTICS), 4 str. 1, pl Andronevskaia, Moscow 105120, Russia; Nab. sofiiskaya d. 22, str. 1, Moscow 119072, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7708697381 (Russia); Registration Number 1097746111528 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO RTS-KHOLDING (a.k.a. AO RTS-KHOLDING; a.k.a. RTS-HOLDING JOINT STOCK COMPANY; a.k.a. RTS-HOLDING JSC), Nab. Tarasa Shevchenko D. 23A, Ofisnoe Zd. Bashnya-2000, Moscow 121151, Russia; Website fintender.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7723825581 (Russia); Registration Number 1127746030411 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

AKTSIONERNOE OBSHCHESTVO RUSATOM INFRASTRUKTURNYE RESHENIIA (a.k.a. AKTSIONERNOE OBSHCHESTVO TSIFROVYE PLATFORMY RESHENIIA UMNOGO GORODA; a.k.a. AO TSIFROVYE PLATFORMY I RESHENIYA UMNOGO GORODA), 52 str. 2, nab. Ozerkovskaia, Moscow 115054, Russia; Ul. Bolshaya Ordynka D. 40, STR. 1, Moscow 119017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 1197746546282

(Russia); Registration Number 9706002422 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO RUSGAZDOBYCHA (a.k.a. "AO RGD"), Ul. Vereiskaya D. 29, Str. 134, BTS Vereiskaya Plaza 3, Floor 7, Moscow 121357, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7705529981 (Russia); Registration Number 1127747296918 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO RUST 95 (a.k.a. "AO RUST 95"), Ul. Severnaya D. 12, Kolpino 196655, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728120384 (Russia); Registration Number 1027700457443 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO RYAZANSKII ZAVOD METALLOKERAMICHESKIKH PRIBOROV (a.k.a. RYAZAN METAL CERAMICS INSTRUMENTATION PLANT JSC; a.k.a. RYAZAN PLANT OF METAL-CERAMIC DEVICES (Cyrillic: РЯЗАНСКИЙ ЗАВОД МЕТАЛЛОКЕРАМИЧЕСКИХ ПРИБОРОВ); a.k.a. "AO RZMKP"), 51B Novaya St., Ryazan 390027, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1964; Tax ID No. 6230006400 (Russia); Registration Number 1026201102377 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AKTSIONERNOE OBSHCHESTVO SAMOTLORNEFTEPROMKHIM (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САМОТЛОРНЕФТЕПРОМХИМ) (a.k.a. "AO SNPKH" (Cyrillic: "АО СНПХ")), Ul. Industrialnaya D. 95, Str. 1, Nizhnevartovsk 628600, Russia; Ul. Industrialnaya ZD. 95, Str. 1, Nizhnevartovsk 628616, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 8603118208 (Russia); Registration Number 1048600521408 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO SARANSKII PRIBOROSTROITELNYI ZAVOD (a.k.a. PUBLIC JOINT STOCK COMPANY SARANSK INSTRUMENT WORKS; a.k.a. "AO SPZ"; a.k.a. "PJSC SIW"; a.k.a. "SPZ PJSC"), 9 ul. Vasenko, Saransk 430030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1325003052 (Russia); Registration Number 1021301063464 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO SARATOVSKI RADIOPRIBORNYI ZAVOD (a.k.a. JSC SARATOVSKI RADIOPRIBORNYI ZAVOD; a.k.a. "AO SRZ"; a.k.a. "SRZ PAO"), PR-KT 50 Let Oktyabrya D. 108, Saratov 410040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1970; Tax ID No. 6453104288 (Russia); Registration Number 1096453002690 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

AKTSIONERNOE OBSHCHESTVO SEVASTOPOLSKIY MORSKOY BANK (a.k.a. AO SEVASTOPOLSKIY MORSKOY BANK; a.k.a. JOINT STOCK COMPANY SEVASTOPOLSKY MORSKOY BANK; a.k.a. JSC SEVASTOPOLSKY MORSKOY BANK), 18a Brestska Street, Sevastopol, Crimea 99001, Ukraine; 18/A Ulitsa Brestskaya, Sevastopol, Crimea 299001, Ukraine; SWIFT/BIC MORKUAUK; Website www.morskoybank.com; Email Address root@morskoybank.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149204013397 [UKRAINE-EO13685].

AKTSIONERNOE OBSHCHESTVO SG-DEVELOPMENT (f.k.a. GALS-DEVELOPMENT PAO; f.k.a. HAS-DEVELOPMENT JSC; f.k.a. JOINT STOCK COMPANY HALS-DEVELOPMENT; f.k.a. PUBLIC JOINT STOCK COMPANY HALS-DEVELOPMENT; f.k.a. PUBLIC JOINT STOCK COMPANY SG-DEVELOPMENT; a.k.a. SG-DEVELOPMENT, AO), d. 35 str. 1 Etazh 5, Pomeshch. I, Kom. 129, Prospekt Leningradski, Moscow 125284, Russia; Website www.hals-development.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jan 1994; Organization Type: Real estate activities on a fee or contract basis; Registration ID 1027739002510 (Russia); Tax ID No. 7706032060 (Russia); For more

information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

AKTSIONERNOE OBSHCHESTVO SHVABE (a.k.a. AO SHVABE; a.k.a. JOINT STOCK COMPANY SHVABE; f.k.a. SHVABE PAO), 176, Prospekt Mira, Moscow 129366, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Registration ID 1107746256727 (Russia); Tax ID No. 7717671799 (Russia); Government Gazette Number 07508641 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

AKTSIONERNOE OBSHCHESTVO SIBIRSKAYA UGOLNAYA ENERGETICHESKAYA KOMPANIYA (a.k.a. JSC SUEK), d. 53 str. 7, ul. Dubininskaya, Moscow 115054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7708129854 (Russia); Registration Number 1027700151380 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO SIBIRSKI NAUCHNO ISSLEDOVATELSKI INSTITUT GEOLOGII, GEOFIZIKI I MINERALNOGO SYRYA (a.k.a. SIBERIAN SCIENTIFIC RESEARCH INSTITUTE OF GEOLOGY GEOPHYSICS AND MINERAL RAW MATERIAL JOINT STOCK COMPANY; a.k.a. SNIIGGIMS AO; a.k.a. SNIIGGIMS JSC), Prospekt Krasny 67, Novosibirsk, Novosibirskaya Obl 630091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Jul 2015; Target Type State-Owned Enterprise; Tax ID No. 5406587935 (Russia); Government Gazette Number 01423607 (Russia); Registration Number 1155476074390 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO SINARA TRANSPORTNYE MASHINY (a.k.a. SINARA TRANSPORT MACHINES HOLDING), ul. Rozy Lyuksemburg D. 51, Yekaterinburg 620026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6672241304 (Russia); Registration Number 1076672030820 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO SITIBAIK (a.k.a. JOINT STOCK COMPANY CITYBIKE; a.k.a. SITIBAIK AO (Cyrillic: АО СИТИБАЙК)), Nab. Berezhkovskaya D. 20, Str. 9, Pomeshch. 1, Moscow 121059, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Nov 2012; Tax ID No. 7734691058 (Russia); Registration Number 1127747175160 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

AKTSIONERNOE OBSHCHESTVO SOEDINITEL (a.k.a. JOINT STOCK COMPANY SOEDINITEL), Sh. Turgoyakskoe D. 11/5, Miass 456313, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7415015198 (Russia); Registration Number 1027400875149 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO SOVKOMBANK STRAKHOVANIE (a.k.a. AO SOVKOMBANK STRAKHOVANIE; a.k.a. SOVCOMBANK INSURANCE JSC), Pr-Kt Moskovskii D.79a, Lit.A, Saint Petersburg 196084, Russia; Website kfins.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7812016906 (Russia); Registration Number 1027810229150 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

AKTSIONERNOE OBSHCHESTVO SOVMESTNOE TEKHNOLOGICHESKOE PREDPRIYATIE PERMSKII ZAVOD METALLOOBRABATYVAYUSHCHIKH TSENTROV (a.k.a. JOINT STOCK COMPANY TECHNOLOGICAL ENTERPRISE PERM PLANT OF METAL WORKING CENTERS; a.k.a. PERM FACTORY METAL CENTERS STP STOCK COMPANY; a.k.a. "AO STP PZMTS"; a.k.a. "PZMC"), 155 Promyshlennaya Street, Perm 614065, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5905951227 (Russia); Registration Number 1145958055870 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO SPETSIALIZIROVANNYI REGISTRATOR KOMPAS (a.k.a. AO SRK), PR-T Stroitelei D. 57, Novokuznetsk 654000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 4217027573 (Russia); Registration Number 1024201467510 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO SPETSIALIZIROVANNYI ZASTROISHCHIK IKS (a.k.a. IKS JOINT STOCK COMPANY; a.k.a. "AO SZ IKS"; a.k.a. "IKS JSC"), 33 Oktyabrskaya St., Nizhny Novgorod 603005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 5263023906 (Russia); Registration Number 1025203020424 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

AKTSIONERNOE OBSHCHESTVO SPETSIALNOE KONSTRUKTORSKOE BIURO TRANSPORTNOGOMASHINOSTROENIIA (a.k.a. AO SPETSMASH; a.k.a. JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF TRANSPORT MECHANICAL ENGINEERING; a.k.a. SPECMASH KB), 47 Stachek Ave., Korp 2, Saint Petersburg 198097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805019624 (Russia); Registration Number 1027802749061 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO SPETSIALNOE KONSTRUKTORSKOE BYURO KOTLOSTROENIYA (a.k.a. JSC THE SPECIAL BOILER DESIGN BUREAU; a.k.a. "AO SKBK"), Pr-kt Stachek D. 47, Lit. Ts, Kabinet 415, Saint Petersburg 198097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801064369 (Russia); Registration Number 1027800527347 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO SPETSIALNOE KONSTRUKTORSKOE BYURO VYCHISLITELNOI TEKHNIKI (a.k.a. "AO SKB VT"), Ul. Maksima Gorkogo D. 1, Pskov 180007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Dec 1991; Tax ID No. 6027075580 (Russia); Registration Number 1036000308937 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AKTSIONERNOE OBSHCHESTVO SPETSIALNOE PROEKTNO KONSTRUKTORSKOE BYURO SREDSTV UPRAVLENIYA (a.k.a. "AO SPKB SU"), Per. Vagzhanovskii D. 9, Tver 170100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Feb 1976; Tax ID No. 6950087667 (Russia); Registration Number 1086952019164 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AKTSIONERNOE OBSHCHESTVO SPETSTEKHNIKA (a.k.a. AO SPETSTEKHNIKA; a.k.a. JOINT STOCK COMPANY SPETSTECHNIKA), Ozernyi, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6907010883 (Russia); Registration Number 1096908000760 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO STALEPROMYSHLENNAYA KOMPANIYA (a.k.a. JOINT STOCK COMPANY STEEL INDUSTRIAL COMPANY; a.k.a. "AO SPK"; a.k.a. "JSC SPK"), Ul. Akademicheskaya D. 18, Yekaterinburg 620137, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6671197148 (Russia); Registration Number 1069671052868 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO STANKOMASHKOMPLEKS (a.k.a. JOINT STOCK COMPANY STANKOMASHKOMPLEKS; a.k.a. STANKOMACHCOMPLEX COMPANY), Ul. Akademika Tupoleva D. 124, Tver 170019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6901093347 (Russia); Registration Number 1056900216350 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO STRELA, ul. Internatsionalnaya D. 44, Suzemka 242190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3228002924 (Russia); Registration Number 1023202935755 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO STROMMASHINA SHCHIT (a.k.a. JOINT

STOCK COMPANY STROMMASHINA SHIELD), Ul. 22 Partsyezda D. 10A, Samara 443022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6318196490 (Russia); Registration Number 1116318008135 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO SURGUTINVESTNEFT (a.k.a. AO SURGUTINVESTNEFT), Ul. Entuziastov 52, Korp. 1, Surgut 628400, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 8602039063 (Russia); Registration Number 1028600588246 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO SVETLANA ROST (a.k.a. SVETLANA ROST JOINT STOCK COMPANY), d.27 Prospekt Engelsa, Saint Petersburg 194156, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Nov 2004; Tax ID No. 7802309269 (Russia); Registration Number 1047855125592 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TAIMYRSKAYA TOPLIVNAYA KOMPANIYA (a.k.a. JSC TAIMYR FUEL COMPANY; f.k.a. TAIMYRSKAYA TOPLIVNAYA KOMPANIYA AO; a.k.a. "JSC TTK"; a.k.a. "TTK AO"), 15, ul. Bograda, Krasnoyarsk, Krasnoyarsk region 660049, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2460047153 (Russia); Registration Number 1022401787418 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TAMBOVSKII ZAVOD OKTYABR (a.k.a. AO TZ OKTYABR; a.k.a. JSC TAMBOV PLANT OCTOBER; a.k.a. JSC TZ OCTOBER; a.k.a. TAMBOV PLANT OKTYABR JSC), Ul. Bastionnaya D. 1, Tambov 329028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6829014768 (Russia); Registration Number 1056882340173 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TASKOM (a.k.a. AO TASKOM; a.k.a. TACKOM), Ter. Severnaya Promyshlennaya Zona, Vladenie 6, Str. 1, Vorsino 249020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4025422770 (Russia); Registration Number 1094025002246 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TEKNIP ENERDZHIS RUS (a.k.a. JSC ENERGIES (Cyrillic: АО ЭНЕРДЖИС); f.k.a. TEKNIP RUS AO (Cyrillic: ТЕКНИП РУС АО)), d. 266 str. 1 pom. 8.1-N.152, 8 etazh, prospekt Ligovski, St. Petersburg 196006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810913731 (Russia); Registration Number 1027810258882 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TERRA TEKH (a.k.a. AO TERRA TEKH (Cyrillic: АО ТЕРРА ТЕХ); a.k.a. JOINT STOCK COMPANY TERRA TECH (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТЕРРА ТЕХ)), Ul. Aviamotornaya D. 53, Str. 1, Kom. 93, Moscow 111250, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Dec 2017; Target Type State-Owned Enterprise; Tax ID No. 7722429553 (Russia); Registration Number 5177746378431 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TESTPRIBOR (a.k.a. AO TESTPRIBOR; a.k.a. JSC TESTPRIBOR), ul. Planernaya d. 7A, Moscow 125480, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733627211 (Russia); Registration Number 1077761778423 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TIMER BANK (a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TIMER BANK (Cyrillic: ТИМЕР БАНК ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. TIMER BANK CO., LTD; a.k.a. TIMER BANK JOINT-STOCK COMPANY; a.k.a. TIMER BANK PAO (Cyrillic: ТИМЕР БАНК ПАО); a.k.a. TIMER BANK, AO), d. 23 str, 2, ul. Bakhrushina, Moscow 115054, Russia; 58, prospekt Ibragimova, Kazan, Tatarstan 420066, Russia; Bldg. 2, St. Bakhrushina, 23, Moscow 115054, Russia; SWIFT/BIC TIMERU2K; Website timerbank.ru; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 03 Oct 1991; Target Type Financial Institution; Tax ID No. 1653016689 (Russia); Government Gazette Number 09265705 (Russia); Legal Entity Number 2534006KGFLPAAXC1X76; Registration Number 1021600000146 (Russia) [DPRK3] [RUSSIA-EO14024] (Linked To: RUSSIAN FINANCIAL CORPORATION).

AKTSIONERNOE OBSHCHESTVO TORGOVO-FINANSOVAYA KOMPANIYA KAMAZ (a.k.a. JOINT-STOCK COMPANY TRADING-FINANCIAL COMPANY KAMAZ; a.k.a. JSC TFK KAMAZ; a.k.a. TFK KAMAZ AO; f.k.a. TORGOVO-FINANSOVAYA KOMPANIYA KAMAZ AO), Raion Avtomobilnogo Zavoda, ABK-421, Naberezhnyye Chelny 423800, Russia; 12, proezd Avtosborochny, Naberezhnye Chelny, Tatarstan Resp. 423800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Oct 1997; Tax ID No. 1653019048 (Russia); Government Gazette Number 47104250 (Russia); Registration Number 1021602019097 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

AKTSIONERNOE OBSHCHESTVO TORGOVYI DOM PROTON-ELEKTROTEKS (a.k.a. AO TD PROTON-ELEKTROTEKS; a.k.a. TRADING HOUSE PROTON-ELECTROTEX), ul. Leskova d. 19, pomeshchenie 27, office 14, Orel 302040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5753039510 (Russia); Registration Number 1065753010641 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TOZ METIZ, Ul. Sovetskaya 1A, pomeshch. 420, Tula 300041, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7107107736 (Russia); Registration Number 1157154016360 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TRANZAKTSII I RASCHETY, Proezd Lugovoi D. 9, K. 1, Pomeshch. 2/1, Moscow 109652, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 31 May 2024; Tax ID No. 9723231824 (Russia); Registration Number 1247700404907 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TSENTR EKSPLUATATSII OBEKTOV NAZEMNOI KOSMICHESKOI INFRASTRUKTURY (a.k.a. FEDERAL STATE UNITARY ENTERPRISE CENTER FOR OPERATION OF SPACE GROUND BASED INFRASTRUCTURE; a.k.a. FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE TSENTR EKSPLUATATSII OBEKTOV NAZEMNOI KOSMICHESKOI INFRASTRUKTURY; a.k.a. "AO TSENKI"; a.k.a. "FSUE TSENKI"), 42

Shchepkina Str., Moscow 129110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9702013720 (Russia); Registration Number 1207700033760 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TSENTR EKSPLUATATSIONNYKH USLUG (a.k.a. "OPERATIONAL SERVICES CENTRE"), Bulv Chistoprudnyi D 12, Korp 2, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9722010773 (Russia); Registration Number 1217700541850 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TSENTR PERSPEKTIVNYKH TEKHNOLOGI (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЦЕНТР ПЕРСПЕКТИВНЫХ ТЕХНОЛОГИЙ) (a.k.a. JOINT STOCK COMPANY PERSPECTIVE TECHNOLOGIES CENTER; a.k.a. "JSC CPT"; a.k.a. "TSPT AO" (Cyrillic: "АО ЦПТ")), Sh. Kashirskoe, D. 44, K. 2, Moscow 115409, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jul 1996; alt. Organization Established Date 22 Oct 2002; Tax ID No. 7724185856 (Russia); Government Gazette Number 42935911 (Russia); Registration Number 1027700343626 (Russia) [RUSSIA-EO14024] (Linked To: CJSC PERSPECTIVE TECHNOLOGIES AGENCY).

AKTSIONERNOE OBSHCHESTVO TSENTR TSIFROVYKH TEKHNOLOGII (a.k.a. CENTER OF DIGITAL TECHNOLOGIES), Ul. Pavlova 2 A, Kazan 420127, Russia; Ul. Dementyeva d. 1, Kazan 420036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1661042795 (Russia); Registration Number 1141690092367 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TSENTRALNOE KONSTRUKTORSKOE BYURO APPARATOSTROENIYA (a.k.a. CENTRAL DESIGN BUREAU OF APPARATUS ENGINEERING; a.k.a. "AO TSKBA"; a.k.a. "APPARATUS DEVELOPMENT JOINT STOCK COMPANY"; a.k.a. "JSC CDBAE"), 36, ul Demonstratsii, Tula 300034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7106002868 (Russia); Registration Number 1027100740941 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT SPETSIALNOGO MASHINOSTROENIIA (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTRALNYJ NAUCHNO LSSLEDOVATELSKIJ LNSTITUT SPETSIALNOGO MASH; a.k.a. CENTRAL RESEARCH INSTITUTE FOR SPECIAL MACHINERY; a.k.a. JOINT STOCK COMPANY CENTRAL SCIENTIFIC RESEARCH INSTITUTE FOR SPECIAL MACHINE BUILDING; a.k.a. "AO TSNIISM"; a.k.a. "CRISM JSC"), 34 Zavodskaya St., Khotkovo 141371, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5042003203 (Russia); Registration Number 1025005330646 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TSENTRALNYI NAUCHNO ISSLEDOVATELSKII RADIOTEKHNICHESKII INSTITUIMENI AKADEMIKA A I BERGA (a.k.a. AO TSNIRTI IM AKADEMIKA A I BERGA; a.k.a. CENTRAL RESEARCH RADIO ENGINEERING INSTITUTE NAMED AFTER ACADEMICIAN A I BERG; a.k.a. JOINT STOCK COMPANY TSNIRTI NAMED AFTER ACADEMICIAN A I BERG; a.k.a. "108 INSTITUTE"), 20 Nova Basmanna Street, Building 9, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701039940 (Russia); Registration Number 1167746458648 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TSENTRALNYJ NAUCHNO LSSLEDOVATELSKIJ LNSTITUT SPETSIALNOGO MASH (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT SPETSIALNOGO MASHINOSTROENIIA; a.k.a. CENTRAL RESEARCH INSTITUTE FOR SPECIAL MACHINERY; a.k.a. JOINT STOCK COMPANY CENTRAL SCIENTIFIC RESEARCH INSTITUTE FOR SPECIAL MACHINE BUILDING; a.k.a. "AO TSNIISM"; a.k.a. "CRISM JSC"), 34 Zavodskaya St., Khotkovo 141371, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5042003203 (Russia); Registration Number 1025005330646 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TSIFROVYE PLATFORMY RESHENIIA UMNOGO GORODA (a.k.a. AKTSIONERNOE OBSHCHESTVO RUSATOM INFRASTRUKTURNYE RESHENIIA; a.k.a. AO TSIFROVYE PLATFORMY I RESHENIYA UMNOGO GORODA), 52 str. 2, nab. Ozerkovskaia, Moscow 115054, Russia; Ul. Bolshaya Ordynka D. 40, STR. 1, Moscow 119017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 1197746546282 (Russia); Registration Number 9706002422 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TURAEVSKOE MASHINOSTROITELNOE KONSTRUKTORSKOE BYURO SOYUZ (a.k.a. AO TMKB SOYUZ; a.k.a. SOYUZ TURAEVO ENGINEERING DESIGN BUREAU JSC), Ter. Promzona Turaevo Str 10, Lytkarino 140080, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Aug 1964; Tax ID No. 5026000759 (Russia); Registration Number 1035004901700 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AKTSIONERNOE OBSHCHESTVO ULYANOVSKII PATRONNYI ZAVOD (a.k.a. JSC THE ULYANOVSK CARTRIDGE WORKS; a.k.a. ULNAMMO; a.k.a. "AO UPZ"), ul. Shoferov D. 1, Ulyanovsk 432007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7328500127 (Russia); Registration Number 1047301521520 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO UPRAVLENIE PERSPEKTIVNYKH TEKHNOLOGI (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УПРАВЛЕНИЕ ПЕРСПЕКТИВНЫХ ТЕХНОЛОГИЙ) (a.k.a. CJSC PERSPECTIVE TECHNOLOGIES AGENCY; a.k.a. "UPT AO" (Cyrillic: "АО УПТ")), Ul. Samokatnaya, D. 1, Str. 2, Moscow 111033, Russia; Website upt.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Dec 1994; alt. Organization Established Date 03 Sep 2002; Tax ID No. 7723022111 (Russia); Government Gazette Number 13152639 (Russia); Registration Number 1027739143717 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO UPRAVLENIE PO POVYSHENIYU NEFTEOTDACHI PLASTOV I KAPITALNOMU REMONTU SKVAZHIN (a.k.a. "AO UPNP I KRS"), Ul. Alma Atinskaya 125, Samara

443106, Russia; Zona Promyshlennaya D. 9 A, Svetloye 446368, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 6376000010 (Russia); Registration Number 1026303801809 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO UPRAVLENIE TRANSPORTNYKH PEREVOZOK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УПРАВЛЕНИЕ ТРАНСПОРТНЫХ ПЕРЕВОЗОК) (a.k.a. JSC TRANSPORT FREIGHT AGENCY; a.k.a. "UTP AO" (Cyrillic: "АО УТП")), Sh. Kashirskoe, D. 44, K. 2, Moscow 115409, Russia; Shosse Nizhnerostinskoye 28, Murmansk 183040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jul 1997; alt. Organization Established Date 29 Oct 2002; Tax ID No. 7723134190 (Russia); Identification Number IMO 5917661; Government Gazette Number 47260547 (Russia); Registration Number 1027700371742 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSISKOGO FONDA PRYAMYKH INVESTITSI (a.k.a. AKTSIONERNOYE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSIYSKOGO FONDA PRYAMYKH INVESTITSIY; a.k.a. JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УПРАВЛЯЮЩАЯ КОМПАНИЯ РОССИЙСКОГО ФОНДА ПРЯМЫХ ИНВЕСТИЦИЙ); f.k.a. LIMITED LIABILITY COMPANY MANAGEMENT COMPANY OF RDIF; f.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RFPI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РФПИ); a.k.a. "AO UK RFPI" (Cyrillic: "АО УК РФПИ"); a.k.a. "JSC MC RDIF"), Naberezhnaya Presnenskaya, Dom 8 Stroyeniye 1, Etaj 7, Moscow 123112, Russia (Cyrillic: Набережная Пресненская, Дом 8, Строение 1, Этаж 7, Москва 123112, Russia); Website www.rdif.ru; alt. Website www.investinrussia.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Apr 2017;

Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 7703425673 (Russia); Government Gazette Number 15110384 (Russia); Registration Number 1177746367017 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO URALELEKTROMED (a.k.a. JOINT STOCK COMPANY URALELEKTROMED; f.k.a. OPEN JOINT STOCK COMPANY URALELECTROMED; a.k.a. URALELEKTROMED AO; a.k.a. URALELEKTROMED JSC; a.k.a. URALELEKTROMED PUBLIC JOINT STOCK COMPANY), 1, Lenin Street, Lugovskoy 624091, Russia; 1, prospekt Uspenski Verkhnyaya Pyshma, Sverdlovsk region 624091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Dec 1992; Tax ID No. 6606003385 (Russia); Government Gazette Number 00194429 (Russia); Registration Number 1026600726657 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO URALSKAYA BOLSHEGRUZNAYA TEKHNIKA URALVAGONZAVOD (a.k.a. AO UBT URALVAGONZAVOD; a.k.a. JOINT STOCK COMPANY URAL HEAVY EQUIPMENT URALVAGONZAVOD; a.k.a. JOINT STOCK COMPANY URAL HEAVY LOAD TECHNIQUE URALVAGONZAVOD), Ul. Yunosti D. 10, Nizhniy Tagil 622018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6623009965 (Russia); Registration Number 1026601370267 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION CORPORATION URALVAGONZAVOD NAMED AFTER F E DZERZHINSKY).

AKTSIONERNOE OBSHCHESTVO URALSKI NAUCHNO-ISSLEDOVATELSKI INSTITUT KOMPOZITSIONNYKH MATERIALOV (a.k.a. JOINT STOCK COMPANY THE URALS SCIENTIFIC RESEARCH INSTITUTE OF COMPOSITE MATERIALS; a.k.a. UNIIKM AO; f.k.a. URALSKI NII KOMPOZITSIONNYKH MATERIALOV PAO), Ul. Novozvyaginskaya D. 57, Perm 614014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5906092190 (Russia); Government Gazette Number 07523132 (Russia);

Registration Number 1095906003490 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO URALSKI ZAVOD GRAZHDANSKOI AVIATSII (a.k.a. AO URAL CIVIL AVIATION FACTORY; a.k.a. JOINT STOCK COMPANY URALS WORKS OF CIVIL AVIATION; a.k.a. "UZGA AO"), Ul. Bakhchivandzhi 2G,, Ekaterinburg, Svedlovskaya Oblast 620025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Mar 1939; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 6664013640 (Russia); Government Gazette Number 01128452 (Russia); Registration Number 1026605766560 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO URALSKII NAUCHNO TEKHNOLOGICHESKII KOMPLEKS (a.k.a. JOINT STOCK COMPANY URAL SCIENTIFIC AND TECHNOLOGICAL COMPLEX; a.k.a. "AO UNTK"), Vostochnoe sh. 28a, Nizhny Tagil 622007, Russia; Ul. paradnaya d. 8, Saint Petersburg 191014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6667001522 (Russia); Registration Number 1026601368023 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO URALSKIY ZAVOD TRANSPORTNOGO MASHINOSTROENIYA (a.k.a. JSC URALTRANSMASH (Cyrillic: АО УРАЛТРАНСМАШ); a.k.a. THE URALS PLANT OF TRANSPORT ENGINEERING; a.k.a. URALS PLANT OF TRANSPORTATION MACHINERY JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УРАЛЬСКИЙ ЗАВОД ТРАНСПОРТНОГО МАШИНОСТРОЕНИЯ)), 29 Frontovykh Brigad St., Ekaterinburg, Sverdlovsk Region 620017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 May 2009; Tax ID No. 6659190900 (Russia); Business Registration Number 1096659005200 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO URALSKOE KONSTRUKTORSKOE BIURO TRANSPORTNOGO MASHINOSTROENIIA (a.k.a. JOINT STOCK COMPANY THE URAL DESIGN OFFICE OF TRANSPORT MECHANICAL ENGINEERING; a.k.a. JOINT STOCK COMPANY URAL DESIGN BUREAU OF TRANSPORT ENGINEERING; a.k.a. "AO UKBTM"), Vostochnye shosse 38, Nizhny Tagil

622007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6623049453 (Russia); Registration Number 1086623004380 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO VAD (a.k.a. AO, VAD; a.k.a. CJSC VAD; a.k.a. JOINT STOCK COMPANY VAD; a.k.a. JSC VAD; a.k.a. VAD, AO; a.k.a. ZAO VAD; a.k.a. "HIGH-QUALITY HIGHWAYS"), 133, ul. Chernyshevskogo, Vologda, Vologodskaya Obl 160019, Russia; 122 Grazhdanskiy Prospect, Suite 5, Liter A, St. Petersburg 195267, Russia; Website www.zaovad.com; Email Address office@zaovad.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037804006811 (Russia); Tax ID No. 7802059185 (Russia); Government Gazette Number 34390716 (Russia) [UKRAINE-EO13685].

AKTSIONERNOE OBSHCHESTVO VAKUUM.RU (a.k.a. JOINT STOCK COMPANY VAKUUM.RU (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВАКУУМ.РУ); a.k.a. JSC VACUUM.RU (Cyrillic: АО ВАКУУМ.РУ)), Proezd Savelkinskii D. 4, E 13, Pom. XXI K 4 Of 4G, Zelenograd 124482, Russia; Passage No. 4922, Building 4, Floor 1, Room 55, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 May 2019; Organization Type: Wholesale of other machinery and equipment; Target Type Private Company; Tax ID No. 7735183762 (Russia); Government Gazette Number 39727818 (Russia); Registration Number 1197746343772 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO VEB INFRASTRUKTURA (a.k.a. AO INFRAVEB; a.k.a. JSC INFRAVEB), ul. Mashi Poryvaevoi D. 7 str. V, Moscow 107078, Russia; ul. Vozdvizhenka D. 7/6, str. 1, et/pom/kom 3/II/7, Moscow 119019, Russia; Website vebinfra.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704133578 (Russia); Registration Number 1027739088410 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

AKTSIONERNOE OBSHCHESTVO VEDENIE REESTROV KOMPANII (a.k.a. AO VRK), Prosp. Lenina D. 28, Yekaterinburg 620014, Russia; Ul. Dobrolyubova D. 16, Floor 5, Yekaterinburg 620014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 6661049239 (Russia); Registration Number 1026605227923 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO VERKHNESALDINSKII ZAVOD KHIMICHESKIKH EMKOSTEI (a.k.a. JOINT STOCK COMPANY VERKHNYAYA SALDA CHEMICAL CONTAINER PLANT; a.k.a. "AO VZKHE"), 105 Molodezhny Poselok Street, Verkhnyaya Salda 624761, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6623136353 (Russia); Registration Number 1206600070918 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO VERKHNEUFALEISKII ZAVOD URALELEMENT (a.k.a. AO URALELEMENT; a.k.a. JSC VERHNEUFALEYSKY ZAVOD URALELEMENT), Ul. Dmitrieva D. 24, Verkhniy Ufaley 456800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 May 1992; Tax ID No. 7402006277 (Russia); Registration Number 1047401500046 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

AKTSIONERNOE OBSHCHESTVO VERTOLETY ROSSII (a.k.a. JOINT STOCK COMPANY RUSSIAN HELICOPTERS; a.k.a. JSC RUSSIAN HELICOPTERS; a.k.a. OPEN JOINT STOCK COMPANY RUSSIAN HELICOPTERS; a.k.a. RUSSIAN HELICOPTERS JOINT STOCK COMPANY; a.k.a. VERTOLETY ROSSII AO), Entrance 9, 12, Krasnopresnenskaya emb., Moscow 123610, Russia; 1, Ul. Bolshaya Pionerskaya, Moscow 115054, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1077746003334 (Russia); Tax ID No. 7731559044 (Russia); Government Gazette Number 98927243 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

AKTSIONERNOE OBSHCHESTVO VLADIMIRSKII ZAVOD PRETSIZIONNYKH SPLAVOV (a.k.a. AO VZPS; a.k.a. JSC VLADIMIR PLANT OF PRECISION ALLOYS), Ul Kuibysheva 26, Vladimir 600035, Russia; Per. Ozerkovskii D. 12, Pomeshch. I, Kom. 21, Moscow 115184, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3328459312 (Russia); Registration Number 1083328004044 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO VNIPIGAZDOBYCHA, 4, Sakko and Vantsetti Street, Saratov 410012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6455010081 (Russia); Registration Number 1026403670127 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO VOENTORG (a.k.a. JOINT STOCK COMPANY VOENTORG), 23 ul. Bolshaia Pirogovskaia, Moscow 119435, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704726183 (Russia); Registration Number 1097746264186 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO VSEROSSIISKII NAUCHNO ISSLEDOVATELSKII GEOLOGORAZVEDOCHNYI INSTITUT UGOLNYKH MESTOROZHDENII (a.k.a. VNIGRIUGOL AO), Prospekt Stachki ZD. 200/1, Rostov-on-Don 344090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6194001160 (Russia); Registration Number 1156196053353 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO VSEROSSISKI NEFTYANOI NAUCHNO ISSLEDOVATELSKI GEOLOGORAZVEDOCHNY INSTITUT (a.k.a. ALL RUSSIA PETROLEUM RESEARCH EXPLORATION INSTITUTE JOINT STOCK COMPANY; a.k.a. VNIGRI JSC; a.k.a. VNIGRI PAO), d. 20 k. 2 litera A pom. 208, ul. Fayansovaya, St. Petersburg 192019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Aug 2016; Target Type State-Owned Enterprise; Tax ID No. 7816334628 (Russia); Government Gazette Number 01423435 (Russia); Registration

Number 1167847310916 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO VTB DEVELOPMENT (a.k.a. AO VTB DEVELOPMENT (Cyrillic: АО ВТБ ДЕВЕЛОПМЕНТ); a.k.a. JOINT STOCK COMPANY VTB DEVELOPMENT; a.k.a. VTB DEVELOPMENT AO), Ul. B. Morskaya D. 30, Saint Petersburg 190000, Russia; d. 11 litera A kom 560, per. Degtyarny, St. Petersburg 191144, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Jul 2005; Organization Type: Non-specialized wholesale trade; Tax ID No. 7838327945 (Russia); Registration Number 1057811461091 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

AKTSIONERNOE OBSHCHESTVO ZAVOD ELEKON (a.k.a. ZAVOD ELECON), Ul. Korolenko D. 58, Kazan 420094, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1657032272 (Russia); Registration Number 1021603145541 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ZAVOD FIOLENT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЗАВОД ФИОЛЕНТ) (a.k.a. AO ZAVOD FIOLENT (Cyrillic: АО ЗАВОД ФИОЛЕНТ); a.k.a. JOINT STOCK COMPANY FIOLENT PLANT; a.k.a. JSC FIOLENT PLANT; a.k.a. ZAVOD FIOLENT, PAT), House 34/2, Kievskaya Street, Simferopol, Crimea 295017, Ukraine; Website www.phiolent.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102048745 (Russia); Registration Number 1149102099640 (Russia) [UKRAINE-EO13685].

AKTSIONERNOE OBSHCHESTVO ZAVOD KIROV ENERGOMASH (a.k.a. JOINT STOCK COMPANY KIROV ENERGOMASH PLANT), Pr-kt Stachek, 47 litera i, pomeshch. 2-n, Kabinet 401, Saint Petersburg 198097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7805060301 (Russia); Registration Number 1027802714444 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ZAVOD LUCH (a.k.a. JOINT STOCK COMPANY LUCH PLANT), 15 per. Sovetskii, Ostashkov 172735, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No.

6913005680 (Russia); Registration Number 1026901811881 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ZAVOD METALLOKERAMICHESKIKH MATERIALOV METMA (a.k.a. AO METMA; a.k.a. METMA METAL AND CERAMIC MATERIALS PLANT JSC), Ul. Krylova D. 53A, Yoshkar Ola 424007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1215055989 (Russia); Registration Number 1021200754266 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ZAVOD PROTON, PL. Shokina D. 1, STR. 6, Zelenograd 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735127119 (Russia); Registration Number 1037735024744 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ZAVOD REKOND, ul. Kurchatova d.10, Saint Petersburg 194223, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802005951 (Russia); Registration Number 1027801526070 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ZAVOD SELMASH, Ul. Shchorsa, D. 66, Kirov 610014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4345195478 (Russia); Registration Number 1074345039339 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OSCHEVSTVO GOLOVNOE PROIZVODSTVENNO-TEHNICHESKOE PREDPRIYATIE GRANIT (a.k.a. ALMAZ-ANTEY GPTP GRANITE; a.k.a. JSC GPTP GRANIT; a.k.a. JSC HEAD TECHNOLOGICAL ENTERPRISE GRANIT; a.k.a. LEADING PRODUCTION AND TECHNICAL ENTERPRISE GRANIT), 7 Molodogvardeyskaya Str., Moscow 121467, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Oct 2002; Tax ID No. 7731263174 (Russia); Registration Number 1027731005323 (Russia) [RUSSIA-EO14024].

AKTSIONERNOYE OBSHCHESTVO 179 SUDOREMONTNYY ZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 179 СУДОРЕМОНТНЫЙ ЗАВОД) (a.k.a. 179TH SHIP REPAIR PLANT JOINT STOCK COMPANY; a.k.a. 179TH SHIP REPAIR YARD JSC; a.k.a. "179 SRZ AO"), 1 Ulitsa Portovaya, Khabarovsk 680018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27

Oct 2008; Tax ID No. 2725078713 (Russia); Registration Number 1082722011680 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

AKTSIONERNOYE OBSHCHESTVO 30 SUDOREMONTNYY ZAVOD (a.k.a. 30TH SHIP REPAIR FACTORY JOINT STOCK COMPANY; a.k.a. "30 SRZ AO"), 23 Ulitsa Sudoremontnaya, Fokino 692890, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Dec 2010; Tax ID No. 2512304968 (Russia); Registration Number 1102503001083 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

AKTSIONERNOYE OBSHCHESTVO BANK SEVERNY MORSKOY PUT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО БАНК СЕВЕРНЫЙ МОРСКОЙ ПУТЬ) (a.k.a. AO SMP BANK (Cyrillic: АО СМП БАНК); a.k.a. SMP BANK; a.k.a. SMP BANK OPEN JOINT STOCK COMPANY; a.k.a. SMP BANK, AO), d. 71 k. 11, ul. Sadovnicheskaya Street, Moscow 115035, Russia; SWIFT/BIC SMBKRUMM; Website www.smpbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7750005482 (Russia); Government Gazette Number 56657657 (Russia); Registration Number 1097711000078 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

AKTSIONERNOYE OBSHCHESTVO B-KRIPTO (a.k.a. JOINT-STOCK COMPANY B-CRYPTO (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО Б-КРИПТО)), Ter. Skolkovo Innovatsionnogo Tsentra, B-R Bolshoi, D. 42, Str. 1, Pomeshch. #1160, Moscow 121205, Russia; Website https://www.b-crypto.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Oct 2022; Tax ID No. 9731101346 (Russia) [RUSSIA-EO14024].

AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДАЛЬНЕВОСТОЧНЫЙ ЦЕНТР

СУДОСТРОЕНИЯ И СУДОРЕМОНТА) (a.k.a. JSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. OJSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. "AO DTSSS" (Cyrillic: "АО ДЦСС"); a.k.a. "FESRC"; a.k.a. "FESRC JSC"; a.k.a. "JSC DCSS"; a.k.a. "JSC DTSSS"), 72 Svetlanskaya Ulitsa, Vladivostok, Primorsky Territory 690001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2536196045 (Russia); Government Gazette Number 80952329 (Russia); Registration Number 1072536016211 (Russia) [RUSSIA-EO14024].

AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY ZAVOD ZVEZDA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДАЛЬНЕВОСТОЧНЫЙ ЗАВОД ЗВЕЗДА) (a.k.a. FAR EASTERN PLANT ZVEZDA JOINT STOCK COMPANY; a.k.a. "DVZ ZVEZDA AO"; a.k.a. "FEP ZVEZA JSC"), 1 Ulitsa Stepana Lebedeva, Bolshoi Kamen 692801, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Nov 2008; Tax ID No. 2503026908 (Russia); Registration Number 1082503000931 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

AKTSIONERNOYE OBSHCHESTVO DUBNENSKIY MASHINOSTROITELNYY ZAVOD IMENI NP FODOROVA (a.k.a. DUBNA ENGINEERING PLANT; a.k.a. DUBNA MACHINE BUILDING PLANT; a.k.a. JOINT STOCK COMPANY DUBNENSKY MACHINE BUILDING PLANT NAMED AFTER NP FEDOROV), ul. Zhukovsky, d. 2, str. 1, Dubna, Moscow Region 141983, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010030050 (Russia); Registration Number 1045002200616 (Russia) [RUSSIA-EO14024].

AKTSIONERNOYE OBSHCHESTVO GOSUDARSTVENNAYA TRANSPORTNAYA LIZINGOVAYA KOMPANIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГОСУДАРСТВЕННАЯ ТРАНСПОРТНАЯ ЛИЗИНГОВАЯ КОМПАНИЯ) (a.k.a. GTLK AO (Cyrillic: АО ГТЛК); a.k.a. JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY; a.k.a. JSC GTLK; a.k.a. PJSC GTLK; a.k.a. PJSC STLC; a.k.a. PUBLIC JOINT STOCK COMPANY STATE TRANSPORT LEASING COMPANY), 31A Leningradsky prospekt, Bldg 1, Moscow 125284, Russia; ul. Respubliki, D. 73, Kom. 100, Salekhard, Yamalo-Nenets Autonomous Region 629008, Russia (Cyrillic: ул. Республики, д. 73, ком. 100, г. Салехард, Ямало-Ненецкий Автономный Округ 629008, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7720261827 (Russia); Government Gazette Number 57992197 (Russia); Registration Number 1027739407189 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AKTSIONERNOYE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOYE PREDPRIYATIYE SAPFIR (a.k.a. AO NPP SAPFIR; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE SAPFIR; a.k.a. RESEARCH AND PRODUCTION ENTERPRISE SAPFIR JOINT STOCK COMPANY; a.k.a. RPE SAPFIR JSC; a.k.a. RPE SAPFIR PJSC), 53 Shcherbakovskaya Str., Moscow 105318, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Sep 1993; Tax ID No. 7719007689 (Russia); Registration Number 1027700070661 (Russia) [RUSSIA-EO14024].

AKTSIONERNOYE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOYE PREDPRIYATIYE START IM. A.I. YASKINA (a.k.a. AO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE START IM. A.I. IASKINA; a.k.a. JSC START SCIENTIFIC AND PRODUCTION ENTERPRISE NAMED AFTER A.YASKIN; a.k.a. NPP START IM. A. I. YASKINA AO; a.k.a. OPEN JOINT STOCK COMPANY START SCIENTIFIC AND PRODUCTION ENTERPRISE NAMED AFTER A. YASKIN), 24 Pribaltiyskaya Str., Yekaterinburg, Sverdlovsk 620007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6662054224 (Russia) [RUSSIA-EO14024].

AKTSIONERNOYE OBSHCHESTVO SEVERO-VOSTOCHNYY REMONTNYY TSENTR (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СЕВЕРО-ВОСТОЧНЫЙ РЕМОНТНЫЙ ЦЕНТР) (a.k.a. NORTH-EASTERN SHIP REPAIR CENTER JOINT STOCK COMPANY; a.k.a. "SVRTS PAO"), 1 Ulitsa Vladivostokskaya, Vilyuchinsk 684090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Feb 2008; Tax ID No. 4102009338 (Russia); Registration Number 1084141000492 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

AKTSIONERNOYE OBSHCHESTVO TSENTR SUDOREMONTA DALZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЦЕНТР СУДОРЕМОНТА ДАЛЬЗАВОД) (a.k.a. DALZAVOD SHIP REPAIR CENTRE JOINT STOCK COMPANY; a.k.a. "TSSD AO"; a.k.a. "TSSD JSC"), 2 Dalzvodskaya Street, Vladivostok 690001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Nov 2008; Tax ID No. 2536210349 (Russia); Registration Number 1082536014120 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

AKTSIONERNOYE OBSHCHESTVO TSENTRALNOYE KONSTRUKTORSKOYE BYURO LAZURIT (Cyrillic: ЦЕНТРАЛЬНОЕ КОНСТРУКТОРСКОЕ БЮРО ЛАЗУРИТ) (a.k.a. AO TSKB LAZURIT; a.k.a. LAZURIT CENTRAL DESIGN BUREAU JOINT STOCK COMPANY), 57 Ulitsa Svobody, Nizhni Novgorod 603003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Feb 1994; Tax ID No. 5263000105 (Russia); Registration Number 1025204408910 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

AKTSIONERNOYE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSIYSKOGO FONDA PRYAMYKH INVESTITSIY (a.k.a. AKTSIONERNOE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSISKOGO FONDA PRYAMYKH INVESTITSI; a.k.a. JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УПРАВЛЯЮЩАЯ КОМПАНИЯ РОССИЙСКОГО ФОНДА ПРЯМЫХ ИНВЕСТИЦИЙ); f.k.a. LIMITED LIABILITY COMPANY MANAGEMENT COMPANY OF

RDIF; f.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RFPI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РФПИ); a.k.a. "AO UK RFPI" (Cyrillic: "АО УК РФПИ"); a.k.a. "JSC MC RDIF"), Naberezhnaya Presnenskaya, Dom 8 Stroyeniye 1, Etaj 7, Moscow 123112, Russia (Cyrillic: Набережная Пресненская, Дом 8, Строение 1, Этаж 7, Москва 123112, Russia); Website www.rdif.ru; alt. Website www.investinrussia.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Apr 2017; Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 7703425673 (Russia); Government Gazette Number 15110384 (Russia); Registration Number 1177746367017 (Russia) [RUSSIA-EO14024].

AKTSIONERNOYE OBSHCHESTVO VLADIVOSTOKSKOYE PREDPRIYATIE ELEKTRORADIOAVTIMATIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВЛАДИВОСТОКСКОЕ ПРЕДПРИЯТИЕ ЭЛЕКТРОРАДИОАВТОМАТИКА) (a.k.a. ELEKTRORADIOAVTOMATIKA VLADIVOSTOK ENTERPRISE JOINT STOCK COMPANY; a.k.a. VLADIVOSTOK ELECTRICAL COMPANY ERA JSC; a.k.a. "ERA AO"), 1 Ulitsa Pionerskaya, Vladivostok 690001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jul 2000; Tax ID No. 2504000733 (Russia); Registration Number 1022501275455 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

AKTSIONERNY BANK RUSSIAN FEDERATION (a.k.a. AB ROSSIYA, OAO; a.k.a. BANK ROSSIYA; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO AKTSIONERNY BANK ROSSIYA), 2 Liter A Pl. Rastrelli, Saint Petersburg 191124, Russia; SWIFT/BIC ROSYRU2P; Website www.abr.ru; Email Address bank@abr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027800000084 (Russia); Tax ID No. 7831000122 (Russia);

Government Gazette Number 09804148 (Russia) [UKRAINE-EO13661].

AKTSIONERNY KOMMERCHESKI BANK AK BARS PAO (a.k.a. AK BARS BANK; a.k.a. JOINT STOCK COMMERCIAL BANK AK BARS PUBLIC JOINT STOCK COMPANY), D. 1, ul. Dekabristov, Kazan 420066, Russia; SWIFT/BIC ARRSRU2K; Website www.akbars.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 26 Jul 2002; Target Type Financial Institution; Tax ID No. 1653001805 (Russia); Identification Number ZDFUFB.00000.LE.643 (Russia); Legal Entity Number 253400XEMNQ5WBPN5635; Registration Number 1021600000124 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AKTSIONERNY KOMMERCHESKI BANK BANK MOSKVY OTKRYTOE AKTSIONERNOE OBSHCHESTVO (f.k.a. BANK MOSKVY PAO; f.k.a. BANK OF MOSCOW; a.k.a. BM BANK AO; a.k.a. BM BANK JSC; a.k.a. BM BANK PUBLIC JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMMERCIAL BANK - BANK OF MOSCOW OPEN JOINT STOCK COMPANY; a.k.a. PAO BM BANK), 8/15 Korp. 3 ul. Rozhdestvenka, Moscow 107996, Russia; Bld 3 8/15, Rozhdestvenka St., Moscow 107996, Russia; SWIFT/BIC MOSWRUMM; BIK (RU) 044525219; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 1027700159497 (Russia); Government Gazette Number 29292940 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

AKTSIONERNY KOMMERCHESKI BANK MOSKOVSKI OBLASTNOI BANK OTKRYTOE AKTSIONERNOE OBSHCHESTVO (a.k.a. AKB MOSOBLBANK OAO; a.k.a. PAO MOSOBLBANK; a.k.a. PUBLIC JOINT STOCK COMPANY MOSCOW REGIONAL BANK), Ulitsa Semenovskaya B, D. 32, Str. 1, Moscow

107023, Russia; SWIFT/BIC MOBKRUMM; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: SMP BANK).

AKTSIONERNY KOMMERCHESKI BANK NOVIKOMBANK AKTSIONERNOE OBSHCHESTVO (a.k.a. AO AKB NOVIKOMBANK (Cyrillic: АО АКБ НОВИКОМБАНК); a.k.a. JOINT STOCK COMMERCIAL BANK NOVIKOMBANK (Cyrillic: АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК НОВИКОМБАНК АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. JOINT STOCK COMMERCIAL BANK NOVIKOMBANK JOINT STOCK COMPANY; f.k.a. NOVIKOMBANK AO; a.k.a. NOVIKOMBANK JCSB), bld.1,Polyanka Bolshaya str. 50/1, Moscow 119180, Russia (Cyrillic: ул. Полянка Большая, д. 50/1, стр. 1, Москва 119180, Russia); SWIFT/BIC CNOVRUMM; Website http://www.novikom.ru; BIK (RU) 044583162; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1993; Registration ID 1027739075891 (Russia); Tax ID No. 7706196340 (Russia); Government Gazette Number 17541272 (Russia); All offices worldwide. For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

AKTSIONEROE OBSHCHESTVO RNT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РНТ) (a.k.a. AO RUSSIAN HIGH TECHNOLOGIES (Cyrillic: АО РОССИЙСКИЕ НАУКОЕМКИЕ ТЕХНОЛОГИИ); a.k.a. CLOSED JOINT STOCK COMPANY RNT; a.k.a. "AO RNT" (Cyrillic: "АО РНТ"); a.k.a. "CJSC RNT"; a.k.a. "RNT COMPANY"; a.k.a. "ZAO RNT"), 6, ul. 2-Ya Ostankinskaya, Moscow 129515, Russia; Website www.rnt.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jun 1993; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7720010693 (Russia); Government Gazette Number 17917145 (Russia); Registration

Number 1027700248256 (Russia) [RUSSIA-EO14024].

AKVAMARIN LIMITED LIABILITY COMPANY (Cyrillic: АКВАМАРИН ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU AKVAMARIN; f.k.a. OPKHM OOO), d. 3A str. 6 etazh 1 pom. 2, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jan 2008; Tax ID No. 7715683541 (Russia); Government Gazette Number 84724217 (Russia); Registration Number 1087746081246 (Russia) [RUSSIA-EO14024].

AKWAN, Mochtar (a.k.a. ACHWAN, Mochammad; a.k.a. ACHWAN, Mochdar; a.k.a. ACHWAN, Mochtar; a.k.a. ACHWAN, Muhammad; a.k.a. AKHWAN, Mochtar; a.k.a. AKHWAN, Muhammad), Jalan Ir. H. Juanda 8/10, RT/RW 002/001, Jodipan, Blimbing, Malang, Indonesia; DOB 04 May 1948; alt. DOB 04 May 1946; POB Tulungagung, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3573010405480001 (Indonesia) (individual) [SDGT].

AL ADAL EXCHANGE, P.O. Box 56351, Dubai, United Arab Emirates; Nasr Square, Opposite Car Park Building, Shop No. 5, Dubai, United Arab Emirates; Naser Square, RPA Carpet Building, Shop No. 5, Deira, Dubai, United Arab Emirates; Al Souk Al Kbirr Street, Near Gargash Center, Deira, Dubai, United Arab Emirates; Dubai Chamber of Commerce Membership No. 172133 (United Arab Emirates) [SDNTK].

AL AGHA, Abu Obaida Khairi Hafiz (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

AL AGHA, Abu Ubaida Khairee Hafez (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

AL AGHA, Abuobaidah Kh H (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

AL AHMAR OILS SUPPLY AND DISTRIBUTION (Arabic: الأحمر لتموين والتوزيع الزيوت), Sanaa, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2008050146 (Yemen) [SDGT] (Linked To: AL AHMAR, Hamid Abdullah Hussein).

AL AHMAR TRADING GROUP (Arabic: مجموعة الأحمر التجارة) (a.k.a. AHMAR GROUP FOR TRADING; a.k.a. AL-AHMAR GROUP FOR TRADE), Sanaa, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Commercial Registry Number 960363 (Yemen) [SDGT] (Linked To: AL AHMAR, Hamid Abdullah Hussein).

AL AHMAR, Hamid A. H. (a.k.a. AHMAR, Hamid Abdullah; a.k.a. AHMAR, Hamid Abdullah Hussain; a.k.a. AL AHMAR, Hamid Abdullah Hussein (Arabic: حميد بن عبد الله الأحمر); a.k.a. AL-AHMAR, Hamid), Istanbul, Turkey; DOB 27 Dec 1967; alt. DOB 01 Jan 1967; POB Sanaa, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00030140 (Yemen) expires 09 Apr 2022; Identification Number 99727522148 (Turkey) (individual) [SDGT] (Linked To: HAMAS; Linked To: AL-QUDS INTERNATIONAL FOUNDATION).

AL AHMAR, Hamid Abdullah Hussein (Arabic: حميد بن عبد الله الأحمر) (a.k.a. AHMAR, Hamid Abdullah; a.k.a. AHMAR, Hamid Abdullah Hussain; a.k.a. AL AHMAR, Hamid A. H.; a.k.a. AL-AHMAR, Hamid), Istanbul, Turkey; DOB 27 Dec 1967; alt. DOB 01 Jan 1967; POB Sanaa, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00030140 (Yemen) expires 09 Apr 2022; Identification Number 99727522148 (Turkey) (individual) [SDGT] (Linked To: HAMAS; Linked To: AL-QUDS INTERNATIONAL FOUNDATION).

AL ALI AND AL HAMZA LLC (Arabic: شركة العلي والحمزة), Rural Damascus, Syria; Organization Established Date 15 Jan 2019; Organization Type: Wholesale of construction materials, hardware, plumbing and heating equipment and supplies [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

AL ALI, Al Haytham (a.k.a. AL-ALI, Al Haitham; a.k.a. ALI, Alhaitham Al), Slovakia; DOB 17 Mar 1972; nationality Slovakia; Gender Male; Passport BA4490378 (Slovakia) expires 13 Jan 2027 (individual) [BELARUS-EO14038] (Linked To: BLACK SHIELD COMPANY FOR GENERAL TRADING LLC).

AL AMAN CO KARGO (a.k.a. AL AMAN KARGO ITHALAT IHRACAT VE NAKLIYAT LIMITED SIRKETI), Ikitelli OSB Mah. Milas Cad., No: 29/5 Basaksehir, Istanbul, Turkey; Ordu Cd., Cihan Saray Is Merkezi, No. 71, Kat 6, No. 91, Laleli, Istanbul, Turkey; Cakmak Mah., Zafer Cd., No. 16/D, Sehitkamil, Gaziantep, Turkey; 11 Eylul Cd., No. 32, Yavus Selim, Bursa, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Organization Established Date 05 May 2014; Chamber of Commerce Number 919198 (Turkey); Business Registration Number 921643-0 (Turkey) [SDGT] (Linked To: ALALAMIYAH EXPRESS COMPANY FOR EXCHANGE AND REMITTANCE).

AL AMAN KARGO ITHALAT IHRACAT VE NAKLIYAT LIMITED SIRKETI (a.k.a. AL AMAN CO KARGO), Ikitelli OSB Mah. Milas Cad., No: 29/5 Basaksehir, Istanbul, Turkey; Ordu Cd., Cihan Saray Is Merkezi, No. 71, Kat 6, No. 91, Laleli, Istanbul, Turkey; Cakmak Mah., Zafer Cd., No. 16/D, Sehitkamil, Gaziantep, Turkey; 11 Eylul Cd., No. 32, Yavus Selim, Bursa, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 05 May 2014; Chamber of Commerce Number 919198 (Turkey); Business Registration Number 921643-0 (Turkey) [SDGT] (Linked To: ALALAMIYAH EXPRESS COMPANY FOR EXCHANGE AND REMITTANCE).

AL AMEEN TRUST (a.k.a. AL AMIN TRUST; a.k.a. AL AMIN WELFARE TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-MADINA TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. MAIMAR TRUST; a.k.a. MAYMAR TRUST; a.k.a. MEYMAR TRUST; a.k.a. MOMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

AL AMEEN, Mohamed Abdullah (a.k.a. AL AMIN, Mohammad; a.k.a. AL AMIN, Muhammad Abdallah; a.k.a. AL AMIN, Muhammed; a.k.a. AL-AMIN, Mohamad; a.k.a. ALAMIN, Mohamed; a.k.a. AL-AMIN, Muhammad 'Abdallah; a.k.a. AMINE, Mohamed Abdalla; a.k.a. EL AMINE, Muhammed), Yusif Mishkhas T: 3 Ibn Sina, Bayrut Marjayoun, Lebanon; Beirut, Lebanon; DOB 11 Jan 1975; POB El Mezraah, Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

AL AMIN TRUST (a.k.a. AL AMEEN TRUST; a.k.a. AL AMIN WELFARE TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-MADINA TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. MAIMAR TRUST; a.k.a. MAYMAR TRUST; a.k.a. MEYMAR TRUST; a.k.a. MOMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

AL AMIN WELFARE TRUST (a.k.a. AL AMEEN TRUST; a.k.a. AL AMIN TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-MADINA TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. MAIMAR TRUST; a.k.a. MAYMAR TRUST; a.k.a. MEYMAR TRUST; a.k.a.

MOMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

AL AMIN, Mohammad (a.k.a. AL AMEEN, Mohamed Abdullah; a.k.a. AL AMIN, Muhammad Abdallah; a.k.a. AL AMIN, Muhammed; a.k.a. AL-AMIN, Mohamad; a.k.a. ALAMIN, Mohamed; a.k.a. AL-AMIN, Muhammad 'Abdallah; a.k.a. AMINE, Mohamed Abdalla; a.k.a. EL AMINE, Muhammed), Yusif Mishkhas T: 3 Ibn Sina, Bayrut Marjayoun, Lebanon; Beirut, Lebanon; DOB 11 Jan 1975; POB El Mezraah, Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

AL AMIN, Muhammad Abdallah (a.k.a. AL AMEEN, Mohamed Abdullah; a.k.a. AL AMIN, Mohammad; a.k.a. AL AMIN, Muhammed; a.k.a. AL-AMIN, Mohamad; a.k.a. ALAMIN, Mohamed; a.k.a. AL-AMIN, Muhammad 'Abdallah; a.k.a. AMINE, Mohamed Abdalla; a.k.a. EL AMINE, Muhammed), Yusif Mishkhas T: 3 Ibn Sina, Bayrut Marjayoun, Lebanon; Beirut, Lebanon; DOB 11 Jan 1975; POB El Mezraah, Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

AL AMIN, Muhammed (a.k.a. AL AMEEN, Mohamed Abdullah; a.k.a. AL AMIN, Mohammad; a.k.a. AL AMIN, Muhammad Abdallah; a.k.a. AL-AMIN, Mohamad; a.k.a. ALAMIN, Mohamed; a.k.a. AL-AMIN, Muhammad 'Abdallah; a.k.a. AMINE, Mohamed Abdalla; a.k.a. EL AMINE, Muhammed), Yusif Mishkhas T: 3 Ibn Sina, Bayrut Marjayoun, Lebanon; Beirut, Lebanon; DOB 11 Jan 1975; POB El Mezraah, Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

AL AMIR CO. FOR ENGINEERING, CONSTRUCTION AND GENERAL TRADE SARL (a.k.a. AL' AMIR DIAB AND AYAD ENGINEERING AND CONSTRUCTION; a.k.a. AL' AMIR FOR CONSTRUCTING AND BUILDING; a.k.a. PRINCE ENGINEERING, CONSTRUCTION, AND GENERAL TRADING; a.k.a. "ALAMIR"; a.k.a. "AL-AMIR CO."; a.k.a. "AL-AMIR COMPANY"; a.k.a. "AL-AMIR PROJECT"), Alamir Center - 2nd Floor, Chiah, Beirut, Lebanon; Website www.alamir-lb.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 67796 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

AL' AMIR DIAB AND AYAD ENGINEERING AND CONSTRUCTION (a.k.a. AL AMIR CO. FOR ENGINEERING, CONSTRUCTION AND GENERAL TRADE SARL; a.k.a. AL' AMIR FOR CONSTRUCTING AND BUILDING; a.k.a. PRINCE ENGINEERING, CONSTRUCTION, AND GENERAL TRADING; a.k.a. "ALAMIR"; a.k.a. "AL-AMIR CO."; a.k.a. "AL-AMIR COMPANY"; a.k.a. "AL-AMIR PROJECT"), Alamir Center - 2nd Floor, Chiah, Beirut, Lebanon; Website www.alamir-lb.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 67796 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

AL AMIR ELECTRONICS (a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI

BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

AL' AMIR FOR CONSTRUCTING AND BUILDING (a.k.a. AL AMIR CO. FOR ENGINEERING, CONSTRUCTION AND GENERAL TRADE SARL; a.k.a. AL' AMIR DIAB AND AYAD ENGINEERING AND CONSTRUCTION; a.k.a. PRINCE ENGINEERING, CONSTRUCTION, AND GENERAL TRADING; a.k.a. "ALAMIR"; a.k.a. "AL-AMIR CO."; a.k.a. "AL-AMIR COMPANY"; a.k.a. "AL-AMIR PROJECT"), Alamir Center - 2nd Floor, Chiah, Beirut, Lebanon; Website www.alamir-lb.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 67796 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

AL AMLOOD TRADING LLC, Ali Rashid Lootah Building, Al Khaleej Street, Al Baraha Area, Dubai, United Arab Emirates; P.O. Box 3517, Dubai, United Arab Emirates; C.R. No. 79190 (United Arab Emirates) [SDNTK].

AL 'ANABI, Abu 'Ubaydah Yusuf (a.k.a. ABU OBEIDA, Youcef; a.k.a. ABU UBAYDAH, Yusuf;

a.k.a. AL-ANABI, Yusuf Abu-'Ubaydah; a.k.a. AL-ANNABI, Abou Obeida Youssef; a.k.a. AL-INABI, Abu-Ubaydah Yusuf; a.k.a. MABRAK, Yazid; a.k.a. MEBRAK, Yazid; a.k.a. YAZID, Mebrak; a.k.a. YAZID, Mibrak; a.k.a. YAZID, Yousif Abu Obayda; a.k.a. "ABOU YOUCEF"), Algeria; DOB 01 Jan 1969; POB Annaba, Algeria; citizen Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL ANCHOR SHIP MANAGEMENT FZE, Executive Office D1-323, Sheikh Rashid Bin Saeed Al Maktoum Street, Ajman Free Zone, PO Box 932, Ajman, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Identification Number IMO 6298746 [IRAN-EO13846].

AL ANSSARI, Ali Mohammed Ghulam Hussein (a.k.a. AL-ANSSARI, Ali Mohammed Glam Hussin; a.k.a. HUSAYN, Ali Mohammad Ghulam (Arabic: علي محمد غلام حسين); a.k.a. HUSSEIN, Ali Mohammed Glam), London, United Kingdom; Baghdad, Iraq; DOB 21 Dec 1982; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A18729548 (Iraq) expires 05 Jul 2029; alt. Passport A6108682 (Iraq) expires 04 May 2020; alt. Passport R0118838 (Dominica) expires 07 Dec 2026; alt. Passport A3938880 (Iraq) expires 23 Feb 2022 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL AQSA ASSISTANCE CHARITABLE COUNCIL (a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

AL ARDH AL JADIDA (a.k.a. AL-ARD AL-JADIDAH MONEY EXCHANGE COMPANY; a.k.a. AL-ARDH AL-JADEEDA EXCHANGE COMPANY; a.k.a. NEW LAND MONEY EXCHANGE COMPANY), Iraq; Hajin, Dayr az Zawr Province, Syria; Sanliurfa, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 9647807798905; alt. Phone Number 964805611259; alt. Phone Number 9647905886647 [SDGT].

AL ASHQAR, Abdullah Jihad (a.k.a. AL MAQDISI, Abu al Muhtasib; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, Abdallah; a.k.a. AL-'ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, 'Abdallah Jihad Musa; a.k.a. AL-ASHQAR, Abdullah; a.k.a. AL-ASHQAR, Abdullah Jihad; a.k.a. AL-MAQDISI, Abu-al-Muhtasib; a.k.a. AL-TAWHID, Muhandes; a.k.a. AL-TAWHID, Muhandis; a.k.a. ASHKAR, Abdallah; a.k.a. "ABU-HAJIR"; a.k.a. "AL MUHTASIB, Abu"), Region: Gaza; DOB 1986; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL ASIRI, Ahmad Hassan Mohammed (a.k.a. AL-ASIRI, Ahmed; a.k.a. AL-ASSIRI, Ahmed; a.k.a. ASSERI, Ahmed Hassan M.; a.k.a. ASSIRI, Ahmed), King Abdullah Rd., Ishbilyah, Riyadh, Saudi Arabia; DOB 15 Oct 1966; POB Tabok, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport D106103 (Saudi Arabia) expires 05 Oct 2021 (individual) [GLOMAG].

AL ASIRI, Ibrahim Hassan (a.k.a. AL-'ASIRI, Ibrahim; a.k.a. AL-'ASIRI, Ibrahim Hasan Tali; a.k.a. AL-ASIRI, Ibrahim Hassan Tali; a.k.a. 'ASIRI, Ibrahim Hasan Tali'A; a.k.a. ASSIRI, Ibrahim Hassan Tali; a.k.a. "ABOSSLAH"; a.k.a. "ABU SALEH"); DOB 19 Apr 1982; alt. DOB 18 Apr 1982; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F654645 issued 30 Apr 2005; National ID No. 1028745097 (Saudi Arabia); Member of al-Qa'ida in the Arabian Peninsula, is wanted by the Government of Saudi Arabia and Interpol has issued an Orange Notice: File no. 2009/52/OS/CCC (individual) [SDGT].

AL ASSAD, Bashar Hafez (a.k.a. AL-ASAD, Bashar; a.k.a. AL-ASSAD, Bashar (Arabic: بشار الأسد); a.k.a. ASSAD, Bashar), Damascus, Syria; DOB 11 Sep 1965; POB Damascus, Syria; nationality Syria; Gender Male; President of the Syrian Arab Republic (individual) [PAARSSR-EO13894].

AL ATAA ISLAMIC BANK FOR INVESTMENT AND FINANCE (a.k.a. AL ATTA ISLAMIC BANK FOR INVESTMENT AND FINANCE; a.k.a. AL BILAD ISLAMIC BANK; a.k.a. AL-ATAA ISLAMIC BANK; a.k.a. AL-ATTA ISLAMIC BANK; a.k.a. AL-ATTAA ISLAMIC BANK; a.k.a. AL-BILAD ISLAMIC BANK FOR INVESTMENT AND FINANCE P.S.C.), 37 Building El-Karadeh 909 Street 1 Near Al Hurea Square, Baghdad, Iraq; Al Masbah Branch, Baghdad Al Masbah Intersection, 929 Street 17 Bldg. 40, Previously the German Embassy, Baghdad, Iraq; Erbil Branch, Erbil Province, 60 Bldg 354/132, 45 Street, Erbil, Iraq; Al Mawarid Branch, Baghdad - Street 62 Neighboring the Department of Electricity, Baghdad, Iraq; Al Nasiryah Branch, Zi Kar Province El Saray, Bldg. 2/239 Janat Al Janoub Hotel Building, Nasiryah, Iraq; Al Basra Branch Al Basra, Manawy Pasha Corniche Street, Basra, Iraq; Al Sadr Branch, Jameela District - 8-22-512, Sadr City, Iraq; Al Jaderya Branch Baghdad, Al Jaderya - Versus Baghdad University, 906 Street 28 - Dar 3, Baghdad, Iraq; Karbala Branch Karbala, Al Dareeba Intersection, Karbala, Iraq; Al Najaf Branch, Al Najaf Al Ashraf, Al Amir District - Al Koufa Street, Najaf, Iraq; Zakho Branch Dahook, Zakho - Ibrahim Al Khaleel Street, Baydar Boulevard, Zakho, Iraq; Al Mansour Branch Baghdad, Al Mansour-12-G 605-M-Bldg, Baghdad, Iraq; Babel Branch Babel, Kalaj - Al Honood Branch, Babel, Iraq;

Beirut Branch Lebanon, Beirut - Hamra Street, Broadway Center - Versus Costa Caf, Lebanon, Beirut, Lebanon; SWIFT/BIC AIIFIQBA; Website www.Bilad-Bank.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Branches Worldwide [SDGT] [IRGC] [IFSR] (Linked To: KAREEM, Aras Habib).

AL ATHARI, Khaled (a.k.a. ALODHARI, Khaled Yahya Rageh; a.k.a. AL-'UDARI, Khalid (Arabic: خالد العذري)), Yemen; DOB 01 Jan 1976; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 08213902 (Yemen) expires 30 Dec 2024 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL ATHMAAR, Moonlight Valley, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 May 2017; Registration Number P-0057/2017 (Maldives) [SDGT] (Linked To: SHAMIL, Hussain; Linked To: SHAFIU, Ali).

AL ATTA ISLAMIC BANK FOR INVESTMENT AND FINANCE (a.k.a. AL ATAA ISLAMIC BANK FOR INVESTMENT AND FINANCE; a.k.a. AL BILAD ISLAMIC BANK; a.k.a. AL-ATAA ISLAMIC BANK; a.k.a. AL-ATTA ISLAMIC BANK; a.k.a. AL-ATTAA ISLAMIC BANK; a.k.a. AL-BILAD ISLAMIC BANK FOR INVESTMENT AND FINANCE P.S.C.), 37 Building El-Karadeh 909 Street 1 Near Al Hurea Square, Baghdad, Iraq; Al Masbah Branch, Baghdad Al Masbah Intersection, 929 Street 17 Bldg. 40, Previously the German Embassy, Baghdad, Iraq; Erbil Branch, Erbil Province, 60 Bldg 354/132, 45 Street, Erbil, Iraq; Al Mawarid Branch, Baghdad - Street 62 Neighboring the Department of Electricity, Baghdad, Iraq; Al Nasiryah Branch, Zi Kar Province El Saray, Bldg. 2/239 Janat Al Janoub Hotel Building, Nasiryah, Iraq; Al Basra Branch Al Basra, Manawy Pasha Corniche Street, Basra, Iraq; Al Sadr Branch, Jameela District - 8-22-512, Sadr City, Iraq; Al Jaderya Branch Baghdad, Al Jaderya - Versus Baghdad University, 906 Street 28 - Dar 3, Baghdad, Iraq; Karbala Branch Karbala, Al Dareeba Intersection, Karbala, Iraq; Al Najaf Branch, Al Najaf Al Ashraf, Al Amir District - Al Koufa Street, Najaf, Iraq; Zakho Branch Dahook, Zakho - Ibrahim Al Khaleel Street, Baydar Boulevard, Zakho, Iraq; Al Mansour Branch Baghdad, Al Mansour-12-G 605-M-Bldg, Baghdad, Iraq; Babel Branch Babel, Kalaj - Al Honood Branch, Babel, Iraq; Beirut Branch Lebanon, Beirut - Hamra Street, Broadway Center - Versus Costa Caf, Lebanon, Beirut, Lebanon; SWIFT/BIC AIIFIQBA; Website www.Bilad-Bank.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Branches Worldwide [SDGT] [IRGC] [IFSR] (Linked To: KAREEM, Aras Habib).

AL BADANI, Shawqi Ali Ahmad Muhammad (a.k.a. AL-BAADANI, Shawqi Ali Ahmad; a.k.a. AL-BADANI, Shawki Ali Ahmed; a.k.a. AL-BA'DANI, Shawqi Ali Ahmad), Yemen; DOB 01 Jan 1981; alt. DOB 01 Jan 1982; POB Sana, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL BAGHDADI, Ali Al-Mahmoudi (a.k.a. MAHMUDI, Baghdadi); DOB 1950; POB Al Jamil, Libya; Prime Minister (individual) [LIBYA2].

AL BAIDHANI, Ali Meften Khafeef (Arabic: علي مفتن خفيف البيضائي) (a.k.a. ALBAIDHANI, Ali Meften; a.k.a. KHAFIF, Ali Muftin), Baghdad, Iraq; DOB 08 Oct 1964; POB Baghdad, Iraq; nationality Iraq; alt. nationality Saint Kitts and Nevis; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RE0087198 (Saint Kitts and Nevis); alt. Passport A13403695 (Iraq) expires 13 May 2026; alt. Passport A9433259 (Iraq) expires 28 Feb 2023; alt. Passport D1026416 (Iraq) expires 15 Dec 2025; National ID No. 196419514244 (Iraq) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL BAIDHANI, Aqeel (a.k.a. AL BAIDHANI, Aqeel Meften Khafeef (Arabic: عقيل مفتن خفيف البيضائي); a.k.a. ALBAIDHANI, Aqeel; a.k.a. AL-BAYDANI, Aqeel Mftine Kheef; a.k.a. KHFEEF, Aqeil Mftine), Baghdad, Iraq; DOB 14 Feb 1979; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A10904401 (Iraq) expires 05 Feb 2024; alt. Passport D1024435 (Iraq) expires 18 Jan 2025; alt. Passport A16949890 (Iraq) expires 20 Oct 2027; alt. Passport B12992004 (Iraq) expires 03 Apr 2032; National ID No. 01953961 (Iraq); alt. National ID No. 1979652754854 (Iraq) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL BAIDHANI, Aqeel Meften Khafeef (Arabic: عقيل مفتن خفيف البيضائي) (a.k.a. AL BAIDHANI, Aqeel; a.k.a. ALBAIDHANI, Aqeel; a.k.a. AL-BAYDANI, Aqeel Mftine Khfeef; a.k.a. KHFEEF, Aqeil Mftine), Baghdad, Iraq; DOB 14 Feb 1979; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A10904401 (Iraq) expires 05 Feb 2024; alt. Passport D1024435 (Iraq) expires 18 Jan 2025; alt. Passport A16949890 (Iraq) expires 20 Oct 2027; alt. Passport B12992004 (Iraq) expires 03 Apr 2032; National ID No. 01953961 (Iraq); alt. National ID No. 1979652754854 (Iraq) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL BANAI, A Moayied Rida H (a.k.a. AL-BANAI, Abd al-Muayyid; a.k.a. AL-BANAI, 'Abd al-Muwid Rada Hasn; a.k.a. AL-BANAI, Abd-al-Mu'ayyid Ridha Hassan), Qatar; DOB 1959; POB Qatar; nationality Qatar; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 265643 (Qatar) (individual) [SDGT] (Linked To: HIZBALLAH).

AL BANAI, Ali Reda Hassan (Arabic: علي رضا حسن البناى) (a.k.a. AL-BANAI, Ali Reda H; a.k.a. AL-BANAI, 'Ali Ridha' Hasan; a.k.a. ALBANAI, 'Ali Ridha Hassan; a.k.a. AL-BANAI, 'Ali Ridha Hassan; a.k.a. AL-BANAY, Ali Ridha; a.k.a. AL-BANI, Ali Reda H; a.k.a. AL-BANNAY, 'Ali Ridha Hassan), Al Hilal Area, Ibn Abad Street, District 41, Villa Number 7, P.O. Box 1676, Doha, Qatar; 25 Highfield Drive, Ickenham, Uxbridge UB10 8AW, United Kingdom; DOB 28 Mar 1975; nationality Qatar; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01226090 (Qatar) expires 09 Jun 2020; alt. Passport 00968564 (Qatar) expires 07 Mar 2016; National ID No. 27563400027 (Qatar) expires 12 Mar 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

AL BANAI, Sulaiman Abdulkaliq (a.k.a. AL-BANAI, Sulaiman; a.k.a. AL-BANAI, Sulayman

'Abd-al-Khaliq; a.k.a. AL-BANI, Sulaiman Abdulkhaliq RH (Arabic: سليمان عبد الخالق رضا البناي حسن)), Qatar; DOB 16 Feb 1979; nationality Qatar; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01072130 (Qatar) expires 27 Nov 2017; Identification Number 27963401809 (Qatar); alt. Identification Number Y4431029R (Spain) (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

AL BASERI, Abu Mahdi (a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL BATHALI, Mubarak Mishkhis Sanad (a.k.a. AL-BADHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BATHALI, Mubarak; a.k.a. AL-BATHALI, Mubarak Mishkhas Sanad; a.k.a. AL-BATHALI, Mubarak Mushakhas Sanad; a.k.a. AL-BAZALI, Mubarak Mishkhas Sanad; a.k.a. AL-BTHALY, Mobarak Meshkhas Sanad); DOB 01 Oct 1961; citizen Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 101856740 (Kuwait) (individual) [SDGT].

AL BEHADILI, Mohammed Saeed Odhafa (Arabic: محمد سعيد عذافه البهادلي) (a.k.a. ADHAFAH, Muhammad Said; a.k.a. AL-BAHADILI, Muhammad Sa'id 'Adhafah; a.k.a. ALBEHADILI, Mohammed Saeed Othafa; a.k.a. "SAEED, Mohammed"), Iraq; DOB 04 Mar 1970; nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A3347475 (Iraq) (individual) [SDGT] [IFSR] (Linked To: AL KHAMAEL MARITIME SERVICES).

AL BILAD ISLAMIC BANK (a.k.a. AL ATAA ISLAMIC BANK FOR INVESTMENT AND FINANCE; a.k.a. AL ATTA ISLAMIC BANK FOR INVESTMENT AND FINANCE; a.k.a. AL-ATAA ISLAMIC BANK; a.k.a. AL-ATTA ISLAMIC BANK; a.k.a. AL-ATTAA ISLAMIC BANK; a.k.a. AL-BILAD ISLAMIC BANK FOR INVESTMENT AND FINANCE P.S.C.), 37 Building El-Karadeh 909 Street 1 Near Al Hurea Square, Baghdad, Iraq; Al Masbah Branch, Baghdad Al Masbah Intersection, 929 Street 17 Bldg. 40, Previously the German Embassy, Baghdad, Iraq; Erbil Branch, Erbil Province, 60 Bldg 354/132, 45 Street, Erbil, Iraq; Al Mawarid Branch, Baghdad - Street 62 Neighboring the Department of Electricity, Baghdad, Iraq; Al Nasiryah Branch, Zi Kar Province El Saray, Bldg. 2/239 Janat Al Janoub Hotel Building, Nasiryah, Iraq; Al Basra Branch Al Basra, Manawy Pasha Corniche Street, Basra, Iraq; Al Sadr Branch, Jameela District - 8-22-512, Sadr City, Iraq; Al Jaderya Branch Baghdad, Al Jaderya - Versus Baghdad University, 906 Street 28 - Dar 3, Baghdad, Iraq; Karbala Branch Karbala, Al Dareeba Intersection, Karbala, Iraq; Al Najaf Branch, Al Najaf Al Ashraf, Al Amir District - Al Koufa Street, Najaf, Iraq; Zakho Branch Dahook, Zakho - Ibrahim Al Khaleel Street, Baydar Boulevard, Zakho, Iraq; Al Mansour Branch Baghdad, Al Mansour-12-G 605-M-Bldg, Baghdad, Iraq; Babel Branch Babel, Kalaj - Al Honood Branch, Babel, Iraq; Beirut Branch Lebanon, Beirut - Hamra Street, Broadway Center - Versus Costa Caf, Lebanon, Beirut, Lebanon; SWIFT/BIC AIIFIQBA; Website www.Bilad-Bank.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Branches Worldwide [SDGT] [IRGC] [IFSR] (Linked To: KAREEM, Aras Habib).

AL BINALI, Mohammed Isa Yousif Saqar (a.k.a. AL-BINALI, Mohamed Isa; a.k.a. ALBINALI, Mohammad Isa; a.k.a. AL-BINALI, Mohammed; a.k.a. AL-BINALI, Mohammed Isa; a.k.a. "Abu Al Silmi"; a.k.a. "Abu Isa Al Salmi"; a.k.a. "Abu Issa Al-Selmy"); DOB 09 Mar 1991; POB Manama, Bahrain; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL BINALI, Turki Mubarak Abdullah (a.k.a. AL-BENALI, Turki; a.k.a. AL-BIN'ALI, Turki; a.k.a. AL-BIN'ALI, Turki Mubarak; a.k.a. AL-BINALI, Turki Mubarak Abdullah Ahmad; a.k.a. "ABU DERGHAM"; a.k.a. "AL-ATHARI, Abu Human"; a.k.a. "AL-ATHARI, Abu Human Bakr ibn 'Abd al-'Aziz"; a.k.a. "AL-ATHARI, Abu-Bakr"; a.k.a. "AL-BAHRAYNI, Abu Hudhayfa"; a.k.a. "AL-MUDARI, Abu Khuzayma"; a.k.a. "AL-SALAFI, Abu Hazm"; a.k.a. "AL-SULAMI, Abu Sufyan"); DOB 03 Sep 1984; POB Al Muharraq, Bahrain; nationality Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2231616 (Bahrain) issued 02 Jan 2013 expires 02 Jan 2023; alt. Passport 1272611 (Bahrain) issued 01 Apr 2003; Identification Number 840901356 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL BIR AL DAWALIA (a.k.a. BENEVOLENCE INTERNATIONAL FOUNDATION; a.k.a. BIF-USA; a.k.a. MEZHDUNARODNYJ BLAGOTVORITEL'NYJ FOND; a.k.a. "BIF"), Bashir Safar Ugli 69, Baku, Azerbaijan; 69 Boshir Safaroglu St., Baku, Azerbaijan; Sarajevo, Bosnia and Herzegovina; Zenica, Bosnia and Herzegovina; 3 King Street, South Waterloo, Ontario N2J 3Z6, Canada; P.O. Box 1508 Station B, Mississauga, Ontario L4Y 4G2, Canada; 2465 Cawthra Rd., #203, Mississauga, Ontario L5A 3P2, Canada; Ottawa, Canada; Grozny, Chechnya, Russia; 91 Paihonggou, Lanzhou, Gansu, China; Hrvatov 30, 41000, Zagreb, Croatia; Makhachkala, Daghestan, Russia; Duisi, Georgia; Tbilisi, Georgia; Nazran, Ingushetia, Russia; Burgemeester Kessensingel 40, Maastricht, Netherlands; House 111, First Floor, Street 64, F-10/3, Islamabad, Pakistan; Azovskaya 6, km. 3, off. 401, Moscow, Russia; P.O. Box 1055, Peshawar, Pakistan; Ulitsa Oktyabr'skaya, dom. 89, Moscow, Russia; P.O. Box 1937, Khartoum, Sudan; P.O. Box 7600, Jeddah 21472, Saudi Arabia; P.O. Box 10845, Riyadh 11442, Saudi Arabia; Dushanbe, Tajikistan; United Kingdom; Afghanistan; Bangladesh; Bosnia and Herzegovina; Gaza Strip, Palestinian; Yemen; IL, United States; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; US FEIN 36-3823186 [SDGT].

AL BUTHI, Soliman H.S. (a.k.a. AL-BATAHAI, Soliman; a.k.a. AL-BATHI, Soliman; a.k.a. AL-

BUTHE, Soliman; a.k.a. AL-BUTHE, Suliman Hamd Suleiman); DOB 08 Dec 1961; POB Cairo, Egypt; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B049614 (Saudi Arabia); alt. Passport C536660 (Saudi Arabia) issued 05 May 2001 expires 11 Mar 2006 (individual) [SDGT].

AL CARDINAL INVESTMENTS CO. LTD (a.k.a. AL-CARDINAL INVESTMENTS COMPANY LIMITED), 201 Kasini Road, Mombasa, Kenya; Juba, South Sudan; Tax ID No. 100104695 (South Sudan) [GLOMAG] (Linked To: AL-CARDINAL, Ashraf Seed Ahmed).

AL CHAREKH, Abdul Mohsen Abdallah Ibrahim (a.k.a. AL-NAJDI, Abd-al-Latif; a.k.a. AL-NASR, Sanafi; a.k.a. ALSHAREKH, Abdul Mohsen Abdullah Ibrahim; a.k.a. AL-SHARIKH, Abd-al-Muhsin Abdallah; a.k.a. AL-SHARIKH, Abdul Mohsen Abdullah Ibrahim; a.k.a. "KARIMI, Ali"); DOB 12 Jul 1985; alt. DOB 13 Jul 1985; alt. DOB 07 Dec 1985; POB Shagraa, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G895402; National ID No. 1050433349 (Saudi Arabia) (individual) [SDGT].

AL CHWIKI, Mohamad Amer Mohamad Akram (a.k.a. ALCHWIKI, Amer; a.k.a. ALCHWIKI, Amer Mhd; a.k.a. ALCHWIKI, Mhd Amer; a.k.a. ALCHWIKI, Mohamad Amer; a.k.a. AL-SHUWAYKI, Muhammad 'Amir Muhammad Akram; a.k.a. AL-SHWEIKI, Mohamad Amer; a.k.a. AL-SHWEIKI, Muhammad Omar; a.k.a. ALSHWIKI, Mhd Amer (Cyrillic: АЛЬШВИКИ, Мхд Амер); a.k.a. CHWIKI, Mohammad Amer; a.k.a. SHUWAYKI, Mohamad Amer; a.k.a. SHWEIKI, Mohammad Amer), 71 Linton Road, Acton, London W3 9HL, United Kingdom; Syria; DOB 04 Sep 1972; POB Damascus, Syria; nationality Syria; citizen Syria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N012430661; alt. Passport N010794545; alt. Passport N007024509; alt. Passport N005668098 (individual) [SDGT] [IRGC] [IFSR] (Linked To: GLOBAL VISION GROUP; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

AL DABAS, Rania Raslan (a.k.a. AL DABBAS, Rania Raslan (Arabic: رانية رسلان الدباس); a.k.a. ALDABBAS, Rania; a.k.a. DABAS, Rania Raslan; a.k.a. DABBAS, Rania Raslan), Damascus, Syria; Dubai, United Arab Emirates; DOB 02 Jun 1974; POB Damascus, Syria; nationality Syria; Gender Female; Passport N003000785 (Syria) (individual) [PAARSSR-EO13894].

AL DABBAS, Rania Raslan (Arabic: رانية رسلان الدباس) (a.k.a. AL DABAS, Rania Raslan; a.k.a. ALDABBAS, Rania; a.k.a. DABAS, Rania Raslan; a.k.a. DABBAS, Rania Raslan), Damascus, Syria; Dubai, United Arab Emirates; DOB 02 Jun 1974; POB Damascus, Syria; nationality Syria; Gender Female; Passport N003000785 (Syria) (individual) [PAARSSR-EO13894].

AL DABBASHI, Ahmad Mohammed Omar Al Fituri (a.k.a. AL-FITOURI, Ahmad Oumar Imhamad (Arabic: احمد عمر امحمد الفيتوري); a.k.a. DABBASHI, Ahmed; a.k.a. "Amu"), Sabratha, Libya; DOB 05 Jul 1988; alt. DOB 07 May 1988; nationality Libya; Gender Male; Passport LY53FP76 issued 29 Sep 2015; National ID No. 119880387067 (Libya) (individual) [LIBYA3].

AL DARI AL-ZAWBA', Doctor Muthanna Harith Sulayman (a.k.a. AL DARI, Dr. Muthanna; a.k.a. AL DARI, Muthana Harith; a.k.a. AL-DARI AL-ZAWBA'I, Muthanna Harith Sulayman; a.k.a. AL-DARI AL-ZOBAI, Muthanna Harith Sulayman; a.k.a. AL-DARI, Muthanna Harith; a.k.a. AL-DARI, Muthanna Harith Sulayman; a.k.a. AL-DHARI, Muthana Haris; a.k.a. AL-DHARI, Muthanna Hareth; a.k.a. AL-DHARI, Muthanna Harith Sulayman), Amman, Jordan; Khan Dari, Iraq; Asas Village, Abu Ghurayb, Iraq; Egypt; DOB 16 Jun 1969; nationality Iraq; citizen Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL DARI, Dr. Muthanna (a.k.a. AL DARI AL-ZAWBA', Doctor Muthanna Harith Sulayman; a.k.a. AL DARI, Muthana Harith; a.k.a. AL-DARI AL-ZAWBA'I, Muthanna Harith Sulayman; a.k.a. AL-DARI AL-ZOBAI, Muthanna Harith Sulayman; a.k.a. AL-DARI, Muthanna Harith; a.k.a. AL-DARI, Muthanna Harith Sulayman; a.k.a. AL-DHARI, Muthana Haris; a.k.a. AL-DHARI, Muthanna Hareth; a.k.a. AL-DHARI, Muthanna Harith Sulayman), Amman, Jordan; Khan Dari, Iraq; Asas Village, Abu Ghurayb, Iraq; Egypt; DOB 16 Jun 1969; nationality Iraq; citizen Iraq; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL DARI, Hareth (a.k.a. AL-DARI AL-ZAWBAI, Harith; a.k.a. AL-DARI, Harith; a.k.a. AL-DARI, Harith Sulayman; a.k.a. AL-DAURI, Hareth; a.k.a. AL-DHARI, Harith; a.k.a. AL-DHARI, Harith S.; a.k.a. AL-DURI, Harith; a.k.a. DARI AL-ZAWBA'I, Harith), Jordan; Akashat, Iraq; Abu Ghuraib, Iraq; Qatar; Egypt; DOB 1941; POB Baghdad, Iraq; nationality Iraq; citizen Iraq; Passport N348171 (Iraq) (individual) [IRAQ3].

AL DARI, Muthana Harith (a.k.a. AL DARI AL-ZAWBA', Doctor Muthanna Harith Sulayman; a.k.a. AL DARI, Dr. Muthanna; a.k.a. AL-DARI AL-ZAWBA'I, Muthanna Harith Sulayman; a.k.a. AL-DARI AL-ZOBAI, Muthanna Harith Sulayman; a.k.a. AL-DARI, Muthanna Harith; a.k.a. AL-DARI, Muthanna Harith Sulayman; a.k.a. AL-DHARI, Muthana Haris; a.k.a. AL-DHARI, Muthanna Hareth; a.k.a. AL-DHARI, Muthanna Harith Sulayman), Amman, Jordan; Khan Dari, Iraq; Asas Village, Abu Ghurayb, Iraq; Egypt; DOB 16 Jun 1969; nationality Iraq; citizen Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL DIBIYA 143 SAL (a.k.a. DEBBIYE 143 SAL), Adnane Al Hakim Street, Al-Wazeer Building, First Floor, Building No. 3673, Msaytbeh, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1013410 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

AL DUWAIK, Aiman Ahmad R (a.k.a. AL-DUWAIK, Aiman Ahmad (Arabic: أمين أحمد رشاد الدويك); a.k.a. AL-DUWAIK, Aiman Ahmad Rashed), Turkey; Algeria; DOB 24 Sep 1962; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

AL FAKHER COMPANY (a.k.a. AL-FAKHER ADVANCED WORKS CO. LTD.), Sudan; Organization Established Date 01 Jan 2015; Organization Type: Wholesale of metals and metal ores [SUDAN-EO14098].

AL FAKIH, Saddam Ahmed Mohammed (a.k.a. AL FAQIH, Saddam; a.k.a. AL FAQIH, Saddam Ahmad Mohammad), Al Hudaydah, Yemen; DOB 01 Jan 1987; POB Al Hudaydah Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Passport 03024408 (Yemen) expires 08 Jun 2014 (individual) [SDGT] (Linked To: ANSARALLAH).

AL FALAH BENEVOLENT SOCIETY (a.k.a. AL-FALAH CHARITABLE ORGANIZATION; a.k.a. AL-FALAH SOCIETY GAZA (Arabic: جمعية الفلاح)), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1999; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

AL FAQIH INTERNATIONAL COMPANY FOR TRADE, MANUFACTURING, AND PETROLEUM SERVICES LTD. (a.k.a. AL FAQIH INTERNATIONAL TRADE, IMPORT, AND OIL SERVICES LIMITED; a.k.a. ALFAQIH INTERNATIONAL COMPANY FOR TRADE, INDUSTRY, AND OIL SERVICES LTD), Al-Nasr Street, Sana'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; alt. Organization Type: Manufacture of plastics products; License 10 (Yemen) issued 2018 [SDGT] (Linked To: ANSARALLAH).

AL FAQIH INTERNATIONAL TRADE, IMPORT, AND OIL SERVICES LIMITED (a.k.a. AL FAQIH INTERNATIONAL COMPANY FOR TRADE, MANUFACTURING, AND PETROLEUM SERVICES LTD.; a.k.a. ALFAQIH INTERNATIONAL COMPANY FOR TRADE, INDUSTRY, AND OIL SERVICES LTD), Al-Nasr Street, Sana'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; alt. Organization Type: Manufacture of plastics products; License 10 (Yemen) issued 2018 [SDGT] (Linked To: ANSARALLAH).

AL FAQIH, Saad (a.k.a. AL-FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ad; a.k.a. AL-FAQIH, Saad; a.k.a. AL-FAQIH, Saad Rashed Mohammad; a.k.a. AL-FAQIH, Sa'd; a.k.a. "ABU UTHMAN"), London, United Kingdom; DOB 01 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT].

AL FAQIH, Saddam (a.k.a. AL FAKIH, Saddam Ahmed Mohammed; a.k.a. AL FAQIH, Saddam Ahmad Mohammad), Al Hudaydah, Yemen; DOB 01 Jan 1987; POB Al Hudaydah Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03024408 (Yemen) expires 08 Jun 2014 (individual) [SDGT] (Linked To: ANSARALLAH).

AL FAQIH, Saddam Ahmad Mohammad (a.k.a. AL FAKIH, Saddam Ahmed Mohammed; a.k.a. AL FAQIH, Saddam), Al Hudaydah, Yemen; DOB 01 Jan 1987; POB Al Hudaydah Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03024408 (Yemen) expires 08 Jun 2014 (individual) [SDGT] (Linked To: ANSARALLAH).

AL FAWAZ, Khalid Abdulrahman H. (a.k.a. AL FAWWAZ, Khaled; a.k.a. AL FAWWAZ, Khalid; a.k.a. AL-FAUWAZ, Khaled; a.k.a. AL-FAUWAZ, Khaled A.; a.k.a. AL-FAWAZ, Khalid Abd al-Rahman Hamd; a.k.a. AL-FAWWAZ, Khaled; a.k.a. AL-FAWWAZ, Khalid), 55 Hawarden Hill, Brooke Road, London NW2 7BR, United Kingdom; DOB 25 Aug 1962; alt. DOB 24 Aug 1962; POB Kuwait; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 456682 issued 06 Nov 1990 expires 13 Sep 1995 (individual) [SDGT].

AL FAWWAZ, Khaled (a.k.a. AL FAWAZ, Khalid Abdulrahman H.; a.k.a. AL FAWWAZ, Khalid; a.k.a. AL-FAUWAZ, Khaled; a.k.a. AL-FAUWAZ, Khaled A.; a.k.a. AL-FAWAZ, Khalid Abd al-Rahman Hamd; a.k.a. AL-FAWWAZ, Khaled; a.k.a. AL-FAWWAZ, Khalid), 55 Hawarden Hill, Brooke Road, London NW2 7BR, United Kingdom; DOB 25 Aug 1962; alt. DOB 24 Aug 1962; POB Kuwait; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 456682 issued 06 Nov 1990 expires 13 Sep 1995 (individual) [SDGT].

AL FAWWAZ, Khalid (a.k.a. AL FAWAZ, Khalid Abdulrahman H.; a.k.a. AL FAWWAZ, Khaled; a.k.a. AL-FAUWAZ, Khaled; a.k.a. AL-FAUWAZ, Khaled A.; a.k.a. AL-FAWAZ, Khalid

Abd al-Rahman Hamd; a.k.a. AL-FAWWAZ, Khaled; a.k.a. AL-FAWWAZ, Khalid), 55 Hawarden Hill, Brooke Road, London NW2 7BR, United Kingdom; DOB 25 Aug 1962; alt. DOB 24 Aug 1962; POB Kuwait; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 456682 issued 06 Nov 1990 expires 13 Sep 1995 (individual) [SDGT].

AL FAY COMPANY, Building 54100, Adapazari, Sakarya Province, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT].

AL FAYYADH, Falih Faisal Fahad (a.k.a. ALFAYYADH, Faleh; a.k.a. ALFAYYADH, Falih; a.k.a. AL-FAYYADH, Falih), Iraq; DOB 27 Mar 1956; POB Iraq; nationality Iraq; Gender Male; Passport D1019262 (Iraq) expires 14 Jul 2026 (individual) [GLOMAG].

AL FIQAR, Dhu (a.k.a. BADR AL DIN, Mustafa; a.k.a. BADREDDINE, Mustafa Amine; a.k.a. BADREDDINE, Mustafa Youssef; a.k.a. ISSA, Sami; a.k.a. SAAB, Elias Fouad; a.k.a. SA'B, Ilyas), Beirut, Lebanon; DOB 06 Apr 1961; POB Al-Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

AL FORQAN CHARITY (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-

ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL FOULK TRADING CO. L.L.C (Arabic: شركة الفلك للتجارة ش.ذ.م.م), PO Box 114246, Dubai, United Arab Emirates; 11th Street, Port Saeed, Deira, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Jul 2012; License 674241 (United Arab Emirates); Registration Number 10884286 (United Arab Emirates) [SDGT] (Linked To: AHMED, Abdo Abdullah Dael).

AL FURQAN (a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEM'IJJETUL FURQAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, Sarajevo 71 000, Bosnia and Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia and Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia and Herzegovina; Secondary sanctions risk:

section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL GAMAL, Saeed Ahmed Mohammed (a.k.a. AL-JAMAL, Sa'id Ahmad Muhammad; a.k.a. RAMI, Abu-Ahmad; a.k.a. SAEIDI, Ahmad; a.k.a. SA'IDI, Ahmad; a.k.a. "ABU-'ALI"; a.k.a. "AHMAD, Abu"; a.k.a. "CAIHONG" (Chinese Simplified: "彩虹"); a.k.a. "HISHAM"; a.k.a. "KHRPI"), Iran; DOB 01 Jan 1979; alt. DOB 28 Jul 1978; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Digital Currency Address - USDT TLNRT524dzL5FF1nJHDhYEMFpeWjLjRbz1; alt. Digital Currency Address - USDT THh5woR8qfmDsNknQ3agPYzQSiRtMnKsTh; alt. Digital Currency Address - USDT TV5ZTpKDszLTF6XcMnPongS33pwBgF91by; alt. Digital Currency Address - USDT TTAHMdqoom4f2VTWniroPWQHcTRZ4caoH4; alt. Digital Currency Address - USDT TFFvv7NAWmbcVfA7QN81mMvUC25TWj1WJx; Passport 04716186 (Yemen); alt. Passport U63475649 (Iran) expires 24 Jun 2028; alt. Passport E49297849 (Iran) expires 24 Aug 2024 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL GHABRA, Mohammed, East London, United Kingdom; DOB 01 Jun 1980; POB Damascus, Syria; nationality United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 094629366 (United Kingdom) (individual) [SDGT].

AL GUNADE (a.k.a. AJMAC MULTI ACTIVITIES COMPANY LTD; a.k.a. AL JUNAID MULTI ACTIVITIES CO LTD; a.k.a. ALGUNADE; a.k.a. "AL JUNAID"), Street 3, Block 17, Alryad, Khartoum, Sudan; 99 Gama Avenue, P.O. Box 913, Khartoum, Sudan; Website www.ajmac.com; Organization Established Date 2009; Organization Type: Activities of holding companies [SUDAN-EO14098].

AL HABSI, Mahmood Rashid Amer (a.k.a. AL HABSI, Mahmood Rashid Amur; a.k.a. AL-HABSI, Mahmood; a.k.a. AL-HABSI, Mahmud bin Rashid), Muscat, Oman; DOB 15 Jul 1984; POB Muscat, Oman; nationality Oman; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03785555 (Oman); National ID No.

7668871 (Oman) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL HABSI, Mahmood Rashid Amur (a.k.a. AL HABSI, Mahmood Rashid Amer; a.k.a. AL-HABSI, Mahmood; a.k.a. AL-HABSI, Mahmud bin Rashid), Muscat, Oman; DOB 15 Jul 1984; POB Muscat, Oman; nationality Oman; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03785555 (Oman); National ID No. 7668871 (Oman) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL HADHA EXCHANGE CO. (Arabic: شركة الحظاء للصرافة) (a.k.a. AL-HADHA EXCHANGE COMPANY), Al-Zubairi Street, Sana'a, Yemen; Al-Qasr Street, Sana'a, Yemen; Taiz Street, Sana'a, Yemen; Queen Arwa Street, Aden, Yemen; Main Street, Al-Mukalla, Yemen; Sana'a Street, Al-Hudaydah, Yemen; Jamal Street, Taiz, Yemen; Website https://alhadhagroup.com; alt. Website https://alhadha.group; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL HADI, Ahmad (a.k.a. AL-HADI, Ahmad Muhammad Muhammad Hasan), Yemen; DOB 02 Apr 1970; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ANSARALLAH).

AL HAFIDH ABU TALHA DER DEUTSCHE (a.k.a. HARRACH, Bekkay); DOB 04 Sep 1977; POB Berkane, Morocco; nationality Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 5208116575 (Germany) expires 07 Sep 2013; Driver's License No. J17001W6Z12; National ID No. 5209243072 (Germany) expires 07 Sep 2013; Believed to be in the Afghanistan/Pakistan border area (individual) [SDGT].

AL HAKEEL AL ASWAD OIL TRADING LLC, Unit No: 1701 Ontario Tower, Business Bay, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 19 Sep 2016;

Organization Type: Extraction of crude petroleum [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

AL HAKIM, Abdullah Yahya (a.k.a. AL HAKIM, Abu Ali; a.k.a. AL-HAKIM, Abdallah; a.k.a. ALHAKIM, Abu Ali; a.k.a. AL-HAKIM, Abu-Ali; a.k.a. AL-MU'AYYAD, Abdallah), Dahyan, Sa'dah Governorate, Yemen; DOB 1985; alt. DOB 1984; alt. DOB 1986; POB Dahyan, Yemen; alt. POB Sa'dah Governorate, Yemen; nationality Yemen; Gender Male; Houthi Chief of Military Intelligence Staff (individual) [YEMEN].

AL HAKIM, Abu Ali (a.k.a. AL HAKIM, Abdullah Yahya; a.k.a. AL-HAKIM, Abdallah; a.k.a. ALHAKIM, Abu Ali; a.k.a. AL-HAKIM, Abu-Ali; a.k.a. AL-MU'AYYAD, Abdallah), Dahyan, Sa'dah Governorate, Yemen; DOB 1985; alt. DOB 1984; alt. DOB 1986; POB Dahyan, Yemen; alt. POB Sa'dah Governorate, Yemen; nationality Yemen; Gender Male; Houthi Chief of Military Intelligence Staff (individual) [YEMEN].

AL HAMEEDAWI, Adnan Younus Jasim (a.k.a. AL-HAMIDAWI, Shaykh 'Adnan; a.k.a. "ABU-'AMMAR"), Iraq; DOB 20 Nov 1976; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

AL HAMID, Hashim (a.k.a. AL-AIDAROOS, Hashim Mohsen; a.k.a. ALHAMAD, Hashem Mohssein Idroos; a.k.a. ALHAMED, Hossin Mohsen; a.k.a. ALHAMID, Hashim; a.k.a. AL-HAMID, Hashim Muhsin Aydarus; a.k.a. AL-HAMID, Mohsan; a.k.a. AL-HAMSHI, Hashim al-Hamid; a.k.a. ALHMAID, Housin Mohsein; a.k.a. IDAROOS, Hashim Mohsen; a.k.a. "ABU TAHIR"), Al Ghaydah, al-Mahrah Governorate, Yemen; Shabwah Governorate, Yemen; Mansoura, Aden, Yemen; Mukalla, Hadramawt Governorate, Yemen; Abyan Governorate, Yemen; Marib Governorate, Yemen; DOB 12 Dec 1985; POB Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 16010003042 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL HAMIDAN, Mohamad Alsaied (a.k.a. ALHEMEDAN, Mohamad Alsaeed; a.k.a. ALHMEDAN, Mohamad Alsaeed; a.k.a. ALHMIDAN, Mohamad; a.k.a. ALHMIDAN, Mohamad Alsaied; a.k.a. ALUOALII, Mohamad; a.k.a. ALWAKIE, Mohamad; a.k.a. AYSSA, Walid), Turkey; DOB 20 Feb 1976; alt. DOB 13 Feb 1975; alt. DOB 07 Jan 1977; alt. DOB 15 Feb 1976; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N010084435 (Syria); Identification Number N002595610 (Syria); alt. Identification Number 00407L012704 (Syria); alt. Identification Number N0097000224 (Syria); alt. Identification Number L07521 (Syria) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL HAQ - LAW IN THE SERVICE OF MANKIND (Arabic: الحق - القانون من أجل الإنسان), 54 Main Street 2nd Fl., Protestant Hall Bldg., Ramallah, West Bank; Organization Established Date 1979; Target Type Charity or Nonprofit Organization [ICC-EO14203].

AL HARAKAT AL ISLAMIYYA (a.k.a. ABU SAYYAF GROUP); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL HARAM COMMERCIAL COMPANY (a.k.a. AL HARAM FOREIGN EXCHANGE CO. LTD; a.k.a. AL HARAM TRANSFER CO.; a.k.a. AL-HARAM COMPANY FOR MONEY TRANSFER; a.k.a. AL-HARAM EXCHANGE COMPANY; a.k.a. ALHARAM FOR EXCHANGE LTD; a.k.a. AL-HARM TRADING COMPANY; a.k.a. ARABISC HARAM; a.k.a. HARAM TRADING COMPANY; a.k.a. SHARIKAT AL-HARAM LIL-HIWALAT AL-MALIYYAH; a.k.a. TRADING AL-HARM COMPANY), Istanbul, Turkey; Mersin, Turkey; Gaziantep, Turkey; Antakya, Turkey; Reyhanli, Turkey; Iskenderun, Turkey; Belen, Turkey; Surmez, Turkey; Kirikhan, Turkey; Bursa, Turkey; Islahiye, Turkey; Alanya, Turkey; Urfa, Turkey; Antalya, Turkey; Narlica, Turkey; Ankara, Turkey; Izmir, Turkey; Konya, Turkey; Kayseri, Turkey; Turkey; Lebanon; Jordan; Sudan; Palestinian; Website www.arabisc-haram.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL HARAM FOREIGN EXCHANGE CO. LTD (a.k.a. AL HARAM COMMERCIAL COMPANY; a.k.a. AL HARAM TRANSFER CO.; a.k.a. AL-HARAM COMPANY FOR MONEY TRANSFER; a.k.a. AL-HARAM EXCHANGE COMPANY; a.k.a. ALHARAM FOR EXCHANGE LTD; a.k.a. AL-HARM TRADING COMPANY; a.k.a. ARABISC HARAM; a.k.a. HARAM TRADING COMPANY; a.k.a. SHARIKAT AL-HARAM LIL-HIWALAT AL-MALIYYAH; a.k.a. TRADING AL-HARM COMPANY), Istanbul, Turkey; Mersin, Turkey; Gaziantep, Turkey; Antakya, Turkey; Reyhanli, Turkey; Iskenderun, Turkey; Belen, Turkey; Surmez, Turkey; Kirikhan, Turkey; Bursa, Turkey; Islahiye, Turkey; Alanya, Turkey; Urfa, Turkey; Antalya, Turkey; Narlica, Turkey; Ankara, Turkey; Izmir, Turkey; Konya, Turkey; Kayseri, Turkey; Turkey; Lebanon; Jordan; Sudan; Palestinian; Website www.arabisc-haram.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL HARAM TRANSFER CO. (a.k.a. AL HARAM COMMERCIAL COMPANY; a.k.a. AL HARAM FOREIGN EXCHANGE CO. LTD; a.k.a. AL-HARAM COMPANY FOR MONEY TRANSFER; a.k.a. AL-HARAM EXCHANGE COMPANY; a.k.a. ALHARAM FOR EXCHANGE LTD; a.k.a. AL-HARM TRADING COMPANY; a.k.a. ARABISC HARAM; a.k.a. HARAM TRADING COMPANY; a.k.a. SHARIKAT AL-HARAM LIL-HIWALAT AL-MALIYYAH; a.k.a. TRADING AL-HARM COMPANY), Istanbul, Turkey; Mersin, Turkey; Gaziantep, Turkey; Antakya, Turkey; Reyhanli, Turkey; Iskenderun, Turkey; Belen, Turkey; Surmez, Turkey; Kirikhan, Turkey; Bursa, Turkey; Islahiye, Turkey; Alanya, Turkey; Urfa, Turkey; Antalya, Turkey; Narlica, Turkey; Ankara, Turkey; Izmir, Turkey; Konya, Turkey; Kayseri, Turkey; Turkey; Lebanon; Jordan; Sudan; Palestinian; Website www.arabisc-haram.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL HARAMAIN (a.k.a. AL-HARAMAIN : INDONESIA BRANCH; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. YAYASAN AL HARAMAIN; a.k.a. YAYASAN AL HARAMAINI; a.k.a. YAYASAN AL-MANAHIL-INDONESIA), Jalan Laut Sulawesi Blok DII/4, Kavling Angkatan Laut Duren Sawit, Jakarta Timur 13440, Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL HARAMAIN AL MASJED AL AQSA (a.k.a. AL HARAMAYN AL MASJID AL AQSA; a.k.a. AL-HARAMAIN & AL MASJED AL-AQSA CHARITY FOUNDATION : BOSNIA BRANCH; a.k.a. AL-HARAMAYN AND AL MASJID AL AQSA CHARITABLE FOUNDATION), Hasiba

Brankovica No. 2A, Sarajevo, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL HARAMAYN AL MASJID AL AQSA (a.k.a. AL HARAMAIN AL MASJED AL AQSA; a.k.a. AL-HARAMAIN & AL MASJED AL-AQSA CHARITY FOUNDATION : BOSNIA BRANCH; a.k.a. AL-HARAMAYN AND AL MASJID AL AQSA CHARITABLE FOUNDATION), Hasiba Brankovica No. 2A, Sarajevo, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL HASAWANI, George (a.k.a. HASAWANI, George; a.k.a. HASWANI, George; a.k.a. HASWANI, Jurj; a.k.a. HESSWANI, Georges; a.k.a. HESWANI, George; a.k.a. HEWANI, George; a.k.a. KHESOUANI, George; a.k.a. KHESOUANI, Georges), Syria; DOB 26 Sep 1946; POB Yabrud, Syria; nationality Syria; alt. nationality Russia; Gender Male (individual) [PAARSSR-EO13894].

AL HAYAT MEDIA CENTER (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL HAZMI EXCHANGE (a.k.a. AL HAZMI EXCHANGE KHALED AL HAZMI AND BROTHER COMPANY GENERAL PARTNERSHIP; a.k.a. AL-HAZMI COMPANY FOR EXCHANGE; a.k.a. "AL-HAZMI EXCHANGE COMPANY" (Arabic: " شركة الحزمي للصرافة")), Sana'a, Yemen; Website www.alhazmiex.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date circa 1998; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c. [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL HAZMI EXCHANGE KHALED AL HAZMI AND BROTHER COMPANY GENERAL PARTNERSHIP (a.k.a. AL HAZMI EXCHANGE; a.k.a. AL-HAZMI COMPANY FOR EXCHANGE; a.k.a. "AL-HAZMI EXCHANGE COMPANY" (Arabic: "شركة الحزمي للصرافة")), Sana'a, Yemen; Website www.alhazmiex.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date circa 1998; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c. [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL HOUTHI, Abdul Malik (a.k.a. AL-HOUTH, Abdulmalik Bin Bader Al-Deen; a.k.a. AL-HOUTHI, Abdel-Malek; a.k.a. AL-HOUTHI, Abdel-Malik; a.k.a. AL-HOUTHI, Abdul Malik Badruddin Ameerudin Hussain; a.k.a. AL-HOUTHI, Abdul-Malik; a.k.a. AL-HOUTHI, Abdulmalik Bin Bader Al-Deen), Yemen; DOB 1982; alt. DOB 1981; alt. DOB 1980; POB Dahyan Governorate, Yemen; nationality Yemen; citizen Yemen; Gender Male; Leader of the Houthis (individual) [YEMEN].

AL HUTHI, Abd-al-Khaliq Badr-al-Din (a.k.a. ABU-YUNUS; a.k.a. AL-HOUTHI, Abd al-Khaliq Badr al-Din; a.k.a. AL-HOUTHI, Abdul Khaliq Badreddin; a.k.a. AL-HUTHI, Abd al-Khaliq; a.k.a. AL-HUTHI, 'Abd al-Khaliq Badr al-Din; a.k.a. AL-HUTHI, Abd-al-Khaliq), Yemen; DOB 1984; Gender Male; Houthi military commander (individual) [YEMEN].

AL IDRISI, Fehmi Abu Zaid Salem (a.k.a. BEN KHALIFA, Fahmi; a.k.a. BEN KHALIFA, Fahmi Mousa Saleem; a.k.a. BIN KHALIFA, Fahmi; a.k.a. SALEM, al Idrisi Fehmi Abu Zaid; a.k.a. "Fahmi Slim"; a.k.a. "King of Zawarah"), Sarage El Islam, Tripoli, Libya; Zuwarah, Libya; DOB 02 Jan 1972; nationality Libya; Gender Male; National ID No. 560147C (Libya) (individual) [LIBYA3].

AL IRAQIA SHIPPING SERVICES AND OIL TRADING - F.Z.E DMCC BRANCH (a.k.a. VS TANKERS FREE ZONE ENTITY - F.Z.E DMCC BRANCH (Arabic: في اس تانكرز مؤسسة منطقة حرة .م.م.ح - فرع م.د.م.س); a.k.a. VS TANKERS FZE), JLT Cluster G, Al Sahel St, P.O. Box 54025, Dubai, United Arab Emirates; Block C1 Office SM-Office C1-505B, Ajman Free Zone, Ajman, United Arab Emirates; Office 3406-3409, Jumeirah Business Centre 1, Cluster G, Jumeirah Lake Towers, Dubai, United Arab Emirates; Organization Established Date 04 Feb 2020; Identification Number IMO 2289659; License DMCC-759141 (United Arab Emirates); Economic Register Number (CBLS) 12158679 (United Arab Emirates) [IRAN-EO13902].

AL ISRAA IMPORT AND EXPORT ESTABLISHMENT (a.k.a. AL-ISRAA ESTABLISHMENT FOR IMPORT AND EXPORT), No. 142 Niha-Main Road, Zahle, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Jan 2014; Registration Number 4800490 (Lebanon) [SDGT] (Linked To: DAQQOU, Hassan Muhammad).

AL JABBURY, Mashaan Rakadh Dhamin (a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug

1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL JABOURI, Meshan Thamin (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL JABOURI, Mishan Riqardh Damin (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL JABRI, Kamal Hussein Mohssen (a.k.a. AL JEBRY, Kamal Hussain (Arabic: كمال حسين الجبري)), Sana'a, Yemen; DOB 12 Mar 1964; POB Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00005959 (Yemen) (individual) [SDGT] (Linked To: INTERNATIONAL BANK OF YEMEN Y.S.C.).

AL JABURI, Atallah Salman Kafi (a.k.a. ALAKT, Ataullah Salman; a.k.a. AL-JABURI, 'Atallah Salman Kafi; a.k.a. AL-JABURI, 'Attallah Salman 'Abd al-Kafi; a.k.a. AL-JABURI, Attallah Salman 'Abd Kafi; a.k.a. AL-KAFI, 'Attallah Salman 'Abd; a.k.a. KAFI, 'Ataalla Salman 'Abd; a.k.a. KAFI, 'Ataallah Salman; a.k.a. KAFI, Atallah Salman Abd; a.k.a. "ABU HAQI"), Hawi al-Arishah Village, Hawijah District, Kirkuk Province, Iraq; Hawijah District, Kirkuk Province, Iraq; Rumanah Village, Kirkuk Province, Iraq; DOB 01 Jan 1973; POB Iraq;

citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL JABURI, Misham (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL JADHRAN, Ibrahim Saeed Salem Awad Aissa Hamed Dawoud (a.k.a. AL-JADRAN AL-MAGHRIBI, Ibrahim Saad; a.k.a. JADHRAN, Ibrahim; a.k.a. JADHRAN, Ibrahim Saeed Salim; a.k.a. JATHRAN, Ibrahim), Libya; DOB 29 Oct 1982; alt. DOB 1979 to 1982; POB Ajdabia, Libya; nationality Libya; Gender Male; Passport S/263963 issued 08 Nov 2012; National ID No. 119820043341; Personal ID Card 137803 (individual) [LIBYA3].

AL JAMAIYAH AL BUSTAN (a.k.a. AL-BUSTAN ASSOCIATION; a.k.a. AL-BUSTAN CHARITY; a.k.a. AL-BUSTAN CHARITY ASSOCIATION; a.k.a. AL-BUSTAN CHARITY FOUNDATION; a.k.a. AL-BUSTAN CHARITY SOCIETY; a.k.a. AL-BUSTAN ORGANIZATION; a.k.a. JAMIAT AL-BUSTAN AL-KHAYRIYAH CHARITY), Mazza, Damascus, Syria [PAARSSR-EO13894] (Linked To: MAKHLUF, Rami).

AL JAMATUL ASARYAH MADRASSA (a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a.

MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

AL JAMIA AL ASARIA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

AL JAMIAH AL ASARIA MADRASSA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

AL JEBRY, Kamal Hussain (Arabic: كمال حسين الجبري) (a.k.a. AL JABRI, Kamal Hussein Mohssen), Sana'a, Yemen; DOB 12 Mar 1964; POB Yemen; nationality Yemen; Gender Male;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00005959 (Yemen) (individual) [SDGT] (Linked To: INTERNATIONAL BANK OF YEMEN Y.S.C.).

AL JIL ALQADEM GENERAL TRADING L.L.C. (Arabic: الجيل القادم للتجارة العامة ش.ذ.م.م), No. 76, Khalid Mohammed Abdullah Al Zahid Property, Deira, Hor al Anz, Dubai, United Arab Emirates; Organization Established Date 05 Oct 2016; Organization Type: Wholesale and retail trade; License 767427 (United Arab Emirates); Registration Number 10946303 (United Arab Emirates) [SUDAN-EO14098] (Linked To: AHMMED, Abu Dharr Abdul Nabi Habiballa).

AL JUNAID MULTI ACTIVITIES CO LTD (a.k.a. AJMAC MULTI ACTIVITIES COMPANY LTD; a.k.a. AL GUNADE; a.k.a. ALGUNADE; a.k.a. "AL JUNAID"), Street 3, Block 17, Alryad, Khartoum, Sudan; 99 Gama Avenue, P.O. Box 913, Khartoum, Sudan; Website www.ajmac.com; Organization Established Date 2009; Organization Type: Activities of holding companies [SUDAN-EO14098].

AL KARBALAI, Muhammad Khizar (a.k.a. HAYAT JAFFRI, Muhammad Khizar; a.k.a. HAYAT, Mohammad Khizar; a.k.a. HAYAT, Muhammad Khizar), Karachi, Pakistan; DOB 14 Jul 1994; POB Karachi, Pakistan; nationality Pakistan; Email Address khizarh11@yahoo.com; alt. Email Address khizarhayat.jaffri@yahoo.com; alt. Email Address muhammadkhizar.hayatjaffri@yahoo.com; alt. Email Address mygreentree59@yahoo.com; alt. Email Address khizar14hayat@gmail.com; alt. Email Address muhammadkhizarhayatjaffri@yahoo.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport EB617700 (Pakistan); National ID No. 4210191597005 (Pakistan) (individual) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

AL KASAB, Muwafaq Mustafa Muhammad Ali (a.k.a. AL-KARMOUSH, Muafaq Mustafa Mohammed; a.k.a. AL-KARMUSH, Muwafaq Mustafa; a.k.a. AL-KARMUSH, Muwafaq Mustafa Muhammad 'Ali; a.k.a. AL-KARMUSH, Muwaffaq Mustafa; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad 'Ali Mahmud; a.k.a. EL KHARMOUSH, Muwaffaq Mustafa Mohammad; a.k.a. KARMOOSH, Muwafaq Mustafa Mohammed Ali; a.k.a.

KARMUSH, Muwaffaq; a.k.a. MUHAMMAD, Muwaffaq Mustafa; a.k.a. "Abu Salah"; a.k.a. "AL-'AFRI, Abu Salah"); DOB 01 Feb 1973; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A5476394 (Iraq) (individual) [SDGT].

AL KASHAF PETROLEUM AND PETROCHEMICAL TRADING L.L.C (Arabic: الكشاف لتجارة البترول والبتروكيماويات ش.ذ.م.م), Port Saeed Office 407-078, Sheikh Suhail bin Maktoum bin Juma, Al Maktum, Dubai, United Arab Emirates; Office No. 02-046, Plot 6-0, Spectrum Building, Oud Metha, Dubai, United Arab Emirates; Organization Established Date 23 Sep 2020; Dubai Chamber of Commerce Membership No. 1612390 (United Arab Emirates); Business Registration Number 906759 (United Arab Emirates); Economic Register Number (CBLS) 11548618 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

AL KASHEF, Muhammad Jamal (a.k.a. 'ABDU, Muhammad Jamal; a.k.a. ABDU, Muhammad Jamal Ahmad; a.k.a. ABDUH, Mohammad Jamal; a.k.a. AHMAD, Muhammad Gamal Abu; a.k.a. AHMAD, Muhammad Jamal Abu; a.k.a. AHMED, Mohammad Jamal Abdo; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-Al Rahim; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-al Rahim Ahmad; a.k.a. AL-MASRI, Abu Ahmad; a.k.a. JAMAL, Muhammad); DOB 01 Jan 1964; alt. DOB 01 Feb 1964; POB Cairo, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL KAWARI, Salim Hasan Khalifa (a.k.a. AL KUWARI, Salim Hassan Khalifa Rashid; a.k.a. AL-KOWARI, Salim; a.k.a. AL-KUWARI, Salem; a.k.a. AL-KUWARI, Salim Hasan Khalifah Rashid); DOB 1977; alt. DOB 1978; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL KAWTHAR, Section 20, Property 372, Chiyah, Ghobeiri, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2008349 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

AL KHALDI COMPANY LLC (a.k.a. AL KHALDI GOLD AND EXCHANGE COMPANY; a.k.a.

ALKHALEDI JEWELRY COMPANY; a.k.a. AL-KHALIDI COMPANY; a.k.a. AL-KHALIDI EXCHANGE; a.k.a. AL-KHALIDI JEWELRY SHOP; a.k.a. AL-KHALIDI MONEY EXCHANGE; a.k.a. AL-KHALIDI MONEY TRANSFER OFFICE; a.k.a. AL-KHALIDY JEWELRY COMPANY; a.k.a. KHALIDI COMPANY; a.k.a. KHALIDI COMPANY FOR JEWELRY), Cankaya Mahallesi, Silifke Cd. Akdeniz, Mersin 33070, Turkey; 7 Ilkbahar Cd, Bursa, Turkey; Raqqah, Syria; Nishtaman building second floor, New Borsa, Irbil, Iraq; Kapali Carsi, Reisoglu Sk., No: 25-27 Beyazit-Fatih, Istanbul, Turkey; Atikali Mahallesi, Fevzi Pasa Cd. 98-100, Fatih, Istanbul 34087, Turkey; Sanliurfa Market Yildiz Field Maidan, Sanliurfa, Turkey; Yildiz field, Sanliurfa, Turkey; Kapali Carsi, Istanbul, Turkey; Aksaray, Istanbul, Turkey; Zeytoun Bourno, Istanbul, Turkey; Iquitli Mimat Akef Street, Istanbul, Turkey; Oak Square, Istanbul, Turkey; Asnioret, Istanbul, Turkey; Independence, Mersin, Turkey; Sarashieh, Anteb, Turkey; Al-Sharshieh, Bursa, Turkey; Al-Sharsheh, Adana, Turkey; Gaziantep, Turkey; Dayr Az Zawr, Syria; Al Mayadin, Syria; Ismet Inonu Buvari 86, Mersin 33050, Turkey; Halaskar Gazi Caddesi 224, Istanbul 34384, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL KHALDI GOLD AND EXCHANGE COMPANY (a.k.a. AL KHALDI COMPANY LLC; a.k.a. ALKHALEDI JEWELRY COMPANY; a.k.a. AL-KHALIDI COMPANY; a.k.a. AL-KHALIDI EXCHANGE; a.k.a. AL-KHALIDI JEWELRY SHOP; a.k.a. AL-KHALIDI MONEY EXCHANGE; a.k.a. AL-KHALIDI MONEY TRANSFER OFFICE; a.k.a. AL-KHALIDY JEWELRY COMPANY; a.k.a. KHALIDI COMPANY; a.k.a. KHALIDI COMPANY FOR JEWELRY), Cankaya Mahallesi, Silifke Cd. Akdeniz, Mersin 33070, Turkey; 7 Ilkbahar Cd, Bursa, Turkey; Raqqah, Syria; Nishtaman building second floor, New Borsa, Irbil, Iraq; Kapali Carsi, Reisoglu Sk., No: 25-27 Beyazit-Fatih, Istanbul, Turkey; Atikali Mahallesi, Fevzi Pasa Cd. 98-100, Fatih, Istanbul 34087, Turkey; Sanliurfa Market Yildiz Field Maidan, Sanliurfa, Turkey; Yildiz field, Sanliurfa, Turkey; Kapali Carsi, Istanbul, Turkey; Aksaray, Istanbul, Turkey; Zeytoun Bourno, Istanbul, Turkey; Iquitli Mimat Akef Street, Istanbul, Turkey; Oak Square, Istanbul, Turkey; Asnioret, Istanbul,

Turkey; Independence, Mersin, Turkey; Sarashieh, Anteb, Turkey; Al-Sharshieh, Bursa, Turkey; Al-Sharsheh, Adana, Turkey; Gaziantep, Turkey; Dayr Az Zawr, Syria; Al Mayadin, Syria; Ismet Inonu Buvari 86, Mersin 33050, Turkey; Halaskar Gazi Caddesi 224, Istanbul 34384, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL KHAMAEL MARITIME SERVICES (Arabic: شركة الخمائل الخدمات البحرية و النقل) (a.k.a. AL KHAMAIL MARINE SERVICE; a.k.a. ALKHAMAEL CO. MARITIME SERVICES; a.k.a. ALKHAMAEL TERMINAL AND PORT OPERATION MANAGEMENT; a.k.a. SHARIKAH AL-KHAMA'IL LILKHADAMAT AL-BAHRIYYAH WALNQL), Umm Qasr, Iraq; Basrah, Iraq; Najaf, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL KHAMAIL MARINE SERVICE (a.k.a. AL KHAMAEL MARITIME SERVICES (Arabic: شركة الخمائل الخدمات البحرية و النقل); a.k.a. ALKHAMAEL CO. MARITIME SERVICES; a.k.a. ALKHAMAEL TERMINAL AND PORT OPERATION MANAGEMENT; a.k.a. SHARIKAH AL-KHAMA'IL LILKHADAMAT AL-BAHRIYYAH WALNQL), Umm Qasr, Iraq; Basrah, Iraq; Najaf, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL KHATIB, Ahmad (a.k.a. AL-KHATIB, Ahmad; a.k.a. EL KHATIB, Ahmad; a.k.a. HISHMAH, Ahmad), Sao Paulo, Brazil; DOB 03 Jul 1969; alt. DOB 03 Jul 1967; POB Majdal Anjar, Lebanon; nationality Egypt; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0554365 (Lebanon) issued 20 Mar 2011 expires 29 Mar 2016; Tax ID No. 234.904.268-51 (Brazil) (individual) [SDGT].

AL KHAYR SUPERMARKET (a.k.a. AL-KHAIR MARKET), Fuwwah, south of Mukalla, Hadramawt Governorate, Yemen; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-HAYASHI, Sayf Abdulrab Salem).

AL KHIYAWANI, Abdulhakim (a.k.a. AL KIYAWANI, Abdul Hakim; a.k.a. AL-KHAIWANI, Abdul Hakim; a.k.a. AL-KHAIWANI, Abdulhakem Hashim; a.k.a. "AL-KARAR, Abu"; a.k.a. "KARAR, Abu"), Yemen; DOB 1986; Gender Male (individual) [GLOMAG].

AL KHOBARA CO. ACCOUNTING-AUDITING STUDIES (a.k.a. AL-KHOBARA FOR ACCOUNTING, AUDITING, AND STUDIES (Arabic: الخبراء المحاسبة والتدقيق والدراسات)), Hadi Nasrallah Highway, Al-Qard Al-Hasan Building, First Floor, Baabda, Mount Lebanon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 81396 (Lebanon) [SDGT] (Linked To: MANSOUR, Adel Mohamad).

AL KIYAWANI, Abdul Hakim (a.k.a. AL KHIYAWANI, Abdulhakim; a.k.a. AL-KHAIWANI, Abdul Hakim; a.k.a. AL-KHAIWANI, Abdulhakem Hashim; a.k.a. "AL-KARAR, Abu"; a.k.a. "KARAR, Abu"), Yemen; DOB 1986; Gender Male (individual) [GLOMAG].

AL KUNI, Osama (a.k.a. AL-MILAD, Osama; a.k.a. IBRAHIM, Osama Al Kuni (Arabic: أسامة الكوني ابراهيم); a.k.a. MILAD, Osama; a.k.a. "ZAWIYA, Osama"; a.k.a. "ZAWIYAH, Osama"), Zawiyah, Libya; DOB 04 Apr 1976; alt. DOB 02 Apr 1976; POB Tripoli, Libya; nationality Libya; Gender Male (individual) [LIBYA3].

AL KURD, Ahmed (a.k.a. AL-KARD, Ahmad; a.k.a. AL-KIRD, Ahmad; a.k.a. ALKURD, Ahmad; a.k.a. AL-KURD, Ahmad Harb; a.k.a. AL-KURD, Ahmed Hard; a.k.a. EL-KURD, Ahmed), Deir Al-Balah, Gaza, Palestinian; DOB circa 1949; alt. DOB circa 1951; POB Deir Al-Balah, Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL KUWARI, Salim Hassan Khalifa Rashid (a.k.a. AL KAWARI, Salim Hasan Khalifa; a.k.a. AL-KOWARI, Salim; a.k.a. AL-KUWARI, Salem; a.k.a. AL-KUWARI, Salim Hasan Khalifah Rashid); DOB 1977; alt. DOB 1978; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL LAKIS, Hamdan Ali, Kab Elias Main Road, Yaktine Building, 5th Floor, Kab Elias, Bekaa

009618, Lebanon; DOB 17 Jun 1971; POB Mar Elias Zahle, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR1871858 (Lebanon) expires 09 Sep 2030; National ID No. 000046505438 (Lebanon) (individual) [SDGT] (Linked To: HAMIEH, Alaa Hassan).

AL LAMI, Isma'il Hafiz (a.k.a. AL-LAMI, Ismail; a.k.a. AL-LAMI, Isma'il Hafith Abid 'Ali; a.k.a. AL-ZARGAWI, Ismai'il Hafuz; a.k.a. IZAJAWI, Ismail Hafeth; a.k.a. "DAR'A, Abu"; a.k.a. "DIRI, Abu"; a.k.a. "DURA, Abu"; a.k.a. "HAYDAR, Abu"), Sadr City, Baghdad, Iraq; Iran; DOB circa 1957; POB Baghdad, Iraq; citizen Iraq (individual) [IRAQ3].

AL MABROOK, Muftah (a.k.a. AL-FATHALI, Al-Mabruk; a.k.a. AL-FATHALI, Al-Mabruk Muftah Muhammad; a.k.a. EL MABRUK, Muftah; a.k.a. EL MOBRUK, Maftah; a.k.a. ELMABRUK, Maftah Mohamed; a.k.a. ELMABRUK, Mustah; a.k.a. MAFTAH, Elmobruk; a.k.a. "AL HAK, Al Haj Abd"; a.k.a. "AL HAQQ, Al Hajj Abd"; a.k.a. "AL-HAQ, Haj 'Abd"; a.k.a. "AL-HAQQ, Al-Hajj 'Abd"), undetermined; DOB 01 May 1950; POB Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL MADINA TRUST (a.k.a. AL AMEEN TRUST; a.k.a. AL AMIN TRUST; a.k.a. AL AMIN WELFARE TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-MADINA TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. MAIMAR TRUST; a.k.a. MAYMAR TRUST; a.k.a. MEYMAR TRUST; a.k.a. MOMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road,

Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

AL MAHDI ALUMINUM COMPANY (a.k.a. ALMAHDI ALUMINUM CO.), 1st Floor, No. 12, Bibie Shahrbanoei Ally., West Saeb Tabrizi St., North Sheikh Bahaei St., Molla Sadra St., Vanak Sq., Tehran, Iran; 18th Km., Shahid Rajaee Quay Road, Bandar Abbas, Iran; Website http://almahdi.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

AL MAHRUS GROUP TRADING COMPANY (a.k.a. MAHROUS GROUP; a.k.a. MAHROUS TRADING ESTABLISHMENT; a.k.a. MAHROUS TRADING INSTITUTE; a.k.a. MAHRUS GROUP; a.k.a. MAHRUS TRADING ESTABLISHMENT), Rawda Street, Damascus, Syria; Al Rawdah, Damascus, Syria [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

AL MANAR TV, Al Manar TV, Abed al Nour Street, Haret Hriek, Beirut, Lebanon; PO Box 354/25, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; info@manartv.com; www.manartv.com; www.almanar.com.lb [SDGT].

AL MANSOOREEN (a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL MANSOORIAN (a.k.a. AL MANSOOREEN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL MAQDISI, Abu al Muhtasib (a.k.a. AL ASHQAR, Abdullah Jihad; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, Abdallah; a.k.a. AL-'ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, 'Abdallah Jihad Musa; a.k.a. AL-ASHQAR, Abdullah; a.k.a. AL-ASHQAR, Abdullah Jihad; a.k.a. AL-MAQDISI, Abu-al-Muhtasib; a.k.a. AL-TAWHID, Muhandes; a.k.a. AL-TAWHID, Muhandis; a.k.a. ASHKAR, Abdallah; a.k.a. "ABU-HAJIR"; a.k.a. "AL MUHTASIB, Abu"), Region: Gaza; DOB 1986; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL MARRANI, Mutlaq Ali Aamer (a.k.a. AL-MARRANI, Motlaq Amer; a.k.a. "EMAD, Abu"), Al-Jawf, Yemen; DOB 01 Jan 1984; Gender Male (individual) [GLOMAG].

AL MASHREK FUND (a.k.a. AL MASHREK HOLDING; a.k.a. AL MASHREQ INVESTMENT FUND; a.k.a. AL MASHRIQ HOLDING; a.k.a. AL MASHRIQ INVESTMENT FUND; a.k.a. "MASHRIQ"), Damascus, Syria; Organization Type: Financial and Insurance Activities [PAARSSR-EO13894].

AL MASHREK HOLDING (a.k.a. AL MASHREK FUND; a.k.a. AL MASHREQ INVESTMENT FUND; a.k.a. AL MASHRIQ HOLDING; a.k.a. AL MASHRIQ INVESTMENT FUND; a.k.a. "MASHRIQ"), Damascus, Syria; Organization Type: Financial and Insurance Activities [PAARSSR-EO13894].

AL MASHREQ INVESTMENT FUND (a.k.a. AL MASHREK FUND; a.k.a. AL MASHREK HOLDING; a.k.a. AL MASHRIQ HOLDING; a.k.a. AL MASHRIQ INVESTMENT FUND; a.k.a. "MASHRIQ"), Damascus, Syria; Organization Type: Financial and Insurance Activities [PAARSSR-EO13894].

AL MASHRIQ HOLDING (a.k.a. AL MASHREK FUND; a.k.a. AL MASHREK HOLDING; a.k.a.

AL MASHREQ INVESTMENT FUND; a.k.a. AL MASHRIQ INVESTMENT FUND; a.k.a. "MASHRIQ"), Damascus, Syria; Organization Type: Financial and Insurance Activities [PAARSSR-EO13894].

AL MASHRIQ INVESTMENT FUND (a.k.a. AL MASHREK FUND; a.k.a. AL MASHREK HOLDING; a.k.a. AL MASHREQ INVESTMENT FUND; a.k.a. AL MASHRIQ HOLDING; a.k.a. "MASHRIQ"), Damascus, Syria; Organization Type: Financial and Insurance Activities [PAARSSR-EO13894].

AL MASRI, Abd Al Wakil (a.k.a. ALI, Hassan; a.k.a. AL-NUBI, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADHIL, Mustafa Mohamed; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. JIHAD, Abu; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. "ANIS, Abu"; a.k.a. "HUSSEIN"; a.k.a. "KHALID"; a.k.a. "YUSSRR, Abu"); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

AL MAZIDIH, Akram Turki Hishan (a.k.a. AL-HISHAN, Akram Turki; a.k.a. AL-MAZIDIH, Akram Turki Hishan; a.k.a. "ABU AKRAM"; a.k.a. "ABU JARRAH"), Zabadani, Syria; DOB 1974; alt. DOB 1975; alt. DOB 1979; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL MAZIDIH, Badran Turki Hishan (a.k.a. AL MEZIDI, Badran Turki Hishan; a.k.a. AL-MAZIDIH, Badran Turki al-Hishan; a.k.a. AL-SHA'BANI, Badran Turki Hisham al-Mazidih; a.k.a. AL-TURKI, Badran; a.k.a. HISHAM, Badran al-Turki; a.k.a. HISHAN, Badran Turki; a.k.a. SHALASH, Badran Turki Hayshan; a.k.a. "ABU 'ABDALLAH"; a.k.a. "ABU ABDDULLAH"; a.k.a. "ABU 'AZZAM"; a.k.a. "ABU GHADIYAH"), Zabadani, Syria; DOB 1977; alt. DOB 1978; alt. DOB 1979; POB Mosul, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL MAZIDIH, Ghazy Fezza Hishan (a.k.a. HISHAN, Ghazy Fezzaa; a.k.a. "ABU FAYSAL"; a.k.a. "ABU GHAZZY"; a.k.a. "SHLASH, Mushari Abd Aziz Saleh"), Zabadani, Syria; DOB 1974; alt. DOB 1975; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 (individual) [SDGT].

AL MEZAN CENTER FOR HUMAN RIGHTS (Arabic: مركز الميزان لحقوق الإنسان), Al Mena, Omar El Mukhtar Street, Gaza City, Gaza; Organization Established Date 1999; Target Type Charity or Nonprofit Organization [ICC-EO14203].

AL MEZIDI, Badran Turki Hishan (a.k.a. AL MAZIDIH, Badran Turki Hishan; a.k.a. AL-MAZIDIH, Badran Turki al-Hishan; a.k.a. AL-SHA'BANI, Badran Turki Hisham al-Mazidih; a.k.a. AL-TURKI, Badran; a.k.a. HISHAM, Badran al-Turki; a.k.a. HISHAN, Badran Turki; a.k.a. SHALASH, Badran Turki Hayshan; a.k.a. "ABU 'ABDALLAH"; a.k.a. "ABU ABDULLAH"; a.k.a. "ABU 'AZZAM"; a.k.a. "ABU GHADIYAH"), Zabadani, Syria; DOB 1977; alt. DOB 1978; alt. DOB 1979; POB Mosul, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL MOJIL, Abdulhamid Sulaiman M. (a.k.a. AL MUJAL, Dr. Abd al-Hamid; a.k.a. AL MU'JIL, Abd al-Hamid Sulaiman; a.k.a. AL-MU'AJJAL, Dr. Abd Al-Hamid; a.k.a. AL-MUJIL, Abd Al Hamid Sulaiman Muhammed; a.k.a. AL-MU'JIL, Dr. Abd Abdul-Hamid bin Sulaiman; a.k.a. MUJEL, A.S.; a.k.a. MU'JIL, Abd al-Hamid; a.k.a. "ABDALLAH, Abu"); DOB 28 Apr 1949; alt. DOB 29 Apr 1949; POB Kuwait; nationality Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F 137998 issued 18 Apr 2004 expires 24 Feb 2009; Doctor (individual) [SDGT].

AL MOSAWI, Hamad Yasir Mohsin (a.k.a. AL MUSAWI, Hamad Yasir Mohsin; a.k.a. AL MUSAWI, Hammed Muhsen; a.k.a. AL-MOUSSAWI, Hamad; a.k.a. AL-MUSAWI, Hamad Yasir Muhsin), Baghdad, Iraq; DOB 12 May 1970; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AI3624852 (Iraq) expires 26 Jun 2026; alt. Passport AII035307 (Iraq) expires 01 Apr 2024; National ID No. 00385065 (Iraq) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL MOUKHTAR PRODUCTS CO. SARL (Arabic: منتوجات المختار), Rweiss, Plot 2007, Borj Brajne, Baabda, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Organization Established Date 2008; Organization Type: Manufacture of other food products n.e.c.; Registration Number 2012570 (Lebanon) issued 21 Apr 2008 [SDGT] (Linked To: UNITED GENERAL HOLDING SAL).

AL MOWAFI, Ramzi Mahmoud (a.k.a. MAWAFI, Ramzi; a.k.a. MOWAFI, Ramzi; a.k.a. MUWAFI, Ramzi); DOB 1952; POB Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL MUAMEN, Qassim (a.k.a. ABDULLAH ALI, Qassim; a.k.a. ABDULLAH, Qassim; a.k.a. AHMED, Qassim Abdullah Ali; a.k.a. AL-MUAMEN, Qassim), Iran; DOB 1989; alt. DOB 1988; alt. DOB 1990; alt. DOB 08 Sep 1989; POB Sitrah, Bahrain; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1948673 (Bahrain) issued 18 Oct 2010 expires 18 Oct 2020; National ID No. 890906491 (Bahrain) (individual) [SDGT] (Linked To: AL-ASHTAR BRIGADES).

AL MUAYYAD, Adil Mutahhar Abdallah, Yemen; DOB 20 Aug 1975; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03856973 (Yemen) expires 06 Apr 2016 (individual) [SDGT] (Linked To: ANSARALLAH).

AL MUHANDIS GENERAL ENGINEER COMPANY FOR CONSTRUCTIONS, MECHANICAL, AGRICULTURAL, AND INDUSTRIAL CONTRACTING (a.k.a. AL-MUHANDIS COMPANY; a.k.a. MUHANDIS GENERAL COMPANY; a.k.a. MUHANDIS GENERAL COMPANY FOR CONSTRUCTION, ENGINEERING, MECHANICAL, AGRICULTURAL, AND INDUSTRIAL CONTRACTING (Arabic: شركة المهندس للمقاولات و الانشائية و الهندسية و الميكانيكية و الاعمال الزراعية و الصناعية)), Baghdad, Iraq; Website https://almuhandis.iq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Feb 2023; Organization Type: Activities of holding companies; Target Type State-Owned Enterprise [SDGT] [IFSR] (Linked To: KATA'IB HIZBALLAH; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL MUJAHIDEEN BRIGADES (a.k.a. AL-MUJAHIDIN BRIGADES; a.k.a. ANSAR AL-

MUJAHIDIN MOVEMENT; a.k.a. HOLY WARRIORS BATTALION; a.k.a. KHATIB AI-MUJAHIDIN), West Bank, Palestinian; Gaza Strip, Palestinian; Cairo, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL MUJAL, Dr. Abd al-Hamid (a.k.a. AL MOJIL, Abdulhamid Sulaiman M.; a.k.a. AL MU'JIL, Abd al-Hamid Sulaiman; a.k.a. AL-MU'AJJAL, Dr. Abd Al-Hamid; a.k.a. AL-MUJIL, Abd Al Hamid Sulaiman Muhammed; a.k.a. AL-MU'JIL, Dr. Abd Abdul-Hamid bin Sulaiman; a.k.a. MUJEL, A.S.; a.k.a. MU'JIL, Abd al-Hamid; a.k.a. "ABDALLAH, Abu"); DOB 28 Apr 1949; alt. DOB 29 Apr 1949; POB Kuwait; nationality Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F 137998 issued 18 Apr 2004 expires 24 Feb 2009; Doctor (individual) [SDGT].

AL MU'JIL, Abd al-Hamid Sulaiman (a.k.a. AL MOJIL, Abdulhamid Sulaiman M.; a.k.a. AL MUJAL, Dr. Abd al-Hamid; a.k.a. AL-MU'AJJAL, Dr. Abd Al-Hamid; a.k.a. AL-MUJIL, Abd Al Hamid Sulaiman Muhammed; a.k.a. AL-MU'JIL, Dr. Abd Abdul-Hamid bin Sulaiman; a.k.a. MUJEL, A.S.; a.k.a. MU'JIL, Abd al-Hamid; a.k.a. "ABDALLAH, Abu"); DOB 28 Apr 1949; alt. DOB 29 Apr 1949; POB Kuwait; nationality Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F 137998 issued 18 Apr 2004 expires 24 Feb 2009; Doctor (individual) [SDGT].

AL MUSAWI, Hamad Yasir Mohsin (a.k.a. AL MOSAWI, Hamad Yasir Mohsin; a.k.a. AL MUSAWI, Hammed Muhsen; a.k.a. AL-MOUSSAWI, Hamad; a.k.a. AL-MUSAWI, Hamad Yasir Muhsin), Baghdad, Iraq; DOB 12 May 1970; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AI3624852 (Iraq) expires 26 Jun 2026; alt. Passport AII035307 (Iraq) expires 01 Apr 2024; National ID No. 00385065 (Iraq) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL MUSAWI, Hammed Muhsen (a.k.a. AL MOSAWI, Hamad Yasir Mohsin; a.k.a. AL MUSAWI, Hamad Yasir Mohsin; a.k.a. AL-MOUSSAWI, Hamad; a.k.a. AL-MUSAWI, Hamad Yasir Muhsin), Baghdad, Iraq; DOB 12 May 1970; POB Baghdad, Iraq; nationality Iraq;

Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AI3624852 (Iraq) expires 26 Jun 2026; alt. Passport AII035307 (Iraq) expires 01 Apr 2024; National ID No. 00385065 (Iraq) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL MUTAHADUN COMPANY (a.k.a. AL MUTAHADUN FOR EXCHANGE; a.k.a. AL-MARKAZIYA LI-SIARAFA (Arabic: شركة المركزية للصرافة)), Gaza; Aksaray Mah. Cerrahpasa Cad. Muratpasa, Apt. No: 3/12, Fatih, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 563157932 (Palestinian); Istanbul Chamber of Comm. No. 142520-5 (Turkey); Business Registration Number 267113103200001 (Turkey) [SDGT] (Linked To: SHAMLAKH, Zuhair).

AL MUTAHADUN FOR EXCHANGE (a.k.a. AL MUTAHADUN COMPANY; a.k.a. AL-MARKAZIYA LI-SIARAFA (Arabic: شركة المركزية للصرافة)), Gaza; Aksaray Mah. Cerrahpasa Cad. Muratpasa, Apt. No: 3/12, Fatih, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 563157932 (Palestinian); Istanbul Chamber of Comm. No. 142520-5 (Turkey); Business Registration Number 267113103200001 (Turkey) [SDGT] (Linked To: SHAMLAKH, Zuhair).

AL NAIMEH, Abdelrahman Imer al Jaber (a.k.a. AL NEAIMI, Abdulrahman Omair; a.k.a. AL-NAIMI, A. Rahman; a.k.a. ALNAIMI, A. Rahman Omair J; a.k.a. AL-NA'IMI, Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AIMI, 'Abd al-Rahman; a.k.a. AL-NUA'YMI, 'Abd al-Rahman; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Umayr; a.k.a. AL-NU'AYMI, 'Abdallah Muhammad; a.k.a. AL-NU'IMI, 'Abd al-Rahman bin 'Amir), Qatar; DOB 1954; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00868774 (Qatar) expires 27 Apr 2014; Personal ID Card 25463401784 (Qatar) expires 06 Dec 2019 (individual) [SDGT].

AL NAJI, Abu Al Bara'a (a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim;

a.k.a. AL-TALHI, Abdul Rahim Hammad Ahmad; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. "RAHIM, Abdul"), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

AL NASER WINGS (a.k.a. AL NASER WINGS AIRLINES; a.k.a. ALNASER AIRLINES; a.k.a. AL-NASER AIRLINES), Al-Karrada, Babil Region - District 929, St. 21, Home 46, Baghdad, Iraq; P.O. Box 28360, Dubai, United Arab Emirates; P.O. Box 911399, Amman 11191, Jordan; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR).

AL NASER WINGS AIRLINES (a.k.a. AL NASER WINGS; a.k.a. ALNASER AIRLINES; a.k.a. AL-NASER AIRLINES), Al-Karrada, Babil Region - District 929, St. 21, Home 46, Baghdad, Iraq; P.O. Box 28360, Dubai, United Arab Emirates; P.O. Box 911399, Amman 11191, Jordan; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR).

AL NEAIMI, Abdulrahman Omair (a.k.a. AL NAIMEH, Abdelrahman Imer al Jaber; a.k.a. AL-NAIMI, A. Rahman; a.k.a. ALNAIMI, A. Rahman Omair J; a.k.a. AL-NA'IMI, Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AIMI, 'Abd al-Rahman; a.k.a. AL-NUA'YMI, 'Abd al-Rahman; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Umayr; a.k.a. AL-NU'AYMI, 'Abdallah Muhammad; a.k.a. AL-NU'IMI, 'Abd al-Rahman bin 'Amir), Qatar; DOB 1954; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00868774 (Qatar) expires 27 Apr 2014; Personal ID Card 25463401784 (Qatar) expires 06 Dec 2019 (individual) [SDGT].

AL NEZAAM AL ASASY GENERAL TRADING COMPANY (a.k.a. AL NEZAM AL ASASY GENERAL TRADING L.L.C (Arabic: النظام الأساسي للتجارة العامة ش.ذ.م.م.); a.k.a.

ALNEZAM AL ASASY GENERAL TRADING), PO Box 40450, Dubai, United Arab Emirates; Kuwait Building 104, Deira, Dubai, United Arab Emirates; Organization Established Date 24 Aug 2011; Identification Number 196181 (United Arab Emirates); License 658287 (United Arab Emirates); Registration Number 1081418 (United Arab Emirates) [SOMALIA] (Linked To: ABDI, Abdulwahab Noor).

AL NEZAM AL ASASY GENERAL TRADING L.L.C (Arabic: النظام الأساسي للتجارة العامة ش.ذ.م.م.) (a.k.a. AL NEZAAM AL ASASY GENERAL TRADING COMPANY; a.k.a. ALNEZAM AL ASASY GENERAL TRADING), PO Box 40450, Dubai, United Arab Emirates; Kuwait Building 104, Deira, Dubai, United Arab Emirates; Organization Established Date 24 Aug 2011; Identification Number 196181 (United Arab Emirates); License 658287 (United Arab Emirates); Registration Number 1081418 (United Arab Emirates) [SOMALIA] (Linked To: ABDI, Abdulwahab Noor).

AL NOBANI, Ali (a.k.a. AL-OBEIDI, Ahmed Hassan Kaka; a.k.a. AL-UBAYDI, Ahmad Hassan Kaka; a.k.a. HAZIM KAKA), Al Humayra Village, Taza sub district, Iraq; Kurdi Al Nasir village, Iraq; DOB 1949; POB Baghdad, Iraq; nationality Iraq; Passport F032516 (Iraq) issued 04 May 1976 (individual) [IRAQ3].

AL NOOR PRISONER SOCIETY (a.k.a. AL-NUR PRISONER ASSOCIATION; a.k.a. AL-NUR SOCIETY GAZA (Arabic: جمعية النور); a.k.a. EL-NUR SOCIETY; a.k.a. JAMA'IT ELANUR AL-KHIRIYA), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2001; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

AL NOUR BROADCASTING STATION (a.k.a. AL NOUR RADIO; a.k.a. AL NUR RADIO; a.k.a. RADIO ANNOUR), Abed Al Nour Street, PO Box 197/25, Alghobeiri, Haret Hriek, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; info@al-nour.net; www.al-nour.net [SDGT].

AL NOUR RADIO (a.k.a. AL NOUR BROADCASTING STATION; a.k.a. AL NUR RADIO; a.k.a. RADIO ANNOUR), Abed Al Nour Street, PO Box 197/25, Alghobeiri, Haret Hriek, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; info@al-nour.net; www.al-nour.net [SDGT].

AL NUR RADIO (a.k.a. AL NOUR BROADCASTING STATION; a.k.a. AL NUR RADIO; a.k.a. RADIO ANNOUR), Abed Al Nour Street, PO Box 197/25, Alghobeiri, Haret Hriek, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; info@al-nour.net; www.al-nour.net [SDGT].

AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT (a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL OBAIDI, Tarik Nasser S. (a.k.a. AL-'UBAYDI, Tarik; a.k.a. AL-'UBAYDI, Tariq), Baghdad, Iraq; DOB 1945; POB Baghdad, Iraq; nationality Iraq; Passport 212331 (Iraq) (individual) [IRAQ2].

AL OMGE AND BROS COMPANY MONEY EXCHANGE (a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL OMGE AND BROS FOR EXCHANGE COMPANY (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY

EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL OMGI AND BROS COMPANY (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE

COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL OMQI, Mohammed Saleh Abdurabu (a.k.a. ABDORABOH, Mohammed Saleh; a.k.a. ALAMQE, Mohammed Saleh A; a.k.a. AL-AMQI, Muhammad Salih 'Abd-Rabbuh; a.k.a. ALAMQY, Mohammed Salih Abdrabah; a.k.a. AL-OMAQY, Mohammed Saleh Abd Rabo; a.k.a. AL-OMGY, Mohammed Saleh Abd'rabbo; a.k.a. AL-OMGY, Muhammad Salih Abd-Rabbuh (Arabic: محمد صالح عبدربه العمقي); a.k.a. AL-UMAQI, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMGY, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMQI, Mohammad Salih Abdurabbuh; a.k.a. AL-UMQI, Muhammad Saleh Abd-Rabbuh; a.k.a. AL-UMQY, Muhammad Saleh Abd-Rabbuh), Jamal Street, under Royal Hotel, Taiz, Yemen; Mukalla, Yemen; Al Hudaydah San'a' Street, J Dirham, Salam, Hadramawt, Yemen; Al Amqi Company,

Al Makla, Ash Shaykh Uthman, Hadramawt, Yemen; Sayyiun, Suq As Sarrafin, Sayun, Yemen; Shabwat, Ataq, Shabwah, Yemen; Tarim, At Tawahi Street, Tarim, Yemen; DOB 11 Feb 1962; alt. DOB 12 Feb 1962; POB Shakhawi, Hadramawt Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02729375 (Yemen) issued 29 Dec 2009 expires 08 Dec 2013; alt. Passport 00692808 (Yemen) issued 03 Mar 2001 expires 03 Mar 2007; Identification Number 08010019189 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL OTAIBI, Badr Lafi M. (a.k.a. ALOTAIBI, Badr Lafi M.); DOB 06 Jul 1973; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport P667604 (Saudi Arabia) issued 07 Jan 2015 expires 13 Nov 2019 (individual) [GLOMAG].

AL PETRA COMPANY FOR GOODS TRANSPORT LTD (a.k.a. PETRA NAVIGATION & INTERNATIONAL TRADING CO. LTD.; a.k.a. PETRA NAVIGATION AND INTERNATIONAL TRADING CO. LTD.), Hai Al Wahda Mahalat 906, 906 Zulak 50, House 14, Baghdad, Iraq [IRAQ2].

AL QAEDA (a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL QAIDA (a.k.a. AL QAEDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC

ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL QA'IDA (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL QAISI, Naif Saleh Salem (a.k.a. AL QAYSI, Nayif Salih Salim; a.k.a. AL-GHAYSI, Nayif; a.k.a. AL-QAYSI, Nayif Salih Salim), Al-Bayda Governorate, Yemen; Sana, Sana Governorate, Yemen; DOB 01 Jan 1983; POB Albaidah, Yemen; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 04796738 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL QARAWI, Abu Yahya (a.k.a. AL QARAWI, Saleh; a.k.a. AL QARAWI, Saleh Abudullah Saleh; a.k.a. AL SAGHIR, Akhuk; a.k.a. AL-KHEIR, Najm; a.k.a. AL-QARAWI, Saleh bin Abdullah; a.k.a. "FAWAKEH"; a.k.a. "MOOTASEM"); DOB 15 Nov 1982; POB Brydah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E646989 (individual) [SDGT].

AL QARAWI, Saleh (a.k.a. AL QARAWI, Abu Yahya; a.k.a. AL QARAWI, Saleh Abudullah Saleh; a.k.a. AL SAGHIR, Akhuk; a.k.a. AL-KHEIR, Najm; a.k.a. AL-QARAWI, Saleh bin Abdullah; a.k.a. "FAWAKEH"; a.k.a. "MOOTASEM"); DOB 15 Nov 1982; POB Brydah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E646989 (individual) [SDGT].

AL QARAWI, Saleh Abudullah Saleh (a.k.a. AL QARAWI, Abu Yahya; a.k.a. AL QARAWI, Saleh; a.k.a. AL SAGHIR, Akhuk; a.k.a. AL-KHEIR, Najm; a.k.a. AL-QARAWI, Saleh bin Abdullah; a.k.a. "FAWAKEH"; a.k.a. "MOOTASEM"); DOB 15 Nov 1982; POB Brydah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E646989 (individual) [SDGT].

AL QAYSI, Nayif Salih Salim (a.k.a. AL QAISI, Naif Saleh Salem; a.k.a. AL-GHAYSI, Nayif; a.k.a. AL-QAYSI, Nayif Salih Salim), Al-Bayda Governorate, Yemen; Sana, Sana Governorate, Yemen; DOB 01 Jan 1983; POB Albaidah, Yemen; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 04796738 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL QODS (a.k.a. IRGC-QF; a.k.a. IRGC-QUDS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS-QODS FORCE; a.k.a. JERUSALEM FORCE; a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN); a.k.a. QODS (JERUSALEM) FORCE OF THE IRGC; a.k.a. QODS FORCE; a.k.a. QUDS FORCE; a.k.a. SEPAH-E QODS; a.k.a. SEPAH-E QODS (JERUSALEM FORCE)), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] [ELECTION-EO13848].

AL QUDS INSTITUTE (a.k.a. AL QUDS INTERNATIONAL INSTITUTION; a.k.a. AL-QUDS FOUNDATION; a.k.a. AL-QUDS INTERNATIONAL FOUNDATION; a.k.a. INTERNATIONAL AL QUDS INSTITUTE; a.k.a. INTERNATIONAL JERUSALEM FOUNDATION; a.k.a. JERUSALEM INTERNATIONAL ESTABLISHMENT; a.k.a. JERUSALEM INTERNATIONAL FOUNDATION; a.k.a. MU'ASSASAT AL-QUDS; a.k.a. THE INTERNATIONAL AL QUDS FOUNDATION; a.k.a. "IJF"), Hamra Street, Saroulla Building, 11th Floor; P.O. Box Beirut-Hamra 113/5647, Beirut, Lebanon; Website www.alquds-online.org; Email Address institution@alquds-online.org; alt. Email Address alquds_institution@yahoo.com; alt. Email Address info@alquds-city.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL QUDS INTERNATIONAL INSTITUTION (a.k.a. AL QUDS INSTITUTE; a.k.a. AL-QUDS FOUNDATION; a.k.a. AL-QUDS INTERNATIONAL FOUNDATION; a.k.a. INTERNATIONAL AL QUDS INSTITUTE; a.k.a. INTERNATIONAL JERUSALEM FOUNDATION; a.k.a. JERUSALEM INTERNATIONAL ESTABLISHMENT; a.k.a. JERUSALEM INTERNATIONAL FOUNDATION; a.k.a. MU'ASSASAT AL-QUDS; a.k.a. THE INTERNATIONAL AL QUDS FOUNDATION; a.k.a. "IJF"), Hamra Street, Saroulla Building, 11th Floor; P.O. Box Beirut-Hamra 113/5647, Beirut, Lebanon; Website www.alquds-online.org; Email Address institution@alquds-online.org; alt. Email Address alquds_institution@yahoo.com; alt. Email Address info@alquds-city.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL RAHMAH WELFARE ORGANISATION (a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"),

House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

AL RAHMAH WELFARE ORGANIZATION (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

AL RAHMAN WELFARE ORGANISATION (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION;

a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

AL RAHMAN, Inayat al Rahman bin Sheikh Jamil (a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

AL RAHMAN, Shaykh Umar Abd; DOB 03 May 1938; POB Egypt; Secondary sanctions risk:

section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Chief Ideological Figure of ISLAMIC GAMA'AT (individual) [SDGT].

AL RASHEED TRUST (a.k.a. AL AMEEN TRUST; a.k.a. AL AMIN TRUST; a.k.a. AL AMIN WELFARE TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-MADINA TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. MAIMAR TRUST; a.k.a. MAYMAR TRUST; a.k.a. MEYMAR TRUST; a.k.a. MOMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

AL RASHEED TRUST (a.k.a. AL RASHID TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. THE AID ORGANIZATION OF THE ULEMA), Kitab Ghar, Darul Ifta Wal Irshad, Nazimabad No. 4, Karachi, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; 302b-40, Good Earth Court, Opposite Pia Planitarium, Block 13a, Gulshan -I Iqbal, Karachi, Pakistan; 617 Clifton Center, Block 5, 6th Floor, Clifton, Karachi, Pakistan; 605 Landmark Plaza, 11 Chundrigar Road, Opposite Jang Building, Karachi,

Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif; Also operations in: Kosovo,Chechnya [SDGT].

AL RASHID TRUST (a.k.a. AL AMEEN TRUST; a.k.a. AL AMIN TRUST; a.k.a. AL AMIN WELFARE TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-MADINA TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. MAIMAR TRUST; a.k.a. MAYMAR TRUST; a.k.a. MEYMAR TRUST; a.k.a. MOMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

AL RASHID TRUST (a.k.a. AL RASHEED TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. THE AID ORGANIZATION OF THE ULEMA), Kitab Ghar, Darul Ifta Wal Irshad, Nazimabad No. 4, Karachi, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; 302b-40, Good Earth Court, Opposite Pia Planitarium, Block 13a, Gulshan -I Iqbal, Karachi, Pakistan; 617 Clifton Center, Block 5, 6th Floor, Clifton, Karachi,

Pakistan; 605 Landmark Plaza, 11 Chundrigar Road, Opposite Jang Building, Karachi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif; Also operations in: Kosovo,Chechnya [SDGT].

AL RASHIDI, Yaqoob Mansoor (a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

AL RAWDA EXCHANGE AND MONEY TRANSFERS COMPANY (Arabic: شركة الروضة للصرافة والتحويلات المالية) (a.k.a. AL RAWDA EXCHANGE AND TRANSFERS CO.; a.k.a. AL RAWDAH EXCHANGE AND FINANCIAL TRANSACTIONS-MOHAMMAD ALI MOHAMMED AL HAWRI AND YASSER ALI MOHAMMED AL HAWRI COMPANY GENERAL PARTNERSHIP (Arabic: شركة الروضة للصرافة والتحويلات المالية محمد علي محمد الحوري وياسر علي محمد الحوري التضامنية)), Airport Line, Al-Jumna Roundabout, Sana'a, Yemen; Sa'adah, Yemen; Al-Hudaydah, Yemen; Amran, Yemen; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL RAWDA EXCHANGE AND TRANSFERS CO. (a.k.a. AL RAWDA EXCHANGE AND MONEY TRANSFERS COMPANY (Arabic: شركة الروضة للصرافة والتحويلات المالية)); a.k.a. AL RAWDAH EXCHANGE AND FINANCIAL TRANSACTIONS-MOHAMMAD ALI MOHAMMED AL HAWRI AND YASSER ALI MOHAMMED AL HAWRI COMPANY GENERAL PARTNERSHIP (Arabic: شركة الروضة للصرافة والتحويلات المالية محمد علي محمد الحوري وياسر علي محمد الحوري التضامنية)), Airport Line, Al-Jumna Roundabout, Sana'a, Yemen; Sa'adah, Yemen; Al-Hudaydah, Yemen; Amran, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL RAWDAH EXCHANGE AND FINANCIAL TRANSACTIONS-MOHAMMAD ALI MOHAMMED AL HAWRI AND YASSER ALI MOHAMMED AL HAWRI COMPANY GENERAL PARTNERSHIP (Arabic: شركة الروضة للصرافة والتحويلات المالية محمد علي محمد الحوري وياسر علي محمد الحوري التضامنية) (a.k.a. AL RAWDA EXCHANGE AND MONEY TRANSFERS COMPANY (Arabic: شركة الروضة للصرافة والتحويلات المالية)); a.k.a. AL RAWDA EXCHANGE AND TRANSFERS CO.), Airport Line, Al-Jumna Roundabout, Sana'a, Yemen; Sa'adah, Yemen; Al-Hudaydah, Yemen; Amran, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL RAWI, Abdulrahman (a.k.a. AL-RAWI, Abd-al-Rahman; a.k.a. AL-RAWI, Abd-al-Rahman 'Ali Husayn al-Ahmad; a.k.a. AL-RAWI, Abdul Rahman; a.k.a. AL-RAWI, Abu Abd Al Rahman), Turkey; DOB 1983; POB Albu Kamal, Dayr az Zawr Province, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 905515983567; alt. Phone Number 9647718635788; alt. Phone Number 96351667406; alt. Phone Number 9647715959705 (individual) [SDGT].

AL RAWI, Adnan Mahmood (a.k.a. ALRAWI, Adnan Mahmoud; a.k.a. AL-RAWI, 'Adnan

Muhammad Amin; a.k.a. AL-RAWI, Amin Muhammad; a.k.a. AMIN, 'Adnan Muhammad; a.k.a. RAWI, Adnan Mahmood; a.k.a. "ALDEEN, Mohammed Amad Az"; a.k.a. "EMAD, Mohammad"; a.k.a. "EZALDEEN, Mohammed Emad"), Erbil, Iraq; Amman, Jordan; Sulaymaniyah, Iraq; Istanbul, Turkey; Adana, Turkey; Bazaz Abd, Syria; al-Rawah, Anbar, Iraq; DOB 07 Jan 1985; alt. DOB 28 Aug 1982; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 649474 (Iraq); Identification Number 00260818 (Iraq); alt. Identification Number 658032 (Jordan); alt. Identification Number 635464 (Jordan); alt. Identification Number 1251025 (Jordan); alt. Identification Number 1200701 (Jordan); alt. Identification Number 24906658031 (Jordan); alt. Identification Number 1465967 (Jordan); alt. Identification Number 1194396 (Jordan) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL REHMAT TRUST (a.k.a. AL-RAHMAT TRUST; a.k.a. AL-REHMAN TRUST; a.k.a. AR-RAHMAN TRUST; a.k.a. UR-RAHMAN TRUST; a.k.a. UR-RAMAT TRUST), 537/1-Z Defense Housing Area (DHA), Lahore, Pakistan; Office 22, Third Floor, al Fatah Plaza, Commerical Market, Rawalpindi, Pakistan; Room No. 22, 3rd Floor, al-Fateh Plaza, Commerical Market Road, Chandi Chowk, Rawalpindi, Pakistan; Karachi, Pakistan; Nelam Road, Bandi Chehza, Muzaffarabad, Pakistan; Balakot, Besyan Chouk, Pakistan; Rajana Road, Srah-Salah, Haripur, Pakistan; Rehana Road, Sirai Salih, Post Box #22, G.P.O. Haripur, Northwest Frontier Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL ROWAD BANK FOR DEVELOPMENT & INVESTMENT (a.k.a. AL ROWAD BANK FOR DEVELOPMENT AND INVESTMENT; a.k.a. AL-KHALEEJ BANK; a.k.a. ALKHALEEJ BANK CO LTD), Albaraka Tower, 6th Floor, 1 Al Qasr, Khartoum, Sudan; SWIFT/BIC KHJBSDKH; Website www.al-khaleejbank.com; Target Type Financial Institution [SUDAN-EO14098].

AL ROWAD BANK FOR DEVELOPMENT AND INVESTMENT (a.k.a. AL ROWAD BANK FOR DEVELOPMENT & INVESTMENT; a.k.a. AL-KHALEEJ BANK; a.k.a. ALKHALEEJ BANK CO LTD), Albaraka Tower, 6th Floor, 1 Al Qasr, Khartoum, Sudan; SWIFT/BIC KHJBSDKH;

Website www.al-khaleejbank.com; Target Type Financial Institution [SUDAN-EO14098].

AL ROWAD REAL ESTATE DEVELOPMENT (Arabic: الرواد للتطوير العقاري) (a.k.a. ALROWAD COMPANY; a.k.a. ALROWAD FOR REAL ESTATE; a.k.a. ALROWAD FOR REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD RESIDENTIAL COMPOUND; a.k.a. PIONEER COMPANY FOR REAL ESTATE DEVELOPMENT CO. LTD.; a.k.a. PIONEER REAL ESTATE DEVELOPMENT CO. LTD. OF SUDAN-SAUDI ARABIA; a.k.a. RUWWAD AL-QABIDAH COMPANY; a.k.a. RUWWAD REAL ESTATE DEVELOPMENT), West Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2010; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

AL SAADI, Mansoor Ahmed (a.k.a. AL-SA'ADI, Mansur; a.k.a. AL-SA'ADI, Mansur Ahmad; a.k.a. "Abu Sajjad"), Yemen; DOB 1988; nationality Yemen; Gender Male; Houthi Commander of Yemen's Naval and Coastal Defense Forces (individual) [YEMEN].

AL SAEDI, Hayder Mezher Maalak (a.k.a. AL-SA'IDI, Haydar Muzhir Ma'lak; a.k.a. "AL-GHARAWI, 'Ali Haydar"; a.k.a. "AL-GHARAWI, Haider Ibrahim"; a.k.a. "AL-GHARAWI, Haydar"), Iraq; DOB 24 Apr 1978; nationality Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A14940315 (Iraq) expires 19 Jan 2027 (individual) [SDGT] (Linked To: HARAKAT ANSAR ALLAH AL-AWFIYA).

AL SAGHIR, Akhuk (a.k.a. AL QARAWI, Abu Yahya; a.k.a. AL QARAWI, Saleh; a.k.a. AL QARAWI, Saleh Abudullah Saleh; a.k.a. AL-KHEIR, Najm; a.k.a. AL-QARAWI, Saleh bin Abdullah; a.k.a. "FAWAKEH"; a.k.a. "MOOTASEM"); DOB 15 Nov 1982; POB Brydah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E646989 (individual) [SDGT].

AL SAHRAWI, Abu Yahya Yunis (a.k.a. ABU BAKAR, Mohammad Hassan; a.k.a. AL-LIBI, Abu Yahya; a.k.a. AL-LIBI, Muhammad Hasan; a.k.a. QA'ID, Hasan; a.k.a. QA'ID, Hasan

Muhammad Abu Bakr; a.k.a. QAYED, Muhammad Hassan; a.k.a. RASHID, Abu Yunus; a.k.a. SHEIKH YAHYA, Abu Yahya); DOB 1963; POB Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL SALAM TRADING AND AGENCIES GENERAL ESTABLISHMENT (Arabic: مؤسسة السلام للتجارة والتوكيلات العامة), Sanaa, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 8718 (Yemen) [SDGT] (Linked To: AL AHMAR, Hamid Abdullah Hussein).

AL SANABIL (a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL SANHAJI, Abu Abdul Rahman Ali (a.k.a. AL-SANHAJI, Abou Abderrahmane; a.k.a. AL-SANHAJI, Abu 'Abd Al-Rahman Ali; a.k.a. AL-SENHADJI, Abou Abderrahman; a.k.a. MAYCHOU, Ali; a.k.a. "ABDERAHMANE AL MAGHREBI"), Mali; DOB 25 May 1983; POB Taza, Morocco; nationality Morocco; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL SHAHBOZ KHAN GENERAL TRADING LLC. (a.k.a. SHAHBAZ KHAN GENERAL TRADING LLC), Al Ghas Building, Baniyas Square, Al Rigga Area, Flat No. 106, Dubai, United Arab Emirates; P.O. Box 24241, Dubai, United Arab Emirates; P.O. Box 40754, Dubai, United Arab Emirates; Shop No. 16, Baniyas Centre, Dubai, United Arab Emirates; C.R. No. 52060 (United Arab Emirates) [SDNTK].

AL SHAM COMPANY (a.k.a. AL-SHAM COMPANY; a.k.a. CHAM HOLDING; a.k.a. CHAM INVESTMENT GROUP; a.k.a. SHAM HOLDING COMPANY SAL; a.k.a. "CHAM"; a.k.a. "SHAM HOLDING"), Cham Holding

Building, Daraa Highway, Sahnaya Area, P.O. Box 9525, Damascus, Syria [PAARSSR-EO13894].

AL SHAMI, Abdelkader Kassim Ahmed (a.k.a. AL-SHAMI, Abdul Qader; a.k.a. AL-SHAMI, Abdulqader), Yemen; DOB 10 Oct 1954; POB Yemen; nationality Yemen; Gender Male (individual) [GLOMAG].

AL SHARAFI OIL COMPANIES SERVICES (a.k.a. AL-SHARAFI OIL; a.k.a. AL-SHARAFI OIL FOR IMPORTING PETROLEUM DERIVATIVES), Sana'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2/34074 (Yemen) [SDGT] (Linked To: ANSARALLAH).

AL SHARAFI, Zaid (a.k.a. AL SHARAFI, Zaid Ali Yahya), Airport St, Sana'a, Yemen; DOB 01 Jan 1977; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02295046 (Yemen) expires 27 May 2012 (individual) [SDGT] (Linked To: ANSARALLAH).

AL SHARAFI, Zaid Ali Yahya (a.k.a. AL SHARAFI, Zaid), Airport St, Sana'a, Yemen; DOB 01 Jan 1977; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02295046 (Yemen) expires 27 May 2012 (individual) [SDGT] (Linked To: ANSARALLAH).

AL SIFRANI, Ali (a.k.a. AL-SAFRANI, Ali Ahmidah; a.k.a. AS-SAFRANI, Ali Samida; a.k.a. ZAFRANI, Ali), Libya; DOB 1982; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL SILSILAH AL DHAHABA (a.k.a. GOLDEN CHAIN (Arabic: سلسله الذهب); a.k.a. SELSELAT AL THAHAB; a.k.a. SELSELAT AL THAHAB FOR MONEY EXCHANGE; a.k.a. SILSALAT AL DHAB; a.k.a. SILSILAH MONEY EXCHANGE COMPANY; a.k.a. SILSILAT MONEY EXCHANGE COMPANY; a.k.a. SILSILET AL THAHAB), Al-Kadhumi Complex, al Harthia, Baghdad, Iraq; al Abbas Street, Karbala, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL SOWAIDI, Ebrahim Mohsen Ali (a.k.a. AL SWAIDI, Ibrahim; a.k.a. AL-NAJJAR, Ibrahim Mohsen Ali; a.k.a. AL-SUWAIDI, Ibrahim Mohsen), Sana'a, Yemen; DOB 01 Jan 1979; POB Ibb, Yemen; alt. POB Ab-Al-Nadirah, Yemen; nationality Yemen; citizen Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 04331802 (Yemen) expires 03 Apr 2017 (individual) [SDGT] (Linked To: ANSARALLAH).

AL SULTAN GOLD & JEWELRY (a.k.a. AL SULTAN GOLD AND JEWELRY; a.k.a. AL SULTAN JEWELRY; a.k.a. AL SULTAN MONEY TRANSFER COMPANY; a.k.a. AL-SULTAN JEWELRY & GENERAL TRADING CO; a.k.a. AL-SULTAN JEWELRY AND GENERAL TRADING CO; a.k.a. ALSULTAN KUYUMCULUK; a.k.a. ALSULTAN KUYUMCULUK ELEKTRONIK GIDA ITHALAT IHRACAT LIMITED SIRKETI; a.k.a. SULTAN GOLD), Ataturk Mah. Sehit Nusret Cad., No: 17 A/1 Haliliye-Haliliye, Sanliurfa, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL SULTAN GOLD AND JEWELRY (a.k.a. AL SULTAN GOLD & JEWELRY; a.k.a. AL SULTAN JEWELRY; a.k.a. AL SULTAN MONEY TRANSFER COMPANY; a.k.a. AL-SULTAN JEWELRY & GENERAL TRADING CO; a.k.a. AL-SULTAN JEWELRY AND GENERAL TRADING CO; a.k.a. ALSULTAN KUYUMCULUK; a.k.a. ALSULTAN KUYUMCULUK ELEKTRONIK GIDA ITHALAT IHRACAT LIMITED SIRKETI; a.k.a. SULTAN GOLD), Ataturk Mah. Sehit Nusret Cad., No: 17 A/1 Haliliye-Haliliye, Sanliurfa, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL SULTAN JEWELRY (a.k.a. AL SULTAN GOLD & JEWELRY; a.k.a. AL SULTAN GOLD AND JEWELRY; a.k.a. AL SULTAN MONEY TRANSFER COMPANY; a.k.a. AL-SULTAN JEWELRY & GENERAL TRADING CO; a.k.a. AL-SULTAN JEWELRY AND GENERAL TRADING CO; a.k.a. ALSULTAN KUYUMCULUK; a.k.a. ALSULTAN KUYUMCULUK ELEKTRONIK GIDA ITHALAT IHRACAT LIMITED SIRKETI; a.k.a. SULTAN GOLD), Ataturk Mah. Sehit Nusret Cad., No: 17 A/1 Haliliye-Haliliye, Sanliurfa, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL SULTAN MONEY TRANSFER COMPANY (a.k.a. AL SULTAN GOLD & JEWELRY; a.k.a. AL SULTAN GOLD AND JEWELRY; a.k.a. AL SULTAN JEWELRY; a.k.a. AL-SULTAN JEWELRY & GENERAL TRADING CO; a.k.a. AL-SULTAN JEWELRY AND GENERAL TRADING CO; a.k.a. ALSULTAN KUYUMCULUK; a.k.a. ALSULTAN KUYUMCULUK ELEKTRONIK GIDA ITHALAT IHRACAT LIMITED SIRKETI; a.k.a. SULTAN GOLD), Ataturk Mah. Sehit Nusret Cad., No: 17 A/1 Haliliye-Haliliye, Sanliurfa, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL SUNAIDAR, Mohammed Mohammed Abdullah (Arabic: محمد محمد عبدالله السنيدار) (a.k.a. AL-SUNAYDAR, Muhammad), Sana'a, Yemen; DOB 05 Mar 1987; POB Sana'a, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RE138611 (Saint Kitts and Nevis) issued 30 Jan 2023 expires 29 Jan 2033; alt. Passport 04493923 (Yemen) expires 20 Sep 2017 (individual) [SDGT] (Linked To: ANSARALLAH).

AL SWAIDI, Ibrahim (a.k.a. AL SOWAIDI, Ebrahim Mohsen Ali; a.k.a. AL-NAJJAR, Ibrahim Mohsen Ali; a.k.a. AL-SUWAIDI, Ibrahim Mohsen), Sana'a, Yemen; DOB 01 Jan 1979; POB Ibb, Yemen; alt. POB Ab-Al-Nadirah, Yemen; nationality Yemen; citizen Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 04331802 (Yemen) expires 03 Apr 2017 (individual) [SDGT] (Linked To: ANSARALLAH).

AL TAHI, Abdulrahim (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, Abdul Rahim Hammad Ahmad; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. "RAHIM, Abdul"), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

AL TAHLI, Abd Al-Rahim (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, Abdul Rahim Hammad Ahmad; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. "RAHIM, Abdul"), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

AL TAIBAH, INTL. (a.k.a. TAIBAH INTERNATIONAL : BOSNIA BRANCH; a.k.a. TAIBAH INTERNATIONAL AID AGENCY; a.k.a. TAIBAH INTERNATIONAL AID ASSOCIATION; a.k.a. TAIBAH INTERNATIONAL AIDE ASSOCIATION), Avde Smajlovic 6, Sarajevo, Bosnia and Herzegovina; No. 26 Tahbanksa Ulica, Sarajevo, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL TANZANI, Ahmad (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL TASHEELAT COMPANY LLC (Arabic: شركة التسهيلات ش.م.م.) (a.k.a. TASHILAT SARL; a.k.a.

"TASHILAT"), Hadi Nasralla Street, Bourj Barajneh, Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Oct 2006; Registration Number 2008980 (Lebanon) [SDGT] (Linked To: JAMIL, Nehme Ahmad; Linked To: YAZBECK, Ahmad Mohamad; Linked To: AL-SHAMI, Husayn).

AL THAWR EXCHANGE (a.k.a. MOHAMMED ALI AL THAWR EXCHANGE (Arabic: محمد علي الثور للصرافه)), Hodeidah, Yemen; Sana'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c. [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL TOKHI, Qari Saifullah (a.k.a. SAHAB, Qari; a.k.a. SAIFULLAH, Qari), Quetta, Pakistan; DOB 1964; alt. DOB 1963 to 1965; POB Daraz Jaldak, Qalat District, Zabul Province, Afghanistan; citizen Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL UBAYDA, Mulfit Kar Iiyas (a.k.a. ALMANCI, Abdurrahman; a.k.a. KAR, Mavlut; a.k.a. KAR, Mawlud; a.k.a. KAR, Meluvet; a.k.a. KAR, Mevlut; a.k.a. KAR, Mivlut; a.k.a. YUSOV, Yanal; a.k.a. ZIKARA, Mevlut; a.k.a. "ABDULLAH THE TURK"; a.k.a. "ABU OBEIDAH AL TURKI"; a.k.a. "ABU OBEJD EL-TURKI"; a.k.a. "ABU UDEJF EL-TURKI"; a.k.a. "AL TURKI KYOSEV"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

AL USTA, Abdelrazag Elsharif (a.k.a. AL-USTA, 'Abd Al-Razzaq Al-Sharif; a.k.a. ELOSTA, Abdelrazag Elsharif; a.k.a. SHARIF, 'Abd al-Razzaq; a.k.a. "ABU MU'AWIYA"; a.k.a. "AL-MULAY, 'Abd"), undetermined; DOB 20 Jun 1963; POB SOGUMA, LIBYA; nationality United Kingdom; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL WAFA (a.k.a. AL WAFA ORGANIZATION; a.k.a. WAFA AL-IGATHA AL-ISLAMIA; a.k.a. WAFA HUMANITARIAN ORGANIZATION); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL WAFA ORGANIZATION (a.k.a. AL WAFA; a.k.a. WAFA AL-IGATHA AL-ISLAMIA; a.k.a. WAFA HUMANITARIAN ORGANIZATION); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL WAFA, Yahya Abu (a.k.a. GILL, Muhammad Hussain; a.k.a. GILL, Muhammad Hussein; a.k.a. UL-WAFA, Abu; a.k.a. WAFA, Abdul), 4-Lake Road, Lahore, Pakistan; DOB 07 Apr 1937; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 35202-8457000-3 (Pakistan) (individual) [SDGT].

AL WAQFIYA AL USRAH AL FILASTINIA (a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

AL WASEL AND BABEL GENERAL TRADING LLC, Ibrahim Saeed Lootah Building, Al Ramool Street, P.O. Box 10631 & 638, Rashidya, Dubai, United Arab Emirates; Baghdad, Iraq [IRAQ2].

AL WAZIR, Yahya Mohammed Mohammed, Yemen; DOB 17 May 1981; POB Al-Amanah, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 04496457 (Yemen) expires 01 Oct 2017; alt. Passport 02156424 (Yemen) expires 20 Dec 2011 (individual) [SDGT] (Linked To: ANSARALLAH).

AL WEAM CHARITABLE SOCIETY (a.k.a. ALWEA'AM SOCIETY), East of the Directorate of Instruction and Education, Beit Layeh, Northern Gaza; Website https://www.en.alweaam.ps; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

AL YARMUK BRIGADE (a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL YUMUN REAL ESTATE COMPANY SAL, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 48642 (Lebanon) [SDGT] (Linked To: ASSI, Saleh).

AL ZAFIRI, Khalil Ibrahim (a.k.a. JASSEM, Khalil Ibrahim; a.k.a. KHALIL, Ibrahim Mohamed; a.k.a. MOHAMMAD, Khalil Ibrahim), Refugee shelter Alte Ziegelei, Mainz 55128, Germany; DOB 02 Jul 1975; alt. DOB 02 May 1972; alt. DOB 03 Jul 1975; alt. DOB 1972; POB Dayr Az-Zawr, Syria; alt. POB Baghdad, Iraq; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Travel Document Number A0003900 (Germany); Temporary suspension of deportation No. T04338017, expired 08 May 2013, issued by Alien's Office of the city of Mainz (individual) [SDGT].

AL ZAHAR, Mahmoud Khaled (a.k.a. ZAHHAR, Mahmoud Khaled; a.k.a. "AL-ZAHAR, Mahmoud"; a.k.a. "ZAHAR, Mahmoud"), Gaza; DOB 1945; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [NS-PLC] (Linked To: HAMAS).

AL ZAHRAA ESTABLISHMENT FOR TRADE AND AGENCIES (a.k.a. AZZAHRA ENTERPRISE FOR TRADING AND AGENCIES; a.k.a. AZZAHRA ESTABLISHMENT FOR COMMERCE AND AGENCIES), Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Apr 2018; Tax ID No. 93905 (Yemen); Company Number 226/96 (Yemen); alt. Company Number 236/96 (Yemen); Registration Number 91/431 (Yemen) [SDGT] (Linked To: ANSARALLAH).

AL ZAHRANI, Faysal Ahmad Bin Ali (a.k.a. ALZAHRANI, Faisal Ahmed Ali; a.k.a. AL-ZAHRANI, Faysal Ahmad 'Ali; a.k.a. "AL-JAZRAWI, Abu-Sara"; a.k.a. "AL-SAUDI, Abu Sarah"; a.k.a. "AL-ZAHRANI, Abu-Sarah"; a.k.a. "ZAHRANI, Abu Sara"); DOB 19 Jan 1986; alt. DOB 18 Jan 1986; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K142736 (Saudi Arabia) issued 14 Jul 2011; alt. Passport G579315 (Saudi Arabia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL ZAIDI, Shebl (a.k.a. AL ZAIDI, Shibl; a.k.a. AL-ZADI, Shibl Muhsin Ubayd; a.k.a. AL-ZAYDI, Hajji Shibl Muhsin; a.k.a. AL-ZAYDI, Shibl Muhsin 'Ubayd; a.k.a. MAHDI, Ja'far Salih; a.k.a. "SHIBL, Hajji"), Iraq; DOB 28 Oct 1968; POB Baghdad, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

AL ZAIDI, Shibl (a.k.a. AL ZAIDI, Shebl; a.k.a. AL-ZADI, Shibl Muhsin Ubayd; a.k.a. AL-ZAYDI, Hajji Shibl Muhsin; a.k.a. AL-ZAYDI, Shibl Muhsin 'Ubayd; a.k.a. MAHDI, Ja'far Salih; a.k.a. "SHIBL, Hajji"), Iraq; DOB 28 Oct 1968; POB Baghdad, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

AL ZAOURA NETWORK (a.k.a. AL ZAWRAH TELEVISION; a.k.a. AL ZOURA TV STATION; a.k.a. AL-ZAWARA SATELLITE TELEVISION STATION; a.k.a. AL-ZAWRA TELEVISION STATION; a.k.a. ALZAWRAA TV; a.k.a. AL-ZAWRAA TV; a.k.a. EL-ZAWRA SATELLITE STATION; a.k.a. ZAWRAH TV STATION; a.k.a. ZORAH CHANNEL), Syria [IRAQ3].

AL ZAROONI EXCHANGE (a.k.a. ALZROONI EXCHANGE; a.k.a. M/S. AL ZAROONI EXCHANGE), P.O. Box 116348, Dubai, United Arab Emirates; Near Florida Hotel, Building of Abdul Rahim Mohd. Ismail Badri, Al Sabkha Street, Naif Road, Deira, Dubai, United Arab Emirates; Sikhat Al Khail Road, Dubai, United Arab Emirates; Website www.alzarooniexchange.ae; C.R. No. 91715; Dubai Chamber of Commerce Membership No. 70103; RTN 823410101; License 535436 [TCO].

AL ZAWAHIRI, Dr. Ayman (a.k.a. AL-ZAWAHIRI, Aiman Muhammad Rabi; a.k.a. AL-ZAWAHIRI, Ayman; a.k.a. SALIM, Ahmad Fuad); DOB 19 Jun 1951; POB Giza, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1084010 (Egypt); alt. Passport 19820215; Operational and Military Leader of JIHAD GROUP (individual) [SDGT].

AL ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT SOCIEDAD LIMITADA, Paseo De L'Albereda, 45 ESC A 6 9, Valencia

46023, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Dec 2022; Organization Type: Real estate activities with own or leased property; V.A.T. Number ESB72884711 (Spain); N.I.F. B72884711 (Spain) [SDGT] (Linked To: KHAIR, Abdelbasit Hamza Elhassan Mohamed).

AL ZAWRAH TELEVISION (a.k.a. AL ZAOURA NETWORK; a.k.a. AL ZOURA TV STATION; a.k.a. AL-ZAWARA SATELLITE TELEVISION STATION; a.k.a. AL-ZAWRA TELEVISION STATION; a.k.a. ALZAWRAA TV; a.k.a. AL-ZAWRAA TV; a.k.a. EL-ZAWRA SATELLITE STATION; a.k.a. ZAWRAH TV STATION; a.k.a. ZORAH CHANNEL), Syria [IRAQ3].

AL ZOURA TV STATION (a.k.a. AL ZAOURA NETWORK; a.k.a. AL ZAWRAH TELEVISION; a.k.a. AL-ZAWARA SATELLITE TELEVISION STATION; a.k.a. AL-ZAWRA TELEVISION STATION; a.k.a. ALZAWRAA TV; a.k.a. AL-ZAWRAA TV; a.k.a. EL-ZAWRA SATELLITE STATION; a.k.a. ZAWRAH TV STATION; a.k.a. ZORAH CHANNEL), Syria [IRAQ3].

AL ZUMOROUD AND AL YAQOOT GOLD & JEWELLERS TRADING L.L.C. (Arabic: و الزمرد اليقوت للتجارة الذهب و المجو مرات ش.ذ.م.م) (a.k.a. AL ZUMOROUD AND AL YAQOOT GOLD AND JEWELLERS TRADING L.L.C.; a.k.a. "AZ GOLD"), Office M-10, M-11, M-12 - King of Ghaith Hamel bin Khadim al Ghaith al Qubaisi, Al Daghaya, PO Box 90928, Dubai, United Arab Emirates; Organization Established Date 20 Feb 2020; Organization Type: Wholesale and retail trade; License 880169 (United Arab Emirates); Registration Number 1708681 (United Arab Emirates) [SUDAN-EO14098] (Linked To: AHMMED, Abu Dharr Abdul Nabi Habiballa).

AL ZUMOROUD AND AL YAQOOT GOLD AND JEWELLERS TRADING L.L.C. (a.k.a. AL ZUMOROUD AND AL YAQOOT GOLD & JEWELLERS TRADING L.L.C. (Arabic: و الزمرد اليقوت للتجارة الذهب و المجو مرات ش.ذ.م.م); a.k.a. "AZ GOLD"), Office M-10, M-11, M-12 - King of Ghaith Hamel bin Khadim al Ghaith al Qubaisi, Al Daghaya, PO Box 90928, Dubai, United Arab Emirates; Organization Established Date 20 Feb 2020; Organization Type: Wholesale and retail trade; License 880169 (United Arab Emirates); Registration Number 1708681 (United Arab Emirates) [SUDAN-EO14098] (Linked To: AHMMED, Abu Dharr Abdul Nabi Habiballa).

AL-ABADIN, Zayn (a.k.a. AL-SURI, Yaseen; a.k.a. AL-SURI, Yasin; a.k.a. KHALIL, Ezedin Abdel Aziz; a.k.a. KHALIL, Izz al-Din Abd al-Farid); DOB 1982; POB al-Qamishli, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ethnicity Kurdish (individual) [SDGT].

AL-ABBOUBI, Anas (a.k.a. ABDU SHAKUR, Anas; a.k.a. EL ABBOUBI, Anas; a.k.a. EL-ABBOUBI, Anas; a.k.a. SHAKUR, Anas; a.k.a. "Abu Rawaha the Italian"; a.k.a. "Abu the Italian"; a.k.a. "AL-ITALY, Anas"; a.k.a. "Mc Khalifh"; a.k.a. "Mc Khaliph"; a.k.a. "McKhalif"; a.k.a. "Rawaha al Itali"), Aleppo, Syria; DOB 01 Oct 1992 to 31 Oct 1992; POB Marrakech, Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-'ABDALI, Qattal (a.k.a. AL-'ABDALI, Qital; a.k.a. AL-'ARIF, Sultan Yusuf Hasan; a.k.a. AL-NAJDI, Qital; a.k.a. AL-SAUDI, Abu Musab), Afghanistan; Iran; DOB 28 Jun 1986; alt. DOB 27 Jun 1986; POB Jeddah, Saudi Arabia; nationality Saudi Arabia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-'ABDALI, Qital (a.k.a. AL-'ABDALI, Qattal; a.k.a. AL-'ARIF, Sultan Yusuf Hasan; a.k.a. AL-NAJDI, Qital; a.k.a. AL-SAUDI, Abu Musab), Afghanistan; Iran; DOB 28 Jun 1986; alt. DOB 27 Jun 1986; POB Jeddah, Saudi Arabia; nationality Saudi Arabia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-'ABD-AL-MUHSIN, Yahya Muhammad (a.k.a. AL-ABDULMOHSEN, Yahya Mohamad; a.k.a. ALABDULMOHSEN, Yahya Mohammed Y; a.k.a. AL-ABU HAYDAR, Yahya Muhammad; a.k.a. "YAHYA, Sayyid"), Saudi Arabia; DOB 16 Dec 1979; citizen Saudi Arabia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P045620 (Saudi Arabia) expires 22 Mar 2019; National ID No. 1003159462 (Saudi Arabia) (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

AL-ABDULMOHSEN, Yahya Mohamad (a.k.a. AL-'ABD-AL-MUHSIN, Yahya Muhammad; a.k.a. ALABDULMOHSEN, Yahya Mohammed Y; a.k.a. AL-ABU HAYDAR, Yahya Muhammad; a.k.a. "YAHYA, Sayyid"), Saudi Arabia; DOB 16

Dec 1979; citizen Saudi Arabia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P045620 (Saudi Arabia) expires 22 Mar 2019; National ID No. 1003159462 (Saudi Arabia) (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

ALABDULMOHSEN, Yahya Mohammed Y (a.k.a. AL-'ABD-AL-MUHSIN, Yahya Muhammad; a.k.a. AL-ABDULMOHSEN, Yahya Mohamad; a.k.a. AL-ABU HAYDAR, Yahya Muhammad; a.k.a. "YAHYA, Sayyid"), Saudi Arabia; DOB 16 Dec 1979; citizen Saudi Arabia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P045620 (Saudi Arabia) expires 22 Mar 2019; National ID No. 1003159462 (Saudi Arabia) (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

AL-ABSI, Ahmed Thabit Noman (Arabic: ثابت أحمد العبسي نعمان), Sana'a, Yemen; DOB 09 Sep 1955; POB Ta'izz, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 05619734 (Yemen) (individual) [SDGT] (Linked To: INTERNATIONAL BANK OF YEMEN Y.S.C.).

AL-ABSI, Amru (a.k.a. "Abu al-Asir"; a.k.a. "Abu al-Athir"); DOB 1979; POB Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-'ABSI, Hani (a.k.a. AS'AD, Hani 'Abd-al-Majid Muhammad (Arabic: عبدالمجيد محمد اسعد هاني); a.k.a. ASAD, Hani Abdulmajeed Mohammed), Turkey; DOB 16 Apr 1977; POB Yemen; nationality Yemen; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL-ABU HAYDAR, Yahya Muhammad (a.k.a. AL-'ABD-AL-MUHSIN, Yahya Muhammad; a.k.a. AL-ABDULMOHSEN, Yahya Mohamad; a.k.a. ALABDULMOHSEN, Yahya Mohammed Y; a.k.a. "YAHYA, Sayyid"), Saudi Arabia; DOB 16 Dec 1979; citizen Saudi Arabia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P045620 (Saudi Arabia) expires 22 Mar 2019; National ID

No. 1003159462 (Saudi Arabia) (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

ALABUGA DEVELOPMENT OOO (Cyrillic: ООО АЛАБУГА ДЕВЕЛОПМЕНТ) (a.k.a. LIMITED LIABILITY COMPANY ALABUGA DEVELOPMENT; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ALABUGA DEVELOPMENT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛАБУГА ДЕВЕЛОПМЕНТ)), Ter. OEZ Alabuga, ul. Sh-2, K. 4, Pomeshch. 8, 9, 11, 12, 13, 14, Yelabuga, Volga federal region, Republic of Tatarstan, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Nov 2016; Organization Type: Construction of buildings; Tax ID No. 1646043699 (Russia); Registration Number 1161690175338 (Russia); alt. Registration Number 05726291 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

ALABUGA-VOLOKNO OOO (a.k.a. LIMITED LIABILITY COMPANY ALABUGA-FIBRE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ALABUGA-VOLOKNO), Territoriya Oez Alabuga, Ul. Sh-2 Korp. 4/1, Yelabuga 423600, Russia; Ul. Sh-2 Oez Alabuga Terr. Str 11/9, Volga 423601, Russia; Ul. Krzhizhanovskogo D. 14, Korp. 3, Moscow 117218, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Aug 2011; Tax ID No. 1646031132 (Russia); Government Gazette Number 30371716 (Russia); Registration Number 1111674004045 (Russia) [RUSSIA-EO14024].

AL-ACMI, Hicac Fehid Hicac Muhammed Sebib (a.k.a. AJAMI, Ajaj; a.k.a. AL-AJAMI, Hajaj; a.k.a. AL-AJAMI, Sheikh Hajaj; a.k.a. AL-AJMI, Hajjaj Bin-Fahad; a.k.a. AL-'AJMI, Hajjaj Fahd Hajjaj Muhammad Shabib; a.k.a. AL-AJMI, Hijaj Fahid Hijaj Muhammad Sabib); DOB 10 Aug 1987; POB Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ADANI, Abu 'Abd al-Rahman (a.k.a. AL-NAQAZ, Basil Muhsin Ahmad; a.k.a. KANAN, Radwan; a.k.a. KANNA, Radwan; a.k.a. QANAN, Radwan Muhammad Husayn Ali), Aden, Yemen; al-Tawilah, Kraytar District, Aden, Yemen; DOB 07 Sep 1975; alt. DOB 1982; POB Abyan Governorate, Khanfar, Al-Rumilah, Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-ADANI, Abu Sulayman (a.k.a. ABU-SULAYMAN, Nashwan al-Adani; a.k.a. AL-ADANI, Nashwan; a.k.a. AL-ADANI, Sulayman; a.k.a. AL-HASHIMI, Abu Ma'ali; a.k.a. AL-SAY'ARI, Muhammad Ahmed; a.k.a. AL-SAY'ARI, Muhammad Qan'an; a.k.a. AL-SAY'ARI, Nashwan; a.k.a. MUTHANA, Mohsen Ahmed Saleh; a.k.a. MUTHANNA, Muhsin Ahmad Salah; a.k.a. QAN'AN, Muhammad Salih Muhammad; a.k.a. "AL-MUHAJIR, Abu Usama"), Yemen; DOB 13 Jan 1988; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 05867398 (Yemen); alt. Passport 04988639 (Jordan) (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-ADANI, Nashwan (a.k.a. ABU-SULAYMAN, Nashwan al-Adani; a.k.a. AL-ADANI, Abu Sulayman; a.k.a. AL-ADANI, Sulayman; a.k.a. AL-HASHIMI, Abu Ma'ali; a.k.a. AL-SAY'ARI, Muhammad Ahmed; a.k.a. AL-SAY'ARI, Muhammad Qan'an; a.k.a. AL-SAY'ARI, Nashwan; a.k.a. MUTHANA, Mohsen Ahmed Saleh; a.k.a. MUTHANNA, Muhsin Ahmad Salah; a.k.a. QAN'AN, Muhammad Salih Muhammad; a.k.a. "AL-MUHAJIR, Abu Usama"), Yemen; DOB 13 Jan 1988; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 05867398 (Yemen); alt. Passport 04988639 (Jordan) (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-ADANI, Sulayman (a.k.a. ABU-SULAYMAN, Nashwan al-Adani; a.k.a. AL-ADANI, Abu Sulayman; a.k.a. AL-ADANI, Nashwan; a.k.a. AL-HASHIMI, Abu Ma'ali; a.k.a. AL-SAY'ARI, Muhammad Ahmed; a.k.a. AL-SAY'ARI, Muhammad Qan'an; a.k.a. AL-SAY'ARI, Nashwan; a.k.a. MUTHANA, Mohsen Ahmed Saleh; a.k.a. MUTHANNA, Muhsin Ahmad Salah; a.k.a. QAN'AN, Muhammad Salih Muhammad; a.k.a. "AL-MUHAJIR, Abu Usama"), Yemen; DOB 13 Jan 1988; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 05867398 (Yemen); alt. Passport 04988639 (Jordan) (individual) [SDGT] (Linked To: ISIL-YEMEN).

ALADDIN RD, Ul. Dokukina, D. 16, Korp. 1, Moscow 129226, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719165935 (Russia); Registration Number 1027739490415 (Russia) [RUSSIA-EO14024].

AL-ADHAM EXCHANGE COMPANY (Arabic: شركة الادهم للصرافة) (a.k.a. AL-ADHAM FOREIGN EXCHANGE), May 29th Street, Saroujah, Damascus, Syria; Hisham Al-Atassi Street, Al-Salam Building, Ground Floor, Homs, Syria; Al-Assi Square, Al-Quwwatli Street, Hama, Syria; Al-Quds Street, Tartous, Syria; Website https://aladham-exchange.com.sy; Organization Established Date 16 Feb 2009; Commercial Registry Number 15691 (Syria) [PAARSSR-EO13894].

AL-ADHAM FOREIGN EXCHANGE (a.k.a. AL-ADHAM EXCHANGE COMPANY (Arabic: شركة الادهم للصرافة)), May 29th Street, Saroujah, Damascus, Syria; Hisham Al-Atassi Street, Al-Salam Building, Ground Floor, Homs, Syria; Al-Assi Square, Al-Quwwatli Street, Hama, Syria; Al-Quds Street, Tartous, Syria; Website https://aladham-exchange.com.sy; Organization Established Date 16 Feb 2009; Commercial Registry Number 15691 (Syria) [PAARSSR-EO13894].

AL-'ADIL, Saif (a.k.a. AL-ADL, Sayf); DOB 1963; POB Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ADL, Sayf (a.k.a. AL-'ADIL, Saif); DOB 1963; POB Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ADNANI, Abu Mohamed (a.k.a. AL-ADNANI, Abu Mohammad; a.k.a. AL-ADNANI, Abu Mohammed; a.k.a. AL-BANSHI, Taha; a.k.a. AL-KHATAB, Abu Baker; a.k.a. AL-RAWI, Abu Sadek; a.k.a. AL-RAWI, Yasser Khalaf Hussein Nazal; a.k.a. AL-SHAMI, Abu-Muhammad al-Adnani; a.k.a. FALAH, Jaber Taha; a.k.a. FALAHA, Taha Sobhi), Syria; Iraq; DOB 1977; POB Banash, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ADNANI, Abu Mohammad (a.k.a. AL-ADNANI, Abu Mohamed; a.k.a. AL-ADNANI, Abu Mohammed; a.k.a. AL-BANSHI, Taha; a.k.a. AL-KHATAB, Abu Baker; a.k.a. AL-RAWI, Abu Sadek; a.k.a. AL-RAWI, Yasser Khalaf Hussein Nazal; a.k.a. AL-SHAMI, Abu-Muhammad al-Adnani; a.k.a. FALAH, Jaber Taha; a.k.a. FALAHA, Taha Sobhi), Syria; Iraq; DOB 1977; POB Banash, Syria; nationality

Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ADNANI, Abu Mohammed (a.k.a. AL-ADNANI, Abu Mohamed; a.k.a. AL-ADNANI, Abu Mohammad; a.k.a. AL-BANSHI, Taha; a.k.a. AL-KHATAB, Abu Baker; a.k.a. AL-RAWI, Abu Sadek; a.k.a. AL-RAWI, Yasser Khalaf Hussein Nazal; a.k.a. AL-SHAMI, Abu-Muhammad al-Adnani; a.k.a. FALAH, Jaber Taha; a.k.a. FALAHA, Taha Sobhi), Syria; Iraq; DOB 1977; POB Banash, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALADNANI, Mohammad Jasim Mohammadsadeq (a.k.a. ADNANI, Seyed Mohammad; a.k.a. AL-ADNANI, Muhammad; a.k.a. AL-GHORAYFI, Muhammad), Iraq; DOB 27 Jun 1987; alt. DOB 17 Sep 1987; nationality Iran; alt. nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A9792142 (Iraq); alt. Passport E96048299 (Iran); National ID No. 1742742726 (Iran) (individual) [SDGT] [IFSR] (Linked To: FADAKAR, Alireza).

AL-ADNANI, Muhammad (a.k.a. ADNANI, Seyed Mohammad; a.k.a. ALADNANI, Mohammad Jasim Mohammadsadeq; a.k.a. AL-GHORAYFI, Muhammad), Iraq; DOB 27 Jun 1987; alt. DOB 17 Sep 1987; nationality Iran; alt. nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A9792142 (Iraq); alt. Passport E96048299 (Iran); National ID No. 1742742726 (Iran) (individual) [SDGT] [IFSR] (Linked To: FADAKAR, Alireza).

ALAEDDINI, Yahya (a.k.a. ALA'ODDINI, Yahya (Arabic: يحيى علاء الدينى)), Iran; DOB 21 Mar 1965; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K47201906 (Iran) expires 19 Oct 2023; National ID No. 0036732958 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: BONYAD TAAVON SEPAH).

ALAGHA, Abu Obaida Khairy (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

ALAGHA, Abu Obaidah Khairy Hafiz (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

ALAGHA, Abu Obeidah Kheiri (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

ALAGHA, Abu Obidah Khairi Hafez (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

AL-AGHA, Abu Ubayda Khayri (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-

'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

AL-AGHA, Abu Ubaydah Khayri (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590

(Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

AL-AGHA, Abu Ubaydah Khayri Hafiz (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

ALAGHA, Abuobaida Khairy Hafez (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a.

HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

ALAGRI, Abdulmalek Abdullah Mohammed E (a.k.a. AL-AJRI, Abd-Al-Malik; a.k.a. AL-AJRI, Abdul Malik), Muscat, Oman; Yemen; DOB 01 Jan 1977; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 04455119 (Yemen) expires 15 Aug 2017 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-AHDAL, Abdallah Bin Faisal (a.k.a. AL-AHDAL, Abdallah Bin Faysal; a.k.a. AL-AHDAL, Abdallah Faisal; a.k.a. AL-AHDAL, Abdallah Faysal; a.k.a. AL-AHDAL, Abdullah; a.k.a. AL-AHDAL, Abdullah Bin Faisal; a.k.a. AL-AHDAL, Abdullah Bin Faysal; a.k.a. AL-AHDAL, Abdullah Faisal; a.k.a. AL-AHDAL, Abdullah Faysal; a.k.a. AL-AHDEL, Abdullah; a.k.a. AL-ALAHADIL, Abdullah; a.k.a. SADIQ AL-AHDAL, Abdallah Faysal), Ash Shihr District, Hadramawt Governorate, Yemen; DOB Jan 1959; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-AHDAL, Abdallah Bin Faysal (a.k.a. AL-AHDAL, Abdallah Bin Faisal; a.k.a. AL-AHDAL, Abdallah Faisal; a.k.a. AL-AHDAL, Abdallah Faysal; a.k.a. AL-AHDAL, Abdullah; a.k.a. AL-AHDAL, Abdullah Bin Faisal; a.k.a. AL-AHDAL, Abdullah Bin Faysal; a.k.a. AL-AHDAL, Abdullah Faisal; a.k.a. AL-AHDAL, Abdullah Faysal; a.k.a. AL-AHDEL, Abdullah; a.k.a. AL-ALAHADIL, Abdullah; a.k.a. SADIQ AL-AHDAL, Abdallah Faysal), Ash Shihr District, Hadramawt Governorate, Yemen; DOB Jan 1959; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-AHDAL, Abdallah Faisal (a.k.a. AL-AHDAL, Abdallah Bin Faisal; a.k.a. AL-AHDAL, Abdallah Bin Faysal; a.k.a. AL-AHDAL, Abdallah Faysal; a.k.a. AL-AHDAL, Abdullah; a.k.a. AL-AHDAL, Abdullah Bin Faisal; a.k.a. AL-AHDAL, Abdullah Bin Faysal; a.k.a. AL-AHDAL, Abdullah Faisal; a.k.a. AL-AHDAL, Abdullah Faysal; a.k.a. AL-AHDEL, Abdullah; a.k.a. AL-ALAHADIL, Abdullah; a.k.a. SADIQ AL-AHDAL, Abdallah Faysal), Ash Shihr District, Hadramawt Governorate, Yemen; DOB Jan 1959; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-AHDAL, Abdullah (a.k.a. AL-AHDAL, Abdallah Bin Faisal; a.k.a. AL-AHDAL, Abdallah Bin Faysal; a.k.a. AL-AHDAL, Abdallah Faisal; a.k.a. AL-AHDAL, Abdallah Faysal; a.k.a. AL-AHDAL, Abdullah Bin Faisal; a.k.a. AL-AHDAL, Abdullah Bin Faysal; a.k.a. AL-AHDAL, Abdullah Faisal; a.k.a. AL-AHDAL, Abdullah Faysal; a.k.a. AL-AHDEL, Abdullah; a.k.a. AL-ALAHADIL, Abdullah; a.k.a. SADIQ AL-AHDAL, Abdallah Faysal), Ash Shihr District, Hadramawt Governorate, Yemen; DOB Jan 1959; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-AHDAL, Abdullah Bin Faisal (a.k.a. AL-AHDAL, Abdallah Bin Faisal; a.k.a. AL-AHDAL, Abdallah Bin Faysal; a.k.a. AL-AHDAL, Abdallah Faisal; a.k.a. AL-AHDAL, Abdallah Faysal; a.k.a. AL-AHDAL, Abdullah; a.k.a. AL-AHDAL, Abdullah Bin Faysal; a.k.a. AL-AHDAL, Abdullah Faisal; a.k.a. AL-AHDAL, Abdullah Faysal; a.k.a. AL-AHDEL, Abdullah; a.k.a. AL-ALAHADIL, Abdullah; a.k.a. SADIQ AL-AHDAL, Abdallah Faysal), Ash Shihr District, Hadramawt Governorate, Yemen; DOB Jan 1959; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-AHDAL, Abdullah Bin Faysal (a.k.a. AL-AHDAL, Abdallah Bin Faisal; a.k.a. AL-AHDAL, Abdallah Bin Faysal; a.k.a. AL-AHDAL, Abdallah Faisal; a.k.a. AL-AHDAL, Abdallah Faysal; a.k.a. AL-AHDAL, Abdullah; a.k.a. AL-AHDAL, Abdullah Bin Faisal; a.k.a. AL-AHDAL, Abdullah Faisal; a.k.a. AL-AHDAL, Abdullah Faysal; a.k.a. AL-AHDEL, Abdullah; a.k.a. AL-ALAHADIL, Abdullah; a.k.a. SADIQ AL-AHDAL, Abdallah Faysal), Ash Shihr District, Hadramawt Governorate, Yemen; DOB Jan 1959; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-AHDAL, Abdullah Faisal (a.k.a. AL-AHDAL, Abdallah Bin Faisal; a.k.a. AL-AHDAL, Abdallah Bin Faysal; a.k.a. AL-AHDAL, Abdallah Faisal; a.k.a. AL-AHDAL, Abdallah Faysal; a.k.a. AL-AHDAL, Abdullah; a.k.a. AL-AHDAL, Abdullah Bin Faisal; a.k.a. AL-AHDAL, Abdullah Bin Faysal; a.k.a. AL-AHDAL, Abdullah Faysal; a.k.a. AL-AHDEL, Abdullah; a.k.a. AL-ALAHADIL, Abdullah; a.k.a. SADIQ AL-AHDAL, Abdallah Faysal), Ash Shihr District, Hadramawt Governorate, Yemen; DOB Jan 1959; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-AHDAL, Abdullah Faysal (a.k.a. AL-AHDAL, Abdallah Bin Faisal; a.k.a. AL-AHDAL, Abdallah Bin Faysal; a.k.a. AL-AHDAL, Abdallah Faisal;

a.k.a. AL-AHDAL, Abdallah Faysal; a.k.a. AL-AHDAL, Abdullah; a.k.a. AL-AHDAL, Abdullah Bin Faisal; a.k.a. AL-AHDAL, Abdullah Bin Faysal; a.k.a. AL-AHDAL, Abdullah Faisal; a.k.a. AL-AHDEL, Abdullah; a.k.a. AL-ALAHADIL, Abdullah; a.k.a. SADIQ AL-AHDAL, Abdallah Faysal), Ash Shihr District, Hadramawt Governorate, Yemen; DOB Jan 1959; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-AHDAL, Mohamed Mohamed Abdullah (a.k.a. AL-AHDAL, Mohammad Hamdi Mohammad Sadiq (Arabic: محمد حمدي محمد صادق الأهدل); a.k.a. AL-AHDAL, Muhammad Muhummad Abdullah; a.k.a. AL-HAMATI, Muhammad; a.k.a. "AL-MAKKI, Abu Asim"), Jamal street, Al-Dahima alley, Al-Hudaydah, Yemen; DOB 19 Nov 1971; POB Medina, Saudi Arabia; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 541939 (Yemen) issued 31 Jul 2000; National ID No. 216040 (Yemen) (individual) [SDGT].

AL-AHDAL, Mohammad Hamdi Mohammad Sadiq (Arabic: محمد حمدي محمد صادق الأهدل) (a.k.a. AL-AHDAL, Mohamed Mohamed Abdullah; a.k.a. AL-AHDAL, Muhammad Muhummad Abdullah; a.k.a. AL-HAMATI, Muhammad; a.k.a. "AL-MAKKI, Abu Asim"), Jamal street, Al-Dahima alley, Al-Hudaydah, Yemen; DOB 19 Nov 1971; POB Medina, Saudi Arabia; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 541939 (Yemen) issued 31 Jul 2000; National ID No. 216040 (Yemen) (individual) [SDGT].

AL-AHDAL, Muhammad Muhummad Abdullah (a.k.a. AL-AHDAL, Mohamed Mohamed Abdullah; a.k.a. AL-AHDAL, Mohammad Hamdi Mohammad Sadiq (Arabic: محمد حمدي محمد صادق الأهدل); a.k.a. AL-HAMATI, Muhammad; a.k.a. "AL-MAKKI, Abu Asim"), Jamal street, Al-Dahima alley, Al-Hudaydah, Yemen; DOB 19 Nov 1971; POB Medina, Saudi Arabia; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 541939 (Yemen) issued 31 Jul 2000; National ID No. 216040 (Yemen) (individual) [SDGT].

AL-AHDEL, Abdullah (a.k.a. AL-AHDAL, Abdallah Bin Faisal; a.k.a. AL-AHDAL, Abdallah Bin Faysal; a.k.a. AL-AHDAL, Abdallah Faisal; a.k.a. AL-AHDAL, Abdallah Faysal; a.k.a. AL-AHDAL, Abdullah; a.k.a. AL-AHDAL, Abdullah Bin Faisal; a.k.a. AL-AHDAL, Abdullah Bin Faysal; a.k.a. AL-AHDAL, Abdullah Faisal; a.k.a. AL-AHDAL, Abdullah Faysal; a.k.a. AL-ALAHADIL, Abdullah; a.k.a. SADIQ AL-AHDAL, Abdallah Faysal), Ash Shihr District, Hadramawt Governorate, Yemen; DOB Jan 1959; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-AHMAD, Ahmad Muhammad Yunis (a.k.a. AL-BADANI, Ahmad Muhammad Mahmud 'Abdallah; a.k.a. AL-BARRANI, Ahmad Muhammad Al-Abdullah), Al-Mazzah Al-Jabal District, 6 Subdistrict, 3 area, Al-Iskan complex, 40/2, Fifth Floor, Damascus, Syria; DOB 19 Sep 1978; POB Al-Anbar, Iraq; nationality Iraq; Passport H0347417 (Iraq) issued 20 Feb 2003 expires 19 Feb 2011; passport place of issue: Al-Anbar, Iraq (individual) [IRAQ2].

AL-AHMAD, Mahmoud Dhiyab (a.k.a. AL-AHMAD, Mahmoud Diab; a.k.a. AL-AHMAD, Mahmud Dhiyab); DOB 1953; POB Mosul or Baghdad, Iraq; nationality Iraq; Former Minister of Interior (individual) [IRAQ2].

AL-AHMAD, Mahmoud Diab (a.k.a. AL-AHMAD, Mahmoud Dhiyab; a.k.a. AL-AHMAD, Mahmud Dhiyab); DOB 1953; POB Mosul or Baghdad, Iraq; nationality Iraq; Former Minister of Interior (individual) [IRAQ2].

AL-AHMAD, Mahmud Dhiyab (a.k.a. AL-AHMAD, Mahmoud Dhiyab; a.k.a. AL-AHMAD, Mahmoud Diab); DOB 1953; POB Mosul or Baghdad, Iraq; nationality Iraq; Former Minister of Interior (individual) [IRAQ2].

AL-AHMAD, Manal (a.k.a. AL-AKHRAZ, Manal; a.k.a. AL-ASSAD, Manal (Arabic: منال الاسد); a.k.a. JAADAN, Manal), Damascus, Syria; DOB 02 Feb 1970; POB Damascus, Syria; nationality Syria; Gender Female (individual) [PAARSSR-EO13894].

AL-AHMAD, Sa'ad Muhammad Yunis, Damascus, Syria; DOB 01 Jan 1981; POB Baghdad, Iraq; nationality Iraq; Identification Number 159014 (Iraq) (individual) [IRAQ2].

AL-AHMAD, Talib (Arabic: طالب الاحمد) (a.k.a. AL-RAWI, Talib 'Ali Husayn Al-Ahmad), Istanbul, Turkey; DOB 23 Dec 1973; POB Al Bukamal, Syria; nationality Syria; Additional Sanctions

Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL-AHMAR GROUP FOR TRADE (a.k.a. AHMAR GROUP FOR TRADING; a.k.a. AL AHMAR TRADING GROUP (Arabic: مجموعة الأحمر التجارة)), Sanaa, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 960363 (Yemen) [SDGT] (Linked To: AL AHMAR, Hamid Abdullah Hussein).

AL-AHMAR, Hamid (a.k.a. AHMAR, Hamid Abdullah; a.k.a. AHMAR, Hamid Abdullah Hussain; a.k.a. AL AHMAR, Hamid A. H.; a.k.a. AL AHMAR, Hamid Abdullah Hussein (Arabic: حميد بن عبد الله الأحمر)), Istanbul, Turkey; DOB 27 Dec 1967; alt. DOB 01 Jan 1967; POB Sanaa, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00030140 (Yemen) expires 09 Apr 2022; Identification Number 99727522148 (Turkey) (individual) [SDGT] (Linked To: HAMAS; Linked To: AL-QUDS INTERNATIONAL FOUNDATION).

AL-AHMED, Muhammad Yunis (a.k.a. AHMAD, Muhammad Yunis; a.k.a. AHMED, Muhammad Yunis; a.k.a. AL-BADRANI, Muhammad Yunis Ahmad; a.k.a. AL-MOALI, Mohammed Yunis Ahmed), Al-Dawar Street, Bludan, Syria; Damascus, Syria; Mosul, Iraq; Wadi al-Hawi, Iraq; Dubai, United Arab Emirates; Al-Hasaka, Syria; DOB 1949; POB Al-Mowall, Mosul, Iraq; nationality Iraq (individual) [IRAQ2].

AL-AHSAN CHARITABLE ORGANIZATION (a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian;

Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AIDAROOS, Hashim Mohsen (a.k.a. AL HAMID, Hashim; a.k.a. ALHAMAD, Hashem Mohssein Idroos; a.k.a. ALHAMED, Hossin Mohsen; a.k.a. ALHAMID, Hashim; a.k.a. AL-HAMID, Hashim Muhsin Aydarus; a.k.a. AL-HAMID, Mohsan; a.k.a. AL-HAMSHI, Hashim al-Hamid; a.k.a. ALHMAID, Housin Mohsein; a.k.a. IDAROOS, Hashim Mohsen; a.k.a. "ABU TAHIR"), Al Ghaydah, al-Mahrah Governorate, Yemen; Shabwah Governorate, Yemen; Mansoura, Aden, Yemen; Mukalla, Hadramawt Governorate, Yemen; Abyan Governorate, Yemen; Marib Governorate, Yemen; DOB 12 Dec 1985; POB Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 16010003042 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-'AJAMI, 'Ali Hasan (a.k.a. AL-'AJMI, Abu al-Hassan; a.k.a. AL-'AJMI, 'Ali Hasan 'Ali; a.k.a. AL-'AJMI, 'Ali Hassan 'Ali; a.k.a. AL-YAMI, 'Ali Abu Hasan; a.k.a. AL-YAMI, Hassan; a.k.a. AL-YAMI, Husayn; a.k.a. "AL-HASSAN, Abu"; a.k.a. "HASAN, 'Ali bin"); DOB 14 Jan 1979; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 002981367 (Kuwait) (individual) [SDGT].

AL-AJAMI, Hajaj (a.k.a. AJAMI, Ajaj; a.k.a. AL-ACMI, Hicac Fehid Hicac Muhammed Sebib; a.k.a. AL-AJAMI, Sheikh Hajaj; a.k.a. AL-AJAMI, Hajjaj Bin-Fahad; a.k.a. AL-'AJMI, Hajjaj Fahd Hajjaj Muhammad Shabib; a.k.a. AL-AJAMI, Hijaj Fahid Hijaj Muhammad Sabib); DOB 10 Aug 1987; POB Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-AJAMI, Sheikh Hajaj (a.k.a. AJAMI, Ajaj; a.k.a. AL-ACMI, Hicac Fehid Hicac Muhammed Sebib; a.k.a. AL-AJAMI, Hajaj; a.k.a. AL-AJAMI, Hajjaj Bin-Fahad; a.k.a. AL-'AJMI, Hajjaj Fahd Hajjaj Muhammad Shabib; a.k.a. AL-AJAMI, Hijaj Fahid Hijaj Muhammad Sabib); DOB 10 Aug 1987; POB Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-'AJMI, Abu al-Hassan (a.k.a. AL-'AJMI, 'Ali Hasan; a.k.a. AL-'AJMI, 'Ali Hasan 'Ali; a.k.a. AL-'AJMI, 'Ali Hassan 'Ali; a.k.a. AL-YAMI, 'Ali Abu Hasan; a.k.a. AL-YAMI, Hassan; a.k.a. AL-YAMI, Husayn; a.k.a. "AL-HASSAN, Abu"; a.k.a. "HASAN, 'Ali bin"); DOB 14 Jan 1979; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 002981367 (Kuwait) (individual) [SDGT].

AL-'AJMI, 'Ali Hasan 'Ali (a.k.a. AL-'AJMI, 'Ali Hasan; a.k.a. AL-'AJMI, Abu al-Hassan; a.k.a. AL-'AJMI, 'Ali Hassan 'Ali; a.k.a. AL-YAMI, 'Ali Abu Hasan; a.k.a. AL-YAMI, Hassan; a.k.a. AL-YAMI, Husayn; a.k.a. "AL-HASSAN, Abu"; a.k.a. "HASAN, 'Ali bin"); DOB 14 Jan 1979; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 002981367 (Kuwait) (individual) [SDGT].

AL-'AJMI, 'Ali Hassan 'Ali (a.k.a. AL-'AJMI, 'Ali Hasan; a.k.a. AL-'AJMI, Abu al-Hassan; a.k.a. AL-'AJMI, 'Ali Hasan 'Ali; a.k.a. AL-YAMI, 'Ali Abu Hasan; a.k.a. AL-YAMI, Hassan; a.k.a. AL-YAMI, Husayn; a.k.a. "AL-HASSAN, Abu"; a.k.a. "HASAN, 'Ali bin"); DOB 14 Jan 1979; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 002981367 (Kuwait) (individual) [SDGT].

AL-AJMI, Doctor Shafi (a.k.a. AL-AJMI, Shafi Sultan Mohammed; a.k.a. AL-AJMI, Sheikh Shafi; a.k.a. "SHAYKH ABU-SULTAN"), Area 3, Street 327, Building 41, Al-Uqaylah, Kuwait; DOB 01 Jan 1973; POB Warah, Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0216155930 (individual) [SDGT].

AL-AJMI, Hajjaj Bin-Fahad (a.k.a. AJAMI, Ajaj; a.k.a. AL-ACMI, Hicac Fehid Hicac Muhammed Sebib; a.k.a. AL-AJAMI, Hajaj; a.k.a. AL-AJAMI, Sheikh Hajaj; a.k.a. AL-'AJMI, Hajjaj Fahd Hajjaj Muhammad Shabib; a.k.a. AL-AJMI, Hijaj Fahid Hijaj Muhammad Sabib); DOB 10 Aug 1987; POB Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-'AJMI, Hajjaj Fahd Hajjaj Muhammad Shabib (a.k.a. AJAMI, Ajaj; a.k.a. AL-ACMI, Hicac Fehid Hicac Muhammed Sebib; a.k.a. AL-AJAMI, Hajaj; a.k.a. AL-AJAMI, Sheikh Hajaj;

a.k.a. AL-AJMI, Hajjaj Bin-Fahad; a.k.a. AL-AJMI, Hijaj Fahid Hijaj Muhammad Sabib); DOB 10 Aug 1987; POB Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-AJMI, Hijaj Fahid Hijaj Muhammad Sabib (a.k.a. AJAMI, Ajaj; a.k.a. AL-ACMI, Hicac Fehid Hicac Muhammed Sebib; a.k.a. AL-AJAMI, Hajaj; a.k.a. AL-AJAMI, Sheikh Hajaj; a.k.a. AL-AJMI, Hajjaj Bin-Fahad; a.k.a. AL-'AJMI, Hajjaj Fahd Hajjaj Muhammad Shabib); DOB 10 Aug 1987; POB Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-AJMI, Shafi Sultan Mohammed (a.k.a. AL-AJMI, Doctor Shafi; a.k.a. AL-AJMI, Sheikh Shafi; a.k.a. "SHAYKH ABU-SULTAN"), Area 3, Street 327, Building 41, Al-Uqaylah, Kuwait; DOB 01 Jan 1973; POB Warah, Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0216155930 (individual) [SDGT].

AL-AJMI, Sheikh Shafi (a.k.a. AL-AJMI, Doctor Shafi; a.k.a. AL-AJMI, Shafi Sultan Mohammed; a.k.a. "SHAYKH ABU-SULTAN"), Area 3, Street 327, Building 41, Al-Uqaylah, Kuwait; DOB 01 Jan 1973; POB Warah, Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0216155930 (individual) [SDGT].

AL-AJNAHA PRIVATE JOINT STOCK COMPANY (a.k.a. WINGS COMPANY; a.k.a. WINGS PRIVATE JOINT STOCK COMPANY; a.k.a. WINGS PRIVATE JSC (Arabic: شركة الاجنحة المساهمة المغفلة الخاصة)), Rural Damascus, Syria; Organization Type: Real estate activities with own or leased property [PAARSSR-EO13894].

AL-AJOURI, Akram (a.k.a. AL-'AJURI, Abu Muhammad; a.k.a. AL-'AJURI, Akram; a.k.a. AL-AJURI, Akram Muhammad Salih; a.k.a. HASAN, 'Abd al-Karim Ahmad), Damascus, Syria; DOB 1958; POB Jabaliya, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

AL-AJRI, Abd-Al-Malik (a.k.a. ALAGRI, Abdulmalek Abdullah Mohammed E; a.k.a. AL-AJRI, Abdul Malik), Muscat, Oman; Yemen;

DOB 01 Jan 1977; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 04455119 (Yemen) expires 15 Aug 2017 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-AJRI, Abdul Malik (a.k.a. ALAGRI, Abdulmalek Abdullah Mohammed E; a.k.a. AL-AJRI, Abd-Al-Malik), Muscat, Oman; Yemen; DOB 01 Jan 1977; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 04455119 (Yemen) expires 15 Aug 2017 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-'AJURI, Abu Muhammad (a.k.a. AL-AJOURI, Akram; a.k.a. AL-'AJURI, Akram; a.k.a. AL-AJURI, Akram Muhammad Salih; a.k.a. HASAN, 'Abd al-Karim Ahmad), Damascus, Syria; DOB 1958; POB Jabaliya, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

AL-'AJURI, Akram (a.k.a. AL-AJOURI, Akram; a.k.a. AL-'AJURI, Abu Muhammad; a.k.a. AL-AJURI, Akram Muhammad Salih; a.k.a. HASAN, 'Abd al-Karim Ahmad), Damascus, Syria; DOB 1958; POB Jabaliya, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

AL-AJURI, Akram Muhammad Salih (a.k.a. AL-AJOURI, Akram; a.k.a. AL-'AJURI, Abu Muhammad; a.k.a. AL-'AJURI, Akram; a.k.a. HASAN, 'Abd al-Karim Ahmad), Damascus, Syria; DOB 1958; POB Jabaliya, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

AL-'AJUZ, Sami Jasim (a.k.a. AL-'AJUZ, Sami Jasim Muhammad; a.k.a. AL-JABURI, Sami Jasim Muhammad; a.k.a. A'RAJ, Sami; a.k.a. MUHAMMAD, Sami Jasim; a.k.a. "ASIA, Abu"; a.k.a. "ASIYA, Abu"; a.k.a. "HAMAD, Hajji"; a.k.a. "HAMID, Hajji"; a.k.a. "HAMID, Ustadh"; a.k.a. "SAMIYAH, Abu"; a.k.a. "SUMAYYAH, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; alt. DOB 01 Jan 1970 to 31 Dec 1970; POB Al-Sharqat, Salah ad-Din Province, Iraq; alt. POB

Mosul, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-'AJUZ, Sami Jasim Muhammad (a.k.a. AL-'AJUZ, Sami Jasim; a.k.a. AL-JABURI, Sami Jasim Muhammad; a.k.a. A'RAJ, Sami; a.k.a. MUHAMMAD, Sami Jasim; a.k.a. "ASIA, Abu"; a.k.a. "ASIYA, Abu"; a.k.a. "HAMAD, Hajji"; a.k.a. "HAMID, Hajji"; a.k.a. "HAMID, Ustadh"; a.k.a. "SAMIYAH, Abu"; a.k.a. "SUMAYYAH, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; alt. DOB 01 Jan 1970 to 31 Dec 1970; POB Al-Sharqat, Salah ad-Din Province, Iraq; alt. POB Mosul, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-AKHRAS, Asma (a.k.a. AKHRAS, Asma; a.k.a. AKHRAS, Emma; a.k.a. AL-ASSAD, Asma (Arabic: اسماء الاسد); a.k.a. AL-ASSAD, Asmaa; a.k.a. FAWAZ AL-AKHRAS, Asma (Arabic: اسماء فواز الاخرس)), Damascus, Syria; DOB 11 Aug 1975; POB Acton, United Kingdom; nationality Syria; alt. nationality United Kingdom; Gender Female (individual) [PAARSSR-EO13894].

AL-AKHRAS, Eyad (Arabic: اياد الاخرس) (a.k.a. AKHRAS, Iyad), 34 Allan Way, London, United Kingdom; DOB Dec 1980; POB London, United Kingdom; nationality United Kingdom; alt. nationality Syria; Gender Male; National ID No. 116544570001 (United Kingdom) (individual) [PAARSSR-EO13894].

AL-AKHRAS, Fawaz (Arabic: فواز الاخرس) (a.k.a. AKHRAS, Fawwaz), 34 Allan Way, London, United Kingdom; DOB Sep 1946; POB Homs, Syria; nationality United Kingdom; alt. nationality Syria; Gender Male (individual) [PAARSSR-EO13894] (Linked To: AL-ASSAD, Bashar).

AL-AKHRAS, Firas (Arabic: فراس الاخرس) (a.k.a. AKHRAS, Feras; a.k.a. FAWAZ AKHRAS, Firas), 34 Allan Way, London, United Kingdom; DOB Mar 1978; POB London, United Kingdom; nationality United Kingdom; alt. nationality Syria; Gender Male; National ID No. 114671230001 (United Kingdom) (individual) [PAARSSR-EO13894].

AL-AKHRAS, Sahar Otri (Arabic: سحر عطري الاخرس) (a.k.a. AKHRAS, Sahar; a.k.a. ATRI, Sahar; a.k.a. ITRI, Sahar; a.k.a. OTRI, Sahar; a.k.a. UTRI, Sahar), 34 Allan Way, London, United Kingdom; DOB Nov 1949; nationality

United Kingdom; alt. nationality Syria; Gender Female (individual) [PAARSSR-EO13894].

AL-AKHRAZ, Manal (a.k.a. AL-AHMAD, Manal; a.k.a. AL-ASSAD, Manal (Arabic: منال الاسد); a.k.a. JAADAN, Manal), Damascus, Syria; DOB 02 Feb 1970; POB Damascus, Syria; nationality Syria; Gender Female (individual) [PAARSSR-EO13894].

AL-AKHTAR MEDICAL CENTRE (a.k.a. AKHTARABAD MEDICAL CAMP; a.k.a. AL-AKHTAR TRUST INTERNATIONAL; a.k.a. AZMAT PAKISTAN TRUST; a.k.a. AZMAT-E-PAKISTAN TRUST; a.k.a. PAKISTAN RELIEF FOUNDATION; a.k.a. PAKISTANI RELIEF FOUNDATION), ST-1/A, Gulshan-e-Iqbal, Block 2, Karachi 75300, Pakistan; Bahawalpur, Pakistan; Bawalnagar, Pakistan; Gilgit, Pakistan; Gulistan-e-Jauhar, Block 12, Karachi, Pakistan; Islamabad, Pakistan; Mirpur Khas, Pakistan; Spin Boldak, Afghanistan; Tando-Jan-Muhammad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; and all other offices worldwide [SDGT].

AL-AKHTAR TRUST INTERNATIONAL (a.k.a. AKHTARABAD MEDICAL CAMP; a.k.a. AL-AKHTAR MEDICAL CENTRE; a.k.a. AZMAT PAKISTAN TRUST; a.k.a. AZMAT-E-PAKISTAN TRUST; a.k.a. PAKISTAN RELIEF FOUNDATION; a.k.a. PAKISTANI RELIEF FOUNDATION), ST-1/A, Gulshan-e-Iqbal, Block 2, Karachi 75300, Pakistan; Bahawalpur, Pakistan; Bawalnagar, Pakistan; Gilgit, Pakistan; Gulistan-e-Jauhar, Block 12, Karachi, Pakistan; Islamabad, Pakistan; Mirpur Khas, Pakistan; Spin Boldak, Afghanistan; Tando-Jan-Muhammad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; and all other offices worldwide [SDGT].

AL-AKOUB, Nawfal (a.k.a. AL-SULTAN, Nawfal Hammadi; a.k.a. SULTAN, Nawfal Hamadi), Iraq; DOB 23 Feb 1964; nationality Iraq; Gender Male; National ID No. 71719043 (Iraq) (individual) [GLOMAG].

ALAKT, Ataullah Salman (a.k.a. AL JABURI, Atallah Salman Kafi; a.k.a. AL-JABURI, 'Atallah Salman Kafi; a.k.a. AL-JABURI, 'Attallah Salman 'Abd al-Kafi; a.k.a. AL-JABURI, Attallah Salman 'Abd Kafi; a.k.a. AL-KAFI, 'Attallah Salman 'Abd; a.k.a. KAFI, 'Ataalla Salman 'Abd; a.k.a. KAFI, 'Ataallah Salman; a.k.a. KAFI, Atallah Salman Abd; a.k.a. "ABU HAQI"), Hawi al-Arishah Village, Hawijah District, Kirkuk Province, Iraq; Hawijah District, Kirkuk

Province, Iraq; Rumanah Village, Kirkuk Province, Iraq; DOB 01 Jan 1973; POB Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

'ALA'LAH, 'Ali Salih Husayn (a.k.a. AL-TABUKI, Ali Saleh Husain; a.k.a. AL-TABUKI, 'Ali Salih Husayn al-Dhahak; a.k.a. AL-YEMENI, Abu Dhahak; a.k.a. HUSAIN, Ali Saleh; a.k.a. 'ULA'LAH, 'Ali Salih Husayn; a.k.a. "DAHHAK, Abu"); DOB circa 1970; POB al-Hudaydah, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Individual's height is 5 feet 9 inches. (individual) [SDGT].

AL-ALAHADIL, Abdullah (a.k.a. AL-AHDAL, Abdallah Bin Faisal; a.k.a. AL-AHDAL, Abdallah Bin Faysal; a.k.a. AL-AHDAL, Abdallah Faisal; a.k.a. AL-AHDAL, Abdallah Faysal; a.k.a. AL-AHDAL, Abdullah; a.k.a. AL-AHDAL, Abdullah Bin Faisal; a.k.a. AL-AHDAL, Abdullah Bin Faysal; a.k.a. AL-AHDAL, Abdullah Faisal; a.k.a. AL-AHDAL, Abdullah Faysal; a.k.a. AL-AHDEL, Abdullah; a.k.a. SADIQ AL-AHDAL, Abdallah Faysal), Ash Shihr District, Hadramawt Governorate, Yemen; DOB Jan 1959; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-ALAMI, Imad Khalil; DOB 1956; POB Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALALAMIYAH EXPRESS COMPANY (a.k.a. ALALAMIYAH EXPRESS COMPANY FOR EXCHANGE AND REMITTANCE (Arabic: الشركة العالمية إكسبرس للصرافة والتحويلات المالية)), South 60th Street, Sana'a, Yemen; Website https://alameyahexpress-ye.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

ALALAMIYAH EXPRESS COMPANY FOR EXCHANGE AND REMITTANCE (Arabic: الشركة العالمية إكسبرس للصرافة والتحويلات المالية) (a.k.a. ALALAMIYAH EXPRESS COMPANY), South 60th Street, Sana'a, Yemen; Website https://alameyahexpress-ye.com; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL-ALBANI, Abu Qatada (a.k.a. AL-ALBANI, Abu-Qatadah; a.k.a. JASHARI, Abdul; a.k.a. JASHARI, Abdulj; a.k.a. JASHARI, Abdyl; a.k.a. "IRAKI, Commander"), Syria; DOB 25 Sep 1976; POB Skopje, Macedonia; nationality North Macedonia, The Republic of; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-ALBANI, Abu-Qatadah (a.k.a. AL-ALBANI, Abu Qatada; a.k.a. JASHARI, Abdul; a.k.a. JASHARI, Abdulj; a.k.a. JASHARI, Abdyl; a.k.a. "IRAKI, Commander"), Syria; DOB 25 Sep 1976; POB Skopje, Macedonia; nationality North Macedonia, The Republic of; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-ALI, Al Haitham (a.k.a. AL ALI, Al Haytham; a.k.a. ALI, Alhaitham Al), Slovakia; DOB 17 Mar 1972; nationality Slovakia; Gender Male; Passport BA4490378 (Slovakia) expires 13 Jan 2027 (individual) [BELARUS-EO14038] (Linked To: BLACK SHIELD COMPANY FOR GENERAL TRADING LLC).

AL-ALI, Dr. Hamed Abdullah (a.k.a. AL-'ALI, Hamed; a.k.a. AL-'ALI, Hamed bin 'Abdallah; a.k.a. AL-ALI, Hamid; a.k.a. AL-'ALI, Hamid 'Abdallah; a.k.a. AL-'ALI, Hamid 'Abdallah Ahmad; a.k.a. AL-ALI, Hamid bin Abdallah Ahmed; a.k.a. "ABU SALIM"); DOB 20 Jan 1960; citizen Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-'ALI, Hamad Hamid (a.k.a. AL-'ALI, Hamid Hamad; a.k.a. AL-'ALI, Hamid Hamad Hamid; a.k.a. "ABU SULTAN"); DOB 17 Nov 1960; POB Qatar; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 001714467 (Kuwait); alt. Passport 101505554 (individual) [SDGT].

AL-'ALI, Hamed (a.k.a. AL-ALI, Dr. Hamed Abdullah; a.k.a. AL-'ALI, Hamed bin 'Abdallah; a.k.a. AL-ALI, Hamid; a.k.a. AL-'ALI, Hamid 'Abdallah; a.k.a. AL-'ALI, Hamid 'Abdallah Ahmad; a.k.a. AL-ALI, Hamid bin Abdallah

Ahmed; a.k.a. "ABU SALIM"); DOB 20 Jan 1960; citizen Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-'ALI, Hamed bin 'Abdallah (a.k.a. AL-ALI, Dr. Hamed Abdullah; a.k.a. AL-'ALI, Hamed; a.k.a. AL-ALI, Hamid; a.k.a. AL-'ALI, Hamid 'Abdallah; a.k.a. AL-'ALI, Hamid 'Abdallah Ahmad; a.k.a. AL-ALI, Hamid bin Abdallah Ahmed; a.k.a. "ABU SALIM"); DOB 20 Jan 1960; citizen Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ALI, Hamid (a.k.a. AL-ALI, Dr. Hamed Abdullah; a.k.a. AL-'ALI, Hamed; a.k.a. AL-'ALI, Hamed bin 'Abdallah; a.k.a. AL-'ALI, Hamid 'Abdallah; a.k.a. AL-'ALI, Hamid 'Abdallah Ahmad; a.k.a. AL-ALI, Hamid bin Abdallah Ahmed; a.k.a. "ABU SALIM"); DOB 20 Jan 1960; citizen Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-'ALI, Hamid 'Abdallah (a.k.a. AL-ALI, Dr. Hamed Abdullah; a.k.a. AL-'ALI, Hamed; a.k.a. AL-'ALI, Hamed bin 'Abdallah; a.k.a. AL-ALI, Hamid; a.k.a. AL-'ALI, Hamid 'Abdallah Ahmad; a.k.a. AL-ALI, Hamid bin Abdallah Ahmed; a.k.a. "ABU SALIM"); DOB 20 Jan 1960; citizen Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-'ALI, Hamid 'Abdallah Ahmad (a.k.a. AL-ALI, Dr. Hamed Abdullah; a.k.a. AL-'ALI, Hamed; a.k.a. AL-'ALI, Hamed bin 'Abdallah; a.k.a. AL-ALI, Hamid; a.k.a. AL-'ALI, Hamid 'Abdallah; a.k.a. AL-ALI, Hamid bin Abdallah Ahmed; a.k.a. "ABU SALIM"); DOB 20 Jan 1960; citizen Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ALI, Hamid bin Abdallah Ahmed (a.k.a. AL-ALI, Dr. Hamed Abdullah; a.k.a. AL-'ALI, Hamed; a.k.a. AL-'ALI, Hamed bin 'Abdallah; a.k.a. AL-ALI, Hamid; a.k.a. AL-'ALI, Hamid 'Abdallah; a.k.a. AL-'ALI, Hamid 'Abdallah Ahmad; a.k.a. "ABU SALIM"); DOB 20 Jan 1960; citizen Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-'ALI, Hamid Hamad (a.k.a. AL-'ALI, Hamad Hamid; a.k.a. AL-'ALI, Hamid Hamad Hamid; a.k.a. "ABU SULTAN"); DOB 17 Nov 1960; POB

Qatar; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 001714467 (Kuwait); alt. Passport 101505554 (individual) [SDGT].

AL-'ALI, Hamid Hamad Hamid (a.k.a. AL-'ALI, Hamad Hamid; a.k.a. AL-'ALI, Hamid Hamad; a.k.a. "ABU SULTAN"); DOB 17 Nov 1960; POB Qatar; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 001714467 (Kuwait); alt. Passport 101505554 (individual) [SDGT].

AL-ALI, Naser (a.k.a. AL-ALI, Nasir; a.k.a. AL-ALI, Nasr (Arabic: ناصر العلي); a.k.a. AL-ALI, Nasser; a.k.a. ALI, Nasser), Damascus, Syria; DOB 01 Feb 1961; POB Manbij, Aleppo, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-ALI, Nasir (a.k.a. AL-ALI, Naser; a.k.a. AL-ALI, Nasr (Arabic: ناصر العلي); a.k.a. AL-ALI, Nasser; a.k.a. ALI, Nasser), Damascus, Syria; DOB 01 Feb 1961; POB Manbij, Aleppo, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-ALI, Nasr (Arabic: ناصر العلي) (a.k.a. AL-ALI, Naser; a.k.a. AL-ALI, Nasir; a.k.a. AL-ALI, Nasser; a.k.a. ALI, Nasser), Damascus, Syria; DOB 01 Feb 1961; POB Manbij, Aleppo, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-ALI, Nasser (a.k.a. AL-ALI, Naser; a.k.a. AL-ALI, Nasir; a.k.a. AL-ALI, Nasr (Arabic: ناصر العلي); a.k.a. ALI, Nasser), Damascus, Syria; DOB 01 Feb 1961; POB Manbij, Aleppo, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-'ALLAK, Ashraf Ahmad Fari' (a.k.a. AL-ALLAL, Ashraf Ahmad Fari; a.k.a. AL-URDUNI, Abu Raghad; a.k.a. BASHQ, Abu Raghad; a.k.a. FARI', Ashraf Ahmad; a.k.a. "BASHIQ"), Dar'a, Syria; DOB 15 Dec 1978; POB Amman, Jordan; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-ALLAL, Ashraf Ahmad Fari (a.k.a. AL-'ALLAK, Ashraf Ahmad Fari'; a.k.a. AL-URDUNI, Abu Raghad; a.k.a. BASHQ, Abu Raghad; a.k.a. FARI', Ashraf Ahmad; a.k.a. "BASHIQ"), Dar'a, Syria; DOB 15 Dec 1978; POB Amman, Jordan; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-ALMANI, Abu Talha (a.k.a. CUSPERT, Denis; a.k.a. CUSPERT, Denis Mamadou; a.k.a. DOGG, Deso; a.k.a. "AL ALMANI, Abu Talhah"; a.k.a. "AL-MUJAHEED, Abu Maleeq"; a.k.a. "MALEEQ, Abou"; a.k.a. "MALIK, Abu"; a.k.a. "MALIQ, Abu"; a.k.a. "MAMADOU, Abu"; a.k.a. "TALHA THE GERMAN, Abu"), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ALUSI, Umar Ahmad Ali (a.k.a. AL-TIKRITI, Omar Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Omar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Omar Sabawi Ibrahim Hassan; a.k.a. AL-TIKRITI, Umar Sabawi Ibrahim Hasan), Damascus, Syria; Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Syria; Yemen; DOB circa 1970; POB Baghdad, Iraq; nationality Iraq; Passport 2863795S (Iraq) expires 23 Aug 2005 (individual) [IRAQ2].

ALAM ALTHRWA GENERAL TRADING LLC (a.k.a. ALAM ALTHRWA LLC CO), Plot No. 124-579, Dubai, United Arab Emirates; P.O. Box 91310, Dubai, United Arab Emirates; Office M22, Al Dana Center, Al Maktoum Road, Deira, Dubai, Dubai, United Arab Emirates; Mina Al Fahal, PDO Gate No. 2 Al Qurum, PC: 116, Muscat, Oman; Website www.alamalthrwa.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 573469 (United Arab Emirates) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

ALAM ALTHRWA LLC CO (a.k.a. ALAM ALTHRWA GENERAL TRADING LLC), Plot No. 124-579, Dubai, United Arab Emirates; P.O. Box 91310, Dubai, United Arab Emirates; Office M22, Al Dana Center, Al Maktoum Road, Deira, Dubai, Dubai, United Arab Emirates; Mina Al Fahal, PDO Gate No. 2 Al Qurum, PC: 116, Muscat, Oman; Website www.alamalthrwa.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 573469 (United Arab Emirates) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

ALAM, Mohammad Jahangir, Bangladesh; DOB 19 Oct 1973; POB Dinajpur, Bangladesh; nationality Bangladesh; Gender Male; Passport BG0011847 (Bangladesh) issued 25 Aug 2019 expires 24 Aug 2024 (individual) [GLOMAG] (Linked To: RAPID ACTION BATTALION).

'ALAMAH, Jihad Salim (Arabic: جهاد سالم علامه) (a.k.a. ALAME, Jihad Salem), Lebanon; DOB 02 Jul 1956; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0162690 (Lebanon); Identification Number 3864865468 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-AMAQI LIL-SARAFAH COMPANY (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-AMDOUNI, Mehrez Ben Mahmoud Ben Sassi (a.k.a. AMDOUNI, Meherez ben Ahdoud ben; a.k.a. AMDOUNI, Mehrez; a.k.a. AMDOUNI, Mehrez ben Tah; a.k.a. FUSCO, Fabio; a.k.a. HAMDOUNI, Meherez; a.k.a. HASSAN, Mohamed; a.k.a. "ABU THALE"); DOB 18 Dec 1969; alt. DOB 25 May 1968; alt. DOB 18 Dec 1968; alt. DOB 14 Jul 1969; POB Tunis, Tunisia; alt. POB Naples, Italy; alt. POB Algeria; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G737411 (Tunisia) issued 24 Oct 1990 expires 20 Sep 1997; alt. Passport 0801888 (Bosnia and Herzegovina) (individual) [SDGT].

ALAME, Jihad Salem (a.k.a. 'ALAMAH, Jihad Salim (Arabic: جهاد سالم علامه)), Lebanon; DOB 02 Jul 1956; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0162690 (Lebanon); Identification Number 3864865468 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-AMEEN TRUST (a.k.a. AL AMEEN TRUST; a.k.a. AL AMIN TRUST; a.k.a. AL AMIN WELFARE TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-MADINA TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. MAIMAR TRUST; a.k.a. MAYMAR TRUST; a.k.a. MEYMAR TRUST; a.k.a. MOMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

AL-AMER DEVELOPMENT & REAL ESTATE INVESTMENT (a.k.a. AL-AMER DEVELOPMENT AND REAL ESTATE INVESTMENT (Arabic: العامرللتطويروالاستثمارالعقاري); a.k.a. AL-AMER DEVELOPMENT AND REAL ESTATE INVESTMENT COMPANY; a.k.a. AL-AMER REAL ESTATE DEVELOPMENT AND INVESTMENT LLC; a.k.a. "AL-AMER DEVELOPMENT"), Mezzeh Villas, Damascus, Syria; Organization Established Date 19 Dec 2019; Organization Type: Real estate activities with own or leased property; Registration Number 19096 (Syria) [PAARSSR-EO13894] (Linked To: KHITI, Amer Taysir).

AL-AMER DEVELOPMENT AND REAL ESTATE INVESTMENT (Arabic: العامرللتطويروالاستثمارالعقاري) (a.k.a. AL-AMER DEVELOPMENT & REAL ESTATE INVESTMENT; a.k.a. AL-AMER DEVELOPMENT AND REAL ESTATE INVESTMENT COMPANY; a.k.a. AL-AMER REAL ESTATE DEVELOPMENT AND INVESTMENT LLC; a.k.a. "AL-AMER DEVELOPMENT"), Mezzeh Villas, Damascus, Syria; Organization Established Date 19 Dec 2019; Organization Type: Real estate activities with own or leased property; Registration Number 19096 (Syria) [PAARSSR-EO13894] (Linked To: KHITI, Amer Taysir).

AL-AMER DEVELOPMENT AND REAL ESTATE INVESTMENT COMPANY (a.k.a. AL-AMER DEVELOPMENT & REAL ESTATE INVESTMENT; a.k.a. AL-AMER DEVELOPMENT AND REAL ESTATE INVESTMENT (Arabic: العامرللتطويروالاستثمارالعقاري); a.k.a. AL-AMER REAL ESTATE DEVELOPMENT AND INVESTMENT LLC; a.k.a. "AL-AMER DEVELOPMENT"), Mezzeh Villas, Damascus, Syria; Organization Established Date 19 Dec 2019; Organization Type: Real estate activities with own or leased property; Registration Number 19096 (Syria) [PAARSSR-EO13894] (Linked To: KHITI, Amer Taysir).

AL-AMER FOR CONCRETE, BLOCK AND TILE MANUFACTURING LLC (a.k.a. AL-AMER FOR MANUFACTURE OF CONCRETE AND FLAGSTONE (Arabic: العامر لصناعة المجبول البيتونى والبلوك والبلاط); a.k.a. AL-AMER FOR MANUFACTURE OF CONCRETE, FLAGSTONE, LIMITED LIABILITY), Rural Damascus, Syria; Organization Established Date 04 Nov 2019; Organization Type: Manufacture of articles of concrete, cement and plaster; Registration Number 12428 (Syria) [PAARSSR-EO13894].

AL-AMER FOR MANUFACTURE OF CONCRETE AND FLAGSTONE (Arabic: العامر لصناعة المجبول البيتونى والبلوك والبلاط) (a.k.a. AL-AMER FOR CONCRETE, BLOCK AND TILE MANUFACTURING LLC; a.k.a. AL-AMER FOR MANUFACTURE OF CONCRETE, FLAGSTONE, LIMITED LIABILITY), Rural Damascus, Syria; Organization Established Date 04 Nov 2019; Organization Type: Manufacture of articles of concrete, cement and plaster; Registration Number 12428 (Syria) [PAARSSR-EO13894].

AL-AMER FOR MANUFACTURE OF CONCRETE, FLAGSTONE, LIMITED LIABILITY (a.k.a. AL-AMER FOR CONCRETE, BLOCK AND TILE MANUFACTURING LLC; a.k.a. AL-AMER FOR MANUFACTURE OF CONCRETE AND FLAGSTONE (Arabic: العامر لصناعة المجبول البيتونى والبلوك والبلاط)), Rural Damascus, Syria; Organization Established Date 04 Nov 2019; Organization Type: Manufacture of articles of concrete, cement and plaster; Registration Number 12428 (Syria) [PAARSSR-EO13894].

AL-AMER FOR MANUFACTURE OF PLASTIC (Arabic: العامرلصناعة البلاستيك) (a.k.a. ALAMER FOR MANUFACTURE OF PLASTIC LIMITED LIABILITY; a.k.a. AL-AMER PLASTIC INDUSTRY LLC), Rural Damascus, Syria; Organization Established Date 04 Nov 2019; Organization Type: Manufacture of plastics products; Registration Number 12427 (Syria) [PAARSSR-EO13894] (Linked To: KHITI, Amer Taysir).

ALAMER FOR MANUFACTURE OF PLASTIC LIMITED LIABILITY (a.k.a. AL-AMER FOR MANUFACTURE OF PLASTIC (Arabic: العامرلصناعة البلاستيك); a.k.a. AL-AMER PLASTIC INDUSTRY LLC), Rural Damascus, Syria; Organization Established Date 04 Nov 2019; Organization Type: Manufacture of plastics products; Registration Number 12427 (Syria) [PAARSSR-EO13894] (Linked To: KHITI, Amer Taysir).

AL-AMER PLASTIC INDUSTRY LLC (a.k.a. AL-AMER FOR MANUFACTURE OF PLASTIC (Arabic: العامرلصناعة البلاستيك); a.k.a. ALAMER FOR MANUFACTURE OF PLASTIC LIMITED LIABILITY), Rural Damascus, Syria; Organization Established Date 04 Nov 2019; Organization Type: Manufacture of plastics products; Registration Number 12427 (Syria)

[PAARSSR-EO13894] (Linked To: KHITI, Amer Taysir).

AL-AMER REAL ESTATE DEVELOPMENT AND INVESTMENT LLC (a.k.a. AL-AMER DEVELOPMENT & REAL ESTATE INVESTMENT; a.k.a. AL-AMER DEVELOPMENT AND REAL ESTATE INVESTMENT (Arabic: العامرللتطويروالاستثمارالعقاري); a.k.a. AL-AMER DEVELOPMENT AND REAL ESTATE INVESTMENT COMPANY; a.k.a. "AL-AMER DEVELOPMENT"), Mezzeh Villas, Damascus, Syria; Organization Established Date 19 Dec 2019; Organization Type: Real estate activities with own or leased property; Registration Number 19096 (Syria) [PAARSSR-EO13894] (Linked To: KHITI, Amer Taysir).

AL-AMHAZ, Kamel (a.k.a. AMHAZ, Kamel; a.k.a. AMHAZ, Kamel Mohamad; a.k.a. AMHAZ, Kamel Mohamed; a.k.a. AMHAZ, Kamil), 5th Floor, Ghadir Building, Kods Street, Haret Hreik, Baabda, Lebanon; Ghadir, 5th Floor, Safarat, Bir Hassan, Jenah, Lebanon; Ghadir 5th Floor, Embassies Street, Bir Hasan, Lebanon; Dallas Center, Saida Old Street, Chiah, Baabda, Lebanon; DOB 04 Aug 1973; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2244333 (Lebanon); Identification Number 61 Niha El-Mehfara; President and Chief Executive Officer, Stars Group Holding (individual) [SDGT].

ALAMI, Jihad (Arabic: جهاد علامي) (a.k.a. ALLAMI, Jihad Husayn), Deir Qanoun en Nahr, Tyre, Al-Janoub, Lebanon; Hay El Kfaat B, El Hdeth, Baabda, Lebanon; DOB 03 Jun 1968; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000022918996 (Lebanon); Identification Number 636974 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-'AMILI, Mu'in Daqiq (a.k.a. DAKIK, Mouin Hassan; a.k.a. DAQIQ, Mo'ein (Arabic: معين دقيق); a.k.a. DAQIQ, Mu'in Hassan), Haris Bint Jbeil, Nabatieh, Lebanon; Qom, Iran; DOB 13 Apr 1967; POB Monrovia, Liberia; nationality Lebanon; Additional Sanctions Information -

Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0317421 (Lebanon); National ID No. 000054776119 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-AMIN, Mohamad (a.k.a. AL AMEEN, Mohamed Abdullah; a.k.a. AL AMIN, Mohammad; a.k.a. AL AMIN, Muhammad Abdallah; a.k.a. AL AMIN, Muhammed; a.k.a. ALAMIN, Mohamed; a.k.a. AL-AMIN, Muhammad 'Abdallah; a.k.a. AMINE, Mohamed Abdalla; a.k.a. EL AMINE, Muhammed), Yusif Mishkhas T: 3 Ibn Sina, Bayrut Marjayoun, Lebanon; Beirut, Lebanon; DOB 11 Jan 1975; POB El Mezraah, Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

ALAMIN, Mohamed (a.k.a. AL AMEEN, Mohamed Abdullah; a.k.a. AL AMIN, Mohammad; a.k.a. AL AMIN, Muhammad Abdallah; a.k.a. AL AMIN, Muhammed; a.k.a. AL-AMIN, Mohamad; a.k.a. AL-AMIN, Muhammad 'Abdallah; a.k.a. AMINE, Mohamed Abdalla; a.k.a. EL AMINE, Muhammed), Yusif Mishkhas T: 3 Ibn Sina, Bayrut Marjayoun, Lebanon; Beirut, Lebanon; DOB 11 Jan 1975; POB El Mezraah, Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

AL-AMIN, Muhammad 'Abdallah (a.k.a. AL AMEEN, Mohamed Abdullah; a.k.a. AL AMIN, Mohammad; a.k.a. AL AMIN, Muhammad Abdallah; a.k.a. AL AMIN, Muhammed; a.k.a. AL-AMIN, Mohamad; a.k.a. ALAMIN, Mohamed; a.k.a. AMINE, Mohamed Abdalla; a.k.a. EL AMINE, Muhammed), Yusif Mishkhas T: 3 Ibn Sina, Bayrut Marjayoun, Lebanon; Beirut, Lebanon; DOB 11 Jan 1975; POB El Mezraah, Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

ALAMIR ELECTRONICS (a.k.a. AL AMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

AL-AMIR ELECTRONICS (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM

GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

AL-AMIRI, Adnan Talib Hassim, 43 Palace Mansions, Hammersmith, London, United Kingdom (individual) [IRAQ2].

ALAMO TRADING S.A., CL 75 No 66 - 36, Barranquilla, Atlantico, Colombia; NIT # 9000904041 (Colombia) [VENEZUELA-EO13850].

ALAMQE, Mohammed Saleh A (a.k.a. ABDORABOH, Mohammed Saleh; a.k.a. AL OMQI, Mohammed Saleh Abdurabu; a.k.a. AL-AMQI, Muhammad Salih 'Abd-Rabbuh; a.k.a. ALAMQY, Mohammed Salih Abdrabah; a.k.a. AL-OMAQY, Mohammed Saleh Abd Rabo; a.k.a. AL-OMGY, Mohammed Saleh Abd'rabbo; a.k.a. AL-OMGY, Muhammad Salih Abd-Rabbuh (Arabic: محمد صالح عبدربه العمقي); a.k.a. AL-UMAQI, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMGY, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMQI, Mohammad Salih Abdurabbuh; a.k.a. AL-UMQI, Muhammad Saleh Abd-Rabbuh; a.k.a. AL-UMQY, Muhammad Saleh Abd-Rabbuh), Jamal Street, under Royal Hotel, Taiz, Yemen; Mukalla, Yemen; Al Hudaydah San'a' Street, J Dirham, Salam, Hadramawt, Yemen; Al Amqi Company, Al Makla, Ash Shaykh Uthman, Hadramawt, Yemen; Sayyiun, Suq As Sarrafin, Sayun, Yemen; Shabwat, Ataq, Shabwah, Yemen; Tarim, At Tawahi Street, Tarim, Yemen; DOB 11 Feb 1962; alt. DOB 12 Feb 1962; POB Shakhawi, Hadramawt Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02729375 (Yemen) issued 29 Dec 2009 expires 08 Dec 2013; alt. Passport 00692808 (Yemen)

issued 03 Mar 2001 expires 03 Mar 2007; Identification Number 08010019189 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-AMQI EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-AMQI MONEY EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-AMQI, Muhammad Salih 'Abd-Rabbuh (a.k.a. ABDORABOH, Mohammed Saleh; a.k.a. AL OMQI, Mohammed Saleh Abdurabu; a.k.a. ALAMQE, Mohammed Saleh A; a.k.a. ALAMQY, Mohammed Salih Abdrabah; a.k.a. AL-OMAQY, Mohammed Saleh Abd Rabo;

a.k.a. AL-OMGY, Mohammed Saleh Abd'rabbo; a.k.a. AL-OMGY, Muhammad Salih Abd-Rabbuh (Arabic: محمد صالح عبدربه العمقي); a.k.a. AL-UMAQI, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMGY, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMQI, Mohammad Salih Abdurabbuh; a.k.a. AL-UMQI, Muhammad Saleh Abd-Rabbuh; a.k.a. AL-UMQY, Muhammad Saleh Abd-Rabbuh), Jamal Street, under Royal Hotel, Taiz, Yemen; Mukalla, Yemen; Al Hudaydah San'a' Street, J Dirham, Salam, Hadramawt, Yemen; Al Amqi Company, Al Makla, Ash Shaykh Uthman, Hadramawt, Yemen; Sayyiun, Suq As Sarrafin, Sayun, Yemen; Shabwat, Ataq, Shabwah, Yemen; Tarim, At Tawahi Street, Tarim, Yemen; DOB 11 Feb 1962; alt. DOB 12 Feb 1962; POB Shakhawi, Hadramawt Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02729375 (Yemen) issued 29 Dec 2009 expires 08 Dec 2013; alt. Passport 00692808 (Yemen) issued 03 Mar 2001 expires 03 Mar 2007; Identification Number 08010019189 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-AMQI, Said Salih Abd-Rabbuh (a.k.a. AL-OMAQI, Saeed Salah Abed Rabboh; a.k.a. ALOMGY, Said Saleh Abed Rubbah; a.k.a. AL-OMGY, Said Salih Abd-Rabbuh (Arabic: سعيد صالح عبدربه العمقي); a.k.a. AL-OMQI, Saeed Salih Abdrabah; a.k.a. AL-OMQI, Saeed Salih Abd-Rabboh; a.k.a. AL-OMQY, Saeed Salih Abed Rabbo; a.k.a. AL-UMAQY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMGY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMQI, Said Salah Abd-Rabbuh; a.k.a. AL-UMQY, Said Saleh Abd-Rabbu), Mahal, Al Mukalla, Yemen; DOB 01 Jan 1956; POB Hadramawt Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

ALAMQY, Mohammed Salih Abdrabah (a.k.a. ABDORABOH, Mohammed Saleh; a.k.a. AL OMQI, Mohammed Saleh Abdurabu; a.k.a. ALAMQE, Mohammed Saleh A; a.k.a. AL-AMQI, Muhammad Salih 'Abd-Rabbuh; a.k.a. AL-OMAQY, Mohammed Saleh Abd Rabo;

a.k.a. AL-OMGY, Mohammed Saleh Abd'rabbo; a.k.a. AL-OMGY, Muhammad Salih Abd-Rabbuh (Arabic: محمد صالح عبدربه العمقي); a.k.a. AL-UMAQI, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMGY, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMQI, Mohammad Salih Abdurabbuh; a.k.a. AL-UMQI, Muhammad Saleh Abd-Rabbuh; a.k.a. AL-UMQY, Muhammad Saleh Abd-Rabbuh), Jamal Street, under Royal Hotel, Taiz, Yemen; Mukalla, Yemen; Al Hudaydah San'a' Street, J Dirham, Salam, Hadramawt, Yemen; Al Amqi Company, Al Makla, Ash Shaykh Uthman, Hadramawt, Yemen; Sayyiun, Suq As Sarrafin, Sayun, Yemen; Shabwat, Ataq, Shabwah, Yemen; Tarim, At Tawahi Street, Tarim, Yemen; DOB 11 Feb 1962; alt. DOB 12 Feb 1962; POB Shakhawi, Hadramawt Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02729375 (Yemen) issued 29 Dec 2009 expires 08 Dec 2013; alt. Passport 00692808 (Yemen) issued 03 Mar 2001 expires 03 Mar 2007; Identification Number 08010019189 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-AMRIKI, Abu Mansour (a.k.a. AL-AMRIKI, Abu Mansur; a.k.a. AL-AMRIKI, Abu Mansuur; a.k.a. HAMMAMI, Omar; a.k.a. HAMMAMI, Omar Shafik; a.k.a. HAMMAMI, Umar; a.k.a. "FAROUK"; a.k.a. "FAROUQ"); DOB 06 May 1984; POB Alabama, USA; Passport 403062567 (United States); SSN 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 (United States) (individual) [SOMALIA].

AL-AMRIKI, Abu Mansur (a.k.a. AL-AMRIKI, Abu Mansour; a.k.a. AL-AMRIKI, Abu Mansuur; a.k.a. HAMMAMI, Omar; a.k.a. HAMMAMI, Omar Shafik; a.k.a. HAMMAMI, Umar; a.k.a. "FAROUK"; a.k.a. "FAROUQ"); DOB 06 May 1984; POB Alabama, USA; Passport 403062567 (United States); SSN 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 (United States) (individual) [SOMALIA].

AL-AMRIKI, Abu Mansuur (a.k.a. AL-AMRIKI, Abu Mansour; a.k.a. AL-AMRIKI, Abu Mansur; a.k.a. HAMMAMI, Omar; a.k.a. HAMMAMI, Omar Shafik; a.k.a. HAMMAMI, Umar; a.k.a. "FAROUK"; a.k.a. "FAROUQ"); DOB 06 May 1984; POB Alabama, USA; Passport 403062567 (United States); SSN 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 (United States) (individual) [SOMALIA].

AL-AMRIKI, Abu-Ahmad (a.k.a. AL-HAWEN, Abu-Ahmad; a.k.a. AL-MAGHRIBI, Rashid;

a.k.a. AL-SHAHID, Abu-Ahmad; a.k.a. HIJAZI, Raed M; a.k.a. HIJAZI, Riad), Jordan; DOB 1968; POB California, USA; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; SSN 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 (United States) (individual) [SDGT].

AL-AMSHAT (f.k.a. BANNER OF THE LINE OF FIRE BRIGADE; f.k.a. LOWAA KHAT AL-NARR; a.k.a. SULEIMAN SHAH BRIGADE; a.k.a. SULTAN SULEIMAN SHAH BRIGADE (Arabic: لواء السلطان سليمان شاه); a.k.a. SULTAN SULEIMAN SHAH DIVISION (Arabic: فرقة السلطان سليمان شاه)), Afrin District, Aleppo Governorate, Syria; Organization Established Date 2011 [PAARSSR-EO13894].

ALAN ENERJI URETIM SANAYI VE TICARET ANONIM SIRKETI (f.k.a. ALAN ENERJI URETIM SANAYI VE TICARET LIMITED SIRKETI; f.k.a. TASFIYE HALINDE ALAN ENERJI URETIM SANAYI VE TICARET LIMITED SIRKETI), Istinye Mah. Bostan Sok. No: 12 Sariyer, Turkey; Resitpasa Mah. Denizbank Ust Sitesi Yol Sok. No. 29, Sariyer, Istanbul 34467, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Jun 2006; Istanbul Chamber of Comm. No. 593151 (Turkey); Registration Number 593151-0 (Turkey); Central Registration System Number 0048-0501-8650-0029 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

ALAN ENERJI URETIM SANAYI VE TICARET LIMITED SIRKETI (a.k.a. ALAN ENERJI URETIM SANAYI VE TICARET ANONIM SIRKETI; f.k.a. TASFIYE HALINDE ALAN ENERJI URETIM SANAYI VE TICARET LIMITED SIRKETI), Istinye Mah. Bostan Sok. No: 12 Sariyer, Turkey; Resitpasa Mah. Denizbank Ust Sitesi Yol Sok. No. 29, Sariyer, Istanbul 34467, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Jun 2006; Istanbul Chamber of Comm. No. 593151 (Turkey); Registration Number 593151-0 (Turkey); Central Registration System Number 0048-0501-8650-0029 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

AL-ANABI, Yusuf Abu-'Ubaydah (a.k.a. ABU OBEIDA, Youcef; a.k.a. ABU UBAYDAH, Yusuf; a.k.a. AL 'ANABI, Abu 'Ubaydah Yusuf; a.k.a. AL-ANNABI, Abou Obeida Youssef; a.k.a. AL-INABI, Abu-Ubaydah Yusuf; a.k.a. MABRAK,

Yazid; a.k.a. MEBRAK, Yazid; a.k.a. YAZID, Mebrak; a.k.a. YAZID, Mibrak; a.k.a. YAZID, Yousif Abu Obayda; a.k.a. "ABOU YOUCEF"), Algeria; DOB 01 Jan 1969; POB Annaba, Algeria; citizen Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ANFAL TRUST (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-ANI, Adib Shaban (a.k.a. SHABAN, Adib; a.k.a. SHABAN, Dr. Adib); DOB 1952; nationality Iraq (individual) [IRAQ2].

AL-ANIZI, 'Abd al-Rahman Khalaf (a.k.a. AL-'ANIZI, 'Abd al-Rahman Khalaf 'Ubayd Juday'; a.k.a. AL-'ANZI, 'Abd al-Rahman Khalaf; a.k.a. "ABU USAMA"; a.k.a. "AL-KUWAITI, Abu Usamah"; a.k.a. "AL-RAHMAN, Abu Usamah"; a.k.a. "KUWAITI, Abu Shaima'"; a.k.a. "YUSUF"); DOB 01 Jan 1973 to 31 Dec 1973; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-'ANIZI, 'Abd al-Rahman Khalaf 'Ubayd Juday' (a.k.a. AL-ANIZI, 'Abd al-Rahman Khalaf; a.k.a. AL-'ANZI, 'Abd al-Rahman Khalaf; a.k.a. "ABU USAMA"; a.k.a. "AL-KUWAITI, Abu Usamah"; a.k.a. "AL-RAHMAN, Abu Usamah"; a.k.a. "KUWAITI, Abu Shaima'"; a.k.a. "YUSUF"); DOB 01 Jan 1973 to 31 Dec 1973; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-'ANIZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban (a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Sharyan; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANIZI, 'Abdullah Hadi 'Abd al-Rahman Fayzan Sharifan; a.k.a. AL-'ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharyan; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayzan Sharifan al-Anzi; a.k.a. "AL-KUWAITI, Zubayr"; a.k.a. "AL-ZUBAYR, Abu"), Hawali, Hawali Governorate, Kuwait; DOB 02 Aug 1984; POB Kuwait; citizen Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 107609169 (Kuwait); Driver's License No. 3284670 expires 21 Aug 2017; Identification Number 284080201511 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Sharyan (a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANIZI, 'Abdullah Hadi 'Abd al-Rahman Fayzan Sharifan; a.k.a. AL-'ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharyan; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayzan Sharifan al-Anzi; a.k.a. "AL-KUWAITI, Zubayr"; a.k.a. "AL-ZUBAYR, Abu"), Hawali, Hawali Governorate, Kuwait; DOB 02 Aug 1984; POB Kuwait; citizen Kuwait; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 107609169 (Kuwait); Driver's License No. 3284670 expires 21 Aug 2017; Identification Number 284080201511 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Shiryan (a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Sharyan; a.k.a. AL-'ANIZI, 'Abdullah Hadi 'Abd al-Rahman Fayzan Sharifan; a.k.a. AL-'ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharyan; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayzan Sharifan al-Anzi; a.k.a. "AL-KUWAITI, Zubayr"; a.k.a. "AL-ZUBAYR, Abu"), Hawali, Hawali Governorate, Kuwait; DOB 02 Aug 1984; POB Kuwait; citizen Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 107609169 (Kuwait); Driver's License No. 3284670 expires 21 Aug 2017; Identification Number 284080201511 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-'ANIZI, 'Abdullah Hadi 'Abd al-Rahman Fayzan Sharifan (a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Sharyan; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharyan; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayzan Sharifan al-Anzi; a.k.a. "AL-KUWAITI, Zubayr"; a.k.a. "AL-ZUBAYR, Abu"), Hawali, Hawali Governorate, Kuwait; DOB 02 Aug 1984; POB Kuwait; citizen Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 107609169 (Kuwait); Driver's License No. 3284670 expires 21 Aug 2017; Identification Number 284080201511 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan (a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shiryan; a.k.a. AL-ANIZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-

'ANZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharban; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. ALENEZI, Mohammad H A F; a.k.a. AL-SHAMMARI, Muhammad; a.k.a. "AL-KUWAITI, Abu Hudhayfa"; a.k.a. "HUDAYTH, Abu"; a.k.a. "HUDHAYFAH, Abu"), Kuwait; DOB 26 May 1986; nationality Kuwait; citizen Kuwait; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shiryan (a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-ANIZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharban; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. ALENEZI, Mohammad H A F; a.k.a. AL-SHAMMARI, Muhammad; a.k.a. "AL-KUWAITI, Abu Hudhayfa"; a.k.a. "HUDAYTH, Abu"; a.k.a. "HUDHAYFAH, Abu"), Kuwait; DOB 26 May 1986; nationality Kuwait; citizen Kuwait; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-ANIZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan (a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shiryan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharban; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. ALENEZI, Mohammad H A F; a.k.a. AL-SHAMMARI, Muhammad; a.k.a. "AL-KUWAITI, Abu Hudhayfa"; a.k.a. "HUDAYTH, Abu"; a.k.a. "HUDHAYFAH, Abu"), Kuwait; DOB 26 May 1986; nationality Kuwait; citizen Kuwait; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-'ANIZI, Muhammad Hadi 'Abd-al-Rahman Fihan Shiryan (a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shiryan; a.k.a. AL-ANIZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharban; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. ALENEZI, Mohammad H A F; a.k.a. AL-SHAMMARI, Muhammad; a.k.a. "AL-KUWAITI, Abu Hudhayfa"; a.k.a. "HUDAYTH, Abu"; a.k.a. "HUDHAYFAH, Abu"), Kuwait; DOB 26 May 1986; nationality Kuwait; citizen Kuwait; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-ANNABI, Abou Obeida Youssef (a.k.a. ABU OBEIDA, Youcef; a.k.a. ABU UBAYDAH, Yusuf; a.k.a. AL 'ANABI, Abu 'Ubaydah Yusuf; a.k.a. AL-ANABI, Yusuf Abu-'Ubaydah; a.k.a. AL-INABI, Abu-Ubaydah Yusuf; a.k.a. MABRAK, Yazid; a.k.a. MEBRAK, Yazid; a.k.a. YAZID, Mebrak; a.k.a. YAZID, Mibrak; a.k.a. YAZID, Yousif Abu Obayda; a.k.a. "ABOU YOUCEF"), Algeria; DOB 01 Jan 1969; POB Annaba, Algeria; citizen Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ANSAR CHARITABLE SOCIETY (a.k.a. AL-ANSAR CHARITY ASSOCIATION (Arabic: جمعية الأنصار الخيرية)), Al-Nasr Street, Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2001 [SDGT] (Linked To: MARTYRS FOUNDATION; Linked To: HAMAS; Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

AL-ANSAR CHARITY ASSOCIATION (Arabic: جمعية الأنصار الخيرية) (a.k.a. AL-ANSAR CHARITABLE SOCIETY), Al-Nasr Street, Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2001 [SDGT] (Linked To: MARTYRS FOUNDATION; Linked To: HAMAS; Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

AL-ANSARI, Abu-Malik (a.k.a. AL-SHAMI, Abu-Malik; a.k.a. AL-TALLI, Abu-Malik; a.k.a.

ZAYNIYAH, Jamal Husayn), Al-Qalamun, Syria; DOB 17 Aug 1972; alt. DOB 01 Jan 1972; POB Al-Tal, Syria; alt. POB Tell Mnin, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 3987189 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-ANSSARI, Ali Mohammed Glam Hussin (a.k.a. AL ANSSARI, Ali Mohammed Ghulam Hussein; a.k.a. HUSAYN, Ali Mohammad Ghulam (Arabic: علي محمد غلام حسين); a.k.a. HUSSEIN, Ali Mohammed Glam), London, United Kingdom; Baghdad, Iraq; DOB 21 Dec 1982; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A18729548 (Iraq) expires 05 Jul 2029; alt. Passport A6108682 (Iraq) expires 04 May 2020; alt. Passport R0118838 (Dominica) expires 07 Dec 2026; alt. Passport A3938880 (Iraq) expires 23 Feb 2022 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL-'ANZI, 'Abd al-Rahman Khalaf (a.k.a. AL-ANIZI, 'Abd al-Rahman Khalaf; a.k.a. AL-'ANIZI, 'Abd al-Rahman Khalaf 'Ubayd Juday'; a.k.a. "ABU USAMA"; a.k.a. "AL-KUWAITI, Abu Usamah"; a.k.a. "AL-RAHMAN, Abu Usamah"; a.k.a. "KUWAITI, Abu Shaima'"; a.k.a. "YUSUF"); DOB 01 Jan 1973 to 31 Dec 1973; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-'ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban (a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Sharyan; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANIZI, 'Abdullah Hadi 'Abd al-Rahman Fayzan Sharifan; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharyan; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayzan Sharifan al-Anzi; a.k.a. "AL-KUWAITI, Zubayr"; a.k.a. "AL-ZUBAYR, Abu"), Hawali, Hawali Governorate, Kuwait; DOB 02 Aug 1984; POB Kuwait; citizen Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 107609169 (Kuwait); Driver's License No. 3284670 expires 21 Aug 2017; Identification Number 284080201511 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharyan (a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Sharyan; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANIZI, 'Abdullah Hadi 'Abd al-Rahman Fayzan Sharifan; a.k.a. AL-'ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayzan Sharifan al-Anzi; a.k.a. "AL-KUWAITI, Zubayr"; a.k.a. "AL-ZUBAYR, Abu"), Hawali, Hawali Governorate, Kuwait; DOB 02 Aug 1984; POB Kuwait; citizen Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 107609169 (Kuwait); Driver's License No. 3284670 expires 21 Aug 2017; Identification Number 284080201511 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayzan Sharifan al-Anzi (a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Sharyan; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANIZI, 'Abdullah Hadi 'Abd al-Rahman Fayzan Sharifan; a.k.a. AL-'ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharyan; a.k.a. "AL-KUWAITI, Zubayr"; a.k.a. "AL-ZUBAYR, Abu"), Hawali, Hawali Governorate, Kuwait; DOB 02 Aug 1984; POB Kuwait; citizen Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 107609169 (Kuwait); Driver's License No. 3284670 expires 21 Aug 2017; Identification Number 284080201511 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-'ANZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan (a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shiryan; a.k.a. AL-ANIZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. ALENEZI, Mohammad H A F; a.k.a. AL-SHAMMARI, Muhammad; a.k.a. "AL-KUWAITI, Abu Hudhayfa"; a.k.a.

"HUDAYTH, Abu"; a.k.a. "HUDHAYFAH, Abu"), Kuwait; DOB 26 May 1986; nationality Kuwait; citizen Kuwait; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharban (a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shiryan; a.k.a. AL-ANIZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. ALENEZI, Mohammad H A F; a.k.a. AL-SHAMMARI, Muhammad; a.k.a. "AL-KUWAITI, Abu Hudhayfa"; a.k.a. "HUDAYTH, Abu"; a.k.a. "HUDHAYFAH, Abu"), Kuwait; DOB 26 May 1986; nationality Kuwait; citizen Kuwait; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan (a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shiryan; a.k.a. AL-ANIZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharban; a.k.a. ALENEZI, Mohammad H A F; a.k.a. AL-SHAMMARI, Muhammad; a.k.a. "AL-KUWAITI, Abu Hudhayfa"; a.k.a. "HUDAYTH, Abu"; a.k.a. "HUDHAYFAH, Abu"), Kuwait; DOB 26 May 1986; nationality Kuwait; citizen Kuwait; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

ALA'ODDINI, Yahya (Arabic: يحيى علاء الدينى) (a.k.a. ALAEDDINI, Yahya), Iran; DOB 21 Mar 1965; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K47201906 (Iran) expires 19 Oct 2023; National ID No. 0036732958 (Iran) (individual) [IRGC]

[IRAN-HR] (Linked To: BONYAD TAAVON SEPAH).

ALAPINI GANSOU, Reine Adelaide Sophie, The Hague, Netherlands; DOB 11 Aug 1956; POB Treichville, Cote D'Ivoire; nationality Benin; Gender Female (individual) [ICC-EO14203].

ALAQAD, Ahmed (a.k.a. AL-AQAD, Ahmed; a.k.a. ALAQAD, Ahmed M. M.; a.k.a. "ALAQAD, Abu Yamin" (Arabic: "أبو يامن العقاد")), Khan Yunis, Gaza; DOB 21 Nov 1978; POB Khan Yunis, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 4067405 (Palestinian) (individual) [SDGT] (Linked To: BUY CASH MONEY AND MONEY TRANSFER COMPANY).

AL-AQAD, Ahmed (a.k.a. ALAQAD, Ahmed; a.k.a. ALAQAD, Ahmed M. M.; a.k.a. "ALAQAD, Abu Yamin" (Arabic: "أبو يامن العقاد")), Khan Yunis, Gaza; DOB 21 Nov 1978; POB Khan Yunis, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 4067405 (Palestinian) (individual) [SDGT] (Linked To: BUY CASH MONEY AND MONEY TRANSFER COMPANY).

ALAQAD, Ahmed M. M. (a.k.a. ALAQAD, Ahmed; a.k.a. AL-AQAD, Ahmed; a.k.a. "ALAQAD, Abu Yamin" (Arabic: "أبو يامن العقاد")), Khan Yunis, Gaza; DOB 21 Nov 1978; POB Khan Yunis, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 4067405 (Palestinian) (individual) [SDGT] (Linked To: BUY CASH MONEY AND MONEY TRANSFER COMPANY).

ALAQEEL, Aqeel Abdulaziz A. (a.k.a. AL-AQIL, Aqeel Abdulaziz; a.k.a. AL-AQIL, Aqeel Abdulaziz Aqeeil); DOB 29 Apr 1949; POB Unaizah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E 839024 issued 03 Jan 2004 expires 08 Nov 2008; alt. Passport C 1415363 issued 21 May 2000 (individual) [SDGT].

AL-AQIL, Aqeel Abdulaziz (a.k.a. ALAQEEL, Aqeel Abdulaziz A.; a.k.a. AL-AQIL, Aqeel Abdulaziz Aqeeil); DOB 29 Apr 1949; POB Unaizah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Passport E 839024 issued 03 Jan 2004 expires 08 Nov 2008; alt. Passport C 1415363 issued 21 May 2000 (individual) [SDGT].

AL-AQIL, Aqeel Abdulaziz Aqeeil (a.k.a. ALAQEEL, Aqeel Abdulaziz A.; a.k.a. AL-AQIL, Aqeel Abdulaziz); DOB 29 Apr 1949; POB Unaizah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E 839024 issued 03 Jan 2004 expires 08 Nov 2008; alt. Passport C 1415363 issued 21 May 2000 (individual) [SDGT].

AL-AQSA (a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA AL-ISLAMI BANK (a.k.a. AL-AQSA ISLAMIC BANK), P.O. Box 3753, al-Beireh, West Bank; Ramallah II 970, West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA ASBL (a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN;

a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA ASBL (a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; <Head Office> [SDGT].

AL-AQSA ASBL (a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'

ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA ASBL (a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA ASBL (a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE

FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA ASBL (a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA ASBL (a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA ASBL (a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; <Head Office> [SDGT].

AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a.

AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-

AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE

SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA;

a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; <Head Office> [SDGT].

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE

FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels

1080, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA E.V. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; <Head Office> [SDGT].

AL-AQSA E.V. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA E.V. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a.

AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA E.V. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA E.V. (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA

SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA E.V. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA E.V. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC

CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA E.V. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA E.V. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC

CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA

CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA

CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; <Head Office> [SDGT].

AL-AQSA FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH,

Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA FOUNDATION (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium; Secondary sanctions risk:

section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA

CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; <Head Office> [SDGT].

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-

AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL

ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a.

CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA ISLAMIC BANK (a.k.a. AL-AQSA AL-ISLAMI BANK), P.O. Box 3753, al-Beireh, West Bank; Ramallah II 970, West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL

FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; <Head Office> [SDGT].

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a.

AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a.

CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY

FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY

FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA MARTYRS BATTALION (a.k.a. AL-AQSA MARTYRS BRIGADE); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-AQSA MARTYRS BRIGADE (a.k.a. AL-AQSA MARTYRS BATTALION); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-AQSA SATELLITE TELEVISION (a.k.a. AL-AQSA TV; a.k.a. HAMAS TV; a.k.a. SIRAJ AL-AQSA TV; a.k.a. THE AQSA LAMP), Jabaliya, Gaza, Palestinian; Website www.aqsatv.ps; Email Address info@aqsatv.ps; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Telephone: 0097282851500; Fax: 0097282858208 [SDGT].

AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE

FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; <Head Office> [SDGT].

AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA

INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN;

a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC

CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a.

MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; <Head Office> [SDGT].

AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.),

Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium; Secondary sanctions risk:

section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE

FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE

ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; <Head Office> [SDGT].

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA

SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE

SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA;

a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA;

a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-AQSA TV (a.k.a. AL-AQSA SATELLITE TELEVISION; a.k.a. HAMAS TV; a.k.a. SIRAJ AL-AQSA TV; a.k.a. THE AQSA LAMP), Jabaliya, Gaza, Palestinian; Website www.aqsatv.ps; Email Address info@aqsatv.ps; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Telephone: 0097282851500; Fax: 0097282858208 [SDGT].

ALAR, Roman Anatolyevich, Moscow, Russia; DOB 17 Jan 1973; nationality Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 719869648 (Russia) expires 25 Jun 2022 (individual) [NPWMD].

AL-ARAB, Jihad (Arabic: جهاد العرب) (a.k.a. EL ARAB, Jihad; a.k.a. EL ARAB, Jihad Ahmad), France Street Pavilion Building, Villa Jihad el Arab, Downtown Mina el Hosn, Beirut, Lebanon; DOB 06 Jan 1963; POB Beirut, Lebanon; nationality Lebanon; Gender Male; Passport LR0073000 (Lebanon) expires 25 Jul 2022 (individual) [LEBANON].

AL-ARABI TRADING COMPANY LIMITED, Lane 11, Hai Babil, Baghdad District 929, Iraq [IRAQ2].

AL-ARADAH, Khalid Ali (a.k.a. AL-ARADAH, Khalid Ali Mabkhut; a.k.a. AL-ARADEH, Khalid; a.k.a. AL-ARRADAH, Khalid; a.k.a. ARADA, Khalid), Marib, Marib Governorate, Yemen; DOB 01 Jan 1965; alt. DOB 01 Aug 1957; alt. DOB 01 Jan 1957; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-ARADAH, Khalid Ali Mabkhut (a.k.a. AL-ARADAH, Khalid Ali; a.k.a. AL-ARADEH, Khalid; a.k.a. AL-ARRADAH, Khalid; a.k.a. ARADA, Khalid), Marib, Marib Governorate, Yemen; DOB 01 Jan 1965; alt. DOB 01 Aug 1957; alt. DOB 01 Jan 1957; nationality Yemen; Gender Male; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-ARADEH, Khalid (a.k.a. AL-ARADAH, Khalid Ali; a.k.a. AL-ARADAH, Khalid Ali Mabkhut; a.k.a. AL-ARRADAH, Khalid; a.k.a. ARADA, Khalid), Marib, Marib Governorate, Yemen; DOB 01 Jan 1965; alt. DOB 01 Aug 1957; alt. DOB 01 Jan 1957; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-ARD AL-JADIDAH MONEY EXCHANGE COMPANY (a.k.a. AL ARDH AL JADIDA; a.k.a. AL-ARDH AL-JADEEDA EXCHANGE COMPANY; a.k.a. NEW LAND MONEY EXCHANGE COMPANY), Iraq; Hajin, Dayr az Zawr Province, Syria; Sanliurfa, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 9647807798905; alt. Phone Number 964805611259; alt. Phone Number 9647905886647 [SDGT].

AL-ARDH AL-JADEEDA EXCHANGE COMPANY (a.k.a. AL ARDH AL JADIDA; a.k.a. AL-ARD AL-JADIDAH MONEY EXCHANGE COMPANY; a.k.a. NEW LAND MONEY EXCHANGE COMPANY), Iraq; Hajin, Dayr az Zawr Province, Syria; Sanliurfa, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 9647807798905; alt. Phone Number 964805611259; alt. Phone Number 9647905886647 [SDGT].

AL-'ARIF, Sultan Yusuf Hasan (a.k.a. AL-'ABDALI, Qattal; a.k.a. AL-'ABDALI, Qital; a.k.a. AL-NAJDI, Qital; a.k.a. AL-SAUDI, Abu Musab), Afghanistan; Iran; DOB 28 Jun 1986; alt. DOB 27 Jun 1986; POB Jeddah, Saudi Arabia; nationality Saudi Arabia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALARIFI, Naif Hassan S. (a.k.a. AL-ARIFI, Nayif Hasan Saad); DOB 28 Feb 1986; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport M644150 (Saudi Arabia) issued 15 Jan 2014 expires 22 Nov 2018 (individual) [GLOMAG].

AL-ARIFI, Nayif Hasan Saad (a.k.a. ALARIFI, Naif Hassan S.); DOB 28 Feb 1986; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport M644150 (Saudi Arabia) issued 15 Jan 2014 expires 22 Nov 2018 (individual) [GLOMAG].

AL-ARMANAZI, Amr Muhammad Najib (a.k.a. ARMANAZI, Amr; a.k.a. ARMANAZI, Amr Najib); DOB 07 Feb 1944 (individual) [NPWMD].

AL-ARORI, Salih (a.k.a. AL-AROURI, Salah; a.k.a. AL-AROURI, Saleh; a.k.a. AL-AROURI, Saleh Muhammad Suleiman; a.k.a. AL-ARURI, Salah; a.k.a. AL-ARURI, Saleh; a.k.a. AL-ARURI, Salih; a.k.a. AL-ARURI, Salih Muhammad Sulayman; a.k.a. SULAYMAN, Salih Muhammad; a.k.a. "MUHAMMAD, Abu"; a.k.a. "SULAIMAN, Salih Dar"; a.k.a. "SULEIMAN, Salih"); DOB 19 Aug 1966; POB Ramallah, West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2525897 (Palestinian); alt. Passport 3580327 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-AROURI, Salah (a.k.a. AL-ARORI, Salih; a.k.a. AL-AROURI, Saleh; a.k.a. AL-AROURI, Saleh Muhammad Suleiman; a.k.a. AL-ARURI, Salah; a.k.a. AL-ARURI, Saleh; a.k.a. AL-ARURI, Salih; a.k.a. AL-ARURI, Salih Muhammad Sulayman; a.k.a. SULAYMAN, Salih Muhammad; a.k.a. "MUHAMMAD, Abu"; a.k.a. "SULAIMAN, Salih Dar"; a.k.a. "SULEIMAN, Salih"); DOB 19 Aug 1966; POB Ramallah, West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2525897 (Palestinian); alt. Passport 3580327 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-AROURI, Saleh (a.k.a. AL-ARORI, Salih; a.k.a. AL-AROURI, Salah; a.k.a. AL-AROURI, Saleh Muhammad Suleiman; a.k.a. AL-ARURI, Salah; a.k.a. AL-ARURI, Saleh; a.k.a. AL-ARURI, Salih; a.k.a. AL-ARURI, Salih Muhammad Sulayman; a.k.a. SULAYMAN, Salih Muhammad; a.k.a. "MUHAMMAD, Abu"; a.k.a. "SULAIMAN, Salih Dar"; a.k.a. "SULEIMAN, Salih"); DOB 19 Aug 1966; POB Ramallah, West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2525897 (Palestinian); alt. Passport 3580327 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-AROURI, Saleh Muhammad Suleiman (a.k.a. AL-ARORI, Salih; a.k.a. AL-AROURI, Salah; a.k.a. AL-AROURI, Saleh; a.k.a. AL-ARURI, Salah; a.k.a. AL-ARURI, Saleh; a.k.a. AL-ARURI, Salih; a.k.a. AL-ARURI, Salih Muhammad Sulayman; a.k.a. SULAYMAN, Salih Muhammad; a.k.a. "MUHAMMAD, Abu"; a.k.a. "SULAIMAN, Salih Dar"; a.k.a. "SULEIMAN, Salih"); DOB 19 Aug 1966; POB Ramallah, West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2525897 (Palestinian); alt. Passport 3580327 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-ARRADAH, Khalid (a.k.a. AL-ARADAH, Khalid Ali; a.k.a. AL-ARADAH, Khalid Ali Mabkhut; a.k.a. AL-ARADEH, Khalid; a.k.a. ARADA, Khalid), Marib, Marib Governorate, Yemen; DOB 01 Jan 1965; alt. DOB 01 Aug 1957; alt. DOB 01 Jan 1957; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-ARURI, Salah (a.k.a. AL-ARORI, Salih; a.k.a. AL-AROURI, Salah; a.k.a. AL-AROURI, Saleh; a.k.a. AL-AROURI, Saleh Muhammad Suleiman; a.k.a. AL-ARURI, Saleh; a.k.a. AL-ARURI, Salih; a.k.a. AL-ARURI, Salih Muhammad Sulayman; a.k.a. SULAYMAN, Salih Muhammad; a.k.a. "MUHAMMAD, Abu"; a.k.a. "SULAIMAN, Salih Dar"; a.k.a. "SULEIMAN, Salih"); DOB 19 Aug 1966; POB Ramallah, West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2525897 (Palestinian); alt. Passport 3580327 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-ARURI, Saleh (a.k.a. AL-ARORI, Salih; a.k.a. AL-AROURI, Salah; a.k.a. AL-AROURI, Saleh; a.k.a. AL-AROURI, Saleh Muhammad Suleiman; a.k.a. AL-ARURI, Salah; a.k.a. AL-ARURI, Salih; a.k.a. AL-ARURI, Salih Muhammad Sulayman; a.k.a. SULAYMAN, Salih Muhammad; a.k.a. "MUHAMMAD, Abu"; a.k.a. "SULAIMAN, Salih Dar"; a.k.a. "SULEIMAN, Salih"); DOB 19 Aug 1966; POB Ramallah, West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2525897 (Palestinian); alt. Passport 3580327

(Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-ARURI, Salih (a.k.a. AL-ARORI, Salih; a.k.a. AL-AROURI, Salah; a.k.a. AL-AROURI, Saleh; a.k.a. AL-AROURI, Saleh Muhammad Suleiman; a.k.a. AL-ARURI, Salah; a.k.a. AL-ARURI, Saleh; a.k.a. AL-ARURI, Salih Muhammad Sulayman; a.k.a. SULAYMAN, Salih Muhammad; a.k.a. "MUHAMMAD, Abu"; a.k.a. "SULAIMAN, Salih Dar"; a.k.a. "SULEIMAN, Salih"); DOB 19 Aug 1966; POB Ramallah, West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2525897 (Palestinian); alt. Passport 3580327 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-ARURI, Salih Muhammad Sulayman (a.k.a. AL-ARORI, Salih; a.k.a. AL-AROURI, Salah; a.k.a. AL-AROURI, Saleh; a.k.a. AL-AROURI, Saleh Muhammad Suleiman; a.k.a. AL-ARURI, Salah; a.k.a. AL-ARURI, Saleh; a.k.a. AL-ARURI, Salih; a.k.a. SULAYMAN, Salih Muhammad; a.k.a. "MUHAMMAD, Abu"; a.k.a. "SULAIMAN, Salih Dar"; a.k.a. "SULEIMAN, Salih"); DOB 19 Aug 1966; POB Ramallah, West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2525897 (Palestinian); alt. Passport 3580327 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-ARWEE, Hajji Fouaz (a.k.a. AL-RAWI, Hajj Fawaz; a.k.a. JABIR AL-RAWI, Fawaz Muhamed; a.k.a. JABUR AL-RAWI, Fawwaz; a.k.a. JUBAYR AL-RAWI, Fawaz Muhammad; a.k.a. JUBAYR AL-RAWI, Fawwaz Muhammad), Syria; DOB 1974; POB Albu Kamal, Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-ASAD, Bashar (a.k.a. AL ASSAD, Bashar Hafez; a.k.a. AL-ASSAD, Bashar (Arabic: بشار الأسد); a.k.a. ASSAD, Bashar), Damascus, Syria; DOB 11 Sep 1965; POB Damascus, Syria; nationality Syria; Gender Male; President of the Syrian Arab Republic (individual) [PAARSSR-EO13894].

AL-ASAD, Mahir (a.k.a. AL-ASSAD, Maher (Arabic: ماهر الأسد); a.k.a. ASSAD, Mahar; a.k.a. ASSAD, Maher), Damascus, Syria; DOB 08 Dec 1967; POB Damascus, Syria; nationality Syria; Gender Male; Diplomatic Passport 4138

(Syria); Major General; Commander of the Syrian Army's 4th Armored Division (individual) [PAARSSR-EO13894].

AL-ASAD, Samer (a.k.a. AL-ASSAD, Samer Kamal (Arabic: سامر كمال الأسد)), Syria; DOB 19 May 1973; POB Qardaha, Syria; nationality Syria; Gender Male; Passport 86368 (Syria); National ID No. 06200000449 (Syria) (individual) [PAARSSR-EO13894].

AL-ASHQAR, Abdallah (a.k.a. AL ASHQAR, Abdullah Jihad; a.k.a. AL MAQDISI, Abu al Muhtasib; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-'ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, 'Abdallah Jihad Musa; a.k.a. AL-ASHQAR, Abdullah; a.k.a. AL-ASHQAR, Abdullah Jihad; a.k.a. AL-MAQDISI, Abu-al-Muhtasib; a.k.a. AL-TAWHID, Muhandes; a.k.a. AL-TAWHID, Muhandis; a.k.a. ASHKAR, Abdallah; a.k.a. "ABU-HAJIR"; a.k.a. "AL MUHTASIB, Abu"), Region: Gaza; DOB 1986; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ASHQAR, 'Abdallah (a.k.a. AL ASHQAR, Abdullah Jihad; a.k.a. AL MAQDISI, Abu al Muhtasib; a.k.a. AL-ASHQAR, Abdallah; a.k.a. AL-'ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, 'Abdallah Jihad Musa; a.k.a. AL-ASHQAR, Abdullah; a.k.a. AL-ASHQAR, Abdullah Jihad; a.k.a. AL-MAQDISI, Abu-al-Muhtasib; a.k.a. AL-TAWHID, Muhandes; a.k.a. AL-TAWHID, Muhandis; a.k.a. ASHKAR, Abdallah; a.k.a. "ABU-HAJIR"; a.k.a. "AL MUHTASIB, Abu"), Region: Gaza; DOB 1986; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-'ASHQAR, 'Abdallah (a.k.a. AL ASHQAR, Abdullah Jihad; a.k.a. AL MAQDISI, Abu al Muhtasib; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, Abdallah; a.k.a. AL-ASHQAR, 'Abdallah Jihad Musa; a.k.a. AL-ASHQAR, Abdullah; a.k.a. AL-ASHQAR, Abdullah Jihad; a.k.a. AL-MAQDISI, Abu-al-Muhtasib; a.k.a. AL-TAWHID, Muhandes; a.k.a. AL-TAWHID, Muhandis; a.k.a. ASHKAR, Abdallah; a.k.a. "ABU-HAJIR"; a.k.a. "AL MUHTASIB, Abu"), Region: Gaza; DOB 1986; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ASHQAR, 'Abdallah Jihad Musa (a.k.a. AL ASHQAR, Abdullah Jihad; a.k.a. AL MAQDISI, Abu al Muhtasib; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, Abdallah; a.k.a. AL-

'ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, Abdullah; a.k.a. AL-ASHQAR, Abdullah Jihad; a.k.a. AL-MAQDISI, Abu-al-Muhtasib; a.k.a. AL-TAWHID, Muhandes; a.k.a. AL-TAWHID, Muhandis; a.k.a. ASHKAR, Abdallah; a.k.a. "ABU-HAJIR"; a.k.a. "AL MUHTASIB, Abu"), Region: Gaza; DOB 1986; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ASHQAR, Abdullah (a.k.a. AL ASHQAR, Abdullah Jihad; a.k.a. AL MAQDISI, Abu al Muhtasib; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, Abdallah; a.k.a. AL-'ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, 'Abdallah Jihad Musa; a.k.a. AL-ASHQAR, Abdullah Jihad; a.k.a. AL-MAQDISI, Abu-al-Muhtasib; a.k.a. AL-TAWHID, Muhandes; a.k.a. AL-TAWHID, Muhandis; a.k.a. ASHKAR, Abdallah; a.k.a. "ABU-HAJIR"; a.k.a. "AL MUHTASIB, Abu"), Region: Gaza; DOB 1986; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ASHQAR, Abdullah Jihad (a.k.a. AL ASHQAR, Abdullah Jihad; a.k.a. AL MAQDISI, Abu al Muhtasib; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, Abdallah; a.k.a. AL-'ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, 'Abdallah Jihad Musa; a.k.a. AL-ASHQAR, Abdullah; a.k.a. AL-MAQDISI, Abu-al-Muhtasib; a.k.a. AL-TAWHID, Muhandes; a.k.a. AL-TAWHID, Muhandis; a.k.a. ASHKAR, Abdallah; a.k.a. "ABU-HAJIR"; a.k.a. "AL MUHTASIB, Abu"), Region: Gaza; DOB 1986; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ASHTAR BRIGADES (a.k.a. SARAYA AL-ASHTAR; a.k.a. "AAB"), Bahrain; Iran; Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-ASIRI, Ahmed (a.k.a. AL ASIRI, Ahmad Hassan Mohammed; a.k.a. AL-ASSIRI, Ahmed; a.k.a. ASSERI, Ahmed Hassan M.; a.k.a. ASSIRI, Ahmed), King Abdullah Rd., Ishbilyah, Riyadh, Saudi Arabia; DOB 15 Oct 1966; POB Tabok, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport D106103 (Saudi Arabia) expires 05 Oct 2021 (individual) [GLOMAG].

AL-'ASIRI, Ibrahim (a.k.a. AL ASIRI, Ibrahim Hassan; a.k.a. AL-'ASIRI, Ibrahim Hasan Tali; a.k.a. AL-ASIRI, Ibrahim Hassan Tali; a.k.a. 'ASIRI, Ibrahim Hasan Tali'A; a.k.a. ASSIRI,

Ibrahim Hassan Tali; a.k.a. "ABOSSLAH"; a.k.a. "ABU SALEH"); DOB 19 Apr 1982; alt. DOB 18 Apr 1982; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F654645 issued 30 Apr 2005; National ID No. 1028745097 (Saudi Arabia); Member of al-Qa'ida in the Arabian Peninsula, is wanted by the Government of Saudi Arabia and Interpol has issued an Orange Notice: File no. 2009/52/OS/CCC (individual) [SDGT].

AL-'ASIRI, Ibrahim Hasan Tali (a.k.a. AL ASIRI, Ibrahim Hassan; a.k.a. AL-'ASIRI, Ibrahim; a.k.a. AL-ASIRI, Ibrahim Hassan Tali; a.k.a. 'ASIRI, Ibrahim Hasan Tali'A; a.k.a. ASSIRI, Ibrahim Hassan Tali; a.k.a. "ABOSSLAH"; a.k.a. "ABU SALEH"); DOB 19 Apr 1982; alt. DOB 18 Apr 1982; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F654645 issued 30 Apr 2005; National ID No. 1028745097 (Saudi Arabia); Member of al-Qa'ida in the Arabian Peninsula, is wanted by the Government of Saudi Arabia and Interpol has issued an Orange Notice: File no. 2009/52/OS/CCC (individual) [SDGT].

AL-ASIRI, Ibrahim Hassan Tali (a.k.a. AL ASIRI, Ibrahim Hassan; a.k.a. AL-'ASIRI, Ibrahim; a.k.a. AL-'ASIRI, Ibrahim Hasan Tali; a.k.a. 'ASIRI, Ibrahim Hasan Tali'A; a.k.a. ASSIRI, Ibrahim Hassan Tali; a.k.a. "ABOSSLAH"; a.k.a. "ABU SALEH"); DOB 19 Apr 1982; alt. DOB 18 Apr 1982; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F654645 issued 30 Apr 2005; National ID No. 1028745097 (Saudi Arabia); Member of al-Qa'ida in the Arabian Peninsula, is wanted by the Government of Saudi Arabia and Interpol has issued an Orange Notice: File no. 2009/52/OS/CCC (individual) [SDGT].

AL-ASSAD, Asma (Arabic: اسماء الاسد) (a.k.a. AKHRAS, Asma; a.k.a. AKHRAS, Emma; a.k.a. AL-AKHRAS, Asma; a.k.a. AL-ASSAD, Asmaa; a.k.a. FAWAZ AL-AKHRAS, Asma (Arabic: اسماء فواز الاخرس)), Damascus, Syria; DOB 11 Aug 1975; POB Acton, United Kingdom; nationality Syria; alt. nationality United Kingdom; Gender Female (individual) [PAARSSR-EO13894].

AL-ASSAD, Asmaa (a.k.a. AKHRAS, Asma; a.k.a. AKHRAS, Emma; a.k.a. AL-AKHRAS,

Asma; a.k.a. AL-ASSAD, Asma (Arabic: اسماء الاسد); a.k.a. FAWAZ AL-AKHRAS, Asma (Arabic: اسماء فواز الاخرس)), Damascus, Syria; DOB 11 Aug 1975; POB Acton, United Kingdom; nationality Syria; alt. nationality United Kingdom; Gender Female (individual) [PAARSSR-EO13894].

AL-ASSAD, Bashar (Arabic: بشار الأسد) (a.k.a. AL ASSAD, Bashar Hafez; a.k.a. AL-ASAD, Bashar; a.k.a. ASSAD, Bashar), Damascus, Syria; DOB 11 Sep 1965; POB Damascus, Syria; nationality Syria; Gender Male; President of the Syrian Arab Republic (individual) [PAARSSR-EO13894].

AL-ASSAD, Bushra (Arabic: بشرى الاسد) (a.k.a. SHAWKAT, Bushra), Dubai, United Arab Emirates; DOB 24 Oct 1960; POB Egypt; nationality Syria; Gender Female (individual) [PAARSSR-EO13894].

AL-ASSAD, Hafez (Arabic: حافظ الاسد) (a.k.a. ASSAD, Hafez), Syria; DOB 04 Dec 2001; POB Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894] (Linked To: AL-ASSAD, Bashar).

AL-ASSAD, Karam (Arabic: كرام الاسد) (a.k.a. ASSAD, Karam), Syria; DOB 1978; POB Qardaha, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894] (Linked To: AL-ASSAD, Zuhair Tawfik).

AL-ASSAD, Maher (Arabic: ماهر الأسد) (a.k.a. AL-ASAD, Mahir; a.k.a. ASSAD, Mahar; a.k.a. ASSAD, Maher), Damascus, Syria; DOB 08 Dec 1967; POB Damascus, Syria; nationality Syria; Gender Male; Diplomatic Passport 4138 (Syria); Major General; Commander of the Syrian Army's 4th Armored Division (individual) [PAARSSR-EO13894].

AL-ASSAD, Manal (Arabic: منال الاسد) (a.k.a. AL-AHMAD, Manal; a.k.a. AL-AKHRAZ, Manal; a.k.a. JAADAN, Manal), Damascus, Syria; DOB 02 Feb 1970; POB Damascus, Syria; nationality Syria; Gender Female (individual) [PAARSSR-EO13894].

AL-ASSAD, Samer Kamal (Arabic: سامر كمال الأسد) (a.k.a. AL-ASAD, Samer), Syria; DOB 19 May 1973; POB Qardaha, Syria; nationality Syria; Gender Male; Passport 86368 (Syria); National ID No. 06200000449 (Syria) (individual) [PAARSSR-EO13894].

AL-ASSAD, Waseem (a.k.a. AL-ASSAD, Waseem Badi; a.k.a. AL-ASSAD, Wassim; a.k.a. AL-ASSAD, Wassim Badi' (Arabic: وسيم بديع الأسد)), Syria; DOB 18 Jul 1980; POB Qardaha, Latakia Governorate, Syria; nationality Syria; Gender Male; National ID No.

06200000611 (Syria) (individual) [PAARSSR-EO13894].

AL-ASSAD, Waseem Badi (a.k.a. AL-ASSAD, Waseem; a.k.a. AL-ASSAD, Wassim; a.k.a. AL-ASSAD, Wassim Badi' (Arabic: وسيم بديع الأسد)), Syria; DOB 18 Jul 1980; POB Qardaha, Latakia Governorate, Syria; nationality Syria; Gender Male; National ID No. 06200000611 (Syria) (individual) [PAARSSR-EO13894].

AL-ASSAD, Wassim (a.k.a. AL-ASSAD, Waseem; a.k.a. AL-ASSAD, Waseem Badi; a.k.a. AL-ASSAD, Wassim Badi' (Arabic: وسيم بديع الأسد)), Syria; DOB 18 Jul 1980; POB Qardaha, Latakia Governorate, Syria; nationality Syria; Gender Male; National ID No. 06200000611 (Syria) (individual) [PAARSSR-EO13894].

AL-ASSAD, Wassim Badi' (Arabic: وسيم بديع الأسد) (a.k.a. AL-ASSAD, Waseem; a.k.a. AL-ASSAD, Waseem Badi; a.k.a. AL-ASSAD, Wassim), Syria; DOB 18 Jul 1980; POB Qardaha, Latakia Governorate, Syria; nationality Syria; Gender Male; National ID No. 06200000611 (Syria) (individual) [PAARSSR-EO13894].

AL-ASSAD, Zuhair Tawfik (Arabic: زهير توفيق الاسد) (a.k.a. AL-ASSAD, Zuhair Tawfiq; a.k.a. AL-ASSAD, Zuheir Tawfiq; a.k.a. ASSAD, Zuhair), Syria; DOB 1958; POB Qardaha, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-ASSAD, Zuhair Tawfiq (a.k.a. AL-ASSAD, Zuhair Tawfik (Arabic: زهير توفيق الاسد); a.k.a. AL-ASSAD, Zuheir Tawfiq; a.k.a. ASSAD, Zuhair), Syria; DOB 1958; POB Qardaha, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-ASSAD, Zuheir Tawfiq (a.k.a. AL-ASSAD, Zuhair Tawfik (Arabic: زهير توفيق الاسد); a.k.a. AL-ASSAD, Zuhair Tawfiq; a.k.a. ASSAD, Zuhair), Syria; DOB 1958; POB Qardaha, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-ASSIRI, Ahmed (a.k.a. AL ASIRI, Ahmad Hassan Mohammed; a.k.a. AL-ASIRI, Ahmed; a.k.a. ASSERI, Ahmed Hassan M.; a.k.a. ASSIRI, Ahmed), King Abdullah Rd., Ishbilyah, Riyadh, Saudi Arabia; DOB 15 Oct 1966; POB Tabok, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport D106103 (Saudi Arabia) expires 05 Oct 2021 (individual) [GLOMAG].

AL-'ATA, Baha' Abu (a.k.a. AL-'ATA, Baha' Salim Hasan Abu; a.k.a. AL-ATA, Baha'a Abu; a.k.a. "ABU-SALIM"), Gaza, Palestinian; DOB 25 Nov 1977; citizen Palestinian; Gender Male;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1806377 (Palestinian) (individual) [SDGT].

AL-'ATA, Baha' Salim Hasan Abu (a.k.a. AL-'ATA, Baha' Abu; a.k.a. AL-ATA, Baha'a Abu; a.k.a. "ABU-SALIM"), Gaza, Palestinian; DOB 25 Nov 1977; citizen Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1806377 (Palestinian) (individual) [SDGT].

AL-ATA, Baha'a Abu (a.k.a. AL-'ATA, Baha' Abu; a.k.a. AL-'ATA, Baha' Salim Hasan Abu; a.k.a. "ABU-SALIM"), Gaza, Palestinian; DOB 25 Nov 1977; citizen Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1806377 (Palestinian) (individual) [SDGT].

AL-ATAA ISLAMIC BANK (a.k.a. AL ATAA ISLAMIC BANK FOR INVESTMENT AND FINANCE; a.k.a. AL ATTA ISLAMIC BANK FOR INVESTMENT AND FINANCE; a.k.a. AL BILAD ISLAMIC BANK; a.k.a. AL-ATTA ISLAMIC BANK; a.k.a. AL-ATTAA ISLAMIC BANK; a.k.a. AL-BILAD ISLAMIC BANK FOR INVESTMENT AND FINANCE P.S.C.), 37 Building El-Karadeh 909 Street 1 Near Al Hurea Square, Baghdad, Iraq; Al Masbah Branch, Baghdad Al Masbah Intersection, 929 Street 17 Bldg. 40, Previously the German Embassy, Baghdad, Iraq; Erbil Branch, Erbil Province, 60 Bldg 354/132, 45 Street, Erbil, Iraq; Al Mawarid Branch, Baghdad - Street 62 Neighboring the Department of Electricity, Baghdad, Iraq; Al Nasiryah Branch, Zi Kar Province El Saray, Bldg. 2/239 Janat Al Janoub Hotel Building, Nasiryah, Iraq; Al Basra Branch Al Basra, Manawy Pasha Corniche Street, Basra, Iraq; Al Sadr Branch, Jameela District - 8-22-512, Sadr City, Iraq; Al Jaderya Branch Baghdad, Al Jaderya - Versus Baghdad University, 906 Street 28 - Dar 3, Baghdad, Iraq; Karbala Branch Karbala, Al Dareeba Intersection, Karbala, Iraq; Al Najaf Branch, Al Najaf Al Ashraf, Al Amir District - Al Koufa Street, Najaf, Iraq; Zakho Branch Dahook, Zakho - Ibrahim Al Khaleel Street, Baydar Boulevard, Zakho, Iraq; Al Mansour Branch Baghdad, Al Mansour-12-G 605-M-Bldg, Baghdad, Iraq; Babel Branch Babel, Kalaj - Al Honood Branch, Babel, Iraq; Beirut Branch Lebanon, Beirut - Hamra Street, Broadway Center - Versus Costa Caf, Lebanon, Beirut, Lebanon; SWIFT/BIC AIIFIQBA; Website

www.Bilad-Bank.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Branches Worldwide [SDGT] [IRGC] [IFSR] (Linked To: KAREEM, Aras Habib).

AL-ATIFI, Mohamed (a.k.a. AL-ATIFI, Mohammad; a.k.a. AL-ATIFI, Mohammed; a.k.a. AL-ATIFI, Muhammad Nasser), Yemen; DOB 1969; POB Bani Atef Village, Sanaa Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ATIFI, Mohammad (a.k.a. AL-ATIFI, Mohamed; a.k.a. AL-ATIFI, Mohammed; a.k.a. AL-ATIFI, Muhammad Nasser), Yemen; DOB 1969; POB Bani Atef Village, Sanaa Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ATIFI, Mohammed (a.k.a. AL-ATIFI, Mohamed; a.k.a. AL-ATIFI, Mohammad; a.k.a. AL-ATIFI, Muhammad Nasser), Yemen; DOB 1969; POB Bani Atef Village, Sanaa Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ATIFI, Muhammad Nasser (a.k.a. AL-ATIFI, Mohamed; a.k.a. AL-ATIFI, Mohammad; a.k.a. AL-ATIFI, Mohammed), Yemen; DOB 1969; POB Bani Atef Village, Sanaa Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ATILI, Ma'ad Ibrahim Muhammad Rashid (Arabic: معاد إبراهيم محمد رشيد العتيلي) (a.k.a. IBRAHIM MUHAMMAD RASHID, Ma'ad), West Bank; DOB 15 Mar 1980; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 906168711 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-ATRUSH, Abd al-Wahhab Umar Mirza (a.k.a. AL-ATRUSHI, Abdel Wahab); DOB 1936; a former minister of state, Iraq (individual) [IRAQ2].

AL-ATRUSHI, Abdel Wahab (a.k.a. AL-ATRUSH, Abd al-Wahhab Umar Mirza); DOB 1936; a former minister of state, Iraq (individual) [IRAQ2].

AL-ATTA ISLAMIC BANK (a.k.a. AL ATAA ISLAMIC BANK FOR INVESTMENT AND FINANCE; a.k.a. AL ATTA ISLAMIC BANK FOR INVESTMENT AND FINANCE; a.k.a. AL BILAD ISLAMIC BANK; a.k.a. AL-ATAA ISLAMIC BANK; a.k.a. AL-ATTAA ISLAMIC BANK; a.k.a. AL-BILAD ISLAMIC BANK FOR INVESTMENT AND FINANCE P.S.C.), 37 Building El-Karadeh 909 Street 1 Near Al Hurea Square, Baghdad, Iraq; Al Masbah Branch, Baghdad Al Masbah Intersection, 929 Street 17 Bldg. 40, Previously the German Embassy, Baghdad, Iraq; Erbil Branch, Erbil Province, 60 Bldg 354/132, 45 Street, Erbil, Iraq; Al Mawarid Branch, Baghdad - Street 62 Neighboring the Department of Electricity, Baghdad, Iraq; Al Nasiriyah Branch, Zi Kar Province El Saray, Bldg. 2/239 Janat Al Janoub Hotel Building, Nasiriyah, Iraq; Al Basra Branch Al Basra, Manawy Pasha Corniche Street, Basra, Iraq; Al Sadr Branch, Jameela District - 8-22-512, Sadr City, Iraq; Al Jaderya Branch Baghdad, Al Jaderya - Versus Baghdad University, 906 Street 28 - Dar 3, Baghdad, Iraq; Karbala Branch Karbala, Al Dareeba Intersection, Karbala, Iraq; Al Najaf Branch, Al Najaf Al Ashraf, Al Amir District - Al Koufa Street, Najaf, Iraq; Zakho Branch Dahook, Zakho - Ibrahim Al Khaleel Street, Baydar Boulevard, Zakho, Iraq; Al Mansour Branch Baghdad, Al Mansour-12-G 605-M-Bldg, Baghdad, Iraq; Babel Branch Babel, Kalaj - Al Honood Branch, Babel, Iraq; Beirut Branch Lebanon, Beirut - Hamra Street, Broadway Center - Versus Costa Caf, Lebanon, Beirut, Lebanon; SWIFT/BIC AIIFIQBA; Website www.Bilad-Bank.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Branches Worldwide [SDGT] [IRGC] [IFSR] (Linked To: KAREEM, Aras Habib).

AL-ATTAA ISLAMIC BANK (a.k.a. AL ATAA ISLAMIC BANK FOR INVESTMENT AND FINANCE; a.k.a. AL ATTA ISLAMIC BANK FOR INVESTMENT AND FINANCE; a.k.a. AL BILAD ISLAMIC BANK; a.k.a. AL-ATAA ISLAMIC BANK; a.k.a. AL-ATTA ISLAMIC BANK; a.k.a. AL-BILAD ISLAMIC BANK FOR INVESTMENT AND FINANCE P.S.C.), 37 Building El-Karadeh 909 Street 1 Near Al Hurea Square, Baghdad, Iraq; Al Masbah Branch, Baghdad Al Masbah Intersection, 929 Street 17

Bldg. 40, Previously the German Embassy, Baghdad, Iraq; Erbil Branch, Erbil Province, 60 Bldg 354/132, 45 Street, Erbil, Iraq; Al Mawarid Branch, Baghdad - Street 62 Neighboring the Department of Electricity, Baghdad, Iraq; Al Nasiriyah Branch, Zi Kar Province El Saray, Bldg. 2/239 Janat Al Janoub Hotel Building, Nasiriyah, Iraq; Al Basra Branch Al Basra, Manawy Pasha Corniche Street, Basra, Iraq; Al Sadr Branch, Jameela District - 8-22-512, Sadr City, Iraq; Al Jaderya Branch Baghdad, Al Jaderya - Versus Baghdad University, 906 Street 28 - Dar 3, Baghdad, Iraq; Karbala Branch Karbala, Al Dareeba Intersection, Karbala, Iraq; Al Najaf Branch, Al Najaf Al Ashraf, Al Amir District - Al Koufa Street, Najaf, Iraq; Zakho Branch Dahook, Zakho - Ibrahim Al Khaleel Street, Baydar Boulevard, Zakho, Iraq; Al Mansour Branch Baghdad, Al Mansour-12-G 605-M-Bldg, Baghdad, Iraq; Babel Branch Babel, Kalaj - Al Honood Branch, Babel, Iraq; Beirut Branch Lebanon, Beirut - Hamra Street, Broadway Center - Versus Costa Caf, Lebanon, Beirut, Lebanon; SWIFT/BIC AIIFIQBA; Website www.Bilad-Bank.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Branches Worldwide [SDGT] [IRGC] [IFSR] (Linked To: KAREEM, Aras Habib).

AL-ATTABI, Hameid Thajeil Wareij (a.k.a. AL-SHAYBANI, Abu Mustafa; a.k.a. AL-SHAYBANI, Hamid; a.k.a. AL-SHEBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Hamid Thajeel; a.k.a. AL-SHEIBANI, Mustafa; a.k.a. THAJIL, Hamid), Tehran, Iran; DOB circa 1959; alt. DOB circa 1960; POB Nasiriyah, Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

ALAUDINOV, Apt Aaronovitch (a.k.a. ALAUDINOV, Apti Kharonovich; a.k.a. ALAUDINOV, Apty); DOB 05 Oct 1973; POB Stavropol, Russia; Deputy Minister of Internal Affairs of the Chechen Republic and Major General of the Police (individual) [MAGNIT].

ALAUDINOV, Apti Kharonovich (a.k.a. ALAUDINOV, Apt Aaronovitch; a.k.a. ALAUDINOV, Apty); DOB 05 Oct 1973; POB Stavropol, Russia; Deputy Minister of Internal Affairs of the Chechen Republic and Major General of the Police (individual) [MAGNIT].

ALAUDINOV, Apty (a.k.a. ALAUDINOV, Apt Aaronovitch; a.k.a. ALAUDINOV, Apti Kharonovich); DOB 05 Oct 1973; POB Stavropol, Russia; Deputy Minister of Internal Affairs of the Chechen Republic and Major General of the Police (individual) [MAGNIT].

AL-'AUJAYD, Abdullah Shuwar (a.k.a. AL-SHAWAGH, 'Ali Musa; a.k.a. AL-SHAWAKH, Ali al-Hamoud; a.k.a. AL-SHAWAKH, Ali Musa; a.k.a. AL-SHAWAKH, Muhammad 'Ali; a.k.a. AL-SHAWWAKH, Ibrahim; a.k.a. "AL-HAMUD, 'Ali"; a.k.a. "AL-SAHL, Abu Luqman"; a.k.a. "AL-SURI, Abu Luqman"; a.k.a. "AWAS, Ali"; a.k.a. "AYYUB, Abu"; a.k.a. "DERWISH, 'Ali"; a.k.a. "HAMMUD, Ali"; a.k.a. "LUQMAN, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-AULAQI, Anwar (a.k.a. AL-AWLAKI, Anwar; a.k.a. AL-AWLAQI, Anwar; a.k.a. AULAQI, Anwar Nasser; a.k.a. AULAQI, Anwar Nasser Abdulla; a.k.a. AULAQI, Anwar Nasswer); DOB 21 Apr 1971; alt. DOB 22 Apr 1971; POB Las Cruces, New Mexico; citizen United States; alt. citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALAVI, Hossein (a.k.a. ABBASI, Hossein), Iran; DOB 06 Dec 1986; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [HRIT-IR] (Linked To: NET PEYGARD SAMAVAT COMPANY).

ALAVI, Mahmoud (a.k.a. ALAVI, Seyed Mahmoud; a.k.a. ALAVI, Seyyed Mahmoud (Arabic: سید محمود علوی)), Iran; DOB 24 Apr 1954; POB Lamard, Fars Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ALAVI, Sayyed Abdoljavad (a.k.a. ALAVI, Seyyed Abdoljavad (Arabic: سید عبدالجواد علوی)), Iran; DOB 30 Mar 1946; POB Khormoj, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3549804814 (Iran) (individual) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

ALAVI, Seyed Mahmoud (a.k.a. ALAVI, Mahmoud; a.k.a. ALAVI, Seyyed Mahmoud (Arabic: سید محمود علوی)), Iran; DOB 24 Apr 1954; POB Lamard, Fars Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ALAVI, Seyyed Abdoljavad (Arabic: سید عبدالجواد علوی) (a.k.a. ALAVI, Sayyed Abdoljavad), Iran; DOB 30 Mar 1946; POB Khormoj, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3549804814 (Iran) (individual) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

ALAVI, Seyyed Mahmoud (Arabic: سید محمود علوی) (a.k.a. ALAVI, Mahmoud; a.k.a. ALAVI, Seyed Mahmoud), Iran; DOB 24 Apr 1954; POB Lamard, Fars Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

AL-AWADI, Hussein Qaid; nationality Iraq; Former Ba'th party regional command chairman, Ninawa, (individual) [IRAQ2].

AL-AWDAH BRIGADES (a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ALAWI, Abdel-Salam Abdel-Rahman (a.k.a. ALLAWI, Salam), Iraq; General Manager of INDUSTRIAL BANK OF IRAQ (individual) [IRAQ2].

AL-AWLAKI, Anwar (a.k.a. AL-AULAQI, Anwar; a.k.a. AL-AWLAQI, Anwar; a.k.a. AULAQI, Anwar Nasser; a.k.a. AULAQI, Anwar Nasser Abdulla; a.k.a. AULAQI, Anwar Nasswer); DOB 21 Apr 1971; alt. DOB 22 Apr 1971; POB Las Cruces, New Mexico; citizen United States; alt. citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 (individual) [SDGT].

AL-AWLAQI, Anwar (a.k.a. AL-AULAQI, Anwar; a.k.a. AL-AWLAKI, Anwar; a.k.a. AULAQI, Anwar Nasser; a.k.a. AULAQI, Anwar Nasser Abdulla; a.k.a. AULAQI, Anwar Nasswer); DOB 21 Apr 1971; alt. DOB 22 Apr 1971; POB Las Cruces, New Mexico; citizen United States; alt. citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALAXY (a.k.a. ALAXY BVBA; f.k.a. BERKENRODE BVBA), Jacob Jacobsstraat 56, Antwerp 2018, Belgium; Organization Type: Other business support service activities n.e.c.; Target Type Private Company; Enterprise Number 0478862274 (Belgium) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

ALAXY BVBA (a.k.a. ALAXY; f.k.a. BERKENRODE BVBA), Jacob Jacobsstraat 56, Antwerp 2018, Belgium; Organization Type: Other business support service activities n.e.c.; Target Type Private Company; Enterprise Number 0478862274 (Belgium) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

ALAY, Muhammad Kamal Salamah (a.k.a. AL-AYY, Muhammad Kamal), Gaza, Palestinian; DOB 22 Dec 1970; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 912396140 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

ALAYAN, Jamil (a.k.a. ALIAN, Jamil; a.k.a. 'ALIYAN, Jamil Yusuf Ahmad (Arabic: جميل یوسف احمد علیان)), Gaza; DOB 01 Jan 1955; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 907811152 (Palestinian) (individual) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

AL-AYARI, Chiheb Ben Mohamed Ben Mokhtar (a.k.a. AYARI, Chiheb Ben Mohamed; a.k.a. "HICHEM ABU HCHEM"), Via di Saliceto n.51/9, Bologna, Italy; DOB 19 Dec 1965; POB Tunis, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L246084 issued 10 Jun 1996 expires 09 Jun 2001 (individual) [SDGT].

ALAYNE INVESTMENTS LIMITED, Dimokritou, 15 Panaretos Eliena Complex, Flat 104, Potamos Germasogeias, Limassol 4041, Cyprus; Secondary sanctions risk: See Section

11 of Executive Order 14024.; Organization Established Date 13 Mar 2015; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Registration Number HE 341514 (Cyprus) [RUSSIA-EO14024] (Linked To: BASHKIROV, Aleksei Vladimirovich).

AL-AYY, Muhammad Kamal (a.k.a. ALAY, Muhammad Kamal Salamah), Gaza, Palestinian; DOB 22 Dec 1970; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 912396140 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-AZADI, Abu Maryam (a.k.a. AL-KHOZMRI, Ahmed Abdullah Saleh al-Zahrani; a.k.a. AL-SAUDI, Abu Maryam; a.k.a. AL-ZAHRANI, Abu Maryam; a.k.a. AL-ZAHRANI, Ahmad Abdullah Salih; a.k.a. AL-ZAHRANI, Ahmed Abdullah S; a.k.a. AL-ZAHRANI, Ahmed Abdullah Saleh al-Khazmari; a.k.a. BIN AL-ZAHRANI, Ahmed bin Abdullah Saleh), Iran; Pakistan; DOB 15 Sep 1978; POB Dammam, Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E126785 (Saudi Arabia) issued 27 May 2002 expires 03 Apr 2007; Interpol: Red Notice. File No. 2009/3599. March 24, 2009. Orange Notice. File No. 2009/52/OS/CCC. February 10, 2009. (individual) [SDGT].

AL-AZAWI, Dafir, Iraq (individual) [IRAQ2].

AL-AZAWI, Hatem Hamdan, Diyali, Al-Khalis Sector, Iraq; Deli Abbas, Iraq; DOB circa 1937 (individual) [IRAQ2].

AL-AZAWI, Marwan Ibrahim Hussayn Tah (a.k.a. AL-'ISAWI, Murtada Ibrahim Taha Muhammad; a.k.a. "AL-SHAMI, Abu Anas"), Iraq; DOB 1973 to 1975; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALAZEREJ, Qays Hadi Sayyid (a.k.a. AL-KHAZALI, Qais; a.k.a. AL-KHAZALI, Qais Hadi Sayed Hasan; a.k.a. AL-KHAZALI, Qays; a.k.a. AL-KHAZ'ALI, Qays; a.k.a. AL-KHAZALI, Qays Hadi Sa'id), Iraq; DOB 20 Jun 1974; alt. DOB 1974; alt. DOB 24 Apr 1974; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [GLOMAG].

ALAZIREG, Layth Hadi Sayyid (a.k.a. AL-KHAZALI, Laith; a.k.a. AL-KHAZ'ALI, Layith Hadi Sa'id; a.k.a. AL-KHAZ'ALI, Layth; a.k.a.

AL-KHAZALI, Layth Hadi Sa'id), Iraq; DOB 14 Oct 1975; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A10537439 (Iraq) expires 16 Oct 2023 (individual) [SDGT] [GLOMAG].

AL-AZZAWI, Hikmat Mizban Ibrahim; DOB 1934; POB Diyala, Iraq; nationality Iraq; Former Deputy Prime Minister and Finance Minister (individual) [IRAQ2].

AL-AZZAWI, Riyadh Ali Hussein, Baghdad, Iraq; DOB 07 Jun 1976; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A14704969 (Iraq) expires 02 Dec 2026 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

AL-BAADANI, Shawqi Ali Ahmad (a.k.a. AL BADANI, Shawqi Ali Ahmad Muhammad; a.k.a. AL-BADANI, Shawki Ali Ahmed; a.k.a. AL-BA'DANI, Shawqi Ali Ahmad), Yemen; DOB 01 Jan 1981; alt. DOB 01 Jan 1982; POB Sana, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-BAAZAOUI, Mondher Ben Mohsen Ben Ali (a.k.a. BAAZAOUI, Mondher; a.k.a. "HAMZA"), Via di Saliceto n.51/9, Bologna, Italy; DOB 18 Mar 1967; POB Kairouan, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K602878 issued 05 Nov 1993 expires 09 Jun 2001 (individual) [SDGT].

AL-BADANI, Ahmad Muhammad Mahmud 'Abdallah (a.k.a. AL-AHMAD, Ahmad Muhammad Yunis; a.k.a. AL-BARRANI, Ahmad Muhammad Al-Abdullah), Al-Mazzah Al-Jabal District, 6 Subdistrict, 3 area, Al-Iskan complex, 40/2, Fifth Floor, Damascus, Syria; DOB 19 Sep 1978; POB Al-Anbar, Iraq; nationality Iraq; Passport H0347417 (Iraq) issued 20 Feb 2003 expires 19 Feb 2011; passport place of issue: Al-Anbar, Iraq (individual) [IRAQ2].

AL-BADANI, Shawki Ali Ahmed (a.k.a. AL BADANI, Shawqi Ali Ahmad Muhammad; a.k.a. AL-BAADANI, Shawqi Ali Ahmad; a.k.a. AL-BA'DANI, Shawqi Ali Ahmad), Yemen; DOB 01 Jan 1981; alt. DOB 01 Jan 1982; POB Sana, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-BA'DANI, Shawqi Ali Ahmad (a.k.a. AL BADANI, Shawqi Ali Ahmad Muhammad; a.k.a. AL-BAADANI, Shawqi Ali Ahmad; a.k.a. AL-BADANI, Shawki Ali Ahmed), Yemen; DOB 01 Jan 1981; alt. DOB 01 Jan 1982; POB Sana, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-BADHALI, Mubarak Mishkhis Sanad (a.k.a. AL BATHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BATHALI, Mubarak; a.k.a. AL-BATHALI, Mubarak Mishkhas Sanad; a.k.a. AL-BATHALI, Mubarak Mushakhas Sanad; a.k.a. AL-BAZALI, Mubarak Mishkhas Sanad; a.k.a. AL-BTHALY, Mobarak Meshkhas Sanad); DOB 01 Oct 1961; citizen Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 101856740 (Kuwait) (individual) [SDGT].

AL-BADRANI, Muhammad Yunis Ahmad (a.k.a. AHMAD, Muhammad Yunis; a.k.a. AHMED, Muhammad Yunis; a.k.a. AL-AHMED, Muhammad Yunis; a.k.a. AL-MOALI, Mohammed Yunis Ahmed), Al-Dawar Street, Bludan, Syria; Damascus, Syria; Mosul, Iraq; Wadi al-Hawi, Iraq; Dubai, United Arab Emirates; Al-Hasaka, Syria; DOB 1949; POB Al-Mowall, Mosul, Iraq; nationality Iraq (individual) [IRAQ2].

AL-BADRI, Dr. Ibrahim 'Awwad Ibrahim 'Ali (a.k.a. AL-BAGHDADI, Abu Bakr al-Husayni; a.k.a. AL-QURAISHI, Abu Bakr al-Baghdadi al-Husayni; a.k.a. AL-QURASHI, Abu Bakr al-Baghdadi al-Husseini; a.k.a. AL-SAMARRA'I, Dr. Ibrahim Awwad Ibrahim; a.k.a. AL-SAMARRA'I, Ibrahim 'Awad Ibrahim al-Badri; a.k.a. AL-SAMARRA'I, Ibrahim Awwad Ibrahim; a.k.a. "ABU BAKR AL-BAGHDADI"; a.k.a. "ABU DU'A"; a.k.a. "DR. IBRAHIM"), Iraq; DOB 1971; POB Samarra'i, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-BAGHDADI, Abu Bakr al-Husayni (a.k.a. AL-BADRI, Dr. Ibrahim 'Awwad Ibrahim 'Ali; a.k.a. AL-QURAISHI, Abu Bakr al-Baghdadi al-Husayni; a.k.a. AL-QURASHI, Abu Bakr al-Baghdadi al-Husseini; a.k.a. AL-SAMARRA'I, Dr. Ibrahim Awwad Ibrahim; a.k.a. AL-SAMARRA'I, Ibrahim 'Awad Ibrahim al-Badri; a.k.a. AL-SAMARRA'I, Ibrahim Awwad Ibrahim; a.k.a. "ABU BAKR AL-BAGHDADI"; a.k.a. "ABU DU'A"; a.k.a. "DR. IBRAHIM"), Iraq; DOB 1971; POB Samarra'i, Iraq; Secondary sanctions risk:

section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-BAGHDADI, Hassan (Arabic: حسن بغدادي) (a.k.a. AL-BAGHDADI, Sheikh Hassan; a.k.a. BAGHDADI, Sheikh Hassan; a.k.a. "AL-BAGHDADI, Sheikh"), Lebanon; DOB 05 Oct 1961; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

AL-BAGHDADI, Sheikh Hassan (a.k.a. AL-BAGHDADI, Hassan (Arabic: حسن بغدادي); a.k.a. BAGHDADI, Sheikh Hassan; a.k.a. "AL-BAGHDADI, Sheikh"), Lebanon; DOB 05 Oct 1961; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

AL-BAHADILI, Muhammad Sa'id 'Adhafah (a.k.a. ADHAFAH, Muhammad Said; a.k.a. AL BEHADILI, Mohammed Saeed Odhafa (Arabic: محمد سعيد عذافه البهادلى); a.k.a. ALBEHADILI, Mohammed Saeed Othafa; a.k.a. "SAEED, Mohammed"), Iraq; DOB 04 Mar 1970; nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A3347475 (Iraq) (individual) [SDGT] [IFSR] (Linked To: AL KHAMAEL MARITIME SERVICES).

AL-BAHADLI, Imad Naji (Arabic: عماد ناجى البهادلى) (a.k.a. MOHAMMED, Imad Naji Mohammed), Iraq; DOB 25 May 1975; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A10722899 (Iraq) expires 14 Dec 2023 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

ALBAHR ALAAHMAR ENERGY FZE (Arabic: البحر الأحمر للطاقة م م ح), P1-ELOB Office No. E-44G-29, Hamriyah Free Zone Authority, Sharjah, United Arab Emirates; Organization Established Date 17 Jun 2021; Registration Number 19438 (United Arab Emirates); Economic Register Number (CBLS) 11670819 (United Arab Emirates) [IRAN-EO13846]

(Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

ALBAHR ALAAHMAR OFFSHORE REFINED OIL PRODUCT TRADING L.L.C (Arabic: البحر الاحمر لتجارة مشتقات النفط خارج الدولة ش.ذ.م.م), Deira Al Muraqqabat, Dubai, United Arab Emirates; Organization Established Date 10 Jun 2021; Registration Number 959832 (United Arab Emirates); Economic Register Number (CBLS) 11668849 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

AL-BAHTITI, Muhammad Mahmud (a.k.a. AL-BAHTITI, Muhammad Mahmud Rabi' al-Zayd; a.k.a. AL-BAHTITI, Muhammad Rabi'; a.k.a. AL-BAHTIYTI, Muhammad Rab'a al-Sayid; a.k.a. AL-HATITI, Muhammad Rabi' al-Sa'id; a.k.a. AL-MASRI, Abu Dujana); DOB 1971; POB al-Sharqiyyah, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-BAHTITI, Muhammad Mahmud Rabi' al-Zayd (a.k.a. AL-BAHTITI, Muhammad Mahmud; a.k.a. AL-BAHTITI, Muhammad Rabi'; a.k.a. AL-BAHTIYTI, Muhammad Rab'a al-Sayid; a.k.a. AL-HATITI, Muhammad Rabi' al-Sa'id; a.k.a. AL-MASRI, Abu Dujana); DOB 1971; POB al-Sharqiyyah, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-BAHTITI, Muhammad Rabi' (a.k.a. AL-BAHTITI, Muhammad Mahmud; a.k.a. AL-BAHTITI, Muhammad Mahmud Rabi' al-Zayd; a.k.a. AL-BAHTIYTI, Muhammad Rab'a al-Sayid; a.k.a. AL-HATITI, Muhammad Rabi' al-Sa'id; a.k.a. AL-MASRI, Abu Dujana); DOB 1971; POB al-Sharqiyyah, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-BAHTIYTI, Muhammad Rab'a al-Sayid (a.k.a. AL-BAHTITI, Muhammad Mahmud; a.k.a. AL-BAHTITI, Muhammad Mahmud Rabi' al-Zayd; a.k.a. AL-BAHTITI, Muhammad Rabi'; a.k.a. AL-HATITI, Muhammad Rabi' al-Sa'id; a.k.a. AL-MASRI, Abu Dujana); DOB 1971; POB al-Sharqiyyah, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALBAIDHANI, Ali Meften (a.k.a. AL BAIDHANI, Ali Meften Khafeef (Arabic: على مفتن خفيف البيضانى); a.k.a. KHAFIF, Ali Muftin), Baghdad, Iraq; DOB 08 Oct 1964; POB Baghdad, Iraq; nationality Iraq; alt. nationality Saint Kitts and Nevis; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RE0087198 (Saint Kitts and Nevis); alt. Passport A13403695 (Iraq) expires 13 May 2026; alt. Passport A9433259 (Iraq) expires 28 Feb 2023; alt. Passport D1026416 (Iraq) expires 15 Dec 2025; National ID No. 196419514244 (Iraq) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ALBAIDHANI, Aqeel (a.k.a. AL BAIDHANI, Aqeel; a.k.a. AL BAIDHANI, Aqeel Meften Khafeef (Arabic: عقيل مفتن خفيف البيضانى); a.k.a. AL-BAYDANI, Aqeel Mftine Khfeef; a.k.a. KHFEEF, Aqeil Mftine), Baghdad, Iraq; DOB 14 Feb 1979; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A10904401 (Iraq) expires 05 Feb 2024; alt. Passport D1024435 (Iraq) expires 18 Jan 2025; alt. Passport A16949890 (Iraq) expires 20 Oct 2027; alt. Passport B12992004 (Iraq) expires 03 Apr 2032; National ID No. 01953961 (Iraq); alt. National ID No. 1979652754854 (Iraq) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ALBAIDHANI, Waled Fatehi Salem (a.k.a. BAIDHANI, Waleed Fathi Salam; a.k.a. SALM, Walid Fathi), Dubai, United Arab Emirates; DOB 27 Aug 1980; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ANSARALLAH).

ALBAIT AL KHALEEJE GENERAL TRADING LLC (a.k.a. NORTH SOUTH CARGO), Industrial Area 18, Warehouses Lands, Warehouses 16-17, Al Maliha Street, Sharjah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Nov 1994; Registration Number 118607 (United Arab Emirates) [RUSSIA-EO14024].

AL-BAKAR, Ibrahim 'Issa (a.k.a. AL-BAKAR, Ibrahim 'Issa Haji Muhammad; a.k.a. ALBAKER, Ibrahim Issa Hijji Mohd; a.k.a. AL-BAKR, Ibrahim; a.k.a. AL-BAKR, Ibrahim 'Isa Haji;

a.k.a. AL-BAKR, Ibrahim 'Isa Hajji Muhammad; a.k.a. "Abu Khalil"); DOB 12 Jul 1977; POB Qatar; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01016646 (Qatar) (individual) [SDGT].

AL-BAKAR, Ibrahim 'Issa Haji Muhammad (a.k.a. AL-BAKAR, Ibrahim 'Issa; a.k.a. ALBAKER, Ibrahim Issa Hijji Mohd; a.k.a. AL-BAKR, Ibrahim; a.k.a. AL-BAKR, Ibrahim 'Isa Haji; a.k.a. AL-BAKR, Ibrahim 'Isa Hajji Muhammad; a.k.a. "Abu Khalil"); DOB 12 Jul 1977; POB Qatar; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01016646 (Qatar) (individual) [SDGT].

ALBAKER, Ibrahim Issa Hijji Mohd (a.k.a. AL-BAKAR, Ibrahim 'Issa; a.k.a. AL-BAKAR, Ibrahim 'Issa Haji Muhammad; a.k.a. AL-BAKR, Ibrahim; a.k.a. AL-BAKR, Ibrahim 'Isa Haji; a.k.a. AL-BAKR, Ibrahim 'Isa Hajji Muhammad; a.k.a. "Abu Khalil"); DOB 12 Jul 1977; POB Qatar; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01016646 (Qatar) (individual) [SDGT].

AL-BAKI, 'Abd (a.k.a. AL-BARI, 'Abd; a.k.a. BAKI, Abdul; a.k.a. BAQI, Abdul; a.k.a. BARI, Abdul; a.k.a. BARI, Abdul Baqi; a.k.a. BARI, Haji Abdul; a.k.a. IBRAHIM, 'Abd Al-Baqi Muhammad; a.k.a. IBRAHIM, 'Abd Labaqi Muhammad; a.k.a. ISHAQZAI, Rais Abdul Bari; a.k.a. "ABDELBAKI"); DOB 01 Jan 1953; alt. DOB 1952; POB Kandahar, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 306749 (Afghanistan) expires 28 Jun 2014; alt. Passport 47168 (Afghanistan) (individual) [SDGT].

AL-BAKOUN ALA AL-AHD ORGANIZATION (a.k.a. FAITHFUL TO THE OATH), Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-BAKR, Ibrahim (a.k.a. AL-BAKAR, Ibrahim 'Issa; a.k.a. AL-BAKAR, Ibrahim 'Issa Haji Muhammad; a.k.a. ALBAKER, Ibrahim Issa Hijji Mohd; a.k.a. AL-BAKR, Ibrahim 'Isa Haji; a.k.a. AL-BAKR, Ibrahim 'Isa Hajji Muhammad; a.k.a. "Abu Khalil"); DOB 12 Jul 1977; POB Qatar; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01016646 (Qatar) (individual) [SDGT].

AL-BAKR, Ibrahim 'Isa Haji (a.k.a. AL-BAKAR, Ibrahim 'Issa; a.k.a. AL-BAKAR, Ibrahim 'Issa Haji Muhammad; a.k.a. ALBAKER, Ibrahim Issa Hijji Mohd; a.k.a. AL-BAKR, Ibrahim; a.k.a. AL-BAKR, Ibrahim 'Isa Hajji Muhammad; a.k.a. "Abu Khalil"); DOB 12 Jul 1977; POB Qatar; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01016646 (Qatar) (individual) [SDGT].

AL-BAKR, Ibrahim 'Isa Hajji Muhammad (a.k.a. AL-BAKAR, Ibrahim 'Issa; a.k.a. AL-BAKAR, Ibrahim 'Issa Haji Muhammad; a.k.a. ALBAKER, Ibrahim Issa Hijji Mohd; a.k.a. AL-BAKR, Ibrahim; a.k.a. AL-BAKR, Ibrahim 'Isa Haji; a.k.a. "Abu Khalil"); DOB 12 Jul 1977; POB Qatar; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01016646 (Qatar) (individual) [SDGT].

AL-BALAWI, Fadel (a.k.a. BALWI, Fadel Ma'ruf (Arabic: فاضل معروف بلوي)), Syria; DOB 01 Jan 1983; POB Nubl, Syria; nationality Syria; Gender Male; Passport 2251748 (Syria) (individual) [PAARSSR-EO13894] (Linked To: AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY).

ALBALAWI, Fahad Shabib A.; DOB 24 Jan 1985; POB Arar, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport N163990 (Saudi Arabia) issued 24 May 2015 expires 30 Mar 2020 (individual) [GLOMAG].

AL-BALAWI, Muhammad (a.k.a. AL-BALWI, Muhammad Ma'ruf; a.k.a. BALWI, Muhammad Ma'ruf (Arabic: محمد معروف بلوي)), Sayyida Zeynab, Damascus, Syria; DOB 01 Jan 1981; POB Nubl, Syria; nationality Syria; Gender Male; Passport 1982538 (Syria) (individual) [PAARSSR-EO13894] (Linked To: AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY).

AL-BALAWI, Mut'i (a.k.a. BALAWI, Mut'i; a.k.a. BALWI, Maarouf; a.k.a. BALWI, Moutee Maarouf; a.k.a. BALWI, Mut'i Ma'ruf (Arabic: مطيع معروف بلوي)), Syria; DOB 01 Jan 1985; POB Nubl, Syria; nationality Syria; Gender Male; Passport 2488186 (Syria) (individual) [PAARSSR-EO13894] (Linked To: AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY).

AL-BALWI, Muhammad Ma'ruf (a.k.a. AL-BALAWI, Muhammad; a.k.a. BALWI, Muhammad Ma'ruf (Arabic: محمد معروف بلوي)), Sayyida Zeynab, Damascus, Syria; DOB 01 Jan 1981; POB Nubl, Syria; nationality Syria;

Gender Male; Passport 1982538 (Syria) (individual) [PAARSSR-EO13894] (Linked To: AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY).

AL-BANAI, Abd al-Muayyid (a.k.a. AL BANAI, A Moayied Rida H; a.k.a. AL-BANAI, 'Abd al-Muwid Rada Hasn; a.k.a. AL-BANAI, Abd-al-Mu'ayyid Ridha Hassan), Qatar; DOB 1959; POB Qatar; nationality Qatar; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 265643 (Qatar) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-BANAI, 'Abd al-Muwid Rada Hasn (a.k.a. AL BANAI, A Moayied Rida H; a.k.a. AL-BANAI, Abd al-Muayyid; a.k.a. AL-BANAI, Abd-al-Mu'ayyid Ridha Hassan), Qatar; DOB 1959; POB Qatar; nationality Qatar; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 265643 (Qatar) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-BANAI, Abd-al-Mu'ayyid Ridha Hassan (a.k.a. AL BANAI, A Moayied Rida H; a.k.a. AL-BANAI, Abd al-Muayyid; a.k.a. AL-BANAI, 'Abd al-Muwid Rada Hasn), Qatar; DOB 1959; POB Qatar; nationality Qatar; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 265643 (Qatar) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-BANAI, Ali Reda H (a.k.a. AL BANAI, Ali Reda Hassan (Arabic: علي رضا حسن البناى); a.k.a. AL-BANAI, 'Ali Ridha' Hasan; a.k.a. ALBANAI, 'Ali Ridha Hassan; a.k.a. AL-BANAI, 'Ali Ridha Hassan; a.k.a. AL-BANAY, Ali Ridha; a.k.a. AL-BANI, Ali Reda H; a.k.a. AL-BANNAY, 'Ali Ridha Hassan), Al Hilal Area, Ibn Abad Street, District 41, Villa Number 7, P.O. Box 1676, Doha, Qatar; 25 Highfield Drive, Ickenham, Uxbridge UB10 8AW, United Kingdom; DOB 28 Mar 1975; nationality Qatar; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01226090 (Qatar) expires 09 Jun 2020; alt. Passport 00968564 (Qatar) expires 07 Mar 2016; National ID No. 27563400027 (Qatar) expires 12 Mar 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

AL-BANAI, 'Ali Ridha' Hasan (a.k.a. AL BANAI, Ali Reda Hassan (Arabic: علي رضا حسن البناى);

a.k.a. AL-BANAI, Ali Reda H; a.k.a. ALBANAI, 'Ali Ridha Hassan; a.k.a. AL-BANAI, 'Ali Ridha Hassan; a.k.a. AL-BANAY, Ali Ridha; a.k.a. AL-BANI, Ali Reda H; a.k.a. AL-BANNAY, 'Ali Ridha Hassan), Al Hilal Area, Ibn Abad Street, District 41, Villa Number 7, P.O. Box 1676, Doha, Qatar; 25 Highfield Drive, Ickenham, Uxbridge UB10 8AW, United Kingdom; DOB 28 Mar 1975; nationality Qatar; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01226090 (Qatar) expires 09 Jun 2020; alt. Passport 00968564 (Qatar) expires 07 Mar 2016; National ID No. 27563400027 (Qatar) expires 12 Mar 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

ALBANAI, 'Ali Ridha Hassan (a.k.a. AL BANAI, Ali Reda Hassan (Arabic: علي رضا حسن البناي); a.k.a. AL-BANAI, Ali Reda H; a.k.a. AL-BANAI, 'Ali Ridha' Hasan; a.k.a. AL-BANAI, 'Ali Ridha Hassan; a.k.a. AL-BANAY, Ali Ridha; a.k.a. AL-BANI, Ali Reda H; a.k.a. AL-BANNAY, 'Ali Ridha Hassan), Al Hilal Area, Ibn Abad Street, District 41, Villa Number 7, P.O. Box 1676, Doha, Qatar; 25 Highfield Drive, Ickenham, Uxbridge UB10 8AW, United Kingdom; DOB 28 Mar 1975; nationality Qatar; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01226090 (Qatar) expires 09 Jun 2020; alt. Passport 00968564 (Qatar) expires 07 Mar 2016; National ID No. 27563400027 (Qatar) expires 12 Mar 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

AL-BANAI, 'Ali Ridha Hassan (a.k.a. AL BANAI, Ali Reda Hassan (Arabic: علي رضا حسن البناي); a.k.a. AL-BANAI, Ali Reda H; a.k.a. AL-BANAI, 'Ali Ridha' Hasan; a.k.a. ALBANAI, 'Ali Ridha Hassan; a.k.a. AL-BANAY, Ali Ridha; a.k.a. AL-BANI, Ali Reda H; a.k.a. AL-BANNAY, 'Ali Ridha Hassan), Al Hilal Area, Ibn Abad Street, District 41, Villa Number 7, P.O. Box 1676, Doha, Qatar; 25 Highfield Drive, Ickenham, Uxbridge UB10 8AW, United Kingdom; DOB 28 Mar 1975; nationality Qatar; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01226090 (Qatar) expires 09 Jun 2020; alt. Passport 00968564 (Qatar) expires 07 Mar 2016; National ID No. 27563400027 (Qatar) expires 12 Mar 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

AL-BANAI, Sulaiman (a.k.a. AL BANAI, Sulaiman Abdulkaliq; a.k.a. AL-BANAI, Sulayman 'Abd-al-Khaliq; a.k.a. AL-BANI, Sulaiman Abdulkhaliq RH (Arabic: سليمان عبد الخالق رضا حسن البناي)), Qatar; DOB 16 Feb 1979; nationality Qatar; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01072130 (Qatar) expires 27 Nov 2017; Identification Number 27963401809 (Qatar); alt. Identification Number Y4431029R (Spain) (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

AL-BANAI, Sulayman 'Abd-al-Khaliq (a.k.a. AL BANAI, Sulaiman Abdulkaliq; a.k.a. AL-BANAI, Sulaiman; a.k.a. AL-BANI, Sulaiman Abdulkhaliq RH (Arabic: سليمان عبد الخالق رضا حسن البناي)), Qatar; DOB 16 Feb 1979; nationality Qatar; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01072130 (Qatar) expires 27 Nov 2017; Identification Number 27963401809 (Qatar); alt. Identification Number Y4431029R (Spain) (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

AL-BANAY, Ali Ridha (a.k.a. AL BANAI, Ali Reda Hassan (Arabic: علي رضا حسن البناي); a.k.a. AL-BANAI, Ali Reda H; a.k.a. AL-BANAI, 'Ali Ridha' Hasan; a.k.a. ALBANAI, 'Ali Ridha Hassan; a.k.a. AL-BANAI, 'Ali Ridha Hassan; a.k.a. AL-BANI, Ali Reda H; a.k.a. AL-BANNAY, 'Ali Ridha Hassan), Al Hilal Area, Ibn Abad Street, District 41, Villa Number 7, P.O. Box 1676, Doha, Qatar; 25 Highfield Drive, Ickenham, Uxbridge UB10 8AW, United Kingdom; DOB 28 Mar 1975; nationality Qatar; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01226090 (Qatar) expires 09 Jun 2020; alt. Passport 00968564 (Qatar) expires 07 Mar 2016; National ID No. 27563400027 (Qatar) expires 12 Mar 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

ALBANESE, Francesca Paola, Tunis, Tunisia; DOB 30 Mar 1977; POB Ariano Irpino, Italy; nationality Italy; Gender Female; Passport YA4652441 (Italy) expires 08 Jan 2024 (individual) [ICC-EO14203].

AL-BANI, Ali Reda H (a.k.a. AL BANAI, Ali Reda Hassan (Arabic: علي رضا حسن البناي); a.k.a. AL-BANAI, Ali Reda H; a.k.a. AL-BANAI, 'Ali Ridha' Hasan; a.k.a. ALBANAI, 'Ali Ridha Hassan; a.k.a. AL-BANAI, 'Ali Ridha Hassan; a.k.a. AL-BANAY, Ali Ridha; a.k.a. AL-BANNAY, 'Ali Ridha Hassan), Al Hilal Area, Ibn Abad Street, District 41, Villa Number 7, P.O. Box 1676, Doha, Qatar; 25 Highfield Drive, Ickenham, Uxbridge UB10 8AW, United Kingdom; DOB 28 Mar 1975; nationality Qatar; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01226090 (Qatar) expires 09 Jun 2020; alt. Passport 00968564 (Qatar) expires 07 Mar 2016; National ID No. 27563400027 (Qatar) expires 12 Mar 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

AL-BANI, Sulaiman Abdulkhaliq RH (Arabic: سليمان عبد الخالق رضا حسن البناي) (a.k.a. AL BANAI, Sulaiman Abdulkaliq; a.k.a. AL-BANAI, Sulaiman; a.k.a. AL-BANAI, Sulayman 'Abd-al-Khaliq), Qatar; DOB 16 Feb 1979; nationality Qatar; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01072130 (Qatar) expires 27 Nov 2017; Identification Number 27963401809 (Qatar); alt. Identification Number Y4431029R (Spain) (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

ALBANIAN NATIONAL ARMY (a.k.a. AKSH; a.k.a. "ANA") [BALKANS].

AL-BANNA, Ibrahim (a.k.a. AL-BANNA, Ibrahim Muhamad Salih; a.k.a. AL-BANNA, Ibrahim Muhammad Salih; a.k.a. AL-BANNA, Shaykh Ibrahim Muhammad Salih; a.k.a. AL-MASRI, Abu Ayman); DOB 1965; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-BANNA, Ibrahim Muhamad Salih (a.k.a. AL-BANNA, Ibrahim; a.k.a. AL-BANNA, Ibrahim Muhammad Salih; a.k.a. AL-BANNA, Shaykh Ibrahim Muhammad Salih; a.k.a. AL-MASRI, Abu Ayman); DOB 1965; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-BANNA, Ibrahim Muhammad Salih (a.k.a. AL-BANNA, Ibrahim; a.k.a. AL-BANNA, Ibrahim Muhamad Salih; a.k.a. AL-BANNA, Shaykh Ibrahim Muhammad Salih; a.k.a. AL-MASRI, Abu Ayman); DOB 1965; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-BANNA, Shaykh Ibrahim Muhammad Salih (a.k.a. AL-BANNA, Ibrahim; a.k.a. AL-BANNA, Ibrahim Muhamad Salih; a.k.a. AL-BANNA,

Ibrahim Muhammad Salih; a.k.a. AL-MASRI, Abu Ayman) DOB 1965; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-BANNAY, 'Ali Ridha Hassan (a.k.a. AL BANAI, Ali Reda Hassan (Arabic: علي رضا حسن البناي); a.k.a. AL-BANAI, Ali Reda H; a.k.a. AL-BANAI, 'Ali Ridha' Hasan; a.k.a. ALBANAI, 'Ali Ridha Hassan; a.k.a. AL-BANAI, 'Ali Ridha Hassan; a.k.a. AL-BANAY, Ali Ridha; a.k.a. AL-BANI, Ali Reda H), Al Hilal Area, Ibn Abad Street, District 41, Villa Number 7, P.O. Box 1676, Doha, Qatar; 25 Highfield Drive, Ickenham, Uxbridge UB10 8AW, United Kingdom; DOB 28 Mar 1975; nationality Qatar; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01226090 (Qatar) expires 09 Jun 2020; alt. Passport 00968564 (Qatar) expires 07 Mar 2016; National ID No. 27563400027 (Qatar) expires 12 Mar 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

AL-BANSHI, Taha (a.k.a. AL-ADNANI, Abu Mohamed; a.k.a. AL-ADNANI, Abu Mohammad; a.k.a. AL-ADNANI, Abu Mohammed; a.k.a. AL-KHATAB, Abu Baker; a.k.a. AL-RAWI, Abu Sadek; a.k.a. AL-RAWI, Yasser Khalaf Hussein Nazal; a.k.a. AL-SHAMI, Abu-Muhammad al-Adnani; a.k.a. FALAH, Jaber Taha; a.k.a. FALAHA, Taha Sobhi), Syria; Iraq; DOB 1977; POB Banash, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-BAR AND AL-IHSAN SOCIETIES (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank,

Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-BAR AND AL-IHSAN SOCIETY (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-BARA' IBN MALIK BRIGADE (a.k.a. AL-BARAA BIN MALIK BATTALION; a.k.a. AL-BARAA BIN MALIK BRIGADE), Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Jan 2020; Target Type Armed Group [FTO] [SDGT] [SUDAN-EO14098] (Linked To: SUDANESE MUSLIM BROTHERHOOD).

AL-BARAA BIN MALIK BATTALION (a.k.a. AL-BARA' IBN MALIK BRIGADE; a.k.a. AL-BARAA BIN MALIK BRIGADE), Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Jan 2020; Target Type Armed Group [FTO] [SDGT] [SUDAN-EO14098] (Linked To: SUDANESE MUSLIM BROTHERHOOD).

AL-BARAA BIN MALIK BRIGADE (a.k.a. AL-BARA' IBN MALIK BRIGADE; a.k.a. AL-BARAA BIN MALIK BATTALION), Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Jan 2020; Target Type Armed Group [FTO] [SDGT]

[SUDAN-EO14098] (Linked To: SUDANESE MUSLIM BROTHERHOOD).

AL-BARAKA ALGERIAN ASSOCIATION FOR CHARITABLE AND HUMANITARIAN WORK (a.k.a. AL-BARAKA INTERNATIONAL ASSOCIATION; a.k.a. EL BARAKA ASSOCIATION FOR CHARITABLE AND HUMANITARIAN WORK; a.k.a. THE AL-BARAKA CHARITY ASSOCIATION), Tizi Ouzou, Algeria; Algiers, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2015; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

AL-BARAKA INTERNATIONAL ASSOCIATION (a.k.a. AL-BARAKA ALGERIAN ASSOCIATION FOR CHARITABLE AND HUMANITARIAN WORK; a.k.a. EL BARAKA ASSOCIATION FOR CHARITABLE AND HUMANITARIAN WORK; a.k.a. THE AL-BARAKA CHARITY ASSOCIATION), Tizi Ouzou, Algeria; Algiers, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2015; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

AL-BARI, 'Abd (a.k.a. AL-BAKI, 'Abd; a.k.a. BAKI, Abdul; a.k.a. BAQI, Abdul; a.k.a. BARI, Abdul; a.k.a. BARI, Abdul Baqi; a.k.a. BARI, Haji Abdul; a.k.a. IBRAHIM, 'Abd Al-Baqi Muhammad; a.k.a. IBRAHIM, 'Abd Labaqi Muhammad; a.k.a. ISHAQZAI, Rais Abdul Bari; a.k.a. "ABDELBAKI"); DOB 01 Jan 1953; alt. DOB 1952; POB Kandahar, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 306749 (Afghanistan) expires 28 Jun 2014; alt. Passport 47168 (Afghanistan) (individual) [SDGT].

AL-BARNAWI, Abu Abdullah ibn Umar (a.k.a. "Ba Idrisa"); DOB 1989 to 1994; POB Maiduguri, Borno State, Nigeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-BARNAWI, Abu Musab (a.k.a. "YUSUF, Habib"), Nigeria; DOB 1991; alt. DOB 1990; alt. DOB 1992; alt. DOB 1993; alt. DOB 1994; alt. DOB 1995; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-BARNAWI, Khaled (a.k.a. AL-BARNAWI, Khalid; a.k.a. BARNAWI, Khalid; a.k.a. EL-

BARNAOUI, Khaled; a.k.a. HAFSAT, Abu; a.k.a. USMAN, Mohammed), Nigeria; DOB 1976; POB Maiduguri, Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-BARNAWI, Khalid (a.k.a. AL-BARNAWI, Khaled; a.k.a. BARNAWI, Khalid; a.k.a. EL-BARNAOUI, Khaled; a.k.a. HAFSAT, Abu; a.k.a. USMAN, Mohammed), Nigeria; DOB 1976; POB Maiduguri, Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-BARRANI, Ahmad Muhammad Al-Abdullah (a.k.a. AL-AHMAD, Ahmad Muhammad Yunis; a.k.a. AL-BADANI, Ahmad Muhammad Mahmud 'Abdallah), Al-Mazzah Al-Jabal District, 6 Subdistrict, 3 area, Al-Iskan complex, 40/2, Fifth Floor, Damascus, Syria; DOB 19 Sep 1978; POB Al-Anbar, Iraq; nationality Iraq; Passport H0347417 (Iraq) issued 20 Feb 2003 expires 19 Feb 2011; passport place of issue: Al-Anbar, Iraq (individual) [IRAQ2].

ALBARRAQ SHIPPING CO, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Apr 2025; Identification Number IMO 0237669; Business Registration Number 131338 (Marshall Islands) [SDGT] (Linked To: ANSARALLAH).

AL-BASARI, Abu Mahdi (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq;

Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-BASHAAIR TRADING COMPANY, LTD (a.k.a. AL-BASHAER TRADING COMPANY, LTD; a.k.a. AL-BASHA'IR TRADING COMPANY, LTD; a.k.a. AL-BASHAIR TRADING COMPANY, LTD; a.k.a. AL-BASHIR TRADING COMPANY, LTD), Sadoon St, Al-Ani Building, First Floor, Baghdad, Iraq [IRAQ2].

AL-BASHAER TRADING COMPANY, LTD (a.k.a. AL-BASHAAIR TRADING COMPANY, LTD; a.k.a. AL-BASHA'IR TRADING COMPANY, LTD; a.k.a. AL-BASHAIR TRADING COMPANY, LTD; a.k.a. AL-BASHIR TRADING COMPANY, LTD), Sadoon St, Al-Ani Building, First Floor, Baghdad, Iraq [IRAQ2].

AL-BASHAIR TRADING COMPANY, LTD (a.k.a. AL-BASHAAIR TRADING COMPANY, LTD; a.k.a. AL-BASHAER TRADING COMPANY, LTD; a.k.a. AL-BASHA'IR TRADING COMPANY, LTD; a.k.a. AL-BASHIR TRADING COMPANY, LTD), Sadoon St, Al-Ani Building, First Floor, Baghdad, Iraq [IRAQ2].

AL-BASHA'IR TRADING COMPANY, LTD (a.k.a. AL-BASHAAIR TRADING COMPANY, LTD; a.k.a. AL-BASHAER TRADING COMPANY, LTD; a.k.a. AL-BASHAIR TRADING COMPANY, LTD; a.k.a. AL-BASHIR TRADING COMPANY, LTD), Sadoon St, Al-Ani Building, First Floor, Baghdad, Iraq [IRAQ2].

AL-BASHIR TRADING COMPANY, LTD (a.k.a. AL-BASHAAIR TRADING COMPANY, LTD; a.k.a. AL-BASHAER TRADING COMPANY, LTD; a.k.a. AL-BASHA'IR TRADING COMPANY, LTD; a.k.a. AL-BASHAIR TRADING COMPANY, LTD), Sadoon St, Al-Ani Building, First Floor, Baghdad, Iraq [IRAQ2].

ALBASHIR, Mohammed (a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. AL-KHATAB, Abd  Al Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-BASHIR, Muhammad (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. AL-KHATAB, Abd  Al Rahman; a.k.a. ISMAIL, Mohammed; a.k.a.

MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-BASRI, Abu-Mahdi al-Mohandis (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-BATAHAI, Soliman (a.k.a. AL BUTHI, Soliman H.S.; a.k.a. AL-BATHI, Soliman; a.k.a. AL-BUTHE, Soliman; a.k.a. AL-BUTHE, Suliman Hamd Suleiman); DOB 08 Dec 1961; POB Cairo, Egypt; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B049614 (Saudi Arabia); alt. Passport C536660 (Saudi Arabia) issued 05 May 2001 expires 11 Mar 2006 (individual) [SDGT].

AL-BATHALI, Mubarak (a.k.a. AL BATHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BADHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BATHALI, Mubarak Mishkhas Sanad; a.k.a. AL-BATHALI, Mubarak Mushakhas Sanad; a.k.a. AL-BAZALI, Mubarak Mishkhas Sanad; a.k.a. AL-BTHALY, Mobarak Meshkhas Sanad); DOB 01 Oct 1961; citizen Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 101856740 (Kuwait) (individual) [SDGT].

OFFICE OF FOREIGN ASSETS CONTROL

AL-BATHALI, Mubarak Mishkhas Sanad (a.k.a. AL BATHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BADHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BATHALI, Mubarak; a.k.a. AL-BATHALI, Mubarak Mushakhas Sanad; a.k.a. AL-BAZALI, Mubarak Mishkhas Sanad; a.k.a. AL-BTHALY, Mobarak Meshkhas Sanad); DOB 01 Oct 1961; citizen Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 101856740 (Kuwait) (individual) [SDGT].

AL-BATHALI, Mubarak Mushakhas Sanad (a.k.a. AL BATHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BADHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BATHALI, Mubarak; a.k.a. AL-BATHALI, Mubarak Mishkhas Sanad; a.k.a. AL-BAZALI, Mubarak Mishkhas Sanad; a.k.a. AL-BTHALY, Mobarak Meshkhas Sanad); DOB 01 Oct 1961; citizen Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 101856740 (Kuwait) (individual) [SDGT].

AL-BATHI, Soliman (a.k.a. AL BUTHI, Soliman H.S.; a.k.a. AL-BATAHAI, Soliman; a.k.a. AL-BUTHE, Soliman; a.k.a. AL-BUTHE, Suliman Hamd Suleiman); DOB 08 Dec 1961; POB Cairo, Egypt; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B049614 (Saudi Arabia); alt. Passport C536660 (Saudi Arabia) issued 05 May 2001 expires 11 Mar 2006 (individual) [SDGT].

ALBATROS LLC (a.k.a. ALBATROS OOO (Cyrillic: ООО АЛЬБАТРОС); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ALBATROS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛЬБАТРОС)), str. 5/12 pom. 253, ul. Sh-2 Ter. Oez Alabuga, Yelabuga, Tatarstan 423601, Russia (Cyrillic: М.Р-Н ЕЛАБУЖСКИЙ, Г.П. ГОРОД ЕЛАБУГА, ТЕР. ОЭЗ АЛАБУГА, УЛ Ш-2, СТР. 5/12, ПОМЕЩ. 253, Елабуга, Республика Татарстан 423601, Russia); Pushkino, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Apr 2017; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 5038127220 (Russia); Registration Number 1175050004161 (Russia); alt. Registration Number 15516028 (Russia) [RUSSIA-EO14024].

ALBATROS OOO (Cyrillic: ООО АЛЬБАТРОС) (a.k.a. ALBATROS LLC; a.k.a.

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ALBATROS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛЬБАТРОС)), str. 5/12 pom. 253, ul. Sh-2 Ter. Oez Alabuga, Yelabuga, Tatarstan 423601, Russia (Cyrillic: М.Р-Н ЕЛАБУЖСКИЙ, Г.П. ГОРОД ЕЛАБУГА, ТЕР. ОЭЗ АЛАБУГА, УЛ Ш-2, СТР. 5/12, ПОМЕЩ. 253, Елабуга, Республика Татарстан 423601, Russia); Pushkino, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Apr 2017; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 5038127220 (Russia); Registration Number 1175050004161 (Russia); alt. Registration Number 15516028 (Russia) [RUSSIA-EO14024].

AL-BATTARJEE, 'Adil (a.k.a. BATARJEE, Adel Abdul Jalil Ibrahim; a.k.a. BATARJI, 'Adil 'Abd al Jalil; a.k.a. BATTERJEE, Adel; a.k.a. BATTERJEE, Adel Abdul Jaleel I.), 2 Helmi Kutbi Street, Jeddah, Saudi Arabia; DOB 01 Jul 1946; alt. DOB 01 Jun 1946; POB Jeddah, Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F 572010 issued 22 Dec 2004 expires 28 Oct 2009; Email:adelb@shabakah.net.sa (individual) [SDGT].

AL-BAYATI, Abdul Rahman Muhammad (a.k.a. AHMAD, Aliazra Ra'ad; a.k.a. AL-BAYATI, Tahir Muhammad Khalil Mustafa; a.k.a. AL-QADULI, Abd Al-Rahman Muhammad Mustafa; a.k.a. MUSTAFA, Umar Muhammad Khalil; a.k.a. SHAYKHLARI, 'Abd al-Rahman Muhammad Mustafa; a.k.a. "ABU ALA"; a.k.a. "ABU HASAN"; a.k.a. "ABU IMAN"; a.k.a. "ABU MUHAMMAD"; a.k.a. "ABU ZAYNA"; a.k.a. "ABU-SHUAYB"; a.k.a. "HAJJI IMAN"); DOB 1959; alt. DOB 1957; POB Mosul, Ninawa Province, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-BAYATI, Tahir Muhammad Khalil Mustafa (a.k.a. AHMAD, Aliazra Ra'ad; a.k.a. AL-BAYATI, Abdul Rahman Muhammad; a.k.a. AL-QADULI, Abd Al-Rahman Muhammad Mustafa; a.k.a. MUSTAFA, Umar Muhammad Khalil; a.k.a. SHAYKHLARI, 'Abd al-Rahman Muhammad Mustafa; a.k.a. "ABU ALA"; a.k.a. "ABU HASAN"; a.k.a. "ABU IMAN"; a.k.a. "ABU MUHAMMAD"; a.k.a. "ABU ZAYNA"; a.k.a. "ABU-SHUAYB"; a.k.a. "HAJJI IMAN"); DOB

1959; alt. DOB 1957; POB Mosul, Ninawa Province, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-BAYDANI, Aqeil Mftine Khfeef (a.k.a. AL BAIDHANI, Aqeel; a.k.a. AL BAIDHANI, Aqeel Meften Khafeef (Arabic: عقيل مفتن خفيف البيضاني); a.k.a. ALBAIDHANI, Aqeel; a.k.a. KHFEEF, Aqeil Mftine), Baghdad, Iraq; DOB 14 Feb 1979; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A10904401 (Iraq) expires 05 Feb 2024; alt. Passport D1024435 (Iraq) expires 18 Jan 2025; alt. Passport A16949890 (Iraq) expires 20 Oct 2027; alt. Passport B12992004 (Iraq) expires 03 Apr 2032; National ID No. 01953961 (Iraq); alt. National ID No. 1979652754854 (Iraq) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL-BAYDANI, Sayf (a.k.a. AL-BAYDANI, Sayf Husayn 'Abd-al-Rabb; a.k.a. AL-BHADANI, Saif; a.k.a. AL-BIDHANI, Sayf; a.k.a. AL-HAYASHI, Sayf 'Abd-al-Rab Salim; a.k.a. AL-HAYASHI, Sayf Abdulrab Salem; a.k.a. AL-HAYYASHI, Sayf 'Abd-al-wali 'Abd-al-rub), At Takhtit Ministry Marab Jawlat Ayat Street, Yemen; Azzan, Abyan Governorate, Yemen; DOB 01 Jan 1978; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010003969 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-BAYDANI, Sayf Husayn 'Abd-al-Rabb (a.k.a. AL-BAYDANI, Sayf; a.k.a. AL-BHADANI, Saif; a.k.a. AL-BIDHANI, Sayf; a.k.a. AL-HAYASHI, Sayf 'Abd-al-Rab Salim; a.k.a. AL-HAYASHI, Sayf Abdulrab Salem; a.k.a. AL-HAYYASHI, Sayf 'Abd-al-wali 'Abd-al-rub), At Takhtit Ministry Marab Jawlat Ayat Street, Yemen; Azzan, Abyan Governorate, Yemen; DOB 01 Jan 1978; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010003969 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-BAYJAT, Bashar Sabawi Ibrahim Hasan (a.k.a. 'ABDULLAH, 'Ali Zafir; a.k.a. AL-TIKRITI,

Bashar Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashir Sab'awi Ibrahim Al-Hasan; a.k.a. AL-TIKRITI, Bashir Sabawi Ibrahim Al-Hassan), Fuad Dawod Farm, Az Zabadani, Damascus, Syria; Beirut, Lebanon; DOB 17 Jul 1970; POB Baghdad, Iraq; nationality Iraq (individual) [IRAQ2].

ALBAYRAK, Ahmet Furgan, Turkey; DOB 29 Apr 1974; POB Amasya, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 19906311370 (Turkey) (individual) [RUSSIA-EO14024] (Linked To: SANLITUN YATIRIM DIS TICARET LIMITED SIRKETI).

AL-BAZALI, Mubarak Mishkhas Sanad (a.k.a. AL BATHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BADHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BATHALI, Mubarak; a.k.a. AL-BATHALI, Mubarak Mishkhas Sanad; a.k.a. AL-BATHALI, Mubarak Mushakhas Sanad; a.k.a. AL-BTHALY, Mobarak Meshkhas Sanad); DOB 01 Oct 1961; citizen Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 101856740 (Kuwait) (individual) [SDGT].

AL-BAZAZ, Hikmet Abdullah (a.k.a. AL-BAZZAZ, Hikmet Abdallah), Iraq; Former Minister of Education (individual) [IRAQ2].

AL-BAZZAL, Muhammad Qasim (a.k.a. BAZZAL, Mohamad; a.k.a. "MU'IN"); DOB 26 Aug 1984; POB Ba'albakk, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0510789; Identification Number 18349929 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-BAZZAL, Rashid Qasim (Arabic: رشيد قاسم البزال), Toufiqiye, Baalbek, Lebanon; DOB 07 Aug 1994; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 3722195 (Lebanon); National ID No. 000007607050 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-BAZZAZ, Hikmet Abdallah (a.k.a. AL-BAZAZ, Hikmet Abdullah), Iraq; Former Minister of Education (individual) [IRAQ2].

ALBEHADILI, Mohammed Saeed Othafa (a.k.a. ADHAFAH, Muhammad Said; a.k.a. AL BEHADILI, Mohammed Saeed Odhafa (Arabic: محمد سعيد عذافه البهادلي); a.k.a. AL-BAHADILI, Muhammad Sa'id 'Adhafah; a.k.a. "SAEED, Mohammed"), Iraq; DOB 04 Mar 1970; nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A3347475 (Iraq) (individual) [SDGT] [IFSR] (Linked To: AL KHAMAEL MARITIME SERVICES).

AL-BENALI, Turki (a.k.a. AL BINALI, Turki Mubarak Abdullah; a.k.a. AL-BIN'ALI, Turki; a.k.a. AL-BIN'ALI, Turki Mubarak; a.k.a. AL-BINALI, Turki Mubarak Abdullah Ahmad; a.k.a. "ABU DERGHAM"; a.k.a. "AL-ATHARI, Abu Human"; a.k.a. "AL-ATHARI, Abu Human Bakr ibn 'Abd al-'Aziz"; a.k.a. "AL-ATHARI, Abu-Bakr"; a.k.a. "AL-BAHRAYNI, Abu Hudhayfa"; a.k.a. "AL-MUDARI, Abu Khuzayma"; a.k.a. "AL-SALAFI, Abu Hazm"; a.k.a. "AL-SULAMI, Abu Sufyan"); DOB 03 Sep 1984; POB Al Muharraq, Bahrain; nationality Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2231616 (Bahrain) issued 02 Jan 2013 expires 02 Jan 2023; alt. Passport 1272611 (Bahrain) issued 01 Apr 2003; Identification Number 840901356 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALBERDI URANGA, Itziar; DOB 07 Oct 1963; POB Durango, Vizcaya Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 78.865.693 (Spain); Member ETA (individual) [SDGT].

ALBERTINE DRC S.A.S.U (a.k.a. CAPRIKAT LIMITED), Akara Building, 24 Castro Street, Wickhams Cay 1, P.O. Box 3136, Road Town, Tortola, Virgin Islands, British; Boulevard du 30 Juin No 110, Building 1113, 8eme etage, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-00168 (Congo, Democratic Republic of the); Public Registration Number 1577164 (Virgin Islands, British) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

AL-BHADANI, Saif (a.k.a. AL-BAYDANI, Sayf; a.k.a. AL-BAYDANI, Sayf Husayn 'Abd-al-Rabb; a.k.a. AL-BIDHANI, Sayf; a.k.a. AL-HAYASHI, Sayf 'Abd-al-Rab Salim; a.k.a. AL-HAYASHI, Sayf 'Abd-al-wali 'Abd-al-rub), At Takhtit Ministry Marab Jawlat Ayat Street, Yemen; Azzan, Abyan Governorate, Yemen; DOB 01 Jan 1978; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010003969 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-BIDHANI, Sayf (a.k.a. AL-BAYDANI, Sayf; a.k.a. AL-BAYDANI, Sayf Husayn 'Abd-al-Rabb; a.k.a. AL-BHADANI, Saif; a.k.a. AL-HAYASHI, Sayf 'Abd-al-Rab Salim; a.k.a. AL-HAYASHI, Sayf Abdulrab Salem; a.k.a. AL-HAYYASHI, Sayf 'Abd-al-wali 'Abd-al-rub), At Takhtit Ministry Marab Jawlat Ayat Street, Yemen; Azzan, Abyan Governorate, Yemen; DOB 01 Jan 1978; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010003969 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-BILAD ISLAMIC BANK FOR INVESTMENT AND FINANCE P.S.C. (a.k.a. AL ATAA ISLAMIC BANK FOR INVESTMENT AND FINANCE; a.k.a. AL ATTA ISLAMIC BANK FOR INVESTMENT AND FINANCE; a.k.a. AL BILAD ISLAMIC BANK; a.k.a. AL-ATAA ISLAMIC BANK; a.k.a. AL-ATTA ISLAMIC BANK; a.k.a. AL-ATTAA ISLAMIC BANK), 37 Building El-Karadeh 909 Street 1 Near Al Hurea Square, Baghdad, Iraq; Al Masbah Branch, Baghdad Al Masbah Intersection, 929 Street 17 Bldg. 40, Previously the German Embassy, Baghdad, Iraq; Erbil Branch, Erbil Province, 60 Bldg 354/132, 45 Street, Erbil, Iraq; Al Mawarid Branch, Baghdad - Street 62 Neighboring the Department of Electricity, Baghdad, Iraq; Al Nasiryah Branch, Zi Kar Province El Saray, Bldg. 2/239 Janat Al Janoub Hotel Building, Nasiryah, Iraq; Al Basra Branch Al Basra, Manawy Pasha Corniche Street, Basra, Iraq; Al Sadr Branch, Jameela District - 8-22-512, Sadr City, Iraq; Al Jaderya Branch Baghdad, Al Jaderya - Versus Baghdad University, 906 Street 28 - Dar 3, Baghdad, Iraq; Karbala Branch Karbala, Al Dareeba Intersection, Karbala, Iraq; Al Najaf Branch, Al Najaf Al Ashraf, Al Amir District - Al Koufa Street, Najaf, Iraq; Zakho Branch Dahook, Zakho - Ibrahim Al Khaleel Street, Baydar Boulevard, Zakho, Iraq;

Al Mansour Branch Baghdad, Al Mansour-12-G 605-M-Bldg, Baghdad, Iraq; Babel Branch Babel, Kalaj - Al Honood Branch, Babel, Iraq; Beirut Branch Lebanon, Beirut - Hamra Street, Broadway Center - Versus Costa Caf, Lebanon, Beirut, Lebanon; SWIFT/BIC AIIFIQBA; Website www.Bilad-Bank.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Branches Worldwide [SDGT] [IRGC] [IFSR] (Linked To: KAREEM, Aras Habib).

AL-BINALI, Mohamed Isa (a.k.a. AL BINALI, Mohammed Isa Yousif Saqar; a.k.a. ALBINALI, Mohammad Isa; a.k.a. AL-BINALI, Mohammed; a.k.a. AL-BINALI, Mohammed Isa; a.k.a. "Abu Al Silmi"; a.k.a. "Abu Isa Al Salmi"; a.k.a. "Abu Issa Al-Selmy"); DOB 09 Mar 1991; POB Manama, Bahrain; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALBINALI, Mohammad Isa (a.k.a. AL BINALI, Mohammed Isa Yousif Saqar; a.k.a. AL-BINALI, Mohamed Isa; a.k.a. AL-BINALI, Mohammed; a.k.a. AL-BINALI, Mohammed Isa; a.k.a. "Abu Al Silmi"; a.k.a. "Abu Isa Al Salmi"; a.k.a. "Abu Issa Al-Selmy"); DOB 09 Mar 1991; POB Manama, Bahrain; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-BINALI, Mohammed (a.k.a. AL BINALI, Mohammed Isa Yousif Saqar; a.k.a. AL-BINALI, Mohamed Isa; a.k.a. ALBINALI, Mohammad Isa; a.k.a. AL-BINALI, Mohammed Isa; a.k.a. "Abu Al Silmi"; a.k.a. "Abu Isa Al Salmi"; a.k.a. "Abu Issa Al-Selmy"); DOB 09 Mar 1991; POB Manama, Bahrain; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-BINALI, Mohammed Isa (a.k.a. AL BINALI, Mohammed Isa Yousif Saqar; a.k.a. AL-BINALI, Mohamed Isa; a.k.a. ALBINALI, Mohammad Isa; a.k.a. AL-BINALI, Mohammed; a.k.a. "Abu Al Silmi"; a.k.a. "Abu Isa Al Salmi"; a.k.a. "Abu Issa Al-Selmy"); DOB 09 Mar 1991; POB Manama, Bahrain; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-BIN'ALI, Turki (a.k.a. AL BINALI, Turki Mubarak Abdullah; a.k.a. AL-BENALI, Turki;

a.k.a. AL-BIN'ALI, Turki Mubarak; a.k.a. AL-BINALI, Turki Mubarak Abdullah Ahmad; a.k.a. "ABU DERGHAM"; a.k.a. "AL-ATHARI, Abu Human"; a.k.a. "AL-ATHARI, Abu Human Bakr ibn 'Abd al-'Aziz"; a.k.a. "AL-ATHARI, Abu-Bakr"; a.k.a. "AL-BAHRAYNI, Abu Hudhayfa"; a.k.a. "AL-MUDARI, Abu Khuzayma"; a.k.a. "AL-SALAFI, Abu Hazm"; a.k.a. "AL-SULAMI, Abu Sufyan"); DOB 03 Sep 1984; POB Al Muharraq, Bahrain; nationality Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2231616 (Bahrain) issued 02 Jan 2013 expires 02 Jan 2023; alt. Passport 1272611 (Bahrain) issued 01 Apr 2003; Identification Number 840901356 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-BIN'ALI, Turki Mubarak (a.k.a. AL BINALI, Turki Mubarak Abdullah; a.k.a. AL-BENALI, Turki; a.k.a. AL-BIN'ALI, Turki; a.k.a. AL-BINALI, Turki Mubarak Abdullah Ahmad; a.k.a. "ABU DERGHAM"; a.k.a. "AL-ATHARI, Abu Human"; a.k.a. "AL-ATHARI, Abu Human Bakr ibn 'Abd al-'Aziz"; a.k.a. "AL-ATHARI, Abu-Bakr"; a.k.a. "AL-BAHRAYNI, Abu Hudhayfa"; a.k.a. "AL-MUDARI, Abu Khuzayma"; a.k.a. "AL-SALAFI, Abu Hazm"; a.k.a. "AL-SULAMI, Abu Sufyan"); DOB 03 Sep 1984; POB Al Muharraq, Bahrain; nationality Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2231616 (Bahrain) issued 02 Jan 2013 expires 02 Jan 2023; alt. Passport 1272611 (Bahrain) issued 01 Apr 2003; Identification Number 840901356 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-BINALI, Turki Mubarak Abdullah Ahmad (a.k.a. AL BINALI, Turki Mubarak Abdullah; a.k.a. AL-BENALI, Turki; a.k.a. AL-BIN'ALI, Turki; a.k.a. AL-BIN'ALI, Turki Mubarak; a.k.a. "ABU DERGHAM"; a.k.a. "AL-ATHARI, Abu Human"; a.k.a. "AL-ATHARI, Abu Human Bakr ibn 'Abd al-'Aziz"; a.k.a. "AL-ATHARI, Abu-Bakr"; a.k.a. "AL-BAHRAYNI, Abu Hudhayfa"; a.k.a. "AL-MUDARI, Abu Khuzayma"; a.k.a. "AL-SALAFI, Abu Hazm"; a.k.a. "AL-SULAMI, Abu Sufyan"); DOB 03 Sep 1984; POB Al Muharraq, Bahrain; nationality Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2231616 (Bahrain) issued 02 Jan 2013 expires 02 Jan 2023; alt. Passport 1272611 (Bahrain) issued

01 Apr 2003; Identification Number 840901356 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-BIR AND AL-IHSAN ORGANIZATION (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-BIRR WA AL-IHSAN WA AL-NAQA (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a.

AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-BISHAURI, Abu Mohammad Shaykh Aminullah (a.k.a. AL-PESHAWARI, Shaykh Abu Mohammed Ameen; a.k.a. AL-PESHAWARI, Shaykh Aminullah; a.k.a. AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed; a.k.a. BISHAWRI, Abu Mohammad Amin; a.k.a. GUL AL-PAKISTANI, Niaz Muhammad Muhammada; a.k.a. MUHAMMAD, Niaz; a.k.a. PESHAWARI, Abu Mohammad Aminullah; a.k.a. "AMINULLAH, Shaykh"; a.k.a. "AMINULLAH, Sheik"; a.k.a. "SHAYKH AMEEN"), Ganj District, Peshawar, Khyber Pakhtunkhwa, Pakistan; House number T-876 Galli Mohallah, Sheikh Abad number 4, Peshawar, Khyber Pakhtunkhwa, Pakistan; Saudi Arabia; DOB circa 01 Jan 1961; POB Shunkrai village, Sarkani District, Konar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport FU0152122 (Pakistan) expires 24 Apr 2017; alt. Passport FU0152121 (Pakistan) (individual) [SDGT] (Linked To: JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

ALBISINNI SERRANO, Rocco, Miranda, Guarico, Venezuela; DOB 06 Mar 1982; Gender Male; Cedula No. 15481927 (Venezuela); President of Venezuela's National Center for Foreign Commerce (CENCOEX); Former Vice Minister of the State and Socialist Economy of Venezuela's Ministry of Economy and Finance; Current or Former Principal Director of Venezuela's National Development Fund (FONDEN) (individual) [VENEZUELA].

ALBISU IRIARTE, Miguel; DOB 07 Jun 1961; POB San Sebastian, Guizpucoa Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 15.954.596 (Spain); Member ETA (individual) [SDGT].

AL-BITAR, Bayan (a.k.a. BITAR, Bayan), PO Box 11037, Damascus, Syria; DOB 08 Mar 1947; Managing Director of the Organization for Technological Industries (individual) [NPWMD] (Linked To: ORGANIZATION FOR TECHNOLOGICAL INDUSTRIES).

ALBORADA GARDENS, S.A., Panama; RUC # 1992533-1-738897 (Panama) [SDNTK].

ALBORADA S.A., Panama; RUC # 63628-51-355574 (Panama) [SDNTK].

ALBORZ ORGANIC MATERIAL ENGINEERING COMPANY (Arabic: شرکت مهندسی مواد آلی البرز), Karaj, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Oct 2014; National ID No. 14004448175 (Iran); Commercial Registry Number 27389 (Iran) [NPWMD] [IFSR] (Linked To: INANLU, Mitra).

ALBOST, Meshal Saad M (a.k.a. AL-BOSTANI, Meshal Saad; a.k.a. ALBOSTANI, Meshal Saad M.); DOB 27 Mar 1987; nationality Saudi Arabia; Gender Male; Passport R339037 (Saudi Arabia) expires 09 Jun 2020 (individual) [GLOMAG].

AL-BOSTANI, Meshal Saad (a.k.a. ALBOST, Meshal Saad M; a.k.a. ALBOSTANI, Meshal Saad M.); DOB 27 Mar 1987; nationality Saudi Arabia; Gender Male; Passport R339037 (Saudi Arabia) expires 09 Jun 2020 (individual) [GLOMAG].

ALBOSTANI, Meshal Saad M. (a.k.a. ALBOST, Meshal Saad M; a.k.a. AL-BOSTANI, Meshal Saad); DOB 27 Mar 1987; nationality Saudi Arabia; Gender Male; Passport R339037 (Saudi Arabia) expires 09 Jun 2020 (individual) [GLOMAG].

AL-BTHALY, Mobarak Meshkhas Sanad (a.k.a. AL BATHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BADHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BATHALI, Mubarak; a.k.a. AL-BATHALI, Mubarak Mishkhas Sanad; a.k.a. AL-BATHALI, Mubarak Mushakhas Sanad; a.k.a. AL-BAZALI, Mubarak Mishkhas Sanad); DOB 01 Oct 1961; citizen Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 101856740 (Kuwait) (individual) [SDGT].

ALBU-MITEUTI, Arkan Ahmad Abbas Albu-Mazida (a.k.a. AL-MATUTI, Arkan Ahmad 'Abbas; a.k.a. AL-MITIWITI, Arkan Ahmad 'Abbas; a.k.a. "Abu Sarhan"), Nineveh Governorate, Iraq; Syria; DOB 06 Oct 1982; POB Mosul, Iraq; alt. POB Sinjar District, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALBURHAN, Abdalftah Alburhan A Alrahman (a.k.a. AL-BURHAN, Abdel Fattah; a.k.a. "BURHAN"), Port Sudan, Sudan; DOB 04 Jul 1960; POB Shandi, Sudan; nationality Sudan; Gender Male; Passport P11000434 (Sudan) expires 30 Aug 2033 (individual) [SUDAN-EO14098].

AL-BURHAN, Abdel Fattah (a.k.a. ALBURHAN, Abdalftah Alburhan A Alrahman; a.k.a. "BURHAN"), Port Sudan, Sudan; DOB 04 Jul 1960; POB Shandi, Sudan; nationality Sudan; Gender Male; Passport P11000434 (Sudan) expires 30 Aug 2033 (individual) [SUDAN-EO14098].

AL-BUSTAN ASSOCIATION (a.k.a. AL JAMAIYAH AL BUSTAN; a.k.a. AL-BUSTAN CHARITY; a.k.a. AL-BUSTAN CHARITY ASSOCIATION; a.k.a. AL-BUSTAN CHARITY FOUNDATION; a.k.a. AL-BUSTAN CHARITY SOCIETY; a.k.a. AL-BUSTAN ORGANIZATION; a.k.a. JAMIAT AL-BUSTAN AL-KHAYRIYAH CHARITY), Mazza, Damascus, Syria [PAARSSR-EO13894] (Linked To: MAKHLUF, Rami).

AL-BUSTAN CHARITY (a.k.a. AL JAMAIYAH AL BUSTAN; a.k.a. AL-BUSTAN ASSOCIATION; a.k.a. AL-BUSTAN CHARITY ASSOCIATION; a.k.a. AL-BUSTAN CHARITY FOUNDATION; a.k.a. AL-BUSTAN CHARITY SOCIETY; a.k.a. AL-BUSTAN ORGANIZATION; a.k.a. JAMIAT AL-BUSTAN AL-KHAYRIYAH CHARITY), Mazza, Damascus, Syria [PAARSSR-EO13894] (Linked To: MAKHLUF, Rami).

AL-BUSTAN CHARITY ASSOCIATION (a.k.a. AL JAMAIYAH AL BUSTAN; a.k.a. AL-BUSTAN ASSOCIATION; a.k.a. AL-BUSTAN CHARITY; a.k.a. AL-BUSTAN CHARITY FOUNDATION; a.k.a. AL-BUSTAN CHARITY SOCIETY; a.k.a. AL-BUSTAN ORGANIZATION; a.k.a. JAMIAT AL-BUSTAN AL-KHAYRIYAH CHARITY), Mazza, Damascus, Syria [PAARSSR-EO13894] (Linked To: MAKHLUF, Rami).

AL-BUSTAN CHARITY FOUNDATION (a.k.a. AL JAMAIYAH AL BUSTAN; a.k.a. AL-BUSTAN ASSOCIATION; a.k.a. AL-BUSTAN CHARITY; a.k.a. AL-BUSTAN CHARITY ASSOCIATION;

a.k.a. AL-BUSTAN CHARITY SOCIETY; a.k.a. AL-BUSTAN ORGANIZATION; a.k.a. JAMIAT AL-BUSTAN AL-KHAYRIYAH CHARITY), Mazza, Damascus, Syria [PAARSSR-EO13894] (Linked To: MAKHLUF, Rami).

AL-BUSTAN CHARITY SOCIETY (a.k.a. AL JAMAIYAH AL BUSTAN; a.k.a. AL-BUSTAN ASSOCIATION; a.k.a. AL-BUSTAN CHARITY; a.k.a. AL-BUSTAN CHARITY ASSOCIATION; a.k.a. AL-BUSTAN CHARITY FOUNDATION; a.k.a. AL-BUSTAN ORGANIZATION; a.k.a. JAMIAT AL-BUSTAN AL-KHAYRIYAH CHARITY), Mazza, Damascus, Syria [PAARSSR-EO13894] (Linked To: MAKHLUF, Rami).

AL-BUSTAN ORGANIZATION (a.k.a. AL JAMAIYAH AL BUSTAN; a.k.a. AL-BUSTAN ASSOCIATION; a.k.a. AL-BUSTAN CHARITY; a.k.a. AL-BUSTAN CHARITY ASSOCIATION; a.k.a. AL-BUSTAN CHARITY FOUNDATION; a.k.a. AL-BUSTAN CHARITY SOCIETY; a.k.a. JAMIAT AL-BUSTAN AL-KHAYRIYAH CHARITY), Mazza, Damascus, Syria [PAARSSR-EO13894] (Linked To: MAKHLUF, Rami).

AL-BUSTANI, Maya (a.k.a. AL-BUSTANI, Maya Shadi (Arabic: مايا شادي البستاني); a.k.a. BOUSTANY, Maya (Arabic: مايا البستاني)), Qatar; Al-Dabieh, Mount Lebanon, Lebanon; DOB 09 Sep 1981; POB Al-Dabieh, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR2067544 (Lebanon) expires 22 Apr 2031; National ID No. 000043641387 (Lebanon) (individual) [SDGT] (Linked To: HAMIEH, Alaa Hassan).

AL-BUSTANI, Maya Shadi (Arabic: مايا شادي البستاني) (a.k.a. AL-BUSTANI, Maya; a.k.a. BOUSTANY, Maya (Arabic: مايا البستاني)), Qatar; Al-Dabieh, Mount Lebanon, Lebanon; DOB 09 Sep 1981; POB Al-Dabieh, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR2067544 (Lebanon) expires 22 Apr 2031; National ID No. 000043641387 (Lebanon) (individual) [SDGT] (Linked To: HAMIEH, Alaa Hassan).

AL-BUTHE, Soliman (a.k.a. AL BUTHI, Soliman H.S.; a.k.a. AL-BATAHAI, Soliman; a.k.a. AL-BATHI, Soliman; a.k.a. AL-BUTHE, Suliman Hamd Suleiman); DOB 08 Dec 1961; POB Cairo, Egypt; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B049614 (Saudi Arabia); alt. Passport C536660 (Saudi Arabia) issued 05 May 2001 expires 11 Mar 2006 (individual) [SDGT].

AL-BUTHE, Suliman Hamd Suleiman (a.k.a. AL BUTHI, Soliman H.S.; a.k.a. AL-BATAHAI, Soliman; a.k.a. AL-BATHI, Soliman; a.k.a. AL-BUTHE, Soliman); DOB 08 Dec 1961; POB Cairo, Egypt; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B049614 (Saudi Arabia); alt. Passport C536660 (Saudi Arabia) issued 05 May 2001 expires 11 Mar 2006 (individual) [SDGT].

ALC BELNEFTEGAZ (a.k.a. ADDITIONAL LIABILITY COMPANY BELNEFTEGAZ; a.k.a. BELNEFTEGAS; a.k.a. BELNEFTEGAZ (Cyrillic: БЕЛНЕФТЕГАЗ); a.k.a. OBSHCHESTVO S DOPOLNITELNOY OTVETSTVENNOSTYU BELNEFTEGAZ (Cyrillic: ОБЩЕСТВО С ДОПОЛНИТЕЛЬНОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛНЕФТЕГАЗ); a.k.a. ODO BELNEFTEGAZ (Cyrillic: ОДО БЕЛНЕФТЕГАЗ); a.k.a. TAVARYSTVA Z DADATKOVAY ADKAZNASTSYU BELNAFTAHAZ (Cyrillic: ТАВАРЫСТВА З ДАДАТКОВАЙ АДКАЗНАСЦЮ БЕЛНАФТАГАЗ); a.k.a. TDA BELNAFTAHAZ (Cyrillic: ТДА БЕЛНАФТАГАЗ)), ul. Azgura, d. 5, pom. 68 (kabinet 1, 1st floor), Minsk 220088, Belarus (Cyrillic: ул. Азгура, д. 5, пом. 68 (кабинет 1, 1 этаж), г. Минск 220088, Belarus); Organization Established Date 23 Mar 1995; Registration Number 100878073 (Belarus) [BELARUS-EO14038].

ALC DISKOMS (a.k.a. ODO DISKOMS (Cyrillic: ОДО ДИСКОМС)), UL. Sharangovicha 13, Minsk 220018, Belarus; Organization Established Date 30 Oct 1995; Organization Type: Manufacture of industrial, electric and electronic machinery; Tax ID No. 101065433 (Belarus) [BELARUS-EO14038].

ALCALDE LINARES, Angel; DOB 02 May 1943; POB Portugalete, Vizcaya Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; D.N.I. 15.390.353 (Spain); Member ETA (individual) [SDGT].

ALCARAZ MORALES, Wilder de Jesus (a.k.a. "El Indio"), Colombia; DOB 28 Feb 1989; POB Turbo, Antioquia, Colombia; Gender Male; Cedula No. 1040763025 (Colombia) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: CLAN DEL GOLFO).

ALCARDINAL GENERAL TRADING LIMITED, 207 Jersey Road, Osterley, London TW7 4RE, United Kingdom; Company Number 08227698 (United Kingdom) [GLOMAG] (Linked To: AL-CARDINAL, Ashraf Seed Ahmed).

ALCARDINAL GENERAL TRADING LLC, Dubai, United Arab Emirates [GLOMAG] (Linked To: AL-CARDINAL, Ashraf Seed Ahmed).

AL-CARDINAL INVESTMENTS COMPANY LIMITED (a.k.a. AL CARDINAL INVESTMENTS CO. LTD), 201 Kasini Road, Mombasa, Kenya; Juba, South Sudan; Tax ID No. 100104695 (South Sudan) [GLOMAG] (Linked To: AL-CARDINAL, Ashraf Seed Ahmed).

ALCARDINAL PETROLEUM CO. LTD (a.k.a. ALCARDINAL PETROLEUM COMPANY LIMITED), Mombasa, Kenya; Juba, South Sudan [GLOMAG] (Linked To: AL-CARDINAL, Ashraf Seed Ahmed).

ALCARDINAL PETROLEUM COMPANY LIMITED (a.k.a. ALCARDINAL PETROLEUM CO. LTD), Mombasa, Kenya; Juba, South Sudan [GLOMAG] (Linked To: AL-CARDINAL, Ashraf Seed Ahmed).

AL-CARDINAL, Ashraf Seed Ahmed (a.k.a. ALI, Ashraf Seedahmed Hussein; a.k.a. HUSSEIN, Ashraf Said Ahmed; a.k.a. HUSSEIN, Ashraf Seed Ahmed; a.k.a. SEED AHMED, Asharaf; a.k.a. SEED AHMED, Ashraff; a.k.a. SEEDAHMED, Ashiraf; a.k.a. "ALI, Ashraf Sayed"; a.k.a. "HUSSEIN ALI, Ashraf"), 1 College Yard, Winchester Avenue, London, England NW6 7UA, United Kingdom; 207 Jersey Road, Osterley, London TW7 4RE, United Kingdom; Dubai, United Arab Emirates; DOB 01 Jan 1957 to 31 Jan 1957; POB Sudan; nationality Sudan; Gender Male; Passport B00018325 (Sudan) expires 16 Feb 2023; National ID No. 11945710905 (Sudan); alt. National ID No. 784195754986941 (United Arab Emirates) (individual) [GLOMAG].

AL-CHAAR, Mohammad Ibrahim (a.k.a. AL-SHAAR, Mohammad Ibrahim; a.k.a. AL-SHAAR, Mohammed Ibrahim; a.k.a. AL-SHA'AR, Muhammad Ibrahim; a.k.a. AL-SHAAR, Muhammad Ibrahim); DOB 1950; POB Lattakia Province, Syria; alt. POB Al-Haffa,

Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-CHAMCHAMALI, Bilal (a.k.a. AL-SHAKHAN, Fuad Ahmad Nuri Ali; a.k.a. "KARIM, Mam"; a.k.a. "KIRKUKI, Bilal"), Iran; DOB 10 Aug 1979; POB Gadir Karam, Tuz Khurmatu, Sala Ad-Din Province, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 00060543 (Iraq) (individual) [SDGT].

ALCHEMICAL SOLUTIONS PRIVATE LIMITED (a.k.a. CHEMFORM TRADING PRIVATE LIMITED), Unit No.1406, 14th Floor, C Wing, One Bkc, Plot No. C66, G Block, Bandra Kurla Complex, Bandra East, Mumbai, Maharashtra 400051, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 23 Mar 2021; C.I.N. U24299MH2021PTC357689 (India) [IRAN-EO13846].

AL-CHERIF, Said Ben Abdelhakim Ben Omar (a.k.a. ABOU SALMAN; a.k.a. BEN ABDELHAKIM, Cherif Said; a.k.a. "DJALLAL"; a.k.a. "YOUCEF"), Corso Lodi 59, Milan, Italy; DOB 25 Jan 1970; POB Menzel Temine, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M307968 issued 08 Sep 2001 expires 07 Sep 2006; arrested 30 Sep 2002 (individual) [SDGT].

ALCHWIKI, Amer (a.k.a. AL CHWIKI, Mohamad Amer Mohamad Akram; a.k.a. ALCHWIKI, Amer Mhd; a.k.a. ALCHWIKI, Mhd Amer; a.k.a. ALCHWIKI, Mohamad Amer; a.k.a. AL-SHUWAYKI, Muhammad 'Amir Muhammad Akram; a.k.a. AL-SHWEIKI, Mohamad Amer; a.k.a. AL-SHWEIKI, Muhammad Omar; a.k.a. ALSHWIKI, Mhd Amer (Cyrillic: АЛЬШВИКИ, Мхд Амер); a.k.a. CHWIKI, Mohammad Amer; a.k.a. SHUWAYKI, Mohamad Amer; a.k.a. SHWEIKI, Mohammad Amer), 71 Linton Road, Acton, London W3 9HL, United Kingdom; Syria; DOB 04 Sep 1972; POB Damascus, Syria; nationality Syria; citizen Syria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N012430661; alt. Passport N010794545; alt. Passport

N007024509; alt. Passport N005668098 (individual) [SDGT] [IRGC] [IFSR] (Linked To: GLOBAL VISION GROUP; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

ALCHWIKI, Amer Mhd (a.k.a. AL CHWIKI, Mohamad Amer Mohamad Akram; a.k.a. ALCHWIKI, Amer; a.k.a. ALCHWIKI, Mhd Amer; a.k.a. ALCHWIKI, Mohamad Amer; a.k.a. AL-SHUWAYKI, Muhammad 'Amir Muhammad Akram; a.k.a. AL-SHWEIKI, Mohamad Amer; a.k.a. AL-SHWEIKI, Muhammad Omar; a.k.a. ALSHWIKI, Mhd Amer (Cyrillic: АЛЬШВИКИ, Мхд Амер); a.k.a. CHWIKI, Mohammad Amer; a.k.a. SHUWAYKI, Mohamad Amer; a.k.a. SHWEIKI, Mohammad Amer), 71 Linton Road, Acton, London W3 9HL, United Kingdom; Syria; DOB 04 Sep 1972; POB Damascus, Syria; nationality Syria; citizen Syria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N012430661; alt. Passport N010794545; alt. Passport N007024509; alt. Passport N005668098 (individual) [SDGT] [IRGC] [IFSR] (Linked To: GLOBAL VISION GROUP; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

ALCHWIKI, Mhd Amer (a.k.a. AL CHWIKI, Mohamad Amer Mohamad Akram; a.k.a. ALCHWIKI, Amer; a.k.a. ALCHWIKI, Amer Mhd; a.k.a. ALCHWIKI, Mohamad Amer; a.k.a. AL-SHUWAYKI, Muhammad 'Amir Muhammad Akram; a.k.a. AL-SHWEIKI, Mohamad Amer; a.k.a. AL-SHWEIKI, Muhammad Omar; a.k.a. ALSHWIKI, Mhd Amer (Cyrillic: АЛЬШВИКИ, Мхд Амер); a.k.a. CHWIKI, Mohammad Amer; a.k.a. SHUWAYKI, Mohamad Amer; a.k.a. SHWEIKI, Mohammad Amer), 71 Linton Road, Acton, London W3 9HL, United Kingdom; Syria; DOB 04 Sep 1972; POB Damascus, Syria; nationality Syria; citizen Syria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N012430661; alt. Passport N010794545; alt. Passport N007024509; alt. Passport N005668098

(individual) [SDGT] [IRGC] [IFSR] (Linked To: GLOBAL VISION GROUP; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

ALCHWIKI, Mohamad Amer (a.k.a. AL CHWIKI, Mohamad Amer Mohamad Akram; a.k.a. ALCHWIKI, Amer; a.k.a. ALCHWIKI, Amer Mhd; a.k.a. ALCHWIKI, Mhd Amer; a.k.a. AL-SHUWAYKI, Muhammad 'Amir Muhammad Akram; a.k.a. AL-SHWEIKI, Mohamad Amer; a.k.a. AL-SHWEIKI, Muhammad Omar; a.k.a. ALSHWIKI, Mhd Amer (Cyrillic: АЛЬШВИКИ, Мхд Амер); a.k.a. CHWIKI, Mohammad Amer; a.k.a. SHUWAYKI, Mohamad Amer; a.k.a. SHWEIKI, Mohammad Amer), 71 Linton Road, Acton, London W3 9HL, United Kingdom; Syria; DOB 04 Sep 1972; POB Damascus, Syria; nationality Syria; citizen Syria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N012430661; alt. Passport N010794545; alt. Passport N007024509; alt. Passport N005668098 (individual) [SDGT] [IRGC] [IFSR] (Linked To: GLOBAL VISION GROUP; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

ALCIDES MAGANA, Ramon (a.k.a. ALCIDES MAGANE, Ramon; a.k.a. ALCIDES MAYENA, Ramon; a.k.a. ALCIDEZ MAGANA, Ramon; a.k.a. GONZALEZ QUIONES, Jorge; a.k.a. MAGANA ALCIDES, Ramon; a.k.a. MAGANA, Jorge; a.k.a. MAGNA ALCIDEDES, Ramon; a.k.a. MATA, Alcides; a.k.a. RAMON MAGANA, Alcedis; a.k.a. RAMON MAGANA, Alcides; a.k.a. ROMERO, Antonio); DOB 04 Sep 1957 (individual) [SDNTK].

ALCIDES MAGANE, Ramon (a.k.a. ALCIDES MAGANA, Ramon; a.k.a. ALCIDES MAYENA, Ramon; a.k.a. ALCIDEZ MAGANA, Ramon; a.k.a. GONZALEZ QUIONES, Jorge; a.k.a. MAGANA ALCIDES, Ramon; a.k.a. MAGANA, Jorge; a.k.a. MAGNA ALCIDEDES, Ramon; a.k.a. MATA, Alcides; a.k.a. RAMON MAGANA, Alcedis; a.k.a. RAMON MAGANA, Alcides; a.k.a. ROMERO, Antonio); DOB 04 Sep 1957 (individual) [SDNTK].

ALCIDES MAYENA, Ramon (a.k.a. ALCIDES MAGANA, Ramon; a.k.a. ALCIDES MAGANE, Ramon; a.k.a. ALCIDEZ MAGANA, Ramon; a.k.a. GONZALEZ QUIONES, Jorge; a.k.a.

MAGANA ALCIDES, Ramon; a.k.a. MAGANA, Jorge; a.k.a. MAGNA ALCIDEDES, Ramon; a.k.a. MATA, Alcides; a.k.a. RAMON MAGANA, Alcedis; a.k.a. RAMON MAGANA, Alcides; a.k.a. ROMERO, Antonio); DOB 04 Sep 1957 (individual) [SDNTK].

ALCIDEZ MAGANA, Ramon (a.k.a. ALCIDES MAGANA, Ramon; a.k.a. ALCIDES MAGANE, Ramon; a.k.a. ALCIDES MAYENA, Ramon; a.k.a. GONZALEZ QUIONES, Jorge; a.k.a. MAGANA ALCIDES, Ramon; a.k.a. MAGANA, Jorge; a.k.a. MAGNA ALCIDEDES, Ramon; a.k.a. MATA, Alcides; a.k.a. RAMON MAGANA, Alcedis; a.k.a. RAMON MAGANA, Alcides; a.k.a. ROMERO, Antonio); DOB 04 Sep 1957 (individual) [SDNTK].

ALCO (a.k.a. BEIJING ALITE TECHNOLOGIES CO., LTD.; a.k.a. BEIJING HAILI LIANHE KEJI YOUXIAN GONGSI), 12A Beisanhuan Zhong Road, P.O. Box 3042, Beijing, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

ALCOCER GARCIA, Veronica del Socorro, Bogota, Colombia; DOB 26 May 1976; POB Sincelejo, Colombia; nationality Colombia; Gender Female; Cedula No. 64575315 (Colombia) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: PETRO URREGO, Gustavo Francisco).

ALCOTECH INTERNATIONAL TRADING DMCC (a.k.a. ALCOTECH IT DMCC), 2968, DMCC Business Centre, Level No 1, Jewellery & Gemplex 3, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 May 2017; Economic Register Number (CBLS) 11467659 (United Arab Emirates) [RUSSIA-EO14024].

ALCOTECH IT DMCC (a.k.a. ALCOTECH INTERNATIONAL TRADING DMCC), 2968, DMCC Business Centre, Level No 1, Jewellery & Gemplex 3, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 May 2017; Economic Register Number (CBLS) 11467659 (United Arab Emirates) [RUSSIA-EO14024].

AL-DABASKI, Salim Nur al-Din (a.k.a. AL-DABSKI, Salem Nor Eldin Amohamed; a.k.a. AL-DABSKI, Salim Nur al-Din; a.k.a. AL-DIBISKI, Nur Al-Din; a.k.a. RAGAB, Abdullah; a.k.a. RAJAB, Abdallah; a.k.a. "AL-WARD, 'Abd"; a.k.a. "AL-WARD, Abu"; a.k.a. "AL-WARUD, Abu"; a.k.a. "NAIM, Abu"); DOB circa 1963; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1990/345751 (Libya) (individual) [SDGT].

ALDABBAS, Rania (a.k.a. AL DABAS, Rania Raslan; a.k.a. AL DABBAS, Rania Raslan (Arabic: رانية رسلان الدباس); a.k.a. DABAS, Rania Raslan; a.k.a. DABBAS, Rania Raslan), Damascus, Syria; Dubai, United Arab Emirates; DOB 02 Jun 1974; POB Damascus, Syria; nationality Syria; Gender Female; Passport N003000785 (Syria) (individual) [PAARSSR-EO13894].

AL-DABSKI, Salem Nor Eldin Amohamed (a.k.a. AL-DABASKI, Salim Nur al-Din; a.k.a. AL-DABSKI, Salim Nur al-Din; a.k.a. AL-DIBISKI, Nur Al-Din; a.k.a. RAGAB, Abdullah; a.k.a. RAJAB, Abdallah; a.k.a. "AL-WARD, 'Abd"; a.k.a. "AL-WARD, Abu"; a.k.a. "AL-WARUD, Abu"; a.k.a. "NAIM, Abu"); DOB circa 1963; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1990/345751 (Libya) (individual) [SDGT].

AL-DABSKI, Salim Nur al-Din (a.k.a. AL-DABASKI, Salim Nur al-Din; a.k.a. AL-DABSKI, Salem Nor Eldin Amohamed; a.k.a. AL-DIBISKI, Nur Al-Din; a.k.a. RAGAB, Abdullah; a.k.a. RAJAB, Abdallah; a.k.a. "AL-WARD, 'Abd"; a.k.a. "AL-WARD, Abu"; a.k.a. "AL-WARUD, Abu"; a.k.a. "NAIM, Abu"); DOB circa 1963; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1990/345751 (Libya) (individual) [SDGT].

AL-DAGMA, Aschraf (a.k.a. "NOOR"), Clemens-August Strasse 10, Kolpinghaus, Beckum 59269, Germany; Leipziger Strasse 64, Altenburg 04600, Germany; DOB 28 Apr 1969; POB Abasan, Gaza Strip; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; nationality possibly Palestinian;arrested 23 Apr 2002 (individual) [SDGT].

AL-DAHRAH, Ebrahim Mohammad Ghaleb (a.k.a. AL-KUHLANI, Hasan Ahmad Hasan Muhammad; a.k.a. "ABU-SHAHID"), Iran; DOB 1982 to 1984; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 06587863 (Yemen) expires 05 Jun 2028 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-DAJ, Mahmoud Abdul-ilah (a.k.a. AL-DJ, Mahmoud (Arabic: محمد الدج); a.k.a. AL-DJ, Mahmoud Abdulilah; a.k.a. DAJ, Mahmoud Abdul-ilah; a.k.a. DAJJ, Mahmud Abdulilah), Syria; DOB 26 Jul 1983; POB Tell Rifaat, Aleppo, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-DAJANI, Leila N.S., P.O. Box 1318, Amman, Jordan (individual) [IRAQ2].

AL-DAJANI, Nadim S., P.O. Box 1318, Amman, Jordan (individual) [IRAQ2].

AL-DAJANI, Sa'ad, P.O. Box 1318, Amman, Jordan (individual) [IRAQ2].

AL-DAKHIL, 'Abd al-Rahman (a.k.a. AHMAD, Dilshad; a.k.a. AL-DAKHIL, Abdul Rehman; a.k.a. ALI, Amanat; a.k.a. ALI, Amanatullah; a.k.a. ALI, Amantullah; a.k.a. DILSHAD, Danish; a.k.a. IQBAL, Imanat Ullah), Pakistan; DOB 01 Sep 1964; alt. DOB 01 Mar 1965 to 31 Mar 1965; POB Faisalabad, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-DAKHIL, Abdul Rehman (a.k.a. AHMAD, Dilshad; a.k.a. AL-DAKHIL, 'Abd al-Rahman; a.k.a. ALI, Amanat; a.k.a. ALI, Amanatullah; a.k.a. ALI, Amantullah; a.k.a. DILSHAD, Danish; a.k.a. IQBAL, Imanat Ullah), Pakistan; DOB 01 Sep 1964; alt. DOB 01 Mar 1965 to 31 Mar 1965; POB Faisalabad, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-DAMMAMI, Hussein Ahmad 'Abdallah Ahmad Hussein (a.k.a. HUSAIN, Husain Ahmed Abdulla Ahmed), Iran; Syria; DOB 16 Nov 1989; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1442486 (Bahrain) expires 01 Nov 2017 (individual) [SDGT] (Linked To: AL-ASHTAR BRIGADES).

AL-DANA, Samer (Arabic: سامر الدانا), Damascus, Syria; DOB 01 May 1968; POB Damascus, Syria; nationality Syria; Gender Male; Passport 3463215 (Syria); Brigadier General; Commander of the 41st Brigade of the FOURTH DIVISION of the Syrian Arab Army (individual) [PAARSSR-EO13894].

ALDAR PROPERTIES, Al Jazira Street, Bin Mahmoud, Doha, Qatar; Website http://www.aldarproperties.qa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Real estate activities with

own or leased property [SDGT] (Linked To: AL-BANAI, Sulaiman).

AL-DARI AL-ZAWBAI, Harith (a.k.a. AL DARI, Hareth; a.k.a. AL-DARI, Harith; a.k.a. AL-DARI, Harith Sulayman; a.k.a. AL-DAURI, Hareth; a.k.a. AL-DHARI, Harith; a.k.a. AL-DHARI, Harith S.; a.k.a. AL-DURI, Harith; a.k.a. DARI AL-ZAWBA'I, Harith), Jordan; Akashat, Iraq; Abu Ghuraib, Iraq; Qatar; Egypt; DOB 1941; POB Baghdad, Iraq; nationality Iraq; citizen Iraq; Passport N348171 (Iraq) (individual) [IRAQ3].

AL-DARI AL-ZAWBA'I, Muthanna Harith Sulayman (a.k.a. AL DARI AL-ZAWBA', Doctor Muthanna Harith Sulayman; a.k.a. AL DARI, Dr. Muthanna; a.k.a. AL DARI, Muthana Harith; a.k.a. AL-DARI AL-ZOBAI, Muthanna Harith Sulayman; a.k.a. AL-DARI, Muthanna Harith; a.k.a. AL-DARI, Muthanna Harith Sulayman; a.k.a. AL-DHARI, Muthana Haris; a.k.a. AL-DHARI, Muthanna Hareth; a.k.a. AL-DHARI, Muthanna Harith Sulayman), Amman, Jordan; Khan Dari, Iraq; Asas Village, Abu Ghurayb, Iraq; Egypt; DOB 16 Jun 1969; nationality Iraq; citizen Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-DARI AL-ZOBAI, Muthanna Harith Sulayman (a.k.a. AL DARI AL-ZAWBA', Doctor Muthanna Harith Sulayman; a.k.a. AL DARI, Dr. Muthanna; a.k.a. AL DARI, Muthana Harith; a.k.a. AL-DARI AL-ZAWBA'I, Muthanna Harith Sulayman; a.k.a. AL-DARI, Muthanna Harith; a.k.a. AL-DARI, Muthanna Harith Sulayman; a.k.a. AL-DHARI, Muthana Haris; a.k.a. AL-DHARI, Muthanna Hareth; a.k.a. AL-DHARI, Muthanna Harith Sulayman), Amman, Jordan; Khan Dari, Iraq; Asas Village, Abu Ghurayb, Iraq; Egypt; DOB 16 Jun 1969; nationality Iraq; citizen Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-DARI, Harith (a.k.a. AL DARI, Hareth; a.k.a. AL-DARI AL-ZAWBAI, Harith; a.k.a. AL-DARI, Harith Sulayman; a.k.a. AL-DAURI, Hareth; a.k.a. AL-DHARI, Harith; a.k.a. AL-DHARI, Harith S.; a.k.a. AL-DURI, Harith; a.k.a. DARI AL-ZAWBA'I, Harith), Jordan; Akashat, Iraq; Abu Ghuraib, Iraq; Qatar; Egypt; DOB 1941; POB Baghdad, Iraq; nationality Iraq; citizen Iraq; Passport N348171 (Iraq) (individual) [IRAQ3].

AL-DARI, Harith Sulayman (a.k.a. AL DARI, Hareth; a.k.a. AL-DARI AL-ZAWBAI, Harith; a.k.a. AL-DARI, Harith; a.k.a. AL-DAURI,

Hareth; a.k.a. AL-DHARI, Harith; a.k.a. AL-DHARI, Harith S.; a.k.a. AL-DURI, Harith; a.k.a. DARI AL-ZAWBA'I, Harith), Jordan; Akashat, Iraq; Abu Ghuraib, Iraq; Qatar; Egypt; DOB 1941; POB Baghdad, Iraq; nationality Iraq; citizen Iraq; Passport N348171 (Iraq) (individual) [IRAQ3].

AL-DARI, Muthanna Harith (a.k.a. AL DARI AL-ZAWBA', Doctor Muthanna Harith Sulayman; a.k.a. AL DARI, Dr. Muthanna; a.k.a. AL-DARI AL-ZAWBA'I, Muthanna Harith Sulayman; a.k.a. AL-DARI AL-ZOBAI, Muthanna Harith Sulayman; a.k.a. AL-DARI, Muthanna Harith Sulayman; a.k.a. AL-DHARI, Muthana Haris; a.k.a. AL-DHARI, Muthanna Hareth; a.k.a. AL-DHARI, Muthanna Harith Sulayman), Amman, Jordan; Khan Dari, Iraq; Asas Village, Abu Ghurayb, Iraq; Egypt; DOB 16 Jun 1969; nationality Iraq; citizen Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-DARI, Muthanna Harith Sulayman (a.k.a. AL DARI AL-ZAWBA', Doctor Muthanna Harith Sulayman; a.k.a. AL DARI, Dr. Muthanna; a.k.a. AL DARI, Muthana Harith; a.k.a. AL-DARI AL-ZAWBA'I, Muthanna Harith Sulayman; a.k.a. AL-DARI AL-ZOBAI, Muthanna Harith Sulayman; a.k.a. AL-DARI, Muthanna Harith; a.k.a. AL-DHARI, Muthana Haris; a.k.a. AL-DHARI, Muthanna Hareth; a.k.a. AL-DHARI, Muthanna Harith Sulayman), Amman, Jordan; Khan Dari, Iraq; Asas Village, Abu Ghurayb, Iraq; Egypt; DOB 16 Jun 1969; nationality Iraq; citizen Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-DARNAVI, Hamza (a.k.a. AL-DARNAWI, Abu-Hamzah; a.k.a. AL-DARNAWI, Hamza; a.k.a. AL-DARNAWI, Hamzah; a.k.a. AL-MASLI, 'Abd al-Hamid Muhammad 'Abd al-Hamid; a.k.a. AL-MASLI, 'Abd-al-Hamid; a.k.a. DARNAVI, Hamza; a.k.a. DARNAWI, Abdullah; a.k.a. DARNAWI, Hamza; a.k.a. DARNAWI, Hamzah; a.k.a. DIRNAWI, Hamzah; a.k.a. MASLI, Hamid; a.k.a. MUSALLI, 'Abd-al-Hamid), Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1976; POB Darnah, Libya; alt. POB Danar, Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-DARNAWI, Abu-Hamzah (a.k.a. AL-DARNAVI, Hamza; a.k.a. AL-DARNAWI, Hamza; a.k.a. AL-DARNAWI, Hamzah; a.k.a.

AL-MASLI, 'Abd al-Hamid Muhammad 'Abd al-Hamid; a.k.a. AL-MASLI, 'Abd-al-Hamid; a.k.a. DARNAVI, Hamza; a.k.a. DARNAWI, Abdullah; a.k.a. DARNAWI, Hamza; a.k.a. DARNAWI, Hamzah; a.k.a. DIRNAWI, Hamzah; a.k.a. MASLI, Hamid; a.k.a. MUSALLI, 'Abd-al-Hamid), Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1976; POB Darnah, Libya; alt. POB Danar, Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-DARNAWI, Hamza (a.k.a. AL-DARNAVI, Hamza; a.k.a. AL-DARNAWI, Abu-Hamzah; a.k.a. AL-DARNAWI, Hamzah; a.k.a. AL-MASLI, 'Abd al-Hamid Muhammad 'Abd al-Hamid; a.k.a. AL-MASLI, 'Abd-al-Hamid; a.k.a. DARNAVI, Hamza; a.k.a. DARNAWI, Abdullah; a.k.a. DARNAWI, Hamza; a.k.a. DARNAWI, Hamzah; a.k.a. DIRNAWI, Hamzah; a.k.a. MASLI, Hamid; a.k.a. MUSALLI, 'Abd-al-Hamid), Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1976; POB Darnah, Libya; alt. POB Danar, Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-DARNAWI, Hamzah (a.k.a. AL-DARNAVI, Hamza; a.k.a. AL-DARNAWI, Abu-Hamzah; a.k.a. AL-DARNAWI, Hamza; a.k.a. AL-MASLI, 'Abd al-Hamid Muhammad 'Abd al-Hamid; a.k.a. AL-MASLI, 'Abd-al-Hamid; a.k.a. DARNAVI, Hamza; a.k.a. DARNAWI, Abdullah; a.k.a. DARNAWI, Hamza; a.k.a. DARNAWI, Hamzah; a.k.a. DIRNAWI, Hamzah; a.k.a. MASLI, Hamid; a.k.a. MUSALLI, 'Abd-al-Hamid), Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1976; POB Darnah, Libya; alt. POB Danar, Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-DAURI, Hareth (a.k.a. AL DARI, Hareth; a.k.a. AL-DARI AL-ZAWBAI, Harith; a.k.a. AL-DARI, Harith; a.k.a. AL-DARI, Harith Sulayman; a.k.a. AL-DHARI, Harith; a.k.a. AL-DHARI, Harith S.; a.k.a. AL-DURI, Harith; a.k.a. DARI AL-ZAWBA'I, Harith), Jordan; Akashat, Iraq; Abu Ghuraib, Iraq; Qatar; Egypt; DOB 1941; POB Baghdad, Iraq; nationality Iraq; citizen Iraq; Passport N348171 (Iraq) (individual) [IRAQ3].

AL-DAWLA, Mohammed (Arabic: محمد الدوله) (a.k.a. AL-DAWLA, Mohammed Ahmed; a.k.a.

ALDAWLA, Mohammed Yahya Ahmed Saleh), Yemen; DOB 01 Jan 1990; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 08805553 (Yemen) expires 27 Oct 2025 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-DAWLA, Mohammed Ahmed (a.k.a. AL-DAWLA, Mohammed (Arabic: محمد الدوله); a.k.a. ALDAWLA, Mohammed Yahya Ahmed Saleh), Yemen; DOB 01 Jan 1990; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 08805553 (Yemen) expires 27 Oct 2025 (individual) [SDGT] (Linked To: ANSARALLAH).

ALDAWLA, Mohammed Yahya Ahmed Saleh (a.k.a. AL-DAWLA, Mohammed (Arabic: محمد الدوله); a.k.a. AL-DAWLA, Mohammed Ahmed), Yemen; DOB 01 Jan 1990; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 08805553 (Yemen) expires 27 Oct 2025 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-DAYF, Muhammad (a.k.a. AL-MASRI, Mohammed; a.k.a. DEIF, Muhammed), Gaza, Palestinian; DOB 01 Jan 1963 to 31 Dec 1965; POB Khan Younis, Gaza; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

AL-DEEN, Saher Burhan (a.k.a. BARHAN, Dr. Sahir; a.k.a. BERHAN, Dr. Sahir; a.k.a. BURHAN, Dr. Sahir; a.k.a. BURHAN, Sahir), United Arab Emirates; Baghdad, Iraq; DOB 1967; nationality Iraq (individual) [IRAQ2].

AL-DEKER, Asef (a.k.a. AL-DIKR, Asf; a.k.a. DAKKAR, Asef), Syria; DOB 1965; POB Jableh, Beit Yashout, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-DHARI, Harith (a.k.a. AL DARI, Hareth; a.k.a. AL-DARI AL-ZAWBAI, Harith; a.k.a. AL-DARI, Harith; a.k.a. AL-DARI, Harith Sulayman; a.k.a. AL-DAURI, Hareth; a.k.a. AL-DHARI, Harith S.; a.k.a. AL-DURI, Harith; a.k.a. DARI AL-ZAWBA'I, Harith), Jordan; Akashat, Iraq; Abu Ghuraib, Iraq; Qatar; Egypt; DOB 1941; POB Baghdad, Iraq; nationality Iraq; citizen Iraq; Passport N348171 (Iraq) (individual) [IRAQ3].

AL-DHARI, Harith S. (a.k.a. AL DARI, Hareth; a.k.a. AL-DARI AL-ZAWBAI, Harith; a.k.a. AL-DARI, Harith; a.k.a. AL-DARI, Harith Sulayman; a.k.a. AL-DAURI, Hareth; a.k.a. AL-DHARI,

Harith; a.k.a. AL-DURI, Harith; a.k.a. DARI AL-ZAWBA'I, Harith), Jordan; Akashat, Iraq; Abu Ghuraib, Iraq; Qatar; Egypt; DOB 1941; POB Baghdad, Iraq; nationality Iraq; citizen Iraq; Passport N348171 (Iraq) (individual) [IRAQ3].

AL-DHARI, Muthana Haris (a.k.a. AL DARI AL-ZAWBA', Doctor Muthanna Harith Sulayman; a.k.a. AL DARI, Dr. Muthanna; a.k.a. AL DARI, Muthana Harith; a.k.a. AL-DARI AL-ZAWBA'I, Muthanna Harith Sulayman; a.k.a. AL-DARI AL-ZOBAI, Muthanna Harith Sulayman; a.k.a. AL-DARI, Muthanna Harith; a.k.a. AL-DARI, Muthanna Harith Sulayman; a.k.a. AL-DHARI, Muthanna Hareth; a.k.a. AL-DHARI, Muthanna Harith Sulayman), Amman, Jordan; Khan Dari, Iraq; Asas Village, Abu Ghurayb, Iraq; Egypt; DOB 16 Jun 1969; nationality Iraq; citizen Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-DHARI, Muthanna Hareth (a.k.a. AL DARI AL-ZAWBA', Doctor Muthanna Harith Sulayman; a.k.a. AL DARI, Dr. Muthanna; a.k.a. AL DARI, Muthana Harith; a.k.a. AL-DARI AL-ZAWBA'I, Muthanna Harith Sulayman; a.k.a. AL-DARI AL-ZOBAI, Muthanna Harith Sulayman; a.k.a. AL-DARI, Muthanna Harith; a.k.a. AL-DARI, Muthanna Harith Sulayman; a.k.a. AL-DHARI, Muthana Haris; a.k.a. AL-DHARI, Muthanna Harith Sulayman), Amman, Jordan; Khan Dari, Iraq; Asas Village, Abu Ghurayb, Iraq; Egypt; DOB 16 Jun 1969; nationality Iraq; citizen Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-DHARI, Muthanna Harith Sulayman (a.k.a. AL DARI AL-ZAWBA', Doctor Muthanna Harith Sulayman; a.k.a. AL DARI, Dr. Muthanna; a.k.a. AL DARI, Muthana Harith; a.k.a. AL-DARI AL-ZAWBA'I, Muthanna Harith Sulayman; a.k.a. AL-DARI AL-ZOBAI, Muthanna Harith Sulayman; a.k.a. AL-DARI, Muthanna Harith; a.k.a. AL-DARI, Muthanna Harith Sulayman; a.k.a. AL-DHARI, Muthana Haris; a.k.a. AL-DHARI, Muthanna Hareth), Amman, Jordan; Khan Dari, Iraq; Asas Village, Abu Ghurayb, Iraq; Egypt; DOB 16 Jun 1969; nationality Iraq; citizen Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-DHUBHANI, Adil Abduh Fari Uthman (a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-

ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

AL-DIABY, Omar (a.k.a. DIABY, Omar; a.k.a. DIABY, Oumar; a.k.a. OMSEN, Omar; a.k.a. OUMSEN, Omar), Syria; DOB 1976; POB Dakar, Senegal; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-DIB, Ahmed (Arabic: احمد الديب) (a.k.a. DEEB, Ahmad; a.k.a. DEEB, Ahmed; a.k.a. DIB, Ahmad; a.k.a. DIB, Ahmed (Arabic: احمد ديب); a.k.a. DIBE, Ahmad; a.k.a. DIBE, Ahmed (Arabic: احمد ديب)), Damascus, Syria; DOB 1961; POB Ayn Al-Tineh Village, Latakia, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-DIBISKI, Nur Al-Din (a.k.a. AL-DABASKI, Salim Nur al-Din; a.k.a. AL-DABSKI, Salem Nor Eldin Amohamed; a.k.a. AL-DABSKI, Salim Nur al-Din; a.k.a. RAGAB, Abdullah; a.k.a. RAJAB, Abdallah; a.k.a. "AL-WARD, 'Abd"; a.k.a. "AL-WARD, Abu"; a.k.a. "AL-WARUD, Abu"; a.k.a. "NAIM, Abu"); DOB circa 1963; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1990/345751 (Libya) (individual) [SDGT].

AL-DIKR, Asf (a.k.a. AL-DEKER, Asef; a.k.a. DAKKAR, Asef), Syria; DOB 1965; POB Jableh, Beit Yashout, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-DIN, Haroun Mansour Yaqoub Nasser (Arabic: هاروم منصور يعقوب ناصرالدين) (a.k.a. ALDIN, Haroun Nasser; a.k.a. KAYA, Serkan; a.k.a. NASIR-AL-DIN, Harun Mansur Ya'qub; a.k.a. NASR-AL-DIN, Harun), Istanbul, Turkey; DOB 05 Jun 1970; POB Hebron, West Bank;

nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 904273463 (Palestinian); alt. National ID No. 12216148308 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

ALDIN, Haroun Nasser (a.k.a. AL-DIN, Haroun Mansour Yaqoub Nasser (Arabic: هاروم منصور يعقوب ناصرالدين); a.k.a. KAYA, Serkan; a.k.a. NASIR-AL-DIN, Harun Mansur Ya'qub; a.k.a. NASR-AL-DIN, Harun), Istanbul, Turkey; DOB 05 Jun 1970; POB Hebron, West Bank; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 904273463 (Palestinian); alt. National ID No. 12216148308 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

AL-DJ, Mahmoud (Arabic: محمد الدج) (a.k.a. AL-DAJ, Mahmoud Abdul-ilah; a.k.a. AL-DJ, Mahmoud Abdulilah; a.k.a. DAJ, Mahmoud Abdul-ilah; a.k.a. DAJJ, Mahmud Abdullilah), Syria; DOB 26 Jul 1983; POB Tell Rifaat, Aleppo, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-DJ, Mahmoud Abdulilah (a.k.a. AL-DAJ, Mahmoud Abdul-ilah; a.k.a. AL-DJ, Mahmoud (Arabic: محمد الدج); a.k.a. DAJ, Mahmoud Abdul-ilah; a.k.a. DAJJ, Mahmud Abdulilah), Syria; DOB 26 Jul 1983; POB Tell Rifaat, Aleppo, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-DJIHAD AL-ISLAMI (a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; n.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ISLOMIY JIHOD ITTIHODI; n.k.a. ITTIHAD AL-JIHAD AL-ISLAMI; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY; a.k.a. "IJG"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ALDOLEMY, Ahmad Khalaf Shebab (a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji";

a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

AL-DULAYMI, Ahmad Khalaf Shabib (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab;

a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

AL-DULAYMI, Ahmad Shabib (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

AL-DULAYMI, Hasan Hashim Khalaf (a.k.a. "ABU WISSAM"), 30th Street, Al-Yarmuk Area, Jadat Al-Jaysh District, Damascus, Syria; House #43, Lane #17, Subdivision #808, Al-Dawrah, Baghdad, Iraq; DOB 1942; POB Baghdad, Iraq; nationality Iraq (individual) [IRAQ2].

AL-DULAYMI, Latif Nusayyif Jasim; DOB circa 1941; POB Ar-Rashidiya suburb of Baghdad, Iraq; nationality Iraq; Former Ba'th party military bureau deputy chairman (individual) [IRAQ2].

AL-DURI, Harith (a.k.a. AL DARI, Hareth; a.k.a. AL-DARI AL-ZAWBAI, Harith; a.k.a. AL-DARI, Harith; a.k.a. AL-DARI, Harith Sulayman; a.k.a. AL-DAURI, Hareth; a.k.a. AL-DHARI, Harith; a.k.a. AL-DHARI, Harith S.; a.k.a. DARI AL-

ZAWBA'I, Harith), Jordan; Akashat, Iraq; Abu Ghuraib, Iraq; Qatar; Egypt; DOB 1941; POB Baghdad, Iraq; nationality Iraq; citizen Iraq; Passport N348171 (Iraq) (individual) [IRAQ3].

AL-DURI, Izzat Ibrahim (a.k.a. "ABU AHMAD"; a.k.a. "ABU BRAYS"); DOB circa 1942; POB al-Dur, Iraq; nationality Iraq; Former deputy commander-in-chief of Iraqi military; deputy secretary, Former Ba'th party regional command; Former vice chairman, Revolutionary Command Council (individual) [IRAQ2].

AL-DURI, Jawhar Majid, Iraq; DOB circa 1942; POB Al-Dur, Iraq; nationality Iraq; wife of Izzat Ibrahim Al-Duri (individual) [IRAQ2].

AL-DURI, Thabet, Karkh District, Baghdad, Iraq; Rukan al-Din, Syria; DOB 1943; alt. DOB 1944; POB Dur, Iraq (individual) [IRAQ2].

AL-DUWAIK, Aiman Ahmad (Arabic: أمين أحمد رشاد الدويك) (a.k.a. AL DUWAIK, Aiman Ahmad R; a.k.a. AL-DUWAIK, Aiman Ahmad Rashed), Turkey; Algeria; DOB 24 Sep 1962; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

AL-DUWAIK, Aiman Ahmad Rashed (a.k.a. AL DUWAIK, Aiman Ahmad R; a.k.a. AL-DUWAIK, Aiman Ahmad (Arabic: أمين أحمد رشاد الدويك)), Turkey; Algeria; DOB 24 Sep 1962; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

ALE ALI, Mohammad Reza; POB Shemiran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0451519639 (Iran) (individual) [SDGT] [IFSR] (Linked To: ANSAR EXCHANGE).

ALEAH SHIPPING INC, Intershore Chambers, Road Town, Tortola, Virgin Islands, British; Organization Established Date 2024; Identification Number IMO 0115648 [IRAN-EO13902].

ALEIK, Kassem (a.k.a. 'ALIQ, Hajj Qasim; a.k.a. 'ALIQ, Qasem; a.k.a. ALIQ, Qasim; a.k.a. 'ULAYQ, Qasim); DOB 1956; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALEJOS CAMBARA, Gustavo (a.k.a. ALEJOS CAMBARA, Gustavo Adolfo), Guatemala; DOB 25 Oct 1966; POB Guatemala; nationality Guatemala; Gender Male; Passport 00728220K (Guatemala) expires 26 Jul 2009 (individual) [GLOMAG].

ALEJOS CAMBARA, Gustavo Adolfo (a.k.a. ALEJOS CAMBARA, Gustavo), Guatemala; DOB 25 Oct 1966; POB Guatemala; nationality Guatemala; Gender Male; Passport 00728220K (Guatemala) expires 26 Jul 2009 (individual) [GLOMAG].

ALEJOS LORENZANA, Felipe (a.k.a. ALEJOS, Felipe), Guatemala; DOB 03 Oct 1984; POB Guatemala; nationality Guatemala; Gender Male; Passport 157297144 (Guatemala) expires 09 May 2023; alt. Passport 157297148 (Guatemala) expires 20 Apr 2017 (individual) [GLOMAG].

ALEJOS, Felipe (a.k.a. ALEJOS LORENZANA, Felipe), Guatemala; DOB 03 Oct 1984; POB Guatemala; nationality Guatemala; Gender Male; Passport 157297144 (Guatemala) expires 09 May 2023; alt. Passport 157297148 (Guatemala) expires 20 Apr 2017 (individual) [GLOMAG].

ALEKHIN, Andrey Anatolyevich (Cyrillic: АЛЕХИН, Андрей Анатольевич), Russia; DOB 09 Feb 1959; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ALEKPEROV, Iussuf (a.k.a. ALEKPEROV, Yusuf Vagitovich), Russia; DOB 20 Jun 1990; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 770300105897 (Russia) (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

ALEKPEROV, Yusuf Vagitovich (a.k.a. ALEKPEROV, Iussuf), Russia; DOB 20 Jun 1990; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 770300105897 (Russia) (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

ALEKSANDROV SCIENTIFIC RESEARCH TECHNOLOGICAL INSTITUTE NITI (a.k.a. FEDERAL STATE UNITARY ENTERPRISE ALEXANDROV RESEARCH INSTITUTE OF TECHNOLOGY; a.k.a. FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE NAUCHNO ISSLEDOVATELSKII TEKHNOLOGICHESKII INSTITUT IMENI AP ALEKSANDROVA; a.k.a. FGUP NITI IM AP ALEKSANDROVA), Koporskoe Highway, House 72, Sosnovy Bor 188540, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1962; Tax ID No. 4714000067 (Russia); Registration Number 1024701759565 (Russia) [RUSSIA-EO14024].

ALEKSANDROVSKY PLANT OF SEMICONDUCTOR DEVICES (a.k.a. KRIP TEKHNO), Ul. Institutskaya D. 23A, Office 492 Floor 3, Aleksandrov 601654, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3301035524 (Russia); Registration Number 1173328012330 (Russia) [RUSSIA-EO14024].

ALEKSEENKO, Andrej Anatolevich (a.k.a. ALEKSEENKO, Andrey Anatolevich (Cyrillic: АЛЕКСЕЕНКО, Андрей Анатольевич)), 116 Sormovskaya St, Apartment 51, Krasnodar, Krasnodar Territory, Russia; DOB 23 Apr 1978; POB Novopokrovskaya neighborhood, Krasnodar Territory, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 24AG617168 (Russia) (individual) [RUSSIA-EO14024].

ALEKSEENKO, Andrey Anatolevich (Cyrillic: АЛЕКСЕЕНКО, Андрей Анатольевич) (a.k.a. ALEKSEENKO, Andrej Anatolevich), 116 Sormovskaya St, Apartment 51, Krasnodar, Krasnodar Territory, Russia; DOB 23 Apr 1978; POB Novopokrovskaya neighborhood, Krasnodar Territory, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 24AG617168 (Russia) (individual) [RUSSIA-EO14024].

ALEKSEEV, Mikhail (a.k.a. ALEKSEEV, Mikhail Yurevich (Cyrillic: АЛЕКСЕЕВ, Михаил Юрьевич); a.k.a. ALEKSEYEV, Mikhail Yurievich; a.k.a. ALEXEEV, Mikhail Yurievich; a.k.a. ALEXEYEV, Mikhail Iurievich), 4 Usievicha St. Apt. 45, H., Moscow 125319, Russia; DOB 04 Jan 1964; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 220051483 (Russia) (individual) [RUSSIA-EO14024]

(Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

ALEKSEEV, Mikhail Yurevich (Cyrillic: АЛЕКСЕЕВ, Михаил Юрьевич) (a.k.a. ALEKSEEV, Mikhail; a.k.a. ALEKSEYEV, Mikhail Yurievich; a.k.a. ALEXEEV, Mikhail Yurievich; a.k.a. ALEXEYEV, Mikhail Iurievich), 4 Usievicha St. Apt. 45, H., Moscow 125319, Russia; DOB 04 Jan 1964; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 220051483 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

ALEKSEEV, Oleg Aleksandrovich (Cyrillic: АЛЕКСЕЕВ, Олег Александрович) (a.k.a. ALEKSEYEV, Oleg Aleksandrovich), Russia; DOB 21 Dec 1967; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ALEKSEEVA, Marina (Cyrillic: АЛЕКСЕЕВА, Марина) (a.k.a. ALEKSEYEVA, Marina Mikhaylovna; a.k.a. ALESKEEVA, Marina Mikhaylovna), Moscow, Russia; DOB 15 Jun 1978; POB St. Petersburg, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 726049373 (Russia); National ID No. 4004291086 (Russia) (individual) [RUSSIA-EO14024].

ALEKSEYEV, Mikhail Yurievich (a.k.a. ALEKSEEV, Mikhail; a.k.a. ALEKSEEV, Mikhail Yurevich (Cyrillic: АЛЕКСЕЕВ, Михаил Юрьевич); a.k.a. ALEXEEV, Mikhail Yurievich; a.k.a. ALEXEYEV, Mikhail Iurievich), 4 Usievicha St. Apt. 45, H., Moscow 125319, Russia; DOB 04 Jan 1964; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 220051483 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

ALEKSEYEV, Oleg Aleksandrovich (a.k.a. ALEKSEEV, Oleg Aleksandrovich (Cyrillic: АЛЕКСЕЕВ, Олег Александрович)), Russia; DOB 21 Dec 1967; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11

of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ALEKSEYEV, Sergey Sergeyevich (a.k.a. "ALEKSEEV, Sergei"; a.k.a. "ALEKSEEV, Sergey"), Tatarstan, Russia; DOB 26 Mar 1983; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 720371125 (Russia) expires 24 Jul 2022 (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

ALEKSEYEVA, Marina Mikhaylovna (a.k.a. ALEKSEEVA, Marina (Cyrillic: АЛЕКСЕЕВА, Марина); a.k.a. ALESKEEVA, Marina Mikhaylovna), Moscow, Russia; DOB 15 Jun 1978; POB St. Petersburg, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 726049373 (Russia); National ID No. 4004291086 (Russia) (individual) [RUSSIA-EO14024].

ALEKSIN, Aliaksei (a.k.a. ALEKSIN, Aliaksey (Cyrillic: АЛЕКСІН, Аляксей); a.k.a. ALEKSIN, Aliaksey Ivanavich (Cyrillic: АЛЕКСІН, Аляксей Іванавіч); a.k.a. OLEKSIN, Aleksey; a.k.a. OLEKSIN, Alexei; a.k.a. OLEKSIN, Alexei Ivanovich (Cyrillic: ОЛЕКСИН, Алексей Иванович); a.k.a. OLEKSIN, Alexey), Lyn'kova Street, 43-51, Minsk 220124, Belarus; DOB 29 Oct 1966; nationality Belarus; Gender Male (individual) [BELARUS].

ALEKSIN, Aliaksey (Cyrillic: АЛЕКСІН, Аляксей) (a.k.a. ALEKSIN, Aliaksei; a.k.a. ALEKSIN, Aliaksey Ivanavich (Cyrillic: АЛЕКСІН, Аляксей Іванавіч); a.k.a. OLEKSIN, Aleksey; a.k.a. OLEKSIN, Alexei; a.k.a. OLEKSIN, Alexei Ivanovich (Cyrillic: ОЛЕКСИН, Алексей Иванович); a.k.a. OLEKSIN, Alexey), Lyn'kova Street, 43-51, Minsk 220124, Belarus; DOB 29 Oct 1966; nationality Belarus; Gender Male (individual) [BELARUS].

ALEKSIN, Aliaksey Ivanavich (Cyrillic: АЛЕКСІН, Аляксей Іванавіч) (a.k.a. ALEKSIN, Aliaksei; a.k.a. ALEKSIN, Aliaksey (Cyrillic: АЛЕКСІН, Аляксей); a.k.a. OLEKSIN, Aleksey; a.k.a. OLEKSIN, Alexei; a.k.a. OLEKSIN, Alexei Ivanovich (Cyrillic: ОЛЕКСИН, Алексей Иванович); a.k.a. OLEKSIN, Alexey), Lyn'kova Street, 43-51, Minsk 220124, Belarus; DOB 29 Oct 1966; nationality Belarus; Gender Male (individual) [BELARUS].

ALEKSIN, Dzmitry Aliakseevich (Cyrillic: АЛЕКСІН, Дзмітрый Аляксеевіч) (a.k.a. OLEKSIN, Dmitry Alexeevich (Cyrillic: ОЛЕКСИН, Дмитрий Алексеевич)), Belarus; DOB 25 Apr 1987; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

ALEKSIN, Vital Aliakseevich (Cyrillic: АЛЯКСІН, Віталь Аляксеевіч) (a.k.a. OLEKSIN, Vitaliy Alexeevich (Cyrillic: ОЛЕКСИН, Виталий Алексеевич)), Belarus; DOB 29 Aug 1997; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

ALEKSINA, Ina Vladimirovna (a.k.a. OLEKSINA, Inna; a.k.a. OLEKSINA, Inna Vladimirovna; a.k.a. OLEXINA, Inna Vladimirovna), Belarus; DOB 14 May 1966; nationality Russia; Gender Female; Tax ID No. 8000027-29309 (Russia) (individual) [BELARUS-EO14038].

ALEKSINSKII KHIMICHESKII KOMBINAT (a.k.a. ALEKSINSKY CHEMICAL COMBINE; a.k.a. ALEKSINSKY CHEMICAL PLANT; a.k.a. "AKHK"), pl. Pobedy D. 21, Aleksin 301361, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7111003056 (Russia); Registration Number 1027100507510 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

ALEKSINSKY CHEMICAL COMBINE (a.k.a. ALEKSINSKII KHIMICHESKII KOMBINAT; a.k.a. ALEKSINSKY CHEMICAL PLANT; a.k.a. "AKHK"), pl. Pobedy D. 21, Aleksin 301361, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7111003056 (Russia); Registration Number 1027100507510 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

ALEKSINSKY CHEMICAL PLANT (a.k.a. ALEKSINSKII KHIMICHESKII KOMBINAT; a.k.a. ALEKSINSKY CHEMICAL COMBINE; a.k.a. "AKHK"), pl. Pobedy D. 21, Aleksin 301361, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7111003056 (Russia); Registration Number 1027100507510 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

ALEKSINSKY EXPERIMENTAL MECHANICAL PLANT (a.k.a. JOINT STOCK COMPANY ALEKSINSKII OPYTNYI MEHANICHESKII

ZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АЛЕКСИНСКИЙ ОПЫТНЫЙ МЕХАНИЧЕСКИЙ ЗАВОД); a.k.a. "AO AOMZ"), ul. Metallistov, D. 10, Aleksin 301365, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7111504768 (Russia); Registration Number 1127154040122 (Russia) [RUSSIA-EO14024].

ALEL TECHNOLOGIES LLC, 778 Boylston Street, Unit 6B, Boston, MA 02199, United States; DE, United States; TX, United States; CA, United States; Tax ID No. 32071216470 (Texas) (United States); File Number 7136946 (Delaware) (United States) [VENEZUELA-EO13850].

ALEMAN MEZA, Oscar, Mexico; DOB 17 Apr 1962; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. AEMO620417HSLLZS07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ALENEZI, Mohammad H A F (a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shiryan; a.k.a. AL-ANIZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharban; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. AL-SHAMMARI, Muhammad; a.k.a. "AL-KUWAITI, Abu Hudhayfa"; a.k.a. "HUDAYTH, Abu"; a.k.a. "HUDHAYFAH, Abu"), Kuwait; DOB 26 May 1986; nationality Kuwait; citizen Kuwait; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

ALEONG, Eddie (a.k.a. MOHAMMED, Ishmael; a.k.a. MUHAMMAD, Ishmail; a.k.a. YONG, Isma'il 'Ali), Trinidad and Tobago; DOB 14 Aug 1984; nationality Trinidad and Tobago; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 19840814025 (Trinidad and Tobago); Identification Number 752536B (Trinidad and Tobago) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALEPH (a.k.a. A.I.C. COMPREHENSIVE RESEARCH INSTITUTE; a.k.a. A.I.C. SOGO KENKYUSHO; a.k.a. AUM SHINRIKYO; a.k.a.

AUM SUPREME TRUTH); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALESKEEVA, Marina Mikhaylovna (a.k.a. ALEKSEEVA, Marina (Cyrillic: АЛЕКСЕЕВА, Марина); a.k.a. ALEKSEYEVA, Marina Mikhaylovna), Moscow, Russia; DOB 15 Jun 1978; POB St. Petersburg, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 726049373 (Russia); National ID No. 4004291086 (Russia) (individual) [RUSSIA-EO14024].

ALESMAIL, Omar Abdulhameed (a.k.a. AL-KHATUNI, Umar Abdul Hamid Salim Brukan), Mersin, Turkey; DOB 15 May 1995; POB Mosul, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALESSAWI, Khamis F Ali (a.k.a. ALI, Khamees Farhan Ali; a.k.a. ALI, Khames Farhan Ali; a.k.a. AL-ISSAWI, Khamis Farhan Al-Khanjar; a.k.a. AL-KHANJAR, Khamis), Jordan; Iraq; DOB 1965; alt. DOB 08 Sep 1968; alt. DOB 08 Sep 1965; POB Fallujah, Iraq; nationality Iraq; Gender Male; Passport D1022354 (Iraq) expires 21 May 2023 (individual) [GLOMAG].

ALEX, Maiko Joseph (a.k.a. HAJI, Ali Khatib; a.k.a. HAJI, Ali Khatibu; a.k.a. HASSAN, Ali Khatib Haji; a.k.a. SHAKUR, Abdallah; a.k.a. "SHIKUBA"; a.k.a. "SHKUBA"); DOB 05 Jun 1970; alt. DOB 01 Jan 1963; alt. DOB 08 Jun 1970; POB Zanzibar, Tanzania; alt. POB Dar es Salaam, Tanzania; nationality Tanzania; citizen Tanzania; Gender Male; Passport AB269600 (Tanzania); alt. Passport AB360821 (Tanzania); alt. Passport AB564505 (Tanzania); alt. Passport A0389018 (Tanzania); alt. Passport AB179561 (Tanzania); alt. Passport A0010167 (Tanzania) (individual) [SDNTK].

ALEXANDER ELECTRIC DON (a.k.a. "AEDON"), Druzhinnikov, 5B, / Druzhinnikov 1, Voronezh 394026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3662055600 (Russia); Registration Number 1023601580045 (Russia) [RUSSIA-EO14024].

ALEXANDER ELECTRIC POWER SUPPLIES (a.k.a. "AEIEP"), Ul. Shchepkina D. 25/20, Kom. 14, Moscow 129090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7702231308 (Russia); Registration Number 1027700115574 (Russia) [RUSSIA-EO14024].

ALEXANDRE ORLOFF LTD, 71-75 Shelton Street, Covent Garden, London WC2H 9JQ, United Kingdom; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Mar 2019; Company Number 11887236 (United Kingdom) [RUSSIA-EO14024] (Linked To: ORLOFF, Alexandre).

ALEXANDROV, Aleksey Alexandrovich (a.k.a. ALEXANDROV, Alexey (Cyrillic: АЛЕКСАНДРОВ, Алексей); a.k.a. ALEXANDROV, Alexey Alexandrovich (Cyrillic: АЛЕКСАНДРОВ, Алексей Александрович); a.k.a. FROLOV, Aleksey Andreevich; a.k.a. FROLOV, Alexey (Cyrillic: ФРОЛОВ, Алексей)), Moscow, Russia; DOB 16 Jun 1981; alt. DOB 16 Jun 1980; nationality Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

ALEXANDROV, Alexey (Cyrillic: АЛЕКСАНДРОВ, Алексей) (a.k.a. ALEXANDROV, Aleksey Alexandrovich; a.k.a. ALEXANDROV, Alexey Alexandrovich (Cyrillic: АЛЕКСАНДРОВ, Алексей Александрович); a.k.a. FROLOV, Aleksey Andreevich; a.k.a. FROLOV, Alexey (Cyrillic: ФРОЛОВ, Алексей)), Moscow, Russia; DOB 16 Jun 1981; alt. DOB 16 Jun 1980; nationality Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

ALEXANDROV, Alexey Alexandrovich (Cyrillic: АЛЕКСАНДРОВ, Алексей Александрович) (a.k.a. ALEXANDROV, Aleksey Alexandrovich; a.k.a. ALEXANDROV, Alexey (Cyrillic: АЛЕКСАНДРОВ, Алексей); a.k.a. FROLOV, Aleksey Andreevich; a.k.a. FROLOV, Alexey (Cyrillic: ФРОЛОВ, Алексей)), Moscow, Russia; DOB 16 Jun 1981; alt. DOB 16 Jun 1980; nationality Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

ALEXANDROV, Vladimir Gheorghievici (a.k.a. ANTIUFEEV, Vladimir Iurievici; a.k.a. ANTIUFEYEV, Vladimir; a.k.a. ANTYUFEYEV, Vladimir; a.k.a. ANTYUFEYEV, Vladimir Yuryevich; a.k.a. SHEVTSOV, Vadim; a.k.a. SHEVTSOV, Vadim Gheorghievici; a.k.a. SHEVTSOV, Vladimir); DOB 19 Feb 1951; POB Novosibirsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ALEXEEV, Mikhail Yurievich (a.k.a. ALEKSEEV, Mikhail; a.k.a. ALEKSEEV, Mikhail Yurevich (Cyrillic: АЛЕКСЕЕВ, Михаил Юрьевич); a.k.a.

ALEKSEYEV, Mikhail Yurievich; a.k.a. ALEXEYEV, Mikhail Iurievich), 4 Usievicha St. Apt. 45, H., Moscow 125319, Russia; DOB 04 Jan 1964; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 220051483 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

ALEXEEV, Vladimir (a.k.a. ALEXEYEV, Vladimir; a.k.a. PANAIEV, Vladimir Aleksandrovich; a.k.a. PANYAEV, Vladimir (Cyrillic: ПАНЯЕВ, Владимир); a.k.a. PANYAEV, Vladimir Alexandrovich (Cyrillic: ПАНЯЕВ, Владимир Александрович)), Moscow, Russia; DOB 25 Nov 1980; POB Serdobsk, Penza Oblast, Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

ALEXEYENKO, Nikolay Nikolayevich (Cyrillic: АЛЕКСЕЕНКО, Николай Николаевич), Russia; DOB 29 Nov 1971; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ALEXEYEV, Mikhail Iurievich (a.k.a. ALEKSEEV, Mikhail; a.k.a. ALEKSEEV, Mikhail Yurevich (Cyrillic: АЛЕКСЕЕВ, Михаил Юрьевич); a.k.a. ALEKSEYEV, Mikhail Yurievich; a.k.a. ALEXEEV, Mikhail Yurievich), 4 Usievicha St. Apt. 45, H., Moscow 125319, Russia; DOB 04 Jan 1964; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 220051483 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

ALEXEYEV, Vladimir (a.k.a. ALEXEEV, Vladimir; a.k.a. PANAIEV, Vladimir Aleksandrovich; a.k.a. PANYAEV, Vladimir (Cyrillic: ПАНЯЕВ, Владимир); a.k.a. PANYAEV, Vladimir Alexandrovich (Cyrillic: ПАНЯЕВ, Владимир Александрович)), Moscow, Russia; DOB 25 Nov 1980; POB Serdobsk, Penza Oblast, Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

ALEXSEYEV, Vladimir Stepanovich; DOB 24 Apr 1961; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 100115154 (Russia); First Deputy Chief of GRU (individual) [CYBER2]

[CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

ALEXSONG PTE LTD (f.k.a. CHAMPION WAY PTE LTD), Albert Street 60 #10-40, City-Beach Road, Singapore 189969, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 199104462G (Singapore) [RUSSIA-EO14024].

ALFA CAPITAL MARKETS LTD, Elenion Building, Themistokli Dervi 5, Nicosia 1066, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Dec 2019; Registration Number C404988 (Cyprus) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALFA-BANK).

ALFA LIMITED LIABILITY COMPANY (a.k.a. "LLC ALFA"), Ul. 2-YA Alekseevskaya D. 7, Lit. A, Pomeshch. 25N, Office 2, Saint Petersburg 197375, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Feb 2022; Tax ID No. 7802921915 (Russia); Registration Number 1227800017818 (Russia) [RUSSIA-EO14024].

ALFA LOGISTICS FZCO, Office 4EA 324, Dubai Airport Free Zone, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 05136 (United Arab Emirates); Economic Register Number (CBLS) 12075023 (United Arab Emirates) [RUSSIA-EO14024].

ALFA MACHINERY GROUP (a.k.a. KOMPANIYA AMG), ul. Kuskovskaya d. 20A, pom. XIIA komn. 114, Moscow 111141, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720821959 (Russia); Registration Number 1147746889531 (Russia) [RUSSIA-EO14024].

ALFA ONE, C.A., Av. Principal, Manzana 26, Cto. Empres. Piacoa, piso 1, Ofic. 4, Zona In. Los Pinos, Puerto Ordaz, Estado Bolivar, Venezuela; RIF # J-31482089-3 (Venezuela) [SDNTK].

ALFA SPETZNAZ (a.k.a. KGB ALFA; a.k.a. KGB ALPHA (Cyrillic: КГБ АЛЬФА); a.k.a. "ALPHA GROUP"; a.k.a. "ALPHA UNIT"), Minsk, Belarus [BELARUS].

ALFA-BANK (a.k.a. AO ALFA-BANK (Cyrillic: АО АЛЬФА-БАНК); a.k.a. JOINT STOCK COMPANY ALFA-BANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АЛЬФА-БАНК); a.k.a. JSC ALFA-BANK; f.k.a. OPEN JOINT STOCK COMPANY ALFA-BANK), Kalanchevskaya Street 27, Moscow 107078,

Russia (Cyrillic: Ул. Каланчевская, Д.27, Город москва 107078, Russia); 27, Kalanchyovskaya Ul., Moscow 107078, Russia; SWIFT/BIC ALFARUMM; Website alfabank.ru; alt. Website alfabank.com; BIK (RU) 044525593; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1990; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7728168971 (Russia); Registration Number 1027700067328 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AL-FADEL EXCHANGE AND INTERNATIONAL TRANSFER COMPANY (a.k.a. AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY (Arabic: شركة الفاضل للصرافة والتحويلات المالية); a.k.a. AL-FADEL EXCHANGE PRIVATE JOINT STOCK COMPANY; a.k.a. AL-FADEL MONEY TRANSFER AND EXCHANGE PRIVATE JSC), Al-Fardous Street, Damascus, Syria; March 8th Street, Al-Sarraj Building, Ground Floor, Lattakia, Syria; Al-Express Street, Al-Farqan Quarter, Aleppo, Syria; Al-Mazza Highway, Damascus, Syria; Sayyida Zeynab, Damascus, Syria; Main Street, Jeremana, Damascus, Syria; Website https://alfadelex.com [PAARSSR-EO13894].

AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY (Arabic: شركة الفاضل للصرافة والتحويلات المالية) (a.k.a. AL-FADEL EXCHANGE AND INTERNATIONAL TRANSFER COMPANY; a.k.a. AL-FADEL EXCHANGE PRIVATE JOINT STOCK COMPANY; a.k.a. AL-FADEL MONEY TRANSFER AND EXCHANGE PRIVATE JSC), Al-Fardous Street, Damascus, Syria; March 8th

Street, Al-Sarraj Building, Ground Floor, Lattakia, Syria; Al-Express Street, Al-Farqan Quarter, Aleppo, Syria; Al-Mazza Highway, Damascus, Syria; Sayyida Zeynab, Damascus, Syria; Main Street, Jeremana, Damascus, Syria; Website https://alfadelex.com [PAARSSR-EO13894].

AL-FADEL EXCHANGE PRIVATE JOINT STOCK COMPANY (a.k.a. AL-FADEL EXCHANGE AND INTERNATIONAL TRANSFER COMPANY; a.k.a. AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY (Arabic: شركة الفاضل للصرافة والتحويلات المالية); a.k.a. AL-FADEL MONEY TRANSFER AND EXCHANGE PRIVATE JSC), Al-Fardous Street, Damascus, Syria; March 8th Street, Al-Sarraj Building, Ground Floor, Lattakia, Syria; Al-Express Street, Al-Farqan Quarter, Aleppo, Syria; Al-Mazza Highway, Damascus, Syria; Sayyida Zeynab, Damascus, Syria; Main Street, Jeremana, Damascus, Syria; Website https://alfadelex.com [PAARSSR-EO13894].

AL-FADEL MONEY TRANSFER AND EXCHANGE PRIVATE JSC (a.k.a. AL-FADEL EXCHANGE AND INTERNATIONAL TRANSFER COMPANY; a.k.a. AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY (Arabic: شركة الفاضل للصرافة والتحويلات المالية); a.k.a. AL-FADEL EXCHANGE PRIVATE JOINT STOCK COMPANY), Al-Fardous Street, Damascus, Syria; March 8th Street, Al-Sarraj Building, Ground Floor, Lattakia, Syria; Al-Express Street, Al-Farqan Quarter, Aleppo, Syria; Al-Mazza Highway, Damascus, Syria; Sayyida Zeynab, Damascus, Syria; Main Street, Jeremana, Damascus, Syria; Website https://alfadelex.com [PAARSSR-EO13894].

AL-FADHALI, 'Abdalaziz 'Ad'ai Samin Fadhli (a.k.a. AL-FADHIL, 'Abd al-Aziz Aday Zimin; a.k.a. AL-FADHL, 'Abd al-Aziz Udai Samin; a.k.a. AL-FADHLI, 'Abd al-Aziz 'Adhay Zimin; a.k.a. AL-FADHLI, 'Abd al-Aziz Udai Samin); DOB 27 Aug 1981; POB Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 281082701081 (individual) [SDGT].

AL-FADHIL, 'Abd al-Aziz Aday Zimin (a.k.a. AL-FADHALI, 'Abdalaziz 'Ad'ai Samin Fadhli; a.k.a. AL-FADHL, 'Abd al-Aziz Udai Samin; a.k.a. AL-FADHLI, 'Abd al-Aziz 'Adhay Zimin; a.k.a. AL-FADHLI, 'Abd al-Aziz Udai Samin); DOB 27 Aug 1981; POB Kuwait; Secondary sanctions risk:

section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 281082701081 (individual) [SDGT].

AL-FADHL, 'Abd al-Aziz Udai Samin (a.k.a. AL-FADHALI, 'Abdalaziz 'Ad'ai Samin Fadhli; a.k.a. AL-FADHIL, 'Abd al-Aziz Aday Zimin; a.k.a. AL-FADHLI, 'Abd al-Aziz 'Adhay Zimin; a.k.a. AL-FADHLI, 'Abd al-Aziz Udai Samin); DOB 27 Aug 1981; POB Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 281082701081 (individual) [SDGT].

AL-FADHLI, 'Abd al-Aziz 'Adhay Zimin (a.k.a. AL-FADHALI, 'Abdalaziz 'Ad'ai Samin Fadhli; a.k.a. AL-FADHIL, 'Abd al-Aziz Aday Zimin; a.k.a. AL-FADHL, 'Abd al-Aziz Udai Samin; a.k.a. AL-FADHLI, 'Abd al-Aziz Udai Samin); DOB 27 Aug 1981; POB Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 281082701081 (individual) [SDGT].

AL-FADHLI, 'Abd al-Aziz Udai Samin (a.k.a. AL-FADHALI, 'Abdalaziz 'Ad'ai Samin Fadhli; a.k.a. AL-FADHIL, 'Abd al-Aziz Aday Zimin; a.k.a. AL-FADHL, 'Abd al-Aziz Udai Samin; a.k.a. AL-FADHLI, 'Abd al-Aziz 'Adhay Zimin); DOB 27 Aug 1981; POB Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 281082701081 (individual) [SDGT].

AL-FADHLI, Muhsin (a.k.a. ABU MAJID SAMIYAH; a.k.a. AL-FADHLI, Muhsin Fadhil 'Ayyid; a.k.a. AL-FADHLI, Muhsin Fadil Ayid Ashur; a.k.a. "ABU SAMIA"), Block Four, Street 13, House # 179, Kuwait City, Al-Riqqa area, Kuwait; DOB 24 Apr 1981; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 106261543 (Kuwait) (individual) [SDGT].

AL-FADHLI, Muhsin Fadhil 'Ayyid (a.k.a. ABU MAJID SAMIYAH; a.k.a. AL-FADHLI, Muhsin; a.k.a. AL-FADHLI, Muhsin Fadil Ayid Ashur; a.k.a. "ABU SAMIA"), Block Four, Street 13, House # 179, Kuwait City, Al-Riqqa area, Kuwait; DOB 24 Apr 1981; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 106261543 (Kuwait) (individual) [SDGT].

AL-FADHLI, Muhsin Fadil Ayid Ashur (a.k.a. ABU MAJID SAMIYAH; a.k.a. AL-FADHLI, Muhsin; a.k.a. AL-FADHLI, Muhsin Fadhil 'Ayyid; a.k.a.

"ABU SAMIA"), Block Four, Street 13, House # 179, Kuwait City, Al-Riqqa area, Kuwait; DOB 24 Apr 1981; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 106261543 (Kuwait) (individual) [SDGT].

ALFA-DIRECT (a.k.a. ALFA-DIRECT SERVICE LLC; a.k.a. THE SOCIETY WITH LIMITED AUTHORITY ALFA DIRECT SERVICE), ul. Kalanchevskaya d. 27, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Jan 2000; Tax ID No. 7728308080 (Russia); Registration Number 1037728063515 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALFA-BANK).

ALFA-DIRECT SERVICE LLC (a.k.a. ALFA-DIRECT; a.k.a. THE SOCIETY WITH LIMITED AUTHORITY ALFA DIRECT SERVICE), ul. Kalanchevskaya d. 27, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Jan 2000; Tax ID No. 7728308080 (Russia); Registration Number 1037728063515 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALFA-BANK).

ALFA-FOREX LLC (a.k.a. "ALFA-FOREKS"), Ul. Mashi Poryvaevoi D. 7, Str. 1, Floor 1, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jun 2016; Tax ID No. 7708294216 (Russia); Registration Number 1167746614947 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALFA-BANK).

AL-FAGEAH, Sa'd Rashid Muhammed (a.k.a. AL FAQIH, Saad; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ad; a.k.a. AL-FAQIH, Saad; a.k.a. AL-FAQIH, Saad Rashed Mohammad; a.k.a. AL-FAQIH, Sa'd; a.k.a. "ABU UTHMAN"), London, United Kingdom; DOB 01 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT].

ALFAGIH, Saad (a.k.a. AL FAQIH, Saad; a.k.a. AL-FAGEAH, Sa'd Rashid Muhammed; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ad; a.k.a.

AL-FAQIH, Saad; a.k.a. AL-FAQIH, Saad Rashed Mohammad; a.k.a. AL-FAQIH, Sa'd; a.k.a. "ABU UTHMAN"), London, United Kingdom; DOB 01 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT].

AL-FAGIH, Saad (a.k.a. AL FAQIH, Saad; a.k.a. AL-FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ad; a.k.a. AL-FAQIH, Saad; a.k.a. AL-FAQIH, Saad Rashed Mohammad; a.k.a. AL-FAQIH, Sa'd; a.k.a. "ABU UTHMAN"), London, United Kingdom; DOB 01 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT].

AL-FAISAL, Abdullah Ibrahim (a.k.a. EL-FAISAL, Abdulla; a.k.a. FAISAL, Abdullah; a.k.a. FORREST, Trevor William), 8 Windsor Road, Spanishtown, Jamaica; DOB 09 Oct 1963; alt. DOB 10 Sep 1963; POB Jamaica; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A2791188; National ID No. 119458128 (Jamaica) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-FAKHER ADVANCED WORKS CO. LTD. (a.k.a. AL FAKHER COMPANY), Sudan; Organization Established Date 01 Jan 2015; Organization Type: Wholesale of metals and metal ores [SUDAN-EO14098].

AL-FAKIH, Saad (a.k.a. AL FAQIH, Saad; a.k.a. AL-FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ad; a.k.a. AL-FAQIH, Saad; a.k.a. AL-FAQIH, Saad Rashed Mohammad; a.k.a. AL-FAQIH, Sa'd; a.k.a. "ABU UTHMAN"), London, United Kingdom; DOB 01 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT].

AL-FALAH CHARITABLE ORGANIZATION (a.k.a. AL FALAH BENEVOLENT SOCIETY; a.k.a. AL-FALAH SOCIETY GAZA (Arabic: جمعية الفلاح)), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1999; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

AL-FALAH SOCIETY GAZA (Arabic: جمعية الفلاح) (a.k.a. AL FALAH BENEVOLENT SOCIETY; a.k.a. AL-FALAH CHARITABLE ORGANIZATION), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1999; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

ALFA-LEASING LLC (a.k.a. ALFA-LIZING; a.k.a. ALFA-LIZING OOO), ul. Bolshaya Pereyaslavskaya d. 46, k.2, of 1, Moscow 129110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Mar 1998; Tax ID No. 7728169439 (Russia); Registration Number 1027739540400 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALFA-BANK).

ALFA-LIZING (a.k.a. ALFA-LEASING LLC; a.k.a. ALFA-LIZING OOO), ul. Bolshaya Pereyaslavskaya d. 46, k.2, of 1, Moscow 129110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Mar 1998; Tax ID No. 7728169439 (Russia); Registration Number 1027739540400 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALFA-BANK).

ALFA-LIZING OOO (a.k.a. ALFA-LEASING LLC; a.k.a. ALFA-LIZING), ul. Bolshaya Pereyaslavskaya d. 46, k.2, of 1, Moscow 129110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Mar 1998; Tax ID No. 7728169439 (Russia); Registration Number 1027739540400 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALFA-BANK).

ALFALODZHIK (a.k.a. ALPHALOGIC), Ter. Portovaya Osobaya Ekonomicheskaya Zona, Pr-d Industrialnyi Zd. 12, Str. 1, Floor 2, S.p. Mirnovskoe 433405, Russia; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Tax ID No. 7328095687 (Russia); Registration Number 1177325019343 (Russia) [RUSSIA-EO14024].

AL-FAQI, Bashir Mohammed Ibrahim (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. AL-KHATAB, Abd  Al Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-FAQI, Sa'd (a.k.a. AL FAQIH, Saad; a.k.a. AL-FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQIH, Sa'ad; a.k.a. AL-FAQIH, Saad; a.k.a. AL-FAQIH, Saad Rashed Mohammad; a.k.a. AL-FAQIH, Sa'd; a.k.a. "ABU UTHMAN"), London, United Kingdom; DOB 01 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT].

ALFAQIH INTERNATIONAL COMPANY FOR TRADE, INDUSTRY, AND OIL SERVICES LTD (a.k.a. AL FAQIH INTERNATIONAL COMPANY FOR TRADE, MANUFACTURING, AND PETROLEUM SERVICES LTD.; a.k.a. AL FAQIH INTERNATIONAL TRADE, IMPORT, AND OIL SERVICES LIMITED), Al-Nasr Street, Sana'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; alt. Organization Type: Manufacture of plastics products; License 10 (Yemen) issued 2018 [SDGT] (Linked To: ANSARALLAH).

AL-FAQIH, Abd al-Rahman (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-KHATAB, Abd  Al Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya; Secondary sanctions risk:

section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-FAQIH, Saad (a.k.a. AL FAQIH, Saad; a.k.a. AL-FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ad; a.k.a. AL-FAQIH, Saad Rashed Mohammad; a.k.a. AL-FAQIH, Sa'd; a.k.a. "ABU UTHMAN"), London, United Kingdom; DOB 01 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT].

AL-FAQIH, Sa'ad (a.k.a. AL FAQIH, Saad; a.k.a. AL-FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Saad; a.k.a. AL-FAQIH, Saad Rashed Mohammad; a.k.a. AL-FAQIH, Sa'd; a.k.a. "ABU UTHMAN"), London, United Kingdom; DOB 01 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT].

AL-FAQIH, Saad Rashed Mohammad (a.k.a. AL FAQIH, Saad; a.k.a. AL-FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ad; a.k.a. AL-FAQIH, Saad; a.k.a. AL-FAQIH, Sa'd; a.k.a. "ABU UTHMAN"), London, United Kingdom; DOB 01 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT].

AL-FAQIH, Sa'd (a.k.a. AL FAQIH, Saad; a.k.a. AL-FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ad; a.k.a. AL-FAQIH, Saad; a.k.a. AL-FAQIH, Saad Rashed Mohammad; a.k.a. "ABU UTHMAN"), London, United Kingdom; DOB 01 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT].

AL-FAQIH, Wanas, Mahdia, Tunisia; DOB 1982; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-FARAN (a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. ANSAR-UL-UMMAH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. JAMIAT UL-ANSAR; a.k.a. "HUA"; a.k.a. "HUM"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ALFASTRAKHOVANIE GROUP (a.k.a. ALFASTRAKHOVANIE JSC; a.k.a. ALFASTRAKHOVANIE PLC), Likhacheva Prospekt, 15, Office 2/15, Moscow 115820, Russia; Ul. Shabolovka D. 31, Str. 5, Moscow 115162, Russia; Website www.alfastrah.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Tax ID No. 7713056834 (Russia); Legal Entity Number 253400QMD7MRJ6LTSS76 (Russia); Registration Number 1027739431730 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

ALFASTRAKHOVANIE JSC (a.k.a. ALFASTRAKHOVANIE GROUP; a.k.a. ALFASTRAKHOVANIE PLC), Likhacheva Prospekt, 15, Office 2/15, Moscow 115820, Russia; Ul. Shabolovka D. 31, Str. 5, Moscow 115162, Russia; Website www.alfastrah.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Tax ID No. 7713056834 (Russia); Legal Entity Number 253400QMD7MRJ6LTSS76 (Russia); Registration Number 1027739431730 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

ALFASTRAKHOVANIE PLC (a.k.a. ALFASTRAKHOVANIE GROUP; a.k.a. ALFASTRAKHOVANIE JSC), Likhacheva Prospekt, 15, Office 2/15, Moscow 115820, Russia; Ul. Shabolovka D. 31, Str. 5, Moscow 115162, Russia; Website www.alfastrah.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related

Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Tax ID No. 7713056834 (Russia); Legal Entity Number 253400QMD7MRJ6LTSS76 (Russia); Registration Number 1027739431730 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AL-FATHALI, Al-Mabruk (a.k.a. AL MABROOK, Muftah; a.k.a. AL-FATHALI, Al-Mabruk Muftah Muhammad; a.k.a. EL MABRUK, Muftah; a.k.a. EL MOBRUK, Maftah; a.k.a. ELMABRUK, Maftah Mohamed; a.k.a. ELMABRUK, Mustah; a.k.a. MAFTAH, Elmobruk; a.k.a. "AL HAK, Al Haj Abd"; a.k.a. "AL HAQQ, Al Hajj Abd"; a.k.a. "AL-HAQ, Haj 'Abd"; a.k.a. "AL-HAQQ, Al-Hajj 'Abd"), undetermined; DOB 01 May 1950; POB Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-FATHALI, Al-Mabruk Muftah Muhammad (a.k.a. AL MABROOK, Muftah; a.k.a. AL-FATHALI, Al-Mabruk; a.k.a. EL MABRUK, Muftah; a.k.a. EL MOBRUK, Maftah; a.k.a. ELMABRUK, Maftah Mohamed; a.k.a. ELMABRUK, Mustah; a.k.a. MAFTAH, Elmobruk; a.k.a. "AL HAK, Al Haj Abd"; a.k.a. "AL HAQQ, Al Hajj Abd"; a.k.a. "AL-HAQ, Haj 'Abd"; a.k.a. "AL-HAQQ, Al-Hajj 'Abd"), undetermined; DOB 01 May 1950; POB Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-FAUWAZ, Khaled (a.k.a. AL FAWAZ, Khalid Abdulrahman H.; a.k.a. AL FAWWAZ, Khaled; a.k.a. AL FAWWAZ, Khalid; a.k.a. AL-FAUWAZ, Khaled A.; a.k.a. AL-FAWAZ, Khalid Abd al-Rahman Hamd; a.k.a. AL-FAWWAZ, Khaled; a.k.a. AL-FAWWAZ, Khalid), 55 Hawarden Hill, Brooke Road, London NW2 7BR, United Kingdom; DOB 25 Aug 1962; alt. DOB 24 Aug 1962; POB Kuwait; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 456682 issued 06 Nov 1990 expires 13 Sep 1995 (individual) [SDGT].

AL-FAUWAZ, Khaled A. (a.k.a. AL FAWAZ, Khalid Abdulrahman H.; a.k.a. AL FAWWAZ, Khaled; a.k.a. AL FAWWAZ, Khalid; a.k.a. AL-FAUWAZ, Khaled; a.k.a. AL-FAWAZ, Khalid Abd al-Rahman Hamd; a.k.a. AL-FAWWAZ, Khaled; a.k.a. AL-FAWWAZ, Khalid), 55 Hawarden Hill, Brooke Road, London NW2 7BR, United Kingdom; DOB 25 Aug 1962; alt.

DOB 24 Aug 1962; POB Kuwait; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 456682 issued 06 Nov 1990 expires 13 Sep 1995 (individual) [SDGT].

AL-FAWAZ, Khalid Abd al-Rahman Hamd (a.k.a. AL FAWAZ, Khalid Abdulrahman H.; a.k.a. AL FAWWAZ, Khaled; a.k.a. AL FAWWAZ, Khalid; a.k.a. AL-FAUWAZ, Khaled; a.k.a. AL-FAUWAZ, Khaled A.; a.k.a. AL-FAWWAZ, Khaled; a.k.a. AL-FAWWAZ, Khalid), 55 Hawarden Hill, Brooke Road, London NW2 7BR, United Kingdom; DOB 25 Aug 1962; alt. DOB 24 Aug 1962; POB Kuwait; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 456682 issued 06 Nov 1990 expires 13 Sep 1995 (individual) [SDGT].

AL-FAWWAZ, Khaled (a.k.a. AL FAWAZ, Khalid Abdulrahman H.; a.k.a. AL FAWWAZ, Khaled; a.k.a. AL FAWWAZ, Khalid; a.k.a. AL-FAUWAZ, Khaled; a.k.a. AL-FAUWAZ, Khaled A.; a.k.a. AL-FAWAZ, Khalid Abd al-Rahman Hamd; a.k.a. AL-FAWWAZ, Khalid), 55 Hawarden Hill, Brooke Road, London NW2 7BR, United Kingdom; DOB 25 Aug 1962; alt. DOB 24 Aug 1962; POB Kuwait; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 456682 issued 06 Nov 1990 expires 13 Sep 1995 (individual) [SDGT].

AL-FAWWAZ, Khalid (a.k.a. AL FAWAZ, Khalid Abdulrahman H.; a.k.a. AL FAWWAZ, Khaled; a.k.a. AL FAWWAZ, Khalid; a.k.a. AL-FAUWAZ, Khaled; a.k.a. AL-FAUWAZ, Khaled A.; a.k.a. AL-FAWAZ, Khalid Abd al-Rahman Hamd; a.k.a. AL-FAWWAZ, Khaled), 55 Hawarden Hill, Brooke Road, London NW2 7BR, United Kingdom; DOB 25 Aug 1962; alt. DOB 24 Aug 1962; POB Kuwait; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 456682 issued 06 Nov 1990 expires 13 Sep 1995 (individual) [SDGT].

AL-FAY, Ibrahim Ali 'Awad (a.k.a. "Abu Ali al-Samarra'i"), Sakarya, Turkey; DOB 1968; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-FAY, Idris Ali Awad Khalif (a.k.a. AL-FAY, Idris 'Ali 'Awwad; a.k.a. KHALIF, Idris Ali 'Awad;

a.k.a. "Abu Sayf al-Samara'i"; a.k.a. "Mullah Idris"), Owainat Village, Owainat District, Salah Ad Din Province, Iraq; Turkey; Albu Dur, Tikrit, Salah-ad Din Province, Iraq; DOB 01 Jul 1971; POB Albu Dur, Tikrit, Salah-ad Din Province, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-FAY, Idris 'Ali 'Awwad (a.k.a. AL-FAY, Idris Ali Awad Khalif; a.k.a. KHALIF, Idris Ali 'Awad; a.k.a. "Abu Sayf al-Samara'i"; a.k.a. "Mullah Idris"), Owainat Village, Owainat District, Salah Ad Din Province, Iraq; Turkey; Albu Dur, Tikrit, Salah-ad Din Province, Iraq; DOB 01 Jul 1971; POB Albu Dur, Tikrit, Salah-ad Din Province, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALFAYYADH, Faleh (a.k.a. AL FAYYADH, Falih Faisal Fahad; a.k.a. ALFAYYADH, Falih; a.k.a. AL-FAYYADH, Falih), Iraq; DOB 27 Mar 1956; POB Iraq; nationality Iraq; Gender Male; Passport D1019262 (Iraq) expires 14 Jul 2026 (individual) [GLOMAG].

ALFAYYADH, Falih (a.k.a. AL FAYYADH, Falih Faisal Fahad; a.k.a. ALFAYYADH, Faleh; a.k.a. AL-FAYYADH, Falih), Iraq; DOB 27 Mar 1956; POB Iraq; nationality Iraq; Gender Male; Passport D1019262 (Iraq) expires 14 Jul 2026 (individual) [GLOMAG].

AL-FAYYADH, Falih (a.k.a. AL FAYYADH, Falih Faisal Fahad; a.k.a. ALFAYYADH, Faleh; a.k.a. ALFAYYADH, Falih), Iraq; DOB 27 Mar 1956; POB Iraq; nationality Iraq; Gender Male; Passport D1019262 (Iraq) expires 14 Jul 2026 (individual) [GLOMAG].

AL-FILISTINI, Abu Layth (a.k.a. ABU GHAZALA, Muhammad Hisham Muhammad Isma'il; a.k.a. ABU LAYTH, Mansur; a.k.a. ABU SUWAYWIN, 'Ali 'Abd Al-Rahman; a.k.a. ABU-GHAZALAH, Muhammad Hisham Isma'il; a.k.a. ABU-GHAZALAH, Muhammad Hisham Muhammad; a.k.a. ISMA'IL, 'Ali 'Abd Al-Rahman; a.k.a. "ABU GHAZALA"; a.k.a. "ABU GHAZALEH"); DOB 26 Dec 1962; POB Al-Zarqa, Jordan; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9621014947 (Jordan) (individual) [SDGT].

AL-FILISTINI, Abu Qatada (a.k.a. ABU UMAR, Abu Omar; a.k.a. TAKFIRI, Abu Umr; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Omar Mahmoud;

a.k.a. UTHMAN, Umar; a.k.a. "ABU ISMAIL"), London, United Kingdom; Jordan; DOB 30 Dec 1960; alt. DOB 13 Dec 1960; POB Bethlehem, West Bank, Palestinian Territories; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-FITOURI, Ahmad Oumar Imhamad (Arabic: احمد عمر امحمد الفيتوري) (a.k.a. AL DABBASHI, Ahmad Mohammed Omar Al Fituri; a.k.a. DABBASHI, Ahmed; a.k.a. "Amu"), Sabratha, Libya; DOB 05 Jul 1988; alt. DOB 07 May 1988; nationality Libya; Gender Male; Passport LY53FP76 issued 29 Sep 2015; National ID No. 119880387067 (Libya) (individual) [LIBYA3].

ALFONZO IZAGUIRRE, Indira Maira, Los Teques, Edo Miranda, Venezuela; DOB 29 Apr 1968; POB Venezuela; nationality Venezuela; Gender Female; Cedula No. V-6978710 (Venezuela); Passport 022795494 (Venezuela) expires 19 May 2014 (individual) [VENEZUELA].

AL-FORQAN AL-KHAIRYA (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT

AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-FOUZ, Samer (a.k.a. FAWAZ, Samer; a.k.a. FAWZ, Samir; a.k.a. FOUZ, Samer; a.k.a. FOZ, Samer; a.k.a. FOZ, Samer Zuhair; a.k.a. FOZ, Samir), Meadows 2, Street 3, Villa 5, Dubai, United Arab Emirates; DOB 20 May 1973; POB Latakia, Syria; nationality Syria; alt. nationality Turkey; alt. nationality Saint Kitts and Nevis; citizen Saint Kitts and Nevis; Gender Male; National ID No. 784197341865828 (Syria) (individual) [PAARSSR-EO13894].

AL-FREIJ, FAHAD JASSIM (a.k.a. AL-FREIJ, Fahd Jassem; a.k.a. AL-FURAYJ, FAHD JASIM); DOB 01 Jan 1950; POB Hama, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-FREIJ, Fahd Jassem (a.k.a. AL-FREIJ, FAHAD JASSIM; a.k.a. AL-FURAYJ, FAHD JASIM); DOB 01 Jan 1950; POB Hama, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-FURAYJ, FAHD JASIM (a.k.a. AL-FREIJ, FAHAD JASSIM; a.k.a. AL-FREIJ, Fahd Jassem); DOB 01 Jan 1950; POB Hama, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-FURQAN AL-KHARIYA (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-FURQAN CHARITABLE FOUNDATION (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN

IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-FURQAN FOUNDATION WELFARE TRUST (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber

View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-FURQAN KHARIA (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-FURQAN UL KHAIRA (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a.

AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-FURQAN WELFARE FOUNDATION (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a.

FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-GADDAFI, Ayesha (a.k.a. AL-QADHAFI, Aisha; a.k.a. ELKADDAFI, Aisha; a.k.a. EL-QADDAFI, Aisha; a.k.a. GADDAFI, Ayesha; a.k.a. GADHAFI, Aisha; a.k.a. GHADAFFI, Aisha; a.k.a. GHATHAFI, Aisha; a.k.a. GHATHAFI, Aisha Muammer; a.k.a. QADDAFI, Aisha; a.k.a. QADHAFI, Aisha; a.k.a. QADHAFI, Aisha Muammar Muhammed Abu Minyar; a.k.a. QADHAFI, Ayesha), Oman; DOB 1977; alt. DOB 1976; alt. DOB 01 Jan 1978; POB Tripoli, Libya; Gender Female; Passport 215215 (Libya); alt. Passport 428720 (Libya); alt. Passport B/011641; alt. Passport 03824970 (Oman) issued 04 May 2014 expires 03 May 2024; National ID No. 98606612 (individual) [LIBYA2].

AL-GADDAFI, Hannibal (a.k.a. AL-QADHAFI, Hannibal; a.k.a. ELKADDAFI, Hannibal; a.k.a. EL-QADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal Muammer;

a.k.a. GHADAFFI, Hannibal; a.k.a. GHATHAFI, Hannibal; a.k.a. QADDAFI, Hannibal; a.k.a. QADHAFI, Hannibal Muammar); DOB 20 Sep 1975; alt. DOB 1977; POB Tripoli, Libya; Passport B/002210 (Libya) (individual) [LIBYA2].

AL-GADDAFI, Khamis (a.k.a. AL-QADHAFI; a.k.a. AL-QADHAFI, Khamis; a.k.a. ELKADDAFI, Khamis; a.k.a. EL-QADDAFI, Khamis; a.k.a. GADDAFI, Khamis; a.k.a. GADHAFI, Khamis; a.k.a. GHADAFFI, Khamis; a.k.a. GHATHAFI, Khamis; a.k.a. QADDAFI, Khamis; a.k.a. QADHAFI, Khamis); DOB 1980 (individual) [LIBYA2].

AL-GADDAFI, Muammar (a.k.a. AL-QADHAFI, Muammar; a.k.a. AL-QADHAFI, Muammar Abu Minyar; a.k.a. ELKADDAFI, Muammar; a.k.a. EL-QADDAFI, Muammar; a.k.a. GADDAFI, Mu'ammar; a.k.a. GADDAFI, Muammar; a.k.a. GADHAFI, Muammar; a.k.a. GHADAFFI, Muammar Muhammad; a.k.a. GHATHAFI, Muammar; a.k.a. QADDAFI, Muammar; a.k.a. QADHAFI, Muammar); DOB 1942; POB Sirte, Libya (individual) [LIBYA2].

AL-GADDAFI, Muhammad (a.k.a. AL-QADHAFI, Mohammed; a.k.a. ELKADDAFI, Muhammad; a.k.a. EL-QADDAFI, Muhammad; a.k.a. GADDAFI, Muhammad; a.k.a. GADHAFFI, Mohammad Moammar; a.k.a. GADHAFI, Mohammed; a.k.a. GHATHAFI, Muhammad; a.k.a. QADDAFI, Muhammad; a.k.a. QADHAFI, Mohammed Muammar); DOB 1970; POB Tripoli, Libya (individual) [LIBYA2].

AL-GADDAFI, Mutassim (a.k.a. AL-QADHAFI, Mutassim; a.k.a. ELKADDAFI, Mutassim; a.k.a. EL-QADDAFI, Mutassim; a.k.a. GADDAFI, Mutassim; a.k.a. GADHAFI, Mutassim Billah; a.k.a. GHADAFFI, Mutassim; a.k.a. GHATHAFI, Mutassim; a.k.a. QADDAFI, Mutassim; a.k.a. QADHAFI, Mutassim); DOB 1975 (individual) [LIBYA2].

AL-GADDAFI, Saadi (a.k.a. AL-QADHAFI, Sa'adi Mu'ammar; a.k.a. ELKADDAFI, Saadi; a.k.a. EL-QADDAFI, Saadi; a.k.a. GADDAFI, Saadi; a.k.a. GADHAFI, Saadi; a.k.a. GHATHAFI, Saadi; a.k.a. QADDAFI, Saadi; a.k.a. QADHAFI, Saadi); DOB 27 May 1973; alt. DOB 25 May 1973; POB Tripoli, Libya; Passport 010433 (Libya); alt. Passport 014797 (Libya) (individual) [LIBYA2].

AL-GADDAFI, Saif Al-Arab (a.k.a. AL-QADHAFI, Saif Al-Arab; a.k.a. ELKADDAFI, Saif Al-Arab; a.k.a. EL-QADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Seif Al-Arab; a.k.a. GADHAFI, Saif Al-Arab; a.k.a.

GHATHAFI, Saif Al-Arab; a.k.a. QADDAFI, Saif Al-Arab; a.k.a. QADHAFI, Saif Al-Arab); DOB 1979; alt. DOB 1982; alt. DOB 1983; POB Tripoli, Libya (individual) [LIBYA2].

AL-GADDAFI, Saif al-Islam (a.k.a. AL-QADHAFI, Saif al-Islam; a.k.a. ELKADDAFI, Saif al-Islam; a.k.a. EL-QADDAFI, Seif al-Islam; a.k.a. GADDAFI, Saif al-Islam; a.k.a. GADHAFI, Saif al-Islam; a.k.a. GHADAFFI, Saif al-Islam; a.k.a. GHATHAFI, Saif al-Islam; a.k.a. QADDAFI, Saif al-Islam; a.k.a. QADHAFI, Saif al-Islam); DOB 25 Jun 1972; POB Tripoli, Libya (individual) [LIBYA2].

ALGAE SHIP CHARTER - FZCO (Arabic: الجاي شيب تشارتر - ش.م.ح), Dubai Digital Park, Building A1, Dubai Silicon Oasis, Dubai, United Arab Emirates; Website algaeship.com; Organization Established Date 20 Mar 2024; Identification Number IMO 6508402; Registration Number 43052 (United Arab Emirates); Economic Register Number (CBLS) 12318437 (United Arab Emirates) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

AL-GAMA'AT (a.k.a. EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA; a.k.a. GAMA'A AL-ISLAMIYYA; a.k.a. ISLAMIC GAMA'AT; a.k.a. ISLAMIC GROUP; a.k.a. "GI"; a.k.a. "IG"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-GHAFUR, Barzan Razuki abd (a.k.a. AL-TIKRITI, Barzan abd al-Ghafur Sulaiman Majid); DOB 1960; POB Salah al-Din, Iraq; nationality Iraq; commander, Special Republican Guard (individual) [IRAQ2].

AL-GHAIB, Heshmatollah Hayat (a.k.a. AL-GHAIB, Seyyed Heshmat Hayat (Arabic: سید حشمت حیات الغیب); a.k.a. AL-GHAIB, Seyyed Heshmatollah Hayat (Arabic: سیدحشمت الله حیات الغیب); a.k.a. AL-GHAYB, Sayyid Heshmat Hayat), Tehran, Iran; DOB 21 Mar 1965; POB Yazd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5289820841 (Iran); Director-General of Tehran Province Prisons (individual) [IRAN-HR].

AL-GHAIB, Seyyed Heshmat Hayat (Arabic: سید حشمت حیات الغیب) (a.k.a. AL-GHAIB, Heshmatollah Hayat; a.k.a. AL-GHAIB, Seyyed Heshmatollah Hayat (Arabic: سیدحشمت الله حیات الغیب); a.k.a. AL-GHAYB, Sayyid Heshmat Hayat), Tehran, Iran; DOB 21 Mar 1965; POB Yazd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5289820841

(Iran); Director-General of Tehran Province Prisons (individual) [IRAN-HR].

AL-GHAIB, Seyyed Heshmatollah Hayat (Arabic: سیدحشمت الله حیات الغیب) (a.k.a. AL-GHAIB, Heshmatollah Hayat; a.k.a. AL-GHAIB, Seyyed Heshmat Hayat (Arabic: سید حشمت حیات الغیب); a.k.a. AL-GHAYB, Sayyid Heshmat Hayat), Tehran, Iran; DOB 21 Mar 1965; POB Yazd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5289820841 (Iran); Director-General of Tehran Province Prisons (individual) [IRAN-HR].

AL-GHAMARI, Muhammad Abd Al-Karim (a.k.a. AL-GHAMARI, Muhammad 'Abd-al-Karim Ahmad Husayn; a.k.a. AL-GHOMMARI, Muhammad; a.k.a. GHOMMARI, Muhammad; a.k.a. "Sayyid Hashim"), Yemen; DOB 1979; alt. DOB 1984; POB Izla Dhaen, Wahha District, Hajjar Governorate, Yemen; nationality Yemen; Gender Male (individual) [YEMEN].

AL-GHAMARI, Muhammad 'Abd-al-Karim Ahmad Husayn (a.k.a. AL-GHAMARI, Muhammad Abd Al-Karim; a.k.a. AL-GHOMMARI, Muhammad; a.k.a. GHOMMARI, Muhammad; a.k.a. "Sayyid Hashim"), Yemen; DOB 1979; alt. DOB 1984; POB Izla Dhaen, Wahha District, Hajjar Governorate, Yemen; nationality Yemen; Gender Male (individual) [YEMEN].

AL-GHAMDI, Al Umairah (a.k.a. AL-GHAMDI, Othman; a.k.a. AL-GHAMDI, Uthman; a.k.a. AL-GHAMDI, Uthman Ahmad Uthman; a.k.a. AL-GHAMIDI, Uthman; a.k.a. AL-OMIRAH, Othman Ahmed Othman); DOB 27 May 1979; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1089516791 (individual) [SDGT].

AL-GHAMDI, Othman (a.k.a. AL-GHAMDI, Al Umairah; a.k.a. AL-GHAMDI, Uthman; a.k.a. AL-GHAMDI, Uthman Ahmad Uthman; a.k.a. AL-GHAMIDI, Uthman; a.k.a. AL-OMIRAH, Othman Ahmed Othman); DOB 27 May 1979; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1089516791 (individual) [SDGT].

AL-GHAMDI, Uthman (a.k.a. AL-GHAMDI, Al Umairah; a.k.a. AL-GHAMDI, Othman; a.k.a. AL-GHAMDI, Uthman Ahmad Uthman; a.k.a. AL-GHAMIDI, Uthman; a.k.a. AL-OMIRAH, Othman Ahmed Othman); DOB 27 May 1979; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1089516791 (individual) [SDGT].

AL-GHAMDI, Uthman Ahmad Uthman (a.k.a. AL-GHAMDI, Al Umairah; a.k.a. AL-GHAMDI, Othman; a.k.a. AL-GHAMDI, Uthman; a.k.a. AL-GHAMIDI, Uthman; a.k.a. AL-OMIRAH, Othman Ahmed Othman); DOB 27 May 1979; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1089516791 (individual) [SDGT].

AL-GHAMIDI, Uthman (a.k.a. AL-GHAMDI, Al Umairah; a.k.a. AL-GHAMDI, Othman; a.k.a. AL-GHAMDI, Uthman; a.k.a. AL-GHAMDI, Uthman Ahmad Uthman; a.k.a. AL-OMIRAH, Othman Ahmed Othman); DOB 27 May 1979; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1089516791 (individual) [SDGT].

AL-GHANDOUR, Abu Anas (a.k.a. AL-GHANDUR, Ahmad Naji; a.k.a. GHANDOUR, Ahmad; a.k.a. GHANDOUR, Ahmed; a.k.a. "ABU-ANAS"), Gaza, Palestinian; DOB 1967; POB Jaffa, Israel; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-GHANDUR, Ahmad Naji (a.k.a. AL-GHANDOUR, Abu Anas; a.k.a. GHANDOUR, Ahmad; a.k.a. GHANDOUR, Ahmed; a.k.a. "ABU-ANAS"), Gaza, Palestinian; DOB 1967; POB Jaffa, Israel; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-GHANIMI, Karim Ja'far Muhsin (a.k.a. AL-GHANIMI, Karim Mansur; a.k.a. AL-ZIRJAWI, Karim Jafar Hasan; a.k.a. "ABU ISLAM, Karim"); DOB 1968; alt. DOB 1969; POB al-Amarah, Iraq; citizen Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-GHANIMI, Karim Mansur (a.k.a. AL-GHANIMI, Karim Ja'far Muhsin; a.k.a. AL-ZIRJAWI, Karim Jafar Hasan; a.k.a. "ABU ISLAM, Karim"); DOB 1968; alt. DOB 1969; POB al-Amarah, Iraq; citizen Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALGHASI MEHR, Delavar (a.k.a. ALGHASIMEHR, Delavar; a.k.a. ALGHASI-MEHR, Delavar (Arabic: دلاور القاصی مهر); a.k.a.

ALQASI MEHR, Delavar), East Tehran Province, Iran; DOB 23 Aug 1974; POB Chegeni, Lorestan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M51374090 (Iran) issued 03 Nov 2024 (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

ALGHASIMEHR, Delavar (a.k.a. ALGHASI MEHR, Delavar; a.k.a. ALGHASI-MEHR, Delavar (Arabic: دلاور القاصی مهر); a.k.a. ALQASI MEHR, Delavar), East Tehran Province, Iran; DOB 23 Aug 1974; POB Chegeni, Lorestan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M51374090 (Iran) issued 03 Nov 2024 (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

ALGHASI-MEHR, Delavar (Arabic: دلاور القاصی مهر) (a.k.a. ALGHASI MEHR, Delavar; a.k.a. ALGHASIMEHR, Delavar; a.k.a. ALQASI MEHR, Delavar), East Tehran Province, Iran; DOB 23 Aug 1974; POB Chegeni, Lorestan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M51374090 (Iran) issued 03 Nov 2024 (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

AL-GHAYB, Sayyid Heshmat Hayat (a.k.a. AL-GHAIB, Heshmatollah Hayat; a.k.a. AL-GHAIB, Seyyed Heshmat Hayat (Arabic: سید حشمت حیات الغیب); a.k.a. AL-GHAIB, Seyyed Heshmatollah Hayat (Arabic: سیدحشمت الله حیات الغیب)), Tehran, Iran; DOB 21 Mar 1965; POB Yazd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5289820841 (Iran); Director-General of Tehran Province Prisons (individual) [IRAN-HR].

AL-GHAYSI, Nayif (a.k.a. AL QAISI, Naif Saleh Salem; a.k.a. AL QAYSI, Nayif Salih Salim; a.k.a. AL-QAYSI, Nayif Salih Salim), Al-Bayda Governorate, Yemen; Sana, Sana Governorate, Yemen; DOB 01 Jan 1983; POB Albaidah, Yemen; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 04796738 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-GHAZALI, Muhammad (a.k.a. AL-GHAZALI, Muhammad Abd al-Karim; a.k.a. AL-MAWARI, Abu Hisham; a.k.a. MAWARI, Abu Hisham; a.k.a. "Abu Faris"; a.k.a. "Abu Sa'id"; a.k.a. "Rashid"); DOB 1988; alt. DOB 1987; alt. DOB 1989; POB Ibb Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-GHAZALI, Muhammad Abd al-Karim (a.k.a. AL-GHAZALI, Muhammad; a.k.a. AL-MAWARI, Abu Hisham; a.k.a. MAWARI, Abu Hisham; a.k.a. "Abu Faris"; a.k.a. "Abu Sa'id"; a.k.a. "Rashid"); DOB 1988; alt. DOB 1987; alt. DOB 1989; POB Ibb Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-GHAZLANI, Muhammad Nasr al-Din, Turkey; DOB 06 Sep 1968; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL QA'IDA).

AL-GHOMMARI, Muhammad (a.k.a. AL-GHAMARI, Muhammad Abd Al-Karim; a.k.a. AL-GHAMARI, Muhammad 'Abd-al-Karim Ahmad Husayn; a.k.a. GHOMMARI, Muhammad; a.k.a. "Sayyid Hashim"), Yemen; DOB 1979; alt. DOB 1984; POB Izla Dhaen, Wahha District, Hajjar Governorate, Yemen; nationality Yemen; Gender Male (individual) [YEMEN].

AL-GHORAYFI, Muhammad (a.k.a. ADNANI, Seyed Mohammad; a.k.a. ALADNANI, Mohammad Jasim Mohammadsadeq; a.k.a. AL-ADNANI, Muhammad), Iraq; DOB 27 Jun 1987; alt. DOB 17 Sep 1987; nationality Iran; alt. nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A9792142 (Iraq); alt. Passport E96048299 (Iran); National ID No. 1742742726 (Iran) (individual) [SDGT] [IFSR] (Linked To: FADAKAR, Alireza).

AL-GHUWAYL, Khalifah (a.k.a. AL-GHWEIL, Khalifa; a.k.a. GHAWIL, Khalifa Mohamed Ahmed; a.k.a. GHWELL, Khalifa), Kaser Ahmet Street, Ras Al Sayah District, Misurata, Libya; DOB 01 Jan 1956; POB Misurata, Libya; nationality Libya; Passport A005465 (Libya) issued 12 Apr 2015 expires 11 Apr 2017; Prime Minister and Defense Minister of the National Salvation Government (individual) [LIBYA3].

AL-GHWEIL, Khalifa (a.k.a. AL-GHUWAYL, Khalifah; a.k.a. GHAWIL, Khalifa Mohamed Ahmed; a.k.a. GHWELL, Khalifa), Kaser Ahmet Street, Ras Al Sayah District, Misurata, Libya; DOB 01 Jan 1956; POB Misurata, Libya; nationality Libya; Passport A005465 (Libya) issued 12 Apr 2015 expires 11 Apr 2017; Prime Minister and Defense Minister of the National Salvation Government (individual) [LIBYA3].

AL-GIZANI, Ashraf (a.k.a. AL-KAFI, Abu 'Ubaydah; a.k.a. AL-QIZANI, Ashraf; a.k.a. GUIZANI, Achraf Ben Fathi Ben Mabrouk; a.k.a. GUIZANI, Achref Ben Fethi Ben Mabrouk), Tunisia; DOB 05 Oct 1991; POB El Gouazine, Dahmani, Governorate of Le Kef, Tunisia; nationality Tunisia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 13601334 (Tunisia) (individual) [SDGT].

ALGORITM TOCHNOSTI, Ul. Mayakovskogo D. 6A, Office 108, 109, 110, Elektrostal 144000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5053037814 (Russia); Registration Number 1145053002808 (Russia) [RUSSIA-EO14024].

ALGUADIS, Selim; DOB 27 May 1944; POB Turkey; nationality Turkey; Passport 585843 (Turkey) issued 11 Nov 1999 (individual) [NPWMD].

ALGUNADE (a.k.a. AJMAC MULTI ACTIVITIES COMPANY LTD; a.k.a. AL GUNADE; a.k.a. AL JUNAID MULTI ACTIVITIES CO LTD; a.k.a. "AL JUNAID"), Street 3, Block 17, Alryad, Khartoum, Sudan; 99 Gama Avenue, P.O. Box 913, Khartoum, Sudan; Website www.ajmac.com; Organization Established Date 2009; Organization Type: Activities of holding companies [SUDAN-EO14098].

AL-HABABI, Nayef Salam Muhammad Ujaym (a.k.a. AL-HABABI, Nayf Salam Muhammad Ujaym; a.k.a. AL-QAHTANI AL-QATARI, Farouq; a.k.a. AL-QAHTANI, Faruq; a.k.a. AL-QAHTANI, Sheikh Farooq; a.k.a. AL-QATARI, Faruq; a.k.a. AL-QATARI, Sheikh Farooq; a.k.a. FAROUK, Shaykh Imran), Afghanistan; DOB 01 Jan 1979 to 31 Dec 1981; POB Saudi Arabia; nationality Qatar; alt. nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 592667 (Qatar) issued 03 May 2007; Sheikh (individual) [SDGT] (Linked To: AL QA'IDA).

AL-HABABI, Nayf Salam Muhammad Ujaym (a.k.a. AL-HABABI, Nayef Salam Muhammad

Ujaym; a.k.a. AL-QAHTANI AL-QATARI, Farouq; a.k.a. AL-QAHTANI, Faruq; a.k.a. AL-QAHTANI, Sheikh Farooq; a.k.a. AL-QATARI, Faruq; a.k.a. AL-QATARI, Sheikh Farooq; a.k.a. FAROUK, Shaykh Imran), Afghanistan; DOB 01 Jan 1979 to 31 Dec 1981; POB Saudi Arabia; nationality Qatar; alt. nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 592667 (Qatar) issued 03 May 2007; Sheikh (individual) [SDGT] (Linked To: AL QA'IDA).

AL-HABSI, Mahmood (a.k.a. AL HABSI, Mahmood Rashid Amer; a.k.a. AL HABSI, Mahmood Rashid Amur; a.k.a. AL-HABSI, Mahmud bin Rashid), Muscat, Oman; DOB 15 Jul 1984; POB Muscat, Oman; nationality Oman; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03785555 (Oman); National ID No. 7668871 (Oman) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL-HABSI, Mahmud bin Rashid (a.k.a. AL HABSI, Mahmood Rashid Amer; a.k.a. AL HABSI, Mahmood Rashid Amur; a.k.a. AL-HABSI, Mahmood), Muscat, Oman; DOB 15 Jul 1984; POB Muscat, Oman; nationality Oman; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03785555 (Oman); National ID No. 7668871 (Oman) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL-HABU HAWALA (a.k.a. AL-HABU JEWELRY; a.k.a. AL-HABU JEWELRY AND MONEY EXCHANGE; a.k.a. AL-HABU MONEY EXCHANGE; a.k.a. AL-HEBO JEWELRY COMPANY; a.k.a. "AL-HEBO"), Gaziantep, Turkey; Raqqah, Syria; Tall Abyad Street, Raqqah, Syria; Sanliurfa, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-HABU JEWELRY (a.k.a. AL-HABU HAWALA; a.k.a. AL-HABU JEWELRY AND MONEY EXCHANGE; a.k.a. AL-HABU MONEY EXCHANGE; a.k.a. AL-HEBO JEWELRY COMPANY; a.k.a. "AL-HEBO"), Gaziantep,

Turkey; Raqqah, Syria; Tall Abyad Street, Raqqah, Syria; Sanliurfa, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-HABU JEWELRY AND MONEY EXCHANGE (a.k.a. AL-HABU HAWALA; a.k.a. AL-HABU JEWELRY; a.k.a. AL-HABU MONEY EXCHANGE; a.k.a. AL-HEBO JEWELRY COMPANY; a.k.a. "AL-HEBO"), Gaziantep, Turkey; Raqqah, Syria; Tall Abyad Street, Raqqah, Syria; Sanliurfa, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-HABU MONEY EXCHANGE (a.k.a. AL-HABU HAWALA; a.k.a. AL-HABU JEWELRY; a.k.a. AL-HABU JEWELRY AND MONEY EXCHANGE; a.k.a. AL-HEBO JEWELRY COMPANY; a.k.a. "AL-HEBO"), Gaziantep, Turkey; Raqqah, Syria; Tall Abyad Street, Raqqah, Syria; Sanliurfa, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-HABU, Muhammad (a.k.a. AL-HABU, Muhammad Abd-al-Karim; a.k.a. AL-HEBO, Muhamad Ali; a.k.a. ALHOBO, Mohamad Abdulkarim; a.k.a. HABO, Muhammed; a.k.a. HABU, Muhammad; a.k.a. HEBBO, Mohammed), Hurriyet Caddesi, Sahinbey, Gaziantep, Turkey; Syria; Lebanon; DOB 01 Oct 1980; alt. DOB 15 Mar 1983; alt. DOB 01 Jan 1980; POB Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00814L001424 (Syria); National ID No. 2020409266 (Syria); alt. National ID No. 2020316097 (Syria); alt. National ID No. 10716775 (Syria) (individual) [SDGT] (Linked To: AL-HEBO JEWELRY COMPANY).

AL-HABU, Muhammad Abd-al-Karim (a.k.a. AL-HABU, Muhammad; a.k.a. AL-HEBO, Muhamad Ali; a.k.a. ALHOBO, Mohamad Abdulkarim; a.k.a. HABO, Muhammed; a.k.a. HABU, Muhammad; a.k.a. HEBBO, Mohammed), Hurriyet Caddesi, Sahinbey, Gaziantep, Turkey; Syria; Lebanon; DOB 01 Oct 1980; alt. DOB 15 Mar 1983; alt. DOB 01 Jan 1980; POB Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886; Passport 00814L001424 (Syria); National ID No. 2020409266 (Syria); alt. National ID No. 2020316097 (Syria); alt. National ID No. 10716775 (Syria) (individual) [SDGT] (Linked To: AL-HEBO JEWELRY COMPANY).

AL-HADHA EXCHANGE COMPANY (a.k.a. AL HADHA EXCHANGE CO. (Arabic: شركة الحظاء للصرافة)), Al-Zubairi Street, Sana'a, Yemen; Al-Qasr Street, Sana'a, Yemen; Taiz Street, Sana'a, Yemen; Queen Arwa Street, Aden, Yemen; Main Street, Al-Mukalla, Yemen; Sana'a Street, Al-Hudaydah, Yemen; Jamal Street, Taiz, Yemen; Website https://alhadhagroup.com; alt. Website https://alhadha.group; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL-HADHA, Nabil Ali Ahmed (Arabic: نبيل علي أحمد الحظا) (a.k.a. AL-HAZA', Nabil), Yemen; DOB 02 Feb 1975; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 08928715 (Yemen) expires 05 Nov 2025 (individual) [SDGT] (Linked To: NABCO MONEY EXCHANGE AND REMITTANCE CO.).

AL-HADI, Ahmad Muhammad Muhammad Hasan (a.k.a. AL HADI, Ahmad), Yemen; DOB 02 Apr 1970; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-HADI, Ali (Arabic: علي الهادي) (a.k.a. AL-HADI, Ali Muhammad Muhsin Salih (Arabic: علي محمد محسن صالح الهادي)), Sanaa, Yemen; DOB 1984; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-HADI, Ali Muhammad Muhsin Salih (Arabic: علي محمد محسن صالح الهادي) (a.k.a. AL-HADI, Ali (Arabic: علي الهادي)), Sanaa, Yemen; DOB 1984; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-HADID (a.k.a. AL-FARAN; a.k.a. AL-HADITH; a.k.a. ANSAR-UL-UMMAH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. HARAKAT UL-

MUJAHIDIN; a.k.a. JAMIAT UL-ANSAR; a.k.a. "HUA"; a.k.a. "HUM"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-HADITH (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. ANSAR-UL-UMMAH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. JAMIAT UL-ANSAR; a.k.a. "HUA"; a.k.a. "HUM"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-HAIFI, Muaadh Ahmed Mohammed (a.k.a. AL-HAYFI, Mu'adh Ahmad Muhammad), Muscat, Oman; DOB 1981; POB Sanaa, Al-Amanah, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03397777 (Yemen) expires 04 Jan 2015 (individual) [SDGT] (Linked To: INTERNATIONAL SMART DIGITAL INTERFACE LIMITED LIABILITY COMPANY).

AL-HAJ, Yahya (a.k.a. AL-HAJ, Yehia Issa Mohamad; a.k.a. AL-HAJJ, Yahya); DOB 23 May 1959; POB Aramta, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 2544590 (Lebanon) issued 07 Jun 2013 expires 07 Jun 2018 (individual) [SDGT] [IRGC] [IFSR].

AL-HAJ, Yehia Issa Mohamad (a.k.a. AL-HAJ, Yahya; a.k.a. AL-HAJJ, Yahya); DOB 23 May 1959; POB Aramta, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 2544590 (Lebanon) issued 07 Jun 2013 expires 07 Jun 2018 (individual) [SDGT] [IRGC] [IFSR].

AL-HAJJ, Yahya (a.k.a. AL-HAJ, Yahya; a.k.a. AL-HAJ, Yehia Issa Mohamad); DOB 23 May 1959; POB Aramta, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 2544590 (Lebanon) issued 07 Jun 2013 expires 07 Jun 2018 (individual) [SDGT] [IRGC] [IFSR].

AL-HAKIM, Abdallah (a.k.a. AL HAKIM, Abdullah Yahya; a.k.a. AL HAKIM, Abu Ali; a.k.a. ALHAKIM, Abu Ali; a.k.a. AL-HAKIM, Abu-Ali; a.k.a. AL-MU'AYYAD, Abdallah), Dahyan, Sa'dah Governorate, Yemen; DOB 1985; alt. DOB 1984; alt. DOB 1986; POB Dahyan, Yemen; alt. POB Sa'dah Governorate, Yemen; nationality Yemen; Gender Male; Houthi Chief of Military Intelligence Staff (individual) [YEMEN].

ALHAKIM, Abu Ali (a.k.a. AL HAKIM, Abdullah Yahya; a.k.a. AL HAKIM, Abu Ali; a.k.a. AL-HAKIM, Abdallah; a.k.a. AL-HAKIM, Abu-Ali; a.k.a. AL-MU'AYYAD, Abdallah), Dahyan, Sa'dah Governorate, Yemen; DOB 1985; alt. DOB 1984; alt. DOB 1986; POB Dahyan, Yemen; alt. POB Sa'dah Governorate, Yemen; nationality Yemen; Gender Male; Houthi Chief of Military Intelligence Staff (individual) [YEMEN].

AL-HAKIM, Abu-Ali (a.k.a. AL HAKIM, Abdullah Yahya; a.k.a. AL HAKIM, Abu Ali; a.k.a. AL-HAKIM, Abdallah; a.k.a. ALHAKIM, Abu Ali; a.k.a. AL-MU'AYYAD, Abdallah), Dahyan, Sa'dah Governorate, Yemen; DOB 1985; alt. DOB 1984; alt. DOB 1986; POB Dahyan, Yemen; alt. POB Sa'dah Governorate, Yemen; nationality Yemen; Gender Male; Houthi Chief of Military Intelligence Staff (individual) [YEMEN].

AL-HAKIM, Boubakeur (a.k.a. Abu-Muqatil al-Tunisi; a.k.a. ALI HAKIM, Boubaker Ben Habib Ben; a.k.a. EL HAKIM, Boubaker; a.k.a. EL-HAKIM, Boubakeur; a.k.a. "Abou al Mouqatel"; a.k.a. "Abou Mouqatel"), Syria; DOB 01 Aug 1983; POB Paris, France; citizen Tunisia; alt. citizen France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport W752198; Identification Number 09036271 (individual) [SDGT].

AL-HALABI, Abdallah (a.k.a. ABU-AL-KHAYR, Muhammad Abdallah Hasan; a.k.a. ABU-AL-KHAYR, Muhammad Bin-'Abdullah Bin-Hamd; a.k.a. ABUL-KHAIR, Mohammed Abdullah Hassan; a.k.a. AL-HALABI, Abdallah; a.k.a. AL-HALABI, Abu 'Abdallah; a.k.a. AL-JADDAWI, Muhannad; a.k.a. AL-MADANI, 'Abdallah al-Halabi; a.k.a. AL-MADANI, Abu Abdallah; a.k.a. AL-MAKKI, Abdallah; a.k.a. EL HALABI, Abdallah); DOB 19 Jun 1975; alt. DOB 18 Jun 1975; POB Al-Madinah al-Munawwarah, (Medina) Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport

A741097 (Saudi Arabia) issued 14 Nov 1995 expires 19 Sep 2000; National ID No. 1006010555 (Saudi Arabia) (individual) [SDGT].

AL-HALABI, Abdullah (a.k.a. ABU-AL-KHAYR, Muhammad Abdallah Hasan; a.k.a. ABU-AL-KHAYR, Muhammad Bin-'Abdullah Bin-Hamd; a.k.a. ABUL-KHAIR, Mohammed Abdullah Hassan; a.k.a. AL-HALABI, Abdallah; a.k.a. AL-HALABI, Abu 'Abdallah; a.k.a. AL-JADDAWI, Muhannad; a.k.a. AL-MADANI, 'Abdallah al-Halabi; a.k.a. AL-MADANI, Abu Abdallah; a.k.a. AL-MAKKI, Abdallah; a.k.a. EL HALABI, Abdallah); DOB 19 Jun 1975; alt. DOB 18 Jun 1975; POB Al-Madinah al-Munawwarah, (Medina) Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A741097 (Saudi Arabia) issued 14 Nov 1995 expires 19 Sep 2000; National ID No. 1006010555 (Saudi Arabia) (individual) [SDGT].

AL-HALABI, Abu 'Abdallah (a.k.a. ABU-AL-KHAYR, Muhammad Abdallah Hasan; a.k.a. ABU-AL-KHAYR, Muhammad Bin-'Abdullah Bin-Hamd; a.k.a. ABUL-KHAIR, Mohammed Abdullah Hassan; a.k.a. AL-HALABI, Abdallah; a.k.a. AL-HALABI, Abdullah; a.k.a. AL-JADDAWI, Muhannad; a.k.a. AL-MADANI, 'Abdallah al-Halabi; a.k.a. AL-MADANI, Abu Abdallah; a.k.a. AL-MAKKI, Abdallah; a.k.a. EL HALABI, Abdallah); DOB 19 Jun 1975; alt. DOB 18 Jun 1975; POB Al-Madinah al-Munawwarah, (Medina) Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A741097 (Saudi Arabia) issued 14 Nov 1995 expires 19 Sep 2000; National ID No. 1006010555 (Saudi Arabia) (individual) [SDGT].

AL-HALQI, Wael Nader; DOB 1964; POB Daraa, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-HAMAD BRIGADE (a.k.a. AL-NUJABA TV; a.k.a. AMMAR IBN YASIR BRIGADE; a.k.a. GOLAN LIBERATION BRIGADE; a.k.a. HARAKAT AL-NUJABA (Arabic: حركة النجباء); a.k.a. HARAKAT HEZBOLLAH AL-NUJABA; a.k.a. IMAM AL-HASAN AL-MUJTABA BRIGADE; a.k.a. MOVEMENT OF THE NOBLE ONES HEZBOLLAH; a.k.a. THE MOVEMENT OF THE NOBLE ONES), Iraq; Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2013; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

ALHAMAD, Hashem Mohssein Idroos (a.k.a. AL HAMID, Hashim; a.k.a. AL-AIDAROOS, Hashim Mohsen; a.k.a. ALHAMED, Hossin Mohsen; a.k.a. ALHAMID, Hashim; a.k.a. AL-HAMID, Hashim Muhsin Aydarus; a.k.a. AL-HAMID, Mohsan; a.k.a. AL-HAMSHI, Hashim al-Hamid; a.k.a. ALHMAID, Housin Mohsein; a.k.a. IDAROOS, Hashim Mohsen; a.k.a. "ABU TAHIR"), Al Ghaydah, al-Mahrah Governorate, Yemen; Shabwah Governorate, Yemen; Mansoura, Aden, Yemen; Mukalla, Hadramawt Governorate, Yemen; Abyan Governorate, Yemen; Marib Governorate, Yemen; DOB 12 Dec 1985; POB Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 16010003042 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-HAMADAT, General Maki (a.k.a. HAMUDAT, General Maki Mustafa; a.k.a. HAMUDAT, Maki; a.k.a. HMODAT, Mackie; a.k.a. MUSTAFA, Macki Hamoudat), Mosul, Iraq; DOB circa 1934; nationality Iraq (individual) [IRAQ2].

AL-HAMADAWI, Aogad Mohsin Faraj (a.k.a. AL-HAMIDAWI, Awqad Muhsin Faraj), Baghdad, Iraq; DOB 03 Feb 1982; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A10361950 (Iraq); alt. Passport A13384189 (Iraq) expires 26 May 2026; National ID No. AG2915616 (Iraq) expires 29 Jan 2028 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

AL-HAMATI SWEETS BAKERIES, Al-Mukallah, Hadhramawt Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HAMATI, Muhammad (a.k.a. AL-AHDAL, Mohamed Mohamed Abdullah; a.k.a. AL-AHDAL, Mohammad Hamdi Mohammad Sadiq (Arabic: محمد حمدي محمد صادق الأهدل); a.k.a. AL-AHDAL, Muhammad Muhummad Abdullah; a.k.a. "AL-MAKKI, Abu Asim"), Jamal street, Al-Dahima alley, Al-Hudaydah, Yemen; DOB 19 Nov 1971; POB Medina, Saudi Arabia; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 541939 (Yemen) issued 31 Jul 2000; National ID No. 216040 (Yemen) (individual) [SDGT].

AL-HAMAYQANI, 'Abd al-Wahab (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

ALHAMED, Hossin Mohsen (a.k.a. AL HAMID, Hashim; a.k.a. AL-AIDAROOS, Hashim Mohsen; a.k.a. ALHAMAD, Hashem Mohssein Idroos; a.k.a. ALHAMID, Hashim; a.k.a. AL-HAMID, Hashim Muhsin Aydarus; a.k.a. AL-HAMID, Mohsan; a.k.a. AL-HAMSHI, Hashim al-Hamid; a.k.a. ALHMAID, Housin Mohsein; a.k.a. IDAROOS, Hashim Mohsen; a.k.a. "ABU TAHIR"), Al Ghaydah, al-Mahrah Governorate, Yemen; Shabwah Governorate, Yemen; Mansoura, Aden, Yemen; Mukalla, Hadramawt Governorate, Yemen; Abyan Governorate, Yemen; Marib Governorate, Yemen; DOB 12 Dec 1985; POB Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 16010003042 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

ALHAMID, Hashim (a.k.a. AL HAMID, Hashim; a.k.a. AL-AIDAROOS, Hashim Mohsen; a.k.a. ALHAMAD, Hashem Mohssein Idroos; a.k.a. ALHAMED, Hossin Mohsen; a.k.a. AL-HAMID, Hashim Muhsin Aydarus; a.k.a. AL-HAMID, Mohsan; a.k.a. AL-HAMSHI, Hashim al-Hamid; a.k.a. ALHMAID, Housin Mohsein; a.k.a. IDAROOS, Hashim Mohsen; a.k.a. "ABU TAHIR"), Al Ghaydah, al-Mahrah Governorate, Yemen; Shabwah Governorate, Yemen; Mansoura, Aden, Yemen; Mukalla, Hadramawt Governorate, Yemen; Abyan Governorate, Yemen; Marib Governorate, Yemen; DOB 12 Dec 1985; POB Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 16010003042 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-HAMID, Hashim Muhsin Aydarus (a.k.a. AL HAMID, Hashim; a.k.a. AL-AIDAROOS, Hashim Mohsen; a.k.a. ALHAMAD, Hashem Mohssein Idroos; a.k.a. ALHAMED, Hossin Mohsen; a.k.a. ALHAMID, Hashim; a.k.a. AL-HAMID, Mohsan; a.k.a. AL-HAMSHI, Hashim al-Hamid; a.k.a. ALHMAID, Housin Mohsein; a.k.a. IDAROOS, Hashim Mohsen; a.k.a. "ABU TAHIR"), Al Ghaydah, al-Mahrah Governorate, Yemen; Shabwah Governorate, Yemen; Mansoura, Aden, Yemen; Mukalla, Hadramawt Governorate, Yemen; Abyan Governorate, Yemen; Marib Governorate, Yemen; DOB 12 Dec 1985; POB Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 16010003042 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-HAMID, Mohsan (a.k.a. AL HAMID, Hashim; a.k.a. AL-AIDAROOS, Hashim Mohsen; a.k.a. ALHAMAD, Hashem Mohssein Idroos; a.k.a. ALHAMED, Hossin Mohsen; a.k.a. ALHAMID, Hashim; a.k.a. AL-HAMID, Hashim Muhsin Aydarus; a.k.a. AL-HAMSHI, Hashim al-Hamid; a.k.a. ALHMAID, Housin Mohsein; a.k.a. IDAROOS, Hashim Mohsen; a.k.a. "ABU TAHIR"), Al Ghaydah, al-Mahrah Governorate, Yemen; Shabwah Governorate, Yemen; Mansoura, Aden, Yemen; Mukalla, Hadramawt Governorate, Yemen; Abyan Governorate, Yemen; Marib Governorate, Yemen; DOB 12 Dec 1985; POB Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 16010003042 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-HAMIDAWI, Ahmad (a.k.a. AL-HAMIDAWI, Ahmad Muhsin Faraj; a.k.a. AL-SAEDI, Ahmed Kadhim Raheem; a.k.a. AL-SA'IDI, Ahmad Kazim Rahim; a.k.a. "HUSAYN, Abu"), Baghdad, Iraq; DOB 25 Mar 1974; POB Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-HAMIDAWI, Ahmad Muhsin Faraj (a.k.a. AL-HAMIDAWI, Ahmad; a.k.a. AL-SAEDI, Ahmed Kadhim Raheem; a.k.a. AL-SA'IDI, Ahmad Kazim Rahim; a.k.a. "HUSAYN, Abu"), Baghdad, Iraq; DOB 25 Mar 1974; POB Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-HAMIDAWI, Awqad Muhsin Faraj (a.k.a. AL-HAMADAWI, Aogad Mohsin Faraj), Baghdad, Iraq; DOB 03 Feb 1982; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Passport A10361950 (Iraq); alt. Passport A13384189 (Iraq) expires 26 May 2026; National ID No. AG2915616 (Iraq) expires 29 Jan 2028 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

AL-HAMIDAWI, Riyad Yunis Jasim (a.k.a. "TAQI, Abu"; a.k.a. "TUQA, Abu"); DOB 16 Jan 1974; POB Baghdad, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G1751672 expires 08 Feb 2016 (individual) [SDGT].

AL-HAMIDAWI, Shaykh 'Adnan (a.k.a. AL HAMEEDAWI, Adnan Younus Jasim; a.k.a. "ABU-'AMMAR"), Iraq; DOB 20 Nov 1976; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

AL-HAMIQANI, 'Abd al-Wahab (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HAMIQANI, 'Abd al-Wahab al-Qawi (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd

al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03902409

(Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HAMMADI TRADING, SHIPPING, AND CLEARANCE CO., LTD. (a.k.a. AL-NASR COMPANY FOR GENERAL TRADING; a.k.a. NASR AL-HAMMADI SHIPPING AND CUSTOMS CLEARANCE AND PUBLIC TRADE COMPANY; a.k.a. "NIMEX"), Yiwu Logistics Center, 4th Floor, 498 Chemical Road, Yiwu, Zhejiang, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2019 [SDGT] (Linked To: ANSARALLAH).

AL-HAMMADI, Hamid Yusif (a.k.a. HAMADI, Hamed Yussef), Iraq; Former Minister of Culture and Information (individual) [IRAQ2].

AL-HAMMADI, Nasr Hussein (a.k.a. ALHAMMADI, Nasr Hussein Shamsan), Yiwu, China; Sana'a, Yemen; DOB 02 Jan 1997; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886; Passport 06115272 (Yemen) expires 29 May 2022; alt. Passport 13956720 (Yemen) expires 20 May 2030 (individual) [SDGT] (Linked To: ANSARALLAH).

ALHAMMADI, Nasr Hussein Shamsan (a.k.a. AL-HAMMADI, Nasr Hussein), Yiwu, China; Sana'a, Yemen; DOB 02 Jan 1997; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 06115272 (Yemen) expires 29 May 2022; alt. Passport 13956720 (Yemen) expires 20 May 2030 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-HAMSHI, Hashim al-Hamid (a.k.a. AL HAMID, Hashim; a.k.a. AL-AIDAROOS, Hashim Mohsen; a.k.a. ALHAMAD, Hashem Mohssein Idroos; a.k.a. ALHAMED, Hossin Mohsen; a.k.a. ALHAMID, Hashim; a.k.a. AL-HAMID, Hashim Muhsin Aydarus; a.k.a. AL-HAMID, Mohsan; a.k.a. ALHMAID, Housin Mohsein; a.k.a. IDAROOS, Hashim Mohsen; a.k.a. "ABU TAHIR"), Al Ghaydah, al-Mahrah Governorate, Yemen; Shabwah Governorate, Yemen; Mansoura, Aden, Yemen; Mukalla, Hadramawt Governorate, Yemen; Abyan Governorate, Yemen; Marib Governorate, Yemen; DOB 12 Dec 1985; POB Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 16010003042 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-HAMZA DIVISION (a.k.a. AL-HAMZAT DIVISION; a.k.a. FERQAT AL-HAMZA; a.k.a. FIRQA AL-HAMZA; a.k.a. HAMZA BRIGADE; a.k.a. HAMZA DIVISION (Arabic: فرقة الحمزة); a.k.a. HAMZA DIVISION SPECIAL FORCES; a.k.a. HAMZA TUMENI OZEL KUVVETLER; a.k.a. HAMZAT DIVISION), Al-Bab District, Aleppo Governorate, Syria; Afrin District, Aleppo Governorate, Syria [PAARSSR-EO13894].

AL-HAMZAT DIVISION (a.k.a. AL-HAMZA DIVISION; a.k.a. FERQAT AL-HAMZA; a.k.a. FIRQA AL-HAMZA; a.k.a. HAMZA BRIGADE; a.k.a. HAMZA DIVISION (Arabic: فرقة الحمزة); a.k.a. HAMZA DIVISION SPECIAL FORCES; a.k.a. HAMZA TUMENI OZEL KUVVETLER; a.k.a. HAMZAT DIVISION), Al-Bab District, Aleppo Governorate, Syria; Afrin District, Aleppo Governorate, Syria [PAARSSR-EO13894].

AL-HAMZI, Ahmad (Arabic: أحمد الحمزي) (a.k.a. AL-HAMZI, Ahmad 'Ali; a.k.a. AL-HAMZI, Ahmad 'Ali Ahsan; a.k.a. AL-HAMZI, Ahmed Ali; a.k.a. "AL-HAMZI, Muti'"), Yemen; DOB 1985; POB Sanaa al-Hamzat, Yemen; nationality Yemen; Gender Male; Commander of the Houthi Air Force (individual) [YEMEN].

AL-HAMZI, Ahmad 'Ali (a.k.a. AL-HAMZI, Ahmad (Arabic: أحمد الحمزي); a.k.a. AL-HAMZI, Ahmad 'Ali Ahsan; a.k.a. AL-HAMZI, Ahmed Ali; a.k.a. "AL-HAMZI, Muti'"), Yemen; DOB 1985; POB Sanaa al-Hamzat, Yemen; nationality Yemen; Gender Male; Commander of the Houthi Air Force (individual) [YEMEN].

AL-HAMZI, Ahmad 'Ali Ahsan (a.k.a. AL-HAMZI, Ahmad (Arabic: أحمد الحمزي); a.k.a. AL-HAMZI, Ahmad 'Ali; a.k.a. AL-HAMZI, Ahmed Ali; a.k.a. "AL-HAMZI, Muti'"), Yemen; DOB 1985; POB Sanaa al-Hamzat, Yemen; nationality Yemen; Gender Male; Commander of the Houthi Air Force (individual) [YEMEN].

AL-HAMZI, Ahmed Ali (a.k.a. AL-HAMZI, Ahmad (Arabic: أحمد الحمزي); a.k.a. AL-HAMZI, Ahmad 'Ali; a.k.a. AL-HAMZI, Ahmad 'Ali Ahsan; a.k.a. "AL-HAMZI, Muti'"), Yemen; DOB 1985; POB Sanaa al-Hamzat, Yemen; nationality Yemen; Gender Male; Commander of the Houthi Air Force (individual) [YEMEN].

AL-HAQ, Amin (a.k.a. AH HAQ, Dr. Amin; a.k.a. AMIN, Muhammad; a.k.a. UL-HAQ, Dr. Amin); DOB 1960; POB Nangahar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-HARAKAT AL-ISLAMIYAH LIL-ISLAH (a.k.a. AL-ISLAH; a.k.a. ISLAMIC MOVEMENT FOR REFORM; a.k.a. MOVEMENT FOR ISLAMIC REFORM IN ARABIA; a.k.a. MOVEMENT FOR REFORM IN ARABIA; a.k.a. "MIRA"), BM Box: MIRA, London WC1N 3XX, United Kingdom; 21 Blackstone Road, London NW2 6DA, United Kingdom; Safiee Suite, EBC House, Townsend Lane, London NW9 8LL, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; UK Company Number 03834450 (United Kingdom) [SDGT].

AL-HARAM COMPANY FOR MONEY TRANSFER (a.k.a. AL HARAM COMMERCIAL COMPANY; a.k.a. AL HARAM FOREIGN EXCHANGE CO. LTD; a.k.a. AL HARAM TRANSFER CO.; a.k.a. AL-HARAM EXCHANGE COMPANY; a.k.a. ALHARAM FOR EXCHANGE LTD; a.k.a. AL-HARM TRADING COMPANY; a.k.a. ARABISC HARAM; a.k.a. HARAM TRADING COMPANY; a.k.a. SHARIKAT AL-HARAM LIL-HIWALAT AL-MALIYYAH; a.k.a. TRADING AL-HARM COMPANY), Istanbul, Turkey; Mersin, Turkey; Gaziantep, Turkey; Antakya, Turkey; Reyhanli, Turkey; Iskenderun, Turkey; Belen, Turkey; Surmez, Turkey; Kirikhan, Turkey; Bursa, Turkey; Islahiye, Turkey; Alanya, Turkey; Urfa, Turkey; Antalya, Turkey; Narlica, Turkey; Ankara, Turkey; Izmir, Turkey; Konya, Turkey; Kayseri, Turkey; Turkey; Lebanon; Jordan; Sudan; Palestinian; Website www.arabisc-haram.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-HARAM EXCHANGE COMPANY (a.k.a. AL HARAM COMMERCIAL COMPANY; a.k.a. AL HARAM FOREIGN EXCHANGE CO. LTD; a.k.a. AL HARAM TRANSFER CO.; a.k.a. AL-HARAM COMPANY FOR MONEY TRANSFER; a.k.a. ALHARAM FOR EXCHANGE LTD; a.k.a. AL-HARM TRADING COMPANY; a.k.a. ARABISC HARAM; a.k.a. HARAM TRADING COMPANY; a.k.a. SHARIKAT AL-HARAM LIL-HIWALAT AL-MALIYYAH; a.k.a. TRADING AL-HARM COMPANY), Istanbul, Turkey; Mersin, Turkey; Gaziantep, Turkey; Antakya, Turkey; Reyhanli, Turkey; Iskenderun, Turkey; Belen, Turkey; Surmez, Turkey; Kirikhan, Turkey; Bursa, Turkey; Islahiye, Turkey; Alanya, Turkey; Urfa, Turkey; Antalya, Turkey; Narlica, Turkey; Ankara, Turkey; Izmir, Turkey; Konya, Turkey; Kayseri, Turkey; Turkey; Lebanon; Jordan; Sudan; Palestinian; Website www.arabisc-haram.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALHARAM FOR EXCHANGE LTD (a.k.a. AL HARAM COMMERCIAL COMPANY; a.k.a. AL HARAM FOREIGN EXCHANGE CO. LTD; a.k.a. AL HARAM TRANSFER CO.; a.k.a. AL-HARAM COMPANY FOR MONEY TRANSFER; a.k.a. AL-HARAM EXCHANGE COMPANY; a.k.a. AL-HARM TRADING COMPANY; a.k.a. ARABISC HARAM; a.k.a. HARAM TRADING COMPANY; a.k.a. SHARIKAT AL-HARAM LIL-HIWALAT AL-MALIYYAH; a.k.a. TRADING AL-HARM COMPANY), Istanbul, Turkey; Mersin, Turkey; Gaziantep, Turkey; Antakya, Turkey; Reyhanli, Turkey; Iskenderun, Turkey; Belen, Turkey; Surmez, Turkey; Kirikhan, Turkey; Bursa, Turkey; Islahiye, Turkey; Alanya, Turkey; Urfa, Turkey; Antalya, Turkey; Narlica, Turkey;

Ankara, Turkey; Izmir, Turkey; Konya, Turkey; Kayseri, Turkey; Turkey; Lebanon; Jordan; Sudan; Palestinian; Website www.arabisc-haram.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALHARAMAIN (a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAIN (a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a.

AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAIN (a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAIN (a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-

HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAIN (a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-

HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAIN & AL MASJED AL-AQSA CHARITY FOUNDATION : BOSNIA BRANCH (a.k.a. AL HARAMAIN AL MASJED AL AQSA; a.k.a. AL HARAMAYN AL MASJID AL AQSA; a.k.a. AL-HARAMAYN AND AL MASJID AL AQSA CHARITABLE FOUNDATION), Hasiba Brankovica No. 2A, Sarajevo, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAIN : AFGHANISTAN BRANCH, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAIN : ALBANIA BRANCH, Ifran Tomini street, #58, Tirana, Albania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAIN : BANGLADESH BRANCH, House 1, Road 1, S-6, Uttara, Dhaka, Bangladesh; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAIN : ETHIOPIA BRANCH, Woreda District 24 Kebele Section 13, Addis Ababa, Ethiopia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAIN : INDONESIA BRANCH (a.k.a. AL HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. YAYASAN AL HARAMAIN; a.k.a. YAYASAN AL HARAMAINI; a.k.a. YAYASAN AL-MANAHIL-INDONESIA), Jalan Laut Sulawesi Blok DII/4, Kavling Angkatan Laut Duren Sawit, Jakarta Timur 13440, Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAIN : KENYA BRANCH (a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-

HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAIN : PAKISTAN BRANCH (a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAIN : TANZANIA BRANCH (a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAIN : THE NETHERLANDS BRANCH (a.k.a. STICHTING AL HARAMAIN HUMANITARIAN AID), Jan Hanzenstraat 114, 1053SV, Amsterdam, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAIN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a.

AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAIN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAIN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN

HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAIN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-

HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAIN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAIN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION;

a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAIN FOUNDATION (a.k.a. AL HARAMAIN; a.k.a. AL-HARAMAIN : INDONESIA BRANCH; a.k.a. YAYASAN AL HARAMAIN; a.k.a. YAYASAN AL HARAMAINI; a.k.a. YAYASAN AL-MANAHIL-INDONESIA), Jalan Laut Sulawesi Blok DII/4, Kavling Angkatan Laut Duren Sawit, Jakarta Timur 13440, Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAIN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR;

a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAIN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAIN FOUNDATION : COMOROS ISLANDS, B/P: 1652, Moroni, Comoros; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a.

ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN

FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-

KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION;

a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a.

ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR;

a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN;

a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a.

ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAIN ISLAMIC FOUNDATION, West Al-M'ather Street, Riyadh, Saudi Arabia; P.O. Box 69606, Riyadh 11557, Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; all offices worldwide [SDGT].

AL-HARAMAIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a.

ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN

FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAYN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAYN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a.

ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAYN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION;

a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAYN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAYN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION;

a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAYN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAYN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-

HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAYN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAYN AND AL MASJID AL AQSA CHARITABLE FOUNDATION (a.k.a. AL HARAMAIN AL MASJED AL AQSA; a.k.a. AL HARAMAYN AL MASJID AL AQSA; a.k.a. AL-HARAMAIN & AL MASJED AL-AQSA CHARITY FOUNDATION : BOSNIA BRANCH), Hasiba Brankovica No. 2A, Sarajevo, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAYN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAYN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAYN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-

KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAYN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAYN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION;

a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAYN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAYN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN

FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAYN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR;

a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAYN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAYN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN

FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAYN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAYN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION;

a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAYN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAYN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAYN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAYN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAYN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN

HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAYN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAYN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION;

a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMAYN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-

KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAYN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAYN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a.

ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAYN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMAYN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN

HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMEIN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA;

a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMEIN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMEIN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION;

a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMEIN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMEIN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION;

a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMEIN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMEIN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMEIN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMEIN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMEIN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION;

a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMEIN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMEIN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMEIN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a.

ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMEIN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMEIN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a.

AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMEIN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMEIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMEIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION;

a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMEIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMEIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a.

ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMEIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMEIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN :

PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMEIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-

HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMEIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMEIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN

HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMEIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMEIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION;

a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALHARAMEIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-

KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMEIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMEIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a.

ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMEIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAMEIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN

HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-HARAZI, Tarik Bin al-Falah al-Awni (a.k.a. Al-HARZI, Tariq Bin Tahir Bin Al-Falih Al-Auni; a.k.a. AI-HARZI, Tariq Tahir Falih AI-Awni; a.k.a. AL-HARZI, Tariq Bin-Al-Tahar Bin Al Falih Al-'Awni; a.k.a. AL-HARZI, Tariq Tahir Faleh Al-Awni; a.k.a. AL-TUNISI, Abu 'Umar; a.k.a. AL-TUNISI, Tariq; a.k.a. AL-TUNISI, Tariq Abu 'Umar; a.k.a. AL-TUNISI, Tariq Abu Umar; a.k.a. EL HARAZI, Tarek Ben El Felah El Aouni; a.k.a. HARZI, Tariq Tahir Falih 'Awni; a.k.a. "HOUDOUD, Abu Omar"); DOB 03 May 1982; alt. DOB 05 Mar 1982; alt. DOB 1981; POB Tunis, Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z-050399 (individual) [SDGT].

AL-HARBI, Abu Abdalla (a.k.a. AL-HARBI, Abu Suliman; a.k.a. AL-HARBI, Mansur; a.k.a. AL-MAKY, Abu Muslem; a.k.a. ALSBHUA, Azam A.R.; a.k.a. ALSBHUA, Azam Abdullah Razeeq Al Mouled; a.k.a. AL-SUBHI, Azzam; a.k.a. AL-SUBHI, Azzam Abdullah Zureik Al-Maulid), Afghanistan; Pakistan; DOB 12 Apr 1976; POB Al Baraka, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C389664

issued 15 Sep 2000 expires 15 Sep 2005 (individual) [SDGT].

AL-HARBI, Abu Suliman (a.k.a. AL-HARBI, Abu Abdalla; a.k.a. AL-HARBI, Mansur; a.k.a. AL-MAKY, Abu Muslem; a.k.a. ALSBHUA, Azam A.R.; a.k.a. ALSBHUA, Azam Abdullah Razeeq Al Mouled; a.k.a. AL-SUBHI, Azzam; a.k.a. AL-SUBHI, Azzam Abdullah Zureik Al-Maulid), Afghanistan; Pakistan; DOB 12 Apr 1976; POB Al Baraka, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C389664 issued 15 Sep 2000 expires 15 Sep 2005 (individual) [SDGT].

ALHARBI, Adel Radhi Saqer (a.k.a. AL-HARBI, Adel Radi Saqr Al-Wahabi; a.k.a. AL-HARBI, 'Adil Radi Saqr al-Wahbi; a.k.a. MUHARIB, Abu Ali; a.k.a. "MUHARIB"); DOB 01 Dec 1986; POB Buraydah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J110141 (Saudi Arabia) issued 18 Apr 2010 expires 22 Feb 2015; National ID No. 1059887057 (Saudi Arabia) (individual) [SDGT].

AL-HARBI, Adel Radi Saqr Al-Wahabi (a.k.a. ALHARBI, Adel Radhi Saqer; a.k.a. AL-HARBI, 'Adil Radi Saqr al-Wahbi; a.k.a. MUHARIB, Abu Ali; a.k.a. "MUHARIB"); DOB 01 Dec 1986; POB Buraydah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J110141 (Saudi Arabia) issued 18 Apr 2010 expires 22 Feb 2015; National ID No. 1059887057 (Saudi Arabia) (individual) [SDGT].

AL-HARBI, 'Adil Radi Saqr al-Wahbi (a.k.a. ALHARBI, Adel Radhi Saqer; a.k.a. AL-HARBI, Adel Radi Saqr Al-Wahabi; a.k.a. MUHARIB, Abu Ali; a.k.a. "MUHARIB"); DOB 01 Dec 1986; POB Buraydah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J110141 (Saudi Arabia) issued 18 Apr 2010 expires 22 Feb 2015; National ID No. 1059887057 (Saudi Arabia) (individual) [SDGT].

AL-HARBI, Mansur (a.k.a. AL-HARBI, Abu Abdalla; a.k.a. AL-HARBI, Abu Suliman; a.k.a. AL-MAKY, Abu Muslem; a.k.a. ALSBHUA, Azam A.R.; a.k.a. ALSBHUA, Azam Abdullah Razeeq Al Mouled; a.k.a. AL-SUBHI, Azzam; a.k.a. AL-SUBHI, Azzam Abdullah Zureik Al-Maulid), Afghanistan; Pakistan; DOB 12 Apr

1976; POB Al Baraka, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C389664 issued 15 Sep 2000 expires 15 Sep 2005 (individual) [SDGT].

AL-HARBI, Nasir Muhammad 'Awad al-Ghidani (a.k.a. AL-HARBI, Nasir Muhammad 'Iwad al-Ghaydani; a.k.a. "AL-GHAYDANI, Abu-Bilal"; a.k.a. "AL-HARBI, Abu-Bilal"; a.k.a. "AL-NAJDI, Hammam"; a.k.a. "AL-RAS, Ra'i"; a.k.a. "BILAL"), Yemen; DOB 20 Jul 1974; alt. DOB 05 Sep 1974; POB al-Qasim, Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-HARBI, Nasir Muhammad 'Iwad al-Ghaydani (a.k.a. AL-HARBI, Nasir Muhammad 'Awad al-Ghidani; a.k.a. "AL-GHAYDANI, Abu-Bilal"; a.k.a. "AL-HARBI, Abu-Bilal"; a.k.a. "AL-NAJDI, Hammam"; a.k.a. "AL-RAS, Ra'i"; a.k.a. "BILAL"), Yemen; DOB 20 Jul 1974; alt. DOB 05 Sep 1974; POB al-Qasim, Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALHARBI, Thaar Ghaleb T.; DOB 01 Aug 1979; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport P723557 (Saudi Arabia) issued 05 Feb 2015 expires 13 Dec 2019 (individual) [GLOMAG].

AL-HARM TRADING COMPANY (a.k.a. AL HARAM COMMERCIAL COMPANY; a.k.a. AL HARAM FOREIGN EXCHANGE CO. LTD; a.k.a. AL HARAM TRANSFER CO.; a.k.a. AL-HARAM COMPANY FOR MONEY TRANSFER; a.k.a. AL-HARAM EXCHANGE COMPANY; a.k.a. ALHARAM FOR EXCHANGE LTD; a.k.a. ARABISC HARAM; a.k.a. HARAM TRADING COMPANY; a.k.a. SHARIKAT AL-HARAM LIL-HIWALAT AL-MALIYYAH; a.k.a. TRADING AL-HARM COMPANY), Istanbul, Turkey; Mersin, Turkey; Gaziantep, Turkey; Antakya, Turkey; Reyhanli, Turkey; Iskenderun, Turkey; Belen, Turkey; Surmez, Turkey; Kirikhan, Turkey; Bursa, Turkey; Islahiye, Turkey; Alanya, Turkey; Urfa, Turkey; Antalya, Turkey; Narlica, Turkey; Ankara, Turkey; Izmir, Turkey; Konya, Turkey; Kayseri, Turkey; Turkey; Lebanon; Jordan; Sudan; Palestinian; Website www.arabisc-haram.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-HARZI, Ali Bin Al-tahar Bin Al-falah Al-ouni (a.k.a. HARZI, Ali; a.k.a. HARZI, Ali Ouni); DOB 09 Mar 1986; POB Tunis, Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport W342058 (Tunisia) (individual) [SDGT].

AL-HARZI, Tariq Bin-Al-Tahar Bin Al Falih Al-'Awni (a.k.a. AI-HARZI, Tariq Bin Tahir Bin Al-Falih Al-Auni; a.k.a. AI-HARZI, Tariq Tahir Falih AI-Awni; a.k.a. AL-HARAZI, Tarik Bin al-Falah al-Awni; a.k.a. AL-HARZI, Tariq Tahir Faleh Al-Awni; a.k.a. AL-TUNISI, Abu 'Umar; a.k.a. AL-TUNISI, Tariq; a.k.a. AL-TUNISI, Tariq Abu 'Umar; a.k.a. AL-TUNISI, Tariq Abu Umar; a.k.a. EL HARAZI, Tarek Ben El Felah El Aouni; a.k.a. HARZI, Tariq Tahir Falih 'Awni; a.k.a. "HOUDOUD, Abu Omar"); DOB 03 May 1982; alt. DOB 05 Mar 1982; alt. DOB 1981; POB Tunis, Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z-050399 (individual) [SDGT].

AL-HARZI, Tariq Tahir Faleh Al-Awni (a.k.a. AI-HARZI, Tariq Bin Tahir Bin Al-Falih Al-Auni; a.k.a. AI-HARZI, Tariq Tahir Falih AI-Awni; a.k.a. AL-HARAZI, Tarik Bin al-Falah al-Awni; a.k.a. AL-HARZI, Tariq Bin-Al-Tahar Bin Al Falih Al-'Awni; a.k.a. AL-TUNISI, Abu 'Umar; a.k.a. AL-TUNISI, Tariq; a.k.a. AL-TUNISI, Tariq Abu 'Umar; a.k.a. AL-TUNISI, Tariq Abu Umar; a.k.a. EL HARAZI, Tarek Ben El Felah El Aouni; a.k.a. HARZI, Tariq Tahir Falih 'Awni; a.k.a. "HOUDOUD, Abu Omar"); DOB 03 May 1982; alt. DOB 05 Mar 1982; alt. DOB 1981; POB Tunis, Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z-050399 (individual) [SDGT].

AL-HASAN, Suhayl Hasan (a.k.a. HASSAN, Suheil), Syria; DOB 1964; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-HASHIMI, Abu Ma'ali (a.k.a. ABU-SULAYMAN, Nashwan al-Adani; a.k.a. AL-ADANI, Abu Sulayman; a.k.a. AL-ADANI, Nashwan; a.k.a. AL-ADANI, Sulayman; a.k.a. AL-SAY'ARI, Muhammad Ahmed; a.k.a. AL-SAY'ARI, Muhammad Qan'an; a.k.a. AL-SAY'ARI, Nashwan; a.k.a. MUTHANA, Mohsen Ahmed Saleh; a.k.a. MUTHANNA, Muhsin Ahmad Salah; a.k.a. QAN'AN, Muhammad Salih Muhammad; a.k.a. "AL-MUHAJIR, Abu Usama"), Yemen; DOB 13 Jan 1988; Gender

Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 05867398 (Yemen); alt. Passport 04988639 (Jordan) (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-HASHIMI, Mushtaq Talib Zughayar Karhut (a.k.a. AL-RAWI, Abu Mus'ab; a.k.a. AL-RAWI, Mushtaq; a.k.a. AL-RAWI, Mushtaq Talib; a.k.a. AL-RAWI, Mushtaq Talib Zaghayir; a.k.a. AL-RAWI, Mushtaq Talib Zughayr), Turkey; Belgium; DOB 1964; alt. DOB 1969; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 905537471039 (individual) [SDGT].

AL-HASHIMI, Umar Talib Zughayr (a.k.a. AL-RAWI, 'Umar Talib; a.k.a. AL-RAWI, Umar Talib Zughayr; a.k.a. AL-RAWI, Umar Talib Zughayr Karhoot; a.k.a. ZGHYR, 'Umr Talib; a.k.a. "AL-RAWI, Abu Umar"), Samsun, Turkey; al-Qa'im, Anbar Province, Iraq; Mersin Province, Turkey; DOB 1970; alt. DOB 1971; POB Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 907816941101; alt. Phone Number 9647734097694 (individual) [SDGT].

AL-HASHIMI, Walid Talib Zughayr (a.k.a. AL-RAWI, Waleed Talib Zghayir Karhout; a.k.a. AL-RAWI, Walid Talib Zughayr; a.k.a. ZGHAIR, Waleed Talib Zghair; a.k.a. ZGHYR, Walid Talib; a.k.a. "AL-RAWI, Abu Khalid"), Baghdad, Iraq; DOB 11 Nov 1988; nationality Iraq; Email Address waleed198811@gmail.com; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 9647807890955; alt. Phone Number 96407707840824; alt. Phone Number 9647720364973; Passport A11071541 (individual) [SDGT].

AL-HASOURI, Muhammad Yousef (Arabic: محمد يوسف الحاصوري) (a.k.a. HASOURI, Mohammad Yousef (Arabic: محمد يوسف حاصوري); a.k.a. HASOURI, Muhammad Yousef; a.k.a. HASOURI, Muhammed Yousef), Syria; DOB 1965; POB Talkalakh, Homs, Syria; nationality Syria; Gender Male; Major General (individual) [PAARSSR-EO13894].

AL-HASRI, Bassam Ahmad (a.k.a. HUSARI, Bassam Ahmad; a.k.a. "AKHLAQ, Abu Ahmad"; a.k.a. "AL-SHAMI, Abu Ahmad"), Syria; DOB 01 Jan 1971 to 31 Dec 1971; alt. DOB 01 Jan 1969; POB Qalamun, Damascus Province, Syria; alt. POB Ghutah, Damascus Province,

Syria; alt. POB Tadamon, Rif Dimashq, Syria; nationality Syria; alt. nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

ALHASSAN, Abdelbaset Alhaj (a.k.a. HAMAD, Abdelbasit Alhaj Alhassan Haj; a.k.a. HASAN, Abd-al-Basit Al-Hadj; a.k.a. HASSAN, Abdel Basit al-Hajj; a.k.a. MOHAMED, Abdel Basit Hag El-Hassan Hag; a.k.a. "AL-BASIT, Abd"); DOB 1979; POB Sudan; nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-HASSAN, Bassam (a.k.a. HASAN, Basam; a.k.a. HASAN, Bassam; a.k.a. HASSAN, Bassam); DOB 1961; alt. DOB 1960; alt. DOB 1962; POB Homs, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

ALHASSAN, Ibrahim Ali (Arabic: ابراهيم علي الحسن), Abu Dhabi, United Arab Emirates; DOB 31 Jan 1981; POB Nigeria; nationality Nigeria; citizen Nigeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A04687854 (Nigeria) (individual) [SDGT] (Linked To: BOKO HARAM).

AL-HASSAN, Kamal (a.k.a. HASAN, Kamal 'Ali (Arabic: كمال علي حسن)), Damascus, Syria; DOB 10 Jun 1967; nationality Syria; Gender Male; National ID No. 571778 (Syria) (individual) [PAARSSR-EO13894].

AL-HASSAN, Watab Ibrahim (a.k.a. AL-TAKRITI, Watban; a.k.a. AL-TIKRITI, Watban Ibrahim al-Hasan; a.k.a. AL-TIKRITI, Watban Ibrahim Hassan); DOB 1952; POB Tikrit, Iraq; nationality Iraq; presidential advisor; half-brother of Saddam Hussein al-Tikriti (individual) [IRAQ2].

AL-HATITI, Muhammad Rabi' al-Sa'id (a.k.a. AL-BAHTITI, Muhammad Mahmud; a.k.a. AL-BAHTITI, Muhammad Mahmud Rabi' al-Zayd; a.k.a. AL-BAHTITI, Muhammad Rabi'; a.k.a. AL-BAHTIYTI, Muhammad Rab'a al-Sayid; a.k.a. AL-MASRI, Abu Dujana); DOB 1971; POB al-Sharqiyyah, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-HATUM, Yusuf, Syria; DOB 05 Jan 1966; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-HAWEN, Abu-Ahmad (a.k.a. AL-AMRIKI, Abu-Ahmad; a.k.a. AL-MAGHRIBI, Rashid;

a.k.a. AL-SHAHID, Abu-Ahmad; a.k.a. HIJAZI, Raed M; a.k.a. HIJAZI, Riad), Jordan; DOB 1968; POB California, USA; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; SSN 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 (United States) (individual) [SDGT].

ALHAWSAWI, Abdulaziz Mohammed M.; DOB 20 Jul 1987; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport P051811 (Saudi Arabia) issued 15 May 2014 expires 23 Mar 2019; National ID No. 1044087474 (Saudi Arabia) (individual) [GLOMAG].

AL-HAYASHI, Sayf 'Abd-al-Rab Salim (a.k.a. AL-BAYDANI, Sayf; a.k.a. AL-BAYDANI, Sayf Husayn 'Abd-al-Rabb; a.k.a. AL-BHADANI, Saif; a.k.a. AL-BIDHANI, Sayf; a.k.a. AL-HAYASHI, Sayf Abdulrab Salem; a.k.a. AL-HAYYASHI, Sayf 'Abd-al-wali 'Abd-al-rub), At Takhtit Ministry Marab Jawlat Ayat Street, Yemen; Azzan, Abyan Governorate, Yemen; DOB 01 Jan 1978; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010003969 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-HAYASHI, Sayf Abdulrab Salem (a.k.a. AL-BAYDANI, Sayf; a.k.a. AL-BAYDANI, Sayf Husayn 'Abd-al-Rabb; a.k.a. AL-BHADANI, Saif; a.k.a. AL-BIDHANI, Sayf; a.k.a. AL-HAYASHI, Sayf 'Abd-al-Rab Salim; a.k.a. AL-HAYYASHI, Sayf 'Abd-al-wali 'Abd-al-rub), At Takhtit Ministry Marab Jawlat Ayat Street, Yemen; Azzan, Abyan Governorate, Yemen; DOB 01 Jan 1978; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010003969 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-HAYAT MEDIA CENTER (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD

ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-HAYES, Ahmad Ihsan Fayyad (Arabic: أحمد إحسان فياض الهايس) (a.k.a. AL-HAYES, Ahmed Ihsan Fayyad; a.k.a. AL-SHAQRA, Abu Hatim; a.k.a. SHAKRA, Abu Hatem; a.k.a. SHAQRA, Abu Hatim; a.k.a. SHAQRA, Abu Hattam), Syria; DOB 1987; POB Al-Shaqra, Deir ez-Zor, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894] (Linked To: AHRAR AL-SHARQIYA).

AL-HAYES, Ahmed Ihsan Fayyad (a.k.a. AL-HAYES, Ahmad Ihsan Fayyad (Arabic: أحمد إحسان فياض الهايس); a.k.a. AL-SHAQRA, Abu Hatim; a.k.a. SHAKRA, Abu Hatem; a.k.a. SHAQRA, Abu Hatim; a.k.a. SHAQRA, Abu Hattam), Syria; DOB 1987; POB Al-Shaqra, Deir ez-Zor, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894] (Linked To: AHRAR AL-SHARQIYA).

AL-HAYES, Raed Jassem (a.k.a. AL-HAYES, Raed Jassim; a.k.a. CHAKRA, Abu Jaafar; a.k.a. SHAKRA, Abu Jaafar; a.k.a. SHAQRA, Abu Ja'far; a.k.a. SHAQRA, Abu Jafar), Syria;

DOB 1985; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-HAYES, Raed Jassim (a.k.a. AL-HAYES, Raed Jassem; a.k.a. CHAKRA, Abu Jaafar; a.k.a. SHAKRA, Abu Jaafar; a.k.a. SHAQRA, Abu Ja'far; a.k.a. SHAQRA, Abu Jafar), Syria; DOB 1985; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-HAYFI, Mu'adh Ahmad Muhammad (a.k.a. AL-HAIFI, Muaadh Ahmed Mohammed), Muscat, Oman; DOB 1981; POB Sanaa, Al-Amanah, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03397777 (Yemen) expires 04 Jan 2015 (individual) [SDGT] (Linked To: INTERNATIONAL SMART DIGITAL INTERFACE LIMITED LIABILITY COMPANY).

AL-HAYYASHI, Sayf 'Abd-al-wali 'Abd-al-rub (a.k.a. AL-BAYDANI, Sayf; a.k.a. AL-BAYDANI, Sayf Husayn 'Abd-al-Rabb; a.k.a. AL-BHADANI, Saif; a.k.a. AL-BIDHANI, Sayf; a.k.a. AL-HAYASHI, Sayf 'Abd-al-Rab Salim; a.k.a. AL-HAYASHI, Sayf Abdulrab Salem), At Takhtit Ministry Marab Jawlat Ayat Street, Yemen; Azzan, Abyan Governorate, Yemen; DOB 01 Jan 1978; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010003969 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-HAZA', Nabil (a.k.a. AL-HADHA, Nabil Ali Ahmed (Arabic: نبيل علي أحمد الحظا)), Yemen; DOB 02 Feb 1975; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 08928715 (Yemen) expires 05 Nov 2025 (individual) [SDGT] (Linked To: NABCO MONEY EXCHANGE AND REMITTANCE CO.).

AL-HAZMI COMPANY FOR EXCHANGE (a.k.a. AL HAZMI EXCHANGE; a.k.a. AL HAZMI EXCHANGE KHALED AL HAZMI AND BROTHER COMPANY GENERAL PARTNERSHIP; a.k.a. "AL-HAZMI EXCHANGE COMPANY" (Arabic: "شركة الحزمي للصرافة")), Sana'a, Yemen; Website www.alhazmiex.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date circa 1998; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c. [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL-HEBO JEWELRY COMPANY (a.k.a. AL-HABU HAWALA; a.k.a. AL-HABU JEWELRY; a.k.a. AL-HABU JEWELRY AND MONEY EXCHANGE; a.k.a. AL-HABU MONEY EXCHANGE; a.k.a. "AL-HEBO"), Gaziantep, Turkey; Raqqah, Syria; Tall Abyad Street, Raqqah, Syria; Sanliurfa, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-HEBO, Muhamad Ali (a.k.a. AL-HABU, Muhammad; a.k.a. AL-HABU, Muhammad Abd-al-Karim; a.k.a. ALHOBO, Mohamad Abdulkarim; a.k.a. HABO, Muhammed; a.k.a. HABU, Muhammad; a.k.a. HEBBO, Mohammed), Hurriyet Caddesi, Sahinbey, Gaziantep, Turkey; Syria; Lebanon; DOB 01 Oct 1980; alt. DOB 15 Mar 1983; alt. DOB 01 Jan 1980; POB Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00814L001424 (Syria); National ID No. 2020409266 (Syria); alt. National ID No. 2020316097 (Syria); alt. National ID No. 10716775 (Syria) (individual) [SDGT] (Linked To: AL-HEBO JEWELRY COMPANY).

ALHEMEDAN, Mohamad Alsaeed (a.k.a. AL HAMIDAN, Mohamad Alsaied; a.k.a. ALHMEDAN, Mohamad Alsaeed; a.k.a. ALHMIDAN, Mohamad; a.k.a. ALHMIDAN, Mohamad Alsaied; a.k.a. ALUOALII, Mohamad; a.k.a. ALWAKIE, Mohamad; a.k.a. AYSSA, Walid), Turkey; DOB 20 Feb 1976; alt. DOB 13 Feb 1975; alt. DOB 07 Jan 1977; alt. DOB 15 Feb 1976; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N010084435 (Syria); Identification Number N002595610 (Syria); alt. Identification Number 00407L012704 (Syria); alt. Identification Number N0097000224 (Syria); alt. Identification Number L07521 (Syria) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-HEMMEH, Thu (a.k.a. AL-SHALISH, Dhu Al-Himma; a.k.a. SHALEESH, Dhu Himma; a.k.a. SHALEESH, Thu Al Hima; a.k.a. SHALISH, Dhu Al Himma; a.k.a. SHALISH, Dhuil Himma; a.k.a. SHALISH, Zuhayr; a.k.a. SHALISH, Zuhilma), Damascus, Syria; DOB 1955 to 1957; POB Al-Ladhiqiyah, Syria; nationality Syria; Brigadier General; Major General (individual) [IRAQ2].

AL-HINDI, Muhammad (a.k.a. AL-HINDI, Muhammad Sa'id Muhammad Yusuf), Damascus, Syria; Gaza, Palestinian; DOB 25 Oct 1955; citizen Palestinian; alt. citizen Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-HINDI, Muhammad Sa'id Muhammad Yusuf (a.k.a. AL-HINDI, Muhammad), Damascus, Syria; Gaza, Palestinian; DOB 25 Oct 1955; citizen Palestinian; alt. citizen Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-HISHAN, Akram Turki (a.k.a. AL MAZIDIH, Akram Turki Hishan; a.k.a. AL-MAZIDIH, Akram Turki Hishan; a.k.a. "ABU AKRAM"; a.k.a. "ABU JARRAH"), Zabadani, Syria; DOB 1974; alt. DOB 1975; alt. DOB 1979; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-HISN (a.k.a. AL-HISN FIRM; a.k.a. AL-HISN FIRM FOR SECURITY PROTECTION AND GUARD SERVICES; a.k.a. AL-HUSN), Jurmana, Damascus, Syria [PAARSSR-EO13894] (Linked To: MAKHLUF, Rami).

AL-HISN FIRM (a.k.a. AL-HISN; a.k.a. AL-HISN FIRM FOR SECURITY PROTECTION AND GUARD SERVICES; a.k.a. AL-HUSN), Jurmana, Damascus, Syria [PAARSSR-EO13894] (Linked To: MAKHLUF, Rami).

AL-HISN FIRM FOR SECURITY PROTECTION AND GUARD SERVICES (a.k.a. AL-HISN; a.k.a. AL-HISN FIRM; a.k.a. AL-HUSN), Jurmana, Damascus, Syria [PAARSSR-EO13894] (Linked To: MAKHLUF, Rami).

AL-HIYARI, Bilal Mansur (a.k.a. AL-KHAYARI, Bilal Mansur Mahmud), Suwaylah, Jordan; DOB circa 1969; POB al-Salt, Jordan; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALHMAID, Housin Mohsein (a.k.a. AL HAMID, Hashim; a.k.a. AL-AIDAROOS, Hashim Mohsen; a.k.a. ALHAMAD, Hashem Mohssein Idroos; a.k.a. ALHAMED, Hossin Mohsen; a.k.a. ALHAMID, Hashim; a.k.a. AL-HAMID, Hashim Muhsin Aydarus; a.k.a. AL-HAMID, Mohsan; a.k.a. AL-HAMSHI, Hashim al-Hamid; a.k.a. IDAROOS, Hashim Mohsen; a.k.a. "ABU TAHIR"), Al Ghaydah, al-Mahrah Governorate, Yemen; Shabwah Governorate, Yemen;

Mansoura, Aden, Yemen; Mukalla, Hadramawt Governorate, Yemen; Abyan Governorate, Yemen; Marib Governorate, Yemen; DOB 12 Dec 1985; POB Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 16010003042 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

ALHMEDAN, Mohamad Alsaeed (a.k.a. AL HAMIDAN, Mohamad Alsaied; a.k.a. ALHEMEDAN, Mohamad Alsaeed; a.k.a. ALHMIDAN, Mohamad; a.k.a. ALHMIDAN, Mohamad Alsaied; a.k.a. ALUOALII, Mohamad; a.k.a. ALWAKIE, Mohamad; a.k.a. AYSSA, Walid), Turkey; DOB 20 Feb 1976; alt. DOB 13 Feb 1975; alt. DOB 07 Jan 1977; alt. DOB 15 Feb 1976; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N010084435 (Syria); Identification Number N002595610 (Syria); alt. Identification Number 00407L012704 (Syria); alt. Identification Number N0097000224 (Syria); alt. Identification Number L07521 (Syria) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALHMIDAN, Mohamad (a.k.a. AL HAMIDAN, Mohamad Alsaied; a.k.a. ALHEMEDAN, Mohamad Alsaeed; a.k.a. ALHMEDAN, Mohamad Alsaeed; a.k.a. ALHMIDAN, Mohamad Alsaied; a.k.a. ALUOALII, Mohamad; a.k.a. ALWAKIE, Mohamad; a.k.a. AYSSA, Walid), Turkey; DOB 20 Feb 1976; alt. DOB 13 Feb 1975; alt. DOB 07 Jan 1977; alt. DOB 15 Feb 1976; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N010084435 (Syria); Identification Number N002595610 (Syria); alt. Identification Number 00407L012704 (Syria); alt. Identification Number N0097000224 (Syria); alt. Identification Number L07521 (Syria) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALHMIDAN, Mohamad Alsaied (a.k.a. AL HAMIDAN, Mohamad Alsaied; a.k.a. ALHEMEDAN, Mohamad Alsaeed; a.k.a. ALHMEDAN, Mohamad Alsaeed; a.k.a. ALHMIDAN, Mohamad; a.k.a. ALUOALII, Mohamad; a.k.a. ALWAKIE, Mohamad; a.k.a. AYSSA, Walid), Turkey; DOB 20 Feb 1976; alt. DOB 13 Feb 1975; alt. DOB 07 Jan 1977; alt. DOB 15 Feb 1976; Secondary sanctions risk:

section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N010084435 (Syria); Identification Number N002595610 (Syria); alt. Identification Number 00407L012704 (Syria); alt. Identification Number N0097000224 (Syria); alt. Identification Number L07521 (Syria) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALHOBO, Mohamad Abdulkarim (a.k.a. AL-HABU, Muhammad; a.k.a. AL-HABU, Muhammad Abd-al-Karim; a.k.a. AL-HEBO, Muhamad Ali; a.k.a. HABO, Muhammed; a.k.a. HABU, Muhammad; a.k.a. HEBBO, Mohammed), Hurriyet Caddesi, Sahinbey, Gaziantep, Turkey; Syria; Lebanon; DOB 01 Oct 1980; alt. DOB 15 Mar 1983; alt. DOB 01 Jan 1980; POB Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00814L001424 (Syria); National ID No. 2020409266 (Syria); alt. National ID No. 2020316097 (Syria); alt. National ID No. 10716775 (Syria) (individual) [SDGT] (Linked To: AL-HEBO JEWELRY COMPANY).

AL-HODA FOR RELIGIOUS TOURISM COMPANY (a.k.a. AL-HODA STATE COMPANY FOR RELIGIOUS TOURISM; a.k.a. AL-HUDA FOR RELIGIOUS TOURISM COMPANY; a.k.a. AL-HUDA STATE COMPANY FOR RELIGIOUS TOURISM), Iraq [IRAQ2].

AL-HODA STATE COMPANY FOR RELIGIOUS TOURISM (a.k.a. AL-HODA FOR RELIGIOUS TOURISM COMPANY; a.k.a. AL-HUDA FOR RELIGIOUS TOURISM COMPANY; a.k.a. AL-HUDA STATE COMPANY FOR RELIGIOUS TOURISM), Iraq [IRAQ2].

AL-HOURI, Ali Saed Bin Ali (a.k.a. EL-HOORIE, Ali Saed Bin Ali; a.k.a. EL-HOURI, Ali Saed Bin Ali); DOB 10 Jul 1965; alt. DOB 11 Jul 1965; POB El Dibabiya, Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-HOUTH, Abdulmalik Bin Bader Al-Deen (a.k.a. AL HOUTHI, Abdul Malik; a.k.a. AL-HOUTHI, Abdel-Malek; a.k.a. AL-HOUTHI, Abdel-Malik; a.k.a. AL-HOUTHI, Abdul Malik Badruddin Ameerudin Hussain; a.k.a. AL-HOUTHI, Abdul-Malik; a.k.a. AL-HOUTHI, Abdulmalik Bin Bader Al-Deen), Yemen; DOB 1982; alt. DOB 1981; alt. DOB 1980; POB Dahyan Governorate, Yemen; nationality

Yemen; citizen Yemen; Gender Male; Leader of the Houthis (individual) [YEMEN].

AL-HOUTHI, Abd al-Khaliq Badr al-Din (a.k.a. ABU-YUNUS; a.k.a. AL HUTHI, Abd-al-Khaliq Badr-al-Din; a.k.a. AL-HOUTHI, Abdul Khaliq Badreddin; a.k.a. AL-HUTHI, Abd al-Khaliq; a.k.a. AL-HUTHI, 'Abd al-Khaliq Badr al-Din; a.k.a. AL-HUTHI, Abd-al-Khaliq), Yemen; DOB 1984; Gender Male; Houthi military commander (individual) [YEMEN].

AL-HOUTHI, Abdel-Malek (a.k.a. AL HOUTHI, Abdul Malik; a.k.a. AL-HOUTH, Abdulmalik Bin Bader Al-Deen; a.k.a. AL-HOUTHI, Abdel-Malik; a.k.a. AL-HOUTHI, Abdul Malik Badruddin Ameerudin Hussain; a.k.a. AL-HOUTHI, Abdul-Malik; a.k.a. AL-HOUTHI, Abdulmalik Bin Bader Al-Deen), Yemen; DOB 1982; alt. DOB 1981; alt. DOB 1980; POB Dahyan Governorate, Yemen; nationality Yemen; citizen Yemen; Gender Male; Leader of the Houthis (individual) [YEMEN].

AL-HOUTHI, Abdel-Malik (a.k.a. AL HOUTHI, Abdul Malik; a.k.a. AL-HOUTH, Abdulmalik Bin Bader Al-Deen; a.k.a. AL-HOUTHI, Abdel-Malek; a.k.a. AL-HOUTHI, Abdul Malik Badruddin Ameerudin Hussain; a.k.a. AL-HOUTHI, Abdul-Malik; a.k.a. AL-HOUTHI, Abdulmalik Bin Bader Al-Deen), Yemen; DOB 1982; alt. DOB 1981; alt. DOB 1980; POB Dahyan Governorate, Yemen; nationality Yemen; citizen Yemen; Gender Male; Leader of the Houthis (individual) [YEMEN].

AL-HOUTHI, Abdul Khaliq Badreddin (a.k.a. ABU-YUNUS; a.k.a. AL HUTHI, Abd-al-Khaliq Badr-al-Din; a.k.a. AL-HOUTHI, Abd al-Khaliq Badr al-Din; a.k.a. AL-HUTHI, Abd al-Khaliq; a.k.a. AL-HUTHI, 'Abd al-Khaliq Badr al-Din; a.k.a. AL-HUTHI, Abd-al-Khaliq), Yemen; DOB 1984; Gender Male; Houthi military commander (individual) [YEMEN].

AL-HOUTHI, Abdul Malik Badruddin Ameerudin Hussain (a.k.a. AL HOUTHI, Abdul Malik; a.k.a. AL-HOUTH, Abdulmalik Bin Bader Al-Deen; a.k.a. AL-HOUTHI, Abdel-Malek; a.k.a. AL-HOUTHI, Abdel-Malik; a.k.a. AL-HOUTHI, Abdul-Malik; a.k.a. AL-HOUTHI, Abdulmalik Bin Bader Al-Deen), Yemen; DOB 1982; alt. DOB 1981; alt. DOB 1980; POB Dahyan Governorate, Yemen; nationality Yemen; citizen Yemen; Gender Male; Leader of the Houthis (individual) [YEMEN].

AL-HOUTHI, Abdul-Malik (a.k.a. AL HOUTHI, Abdul Malik; a.k.a. AL-HOUTH, Abdulmalik Bin Bader Al-Deen; a.k.a. AL-HOUTHI, Abdel-Malek; a.k.a. AL-HOUTHI, Abdel-Malik; a.k.a.

AL-HOUTHI, Abdul Malik Badruddin Ameerudin Hussain; a.k.a. AL-HOUTHI, Abdulmalik Bin Bader Al-Deen), Yemen; DOB 1982; alt. DOB 1981; alt. DOB 1980; POB Dahyan Governorate, Yemen; nationality Yemen; citizen Yemen; Gender Male; Leader of the Houthis (individual) [YEMEN].

AL-HOUTHI, Abdulmalik Bin Bader Al-Deen (a.k.a. AL HOUTHI, Abdul Malik; a.k.a. AL-HOUTH, Abdulmalik Bin Bader Al-Deen; a.k.a. AL-HOUTHI, Abdel-Malek; a.k.a. AL-HOUTHI, Abdel-Malik; a.k.a. AL-HOUTHI, Abdul Malik Badruddin Ameerudin Hussain; a.k.a. AL-HOUTHI, Abdul-Malik), Yemen; DOB 1982; alt. DOB 1981; alt. DOB 1980; POB Dahyan Governorate, Yemen; nationality Yemen; citizen Yemen; Gender Male; Leader of the Houthis (individual) [YEMEN].

AL-HOUTHI, Mohamed Ali (a.k.a. AL-HOUTHI, Mohammed Ali), Yemen; DOB 1979; POB Saada, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-HOUTHI, Mohammed Ali (a.k.a. AL-HOUTHI, Mohamed Ali), Yemen; DOB 1979; POB Saada, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-HUDA FOR RELIGIOUS TOURISM COMPANY (a.k.a. AL-HODA FOR RELIGIOUS TOURISM COMPANY; a.k.a. AL-HODA STATE COMPANY FOR RELIGIOUS TOURISM; a.k.a. AL-HUDA STATE COMPANY FOR RELIGIOUS TOURISM), Iraq [IRAQ2].

AL-HUDA STATE COMPANY FOR RELIGIOUS TOURISM (a.k.a. AL-HODA FOR RELIGIOUS TOURISM COMPANY; a.k.a. AL-HODA STATE COMPANY FOR RELIGIOUS TOURISM; a.k.a. AL-HUDA FOR RELIGIOUS TOURISM COMPANY), Iraq [IRAQ2].

AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-

Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-

HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HUMAYQANI, Abd al-Wahab (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun

2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HUMAYQANI, 'Abd al-Wahab al-Qawi (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-

HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, Abd al-

Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HUMAYQANI, Abdul Wahab (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-

Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HUMIQANI, 'Abd al-Wahab (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HUSAYNI, Ja'far (Arabic: جعفر الحسيني) (a.k.a. AL-HUSSAINI, Jafar), Iraq; DOB 01 Jan 1968; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

AL-HUSAYNI, Mohammed Hossein (a.k.a. SALIH AL HASANI, Mohammed Hussein); DOB 01 Jul 1954; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A9298980 (Iraq) (individual) [SDGT] [IFSR] (Linked To: SOUTH WEALTH RESOURCES COMPANY).

AL-HUSN (a.k.a. AL-HISN; a.k.a. AL-HISN FIRM; a.k.a. AL-HISN FIRM FOR SECURITY PROTECTION AND GUARD SERVICES), Jurmana, Damascus, Syria [PAARSSR-EO13894] (Linked To: MAKHLUF, Rami).

AL-HUSSAINI, Jafar (a.k.a. AL-HUSAYNI, Ja'far (Arabic: جعفر الحسيني)), Iraq; DOB 01 Jan 1968; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

AL-HUSSEIN, Taha Osman (a.k.a. AL-HUSSEIN, Taha Osman Ahmed; a.k.a. ELHUSSEIN, Taha Osman A), P.O. Box Number 75214, Dubai, United Arab Emirates; DOB 20 Jun 1964; alt. DOB 21 Jun 1957; POB Shendi, Sudan; alt. POB Kabushiya, Sudan; nationality Sudan; citizen Sudan; alt. citizen Saudi Arabia; alt. citizen Congo, Democratic Republic of the; Gender Male; National ID No. 11946895461 (Sudan) (individual) [SUDAN-EO14098].

AL-HUSSEIN, Taha Osman Ahmed (a.k.a. AL-HUSSEIN, Taha Osman; a.k.a. ELHUSSEIN, Taha Osman A), P.O. Box Number 75214, Dubai, United Arab Emirates; DOB 20 Jun 1964; alt. DOB 21 Jun 1957; POB Shendi, Sudan; alt. POB Kabushiya, Sudan; nationality Sudan; citizen Sudan; alt. citizen Saudi Arabia; alt. citizen Congo, Democratic Republic of the; Gender Male; National ID No. 11946895461 (Sudan) (individual) [SUDAN-EO14098].

AL-HUTHI, Abd al-Khaliq (a.k.a. ABU-YUNUS; a.k.a. AL HUTHI, Abd-al-Khaliq Badr-al-Din; a.k.a. AL-HOUTHI, Abd al-Khaliq Badr al-Din; a.k.a. AL-HOUTHI, Abdul Khaliq Badreddin; a.k.a. AL-HUTHI, 'Abd al-Khaliq Badr al-Din; a.k.a. AL-HUTHI, Abd-al-Khaliq), Yemen; DOB

1984; Gender Male; Houthi military commander (individual) [YEMEN].

AL-HUTHI, 'Abd al-Khaliq Badr al-Din (a.k.a. ABU-YUNUS; a.k.a. AL HUTHI, Abd-al-Khaliq Badr-al-Din; a.k.a. AL-HOUTHI, Abd al-Khaliq Badr al-Din; a.k.a. AL-HOUTHI, Abdul Khaliq Badreddin; a.k.a. AL-HUTHI, Abd al-Khaliq; a.k.a. AL-HUTHI, Abd-al-Khaliq), Yemen; DOB 1984; Gender Male; Houthi military commander (individual) [YEMEN].

AL-HUTHI, Abd-al-Khaliq (a.k.a. ABU-YUNUS; a.k.a. AL HUTHI, Abd-al-Khaliq Badr-al-Din; a.k.a. AL-HOUTHI, Abd al-Khaliq Badr al-Din; a.k.a. AL-HOUTHI, Abdul Khaliq Badreddin; a.k.a. AL-HUTHI, Abd al-Khaliq; a.k.a. AL-HUTHI, 'Abd al-Khaliq Badr al-Din), Yemen; DOB 1984; Gender Male; Houthi military commander (individual) [YEMEN].

AL-HUWAYSH, Isam Rashid, Iraq; Former Governor of the Central Bank (individual) [IRAQ2].

ALI ABKAR, Al-Hassan (a.k.a. ALI ABKAR, Hasan; a.k.a. ALI ALI ABKAR, Al Hassan; a.k.a. ALI ALI ABKAR, Al-Hasan; a.k.a. ALI ALI ABKAR, Alihasan; a.k.a. BIN ALI ABKAR, Hassan; a.k.a. BIN-ALI ABKAR, Al-Hasan), Al-Ghail district, Al-Jawf Governorate, Yemen; DOB 05 Jun 1962; POB Yemen; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02214513 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

ALI ABKAR, Hasan (a.k.a. ALI ABKAR, Al-Hassan; a.k.a. ALI ALI ABKAR, Al Hassan; a.k.a. ALI ALI ABKAR, Al-Hasan; a.k.a. ALI ALI ABKAR, Alihasan; a.k.a. BIN ALI ABKAR, Hassan; a.k.a. BIN-ALI ABKAR, Al-Hasan), Al-Ghail district, Al-Jawf Governorate, Yemen; DOB 05 Jun 1962; POB Yemen; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02214513 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

ALI ALI ABKAR, Al Hassan (a.k.a. ALI ABKAR, Al-Hassan; a.k.a. ALI ABKAR, Hasan; a.k.a. ALI ALI ABKAR, Al-Hasan; a.k.a. ALI ALI ABKAR, Alihasan; a.k.a. BIN ALI ABKAR, Hassan; a.k.a. BIN-ALI ABKAR, Al-Hasan), Al-Ghail district, Al-Jawf Governorate, Yemen; DOB 05 Jun 1962; POB Yemen; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02214513 (Yemen) (individual)

[SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

ALI ALI ABKAR, Al-Hasan (a.k.a. ALI ABKAR, Al-Hassan; a.k.a. ALI ABKAR, Hasan; a.k.a. ALI ALI ABKAR, Al Hassan; a.k.a. ALI ALI ABKAR, Alihasan; a.k.a. BIN ALI ABKAR, Hassan; a.k.a. BIN-ALI ABKAR, Al-Hasan), Al-Ghail district, Al-Jawf Governorate, Yemen; DOB 05 Jun 1962; POB Yemen; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02214513 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

ALI ALI ABKAR, Alihasan (a.k.a. ALI ABKAR, Al-Hassan; a.k.a. ALI ABKAR, Hasan; a.k.a. ALI ALI ABKAR, Al Hassan; a.k.a. ALI ALI ABKAR, Al-Hasan; a.k.a. BIN ALI ABKAR, Hassan; a.k.a. BIN-ALI ABKAR, Al-Hasan), Al-Ghail district, Al-Jawf Governorate, Yemen; DOB 05 Jun 1962; POB Yemen; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02214513 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

ALI ALMUTAWA PETROLEUM AND PETROCHEMICAL TRADING L.L.C. (Arabic: علي المطوع لتجارة البترول والبتروكيماويات ذ.م.م), Office No. M02-M06, City Gate Bldg, Bin Ham Properties, Port Saeed, Dubai, Deira, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; License 880522 (United Arab Emirates); Economic Register Number (CBLS) 11502399 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

ALI ALSHAIKHALI, Nasser Kamel (a.k.a. ALI, Nasser Al Sheikh (Arabic: ناصر الشيخ علي)), Gaza; DOB 24 May 1970; nationality Region: Gaza; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 980335608 (Region: Gaza) (individual) [SDGT] (Linked To: AL-ANSAR CHARITY ASSOCIATION).

ALI HAKIM, Boubaker Ben Habib Ben (a.k.a. Abu-Muqatil al-Tunisi; a.k.a. AL-HAKIM, Boubakeur; a.k.a. EL HAKIM, Boubaker; a.k.a. EL-HAKIM, Boubakeur; a.k.a. "Abou al Mouqatel"; a.k.a. "Abou Mouqatel"), Syria; DOB 01 Aug 1983; POB Paris, France; citizen Tunisia; alt. citizen France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Passport W752198; Identification Number 09036271 (individual) [SDGT].

ALI MOHAMED CHAMS & PARTNER (a.k.a. ALI MOHAMED CHAMS AND PARTNER; a.k.a. CHAMS EXCHANGE; a.k.a. CHAMS EXCHANGE COMPANY SAL), Sahata Choutra, Chtaura, Lebanon; Chams Building, 3rd Floor, Jalal, Chtaura, Zahle, Lebanon [SDNTK].

ALI MOHAMED CHAMS AND PARTNER (a.k.a. ALI MOHAMED CHAMS & PARTNER; a.k.a. CHAMS EXCHANGE; a.k.a. CHAMS EXCHANGE COMPANY SAL), Sahata Choutra, Chtaura, Lebanon; Chams Building, 3rd Floor, Jalal, Chtaura, Zahle, Lebanon [SDNTK].

ALI MORADIPUR, Mohammad (a.k.a. MORADIPOUR, Mohammad Ali (Arabic: محمد على مرادى پور)), Tehran, Iran; DOB 30 Apr 1959; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1218719699 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SANAYE MOTORSAZI ALVAND PRIVATE COMPANY).

ALI NOORINAJAD, Mohammad, Iran; POB Kabudar Ahang, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4032108617 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

ALI SHER SHINWARY LTD. (a.k.a. HAJI LAL MOHAMMAD MONEY SERVICE PROVIDER; a.k.a. LAHORE JAN SHANWARI EXCHANGE), Lahore Jan Shanwari Exchange, Ghulam Dastager Market, Shop Numbers 18-19, First Floor, Chowk Talashi, Jalalabad, Afghanistan; Ali Sher Shinwary Ltd., Second Floor, Shahzada Market, Kabul, Afghanistan; Shop No. 13, Second Floor, Sarai, Shahzada, Kabul, Afghanistan; Afghan Money Service Provider License Number 093 (Afghanistan) [SDNTK].

ALI, Abdiaziz Dubow (a.k.a. ABDI, Nuh Ibrahim; a.k.a. AYMAN, Maalim; a.k.a. AYMAN, Ma'alim; a.k.a. AYMAN, Mo'alim; a.k.a. "KABO, Ayman"), Kenya; Badamadow, Lower Juba Region, Somalia; DOB 1973; alt. DOB 1983; POB Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALI, Abid (a.k.a. ABID, Thakur; a.k.a. KHAN, Abid; a.k.a. KHAN, Abid Ali; a.k.a. "ABID"), Hakim Abad, Nowshera, KPK, Pakistan; KPK, Pakistan; DOB 13 Mar 1981; POB Nowshera, Pakistan; nationality Pakistan; citizen Pakistan;

Email Address thakurabid@gmail.com; alt. Email Address pakistancopy@gmail.com; Gender Male; Passport DA 1790252 (Pakistan) (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

'ALI, Ahmad, Syria; DOB 02 Dec 1969; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

ALI, Ahmad Iman (a.k.a. ALI, Ahmed Iman; a.k.a. ALI, Shaykh Ahmad Iman; a.k.a. ALI, Sheikh Ahmed Iman; a.k.a. "ZINIRA, Abu"), Somalia; DOB 1973; alt. DOB 1974; alt. DOB 1972; alt. DOB 1975; POB Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALI, Ahmed Iman (a.k.a. ALI, Ahmad Iman; a.k.a. ALI, Shaykh Ahmad Iman; a.k.a. ALI, Sheikh Ahmed Iman; a.k.a. "ZINIRA, Abu"), Somalia; DOB 1973; alt. DOB 1974; alt. DOB 1972; alt. DOB 1975; POB Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALI, Ahmed Khalfan (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALI, Ahmed Mohammed (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED HAMED"; a.k.a. "AHMED THE EGYPTIAN"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALI, Ahmed Mohammed Hamed (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED HAMED"; a.k.a. "AHMED THE EGYPTIAN"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALI, Alhaitham Al (a.k.a. AL ALI, Al Haytham; a.k.a. AL-ALI, Al Haitham), Slovakia; DOB 17 Mar 1972; nationality Slovakia; Gender Male; Passport BA4490378 (Slovakia) expires 13 Jan 2027 (individual) [BELARUS-EO14038] (Linked To: BLACK SHIELD COMPANY FOR GENERAL TRADING LLC).

ALI, Amanat (a.k.a. AHMAD, Dilshad; a.k.a. AL-DAKHIL, 'Abd al-Rahman; a.k.a. AL-DAKHIL, Abdul Rehman; a.k.a. ALI, Amanatullah; a.k.a. ALI, Amantullah; a.k.a. DILSHAD, Danish; a.k.a. IQBAL, Imanat Ullah), Pakistan; DOB 01 Sep 1964; alt. DOB 01 Mar 1965 to 31 Mar 1965; POB Faisalabad, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALI, Amanatullah (a.k.a. AHMAD, Dilshad; a.k.a. AL-DAKHIL, 'Abd al-Rahman; a.k.a. AL-DAKHIL, Abdul Rehman; a.k.a. ALI, Amanat; a.k.a. ALI, Amantullah; a.k.a. DILSHAD, Danish; a.k.a. IQBAL, Imanat Ullah), Pakistan; DOB 01 Sep 1964; alt. DOB 01 Mar 1965 to 31 Mar 1965; POB Faisalabad, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALI, Amantullah (a.k.a. AHMAD, Dilshad; a.k.a. AL-DAKHIL, 'Abd al-Rahman; a.k.a. AL-DAKHIL, Abdul Rehman; a.k.a. ALI, Amanat; a.k.a. ALI, Amanatullah; a.k.a. DILSHAD, Danish; a.k.a. IQBAL, Imanat Ullah), Pakistan; DOB 01 Sep 1964; alt. DOB 01 Mar 1965 to 31 Mar 1965; POB Faisalabad, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 (individual) [SDGT].

ALI, Ashraf Seedahmed Hussein (a.k.a. AL-CARDINAL, Ashraf Seed Ahmed; a.k.a. HUSSEIN, Ashraf Said Ahmed; a.k.a. HUSSEIN, Ashraf Seed Ahmed; a.k.a. SEED AHMED, Asharaf; a.k.a. SEED AHMED, Ashraff; a.k.a. SEEDAHMED, Ashiraf; a.k.a. "ALI, Ashraf Sayed"; a.k.a. "HUSSEIN ALI, Ashraf"), 1 College Yard, Winchester Avenue, London, England NW6 7UA, United Kingdom; 207 Jersey Road, Osterley, London TW7 4RE, United Kingdom; Dubai, United Arab Emirates; DOB 01 Jan 1957 to 31 Jan 1957; POB Sudan; nationality Sudan; Gender Male; Passport B00018325 (Sudan) expires 16 Feb 2023; National ID No. 11945710905 (Sudan); alt. National ID No. 784195754986941 (United Arab Emirates) (individual) [GLOMAG].

ALI, Emraan, Syria; DOB 04 Jul 1967; citizen Trinidad and Tobago; alt. citizen United States; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport TB162181 (Trinidad and Tobago); National ID No. 19670704052 (Trinidad and Tobago) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALI, Fadel Abdallah Mohammed (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALI, Ghasemi Morteza (a.k.a. GHAEEMI, Morteza; a.k.a. GHASEMI, Morteza; a.k.a. QASIMI, Murtadi); DOB 10 Apr 1991; alt. DOB 31 May 1988; alt. DOB 03 Mar 1983; alt. DOB 03 Jan 1983; POB Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T14532563

(Iran); alt. Passport K30803856 (Iran) expires 07 Sep 2019 (individual) [SDGT] (Linked To: QASEMI, Rostam).

ALI, Halima Adan, Mombasa, Kenya; Nairobi, Kenya; DOB 10 Oct 1986; nationality Kenya; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A1659348 (Kenya); Kenyan ID No. 25142129; alt. Kenyan ID No. 22536936; alt. Kenyan ID No. 30760317; alt. Kenyan ID No. 22645786 (individual) [SDGT].

ALI, Hamed (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED HAMED"; a.k.a. "AHMED THE EGYPTIAN"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALI, Hassan (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. AL-NUBI, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADHIL, Mustafa Mohamed; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. JIHAD, Abu; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. "ANIS, Abu"; a.k.a. "HUSSEIN"; a.k.a. "KHALID"; a.k.a. "YUSSRR, Abu"); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

ALI, Khamees Farhan Ali (a.k.a. ALESSAWI, Khamis F Ali; a.k.a. ALI, Khamees Farhan Ali; a.k.a. AL-ISSAWI, Khamis Farhan Al-Khanjar; a.k.a. AL-KHANJAR, Khamis), Jordan; Iraq; DOB 1965; alt. DOB 08 Sep 1968; alt. DOB 08 Sep 1965; POB Fallujah, Iraq; nationality Iraq; Gender Male; Passport D1022354 (Iraq) expires 21 May 2023 (individual) [GLOMAG].

ALI, Khames Farhan Ali (a.k.a. ALESSAWI, Khamis F Ali; a.k.a. ALI, Khamees Farhan Ali; a.k.a. AL-ISSAWI, Khamis Farhan Al-Khanjar; a.k.a. AL-KHANJAR, Khamis), Jordan; Iraq; DOB 1965; alt. DOB 08 Sep 1968; alt. DOB 08 Sep 1965; POB Fallujah, Iraq; nationality Iraq; Gender Male; Passport D1022354 (Iraq) expires 21 May 2023 (individual) [GLOMAG].

ALI, Maalim Salman (a.k.a. ALI, Maalim Selman; a.k.a. SALMAN, Ameer; a.k.a. SALMAN, Maalim; a.k.a. SALMAN, Mu'alim; a.k.a. SELMAN, Ma'alim; a.k.a. SULAYMAN, Ma'alin; a.k.a. SULEIMAN, Ma'alim; a.k.a. SULEIMAN, Mualem); DOB 1978 to 1980; POB Nairobi, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALI, Maalim Selman (a.k.a. ALI, Maalim Salman; a.k.a. SALMAN, Ameer; a.k.a. SALMAN, Maalim; a.k.a. SALMAN, Mu'alim; a.k.a. SELMAN, Ma'alim; a.k.a. SULAYMAN, Ma'alin; a.k.a. SULEIMAN, Ma'alim; a.k.a. SULEIMAN, Mualem); DOB 1978 to 1980; POB Nairobi, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALI, Mohamed Mire (a.k.a. MIRE, Mohamed; a.k.a. MIRE, Mohamed Ali; a.k.a. MIRE, Muhammad; a.k.a. YUSUF, Mohamed Mire Ali), Puntland, Somalia; DOB 1975; alt. DOB 1974; alt. DOB 1976; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALI, Mohammad Ijaz Safarash (a.k.a. ALI, Mohammad Ijaz Safarish; a.k.a. ALI, Mohammed Ijaz Safarish; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Mohd Ijaz Safrash; a.k.a. ALI, Muhammad Ijaz Safarash; a.k.a. ALI, Muhammed Ijaz Safarash; a.k.a. NASAR, Muhammad Ijaz; a.k.a. NASIR, Muhammad Ajaj; a.k.a. NASSARUDDIN, Muhammad Ajaj; a.k.a. SAFARASH, Mohammad Ijaz; a.k.a. SAFARASH, Muhammad Ijaz; a.k.a. SAFARISH, Mohammed Ejaz; a.k.a. "IJAZ, Muhammad"), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB 16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

ALI, Mohammad Ijaz Safarish (a.k.a. ALI, Mohammad Ijaz Safarash; a.k.a. ALI, Mohammed Ijaz Safarish; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Mohd Ijaz Safrash; a.k.a.

ALI, Muhammad Ijaz Safarash; a.k.a. ALI, Muhammed Ijaz Safarash; a.k.a. NASAR, Muhammad Ijaz; a.k.a. NASIR, Muhammad Ajaj; a.k.a. NASSARUDDIN, Muhammad Ajaj; a.k.a. SAFARASH, Mohammad Ijaz; a.k.a. SAFARASH, Muhammad Ijaz; a.k.a. SAFARISH, Mohammed Ejaz; a.k.a. "IJAZ, Muhammad"), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB 16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

ALI, Mohammed Ijaz Safarish (a.k.a. ALI, Mohammad Ijaz Safarash; a.k.a. ALI, Mohammad Ijaz Safarish; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Mohd Ijaz Safrash; a.k.a. ALI, Muhammad Ijaz Safarash; a.k.a. ALI, Muhammed Ijaz Safarash; a.k.a. NASAR, Muhammad Ijaz; a.k.a. NASIR, Muhammad Ajaj; a.k.a. NASSARUDDIN, Muhammad Ajaj; a.k.a. SAFARASH, Mohammad Ijaz; a.k.a. SAFARASH, Muhammad Ijaz; a.k.a. SAFARISH, Mohammed Ejaz; a.k.a. "IJAZ, Muhammad"), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB 16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

ALI, Mohd Ijaz Safarash (a.k.a. ALI, Mohammad Ijaz Safarash; a.k.a. ALI, Mohammad Ijaz Safarish; a.k.a. ALI, Mohammed Ijaz Safarish; a.k.a. ALI, Mohd Ijaz Safrash; a.k.a. ALI, Muhammad Ijaz Safarash; a.k.a. ALI, Muhammed Ijaz Safarash; a.k.a. NASAR, Muhammad Ijaz; a.k.a. NASIR, Muhammad Ajaj; a.k.a. NASSARUDDIN, Muhammad Ajaj; a.k.a. SAFARASH, Mohammad Ijaz; a.k.a. SAFARASH, Muhammad Ijaz; a.k.a. SAFARISH, Mohammed Ejaz; a.k.a. "IJAZ, Muhammad"), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB

16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

ALI, Mohd Ijaz Safrash (a.k.a. ALI, Mohammad Ijaz Safarash; a.k.a. ALI, Mohammad Ijaz Safarish; a.k.a. ALI, Mohammed Ijaz Safarish; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Muhammad Ijaz Safarash; a.k.a. ALI, Muhammad Ijaz Safarash; a.k.a. NASAR, Muhammad Ijaz; a.k.a. NASIR, Muhammad Ajaj; a.k.a. NASSARUDDIN, Muhammad Ajaj; a.k.a. SAFARASH, Mohammad Ijaz; a.k.a. SAFARASH, Muhammad Ijaz; a.k.a. SAFARISH, Mohammed Ejaz; a.k.a. "IJAZ, Muhammad"), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB 16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

ALI, Muhammad Ijaz Safarash (a.k.a. ALI, Mohammad Ijaz Safarash; a.k.a. ALI, Mohammad Ijaz Safarish; a.k.a. ALI, Mohammed Ijaz Safarish; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Mohd Ijaz Safrash; a.k.a. ALI, Muhammed Ijaz Safarash; a.k.a. NASAR, Muhammad Ijaz; a.k.a. NASIR, Muhammad Ajaj; a.k.a. NASSARUDDIN, Muhammad Ajaj; a.k.a. SAFARASH, Mohammad Ijaz; a.k.a. SAFARASH, Muhammad Ijaz; a.k.a. SAFARISH, Mohammed Ejaz; a.k.a. "IJAZ, Muhammad"), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB 16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency

Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

ALI, Muhammed Ijaz Safarash (a.k.a. ALI, Mohammad Ijaz Safarash; a.k.a. ALI, Mohammad Ijaz Safarish; a.k.a. ALI, Mohammed Ijaz Safarish; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Mohd Ijaz Safrash; a.k.a. ALI, Muhammad Ijaz Safarash; a.k.a. NASAR, Muhammad Ijaz; a.k.a. NASIR, Muhammad Ajaj; a.k.a. NASSARUDDIN, Muhammad Ajaj; a.k.a. SAFARASH, Mohammad Ijaz; a.k.a. SAFARASH, Muhammad Ijaz; a.k.a. SAFARISH, Mohammed Ejaz; a.k.a. "IJAZ, Muhammad"), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB 16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

ALI, Mujahid Mukhtar Robow (a.k.a. ALI, Mukhtar Abdullahi; a.k.a. ALI, Shaykh Mukhtar Robo; a.k.a. ROBOW, Mukhtar; a.k.a. RUBU, Mukhtar Ali; a.k.a. "ABU MANSOUR"; a.k.a. "ABU MANSUR"); DOB 1969; alt. DOB 10 Oct 1969; POB Xudur, Somalia; alt. POB Keren, Eritrea; nationality Eritrea; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0310857 (Eritrea) issued 21 Aug 2006 expires 20 Aug 2008; National ID No. 1372584 (Kenya); (Following data derived from an Eritrean passport issued under the alias name of Mukhtar Abdullahi Ali: Alt. DOB: 10 October 1969; Alt. POB: Keren Eritrea; nationality: Eritrean; National ID No.: 1372584, Kenya; Passport No.: 0310857, Eritrea, Issue Date 21 August 2006, Expire Date 20 August 2008) (individual) [SDGT].

ALI, Mukhtar Abdullahi (a.k.a. ALI, Mujahid Mukhtar Robow; a.k.a. ALI, Shaykh Mukhtar Robo; a.k.a. ROBOW, Mukhtar; a.k.a. RUBU, Mukhtar Ali; a.k.a. "ABU MANSOUR"; a.k.a. "ABU MANSUR"); DOB 1969; alt. DOB 10 Oct 1969; POB Xudur, Somalia; alt. POB Keren, Eritrea; nationality Eritrea; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0310857 (Eritrea) issued 21 Aug 2006 expires 20 Aug 2008; National ID No. 1372584 (Kenya);

(Following data derived from an Eritrean passport issued under the alias name of Mukhtar Abdullahi Ali: Alt. DOB: 10 October 1969; Alt. POB: Keren Eritrea; nationality: Eritrean; National ID No.: 1372584, Kenya; Passport No.: 0310857, Eritrea, Issue Date 21 August 2006, Expire Date 20 August 2008) (individual) [SDGT].

ALI, Nasser (a.k.a. AL-ALI, Naser; a.k.a. AL-ALI, Nasir; a.k.a. AL-ALI, Nasr (Arabic: ناصر العلي); a.k.a. AL-ALI, Nasser), Damascus, Syria; DOB 01 Feb 1961; POB Manbij, Aleppo, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

ALI, Nasser Al Sheikh (Arabic: ناصر الشيخ علي) (a.k.a. ALI ALSHAIKHALI, Nasser Kamel), Gaza; DOB 24 May 1970; nationality Region: Gaza; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 980335608 (Region: Gaza) (individual) [SDGT] (Linked To: AL-ANSAR CHARITY ASSOCIATION).

ALI, Osama (a.k.a. ALI, Oussama; a.k.a. ALI, Oussama Abd-El-Karim; a.k.a. ALI, Usama; a.k.a. RADWAN, Osama; a.k.a. RADWAN, Osama Abd Al Karim; a.k.a. RIZWAN, Usama Ali), Lebanon; DOB 02 Jan 1962; POB Palestine; nationality Palestinian; alt. nationality Lebanon; citizen Lebanon; alt. citizen Canada; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BA669463 (Canada); alt. Passport GA329040 (Canada); alt. Passport AJ878107 (Canada); Identification Number 47836452 (Palestinian); Refugee ID Card PR0131118 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

ALI, Oussama (a.k.a. ALI, Osama; a.k.a. ALI, Oussama Abd-El-Karim; a.k.a. ALI, Usama; a.k.a. RADWAN, Osama; a.k.a. RADWAN, Osama Abd Al Karim; a.k.a. RIZWAN, Usama Ali), Lebanon; DOB 02 Jan 1962; POB Palestine; nationality Palestinian; alt. nationality Lebanon; citizen Lebanon; alt. citizen Canada; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BA669463 (Canada); alt. Passport GA329040 (Canada); alt. Passport AJ878107 (Canada); Identification Number 47836452 (Palestinian); Refugee ID Card PR0131118 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

ALI, Oussama Abd-El-Karim (a.k.a. ALI, Osama; a.k.a. ALI, Oussama; a.k.a. ALI, Usama; a.k.a.

RADWAN, Osama; a.k.a. RADWAN, Osama Abd Al Karim; a.k.a. RIZWAN, Usama Ali), Lebanon; DOB 02 Jan 1962; POB Palestine; nationality Palestinian; alt. nationality Lebanon; citizen Lebanon; alt. citizen Canada; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BA669463 (Canada); alt. Passport GA329040 (Canada); alt. Passport AJ878107 (Canada); Identification Number 47836452 (Palestinian); Refugee ID Card PR0131118 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

ALI, Seyed Razi Mir Mohammad (a.k.a. MIR MOHAMMAD ALI, Seyyed Reza (Arabic: سید رضی میر محمد علی)), Iran; DOB 05 Sep 1977; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Y39352996 (Iran) expires 20 Oct 2021; alt. Passport R60940480 (Iran); National ID No. 0059123605 (Iran) (individual) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

ALI, Shaykh Ahmad Iman (a.k.a. ALI, Ahmad Iman; a.k.a. ALI, Ahmed Iman; a.k.a. ALI, Sheikh Ahmed Iman; a.k.a. "ZINIRA, Abu"), Somalia; DOB 1973; alt. DOB 1974; alt. DOB 1972; alt. DOB 1975; POB Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALI, Shaykh Mukhtar Robo (a.k.a. ALI, Mujahid Mukhtar Robow; a.k.a. ALI, Mukhtar Abdullahi; a.k.a. ROBOW, Mukhtar; a.k.a. RUBU, Mukhtar Ali; a.k.a. "ABU MANSOUR"; a.k.a. "ABU MANSUR"); DOB 1969; alt. DOB 10 Oct 1969; POB Xudur, Somalia; alt. POB Keren, Eritrea; nationality Eritrea; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0310857 (Eritrea) issued 21 Aug 2006 expires 20 Aug 2008; National ID No. 1372584 (Kenya); (Following data derived from an Eritrean passport issued under the alias name of Mukhtar Abdullahi Ali: Alt. DOB: 10 October 1969; Alt. POB: Keren Eritrea; nationality: Eritrean; National ID No.: 1372584, Kenya; Passport No.: 0310857, Eritrea, Issue Date 21 August 2006, Expire Date 20 August 2008) (individual) [SDGT].

ALI, Sheikh Ahmed Iman (a.k.a. ALI, Ahmad Iman; a.k.a. ALI, Ahmed Iman; a.k.a. ALI, Shaykh Ahmad Iman; a.k.a. "ZINIRA, Abu"),

Somalia; DOB 1973; alt. DOB 1974; alt. DOB 1972; alt. DOB 1975; POB Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALI, Sheikh Hassan Dahir Aweys (a.k.a. AWES, Shaykh Hassan Dahir; a.k.a. AWEYS, Hassan Dahir); DOB 1935; citizen Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALI, Sheikh Hassan Dahir Aweys (a.k.a. AWES, Hassan Dahir; a.k.a. AWES, Shaykh Hassan Dahir; a.k.a. AWEYES, Hassen Dahir; a.k.a. AWEYS, Ahmed Dahir; a.k.a. AWEYS, Hassan Dahir; a.k.a. AWEYS, Sheikh; a.k.a. AWEYS, Sheikh Hassan Dahir; a.k.a. DAHIR, Aweys Hassan; a.k.a. IBRAHIM, Mohammed Hassan; a.k.a. OAIS, Hassan Tahir; a.k.a. UWAYS, Hassan Tahir; a.k.a. "HASSAN, Sheikh"), Somalia; Eritrea; DOB 1935; nationality Somalia; citizen Somalia (individual) [SOMALIA].

ALI, Usama (a.k.a. ALI, Osama; a.k.a. ALI, Oussama; a.k.a. ALI, Oussama Abd-El-Karim; a.k.a. RADWAN, Osama; a.k.a. RADWAN, Osama Abd Al Karim; a.k.a. RIZWAN, Usama Ali), Lebanon; DOB 02 Jan 1962; POB Palestine; nationality Palestinian; alt. nationality Lebanon; citizen Lebanon; alt. citizen Canada; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BA669463 (Canada); alt. Passport GA329040 (Canada); alt. Passport AJ878107 (Canada); Identification Number 47836452 (Palestinian); Refugee ID Card PR0131118 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

ALI, Yasin Baynah (a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yasiin Cali; a.k.a. BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yassin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yassin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

ALI, Yassin Mohamed (a.k.a. ALI, Yasin Baynah; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yasiin Cali; a.k.a. BEENAH, Yasin; a.k.a.

BEENAH, Yassin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yassin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

ALIADA GROUP, INC., VG Torta, OMC Chambers, Wickhams Cay 1., Virgin Islands, British; Organization Type: Activities of holding companies; Registration Number 1926732 (Virgin Islands, British) [CYBER2].

ALIAF CO. (a.k.a. ALIAF COMPANY; a.k.a. ALIAF PUBLIC JOINT STOCK CO.; a.k.a. ALIYAF CO.; a.k.a. SHERKAT SAHAMI ALIAF (Arabic: شرکت سهامی الیاف)), No. 10, Sedaghat Building, Sedaghat Avenue, Valiasr Avenue, Tehran, Iran; Opposite depot, beginning of Shahryar Road, Old Karaj Road Fath, Tehran, Iran; Sedaghat Building, Sedaghat St., Mehrshad St., Tehran 3717, Iran; Website http://aliafco.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100431059 (Iran); Registration Number 10729 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

ALIAF COMPANY (a.k.a. ALIAF CO.; a.k.a. ALIAF PUBLIC JOINT STOCK CO.; a.k.a. ALIYAF CO.; a.k.a. SHERKAT SAHAMI ALIAF (Arabic: شرکت سهامی الیاف)), No. 10, Sedaghat Building, Sedaghat Avenue, Valiasr Avenue, Tehran, Iran; Opposite depot, beginning of Shahryar Road, Old Karaj Road Fath, Tehran, Iran; Sedaghat Building, Sedaghat St., Mehrshad St., Tehran 3717, Iran; Website http://aliafco.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100431059 (Iran); Registration Number 10729 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

ALIAF PUBLIC JOINT STOCK CO. (a.k.a. ALIAF CO.; a.k.a. ALIAF COMPANY; a.k.a. ALIYAF CO.; a.k.a. SHERKAT SAHAMI ALIAF (Arabic: شرکت سهامی الیاف)), No. 10, Sedaghat Building, Sedaghat Avenue, Valiasr Avenue, Tehran, Iran; Opposite depot, beginning of Shahryar Road, Old Karaj Road Fath, Tehran, Iran; Sedaghat Building, Sedaghat St., Mehrshad St., Tehran 3717, Iran; Website http://aliafco.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100431059 (Iran); Registration Number

10729 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

ALIAKBARI, Mohammad Reza Abbas (a.k.a. AKBARI, Mohammadreza Ali; a.k.a. ALI-AKBARI, Mohammadreza; a.k.a. "AKBARI, Ali"); DOB 31 Oct 1967; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 21795618 (individual) [SDGT] (Linked To: QASEMI, Rostam).

ALI-AKBARI, Mohammadreza (a.k.a. AKBARI, Mohammadreza Ali; a.k.a. ALIAKBARI, Mohammad Reza Abbas; a.k.a. "AKBARI, Ali"); DOB 31 Oct 1967; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 21795618 (individual) [SDGT] (Linked To: QASEMI, Rostam).

ALIAN, Jamil (a.k.a. ALAYAN, Jamil; a.k.a. 'ALIYAN, Jamil Yusuf Ahmad (Arabic: جميل يوسف احمد عليان)), Gaza; DOB 01 Jan 1955; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 907811152 (Palestinian) (individual) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

ALI-ASGARI, Abdulali, Iran; DOB 1958 to 1959; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-TRA] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

AL-IBRAHIMI, Jamal (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base,

Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-IBRAHIMI, Jamal Ja'far (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-'IBUDI, Hossein Moanes (a.k.a. AL-'IBUDI, Husayn Mu'nis; a.k.a. MOANES, Hossein), Baghdad, Iraq; DOB 24 Oct 1971; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A17308762 (Iraq) expires 10 Dec 2027 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

AL-'IBUDI, Husayn Mu'nis (a.k.a. AL-'IBUDI, Hossein Moanes; a.k.a. MOANES, Hossein), Baghdad, Iraq; DOB 24 Oct 1971; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A17308762 (Iraq) expires 10 Dec 2027 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

ALICE COMPONENTS CO LIMITED (Chinese Simplified: 愛麗絲零部件有限公司), Rm 8 11/F Wang Fai Industrial Building, 29 Luk Hop St, San Po Kong, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Company Number 2323950 (Hong Kong) [RUSSIA-EO14024].

ALIEV, Murat Magomedovich (Cyrillic: АЛИЕВ, Мурат Магомедович), Haldenstrasse, Bld 20, Apt. 1.2, Luzern 6006, Switzerland; Bolshoy Afanasyevskiy Lane, Apt. 41, Moscow 119019, Russia; Gesegnetmattstrasse 16/18, Luzern 6006, Switzerland; DOB 24 May 1979; POB Nalchik, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 753717301 (Russia) issued 15 Sep 2016 expires 15 Sep 2026; alt. Passport 753606344 (Russia) issued 19 Aug 2016 expires 19 Aug 2026; National ID No. 8300091117 (Russia) (individual) [RUSSIA-EO14024].

ALIGN TRADING CO., LIMITED, Room A1-13, Blk A 3/F, Yee Lim Ind Center, 2-28, Kwai Lok Street, Kwai Chung, Hong Kong, China; Room 2901B, Bank of Communications Building, No. 3018, Shennan Middle Road, Futian District, Shenzhen, Guangdong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Apr 2023; Company Number 3266528 (Hong Kong); Business Registration Number 75190131 (Hong Kong) [RUSSIA-EO14024].

AL-IHSAN CHARITABLE SOCIETY (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALIKHANI, Mohsen (Arabic: محسن علیخانی), Iran; POB City of Ray, Tehran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0491629206 (Iran) (individual) [IRAN-EO13876] (Linked To: SINA FINANCIAL AND INVESTMENT HOLDING COMPANY).

ALIKHANOV, Anton Andreevich (a.k.a. ALIKHANOV, Anton Andreyevich (Cyrillic: АЛИХАНОВ, Антон Андреевич)), Kaliningrad, Russia; DOB 17 Sep 1986; POB Sukhumi, Abkhazia, Georgia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770501690172 (Russia) (individual) [RUSSIA-EO14024].

ALIKHANOV, Anton Andreyevich (Cyrillic: АЛИХАНОВ, Антон Андреевич) (a.k.a. ALIKHANOV, Anton Andreevich), Kaliningrad, Russia; DOB 17 Sep 1986; POB Sukhumi, Abkhazia, Georgia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770501690172 (Russia) (individual) [RUSSIA-EO14024].

ALIKHANOV, Dmitrii Vladimirovich (a.k.a. ALIKHANOV, Dmitry Vladimirovich), Russia; DOB 13 Sep 1976; POB Vladikavkaz, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ALIKHANOV, Dmitry Vladimirovich (a.k.a. ALIKHANOV, Dmitrii Vladimirovich), Russia; DOB 13 Sep 1976; POB Vladikavkaz, Russia; nationality Russia; Gender Male; Secondary

sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

AL-IMAM ALI BATTALIONS (a.k.a. IMAM ALI BRIGADES; a.k.a. KATA'IB AL-IMAM ALI (Arabic: كتائب الإمام علي); a.k.a. KATAIB ROUH ALLAH ISSA IBN MIRIAM), Iraq; Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Jun 2014; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

ALIMENTOS CARNICOS DE TRADICION ESPANOLA LTDA. (a.k.a. "ALICANTE"), Calle 12 No. 12-58, Cali, Colombia; NIT # 900229820-2 (Colombia) [SDNT].

ALIMENTOS Y DIVERSION INSURGENTES, S. DE R.L. DE C.V., Playas de Rosarito, Baja California, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Apr 2013; Organization Type: Other amusement and recreation activities; Folio Mercantil No. 772 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: GONZALEZ LOMELI, Jesus).

ALIMOVA, Olga Nikolaevna (Cyrillic: АЛИМОВА, Ольга Николаевна), Russia; DOB 10 Apr 1953; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AL-INABI, Abu-Ubaydah Yusuf (a.k.a. ABU OBEIDA, Youcef; a.k.a. ABU UBAYDAH, Yusuf; a.k.a. AL 'ANABI, Abu 'Ubaydah Yusuf; a.k.a. AL-ANABI, Yusuf Abu-'Ubaydah; a.k.a. AL-ANNABI, Abou Obeida Youssef; a.k.a. MABRAK, Yazid; a.k.a. MEBRAK, Yazid; a.k.a. YAZID, Mebrak; a.k.a. YAZID, Mibrak; a.k.a. YAZID, Yousif Abu Obayda; a.k.a. "ABOU YOUCEF"), Algeria; DOB 01 Jan 1969; POB Annaba, Algeria; citizen Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-INMAA ENGINEERING AND CONTRACTING (a.k.a. AL-INMAA GROUP FOR ENGINEERING AND CONTRACTING; a.k.a. INMAA 'AL' FOR ENGINEERING AND CONTRACTING SARL), Ground Floor, Inmaa Building, New Airport Highway, Beirut, Lebanon; Airport Highway, Bir Hassan, Beirut, Lebanon; Aljadriya, Baghdad, Iraq; Aljazzar Road, Basra, Iraq; Al-Jaza'ir Street, 'Oman Neighborhood, Basra, Iraq; Website www.alinmaa.com.lb;

Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: TABAJA, Adham Husayn; Linked To: AL-INMAA GROUP FOR TOURISM WORKS, LLC).

AL-INMAA FOR ENTERTAINMENT AND LEISURE PROJECTS (a.k.a. AL-INMAA FOR ENTERTAINMENTS AND LEISURE PROJECTS; a.k.a. AL-INMAA GROUP FOR ENTERTAINMENT AND LEISURE PROJECTS), Ground Floor, Al Rabieh Building, New Airport Highway, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-INMAA GROUP FOR TOURISM WORKS, LLC).

AL-INMAA FOR ENTERTAINMENTS AND LEISURE PROJECTS (a.k.a. AL-INMAA FOR ENTERTAINMENT AND LEISURE PROJECTS; a.k.a. AL-INMAA GROUP FOR ENTERTAINMENT AND LEISURE PROJECTS), Ground Floor, Al Rabieh Building, New Airport Highway, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-INMAA GROUP FOR TOURISM WORKS, LLC).

AL-INMAA GROUP (a.k.a. AL-INMAA GROUP FOR TOURISM WORK, LLC; a.k.a. AL-INMAA GROUP FOR TOURISM WORKS, LLC; a.k.a. AL-INMAA GROUP, LLC), Al-Inmaa Group Building, New Airport Highway, Beirut, Lebanon; Website www.alinmaa-group.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 8-0788 (Lebanon) [SDGT] (Linked To: TABAJA, Adham Husayn).

AL-INMAA GROUP FOR ENGINEERING AND CONTRACTING (a.k.a. AL-INMAA ENGINEERING AND CONTRACTING; a.k.a. INMAA 'AL' FOR ENGINEERING AND CONTRACTING SARL), Ground Floor, Inmaa Building, New Airport Highway, Beirut, Lebanon;

Airport Highway, Bir Hassan, Beirut, Lebanon; Aljadriya, Baghdad, Iraq; Aljazzar Road, Basra, Iraq; Al-Jaza'ir Street, 'Oman Neighborhood, Basra, Iraq; Website www.alinmaa.com.lb; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: TABAJA, Adham Husayn; Linked To: AL-INMAA GROUP FOR TOURISM WORKS, LLC).

AL-INMAA GROUP FOR ENTERTAINMENT AND LEISURE PROJECTS (a.k.a. AL-INMAA FOR ENTERTAINMENT AND LEISURE PROJECTS; a.k.a. AL-INMAA FOR ENTERTAINMENTS AND LEISURE PROJECTS), Ground Floor, Al Rabieh Building, New Airport Highway, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-INMAA GROUP FOR TOURISM WORKS, LLC).

AL-INMAA GROUP FOR TOURISM WORK, LLC (a.k.a. AL-INMAA GROUP; a.k.a. AL-INMAA GROUP FOR TOURISM WORKS, LLC; a.k.a. AL-INMAA GROUP, LLC), Al-Inmaa Group Building, New Airport Highway, Beirut, Lebanon; Website www.alinmaa-group.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 8-0788 (Lebanon) [SDGT] (Linked To: TABAJA, Adham Husayn).

AL-INMAA GROUP FOR TOURISM WORKS, LLC (a.k.a. AL-INMAA GROUP; a.k.a. AL-INMAA GROUP FOR TOURISM WORK, LLC; a.k.a. AL-INMAA GROUP, LLC), Al-Inmaa Group Building, New Airport Highway, Beirut, Lebanon; Website www.alinmaa-group.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 8-0788 (Lebanon) [SDGT] (Linked To: TABAJA, Adham Husayn).

AL-INMAA GROUP, LLC (a.k.a. AL-INMAA GROUP; a.k.a. AL-INMAA GROUP FOR TOURISM WORK, LLC; a.k.a. AL-INMAA

GROUP FOR TOURISM WORKS, LLC), Al-Inmaa Group Building, New Airport Highway, Beirut, Lebanon; Website www.alinmaa-group.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 8-0788 (Lebanon) [SDGT] (Linked To: TABAJA, Adham Husayn).

AL-INTAJ BANK (a.k.a. PALESTINIAN PRODUCTION BANK), Gaza City, Gaza; Khan Younis, Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 19 May 2013 to 31 May 2013; Target Type Financial Institution [SDGT] (Linked To: HAMAS).

'ALIQ, Hajj Qasim (a.k.a. ALEIK, Kassem; a.k.a. 'ALIQ, Qasem; a.k.a. ALIQ, Qasim; a.k.a. 'ULAYQ, Qasim); DOB 1956; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

'ALIQ, Qasem (a.k.a. ALEIK, Kassem; a.k.a. 'ALIQ, Hajj Qasim; a.k.a. ALIQ, Qasim; a.k.a. 'ULAYQ, Qasim); DOB 1956; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALIQ, Qasim (a.k.a. ALEIK, Kassem; a.k.a. 'ALIQ, Hajj Qasim; a.k.a. 'ALIQ, Qasem; a.k.a. 'ULAYQ, Qasim); DOB 1956; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALIRABAKI, Steven (a.k.a. JUNJU, Abdullah; a.k.a. KYAGULANYI, Alilabaki; a.k.a. KYAGULANYI, David; a.k.a. LUUMU, Nicolas; a.k.a. MUHAMMAD, Hussein; a.k.a. MUKULU, Jamil; a.k.a. TALENGELANIMIRO; a.k.a. TALENGELANIMIRO, Musezi; a.k.a. TUTU, Mzee); DOB 1965; alt. DOB 01 Jan 1964; POB Kayunga, Uganda; alt. POB Ntoke Village, Ntenjeru Sub County, Kayunga District, Uganda; nationality Uganda; Head of the Allied Democratic Forces; Commander, Allied Democratic Forces (individual) [DRCONGO].

AL-IRAQI, Abd al-Hadi (a.k.a. AL-IRAQI, Abdal al-Hadi), Guantanamo Bay detention center, Cuba; DOB 1961; POB Mosul, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-IRAQI, Abdal al-Hadi (a.k.a. AL-IRAQI, Abd al-Hadi), Guantanamo Bay detention center, Cuba; DOB 1961; POB Mosul, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-IRAQI, Abu Yahya (a.k.a. ALJAMALI, Ayad Hamed Mohl; a.k.a. AL-JUMAIL, Ayad Hamed Mohal; a.k.a. AL-JUMAILI, Ayad; a.k.a. AL-JUMAILI, Ayad Hamid; a.k.a. AL-JUMAILY, Iyad Hamed Mahl; a.k.a. AL-JUMAYLI, Iyad; a.k.a. JOUMILY, Ayad Hamed Mahal; a.k.a. MAHAR, Ayad Miuhammed; a.k.a. MAHAR, Ayad Muhammad; a.k.a. SHUAB, Ayad Hammed Muhal; a.k.a. "YAHYA, Abu"); DOB 01 Jan 1977; alt. DOB 01 Jul 1972; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-ISAWI, Ahmad Khalaf Abd Shabib (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

AL-ISAWI, Muhammad Ahmad 'Ali (a.k.a. "Abu Osama al-Masri"; a.k.a. "Abu Usamah al-Masri"), Egypt; DOB 1972 to 1974; POB Sinai Province, Egypt; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-'ISAWI, Murtada Ibrahim Taha Muhammad (a.k.a. AL-AZAWI, Marwan Ibrahim Hussayn Tah; a.k.a. "AL-SHAMI, Abu Anas"), Iraq; DOB 1973 to 1975; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ISLAH (a.k.a. AL-HARAKAT AL-ISLAMIYAH LIL-ISLAH; a.k.a. ISLAMIC MOVEMENT FOR REFORM; a.k.a. MOVEMENT FOR ISLAMIC REFORM IN ARABIA; a.k.a. MOVEMENT FOR REFORM IN ARABIA; a.k.a. "MIRA"), BM Box: MIRA, London WC1N 3XX, United Kingdom; 21 Blackstone Road, London NW2 6DA, United Kingdom; Safiee Suite, EBC House, Townsend Lane, London NW9 8LL, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; UK Company Number 03834450 (United Kingdom) [SDGT].

AL-ISLAMBULI, Muhammad Ahmad Shawqi; DOB 21 Jan 1952; POB Minya, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALISMAEEL, Abdulhameed Salim Ibrahim (a.k.a. AL-KHATUNI, Abd Al Hamid Salim Ibrahim Ismail Brukan; a.k.a. AL-KHATUNI, 'Abd-al-Hamid Salim Ibrahim Isma'il; a.k.a. "AL-KHATUNI, Brukan"), Mersin, Turkey; DOB 01 Sep 1970; alt. DOB 12 Jan 1970; POB Ba'aj, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-ISMAEEL, Mohammed Abdulhameed Salim (a.k.a. AL-KHATUNI, Muhammad Abdul Hamid Salim Brukan), Mersin, Turkey; DOB 06 Jan 2002; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALISOV, Igor Borisovich; DOB 11 Mar 1968 (individual) [MAGNIT].

ALISPAHIC, Bakir; DOB 01 Oct 1956; POB Ahatovici, Bosnia-Herzegovina (individual) [BALKANS].

AL-ISRAA ESTABLISHMENT FOR IMPORT AND EXPORT (a.k.a. AL ISRAA IMPORT AND EXPORT ESTABLISHMENT), No. 142 Niha-Main Road, Zahle, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Jan 2014; Registration Number 4800490 (Lebanon) [SDGT] (Linked To: DAQQOU, Hassan Muhammad).

AL-ISSAWI, Ahmad Khalaf Shabib (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

AL-ISSAWI, Khamis Farhan Al-Khanjar (a.k.a. ALESSAWI, Khamis F Ali; a.k.a. ALI, Khamees Farhan Ali; a.k.a. ALI, Khames Farhan Ali; a.k.a. AL-KHANJAR, Khamis), Jordan; Iraq; DOB 1965; alt. DOB 08 Sep 1968; alt. DOB 08 Sep 1965; POB Fallujah, Iraq; nationality Iraq; Gender Male; Passport D1022354 (Iraq) expires 21 May 2023 (individual) [GLOMAG].

AL-ITIHAAD AL-ISLAMIYA (a.k.a. AIAI); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALIVAND, Arash Estaki, United Arab Emirates; DOB 31 Dec 1971; POB Tehran, Iran; nationality Iran; Gender Male; Digital Currency Address - ETH 0xe3d35f68383732649669aa990832e017340dbca5; alt. Digital Currency Address - ETH 0x532b77b33a040587e9fd1800088225f99b8b0e8a; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Digital Currency Address - TRX TYDUutYN4YLKUPeT7TG27Yyqw6kNVLq9QZ; alt. Digital Currency Address - TRX TRakpsE1mZjCUMNPyozR4BW2ZtJsF7ZWFN; alt. Digital Currency Address - TRX TQ5H49Wz3K57zNHmuXVp6uLzFwitxviABs; Passport E96089017 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ALIYAF CO. (a.k.a. ALIAF CO.; a.k.a. ALIAF COMPANY; a.k.a. ALIAF PUBLIC JOINT STOCK CO.; a.k.a. SHERKAT SAHAMI ALIAF (Arabic: شرکت سهامی الیاف)), No. 10, Sedaghat Building, Sedaghat Avenue, Valiasr Avenue, Tehran, Iran; Opposite depot, beginning of Shahryar Road, Old Karaj Road Fath, Tehran, Iran; Sedaghat Building, Sedaghat St., Mehrshad St., Tehran 3717, Iran; Website http://aliafco.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100431059 (Iran); Registration Number 10729 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

'ALIYAN, Jamil Yusuf Ahmad (Arabic: جمیل یوسف احمد علیان) (a.k.a. ALAYAN, Jamil; a.k.a. ALIAN, Jamil), Gaza; DOB 01 Jan 1955; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 907811152 (Palestinian) (individual) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

ALIYEV, Cahangir Yevqenyevic (a.k.a. ALIYEV, Jahangir Yevgenyevich), Azerbaijan; DOB 22 May 1983; POB Ukraine; nationality Azerbaijan; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport C01573439 (Azerbaijan) (individual) [RUSSIA-EO14024].

ALIYEV, Jahangir Yevgenyevich (a.k.a. ALIYEV, Cahangir Yevqenyevic), Azerbaijan; DOB 22 May 1983; POB Ukraine; nationality Azerbaijan; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport C01573439 (Azerbaijan) (individual) [RUSSIA-EO14024].

ALIYEV, Yevgeni, Moscow, Russia; DOB 02 May 1959; nationality Russia; alt. nationality Azerbaijan; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ALIZADE HOUSHYAR, Javad (a.k.a. ALIZADEH HOSHYAR, Javad (Arabic: جواد علیزاده هوشیار); a.k.a. ALIZADEH HOSHYAR, Javad Saeid; a.k.a. ALIZADEH HUSHYAR, Javad; a.k.a. ALIZADEH-HOSHIAR, Javad), Iran; DOB 24 Aug 1976; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1376561999 (Iran) (individual) [NPWMD] [IFSR] (Linked To: CONTROL AFZAR TABRIZ CO LTD).

ALIZADEH HOSHYAR, Javad (Arabic: جواد علیزاده هوشیار) (a.k.a. ALIZADE HOUSHYAR, Javad; a.k.a. ALIZADEH HOSHYAR, Javad Saeid; a.k.a. ALIZADEH HUSHYAR, Javad; a.k.a. ALIZADEH-HOSHIAR, Javad), Iran; DOB 24 Aug 1976; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1376561999 (Iran) (individual) [NPWMD] [IFSR] (Linked To: CONTROL AFZAR TABRIZ CO LTD).

ALIZADEH HOSHYAR, Javad Saeid (a.k.a. ALIZADE HOUSHYAR, Javad; a.k.a. ALIZADEH HOSHYAR, Javad (Arabic: جواد علیزاده هوشیار); a.k.a. ALIZADEH HUSHYAR, Javad; a.k.a. ALIZADEH-HOSHIAR, Javad), Iran; DOB 24 Aug 1976; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1376561999 (Iran) (individual) [NPWMD] [IFSR] (Linked To: CONTROL AFZAR TABRIZ CO LTD).

ALIZADEH HUSHYAR, Javad (a.k.a. ALIZADE HOUSHYAR, Javad; a.k.a. ALIZADEH HOSHYAR, Javad (Arabic: جواد علیزاده هوشیار); a.k.a. ALIZADEH HOSHYAR, Javad Saeid; a.k.a. ALIZADEH-HOSHIAR, Javad), Iran; DOB 24 Aug 1976; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1376561999 (Iran) (individual) [NPWMD] [IFSR] (Linked To: CONTROL AFZAR TABRIZ CO LTD).

ALIZADEH-HOSHIAR, Javad (a.k.a. ALIZADE HOUSHYAR, Javad; a.k.a. ALIZADEH HOSHYAR, Javad (Arabic: جواد علیزاده هوشیار); a.k.a. ALIZADEH HOSHYAR, Javad Saeid; a.k.a. ALIZADEH HUSHYAR, Javad), Iran; DOB 24 Aug 1976; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1376561999 (Iran) (individual) [NPWMD] [IFSR] (Linked To: CONTROL AFZAR TABRIZ CO LTD).

ALIZAI, Agha Jan (a.k.a. ALIZAI, Haji Agha Jan), Musa Qala, Helmand, Afghanistan; Dand Chowk, Kandahar City, Afghanistan; DOB 15 Oct 1963; alt. DOB 14 Feb 1973; alt. DOB 1957; POB Khandahar, Afghanistan; alt. POB

Helmand, Afghanistan; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDNTK] [SDGT].

ALIZAI, Haji Agha Jan (a.k.a. ALIZAI, Agha Jan), Musa Qala, Helmand, Afghanistan; Dand Chowk, Kandahar City, Afghanistan; DOB 15 Oct 1963; alt. DOB 14 Feb 1973; alt. DOB 1957; POB Khandahar, Afghanistan; alt. POB Helmand, Afghanistan; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDNTK] [SDGT].

ALIZAI, Haji Azizullah (a.k.a. AZIZULLAH, Haji), Musa Qala District, Helmund Province, Afghanistan; Musa Qaleh District, Helmand Province, Afghanistan; Yatim Chah, Afghanistan; Lashkar Gah, Helmand Province, Afghanistan; Kabul, Afghanistan; DOB 1950; alt. DOB 1952; POB Gereshk District, Helmund Province, Afghanistan; alt. POB Kabul City, Afghanistan; citizen Afghanistan; Electoral Registry No. 07385114 (Afghanistan) (individual) [SDNTK].

ALIZAI, Musa Khalim (a.k.a. BARICH, Musa Kalim; a.k.a. KALEEM, Musa; a.k.a. KALIM, Mohammed Musa; a.k.a. KALIM, Musa; a.k.a. KHALEEM, Musa; a.k.a. KHALIM, Musa; a.k.a. QALEM, Musa; a.k.a. QALIM, Musa), Chahgay Bazaar, Chahgay, Pakistan; Haji Mohammed Plaza, Tol Aram Road, Nearest Jamal Dean Afghani Road, Quetta, Pakistan; Dr Barno Road, Quetta, Pakistan; POB Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AD4756241 (Pakistan) issued 02 Nov 2008 expires 01 Nov 2013; National ID No. 54101-6356624-9 (Pakistan) (individual) [SDGT].

AL-JABBARI, Deiman Alhasenben Ali (a.k.a. IZZAT, Dieman Abdulkadir), Adolf-Braun Street 6, Nuremberg 90429, Germany; Fuerther Street 335, Nuremberg, Germany; Nuremberg Prison, Germany; DOB 04 Jul 1965; POB Kirkuk, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Travel Document Number A0141062 (Germany) (individual) [SDGT].

AL-JABBURI, Mishan (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL-JABBURI, Mish'an Rakkad Damin (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL-JABBURI, Sadi Tuma Abbas, Iraq; DOB 1939; Former Adviser to the President for Military Affairs (individual) [IRAQ2].

ALJABOURI, Mashaan (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL-JABOURI, Mishan (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI,

Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL-JABRI GENERAL TRADING AND INVESTMENT CO (Arabic: شركة الجابري للتجارة العامة والاستثمار), Salalah, Dhofar Governorate, Oman; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Oct 2022; Business Registration Number 1450240 (Oman) [SDGT] (Linked To: AL-JABRI, Abdulwali Abdoh Hasan).

AL-JABRI, Abd-Al-Wali (a.k.a. AL-JABRI, Abdul Wali; a.k.a. AL-JABRI, Abdulwali Abdoh Hasan (Arabic: عبدالولي عبده حسن الجابري)), Tehran, Iran; DOB 01 Jan 1969; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-JABRI, Abdul Wali (a.k.a. AL-JABRI, Abd-Al-Wali; a.k.a. AL-JABRI, Abdulwali Abdoh Hasan (Arabic: عبدالولي عبده حسن الجابري)), Tehran, Iran; DOB 01 Jan 1969; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-JABRI, Abdulwali Abdoh Hasan (Arabic: عبدالولي عبده حسن الجابري) (a.k.a. AL-JABRI, Abd-Al-Wali; a.k.a. AL-JABRI, Abdul Wali), Tehran, Iran; DOB 01 Jan 1969; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-JABURI, 'Atallah Salman Kafi (a.k.a. AL JABURI, Atallah Salman Kafi; a.k.a. ALAKT, Ataullah Salman; a.k.a. AL-JABURI, 'Attallah Salman 'Abd al-Kafi; a.k.a. AL-JABURI, Attallah Salman 'Abd Kafi; a.k.a. AL-KAFI, 'Attallah Salman 'Abd; a.k.a. KAFI, 'Ataalla Salman 'Abd; a.k.a. KAFI, 'Ataallah Salman; a.k.a. KAFI, Atallah Salman Abd; a.k.a. "ABU HAQI"), Hawi al-Arishah Village, Hawijah District, Kirkuk Province, Iraq; Hawijah District, Kirkuk Province, Iraq; Rumanah Village, Kirkuk Province, Iraq; DOB 01 Jan 1973; POB Iraq;

citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JABURI, 'Attallah Salman 'Abd al-Kafi (a.k.a. AL JABURI, Atallah Salman Kafi; a.k.a. ALAKT, Ataullah Salman; a.k.a. AL-JABURI, 'Atallah Salman Kafi; a.k.a. AL-JABURI, Attallah Salman 'Abd Kafi; a.k.a. AL-KAFI, 'Attallah Salman 'Abd; a.k.a. KAFI, 'Ataalla Salman 'Abd; a.k.a. KAFI, 'Ataallah Salman; a.k.a. KAFI, Atallah Salman Abd; a.k.a. "ABU HAQI"), Hawi al-Arishah Village, Hawijah District, Kirkuk Province, Iraq; Hawijah District, Kirkuk Province, Iraq; Rumanah Village, Kirkuk Province, Iraq; DOB 01 Jan 1973; POB Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JABURI, Attallah Salman 'Abd Kafi (a.k.a. AL JABURI, Atallah Salman Kafi; a.k.a. ALAKT, Ataullah Salman; a.k.a. AL-JABURI, 'Atallah Salman Kafi; a.k.a. AL-JABURI, 'Attallah Salman 'Abd al-Kafi; a.k.a. AL-KAFI, 'Attallah Salman 'Abd; a.k.a. KAFI, 'Ataalla Salman 'Abd; a.k.a. KAFI, 'Ataallah Salman; a.k.a. KAFI, Atallah Salman Abd; a.k.a. "ABU HAQI"), Hawi al-Arishah Village, Hawijah District, Kirkuk Province, Iraq; Hawijah District, Kirkuk Province, Iraq; Rumanah Village, Kirkuk Province, Iraq; DOB 01 Jan 1973; POB Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JABURI, Mish'an Rakin Thamin (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL-JABURI, Mushan (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL-JABURI, Mu'taz Numan 'Abd Nayf (a.k.a. AL-JABURI, Mutazz Numan Abid Nayif; a.k.a. NAIF, Mutaaz Numan 'Abd; a.k.a. NAYIF, Mutaz Muaman Abed; a.k.a. TAYSIR, Hajji), Syria; DOB 1987; POB Sudayrah, Sharqat, Salah ad-Din Province, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-JABURI, Mutazz Numan Abid Nayif (a.k.a. AL-JABURI, Mu'taz Numan 'Abd Nayf; a.k.a. NAIF, Mutaaz Numan 'Abd; a.k.a. NAYIF, Mutaz Muaman Abed; a.k.a. TAYSIR, Hajji), Syria; DOB 1987; POB Sudayrah, Sharqat, Salah ad-Din Province, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-JABURI, Sami Jasim Muhammad (a.k.a. AL-'AJUZ, Sami Jasim; a.k.a. AL-'AJUZ, Sami Jasim Muhammad; a.k.a. A'RAJ, Sami; a.k.a. MUHAMMAD, Sami Jasim; a.k.a. "ASIA, Abu"; a.k.a. "ASIYA, Abu"; a.k.a. "HAMAD, Hajji"; a.k.a. "HAMID, Hajji"; a.k.a. "HAMID, Ustadh"; a.k.a. "SAMIYAH, Abu"; a.k.a. "SUMAYYAH, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; alt. DOB 01 Jan 1970 to 31 Dec 1970; POB Al-Sharqat, Salah ad-Din Province, Iraq; alt. POB Mosul, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-JADAWI, Saqar (a.k.a. AL-JADDAW, Saqr; a.k.a. HAMDAN, Salim Ahmad Salim); DOB 1965; POB Al-Mukalla, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00385937 (Yemen) (individual) [SDGT].

AL-JADDAW, Saqr (a.k.a. AL-JADAWI, Saqar; a.k.a. HAMDAN, Salim Ahmad Salim); DOB 1965; POB Al-Mukalla, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00385937 (Yemen) (individual) [SDGT].

AL-JADDAWI, Muhannad (a.k.a. ABU-AL-KHAYR, Muhammad Abdallah Hasan; a.k.a. ABU-AL-KHAYR, Muhammad Bin-'Abdullah Bin-Hamd; a.k.a. ABUL-KHAIR, Mohammed Abdullah Hassan; a.k.a. AL-HALABI, Abdallah; a.k.a. AL-HALABI, Abdullah; a.k.a. AL-HALABI, Abu 'Abdallah; a.k.a. AL-MADANI, 'Abdallah al-Halabi; a.k.a. AL-MADANI, Abu Abdallah; a.k.a. AL-MAKKI, Abdallah; a.k.a. EL HALABI, Abdallah); DOB 19 Jun 1975; alt. DOB 18 Jun 1975; POB Al-Madinah al-Munawwarah, (Medina) Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A741097 (Saudi Arabia) issued 14 Nov 1995 expires 19 Sep 2000; National ID No. 1006010555 (Saudi Arabia) (individual) [SDGT].

AL-JADRAN AL-MAGHRIBI, Ibrahim Saad (a.k.a. AL JADHRAN, Ibrahim Saeed Salem Awad Aissa Hamed Dawoud; a.k.a. JADHRAN, Ibrahim; a.k.a. JADHRAN, Ibrahim Saeed Salim; a.k.a. JATHRAN, Ibrahim), Libya; DOB 29 Oct 1982; alt. DOB 1979 to 1982; POB Ajdabia, Libya; nationality Libya; Gender Male; Passport S/263963 issued 08 Nov 2012; National ID No. 119820043341; Personal ID Card 137803 (individual) [LIBYA3].

AL-JAHANI, Abd al-Rahman Muhammad Zafir al-Dabisi (a.k.a. AL-JAHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. ALJAHANI, Abdulrhman Mohammed D.; a.k.a. AL-JAHNI, 'Abd al-Rahman Muhammad Thafir; a.k.a. AL-JAHNI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHANI, Abd al-Rahman Muhammad; a.k.a. AL-JUHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHNI, 'Abd Al-Rahman Muhammad Zafir Al-Dubaysi; a.k.a. AL-SAUDI, Abu Wafa; a.k.a. "ABU AL-WAFA'"; a.k.a. "ABU ANAS"); DOB 04 Dec 1971; alt. DOB 1977; POB Kharj, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F508591 (Saudi Arabia); National ID No. 1027508157 (Saudi Arabia) (individual) [SDGT].

AL-JAHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi (a.k.a. AL-JAHANI, Abd al-Rahman Muhammad Zafir al-Dabisi; a.k.a. ALJAHANI, Abdulrhman Mohammed D.; a.k.a. AL-JAHNI, 'Abd al-Rahman Muhammad Thafir; a.k.a. AL-JAHNI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHANI, Abd al-Rahman Muhammad; a.k.a. AL-JUHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHNI, 'Abd Al-Rahman Muhammad Zafir Al-Dubaysi; a.k.a. AL-SAUDI, Abu Wafa; a.k.a. "ABU AL-WAFA'"; a.k.a. "ABU ANAS"); DOB 04 Dec 1971; alt. DOB 1977; POB Kharj, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F508591 (Saudi Arabia); National ID No. 1027508157 (Saudi Arabia) (individual) [SDGT].

ALJAHANI, Abdulrhman Mohammed D. (a.k.a. AL-JAHANI, Abd al-Rahman Muhammad Zafir al-Dabisi; a.k.a. AL-JAHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JAHNI, 'Abd al-Rahman Muhammad Thafir; a.k.a. AL-JAHNI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHANI, Abd al-Rahman Muhammad; a.k.a. AL-JUHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHNI, 'Abd Al-Rahman Muhammad Zafir Al-Dubaysi; a.k.a. AL-SAUDI, Abu Wafa; a.k.a. "ABU AL-WAFA'"; a.k.a. "ABU ANAS"); DOB 04 Dec 1971; alt. DOB 1977; POB Kharj, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F508591 (Saudi Arabia); National ID No. 1027508157 (Saudi Arabia) (individual) [SDGT].

AL-JAHNI, 'Abd al-Rahman Muhammad Thafir (a.k.a. AL-JAHANI, Abd al-Rahman Muhammad Zafir al-Dabisi; a.k.a. AL-JAHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. ALJAHANI, Abdulrhman Mohammed D.; a.k.a. AL-JAHNI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHANI, Abd al-Rahman Muhammad; a.k.a. AL-JUHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHNI, 'Abd Al-Rahman Muhammad Zafir Al-Dubaysi; a.k.a. AL-SAUDI, Abu Wafa; a.k.a. "ABU AL-WAFA'"; a.k.a. "ABU ANAS"); DOB 04 Dec 1971; alt. DOB 1977; POB Kharj, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F508591 (Saudi Arabia); National ID

No. 1027508157 (Saudi Arabia) (individual) [SDGT].

AL-JAHNI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi (a.k.a. AL-JAHANI, Abd al-Rahman Muhammad Zafir al-Dabisi; a.k.a. AL-JAHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. ALJAHANI, Abdulrhman Mohammed D.; a.k.a. AL-JAHNI, 'Abd al-Rahman Muhammad Thafir; a.k.a. AL-JUHANI, Abd al-Rahman Muhammad; a.k.a. AL-JUHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHNI, 'Abd Al-Rahman Muhammad Zafir Al-Dubaysi; a.k.a. AL-SAUDI, Abu Wafa; a.k.a. "ABU AL-WAFA'"; a.k.a. "ABU ANAS"); DOB 04 Dec 1971; alt. DOB 1977; POB Kharj, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F508591 (Saudi Arabia); National ID No. 1027508157 (Saudi Arabia) (individual) [SDGT].

Al-Jaja (a.k.a. BIN ALI, Khodr Taher (Arabic: خضر طاهر بن علي); a.k.a. KHODR, Abou Ali; a.k.a. KHODR, Abu Ali (Arabic: ابو علي خضر); a.k.a. TAHER, Khader Ali; a.k.a. TAHER, Kheder Ali; a.k.a. TAHER, Khider Ali; a.k.a. TAHER, Khodr Ali (Arabic: خضر علي طاهر); a.k.a. "AL-KHUDUR, Khudhur Taher"; a.k.a. "JIJEH, Abu Ali"), Damascus, Syria; Tartous, Syria; DOB 1976; POB Safita, Tartous, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-JALAHMA, Jaber (a.k.a. AL-JALAHMAH, Abu Muhammad; a.k.a. AL-JALAHMAH, Jabir Abdallah Jabir Ahmad; a.k.a. AL-JALAMAH, Jaber; a.k.a. AL-JALAMAH, Jabir 'Abdallah Jabir Ahmad; a.k.a. AL-JALHAMI, Jabir; a.k.a. "'ABDUL-GHANI"; a.k.a. "ABU MUHAMMAD"); DOB 24 Sep 1959; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 101423404 (individual) [SDGT].

AL-JALAHMAH, Abu Muhammad (a.k.a. AL-JALAHMA, Jaber; a.k.a. AL-JALAHMAH, Jabir Abdallah Jabir Ahmad; a.k.a. AL-JALAMAH, Jaber; a.k.a. AL-JALAMAH, Jabir 'Abdallah Jabir Ahmad; a.k.a. AL-JALHAMI, Jabir; a.k.a. "'ABDUL-GHANI"; a.k.a. "ABU MUHAMMAD"); DOB 24 Sep 1959; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 101423404 (individual) [SDGT].

AL-JALAHMAH, Jabir Abdallah Jabir Ahmad (a.k.a. AL-JALAHMA, Jaber; a.k.a. AL-JALAHMAH, Abu Muhammad; a.k.a. AL-JALAMAH, Jaber; a.k.a. AL-JALAMAH, Jabir 'Abdallah Jabir Ahmad; a.k.a. AL-JALHAMI, Jabir; a.k.a. "'ABDUL-GHANI"; a.k.a. "ABU MUHAMMAD"); DOB 24 Sep 1959; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 101423404 (individual) [SDGT].

AL-JALAMAH, Jaber (a.k.a. AL-JALAHMA, Jaber; a.k.a. AL-JALAHMAH, Abu Muhammad; a.k.a. AL-JALAHMAH, Jabir Abdallah Jabir Ahmad; a.k.a. AL-JALAMAH, Jabir 'Abdallah Jabir Ahmad; a.k.a. AL-JALHAMI, Jabir; a.k.a. "'ABDUL-GHANI"; a.k.a. "ABU MUHAMMAD"); DOB 24 Sep 1959; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 101423404 (individual) [SDGT].

AL-JALAMAH, Jabir 'Abdallah Jabir Ahmad (a.k.a. AL-JALAHMA, Jaber; a.k.a. AL-JALAHMAH, Abu Muhammad; a.k.a. AL-JALAHMAH, Jabir Abdallah Jabir Ahmad; a.k.a. AL-JALAMAH, Jaber; a.k.a. AL-JALHAMI, Jabir; a.k.a. "'ABDUL-GHANI"; a.k.a. "ABU MUHAMMAD"); DOB 24 Sep 1959; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 101423404 (individual) [SDGT].

AL-JALHAMI, Jabir (a.k.a. AL-JALAHMA, Jaber; a.k.a. AL-JALAHMAH, Abu Muhammad; a.k.a. AL-JALAHMAH, Jabir Abdallah Jabir Ahmad; a.k.a. AL-JALAMAH, Jaber; a.k.a. AL-JALAMAH, Jabir 'Abdallah Jabir Ahmad; a.k.a. "'ABDUL-GHANI"; a.k.a. "ABU MUHAMMAD"); DOB 24 Sep 1959; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 101423404 (individual) [SDGT].

AL-JAMAA AL-ISLAMIYAH (a.k.a. AL-JAMAAH AL-ISLAMIYAH; a.k.a. JAMAA ISLAMIYA; a.k.a. JAMA'A ISLAMIYAH; a.k.a. JAMAA ISLAMIYAH; a.k.a. LEBANESE MUSLIM BROTHERHOOD (Arabic: الجماعة الإسلامية بلبنان); a.k.a. QUWAT AL-FAJR (Arabic: قوات الفجر); a.k.a. "AL-FAJER FORCES"; a.k.a. "AL-FAJR FORCES"; a.k.a. "ISLAMIC GROUP IN LEBANON"; a.k.a. "THE DAWN FORCES"; a.k.a. "THE FAJR FORCES"; a.k.a. "THE ISLAMIC GROUP"), Lebanon; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1964; Organization Type: Advocacy organization [FTO] [SDGT].

AL-JAMAAH AL-ISLAMIYAH (a.k.a. AL-JAMAA AL-ISLAMIYAH; a.k.a. JAMAA ISLAMIYA; a.k.a. JAMA'A ISLAMIYAH; a.k.a. JAMAA ISLAMIYAH; a.k.a. LEBANESE MUSLIM BROTHERHOOD (Arabic: الجماعة الإسلامية بلبنان); a.k.a. QUWAT AL-FAJR (Arabic: قوات الفجر); a.k.a. "AL-FAJER FORCES"; a.k.a. "AL-FAJR FORCES"; a.k.a. "ISLAMIC GROUP IN LEBANON"; a.k.a. "THE DAWN FORCES"; a.k.a. "THE FAJR FORCES"; a.k.a. "THE ISLAMIC GROUP"), Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1964; Organization Type: Advocacy organization [FTO] [SDGT].

AL-JAMA'AH AL-ISLAMIYAH AL-MUSALLAH (a.k.a. ARMED ISLAMIC GROUP; a.k.a. GROUPEMENT ISLAMIQUE ARME; a.k.a. "GIA"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-JAMAHATUL ASREYA MADRASSA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

AL-JAMAL, 'Abdallah (a.k.a. AL-JAMAL, 'Abdallah Najib Ahmad; a.k.a. SALIH, Qasim Nasir Muhammad), Yemen; DOB 02 Feb 1997; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Passport 06134611 (Yemen) expires 26 Feb 2026 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL-JAMAL, 'Abdallah Najib Ahmad (a.k.a. AL-JAMAL, 'Abdallah; a.k.a. SALIH, Qasim Nasir Muhammad), Yemen; DOB 02 Feb 1997; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 06134611 (Yemen) expires 26 Feb 2026 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL-JAMAL, Sa'id Ahmad Muhammad (a.k.a. AL GAMAL, Saeed Ahmed Mohammed; a.k.a. RAMI, Abu-Ahmad; a.k.a. SAEIDI, Ahmad; a.k.a. SA'IDI, Ahmad; a.k.a. "ABU-'ALI"; a.k.a. "AHMAD, Abu"; a.k.a. "CAIHONG" (Chinese Simplified: 彩虹"); a.k.a. "HISHAM"; a.k.a. "KHRPI"), Iran; DOB 01 Jan 1979; alt. DOB 28 Jul 1978; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Digital Currency Address - USDT TLNRT524dzL5FF1nJHDhYEMFpeWjLjRbz1; alt. Digital Currency Address - USDT THh5woR8qfmDsNknQ3agPYzQSiRtMnKsTh; alt. Digital Currency Address - USDT TV5ZTpKDszLTF6XcMnPongS33pwBgF91by; alt. Digital Currency Address - USDT TTAHMdqoom4f2VTWniroPWQHcTRZ4caoH4; alt. Digital Currency Address - USDT TFFvv7NAWmbcVfA7QN81mMvUC25TWj1WJx; Passport 04716186 (Yemen); alt. Passport U63475649 (Iran) expires 24 Jun 2028; alt. Passport E49297849 (Iran) expires 24 Aug 2024 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ALJAMALI, Ayad Hamed Mohl (a.k.a. AL-IRAQI, Abu Yahya; a.k.a. AL-JUMAIL, Ayad Hamed Mohal; a.k.a. AL-JUMAILI, Ayad; a.k.a. AL-JUMAILI, Ayad Hamid; a.k.a. AL-JUMAILY, Iyad Hamed Mahl; a.k.a. AL-JUMAYLI, Iyad; a.k.a. JOUMILY, Ayad Hamed Mahal; a.k.a. MAHAR, Ayad Miuhammed; a.k.a. MAHAR, Ayad Muhammad; a.k.a. SHUAB, Ayad Hammed Muhal; a.k.a. "YAHYA, Abu"); DOB 01 Jan 1977; alt. DOB 01 Jul 1972; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JAMIA AL-ASARIA MADRASSA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

AL-JAMUS, 'Abd-al-Nasr Sharif (a.k.a. ABU SHARIF, Nasser (Arabic: ناصر ابو شريف); a.k.a. JAMOOS, Abdal Nasser Sharif Mohammed Said (Arabic: عبد الناصر شريف محمد سعيد جاموس)), Iran; DOB 14 Jan 1966; POB Tulkarm, West Bank; alt. POB Thennaba, West Bank; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000083063 (Palestinian) (individual) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

AL-JAMUS, Umar (a.k.a. DA JAMOUS, Hussam; a.k.a. JAMOUS, Hussam; a.k.a. KHATTAB, Omar), Antakya, Hatay, Turkey; DOB 08 Jan 1983; alt. DOB 01 Aug 1983; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N006951090 (Syria); National ID No. 00413L0105232 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALJARBA, Tarad (a.k.a. ALJARBA, Tarad Mohammad; a.k.a. "AL-SHIMALI, Abu-Muhammad"); DOB 20 Nov 1979; POB Iraq; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E704088 (Saudi Arabia) issued 26 Aug 2003 expires 02 Jul 2008 (individual) [SDGT].

ALJARBA, Tarad Mohammad (a.k.a. ALJARBA, Tarad; a.k.a. "AL-SHIMALI, Abu-Muhammad"); DOB 20 Nov 1979; POB Iraq; nationality Saudi Arabia; Secondary sanctions risk: section 1(b)

of Executive Order 13224, as amended by Executive Order 13886; Passport E704088 (Saudi Arabia) issued 26 Aug 2003 expires 02 Jul 2008 (individual) [SDGT].

AL-JASIM, Mohammad Hussein (Arabic: محمد حسين الجاسم) (a.k.a. "ALJASEM, Mohamed" (Arabic: "محمد الجاسم"); a.k.a. "AL-JASIM, Muhammad Husayn"; a.k.a. "AL-JASSIM BIN HUSSEIN, Muhammad"; a.k.a. "AMSHA, Abu" (Arabic: "أبو عمشة")), Syria; DOB 1985; POB Al-Jawsa Village, Al-Suqaylabiyah District, Hama Governorate, Syria; alt. POB al-Ghousa, Hama Governorate, Syria; alt. POB Jossa, Hayalin District, Hama Governate, Syria; nationality Syria; citizen Syria; alt. citizen Turkey; Gender Male (individual) [PAARSSR-EO13894].

AL-JASIM, Walid Hussein (Arabic: وليد حسين الجاسم) (a.k.a. "AL-JASIM, Seif al-Din"; a.k.a. "AL-JASSIM, Saif al-Din"), Syria; DOB 1987; POB Jossa, Hayalin District, Hama Governate, Syria; nationality Syria; citizen Syria; Gender Male (individual) [PAARSSR-EO13894] (Linked To: SULEIMAN SHAH BRIGADE).

AL-JAWZIYYAH, Ibn al-Qayyim (a.k.a. AL-SAYYID, 'Ali Sulayman Mas'ud 'Abd; a.k.a. SAYED, Aly Soliman Massoud Abdul; a.k.a. "AL-QAYYIM, 'Ibn"; a.k.a. "AL-ZAWL"; a.k.a. "EL-QAIM, Ibn"; a.k.a. "OSMAN, Mohamed"); DOB 1969; POB Tripoli, Libya; nationality Libya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 96/184442 (Libya) (individual) [SDGT].

AL-JAZA'IRI, Abu Ubaida (a.k.a. AL-JAZAIRI, Abu Ubaydah; a.k.a. GEUMMANE, Abu Bakr; a.k.a. GHUMAYN, Abu Bakr Muhammad Muhammad; a.k.a. GUEMMANE, Aboubakir; a.k.a. GUEMMANE, Aboubakr; a.k.a. GUEMMANE, Aboubekr; a.k.a. GUEMMANE, Abu Bakr Muhammad Muhammad; a.k.a. JAMIN, Abu Bakr Muhammad Muhammad; a.k.a. MAZOUZ, Kheireddine; a.k.a. MAZOUZI, Khayr al-Din; a.k.a. "LESAGE, Carol Jacques Ghislain"; a.k.a. "LESAGE, Jacques Ghislain"), Iran; DOB 31 Mar 1981; POB Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 98LH90556 (France) (individual) [SDGT] (Linked To: AL QA'IDA).

AL-JAZAIRI, Abu Ubaydah (a.k.a. AL-JAZA'IRI, Abu Ubaida; a.k.a. GEUMMANE, Abu Bakr; a.k.a. GHUMAYN, Abu Bakr Muhammad Muhammad; a.k.a. GUEMMANE, Aboubakir; a.k.a. GUEMMANE, Aboubakr; a.k.a.

GUEMMANE, Aboubekr; a.k.a. GUEMMANE, Abu Bakr Muhammad Muhammad; a.k.a. JAMIN, Abu Bakr Muhammad Muhammad; a.k.a. MAZOUZ, Kheireddine; a.k.a. MAZOUZI, Khayr al-Din; a.k.a. "LESAGE, Carol Jacques Ghislain"; a.k.a. "LESAGE, Jacques Ghislain"), Iran; DOB 31 Mar 1981; POB Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 98LH90556 (France) (individual) [SDGT] (Linked To: AL QA'IDA).

AL-JAZA'IRI, Usama Abu-'Abd-al-Wahid (a.k.a. BELHIRECHE, Messaoud; a.k.a. BELKACEM, Usamah 'Abd-al-Wahid al-Jaza'iri; a.k.a. "AL-JAZA'IRI, Abu Usama"), Mali; DOB 22 Jul 1970; POB Algeria; nationality Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

AL-JAZRAWI, Waqqas (a.k.a. ALOTAIBI, Mubarak Mohammed A; a.k.a. "ABU GHAYTH"), Syria; DOB 08 Jan 1986; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALJEITHNI, Hussein Mohammed Hussein (a.k.a. AL-JU'AITNI, Abu Mu'ath; a.k.a. AL-JU'AYTHINI, Husayn Muhamad Husayn; a.k.a. AL-JU'AYTHINI, Husayn Muhammad; a.k.a. AL-JU'AYTHINI, Husayn Muhammad Husayn; a.k.a. JUAYTHINI, Husayn; a.k.a. JU'AYTHINI, Husayn Muhammad Husayn); DOB 03 May 1977; POB Al-Nusayirat refugee camp, Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0363464 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JIBURI, Mush'an (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI,

Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL-JIBURI, Muyassir (a.k.a. AL-JUBURI, Maysar Ali Musa Abdallah; a.k.a. AL-QAHTANI, Mus'ab; a.k.a. AL-SHAMMARI; a.k.a. AL-SHAMMARI, Muyassir; a.k.a. HARARA, Muyassir; a.k.a. HASSAN, Muhammad Khalid); DOB 01 Jun 1976; POB Al-Shura, Mosul, Iraq; alt. POB Harara, Ninawa Province, Iraq; citizen Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-JIHAD (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ALJIHLIB, Yousef (a.k.a. JAHLEB, Ahmed; a.k.a. JAHLEB, Ahmed Sadu; a.k.a. JAHLEB, Ahmed Sadu Yousef; a.k.a. JAKHLAB, Ahmad Saado Yusuf), Turkey; DOB 23 Dec 1976; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P00018023 (Egypt) (individual) [SDGT] (Linked To: HAMAS).

AL-JIZRAWI, Taha Yassin Ramadan (a.k.a. RAMADAN, Taha Yasin; a.k.a. RAMADAN, Taha Yassin); DOB circa 1938; nationality Iraq; Former Vice President (individual) [IRAQ2].

AL-JU'AITNI, Abu Mu'ath (a.k.a. ALJEITHNI, Hussein Mohammed Hussein; a.k.a. AL-JU'AYTHINI, Husayn Muhamad Husayn; a.k.a. AL-JU'AYTHINI, Husayn Muhammad; a.k.a. AL-JU'AYTHINI, Husayn Muhammad Husayn; a.k.a. JUAYTHINI, Husayn; a.k.a. JU'AYTHINI, Husayn Muhammad Husayn); DOB 03 May 1977; POB Al-Nusayirat refugee camp, Gaza;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0363464 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JU'AYTHINI, Husayn Muhamad Husayn (a.k.a. ALJEITHNI, Hussein Mohammed Hussein; a.k.a. AL-JU'AITNI, Abu Mu'ath; a.k.a. AL-JU'AYTHINI, Husayn Muhammad; a.k.a. AL-JU'AYTHINI, Husayn Muhammad Husayn; a.k.a. JUAYTHINI, Husayn; a.k.a. JU'AYTHINI, Husayn Muhammad Husayn); DOB 03 May 1977; POB Al-Nusayirat refugee camp, Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0363464 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JU'AYTHINI, Husayn Muhammad (a.k.a. ALJEITHNI, Hussein Mohammed Hussein; a.k.a. AL-JU'AITNI, Abu Mu'ath; a.k.a. AL-JU'AYTHINI, Husayn Muhamad Husayn; a.k.a. AL-JU'AYTHINI, Husayn Muhammad Husayn; a.k.a. JUAYTHINI, Husayn; a.k.a. JU'AYTHINI, Husayn Muhammad Husayn); DOB 03 May 1977; POB Al-Nusayirat refugee camp, Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0363464 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JU'AYTHINI, Husayn Muhammad Husayn (a.k.a. ALJEITHNI, Hussein Mohammed Hussein; a.k.a. AL-JU'AITNI, Abu Mu'ath; a.k.a. AL-JU'AYTHINI, Husayn Muhamad Husayn; a.k.a. AL-JU'AYTHINI, Husayn Muhammad; a.k.a. JUAYTHINI, Husayn; a.k.a. JU'AYTHINI, Husayn Muhammad Husayn); DOB 03 May 1977; POB Al-Nusayirat refugee camp, Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0363464 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JUBOURI, Ahmad Abdullah (a.k.a. ABED, Ahmed Abdullah; a.k.a. AL-JUBOURI, Ahmed; a.k.a. KHALAF, Ahmed Abdullah Abid; a.k.a. "Abu Mazen"; a.k.a. "Abu Mazin"), Iraq; DOB 01 Jul 1967; POB Baghdad, Iraq; nationality Iraq; Gender Male; Passport D1017310 (Iraq) expires 14 Apr 2025; National ID No. 00318953 (Iraq) (individual) [GLOMAG].

AL-JUBOURI, Ahmed (a.k.a. ABED, Ahmed Abdullah; a.k.a. AL-JUBOURI, Ahmad Abdullah; a.k.a. KHALAF, Ahmed Abdullah Abid; a.k.a.

"Abu Mazen"; a.k.a. "Abu Mazin"), Iraq; DOB 01 Jul 1967; POB Baghdad, Iraq; nationality Iraq; Gender Male; Passport D1017310 (Iraq) expires 14 Apr 2025; National ID No. 00318953 (Iraq) (individual) [GLOMAG].

AL-JUBOURI, Mishaan (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL-JUBURI, Lu'ay Jasim Hammadi (a.k.a. AL-JUBURI, Lu'ay Jasim Hammadi Mahdi; a.k.a. HAMMADI, Lu'ay Jasim; a.k.a. "Hajji Lu'ay"), Mersin, Turkey; DOB 06 Oct 1970; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JUBURI, Lu'ay Jasim Hammadi Mahdi (a.k.a. AL-JUBURI, Lu'ay Jasim Hammadi; a.k.a. HAMMADI, Lu'ay Jasim; a.k.a. "Hajji Lu'ay"), Mersin, Turkey; DOB 06 Oct 1970; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JUBURI, Maysar Ali Musa Abdallah (a.k.a. AL-JIBURI, Muyassir; a.k.a. AL-QAHTANI, Mus'ab; a.k.a. AL-SHAMMARI; a.k.a. AL-SHAMMARI, Muyassir; a.k.a. HARARA, Muyassir; a.k.a. HASSAN, Muhammad Khalid); DOB 01 Jun 1976; POB Al-Shura, Mosul, Iraq; alt. POB Harara, Ninawa Province, Iraq; citizen Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-JUBURI, Meshaan (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham;

a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL-JUBURI, Mish'an (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL-JUHANI, Abd al-Rahman Muhammad (a.k.a. AL-JAHANI, Abd al-Rahman Muhammad Zafir al-Dabisi; a.k.a. AL-JAHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. ALJAHANI, Abdulrhman Mohammed D.; a.k.a. AL-JAHNI, 'Abd al-Rahman Muhammad Thafir; a.k.a. AL-JAHNI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHNI, 'Abd Al-Rahman Muhammad Zafir Al-Dubaysi; a.k.a. AL-SAUDI, Abu Wafa; a.k.a. "ABU AL-WAFA'"; a.k.a. "ABU ANAS"); DOB 04 Dec 1971; alt. DOB 1977; POB Kharj, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F508591 (Saudi Arabia); National ID No. 1027508157 (Saudi Arabia) (individual) [SDGT].

AL-JUHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi (a.k.a. AL-JAHANI, Abd al-Rahman Muhammad Zafir al-Dabisi; a.k.a. AL-JAHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. ALJAHANI, Abdulrhman Mohammed D.; a.k.a. AL-JAHNI, 'Abd al-Rahman Muhammad Thafir; a.k.a. AL-JAHNI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHANI, Abd al-Rahman Muhammad; a.k.a. AL-JUHNI,

'Abd Al-Rahman Muhammad Zafir Al-Dubaysi; a.k.a. AL-SAUDI, Abu Wafa; a.k.a. "ABU AL-WAFA'"; a.k.a. "ABU ANAS"); DOB 04 Dec 1971; alt. DOB 1977; POB Kharj, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F508591 (Saudi Arabia); National ID No. 1027508157 (Saudi Arabia) (individual) [SDGT].

AL-JUHNI, 'Abd Al-Rahman Muhammad Zafir Al-Dubaysi (a.k.a. AL-JAHANI, Abd al-Rahman Muhammad Zafir al-Dabisi; a.k.a. AL-JAHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. ALJAHANI, Abdulrhman Mohammed D.; a.k.a. AL-JAHNI, 'Abd al-Rahman Muhammad Thafir; a.k.a. AL-JAHNI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHANI, Abd al-Rahman Muhammad; a.k.a. AL-JUHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-SAUDI, Abu Wafa; a.k.a. "ABU AL-WAFA'"; a.k.a. "ABU ANAS"); DOB 04 Dec 1971; alt. DOB 1977; POB Kharj, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F508591 (Saudi Arabia); National ID No. 1027508157 (Saudi Arabia) (individual) [SDGT].

AL-JUMAIL, Ayad Hamed Mohal (a.k.a. AL-IRAQI, Abu Yahya; a.k.a. ALJAMALI, Ayad Hamed Mohl; a.k.a. AL-JUMAILI, Ayad; a.k.a. AL-JUMAILI, Ayad Hamid; a.k.a. AL-JUMAILY, Iyad Hamed Mahl; a.k.a. AL-JUMAYLI, Iyad; a.k.a. JOUMILY, Ayad Hamed Mahal; a.k.a. MAHAR, Ayad Miuhammed; a.k.a. MAHAR, Ayad Muhammad; a.k.a. SHUAB, Ayad Hammed Muhal; a.k.a. "YAHYA, Abu"); DOB 01 Jan 1977; alt. DOB 01 Jul 1972; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JUMAILI, Ayad (a.k.a. AL-IRAQI, Abu Yahya; a.k.a. ALJAMALI, Ayad Hamed Mohl; a.k.a. AL-JUMAIL, Ayad Hamed Mohal; a.k.a. AL-JUMAILI, Ayad Hamid; a.k.a. AL-JUMAILY, Iyad Hamed Mahl; a.k.a. JOUMILY, Ayad Hamed Mahal; a.k.a. MAHAR, Ayad Miuhammed; a.k.a. MAHAR, Ayad Muhammad; a.k.a. SHUAB, Ayad Hammed Muhal; a.k.a. "YAHYA, Abu"); DOB 01 Jan 1977; alt. DOB 01 Jul 1972; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT]

AL-JUMAILI, Ayad Hamid (a.k.a. AL-IRAQI, Abu Yahya; a.k.a. ALJAMALI, Ayad Hamed Mohl; a.k.a. AL-JUMAIL, Ayad Hamed Mohal; a.k.a. AL-JUMAILI, Ayad; a.k.a. AL-JUMAILY, Iyad Hamed Mahl; a.k.a. AL-JUMAYLI, Iyad; a.k.a. JOUMILY, Ayad Hamed Mahal; a.k.a. MAHAR, Ayad Miuhammed; a.k.a. MAHAR, Ayad Muhammad; a.k.a. SHUAB, Ayad Hammed Muhal; a.k.a. "YAHYA, Abu"); DOB 01 Jan 1977; alt. DOB 01 Jul 1972; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JUMAILY, Iyad Hamed Mahl (a.k.a. AL-IRAQI, Abu Yahya; a.k.a. ALJAMALI, Ayad Hamed Mohl; a.k.a. AL-JUMAIL, Ayad Hamed Mohal; a.k.a. AL-JUMAILI, Ayad; a.k.a. AL-JUMAILI, Ayad Hamid; a.k.a. AL-JUMAYLI, Iyad; a.k.a. JOUMILY, Ayad Hamed Mahal; a.k.a. MAHAR, Ayad Miuhammed; a.k.a. MAHAR, Ayad Muhammad; a.k.a. SHUAB, Ayad Hammed Muhal; a.k.a. "YAHYA, Abu"); DOB 01 Jan 1977; alt. DOB 01 Jul 1972; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JUMAYLI, Iyad (a.k.a. AL-IRAQI, Abu Yahya; a.k.a. ALJAMALI, Ayad Hamed Mohl; a.k.a. AL-JUMAIL, Ayad Hamed Mohal; a.k.a. AL-JUMAILI, Ayad; a.k.a. AL-JUMAILI, Ayad Hamid; a.k.a. AL-JUMAILY, Iyad Hamed Mahl; a.k.a. JOUMILY, Ayad Hamed Mahal; a.k.a. MAHAR, Ayad Miuhammed; a.k.a. MAHAR, Ayad Muhammad; a.k.a. SHUAB, Ayad Hammed Muhal; a.k.a. "YAHYA, Abu"); DOB 01 Jan 1977; alt. DOB 01 Jul 1972; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KA'ABI, Shaykh Abu-Akram (a.k.a. AL-KA'ABI, Sheik Akram; a.k.a. AL-KA'BI, Akram Abas; a.k.a. AL-KABI, Akram 'Abbas; a.k.a. AL-KABI, Arkam 'Abbas; a.k.a. "ABU-MUHAMMAD"; a.k.a. "'ALI, Abu"; a.k.a. "KARUMI"); DOB circa 1976; alt. DOB circa 1973; alt. DOB 17 Jul 1977; POB al 'Amarah, Iraq; alt. POB al Kalamiy, Iraq; alt. POB Baghdad, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRAQ3].

AL-KA'ABI, Sheik Akram (a.k.a. AL-KA'ABI, Shaykh Abu-Akram; a.k.a. AL-KA'BI, Akram Abas; a.k.a. AL-KABI, Akram 'Abbas; a.k.a. AL-KABI, Arkam 'Abbas; a.k.a. "ABU-MUHAMMAD"; a.k.a. "'ALI, Abu"; a.k.a. "KARUMI"); DOB circa 1976; alt. DOB circa 1973; alt. DOB 17 Jul 1977; POB al 'Amarah, Iraq; alt. POB al Kalamiy, Iraq; alt. POB Baghdad, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRAQ3].

AL-KA'BI, Akram Abas (a.k.a. AL-KA'ABI, Shaykh Abu-Akram; a.k.a. AL-KA'ABI, Sheik Akram; a.k.a. AL-KABI, Akram 'Abbas; a.k.a. AL-KABI, Arkam 'Abbas; a.k.a. "ABU-MUHAMMAD"; a.k.a. "'ALI, Abu"; a.k.a. "KARUMI"); DOB circa 1976; alt. DOB circa 1973; alt. DOB 17 Jul 1977; POB al 'Amarah, Iraq; alt. POB al Kalamiy, Iraq; alt. POB Baghdad, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRAQ3].

AL-KABI, Akram 'Abbas (a.k.a. AL-KA'ABI, Shaykh Abu-Akram; a.k.a. AL-KA'ABI, Sheik Akram; a.k.a. AL-KA'BI, Akram Abas; a.k.a. AL-KABI, Arkam 'Abbas; a.k.a. "ABU-MUHAMMAD"; a.k.a. "'ALI, Abu"; a.k.a. "KARUMI"); DOB circa 1976; alt. DOB circa 1973; alt. DOB 17 Jul 1977; POB al 'Amarah, Iraq; alt. POB al Kalamiy, Iraq; alt. POB Baghdad, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRAQ3].

AL-KABI, Arkam 'Abbas (a.k.a. AL-KA'ABI, Shaykh Abu-Akram; a.k.a. AL-KA'ABI, Sheik Akram; a.k.a. AL-KA'BI, Akram Abas; a.k.a. AL-KABI, Akram 'Abbas; a.k.a. "ABU-MUHAMMAD"; a.k.a. "'ALI, Abu"; a.k.a. "KARUMI"); DOB circa 1976; alt. DOB circa 1973; alt. DOB 17 Jul 1977; POB al 'Amarah, Iraq; alt. POB al Kalamiy, Iraq; alt. POB Baghdad, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRAQ3].

AL-KA'BI, Sa'd al-Sharyan (a.k.a. AL-KA'BI, Sa'd bin Sa'd Muhammad Shariyan; a.k.a. AL-KA'BI, Sa'd Bin Sa'd Muhammad Shiryan; a.k.a. AL-

KA'BI, Sa'd Sa'd Muhammad Shiryan; a.k.a. "Abu Haza'"; a.k.a. "Abu Hazza'"; a.k.a. "Abu Sa'd"; a.k.a. "Abu Suad"; a.k.a. "'Umar al-Afghani"); DOB 15 Feb 1972; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00966737 (Qatar) (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-KA'BI, Sa'd bin Sa'd Muhammad Shariyan (a.k.a. AL-KA'BI, Sa'd al-Sharyan; a.k.a. AL-KA'BI, Sa'd Bin Sa'd Muhammad Shiryan; a.k.a. AL-KA'BI, Sa'd Sa'd Muhammad Shiryan; a.k.a. "Abu Haza'"; a.k.a. "Abu Hazza'"; a.k.a. "Abu Sa'd"; a.k.a. "Abu Suad"; a.k.a. "'Umar al-Afghani"); DOB 15 Feb 1972; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00966737 (Qatar) (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-KA'BI, Sa'd Bin Sa'd Muhammad Shiryan (a.k.a. AL-KA'BI, Sa'd al-Sharyan; a.k.a. AL-KA'BI, Sa'd bin Sa'd Muhammad Shariyan; a.k.a. AL-KA'BI, Sa'd Sa'd Muhammad Shiryan; a.k.a. "Abu Haza'"; a.k.a. "Abu Hazza'"; a.k.a. "Abu Sa'd"; a.k.a. "Abu Suad"; a.k.a. "'Umar al-Afghani"); DOB 15 Feb 1972; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00966737 (Qatar) (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-KA'BI, Sa'd Sa'd Muhammad Shiryan (a.k.a. AL-KA'BI, Sa'd al-Sharyan; a.k.a. AL-KA'BI, Sa'd bin Sa'd Muhammad Shariyan; a.k.a. AL-KA'BI, Sa'd Bin Sa'd Muhammad Shiryan; a.k.a. "Abu Haza'"; a.k.a. "Abu Hazza'"; a.k.a. "Abu Sa'd"; a.k.a. "Abu Suad"; a.k.a. "'Umar al-Afghani"); DOB 15 Feb 1972; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00966737 (Qatar) (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-KAFI, Abu 'Ubaydah (a.k.a. AL-GIZANI, Ashraf; a.k.a. AL-QIZANI, Ashraf; a.k.a. GUIZANI, Achraf Ben Fathi Ben Mabrouk; a.k.a. GUIZANI, Achref Ben Fethi Ben Mabrouk), Tunisia; DOB 05 Oct 1991; POB El Gouazine, Dahmani, Governorate of Le Kef, Tunisia; nationality Tunisia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 13601334 (Tunisia) (individual) [SDGT].

AL-KAFI, 'Attallah Salman 'Abd (a.k.a. AL JABURI, Atallah Salman Kafi; a.k.a. ALAKT, Ataullah Salman; a.k.a. AL-JABURI, 'Atallah Salman Kafi; a.k.a. AL-JABURI, 'Attallah Salman 'Abd al-Kafi; a.k.a. AL-JABURI, Attallah Salman 'Abd Kafi; a.k.a. KAFI, 'Ataalla Salman 'Abd; a.k.a. KAFI, 'Ataallah Salman; a.k.a. KAFI, Atallah Salman Abd; a.k.a. "ABU HAQI"), Hawi al-Arishah Village, Hawijah District, Kirkuk Province, Iraq; Hawijah District, Kirkuk Province, Iraq; Rumanah Village, Kirkuk Province, Iraq; DOB 01 Jan 1973; POB Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KAHLOUT, Hudayfa Samir Abdullah (Arabic: حوديفه سمير عبدالله الكحلوت) (a.k.a. AL-KAHLUT, Hudhayfa Samir 'Abdallah (Arabic: حذيفة سمير عبدالله الكحلوت); a.k.a. AL-KAHLUT, Hudifah Samir 'Abdallah), Gaza; DOB 11 Feb 1985; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 800894164 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-KAHLUT, Hudhayfa Samir 'Abdallah (Arabic: حذيفة سمير عبدالله الكحلوت) (a.k.a. AL-KAHLOUT, Hudayfa Samir Abdullah (Arabic: حوديفه سمير عبدالله الكحلوت); a.k.a. AL-KAHLUT, Hudifah Samir 'Abdallah), Gaza; DOB 11 Feb 1985; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 800894164 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-KAHLUT, Hudifah Samir 'Abdallah (a.k.a. AL-KAHLOUT, Hudayfa Samir Abdullah (Arabic: حوديفه سمير عبدالله الكحلوت); a.k.a. AL-KAHLUT, Hudhayfa Samir 'Abdallah (Arabic: حذيفة سمير عبدالله الكحلوت)), Gaza; DOB 11 Feb 1985; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 800894164 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-KALDANI, Rayyan (a.k.a. AL-KILDANI, Rayan; a.k.a. DODI, Rian Salim Sadeq; a.k.a. KALDANI, Rayan), Palestine Street, DIST 505 ST 60 H 19, Baghdad, Iraq; DOB 03 Sep 1989; POB Baghdad, Iraq; nationality Iraq; Gender Male; National ID No. 00365298 (Iraq) (individual) [GLOMAG].

AL-KAMEL, Salah 'Ali (a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. THABIT 'IZ; a.k.a. "'ABD-AL-'IZ"; a.k.a. "ABU YASIR"); DOB 24 Jun 1954; POB Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 83860 (Sudan); alt. Passport 30455 (Egypt); alt. Passport 1046403 (Egypt) (individual) [SDGT].

AL-KANI, Mohamed (a.k.a. AL-KANI, Mohamed Khalifa Abderrahim Shaqaqi; a.k.a. AL-KANI, Mohammed; a.k.a. AL-KANI, Muhammad Omar), Libya; DOB 03 May 1979; nationality Libya; Gender Male; Passport F86JKFJF (Libya) (individual) [GLOMAG] (Linked To: KANIYAT MILITIA).

AL-KANI, Mohamed Khalifa Abderrahim Shaqaqi (a.k.a. AL-KANI, Mohamed; a.k.a. AL-KANI, Mohammed; a.k.a. AL-KANI, Muhammad Omar), Libya; DOB 03 May 1979; nationality Libya; Gender Male; Passport F86JKFJF (Libya) (individual) [GLOMAG] (Linked To: KANIYAT MILITIA).

AL-KANI, Mohammed (a.k.a. AL-KANI, Mohamed; a.k.a. AL-KANI, Mohamed Khalifa Abderrahim Shaqaqi; a.k.a. AL-KANI, Muhammad Omar), Libya; DOB 03 May 1979; nationality Libya; Gender Male; Passport F86JKFJF (Libya) (individual) [GLOMAG] (Linked To: KANIYAT MILITIA).

AL-KANI, Muhammad Omar (a.k.a. AL-KANI, Mohamed; a.k.a. AL-KANI, Mohamed Khalifa Abderrahim Shaqaqi; a.k.a. AL-KANI, Mohammed), Libya; DOB 03 May 1979; nationality Libya; Gender Male; Passport F86JKFJF (Libya) (individual) [GLOMAG] (Linked To: KANIYAT MILITIA).

ALKANTRANJI, Amir Hachem (a.k.a. KANTRAJI, Amir Hachem; a.k.a. KATRA, Amir; a.k.a. KATRANGI, Amir; a.k.a. KATRANGI, Amir Hachem; a.k.a. KATRANJI, Amir; a.k.a. KATRANJI, Amir Hachem; a.k.a. KATRANJI, Amir Hashem); DOB 24 Jun 1966; POB Hama, Syria; nationality Syria; Managing Director and Co-founder of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

AL-KARD, Ahmad (a.k.a. AL KURD, Ahmed; a.k.a. AL-KIRD, Ahmad; a.k.a. ALKURD, Ahmad; a.k.a. AL-KURD, Ahmad Harb; a.k.a. AL-KURD, Ahmed Hard; a.k.a. EL-KURD,

Ahmed), Deir Al-Balah, Gaza, Palestinian; DOB circa 1949; alt. DOB circa 1951; POB Deir Al-Balah, Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-KARMOUSH, Muafaq Mustafa Mohammed (a.k.a. AL KASAB, Muwafaq Mustafa Muhammad Ali; a.k.a. AL-KARMUSH, Muwafaq Mustafa; a.k.a. AL-KARMUSH, Muwafaq Mustafa Muhammad 'Ali; a.k.a. AL-KARMUSH, Muwaffaq Mustafa; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad 'Ali Mahmud; a.k.a. EL KHARMOUSH, Muwaffaq Mustafa Mohammad; a.k.a. KARMOOSH, Muwafaq Mustafa Mohammed Ali; a.k.a. KARMUSH, Muwaffaq; a.k.a. MUHAMMAD, Muwaffaq Mustafa; a.k.a. "Abu Salah"; a.k.a. "AL-'AFRI, Abu Salah"); DOB 01 Feb 1973; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A5476394 (Iraq) (individual) [SDGT].

AL-KARMUSH, Muwafaq Mustafa (a.k.a. AL KASAB, Muwafaq Mustafa Muhammad Ali; a.k.a. AL-KARMOUSH, Muafaq Mustafa Mohammed; a.k.a. AL-KARMUSH, Muwafaq Mustafa Muhammad 'Ali; a.k.a. AL-KARMUSH, Muwaffaq Mustafa; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad 'Ali Mahmud; a.k.a. EL KHARMOUSH, Muwaffaq Mustafa Mohammad; a.k.a. KARMOOSH, Muwafaq Mustafa Mohammed Ali; a.k.a. KARMUSH, Muwaffaq; a.k.a. MUHAMMAD, Muwaffaq Mustafa; a.k.a. "Abu Salah"; a.k.a. "AL-'AFRI, Abu Salah"); DOB 01 Feb 1973; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A5476394 (Iraq) (individual) [SDGT].

AL-KARMUSH, Muwaffaq Mustafa Muhammad 'Ali (a.k.a. AL KASAB, Muwafaq Mustafa Muhammad Ali; a.k.a. AL-KARMOUSH, Muafaq Mustafa Mohammed; a.k.a. AL-KARMUSH, Muwafaq Mustafa; a.k.a. AL-KARMUSH, Muwaffaq Mustafa; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad 'Ali Mahmud; a.k.a. EL KHARMOUSH, Muwaffaq Mustafa Mohammad; a.k.a. KARMOOSH, Muwafaq Mustafa Mohammed Ali; a.k.a. KARMUSH, Muwaffaq; a.k.a. MUHAMMAD, Muwaffaq Mustafa; a.k.a. "Abu Salah"; a.k.a. "AL-'AFRI, Abu Salah"); DOB 01 Feb 1973;

citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A5476394 (Iraq) (individual) [SDGT].

AL-KARMUSH, Muwaffaq Mustafa (a.k.a. AL KASAB, Muwafaq Mustafa Muhammad Ali; a.k.a. AL-KARMOUSH, Muafaq Mustafa Mohammed; a.k.a. AL-KARMUSH, Muwafaq Mustafa; a.k.a. AL-KARMUSH, Muwafaq Mustafa Muhammad 'Ali; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad 'Ali Mahmud; a.k.a. EL KHARMOUSH, Muwaffaq Mustafa Mohammad; a.k.a. KARMOOSH, Muwafaq Mustafa Mohammed Ali; a.k.a. KARMUSH, Muwaffaq; a.k.a. MUHAMMAD, Muwaffaq Mustafa; a.k.a. "Abu Salah"; a.k.a. "AL-'AFRI, Abu Salah"); DOB 01 Feb 1973; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A5476394 (Iraq) (individual) [SDGT].

AL-KARMUSH, Muwaffaq Mustafa Muhammad 'Ali Mahmud (a.k.a. AL KASAB, Muwafaq Mustafa Muhammad Ali; a.k.a. AL-KARMOUSH, Muafaq Mustafa Mohammed; a.k.a. AL-KARMUSH, Muwafaq Mustafa; a.k.a. AL-KARMUSH, Muwafaq Mustafa Muhammad 'Ali; a.k.a. AL-KARMUSH, Muwaffaq Mustafa; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad; a.k.a. EL KHARMOUSH, Muwaffaq Mustafa Mohammad; a.k.a. KARMOOSH, Muwafaq Mustafa Mohammed Ali; a.k.a. KARMUSH, Muwaffaq; a.k.a. MUHAMMAD, Muwaffaq Mustafa; a.k.a. "Abu Salah"; a.k.a. "AL-'AFRI, Abu Salah"); DOB 01 Feb 1973; citizen Iraq; Gender Male; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A5476394 (Iraq) (individual) [SDGT].

AL-KASHIF, Muhammad Jamal 'Abd-Al Rahim (a.k.a. 'ABDU, Muhammad Jamal; a.k.a. ABDU, Muhammad Jamal Ahmad; a.k.a. ABDUH, Mohammad Jamal; a.k.a. AHMAD, Muhammad Gamal Abu; a.k.a. AHMAD, Muhammad Jamal Abu; a.k.a. AHMED, Mohammad Jamal Abdo; a.k.a. AL KASHEF, Muhammad Jamal; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-al Rahim Ahmad; a.k.a. AL-MASRI, Abu Ahmad; a.k.a. JAMAL, Muhammad); DOB 01 Jan 1964; alt. DOB 01 Feb 1964; POB Cairo, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-KASHIF, Muhammad Jamal 'Abd-al Rahim Ahmad (a.k.a. 'ABDU, Muhammad Jamal; a.k.a. ABDU, Muhammad Jamal Ahmad; a.k.a. ABDUH, Mohammad Jamal; a.k.a. AHMAD, Muhammad Gamal Abu; a.k.a. AHMAD, Muhammad Jamal Abu; a.k.a. AHMED, Mohammad Jamal Abdo; a.k.a. AL KASHEF, Muhammad Jamal; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-Al Rahim; a.k.a. AL-MASRI, Abu Ahmad; a.k.a. JAMAL, Muhammad); DOB 01 Jan 1964; alt. DOB 01 Feb 1964; POB Cairo, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-KASHMIRI, Elias (a.k.a. ILYAS, Naib Amir; a.k.a. KASHMIRI, Mohammad Ilyas; a.k.a. KASHMIRI, Muhammad Ilyas), Thathi Village, Samahni, Bhimber District, Pakistan; DOB 02 Jan 1964; alt. DOB 10 Feb 1964; POB Bhimber, Samahani Valley, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Mufti or Maulana (individual) [SDGT].

AL-KAWARI, 'Abd al-Latif Bin 'Abdallah Salih Muhammad (a.k.a. AL-KAWARI, 'Abd-al-Latif 'Abdallah; a.k.a. AL-KAWARI, 'Abd-al-Latif 'Abdallah Salih; a.k.a. AL-KAWWARI, 'Abd-al-Latif 'Abdallah; a.k.a. AL-KUWARI, 'Abd-al-Latif 'Abdallah Salih; a.k.a. "Abu Ali al-Kawari"), al-Laqtah, Qatar; DOB 28 Sep 1973; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01020802 (Qatar); alt. Passport 00754833 (Qatar) issued 20 May 2007; alt. Passport 00490327 (Qatar) issued 28 Jul 2001; National ID No.

27363400684 (Qatar) (individual) [SDGT] (Linked To: AL QA'IDA).

AL-KAWARI, 'Abd-al-Latif 'Abdallah (a.k.a. AL-KAWARI, 'Abd al-Latif Bin 'Abdallah Salih Muhammad; a.k.a. AL-KAWARI, 'Abd-al-Latif 'Abdallah Salih; a.k.a. AL-KAWWARI, 'Abd-al-Latif 'Abdallah; a.k.a. AL-KUWARI, 'Abd-al-Latif 'Abdallah Salih; a.k.a. "Abu Ali al-Kawari"), al-Laqtah, Qatar; DOB 28 Sep 1973; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01020802 (Qatar); alt. Passport 00754833 (Qatar) issued 20 May 2007; alt. Passport 00490327 (Qatar) issued 28 Jul 2001; National ID No. 27363400684 (Qatar) (individual) [SDGT] (Linked To: AL QA'IDA).

AL-KAWARI, 'Abd-al-Latif 'Abdallah Salih (a.k.a. AL-KAWARI, 'Abd al-Latif Bin 'Abdallah Salih Muhammad; a.k.a. AL-KAWARI, 'Abd-al-Latif 'Abdallah; a.k.a. AL-KAWWARI, 'Abd-al-Latif 'Abdallah; a.k.a. AL-KUWARI, 'Abd-al-Latif 'Abdallah Salih; a.k.a. "Abu Ali al-Kawari"), al-Laqtah, Qatar; DOB 28 Sep 1973; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01020802 (Qatar); alt. Passport 00754833 (Qatar) issued 20 May 2007; alt. Passport 00490327 (Qatar) issued 28 Jul 2001; National ID No. 27363400684 (Qatar) (individual) [SDGT] (Linked To: AL QA'IDA).

AL-KAWTHAR FOUNDATION (a.k.a. BAHJAT AL KAWTHAR COMPANY FOR CONSTRUCTION AND TRADING LTD.; a.k.a. KOSAR COMPANY), Khabateh, Toosi St., Najaf, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL-KAWTHAR HAWALA (a.k.a. AL-KAWTHAR MONEY EXCHANGE), Al-Qa'im, Al Anbar Province, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-KUBAYSI, 'Umar).

AL-KAWTHAR MONEY EXCHANGE (a.k.a. AL-KAWTHAR HAWALA), Al-Qa'im, Al Anbar Province, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-KUBAYSI, 'Umar).

AL-KAWTHARANI, Adnan (a.k.a. KAWTHARANI, Adnan Hussein; a.k.a. KAWTHARANI, Adnan Mahmud; a.k.a. KAWTHRANI, Adnan; a.k.a. KUTHERANI, Adnan), Al Zahrani, Lebanon; Najaf, Iraq; DOB 02 Sep 1954; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

AL-KAWTHARANI, Jafar (a.k.a. AL-KAWTHARANI, Muhammad; a.k.a. KAWTARANI, Muhammad; a.k.a. KAWTHARANI, Mohammad; a.k.a. KAWTHARANI, Muhammad); DOB 1945; alt. DOB 1959; alt. DOB 1961; POB Najaf, Iraq; nationality Lebanon; alt. nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-KAWTHARANI, Muhammad (a.k.a. AL-KAWTHARANI, Jafar; a.k.a. KAWTARANI, Muhammad; a.k.a. KAWTHARANI, Mohammad; a.k.a. KAWTHARANI, Muhammad); DOB 1945; alt. DOB 1959; alt. DOB 1961; POB Najaf, Iraq; nationality Lebanon; alt. nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-KAWWARI, 'Abd-al-Latif 'Abdallah (a.k.a. AL-KAWARI, 'Abd al-Latif Bin 'Abdallah Salih Muhammad; a.k.a. AL-KAWARI, 'Abd-al-Latif 'Abdallah; a.k.a. AL-KAWARI, 'Abd-al-Latif 'Abdallah Salih; a.k.a. AL-KUWARI, 'Abd-al-Latif 'Abdallah Salih; a.k.a. "Abu Ali al-Kawari"), al-Laqtah, Qatar; DOB 28 Sep 1973; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01020802 (Qatar); alt. Passport 00754833 (Qatar) issued 20 May 2007; alt. Passport 00490327 (Qatar) issued 28 Jul 2001; National ID No. 27363400684 (Qatar) (individual) [SDGT] (Linked To: AL QA'IDA).

AL-KAYALI, Taher (a.k.a. CAIALI, Taer; a.k.a. KAYALI, Taher (Arabic: طاهر كيالي); a.k.a. KAYALI, Taher Abdel Karim), Syria; DOB 11 Jul 1960; POB Aleppo, Syria; nationality Syria; Gender Male; National ID No. 02010229257 (Syria) (individual) [PAARSSR-EO13894].

AL-KAYNA'I, Mahir Yahya (a.k.a. AL-KAYNA'I, Mahir Yahya Muhammad; a.k.a. AL-KINAI, Maher Yahya Muhammad Mutahar), Sanaa, Yemen; DOB 1987; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010036435 (Yemen) (individual) [SDGT] (Linked To: ANSARALLAH).

AL-KAYNA'I, Mahir Yahya Muhammad (a.k.a. AL-KAYNA'I, Mahir Yahya; a.k.a. AL-KINAI, Maher Yahya Muhammad Mutahar), Sanaa, Yemen; DOB 1987; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010036435 (Yemen) (individual) [SDGT] (Linked To: ANSARALLAH).

ALKES TREID LLC (a.k.a. ALKES TREID OOO (Cyrillic: ООО АЛЬКЕС ТРЕЙД)), Ul. Smirnovskaya d. 10, Str. 3. Pom VIII, Moscow, 109052, Russia (Cyrillic: Улица Смирновская, Дом 10, Строение 3, Помещение VIII, Москва 109052, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Feb 2018; Tax ID No. 7722437025 (Russia); Registration Number 1187746135862 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

ALKES TREID OOO (Cyrillic: ООО АЛЬКЕС ТРЕЙД) (a.k.a. ALKES TREID LLC), Ul. Smirnovskaya d. 10, Str. 3. Pom VIII, Moscow, 109052, Russia (Cyrillic: Улица Смирновская, Дом 10, Строение 3, Помещение VIII, Москва 109052, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Feb 2018; Tax ID No. 7722437025 (Russia); Registration Number 1187746135862 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

AL-KHAFAJI, Muhsin Khadr; nationality Iraq; Former Ba'th party regional command chairman, al-Qadisiyah (individual) [IRAQ2].

AL-KHAIR MARKET (a.k.a. AL KHAYR SUPERMARKET), Fuwwah, south of Mukalla, Hadramawt Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-HAYASHI, Sayf Abdulrab Salem).

AL-KHAIWANI, Abdul Hakim (a.k.a. AL KHIYAWANI, Abdulhakim; a.k.a. AL KIYAWANI, Abdul Hakim; a.k.a. AL-KHAIWANI, Abdulhakem Hashim; a.k.a. "AL-KARAR, Abu"; a.k.a. "KARAR, Abu"), Yemen; DOB 1986; Gender Male (individual) [GLOMAG].

AL-KHAIWANI, Abdulhakem Hashim (a.k.a. AL KHIYAWANI, Abdulhakim; a.k.a. AL KIYAWANI, Abdul Hakim; a.k.a. AL-KHAIWANI, Abdul Hakim; a.k.a. "AL-KARAR, Abu"; a.k.a. "KARAR, Abu"), Yemen; DOB 1986; Gender Male (individual) [GLOMAG].

ALKHALD, Ahmad (a.k.a. ALQADHI, Mohammed Nawar Mohammed; a.k.a. NOURE, Yassine), Raqqa, Syria; DOB 01 Jan 1992; alt. DOB 18 Aug 1993; alt. DOB 21 Jul 1992; POB Aleppo, Syria; alt. POB Brussels, Belgium; alt. POB Baghdad, Iraq; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALKHALEDI JEWELRY COMPANY (a.k.a. AL KHALDI COMPANY LLC; a.k.a. AL KHALDI GOLD AND EXCHANGE COMPANY; a.k.a. AL-KHALIDI COMPANY; a.k.a. AL-KHALIDI EXCHANGE; a.k.a. AL-KHALIDI JEWELRY SHOP; a.k.a. AL-KHALIDI MONEY EXCHANGE; a.k.a. AL-KHALIDI MONEY TRANSFER OFFICE; a.k.a. AL-KHALIDY JEWELRY COMPANY; a.k.a. KHALIDI COMPANY; a.k.a. KHALIDI COMPANY FOR JEWELRY), Cankaya Mahallesi, Silifke Cd. Akdeniz, Mersin 33070, Turkey; 7 Ilkbahar Cd, Bursa, Turkey; Raqqah, Syria; Nishtaman building second floor, New Borsa, Irbil, Iraq; Kapali Carsi, Reisoglu Sk., No: 25-27 Beyazit-Fatih, Istanbul, Turkey; Atikali Mahallesi, Fevzi Pasa Cd. 98-100, Fatih, Istanbul 34087, Turkey; Sanliurfa Market Yildiz Field Maidan, Sanliurfa, Turkey; Yildiz field, Sanliurfa, Turkey; Kapali Carsi, Istanbul, Turkey; Aksaray, Istanbul, Turkey; Zeytoun Bourno, Istanbul, Turkey; Iquitli Mimat Akef Street, Istanbul, Turkey; Oak Square, Istanbul, Turkey; Asnioret, Istanbul, Turkey; Independence, Mersin, Turkey; Sarashieh, Anteb, Turkey; Al-Sharshieh, Bursa, Turkey; Al-Sharsheh, Adana, Turkey; Gaziantep, Turkey; Dayr Az Zawr, Syria; Al Mayadin, Syria; Ismet Inonu Buvari 86, Mersin 33050, Turkey; Halaskar Gazi Caddesi 224, Istanbul 34384, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT]

(Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KHALEEJ BANK (a.k.a. AL ROWAD BANK FOR DEVELOPMENT & INVESTMENT; a.k.a. AL ROWAD BANK FOR DEVELOPMENT AND INVESTMENT; a.k.a. ALKHALEEJ BANK CO LTD), Albaraka Tower, 6th Floor, 1 Al Qasr, Khartoum, Sudan; SWIFT/BIC KHJBSDKH; Website www.al-khaleejbank.com; Target Type Financial Institution [SUDAN-EO14098].

ALKHALEEJ BANK CO LTD (a.k.a. AL ROWAD BANK FOR DEVELOPMENT & INVESTMENT; a.k.a. AL ROWAD BANK FOR DEVELOPMENT AND INVESTMENT; a.k.a. AL-KHALEEJ BANK), Albaraka Tower, 6th Floor, 1 Al Qasr, Khartoum, Sudan; SWIFT/BIC KHJBSDKH; Website www.al-khaleejbank.com; Target Type Financial Institution [SUDAN-EO14098].

AL-KHALIDI COMPANY (a.k.a. AL KHALDI COMPANY LLC; a.k.a. AL KHALDI GOLD AND EXCHANGE COMPANY; a.k.a. ALKHALEDI JEWELRY COMPANY; a.k.a. AL-KHALIDI EXCHANGE; a.k.a. AL-KHALIDI JEWELRY SHOP; a.k.a. AL-KHALIDI MONEY EXCHANGE; a.k.a. AL-KHALIDI MONEY TRANSFER OFFICE; a.k.a. AL-KHALIDY JEWELRY COMPANY; a.k.a. KHALIDI COMPANY; a.k.a. KHALIDI COMPANY FOR JEWELRY), Cankaya Mahallesi, Silifke Cd. Akdeniz, Mersin 33070, Turkey; 7 Ilkbahar Cd, Bursa, Turkey; Raqqah, Syria; Nishtaman building second floor, New Borsa, Irbil, Iraq; Kapali Carsi, Reisoglu Sk., No: 25-27 Beyazit-Fatih, Istanbul, Turkey; Atikali Mahallesi, Fevzi Pasa Cd. 98-100, Fatih, Istanbul 34087, Turkey; Sanliurfa Market Yildiz Field Maidan, Sanliurfa, Turkey; Yildiz field, Sanliurfa, Turkey; Kapali Carsi, Istanbul, Turkey; Aksaray, Istanbul, Turkey; Zeytoun Bourno, Istanbul, Turkey; Iquitli Mimat Akef Street, Istanbul, Turkey; Oak Square, Istanbul, Turkey; Asnioret, Istanbul, Turkey; Independence, Mersin, Turkey; Sarashieh, Anteb, Turkey; Al-Sharshieh, Bursa, Turkey; Al-Sharsheh, Adana, Turkey; Gaziantep, Turkey; Dayr Az Zawr, Syria; Al Mayadin, Syria; Ismet Inonu Buvari 86, Mersin 33050, Turkey; Halaskar Gazi Caddesi 224, Istanbul 34384, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KHALIDI EXCHANGE (a.k.a. AL KHALDI COMPANY LLC; a.k.a. AL KHALDI GOLD AND EXCHANGE COMPANY; a.k.a. ALKHALEDI

JEWELRY COMPANY; a.k.a. AL-KHALIDI COMPANY; a.k.a. AL-KHALIDI JEWELRY SHOP; a.k.a. AL-KHALIDI MONEY EXCHANGE; a.k.a. AL-KHALIDI MONEY TRANSFER OFFICE; a.k.a. AL-KHALIDY JEWELRY COMPANY; a.k.a. KHALIDI COMPANY; a.k.a. KHALIDI COMPANY FOR JEWELRY), Cankaya Mahallesi, Silifke Cd. Akdeniz, Mersin 33070, Turkey; 7 Ilkbahar Cd, Bursa, Turkey; Raqqah, Syria; Nishtaman building second floor, New Borsa, Irbil, Iraq; Kapali Carsi, Reisoglu Sk., No: 25-27 Beyazit-Fatih, Istanbul, Turkey; Atikali Mahallesi, Fevzi Pasa Cd. 98-100, Fatih, Istanbul 34087, Turkey; Sanliurfa Market Yildiz Field Maidan, Sanliurfa, Turkey; Yildiz field, Sanliurfa, Turkey; Kapali Carsi, Istanbul, Turkey; Aksaray, Istanbul, Turkey; Zeytoun Bourno, Istanbul, Turkey; Iquitli Mimat Akef Street, Istanbul, Turkey; Oak Square, Istanbul, Turkey; Asnioret, Istanbul, Turkey; Independence, Mersin, Turkey; Sarashieh, Anteb, Turkey; Al-Sharshieh, Bursa, Turkey; Al-Sharsheh, Adana, Turkey; Gaziantep, Turkey; Dayr Az Zawr, Syria; Al Mayadin, Syria; Ismet Inonu Buvari 86, Mersin 33050, Turkey; Halaskar Gazi Caddesi 224, Istanbul 34384, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KHALIDI JEWELRY SHOP (a.k.a. AL KHALDI COMPANY LLC; a.k.a. AL KHALDI GOLD AND EXCHANGE COMPANY; a.k.a. ALKHALEDI JEWELRY COMPANY; a.k.a. AL-KHALIDI COMPANY; a.k.a. AL-KHALIDI EXCHANGE; a.k.a. AL-KHALIDI MONEY EXCHANGE; a.k.a. AL-KHALIDI MONEY TRANSFER OFFICE; a.k.a. AL-KHALIDY JEWELRY COMPANY; a.k.a. KHALIDI COMPANY; a.k.a. KHALIDI COMPANY FOR JEWELRY), Cankaya Mahallesi, Silifke Cd. Akdeniz, Mersin 33070, Turkey; 7 Ilkbahar Cd, Bursa, Turkey; Raqqah, Syria; Nishtaman building second floor, New Borsa, Irbil, Iraq; Kapali Carsi, Reisoglu Sk., No: 25-27 Beyazit-Fatih, Istanbul, Turkey; Atikali Mahallesi, Fevzi Pasa Cd. 98-100, Fatih, Istanbul 34087, Turkey; Sanliurfa Market Yildiz Field Maidan, Sanliurfa, Turkey; Yildiz field, Sanliurfa, Turkey; Kapali Carsi, Istanbul, Turkey; Aksaray, Istanbul, Turkey; Zeytoun Bourno, Istanbul, Turkey; Iquitli Mimat Akef Street, Istanbul, Turkey; Oak Square, Istanbul, Turkey; Asnioret, Istanbul, Turkey; Independence, Mersin, Turkey; Sarashieh,

Anteb, Turkey; Al-Sharshieh, Bursa, Turkey; Al-Sharsheh, Adana, Turkey; Gaziantep, Turkey; Dayr Az Zawr, Syria; Al Mayadin, Syria; Ismet Inonu Buvari 86, Mersin 33050, Turkey; Halaskar Gazi Caddesi 224, Istanbul 34384, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KHALIDI MONEY EXCHANGE (a.k.a. AL KHALDI COMPANY LLC; a.k.a. AL KHALDI GOLD AND EXCHANGE COMPANY; a.k.a. ALKHALEDI JEWELRY COMPANY; a.k.a. AL-KHALIDI COMPANY; a.k.a. AL-KHALIDI EXCHANGE; a.k.a. AL-KHALIDI JEWELRY SHOP; a.k.a. AL-KHALIDI MONEY TRANSFER OFFICE; a.k.a. AL-KHALIDY JEWELRY COMPANY; a.k.a. KHALIDI COMPANY; a.k.a. KHALIDI COMPANY FOR JEWELRY), Cankaya Mahallesi, Silifke Cd. Akdeniz, Mersin 33070, Turkey; 7 Ilkbahar Cd, Bursa, Turkey; Raqqah, Syria; Nishtaman building second floor, New Borsa, Irbil, Iraq; Kapali Carsi, Reisoglu Sk., No: 25-27 Beyazit-Fatih, Istanbul, Turkey; Atikali Mahallesi, Fevzi Pasa Cd. 98-100, Fatih, Istanbul 34087, Turkey; Sanliurfa Market Yildiz Field Maidan, Sanliurfa, Turkey; Yildiz field, Sanliurfa, Turkey; Kapali Carsi, Istanbul, Turkey; Aksaray, Istanbul, Turkey; Zeytoun Bourno, Istanbul, Turkey; Iquitli Mimat Akef Street, Istanbul, Turkey; Oak Square, Istanbul, Turkey; Asnioret, Istanbul, Turkey; Independence, Mersin, Turkey; Sarashieh, Anteb, Turkey; Al-Sharshieh, Bursa, Turkey; Al-Sharsheh, Adana, Turkey; Gaziantep, Turkey; Dayr Az Zawr, Syria; Al Mayadin, Syria; Ismet Inonu Buvari 86, Mersin 33050, Turkey; Halaskar Gazi Caddesi 224, Istanbul 34384, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KHALIDI MONEY TRANSFER OFFICE (a.k.a. AL KHALDI COMPANY LLC; a.k.a. AL KHALDI GOLD AND EXCHANGE COMPANY; a.k.a. ALKHALEDI JEWELRY COMPANY; a.k.a. AL-KHALIDI COMPANY; a.k.a. AL-KHALIDI EXCHANGE; a.k.a. AL-KHALIDI JEWELRY SHOP; a.k.a. AL-KHALIDI MONEY EXCHANGE; a.k.a. AL-KHALIDY JEWELRY COMPANY; a.k.a. KHALIDI COMPANY; a.k.a. KHALIDI COMPANY FOR JEWELRY), Cankaya Mahallesi, Silifke Cd. Akdeniz, Mersin 33070, Turkey; 7 Ilkbahar Cd, Bursa, Turkey; Raqqah, Syria; Nishtaman building second floor, New Borsa, Irbil, Iraq; Kapali Carsi, Reisoglu Sk., No: 25-27 Beyazit-Fatih, Istanbul, Turkey; Atikali Mahallesi, Fevzi Pasa Cd. 98-100, Fatih, Istanbul 34087, Turkey; Sanliurfa Market Yildiz Field Maidan, Sanliurfa, Turkey; Yildiz field, Sanliurfa, Turkey; Kapali Carsi, Istanbul, Turkey; Aksaray, Istanbul, Turkey; Zeytoun Bourno, Istanbul, Turkey; Iquitli Mimat Akef Street, Istanbul, Turkey; Oak Square, Istanbul, Turkey; Asnioret, Istanbul, Turkey; Independence, Mersin, Turkey; Sarashieh, Anteb, Turkey; Al-Sharshieh, Bursa, Turkey; Al-Sharsheh, Adana, Turkey; Gaziantep, Turkey; Dayr Az Zawr, Syria; Al Mayadin, Syria; Ismet Inonu Buvari 86, Mersin 33050, Turkey; Halaskar Gazi Caddesi 224, Istanbul 34384, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KHALIDI, Faisal Jassim Mohammed al-Amri (a.k.a. AL-KHALIDI, Faisal Jassim Mohammed al-Oamri; a.k.a. AL-KHALIDI, Faysal Jasim Muhammad al-'Amiri; a.k.a. AL-KHALIDI, Faysal Jasim Muhammad al-Umari; a.k.a. AL-KHALIDI, Hamzah), Iran; DOB 22 Jul 1984; POB Kuwait; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B542902 issued 23 Jul 1998; National ID No. 1074811678 (Saudi Arabia) (individual) [SDGT] (Linked To: AL QA'IDA).

AL-KHALIDI, Faisal Jassim Mohammed al-Oamri (a.k.a. AL-KHALIDI, Faisal Jassim Mohammed al-Amri; a.k.a. AL-KHALIDI, Faysal Jasim Muhammad al-'Amiri; a.k.a. AL-KHALIDI, Faysal Jasim Muhammad al-Umari; a.k.a. AL-KHALIDI, Hamzah), Iran; DOB 22 Jul 1984; POB Kuwait; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B542902 issued 23 Jul 1998; National ID No. 1074811678 (Saudi Arabia) (individual) [SDGT] (Linked To: AL QA'IDA).

AL-KHALIDI, Faysal Jasim Muhammad al-'Amiri (a.k.a. AL-KHALIDI, Faisal Jassim Mohammed al-Amri; a.k.a. AL-KHALIDI, Faisal Jassim Mohammed al-Oamri; a.k.a. AL-KHALIDI, Faysal Jasim Muhammad al-Umari; a.k.a. AL-KHALIDI, Hamzah), Iran; DOB 22 Jul 1984; POB Kuwait; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B542902 issued 23 Jul 1998; National ID No.

1074811678 (Saudi Arabia) (individual) [SDGT] (Linked To: AL QA'IDA).

AL-KHALIDI, Faysal Jasim Muhammad al-Umari (a.k.a. AL-KHALIDI, Faisal Jassim Mohammed al-Amri; a.k.a. AL-KHALIDI, Faisal Jassim Mohammed al-Oamri; a.k.a. AL-KHALIDI, Faysal Jasim Muhammad al-'Amiri; a.k.a. AL-KHALIDI, Hamzah), Iran; DOB 22 Jul 1984; POB Kuwait; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B542902 issued 23 Jul 1998; National ID No. 1074811678 (Saudi Arabia) (individual) [SDGT] (Linked To: AL QA'IDA).

AL-KHALIDI, Hamzah (a.k.a. AL-KHALIDI, Faisal Jassim Mohammed al-Amri; a.k.a. AL-KHALIDI, Faisal Jassim Mohammed al-Oamri; a.k.a. AL-KHALIDI, Faysal Jasim Muhammad al-'Amiri; a.k.a. AL-KHALIDI, Faysal Jasim Muhammad al-Umari), Iran; DOB 22 Jul 1984; POB Kuwait; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B542902 issued 23 Jul 1998; National ID No. 1074811678 (Saudi Arabia) (individual) [SDGT] (Linked To: AL QA'IDA).

AL-KHALIDY JEWELRY COMPANY (a.k.a. AL KHALDI COMPANY LLC; a.k.a. AL KHALDI GOLD AND EXCHANGE COMPANY; a.k.a. ALKHALEDI JEWELRY COMPANY; a.k.a. AL-KHALIDI COMPANY; a.k.a. AL-KHALIDI EXCHANGE; a.k.a. AL-KHALIDI JEWELRY SHOP; a.k.a. AL-KHALIDI MONEY EXCHANGE; a.k.a. AL-KHALIDI MONEY TRANSFER OFFICE; a.k.a. KHALIDI COMPANY; a.k.a. KHALIDI COMPANY FOR JEWELRY), Cankaya Mahallesi, Silifke Cd. Akdeniz, Mersin 33070, Turkey; 7 Ilkbahar Cd, Bursa, Turkey; Raqqah, Syria; Nishtaman building second floor, New Borsa, Irbil, Iraq; Kapali Carsi, Reisoglu Sk., No: 25-27 Beyazit-Fatih, Istanbul, Turkey; Atikali Mahallesi, Fevzi Pasa Cd. 98-100, Fatih, Istanbul 34087, Turkey; Sanliurfa Market Yildiz Field Maidan, Sanliurfa, Turkey; Yildiz field, Sanliurfa, Turkey; Kapali Carsi, Istanbul, Turkey; Aksaray, Istanbul, Turkey; Zeytoun Bourno, Istanbul, Turkey; Iquitli Mimat Akef Street, Istanbul, Turkey; Oak Square, Istanbul, Turkey; Asnioret, Istanbul, Turkey; Independence, Mersin, Turkey; Sarashieh, Anteb, Turkey; Al-Sharshieh, Bursa, Turkey; Al-Sharsheh, Adana, Turkey; Gaziantep, Turkey; Dayr Az Zawr, Syria; Al Mayadin, Syria; Ismet Inonu Buvari 86, Mersin

33050, Turkey; Halaskar Gazi Caddesi 224, Istanbul 34384, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KHALIL, Husayn (a.k.a. KHALIL, Hossein; a.k.a. KHALIL, Husain; a.k.a. KHALIL, Hussein), Lebanon; DOB 1955; POB Burj Al Barajinah, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Political Adviser to the Secretary General of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

ALKHAMAEL CO. MARITIME SERVICES (a.k.a. AL KHAMAEL MARITIME SERVICES (Arabic: شركة الخمائل الخدمات البحرية و النقل); a.k.a. AL KHAMAIL MARINE SERVICE; a.k.a. ALKHAMAEL TERMINAL AND PORT OPERATION MANAGEMENT; a.k.a. SHARIKAH AL-KHAMA'IL LILKHADAMAT AL-BAHRIYYAH WALNQL), Umm Qasr, Iraq; Basrah, Iraq; Najaf, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ALKHAMAEL TERMINAL AND PORT OPERATION MANAGEMENT (a.k.a. AL KHAMAEL MARITIME SERVICES (Arabic: شركة الخمائل الخدمات البحرية و النقل); a.k.a. AL KHAMAIL MARINE SERVICE; a.k.a. ALKHAMAEL CO. MARITIME SERVICES; a.k.a. SHARIKAH AL-KHAMA'IL LILKHADAMAT AL-BAHRIYYAH WALNQL), Umm Qasr, Iraq; Basrah, Iraq; Najaf, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL-KHANJAR, Khamis (a.k.a. ALESSAWI, Khamis F Ali; a.k.a. ALI, Khamees Farhan Ali; a.k.a. ALI, Khames Farhan Ali; a.k.a. AL-ISSAWI, Khamis Farhan Al-Khanjar), Jordan; Iraq; DOB 1965; alt. DOB 08 Sep 1968; alt. DOB 08 Sep 1965; POB Fallujah, Iraq;

nationality Iraq; Gender Male; Passport D1022354 (Iraq) expires 21 May 2023 (individual) [GLOMAG].

AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz (a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-KHASHIBAN, Fahad (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-KHASHIBAN, Fahad H.A. (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT,

Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-KHATAB, Abd Al Rahman (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-KHATAB, Abu Baker (a.k.a. AL-ADNANI, Abu Mohamed; a.k.a. AL-ADNANI, Abu Mohammad; a.k.a. AL-ADNANI, Abu Mohammed; a.k.a. AL-BANSHI, Taha; a.k.a. AL-RAWI, Abu Sadek; a.k.a. AL-RAWI, Yasser Khalaf Hussein Nazal; a.k.a. AL-SHAMI, Abu-Muhammad al-Adnani; a.k.a. FALAH, Jaber Taha; a.k.a. FALAHA, Taha Sobhi), Syria; Iraq; DOB 1977; POB Banash, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-KHATIB, Ahmad (a.k.a. AL KHATIB, Ahmad; a.k.a. EL KHATIB, Ahmad; a.k.a. HISHMAH, Ahmad), Sao Paulo, Brazil; DOB 03 Jul 1969; alt. DOB 03 Jul 1967; POB Majdal Anjar, Lebanon; nationality Egypt; alt. nationality Lebanon; Gender Male; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0554365 (Lebanon) issued 20 Mar 2011 expires 29 Mar 2016; Tax ID No. 234.904.268-51 (Brazil) (individual) [SDGT].

AL-KHATUNI, Abd Al Hamid Salim Ibrahim Ismail Brukan (a.k.a. ALISMAEEL, Abdulhameed Salim Ibrahim; a.k.a. AL-KHATUNI, 'Abd-al-Hamid Salim Ibrahim Isma'il; a.k.a. "AL-KHATUNI, Brukan"), Mersin, Turkey; DOB 01 Sep 1970; alt. DOB 12 Jan 1970; POB Ba'aj, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KHATUNI, 'Abd-al-Hamid Salim Ibrahim Isma'il (a.k.a. ALISMAEEL, Abdulhameed Salim Ibrahim; a.k.a. AL-KHATUNI, Abd Al Hamid Salim Ibrahim Ismail Brukan; a.k.a. "AL-KHATUNI, Brukan"), Mersin, Turkey; DOB 01 Sep 1970; alt. DOB 12 Jan 1970; POB Ba'aj, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KHATUNI, Muhammad Abdul Hamid Salim Brukan (a.k.a. AL-ISMAEEL, Mohammed Abdulhameed Salim), Mersin, Turkey; DOB 06 Jan 2002; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KHATUNI, Umar Abdul Hamid Salim Brukan (a.k.a. ALESMAIL, Omar Abdulhameed), Mersin, Turkey; DOB 15 May 1995; POB Mosul, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KHAWAR, Abdullah Ghalib Mahfuz Muslim (a.k.a. AL-KHOWAR, Abdullah; a.k.a. KHAWAR, Abdallah Ghanim Mahfuz Muslim; a.k.a. KHAWAR, Abdullah Ghanem Mahfouz Muslim; a.k.a. KHOWAR, Abdullah); DOB 17 Aug 1981; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 28163402296 (individual) [SDGT].

AL-KHAYARI, Bilal Mansur Mahmud (a.k.a. AL-HIYARI, Bilal Mansur), Suwaylah, Jordan; DOB circa 1969; POB al-Salt, Jordan; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-KHAZALI, Laith (a.k.a. ALAZIREG, Layth Hadi Sayyid; a.k.a. AL-KHAZ'ALI, Layith Hadi Sa'id; a.k.a. AL-KHAZ'ALI, Layth; a.k.a. AL-KHAZALI, Layth Hadi Sa'id), Iraq; DOB 14 Oct 1975; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A10537439 (Iraq) expires 16 Oct 2023 (individual) [SDGT] [GLOMAG].

AL-KHAZ'ALI, Layith Hadi Sa'id (a.k.a. ALAZIREG, Layth Hadi Sayyid; a.k.a. AL-KHAZALI, Laith; a.k.a. AL-KHAZ'ALI, Layth; a.k.a. AL-KHAZALI, Layth Hadi Sa'id), Iraq; DOB 14 Oct 1975; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A10537439 (Iraq) expires 16 Oct 2023 (individual) [SDGT] [GLOMAG].

AL-KHAZ'ALI, Layth (a.k.a. ALAZIREG, Layth Hadi Sayyid; a.k.a. AL-KHAZALI, Laith; a.k.a. AL-KHAZ'ALI, Layith Hadi Sa'id; a.k.a. AL-KHAZALI, Layth Hadi Sa'id), Iraq; DOB 14 Oct 1975; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A10537439 (Iraq) expires 16 Oct 2023 (individual) [SDGT] [GLOMAG].

AL-KHAZALI, Layth Hadi Sa'id (a.k.a. ALAZIREG, Layth Hadi Sayyid; a.k.a. AL-KHAZALI, Laith; a.k.a. AL-KHAZ'ALI, Layith Hadi Sa'id; a.k.a. AL-KHAZ'ALI, Layth), Iraq; DOB 14 Oct 1975; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A10537439 (Iraq) expires 16 Oct 2023 (individual) [SDGT] [GLOMAG].

AL-KHAZALI, Qais (a.k.a. ALAZEREJ, Qays Hadi Sayyid; a.k.a. AL-KHAZALI, Qais Hadi Sayed Hasan; a.k.a. AL-KHAZALI, Qays; a.k.a. AL-KHAZ'ALI, Qays; a.k.a. AL-KHAZALI, Qays Hadi Sa'id), Iraq; DOB 20 Jun 1974; alt. DOB 1974; alt. DOB 24 Apr 1974; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [GLOMAG].

AL-KHAZALI, Qais Hadi Sayed Hasan (a.k.a. ALAZEREJ, Qays Hadi Sayyid; a.k.a. AL-KHAZALI, Qais; a.k.a. AL-KHAZALI, Qays; a.k.a. AL-KHAZ'ALI, Qays; a.k.a. AL-KHAZALI, Qays Hadi Sa'id), Iraq; DOB 20 Jun 1974; alt. DOB 1974; alt. DOB 24 Apr 1974; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [GLOMAG].

AL-KHAZALI, Qays (a.k.a. ALAZEREJ, Qays Hadi Sayyid; a.k.a. AL-KHAZALI, Qais; a.k.a. AL-KHAZALI, Qais Hadi Sayed Hasan; a.k.a. AL-KHAZALI, Qays; a.k.a. AL-KHAZALI, Qays Hadi Sa'id), Iraq; DOB 20 Jun 1974; alt. DOB 1974; alt. DOB 24 Apr 1974; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [GLOMAG].

AL-KHAZ'ALI, Qays (a.k.a. ALAZEREJ, Qays Hadi Sayyid; a.k.a. AL-KHAZALI, Qais; a.k.a. AL-KHAZALI, Qais Hadi Sayed Hasan; a.k.a. AL-KHAZALI, Qays; a.k.a. AL-KHAZALI, Qays Hadi Sa'id), Iraq; DOB 20 Jun 1974; alt. DOB 1974; alt. DOB 24 Apr 1974; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [GLOMAG].

AL-KHAZALI, Qays Hadi Sa'id (a.k.a. ALAZEREJ, Qays Hadi Sayyid; a.k.a. AL-KHAZALI, Qais; a.k.a. AL-KHAZALI, Qais Hadi Sayed Hasan; a.k.a. AL-KHAZALI, Qays; a.k.a. AL-KHAZ'ALI, Qays), Iraq; DOB 20 Jun 1974; alt. DOB 1974; alt. DOB 24 Apr 1974; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [GLOMAG].

AL-KHEIR, Najm (a.k.a. AL QARAWI, Abu Yahya; a.k.a. AL QARAWI, Saleh; a.k.a. AL QARAWI, Saleh Abudullah Saleh; a.k.a. AL SAGHIR, Akhuk; a.k.a. AL-QARAWI, Saleh bin Abdullah; a.k.a. "FAWAKEH"; a.k.a. "MOOTASEM"); DOB 15 Nov 1982; POB Brydah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E646989 (individual) [SDGT].

AL-KHOBARA FOR ACCOUNTING, AUDITING, AND STUDIES (Arabic: الخبراء المحاسبة والتدقيق والدراسات) (a.k.a. AL KHOBARA CO. ACCOUNTING-AUDITING STUDIES), Hadi Nasrallah Highway, Al-Qard Al-Hasan Building,

First Floor, Baabda, Mount Lebanon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 81396 (Lebanon) [SDGT] (Linked To: MANSOUR, Adel Mohamad).

AL-KHODAIR, Ahmad Hussein (a.k.a. SAMARRAI, Ahmad Husayn Khudayir); DOB 1941; Former Minister of Finance, Iraq (individual) [IRAQ2].

AL-KHOSHIBAN, Fahad Mohammad A. (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-KHOSHIBAN, Fahad Muhammad A. (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-KHOSIBAN, Fahad H.A. (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz;

a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-KHOWAR, Abdullah (a.k.a. AL-KHAWAR, Abdullah Ghalib Mahfuz Muslim; a.k.a. KHAWAR, Abdallah Ghanim Mahfuz Muslim; a.k.a. KHAWAR, Abdullah Ghanem Mahfouz Muslim; a.k.a. KHOWAR, Abdullah); DOB 17 Aug 1981; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 28163402296 (individual) [SDGT].

AL-KHOZMRI, Ahmed Abdullah Saleh al-Zahrani (a.k.a. AL-AZADI, Abu Maryam; a.k.a. AL-SAUDI, Abu Maryam; a.k.a. AL-ZAHRANI, Abu Maryam; a.k.a. AL-ZAHRANI, Ahmad Abdullah Salih; a.k.a. AL-ZAHRANI, Ahmed Abdullah S; a.k.a. AL-ZAHRANI, Ahmed Abdullah Saleh al-Khazmari; a.k.a. BIN AL-ZAHRANI, Ahmed bin Abdullah Saleh); Iran; Pakistan; DOB 15 Sep 1978; POB Dammam, Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E126785 (Saudi Arabia) issued 27 May 2002 expires 03 Apr 2007; Interpol: Red Notice. File No. 2009/3599. March 24, 2009. Orange Notice. File No. 2009/52/OS/CCC. February 10, 2009. (individual) [SDGT].

AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu";

a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-KILDANI, Rayan (a.k.a. AL-KALDANI, Rayyan; a.k.a. DODI, Rian Salim Sadeq; a.k.a. KALDANI, Rayan), Palestine Street, DIST 505 ST 60 H 19, Baghdad, Iraq; DOB 03 Sep 1989; POB Baghdad, Iraq; nationality Iraq; Gender Male; National ID No. 00365298 (Iraq) (individual) [GLOMAG].

AL-KIMAWI (a.k.a. AL-MAJID, General Ali Hasan; a.k.a. AL-MAJID, General Ali Hassan; a.k.a. AL-TIKRITI, Ali Hassan al-Majid); DOB 1943; alt. DOB 1941; POB al-Awja, near Tikrit, Iraq; nationality Iraq; presidential advisor and senior member of Revolutionary Command Council (individual) [IRAQ2].

AL-KINAI, Maher Yahya Muhammad Mutahar (a.k.a. AL-KAYNA'I, Mahir Yahya; a.k.a. AL-KAYNA'I, Mahir Yahya Muhammad), Sanaa, Yemen; DOB 1987; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010036435 (Yemen) (individual) [SDGT] (Linked To: ANSARALLAH).

AL-KIRD, Ahmad (a.k.a. AL KURD, Ahmed; a.k.a. AL-KARD, Ahmad; a.k.a. ALKURD, Ahmad; a.k.a. AL-KURD, Ahmad Harb; a.k.a. AL-KURD, Ahmed Hard; a.k.a. EL-KURD, Ahmed), Deir Al-Balah, Gaza, Palestinian; DOB circa 1949; alt. DOB circa 1951; POB Deir Al-Balah, Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALKONOST MARITIME DMCC (Arabic: الكونوست ماريتايم د. م. س.), Unit 5452, Level 54, Almas Tower, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 20 May 2021; Identification Number IMO 6382091; License 812278 (United Arab Emirates); Economic Register Number (CBLS) 11665241 (United Arab Emirates) [IRAN-EO13846].

AL-KOWARI, Salim (a.k.a. AL KAWARI, Salim Hasan Khalifa; a.k.a. AL KUWARI, Salim Hassan Khalifa Rashid; a.k.a. AL-KUWARI, Salem; a.k.a. AL-KUWARI, Salim Hasan Khalifah Rashid); DOB 1977; alt. DOB 1978; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 (individual) [SDGT].

ALKTRANJI, Mohammed (a.k.a. KATRANGI, Mohamad; a.k.a. KATRANJI, Mohammed); DOB 1928 (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

AL-KUBAISI, Muneer (a.k.a. AL-KUBAYSI, Munir; a.k.a. AL-QUBAYSI, Munir; a.k.a. AWAD, Munir A.; a.k.a. AWAD, Munir Mamduh), Syria; DOB 1966; POB Heet, Iraq; nationality Iraq (individual) [IRAQ2].

AL-KUBAYSI ARHAYM, Umar Mahmud (a.k.a. AL-KUBAYSI, 'Umar; a.k.a. AL-KUBAYSI, Umar Mahmud Rahim; a.k.a. AL-QUBAYSI, Umar Mahmud Rahim; a.k.a. ARHAYM, 'Umar Mahmud; a.k.a. RAHIM, 'Umar Mahmud), al-Qaim, al-Anbar Province, Iraq; DOB 01 Jan 1967; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KUBAYSI, Munir (a.k.a. AL-KUBAISI, Muneer; a.k.a. AL-QUBAYSI, Munir; a.k.a. AWAD, Munir A.; a.k.a. AWAD, Munir Mamduh), Syria; DOB 1966; POB Heet, Iraq; nationality Iraq (individual) [IRAQ2].

AL-KUBAYSI, Ugla Abid Saqar (a.k.a. SAQR AL-KABISI ABD AQALA); DOB 1944; POB Kubaisi, al-Anbar Governorate, Iraq; nationality Iraq; Former Ba'th party regional command chairman, Maysan (individual) [IRAQ2].

AL-KUBAYSI, 'Umar (a.k.a. AL-KUBAYSI ARHAYM, Umar Mahmud; a.k.a. AL-KUBAYSI, Umar Mahmud Rahim; a.k.a. AL-QUBAYSI, Umar Mahmud Rahim; a.k.a. ARHAYM, 'Umar Mahmud; a.k.a. RAHIM, 'Umar Mahmud), al-Qaim, al-Anbar Province, Iraq; DOB 01 Jan 1967; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KUBAYSI, Umar Mahmud Rahim (a.k.a. AL-KUBAYSI ARHAYM, Umar Mahmud; a.k.a. AL-KUBAYSI, 'Umar; a.k.a. AL-QUBAYSI, Umar Mahmud Rahim; a.k.a. ARHAYM, 'Umar Mahmud; a.k.a. RAHIM, 'Umar Mahmud), al-Qaim, al-Anbar Province, Iraq; DOB 01 Jan 1967; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KUHLANI, Hasan Ahmad Hasan Muhammad (a.k.a. AL-DAHRAH, Ebrahim Mohammad Ghaleb; a.k.a. "ABU-SHAHID"), Iran; DOB 1982 to 1984; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 06587863 (Yemen) expires 05 Jun 2028 (individual) [SDGT] (Linked To: ANSARALLAH).

ALKURD, Ahmad (a.k.a. AL KURD, Ahmed; a.k.a. AL-KARD, Ahmad; a.k.a. AL-KIRD, Ahmad; a.k.a. AL-KURD, Ahmad Harb; a.k.a. AL-KURD, Ahmed Hard; a.k.a. EL-KURD, Ahmed), Deir Al-Balah, Gaza, Palestinian; DOB circa 1949; alt. DOB circa 1951; POB Deir Al-Balah, Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-KURD, Ahmad Harb (a.k.a. AL KURD, Ahmed; a.k.a. AL-KARD, Ahmad; a.k.a. AL-KIRD, Ahmad; a.k.a. ALKURD, Ahmad; a.k.a. AL-KURD, Ahmed Hard; a.k.a. EL-KURD, Ahmed), Deir Al-Balah, Gaza, Palestinian; DOB circa 1949; alt. DOB circa 1951; POB Deir Al-Balah, Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-KURD, Ahmed Hard (a.k.a. AL KURD, Ahmed; a.k.a. AL-KARD, Ahmad; a.k.a. AL-KIRD, Ahmad; a.k.a. ALKURD, Ahmad; a.k.a. AL-KURD, Ahmad Harb; a.k.a. EL-KURD, Ahmed), Deir Al-Balah, Gaza, Palestinian; DOB circa 1949; alt. DOB circa 1951; POB Deir Al-Balah, Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-KUWARI, 'Abd-al-Latif 'Abdallah Salih (a.k.a. AL-KAWARI, 'Abd al-Latif Bin 'Abdallah Salih Muhammad; a.k.a. AL-KAWARI, 'Abd-al-Latif 'Abdallah; a.k.a. AL-KAWARI, 'Abd-al-Latif 'Abdallah Salih; a.k.a. AL-KAWWARI, 'Abd-al-Latif 'Abdallah; a.k.a. "Abu Ali al-Kawari"), al-Laqtah, Qatar; DOB 28 Sep 1973; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01020802 (Qatar); alt. Passport 00754833 (Qatar) issued 20 May 2007; alt. Passport 00490327 (Qatar) issued 28 Jul 2001; National ID No. 27363400684 (Qatar) (individual) [SDGT] (Linked To: AL QA'IDA).

AL-KUWARI, Salem (a.k.a. AL KAWARI, Salim Hasan Khalifa; a.k.a. AL KUWARI, Salim Hassan Khalifa Rashid; a.k.a. AL-KOWARI, Salim; a.k.a. AL-KUWARI, Salim Hasan

Khalifah Rashid); DOB 1977; alt. DOB 1978; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-KUWARI, Salim Hasan Khalifah Rashid (a.k.a. AL KAWARI, Salim Hasan Khalifa; a.k.a. AL KUWARI, Salim Hassan Khalifa Rashid; a.k.a. AL-KOWARI, Salim; a.k.a. AL-KUWARI, Salem); DOB 1977; alt. DOB 1978; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALL ENERGY INVESTMENTS LTD, Juba, South Sudan [SOUTH SUDAN].

ALL RUSSIA PETROLEUM RESEARCH EXPLORATION INSTITUTE JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO VSEROSSISKI NEFTYANOI NAUCHNO ISSLEDOVATELSKI GEOLOGORAZVEDOCHNY INSTITUT; a.k.a. VNIGRI JSC; a.k.a. VNIGRI PAO), d. 20 k. 2 litera A pom. 208, ul. Fayansovaya, St. Petersburg 192019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Aug 2016; Target Type State-Owned Enterprise; Tax ID No. 7816334628 (Russia); Government Gazette Number 01423435 (Russia); Registration Number 1167847310916 (Russia) [RUSSIA-EO14024].

ALL RUSSIAN CHILDREN AND YOUTH MILITARY PATRIOTIC PUBLIC MOVEMENT YOUTH ARMY (Cyrillic: ВСЕРОССИЙСКОЕ ВОЕННО ПАТРИОТИЧЕСКОЕ ОБЩЕСТВЕННОЕ ДВИЖЕНИЕ ЮНАРМИЯ) (a.k.a. ALL-RUSSIA YOUNG ARMY MILITARY PATRIOTIC SOCIAL MOVEMENT; a.k.a. VSEROSSISKOE DETSKO-YUNOSHESKOE VOENNOPATRIOTICHESKOE OBSHCHESTVENNOE DVIZHENIE YUNARMIYA; a.k.a. "YUNARMIA"; a.k.a. "YUNARMIYA"), 1st Krasnokursantskiy Passage, 1/4, Building 1, Moscow 111033, Russia; Znamenka Street, Building 19, Moscow 119160, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Jul 2016; Tax ID No. 7704366170 (Russia); Registration Number 1167700061540 (Russia) [RUSSIA-EO14024].

ALL RUSSIAN PUBLIC STATE MOVEMENT OF CHILDREN AND YOUTH (Cyrillic: ОБЩЕРОССИЙСКОЕ ОБЩЕСТВЕННО ГОСУДАРСТВЕННОЕ ДВИЖЕНИЕ ДЕТЕЙ И

МОЛОДЕЖИ ДВИЖЕНИЕ ПЕРВЫХ) (a.k.a. MOVEMENT OF THE FIRST RUSSIAN MOVEMENT OF CHILDREN AND YOUTH (Cyrillic: РОССИЙСКОЕ ДВИЖЕНИЕ ДЕТЕЙ И МОЛОДЕЖИ ДВИЖЕНИЕ ПЕРВЫХ); a.k.a. "MOVEMENT OF THE FIRST"), Zemlyanoy Val street, 50A, building 2, Moscow 109028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 9709087880 (Russia); Registration Number 1227700776038 (Russia) [RUSSIA-EO14024].

ALL RUSSIAN RESEARCH INSTITUTE OF GEOPHYSICAL EXPLORATION METHODS JSC (a.k.a. ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF GEOPHYSICAL PROSPECTING JOINT STOCK COMPANY; a.k.a. AO ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF GEOPHYSICAL PROSPECTING (Cyrillic: АО ВСЕРОССИЙСКИЙ НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ГЕОФИЗИЧЕСКИХ МЕТОДОВ РАЗВЕДКИ); a.k.a. VNIIGEOFIZIKA JSC), Nizhnyaya Krasnoselskaya Street 4, Moscow 107140, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Dec 2013; Target Type State-Owned Enterprise; Tax ID No. 7708802773 (Russia); Government Gazette Number 01424392 (Russia); Registration Number 5137746162945 (Russia) [RUSSIA-EO14024].

ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF GEOPHYSICAL PROSPECTING JOINT STOCK COMPANY (a.k.a. ALL RUSSIAN RESEARCH INSTITUTE OF GEOPHYSICAL EXPLORATION METHODS JSC; a.k.a. AO ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF GEOPHYSICAL PROSPECTING (Cyrillic: АО ВСЕРОССИЙСКИЙ НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ГЕОФИЗИЧЕСКИХ МЕТОДОВ РАЗВЕДКИ); a.k.a. VNIIGEOFIZIKA JSC), Nizhnyaya Krasnoselskaya Street 4, Moscow 107140, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Dec 2013; Target Type State-Owned Enterprise; Tax ID No. 7708802773 (Russia); Government Gazette Number 01424392 (Russia); Registration Number 5137746162945 (Russia) [RUSSIA-EO14024].

ALL WIN SHIPPING MANAGEMENT LIMITED, Room 52D, 3rd Floor, Prosperity Industrial Building, 2, Tai Yau Street, Diamond Hill, Kowloon, Hong Kong 999077, China; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 18 Sep 2019; Identification Number IMO 6477293; Business Registration Number 76231548 (Hong Kong) [IRAN-EO13846].

ALLAHDAD, Hushang (a.k.a. ALLAHDADI, Hushang; a.k.a. GOLZARI, Sa'id); Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A0022791; alt. Passport 08550695 (individual) [SDGT] [IRGC] [IFSR].

ALLAHDADI, Hushang (a.k.a. ALLAHDAD, Hushang; a.k.a. GOLZARI, Sa'id); Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A0022791; alt. Passport 08550695 (individual) [SDGT] [IRGC] [IFSR].

ALLAHKARAM, Hossein (Arabic: حسين الله کرم), Iran; DOB 1944 to 1946; POB Najafabad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: ANSAR-E HEZBOLLAH).

AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

AL-LAMI, Abu Zainab (a.k.a. AL-LAMI, Hussein Falah; a.k.a. AZIZ, Hussein Faleh), Iraq; DOB 20 Jun 1969; POB Baghdad, Iraq; nationality Iraq; Gender Male (individual) [GLOMAG].

AL-LAMI, Hamid Muhammad (a.k.a. 'ABD AL-YUNIS, Hamid Majid; a.k.a. AL-MASUI, Husayn Muhammad Jabur; a.k.a. AL-MUSAWI, Ali Mussa Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Jabur; a.k.a. AL-MUSUI, Hamid Muhammad Jabur; a.k.a. DAQDUQ, Ali Mussa; a.k.a. JABUR AL-LAMI, Hamid Muhammad); DOB 01 Sep 1969; alt. DOB 31 Dec 1971; alt. DOB 09 Aug 1971; alt. DOB 09 Sep 1970; alt. DOB 09 Aug 1969; alt. DOB 05 Mar 1972; POB Beirut, Lebanon; alt. POB Al-Karradah, Baghdad, Iraq; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-LAMI, Hussein Falah (a.k.a. AL-LAMI, Abu Zainab; a.k.a. AZIZ, Hussein Faleh), Iraq; DOB 20 Jun 1969; POB Baghdad, Iraq; nationality Iraq; Gender Male (individual) [GLOMAG].

AL-LAMI, Ismail (a.k.a. AL LAMI, Isma'il Hafiz; a.k.a. AL-LAMI, Isma'il Hafith Abid 'Ali; a.k.a. AL-ZARGAWI, Ismai'il Hafuz; a.k.a. IZAJAWI, Ismail Hafeth; a.k.a. "DAR'A, Abu"; a.k.a. "DIRI, Abu"; a.k.a. "DURA, Abu"; a.k.a. "HAYDAR, Abu"), Sadr City, Baghdad, Iraq; Iran; DOB circa 1957; POB Baghdad, Iraq; citizen Iraq (individual) [IRAQ3].

AL-LAMI, Isma'il Hafith Abid 'Ali (a.k.a. AL LAMI, Isma'il Hafiz; a.k.a. AL-LAMI, Ismail; a.k.a. AL-

ZARGAWI, Ismai'il Hafuz; a.k.a. IZAJAWI, Ismail Hafeth; a.k.a. "DAR'A, Abu"; a.k.a. "DIRI, Abu"; a.k.a. "DURA, Abu"; a.k.a. "HAYDAR, Abu"), Sadr City, Baghdad, Iraq; Iran; DOB circa 1957; POB Baghdad, Iraq; citizen Iraq (individual) [IRAQ3].

ALLAMI, Jihad Husayn (a.k.a. ALAMI, Jihad (Arabic: جهاد علامي)), Deir Qanoun en Nahr, Tyre, Al-Janoub, Lebanon; Hay El Kfaat B, El Hdeth, Baabda, Lebanon; DOB 03 Jun 1968; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000022918996 (Lebanon); Identification Number 636974 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

ALLANE, Hacene (a.k.a. ABDELHAY, al-Sheikh; a.k.a. AHCENE, Cheib; a.k.a. "ABU AL-FOUTOUH"; a.k.a. "BOULAHIA"; a.k.a. "HASSAN THE OLD"); DOB 17 Jan 1941; POB El Menea, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-LAW, Tawfiq (a.k.a. AL-LAW, Tawfiq Muhammad Sa'id; a.k.a. ALLOU, Tawfik), Beirut, Lebanon; DOB 04 May 1992; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Digital Currency Address - USDT TWBAPzpPiZarfVsY2BLXeaLhNHurn4wkWG; Passport N013053807 (Syria) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-LAW, Tawfiq Muhammad Sa'id (a.k.a. AL-LAW, Tawfiq; a.k.a. ALLOU, Tawfik), Beirut, Lebanon; DOB 04 May 1992; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Digital Currency Address - USDT TWBAPzpPiZarfVsY2BLXeaLhNHurn4wkWG; Passport N013053807 (Syria) (individual) [SDGT] (Linked To: HIZBALLAH).

ALLAWI, Salam (a.k.a. ALAWI, Abdel-Salam Abdel-Rahman), Iraq; General Manager of INDUSTRIAL BANK OF IRAQ (individual) [IRAQ2].

ALLAYTH ALZAHABE (Arabic: الليث الذهبي) (a.k.a. AL-LAYTH ALZAHABE TRANSPORTATION AND SHIPPING SERVICES (Arabic: الليث الذهبي لخدمات النقل والشحن); a.k.a. GOLDEN LAITH FREIGHT FORWARD SERVICES; a.k.a. GOLDEN LEIH TRANSPORTATION & SHIPMENT SERVICES L.L.C.; a.k.a. GOLDEN LEIH TRANSPORTATION AND SHIPMENT SERVICES L.L.C.; a.k.a. GOLDEN LEITH FOR TRANSPORTATION AND SHIPPING SERVICES), Damascus, Syria; Organization Established Date 26 May 2019; Registration Number 12388 (Syria) [PAARSSR-EO13894] (Linked To: KHITI HOLDING GROUP).

AL-LAYTH ALZAHABE TRANSPORTATION AND SHIPPING SERVICES (Arabic: الليث الذهبي لخدمات النقل والشحن) (a.k.a. ALLAYTH ALZAHABE (Arabic: الليث الذهبي); a.k.a. GOLDEN LAITH FREIGHT FORWARD SERVICES; a.k.a. GOLDEN LEIH TRANSPORTATION & SHIPMENT SERVICES L.L.C.; a.k.a. GOLDEN LEIH TRANSPORTATION AND SHIPMENT SERVICES L.L.C.; a.k.a. GOLDEN LEITH FOR TRANSPORTATION AND SHIPPING SERVICES), Damascus, Syria; Organization Established Date 26 May 2019; Registration Number 12388 (Syria) [PAARSSR-EO13894] (Linked To: KHITI HOLDING GROUP).

ALLCHIPS LIMITED, Unit 1205, 12/f, Siu Wai Industrial Centre, 29-33 Wing Hong Street, Lai Chi Kok, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Oct 2015; Company Number 2299557 (Hong Kong); Business Registration Number 65382152 (Hong Kong) [RUSSIA-EO14024].

ALLIANCE ENERGY PVT. LIMITED (a.k.a. "ALLIANCE ENERGY CO."), Huse No 64-A, St No 1, Gechs Phase-II Model Town Link Road, Lahore, Punjab 54000, Pakistan; Website allianceenergy.pk/; Organization Established Date 19 Dec 2016; Registration Number 0104304 (Pakistan) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

ALLIANCE FIRST TRADING L.L.C (Arabic: اللاينس فيرست للتجارة ش.ذ.م.م), Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 May 2023; Business Registration Number 1184152 (United Arab Emirates); Economic Register Number (CBLS) 12059611 (United Arab Emirates)

[SDGT] [IFSR] (Linked To: ALPA TRADING - FZCO).

ALLIANCE FLEUVE CONGO (a.k.a. CONGO RIVER ALLIANCE; a.k.a. "AFC"), Congo, Democratic Republic of the; Website https://alliancefleuvecongo.org; Email Address alliancefleuvecongo@gmail.com; Organization Established Date 15 Dec 2023 [DRCONGO].

AL-LIBI, Abd al-Muhsin (a.k.a. ABU BAKR, Ibrahim Ali Muhammad; a.k.a. SABRI, Abdel Ilah; a.k.a. TANTOUCHE, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Ali Abu Bakr; a.k.a. "'ABD AL-MUHSI"; a.k.a. "'ABD AL-RAHMAN"; a.k.a. "ABU ANAS"), Johannesburg, South Africa; DOB 1966; alt. DOB 27 Oct 1969; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 203037 (Libya) (individual) [SDGT].

AL-LIBI, Abu Yahya (a.k.a. ABU BAKAR, Mohammad Hassan; a.k.a. AL SAHRAWI, Abu Yahya Yunis; a.k.a. AL-LIBI, Muhammad Hasan; a.k.a. QA'ID, Hasan; a.k.a. QA'ID, Hasan Muhammad Abu Bakr; a.k.a. QAYED, Muhammad Hassan; a.k.a. RASHID, Abu Yunus; a.k.a. SHEIKH YAHYA, Abu Yahya); DOB 1963; POB Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-LIBI, 'Atiyah 'Abd al-Rahman (a.k.a. ABD AL-RAHMAN, Atiyah; a.k.a. AL-SHATIWI, Jamal; a.k.a. AL-SHITAYWI, Jamal Ibrahim Muhammad; a.k.a. AL-SHITIWI, Jamal; a.k.a. AL-SHTIWI, Jamal; a.k.a. "AL-LIBI, Shaykh Mahmud"); DOB 1969; alt. DOB 1965; alt. DOB 1966; alt. DOB 1967; alt. DOB 1957; alt. DOB 1958; alt. DOB 1959; alt. DOB 1960; POB Misrata, Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-LIBI, Muhammad Hasan (a.k.a. ABU BAKAR, Mohammad Hassan; a.k.a. AL SAHRAWI, Abu Yahya Yunis; a.k.a. AL-LIBI, Abu Yahya; a.k.a. QA'ID, Hasan; a.k.a. QA'ID, Hasan Muhammad Abu Bakr; a.k.a. QAYED, Muhammad Hassan; a.k.a. RASHID, Abu Yunus; a.k.a. SHEIKH YAHYA, Abu Yahya); DOB 1963; POB Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-LIBI, Talha (a.k.a. MOHAMED SALEM, Abderrahmane Ould; a.k.a. MOHAMED SALEM, Sidi Mohamed Ould; a.k.a. "AL-AZAWADI, Abu Talha"; a.k.a. "AL-BARBOUCI, Abu Talha"), Mali; DOB 1974; POB Zouerate, Mauritania; nationality Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

ALLIED DEMOCRATIC FORCES (a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS; a.k.a. FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF"; a.k.a. "ADF/NALU"; a.k.a. "ISIS-DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [DRCONGO].

AL-LIIBAAN GENERAL TRADING CO. (a.k.a. LIBAN TRADING; a.k.a. LIIBAAN GENERAL TRADING CO.; a.k.a. LIIBAAN TRADING; a.k.a. LIIBAN TRADING), Bosaso, Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 14(RV. NO: 103100149) (Somalia) [SDGT] (Linked To: YUSUF, Mohamed Mire Ali; Linked To: MOHAMED, Liibaan Yousuf).

ALLOU, Tawfik (a.k.a. AL-LAW, Tawfiq; a.k.a. AL-LAW, Tawfiq Muhammad Sa'id), Beirut, Lebanon; DOB 04 May 1992; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Digital Currency Address - USDT TWBAPzpPiZarfVsY2BLXeaLhNHurn4wkWG; Passport N013053807 (Syria) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-LOUBIRI, Habib Ben Ahmed (a.k.a. LOUBIRI, Habib Ben Ahmed), via Brughiera, n. 5, Castronno, Varese, Italy; DOB 17 Nov 1961; POB Menzel Temime, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M 788439 issued 20 Oct 2001 expires 19 Oct 2006; Italian Fiscal Code LBRHBB61S17Z352F (individual) [SDGT].

ALLOUCH, Aziz (a.k.a. 'ALLUSH, 'Aziz Ahmad); DOB 26 Oct 1977; General Director, Technolab (individual) [NPWMD] (Linked To: NATIONAL STANDARDS AND CALIBRATION LABORATORY; Linked To: HIGHER INSTITUTE OF APPLIED SCIENCE AND TECHNOLOGY; Linked To: TECHNOLAB; Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

ALLPARTS TRADING CO., LTD., Room 13, 27/F, Ho King Commercial Centre, 2-16 Fa Yuen Street, Mongkok, Kowloon, Hong Kong; Room 803, Chevalier House, 45-51 Chatham Road South, Tsim Sha Tsui, Kowloon, Hong Kong; Room 2901B, Bank of Communications, Futian District, Shenzhen, Guangdong, China; 3 Garden Road Central, Hong Kong; Unit 3, 6/F, Kam Hon Industrial Building, 8 Wang Kwun Road, Kowloon Bay, Hong Kong, China; Room 1901H, Bank of Communications Building, Futian District, Shenzhen, Guangdong, China; 4/F Building 6 Deguan Lighting Factory, No. 2 South 1st, Guangzhou, Guangdong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Jul 2022; Company Number 3168281 (Hong Kong) [RUSSIA-EO14024].

ALL-PCB SOLUTIONS LTD (a.k.a. HANGZHOU JIEPEI INFORMATION TECHNOLOGY CO LTD (Chinese Simplified: 杭州捷配信息科技有限公司)), Room 1201, West Building, Building 2, Xintiandi Business Center, Gongshu District, Hangzhou, Zhejiang 310000, China; Website www.jiepei.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 04 Jan 2015; Unified Social Credit Code (USCC) 91330103328163604H (China) [NPWMD] [IFSR] (Linked To: DEHGHAN FARSI, Mohamadreza).

ALLRUS GROUP (a.k.a. LIMITED LIABILITY COMPANY ALLRUS), Ul. Krasnoproletarskaya D. 16, Str. 2, Floor 3, Moscow 127473, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707637710 (Russia); Registration Number 1077759803362 (Russia) [RUSSIA-EO14024].

ALL-RUSSIA RESEARCH INSTITUTE OF AUTOMATICS (a.k.a. FEDERAL STATE UNITARY ENTERPRISE ALL-RUSSIAN AUTOMATICS RESEARCH INSTITUTE NAMED AFTER N.L. DUKHOV; a.k.a. FEDERAL STATE UNITARY ENTERPRISE DUKHOV AUTOMATICS RESEARCH INSTITUTE; a.k.a. "VNIIA"), 22 Sushchevskaya st., Moscow 127055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 15 Apr 1994; Tax ID No. 7707074137 (Russia); Registration Number 1027739646164 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

ALL-RUSSIA YOUNG ARMY MILITARY PATRIOTIC SOCIAL MOVEMENT (a.k.a. ALL RUSSIAN CHILDREN AND YOUTH MILITARY PATRIOTIC PUBLIC MOVEMENT YOUTH ARMY (Cyrillic: ВСЕРОССИЙСКОЕ ВОЕННО ПАТРИОТИЧЕСКОЕ ОБЩЕСТВЕННОЕ ДВИЖЕНИЕ ЮНАРМИЯ); a.k.a. VSEROSSISKOE DETSKO-YUNOSHESKOE VOENNOPATRIOTICHESKOE OBSHCHESTVENNOE DVIZHENIE YUNARMIYA; a.k.a. "YUNARMIA"; a.k.a. "YUNARMIYA"), 1st Krasnokursantskiy Passage, 1/4, Building 1, Moscow 111033, Russia; Znamenka Street, Building 19, Moscow 119160, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Jul 2016; Tax ID No. 7704366170 (Russia); Registration Number 1167700061540 (Russia) [RUSSIA-EO14024].

ALL-RUSSIAN PUBLIC ORGANIZATION SOCIETY FOR THE DEVELOPMENT OF RUSSIAN HISTORICAL EDUCATION DOUBLE-HEADED EAGLE (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ОБЩЕСТВО РАЗВИТИЯ РУССКОГО ИСТОРИЧЕСКОГО ПРОСВЕЩЕНИЯ ДВУГЛАВЫЙ ОРЕЛ) (a.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION SOCIETY FOR THE PROMOTION OF RUSSIAN HISTORICAL DEVELOPMENT TSARGRAD (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ОБЩЕСТВО СОДЕЙСТВИЯ РУССКОМУ ИСТОРИЧЕСКОМУ РАЗВИТИЮ ЦАРЬГРАД);

a.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION TSARGRAD (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ЦАРЬГРАД); f.k.a. DOUBLE HEADED EAGLE SOCIETY; f.k.a. SOCIETY OF THE DOUBLE-HEADED EAGLE FOR THE PROPAGATION OF RUSSIAN HISTORICAL ENLIGHTENMENT; a.k.a. TSARGRAD SOCIETY (Cyrillic: ОБЩЕСТВО ЦАРЬГРАД)), 1s3 Partynniy pereulok, Moscow 115093, Russia; kom. 51, pomeshch. 1, d. 1, k. 57, str. 3, Per Partynniy, Intra-Urban Area Danilovskiy, Moscow 115093, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Nov 2015; Tax ID No. 7743141413 (Russia); Registration Number 1167700052618 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Konstantin).

ALL-RUSSIAN PUBLIC ORGANIZATION SOCIETY FOR THE PROMOTION OF RUSSIAN HISTORICAL DEVELOPMENT TSARGRAD (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ОБЩЕСТВО СОДЕЙСТВИЯ РУССКОМУ ИСТОРИЧЕСКОМУ РАЗВИТИЮ ЦАРЬГРАД) (f.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION SOCIETY FOR THE DEVELOPMENT OF RUSSIAN HISTORICAL EDUCATION DOUBLE-HEADED EAGLE (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ОБЩЕСТВО РАЗВИТИЯ РУССКОГО ИСТОРИЧЕСКОГО ПРОСВЕЩЕНИЯ ДВУГЛАВЫЙ ОРЕЛ); a.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION TSARGRAD (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ЦАРЬГРАД); f.k.a. DOUBLE HEADED EAGLE SOCIETY; f.k.a. SOCIETY OF THE DOUBLE-HEADED EAGLE FOR THE PROPAGATION OF RUSSIAN HISTORICAL ENLIGHTENMENT; a.k.a. TSARGRAD SOCIETY (Cyrillic: ОБЩЕСТВО ЦАРЬГРАД)), 1s3 Partynniy pereulok, Moscow 115093, Russia; kom. 51, pomeshch. 1, d. 1, k. 57, str. 3, Per Partynniy, Intra-Urban Area Danilovskiy, Moscow 115093, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Nov 2015; Tax ID No. 7743141413 (Russia); Registration Number 1167700052618 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Konstantin).

ALL-RUSSIAN PUBLIC ORGANIZATION TSARGRAD (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ЦАРЬГРАД) (f.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION SOCIETY FOR THE DEVELOPMENT OF RUSSIAN HISTORICAL EDUCATION DOUBLE-HEADED EAGLE (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ОБЩЕСТВО РАЗВИТИЯ РУССКОГО ИСТОРИЧЕСКОГО ПРОСВЕЩЕНИЯ ДВУГЛАВЫЙ ОРЕЛ); a.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION SOCIETY FOR THE PROMOTION OF RUSSIAN HISTORICAL DEVELOPMENT TSARGRAD (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ОБЩЕСТВО СОДЕЙСТВИЯ РУССКОМУ ИСТОРИЧЕСКОМУ РАЗВИТИЮ ЦАРЬГРАД); f.k.a. DOUBLE HEADED EAGLE SOCIETY; f.k.a. SOCIETY OF THE DOUBLE-HEADED EAGLE FOR THE PROPAGATION OF RUSSIAN HISTORICAL ENLIGHTENMENT; a.k.a. TSARGRAD SOCIETY (Cyrillic: ОБЩЕСТВО ЦАРЬГРАД)), 1s3 Partynniy pereulok, Moscow 115093, Russia; kom. 51, pomeshch. 1, d. 1, k. 57, str. 3, Per Partynniy, Intra-Urban Area Danilovskiy, Moscow 115093, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Nov 2015; Tax ID No. 7743141413 (Russia); Registration Number 1167700052618 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Konstantin).

ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF AVIATION MATERIALS (a.k.a. FEDERAL STATE UNITARY ENTERPRISE ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF AVIATION MATERIALS OF THE NATIONAL RESEARCH CENTER KURCHATOV INSTITUTE STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION; a.k.a. NRC KURCHATOV INSTITUTE - VIAM; a.k.a. VSEROSSISKIY INSTITUT AVIATSIONNYKH MATERIALOV (Cyrillic: ВСЕРОССИЙСКИЙ ИНСТИТУТ АВИАЦИОННЫХ МАТЕРИАЛОВ); a.k.a. VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT AVIATSIONNYKH MATERIALOV; a.k.a. "VIAM" (Cyrillic: "ВИАМ")), 17, Radio Street, Moscow, Russia; Website www.viam.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701024933 (Russia) [RUSSIA-EO14024].

ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS (a.k.a. ARZAMAS-16; a.k.a. AVANGARD ELECTROMECHANICAL PLANT; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. KHARITON INSTITUTE; a.k.a. SAROV NUCLEAR WEAPONS PLANT; a.k.a. VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT EKSPERIMENTALNOY; a.k.a. "RFNC-VNIIEF"; a.k.a. "VNIIEF"), 10 Muzrukov Ave, Sarov, Nizhny Novgorod Region 607188, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1992; Tax ID No. 5254001230 (Russia); Registration Number 1025202199791 (Russia) [RUSSIA-EO14024].

'ALLUSH, 'Aziz Ahmad (a.k.a. ALLOUCH, Aziz); DOB 26 Oct 1977; General Director, Technolab (individual) [NPWMD] (Linked To: NATIONAL STANDARDS AND CALIBRATION LABORATORY; Linked To: HIGHER INSTITUTE OF APPLIED SCIENCE AND TECHNOLOGY; Linked To: TECHNOLAB; Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

ALLYRISE TECHNOLOGY GROUP CO., LIMITED (Chinese Traditional: 聯升科技集團有限公司), Room 1611B, 16/F, Ho King Commercial Centre, 2-16 FA Yuen Street, Mongkok, Kowloon, Hong Kong; Suite 1503, 15/F, Carnival Commercial Building, 18 Java Road, North Point, Hong Kong; Commercial Registry Number 2005087 (Hong Kong) [SDNTK].

ALMACEN ELECTRO SONY STAR (a.k.a. "MICROEMPRESA KHANSA"), Calle 13, No. 10-45, Maicao, La Guajira, Colombia; NIT # 639000271-8 (Colombia) [SDNTK].

ALMACEN FUTURO NO. 1, Carrera 50A No. 83-165, Oficina 402, Medellin, Colombia; NIT # 6070026706 (Colombia) [SDNT].

ALMACEN JUNIOR, Carrera 13 No. 11-24, Maicao, Colombia; Matricula Mercantil No 00002911 (Colombia) [SDNTK].

ALMACEN JUNIOR NO. 2, Calle 10 No. 12-46, Maicao, Colombia; Matricula Mercantil No 00008712 (Colombia) [SDNTK].

AL-MADAN, Abu Mahdi (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MOHANDAS, Abu-

Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-MADANI, 'Abdallah al-Halabi (a.k.a. ABU-AL-KHAYR, Muhammad Abdallah Hasan; a.k.a. ABU-AL-KHAYR, Muhammad Bin-'Abdullah Bin-Hamd; a.k.a. ABUL-KHAIR, Mohammed Abdullah Hassan; a.k.a. AL-HALABI, Abdallah; a.k.a. AL-HALABI, Abdullah; a.k.a. AL-HALABI, Abu 'Abdallah; a.k.a. AL-JADDAWI, Muhannad; a.k.a. AL-MADANI, Abu Abdallah; a.k.a. AL-MAKKI, Abdallah; a.k.a. EL HALABI, Abdallah); DOB 19 Jun 1975; alt. DOB 18 Jun 1975; POB Al-Madinah al-Munawwarah, (Medina) Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A741097 (Saudi Arabia) issued 14 Nov 1995 expires 19 Sep 2000; National ID No. 1006010555 (Saudi Arabia) (individual) [SDGT].

AL-MADANI, Abu Abdallah (a.k.a. ABU-AL-KHAYR, Muhammad Abdallah Hasan; a.k.a. ABU-AL-KHAYR, Muhammad Bin-'Abdullah Bin-Hamd; a.k.a. ABUL-KHAIR, Mohammed Abdullah Hassan; a.k.a. AL-HALABI, Abdallah; a.k.a. AL-HALABI, Abdullah; a.k.a. AL-HALABI, Abu 'Abdallah; a.k.a. AL-JADDAWI, Muhannad; a.k.a. AL-MADANI, 'Abdallah al-Halabi; a.k.a. AL-MAKKI, Abdallah; a.k.a. EL HALABI, Abdallah); DOB 19 Jun 1975; alt. DOB 18 Jun 1975; POB Al-Madinah al-Munawwarah, (Medina) Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A741097 (Saudi Arabia) issued 14 Nov 1995 expires 19 Sep 2000; National ID No. 1006010555 (Saudi Arabia) (individual) [SDGT].

AL-MADANI, Abu Gharib (a.k.a. GHUL, Hassan; a.k.a. GUL, Hasan; a.k.a. GUL, Hassan; a.k.a. KHAN, Mustafa Hajji Muhammad; a.k.a.

MAHMUD, Khalid; a.k.a. MUHAMMAD, Mustafa; a.k.a. SHAHJI, Ahmad; a.k.a. "ABU-SHAIMA"; a.k.a. "ABU-SHAYMA"); DOB Aug 1977; alt. DOB Sep 1977; alt. DOB 1976; POB Madinah, Saudi Arabia; alt. POB Sangrar, Sindh Province, Pakistan; nationality Pakistan; alt. nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MADANI, Hashem Ismail Ali Ahmed (a.k.a. "ESMAIL ALI AHMED, Hashem"), Yemen; DOB 01 Jan 1984; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 06120128 (Yemen) expires 19 Feb 2026 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-MADANI, Mustafa (a.k.a. ALMADANI, Mustafa Mohammed M.); DOB 08 Dec 1961; POB Riyadh, Saudi Arabia; alt. POB Makkah, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport P797794 (Saudi Arabia) issued 16 Mar 2015 expires 20 Jan 2020; National ID No. 1011123229 (Saudi Arabia) (individual) [GLOMAG].

ALMADANI, Mustafa Mohammed M. (a.k.a. AL-MADANI, Mustafa); DOB 08 Dec 1961; POB Riyadh, Saudi Arabia; alt. POB Makkah, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport P797794 (Saudi Arabia) issued 16 Mar 2015 expires 20 Jan 2020; National ID No. 1011123229 (Saudi Arabia) (individual) [GLOMAG].

AL-MADANI, Yousef Ahssan Ismail (a.k.a. AL-MADANI, Youssef; a.k.a. AL-MADANI, Yusif; a.k.a. AL-MADANI, Yusuf; a.k.a. "ABU HUSAYN"), Yemen; DOB 1977; POB Muhatta Directorate, Hajjah Province, Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MADANI, Youssef (a.k.a. AL-MADANI, Yousef Ahssan Ismail; a.k.a. AL-MADANI, Yusif; a.k.a. AL-MADANI, Yusuf; a.k.a. "ABU HUSAYN"), Yemen; DOB 1977; POB Muhatta Directorate, Hajjah Province, Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MADANI, Yusif (a.k.a. AL-MADANI, Yousef Ahssan Ismail; a.k.a. AL-MADANI, Youssef; a.k.a. AL-MADANI, Yusuf; a.k.a. "ABU HUSAYN"), Yemen; DOB 1977; POB Muhatta Directorate, Hajjah Province, Yemen; Gender

Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MADANI, Yusuf (a.k.a. AL-MADANI, Yousef Ahssan Ismail; a.k.a. AL-MADANI, Youssef; a.k.a. AL-MADANI, Yusif; a.k.a. "ABU HUSAYN"), Yemen; DOB 1977; POB Muhatta Directorate, Hajjah Province, Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MADINA TRUST (a.k.a. AL AMEEN TRUST; a.k.a. AL AMIN TRUST; a.k.a. AL AMIN WELFARE TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. MAIMAR TRUST; a.k.a. MAYMAR TRUST; a.k.a. MEYMAR TRUST; a.k.a. MOMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchery Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

AL-MAGHRABI, Haytham Ahmad Shukri Ahmad (a.k.a. ELMAGHRABY, Haytham Ahmed S.A.; a.k.a. ELMAGHRABY, Haytham Ahmed Shokry Ahmed; a.k.a. ELMAGHRABY, Haytham Ahmed Shukri Ahmad), Brazil; DOB 07 Sep 1986; POB Egypt; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A09538178 (Egypt); Tax ID No. 238.624.338-97 (Brazil) (individual) [SDGT].

AL-MAGHREBI, Abd al-Rahman (a.k.a. ABBATAY, Mohamed; a.k.a. ABBATAY, Muhammad; a.k.a. AL-MAGHREBI, Abdul

Rahman), Iran; DOB 01 Jul 1970; POB Marrakech, Morocco; nationality Morocco; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MAGHREBI, Abdul Rahman (a.k.a. ABBATAY, Mohamed; a.k.a. ABBATAY, Muhammad; a.k.a. AL-MAGHREBI, Abd al-Rahman), Iran; DOB 01 Jul 1970; POB Marrakech, Morocco; nationality Morocco; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MAGHRIBI, Rashid (a.k.a. AL-AMRIKI, Abu-Ahmad; a.k.a. AL-HAWEN, Abu-Ahmad; a.k.a. AL-SHAHID, Abu-Ahmad; a.k.a. HIJAZI, Raed M; a.k.a. HIJAZI, Riad), Jordan; DOB 1968; POB California, USA; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; SSN 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 (United States) (individual) [SDGT].

ALMAHDI ALUMINUM CO. (a.k.a. AL MAHDI ALUMINUM COMPANY), 1st Floor, No. 12, Bibie Shahrbanoei Ally., West Saeb Tabrizi St., North Sheikh Bahaei St., Molla Sadra St., Vanak Sq., Tehran, Iran; 18th Km., Shahid Rajaee Quay Road, Bandar Abbas, Iran; Website http://almahdi.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

AL-MAINUKI, Abu Bakr ibn Muhammad ibn 'Ali (a.k.a. AL-MINUKI, Abu-Bilal; a.k.a. MAINOK, Abor; a.k.a. MAINOK, Abubakar), Nigeria; DOB 1982; POB Mainok, Benisheikh, Borno State, Nigeria; nationality Nigeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-MAJID, General Ali Hasan (a.k.a. AL-KIMAWI; a.k.a. AL-MAJID, General Ali Hassan; a.k.a. AL-TIKRITI, Ali Hassan al-Majid); DOB 1943; alt. DOB 1941; POB al-Awja, near Tikrit, Iraq; nationality Iraq; presidential advisor and senior member of Revolutionary Command Council (individual) [IRAQ2].

AL-MAJID, General Ali Hassan (a.k.a. AL-KIMAWI; a.k.a. AL-MAJID, General Ali Hasan; a.k.a. AL-TIKRITI, Ali Hassan al-Majid); DOB 1943; alt. DOB 1941; POB al-Awja, near Tikrit, Iraq; nationality Iraq; presidential advisor and senior member of Revolutionary Command Council (individual) [IRAQ2].

AL-MAJID, Husayn Kamil Hasan (a.k.a. AL-MAJID, Hussein Kamel Hassan), Baghdad, Iraq; DOB 1955; Former Minister of Industry and Minerals and Advisor to the President (individual) [IRAQ2].

AL-MAJID, Hussein Kamel Hassan (a.k.a. AL-MAJID, Husayn Kamil Hasan), Baghdad, Iraq; DOB 1955; Former Minister of Industry and Minerals and Advisor to the President (individual) [IRAQ2].

AL-MAJID, Rukan abd al-Gafur (a.k.a. AL-MAJID, Rukan abdal-Ghaffur Sulayman; a.k.a. AL-MAJID, Rukan Razuqi abd al-Gahfur; a.k.a. AL-TIKRITI, Rukan abd al-Ghaffur al-Majid; a.k.a. AL-TIKRITI, Rukan 'abd al-Ghaffur al-Majid; a.k.a. AL-TIKRITI, Rukan Razuki abd-al-Ghafur Sulaiman; a.k.a. "ABU WALID"); DOB 1956; POB Tikrit, Iraq; nationality Iraq; head of Tribal Affairs Office in presidential office (individual) [IRAQ2].

AL-MAJID, Rukan abdal-Ghaffur Sulayman (a.k.a. AL-MAJID, Rukan abd al-Gafur; a.k.a. AL-MAJID, Rukan Razuqi abd al-Gahfur; a.k.a. AL-TIKRITI, Rukan abd al-Ghaffur al-Majid; a.k.a. AL-TIKRITI, Rukan 'abd al-Ghaffur al-Majid; a.k.a. AL-TIKRITI, Rukan Razuki abd-al-Ghafur Sulaiman; a.k.a. "ABU WALID"); DOB 1956; POB Tikrit, Iraq; nationality Iraq; head of Tribal Affairs Office in presidential office (individual) [IRAQ2].

AL-MAJID, Rukan Razuqi abd al-Gahfur (a.k.a. AL-MAJID, Rukan abd al-Gafur; a.k.a. AL-MAJID, Rukan abdal-Ghaffur Sulayman; a.k.a. AL-TIKRITI, Rukan abd al-Ghaffur al-Majid; a.k.a. AL-TIKRITI, Rukan 'abd al-Ghaffur al-Majid; a.k.a. AL-TIKRITI, Rukan Razuki abd-al-Ghafur Sulaiman; a.k.a. "ABU WALID"); DOB 1956; POB Tikrit, Iraq; nationality Iraq; head of Tribal Affairs Office in presidential office (individual) [IRAQ2].

AL-MAJIDI, Basim Hasan (a.k.a. AL-MAJIDI, Basim Mohammad Hasab (Arabic: باسم محمد (حسب المجيدي)), Iraq; DOB 02 May 1969; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G1240293 (Iraq) (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

AL-MAJIDI, Basim Mohammad Hasab (Arabic: باسم محمد حسب المجيدي) (a.k.a. AL-MAJIDI, Basim Hasan), Iraq; DOB 02 May 1969; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G1240293 (Iraq) (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

AL-MAKANI, Adil Abd Fari (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

AL-MAKKI, Abdallah (a.k.a. ABU-AL-KHAYR, Muhammad Abdallah Hasan; a.k.a. ABU-AL-KHAYR, Muhammad Bin-'Abdullah Bin-Hamd; a.k.a. ABUL-KHAIR, Mohammed Abdullah Hassan; a.k.a. AL-HALABI, Abdallah; a.k.a. AL-HALABI, Abdullah; a.k.a. AL-HALABI, Abu 'Abdallah; a.k.a. AL-JADDAWI, Muhannad; a.k.a. AL-MADANI, 'Abdallah al-Halabi; a.k.a. AL-MADANI, Abu Abdallah; a.k.a. EL HALABI, Abdallah); DOB 19 Jun 1975; alt. DOB 18 Jun 1975; POB Al-Madinah al-Munawwarah, (Medina) Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A741097 (Saudi Arabia) issued 14 Nov 1995 expires 19 Sep 2000; National ID No. 1006010555 (Saudi Arabia) (individual) [SDGT].

AL-MAKSUSI, Sayyid Salah Mahdi Hantush (a.k.a. AL-MUSAWI, Sayyid Salah; a.k.a. "HAWRA, Abu"; a.k.a. "SALAH, Sayyid"); DOB 1973; alt. DOB 1971; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MAKY, Abu Muslem (a.k.a. AL-HARBI, Abu Abdalla; a.k.a. AL-HARBI, Abu Suliman; a.k.a. AL-HARBI, Mansur; a.k.a. ALSBHUA, Azam A.R.; a.k.a. ALSBHUA, Azam Abdullah Razeeq

Al Mouled; a.k.a. AL-SUBHI, Azzam; a.k.a. AL-SUBHI, Azzam Abdullah Zureik Al-Maulid), Afghanistan; Pakistan; DOB 12 Apr 1976; POB Al Baraka, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C389664 issued 15 Sep 2000 expires 15 Sep 2005 (individual) [SDGT].

AL-MALAHI, 'Abd-al-Jalil (a.k.a. AL-MALLAH, 'Abd-al-Jalil; a.k.a. MALLAH, Abdul Jalil), Greece; Malmo, Sweden; DOB 05 Jan 1975; nationality Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 750105-3735 (Sweden) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL-MALEKI, Shebib Lazim (a.k.a. AL-MALIKI, Shabib Lazem), Iraq; DOB 1936; Former Minister of Justice (individual) [IRAQ2].

AL-MALIKI, Shabib Lazem (a.k.a. AL-MALEKI, Shebib Lazim), Iraq; DOB 1936; Former Minister of Justice (individual) [IRAQ2].

AL-MALKAB, Adil Fari (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

AL-MALLAH, 'Abd-al-Jalil (a.k.a. AL-MALAHI, 'Abd-al-Jalil; a.k.a. MALLAH, Abdul Jalil), Greece; Malmo, Sweden; DOB 05 Jan 1975; nationality Syria; Additional Sanctions Information - Subject to Secondary Sanctions;

Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 750105-3735 (Sweden) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL-MALLAH, Luay (a.k.a. MALAH, Louay Abu Bakr; a.k.a. MALLAH, Luay), Peiraias, Attica, Greece; DOB 02 Jan 1982; POB Tartus, Syria; nationality Turkey; alt. nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U24015191 (Turkey) expires 25 Jan 2031 (individual) [SDGT] (Linked To: MALLAH, Abdul Jalil).

AL-MAMUN, Chowdhury Abdullah (a.k.a. ABDULLAH AL MAMUN, Chowdhury), Bangladesh; DOB 12 Jan 1964; POB Sunamganj, Bangladesh; nationality Bangladesh; Gender Male; National ID No. 8224061617 (Bangladesh) (individual) [GLOMAG] (Linked To: RAPID ACTION BATTALION).

ALMANAC SHIP MANAGEMENT LLC, Office 106, Hamsa A Building, al-Karama, Dubai, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Identification Number IMO 6053860; License 810602 (United Arab Emirates); Economic Register Number (CBLS) 11309798 (United Arab Emirates) [IRAN-EO13846].

ALMANCI, Abdurrahman (a.k.a. AL UBAYDA, Mulfit Kar Iiyas; a.k.a. KAR, Mavlut; a.k.a. KAR, Mawlud; a.k.a. KAR, Meluvet; a.k.a. KAR, Mevlut; a.k.a. KAR, Mivlut; a.k.a. YUSOV, Yanal; a.k.a. ZIKARA, Mevlut; a.k.a. "ABDULLAH THE TURK"; a.k.a. "ABU OBEIDAH AL TURKI"; a.k.a. "ABU OBEJD EL-TURKI"; a.k.a. "ABU UDEJF EL-TURKI"; a.k.a. "AL TURKI KYOSEV"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

AL-MANSOORI, Ali Hussein Falih (a.k.a. AL-MANSURI, 'Ali Husayn Falih; a.k.a. "ABU-REZVAN"; a.k.a. "REZVAN, Seyyed"; a.k.a. "REZWAN, Seyyed"), Iraq; DOB 15 Sep 1971; Additional Sanctions Information - Subject to

Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: AL KHAMAEL MARITIME SERVICES).

AL-MANSUR, Salim Mustafa Muhammad (a.k.a. MANSUR AL-IFRI, Salim Mustafa Muhammad; a.k.a. MANSUR, Salim; a.k.a. MUSTAFA, Salim Mansur; a.k.a. "AL-IFRI, Saleem"; a.k.a. "AL-SHAKLAR, Hajji Salim"), Mersin, Turkey; Istanbul, Turkey; Adana, Turkey; DOB 1959; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-MANSURI, 'Ali Husayn Falih (a.k.a. AL-MANSOORI, Ali Hussein Falih; a.k.a. "ABU-REZVAN"; a.k.a. "REZVAN, Seyyed"; a.k.a. "REZWAN, Seyyed"), Iraq; DOB 15 Sep 1971; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: AL KHAMAEL MARITIME SERVICES).

AL-MAQDISI, Abu-al-Muhtasib (a.k.a. AL ASHQAR, Abdullah Jihad; a.k.a. AL MAQDISI, Abu al Muhtasib; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, Abdallah; a.k.a. AL-'ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, 'Abdallah Jihad Musa; a.k.a. AL-ASHQAR, Abdullah; a.k.a. AL-ASHQAR, Abdullah Jihad; a.k.a. AL-TAWHID, Muhandes; a.k.a. AL-TAWHID, Muhandis; a.k.a. ASHKAR, Abdallah; a.k.a. "ABU-HAJIR"; a.k.a. "AL MUHTASIB, Abu"), Region: Gaza; DOB 1986; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MARFADI, Khalid (a.k.a. AL-YAFI'I, Abu Anas; a.k.a. AL-YAFI'I, Khalid Abdallah Salah Ahmad Hussayn al-'Umari al-Marfadi), al-Bayda' Governorate, Yemen; al-Sharafa', al-Qurayshiyah District, al-Bayda' Governorate, Yemen; al-Wuhayshi Village, Az Zahir District, al Bayda' Governorate, Yemen; Marfad Village, Marfad District, Yafia, Yemen; DOB 1966; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-MARKAZIYA LI-SIARAFA (Arabic: شركة المركزية للصرافة) (a.k.a. AL MUTAHADUN COMPANY; a.k.a. AL MUTAHADUN FOR

EXCHANGE), Gaza; Aksaray Mah. Cerrahpasa Cad. Muratpasa, Apt. No: 3/12, Fatih, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 563157932 (Palestinian); Istanbul Chamber of Comm. No. 142520-5 (Turkey); Business Registration Number 267113103200001 (Turkey) [SDGT] (Linked To: SHAMLAKH, Zuhair).

AL-MARRANI, Motlaq Amer (a.k.a. AL MARRANI, Mutlaq Ali Aamer; a.k.a. "EMAD, Abu"), Al-Jawf, Yemen; DOB 01 Jan 1984; Gender Male (individual) [GLOMAG].

AL-MARSUMI, Sa'da Jalut Hassam (a.k.a. AL-MARSUMI, Saddah Jaylut; a.k.a. JALOUD, Sa'daa; a.k.a. JALOUT, Saddaa), Al Shajlah Village, Syria; As Susah Village, Syria; Baghuz, Syria; DOB 1955; alt. DOB 1956; citizen Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MARSUMI, Saddah Jaylut (a.k.a. AL-MARSUMI, Sa'da Jalut Hassam; a.k.a. JALOUD, Sa'daa; a.k.a. JALOUT, Saddaa), Al Shajlah Village, Syria; As Susah Village, Syria; Baghuz, Syria; DOB 1955; alt. DOB 1956; citizen Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALMARWANI, Eshaq Abdulmalek Abdullah (a.k.a. AL-MARWANI, Ishaq Abd-Al-Malik Abdallah), Muscat, Oman; DOB 07 Oct 1987; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 07881654 (Yemen) expires 10 Apr 2024 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-MARWANI, Ishaq Abd-Al-Malik Abdallah (a.k.a. ALMARWANI, Eshaq Abdulmalek Abdullah), Muscat, Oman; DOB 07 Oct 1987; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 07881654 (Yemen) expires 10 Apr 2024 (individual) [SDGT] (Linked To: ANSARALLAH).

ALMAS MOBIN TRADING (a.k.a. TEJARAT ALMAS MOBIN HOLDING), 57 Akhtaran Lane, West Nahid Street, Africa Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 [SDGT] [IRGC] [IFSR].

AL-MASHAIKHI, Gharib Muhammad Fazel (a.k.a. GHARIB, Fadil Mahmud); DOB 1944; POB Dujail, Iraq; nationality Iraq; Ba'th party regional command chairman, Babil; chairman, General Federation of Iraqi Trade Unions (individual) [IRAQ2].

AL-MASHAT, Mahdi (a.k.a. ALMASHAT, Mahdi (Arabic: مهدي المشاط); a.k.a. AL-MASHAT, Mahdi bin Mohammed bin Hussein (Arabic: مهدي بن محمد بن حسين المشاط); a.k.a. AL-MASHAT, Mahdi Mohammed Hussein; a.k.a. AL-MASHAT, Mahdi Mohammed Hussein (Arabic: مهدي محمد حسين المشاط); a.k.a. ELMASHAT, Mahdi; a.k.a. MASHAT, Mahdi Mohammed), Raqah, Yemen; DOB 1986; POB Al-Raqqa Village, Uzla Wulid Nuwar, Maran Area, Haydan District, Saada Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ANSARALLAH).

ALMASHAT, Mahdi (Arabic: مهدي المشاط) (a.k.a. AL-MASHAT, Mahdi; a.k.a. AL-MASHAT, Mahdi bin Mohammed bin Hussein (Arabic: مهدي بن محمد بن حسين المشاط); a.k.a. AL-MASHAT, Mahdi Mohammed Hussein; a.k.a. AL-MASHAT, Mahdi Mohammed Hussein (Arabic: مهدي محمد حسين المشاط); a.k.a. ELMASHAT, Mahdi; a.k.a. MASHAT, Mahdi Mohammed), Raqah, Yemen; DOB 1986; POB Al-Raqqa Village, Uzla Wulid Nuwar, Maran Area, Haydan District, Saada Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-MASHAT, Mahdi bin Mohammed bin Hussein (Arabic: مهدي بن محمد بن حسين المشاط) (a.k.a. AL-MASHAT, Mahdi; a.k.a. ALMASHAT, Mahdi (Arabic: مهدي المشاط); a.k.a. AL-MASHAT, Mahdi Mohammed Hussein; a.k.a. AL-MASHAT, Mahdi Mohammed Hussein (Arabic: مهدي محمد حسين المشاط); a.k.a. ELMASHAT, Mahdi; a.k.a. MASHAT, Mahdi Mohammed), Raqah, Yemen; DOB 1986; POB Al-Raqqa Village, Uzla Wulid Nuwar, Maran Area, Haydan District, Saada Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-MASHAT, Mahdi Mohammed Hussein (a.k.a. AL-MASHAT, Mahdi; a.k.a. ALMASHAT, Mahdi (Arabic: مهدي المشاط); a.k.a. AL-MASHAT, Mahdi bin Mohammed bin Hussein (Arabic: مهدي بن محمد بن حسين المشاط); a.k.a. AL-MASHAT, Mahdi Mohammed Hussein (Arabic: مهدي محمد حسين المشاط); a.k.a. ELMASHAT, Mahdi; a.k.a. MASHAT, Mahdi Mohammed), Raqah, Yemen; DOB 1986; POB Al-Raqqa Village, Uzla Wulid Nuwar, Maran Area, Haydan District, Saada Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-MASHAT, Mahdi Mohammed Hussein (Arabic: مهدي محمد حسين المشاط) (a.k.a. AL-MASHAT, Mahdi; a.k.a. ALMASHAT, Mahdi (Arabic: مهدي المشاط); a.k.a. AL-MASHAT, Mahdi bin Mohammed bin Hussein (Arabic: مهدي بن محمد بن حسين المشاط); a.k.a. AL-MASHAT, Mahdi Mohammed Hussein; a.k.a. ELMASHAT, Mahdi; a.k.a. MASHAT, Mahdi Mohammed), Raqah, Yemen; DOB 1986; POB Al-Raqqa Village, Uzla Wulid Nuwar, Maran Area, Haydan District, Saada Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-MASHHADANI, Abdullah Ahmad (a.k.a. AL-MASHHADANI, Abdullah Ahmed; a.k.a. AL-MESHEDANI, Abdullah Ahmed; a.k.a. "Abu al-Qasem"; a.k.a. "Abu Kassem"; a.k.a. "Abu Qassim"), Iraq; Syria; DOB 21 Jan 1968; POB Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MASHHADANI, Abdullah Ahmed (a.k.a. AL-MASHHADANI, Abdullah Ahmad; a.k.a. AL-MESHEDANI, Abdullah Ahmed; a.k.a. "Abu al-Qasem"; a.k.a. "Abu Kassem"; a.k.a. "Abu Qassim"), Iraq; Syria; DOB 21 Jan 1968; POB Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MASHHADANI, Saif-al-Din; DOB 1956; POB Baghdad, Iraq; nationality Iraq; Ba'th party regional command chairman, al-Muthanna (individual) [IRAQ2].

AL-MASLI, 'Abd al-Hamid Muhammad 'Abd al-Hamid (a.k.a. AL-DARNAVI, Hamza; a.k.a. AL-DARNAWI, Abu-Hamzah; a.k.a. AL-DARNAWI, Hamza; a.k.a. AL-DARNAWI, Hamzah; a.k.a.

AL-MASLI, 'Abd-al-Hamid; a.k.a. DARNAVI, Hamza; a.k.a. DARNAWI, Abdullah; a.k.a. DARNAWI, Hamza; a.k.a. DARNAWI, Hamzah; a.k.a. DIRNAWI, Hamzah; a.k.a. MASLI, Hamid; a.k.a. MUSALLI, 'Abd-al-Hamid), Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1976; POB Darnah, Libya; alt. POB Danar, Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MASLI, 'Abd-al-Hamid (a.k.a. AL-DARNAVI, Hamza; a.k.a. AL-DARNAWI, Abu-Hamzah; a.k.a. AL-DARNAWI, Hamza; a.k.a. AL-DARNAWI, Hamzah; a.k.a. AL-MASLI, 'Abd al-Hamid Muhammad 'Abd al-Hamid; a.k.a. DARNAVI, Hamza; a.k.a. DARNAWI, Abdullah; a.k.a. DARNAWI, Hamza; a.k.a. DARNAWI, Hamzah; a.k.a. DIRNAWI, Hamzah; a.k.a. MASLI, Hamid; a.k.a. MUSALLI, 'Abd-al-Hamid), Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1976; POB Darnah, Libya; alt. POB Danar, Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MASRI, Abd Al-Aziz (a.k.a. MUSTAFA BAKRI, Ali Sa'd Muhammad); DOB 18 Apr 1966; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MASRI, Abu Ahmad (a.k.a. 'ABDU, Muhammad Jamal; a.k.a. ABDU, Muhammad Jamal Ahmad; a.k.a. ABDUH, Mohammad Jamal; a.k.a. AHMAD, Muhammad Gamal Abu; a.k.a. AHMAD, Muhammad Jamal Abu; a.k.a. AHMED, Mohammad Jamal Abdo; a.k.a. AL KASHEF, Muhammad Jamal; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-Al Rahim; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-al Rahim Ahmad; a.k.a. JAMAL, Muhammad); DOB 01 Jan 1964; alt. DOB 01 Feb 1964; POB Cairo, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MASRI, Abu al-Walid (a.k.a. AL-MISRI, Abu Walid; a.k.a. ATIYA, Mustafa; a.k.a. HAMID, Mustafa; a.k.a. HAMID, Mustafa Muhammad 'Atiya; a.k.a. "AL-MAKKI, Hashim"; a.k.a. "AL-WALID, Abu"); DOB Mar 1945; POB Alexandria, Egypt; nationality Egypt; alt. nationality Pakistan; Secondary sanctions risk: section 1(b)

of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MASRI, Abu Ayman (a.k.a. AL-BANNA, Ibrahim; a.k.a. AL-BANNA, Ibrahim Muhamad Salih; a.k.a. AL-BANNA, Ibrahim Muhammad Salih; a.k.a. AL-BANNA, Shaykh Ibrahim Muhammad Salih); DOB 1965; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MASRI, Abu Dujana (a.k.a. AL-BAHTITI, Muhammad Mahmud; a.k.a. AL-BAHTITI, Muhammad Mahmud Rabi' al-Zayd; a.k.a. AL-BAHTITI, Muhammad Rabi'; a.k.a. AL-BAHTIYTI, Muhammad Rab'a al-Sayid; a.k.a. AL-HATITI, Muhammad Rabi' al-Sa'id); DOB 1971; POB al-Sharqiyyah, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MASRI, Abu Hafs (a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU SITTA, Subhi; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. "ABU HAFS"; a.k.a. "TAYSIR"); DOB 1951; alt. DOB 1956; alt. DOB 1944; POB Alexandria, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MASRI, Abu Hamza (a.k.a. AL-MISRI, Abu Hamza; a.k.a. EMAN, Adam Ramsey; a.k.a. KAMEL, Mustafa; a.k.a. MUSTAFA, Mustafa Kamel), 9 Albourne Road, Shepherds Bush, London W12 OLW, United Kingdom; 8 Adie Road, Hammersmith, London W6 OPW, United Kingdom; DOB 15 Apr 1958; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MASRI, Abu Mohamed (a.k.a. ABDULLAH, Abdullah Ahmed; a.k.a. "ABU MARIAM"; a.k.a. "SALEH"), Afghanistan; DOB 1963; POB Egypt; citizen Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MASRI, Ahmad (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED HAMED"; a.k.a.

"AHMED THE EGYPTIAN"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MASRI, Hamam (a.k.a. AL-SA'IDI, Abu Hammam; a.k.a. AL-SA'IDI, Abu Humam; a.k.a. AL-SA'IDI, Hamam; a.k.a. BAYUMI, Yasri Muhammad Ibrahim; a.k.a. BAYUMI, Yisra Muhammad Ibrahim), Iran; DOB 20 May 1968; POB Aswan Governorate, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Shaykh (individual) [SDGT] (Linked To: AL QA'IDA).

AL-MASRI, Mohammed (a.k.a. AL-DAYF, Muhammad; a.k.a. DEIF, Muhammed), Gaza, Palestinian; DOB 01 Jan 1963 to 31 Dec 1965; POB Khan Younis, Gaza; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

AL-MASSAL LAND TRAVEL AND TOURISM COMPANY (a.k.a. ARD AL-MUSAL COMPANY FOR TOURISM AND TRAVEL LLC), Property Number 20362/4, Street 7, Sector 714, Zayuna, Baghdad, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2014; Organization Type: Travel agency activities [SDGT] (Linked To: AL-HAMIDAWI, Awqad Muhsin Faraj).

AL-MASUI, Husayn Muhammad Jabur (a.k.a. 'ABD AL-YUNIS, Hamid Majid; a.k.a. AL-LAMI, Hamid Muhammad; a.k.a. AL-MUSAWI, Ali Mussa Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Jabur; a.k.a. AL-MUSUI, Hamid Muhammad Jabur; a.k.a. DAQDUQ, Ali Mussa; a.k.a. JABUR AL-LAMI, Hamid Muhammad); DOB 01 Sep 1969; alt. DOB 31 Dec 1971; alt. DOB 09 Aug 1971; alt. DOB 09 Sep 1970; alt. DOB 09 Aug 1969; alt. DOB 05 Mar 1972; POB Beirut, Lebanon; alt. POB Al-Karradah, Baghdad, Iraq; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MATARI, Ebrahim Ahmed Abdullah (Arabic: إبراهيم أحمد عبد الله المطري), Yemen; DOB 01 Jan

1988; POB Sana'a, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 04514597 (Yemen) expires 12 Mar 2017 (individual) [SDGT] (Linked To: ALBARRAQ SHIPPING CO).

AL-MATUTI, Arkan Ahmad 'Abbas (a.k.a. ALBU-MITEUTI, Arkan Ahmad Abbas Albu-Mazida; a.k.a. AL-MITIWITI, Arkan Ahmad 'Abbas; a.k.a. "Abu Sarhan"), Nineveh Governorate, Iraq; Syria; DOB 06 Oct 1982; POB Mosul, Iraq; alt. POB Sinjar District, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-MAWARI, Abu Hisham (a.k.a. AL-GHAZALI, Muhammad; a.k.a. AL-GHAZALI, Muhammad Abd al-Karim; a.k.a. MAWARI, Abu Hisham; a.k.a. "Abu Faris"; a.k.a. "Abu Sa'id"; a.k.a. "Rashid"); DOB 1988; alt. DOB 1987; alt. DOB 1989; POB Ibb Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MAWLA, Amir Muhammad Sa'id Abdal-Rahman (a.k.a. AL-MAWLA, Muhammad Sa'id 'Abd-al-Rahman; a.k.a. AL-MULA, Amir Muhammad Sa'id 'Abd-al-Rahman Muhammad; a.k.a. SALBI, 'Abdul Amir Muhammad Sa'id; a.k.a. "Abdullah Qardash"; a.k.a. "Abu Ibrahim al-Hashimi al-Qurashi"; a.k.a. "Abu-'Abdullah Qardash"; a.k.a. "Abu-'Umar al-Turkmani"; a.k.a. "al-Hajj Abdullah Qardash"; a.k.a. "Hajii Abdallah"; a.k.a. "Hajji Abdullah al-Afari"), Iraq; Syria; DOB 01 Oct 1976; alt. DOB 05 Oct 1976; POB Mosul, Iraq; alt. POB Tall 'Afar, Iraq; nationality Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-MAWLA, Mohamed Attta (a.k.a. ABBAS, Mohamed Atta Emoula; a.k.a. 'ABBAS, Muhammad 'Ata-al-Mawla), Kafouri 9, Khartoum, Sudan; DOB 27 Apr 1957; POB Khartoum, Sudan; nationality Sudan; Gender Male; Passport D025725 (Sudan) expires 19 Mar 2023 (individual) [SUDAN-EO14098].

AL-MAWLA, Muhammad Sa'id 'Abd-al-Rahman (a.k.a. AL-MAWLA, Amir Muhammad Sa'id Abdal-Rahman; a.k.a. AL-MULA, Amir

Muhammad Sa'id 'Abd-al-Rahman Muhammad; a.k.a. SALBI, 'Abdul Amir Muhammad Sa'id; a.k.a. "Abdullah Qardash"; a.k.a. "Abu Ibrahim al-Hashimi al-Qurashi"; a.k.a. "Abu-'Abdullah Qardash"; a.k.a. "Abu-'Umar al-Turkmani"; a.k.a. "al-Hajj Abdullah Qardash"; a.k.a. "Hajii Abdallah"; a.k.a. "Hajji Abdullah al-Afari"), Iraq; Syria; DOB 01 Oct 1976; alt. DOB 05 Oct 1976; POB Mosul, Iraq; alt. POB Tall 'Afar, Iraq; nationality Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALMAZ CENTRAL MARINE DESIGN BUREAU (a.k.a. ALMAZ CENTRAL MARINE DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. ALMAZ DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY CENTRAL MARINE DESIGN BUREAU ALMAZ; a.k.a. JOINT-STOCK COMPANY CENTRAL SEA ENGINEERING OFFICE ALMAZ; a.k.a. JOINT-STOCK COMPANY TSMKB ALMAZ; a.k.a. JSC TSENTRALNOYE MORSKOYE KONSTRUKTORSKOYE BYURO ALMAZ (Cyrillic: АО ЦЕНТРАЛЬНОЕ МОРСКОЕ КОНСТРУКТОРСКОЕ БЮРО АЛМАЗ)), Warshavskaya Street, 50, Saint-Petersburg 196128, Russia; 50 Varshavskaya Str., St. Petersburg 196070, Russia; Website www.almaz-kb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2008; Organization Type: Operation of sports facilities; Tax ID No. 7810537558 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

ALMAZ CENTRAL MARINE DESIGN BUREAU JOINT STOCK COMPANY (a.k.a. ALMAZ CENTRAL MARINE DESIGN BUREAU; a.k.a. ALMAZ DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY CENTRAL MARINE DESIGN BUREAU ALMAZ; a.k.a. JOINT-STOCK COMPANY CENTRAL SEA ENGINEERING OFFICE ALMAZ; a.k.a. JOINT-STOCK COMPANY TSMKB ALMAZ; a.k.a. JSC TSENTRALNOYE MORSKOYE KONSTRUKTORSKOYE BYURO ALMAZ (Cyrillic: АО ЦЕНТРАЛЬНОЕ МОРСКОЕ КОНСТРУКТОРСКОЕ БЮРО АЛМАЗ)), Warshavskaya Street, 50, Saint-Petersburg 196128, Russia; 50 Varshavskaya Str., St. Petersburg 196070, Russia; Website

www.almaz-kb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2008; Organization Type: Operation of sports facilities; Tax ID No. 7810537558 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

ALMAZ DESIGN BUREAU (a.k.a. ALMAZ CENTRAL MARINE DESIGN BUREAU; a.k.a. ALMAZ CENTRAL MARINE DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMPANY CENTRAL MARINE DESIGN BUREAU ALMAZ; a.k.a. JOINT-STOCK COMPANY CENTRAL SEA ENGINEERING OFFICE ALMAZ; a.k.a. JOINT-STOCK COMPANY TSMKB ALMAZ; a.k.a. JSC TSENTRALNOYE MORSKOYE KONSTRUKTORSKOYE BYURO ALMAZ (Cyrillic: АО ЦЕНТРАЛЬНОЕ МОРСКОЕ КОНСТРУКТОРСКОЕ БЮРО АЛМАЗ)), Warshavskaya Street, 50, Saint-Petersburg 196128, Russia; 50 Varshavskaya Str., St. Petersburg 196070, Russia; Website www.almaz-kb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2008; Organization Type: Operation of sports facilities; Tax ID No. 7810537558 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

ALMAZ SCIENTIFIC PRODUCTION ASSOCIATION (a.k.a. JSC NPO ALMAZ NAMED AFTER A.A. RASPLETIN; a.k.a. PJSC NPO ALMAZ; a.k.a. PUBLIC JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION ALMAZ NAMED AFTER ACADEMICIAN A.A. RASPLETIN; a.k.a. PUBLICHNOE AKTCIONERNOE OBSHESTVO NAUCHNO-PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA), 80 Leningradsky prospect, building 16, Moscow 125190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1947; Tax ID No. 7712040285 (Russia); Registration Number 1027700118984 (Russia) [RUSSIA-EO14024].

ALMAZ-ANTEY GPTP GRANITE (a.k.a. AKTSIONERNOE OSCHEVSTVO GOLOVNOE PROIZVODSTVENNO-TEHNICHESKOE PREDPRIYATIE GRANIT; a.k.a. JSC GPTP GRANIT; a.k.a. JSC HEAD TECHNOLOGICAL ENTERPRISE GRANIT; a.k.a. LEADING

PRODUCTION AND TECHNICAL ENTERPRISE GRANIT), 7 Molodogvardeyskaya Str., Moscow 121467, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Oct 2002; Tax ID No. 7731263174 (Russia); Registration Number 1027731005323 (Russia) [RUSSIA-EO14024].

ALMAZ-ANTEY GSKB (a.k.a. A.A. RASPLETIN MAIN SYSTEM DESIGN BUREAU; a.k.a. ALMAZ-ANTEY GSKB IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. ALMAZ-ANTEY MSDB; a.k.a. ALMAZ-ANTEY PVO 'AIR DEFENSE' CONCERN LEAD SYSTEMS DESIGN BUREAU OAO 'OPEN JOINT-STOCK COMPANY' IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. GOLOVNOYE SISTEMNOYE KONSTRUKTORSKOYE BYURO OPEN JOINT-STOCK COMPANY OF ALMAZ-ANTEY PVO CONCERN IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. JOINT STOCK COMPANY ALMAZ-ANTEY AIR DEFENSE CONCERN MAIN SYSTEM DESIGN BUREAU NAMED BY ACADEMICIAN A.A. RASPLETIN; a.k.a. JSC 'ALMAZ-ANTEY' MSDB; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA; a.k.a. "GSKB"), 16-80, Leningradsky Prospect, Moscow 125190, Russia; Website http://www.raspletin.ru/; Email Address info@raspletin.ru; alt. Email Address almaz_zakupki@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

ALMAZ-ANTEY GSKB IMENI ACADEMICIAN A.A. RASPLETIN (a.k.a. A.A. RASPLETIN MAIN SYSTEM DESIGN BUREAU; a.k.a. ALMAZ-ANTEY GSKB; a.k.a. ALMAZ-ANTEY MSDB; a.k.a. ALMAZ-ANTEY PVO 'AIR DEFENSE' CONCERN LEAD SYSTEMS DESIGN BUREAU OAO 'OPEN JOINT-STOCK COMPANY' IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. GOLOVNOYE SISTEMNOYE KONSTRUKTORSKOYE BYURO OPEN JOINT-STOCK COMPANY OF ALMAZ-ANTEY PVO CONCERN IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. JOINT STOCK COMPANY ALMAZ-ANTEY AIR DEFENSE CONCERN MAIN SYSTEM DESIGN BUREAU NAMED BY ACADEMICIAN A.A. RASPLETIN; a.k.a. JSC 'ALMAZ-ANTEY' MSDB; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA; a.k.a. "GSKB"), 16-80, Leningradsky Prospect, Moscow 125190, Russia; Website http://www.raspletin.ru/; Email Address info@raspletin.ru; alt. Email Address almaz_zakupki@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

ALMAZ-ANTEY MSDB (a.k.a. A.A. RASPLETIN MAIN SYSTEM DESIGN BUREAU; a.k.a. ALMAZ-ANTEY GSKB; a.k.a. ALMAZ-ANTEY GSKB IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. ALMAZ-ANTEY PVO 'AIR DEFENSE' CONCERN LEAD SYSTEMS DESIGN BUREAU OAO 'OPEN JOINT-STOCK COMPANY' IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. GOLOVNOYE SISTEMNOYE KONSTRUKTORSKOYE BYURO OPEN JOINT-STOCK COMPANY OF ALMAZ-ANTEY PVO CONCERN IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. JOINT STOCK COMPANY ALMAZ-ANTEY AIR DEFENSE CONCERN MAIN SYSTEM DESIGN BUREAU NAMED BY ACADEMICIAN A.A. RASPLETIN; a.k.a. JSC 'ALMAZ-ANTEY' MSDB; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA; a.k.a. "GSKB"), 16-80, Leningradsky Prospect, Moscow 125190, Russia; Website http://www.raspletin.ru/; Email Address info@raspletin.ru; alt. Email Address almaz_zakupki@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

ALMAZ-ANTEY PVO 'AIR DEFENSE' CONCERN LEAD SYSTEMS DESIGN BUREAU OAO 'OPEN JOINT-STOCK COMPANY' IMENI ACADEMICIAN A.A. RASPLETIN (a.k.a. A.A. RASPLETIN MAIN SYSTEM DESIGN BUREAU; a.k.a. ALMAZ-ANTEY GSKB; a.k.a. ALMAZ-ANTEY GSKB IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. ALMAZ-ANTEY MSDB; a.k.a. GOLOVNOYE SISTEMNOYE KONSTRUKTORSKOYE BYURO OPEN JOINT-STOCK COMPANY OF ALMAZ-ANTEY PVO CONCERN IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. JOINT STOCK COMPANY ALMAZ-ANTEY AIR DEFENSE CONCERN MAIN SYSTEM DESIGN

BUREAU NAMED BY ACADEMICIAN A.A. RASPLETIN; a.k.a. JSC 'ALMAZ-ANTEY' MSDB; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA; a.k.a. "GSKB"), 16-80, Leningradsky Prospect, Moscow 125190, Russia; Website http://www.raspletin.ru/; Email Address info@raspletin.ru; alt. Email Address almaz_zakupki@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

AL-MAZIDIH, Akram Turki Hishan (a.k.a. AL MAZIDIH, Akram Turki Hishan; a.k.a. AL-HISHAN, Akram Turki; a.k.a. "ABU AKRAM"; a.k.a. "ABU JARRAH"), Zabadani, Syria; DOB 1974; alt. DOB 1975; alt. DOB 1979; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MAZIDIH, Badran Turki al-Hishan (a.k.a. AL MAZIDIH, Badran Turki Hishan; a.k.a. AL MEZIDI, Badran Turki Hishan; a.k.a. AL-SHA'BANI, Badran Turki Hisham al-Mazidih; a.k.a. AL-TURKI, Badran; a.k.a. HISHAM, Badran al-Turki; a.k.a. HISHAN, Badran Turki; a.k.a. SHALASH, Badran Turki Hayshan; a.k.a. "ABU 'ABDALLAH"; a.k.a. "ABU ABDULLAH"; a.k.a. "ABU 'AZZAM"; a.k.a. "ABU GHADIYAH"), Zabadani, Syria; DOB 1977; alt. DOB 1978; alt. DOB 1979; POB Mosul, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALMENOR HOLDINGS LIMITED, Louloupis Court, Floor No: 7, Christodoylou Chatzipaylou 205, Limassol 3036, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jan 2018; Registration Number C379400 (Cyprus) [RUSSIA-EO14024] (Linked To: THE SISTER TRUST).

ALMERINA INVESTMENTS (a.k.a. ALMERINA PROPERTIES LIMITED), Virgin Islands, British [GLOMAG] (Linked To: ORIENTAL IRON COMPANY SPRL).

ALMERINA PROPERTIES LIMITED (a.k.a. ALMERINA INVESTMENTS), Virgin Islands, British [GLOMAG] (Linked To: ORIENTAL IRON COMPANY SPRL).

AL-MESHEDANI, Abdullah Ahmed (a.k.a. AL-MASHHADANI, Abdullah Ahmad; a.k.a. AL-MASHHADANI, Abdullah Ahmed; a.k.a. "Abu al-

Qasem"; a.k.a. "Abu Kassem"; a.k.a. "Abu Qassim"), Iraq; Syria; DOB 21 Jan 1968; POB Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALMETYEVSK STATE OIL INSTITUTE (a.k.a. STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION ALMETYEVSK STATE OIL INSTITUTE (Cyrillic: ГОСУДАРСТВЕННОЕ БЮДЖЕТНОЕ ОБРАЗОВАТЕЛЬНОЕ УЧРЕЖДЕНИЕ ВЫСШЕГО ОБРАЗОВАНИЯ АЛЬМЕТЬЕВСКИЙ ГОСУДАРСТВЕННЫЙ НЕФТЯНОЙ ИНСТИТУТ); a.k.a. "GBOU VO AGNI"), ul. Lenina, d. 2, Almetyevsk, Republic of Tatarstan 423450, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1644005183 (Russia); Government Gazette Number 33861852 (Russia); Registration Number 1021601629642 (Russia) [RUSSIA-EO14024].

AL-MILAD, Osama (a.k.a. AL KUNI, Osama; a.k.a. IBRAHIM, Osama Al Kuni (Arabic: أسامة الكوني ابراهيم); a.k.a. MILAD, Osama; a.k.a. "ZAWIYA, Osama"; a.k.a. "ZAWIYAH, Osama"), Zawiyah, Libya; DOB 04 Apr 1976; alt. DOB 02 Apr 1976; POB Tripoli, Libya; nationality Libya; Gender Male (individual) [LIBYA3].

AL-MILHEM, Kifah (a.k.a. MELHEM, Kifah; a.k.a. MILHEM, Kifah; a.k.a. MOULHEM, Kifah (Arabic: كفاح ملحم); a.k.a. MOULHIM, Kifah; a.k.a. MULHEM, Kifah; a.k.a. MULHIM, Kifah), Damascus, Syria; DOB 28 Nov 1961; POB Junayrat Ruslan, Tartous, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-MINUKI, Abu-Bilal (a.k.a. AL-MAINUKI, Abu Bakr ibn Muhammad ibn 'Ali; a.k.a. MAINOK, Abor; a.k.a. MAINOK, Abubakar), Nigeria; DOB 1982; POB Mainok, Benisheikh, Borno State, Nigeria; nationality Nigeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-MISRI, Abu Hamza (a.k.a. AL-MASRI, Abu Hamza; a.k.a. EMAN, Adam Ramsey; a.k.a. KAMEL, Mustafa; a.k.a. MUSTAFA, Mustafa Kamel), 9 Albourne Road, Shepherds Bush, London W12 OLW, United Kingdom; 8 Adie Road, Hammersmith, London W6 OPW, United Kingdom; DOB 15 Apr 1958; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MISRI, Abu Walid (a.k.a. AL-MASRI, Abu al-Walid; a.k.a. ATIYA, Mustafa; a.k.a. HAMID, Mustafa; a.k.a. HAMID, Mustafa Muhammad 'Atiya; a.k.a. "AL-MAKKI, Hashim"; a.k.a. "AL-WALID, Abu"); DOB Mar 1945; POB Alexandria, Egypt; nationality Egypt; alt. nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MITIWITI, Arkan Ahmad 'Abbas (a.k.a. ALBU-MITEUTI, Arkan Ahmad Abbas Albu-Mazida; a.k.a. AL-MATUTI, Arkan Ahmad 'Abbas; a.k.a. "Abu Sarhan"), Nineveh Governorate, Iraq; Syria; DOB 06 Oct 1982; POB Mosul, Iraq; alt. POB Sinjar District, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-MOALI, Mohammed Yunis Ahmed (a.k.a. AHMAD, Muhammad Yunis; a.k.a. AHMED, Muhammad Yunis; a.k.a. AL-AHMED, Muhammad Yunis; a.k.a. AL-BADRANI, Muhammad Yunis Ahmad), Al-Dawar Street, Bludan, Syria; Damascus, Syria; Mosul, Iraq; Wadi al-Hawi, Iraq; Dubai, United Arab Emirates; Al-Hasaka, Syria; DOB 1949; POB Al-Mowall, Mosul, Iraq; nationality Iraq (individual) [IRAQ2].

AL-MOHAMMEDAWI, Abdul Aziz (a.k.a. MIRJIRASH AL-MUHAMMADAWI, Abd al-Aziz Malluh; a.k.a. MJERESH, Abdulazeez Mlawwah Mjeresh; a.k.a. "Abu Fadak"; a.k.a. "Al Khal"; a.k.a. "AL-MOHAMMEDAWI, Abu Fadak"), Iraq; DOB 20 Jan 1968; POB Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A6108489 (Iraq) expires 28 Apr 2020 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

AL-MOHANDAS, Abu-Mahdi (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a.

EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-MOHANDESS, Abu Mehdi (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

ALMORTADA, Abdul Kader (Arabic: عبد القادر المرتضى) (a.k.a. AL-MORTADA, Abdul Qadir; a.k.a. AL-MORTADA, Abdulqader; a.k.a. AL-MURTADA, Abdul Qader; a.k.a. AL-MURTADA, Abdulkader; a.k.a. AL-MURTADA, Abdulqader; a.k.a. AL-MURTADHA, Abdulqader Hasan Yahya; a.k.a. AL-MURTAZA, Abdul Qader; a.k.a. MORTADA, Abdulqader), Yemen; DOB 04 Mar 1978; POB Saada, Yemen; nationality Yemen; Gender Male; Passport 00023233 (Yemen) issued 30 Jun 2021 expires 29 Jun 2027 (individual) [GLOMAG].

AL-MORTADA, Abdul Qadir (a.k.a. ALMORTADA, Abdul Kader (Arabic: عبد القادر المرتضى); a.k.a. AL-MORTADA, Abdulqader; a.k.a. AL-MURTADA, Abdul Qader; a.k.a. AL-MURTADA, Abdulkader; a.k.a. AL-MURTADA, Abdulqader; a.k.a. AL-MURTADHA, Abdulqader Hasan Yahya; a.k.a. AL-MURTAZA, Abdul

Qader; a.k.a. MORTADA, Abdulqader), Yemen; DOB 04 Mar 1978; POB Saada, Yemen; nationality Yemen; Gender Male; Passport 00023233 (Yemen) issued 30 Jun 2021 expires 29 Jun 2027 (individual) [GLOMAG].

AL-MORTADA, Abdulqader (a.k.a. ALMORTADA, Abdul Kader (Arabic: عبد القادر المرتضى); a.k.a. AL-MORTADA, Abdul Qadir; a.k.a. AL-MURTADA, Abdul Qader; a.k.a. AL-MURTADA, Abdulkader; a.k.a. AL-MURTADA, Abdulqader; a.k.a. AL-MURTADHA, Abdulqader Hasan Yahya; a.k.a. AL-MURTAZA, Abdul Qader; a.k.a. MORTADA, Abdulqader), Yemen; DOB 04 Mar 1978; POB Saada, Yemen; nationality Yemen; Gender Male; Passport 00023233 (Yemen) issued 30 Jun 2021 expires 29 Jun 2027 (individual) [GLOMAG].

AL-MOSSALEM, Ali Said (Arabic: على سعيد المسلم) (a.k.a. MOSSALEM, Ali; a.k.a. MOSSALEM, Ali Said), Lebanon; DOB 23 Dec 1983; POB Arnoun, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 000023845887 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

AL-MOUSSAWI, Hamad (a.k.a. AL MOSAWI, Hamad Yasir Mohsin; a.k.a. AL MUSAWI, Hamad Yasir Mohsin; a.k.a. AL MUSAWI, Hammed Muhsen; a.k.a. AL-MUSAWI, Hamad Yasir Muhsin), Baghdad, Iraq; DOB 12 May 1970; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Al3624852 (Iraq) expires 26 Jun 2026; alt. Passport All035307 (Iraq) expires 01 Apr 2024; National ID No. 00385065 (Iraq) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ALMTHAJE, Ameer Abdulazeez Jaafar (a.k.a. AL-MUTAHAJI, Amir 'Abd-al-'Aziz Ja'far; a.k.a. AL-TAA'EI, Amir; a.k.a. DIANAT, Amir; a.k.a. DIANAT, Amir Abdolaziz; a.k.a. DIANET, Amir; a.k.a. DIYANAT, Amir; a.k.a. JAFAR, Amir Abdulaziz; a.k.a. MUSHTAQ, Abu), Iran; Iraq; Oman; DOB 15 Mar 1967; alt. DOB 25 Dec 1970; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport W44473918 (Iran); alt. Passport A12688767 (Iraq); alt. Passport F35307926 (Iran)

(individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL-MUA'ASSAT AL-SHAHID (a.k.a. AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION; a.k.a. AL-SHAHID FOUNDATION; a.k.a. AL-SHAHID ORGANIZATION; a.k.a. HIZBALLAH MARTYRS FOUNDATION; a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNDATION; a.k.a. LEBANESE MARTYR ASSOCIATION; a.k.a. LEBANESE MARTYR FOUNDATION; a.k.a. MARTYRS FOUNDATION IN LEBANON; a.k.a. MARTYRS INSTITUTE), P.O. Box 110 24, Bir al-Abed, Beirut, Lebanon; Biqa' Valley, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-MUAJIRIN BRIGADE (a.k.a. ARMY OF FOREIGN FIGHTERS AND SUPPORTERS; a.k.a. ARMY OF THE EMIGRANTS AND HELPERS; a.k.a. BRIGADE OF THE EMIGRANTS AND HELPERS; a.k.a. JAISH AL-MUHAJIREEN WA ANSAR; a.k.a. JAISH AL-MUHAJIREEN WAL-ANSAR; a.k.a. JAYSH AL-MUHAJIRIN AND AL-ANSAR ARMY; a.k.a. JAYSH AL-MUHAJIRIN WAL-ANSAR; a.k.a. KATEEB AL MUHAJIREEN WAL ANSAR; a.k.a. KATIBA AL-MUHAJIREEN; a.k.a. MUHAJIRIN AND ANSAR ARMY), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-MU'AJJAL, Dr. Abd Al-Hamid (a.k.a. AL MOJIL, Abdulhamid Sulaiman M.; a.k.a. AL MUJAL, Dr. Abd al-Hamid; a.k.a. AL MU'JIL, Abd al-Hamid Sulaiman; a.k.a. AL-MUJIL, Abd Al Hamid Sulaiman Muhammed; a.k.a. AL-MU'JIL, Dr. Abd Abdul-Hamid bin Sulaiman; a.k.a. MUJEL, A.S.; a.k.a. MU'JIL, Abd al-Hamid; a.k.a. "ABDALLAH, Abu"); DOB 28 Apr 1949; alt. DOB 29 Apr 1949; POB Kuwait; nationality Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F 137998 issued 18 Apr 2004 expires 24 Feb 2009; Doctor (individual) [SDGT].

AL-MUAMEN, Qassim (a.k.a. ABDULLAH ALI, Qassim; a.k.a. ABDULLAH, Qassim; a.k.a. AHMED, Qassim Abdullah Ali; a.k.a. AL MUAMEN, Qassim), Iran; DOB 1989; alt. DOB 1988; alt. DOB 1990; alt. DOB 08 Sep 1989;

POB Sitrah, Bahrain; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1948673 (Bahrain) issued 18 Oct 2010 expires 18 Oct 2020; National ID No. 890906491 (Bahrain) (individual) [SDGT] (Linked To: AL-ASHTAR BRIGADES).

AL-MU'AYYAD, Abdallah (a.k.a. AL HAKIM, Abdullah Yahya; a.k.a. AL HAKIM, Abu Ali; a.k.a. AL-HAKIM, Abdallah; a.k.a. ALHAKIM, Abu Ali; a.k.a. AL-HAKIM, Abu-Ali), Dahyan, Sa'dah Governorate, Yemen; DOB 1985; alt. DOB 1984; alt. DOB 1986; POB Dahyan, Yemen; alt. POB Sa'dah Governorate, Yemen; nationality Yemen; Gender Male; Houthi Chief of Military Intelligence Staff (individual) [YEMEN].

AL-MUGHASSIL, Ahmad Ibrahim (a.k.a. AL-MUGHASSIL, Ahmed Ibrahim; a.k.a. "ABU OMRAN"); DOB 26 Jun 1967; POB Qatif-Bab al Shamal, Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MUGHASSIL, Ahmed Ibrahim (a.k.a. AL-MUGHASSIL, Ahmad Ibrahim; a.k.a. "ABU OMRAN"); DOB 26 Jun 1967; POB Qatif-Bab al Shamal, Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MUHAJIR, Shahab (a.k.a. GHAFARI, Sanaullah), Afghanistan; DOB 28 Oct 1994; POB Afghanistan; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport O1503093 (individual) [SDGT].

AL-MUHAMMAD, Khamis Sirhan (a.k.a. "DR. KHAMIS"); nationality Iraq; Ba'th party regional command chairman, Karbala (individual) [IRAQ2].

AL-MUHAMMADIA STUDENTS (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA

KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-MUHANDES, Abu Mahdi (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional

Sanctions Information - Subject to Secondary Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-MUHANDIS COMPANY (a.k.a. AL MUHANDIS GENERAL ENGINEER COMPANY FOR CONSTRUCTIONS, MECHANICAL, AGRICULTURAL, AND INDUSTRIAL CONTRACTING; a.k.a. MUHANDIS GENERAL COMPANY; a.k.a. MUHANDIS GENERAL COMPANY FOR CONSTRUCTION, ENGINEERING, MECHANICAL, AGRICULTURAL, AND INDUSTRIAL CONTRACTING (Arabic: شركة المهندس للمقاولات والانشائية والهندسية والميكانيكية والاعمال الزراعية والصناعية)), Baghdad, Iraq; Website https://almuhandis.iq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Feb 2023; Organization Type: Activities of holding companies; Target Type State-Owned Enterprise [SDGT] [IFSR] (Linked To: KATA'IB HIZBALLAH; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL-MUHANDIS, Abu Mahdi (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-MUHANDIS, Abu Mahdi al-Basri (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS,

Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-MUHANDIS, Abu-Muhannad (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-MUHAYSINI, 'Abdallah Muhammad Bin-Sulayman (a.k.a. ALMUHAYSINI, Abdullah); DOB 30 Oct 1987; POB Al Qasim, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K163255 (Saudi Arabia) issued 11 Jun 2011 expires 16 Apr 2016 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

ALMUHAYSINI, Abdullah (a.k.a. AL-MUHAYSINI, 'Abdallah Muhammad Bin-Sulayman); DOB 30 Oct 1987; POB Al Qasim, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Passport K163255 (Saudi Arabia) issued 11 Jun 2011 expires 16 Apr 2016 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUJAHEDEEN, Taqni (a.k.a. AL-MUJAHIDIN, Taqni; a.k.a. SALIM, Mu'min al-Mawgy Mahmud; a.k.a. SALIM, Mu'min al-Mawji Mahmud (Arabic: مؤمن الموجي محمود سليم); a.k.a. SALIM, Mu'min al-Mogy Mahmud), Egypt; DOB 16 Oct 1991; POB Egypt; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-MUJAHIDIN BRIGADES (a.k.a. AL MUJAHIDEEN BRIGADES; a.k.a. ANSAR AL-MUJAHIDIN MOVEMENT; a.k.a. HOLY WARRIORS BATTALION; a.k.a. KHATIB AI-MUJAHIDIN), West Bank, Palestinian; Gaza Strip, Palestinian; Cairo, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-MUJAHIDIN, Taqni (a.k.a. AL-MUJAHEDEEN, Taqni; a.k.a. SALIM, Mu'min al-Mawgy Mahmud; a.k.a. SALIM, Mu'min al-Mawji Mahmud (Arabic: مؤمن الموجي محمود سليم); a.k.a. SALIM, Mu'min al-Mogy Mahmud), Egypt; DOB 16 Oct 1991; POB Egypt; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-MUJIL, Abd Al Hamid Sulaiman Muhammed (a.k.a. AL MOJIL, Abdulhamid Sulaiman M.; a.k.a. AL MUJAL, Dr. Abd al-Hamid; a.k.a. AL MU'JIL, Abd al-Hamid Sulaiman; a.k.a. AL-MU'AJJAL, Dr. Abd Al-Hamid; a.k.a. AL-MU'JIL, Dr. Abd Abdul-Hamid bin Sulaiman; a.k.a. MUJEL, A.S.; a.k.a. MU'JIL, Abd al-Hamid; a.k.a. "ABDALLAH, Abu"); DOB 28 Apr 1949; alt. DOB 29 Apr 1949; POB Kuwait; nationality Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F 137998 issued 18 Apr 2004 expires 24 Feb 2009; Doctor (individual) [SDGT].

AL-MU'JIL, Dr. Abd Abdul-Hamid bin Sulaiman (a.k.a. AL MOJIL, Abdulhamid Sulaiman M.; a.k.a. AL MUJAL, Dr. Abd al-Hamid; a.k.a. AL MU'JIL, Abd al-Hamid Sulaiman; a.k.a. AL-MU'AJJAL, Dr. Abd Al-Hamid; a.k.a. AL-MUJIL, Abd Al Hamid Sulaiman Muhammed; a.k.a.

MUJEL, A.S.; a.k.a. MU'JIL, Abd al-Hamid; a.k.a. "ABDALLAH, Abu"); DOB 28 Apr 1949; alt. DOB 29 Apr 1949; POB Kuwait; nationality Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F 137998 issued 18 Apr 2004 expires 24 Feb 2009; Doctor (individual) [SDGT].

AL-MUKHTAR BRIGADES (a.k.a. AL-MUKHTAR COMPANIES; a.k.a. AL-MUQAWAMA AL-ISLAMIYYA AL-BAHRANIA; a.k.a. BAHRAINI ISLAMIC RESISTANCE; a.k.a. BAHRAINI ISLAMIC RESISTANCE AL-MUKHTAR COMPANIES; a.k.a. SARAYA AL-MOKHTAR; a.k.a. SARAYA AL-MUKHTAR; a.k.a. "AMB"; a.k.a. "SAM"), Iran; Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-MUKHTAR COMPANIES (a.k.a. AL-MUKHTAR BRIGADES; a.k.a. AL-MUQAWAMA AL-ISLAMIYYA AL-BAHRANIA; a.k.a. BAHRAINI ISLAMIC RESISTANCE; a.k.a. BAHRAINI ISLAMIC RESISTANCE AL-MUKHTAR COMPANIES; a.k.a. SARAYA AL-MOKHTAR; a.k.a. SARAYA AL-MUKHTAR; a.k.a. "AMB"; a.k.a. "SAM"), Iran; Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-MULA, Amir Muhammad Sa'id 'Abd-al-Rahman Muhammad (a.k.a. AL-MAWLA, Amir Muhammad Sa'id Abdal-Rahman; a.k.a. AL-MAWLA, Muhammad Sa'id 'Abd-al-Rahman; a.k.a. SALBI, 'Abdul Amir Muhammad Sa'id; a.k.a. "Abdullah Qardash"; a.k.a. "Abu Ibrahim al-Hashimi al-Qurashi"; a.k.a. "Abu-'Abdullah Qardash"; a.k.a. "Abu-'Umar al-Turkmani"; a.k.a. "al-Hajj Abdullah Qardash"; a.k.a. "Hajii Abdallah"; a.k.a. "Hajji Abdullah al-Afari"), Iraq; Syria; DOB 01 Oct 1976; alt. DOB 05 Oct 1976; POB Mosul, Iraq; alt. POB Tall 'Afar, Iraq; nationality Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-MULATHAMUN BATTALION (a.k.a. AL-MULATHAMUN BRIGADE; a.k.a. AL-MULATHAMUN MASKED ONES BRIGADE; a.k.a. AL-MURABITOUN; a.k.a. AL-MUWAQQI'UN BIL-DIMA; a.k.a. KHALED ABU AL-ABBAS BRIGADE; a.k.a. SIGNATORIES IN BLOOD; a.k.a. SIGNED-IN-BLOOD

BATTALION; a.k.a. THOSE SIGNED IN BLOOD BATTALION; a.k.a. THOSE WHO SIGN IN BLOOD; a.k.a. "MASKED MEN BRIGADE"; a.k.a. "THE SENTINELS"; a.k.a. "WITNESSES IN BLOOD"), Algeria; Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-MULATHAMUN BRIGADE (a.k.a. AL-MULATHAMUN BATTALION; a.k.a. AL-MULATHAMUN MASKED ONES BRIGADE; a.k.a. AL-MURABITOUN; a.k.a. AL-MUWAQQI'UN BIL-DIMA; a.k.a. KHALED ABU AL-ABBAS BRIGADE; a.k.a. SIGNATORIES IN BLOOD; a.k.a. SIGNED-IN-BLOOD BATTALION; a.k.a. THOSE SIGNED IN BLOOD BATTALION; a.k.a. THOSE WHO SIGN IN BLOOD; a.k.a. "MASKED MEN BRIGADE"; a.k.a. "THE SENTINELS"; a.k.a. "WITNESSES IN BLOOD"), Algeria; Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-MULATHAMUN MASKED ONES BRIGADE (a.k.a. AL-MULATHAMUN BATTALION; a.k.a. AL-MULATHAMUN BRIGADE; a.k.a. AL-MURABITOUN; a.k.a. AL-MUWAQQI'UN BIL-DIMA; a.k.a. KHALED ABU AL-ABBAS BRIGADE; a.k.a. SIGNATORIES IN BLOOD; a.k.a. SIGNED-IN-BLOOD BATTALION; a.k.a. THOSE SIGNED IN BLOOD BATTALION; a.k.a. THOSE WHO SIGN IN BLOOD; a.k.a. "MASKED MEN BRIGADE"; a.k.a. "THE SENTINELS"; a.k.a. "WITNESSES IN BLOOD"), Algeria; Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-MUNADAMA AL-KHAYRIA LILTANMIA (a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND

DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a.

"WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

AL-MUQAWAMA AL-ISLAMIYYA AL-BAHRANIA (a.k.a. AL-MUKHTAR BRIGADES; a.k.a. AL-MUKHTAR COMPANIES; a.k.a. BAHRAINI ISLAMIC RESISTANCE; a.k.a. BAHRAINI ISLAMIC RESISTANCE AL-MUKHTAR COMPANIES; a.k.a. SARAYA AL-MOKHTAR; a.k.a. SARAYA AL-MUKHTAR; a.k.a. "AMB"; a.k.a. "SAM"), Iran; Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-MURABITOUN (a.k.a. AL-MULATHAMUN BATTALION; a.k.a. AL-MULATHAMUN BRIGADE; a.k.a. AL-MULATHAMUN MASKED ONES BRIGADE; a.k.a. AL-MUWAQQI'UN BIL-DIMA; a.k.a. KHALED ABU AL-ABBAS BRIGADE; a.k.a. SIGNATORIES IN BLOOD; a.k.a. SIGNED-IN-BLOOD BATTALION; a.k.a. THOSE SIGNED IN BLOOD BATTALION; a.k.a. THOSE WHO SIGN IN BLOOD; a.k.a. "MASKED MEN BRIGADE"; a.k.a. "THE SENTINELS"; a.k.a. "WITNESSES IN BLOOD"), Algeria; Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-MURTADA, Abdul Qader (a.k.a. ALMORTADA, Abdul Kader (Arabic: عبد القادر المرتضى); a.k.a. AL-MORTADA, Abdul Qadir; a.k.a. AL-MORTADA, Abdulqader; a.k.a. AL-MURTADA, Abdulkader; a.k.a. AL-MURTADA, Abdulqader; a.k.a. AL-MURTADHA, Abdulqader Hasan Yahya; a.k.a. AL-MURTAZA, Abdul Qader; a.k.a. MORTADA, Abdulqader), Yemen; DOB 04 Mar 1978; POB Saada, Yemen; nationality Yemen; Gender Male; Passport

00023233 (Yemen) issued 30 Jun 2021 expires 29 Jun 2027 (individual) [GLOMAG].

AL-MURTADA, Abdulkader (a.k.a. ALMORTADA, Abdul Kader (Arabic: عبد القادر المرتضى); a.k.a. AL-MORTADA, Abdul Qadir; a.k.a. AL-MORTADA, Abdulqader; a.k.a. AL-MURTADA, Abdul Qader; a.k.a. AL-MURTADA, Abdulqader; a.k.a. AL-MURTADHA, Abdulqader Hasan Yahya; a.k.a. AL-MURTAZA, Abdul Qader; a.k.a. MORTADA, Abdulqader), Yemen; DOB 04 Mar 1978; POB Saada, Yemen; nationality Yemen; Gender Male; Passport 00023233 (Yemen) issued 30 Jun 2021 expires 29 Jun 2027 (individual) [GLOMAG].

AL-MURTADA, Abdulqader (a.k.a. ALMORTADA, Abdul Kader (Arabic: عبد القادر المرتضى); a.k.a. AL-MORTADA, Abdul Qadir; a.k.a. AL-MORTADA, Abdulqader; a.k.a. AL-MURTADA, Abdul Qader; a.k.a. AL-MURTADA, Abdulkader; a.k.a. AL-MURTADHA, Abdulqader Hasan Yahya; a.k.a. AL-MURTAZA, Abdul Qader; a.k.a. MORTADA, Abdulqader), Yemen; DOB 04 Mar 1978; POB Saada, Yemen; nationality Yemen; Gender Male; Passport 00023233 (Yemen) issued 30 Jun 2021 expires 29 Jun 2027 (individual) [GLOMAG].

AL-MURTADHA, Abdulqader Hasan Yahya (a.k.a. ALMORTADA, Abdul Kader (Arabic: عبد القادر المرتضى); a.k.a. AL-MORTADA, Abdul Qadir; a.k.a. AL-MORTADA, Abdulqader; a.k.a. AL-MURTADA, Abdul Qader; a.k.a. AL-MURTADA, Abdulkader; a.k.a. AL-MURTADA, Abdulqader; a.k.a. AL-MURTAZA, Abdul Qader; a.k.a. MORTADA, Abdulqader), Yemen; DOB 04 Mar 1978; POB Saada, Yemen; nationality Yemen; Gender Male; Passport 00023233 (Yemen) issued 30 Jun 2021 expires 29 Jun 2027 (individual) [GLOMAG].

AL-MURTAZA, Abdul Qader (a.k.a. ALMORTADA, Abdul Kader (Arabic: عبد القادر المرتضى); a.k.a. AL-MORTADA, Abdul Qadir; a.k.a. AL-MORTADA, Abdulqader; a.k.a. AL-MURTADA, Abdul Qader; a.k.a. AL-MURTADA, Abdulkader; a.k.a. AL-MURTADA, Abdulqader; a.k.a. AL-MURTADHA, Abdulqader Hasan Yahya; a.k.a. MORTADA, Abdulqader), Yemen; DOB 04 Mar 1978; POB Saada, Yemen; nationality Yemen; Gender Male; Passport 00023233 (Yemen) issued 30 Jun 2021 expires 29 Jun 2027 (individual) [GLOMAG].

AL-MUSAWI, Ali Mussa Daqduq (a.k.a. 'ABD AL-YUNIS, Hamid Majid; a.k.a. AL-LAMI, Hamid Muhammad; a.k.a. AL-MASUI, Husayn Muhammad Jabur; a.k.a. AL-MUSAWI, Hamid Muhammad Daqduq; a.k.a. AL-MUSAWI,

Hamid Muhammad Jabur; a.k.a. AL-MUSUI, Hamid Muhammad Jabur; a.k.a. DAQDUQ, Ali Mussa; a.k.a. JABUR AL-LAMI, Hamid Muhammad); DOB 01 Sep 1969; alt. DOB 31 Dec 1971; alt. DOB 09 Aug 1971; alt. DOB 09 Sep 1970; alt. DOB 09 Aug 1969; alt. DOB 05 Mar 1972; POB Beirut, Lebanon; alt. POB Al-Karradah, Baghdad, Iraq; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MUSAWI, Hamad Yasir Muhsin (a.k.a. AL MOSAWI, Hamad Yasir Mohsin; a.k.a. AL MUSAWI, Hamad Yasir Mohsin; a.k.a. AL MUSAWI, Hammed Muhsen; a.k.a. AL-MOUSSAWI, Hamad), Baghdad, Iraq; DOB 12 May 1970; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AI3624852 (Iraq) expires 26 Jun 2026; alt. Passport All035307 (Iraq) expires 01 Apr 2024; National ID No. 00385065 (Iraq) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL-MUSAWI, Hamid Muhammad Daqduq (a.k.a. 'ABD AL-YUNIS, Hamid Majid; a.k.a. AL-LAMI, Hamid Muhammad; a.k.a. AL-MASUI, Husayn Muhammad Jabur; a.k.a. AL-MUSAWI, Ali Mussa Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Jabur; a.k.a. AL-MUSUI, Hamid Muhammad Jabur; a.k.a. DAQDUQ, Ali Mussa; a.k.a. JABUR AL-LAMI, Hamid Muhammad); DOB 01 Sep 1969; alt. DOB 31 Dec 1971; alt. DOB 09 Aug 1971; alt. DOB 09 Sep 1970; alt. DOB 09 Aug 1969; alt. DOB 05 Mar 1972; POB Beirut, Lebanon; alt. POB Al-Karradah, Baghdad, Iraq; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MUSAWI, Hamid Muhammad Jabur (a.k.a. 'ABD AL-YUNIS, Hamid Majid; a.k.a. AL-LAMI, Hamid Muhammad; a.k.a. AL-MASUI, Husayn Muhammad Jabur; a.k.a. AL-MUSAWI, Ali Mussa Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Daqduq; a.k.a. AL-MUSUI, Hamid Muhammad Jabur; a.k.a. DAQDUQ, Ali Mussa; a.k.a. JABUR AL-LAMI, Hamid Muhammad);

DOB 01 Sep 1969; alt. DOB 31 Dec 1971; alt. DOB 09 Aug 1971; alt. DOB 09 Sep 1970; alt. DOB 09 Aug 1969; alt. DOB 05 Mar 1972; POB Beirut, Lebanon; alt. POB Al-Karradah, Baghdad, Iraq; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MUSAWI, Sayyid Salah (a.k.a. AL-MAKSUSI, Sayyid Salah Mahdi Hantush; a.k.a. "HAWRA, Abu"; a.k.a. "SALAH, Sayyid"); DOB 1973; alt. DOB 1971; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MUSTAFA INTERNATIONAL UNIVERSITY (Arabic: جامعه المصطفى العالميه) (a.k.a. AL-MUSTAFA UNIVERSITY), Muallim Boulevard, PO Box 439, Qom, Iran; Central District, Moalem Square, 8 Moalem Ally Shahid Golbarg, Moalem Boulevard, No. 0, Basement, Qom, Qom Province 3715697867, Iran; Website http://en.miu.ac/ir/; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Higher education; National ID No. 10590000383 (Iran) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL-MUSTAFA UNIVERSITY (a.k.a. AL-MUSTAFA INTERNATIONAL UNIVERSITY (Arabic: جامعه المصطفى العالميه)), Muallim Boulevard, PO Box 439, Qom, Iran; Central District, Moalem Square, 8 Moalem Ally Shahid Golbarg, Moalem Boulevard, No. 0, Basement, Qom, Qom Province 3715697867, Iran; Website http://en.miu.ac/ir/; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Higher education; National ID No. 10590000383 (Iran) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL-MUSUI, Hamid Muhammad Jabur (a.k.a. 'ABD AL-YUNIS, Hamid Majid; a.k.a. AL-LAMI, Hamid Muhammad; a.k.a. AL-MASUI, Husayn Muhammad Jabur; a.k.a. AL-MUSAWI, Ali Mussa Daqduq; a.k.a. AL-MUSAWI, Hamid

Muhammad Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Jabur; a.k.a. DAQDUQ, Ali Mussa; a.k.a. JABUR AL-LAMI, Hamid Muhammad); DOB 01 Sep 1969; alt. DOB 31 Dec 1971; alt. DOB 09 Aug 1971; alt. DOB 09 Sep 1970; alt. DOB 09 Aug 1969; alt. DOB 05 Mar 1972; POB Beirut, Lebanon; alt. POB Al-Karradah, Baghdad, Iraq; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-MUTAFAQ COMMERCIAL COMPANY, Boosaaso, Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: YUSUF, Mohamed Mire Ali).

AL-MUTAHAJI, Amir 'Abd-al-'Aziz Ja'far (a.k.a. ALMTHAJE, Ameer Abdulazeez Jaafar; a.k.a. AL-TAA'EI, Amir; a.k.a. DIANAT, Amir; a.k.a. DIANAT, Amir Abdolaziz; a.k.a. DIANET, Amir; a.k.a. DIYANAT, Amir; a.k.a. JAFAR, Amir Abdulaziz; a.k.a. MUSHTAQ, Abu), Iran; Iraq; Oman; DOB 15 Mar 1967; alt. DOB 25 Dec 1970; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport W44473918 (Iran); alt. Passport A12688767 (Iraq); alt. Passport F35307926 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL-MUTAIRI, 'Abd al-Muhsin (a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabn; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB

Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAIRI, Abdulmohsen Zeben Mutaab (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabn; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYRI, 'Abd al-Muhsin Zaban (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabn; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif;

a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabn; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabn; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabn; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-

MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabn; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabn; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYRI, 'Abd al-Muhsin Zubin (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabn; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabn; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYRI, 'Abd al-Mushin Zabn (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn

Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabn; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd

al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYYIRI, 'Abd al-Muhsin Zabn (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabn; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabn; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYYRI, 'Abd al-Muhsin (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-

MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd-Mushin Zabn; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUWAQQI'UN BIL-DIMA (a.k.a. AL-MULATHAMUN BATTALION; a.k.a. AL-MULATHAMUN BRIGADE; a.k.a. AL-MULATHAMUN MASKED ONES BRIGADE; a.k.a. AL-MURABITOUN; a.k.a. KHALED ABU AL-ABBAS BRIGADE; a.k.a. SIGNATORIES IN BLOOD; a.k.a. SIGNED-IN-BLOOD BATTALION; a.k.a. THOSE SIGNED IN BLOOD BATTALION; a.k.a. THOSE WHO SIGN IN BLOOD; a.k.a. "MASKED MEN BRIGADE"; a.k.a. "THE SENTINELS"; a.k.a. "WITNESSES IN BLOOD"), Algeria; Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-NABI, Muhammad Fadl Abd (a.k.a. NABI, Mohammed Fadl Abdul), Yemen; DOB 01 Jan 1952; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALNAHARI, Hesham Abdulwasea Hael Moham (a.k.a. AL-NAHARI, Hisham Abdulwasea Hael Mohammed), China; DOB 08 Sep 1992; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 08690482 (Yemen) expires 16 Oct 2025; alt. Passport 05820527 (Yemen) expires 15 Jun 2020 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-NAHARI, Hisham Abdulwasea Hael Mohammed (a.k.a. ALNAHARI, Hesham Abdulwasea Hael Moham), China; DOB 08 Sep 1992; nationality Yemen; Gender Male;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 08690482 (Yemen) expires 16 Oct 2025; alt. Passport 05820527 (Yemen) expires 15 Jun 2020 (individual) [SDGT] (Linked To: ANSARALLAH).

ALNAHARI, Mohammed Abdulwasea Hael (a.k.a. AL-NAHARI, Mohammed Abdulwasea Hael), China; DOB 05 May 1985; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 09050824 (Yemen) expires 16 Feb 2026; alt. Passport 03320017 (Yemen) expires 19 Oct 2014 (individual) [SDGT] (Linked To: GUANGZHOU NAHARI TRADING CO., LTD.).

AL-NAHARI, Mohammed Abdulwasea Hael (a.k.a. ALNAHARI, Mohammed Abdulwasea Hael), China; DOB 05 May 1985; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 09050824 (Yemen) expires 16 Feb 2026; alt. Passport 03320017 (Yemen) expires 19 Oct 2014 (individual) [SDGT] (Linked To: GUANGZHOU NAHARI TRADING CO., LTD.).

AL-NAIMI, A. Rahman (a.k.a. AL NAIMEH, Abdelrahman Imer al Jaber; a.k.a. AL NEAIMI, Abdulrahman Omair; a.k.a. ALNAIMI, A. Rahman Omair J; a.k.a. AL-NA'IMI, Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AIMI, 'Abd al-Rahman; a.k.a. AL-NUA'YMI, 'Abd al-Rahman; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Umayr; a.k.a. AL-NU'AYMI, 'Abdallah Muhammad; a.k.a. AL-NU'IMI, 'Abd al-Rahman bin 'Amir), Qatar; DOB 1954; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00868774 (Qatar) expires 27 Apr 2014; Personal ID Card 25463401784 (Qatar) expires 06 Dec 2019 (individual) [SDGT].

ALNAIMI, A. Rahman Omair J (a.k.a. AL NAIMEH, Abdelrahman Imer al Jaber; a.k.a. AL NEAIMI, Abdulrahman Omair; a.k.a. AL-NAIMI, A. Rahman; a.k.a. AL-NA'IMI, Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AIMI, 'Abd al-Rahman; a.k.a. AL-NUA'YMI, 'Abd al-Rahman; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Umayr; a.k.a. AL-NU'AYMI, 'Abdallah Muhammad; a.k.a. AL-NU'IMI, 'Abd al-Rahman bin 'Amir), Qatar; DOB 1954; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00868774

(Qatar) expires 27 Apr 2014; Personal ID Card 25463401784 (Qatar) expires 06 Dec 2019 (individual) [SDGT].

AL-NA'IMI, Abd al-Rahman bin 'Amir (a.k.a. AL NAIMEH, Abdelrahman Imer al Jaber; a.k.a. AL NEAIMI, Abdulrahman Omair; a.k.a. AL-NAIMI, A. Rahman; a.k.a. ALNAIMI, A. Rahman Omair J; a.k.a. AL-NU'AIMI, 'Abd al-Rahman; a.k.a. AL-NUA'YMI, 'Abd al-Rahman; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Umayr; a.k.a. AL-NU'AYMI, 'Abdallah Muhammad; a.k.a. AL-NU'IMI, 'Abd al-Rahman bin 'Amir), Qatar; DOB 1954; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00868774 (Qatar) expires 27 Apr 2014; Personal ID Card 25463401784 (Qatar) expires 06 Dec 2019 (individual) [SDGT].

AL-NAJDI, Abd-al-Latif (a.k.a. AL CHAREKH, Abdul Mohsen Abdallah Ibrahim; a.k.a. AL-NASR, Sanafi; a.k.a. ALSHAREKH, Abdul Mohsen Abdullah Ibrahim; a.k.a. AL-SHARIKH, Abd-al-Muhsin Abdallah; a.k.a. AL-SHARIKH, Abdul Mohsen Abdullah Ibrahim; a.k.a. "KARIMI, Ali"); DOB 12 Jul 1985; alt. DOB 13 Jul 1985; alt. DOB 07 Dec 1985; POB Shagraa, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G895402; National ID No. 1050433349 (Saudi Arabia) (individual) [SDGT].

AL-NAJDI, Muhannad (a.k.a. AL-'UTAYBI, 'Ali Manahi 'Ali al-Mahaydali; a.k.a. "AL-TAJIKI, Ghassan"); DOB 19 May 1984; POB al-Duwadmi, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-NAJDI, Qital (a.k.a. AL-'ABDALI, Qattal; a.k.a. AL-'ABDALI, Qital; a.k.a. AL-'ARIF, Sultan Yusuf Hasan; a.k.a. AL-SAUDI, Abu Musab), Afghanistan; Iran; DOB 28 Jun 1986; alt. DOB 27 Jun 1986; POB Jeddah, Saudi Arabia; nationality Saudi Arabia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-NAJIM, Samir abd al-Aziz; DOB 1937; alt. DOB 1938; POB Baghdad, Iraq; nationality Iraq; Ba'th party regional command chairman, East Baghdad (individual) [IRAQ2].

AL-NAJJAR, Ibrahim Mohsen Ali (a.k.a. AL SOWAIDI, Ebrahim Mohsen Ali; a.k.a. AL

OFFICE OF FOREIGN ASSETS CONTROL

SWAIDI, Ibrahim; a.k.a. AL-SUWAIDI, Ibrahim Mohsen), Sana'a, Yemen; DOB 01 Jan 1979; POB Ibb, Yemen; alt. POB Ab-Al-Nadirah, Yemen; nationality Yemen; citizen Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 04331802 (Yemen) expires 03 Apr 2017 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-NAKHALAH, Ziyad (a.k.a. "ABU TARIQ"), Iran; DOB 03 Jan 1953; alt. DOB 1953; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-NAQAZ, Basil Muhsin Ahmad (a.k.a. AL-ADANI, Abu 'Abd al-Rahman; a.k.a. KANAN, Radwan; a.k.a. KANNA, Radwan; a.k.a. QANAN, Radwan Muhammad Husayn Ali), Aden, Yemen; al-Tawilah, Kraytar District, Aden, Yemen; DOB 07 Sep 1975; alt. DOB 1982; POB Abyan Governorate, Khanfar, Al-Rumilah, Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-NAQIB, Zuhair Talib abd-al-Sattar; DOB circa 1948; nationality Iraq; Director, Military Intelligence (individual) [IRAQ2].

ALNASER AIRLINES (a.k.a. AL NASER WINGS; a.k.a. AL NASER WINGS AIRLINES; a.k.a. AL-NASER AIRLINES), Al-Karrada, Babil Region - District 929, St. 21, Home 46, Baghdad, Iraq; P.O. Box 28360, Dubai, United Arab Emirates; P.O. Box 911399, Amman 11191, Jordan; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR).

AL-NASER AIRLINES (a.k.a. AL NASER WINGS; a.k.a. AL NASER WINGS AIRLINES; a.k.a. ALNASER AIRLINES), Al-Karrada, Babil Region - District 929, St. 21, Home 46, Baghdad, Iraq; P.O. Box 28360, Dubai, United Arab Emirates; P.O. Box 911399, Amman 11191, Jordan; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR).

AL-NASHIRI, Ibrahim (a.k.a. AL-NASHIRI, Ibrahim Muhammad; a.k.a. AL-NASHIRI, Ibrahim Muhammad Lutf; a.k.a. "ABU HAYDAR"; a.k.a. "WALTER, Muhammad"), Yemen; China; DOB 1977; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 07761836 (Yemen); National ID No. 115330051 (Yemen) (individual) [SDGT].

AL-NASHIRI, Ibrahim Muhammad (a.k.a. AL-NASHIRI, Ibrahim; a.k.a. AL-NASHIRI, Ibrahim Muhammad Lutf; a.k.a. "ABU HAYDAR"; a.k.a. "WALTER, Muhammad"), Yemen; China; DOB 1977; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 07761836 (Yemen); National ID No. 115330051 (Yemen) (individual) [SDGT].

AL-NASHIRI, Ibrahim Muhammad Lutf (a.k.a. AL-NASHIRI, Ibrahim; a.k.a. AL-NASHIRI, Ibrahim Muhammad; a.k.a. "ABU HAYDAR"; a.k.a. "WALTER, Muhammad"), Yemen; China; DOB 1977; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 07761836 (Yemen); National ID No. 115330051 (Yemen) (individual) [SDGT].

AL-NASIRI, Walid Hamid Tawfiq (a.k.a. AL-TIKRITI, Walid Hamid Tawfiq); DOB circa 1950; POB Tikrit, Iraq; nationality Iraq; Governor of Basrah (individual) [IRAQ2].

AL-NASR COMPANY FOR GENERAL TRADING (a.k.a. AL-HAMMADI TRADING, SHIPPING, AND CLEARANCE CO., LTD.; a.k.a. NASR AL-HAMMADI SHIPPING AND CUSTOMS CLEARANCE AND PUBLIC TRADE COMPANY; a.k.a. "NIMEX"), Yiwu Logistics Center, 4th Floor, 498 Chemical Road, Yiwu, Zhejiang, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2019 [SDGT] (Linked To: ANSARALLAH).

AL-NASR, Sanafi (a.k.a. AL CHAREKH, Abdul Mohsen Abdallah Ibrahim; a.k.a. AL-NAJDI, Abd-al-Latif; a.k.a. ALSHAREKH, Abdul Mohsen Abdullah Ibrahim; a.k.a. AL-SHARIKH, Abd-al-Muhsin Abdallah; a.k.a. AL-SHARIKH, Abdul Mohsen Abdullah Ibrahim; a.k.a. "KARIMI, Ali"); DOB 12 Jul 1985; alt. DOB 13 Jul 1985; alt. DOB 07 Dec 1985; POB Shagraa, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G895402;

National ID No. 1050433349 (Saudi Arabia) (individual) [SDGT].

AL-NASSER, Abdelkarim Hussein Mohamed; POB Al Ihsa, Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALNEZAM AL ASASY GENERAL TRADING (a.k.a. AL NEZAAM AL ASASY GENERAL TRADING COMPANY; a.k.a. AL NEZAM AL ASASY GENERAL TRADING L.L.C (Arabic: النظام الأساسى للتجارة العامة ش.ذ.م.م.)), PO Box 40450, Dubai, United Arab Emirates; Kuwait Building 104, Deira, Dubai, United Arab Emirates; Organization Established Date 24 Aug 2011; Identification Number 196181 (United Arab Emirates); License 658287 (United Arab Emirates); Registration Number 1081418 (United Arab Emirates) [SOMALIA] (Linked To: ABDI, Abdulwahab Noor).

AL-NU'AIMI, 'Abd al-Rahman (a.k.a. AL NAIMEH, Abdelrahman Imer al Jaber; a.k.a. AL NEAIMI, Abdulrahman Omair; a.k.a. AL-NAIMI, A. Rahman; a.k.a. ALNAIMI, A. Rahman Omair J; a.k.a. AL-NA'IMI, Abd al-Rahman bin 'Amir; a.k.a. AL-NUA'YMI, 'Abd al-Rahman; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Umayr; a.k.a. AL-NU'AYMI, 'Abdallah Muhammad; a.k.a. AL-NU'IMI, 'Abd al-Rahman bin 'Amir), Qatar; DOB 1954; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00868774 (Qatar) expires 27 Apr 2014; Personal ID Card 25463401784 (Qatar) expires 06 Dec 2019 (individual) [SDGT].

AL-NUA'YMI, 'Abd al-Rahman (a.k.a. AL NAIMEH, Abdelrahman Imer al Jaber; a.k.a. AL NEAIMI, Abdulrahman Omair; a.k.a. AL-NAIMI, A. Rahman; a.k.a. ALNAIMI, A. Rahman Omair J; a.k.a. AL-NA'IMI, Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AIMI, 'Abd al-Rahman; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Umayr; a.k.a. AL-NU'AYMI, 'Abdallah Muhammad; a.k.a. AL-NU'IMI, 'Abd al-Rahman bin 'Amir), Qatar; DOB 1954; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00868774 (Qatar) expires 27 Apr 2014; Personal ID Card 25463401784 (Qatar) expires 06 Dec 2019 (individual) [SDGT].

AL-NU'AYMI, 'Abd al-Rahman bin 'Amir (a.k.a. AL NAIMEH, Abdelrahman Imer al Jaber; a.k.a. AL NEAIMI, Abdulrahman Omair; a.k.a. AL-NAIMI,

A. Rahman; a.k.a. ALNAIMI, A. Rahman Omair J; a.k.a. AL-NA'IMI, Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AIMI, 'Abd al-Rahman; a.k.a. AL-NUA'YMI, 'Abd al-Rahman; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Umayr; a.k.a. AL-NU'AYMI, 'Abdallah Muhammad; a.k.a. AL-NU'IMI, 'Abd al-Rahman bin 'Amir), Qatar; DOB 1954; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00868774 (Qatar) expires 27 Apr 2014; Personal ID Card 25463401784 (Qatar) expires 06 Dec 2019 (individual) [SDGT].

AL-NU'AYMI, 'Abd al-Rahman bin 'Umayr (a.k.a. AL NAIMEH, Abdelrahman Imer al Jaber; a.k.a. AL NEAIMI, Abdulrahman Omair; a.k.a. AL-NAIMI, A. Rahman; a.k.a. ALNAIMI, A. Rahman Omair J; a.k.a. AL-NA'IMI, Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AIMI, 'Abd al-Rahman; a.k.a. AL-NUA'YMI, 'Abd al-Rahman; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AYMI, 'Abdallah Muhammad; a.k.a. AL-NU'IMI, 'Abd al-Rahman bin 'Amir), Qatar; DOB 1954; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00868774 (Qatar) expires 27 Apr 2014; Personal ID Card 25463401784 (Qatar) expires 06 Dec 2019 (individual) [SDGT].

AL-NU'AYMI, 'Abdallah Muhammad (a.k.a. AL NAIMEH, Abdelrahman Imer al Jaber; a.k.a. AL NEAIMI, Abdulrahman Omair; a.k.a. AL-NAIMI, A. Rahman; a.k.a. ALNAIMI, A. Rahman Omair J; a.k.a. AL-NA'IMI, Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AIMI, 'Abd al-Rahman; a.k.a. AL-NUA'YMI, 'Abd al-Rahman; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Umayr; a.k.a. AL-NU'IMI, 'Abd al-Rahman bin 'Amir), Qatar; DOB 1954; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00868774 (Qatar) expires 27 Apr 2014; Personal ID Card 25463401784 (Qatar) expires 06 Dec 2019 (individual) [SDGT].

AL-NUBI, Abu (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. ALI, Hassan; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADHIL, Mustafa Mohamed; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. JIHAD, Abu; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. "ANIS, Abu"; a.k.a. "HUSSEIN"; a.k.a. "KHALID"; a.k.a. "YUSSRR, Abu"); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

AL-NU'IMI, 'Abd al-Rahman bin 'Amir (a.k.a. AL NAIMEH, Abdelrahman Imer al Jaber; a.k.a. AL NEAIMI, Abdulrahman Omair; a.k.a. AL-NAIMI, A. Rahman; a.k.a. ALNAIMI, A. Rahman Omair J; a.k.a. AL-NA'IMI, Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AIMI, 'Abd al-Rahman; a.k.a. AL-NUA'YMI, 'Abd al-Rahman; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AYMI, 'Abdallah Muhammad), Qatar; DOB 1954; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00868774 (Qatar) expires 27 Apr 2014; Personal ID Card 25463401784 (Qatar) expires 06 Dec 2019 (individual) [SDGT].

AL-NUJABA TV (a.k.a. AL-HAMAD BRIGADE; a.k.a. AMMAR IBN YASIR BRIGADE; a.k.a. GOLAN LIBERATION BRIGADE; a.k.a. HARAKAT AL-NUJABA (Arabic: حركة النجباء); a.k.a. HARAKAT HEZBOLLAH AL-NUJABA; a.k.a. IMAM AL-HASAN AL-MUJTABA BRIGADE; a.k.a. MOVEMENT OF THE NOBLE ONES HEZBOLLAH; a.k.a. THE MOVEMENT OF THE NOBLE ONES), Iraq; Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2013; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

AL-NUMAN, Aziz Salih; DOB 1941; alt. DOB 1945; POB An Nasiriyah, Iraq; nationality Iraq; Ba'th party regional command chairman (individual) [IRAQ2].

AL-NUR PRISONER ASSOCIATION (a.k.a. AL NOOR PRISONER SOCIETY; a.k.a. AL-NUR SOCIETY GAZA (Arabic: جمعية النور); a.k.a. EL-NUR SOCIETY; a.k.a. JAMA'IT ELANUR AL-KHIRIYA), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2001; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

AL-NUR SOCIETY GAZA (Arabic: جمعية النور) (a.k.a. AL NOOR PRISONER SOCIETY; a.k.a. AL-NUR PRISONER ASSOCIATION; a.k.a. EL-NUR SOCIETY; a.k.a. JAMA'IT ELANUR AL-KHIRIYA), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Organization Established Date 2001; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

AL-NURISTANI, 'Abd al-Aziz (a.k.a. AL-NURISTANI, Abdul Aziz; a.k.a. NOORISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz-e; a.k.a. "AL-'AZIZ, Abd"; a.k.a. "AZIZ, Abdul"; a.k.a. "AZIZ, Abdullah"), Takal region, Peshawar, Pakistan; DOB 01 Jan 1943 to 31 Dec 1943; POB Du Ab, Nuristan Province, Afghanistan; alt. POB Parun, Nuristan Province, Afghanistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AK1814292 (Pakistan); alt. Passport AK1814291 (Pakistan) issued 22 Nov 2006 expires 21 Nov 2011; National ID No. 1730190144291 (Pakistan); alt. National ID No. 13743484497 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: AL QA'IDA; Linked To: TALIBAN).

AL-NURISTANI, Abdul Aziz (a.k.a. AL-NURISTANI, 'Abd al-Aziz; a.k.a. NOORISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz-e; a.k.a. "AL-'AZIZ, Abd"; a.k.a. "AZIZ, Abdul"; a.k.a. "AZIZ, Abdullah"), Takal region, Peshawar, Pakistan; DOB 01 Jan 1943 to 31 Dec 1943; POB Du Ab, Nuristan Province, Afghanistan; alt. POB Parun, Nuristan Province, Afghanistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AK1814292 (Pakistan); alt. Passport AK1814291 (Pakistan) issued 22 Nov 2006 expires 21 Nov 2011; National ID No. 1730190144291 (Pakistan); alt. National ID No. 13743484497 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: AL QA'IDA; Linked To: TALIBAN).

AL-NUSRAH FRONT (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE

LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-NUSRAH FRONT IN LEBANON (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-OBEIDI, Ahmed Hassan Kaka (a.k.a. AL NOBANI, Ali; a.k.a. AL-UBAYDI, Ahmad Hassan Kaka; a.k.a. HAZIM KAKA), Al

Humayra Village, Taza sub district, Iraq; Kurdi Al Nasir village, Iraq; DOB 1949; POB Baghdad, Iraq; nationality Iraq; Passport F032516 (Iraq) issued 04 May 1976 (individual) [IRAQ3].

ALODHARI, Khaled Yahya Rageh (a.k.a. AL ATHARI, Khaled; a.k.a. AL-'UDARI, Khalid (Arabic: خالد العذري)), Yemen; DOB 01 Jan 1976; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 08213902 (Yemen) expires 30 Dec 2024 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL-OMAG AND BROS EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb,

Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-OMAGI & BRO. MONEY EXCHANGE COMPANY (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked

To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-OMAIRI, Faruk (a.k.a. AL-UMAYRI, Faruz; a.k.a. OMAIRI, Farouk; a.k.a. OMAIRI, Farouk Abdul Haj; a.k.a. UMAIRI, Faruq), 605 Avenida Brasil, Apt No. 48, Foz do Iguacu, Brazil; DOB 06 Dec 1945; POB Hermel, Lebanon; citizen Brazil; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-OMAKI EXCHANGE COMPANY (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen;

Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-OMAQI, Saeed Salah Abed Rabboh (a.k.a. AL-AMQI, Said Salih Abd-Rabbuh; a.k.a. ALOMGY, Said Saleh Abed Rubbah; a.k.a. AL-OMGY, Said Salih Abd-Rabbuh (Arabic: سعيد صالح عبدريه العمقي); a.k.a. AL-OMQI, Saeed Salih Abdrabah; a.k.a. AL-OMQI, Saeed Salih Abd-Rabboh; a.k.a. AL-OMQY, Saeed Salih Abed Rabbo; a.k.a. AL-UMAQY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMGY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMQI, Said Salah Abd-Rabbuh; a.k.a. AL-UMQY, Said Saleh Abd-Rabbu), Mahal, Al Mukalla, Yemen; DOB 01 Jan 1956; POB Hadramawt Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-OMAQY EXCHANGE CORPORATION (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-OMAQY, Mohammed Saleh Abd Rabo (a.k.a. ABDORABOH, Mohammed Saleh; a.k.a. AL OMQI, Mohammed Saleh Abdurabu; a.k.a. ALAMQE, Mohammed Saleh A; a.k.a. AL-AMQI, Muhammad Salih 'Abd-Rabbuh; a.k.a. ALAMQY, Mohammed Salih Abdrabah; a.k.a. AL-OMGY, Mohammed Saleh Abd'rabbo; a.k.a. AL-OMGY, Muhammad Salih Abd-Rabbuh (Arabic: محمد صالح عبدريه العمقي); a.k.a. AL-UMAQI, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMGY, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMQI, Mohammad Salih Abdurabbuh; a.k.a. AL-UMQI, Muhammad Saleh Abd-Rabbuh; a.k.a. AL-UMQY, Muhammad Saleh Abd-Rabbuh), Jamal Street, under Royal Hotel, Taiz, Yemen; Mukalla, Yemen; Al Hudaydah San'a' Street, J Dirham, Salam, Hadramawt, Yemen; Al Amqi Company, Al Makla, Ash Shaykh Uthman, Hadramawt, Yemen; Sayyiun, Suq As Sarrafin, Sayun, Yemen; Shabwat, Ataq, Shabwah, Yemen; Tarim, At Tawahi Street, Tarim, Yemen; DOB 11 Feb 1962; alt. DOB 12 Feb 1962; POB Shakhawi, Hadramawt Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02729375 (Yemen) issued 29 Dec 2009 expires 08 Dec 2013; alt. Passport 00692808 (Yemen) issued 03 Mar 2001 expires 03 Mar 2007; Identification Number 08010019189 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

ALOMGE AND BROS FOR EXCHANGE COMPANY (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-OMGI EXCHANGE COMPANY (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-OMGY & BROS. MONEY EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a.

ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

ALOMGY AND BROS MONEY EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-

OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

ALOMGY AND BROS. EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR

EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-OMGY AND BROTHERS MONEY EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND

INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-OMGY COMPANY FOR MONEY EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen;

Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-OMGY EXCHANGE COMPANY (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb,

Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-OMGY, Mohammed Saleh Abd'rabbo (a.k.a. ABDORABOH, Mohammed Saleh; a.k.a. AL OMQI, Mohammed Saleh Abdurabu; a.k.a. ALAMQE, Mohammed Saleh A; a.k.a. AL-AMQI, Muhammad Salih 'Abd-Rabbuh; a.k.a. ALAMQY, Mohammed Salih Abdrabah; a.k.a. AL-OMAQY, Mohammed Saleh Abd Rabo; a.k.a. AL-OMGY, Muhammad Salih Abd-Rabbuh (Arabic: محمد صالح عبدربه العمقى); a.k.a. AL-UMAQI, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMGY, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMQI, Mohammad Salih Abdurabbuh; a.k.a. AL-UMQI, Muhammad Saleh Abd-Rabbuh; a.k.a. AL-UMQY, Muhammad Saleh Abd-Rabbuh), Jamal Street, under Royal Hotel, Taiz, Yemen; Mukalla, Yemen; Al Hudaydah San'a' Street, J Dirham, Salam, Hadramawt, Yemen; Al Amqi Company, Al Makla, Ash Shaykh Uthman, Hadramawt, Yemen; Sayyiun, Suq As Sarrafin, Sayun, Yemen; Shabwat, Ataq, Shabwah, Yemen; Tarim, At Tawahi Street, Tarim, Yemen; DOB 11 Feb 1962; alt. DOB 12 Feb 1962; POB Shakhawi, Hadramawt Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02729375 (Yemen) issued 29 Dec 2009 expires 08 Dec 2013; alt. Passport 00692808 (Yemen) issued 03 Mar 2001 expires 03 Mar 2007; Identification Number 08010019189 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-OMGY, Muhammad Salih Abd-Rabbuh (Arabic: محمد صالح عبدربه العمقى) (a.k.a. ABDORABOH, Mohammed Saleh; a.k.a. AL OMQI, Mohammed Saleh Abdurabu; a.k.a. ALAMQE, Mohammed Saleh A; a.k.a. AL-AMQI, Muhammad Salih 'Abd-Rabbuh; a.k.a. ALAMQY, Mohammed Salih Abdrabah; a.k.a. AL-OMAQY, Mohammed Saleh Abd Rabo; a.k.a. AL-OMGY, Mohammed Saleh Abd'rabbo; a.k.a. AL-UMAQI, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMGY, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMQI, Mohammad

Salih Abdurabbuh; a.k.a. AL-UMQI, Muhammad Saleh Abd-Rabbuh; a.k.a. AL-UMQY, Muhammad Saleh Abd-Rabbuh), Jamal Street, under Royal Hotel, Taiz, Yemen; Mukalla, Yemen; Al Hudaydah San'a' Street, J Dirham, Salam, Hadramawt, Yemen; Al Amqi Company, Al Makla, Ash Shaykh Uthman, Hadramawt, Yemen; Sayyiun, Suq As Sarrafin, Sayun, Yemen; Shabwat, Ataq, Shabwah, Yemen; Tarim, At Tawahi Street, Tarim, Yemen; DOB 11 Feb 1962; alt. DOB 12 Feb 1962; POB Shakhawi, Hadramawt Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02729375 (Yemen) issued 29 Dec 2009 expires 08 Dec 2013; alt. Passport 00692808 (Yemen) issued 03 Mar 2001 expires 03 Mar 2007; Identification Number 08010019189 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

ALOMGY, Said Saleh Abed Rubbah (a.k.a. AL-AMQI, Said Salih Abd-Rabbuh; a.k.a. AL-OMAQI, Saeed Salah Abed Rabboh; a.k.a. AL-OMGY, Said Salih Abd-Rabbuh (Arabic: سعيد صالح عبدربه العمقى); a.k.a. AL-OMQI, Saeed Salih Abdrabah; a.k.a. AL-OMQI, Saeed Salih Abd-Rabboh; a.k.a. AL-OMQY, Saeed Salih Abed Rabbo; a.k.a. AL-UMAQY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMGY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMQI, Said Salah Abd-Rabbuh; a.k.a. AL-UMQY, Said Saleh Abd-Rabbu), Mahal, Al Mukalla, Yemen; DOB 01 Jan 1956; POB Hadramawt Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-OMGY, Said Salih Abd-Rabbuh (Arabic: سعيد صالح عبدربه العمقى) (a.k.a. AL-AMQI, Said Salih Abd-Rabbuh; a.k.a. AL-OMAQI, Saeed Salah Abed Rabboh; a.k.a. ALOMGY, Said Saleh Abed Rubbah; a.k.a. AL-OMQI, Saeed Salih Abdrabah; a.k.a. AL-OMQI, Saeed Salih Abd-Rabboh; a.k.a. AL-OMQY, Saeed Salih Abed Rabbo; a.k.a. AL-UMAQY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMGY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMQI, Said Salah Abd-Rabbuh; a.k.a. AL-UMQY, Said Saleh Abd-Rabbu), Mahal, Al Mukalla, Yemen; DOB 01

Jan 1956; POB Hadramawt Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-OMIRAH, Othman Ahmed Othman (a.k.a. AL-GHAMDI, Al Umairah; a.k.a. AL-GHAMDI, Othman; a.k.a. AL-GHAMDI, Uthman; a.k.a. AL-GHAMDI, Uthman Ahmad Uthman; a.k.a. AL-GHAMIDI, Uthman); DOB 27 May 1979; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1089516791 (individual) [SDGT].

AL-OMQI FOR EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-OMQI, Saeed Salih Abdrabah (a.k.a. AL-AMQI, Said Salih Abd-Rabbuh; a.k.a. AL-OMAQI, Saeed Salah Abed Rabboh; a.k.a. ALOMGY, Said Saleh Abed Rubbah; a.k.a. AL-OMGY, Said Salih Abd-Rabbuh (Arabic: سعيد صالح عبدربه العمقي); a.k.a. AL-OMQI, Saeed Salih Abd-Rabboh; a.k.a. AL-OMQY, Saeed Salih Abed Rabbo; a.k.a. AL-UMAQY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMGY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMQI, Said Salah Abd-Rabbuh; a.k.a. AL-UMQY, Said Saleh Abd-Rabbu), Mahal, Al Mukalla, Yemen; DOB 01 Jan 1956; POB Hadramawt Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-OMQI, Saeed Salih Abd-Rabboh (a.k.a. AL-AMQI, Said Salih Abd-Rabbuh; a.k.a. AL-OMAQI, Saeed Salah Abed Rabboh; a.k.a. ALOMGY, Said Saleh Abed Rubbah; a.k.a. AL-OMGY, Said Salih Abd-Rabbuh (Arabic: سعيد صالح عبدربه العمقي); a.k.a. AL-OMQI, Saeed Salih Abdrabah; a.k.a. AL-OMQY, Saeed Salih Abed Rabbo; a.k.a. AL-UMAQY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMGY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMQI, Said Salah Abd-Rabbuh; a.k.a. AL-UMQY, Said Saleh Abd-Rabbu), Mahal, Al Mukalla, Yemen; DOB 01 Jan 1956; POB Hadramawt Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

ALOMQY & BROS. FOR MONEY EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE

COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-OMQY FOR EXCHANGING CO. (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS

MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-OMQY, Saeed Salih Abed Rabbo (a.k.a. AL-AMQI, Said Salih Abd-Rabbuh; a.k.a. AL-OMAQI, Saeed Salah Abed Rabboh; a.k.a. ALOMGY, Said Saleh Abed Rubbah; a.k.a. AL-OMGY, Said Salih Abd-Rabbuh (Arabic: سعيد صالح عبدربه العمقي); a.k.a. AL-OMQI, Saeed Salih Abdrabah; a.k.a. AL-OMQI, Saeed Salih Abd-Rabboh; a.k.a. AL-UMAQY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMGY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMQI, Said Salah Abd-Rabbuh; a.k.a. AL-UMQY, Said Saleh Abd-Rabbu), Mahal, Al Mukalla, Yemen; DOB 01 Jan 1956; POB Hadramawt Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

ALONDRA PRODUCE, S.P.R. DE R.I. (a.k.a. "ALONDRA PRODUCE", SOCIEDAD DE

PRODUCCION RURAL DE RESPONSABILIDAD ILIMITADA), Genaro Estrada, Municipio de Sinaloa, Sinaloa, Mexico; Business Registration Document # CUD: A201404010921001167 (Mexico) [SDNTK].

ALOR BANK (a.k.a. PUBLIC JOINT STOCK COMPANY SPB BANK), 38 Dolgorukovskaya str., bld. 1, Moscow 127006, Russia; SWIFT/BIC RTSBRUMM; Website www.spbbank.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Tax ID No. 7831000034 (Russia); Registration Number 1037700041323 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AL-OSAMA TRADING CO. LTD. (a.k.a. AL-'USAMA TRADING COMPANY; a.k.a. ASYAF GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING & INVESTMENT; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING AND INVESTMENT; a.k.a. DAN ISDICO; a.k.a. M/S OSAMA KHAIRY HAFEZ TRADING EST.; a.k.a. OSAMA TRADING COMPANY LTD; a.k.a. "AL-'USAMAH COMPANY"; a.k.a. "ASAMA COMMERCIAL COMPANY"; a.k.a. "ASAMA COMPANY"; a.k.a. "NURIN COMPANY"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; 504 & 7102, Ibrahim Shakir Building, Hail Street Rowais, Near Caravan Center, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah, Saudi Arabia; Riyadh 14213, Saudi Arabia; Dammam, Saudi Arabia; Al Kharaj, Saudi Arabia; Qasim, Saudi Arabia; Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-AGHA, Abu Ubaydah Khayri Hafiz; Linked To: HAMAS).

ALOTAIBI, Badr Lafi M. (a.k.a. AL OTAIBI, Badr Lafi M.); DOB 06 Jul 1973; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport P667604 (Saudi Arabia) issued 07 Jan 2015 expires 13 Nov 2019 (individual) [GLOMAG].

ALOTAIBI, Khalid Aedh G. (a.k.a. ALTAIBI, Khaled Aedh G); DOB 28 Jun 1988; POB Afif, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport P139681 (Saudi Arabia) issued 27 May 2014 expires 04 Apr 2019; National ID

No. 1053629885 (Saudi Arabia) (individual) [GLOMAG].

AL-OTAIBI, Mohammad (a.k.a. ALOTAIBI, Mohammed I.); DOB 06 Nov 1964; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Gender Male (individual) [GLOMAG].

ALOTAIBI, Mohammed I. (a.k.a. AL-OTAIBI, Mohammad); DOB 06 Nov 1964; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Gender Male (individual) [GLOMAG].

ALOTAIBI, Mubarak Mohammed A (a.k.a. AL-JAZRAWI, Waqqas; a.k.a. "ABU GHAYTH"), Syria; DOB 08 Jan 1986; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALPA HONG KONG LIMITED, Unit B 11/F 23 Thomson Road, Wan Chai, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Sep 2023; Company Number 3321489 (Hong Kong); Business Registration Number 75743885 (Hong Kong) [SDGT] [IFSR] (Linked To: DERAKHSHAN, Alireza).

ALPA INVESTMENT L.L.C (Arabic: البا للاستثمار ش.ذ.م.م), Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 02 Feb 2023; Registration Number 1147560 (United Arab Emirates); Economic Register Number (CBLS) 12011695 (United Arab Emirates) [SDGT] [IFSR] (Linked To: ALPA TRADING - FZCO).

ALPA TRADING - FZCO (Arabic: البا تريدينج - ش م ح), Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Mar 2021; Registration Number 6478 (United Arab Emirates); Economic Register Number (CBLS) 11701069 (United Arab Emirates) [SDGT] [IFSR] (Linked To: JALALIAN, Ramin).

AL-PESHAWARI, Shaykh Abu Mohammed Ameen (a.k.a. AL-BISHAURI, Abu Mohammad Shaykh Aminullah; a.k.a. AL-PESHAWARI, Shaykh Aminullah; a.k.a. AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed; a.k.a. BISHAWRI, Abu Mohammad Amin; a.k.a. GUL AL-PAKISTANI, Niaz Muhammad Muhammada; a.k.a. MUHAMMAD, Niaz; a.k.a. PESHAWARI, Abu Mohammad Aminullah; a.k.a. "AMINULLAH, Shaykh"; a.k.a. "AMINULLAH, Sheik"; a.k.a. "SHAYKH AMEEN"), Ganj District, Peshawar, Khyber Pakhtunkhwa, Pakistan; House number T-876 Galli Mohallah, Sheikh Abad number 4, Peshawar, Khyber Pakhtunkhwa, Pakistan; Saudi Arabia; DOB circa 01 Jan 1961; POB Shunkrai village, Sarkani District, Konar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport FU0152122 (Pakistan) expires 24 Apr 2017; alt. Passport FU0152121 (Pakistan) (individual) [SDGT] (Linked To: JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

AL-PESHAWARI, Shaykh Aminullah (a.k.a. AL-BISHAURI, Abu Mohammad Shaykh Aminullah; a.k.a. AL-PESHAWARI, Shaykh Abu Mohammed Ameen; a.k.a. AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed; a.k.a. BISHAWRI, Abu Mohammad Amin; a.k.a. GUL AL-PAKISTANI, Niaz Muhammad Muhammada; a.k.a. MUHAMMAD, Niaz; a.k.a. PESHAWARI, Abu Mohammad Aminullah; a.k.a. "AMINULLAH, Shaykh"; a.k.a. "AMINULLAH, Sheik"; a.k.a. "SHAYKH AMEEN"), Ganj District, Peshawar, Khyber Pakhtunkhwa, Pakistan; House number T-876 Galli Mohallah, Sheikh Abad number 4, Peshawar, Khyber Pakhtunkhwa, Pakistan; Saudi Arabia; DOB circa 01 Jan 1961; POB Shunkrai village, Sarkani District, Konar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport FU0152122 (Pakistan) expires 24 Apr 2017; alt. Passport FU0152121 (Pakistan) (individual) [SDGT] (Linked To: JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

ALPHA IMPEX IMPORT EXPORT FOREIGN TRADE LLC (a.k.a. ALPHA IMPEX ITHALAT VE IHRACAT DIS TICARET LIMITED SIRKETI), Atakoy 7-8-9-10, Kisim Mah Cobancesme E-5 Yan Yol, Cad. A Blok No: 22/1 Ic Kapi No: 30, Bakirkoy, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Apr 2022 [RUSSIA-EO14024].

ALPHA IMPEX ITHALAT VE IHRACAT DIS TICARET LIMITED SIRKETI (a.k.a. ALPHA IMPEX IMPORT EXPORT FOREIGN TRADE LLC), Atakoy 7-8-9-10, Kisim Mah Cobancesme E-5 Yan Yol, Cad. A Blok No: 30, Bakirkoy, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Apr 2022 [RUSSIA-EO14024].

ALPHA M JOINT STOCK COMPANY RESEARCH AND PRODUCTION COMPLEX (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZODSTVENNYI KOMPLEKS ALFA M; a.k.a. AO NPK ALFA M), Ul. Chkalova D. 36A, Office 31, Zhukovskiy 140180, Russia; Svyazi st., 25, Ryazan 390047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5040125679 (Russia); Registration Number 1135040005594 (Russia) [RUSSIA-EO14024].

ALPHA SHINE MARINE SERVICES L.L.C (Arabic: الفا شاين للخدمات البحرية ش.ذ.م.م), Office R09-0427, Al Zarooni Building, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Jan 2023; Identification Number IMO 6382422; License 1141798 (United Arab Emirates); Economic Register Number (CBLS) 12004404 (United Arab Emirates) [SDGT].

ALPHA TECH TRADING FZE, Sharjah, United Arab Emirates; Organization Type: Support activities for petroleum and natural gas extraction [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

ALPHA TRADING INVESTMENTS LIMITED, Unit 617, 6/F, 131-132 Connaught Road West, Solo Workshops, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 3014289 (Hong Kong) [RUSSIA-EO14024].

ALPHA VISIT SHOP DIS TICARET LIMITED SIRKET (Latin: ALPHA VISIT SHOP DIŞ TICARET LIMITED ŞIRKETI) (a.k.a. ALPHA VISIT SHOP FOREIGN TRADE LIMITED COMPANY), Yesilkoy Mah. Ataturk Cad. Egs Business Park, Blok No. 12 Ic Kapi No: 388, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 379886-5 (Turkey) [RUSSIA-EO14024].

ALPHA VISIT SHOP FOREIGN TRADE LIMITED COMPANY (a.k.a. ALPHA VISIT SHOP DIS TICARET LIMITED SIRKET (Latin: ALPHA VISIT SHOP DIŞ TICARET LIMITED ŞIRKETI)), Yesilkoy Mah. Ataturk Cad. Egs Business Park, Blok No. 12 Ic Kapi No: 388, Istanbul, Turkey; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Registration Number 379886-5 (Turkey) [RUSSIA-EO14024].

ALPHABET INTERNATIONAL DMCC, Unit No. 451, DMCC Business Centre, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number DMCC-388799 (United Arab Emirates) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

ALPHACONNECT INVESTMENTS CO. LTD. (Chinese Traditional: 聯凡有限公司), Taiwan; Identification Number 82795442 (Taiwan) [TCO] (Linked To: CHEN, Zhi).

ALPHACONNECT INVESTMENTS II CO. LTD. (Chinese Traditional: 聯凡貳有限公司), Taiwan; Identification Number 82862336 (Taiwan) [TCO] (Linked To: CHEN, Zhi).

ALPHACONNECT INVESTMENTS II PTE. LTD. (Chinese Traditional: 聯凡貳有限公司), Singapore; Identification Number 201912644H (Singapore) [TCO] (Linked To: CHEN, Zhi).

ALPHACONNECT INVESTMENTS PTE. LTD., Singapore; Identification Number 201900424D (Singapore) [TCO] (Linked To: CHEN, Zhi).

ALPHALOGIC (a.k.a. ALFALODZHIK), Ter. Portovaya Osobaya Ekonomicheskaya Zona, Pr-d Industrialnyi Zd. 12, Str. 1, Floor 2, S.p. Mirnovskoe 433405, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7328095687 (Russia); Registration Number 1177325019343 (Russia) [RUSSIA-EO14024].

ALPHAONE PHARMACEUTICAL B.V., Kampenringweg 45 D, 1st Floor, Gouda 2803 PE, Netherlands; Organization Established Date 18 Jan 2017; Organization Type: Activities of holding companies; Tax ID No. 857196583 (Netherlands); Business Registration Number 67846017 (Netherlands) [GLOMAG] (Linked To: RG GROUP FZE).

ALPTECH MACHINERY & INDUSTRY LTD CO (a.k.a. ALPTECH MACHINERY AND INDUSTRY LTD CO; a.k.a. ALPTECH MACHINERY INDUSTRY LTD CO; a.k.a. ALPTECH MAKINA SANAYI LIMITED SIRKETI), D:98 Newo Residans, Cobancesme E-5 Yan Yol Caddesi No:12/2, Atakoy 7-8-9-10, Kisim Mahallesi, Bakirkoy, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jun 2022; Tax ID No. 0580702974 (Turkey); Identification Number 0058070297400001 (Turkey) [RUSSIA-EO14024] (Linked To:

FABCENTER LLC; Linked To: OSTEC-ARTTOOL LTD).

ALPTECH MACHINERY AND INDUSTRY LTD CO (a.k.a. ALPTECH MACHINERY & INDUSTRY LTD CO; a.k.a. ALPTECH MACHINERY INDUSTRY LTD CO; a.k.a. ALPTECH MAKINA SANAYI LIMITED SIRKETI), D:98 Newo Residans, Cobancesme E-5 Yan Yol Caddesi No:12/2, Atakoy 7-8-9-10, Kisim Mahallesi, Bakirkoy, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jun 2022; Tax ID No. 0580702974 (Turkey); Identification Number 0058070297400001 (Turkey) [RUSSIA-EO14024] (Linked To: FABCENTER LLC; Linked To: OSTEC-ARTTOOL LTD).

ALPTECH MACHINERY INDUSTRY LTD CO (a.k.a. ALPTECH MACHINERY & INDUSTRY LTD CO; a.k.a. ALPTECH MACHINERY AND INDUSTRY LTD CO; a.k.a. ALPTECH MAKINA SANAYI LIMITED SIRKETI), D:98 Newo Residans, Cobancesme E-5 Yan Yol Caddesi No:12/2, Atakoy 7-8-9-10, Kisim Mahallesi, Bakirkoy, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jun 2022; Tax ID No. 0580702974 (Turkey); Identification Number 0058070297400001 (Turkey) [RUSSIA-EO14024] (Linked To: FABCENTER LLC; Linked To: OSTEC-ARTTOOL LTD).

ALPTECH MAKINA SANAYI LIMITED SIRKETI (a.k.a. ALPTECH MACHINERY & INDUSTRY LTD CO; a.k.a. ALPTECH MACHINERY AND INDUSTRY LTD CO; a.k.a. ALPTECH MACHINERY INDUSTRY LTD CO), D:98 Newo Residans, Cobancesme E-5 Yan Yol Caddesi No:12/2, Atakoy 7-8-9-10, Kisim Mahallesi, Bakirkoy, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jun 2022; Tax ID No. 0580702974 (Turkey); Identification Number 0058070297400001 (Turkey) [RUSSIA-EO14024] (Linked To: FABCENTER LLC; Linked To: OSTEC-ARTTOOL LTD).

AL-QADDUMI, Khaled (a.k.a. AL-QADDUMI, Khalid; a.k.a. ASAAD, Khaled Farid Ahmed; a.k.a. GHODOMI, Khaled; a.k.a. QADDOUMI, Khaled (Arabic: خالد القدومي)), Tehran, Iran; DOB 08 Oct 1970; alt. DOB 01 Jan 1970; POB Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number

9701027203 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

AL-QADDUMI, Khalid (a.k.a. AL-QADDUMI, Khaled; a.k.a. ASAAD, Khaled Farid Ahmed; a.k.a. GHODOMI, Khaled; a.k.a. QADDOUMI, Khaled (Arabic: خالد القدومي)), Tehran, Iran; DOB 08 Oct 1970; alt. DOB 01 Jan 1970; POB Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 9701027203 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

AL-QADHAFI (a.k.a. AL-GADDAFI, Khamis; a.k.a. AL-QADHAFI, Khamis; a.k.a. ELKADDAFI, Khamis; a.k.a. EL-QADDAFI, Khamis; a.k.a. GADDAFI, Khamis; a.k.a. GADHAFI, Khamis; a.k.a. GHADAFFI, Khamis; a.k.a. GHATHAFI, Khamis; a.k.a. QADDAFI, Khamis; a.k.a. QADHAFI, Khamis); DOB 1980 (individual) [LIBYA2].

AL-QADHAFI, Aisha (a.k.a. AL-GADDAFI, Ayesha; a.k.a. ELKADDAFI, Aisha; a.k.a. EL-QADDAFI, Aisha; a.k.a. GADDAFI, Ayesha; a.k.a. GADHAFI, Aisha; a.k.a. GHADAFFI, Aisha; a.k.a. GHATHAFI, Aisha; a.k.a. GHATHAFI, Aisha Muammer; a.k.a. QADDAFI, Aisha; a.k.a. QADHAFI, Aisha; a.k.a. QADHAFI, Aisha Muammar Muhammed Abu Minyar; a.k.a. QADHAFI, Ayesha), Oman; DOB 1977; alt. DOB 1976; alt. DOB 01 Jan 1978; POB Tripoli, Libya; Gender Female; Passport 215215 (Libya); alt. Passport 428720 (Libya); alt. Passport B/011641; alt. Passport 03824970 (Oman) issued 04 May 2014 expires 03 May 2024; National ID No. 98606612 (individual) [LIBYA2].

AL-QADHAFI, Hannibal (a.k.a. AL-GADDAFI, Hannibal; a.k.a. ELKADDAFI, Hannibal; a.k.a. EL-QADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal Muammar; a.k.a. GHADAFFI, Hannibal; a.k.a. GHATHAFI, Hannibal; a.k.a. QADDAFI, Hannibal; a.k.a. QADHAFI, Hannibal Muammar); DOB 20 Sep 1975; alt. DOB 1977; POB Tripoli, Libya; Passport B/002210 (Libya) (individual) [LIBYA2].

AL-QADHAFI, Khamis (a.k.a. AL-GADDAFI, Khamis; a.k.a. AL-QADHAFI; a.k.a. ELKADDAFI, Khamis; a.k.a. EL-QADDAFI, Khamis; a.k.a. GADDAFI, Khamis; a.k.a. GADHAFI, Khamis; a.k.a. GHADAFFI, Khamis; a.k.a. GHATHAFI, Khamis; a.k.a. QADDAFI, Khamis; a.k.a. QADHAFI, Khamis); DOB 1980 (individual) [LIBYA2].

AL-QADHAFI, Mohammed (a.k.a. AL-GADDAFI, Muhammad; a.k.a. ELKADDAFI, Muhammad; a.k.a. EL-QADDAFI, Muhammad; a.k.a. GADDAFI, Muhammad; a.k.a. GADHAFFI, Mohammad Moammar; a.k.a. GADHAFI, Mohammed; a.k.a. GHATHAFI, Muhammad; a.k.a. QADDAFI, Muhammad; a.k.a. QADHAFI, Mohammed Muammar); DOB 1970; POB Tripoli, Libya (individual) [LIBYA2].

AL-QADHAFI, Muammar (a.k.a. AL-GADDAFI, Muammar; a.k.a. AL-QADHAFI, Muammar Abu Minyar; a.k.a. ELKADDAFI, Muammar; a.k.a. EL-QADDAFI, Muammar; a.k.a. GADDAFI, Mu'ammar; a.k.a. GADDAFI, Muammar; a.k.a. GADHAFI, Muammar; a.k.a. GHADAFFI, Muammar Muhammad; a.k.a. GHATHAFI, Muammar; a.k.a. QADDAFI, Muammar; a.k.a. QADHAFI, Muammar); DOB 1942; POB Sirte, Libya (individual) [LIBYA2].

AL-QADHAFI, Muammar Abu Minyar (a.k.a. AL-GADDAFI, Muammar; a.k.a. AL-QADHAFI, Muammar; a.k.a. ELKADDAFI, Muammar; a.k.a. EL-QADDAFI, Muammar; a.k.a. GADDAFI, Mu'ammar; a.k.a. GADDAFI, Muammar; a.k.a. GADHAFI, Muammar; a.k.a. GHADAFFI, Muammar Muhammad; a.k.a. GHATHAFI, Muammar; a.k.a. QADDAFI, Muammar; a.k.a. QADHAFI, Muammar); DOB 1942; POB Sirte, Libya (individual) [LIBYA2].

AL-QADHAFI, Mutassim (a.k.a. AL-GADDAFI, Mutassim; a.k.a. ELKADDAFI, Mutassim; a.k.a. EL-QADDAFI, Mutassim; a.k.a. GADDAFI, Mutassim; a.k.a. GADHAFI, Mutassim Billah; a.k.a. GHADAFFI, Mutassim; a.k.a. GHATHAFI, Mutassim; a.k.a. QADDAFI, Mutassim; a.k.a. QADHAFI, Mutassim); DOB 1975 (individual) [LIBYA2].

AL-QADHAFI, Sa'adi Mu'ammar (a.k.a. AL-GADDAFI, Saadi; a.k.a. ELKADDAFI, Saadi; a.k.a. EL-QADDAFI, Saadi; a.k.a. GADDAFI, Saadi; a.k.a. GADHAFI, Saadi; a.k.a. GHATHAFI, Saadi; a.k.a. QADDAFI, Saadi; a.k.a. QADHAFI, Saadi); DOB 27 May 1973; alt. DOB 25 May 1973; POB Tripoli, Libya; Passport 010433 (Libya); alt. Passport 014797 (Libya) (individual) [LIBYA2].

AL-QADHAFI, Saif Al-Arab (a.k.a. AL-GADDAFI, Saif Al-Arab; a.k.a. ELKADDAFI, Saif Al-Arab; a.k.a. EL-QADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Seif Al-Arab; a.k.a. GADHAFI, Saif Al-Arab; a.k.a. GHATHAFI, Saif Al-Arab; a.k.a. QADDAFI, Saif Al-Arab; a.k.a. QADHAFI, Saif Al-Arab); DOB 1979; alt. DOB 1982; alt. DOB 1983; POB Tripoli, Libya (individual) [LIBYA2].

AL-QADHAFI, Saif al-Islam (a.k.a. AL-GADDAFI, Saif al-Islam; a.k.a. ELKADDAFI, Saif al-Islam; a.k.a. EL-QADDAFI, Seif al-Islam; a.k.a. GADDAFI, Saif al-Islam; a.k.a. GADHAFI, Saif al-Islam; a.k.a. GHADAFFI, Saif al-Islam; a.k.a. GHATHAFI, Saif al-Islam; a.k.a. QADDAFI, Saif al-Islam; a.k.a. QADHAFI, Saif al-Islam); DOB 25 Jun 1972; POB Tripoli, Libya (individual) [LIBYA2].

ALQADHI, Mohammed Nawar Mohammed (a.k.a. ALKHALD, Ahmad; a.k.a. NOURE, Yassine), Raqqa, Syria; DOB 01 Jan 1992; alt. DOB 18 Aug 1993; alt. DOB 21 Jul 1992; POB Aleppo, Syria; alt. POB Brussels, Belgium; alt. POB Baghdad, Iraq; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-QADIRI, Muhammad (a.k.a. AL-QADIRI, Muhammad Ali; a.k.a. AL-QADRI, Muhammad), Yemen; DOB 1970; POB Hudaydah Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-QADIRI, Muhammad Ali (a.k.a. AL-QADIRI, Muhammad; a.k.a. AL-QADRI, Muhammad), Yemen; DOB 1970; POB Hudaydah Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-QADRI, Muhammad (a.k.a. AL-QADIRI, Muhammad; a.k.a. AL-QADIRI, Muhammad Ali), Yemen; DOB 1970; POB Hudaydah Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-QADULI, Abd Al-Rahman Muhammad Mustafa (a.k.a. AHMAD, Aliazra Ra'ad; a.k.a. AL-BAYATI, Abdul Rahman Muhammad; a.k.a. AL-BAYATI, Tahir Muhammad Khalil Mustafa; a.k.a. MUSTAFA, Umar Muhammad Khalil; a.k.a. SHAYKHLARI, 'Abd al-Rahman Muhammad Mustafa; a.k.a. "ABU ALA"; a.k.a. "ABU HASAN"; a.k.a. "ABU IMAN"; a.k.a. "ABU MUHAMMAD"; a.k.a. "ABU ZAYNA"; a.k.a. "ABU-SHUAYB"; a.k.a. "HAJJI IMAN"); DOB 1959; alt. DOB 1957; POB Mosul, Ninawa Province, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-QAEDA IN THE INDIAN SUBCONTINENT (a.k.a. AL-QA'IDA IN THE INDIAN SUBCONTINENT; a.k.a. QAEDAT AL-JIHAD IN THE INDIAN SUBCONTINENT), Afghanistan; Pakistan; Bangladesh; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-QAHTANI AL-QATARI, Farouq (a.k.a. AL-HABABI, Nayef Salam Muhammad Ujaym; a.k.a. AL-HABABI, Nayf Salam Muhammad Ujaym; a.k.a. AL-QAHTANI, Faruq; a.k.a. AL-QAHTANI, Sheikh Farooq; a.k.a. AL-QATARI, Faruq; a.k.a. AL-QATARI, Sheikh Farooq; a.k.a. FAROUK, Shaykh Imran), Afghanistan; DOB 01 Jan 1979 to 31 Dec 1981; POB Saudi Arabia; nationality Qatar; alt. nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 592667 (Qatar) issued 03 May 2007; Sheikh (individual) [SDGT] (Linked To: AL QA'IDA).

AL-QAHTANI, Faruq (a.k.a. AL-HABABI, Nayef Salam Muhammad Ujaym; a.k.a. AL-HABABI, Nayf Salam Muhammad Ujaym; a.k.a. AL-QAHTANI AL-QATARI, Farouq; a.k.a. AL-QAHTANI, Sheikh Farooq; a.k.a. AL-QATARI, Faruq; a.k.a. AL-QATARI, Sheikh Farooq; a.k.a. FAROUK, Shaykh Imran), Afghanistan; DOB 01 Jan 1979 to 31 Dec 1981; POB Saudi Arabia; nationality Qatar; alt. nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 592667 (Qatar) issued 03 May 2007; Sheikh (individual) [SDGT] (Linked To: AL QA'IDA).

AL-QAHTANI, Mus'ab (a.k.a. AL-JIBURI, Muyassir; a.k.a. AL-JUBURI, Maysar Ali Musa Abdallah; a.k.a. AL-SHAMMARI; a.k.a. AL-SHAMMARI, Muyassir; a.k.a. HARARA, Muyassir; a.k.a. HASSAN, Muhammad Khalid); DOB 01 Jun 1976; POB Al-Shura, Mosul, Iraq; alt. POB Harara, Ninawa Province, Iraq; citizen Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALQAHTANI, Saif Saad Q.; DOB 1973; nationality Saudi Arabia; Gender Male (individual) [GLOMAG].

AL-QAHTANI, Saud (a.k.a. ALQAHTANI, Saud Abdullah S), Riyadh, Saudi Arabia; DOB 07 Jul 1978; POB Riyadh, Saudi Arabia; nationality

Saudi Arabia; Gender Male; Passport D079021 (individual) [GLOMAG].

ALQAHTANI, Saud Abdullah S (a.k.a. AL-QAHTANI, Saud), Riyadh, Saudi Arabia; DOB 07 Jul 1978; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport D079021 (individual) [GLOMAG].

AL-QAHTANI, Sheikh Farooq (a.k.a. AL-HABABI, Nayef Salam Muhammad Ujaym; a.k.a. AL-HABABI, Nayf Salam Muhammad Ujaym; a.k.a. AL-QAHTANI AL-QATARI, Farouq; a.k.a. AL-QAHTANI, Faruq; a.k.a. AL-QATARI, Faruq; a.k.a. AL-QATARI, Sheikh Farooq; a.k.a. FAROUK, Shaykh Imran), Afghanistan; DOB 01 Jan 1979 to 31 Dec 1981; POB Saudi Arabia; nationality Qatar; alt. nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 592667 (Qatar) issued 03 May 2007; Sheikh (individual) [SDGT] (Linked To: AL QA'IDA).

AL-QAIDA GROUP OF JIHAD IN IRAQ (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-QA'IDA IN EGYPT (a.k.a. ABU AHMED GROUP; a.k.a. JAMAL NETWORK; a.k.a. MUHAMMAD JAMAL GROUP; a.k.a. MUHAMMAD JAMAL NETWORK), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-QAIDA IN IRAQ (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-QAIDA IN MESOPOTAMIA (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR

MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-QA'IDA IN SYRIA (a.k.a. GUARDIANS OF RELIGION; a.k.a. HURRAS AL-DIN; a.k.a. SHAM AL-RIBAT; a.k.a. TANDHIM HURRAS AL-DEEN; a.k.a. TANZIM HURRAS AL-DIN; a.k.a. "AQ-S"), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-QA'IDA IN THE ARABIAN PENINSULA (a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-

SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-QA'IDA IN THE INDIAN SUBCONTINENT (a.k.a. AL-QAEDA IN THE INDIAN SUBCONTINENT; a.k.a. QAEDAT AL-JIHAD IN THE INDIAN SUBCONTINENT), Afghanistan; Pakistan; Bangladesh; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-QA'IDA IN THE ISLAMIC MAGHREB (a.k.a. AQIM; a.k.a. GSPC; a.k.a. LE GROUPE SALAFISTE POUR LA PREDICATION ET LE COMBAT; a.k.a. SALAFIST GROUP FOR CALL AND COMBAT; a.k.a. SALAFIST GROUP FOR PREACHING AND COMBAT; a.k.a. TANZIM AL-QA'IDA FI BILAD AL-MAGHRIB AL-ISLAMIYA); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-QAIDA IN THE LAND OF THE TWO RIVERS (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM

QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-QA'IDA IN YEMEN (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a.

"NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-QA'IDA KURDISH BATTALIONS (a.k.a. KURDISTAN BATTALION OF ISLAMIC STATE IN IRAQ; a.k.a. KURDISTAN BRIGADE OF AL-QAEDA IN IRAQ; a.k.a. KURDISTAN BRIGADES; a.k.a. "AQKB"), Iran; Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-QAIDA OF JIHAD IN IRAQ (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE

COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE

ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-QALAA COMPANY FOR SECURITY SERVICES (a.k.a. AL-QALA'A FOR PROTECTION, GUARDING, AND SECURITY SERVICES (Arabic: شركة القلعة للحماية و الحراسة و الخدمات الامنية); a.k.a. C.S.P. CASTLE PROTECTION, GUARDING AND SECURITY SERVICES; a.k.a. CASTLE COMPANY FOR PROTECTION, GUARDING AND SECURITY SERVICES; a.k.a. CASTLE SECURITY AND PROTECTION LLC; a.k.a. CITADEL FOR PROTECTION, GUARD AND SECURITY SERVICES; a.k.a. "CASTLE SECURITY AND PROTECTION"), Opposite the gas station, enter hospital 601, Sheikh Saad, Mazzeh, West Villas, Damascus, Syria; Aleppo, Syria; Organization Type: Private security activities [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

AL-QALA'A FOR PROTECTION, GUARDING, AND SECURITY SERVICES (Arabic: شركة القلعة للحماية و الحراسة و الخدمات الامنية) (a.k.a. AL-QALAA COMPANY FOR SECURITY SERVICES; a.k.a. C.S.P. CASTLE PROTECTION, GUARDING AND SECURITY SERVICES; a.k.a. CASTLE COMPANY FOR PROTECTION, GUARDING AND SECURITY SERVICES; a.k.a. CASTLE SECURITY AND PROTECTION LLC; a.k.a. CITADEL FOR PROTECTION, GUARD AND SECURITY SERVICES; a.k.a. "CASTLE SECURITY AND PROTECTION"), Opposite the gas station, enter hospital 601, Sheikh Saad, Mazzeh, West Villas, Damascus, Syria; Aleppo, Syria;

Organization Type: Private security activities [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

AL-QARAWI, Saleh bin Abdullah (a.k.a. AL QARAWI, Abu Yahya; a.k.a. AL QARAWI, Saleh; a.k.a. AL QARAWI, Saleh Abudullah Saleh; a.k.a. AL SAGHIR, Akhuk; a.k.a. AL-KHEIR, Najm; a.k.a. "FAWAKEH"; a.k.a. "MOOTASEM"); DOB 15 Nov 1982; POB Brydah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E646989 (individual) [SDGT].

AL-QARD AL-HASSAN ASSOCIATION (a.k.a. AL-QUARD AL-HASSAN ASSOCIATION; a.k.a. AL-QUARDH AL-HASSAN ASSOCIATION; a.k.a. KARADH AL-HASSAN), Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ALQASI MEHR, Delavar (a.k.a. ALGHASI MEHR, Delavar; a.k.a. ALGHASIMEHR, Delavar; a.k.a. ALGHASI-MEHR, Delavar (Arabic: دلاور القاصی مهر)), East Tehran Province, Iran; DOB 23 Aug 1974; POB Chegeni, Lorestan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M51374090 (Iran) issued 03 Nov 2024 (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

AL-QASIR, Nazar Jumah Ali (a.k.a. AL-QASSIR, Nizar Jomaa Ali), Iraq; Former Minister of Irrigation (individual) [IRAQ2].

AL-QASIUN (a.k.a. AL-QASIUN FIRM; a.k.a. AL-QASIUN SECURITY SERVICES LLC; a.k.a. QASIYUN; a.k.a. QASIYUN SECURITY COMPANY), Jurmana, Damascus, Syria [PAARSSR-EO13894] (Linked To: MAKHLUF, Rami).

AL-QASIUN FIRM (a.k.a. AL-QASIUN; a.k.a. AL-QASIUN SECURITY SERVICES LLC; a.k.a. QASIYUN; a.k.a. QASIYUN SECURITY COMPANY), Jurmana, Damascus, Syria [PAARSSR-EO13894] (Linked To: MAKHLUF, Rami).

AL-QASIUN SECURITY SERVICES LLC (a.k.a. AL-QASIUN; a.k.a. AL-QASIUN FIRM; a.k.a. QASIYUN; a.k.a. QASIYUN SECURITY COMPANY), Jurmana, Damascus, Syria

[PAARSSR-EO13894] (Linked To: MAKHLUF, Rami).

AL-QASSIR, Nizar Jomaa Ali (a.k.a. AL-QASIR, Nazar Jumah Ali), Iraq; Former Minister of Irrigation (individual) [IRAQ2].

AL-QATARI, Faruq (a.k.a. AL-HABABI, Nayef Salam Muhammad Ujaym; a.k.a. AL-HABABI, Nayf Salam Muhammad Ujaym; a.k.a. AL-QAHTANI AL-QATARI, Farouq; a.k.a. AL-QAHTANI, Faruq; a.k.a. AL-QAHTANI, Sheikh Farooq; a.k.a. AL-QATARI, Sheikh Farooq; a.k.a. FAROUK, Shaykh Imran), Afghanistan; DOB 01 Jan 1979 to 31 Dec 1981; POB Saudi Arabia; nationality Qatar; alt. nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 592667 (Qatar) issued 03 May 2007; Sheikh (individual) [SDGT] (Linked To: AL QA'IDA).

AL-QATARI, Sheikh Farooq (a.k.a. AL-HABABI, Nayef Salam Muhammad Ujaym; a.k.a. AL-HABABI, Nayf Salam Muhammad Ujaym; a.k.a. AL-QAHTANI AL-QATARI, Farouq; a.k.a. AL-QAHTANI, Faruq; a.k.a. AL-QAHTANI, Sheikh Farooq; a.k.a. AL-QATARI, Faruq; a.k.a. FAROUK, Shaykh Imran), Afghanistan; DOB 01 Jan 1979 to 31 Dec 1981; POB Saudi Arabia; nationality Qatar; alt. nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 592667 (Qatar) issued 03 May 2007; Sheikh (individual) [SDGT] (Linked To: AL QA'IDA).

AL-QATIRJI COMPANY (a.k.a. AL-SHAM AND AL-DARWISH COMPANY; a.k.a. KATERJI GROUP COMPANY; a.k.a. KATERJI GROUP LTD; a.k.a. KHATIRJI GROUP), Mazzah, Damascus, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Activities of holding companies [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL-QATIRJI, Hossam (Arabic: حسام القاطرجي) (a.k.a. AL-QATIRJI, Hussam; a.k.a. BIN AHMED RUSHDI AL-QATIRJI, Hussam (Arabic: حسام بن أحمد رشدي قاطرجي); a.k.a. KATARJI, Hussam; a.k.a. KATERJI, Hussam; a.k.a. KHATARJI, Hussam; a.k.a. KHATIRJI, Hussam; a.k.a. QATARJI, Hossam; a.k.a. QATERJI, Hussam; a.k.a. QATIRJI BIN AHMED RUSHDI, Hussam (Arabic: حسام قاطرجي بن احمد رشدي)), Syria; DOB 11 Jan 1982; POB Raqqa, Syria; nationality Syria; Gender Male; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QATIRJI COMPANY).

AL-QATIRJI, Hussam (a.k.a. AL-QATIRJI, Hossam (Arabic: حسام القاطرجي); a.k.a. BIN AHMED RUSHDI AL-QATIRJI, Hussam (Arabic: حسام بن أحمد رشدي قاطرجي); a.k.a. KATARJI, Hussam; a.k.a. KATERJI, Hussam; a.k.a. KHATARJI, Hussam; a.k.a. KHATIRJI, Hussam; a.k.a. QATARJI, Hossam; a.k.a. QATERJI, Hussam; a.k.a. QATIRJI BIN AHMED RUSHDI, Hussam (Arabic: حسام قاطرجي بن احمد رشدي)), Syria; DOB 11 Jan 1982; POB Raqqa, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QATIRJI COMPANY).

AL-QATIRJI, Muhammad Agha (a.k.a. QATIRJI, Muhammad Agha; a.k.a. QATIRJI, Muhammad Agha Ahmed; a.k.a. QATIRJI, Muhammad Agha Ahmed Rashdi (Arabic: محمد آغا أحمد رشدي قاطرجي)), United Arab Emirates; DOB 01 Jan 1991; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QATIRJI COMPANY).

AL-QAYRAWAN MEDIA FOUNDATION (a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A IN TUNISIA; a.k.a. ANSAR AL-SHARIA IN TUNISIA; a.k.a. ANSAR AL-SHARI'AH; a.k.a. ANSAR AL-SHARI'AH IN TUNISIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-QAYSI, Nayif Salih Salim (a.k.a. AL QAISI, Naif Saleh Salem; a.k.a. AL QAYSI, Nayif Salih Salim; a.k.a. AL-GHAYSI, Nayif), Al-Bayda Governorate, Yemen; Sana, Sana Governorate, Yemen; DOB 01 Jan 1983; POB Albaidah, Yemen; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 04796738 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-QIZANI, Ashraf (a.k.a. AL-GIZANI, Ashraf; a.k.a. AL-KAFI, Abu 'Ubaydah; a.k.a. GUIZANI, Achraf Ben Fathi Ben Mabrouk; a.k.a. GUIZANI, Achref Ben Fethi Ben Mabrouk), Tunisia; DOB 05 Oct 1991; POB El Gouazine, Dahmani, Governorate of Le Kef, Tunisia; nationality Tunisia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 13601334 (Tunisia) (individual) [SDGT].

AL-QUARD AL-HASSAN ASSOCIATION (a.k.a. AL-QARD AL-HASSAN ASSOCIATION; a.k.a. AL-QUARDH AL-HASSAN ASSOCIATION; a.k.a. KARADH AL-HASSAN), Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-QUARDH AL-HASSAN ASSOCIATION (a.k.a. AL-QARD AL-HASSAN ASSOCIATION; a.k.a. AL-QUARD AL-HASSAN ASSOCIATION; a.k.a. KARADH AL-HASSAN), Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-QUBAYSI, Abd-al-Munim (a.k.a. KOBEISSI, Abd Al Menhem; a.k.a. KOBEISSI, Abdel Menhem; a.k.a. KOBEISSI, Abdul Menhem; a.k.a. KOBEISSY, Abdul Menhem; a.k.a. KUBAYSY, Abd Al Munhim; a.k.a. QUBAYSI, Abd Al Menhem); DOB 01 Jan 1964; alt. DOB 1961; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 1622378 (Lebanon) (individual) [SDGT].

AL-QUBAYSI, Munir (a.k.a. AL-KUBAISI, Muneer; a.k.a. AL-KUBAYSI, Munir; a.k.a. AWAD, Munir A.; a.k.a. AWAD, Munir Mamduh), Syria; DOB 1966; POB Heet, Iraq; nationality Iraq (individual) [IRAQ2].

AL-QUBAYSI, Umar Mahmud Rahim (a.k.a. AL-KUBAYSI ARHAYM, Umar Mahmud; a.k.a. AL-KUBAYSI, 'Umar; a.k.a. AL-KUBAYSI, Umar Mahmud Rahim; a.k.a. ARHAYM, 'Umar Mahmud; a.k.a. RAHIM, 'Umar Mahmud), al-Qaim, al-Anbar Province, Iraq; DOB 01 Jan 1967; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-QUDS BRIGADES (a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-QUDS FOUNDATION (a.k.a. AL QUDS INSTITUTE; a.k.a. AL QUDS INTERNATIONAL INSTITUTION; a.k.a. AL-QUDS INTERNATIONAL FOUNDATION; a.k.a. INTERNATIONAL AL QUDS INSTITUTE; a.k.a. INTERNATIONAL JERUSALEM FOUNDATION; a.k.a. JERUSALEM INTERNATIONAL ESTABLISHMENT; a.k.a. JERUSALEM INTERNATIONAL FOUNDATION; a.k.a. MU'ASSASAT AL-QUDS; a.k.a. THE INTERNATIONAL AL QUDS FOUNDATION; a.k.a. "IJF"), Hamra Street, Saroulla Building, 11th Floor; P.O. Box Beirut-Hamra 113/5647, Beirut, Lebanon; Website www.alquds-online.org; Email Address institution@alquds-online.org; alt. Email Address alquds_institution@yahoo.com; alt. Email Address info@alquds-city.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-QUDS INTERNATIONAL FOUNDATION (a.k.a. AL QUDS INSTITUTE; a.k.a. AL QUDS INTERNATIONAL INSTITUTION; a.k.a. AL-QUDS FOUNDATION; a.k.a. INTERNATIONAL AL QUDS INSTITUTE; a.k.a. INTERNATIONAL JERUSALEM FOUNDATION; a.k.a. JERUSALEM INTERNATIONAL ESTABLISHMENT; a.k.a. JERUSALEM INTERNATIONAL FOUNDATION; a.k.a. MU'ASSASAT AL-QUDS; a.k.a. THE INTERNATIONAL AL QUDS FOUNDATION; a.k.a. "IJF"), Hamra Street, Saroulla Building, 11th Floor; P.O. Box Beirut-Hamra 113/5647, Beirut, Lebanon; Website www.alquds-online.org; Email Address institution@alquds-online.org; alt. Email Address alquds_institution@yahoo.com; alt. Email Address info@alquds-city.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-QUDS SQUADS (a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-QURAISHI, Abu Bakr al-Baghdadi al-Husayni (a.k.a. AL-BADRI, Dr. Ibrahim 'Awwad Ibrahim 'Ali; a.k.a. AL-BAGHDADI, Abu Bakr al-Husayni; a.k.a. AL-QURASHI, Abu Bakr al-Baghdadi al-Husseini; a.k.a. AL-SAMARRA'I, Dr. Ibrahim Awwad Ibrahim; a.k.a. AL-SAMARRA'I, Ibrahim 'Awad Ibrahim al-Badri; a.k.a. AL-SAMARRA'I, Ibrahim Awwad Ibrahim; a.k.a. "ABU BAKR AL-BAGHDADI"; a.k.a. "ABU DU'A"; a.k.a. "DR. IBRAHIM"), Iraq; DOB 1971; POB Samarra'i, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-QURASHI, Abu Bakr al-Baghdadi al-Husseini (a.k.a. AL-BADRI, Dr. Ibrahim 'Awwad Ibrahim 'Ali; a.k.a. AL-BAGHDADI, Abu Bakr al-Husayni; a.k.a. AL-QURAISHI, Abu Bakr al-Baghdadi al-Husayni; a.k.a. AL-SAMARRA'I, Dr. Ibrahim Awwad Ibrahim; a.k.a. AL-SAMARRA'I, Ibrahim 'Awad Ibrahim al-Badri; a.k.a. AL-SAMARRA'I, Ibrahim Awwad Ibrahim; a.k.a. "ABU BAKR AL-BAGHDADI"; a.k.a. "ABU DU'A"; a.k.a. "DR. IBRAHIM"), Iraq; DOB 1971; POB Samarra'i, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-QURESHI EXECUTIVES, 4 Culham Court, Redford Way, Uxbridge, London UB8 1SY, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Dec 2021; Organization Type: Other business support service activities n.e.c.; Company Number 13808616 (United Kingdom) [SDGT] (Linked To: SULTANA, Aozma).

AL-RABI'I, Nidal, Iraq; DOB circa 1965; POB Al-Dur, Iraq; nationality Iraq; wife of Izzat Ibrahim Al-Duri (individual) [IRAQ2].

AL-RADWAN EXCHANGE AND TRANSFERS CO. (a.k.a. AL-RIDHWAN EXCHANGE AND TRANSFER COMPANY (Arabic: شركة الرضوان للصرافة والحوالات النقدية); a.k.a. AL-RIDHWAN EXCHANGE COMPANY), Al-Nasr Street, Sana'a, Yemen; Hodeidah, Yemen; Saada, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 27 Mar 2019; Commercial Registry Number 6478/21 (Yemen); License 347/2019 (Yemen) [SDGT] (Linked To: ANSARALLAH).

AL-RAFI'I, 'Abdallah Makki Muslih Mahdi (a.k.a. AL-RUFAY'I, Abdallah Makki Muslih; a.k.a. "ABU KHADIJAH"; a.k.a. "ABU MUSAB"), Anbar Province, Iraq; DOB 1991; POB Balad District, Salah ad Din Province, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-RAHAMA RELIEF FOUNDATION LIMITED (a.k.a. SANABEL L'IL-IGATHA; a.k.a. SANABEL RELIEF AGENCY; a.k.a. SANABEL RELIEF AGENCY LIMITED; a.k.a. "SARA"; a.k.a. "SRA"), 63 South Road, Sparkbrook, Birmingham B11 1EX, United Kingdom; 1011 Stockport Road, Levenshulme, Manchester M9 2TB, United Kingdom; P.O. Box 50, Manchester M19 2SP, United Kingdom; 98 Gresham Road, Middlesbrough, United Kingdom; 54 Anson Road, London NW2 6AD, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 3713110 (United Kingdom); Registered Charity No. 1083469 (United Kingdom); http://www.sanabel.org.uk (website); info@sanabel.org.uk (email). [SDGT].

AL-RAHMA CHARITY FOUNDATION (a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

AL-RAHMA FOUNDATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

AL-RAHMAH CHARITABLE ASSOCIATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

AL-RAHMAH CHARITY FOUNDATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

AL-RAHMAH CHARITY ORGANIZATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

AL-RAHMAH FOUNDATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-

RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

AL-RAHMAH ORGANIZATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

ALRAHMAH WELFARE ORG (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a.

AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

ALRAHMAH WELFARE ORGANISATION (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

AL-RAHMAH WELFARE ORGANIZATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-

RAHMAH ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

AL-RAHMAN WELFARE ORGANIZATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

AL-RAHMAN, 'Inayat (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

AL-RAHMAT TRUST (a.k.a. AL REHMAT TRUST; a.k.a. AL-REHMAN TRUST; a.k.a. AR-RAHMAN TRUST; a.k.a. UR-RAHMAN TRUST; a.k.a. UR-RAMAT TRUST), 537/1-Z Defense Housing Area (DHA), Lahore, Pakistan; Office 22, Third Floor, al Fatah Plaza, Commerical Market, Rawalpindi, Pakistan; Room No. 22, 3rd Floor, al-Fateh Plaza, Commerical Market Road, Chandi Chowk, Rawalpindi, Pakistan; Karachi, Pakistan; Nelam Road, Bandi Chehza, Muzaffarabad, Pakistan; Balakot, Besyan Chouk, Pakistan; Rajana Road, Srah-Salah, Haripur, Pakistan; Rehana Road, Sirai Salih, Post Box #22, G.P.O. Haripur, Northwest Frontier Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-RAIMI, Qassim (a.k.a. AL-RAMI, Qasim; a.k.a. AL-RAYMI, Qasim; a.k.a. AL-RAYMI, Qassim; a.k.a. AL-REMI, Qassem; a.k.a. AL-RIMI, Qasim; a.k.a. "ABU 'AMMAR"; a.k.a. "ABU HARAYRAH"; a.k.a. "ABU HURAYRAH AL-SAN'AI"); DOB 05 Jun 1978; nationality Yemen; Secondary sanctions risk: section 1(b)

of Executive Order 13224, as amended by Executive Order 13886; Passport 00344994 issued 03 Jul 1999 (individual) [SDGT].

AL-RAMI, Qasim (a.k.a. AL-RAIMI, Qassim; a.k.a. AL-RAYMI, Qasim; a.k.a. AL-RAYMI, Qassim; a.k.a. AL-REMI, Qassem; a.k.a. AL-RIMI, Qasim; a.k.a. "ABU 'AMMAR"; a.k.a. "ABU HARAYRAH"; a.k.a. "ABU HURAYRAH AL-SAN'AI"); DOB 05 Jun 1978; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00344994 issued 03 Jul 1999 (individual) [SDGT].

AL-RASHEED TRUST (a.k.a. AL AMEEN TRUST; a.k.a. AL AMIN TRUST; a.k.a. AL AMIN WELFARE TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-MADINA TRUST; a.k.a. AL-RASHID TRUST; a.k.a. MAIMAR TRUST; a.k.a. MAYMAR TRUST; a.k.a. MEYMAR TRUST; a.k.a. MOMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

AL-RASHEED TRUST (a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-RASHID TRUST; a.k.a. THE AID ORGANIZATION OF THE ULEMA), Kitab Ghar, Darul Ifta Wal Irshad, Nazimabad No. 4, Karachi, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza,

near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; 302b-40, Good Earth Court, Opposite Pia Planitarium, Block 13a, Gulshan -I Iqbal, Karachi, Pakistan; 617 Clifton Center, Block 5, 6th Floor, Clifton, Karachi, Pakistan; 605 Landmark Plaza, 11 Chundrigar Road, Opposite Jang Building, Karachi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif; Also operations in: Kosovo,Chechnya [SDGT].

AL-RASHID TRUST (a.k.a. AL AMEEN TRUST; a.k.a. AL AMIN TRUST; a.k.a. AL AMIN WELFARE TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-MADINA TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. MAIMAR TRUST; a.k.a. MAYMAR TRUST; a.k.a. MEYMAR TRUST; a.k.a. MOMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

AL-RASHID TRUST (a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. THE AID ORGANIZATION OF THE ULEMA), Kitab Ghar, Darul Ifta Wal Irshad, Nazimabad No. 4, Karachi, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk

Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; 302b-40, Good Earth Court, Opposite Pia Planitarium, Block 13a, Gulshan -I Iqbal, Karachi, Pakistan; 617 Clifton Center, Block 5, 6th Floor, Clifton, Karachi, Pakistan; 605 Landmark Plaza, 11 Chundrigar Road, Opposite Jang Building, Karachi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif; Also operations in: Kosovo,Chechnya [SDGT].

AL-RASHIDI, Mohammad Yaqub (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

AL-RASHIDI, Nawaf Ahmad Alwan (a.k.a. SADA, Qahtan Nawaf Ahmad Alwan; a.k.a. "Abu Faris"; a.k.a. "ALWAN, Nawaf Ahmed"), Syria; Turkey; Mosul, Iraq; DOB 1984; POB Mosul, Iraq; nationality Iraq; Gender Male; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-RASHIDI, Yaqub Mansoor (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

AL-RAWI, Abd-al-Rahman (a.k.a. AL RAWI, Abdulrahman; a.k.a. AL-RAWI, Abd-al-Rahman 'Ali Husayn al-Ahmad; a.k.a. AL-RAWI, Abdul Rahman; a.k.a. AL-RAWI, Abu Abd Al Rahman), Turkey; DOB 1983; POB Albu Kamal, Dayr az Zawr Province, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 905515983567; alt. Phone Number 9647718635788; alt. Phone Number 96351667406; alt. Phone Number 9647715959705 (individual) [SDGT].

AL-RAWI, Abd-al-Rahman 'Ali Husayn al-Ahmad (a.k.a. AL RAWI, Abdulrahman; a.k.a. AL-RAWI, Abd-al-Rahman; a.k.a. AL-RAWI, Abdul Rahman; a.k.a. AL-RAWI, Abu Abd Al Rahman), Turkey; DOB 1983; POB Albu Kamal, Dayr az Zawr Province, Syria; nationality Syria;

Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 905515983567; alt. Phone Number 9647718635788; alt. Phone Number 96351667406; alt. Phone Number 9647715959705 (individual) [SDGT].

AL-RAWI, Abdul Rahman (a.k.a. AL RAWI, Abdulrahman; a.k.a. AL-RAWI, Abd-al-Rahman; a.k.a. AL-RAWI, Abd-al-Rahman 'Ali Husayn al-Ahmad; a.k.a. AL-RAWI, Abu Abd Al Rahman), Turkey; DOB 1983; POB Albu Kamal, Dayr az Zawr Province, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 905515983567; alt. Phone Number 9647718635788; alt. Phone Number 96351667406; alt. Phone Number 9647715959705 (individual) [SDGT].

AL-RAWI, Abu Abd Al Rahman (a.k.a. AL RAWI, Abdulrahman; a.k.a. AL-RAWI, Abd-al-Rahman; a.k.a. AL-RAWI, Abd-al-Rahman 'Ali Husayn al-Ahmad; a.k.a. AL-RAWI, Abdul Rahman), Turkey; DOB 1983; POB Albu Kamal, Dayr az Zawr Province, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 905515983567; alt. Phone Number 9647718635788; alt. Phone Number 96351667406; alt. Phone Number 9647715959705 (individual) [SDGT].

AL-RAWI, Abu Mus'ab (a.k.a. AL-HASHIMI, Mushtaq Talib Zughayar Karhut; a.k.a. AL-RAWI, Mushtaq; a.k.a. AL-RAWI, Mushtaq Talib; a.k.a. AL-RAWI, Mushtaq Talib Zaghayir; a.k.a. AL-RAWI, Mushtaq Talib Zughayr), Turkey; Belgium; DOB 1964; alt. DOB 1969; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 905537471039 (individual) [SDGT].

AL-RAWI, Abu Sadek (a.k.a. AL-ADNANI, Abu Mohamed; a.k.a. AL-ADNANI, Abu Mohammad; a.k.a. AL-ADNANI, Abu Mohammed; a.k.a. AL-BANSHI, Taha; a.k.a. AL-KHATAB, Abu Baker; a.k.a. AL-RAWI, Yasser Khalaf Hussein Nazal; a.k.a. AL-SHAMI, Abu-Muhammad al-Adnani; a.k.a. FALAH, Jaber Taha; a.k.a. FALAHA, Taha Sobhi), Syria; Iraq; DOB 1977; POB Banash, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALRAWI, Adnan Mahmoud (a.k.a. AL RAWI, Adnan Mahmood; a.k.a. AL-RAWI, 'Adnan Muhammad Amin; a.k.a. AL-RAWI, Amin Muhammad; a.k.a. AMIN, 'Adnan Muhammad; a.k.a. RAWI, Adnan Mahmood; a.k.a. "ALDEEN, Mohammed Amad Az"; a.k.a. "EMAD, Mohammad"; a.k.a. "EZALDEEN, Mohammed Emad"), Erbil, Iraq; Amman, Jordan; Sulaymaniyah, Iraq; Istanbul, Turkey; Adana, Turkey; Bazaz Abd, Syria; al-Rawah, Anbar, Iraq; DOB 07 Jan 1985; alt. DOB 28 Aug 1982; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 649474 (Iraq); Identification Number 00260818 (Iraq); alt. Identification Number 658032 (Jordan); alt. Identification Number 635464 (Jordan); alt. Identification Number 1251025 (Jordan); alt. Identification Number 1200701 (Jordan); alt. Identification Number 24906658031 (Jordan); alt. Identification Number 1465967 (Jordan); alt. Identification Number 1194396 (Jordan) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-RAWI, 'Adnan Muhammad Amin (a.k.a. AL RAWI, Adnan Mahmood; a.k.a. ALRAWI, Adnan Mahmoud; a.k.a. AL-RAWI, Amin Muhammad; a.k.a. AMIN, 'Adnan Muhammad; a.k.a. RAWI, Adnan Mahmood; a.k.a. "ALDEEN, Mohammed Amad Az"; a.k.a. "EMAD, Mohammad"; a.k.a. "EZALDEEN, Mohammed Emad"), Erbil, Iraq; Amman, Jordan; Sulaymaniyah, Iraq; Istanbul, Turkey; Adana, Turkey; Bazaz Abd, Syria; al-Rawah, Anbar, Iraq; DOB 07 Jan 1985; alt. DOB 28 Aug 1982; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 649474 (Iraq); Identification Number 00260818 (Iraq); alt. Identification Number 658032 (Jordan); alt. Identification Number 635464 (Jordan); alt. Identification Number 1251025 (Jordan); alt. Identification Number 1200701 (Jordan); alt. Identification Number 24906658031 (Jordan); alt. Identification Number 1465967 (Jordan); alt. Identification Number 1194396 (Jordan) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-RAWI, Amin Muhammad (a.k.a. AL RAWI, Adnan Mahmood; a.k.a. ALRAWI, Adnan Mahmoud; a.k.a. AL-RAWI, 'Adnan Muhammad Amin; a.k.a. AMIN, 'Adnan Muhammad; a.k.a. RAWI, Adnan Mahmood; a.k.a. "ALDEEN, Mohammed Amad Az"; a.k.a. "EMAD,

Mohammad"; a.k.a. "EZALDEEN, Mohammed Emad"), Erbil, Iraq; Amman, Jordan; Sulaymaniyah, Iraq; Istanbul, Turkey; Adana, Turkey; Bazaz Abd, Syria; al-Rawah, Anbar, Iraq; DOB 07 Jan 1985; alt. DOB 28 Aug 1982; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 649474 (Iraq); Identification Number 00260818 (Iraq); alt. Identification Number 658032 (Jordan); alt. Identification Number 635464 (Jordan); alt. Identification Number 1251025 (Jordan); alt. Identification Number 1200701 (Jordan); alt. Identification Number 24906658031 (Jordan); alt. Identification Number 1465967 (Jordan); alt. Identification Number 1194396 (Jordan) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-RAWI, Ayad Futayyih (a.k.a. AL-RAWI, Saif-al-Din Fulayyih Hassan Taha); DOB 1953; POB Ar Ramadi, al-Anbar Governorate, Iraq; nationality Iraq; Republican Guard chief of staff (individual) [IRAQ2].

AL-RAWI, Ayad Futayyih Khalifa; DOB 1942; POB Rawah, Iraq; nationality Iraq; Quds Force Chief of Staff (individual) [IRAQ2].

AL-RAWI, Fawzi Isma'il Al-Husayni (a.k.a. AL-RAWI, Fawzi Mutlaq; a.k.a. "ABU AKRAM"; a.k.a. "ABU FIRAS"), SYRIAN GOVERNMENT-OWNED APARTMENT, AL-MAZZAH DISTRICT, DAMASCUS, Syria; SYRIAN BA'TH PARTY COMMAND BUILDING, AL-HALBUNI DISTRICT, DAMASCUS, Syria; DOB 1940; POB RAWAH CITY, IRAQ; nationality Iraq; citizen Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; CHAIRMAN, IRAQI WING OF THE SYRIAN BA'TH PARTY (individual) [SDGT].

AL-RAWI, Fawzi Mutlaq (a.k.a. AL-RAWI, Fawzi Isma'il Al-Husayni; a.k.a. "ABU AKRAM"; a.k.a. "ABU FIRAS"), SYRIAN GOVERNMENT-OWNED APARTMENT, AL-MAZZAH DISTRICT, DAMASCUS, Syria; SYRIAN BA'TH PARTY COMMAND BUILDING, AL-HALBUNI DISTRICT, DAMASCUS, Syria; DOB 1940; POB RAWAH CITY, IRAQ; nationality Iraq; citizen Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; CHAIRMAN, IRAQI WING OF THE SYRIAN BA'TH PARTY (individual) [SDGT].

AL-RAWI, Hajj Fawaz (a.k.a. AL-ARWEE, Hajji Fouaz; a.k.a. JABIR AL-RAWI, Fawaz Muhamed; a.k.a. JABUR AL-RAWI, Fawwaz;

a.k.a. JUBAYR AL-RAWI, Fawaz Muhammad; a.k.a. JUBAYR AL-RAWI, Fawwaz Muhammad), Syria; DOB 1974; POB Albu Kamal, Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALRAWI, Marwan (a.k.a. AL-RAWI, Marwan Mahdi; a.k.a. AL-RAWI, Marwan Mahdi Salah), Istanbul, Turkey; DOB 1981; POB Ramadi, Iraq; nationality Iraq; Email Address marwanalrawi2@gmail.com; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: REDIN EXCHANGE).

AL-RAWI, Marwan Mahdi (a.k.a. ALRAWI, Marwan; a.k.a. AL-RAWI, Marwan Mahdi Salah), Istanbul, Turkey; DOB 1981; POB Ramadi, Iraq; nationality Iraq; Email Address marwanalrawi2@gmail.com; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: REDIN EXCHANGE).

AL-RAWI, Marwan Mahdi Salah (a.k.a. ALRAWI, Marwan; a.k.a. AL-RAWI, Marwan Mahdi), Istanbul, Turkey; DOB 1981; POB Ramadi, Iraq; nationality Iraq; Email Address marwanalrawi2@gmail.com; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: REDIN EXCHANGE).

AL-RAWI, Muhammad Abd-al-Qadir Mutni Assaf (a.k.a. MATNEE, Mohammed Abdulqader; a.k.a. MATNI, Muhammad 'Abd-al-Qadir; a.k.a. MUTNI, Mohammad Abdul Kadir; a.k.a. MUTNI, Muhammad Abdul Qadar; a.k.a. "ABD-AL-QARIM, Abu"), Erbil, Iraq; DOB 15 Apr 1983; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G2590897 (individual) [SDGT].

AL-RAWI, Muhannad Mushtaq Talib Zghayir Karhout (a.k.a. TALIB, Mohanad M.; a.k.a. TALIB, Muhannad Mushtaq; a.k.a. ZUGHAYAR, Muhanad Mushtaq; a.k.a. ZUGHAYAR, Muhanad Mushtaq Talib), Baghdad, Iraq; Samsun, Turkey; DOB 26 Dec 1996; POB Al-Qa'im, Iraq; nationality Iraq; Email Address mohand.alrawii@gmail.com; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Phone Number 9647821757598; National Foreign ID Number 00167950 (Iraq) (individual) [SDGT].

AL-RAWI, Mushtaq (a.k.a. AL-HASHIMI, Mushtaq Talib Zughayar Karhut; a.k.a. AL-RAWI, Abu Mus'ab; a.k.a. AL-RAWI, Mushtaq Talib; a.k.a. AL-RAWI, Mushtaq Talib Zaghayir; a.k.a. AL-RAWI, Mushtaq Talib Zughayr), Turkey; Belgium; DOB 1964; alt. DOB 1969; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 905537471039 (individual) [SDGT].

AL-RAWI, Mushtaq Talib (a.k.a. AL-HASHIMI, Mushtaq Talib Zughayar Karhut; a.k.a. AL-RAWI, Abu Mus'ab; a.k.a. AL-RAWI, Mushtaq; a.k.a. AL-RAWI, Mushtaq Talib Zaghayir; a.k.a. AL-RAWI, Mushtaq Talib Zughayr), Turkey; Belgium; DOB 1964; alt. DOB 1969; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 905537471039 (individual) [SDGT].

AL-RAWI, Mushtaq Talib Zaghayir (a.k.a. AL-HASHIMI, Mushtaq Talib Zughayar Karhut; a.k.a. AL-RAWI, Abu Mus'ab; a.k.a. AL-RAWI, Mushtaq; a.k.a. AL-RAWI, Mushtaq Talib; a.k.a. AL-RAWI, Mushtaq Talib Zughayr), Turkey; Belgium; DOB 1964; alt. DOB 1969; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 905537471039 (individual) [SDGT].

AL-RAWI, Mushtaq Talib Zughayr (a.k.a. AL-HASHIMI, Mushtaq Talib Zughayar Karhut; a.k.a. AL-RAWI, Abu Mus'ab; a.k.a. AL-RAWI, Mushtaq; a.k.a. AL-RAWI, Mushtaq Talib; a.k.a. AL-RAWI, Mushtaq Talib Zaghayir), Turkey; Belgium; DOB 1964; alt. DOB 1969; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 905537471039 (individual) [SDGT].

AL-RAWI, Saif-al-Din Fulayyih Hassan Taha (a.k.a. AL-RAWI, Ayad Futayyih); DOB 1953; POB Ar Ramadi, al-Anbar Governorate, Iraq; nationality Iraq; Republican Guard chief of staff (individual) [IRAQ2].

AL-RAWI, Talib 'Ali Husayn Al-Ahmad (a.k.a. AL-AHMAD, Talib (Arabic: طالب الاحمد)), Istanbul, Turkey; DOB 23 Dec 1973; POB Al Bukamal, Syria; nationality Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL-RAWI, 'Umar Talib (a.k.a. AL-HASHIMI, Umar Talib Zughayr; a.k.a. AL-RAWI, Umar Talib Zughayr; a.k.a. AL-RAWI, Umar Talib Zughayr Karhoot; a.k.a. ZGHYR, 'Umr Talib; a.k.a. "AL-RAWI, Abu Umar"), Samsun, Turkey; al-Qa'im, Anbar Province, Iraq; Mersin Province, Turkey; DOB 1970; alt. DOB 1971; POB Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 907816941101; alt. Phone Number 9647734097694 (individual) [SDGT].

AL-RAWI, Umar Talib Zughayr (a.k.a. AL-HASHIMI, Umar Talib Zughayr; a.k.a. AL-RAWI, 'Umar Talib; a.k.a. AL-RAWI, Umar Talib Zughayr Karhoot; a.k.a. ZGHYR, 'Umr Talib; a.k.a. "AL-RAWI, Abu Umar"), Samsun, Turkey; al-Qa'im, Anbar Province, Iraq; Mersin Province, Turkey; DOB 1970; alt. DOB 1971; POB Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 907816941101; alt. Phone Number 9647734097694 (individual) [SDGT].

AL-RAWI, Umar Talib Zughayr Karhoot (a.k.a. AL-HASHIMI, Umar Talib Zughayr; a.k.a. AL-RAWI, 'Umar Talib; a.k.a. AL-RAWI, Umar Talib Zughayr; a.k.a. ZGHYR, 'Umr Talib; a.k.a. "AL-RAWI, Abu Umar"), Samsun, Turkey; al-Qa'im, Anbar Province, Iraq; Mersin Province, Turkey; DOB 1970; alt. DOB 1971; POB Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 907816941101; alt. Phone Number 9647734097694 (individual) [SDGT].

AL-RAWI, Waleed Talib Zghayir Karhout (a.k.a. AL-HASHIMI, Walid Talib Zughayr; a.k.a. AL-RAWI, Walid Talib Zughayr; a.k.a. ZGHAIR, Waleed Talib Zghair; a.k.a. ZGHYR, Walid Talib; a.k.a. "AL-RAWI, Abu Khalid"), Baghdad, Iraq; DOB 11 Nov 1988; nationality Iraq; Email Address waleed198811@gmail.com; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 9647807890955; alt. Phone Number 96407707840824; alt. Phone Number 9647720364973; Passport A11071541 (individual) [SDGT].

AL-RAWI, Walid Talib Zughayr (a.k.a. AL-HASHIMI, Walid Talib Zughayr; a.k.a. AL-RAWI,

Waleed Talib Zghayir Karhout; a.k.a. ZGHAIR, Waleed Talib Zghair; a.k.a. ZGHYR, Walid Talib; a.k.a. "AL-RAWI, Abu Khalid"), Baghdad, Iraq; DOB 11 Nov 1988; nationality Iraq; Email Address waleed198811@gmail.com; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 9647807890955; alt. Phone Number 96407707840824; alt. Phone Number 9647720364973; Passport A11071541 (individual) [SDGT].

AL-RAWI, Yasser Khalaf Hussein Nazal (a.k.a. AL-ADNANI, Abu Mohamed; a.k.a. AL-ADNANI, Abu Mohammad; a.k.a. AL-ADNANI, Abu Mohammed; a.k.a. AL-BANSHI, Taha; a.k.a. AL-KHATAB, Abu Baker; a.k.a. AL-RAWI, Abu Sadek; a.k.a. AL-SHAMI, Abu-Muhammad al-Adnani; a.k.a. FALAH, Jaber Taha; a.k.a. FALAHA, Taha Sobhi), Syria; Iraq; DOB 1977; POB Banash, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-RAYA ESTABLISHMENT FOR MEDIA PRODUCTION (a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A BRIGADE; a.k.a. ANSAR AL-SHARI'A IN BENGHAZI; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. ANSAR AL-SHARIAH; a.k.a. ANSAR AL-SHARIAH BRIGADE; a.k.a. ANSAR AL-SHARIAH-BENGHAZI; a.k.a. KATIBAT ANSAR AL-SHARIA IN BENGHAZI; a.k.a. SOLDIERS OF THE SHARIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Benghazi, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-RAYMI, Qasim (a.k.a. AL-RAIMI, Qassim; a.k.a. AL-RAMI, Qasim; a.k.a. AL-RAYMI, Qassim; a.k.a. AL-REMI, Qassem; a.k.a. AL-RIMI, Qasim; a.k.a. "ABU 'AMMAR"; a.k.a. "ABU HARAYRAH"; a.k.a. "ABU HURAYRAH AL-SAN'AI"); DOB 05 Jun 1978; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00344994 issued 03 Jul 1999 (individual) [SDGT].

AL-RAYMI, Qassim (a.k.a. AL-RAIMI, Qassim; a.k.a. AL-RAMI, Qasim; a.k.a. AL-RAYMI, Qasim; a.k.a. AL-REMI, Qassem; a.k.a. AL-RIMI, Qasim; a.k.a. "ABU 'AMMAR"; a.k.a. "ABU HARAYRAH"; a.k.a. "ABU HURAYRAH AL-SAN'AI"); DOB 05 Jun 1978; nationality Yemen; Secondary sanctions risk: section 1(b)

of Executive Order 13224, as amended by Executive Order 13886; Passport 00344994 issued 03 Jul 1999 (individual) [SDGT].

AL-REDA, Salman (a.k.a. AL-RIDA, Samwil Salman; a.k.a. EL-REDA, Samuel Salman; a.k.a. REMAL, Salman; a.k.a. SALMAN, Salman Raof; a.k.a. SALMAN, Salman Raouf; a.k.a. SALMAN, Salman Rauf; a.k.a. "MARQUEZ, Andree"), Lebanon; DOB 05 Jun 1963; alt. DOB 1965; nationality Colombia; alt. nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AD 059541 (Colombia); alt. Passport AC 128856 (Colombia); National ID No. 84.049.097 (Colombia) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-REHMAH WELFARE ORGANIZATION (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

AL-REHMAN TRUST (a.k.a. AL REHMAT TRUST; a.k.a. AL-RAHMAT TRUST; a.k.a. AR-RAHMAN TRUST; a.k.a. UR-RAHMAN TRUST; a.k.a. UR-RAMAT TRUST), 537/1-Z Defense

Housing Area (DHA), Lahore, Pakistan; Office 22, Third Floor, al Fatah Plaza, Commerical Market, Rawalpindi, Pakistan; Room No. 22, 3rd Floor, al-Fateh Plaza, Commerical Market Road, Chandi Chowk, Rawalpindi, Pakistan; Karachi, Pakistan; Nelam Road, Bandi Chehza, Muzaffarabad, Pakistan; Balakot, Besyan Chouk, Pakistan; Rajana Road, Srah-Salah, Haripur, Pakistan; Rehana Road, Sirai Salih, Post Box #22, G.P.O. Haripur, Northwest Frontier Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-REHMAN, Matti (a.k.a. RAHMAN, Matiur; a.k.a. REHMAN, Mati ur; a.k.a. REHMAN, Matiur; a.k.a. REHMAN, Mati-ur; a.k.a. SAMAD, Abdul; a.k.a. SIAL, Abdul Samad; a.k.a. SIAL, Samad; a.k.a. UR-REHMAN, Mati); DOB 1977; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-REMI, Qassem (a.k.a. AL-RAIMI, Qassim; a.k.a. AL-RAMI, Qasim; a.k.a. AL-RAYMI, Qasim; a.k.a. AL-RAYMI, Qassim; a.k.a. AL-RIMI, Qasim; a.k.a. "ABU 'AMMAR"; a.k.a. "ABU HARAYRAH"; a.k.a. "ABU HURAYRAH AL-SAN'AI"); DOB 05 Jun 1978; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00344994 issued 03 Jul 1999 (individual) [SDGT].

AL-RESAFA REFINERY COMPANY PRIVATE JSC (a.k.a. AL-RUSAFA REFINERY COMPANY (Arabic: شركة مصفاة الرصافة)), Al-Rusafa, Raqqa, Syria; Organization Established Date 09 Feb 2020; Organization Type: Manufacture of refined petroleum products [PAARSSR-EO13894].

AL-RIDA, Karim Hasan (a.k.a. RIDA, Karim Hassan), Iraq; DOB 1944; Former Minister of Agriculture (individual) [IRAQ2].

AL-RIDA, Samwil Salman (a.k.a. AL-REDA, Salman; a.k.a. EL-REDA, Samuel Salman; a.k.a. REMAL, Salman; a.k.a. SALMAN, Salman Raof; a.k.a. SALMAN, Salman Raouf; a.k.a. SALMAN, Salman Rauf; a.k.a. "MARQUEZ, Andree"), Lebanon; DOB 05 Jun 1963; alt. DOB 1965; nationality Colombia; alt. nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AD 059541 (Colombia); alt. Passport AC 128856 (Colombia); National ID No. 84.049.097 (Colombia) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-RIDHWAN EXCHANGE AND TRANSFER COMPANY (Arabic: شركة الرضوان للصرافة والحوالات النقدية) (a.k.a. AL-RADWAN EXCHANGE AND TRANSFERS CO.; a.k.a. AL-RIDHWAN EXCHANGE COMPANY), Al-Nasr Street, Sana'a, Yemen; Hodeidah, Yemen; Saada, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 27 Mar 2019; Commercial Registry Number 6478/21 (Yemen); License 347/2019 (Yemen) [SDGT] (Linked To: ANSARALLAH).

AL-RIDHWAN EXCHANGE COMPANY (a.k.a. AL-RADWAN EXCHANGE AND TRANSFERS CO.; a.k.a. AL-RIDHWAN EXCHANGE AND TRANSFER COMPANY (Arabic: شركة الرضوان للصرافة والحوالات النقدية)), Al-Nasr Street, Sana'a, Yemen; Hodeidah, Yemen; Saada, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 27 Mar 2019; Commercial Registry Number 6478/21 (Yemen); License 347/2019 (Yemen) [SDGT] (Linked To: ANSARALLAH).

AL-RIMI, Qasim (a.k.a. AL-RAIMI, Qassim; a.k.a. AL-RAMI, Qasim; a.k.a. AL-RAYMI, Qasim; a.k.a. AL-RAYMI, Qassim; a.k.a. AL-REMI, Qassem; a.k.a. "ABU 'AMMAR"; a.k.a. "ABU HARAYRAH"; a.k.a. "ABU HURAYRAH AL-SAN'AI"); DOB 05 Jun 1978; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00344994 issued 03 Jul 1999 (individual) [SDGT].

ALROSA GROUP (a.k.a. AK ALROSA PAO (Cyrillic: АК АЛРОСА ПАО); a.k.a. PJSC ALROSA; a.k.a. PUBLIC JOINT STOCK COMPANY ALROSA (Cyrillic: АКЦИОНЕРНАЯ КОМПАНИЯ АЛРОСА ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 24 Ozerkovskaya Naberezhnaya, Moscow 115184, Russia; 6 ulitsa Lenina, Mirny, Republic of Sakha (Yakutia) 678174, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 1433000147 (Russia); Legal Entity Number 894500DKUWVBYZLLE651 (Russia); Registration Number 1021400967092 (Russia) [RUSSIA-EO14024].

AL-ROSTOM, Saqer Asaad (a.k.a. AL-RUSTOM, Saqr As'ad (Arabic: صقر أسعد الرستم); a.k.a. ROSTOM, Saker; a.k.a. RUSTOM, Sakkar; a.k.a. RUSTOM, Sakker; a.k.a. RUSTOM, Sakr; a.k.a. RUSTOM, Saqqar; a.k.a. RUSTOM, Saqqer; a.k.a. RUSTOM, Saqr (Arabic: صقر رستم)), Homs, Syria; DOB 1974; POB Khirbet al-Hamam, Homs, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

ALROWAD COMPANY (a.k.a. AL ROWAD REAL ESTATE DEVELOPMENT (Arabic: الرواد للتطوير العقاري); a.k.a. ALROWAD FOR REAL ESTATE; a.k.a. ALROWAD FOR REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD RESIDENTIAL COMPOUND; a.k.a. PIONEER COMPANY FOR REAL ESTATE DEVELOPMENT CO. LTD.; a.k.a. PIONEER REAL ESTATE DEVELOPMENT CO. LTD. OF SUDAN-SAUDI ARABIA; a.k.a. RUWWAD AL-QABIDAH COMPANY; a.k.a. RUWWAD REAL ESTATE DEVELOPMENT), West Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2010; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

ALROWAD FOR REAL ESTATE (a.k.a. AL ROWAD REAL ESTATE DEVELOPMENT (Arabic: الرواد للتطوير العقاري); a.k.a. ALROWAD COMPANY; a.k.a. ALROWAD FOR REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD RESIDENTIAL COMPOUND; a.k.a. PIONEER COMPANY

FOR REAL ESTATE DEVELOPMENT CO. LTD.; a.k.a. PIONEER REAL ESTATE DEVELOPMENT CO. LTD. OF SUDAN-SAUDI ARABIA; a.k.a. RUWWAD AL-QABIDAH COMPANY; a.k.a. RUWWAD REAL ESTATE DEVELOPMENT), West Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2010; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

ALROWAD FOR REAL ESTATE DEVELOPMENT COMPANY (a.k.a. AL ROWAD REAL ESTATE DEVELOPMENT (Arabic: الرواد للتطوير العقاري); a.k.a. ALROWAD COMPANY; a.k.a. ALROWAD FOR REAL ESTATE; a.k.a. ALROWAD REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD RESIDENTIAL COMPOUND; a.k.a. PIONEER COMPANY FOR REAL ESTATE DEVELOPMENT CO. LTD.; a.k.a. PIONEER REAL ESTATE DEVELOPMENT CO. LTD. OF SUDAN-SAUDI ARABIA; a.k.a. RUWWAD AL-QABIDAH COMPANY; a.k.a. RUWWAD REAL ESTATE DEVELOPMENT), West Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2010; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

ALROWAD REAL ESTATE DEVELOPMENT COMPANY (a.k.a. AL ROWAD REAL ESTATE DEVELOPMENT (Arabic: الرواد للتطوير العقاري); a.k.a. ALROWAD COMPANY; a.k.a. ALROWAD FOR REAL ESTATE; a.k.a. ALROWAD FOR REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD RESIDENTIAL COMPOUND; a.k.a. PIONEER COMPANY FOR REAL ESTATE DEVELOPMENT CO. LTD.; a.k.a. PIONEER REAL ESTATE DEVELOPMENT CO. LTD. OF SUDAN-SAUDI ARABIA; a.k.a. RUWWAD AL-QABIDAH COMPANY; a.k.a. RUWWAD REAL ESTATE DEVELOPMENT), West Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2010; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

ALROWAD RESIDENTIAL COMPOUND (a.k.a. AL ROWAD REAL ESTATE DEVELOPMENT (Arabic: الرواد للتطوير العقاري); a.k.a. ALROWAD COMPANY; a.k.a. ALROWAD FOR REAL ESTATE; a.k.a. ALROWAD FOR REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD REAL ESTATE DEVELOPMENT COMPANY; a.k.a. PIONEER COMPANY FOR REAL ESTATE DEVELOPMENT CO. LTD.; a.k.a. PIONEER REAL ESTATE DEVELOPMENT CO. LTD. OF SUDAN-SAUDI ARABIA; a.k.a. RUWWAD AL-QABIDAH COMPANY; a.k.a. RUWWAD REAL ESTATE DEVELOPMENT), West Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2010; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

AL-RUBA, Dr. Khadim, Iraq; Managing Director of REAL ESTATE BANK (individual) [IRAQ2].

AL-RUFAY'I, Abdallah Makki Muslih (a.k.a. AL-RAFI'I, 'Abdallah Makki Muslih Mahdi; a.k.a. "ABU KHADIJAH"; a.k.a. "ABU MUSAB"), Anbar Province, Iraq; DOB 1991; POB Balad District, Salah ad Din Province, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-RUMAYSH, Mu'tassim Yahya 'Ali (a.k.a. "ABU-RAYHANAH"; a.k.a. "AL-JEDDAWI, Abu-Rayhanah al-'Ansari"; a.k.a. "HANDALAH"; a.k.a. "RAYHANAH"); DOB 04 Jan 1973; POB Jeddah, Saudi Arabia; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01055336 (Yemen); Residency Number 2054275397 (Saudi Arabia) issued 22 Jul 1998 (individual) [SDGT].

AL-RUSAFA REFINERY COMPANY (Arabic: شركة مصفاة الرصافة) (a.k.a. AL-RESAFA REFINERY COMPANY PRIVATE JSC), Al-Rusafa, Raqqa, Syria; Organization Established Date 09 Feb 2020; Organization Type: Manufacture of refined petroleum products [PAARSSR-EO13894].

AL-RUSTOM, Saqr As'ad (Arabic: صقر أسعد الرستم) (a.k.a. AL-ROSTOM, Saqer Asaad; a.k.a. ROSTOM, Saker; a.k.a. RUSTOM, Sakkar; a.k.a. RUSTOM, Sakker; a.k.a. RUSTOM, Sakr; a.k.a. RUSTOM, Saqqar; a.k.a. RUSTOM, Saqqer; a.k.a. RUSTOM, Saqr (Arabic: صقر رستم)), Homs, Syria; DOB 1974; POB Khirbet al-Hamam, Homs, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

ALSA COMPANY (a.k.a. ALSAA; a.k.a. ALSAA PETROLEUM & SHIPPING; a.k.a. ALSAA PETROLEUM & SHIPPING FZC; a.k.a. ALSAA PETROLEUM AND SHIPPING FZC), PO Box 124024, No. 702 Reef Tower, Dubai, United Arab Emirates; Website www.alsaagroup.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Nov 2002; License 5000343 (United Arab Emirates); Registration Number 11401539 (United Arab Emirates) [SDGT] (Linked To: ARKAN MARS PETROLEUM DMCC).

ALSAA (a.k.a. ALSA COMPANY; a.k.a. ALSAA PETROLEUM & SHIPPING; a.k.a. ALSAA PETROLEUM & SHIPPING FZC; a.k.a. ALSAA PETROLEUM AND SHIPPING FZC), PO Box 124024, No. 702 Reef Tower, Dubai, United Arab Emirates; Website www.alsaagroup.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Nov 2002; License 5000343 (United Arab Emirates); Registration Number 11401539 (United Arab Emirates) [SDGT] (Linked To: ARKAN MARS PETROLEUM DMCC).

ALSAA PETROLEUM & SHIPPING (a.k.a. ALSA COMPANY; a.k.a. ALSAA; a.k.a. ALSAA PETROLEUM & SHIPPING FZC; a.k.a. ALSAA PETROLEUM AND SHIPPING FZC), PO Box 124024, No. 702 Reef Tower, Dubai, United Arab Emirates; Website www.alsaagroup.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Nov 2002; License 5000343 (United Arab Emirates); Registration Number 11401539 (United Arab Emirates) [SDGT] (Linked To: ARKAN MARS PETROLEUM DMCC).

ALSAA PETROLEUM & SHIPPING FZC (a.k.a. ALSA COMPANY; a.k.a. ALSAA; a.k.a. ALSAA PETROLEUM & SHIPPING; a.k.a. ALSAA PETROLEUM AND SHIPPING FZC), PO Box 124024, No. 702 Reef Tower, Dubai, United Arab Emirates; Website www.alsaagroup.com; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Nov 2002; License 5000343 (United Arab Emirates); Registration Number 11401539 (United Arab Emirates) [SDGT] (Linked To: ARKAN MARS PETROLEUM DMCC).

ALSAA PETROLEUM AND SHIPPING FZC (a.k.a. ALSA COMPANY; a.k.a. ALSAA; a.k.a. ALSAA PETROLEUM & SHIPPING; a.k.a. ALSAA PETROLEUM & SHIPPING FZC), PO Box 124024, No. 702 Reef Tower, Dubai, United Arab Emirates; Website www.alsaagroup.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Nov 2002; License 5000343 (United Arab Emirates); Registration Number 11401539 (United Arab Emirates) [SDGT] (Linked To: ARKAN MARS PETROLEUM DMCC).

AL-SA'ADI, Mansur (a.k.a. AL SAADI, Mansoor Ahmed; a.k.a. AL-SA'ADI, Mansur Ahmad; a.k.a. "Abu Sajjad"), Yemen; DOB 1988; nationality Yemen; Gender Male; Houthi Commander of Yemen's Naval and Coastal Defense Forces (individual) [YEMEN].

AL-SA'ADI, Mansur Ahmad (a.k.a. AL SAADI, Mansoor Ahmed; a.k.a. AL-SA'ADI, Mansur; a.k.a. "Abu Sajjad"), Yemen; DOB 1988; nationality Yemen; Gender Male; Houthi Commander of Yemen's Naval and Coastal Defense Forces (individual) [YEMEN].

AL-SAATI, Ammar (Arabic: عمار الساعاتي) (a.k.a. SAATI BIN MOHAMAD NAWZAD, Mohamad Ammar (Arabic: محمد عمار ساعاتي بن محمد نوزاد); a.k.a. SAATI, Amar; a.k.a. SAATI, Ammar; a.k.a. SAATI, Mohamed Ammar; a.k.a. SA'ATI, Mohamed Ammar; a.k.a. SA'ATI, Mohammad Ammar; a.k.a. SAATI, Mohammad Ammar (Arabic: محمد عمار ساعاتي); a.k.a. SA'ATI, Mohammed Ammar; a.k.a. SAATI, Mohammed Ammar; a.k.a. SAATI, Muhammed Ammar), Syria; DOB 01 Jan 1967; POB Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-SABIREEN (a.k.a. AL-SABIREEN FOR THE VICTORY OF PALESTINE; a.k.a. AL-SABIREEN MOVEMENT FOR SUPPORTING PALESTINE; a.k.a. AL-SABIRIN; a.k.a. A-SABRIN ORGANIZATION; a.k.a. HARAKAT AL-SABIREEN; a.k.a. MOVEMENT OF THE PATIENT ONES; a.k.a. MOVEMENT OF THOSE WHO ENDURE WITH PATIENCE; a.k.a. THE SABIREEN MOVEMENT; a.k.a.

"HESN"), Gaza Strip, Palestinian; West Bank, Palestinian; Jerusalem, Israel; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-SABIREEN FOR THE VICTORY OF PALESTINE (a.k.a. AL-SABIREEN; a.k.a. AL-SABIREEN MOVEMENT FOR SUPPORTING PALESTINE; a.k.a. AL-SABIRIN; a.k.a. A-SABRIN ORGANIZATION; a.k.a. HARAKAT AL-SABIREEN; a.k.a. MOVEMENT OF THE PATIENT ONES; a.k.a. MOVEMENT OF THOSE WHO ENDURE WITH PATIENCE; a.k.a. THE SABIREEN MOVEMENT; a.k.a. "HESN"), Gaza Strip, Palestinian; West Bank, Palestinian; Jerusalem, Israel; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-SABIREEN MOVEMENT FOR SUPPORTING PALESTINE (a.k.a. AL-SABIREEN; a.k.a. AL-SABIREEN FOR THE VICTORY OF PALESTINE; a.k.a. AL-SABIRIN; a.k.a. A-SABRIN ORGANIZATION; a.k.a. HARAKAT AL-SABIREEN; a.k.a. MOVEMENT OF THE PATIENT ONES; a.k.a. MOVEMENT OF THOSE WHO ENDURE WITH PATIENCE; a.k.a. THE SABIREEN MOVEMENT; a.k.a. "HESN"), Gaza Strip, Palestinian; West Bank, Palestinian; Jerusalem, Israel; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-SABIRIN (a.k.a. AL-SABIREEN; a.k.a. AL-SABIREEN FOR THE VICTORY OF PALESTINE; a.k.a. AL-SABIREEN MOVEMENT FOR SUPPORTING PALESTINE; a.k.a. A-SABRIN ORGANIZATION; a.k.a. HARAKAT AL-SABIREEN; a.k.a. MOVEMENT OF THE PATIENT ONES; a.k.a. MOVEMENT OF THOSE WHO ENDURE WITH PATIENCE; a.k.a. THE SABIREEN MOVEMENT; a.k.a. "HESN"), Gaza Strip, Palestinian; West Bank, Palestinian; Jerusalem, Israel; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-SA'DI, Amir Hamudi Hassan; DOB 05 Apr 1938; POB Baghdad, Iraq; nationality Iraq; Passport NO33301/862 issued 17 Oct 1997 expires 01 Oct 2005; alt. Passport M0003264580; alt. Passport H0100009 issued 01 May 2002; presidential scientific advisor (individual) [IRAQ2].

AL-SAD'UN, Abd-al-Baqi abd-al-Karim Abdallah; DOB 1947; nationality Iraq; Ba'th party regional command chairman, Diyala (individual) [IRAQ2].

AL-SA'DUN, Muhammad Zimam abd-al-Razzaq; DOB 1942; POB Suq ash-Shuyukh District, Dhi-Qar, Iraq; nationality Iraq; Ba'th party regional chairman, at-Tamim (individual) [IRAQ2].

AL-SAEDI, Ahmed Kadhim Raheem (a.k.a. AL-HAMIDAWI, Ahmad; a.k.a. AL-HAMIDAWI, Ahmad Muhsin Faraj; a.k.a. AL-SA'IDI, Ahmad Kazim Rahim; a.k.a. "HUSAYN, Abu"), Baghdad, Iraq; DOB 25 Mar 1974; POB Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALSAFEENAH ALTHAHABYA SHIP & BOATS SPARE PARTS & COMPONENTS TRADING L.L.C (a.k.a. ALSAFEENAH ALTHAHABYA SHIP AND BOATS SPARE PARTS AND COMPONENTS TRADING L.L.C (Arabic: السفينة الذهبية لتجارة قطع غيار السفن و القوارب و مكوناتها ش.ذ.م.م); a.k.a. GOLDEN ARGO (Arabic: شركة السفينة الذهبية); a.k.a. GOLDEN ARGO MARINE SERVICES CO), 1703-1706-B2B Tower, Marasi Dr, Business Bay, Dubai, United Arab Emirates; 3rd Floor, Salmiya Building, Raqqa Al-Bateen, Deira, Dubai, United Arab Emirates; Website www.goldenargo.co; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Apr 2022; License 1050098 (United Arab Emirates); Economic Register Number (CBLS) 11870534 (United Arab Emirates) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

ALSAFEENAH ALTHAHABYA SHIP AND BOATS SPARE PARTS AND COMPONENTS TRADING L.L.C (Arabic: السفينة الذهبية لتجارة قطع غيار السفن و القوارب و مكوناتها ش.ذ.م.م) (a.k.a. ALSAFEENAH ALTHAHABYA SHIP & BOATS SPARE PARTS & COMPONENTS TRADING L.L.C; a.k.a. GOLDEN ARGO (Arabic: شركة السفينة الذهبية); a.k.a. GOLDEN ARGO MARINE SERVICES CO), 1703-1706-B2B Tower, Marasi Dr, Business Bay, Dubai, United Arab Emirates; 3rd Floor, Salmiya Building, Raqqa Al-Bateen, Deira, Dubai, United Arab Emirates; Website www.goldenargo.co; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Apr 2022; License 1050098 (United Arab Emirates); Economic

Register Number (CBLS) 11870534 (United Arab Emirates) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

AL-SAFIR COMPANY (a.k.a. AL-SAFIR OTO (Arabic: السفير للسيارات); a.k.a. EL SAFIR OTO; a.k.a. EL SAFIR OTOMOTIV; a.k.a. ELSAFIROTO; a.k.a. SAFIR CAR TRADING COMPANY IN TURKEY), 4222 Sokak, N Block, Number 49, Istanbul, Istanbul Province 34218, Turkey; Oto Center Galericiler Sitesi, 100. Yil, 3. Yol Sokak., Bagcilar, Istanbul 34204, Turkey; Gaziantep, Turkey; Kilis, Turkey; Urfa, Turkey; Organization Type: Sale of motor vehicles [PAARSSR-EO13894] (Linked To: AL-JASIM, Mohammad Hussein).

AL-SAFIR OTO (Arabic: السفير للسيارات) (a.k.a. AL-SAFIR COMPANY; a.k.a. EL SAFIR OTO; a.k.a. EL SAFIR OTOMOTIV; a.k.a. ELSAFIROTO; a.k.a. SAFIR CAR TRADING COMPANY IN TURKEY), 4222 Sokak, N Block, Number 49, Istanbul, Istanbul Province 34218, Turkey; Oto Center Galericiler Sitesi, 100. Yil, 3. Yol Sokak., Bagcilar, Istanbul 34204, Turkey; Gaziantep, Turkey; Kilis, Turkey; Urfa, Turkey; Organization Type: Sale of motor vehicles [PAARSSR-EO13894] (Linked To: AL-JASIM, Mohammad Hussein).

AL-SAFRANI, Ali Ahmidah (a.k.a. AL SIFRANI, Ali; a.k.a. AS-SAFRANI, Ali Samida; a.k.a. ZAFRANI, Ali), Libya; DOB 1982; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-SAGHIR, Mohd (a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. SUGHAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SAHAF, Mohammed Said (a.k.a. AL-SAHHAF, Muhammad Said Kazim), Iraq; DOB 1940; Former Minister of Foreign Affairs (individual) [IRAQ2].

AL-SAHEL REFINERY COMPANY (a.k.a. COAST REFINERY COMPANY (Arabic: شركة مصافة الساحل); a.k.a. COASTAL REFINERY COMPANY PRIVATE JSC), Tartous, Syria; Organization Established Date 09 Feb 2020; Organization Type: Manufacture of refined petroleum products [PAARSSR-EO13894].

AL-SAHHAF, Muhammad Said Kazim (a.k.a. AL-SAHAF, Mohammed Said), Iraq; DOB 1940; Former Minister of Foreign Affairs (individual) [IRAQ2].

AL-SAHLOUL MONEY EXCHANGE COMPANY (a.k.a. SAHLOUL MONEY EXCHANGE COMPANY; a.k.a. SAHLUL HAWALA OFFICE), Axray, Masseeh Basha, Lalleli Street, Kalvan Centre Building #22, Office #203, Istanbul, Turkey; Mersin, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-SAHRAOUI, Adnan Abu Walid (a.k.a. AL-SAHRAWI, Adnan Abu Waleed; a.k.a. AL-SAHRAWI, Adnan Abu Walid; a.k.a. JOUMANI, Lehbib Ould Ali Ould Said Ould; a.k.a. "AL SAHRAWI, Abu Walid"), Menaka, Mali; DOB 16 Feb 1973; POB Laayoune, Western Sahara; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SAHRAWI, Adnan Abu Waleed (a.k.a. AL-SAHRAOUI, Adnan Abu Walid; a.k.a. AL-SAHRAWI, Adnan Abu Walid; a.k.a. JOUMANI, Lehbib Ould Ali Ould Said Ould; a.k.a. "AL SAHRAWI, Abu Walid"), Menaka, Mali; DOB 16 Feb 1973; POB Laayoune, Western Sahara; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SAHRAWI, Adnan Abu Walid (a.k.a. AL-SAHRAOUI, Adnan Abu Walid; a.k.a. AL-SAHRAWI, Adnan Abu Waleed; a.k.a. JOUMANI, Lehbib Ould Ali Ould Said Ould; a.k.a. "AL SAHRAWI, Abu Walid"), Menaka, Mali; DOB 16 Feb 1973; POB Laayoune, Western Sahara; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SAIDA STONE FOR TRADING AND AGENCIES, 5 Hadda Street, Sana'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Organization Established Date 2021 to 2023; Organization Type: Wholesale and retail trade [SDGT] (Linked To: ANSARALLAH).

AL-SA'IDI, Abu Hammam (a.k.a. AL-MASRI, Hamam; a.k.a. AL-SA'IDI, Abu Humam; a.k.a. AL-SA'IDI, Hamam; a.k.a. BAYUMI, Yasri Muhammad Ibrahim; a.k.a. BAYUMI, Yisra Muhammad Ibrahim), Iran; DOB 20 May 1968; POB Aswan Governorate, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Shaykh (individual) [SDGT] (Linked To: AL QA'IDA).

AL-SA'IDI, Abu Humam (a.k.a. AL-MASRI, Hamam; a.k.a. AL-SA'IDI, Abu Hammam; a.k.a. AL-SA'IDI, Hamam; a.k.a. BAYUMI, Yasri Muhammad Ibrahim; a.k.a. BAYUMI, Yisra Muhammad Ibrahim), Iran; DOB 20 May 1968; POB Aswan Governorate, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Shaykh (individual) [SDGT] (Linked To: AL QA'IDA).

AL-SA'IDI, Ahmad Kazim Rahim (a.k.a. AL-HAMIDAWI, Ahmad; a.k.a. AL-HAMIDAWI, Ahmad Muhsin Faraj; a.k.a. AL-SAEDI, Ahmed Kadhim Raheem; a.k.a. "HUSAYN, Abu"), Baghdad, Iraq; DOB 25 Mar 1974; POB Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SA'IDI, Hamam (a.k.a. AL-MASRI, Hamam; a.k.a. AL-SA'IDI, Abu Hammam; a.k.a. AL-SA'IDI, Abu Humam; a.k.a. BAYUMI, Yasri Muhammad Ibrahim; a.k.a. BAYUMI, Yisra Muhammad Ibrahim), Iran; DOB 20 May 1968; POB Aswan Governorate, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Shaykh (individual) [SDGT] (Linked To: AL QA'IDA).

AL-SA'IDI, Haydar Muzhir Ma'lak (a.k.a. AL SAEDI, Hayder Mezher Maalak; a.k.a. "AL-GHARAWI, 'Ali Haydar"; a.k.a. "AL-GHARAWI, Haider Ibrahim"; a.k.a. "AL-GHARAWI, Haydar"), Iraq; DOB 24 Apr 1978; nationality Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A14940315 (Iraq) expires 19 Jan 2027 (individual) [SDGT] (Linked To: HARAKAT ANSAR ALLAH AL-AWFIYA).

AL-SAKSUK COMPANY (a.k.a. SAKSOUK COMPANY FOR EXCHANGE AND MONEY TRANSFER; a.k.a. SAKSOUK COMPANY FOR MONETARY TRANSFERS ANTIOCH; a.k.a. SAKSOUK EXCHANGE; a.k.a. SAKSOUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSOUK EXCHANGE COMPANY; a.k.a. SAKSUK FINANCIAL EXCHANGE; a.k.a. SAKSUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSUK MONEY EXCHANGE; a.k.a. SOKOK MONEY TRANSFER COMPANY; a.k.a. THE SAKSUK COMPANY FOR EXCHANGE AND FINANCIAL TRANSFERS), Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-SALAH (a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-SALAH ASSOCIATION (a.k.a. AL-SALAH; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI;

a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-SALAH ISLAMIC ASSOCIATION (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-SALAH ISLAMIC COMMITTEE (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035,

Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-SALAH ISLAMIC FOUNDATION (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-SALAH ISLAMIC SOCIETY (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza,

Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-SALAH ORGANIZATION (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-SALAH SOCIETY (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-SALAMA CHARITABLE SOCIETY FOR THE CARE OF THE WOUNDED AND DISABLED (a.k.a. AL-SALAMEH SOCIETY GAZA (Arabic: جمعية السلامة); a.k.a. "AL-SALAMEH SOCIETY"), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2006; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

AL-SALAMEH SOCIETY GAZA (Arabic: جمعية السلامة) (a.k.a. AL-SALAMA CHARITABLE SOCIETY FOR THE CARE OF THE WOUNDED AND DISABLED; a.k.a. "AL-SALAMEH SOCIETY"), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2006; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

AL-SAMAHI, Alaa Ali Ali Mohammed (a.k.a. AL-SAMAHY, Allaa), Turkey; DOB 08 Sep 1976; alt. DOB 1981; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SAMAHY, Allaa (a.k.a. AL-SAMAHI, Alaa Ali Ali Mohammed), Turkey; DOB 08 Sep 1976; alt. DOB 1981; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SAMARRA'I, Dr. Ibrahim Awwad Ibrahim (a.k.a. AL-BADRI, Dr. Ibrahim 'Awwad Ibrahim 'Ali; a.k.a. AL-BAGHDADI, Abu Bakr al-Husayni; a.k.a. AL-QURAISHI, Abu Bakr al-Baghdadi al-Husayni; a.k.a. AL-QURASHI, Abu Bakr al-Baghdadi al-Husseini; a.k.a. AL-SAMARRA'I, Ibrahim 'Awad Ibrahim al-Badri; a.k.a. AL-SAMARRA'I, Ibrahim Awwad Ibrahim; a.k.a. "ABU BAKR AL-BAGHDADI"; a.k.a. "ABU DU'A"; a.k.a. "DR. IBRAHIM"), Iraq; DOB 1971; POB Samarra'i, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SAMARRA'I, Ibrahim 'Awad Ibrahim al-Badri (a.k.a. AL-BADRI, Dr. Ibrahim 'Awwad Ibrahim 'Ali; a.k.a. AL-BAGHDADI, Abu Bakr al-Husayni; a.k.a. AL-QURAISHI, Abu Bakr al-Baghdadi al-

Husayni; a.k.a. AL-QURASHI, Abu Bakr al-Baghdadi al-Husseini; a.k.a. AL-SAMARRA'I, Dr. Ibrahim Awwad Ibrahim; a.k.a. AL-SAMARRA'I, Ibrahim Awwad Ibrahim; a.k.a. "ABU BAKR AL-BAGHDADI"; a.k.a. "ABU DU'A"; a.k.a. "DR. IBRAHIM"), Iraq; DOB 1971; POB Samarra'i, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SAMARRA'I, Ibrahim Awwad Ibrahim (a.k.a. AL-BADRI, Dr. Ibrahim 'Awwad Ibrahim 'Ali; a.k.a. AL-BAGHDADI, Abu Bakr al-Husayni; a.k.a. AL-QURAISHI, Abu Bakr al-Baghdadi al-Husayni; a.k.a. AL-QURASHI, Abu Bakr al-Baghdadi al-Husseini; a.k.a. AL-SAMARRA'I, Dr. Ibrahim Awwad Ibrahim; a.k.a. AL-SAMARRA'I, Ibrahim 'Awad Ibrahim al-Badri; a.k.a. "ABU BAKR AL-BAGHDADI"; a.k.a. "ABU DU'A"; a.k.a. "DR. IBRAHIM"), Iraq; DOB 1971; POB Samarra'i, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SAMARRA'I, Waleed Khaled Hameed (Arabic: وليد خالد حميد السامرائي) (a.k.a. HAMEED, Waleed Khaled Hameed), Dubai, United Arab Emirates; DOB 13 Apr 1974; POB Baghdad, Iraq; nationality Iraq; alt. nationality Saint Kitts and Nevis; Gender Male; Passport RE0049517 (Saint Kitts and Nevis) expires 12 May 2026 (individual) [IRAN-EO13902].

AL-SANBAL (a.k.a. AL SANABIL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-SANDUQ AL-FILISTINI LIL-IGHATHA (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a.

PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1040094 [SDGT].

AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1040094 [SDGT].

AL-SANHAJI, Abou Abderrahmane (a.k.a. AL SANHAJI, Abu Abdul Rahman Ali; a.k.a. AL-SANHAJI, Abu 'Abd Al-Rahman Ali; a.k.a. AL-SENHADJI, Abou Abderrahman; a.k.a. MAYCHOU, Ali; a.k.a. "ABDERAHMANE AL MAGHREBI"), Mali; DOB 25 May 1983; POB Taza, Morocco; nationality Morocco; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SANHAJI, Abu 'Abd Al-Rahman Ali (a.k.a. AL SANHAJI, Abu Abdul Rahman Ali; a.k.a. AL-SANHAJI, Abou Abderrahmane; a.k.a. AL-SENHADJI, Abou Abderrahman; a.k.a. MAYCHOU, Ali; a.k.a. "ABDERAHMANE AL MAGHREBI"), Mali; DOB 25 May 1983; POB Taza, Morocco; nationality Morocco; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SARAF COMPANY FOR GENERAL TRADE (f.k.a. ALSARAF HAWALA OFFICE; f.k.a. AL-SARAF HAWALA OFFICE; a.k.a. WADI ALRRAFIDAYN FOR FOODSTUFFS; a.k.a. WADI ALRRAFIDAYN GIDA YAS SEBZE MEYVE BAKLIYAT OTOMOTIV TEKSTIL ITH IHR SAN VE TIC LTD STI), No. 1-11 Bahce Mahallesi, Mersin 33010, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Sep 2019; Business Registration Number 53175 (Turkey) [SDGT] (Linked To: AL-KHATUNI, Abd Al Hamid Salim Ibrahim Ismail Brukan).

ALSARAF HAWALA OFFICE (f.k.a. AL-SARAF COMPANY FOR GENERAL TRADE; f.k.a. AL-SARAF HAWALA OFFICE; a.k.a. WADI ALRRAFIDAYN FOR FOODSTUFFS; a.k.a. WADI ALRRAFIDAYN GIDA YAS SEBZE MEYVE BAKLIYAT OTOMOTIV TEKSTIL ITH IHR SAN VE TIC LTD STI), No. 1-11 Bahce Mahallesi, Mersin 33010, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Sep 2019; Business Registration Number 53175 (Turkey) [SDGT] (Linked To: AL-KHATUNI, Abd Al Hamid Salim Ibrahim Ismail Brukan).

AL-SARAF HAWALA OFFICE (f.k.a. AL-SARAF COMPANY FOR GENERAL TRADE; f.k.a. ALSARAF HAWALA OFFICE; a.k.a. WADI ALRRAFIDAYN FOR FOODSTUFFS; a.k.a. WADI ALRRAFIDAYN GIDA YAS SEBZE MEYVE BAKLIYAT OTOMOTIV TEKSTIL ITH IHR SAN VE TIC LTD STI), No. 1-11 Bahce Mahallesi, Mersin 33010, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Sep 2019; Business Registration Number 53175 (Turkey) [SDGT] (Linked To: AL-KHATUNI, Abd Al Hamid Salim Ibrahim Ismail Brukan).

AL-SARAJI, Hashim Banyan Finyan Rahim (a.k.a. AL-SARAJI, Hashim Finyan Rahim; a.k.a. AL-SARAYJI, Ali Abd-al-Zahra Hafiz; a.k.a. UL AWLIYA, Hashim Banyan; a.k.a. "AL WALAI, Abu Ala"), Baghdad, Iraq; Lebanon; DOB 01 Jul 1966; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: KATA'IB SAYYID AL-SHUHADA).

AL-SARAJI, Hashim Finyan Rahim (a.k.a. AL-SARAJI, Hashim Banyan Finyan Rahim; a.k.a.

AL-SARAYJI, Ali Abd-al-Zahra Hafiz; a.k.a. UL AWLIYA, Hashim Banyan; a.k.a. "AL WALAI, Abu Ala"), Baghdad, Iraq; Lebanon; DOB 01 Jul 1966; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: KATA'IB SAYYID AL-SHUHADA).

AL-SARAYJI, Ali Abd-al-Zahra Hafiz (a.k.a. AL-SARAJI, Hashim Banyan Finyan Rahim; a.k.a. AL-SARAJI, Hashim Finyan Rahim; a.k.a. UL AWLIYA, Hashim Banyan; a.k.a. "AL WALAI, Abu Ala"), Baghdad, Iraq; Lebanon; DOB 01 Jul 1966; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: KATA'IB SAYYID AL-SHUHADA).

AL-SAUDI, Abu Maryam (a.k.a. AL-AZADI, Abu Maryam; a.k.a. AL-KHOZMRI, Ahmed Abdullah Saleh al-Zahrani; a.k.a. AL-ZAHRANI, Abu Maryam; a.k.a. AL-ZAHRANI, Ahmad Abdullah Salih; a.k.a. AL-ZAHRANI, Ahmed Abdullah S; a.k.a. AL-ZAHRANI, Ahmed Abdullah Saleh al-Khazmari; a.k.a. BIN AL-ZAHRANI, Ahmed bin Abdullah Saleh), Iran; Pakistan; DOB 15 Sep 1978; POB Dammam, Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E126785 (Saudi Arabia) issued 27 May 2002 expires 03 Apr 2007; Interpol: Red Notice. File No. 2009/3599. March 24, 2009. Orange Notice. File No. 2009/52/OS/CCC. February 10, 2009. (individual) [SDGT].

AL-SAUDI, Abu Musab (a.k.a. AL-'ABDALI, Qattal; a.k.a. AL-'ABDALI, Qital; a.k.a. AL-'ARIF, Sultan Yusuf Hasan; a.k.a. AL-NAJDI, Qital), Afghanistan; Iran; DOB 28 Jun 1986; alt. DOB 27 Jun 1986; POB Jeddah, Saudi Arabia; nationality Saudi Arabia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SAUDI, Abu Wafa (a.k.a. AL-JAHANI, Abd al-Rahman Muhammad Zafir al-Dabisi; a.k.a. AL-JAHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. ALJAHANI, Abdulrhman Mohammed D.; a.k.a. AL-JAHNI, 'Abd al-Rahman Muhammad Thafir; a.k.a. AL-JAHNI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHANI, Abd al-Rahman Muhammad; a.k.a. AL-JUHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHNI, 'Abd Al-Rahman Muhammad Zafir Al-Dubaysi; a.k.a. "ABU AL-WAFA'"; a.k.a. "ABU ANAS"); DOB 04

Dec 1971; alt. DOB 1977; POB Kharj, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F508591 (Saudi Arabia); National ID No. 1027508157 (Saudi Arabia) (individual) [SDGT].

AL-SAY'ARI, Muhammad Ahmed (a.k.a. ABU-SULAYMAN, Nashwan al-Adani; a.k.a. AL-ADANI, Abu Sulayman; a.k.a. AL-ADANI, Nashwan; a.k.a. AL-ADANI, Sulayman; a.k.a. AL-HASHIMI, Abu Ma'ali; a.k.a. AL-SAY'ARI, Muhammad Qan'an; a.k.a. AL-SAY'ARI, Nashwan; a.k.a. MUTHANA, Mohsen Ahmed Saleh; a.k.a. MUTHANNA, Muhsin Ahmad Salah; a.k.a. QAN'AN, Muhammad Salih Muhammad; a.k.a. "AL-MUHAJIR, Abu Usama"), Yemen; DOB 13 Jan 1988; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 05867398 (Yemen); alt. Passport 04988639 (Jordan) (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-SAY'ARI, Muhammad Qan'an (a.k.a. ABU-SULAYMAN, Nashwan al-Adani; a.k.a. AL-ADANI, Abu Sulayman; a.k.a. AL-ADANI, Nashwan; a.k.a. AL-ADANI, Sulayman; a.k.a. AL-HASHIMI, Abu Ma'ali; a.k.a. AL-SAY'ARI, Muhammad Ahmed; a.k.a. AL-SAY'ARI, Nashwan; a.k.a. MUTHANA, Mohsen Ahmed Saleh; a.k.a. MUTHANNA, Muhsin Ahmad Salah; a.k.a. QAN'AN, Muhammad Salih Muhammad; a.k.a. "AL-MUHAJIR, Abu Usama"), Yemen; DOB 13 Jan 1988; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 05867398 (Yemen); alt. Passport 04988639 (Jordan) (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-SAY'ARI, Nashwan (a.k.a. ABU-SULAYMAN, Nashwan al-Adani; a.k.a. AL-ADANI, Abu Sulayman; a.k.a. AL-ADANI, Nashwan; a.k.a. AL-ADANI, Sulayman; a.k.a. AL-HASHIMI, Abu Ma'ali; a.k.a. AL-SAY'ARI, Muhammad Ahmed; a.k.a. AL-SAY'ARI, Muhammad Qan'an; a.k.a. MUTHANA, Mohsen Ahmed Saleh; a.k.a. MUTHANNA, Muhsin Ahmad Salah; a.k.a. QAN'AN, Muhammad Salih Muhammad; a.k.a. "AL-MUHAJIR, Abu Usama"), Yemen; DOB 13 Jan 1988; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 05867398 (Yemen); alt. Passport 04988639 (Jordan) (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-SAYED, Jamil Muhammad Amin Amin (Arabic: جميل محمد امين امين السيد) (a.k.a. EL SAYED, Jamil; a.k.a. EL SAYED, Jamil Mohamad Amin; a.k.a. SAYYED, Jamil), Sea Road Summerland, Jnah, Beirut, Lebanon; Nabi Aylah, Zahleh, Bekaa, Lebanon; DOB 15 Jul 1950; POB Nabi Ayla, Beqaa, Lebanon; nationality Lebanon; Gender Male; Passport RL3234354 (Lebanon) expires 07 Jun 2020 (individual) [LEBANON].

AL-SAYF, Mahmud (a.k.a. SAJADDINIA, Mohsen; a.k.a. SAJADINIA, Mohsen; a.k.a. SAJJADI NIA, Mohsen; a.k.a. SAJJADINIA, Mohsen; a.k.a. SEIF, Mahmoud); DOB 05 Jun 1964; alt. DOB 05 Jun 1967; alt. DOB 05 Jun 1969; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR].

AL-SAYYID, 'Ali Sulayman Mas'ud 'Abd (a.k.a. AL-JAWZIYYAH, Ibn al-Qayyim; a.k.a. SAYED, Aly Soliman Massoud Abdul; a.k.a. "AL-QAYYIM, 'Ibn"; a.k.a. "AL-ZAWL"; a.k.a. "EL-QAIM, Ibn"; a.k.a. "OSMAN, Mohamed"); DOB 1969; POB Tripoli, Libya; nationality Libya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 96/184442 (Libya) (individual) [SDGT].

AL-SAYYID, Ibrahim Amin (a.k.a. SAYYED, Ibrahim Amin; a.k.a. "AL-AMIN, Ibrahim"), Lebanon; DOB 1953; POB Nabi Ayla, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Head of the Political Council of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

AL-SAYYID, Muhammad Habib (a.k.a. AL-SAYYID, Muhammad Habib Ibrahim; a.k.a. AL-SAYYID, Muhammad Ibrahim Habib (Arabic: محمد حبيب إبراهيم السيد), Nabi Eyal, Zahle, Lebanon; Klaimnus, Beirut, Lebanon; DOB 22 Feb 1970; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

AL-SAYYID, Muhammad Habib Ibrahim (a.k.a. AL-SAYYID, Muhammad Habib; a.k.a. AL-SAYYID, Muhammad Ibrahim Habib (Arabic: محمد حبيب إبراهيم السيد)), Nabi Eyal, Zahle, Lebanon; Klaimnus, Beirut, Lebanon; DOB 22 Feb 1970; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

AL-SAYYID, Muhammad Ibrahim Habib (Arabic: محمد حبيب إبراهيم السيد) (a.k.a. AL-SAYYID, Muhammad Habib; a.k.a. AL-SAYYID, Muhammad Habib Ibrahim), Nabi Eyal, Zahle, Lebanon; Klaimnus, Beirut, Lebanon; DOB 22 Feb 1970; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

AL-SAYYID, Sarah Jamal Muhammad (Arabic: ساره جمال محمد السيد) (a.k.a. GAMAL, Sarah; a.k.a. JAMAL, Sarah), Egypt; DOB 07 Jul 1985; POB Egypt; nationality Egypt; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALSBHUA, Azam A.R. (a.k.a. AL-HARBI, Abu Abdalla; a.k.a. AL-HARBI, Abu Suliman; a.k.a. AL-HARBI, Mansur; a.k.a. AL-MAKY, Abu Muslem; a.k.a. ALSBHUA, Azam Abdullah Razeeq Al Mouled; a.k.a. AL-SUBHI, Azzam; a.k.a. AL-SUBHI, Azzam Abdullah Zureik Al-Maulid), Afghanistan; Pakistan; DOB 12 Apr 1976; POB Al Baraka, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C389664 issued 15 Sep 2000 expires 15 Sep 2005 (individual) [SDGT].

ALSBHUA, Azam Abdullah Razeeq Al Mouled (a.k.a. AL-HARBI, Abu Abdalla; a.k.a. AL-HARBI, Abu Suliman; a.k.a. AL-HARBI, Mansur; a.k.a. AL-MAKY, Abu Muslem; a.k.a. ALSBHUA, Azam A.R.; a.k.a. AL-SUBHI, Azzam; a.k.a. AL-SUBHI, Azzam Abdullah Zureik Al-Maulid), Afghanistan; Pakistan; DOB

12 Apr 1976; POB Al Baraka, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C389664 issued 15 Sep 2000 expires 15 Sep 2005 (individual) [SDGT].

ALSEERAH TRADING L.L.C (Arabic: الشيرة للتجارة ش.ذ.م.م), Office No. 201-368, Deira Grand Market Dubai, Dubai, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 02 Nov 2023; License 1257024 (United Arab Emirates); Economic Register Number (CBLS) 12480544 (United Arab Emirates) [IRAN-EO13846].

ALSEHRI, Turki Muserref M. (a.k.a. ALSEHRI, Turki Musharraf M); DOB 1982; nationality Saudi Arabia; Gender Male (individual) [GLOMAG].

ALSEHRI, Turki Musharraf M (a.k.a. ALSEHRI, Turki Muserref M.); DOB 1982; nationality Saudi Arabia; Gender Male (individual) [GLOMAG].

ALSEHRI, Waleed Abdullah M. (a.k.a. ALSHEHRI, Waleed Abdullah M.); DOB 05 Nov 1980; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport R120404 (Saudi Arabia) issued 31 May 2015 expires 06 Apr 2020 (individual) [GLOMAG].

AL-SENHADJI, Abou Abderrahman (a.k.a. AL SANHAJI, Abu Abdul Rahman Ali; a.k.a. AL-SANHAJI, Abou Abderrahmane; a.k.a. AL-SANHAJI, Abu 'Abd Al-Rahman Ali; a.k.a. MAYCHOU, Ali; a.k.a. "ABDERAHMANE AL MAGHREBI"), Mali; DOB 25 May 1983; POB Taza, Morocco; nationality Morocco; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SENUSSI, Abdullah (a.k.a. SENUSSI, Abdullah); DOB 1949; POB Sudan; Director of Military Intelligence; Colonel (individual) [LIBYA2].

AL-SHAAR, Mohammad Ibrahim (a.k.a. AL-CHAAR, Mohammad Ibrahim; a.k.a. AL-SHAAR, Mohammed Ibrahim; a.k.a. AL-SHA'AR, Muhammad Ibrahim; a.k.a. AL-SHAAR, Muhammad Ibrahim); DOB 1950; POB Lattakia Province, Syria; alt. POB Al-Haffa, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-SHAAR, Mohammed Ibrahim (a.k.a. AL-CHAAR, Mohammad Ibrahim; a.k.a. AL-SHAAR, Mohammad Ibrahim; a.k.a. AL-SHA'AR, Muhammad Ibrahim; a.k.a. AL-

SHAAR, Muhammad Ibrahim); DOB 1950; POB Lattakia Province, Syria; alt. POB Al-Haffa, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-SHAAR, Muhammad Ibrahim (a.k.a. AL-CHAAR, Mohammad Ibrahim; a.k.a. AL-SHAAR, Mohammad Ibrahim; a.k.a. AL-SHAAR, Mohammed Ibrahim; a.k.a. AL-SHA'AR, Muhammad Ibrahim); DOB 1950; POB Lattakia Province, Syria; alt. POB Al-Haffa, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-SHA'AR, Muhammad Ibrahim (a.k.a. AL-CHAAR, Mohammad Ibrahim; a.k.a. AL-SHAAR, Mohammad Ibrahim; a.k.a. AL-SHAAR, Mohammed Ibrahim; a.k.a. AL-SHAAR, Muhammad Ibrahim); DOB 1950; POB Lattakia Province, Syria; alt. POB Al-Haffa, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AL-SHA'ARI, Hasan al-Salahayn Salih (a.k.a. AL-SHA'IRI, Husayn Al-Salihin Salih; a.k.a. "ABU-HABIB, Hasan"; a.k.a. "AL-LIBI, Abu-Habib"; a.k.a. "AL-SALIHIN, Habib"); DOB 01 Jan 1975 to 31 Dec 1975; POB Darna, Libya; citizen Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 542858 (Libya); Personal ID Card 55252 (Libya) (individual) [SDGT].

AL-SHABAAB (a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [SOMALIA].

AL-SHABAAB AL-ISLAAM (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB;

a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [SOMALIA].

AL-SHABAAB AL-ISLAMIYA (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [SOMALIA].

AL-SHABAAB AL-JIHAAD (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB;

a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [SOMALIA].

AL-SHABAAB IN MOZAMBIQUE (a.k.a. AHL AL-SUNNA WA AL-JAMAA; a.k.a. ANSAAR KALIMAT ALLAH; a.k.a. ANSAR AL-SUNNA; a.k.a. ISLAMIC STATE - MOZAMBIQUE; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. "ADHERENTS TO THE TRADITIONS AND THE COMMUNITY"; a.k.a. "HELPERS OF TRADITION"; a.k.a. "ISIS-MOZAMBIQUE"; a.k.a. "SUPPORTERS OF THE WORD OF ALLAH"), Cabo Delgado Province, Mozambique; Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-SHABAB (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [SOMALIA].

AL-SHABAN, Hasan (a.k.a. ALSHABAN, Hasan Suliman), Manbij, Syria; Sahinbey, Gaziantep, Turkey; DOB 07 Jan 1987; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02812L004397 (Syria); Identification Number 02120304806 (Syria); alt. Identification Number

N006695928 (Syria); alt. Identification Number 99071138750 (Turkey) (individual) [SDGT].

ALSHABAN, Hasan Suliman (a.k.a. AL-SHABAN, Hasan), Manbij, Syria; Sahinbey, Gaziantep, Turkey; DOB 07 Jan 1987; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02812L004397 (Syria); Identification Number 02120304806 (Syria); alt. Identification Number N006695928 (Syria); alt. Identification Number 99071138750 (Turkey) (individual) [SDGT].

AL-SHA'BANI, Badran Turki Hisham al-Mazidih (a.k.a. AL MAZIDIH, Badran Turki Hishan; a.k.a. AL MEZIDI, Badran Turki Hishan; a.k.a. AL-MAZIDIH, Badran Turki al-Hishan; a.k.a. AL-TURKI, Badran; a.k.a. HISHAM, Badran al-Turki; a.k.a. HISHAN, Badran Turki; a.k.a. SHALASH, Badran Turki Hayshan; a.k.a. "ABU 'ABDALLAH"; a.k.a. "ABU ABDULLAH"; a.k.a. "ABU 'AZZAM"; a.k.a. "ABU GHADIYAH"), Zabadani, Syria; DOB 1977; alt. DOB 1978; alt. DOB 1979; POB Mosul, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SHABANI, Bashir Abd al Kazim Alwan (a.k.a. ALSHABBANI, Basheer; a.k.a. AL-SHABBANI, Basheer Abdulkadhim Alwan; a.k.a. SHABBAN, Basheer), Baghdad, Iraq; DOB 01 May 1986; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A14930891 (Iraq) expires 27 Jan 2027; alt. Passport A9836915 (Iraq) expires 19 Aug 2024; National ID No. AA2889593 (Iraq) expires 21 Oct 2026 (individual) [SDGT] (Linked To: FLY BAGHDAD AIRLINES COMPANY).

ALSHABBANI, Basheer (a.k.a. AL-SHABANI, Bashir Abd al Kazim Alwan; a.k.a. AL-SHABBANI, Basheer Abdulkadhim Alwan; a.k.a. SHABBAN, Basheer), Baghdad, Iraq; DOB 01 May 1986; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A14930891 (Iraq) expires 27 Jan 2027; alt. Passport A9836915 (Iraq) expires 19 Aug 2024; National ID No. AA2889593 (Iraq) expires 21 Oct 2026 (individual) [SDGT] (Linked To: FLY BAGHDAD AIRLINES COMPANY).

AL-SHABBANI, Basheer Abdulkadhim Alwan (a.k.a. AL-SHABANI, Bashir Abd al Kazim Alwan; a.k.a. ALSHABBANI, Basheer; a.k.a. SHABBAN, Basheer), Baghdad, Iraq; DOB 01

May 1986; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A14930891 (Iraq) expires 27 Jan 2027; alt. Passport A9836915 (Iraq) expires 19 Aug 2024; National ID No. AA2889593 (Iraq) expires 21 Oct 2026 (individual) [SDGT] (Linked To: FLY BAGHDAD AIRLINES COMPANY).

AL-SHABBIHAH (a.k.a. SHABBIHA; a.k.a. SHABBIHAH; a.k.a. SHABEEHA; a.k.a. SHABIHA), Syria [PAARSSR-EO13894].

AL-SHA'BI COMMITTEES (a.k.a. JAYSH AL-SHAAB; a.k.a. JAYSH AL-SHA'BI; a.k.a. JISH SHAABI; a.k.a. SHA'BI COMMITTEES; a.k.a. SHA'BI FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCES; a.k.a. "ARMY OF THE PEOPLE"; a.k.a. "PEOPLE'S ARMY"; a.k.a. "POPULAR COMMITTEES"; a.k.a. "POPULAR FORCES"; a.k.a. "SHA'BI"; a.k.a. "THE POPULAR ARMY"), Syria [PAARSSR-EO13894].

ALSHAER, Abdullah Mesfer Saleh (a.k.a. ABDELMAJEED, Abu; a.k.a. AL-SHAER, Abdullah Mesfer Saleh (Arabic: عبدالله مسفر صالح الشاعر); a.k.a. AL-SHA'IR, 'Abdallah Misfir Salih), Yemen; DOB 01 Jan 1980; POB Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-SHAER, Abdullah Mesfer Saleh (Arabic: عبدالله مسفر صالح الشاعر) (a.k.a. ABDELMAJEED, Abu; a.k.a. ALSHAER, Abdullah Mesfer Saleh; a.k.a. AL-SHA'IR, 'Abdallah Misfir Salih), Yemen; DOB 01 Jan 1980; POB Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-SHAER, Ali (a.k.a. AL-SHA'IR, Ali), Sultanah, Bint Jbeil, Nabatieh, Lebanon; DOB 26 Jan 1967; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000013901514 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-SHAER, Saleh (a.k.a. ALSHAER, Saleh Mesfer; a.k.a. ALSHAER, Saleh Mesfer Saleh; a.k.a. AL-SHAER, Salih Misfer; a.k.a. "ABU

YASSER"), Sana'a, Yemen; DOB 1965; alt. DOB 1966; alt. DOB 1967; POB Razih District, Saada Governorate, Yemen; nationality Yemen; Gender Male (individual) [YEMEN].

ALSHAER, Saleh Mesfer (a.k.a. AL-SHAER, Saleh; a.k.a. ALSHAER, Saleh Mesfer Saleh; a.k.a. AL-SHAER, Salih Misfer; a.k.a. "ABU YASSER"), Sana'a, Yemen; DOB 1965; alt. DOB 1966; alt. DOB 1967; POB Razih District, Saada Governorate, Yemen; nationality Yemen; Gender Male (individual) [YEMEN].

ALSHAER, Saleh Mesfer Saleh (a.k.a. AL-SHAER, Saleh; a.k.a. ALSHAER, Saleh Mesfer; a.k.a. AL-SHAER, Salih Misfer; a.k.a. "ABU YASSER"), Sana'a, Yemen; DOB 1965; alt. DOB 1966; alt. DOB 1967; POB Razih District, Saada Governorate, Yemen; nationality Yemen; Gender Male (individual) [YEMEN].

AL-SHAER, Salih Misfer (a.k.a. AL-SHAER, Saleh; a.k.a. ALSHAER, Saleh Mesfer; a.k.a. ALSHAER, Saleh Mesfer Saleh; a.k.a. "ABU YASSER"), Sana'a, Yemen; DOB 1965; alt. DOB 1966; alt. DOB 1967; POB Razih District, Saada Governorate, Yemen; nationality Yemen; Gender Male (individual) [YEMEN].

ALSHAHARE, Ahmed Khaled Yahya (a.k.a. AL-SHAHARE, Ahmed Khaled Yahya), Guangzhou, China; DOB 1990; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 06085991 (Yemen) expires 14 Mar 2022 (individual) [SDGT] (Linked To: GUANGZHOU ALSHAHARI UNITED CORPORATION LIMITED).

AL-SHAHARE, Ahmed Khaled Yahya (a.k.a. ALSHAHARE, Ahmed Khaled Yahya), Guangzhou, China; DOB 1990; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 06085991 (Yemen) expires 14 Mar 2022 (individual) [SDGT] (Linked To: GUANGZHOU ALSHAHARI UNITED CORPORATION LIMITED).

AL-SHAHARI UNITED CORPORATION LTD, Office 602, Al Kinddy Tower, Haddah Street, Sanaa, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2016; Organization Type: Other transportation support activities [SDGT] (Linked To: ANSARALLAH).

AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES (a.k.a. AL-

SHAHID CORPORATION; a.k.a. BONYAD SHAHID; a.k.a. BONYAD-E SHAHID; a.k.a. BONYAD-E SHAHID VA ISARGARAN; a.k.a. ES-SHAHID; a.k.a. IRANIAN MARTYRS FUND; a.k.a. MARTYRS FOUNDATION; a.k.a. SHAHID FOUNDATION; a.k.a. SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION), P.O. Box 15815-1394, Tehran 15900, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION (a.k.a. AL-MUA'ASSAT AL-SHAHID; a.k.a. AL-SHAHID FOUNDATION; a.k.a. AL-SHAHID ORGANIZATION; a.k.a. HIZBALLAH MARTYRS FOUNDATION; a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNDATION; a.k.a. LEBANESE MARTYR ASSOCIATION; a.k.a. LEBANESE MARTYR FOUNDATION; a.k.a. MARTYRS FOUNDATION IN LEBANON; a.k.a. MARTYRS INSTITUTE), P.O. Box 110 24, Bir al-Abed, Beirut, Lebanon; Biqa' Valley, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-SHAHID CORPORATION (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES; a.k.a. BONYAD SHAHID; a.k.a. BONYAD-E SHAHID; a.k.a. BONYAD-E SHAHID VA ISARGARAN; a.k.a. ES-SHAHID; a.k.a. IRANIAN MARTYRS FUND; a.k.a. MARTYRS FOUNDATION; a.k.a. SHAHID FOUNDATION; a.k.a. SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION), P.O. Box 15815-1394, Tehran 15900, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

AL-SHAHID FOUNDATION (a.k.a. AL-MUA'ASSAT AL-SHAHID; a.k.a. AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION;

a.k.a. AL-SHAHID ORGANIZATION; a.k.a. HIZBALLAH MARTYRS FOUNDATION; a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNDATION; a.k.a. LEBANESE MARTYR ASSOCIATION; a.k.a. LEBANESE MARTYR FOUNDATION; a.k.a. MARTYRS FOUNDATION IN LEBANON; a.k.a. MARTYRS INSTITUTE), P.O. Box 110 24, Bir al-Abed, Beirut, Lebanon; Biqa' Valley, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-SHAHID FOUNDATION- PALESTINIAN BRANCH (a.k.a. MUASSASAT SHAHID FILISTIN; a.k.a. PALESTINIAN MARTYRS FOUNDATION; a.k.a. PALESTINIAN MARTYRS INSTITUTION GROUP; a.k.a. SHAHID FUND), Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-SHAHID ORGANIZATION (a.k.a. AL-MUA'ASSAT AL-SHAHID; a.k.a. AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION; a.k.a. AL-SHAHID FOUNDATION; a.k.a. HIZBALLAH MARTYRS FOUNDATION; a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNDATION; a.k.a. LEBANESE MARTYR ASSOCIATION; a.k.a. LEBANESE MARTYR FOUNDATION; a.k.a. MARTYRS FOUNDATION IN LEBANON; a.k.a. MARTYRS INSTITUTE), P.O. Box 110 24, Bir al-Abed, Beirut, Lebanon; Biqa' Valley, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-SHAHID SOCIAL ASSOCIATION (f.k.a. EDUCATIONAL DEVELOPMENT ASSOCIATION; a.k.a. GOODWILL CHARITABLE ORGANIZATION, INC.), 13106 Warren Ave. Suite #4, Dearborn, MI 48126, United States; PO Box 1794, Dearborn, MI 48126, United States; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-SHAHID, Abu-Ahmad (a.k.a. AL-AMRIKI, Abu-Ahmad; a.k.a. AL-HAWEN, Abu-Ahmad; a.k.a. AL-MAGHRIBI, Rashid; a.k.a. HIJAZI, Raed M; a.k.a. HIJAZI, Riad), Jordan; DOB 1968; POB California, USA; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; SSN 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 (United States) (individual) [SDGT].

AL-SHA'IR, 'Abdallah Misfir Salih (a.k.a. ABDELMAJEED, Abu; a.k.a. ALSHAER, Abdullah Mesfer Saleh; a.k.a. AL-SHAER, Abdullah Mesfer Saleh (Arabic: عبدالله مسفر صالح الشاعر)), Yemen; DOB 01 Jan 1980; POB Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-SHA'IR, Ali (a.k.a. AL-SHAER, Ali), Sultanah, Bint Jbeil, Nabatieh, Lebanon; DOB 26 Jan 1967; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000013901514 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-SHA'IRI, Husayn Al-Salihin Salih (a.k.a. AL-SHA'ARI, Hasan al-Salahayn Salih; a.k.a. "ABU-HABIB, Hasan"; a.k.a. "AL-LIBI, Abu-Habib"; a.k.a. "AL-SALIHIN, Habib"); DOB 01 Jan 1975 to 31 Dec 1975; POB Darna, Libya; citizen Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 542858 (Libya); Personal ID Card 55252 (Libya) (individual) [SDGT].

AL-SHAKHAN, Fuad Ahmad Nuri Ali (a.k.a. AL-CHAMCHAMALI, Bilal; a.k.a. "KARIM, Mam"; a.k.a. "KIRKUKI, Bilal"), Iran; DOB 10 Aug 1979; POB Gadir Karam, Tuz Khurmatu, Sala Ad-Din Province, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 00060543 (Iraq) (individual) [SDGT].

AL-SHALISH, Dhu Al-Himma (a.k.a. AL-HEMMEH, Thu; a.k.a. SHALEESH, Dhu Himma; a.k.a. SHALEESH, Thu Al Hima; a.k.a. SHALISH, Dhu Al Himma; a.k.a. SHALISH, Dhuil Himma; a.k.a. SHALISH, Zuhayr; a.k.a. SHALISH, Zuhilma), Damascus, Syria; DOB 1955 to 1957; POB Al-Ladhiqiyah, Syria; nationality Syria; Brigadier General; Major General (individual) [IRAQ2].

AL-SHALISH, Dr. Asef (a.k.a. ISSA, Assef; a.k.a. SHALEESH, Asef Isa; a.k.a. SHALEESH, Dr. Assef Essa; a.k.a. SHALISH, Asif), Damascus, Syria; DOB 01 Jan 1959; nationality Syria; Passport 4713277 (Syria) (individual) [IRAQ2].

AL-SHAM AND AL-DARWISH COMPANY (a.k.a. AL-QATIRJI COMPANY; a.k.a. KATERJI GROUP COMPANY; a.k.a. KATERJI GROUP LTD; a.k.a. KHATIRJI GROUP), Mazzah, Damascus, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Activities of holding companies [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL-SHAM COMPANY (a.k.a. AL SHAM COMPANY; a.k.a. CHAM HOLDING; a.k.a. CHAM INVESTMENT GROUP; a.k.a. SHAM HOLDING COMPANY SAL; a.k.a. "CHAM"; a.k.a. "SHAM HOLDING"), Cham Holding Building, Daraa Highway, Sahnaya Area, P.O. Box 9525, Damascus, Syria [PAARSSR-EO13894].

AL-SHAM WINGS (a.k.a. AJNEHAT AL SHAM; a.k.a. CHAM WINGS (Arabic: أجنحة الشام); a.k.a. CHAM WINGS AIRLINES (Arabic: أجنحة الشام للطيران); f.k.a. SHAM WING AIRLINES), Al Fardous Street, Damascus, Syria; Saadoon Street, Baghdad, Iraq; 8 March Street, Lattakia, Syria; Hai Al Gharbi-Alraees Street, Kamishli, Syria; P.O. Box 1620 Tal-Kurdi, Adra, Damascus, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 14683 (Syria) [SDGT] (Linked To: SHAMMOUT, Issam).

AL-SHAMI, Abdul Qader (a.k.a. AL SHAMI, Abdelkader Kassim Ahmed; a.k.a. AL-SHAMI, Abdulqader), Yemen; DOB 10 Oct 1954; POB Yemen; nationality Yemen; Gender Male (individual) [GLOMAG].

AL-SHAMI, Abdulqader (a.k.a. AL SHAMI, Abdelkader Kassim Ahmed; a.k.a. AL-SHAMI, Abdul Qader), Yemen; DOB 10 Oct 1954; POB Yemen; nationality Yemen; Gender Male (individual) [GLOMAG].

AL-SHAMI, Abu-Malik (a.k.a. AL-ANSARI, Abu-Malik; a.k.a. AL-TALLI, Abu-Malik; a.k.a. ZAYNIYAH, Jamal Husayn), Al-Qalamun, Syria; DOB 17 Aug 1972; alt. DOB 01 Jan 1972; POB Al-Tal, Syria; alt. POB Tell Mnin, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 3987189 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-SHAMI, Abu-Muhammad al-Adnani (a.k.a. AL-ADNANI, Abu Mohamed; a.k.a. AL-ADNANI, Abu Mohammad; a.k.a. AL-ADNANI, Abu Mohammed; a.k.a. AL-BANSHI, Taha; a.k.a. AL-KHATAB, Abu Baker; a.k.a. AL-RAWI, Abu Sadek; a.k.a. AL-RAWI, Yasser Khalaf Hussein Nazal; a.k.a. FALAH, Jaber Taha; a.k.a. FALAHA, Taha Sobhi), Syria; Iraq; DOB 1977; POB Banash, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SHAMI, Ahmad; DOB 1965; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SHAMI, Faruk (a.k.a. ASH-SHAMI, Faruk; a.k.a. FAYZIMATOV, Farrukh Furkatovitch; a.k.a. FAYZIMATOV, Faruk Furkatovich; a.k.a. SHAMI, Faruk; a.k.a. SHAMI, Faruq (Cyrillic: ШАМИ, Фарук)), Idlib, Syria; DOB 02 Mar 1996; citizen Tajikistan; Gender Male; Digital Currency Address - XBT 17a5bpKvEp1j1Trs4qTbcNZrby53JbaS9C; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SHAMI, Haj Husayn (a.k.a. AL-SHAMI, Husayn; a.k.a. AL-SHAMY, Husayn; a.k.a. ASHAMI, Husayn; a.k.a. SHAIMI, Husayn; a.k.a. SHAMAI, Husayn; a.k.a. SHAMY, Husayn), Lebanon; DOB 1948; alt. DOB 1954; alt. DOB 1960; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SHAMI, Husayn (a.k.a. AL-SHAMI, Haj Husayn; a.k.a. AL-SHAMY, Husayn; a.k.a. ASHAMI, Husayn; a.k.a. SHAIMI, Husayn; a.k.a. SHAMAI, Husayn; a.k.a. SHAMY, Husayn), Lebanon; DOB 1948; alt. DOB 1954; alt. DOB 1960; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SHAMMARI (a.k.a. AL-JIBURI, Muyassir; a.k.a. AL-JUBURI, Maysar Ali Musa Abdallah; a.k.a. AL-QAHTANI, Mus'ab; a.k.a. AL-SHAMMARI, Muyassir; a.k.a. HARARA, Muyassir; a.k.a. HASSAN, Muhammad Khalid); DOB 01 Jun 1976; POB Al-Shura, Mosul, Iraq; alt. POB Harara, Ninawa Province, Iraq; citizen Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SHAMMARI, Hamad Awad Dahi Sarhan (a.k.a. "AL-KUWAITI, Abu Uqlah"); DOB 31 Jan 1984; citizen Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 155454275 (Kuwait); Identification Number 284013101406 (Kuwait) (individual) [SDGT].

AL-SHAMMARI, Muhammad (a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shiryan; a.k.a. AL-ANIZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharban; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. ALENEZI, Mohammad H A F; a.k.a. "AL-KUWAITI, Abu Hudhayfa"; a.k.a. "HUDAYTH, Abu"; a.k.a. "HUDHAYFAH, Abu"), Kuwait; DOB 26 May 1986; nationality Kuwait; citizen Kuwait; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-SHAMMARI, Muyassir (a.k.a. AL-JIBURI, Muyassir; a.k.a. AL-JUBURI, Maysar Ali Musa Abdallah; a.k.a. AL-QAHTANI, Mus'ab; a.k.a. AL-SHAMMARI; a.k.a. HARARA, Muyassir; a.k.a. HASSAN, Muhammad Khalid); DOB 01 Jun 1976; POB Al-Shura, Mosul, Iraq; alt. POB Harara, Ninawa Province, Iraq; citizen Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SHAMMARI, Nasr (a.k.a. HUTHELE, Nasr Mohsen Ali), Baghdad, Iraq; DOB 27 Jan 1970; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Passport A10575538 (Iraq) issued 09 Oct 2016 expires 07 Oct 2024; alt. Passport G2667703 (Iraq) issued 21 Feb 2009 expires 20 Feb 2017 (individual) [SDGT] (Linked To: HARAKAT AL-NUJABA).

AL-SHAMMARI, Sa'ad Uwayyid 'Ubayd Mu'jil (a.k.a. ABU HAMMUDI AL-SHAMMARI; a.k.a. SA'AD AL-SHAMMARI; a.k.a. "ABU KHALAF"; a.k.a. "SAAD OWAIED OBAID"), Tal Hamis, Syria; 'Awinat Village, Rabi'ah District, Iraq; Tal Wardan, Iraq; DOB 03 Jul 1972; POB Tal Wardan, Ninevah, Iraq; alt. POB Tal Afar, Ninevah, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SHAMY, Husayn (a.k.a. AL-SHAMI, Haj Husayn; a.k.a. AL-SHAMI, Husayn; a.k.a. ASHAMI, Husayn; a.k.a. SHAIMI, Husayn; a.k.a. SHAMAI, Husayn; a.k.a. SHAMY, Husayn), Lebanon; DOB 1948; alt. DOB 1954; alt. DOB 1960; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SHANQITI, Khalid (a.k.a. AL-WALID, Mafouz Walad; a.k.a. AL-WALID, Mahfouz Ould (Arabic: محفوظ ولد الوليد); a.k.a. "ABU HAFS THE MAURITANIAN"), Mauritania; DOB 01 Jan 1975; POB Mauritania; nationality Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SHAQRA, Abu Hatim (a.k.a. AL-HAYES, Ahmad Ihsan Fayyad (Arabic: أحمد إحسان فياض الهايس); a.k.a. AL-HAYES, Ahmed Ihsan Fayyad; a.k.a. SHAKRA, Abu Hatem; a.k.a. SHAQRA, Abu Hatim; a.k.a. SHAQRA, Abu Hattam), Syria; DOB 1987; POB Al-Shaqra, Deir ez-Zor, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894] (Linked To: AHRAR AL-SHARQIYA).

AL-SHARAFI AL-AZRAQ, Zaid 'Ali Yahiya (a.k.a. AL-SHARAFI, Zayd 'Ali Ahmed), Sana'a, Yemen; DOB 15 Mar 1989; POB Al Hudaydah Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 13398992 (Yemen); alt. Passport RE0138931 (Saint Kitts and Nevis) (individual) [SDGT] (Linked To: ANSARALLAH).

AL-SHARAFI OIL (a.k.a. AL SHARAFI OIL COMPANIES SERVICES; a.k.a. AL-SHARAFI

OIL FOR IMPORTING PETROLEUM DERIVATIVES), Sana'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2/34074 (Yemen) [SDGT] (Linked To: ANSARALLAH).

AL-SHARAFI OIL FOR IMPORTING PETROLEUM DERIVATIVES (a.k.a. AL SHARAFI OIL COMPANIES SERVICES; a.k.a. AL-SHARAFI OIL), Sana'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2/34074 (Yemen) [SDGT] (Linked To: ANSARALLAH).

AL-SHARAFI, Zayd 'Ali Ahmed (a.k.a. AL-SHARAFI AL-AZRAQ, Zaid 'Ali Yahiya), Sana'a, Yemen; DOB 15 Mar 1989; POB Al Hudaydah Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 13398992 (Yemen); alt. Passport RE0138931 (Saint Kitts and Nevis) (individual) [SDGT] (Linked To: ANSARALLAH).

ALSHAREKH, Abdul Mohsen Abdullah Ibrahim (a.k.a. AL CHAREKH, Abdul Mohsen Abdallah Ibrahim; a.k.a. AL-NAJDI, Abd-al-Latif; a.k.a. AL-NASR, Sanafi; a.k.a. AL-SHARIKH, Abd-al-Muhsin Abdallah; a.k.a. AL-SHARIKH, Abdul Mohsen Abdullah Ibrahim; a.k.a. "KARIMI, Ali"); DOB 12 Jul 1985; alt. DOB 13 Jul 1985; alt. DOB 07 Dec 1985; POB Shagraa, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G895402; National ID No. 1050433349 (Saudi Arabia) (individual) [SDGT].

AL-SHARIF, Sa'd Abdullah Hussein; DOB 1969; alt. DOB 1963; alt. DOB 11 Feb 1964; POB Al-Medinah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B 960789; alt. Passport G 649385 issued 08 Sep 2006 expires 17 Jul 2011 (individual) [SDGT].

AL-SHARIKH, Abd-al-Muhsin Abdallah (a.k.a. AL CHAREKH, Abdul Mohsen Abdallah Ibrahim; a.k.a. AL-NAJDI, Abd-al-Latif; a.k.a. AL-NASR, Sanafi; a.k.a. ALSHAREKH, Abdul Mohsen Abdullah Ibrahim; a.k.a. AL-SHARIKH, Abdul Mohsen Abdullah Ibrahim; a.k.a. "KARIMI, Ali"); DOB 12 Jul 1985; alt. DOB 13 Jul 1985; alt. DOB 07 Dec 1985; POB Shagraa, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886; Passport G895402; National ID No. 1050433349 (Saudi Arabia) (individual) [SDGT].

AL-SHARIKH, Abdul Mohsen Abdullah Ibrahim (a.k.a. AL CHAREKH, Abdul Mohsen Abdallah Ibrahim; a.k.a. AL-NAJDI, Abd-al-Latif; a.k.a. AL-NASR, Sanafi; a.k.a. ALSHAREKH, Abdul Mohsen Abdullah Ibrahim; a.k.a. AL-SHARIKH, Abd-al-Muhsin Abdallah; a.k.a. "KARIMI, Ali"); DOB 12 Jul 1985; alt. DOB 13 Jul 1985; alt. DOB 07 Dec 1985; POB Shagraa, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G895402; National ID No. 1050433349 (Saudi Arabia) (individual) [SDGT].

AL-SHARQI, Abdulrahman (a.k.a. SIHAB, Ahmed Abdulrahman Sihab Ahmed); DOB 16 Aug 1983; POB Muharraq, Bahrain; nationality Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1732174 (Bahrain) issued 20 Aug 2007 (individual) [SDGT].

AL-SHATIWI, Jamal (a.k.a. ABD AL-RAHMAN, Atiyah; a.k.a. AL-LIBI, 'Atiyah 'Abd al-Rahman; a.k.a. AL-SHITAYWI, Jamal Ibrahim Muhammad; a.k.a. AL-SHITIWI, Jamal; a.k.a. AL-SHTIWI, Jamal; a.k.a. "AL-LIBI, Shaykh Mahmud"); DOB 1969; alt. DOB 1965; alt. DOB 1966; alt. DOB 1967; alt. DOB 1957; alt. DOB 1958; alt. DOB 1959; alt. DOB 1960; POB Misrata, Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SHATTI, Jamal Husayn 'Abd 'Ali 'Abd-al-Rahim (a.k.a. ALSHATTI, Jamal Hussein Abd Ali; a.k.a. "ALSHUTTI, Jamal H A A A"), Kuwait; DOB 20 Aug 1964; nationality Kuwait; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 004465264 (Kuwait) expires 13 Dec 2021; National ID No. 264082000213 (Kuwait) (individual) [SDGT] (Linked To: HIZBALLAH).

ALSHATTI, Jamal Hussein Abd Ali (a.k.a. AL-SHATTI, Jamal Husayn 'Abd 'Ali 'Abd-al-Rahim; a.k.a. "ALSHUTTI, Jamal H A A A"), Kuwait; DOB 20 Aug 1964; nationality Kuwait; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 004465264 (Kuwait) expires 13 Dec 2021; National ID No. 264082000213 (Kuwait) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-SHAVA, Amar (a.k.a. ALSHAVA, Amer; a.k.a. AL-SHAVA, Amer; a.k.a. AL-SHAWA, Amer; a.k.a. ALSHAWA, Amer Kamal Sharif; a.k.a. ALSHAWA, Amer Kamel), Turkey; DOB 29 Apr 1964; POB Kuwait; nationality Turkey; alt. nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U12937160 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

ALSHAVA, Amer (a.k.a. AL-SHAVA, Amar; a.k.a. AL-SHAVA, Amer; a.k.a. AL-SHAWA, Amer; a.k.a. ALSHAWA, Amer Kamal Sharif; a.k.a. ALSHAWA, Amer Kamel), Turkey; DOB 29 Apr 1964; POB Kuwait; nationality Turkey; alt. nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U12937160 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

AL-SHAVA, Amer (a.k.a. AL-SHAVA, Amar; a.k.a. ALSHAVA, Amer; a.k.a. AL-SHAWA, Amer; a.k.a. ALSHAWA, Amer Kamal Sharif; a.k.a. ALSHAWA, Amer Kamel), Turkey; DOB 29 Apr 1964; POB Kuwait; nationality Turkey; alt. nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U12937160 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

AL-SHAWA, Amer (a.k.a. AL-SHAVA, Amar; a.k.a. ALSHAVA, Amer; a.k.a. AL-SHAVA, Amer; a.k.a. ALSHAWA, Amer Kamal Sharif; a.k.a. ALSHAWA, Amer Kamel), Turkey; DOB 29 Apr 1964; POB Kuwait; nationality Turkey; alt. nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U12937160 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

ALSHAWA, Amer Kamal Sharif (a.k.a. AL-SHAVA, Amar; a.k.a. ALSHAVA, Amer; a.k.a. AL-SHAVA, Amer; a.k.a. AL-SHAWA, Amer; a.k.a. ALSHAWA, Amer Kamel), Turkey; DOB 29 Apr 1964; POB Kuwait; nationality Turkey; alt. nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Passport U12937160 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

ALSHAWA, Amer Kamel (a.k.a. AL-SHAVA, Amar; a.k.a. ALSHAVA, Amer; a.k.a. AL-SHAVA, Amer; a.k.a. AL-SHAWA, Amer; a.k.a. ALSHAWA, Amer Kamal Sharif), Turkey; DOB 29 Apr 1964; POB Kuwait; nationality Turkey; alt. nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U12937160 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

AL-SHAWAGH, 'Ali Musa (a.k.a. AL-'AUJAYD, Abdullah Shuwar; a.k.a. AL-SHAWAKH, Ali al-Hamoud; a.k.a. AL-SHAWAKH, Ali Musa; a.k.a. AL-SHAWAKH, Muhammad 'Ali; a.k.a. AL-SHAWWAKH, Ibrahim; a.k.a. "AL-HAMUD, 'Ali"; a.k.a. "AL-SAHL, Abu Luqman"; a.k.a. "AL-SURI, Abu Luqman"; a.k.a. "AWAS, Ali"; a.k.a. "AYYUB, Abu"; a.k.a. "DERWISH, 'Ali"; a.k.a. "HAMMUD, Ali"; a.k.a. "LUQMAN, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SHAWAKH, Ali al-Hamoud (a.k.a. AL-'AUJAYD, Abdullah Shuwar; a.k.a. AL-SHAWAGH, 'Ali Musa; a.k.a. AL-SHAWAKH, Ali Musa; a.k.a. AL-SHAWAKH, Muhammad 'Ali; a.k.a. AL-SHAWWAKH, Ibrahim; a.k.a. "AL-HAMUD, 'Ali"; a.k.a. "AL-SAHL, Abu Luqman"; a.k.a. "AL-SURI, Abu Luqman"; a.k.a. "AWAS, Ali"; a.k.a. "AYYUB, Abu"; a.k.a. "DERWISH, 'Ali"; a.k.a. "HAMMUD, Ali"; a.k.a. "LUQMAN, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SHAWAKH, Ali Musa (a.k.a. AL-'AUJAYD, Abdullah Shuwar; a.k.a. AL-SHAWAGH, 'Ali Musa; a.k.a. AL-SHAWAKH, Ali al-Hamoud; a.k.a. AL-SHAWAKH, Muhammad 'Ali; a.k.a. AL-SHAWWAKH, Ibrahim; a.k.a. "AL-HAMUD, 'Ali"; a.k.a. "AL-SAHL, Abu Luqman"; a.k.a. "AL-SURI, Abu Luqman"; a.k.a. "AWAS, Ali"; a.k.a. "AYYUB, Abu"; a.k.a. "DERWISH, 'Ali"; a.k.a. "HAMMUD, Ali"; a.k.a. "LUQMAN, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SHAWAKH, Muhammad 'Ali (a.k.a. AL-'AUJAYD, Abdullah Shuwar; a.k.a. AL-SHAWAGH, 'Ali Musa; a.k.a. AL-SHAWAKH, Ali al-Hamoud; a.k.a. AL-SHAWAKH, Ali Musa; a.k.a. AL-SHAWWAKH, Ibrahim; a.k.a. "AL-HAMUD, 'Ali"; a.k.a. "AL-SAHL, Abu Luqman"; a.k.a. "AL-SURI, Abu Luqman"; a.k.a. "AWAS, Ali"; a.k.a. "AYYUB, Abu"; a.k.a. "DERWISH, 'Ali"; a.k.a. "HAMMUD, Ali"; a.k.a. "LUQMAN, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SHAWWAKH, Ibrahim (a.k.a. AL-'AUJAYD, Abdullah Shuwar; a.k.a. AL-SHAWAGH, 'Ali Musa; a.k.a. AL-SHAWAKH, Ali al-Hamoud; a.k.a. AL-SHAWAKH, Ali Musa; a.k.a. AL-SHAWAKH, Muhammad 'Ali; a.k.a. "AL-HAMUD, 'Ali"; a.k.a. "AL-SAHL, Abu Luqman"; a.k.a. "AL-SURI, Abu Luqman"; a.k.a. "AWAS, Ali"; a.k.a. "AYYUB, Abu"; a.k.a. "DERWISH, 'Ali"; a.k.a. "HAMMUD, Ali"; a.k.a. "LUQMAN, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SHAYBANI, Abu Mustafa (a.k.a. AL-ATTABI, Hameid Thajeil Wareij; a.k.a. AL-SHAYBANI, Hamid; a.k.a. AL-SHEBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Hamid Thajeel; a.k.a. AL-SHEIBANI, Mustafa; a.k.a. THAJIL, Hamid), Tehran, Iran; DOB circa 1959; alt. DOB circa 1960; POB Nasiriyah, Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-SHAYBANI, Hamid (a.k.a. AL-ATTABI, Hameid Thajeil Wareij; a.k.a. AL-SHAYBANI, Abu Mustafa; a.k.a. AL-SHEBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Hamid Thajeel; a.k.a. AL-SHEIBANI, Mustafa; a.k.a. THAJIL, Hamid), Tehran, Iran; DOB circa 1959; alt. DOB circa 1960; POB Nasiriyah, Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

ALSHEAK, Omar (a.k.a. AL-SHEIKH, Jihad Issa; a.k.a. "ZAKKUR, Abu-Ahmad"; a.k.a. "ZAKOUR, Abu Ahmed"), Kilis Province, Turkey; DOB 05 Jan 1979; POB Aleppo, Syria; nationality Syria; Gender Male; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 011965412 (Syria) (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-SHEBANI, Abu Mustafa (a.k.a. AL-ATTABI, Hameid Thajeil Wareij; a.k.a. AL-SHAYBANI, Abu Mustafa; a.k.a. AL-SHAYBANI, Hamid; a.k.a. AL-SHEIBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Hamid Thajeel; a.k.a. AL-SHEIBANI, Mustafa; a.k.a. THAJIL, Hamid), Tehran, Iran; DOB circa 1959; alt. DOB circa 1960; POB Nasiriyah, Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

ALSHEHRI, Waleed Abdullah M. (a.k.a. ALSEHRI, Waleed Abdullah M.); DOB 05 Nov 1980; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport R120404 (Saudi Arabia) issued 31 May 2015 expires 06 Apr 2020 (individual) [GLOMAG].

AL-SHEIBANI, Abu Mustafa (a.k.a. AL-ATTABI, Hameid Thajeil Wareij; a.k.a. AL-SHAYBANI, Abu Mustafa; a.k.a. AL-SHAYBANI, Hamid; a.k.a. AL-SHEBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Hamid Thajeel; a.k.a. AL-SHEIBANI, Mustafa; a.k.a. THAJIL, Hamid), Tehran, Iran; DOB circa 1959; alt. DOB circa 1960; POB Nasiriyah, Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-SHEIBANI, Hamid Thajeel (a.k.a. AL-ATTABI, Hameid Thajeil Wareij; a.k.a. AL-SHAYBANI, Abu Mustafa; a.k.a. AL-SHAYBANI, Hamid; a.k.a. AL-SHEBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Mustafa; a.k.a. THAJIL, Hamid), Tehran, Iran; DOB circa 1959; alt. DOB circa 1960; POB Nasiriyah, Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-SHEIBANI, Mustafa (a.k.a. AL-ATTABI, Hameid Thajeil Wareij; a.k.a. AL-SHAYBANI, Abu Mustafa; a.k.a. AL-SHAYBANI, Hamid; a.k.a. AL-SHEBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Hamid Thajeel; a.k.a. THAJIL, Hamid), Tehran, Iran; DOB circa 1959; alt. DOB circa 1960; POB Nasiriyah, Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-SHEIKH, Jihad Issa (a.k.a. ALSHEAK, Omar; a.k.a. "ZAKKUR, Abu-Ahmad"; a.k.a. "ZAKOUR, Abu Ahmed"), Kilis Province,

Turkey; DOB 05 Jan 1979; POB Aleppo, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 011965412 (Syria) (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

ALSHEVSKIH, Andrey Gennadyevich (Cyrillic: АЛЬШЕВСКИХ, Андрей Геннадьевич), Russia; DOB 14 May 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AL-SHIHABI, Usama Amin (a.k.a. AL-SHIHABI, Usamah Amin; a.k.a. AL-SHOUHABI, Ossama Amin; a.k.a. "DAJANAH, Abu"), Lebanon; DOB 1971; alt. DOB 1970; alt. DOB 1972; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SHIHABI, Usamah Amin (a.k.a. AL-SHIHABI, Usama Amin; a.k.a. AL-SHOUHABI, Ossama Amin; a.k.a. "DAJANAH, Abu"), Lebanon; DOB 1971; alt. DOB 1970; alt. DOB 1972; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SHISHANI, Abu Umar (a.k.a. AL-SHISHANI, Omar; a.k.a. BATIRASHVILI, Tarkhan; a.k.a. BATIRASHVILI, Tarkhan Tayumurazovich; a.k.a. BATYRASHVILI, Tarkhan Tayumurazovich; a.k.a. SHISHANI, Omar; a.k.a. SHISHANI, Umar; a.k.a. "Abu Hudhayfah"; a.k.a. "Abu Umar"; a.k.a. "Chechen Omar"; a.k.a. "Omar the Chechen"; a.k.a. "Omer the Chechen"; a.k.a. "Umar the Chechen"); DOB 11 Jan 1986; alt. DOB 1982; POB Akhmeta, Village Birkiani, Georgia; citizen Georgia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 09AL14455 (Georgia) expires 26 Jun 2019; National ID No. 08001007864 (Georgia) (individual) [SDGT].

AL-SHISHANI, Muslim Abu al-Walid (a.k.a. MADAEV, Lova; a.k.a. MADAEV, Murad; a.k.a. MADAYEV, Murad Akhmadovich; a.k.a. MARGOSHVILI, Lova; a.k.a. MARGOSHVILI, Murad; a.k.a. MARGOSHVILI, Murad Muslim Akhmetovich; a.k.a. MARGOSHVILI, Muslim Akhmetovich Georgik; a.k.a. MARGOSHVILI, Muslim Akmadovich; a.k.a. "Artur"; a.k.a. "Dzhordzhik"; a.k.a. "Dzhorzhik"; a.k.a. "Kus"; a.k.a. "Muslim Georgia"); DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia;

nationality Georgia; alt. nationality Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 08091001080 (individual) [SDGT].

AL-SHISHANI, Omar (a.k.a. AL-SHISHANI, Abu Umar; a.k.a. BATIRASHVILI, Tarkhan; a.k.a. BATIRASHVILI, Tarkhan Tayumurazovich; a.k.a. BATYRASHVILI, Tarkhan Tayumurazovich; a.k.a. SHISHANI, Omar; a.k.a. SHISHANI, Umar; a.k.a. "Abu Hudhayfah"; a.k.a. "Abu Umar"; a.k.a. "Chechen Omar"; a.k.a. "Omar the Chechen"; a.k.a. "Omer the Chechen"; a.k.a. "Umar the Chechen"); DOB 11 Jan 1986; alt. DOB 1982; POB Akhmeta, Village Birkiani, Georgia; citizen Georgia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 09AL14455 (Georgia) expires 26 Jun 2019; National ID No. 08001007864 (Georgia) (individual) [SDGT].

AL-SHITAYWI, Jamal Ibrahim Muhammad (a.k.a. ABD AL-RAHMAN, Atiyah; a.k.a. AL-LIBI, 'Atiyah 'Abd al-Rahman; a.k.a. AL-SHATIWI, Jamal; a.k.a. AL-SHITIWI, Jamal; a.k.a. AL-SHTIWI, Jamal; a.k.a. "AL-LIBI, Shaykh Mahmud"); DOB 1969; alt. DOB 1965; alt. DOB 1966; alt. DOB 1967; alt. DOB 1957; alt. DOB 1958; alt. DOB 1959; alt. DOB 1960; POB Misrata, Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SHITIWI, Jamal (a.k.a. ABD AL-RAHMAN, Atiyah; a.k.a. AL-LIBI, 'Atiyah 'Abd al-Rahman; a.k.a. AL-SHATIWI, Jamal; a.k.a. AL-SHITAYWI, Jamal Ibrahim Muhammad; a.k.a. AL-SHTIWI, Jamal; a.k.a. "AL-LIBI, Shaykh Mahmud"); DOB 1969; alt. DOB 1965; alt. DOB 1966; alt. DOB 1967; alt. DOB 1957; alt. DOB 1958; alt. DOB 1959; alt. DOB 1960; POB Misrata, Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALSHIVAN LINE TRADING FZE (Arabic: الشيفان لاين تريدنج م م ح), Office No. FZJOAB2405, Jebel Ali Free Zone, Dubai, United Arab Emirates; Organization Established Date 09 Dec 2019; Business Registration Number 181939 (United Arab Emirates); Economic Register Number (CBLS) 11489405 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

ALSHOFA, Ali Abdulnabi Ahmed Ebrahim M (a.k.a. AL-SHUFA, 'Ali 'Abd-al-Nabi), Iran; DOB 25 Jul 1991; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1934514 (Bahrain) expires 15 Apr 2019; National ID No. 910707480 (Bahrain) (individual) [SDGT] (Linked To: AL-ASHTAR BRIGADES).

AL-SHOUHABI, Ossama Amin (a.k.a. AL-SHIHABI, Usama Amin; a.k.a. AL-SHIHABI, Usamah Amin; a.k.a. "DAJANAH, Abu"), Lebanon; DOB 1971; alt. DOB 1970; alt. DOB 1972; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SHTIWI, Jamal (a.k.a. ABD AL-RAHMAN, Atiyah; a.k.a. AL-LIBI, 'Atiyah 'Abd al-Rahman; a.k.a. AL-SHATIWI, Jamal; a.k.a. AL-SHITAYWI, Jamal Ibrahim Muhammad; a.k.a. AL-SHITIWI, Jamal; a.k.a. "AL-LIBI, Shaykh Mahmud"); DOB 1969; alt. DOB 1965; alt. DOB 1966; alt. DOB 1967; alt. DOB 1957; alt. DOB 1958; alt. DOB 1959; alt. DOB 1960; POB Misrata, Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SHUFA, 'Ali 'Abd-al-Nabi (a.k.a. ALSHOFA, Ali Abdulnabi Ahmed Ebrahim M), Iran; DOB 25 Jul 1991; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1934514 (Bahrain) expires 15 Apr 2019; National ID No. 910707480 (Bahrain) (individual) [SDGT] (Linked To: AL-ASHTAR BRIGADES).

AL-SHUWAYKI, Muhammad 'Amir Muhammad Akram (a.k.a. AL CHWIKI, Mohamad Amer Mohamad Akram; a.k.a. ALCHWIKI, Amer; a.k.a. ALCHWIKI, Amer Mhd; a.k.a. ALCHWIKI, Mhd Amer; a.k.a. ALCHWIKI, Mohamad Amer; a.k.a. AL-SHWEIKI, Mohamad Amer; a.k.a. AL-SHWEIKI, Muhammad Omar; a.k.a. ALSHWIKI, Mhd Amer (Cyrillic: АЛЬШВИКИ, Мхд Амер); a.k.a. CHWIKI, Mohammad Amer; a.k.a. SHUWAYKI, Mohamad Amer; a.k.a. SHWEIKI, Mohammad Amer), 71 Linton Road, Acton, London W3 9HL, United Kingdom; Syria; DOB 04 Sep 1972; POB Damascus, Syria; nationality Syria; citizen Syria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions

Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N012430661; alt. Passport N010794545; alt. Passport N007024509; alt. Passport N005668098 (individual) [SDGT] [IRGC] [IFSR] (Linked To: GLOBAL VISION GROUP; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

AL-SHWEIKI, Mohamad Amer (a.k.a. AL CHWIKI, Mohamad Amer Mohamad Akram; a.k.a. ALCHWIKI, Amer; a.k.a. ALCHWIKI, Amer Mhd; a.k.a. ALCHWIKI, Mhd Amer; a.k.a. ALCHWIKI, Mohamad Amer; a.k.a. AL-SHUWAYKI, Muhammad 'Amir Muhammad Akram; a.k.a. AL-SHWEIKI, Muhammad Omar; a.k.a. ALSHWIKI, Mhd Amer (Cyrillic: АЛЬШВИКИ, Мхд Амер); a.k.a. CHWIKI, Mohammad Amer; a.k.a. SHUWAYKI, Mohamad Amer; a.k.a. SHWEIKI, Mohammad Amer), 71 Linton Road, Acton, London W3 9HL, United Kingdom; Syria; DOB 04 Sep 1972; POB Damascus, Syria; nationality Syria; citizen Syria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N012430661; alt. Passport N010794545; alt. Passport N007024509; alt. Passport N005668098 (individual) [SDGT] [IRGC] [IFSR] (Linked To: GLOBAL VISION GROUP; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

AL-SHWEIKI, Muhammad Omar (a.k.a. AL CHWIKI, Mohamad Amer Mohamad Akram; a.k.a. ALCHWIKI, Amer; a.k.a. ALCHWIKI, Amer Mhd; a.k.a. ALCHWIKI, Mhd Amer; a.k.a. ALCHWIKI, Mohamad Amer; a.k.a. AL-SHUWAYKI, Muhammad 'Amir Muhammad Akram; a.k.a. AL-SHWEIKI, Mohamad Amer; a.k.a. ALSHWIKI, Mhd Amer (Cyrillic: АЛЬШВИКИ, Мхд Амер); a.k.a. CHWIKI, Mohammad Amer; a.k.a. SHUWAYKI, Mohamad Amer; a.k.a. SHWEIKI, Mohammad Amer), 71 Linton Road, Acton, London W3 9HL, United Kingdom; Syria; DOB 04 Sep 1972; POB Damascus, Syria; nationality Syria; citizen Syria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt.

Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N012430661; alt. Passport N010794545; alt. Passport N007024509; alt. Passport N005668098 (individual) [SDGT] [IRGC] [IFSR] (Linked To: GLOBAL VISION GROUP; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

ALSHWIKI, Mhd Amer (Cyrillic: АЛЬШВИКИ, Мхд Амер) (a.k.a. AL CHWIKI, Mohamad Amer Mohamad Akram; a.k.a. ALCHWIKI, Amer; a.k.a. ALCHWIKI, Amer Mhd; a.k.a. ALCHWIKI, Mhd Amer; a.k.a. ALCHWIKI, Mohamad Amer; a.k.a. AL-SHUWAYKI, Muhammad 'Amir Muhammad Akram; a.k.a. AL-SHWEIKI, Mohamad Amer; a.k.a. AL-SHWEIKI, Muhammad Omar; a.k.a. CHWIKI, Mohammad Amer; a.k.a. SHUWAYKI, Mohamad Amer; a.k.a. SHWEIKI, Mohammad Amer), 71 Linton Road, Acton, London W3 9HL, United Kingdom; Syria; DOB 04 Sep 1972; POB Damascus, Syria; nationality Syria; citizen Syria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N012430661; alt. Passport N010794545; alt. Passport N007024509; alt. Passport N005668098 (individual) [SDGT] [IRGC] [IFSR] (Linked To: GLOBAL VISION GROUP; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

AL-SIBA'I, Hani Muhammad Yusuf (a.k.a. YUSUF, Hani al-Sayid Al-Sibai), United Kingdom; DOB 01 Mar 1961; POB Qaylubiyah, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SIFAWI, Yahya Rahim (a.k.a. RAHIM SAFAWI, Yahia; a.k.a. RAHIM-SAFAVI, Yahya; a.k.a. SAFAVI, Rahim; a.k.a. SAFAVI, Yahya Rahim; a.k.a. YAHYA RAHIM-SAFAVI, Seyyed; a.k.a. YAHYA SAFAVI, Sayed); DOB circa 1952; POB Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

AL-SINDHI, Abdallah (a.k.a. AL-SINDHI, Abdullah; a.k.a. AL-SINDI, Abdullah; a.k.a. AZMARAI, Umar Siddique Kathio; a.k.a. CHANDIO, Umar Kathio; a.k.a. CHANDUO, Umar; a.k.a. CHANDYO, Omar; a.k.a. KATHIO, Muhammad Umar; a.k.a. KATIO, Muhammad Umar Sidduque; a.k.a. OMER, Muhammad; a.k.a. SINDHI, 'Abdallah; a.k.a. UMAR, Muhammad), Karachi, Pakistan; Miram Shah, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1977; POB Saudi Arabia; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 466-77-221879 (Pakistan); alt. National ID No. 42201-015024707-7 (individual) [SDGT].

AL-SINDHI, Abdul Rehman (a.k.a. AL-SINDHI, Abdur Rahman; a.k.a. RAHMAN, Abdur; a.k.a. REHMAN, Abdul; a.k.a. REHMAN, Abdur; a.k.a. SINDHI, Abdul Rehman; a.k.a. SINDHI, Abdurahman; a.k.a. SINDI, Abdur Rehman; a.k.a. UR-REHMAN, Abd; a.k.a. YAMIN, Abdur Rehman Muhammad; a.k.a. "ABDULLAH SINDHI"), Karachi, Pakistan; DOB 03 Oct 1965; POB Mirpur Khas, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CV9157521 (Pakistan) issued 08 Sep 2008 expires 07 Sep 2013; National ID No. 44103-5251752-5 (Pakistan) (individual) [SDGT].

AL-SINDHI, Abdullah (a.k.a. AL-SINDHI, Abdallah; a.k.a. AL-SINDI, Abdullah; a.k.a. AZMARAI, Umar Siddique Kathio; a.k.a. CHANDIO, Umar Kathio; a.k.a. CHANDUO, Umar; a.k.a. CHANDYO, Omar; a.k.a. KATHIO, Muhammad Umar; a.k.a. KATIO, Muhammad Umar Sidduque; a.k.a. OMER, Muhammad; a.k.a. SINDHI, 'Abdallah; a.k.a. UMAR, Muhammad), Karachi, Pakistan; Miram Shah, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1977; POB Saudi Arabia; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 466-77-221879 (Pakistan); alt. National ID No. 42201-015024707-7 (individual) [SDGT].

AL-SINDHI, Abdur Rahman (a.k.a. AL-SINDHI, Abdul Rehman; a.k.a. RAHMAN, Abdur; a.k.a. REHMAN, Abdul; a.k.a. REHMAN, Abdur; a.k.a. SINDHI, Abdul Rehman; a.k.a. SINDHI,

Abdurahman; a.k.a. SINDI, Abdur Rehman; a.k.a. UR-REHMAN, Abd; a.k.a. YAMIN, Abdur Rehman Muhammad; a.k.a. "ABDULLAH SINDHI"), Karachi, Pakistan; DOB 03 Oct 1965; POB Mirpur Khas, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CV9157521 (Pakistan) issued 08 Sep 2008 expires 07 Sep 2013; National ID No. 44103-5251752-5 (Pakistan) (individual) [SDGT].

AL-SINDI, Abdullah (a.k.a. AL-SINDHI, Abdallah; a.k.a. AL-SINDHI, Abdullah; a.k.a. AZMARAI, Umar Siddique Kathio; a.k.a. CHANDIO, Umar Kathio; a.k.a. CHANDUO, Umar; a.k.a. CHANDYO, Omar; a.k.a. KATHIO, Muhammad Umar; a.k.a. KATIO, Muhammad Umar Sidduque; a.k.a. OMER, Muhammad; a.k.a. SINDHI, 'Abdallah; a.k.a. UMAR, Muhammad), Karachi, Pakistan; Miram Shah, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1977; POB Saudi Arabia; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 466-77-221879 (Pakistan); alt. National ID No. 42201-015024707-7 (individual) [SDGT].

AL-SINWAR, Yehya (a.k.a. SINWAR, Yahya; a.k.a. SINWAR, Yahya Ibrahim Hassan; a.k.a. SINWAR, Yehia; a.k.a. SINWAR, Yehiyeh), Gaza, Palestinian; DOB 01 Jan 1961 to 31 Dec 1963; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

ALSKENI, Khalid Kadhim Jasim (Arabic: خالد كاظم جاسم السكيني) (a.k.a. AL-SUKAYNI, Abu-Humayyid), Iraq; DOB 01 Sep 1972; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A17876107 (Iraq) expires 01 Feb 2029 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

ALSOLADZH MINING COMPANY (a.k.a. ALSOLAG MINING COMPANY; a.k.a. MEROE GOLD CO. LTD.; a.k.a. SULLAJ MINING COMPANY; a.k.a. "AL SULLAJ"; a.k.a. "ALSOLAGE"; a.k.a. "SOLANGE"; a.k.a. "SULLAG"), Al-jref Gharb Plot 134, Blok 1h, Khartoum, Sudan; Al-'Abdiya, River Nile State, Sudan; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type:

Mining of other non-ferrous metal ores [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: M INVEST, OOO).

ALSOLAG MINING COMPANY (a.k.a. ALSOLADZH MINING COMPANY; a.k.a. MEROE GOLD CO. LTD.; a.k.a. SULLAJ MINING COMPANY; a.k.a. "AL SULLAJ"; a.k.a. "ALSOLAGE"; a.k.a. "SOLANGE"; a.k.a. "SULLAG"), Al-jref Gharb Plot 134, Blok 1h, Khartoum, Sudan; Al-'Abdiya, River Nile State, Sudan; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Mining of other non-ferrous metal ores [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: M INVEST, OOO).

ALSTONE INVESTMENT AG (a.k.a. ALSTONE INVESTMENT LTD; a.k.a. ALSTONE INVESTMENT SA; f.k.a. SWIRU HOLDING AG; f.k.a. SWIRU TRUSTEE LTD), Zentralstrasse 44, Luzern 6003, Switzerland; Matthofstrand 8, Luzern 6005, Switzerland; 380 Avenue Mrs L'D'Beaumont, Antibes 06160, France; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 May 1996; Tax ID No. 103488986 (Switzerland); alt. Tax ID No. 893478818 (France); Legal Entity Number 5493009YJ817TFZ7IY48; Registration Number CH-150.3.002.065-2 (Switzerland) [RUSSIA-EO14024] (Linked To: KATZ, Laurin).

ALSTONE INVESTMENT LTD (a.k.a. ALSTONE INVESTMENT AG; a.k.a. ALSTONE INVESTMENT SA; f.k.a. SWIRU HOLDING AG; f.k.a. SWIRU TRUSTEE LTD), Zentralstrasse 44, Luzern 6003, Switzerland; Matthofstrand 8, Luzern 6005, Switzerland; 380 Avenue Mrs L'D'Beaumont, Antibes 06160, France; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 May 1996; Tax ID No. 103488986 (Switzerland); alt. Tax ID No. 893478818 (France); Legal Entity Number 5493009YJ817TFZ7IY48; Registration Number CH-150.3.002.065-2 (Switzerland) [RUSSIA-EO14024] (Linked To: KATZ, Laurin).

ALSTONE INVESTMENT SA (a.k.a. ALSTONE INVESTMENT AG; a.k.a. ALSTONE INVESTMENT LTD; f.k.a. SWIRU HOLDING AG; f.k.a. SWIRU TRUSTEE LTD), Zentralstrasse 44, Luzern 6003, Switzerland; Matthofstrand 8, Luzern 6005, Switzerland; 380 Avenue Mrs L'D'Beaumont, Antibes 06160, France; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 May 1996; Tax ID No. 103488986 (Switzerland); alt. Tax ID No. 893478818 (France); Legal Entity Number 5493009YJ817TFZ7IY48; Registration Number CH-150.3.002.065-2 (Switzerland) [RUSSIA-EO14024] (Linked To: KATZ, Laurin).

ALSUBAIE, Khalifa Mohd Turki (a.k.a. AL-SUBAIE, Khalifa Mohd Turki; a.k.a. AL-SUBAIY, Khalifa Muhammad Turki; a.k.a. AL-SUBAYI, Khalifa; a.k.a. BIN AL-SUAIY, Khalifa Turki bin Muhammad); DOB 01 Jan 1965; POB Doha, Qatar; citizen Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00685868 (Qatar); National ID No. 26563400140 (Qatar) (individual) [SDGT].

AL-SUBAIE, Khalifa Mohd Turki (a.k.a. ALSUBAIE, Khalifa Mohd Turki; a.k.a. AL-SUBAIY, Khalifa Muhammad Turki; a.k.a. AL-SUBAYI, Khalifa; a.k.a. BIN AL-SUAIY, Khalifa Turki bin Muhammad); DOB 01 Jan 1965; POB Doha, Qatar; citizen Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00685868 (Qatar); National ID No. 26563400140 (Qatar) (individual) [SDGT].

AL-SUBAIY, Khalifa Muhammad Turki (a.k.a. ALSUBAIE, Khalifa Mohd Turki; a.k.a. AL-SUBAIE, Khalifa Mohd Turki; a.k.a. AL-SUBAYI, Khalifa; a.k.a. BIN AL-SUAIY, Khalifa Turki bin Muhammad); DOB 01 Jan 1965; POB Doha, Qatar; citizen Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00685868 (Qatar); National ID No. 26563400140 (Qatar) (individual) [SDGT].

AL-SUBAYI, Khalifa (a.k.a. ALSUBAIE, Khalifa Mohd Turki; a.k.a. AL-SUBAIE, Khalifa Mohd Turki; a.k.a. AL-SUBAIY, Khalifa Muhammad Turki; a.k.a. BIN AL-SUAIY, Khalifa Turki bin Muhammad); DOB 01 Jan 1965; POB Doha, Qatar; citizen Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00685868 (Qatar); National ID No. 26563400140 (Qatar) (individual) [SDGT].

AL-SUBHI, Azzam (a.k.a. AL-HARBI, Abu Abdalla; a.k.a. AL-HARBI, Abu Suliman; a.k.a. AL-HARBI, Mansur; a.k.a. AL-MAKY, Abu Muslem; a.k.a. ALSBHUA, Azam A.R.; a.k.a. ALSBHUA, Azam Abdullah Razeeq Al Mouled; a.k.a. AL-SUBHI, Azzam Abdullah Zureik Al-Maulid), Afghanistan; Pakistan; DOB 12 Apr 1976; POB Al Baraka, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C389664 issued 15 Sep 2000 expires 15 Sep 2005 (individual) [SDGT].

AL-SUBHI, Azzam Abdullah Zureik Al-Maulid (a.k.a. AL-HARBI, Abu Abdalla; a.k.a. AL-HARBI, Abu Suliman; a.k.a. AL-HARBI, Mansur; a.k.a. AL-MAKY, Abu Muslem; a.k.a. ALSBHUA, Azam A.R.; a.k.a. ALSBHUA, Azam Abdullah Razeeq Al Mouled; a.k.a. AL-SUBHI, Azzam), Afghanistan; Pakistan; DOB 12 Apr 1976; POB Al Baraka, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C389664 issued 15 Sep 2000 expires 15 Sep 2005 (individual) [SDGT].

AL-SUDANI, Abu Faris (a.k.a. ABD EL-RAHMAN, Suhayl Salim; a.k.a. ABDURAHAMAN, Suhayl; a.k.a. FARIS, Abu; a.k.a. MUHAMMAD, Sahib; a.k.a. MUHAMMAD, Suhayl Salim; a.k.a. SALIM, Suhayl; a.k.a. UL-ABIDEEN, Zain; a.k.a. ZAYN, Haytham; a.k.a. "SABA"; a.k.a. "SANA"; a.k.a. "SUNDUS"); DOB 17 Jun 1984; alt. DOB 1990; POB Rabak, Sudan; Passport C0004350; Personal ID Card A00710804 (individual) [SOMALIA].

AL-SUDANI, Khalid Ahmad Jumah, Amman, Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H649956 (Sudan) issued 08 Apr 2002; IARA Middle East Regional Director (individual) [SDGT].

AL-SUGAIR, Muhammad 'Abdallah Salih (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. SUGHAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SUGAYER, Muhammad (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a.

AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. SUGHAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SUGHAIER, Muhammad 'Abdallah Salih (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. SUGHAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SUGHAIR, Muhammad 'Abdallah Salih (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. SUGHAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SUGHAYER, Muhammad 'Abdallah Salih (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. SUGHAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SUGHAYIR, Muhammad 'Abdallah Salih (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. SUGHAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SUKAYNI, Abu-Humayyid (a.k.a. ALSKENI, Khalid Kadhim Jasim (Arabic: خالد كاظم جاسم السكيني)), Iraq; DOB 01 Sep 1972; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A17876107 (Iraq) expires 01 Feb 2029 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

AL-SULTAN JEWELRY & GENERAL TRADING CO (a.k.a. AL SULTAN GOLD & JEWELRY; a.k.a. AL SULTAN GOLD AND JEWELRY; a.k.a. AL SULTAN JEWELRY; a.k.a. AL SULTAN MONEY TRANSFER COMPANY; a.k.a. AL-SULTAN JEWELRY AND GENERAL TRADING CO; a.k.a. ALSULTAN KUYUMCULUK; a.k.a. ALSULTAN KUYUMCULUK ELEKTRONIK GIDA ITHALAT IHRACAT LIMITED SIRKETI; a.k.a. SULTAN GOLD), Ataturk Mah. Sehit Nusret Cad., No: 17 A/1 Haliliye-Haliliye, Sanliurfa, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-SULTAN JEWELRY AND GENERAL TRADING CO (a.k.a. AL SULTAN GOLD & JEWELRY; a.k.a. AL SULTAN GOLD AND JEWELRY; a.k.a. AL SULTAN JEWELRY; a.k.a. AL SULTAN MONEY TRANSFER COMPANY; a.k.a. AL-SULTAN JEWELRY & GENERAL TRADING CO; a.k.a. ALSULTAN KUYUMCULUK; a.k.a. ALSULTAN KUYUMCULUK ELEKTRONIK GIDA ITHALAT IHRACAT LIMITED SIRKETI; a.k.a. SULTAN GOLD), Ataturk Mah. Sehit Nusret Cad., No: 17

A/1 Haliliye-Haliliye, Sanliurfa, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALSULTAN KUYUMCULUK (a.k.a. AL SULTAN GOLD & JEWELRY; a.k.a. AL SULTAN GOLD AND JEWELRY; a.k.a. AL SULTAN JEWELRY; a.k.a. AL SULTAN MONEY TRANSFER COMPANY; a.k.a. AL-SULTAN JEWELRY & GENERAL TRADING CO; a.k.a. AL-SULTAN JEWELRY AND GENERAL TRADING CO; a.k.a. ALSULTAN KUYUMCULUK ELEKTRONIK GIDA ITHALAT IHRACAT LIMITED SIRKETI; a.k.a. SULTAN GOLD), Ataturk Mah. Sehit Nusret Cad., No: 17 A/1 Haliliye-Haliliye, Sanliurfa, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALSULTAN KUYUMCULUK ELEKTRONIK GIDA ITHALAT IHRACAT LIMITED SIRKETI (a.k.a. AL SULTAN GOLD & JEWELRY; a.k.a. AL SULTAN GOLD AND JEWELRY; a.k.a. AL SULTAN JEWELRY; a.k.a. AL SULTAN MONEY TRANSFER COMPANY; a.k.a. AL-SULTAN JEWELRY & GENERAL TRADING CO; a.k.a. AL-SULTAN JEWELRY AND GENERAL TRADING CO; a.k.a. ALSULTAN KUYUMCULUK; a.k.a. SULTAN GOLD), Ataturk Mah. Sehit Nusret Cad., No: 17 A/1 Haliliye-Haliliye, Sanliurfa, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-SULTAN, Nawfal Hammadi (a.k.a. AL-AKOUB, Nawfal; a.k.a. SULTAN, Nawfal Hamadi), Iraq; DOB 23 Feb 1964; nationality Iraq; Gender Male; National ID No. 71719043 (Iraq) (individual) [GLOMAG].

AL-SUNAYDAR, Muhammad (a.k.a. AL SUNAIDAR, Mohammed Mohammed Abdullah (Arabic: محمد محمد عبدالله السنيدار)), Sana'a, Yemen; DOB 05 Mar 1987; POB Sana'a, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RE138611 (Saint Kitts and Nevis) issued 30 Jan 2023 expires 29 Jan 2033; alt. Passport 04493923 (Yemen) expires 20 Sep 2017 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-SUQAYR, Muhammad 'Abdallah Salih (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. SUGHAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SURI, Faruq (a.k.a. HIJAZI, Samir; a.k.a. HIJAZI, Samir 'Abd al-Latif; a.k.a. "AL-'ASKARI, Abu Hammam"; a.k.a. "AL-SHAMI, Abu Hammam"; a.k.a. "AL-SHAMI, Abu Humam"), Syria; DOB 1977; POB Damascus, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HURRAS AL-DIN).

AL-SURI, Yaseen (a.k.a. AL-ABADIN, Zayn; a.k.a. AL-SURI, Yasin; a.k.a. KHALIL, Ezedin Abdel Aziz; a.k.a. KHALIL, Izz al-Din Abd al-Farid); DOB 1982; POB al-Qamishli, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ethnicity Kurdish (individual) [SDGT].

AL-SURI, Yasin (a.k.a. AL-ABADIN, Zayn; a.k.a. AL-SURI, Yaseen; a.k.a. KHALIL, Ezedin Abdel Aziz; a.k.a. KHALIL, Izz al-Din Abd al-Farid); DOB 1982; POB al-Qamishli, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ethnicity Kurdish (individual) [SDGT].

AL-SURIR, Abu Islam (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED HAMED"; a.k.a. "AHMED THE EGYPTIAN"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-SUWAIDI, Ibrahim Mohsen (a.k.a. AL SOWAIDI, Ebrahim Mohsen Ali; a.k.a. AL SWAIDI, Ibrahim; a.k.a. AL-NAJJAR, Ibrahim Mohsen Ali), Sana'a, Yemen; DOB 01 Jan 1979; POB Ibb, Yemen; alt. POB Ab-Al-Nadirah, Yemen; nationality Yemen; citizen Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 04331802 (Yemen) expires 03 Apr 2017 (individual) [SDGT] (Linked To: ANSARALLAH).

AL-TAA'EI, Amir (a.k.a. ALMTHAJE, Ameer Abdulazeez Jaafar; a.k.a. AL-MUTAHAJI, Amir 'Abd-al-'Aziz Ja'far; a.k.a. DIANAT, Amir; a.k.a. DIANAT, Amir Abdolaziz; a.k.a. DIANET, Amir; a.k.a. DIYANAT, Amir; a.k.a. JAFAR, Amir Abdulaziz; a.k.a. MUSHTAQ, Abu), Iran; Iraq; Oman; DOB 15 Mar 1967; alt. DOB 25 Dec 1970; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport W44473918 (Iran); alt. Passport A12688767 (Iraq); alt. Passport F35307926 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ALTABAEVA, Ekaterina (Cyrillic: АЛТАБАЄВА, Катерина) (a.k.a. ALTABAEVA, Ekaterina Borisovna; a.k.a. ALTABAEVA, Ekateryna Borysovna (Cyrillic: АЛТАБАЕВА, Екатерина Борисовна); a.k.a. ALTABAEVA, Kateryna Borysivna (Cyrillic: АЛТАБАЄВА, Катерина Борисівна); a.k.a. ALTABAEVA, Yekaterina Borisovna), Russia; DOB 27 May 1956; POB Uglich, Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

ALTABAEVA, Ekaterina Borisovna (a.k.a. ALTABAEVA, Ekaterina (Cyrillic: АЛТАБАЄВА, Катерина); a.k.a. ALTABAEVA, Ekateryna Borysovna (Cyrillic: АЛТАБАЕВА, Екатерина Борисовна); a.k.a. ALTABAEVA, Kateryna Borysivna (Cyrillic: АЛТАБАЄВА, Катерина Борисівна); a.k.a. ALTABAEVA, Yekaterina Borisovna), Russia; DOB 27 May 1956; POB Uglich, Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

ALTABAEVA, Ekateryna Borysovna (Cyrillic: АЛТАБАЕВА, Екатерина Борисовна) (a.k.a. ALTABAEVA, Ekaterina (Cyrillic: АЛТАБАЄВА, Катерина); a.k.a. ALTABAEVA, Ekaterina Borisovna; a.k.a. ALTABAEVA, Kateryna Borysivna (Cyrillic: АЛТАБАЄВА, Катерина Борисівна); a.k.a. ALTABAEVA, Yekaterina Borisovna), Russia; DOB 27 May 1956; POB Uglich, Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

ALTABAEVA, Kateryna Borysivna (Cyrillic: АЛТАБАЄВА, Катерина Борисівна) (a.k.a. ALTABAEVA, Ekaterina (Cyrillic: АЛТАБАЄВА, Катерина); a.k.a. ALTABAEVA, Ekaterina Borisovna; a.k.a. ALTABAEVA, Ekateryna Borysovna (Cyrillic: АЛТАБАЕВА, Екатерина Борисовна); a.k.a. ALTABAEVA, Yekaterina Borisovna), Russia; DOB 27 May 1956; POB Uglich, Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

ALTABAEVA, Yekaterina Borisovna (a.k.a. ALTABAEVA, Ekaterina (Cyrillic: АЛТАБАЄВА, Катерина); a.k.a. ALTABAEVA, Ekaterina Borisovna; a.k.a. ALTABAEVA, Ekateryna Borysovna (Cyrillic: АЛТАБАЕВА, Екатерина Борисовна); a.k.a. ALTABAEVA, Kateryna Borysivna (Cyrillic: АЛТАБАЄВА, Катерина Борисівна)), Russia; DOB 27 May 1956; POB Uglich, Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation

Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

AL-TABATABA'I, Abu 'Ali (a.k.a. TABATABAI, Abu Ali; a.k.a. TABATABA'I, Haytham 'Ali; a.k.a. TABTABAI, Abu Ali), Syria; Yemen; DOB 1968; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-TABUKI, Ali Saleh Husain (a.k.a. 'ALA'LAH, 'Ali Salih Husayn; a.k.a. AL-TABUKI, 'Ali Salih Husayn al-Dhahak; a.k.a. AL-YEMENI, Abu Dhahak; a.k.a. HUSAIN, Ali Saleh; a.k.a. 'ULA'LAH, 'Ali Salih Husayn; a.k.a. "DAHHAK, Abu"); DOB circa 1970; POB al-Hudaydah, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Individual's height is 5 feet 9 inches. (individual) [SDGT].

AL-TABUKI, 'Ali Salih Husayn al-Dhahak (a.k.a. 'ALA'LAH, 'Ali Salih Husayn; a.k.a. AL-TABUKI, Ali Saleh Husain; a.k.a. AL-YEMENI, Abu Dhahak; a.k.a. HUSAIN, Ali Saleh; a.k.a. 'ULA'LAH, 'Ali Salih Husayn; a.k.a. "DAHHAK, Abu"); DOB circa 1970; POB al-Hudaydah, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Individual's height is 5 feet 9 inches. (individual) [SDGT].

ALTAF KHANANI MONEY LAUNDERING ORGANIZATION, Australia; Canada; Pakistan; United Arab Emirates; United Kingdom; United States [TCO].

AL-TAF, Ali Asghar (a.k.a. ATTAF GHOLAMHOSEIN, Ali Asghar), Shahin Shahr, Iran; DOB 21 Dec 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2529687692 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

AL-TAI, Sultan Hashim Ahmad; DOB circa 1944; POB Mosul, Iraq; nationality Iraq; Minister of Defense (individual) [IRAQ2].

ALTAIBI, Khaled Aedh G (a.k.a. ALOTAIBI, Khalid Aedh G.); DOB 28 Jun 1988; POB Afif, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport P139681 (Saudi Arabia) issued

27 May 2014 expires 04 Apr 2019; National ID No. 1053629885 (Saudi Arabia) (individual) [GLOMAG].

AL-TAIR AL-HUR (Arabic: الطير الحر) (a.k.a. FREE BIRD COMPANY; a.k.a. FREEBIRD TRAVEL AND TOURISM), Maysaloon Street, Al Muhandiseen Building Floor No. 12, Damascus, Syria; Hour al-Enz al-Mammzar Center, Second Floor, Office 12, Dubai, United Arab Emirates; Athens, Greece; Organization Established Date 2022; Organization Type: Travel agency activities [PAARSSR-EO13894] (Linked To: AL-DJ, Mahmoud Abdulilah).

AL-TA'IR COMPANY (Arabic: شركة الطير), Damascus, Syria; Organization Established Date 17 Dec 2012; Organization Type: Transportation and storage [PAARSSR-EO13894] (Linked To: AL-DJ, Mahmoud Abdulilah).

AL-TAKRITI, Barzan Ibrahim Hassan (a.k.a. AL-TIKRITI, Barzan Ibrahim Hasan; a.k.a. AL-TIKRITI, Barzan Ibrahim Hassan), Geneva, Switzerland; DOB 17 Feb 1951; POB Tikrit, Iraq; nationality Iraq; Passport M0001666/970; alt. Passport NM0000860/114; alt. Passport M0009851/1; presidential advisor; half-brother of Saddam Hussein al-Tikriti (individual) [IRAQ2].

AL-TAKRITI, Sabawi Ibrahim Hassan (a.k.a. AL-TIKRITI, Sab'awi Ibrahim Hassan); DOB 1947; POB Tikrit, Iraq; nationality Iraq; presidential advisor; half-brother of Saddam Hussein al-Tikriti (individual) [IRAQ2].

AL-TAKRITI, Watban (a.k.a. AL-HASSAN, Watab Ibrahim; a.k.a. AL-TIKRITI, Watban Ibrahim al-Hasan; a.k.a. AL-TIKRITI, Watban Ibrahim Hassan); DOB 1952; POB Tikrit, Iraq; nationality Iraq; presidential advisor; half-brother of Saddam Hussein al-Tikriti (individual) [IRAQ2].

AL-TALAHI, Abe Al-Rahim (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, Abdul Rahim Hammad Ahmad; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. "RAHIM, Abdul"), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F275043

(Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

AL-TALHI, 'Abd al-Rahim (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, Abdul Rahim Hammad Ahmad; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. "RAHIM, Abdul"), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

AL-TALHI, Abd' Al-Rahim Hamad (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, Abdul Rahim Hammad Ahmad; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. "RAHIM, Abdul"), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

AL-TALHI, Abdul Rahim (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim Hammad Ahmad; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. "RAHIM, Abdul"), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F275043 (Saudi Arabia) issued 29

May 2004 expires 05 Apr 2009 (individual) [SDGT].

AL-TALHI, Abdul Rahim Hammad Ahmad (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. "RAHIM, Abdul"), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

AL-TALHI, 'Abdul-Rahim Hammad (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, Abdul Rahim Hammad Ahmad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. "RAHIM, Abdul"), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

ALTALHI, Abdulrheem Hammad A (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, Abdul Rahim Hammad Ahmad; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. "RAHIM, Abdul"), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F275043

(Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

AL-TALIBI, Muhammad Ahmad (a.k.a. "AL-TALIBI, Abi Ja'far"), Yemen; DOB 01 Jan 1983; POB Dhahyan, Sa'dah, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01197425 (Yemen) (individual) [SDGT].

AL-TALJI, 'Abd-Al-Rahim (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, Abdul Rahim Hammad Ahmad; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. "RAHIM, Abdul"), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

AL-TALJI, Abdulrahim (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, Abdul Rahim Hammad Ahmad; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. JUNAYD, Shuwayb; a.k.a. "RAHIM, Abdul"), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

AL-TALLI, Abu-Malik (a.k.a. AL-ANSARI, Abu-Malik; a.k.a. AL-SHAMI, Abu-Malik; a.k.a. ZAYNIYAH, Jamal Husayn), Al-Qalamun, Syria; DOB 17 Aug 1972; alt. DOB 01 Jan 1972; POB Al-Tal, Syria; alt. POB Tell Mnin, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 3987189 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-TAMIMI, Muhamad Juma Y (a.k.a. AL-TAMIMI, Muhannad Juma Y); DOB 1956; POB Baghdad, Iraq; Passport M0817630 (Iraq); alt. Passport H0284744 (Iraq) (individual) [IRAQ2].

AL-TAMIMI, Muhannad Juma Y (a.k.a. AL-TAMIMI, Muhamad Juma Y); DOB 1956; POB Baghdad, Iraq; Passport M0817630 (Iraq); alt. Passport H0284744 (Iraq) (individual) [IRAQ2].

ALTAMIRANO LOPEZ, Hector, Ave. De los Angeles #5183-4, Fracc. Las Palmas, Tijuana, Baja California, Mexico; c/o KONTROLES ELECTRONICOS DE BAJA CALIFORNIA, S.A. DE C.V., Ave. Azueta 11750, Col. Libertad, Tijuana, Baja California CP 22400, Mexico; DOB 18 Feb 1975; POB Baja California, Mexico; C.U.R.P. AALH750218HBCLPC02 (Mexico) (individual) [SDNTK].

AL-TAWASUL COMPANY (a.k.a. TAWASUL COMPANY; a.k.a. TAWASUL FINANCIAL EXCHANGE; a.k.a. TAWASUL HAWALA COMPANY), Harim, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-TAWHID (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF

JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-TAWHID, Muhandes (a.k.a. AL ASHQAR, Abdullah Jihad; a.k.a. AL MAQDISI, Abu al Muhtasib; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, Abdallah; a.k.a. AL-'ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, 'Abdallah Jihad Musa; a.k.a. AL-ASHQAR, Abdullah; a.k.a. AL-ASHQAR, Abdullah Jihad; a.k.a. AL-MAQDISI, Abu-al-Muhtasib; a.k.a. AL-TAWHID, Muhandis; a.k.a. ASHKAR, Abdallah; a.k.a. "ABU-HAJIR"; a.k.a. "AL MUHTASIB, Abu"), Region: Gaza; DOB 1986; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-TAWHID, Muhandis (a.k.a. AL ASHQAR, Abdullah Jihad; a.k.a. AL MAQDISI, Abu al Muhtasib; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, Abdallah; a.k.a. AL-'ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, 'Abdallah Jihad Musa; a.k.a. AL-ASHQAR, Abdullah; a.k.a. AL-ASHQAR, Abdullah Jihad; a.k.a. AL-MAQDISI, Abu-al-Muhtasib; a.k.a. AL-TAWHID, Muhandes; a.k.a. ASHKAR, Abdallah; a.k.a. "ABU-HAJIR"; a.k.a. "AL MUHTASIB, Abu"), Region: Gaza; DOB 1986; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-TAYAR AL-RISALI (a.k.a. ASA'IB AHL AL-HAQ; a.k.a. ASA'IB AHL AL-HAQ MIN AL-IRAQ; a.k.a. ASA'IB AHL AL-HAQQ; a.k.a. ASAIB AL HAQ; a.k.a. KHAZALI NETWORK; a.k.a. KHAZALI SPECIAL GROUP; a.k.a. KHAZALI SPECIAL GROUPS NETWORK; a.k.a. LEAGUE OF THE RIGHTEOUS; a.k.a. QAZALI NETWORK; a.k.a. "AAH"; a.k.a. "THE MISSIONARY CURRENT"; a.k.a. "THE PEOPLE OF THE CAVE"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ALTERNATE HAVACILIK SANAYI VE DIS TICARET EGITIM DANISMANLIK LIMITED SIRKETI, Egs Business Park, No:12-85 Yesilkoy Mahallesi, Ataturk Caddesi, Bakirkoy, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0600758909 (Turkey); Registration Number 374036 (Turkey) [RUSSIA-EO14024].

AL-TIKRITI, Abid Hamid Mahmud (a.k.a. HAMMUD, Abed Mahmoud; a.k.a. MAHMOUD, Col. Abdel Hamid; a.k.a. MAHMUD, Abid Hamid bid Hamid); DOB circa 1957; POB al-Awja, near Tikrit, Iraq; nationality Iraq; Saddam Hussein al-Tikriti's presidential secretary and key advisor (individual) [IRAQ2].

AL-TIKRITI, Ahmad Watban Ibrahim Hasan (a.k.a. AL-TIKRITI, Ahmed Watban Ibrahim Hasan; a.k.a. MUHAWDAR, 'Imad 'Udi), Al-Ra'is Building, Mina Street, Tartus, Tartus, Syria; Jirmanah Neighborhood, Damascus, Syria; Al-Hadda Hotel, Sana'a, Yemen; DOB 1975; alt. DOB 1979; POB Baghdad, Iraq; nationality Iraq (individual) [IRAQ2].

AL-TIKRITI, Ahmed Watban Ibrahim Hasan (a.k.a. AL-TIKRITI, Ahmad Watban Ibrahim Hasan; a.k.a. MUHAWDAR, 'Imad 'Udi), Al-Ra'is Building, Mina Street, Tartus, Tartus, Syria; Jirmanah Neighborhood, Damascus, Syria; Al-Hadda Hotel, Sana'a, Yemen; DOB 1975; alt. DOB 1979; POB Baghdad, Iraq; nationality Iraq (individual) [IRAQ2].

AL-TIKRITI, Aiman Sabawi Ibrahim Hasan (a.k.a. AL-TIKRITI, Ayman Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ayman Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ayman Sabawi Ibrahim Hassan; a.k.a. SALMAN, Qais Muhammad), Bludan, Syria; Mutanabi Area, Al Monsur, Baghdad, Iraq; DOB 21 Oct 1971; POB Baghdad, Iraq; alt. POB Al-Owja, Iraq; nationality Iraq (individual) [IRAQ2].

AL-TIKRITI, Ali Barzan Ibrahim Hasan, Geneva, Switzerland; DOB 18 Apr 1981; nationality Iraq; son of Barzan Ibrahim Hasan al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Ali Hassan al-Majid (a.k.a. AL-KIMAWI; a.k.a. AL-MAJID, General Ali Hasan; a.k.a. AL-MAJID, General Ali Hassan); DOB 1943; alt. DOB 1941; POB al-Awja, near Tikrit, Iraq; nationality Iraq; presidential advisor and senior member of Revolutionary Command Council (individual) [IRAQ2].

AL-TIKRITI, Ali Saddam Hussein (a.k.a. "HASSAN"); DOB 1980; alt. DOB 1983; POB Iraq; nationality Iraq; son of Saddam Hussein al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Ayman Sabawi Ibrahim Hasan (a.k.a. AL-TIKRITI, Aiman Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ayman Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ayman Sabawi Ibrahim Hassan; a.k.a. SALMAN, Qais Muhammad), Bludan, Syria; Mutanabi Area, Al Monsur, Baghdad, Iraq; DOB 21 Oct 1971; POB Baghdad, Iraq; alt. POB Al-Owja, Iraq; nationality Iraq (individual) [IRAQ2].

AL-TIKRITI, Ayman Sab'awi Ibrahim Hasan (a.k.a. AL-TIKRITI, Aiman Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ayman Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ayman Sabawi Ibrahim Hassan; a.k.a. SALMAN, Qais Muhammad), Bludan, Syria; Mutanabi Area, Al Monsur, Baghdad, Iraq; DOB 21 Oct 1971; POB Baghdad, Iraq; alt. POB Al-Owja, Iraq; nationality Iraq (individual) [IRAQ2].

AL-TIKRITI, Ayman Sabawi Ibrahim Hassan (a.k.a. AL-TIKRITI, Aiman Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ayman Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ayman Sabawi Ibrahim Hasan; a.k.a. SALMAN, Qais Muhammad), Bludan, Syria; Mutanabi Area, Al Monsur, Baghdad, Iraq; DOB 21 Oct 1971; POB Baghdad, Iraq; alt. POB Al-Owja, Iraq; nationality Iraq (individual) [IRAQ2].

AL-TIKRITI, Barzan abd al-Ghafur Sulaiman Majid (a.k.a. AL-GHAFUR, Barzan Razuki abd); DOB 1960; POB Salah al-Din, Iraq; nationality Iraq; commander, Special Republican Guard (individual) [IRAQ2].

AL-TIKRITI, Barzan Ibrahim Hasan (a.k.a. AL-TAKRITI, Barzan Ibrahim Hassan; a.k.a. AL-TIKRITI, Barzan Ibrahim Hassan), Geneva, Switzerland; DOB 17 Feb 1951; POB Tikrit, Iraq; nationality Iraq; Passport M0001666/970; alt. Passport NM0000860/114; alt. Passport M0009851/1; presidential advisor; half-brother of Saddam Hussein al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Barzan Ibrahim Hassan (a.k.a. AL-TAKRITI, Barzan Ibrahim Hassan; a.k.a. AL-TIKRITI, Barzan Ibrahim Hasan), Geneva, Switzerland; DOB 17 Feb 1951; POB Tikrit, Iraq; nationality Iraq; Passport M0001666/970; alt. Passport NM0000860/114; alt. Passport M0009851/1; presidential advisor; half-brother of Saddam Hussein al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Bashar Sabawi Ibrahim Hasan (a.k.a. 'ABDULLAH, 'Ali Zafir; a.k.a. AL-BAYJAT, Bashar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashar Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashir Sab'awi Ibrahim Al-

Hasan; a.k.a. AL-TIKRITI, Bashir Sabawi Ibrahim Al-Hassan), Fuad Dawod Farm, Az Zabadani, Damascus, Syria; Beirut, Lebanon; DOB 17 Jul 1970; POB Baghdad, Iraq; nationality Iraq (individual) [IRAQ2].

AL-TIKRITI, Bashar Sab'awi Ibrahim Hasan (a.k.a. 'ABDULLAH, 'Ali Zafir; a.k.a. AL-BAYJAT, Bashar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashir Sab'awi Ibrahim Al-Hasan; a.k.a. AL-TIKRITI, Bashir Sabawi Ibrahim Al-Hassan), Fuad Dawod Farm, Az Zabadani, Damascus, Syria; Beirut, Lebanon; DOB 17 Jul 1970; POB Baghdad, Iraq; nationality Iraq (individual) [IRAQ2].

AL-TIKRITI, Bashir Sab'awi Ibrahim Al-Hasan (a.k.a. 'ABDULLAH, 'Ali Zafir; a.k.a. AL-BAYJAT, Bashar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashar Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashir Sabawi Ibrahim Al-Hassan), Fuad Dawod Farm, Az Zabadani, Damascus, Syria; Beirut, Lebanon; DOB 17 Jul 1970; POB Baghdad, Iraq; nationality Iraq (individual) [IRAQ2].

AL-TIKRITI, Bashir Sabawi Ibrahim Al-Hassan (a.k.a. 'ABDULLAH, 'Ali Zafir; a.k.a. AL-BAYJAT, Bashar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashar Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashir Sab'awi Ibrahim Al-Hasan), Fuad Dawod Farm, Az Zabadani, Damascus, Syria; Beirut, Lebanon; DOB 17 Jul 1970; POB Baghdad, Iraq; nationality Iraq (individual) [IRAQ2].

AL-TIKRITI, Hala Saddam Hussein; DOB 1972; POB Iraq; nationality Iraq; daughter of Saddam Hussein al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Hamid Raja Shalah (a.k.a. AL-TIKRITI, Hamid Raja Shalah Hassan; a.k.a. AL-TIKRITI, Hamid Raja-Shalah Hassum); DOB 1950; POB Bayji, Salah al-Din Governorate, Iraq; nationality Iraq; air force commander (individual) [IRAQ2].

AL-TIKRITI, Hamid Raja Shalah Hassan (a.k.a. AL-TIKRITI, Hamid Raja Shalah; a.k.a. AL-TIKRITI, Hamid Raja-Shalah Hassum); DOB 1950; POB Bayji, Salah al-Din Governorate, Iraq; nationality Iraq; air force commander (individual) [IRAQ2].

AL-TIKRITI, Hamid Raja-Shalah Hassum (a.k.a. AL-TIKRITI, Hamid Raja Shalah; a.k.a. AL-TIKRITI, Hamid Raja Shalah Hassan); DOB 1950; POB Bayji, Salah al-Din Governorate,

Iraq; nationality Iraq; air force commander (individual) [IRAQ2].

AL-TIKRITI, Hani abd-al-Latif Tilfah; DOB circa 1962; POB al-Awja, near Tikrit, Iraq; nationality Iraq; #2 in Special Security Organization (individual) [IRAQ2].

AL-TIKRITI, Ibrahim Ahmad abd al-Sattar Muhammed; DOB 1943; alt. DOB 1950; alt. DOB 1952; POB Ba'qubah or al-Sumayda/Shirqat, Iraq; nationality Iraq; armed forces chief of staff (individual) [IRAQ2].

AL-TIKRITI, Ibrahim Sabawi Ibrahim Al-Hassan (a.k.a. AL-TIKRITI, Ibrahim Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ibrahim Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ibrahim Sabawi Ibrahim Hassan; a.k.a. SALMAN, Muhammad Da'ud), Iraq; Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Syria; Fuad Dawod Farm, Az Zabadani, Damascus, Syria; DOB 25 Oct 1983; alt. DOB 1977; POB Baghdad, Iraq; nationality Iraq; Passport 284173 (Iraq) expires 21 Aug 2005 (individual) [IRAQ2].

AL-TIKRITI, Ibrahim Sabawi Ibrahim Hasan (a.k.a. AL-TIKRITI, Ibrahim Sabawi Ibrahim Al-Hassan; a.k.a. AL-TIKRITI, Ibrahim Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ibrahim Sabawi Ibrahim Hassan; a.k.a. SALMAN, Muhammad Da'ud), Iraq; Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Syria; Fuad Dawod Farm, Az Zabadani, Damascus, Syria; DOB 25 Oct 1983; alt. DOB 1977; POB Baghdad, Iraq; nationality Iraq; Passport 284173 (Iraq) expires 21 Aug 2005 (individual) [IRAQ2].

AL-TIKRITI, Ibrahim Sab'awi Ibrahim Hasan (a.k.a. AL-TIKRITI, Ibrahim Sabawi Ibrahim Al-Hassan; a.k.a. AL-TIKRITI, Ibrahim Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ibrahim Sabawi Ibrahim Hassan; a.k.a. SALMAN, Muhammad Da'ud), Iraq; Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Syria; Fuad Dawod Farm, Az Zabadani, Damascus, Syria; DOB 25 Oct 1983; alt. DOB 1977; POB Baghdad, Iraq; nationality Iraq; Passport 284173 (Iraq) expires 21 Aug 2005 (individual) [IRAQ2].

AL-TIKRITI, Ibrahim Sabawi Ibrahim Hassan (a.k.a. AL-TIKRITI, Ibrahim Sabawi Ibrahim Al-Hassan; a.k.a. AL-TIKRITI, Ibrahim Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ibrahim Sabawi Ibrahim Hasan; a.k.a. SALMAN, Muhammad Da'ud), Iraq; Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Syria; Fuad Dawod Farm, Az Zabadani, Damascus,

Syria; DOB 25 Oct 1983; alt. DOB 1977; POB Baghdad, Iraq; nationality Iraq; Passport 284173 (Iraq) expires 21 Aug 2005 (individual) [IRAQ2].

AL-TIKRITI, Jamal Mustafa Abdallah Sultan; DOB 04 May 1955; POB al-Samnah, near Tikrit, Iraq; nationality Iraq; deputy head of tribal affairs in presidential office (individual) [IRAQ2].

AL-TIKRITI, Kamal Mustafa Abdallah Sultan (a.k.a. ABDALLAH, Kamal Mustafa; a.k.a. AL-TIKRITI, Kamal Mustafa Sultan Abdallah); DOB 1952; alt. DOB 04 May 1955; POB Tikrit, Iraq; nationality Iraq; Republican Guard Secretary; led Special Republican Guard and commanded both Republican Guard corps (individual) [IRAQ2].

AL-TIKRITI, Kamal Mustafa Sultan Abdallah (a.k.a. ABDALLAH, Kamal Mustafa; a.k.a. AL-TIKRITI, Kamal Mustafa Abdallah Sultan); DOB 1952; alt. DOB 04 May 1955; POB Tikrit, Iraq; nationality Iraq; Republican Guard Secretary; led Special Republican Guard and commanded both Republican Guard corps (individual) [IRAQ2].

AL-TIKRITI, Khawla Barzan Ibrahim Hasan, Geneva, Switzerland; DOB 03 Dec 1986; nationality Iraq; daughter of Barzan Ibrahim Hasan al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Mohammad Barzan Ibrahim Hasan, Geneva, Switzerland; DOB 02 Nov 1972; nationality Iraq; son of Barzan Ibrahim Hasan al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Muzahim Sa'b Hassan; DOB circa 1946; alt. DOB 1949; POB al-Awja, near Tikrit, Iraq; nationality Iraq; led Iraq's Air Defense Forces; Deputy Director, Organization of Military Industrialization (individual) [IRAQ2].

AL-TIKRITI, Noor Barzan Ibrahim Hasan, Geneva, Switzerland; DOB 02 Nov 1983; nationality Iraq; daughter of Barzan Ibrahim Hasan al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Omar Sabawi Ibrahim Hasan (a.k.a. AL-ALUSI, Umar Ahmad Ali; a.k.a. AL-TIKRITI, Omar Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Omar Sabawi Ibrahim Hassan; a.k.a. AL-TIKRITI, Umar Sabawi Ibrahim Hasan), Damascus, Syria; Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Syria; Yemen; DOB circa 1970; POB Baghdad, Iraq; nationality Iraq; Passport 2863795S (Iraq) expires 23 Aug 2005 (individual) [IRAQ2].

AL-TIKRITI, Omar Sab'awi Ibrahim Hasan (a.k.a. AL-ALUSI, Umar Ahmad Ali; a.k.a. AL-TIKRITI, Omar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Omar Sabawi Ibrahim Hassan; a.k.a.

AL-TIKRITI, Umar Sabawi Ibrahim Hasan), Damascus, Syria; Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Syria; Yemen; DOB circa 1970; POB Baghdad, Iraq; nationality Iraq; Passport 2863795S (Iraq) expires 23 Aug 2005 (individual) [IRAQ2].

AL-TIKRITI, Omar Sabawi Ibrahim Hassan (a.k.a. AL-ALUSI, Umar Ahmad Ali; a.k.a. AL-TIKRITI, Omar Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Omar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Umar Sabawi Ibrahim Hasan), Damascus, Syria; Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Syria; Yemen; DOB circa 1970; POB Baghdad, Iraq; nationality Iraq; Passport 2863795S (Iraq) expires 23 Aug 2005 (individual) [IRAQ2].

AL-TIKRITI, Qusay Saddam Hussein; DOB 1965; alt. DOB 1966; POB Baghdad, Iraq; nationality Iraq; Saddam Hussein al-Tikriti's second son; oversaw Special Republican Guard, Special Security Organization, and Republican Guard (individual) [IRAQ2].

AL-TIKRITI, Rafi abd-al-Latif Tilfah; DOB circa 1954; POB Tikrit, Iraq; nationality Iraq; Director, Directorate of General Security (individual) [IRAQ2].

AL-TIKRITI, Raghad Saddam Hussein, Amman, Jordan; DOB 1967; POB Iraq; nationality Iraq; daughter of Saddam Hussein al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Rana Saddam Hussein, Amman, Jordan; DOB 1969; POB Iraq; nationality Iraq; daughter of Saddam Hussein al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Rukan abd al-Ghaffur al-Majid (a.k.a. AL-MAJID, Rukan abd al-Gafur; a.k.a. AL-MAJID, Rukan abdal-Ghaffur Sulayman; a.k.a. AL-MAJID, Rukan Razuqi abd al-Gahfur; a.k.a. AL-TIKRITI, Rukan 'abd al-Ghaffur al-Majid; a.k.a. AL-TIKRITI, Rukan Razuki abd-al-Ghafur Sulaiman; a.k.a. "ABU WALID"); DOB 1956; POB Tikrit, Iraq; nationality Iraq; head of Tribal Affairs Office in presidential office (individual) [IRAQ2].

AL-TIKRITI, Rukan 'abd al-Ghaffur al-Majid (a.k.a. AL-MAJID, Rukan abd al-Gafur; a.k.a. AL-MAJID, Rukan abdal-Ghaffur Sulayman; a.k.a. AL-MAJID, Rukan Razuqi abd al-Gahfur; a.k.a. AL-TIKRITI, Rukan abd al-Ghaffur al-Majid; a.k.a. AL-TIKRITI, Rukan Razuki abd-al-Ghafur Sulaiman; a.k.a. "ABU WALID"); DOB 1956; POB Tikrit, Iraq; nationality Iraq; head of Tribal Affairs Office in presidential office (individual) [IRAQ2].

AL-TIKRITI, Rukan Razuki abd-al-Ghafur Sulaiman (a.k.a. AL-MAJID, Rukan abd al-Gafur; a.k.a. AL-MAJID, Rukan abdal-Ghaffur Sulayman; a.k.a. AL-MAJID, Rukan Razuqi abd al-Gahfur; a.k.a. AL-TIKRITI, Rukan abd al-Ghaffur al-Majid; a.k.a. AL-TIKRITI, Rukan 'abd al-Ghaffur al-Majid; a.k.a. "ABU WALID"); DOB 1956; POB Tikrit, Iraq; nationality Iraq; head of Tribal Affairs Office in presidential office (individual) [IRAQ2].

AL-TIKRITI, Sa'ad Sabawi Ibrahim Hasan (a.k.a. AL-TIKRITI, Sa'd Sab'awi Hasan; a.k.a. AL-TIKRITI, Sa'd Sabawi Ibrahim Hasan), Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Syria; Yemen; DOB 19 Sep 1988; nationality Iraq (individual) [IRAQ2].

AL-TIKRITI, Sab'awi Ibrahim Hassan (a.k.a. AL-TAKRITI, Sabawi Ibrahim Hassan); DOB 1947; POB Tikrit, Iraq; nationality Iraq; presidential advisor; half-brother of Saddam Hussein al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Sa'd abd-al-Majid al-Faysal; DOB 1944; POB Tikrit, Iraq; nationality Iraq; Ba'th party regional command chairman, Salah al-Din (individual) [IRAQ2].

AL-TIKRITI, Sa'd Sab'awi Hasan (a.k.a. AL-TIKRITI, Sa'ad Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Sa'd Sabawi Ibrahim Hasan), Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Syria; Yemen; DOB 19 Sep 1988; nationality Iraq (individual) [IRAQ2].

AL-TIKRITI, Sa'd Sabawi Ibrahim Hasan (a.k.a. AL-TIKRITI, Sa'ad Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Sa'd Sab'awi Hasan), Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Syria; Yemen; DOB 19 Sep 1988; nationality Iraq (individual) [IRAQ2].

AL-TIKRITI, Saddam Hussein (a.k.a. HUSAYN, Saddam; a.k.a. HUSSAIN, Saddam; a.k.a. HUSSEIN, Saddam; a.k.a. "ABU ALI"); DOB 28 Apr 1937; POB al-Awja, near Tikrit, Iraq; nationality Iraq; named in UNSCR 1483; President since 1979 (individual) [IRAQ2].

AL-TIKRITI, Saja Barzan Ibrahim Hasan, Geneva, Switzerland; DOB 01 Jan 1978; nationality Iraq; daughter of Barzan Ibrahim Hasan al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Tahir Jalil Habbush; DOB 1950; POB Tikrit, Iraq; nationality Iraq; director of Iraqi Intelligence Service (individual) [IRAQ2].

AL-TIKRITI, Thoraya Barzan Ibrahim Hasan, Iraq; DOB 19 Dec 1980; alt. DOB 19 Jan 1980; nationality Iraq; daughter of Barzan Ibrahim Hasan al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Uday Saddam Hussein (a.k.a. HUSSEIN, Udai Saddam); DOB 1964; alt. DOB 1967; POB Baghdad, Iraq; nationality Iraq; Saddam Hussein al-Tikriti's eldest son; leader of paramilitary organization Fedayeen Saddam (individual) [IRAQ2].

AL-TIKRITI, Umar Sabawi Ibrahim Hasan (a.k.a. AL-ALUSI, Umar Ahmad Ali; a.k.a. AL-TIKRITI, Omar Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Omar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Omar Sabawi Ibrahim Hassan), Damascus, Syria; Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Syria; Yemen; DOB circa 1970; POB Baghdad, Iraq; nationality Iraq; Passport 2863795S (Iraq) expires 23 Aug 2005 (individual) [IRAQ2].

AL-TIKRITI, Walid Hamid Tawfiq (a.k.a. AL-NASIRI, Walid Hamid Tawfiq); DOB circa 1950; POB Tikrit, Iraq; nationality Iraq; Governor of Basrah (individual) [IRAQ2].

AL-TIKRITI, Watban Ibrahim al-Hasan (a.k.a. AL-HASSAN, Watab Ibrahim; a.k.a. AL-TAKRITI, Watban; a.k.a. AL-TIKRITI, Watban Ibrahim Hassan); DOB 1952; POB Tikrit, Iraq; nationality Iraq; presidential advisor; half-brother of Saddam Hussein al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Watban Ibrahim Hassan (a.k.a. AL-HASSAN, Watab Ibrahim; a.k.a. AL-TAKRITI, Watban; a.k.a. AL-TIKRITI, Watban Ibrahim al-Hasan); DOB 1952; POB Tikrit, Iraq; nationality Iraq; presidential advisor; half-brother of Saddam Hussein al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Yasir Sabawi Ibrahim Hasan (a.k.a. ABDALLAH, Ali Thafir; a.k.a. AL-TIKRITI, Yasir Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yasir Sabawi Ibrahim Hassan; a.k.a. AL-TIKRITI, Yasser Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yassir Sabawi Ibrahim Hasan), Mosul, Iraq; Az Zabadani, Syria; DOB 15 May 1968; alt. DOB 1970; POB Al-Owja, Iraq; alt. POB Baghdad, Iraq; nationality Iraq; Passport 284158 (Iraq) expires 21 Aug 2005 (individual) [IRAQ2].

AL-TIKRITI, Yasir Sab'awi Ibrahim Hasan (a.k.a. ABDALLAH, Ali Thafir; a.k.a. AL-TIKRITI, Yasir Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yasir Sabawi Ibrahim Hassan; a.k.a. AL-TIKRITI, Yasser Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yassir Sabawi Ibrahim Hasan), Mosul, Iraq; Az Zabadani, Syria; DOB 15 May 1968; alt. DOB 1970; POB Al-Owja, Iraq; alt. POB Baghdad, Iraq; nationality Iraq; Passport 284158 (Iraq) expires 21 Aug 2005 (individual) [IRAQ2].

AL-TIKRITI, Yasir Sabawi Ibrahim Hassan (a.k.a. ABDALLAH, Ali Thafir; a.k.a. AL-TIKRITI, Yasir Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yasir Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yasser Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yassir Sabawi Ibrahim Hasan), Mosul, Iraq; Az Zabadani, Syria; DOB 15 May 1968; alt. DOB 1970; POB Al-Owja, Iraq; alt. POB Baghdad, Iraq; nationality Iraq; Passport 284158 (Iraq) expires 21 Aug 2005 (individual) [IRAQ2].

AL-TIKRITI, Yasser Sabawi Ibrahim Hasan (a.k.a. ABDALLAH, Ali Thafir; a.k.a. AL-TIKRITI, Yasir Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yasir Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yasir Sabawi Ibrahim Hassan; a.k.a. AL-TIKRITI, Yassir Sabawi Ibrahim Hasan), Mosul, Iraq; Az Zabadani, Syria; DOB 15 May 1968; alt. DOB 1970; POB Al-Owja, Iraq; alt. POB Baghdad, Iraq; nationality Iraq; Passport 284158 (Iraq) expires 21 Aug 2005 (individual) [IRAQ2].

AL-TIKRITI, Yassir Sabawi Ibrahim Hasan (a.k.a. ABDALLAH, Ali Thafir; a.k.a. AL-TIKRITI, Yasir Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yasir Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yasir Sabawi Ibrahim Hassan; a.k.a. AL-TIKRITI, Yasser Sabawi Ibrahim Hasan), Mosul, Iraq; Az Zabadani, Syria; DOB 15 May 1968; alt. DOB 1970; POB Al-Owja, Iraq; alt. POB Baghdad, Iraq; nationality Iraq; Passport 284158 (Iraq) expires 21 Aug 2005 (individual) [IRAQ2].

ALTIS TEKSTIL MAKINA TICARET LIMITED SIRKETI (a.k.a. ALTIS TEXTILE MACHINERY TRADING COMPANY LIMITED), Yakupulu Neighborhood, Hurriyet Boulevard, Skyport Site, Skyport Residence, No. 1, Suite No. 62, Beylikduzu, Istanbul 34524, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 24 Dec 2024; Business Registration Number 1059763 (Turkey) [NPWMD] [IFSR] (Linked To: OJE PARVAZ MADO NAFAR COMPANY).

ALTIS TEXTILE MACHINERY TRADING COMPANY LIMITED (a.k.a. ALTIS TEKSTIL MAKINA TICARET LIMITED SIRKETI), Yakupulu Neighborhood, Hurriyet Boulevard, Skyport Site, Skyport Residence, No. 1, Suite No. 62, Beylikduzu, Istanbul 34524, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 24 Dec 2024; Business Registration Number 1059763 (Turkey) [NPWMD] [IFSR] (Linked To: OJE PARVAZ MADO NAFAR COMPANY).

ALTITUDE X3 (a.k.a. ALTITUDE X3 LTD), c/o Appleby Canons Court 22 Victoria Street HM12, Bermuda; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2008; Target Type Private Company; Business Registration Number 42337 (Bermuda) [RUSSIA-EO14024] (Linked To: SHUVALOV, Evgeny Igorevich).

ALTITUDE X3 LTD (a.k.a. ALTITUDE X3), c/o Appleby Canons Court 22 Victoria Street HM12, Bermuda; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2008; Target Type Private Company; Business Registration Number 42337 (Bermuda) [RUSSIA-EO14024] (Linked To: SHUVALOV, Evgeny Igorevich).

AL-TOUBASI, Iyad (a.k.a. AL-TUBASI, Iyad; a.k.a. KHALIL, Ayyad Nazmi Salih; a.k.a. KHALIL, Eyad Nazmi Saleh; a.k.a. KHALIL, Iyad Nazmi Salih; a.k.a. "ABU-JULAYBIB"; a.k.a. "AL-DARDA', Abu"; a.k.a. "AL-URDUNI, Abu-Julaybib"), Syria; DOB 01 Jan 1974 to 31 Dec 1974; POB Syria; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 286062 (Jordan) issued 05 Apr 1999 expires 04 Apr 2004; alt. Passport 654781 (Jordan) issued 01 Jan 2008 to 31 Dec 2010 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-TRABELSI, Mourad Ben Ali Ben Al-Basheer (a.k.a. ABOU DJARRAH; a.k.a. TRABELSI, Mourad), Via Geromini 15, Cremona, Italy; DOB 20 May 1969; POB Menzel Temime, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G 827238 issued 01 Jun 1996 expires 31 May 2001; arrested 1 Apr 2003 (individual) [SDGT].

AL-TUBAIQI, Salah (a.k.a. TUBAIGY, Salah Muhammed A.); DOB 20 Aug 1971; POB Jazan, Saudi Arabia; nationality Saudi Arabia; Gender Male (individual) [GLOMAG].

AL-TUBASI, Iyad (a.k.a. AL-TOUBASI, Iyad; a.k.a. KHALIL, Ayyad Nazmi Salih; a.k.a. KHALIL, Eyad Nazmi Saleh; a.k.a. KHALIL, Iyad Nazmi Salih; a.k.a. "ABU-JULAYBIB"; a.k.a. "AL-DARDA', Abu"; a.k.a. "AL-URDUNI, Abu-Julaybib"), Syria; DOB 01 Jan 1974 to 31 Dec 1974; POB Syria; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 286062 (Jordan) issued 05 Apr 1999 expires 04 Apr 2004; alt. Passport 654781 (Jordan) issued 01 Jan 2008 to 31 Dec 2010 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

ALTUG, Risa (a.k.a. ALTUN, Ali Riza; a.k.a. KIVIRCIK, Ali; a.k.a. RIZA, Ebubekir); DOB 01 Jan 1956; POB Kucuk Sobecimen, Turkey; nationality Turkey (individual) [SDNTK].

AL-TUHAMI, Khaled (a.k.a. KHALED, Al-Tohamy; a.k.a. KHALED, al-Tuhami; a.k.a. KHALED, Tohami); DOB 1946; POB Genzur, Libya; General; Director of the Internal Security Office (individual) [LIBYA2].

ALTUKHOV, Sergey Viktorovich (Cyrillic: АЛТУХОВ, Сергей Викторович), Russia; DOB 23 Feb 1982; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ALTUN, Ali Riza (a.k.a. ALTUG, Risa; a.k.a. KIVIRCIK, Ali; a.k.a. RIZA, Ebubekir); DOB 01 Jan 1956; POB Kucuk Sobecimen, Turkey; nationality Turkey (individual) [SDNTK].

AL-TUNISI, Abu 'Umar (a.k.a. AI-HARZI, Tariq Bin Tahir Bin Al-Falih Al-Auni; a.k.a. AI-HARZI, Tariq Tahir Falih AI-Awni; a.k.a. AL-HARAZI, Tarik Bin al-Falah al-Awni; a.k.a. AL-HARZI, Tariq Bin-Al-Tahar Bin Al Falih Al-'Awni; a.k.a. AL-HARZI, Tariq Tahir Faleh Al-Awni; a.k.a. AL-TUNISI, Tariq; a.k.a. AL-TUNISI, Tariq Abu 'Umar; a.k.a. AL-TUNISI, Tariq Abu Umar; a.k.a. EL HARAZI, Tarek Ben El Felah El Aouni; a.k.a. HARZI, Tariq Tahir Falih 'Awni; a.k.a. "HOUDOUD, Abu Omar"); DOB 03 May 1982; alt. DOB 05 Mar 1982; alt. DOB 1981; POB Tunis, Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z-050399 (individual) [SDGT].

AL-TUNISI, Tariq (a.k.a. AI-HARZI, Tariq Bin Tahir Bin Al-Falih Al-Auni; a.k.a. AI-HARZI, Tariq Tahir Falih AI-Awni; a.k.a. AL-HARAZI, Tarik Bin al-Falah al-Awni; a.k.a. AL-HARZI, Tariq Bin-Al-Tahar Bin Al Falih Al-'Awni; a.k.a. AL-HARZI, Tariq Tahir Faleh Al-Awni; a.k.a. AL-TUNISI, Abu 'Umar; a.k.a. AL-TUNISI, Tariq Abu 'Umar; a.k.a. AL-TUNISI, Tariq Abu Umar; a.k.a. EL HARAZI, Tarek Ben El Felah El Aouni; a.k.a. HARZI, Tariq Tahir Falih 'Awni; a.k.a. "HOUDOUD, Abu Omar"); DOB 03 May 1982; alt. DOB 05 Mar 1982; alt. DOB 1981; POB Tunis, Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z-050399 (individual) [SDGT].

AL-TUNISI, Tariq Abu Umar (a.k.a. AI-HARZI, Tariq Bin Tahir Bin Al-Falih Al-Auni; a.k.a. AI-HARZI, Tariq Tahir Falih AI-Awni; a.k.a. AL-HARAZI, Tarik Bin al-Falah al-Awni; a.k.a. AL-HARZI, Tariq Bin-Al-Tahar Bin Al Falih Al-'Awni; a.k.a. AL-HARZI, Tariq Tahir Faleh Al-Awni; a.k.a. AL-TUNISI, Abu 'Umar; a.k.a. AL-TUNISI, Tariq; a.k.a. AL-TUNISI, Tariq Abu 'Umar; a.k.a. EL HARAZI, Tarek Ben El Felah El Aouni; a.k.a. HARZI, Tariq Tahir Falih 'Awni; a.k.a. "HOUDOUD, Abu Omar"); DOB 03 May 1982; alt. DOB 05 Mar 1982; alt. DOB 1981; POB Tunis, Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z-050399 (individual) [SDGT].

AL-TUNISI, Tariq Abu 'Umar (a.k.a. AI-HARZI, Tariq Bin Tahir Bin Al-Falih Al-Auni; a.k.a. AI-HARZI, Tariq Tahir Falih AI-Awni; a.k.a. AL-HARAZI, Tarik Bin al-Falah al-Awni; a.k.a. AL-HARZI, Tariq Bin-Al-Tahar Bin Al Falih Al-'Awni; a.k.a. AL-HARZI, Tariq Tahir Faleh Al-Awni; a.k.a. AL-TUNISI, Abu 'Umar; a.k.a. AL-TUNISI, Tariq; a.k.a. AL-TUNISI, Tariq Abu Umar; a.k.a. EL HARAZI, Tarek Ben El Felah El Aouni; a.k.a. HARZI, Tariq Tahir Falih 'Awni; a.k.a. "HOUDOUD, Abu Omar"); DOB 03 May 1982; alt. DOB 05 Mar 1982; alt. DOB 1981; POB Tunis, Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z-050399 (individual) [SDGT].

AL-TURAZ ORGANIZATION (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a.

LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-TURAZ TRUST (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-

FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AL-TURKI, Badran (a.k.a. AL MAZIDIH, Badran Turki Hishan; a.k.a. AL MEZIDI, Badran Turki Hishan; a.k.a. AL-MAZIDIH, Badran Turki al-Hishan; a.k.a. AL-SHA'BANI, Badran Turki Hisham al-Mazidih; a.k.a. HISHAM, Badran al-Turki; a.k.a. HISHAN, Badran Turki; a.k.a. SHALASH, Badran Turki Hayshan; a.k.a. "ABU 'ABDALLAH"; a.k.a. "ABU ABDULLAH"; a.k.a. "ABU 'AZZAM"; a.k.a. "ABU GHADIYAH"), Zabadani, Syria; DOB 1977; alt. DOB 1978; alt. DOB 1979; POB Mosul, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-TURKI, Hassan (a.k.a. AL-TURKI, Hassan Abdullah Hersi); DOB circa 1944; POB Ogaden Region, Ethiopia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-TURKI, Hassan (a.k.a. AL-TURKI, Hassan Abdullah Hersi; a.k.a. TURKI, Hassan; a.k.a. TURKI, Hassan Abdillahi Hersi; a.k.a. TURKI, Sheikh Hassan; a.k.a. XIRSI, Xasan Cabdilaahi; a.k.a. XIRSI, Xasan Cabdulle), Somalia; DOB circa 1944; POB Ogaden Region, Ethiopia; nationality Somalia (individual) [SOMALIA].

AL-TURKI, Hassan Abdullah Hersi (a.k.a. AL-TURKI, Hassan); DOB circa 1944; POB Ogaden Region, Ethiopia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-TURKI, Hassan Abdullah Hersi (a.k.a. AL-TURKI, Hassan; a.k.a. TURKI, Hassan; a.k.a. TURKI, Hassan Abdillahi Hersi; a.k.a. TURKI, Sheikh Hassan; a.k.a. XIRSI, Xasan Cabdilaahi; a.k.a. XIRSI, Xasan Cabdulle), Somalia; DOB

circa 1944; POB Ogaden Region, Ethiopia; nationality Somalia (individual) [SOMALIA].

ALTUSHKIN, Igor Alekseevich (Cyrillic: АЛТУШКИН, Игорь Алексеевич), Russia; DOB 10 Sep 1970; POB Ekaterinburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770470510081 (Russia) (individual) [RUSSIA-EO14024].

AL-UBAIDI, Amir Rashid Muhammad; DOB 1939; POB Baghdad, Iraq; nationality Iraq; Minister of Oil (individual) [IRAQ2].

AL-UBAIDI, Ghazi Hammud; DOB 1944; POB Baghdad, Iraq; nationality Iraq; Ba'th party regional command chairman, Wasit (individual) [IRAQ2].

AL-UBAIDI, Yahia Abdallah; nationality Iraq; Ba'th party regional command chairman, al-Basrah (individual) [IRAQ2].

AL-UBAYDI, Ahmad Hassan Kaka (a.k.a. AL NOBANI, Ali; a.k.a. AL-OBEIDI, Ahmed Hassan Kaka; a.k.a. HAZIM KAKA), Al Humayra Village, Taza sub district, Iraq; Kurdi Al Nasir village, Iraq; DOB 1949; POB Baghdad, Iraq; nationality Iraq; Passport F032516 (Iraq) issued 04 May 1976 (individual) [IRAQ3].

AL-UBAYDI, Intissar, Iraq; DOB 1974; nationality Iraq; wife of Izzat Ibrahim Al-Duri (individual) [IRAQ2].

AL-UBAYDI, Khalid Sa'id Ghabish (a.k.a. AL-UBAYDI, Khalid Sa'id Ghubaysh; a.k.a. "UBAYDI, Abu-Amr"), Hadramawt Governorate, Yemen; DOB 1984 to 1986; POB United Arab Emirates; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-UBAYDI, Khalid Sa'id Ghubaysh (a.k.a. AL-UBAYDI, Khalid Sa'id Ghabish; a.k.a. "UBAYDI, Abu-Amr"), Hadramawt Governorate, Yemen; DOB 1984 to 1986; POB United Arab Emirates; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-'UBAYDI, Tarik (a.k.a. AL OBAIDI, Tarik Nasser S.; a.k.a. AL-'UBAYDI, Tariq), Baghdad, Iraq; DOB 1945; POB Baghdad, Iraq; nationality Iraq; Passport 212331 (Iraq) (individual) [IRAQ2].

AL-'UBAYDI, Tariq (a.k.a. AL OBAIDI, Tarik Nasser S.; a.k.a. AL-'UBAYDI, Tarik), Baghdad, Iraq; DOB 1945; POB Baghdad, Iraq; nationality Iraq; Passport 212331 (Iraq) (individual) [IRAQ2].

AL-UBRAHIMI, Ahmad (a.k.a. BRAHIMI, Ahmed; a.k.a. IBRAHIM, Ahmed), El Harrach, Algiers 16200, Algeria; DOB 24 Jun 1970; POB Beni Slimane, Medea, Algeria; nationality Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 309859713 (Algeria) expires 25 Oct 2031 (individual) [SDGT] (Linked To: HAMAS).

AL-'UDARI, Khalid (Arabic: خالد العذري) (a.k.a. AL ATHARI, Khaled; a.k.a. ALODHARI, Khaled Yahya Rageh), Yemen; DOB 01 Jan 1976; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 08213902 (Yemen) expires 30 Dec 2024 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL-UMAQI, Muhammad Salih Abd-Rabbuh (a.k.a. ABDORABOH, Mohammed Saleh; a.k.a. AL OMQI, Mohammed Saleh Abdurabu; a.k.a. ALAMQE, Mohammed Saleh A; a.k.a. AL-AMQI, Muhammad Salih 'Abd-Rabbuh; a.k.a. ALAMQY, Mohammed Salih Abdrabah; a.k.a. AL-OMAQY, Mohammed Saleh Abd Rabo; a.k.a. AL-OMGY, Mohammed Saleh Abd'rabbo; a.k.a. AL-OMGY, Muhammad Salih Abd-Rabbuh (Arabic: محمد صالح عبدربه العمقي); a.k.a. AL-UMGY, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMQI, Mohammad Salih Abdurabbuh; a.k.a. AL-UMQI, Muhammad Saleh Abd-Rabbuh; a.k.a. AL-UMQY, Muhammad Saleh Abd-Rabbuh), Jamal Street, under Royal Hotel, Taiz, Yemen; Mukalla, Yemen; Al Hudaydah San'a' Street, J Dirham, Salam, Hadramawt, Yemen; Al Amqi Company, Al Makla, Ash Shaykh Uthman, Hadramawt, Yemen; Sayyiun, Suq As Sarrafin, Sayun, Yemen; Shabwat, Ataq, Shabwah, Yemen; Tarim, At Tawahi Street, Tarim, Yemen; DOB 11 Feb 1962; alt. DOB 12 Feb 1962; POB Shakhawi, Hadramawt Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02729375 (Yemen) issued 29 Dec 2009 expires 08 Dec 2013; alt. Passport 00692808 (Yemen) issued 03 Mar 2001 expires 03 Mar 2007; Identification Number 08010019189 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-UMAQY, Saeed Saleh Abd-Rabbuh (a.k.a. AL-AMQI, Said Salih Abd-Rabbuh; a.k.a. AL-OMAQI, Saeed Salah Abed Rabboh; a.k.a.

ALOMGY, Said Saleh Abed Rubbah; a.k.a. AL-OMGY, Said Salih Abd-Rabbuh (Arabic: سعيد صالح عبدربه العمقي); a.k.a. AL-OMQI, Saeed Salih Abdrabah; a.k.a. AL-OMQI, Saeed Salih Abd-Rabboh; a.k.a. AL-OMQY, Saeed Salih Abed Rabbo; a.k.a. AL-UMGY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMQI, Said Salah Abd-Rabbuh; a.k.a. AL-UMQY, Said Saleh Abd-Rabbu), Mahal, Al Mukalla, Yemen; DOB 01 Jan 1956; POB Hadramawt Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-UMAYRI, Faruz (a.k.a. AL-OMAIRI, Faruk; a.k.a. OMAIRI, Farouk; a.k.a. OMAIRI, Farouk Abdul Haj; a.k.a. UMAIRI, Faruq), 605 Avenida Brasil, Apt No. 48, Foz do Iguacu, Brazil; DOB 06 Dec 1945; POB Hermel, Lebanon; citizen Brazil; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALUMGY AND BROS MONEY EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI

BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-UMGY AND BROS MONEY EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a.

UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-UMGY, Muhammad Salih Abd-Rabbuh (a.k.a. ABDORABOH, Mohammed Saleh; a.k.a. AL OMQI, Mohammed Saleh Abdurabu; a.k.a. ALAMQE, Mohammed Saleh A; a.k.a. AL-AMQI, Muhammad Salih 'Abd-Rabbuh; a.k.a. ALAMQY, Mohammed Salih Abdrabah; a.k.a. AL-OMAQY, Mohammed Saleh Abd Rabo; a.k.a. AL-OMGY, Mohammed Saleh Abd'rabbo; a.k.a. AL-OMGY, Muhammad Salih Abd-Rabbuh (Arabic: محمد صالح عبدربه العمقي); a.k.a. AL-UMAQI, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMQI, Mohammad Salih Abdurabbuh; a.k.a. AL-UMQI, Muhammad Saleh Abd-Rabbuh; a.k.a. AL-UMQY, Muhammad Saleh Abd-Rabbuh), Jamal Street, under Royal Hotel, Taiz, Yemen; Mukalla, Yemen; Al Hudaydah San'a' Street, J Dirham, Salam, Hadramawt, Yemen; Al Amqi Company, Al Makla, Ash Shaykh Uthman, Hadramawt, Yemen; Sayyiun, Suq As Sarrafin, Sayun, Yemen; Shabwat, Ataq, Shabwah, Yemen; Tarim, At Tawahi Street, Tarim, Yemen; DOB 11 Feb 1962; alt. DOB 12 Feb 1962; POB Shakhawi, Hadramawt Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02729375 (Yemen) issued 29 Dec 2009 expires 08 Dec 2013; alt. Passport 00692808 (Yemen) issued 03 Mar 2001 expires 03 Mar 2007; Identification Number 08010019189 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-UMGY, Saeed Saleh Abd-Rabbuh (a.k.a. AL-AMQI, Said Salih Abd-Rabbuh; a.k.a. AL-OMAQI, Saeed Salah Abed Rabboh; a.k.a. ALOMGY, Said Saleh Abed Rubbah; a.k.a. AL-OMGY, Said Salih Abd-Rabbuh (Arabic: سعيد

صالح عبدربه العمقي); a.k.a. AL-OMQI, Saeed Salih Abdrabah; a.k.a. AL-OMQI, Saeed Salih Abd-Rabboh; a.k.a. AL-OMQY, Saeed Salih Abed Rabbo; a.k.a. AL-UMAQY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMQI, Said Salah Abd-Rabbuh; a.k.a. AL-UMQY, Said Saleh Abd-Rabbu), Mahal, Al Mukalla, Yemen; DOB 01 Jan 1956; POB Hadramawt Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

ALUMINAT (a.k.a. ALUMINAT PRODUCTION AND INDUSTRIAL COMPANY), Unit 38, 5th Floor, No. 9, Golfam Avenue, Africa Avenue, Tehran, Iran; Factory-Kilometer 13, Arak Road, Parcham Street, Arak, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ALUMINAT PRODUCTION AND INDUSTRIAL COMPANY (a.k.a. ALUMINAT), Unit 38, 5th Floor, No. 9, Golfam Avenue, Africa Avenue, Tehran, Iran; Factory-Kilometer 13, Arak Road, Parcham Street, Arak, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ALUMINIOM JONUB (a.k.a. SOUTH ALUMINUM; a.k.a. SOUTH ALUMINUM COMPANY (Arabic: شرکت مجتمع صنایع آلومینیوم جنوب); a.k.a. "SALCO"), Iran; No. 35, 13th, Asadabadi Av., Tehran, Iran; Lamerd Special Economic Zone for Energy Intensive Industries, 8th km, Lamerd-khonj Road, Lamerd City, Fars Province, Iran; Website http://salcocompany.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13871] (Linked To: GHADIR INVESTMENT COMPANY).

ALUMINUM PEGAH ARAK (a.k.a. PEGAH ALUMINUM ARAK COMPANY (Arabic: شرکت پیگاه آلومینیوم اراک); a.k.a. PEGAH ALUMINUM COMPANY), Arak, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 11 Dec 2008; National ID No. 10780122347 (Iran); Registration Number 8722 (Iran) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

ALUMIX (f.k.a. DOGMOCH; a.k.a. DOMAL SAL; a.k.a. NATIONAL ALUMINUM DRAWING AND DRAWING COMPANY SAL; a.k.a. NATIONAL COMPANY FOR ALUMINUM EXTRUSION

AND COLORING; a.k.a. "ALOMEX"), Calot Center, Sami El Solh Street, Badaro, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1010799 (Lebanon) [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

AL-'UMQI BUREAUX DE CHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-UMQI CURRENCY EXCHANGE COMPANY (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-'UMQI GROUP FOR TRADE AND INVESTMENT (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL

OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-UMQI HAWALA (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-

OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-'UMQI MONEY EXCHANGE COMPANY (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE

COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-UMQI, Mohammad Salih Abdurabbuh (a.k.a. ABDORABOH, Mohammed Saleh; a.k.a. AL OMQI, Mohammed Saleh Abdurabu; a.k.a. ALAMQE, Mohammed Saleh A; a.k.a. AL-AMQI, Muhammad Salih 'Abd-Rabbuh; a.k.a. ALAMQY, Mohammed Salih Abdrabah; a.k.a. AL-OMAQY, Mohammed Saleh Abd Rabo; a.k.a. AL-OMGY, Mohammed Saleh Abd'rabbo; a.k.a. AL-OMGY, Muhammad Salih Abd-Rabbuh (Arabic: محمد صالح عبدربه العمقي); a.k.a. AL-UMAQI, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMGY, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMQI, Mohammad Salih Abdurabbuh; a.k.a. AL-UMQY, Muhammad Saleh Abd-Rabbuh), Jamal Street, under Royal Hotel, Taiz, Yemen; Mukalla, Yemen; Al Hudaydah San'a' Street, J Dirham, Salam, Hadramawt, Yemen; Al Amqi Company, Al Makla, Ash Shaykh Uthman, Hadramawt,

Yemen; Sayyiun, Suq As Sarrafin, Sayun, Yemen; Shabwat, Ataq, Shabwah, Yemen; Tarim, At Tawahi Street, Tarim, Yemen; DOB 11 Feb 1962; alt. DOB 12 Feb 1962; POB Shakhawi, Hadramawt Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02729375 (Yemen) issued 29 Dec 2009 expires 08 Dec 2013; alt. Passport 00692808 (Yemen) issued 03 Mar 2001 expires 03 Mar 2007; Identification Number 08010019189 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-UMQI, Muhammad Saleh Abd-Rabbuh (a.k.a. ABDORABOH, Mohammed Saleh; a.k.a. AL OMQI, Mohammed Saleh Abdurabu; a.k.a. ALAMQE, Mohammed Saleh A; a.k.a. AL-AMQI, Muhammad Salih 'Abd-Rabbuh; a.k.a. ALAMQY, Mohammed Salih Abdrabah; a.k.a. AL-OMAQY, Mohammed Saleh Abd Rabo; a.k.a. AL-OMGY, Mohammed Saleh Abd'rabbo; a.k.a. AL-OMGY, Muhammad Salih Abd-Rabbuh (Arabic: محمد صالح عبدربه العمقي); a.k.a. AL-UMAQI, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMGY, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMQI, Mohammad Salih Abdurabbuh; a.k.a. AL-UMQY, Muhammad Saleh Abd-Rabbuh), Jamal Street, under Royal Hotel, Taiz, Yemen; Mukalla, Yemen; Al Hudaydah San'a' Street, J Dirham, Salam, Hadramawt, Yemen; Al Amqi Company, Al Makla, Ash Shaykh Uthman, Hadramawt, Yemen; Sayyiun, Suq As Sarrafin, Sayun, Yemen; Shabwat, Ataq, Shabwah, Yemen; Tarim, At Tawahi Street, Tarim, Yemen; DOB 11 Feb 1962; alt. DOB 12 Feb 1962; POB Shakhawi, Hadramawt Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02729375 (Yemen) issued 29 Dec 2009 expires 08 Dec 2013; alt. Passport 00692808 (Yemen) issued 03 Mar 2001 expires 03 Mar 2007; Identification Number 08010019189 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-UMQI, Said Salah Abd-Rabbuh (a.k.a. AL-AMQI, Said Salih Abd-Rabbuh; a.k.a. AL-OMAQI, Saeed Salah Abed Rabboh; a.k.a. ALOMGY, Said Saleh Abed Rubbah; a.k.a. AL-

OMGY, Said Salih Abd-Rabbuh (Arabic: سعيد صالح عبدربه العمقي); a.k.a. AL-OMQI, Saeed Salih Abdrabah; a.k.a. AL-OMQI, Saeed Salih Abd-Rabboh; a.k.a. AL-OMQY, Saeed Salih Abed Rabbo; a.k.a. AL-UMAQY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMGY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMQY, Said Saleh Abd-Rabbu), Mahal, Al Mukalla, Yemen; DOB 01 Jan 1956; POB Hadramawt Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-UMQY, Muhammad Saleh Abd-Rabbuh (a.k.a. ABDORABOH, Mohammed Saleh; a.k.a. AL OMQI, Mohammed Saleh Abdurabu; a.k.a. ALAMQE, Mohammed Saleh A; a.k.a. AL-AMQI, Muhammad Salih 'Abd-Rabbuh; a.k.a. ALAMQY, Mohammed Salih Abdrabah; a.k.a. AL-OMAQY, Mohammed Saleh Abd Rabo; a.k.a. AL-OMGY, Mohammed Saleh Abd'rabbo; a.k.a. AL-OMGY, Muhammad Salih Abd-Rabbuh (Arabic: محمد صالح عبدربه العمقي); a.k.a. AL-UMAQI, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMGY, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMQI, Mohammad Salih Abdurabbuh; a.k.a. AL-UMQI, Muhammad Saleh Abd-Rabbuh), Jamal Street, under Royal Hotel, Taiz, Yemen; Mukalla, Yemen; Al Hudaydah San'a' Street, J Dirham, Salam, Hadramawt, Yemen; Al Amqi Company, Al Makla, Ash Shaykh Uthman, Hadramawt, Yemen; Sayyiun, Suq As Sarrafin, Sayun, Yemen; Shabwat, Ataq, Shabwah, Yemen; Tarim, At Tawahi Street, Tarim, Yemen; DOB 11 Feb 1962; alt. DOB 12 Feb 1962; POB Shakhawi, Hadramawt Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02729375 (Yemen) issued 29 Dec 2009 expires 08 Dec 2013; alt. Passport 00692808 (Yemen) issued 03 Mar 2001 expires 03 Mar 2007; Identification Number 08010019189 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-UMQY, Said Saleh Abd-Rabbu (a.k.a. AL-AMQI, Said Salih Abd-Rabbuh; a.k.a. AL-OMAQI, Saeed Salah Abed Rabboh; a.k.a. ALOMGY, Said Saleh Abed Rubbah; a.k.a. AL-

OMGY, Said Salih Abd-Rabbuh (Arabic: سعيد صالح عبدربه العمقي); a.k.a. AL-OMQI, Saeed Salih Abdrabah; a.k.a. AL-OMQI, Saeed Salih Abd-Rabboh; a.k.a. AL-OMQY, Saeed Salih Abed Rabbo; a.k.a. AL-UMAQY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMGY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMQI, Said Salah Abd-Rabbu), Mahal, Al Mukalla, Yemen; DOB 01 Jan 1956; POB Hadramawt Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

ALUOALII, Mohamad (a.k.a. AL HAMIDAN, Mohamad Alsaied; a.k.a. ALHEMEDAN, Mohamad Alsaeed; a.k.a. ALHMEDAN, Mohamad Alsaeed; a.k.a. ALHMIDAN, Mohamad; a.k.a. ALHMIDAN, Mohamad Alsaied; a.k.a. ALWAKIE, Mohamad; a.k.a. AYSSA, Walid), Turkey; DOB 20 Feb 1976; alt. DOB 13 Feb 1975; alt. DOB 07 Jan 1977; alt. DOB 15 Feb 1976; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N010084435 (Syria); Identification Number N002595610 (Syria); alt. Identification Number 00407L012704 (Syria); alt. Identification Number N0097000224 (Syria); alt. Identification Number L07521 (Syria) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-URAYDI, Sami Mahmud Mohammed (a.k.a. ERIDI, Sami Mahmoud Mohammad; a.k.a. "AL-SHAMI, Abu Mahmud"), Syria; DOB 1973; POB Amman, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K086725 (Jordan) issued 12 Oct 2008; Identification Number 973103364 (Jordan) (individual) [SDGT] (Linked To: HURRAS AL-DIN).

AL-URDUNI, Abu Raghad (a.k.a. AL-'ALLAK, Ashraf Ahmad Fari'; a.k.a. AL-ALLAL, Ashraf Ahmad Fari; a.k.a. BASHQ, Abu Raghad; a.k.a. FARI', Ashraf Ahmad; a.k.a. "BASHIQ"), Dar'a, Syria; DOB 15 Dec 1978; POB Amman, Jordan; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-'USAMA TRADING COMPANY (a.k.a. AL-OSAMA TRADING CO. LTD.; a.k.a. ASYAF

GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING & INVESTMENT; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING AND INVESTMENT; a.k.a. DAN ISDICO; a.k.a. M/S OSAMA KHAIRY HAFEZ TRADING EST.; a.k.a. OSAMA TRADING COMPANY LTD; a.k.a. "AL-'USAMAH COMPANY"; a.k.a. "ASAMA COMMERCIAL COMPANY"; a.k.a. "ASAMA COMPANY"; a.k.a. "NURIN COMPANY"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; 504 & 7102, Ibrahim Shakir Building, Hail Street Rowais, Near Caravan Center, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah, Saudi Arabia; Riyadh 14213, Saudi Arabia; Dammam, Saudi Arabia; Al Kharaj, Saudi Arabia; Qasim, Saudi Arabia; Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-AGHA, Abu Ubaydah Khayri Hafiz; Linked To: HAMAS).

AL-USTA, 'Abd Al-Razzaq Al-Sharif (a.k.a. AL USTA, Abdelrazag Elsharif; a.k.a. ELOSTA, Abdelrazag Elsharif; a.k.a. SHARIF, 'Abd al-Razzaq; a.k.a. "ABU MU'AWIYA"; a.k.a. "AL-MULAY, 'Abd"), undetermined; DOB 20 Jun 1963; POB SOGUMA, LIBYA; nationality United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-USTAD, Majdi Fayiz Hasan (Arabic: مجدي فايز حسن الاستاذ) (a.k.a. AL-USTADZ, Majdi Fa'iz; a.k.a. AL-'USTADZ, Majid Fayiz), Istanbul, Turkey; DOB 27 Feb 1966; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 26699900002 (Palestinian) (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

AL-USTADZ, Majdi Fa'iz (a.k.a. AL-USTAD, Majdi Fayiz Hasan (Arabic: مجدي فايز حسن الاستاذ); a.k.a. AL-'USTADZ, Majid Fayiz), Istanbul, Turkey; DOB 27 Feb 1966; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 26699900002 (Palestinian) (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

AL-'USTADZ, Majid Fayiz (a.k.a. AL-USTAD, Majdi Fayiz Hasan (Arabic: مجدي فايز حسن

الاستاذ); a.k.a. AL-USTADZ, Majdi Fa'iz), Istanbul, Turkey; DOB 27 Feb 1966; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 26699900002 (Palestinian) (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

AL-'UTAYBI, 'Ali Manahi 'Ali al-Mahaydali (a.k.a. AL-NAJDI, Muhannad; a.k.a. "AL-TAJIKI, Ghassan"); DOB 19 May 1984; POB al-Duwadmi, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-UWAYR, Ibrahim (Arabic: ابراهيم العوير) (a.k.a. AGAOGLU, Ibrahim; a.k.a. AL-'UWAYR, Ibrahim Talal), Istanbul, Turkey; DOB 30 Apr 1991; POB Hama, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MIRA IHRACAT ITHALAT PETROL URUNLERI SANAYI TICARET LIMITED SIRKETI).

AL-'UWAYR, Ibrahim Talal (a.k.a. AGAOGLU, Ibrahim; a.k.a. AL-UWAYR, Ibrahim (Arabic: ابراهيم العوير)), Istanbul, Turkey; DOB 30 Apr 1991; POB Hama, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MIRA IHRACAT ITHALAT PETROL URUNLERI SANAYI TICARET LIMITED SIRKETI).

AL-UZBEK, Jaffar (a.k.a. AL-UZBEKI, Jafar; a.k.a. MUHIDINOV, Jafar; a.k.a. MUIDINOV, Dilshod Alimovich; a.k.a. MUIDINOV, Djafar; a.k.a. MUIDINOV, Jafar; a.k.a. SADIKOV, Olimzhon Adkhamovich); DOB 01 Jan 1977 to 31 Dec 1985; nationality Uzbekistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-UZBEKI, Jafar (a.k.a. AL-UZBEK, Jaffar; a.k.a. MUHIDINOV, Jafar; a.k.a. MUIDINOV, Dilshod Alimovich; a.k.a. MUIDINOV, Djafar; a.k.a. MUIDINOV, Jafar; a.k.a. SADIKOV, Olimzhon Adkhamovich); DOB 01 Jan 1977 to 31 Dec 1985; nationality Uzbekistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALVAND MOTORBUILDING INDUSTRIES PRIVATE COMPANY (a.k.a. SANAYE

MOTORSAZI ALVAND PRIVATE COMPANY (Arabic: شرکت صنایع موتورسازی الوند)), Central Sector, Bagh Saba-Sohrevardi Street, Ghabousnameh Street, Shahid Mohammad Bakhshi Movaghar Alley, No. 27, First Floor, Tehran, Tehran Province 1588856641, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 01 Jan 2023; National ID No. 14011819996 (Iran); Registration Number 606989 (Iran) [NPWMD] [IFSR] (Linked To: ABDI ASJERD, Abbas).

ALVARADO CASTILLO, Gerardo, Mexico; DOB 06 Jul 1988; POB Veracruz, Mexico; nationality Mexico; Gender Male; C.U.R.P. AACG880706HVZLSR00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ALVARADO RUBIO, Teresa De Jesus, Puerto Vallarta, Jalisco, Mexico; DOB 27 Oct 1972; POB Puerto Vallarta, Jalisco, Mexico; nationality Mexico; Gender Female; C.U.R.P. AART721027MJCLBR09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ALVARADO, Arnulfo (a.k.a. AKMAL, Hakid; a.k.a. BERUSA, Brandon; a.k.a. DELLOS, Reendo Cain; a.k.a. DELLOSA Y CAIN, Redendo; a.k.a. DELLOSA, Ahmad; a.k.a. DELLOSA, Habil Ahmad; a.k.a. DELLOSA, Habil Akmad; a.k.a. DELLOSA, Redendo Cain; a.k.a. DELLOSA, Redendo Cain Jabil; a.k.a. "ILONGGO, Abu"; a.k.a. "LLONGGO, Abu"; a.k.a. "MUADZ, Abu"), 3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Federal ID Card 33-3208848-3 (Philippines) (individual) [SDGT].

ALVARADO, Imad Abdul Rahim, Lebanon; DOB 26 Jan 1970; nationality Colombia; citizen Colombia; Cedula No. 0005629133 (Colombia) (individual) [SDNT].

ALVARES, Carlos, Moscow, Russia; DOB 18 May 1971; POB Spain; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. AV176942 (Spain) (individual) [CYBER2] (Linked To: EVIL CORP).

ALVAREZ ALVAREZ, Dobel (a.k.a. ALVAREZ ALVAREZ, Wenceslao; a.k.a. ALVAREZ ALVAREZ, Wenchin; a.k.a. ALVAREZ ALVAREZ, Wencho; a.k.a. ALVAREZ ALVAREZ, Wencholin), Esquina de la Calle Vicente Guerrero y Plan de Iguala Numero 74,

Colonia Libertad, Nueva Italia, Michoacan, Mexico; Calle Articulo 123 Numero 103, Colonia Centro, Nueva Italia, Michoacan, Mexico; Avenida Circuito Mexico Numero 1204 L-29, Colonia Las Americas Britania, Morelia, Michoacan CP 58270, Mexico; Calle Ignacio Allende, S/N Casi Esquina Con Lazaro Cardenas Norte, Nueva Italia, Michoacan, Mexico; Esquina de Ignacio Allende Numero y Lazaro Cardenas Norte Numero 500, Nueva Italia, Michoacan, Mexico; DOB 13 Jun 1972; POB Mugica, Michoacan, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. AAAW720613HMNLLN02 (Mexico) (individual) [SDNTK].

ALVAREZ ALVAREZ, Gerardo (a.k.a. ALVAREZ VASQUEZ, Joel; a.k.a. ALVAREZ VASQUEZ, Jose Gerardo; a.k.a. ALVAREZ VAZQUEZ, Jose Gerardo; a.k.a. ALVAREZ VELASQUEZ, Jose Gerardo; a.k.a. SANCHEZ SALAMANCA, Salvador; a.k.a. ZALDIVAR VEGA, Javier; a.k.a. "EL GERA"; a.k.a. "EL INDIO"), c/o AMERICAN TUNE UP, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Avenida Gonzalez Gallo #2537, Sector Reforma, Guadalajara, Jalisco, Mexico; DOB 03 Nov 1963; alt. DOB 24 Sep 1965; alt. DOB 10 May 1966; POB Las Avilas, Guerrero, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

ALVAREZ ALVAREZ, Wenceslao (a.k.a. ALVAREZ ALVAREZ, Dobel; a.k.a. ALVAREZ ALVAREZ, Wenchin; a.k.a. ALVAREZ ALVAREZ, Wencho; a.k.a. ALVAREZ ALVAREZ, Wencholin), Esquina de la Calle Vicente Guerrero y Plan de Iguala Numero 74, Colonia Libertad, Nueva Italia, Michoacan, Mexico; Calle Articulo 123 Numero 103, Colonia Centro, Nueva Italia, Michoacan, Mexico; Avenida Circuito Mexico Numero 1204 L-29, Colonia Las Americas Britania, Morelia, Michoacan CP 58270, Mexico; Calle Ignacio Allende, S/N Casi Esquina Con Lazaro Cardenas Norte, Nueva Italia, Michoacan, Mexico; Esquina de Ignacio Allende Numero y Lazaro Cardenas Norte Numero 500, Nueva Italia, Michoacan, Mexico; DOB 13 Jun 1972; POB Mugica, Michoacan, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. AAAW720613HMNLLN02 (Mexico) (individual) [SDNTK].

ALVAREZ ALVAREZ, Wenchin (a.k.a. ALVAREZ ALVAREZ, Dobel; a.k.a. ALVAREZ ALVAREZ, Wenceslao; a.k.a. ALVAREZ ALVAREZ, Wencho; a.k.a. ALVAREZ ALVAREZ,

Wencholin), Esquina de la Calle Vicente Guerrero y Plan de Iguala Numero 74, Colonia Libertad, Nueva Italia, Michoacan, Mexico; Calle Articulo 123 Numero 103, Colonia Centro, Nueva Italia, Michoacan, Mexico; Avenida Circuito Mexico Numero 1204 L-29, Colonia Las Americas Britania, Morelia, Michoacan CP 58270, Mexico; Calle Ignacio Allende, S/N Casi Esquina Con Lazaro Cardenas Norte, Nueva Italia, Michoacan, Mexico; Esquina de Ignacio Allende Numero y Lazaro Cardenas Norte Numero 500, Nueva Italia, Michoacan, Mexico; DOB 13 Jun 1972; POB Mugica, Michoacan, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. AAAW720613HMNLLN02 (Mexico) (individual) [SDNTK].

ALVAREZ ALVAREZ, Wencho (a.k.a. ALVAREZ ALVAREZ, Dobel; a.k.a. ALVAREZ ALVAREZ, Wenceslao; a.k.a. ALVAREZ ALVAREZ, Wenchin; a.k.a. ALVAREZ ALVAREZ, Wencholin), Esquina de la Calle Vicente Guerrero y Plan de Iguala Numero 74, Colonia Libertad, Nueva Italia, Michoacan, Mexico; Calle Articulo 123 Numero 103, Colonia Centro, Nueva Italia, Michoacan, Mexico; Avenida Circuito Mexico Numero 1204 L-29, Colonia Las Americas Britania, Morelia, Michoacan CP 58270, Mexico; Calle Ignacio Allende, S/N Casi Esquina Con Lazaro Cardenas Norte, Nueva Italia, Michoacan, Mexico; Esquina de Ignacio Allende Numero y Lazaro Cardenas Norte Numero 500, Nueva Italia, Michoacan, Mexico; DOB 13 Jun 1972; POB Mugica, Michoacan, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. AAAW720613HMNLLN02 (Mexico) (individual) [SDNTK].

ALVAREZ ALVAREZ, Wencholin (a.k.a. ALVAREZ ALVAREZ, Dobel; a.k.a. ALVAREZ ALVAREZ, Wenceslao; a.k.a. ALVAREZ ALVAREZ, Wenchin; a.k.a. ALVAREZ ALVAREZ, Wencho), Esquina de la Calle Vicente Guerrero y Plan de Iguala Numero 74, Colonia Libertad, Nueva Italia, Michoacan, Mexico; Calle Articulo 123 Numero 103, Colonia Centro, Nueva Italia, Michoacan, Mexico; Avenida Circuito Mexico Numero 1204 L-29, Colonia Las Americas Britania, Morelia, Michoacan CP 58270, Mexico; Calle Ignacio Allende, S/N Casi Esquina Con Lazaro Cardenas Norte, Nueva Italia, Michoacan, Mexico; Esquina de Ignacio Allende Numero y Lazaro Cardenas Norte Numero 500, Nueva Italia, Michoacan, Mexico; DOB 13 Jun 1972; POB Mugica, Michoacan, Mexico; nationality Mexico; citizen Mexico; C.U.R.P.

AAAW720613HMNLLN02 (Mexico) (individual) [SDNTK].

ALVAREZ CASAS, Lazaro Alberto, Cuba; DOB 1963; Gender Male (individual) [GLOMAG].

ALVAREZ DEL RIO, Fredy de Jesus; POB Colombia; Cedula No. 98557177 (Colombia) (individual) [SDNT].

ALVAREZ ESCOBAR, Jonathan (a.k.a. "Primo"), Colombia; DOB 10 Sep 1986; POB Tulua, Valle, Colombia; Gender Male; Cedula No. 1017136706 (Colombia) (individual) [SDNTK].

ALVAREZ INZUNZA, Juan Manuel (a.k.a. INZUNZA ZAZUETA, Erik Tadeo; a.k.a. OSUNA GODOY, Rolando; a.k.a. SALAS ROJO, Juan Manuel; a.k.a. TAMAYO IBARRA, Juan Manuel; a.k.a. "REY MIDAS"), 1538 Calle Turmalina Dos, Colonia Stase, Culiacan, Sinaloa, Mexico; DOB 08 Aug 1981; POB Culiacan, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. AAIJ810808HSLLNN01 (Mexico); RFC AAIJ810808SX4 (Mexico) (individual) [SDNTK] (Linked To: OPERADORA EFICAZ PEGASO; Linked To: NUEVA ATUNERA TRITON S.A. DE C.V.).

ALVAREZ PERALTA, Fernando Gustavo, Guadalajara, Jalisco, Mexico; DOB 23 Jan 1961; citizen Bolivia; Gender Male; R.F.C. AAPF610123BJ0 (Mexico); NIT # 2970301015 (Bolivia); C.U.R.P. AAPF610123HNELRR02 (Mexico); Residency Number 0434529 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION).

ALVAREZ PINEDA, Rafael (a.k.a. "CHEPE"); DOB 27 Mar 1975; POB Yacopi, Cundinamarca, Colombia; citizen Colombia; Cedula No. 98649747 (Colombia) (individual) [SDNTK].

ALVAREZ VASQUEZ, Joel (a.k.a. ALVAREZ ALVAREZ, Gerardo; a.k.a. ALVAREZ VASQUEZ, Jose Gerardo; a.k.a. ALVAREZ VAZQUEZ, Jose Gerardo; a.k.a. ALVAREZ VELASQUEZ, Jose Gerardo; a.k.a. SANCHEZ SALAMANCA, Salvador; a.k.a. ZALDIVAR VEGA, Javier; a.k.a. "EL GERA"; a.k.a. "EL INDIO"), c/o AMERICAN TUNE UP, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Avenida Gonzalez Gallo #2537, Sector Reforma, Guadalajara, Jalisco, Mexico; DOB 03 Nov 1963; alt. DOB 24 Sep 1965; alt. DOB 10 May 1966; POB Las Avilas, Guerrero, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

ALVAREZ VASQUEZ, Jose Gerardo (a.k.a. ALVAREZ ALVAREZ, Gerardo; a.k.a. ALVAREZ VASQUEZ, Joel; a.k.a. ALVAREZ

VAZQUEZ, Jose Gerardo; a.k.a. ALVAREZ VELASQUEZ, Jose Gerardo; a.k.a. SANCHEZ SALAMANCA, Salvador; a.k.a. ZALDIVAR VEGA, Javier; a.k.a. "EL GERA"; a.k.a. "EL INDIO"), c/o AMERICAN TUNE UP, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Avenida Gonzalez Gallo #2537, Sector Reforma, Guadalajara, Jalisco, Mexico; DOB 03 Nov 1963; alt. DOB 24 Sep 1965; alt. DOB 10 May 1966; POB Las Avilas, Guerrero, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

ALVAREZ VAZQUEZ, Jose Gerardo (a.k.a. ALVAREZ ALVAREZ, Gerardo; a.k.a. ALVAREZ VASQUEZ, Joel; a.k.a. ALVAREZ VASQUEZ, Jose Gerardo; a.k.a. ALVAREZ VELASQUEZ, Jose Gerardo; a.k.a. SANCHEZ SALAMANCA, Salvador; a.k.a. ZALDIVAR VEGA, Javier; a.k.a. "EL GERA"; a.k.a. "EL INDIO"), c/o AMERICAN TUNE UP, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Avenida Gonzalez Gallo #2537, Sector Reforma, Guadalajara, Jalisco, Mexico; DOB 03 Nov 1963; alt. DOB 24 Sep 1965; alt. DOB 10 May 1966; POB Las Avilas, Guerrero, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

ALVAREZ VELASQUEZ, Jose Gerardo (a.k.a. ALVAREZ ALVAREZ, Gerardo; a.k.a. ALVAREZ VASQUEZ, Joel; a.k.a. ALVAREZ VASQUEZ, Jose Gerardo; a.k.a. ALVAREZ VAZQUEZ, Jose Gerardo; a.k.a. SANCHEZ SALAMANCA, Salvador; a.k.a. ZALDIVAR VEGA, Javier; a.k.a. "EL GERA"; a.k.a. "EL INDIO"), c/o AMERICAN TUNE UP, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Avenida Gonzalez Gallo #2537, Sector Reforma, Guadalajara, Jalisco, Mexico; DOB 03 Nov 1963; alt. DOB 24 Sep 1965; alt. DOB 10 May 1966; POB Las Avilas, Guerrero, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

ALVAREZ ZEPEDA, Alfredo (a.k.a. ONTIVEROS RIOS, Gabino; a.k.a. RODRIGO ALVAREZ, Sacarias), C. Paloma 903, Col. Fatima, Durango, Durango C.P. 34080, Mexico; Colonia San Jose del Barranco, Badiraguato, Sinaloa, Mexico; Boulevard Jesus Kumate Rodriguez, Kilometro 2 Edificio 2, Colonia Rincon del Valle, Culiacan, Sinaloa C.P. 80155, Mexico; Calle Loc Cospita S/N, Colonia Loc Cospita, Culiacan, Sinaloa C.P. 80000, Mexico; DOB 12 Sep 1977; alt. DOB 19 Feb 1981; POB Culiacan, Sinaloa, Mexico; alt. POB Vicente Guerrero, Durango, Mexico; R.F.C.

OIRG810219GGA (Mexico); Credencial electoral RDALSC77091210H700 (Mexico); C.U.R.P. OIRG810219HSLNSB09 (Mexico); alt. C.U.R.P. ROAS770912HDGDLC02 (Mexico) (individual) [SDNTK].

ALVAREZ ZEPEDA, Oscar, Avenida Francisco Solis No. 30-B, Colonia Vicente Lombardo Toledano, Culiacan, Sinaloa C.P. 80010, Mexico; Boulevard Universitarios No. 789, Local 4, Colonia Villa Universidad, Culiacan, Sinaloa C.P. 80010, Mexico; Localidad San Jose del Barranco S/N, Badiraguato, Sinaloa C.P. 80500, Mexico; DOB 15 Sep 1979; POB Badiraguato, Sinaloa, Mexico; R.F.C. AAZO790915AL6 (Mexico); C.U.R.P. AAZO790915HSLLPS09 (Mexico) (individual) [SDNTK].

ALVI, Abdul Rauf (a.k.a. AZHAR, Abdul Rauf; a.k.a. AZHAR, Abdur Rauf); DOB 1974; POB Bwawal Pur, Pakistan; alt. POB Bahawalpur, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALVI, Mohammad Masood Azhar (a.k.a. AZHAR, Masud; a.k.a. ESAH, Wali Adam; a.k.a. ISAH, Wali Adam), 1260/108, Block N0.6-B, Kausar Colony, Model Town-B, Bahawalpur, Punjab Province, Pakistan; Lahore City, Lahore District, Punjab Province, Pakistan; DOB 10 Jul 1968; alt. DOB 10 Jun 1968; POB Bahawalpur, Punjab Province, Pakistan; nationality Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Maulana (individual) [SDGT].

AL-WAAD AL-SADIQ (a.k.a. 'MASHURA WAAD LAADAT AL-AAMAR; a.k.a. WAAD; a.k.a. WA'AD AS SADIQ; a.k.a. WAAD COMPANY; a.k.a. WAAD FOR REBUILDING THE SOUTHERN SUBURB; a.k.a. WAAD PROJECT; a.k.a. WAAD PROJECT FOR RECONSTRUCTION; a.k.a. WA'D PROJECT; a.k.a. WAED; a.k.a. WA'ED ORGANIZATION; a.k.a. WA'ID COMPANY), Harat Hurayk, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Telephone No. 009613679153; Telephone No. 009613380223; Telephone No. 03889402; Telephone No. 03669916 [SDGT].

AL-WADI AL-KABIR COMPANY (a.k.a. ALWADI KABIR CO; a.k.a. WADI AL-KABIR COMPANY; a.k.a. WADI KABIR CO. FOR LOGISTICS SERVICES (Arabic: شركة الوادي الكبير للخدمات اللوجستية)), Sana'a, Yemen; Raysut, Oman; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Nov 2020; Organization Type: Transportation and storage [SDGT] (Linked To: ANSARALLAH).

ALWADI KABIR CO (a.k.a. AL-WADI AL-KABIR COMPANY; a.k.a. WADI AL-KABIR COMPANY; a.k.a. WADI KABIR CO. FOR LOGISTICS SERVICES (Arabic: شركة الوادي الكبير للخدمات اللوجستية)), Sana'a, Yemen; Raysut, Oman; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Nov 2020; Organization Type: Transportation and storage [SDGT] (Linked To: ANSARALLAH).

AL-WADI, Faysal (a.k.a. WADI, Faisal Mohamed M; a.k.a. WADY, Faisl Mohamed), Malta; DOB 15 Dec 1978; alt. DOB 15 Dec 1976; POB Libya; nationality Libya; Gender Male; Passport 530037 (Libya); National ID No. 037956A (Malta) (individual) [LIBYA3].

AL-WAFA, Ali Ibrahim (a.k.a. AL-WAFA, Alie Ibrahim; a.k.a. AL-WATFA, Ali Ibrahim; a.k.a. AL-WATFA, Alie Ibrahim; a.k.a. IBRAHIM, Al Hajj Alie), 26 Malama Thomas Street, Freetown, Sierra Leone; DOB 1969; POB Al Qalamun, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-WAFA, Alie Ibrahim (a.k.a. AL-WAFA, Ali Ibrahim; a.k.a. AL-WATFA, Ali Ibrahim; a.k.a. AL-WATFA, Alie Ibrahim; a.k.a. IBRAHIM, Al Hajj Alie), 26 Malama Thomas Street, Freetown, Sierra Leone; DOB 1969; POB Al Qalamun, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-WAFI, Bilal (a.k.a. AL-WAFI, Bilal 'Ali; a.k.a. AL-WAFI, Bilal Ali Muhammad; a.k.a. AL-WARAFI, 'Ali 'Abbad Muhammad; a.k.a. "ABU AL-WALEED"; a.k.a. "ABU AL-WALID"), Ta'izz Governorate, Yemen; DOB 1986 to 1989; POB Ta'izz Governorate, Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-WAFI, Bilal 'Ali (a.k.a. AL-WAFI, Bilal; a.k.a. AL-WAFI, Bilal Ali Muhammad; a.k.a. AL-WARAFI, 'Ali 'Abbad Muhammad; a.k.a. "ABU AL-WALEED"; a.k.a. "ABU AL-WALID"), Ta'izz Governorate, Yemen; DOB 1986 to 1989; POB Ta'izz Governorate, Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-WAFI, Bilal Ali Muhammad (a.k.a. AL-WAFI, Bilal; a.k.a. AL-WAFI, Bilal 'Ali; a.k.a. AL-WARAFI, 'Ali 'Abbad Muhammad; a.k.a. "ABU AL-WALEED"; a.k.a. "ABU AL-WALID"), Ta'izz Governorate, Yemen; DOB 1986 to 1989; POB Ta'izz Governorate, Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-WAKALA AL-ISLAMIYA AL-AFRIKIA L'IL-IGHATHA (a.k.a. AL-WAKALA AL-ISLAMIYA L'IL-IGHATHA; a.k.a. IARA; a.k.a. ISLAMIC AFRICAN RELIEF AGENCY; a.k.a. ISLAMIC AMERICAN RELIEF AGENCY; a.k.a. ISLAMIC RELIEF AGENCY; a.k.a. "ISRA"), 201 E. Cherry Street, Suite D, Columbia, MO 65205, United States; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; all offices worldwide [SDGT].

AL-WAKALA AL-ISLAMIYA L'IL-IGHATHA (a.k.a. AL-WAKALA AL-ISLAMIYA AL-AFRIKIA L'IL-IGHATHA; a.k.a. IARA; a.k.a. ISLAMIC AFRICAN RELIEF AGENCY; a.k.a. ISLAMIC AMERICAN RELIEF AGENCY; a.k.a. ISLAMIC RELIEF AGENCY; a.k.a. "ISRA"), 201 E. Cherry Street, Suite D, Columbia, MO 65205, United States; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; all offices worldwide [SDGT].

ALWAKIE, Mohamad (a.k.a. AL HAMIDAN, Mohamad Alsaied; a.k.a. ALHEMEDAN, Mohamad Alsaeed; a.k.a. ALHMEDAN, Mohamad Alsaeed; a.k.a. ALHMIDAN, Mohamad; a.k.a. ALHMIDAN, Mohamad Alsaied; a.k.a. ALUOALII, Mohamad; a.k.a. AYSSA, Walid), Turkey; DOB 20 Feb 1976; alt.

DOB 13 Feb 1975; alt. DOB 07 Jan 1977; alt. DOB 15 Feb 1976; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N010084435 (Syria); Identification Number N002595610 (Syria); alt. Identification Number 00407L012704 (Syria); alt. Identification Number N0097000224 (Syria); alt. Identification Number L07521 (Syria) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-WALID, Mafouz Walad (a.k.a. AL-SHANQITI, Khalid; a.k.a. AL-WALID, Mahfouz Ould (Arabic: محفوظ ولد الوليد); a.k.a. "ABU HAFS THE MAURITANIAN"), Mauritania; DOB 01 Jan 1975; POB Mauritania; nationality Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-WALID, Mahfouz Ould (Arabic: محفوظ ولد الوليد) (a.k.a. AL-SHANQITI, Khalid; a.k.a. AL-WALID, Mafouz Walad; a.k.a. "ABU HAFS THE MAURITANIAN"), Mauritania; DOB 01 Jan 1975; POB Mauritania; nationality Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALWAN, Alla Idin Hussain (a.k.a. ALWAN, Allaidin Hussain), Baghdad, Iraq (individual) [IRAQ2].

ALWAN, Allaidin Hussain (a.k.a. ALWAN, Alla Idin Hussain), Baghdad, Iraq (individual) [IRAQ2].

ALWANEO CO. L.L.C. (a.k.a. ALWANEO L.L.C. CO.; a.k.a. ALWANEO TRADE DMCC), Plot No. 133-257, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

ALWANEO L.L.C. CO. (a.k.a. ALWANEO CO. L.L.C.; a.k.a. ALWANEO TRADE DMCC), Plot No. 133-257, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

ALWANEO TRADE DMCC (a.k.a. ALWANEO CO. L.L.C.; a.k.a. ALWANEO L.L.C. CO.), Plot No. 133-257, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

AL-WAQFIYA ASSOCIATION (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON;

a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE

FAMILY CARE; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

AL-WARAFI, 'Ali 'Abbad Muhammad (a.k.a. AL-WAFI, Bilal; a.k.a. AL-WAFI, Bilal 'Ali; a.k.a. AL-WAFI, Bilal Ali Muhammad; a.k.a. "ABU AL-WALEED"; a.k.a. "ABU AL-WALID"), Ta'izz Governorate, Yemen; DOB 1986 to 1989; POB Ta'izz Governorate, Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

ALWARDIAN, Hasan Mohamed Ali (a.k.a. AL-WARDIAN, Hassan; a.k.a. AL-WARDIAN, Hassan Muhammad 'Ali (Arabic: حسن محمد علي الورديان); a.k.a. WARDYAN, Hasan), Bethlehem, West Bank; DOB 28 Dec 1954; POB Bethlehem, West Bank; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 985260348 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-WARDIAN, Hassan (a.k.a. ALWARDIAN, Hasan Mohamed Ali; a.k.a. AL-WARDIAN, Hassan Muhammad 'Ali (Arabic: حسن محمد علي الورديان); a.k.a. WARDYAN, Hasan), Bethlehem, West Bank; DOB 28 Dec 1954; POB Bethlehem, West Bank; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 985260348 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-WARDIAN, Hassan Muhammad 'Ali (Arabic: حسن محمد علي الورديان) (a.k.a. ALWARDIAN, Hasan Mohamed Ali; a.k.a. AL-WARDIAN, Hassan; a.k.a. WARDYAN, Hasan), Bethlehem, West Bank; DOB 28 Dec 1954; POB Bethlehem, West Bank; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 985260348 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-WARFALI, Abdelhadi al-Hussain Zargoun (a.k.a. AL-WARFALLI, Abd al-Hadi Zarqun; a.k.a. EL-OUARFALI, Abdelhadi el-Houssein Zirgoune; a.k.a. ZARGON, Abdulhadi; a.k.a. ZARGOON, Al Hadi; a.k.a. ZARGUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARGUN, Abd-al-Hadi; a.k.a. ZARQUN, Abd al Hadi; a.k.a. ZARQUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARQUN, Abd-al-Hadi Al Husayn Al Shabani), Libya; DOB 1983; POB Sirte, Libya; nationality Libya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H/188292 (Libya); National ID No. 123844 (Libya) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-WARFALLI, Abd al-Hadi Zarqun (a.k.a. AL-WARFALI, Abdelhadi al-Hussain Zargoun; a.k.a. EL-OUARFALI, Abdelhadi el-Houssein Zirgoune; a.k.a. ZARGON, Abdulhadi; a.k.a. ZARGOON, Al Hadi; a.k.a. ZARGUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARGUN, Abd-al-Hadi; a.k.a. ZARQUN, Abd al Hadi; a.k.a. ZARQUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARQUN, Abd-al-Hadi Al Husayn Al Shabani), Libya; DOB 1983; POB Sirte, Libya; nationality Libya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H/188292 (Libya); National ID No. 123844 (Libya) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-WARFALLI, Mahmud (a.k.a. AL-WERFALLI, Mahmoud; a.k.a. AL-WERFALLI, Mahmoud Mustafa Busayf), Benghazi, Libya; DOB 1978; nationality Libya; Gender Male (individual) [GLOMAG].

AL-WASHLI, Zaid (a.k.a. AL-WUSHLI, Zaid Ahmed Taha Mohammed), Al-Hudaydah, Yemen; DOB 1982; POB Dhamar Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010296670 (Yemen); Military Registration Number 6017985 (Yemen) (individual) [SDGT] (Linked To: ANSARALLAH).

AL-WATFA, Ali Ibrahim (a.k.a. AL-WAFA, Ali Ibrahim; a.k.a. AL-WAFA, Alie Ibrahim; a.k.a. AL-WATFA, Alie Ibrahim; a.k.a. IBRAHIM, Al Hajj Alie), 26 Malama Thomas Street, Freetown, Sierra Leone; DOB 1969; POB Al Qalamun, Lebanon; Additional Sanctions Information -

Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-WATFA, Alie Ibrahim (a.k.a. AL-WAFA, Ali Ibrahim; a.k.a. AL-WAFA, Alie Ibrahim; a.k.a. AL-WATFA, Ali Ibrahim; a.k.a. IBRAHIM, Al Hajj Alie), 26 Malama Thomas Street, Freetown, Sierra Leone; DOB 1969; POB Al Qalamun, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALWAYS SMOOTH LIMITED (a.k.a. ALWAYS SMOOTH LTD), London, United Kingdom; c/o Weihai Huijiang Trade Limited, Room 602, 28 Crown Garden District, Weihai Economic and Technological Development Zone, Poyuzhen, Huancui Qu, Weihai, Shandong 264200, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 6013334; Company Number 11032231 (United Kingdom) [DPRK4].

ALWAYS SMOOTH LTD (a.k.a. ALWAYS SMOOTH LIMITED), London, United Kingdom; c/o Weihai Huijiang Trade Limited, Room 602, 28 Crown Garden District, Weihai Economic and Technological Development Zone, Poyuzhen, Huancui Qu, Weihai, Shandong 264200, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 6013334; Company Number 11032231 (United Kingdom) [DPRK4].

AL-WAZ, Najib Ben Mohamed Ben Salem (a.k.a. OUAZ, Najib), Vicolo dei Prati n.2/2, Bologna, Italy; DOB 12 Apr 1960; POB Hekaima Al-Mehdiya, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K 815205 issued 17 Sep 1994 expires 16 Sep 1999 (individual) [SDGT].

AL-WAZIR, Ali Abd-Al-Wahhab Muḥammad (a.k.a. "AL-WAZIR, Ali"; a.k.a. "PRINCE"),

Guangzhou, China; DOB 25 Dec 1978; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03692384 (Yemen) expires 26 Jul 2015 (individual) [SDGT] (Linked To: ANSARALLAH).

ALWEA'AM SOCIETY (a.k.a. AL WEAM CHARITABLE SOCIETY), East of the Directorate of Instruction and Education, Beit Layeh, Northern Gaza; Website https://www.en.alweaam.ps; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

ALWEFAQ LTD, 15 Grognet Street, Mosta MST 3613, Malta; 22 Freedom Street, Famagusta, Cyprus; Registration Number C 68939 (Malta) [LIBYA3] (Linked To: MUSBAH, Nourddin Milood M).

AL-WERFALLI, Mahmoud (a.k.a. AL-WARFALLI, Mahmud; a.k.a. AL-WERFALLI, Mahmoud Mustafa Busayf), Benghazi, Libya; DOB 1978; nationality Libya; Gender Male (individual) [GLOMAG].

AL-WERFALLI, Mahmoud Mustafa Busayf (a.k.a. AL-WARFALLI, Mahmud; a.k.a. AL-WERFALLI, Mahmoud), Benghazi, Libya; DOB 1978; nationality Libya; Gender Male (individual) [GLOMAG].

AL-WUSHLI, Zaid Ahmed Taha Mohammed (a.k.a. AL-WASHLI, Zaid), Al-Hudaydah, Yemen; DOB 1982; POB Dhamar Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010296670 (Yemen); Military Registration Number 6017985 (Yemen) (individual) [SDGT] (Linked To: ANSARALLAH).

ALYA MARINE SDN BHD (a.k.a. ALYA MARINE SENDIRIAN BERHAD), A-02-03, Block A, Radia Office, Persiaran Arked, Bukit Jelutong, Shah Alam, Selangor 40150, Malaysia; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 15 Mar 2021; Identification Number IMO 6219142; Registration Number 1409544P/202101009245 (Malaysia) [IRAN-EO13846].

ALYA MARINE SENDIRIAN BERHAD (a.k.a. ALYA MARINE SDN BHD), A-02-03, Block A, Radia Office, Persiaran Arked, Bukit Jelutong, Shah Alam, Selangor 40150, Malaysia;

Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 15 Mar 2021; Identification Number IMO 6219142; Registration Number 1409544P/202101009245 (Malaysia) [IRAN-EO13846].

AL-YACOUB, Ibrahim Salih Mohammed; DOB 16 Oct 1966; POB Tarut, Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-YAFI'I, Abu Anas (a.k.a. AL-MARFADI, Khalid; a.k.a. AL-YAFI'I, Khalid Abdallah Salah Ahmad Hussayn al-'Umari al-Marfadi), al-Bayda' Governorate, Yemen; al-Sharafa', al-Qurayshiyah District, al-Bayda' Governorate, Yemen; al-Wuhayshi Village, Az Zahir District, al Bayda' Governorate, Yemen; Marfad Village, Marfad District, Yafia, Yemen; DOB 1966; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-YAFI'I, Khalid Abdallah Salah Ahmad Hussayn al-'Umari al-Marfadi (a.k.a. AL-MARFADI, Khalid; a.k.a. AL-YAFI'I, Abu Anas), al-Bayda' Governorate, Yemen; al-Sharafa', al-Qurayshiyah District, al-Bayda' Governorate, Yemen; al-Wuhayshi Village, Az Zahir District, al Bayda' Governorate, Yemen; Marfad Village, Marfad District, Yafia, Yemen; DOB 1966; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-YAFI'I, Nashwan al-Wali (a.k.a. AL-YAFI'I, Nishwan al-Wali; a.k.a. AL-YAFI'I, Wali Nashwan), Yafi' District, Lahij Governorate, Yemen; DOB 1984; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-YAFI'I, Nishwan al-Wali (a.k.a. AL-YAFI'I, Nashwan al-Wali; a.k.a. AL-YAFI'I, Wali Nashwan), Yafi' District, Lahij Governorate, Yemen; DOB 1984; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-YAFI'I, Wali Nashwan (a.k.a. AL-YAFI'I, Nashwan al-Wali; a.k.a. AL-YAFI'I, Nishwan al-Wali), Yafi' District, Lahij Governorate, Yemen; DOB 1984; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-YAMI, 'Ali Abu Hasan (a.k.a. AL-'AJAMI, 'Ali Hasan; a.k.a. AL-'AJMI, Abu al-Hassan; a.k.a. AL-'AJMI, 'Ali Hasan 'Ali; a.k.a. AL-'AJMI, 'Ali Hassan 'Ali; a.k.a. AL-YAMI, Hassan; a.k.a. AL-YAMI, Husayn; a.k.a. "AL-HASSAN, Abu"; a.k.a. "HASAN, 'Ali bin"); DOB 14 Jan 1979; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 002981367 (Kuwait) (individual) [SDGT].

AL-YAMI, Hassan (a.k.a. AL-'AJAMI, 'Ali Hasan; a.k.a. AL-'AJMI, Abu al-Hassan; a.k.a. AL-'AJMI, 'Ali Hasan 'Ali; a.k.a. AL-'AJMI, 'Ali Hassan 'Ali; a.k.a. AL-YAMI, 'Ali Abu Hasan; a.k.a. AL-YAMI, Husayn; a.k.a. "AL-HASSAN, Abu"; a.k.a. "HASAN, 'Ali bin"); DOB 14 Jan 1979; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 002981367 (Kuwait) (individual) [SDGT].

AL-YAMI, Husayn (a.k.a. AL-'AJAMI, 'Ali Hasan; a.k.a. AL-'AJMI, Abu al-Hassan; a.k.a. AL-'AJMI, 'Ali Hasan 'Ali; a.k.a. AL-'AJMI, 'Ali Hassan 'Ali; a.k.a. AL-YAMI, 'Ali Abu Hasan; a.k.a. AL-YAMI, Hassan; a.k.a. "AL-HASSAN, Abu"; a.k.a. "HASAN, 'Ali bin"); DOB 14 Jan 1979; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 002981367 (Kuwait) (individual) [SDGT].

ALYANS OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ALYANS), Ul. Plekhanova D. 4A, Komnata 14K, Moscow 111123, Russia; d. 5 pomeshch./etazh 1.1-2/Tsokolny N 0, ul. Parkovaya D. Sukhanovo Vidnoe, Moscow region 142702, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Dec 2006; Tax ID No. 7710655004 (Russia); Government Gazette Number 98911549 (Russia); Registration Number 1067760832259 (Russia) [RUSSIA-EO14024].

ALYANS RITEIL, ul. Chkalova D. 250, Pomeshch. 199, Yekaterinburg 620149, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6674353123 (Russia); Registration Number 1106674006801 (Russia) [RUSSIA-EO14024].

AL-YASMEEN CONTRACTING COMPANY (a.k.a. AL-YASMEEN FOR CONTRACTING; a.k.a. AL-YAZMEEN FOR CONTRACTING; a.k.a. JASMINE CONTRACTING COMPANY

(Arabic: شركة الياسمين التعهدات); a.k.a. YASMIN FOR CONTRACTING), Damascus, Syria; Organization Established Date 14 Dec 2017 [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

AL-YASMEEN FOR CONTRACTING (a.k.a. AL-YASMEEN CONTRACTING COMPANY; a.k.a. AL-YAZMEEN FOR CONTRACTING; a.k.a. JASMINE CONTRACTING COMPANY (Arabic: شركة الياسمين التعهدات); a.k.a. YASMIN FOR CONTRACTING), Damascus, Syria; Organization Established Date 14 Dec 2017 [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

AL-YASSIN, Husam Muhammad Amin; DOB 1953; alt. DOB 1958; POB Tikrit, Iraq; nationality Iraq; head, National Monitoring Directorate (individual) [IRAQ2].

AL-YAZMEEN FOR CONTRACTING (a.k.a. AL-YASMEEN CONTRACTING COMPANY; a.k.a. AL-YASMEEN FOR CONTRACTING; a.k.a. JASMINE CONTRACTING COMPANY (Arabic: شركة الياسمين التعهدات); a.k.a. YASMIN FOR CONTRACTING), Damascus, Syria; Organization Established Date 14 Dec 2017 [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

AL-YEMENI, Abu Dhahak (a.k.a. 'ALA'LAH, 'Ali Salih Husayn; a.k.a. AL-TABUKI, Ali Saleh Husain; a.k.a. AL-TABUKI, 'Ali Salih Husayn al-Dhahak; a.k.a. HUSAIN, Ali Saleh; a.k.a. 'ULA'LAH, 'Ali Salih Husayn; a.k.a. "DAHHAK, Abu"); DOB circa 1970; POB al-Hudaydah, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Individual's height is 5 feet 9 inches. (individual) [SDGT].

ALYOKSA, Aleksandr Ivanovich (Cyrillic: АЛЁКСА, Александр Иванович), 12-27 Golubka St., Minsk, Belarus (Cyrillic: 12-27, ул. Голубка, г. Минск, Belarus); DOB 07 Apr 1978; nationality Belarus; Gender Male; National ID No. 3070478A082PB7 (Belarus); Tax ID No. AB8645179 (Belarus) (individual) [BELARUS-EO14038].

AL-ZADI, Shibl Muhsin Ubayd (a.k.a. AL ZAIDI, Shebl; a.k.a. AL ZAIDI, Shibl; a.k.a. AL-ZAYDI, Hajji Shibl Muhsin; a.k.a. AL-ZAYDI, Shibl Muhsin 'Ubayd; a.k.a. MAHDI, Ja'far Salih; a.k.a. "SHIBL, Hajji"), Iraq; DOB 28 Oct 1968; POB Baghdad, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions

Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

AL-ZAHIR, Rajabi Ali (a.k.a. ESLAMI, Mortaza Rajabi; a.k.a. RAJABI, Morteza; a.k.a. RAJABIESLAMI, Morteza), #2007, 20th Floor, Grand Hyatt Residence, Qudmetha St., Dubai 7167, United Arab Emirates; DOB 05 Jul 1969; POB Tehran, Iran; nationality Iran; citizen Saint Kitts and Nevis; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Personal ID Card 166730510001 (United Kingdom) (individual) [IRAN-EO13846] (Linked To: NAFTIRAN INTERTRADE CO. LIMITED).

AL-ZAHRANI, Abu Maryam (a.k.a. AL-AZADI, Abu Maryam; a.k.a. AL-KHOZMRI, Ahmed Abdullah Saleh al-Zahrani; a.k.a. AL-SAUDI, Abu Maryam; a.k.a. AL-ZAHRANI, Ahmad Abdullah Salih; a.k.a. AL-ZAHRANI, Ahmed Abdullah S; a.k.a. AL-ZAHRANI, Ahmed Abdullah Saleh al-Khazmari; a.k.a. BIN AL-ZAHRANI, Ahmed bin Abdullah Saleh), Iran; Pakistan; DOB 15 Sep 1978; POB Dammam, Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E126785 (Saudi Arabia) issued 27 May 2002 expires 03 Apr 2007; Interpol: Red Notice. File No. 2009/3599. March 24, 2009. Orange Notice. File No. 2009/52/OS/CCC. February 10, 2009. (individual) [SDGT].

AL-ZAHRANI, Ahmad Abdullah Salih (a.k.a. AL-AZADI, Abu Maryam; a.k.a. AL-KHOZMRI, Ahmed Abdullah Saleh al-Zahrani; a.k.a. AL-SAUDI, Abu Maryam; a.k.a. AL-ZAHRANI, Abu Maryam; a.k.a. AL-ZAHRANI, Ahmed Abdullah S; a.k.a. AL-ZAHRANI, Ahmed Abdullah Saleh al-Khazmari; a.k.a. BIN AL-ZAHRANI, Ahmed bin Abdullah Saleh), Iran; Pakistan; DOB 15 Sep 1978; POB Dammam, Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E126785 (Saudi Arabia) issued 27 May 2002 expires 03 Apr 2007; Interpol: Red Notice. File No. 2009/3599. March 24, 2009. Orange Notice. File No. 2009/52/OS/CCC. February 10, 2009. (individual) [SDGT].

AL-ZAHRANI, Ahmed Abdullah S (a.k.a. AL-AZADI, Abu Maryam; a.k.a. AL-KHOZMRI,

Ahmed Abdullah Saleh al-Zahrani; a.k.a. AL-SAUDI, Abu Maryam; a.k.a. AL-ZAHRANI, Abu Maryam; a.k.a. AL-ZAHRANI, Ahmad Abdullah Salih; a.k.a. AL-ZAHRANI, Ahmed Abdullah Saleh al-Khazmari; a.k.a. BIN AL-ZAHRANI, Ahmed bin Abdullah Saleh), Iran; Pakistan; DOB 15 Sep 1978; POB Dammam, Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E126785 (Saudi Arabia) issued 27 May 2002 expires 03 Apr 2007; Interpol: Red Notice. File No. 2009/3599. March 24, 2009. Orange Notice. File No. 2009/52/OS/CCC. February 10, 2009. (individual) [SDGT].

AL-ZAHRANI, Ahmed Abdullah Saleh al-Khazmari (a.k.a. AL-AZADI, Abu Maryam; a.k.a. AL-KHOZMRI, Ahmed Abdullah Saleh al-Zahrani; a.k.a. AL-SAUDI, Abu Maryam; a.k.a. AL-ZAHRANI, Abu Maryam; a.k.a. AL-ZAHRANI, Ahmad Abdullah Salih; a.k.a. AL-ZAHRANI, Ahmed Abdullah S; a.k.a. BIN AL-ZAHRANI, Ahmed bin Abdullah Saleh), Iran; Pakistan; DOB 15 Sep 1978; POB Dammam, Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E126785 (Saudi Arabia) issued 27 May 2002 expires 03 Apr 2007; Interpol: Red Notice. File No. 2009/3599. March 24, 2009. Orange Notice. File No. 2009/52/OS/CCC. February 10, 2009. (individual) [SDGT].

ALZAHRANI, Faisal Ahmed Ali (a.k.a. AL ZAHRANI, Faysal Ahmad Bin Ali; a.k.a. AL-ZAHRANI, Faysal Ahmad 'Ali; a.k.a. "AL-JAZRAWI, Abu-Sara"; a.k.a. "AL-SAUDI, Abu Sarah"; a.k.a. "AL-ZAHRANI, Abu-Sarah"; a.k.a. "ZAHRANI, Abu Sara"); DOB 19 Jan 1986; alt. DOB 18 Jan 1986; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K142736 (Saudi Arabia) issued 14 Jul 2011; alt. Passport G579315 (Saudi Arabia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-ZAHRANI, Faysal Ahmad 'Ali (a.k.a. AL ZAHRANI, Faysal Ahmad Bin Ali; a.k.a. ALZAHRANI, Faisal Ahmed Ali; a.k.a. "AL-JAZRAWI, Abu-Sara"; a.k.a. "AL-SAUDI, Abu Sarah"; a.k.a. "AL-ZAHRANI, Abu-Sarah"; a.k.a. "ZAHRANI, Abu Sara"); DOB 19 Jan 1986; alt. DOB 18 Jan 1986; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Passport K142736 (Saudi Arabia) issued 14 Jul 2011; alt. Passport G579315 (Saudi Arabia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALZAHRANI, Mohammed Saad H.; DOB 08 Mar 1988; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport T233763 (Saudi Arabia) issued 16 Jun 2016 expires 23 Apr 2021; National ID No. 1060613203 (Saudi Arabia) (individual) [GLOMAG].

AL-ZAIDI, Ghalib Abdullah (a.k.a. AL-ZAYDI, Ghalib 'Abdallah 'Ali), Yemen; DOB 1975; alt. DOB 1970; POB Raqqah Region, Marib Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-ZAMUR, Abboud Abdul Latif Hassan (a.k.a. AL-ZOMOR, Abboud Abdul Latif Hassan (Arabic: عبود عبداللطيف حسن الزمر); a.k.a. AL-ZUMAR, Abbud; a.k.a. AL-ZUMUR, Abood Abdul Latif Hassan; a.k.a. EL-ZOMOR, Aboud Abdul Latif Hasan; a.k.a. ZUMAR, Abbud), Egypt; DOB 19 Apr 1947; POB Nahia, Giza, Egypt; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ZARGAWI, Ismai'il Hafuz (a.k.a. AL LAMI, Isma'il Hafiz; a.k.a. AL-LAMI, Ismail; a.k.a. AL-LAMI, Isma'il Hafith Abid 'Ali; a.k.a. IZAJAWI, Ismail Hafeth; a.k.a. "DAR'A, Abu"; a.k.a. "DIRI, Abu"; a.k.a. "DURA, Abu"; a.k.a. "HAYDAR, Abu"), Sadr City, Baghdad, Iraq; Iran; DOB circa 1957; POB Baghdad, Iraq; citizen Iraq (individual) [IRAQ3].

AL-ZARQAWI NETWORK (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a.

ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AL-ZAWAHIRI, Aiman Muhammad Rabi (a.k.a. AL ZAWAHIRI, Dr. Ayman; a.k.a. AL-ZAWAHIRI, Ayman; a.k.a. SALIM, Ahmad Fuad); DOB 19 Jun 1951; POB Giza, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1084010 (Egypt); alt. Passport 19820215; Operational and Military Leader of JIHAD GROUP (individual) [SDGT].

AL-ZAWAHIRI, Ayman (a.k.a. AL ZAWAHIRI, Dr. Ayman; a.k.a. AL-ZAWAHIRI, Aiman Muhammad Rabi; a.k.a. SALIM, Ahmad Fuad); DOB 19 Jun 1951; POB Giza, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1084010 (Egypt); alt. Passport 19820215; Operational and Military Leader of JIHAD GROUP (individual) [SDGT].

AL-ZAWARA SATELLITE TELEVISION STATION (a.k.a. AL ZAOURA NETWORK; a.k.a. AL ZAWRAH TELEVISION; a.k.a. AL ZOURA TV STATION; a.k.a. AL-ZAWRA TELEVISION STATION; a.k.a. ALZAWRAA TV; a.k.a. AL-ZAWRAA TV; a.k.a. EL-ZAWRA SATELLITE STATION; a.k.a. ZAWRAH TV

STATION; a.k.a. ZORAH CHANNEL), Syria [IRAQ3].

AL-ZAWRA TELEVISION STATION (a.k.a. AL ZAOURA NETWORK; a.k.a. AL ZAWRAH TELEVISION; a.k.a. AL ZOURA TV STATION; a.k.a. AL-ZAWARA SATELLITE TELEVISION STATION; a.k.a. ALZAWRAA TV; a.k.a. AL-ZAWRAA TV; a.k.a. EL-ZAWRA SATELLITE STATION; a.k.a. ZAWRAH TV STATION; a.k.a. ZORAH CHANNEL), Syria [IRAQ3].

ALZAWRAA TV (a.k.a. AL ZAOURA NETWORK; a.k.a. AL ZAWRAH TELEVISION; a.k.a. AL ZOURA TV STATION; a.k.a. AL-ZAWARA SATELLITE TELEVISION STATION; a.k.a. AL-ZAWRA TELEVISION STATION; a.k.a. AL-ZAWRAA TV; a.k.a. EL-ZAWRA SATELLITE STATION; a.k.a. ZAWRAH TV STATION; a.k.a. ZORAH CHANNEL), Syria [IRAQ3].

AL-ZAWRAA TV (a.k.a. AL ZAOURA NETWORK; a.k.a. AL ZAWRAH TELEVISION; a.k.a. AL ZOURA TV STATION; a.k.a. AL-ZAWARA SATELLITE TELEVISION STATION; a.k.a. AL-ZAWRA TELEVISION STATION; a.k.a. ALZAWRAA TV; a.k.a. EL-ZAWRA SATELLITE STATION; a.k.a. ZAWRAH TV STATION; a.k.a. ZORAH CHANNEL), Syria [IRAQ3].

AL-ZAYDI, Ghalib 'Abdallah 'Ali (a.k.a. AL-ZAIDI, Ghalib Abdullah), Yemen; DOB 1975; alt. DOB 1970; POB Raqqah Region, Marib Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-ZAYDI, Hajji Shibl Muhsin (a.k.a. AL ZAIDI, Shebl; a.k.a. AL ZAIDI, Shibl; a.k.a. AL-ZADI, Shibl Muhsin Ubayd; a.k.a. AL-ZAYDI, Shibl Muhsin 'Ubayd; a.k.a. MAHDI, Ja'far Salih; a.k.a. "SHIBL, Hajji"), Iraq; DOB 28 Oct 1968; POB Baghdad, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

AL-ZAYDI, Shibl Muhsin 'Ubayd (a.k.a. AL ZAIDI, Shebl; a.k.a. AL ZAIDI, Shibl; a.k.a. AL-ZADI, Shibl Muhsin Ubayd; a.k.a. AL-ZAYDI, Hajji Shibl Muhsin; a.k.a. MAHDI, Ja'far Salih; a.k.a.

"SHIBL, Hajji"), Iraq; DOB 28 Oct 1968; POB Baghdad, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

AL-ZAYN, Muhammad (a.k.a. AL-ZAYN, Muhammad 'Ali; a.k.a. EL ZEIN, Mohamed), Beirut, Lebanon; Tehran, Iran; DOB 17 Feb 1987; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 3090014 (Lebanon) expires 09 Mar 2020 (individual) [SDGT] (Linked To: HIZBALLAH; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL-ZAYN, Muhammad 'Ali (a.k.a. AL-ZAYN, Muhammad; a.k.a. EL ZEIN, Mohamed), Beirut, Lebanon; Tehran, Iran; DOB 17 Feb 1987; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 3090014 (Lebanon) expires 09 Mar 2020 (individual) [SDGT] (Linked To: HIZBALLAH; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ALZEER, Majed (a.k.a. AL-ZEER, Majed; a.k.a. AL-ZEER, Majed Khalil Moussa; a.k.a. AL-ZEER, Majid), Germany; DOB 12 Aug 1962; alt. DOB 1961 to 1962; POB Bethlehem, West Bank, Palestinian Territories; nationality United Kingdom; alt. nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 133670754 (United Kingdom) issued 09 Nov 2022; alt. Passport Q721863 (Jordan) issued 28 Sep 2021 (individual) [SDGT] (Linked To: HAMAS).

AL-ZEER, Majed (a.k.a. ALZEER, Majed; a.k.a. AL-ZEER, Majed Khalil Moussa; a.k.a. AL-ZEER, Majid), Germany; DOB 12 Aug 1962; alt. DOB 1961 to 1962; POB Bethlehem, West Bank, Palestinian Territories; nationality United Kingdom; alt. nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 133670754

(United Kingdom) issued 09 Nov 2022; alt. Passport Q721863 (Jordan) issued 28 Sep 2021 (individual) [SDGT] (Linked To: HAMAS).

AL-ZEER, Majed Khalil Moussa (a.k.a. ALZEER, Majed; a.k.a. AL-ZEER, Majed; a.k.a. AL-ZEER, Majid), Germany; DOB 12 Aug 1962; alt. DOB 1961 to 1962; POB Bethlehem, West Bank, Palestinian Territories; nationality United Kingdom; alt. nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 133670754 (United Kingdom) issued 09 Nov 2022; alt. Passport Q721863 (Jordan) issued 28 Sep 2021 (individual) [SDGT] (Linked To: HAMAS).

AL-ZEER, Majid (a.k.a. ALZEER, Majed; a.k.a. AL-ZEER, Majed; a.k.a. AL-ZEER, Majed Khalil Moussa), Germany; DOB 12 Aug 1962; alt. DOB 1961 to 1962; POB Bethlehem, West Bank, Palestinian Territories; nationality United Kingdom; alt. nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 133670754 (United Kingdom) issued 09 Nov 2022; alt. Passport Q721863 (Jordan) issued 28 Sep 2021 (individual) [SDGT] (Linked To: HAMAS).

AL-ZEIN, Mazen Hassan (Arabic: مازن حسان الزين) (a.k.a. EL ZEIN, Mazen Hassan; a.k.a. "AL-ZAYN, Mazin"; a.k.a. "EL ZEIN, Mazen"), Burj Daman Tower, Apartment 3406, Dubai International Financial Center, Dubai 99573, United Arab Emirates; Al Mustaqbal Street, Iris Bay Building, Apt. No. 2304, Business Bay, Dubai, United Arab Emirates; DOB 21 Jun 1974; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 784197494718279 (Lebanon); Identification Number 178295160001 (United Kingdom) (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

AL-ZIBARI, Arshad Muhammad Ahmad Muhammad, Iraq; DOB 1942; a former minister of state (individual) [IRAQ2].

AL-ZINDANI, Abdelmajid (a.k.a. AL-ZINDANI, Shaykh 'Abd Al-Majid; a.k.a. AL-ZINDANI, Shaykh Abd-al-Majid); DOB circa 1950; POB Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Passport A005487 (Yemen) issued 13 Aug 1995 (individual) [SDGT].

AL-ZINDANI, Shaykh 'Abd Al-Majid (a.k.a. AL-ZINDANI, Abdelmajid; a.k.a. AL-ZINDANI, Shaykh Abd-al-Majid); DOB circa 1950; POB Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A005487 (Yemen) issued 13 Aug 1995 (individual) [SDGT].

AL-ZINDANI, Shaykh Abd-al-Majid (a.k.a. AL-ZINDANI, Abdelmajid; a.k.a. AL-ZINDANI, Shaykh 'Abd Al-Majid); DOB circa 1950; POB Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A005487 (Yemen) issued 13 Aug 1995 (individual) [SDGT].

AL-ZIRJAWI, Karim Jafar Hasan (a.k.a. AL-GHANIMI, Karim Ja'far Muhsin; a.k.a. AL-GHANIMI, Karim Mansur; a.k.a. "ABU ISLAM, Karim"); DOB 1968; alt. DOB 1969; POB al-Amarah, Iraq; citizen Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ZOMOR, Abboud Abdul Latif Hassan (Arabic: عبود عبداللطيف حسن الزمر) (a.k.a. AL-ZAMUR, Abboud Abdul Latif Hassan; a.k.a. AL-ZUMAR, Abbud; a.k.a. AL-ZUMUR, Abood Abdul Latif Hassan; a.k.a. EL-ZOMOR, Aboud Abdul Latif Hasan; a.k.a. ZUMAR, Abbud), Egypt; DOB 19 Apr 1947; POB Nahia, Giza, Egypt; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ALZROONI EXCHANGE (a.k.a. AL ZAROONI EXCHANGE; a.k.a. M/S. AL ZAROONI EXCHANGE), P.O. Box 116348, Dubai, United Arab Emirates; Near Florida Hotel, Building of Abdul Rahim Mohd. Ismail Badri, Al Sabkha Street, Naif Road, Deira, Dubai, United Arab Emirates; Sikhat Al Khail Road, Dubai, United Arab Emirates; Website www.alzarooniexchange.ae; C.R. No. 91715; Dubai Chamber of Commerce Membership No. 70103; RTN 823410101; License 535436 [TCO].

AL-ZUBAIDI, Mohammed Hamza (a.k.a. AL-ZUBAYDI, Muhammad Hamsa; a.k.a. ZUBAIDI, Muhammad Hamza); DOB 1938; POB Babylon, Babil Governorate, Iraq; nationality Iraq; former prime minister (individual) [IRAQ2].

AL-ZUBAYDI, Muhammad Hamsa (a.k.a. AL-ZUBAIDI, Mohammed Hamza; a.k.a. ZUBAIDI, Muhammad Hamza); DOB 1938; POB Babylon, Babil Governorate, Iraq; nationality Iraq; former prime minister (individual) [IRAQ2].

AL-ZULAYTINI, Abd-Al-Hafid Mahmud (a.k.a. ZLEITNI, Abdel-Hafez; a.k.a. ZLITNI, Abdelhafidh; a.k.a. ZLITNI, Abdul Hafid; a.k.a. ZLITNI, Abdul Hafiz; a.k.a. ZLITNI, Abdulhafid; a.k.a. ZLITNI, Abdulhafid Mahmoud); DOB 1938; POB Tripoli, Libya; Secretary of the General People's Committee for Finance and Planning; Secretary of the General People's Committee for Planning and Finance; Finance Minister; Director and Deputy Chairman of the Libyan Investment Authority (individual) [LIBYA2].

AL-ZUMAR, Abbud (a.k.a. AL-ZAMUR, Abboud Abdul Latif Hassan; a.k.a. AL-ZOMOR, Abboud Abdul Latif Hassan (Arabic: عبود عبداللطيف حسن الزمر); a.k.a. AL-ZUMUR, Abood Abdul Latif Hassan; a.k.a. EL-ZOMOR, Aboud Abdul Latif Hasan; a.k.a. ZUMAR, Abbud), Egypt; DOB 19 Apr 1947; POB Nahia, Giza, Egypt; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ZUMUR, Abood Abdul Latif Hassan (a.k.a. AL-ZAMUR, Abboud Abdul Latif Hassan; a.k.a. AL-ZOMOR, Abboud Abdul Latif Hassan (Arabic: عبود عبداللطيف حسن الزمر); a.k.a. AL-ZUMAR, Abbud; a.k.a. EL-ZOMOR, Aboud Abdul Latif Hasan; a.k.a. ZUMAR, Abbud), Egypt; DOB 19 Apr 1947; POB Nahia, Giza, Egypt; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AM ASIA M6 LTD, 31st Floor, Tower Two, Times Square, 1, Matheson Street, Causeway Bay, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Jul 2019; Identification Number IMO 6187322; Company Number 2855903 (Hong Kong); Business Registration Number 70990857 (Hong Kong) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AM ISAYEV CHEMICAL ENGINEERING DESIGN BUREAU (a.k.a. AKTSIONERNOE OBSHCHESTVO KONSTRUKTORSKOE BIURO KHIMICHESKOGO MASHINOSTROENIIA IMENI AM ISAEVA;

a.k.a. AO KBKHIMMASH IM AM ISAEVA; a.k.a. DESIGN BUREAU FOR CHEMICAL MACHINE BUILDING; a.k.a. DESIGN BUREAU OF CHEMICAL MACHINE BUILDING KBKHM; a.k.a. KB KHIM MASH), 12 Bogomolova St., Korolyev 141070, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5018202198 (Russia); Registration Number 1195081083878 (Russia) [RUSSIA-EO14024].

AMAD BEHINEH SAZ ENGINEERING COMPANY (Arabic: شرکت مهندسی آماد بهینه ساز) (a.k.a. AMAD OPTIMIZER ENGINEERING COMPANY), Shaid Riahi Building, Ground Floor, Plaque 0, Riahi St., 6th Alley, Tehran Bimeh, Tehran 1391947999, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 19 Jan 2002; National ID No. 10102251738 (Iran); Business Registration Number 183003 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: AZADEGAN TRANSPORTATION COMPANY).

AMAD OPTIMIZER ENGINEERING COMPANY (a.k.a. AMAD BEHINEH SAZ ENGINEERING COMPANY (Arabic: شرکت مهندسی آماد بهینه ساز)), Shaid Riahi Building, Ground Floor, Plaque 0, Riahi St., 6th Alley, Tehran Bimeh, Tehran 1391947999, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 19 Jan 2002; National ID No. 10102251738 (Iran); Business Registration Number 183003 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: AZADEGAN TRANSPORTATION COMPANY).

AMADAR, Mohammed (a.k.a. AMADAR, Muamad; a.k.a. HAMDAR, Mohammed Galeb; a.k.a. HAMDAR, Mouhamad Ghaleb; a.k.a. HAMDAR, Muamad Ghaleb; a.k.a. HAMDAR, Muhammad Ghaleb); DOB 01 Aug 1986; alt. DOB 01 Jan 1986; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E0063360 (Sierra Leone); alt. Passport RL-1108616 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AMADAR, Muamad (a.k.a. AMADAR, Mohammed; a.k.a. HAMDAR, Mohammed Galeb; a.k.a. HAMDAR, Mouhamad Ghaleb; a.k.a. HAMDAR, Muamad Ghaleb; a.k.a.

HAMDAR, Muhammad Ghaleb); DOB 01 Aug 1986; alt. DOB 01 Jan 1986; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E0063360 (Sierra Leone); alt. Passport RL-1108616 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AMADOR VALENZUELA, Christian Noe, Mexicali, Baja California, Mexico; DOB 25 Jul 1988; POB Baja California, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. AAVC880725HBCMLH00 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

AMAN DAMASCUS JOINT STOCK COMPANY (a.k.a. AMAN DAMASCUS JSC), Damascus, Syria [PAARSSR-EO13894] (Linked To: AMAN HOLDING COMPANY).

AMAN DAMASCUS JSC (a.k.a. AMAN DAMASCUS JOINT STOCK COMPANY), Damascus, Syria [PAARSSR-EO13894] (Linked To: AMAN HOLDING COMPANY).

AMAN GROUP (a.k.a. AMAN HOLDING COMPANY; a.k.a. AMAN HOLDING GROUP; a.k.a. AMAN HOLDING PRIVATE JSC), Al Shurafa Building Aman Group, Al Moutanabi Street, Lattika, Syria [PAARSSR-EO13894] (Linked To: FOZ, Samer).

AMAN HOLDING COMPANY (a.k.a. AMAN GROUP; a.k.a. AMAN HOLDING GROUP; a.k.a. AMAN HOLDING PRIVATE JSC), Al Shurafa Building Aman Group, Al Moutanabi Street, Lattika, Syria [PAARSSR-EO13894] (Linked To: FOZ, Samer).

AMAN HOLDING GROUP (a.k.a. AMAN GROUP; a.k.a. AMAN HOLDING COMPANY; a.k.a. AMAN HOLDING PRIVATE JSC), Al Shurafa Building Aman Group, Al Moutanabi Street, Lattika, Syria [PAARSSR-EO13894] (Linked To: FOZ, Samer).

AMAN HOLDING PRIVATE JSC (a.k.a. AMAN GROUP; a.k.a. AMAN HOLDING COMPANY; a.k.a. AMAN HOLDING GROUP), Al Shurafa Building Aman Group, Al Moutanabi Street, Lattika, Syria [PAARSSR-EO13894] (Linked To: FOZ, Samer).

AMAN, Mohammed (a.k.a. AKHUND, Mohammad Aman; a.k.a. NOORZAI, Mullah Mad Aman Ustad; a.k.a. OMAN, Mullah

Mohammed; a.k.a. "SANAULLAH"); DOB 1970; POB Bande Tumur Village, Maiwand District, Qandahar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AMANA DIAM (a.k.a. AMANA DIAM DMCC (Arabic: امانة ديام)), 3O-01-1609 Jewellery & Gemplex 3, Building No. 3, Plot No. 550-554, Dubai, United Arab Emirates; Unit 3308, Platinum Tower, Jumeirah Lake Towers, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 02 Dec 2013; Registration Number DMCC-33511 (United Arab Emirates); alt. Registration Number DMCC4572 (United Arab Emirates); alt. Registration Number 11465558 (United Arab Emirates) [SDGT] (Linked To: BAKER, Rami Yaacoub).

AMANA DIAM DMCC (Arabic: امانة ديام) (a.k.a. AMANA DIAM), 3O-01-1609 Jewellery & Gemplex 3, Building No. 3, Plot No. 550-554, Dubai, United Arab Emirates; Unit 3308, Platinum Tower, Jumeirah Lake Towers, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 02 Dec 2013; Registration Number DMCC-33511 (United Arab Emirates); alt. Registration Number DMCC4572 (United Arab Emirates); alt. Registration Number 11465558 (United Arab Emirates) [SDGT] (Linked To: BAKER, Rami Yaacoub).

AMANA FOR HYDROCARBONS (a.k.a. AMANA FUEL CO.; a.k.a. "AL AMANA S.A.R.L."), Lebanon; Al Ghubairah, Lebanon; Airport Road, Ayn Diblah Junction, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2005606 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

AMANA FUEL CO. (a.k.a. AMANA FOR HYDROCARBONS; a.k.a. "AL AMANA S.A.R.L."), Lebanon; Al Ghubairah, Lebanon; Airport Road, Ayn Diblah Junction, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2005606 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

AMANA PLUS CO. (a.k.a. AMANA PLUS S.A.L.), Section 29, Block B, Property 327, Chiyah, Ghobeiri, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2018014 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

AMANA PLUS S.A.L. (a.k.a. AMANA PLUS CO.), Section 29, Block B, Property 327, Chiyah, Ghobeiri, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2018014 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

AMANA SANITARY AND PAINTS COMPANY L.T.D. (a.k.a. "APSCO"), second floor, Section 15B, Property 372, Chiyah, Ghobeiri, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2010822 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

AMANOLLAH, Paydar Mohammad (a.k.a. PAIDAR, Amanallah (Arabic: امان اله پایدار); a.k.a. PAYDAR, Aman Ilah; a.k.a. PAYDAR, Amanollah; a.k.a. "AMIRI, Ahmad"; a.k.a. "AZARIAN, Amin"; a.k.a. "MURAT, Rajib"), Iran; DOB 08 Nov 1958; POB Rudsar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2690705257 (Iran) (individual) [NPWMD] [IFSR] (Linked To: DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER).

AMANOLLAHI BAHARVAND, Manouchehr (a.k.a. AMANOLLAHI, Manouchehr (Arabic: منوچهر امن اللهی)), Iran; DOB Mar 1965 to Mar 1966; POB Khorramabad, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Brigadier General (individual) [IRAN-HR].

AMANOLLAHI, Manouchehr (Arabic: منوچهر امن اللهی) (a.k.a. AMANOLLAHI BAHARVAND, Manouchehr), Iran; DOB Mar 1965 to Mar 1966; POB Khorramabad, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Brigadier General (individual) [IRAN-HR].

AMAQ NEWS AGENCY (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

AMARAL AREVALO, Wendy Dalaithy, Asuncion 747 Inter 301, Guadalajara, Jalisco 44660, Mexico; Calle 16 de Septiembre No. 21, Gral Manuel Avila Camacho, Naucalpan, Estado de Mexico 53910, Mexico; DOB 11 Jul 1980; POB Guadalajara, Jalisco, Mexico; R.F.C. AAAW800711FN9 (Mexico); C.U.R.P. AAAW800711MJCMRN05 (Mexico) (individual) [SDNTK] (Linked To: HD COLLECTION, S.A. DE C.V.; Linked To: HOTELITO DESCONOCIDO; Linked To: W&G ARQUITECTOS, S.A. DE C.V.).

AMAYA ALEMAN, Onecimo Antonio, c/o AERO EXPRESS INTERCONTINENTAL S.A. DE C.V., Mexico City, Distrito Federal, Mexico; c/o CIRCUITO ELECTRONICO S.A. DE C.V., Tijuana, Baja California Norte, Mexico; c/o COPY RED S.A. DE C.V., Tijuana, Baja California Norte, Mexico; Calle Astronomos No. 2214, Colonia Indeco Universidad, Fraccionamiento Otay Universidad, Tijuana, Baja California Norte, Mexico; DOB 25 Feb 1965; POB Aramberri, Nuevo Leon, Mexico; nationality Mexico; citizen Mexico; Passport 01190032480 (Mexico); R.F.C. AAAO-650225 (Mexico); Driver's License No. 210057967 (Mexico); C.U.R.P. AAAO650225HNLMLN03 (Mexico) (individual) [SDNTK].

AMBRA LIMITED, Rm. 18, 27/F, Ho King Comm Ctr, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Company Number 3308446 (Hong Kong); Business Registration Number 75612414 (Hong Kong) [UKRAINE-EO13662] [RUSSIA-EO14024].

AMC SERVICE FZC (a.k.a. AMC SERVICE FZE; a.k.a. "AIRCRAFT MAINTENANCE CENTER FZC"), Q3 95, Block Q3 Street G Floor, Al Ruqa Al Hamra, Sharjah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 10646 (United Arab Emirates); alt. License 4898 (United Arab Emirates); Economic Register Number (CBLS) 11613307 (United Arab Emirates); alt. Economic Register Number (CBLS) 11613308 (United Arab Emirates) [RUSSIA-EO14024].

AMC SERVICE FZE (a.k.a. AMC SERVICE FZC; a.k.a. "AIRCRAFT MAINTENANCE CENTER FZC"), Q3 95, Block Q3 Street G Floor, Al Ruqa Al Hamra, Sharjah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 10646 (United Arab Emirates); alt. License 4898 (United Arab Emirates); Economic Register Number (CBLS) 11613307 (United Arab Emirates); alt. Economic Register Number (CBLS) 11613308 (United Arab Emirates) [RUSSIA-EO14024].

AMD CO. LTD AGENCY, Al-Tahrir Car Parking Building, Tahrir Sq., Floor 3, Office 33, P.O. Box 8044, Baghdad, Iraq [IRAQ2].

AMDOUNI, Meherez ben Ahdoud ben (a.k.a. AL-AMDOUNI, Mehrez Ben Mahmoud Ben Sassi; a.k.a. AMDOUNI, Mehrez; a.k.a. AMDOUNI, Mehrez ben Tah; a.k.a. FUSCO, Fabio; a.k.a. HAMDOUNI, Meherez; a.k.a. HASSAN, Mohamed; a.k.a. "ABU THALE"); DOB 18 Dec 1969; alt. DOB 25 May 1968; alt. DOB 18 Dec 1968; alt. DOB 14 Jul 1969; POB Tunis, Tunisia; alt. POB Naples, Italy; alt. POB Algeria;

nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G737411 (Tunisia) issued 24 Oct 1990 expires 20 Sep 1997; alt. Passport 0801888 (Bosnia and Herzegovina) (individual) [SDGT].

AMDOUNI, Mehrez (a.k.a. AL-AMDOUNI, Mehrez Ben Mahmoud Ben Sassi; a.k.a. AMDOUNI, Meherez ben Ahdoud ben; a.k.a. AMDOUNI, Mehrez ben Tah; a.k.a. FUSCO, Fabio; a.k.a. HAMDOUNI, Meherez; a.k.a. HASSAN, Mohamed; a.k.a. "ABU THALE"); DOB 18 Dec 1969; alt. DOB 25 May 1968; alt. DOB 18 Dec 1968; alt. DOB 14 Jul 1969; POB Tunis, Tunisia; alt. POB Naples, Italy; alt. POB Algeria; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G737411 (Tunisia) issued 24 Oct 1990 expires 20 Sep 1997; alt. Passport 0801888 (Bosnia and Herzegovina) (individual) [SDGT].

AMDOUNI, Mehrez ben Tah (a.k.a. AL-AMDOUNI, Mehrez Ben Mahmoud Ben Sassi; a.k.a. AMDOUNI, Meherez ben Ahdoud ben; a.k.a. AMDOUNI, Mehrez; a.k.a. FUSCO, Fabio; a.k.a. HAMDOUNI, Meherez; a.k.a. HASSAN, Mohamed; a.k.a. "ABU THALE"); DOB 18 Dec 1969; alt. DOB 25 May 1968; alt. DOB 18 Dec 1968; alt. DOB 14 Jul 1969; POB Tunis, Tunisia; alt. POB Naples, Italy; alt. POB Algeria; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G737411 (Tunisia) issued 24 Oct 1990 expires 20 Sep 1997; alt. Passport 0801888 (Bosnia and Herzegovina) (individual) [SDGT].

AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed (a.k.a. AL-BISHAURI, Abu Mohammad Shaykh Aminullah; a.k.a. AL-PESHAWARI, Shaykh Abu Mohammed Ameen; a.k.a. AL-PESHAWARI, Shaykh Aminullah; a.k.a. BISHAWRI, Abu Mohammad Amin; a.k.a. GUL AL-PAKISTANI, Niaz Muhammad Muhammada; a.k.a. MUHAMMAD, Niaz; a.k.a. PESHAWARI, Abu Mohammad Aminullah; a.k.a. "AMINULLAH, Shaykh"; a.k.a. "AMINULLAH, Sheik"; a.k.a. "SHAYKH AMEEN"), Ganj District, Peshawar, Khyber Pakhtunkhwa, Pakistan; House number T-876 Galli Mohallah, Sheikh Abad number 4, Peshawar, Khyber Pakhtunkhwa, Pakistan; Saudi Arabia; DOB circa 01 Jan 1961; POB Shunkrai village, Sarkani District, Konar

Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport FU0152122 (Pakistan) expires 24 Apr 2017; alt. Passport FU0152121 (Pakistan) (individual) [SDGT] (Linked To: JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

AMEEN, Mohamad (a.k.a. "Amyne Didi"), Maldives; DOB 22 May 1984; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. A114103 (Maldives) (individual) [SDGT] (Linked To: ISIL KHORASAN).

AMEGINO FZE, T1-9F-6D, RAKEZ Amenity Center, Al Hamra Industrial Zone-FZ, Ras Al Khaimah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 May 2017; Registration Number 5014362 (United Arab Emirates) [RUSSIA-EO14024].

AMELCHENKOVA, Olga Nikolayevna (Cyrillic: АМЕЛЬЧЕНКОВА, Ольга Николаевна), Russia; DOB 05 Sep 1990; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AMELIACH ORTA, Francisco Jose (Latin: AMELIACH ORTA, Francisco José), Carabobo, Venezuela; DOB 14 Jun 1963; POB Valencia, Carabobo, Venezuela; citizen Venezuela; Gender Male; Cedula No. 7062172 (Venezuela); Constituent of Venezuela's Constituent Assembly for Valencia Municipality in Carabobo State;  Member of Venezuela's Presidential Commission for the Constituent Assembly (individual) [VENEZUELA].

AMEN INDUSTRY SUPPLY (a.k.a. TAAMIN INDUSTRIAL SUPPLY COMPANY; a.k.a. TAAMIN SANAT AMEN COMPANY; a.k.a. TAMIN SANAT AMEN COMPANY), Sorena Building, Unit 5, First Floor, No. 0, Sheikh Mofid Street, Pasha Alley 3, Mosalla Grand Mosque, Central District, Isfahan County, Isfahan, Isfahan 8164763854, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 23 Oct 2014; National ID No. 14004486100 (Iran); Registration Number 52967 (Iran) [NPWMD] [IFSR] (Linked To: BEH JOULE PARS COMMERCIAL ENGINEERING COMPANY).

AMEREUS GROUP PTE LTD (f.k.a. AMEREUS PARTNERS PTE LTD), 101 Cecil Street, Unit 22-101a, Tong Eng Building, Singapore 069533, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Legal Entity Number 984500Z6XE0C8OBC6018; Registration Number 201330833R (Singapore) [RUSSIA-EO14024] (Linked To: VOROBYEV, Maxim Yuryevich).

AMEREUS PARTNERS PTE LTD (a.k.a. AMEREUS GROUP PTE LTD), 101 Cecil Street, Unit 22-101a, Tong Eng Building, Singapore 069533, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Legal Entity Number 984500Z6XE0C8OBC6018; Registration Number 201330833R (Singapore) [RUSSIA-EO14024] (Linked To: VOROBYEV, Maxim Yuryevich).

AMERICAN FRIENDS OF THE UNITED YESHIVA (a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AMERICAN FRIENDS OF YESHIVAT RAV MEIR (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AMERICAN TUNE UP, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Registration ID MAT 46-47 TOMO 460 L. (Mexico) [SDNTK].

AMERKO OOO (a.k.a. OBSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VELESSTROI; a.k.a. VELESSTROI LIMITED LIABILITY COMPANY; a.k.a. VELESSTROY LIMITED LIABILITY COMPANY; a.k.a. "VELESSTROY"), UL. 2-YA Tverskaya-Yamskaya D. 10, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 04 Apr 2008; Tax ID No. 7709787790 (Russia); Government Gazette Number 85762734 (Russia); Registration Number 1087746466950 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AMESCUA, Chuey (a.k.a. AMEZCUA CONTRERAS, Jesus; a.k.a. AMEZCUA CONTRERAS, Jose de Jesus; a.k.a. AMEZCUA, Chuy; a.k.a. AMEZCUA, Jose de Jesus; a.k.a. HERNANDEZ, Adan); DOB 31 Jul 1964; alt. DOB 31 Jul 1964; alt. DOB 31 Jul 1965; POB Mexico (individual) [SDNTK].

AMEUR, Abderrahmane Ouid (a.k.a. EL AMAR, Abderrahmane Ould; a.k.a. EL TILEMSI, Ahmed; a.k.a. TELEMSI, Ahmed; a.k.a. TILEMSI, Ahmed; a.k.a. TOUDJI, Abderrahmane), Gao, Mali; DOB 1977; POB Mali; nationality Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AMEZCUA CONTRERAS ORGANIZATION, Mexico [SDNTK].

AMEZCUA CONTRERAS, Adan (a.k.a. MANZANO, Jose Luis), Carlos Chavez 5, Colima, Colima, Mexico; Francisco I. Madero 749, Colonia Moralete, Colima, Colima, Mexico; Toreros No. 672, Colonia Jardines de Guadalupe, Guadalajara, Jalisco, Mexico; Belizario Dominguez, No. 511, Colima, Colima, Mexico; Calle General Juan Alvarez 1010, Colonia Lomas Vista Hermosa, Colima, Colima, Mexico; DOB 27 Jun 1969; nationality Mexico; citizen Mexico; R.F.C. AECA-690627 (Mexico) (individual) [SDNTK].

AMEZCUA CONTRERAS, Jesus (a.k.a. AMESCUA, Chuey; a.k.a. AMEZCUA CONTRERAS, Jose de Jesus; a.k.a. AMEZCUA, Chuy; a.k.a. AMEZCUA, Jose de Jesus; a.k.a. HERNANDEZ, Adan); DOB 31 Jul 1964; alt. DOB 31 Jul 1964; alt. DOB 31 Jul 1965; POB Mexico (individual) [SDNTK].

AMEZCUA CONTRERAS, Jose de Jesus (a.k.a. AMESCUA, Chuey; a.k.a. AMEZCUA CONTRERAS, Jesus; a.k.a. AMEZCUA, Chuy; a.k.a. AMEZCUA, Jose de Jesus; a.k.a. HERNANDEZ, Adan); DOB 31 Jul 1964; alt. DOB 31 Jul 1964; alt. DOB 31 Jul 1965; POB Mexico (individual) [SDNTK].

AMEZCUA CONTRERAS, Luis Ignacio (a.k.a. AMEZCUA, Luis; a.k.a. CONTRERAS, Luis C.; a.k.a. LOPEZ, Luis; a.k.a. LOZANO, Eduardo; a.k.a. OCHOA, Salvador; a.k.a. RODRIGUEZ LOPEZ, Sergio); DOB 22 Feb 1964; alt. DOB 21 Feb 1964; alt. DOB 21 Feb 1974; POB Mexico (individual) [SDNTK].

AMEZCUA CONTRERAS, Patricia (a.k.a. AMEZCUA CONTRERAS, Patty; a.k.a. AMEZCUA DE LADINO, Patricia), c/o FARMACIA JERLYNE, S.A. DE C.V., Tijuana, Baja California, Mexico; Calle Jesus Ponce 1083, Colonia Jardin Vista Hermosa, Colima, Colima, Mexico; DOB 18 Mar 1967; nationality Mexico; citizen Mexico; R.F.C. AECP-670318 (Mexico); C.U.R.P. AECP670318MJCMNT07 (Mexico) (individual) [SDNTK].

AMEZCUA CONTRERAS, Patty (a.k.a. AMEZCUA CONTRERAS, Patricia; a.k.a. AMEZCUA DE LADINO, Patricia), c/o FARMACIA JERLYNE, S.A. DE C.V., Tijuana, Baja California, Mexico; Calle Jesus Ponce 1083, Colonia Jardin Vista Hermosa, Colima, Colima, Mexico; DOB 18 Mar 1967; nationality Mexico; citizen Mexico; R.F.C. AECP-670318 (Mexico); C.U.R.P. AECP670318MJCMNT07 (Mexico) (individual) [SDNTK].

AMEZCUA DE LADINO, Patricia (a.k.a. AMEZCUA CONTRERAS, Patricia; a.k.a. AMEZCUA CONTRERAS, Patty), c/o FARMACIA JERLYNE, S.A. DE C.V., Tijuana, Baja California, Mexico; Calle Jesus Ponce 1083, Colonia Jardin Vista Hermosa, Colima, Colima, Mexico; DOB 18 Mar 1967; nationality Mexico; citizen Mexico; R.F.C. AECP-670318 (Mexico); C.U.R.P. AECP670318MJCMNT07 (Mexico) (individual) [SDNTK].

AMEZCUA, Chuy (a.k.a. AMESCUA, Chuey; a.k.a. AMEZCUA CONTRERAS, Jesus; a.k.a. AMEZCUA CONTRERAS, Jose de Jesus; a.k.a. AMEZCUA, Jose de Jesus; a.k.a. HERNANDEZ, Adan); DOB 31 Jul 1964; alt. DOB 31 Jul 1964; alt. DOB 31 Jul 1965; POB Mexico (individual) [SDNTK].

AMEZCUA, Jose de Jesus (a.k.a. AMESCUA, Chuey; a.k.a. AMEZCUA CONTRERAS, Jesus; a.k.a. AMEZCUA CONTRERAS, Jose de Jesus; a.k.a. AMEZCUA, Chuy; a.k.a. HERNANDEZ, Adan); DOB 31 Jul 1964; alt. DOB 31 Jul 1964; alt. DOB 31 Jul 1965; POB Mexico (individual) [SDNTK].

AMEZCUA, Luis (a.k.a. AMEZCUA CONTRERAS, Luis Ignacio; a.k.a. CONTRERAS, Luis C.; a.k.a. LOPEZ, Luis; a.k.a. LOZANO, Eduardo; a.k.a. OCHOA, Salvador; a.k.a. RODRIGUEZ LOPEZ, Sergio); DOB 22 Feb 1964; alt. DOB 21 Feb 1964; alt. DOB 21 Feb 1974; POB Mexico (individual) [SDNTK].

AMG RICAS PIZZA (a.k.a. FUSION PIZZA & PARRILLA; a.k.a. RICA'S PIZZA), Carrera 45 No. 24A-05, Bogota, Colombia; Matricula Mercantil No 1323961 (Colombia) [SDNTK].

AMHAZ, Kamel (a.k.a. AL-AMHAZ, Kamel; a.k.a. AMHAZ, Kamel Mohamad; a.k.a. AMHAZ, Kamel Mohamed; a.k.a. AMHAZ, Kamil), 5th Floor, Ghadir Building, Kods Street, Haret Hreik, Baabda, Lebanon; Ghadir, 5th Floor, Safarat,

Bir Hassan, Jenah, Lebanon; Ghadir 5th Floor, Embassies Street, Bir Hasan, Lebanon; Dallas Center, Saida Old Street, Chiah, Baabda, Lebanon; DOB 04 Aug 1973; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2244333 (Lebanon); Identification Number 61 Niha El-Mehfara; President and Chief Executive Officer, Stars Group Holding (individual) [SDGT].

AMHAZ, Kamel Mohamad (a.k.a. AL-AMHAZ, Kamel; a.k.a. AMHAZ, Kamel; a.k.a. AMHAZ, Kamel Mohamed; a.k.a. AMHAZ, Kamil), 5th Floor, Ghadir Building, Kods Street, Haret Hreik, Baabda, Lebanon; Ghadir, 5th Floor, Safarat, Bir Hassan, Jenah, Lebanon; Ghadir 5th Floor, Embassies Street, Bir Hasan, Lebanon; Dallas Center, Saida Old Street, Chiah, Baabda, Lebanon; DOB 04 Aug 1973; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2244333 (Lebanon); Identification Number 61 Niha El-Mehfara; President and Chief Executive Officer, Stars Group Holding (individual) [SDGT].

AMHAZ, Kamel Mohamed (a.k.a. AL-AMHAZ, Kamel; a.k.a. AMHAZ, Kamel; a.k.a. AMHAZ, Kamel Mohamad; a.k.a. AMHAZ, Kamil), 5th Floor, Ghadir Building, Kods Street, Haret Hreik, Baabda, Lebanon; Ghadir, 5th Floor, Safarat, Bir Hassan, Jenah, Lebanon; Ghadir 5th Floor, Embassies Street, Bir Hasan, Lebanon; Dallas Center, Saida Old Street, Chiah, Baabda, Lebanon; DOB 04 Aug 1973; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2244333 (Lebanon); Identification Number 61 Niha El-Mehfara; President and Chief Executive Officer, Stars Group Holding (individual) [SDGT].

AMHAZ, Kamil (a.k.a. AL-AMHAZ, Kamel; a.k.a. AMHAZ, Kamel; a.k.a. AMHAZ, Kamel Mohamad; a.k.a. AMHAZ, Kamel Mohamed), 5th Floor, Ghadir Building, Kods Street, Haret Hreik, Baabda, Lebanon; Ghadir, 5th Floor, Safarat, Bir Hassan, Jenah, Lebanon; Ghadir

5th Floor, Embassies Street, Bir Hasan, Lebanon; Dallas Center, Saida Old Street, Chiah, Baabda, Lebanon; DOB 04 Aug 1973; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2244333 (Lebanon); Identification Number 61 Niha El-Mehfara; President and Chief Executive Officer, Stars Group Holding (individual) [SDGT].

AMIDI, Reza; DOB 30 Sep 1962; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

AMIG (a.k.a. AMMUNITION AND METALLURGY INDUSTRIES GROUP; a.k.a. AMMUNITION AND METALLURGY INDUSTRY GROUP; a.k.a. AMMUNITION INDUSTRIES GROUP; a.k.a. SANAYE MOHEMATSAZI), P.O. Box 16765-1835, Pasdaran Street, Tehran, Iran; Department 145-42, P.O. Box 16765-128, Moghan Avenue, Pasdaran Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

AMIGE AO (Cyrillic: АМИГЭ АО) (a.k.a. ARKTICHESKIE MORSKIE INZHERNO GEOLOGICHESKIE EKSPEDITSII AO (Cyrillic: АРКТИЧЕСКИЕ МОРСКИЕ ИНЖЕРНО ГЕОЛОГИЧЕСКИЕ ЭКСПЕДИЦИИ АО)), Ulitsa Karla Marksa. Dom 19, Murmansk 183025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5199000024 (Russia); Registration Number 1035100184811 (Russia) [RUSSIA-EO14024].

AMIGO SUPERMARKET (a.k.a. AMIGO SUPERMARKET LIMITED), 1023, Adetokunbo Ademola Crescent, Wuse II, Abuja, Nigeria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: FAWAZ, Mustapha Reda Darwish; Linked To: FAWAZ, Fouzi Reda Darwish).

AMIGO SUPERMARKET LIMITED (a.k.a. AMIGO SUPERMARKET), 1023, Adetokunbo Ademola Crescent, Wuse II, Abuja, Nigeria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886

[SDGT] (Linked To: FAWAZ, Mustapha Reda Darwish; Linked To: FAWAZ, Fouzi Reda Darwish).

AMIGO, Mzee (a.k.a. AMIGO, Simba; a.k.a. KIBIRGE, Amigo; a.k.a. KIBIRIGE, Amigo; a.k.a. MUHAMMAND, Kibirige), Congo, Democratic Republic of the; DOB 1975 to 1979; POB Masaka District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

AMIGO, Simba (a.k.a. AMIGO, Mzee; a.k.a. KIBIRGE, Amigo; a.k.a. KIBIRIGE, Amigo; a.k.a. MUHAMMAND, Kibirige), Congo, Democratic Republic of the; DOB 1975 to 1979; POB Masaka District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

AMIN ABU SHANAB & SONS CO. (a.k.a. ABU SHANAB METALS ESTABLISHMENT; a.k.a. AMIN ABU SHANAB AND SONS CO.; a.k.a. SHANAB METALS ESTABLISHMENT; a.k.a. TARIQ ABU SHANAB EST.; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE & COMMERCE; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE AND COMMERCE; a.k.a. TARIQ ABU SHANAB METALS ESTABLISHMENT), Musherfeh, P.O. Box 766, Zarka, Jordan [IRAQ2].

AMIN ABU SHANAB AND SONS CO. (a.k.a. ABU SHANAB METALS ESTABLISHMENT; a.k.a. AMIN ABU SHANAB & SONS CO.; a.k.a. SHANAB METALS ESTABLISHMENT; a.k.a. TARIQ ABU SHANAB EST.; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE & COMMERCE; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE AND COMMERCE; a.k.a. TARIQ ABU SHANAB METALS ESTABLISHMENT), Musherfeh, P.O. Box 766, Zarka, Jordan [IRAQ2].

AMIN INDUSTRIAL COMPANY (a.k.a. AMIN INDUSTRIAL COMPLEX; a.k.a. AMIN INDUSTRIAL COMPOUND), Amin Industrial Estate, Khalage Rd., Seyedi District, Mashad, Iran; Kaveh Complex, Khalaj Rd., Seyedi St., Mashad, Iran; P.O. Box 91735-549, Mashad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

AMIN INDUSTRIAL COMPLEX (a.k.a. AMIN INDUSTRIAL COMPANY; a.k.a. AMIN INDUSTRIAL COMPOUND), Amin Industrial Estate, Khalage Rd., Seyedi District, Mashad, Iran; Kaveh Complex, Khalaj Rd., Seyedi St., Mashad, Iran; P.O. Box 91735-549, Mashad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

AMIN INDUSTRIAL COMPOUND (a.k.a. AMIN INDUSTRIAL COMPANY; a.k.a. AMIN INDUSTRIAL COMPLEX), Amin Industrial Estate, Khalage Rd., Seyedi District, Mashad, Iran; Kaveh Complex, Khalaj Rd., Seyedi St., Mashad, Iran; P.O. Box 91735-549, Mashad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

AMIN INVESTMENT BANK (a.k.a. AMINIB; a.k.a. "AMIN IB"), No. 51 Ghobadiyan Street, Valiasr Street, Tehran 1968917173, Iran; Website http://www.aminib.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

AMIN, 'Adnan Muhammad (a.k.a. AL RAWI, Adnan Mahmood; a.k.a. ALRAWI, Adnan Mahmoud; a.k.a. AL-RAWI, 'Adnan Muhammad Amin; a.k.a. AL-RAWI, Amin Muhammad; a.k.a. RAWI, Adnan Mahmood; a.k.a. "ALDEEN, Mohammed Amad Az"; a.k.a. "EMAD, Mohammad"; a.k.a. "EZALDEEN, Mohammed Emad"), Erbil, Iraq; Amman, Jordan; Sulaymaniyah, Iraq; Istanbul, Turkey; Adana, Turkey; Bazaz Abd, Syria; al-Rawah, Anbar, Iraq; DOB 07 Jan 1985; alt. DOB 28 Aug 1982; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 649474 (Iraq); Identification Number 00260818 (Iraq); alt. Identification Number 658032 (Jordan); alt. Identification Number 635464 (Jordan); alt. Identification Number 1251025 (Jordan); alt. Identification Number 1200701 (Jordan); alt. Identification Number 24906658031 (Jordan); alt. Identification Number 1465967 (Jordan); alt. Identification Number 1194396 (Jordan) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AMIN, Alireza (Arabic: علیرضا امین); DOB 1965; alt. DOB 1966; POB Darab, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); National ID No. 6549531071 (Iran); Managing Director (individual) [IRAN-EO13846] (Linked To: ABADAN OIL REFINING COMPANY).

AMIN, Muhammad (a.k.a. AH HAQ, Dr. Amin; a.k.a. AL-HAQ, Amin; a.k.a. UL-HAQ, Dr. Amin); DOB 1960; POB Nangahar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AMIN, Shahzad (a.k.a. AHMED, Shahzad), Lahore, Pakistan; DOB 14 Dec 1987; nationality Pakistan; Email Address shy4angels@gmail.com; alt. Email Address shahzadsmb@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. 3420204688179 (Pakistan) (individual) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

AMINAH, Khalil Pareja (a.k.a. PAREJA, Dinno Amor Rosalejos; a.k.a. PAREJA, Dinno Rosalejos; a.k.a. PAREJA, Johnny; a.k.a. PAREJA, Kahlil; a.k.a. PAREJA, Khalil; a.k.a. ROSALEJOS-PAREJA, Dino Amor), Atimonan, Quezon Province, Philippines; DOB 19 Jul 1981; POB Cebu City, Cebu Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AMINE, Mohamed Abdalla (a.k.a. AL AMEEN, Mohamed Abdullah; a.k.a. AL AMIN, Mohammad; a.k.a. AL AMIN, Muhammad Abdallah; a.k.a. AL AMIN, Muhammed; a.k.a. AL-AMIN, Mohamad; a.k.a. ALAMIN, Mohamed; a.k.a. AL-AMIN, Muhammad 'Abdallah; a.k.a. EL AMINE, Muhammed), Yusif Mishkhas T: 3 Ibn Sina, Bayrut Marjayoun, Lebanon; Beirut, Lebanon; DOB 11 Jan 1975; POB El Mezraah, Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

AMINI, Hosein Hafez (a.k.a. AMINI, Hossein Hafez; a.k.a. AMINI, Huseyin Hafez; a.k.a. AMINI, Hussein Hafiz; a.k.a. HAFEMAZAMINI, Huseyin; a.k.a. HAFEZAMINI, Huseyin), Turkey; DOB 23 Aug 1969; nationality Iran; alt. nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A3784761 (Iran) expires 11 Aug 2021; alt. Passport U12438217 (Turkey) expires 30

Mar 2026 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AMINI, Hossein Hafez (a.k.a. AMINI, Hosein Hafez; a.k.a. AMINI, Huseyin Hafez; a.k.a. AMINI, Hussein Hafiz; a.k.a. HAFEMAZAMINI, Huseyin; a.k.a. HAFEZAMINI, Huseyin), Turkey; DOB 23 Aug 1969; nationality Iran; alt. nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A3784761 (Iran) expires 11 Aug 2021; alt. Passport U12438217 (Turkey) expires 30 Mar 2026 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AMINI, Huseyin Hafez (a.k.a. AMINI, Hosein Hafez; a.k.a. AMINI, Hossein Hafez; a.k.a. AMINI, Hussein Hafiz; a.k.a. HAFEMAZAMINI, Huseyin; a.k.a. HAFEZAMINI, Huseyin), Turkey; DOB 23 Aug 1969; nationality Iran; alt. nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A3784761 (Iran) expires 11 Aug 2021; alt. Passport U12438217 (Turkey) expires 30 Mar 2026 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AMINI, Hussein Hafiz (a.k.a. AMINI, Hosein Hafez; a.k.a. AMINI, Hossein Hafez; a.k.a. AMINI, Huseyin Hafez; a.k.a. HAFEMAZAMINI, Huseyin; a.k.a. HAFEZAMINI, Huseyin), Turkey; DOB 23 Aug 1969; nationality Iran; alt. nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A3784761 (Iran) expires 11 Aug 2021; alt. Passport U12438217 (Turkey) expires 30 Mar 2026 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AMINI, Meghdad; DOB 05 Jun 1982; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U36089349 (Iran); National ID No. 0071070222 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AMINIAN, Ali (a.k.a. HEMMATIAN, Ali (Arabic: علی همتیان); a.k.a. "Raouf"), Iran; DOB 1982; alt. DOB 1983; POB Damghan, Semnan Province,

Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRGC] [IRAN-HR].

AMINIB (a.k.a. AMIN INVESTMENT BANK; a.k.a. "AMIN IB"), No. 51 Ghobadiyan Street, Valiasr Street, Tehran 1968917173, Iran; Website http://www.aminib.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

AMINPUR, Sayyed Sai'd (a.k.a. MOUSAVI, Seyed Ahmad Shid; a.k.a. MUSAVI, Sayyed Sa'id; a.k.a. MUSAVIR, Sayyed Yaser), Iran; Iraq; DOB 23 Aug 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AMIR AL MO'MENIN INDUSTRIES (a.k.a. AMIR-AL-MO'MENIN COMPLEX; a.k.a. AMIROLMOMENIN FACTORIES; a.k.a. AMIROLMOMENIN INDUSTRIES), Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

AMIR KABIR PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی امیر کبیر) (a.k.a. AMIR KABIR PETROCHEMICAL COMPANY PUBLIC JOINT STOCK), P.O. Box 1465835661, Tehran, Iran; Derya Blvd - South Sarafahay Street, Ahmad Nafisi East (23) Street, Block 21, Sa'adat Abad, Tehran 1465835661, Iran; No. 21, Saadat Abad Street, Darya South Srafhay, P.O. Box 1465835661, Tehran, Iran; Website www.akpc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 01 Feb 1998; National ID No. 10101807733 (Iran); Business Registration Number 137672 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

AMIR KABIR PETROCHEMICAL COMPANY PUBLIC JOINT STOCK (a.k.a. AMIR KABIR PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی امیر کبیر)), P.O. Box 1465835661, Tehran, Iran; Derya Blvd - South Sarafahay Street, Ahmad Nafisi East (23) Street, Block 21, Sa'adat Abad, Tehran 1465835661, Iran; No. 21, Saadat Abad Street, Darya South Srafhay, P.O. Box 1465835661, Tehran, Iran; Website www.akpc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 01 Feb 1998; National ID No. 10101807733 (Iran); Business Registration Number 137672 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

AMIR-AL-MO'MENIN COMPLEX (a.k.a. AMIR AL MO'MENIN INDUSTRIES; a.k.a. AMIROLMOMENIN FACTORIES; a.k.a. AMIROLMOMENIN INDUSTRIES), Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

AMIRCO ELECTRONICS (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

AMIRI, Mahdi (Arabic: مهدی امیری) (a.k.a. AMIRI, Mehdi), Iran; DOB 25 Mar 1983; POB Shiraz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10520995 (Iran) expires 29 Sep 2026; National ID No. 229-555835-2 (Iran); Birth Certificate Number 272 (Iran); Technical Director of the Cyberspace Affairs Deputy of the Prosecutor General's Office of Iran (individual) [IRAN-EO13846] (Linked To: COMMITTEE TO DETERMINE INSTANCES OF CRIMINAL CONTENT).

AMIRI, Mehdi (a.k.a. AMIRI, Mahdi (Arabic: مهدی امیری)), Iran; DOB 25 Mar 1983; POB Shiraz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10520995 (Iran) expires 29 Sep 2026; National ID No. 229-555835-2 (Iran); Birth Certificate Number 272 (Iran); Technical Director of the Cyberspace Affairs Deputy of the Prosecutor General's Office of Iran (individual) [IRAN-EO13846] (Linked To: COMMITTEE TO DETERMINE INSTANCES OF CRIMINAL CONTENT).

AMIRI, Mohsin Raza (a.k.a. RAZA, Mohsin), Karachi, Pakistan; DOB 25 May 1986; nationality Pakistan; Email Address alimohsin228@gmail.com; alt. Email Address mohsinrazaamiri@gmail.com; alt. Email Address alimohsin228@yahoo.com; alt. Email Address amestypezx@yahoo.com; alt. Email Address mohsin@forwarderz.com; alt. Email Address great_guy1102002@yahoo.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. 4220198261523 (Pakistan) (individual) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

AMIRIAN, Amir (a.k.a. AZADFAR, Mansur; a.k.a. EYRLO, Hassan; a.k.a. EYRLOU, Hassan; a.k.a. HASSAN, Abu; a.k.a. IRLOO, Hassan; a.k.a. IRLU, Hasan; a.k.a. IRLU, Hasan Azir), Sanaa, Yemen; DOB 11 Jun 1964; alt. DOB 1959; alt. DOB 1958; alt. DOB 1960; POB Rey, Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0089886348 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AMIRINIA, Ahmad (a.k.a. MOGHADAM, Reza Amiri (Arabic: رضا امیری مقدم); a.k.a. MOGHADDAM, Reza Amiri; a.k.a. MOQADAM, Reza Amiri), Iran; DOB 30 Apr 1961; alt. DOB 30 Apr 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P59446693 (Iran) expires 05 Sep 2027; alt. Passport D10004770 (Iran) expires 17 Feb 2024 (individual) [HOSTAGES-EO14078] (Linked To:

IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

AMIROLMOMENIN FACTORIES (a.k.a. AMIR AL MO'MENIN INDUSTRIES; a.k.a. AMIR-AL-MO'MENIN COMPLEX; a.k.a. AMIROLMOMENIN INDUSTRIES), Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

AMIROLMOMENIN INDUSTRIES (a.k.a. AMIR AL MO'MENIN INDUSTRIES; a.k.a. AMIR-AL-MO'MENIN COMPLEX; a.k.a. AMIROLMOMENIN FACTORIES), Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

AMISI, Nkumba (a.k.a. KUMBA, Gabriel Amisi; a.k.a. "Tango Fort"; a.k.a. "Tango Four"); DOB 28 May 1964; nationality Congo, Democratic Republic of the; Gender Male; Major General; Commander of the First Defense Zone; Former Armed Forces of the Democratic Republic of the Congo land forces commander (individual) [DRCONGO].

AMITA PETROCHEMICAL TRADING L.L.C (Arabic: اميتا لتجارة البتروكيماويات ش.ذ.م.م), Dubai, United Arab Emirates; Organization Established Date 07 Mar 2022; License 1040636 (United Arab Emirates); Economic Register Number (CBLS) 11837359 (United Arab Emirates) [IRAN-EO13902].

AMITIS JAZIREH KISH SHIP MANAGEMENT CO LLC, Unit 44, 11th Floor, Mena Tower, Plot BO139, Sanaei Street, Kish 7941773197, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2021; Identification Number IMO 6221126 [SDGT] (Linked To: AL-QATIRJI COMPANY).

AMITO TRADING LIMITED (Chinese Traditional: 奧邁拓貿易有限公司), Rm 4, 16/F, Ho King Comm Ctr 2-16 Fayuen St, Kowloon, Hong Kong, China; Rm D3, 11/F, Luk Hop Indl Bldg, 8 Luk Hop Street, San Po King, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Nov 2021; Company Number 3099269 (Hong Kong); Business Registration Number 73503900 (Hong Kong) [SDGT] [IFSR] (Linked To: ISLAMIC

REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AMITRON ELECTRONICS LLC (a.k.a. LIMITED LIABILITY COMPANY AMITRON ELEKTRONIKS), Ul. Kulakova, D. 20, Str. 1-A, Office 608, Moscow 123592, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7734240231 (Russia); Registration Number 1027739858145 (Russia) [RUSSIA-EO14024].

AMJADIAN, Hossein (Arabic: حسين امجديان), Tehran, Iran; DOB 26 Jul 1971; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport H33409785 (Iran) expires 29 Feb 2020 (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

AMKODOR OAO (a.k.a. OPEN JOINT STOCK COMPANY AMKODOR MANAGEMENT HOLDING COMPANY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO AMKODOR UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA), D. 8, kom. 201, Nezhiloe pomeshchenie, ul. P. Brovki, Minsk 220013, Belarus; Tax ID No. 100135676 (Belarus); Government Gazette Number 05762507 (Belarus) [BELARUS-EO14038].

AMMAR IBN YASIR BRIGADE (a.k.a. AL-HAMAD BRIGADE; a.k.a. AL-NUJABA TV; a.k.a. GOLAN LIBERATION BRIGADE; a.k.a. HARAKAT AL-NUJABA (Arabic: حركة النجباء); a.k.a. HARAKAT HEZBOLLAH AL-NUJABA; a.k.a. IMAM AL-HASAN AL-MUJTABA BRIGADE; a.k.a. MOVEMENT OF THE NOBLE ONES HEZBOLLAH; a.k.a. THE MOVEMENT OF THE NOBLE ONES), Iraq; Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2013; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

'AMMAR, Salmi Salama Salim Sulayman (a.k.a. "'ASRA, Abu"; a.k.a. "YUSRI"); DOB 01 Jan 1979 to 31 Dec 1979; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SINAI PROVINCE).

AMMARI, Saifi (a.k.a. "ABDALARAK"; a.k.a. "ABDERREZAK LE PARA"; a.k.a. "ABDERREZAK ZAIMECHE"; a.k.a. "ABDUL RASAK AMMANE ABU HAIDRA"; a.k.a. "ABOU HAIDARA"; a.k.a. "EL OURASSI"; a.k.a. "EL PARA"); DOB 01 Jan 1968; POB Kef Rih, Algeria; nationality Algeria; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AMMASH, Huda Salih Mahdi; DOB 1953; POB Baghdad, Iraq; nationality Iraq; member, Ba'th party regional command (individual) [IRAQ2].

AMMERSHAM COMMERCIAL VENTURES LIMITED, Victoria, Seychelles; PostFach 432, Klagenfurt, Austria; Certificate of Incorporation Number 006939 (Seychelles) [SDNTK].

AMMOSOV, Petr Revoldovich (Cyrillic: АММОСОВ, Петр Револьдович), Russia; DOB 22 Sep 1966; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AMMUNITION AND METALLURGY INDUSTRIES GROUP (a.k.a. AMIG; a.k.a. AMMUNITION AND METALLURGY INDUSTRY GROUP; a.k.a. AMMUNITION INDUSTRIES GROUP; a.k.a. SANAYE MOHEMATSAZI), P.O. Box 16765-1835, Pasdaran Street, Tehran, Iran; Department 145-42, P.O. Box 16765-128, Moghan Avenue, Pasdaran Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

AMMUNITION AND METALLURGY INDUSTRY GROUP (a.k.a. AMIG; a.k.a. AMMUNITION AND METALLURGY INDUSTRIES GROUP; a.k.a. AMMUNITION INDUSTRIES GROUP; a.k.a. SANAYE MOHEMATSAZI), P.O. Box 16765-1835, Pasdaran Street, Tehran, Iran; Department 145-42, P.O. Box 16765-128, Moghan Avenue, Pasdaran Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

AMMUNITION INDUSTRIES GROUP (a.k.a. AMIG; a.k.a. AMMUNITION AND METALLURGY INDUSTRIES GROUP; a.k.a. AMMUNITION AND METALLURGY INDUSTRY GROUP; a.k.a. SANAYE MOHEMATSAZI), P.O. Box 16765-1835, Pasdaran Street, Tehran, Iran; Department 145-42, P.O. Box 16765-128, Moghan Avenue, Pasdaran Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

AMN PARDAZESH KHARAZMI (a.k.a. ITSEC TEAM; a.k.a. "IT SECURITY & PENETRATION TESTING TEAM"; a.k.a. "POOYA DIGITAL SECURITY GROUP"), Unit 2, No. 129, Mir Ali Akbari St, Motahari Avenue, Tehran, Iran;

Additional Sanctions Information - Subject to Secondary Sanctions [CYBER2].

AMNAFZAR (a.k.a. AMNAFZAR CORPORATION; a.k.a. AMNAFZAR GOSTAR-E SHARIF; a.k.a. SHARIF SECUREWARE), 5th Floor, No. 35, Qasemi St, North Side of Sharif University, Azadi Avenue, Tehran, Iran; No. 131, Pardis Technology Park, Pardis, Iran; Unit 3, 2nd Floor, No. 1176, Between 52, 54 VakilAbadi Blvd, Mashhad, Iran; Shahid Beheshti Ave, Sahand St., No. 20, 3rd, Tehran 1587677518, Iran; Website http://www.amnafzar.com; Email Address info@amnafzar.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

AMNAFZAR CORPORATION (a.k.a. AMNAFZAR; a.k.a. AMNAFZAR GOSTAR-E SHARIF; a.k.a. SHARIF SECUREWARE), 5th Floor, No. 35, Qasemi St, North Side of Sharif University, Azadi Avenue, Tehran, Iran; No. 131, Pardis Technology Park, Pardis, Iran; Unit 3, 2nd Floor, No. 1176, Between 52, 54 VakilAbadi Blvd, Mashhad, Iran; Shahid Beheshti Ave, Sahand St., No. 20, 3rd, Tehran 1587677518, Iran; Website http://www.amnafzar.com; Email Address info@amnafzar.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

AMNAFZAR GOSTAR-E SHARIF (a.k.a. AMNAFZAR; a.k.a. AMNAFZAR CORPORATION; a.k.a. SHARIF SECUREWARE), 5th Floor, No. 35, Qasemi St, North Side of Sharif University, Azadi Avenue, Tehran, Iran; No. 131, Pardis Technology Park, Pardis, Iran; Unit 3, 2nd Floor, No. 1176, Between 52, 54 VakilAbadi Blvd, Mashhad, Iran; Shahid Beheshti Ave, Sahand St., No. 20, 3rd, Tehran 1587677518, Iran; Website http://www.amnafzar.com; Email Address info@amnafzar.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

AMNOKGANG TECHNOLOGY DEVELOPMENT COMPANY (Korean: 압록강기술개발회사; Chinese Simplified: 鸭绿江技术开发公司) (a.k.a. AMNOKGANG TECHNOLOGY DEVELOPMENT CORPORATION; a.k.a. KOREA AMNOKGANG TECHNOLOGY DEVELOPMENT COMPANY (Korean: 조선압록강기술개발회사); a.k.a. KOREA APROKGANG TECHNOLOGY COMPANY; a.k.a. YALU RIVER TECHNOLOGY DEVELOPMENT COMPANY), South Hamgyong, Korea, North; Pothonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0xcB74874f1e06Fcf80A306e06e5379A44B488bA2D; alt. Digital Currency Address - ETH 0x0330070FD38Ec3bB94F58FA55D40368271E9e54A; alt. Digital Currency Address - ETH 0x9Be599d7867f5E1a2D7Ec6dB9710dF2b98A15573; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 1982; Organization Type: Other information technology and computer service activities; Digital Currency Address - TRX TNrX2FwrHKoo4XACGkmSzqeK4pdnKYn6Z7; alt. Digital Currency Address - TRX TEEYCuGDyeNkuDj4u6GQRXxXo3Nh29r2vP; alt. Digital Currency Address - TRX TZB4NrX7k9ZsV6PRc1GigAztLL8WHpLvwP; alt. Digital Currency Address - TRX TDe2UNAvuUnTbbDo7518eMe3TXN5qJW8Ft [DPRK4].

AMNOKGANG TECHNOLOGY DEVELOPMENT CORPORATION (a.k.a. AMNOKGANG TECHNOLOGY DEVELOPMENT COMPANY (Korean: 압록강기술개발회사; Chinese Simplified: 鸭绿江技术开发公司); a.k.a. KOREA AMNOKGANG TECHNOLOGY DEVELOPMENT COMPANY (Korean: 조선압록강기술개발회사); a.k.a. KOREA APROKGANG TECHNOLOGY COMPANY; a.k.a. YALU RIVER TECHNOLOGY DEVELOPMENT COMPANY), South Hamgyong, Korea, North; Pothonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0xcB74874f1e06Fcf80A306e06e5379A44B488bA2D; alt. Digital Currency Address - ETH 0x0330070FD38Ec3bB94F58FA55D40368271E9e54A; alt. Digital Currency Address - ETH 0x9Be599d7867f5E1a2D7Ec6dB9710dF2b98A15573; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 1982; Organization Type: Other information technology and computer service activities; Digital Currency Address - TRX TNrX2FwrHKoo4XACGkmSzqeK4pdnKYn6Z7; alt. Digital Currency Address - TRX TEEYCuGDyeNkuDj4u6GQRXxXo3Nh29r2vP; alt. Digital Currency Address - TRX TZB4NrX7k9ZsV6PRc1GigAztLL8WHpLvwP; alt. Digital Currency Address - TRX TDe2UNAvuUnTbbDo7518eMe3TXN5qJW8Ft [DPRK4].

AMNOKKANG DEVELOPMENT BANK (a.k.a. AMROGGANG DEVELOPMENT BANK), Tongan-dong, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

AMON KIMYA VE MAKINA SANAYI VE TICARET LIMITED SIRKETI (a.k.a. AMON KIMYA VE MAKINE SAN. TIC. LTD. STI), Kat: 5 Daire: 20, 5 Temmuz Caddesi, No.:9 Cay Mahallesi, Iskenderun, Hatay 31200, Turkey; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 23 Aug 2011; Tax ID No. 7970344221 (Turkey); Registration Number 12659 (Turkey) [IRAN-EO13846].

AMON KIMYA VE MAKINE SAN. TIC. LTD. STI (a.k.a. AMON KIMYA VE MAKINA SANAYI VE TICARET LIMITED SIRKETI), Kat: 5 Daire: 20, 5 Temmuz Caddesi, No.:9 Cay Mahallesi, Iskenderun, Hatay 31200, Turkey; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 23 Aug 2011; Tax ID No. 7970344221 (Turkey); Registration Number 12659 (Turkey) [IRAN-EO13846].

AMORIM FERREIRA, Ciro Daniel (a.k.a. FERREIRA, Ciro Daniel), Rua Maranhao, 1566 Apto 502, Funcionarios, Belo Horizonte, Minas Gerais 30150331, Brazil (Latin: Rua Maranhão, 1566 Apto 502, Funcionários, Belo Horizonte, Minas Gerais 30150331, Brazil); DOB 27 Aug 1987; POB Belo Horizonte, Brazil; nationality Brazil; citizen Brazil; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport FD621325 (Brazil) issued 28 May 2011 expires 27 May 2016; National ID No. 08388816616 (Brazil) (individual) [SDGT] (Linked To: THE TERRORGRAM COLLECTIVE).

AMRAN CEMENT FACTORY (Arabic: مصنع إسمنت عمران) (a.k.a. OMRAN CEMENT FACTORY), Amran Governorate, Sana'a,

Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1982; Organization Type: Manufacture of articles of concrete, cement and plaster [SDGT] (Linked To: ANSARALLAH).

AMROGGANG DEVELOPMENT BANK (a.k.a. AMNOKKANG DEVELOPMENT BANK), Tongan-dong, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

AMS GROUP LLC (a.k.a. AMS GRUPP; a.k.a. ANALYTICAL MARKETING CHEMICAL GROUP), Pl. Konstitutsii D. 3, K. 2 Lit. A, Pom. 101N, Saint Petersburg 196247, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7810819993 (Russia); Registration Number 1117847091856 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AMS GRUPP (a.k.a. AMS GROUP LLC; a.k.a. ANALYTICAL MARKETING CHEMICAL GROUP), Pl. Konstitutsii D. 3, K. 2 Lit. A, Pom. 101N, Saint Petersburg 196247, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7810819993 (Russia); Registration Number 1117847091856 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AMS TEHNIKA LLC (a.k.a. LIMITED LIABILITY COMPANY AMS TEKHNIKA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АМС ТЕХНИКА)), d. 9 str. 25 etazh 2 pom. II, Komn. 44, ul. Godovikova, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9717115403 (Russia); Registration Number 1227700325270 (Russia) [RUSSIA-EO14024].

AMSHA MARITIME, Room 101, Ground Floor, Rifle Range Road, Ghatkopar West, Mumbai, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2024;

Identification Number IMO 6474020 [UKRAINE-EO13662] [RUSSIA-EO14024].

AMSTERDAM TRADE BANK NV, Strawinskylaan 1939, Amsterdam 1077 XX, Netherlands; SWIFT/BIC ATBANL2A; Website www.amsterdamtradebank.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1994; Registration Number 33260432 (Netherlands) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALFA-BANK).

AMTCHENTSEV, Vladlen, Singapore; DOB 25 Jan 1969; POB Klimovsk, Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport M00021291 (South Africa) issued 04 May 2010 expires 03 May 2020; National ID No. 6901256079081 (South Africa) (individual) [DPRK3] (Linked To: VELMUR MANAGEMENT PTE LTD).

AMT-SPECAVIA (a.k.a. AMT-SPETSAVIA; a.k.a. AMT-SPETSAVIA GROUP; a.k.a. LLC SPETSAVIA (Cyrillic: ООО СПЕЦАВИА)), Building 8, Office 1, Novoyaroslavskaya Station, Yaroslavl, Yaroslavl Region 150023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7604289701 (Russia); Government Gazette Number 21740072 (Russia); Registration Number 1157627030406 (Russia) [RUSSIA-EO14024].

AMT-SPETSAVIA (a.k.a. AMT-SPECAVIA; a.k.a. AMT-SPETSAVIA GROUP; a.k.a. LLC SPETSAVIA (Cyrillic: ООО СПЕЦАВИА)), Building 8, Office 1, Novoyaroslavskaya Station, Yaroslavl, Yaroslavl Region 150023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7604289701 (Russia); Government Gazette Number 21740072 (Russia); Registration Number 1157627030406 (Russia) [RUSSIA-EO14024].

AMT-SPETSAVIA GROUP (a.k.a. AMT-SPECAVIA; a.k.a. AMT-SPETSAVIA; a.k.a. LLC SPETSAVIA (Cyrillic: ООО СПЕЦАВИА)), Building 8, Office 1, Novoyaroslavskaya Station, Yaroslavl, Yaroslavl Region 150023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7604289701 (Russia); Government Gazette Number 21740072 (Russia); Registration

Number 1157627030406 (Russia) [RUSSIA-EO14024].

AMUR SHIPBUILDING PLANT (a.k.a. AMUR SHIPBUILDING PLANT PUBLIC COMPANY; a.k.a. JSC AMURSKY SUDOSTROITELNY ZAVOD (Cyrillic: ПАО АМУРСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. PJSC AMURSKY SUDOSTROITELNY FACTORY; a.k.a. PUBLIC JOINT STOCK COMPANY AMURSKY SHIPBUILDING PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO AMURSKIY SUDOSTROITELNYI ZAVOD; a.k.a. "PJSC ASZ"), 1 Alleya Truda St., Komsomolsk-On-Amur, Khabarovsk Region 681000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Dec 1992; Tax ID No. 2703000015 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

AMUR SHIPBUILDING PLANT PUBLIC COMPANY (a.k.a. AMUR SHIPBUILDING PLANT; a.k.a. JSC AMURSKY SUDOSTROITELNY ZAVOD (Cyrillic: ПАО АМУРСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. PJSC AMURSKY SUDOSTROITELNY FACTORY; a.k.a. PUBLIC JOINT STOCK COMPANY AMURSKY SHIPBUILDING PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO AMURSKIY SUDOSTROITELNYI ZAVOD; a.k.a. "PJSC ASZ"), 1 Alleya Truda St., Komsomolsk-On-Amur, Khabarovsk Region 681000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Dec 1992; Tax ID No. 2703000015 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

AMURUGOL AO, ul. Pobedy d. 28, Raichikhinsk 676770, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2801170255 (Russia); Registration Number 1122801002345 (Russia) [RUSSIA-EO14024].

AMVAJ NILGOUN BUSHEHR CO., 7th Unit, Ofogh Building, Baskoul Ghadim Alley, Dehghan St., Bushehr, Iran; Unit 4, Number 53, Boostan 5, Pasdaran Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Company Number 10980066290 (Iran) [NPWMD] [IFSR] (Linked To: PARDAZAN SYSTEM NAMAD ARMAN).

ANALITICHESKAYA MANUFAKTURA OOO (a.k.a. LIMITED LIABILITY COMPANY

ANALYTICAL MANUFACTURE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ANALITICHESKAYA MANUFAKTURA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АНАЛИТИЧЕСКАЯ МАНУФАКТУРА); a.k.a. "ANALYTICAL MANUFACTORY"), Sh. Rublevskoe, D. 9, ET/POM/KOM 1/I/10B, Moscow 121108, Russia (Cyrillic: Ш. РУБЛЁВСКОЕ, Д. 9, ЭТ/ПОМ/КОМ 1/I/10Б, МОСКВА 121108, Russia); Website amanuf.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jan 2018; Organization Type: Non-specialized wholesale trade; Tax ID No. 9701098128 (Russia); Government Gazette Number 23281390 (Russia); Business Registration Number 1187746024696 (Russia) [RUSSIA-EO14024].

ANALITICHESKI TSENTR KATEKHON OOO (a.k.a. ANALITICHESKII TSENTR KATEKHON; a.k.a. KATEHON), ul. Gorbunova d. 2, str. 3, e 9 pom II of 89, Moscow 121596, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Feb 2016; Organization Type: Management consultancy activities; Tax ID No. 9710007769 (Russia); Registration Number 1167746154432 (Russia) [RUSSIA-EO14024] (Linked To: TSARGRAD OOO).

ANALITICHESKII TSENTR KATEKHON (a.k.a. ANALITICHESKI TSENTR KATEKHON OOO; a.k.a. KATEHON), ul. Gorbunova d. 2, str. 3, e 9 pom II of 89, Moscow 121596, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Feb 2016; Organization Type: Management consultancy activities; Tax ID No. 9710007769 (Russia); Registration Number 1167746154432 (Russia) [RUSSIA-EO14024] (Linked To: TSARGRAD OOO).

ANALOG TECHNOLOGY LIMITED, Rm 83, 3/F, Yau Lee Ctr, Kwung Tong, Hong Kong, China; Rm 19H, Hangdu Bldg, Huafu Road, Futian Dist, Shenzhen, China; 53, Ground Floor, 3rd Cross, 40 Ft Road, Raghavanagar, Bangalore 560026, India; Unit 17, 9th Floor of Tower A, Mandanrin Plaza, No. 14, Science Museum Road, Kowloon, Hong Kong, China; Website www.analogtechnology.net; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 May 2011; Company Number 1597915 (Hong Kong); Business Registration Number 58327353 (Hong Kong) [RUSSIA-EO14024].

ANALYTICAL MARKETING CHEMICAL GROUP (a.k.a. AMS GROUP LLC; a.k.a. AMS GRUPP), Pl. Konstitutsii D. 3, K. 2 Lit. A, Pom. 101N, Saint Petersburg 196247, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7810819993 (Russia); Registration Number 1117847091856 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

ANANCHENKO, Aleksandr Evgenevich (a.k.a. ANANCHENKO, Aleksandr Evgenyevich (Cyrillic: АНАНЧЕНКО, Александр Евгеньевич); a.k.a. ANANCHENKO, Oleksandr Yevhenovych (Cyrillic: АНАНЧЕНКО, Олександр Євгенович)), Donetsk, Ukraine; DOB 02 Feb 1966; alt. DOB 1967; POB Selydove, Donetsk Oblast, Ukraine; nationality Ukraine; Gender Male (individual) [RUSSIA-EO14065].

ANANCHENKO, Aleksandr Evgenyevich (Cyrillic: АНАНЧЕНКО, Александр Евгеньевич) (a.k.a. ANANCHENKO, Aleksandr Evgenevich; a.k.a. ANANCHENKO, Oleksandr Yevhenovych (Cyrillic: АНАНЧЕНКО, Олександр Євгенович)), Donetsk, Ukraine; DOB 02 Feb 1966; alt. DOB 1967; POB Selydove, Donetsk Oblast, Ukraine; nationality Ukraine; Gender Male (individual) [RUSSIA-EO14065].

ANANCHENKO, Oleksandr Yevhenovych (Cyrillic: АНАНЧЕНКО, Олександр Євгенович) (a.k.a. ANANCHENKO, Aleksandr Evgenevich; a.k.a. ANANCHENKO, Aleksandr Evgenyevich (Cyrillic: АНАНЧЕНКО, Александр Евгеньевич)), Donetsk, Ukraine; DOB 02 Feb 1966; alt. DOB 1967; POB Selydove, Donetsk Oblast, Ukraine; nationality Ukraine; Gender Male (individual) [RUSSIA-EO14065].

ANANSKIKH, Igor Aleksandrovich (Cyrillic: АНАНСКИХ, Игорь Александрович), Russia; DOB 06 Sep 1966; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ANATOLIAN ULUSLARARASI ENERJI YATIRIM ANONIM SIRKETI, Istinye Mah. Bostan Sok. No: 12 Sariyer, Turkey; Resitpasa Mah. Denizbank Ust Sitesi Yol Sok. No. 29, Sariyer, Istanbul 34467, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Feb 2011; Istanbul Chamber of Comm. No. 765327

(Turkey); Registration Number 764662-0 (Turkey); Central Registration System Number 0068-0805-2410-0026 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

ANATOLIYIVNA, Mendelieieva Olesia (a.k.a. MENDELEEVA, Olesya Anatolevna (Cyrillic: МЕНДЕЛЕЕВА, Олеся Анатольевна); a.k.a. MENDELEYEVA, Olesya), Moscow, Russia; DOB 18 Apr 1981; POB Asbest, Sverdlovsk Region, Russia; nationality Russia; Gender Female; Tax ID No. 110307450231 (Russia) (individual) [GLOMAG].

ANATOLYEVICH, Vorobyov Stanislav (a.k.a. VOROBEV, Stanislav; a.k.a. VOROBYEV, Stanislav Anatolyevich; a.k.a. VOROBYOV, Stanislav), VO 27 Liniya (P/YA) 8 17, Saint Petersburg, Russia; G.Sankt-Peterburg Petrogradskiy R-N Bolshoy P.S. PR. d. 106 kv. 5, Saint Petersburg, Russia; DOB 02 Jun 1960; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport IVG678677 (Russia) (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

ANAYA MARTINEZ, Cesar Daniel (a.k.a. "TIERRA"); DOB 30 Apr 1981; POB Tierralta, Cordoba, Colombia; citizen Colombia; Cedula No. 78768807 (Colombia) (individual) [SDNTK].

ANBARAN, Armin Ghorsi (Arabic: آرمین قرصی عنبران) (a.k.a. ANBARAN, Armin Ghorssi), Tehran, Iran; DOB 21 Sep 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0065911601 (Iran) (individual) [NPWMD] [IFSR] (Linked To: FANAVARAN SANAT ERTEBATAT COMPANY).

ANBARAN, Armin Ghorssi (a.k.a. ANBARAN, Armin Ghorsi (Arabic: آرمین قرصی عنبران)), Tehran, Iran; DOB 21 Sep 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0065911601 (Iran) (individual) [NPWMD] [IFSR] (Linked To: FANAVARAN SANAT ERTEBATAT COMPANY).

ANBO SHIPPING PTE. LTD., #12-03, 60 Paya Lebar Road, Paya Lebar Square, 409051, Singapore; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 22 Aug 2023; Identification Number IMO 6437121; Registration Number 202334055W (Singapore) [IRAN-EO13846].

ANCAR DINE (a.k.a. ANSAR AL-DIN; a.k.a. ANSAR AL-DINE; a.k.a. ANSAR DINE; a.k.a.

ANSAR EDDINE; a.k.a. ANSAR UL-DINE; a.k.a. DEFENDERS OF THE FAITH), Region: Northern Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANCIENT HERITAGE AD (Cyrillic: АНТИЧНО НАСЛЕДСТВО - АД), 105, Tsarigradsko shose str., Slatina Distr., Sofia, Stolichna 1113, Bulgaria; Organization Established Date 2011; V.A.T. Number BG 201673717 (Bulgaria) [GLOMAG] (Linked To: THRACE FOUNDATION).

ANDA CO. (a.k.a. ANDA COMPANY; a.k.a. ANDA LTD.), Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

ANDA COMPANY (a.k.a. ANDA CO.; a.k.a. ANDA LTD.), Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

ANDA GAYRIMENKUL (f.k.a. ANDA REAL ESTATE AND CONSTRUCTION INDUSTRY TRADE LIMITED COMPANY; f.k.a. ANDA TURK; f.k.a. ANDA-TURK; f.k.a. ANDA-TURK CO.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI A.S.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI ANONIM SIRKETI; a.k.a. TREND GYO; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP, JOINT STOCK COMPANY), Gursel Neighborhood, Imrahor Street, Kagithane Polat Office Building, No. 23, A Block, 4th Floor, Kagithane, Istanbul 34400, Turkey; Polat Ofis, Kat 4, 23 / A, Imrahor Caddesi, Gursel Mahallesi, Kagithane, Istanbul 34400, Turkey; Website www.trendgyo.com.tr; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ISIN TRETGYO00023; Tax ID No. Sisli TA/0690472808 (Turkey); Registration Number 599791 (Turkey); Central Registration System Number 69047680800020 (Turkey) [SDGT] (Linked To: HAMAS).

ANDA LTD. (a.k.a. ANDA CO.; a.k.a. ANDA COMPANY), Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

ANDA REAL ESTATE AND CONSTRUCTION INDUSTRY TRADE LIMITED COMPANY (f.k.a. ANDA GAYRIMENKUL; f.k.a. ANDA TURK;

f.k.a. ANDA-TURK; f.k.a. ANDA-TURK CO.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI A.S.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI ANONIM SIRKETI; a.k.a. TREND GYO; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP, JOINT STOCK COMPANY), Gursel Neighborhood, Imrahor Street, Kagithane Polat Office Building, No. 23, A Block, 4th Floor, Kagithane, Istanbul 34400, Turkey; Polat Ofis, Kat 4, 23 / A, Imrahor Caddesi, Gursel Mahallesi, Kagithane, Istanbul 34400, Turkey; Website www.trendgyo.com.tr; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ISIN TRETGYO00023; Tax ID No. Sisli TA/0690472808 (Turkey); Registration Number 599791 (Turkey); Central Registration System Number 69047680800020 (Turkey) [SDGT] (Linked To: HAMAS).

ANDA TURK (f.k.a. ANDA GAYRIMENKUL; f.k.a. ANDA REAL ESTATE AND CONSTRUCTION INDUSTRY TRADE LIMITED COMPANY; f.k.a. ANDA-TURK; f.k.a. ANDA-TURK CO.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI A.S.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI ANONIM SIRKETI; a.k.a. TREND GYO; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP, JOINT STOCK COMPANY), Gursel Neighborhood, Imrahor Street, Kagithane Polat Office Building, No. 23, A Block, 4th Floor, Kagithane, Istanbul 34400, Turkey; Polat Ofis, Kat 4, 23 / A, Imrahor Caddesi, Gursel Mahallesi, Kagithane, Istanbul 34400, Turkey; Website www.trendgyo.com.tr; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ISIN TRETGYO00023; Tax ID No. Sisli TA/0690472808 (Turkey); Registration Number 599791 (Turkey); Central Registration System Number 69047680800020 (Turkey) [SDGT] (Linked To: HAMAS).

ANDARIEL, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

ANDA-TURK (f.k.a. ANDA GAYRIMENKUL; f.k.a. ANDA REAL ESTATE AND CONSTRUCTION INDUSTRY TRADE LIMITED COMPANY; f.k.a.

ANDA TURK; f.k.a. ANDA-TURK CO.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI A.S.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI ANONIM SIRKETI; a.k.a. TREND GYO; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP, JOINT STOCK COMPANY), Gursel Neighborhood, Imrahor Street, Kagithane Polat Office Building, No. 23, A Block, 4th Floor, Kagithane, Istanbul 34400, Turkey; Polat Ofis, Kat 4, 23 / A, Imrahor Caddesi, Gursel Mahallesi, Kagithane, Istanbul 34400, Turkey; Website www.trendgyo.com.tr; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ISIN TRETGYO00023; Tax ID No. Sisli TA/0690472808 (Turkey); Registration Number 599791 (Turkey); Central Registration System Number 69047680800020 (Turkey) [SDGT] (Linked To: HAMAS).

ANDA-TURK CO. (f.k.a. ANDA GAYRIMENKUL; f.k.a. ANDA REAL ESTATE AND CONSTRUCTION INDUSTRY TRADE LIMITED COMPANY; f.k.a. ANDA TURK; f.k.a. ANDA-TURK; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI A.S.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI ANONIM SIRKETI; a.k.a. TREND GYO; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP, JOINT STOCK COMPANY), Gursel Neighborhood, Imrahor Street, Kagithane Polat Office Building, No. 23, A Block, 4th Floor, Kagithane, Istanbul 34400, Turkey; Polat Ofis, Kat 4, 23 / A, Imrahor Caddesi, Gursel Mahallesi, Kagithane, Istanbul 34400, Turkey; Website www.trendgyo.com.tr; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ISIN TRETGYO00023; Tax ID No. Sisli TA/0690472808 (Turkey); Registration Number 599791 (Turkey); Central Registration System Number 69047680800020 (Turkey) [SDGT] (Linked To: HAMAS).

ANDISHEH DAMAVAND INTERNATIONAL TECHNOLOGIES (a.k.a. DAMAVAND ANDISHEH INTERNATIONAL TECHNOLOGIES INSTITUTE; a.k.a. DAMAVANDTEC), Number 13, 2nd Floor, Suite 3, Fourth Alley, Parandeh Street, Amirabad neighborhood, Central District, Tehran County, Tehran, Tehran Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13

Aug 2023; National ID No. 14012482516 (Iran); Registration Number 616779 (Iran) [NPWMD] [IFSR].

ANDISHEH MEHVARAN INVESTMENT COMPANY, No. 13, 8th Street, Ghaem Magham Farahani Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: IRAN ZINC MINES DEVELOPMENT COMPANY).

ANDISHEH VESAL MIDDLE EAST COMPANY, No. 3, Unit 6, Daroos Building, Qanat Crossroad, Dolat St, Pasdaran Ave., Tehran, Iran [TCO] (Linked To: AJILY SOFTWARE PROCUREMENT GROUP).

ANDISHEH ZOLAL, 42 Niam Street, Shariati Avenue, P.O. Box 15875-4159, Tehran 19481, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ANDRADE PARRA, Alfredo, Ciudad Acuna, Coahuila, Mexico; DOB 30 Dec 1973; POB Ciudad Acuna, Coahuila, Mexico; alt. POB Coahuila, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. AAPA731230HCLNRL07 (Mexico) (individual) [SDNTK].

ANDRE, Johnson (Latin: ANDRÉ, Johnson) (a.k.a. "IZO"; a.k.a. "IZO 5 SECONDS"; a.k.a. "IZO 5 SEGONN"; a.k.a. "IZO VILAJ DE DYE"), Village de Dieu, Martissant, Port-au-Prince, Haiti; DOB 1997; POB Haiti; nationality Haiti; citizen Haiti; Gender Male (individual) [GLOMAG].

ANDRE, Karume (a.k.a. KALUME, Andre; a.k.a. KARUME, Andrew; a.k.a. NZABAMWITA, Lucien; a.k.a. NZABANITA, Lucien); DOB 15 Sep 1966; POB Kinyami, Byumba Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO].

ANDRE, Miyal (a.k.a. MAYALA, Adib; a.k.a. MAYALEH, Adib; a.k.a. MAYARD, Andre); DOB 1955; POB Daraa, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

ANDREA MARTINA LIMITED, 22 Mensija Road, San Gwann SGN 1608, Malta; D-U-N-S Number 52-024-7549; Tax ID No. 18589029 (Malta); Trade License No. C 41309 (Malta); Company Number 5886249 (Malta) [LIBYA3] (Linked To: DEBONO, Darren).

ANDREEV, Pavel Viktorovich (Cyrillic: АНДРЕЕВ, Павел Викторович), Moscow, Russia; DOB 06 Feb 1980; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of

Executive Order 14024. (individual) [RUSSIA-EO14024].

ANDRESOV, Yuriy Nikolaevich (Cyrillic: АНДРЕСОВ, Юрий Николаевич), Russia; DOB 1969; POB Bashkortostan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ANDREYEV, Anton Nikolaeyvich (Cyrillic: АНДРЕЕВ, Антон Николаевич), 9 3 Bloshevikov Prospect Apt 35, Saint Petersburg, Russia; DOB 03 Mar 1985; POB Saint Petersburg, Russia; nationality Russia; Email Address antonandreyv@gmail.com; Gender Male; Digital Currency Address - XBT 1Fz29BQp82pE3vXXcsZoMNQ3KSHfMzfMe3; alt. Digital Currency Address - XBT 1AeSq93WDNdLoEJ92sex7T8xQZoYYm8BtS; alt. Digital Currency Address - XBT 1AoxtfiBQ22DvbhqAN9Ctb8sULMRhrdwTr; alt. Digital Currency Address - XBT 18Qj1THHuETfYhuRDZycXJbWwDMGw73Poa; alt. Digital Currency Address - XBT 1MnbhWe5wr7Ut45ReyQsm96PwnM9jD7KaH; alt. Digital Currency Address - XBT 1DYFJ6CuBvrxyoQSuBzVsNcetY9tvdsrag; alt. Digital Currency Address - XBT 15Pt4NwZaUmMUwS2bQbyyncc7mzgWShtv8; alt. Digital Currency Address - XBT 1PhqQpaGCrqSxQ6QDXcv14QCd1U98Zp34E; alt. Digital Currency Address - XBT 13YBQr2Cp1YY3xqq2qngaPb7ca1o4ugeq6; alt. Digital Currency Address - XBT 1KgudqxMfYaGzqAA7MS4DcsqejtMteqhix; alt. Digital Currency Address - XBT 1FRyL9gmFGbzfYDAB4iY9836DJe3KSnjP9; alt. Digital Currency Address - XBT 1DbShx4r8i2XesthoDBf5EkYWz5dsKEusV; Digital Currency Address - ETH 0x8576acc5c05d6ce88f4e49bf65bdf0c62f91353c; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Phone Number 79315403678; Digital Currency Address - LTC LWnbjLYUfqeokfbWM4FcU7uk2FP2DSxuWS; alt. Digital Currency Address - LTC LaYUy1DGfVSuSF5KbPhbLrm8kRotqiwUJn; Digital Currency Address - ZEC t1WSKwCDL1QYRRUrCCknEs5tDLhtGVYu9KM; Digital Currency Address - BSV 12sjrrhoFEsedNRhtgwvvRqjFTh8fZTDX9; Passport 4005504207 (Russia) (individual) [CYBER2] [ELECTION-EO13848].

ANDREYEV, Vitaliy Sergeyevich (Cyrillic: АНДРЕЕВ, Виталий Сергеевич), Russia; DOB

29 Sep 1980; POB Vladivostok, Russia; nationality Russia; citizen Russia; Gender Male; Digital Currency Address - XBT 1HmqvgSXUVES1jn4TQPzk9dxo1NE8wim2T; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 253908966176 (Russia) (individual) [DPRK2] (Linked To: CHINYONG INFORMATION TECHNOLOGY COOPERATION COMPANY).

ANDRIANOPOULOS, Marianne Alexandros (a.k.a. HOAYEK, Marianne (Arabic: ماريان حويك); a.k.a. HOUWAYEK, Marianne Hamid; a.k.a. HOYEK, Marianne Hamid Gebrayel), Beirut, Lebanon; DOB 14 May 1980; POB Faytroun, Lebanon; nationality Lebanon; Gender Female; Passport RL3598301 (Lebanon) expires 11 Feb 2021; alt. Passport LR1934306 (Lebanon) expires 11 Nov 2030; National ID No. 000040732326 (Lebanon) (individual) [LEBANON].

ANDRIANOV, Nikolay Valentinovich (Cyrillic: АНДРИАНОВ, Николай Валентинович), Russia; DOB 18 Oct 1959; POB Moscow Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 200227418 (Russia) (individual) [RUSSIA-EO14024].

ANDRIC, Goran, Serbia; DOB 21 Apr 1965; nationality Serbia; alt. nationality Bosnia and Herzegovina; citizen Serbia; alt. citizen United Kingdom; Gender Male (individual) [GLOMAG] (Linked To: TESIC, Slobodan).

ANEI, Paul Malong Awan (a.k.a. AWAN, Paul Malong; a.k.a. MALONG, Bol; a.k.a. MALONG, Paul; a.k.a. MALONG, Paul Awan), Warawar, Aweil County, Northern Bahr el-Ghazal, South Sudan; Juba, South Sudan; Kampala, Uganda; Addis Ababa, Ethiopia; P.O. Box 73699, Nairobi 00200, Kenya; DOB 02 Jan 1962; alt. DOB 04 Dec 1960; alt. DOB 12 Apr 1960; alt. DOB 30 Jan 1960; POB Malualkon, Sudan; alt. POB Malualkon, South Sudan; alt. POB Warawar, Sudan; alt. POB Warawar, South Sudan; nationality South Sudan; alt. nationality Uganda; Gender Male; Passport S00004370 (South Sudan); alt. Passport D00001369 (South Sudan); alt. Passport 003606 (Sudan); alt. Passport 00606 (Sudan); alt. Passport B002606 (Sudan); Former Sudan People's Liberation

Army Chief of General Staff (individual) [SOUTH SUDAN].

ANFASAR ENTERPRISES S PTE LTD (a.k.a. ANFASAR TRADING S PTE. LTD.; f.k.a. SWANSEAS SHIPPING S PTE. LTD.), 60 Paya Lebar Road, #09-36, Paya Lebar Square, 409051, Singapore; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 14 Sep 1993; Company Number 199306026D (Singapore) [DPRK4] (Linked To: KWEK, Kee Seng).

ANFASAR TRADING S PTE. LTD. (f.k.a. ANFASAR ENTERPRISES S PTE LTD; f.k.a. SWANSEAS SHIPPING S PTE. LTD.), 60 Paya Lebar Road, #09-36, Paya Lebar Square, 409051, Singapore; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 14 Sep 1993; Company Number 199306026D (Singapore) [DPRK4] (Linked To: KWEK, Kee Seng).

ANGLO PREMIER SHIPPING PTE. LTD., Harbourfront Centre, 1 Maritime Square 12-19, 099253, Singapore; Organization Established Date 17 Aug 2009; Identification Number IMO 6482241; Registration Number 200915105Z (Singapore) [IRAN-EO13902].

ANGLO-CARIBBEAN CO., LTD. (a.k.a. AVIA IMPORT), Ibex House, The Minories, London EC3N 1DY, United Kingdom [CUBA].

ANGSTREM JSC (a.k.a. JOINT STOCK COMPANY ANGSTREM), 2str3 Shokina Square, Zelenograd, Moscow 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 23 Jun 1993; Tax ID No. 7735010706 (Russia); Registration Number 1027700140930 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

ANHUI HONGSHENG INTERNATIONAL BUSINESS CO LTD (a.k.a. ANHUI HONGSHENG INTERNATIONAL TRADE CO LTD), 200 Huaining Road, Heyedi, Shushan District, Hefei, Anhui 230000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk:

Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 27 Aug 2024; Unified Social Credit Code (USCC) 91340000MADXTPQR3H (China) [UKRAINE-EO13662] [RUSSIA-EO14024].

ANHUI HONGSHENG INTERNATIONAL TRADE CO LTD (a.k.a. ANHUI HONGSHENG INTERNATIONAL BUSINESS CO LTD), 200 Huaining Road, Heyedi, Shushan District, Hefei, Anhui 230000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 27 Aug 2024; Unified Social Credit Code (USCC) 91340000MADXTPQR3H (China) [UKRAINE-EO13662] [RUSSIA-EO14024].

ANHUI LAND GROUP CO., LIMITED, Shop T18, 3/F, Cathay Pacific 88 Malls, No. 125, Wanchai Road, Wanchai, Hong Kong; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 1774300 (Hong Kong) [NPWMD] [IFSR].

ANICHIN, Aleksey Vasilyevich (a.k.a. ANICHIN, Alexei Vasilievich); DOB 01 Dec 1949; POB Sevastopol, Ukraine (individual) [MAGNIT].

ANICHIN, Alexei Vasilievich (a.k.a. ANICHIN, Aleksey Vasilyevich); DOB 01 Dec 1949; POB Sevastopol, Ukraine (individual) [MAGNIT].

ANIKEEV, Grigory Viktorovich (Cyrillic: АНИКЕЕВ, Григорий Викторович), Russia; DOB 28 Feb 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ANIKEYEV, Andrey Anatolyevich (Cyrillic: АНИКЕЕВ, Андрей Анатольевич), Russia; DOB 16 Dec 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ANIS, Ibrahim Shaikh Mohd (a.k.a. AZIZ, Abdul Hamid Abdul; a.k.a. DILIP, Aziz; a.k.a. EBRAHIM, Dawood; a.k.a. HASAN, Shaikh Daud; a.k.a. HASSAN, Dawood; a.k.a. IBRAHIM, Anis; a.k.a. IBRAHIM, Dawood; a.k.a. IBRAHIM, Dawood Sheik; a.k.a. KASKAR, Dawood Ibrahim; a.k.a. REHMAN, Shaikh Ismail Abdul; a.k.a. SABRI, Dawood; a.k.a. SAHEB, Amir; a.k.a. SETH, Iqbal), 617 CP Berar Society, Block 7-8, Karachi, Pakistan;

House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

ANIS, Zafar (a.k.a. HUSSAIN, Zafar Anis Ishteyaq), United Arab Emirates; nationality India; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Residency Number 784-1973-1617539-3 (United Arab Emirates) (individual) [SDGT] (Linked To: FOURTEEN STAR SHIPPING MANAGEMENT).

ANISIMOV, Andrei (a.k.a. ANISIMOV, Andrey), New Delhi, India; DOB 14 Mar 1984; POB Shturm, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 550869419 (Russia) expires 07 Oct 2032; National ID No. 0704331276 (Russia) (individual) [RUSSIA-EO14024].

ANISIMOV, Andrei Andreevich (Cyrillic: АНИСИМОВ, Андрей Андреевич), Khabarovsk, Russia; DOB 02 Oct 1989; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 254300912027 (Russia) (individual) [RUSSIA-EO14024].

ANISIMOV, Andrey (a.k.a. ANISIMOV, Andrei), New Delhi, India; DOB 14 Mar 1984; POB

Shturm, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 550869419 (Russia) expires 07 Oct 2032; National ID No. 0704331276 (Russia) (individual) [RUSSIA-EO14024].

ANISIMOV, Anton Sergeevich (Cyrillic: АНИСИМОВ, Антон Сергеевич), Garibaldi St., 3, Moscow 119313, Russia; DOB 19 Feb 1985; POB Syktyvkar, Komi Republic, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ANISOPRINT RUS LLC (a.k.a. ANIZOPRINT RUS), Pr-D Sosnovyi D. 8, Kv. 55, Krasnyi Bor 150518, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7627051977 (Russia); Registration Number 1197627007588 (Russia) [RUSSIA-EO14024].

ANIZOPRINT RUS (a.k.a. ANISOPRINT RUS LLC), Pr-D Sosnovyi D. 8, Kv. 55, Krasnyi Bor 150518, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7627051977 (Russia); Registration Number 1197627007588 (Russia) [RUSSIA-EO14024].

ANKA ENERJI URETIM SANAYI VE TICARET ANONIM SIRKETI (a.k.a. ANKA ENERJI URETIM SANAYI VE TICARET LTD STI; f.k.a. TASFIYE HALINDE ANKA ENERJI URETIM SANAYI VE TICARET LIMITED SIRKETI), Resitpasa Mah. Denizbank Ust Sitesi Yol Sok. No. 29 Sariyer, 34467, Turkey; Instinye Mah, Bostan Sok. No. 12 Sariyer, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Jun 2006; Istanbul Chamber of Comm. No. 593158 (Turkey); Registration Number 593158-0 (Turkey); Central Registration System Number 0069-0405-7030-0026 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

ANKA ENERJI URETIM SANAYI VE TICARET LTD STI (a.k.a. ANKA ENERJI URETIM SANAYI VE TICARET ANONIM SIRKETI; f.k.a. TASFIYE HALINDE ANKA ENERJI URETIM SANAYI VE TICARET LIMITED SIRKETI), Resitpasa Mah. Denizbank Ust Sitesi Yol Sok. No. 29 Sariyer, 34467, Turkey; Instinye Mah, Bostan Sok. No. 12 Sariyer, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Jun 2006; Istanbul Chamber of Comm. No. 593158 (Turkey); Registration Number 593158-0 (Turkey); Central Registration System Number 0069-0405-7030-0026 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

ANKA PORT IC VE DIS TICARET INSAAT LOJISTIK SANAYI LIMITED SIRKETI, Mahmutbey Tasocagi Yolu No: 19/34, Istanbul, Turkey; Website www.ankaport-tr.com; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Private Company [NPWMD] [IFSR] (Linked To: PISHGAM ELECTRONIC SAFEH COMPANY).

ANKARA GLOBAL DIS TICARET LIMITED SIRKETI, Ic Kapi No: 107 Evliya Celebi Cad. No: 23, Etiler Mah., Muratpasa, Antalya, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 120832 (Turkey) [RUSSIA-EO14024].

ANKOR OOO (a.k.a. LIMITED LIABILITY COMPANY RUSMEDTORG; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RUSMEDTORG (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУСМЕДТОРГ); a.k.a. RUSMEDTORG OOO (Cyrillic: ООО РУСМЕДТОРГ)), Ul. Pokrovka, D. 2/1, Str. 2, Pom. 1, Komn. 6, Moscow 101000, Russia; Ul. Lenskaya, D. 2/21, Pom III, Kom 2, ET 5, Moscow 129327, Russia (Cyrillic: УЛ. ЛЕНСКАЯ, Д. 2/21, ПОМ III, КОМ 2, ЭТ 5, МОСКВА 129327, Russia); Website rusmedtorg.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Jul 2002; alt. Organization Established Date 05 Jun 2002; Organization Type: Non-specialized wholesale trade; Tax ID No. 7727218122 (Russia); Government Gazette Number 58687987 (Russia); Business Registration Number 1027700009732 (Russia) [RUSSIA-EO14024].

ANNINSKII ELEVATOR OOO, Ul. Engelsa D.1, Anna 396254, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Dec 2006; Organization Type: Post-harvest crop activities; Tax ID No. 3016051334 (Russia); Registration Number 1063016048083 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

ANO AI RESEARCH INSTITUTE (a.k.a. AUTONOMOUS NON PROFIT ORGANIZATION ARTIFICIAL INTELLIGENCE RESEARCH INSTITUTE), Pr-kt Kutuzovskii d. 32, k. 1, Pomeshch. 4.V.08, Moscow 121170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No.

7730261209 (Russia); Registration Number 1207700493978 (Russia) [RUSSIA-EO14024].

ANO DIALOG (Cyrillic: АНО ДИАЛОГ) (a.k.a. AUTONOMOUS NON-PROFIT ORGANIZATION DIALOG (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ДИАЛОГ); a.k.a. AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA PO RAZVITIYU TSIFROVYKH PROEKTOV V SFERE OBSHCHESTVENNYKH SVYAZEI I KOMMUNIKATSII DIALOG; a.k.a. NON-PROFIT ORGANIZATION FOR THE DEVELOPMENT OF DIGITAL PROJECTS IN THE FIELD OF PUBLIC RELATIONS AND COMMUNICATIONS DIALOG (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ПО РАЗВИТИЮ ЦИФРОВЫХ ПРОЕКТОВ В СФЕРЕ ОБЩЕСТВЕННЫХ СВЯЗЕЙ И КОММУНИКАЦИЙ ДИАЛОГ); a.k.a. "DIALOG" (Cyrillic: "ДИАЛОГ"); a.k.a. "DIALOGUE"), Ul. Timura Frunze, D. 11, Str. 1, Floor 1, Pomeshch. VI Kom. 14, Moscow 119021, Russia; Website www.anodialog.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Nov 2019; Tax ID No. 9709056472 (Russia); Business Registration Number 1197700016414 (Russia) [RUSSIA-EO14024].

ANO DIALOG REGIONS (Cyrillic: АНО ДИАЛОГ РЕГИОНЫ) (a.k.a. AUTONOMOUS NON-PROFIT ORGANIZATION DIALOG REGIONS (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ДИАЛОГ РЕГИОНЫ); a.k.a. AUTONOMOUS NON-PROFIT ORGANIZATION FOR THE DEVELOPMENT OF DIGITAL PROJECTS IN THE FIELD OF PUBLIC RELATIONS AND COMMUNICATIONS DIALOG REGIONS (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ПО РАЗВИТИЮ ЦИФРОВЫХ ПРОЕКТОВ В СФЕРЕ ОБЩЕСТВЕННЫХ СВЯЗЕЙ И КОММУНИКАЦИЙ ДИАЛОГ РЕГИОНЫ); a.k.a. AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA PO RAZVITIYU TSIFROVYKH PROEKTOV V SFERE OBSHCHESTEVENNYKH SVYAZEI I KOMMUNIKATSII DIALOG REGIONY; a.k.a. "DIALOG REGIONY"; a.k.a. "DIALOGUE"; a.k.a. "DIALOGUE REGIONS"), Ul. Timura Frunze, D. 11, Str. 1, Floor 1, Pomeshch. I, Kom. 2, Moscow 119021, Russia; Website www.dialog.info; alt. Website www.dialog-

regions.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jul 2020; Tax ID No. 9709063550 (Russia); Business Registration Number 1207700248030 (Russia) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NON-PROFIT ORGANIZATION DIALOG).

ANO EVRAZIYA (Cyrillic: АНО ЕВРАЗИЯ) (a.k.a. AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA SODEYSTVIYA RAZVITIYU MEZHDUNARODNOVO SOTRUDNICHESTVA EVRAZIYA (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ СОДЕЙСТВИЯ РАЗВИТИЮ МЕЖДУНАРОДНОГО СОТРУДНИЧЕСТВА ЕВРАЗИЯ); a.k.a. NKO EVRAZIYA (Cyrillic: НКО ЕВРАЗИЯ)), Suite 4/P, 7 Krasnoproletarskaya Street, Moscow 127006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Apr 2024; Tax ID No. 9707028663 (Russia); Registration Number 1247700291200 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

ANO INSTITUTE OF ENGINEERING PHYSICS (a.k.a. AUTONOMOUS NON PROFIT ORGANIZATION INSTITUTE OF ENGINEERING PHYSICS), Bolshoi Udarnyi Per D 1 A, Serpukhov 142210, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5043075306 (Russia); Registration Number 1225000027108 (Russia) [RUSSIA-EO14024].

ANO INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT (Cyrillic: АНО МЕЖДУНАРОДНОЕ АГЕНТСТВО СУВЕРЕННОГО РАЗВИТИЯ) (a.k.a. AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ПО ИЗУЧЕНИЮ И РАЗВИТИЮ МЕЖДУНАРОДНОГО СОТРУДНИЧЕСТВА В ЭКОНОМИЧЕСКОЙ СФЕРЕ МЕЖДУНАРОДНОЕ АГЕНТСТВО СУВЕРЕННОГО РАЗВИТИЯ); a.k.a. INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT RBK), Prospekt Mira, dom 19, stroeniye 1, E/Pom/K/Of 1/I/6/17U, Moscow

129090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 May 2020; Tax ID No. 9702016897 (Russia); Registration Number 120770165727 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Konstantin).

ANO PO KSI (a.k.a. AUTONOMOUS NONCOMMERCIAL ORGANIZATION PROFESSIONAL ASSOCIATION OF DESIGNERS OF DATA PROCESSING SYSTEMS), Prospekt Mira D 68, Str 1A, Moscow 129110, Russia; Dom 3, Lazurnaya Ulitsa, Solnechnogorskiy Raion, Andreyevka, Moscow Region 141551, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Registration ID 1027739734098 (Russia); Tax ID No. 7702285945 (Russia) [CYBER2].

ANOKHIN, Vasiliy Nikolaevich (Cyrillic: АНОХИН, Василий Николаевич) (a.k.a. ANOKHIN, Vasily Nikolayevich), Smolensk Region, Russia; DOB 24 May 1983; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 502009476264 (Russia) (individual) [RUSSIA-EO14024].

ANOKHIN, Vasily Nikolayevich (a.k.a. ANOKHIN, Vasiliy Nikolaevich (Cyrillic: АНОХИН, Василий Николаевич)), Smolensk Region, Russia; DOB 24 May 1983; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 502009476264 (Russia) (individual) [RUSSIA-EO14024].

ANOSOV, Viktor Yurevich (a.k.a. ANOSOV, Viktor Yuriyovich (Cyrillic: АНОСОВ, Віктор Юрійович); a.k.a. ANOSOV, Viktor Yuryevich (Cyrillic: АНОСОВ, Виктор Юрьевич)), Russia; DOB 31 Oct 1965; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

ANOSOV, Viktor Yuriyovich (Cyrillic: АНОСОВ, Віктор Юрійович) (a.k.a. ANOSOV, Viktor Yurevich; a.k.a. ANOSOV, Viktor Yuryevich (Cyrillic: АНОСОВ, Виктор Юрьевич)), Russia; DOB 31 Oct 1965; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024]

(Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

ANOSOV, Viktor Yuryevich (Cyrillic: АНОСОВ, Виктор Юрьевич) (a.k.a. ANOSOV, Viktor Yurevich; a.k.a. ANOSOV, Viktor Yuriyovich (Cyrillic: АНОСОВ, Віктор Юрійович)), Russia; DOB 31 Oct 1965; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

ANSAAR KALIMAT ALLAH (a.k.a. AHL AL-SUNNA WA AL-JAMAA; a.k.a. AL-SHABAAB IN MOZAMBIQUE; a.k.a. ANSAR AL-SUNNA; a.k.a. ISLAMIC STATE - MOZAMBIQUE; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. "ADHERENTS TO THE TRADITIONS AND THE COMMUNITY"; a.k.a. "HELPERS OF TRADITION"; a.k.a. "ISIS-MOZAMBIQUE"; a.k.a. "SUPPORTERS OF THE WORD OF ALLAH"), Cabo Delgado Province, Mozambique; Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR AL SHARIAH (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR ALAH ALOFIA (a.k.a. HARAKAT AL-SADIQ WA AL-ATAA; a.k.a. HARAKAT ANSAR ALLAH AL AWFIYA FI SOURIYA; a.k.a. HARAKAT ANSAR ALLAH AL-AWFIYA (Arabic:

حركة أنصار الله الأوفياء); a.k.a. KAYAN AL-SADIQ WA AL-ATAA; a.k.a. "GOD'S LOYAL SUPPORTERS"; a.k.a. "HONESTY AND GIVING ENTITY"; a.k.a. "THE MOVEMENT OF THE LOYAL PARTISANS OF GOD"), Iraq; Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2013; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

ANSAR AL-DIN (a.k.a. ANCAR DINE; a.k.a. ANSAR AL-DINE; a.k.a. ANSAR DINE; a.k.a. ANSAR EDDINE; a.k.a. ANSAR UL-DINE; a.k.a. DEFENDERS OF THE FAITH), Region: Northern Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR AL-DINE (a.k.a. ANCAR DINE; a.k.a. ANSAR AL-DIN; a.k.a. ANSAR DINE; a.k.a. ANSAR EDDINE; a.k.a. ANSAR UL-DINE; a.k.a. DEFENDERS OF THE FAITH), Region: Northern Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR AL-ISLAM (a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR AL-ISLAM (a.k.a. ANSAR UL ISLAM OF MALAM BOUREIMA DICKO; a.k.a. ANSAROUR ISLAM; a.k.a. ANSARUL ISLAM; a.k.a. ANSAR-UL-ISLAM LIL-ICHAD WAL JIHAD; a.k.a. DEFENDERS OF ISLAM; a.k.a. "IRSAD"), Douna, Mali; Soum Province, Burkina Faso; Burkina Faso; Selba, Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ANSAR ALLAH (a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR ALLAH (a.k.a. ANSARALLAH; a.k.a. ANSARULLAH; a.k.a. "HOUTHI GROUP"; a.k.a. "PARTISANS OF GOD"; a.k.a. "SUPPORTERS OF GOD"), Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Digital Currency Address - USDT TC4VsFHJdZ66BdwobZxkudVZBVmQZgCP65; alt. Digital Currency Address - USDT TQ5mpZPbQMSq2s1vSM3RJgiB1AsTsiTpFZ; alt. Digital Currency Address - USDT TXEaKf4rT3rMoD3Vuqnuhwr6vLq6BL5t33; alt. Digital Currency Address - USDT TGUPpmW2bAnMCLe5ih2CFisfCHk4gTFDsx; alt. Digital Currency Address - USDT TDwN1Eq62bqvVhfGAjdRRJjE46jsi5KNMV; alt. Digital Currency Address - USDT TM6Kix9wH8cYQ4rLpFifsQ4ddH3rPX3f8p; alt. Digital Currency Address - USDT TDprk9jeYPVm6khkBp1u7fwuyJcEJFrPWD; alt. Digital Currency Address - USDT TVn4q7L4fKEPbygi7UHq1CKfZxtbeuMV5q [FTO] [SDGT].

ANSAR AL-MUJAHIDIN MOVEMENT (a.k.a. AL MUJAHIDEEN BRIGADES; a.k.a. AL-MUJAHIDIN BRIGADES; a.k.a. HOLY WARRIORS BATTALION; a.k.a. KHATIB AI-MUJAHIDIN), West Bank, Palestinian; Gaza Strip, Palestinian; Cairo, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ANSAR AL-SHARIA (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR AL-SHARIA (a.k.a. AL-RAYA ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. ANSAR AL-SHARI'A BRIGADE; a.k.a. ANSAR AL-SHARI'A IN BENGHAZI; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. ANSAR AL-SHARIAH; a.k.a. ANSAR AL-SHARIAH BRIGADE; a.k.a. ANSAR AL-SHARIAH-BENGHAZI; a.k.a. KATIBAT ANSAR AL-SHARIA IN BENGHAZI; a.k.a. SOLDIERS OF THE SHARIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Benghazi, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR AL-SHARIA (a.k.a. ANSAR AL-SHARIA BRIGADE IN DARNAH; a.k.a. ANSAR AL-SHARI'A IN DARNAH; a.k.a. ANSAR AL-SHARIA IN DERNA; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Darnah, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR AL-SHARIA (a.k.a. AL-QAYRAWAN MEDIA FOUNDATION; a.k.a. ANSAR AL-SHARI'A IN TUNISIA; a.k.a. ANSAR AL-SHARIA IN TUNISIA; a.k.a. ANSAR AL-SHARI'AH; a.k.a. ANSAR AL-SHARI'AH IN TUNISIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR AL-SHARI'A (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR AL-SHARI'A BRIGADE (a.k.a. AL-RAYA ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A IN BENGHAZI; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. ANSAR AL-SHARIAH; a.k.a. ANSAR AL-SHARIAH BRIGADE; a.k.a. ANSAR AL-SHARIAH-BENGHAZI; a.k.a. KATIBAT ANSAR AL-SHARIA IN BENGHAZI; a.k.a. SOLDIERS OF THE SHARIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Benghazi, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR AL-SHARIA BRIGADE IN DARNAH (a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A IN DARNAH; a.k.a. ANSAR AL-SHARIA IN DERNA; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Darnah, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR AL-SHARI'A IN BENGHAZI (a.k.a. AL-RAYA ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A BRIGADE; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. ANSAR AL-SHARIAH; a.k.a. ANSAR AL-SHARIAH BRIGADE; a.k.a. ANSAR AL-SHARIAH-BENGHAZI; a.k.a. KATIBAT ANSAR AL-SHARIA IN BENGHAZI; a.k.a. SOLDIERS OF THE SHARIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Benghazi, Libya; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR AL-SHARI'A IN DARNAH (a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIA BRIGADE IN DARNAH; a.k.a. ANSAR AL-SHARIA IN DERNA; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Darnah, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR AL-SHARIA IN DERNA (a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIA BRIGADE IN DARNAH; a.k.a. ANSAR AL-SHARI'A IN DARNAH; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Darnah, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR AL-SHARIA IN LIBYA (a.k.a. AL-RAYA ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A BRIGADE; a.k.a. ANSAR AL-SHARI'A IN BENGHAZI; a.k.a. ANSAR AL-SHARIAH; a.k.a. ANSAR AL-SHARIAH BRIGADE; a.k.a. ANSAR AL-SHARIAH-BENGHAZI; a.k.a. KATIBAT ANSAR AL-SHARIA IN BENGHAZI; a.k.a. SOLDIERS OF THE SHARIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Benghazi, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR AL-SHARIA IN LIBYA (a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIA BRIGADE IN DARNAH; a.k.a. ANSAR AL-SHARI'A IN DARNAH; a.k.a. ANSAR AL-SHARIA IN DERNA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Darnah, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR AL-SHARIA IN TUNISIA (a.k.a. AL-QAYRAWAN MEDIA FOUNDATION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A IN TUNISIA; a.k.a. ANSAR AL-SHARI'AH; a.k.a. ANSAR AL-SHARI'AH IN TUNISIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR AL-SHARI'A IN TUNISIA (a.k.a. AL-QAYRAWAN MEDIA FOUNDATION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIA IN TUNISIA; a.k.a. ANSAR AL-SHARI'AH; a.k.a. ANSAR AL-SHARI'AH IN TUNISIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR AL-SHARIAH (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR AL-SHARIAH (a.k.a. AL-RAYA ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A BRIGADE; a.k.a. ANSAR AL-SHARI'A IN BENGHAZI; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. ANSAR AL-SHARIAH BRIGADE; a.k.a. ANSAR AL-SHARIAH-BENGHAZI; a.k.a. KATIBAT ANSAR AL-SHARIA IN BENGHAZI; a.k.a. SOLDIERS OF THE SHARIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Benghazi, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR AL-SHARI'AH (a.k.a. AL-QAYRAWAN MEDIA FOUNDATION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A IN TUNISIA; a.k.a. ANSAR AL-SHARIA IN TUNISIA; a.k.a. ANSAR AL-SHARI'AH IN TUNISIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR AL-SHARIAH BRIGADE (a.k.a. AL-RAYA ESTABLISHMENT FOR MEDIA

PRODUCTION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A BRIGADE; a.k.a. ANSAR AL-SHARI'A IN BENGHAZI; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. ANSAR AL-SHARIAH; a.k.a. ANSAR AL-SHARIAH-BENGHAZI; a.k.a. KATIBAT ANSAR AL-SHARIA IN BENGHAZI; a.k.a. SOLDIERS OF THE SHARIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Benghazi, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR AL-SHARI'AH IN TUNISIA (a.k.a. AL-QAYRAWAN MEDIA FOUNDATION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A IN TUNISIA; a.k.a. ANSAR AL-SHARIA IN TUNISIA; a.k.a. ANSAR AL-SHARI'AH; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR AL-SHARIAH-BENGHAZI (a.k.a. AL-RAYA ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A BRIGADE; a.k.a. ANSAR AL-SHARI'A IN BENGHAZI; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. ANSAR AL-SHARIAH; a.k.a. ANSAR AL-SHARIAH BRIGADE; a.k.a. KATIBAT ANSAR AL-SHARIA IN BENGHAZI; a.k.a. SOLDIERS OF THE SHARIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Benghazi, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR AL-SUNNA (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR AL-SUNNA (a.k.a. AHL AL-SUNNA WA AL-JAMAA; a.k.a. AL-SHABAAB IN MOZAMBIQUE; a.k.a. ANSAAR KALIMAT ALLAH; a.k.a. ISLAMIC STATE - MOZAMBIQUE; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. "ADHERENTS TO THE TRADITIONS AND THE COMMUNITY"; a.k.a. "HELPERS OF TRADITION"; a.k.a. "ISIS-MOZAMBIQUE"; a.k.a. "SUPPORTERS OF THE WORD OF ALLAH"), Cabo Delgado Province, Mozambique; Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR AL-SUNNA ARMY (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR BANK (a.k.a. ANSAR FINANCE AND CREDIT FUND; a.k.a. ANSAR FINANCIAL AND CREDIT INSTITUTE; a.k.a. BANK ANSAR; a.k.a. BANK-E ANSAR; f.k.a. "ANSAR AL-MOJAHEDIN NO-INTEREST LOAN INSTITUTE"; f.k.a. "ANSAR INSTITUTE"; f.k.a. "ANSAR SAVING AND INTEREST FREE-LOANS FUND"), Building No. 539, North Pasdaran Street, Tehran 19575-497, Iran; Website www.ansarbank.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [IRAN] [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ANSAR BANK BROKERAGE COMPANY (f.k.a. PAR GOSTAR KHOBREH), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 24467 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: ANSAR BANK).

ANSAR BAYT AL-MAQDES (a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR BAYT AL-MAQDIS (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR BEIT AL-MAQDIS (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR DINE (a.k.a. ANCAR DINE; a.k.a. ANSAR AL-DIN; a.k.a. ANSAR AL-DINE; a.k.a. ANSAR EDDINE; a.k.a. ANSAR UL-DINE; a.k.a. DEFENDERS OF THE FAITH), Region:

Northern Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR EDDINE (a.k.a. ANCAR DINE; a.k.a. ANSAR AL-DIN; a.k.a. ANSAR AL-DINE; a.k.a. ANSAR DINE; a.k.a. ANSAR UL-DINE; a.k.a. DEFENDERS OF THE FAITH), Region: Northern Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR EXCHANGE (a.k.a. SARAFI ANSAR; a.k.a. SARAFI ANSAR COMPANY), No. 41, Joibar Street, Fatemi Square, Tehran, Iran; Website Ansarexchange.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10320743975 (Iran); Business Registration Number 423264 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: ANSAR BANK; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ANSAR FINANCE AND CREDIT FUND (a.k.a. ANSAR BANK; a.k.a. ANSAR FINANCIAL AND CREDIT INSTITUTE; a.k.a. BANK ANSAR; a.k.a. BANK-E ANSAR; f.k.a. "ANSAR AL-MOJAHEDIN NO-INTEREST LOAN INSTITUTE"; f.k.a. "ANSAR INSTITUTE"; f.k.a. "ANSAR SAVING AND INTEREST FREE-LOANS FUND"), Building No. 539, North Pasdaran Street, Tehran 19575-497, Iran; Website www.ansarbank.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [IRAN] [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ANSAR FINANCIAL AND CREDIT INSTITUTE (a.k.a. ANSAR BANK; a.k.a. ANSAR FINANCE AND CREDIT FUND; a.k.a. BANK ANSAR; a.k.a. BANK-E ANSAR; f.k.a. "ANSAR AL-MOJAHEDIN NO-INTEREST LOAN INSTITUTE"; f.k.a. "ANSAR INSTITUTE"; f.k.a. "ANSAR SAVING AND INTEREST FREE-LOANS FUND"), Building No. 539, North Pasdaran Street, Tehran 19575-497, Iran; Website www.ansarbank.com; Additional Sanctions Information - Subject to Secondary

Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [IRAN] [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ANSAR HEZBOLLAH (a.k.a. ANSAR UL HEZBOLLAH; a.k.a. ANSAR-E HEZBOLLAH (Arabic: انصار حزب الله); a.k.a. ANSAR-I HEZBOLLAH; a.k.a. ANSAR-I HIZBULLAH; a.k.a. SUPPORTERS OF THE PARTY OF GOD), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

ANSAR INFORMATION TECHNOLOGY COMPANY (f.k.a. FANAVARAN HAFIZEH SAMANEH), No. 59, West Taban Street, Jordon (Nelson Mandela) Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 190617 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: ANSAR BANK).

ANSAR UL HEZBOLLAH (a.k.a. ANSAR HEZBOLLAH; a.k.a. ANSAR-E HEZBOLLAH (Arabic: انصار حزب الله); a.k.a. ANSAR-I HEZBOLLAH; a.k.a. ANSAR-I HIZBULLAH; a.k.a. SUPPORTERS OF THE PARTY OF GOD), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

ANSAR UL ISLAM OF MALAM BOUREIMA DICKO (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAROUR ISLAM; a.k.a. ANSARUL ISLAM; a.k.a. ANSAR-UL-ISLAM LIL-ICHAD WAL JIHAD; a.k.a. DEFENDERS OF ISLAM; a.k.a. "IRSAD"), Douna, Mali; Soum Province, Burkina Faso; Burkina Faso; Selba, Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ANSAR UL-DINE (a.k.a. ANCAR DINE; a.k.a. ANSAR AL-DIN; a.k.a. ANSAR AL-DINE; a.k.a. ANSAR DINE; a.k.a. ANSAR EDDINE; a.k.a. DEFENDERS OF THE FAITH), Region: Northern Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSARALLAH (a.k.a. ANSAR ALLAH; a.k.a. ANSARULLAH; a.k.a. "HOUTHI GROUP"; a.k.a. "PARTISANS OF GOD"; a.k.a. "SUPPORTERS OF GOD"), Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Digital Currency Address - USDT TC4VsFHJdZ66BdwobZxkudVZBVmQZgCP65; alt. Digital Currency Address - USDT TQ5mpZPbQMSq2s1vSM3RJgiB1AsTsiTpFZ; alt. Digital Currency Address - USDT TXEaKf4rT3rMoD3Vuqnuhwr6vLq6BL5t33; alt. Digital Currency Address - USDT TGUPpmW2bAnMCLe5ih2CFisfCHk4gTFDsx; alt. Digital Currency Address - USDT TDwN1Eq62bqvVhfGAjdRRJjE46jsi5KNMV; alt. Digital Currency Address - USDT TM6Kix9wH8cYQ4rLpFifsQ4ddH3rPX3f8p; alt. Digital Currency Address - USDT TDprk9jeYPVm6khkBp1u7fwuyJcEJFrPWD; alt. Digital Currency Address - USDT TVn4q7L4fKEPbygi7UHq1CKfZxtbeuMV5q [FTO] [SDGT].

ANSAR-E HEZBOLLAH (Arabic: انصار حزب الله) (a.k.a. ANSAR HEZBOLLAH; a.k.a. ANSAR UL HEZBOLLAH; a.k.a. ANSAR-I HEZBOLLAH; a.k.a. ANSAR-I HIZBULLAH; a.k.a. SUPPORTERS OF THE PARTY OF GOD), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

ANSARI BARKIRSAGHI, Mohammadreza (a.k.a. ANSARI, Mohammad Reza; a.k.a. ANSARI, Mohammadreza; a.k.a. ANSARI, Mohammad-Reza; a.k.a. NASERI, Mostafa), Syria; DOB 22 Nov 1975; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ANSAR-I HEZBOLLAH (a.k.a. ANSAR HEZBOLLAH; a.k.a. ANSAR UL HEZBOLLAH; a.k.a. ANSAR-E HEZBOLLAH (Arabic: انصار حزب الله); a.k.a. ANSAR-I HIZBULLAH; a.k.a. SUPPORTERS OF THE PARTY OF GOD), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

ANSAR-I HIZBULLAH (a.k.a. ANSAR HEZBOLLAH; a.k.a. ANSAR UL HEZBOLLAH; a.k.a. ANSAR-E HEZBOLLAH (Arabic: انصار حزب الله); a.k.a. ANSAR-I HEZBOLLAH; a.k.a. SUPPORTERS OF THE PARTY OF GOD), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

ANSARI, Haji Abdullah (a.k.a. BARAKZAI ANSARI, Haji Abdullah; a.k.a. BARAKZAI, Haji Abdullah), Afghanistan; DOB 1962; nationality Afghanistan; Gender Male; National ID No. 10331 (Afghanistan) (individual) [SDNTK] (Linked To: NEW ANSARI MONEY EXCHANGE).

ANSARI, Mohammad Reza (a.k.a. ANSARI BARKIRSAGHI, Mohammadreza; a.k.a. ANSARI, Mohammadreza; a.k.a. ANSARI, Mohammad-Reza; a.k.a. NASERI, Mostafa), Syria; DOB 22 Nov 1975; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ANSARI, Mohammadreza (a.k.a. ANSARI BARKIRSAGHI, Mohammadreza; a.k.a. ANSARI, Mohammad Reza; a.k.a. ANSARI, Mohammad-Reza; a.k.a. NASERI, Mostafa), Syria; DOB 22 Nov 1975; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ANSARI, Mohammad-Reza (a.k.a. ANSARI BARKIRSAGHI, Mohammadreza; a.k.a. ANSARI, Mohammad Reza; a.k.a. ANSARI, Mohammadreza; a.k.a. NASERI, Mostafa), Syria; DOB 22 Nov 1975; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ANSAROUR ISLAM (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR UL ISLAM OF MALAM BOUREIMA DICKO; a.k.a. ANSARUL ISLAM; a.k.a. ANSAR-UL-ISLAM LIL-ICHAD WAL JIHAD; a.k.a. DEFENDERS OF ISLAM; a.k.a. "IRSAD"), Douna, Mali; Soum Province, Burkina Faso; Burkina Faso; Selba, Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ANSARU (a.k.a. ANSARUL MUSLIMINA FI BILADIS SUDAN; a.k.a. JAMA'ATU ANSARIL MUSLIMINA FI BILADIS SUDAN; a.k.a. JAMA'ATU ANSARUL MUSLIMINA FI BILADIS-SUDAN; a.k.a. VANGUARDS FOR THE PROTECTION OF MUSLIMS IN BLACK AFRICA; a.k.a. "JAMBS"), Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSARUL ISLAM (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR UL ISLAM OF MALAM BOUREIMA DICKO; a.k.a. ANSAROUR ISLAM; a.k.a. ANSAR-UL-ISLAM LIL-ICHAD WAL JIHAD; a.k.a. DEFENDERS OF ISLAM; a.k.a.

"IRSAD"), Douna, Mali; Soum Province, Burkina Faso; Burkina Faso; Selba, Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ANSARUL MUSLIMINA FI BILADIS SUDAN (a.k.a. ANSARU; a.k.a. JAMA'ATU ANSARIL MUSLIMINA FI BILADIS SUDAN; a.k.a. JAMA'ATU ANSARUL MUSLIMINA FI BILADIS-SUDAN; a.k.a. VANGUARDS FOR THE PROTECTION OF MUSLIMS IN BLACK AFRICA; a.k.a. "JAMBS"), Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ANSAR-UL-ISLAM LIL-ICHAD WAL JIHAD (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR UL ISLAM OF MALAM BOUREIMA DICKO; a.k.a. ANSAROUR ISLAM; a.k.a. ANSARUL ISLAM; a.k.a. DEFENDERS OF ISLAM; a.k.a. "IRSAD"), Douna, Mali; Soum Province, Burkina Faso; Burkina Faso; Selba, Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ANSARULLAH (a.k.a. ANSAR ALLAH; a.k.a. ANSARALLAH; a.k.a. "HOUTHI GROUP"; a.k.a. "PARTISANS OF GOD"; a.k.a. "SUPPORTERS OF GOD"), Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Digital Currency Address - USDT TC4VsFHJdZ66BdwobZxkudVZBVmQZgCP65; alt. Digital Currency Address - USDT TQ5mpZPbQMSq2s1vSM3RJgiB1AsTsiTpFZ; alt. Digital Currency Address - USDT TXEaKf4rT3rMoD3Vuqnuhwr6vLq6BL5t33; alt. Digital Currency Address - USDT TGUPpmW2bAnMCLe5ih2CFisfCHk4gTFDsx; alt. Digital Currency Address - USDT TDwN1Eq62bqvVhfGAjdRRJjE46jsi5KNMV; alt. Digital Currency Address - USDT TM6Kix9wH8cYQ4rLpFifsQ4ddH3rPX3f8p; alt. Digital Currency Address - USDT TDprk9jeYPVm6khkBp1u7fwuyJcEJFrPWD; alt. Digital Currency Address - USDT TVn4q7L4fKEPbygi7UHq1CKfZxtbeuMV5q [FTO] [SDGT].

ANSAR-UL-UMMAH (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. JAMIAT UL-ANSAR; a.k.a. "HUA"; a.k.a. "HUM"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 [FTO] [SDGT].

ANSHORI, Abdullah (a.k.a. THOYIB, Ibnu; a.k.a. TOYIB, Ibnu; a.k.a. "ABU FATHI"; a.k.a. "ABU FATIH"); DOB 1958; POB Pacitan, East Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ANSI METALLURGY INDUSTRY CO. LTD. (a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

ANSING, Michael (a.k.a. DAVIS, Mason; a.k.a. PEARSON, Adam Richard), British Columbia, Canada; DOB 14 May 1994; alt. DOB 28 Apr 1995; POB Canada; nationality Canada; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport QG963705 (Canada) (individual) [IRAN-HR] (Linked To: RYAN, Damion Patrick John).

ANTARES LLC (a.k.a. ANTARES OOO (Cyrillic: ООО АНТАРЕС); a.k.a. LIMITED LIABILITY COMPANY ANTARES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АНТАРЕС)), Ul. Smirnovskaya d. 10, Str. 8. kabinet 10, Moscow 109052, Russia (Cyrillic: Ул. Смирновская, д. 10, стр. 8, каб. 10, Москва 109052, Russia); Secondary sanctions

risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jun 2017; Tax ID No. 7722399997 (Russia); Registration Number 7722399997 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

ANTARES OOO (Cyrillic: ООО АНТАРЕС) (a.k.a. ANTARES LLC; a.k.a. LIMITED LIABILITY COMPANY ANTARES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АНТАРЕС)), Ul. Smirnovskaya d. 10, Str. 8. kabinet 10, Moscow 109052, Russia (Cyrillic: Ул. Смирновская, д. 10, стр. 8, каб. 10, Москва 109052, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jun 2017; Tax ID No. 7722399997 (Russia); Registration Number 7722399997 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

ANTELS OOO (a.k.a. LIMITED LIABILITY COMPANY ANTELS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АНТЭЛС)), 1005 Stavskovo Street, 79A, Velikie Luki City, Pskov Region 182100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Oct 2009; Tax ID No. 6025034034 (Russia); Registration Number 1096025002590 (Russia) [RUSSIA-EO14024].

ANTIFA OST (a.k.a. ANTIFA-OST; a.k.a. HAMMERBANDE; a.k.a. "ANTIFA-EAST"; a.k.a. "HAMMER GANG"), Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2017 to 2018; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

ANTIFA-OST (a.k.a. ANTIFA OST; a.k.a. HAMMERBANDE; a.k.a. "ANTIFA-EAST"; a.k.a. "HAMMER GANG"), Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2017 to 2018; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

ANTIGLOBALISTSKOE DVIZHENIE, OD (Cyrillic: РОО АНТИГЛОБАЛИСТСКОЕ ДВИЖЕНИЕ) (a.k.a. ANTIGLOBALIZATION MOVEMENT OF RUSSIA; a.k.a. ANTI-GLOBALIZATION MOVEMENT OF RUSSIA (Cyrillic: АНТИГОБАЛИСТСКОЕ ДВИЖЕНИЕ РОССИИ)), ul. Klary Tsetkin, 4, Moscow 127299, Russia (Cyrillic: ул. Клары Цеткин, д.

4, Москва 127299, Russia); Website anti-global.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Charity or Nonprofit Organization; Registration ID 1127799004541 (Russia); Tax ID No. 7724300682 (Russia) [RUSSIA-EO14024] (Linked To: IONOV, Aleksandr Viktorovich).

ANTIGLOBALIZATION MOVEMENT OF RUSSIA (a.k.a. ANTIGLOBALISTSKOE DVIZHENIE, OD (Cyrillic: РОО АНТИГЛОБАЛИСТСКОЕ ДВИЖЕНИЕ); a.k.a. ANTI-GLOBALIZATION MOVEMENT OF RUSSIA (Cyrillic: АНТИГОБАЛИСТСКОЕ ДВИЖЕНИЕ РОССИИ)), ul. Klary Tsetkin, 4, Moscow 127299, Russia (Cyrillic: ул. Клары Цеткин, д. 4, Москва 127299, Russia); Website anti-global.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Charity or Nonprofit Organization; Registration ID 1127799004541 (Russia); Tax ID No. 7724300682 (Russia) [RUSSIA-EO14024] (Linked To: IONOV, Aleksandr Viktorovich).

ANTI-GLOBALIZATION MOVEMENT OF RUSSIA (Cyrillic: АНТИГОБАЛИСТСКОЕ ДВИЖЕНИЕ РОССИИ) (a.k.a. ANTIGLOBALISTSKOE DVIZHENIE, OD (Cyrillic: РОО АНТИГЛОБАЛИСТСКОЕ ДВИЖЕНИЕ); a.k.a. ANTIGLOBALIZATION MOVEMENT OF RUSSIA), ul. Klary Tsetkin, 4, Moscow 127299, Russia (Cyrillic: ул. Клары Цеткин, д. 4, Москва 127299, Russia); Website anti-global.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Charity or Nonprofit Organization; Registration ID 1127799004541 (Russia); Tax ID No. 7724300682 (Russia) [RUSSIA-EO14024] (Linked To: IONOV, Aleksandr Viktorovich).

ANTIPINA, Irina Aleksandrovna (a.k.a. SHOIGU, Irina Aleksandrovna (Cyrillic: ШОЙГУ, Ирина Александровна); a.k.a. SHOYGU, Irina Aleksandrovna), Russia; DOB 31 May 1955; POB Krasnoyarsk, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 503201763587 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SHOIGU, Sergei Kuzhugetovich).

ANTIPOV, Igor Yurievich (a.k.a. ANTIPOV, Ihor), 23 Prospect Mayakovskogo, Apt. 110, Donetsk, Ukraine; 26 Ulitsa Turbinnaya, Donetsk, Ukraine; DOB 26 May 1961; Gender Male; Secondary sanctions risk: Ukraine-/Russia-

Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

ANTIPOV, Ihor (a.k.a. ANTIPOV, Igor Yurievich), 23 Prospect Mayakovskogo, Apt. 110, Donetsk, Ukraine; 26 Ulitsa Turbinnaya, Donetsk, Ukraine; DOB 26 May 1961; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

ANTIQUA DEL CARIBE S.A.S., Via 40 No 71 197, Barranquilla, Atlantico, Colombia; NIT # 9005387011 (Colombia) [VENEZUELA-EO13850].

ANTIUFEEV, Vladimir Iurievici (a.k.a. ALEXANDROV, Vladimir Gheorghievici; a.k.a. ANTIUFEYEV, Vladimir; a.k.a. ANTYUFEYEV, Vladimir; a.k.a. ANTYUFEYEV, Vladimir Yuryevich; a.k.a. SHEVTSOV, Vadim; a.k.a. SHEVTSOV, Vadim Gheorghievici; a.k.a. SHEVTSOV, Vladimir); DOB 19 Feb 1951; POB Novosibirsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ANTIUFEYEV, Vladimir (a.k.a. ALEXANDROV, Vladimir Gheorghievici; a.k.a. ANTIUFEEV, Vladimir Iurievici; a.k.a. ANTYUFEYEV, Vladimir; a.k.a. ANTYUFEYEV, Vladimir Yuryevich; a.k.a. SHEVTSOV, Vadim; a.k.a. SHEVTSOV, Vadim Gheorghievici; a.k.a. SHEVTSOV, Vladimir); DOB 19 Feb 1951; POB Novosibirsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ANTONOV, Boris Alekseyevich, Russia; DOB 19 Dec 1980; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

ANTONOV, Iakov (a.k.a. ANTONOV, Yakiv Mykhailovych; a.k.a. ANTONOV, Yakov Mikhailovich), Russia; DOB 07 Nov 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 519047348801 (Russia) (individual) [RUSSIA-EO14024] (Linked To: FEDERAL STATE UNITARY ENTERPRISE ATOMFLOT).

ANTONOV, Vladimir Nikolaevich (Cyrillic: АНТОНОВ, Владимир Николаевич) (a.k.a. ANTONOV, Volodymyr Mykolayovych (Cyrillic: АНТОНОВ, Володимир Миколайович)), Donetsk, Ukraine; DOB 24 Dec 1979; nationality Ukraine; alt. nationality Russia; Gender Male (individual) [RUSSIA-EO14065].

ANTONOV, Volodymyr Mykolayovych (Cyrillic: АНТОНОВ, Володимир Миколайович) (a.k.a. ANTONOV, Vladimir Nikolaevich (Cyrillic: АНТОНОВ, Владимир Николаевич)), Donetsk, Ukraine; DOB 24 Dec 1979; nationality Ukraine; alt. nationality Russia; Gender Male (individual) [RUSSIA-EO14065].

ANTONOV, Yakiv Mykhailovych (a.k.a. ANTONOV, Iakov; a.k.a. ANTONOV, Yakov Mikhailovich), Russia; DOB 07 Nov 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 519047348801 (Russia) (individual) [RUSSIA-EO14024] (Linked To: FEDERAL STATE UNITARY ENTERPRISE ATOMFLOT).

ANTONOV, Yakov Mikhailovich (a.k.a. ANTONOV, Iakov; a.k.a. ANTONOV, Yakiv Mykhailovych), Russia; DOB 07 Nov 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 519047348801 (Russia) (individual) [RUSSIA-EO14024] (Linked To: FEDERAL STATE UNITARY ENTERPRISE ATOMFLOT).

ANTONOV, Yevgeni Yuvenalievich; DOB 1955; nationality Russia (individual) [MAGNIT].

ANTROPENKO, Igor Aleksandrovich (Cyrillic: АНТРОПЕНКО, Игорь Александрович), Russia; DOB 10 Dec 1969; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ANTUNEZ MUSSO, Washington (a.k.a. "PAPO"), Colombia; DOB 20 Aug 1987; POB Salto, Uruguay; citizen Colombia; Gender Male; Cedula No. 1015413405 (Colombia); Passport AU199512 (Colombia) (individual) [SDNTK].

ANTYUFEYEV, Vladimir (a.k.a. ALEXANDROV, Vladimir Gheorghievici; a.k.a. ANTIUFEEV, Vladimir Iurievici; a.k.a. ANTYUFEYEV, Vladimir; a.k.a. ANTYUFEYEV, Vladimir Yuryevich; a.k.a. SHEVTSOV, Vadim; a.k.a. SHEVTSOV, Vadim Gheorghievici; a.k.a. SHEVTSOV, Vladimir); DOB 19 Feb 1951; POB Novosibirsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ANTYUFEYEV, Vladimir Yuryevich (a.k.a. ALEXANDROV, Vladimir Gheorghievici; a.k.a. ANTIUFEEV, Vladimir Iurievici; a.k.a. ANTIUFEYEV, Vladimir; a.k.a. ANTYUFEYEV, Vladimir; a.k.a. SHEVTSOV, Vadim; a.k.a. SHEVTSOV, Vadim Gheorghievici; a.k.a. SHEVTSOV, Vladimir); DOB 19 Feb 1951; POB Novosibirsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ANUFRIYEVA, Olga Nikolayevna (Cyrillic: АНУФРИЕВА, Ольга Николаевна), Russia; DOB 18 Aug 1974; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ANVEX TRADING L.L.C., Deira, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 17 Oct 2022; Business Registration Number 1108341 (United Arab Emirates); Economic Register Number (CBLS) 11955764 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

ANWAR, Rao (a.k.a. AHMED, Rao Anwar; a.k.a. KHAN, Anwar Ahmed; a.k.a. KHAN, Anwar Ahmed Rao; a.k.a. KHAN, Rao Anwar Ahmed), Pakistan; DOB 01 Jan 1959; POB Karachi, Pakistan; nationality Pakistan; Gender Male; Passport MU-4112252 (Pakistan) issued 27 May 2014 expires 26 May 2019 (individual) [GLOMAG].

ANYANG CNC FORGING EQUIPMENT CO LTD (a.k.a. ANYANG FORGING PRESS NUMERICAL; a.k.a. ANYANG FORGING PRESS NUMERICAL CONTROL EQUIPMENT CO LTD (Chinese Simplified: 安阳锻压数控设备有限公司)), North Road, West Section of Changjiang Avenue, High-tech Zone, Anyang, Henan 455000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 914105006634036367 (China) [RUSSIA-EO14024].

ANYANG FORGING PRESS NUMERICAL (a.k.a. ANYANG CNC FORGING EQUIPMENT CO LTD; a.k.a. ANYANG FORGING PRESS NUMERICAL CONTROL EQUIPMENT CO LTD (Chinese Simplified: 安阳锻压数控设备有限公司)), North Road, West Section of Changjiang Avenue, High-tech Zone, Anyang, Henan 455000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 914105006634036367 (China) [RUSSIA-EO14024].

ANYANG FORGING PRESS NUMERICAL CONTROL EQUIPMENT CO LTD (Chinese Simplified: 安阳锻压数控设备有限公司) (a.k.a. ANYANG CNC FORGING EQUIPMENT CO LTD; a.k.a. ANYANG FORGING PRESS NUMERICAL), North Road, West Section of Changjiang Avenue, High-tech Zone, Anyang, Henan 455000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 914105006634036367 (China) [RUSSIA-EO14024].

ANYUKHINA, Anna Vladimirovna; DOB 14 Jan 1985; POB Naidyonovka, Crimean Oblast, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ANZALI FREE ZONE SEMICONDUCTOR CHIP INDUSTRIES DEVELOPMENT COMPANY (Arabic: شرکت توسعه صنایع نیم رسانای تراشه منطقه آزاد انزلی) (a.k.a. TOWSE SANAYE NIM RESANAYE TARASHE), Ground Floor, Building No. 1, Banafsheh Street, Golpar St., Anzali Industrial Zone, Bander-e Port Anzali Industrial Town, Licharegi-ye Hasn Rud Rural District, Central District, Bander-e Anzali County, Gilan Province 4333179345, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 24 Jul 2023; National ID No. 14012436025 (Iran); Registration Number 4202 (Iran) [NPWMD] [IFSR] (Linked To: HAKEMZADEH, Farshad; Linked To: PARSAJAM, Mohsen).

AO 10 SRZ (a.k.a. 10 SHIPYARD; a.k.a. JOINT STOCK COMPANY 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI DOCKYARD; a.k.a. JOINT STOCK COMPANY 10TH AWARDS OF THE LABOR RED BANNER A SHIP REPAIR FACTORY; a.k.a. JOINT-STOCK COMPANY 10 SRZ; a.k.a. JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY FACTORY; a.k.a. JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY

ZAVOD (Cyrillic: АО 10 ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ СУДОРЕМОНТНЫЙ ЗАВОД)), 19, Lunina Str., Korp.1, Bld.2, Polyarny, Murmansk Region 184650, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Jun 2010; Tax ID No. 5116001041 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

AO 171 OKTB (a.k.a. AKTSIONERNOE OBSHCHESTVO 171 OTDELNOE KONSTRUKTORSKO TEKHNOLOGICHESKOE BIURO; a.k.a. JOINT STOCK COMPANY 171 SEPARATE DESIGN TECHNOLOGICAL BUREAU), D. 100 Admirala Lobova Ul., Murmansk 183017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5190904177 (Russia); Registration Number 1095190006328 (Russia) [RUSSIA-EO14024].

AO 18 SKTB VMF (a.k.a. AKTSIONERNOE OBSHCHESTVO 18 SPETSIALIZIROVANNOE KONSTRUKTORSKO TEKHNOLOGICHESKOE BIURO VOENNO MORSKOGO FLOTA; a.k.a. JOINT STOCK COMPANY 18TH NAVY SPECIAL DESIGN AND ENGINEERING OFFICE), Liniiya 11-Ya V.O., D. 8, Saint Petersburg 199034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7801497725 (Russia); Registration Number 1097847180650 (Russia) [RUSSIA-EO14024].

AO 261 REMONTNYI ZAVOD (a.k.a. 261ST REPAIR PLANT; a.k.a. AKTSIONERNOE OBSHCHESTVO 261 REMONTNYI ZAVOD SREDSTV ZAPRAVKI I TRANSPORTIROVANIIA GORIUCHEGO; a.k.a. JOINT STOCK COMPANY 261 REPAIR FACTORY OF FUEL FILLING AND TRANSPORTATION), Pankovka, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5310015581 (Russia); Registration Number 1095321003260 (Russia) [RUSSIA-EO14024].

AO 31 GPISS (a.k.a. JOINT STOCK COMPANY 31 STATE DESIGN INSTITUTE FOR SPECIAL CONSTRUCTION), B-R Smolenskii D. 19, Str. 1, Moscow 119121, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704730704 (Russia);

Registration Number 1097746425370 (Russia) [RUSSIA-EO14024].

AO 41 TSENTRALNYI ZAVOD (a.k.a. 41ST CENTRAL RAILWAY EQUIPMENT PLANT; a.k.a. AKTSIONERNOE OBSHCHESTVO 41 TSENTRALNYI ZAVOD ZHELEZNODOROZHNOI TEKHNIKI; a.k.a. JOINT STOCK COMPANY 41 CENTRAL PLANT OF THE RAILWAY TECHNOLOGY), Proezd Proektiruemyi 4296, Vladenie 3, Lyubertsy 140008, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5027150193 (Russia); Registration Number 1095027006722 (Russia) [RUSSIA-EO14024].

AO 51 TSKTIS (a.k.a. AKTSIONERNOE OBSHCHESTVO 51 TSENTRALNYI KONSTRUKTORSKO TEKHNOLOGICHESKII INSTITUT SUDOREMONTA; a.k.a. JOINT STOCK COMPANY 51 CENTRAL DESIGN TECHNOLOGICAL INSTITUTE SHIP REPAIR), Ul. Mikhailovskaya, D.14, Lomonosov 198412, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7819310907 (Russia); Registration Number 1097847176822 (Russia) [RUSSIA-EO14024].

AO 78 TSENTRALNAYA INZHENERNAYA BAZA (a.k.a. JOINT STOCK COMPANY 78 CENTRAL ENGINEERING BASE), D. 2 Ul. Karbysheva, Syzran 446024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6325051400 (Russia); Registration Number 1096325001321 (Russia) [RUSSIA-EO14024].

AO 780 RZ TSK (a.k.a. 780 REPAIR PLANT FOR NAVIGATION TECHNICAL EQUIPMENT; a.k.a. AKTSIONERNOE OBSHCHESTVO 780 REMONTNYI ZAVOD TEKHNICHESKIKH SREDSTV KORBLEVOZHDENIIA; a.k.a. JOINT STOCK COMPANY 780 NAVIGATION TECHNICAL MEANS REPAIR PLANT), d 15 Kostyleva Street, Lomonosov 198412, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7819310946 (Russia); Registration Number 1097847180639 (Russia) [RUSSIA-EO14024].

AO ABR MANAGEMENT (Cyrillic: АО АБР МЕНЕДЖМЕНТ) (a.k.a. ABR MANAGEMENT AO (Cyrillic: АБР МЕНЕДЖМЕНТ АО); a.k.a. AKTSIONERNOE OBSHCHESTVO ABR MENEDZHMENT; a.k.a. AO ABR

MENEDZHMENT; a.k.a. JOINT STOCK COMPANY ABR MANAGEMENT; a.k.a. "ABR MANAGEMENT"), ul. Graftio, d. 7 litera A, g. Sankt-Peterburg 197022, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7842467053 (Russia); Registration Number 1117847707383 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: BANK ROSSIYA).

AO ABR MENEDZHMENT (a.k.a. ABR MANAGEMENT AO (Cyrillic: АБР МЕНЕДЖМЕНТ АО); a.k.a. AKTSIONERNOE OBSHCHESTVO ABR MENEDZHMENT; a.k.a. AO ABR MANAGEMENT (Cyrillic: АО АБР МЕНЕДЖМЕНТ); a.k.a. JOINT STOCK COMPANY ABR MANAGEMENT; a.k.a. "ABR MANAGEMENT"), ul. Graftio, d. 7 litera A, g. Sankt-Peterburg 197022, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7842467053 (Russia); Registration Number 1117847707383 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: BANK ROSSIYA).

AO ACHIMGAZ (a.k.a. AKTSIONERNOE OBSHCHESTVO ACHIMGAZ), Mkr Slavyanskii D. 10, Novyy Urengoy 629309, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 8904047896 (Russia); Registration Number 1068904007578 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AO AEROKON (a.k.a. JOINT STOCK COMPANY AEROCON), Ul. Zhukovskogo, D. 1, Zhukovskiy 140180, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5013026848 (Russia); Registration Number 1025001627749 (Russia) [RUSSIA-EO14024].

AO AGD DAIMONDS (a.k.a. JSC AGD DIAMONDS), Pr-Kt Troitski D.168, Arkhangel'sk 163001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Apr 1931; Tax ID No. 2901071160 (Russia); Registration Number 1022900508036 (Russia) [RUSSIA-EO14024].

AO AGENTSTVO RNR (a.k.a. AKTSIONERNOE OBSHCHESTVO AGENTSTVO REGIONALNYI

NEZAVISIMYI REGISTRATOR), Ul. Demonstratsii D. 27, Korp. 1, Tula 300034, Russia; Ul. 9-GO Maya D. 10, K. B, Lipetsk 398017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7107039003 (Russia); Registration Number 1027100964527 (Russia) [RUSSIA-EO14024].

AO AK AVIAKON TSITOTRANS (a.k.a. AIR COMPANY AVIACON ZITOTRANS; a.k.a. AVIACON AIR CARGO; a.k.a. JSC AVIACON ZITOTRANS; a.k.a. OAO AVIAKOMPANIYA AVIAKON TSITOTRANS (Cyrillic: ОАО АВИАКОМПАНИЯ АВИАКОН ЦИТОТРАНС)), Ul. Belinskogo D. 56, Pom. 605, Yekaterinburg 620026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jun 1995; Organization Type: Freight air transport; Tax ID No. 6658039390 (Russia); Registration Number 1026602311240 (Russia) [RUSSIA-EO14024].

AO AKB NOVIKOMBANK (Cyrillic: АО АКБ НОВИКОМБАНК) (a.k.a. AKTSIONERNY KOMMERCHESKI BANK NOVIKOMBANK AKTSIONERNOE OBSHCHESTVO; a.k.a. JOINT STOCK COMMERCIAL BANK NOVIKOMBANK (Cyrillic: АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК НОВИКОМБАНК АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. JOINT STOCK COMMERCIAL BANK NOVIKOMBANK JOINT STOCK COMPANY; f.k.a. NOVIKOMBANK AO; a.k.a. NOVIKOMBANK JCSB), bld.1,Polyanka Bolshaya str. 50/1, Moscow 119180, Russia (Cyrillic: ул. Полянка Большая, д. 50/1, стр. 1, Москва 119180, Russia); SWIFT/BIC CNOVRUMM; Website http://www.novikom.ru; BIK (RU) 044583162; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1993; Registration ID 1027739075891 (Russia); Tax ID No. 7706196340 (Russia); Government Gazette Number 17541272 (Russia); All offices worldwide. For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

AO AKMETRON (a.k.a. JOINT STOCK COMPANY AKMETRON), Ul. Rabochaya, D. 93, Str. 2, Podyezd 2, 2 Et, Moscow 109544, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7723827170 (Russia); Registration Number 1127746079120 (Russia) [RUSSIA-EO14024].

AO AKOM IM. N.M.IGNATYEVA (a.k.a. AKTSIONERNOE OBSHCHESTVO AKKUMULYATORNYI ZAVOD IM. N.M.IGNATYEVA AKOM), PR-D Otvazhnyi D. 22, Zhigulevsk 445359, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6345011371 (Russia); Registration Number 1026303242547 (Russia) [RUSSIA-EO14024].

AO AKTIV (a.k.a. JOINT STOCK COMPANY AKTIV), Nab. Kanala Griboedova D. 6/2, Lit. A, Saint Petersburg 191186, Russia; PR-KT Malyi V.O.D. 43, K. 2, Lit. V, Floor 2, Pomeshch. 31, Saint Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7813067004 (Russia); Registration Number 1027806881585 (Russia) [RUSSIA-EO14024].

AO ALFA-BANK (Cyrillic: АО АЛЬФА-БАНК) (a.k.a. ALFA-BANK; a.k.a. JOINT STOCK COMPANY ALFA-BANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АЛЬФА-БАНК); a.k.a. JSC ALFA-BANK; f.k.a. OPEN JOINT STOCK COMPANY ALFA-BANK), Kalanchevskaya Street 27, Moscow 107078, Russia (Cyrillic: Ул. Каланчевская, Д.27, Город москва 107078, Russia); 27, Kalanchyovskaya Ul., Moscow 107078, Russia; SWIFT/BIC ALFARUMM; Website alfabank.ru; alt. Website alfabank.com; BIK (RU) 044525593; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established 1990; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7728168971 (Russia); Registration Number 1027700067328 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AO ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF GEOPHYSICAL PROSPECTING (Cyrillic: АО ВСЕРОССИЙСКИЙ НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ГЕОФИЗИЧЕСКИХ МЕТОДОВ РАЗВЕДКИ) (a.k.a. ALL RUSSIAN RESEARCH INSTITUTE OF GEOPHYSICAL EXPLORATION METHODS JSC; a.k.a. ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF GEOPHYSICAL PROSPECTING JOINT STOCK COMPANY; a.k.a. VNIIGEOFIZIKA JSC), Nizhnyaya Krasnoselskaya Street 4, Moscow 107140, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Dec 2013; Target Type State-Owned Enterprise; Tax ID No. 7708802773 (Russia); Government Gazette Number 01424392 (Russia); Registration Number 5137746162945 (Russia) [RUSSIA-EO14024].

AO ASKON (a.k.a. JOINT STOCK COMPANY ASCON), Ul. Odoevskogo D.5, Lit. A, Saint Petersburg 199155, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7809009923 (Russia); Registration Number 1027810229908 (Russia) [RUSSIA-EO14024].

AO AVIASTAR-SP (a.k.a. AVIASTAR-SP; a.k.a. AVIASTAR-SP AIRCRAFT MANUFACTURING ENTERPRISE; a.k.a. JOINT STOCK COMPANY AVIASTAR-SP; a.k.a. JSC AVIASTAR-SP (Cyrillic: АО АВИАСТАР-СП)), Antonova Avenue 1, Ulyanovsk 432072, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7328032711 (Russia) [RUSSIA-EO14024].

AO AVTOVAZ (a.k.a. JOINT STOCK COMPANY AVTOVAZ; a.k.a. OPEN JOINT STOCK COMPANY AVTOVAZ), Sh. Yuzhnoe D. 36, Tol'yatti 445024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 20 Jul 1966; Tax ID No.

6320002223 (Russia); Government Gazette Number 00232934 (Russia); Registration Number 1026301983113 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AO BALTIISKAYA PROMYSHLENNAYA KOMPANIYA (a.k.a. BALTIYSKAYA PROMISHLENNAYA KOMPANIYA), Malaya Bukharestskaya str., 5, building 2/39, St. Petersburg 192288, Russia; Prospekt Kultury, 49A, St. Petersburg 195276, Russia; 3rd Ribatskii lane, 3 production, St. Petersburg 192177, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801200558 (Russia); Registration Number 1037800041773 (Russia) [RUSSIA-EO14024].

AO BANK SGB (a.k.a. JOINT STOCK COMPANY SEVERGAZBANK), 3, Blagoveschenskaya Ul., Vologda 160001, Russia; SWIFT/BIC SGAZRU22; Website www.severgazbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 3525023780 (Russia); Legal Entity Number 2534005FGCP61AM3L807; Registration Number 1023500000160 (Russia) [RUSSIA-EO14024].

AO BERG AB (a.k.a. JOINT STOCK COMPANY BERG AB), Ul. Rechnikov D. 7, Str. 14, Moscow 115407, Russia; Ul. Sadovniki D. 2, Floor/Pomeshch 12/1, Moscow 115487, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725237190 (Russia); Registration Number 1037725041683 (Russia) [RUSSIA-EO14024].

AO BRYANSKI AVTOMOBILNY ZAVOD (a.k.a. BRYANSK AUTOMOBILE FACTORY; a.k.a. JOINT STOCK COMPANY BRYANSK AUTOMOBILE PLANT; a.k.a. "AO BAZ"; a.k.a. "JSC BAF"), 1 Staleliteinaia Ul., Bryansk 241035, Russia; 20 Novaia Basmannaia Ul., Str. 8, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3255502838 (Russia); Registration Number 1083254005141 (Russia) [RUSSIA-EO14024].

AO CARGO SERVICE CENTER (a.k.a. CARGO SERVICE CENTRE; a.k.a. CARGO SERVICE LIMITED LIABILITY COMPANY; a.k.a. KARGO SERVIS OOO), proezd 5-I Predportovyi d. 26, lit. e, pomeshch. 1.29, office 2, Saint Petersburg 196240, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810853472 (Russia); Registration Number 1117847644265 (Russia) [RUSSIA-EO14024].

AO CHIP I DIP (Cyrillic: АО ЧИП И ДИП) (a.k.a. "CHIP AND DIP"; a.k.a. "CHIP&DIP"), Ul. Gilyarovskogo D. 39, Str. 1, Moscow 129110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Retail sale of information and communications equipment in specialized stores; Tax ID No. 7729108750 (Russia); Registration Number 1027700271807 (Russia) [RUSSIA-EO14024].

AO DK REGION (a.k.a. AKTSIONERNOE OBSHCHESTVO DEPOZITARNAYA KOMPANIYA REGION; a.k.a. "DEPOSITORY COMPANY REGION"), Ul. Krymskii Val D. 3, Str. 2, Antresol 3, Pomeshch. I, Kom 32-57, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7708213619 (Russia); Registration Number 1037708002144 (Russia) [RUSSIA-EO14024].

AO DRAGA (a.k.a. JSC DRAGA), Ul. Novocheremushkinskaya D. 71/32, Moscow 117420, Russia; Ul. Bolshaya Zelenina D. 8, K. 2, Lit. A, Pomeshch. 42N, Saint Petersburg 197110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7704011964 (Russia); Registration Number 1037739162240 (Russia) [RUSSIA-EO14024].

AO ECHELON TECHNOLOGIES (a.k.a. AKTSIONERNOE OBSCHESTVO ESHELON TEKHNOLOGII; a.k.a. JOINT STOCK COMPANY ECHELON TECHNOLOGIES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЭШЕЛОН ТЕХНОЛОГИИ); a.k.a. JSC ECHELON TECHNOLOGIES), Ul. Elektrozavodskaya d. 24 Office 24, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Sep 2011; Tax ID No. 7718859120 (Russia); Registration Number 1117746703480 (Russia) [RUSSIA-EO14024].

AO EIRBURG (a.k.a. AKTSIONERNOE OBSCHCHESTVO EIRBURG; a.k.a. "JSC AIRBURG"; a.k.a. "OKB UZGA, OOO"), ul. 8, Marta Str. 49, Floor 3, Yekaterinburg, Sverdlovsk Oblast 6200063, Russia; Website air-burg.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jul 2021; alt. Organization Established Date 08 Oct 2013; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 6671172432 (Russia); Government Gazette

Number 49681112 (Russia); Business Registration Number 1216600040194 (Russia) [RUSSIA-EO14024].

AO EKOS1 (a.k.a. EKOS1 JOINT STOCK COMPANY), Ul. Elektrozavodskaya D. 24, Str 3, Moscow 107023, Russia; A/YA Post Box 42, Moscow 107076, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7729328949 (Russia); Registration Number 1027739085252 (Russia) [RUSSIA-EO14024].

AO ELARA (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNYI KOMPLEKS ELARA IMENI G.A. ILYENKO; a.k.a. ILYENKO ELARA RESEARCH AND PRODUCTION COMPLEX OJSC; a.k.a. OPEN JOINT STOCK COMPANY ILYENKO ELARA RESEARCH AND PRODUCTION COMPLEX), Moskovsky Prospekt 40, Cheboksary, Chuvash Republic 428015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1970; Tax ID No. 2129017646 (Russia); Registration Number 1022101269123 (Russia) [RUSSIA-EO14024].

AO ELEKOND (a.k.a. JOINT STOCK COMPANY ELECOND), 3 Kalinin Street, Sarapul 427968, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1827003592 (Russia); Registration Number 1021800993752 (Russia) [RUSSIA-EO14024].

AO ELEKTROISTOCHNIK, Ul. Rabochaya D. 205, Saratov 410071, Russia; Ul. Monastyrka D. 17A, Pomeshch. 42, 42/1, Nizhniy Novgorod 603016, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6455053279 (Russia); Registration Number 1116455001629 (Russia) [RUSSIA-EO14024].

AO ELEKTRON OPTRONIK (a.k.a. AKTSIONERNOE OBSHCHESTVO ELEKTRON OPTRONIK; a.k.a. ELEKTRON OPTRONIK PAO), Pr-Kt Morisa Toreza, D. 68, Saint Petersburg 194223, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Dec 1997; Tax ID No. 7802362079 (Russia); Registration Number 5067847207698 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AO ELEKTROTYAGA (a.k.a. AKTSIONERNOE OBSHCHESTVO ELEKTROTYAGA; a.k.a. JOINT STOCK COMPANY ELECTROTYAGA), Ul. Kalinina D. 50 A, Saint Petersburg 198099, Russia; Secondary sanctions risk: See Section

11 of Executive Order 14024.; Organization Established Date 01 Nov 2001; Tax ID No. 7805230257 (Russia); Registration Number 1027802718437 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

AO ENPIVI INZHINIRING (a.k.a. AKTSIONERNOE OBSHCHESTVO ENPIVI INZHINIRING; a.k.a. ENPIVI INZHINIRING, AO; a.k.a. NPV ENGINEERING JOINT STOCK COMPANY; a.k.a. NPV ENGINEERING OPEN JOINT STOCK COMPANY; a.k.a. OJSC NPV ENGINEERING), 5, per. Strochenovski B., Moscow 115054, Russia; PER. Strochenovskii B. D. 5, Moscow 115054, Russia; Website www.npve.narod.ru; Email Address npw@npv.su; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 106774653683; Tax ID No. 7707587805; Government Gazette Number 95533058 [UKRAINE-EO13662] (Linked To: ROTENBERG, Igor Arkadyevich).

AO EVRAZ MARKET (f.k.a. EVRAZ METALL INPROM OAO), 9, ul. Khimicheskaya, Taganrog, Rostov region 347913, Russia; Ul. Belovezhskaya D. 4, Korp. V, Moscow 121353, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6154062128 (Russia); Registration Number 1026102571505 (Russia) [RUSSIA-EO14024].

AO FINTENDER (a.k.a. AKTSIONERNOE OBSHCHESTVO FINTENDER; a.k.a. FINTENDER JOINT STOCK COMPANY; a.k.a. FINTENDER JSC), Pr-Kt Tekstilshchikov D. 46, Pomeshch. 1, Kom.56, Kostroma 156000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743113487 (Russia); Registration Number 1157746705930 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

AO FINVAL ENERGO (a.k.a. JSC FINVAL ENERGO; a.k.a. JSC FINVAL ENERGY), Volgogradskii Prospekt D.32 K.11, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7721609835 (Russia); Registration Number 1087746104907 (Russia) [RUSSIA-EO14024].

AO FNPTS NII PRIKLADNOI KHIMII (a.k.a. JOINT STOCK COMPANY FEDERAL SCIENTIFIC AND PRODUCTION CENTER SCIENTIFIC RESEARCH INSTITUTE OF APPLIED CHEMISTRY), Ul. Akademika Silina

D. 3, Sergiyev Posad 141313, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5042120394 (Russia); Registration Number 1115042005638 (Russia) [RUSSIA-EO14024].

AO FNPTS NNIIRT (a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER NIZHNY NOVGOROD RESEARCH INSTITUTE OF RADIO ENGINEERING JOINT STOCK COMPANY), Ul. Geroya Shaposhnikova D. 5, Nizhniy Novgorod 603153, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5261064047 (Russia); Registration Number 1085261002628 (Russia) [RUSSIA-EO14024].

AO GAZPROMNEFT MORP (a.k.a. AO GAZPROMNEFT MOSCOW REFINERY PLANT; a.k.a. GAZPROM NEFT MOSCOW REFINERY JSC; a.k.a. GAZPROMNEFT MNPZ AO; a.k.a. GAZPROMNEFT MOSCOW REFINERY JOINT STOCK COMPANY; a.k.a. GAZPROMNEFT MOSKOVSKIY NPZ AO), Kv-I Kapotnya 2-I D. 1, K. 3, Russia 109429, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7723006328 (Russia); Registration Number 1027700500190 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AO GAZPROMNEFT MOSCOW REFINERY PLANT (a.k.a. AO GAZPROMNEFT MORP; a.k.a. GAZPROM NEFT MOSCOW REFINERY JSC; a.k.a. GAZPROMNEFT MNPZ AO; a.k.a. GAZPROMNEFT MOSCOW REFINERY JOINT STOCK COMPANY; a.k.a. GAZPROMNEFT MOSKOVSKIY NPZ AO), Kv-I Kapotnya 2-I D. 1, K. 3, Russia 109429, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7723006328 (Russia); Registration Number 1027700500190 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AO GAZSTROYPROM (a.k.a. AKTSIONERNOE OBSHCHESTVO GAZSTROIPROM; a.k.a. GAZSTROIPROM AO; a.k.a. JOINT STOCK COMPANY GAZSTROYPROM), Ul. Tashkentskaya D. 3, Korpus 3 Lit. B, Saint Petersburg 196084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 21 Jun 2018; Tax ID No. 7842155505 (Russia); Government Gazette Number 29749701 (Russia); Registration Number 1187847178705 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AO GK ELEKTRONINVEST (a.k.a. THE GROUP OF COMPANIES ELECTRONINVEST JOINT STOCK COMPANY), Ul. Nizhnaya D. 14, Str. 2, Moscow 125040, Russia; 19A, Ul. Alabushevskaya Zelenograd Moscow, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7710346180 (Russia); Registration Number 1027739381812 (Russia) [RUSSIA-EO14024].

AO GK RADIANT (a.k.a. RADIANT EK AO (Cyrillic: РАДИАНТ ЭК АО)), Ulitsa Profsoyuznaya, Dom 65, Korpus 1, Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728792756 (Russia); Registration Number 1117746996377 (Russia) [RUSSIA-EO14024].

AO GLOBATEK (a.k.a. GLOBATEK 3D; a.k.a. JOINT STOCK COMPANY GLOBATEK GROUP), Sh Varshavskoe D. 42, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724739790 (Russia); Registration Number 1107746187999 (Russia) [RUSSIA-EO14024].

AO GNPP REGION (a.k.a. AKTSIONERNOE OBSHCHESTVO GOSUDARSTVENNOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE REGION; a.k.a. REGION SCIENTIFIC & PRODUCTION ENTERPRISE JSC; a.k.a. REGION SCIENTIFIC AND PRODUCTION ENTERPRISE JSC), Sh Kashirskoe D. 13A, Moscow 115230, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Jan 1992; Tax ID No. 7724552070 (Russia); Registration Number 1057747873875 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AO GOS MKB VYMPEL IM. I.I. TOROPOVA (a.k.a. GOS MKB VYMPEL IM. I.I. TOROPOVA AO; a.k.a. JOINT STOCK COMPANY STATE MACHINE BUILDING DESIGN BUREAU VYMPEL BY NAME I.I. TOROPOV; a.k.a. VYMPEL STATE ENGINEERING DESIGN BUREAU JSC NAMED AFTER I.I. TOROPOV), Sh. Volokolamskoe D. 90, Moscow 125424, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Dec 1991; Tax ID No.

7733546058 (Russia); Registration Number 1057747296166 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AO GOSMKB RADUGA IM. A.YA.BEREZNYAKA (a.k.a. RADUGA DESIGN BUREAU; a.k.a. RADUGA STATE ENGINEERING DESIGN BUREAU JSC NAMED AFTER A.Y. BEREZNYAK; a.k.a. RADUGA STATE MACHINE BUILDING DESIGN BUREAU JOINT STOCK COMPANY), Ul. Zhukovskogo D. 2, Lit. A, Dubna 141980, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Dec 1991; Tax ID No. 5010031470 (Russia); Registration Number 1055024900006 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AO GOSNIIMASH (a.k.a. SCIENTIFIC RESEARCH INSTITUTE FOR MECHANICAL ENGINEERING JSC IN THE NAME OF V.V. BAKHIREV; a.k.a. STATE SCIENTIFIC RESEARCH INSTITUTE OF MECHANICAL ENGINEERING IMENI V.V. BAKHIREVA), PR-KT Sverdlova D. 11 A, Dzerzhinsk 606002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 13 Jan 1992; Tax ID No. 5249093130 (Russia); Registration Number 1085249000650 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AO GOSNIIP (a.k.a. AKTSIONERNOE OBSHCHESTVO GOSUDARSTVENNYI NAUCHNO ISSLEDOVATELSKII INSTITUT PRIBOROSTROENIIA; a.k.a. JOINT STOCK COMPANY STATE RESEARCH INSTITUTE OF INSTRUMENT ENGINEERING), PR-KT Mira D. 125, Moscow 129226, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7717693545 (Russia); Registration Number 1117746132811 (Russia) [RUSSIA-EO14024].

AO GRAND SERVIS EKSPRESS (a.k.a. GRAND SERVICE EXPRESS (Cyrillic: ГРАНД СЕРВИС ЭКСПРЕСС); a.k.a. JOINT STOCK COMPANY GRAND SERVICE EXPRESS; a.k.a. JOINT STOCK COMPANY TRANSPORT COMPANY GRAND SERVICE EXPRESS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСПОРТНАЯ КОМПАНИЯ ГРАНД СЕРВИС ЭКСПРЕСС); a.k.a. "GRAND EXPRESS" (Cyrillic: "ГРАНД ЭКСПРЕСС"); a.k.a. "JSC GSE"), 85 Sheremetevskaya St., Building 1, Moscow 129075, Russia; ul. Sheremetevskaya, d. 85, str. 1, Moscow 129075, Russia; P.O. Box 15, Moscow 129075, Russia; a/ya 15, Moscow 129075, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7705445700 (Russia) [UKRAINE-EO13685].

AO GRUPPA KREMNY EL (a.k.a. AKTSIONERNOE OBSHCHESTVO GRUPPA KREMNII EL; a.k.a. CJSC KREMNY AL GROUP; a.k.a. JSC GRUPPA KREMNY EL; a.k.a. KREMNY GROUP), Krasnoarmeyskaya 103, Bryansk 241037, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 3234043140 (Russia); Registration Number 1023202741781 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AO GZAS IM AS POPOVA (a.k.a. AKTSIONERNOE OBSHCHESTVO GORKOVSKII ZAVOD APPARATURY SVIAZI IM AS POPOVA; a.k.a. POPOV COMMUNICATIONS EQUIPMENT PLANT; a.k.a. "JSC GZAS"), 100 ul. Internatsionalnaia, Nizhny Novgorod 603002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5257008145 (Russia); Registration Number 1025202396790 (Russia) [RUSSIA-EO14024].

AO IBS IT USLUGI (a.k.a. JOINT STOCK COMPANY IBS IT SERVICES), ul. Skladochnaya d. 3, str. 1, Moscow 127018, Russia; sh. Dmitrovskoe, d. 9B, et. 5, pom. XIII, kom. 23, Moscow 127434, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713444361 (Russia); Registration Number 1177746672905 (Russia) [RUSSIA-EO14024].

AO IEMZ KUPOL (Cyrillic: АО ИЭМЗ КУПОЛ) (a.k.a. AKTSIONERNOE OBSHCHESTVO IZHEVSKI ELEKTROMEKHANICHESKI ZAVOD KUPOL; a.k.a. JOINT STOCK COMPANY IZHEVSK ELECTROMECHANICAL PLANT KUPOL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ИЖЕВСКИЙ ЭЛЕКТРОМЕХАНИЧЕСКИЙ ЗАВОД КУПОЛ); a.k.a. JSC IEMZ KUPOL), ul. Pesochnaya 3, Izhevsk, Udmurtia Republic 426033, Russia (Cyrillic: УЛИЦА ПЕСОЧНАЯ, 3, Город Ижевск, РЕСПУБЛИКА УДМУРТСКАЯ 426033, Russia); Website www.kupol.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 23 Apr 2002; alt. Organization Established Date 1957; Tax ID No. 1831083343 (Russia); Government Gazette Number 07502963 (Russia); Business Registration Number 1021801143374 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AO INDUSTRIYA REESTR (a.k.a. JOINT STOCK COMPANY INDUSTRIA REESTR), Ul. Khromova D. 1, Moscow 107601, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 3302021034 (Russia); Registration Number 1023301289153 (Russia) [RUSSIA-EO14024].

AO INFORUS (Cyrillic: АО ИНФОРУС), d. 9 etazh 2 pom. I kom. 1, ul. Marshala Sokolovskogo, Moscow 123060, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Jul 2012; Organization Type: Other information technology and computer service activities; Tax ID No. 7705990670 (Russia); Government Gazette Number 09933992 (Russia); Registration Number 1127746519988 (Russia) [RUSSIA-EO14024].

AO INFRAVEB (a.k.a. AKTSIONERNOE OBSHCHESTVO VEB INFRASTRUKTURA; a.k.a. JSC INFRAVEB), ul. Mashi Poryvaevoi D. 7 str. V, Moscow 107078, Russia; ul. Vozdvizhenka D. 7/6, str. 1, et/pom/kom 3/II/7, Moscow 119019, Russia; Website vebinfra.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704133578 (Russia); Registration Number 1027739088410 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

AO INNOVATSIONNYE ORUZHEINYE TEKHNOLOGII (a.k.a. JSC INNOVATION WEAPONS TECHNOLOGIES), PR-D 2-I Yuzhnoportovyi D. 16, Str. 8, Kom. 108, 109, Moscow 115088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7723633336 (Russia); Registration Number 1077761841860 (Russia) [RUSSIA-EO14024].

AO INSTITUT STROIPROEKT (a.k.a. AKTSIONERNOE OBSHCESTVO INSTITUT STROIPROEKT; a.k.a. AO INSTITUTE STROYPROEKT; f.k.a. INSTITUT STROIPROEKT ZAKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. INSTITUT STROIPROEKT, AO; a.k.a. INSTITUTE STROYPROECT; a.k.a. STROYPROEKT; a.k.a. STROYPROEKT ENGINEERING GROUP), D. 13 Korp. 2 LiteraA Prospekt Dunaiski, St. Petersburg 196158, Russia; 13/2 Dunaisky Prospect, St. Petersburg 196158, Russia; Website http://www.stpr.ru; Email Address Most@stpr.ru; alt. Email Address Murina@stpr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027810258673; Tax ID No. 7826688390; Government Gazette Number 11117863 [UKRAINE-EO13685].

AO 'INSTITUTE GIPROSTROYMOST-SAINT-PETERSBURG' (a.k.a. AO 'INSTITUTE GIPROSTROYMOST-SANKT-PETERBURG'; f.k.a. INSTITUT GIPROSTROIMOST-SANKT-PETERBURG, ZAO; a.k.a. JSC 'INSTITUTE GIPROSTROYMOST-SAINT-PETERSBURG'; a.k.a. JSC 'INSTITUTE GIPROSTROYMOST-SANKT-PETERBURG'; f.k.a. ZAO 'INSTITUTE GIPROSTROYMOST SAINT-PETERSBURG'), 7 Yablochkova Street, St. Petersburg 197198, Russia; Website www.gpsm.ru; Email Address office@gpsm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037828021660 (Russia); Tax ID No. 7826717210 (Russia); Government Gazette Number 53289443 (Russia) [UKRAINE-EO13685].

AO 'INSTITUTE GIPROSTROYMOST-SANKT-PETERBURG' (a.k.a. AO 'INSTITUTE GIPROSTROYMOST-SAINT-PETERSBURG'; f.k.a. INSTITUT GIPROSTROIMOST-SANKT-PETERBURG, ZAO; a.k.a. JSC 'INSTITUTE GIPROSTROYMOST-SAINT-PETERSBURG'; a.k.a. JSC 'INSTITUTE GIPROSTROYMOST-SANKT-PETERBURG'; f.k.a. ZAO 'INSTITUTE GIPROSTROYMOST SAINT-PETERSBURG'), 7 Yablochkova Street, St. Petersburg 197198, Russia; Website www.gpsm.ru; Email Address office@gpsm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037828021660 (Russia); Tax ID No. 7826717210 (Russia); Government

Gazette Number 53289443 (Russia) [UKRAINE-EO13685].

AO INSTITUTE STROYPROEKT (a.k.a. AKTSIONERNOE OBSHCESTVO INSTITUT STROIPROEKT; a.k.a. AO INSTITUT STROIPROEKT; f.k.a. INSTITUT STROIPROEKT ZAKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. INSTITUT STROIPROEKT, AO; a.k.a. INSTITUTE STROYPROECT; a.k.a. STROYPROEKT; a.k.a. STROYPROEKT ENGINEERING GROUP), D. 13 Korp. 2 LiteraA Prospekt Dunaiski, St. Petersburg 196158, Russia; 13/2 Dunaisky Prospect, St. Petersburg 196158, Russia; Website http://www.stpr.ru; Email Address Most@stpr.ru; alt. Email Address Murina@stpr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027810258673; Tax ID No. 7826688390; Government Gazette Number 11117863 [UKRAINE-EO13685].

AO INVESTGEOSERVIS (a.k.a. JOINT STOCK COMPANY INVESTGEOSERVIS), Pr-Kt 60 Letiya Oktyabrya D. 10A, Pom XXII, Moscow 117036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7704627560 (Russia); Registration Number 1067760718871 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AO INVESTITSIONNAYA NEFTYANAYA KOMPANIYA (Cyrillic: AO ИНВЕСТИЦИОННАЯ НЕФТЯНАЯ КОМПАНИЯ) (a.k.a. JOINT STOCK COMPANY INKOMNEFT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ИНКОМНЕФТЬ)), Ulitsa Mira, Dom 60, A, Pom.34, Nizhnevartovsk, Khanty-Mansi Autonomous Okrug-Yugra 628611, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Nov 1995; Organization Type: Support activities for other mining and quarrying; Tax ID No. 8620001545 (Russia); Registration Number 1028601870770 (Russia) [RUSSIA-EO14024].

AO IPF (a.k.a. INSTITUTE OF APPLIED PHYSICS JSC; a.k.a. "INSTITUTE OF APPLIED PHYSICS IAP"), Ul. Arbuzova D. 1/1, Novosibirsk 630117, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5408106299 (Russia);

Registration Number 1025403638831 (Russia) [RUSSIA-EO14024].

AO IPN STANKOSTROENIE (a.k.a. AKTSIONERNOE OBSHCHESTVO IPN STANKOSTROENIE; a.k.a. JOINT STOCK COMPANY IPN STANKOSTROENIE), Ul. 3-ya yamskogo polya D. 2, K. 26, Moscow 125124, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7457008611 (Russia); Registration Number 1177456104638 (Russia) [RUSSIA-EO14024].

AO IVK (a.k.a. IVK JOINT STOCK COMPANY; a.k.a. IVK JSC), Ul. Butyrskaya D. 75, Moscow 127015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7702157005 (Russia); Registration Number 1027700115453 (Russia) [RUSSIA-EO14024].

AO IZHEVSKII MOTOZAVOD AKSION KHOLDING (a.k.a. IZHEVSK MOTOZAVOD AXION HOLDING JSC; a.k.a. JSC IZHEVSK MOTOR PLANT AKSION HOLDING), 90 Maksima Gorkogo Street, Izhevsk 426008, Russia; Per. Furmannyi D. 12 Str 1, Moscow 105062, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1826000616 (Russia); Registration Number 1021801140833 (Russia) [RUSSIA-EO14024].

AO KAZANSKII VERTOLETNYI ZAVOD (a.k.a. JOINT STOCK COMPANY KAZAN HELICOPTERS; a.k.a. KAZAN HELICOPTERS; a.k.a. KAZANSKI VERTOLETNY ZAVOD AO), Ul. Tetsevskaya D. 14, Kazan 420085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1993; Tax ID No. 1656002652 (Russia); Registration Number 1021603881683 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

AO KB ARSENAL (a.k.a. AKTSIONERNOE OBSHCHESTVO KONSTRUKTORSKOE BYURO ARSENAL IMENI M.V. FRUNZE; a.k.a. M.V. FRUNZE ARSENAL DESIGN BUREAU JOINT STOCK COMPANY), ul. Komsomola, D.1-3, Saint Petersburg 195009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7804588900 (Russia); Government Gazette Number 06506278 (Russia); Registration Number 1177847042229 (Russia) [RUSSIA-EO14024].

AO KB FARVATER (a.k.a. AKTSIONERNOE OBSHCHESTVO KONSTRUKTORSKOE BYURO FARVATER; a.k.a. CLOSED JOINT STOCK COMPANY DESIGN BUREAU FARVATER; a.k.a. DESIGN CENTER

FARVATER JSC; a.k.a. JOINT STOCK COMPANY DESIGN CENTER FARVATER), Nansena St., 154B, Rostov-on-Don 344010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6163106808 (Russia); Registration Number 1116195002307 (Russia) [RUSSIA-EO14024].

AO KB NAVIS (a.k.a. "NAVIS INC."), ul. Kulneva, d. 3, str. 1, pom/kom III/5,6, Moscow 121170, Russia; sh. Dmitrovskoe, d. 157, k. 5, Moscow 127411, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725075060 (Russia); Registration Number 1027700456024 (Russia) [RUSSIA-EO14024].

AO KB YUNISTRIM (a.k.a. UNISTREAM COMMERCIAL BANK JSC), Ul. Verkhnyaya Maslovka D. 20, Str. 2, Moscow 127083, Russia; SWIFT/BIC UMTNRUMM; Website www.unistream.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 May 2006; Target Type Financial Institution; Tax ID No. 7750004009 (Russia); Identification Number 2S1RNS.99999.SL.643 (Russia); Registration Number 1067711004437 (Russia) [RUSSIA-EO14024].

AO KBE XXI CENTURY (a.k.a. AKTSIONERNOE OBSHCHESTVO CONSTRUCTION BUREAU ELECTRICAL PRODUCTS XXI CENTURY; a.k.a. AO KBE XXI VEKA; a.k.a. JOINT STOCK COMPANY DESIGN OFFICE OF ELECTROITEMS; a.k.a. JSC KBE XXI CENTURY; a.k.a. XXI CENTURY ELECTRO ITEMS DESIGN OFFICE JOINT STOCK COMPANY), Ul. Lermontova D. 2, Sarapul 427960, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1827013520 (Russia); Registration Number 1021800997228 (Russia) [RUSSIA-EO14024].

AO KBE XXI VEKA (a.k.a. AKTSIONERNOE OBSHCHESTVO CONSTRUCTION BUREAU ELECTRICAL PRODUCTS XXI CENTURY; a.k.a. AO KBE XXI CENTURY; a.k.a. JOINT STOCK COMPANY DESIGN OFFICE OF ELECTROITEMS; a.k.a. JSC KBE XXI CENTURY; a.k.a. XXI CENTURY ELECTRO ITEMS DESIGN OFFICE JOINT STOCK COMPANY), Ul. Lermontova D. 2, Sarapul 427960, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1827013520 (Russia); Registration Number 1021800997228 (Russia) [RUSSIA-EO14024].

AO KBKHIMMASH IM AM ISAEVA (a.k.a. AKTSIONERNOE OBSHCHESTVO KONSTRUKTORSKOE BIURO KHIMICHESKOGO MASHINOSTROENIIA IMENI AM ISAEVA; a.k.a. AM ISAYEV CHEMICAL ENGINEERING DESIGN BUREAU; a.k.a. DESIGN BUREAU FOR CHEMICAL MACHINE BUILDING; a.k.a. DESIGN BUREAU OF CHEMICAL MACHINE BUILDING KBKHM; a.k.a. KB KHIM MASH), 12 Bogomolova St., Korolyev 141070, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5018202198 (Russia); Registration Number 1195081083878 (Russia) [RUSSIA-EO14024].

AO KOLOMENSKI ZAVOD (a.k.a. JOINT STOCK COMPANY KOLOMENSKY ZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОЛОМЕНСКИЙ ЗАВОД)), 42 Partizan Street, Kolomna 140408, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5022013517 (Russia); Registration Number 1025002737242 (Russia) [RUSSIA-EO14024].

AO KOMPOZIT (a.k.a. JSC KOMPOZIT), Ul. Pionerskaya D. 4, Korolev 141074, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Jan 2002; Tax ID No. 5018078448 (Russia); Registration Number 1025002043813 (Russia) [RUSSIA-EO14024].

AO KONSTERN GRANIT ELEKTRON (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN GRANIT ELEKTRON; a.k.a. JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON; a.k.a. JSC CONCERN GRANIT ELEKTRON), Ul. Gospitalnaya D. 3, Saint Petersburg 191014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1910; Tax ID No. 7842335610 (Russia); Registration Number 5067847016782 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AO KONSTERN MPO GIDROPRIBOR (a.k.a. AKTSIONERNOE OBSHCHESTVO KONSTERN MORSKOE PODVONOE ORUZHIE GIDROPRIBOR; a.k.a. JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR; a.k.a. JSC CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR), PR-KT B. Sampsonievskii D. 24, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Sep 1943; Tax ID No. 7802375889 (Russia); Registration Number 1069847557394 (Russia) [RUSSIA-

EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AO KONTSERN AVTOMATIKA (a.k.a. JOINT STOCK COMPANY CONCERN AVTOMATIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН АВТОМАТИКА); a.k.a. JSC CONCERN AVTOMATIKA (Cyrillic: АО КОНЦЕРН АВТОМАТИКА)), Ul. Botanicheskaya D. 25, Moscow 127106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715906332 (Russia); Registration Number 1127746139564 (Russia) [RUSSIA-EO14024].

AO KONTSERN OKEANPRIBOR (Cyrillic: АО КОНЦЕРН ОКЕАНПРИБОР) (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN OKEANPRIBOR (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН ОКЕАНПРИБОР); a.k.a. JOINT STOCK COMPANY CONCERN OKEANPRIBOR; a.k.a. JSC CONCERN OKEANPRIBOR; a.k.a. KONTSERN OKEANPRIBOR, PAO), 46, Chkalovskii Prospect, St. Petersburg 197376, Russia; Website www.oceanpribor.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067847424160 (Russia); Tax ID No. 7813341546 (Russia) [UKRAINE-EO13662].

AO KONTSERN URALVAGONZAVOD (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN URALVAGONZAVOD; a.k.a. JOINT STOCK COMPANY CONCERN URALVAGONZAVOD), 40 Bolshaya Yakimanka Street, Moscow 119049, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Apr 2018; Target Type State-Owned Enterprise; Tax ID No. 7706453206 (Russia); Registration Number 1187746432345 (Russia) [RUSSIA-EO14024].

AO KONTSERN VKO ALMAZ-ANTEI (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN VOZDUSHNO-KOSMICHESKOI OBORONY ALMAZ-ANTEI; a.k.a. JOINT STOCK COMPANY AEROSPACE DEFENSE CONCERN ALMAZ-ANTEY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН ВОЗДУШНО-КОСМИЧЕСКОЙ ОБОРОНЫ АЛМАЗ-АНТЕЙ); a.k.a. JOINT STOCK COMPANY AIR AND SPACE DEFENSE CONCERN ALMAZ-ANTEY; a.k.a. JOINT-STOCK COMPANY CONCERN ALMAZ-ANTEY; a.k.a. JSC CONCERN VKO ALMAZ-ANTEY (Cyrillic: АО КОНЦЕРН ВКО АЛМАЗ-

АНТЕЙ); f.k.a. OAO CONCERN PVO ALMAZ-ANTEY; f.k.a. OPEN JOINT STOCK COMPANY CONCERN PVO ALMAZ-ANTEY), D. 41, ul. Vereiskaya, Moscow 121471, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Nov 1991; Target Type State-Owned Enterprise; Tax ID No. 7731084175 (Russia); Government Gazette Number 11593871 (Russia); Registration Number 1027739001993 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

AO KORDEKS (Cyrillic: АО КОРДЕКС) (a.k.a. KORDEX AO; a.k.a. KORDEX JOINT STOCK COMPANY; f.k.a. KORDEX OOO; a.k.a. NEPUBLICHNOE AKTSIONERNOE OBSHCHCHESTVO KORDEX), 44, shosse Yaroslavskoe, Moscow 129337, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Nov 2009; Organization Type: Management consultancy activities; Tax ID No. 7716823181 (Russia); Government Gazette Number 63681478 (Russia); Registration Number 1167746394881 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

AO KORPORATSIYA GALAKTIKA (a.k.a. AKTSIONERNOE OBSHCHESTVO KORPORATSIYA GALAKTIKA; a.k.a. GALACTICA CORPORATION; a.k.a. "GALAXY CORPORATION"), Alleya Teatralnaya, D. 3, Str. 1, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707140573 (Russia); Registration Number 1027739341520 (Russia) [RUSSIA-EO14024].

AO KRAFTVEI KORPOREISHN PLS (a.k.a. AO KRAFTWAY PSC; a.k.a. CRAFTWAY CORPORATON PLS; a.k.a. JOINT STOCK COMPANY KRAFTVEY KORPOREYSHN PLS; a.k.a. JOINT STOCK COMPANY KRAFTWAY CORPORATION PLS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КРАФТВЭЙ КОРПОРЭЙШН ПЛС); a.k.a. JSC KRAFTVEY KORPOREYSHN PLS; a.k.a. JSC KRAFTWAY CORPORATION PLC), Sh. Kievskoe d. 64, Obninsk, Kaluga Region 249032, Russia; 16, 3rd Mytishchinskaya Street, Moscow 129626, Russia; Website kraftway.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Other

information technology and computer service activities; Tax ID No. 5018037096 (Russia); Registration Number 1025002041525 (Russia) [RUSSIA-EO14024].

AO KRAFTWAY PSC (a.k.a. AO KRAFTVEI KORPOREISHN PLS; a.k.a. CRAFTWAY CORPORATON PLS; a.k.a. JOINT STOCK COMPANY KRAFTVEY KORPOREYSHN PLS; a.k.a. JOINT STOCK COMPANY KRAFTWAY CORPORATION PLS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КРАФТВЭЙ КОРПОРЭЙШН ПЛС); a.k.a. JSC KRAFTVEY KORPOREYSHN PLS; a.k.a. JSC KRAFTWAY CORPORATION PLC), Sh. Kievskoe d. 64, Obninsk, Kaluga Region 249032, Russia; 16, 3rd Mytishchinskaya Street, Moscow 129626, Russia; Website kraftway.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Other information technology and computer service activities; Tax ID No. 5018037096 (Russia); Registration Number 1025002041525 (Russia) [RUSSIA-EO14024].

AO KRASNYI DELFIN (a.k.a. I SPHERA JOINT STOCK COMPANY; a.k.a. RED DOLPHIN JOINT STOCK COMPANY), Per. Khimicheskii D. 1, Lit. BE, Floor 3, Pomeshch. 60, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1077847590040 (Russia); Tax ID No. 7805439611 (Russia) [RUSSIA-EO14024].

AO KRIBRUM (a.k.a. KRIBRUM JSC), Ul. Vereiskaya, D. 29, Str. 134, Pom. 2N/7, Moscow 121357, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731661104 (Russia); Registration Number 1107746952433 (Russia) [RUSSIA-EO14024].

AO KRONSHTADT (a.k.a. AKTSIONERNOE OBSHCHESTVO KRONSHTADT; a.k.a. JOINT STOCK COMPANY KRONSHTADT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КРОНШТАДТ)), Descartes Business Center, Building 9, No. 18, Andropova Prospekt, Moscow 1115432, Russia (Cyrillic: Бизнес-центр Декарт, д. 18, корп. 9, Пр. Андропова, Москва 1115432, Russia); Building 4, No. 54, Maliy Prospekt, Vasilevskiy Island, St. Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1990; Tax ID No. 7808035536 (Russia); Registration Number 1027809176141 (Russia) [RUSSIA-EO14024].

AO KT-UNMANNED SYSTEMS (a.k.a. JOINT STOCK COMPANY KT - UNMANNED SYSTEMS; a.k.a. "AO KRONSHTADT-UNMANNED SYSTEMS"; a.k.a. "AO KT - BESPILOTNYE SISTEMY"; a.k.a. "AO KT-BS"; a.k.a. "KT - UNMANNED SYSTEMS"), PR-KT Malyi V.O. D.54, K.5 Lit. P, Saint Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Apr 2012; Tax ID No. 7801572080 (Russia); Registration Number 1127847213361 (Russia) [RUSSIA-EO14024].

AO LAZERSERVIS (a.k.a. JOINT STOCK COMPANY LASERSERVICE), Ul. Vereiskaya, D. 39, Moscow 121357, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Oct 2000; Tax ID No. 7731280660 (Russia); Registration Number 1047731013857 (Russia) [RUSSIA-EO14024].

AO LITII ELEMENT (a.k.a. LITHIUM ELEMENT JOINT STOCK COMPANY), Ul. Im Ordzhonikidze G.K D. 11A, Saratov 410015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6451115083 (Russia); Registration Number 1026402485581 (Russia) [RUSSIA-EO14024].

AO MANEL (a.k.a. JOINT STOCK COMPANY MANEL), Ul. Vladimira Vysotskogo D. 25, Str. 12, Tomsk 634040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7017259678 (Russia); Registration Number 1107017006854 (Russia) [RUSSIA-EO14024].

AO MARPOSADKABEL (a.k.a. AKTSIONERNOE OBSHCHESTVO MARPOSADKABEL), Ul. Nikolaeva 93-V, Mariinskiy Posad 429570, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Apr 2004; Tax ID No. 2111006918 (Russia); Registration Number 1042135001600 (Russia) [RUSSIA-EO14024].

AO METMA (a.k.a. AKTSIONERNOE OBSHCHESTVO ZAVOD METALLOKERAMICHESKIKH MATERIALOV METMA; a.k.a. METMA METAL AND CERAMIC MATERIALS PLANT JSC), Ul. Krylova D. 53A, Yoshkar Ola 424007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1215055989 (Russia); Registration Number 1021200754266 (Russia) [RUSSIA-EO14024].

AO MIB KAPITAL (a.k.a. CJSC IIB CAPITAL; a.k.a. JOINT STOCK COMPANY IIB CAPITAL),

ul. Mashi Poryvaevoi d. 11, str. B, floor 1, pomeshch. 15, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Jul 2012; Tax ID No. 7708767021 (Russia); Registration Number 1127746575516 (Russia) [RUSSIA-EO14024] (Linked To: INTERNATIONAL INVESTMENT BANK).

AO MIKROEM (a.k.a. MICROEM), Proezd Savelkinskii D. 4, ET. 9, Zelenograd 124482, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735082700 (Russia); Registration Number 1027739282922 (Russia) [RUSSIA-EO14024].

AO MORION (a.k.a. STOCK COMPANY MORION INC), Pr. Kima D. 13A, Saint Petersburg 199155, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7801016421 (Russia); Registration Number 1037800001304 (Russia) [RUSSIA-EO14024].

AO MOVEN NN (a.k.a. AKTSIONERNOE OBSHCHESTVO MOVEN NN), Zarevskaya Obyezdnaya Doroga 40, Dzerzhinsk 606000, Russia; Ul. Svobody D. 15, Nizhniy Novgorod 603003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5262261827 (Russia); Registration Number 1115262002503 (Russia) [RUSSIA-EO14024].

AO NATSIONALNY EKSPORTNY TSENTR (a.k.a. AKTSIONERNOE OBSHCHESTVO ROSSIISKII EKSPORTNYI TSENTR; a.k.a. AO ROSSIISKII EKSPORTNYI TSENTR; a.k.a. AO ROSSISKI EKSPORTNY TSENTR; a.k.a. JSC RUSSIAN EXPORT CENTER), D. 12 etazh 13 pom. 1301, naberezhnaya Krasnopresnenskaya, Moscow 123610, Russia; Website exportcenter.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703376553 (Russia); Registration Number 1157746363994 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

AO NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE ZAVOD ISKRA (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE ZAVOD ISKRA; a.k.a. AO NPP ZAVOD ISKRA; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE PLANT ISKRA; a.k.a. JSC RESEARCH AND PRODUCTION ENTERPRISE PLANT ISKRA; a.k.a. NPP PLANT ISKRA), 75 Narimanov Avenue, Ulyanovsk 432030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Jun 2008; Target Type State-Owned Enterprise; Tax ID No. 7325081527 (Russia); Registration Number 1087325005756 (Russia) [RUSSIA-EO14024].

AO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE START IM. A.I. IASKINA (a.k.a. AKTSIONERNOYE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOYE PREDPRIYATIYE START IM. A.I. YASKINA; a.k.a. JSC START SCIENTIFIC AND PRODUCTION ENTERPRISE NAMED AFTER A.YASKIN; a.k.a. NPP START IM. A. I. YASKINA AO; a.k.a. OPEN JOINT STOCK COMPANY START SCIENTIFIC AND PRODUCTION ENTERPRISE NAMED AFTER A. YASKIN), 24 Pribaltiyskaya Str., Yekaterinburg, Sverdlovsk 620007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6662054224 (Russia) [RUSSIA-EO14024].

AO NII EKRAN (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT EKRAN; a.k.a. JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE EKRAN), 24 Kirova Ave, Samara 443022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6319169796 (Russia); Registration Number 1136319002731 (Russia) [RUSSIA-EO14024].

AO NII FERRIT DOMEN (a.k.a. FERRITE DOMEN COMPANY; a.k.a. RESEARCH INSTITUTE FERRIT DOMAIN; a.k.a. SCIENTIFIC AND RESEARCH INSTITUTE FERRIT DOMEN (Cyrillic: НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ФЕРРИТ-ДОМЕН)), Ul. Tsvetochnaya, D. 25, Korp. 3, Saint Petersburg 196084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 May 1959; Tax ID No. 7810245940 (Russia); Registration Number 1037821019631 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AO NII GIRIKOND (a.k.a. JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE GIRICOND; a.k.a. RESEARCH INSTITUTE GIRIKOND), Ul. Kurchatova D. 10, Saint Petersburg 194223, Russia; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1939; Tax ID No. 7802144144 (Russia); Registration Number 1027801555143 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AO NII KOMANDNYKH PRIBOROV (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT KOMANDNYKH PRIBOROV; a.k.a. SCIENTIFIC RESEARCH INSTITUTE OF COMMAND DEVICES), 16 pr-kt Tramvainyi, Saint Petersburg 198216, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7805654288 (Russia); Registration Number 1147847231674 (Russia) [RUSSIA-EO14024].

AO NII MORTEPLOTEKHNIKI (a.k.a. JOINT STOCK COMPANY RESEARCH AND DESIGN INSTITUTE SEA THERMAL ENGINEERING; a.k.a. JSC RESEARCH & DESIGN INSTITUTE MORTEPLOTEKHNIKA; a.k.a. JSC RESEARCH AND DESIGN INSTITUTE MORTEPLOTEKHNIKA), Ul. Chernikova, D. 44, Lomonosov 189510, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Dec 1991; Tax ID No. 7819308094 (Russia); Registration Number 1047401500046 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

AO NII PLATAN S ZAVODOM PRI NII (a.k.a. JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE PLATAN WITH PLANT), Proezd Zavodskoi D. 2, Fryazino 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date Oct 1965; Tax ID No. 5052023047 (Russia); Registration Number 1115050010460 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AO NII VEKTOR (a.k.a. JOINT STOCK COMPANY SCIENTIFIC-RESEARCH INSTITUTE VEKTOR), ul. Akademika Pavlova d. 14-A, Saint Petersburg 197376, Russia; Ul. Kantemirovskaya D. 10, Saint Petersburg 197342, Russia; Website nii-vektor.ru; Email Address nii@nii-vektor.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1908; Tax ID No.

7813491943 (Russia); Trade License No. 1117847020400 (Russia) [RUSSIA-EO14024].

AO NIIPT RASTR (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT PROMYSHLENNOGO TELEVIDENIYA RASTR), Ul. Bolshaya Sankt-Peterburgskaya D. 39, Velikiy Novgorod 173001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1982; Tax ID No. 4345309407 (Russia); Registration Number 1114345026784 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AO NIIVK N.A. M.A. KARTSEV (a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH VYCHISLITELNYKH KOMPLEKSOV NAMED AFTER M. A. KARTSEVA; a.k.a. JOINT STOCK COMPANY NIIVK NAMED AFTER M. A. KARTSEVA; a.k.a. JSC NII VYCHISLITELNYKH KOMPLEKSOV IM. M.A. KARTSEVA), Profsoyuznaya St., 108, Moscow 117437, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 May 1993; Tax ID No. 7728032882 (Russia); Registration Number 1037700128828 (Russia) [RUSSIA-EO14024].

AO NITS REZONANS (a.k.a. AO SRC REZONANS; a.k.a. SCIENTIFIC RESEARCH CENTER RESONANCE JOINT STOCK COMPANY), Ul. 1-YA Bukhvostova, D. 12/11, K. 20, Moscow 107076, Russia; Ul. Korolenko, D. 3A, Floor 3, Pom. 3B, Moscow 107076, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718016419 (Russia); Registration Number 1027700096984 (Russia) [RUSSIA-EO14024].

AO NIZHEGORODSKIY ZAVOD 70 LETIYA POBEDY (a.k.a. AO NZ 70 LETIYA POBEDY; a.k.a. JOINT STOCK COMPANY NIZHNY NOVGOROD PLANT OF THE 70TH ANNIVERSARY OF VICTORY; a.k.a. ZAVOD 70 LETIYA POBEDY; a.k.a. "NZSLP"), 21 Sormovskoe Highway, Nizhny Novgorod 603052, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5259113339 (Russia); Registration Number 1145259004296 (Russia) [RUSSIA-EO14024].

AO NKK (a.k.a. NATIONAL CUSTODIAL COMPANY STOCK CLOSED CORPORATION), Ul. Sushchevskii Val D. 16, Str. 3, Kom. 2, Floor 3, Moscow 127018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7707592234 (Russia); Registration Number 1067746739554 (Russia) [RUSSIA-EO14024].

AO NMZ ISKRA (a.k.a. AKTSIONERNOE OBSHCHESTVO NOVOSIBIRSKII MEKHANICHESKII ZAVOD ISKRA; a.k.a. JOINT STOCK COMPANY NOVOSIBIRSK MECHANICAL PLANT ISKRA), Chekalina St., Building 8, Novosibirsk 630900, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5410039642 (Russia); Registration Number 1115476008890 (Russia) [RUSSIA-EO14024].

AO NNPO IMENI M V FRUNZE (a.k.a. AKTSIONERNOE OBSHCHESTVO NIZHEGORODSKOE NAUCHNO PROIZVODSTVENNOE OBEDINENIE IMENI M V FRUNZE; a.k.a. JOINT STOCK COMPANY NIZHNY NOVGOROD RESEARCH AND PRODUCTION ASSOCIATION NAMED AFTER MV FRUNZE; a.k.a. JSC NNRPA N A MV FRUNZE), 174, pr-kt Gagarina, GSP-299, Nizhny Novgorod 603950, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5261077695 (Russia); Registration Number 1115261005738 (Russia) [RUSSIA-EO14024].

AO NORILSK KOMBINAT (a.k.a. AKTSIONERNOE OBSHCHESTVO NORILSKI GORNO METALLURGICHESKI KOMBINAT IM AP ZAVENYAGINA; a.k.a. AO NORILSKII KOMBINAT; a.k.a. NORILSKI KOMBINAT AO), 2, pl. Gvardeiskaya, Norilsk, Krasnoyarsk region 663302, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2457009990 (Russia); Registration Number 1022401625003 (Russia) [RUSSIA-EO14024].

AO NORILSKII KOMBINAT (a.k.a. AKTSIONERNOE OBSHCHESTVO NORILSKI GORNO METALLURGICHESKI KOMBINAT IM AP ZAVENYAGINA; a.k.a. AO NORILSK KOMBINAT; a.k.a. NORILSKI KOMBINAT AO), 2, pl. Gvardeiskaya, Norilsk, Krasnoyarsk region 663302, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2457009990 (Russia); Registration Number 1022401625003 (Russia) [RUSSIA-EO14024].

AO NOVOSIBIRSKIY AVIAREMONTNIY ZAVOD (Cyrillic: АО НОВОСИБИРСКИЙ АВИАРЕМОНТНЫЙ ЗАВОД) (a.k.a. JSC NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. JSC NOVOSIBIRSKY AVIAREMONTNY FACTORY; a.k.a. NOVOSIBIRSK AIRCRAFT ENTERPRISE; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AVIATION FACTORY; a.k.a. NOVOSIBIRSK AVIATION PLANT; a.k.a. "NAPO"; a.k.a. "NAZ"), 15 Polzunov St., Novosibirsk 630051, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5402112867 (Russia) [RUSSIA-EO14024].

AO NOVYI REGISTRATOR (a.k.a. JSC NOVIY REGISTRATOR), Ul. Buzheninova D. 30, Str. 1, Et/Pom/Kom 2/VI/32, Moscow 107996, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7719263354 (Russia); Registration Number 1037719000384 (Russia) [RUSSIA-EO14024].

AO NP PODOLSKKABEL (a.k.a. PODOLSKKABEL), Ul. Bronnitskaya D. 11, Podolsk 142103, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jun 1941; Tax ID No. 5036002480 (Russia); Registration Number 1025004706825 (Russia) [RUSSIA-EO14024].

AO NPF DIPOL (a.k.a. DIPAUL COMPANY; a.k.a. DIPAUL TECHNOLOGIES JSC; a.k.a. SCIENTIFIC INDUSTRIAL COMPANY DIPAUL PRIVATE JOINT STOCK COMPANY), 5B, Rentgena Street, St. Petersburg 197101, Russia; 20/1, Ogorodny Proezd, Moscow 127372, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804137537 (Russia); Registration Number 1027802497656 (Russia) [RUSSIA-EO14024].

AO NPF MERIDIAN (a.k.a. MERIDIAN RESEARCH AND PRODUCTION FIRM JSC; a.k.a. RPF MERIDIAN JSC), Ul. Blokhina D. 19, Saint Petersburg 197198, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813113934 (Russia); Registration Number 1027806864535 (Russia) [RUSSIA-EO14024].

AO NPF OTKRYTIE (a.k.a. AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNYI PENSIONNYI FOND OTKRYTIE; a.k.a. NPF OTKRITIE GROUP (Cyrillic: ГРУППА НПФ ОТКРЫТИЕ)), ul. Timura Frunze, d. 11, str. 13, Moscow 119021, Russia; ul. Gilyarovskogo, d. 39, str. 3, Moscow 129110, Russia; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Organization Established Date 09 Jun 2014; Tax ID No. 7704300571 (Russia); Registration Number 1147799009104 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

AO NPF PERVYI PROMYSHLENNYI ALYANS (a.k.a. AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND PERVY PROMYSHLENNY ALYANS; a.k.a. JOINT-STOCK COMPANY NON-GOVERNMENTAL PENSION FUND FIRST INDUSTRIAL ALLIANCE; a.k.a. NON-STATE PENSION FUND FIRST INDUSTRIAL ALLIANCE; a.k.a. NPF PERVY PROMYSHLENNY ALYANS AO), 2E, ul. Vishnevskogo Kazan, Tatarstan Resp. 420097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Mar 1999; Tax ID No. 1655319199 (Russia); Government Gazette Number 50607380 (Russia); Registration Number 1151600000210 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

AO NPK ALFA M (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZODSTVENNYI KOMPLEKS ALFA M; a.k.a. ALPHA M JOINT STOCK COMPANY RESEARCH AND PRODUCTION COMPLEX), Ul. Chkalova D. 36A, Office 31, Zhukovskiy 140180, Russia; Svyazi st., 25, Ryazan 390047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5040125679 (Russia); Registration Number 1135040005594 (Russia) [RUSSIA-EO14024].

AO NPK BARL (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNY KONTSERN BARL; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CONCERN BARL), Murmanskii PR D 14, Moscow 129075, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jul 2004; Tax ID No. 7717513841 (Russia); Government Gazette Number 74062057 (Russia); Registration Number 1047796519220 (Russia) [RUSSIA-EO14024].

AO NPO ANGSTREM, d. 2, str. 3, kom. 129, pl. Shokina, Moscow 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735575858 (Russia); Registration Number 1117746142502 (Russia) [RUSSIA-EO14024].

AO NPO BAZALT (a.k.a. FEDERAL STATE UNITARY ENTERPRISE STATE RESEARCH AND PRODUCTION ENTERPRISE BAZALT; a.k.a. FSUE SRPE BAZALT; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION BAZALT), 32 Velyaminovskaya, Moscow 105318, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719830028 (Russia); Registration Number 1127747209501 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

AO NPO ELEKTROMASHINA (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ELEKTROMASHINA; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION ELECTROMASHINA), 2 Mashinostroiteley st, Chelyabinsk 454119, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449044990 (Russia); Registration Number 1047422507736 (Russia) [RUSSIA-EO14024].

AO NPO GIPO (a.k.a. SCIENTIFIC AND PRODUCTION ASSOCIATION STATE INSTITUTE OF APPLIED OPTICS), Ul. Lipatova D. 2, Kazan 420075, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1660147185 (Russia); Registration Number 1101690067104 (Russia) [RUSSIA-EO14024].

AO NPO IMPULS (a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION IMPULS), Ul. Kirishakaya D. 2, Saint Petersburg 195299, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804478424 (Russia); Registration Number 1127847076202 (Russia) [RUSSIA-EO14024].

AO NPO KURGANPRIBOR (Cyrillic: АО НПО КУРГАНПРИБОР) (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNOPROIZVODSTVENNOE OBEDINENIE KURGANPRIBOR (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНОПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ КУРГАНПРИБОР); a.k.a. KURGANPRIBOR JSC), Ul. Yastrzhembskogo D. 41A, Kurgan 640007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4501129676 (Russia); Registration Number 1074501002839 (Russia) [RUSSIA-EO14024].

AO NPO KVANT (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION KVANT; a.k.a. JSC R AND PA KVANT; a.k.a. JSC R&PA KVANT; a.k.a. JSC RESEARCH AND PRODUCTION ASSOCIATION KVANT; a.k.a. JSC RPA KVANT), Bolshaya Sankt-Peterburgskaya St., 73, Veliky Novgorod 173001, Russia; Website www.npp-kvant.kret.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Dec 2011; Target Type State-Owned Enterprise; Tax ID No. 5321151441 (Russia) [RUSSIA-EO14024].

AO NPO LEPTON (a.k.a. AKTSIONERNOE OBSHCHESTVO NPO LEPTON; a.k.a. RESEARCH AND PRODUCTION ASSOCIATION LEPTON; a.k.a. RPA LEPTON), Al. Solnechnaya D. 6, Pomeshch. 6 Komnata 5, Zelenograd 124527, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735003138 (Russia); Registration Number 1037739124477 (Russia) [RUSSIA-EO14024].

AO NPO MAGNETON (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE OBYDINENIE MAGNETON; a.k.a. JSC RESEARCH AND PRODUCTION COMPANY MAGNETON), Ul. Kuibysheva D. 26, Vladimir 600035, Russia; Ul. Shchipok D. 18, Kom. 10, 10A, 10B, Floor 5, Moscow 115093, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3328100019 (Russia); Registration Number 1023301456364 (Russia) [RUSSIA-EO14024].

AO NPO OKB IM MP SIMONOVA (a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESICH BUREU COKOL; a.k.a. JSC SCIENTIFIC PRODUCTION ASSOCIATION EXPERIMENTAL DESIGN BUREAU NAMED AFTER M SIMONOV; a.k.a. OKB SIMONOV; a.k.a. OKB SOKOL; a.k.a. SIMONOV DESIGN BUREAU; a.k.a. SOKOL DESIGN BUREAU), 2A ul Akademika Pavlova St, Kazan 420036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1661007166 (Russia); Registration Number 1021603886622 (Russia) [RUSSIA-EO14024].

AO NPO ORION (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ORION; a.k.a. ENTERPRISE RESEARCH DEVELOPMENT AND PRODUCTION CENTER ORION; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION

ORION; a.k.a. JSC SPA ORION; a.k.a. ORION RESEARCH AND PRODUCTION ASSOCIATION), 9 Kosinskaya st., Moscow 111538, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7720770380 (Russia); Registration Number 1127747292738 (Russia) [RUSSIA-EO14024].

AO NPO PRIBOR IMENI S S GOLEMBIOVSKOGO (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE PRIBOR IMENI S S GOLEMBIOVSKOGO; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION PRIBOR NAMED AFTER S S GOLEMBIOVSKY), 1 Kirovgradskaya St., Moscow 117587, Russia; 2 ul. Novorossiiskaia, Chelyabinsk, Russia; 3 ul. Sovnarkhoznaia, Noginsk 142400, Russia; 1/21 ul. 1-ia Krasnoarmeiskaia, Saint Petersburg, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726700943 (Russia); Registration Number 1127746541427 (Russia) [RUSSIA-EO14024].

AO NPO RADIOZAVOD IM AS POPOVA (a.k.a. RESEARCH AND PRODUCTION ASSOCIATION NAMED AFTER AS POPOV), Ul. 10 Let Oktyabrya D. 195, Omsk 644009, Russia; Ul. Khutorskaya 2-YA D. 29, Str. 4, Moscow 127287, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5508000095 (Russia); Registration Number 1025500972342 (Russia) [RUSSIA-EO14024].

AO NPO RUSBITEKH (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION RUSBITECH; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION RUSSIAN BASIC INFORMATION TECHNOLOGIES; a.k.a. RPA RUSBITECH JSC), Sh. Varshavskoe D. 26, Str. 11, Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726604816 (Russia); Registration Number 5087746137023 (Russia) [RUSSIA-EO14024].

AO NPO SPETSMATERIALOV (a.k.a. SPECIAL MATERIALS CORPORATION), B. Sampsonievskii Pr-Kt D. 28A, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806125671 (Russia); Registration Number 1037816016545 (Russia) [RUSSIA-EO14024].

AO NPO TRANSKOM (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE TRANSKOM; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION TRANSCOM), Proezd Entuziastov D. 19, Na Ter-Rii 403, Remontnogo Zavoda, Moscow 111024, Russia; 4 str.1, per. Malyi Ivanovskii, Moscow 109028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7709163294 (Russia); Registration Number 1027739687975 (Russia) [RUSSIA-EO14024].

AO NPO ZAVOD VOLNA (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE ZAVOD VOLNA; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION VOLNA; a.k.a. NPO ZAVOD VOLNA JSC), Ul. Marshala Gorova D. 29, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Sep 1993; Tax ID No. 7805047646 (Russia); Registration Number 1027802714158 (Russia) [RUSSIA-EO14024].

AO NPP ALMAZ (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE ALMAZ; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE ALMAZ; a.k.a. JSC RPE ALMAZ; a.k.a. SCIENTIFIC MANUFACTURING ENTERPRISE ALMAZ), Panfilova st., 1, Saratov 410033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Dec 2011; Tax ID No. 6453119615 (Russia); Registration Number 1116453009155 (Russia) [RUSSIA-EO14024].

AO NPP GEOFIZIKA KOSMOS (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE GEOFIZIKA KOSMOS; a.k.a. JOINT STOCK COMPANY GEOFIZICA COSMOS), D. 11 Ul. Irkutskaya korp. 1, Moscow 107497, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7718649612 (Russia); Registration Number 5077746924074 (Russia) [RUSSIA-EO14024].

AO NPP ISTOK IM. SHOKINA (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE ISTOK IMENI A. I.SHOKINA; a.k.a. ISTOK RESEARCH AND PRODUCTION CORPORATION NAMED AFTER SHOKIN JSC; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. JSC RPC ISTOK NAMED AFTER SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER A.I. SHOKIN; a.k.a. RESEARCH AND PRODUCTION CORPORATION ISTOK), 2A Vokzalnaya Str., Fryazino, Moscow Region 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Dec 2013; Tax ID No. 5050108496 (Russia); Registration Number 1135050007400 (Russia) [RUSSIA-EO14024].

AO NPP KONTAKT (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE KONTAKT; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE KONTAKT; a.k.a. JSC SPE KONTAKT; a.k.a. "NPP CONTACT"), 1, Ul. Spitsyna, Saratov, Saratovskaya Oblast 410086, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Dec 1991; Tax ID No. 6453097665 (Russia); Government Gazette Number 07619636 (Russia); Registration Number 1086453000567 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AO NPP KVANT (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE KVANT; a.k.a. JOINT STOCK COMPANY RESEARCH PRODUCTION ENTERPRISE KVANT; a.k.a. NPP QUANTUM), D. 16 3-ya Mytishchinskaya UI., Moscow 129626, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7717585042 (Russia); Registration Number 5077746415533 (Russia) [RUSSIA-EO14024].

AO NPP RADIOSVIAZ (a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE RADIOSVYAZ; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVIAZ; a.k.a. JSC NPP RADIOSVYAZ; a.k.a. JSC SPE RADIOSVYAZ; a.k.a. RESEARCH AND

PRODUCTION ENTERPRISE RADIOSVYAZ; a.k.a. SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVYAZ JOINT STOCK COMPANY), 19 Dekabristov Str., Krasnoyarsk, Krasnoyarsk Territory 660021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Dec 2012; Tax ID No. 2460243408 (Russia); Registration Number 1122468072231 (Russia) [RUSSIA-EO14024].

AO NPP RADIY (a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RADIY), Ul. Chasovaya D. 28, Moscow 125315, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7712001254 (Russia); Registration Number 1027700133141 (Russia) [RUSSIA-EO14024].

AO NPP RUSBAL (Cyrillic: АО НРР РУСБАЛ) (a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RUSBAL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО ПРОИЗВОДСТВЕННОЕ ПРЕДПРИЯТИЕ РУСБАЛ); a.k.a. JSC SPE RUSBAL), d. 48, k. 1, ul. Svobody, Moscow 125364, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733182410 (Russia); Registration Number 1047733040080 (Russia) [RUSSIA-EO14024].

AO NPP SAIT (a.k.a. "SAIT"), G Zelenograd, Proezd 4806 D 5, Str 20, Office M 05, Moscow 124498, Russia; Al. Solnechnaya D. 6, Pom/Komn XIII/14, Zelenograd 124527, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735071466 (Russia); Registration Number 1037700225056 (Russia) [RUSSIA-EO14024].

AO NPP SALYUT (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE SALIUT; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE SALYUT; a.k.a. NPP SALYUT JSC), Ul. Plekhanova, 6, Moscow 111123, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7720673002 (Russia); Registration Number 1097746763102 (Russia) [RUSSIA-EO14024].

AO NPP SAPFIR (a.k.a. AKTSIONERNOYE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOYE PREDPRIYATIYE SAPFIR; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE SAPFIR; a.k.a. RESEARCH AND PRODUCTION ENTERPRISE SAPFIR JOINT STOCK COMPANY; a.k.a. RPE SAPFIR JSC; a.k.a. RPE SAPFIR PJSC), 53 Shcherbakovskaya Str., Moscow 105318, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Sep 1993; Tax ID No. 7719007689 (Russia); Registration Number 1027700070661 (Russia) [RUSSIA-EO14024].

AO NPP SVYAZ (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE SVYAZ), Ul. Shkolnaya D. 19, Balakirevo 301214, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1964; Tax ID No. 7118011916 (Russia); Registration Number 1027101505133 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AO NPP TOPAZ (a.k.a. CLOSED JOINT-STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE TOPAZ; a.k.a. JOINT-STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE TOPAZ), 16k34 3 Mytishchinskaya Str., Moscow 129626, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jul 1997; Tax ID No. 5008011331 (Russia); Registration Number 1035001851125 (Russia) [RUSSIA-EO14024].

AO NPP TSIKLON TEST (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE CIKLON TEST; a.k.a. NPP CYCLONE TEST), Proezd Zavodskoi D. 4, Fryazino 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Dec 1991; Tax ID No. 5052022886 (Russia); Registration Number 1115050007676 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AO NPP ZAVOD ISKRA (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE ZAVOD ISKRA; a.k.a. AO NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE ZAVOD ISKRA; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE PLANT ISKRA; a.k.a. JSC RESEARCH AND PRODUCTION ENTERPRISE PLANT ISKRA; a.k.a. NPP PLANT ISKRA), 75 Narimanov Avenue, Ulyanovsk 432030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Jun 2008; Target Type State-Owned Enterprise; Tax ID No. 7325081527 (Russia); Registration Number 1087325005756 (Russia) [RUSSIA-EO14024].

AO NPP ZVEZDA, ul. Gogolya d. 39, Lyubertsy 140070, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5027030107 (Russia); Registration Number 1025003219515 (Russia) [RUSSIA-EO14024].

AO NPTS NIIMP (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNYI TSENTR NII MIKROPRIBOROV; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CENTER NII MICRODEVICES; a.k.a. JSC NPTS NIIMP), PR-KT Georgievskii D. 5, Str. 1, Kom. 63, Zelenograd 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735126901 (Russia); Registration Number 1037735024161 (Russia) [RUSSIA-EO14024].

AO NPTS SPETSELEKTRONSISTEMY (a.k.a. AKTSIONERNOE OBSHCHESTVO NPTS SPETSELEKTRONSISTEMY), Volgogradskii Prospekt D. 42, K. 5, Moscow 109316, Russia; Ul. Begovaya D. 13, Podv. Pom. VI Komn 1, Moscow 125284, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714712091 (Russia); Registration Number 1077760360292 (Russia) [RUSSIA-EO14024].

AO NPTS VIGSTAR (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CENTER VIGSTAR), Proezd Dorozhnyi 1-I D. 8, Moscow 117545, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7726687555 (Russia); Registration Number 1117746976379 (Russia) [RUSSIA-EO14024].

AO NPTSAP (a.k.a. JSC ACADEMICIAN PILYUGIN CENTER; a.k.a. RESEARCH AND PRODUCTION CENTER FOR AUTOMATION AND INSTRUMENTATION NAMED AFTER ACADEMIC NA PILYUGIN), Ul. Vvedenskogo D. 1, Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9728050571 (Russia); Registration Number 1217700553344 (Russia) [RUSSIA-EO14024].

AO NRK ROST (a.k.a. AKTSIONERNOE OBSHCHESTVO NEZAVISIMAYA REGISTRATORSKAYA KOMPANIYA R.O.S.T.), Ul. Stromynka D. 18, Korp. 13,

Moscow 107996, Russia; Ul. Stromynka D. 18, K. 5B, Pomeshch. IX, Moscow 107076, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7726030449 (Russia); Registration Number 1027739216757 (Russia) [RUSSIA-EO14024].

AO NSD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НЕЗАВИСИМЫЙ СПЕЦИАЛИЗИРОВАННЫЙ ДЕПОЗИТАРИЙ) (a.k.a. AKTSIONERNOE OBSHCHESTVO INDEPENDENT SPECIALIZED DEPOSITORY; a.k.a. "JOINT STOCK COMPANY INVESTMENT COMPANY PEKO INVEST"), Ul. Kuznetskii Most D. 21/5, Office Et. 5 Pom. I Kom. 1-18, Moscow 107996, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7715159793 (Russia); Registration Number 102773947019 (Russia) [RUSSIA-EO14024].

AO NSFK (a.k.a. AKTSIONERNOE OBSHCHESTVO NATSIONALNAYA SPETSIALIZIROVANNAYA FINANSOVAYA KOMPANIYA), PR-KT Krasnyi ZD. 157/1, Office 608.4, Novosibirsk 630049, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 5402077860 (Russia); Registration Number 1235400017423 (Russia) [RUSSIA-EO14024].

AO NTSLSK ASTROFIZIKA (a.k.a. AKTSIONERNOE OBSHCHESTVO NATSIONALNIY TSENTR LAZERNYKH SISTEM I KOMPLEKSOV ASTROFIZIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАЦИОНАЛЬНЫЙ ЦЕНТР ЛАЗЕРНЫХ СИСТЕМ И КОМПЛЕКСОВ АСТРОФИЗИКА); a.k.a. GP NPO ASTROFIZIKA; a.k.a. JOINT STOCK COMPANY ASTROPHYSIKA NATIONAL CENTRE OF LASER SYSTEMS AND COMPLEXES), Ul. Aleksandra Solzhenitsyna D. 27, Pomeshch. I, Moscow 109004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733826256 (Russia); Registration Number 1127747254744 (Russia) [RUSSIA-EO14024].

AO NTTS REB (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-TEKHNICHESKI TSENTR RADIOELEKTRONNOI BORBY; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND TECHNICAL CENTER OF RADIOELECTRONIC WARFARE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР РАДИОЭЛЕКТРОННОЙ БОРЬБЫ); a.k.a. JSC

NTTS REB (Cyrillic: АО НТЦ РЭБ); a.k.a. SCIENTIFIC-TECHNICAL CENTER FOR ELECTRONIC WARFARE (Cyrillic: НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР РАДИОЭЛЕКТРОННОЙ БОРЬБЫ)), d. 29 korp. 135, ul. vereiskaya, Moscow 121357, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Aug 2005; Tax ID No. 7731529843 (Russia); Government Gazette Number 78506999 (Russia); Registration Number 1057748002850 (Russia) [RUSSIA-EO14024].

AO NTTS VITYAZ (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO TEKHNICHESKII TSENTR VITIAZ; a.k.a. JOINT STOCK COMPANY RESEARCH CENTRE VITYAZ), B-R Shchorsa D. 8, Korp. A, Bryansk 241022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 3233502337 (Russia); Registration Number 1093254005503 (Russia) [RUSSIA-EO14024].

AO NZ 70 LETIYA POBEDY (a.k.a. AO NIZHEGORODSKIY ZAVOD 70 LETIYA POBEDY; a.k.a. JOINT STOCK COMPANY NIZHNY NOVGOROD PLANT OF THE 70TH ANNIVERSARY OF VICTORY; a.k.a. ZAVOD 70 LETIYA POBEDY; a.k.a. "NZSLP"), 21 Sormovskoe Highway, Nizhny Novgorod 603052, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5259113339 (Russia); Registration Number 1145259004296 (Russia) [RUSSIA-EO14024].

AO NZKHS (a.k.a. JOINT STOCK COMPANY NOVOTROITSKII ZAVOD HROMOVYH SOEDINENII (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НОВОТРОЙЦКИЙ ЗАВОД ХРОМОВЫХ СОЕДИНЕНИЙ)), d. 49, ul. Promyshlennaya, Novotroitsk 462353, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5607002135 (Russia); Registration Number 1025600820431 (Russia) [RUSSIA-EO14024].

AO OBORONAVTO (a.k.a. JOINT STOCK COMPANY OBORONAUTO), Nab. Krasnopresnenskaya D. 12, Pomeshch. 1/18, Moscow 123610, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743376366 (Russia); Registration Number 1227700119679 (Russia) [RUSSIA-EO14024].

AO ODK-KLIMOV (Cyrillic: АО ОДК-КЛИМОВ) (a.k.a. JOINT STOCK COMPANY ODK-KLIMOV; a.k.a. JOINT-STOCK COMPANY

ODK-KLIMOV; a.k.a. ODK-KLIMOV), 11 Kantemirovskaya Str., Saint Petersburg 194100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802375335 (Russia) [RUSSIA-EO14024].

AO ODK-STAR (a.k.a. JOINT STOCK COMPANY STAR; a.k.a. JSC UEC STAR), Ul. Kuibysheva D. 140A, Perm 614990, Russia; Website www.ao-star.ru; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1943; Tax ID No. 5904100329 (Russia); Business Registration Number 1025900895712 (Russia) [NPWMD] [IFSR] [RUSSIA-EO14024] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

AO OEZ PPT ALABUGA (Cyrillic: АО ОЭЗ ППТ АЛАБУГА) (a.k.a. AKTSIONERNOE OBSHCHESTVO OSOBAYA EKONOMICHESKAYA ZONA PROMYSHLENNO-PROIZVODSTVENNOGO TIPA ALABUGA; a.k.a. JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОСОБАЯ ЭКОНОМИЧЕСКАЯ ЗОНА ПРОМЫШЛЕННО-ПРОИЗВОДСТВЕННОГО ТИПА АЛАБУГА)), ul. Sh-2 (Oez Alabuga Ter.) 4/1, Yelabuga, Tatarstan 423600, Russia (Cyrillic: ТЕРРИТОРИЯ ОЭЗ АЛАБУГА, УЛИЦА Ш-2, КОРПУС 4/1, Елабужский Район, Республика Татарстан 423600, Russia); Promploshchadka Alabuga, ul. Sh-2, Korp. 4/1, Yelabuga, Volga federal region, Republic of Tatarstan 423600, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 24 Jul 2006; Tax ID No. 1646019914 (Russia); Government Gazette Number 95427882 (Russia); Registration Number 1061674037259 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AO OKB AEROKOSMICHESKIE SISTEMY (a.k.a. JOINT STOCK COMPANY AEROSPACE SYSTEMS DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY DESIGN BUREAU AEROSPACE SYSTEMS; a.k.a. JSC EDB AEROSPACE SYSTEMS; a.k.a. JSC EXPERIMENTAL DESIGN BUREAU AEROSPACE SYSTEMS), Ul. Programmistov

D. 4, Dubna 141983, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010041950 (Russia); Registration Number 1105010002240 (Russia) [RUSSIA-EO14024].

AO OKB ASTRON (a.k.a. AKTSIONERNOE OBSHCHESTVO OPTIKO MEKHANICHESKOE KONSTRUKTORSKOE BIURO ASTRON; a.k.a. ASTRON OPTO MECHANICAL DESIGN BUREAU), D. 1, Office 9 Ul. Parkovaya, Lytkarino 140080, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5027224977 (Russia); Registration Number 1155027001690 (Russia) [RUSSIA-EO14024].

AO OKB FAKEL (a.k.a. AKTSIONERNOE OBSHCHESTVO OPYTNOE KONSTRUKTORSKOE BYURO FAKEL; a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESIGN BUREAU FAKEL; a.k.a. JSC EDB FAKEL), Moskovskii PR D. 181, Kaliningrad 236001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 3906390669 (Russia); Government Gazette Number 44161069 (Russia); Registration Number 1203900004670 (Russia) [RUSSIA-EO14024].

AO OKB NOVATOR (a.k.a. AKTCIONERNOE OBSHESTVO OPITNOE KONSTRUKTORSKOE BYURO NOVATOR; a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESIGN BUREAU NOVATOR; a.k.a. NPO NOVATOR), 18 Kosmonautov Ave., Yekaterinburg 620017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6673092045 (Russia); Registration Number 1026605611339 (Russia) [RUSSIA-EO14024].

AO OKB VALDAI (a.k.a. AKTSIONERNOE OBSHCHESTVO OPTIKO MEKHANICHESKOE KONSTRUKTORSKOE BYURO VALDAI; a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESIGN AND TECHNOLOGICAL BUREAU VALDAY; a.k.a. OKB VALDAY), Pobedy St. 107, Bldg. 2, Valday 175400, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5302014601 (Russia); Registration Number 1175321001184 (Russia) [RUSSIA-EO14024].

AO OKTB VEKTOR (a.k.a. AKTSIONERNOE OBSHCHESTVO OTDELNOE KONSTRUKTORSKO TEKHNOLOGICHESKOE BIURO VEKTOR; a.k.a. JOINT STOCK COMPANY SEPARATELY CONSTRUCTOR TECHNOLOGIC OFFICE VEKTOR; a.k.a. OKTB VECTOR), D.4 Ul. Koroleva, Bataysk 346881, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6141032302 (Russia); Registration Number 1096181000585 (Russia) [RUSSIA-EO14024].

AO OTKRYTIE BROKER (a.k.a. AKTSIONERNOE OBSHCHESTVO OTKRYTIE BROKER; a.k.a. OTKRITIE BROKER GROUP (Cyrillic: ГРУППА ОТКРЫТИЕ БРОКЕР)), ul. Letnikovskaya, d. 2, str. 4, Moscow 115114, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Dec 1995; Tax ID No. 7710170659 (Russia); Registration Number 1027739704772 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

AO OUK IUZHKUZBASSUGOL (a.k.a. AKTSIONERNOE OBSHCHESTVO OBYEDINENNAYA UGOLNAYA KOMPANIYA YUZHKUZBASSUGOL; a.k.a. OUK YUZHKUZBASSUGOL AO; a.k.a. "AO OUK YKU"), PR-KT Kurako D. 33, Novokuznetsk 654006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4216008176 (Russia); Registration Number 1024201758030 (Russia) [RUSSIA-EO14024].

AO PEMZ MOLOT (a.k.a. AKTSIONERNOE OBSHCHESTVO PETROVSKII ELEKTROMEKHANICHESKII ZAVOD MOLOT; a.k.a. PETROVSKY ELECTROMECHANICAL ZAVOD MOLOT), Ul. Gogolya D. 40, Petrovsk 412540, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Dec 1991; Tax ID No. 6444009038 (Russia); Registration Number 5067847016782 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

AO PERMSKIY ZAVOD MASHINOSTROITEL (a.k.a. JOINT STOCK COMPANY PERMSKIY ZAVOD MASHINOSTROITEL; a.k.a. JSC PERM PLANT MASHINOSTROITEL; a.k.a. JSC PERMSKY ZAVOD MASHINOSTROITEL; a.k.a. MASHINOSTROITEL PERM FACTORY JSC), 57 Novozvyaginskaya Street, Perm 614014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Jun 2007; Tax ID No. 5906075029 (Russia); Registration Number 1075906004217 (Russia) [RUSSIA-EO14024].

AO PERVYI KANAL (Cyrillic: АО ПЕРВЫЙ КАНАЛ) (a.k.a. JOINT STOCK COMPANY CHANNEL ONE; a.k.a. JOINT STOCK COMPANY CHANNEL ONE RUSSIA; a.k.a. JSC CHANNEL ONE), Akademika Koroleva D.12, Moscow 127427, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7717039300 (Russia); Registration Number 1027700222330 (Russia) [RUSSIA-EO14024].

AO PFK TSSKA (a.k.a. JOINT STOCK COMPANY PROFESSIONAL FOOTBALL CLUB CSKA; a.k.a. JSC PFC CSKA), Ul. 3-ya Peschanaya, d, 2a, severo-zapadnoe administrativnoe zdanie, 10-I et, Moscow 125252, Russia; Website www.pfc-cska.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7734046851 (Russia); Registration Number 1027739880893 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

AO PKB RIO (a.k.a. AKTSIONERNOE OBSHCHESTVO PROEKTNO KONSTRUKTORSKOE BYURO RIO), d. 19 k. 9 litera Zh, ul. Uralskaya, Saint Petersburg 199155, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805069865 (Russia); Registration Number 1027800540162 (Russia) [RUSSIA-EO14024].

AO PLOSHCHAD (a.k.a. AREA JOINT STOCK COMPANY), Ul. Chahginskaya, D. 4, Str. 13, Pomeshch 9/3, Moscow 109380, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Jul 2023; Tax ID No. 9723203841 (Russia); Registration Number 1237700463032 (Russia) [RUSSIA-EO14024].

AO PO KRISTALL (Cyrillic: АО ПО КРИСТАЛЛ) (a.k.a. JOINT STOCK COMPANY PROIZVODSTVENNOE OBYEDINENIE KRISTALL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ КРИСТАЛЛ); a.k.a. JSC PRODUCTION CORPORATION KRISTALL), d. 2, ul. Shkadova, Smolensk 214031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6731044928 (Russia); Registration Number 1036758337021 (Russia) [RUSSIA-EO14024].

AO PPIT (a.k.a. JOINT STOCK COMPANY PERSPECTIVE INDUSTRIAL AND INFRASTRUCTURAL TECHNOLOGIES; a.k.a. JOINT STOCK COMPANY PROMISING INDUSTRIAL AND INFRASTRUCTURE TECHNOLOGIES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПЕРСПЕКТИВНЫЕ ПРОМЫШЛЕННЫЕ И ИНФРАСТРУКТУРНЫЕ ТЕХНОЛОГИИ); a.k.a. JSC PERSPECTIVE INDUSTRIAL AND INFRASTRUCTURAL TECHNOLOGIES; a.k.a. JSC PPIT (Cyrillic: АО ППИТ)), Nab. Presnenskaya D. 8, Str. 1, ET. 7, Pom. I, Kom. 3 Rab. Mesto 7.10, Moscow 123112, Russia (Cyrillic: Пресненская наб, д. 8 стр. 1, эт. 7, пом. i, ком. 3 раб. место 7.10, город Москва 123112, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Aug 2021; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 9709073580 (Russia); Government Gazette Number 51643627 (Russia); Registration Number 1217700369193 (Russia) [RUSSIA-EO14024].

AO PROMTEKH (a.k.a. AKTSIONERNOE OBSHCHESTVO PROMYSHLENNYE TEKHNOLOGII; a.k.a. CLOSED JOINT STOCK COMPANY INDUSTRIAL TECHNOLOGIES), Pr-Kt Nauki D. 14, K. 5, Pomeshch. 7, Dubna 141984, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5024101198 (Russia); Registration Number 1085024625510 (Russia) [RUSSIA-EO14024].

AO PROMTEKH DUBNA (a.k.a. JOINT STOCK COMPANY PROMTECH DUBNA), Ul. Programmistov D. 4, Dubna 141983, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010041037 (Russia); Registration Number 1105010000974 (Russia) [RUSSIA-EO14024].

AO PROMTEKHKOMPLEKT (a.k.a. CLOSED JOINT STOCK COMPANY PROMTEHKOMPLEKT; a.k.a. PROMTECHCOMPLEKT JSC), 69 Km Mkad, Business Park Grinvud Str. 9, Putilkovo 143441, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032030550 (Russia); Registration Number 1035006458772 (Russia) [RUSSIA-EO14024].

AO PROTON (a.k.a. AKTSIONERNOE OBSHCHESTVO PROTON; a.k.a. JSC PROTON), ul. Leskova 19, Orel 302040, Russia; Moscow, Russia; Saratov, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5753018359 (Russia); Registration Number 1025700827283 (Russia) [RUSSIA-EO14024].

AO PROTON IMPULS, ul. Leskova Orel, d. 19 etazh 4 pom. 9, Oryol 302040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5753018373 (Russia); Registration Number 1025700826458 (Russia) [RUSSIA-EO14024].

AO PROTON PM, PR-kt Komsomolskii D.93, Perm 614010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5904006044 (Russia); Registration Number 1025900893622 (Russia) [RUSSIA-EO14024].

AO PROTON-ELEKTROTEKS (a.k.a. AKTSIONERNOE OBSHCHESTVO PROTON-ELEKTROTEKS; a.k.a. JSC PROTON-ELECTROTEX), ul. Leskova d. 19, pom. 27, of. 14, Orel 302040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5753020414 (Russia); Registration Number 1025700825248 (Russia) [RUSSIA-EO14024].

AO PRTS (a.k.a. AKTSIONERNOE OBSHCHESTVO PROFESSIONALNYI REGISTRATSIONNYI TSENTR), Balaklavskii Pr. D. 28, Str. V, Moscow 117452, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 3821010220 (Russia); Registration Number 1023802254574 (Russia) [RUSSIA-EO14024].

AO RADAR 2633 (a.k.a. AKTSIONERNOE OBSHCHESTVO PROIZVODSTVENNOE PREDPRIIATIE RADAR 2633; a.k.a. JOINT STOCK COMPANY PRODUCTION ENTERPRISE RADAR 2633), 30 Smirnovskaya Street, Lyubertsy 140000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5027149374 (Russia); Registration Number 1095027005820 (Russia) [RUSSIA-EO14024].

AO RAMEK VS (a.k.a. JOINT STOCK COMPANY RAMEC VS), 5th Verhniy lane, 1/A/2, Saint Petersburg 194292, Russia; Ul. Obruchevykh D. 1, Saint Petersburg 195220, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804060845 (Russia); Registration Number 1027802486502 (Russia) [RUSSIA-EO14024].

AO RAU FARM (Cyrillic: АО РАУ ФАРМ) (a.k.a. AKTSIONERNOE OBSHCHESTVO RAU FARM (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАУ ФАРМ); a.k.a. JOINT STOCK COMPANY RAU PHARM; a.k.a. JSC RAW FARM), ul. Mnevniki, D. 3, K. 1, ET/KOM 1/12, Moscow 123308, Russia (Cyrillic: УЛИЦА МНЁВНИКИ, ДОМ 3, КОРПУС 1, ЭТ/КОМ 1/12, МОСКВА 123308, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Oct 1999; alt. Organization Established Date 27 Aug 2002; Tax ID No. 7701220889 (Iran); Government Gazette Number 51115868 (Iran); Business Registration Number 1027739119650 (Russia) [NPWMD] [RUSSIA-EO14024] (Linked To: 27TH SCIENTIFIC CENTER).

AO RAVENSTVO (a.k.a. JSC RAWENSTVO; a.k.a. SC RAWENSTVO), Ul. Promyshlennaya D. 19, Saint Petersburg 198099, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Mar 1988; Tax ID No. 7805395957 (Russia); Registration Number 1069847101169 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

AO RAVENSTVO-SERVICE (a.k.a. AKTSIONERNOE OBSHCHESTVO RAVENSTVO-SERVICE; a.k.a. SC RAWENSTVO-SERVICE), Ul. Promyshlennaya D. 19, Saint Petersburg 198099, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Mar 1993; Tax ID No. 7805417618 (Russia); Registration Number 1079847012453 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

AO REDUKTOR-PM (a.k.a. JOINT STOCK COMPANY REDUCTOR - PM; a.k.a. JSC REDUCTOR - PM), Pr-Kt Komsomolskii D. 93, Perm 614990, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Aug 1995; Tax ID No. 5948017501 (Russia); Registration Number 1025902394385 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

AO REESTR (a.k.a. ZAO REESTR), Per. Bolshoi Balkanskii D. 20, Str. 1, Moscow 129090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7704028206 (Russia); Registration Number 1027700047275 (Russia) [RUSSIA-EO14024].

AO REGISTRATOR INTRAKO (a.k.a. JOINT STOCK COMPANY REGISTRATOR INTRACO), Ul. Lenina 64, Perm 614990,

Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 5903027161 (Russia); Registration Number 1025900763063 (Russia) [RUSSIA-EO14024].

AO REGISTRATOR KAPITAL (a.k.a. AKTSIONERNOE OBSHCHESTVO REGISTRATOR KAPITAL), Per. Tramvainyi D. 15, KV. 101, Yekaterinburg 620041, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 6659035711 (Russia); Registration Number 1026602947414 (Russia) [RUSSIA-EO14024].

AO REMVOORUZHENIE (a.k.a. AKTSIONERNOE OBSHCHESTVO REMVOORUZHENIE; a.k.a. JOINT STOCK COMPANY REMVOORUZHENIE), Ul. 4-ya tverskaya-yamskaya d. 20, str. 1, Moscow 125047, Russia; 22 Frunzenskaya Embankment, Building 2, Moscow 119160, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7704726257 (Russia); Registration Number 1097746264263 (Russia) [RUSSIA-EO14024].

AO RESURS (a.k.a. JSC RESURS), PR-D Zavodskoi D. 4, Bogoroditsk 301830, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7112000210 (Russia); Registration Number 1027102670760 (Russia) [RUSSIA-EO14024].

AO RFK-BANK (a.k.a. BANK ROSSISKAYA FINANSOVAYA KORPORATSIYA AKTSIONERNOE OBSHCHESTVO; a.k.a. RFC-BANK; a.k.a. RUSSIAN FINANCIAL CORPORATION; a.k.a. RUSSIAN FINANCIAL CORPORATION BANK JSC), St. George's Lane, D. 1, p. 1, Moscow 125009, Russia; d. 1 korp, 1 per. Georgievski, Moscow 125009, Russia; SWIFT/BIC RFCBRUMM; BIK (RU) 044525257; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3] [RUSSIA-EO14024].

AO RK TSENTR INVEST (a.k.a. AKTSIONERNOE OBSHCHESTVO REGISTRATSIONNAYA KOMPANIYA TSENTR INVEST; a.k.a. "CENTER INVEST"), Ul. Timiryazeva D. 7, Irkutsk 664003, Russia; Per. Mazhorov D. 14, Str. 7, Moscow 107023,

Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7726050935 (Russia); Registration Number 1026901729205 (Russia) [RUSSIA-EO14024].

AO RKB GLOBUS (a.k.a. GLOBUS RYAZAN DESIGN BUREAU JSC; a.k.a. JOINT STOCK COMPANY RYAZANSKOE KONSTRUKTORSKOE BJURO GLOBUS; a.k.a. RKB GLOBUS PAO), Ul. Vysokovoltnaya D. 6, Ryazan 390013, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Oct 1955; Tax ID No. 6229060995 (Russia); Registration Number 1086229000560 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AO RKTS PROGRESS (a.k.a. AKTSIONERNOE OBSHCHESTVO RAKETNO KOSMICHESKII TSENTR PROGRESS; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION SPACE CENTRE PROGRESS; a.k.a. TSSKB PROGRESS), 18 Zemetsa ul., Samara 443009, Russia; 13 Marshala Nedelina ul., Tsiolkovskii, Russia; 10 Lesnaia ul., Mirnyi, Russia; 8 Konstruktora Guskova str. 2, Zelenograd, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6312139922 (Russia); Registration Number 1146312005344 (Russia) [RUSSIA-EO14024].

AO RN NYAGANNEFTEGAZ (a.k.a. JSC RN NYAGANNEFTEGAZ), Ul. Sibirskaya D. 10, Korp. 1, Nyagan 628183, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8610010727 (Russia); Registration Number 1028601496725 (Russia) [RUSSIA-EO14024].

AO RNII ELEKTRONSTANDART (a.k.a. JOINT STOCK COMPANY RUSSIAN RESEARCH INSTITUTE ELECTRONSTANDART; a.k.a. RNII ELECTRONSTANDARD), Ul. Tsvetochnaya D. 25, Korp. 3, Saint Petersburg 196006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1943; Tax ID No. 7810196298 (Russia); Registration Number 1027804880135 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AO ROSEKSIMBANK (Cyrillic: АО РОСЭКСИМБАНК) (a.k.a. EXIMBANK OF RUSSIA; a.k.a. EXIMBANK OF RUSSIA JSC; a.k.a. EXIMBANK OF RUSSIA ZAO; a.k.a. GOSUDARSTVENNY SPETSIALIZIROVANNY

ROSSISKI EKSPORTNO-IMPORTNY BANK (ZAKRYTOE AKTSIONERNOE OBSHCHESTVO); a.k.a. ROSEKSIMBANK, ZAO; a.k.a. RUSSIAN EXPORT-IMPORT BANK; a.k.a. STATE SPECIALIZED RUSSIAN EXPORT-IMPORT BANK JOINT-STOCK COMPANY (Cyrillic: ГОСУДАРСТВЕННЫЙ СПЕЦИАЛИЗИРОВАННЫЙ РОССИЙСКИЙ ЭКСПОРТНО-ИМПОРТНЫЙ БАНК АКЦИОНЕРНОЕ ОБЩЕСТВО)), 12 Krasnopresnenskaya Embankments, Moscow 123610, Russia; SWIFT/BIC EXIRRUMM; Website eximbank.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 May 1994; Target Type Financial Institution; Tax ID No. 7704001959 (Russia); Legal Entity Number 253400HA6URWT39X2982; Registration Number 1027739109133 (Russia); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

AO ROSELEKTRONIKA (a.k.a. JSC RUSELECTRONICS (Cyrillic: АО РОСЭЛЕКТРОНИКА); a.k.a. JSC RUSSIAN ELECTRONICS; a.k.a. OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО РОССИЙСКАЯ ЭЛЕКТРОНИКА)), 12 Kosmonavta Volkova, Moscow 127299, Russia; Ul. Vereiskaya D. 29, Str. 141, Moscow 121357, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Registration ID 1027739000475 (Russia); Tax ID No. 7710277994 (Russia); Government Gazette Number 48532918 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx

#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

AO ROSGEO (Cyrillic: АО РОСГЕО) (a.k.a. JSC ROSGEOLOGIA (Cyrillic: АО РОСГЕОЛОГИЯ); a.k.a. ROSGEO; a.k.a. ROSGEOLOGIYA OAO; a.k.a. ROSGEOLOGY), Khersonskaya st., 43/3, Moscow 117246, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724294887 (Russia); Registration Number 1047724014040 (Russia) [RUSSIA-EO14024].

AO ROSSIISKII EKSPORTNYI TSENTR (a.k.a. AKTSIONERNOE OBSHCHESTVO ROSSIISKII EKSPORTNYI TSENTR; f.k.a. AO NATSIONALNY EKSPORTNY TSENTR; a.k.a. AO ROSSISKI EKSPORTNY TSENTR; a.k.a. JSC RUSSIAN EXPORT CENTER), D. 12 etazh 13 pom. 1301, naberezhnaya Krasnopresnenskaya, Moscow 123610, Russia; Website exportcenter.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703376553 (Russia); Registration Number 1157746363994 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

AO ROSSISKI EKSPORTNY TSENTR (a.k.a. AKTSIONERNOE OBSHCHESTVO ROSSIISKII EKSPORTNYI TSENTR; f.k.a. AO NATSIONALNY EKSPORTNY TSENTR; a.k.a. AO ROSSIISKII EKSPORTNYI TSENTR; a.k.a. JSC RUSSIAN EXPORT CENTER), D. 12 etazh 13 pom. 1301, naberezhnaya Krasnopresnenskaya, Moscow 123610, Russia; Website exportcenter.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703376553 (Russia); Registration Number 1157746363994 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

AO RSR YAFTS (a.k.a. JSC REPUBLICAN SPECIALREGISTRAR YAKUT FUND CENTER), Per. Glukhoi D. 2, Korp. 1, Yakutsk 677007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 1435001668 (Russia); Registration Number 1021401046160 (Russia) [RUSSIA-EO14024].

AO RT REGISTRATOR (a.k.a. JSC RT REGISTRAR), Ul. Donskaya D. 13, Et. 1A,

Pom. XII, Kom. 11, Moscow 119049, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 5407175878 (Russia); Registration Number 1025403189790 (Russia) [RUSSIA-EO14024].

AO RT-PROEKTNYE TEKHNOLOGII (a.k.a. JSC RT - PROJECT TECHNOLOGIES; a.k.a. RT-PROEKTNYE TEKHNOLOGII, PAO; a.k.a. RT-PROJECT TECHNOLOGY OPEN JOINT STOCK COMPANY), Berezhkovskaya Nab D. 6, Moscow 121059, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Sep 2011; Target Type State-Owned Enterprise; Tax ID No. 7724804619 (Russia); Registration Number 1117746729682 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

AO RTS-KHOLDING (a.k.a. AKTSIONERNOE OBSHCHESTVO RTS-KHOLDING; a.k.a. RTS-HOLDING JOINT STOCK COMPANY; a.k.a. RTS-HOLDING JSC), Nab. Tarasa Shevchenko D. 23A, Ofisnoe Zd. Bashnya-2000, Moscow 121151, Russia; Website fintender.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7723825581 (Russia); Registration Number 1127746030411 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

AO RUSSIAN HIGH TECHNOLOGIES (Cyrillic: АО РОССИЙСКИЕ НАУКОЕМКИЕ ТЕХНОЛОГИИ) (a.k.a. AKTSIONEROE OBSHCHESTVO RNT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РНТ); a.k.a. CLOSED JOINT STOCK COMPANY RNT; a.k.a. "AO RNT" (Cyrillic: "АО РНТ"); a.k.a. "CJSC RNT"; a.k.a. "RNT COMPANY"; a.k.a. "ZAO RNT"), 6, ul. 2-Ya Ostankinskaya, Moscow 129515, Russia; Website www.rnt.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jun 1993; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7720010693 (Russia); Government Gazette Number 17917145 (Russia); Registration Number 1027700248256 (Russia) [RUSSIA-EO14024].

AO RUSSKAYA MEDNAYA COMPANY (a.k.a. JOINT STOCK COMPANY RUSSIAN COPPER COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РУССКАЯ МЕДНАЯ КОМПАНИЯ); a.k.a. "RCC GROUP"), 57

Gorkogo Street, Ekaterinburg, Sverdlovsk Region 620026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6670061296 (Russia); Registration Number 1046603513450 (Russia) [RUSSIA-EO14024].

AO SAMARANEFTEGAZ (a.k.a. JOINT STOCK COMPANY SAMARANEFTEGAS), Pr. Volzhskii D. 50, Samara 443071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6315229162 (Russia); Registration Number 1026300956990 (Russia) [RUSSIA-EO14024].

AO SERVICE REESTR (a.k.a. JSC SERVICE REESTR), Ul. Sretenka D. 12, Moscow 107045, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 8605006147 (Russia); Registration Number 1028601354055 (Russia) [RUSSIA-EO14024].

AO SEVASTOPOLSKIY MORSKOY BANK (a.k.a. AKTSIONERNOE OBSHCHESTVO SEVASTOPOLSKIY MORSKOY BANK; a.k.a. JOINT STOCK COMPANY SEVASTOPOLSKY MORSKOY BANK; a.k.a. JSC SEVASTOPOLSKY MORSKOY BANK), 18a Brestska Street, Sevastopol, Crimea 99001, Ukraine; 18/A Ulitsa Brestskaya, Sevastopol, Crimea 299001, Ukraine; SWIFT/BIC MORKUAUK; Website www.morskoybank.com; Email Address root@morskoybank.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149204013397 [UKRAINE-EO13685].

AO SEVERNYI PRESS (a.k.a. JOINT STOCK COMPANY SEVERNIY PRESS; a.k.a. JSC SEVERNY PRESS; a.k.a. SEVERNY PRESS AO), Ul. Tallinskaya D. 7, Saint Petersburg 195196, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Feb 1992; Tax ID No. 7806337732 (Russia); Registration Number 1146444000010 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

AO SFERA (a.k.a. SFERA JSC), Ul. Elektrodnaya, D. 10, BTS Impuls, Moscow 111524, Russia; Ul. Bolshaya Serpukhovskaya, D. 44, Office 33, Moscow 115093, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7705033512 (Russia); Registration Number 1027700400771 (Russia) [RUSSIA-EO14024].

AO SHIP REPAIR CENTER 'ZVEZDOCHKA' (a.k.a. JOINT STOCK COMPANY SHIP REPAIR CENTER 'ZVEZDOCHKA'; a.k.a. OAO SHIP REPAIR CENTER 'ZVEZDOCHKA'; a.k.a. SHIP REPAIR CENTER ZVEZDOCHKA; a.k.a. 'ZVEZDOCHKA' SHIPYARD), 12, proyezd Mashinostroiteley, Severodvinsk, Arkhangelskaya Oblast 164509, Russia; 13 Geroyev Sevastopolya Street, Sevastopol, Crimea 99001, Ukraine; Website www.star.ru; alt. Website http://starsmz.ru/; alt. Website http://sevmorzavod.com/; Email Address info@star.ru; alt. Email Address star_sev@mail.ru; alt. Email Address office@smp.com.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1082902002677 (Russia); Tax ID No. 2902060361 (Russia) [UKRAINE-EO13685].

AO SHIPYARD 'ZALIV' (f.k.a. JSC SHIPYARD 'ZALIV'; f.k.a. JSC ZALIV SHIPYARD; a.k.a. LLC SHIPYARD 'ZALIV'; f.k.a. OJSC ZALIV SHIPYARD; a.k.a. OOO SHIPYARD 'ZALIV'; a.k.a. ZALIV SHIPYARD LLC), 4 Tankistov Street, Kerch, Crimea 98310, Ukraine; Website http://www.zalivkerch.com/; alt. Website http://www.zaliv.com/; Email Address zaliv@zalivkerch.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

AO SHVABE (a.k.a. AKTSIONERNOE OBSHCHESTVO SHVABE; a.k.a. JOINT STOCK COMPANY SHVABE; f.k.a. SHVABE PAO), 176, Prospekt Mira, Moscow 129366, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Registration ID 1107746256727 (Russia); Tax ID No. 7717671799 (Russia); Government Gazette Number 07508641 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

AO SIBANTRATSIT (a.k.a. JOINT STOCK COMPANY RAZREZ KOLYVANSKIY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАЗРЕЗ КОЛЫВАНСКИЙ); a.k.a. JSC SIBERIAN ANTHRACITE; a.k.a. SIBANTHRACITE JSC), ul. Sovetskaya d. 2A Pos., Litvyanski 633224, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 5406192366 (Russia); Registration Number 1025404670620 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AO SIBIRSKAYA SERVISNAYA KOMPANIYA (a.k.a. JSC SIBERIAN SERVICE COMPANY (Cyrillic: АО СИБИРСКАЯ СЕРВИСНАЯ КОМПАНИЯ); a.k.a. SIBERIA SERVICE CO CJSC), Dom 31A, Stroenie 1, Etazh 9, Prospekt Leningradskii, Moscow 125284, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0814118403 (Russia); Registration Number 1028601792878 (Russia) [RUSSIA-EO14024].

AO SIBNEFTEGAZ (a.k.a. SIBNEFTEGAZ), UL. Taezhnaya D. 78 A, Novyy Urengoy 629305, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8904005920 (Russia); Registration Number 1028900619835 (Russia) [RUSSIA-EO14024].

AO SIGNALTEK (a.k.a. JOINT STOCK COMPANY SIGNALTEK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СИГНАЛТЕК); a.k.a. JSC SIGNALTEK; a.k.a. SIGNALTEK CLOSED CORPORATION), Ul. Ivovaya D. 2 Et/Pom/Kom 4/I/45, Moscow, Russia 129329, Russia; Website signaltec.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Sep 2011; Organization Type: Other information technology and computer service activities; Tax ID No. 7722756624 (Russia); Registration Number 1117746741210 (Russia) [RUSSIA-EO14024].

AO SISOFT DEVELOPMENT (a.k.a. CSOFT DEVELOPMENT), Ul. Boitsovaya D. 17, K. 3, Pomeshch. 12 Komnata 3B, Moscow 107150, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722570620 (Russia); Registration Number 1067746335711 (Russia) [RUSSIA-EO14024].

AO SKB MO RF (a.k.a. FSUE 766 UPTK; a.k.a. JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF THE RUSSIAN MINISTRY OF DEFENSE; a.k.a. OAO 766 UPTK; a.k.a. OPEN JOINT STOCK COMPANY 766 MANAGEMENT OF PRODUCTION AND TECHNOLOGICAL EQUIPMENT), Ul. Institutskaya, D. 1, RP.

Nakhabino, Krasnogorsk 143432, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5024076350 (Russia); Registration Number 1065024000513 (Russia) [RUSSIA-EO14024].

AO SLAVA (a.k.a. JSC SLAVA; a.k.a. MOSCOW JOINT STOCK COMPANY SLAVA SECOND WATCH FACTORY), Ul. Verkhnaya d. 34, Str. 1, 2 Et, Pom. 8, Komn. 50, Moscow 125040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714046028 (Russia); Registration Number 1027700324530 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

AO SMP BANK (Cyrillic: АО СМП БАНК) (a.k.a. AKTSIONERNOYE OBSHCHESTVO BANK SEVERNY MORSKOY PUT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО БАНК СЕВЕРНЫЙ МОРСКОЙ ПУТЬ); a.k.a. SMP BANK; a.k.a. SMP BANK OPEN JOINT STOCK COMPANY; a.k.a. SMP BANK, AO), d. 71 k. 11, ul. Sadovnicheskaya Street, Moscow 115035, Russia; SWIFT/BIC SMBKRUMM; Website www.smpbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7750005482 (Russia); Government Gazette Number 56657657 (Russia); Registration Number 1097711000078 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

AO SOLIKAMSKII ZAVOD URAL (a.k.a. JOINT STOCK COMPANY SOLIKAMSK PLANT URAL), Ul. Energetikov D. 19A, Solikamsk 618554, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5919015877 (Russia); Registration Number 1115919002561 (Russia) [RUSSIA-EO14024].

AO SOVKOMBANK STRAKHOVANIE (a.k.a. AKTSIONERNOE OBSHCHESTVO SOVKOMBANK STRAKHOVANIE; a.k.a. SOVCOMBANK INSURANCE JSC), Pr-Kt Moskovskii D.79a, Lit.A, Saint Petersburg 196084, Russia; Website kfins.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7812016906 (Russia); Registration Number 1027810229150 (Russia) [RUSSIA-EO14024] (Linked To:

SOVCOMBANK OPEN JOINT STOCK COMPANY).

AO SPARK (a.k.a. SAINT PETERSBURGS AVIATION REPAIR COMPANY ZAO), ul. Pilotov d. 12, Saint Petersburg 196210, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810209170 (Russia); Registration Number 1037821027221 (Russia) [RUSSIA-EO14024].

AO SPETSIALIZIROVANNYI DEPOZITARII INFINITUM (a.k.a. INFINITUM ASSET SERVICES), Ul. Shabolovka D. 31, B, Moscow 115162, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7705380065 (Russia); Registration Number 1027739039283 (Russia) [RUSSIA-EO14024].

AO SPETSMASH (a.k.a. AKTSIONERNOE OBSHCHESTVO SPETSIALNOE KONSTRUKTORSKOE BIURO TRANSPORTNOGOMASHINOSTROENIIA; a.k.a. JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF TRANSPORT MECHANICAL ENGINEERING; a.k.a. SPECMASH KB), 47 Stachek Ave., Korp 2, Saint Petersburg 198097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805019624 (Russia); Registration Number 1027802749061 (Russia) [RUSSIA-EO14024].

AO SPETSTEKHNIKA (a.k.a. AKTSIONERNOE OBSHCHESTVO SPETSTEKHNIKA; a.k.a. JOINT STOCK COMPANY SPETSTECHNIKA), Ozernyi, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6907010883 (Russia); Registration Number 1096908000760 (Russia) [RUSSIA-EO14024].

AO SRC REZONANS (a.k.a. AO NITS REZONANS; a.k.a. SCIENTIFIC RESEARCH CENTER RESONANCE JOINT STOCK COMPANY), Ul. 1-YA Bukhvostova, D. 12/11, K. 20, Moscow 107076, Russia; Ul. Korolenko, D. 3A, Floor 3, Pom. 3B, Moscow 107076, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718016419 (Russia); Registration Number 1027700096984 (Russia) [RUSSIA-EO14024].

AO SRK (a.k.a. AKTSIONERNOE OBSHCHESTVO SPETSIALIZIROVANNYI REGISTRATOR KOMPAS), PR-T Stroitelei D. 57, Novokuznetsk 654000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 4217027573 (Russia); Registration

Number 1024201467510 (Russia) [RUSSIA-EO14024].

AO STATUS (a.k.a. JOINT STOCK COMPANY REGISTRY SOCIETY STATUS), Ul. Novorogozhskaya D. 32, Str. 1, Moscow 109544, Russia; Ul. Novokhokhlovskaya D. 23, Str. 1, Pomeshch. 1, Moscow 109052, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7707179242 (Russia); Registration Number 1027700003924 (Russia) [RUSSIA-EO14024].

AO SUDOSTROITELNYI ZAVOD IMENI BE BUTOMY (a.k.a. JOINT STOCK COMPANY SHIPBUILDING PLANT NAMED AFTER B YE BUTOMA), Ul. Tankistov D. 4, Kerch 298313, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9111022140 (Russia); Registration Number 1169102089353 (Russia) [RUSSIA-EO14024].

AO SURGUTINVESTNEFT (a.k.a. AKTSIONERNOE OBSHCHESTVO SURGUTINVESTNEFT), Ul. Entuziastov 52, Korp. 1, Surgut 628400, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 8602039063 (Russia); Registration Number 1028600588246 (Russia) [RUSSIA-EO14024].

AO SVETLANA ELEKTRONPRIBOR (a.k.a. SVETLANA ELECTRONPRIBOR; a.k.a. ZAO SVETLANA EP), PR-KT Engelsa, D. 27, Saint Petersburg 194156, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802070277 (Russia); Registration Number 1027801543241 (Russia) [RUSSIA-EO14024].

AO TASKOM (a.k.a. AKTSIONERNOE OBSHCHESTVO TASKOM; a.k.a. TACKOM), Ter. Severnaya Promyshlennaya Zona, Vladenie 6, Str. 1, Vorsino 249020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4025422770 (Russia); Registration Number 1094025002246 (Russia) [RUSSIA-EO14024].

AO TD PROTON-ELEKTROTEKS (a.k.a. AKTSIONERNOE OBSHCHESTVO TORGOVYI DOM PROTON-ELEKTROTEKS; a.k.a. TRADING HOUSE PROTON-ELECTROTEX), ul. Leskova d. 19, pomeshchenie 27, office 14, Orel 302040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5753039510 (Russia); Registration Number 1065753010641 (Russia) [RUSSIA-EO14024].

AO TEKHNODINAMIKA (a.k.a. AKTSIONERNOE OBSCHESTVO TEKHNODINAMIKA; a.k.a. JOINT STOCK COMPANY AVIATION EQUIPMENT; a.k.a. JOINT STOCK COMPANY TEKHNODINAMIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТЕХНОДИНАМИКА); a.k.a. JSC TEKHNODINAMIKA (Cyrillic: АО ТЕХНОДИНАМИКА); a.k.a. TEKNODINAMIKA JSC), Ul. Bolshaya Tatarskaya D. 35, Str. 5, Moscow 115184, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1037719005873 (Russia); Tax ID No. 7719265496 (Russia); Government Gazette Number 07543117 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

AO TELEKOMPANIYA NTV (a.k.a. JOINT STOCK COMPANY NTV BROADCASTING COMPANY), ul. Akademika Koroleva d. 12, Moscow 127427, Russia; ul. Argunovskaya d. 5, Moscow 129075, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1993; Tax ID No. 7703191457 (Russia); Registration Number 1027739667218 (Russia) [RUSSIA-EO14024].

AO TERRA TEKH (Cyrillic: АО ТЕРРА ТЕХ) (a.k.a. AKTSIONERNOE OBSHCHESTVO TERRA TEKH; a.k.a. JOINT STOCK COMPANY TERRA TECH (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТЕРРА ТЕХ)), Ul. Aviamotornaya D. 53, Str. 1, Kom. 93, Moscow 111250, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Dec 2017; Target Type State-Owned Enterprise; Tax ID No. 7722429553 (Russia); Registration Number 5177746378431 (Russia) [RUSSIA-EO14024].

AO TESTPRIBOR (a.k.a. AKTSIONERNOE OBSHCHESTVO TESTPRIBOR; a.k.a. JSC TESTPRIBOR), ul. Planernaya d. 7A, Moscow 125480, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733627211 (Russia); Registration Number 1077761778423 (Russia) [RUSSIA-EO14024].

AO TIZOL (a.k.a. JOINT STOCK COMPANY TIZOL), Ul. Malysheva D. 59, Lesnoy 624223,

Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6624002881 (Russia); Registration Number 1026601483886 (Russia) [RUSSIA-EO14024].

AO TMKB SOYUZ (a.k.a. AKTSIONERNOE OBSHCHESTVO TURAEVSKOE MASHINOSTROITELNOE KONSTRUKTORSKOE BYURO SOYUZ; a.k.a. SOYUZ TURAEVO ENGINEERING DESIGN BUREAU JSC), Ter. Promzona Turaevo Str 10, Lytkarino 140080, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Aug 1964; Tax ID No. 5026000759 (Russia); Registration Number 1035004901700 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AO T-PLATFORMS (a.k.a. T-PLATFORMS (Cyrillic: Т-ПЛАТФОРМЫ)), Ul. Krupskoi D.4, Korp.2, Moscow 119311, Russia; Website t-platforms.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736588433 (Russia); Trade License No. 5087746658984 (Russia) [RUSSIA-EO14024].

AO TRANSMASHHOLDING (a.k.a. TRANSMASHHOLDING JSC; a.k.a. "TMH"), ul. Efremova D. 10, Moscow 119048, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7723199790 (Russia); Registration Number 1027739893246 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AO TSENTRKVARTS (a.k.a. TSENTRKVARTS PAO), D. 40 k. 4, Ul. Narodnogo Opolcheniya, Moscow 123298, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743909617 (Russia); Registration Number 5137746176497 (Russia) [RUSSIA-EO14024].

AO TSIFROVYE PLATFORMY I RESHENIYA UMNOGO GORODA (a.k.a. AKTSIONERNOE OBSHCHESTVO RUSATOM INFRASTRUKTURNYE RESHENIIA; a.k.a. AKTSIONERNOE OBSHCHESTVO TSIFROVYE PLATFORMY RESHENIIA UMNOGO GORODA), 52 str. 2, nab. Ozerkovskaia, Moscow 115054, Russia; Ul. Bolshaya Ordynka D. 40, STR. 1, Moscow 119017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 1197744546282 (Russia); Registration Number 9706002422 (Russia) [RUSSIA-EO14024].

AO TSKB LAZURIT (a.k.a. AKTSIONERNOYE OBSHCHESTVO TSENTRALNOYE KONSTRUKTORSKOYE BYURO LAZURIT (Cyrillic: ЦЕНТРАЛЬНОЕ КОНСТРУКТОРСКОЕ БЮРО ЛАЗУРИТ); a.k.a. LAZURIT CENTRAL DESIGN BUREAU JOINT STOCK COMPANY), 57 Ulitsa Svobody, Nizhni Novgorod 603003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Feb 1994; Tax ID No. 5263000105 (Russia); Registration Number 1025204408910 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

AO TSKB PO SPK IM RE ALEKSEEVA (a.k.a. JOINT STOCK COMPANY ALEKSEEV CENTRAL HIDROFOIL DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY ALEKSEEV CENTRAL HYDROFOIL DESIGN BUREAU), Ul. Svobody D. 51, Nizhniy Novgorod 603003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5263001420 (Russia); Registration Number 1025204411286 (Russia) [RUSSIA-EO14024].

AO TSNII KURS (a.k.a. JOINT STOCK COMPANY THE CENTRAL RESEARCH INSTITUTE KURS), Ul. Kirpichnaya D. 34A, Moscow 105187, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7719584213 (Russia); Registration Number 1067746378798 (Russia) [RUSSIA-EO14024].

AO TSNII TSIKLON (a.k.a. JOINT STOCK COMPANY CENTRAL RESEARCH INSTITUTE CYCLONE), Sh. Shchelkovskoe D. 77, Moscow 107497, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Nov 1991; Tax ID No. 7718159209 (Russia); Registration Number 1027700223352 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AO TSNIRTI IM AKADEMIKA A I BERGA (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTRALNYI NAUCHNO ISSLEDOVATELSKII RADIOTEKHNICHESKII INSTITUIMENI AKADEMIKA A I BERGA; a.k.a. CENTRAL RESEARCH RADIO ENGINEERING INSTITUTE NAMED AFTER ACADEMICIAN A I BERG; a.k.a. JOINT STOCK COMPANY TSNIRTI NAMED AFTER ACADEMICIAN A I BERG; a.k.a. "108 INSTITUTE"), 20 Nova Basmanna Street, Building 9, Moscow 107078,

Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701039940 (Russia); Registration Number 1167746458648 (Russia) [RUSSIA-EO14024].

AO TULSKIY MASHINOSTROITELNIY ZAVOD (a.k.a. AKTSIONERNOE OBSHCHESTVO AKTSIONERNAIA KOMPANIIA TULAMASHZAVOD; a.k.a. JOINT STOCK COMPANY TULA MACHINE BUILDING PLANT; a.k.a. JOINT STOCK COMPANY TULAMASHZAVOD; a.k.a. TULAMASHZAVOD PRODUCTION ASSOCIATION), 2 Mosina St., Tula 300002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7106002836 (Russia); Registration Number 1027100507114 (Russia) [RUSSIA-EO14024].

AO TZ OKTYABR (a.k.a. AKTSIONERNOE OBSHCHESTVO TAMBOVSKII ZAVOD OKTYABR; a.k.a. JSC TAMBOV PLANT OCTOBER; a.k.a. JSC TZ OCTOBER; a.k.a. TAMBOV PLANT OKTYABR JSC), Ul. Bastionnaya D. 1, Tambov 329028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6829014768 (Russia); Registration Number 1056882340173 (Russia) [RUSSIA-EO14024].

AO UBT URALVAGONZAVOD (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKAYA BOLSHEGRUZNAYA TEKHNIKA URALVAGONZAVOD; a.k.a. JOINT STOCK COMPANY URAL HEAVY EQUIPMENT URALVAGONZAVOD; a.k.a. JOINT STOCK COMPANY URAL HEAVY LOAD TECHNIQUE URALVAGONZAVOD), Ul. Yunosti D. 10, Nizhniy Tagil 622018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6623009965 (Russia); Registration Number 1026601370267 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION CORPORATION URALVAGONZAVOD NAMED AFTER F E DZERZHINSKY).

AO UK KUZBASSRAZREZUGOL (a.k.a. JOINT STOCK COMPANY UGOLNAYA KOMPANIYA KUZBASSRAZREZUGOL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УГОЛЬНАЯ КОМПАНИЯ КУЗБАССРАЗРЕЗУГОЛЬ)), 4A Pionerski Bulvar, Kemerovo 650054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 4205049090 (Russia);

Registration Number 1034205040935 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AO UPKB DETAL (a.k.a. DETAL URAL DESIGN BUREAU JSC; a.k.a. JOINT STOCK COMPANY URAL DESIGN BUREAU DETAL), Ul. Pionerskaya D.8, Kamensk-Uralskiy 623409, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1949; Tax ID No. 6612011546 (Russia); Registration Number 1026600930630 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AO URAL CIVIL AVIATION FACTORY (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKI ZAVOD GRAZHDANSKOI AVIATSII; a.k.a. JOINT STOCK COMPANY URALS WORKS OF CIVIL AVIATION; a.k.a. "UZGA AO"), Ul. Bakhchivandzhi 2G,, Ekaterinburg, Svedlovskaya Oblast 620025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Mar 1939; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 6664013640 (Russia); Government Gazette Number 01128452 (Russia); Registration Number 1026605766560 (Russia) [RUSSIA-EO14024].

AO URALELEMENT (a.k.a. AKTSIONERNOE OBSHCHESTVO VERKHNEUFALEISKII ZAVOD URALELEMENT; a.k.a. JSC VERHNEUFALEYSKY ZAVOD URALELEMENT), Ul. Dmitrieva D. 24, Verkhniy Ufaley 456800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 May 1992; Tax ID No. 7402006277 (Russia); Registration Number 1047401500046 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

AO VCHNG (a.k.a. OJSC VERKHNECHONSKNEFTEGAZ; a.k.a. PJSC VERKHNECHONSKNEFTEGAZ; a.k.a. VERKHNECHONSKNEFTEGAZ), Baikalskaya St., 295 B, Irkutsk 664050, Russia; Pr-Kt Bolshoi Liteinyi D. 3, Irkutsk 664007, Russia; Email Address vcng@rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3808079367 (Russia);

Registration Number 1023801017580 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

AO VEB.DV (f.k.a. FAR EAST AND BAIKAL REGION DEVELOPMENT FUND OJSC; f.k.a. JSC FAR EAST AND ARCTIC REGION DEVELOPMENT FUND; a.k.a. JSC VEB.DV; f.k.a. OJSC THE FAR EAST AND BAIKAL REGION DEVELOPMENT FUND), Nab. Presnenskaya D. 10, pom II komn 8-59, Moscow 123112, Russia; Website fondvostok.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2721188289 (Russia); Registration Number 1112721010995 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

AO VMP AVITEK (a.k.a. AVITEK VYATSKOE MACHINE BUILDING ENTERPRISE JSC; a.k.a. JOINT STOCK COMPANY VYATSKOYE MASHINOSTROITELNOYE PREDPRIYATIYE AVITEK; a.k.a. JSC VMP AVITEC; a.k.a. JSC VMP AVITEK; a.k.a. VYATKA MACHINERY PLANT AVITEC JSC), 1A Prospekt Oktyabrskiy, Kirov, Kirov Oblast 610047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4345047310 (Russia); Registration Number 1024301320977 (Russia) [RUSSIA-EO14024].

AO VNII SIGNAL (a.k.a. JOINT STOCK COMPANY ALL-RUSSIAN RESEARCH INSTITUTE SIGNAL; a.k.a. OAO VNII SIGNAL; a.k.a. OAO VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT SIGNAL; a.k.a. OJSC ALL-RUSSIAN RESEARCH INSTITUTE SIGNAL; a.k.a. VNII SIGNAL JSC), 57 UL. Krupskoy, Kovrov, Vladimir Oblast 601903, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID

No. 3305708964 (Russia); Registration Number 1103332000232 (Russia) [RUSSIA-EO14024].

AO VNIIZARUBEZHGEOLOGIIA (a.k.a. VNIIZARUBEZHGEOLOGIYA AO; a.k.a. VNIIZARUBEZHGEOLOGIYA VZG OAO (Cyrillic: ВНИИЗАРУБЕЖГЕОЛОГИЯ ВЗГ ОАО); a.k.a. VSEROSSIISKII NAUCHNO ISSLEDOVATELSKII INSTITUT GEOLOGII ZARUBEZHNYKH STRAN OAO (Cyrillic: ВСЕРОССИЙСКИЙ НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ГЕОЛОГИИ ЗАРУБЕЖНЫХ СТРАН ОАО)), Ulitsa Novocheremushkinskaya, 69, Moscow 117418, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727048431 (Russia); Registration Number 1027739016436 (Russia) [RUSSIA-EO14024].

AO VOLZHSKII DIZEL IMENI MAMINYKH (a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO VOLZHSKII DIZEL IMENI MAMINYKH), ul. Kommunisticheskaya d. 124, Balakovo 413850, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6439038107 (Russia); Registration Number 1026401407251 (Russia) [RUSSIA-EO14024].

AO VOSTOCHNAYA VERF (Cyrillic: АО ВОСТОЧНАЯ ВЕРФЬ) (a.k.a. VOSTOCHNAYA VERF JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВОСТОЧНАЯ ВЕРФЬ); a.k.a. VOSTOCHNAYA VERF PAO), 1 Geroev Tikhookeantsev St., Vladivostok 690017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2537009643 (Russia); Registration Number 1022501797064 (Russia) [RUSSIA-EO14024].

AO VOSTOK TREID INVEST (Cyrillic: АО ВОСТОК ТРЕЙД ИНВЕСТ), d. 18A pom. 7, ul. Pobedy, Kholmsk 694620, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9705144294 (Russia); Registration Number 1207700186210 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

AO VOSTSIBNEFTEGAZ (a.k.a. JOINT STOCK COMPANY EAST SIBERIAN OIL AND GAS COMPANY; a.k.a. JSC VOSTSIBNEFTEGAZ), Pr-Kt Mira D. 36, Krasnoyarsk 660049, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7710007910 (Russia); Registration Number 1028800000855 (Russia) [RUSSIA-EO14024].

AO VRK (a.k.a. AKTSIONERNOE OBSHCHESTVO VEDENIE REESTROV

KOMPANII), Prosp. Lenina D. 28, Yekaterinburg 620014, Russia; Ul. Dobrolyubova D. 16, Floor 5, Yekaterinburg 620014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 6661049239 (Russia); Registration Number 1026605227923 (Russia) [RUSSIA-EO14024].

AO VTB DEVELOPMENT (Cyrillic: АО ВТБ ДЕВЕЛОПМЕНТ) (a.k.a. AKTSIONERNOE OBSHCHESTVO VTB DEVELOPMENT; a.k.a. JOINT STOCK COMPANY VTB DEVELOPMENT; a.k.a. VTB DEVELOPMENT AO), Ul. B. Morskaya D. 30, Saint Petersburg 190000, Russia; d. 11 litera A kom 560, per. Degtyarny, St. Petersburg 191144, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Jul 2005; Organization Type: Non-specialized wholesale trade; Tax ID No. 7838327945 (Russia); Registration Number 1057811461091 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

AO VTB LIZING (a.k.a. JSC VTB LEASING; a.k.a. VTB LEASING JOINT STOCK COMPANY; a.k.a. VTB LEASING JSC), Per. 2-I Volkonskii, D. 10, Moscow 127473, Russia; Ul. Vorontsovskaya, D. 43, Str.1, Moscow 109147, Russia; Website www.vtb-leasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Jun 2002; Organization Type: Financial leasing; Registration ID 1037700259244 (Russia); Tax ID No. 7709378229 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

AO VTSKB POLYUS (a.k.a. JOINT STOCK COMPANY VORONEZH CENTRAL DESIGN BUREAU POLUS), Ul. Krasnodonskaya D. 16, Korp. B, Voronezh 394019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3662104575 (Russia); Registration Number 1053600512998 (Russia) [RUSSIA-EO14024].

AO VZPS (a.k.a. AKTSIONERNOE OBSHCHESTVO VLADIMIRSKII ZAVOD PRETSIZIONNYKH SPLAVOV; a.k.a. JSC VLADIMIR PLANT OF PRECISION ALLOYS), Ul Kuibysheva 26, Vladimir 600035, Russia; Per. Ozerkovskii D. 12, Pomeshch. I, Kom. 21, Moscow 115184, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3328459312 (Russia); Registration Number 1083328004044 (Russia) [RUSSIA-EO14024].

AO YAMALDORSTROI (a.k.a. JOINT STOCK COMPANY YAMALDORSTROY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЯМАЛДОРСТРОЙ)), Room 26, Suite I, Floor 4, Building 1, 41 Vernadskovo Avenue, Moscow 119415, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6670189560 (Russia); Registration Number 1076670031547 (Russia) [RUSSIA-EO14024].

AO YARZOM (a.k.a. JOINT STOCK COMPANY YAROSLAVSKY EXPERIMENTAL MACHINES PLANT), Ul. Polushkina Roshcha D. 11, Yaroslavl 150044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7606002055 (Russia); Registration Number 1027600853543 (Russia) [RUSSIA-EO14024].

AO YUMIRS (a.k.a. JOINT STOCK COMPANY UMIRS), Antonova st., 3, Penza 440600, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5835015359 (Russia); Registration Number 1025801217947 (Russia) [RUSSIA-EO14024].

AO ZAVOD FIOLENT (Cyrillic: АО ЗАВОД ФИОЛЕНТ) (a.k.a. AKTSIONERNOE OBSHCHESTVO ZAVOD FIOLENT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТБО ЗАВОД ФИОЛЕНТ); a.k.a. JOINT STOCK COMPANY FIOLENT PLANT; a.k.a. JSC FIOLENT PLANT; a.k.a. ZAVOD FIOLENT, PAT), House 34/2, Kievskaya Street, Simferopol, Crimea 295017, Ukraine; Website www.phiolent.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102048745 (Russia); Registration Number 1149102099640 (Russia) [UKRAINE-EO13685].

AO ZAVOD IM. A.A.KULAKOVA (a.k.a. JOINT STOCK COMPANY ZAVOD KULAKOVA; a.k.a. JSC ZAVOD KULAKOVA), Ul. Yablochkova D. 12, Saint Petersburg 197198, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jan 1992; Tax ID No.

7813346618 (Russia); Registration Number 5067847003428 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

AO ZAVOD KRIZO (a.k.a. JOINT STOCK COMPANY FACTORY CRIZO), Ul. Zheleznodorozhnaya D. 43, Gatchina 188304, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4705006552 (Russia); Registration Number 1024701241322 (Russia) [RUSSIA-EO14024].

AO ZAVOD METEOR (a.k.a. JOINT STOCK COMPANY METEOR PLANT; a.k.a. METEOR PLANT JSC), Ul. Gorkogo D. 1, Volzhskiy 404130, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Jul 1959; Tax ID No. 3435000717 (Russia); Registration Number 1023402012050 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AO ZAVOLZHSKIY ZAVOD GUSENICHNIKH TYAGACHEY (a.k.a. JOINT STOCK COMPANY ZAVOLZHSKY CRAWLER VEHICLE PLANT; a.k.a. ZAVOLZHSKY TRACKED TRACTOR PLANT; a.k.a. "AO ZZGT"; a.k.a. "JSC ZCVP"), 1 Zheleznodorozhnaya Street, Zavolzhe 606522, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5248031980 (Russia); Registration Number 1115248002110 (Russia) [RUSSIA-EO14024].

AO, KRIMTETS (a.k.a. AKTSIONERNOE OBSHCHESTVO KRYMTEPLOELEKTROTSENTRAL; f.k.a. KRYMTEPLOELEKTROTSENTRAL, AO; a.k.a. KRYMTETS, AO), 1, ul. Montazhnaya Pgt. Gresovski, Simferopol, Crimea 295493, Ukraine; Website www.krimtec.com; Email Address e.hmelnitskiy@krimtec.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102070194 (Russia); Government Gazette Number 00828288 (Russia); Registration Number 1159102014169 (Russia) [UKRAINE-EO13685].

AO, VAD (a.k.a. AKTSIONERNOE OBSHCHESTVO VAD; a.k.a. CJSC VAD; a.k.a. JOINT STOCK COMPANY VAD; a.k.a. JSC VAD; a.k.a. VAD, AO; a.k.a. ZAO VAD; a.k.a. "HIGH-QUALITY HIGHWAYS"), 133, ul. Chernyshevskogo, Vologda, Vologodskaya Obl 160019, Russia; 122 Grazhdanskiy Prospect, Suite 5, Liter A, St. Petersburg 195267, Russia;

Website www.zaovad.com; Email Address office@zaovad.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037804006811 (Russia); Tax ID No. 7802059185 (Russia); Government Gazette Number 34390716 (Russia) [UKRAINE-EO13685].

AOUADI, Mohamed Ben Belgacem (a.k.a. AOUADI, Mohamed Ben Belkacem), Via A. Masina n.7, Milano, Italy; DOB 11 Dec 1974; POB Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L 191609 issued 28 Feb 1996 expires 27 Feb 2001; Italian Fiscal Code DAOMMD74T11Z352Z (individual) [SDGT].

AOUADI, Mohamed Ben Belkacem (a.k.a. AOUADI, Mohamed Ben Belgacem), Via A. Masina n.7, Milano, Italy; DOB 11 Dec 1974; POB Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L 191609 issued 28 Feb 1996 expires 27 Feb 2001; Italian Fiscal Code DAOMMD74T11Z352Z (individual) [SDGT].

AP INVEST OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AP INVEST), d. 2 kab. 318, pl. Gvardeiskaya, Norilsk, Krasnoyarsk region 663302, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2457084476 (Russia); Registration Number 1192468003815 (Russia) [RUSSIA-EO14024].

APADANA PERSIAN GULF PETROCHEMICAL COMPANY (a.k.a. PERSIAN GULF APADANA PETROCHEMICAL COMPANY), Unit 14, 3rd Floor, No. 22, 5th Alley, Vozara St (Khalede Eslamboli), District 6, Tehran, Iran; Website http://pgapco.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

APAOLAZA SANCHO, Ivan; DOB 10 Nov 1971; POB Beasain, Guipuzcoa Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 44.129.178; Member ETA (individual) [SDGT].

APEKSGRUP LIMITED LIABILITY COMPANY, Kaspiiskaya, 22, 1, 11/8, Moscow 115304, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5050089966 (Russia); Registration Number 1115050001549 (Russia) [RUSSIA-EO14024].

APH S. DE R.L. DE C.V. (a.k.a. AUTO PARTES HANDAL S. DE R.L. DE C.V.; a.k.a. SUPERTIENDAS & AUTO PARTES HANDAL), 3 Ave y 14 Calle N.O., Barrio Las Acacias, Apartado Postal No 1018, San Pedro Sula, Cortes, Honduras; 14 de Julio, La Ceiba, Atlantida, Honduras; Ave Junior, Entre 7 y 6 Calle Sureste, San Pedero Sula, Cortes, Honduras; Tax ID No. 3ET38QN (Honduras); alt. Tax ID No. 05019001468346 (Honduras) [SDNTK].

APHICHART, Cheewinprapasi (f.k.a. HAI HSING, Sae Wei; a.k.a. HKIM, Aik Hsam; a.k.a. SOONTHRON, Cheewinprapasri; a.k.a. SUNTHORN, Chiwinpraphasi; a.k.a. WEI, Hsueh Lung; a.k.a. "CHAIRMAN KEUN"; a.k.a. "KEUN DONG"; a.k.a. "KEUN SEU CHANG"; a.k.a. "TI JUNG"; a.k.a. "WEI HSUEH LUNG"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; Pang Poi, Shan, Burma; Na Lot, Shan, Burma; 409/4, Soi Wachiratham Sathit 34, Khwaeng Bang Chak, Khet Phra Khanong, Bangkok, Thailand; DOB 1936; POB Chiang Rai, Thailand; Passport B265235 (Thailand); National Foreign ID Number 5570700010951 (Thailand) (individual) [SDNTK].

APILINE TRADING FZE, Jebel Ali Freezone, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 47399337 (United Arab Emirates); Economic Register Number (CBLS) 12193646 (United Arab Emirates) [RUSSIA-EO14024].

APK VORONEZHSKII (a.k.a. AGROPROMYSHLENNY KOMPLEKS VORONEZHSKI OOO; a.k.a. VORONEZHSKI OOO), Ul Molodezhnaya D.1A, Kuzminskoye 601769, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Jul 1994; Organization Type: Mixed farming; Tax ID No. 3306009951 (Russia); Registration Number 1053300906900 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

APLEX GROUP LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY EPLEKS GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭППЛЕКС ГРУПП)), Pomeshch. 302, D. 26B, Ul. Sverdlova, Novaya Balakhna 606403, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5248044066 (Russia); Registration Number

1215200020837 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY MEZHREGIONSTROY).

APOLLON LLC (a.k.a. APOLLON OOO; a.k.a. "APOLLON"), Ul. Semenovskaya D., 8B, Kv. 28, Vladivostok 690091, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 29 Jun 2015; Organization Type: Wholesale of food, beverages and tobacco; Tax ID No. 2540211930 (Russia); Registration Number 1152540004253 (Russia) [DPRK2] (Linked To: PAK, Kwang Hun).

APOLLON OOO (a.k.a. APOLLON LLC; a.k.a. "APOLLON"), Ul. Semenovskaya D., 8B, Kv. 28, Vladivostok 690091, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 29 Jun 2015; Organization Type: Wholesale of food, beverages and tobacco; Tax ID No. 2540211930 (Russia); Registration Number 1152540004253 (Russia) [DPRK2] (Linked To: PAK, Kwang Hun).

APOLO INFORMATICA (a.k.a. APOLO INFORMATICA S.A.; a.k.a. APOLO INFORMATICA SA; a.k.a. APOLO INFORMATICA SOCIEDAD ANONIMA), Ciudad del Este, Paraguay; RUC # 80068480-0 (Paraguay) [GLOMAG] (Linked To: HIJAZI, Khalil Ahmad).

APOLO INFORMATICA S.A. (a.k.a. APOLO INFORMATICA; a.k.a. APOLO INFORMATICA SA; a.k.a. APOLO INFORMATICA SOCIEDAD ANONIMA), Ciudad del Este, Paraguay; RUC # 80068480-0 (Paraguay) [GLOMAG] (Linked To: HIJAZI, Khalil Ahmad).

APOLO INFORMATICA SA (a.k.a. APOLO INFORMATICA; a.k.a. APOLO INFORMATICA S.A.; a.k.a. APOLO INFORMATICA SOCIEDAD ANONIMA), Ciudad del Este, Paraguay; RUC # 80068480-0 (Paraguay) [GLOMAG] (Linked To: HIJAZI, Khalil Ahmad).

APOLO INFORMATICA SOCIEDAD ANONIMA (a.k.a. APOLO INFORMATICA; a.k.a. APOLO INFORMATICA S.A.; a.k.a. APOLO INFORMATICA SA), Ciudad del Este,

Paraguay; RUC # 80068480-0 (Paraguay) [GLOMAG] (Linked To: HIJAZI, Khalil Ahmad).

APONTE CORDOVA, Noe Manases (a.k.a. "El Noe"), Venezuela; DOB 30 May 1988; POB Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 19554865 (Venezuela) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

APPLIED ACOUSTICS RESEARCH INSTITUTE (a.k.a. FEDERAL STATE UNITARY ENTERPRISE NIIPA; a.k.a. FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE NAUCHNO ISSLEDOVATELSKII INSTITUT PRIKLADNOI AKUSTIKI; a.k.a. SCIENTIFIC RESEARCH INSTITUTE OF APPLIED ACOUSTICS; a.k.a. "AARI"; a.k.a. "FGUP NIIPA"; a.k.a. "RIAA"), 9 May St., 7A, Dubna 141981, Russia; 16A Nagatinskaia Ul, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010007607 (Russia); Registration Number 1035002202070 (Russia) [RUSSIA-EO14024].

APPLIKATA (a.k.a. LLC APPLICATA; a.k.a. "3D FORMAT"), Pr-D Stroitelnyi D. 7A, K. 28, Pomeshch. 219, Moscow 125362, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733287011 (Russia); Registration Number 1167746511008 (Russia) [RUSSIA-EO14024].

APRIL 26 CHILDREN'S ANIMATION FILM STUDIO (a.k.a. SCIENTIFIC EDUCATION KOREA STUDIO; a.k.a. SEK STUDIO), Pyongyang, Korea, North; China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Motion picture, video and television programme production activities; Target Type State-Owned Enterprise [DPRK3].

APT39 (a.k.a. ADVANCED PERSISTENT THREAT 39; a.k.a. CADELSPY; a.k.a. CHAFER; a.k.a. ITG07; a.k.a. REMEXI), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

AQAI-FIRUZABADI, Hassan (a.k.a. FIROOZABADI, Hassan; a.k.a. FIROUZABADI, Hassan; a.k.a. FIRUZABADI, Hasan); DOB 03 Feb 1951; POB Mashhad, Iran; Additional

Sanctions Information - Subject to Secondary Sanctions; Chief of Staff of the Joint Armed Forces of the Islamic Republic of Iran; Chairman of the Armed Forces' Joint Chiefs of Staff; Major General (individual) [IRAN-HR].

AQAJANI, Azim (a.k.a. ADHAJANI, Azim; a.k.a. AGAJANY, Azimi; a.k.a. AGHAJANI, Asim; a.k.a. AGHAJANI, Azim; a.k.a. AGHAJANI, Azimi; a.k.a. AGHAJANI, Hosein); DOB 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR].

AQEEL, Amer Muhammad (a.k.a. RADA, Amer Mohamed Akil), Lebanon; DOB 07 Sep 1964; alt. DOB 10 Dec 1967; nationality Lebanon; alt. nationality Colombia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 67121004582 (Colombia); Identification Number V-28426454 (Venezuela) (individual) [SDGT] (Linked To: HIZBALLAH).

'AQIL, Abd al-Qadr (a.k.a. AKIEL, Ibrahim Mohamed; a.k.a. AKIL, Ibrahim Mohamed; a.k.a. AQIL, Ibrahim; a.k.a. 'AQIL, Ibrahim; a.k.a. MEHDI, Ghosn Ali Abdel; a.k.a. "'ABD-AL-QADIR"; a.k.a. "TAHSIN"), Syria; Lebanon; DOB 24 Dec 1962; alt. DOB 01 Jan 1962; alt. DOB 20 Mar 1961; alt. DOB 1958; POB Bidnayil, Lebanon; alt. POB Younine, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

AQIL, Ibrahim (a.k.a. AKIEL, Ibrahim Mohamed; a.k.a. AKIL, Ibrahim Mohamed; a.k.a. 'AQIL, Abd al-Qadr; a.k.a. 'AQIL, Ibrahim; a.k.a. MEHDI, Ghosn Ali Abdel; a.k.a. "'ABD-AL-QADIR"; a.k.a. "TAHSIN"), Syria; Lebanon; DOB 24 Dec 1962; alt. DOB 01 Jan 1962; alt. DOB 20 Mar 1961; alt. DOB 1958; POB Bidnayil, Lebanon; alt. POB Younine, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

'AQIL, Ibrahim (a.k.a. AKIEL, Ibrahim Mohamed; a.k.a. AKIL, Ibrahim Mohamed; a.k.a. 'AQIL, Abd al-Qadr; a.k.a. AQIL, Ibrahim; a.k.a. MEHDI, Ghosn Ali Abdel; a.k.a. "'ABD-AL-QADIR"; a.k.a. "TAHSIN"), Syria; Lebanon; DOB 24 Dec 1962; alt. DOB 01 Jan 1962; alt. DOB 20 Mar 1961; alt. DOB 1958; POB Bidnayil, Lebanon; alt. POB Younine, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

AQIL, Mahdi Amer (a.k.a. AKIL, Madhy; a.k.a. AKIL, Mahdi Amer; a.k.a. AQIL, Mahdi Amir; a.k.a. HELBAWI, Mahdy Akil), Colombia; DOB 30 Oct 1987; POB Maicao, Colombia; nationality Lebanon; citizen Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 1126038243 (Colombia); Passport LR0159572 (Lebanon) expires 14 Nov 2021; alt. Passport PE092928 (Colombia); National ID No. 000050624602 (Lebanon); Identification Number 3664441 (Lebanon) (individual) [SDGT] (Linked To: RADA, Amer Mohamed Akil).

AQIL, Mahdi Amir (a.k.a. AKIL, Madhy; a.k.a. AKIL, Mahdi Amer; a.k.a. AQIL, Mahdi Amer; a.k.a. HELBAWI, Mahdy Akil), Colombia; DOB 30 Oct 1987; POB Maicao, Colombia; nationality Lebanon; citizen Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 1126038243 (Colombia); Passport LR0159572 (Lebanon) expires 14 Nov 2021; alt. Passport PE092928 (Colombia); National ID No. 000050624602 (Lebanon); Identification Number 3664441 (Lebanon) (individual) [SDGT] (Linked To: RADA, Amer Mohamed Akil).

AQIM (a.k.a. AL-QA'IDA IN THE ISLAMIC MAGHREB; a.k.a. GSPC; a.k.a. LE GROUPE SALAFISTE POUR LA PREDICATION ET LE COMBAT; a.k.a. SALAFIST GROUP FOR CALL AND COMBAT; a.k.a. SALAFIST GROUP FOR PREACHING AND COMBAT; a.k.a. TANZIM AL-QA'IDA FI BILAD AL-MAGHRIB AL-ISLAMIYA); Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 [FTO] [SDGT].

AQLYL, Ahmad (a.k.a. AGLEEL, Ahmed), Addu City, Maldives; DOB 30 Jan 1980; POB Gurahaage, Feydhoo, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. A298637 (Maldives) (individual) [SDGT] (Linked To: AL QA'IDA).

AQSSA SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AQSSA SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.),

Kappellenstrasse 36, Aachen D-52066, Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; <Head Office> [SDGT].

AQSSA SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AQSSA SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AQSSA SOCIETY (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AQSSA SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AQSSA SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION;

a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AQSSA SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AQSSA SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION;

a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a.

AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; <Head Office> [SDGT].

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC

CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA;

a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.),

P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AQUA PURE WATER INC. (a.k.a. "FRIENDLIN"), P.O. Box 8064, Ngetkib, Airai, Palau; Website https://aquapurewater2234.wixsite.com/aquapurewater; Tax ID No. 014903 (Palau) [TCO] (Linked To: WANG, Guodan).

AQUANIKA (a.k.a. AQUANIKA LLC; a.k.a. LLC RUSSKOYE VREMYA; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RUSSKOE VREMYA; a.k.a. RUSSKOE VREMYA OOO; a.k.a. RUSSKOYE VREMYA LLC), 47A, Sevastopolskiy Ave., of. 304, Moscow 117186, Russia; 1/2 Rodnikovaya ul., Savasleika s., Kulebakski raion, Nizhegorodskaya oblast 607007, Russia; Website http://www.aquanika.com; alt. Website http://aquanikacompany.ru; Email Address office@aquanika.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1075247000036 [UKRAINE-EO13661].

AQUANIKA LLC (a.k.a. AQUANIKA; a.k.a. LLC RUSSKOYE VREMYA; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RUSSKOE VREMYA; a.k.a. RUSSKOE VREMYA OOO; a.k.a. RUSSKOYE VREMYA LLC), 47A, Sevastopolskiy Ave., of. 304, Moscow 117186, Russia; 1/2 Rodnikovaya ul., Savasleika s., Kulebakski raion, Nizhegorodskaya oblast 607007, Russia; Website http://www.aquanika.com; alt. Website http://aquanikacompany.ru; Email Address office@aquanika.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1075247000036 [UKRAINE-EO13661].

AQUAQUASAR HOLDING LIMITED, Antigua, Antigua and Barbuda; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6482268 [UKRAINE-EO13662] [RUSSIA-EO14024].

AQUILA CAPITAL GROUP (a.k.a. ACG FINANCE LIMITED; a.k.a. EI SI DZHI FAINENS LIMITED PREDSTAVITELSTVO), Elenion Building, Floor No: 2, Themistokli Dervi 5, Nicosia 1066, Cyprus; d. 23 Str. 1 of 2, Naberezhnaya Savvinskaya, Moscow 119435, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Oct 2005; Tax ID No. 9909197551 (Russia); Registration Number C167057 (Cyprus) [RUSSIA-EO14024].

AR RAHMA WELFARE TRUST (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

AR RAHMAH CHARITY FOUNDATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

AR RAHMAH FOUNDATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

AR RAHMAH WELFARE ORGANIZATION (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

AR RAMMA WELFARE ORGANISATION (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANIZATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4,

Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

AR.P.C. (a.k.a. ARAK PETROCHEMICAL COMPANY; a.k.a. SHAZAND PETROCHEMICAL COMPANY; a.k.a. SHAZAND PETROCHEMICAL CORPORATION), No. 68, Taban St., Vali Asr Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ARA JANI, Saeed (a.k.a. AGHAJANI, Saeed), Iran; DOB 03 Apr 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport V47528711 (Iran); Brigadier General (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

ARAB CHINA TRADING COMPANY (a.k.a. "ARAB COMPANY TO STATE TRADING"; a.k.a. "ARAB TRADING COMPANY CHINA"), Gaza; Aksaray MAH. Cerrahpasa CAD. Muratpasa Apt. No 3/12 Fatih, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 563157932 (Palestinian) [SDGT] (Linked To: SHAMLAKH, Zuhair).

ARAB PALESTINIAN BEIT EL-MAL COMPANY (a.k.a. BEIT AL MAL HOLDINGS; a.k.a. BEIT EL MAL AL-PHALASTINI AL-ARABI AL-MUSHIMA AL-AAMA AL-MAHADUDA LTD.; a.k.a. BEIT EL-MAL HOLDINGS; a.k.a. PALESTINIAN ARAB BEIT EL MAL CORPORATION, LTD.), P.O. Box 662, Ramallah, West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ARAB PETROLEUM ENGINEERING COMPANY LTD, Amman, Jordan [IRAQ2].

ARAB PROJECTS COMPANY S.A. LTD., P.O. Box 1318, Amman, Jordan; P.O. Box 1972, Riyadh, Saudi Arabia; P.O. Box 7939, Beirut, Lebanon [IRAQ2].

ARABISC HARAM (a.k.a. AL HARAM COMMERCIAL COMPANY; a.k.a. AL HARAM FOREIGN EXCHANGE CO. LTD; a.k.a. AL HARAM TRANSFER CO.; a.k.a. AL-HARAM COMPANY FOR MONEY TRANSFER; a.k.a. AL-HARAM EXCHANGE COMPANY; a.k.a. ALHARAM FOR EXCHANGE LTD; a.k.a. AL-HARM TRADING COMPANY; a.k.a. HARAM TRADING COMPANY; a.k.a. SHARIKAT AL-HARAM LIL-HIWALAT AL-MALIYYAH; a.k.a. TRADING AL-HARM COMPANY), Istanbul, Turkey; Mersin, Turkey; Gaziantep, Turkey; Antakya, Turkey; Reyhanli, Turkey; Iskenderun, Turkey; Belen, Turkey; Surmez, Turkey; Kirikhan, Turkey; Bursa, Turkey; Islahiye, Turkey; Alanya, Turkey; Urfa, Turkey; Antalya, Turkey; Narlica, Turkey; Ankara, Turkey; Izmir, Turkey; Konya, Turkey; Kayseri, Turkey; Turkey; Lebanon; Jordan; Sudan; Palestinian; Website www.arabisc-haram.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ARABNEJAD, Hamid; DOB 16 Apr 1961; alt. DOB 03 May 1956; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E1929795 (Iran) expires 25 May 2010; alt. Passport V08716254 (Iran) expires 15 Jul 2011; alt. Passport V11630399 (Iran) expires 20 Jun 2012; alt. Passport U8356901 (Iran) expires 09 May 2011; alt. Passport H10395121 (Iran) expires 18 Jan 2012; alt. Passport K11946257 (Iran) expires 27 Oct 2012; alt. Passport X13567677 (Iran) expires 02 Jul 2013; alt. Passport D14818825 (Iran) expires 16 Mar 2014; alt. Passport F16438158 (Iran) expires 18 Nov 2014; alt. Passport R19234531 (Iran) expires 02 Nov 2015; alt. Passport L95280222 (Iran) expires 23 Jul 2016; alt. Passport L95273714 (Iran) expires 22 Aug 2016; alt. Passport P95418009 (Iran) expires 27 Apr 2017 (individual) [SDGT] [IFSR].

ARADA, Khalid (a.k.a. AL-ARADAH, Khalid Ali; a.k.a. AL-ARADAH, Khalid Ali Mabkhut; a.k.a. AL-ARADEH, Khalid; a.k.a. AL-ARRADAH, Khalid), Marib, Marib Governorate, Yemen; DOB 01 Jan 1965; alt. DOB 01 Aug 1957; alt. DOB 01 Jan 1957; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

ARAFA, Ahmed (a.k.a. ARAFA, Ahmed Ibrahim Hassab; a.k.a. ARAFA, Ahmed Ibrahim Hassan; a.k.a. ARAFA, Ahmed Ibrahim Hassan Ahmed; a.k.a. SELEM, Ahmed Conami), 22 Mensija Street, San Gwann, Malta; 8, Simoha, Alexandria, Egypt; DOB 04 Jan 1976; POB Egypt; nationality Egypt; citizen Egypt; alt. citizen Malta; Gender Male; National ID No. 46447A (Malta) (individual) [LIBYA3].

ARAFA, Ahmed Ibrahim Hassab (a.k.a. ARAFA, Ahmed; a.k.a. ARAFA, Ahmed Ibrahim Hassan; a.k.a. ARAFA, Ahmed Ibrahim Hassan Ahmed; a.k.a. SELEM, Ahmed Conami), 22 Mensija Street, San Gwann, Malta; 8, Simoha, Alexandria, Egypt; DOB 04 Jan 1976; POB Egypt; nationality Egypt; citizen Egypt; alt. citizen Malta; Gender Male; National ID No. 46447A (Malta) (individual) [LIBYA3].

ARAFA, Ahmed Ibrahim Hassan (a.k.a. ARAFA, Ahmed; a.k.a. ARAFA, Ahmed Ibrahim Hassab; a.k.a. ARAFA, Ahmed Ibrahim Hassan Ahmed; a.k.a. SELEM, Ahmed Conami), 22 Mensija Street, San Gwann, Malta; 8, Simoha, Alexandria, Egypt; DOB 04 Jan 1976; POB Egypt; nationality Egypt; citizen Egypt; alt. citizen Malta; Gender Male; National ID No. 46447A (Malta) (individual) [LIBYA3].

ARAFA, Ahmed Ibrahim Hassan Ahmed (a.k.a. ARAFA, Ahmed; a.k.a. ARAFA, Ahmed Ibrahim Hassab; a.k.a. ARAFA, Ahmed Ibrahim Hassan; a.k.a. SELEM, Ahmed Conami), 22 Mensija Street, San Gwann, Malta; 8, Simoha, Alexandria, Egypt; DOB 04 Jan 1976; POB Egypt; nationality Egypt; citizen Egypt; alt. citizen Malta; Gender Male; National ID No. 46447A (Malta) (individual) [LIBYA3].

ARAFAT SHIPPING CO (a.k.a. ARAFAT SHIPPING COMPANY), Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 19 Jan 2024; Identification Number IMO 6474740; Registration Number 12831 (Marshall Islands) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

ARAFAT SHIPPING COMPANY (a.k.a. ARAFAT SHIPPING CO), Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Secondary sanctions risk:

section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 19 Jan 2024; Identification Number IMO 6474740; Registration Number 12831 (Marshall Islands) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

ARAGHI, Abdollah (a.k.a. ARAQI, Abdollah; a.k.a. ARAQI, Abdullah; a.k.a. ERAGHI, Abdollah; a.k.a. ERAQI, Abdollah); DOB 1945; POB Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Lieutenant Commander, IRGC Ground Force; Deputy Commander, IRGC Ground Forces; Brigadier General; Former Commander, Greater Tehran's Mohammad Rasulollah IRGC; Former Chief, Greater Tehran Revolutionary Guards (individual) [SDGT] [IRGC] [IRAN-HR].

A'RAJ, Sami (a.k.a. AL-'AJUZ, Sami Jasim; a.k.a. AL-'AJUZ, Sami Jasim Muhammad; a.k.a. AL-JABURI, Sami Jasim Muhammad; a.k.a. MUHAMMAD, Sami Jasim; a.k.a. "ASIA, Abu"; a.k.a. "ASIYA, Abu"; a.k.a. "HAMAD, Hajji"; a.k.a. "HAMID, Hajji"; a.k.a. "HAMID, Ustadh"; a.k.a. "SAMIYAH, Abu"; a.k.a. "SUMAYYAH, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; alt. DOB 01 Jan 1970 to 31 Dec 1970; POB Al-Sharqat, Salah ad-Din Province, Iraq; alt. POB Mosul, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ARAK PETROCHEMICAL COMPANY (a.k.a. AR.P.C.; a.k.a. SHAZAND PETROCHEMICAL COMPANY; a.k.a. SHAZAND PETROCHEMICAL CORPORATION), No. 68, Taban St., Vali Asr Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ARAMBUNEZHAD, Hasan (a.k.a. HABIBI, Hasan), Iran; DOB 23 Sep 1975; POB Varamin, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 6589640386 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ARAMOUN 1506 SAL, Jnah, Adnan Al Hakim Street, Al Wazeer Building, First Floor, Real Estate No. 3673, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1013408 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

ARANEKS DOO (a.k.a. ARANEKS DOO BEOGRAD-VOZDOVAC), Bulevar Oslobodenja 166, Belgrade 11010, Serbia; Tax ID No. 110965174 (Serbia); Registration Number 21407429 (Serbia) [GLOMAG] (Linked To: TESIC, Slobodan).

ARANEKS DOO BEOGRAD-VOZDOVAC (a.k.a. ARANEKS DOO), Bulevar Oslobodenja 166, Belgrade 11010, Serbia; Tax ID No. 110965174 (Serbia); Registration Number 21407429 (Serbia) [GLOMAG] (Linked To: TESIC, Slobodan).

ARANHA, Ryan Xavier, United Arab Emirates; DOB 05 Sep 1982; POB Mumbai, India; nationality India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 08649197 (India) (individual) [SDGT] (Linked To: MARSHAL SHIP MANAGEMENT PRIVATE LIMITED).

ARANI, Hossein Firouzi (Arabic: حسین فیروزی آرانی), Iran; DOB 22 Dec 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); National ID No. 6199571101 (Iran); Managing Director of Bakhtar Commercial Company; CEO of Bakhtar Commercial Company (individual) [IRAN-EO13846] (Linked To: BAKHTAR COMMERCIAL COMPANY).

ARAPOV, Georgy Konstantinovich (Cyrillic: АРАПОВ, Георгий Константинович), Russia; DOB 11 Sep 1999; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ARAQI, Abdollah (a.k.a. ARAGHI, Abdollah; a.k.a. ARAQI, Abdullah; a.k.a. ERAGHI, Abdollah; a.k.a. ERAQI, Abdollah); DOB 1945; POB Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Lieutenant Commander, IRGC Ground Force; Deputy Commander, IRGC Ground Forces; Brigadier General; Former Commander, Greater Tehran's Mohammad Rasulollah IRGC; Former Chief, Greater Tehran Revolutionary Guards (individual) [SDGT] [IRGC] [IRAN-HR].

ARAQI, Abdullah (a.k.a. ARAGHI, Abdollah; a.k.a. ARAQI, Abdollah; a.k.a. ERAGHI, Abdollah; a.k.a. ERAQI, Abdollah); DOB 1945; POB Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Lieutenant Commander, IRGC Ground Force; Deputy Commander, IRGC Ground Forces; Brigadier General; Former Commander, Greater Tehran's Mohammad Rasulollah IRGC; Former Chief, Greater Tehran Revolutionary Guards (individual) [SDGT] [IRGC] [IRAN-HR].

ARARAWI, Zaki Abdallah Ibrahim (a.k.a. ARARAWI, Zeki Abdullah Ibrahim (Arabic: زكي عبدالله إبراهيم عرعراوي)), Turkey; DOB 23 May 1961; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9611012701 (Jordan); alt. National ID No. 451025163 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

ARARAWI, Zeki Abdullah Ibrahim (Arabic: زكي عبدالله إبراهيم عرعراوي) (a.k.a. ARARAWI, Zaki Abdallah Ibrahim), Turkey; DOB 23 May 1961; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9611012701 (Jordan); alt. National ID No. 451025163 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

ARASH SHIPPING ENTERPRISES LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22678777) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ARAUJO INZUNZA, Gonzalo (a.k.a. INZUNZA INZUNZA, Gonzalo; a.k.a. LEON ANDRADE, Bernabe; a.k.a. "MACHO PRIETO"), Sonora, Mexico; Mexicali, Baja California, Mexico; DOB 17 Aug 1971; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 040016733 (Mexico); C.U.R.P. IUIG710817HSLNNN08 (Mexico) (individual) [SDNTK].

ARAUJO LAVEAGA, Carmen Amelia, c/o ESTANCIA INFANTIL NINO FELIZ S.C., Culiacan, Sinaloa, Mexico; DOB 29 Jan 1967; POB Sinaloa, Mexico; C.U.R.P. AALC670129MSLRVR00 (Mexico) (individual) [SDNTK].

ARAUJO MONZON, Elvira, Avenida Ramon Lopez Velarde No. 3240, Colonia Presidentes de Mexico, Culiacan, Sinaloa, Mexico; DOB 25 Jan 1961; POB Bacacoragua, Badiraguato, Sinaloa, Mexico; R.F.C. AAME610125-QP6 (Mexico); C.U.R.P. AAME610125MSLRNL05 (Mexico) (individual) [SDNTK] (Linked To: ESTACIONES DE SERVICIOS CANARIAS, S.A. DE C.V.; Linked To: GASOLINERA ALAMOS COUNTRY, S.A. DE C.V.; Linked To: GASOLINERA Y SERVICIOS VILLABONITA, S.A. DE C.V.).

ARAUJO PERALTA, Hector Alfonso, Mexico; DOB 21 Apr 1968; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. AAPH680421HSLRRC05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ARAUJO URIARTE, Alejandra, Blvd. Guillermo Batiz Paredes No. 1100, Col. Buenos Aires, Culiacan, Sinaloa C.P. 80199, Mexico; Blvd. Enrique Felix Castro No. 1029, Col. Desarrollo Urbano Tres Rios, Culiacan, Sinaloa C.P. 80020, Mexico; Blvd. Pedro Infante No. 3050, Col. Recursos Hidraulicos, Culiacan, Sinaloa C.P. 80100, Mexico; Av. Benjamin Hill No. 5602, Col. Industrial el Palmito, Culiacan, Sinaloa C.P. 80160, Mexico; Blvd. Las Torres No. 2622 Pte., Fracc. Prados del Sol, Culiacan, Sinaloa C.P. 80197, Mexico; Lote de terreno urbano 3 manzana A, Avenida Carlos Lineo antes Avenida Andres Quintana Roo, Colonia Burocrata, Clave Catastral 07000-017-071-020-001, Culiacan Sinaloa, Mexico; Calle General Mariano Escobedo y Avenida Ramon Corona, Clave Catastral 07000-07-001-015-001, Culiacan, Sinaloa, Mexico; Avenida Carlos Lineo No. 17 Manzana E, Fraccionamiento Prolongacion Chapultepec, Clave Catastral 7000-018-104-017-001, Culiacan, Sinaloa, Mexico; Avenida Carlos Lineo No. 18 Manzana E, Fraccionamiento Prolongacion Chapultepec, Clave Catastral 7000-018-104-018-001, Culiacan, Sinaloa, Mexico; Lote de terreno urbano 14 manzana 58 zona 9, Avenida Constituyentes Alberto Terrones Benitez, Clave Catastral 7000-028-650-014, Culiacan, Sinaloa, Mexico; Lote de terreno urbano 1 manzana 58 zona 9, Avenida Alberto Terrones Benitez y Calle Francisco J. Mujica, Clave Catastral 7000-

028-650-001, Culiacan, Sinaloa, Mexico; Lote de terreno urbano 23 manzana 5 primera etapa, Avenida Cerro de los Pilares, Clave Catastral 7000-15-170-023, Culiacan, Sinaloa, Mexico; Calle Topolobampo 1628, Fraccionamiento Nuevo Culiacan, Clave Catastral 07000-029-015-050-001, Culiacan, Sinaloa, Mexico; Calle Bahia de Topolobampo 1723, Fraccionamiento Nuevo Culiacan, Clave Catastral 07000-029-015-056-001, Culiacan, Sinaloa, Mexico; Lote de terreno urbano 27 manzana 181, Calle Constituyente Hilario Medina y Avenida Constituyente Antonio Ancona Albertos, Colonia Diaz Ordaz, Clave Catastral 07000-028-181-027-001, Culiacan, Sinaloa, Mexico; Departamento habitacional 103-B edificio 3-B, Calle Carlos Lineo y Avenida Josefa Ortiz de Dominguez 663, Clave Catastral 07000-018-105-029-001, Culiacan, Sinaloa, Mexico; Alvaro Obregon 6040, Colonia Villa Bonita, Culiacan, Sinaloa, Mexico; DOB 09 Feb 1929; alt. DOB 09 Feb 1931; alt. DOB 09 Feb 1932; POB Bacacoragua, Badiraguato, Sinaloa, Mexico; R.F.C. AAUA290209GZ8 (Mexico); C.U.R.P. AAUA290209MSLRRL06 (Mexico) (individual) [SDNTK].

ARAYA NAVARRO, Jimena Romina (a.k.a. "ARAYA, Jimena"; a.k.a. "Rosita"), Venezuela; Colombia; DOB 05 Sep 1983; nationality Venezuela; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 16011070 (Venezuela) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

ARBABSIAR, Mansour (a.k.a. ARBABSIAR, Manssor), 805 Cisco Valley CV, Round Rock, TX 78664, United States; 5403 Everhardt Road, Corpus Christi, TX 78411, United States; DOB 15 Mar 1955; alt. DOB 06 Mar 1955; POB Iran; citizen United States; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C2002515 (Iran); alt. Passport 477845448 (United States); Driver's License No. 07442833 (United States) expires 15 Mar 2016; Driver's License is issued by the State of Texas (individual) [SDGT] [IRGC] [IFSR].

ARBABSIAR, Manssor (a.k.a. ARBABSIAR, Mansour), 805 Cisco Valley CV, Round Rock, TX 78664, United States; 5403 Everhardt Road, Corpus Christi, TX 78411, United States; DOB 15 Mar 1955; alt. DOB 06 Mar 1955; POB Iran; citizen United States; Additional Sanctions

Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C2002515 (Iran); alt. Passport 477845448 (United States); Driver's License No. 07442833 (United States) expires 15 Mar 2016; Driver's License is issued by the State of Texas (individual) [SDGT] [IRGC] [IFSR].

ARBASH, Yusef Mikhail (a.k.a. ARBASH, Yusuf), Russia; DOB Oct 1960; nationality Russia; Gender Male (individual) [PAARSSR-EO13894] (Linked To: HESCO ENGINEERING & CONSTRUCTION CO).

ARBASH, Yusuf (a.k.a. ARBASH, Yusef Mikhail), Russia; DOB Oct 1960; nationality Russia; Gender Male (individual) [PAARSSR-EO13894] (Linked To: HESCO ENGINEERING & CONSTRUCTION CO).

ARBUZOV, Sergey G. (a.k.a. ARBUZOV, Serhiy; a.k.a. ARBUZOV, Serhiy Hennadiyovych); DOB 24 Mar 1976; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Former First Deputy Prime Minister of Ukraine (individual) [UKRAINE-EO13660].

ARBUZOV, Serhiy (a.k.a. ARBUZOV, Sergey G.; a.k.a. ARBUZOV, Serhiy Hennadiyovych); DOB 24 Mar 1976; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Former First Deputy Prime Minister of Ukraine (individual) [UKRAINE-EO13660].

ARBUZOV, Serhiy Hennadiyovych (a.k.a. ARBUZOV, Sergey G.; a.k.a. ARBUZOV, Serhiy); DOB 24 Mar 1976; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Former First Deputy Prime Minister of Ukraine (individual) [UKRAINE-EO13660].

ARC CONSTRUCTION COMPANY LIMITED (a.k.a. AFRICA RESOURCE CORPORATION - ARC; a.k.a. AFRICAN RESOURCE COMPANY; a.k.a. AFRICAN RESOURCE CORPORATION; a.k.a. AFRICAN RESOURCE CORPORATION LIMITED; a.k.a. ARC LIMITED GROUP; a.k.a. ARC RESOURCES CORPORATION LTD), 7300-7398 Juba Rd, Juba, South Sudan; ARC Head Office, Kakora Road, Nimra-Talata, Juba, South Sudan; Organization Established Date 17 Jan 2019; Registration Number 31137 (South

Sudan) [GLOMAG] (Linked To: BOL MEL, Benjamin).

ARC LIMITED GROUP (a.k.a. AFRICA RESOURCE CORPORATION - ARC; a.k.a. AFRICAN RESOURCE COMPANY; a.k.a. AFRICAN RESOURCE CORPORATION; a.k.a. AFRICAN RESOURCE CORPORATION LIMITED; a.k.a. ARC CONSTRUCTION COMPANY LIMITED; a.k.a. ARC RESOURCES CORPORATION LTD), 7300-7398 Juba Rd, Juba, South Sudan; ARC Head Office, Kakora Road, Nimra-Talata, Juba, South Sudan; Organization Established Date 17 Jan 2019; Registration Number 31137 (South Sudan) [GLOMAG] (Linked To: BOL MEL, Benjamin).

ARC RESOURCES CORPORATION LTD (a.k.a. AFRICA RESOURCE CORPORATION - ARC; a.k.a. AFRICAN RESOURCE COMPANY; a.k.a. AFRICAN RESOURCE CORPORATION; a.k.a. AFRICAN RESOURCE CORPORATION LIMITED; a.k.a. ARC CONSTRUCTION COMPANY LIMITED; a.k.a. ARC LIMITED GROUP), 7300-7398 Juba Rd, Juba, South Sudan; ARC Head Office, Kakora Road, Nimra-Talata, Juba, South Sudan; Organization Established Date 17 Jan 2019; Registration Number 31137 (South Sudan) [GLOMAG] (Linked To: BOL MEL, Benjamin).

ARCE BORBOA, Ana Cristina, c/o COPA DE PLATA S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o MINERA LA CASTELLANA Y ANEXAS S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o MINERA RIO PRESIDIO S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o COMPANIA MINERA DEL RIO CIANURY S.A. DE C.V., Culiacan, Sinaloa, Mexico; Calle Artesanos No. 255, Colonia Burocrata, Culiacan, Sinaloa, Mexico; Prof. Raul Franco Barreda 97, Fracc. Arboles, Culiacan, Sinaloa, Mexico; DOB 22 May 1961; POB Navolato, Sinaloa, Mexico; alt. POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. AEBA610522 (Mexico); C.U.R.P. AEBA610522MSLRRN00 (Mexico); alt. C.U.R.P. AEBA610522MSLRRN18 (Mexico) (individual) [SDNTK].

ARCE JARAMILLO, Melba Rosa, Calle Culiacan 101 Int. 702 Col. La Condesa, Mexico City, Mexico; Calle Auehuetes No. 1320 Col. Lomas de Tecamachalco, Mexico City, Mexico; c/o AEROCOMERCIAL ALAS DE COLOMBIA, Bogota, Colombia; DOB 17 Nov 1964; POB Cali, Colombia; Cedula No. 31945032 (Colombia); Passport AI666987 (Colombia); alt. Passport AD369724 (Colombia); alt. Passport

AE869914 (Colombia); alt. Passport PP31235 (Colombia) (individual) [SDNT].

ARCEAGA AGUIRRE, Candelario (a.k.a. ARCEGA AGUIRRE, Candelario; a.k.a. ESCARCEGA AGUIRRE, Candelario; a.k.a. "El Cande"), Tijuana, Baja California, Mexico; DOB 11 Jul 1968; POB Colima, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N00300826 (Mexico); C.U.R.P. AEAC680711HCMRGN03 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

ARCEGA AGUIRRE, Candelario (a.k.a. ARCEAGA AGUIRRE, Candelario; a.k.a. ESCARCEGA AGUIRRE, Candelario; a.k.a. "El Cande"), Tijuana, Baja California, Mexico; DOB 11 Jul 1968; POB Colima, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N00300826 (Mexico); C.U.R.P. AEAC680711HCMRGN03 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

ARCH CONSULTING (Arabic: آرش للإستشارات والدراسات الهندسية ش.م.م) (a.k.a. ARCH CONSULTING AND ENGINEERING; a.k.a. ARCH CONSULTING COMPANY; a.k.a. "ARCH COMPANY"; a.k.a. "ARCH CONSTRUCTION"), Al Huda Building, 2nd Floor, Al Miqdad Street, Haret Hreik, Lebanon; Old Airport Way, Amir Bldg, 4th Floor, Beirut, Lebanon; Website https://www.archconsulting.com.lb/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2008487 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

ARCH CONSULTING AND ENGINEERING (a.k.a. ARCH CONSULTING (Arabic: آرش للإستشارات والدراسات الهندسية ش.م.م); a.k.a. ARCH CONSULTING COMPANY; a.k.a. "ARCH COMPANY"; a.k.a. "ARCH CONSTRUCTION"), Al Huda Building, 2nd Floor, Al Miqdad Street, Haret Hreik, Lebanon; Old Airport Way, Amir Bldg, 4th Floor, Beirut, Lebanon; Website https://www.archconsulting.com.lb/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2008487 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

ARCH CONSULTING COMPANY (a.k.a. ARCH CONSULTING (Arabic: آرش للإستشارات والدراسات الهندسية ش.م.م); a.k.a. ARCH CONSULTING AND ENGINEERING; a.k.a. "ARCH COMPANY"; a.k.a. "ARCH CONSTRUCTION"), Al Huda Building, 2nd Floor, Al Miqdad Street, Haret Hreik, Lebanon; Old Airport Way, Amir Bldg, 4th Floor, Beirut, Lebanon; Website https://www.archconsulting.com.lb/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2008487 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

ARCHAGA CARIAS, Yulan Adonay (a.k.a. "MENDOZA, Alexander"; a.k.a. "PORKY"), Honduras; DOB 13 Feb 1982; alt. DOB 21 Jan 1982; POB San Pedro Sula, Cortes, Honduras; nationality Honduras; Gender Male (individual) [TCO] (Linked To: MS-13).

ARCHI CENTRE I.C.E. LIMITED, 3 Mandeville Place, London, United Kingdom [IRAQ2].

ARCHICONSULT LIMITED, 128 Buckingham Place, London 5, United Kingdom [IRAQ2].

ARCTIC BULKER LIMITED LIABILITY COMPANY (Cyrillic: АРКТИК БАЛКЕР ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ), d. 13 pom. 18, ul. Vodopyanova Pgt., Dikson 647340, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 May 2022; Organization Type: Sea and coastal freight water transport; Tax ID No. 2469004757 (Russia); Government Gazette Number 55487319 (Russia); Registration Number 1222400012218 (Russia) [RUSSIA-EO14024] (Linked To: ARCTIC ENERGY GROUP LIMITED LIABILITY COMPANY).

ARCTIC ENERGY GROUP LIMITED LIABILITY COMPANY (Cyrillic: ГРУППА АРКТИК ЭНЕРДЖИ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU GRUPPA ARKTIK ENERDZHI), d. 3A str. 6 etazh 1 pom. 2, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Aug 2021; Tax ID No. 9704085543 (Russia); Government Gazette Number 48643351 (Russia); Registration Number 1217700401302 (Russia) [RUSSIA-EO14024].

ARCTIC LNG 1 LLC (a.k.a. ARKTIK SPG 1), Mkr Slavyanskii D. 9, Kabinet 333, Novyy Urengoy

629309, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 8904075340 (Russia); Registration Number 1148904001289 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

ARCTIC TRANSSHIPMENT LIMITED LIABILITY COMPANY (Cyrillic: АРКТИЧЕСКАЯ ПЕРЕВАЛКА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. LLC ARKTICHESKAYA PEREVALKA; a.k.a. LLC NOVATEK ZAPADNAYA ARKTIKA), 59 Leninskaya Street, Office 705, Petropavlovsk-Kamchatskiy, Kamchatskiy Territory 683001, Russia; Spolokhi Street, Building 4A, Floor 4, Room 14, Murmansk, Murmansk Region 183025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5190080642 (Russia); Registration Number 1195190002875 (Russia) [RUSSIA-EO14024].

ARCTOS SHIPPING AND TRADE DMCC, 3O-01-5033 Jewellery & Gemplex 3, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 20 Nov 2023; Registration Number DMCC-908401 (United Arab Emirates); alt. Registration Number DMCC198423 (United Arab Emirates) [UKRAINE-EO13662] [RUSSIA-EO14024].

ARD AL-KHAIR INTERNATIONAL COMPANY (a.k.a. ARD AL-KHER INTERNATIONAL COMPANY; a.k.a. GOOD LAND COMPANY (Arabic: شركة ارض الخير); a.k.a. GOOD LAND INTERNATIONAL COMPANY (Arabic: شركة ارض الخير الدولية); a.k.a. GOOD LAND INTERNATIONAL COMPANY FOR THE IMPORTING AND EXPORTING OF VEGETABLES AND FRUIT (Arabic: شركة ارض الخير الدولية لاستيراد وتصدير الخضار و الفواكة); a.k.a. GOOD LAND LIMITED LIABILITY COMPANY), Duma, Syria; Oman; Jordan; Egypt; Organization Established Date 1995; alt. Organization Established Date 2016; Organization Type: Wholesale of food, beverages and tobacco; Registration Number 10845 (Syria) [PAARSSR-EO13894] (Linked To: KHITI, Amer Taysir).

ARD AL-KHER INTERNATIONAL COMPANY (a.k.a. ARD AL-KHAIR INTERNATIONAL COMPANY; a.k.a. GOOD LAND COMPANY (Arabic: شركة ارض الخير); a.k.a. GOOD LAND INTERNATIONAL COMPANY (Arabic: شركة ارض الخير الدولية); a.k.a. GOOD LAND INTERNATIONAL COMPANY FOR THE IMPORTING AND EXPORTING OF VEGETABLES AND FRUIT (Arabic: شركة ارض الخير الدولية لاستيراد وتصدير الخضار و الفواكة); a.k.a. GOOD LAND LIMITED LIABILITY COMPANY), Duma, Syria; Oman; Jordan; Egypt; Organization Established Date 1995; alt. Organization Established Date 2016; Organization Type: Wholesale of food, beverages and tobacco; Registration Number 10845 (Syria) [PAARSSR-EO13894] (Linked To: KHITI, Amer Taysir).

ARD AL-MUSAL COMPANY FOR TOURISM AND TRAVEL LLC (a.k.a. AL-MASSAL LAND TRAVEL AND TOURISM COMPANY), Property Number 20362/4, Street 7, Sector 714, Zayuna, Baghdad, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2014; Organization Type: Travel agency activities [SDGT] (Linked To: AL-HAMIDAWI, Awqad Muhsin Faraj).

ARDAKANI HOSEIN, Gholamreza Ebrahimzadeh (a.k.a. ARDAKANI, Gholam Reza Ebrahimzadeh; a.k.a. ARDAKANI, Gholamreza Ebrahimzadeh; a.k.a. "Denise Lee"), Iran; DOB 20 Aug 1992; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M34961597 (Iran) expires 27 Sep 2020; National ID No. 4440049443 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

ARDAKANI, Gholam Reza Ebrahimzadeh (a.k.a. ARDAKANI HOSEIN, Gholamreza Ebrahimzadeh; a.k.a. ARDAKANI, Gholamreza Ebrahimzadeh; a.k.a. "Denise Lee"), Iran; DOB 20 Aug 1992; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M34961597 (Iran) expires 27 Sep 2020; National ID No. 4440049443 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

ARDAKANI, Gholamreza Ebrahimzadeh (a.k.a. ARDAKANI HOSEIN, Gholamreza Ebrahimzadeh; a.k.a. ARDAKANI, Gholam Reza Ebrahimzadeh; a.k.a. "Denise Lee"), Iran; DOB 20 Aug 1992; nationality Iran; Additional Sanctions Information - Subject to Secondary

Sanctions; Gender Male; Passport M34961597 (Iran) expires 27 Sep 2020; National ID No. 4440049443 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

ARDAKANI, Hosein Hatefi (a.k.a. ARDAKANI, Hossein Hatefi; a.k.a. ARDAKANI, Hussein Hatefi; a.k.a. ARDEKANI, Hossein Hatafi; a.k.a. "Seatha Murugiah"), Tehran, Iran; DOB 21 Sep 1985; POB Ardakan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U34290111 (Iran); National ID No. 4449916581 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

ARDAKANI, Hossein Hatefi (a.k.a. ARDAKANI, Hosein Hatefi; a.k.a. ARDAKANI, Hussein Hatefi; a.k.a. ARDEKANI, Hossein Hatafi; a.k.a. "Seatha Murugiah"), Tehran, Iran; DOB 21 Sep 1985; POB Ardakan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U34290111 (Iran); National ID No. 4449916581 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

ARDAKANI, Hussein Hatefi (a.k.a. ARDAKANI, Hosein Hatefi; a.k.a. ARDAKANI, Hossein Hatefi; a.k.a. ARDEKANI, Hossein Hatafi; a.k.a. "Seatha Murugiah"), Tehran, Iran; DOB 21 Sep 1985; POB Ardakan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U34290111 (Iran); National ID No. 4449916581 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

ARDAKANI, Masoud Mahdavi (Arabic: مسعود مهدوى اردكانى), Tehran, Iran; DOB 06 Sep 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1286869943 (Iran) (individual) [IRAN-EO13902] (Linked To: TEJARAT HERMES ENERGY QESHM).

ARDAKANI, Mehdi Hosein Ebrahimzadeh (a.k.a. EBRAHIMZADEH, Mahdi); DOB 1985; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4449759990 (Iran) (individual) [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed).

ARDALAN MACHINERIES COMPANY (a.k.a. SAHAND ALUMINUM PARTS INDUSTRIAL COMPANY; a.k.a. SHAHID HEMMAT INDUSTRIAL GROUP; a.k.a. "ARMACO"; a.k.a. "SAPICO"; a.k.a. "SHIG"), Damavand Tehran Highway, Tehran, Iran; P.O. Box 16595-159, Tehran, Iran; No. 5, Eslami St., Golestane Sevvom St., Pasdaran St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ARDEKANI, Hossein Hatafi (a.k.a. ARDAKANI, Hosein Hatefi; a.k.a. ARDAKANI, Hossein Hatefi; a.k.a. ARDAKANI, Hussein Hatefi; a.k.a. "Seatha Murugiah"), Tehran, Iran; DOB 21 Sep 1985; POB Ardakan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U34290111 (Iran); National ID No. 4449916581 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

ARDESTANI, Mohammad Mahdi Khanpour (Arabic: محمدمهدی خانپور اردستانی) (a.k.a. KHANI, Mohammad; a.k.a. KHANPUR, Ali Akbar; a.k.a. KHANPUR, Mohammad Mehdi Ali Akbar), Iran; Venezuela; DOB 21 Sep 1980; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A37895565 (Iran) expires 25 Jul 2021; National ID No. 1189355825 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ARDHAN BIN ABU JIBRIL, Muhammad Ricky (a.k.a. ABDUL RAHMAN, Muhammad Jibriel; a.k.a. ABDUL RAHMAN, Muhammad Jibril; a.k.a. ABDURRAHMAN, Mohammad Jibriel; a.k.a. ABDURRAHMAN, Mohammad Jibril; a.k.a. ARDHAN BIN MUHAMMAD IQBAL, Muhammad Ricky; a.k.a. ARDHAN, Muhamad Ricky; a.k.a. "SYAH, Heris"; a.k.a. "YUNUS, Muhammad"), Jl. M Saidi RT 010 RW 001 Pesanggrahan, South Petukangan, South Jakarta, Indonesia; Jl. Nakula of Witana Harja Complex, Block C, Pamulang, Tangerang, Banten, Indonesia; DOB 28 May 1984; alt. DOB 03 Dec 1979; alt. DOB 08 Aug 1980; alt. DOB 03 Mar 1979; POB East Lombok, West Nusa Tenggara, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport S335026 (Indonesia); National ID No. 3219222002.2181558; Identification Number 2181558 (individual) [SDGT].

ARDHAN BIN MUHAMMAD IQBAL, Muhammad Ricky (a.k.a. ABDUL RAHMAN, Muhammad Jibriel; a.k.a. ABDUL RAHMAN, Muhammad Jibril; a.k.a. ABDURRAHMAN, Mohammad Jibriel; a.k.a. ABDURRAHMAN, Mohammad Jibril; a.k.a. ARDHAN BIN ABU JIBRIL, Muhammad Ricky; a.k.a. ARDHAN, Muhamad Ricky; a.k.a. "SYAH, Heris"; a.k.a. "YUNUS, Muhammad"), Jl. M Saidi RT 010 RW 001 Pesanggrahan, South Petukangan, South Jakarta, Indonesia; Jl. Nakula of Witana Harja Complex, Block C, Pamulang, Tangerang, Banten, Indonesia; DOB 28 May 1984; alt. DOB 03 Dec 1979; alt. DOB 08 Aug 1980; alt. DOB 03 Mar 1979; POB East Lombok, West Nusa Tenggara, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport S335026 (Indonesia); National ID No. 3219222002.2181558; Identification Number 2181558 (individual) [SDGT].

ARDHAN, Muhamad Ricky (a.k.a. ABDUL RAHMAN, Muhammad Jibriel; a.k.a. ABDUL RAHMAN, Muhammad Jibril; a.k.a. ABDURRAHMAN, Mohammad Jibriel; a.k.a. ABDURRAHMAN, Mohammad Jibril; a.k.a. ARDHAN BIN ABU JIBRIL, Muhammad Ricky; a.k.a. ARDHAN BIN MUHAMMAD IQBAL, Muhammad Ricky; a.k.a. "SYAH, Heris"; a.k.a. "YUNUS, Muhammad"), Jl. M Saidi RT 010 RW 001 Pesanggrahan, South Petukangan, South Jakarta, Indonesia; Jl. Nakula of Witana Harja Complex, Block C, Pamulang, Tangerang, Banten, Indonesia; DOB 28 May 1984; alt. DOB 03 Dec 1979; alt. DOB 08 Aug 1980; alt. DOB 03 Mar 1979; POB East Lombok, West Nusa Tenggara, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport S335026 (Indonesia); National ID No. 3219222002.2181558; Identification Number 2181558 (individual) [SDGT].

ARDIS-BEARINGS LLC, Office 35, Number2, 1/13/6 Pokrovka Street, Moscow 101000, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] (Linked To: KOREA TANGUN TRADING CORPORATION).

AREA JOINT STOCK COMPANY (a.k.a. AO PLOSHCHAD), Ul. Chahginskaya, D. 4, Str. 13, Pomeshch 9/3, Moscow 109380, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Jul 2023; Tax ID No. 9723203841 (Russia); Registration Number 1237700463032 (Russia) [RUSSIA-EO14024].

ARECHIGA GAMBOA, Jose Rodrigo (a.k.a. "CHINO ANTRAX"), Calle Clavel 1487, Colonia Margarita, Culiacan, Sinaloa, Mexico; DOB 15 Jun 1980; POB Culiacan, Sinaloa, Mexico; Passport 040061677 (Mexico); Driver's License No. ARGARD80061 (Mexico); C.U.R.P. AEGR800615HSLRMD01 (Mexico) (individual) [SDNTK].

AREFYEV, Nikolay Vasilyevich (Cyrillic: АРЕФЬЕВ, Николай Васильевич), Russia; DOB 11 Mar 1949; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AREGON, Max (a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

ARELLANO FELIX DE TOLEDO, Enedina (a.k.a. ARELLANO FELIX, Enedina), c/o Farmacia Vida Suprema, S.A. DE C.V., Tijuana, Baja California, Mexico; DOB 12 Apr 1961 (individual) [SDNTK].

ARELLANO FELIX ORGANIZATION (a.k.a. AFO; a.k.a. TIJUANA CARTEL), Mexico [SDNTK].

ARELLANO FELIX, Benjamin Alberto; DOB 12 Mar 1952; alt. DOB 08 Nov 1954; alt. DOB 11 Aug 1955; POB Mexico (individual) [SDNTK].

ARELLANO FELIX, Eduardo Ramon (a.k.a. ARELLANO FELIX, Javier Eduardo); DOB 10 Nov 1956; POB Mexico (individual) [SDNTK].

ARELLANO FELIX, Enedina (a.k.a. ARELLANO FELIX DE TOLEDO, Enedina), c/o Farmacia Vida Suprema, S.A. DE C.V., Tijuana, Baja California, Mexico; DOB 12 Apr 1961 (individual) [SDNTK].

ARELLANO FELIX, Francisco Javier (a.k.a. ARELLANO FELIX, Javier; a.k.a. BELTRAN MEZA, Ramon; a.k.a. DIAZ MEDINA, Javier; a.k.a. LARA ALVAREZ, Jose Luis); DOB 21 Nov 1969; alt. DOB 12 Dec 1969; POB Culiacan, Sinaloa, Mexico (individual) [SDNTK].

ARELLANO FELIX, Javier (a.k.a. ARELLANO FELIX, Francisco Javier; a.k.a. BELTRAN MEZA, Ramon; a.k.a. DIAZ MEDINA, Javier; a.k.a. LARA ALVAREZ, Jose Luis); DOB 21 Nov 1969; alt. DOB 12 Dec 1969; POB Culiacan, Sinaloa, Mexico (individual) [SDNTK].

ARELLANO FELIX, Javier Eduardo (a.k.a. ARELLANO FELIX, Eduardo Ramon); DOB 10 Nov 1956; POB Mexico (individual) [SDNTK].

ARELLANO FELIX, Ramon Eduardo (a.k.a. COMACHO RODRIGUES, Gilberto; a.k.a. TORRES MENDEZ, Ramon); DOB 31 Aug 1964; POB Mexico (individual) [SDNTK].

AREN SHIP MANAGEMENT (a.k.a. M/S AREN SHIP MANAGEMENT), BH Tower, 36A, Road No 7, Ranavola, Dhaka 1230, Bangladesh; Organization Established Date 2019; Identification Number IMO 6088476; Business Registration Number P-43221 (Bangladesh) [IRAN-EO13902].

ARENAS DE LORETO, Pedro Moreno 1421, Col. Americana, Guadalajara, Jalisco 44160, Mexico; Playon de Mismaloya s/n, La Cruz de Loreto, Tomatlan, Jalisco 48460, Mexico; Website www.arenasdeloreto.com [SDNTK].

ARENDOFF OOO (a.k.a. LIMITED LIABILITY COMPANY ARENDOFF), per. Sezzhinski, d. 3 str. 1, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7710724547 (Russia); Registration Number 1087746891594 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

ARENIN, Sergei Petrovich (Cyrillic: АРЕНИН, Сергей Петрович), Russia; DOB 29 Aug 1958; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ARES SHIPPING LIMITED (a.k.a. ARES SHIPPING LTD), Room 3B, Level 3, Silver Centre, 351 & 353, King's Road, North Point, Hong Kong, China; Organization Established Date 07 Mar 2024; Identification Number IMO 6480761; Business Registration Number 76281284 (Hong Kong) [IRAN-EO13902].

ARES SHIPPING LTD (a.k.a. ARES SHIPPING LIMITED), Room 3B, Level 3, Silver Centre, 351 & 353, King's Road, North Point, Hong Kong, China; Organization Established Date 07 Mar 2024; Identification Number IMO 6480761; Business Registration Number 76281284 (Hong Kong) [IRAN-EO13902].

ARESHEV, Andrey Grigoryevich, Russia; DOB 21 Jul 1974; nationality Russia; Gender Male (individual) [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

ARFA IRON & STEEL COMPANY (a.k.a. ARFA IRON AND STEEL COMPANY; a.k.a. ARFA STEEL), No. 4, 4th Floor, Iraj Allay, Nelson Mandela (Africa) Street, Tehran, Iran; 25 km into the Ardakan-Nain Road, Ardakan, Iran; Website www.arfasteel.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 242295 (Iran) [IRAN-EO13871].

ARFA IRON AND STEEL COMPANY (a.k.a. ARFA IRON & STEEL COMPANY; a.k.a. ARFA STEEL), No. 4, 4th Floor, Iraj Allay, Nelson Mandela (Africa) Street, Tehran, Iran; 25 km into the Ardakan-Nain Road, Ardakan, Iran; Website www.arfasteel.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 242295 (Iran) [IRAN-EO13871].

ARFA PAINT COMPANY (a.k.a. ARFEH COMPANY; a.k.a. FARASEPEHR ENGINEERING COMPANY; a.k.a. HOSSEINI NEJAD TRADING CO.; a.k.a. IRAN SAFFRON COMPANY; a.k.a. IRANSAFFRON CO; a.k.a. SHETAB G; a.k.a. SHETAB GAMAN; a.k.a. SHETAB TRADING; a.k.a. Y.A.S. CO LTD.; a.k.a. YASA PART), West Lavansai, Tehran 009821, Iran; Sa'adat Abaad, Shahrdari Sq Sarv Building, 9th Floor, Unit 5, Tehran, Iran; No 17, Balooch Alley, Vaezi St, Shariati Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ARFA STEEL (a.k.a. ARFA IRON & STEEL COMPANY; a.k.a. ARFA IRON AND STEEL COMPANY), No. 4, 4th Floor, Iraj Allay, Nelson Mandela (Africa) Street, Tehran, Iran; 25 km into the Ardakan-Nain Road, Ardakan, Iran; Website www.arfasteel.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 242295 (Iran) [IRAN-EO13871].

ARFADA PETROLEUM COMPANY JSC (a.k.a. ARFADA PETROLEUM PRIVATE JOINT STOCK COMPANY (Arabic: شركة أرفادا البترولية المساهمة المغفلة الخاصة); a.k.a. ARVADA PETROLEUM COMPANY JSC), Mashroua Dummar, Lot No. 13, Building 12/2, Damascus, Syria; Website https://www.arfada.com/; Organization Established Date 24 Apr 2018; Organization Type: Support activities for petroleum and natural gas extraction; Registration Number 18394 (Syria) [PAARSSR-EO13894].

ARFADA PETROLEUM PRIVATE JOINT STOCK COMPANY (Arabic: شركة أرفادا البترولية المساهمة المغفلة الخاصة) (a.k.a. ARFADA PETROLEUM COMPANY JSC; a.k.a. ARVADA PETROLEUM COMPANY JSC), Mashroua Dummar, Lot No. 13, Building 12/2, Damascus, Syria; Website https://www.arfada.com/; Organization Established Date 24 Apr 2018; Organization Type: Support activities for petroleum and natural gas extraction; Registration Number 18394 (Syria) [PAARSSR-EO13894].

ARFEH COMPANY (a.k.a. ARFA PAINT COMPANY; a.k.a. FARASEPEHR ENGINEERING COMPANY; a.k.a. HOSSEINI NEJAD TRADING CO.; a.k.a. IRAN SAFFRON COMPANY; a.k.a. IRANSAFFRON CO; a.k.a. SHETAB G; a.k.a. SHETAB GAMAN; a.k.a. SHETAB TRADING; a.k.a. Y.A.S. CO LTD.; a.k.a. YASA PART), West Lavansai, Tehran 009821, Iran; Sa'adat Abaad, Shahrdari Sq Sarv Building, 9th Floor, Unit 5, Tehran, Iran; No 17, Balooch Alley, Vaezi St, Shariati Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ARFEL TRANSPORTADORA COOL LOGISTIC, S.A. DE C.V. (a.k.a. "ARFEL COOL LOGISTICS"), Guadalajara, Jalisco, Mexico; Organization Established Date 17 Nov 2015; Folio Mercantil No. 93093 (Mexico) [ILLICIT-DRUGS-EO14059].

ARGO TANKER GROUP LLC, Office 139, Building 2, Naberezhnaya Presnenskaya 10, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9703142189 (Russia); Identification Number IMO 6426832 [UKRAINE-EO13662] [RUSSIA-EO14024].

ARGON OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ARGON; a.k.a. "ARGON"), Ul. Saratovskoe Shosse D. 2, Balakovo 413841, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jun 2005; Tax ID No.

6454074501 (Russia); Government Gazette Number 75969440 (Russia); Registration Number 1056405421192 (Russia) [RUSSIA-EO14024] (Linked To: UMATEX JOINT-STOCK COMPANY).

ARGOS (Cyrillic: АРГОС), Ul. Morisa Toreza D. 1 B, Samara 443093, Russia; Ul. Tsentralnaya D. 15/10, Kogalym 628483, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Support activities for petroleum and natural gas extraction; Tax ID No. 6311079117 (Russia); Registration Number 1056311044998 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

ARGUMENT JSC (a.k.a. JOINT STOCK COMPANY ARGUMENT; a.k.a. JSC ARGUMENT), Ul. 2-Ya Entuziastov D. 5, K. 40, Floor 4, Kom. 8A, Office 3, Moscow 111024, Russia; Office 36, ul Novorossiyskaya 163R, Gelendzhik, Krasnodarskiy Kray 353460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Dec 2020; Tax ID No. 7720649916 (Russia); Identification Number IMO 6297782; Registration Number 1207700471110 (Russia) [RUSSIA-EO14024] (Linked To: PUTIN, Vladimir Vladimirovich).

ARGUS SFK AO (a.k.a. ARGUS SFK OOO; a.k.a. JOINT STOCK COMPANY ARGUS SFK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АРГУС СФК)), Zavodskaya St., Building 1, Serovskiy District, Vostochny, Sverdlovsk Region 624975, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 May 2005; Tax ID No. 6680008541 (Russia); Registration Number 1186658094083 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ARGUS HOLDING).

ARGUS SFK OOO (a.k.a. ARGUS SFK AO; a.k.a. JOINT STOCK COMPANY ARGUS SFK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АРГУС СФК)), Zavodskaya St., Building 1, Serovskiy District, Vostochny, Sverdlovsk Region 624975, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 May 2005; Tax ID No. 6680008541 (Russia); Registration Number 1186658094083 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ARGUS HOLDING).

ARGUS-KHOLDING AO (a.k.a. JOINT STOCK COMPANY ARGUS HOLDING (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АРГУС ХОЛДИНГ)), Osnovinskaya St., Building 10, Floor 12, Office 1222, Ekaterinburg 620041, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Jan 2009; Tax ID No. 7718750919 (Russia); Registration Number 1097746027125 (Russia) [RUSSIA-EO14024].

ARHAYM, 'Umar Mahmud (a.k.a. AL-KUBAYSI ARHAYM, Umar Mahmud; a.k.a. AL-KUBAYSI, 'Umar; a.k.a. AL-KUBAYSI, Umar Mahmud Rahim; a.k.a. AL-QUBAYSI, Umar Mahmud Rahim; a.k.a. RAHIM, 'Umar Mahmud), al-Qaim, al-Anbar Province, Iraq; DOB 01 Jan 1967; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ARIA NIKAN (a.k.a. ARIA NIKAN MARINE INDUSTRY; a.k.a. PERGAS ARIA MOVALLED LTD.), Suite 1, 59 Azadi Ali North Sohrevardi Avenue, Tehran, Iran; No. 1 alloy 7 koy-e-nasr street, Tehran 144875, Iran; Aria Nikan Tehran PJS, Suite 59, No 2 Azadi Alley, North Sohrevardi Street, Tehran, Iran; Suite 4, No. 8 Iraj Alley, Mozafarikhah Avenue, Golha Street, Golha Square, Tehran, Iran; Website www.arianikan.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ARIA NIKAN MARINE INDUSTRY (a.k.a. ARIA NIKAN; a.k.a. PERGAS ARIA MOVALLED LTD.), Suite 1, 59 Azadi Ali North Sohrevardi Avenue, Tehran, Iran; No. 1 alloy 7 koy-e-nasr street, Tehran 144875, Iran; Aria Nikan Tehran PJS, Suite 59, No 2 Azadi Alley, North Sohrevardi Street, Tehran, Iran; Suite 4, No. 8 Iraj Alley, Mozafarikhah Avenue, Golha Street, Golha Square, Tehran, Iran; Website www.arianikan.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ARIA ROYAL CONSTRUCTION COMPANY (a.k.a. ROYAL ARYA CO.), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ARIA SINA CONTROL INTERNATIONAL TECHNICAL INSPECTION CO. (a.k.a. "ASCO INTERNATIONAL"), 2nd floor, No. 6, Gord West, Bidar, Fershteh St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846

information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 31 Jul 2011; Registration Number 409460 (Iran) [IRAN-EO13846].

ARIAN BANK, House 103, Shir Ali Khan Street, Charahi Torabaz Khan, District 10, Kabul, Afghanistan; Sherpoor, Hajj and religious affairs directorate Square, Etisalat Street, Kabul, Afghanistan; Opposite of Attorney General, Hanzala Mosque Road, Shahre now, Kabul, Afghanistan; PO Box 5810, Afghanistan; Ferdawsi Street (old telecommunication street), Between Alley 12 & 14, Herat, Afghanistan; SWIFT/BIC AFABAFKA; Website www.arian-bank.com.af; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Offices Worldwide [SDGT] [IFSR] (Linked To: BANK MELLI IRAN).

ARIAN PASARGAD COMMUNICATIONS AND INFORMATION TECHNOLOGY ECOSYSTEM DEVELOPMENT COMPANY (Arabic: شرکت توسعه زیست بوم فناوری اطلاعات و ارتباطات پاسارگاد آریان) (a.k.a. FANAP ECOSYSTEM DEVELOPMENT COMPANY; a.k.a. SHERKET TOSEH-E BOM ZEIST FANAVARI ETELAHAAT VE ERTEBATAAT ARIA PASARGAD), Unit 5, Floor 3, Pasargad Bank Building, No. 2, Taban Sharghi Alley, Nelson Mandela Boulevard, Kavusiyeh, Central District, Tehran, Tehran Province 1917635834, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Jun 2012; National ID No. 10320788281 (Iran); Registration Number 426572 (Iran) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

ARIAN PASARGAD COMMUNICATIONS AND INFORMATION TECHNOLOGY INFRASTRUCTURE COMPANY (Arabic: شرکت فناوری اطلاعات و ارتباطات زیرساخت پاسارگاد آریان) (a.k.a. FANAP INFRASTRUCTURE; a.k.a. PASARGAD ARYAN INFORMATION TECHNOLOGY AND COMMUNICATION COMPANY; a.k.a. SHERKAT-E ZIR SAKHT FANAVARI ETELAAT VE ERTEBATAT PASARGAD ARIAN; a.k.a. ZIRSAKHT FANAVARI ETELAAT VA ERTEBATAT PASARGAD ARYAN), No. 11, Kish St., North Didar St., Haghani Highway, Tehran 1518846811, Iran; Additional Sanctions

Information - Subject to Secondary Sanctions; National ID No. 10102704476 (Iran); Registration Number 229347 (Iran) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

ARIAS MONGE, Alejandro (a.k.a. "Diablo"), Limon, Costa Rica; DOB 19 Sep 1984; POB Guapiles Pococi, Limon, Costa Rica; nationality Costa Rica; Gender Male; Cedula No. 701600166 (Costa Rica) (individual) [ILLICIT-DRUGS-EO14059].

ARIAS PONCE, Erandiny Jazmin, Mexico; DOB 29 Sep 1990; POB Nayarit, Mexico; nationality Mexico; Gender Female; C.U.R.P. AIPE900929MNTRNR09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ARIES GLOBAL INVESTMENT LIMITED (a.k.a. ARIES GLOBAL INVESTMENT LTD), Room 2611, 26th Floor, Southeast Technology R&D Center, 438, Jincheng Lu, Xiaoshan Qu, Hangzhou, Zhejiang, China; Rm A 20/F ZJ 300, 300 LOCKHART RD, Wan Chai, Hong Kong, China; Identification Number IMO 0052971; Registration Number 76957722 (Hong Kong) issued 19 Aug 2024 [VENEZUELA-EO13850].

ARIES GLOBAL INVESTMENT LTD (a.k.a. ARIES GLOBAL INVESTMENT LIMITED), Room 2611, 26th Floor, Southeast Technology R&D Center, 438, Jincheng Lu, Xiaoshan Qu, Hangzhou, Zhejiang, China; Rm A 20/F ZJ 300, 300 LOCKHART RD, Wan Chai, Hong Kong, China; Identification Number IMO 0052971; Registration Number 76957722 (Hong Kong) issued 19 Aug 2024 [VENEZUELA-EO13850].

ARIF, Said (a.k.a. ABDALLAH AL-JAZAIRI; a.k.a. ARIF, Said Mohamed; a.k.a. CHABANI, Slimane; a.k.a. GHARIB, Omar; a.k.a. "ABDERAHMANE"; a.k.a. "ABDERRAHMANE"; a.k.a. "SOULEIMAN"), Syria; DOB 05 Dec 1965; POB Oran, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ARIF, Said Mohamed (a.k.a. ABDALLAH AL-JAZAIRI; a.k.a. ARIF, Said; a.k.a. CHABANI, Slimane; a.k.a. GHARIB, Omar; a.k.a. "ABDERAHMANE"; a.k.a. "ABDERRAHMANE"; a.k.a. "SOULEIMAN"), Syria; DOB 05 Dec 1965; POB Oran, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ARIHANT SHIPPING INC., Panama City, Panama; Organization Established Date 29 Nov 2019; Identification Number IMO 6137793; Folio Mercantil No. 155688452 (Panama) [IRAN-EO13902].

ARIMERO HOLDING LIMITED, Agiou Andreou, 332, Partician Chambers, Limassol 3035, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration Number C146742 (Cyprus) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

ARIOTEK (Arabic: آریوتک) (a.k.a. RAYAN ROSHD AFZAR COMPANY (Arabic: شرکت رایان رشد افزار); a.k.a. RAYAN ROSHD COMPANY; a.k.a. "RAYAN ROSHD"), No. 16, Barazandeh St., North Sohrevardi St., Seyed Khandan, Tehran, Iran; Number 24 Barzandeh St., North Sohrevardi Ave., Tehran, Iran; North Unit, Third Floor, Plaque 2, South Yasman Street, Fourth Yas Street, Railway Town, Central District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 27 May 2001; National ID No. 10102168390 (Iran); Registration Number 174449 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ARISTOS MARITIME INCORPORATED, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6252035 [UKRAINE-EO13662] [RUSSIA-EO14024].

ARIZONA S.A., Carrera 8N No. 17A-12, Cartago, Colombia; NIT # 836000489-0 (Colombia) [SDNT].

ARJAN ELECTRICITY AND ENERGY GENERATION MANAGEMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

ARKADIA MARITIME INCORPORATED, Trust Company Complex Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.

Sec. 5(a)(iv); Identification Number IMO 6424059 [IRAN-EO13846].

ARKADIEV, Vladimir Mikhailovich (Cyrillic: АРКАДЬЕВ, Владимир Михайлович) (a.k.a. ARKADZYEU, Uladzimir Mihaylavych (Cyrillic: АРКАДЗЬЕЎ, Уладзімір Міхайлавіч)), Belarus; DOB 23 Apr 1965; POB Russia; nationality Russia; Gender Male; Passport KH1935655 (Russia) expires 16 Jan 2028; National ID No. 3230465K000PB5 (Belarus) (individual) [BELARUS-EO14038].

ARKADZYEU, Uladzimir Mihaylavych (Cyrillic: АРКАДЗЬЕЎ, Уладзімір Міхайлавіч) (a.k.a. ARKADIEV, Vladimir Mikhailovich (Cyrillic: АРКАДЬЕВ, Владимир Михайлович)), Belarus; DOB 23 Apr 1965; POB Russia; nationality Russia; Gender Male; Passport KH1935655 (Russia) expires 16 Jan 2028; National ID No. 3230465K000PB5 (Belarus) (individual) [BELARUS-EO14038].

ARKAN MARS PETROLEUM COMPANY FOR OIL DERIVATIVES IMPORTS (a.k.a. ARKAN MARS PETROLEUM COMPANY FOR OIL PRODUCTS IMPORTS (Arabic: شركة اركان مارس بتروليم لاستيراد المشتقات النفطية); a.k.a. ARKAN MARS PETROLEUM DERIVATIVES IMPORT COMPANY LIMITED), Sana'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Mar 2019; Tax ID No. 48507 (Yemen); Registration Number 1876/19 (Yemen) [SDGT] (Linked To: ANSARALLAH).

ARKAN MARS PETROLEUM COMPANY FOR OIL PRODUCTS IMPORTS (Arabic: شركة اركان مارس بتروليم لاستيراد المشتقات النفطية) (a.k.a. ARKAN MARS PETROLEUM COMPANY FOR OIL DERIVATIVES IMPORTS; a.k.a. ARKAN MARS PETROLEUM DERIVATIVES IMPORT COMPANY LIMITED), Sana'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Mar 2019; Tax ID No. 48507 (Yemen); Registration Number 1876/19 (Yemen) [SDGT] (Linked To: ANSARALLAH).

ARKAN MARS PETROLEUM DERIVATIVES IMPORT COMPANY LIMITED (a.k.a. ARKAN MARS PETROLEUM COMPANY FOR OIL DERIVATIVES IMPORTS; a.k.a. ARKAN MARS PETROLEUM COMPANY FOR OIL PRODUCTS IMPORTS (Arabic: شركة اركان مارس بتروليم لاستيراد المشتقات النفطية)), Sana'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Organization Established Date 07 Mar 2019; Tax ID No. 48507 (Yemen); Registration Number 1876/19 (Yemen) [SDGT] (Linked To: ANSARALLAH).

ARKAN MARS PETROLEUM DMCC (Arabic: اركان مارس بتروليوم م.د.م.س, Dome Tower, Cluster N, Office 1305 & 1306, Jumeirah Lake Towers, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Apr 2019; Organization Type: Support activities for petroleum and natural gas extraction; Registration Number DMCC-684373 (United Arab Emirates) [SDGT] (Linked To: ANSARALLAH).

ARKAN MARS PETROLEUM FZE, Floor 16, Gold Tower, Jumeirah Lake Towers, Al Thanyah 5, Cluster I Street, Dubai, United Arab Emirates; Ajman, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Apr 2020; Registration Number 18617 (United Arab Emirates) [SDGT] (Linked To: ANSARALLAH).

ARKEDYA GIDA TEKSTIL DIS TICARET SANAYI LIMITED SIRKETI (Latin: ARKEDYA GIDA TEKSTIL DIŞ TICARET SANAYI LIMITED ŞIRKETI), Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 0079083747700001 (Turkey); Registration Number 2759 (Turkey) [NPWMD] [IFSR] (Linked To: QIAN XI LONG TRADING CO LIMITED).

ARKHAROV, Yuri Viktorovich (Cyrillic: АРХАРОВ, Юрий Викторович), Russia; DOB 13 Jun 1977; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ARKTEC DOO (a.k.a. ARKTEC TEHNOLOGIJE NA PODROCJU ELEKTRONIKE DOO), Grajski Trg 15, Zuzemberk 8360, Slovenia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 16665236 (Slovenia); Registration Number 6186700000 (Slovenia) [RUSSIA-EO14024] (Linked To: KHOKHLUN, Andrei Rostislavovich).

ARKTEC TEHNOLOGIJE NA PODROCJU ELEKTRONIKE DOO (a.k.a. ARKTEC DOO), Grajski Trg 15, Zuzemberk 8360, Slovenia;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 16665236 (Slovenia); Registration Number 6186700000 (Slovenia) [RUSSIA-EO14024] (Linked To: KHOKHLUN, Andrei Rostislavovich).

ARKTICHESKIE MORSKIE INZHERNO GEOLOGICHESKIE EKSPEDITSII AO (Cyrillic: АРКТИЧЕСКИЕ МОРСКИЕ ИНЖЕРНО ГЕОЛОГИЧЕСКИЕ ЭКСПЕДИЦИИ АО) (a.k.a. AMIGE AO (Cyrillic: АМИГЭ АО)), Ulitsa Karla Marksa. Dom 19, Murmansk 183025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5199000024 (Russia); Registration Number 1035100184811 (Russia) [RUSSIA-EO14024].

ARKTIK SPG 1 (a.k.a. ARCTIC LNG 1 LLC), Mkr Slavyanskii D. 9, Kabinet 333, Novyy Urengoy 629309, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 8904075340 (Russia); Registration Number 1148904001289 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

ARKTIK SPG 3, Mkr Slavyanskii D. 9, Kabinet 325, Novyy Urengoy 629309, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8904075364 (Russia); Registration Number 1148904001311 (Russia) [RUSSIA-EO14024].

ARLANI ZADEH, Vali (a.k.a. ARLANIZADEH, Vali (Arabic: ولی ارلنی زاده)), Iran; DOB 22 Nov 1979; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2802738003 (Iran) (individual) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

ARLANIZADEH, Vali (Arabic: ولی ارلنی زاده) (a.k.a. ARLANI ZADEH, Vali), Iran; DOB 22 Nov 1979; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2802738003 (Iran) (individual) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

ARMADA GLOBAL SHIPPING DMCC (Arabic: ارمادا غلوبال شيبينغ م.د.م.س), Unit No: 2702 JBCI Plot No: JLT-PH1-G2A, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Organization Established Date 24 Nov 2022; Identification Number IMO 6405289; Registration Number DMCC-867802 (United Arab Emirates); Economic Register Number (CBLS) 12000545 (United Arab Emirates)

[IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

ARMALIT 1 INC (a.k.a. AKTSIONERNOE OBSHCHESTVO MASHINOSTROITELNY ZAVOD ARMALIT; a.k.a. ARMALIT JOINT STOCK COMPANY; a.k.a. "AO ARMALIT"), ul. Trefoleva d. 2, Saint Petersburg 198097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805148130 (Russia); Registration Number 1027802712530 (Russia) [RUSSIA-EO14024].

ARMALIT JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO MASHINOSTROITELNY ZAVOD ARMALIT; a.k.a. ARMALIT 1 INC; a.k.a. "AO ARMALIT"), ul. Trefoleva d. 2, Saint Petersburg 198097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805148130 (Russia); Registration Number 1027802712530 (Russia) [RUSSIA-EO14024].

ARMAMENT INDUSTRIES GROUP (a.k.a. "AIG - ARMAMENT INDUSTRIES GROUP"), Pasdaran Ave., P.O. Box 19585/777, Tehran, Iran; Sepah Islam Road, Karaj Special Road Km 10, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ARMAN KISH DADEH COMMUNICATIONS AND INFORMATION TECHNOLOGY COMPANY (a.k.a. ARMAN KISH DATA COMMUNICATIONS AND INFORMATION TECHNOLOGY COMPANY (Arabic: شرکت فناوری اطلاعات و ارتباطات داده آرمان کیش); a.k.a. SHERKAT-E FANAVARI ETELAAT VE ERTEBATAT DADEH ARMAN KISH), Unit 515, Floor 5, Sarina 1 Bazaar Complex, No. 0, Main Street, Khayyam Street, Kish Island, Kish, Kish Sector, Bandar Lengeh County, Hormozgan Province 7941896993, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 19 Sep 2023; National ID No. 14004921473 (Iran); Registration Number 12142 (Iran) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

ARMAN KISH DATA COMMUNICATIONS AND INFORMATION TECHNOLOGY COMPANY (Arabic: شرکت فناوری اطلاعات و ارتباطات داده آرمان کیش) (a.k.a. ARMAN KISH DADEH COMMUNICATIONS AND INFORMATION TECHNOLOGY COMPANY; a.k.a. SHERKAT-E FANAVARI ETELAAT VE ERTEBATAT DADEH ARMAN KISH), Unit 515, Floor 5, Sarina 1 Bazaar Complex, No. 0, Main Street, Khayyam

Street, Kish Island, Kish, Kish Sector, Bandar Lengeh County, Hormozgan Province 7941896993, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 19 Sep 2023; National ID No. 14004921473 (Iran); Registration Number 12142 (Iran) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

ARMAN RESOURCES EQUIP AND SUPPORT MANAGEMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

ARMANAZI, Amr (a.k.a. AL-ARMANAZI, Amr Muhammad Najib; a.k.a. ARMANAZI, Amr Najib); DOB 07 Feb 1944 (individual) [NPWMD].

ARMANAZI, Amr Najib (a.k.a. AL-ARMANAZI, Amr Muhammad Najib; a.k.a. ARMANAZI, Amr); DOB 07 Feb 1944 (individual) [NPWMD].

ARMAR, Mohammad Shafi (a.k.a. ARMAR, Mohammed Shafi; a.k.a. ARMAR, Safi; a.k.a. ARMAR, Shafi; a.k.a. "Anjan Bhai"; a.k.a. "Chote Maula"; a.k.a. "Yousouf al-Hindi"; a.k.a. "Yousuf-Al Hindi"; a.k.a. "Yusuf al-Hindi"), Syria; DOB 1989 to 1991; POB Bhatkal, Karnataka, India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ARMAR, Mohammed Shafi (a.k.a. ARMAR, Mohammad Shafi; a.k.a. ARMAR, Safi; a.k.a. ARMAR, Shafi; a.k.a. "Anjan Bhai"; a.k.a. "Chote Maula"; a.k.a. "Yousouf al-Hindi"; a.k.a. "Yousuf-Al Hindi"; a.k.a. "Yusuf al-Hindi"), Syria; DOB 1989 to 1991; POB Bhatkal, Karnataka, India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ARMAR, Safi (a.k.a. ARMAR, Mohammad Shafi; a.k.a. ARMAR, Mohammed Shafi; a.k.a. ARMAR, Shafi; a.k.a. "Anjan Bhai"; a.k.a. "Chote Maula"; a.k.a. "Yousouf al-Hindi"; a.k.a. "Yousuf-Al Hindi"; a.k.a. "Yusuf al-Hindi"), Syria; DOB 1989 to 1991; POB Bhatkal, Karnataka, India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ARMAR, Shafi (a.k.a. ARMAR, Mohammad Shafi; a.k.a. ARMAR, Mohammed Shafi; a.k.a. ARMAR, Safi; a.k.a. "Anjan Bhai"; a.k.a. "Chote Maula"; a.k.a. "Yousouf al-Hindi"; a.k.a.

"Yousuf-Al Hindi"; a.k.a. "Yusuf al-Hindi"), Syria; DOB 1989 to 1991; POB Bhatkal, Karnataka, India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ARMATUREN GROUP LIMITED COMPANY (a.k.a. LIMITED LIABILITY COMPANY PNEUMORESURS; a.k.a. PNEVMORESURS), ul. Yakornaya d. 13, lit. a, pomeshch. 8-n, kom. # 30, office # 401B, Saint Petersburg 195027, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7839380885 (Russia); Registration Number 1089847164230 (Russia) [RUSSIA-EO14024].

ARMED FORCES GENERAL STAFF (a.k.a. GENERAL STAFF OF IRANIAN ARMED FORCES; a.k.a. "AFGS"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13876].

ARMED FORCES SOCIAL SECURITY AND PENSION FUND INVESTMENT - SHESTAN (a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT FUND SHASTAN (Arabic: سرمایه گذار تامین اجتماعی نیروهای مسلح شستان); a.k.a. ARMED FORCES SOCIAL WELFARE INVESTMENT ORGANIZATION OF IRAN; a.k.a. SATA INVESTMENT COMPANY (Arabic: سرمایه گذاری ساتا); a.k.a. SATA MILITARY POWERS SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. SHASTAN ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY (Arabic: شرکت سرمایه گذاری تامین اجتماعی نیروهای مسلح شستان); a.k.a. "SHASTAN"; a.k.a. "SHESTAN"), No. 132, Khoramshahr Street, Tehran, Iran (Arabic: خیابان خرمشهر پلاک ۱۳۲, تهران, Iran); Shahid Beheshti Avenue, Khorramshahr, Number 138, Tehran, Iran; No. 138, Khorramshahr Street, District 7, Tehran, Tehran Province 1533775511, Iran; Website http://www.esata.ir; alt. Website shastan.ir; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec.

5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10103653560 (Iran); Registration Number 326039 (Iran) [IRAN-EO13846].

ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY (a.k.a. ARMED FORCES SOCIAL SECURITY AND PENSION FUND INVESTMENT - SHESTAN; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT FUND SHASTAN (Arabic: سرمایه گذار تامین اجتماعی نیروهای مسلح شستان); a.k.a. ARMED FORCES SOCIAL WELFARE INVESTMENT ORGANIZATION OF IRAN; a.k.a. SATA INVESTMENT COMPANY (Arabic: سرمایه گذاری ساتا); a.k.a. SATA MILITARY POWERS SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. SHASTAN ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY (Arabic: شرکت سرمایه گذاری تامین اجتماعی نیروهای مسلح شستان); a.k.a. "SHASTAN"; a.k.a. "SHESTAN"), No. 132, Khoramshahr Street, Tehran, Iran (Arabic: خیابان خرمشهر پلاک ۱۳۲, تهران, Iran); Shahid Beheshti Avenue, Khorramshahr, Number 138, Tehran, Iran; No. 138, Khorramshahr Street, District 7, Tehran, Tehran Province 1533775511, Iran; Website http://www.esata.ir; alt. Website shastan.ir; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10103653560 (Iran); Registration Number 326039 (Iran) [IRAN-EO13846].

ARMED FORCES SOCIAL SECURITY INVESTMENT FUND SHASTAN (Arabic: سرمایه گذار تامین اجتماعی نیروهای مسلح شستان) (a.k.a. ARMED FORCES SOCIAL SECURITY AND PENSION FUND INVESTMENT - SHESTAN; a.k.a. ARMED FORCES SOCIAL SECURITY

INVESTMENT COMPANY; a.k.a. ARMED FORCES SOCIAL WELFARE INVESTMENT ORGANIZATION OF IRAN; a.k.a. SATA INVESTMENT COMPANY (Arabic: سرمایه گذاری ساتا); a.k.a. SATA MILITARY POWERS SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. SHASTAN ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY (Arabic: شرکت سرمایه گذاری تامین اجتماعی نیروهای مسلح شستان); a.k.a. "SHASTAN"; a.k.a. "SHESTAN"), No. 132, Khoramshahr Street, Tehran, Iran (Arabic: خیابان خرمشهر پلاک ۱۳۲, تهران, Iran); Shahid Beheshti Avenue, Khorramshahr, Number 138, Tehran, Iran; No. 138, Khorramshahr Street, District 7, Tehran, Tehran Province 1533775511, Iran; Website http://www.esata.ir; alt. Website shastan.ir; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10103653560 (Iran); Registration Number 326039 (Iran) [IRAN-EO13846].

ARMED FORCES SOCIAL WELFARE INVESTMENT ORGANIZATION OF IRAN (a.k.a. ARMED FORCES SOCIAL SECURITY AND PENSION FUND INVESTMENT - SHESTAN; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT FUND SHASTAN (Arabic: سرمایه گذار تامین اجتماعی نیروهای مسلح شستان); a.k.a. SATA INVESTMENT COMPANY (Arabic: سرمایه گذاری ساتا); a.k.a. SATA MILITARY POWERS SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. SHASTAN ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY (Arabic: شرکت سرمایه گذاری تامین اجتماعی نیروهای مسلح شستان); a.k.a. "SHASTAN"; a.k.a. "SHESTAN"), No. 132, Khoramshahr Street, Tehran, Iran (Arabic: خیابان خرمشهر پلاک ۱۳۲, تهران, Iran); Shahid Beheshti Avenue, Khorramshahr, Number 138, Tehran, Iran; No. 138, Khorramshahr Street, District 7, Tehran, Tehran Province 1533775511, Iran; Website http://www.esata.ir; alt. Website shastan.ir; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10103653560 (Iran); Registration Number 326039 (Iran) [IRAN-EO13846].

ARMED ISLAMIC GROUP (a.k.a. AL-JAMA'AH AL-ISLAMIYAH AL-MUSALLAH; a.k.a. GROUPEMENT ISLAMIQUE ARME; a.k.a. "GIA"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ARMED MEN OF THE NAQSHABANDI ORDER (a.k.a. ARMY OF THE MEN OF THE NAQSHBANDI ORDER; a.k.a. JAYSH RAJAL AL-TARIQAH AL-NAQSHBANDIA; a.k.a. JAYSH RIJAL AL-TARIQ AL-NAQSHABANDI; a.k.a. MEN OF THE ARMY OF AL-NAQSHBANDIA WAY; a.k.a. NAQSHABANDI ARMY; a.k.a. NAQSHBANDI ARMY; a.k.a. "AMNO"; a.k.a. "JRN"; a.k.a. "JRTN"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website: www.alnakshabandia-army.org; www.alnakshabndia-army.com [FTO] [SDGT] [IRAQ3].

ARMED PROLETARIAN JUSTICE (Greek: ΈΝΟΠΛΗ ΠΡΟΛΕΤΑΡΙΑΚΉ ΔΙΚΑΙΟΣΥΝΗ), Greece; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2023; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

ARMED STRUGGLE FOR REVOLUTIONARY INDEPENDENCE SECT OF REVOLUTIONARIES (a.k.a. REBEL SECT; a.k.a. REVOLUTIONARIES SECT; a.k.a. SECT OF REVOLUTIONARIES; a.k.a. SECTA EPANASTATON; a.k.a. SEKHTA EPANASTATON; a.k.a. SEKTA EPANASTATON; a.k.a. "SE"), Greece; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ARMEE REVOLUTIONAIRE CONGOLAISE (a.k.a. CONGOLESE REVOLUTIONARY ARMY; a.k.a. M23; a.k.a. MARCH 23 MOVEMENT; a.k.a. MOUVEMENT DU 23 MARS), North-Kivu, Congo, Democratic Republic of the; Website www.m23mars.org [DRCONGO].

ARMIDA MAKINA IC VE DIS TIC LTD (a.k.a. ARMIDA MAKINA IC VE DIS TICARET LIMITED SIRKETI), No: 25-28 Moda Pasaji Blok, Halkci Sokak, Zeytinlik Mahallesi, Bakirkoy, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 377950 (Turkey) [RUSSIA-EO14024].

ARMIDA MAKINA IC VE DIS TICARET LIMITED SIRKETI (a.k.a. ARMIDA MAKINA IC VE DIS TIC LTD), No: 25-28 Moda Pasaji Blok, Halkci Sokak, Zeytinlik Mahallesi, Bakirkoy, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 377950 (Turkey) [RUSSIA-EO14024].

ARMORGRUPP (a.k.a. ARMOUR GROUP), ul. Fedoseenko D.81 KV.13, Nizhniy Novgorod 603101, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5263056732 (Russia); Registration Number 1065263037597 (Russia) [RUSSIA-EO14024].

ARMOUR GROUP (a.k.a. ARMORGRUPP), ul. Fedoseenko D.81 KV.13, Nizhniy Novgorod 603101, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5263056732 (Russia); Registration Number 1065263037597 (Russia) [RUSSIA-EO14024].

ARMS OF EGYPT MOVEMENT (a.k.a. HARAKAH SAWA'ID MISR; a.k.a. HARAKAT SAWA'D MISR; a.k.a. HASM; a.k.a. HASM MOVEMENT; a.k.a. MOVEMENT OF EGYPT'S ARMS; a.k.a. MOVEMENT OF EGYPT'S FOREARMS; a.k.a. "HAMMS"; a.k.a. "HASAM"; a.k.a. "HASSAM"; a.k.a. "HASSM"), Beheira, Egypt; Beni Suef, Egypt; Cairo, Egypt; Giza, Egypt; Damietta, Egypt; Fayoum, Egypt; Qalyubia, Egypt; Turkey; Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ARMY OF FOREIGN FIGHTERS AND SUPPORTERS (a.k.a. AL-MUAJIRIN BRIGADE; a.k.a. ARMY OF THE EMIGRANTS AND HELPERS; a.k.a. BRIGADE OF THE EMIGRANTS AND HELPERS; a.k.a. JAISH AL-MUHAJIREEN WA ANSAR; a.k.a. JAISH AL-MUHAJIREEN WAL-ANSAR; a.k.a. JAYSH AL-MUHAJIRIN AND AL-ANSAR ARMY; a.k.a. JAYSH AL-MUHAJIRIN WAL-ANSAR; a.k.a. KATEEB AL MUHAJIREEN WAL ANSAR; a.k.a. KATIBA AL-MUHAJIREEN; a.k.a. MUHAJIRIN AND ANSAR ARMY), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ARMY OF GOD (GOD'S ARMY) (a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ARMY OF ISLAM (a.k.a. JAISH AL-ISLAM; a.k.a. JAYSH AL-ISLAM); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ARMY OF JUSTICE (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan;

Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ARMY OF KHALED BIN ALWALEED (a.k.a. AL YARMUK BRIGADE; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ARMY OF MOHAMMED (a.k.a. JAISH-E-MOHAMMED; a.k.a. JAISH-I-MOHAMMED; a.k.a. KHUDAMUL ISLAM; a.k.a. KHUDDAM-UL-ISLAM; a.k.a. KUDDAM E ISLAMI; a.k.a. MOHAMMED'S ARMY; a.k.a. TEHRIK UL-FURQAAN), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ARMY OF THE EMIGRANTS AND HELPERS (a.k.a. AL-MUAJIRIN BRIGADE; a.k.a. ARMY OF FOREIGN FIGHTERS AND SUPPORTERS; a.k.a. BRIGADE OF THE EMIGRANTS AND HELPERS; a.k.a. JAISH AL-MUHAJIREEN WA ANSAR; a.k.a. JAISH AL-MUHAJIREEN WAL-ANSAR; a.k.a. JAYSH AL-MUHAJIRIN AND AL-ANSAR ARMY; a.k.a. JAYSH AL-MUHAJIRIN WAL-ANSAR; a.k.a. KATEEB AL MUHAJIREEN WAL ANSAR; a.k.a. KATIBA AL-MUHAJIREEN; a.k.a. MUHAJIRIN AND ANSAR ARMY), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION (a.k.a. AGIR; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a.

ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

ARMY OF THE MEN OF THE NAQSHBANDI ORDER (a.k.a. ARMED MEN OF THE NAQSHABANDI ORDER; a.k.a. JAYSH RAJAL AL-TARIQAH AL-NAQSHBANDIA; a.k.a. JAYSH RIJAL AL-TARIQ AL-NAQSHABANDI; a.k.a. MEN OF THE ARMY OF AL-NAQSHBANDIA WAY; a.k.a. NAQSHABANDI ARMY; a.k.a. NAQSHBANDI ARMY; a.k.a. "AMNO"; a.k.a. "JRN"; a.k.a. "JRTN"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website: www.alnakshabandia-army.org; www.alnakshabndia-army.com [FTO] [SDGT] [IRAQ3].

ARMY OF THE PURE (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a.

JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ARMY OF THE PURE AND RIGHTEOUS (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-

HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ARMY OF THE REPUBLIC OF ILIRIDA (a.k.a. "ARI") [BALKANS].

ARMY OF THE RIGHTEOUS (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY;

a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ARMY SUPPLY BUREAU, P.O. Box 3361, Damascus, Syria; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ARMZ MINING MACHINERY (a.k.a. LLC ARMZ MINING MACHINES (Cyrillic: ООО АРМЗ ГОРНЫЕ МАШИНЫ); f.k.a. LLC FIRMA GEOSTAR), 1 Avtodoroga N 46, Office 47, 48, Krasnokamensk Municipal Regional City, Zabaykalskiy Territory 674674, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5213000558 (Russia); Registration Number 1025201099032 (Russia) [RUSSIA-EO14024].

AROHI SYSTEMS TRADING LIMITED LIABILITY COMPANY, Office No 1124, Business Bay Dubai, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 1054282 (United Arab Emirates); Registration Number 11866121 (United Arab Emirates) [RUSSIA-EO14024].

AROSFRAN (a.k.a. GRUPO AROSFRAM; a.k.a. GRUPO AROSFRAN; a.k.a. GRUPO AROSFRAN EMPREENDIMENTOS E PARTICIPACOES SARL), 1st Floor, Avenida Comandante Valodia, No. 65, Luanda, Angola; Rua Clube Maritimo Africano, No 22 r/c, Luanda, Angola; Rua Comandante de Volodia, No 67, Premiero Andar, Luanda, Angola; Avenida Comandante de Valodia, No. 0.67, 1 Andar, Luanda, Angola; Rua General Rocadas 5, Luanda, Angola; Website www.grupoarosfran.net; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ARP INVESTMENTS LIMITED, 3rd Floor, Yamraj Building, Market Square, P.O. Box 3175, Road Town, Tortola, Virgin Islands, British; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Jan 2010; Organization Type: Activities of holding companies; Registration Number 1568785 (Virgin Islands, British) [RUSSIA-EO14024].

ARQUITECTURA Y DISENO EN BALANCE, S.A. DE C.V. (a.k.a. ADB ARQUITECTOS Y INMOBILIARIA; a.k.a. ADB INMOBILIARIA), Pegaso 3261, Colonia La Calma, Zapopan,

Jalisco, Mexico; R.F.C. ADB130606VA4 (Mexico) [SDNTK].

AR-RAHMA WELFARE ORGANISATION (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

AR-RAHMAH WELFARE ORGANISATION (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra

Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

AR-RAHMAN TRUST (a.k.a. AL REHMAT TRUST; a.k.a. AL-RAHMAT TRUST; a.k.a. AL-REHMAN TRUST; a.k.a. UR-RAHMAN TRUST; a.k.a. UR-RAMAT TRUST), 537/1-Z Defense Housing Area (DHA), Lahore, Pakistan; Office 22, Third Floor, al Fatah Plaza, Commerical Market, Rawalpindi, Pakistan; Room No. 22, 3rd Floor, al-Fateh Plaza, Commerical Market Road, Chandi Chowk, Rawalpindi, Pakistan; Karachi, Pakistan; Nelam Road, Bandi Chehza, Muzaffarabad, Pakistan; Balakot, Besyan Chouk, Pakistan; Rajana Road, Srah-Salah, Haripur, Pakistan; Rehana Road, Sirai Salih, Post Box #22, G.P.O. Haripur, Northwest Frontier Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AR-RAHMAN WELFARE ORGANIZATION (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No.

2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

AR-RAHNA WELFARE ORGANISATION (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

ARRAIZA BETANCUR, Mario Jorge (a.k.a. CORDON, Mario; a.k.a. PAREDES CORDOVA, Jorge Mario; a.k.a. PAREDEZ CORDOVA, Jorge Mario; a.k.a. "EL GORDO"; a.k.a. "HIPER"), Morazan El Progreso, Guatemala; DOB 09 Jan 1966; POB Morazan, El Progreso, Guatemala; nationality Guatemala; citizen Guatemala; Passport 1102020001107JK (Guatemala) (individual) [SDNTK].

ARREAZA MONTSERRAT, Jorge Alberto (a.k.a. ARREAZA, Jorge), Caracas, Capital District, Venezuela; DOB 06 Jun 1973; Gender Male; Cedula No. 11945178 (Venezuela) (individual) [VENEZUELA].

ARREAZA, Jorge (a.k.a. ARREAZA MONTSERRAT, Jorge Alberto), Caracas, Capital District, Venezuela; DOB 06 Jun 1973; Gender Male; Cedula No. 11945178 (Venezuela) (individual) [VENEZUELA].

ARREDONDO BELTRAN, Jose Santana, Culiacan, Sinaloa, Mexico; DOB 27 Jun 1977;

POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. AEBS770627HSLRLN05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ARREDONDO ORTIZ, Carlos Arturo (a.k.a. "MATEO"); DOB 22 Nov 1966; POB Itagui, Antioquia, Colombia; citizen Colombia; Cedula No. 98520515 (Colombia) (individual) [SDNTK].

ARREDONDO PINZON, Griselda Margarita, Puerto Vallarta, Jalisco, Mexico; DOB 01 Jun 1990; POB Puerto Vallarta, Jalisco, Mexico; nationality Mexico; Gender Female; C.U.R.P. AEPG900601MJCRNR08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ARREOLA GOMEZ, Guadalupe Armando, Mexico; c/o CORRALES SAN IGNACIO S.P.R. DE R.L. DE C.V., Saucillo, Chihuahua, Mexico; DOB 25 Sep 1956; POB Saucillo, Chihuahua, Mexico; nationality Mexico; citizen Mexico; R.F.C. AEGG560925 (Mexico); C.U.R.P. AEGG560925HCHRMD05 (Mexico) (individual) [SDNTK].

ARREOLA LUNA, Paola (a.k.a. ARRIOLA LUNA, Paola), Mexico; c/o CORRALES SAN IGNACIO S.P.R. DE R.L. DE C.V., Saucillo, Chihuahua, Mexico; DOB 26 Jan 1986; POB Chihuahua, Chihuahua, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. AILP860126MCHRNL06 (Mexico) (individual) [SDNTK].

ARREOLA MARQUEZ, Edgar (a.k.a. ARRIOLA MARQUEZ, Edgar Fernando), c/o AUTO EXPRESS DORADOS S.A. DE C.V., Saucillo, Mexico; c/o GASOLINERAS SAN FERNANDO S.A. DE C.V., Saucillo, Mexico; 5th & Mina No. 10, Saucillo, Chihuahua, Mexico; DOB 23 Nov 1973; POB Delicias, Chihuahua, Mexico; nationality Mexico; citizen Mexico; R.F.C. AIME-731123-115 (Mexico) (individual) [SDNTK].

ARREOLA MARQUEZ, Luis Raul (a.k.a. ARRIOLA MARQUEZ, Luis Raul), c/o AUTO EXPRESS DORADOS S.A. DE C.V., Saucillo, Mexico; c/o INMOBILIARIA EL PRESON S.A. DE C.V., Chihuahua, Mexico; c/o CHIHUAHUA FOODS S.A. DE C.V., Cuauhtemoc, Mexico; c/o INDIO VITORIO S. DE P.R. DE R.L. DE C.V., Saucillo, Mexico; Avenida Octava No. 72, Saucillo, Chihuahua, Mexico; Calle Sierra San Diego No. 2502, Fraccionamiento Santa Fe Chihuahua, Chihuahua, Mexico; DOB 09 May 1971; POB Saucillo, Chihuahua, Mexico; nationality Mexico; citizen Mexico; R.F.C. AIML-710509-V89 (Mexico); alt. R.F.C. AEML-710509-Q27 (Mexico); C.U.R.P. AIML710509HCHRRS09 (Mexico); alt. C.U.R.P.

AEML710509HCHRRS07 (Mexico) (individual) [SDNTK].

ARREOLA MARQUEZ, Miguel Angel (a.k.a. ARRIOLA MARQUEZ, Miguel Angel), Calle Mina No. 15, Saucillo, Chihuahua, Mexico; c/o AUTO EXPRESS DORADOS S.A. DE C.V., Saucillo, Chihuahua, Mexico; c/o DEL NORTES CARNES FINAS SAN IGNACIO S.A. DE C.V., Mexico; c/o INMOBILIARIA EL ESCORPION DEL NORTE S.A. DE C.V., Mexico; c/o CORRALES SAN IGNACIO S.P.R. DE R.L. DE C.V., Mexico; Carretera Camargo-Ojinaga Km. 2, La Aurora, Camargo, Chihuahua, Mexico; c/o CORRALES SAN IGNACIO L.L.C., Presidio, TX, United States; c/o RIO GRANDE STOCKYARDS, INC., Presidio, TX, United States; DOB 15 Dec 1967; POB Chihuahua, Mexico; nationality Mexico; citizen Mexico; R.F.C. AIMM-671215-387 (Mexico); C.U.R.P. AIMM67125HCHRRG06 (Mexico) issued 1968 (individual) [SDNTK].

ARREOLA MARQUEZ, Oscar Arturo (a.k.a. ARRIOLA MARQUEZ, Oscar Arturo), Avenida Sexta No. 68, Saucillo, Chihuahua, Mexico; c/o AUTO EXPRESS DORADOS S.A. DE C.V., Saucillo, Chihuahua, Mexico; c/o DEL NORTES CARNES FINAS SAN IGNACIO S.A. DE C.V., Mexico; c/o INMOBILIARIA EL ESCORPION DEL NORTE S.A. DE C.V., Mexico; c/o CORRALES SAN IGNACIO S.P.R. DE R.L. DE C.V., Mexico; c/o CORRALES SAN IGNACIO L.L.C., Presidio, TX, United States; c/o RIO GRANDE STOCKYARDS, INC., Presidio, TX, United States; DOB 06 Nov 1968; alt. DOB 11 Jun 1968; POB Chihuahua, Mexico; nationality Mexico; citizen Mexico; R.F.C. AIMO-681106-9F7 (Mexico); C.U.R.P. AIMO681106HCHRRS01 (Mexico) issued 1969 (individual) [SDNTK].

ARRIOLA LUNA, Paola (a.k.a. ARREOLA LUNA, Paola), Mexico; c/o CORRALES SAN IGNACIO S.P.R. DE R.L. DE C.V., Saucillo, Chihuahua, Mexico; DOB 26 Jan 1986; POB Chihuahua, Chihuahua, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. AILP860126MCHRNL06 (Mexico) (individual) [SDNTK].

ARRIOLA MARQUEZ ORGANIZATION, Mexico [SDNTK].

ARRIOLA MARQUEZ, Edgar Fernando (a.k.a. ARREOLA MARQUEZ, Edgar), c/o AUTO EXPRESS DORADOS S.A. DE C.V., Saucillo, Mexico; c/o GASOLINERAS SAN FERNANDO S.A. DE C.V., Saucillo, Mexico; 5th & Mina No. 10, Saucillo, Chihuahua, Mexico; DOB 23 Nov 1973; POB Delicias, Chihuahua, Mexico;

nationality Mexico; citizen Mexico; R.F.C. AIME-731123-115 (Mexico) (individual) [SDNTK].

ARRIOLA MARQUEZ, Luis Raul (a.k.a. ARREOLA MARQUEZ, Luis Raul), c/o AUTO EXPRESS DORADOS S.A. DE C.V., Saucillo, Mexico; c/o INMOBILIARIA EL PRESON S.A. DE C.V., Chihuahua, Mexico; c/o CHIHUAHUA FOODS S.A. DE C.V., Cuauhtemoc, Mexico; c/O INDIO VITORIO S. DE P.R. DE R.L. DE C.V., Saucillo, Mexico; Avenida Octava No. 72, Saucillo, Chihuahua, Mexico; Calle Sierra San Diego No. 2502, Fraccionamiento Santa Fe Chihuahua, Chihuahua, Mexico; DOB 09 May 1971; POB Saucillo, Chihuahua, Mexico; nationality Mexico; citizen Mexico; R.F.C. AIML-710509-V89 (Mexico); alt. R.F.C. AEML-710509-Q27 (Mexico); C.U.R.P. AIML710509HCHRRS09 (Mexico); alt. C.U.R.P. AEML710509HCHRRS07 (Mexico) (individual) [SDNTK].

ARRIOLA MARQUEZ, Miguel Angel (a.k.a. ARREOLA MARQUEZ, Miguel Angel), Calle Mina No. 15, Saucillo, Chihuahua, Mexico; c/o AUTO EXPRESS DORADOS S.A. DE C.V., Saucillo, Chihuahua, Mexico; c/o DEL NORTES CARNES FINAS SAN IGNACIO S.A. DE C.V., Mexico; c/o INMOBILIARIA EL ESCORPION DEL NORTE S.A. DE C.V., Mexico; c/o CORRALES SAN IGNACIO S.P.R. DE R.L. DE C.V., Mexico; Carretera Camargo-Ojinaga Km. 2, La Aurora, Camargo, Chihuahua, Mexico; c/o CORRALES SAN IGNACIO L.L.C., Presidio, TX, United States; c/o RIO GRANDE STOCKYARDS, INC., Presidio, TX, United States; DOB 15 Dec 1967; POB Chihuahua, Mexico; nationality Mexico; citizen Mexico; R.F.C. AIMM-671215-387 (Mexico); C.U.R.P. AIMM67125HCHRRG06 (Mexico) issued 1968 (individual) [SDNTK].

ARRIOLA MARQUEZ, Oscar Arturo (a.k.a. ARREOLA MARQUEZ, Oscar Arturo), Avenida Sexta No. 68, Saucillo, Chihuahua, Mexico; c/o AUTO EXPRESS DORADOS S.A. DE C.V., Saucillo, Chihuahua, Mexico; c/o DEL NORTES CARNES FINAS SAN IGNACIO S.A. DE C.V., Mexico; c/o INMOBILIARIA EL ESCORPION DEL NORTE S.A. DE C.V., Mexico; c/o CORRALES SAN IGNACIO S.P.R. DE R.L. DE C.V., Mexico; c/o CORRALES SAN IGNACIO L.L.C., Presidio, TX, United States; c/o RIO GRANDE STOCKYARDS, INC., Presidio, TX, United States; DOB 06 Nov 1968; alt. DOB 11 Jun 1968; POB Chihuahua, Mexico; nationality Mexico; citizen Mexico; R.F.C. AIMO-681106-9F7 (Mexico); C.U.R.P.

AIMO681106HCHRRS01 (Mexico) issued 1969 (individual) [SDNTK].

ARROYAVE RUIZ, Elkin Alberto (a.k.a. LOPEZ, Cesar), Carrera 9 No. 71D-10, Cali, Colombia; DOB 03 Sep 1968; POB Caucasia, Antioquia, Colombia; Cedula No. 4652820 (Colombia) (individual) [SDNTK].

ARSA GAS COMPANY (Arabic: شرکت ارسا گاز), Number 113, Floor 3, Hovizeh Street, Marghab Street, Shahid Qandi-Nilufar, Central Section, Tehran, Tehran 1553616915, Iran; Organization Established Date 26 Jan 1958; National ID No. 10100288820 (Iran); Registration Number 5918 (Iran) [IRAN-EO13902] (Linked To: EMAMJOMEH, Seyed Asadoollah).

ARSALAN, Mike (a.k.a. BIN ZEIN, Hisyam; a.k.a. JAFAR, Anis Alawi; a.k.a. KECIL, Umar; a.k.a. PATEK, Omar; a.k.a. PATEK, Umar; a.k.a. "AL ABU SYEKH AL ZACKY"; a.k.a. "PAK TAEK"; a.k.a. "PA'TEK"; a.k.a. "UMANGIS MIKE"); DOB 20 Jul 1966; POB Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ARSANG SAFE TRADING CO. (Arabic: شزکت ایمن تجارت ارسنگ), 901, Negin Saii Tower, Vali-asr St., Tehran 14338, Iran; Website www.arsangco.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Mar 2014; National ID No. 14003927492 (Iran); Business Registration Number 450913 (Iran) [SDGT] [IFSR] (Linked To: SAHARA THUNDER).

ARSENAL MACHINE BUILDING PLANT OJSC (a.k.a. ARSENAL MACHINE BUILDING PLANT OPEN JOINT STOCK COMPANY; a.k.a. MZ ARSENAL OAO; a.k.a. MZ ARSENAL PAO; a.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO MASHINOSTROITELNYI ZAVOD ARSENAL), 1-3, Komsomola Street, Saint Petersburg 195009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804040302 (Russia); Government Gazette Number 07541733 (Russia); Registration Number 1027802490540 (Russia) [RUSSIA-EO14024].

ARSENAL MACHINE BUILDING PLANT OPEN JOINT STOCK COMPANY (a.k.a. ARSENAL MACHINE BUILDING PLANT OJSC; a.k.a. MZ ARSENAL OAO; a.k.a. MZ ARSENAL PAO; a.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO MASHINOSTROITELNYI ZAVOD ARSENAL), 1-3, Komsomola Street,

Saint Petersburg 195009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804040302 (Russia); Government Gazette Number 07541733 (Russia); Registration Number 1027802490540 (Russia) [RUSSIA-EO14024].

ARSHAD, Abu Waheed Irshad Ahmad (a.k.a. LAKHVI, Zaki-ur-Rehman; a.k.a. LAKVI, Zaki Ur-Rehman; a.k.a. LAKVI, Zakir Rehman; a.k.a. REHMAN, Zakir; a.k.a. UR-REHMAN, Zaki; a.k.a. "CHACHAJEE"), Barahkoh, P.O. DO, Tehsil and District Islamabad, Pakistan; Chak No. 18/IL, Rinala Khurd, Tehsil Rinala Khurd, District Okara, Pakistan; DOB 30 Dec 1960; POB Okara, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AC8342321 (Pakistan) issued 22 Aug 2007 expires 20 Aug 2012; alt. Passport A4827048 (Pakistan); National ID No. 61101-9618232-1 (Pakistan); alt. National ID No. 33960047268 (Pakistan) (individual) [SDGT].

ARSHBA, Otary Ionovich (Cyrillic: АРШБА, Отари Ионович), Russia; DOB 12 Apr 1955; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ARSHINOVA, Alena Igorevna (Cyrillic: АРШИНОВА, Алёна Игоревна), Russia; DOB 03 Mar 1985; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ARTA SHIPPING ENTERPRISES LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22678777) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ARTA SYSTEM LIMITED, Ul. Komsomolskaya Str., 17B, Pomeshch 3, Fryazino 141195, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5050155030 (Russia); Registration Number 1225000045951 (Russia) [RUSSIA-EO14024].

ARTA WAVE SDN BHD, No. 46-1, Jalan Tasik Utama, 5 Medan, Niaga, Kuala Lumpur 57000, Malaysia; 26-2, Jalan 9/23 E, Taman Danau Kota, Off Jalan Genting Klang, Kuala Lumpur

53300, Malaysia; Rm. 1014, Favor Industrial Centre, 2-6 King Hong Street, Kwai Chung, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 10 Dec 2018; Commercial Registry Number 1306915A (Malaysia); Registration Number 201801044883 (Malaysia) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

ARTAMANOVA, Evgeniya Vladimirovna (a.k.a. BERNOVA, Evgeniya Vladimirovna), Malta; Russia; France; Germany; DOB 26 Mar 1974; POB Potsdam, Germany; nationality Russia; alt. nationality Malta; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 1185334 (Malta); alt. Passport 716415548 (Russia); National ID No. 4502572626 (Russia) (individual) [RUSSIA-EO14024] (Linked To: MALBERG LIMITED).

ARTAMONOV, Anatoly Dmitrievich (Cyrillic: АРТАМОНОВ, Анатолий Дмитриевич), Russia; DOB 05 May 1952; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ARTAMONOV, Igor Georgievich (a.k.a. ARTAMONOV, Igor Georgiyevich (Cyrillic: АРТАМОНОВ, Игорь Георгиевич)), Lipetsk Region, Russia; DOB 14 Mar 1967; POB Budennovsk, Stavropol Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 262400998479 (Russia) (individual) [RUSSIA-EO14024].

ARTAMONOV, Igor Georgiyevich (Cyrillic: АРТАМОНОВ, Игорь Георгиевич) (a.k.a. ARTAMONOV, Igor Georgievich), Lipetsk Region, Russia; DOB 14 Mar 1967; POB Budennovsk, Stavropol Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 262400998479 (Russia) (individual) [RUSSIA-EO14024].

ARTAMONOVA, Valentina Nikolayevna (Cyrillic: АРТАМОНОВА, Валентина Николаевна), Russia; DOB 13 Dec 1960; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of

the Russian Federation (individual) [RUSSIA-EO14024].

ARTAS GUMRUKLEME ITHALAT IHRACAT SINIR TICARETI TEKSTIL GIDA VE SANAYI TICARET LIMITED SIRKETI (Latin: ARTAŞ GÜMRÜKLEME İTHALAT İHRACAT SINIR TICARETI TEKSTIL GIDA VE SANAYI TICARET LIMITED ŞIRKETI), Saray Yolu Bucagi No. 0, Agri 04400, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 08 Sep 1998; Tax ID No. 0850089838 (Turkey); Registration Number 966 (Turkey) [NPWMD] [IFSR] (Linked To: HIN YUN TRADING COMPANY LIMITED).

ARTE Y DISENO DE CULIACAN S.A. DE C.V., Calle Rio Santa Maria, No. 1252, Colonia Los Pinos, Culiacan, Sinaloa, Mexico; R.F.C. ADC-000927-SY9 (Mexico) [SDNTK].

ARTEKS LIMITED COMPANY, Ul. Dmitriya Ulyanova D. 19, Floor/Pomeshch./Kom. 1/I/52, Moscow 117292, Russia; Ul. Tvardovskogo D. 31, Of. Kv. 37, Moscow 123458, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7702815751 (Russia); Registration Number 1137746448542 (Russia) [RUSSIA-EO14024].

ARTEMIOU, Artemis, CY-3046 Limassol, Patmou, Zakaki 11A, Cyprus; Hungary; DOB 15 Dec 1979; nationality Cyprus; Gender Female (individual) [CYBER2].

ARTEMIS HEART LTD, 2nd Floor, Allied Building Annex, Francis Rachel Street, Victoria, Mahe Island, Seychelles; Organization Established Date 2022; Identification Number IMO 6374161 [IRAN-EO13902].

ARTEMOV, Viktor Sergiyovich, Chemin Des Princes 2, 1223, Cologny, Switzerland; Geneva, Switzerland; DOB 20 Oct 1975; alt. DOB 31 Dec 1975; POB Donetska Oblast, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport FN356229 (Ukraine) expires 17 Apr 2028 (individual) [SDGT] (Linked To: HIZBALLAH; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ARTIN SANA'AT TABAAN COMPANY (a.k.a. ARTIN SANAT TABAN; a.k.a. ARTIN SANAT TABAN CO; a.k.a. "SOLMATE"), 3rd Floor, No 158, Keshavarz Str., Tehran, Iran; 1 North Bridge Road, #25-05, High Street Center, 179094, Singapore; #14, Bashardust Ave, Roudbare-Sharghie, Madar Sq., Shariati St., Mirdamad, Tehran, Iran; 404, 4th Floor, Atrium Centre, Bur-Dubai, Dubai, United Arab Emirates; P.O. Box 112724, Dubai, United Arab Emirates; Shariati Street, after MirDamand Blvd, Lushah Street, Rabie Street, Bashar Dost Alley, Plaque 14, Tehran, Iran; TWTC Em, 6C-21(6F), No. 5, Hsin Yi Rd, Taipei, Taiwan; Website http://solmatepciran.com; alt. Website http://www.solmateco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 368623 (Iran) [NPWMD] [IFSR] (Linked To: DES INTERNATIONAL CO., LTD.).

ARTIN SANAT TABAN (a.k.a. ARTIN SANA'AT TABAAN COMPANY; a.k.a. ARTIN SANAT TABAN CO; a.k.a. "SOLMATE"), 3rd Floor, No 158, Keshavarz Str., Tehran, Iran; 1 North Bridge Road, #25-05, High Street Center, 179094, Singapore; #14, Bashardust Ave, Roudbare-Sharghie, Madar Sq., Shariati St., Mirdamad, Tehran, Iran; 404, 4th Floor, Atrium Centre, Bur-Dubai, Dubai, United Arab Emirates; P.O. Box 112724, Dubai, United Arab Emirates; Shariati Street, after MirDamand Blvd, Lushah Street, Rabie Street, Bashar Dost Alley, Plaque 14, Tehran, Iran; TWTC Em, 6C-21(6F), No. 5, Hsin Yi Rd, Taipei, Taiwan; Website http://solmatepciran.com; alt. Website http://www.solmateco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 368623 (Iran) [NPWMD] [IFSR] (Linked To: DES INTERNATIONAL CO., LTD.).

ARTIN SANAT TABAN CO (a.k.a. ARTIN SANA'AT TABAAN COMPANY; a.k.a. ARTIN SANAT TABAN; a.k.a. "SOLMATE"), 3rd Floor, No 158, Keshavarz Str., Tehran, Iran; 1 North Bridge Road, #25-05, High Street Center, 179094, Singapore; #14, Bashardust Ave, Roudbare-Sharghie, Madar Sq., Shariati St., Mirdamad, Tehran, Iran; 404, 4th Floor, Atrium Centre, Bur-Dubai, Dubai, United Arab Emirates; P.O. Box 112724, Dubai, United Arab Emirates; Shariati Street, after MirDamand Blvd, Lushah Street, Rabie Street, Bashar Dost Alley, Plaque 14, Tehran, Iran; TWTC Em, 6C-21(6F), No. 5, Hsin Yi Rd, Taipei, Taiwan; Website http://solmatepciran.com; alt. Website http://www.solmateco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 368623 (Iran) [NPWMD] [IFSR] (Linked To: DES INTERNATIONAL CO., LTD.).

ARTJAKOV, Vladimir Vladimirovich (a.k.a. ARTYAKOV, Vladimir Vladimirovich (Cyrillic: АРТЯКОВ, Владимир Владимирович)), 3 Chobotovskaya Apt. 148, Moscow 119634, Russia; DOB 30 Jul 1959; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 511528697 (Russia); Tax ID No. 773202974213 (Russia) (individual) [RUSSIA-EO14024].

ARTMARINE LLC, ul. Novgorodskaya d. 23, pomeshch. 146-n, office 248, Saint Petersburg 191124, Russia; ul. Ramenki, d. 5, korp. 1, et. 3, pom. V, of. 2, Moscow 119607, Russia; 1st floor of Building Dockworks 4, Waalhaven O.Z. 77, Rotterdam 3087 BM, Netherlands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805634884 (Russia); Registration Number 1137847421689 (Russia) [RUSSIA-EO14024].

ARTTRONIX INTERNATIONAL HK LIMITED (Chinese Traditional: 億電國際香港有限公司) (a.k.a. ADERAL INDUSTRIAL HK LTD.), 15/B 15/F Cheuk Nang Plaza, 250 Hennessy Road, Hong Kong, China; 610 Nathan Road, Rooms 1318-20, 13/F, Hollywood Plaza, Mong Kok, Hong Kong, China; Rm3A25, Bldg A Zhihui Innovation CTR Huashenghui 2nd Qianjin Rd Baoan Dist, Shenzhen, Guangdong, China; Website www.arttronix.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Nov 2012; Company Number 1823593 (Hong Kong) [NPWMD] [IFSR] (Linked To: PARDAZAN SYSTEM NAMAD ARMAN).

ARTUAL GALLERY (a.k.a. "THE ART GALLERY" (Arabic: "معرض الفني")), Eden Garden Building, Ground Floor, Fawzi Al Daouk Street, Beirut, Lebanon; Wazir Building, 1st Floor, Ahmad Soloh Street, Jnah, Beirut, Lebanon; Property No. 3673, 1st Floor, Ahmed Saleh Street, Msaytbeh, Beirut, Lebanon; Website http://artual.co; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Mar 2018; Registration Number 3427220 (Lebanon); alt. Registration Number 1024026 (Lebanon) [SDGT] (Linked To: AHMAD, Hind Nazem).

ARTVIN MARITIME AND TRADE LIMITED COMPANY (Latin: ARTVIN DENIZCILIK VE TICARET LIMITED ŞIRKETI), Ic Kapi 116, Blok A, Monumento Kartal Sitesi, Milangaz Caddesi 75a, Esentepe Mah, Kartal, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number

384095-5 (Turkey) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

ARTYAKOV, Dmitriy Vladimirovich (Cyrillic: АРТЯКОВ, Дмитрий Владимирович), A 148 3 Chobotovskaya Street, Moscow 119634, Russia; DOB 14 Mar 1983; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 626823752 (Russia); National ID No. 4506783344 (individual) [RUSSIA-EO14024] (Linked To: ARTYAKOV, Vladimir Vladimirovich).

ARTYAKOV, Vladimir Vladimirovich (Cyrillic: АРТЯКОВ, Владимир Владимирович) (a.k.a. ARTJAKOV, Vladimir Vladimirovich), 3 Chobotovskaya Apt. 148, Moscow 119634, Russia; DOB 30 Jul 1959; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 511528697 (Russia); Tax ID No. 773202974213 (Russia) (individual) [RUSSIA-EO14024].

ARTYAKOVA, Tatiana Vladimirovna (Cyrillic: АРТЯКОВА, Татьяна Владимировна) (f.k.a. KUREPINA, Tatyana Vladimirovna), A 148 3 Chobotovskaya Street, Moscow 119634, Russia; DOB 23 Dec 1960; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 512034624 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ARTYAKOV, Vladimir Vladimirovich).

ARTYUKHOV, Dmitriy Andreevich (Cyrillic: АРТЮХОВ, Дмитрий Андреевич), Yamalo-Nenets Autonomous Area, Russia; DOB 17 Feb 1988; alt. DOB 07 Feb 1988; POB Tyumen, Tyumen Region, Russia; alt. POB Yamalo-Nenets Autonomous Area, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 720414941639 (Russia) (individual) [RUSSIA-EO14024].

ARULDHAS, John Britto (Arabic: جون بريتو ارولداس), United Arab Emirates; Oman; DOB 20 Mar 1985; nationality India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: SHARK INTERNATIONAL SHIPPING L.L.C).

ARVADA PETROLEUM COMPANY JSC (a.k.a. ARFADA PETROLEUM COMPANY JSC; a.k.a. ARFADA PETROLEUM PRIVATE JOINT STOCK COMPANY (Arabic: شركة أرفادا البترولية (المساهمة المغفلة الخاصة)), Mashroua Dummar, Lot No. 13, Building 12/2, Damascus, Syria; Website https://www.arfada.com/; Organization Established Date 24 Apr 2018; Organization Type: Support activities for petroleum and natural gas extraction; Registration Number 18394 (Syria) [PAARSSR-EO13894].

ARVAN CLOUD (a.k.a. ABR ARVAN; a.k.a. ARVANCLOUD; a.k.a. NAVYAN ABR ARVAN PRIVATE LIMITED COMPANY (Arabic: شرکت نویان ابرآروان شرکت سهامی خاص); a.k.a. NOYAN ABR ARVAN CO.), No. 247, Shahid Dastgerdi (Zafar) St., Nelson Mandela Boulevard (Africa), Tehran 1917717553, Iran; Website www.arvancloud.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2015; National ID No. 14005500319 (Iran); Business Registration Number 489175 (Iran) [IRAN-EO13846].

ARVANCLOUD (a.k.a. ABR ARVAN; a.k.a. ARVAN CLOUD; a.k.a. NAVYAN ABR ARVAN PRIVATE LIMITED COMPANY (Arabic: شرکت نویان ابرآروان شرکت سهامی خاص); a.k.a. NOYAN ABR ARVAN CO.), No. 247, Shahid Dastgerdi (Zafar) St., Nelson Mandela Boulevard (Africa), Tehran 1917717553, Iran; Website www.arvancloud.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2015; National ID No. 14005500319 (Iran); Business Registration Number 489175 (Iran) [IRAN-EO13846].

ARVANCLOUD GLOBAL TECHNOLOGIES L.L.C., Naif-Deira, Dubai 394815, United Arab Emirates; Organization Established Date 17 Oct 2022; Business Number 1108938 (United Arab Emirates); Business Registration Number 11955950 (United Arab Emirates) [IRAN-EO13846] (Linked To: NAVYAN ABR ARVAN PRIVATE LIMITED COMPANY).

ARVAND ARIAN PASARGAD COMMUNICATIONS AND INFORMATION TECHNOLOGY PAYMENT COMPANY (Arabic: شرکت پرداخت فناوری اطلاعات و ارتباطات پاسارگاد آرین اروند) (a.k.a. FANAP TECH; a.k.a. PASARGAD ARYAN ARVAND INFORMATION AND COMMUNICATION TECHNOLOGY PROCESS COMPANY; a.k.a. SHERKAT-E PERDOKHT FANAVARI ETELAAT VE ERTEBATAT PASARGAD ARIAN ARVAND), No. 17, Shabboy East Alley, Saadat Abad, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005530711 (Iran); Registration Number 4334 (Iran) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

ARVAND KAVEH STEEL CO. (Arabic: شرکت فولاد کاوه اروند), Industrial complex, Imam Sadeq AS Road, Arvand Free Zone, Khorramshahr, Khouzestan, Iran; Website http://www.aks.co.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14003160402 (Iran); Registration Number 2663 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

ARVAND PETROCHEMICAL COMPANY, East 9th Floor, Building No. 46, Karimkhan Zand Boulevard, Near by Ansar Bank, Hafte-E-Tir Square, Tehran 1584893117, Iran; Site 3, Mahshahr 1584851181, Iran; Website www.arvandpvc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 6494 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

ARX FINANCIAL ENGINEERING LIMITED, 17-35 Central Park Towers, DIFC, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Mar 2021; Registration Number 11649186 (United Arab Emirates) [RUSSIA-EO14024].

ARYA GLOBAL GIDA SANAYI VE TICARET LIMITED SIRKETI, 198, No:22-1 Atakoy 7-8-9-10, Kisim Mahallesi, Cobancesme E-5 Yan Yol Caddesi, Bakirkoy, Istanbul 34158, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 08 Oct 2024; Tax ID No. 0861684402 (Turkey); Business Registration Number 1042035 (Turkey) [NPWMD] [IFSR] (Linked To: OJE PARVAZ MADO NAFAR COMPANY).

ARYA SASOL POLYMER (Arabic: پلیمر اریا ساسول) (a.k.a. ARYA SASOL POLYMER CO.; a.k.a. ARYA SASOL POLYMER COMPANY; a.k.a. ARYA SASOL POLYMERS; a.k.a. ARYASASOL POLYMER COMPANY; a.k.a. ARYASASOL POLYMERS; a.k.a. POLIMER ARYA SAASOOL; a.k.a. POLYMER ARIA SASOL COMPANY; a.k.a. "ASPC"), Qian Tower, No 2551, Vali-e-Asr Avenue, Naseri Street, P.O. Box: 15875-8393, Tehran 1968643111, Iran; Pars Energy Specific Economic Zone, Lenj Square, Kangan, Assaluyeh, Bushehr Province 7511811365,

Iran; No. 114, 10th Street, Qaem Maqame Farahani Street, Tehran, Iran; 7th Floor, Kian Tower, No. 2551, Naseri St., Vali-e-Asr Ave, Tehran, Iran; Nakhl Taghi City, Nakhl Taghi Road, Kolmeter 15, Number 0, Ground Floor Kangan, Bushehr 7511811365, Iran; Phase 1 Petrochemical, Special Petrochemical Zone Assaluyeh, Tehran, Iran; Website www.aryasasol.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10320053498 (Iran); Registration Number 777 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

ARYA SASOL POLYMER CO. (a.k.a. ARYA SASOL POLYMER (Arabic: پلیمر اریا ساسول); a.k.a. ARYA SASOL POLYMER COMPANY; a.k.a. ARYA SASOL POLYMERS; a.k.a. ARYASASOL POLYMER COMPANY; a.k.a. ARYASASOL POLYMERS; a.k.a. POLIMER ARYA SAASOOL; a.k.a. POLYMER ARIA SASOL COMPANY; a.k.a. "ASPC"), Qian Tower, No 2551, Vali-e-Asr Avenue, Naseri Street, P.O. Box: 15875-8393, Tehran 1968643111, Iran; Pars Energy Specific Economic Zone, Lenj Square, Kangan, Assaluyeh, Bushehr Province 7511811365, Iran; No. 114, 10th Street, Qaem Maqame Farahani Street, Tehran, Iran; 7th Floor, Kian Tower, No. 2551, Naseri St., Vali-e-Asr Ave, Tehran, Iran; Nakhl Taghi City, Nakhl Taghi Road, Kolmeter 15, Number 0, Ground Floor Kangan, Bushehr 7511811365, Iran; Phase 1 Petrochemical, Special Petrochemical Zone Assaluyeh, Tehran, Iran; Website www.aryasasol.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL

INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10320053498 (Iran); Registration Number 777 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

ARYA SASOL POLYMER COMPANY (a.k.a. ARYA SASOL POLYMER (Arabic: پلیمر اریا ساسول); a.k.a. ARYA SASOL POLYMER CO.; a.k.a. ARYA SASOL POLYMERS; a.k.a. ARYASASOL POLYMER COMPANY; a.k.a. ARYASASOL POLYMERS; a.k.a. POLIMER ARYA SAASOOL; a.k.a. POLYMER ARIA SASOL COMPANY; a.k.a. "ASPC"), Qian Tower, No 2551, Vali-e-Asr Avenue, Naseri Street, P.O. Box: 15875-8393, Tehran 1968643111, Iran; Pars Energy Specific Economic Zone, Lenj Square, Kangan, Assaluyeh, Bushehr Province 7511811365, Iran; No. 114, 10th Street, Qaem Maqame Farahani Street, Tehran, Iran; 7th Floor, Kian Tower, No. 2551, Naseri St., Vali-e-Asr Ave, Tehran, Iran; Nakhl Taghi City, Nakhl Taghi Road, Kolmeter 15, Number 0, Ground Floor Kangan, Bushehr 7511811365, Iran; Phase 1 Petrochemical, Special Petrochemical Zone Assaluyeh, Tehran, Iran; Website www.aryasasol.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10320053498 (Iran); Registration Number 777 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10320053498 (Iran); Registration Number 777 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

ARYA SASOL POLYMERS (a.k.a. ARYA SASOL POLYMER (Arabic: پلیمر اریا ساسول); a.k.a. ARYA SASOL POLYMER CO.; a.k.a. ARYA SASOL POLYMER COMPANY; a.k.a. ARYASASOL POLYMER COMPANY; a.k.a. ARYASASOL POLYMERS; a.k.a. POLIMER ARYA SAASOOL; a.k.a. POLYMER ARIA SASOL COMPANY; a.k.a. "ASPC"), Qian Tower, No 2551, Vali-e-Asr Avenue, Naseri Street, P.O. Box: 15875-8393, Tehran 1968643111, Iran; Pars Energy Specific Economic Zone, Lenj Square, Kangan, Assaluyeh, Bushehr Province 7511811365, Iran; No. 114, 10th Street, Qaem Maqame Farahani Street, Tehran, Iran; 7th Floor, Kian Tower, No. 2551, Naseri St., Vali-e-Asr Ave, Tehran, Iran; Nakhl Taghi City, Nakhl Taghi Road, Kolmeter 15, Number 0, Ground Floor Kangan, Bushehr 7511811365, Iran; Phase 1 Petrochemical, Special Petrochemical Zone Assaluyeh, Tehran, Iran; Website www.aryasasol.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10320053498 (Iran); Registration Number 777 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

ARYASASOL POLYMER COMPANY (a.k.a. ARYA SASOL POLYMER (Arabic: پلیمر اریا ساسول); a.k.a. ARYA SASOL POLYMER CO.; a.k.a. ARYA SASOL POLYMER COMPANY; a.k.a. ARYA SASOL POLYMERS; a.k.a. ARYASASOL POLYMERS; a.k.a. POLIMER

ARYA SAASOOL; a.k.a. POLYMER ARIA SASOL COMPANY; a.k.a. "ASPC"), Qian Tower, No 2551, Vali-e-Asr Avenue, Naseri Street, P.O. Box: 15875-8393, Tehran 1968643111, Iran; Pars Energy Specific Economic Zone, Lenj Square, Kangan, Assaluyeh, Bushehr Province 7511811365, Iran; No. 114, 10th Street, Qaem Maqame Farahani Street, Tehran, Iran; 7th Floor, Kian Tower, No. 2551, Naseri St., Vali-e-Asr Ave, Tehran, Iran; Nakhl Taghi City, Nakhl Taghi Road, Kolmeter 15, Number 0, Ground Floor Kangan, Bushehr 7511811365, Iran; Phase 1 Petrochemical, Special Petrochemical Zone Assaluyeh, Tehran, Iran; Website www.aryasasol.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10320053498 (Iran); Registration Number 777 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

ARYASASOL POLYMERS (a.k.a. ARYA SASOL POLYMER (Arabic: پلیمر اریا ساسول); a.k.a. ARYA SASOL POLYMER CO.; a.k.a. ARYA SASOL POLYMER COMPANY; a.k.a. ARYA SASOL POLYMERS; a.k.a. ARYASASOL POLYMER COMPANY; a.k.a. POLIMER ARYA SAASOOL; a.k.a. POLYMER ARIA SASOL COMPANY; a.k.a. "ASPC"), Qian Tower, No 2551, Vali-e-Asr Avenue, Naseri Street, P.O. Box: 15875-8393, Tehran 1968643111, Iran; Pars Energy Specific Economic Zone, Lenj Square, Kangan, Assaluyeh, Bushehr Province 7511811365, Iran; No. 114, 10th Street, Qaem Maqame Farahani Street, Tehran, Iran; 7th Floor, Kian Tower, No. 2551, Naseri St., Vali-e-Asr Ave, Tehran, Iran; Nakhl Taghi City, Nakhl Taghi Road, Kolmeter 15, Number 0, Ground Floor Kangan, Bushehr 7511811365, Iran;

Phase 1 Petrochemical, Special Petrochemical Zone Assaluyeh, Tehran, Iran; Website www.aryasasol.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10320053498 (Iran); Registration Number 777 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

ARZALLUS TAPIA, Eusebio; DOB 08 Nov 1957; POB Regil, Guipuzcoa Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 15.927.207 (Spain); Member ETA (individual) [SDGT].

ARZAMAS INSTRUMENT PLANT (a.k.a. AKTSIONERNOE OBSCHESTVO ARZAMASSKIY PRIBOROSTROITELNYI ZAVOD IMENI P I PLANDINA), 8A, 50let Vlksm Street, Arzamas, Nizhny Novgorod 607220, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5243001742 (Russia); Registration Number 1025201334850 (Russia) [RUSSIA-EO14024].

ARZAMAS-16 (a.k.a. ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. AVANGARD ELECTROMECHANICAL PLANT; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. KHARITON INSTITUTE; a.k.a. SAROV NUCLEAR WEAPONS PLANT; a.k.a. VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT EKSPERIMENTALNOY; a.k.a. "RFNC-VNIIEF"; a.k.a. "VNIIEF"), 10 Muzrukov Ave, Sarov, Nizhny Novgorod Region 607188, Russia; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Organization Established Date 1992; Tax ID No. 5254001230 (Russia); Registration Number 1025202199791 (Russia) [RUSSIA-EO14024].

ARZATE GARCIA, Alfonso (a.k.a. "AQUILES"), Mexico; DOB 02 Dec 1973; POB Baja California, Mexico; nationality Mexico; Gender Male; C.U.R.P. AAGA731202HBCRRL05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ARZATE GARCIA, Rene (a.k.a. "LA RANA"), Mexico; DOB 11 Jun 1983; POB Baja California, Mexico; nationality Mexico; Gender Male; C.U.R.P. AAGR830611HBCRRN02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ARZATE GOMEZ, Kevin, Mexico; DOB 23 Jun 1992; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. AAGK920623MGRRMV09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ARZO ALTEJARA FOR GOODS WHOLESALERS CO. L.L.C (Arabic: الارض التجارة لتجارة السلع بالجملة شركة الشخص الواحد ذ.م.م), Office No. 43-44 Bur Dubai Municipality, Al Fahidi, Dubai, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 18 Jan 2024; License 1295204 (United Arab Emirates); Economic Register Number (CBLS) 12278255 (United Arab Emirates) [IRAN-EO13846].

ASAAD, Hajj Sultan (a.k.a. ASAAD, Sultan; a.k.a. AS'AD, Sultan Khalifah (Arabic: سلطان خليفة اسعد); a.k.a. ASSAD, Sultan Khalife), Jezzine, Lebanon; DOB 31 Oct 1962; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

ASAAD, Khaled Farid Ahmed (a.k.a. AL-QADDUMI, Khaled; a.k.a. AL-QADDUMI, Khalid; a.k.a. GHODOMI, Khaled; a.k.a. QADDOUMI, Khaled (Arabic: خالد القدومي)), Tehran, Iran; DOB 08 Oct 1970; alt. DOB 01 Jan 1970; POB Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 9701027203 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

ASAAD, Sultan (a.k.a. ASAAD, Hajj Sultan; a.k.a. AS'AD, Sultan Khalifah (Arabic: سلطان خليفة اسعد); a.k.a. ASSAD, Sultan Khalife), Jezzine,

Lebanon; DOB 31 Oct 1962; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

A-SABRIN ORGANIZATION (a.k.a. AL-SABIREEN; a.k.a. AL-SABIREEN FOR THE VICTORY OF PALESTINE; a.k.a. AL-SABIREEN MOVEMENT FOR SUPPORTING PALESTINE; a.k.a. AL-SABIRIN; a.k.a. HARAKAT AL-SABIREEN; a.k.a. MOVEMENT OF THE PATIENT ONES; a.k.a. MOVEMENT OF THOSE WHO ENDURE WITH PATIENCE; a.k.a. THE SABIREEN MOVEMENT; a.k.a. "HESN"), Gaza Strip, Palestinian; West Bank, Palestinian; Jerusalem, Israel; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AS'AD, Hani 'Abd-al-Majid Muhammad (Arabic: هاني عبدالمجيد محمد اسعد) (a.k.a. AL-'ABSI, Hani; a.k.a. ASAD, Hani Abdulmajeed Mohammed), Turkey; DOB 16 Apr 1977; POB Yemen; nationality Yemen; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

ASAD, Hani Abdulmajeed Mohammed (a.k.a. AL-'ABSI, Hani; a.k.a. AS'AD, Hani 'Abd-al-Majid Muhammad (Arabic: هاني عبدالمجيد محمد اسعد)), Turkey; DOB 16 Apr 1977; POB Yemen; nationality Yemen; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AS'AD, Sultan Khalifah (Arabic: سلطان خليفة اسعد) (a.k.a. ASAAD, Hajj Sultan; a.k.a. ASAAD, Sultan; a.k.a. ASSAD, Sultan Khalife), Jezzine, Lebanon; DOB 31 Oct 1962; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

ASADI, Ali Farhan, Iran; Iraq; DOB 24 Feb 1962; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L35172959

(Iran); alt. Passport P41219083 (Iran) (individual) [SDGT] [IFSR] (Linked To: AL KHAMAEL MARITIME SERVICES).

ASADI, Mohsen (Arabic: محسن اسدى), Iran; DOB 16 Sep 1971; POB Kerman, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2992534080 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

ASADI, Shamsollah; DOB 23 Aug 1971; POB Khorram Abad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Y46559184 (Iran) expires 11 Sep 2023 (individual) [SDGT] (Linked To: QASIR, Ali).

ASADOLLAH, Hossein (Arabic: حسين اسداله) (a.k.a. ASSADOLLAH, Hossein; a.k.a. ASSADOLLAHI, Hossein), Iran; DOB 14 May 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K34433062 (Iran) expires 02 Aug 2020; National ID No. 0063410176 (Iran) (individual) [SDGT] [IFSR] (Linked To: AMINI, Meghdad).

ASADROUZ, Abbass (Arabic: عباس اسدروز) (a.k.a. ASADRUZ, Abbas; a.k.a. ASDRUZ, Abbas), Iran; DOB 23 Mar 1971; POB Dehdasht, Kohgiluyeh County, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 101133044 (Iran) expires 20 Aug 2029 (individual) [IRAN-EO13902] (Linked To: IRANIAN OIL TERMINALS COMPANY).

ASADRUZ, Abbas (a.k.a. ASADROUZ, Abbass (Arabic: عباس اسدروز); a.k.a. ASDRUZ, Abbas), Iran; DOB 23 Mar 1971; POB Dehdasht, Kohgiluyeh County, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 101133044 (Iran) expires 20 Aug 2029 (individual) [IRAN-EO13902] (Linked To: IRANIAN OIL TERMINALS COMPANY).

ASADULLAH, Syed (a.k.a. ABDULLAH, Sayed), Islamabad, Pakistan; DOB 04 Jan 1964; POB Karachi, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport AD1876722 (Pakistan) issued 12 Aug 2010 expires 11 Aug 2015; Identification Number

6110164716723 (Pakistan) (individual) [RUSSIA-EO14024] (Linked To: HU, Xiaoxun).

ASA'IB AHL AL-HAQ (a.k.a. AL-TAYAR AL-RISALI; a.k.a. ASA'IB AHL AL-HAQ MIN AL-IRAQ; a.k.a. ASA'IB AHL AL-HAQQ; a.k.a. ASAIB AL HAQ; a.k.a. KHAZALI NETWORK; a.k.a. KHAZALI SPECIAL GROUP; a.k.a. KHAZALI SPECIAL GROUPS NETWORK; a.k.a. LEAGUE OF THE RIGHTEOUS; a.k.a. QAZALI NETWORK; a.k.a. "AAH"; a.k.a. "THE MISSIONARY CURRENT"; a.k.a. "THE PEOPLE OF THE CAVE"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ASA'IB AHL AL-HAQ MIN AL-IRAQ (a.k.a. AL-TAYAR AL-RISALI; a.k.a. ASA'IB AHL AL-HAQ; a.k.a. ASA'IB AHL AL-HAQQ; a.k.a. ASAIB AL HAQ; a.k.a. KHAZALI NETWORK; a.k.a. KHAZALI SPECIAL GROUP; a.k.a. KHAZALI SPECIAL GROUPS NETWORK; a.k.a. LEAGUE OF THE RIGHTEOUS; a.k.a. QAZALI NETWORK; a.k.a. "AAH"; a.k.a. "THE MISSIONARY CURRENT"; a.k.a. "THE PEOPLE OF THE CAVE"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ASA'IB AHL AL-HAQQ (a.k.a. AL-TAYAR AL-RISALI; a.k.a. ASA'IB AHL AL-HAQ; a.k.a. ASA'IB AHL AL-HAQ MIN AL-IRAQ; a.k.a. ASAIB AL HAQ; a.k.a. KHAZALI NETWORK; a.k.a. KHAZALI SPECIAL GROUP; a.k.a. KHAZALI SPECIAL GROUPS NETWORK; a.k.a. LEAGUE OF THE RIGHTEOUS; a.k.a. QAZALI NETWORK; a.k.a. "AAH"; a.k.a. "THE MISSIONARY CURRENT"; a.k.a. "THE PEOPLE OF THE CAVE"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ASAIB AL HAQ (a.k.a. AL-TAYAR AL-RISALI; a.k.a. ASA'IB AHL AL-HAQ; a.k.a. ASA'IB AHL AL-HAQ MIN AL-IRAQ; a.k.a. ASA'IB AHL AL-HAQQ; a.k.a. KHAZALI NETWORK; a.k.a. KHAZALI SPECIAL GROUP; a.k.a. KHAZALI SPECIAL GROUPS NETWORK; a.k.a. LEAGUE OF THE RIGHTEOUS; a.k.a. QAZALI NETWORK; a.k.a. "AAH"; a.k.a. "THE MISSIONARY CURRENT"; a.k.a. "THE PEOPLE OF THE CAVE"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ASALOUYEH PETROCHEMICAL COMPANY (a.k.a. PARS PETROCHEMICAL CO.; a.k.a. PARS PETROCHEMICAL COMPANY; a.k.a. "P.P.C."), Pars Special Economic Energy Zone, PO Box 163-75391, Assaluyeh, Bushehr, Iran; P.O. Box 163-75391, 11370-75118, Iran; Pars Economic Special Zone, Asalouyeh, Bushehr, Iran; Website www.parspc.net; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

ASAN SHIPPING ENTERPRISE LIMITED, 85 St. John Street, Valletta VLT 1165, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (356)(21241817); Fax (356)(25990640) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ASAN, Nihat (a.k.a. ASAN, Nihat Abdul Kadir (Arabic: نيهات عبدالقدير آسان); a.k.a. ASAN, Nihat Abdulkadir; a.k.a. ASHAN, Nihat; a.k.a. EBRAHIMIHARKIAN, Ramin; a.k.a. KURD, Ibrahim; a.k.a. "BAHTIYAR"), Orumiyeh, West Azerbaijan, Iran; DOB 01 Oct 1981; alt. DOB 11 Nov 1981; POB Van, Turkey; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U13927927 (Turkey) expires 25 Jan 2027; National ID No. 2751062326 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ASAN, Nihat Abdul Kadir (Arabic: نيهات عبدالقدير آسان) (a.k.a. ASAN, Nihat; a.k.a. ASAN, Nihat Abdulkadir; a.k.a. ASHAN, Nihat; a.k.a. EBRAHIMIHARKIAN, Ramin; a.k.a. KURD, Ibrahim; a.k.a. "BAHTIYAR"), Orumiyeh, West Azerbaijan, Iran; DOB 01 Oct 1981; alt. DOB 11 Nov 1981; POB Van, Turkey; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U13927927 (Turkey) expires 25 Jan 2027; National ID No. 2751062326 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ASAN, Nihat Abdulkadir (a.k.a. ASAN, Nihat; a.k.a. ASAN, Nihat Abdul Kadir (Arabic: نيهات عبدالقدير آسان); a.k.a. ASHAN, Nihat; a.k.a. EBRAHIMIHARKIAN, Ramin; a.k.a. KURD, Ibrahim; a.k.a. "BAHTIYAR"), Orumiyeh, West Azerbaijan, Iran; DOB 01 Oct 1981; alt. DOB 11 Nov 1981; POB Van, Turkey; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U13927927 (Turkey) expires 25 Jan 2027;

National ID No. 2751062326 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ASANABIL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ASANBEK, Kamchi (a.k.a. ASANBEK, Kamchy; a.k.a. KAMCHI, Asanbeka; a.k.a. KOLBAEV, Kamchi; a.k.a. KOLBAEV, Kamchibek; a.k.a. KOLBAYEV, Kamchi (Cyrillic: КОЛЬБАЕВ, КАМЧЫ); a.k.a. KOLBAYEV, Kamchibek (Cyrillic: КОЛЬБАЕВ, КАМЧИБЕК); a.k.a. KOLBAYEV, Kamchy; a.k.a. KOLBAYEV, Kamchybek Asanbekovich; a.k.a. "KAMCHI BISHKEKSKIY" (Cyrillic: "КАМЧИ БИШКЕКСКИЙ"); a.k.a. "KOLYA-KYRGYZ"), Bahar 1 Sector, C09-T02 Tower, Apartment 3203, Dubai 31672, United Arab Emirates; Murjan 6, Jumeirah Beach Residences, Dubai, United Arab Emirates; DOB 03 Aug 1974; alt. DOB 01 Jan 1973; POB Cholpon-Ata, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; Passport AC2499982 (Kyrgyzstan); alt. Passport AC732709 (Kyrgyzstan); Identification Number 20308197410028 (Kyrgyzstan); alt. Identification Number 1002001 (Kyrgyzstan) (individual) [SDNTK] [TCO] (Linked To: THIEVES-IN-LAW).

ASANBEK, Kamchy (a.k.a. ASANBEK, Kamchi; a.k.a. KAMCHI, Asanbeka; a.k.a. KOLBAEV, Kamchi; a.k.a. KOLBAEV, Kamchibek; a.k.a. KOLBAYEV, Kamchi (Cyrillic: КОЛЬБАЕВ, КАМЧЫ); a.k.a. KOLBAYEV, Kamchibek (Cyrillic: КОЛЬБАЕВ, КАМЧИБЕК); a.k.a. KOLBAYEV, Kamchy; a.k.a. KOLBAYEV, Kamchybek Asanbekovich; a.k.a. "KAMCHI BISHKEKSKIY" (Cyrillic: "КАМЧИ БИШКЕКСКИЙ"); a.k.a. "KOLYA-KYRGYZ"), Bahar 1 Sector, C09-T02 Tower, Apartment 3203, Dubai 31672, United Arab Emirates; Murjan 6, Jumeirah Beach Residences, Dubai, United Arab Emirates; DOB 03 Aug 1974; alt.

DOB 01 Jan 1973; POB Cholpon-Ata, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; Passport AC2499982 (Kyrgyzstan); alt. Passport AC732709 (Kyrgyzstan); Identification Number 20308197410028 (Kyrgyzstan); alt. Identification Number 1002001 (Kyrgyzstan) (individual) [SDNTK] [TCO] (Linked To: THIEVES-IN-LAW).

ASASI FOOD FZE (a.k.a. ASASI FOODS FZC), Rakeem Building, Ras Al Khaimah Economic Zone, Ras-Al-Khaimah, United Arab Emirates; P.O. Box 40803, Ras-Al-Khaimah, United Arab Emirates; P.O. Box 0843-01732, Panama [VENEZUELA-EO13850] (Linked To: SAAB MORAN, Alex Nain).

ASASI FOODS FZC (a.k.a. ASASI FOOD FZE), Rakeem Building, Ras Al Khaimah Economic Zone, Ras-Al-Khaimah, United Arab Emirates; P.O. Box 40803, Ras-Al-Khaimah, United Arab Emirates; P.O. Box 0843-01732, Panama [VENEZUELA-EO13850] (Linked To: SAAB MORAN, Alex Nain).

ASATRYAN LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АСАТРЯН) (a.k.a. ASATRYAN LLC (Cyrillic: ООО АСАТРЯН); a.k.a. LIMITED LIABILITY COMPANY ASATRYAN), Office 2, Dom 113/5, Vokzalnaya Street, Artyomovsky Urban Okrug, Artyom, Primorsky Krai 692760, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 10 Jun 2021; Tax ID No. 2502065020 (Russia); Registration Number 1212500013934 (Russia) [DPRK3] (Linked To: ASATRYAN, Gayk).

ASATRYAN LLC (Cyrillic: ООО АСАТРЯН) (a.k.a. ASATRYAN LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АСАТРЯН); a.k.a. LIMITED LIABILITY COMPANY ASATRYAN), Office 2, Dom 113/5, Vokzalnaya Street, Artyomovsky Urban Okrug, Artyom, Primorsky Krai 692760, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 10 Jun 2021; Tax ID No. 2502065020 (Russia);

Registration Number 1212500013934 (Russia) [DPRK3] (Linked To: ASATRYAN, Gayk).

ASATRYAN, Gaik (a.k.a. ASATRYAN, Gayk (Cyrillic: АСАТРЯН, Гайк); a.k.a. ASATRYAN, Gayk Vanushevich), Russia; DOB 14 Jun 1974; POB Abovyan, Armenia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 0519689094 (Russia) issued 01 Jul 2019; Tax ID No. 250209385021 (Russia) (individual) [DPRK3].

ASATRYAN, Gayk (Cyrillic: АСАТРЯН, Гайк) (a.k.a. ASATRYAN, Gaik; a.k.a. ASATRYAN, Gayk Vanushevich), Russia; DOB 14 Jun 1974; POB Abovyan, Armenia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 0519689094 (Russia) issued 01 Jul 2019; Tax ID No. 250209385021 (Russia) (individual) [DPRK3].

ASATRYAN, Gayk Vanushevich (a.k.a. ASATRYAN, Gaik; a.k.a. ASATRYAN, Gayk (Cyrillic: АСАТРЯН, Гайк)), Russia; DOB 14 Jun 1974; POB Abovyan, Armenia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 0519689094 (Russia) issued 01 Jul 2019; Tax ID No. 250209385021 (Russia) (individual) [DPRK3].

ASAY IC VE DIS TICARET LIMITED SIRKETI (a.k.a. ASAY IC VE DIS TICARET LTD STI), Ic Kapi: 2 Gul Tomruk Sitesi, No: 13 Cinar 3 Sk. Cirpici Mah., Zeytinburnu, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 41713-5 (Turkey) [RUSSIA-EO14024].

ASAY IC VE DIS TICARET LTD STI (a.k.a. ASAY IC VE DIS TICARET LIMITED SIRKETI), Ic Kapi: 2 Gul Tomruk Sitesi, No: 13 Cinar 3 Sk. Cirpici Mah., Zeytinburnu, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 41713-5 (Turkey) [RUSSIA-EO14024].

ASAYRAN, Ali Raaouf (a.k.a. ASAYRAN, Ali Ra'ouf; a.k.a. OSSEIRAN, Ali; a.k.a. OSSEIRAN, Ali Raouf), Dubai, United Arab Emirates; DOB 12 May 1967; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2898488 (Lebanon) expires 11 Aug 2019 (individual) [SDGT] (Linked To: AHMAD, Nazem Said; Linked To: AHMAD, Firas Nazem).

ASAYRAN, Ali Ra'ouf (a.k.a. ASAYRAN, Ali Raaouf; a.k.a. OSSEIRAN, Ali; a.k.a. OSSEIRAN, Ali Raouf), Dubai, United Arab Emirates; DOB 12 May 1967; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2898488 (Lebanon) expires 11 Aug 2019 (individual) [SDGT] (Linked To: AHMAD, Nazem Said; Linked To: AHMAD, Firas Nazem).

ASB GROUP OF COMPANIES LIMITED, 13/15 Giro's Passage Gibraltar, GX11 1AA, Gibraltar; Istinye Mahallesi Bostan Sokak No: 12, 34460, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 101499 (Gibraltar) [SDGT] (Linked To: AYAN, Sitki).

ASB GRUP ENERJI SANAYI VE TICARET ANONIM SIRKETI, No: 12, Istinye Mahallesi Bostan Sokak, Sariyer, Istanbul 34460, Turkey; Website www.asbgroup.com.tr; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 0860484730 (Turkey); Registration Number 820745 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

ASBAT AL-ANSAR; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ASCEND AVIATION INDIA PRIVATE LIMITED (a.k.a. ASCEND AVIATION INDIA PVT LTD.), Kh No 334 Ground Floor, Village Shahbad, Mohdpur, Delhi 110061, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; C.I.N. U74999DL2017PTC315173 (India); Tax ID No. AAPCA3817P (India); Registration Number 315173 (India) [RUSSIA-EO14024].

ASCEND AVIATION INDIA PVT LTD. (a.k.a. ASCEND AVIATION INDIA PRIVATE LIMITED), Kh No 334 Ground Floor, Village Shahbad, Mohdpur, Delhi 110061, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; C.I.N. U74999DL2017PTC315173 (India); Tax ID No. AAPCA3817P (India); Registration Number 315173 (India) [RUSSIA-EO14024].

ASCENT GENERAL INSURANCE COMPANY (a.k.a. "AGI"), AGI, Independence Ave, P1520, Victoria, Mahe, Seychelles; 23/180 Sailord Paknam, Samut Prakan 10270, Thailand; Level 40, Sintex Tower Three, 8 Twmasek Boulevard, 038988, Singapore; Website ascentgeneralinsurance.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Financial and Insurance Activities [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

ASCENT HOLDINGS LIMITED (a.k.a. ASCENT HOLDINGS LTD), P.O. Box 29389, Office No. 301, Bur Dubai, Al Karam, Dubai, United Arab Emirates; Organization Established Date 19 Sep 2013; Business Registration Number A08609137106 (United Arab Emirates) [GLOMAG] (Linked To: RAHMANI, Ajmal).

ASCENT HOLDINGS LTD (a.k.a. ASCENT HOLDINGS LIMITED), P.O. Box 29389, Office No. 301, Bur Dubai, Al Karam, Dubai, United Arab Emirates; Organization Established Date 19 Sep 2013; Business Registration Number A08609137106 (United Arab Emirates) [GLOMAG] (Linked To: RAHMANI, Ajmal).

ASCOTEC GMBH (f.k.a. AHWAZ STEEL COMMERCIAL & TECHNICAL SERVICE GMBH  ASCOTEC; f.k.a. AHWAZ STEEL COMMERCIAL AND TECHNICAL SERVICE GMBH ASCOTEC; a.k.a. ASCOTEC HOLDING GMBH), Tersteegen Strasse 10, Dusseldorf 40474, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 26136 (Germany); all offices worldwide [IRAN].

ASCOTEC HOLDING GMBH (f.k.a. AHWAZ STEEL COMMERCIAL & TECHNICAL SERVICE GMBH  ASCOTEC; f.k.a. AHWAZ STEEL COMMERCIAL AND TECHNICAL SERVICE GMBH ASCOTEC; a.k.a. ASCOTEC GMBH), Tersteegen Strasse 10, Dusseldorf 40474, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 26136 (Germany); all offices worldwide [IRAN].

ASCOTEC JAPAN K.K., 8th Floor, Shiba East Building, 2-3-9 Shiba, Minato-ku, Tokyo 105-0014, Japan; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

ASCOTEC MINERAL & MACHINERY GMBH (a.k.a. ASCOTEC MINERAL AND MACHINERY GMBH; f.k.a. BREYELLER KALTBAND GMBH), Tersteegenstr. 10, Dusseldorf 40474, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 55668 (Germany); all offices worldwide [IRAN].

ASCOTEC MINERAL AND MACHINERY GMBH (a.k.a. ASCOTEC MINERAL & MACHINERY GMBH; f.k.a. BREYELLER KALTBAND GMBH), Tersteegenstr. 10, Dusseldorf 40474, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 55668 (Germany); all offices worldwide [IRAN].

ASCOTEC SCIENCE & TECHNOLOGY GMBH (a.k.a. ASCOTEC SCIENCE AND TECHNOLOGY GMBH), Tersteegenstrasse 10, Dusseldorf D 40474, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 58745 (Germany); all offices worldwide [IRAN].

ASCOTEC SCIENCE AND TECHNOLOGY GMBH (a.k.a. ASCOTEC SCIENCE & TECHNOLOGY GMBH), Tersteegenstrasse 10, Dusseldorf D 40474, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 58745 (Germany); all offices worldwide [IRAN].

ASCOTEC STEEL (a.k.a. ASCOTEC STEEL TRADING GMBH), Tersteegenstr. 10, Dusseldorf 40474, Germany; Georg-Glock-Str. 3, Dusseldorf 40474, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 48319 (Germany); all offices worldwide [IRAN].

ASCOTEC STEEL TRADING GMBH (a.k.a. ASCOTEC STEEL), Tersteegenstr. 10, Dusseldorf 40474, Germany; Georg-Glock-Str. 3, Dusseldorf 40474, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 48319 (Germany); all offices worldwide [IRAN].

ASDRUZ, Abbas (a.k.a. ASADROUZ, Abbass (Arabic: عباس اسدروز); a.k.a. ASADRUZ, Abbas), Iran; DOB 23 Mar 1971; POB Dehdasht, Kohgiluyeh County, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 101133044 (Iran) expires 20 Aug 2029 (individual) [IRAN-EO13902] (Linked To: IRANIAN OIL TERMINALS COMPANY).

ASELDAROV, Rustam (a.k.a. ASELDEROV, Rustam; a.k.a. ASILDAROV, Rustam; a.k.a. "Abu Mohammad al-Qadari"; a.k.a. "Abu Muhammad al-Kadarskii"; a.k.a. "Abu

Mukhammad al-Kadar"; a.k.a. "Abu Mukhammad Kadarskiy"; a.k.a. "Abu Mukhammad Kadarsky") DOB 01 Jan 1980 to 31 Dec 1982; POB Kalmykia, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ASELDEROV, Rustam (a.k.a. ASELDAROV, Rustam; a.k.a. ASILDAROV, Rustam; a.k.a. "Abu Mohammad al-Qadari"; a.k.a. "Abu Muhammad al-Kadarskii"; a.k.a. "Abu Mukhammad al-Kadar"; a.k.a. "Abu Mukhammad Kadarskiy"; a.k.a. "Abu Mukhammad Kadarsky") DOB 01 Jan 1980 to 31 Dec 1982; POB Kalmykia, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ASEMAN PISHRANEH CO. LTD (a.k.a. ASEMAN PISHRANEH ENGINEERING SERVICES LIMITED LIABILITY COMPANY; a.k.a. SKY PROPULSION ENGINEERING RESEARCH AND SERVICES CONSULTING COMPANY; a.k.a. SKY PROPULSION ENGINEERING SERVICES COMPANY), Kilometer 13 of Shahid Babaei Highway, Intersection of Telo Road (Northwest Side), Aerospace Complex (Sepehr Airport), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Apr 1999; National ID No. 10101922753 (Iran); Registration Number 149432 (Iran) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

ASEMAN PISHRANEH ENGINEERING SERVICES LIMITED LIABILITY COMPANY (a.k.a. ASEMAN PISHRANEH CO. LTD; a.k.a. SKY PROPULSION ENGINEERING RESEARCH AND SERVICES CONSULTING COMPANY; a.k.a. SKY PROPULSION ENGINEERING SERVICES COMPANY), Kilometer 13 of Shahid Babaei Highway, Intersection of Telo Road (Northwest Side), Aerospace Complex (Sepehr Airport), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Apr 1999; National ID No. 10101922753 (Iran); Registration Number 149432 (Iran) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

ASES DE COMPETENCIA Y CIA. S.A., Carrera 30 No. 74-45, Bogota, Colombia; Carrera 6A No. 22-46 Int. 110, Medellin, Colombia; Carrera 66A No. 3-50 Int. 69, Medellin, Colombia; NIT # 800213156-7 (Colombia) [SDNT].

ASESORES TURISTICOS S.A. DE C.V., Dr. Jose Maria Vertiz 646, Col. Narvarte, Mexico, DF 03010, Mexico; R.F.C. ATU8707108U5 (Mexico) [SDNTK].

ASESORES Y PROMOTORES ACG, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Organization Established Date 17 Sep 2015; Organization Type: Other business support service activities n.e.c.; Folio Mercantil No. 92430 (Mexico) [ILLICIT-DRUGS-EO14059].

ASESORIA Y SERVICIOS ADMINISTRATIVOS, TECNICOS Y OPERATIVOS DUREL, S.A. DE C.V., Av. Mexico No. 2798, Int 3B, Col. Terranova, Guadalajara, Jalisco C.P. 44689, Mexico; Folio Mercantil No. 3048*1 (Mexico) [SDNTK].

ASESORIA Y SERVICIOS IMPORTADORES, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 19 Jun 2003; Organization Type: Other business support service activities n.e.c.; Folio Mercantil No. 18727 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: RIVERA MIRAMONTES, Carlos Humberto).

ASF DEVELOPMENT LIMITED LIABILITY COMPANY (a.k.a. OOO ASF RAZVITIE), Ul. Lva Tolstogo D. 5, Str. 1, Pomeshch 2/1, Moscow 119021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9709074432 (Russia); Registration Number 1217700436029 (Russia) [RUSSIA-EO14024].

ASGARI, Hassan (Arabic: حسن عسکری) (a.k.a. ASKARI, Hassan (Arabic: حسن عسکری)), Sanandaj, Iran; POB Bijar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Governor, Sanandaj (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ASGARI, Mansur, Iran; DOB 03 Jun 1958; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A4249926 (Iran) (individual) [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

ASGARI, Mohammad, Iran; DOB 03 Jul 1979; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1289040249 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ASGHAR, Imran, 27 28 Jumeirah Park, District 6, St F, Dubai, United Arab Emirates; DOB 19 Dec 1962; POB Lahore, Pakistan; nationality Pakistan; alt. nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BM1828063 (Pakistan) expires 19 Oct 2032 (individual) [SDGT] (Linked To: ARKAN MARS PETROLEUM DMCC).

ASGHARIAN, Reza (Arabic: رضا اصغريان), 1334697778, Iran; DOB 21 Mar 1973; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0056549555 (Iran); Birth Certificate Number 1932 (Iran); CEO of Naji Pas Company (individual) [IRAN-HR] (Linked To: NAJI PAS COMPANY).

ASGHARZADEH, Abdollah; DOB 16 Sep 1968; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

ASHAMI, Husayn (a.k.a. AL-SHAMI, Haj Husayn; a.k.a. AL-SHAMI, Husayn; a.k.a. AL-SHAMY, Husayn; a.k.a. SHAIMI, Husayn; a.k.a. SHAMAI, Husayn; a.k.a. SHAMY, Husayn), Lebanon; DOB 1948; alt. DOB 1954; alt. DOB 1960; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ASHAN, Nihat (a.k.a. ASAN, Nihat; a.k.a. ASAN, Nihat Abdul Kadir (Arabic: نيهات عبدالقدير آسان); a.k.a. ASAN, Nihat Abdulkadir; a.k.a. EBRAHIMIHARKIAN, Ramin; a.k.a. KURD, Ibrahim; a.k.a. "BAHTIYAR"), Orumiyeh, West Azerbaijan, Iran; DOB 01 Oct 1981; alt. DOB 11 Nov 1981; POB Van, Turkey; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U13927927 (Turkey) expires 25 Jan 2027; National ID No. 2751062326 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ASHDALE SETTLEMENT GERCO SAS (f.k.a. GERCO SAS), 67 Boulevard Du 30 Juin, Immeuble Golf, 5eme etage, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; 32 BIS, Avenue KIVU, Ngaliema, Kinshasa, Kinshasa, Congo, Democratic Republic of the; 8eme etage, immeuble 1113, Boulevard Du 30 Juin No. 110, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; 70 Batetela, Immeuble Tilipia, 5eme etage, Municipality of Gombe, Kinshasa, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/17-B-01379 (Congo, Democratic Republic of the) [GLOMAG] (Linked To: MUKONDA MAYANDU, Alain).

ASHFIELD, Jeffrey John James, Hayselden Manor, Sissinghurst, Cranbrook, Kent TN172A, United Kingdom; DOB 11 Feb 1950; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 307893124 (United Kingdom) (individual) [SDGT] [IFSR] (Linked To: MAHAN AIR).

ASHIQ JEWELLERS CC, 115 Russel St, Durban, KwaZulu-Natal 4001, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Aug 2009; Tax ID No. 9176936178 (South Africa); Trade License No. 2009/151008/23 (South Africa); Enterprise Number B2009151008 (South Africa) [SDGT] (Linked To: HOOMER, Farhad).

ASHKAR, Abdallah (a.k.a. AL ASHQAR, Abdullah Jihad; a.k.a. AL MAQDISI, Abu al Muhtasib; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, Abdallah; a.k.a. AL-'ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, 'Abdallah Jihad Musa; a.k.a. AL-ASHQAR, Abdullah; a.k.a. AL-ASHQAR, Abdullah Jihad; a.k.a. AL-MAQDISI, Abu-al-Muhtasib; a.k.a. AL-TAWHID, Muhandes; a.k.a. AL-TAWHID, Muhandis; a.k.a. "ABU-HAJIR"; a.k.a. "AL MUHTASIB, Abu"), Region: Gaza; DOB 1986; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ASHRAF, Haji M. (a.k.a. ASHRAF, Haji Muhammad; a.k.a. MANSHA, Muhammad Ashraf; a.k.a. MANSHAH, Muhammad Ashraf; a.k.a. MUNSHA, Muhammad Ashraf); DOB 1955; POB Faisalabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A-374184 (Pakistan); alt. Passport AT0712501 (Pakistan) issued 12 Mar 2008 expires 11 Mar 2013; National ID No. 6110125312507 (Pakistan); alt. National ID No. 24492025390 (Pakistan) (individual) [SDGT].

ASHRAF, Haji Muhammad (a.k.a. ASHRAF, Haji M.; a.k.a. MANSHA, Muhammad Ashraf; a.k.a. MANSHAH, Muhammad Ashraf; a.k.a. MUNSHA, Muhammad Ashraf); DOB 1955; POB Faisalabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A-374184 (Pakistan); alt. Passport AT0712501 (Pakistan) issued 12 Mar 2008 expires 11 Mar 2013; National ID No. 6110125312507 (Pakistan); alt. National ID No. 24492025390 (Pakistan) (individual) [SDGT].

ASHRAQ, Hamidraza, Iran; POB Abadan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 11817387375 (Iran); alt. National ID No. 1817387375 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

ASH-SHAMI, Faruk (a.k.a. AL-SHAMI, Faruk; a.k.a. FAYZIMATOV, Farrukh Furkatovitch; a.k.a. FAYZIMATOV, Faruk Furkatovich; a.k.a. SHAMI, Faruk; a.k.a. SHAMI, Faruq (Cyrillic: ШАМИ, Фарук)), Idlib, Syria; DOB 02 Mar 1996; citizen Tajikistan; Gender Male; Digital Currency Address - XBT 17a5bpKvEp1j1Trs4qTbcNZrby53JbaS9C; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ASHTARI FARD, Hossein (a.k.a. AHSTARI, Hossein), Iran; DOB 1962; alt. DOB 1963; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

ASHTARI, Mahmood (a.k.a. ASHTARI, Mahmoud; a.k.a. ASHTARI, Mahmud); POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0062502034 (Iran) (individual) [SDGT] (Linked To: QASIR, Ali).

ASHTARI, Mahmoud (a.k.a. ASHTARI, Mahmood; a.k.a. ASHTARI, Mahmud); POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0062502034 (Iran) (individual) [SDGT] (Linked To: QASIR, Ali).

ASHTARI, Mahmud (a.k.a. ASHTARI, Mahmood; a.k.a. ASHTARI, Mahmoud); POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0062502034 (Iran) (individual) [SDGT] (Linked To: QASIR, Ali).

ASHTIANI, Mohammad-Reza (a.k.a. ASHTIANI, Mohammed Reza Gharayi), Iran; DOB 1960; alt. DOB 1961; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

ASHTIANI, Mohammed Reza Gharayi (a.k.a. ASHTIANI, Mohammad-Reza), Iran; DOB 1960; alt. DOB 1961; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

ASHULUK FIRING RANGE (a.k.a. ASHULUK TEST RANGE), Astrakhan Oblast, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Defense activities [RUSSIA-EO14024].

ASHULUK TEST RANGE (a.k.a. ASHULUK FIRING RANGE), Astrakhan Oblast, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Defense activities [RUSSIA-EO14024].

ASI, El Yusuf Abd al-Rida (a.k.a. AASI, Sheikh Yusuf), Majma Ahl al-Bayt, 6 Meqdad Burj al-Barajinah, Beirut, Lebanon; DOB 05 Feb 1962; alt. DOB 1962; POB Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MARTYRS FOUNDATION IN LEBANON).

'ASI, Salih 'Ali (a.k.a. ASSI, Salah; a.k.a. ASSI, Saleh; a.k.a. ASSI, Saleh Ali; a.k.a. ASSI, Salih), Congo, Democratic Republic of the; Etage 5 (5th Floor), 3 Avenue Bosquet, Paris 27007, France; Bashoura, Beirut, Lebanon; Immeuble Verdun 750, 5E Etage-Rue Rachid Karame Verdun, Beyrouth, Lebanon; DOB 14 May 1960; citizen France; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 04FE50421 (France) (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

ASIA ENERGY GENERAL TRADING (LLC), Suite 703, Twin Tower, Baniyas Street, Deira, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ASIA ENTERPRISE SERVICE LIMITED (a.k.a. ASIA INTERNATIONAL TRADE PROVIDER LLC (Arabic: آسيا إنترناشيونال تريد بروفايدر ذ م م)), Sharjah Media City, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 1906788.01 (United Arab Emirates) [RUSSIA-EO14024].

ASIA FUEL PTE. LTD., Far East Finance Building, 14 Robinson Road #08-0lA 48545, Singapore, Singapore; Website asiafuel.net; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 30 Jan 2020; Business Registration Number 202003540C (Singapore) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

ASIA GREEN DEVELOPMENT BANK LIMITED (a.k.a. AGD BANK; a.k.a. ASIA GREEN DEVELOPMENT BANK LTD; a.k.a. ASIA GREEN DEVELOPMENT BANK PUBLIC COMPANY LIMITED), No. 73/75, Sule Pagoda Road, Pebadan Township, Yangon, Burma; SWIFT/BIC AGDBMMMY; Website http://www.agdbank.com; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; National ID No. 103903351 (Burma) [BURMA-EO14014].

ASIA GREEN DEVELOPMENT BANK LTD (a.k.a. AGD BANK; a.k.a. ASIA GREEN DEVELOPMENT BANK LIMITED; a.k.a. ASIA GREEN DEVELOPMENT BANK PUBLIC COMPANY LIMITED), No. 73/75, Sule Pagoda Road, Pebadan Township, Yangon, Burma; SWIFT/BIC AGDBMMMY; Website http://www.agdbank.com; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; National ID No. 103903351 (Burma) [BURMA-EO14014].

ASIA GREEN DEVELOPMENT BANK PUBLIC COMPANY LIMITED (a.k.a. AGD BANK; a.k.a. ASIA GREEN DEVELOPMENT BANK LIMITED; a.k.a. ASIA GREEN DEVELOPMENT BANK LTD), No. 73/75, Sule Pagoda Road, Pebadan Township, Yangon, Burma; SWIFT/BIC AGDBMMMY; Website http://www.agdbank.com; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.;

National ID No. 103903351 (Burma) [BURMA-EO14014].

ASIA INTERNATIONAL TRADE PROVIDER LLC (Arabic: آسيا إنترناشيونال تريد بروفايدر ذ م م) (a.k.a. ASIA ENTERPRISE SERVICE LIMITED), Sharjah Media City, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 1906788.01 (United Arab Emirates) [RUSSIA-EO14024].

ASIA MARINE CROWN AGENCY (Arabic: شركت تاج دریای آسیا) (a.k.a. TAJ DARYAE ASIA COMPANY), First Floor, Khalij Abi Complex, No. 0, Imam Khomeini Street, Shahid Jahan Ara Street, Manazel 38 Ghermez Neighborhood, Bandar Imam Khomeini City, Bandar Imam Khomeini Section, Bandar Mahshahr, Khuzestan 6356174826, Iran; Apt. 7, 1st Floor, South Wing, Bldg. No. 21, Kar Va Tejarat St., Vanak Sq., Tehran 1991943845, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Jan 2019; National ID No. 14008069775 (Iran); Business Registration Number 10977 (Iran) [SDGT] [IFSR] (Linked To: SAHARA THUNDER).

ASIA MATERIAL SOLUTIONS COMPANY LIMITED, Rm 1207A, 12/F Officeplus at Princeedward, Mongkok, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Jun 2017; Business Registration Number 67853509 (Hong Kong) [RUSSIA-EO14024].

ASIA PACIFIC LINKS LIMITED, Shing Hing Commercial Building, Office 8E, 21-27 Wing Kut Street, Hong Kong 510000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Dec 2014; Business Registration Number 64199990-000 (Hong Kong); Registration Number 2182045 (Hong Kong) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY SMT-ILOGIC).

ASIA SUN AVIATION PTE. LTD. (a.k.a. SHOON ENERGY PTE. LTD.), Singapore; Organization Established Date 27 Jun 2018; Organization Type: Activities of holding companies; Registration Number 201821798H (Singapore) [BURMA-EO14014] (Linked To: WIN, Khin Phyu).

ASIA SUN GROUP (a.k.a. ASIA SUN GROUP COMPANY LIMITED), Yangon-Insein Road No. 218, Building A, 16 Floor, Room A, Hlaing Township, Yangon Region, Burma;

Organization Established Date 29 Mar 2012; Organization Type: Activities of holding companies; Business Registration Number 104355110 (Burma) [BURMA-EO14014].

ASIA SUN GROUP COMPANY LIMITED (a.k.a. ASIA SUN GROUP), Yangon-Insein Road No. 218, Building A, 16 Floor, Room A, Hlaing Township, Yangon Region, Burma; Organization Established Date 29 Mar 2012; Organization Type: Activities of holding companies; Business Registration Number 104355110 (Burma) [BURMA-EO14014].

ASIA SUN TRADING CO. LTD. (a.k.a. ASIA SUN TRADING COMPANY LIMITED; a.k.a. "ASIA SUN TRADING"), Ubc Tower, Unit 04-01, 4th Floor, Bo Cho Quarter, Bahan, Yangon Region, Burma; Organization Established Date 16 Dec 2015; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Business Registration Number 104099424 (Burma) [BURMA-EO14014].

ASIA SUN TRADING COMPANY LIMITED (a.k.a. ASIA SUN TRADING CO. LTD.; a.k.a. "ASIA SUN TRADING"), Ubc Tower, Unit 04-01, 4th Floor, Bo Cho Quarter, Bahan, Yangon Region, Burma; Organization Established Date 16 Dec 2015; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Business Registration Number 104099424 (Burma) [BURMA-EO14014].

ASIA TRADING & CONSTRUCTION PTE LTD (a.k.a. ASIA TRADING AND CONSTRUCTION PTE LTD; f.k.a. FIVE STAR RESORT PTE LTD), 20 Peck Seah Street #02-00, Singapore 79312, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Jan 2014; Organization Type: Construction of buildings; Registration Number 201401923D (Singapore) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

ASIA TRADING AND CONSTRUCTION PTE LTD (a.k.a. ASIA TRADING & CONSTRUCTION PTE LTD; f.k.a. FIVE STAR RESORT PTE LTD), 20 Peck Seah Street #02-00, Singapore 79312, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Jan 2014; Organization Type: Construction of buildings; Registration Number 201401923D (Singapore) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

ASIABANI, Korosh (a.k.a. ASIABANI, Kourosh (Arabic: کورش آسیابانی); a.k.a. ASIABANI, Kurosh (Arabic: کوروش آسیابانی); a.k.a.

ASIYABANI, Koresh), Number 0, Floor 2, Golrizan Boulevard, Fajr Alley, District 22 Bahman, Kermanshah 6714699785, Iran; Unit 1, Paradise Building, across from Kokab Rashidi Mosque, Nobehar Boulevard, between Shahid Iraj Faizi Alley and Shahid Khosro Abassi Alley, District 22 Bahman, Kermanshah 6714699785, Iran; DOB 31 May 1962; alt. DOB 31 May 1961; POB Harsin, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3319728962 (Iran); Birth Certificate Number 28 (Iran); Deputy Commander of IRGC West Regional Headquarters (Najaf Ashraf); Second Brigadier General (individual) [IRGC] [IRAN-HR] [CAATSA - IRAN] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ASIABANI, Kourosh (Arabic: کورش آسیابانی) (a.k.a. ASIABANI, Korosh; a.k.a. ASIABANI, Kurosh (Arabic: کوروش آسیابانی); a.k.a. ASIYABANI, Koresh), Number 0, Floor 2, Golrizan Boulevard, Fajr Alley, District 22 Bahman, Kermanshah 6714699785, Iran; Unit 1, Paradise Building, across from Kokab Rashidi Mosque, Nobehar Boulevard, between Shahid Iraj Faizi Alley and Shahid Khosro Abassi Alley, District 22 Bahman, Kermanshah 6714699785, Iran; DOB 31 May 1962; alt. DOB 31 May 1961; POB Harsin, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3319728962 (Iran); Birth Certificate Number 28 (Iran); Deputy Commander of IRGC West Regional Headquarters (Najaf Ashraf); Second Brigadier General (individual) [IRGC] [IRAN-HR] [CAATSA - IRAN] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ASIABANI, Kurosh (Arabic: کوروش آسیابانی) (a.k.a. ASIABANI, Korosh; a.k.a. ASIABANI, Kourosh (Arabic: کورش آسیابانی); a.k.a. ASIYABANI, Koresh), Number 0, Floor 2, Golrizan Boulevard, Fajr Alley, District 22 Bahman, Kermanshah 6714699785, Iran; Unit 1, Paradise Building, across from Kokab Rashidi Mosque, Nobehar Boulevard, between Shahid Iraj Faizi Alley and Shahid Khosro Abassi Alley, District 22 Bahman, Kermanshah 6714699785, Iran; DOB 31 May 1962; alt. DOB 31 May 1961; POB Harsin, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3319728962 (Iran); Birth Certificate Number 28 (Iran); Deputy Commander of IRGC West Regional Headquarters (Najaf Ashraf); Second Brigadier General (individual) [IRGC] [IRAN-HR]

[CAATSA - IRAN] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ASIALINK SHANGHAI INTL LOGISTICS CO LTD (a.k.a. YALING (SHANGHAI) INTERNATIONAL CARGO TRANSPORTATION AGENCY CO LTD (Chinese Simplified: 上海凌豪国际货物运输代理有限公司); a.k.a. YALING (SHANGHAI) INTERNATIONAL FREIGHT TRANSPORTATION AGENCY CO LTD (Chinese Simplified: 亚凌(上海)国际货物运输代理有限公司)), Room 319, Building 8, No. 1128 Tiankeyqiao South Road, Shanghai 200000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91310104776297577L (China) [RUSSIA-EO14024].

ASIAN AVIATION LOGISTICS COMPANY LIMITED, 805 Srinakarin Road, 2nd Floor Zone A 21 Tower, Suan Luang, Bangkok 10540, Thailand; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR).

ASIAN SEA ANGEL (a.k.a. ASIAN SEA ANGEL SHIPPING AGENCY; a.k.a. ASIAN SEA ANGEL SHIPPING CO (Arabic: شرکت فرشته دریای آسیا شرکت); a.k.a. "ANGEL SHIPPING"), No. 16 Molla Sadra St, District 3, Tehran, Tehran Province, Iran; No. 31, Molla Sadra Street, Tehran, Tehran Province 1991916833, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 03 Jun 2017; National ID No. 14006811644 (Iran); Commercial Registry Number 2196 (Iran) [IRAN-EO13846].

ASIAN SEA ANGEL SHIPPING AGENCY (a.k.a. ASIAN SEA ANGEL; a.k.a. ASIAN SEA ANGEL SHIPPING CO (Arabic: شرکت فرشته دریای آسیا شرکت); a.k.a. "ANGEL SHIPPING"), No. 16 Molla Sadra St, District 3, Tehran, Tehran Province, Iran; No. 31, Molla Sadra Street, Tehran, Tehran Province 1991916833, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 03 Jun 2017; National ID No. 14006811644 (Iran); Commercial Registry Number 2196 (Iran) [IRAN-EO13846].

ASIAN SEA ANGEL SHIPPING CO (Arabic: شرکت فرشته دریای آسیا شرکت) (a.k.a. ASIAN SEA ANGEL; a.k.a. ASIAN SEA ANGEL SHIPPING AGENCY; a.k.a. "ANGEL SHIPPING"), No. 16 Molla Sadra St, District 3, Tehran, Tehran Province, Iran; No. 31, Molla Sadra Street, Tehran, Tehran Province 1991916833, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 03 Jun 2017; National ID No. 14006811644 (Iran); Commercial Registry Number 2196 (Iran) [IRAN-EO13846].

ASIAN TRADE AGENCY LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU AZIATSKOYE TORGOVOYE AGENTSTVO), Mgstr. Vokzalnaya D. 1/1, Office 704, Novosibirsk 630004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5404418441 (Russia); Registration Number 1105476039745 (Russia) [RUSSIA-EO14024].

ASIAN ZONE TRADING L.L.C (Arabic: ایشیئن زون للتجارة ذ.م.م), Al Owais Business Tower, 5th Floor, Office 505, Baniyas Road, Deira, P.O. Box 14781, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 11 Sep 2019; License 851326 (United Arab Emirates); Business Registration Number 2092078 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

ASIC AND ELECTRONIC ENGINEERING DESIGN CENTER DIGITAL SOLUTIONS JSC (a.k.a. LLC SCIENTIFIC PRODUCTION ENTERPRISE DIGITAL SOLUTIONS), Room 4, Office 1, 3rd Floor, Building 7, House 9a, 2nd Sinichkina Str., Moscow 111020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715500090 (Russia) [RUSSIA-EO14024].

ASILDAROV, Rustam (a.k.a. ASELDAROV, Rustam; a.k.a. ASELDEROV, Rustam; a.k.a. "Abu Mohammad al-Qadari"; a.k.a. "Abu Muhammad al-Kadarskii"; a.k.a. "Abu Mukhammad al-Kadar"; a.k.a. "Abu Mukhammad Kadarskiy"; a.k.a. "Abu Mukhammad Kadarsky"); DOB 01 Jan 1980 to 31 Dec 1982; POB Kalmykia, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ASIMOV, Rahim Azizboyevich (Cyrillic: АЗИМОВ, Рахим Азизбоевич), Russia; DOB 16 Aug 1964; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

'ASIRI, Ibrahim Hasan Tali'A (a.k.a. AL ASIRI, Ibrahim Hassan; a.k.a. AL-'ASIRI, Ibrahim; a.k.a. AL-'ASIRI, Ibrahim Hasan Tali; a.k.a. AL-ASIRI, Ibrahim Hassan Tali; a.k.a. ASSIRI, Ibrahim Hassan Tali; a.k.a. "ABOSSLAH"; a.k.a. "ABU SALEH"); DOB 19 Apr 1982; alt. DOB 18 Apr 1982; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F654645 issued 30 Apr 2005; National ID No. 1028745097 (Saudi Arabia); Member of al-Qa'ida in the Arabian Peninsula, is wanted by the Government of Saudi Arabia and Interpol has issued an Orange Notice: File no. 2009/52/OS/CCC (individual) [SDGT].

ASIYABANI, Koresh (a.k.a. ASIABANI, Korosh; a.k.a. ASIABANI, Kourosh (Arabic: کورش آسیابانی); a.k.a. ASIABANI, Kurosh (Arabic: کوروش آسیابانی)), Number 0, Floor 2, Golrizan Boulevard, Fajr Alley, District 22 Bahman, Kermanshah 6714699785, Iran; Unit 1, Paradise Building, across from Kokab Rashidi Mosque, Nobehar Boulevard, between Shahid Iraj Faizi Alley and Shahid Khosro Abassi Alley, District 22 Bahman, Kermanshah 6714699785, Iran; DOB 31 May 1962; alt. DOB 31 May 1961; POB Harsin, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3319728962 (Iran); Birth Certificate Number 28 (Iran); Deputy Commander of IRGC West Regional Headquarters (Najaf Ashraf); Second Brigadier General (individual) [IRGC] [IRAN-HR] [CAATSA - IRAN] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ASKA ENERJI TOPTAN SATIS SANAYI VE TICARET ANONIM SIRKETI, Istinye Mah. Bostan Sok. No: 12 Sariyer, Turkey; No. 29, Resitpasa Mah. Denizbank Ust Sitesi Yol Sok. Sariyer, Istanbul 34467, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 31 Jul 2013; Istanbul Chamber of Comm. No. 879494 (Turkey); Registration Number 878346-0 (Turkey); Central Registration System Number 0086-0498-2047-6374 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

ASKARI, Hassan (Arabic: حسن عسکری) (a.k.a. ASGARI, Hassan (Arabic: حسن عسکری)), Sanandaj, Iran; POB Bijar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Governor, Sanandaj (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ASKARIZADEH, Rahmatollah, Tehran, Iran; DOB 14 May 1992; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0014603667 (Iran) (individual) [ELECTION-EO13848] (Linked To: EMENNET PASARGAD).

ASKATASUNA (f.k.a. GESTORAS PRO-AMNISTIA), Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ASKATASUNA (a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. EPANASTATIKI PIRINES; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. XAKI; a.k.a. "ETA"; a.k.a. "K.A.S."); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ASL ENERJI SANAYI VE TICARET ANONIM SIRKETI, No: 12 Istinye Mahallesi, Bostan Sokak, Sariyer, Istanbul 34467, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Nov 2012; Istanbul Chamber of Comm. No. 843769 (Turkey); Registration Number 842743-0 (Turkey); Central Registration System Number 0086-0489-8593-7973 (Turkey) [SDGT] (Linked To: AYAN, Bahaddin).

ASLAN, Aous Ali (a.k.a. ASLAN, Aus), Syria; DOB 1958; alt. DOB 1960; POB Latakia, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

ASLAN, Aus (a.k.a. ASLAN, Aous Ali), Syria; DOB 1958; alt. DOB 1960; POB Latakia, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

ASLAN, Hasmet (a.k.a. QAFISHEH, Hisham Younis Yahia; a.k.a. QAFISHEH, Hisham

Younis Yahya; a.k.a. QAFISHEH, Hisham Yunis Ichiyeh; a.k.a. QAFISHIH, Hisham Yunis Yahya; a.k.a. QUFAYSHAH, Hisham Yunis Yahya), Turkey; DOB 01 Sep 1956; alt. DOB 01 Jan 1956; POB Jordan; nationality Jordan; alt. nationality Saudi Arabia; citizen Jordan; alt. citizen Palestinian; alt. citizen Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H161563 (Jordan) expires 27 Mar 2006; Identification Number 050449004 (Jordan); alt. Identification Number 9561014063 (Jordan); alt. Identification Number 2024660934 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

ASLANOV, Dzheykhun Nasimi Ogly (a.k.a. ASLANOV, Jay; a.k.a. ASLANOV, Jayhoon), Russia; DOB 01 Jan 1990; POB Sumgait, Azerbaijan; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 629512112 (Russia); National ID No. 2504139886 (individual) [CYBER2] [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

ASLANOV, Jay (a.k.a. ASLANOV, Dzheykhun Nasimi Ogly; a.k.a. ASLANOV, Jayhoon), Russia; DOB 01 Jan 1990; POB Sumgait, Azerbaijan; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 629512112 (Russia); National ID No. 2504139886 (individual) [CYBER2] [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

ASLANOV, Jayhoon (a.k.a. ASLANOV, Dzheykhun Nasimi Ogly; a.k.a. ASLANOV, Jay), Russia; DOB 01 Jan 1990; POB Sumgait, Azerbaijan; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 629512112 (Russia); National ID No. 2504139886 (individual) [CYBER2] [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

ASLANOVA, Darya Dmitriyevna (Cyrillic: АСЛАНОВА, Дарья Дмитриевна) (a.k.a. TIMOSHENKOVA, Darya Dmitriyevna), Saint Petersburg, Russia; DOB 08 Sep 1985; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 44N2592883 (Russia) (individual) [CYBER2] [ELECTION-EO13848].

ASMA AUTHORISED MONEY EXCHANGERS (a.k.a. ASMA MONEY CHANGERS; a.k.a. ASMA MONEY EXCHANGERS; a.k.a. ASMA MONEY EXCHANGER'S), Shop #2, Saddiq Plaza, Near Regal Chowk, Shahrah-e-Quaid-e-Azam, Lahore, Pakistan; Shop #2, Sadiq Plaza, 69-The Mall, Lahore, Punjab, Pakistan; Shop No. 2 Siddique Plaza, Shahrah e Quaid e Azam, Lahore, Punjab, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 2583018-0 [SDGT] (Linked To: IQBAL, Muhammad; Linked To: LASHKAR E-TAYYIBA).

ASMA MONEY CHANGERS (a.k.a. ASMA AUTHORISED MONEY EXCHANGERS; a.k.a. ASMA MONEY EXCHANGERS; a.k.a. ASMA MONEY EXCHANGER'S), Shop #2, Saddiq Plaza, Near Regal Chowk, Shahrah-e-Quaid-e-Azam, Lahore, Pakistan; Shop #2, Sadiq Plaza, 69-The Mall, Lahore, Punjab, Pakistan; Shop No. 2 Siddique Plaza, Shahrah e Quaid e Azam, Lahore, Punjab, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 2583018-0 [SDGT] (Linked To: IQBAL, Muhammad; Linked To: LASHKAR E-TAYYIBA).

ASMA MONEY EXCHANGERS (a.k.a. ASMA AUTHORISED MONEY EXCHANGERS; a.k.a. ASMA MONEY CHANGERS; a.k.a. ASMA MONEY EXCHANGER'S), Shop #2, Saddiq Plaza, Near Regal Chowk, Shahrah-e-Quaid-e-Azam, Lahore, Pakistan; Shop #2, Sadiq Plaza, 69-The Mall, Lahore, Punjab, Pakistan; Shop No. 2 Siddique Plaza, Shahrah e Quaid e Azam, Lahore, Punjab, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 2583018-0 [SDGT] (Linked To: IQBAL, Muhammad; Linked To: LASHKAR E-TAYYIBA).

ASMA MONEY EXCHANGER'S (a.k.a. ASMA AUTHORISED MONEY EXCHANGERS; a.k.a. ASMA MONEY CHANGERS; a.k.a. ASMA MONEY EXCHANGERS), Shop #2, Saddiq Plaza, Near Regal Chowk, Shahrah-e-Quaid-e-Azam, Lahore, Pakistan; Shop #2, Sadiq Plaza, 69-The Mall, Lahore, Punjab, Pakistan; Shop No. 2 Siddique Plaza, Shahrah e Quaid e Azam, Lahore, Punjab, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 2583018-0 [SDGT] (Linked To:

IQBAL, Muhammad; Linked To: LASHKAR E-TAYYIBA).

ASOCIACION CIVIL LOS PROMOTORES AERONAUTICOS, Jr. Los Robles 152, Oficina 7, San Martin de Porres, URB Valdiviezo, Lima, Peru; RUC # 20336637733 (Peru) [SDNTK].

ASOCIACION DE LIDERES LIMONENSES DEL SECTOR PESQUERO (a.k.a. "ASOLIPES"), Limon, Costa Rica; Tax ID No. 3-002-384913 (Costa Rica) [ILLICIT-DRUGS-EO14059] (Linked To: MC DONAL RODRIGUEZ, Anita Yorleny).

ASOCIACION TURISTICA INTERNACIONAL S.C.S. (f.k.a. LUIS A. HERNANDEZ Z Y CIA. S.C.S.), Carrera 35 No. 53-53, Bogota, Colombia; NIT # 890325040-4 (Colombia) [SDNT].

ASPECT DWC LLC, Business Center, Dubai World Central, PO Box 390667, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 8198 (United Arab Emirates); Economic Register Number (CBLS) 11455387 (United Arab Emirates) [RUSSIA-EO14024].

ASPECTRIYM LIMITED TRADE DEVELOPMENT (a.k.a. OBSHCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU ASPEKTRIUM), Ul. Svyazistov D. 9, Office 4, Krasnoznamensk 143090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5006015193 (Russia); Registration Number 1165032058674 (Russia) [RUSSIA-EO14024].

ASPERMAN, Joe, Syria; DOB 1987; alt. DOB 1986; alt. DOB 1988; POB Cannes Region, France; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ASRC (a.k.a. ADVANCED SYSTEMS RESEARCH COMPANY; a.k.a. CENTER FOR ADVANCED SYSTEMS RESEARCH; a.k.a. CRAS; a.k.a. PISHRO COMPANY; a.k.a. PISHRO SYSTEMS RESEARCH COMPANY), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ASR-E SANAT ESHRAGH (a.k.a. ASRE SANAT ESHRAGH CO.; a.k.a. ASRE SANAT ESHRAGH COMPANY; a.k.a. ASRE SANATE ESHRAGH CO.; a.k.a. ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY; a.k.a. ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY LTD.; a.k.a. "ASE CO."), U6, No. 1 Gol Alley, N. Makran St., Vafamanesh Ave.,

Heravy Sq., Tehran 1668745517, Iran; No. 699 Farjam St., Tehran, Iran; Website www.asealu.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ASRE SANAT ESHRAGH CO. (a.k.a. ASR-E SANAT ESHRAGH; a.k.a. ASRE SANAT ESHRAGH COMPANY; a.k.a. ASRE SANATE ESHRAGH CO.; a.k.a. ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY; a.k.a. ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY LTD.; a.k.a. "ASE CO."), U6, No. 1 Gol Alley, N. Makran St., Vafamanesh Ave., Heravy Sq., Tehran 1668745517, Iran; No. 699 Farjam St., Tehran, Iran; Website www.asealu.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ASRE SANAT ESHRAGH COMPANY (a.k.a. ASR-E SANAT ESHRAGH; a.k.a. ASRE SANAT ESHRAGH CO.; a.k.a. ASRE SANATE ESHRAGH CO.; a.k.a. ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY; a.k.a. ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY LTD.; a.k.a. "ASE CO."), U6, No. 1 Gol Alley, N. Makran St., Vafamanesh Ave., Heravy Sq., Tehran 1668745517, Iran; No. 699 Farjam St., Tehran, Iran; Website www.asealu.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ASRE SANATE ESHRAGH CO. (a.k.a. ASR-E SANAT ESHRAGH; a.k.a. ASRE SANAT ESHRAGH CO.; a.k.a. ASRE SANAT ESHRAGH COMPANY; a.k.a. ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY; a.k.a. ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY LTD.; a.k.a. "ASE CO."), U6, No. 1 Gol Alley, N. Makran St., Vafamanesh Ave., Heravy Sq., Tehran 1668745517, Iran; No. 699 Farjam St., Tehran, Iran; Website www.asealu.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY (a.k.a. ASR-E SANAT ESHRAGH; a.k.a. ASRE SANAT ESHRAGH CO.; a.k.a. ASRE SANAT ESHRAGH COMPANY; a.k.a. ASRE SANATE ESHRAGH CO.; a.k.a. ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY LTD.; a.k.a. "ASE CO."), U6, No. 1 Gol Alley, N.

Makran St., Vafamanesh Ave., Heravy Sq., Tehran 1668745517, Iran; No. 699 Farjam St., Tehran, Iran; Website www.asealu.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY LTD. (a.k.a. ASR-E SANAT ESHRAGH; a.k.a. ASRE SANAT ESHRAGH CO.; a.k.a. ASRE SANAT ESHRAGH COMPANY; a.k.a. ASRE SANATE ESHRAGH CO.; a.k.a. ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY; a.k.a. "ASE CO."), U6, No. 1 Gol Alley, N. Makran St., Vafamanesh Ave., Heravy Sq., Tehran 1668745517, Iran; No. 699 Farjam St., Tehran, Iran; Website www.asealu.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ASSAD, Bashar (a.k.a. AL ASSAD, Bashar Hafez; a.k.a. AL-ASAD, Bashar; a.k.a. AL-ASSAD, Bashar (Arabic: بشار الأسد)), Damascus, Syria; DOB 11 Sep 1965; POB Damascus, Syria; nationality Syria; Gender Male; President of the Syrian Arab Republic (individual) [PAARSSR-EO13894].

ASSAD, Hafez (a.k.a. AL-ASSAD, Hafez (Arabic: حافظ الاسد)), Syria; DOB 04 Dec 2001; POB Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894] (Linked To: AL-ASSAD, Bashar).

ASSAD, Karam (a.k.a. AL-ASSAD, Karam (Arabic: كرام الاسد)), Syria; DOB 1978; POB Qardaha, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894] (Linked To: AL-ASSAD, Zuhair Tawfik).

ASSAD, Mahar (a.k.a. AL-ASAD, Mahir; a.k.a. AL-ASSAD, Maher (Arabic: ماهر الأسد); a.k.a. ASSAD, Maher), Damascus, Syria; DOB 08 Dec 1967; POB Damascus, Syria; nationality Syria; Gender Male; Diplomatic Passport 4138 (Syria); Major General; Commander of the Syrian Army's 4th Armored Division (individual) [PAARSSR-EO13894].

ASSAD, Maher (a.k.a. AL-ASAD, Mahir; a.k.a. AL-ASSAD, Maher (Arabic: ماهر الأسد); a.k.a. ASSAD, Mahar), Damascus, Syria; DOB 08 Dec 1967; POB Damascus, Syria; nationality Syria; Gender Male; Diplomatic Passport 4138 (Syria); Major General; Commander of the Syrian Army's 4th Armored Division (individual) [PAARSSR-EO13894].

ASSAD, Sultan Khalife (a.k.a. ASAAD, Hajj Sultan; a.k.a. ASAAD, Sultan; a.k.a. AS'AD,

Sultan Khalifah (Arabic: سلطان خليفة اسعد)), Jezzine, Lebanon; DOB 31 Oct 1962; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

ASSAD, Zuhair (a.k.a. AL-ASSAD, Zuhair Tawfik (Arabic: زهير توفيق الاسد); a.k.a. AL-ASSAD, Zuhair Tawfiq; a.k.a. AL-ASSAD, Zuheir Tawfiq), Syria; DOB 1958; POB Qardaha, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

ASSADOLLAH, Hossein (a.k.a. ASADOLLAH, Hossein (Arabic: حسين اسداله); a.k.a. ASSADOLLAHI, Hossein), Iran; DOB 14 May 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K34433062 (Iran) expires 02 Aug 2020; National ID No. 0063410176 (Iran) (individual) [SDGT] [IFSR] (Linked To: AMINI, Meghdad).

ASSADOLLAHI, Hossein (a.k.a. ASADOLLAH, Hossein (Arabic: حسين اسداله); a.k.a. ASSADOLLAH, Hossein), Iran; DOB 14 May 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K34433062 (Iran) expires 02 Aug 2020; National ID No. 0063410176 (Iran) (individual) [SDGT] [IFSR] (Linked To: AMINI, Meghdad).

ASSAF, Hosein (a.k.a. YAZBAK, Muhammad; a.k.a. YAZBECK, Mohammad; a.k.a. YAZBEK, Mohammad; a.k.a. YAZBIK, Muhammad), Lebanon; DOB 1950; POB Bodai, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Head of the Judicial Council of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

ASSAF, Nabil (a.k.a. ASSAF, Nabil Mahmoud; a.k.a. ASSAF, Nabil Muhammad), Lebanon; DOB 11 Sep 1964; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT]

(Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

ASSAF, Nabil Mahmoud (a.k.a. ASSAF, Nabil; a.k.a. ASSAF, Nabil Muhammad), Lebanon; DOB 11 Sep 1964; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

ASSAF, Nabil Muhammad (a.k.a. ASSAF, Nabil; a.k.a. ASSAF, Nabil Mahmoud), Lebanon; DOB 11 Sep 1964; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

AS-SAFRANI, Ali Samida (a.k.a. AL SIFRANI, Ali; a.k.a. AL-SAFRANI, Ali Ahmidah; a.k.a. ZAFRANI, Ali), Libya; DOB 1982; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ASSEMBLY FOR LIBERATION OF THE LEVANT (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH (a.k.a. JAMA'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL; a.k.a. JAMAAT AL DAWA ILA AL SUNNAH; a.k.a. JAMA'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA; a.k.a. JAMA'AT DA'WA AL-SUNNAT; a.k.a. JAMAAT UD DAWA IL AL QURAN AL SUNNAH; a.k.a. JAMAAT UL DAWA AL QURAN; a.k.a. JAMA'AT UL DAWA AL-QU'RAN; a.k.a. JAMAAT-UD-DAWA AL QURAN WAL SUNNAH; a.k.a. JAMIAT AL-DAWA AL-QURAN WAL-SUNNA; a.k.a. SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA; a.k.a. "JDQ"; a.k.a. "JDQS"; a.k.a. "SALAFI GROUP"), Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ASSEMBLY FOR THE LIBERATION OF SYRIA (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ASSERI, Ahmed Hassan M. (a.k.a. AL ASIRI, Ahmad Hassan Mohammed; a.k.a. AL-ASIRI, Ahmed; a.k.a. AL-ASSIRI, Ahmed; a.k.a. ASSIRI, Ahmed), King Abdullah Rd., Ishbilyah, Riyadh, Saudi Arabia; DOB 15 Oct 1966; POB Tabok, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport D106103 (Saudi Arabia) expires 05 Oct 2021 (individual) [GLOMAG].

ASSET AUTOMATION LLC (Cyrillic: ООО ЭССЕТ АВТОМАТИЗАЦИЯ), d. 2 str. 1, per.2-I Petra Alekseeva, Moscow 121471, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2012; Tax ID No. 2130102938 (Russia); Government Gazette Number 90966261 (Russia); Registration Number 1122130005502 (Russia) [RUSSIA-EO14024] (Linked To: POPOVIC, Nenad).

ASSET ELECTRO LLC (Cyrillic: ООО ЭССЕТ ЭЛЕКТРО) (f.k.a. OOO ABS ELEKTRO; f.k.a. OOO ESSET ENERGO), 29 Naberezhnaya Serebryanicheskaya, Moscow 109028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2012; Tax ID No. 7710911530 (Russia); Government Gazette Number 09272556 (Russia); Registration Number 1127746315762 (Russia) [RUSSIA-EO14024].

ASSI, Salah (a.k.a. 'ASI, Salih 'Ali; a.k.a. ASSI, Saleh; a.k.a. ASSI, Saleh Ali; a.k.a. ASSI, Salih), Congo, Democratic Republic of the; Etage 5 (5th Floor), 3 Avenue Bosquet, Paris 27007, France; Bashoura, Beirut, Lebanon; Immeuble Verdun 750, 5E Etage-Rue Rachid Karame Verdun, Beyrouth, Lebanon; DOB 14 May 1960; citizen France; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 04FE50421 (France) (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

ASSI, Saleh (a.k.a. 'ASI, Salih 'Ali; a.k.a. ASSI, Salah; a.k.a. ASSI, Saleh Ali; a.k.a. ASSI, Salih), Congo, Democratic Republic of the; Etage 5 (5th Floor), 3 Avenue Bosquet, Paris 27007, France; Bashoura, Beirut, Lebanon; Immeuble Verdun 750, 5E Etage-Rue Rachid Karame Verdun, Beyrouth, Lebanon; DOB 14 May 1960; citizen France; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Passport 04FE50421 (France) (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

ASSI, Saleh Ali (a.k.a. 'ASI, Salih 'Ali; a.k.a. ASSI, Salah; a.k.a. ASSI, Saleh; a.k.a. ASSI, Salih), Congo, Democratic Republic of the; Etage 5 (5th Floor), 3 Avenue Bosquet, Paris 27007, France; Bashoura, Beirut, Lebanon; Immeuble Verdun 750, 5E Etage-Rue Rachid Karame Verdun, Beyrouth, Lebanon; DOB 14 May 1960; citizen France; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 04FE50421 (France) (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

ASSI, Salih (a.k.a. 'ASI, Salih 'Ali; a.k.a. ASSI, Salah; a.k.a. ASSI, Saleh; a.k.a. ASSI, Saleh Ali), Congo, Democratic Republic of the; Etage 5 (5th Floor), 3 Avenue Bosquet, Paris 27007, France; Bashoura, Beirut, Lebanon; Immeuble Verdun 750, 5E Etage-Rue Rachid Karame Verdun, Beyrouth, Lebanon; DOB 14 May 1960; citizen France; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 04FE50421 (France) (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

ASSIRI, Ahmed (a.k.a. AL ASIRI, Ahmad Hassan Mohammed; a.k.a. AL-ASIRI, Ahmed; a.k.a. AL-ASSIRI, Ahmed; a.k.a. ASSERI, Ahmed Hassan M.), King Abdullah Rd., Ishbilyah, Riyadh, Saudi Arabia; DOB 15 Oct 1966; POB Tabok, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport D106103 (Saudi Arabia) expires 05 Oct 2021 (individual) [GLOMAG].

ASSIRI, Ibrahim Hassan Tali (a.k.a. AL ASIRI, Ibrahim Hassan; a.k.a. AL-'ASIRI, Ibrahim; a.k.a. AL-'ASIRI, Ibrahim Hasan Tali; a.k.a. AL-ASIRI, Ibrahim Hassan Tali; a.k.a. 'ASIRI, Ibrahim Hasan Tali'A; a.k.a. "ABOSSLAH"; a.k.a. "ABU SALEH"); DOB 19 Apr 1982; alt. DOB 18 Apr 1982; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F654645 issued 30 Apr 2005; National ID No. 1028745097 (Saudi Arabia); Member of al-Qa'ida in the Arabian Peninsula, is wanted by the Government of Saudi Arabia and Interpol has issued an Orange Notice: File no. 2009/52/OS/CCC (individual) [SDGT].

ASSIS REALTY AND VACATION CLUB, S.A. DE C.V., Puerto Vallarta, Jalisco, Mexico; Organization Established Date 16 Feb 2018; Organization Type: Real estate activities with own or leased property [ILLICIT-DRUGS-EO14059].

ASSOCIATED ENGINEERS, United Kingdom [IRAQ2].

ASSOCIATES OF PARTNERS SAL OFF-SHORE (Arabic: شركة اسوسياتس اوف بارتنرز ش.م.ل. اوف شور), Sami el Solh Street, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 May 2009; Registration Number 1803328 (Lebanon) [SDGT] (Linked To: ISMAIL, Mohamad Hassan).

ASSOCIATION DE SECOURS PALESTINIENS (a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE; a.k.a. "ASP"), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, Geneva CH-1201, Switzerland; Gartnerstrasse 55, Basel CH-4109, Switzerland; Postfach 406, Basel CH-4109, Switzerland; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEM'IJJETUL FURQAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, Sarajevo 71 000, Bosnia and Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia and Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEM'IJJETUL FURQAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, Sarajevo 71 000, Bosnia and Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia and Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ASSOCIATION FOR FREE RESEARCH AND INTERNATIONAL COOPERATION (a.k.a. "AFRIC"), Russia; Email Address Africonline@protonmail.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Digital Currency Address - ZEC t1MMXtBrSp1XG38Lx9cePcNUCJj5vdWfUWL; Digital Currency Address - DASH XyARKoupuArYtToA2S6yMdnoquDCDaBsaT [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

ASSOCIATION FOR PALESTINIAN AID (a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a.

PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE; a.k.a. "ASP"), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, Geneva CH-1201, Switzerland; Gartnerstrasse 55, Basel CH-4109, Switzerland; Postfach 406, Basel CH-4109, Switzerland; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEM'IJJETUL FURQAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, Sarajevo 71 000, Bosnia and Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia and Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ASSOCIATION SECOUR PALESTINIEN (a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE; a.k.a. "ASP"), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, Geneva CH-1201, Switzerland; Gartnerstrasse 55, Basel CH-4109, Switzerland; Postfach 406, Basel CH-4109, Switzerland; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ASSOCIAZIONE BENEFICA DI SOLIDARIETA CON IL POPOLO PALESTINESE (Latin: ASSOCIAZIONE BENEFICA DI SOLIDARIETÀ CON IL POPOLO PALESTINESE) (a.k.a. CHARITY ASSOCIATION OF SOLIDARITY WITH THE PALESTINIAN PEOPLE; a.k.a. "ABSPP"), Genova, Italy; Rome, Italy; Milan, Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Organization Established Date 01 Jan 1994 to 31 Dec 1994; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

ASSOCIAZIONE BENEFICA LA CUPOLA D'ORO (a.k.a. LA CUPOLA D'ORO; a.k.a. "GOLDEN DOME CHARITY ASSOCIATION"), Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Mar 2024; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

AST, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO AST (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АСТ)), d. 3k2 str. 4 etazh 5 kom. 55, shosse Kashirskoe, Moscow 115230, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724244406 (Russia) [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024].

ASTAN QODS RAZAVI (a.k.a. ASTAN QUDS RAZAVI (Arabic: آستان قدس رضوی)), Shohada Intersection, Mashhad 9133743588, Iran; Website https://www.razavi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14004342173 (Iran) [IRAN-EO13876].

ASTAN QUDS RAZAVI (Arabic: آستان قدس رضوی) (a.k.a. ASTAN QODS RAZAVI), Shohada Intersection, Mashhad 9133743588, Iran; Website https://www.razavi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14004342173 (Iran) [IRAN-EO13876].

ASTANIN, Eddi Vladimirovich (a.k.a. ASTANIN, Eddie Vladimirovich (Cyrillic: АСТАНИН, Эдди Владимирович)), Russia; DOB 16 Dec 1961; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ASTANIN, Eddie Vladimirovich (Cyrillic: АСТАНИН, Эдди Владимирович) (a.k.a. ASTANIN, Eddi Vladimirovich), Russia; DOB 16 Dec 1961; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ASTORIA STAR HEAVY EQUIPMENT TRADING L.L.C (Arabic: استوريا ستار لتجارة المعدات الثقيلة ش.ذ.م.م), Deira Al Murar, Dubai, United Arab

Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Oct 2017; Registration Number 792037 (United Arab Emirates); Economic Register Number (CBLS) 10961951 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

ASTRACOM CO. LTD. (a.k.a. LIMITED LIABILITY COMPANY ASTRAKOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АСТРАКОМ)), Shpalernaya Street, Building 24, Letter A, Warehouse 1-N, Office 6 & 7, Saint Petersburg 191123, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804085896 (Russia); Registration Number 1027802483972 (Russia) [RUSSIA-EO14024].

ASTRAFTEROS TECHNOKOSMOS LTD, Aigyptou 36, Larnaca 6030, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Nov 2021; Registration Number HE428104 (Cyprus) [RUSSIA-EO14024].

ASTREIKA, Aliaksandr (a.k.a. ASTREIKA, Aliaksandr Viachaslavavich; a.k.a. ASTREIKA, Alyaksandr Vyachaslavavich (Cyrillic: АСТРЭЙКА, Аляксандр Вячаславaвіч); a.k.a. ASTREIKO, Aleksandr (Cyrillic: АСТРЕЙКО, Александр); a.k.a. ASTREIKO, Aleksandr Vyacheslavovich (Cyrillic: АСТРЕЙКО, Александр Вячеславович); a.k.a. ASTREIKO, Alexander; a.k.a. ASTREIKO, Alexander Viacheslavovich), Minsk Oblast, Belarus; DOB 22 Dec 1971; POB Kapyl, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

ASTREIKA, Aliaksandr Viachaslavavich (a.k.a. ASTREIKA, Aliaksandr; a.k.a. ASTREIKA, Alyaksandr Vyachaslavavich (Cyrillic: АСТРЭЙКА, Аляксандр Вячаславaвіч); a.k.a. ASTREIKO, Aleksandr (Cyrillic: АСТРЕЙКО, Александр); a.k.a. ASTREIKO, Aleksandr Vyacheslavovich (Cyrillic: АСТРЕЙКО, Александр Вячеславович); a.k.a. ASTREIKO, Alexander; a.k.a. ASTREIKO, Alexander Viacheslavovich), Minsk Oblast, Belarus; DOB 22 Dec 1971; POB Kapyl, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

ASTREIKA, Alyaksandr Vyachaslavavich (Cyrillic: АСТРЭЙКА, Аляксандр Вячаславaвіч) (a.k.a. ASTREIKA, Aliaksandr; a.k.a. ASTREIKA, Aliaksandr Viachaslavavich; a.k.a. ASTREIKO, Aleksandr (Cyrillic: АСТРЕЙКО, Александр); a.k.a. ASTREIKO, Aleksandr Vyacheslavovich

(Cyrillic: АСТРЕЙКО, Александр Вячеславович); a.k.a. ASTREIKO, Alexander; a.k.a. ASTREIKO, Alexander Viachaslavovich), Minsk Oblast, Belarus; DOB 22 Dec 1971; POB Kapyl, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

ASTREIKO, Aleksandr (Cyrillic: АСТРЕЙКО, Александр) (a.k.a. ASTREIKA, Aliaksandr; a.k.a. ASTREIKA, Aliaksandr Viachaslavavich; a.k.a. ASTREIKA, Alyaksandr Vyachaslavavich (Cyrillic: АСТРЭЙКА, Аляксандр Вячаслававіч); a.k.a. ASTREIKO, Aleksandr Vyacheslavovich (Cyrillic: АСТРЕЙКО, Александр Вячеславович); a.k.a. ASTREIKO, Alexander; a.k.a. ASTREIKO, Alexander Viacheslavovich), Minsk Oblast, Belarus; DOB 22 Dec 1971; POB Kapyl, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

ASTREIKO, Aleksandr Vyacheslavovich (Cyrillic: АСТРЕЙКО, Александр Вячеславович) (a.k.a. ASTREIKA, Aliaksandr; a.k.a. ASTREIKA, Aliaksandr Viachaslavavich; a.k.a. ASTREIKA, Alyaksandr Vyachaslavavich (Cyrillic: АСТРЭЙКА, Аляксандр Вячаслававіч); a.k.a. ASTREIKO, Aleksandr (Cyrillic: АСТРЕЙКО, Александр); a.k.a. ASTREIKO, Alexander; a.k.a. ASTREIKO, Alexander Viacheslavovich), Minsk Oblast, Belarus; DOB 22 Dec 1971; POB Kapyl, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

ASTREIKO, Alexander (a.k.a. ASTREIKA, Aliaksandr; a.k.a. ASTREIKA, Aliaksandr Viachaslavavich; a.k.a. ASTREIKA, Alyaksandr Vyachaslavavich (Cyrillic: АСТРЭЙКА, Аляксандр Вячаслававіч); a.k.a. ASTREIKO, Aleksandr (Cyrillic: АСТРЕЙКО, Александр); a.k.a. ASTREIKO, Aleksandr Vyacheslavovich (Cyrillic: АСТРЕЙКО, Александр Вячеславович); a.k.a. ASTREIKO, Alexander Viacheslavovich), Minsk Oblast, Belarus; DOB 22 Dec 1971; POB Kapyl, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

ASTREIKO, Alexander Viachaslavovich (a.k.a. ASTREIKA, Aliaksandr; a.k.a. ASTREIKA, Aliaksandr Viachaslavavich; a.k.a. ASTREIKA, Alyaksandr Vyachaslavavich (Cyrillic: АСТРЭЙКА, Аляксандр Вячаслававіч); a.k.a. ASTREIKO, Aleksandr (Cyrillic: АСТРЕЙКО, Александр); a.k.a. ASTREIKO, Aleksandr Vyacheslavovich (Cyrillic: АСТРЕЙКО, Александр Вячеславович); a.k.a. ASTREIKO, Alexander), Minsk Oblast, Belarus; DOB 22 Dec 1971; POB Kapyl, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

ASTRID MENKS LIMITED, Room 1D, 2nd Floor, Fu Tao Building, 98, Argyle Street, Kowloon, Hong Kong, China; Organization Established Date 16 May 2022; Identification Number IMO 6362274; Company Number 3152869 (Hong Kong); Business Registration Number 74045125 (Hong Kong) [IRAN-EO13902].

ASTRON OPTO MECHANICAL DESIGN BUREAU (a.k.a. AKTSIONERNOE OBSHCHESTVO OPTIKO MEKHANICHESKOE KONSTRUKTORSKOE BIURO ASTRON; a.k.a. AO OKB ASTRON), D. 1, Office 9 Ul. Parkovaya, Lytkarino 140080, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5027224977 (Russia); Registration Number 1155027001690 (Russia) [RUSSIA-EO14024].

ASTRONAUTICS RESEARCH INSTITUTE (a.k.a. AEROSPACE RESEARCH INSTITUTE; a.k.a. ASTRONAUTICS SYSTEMS RESEARCH CENTER), P.O. Box 15875-3885, Tehran, Iran; 15th St, Mahestan St, Iran Zamin St, Shahrak Ghods, Tehran 1465774111, Iran; Aerospace Rd, Mahestan Rd, Iran Zamin Rd, PO Box 14665-834, Tehran, Iran; Shahrak-e-Ghods, Zamin St, Mahestan St, 15 Metri St, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ASTRONAUTICS SYSTEMS RESEARCH CENTER (a.k.a. AEROSPACE RESEARCH INSTITUTE; a.k.a. ASTRONAUTICS RESEARCH INSTITUTE), P.O. Box 15875-3885, Tehran, Iran; 15th St, Mahestan St, Iran Zamin St, Shahrak Ghods, Tehran 1465774111, Iran; Aerospace Rd, Mahestan Rd, Iran Zamin Rd, PO Box 14665-834, Tehran, Iran; Shahrak-e-Ghods, Zamin St, Mahestan St, 15 Metri St, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ASTROSIB, ul. Michurina d. 24, kv. 119, Novosibirsk 630005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 54006656346 (Russia); Registration Number 11155476003356 (Russia) [RUSSIA-EO14024].

ASU-UKKH-GISU OAO (a.k.a. OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING (Cyrillic: ОАО АГАТ-СИСТЕМЫ УПРАВЛЕНИЯ-УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА ГЕОИНФОРМАЦИОННЫЕ СИСТЕМЫ УПРАВЛЕНИЯ); f.k.a. OJSC AGAT-CONTROL SYSTEMS; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO AGAT-SISTEMY UPRAVLENIYA- UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA GEOINFORMATSIONNYYE SISTEMY UPRAVLENIYA (Cyrillic: ААТ АГАТ СІСТЭМЫ КІРАВАННЯ КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ ГЕАІНФАРМАЦЫЙНЫЯ СІСТЭМЫ КІРАВАННЯ)), 117 Nezavisimosti Ave., Minsk 220114, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100230547 (Belarus) [BELARUS-EO14038].

ASYAF GROUP (a.k.a. AL-OSAMA TRADING CO. LTD.; a.k.a. AL-'USAMA TRADING COMPANY; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING & INVESTMENT; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING AND INVESTMENT; a.k.a. DAN ISDICO; a.k.a. M/S OSAMA KHAIRY HAFEZ TRADING EST.; a.k.a. OSAMA TRADING COMPANY LTD; a.k.a. "AL-'USAMAH COMPANY"; a.k.a. "ASAMA COMMERCIAL COMPANY"; a.k.a. "ASAMA COMPANY"; a.k.a. "NURIN COMPANY"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; 504 & 7102, Ibrahim Shakir Building, Hail Street Rowais, Near Caravan Center, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah, Saudi Arabia; Riyadh 14213, Saudi Arabia; Dammam, Saudi Arabia; Al Kharaj, Saudi Arabia; Qasim, Saudi Arabia; Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-AGHA, Abu Ubaydah Khayri Hafiz; Linked To: HAMAS).

ASYAF INTERNATIONAL HOLDING GROUP (a.k.a. AL-OSAMA TRADING CO. LTD.; a.k.a. AL-'USAMA TRADING COMPANY; a.k.a. ASYAF GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING & INVESTMENT; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING AND INVESTMENT; a.k.a. DAN ISDICO; a.k.a. M/S OSAMA KHAIRY HAFEZ TRADING EST.; a.k.a. OSAMA TRADING COMPANY LTD; a.k.a. "AL-'USAMAH COMPANY"; a.k.a. "ASAMA COMMERCIAL COMPANY"; a.k.a. "ASAMA COMPANY"; a.k.a. "NURIN COMPANY"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; 504 & 7102, Ibrahim Shakir Building, Hail Street Rowais, Near Caravan Center, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business

Center, 3rd Floor, Khalidiya, Jeddah, Saudi Arabia; Riyadh 14213, Saudi Arabia; Dammam, Saudi Arabia; Al Kharaj, Saudi Arabia; Qasim, Saudi Arabia; Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-AGHA, Abu Ubaydah Khayri Hafiz; Linked To: HAMAS).

ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING & INVESTMENT (a.k.a. AL-OSAMA TRADING CO. LTD.; a.k.a. AL-'USAMA TRADING COMPANY; a.k.a. ASYAF GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING AND INVESTMENT; a.k.a. DAN ISDICO; a.k.a. M/S OSAMA KHAIRY HAFEZ TRADING EST.; a.k.a. OSAMA TRADING COMPANY LTD; a.k.a. "AL-'USAMAH COMPANY"; a.k.a. "ASAMA COMMERCIAL COMPANY"; a.k.a. "ASAMA COMPANY"; a.k.a. "NURIN COMPANY"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; 504 & 7102, Ibrahim Shakir Building, Hail Street Rowais, Near Caravan Center, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah, Saudi Arabia; Riyadh 14213, Saudi Arabia; Dammam, Saudi Arabia; Al Kharaj, Saudi Arabia; Qasim, Saudi Arabia; Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-AGHA, Abu Ubaydah Khayri Hafiz; Linked To: HAMAS).

ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING AND INVESTMENT (a.k.a. AL-OSAMA TRADING CO. LTD.; a.k.a. AL-'USAMA TRADING COMPANY; a.k.a. ASYAF GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING & INVESTMENT; a.k.a. DAN ISDICO; a.k.a. M/S OSAMA KHAIRY HAFEZ TRADING EST.; a.k.a. OSAMA TRADING COMPANY LTD; a.k.a. "AL-'USAMAH COMPANY"; a.k.a. "ASAMA COMMERCIAL COMPANY"; a.k.a. "ASAMA COMPANY"; a.k.a. "NURIN COMPANY"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; 504 & 7102, Ibrahim Shakir Building, Hail Street Rowais, Near Caravan Center, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah, Saudi Arabia; Riyadh 14213, Saudi Arabia; Dammam, Saudi Arabia; Al Kharaj, Saudi Arabia; Qasim,

Saudi Arabia; Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-AGHA, Abu Ubaydah Khayri Hafiz; Linked To: HAMAS).

ATABAK, Mohammad (a.k.a. ATABAK, Seyed Mohammad; a.k.a. ATABAK, Seyyed Mohammad (Arabic: سید محمد اتابک)), Iran; POB Central Tehran, Tehran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0039263215 (Iran) (individual) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

ATABAK, Seyed Mohammad (a.k.a. ATABAK, Mohammad; a.k.a. ATABAK, Seyyed Mohammad (Arabic: سید محمد اتابک)), Iran; POB Central Tehran, Tehran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0039263215 (Iran) (individual) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

ATABAK, Seyyed Mohammad (Arabic: سید محمد اتابک) (a.k.a. ATABAK, Mohammad; a.k.a. ATABAK, Seyed Mohammad), Iran; POB Central Tehran, Tehran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0039263215 (Iran) (individual) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

ATABAKI, Alireza; DOB 1961; POB Tehran Province, Central Tehran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0042773296 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ANSAR EXCHANGE).

ATABEKAU, Khazalbek Bakhtsibekavich (Cyrillic: АТАБЕКАЎ, Хазалбек Бахцібекавіч) (a.k.a. ATABEKOV, Khazalbek; a.k.a. ATABEKOV, Khazalbek Bakhtibekovich (Cyrillic: АТАБЕКОВ, Хазалбек Бахтибекович)), Belarus; DOB 18 Mar 1967; nationality Belarus; Gender Male (individual) [BELARUS].

ATABEKOV, Khazalbek (a.k.a. ATABEKAU, Khazalbek Bakhtsibekavich (Cyrillic: АТАБЕКАЎ, Хазалбек Бахцібекавіч); a.k.a. ATABEKOV, Khazalbek Bakhtibekovich (Cyrillic: АТАБЕКОВ, Хазалбек

Бахтибекович)), Belarus; DOB 18 Mar 1967; nationality Belarus; Gender Male (individual) [BELARUS].

ATABEKOV, Khazalbek Bakhtibekovich (Cyrillic: АТАБЕКОВ, Хазалбек Бахтибекович) (a.k.a. ATABEKAU, Khazalbek Bakhtsibekavich (Cyrillic: АТАБЕКАЎ, Хазалбек Бахцібекавіч); a.k.a. ATABEKOV, Khazalbek), Belarus; DOB 18 Mar 1967; nationality Belarus; Gender Male (individual) [BELARUS].

ATABIEV, Islam (a.k.a. ATABIYEV, Islam; a.k.a. ATABIYEV, Islam Seit-Umarovich; a.k.a. DZHIKHAD, Abu; a.k.a. "AL-SHISHANI, Abu-Jihad"; a.k.a. "THE CHECHEN, Abu Jihad"); DOB 29 Jun 1983; POB Stavropol Region, Russia; nationality Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 620169661 (Russia); alt. Passport 9103314932 (Russia) issued 16 Aug 2003 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ATABIYEV, Islam (a.k.a. ATABIEV, Islam; a.k.a. ATABIYEV, Islam Seit-Umarovich; a.k.a. DZHIKHAD, Abu; a.k.a. "AL-SHISHANI, Abu-Jihad"; a.k.a. "THE CHECHEN, Abu Jihad"); DOB 29 Jun 1983; POB Stavropol Region, Russia; nationality Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 620169661 (Russia); alt. Passport 9103314932 (Russia) issued 16 Aug 2003 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ATABIYEV, Islam Seit-Umarovich (a.k.a. ATABIEV, Islam; a.k.a. ATABIYEV, Islam; a.k.a. DZHIKHAD, Abu; a.k.a. "AL-SHISHANI, Abu-Jihad"; a.k.a. "THE CHECHEN, Abu Jihad"); DOB 29 Jun 1983; POB Stavropol Region, Russia; nationality Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 620169661 (Russia); alt. Passport 9103314932 (Russia) issued 16 Aug 2003 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ATACAR OTOMOTIV DIS TICARET VE SAVUNMA SANAYI LIMITED SIRKETI (a.k.a. FALCON INTERNATIONAL SIA; f.k.a. MURAT INSAAT DIS TICARET VE SAVUNMA SANAYI LIMITED SIRKETI; a.k.a. SABIEDRIBA AR IEROBEZOTU ATBILDIBU 'FALON INTERNATIONAL'; a.k.a. SIA FALCON INTERNATIONAL GROUP; a.k.a. SIA FALCON INTERNATIONAL TARIM VE HAYVANCILIK

LIMITED SIKRETI), Fulya Mah. Buyukdere Cad. Akabe Ticaret Merkezi 78-80A Kat: 1 D: 1 Mecidiyekoy, Sisli, Istanbul, Turkey; Akabe Is Hani, 78-80 A/1, Fulya Mahallesi Buyukdere Caddesi Sisli, Istanbul, Turkey; Varpas Baldones pagasts Baldones novads, LV 2125, Latvia; Istanbul, Turkey; Riga, Latvia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 6240194059 (Turkey); Registration Number 464933 (Turkey); alt. Registration Number 45403041088 (Latvia) [DPRK].

ATAMANOV DESIGN BUREAU (a.k.a. LIMITED LIABILITY COMPANY KB ATAMANOVA), Ul. Ryabinova, D. 53, Moscow 121471, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jul 2023; Tax ID No. 7734481300 (Russia); Registration Number 1237700493161 (Russia) [RUSSIA-EO14024].

ATAR, Mussa (a.k.a. ATARI, Musah; a.k.a. HATARI, Musa; a.k.a. MUSA, Atari; a.k.a. TAHIR, Musa; a.k.a. TARAH, Musah; a.k.a. TARAK, Musah; a.k.a. TARK, Musa), Songo, Kafia Kingi; DOB 1965; alt. DOB 1964; alt. DOB 1966; nationality Sudan (individual) [CAR] (Linked To: LORD'S RESISTANCE ARMY).

ATAR, Oussama (a.k.a. ATAR, Oussama Ahmad; a.k.a. ATAR, Usama; a.k.a. ATTAR, Usama), Raqqa, Syria; DOB 1983 to 1985; POB Belgium; nationality Belgium; alt. nationality Morocco; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ATAR, Oussama Ahmad (a.k.a. ATAR, Oussama; a.k.a. ATAR, Usama; a.k.a. ATTAR, Usama), Raqqa, Syria; DOB 1983 to 1985; POB Belgium; nationality Belgium; alt. nationality Morocco; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ATAR, Usama (a.k.a. ATAR, Oussama; a.k.a. ATAR, Oussama Ahmad; a.k.a. ATTAR, Usama), Raqqa, Syria; DOB 1983 to 1985; POB Belgium; nationality Belgium; alt. nationality Morocco; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ATARI, Musah (a.k.a. ATAR, Mussa; a.k.a. HATARI, Musa; a.k.a. MUSA, Atari; a.k.a. TAHIR, Musa; a.k.a. TARAH, Musah; a.k.a. TARAK, Musah; a.k.a. TARK, Musa), Songo, Kafia Kingi; DOB 1965; alt. DOB 1964; alt. DOB 1966; nationality Sudan (individual) [CAR] (Linked To: LORD'S RESISTANCE ARMY).

ATBIN ISTA TECHNICAL AND ENGINEERING COMPANY (Arabic: شرکت فنی و مهندسی آتبین ایستا) (a.k.a. ATBIN ISTA TECHNICAL COMPANY; a.k.a. "AIT"), Ground Floor, Lot 0, 1 Talash Street, Main Street, Eyvanki District, Garmsar County, Semnan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Aug 2007; National ID No. 10860022615 (Iran); Registration Number 1673 (Iran) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

ATBIN ISTA TECHNICAL COMPANY (a.k.a. ATBIN ISTA TECHNICAL AND ENGINEERING COMPANY (Arabic: شرکت فنی و مهندسی آتبین ایستا); a.k.a. "AIT"), Ground Floor, Lot 0, 1 Talash Street, Main Street, Eyvanki District, Garmsar County, Semnan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Aug 2007; National ID No. 10860022615 (Iran); Registration Number 1673 (Iran) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

ATCHARA, Chiwinpraphasri (a.k.a. ATCHARA, Praptwora; a.k.a. ATCHARA, Samsaeng; a.k.a. PRAPATWORA, Atchara; a.k.a. SAENGKHAM, Samsaeng), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 88/2 Soi Klong Nam Kaew, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; DOB 09 Sep 1948; Passport V487440 (Thailand) expires May 2007; National ID No. 3509900001907 (Thailand) expires Sep 2006 (individual) [SDNTK].

ATCHARA, Praptwora (a.k.a. ATCHARA, Chiwinpraphasri; a.k.a. ATCHARA, Samsaeng; a.k.a. PRAPATWORA, Atchara; a.k.a. SAENGKHAM, Samsaeng), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 88/2 Soi Klong Nam Kaew, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; DOB 09 Sep 1948; Passport V487440 (Thailand) expires May 2007; National ID No. 3509900001907 (Thailand) expires Sep 2006 (individual) [SDNTK].

ATCHARA, Samsaeng (a.k.a. ATCHARA, Chiwinpraphasri; a.k.a. ATCHARA, Praptwora; a.k.a. PRAPATWORA, Atchara; a.k.a. SAENGKHAM, Samsaeng), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 88/2 Soi Klong Nam Kaew, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; DOB 09 Sep 1948; Passport V487440 (Thailand) expires May 2007; National ID No. 3509900001907 (Thailand) expires Sep 2006 (individual) [SDNTK].

A-TEAM CHEMICALS COMPANY LTD., 95/53 Soi Lasal, Sukhumwit 105 Road, Bang Na, Phra Khanong district, Bangkok, Thailand [SDNTK].

ATEF, Muhammad (a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU SITTA, Subhi; a.k.a. AL-MASRI, Abu Hafs; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. "ABU HAFS"; a.k.a. "TAYSIR"); DOB 1951; alt. DOB 1956; alt. DOB 1944; POB Alexandria, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ATENCIA PITALUA, Rafael Dario, c/o FUNDACION PARA LA PAZ DE CORDOBA, Monteria, Cordoba, Colombia; DOB 04 Feb 1963; Cedula No. 6889653 (Colombia) (individual) [SDNTK].

ATHENA SHIPPING CO LIMITED (a.k.a. ATHENA SHIPPING CO LTD; a.k.a. ATHENA SHIPPING COMPANY LIMITED), Unit 1208, Building B 1, Wanda Plaza, 8, Aojiang Lu, Taijiang Qu, Fuzhou, Fujian 350009, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 21 Nov 2023; Identification Number IMO 6465772; Business Registration Number 75933747 (Hong Kong) [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

ATHENA SHIPPING CO LTD (a.k.a. ATHENA SHIPPING CO LIMITED; a.k.a. ATHENA SHIPPING COMPANY LIMITED), Unit 1208, Building B 1, Wanda Plaza, 8, Aojiang Lu, Taijiang Qu, Fuzhou, Fujian 350009, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 21 Nov 2023; Identification Number IMO 6465772; Business Registration Number 75933747 (Hong Kong) [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

ATHENA SHIPPING COMPANY LIMITED (a.k.a. ATHENA SHIPPING CO LIMITED; a.k.a. ATHENA SHIPPING CO LTD), Unit 1208, Building B 1, Wanda Plaza, 8, Aojiang Lu, Taijiang Qu, Fuzhou, Fujian 350009, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 21 Nov 2023; Identification Number IMO 6465772; Business Registration Number 75933747 (Hong Kong) [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

ATHREE CO LTD (a.k.a. ATHREE COMPANY LIMITED; a.k.a. "OOO ATRI"), Ul. Zemledelcheskaya D. 5, Saint Petersburg 197343, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Dec 1998; Tax ID No. 7816135608 (Russia); Registration Number 1037835001082 (Russia) [RUSSIA-EO14024].

ATHREE COMPANY LIMITED (a.k.a. ATHREE CO LTD; a.k.a. "OOO ATRI"), Ul. Zemledelcheskaya D. 5, Saint Petersburg 197343, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Dec 1998; Tax ID No. 7816135608 (Russia); Registration Number 1037835001082 (Russia) [RUSSIA-EO14024].

ATI SAZAN FARHANG TASNIM INSTITUTE (a.k.a. TASNIM CULTURAL INSTITUTION ORGANIZATION (Arabic: موسسه آتی سازان فرهنگ تسنیم); a.k.a. TASNIM NEWS AGENCY (Arabic: خبرگزاری تسنیم)), South Side First Floor, 2 Plaque 12 Pourfallah Street-Shahid Doctor Hassan Azdi St, Tehran, Iran; Website www.tasnimnews.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320794964 (Iran); Business Registration Number 29478 (Iran) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ATIA, Hachim K., 2 Stratford Place, London W1N 9AE, United Kingdom (individual) [IRAQ2].

ATIA, Hachim K., Hay Al-Adil Mahala-645, Zukak-8, No.-39, Baghdad, Iraq (individual) [IRAQ2].

ATIA, Hachim K., Lane 15, Area 902, Hai Al-Wahda, Baghdad, Iraq (individual) [IRAQ2].

ATIEH SAZAN DAY, No. 12, Taheri Street, Africa Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: DAY BANK).

ATIEH, Hussein (a.k.a. ATIYAH, Husayn; a.k.a. ATTIA, Hussein Kamel (Arabic: حسين كامل عطية); a.k.a. ATTIEH, Hussein Kamel; a.k.a. ATTIYAH, Husayn), Lebanon; DOB 19 Dec 1965; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ABDALLAH, Ahmad Jalal Reda).

ATIF, Mohamed (a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU SITTA, Subhi; a.k.a. AL-MASRI, Abu Hafs; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. "ABU HAFS"; a.k.a. "TAYSIR"); DOB 1951; alt. DOB 1956; alt. DOB 1944; POB Alexandria, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ATIF, Muhammad (a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU SITTA, Subhi; a.k.a. AL-MASRI, Abu Hafs; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. "ABU HAFS"; a.k.a. "TAYSIR"); DOB 1951; alt. DOB 1956; alt. DOB 1944; POB Alexandria, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ATIYA S A S, Calle 11 43B 50, Medellin, Antioquia, Colombia; Organization Established Date 28 May 2020; Organization Type: Real estate activities with own or leased property; NIT # 9013841731 (Colombia) [ILLICIT-DRUGS-EO14059] (Linked To: LABUTIS, Virginijus).

ATIYA, Mustafa (a.k.a. AL-MASRI, Abu al-Walid; a.k.a. AL-MISRI, Abu Walid; a.k.a. HAMID, Mustafa; a.k.a. HAMID, Mustafa Muhammad 'Atiya; a.k.a. "AL-MAKKI, Hashim"; a.k.a. "AL-WALID, Abu"); DOB Mar 1945; POB Alexandria, Egypt; nationality Egypt; alt. nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ATIYAH, Husayn (a.k.a. ATIEH, Hussein; a.k.a. ATTIA, Hussein Kamel (Arabic: حسين كامل عطية); a.k.a. ATTIEH, Hussein Kamel; a.k.a. ATTIYAH, Husayn), Lebanon; DOB 19 Dec 1965; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 (individual) [SDGT] (Linked To: ABDALLAH, Ahmad Jalal Reda).

ATLANT S LIMITED (a.k.a. ATLANT S OOO; a.k.a. LIMITED LIABILITY COMPANY ATLANT S (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АТЛАНТ С); a.k.a. LLC ATLANT S (Cyrillic: ООО АТЛАНТ С)), et 1 pom 1 kom 17, dom 20, ulitsa Pleshcheyeva, Moscow 127560, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Mar 1992; Tax ID No. 7715023288 (Russia); Registration Number 1027700084312 (Russia) [RUSSIA-EO14024] (Linked To: PUCHKOV, Andrey Sergeyevich).

ATLANT S OOO (a.k.a. ATLANT S LIMITED; a.k.a. LIMITED LIABILITY COMPANY ATLANT S (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АТЛАНТ С); a.k.a. LLC ATLANT S (Cyrillic: ООО АТЛАНТ С)), et 1 pom 1 kom 17, dom 20, ulitsa Pleshcheyeva, Moscow 127560, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Mar 1992; Tax ID No. 7715023288 (Russia); Registration Number 1027700084312 (Russia) [RUSSIA-EO14024] (Linked To: PUCHKOV, Andrey Sergeyevich).

ATLANTIC DIAMOND GROUP, S.A. DE C.V., Bucerias, Nayarit, Mexico; Organization Established Date 13 Nov 2015; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. 2106 (Mexico) [ILLICIT-DRUGS-EO14059].

ATLANTIC NAVIGATION OPC PRIVATE LIMITED, Unit 903, 9th Floor, Samarth Aishwarya, Off KL Walawalker Road, Mumbai 400053, India; Organization Established Date 2020; Tax ID No. AAUCA0110E (India); Commercial Registry Number U63030MH2020OPC345690 (India) [IRAN-EO13846].

ATLANTIC PELICAN COMPANY LTD, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

ATLANTIC SHIP MANAGEMENT COMPANY (a.k.a. ATLANTIC SHIP MANAGEMENT LLC), Office Number 3803, Churchill Tower, 38 Floor, Business Bay, Bur Dubai, Burj Khalifa, Dubai, United Arab Emirates; P.O. Box 128650, No 1902, Churchill Tower, Business Bay, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Registration Number 663558 (United Arab Emirates) [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ATLANTIC SHIP MANAGEMENT LLC (a.k.a. ATLANTIC SHIP MANAGEMENT COMPANY), Office Number 3803, Churchill Tower, 38 Floor, Business Bay, Bur Dubai, Burj Khalifa, Dubai, United Arab Emirates; P.O. Box 128650, No 1902, Churchill Tower, Business Bay, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 663558 (United Arab Emirates) [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ATLANTIC SHIPPING & TRANS (a.k.a. ATLANTIC SHIPPING AND TRANS; a.k.a. ATLANTIC SHIPPING AND TRANSPORTATION LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ATLANTIC SHIPPING AND TRANS (a.k.a. ATLANTIC SHIPPING & TRANS; a.k.a. ATLANTIC SHIPPING AND TRANSPORTATION LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ATLANTIC SHIPPING AND TRANSPORTATION LIMITED (a.k.a. ATLANTIC SHIPPING & TRANS; a.k.a. ATLANTIC SHIPPING AND TRANS), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ATLANTIS M. SHIPPING CO, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2025; Identification Number IMO 0237712; Commercial Registry Number 131335 (Marshall Islands) [SDGT] (Linked To: ANSARALLAH).

ATLAS AIR CONDITIONING COMPANY LIMITED, 55 Roebuck House, Palace Street, London, United Kingdom [IRAQ2].

ATLAS CURRENCY EXCHANGE (a.k.a. ATLAS EXCHANGE; a.k.a. TAZAMONI VAKILI AND PARTNERS; a.k.a. VAKILI JOINT PARTNERSHIP), No. 77, Commercial Center Market (Bazar Markazi Tejari), Ferdosi Street, Kish Island, Iran; Website www.atlassarafi.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: ANSAR EXCHANGE).

ATLAS DIRECTIONAL DRILLING SERVICES (a.k.a. ATLAS NNB (Cyrillic: АТЛАС ННБ); a.k.a. "ATLAS DDS"), Ul. Grimau D. 10, pomeshch. 7, Moscow 117036, Russia; Ul. Mozhaysky Val, Dom 8, Str. S, 10 etazh, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 5836673287 (Russia); Registration Number 1155836003212 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

ATLAS EQUIPMENT COMPANY LIMITED, 55 Roebuck House, Palace Street, London, United Kingdom [IRAQ2].

ATLAS EXCHANGE (a.k.a. ATLAS CURRENCY EXCHANGE; a.k.a. TAZAMONI VAKILI AND PARTNERS; a.k.a. VAKILI JOINT PARTNERSHIP), No. 77, Commercial Center Market (Bazar Markazi Tejari), Ferdosi Street, Kish Island, Iran; Website www.atlassarafi.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: ANSAR EXCHANGE).

ATLAS HOLDING (a.k.a. ATLAS HOLDING SAL), Lebanon; Mount Lebanon Mohafaza, Baabda Casa, MEC Center, Ghobairy, Lebanon; Chiyah, Ghobeiry, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1900656 (Lebanon) [SDGT] (Linked To: MARTYRS FOUNDATION IN LEBANON).

ATLAS HOLDING SAL (a.k.a. ATLAS HOLDING), Lebanon; Mount Lebanon Mohafaza, Baabda Casa, MEC Center, Ghobairy, Lebanon; Chiyah, Ghobeiry, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1900656 (Lebanon) [SDGT] (Linked To: MARTYRS FOUNDATION IN LEBANON).

ATLAS KIAN QESHM (a.k.a. ATLAS SHIPPING; a.k.a. ATLAS SHIPPING COMPANY), No. 44, East Atefi Ave., Nelsonmandella Blvd., Tehran, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ATLAS NEDVIZHIMOST OOO (a.k.a. LIMITED LIABILITY COMPANY ATLAS REAL ESTATE), prospekt Kutuzovski, d. 24, etazh 1 pom. XVII kom. 26, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730710599 (Russia); Registration Number 1147746869896 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

ATLAS NNB (Cyrillic: АТЛАС ННБ) (a.k.a. ATLAS DIRECTIONAL DRILLING SERVICES; a.k.a. "ATLAS DDS"), Ul. Grimau D. 10, pomeshch. 7, Moscow 117036, Russia; Ul. Mozhaysky Val, Dom 8, Str. S, 10 etazh, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 5836673287 (Russia); Registration Number 1155836003212 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

ATLAS OCEAN AND PETROCHEMICAL (AOPC), Dubai Airport Free Zone, United Arab Emirates [NPWMD] (Linked To: ILAM PETROCHEMICAL COMPANY).

ATLAS SHIP MANAGEMENT (a.k.a. ATLAS SHIPS MANAGEMENT), Fujairah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ATLAS SHIPPING (a.k.a. ATLAS KIAN QESHM; a.k.a. ATLAS SHIPPING COMPANY), No. 44, East Atefi Ave., Nelsonmandella Blvd., Tehran, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ATLAS SHIPPING COMPANY (a.k.a. ATLAS KIAN QESHM; a.k.a. ATLAS SHIPPING), No. 44, East Atefi Ave., Nelsonmandella Blvd.,

Tehran, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ATLAS SHIPS MANAGEMENT (a.k.a. ATLAS SHIP MANAGEMENT), Fujairah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ATLASNOBLE FOREIGN TRADE AND CONSULTANCY LIMITED (a.k.a. ATLASNOBLE GAYRIMENKUL DANISMANLIK ANONIM SIRKETI; a.k.a. "ATLAS NOBLE"), Tepeoren Mah. Istanbul Park Bul. Arkeon H Evleri Sit. N:17JL, Tuzla, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Sep 2023; Tax ID No. 0102-0980-3860-0001 (Turkey); Company Number 482600-5 (Turkey); Registration Number 1477530 (Turkey) [RUSSIA-EO14024] (Linked To: MAIN DIRECTORATE OF DEEP SEA RESEARCH).

ATLASNOBLE GAYRIMENKUL DANISMANLIK ANONIM SIRKETI (a.k.a. ATLASNOBLE FOREIGN TRADE AND CONSULTANCY LIMITED; a.k.a. "ATLAS NOBLE"), Tepeoren Mah. Istanbul Park Bul. Arkeon H Evleri Sit. N:17JL, Tuzla, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Sep 2023; Tax ID No. 0102-0980-3860-0001 (Turkey); Company Number 482600-5 (Turkey); Registration Number 1477530 (Turkey) [RUSSIA-EO14024] (Linked To: MAIN DIRECTORATE OF DEEP SEA RESEARCH).

ATLASWISE CONSULTANTS PTE. LTD., Singapore; Identification Number 201713998H (Singapore) [TCO] (Linked To: CHEN, Xiuling).

'ATO, Mustaf (a.k.a. "ATO, Abdi Karim"), Qunyo Barrow, Middle Juba, Somalia; DOB 1977; POB Beledweyn, Hiraan, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

ATOL, Ul. Bolshaya Novomitrovskaya D. 14, Str. 2, ET. 4, Moscow 127015, Russia; Ul. Godovikova D. 9, Str. 17, Floor 4, Pomeshch 5, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Computer programming

activities; Tax ID No. 5010051677 (Russia); Registration Number 1165010050590 (Russia) [RUSSIA-EO14024].

ATOM, Mohamed Sa'id (a.k.a. ATOM, Mohamed Siad; a.k.a. SA'ID, Mohamed; a.k.a. "ATOM"), Galgala, Puntland, Somalia; Badhan, Somalia; DOB circa 1966; POB Galgala, Puntland, Somalia (individual) [SOMALIA].

ATOM, Mohamed Siad (a.k.a. ATOM, Mohamed Sa'id; a.k.a. SA'ID, Mohamed; a.k.a. "ATOM"), Galgala, Puntland, Somalia; Badhan, Somalia; DOB circa 1966; POB Galgala, Puntland, Somalia (individual) [SOMALIA].

ATOMIC ENERGY ORGANIZATION OF IRAN (a.k.a. "AEOI"), North Kargar Street, P.O. Box 14155-1339, Tehran, Iran; Website http://www.aeoi.org.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR].

ATOMIC FUEL DEVELOPMENT ENGINEERING COMPANY (a.k.a. ENERGY NOVIN INDUSTRIAL DEVELOPMENT; a.k.a. MATSA COMPANY; a.k.a. "ENID"; a.k.a. "MATSA"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

ATOMSPETSPROJECT JOINT STOCK COMPANY (a.k.a. CLOSED JOINT STOCK COMPANY MOSINTERM), Ul. Svyazistov D. 9, Krasnoznamensk 143090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5006008848 (Russia); Registration Number 1035001500137 (Russia) [RUSSIA-EO14024].

ATOMYZE (a.k.a. ATOMYZE RUSSIA; a.k.a. LIMITED LIABILITY COMPANY ATOMAYZ; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU ATOMAIZ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АТОМАЙЗ)), Nab. Presnenskaya D. 12, Pomeshch. 2/59, Moscow 123112, Russia; Website https://www.atomyze.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Nov 2020; Tax ID No. 9703021466 (Russia) [RUSSIA-EO14024].

ATOMYZE RUSSIA (a.k.a. ATOMYZE; a.k.a. LIMITED LIABILITY COMPANY ATOMAYZ; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU ATOMAIZ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АТОМАЙЗ)), Nab. Presnenskaya D. 12, Pomeshch. 2/59, Moscow 123112, Russia; Website

https://www.atomyze.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Nov 2020; Tax ID No. 9703021466 (Russia) [RUSSIA-EO14024].

ATRAN CARGO AIRLINES (a.k.a. ATRAN LIMITED LIABILITY COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU ATRAN; a.k.a. OOO ATRAN), D 28, Lit. B, Str. 3 Mezhdunarodnoe Sh., Moscow 141411, Russia; A/P Sheremetyevo-1 Postbox 10, Khimki 141426, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Freight air transport; Tax ID No. 5009053648 (Russia); Registration Number 1065009017897 (Russia) [RUSSIA-EO14024].

ATRAN LIMITED LIABILITY COMPANY (a.k.a. ATRAN CARGO AIRLINES; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU ATRAN; a.k.a. OOO ATRAN), D 28, Lit. B, Str. 3 Mezhdunarodnoe Sh., Moscow 141411, Russia; A/P Sheremetyevo-1 Postbox 10, Khimki 141426, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Freight air transport; Tax ID No. 5009053648 (Russia); Registration Number 1065009017897 (Russia) [RUSSIA-EO14024].

ATRI, Sahar (a.k.a. AKHRAS, Sahar; a.k.a. AL-AKHRAS, Sahar Otri (Arabic: سحر عطري الاخرس); a.k.a. ITRI, Sahar; a.k.a. OTRI, Sahar; a.k.a. UTRI, Sahar), 34 Allan Way, London, United Kingdom; DOB Nov 1949; nationality United Kingdom; alt. nationality Syria; Gender Female (individual) [PAARSSR-EO13894].

ATRIS, Hussein (a.k.a. HUSSEIN, Atris); DOB 11 Nov 1964; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ATRO PARS COMPANY (a.k.a. ATROPARS COMPANY (Arabic: شرکت آترویارس); a.k.a. ATROPARS EXCHANGE; a.k.a. ATROPARS GOLD & JEWELRY MFG; a.k.a. ATROPARS GOLD AND JEWELRY MFG; a.k.a. ATROPARS MFG), No. 17 Samadi St. Farid Asghar St. Vahid Dastjeri Ave, Tehran, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10102890879 (Iran); Registration Number 248506 (Iran) [SDGT] [IFSR] (Linked To:

MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

ATROPARS COMPANY (Arabic: شرکت آتروپارس) (a.k.a. ATRO PARS COMPANY; a.k.a. ATROPARS EXCHANGE; a.k.a. ATROPARS GOLD & JEWELRY MFG; a.k.a. ATROPARS GOLD AND JEWELRY MFG; a.k.a. ATROPARS MFG), No. 17 Samadi St. Farid Asghar St. Vahid Dastjeri Ave, Tehran, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10102890879 (Iran); Registration Number 248506 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

ATROPARS EXCHANGE (a.k.a. ATRO PARS COMPANY; a.k.a. ATROPARS COMPANY (Arabic: شرکت آتروپارس); a.k.a. ATROPARS GOLD & JEWELRY MFG; a.k.a. ATROPARS GOLD AND JEWELRY MFG; a.k.a. ATROPARS MFG), No. 17 Samadi St. Farid Asghar St. Vahid Dastjeri Ave, Tehran, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10102890879 (Iran); Registration Number 248506 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

ATROPARS GOLD & JEWELRY MFG (a.k.a. ATRO PARS COMPANY; a.k.a. ATROPARS COMPANY (Arabic: شرکت آتروپارس); a.k.a. ATROPARS EXCHANGE; a.k.a. ATROPARS GOLD AND JEWELRY MFG; a.k.a. ATROPARS MFG), No. 17 Samadi St. Farid Asghar St. Vahid Dastjeri Ave, Tehran, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10102890879 (Iran); Registration Number 248506 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

ATROPARS GOLD AND JEWELRY MFG (a.k.a. ATRO PARS COMPANY; a.k.a. ATROPARS COMPANY (Arabic: شرکت آتروپارس); a.k.a. ATROPARS EXCHANGE; a.k.a. ATROPARS GOLD & JEWELRY MFG; a.k.a. ATROPARS MFG), No. 17 Samadi St. Farid Asghar St. Vahid Dastjeri Ave, Tehran, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10102890879 (Iran); Registration Number 248506 (Iran) [SDGT]

ATROPARS MFG (a.k.a. ATRO PARS COMPANY; a.k.a. ATROPARS COMPANY (Arabic: شرکت آتروپارس); a.k.a. ATROPARS EXCHANGE; a.k.a. ATROPARS GOLD & JEWELRY MFG; a.k.a. ATROPARS GOLD AND JEWELRY MFG), No. 17 Samadi St. Farid Asghar St. Vahid Dastjeri Ave, Tehran, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10102890879 (Iran); Registration Number 248506 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

ATTAF GHOLAMHOSEIN, Ali Asghar (a.k.a. AL-TAF, Ali Asghar), Shahin Shahr, Iran; DOB 21 Dec 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2529687692 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

ATTAR, Usama (a.k.a. ATAR, Oussama; a.k.a. ATAR, Oussama Ahmad; a.k.a. ATAR, Usama), Raqqa, Syria; DOB 1983 to 1985; POB Belgium; nationality Belgium; alt. nationality Morocco; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ATTARAN, Mahdi (a.k.a. ATTARAN, Mohammad Mahdi; a.k.a. ATTARAN, Mohammad Mahdi Da'emi); DOB 13 Jul 1979; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: PUYA ELECTRO SAMAN NIRU).

ATTARAN, Mohammad Mahdi (a.k.a. ATTARAN, Mahdi; a.k.a. ATTARAN, Mohammad Mahdi Da'emi); DOB 13 Jul 1979; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: PUYA ELECTRO SAMAN NIRU).

ATTARAN, Mohammad Mahdi Da'emi (a.k.a. ATTARAN, Mahdi; a.k.a. ATTARAN, Mohammad Mahdi); DOB 13 Jul 1979; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD]

[IFSR] (Linked To: PUYA ELECTRO SAMAN NIRU).

ATTIA, Hussein Kamel (Arabic: حسين كامل عطية) (a.k.a. ATIEH, Hussein; a.k.a. ATIYAH, Husayn; a.k.a. ATTIEH, Hussein Kamel; a.k.a. ATTIYAH, Husayn), Lebanon; DOB 19 Dec 1965; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ABDALLAH, Ahmad Jalal Reda).

ATTIEH, Hussein Kamel (a.k.a. ATIEH, Hussein; a.k.a. ATIYAH, Husayn; a.k.a. ATTIA, Hussein Kamel (Arabic: حسين كامل عطية); a.k.a. ATTIYAH, Husayn), Lebanon; DOB 19 Dec 1965; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ABDALLAH, Ahmad Jalal Reda).

ATTIYAH, Husayn (a.k.a. ATIEH, Hussein; a.k.a. ATIYAH, Husayn; a.k.a. ATTIA, Hussein Kamel (Arabic: حسين كامل عطية); a.k.a. ATTIEH, Hussein Kamel), Lebanon; DOB 19 Dec 1965; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ABDALLAH, Ahmad Jalal Reda).

ATTO, Abdullah (a.k.a. BUR, Abdullah; a.k.a. ISSA, Issa Osman; a.k.a. "AFADEY"; a.k.a. "MUSSE"; a.k.a. "SUDANI, Abdala"); DOB 1973; POB Malindi, Kenya; nationality Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ATVANTIC GOODS WHOLESALERS L.L.C, 1901-02 Smart Creation Business Center, Damac Executive Heights, Business Bay, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 907900 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

ATWA, Ali (a.k.a. BOUSLIM, Ammar Mansour; a.k.a. SALIM, Hassan Rostom), Lebanon; DOB 1960; POB Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ATWI, Silvana (Arabic: سلفانا عطوي) (a.k.a. 'UTWI, Silvana Rida), Kaafat Atwi Building, Baabda, Lebanon; DOB 13 Jan 1995; POB Markaba, Marjayoun, Nabatieh, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000020552228 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AU, Chi Kwong (Chinese Traditional: 區志光) (a.k.a. AU, Chi Kwong Sonny; a.k.a. AU, Sonny Chi Kwong; a.k.a. OU, Zhiguang (Chinese Simplified: 区志光)), Hong Kong, China; DOB 16 Aug 1961; nationality China; citizen China; Gender Male (individual) [HK-EO13936].

AU, Chi Kwong Sonny (a.k.a. AU, Chi Kwong (Chinese Traditional: 區志光); a.k.a. AU, Sonny Chi Kwong; a.k.a. OU, Zhiguang (Chinese Simplified: 区志光)), Hong Kong, China; DOB 16 Aug 1961; nationality China; citizen China; Gender Male (individual) [HK-EO13936].

AU, Sonny Chi Kwong (a.k.a. AU, Chi Kwong (Chinese Traditional: 區志光); a.k.a. AU, Chi Kwong Sonny; a.k.a. OU, Zhiguang (Chinese Simplified: 区志光)), Hong Kong, China; DOB 16 Aug 1961; nationality China; citizen China; Gender Male (individual) [HK-EO13936].

AUC (a.k.a. AUTODEFENSAS UNIDAS DE COLOMBIA; a.k.a. UNITED SELF-DEFENSE FORCES OF COLOMBIA); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [SDGT].

AUCTION LIMITED LIABILITY COMPANY (a.k.a. AUKCION LIMITED LIABILITY COMPANY; a.k.a. AUKTSION OOO; a.k.a. LLC AUKCION; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AUKTSION), d.14 shosse Entuziastov, Moscow 111024, Russia; Room 12, room IB, ground floor, 32 Leninsky Ave, Moscow, Russia; Website www.aukcion-sbrf.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1027700256297 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

AUDAX TRUST CONSULTING ESTABLISHMENT, Austrasse 14, Triesen 94945, Liechtenstein; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 May 2008; Legal Entity Number 254900KFJSAFNKNG2X74; Registration Number FL-0002.286.806-1 (Liechtenstein) [RUSSIA-EO14024].

AUDIO ALARMAS, S.A. DE C.V., Paseo de los Tilos No. 1344 A, Col. Rancho Blanco, Guadalajara, Jalisco C.P. 44890, Mexico; Calle Paseo de los Tilos No. 1344, Colonia Tabachines, Zapopan, Jalisco C.P. 45188, Mexico; R.F.C. AAL9802259P1 (Mexico); Folio Mercantil No. 10987-1 (Mexico) [SDNTK].

AUDITKONSALT OOO, Ul Velozavodskaya D 6, Moscow 115280, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Apr 2006; Organization Type: Management consultancy activities; Tax ID No. 7725567505 (Russia); Registration Number 1067746493605 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

AUF, Awad Ibn (a.k.a. AUF, Awad Muhammad Ibn; a.k.a. AUF, Mohammed Ahmed Awad Ibn; a.k.a. AWF, Awad Ahmad Ibn; a.k.a. AWF, Awad Ibn; a.k.a. NAUF, Awad Mohammed Ahmed Ebni; a.k.a. OAF, Awad Mohamed Ahmed Ibn; a.k.a. OUF, Awad Mohamed Ahmed Ibn); DOB circa 1954; nationality Sudan; Head of Military Intelligence and Security (individual) [DARFUR].

AUF, Awad Muhammad Ibn (a.k.a. AUF, Awad Ibn; a.k.a. AUF, Mohammed Ahmed Awad Ibn; a.k.a. AWF, Awad Ahmad Ibn; a.k.a. AWF, Awad Ibn; a.k.a. NAUF, Awad Mohammed Ahmed Ebni; a.k.a. OAF, Awad Mohamed Ahmed Ibn; a.k.a. OUF, Awad Mohamed Ahmed Ibn); DOB circa 1954; nationality Sudan; Head of Military Intelligence and Security (individual) [DARFUR].

AUF, Mohammed Ahmed Awad Ibn (a.k.a. AUF, Awad Ibn; a.k.a. AUF, Awad Muhammad Ibn; a.k.a. AWF, Awad Ahmad Ibn; a.k.a. AWF, Awad Ibn; a.k.a. NAUF, Awad Mohammed Ahmed Ebni; a.k.a. OAF, Awad Mohamed Ahmed Ibn; a.k.a. OUF, Awad Mohamed Ahmed Ibn); DOB circa 1954; nationality Sudan; Head of Military Intelligence and Security (individual) [DARFUR].

AUKCION LIMITED LIABILITY COMPANY (a.k.a. AUCTION LIMITED LIABILITY COMPANY; a.k.a. AUKTSION OOO; a.k.a. LLC AUKCION; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AUKTSION), d.14 shosse Entuziastov, Moscow 111024, Russia; Room 12, room IB, ground floor, 32 Leninsky Ave, Moscow, Russia; Website www.aukcion-sbrf.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1027700256297 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

AUKTSION OOO (a.k.a. AUCTION LIMITED LIABILITY COMPANY; a.k.a. AUKCION LIMITED LIABILITY COMPANY; a.k.a. LLC AUKCION; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AUKTSION), d.14 shosse Entuziastov, Moscow 111024, Russia; Room 12, room IB, ground floor, 32 Leninsky Ave, Moscow, Russia; Website www.aukcion-sbrf.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1027700256297 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

AULAQI, Anwar Nasser (a.k.a. AL-AULAQI, Anwar; a.k.a. AL-AWLAKI, Anwar; a.k.a. AL-AWLAQI, Anwar; a.k.a. AULAQI, Anwar Nasser Abdulla; a.k.a. AULAQI, Anwar Nasswer); DOB 21 Apr 1971; alt. DOB 22 Apr 1971; POB Las Cruces, New Mexico; citizen United States; alt. citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AULAQI, Anwar Nasser Abdulla (a.k.a. AL-AULAQI, Anwar; a.k.a. AL-AWLAKI, Anwar; a.k.a. AL-AWLAQI, Anwar; a.k.a. AULAQI, Anwar Nasser; a.k.a. AULAQI, Anwar Nasswer); DOB 21 Apr 1971; alt. DOB 22 Apr 1971; POB Las Cruces, New Mexico; citizen United States; alt. citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AULAQI, Anwar Nasswer (a.k.a. AL-AULAQI, Anwar; a.k.a. AL-AWLAKI, Anwar; a.k.a. AL-AWLAQI, Anwar; a.k.a. AULAQI, Anwar Nasser; a.k.a. AULAQI, Anwar Nasser Abdulla); DOB 21 Apr 1971; alt. DOB 22 Apr 1971; POB Las Cruces, New Mexico; citizen United States; alt. citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AUM SHINRIKYO (a.k.a. A.I.C. COMPREHENSIVE RESEARCH INSTITUTE; a.k.a. A.I.C. SOGO KENKYUSHO; a.k.a. ALEPH; a.k.a. AUM SUPREME TRUTH); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AUM SUPREME TRUTH (a.k.a. A.I.C. COMPREHENSIVE RESEARCH INSTITUTE; a.k.a. A.I.C. SOGO KENKYUSHO; a.k.a. ALEPH; a.k.a. AUM SHINRIKYO); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AUNG, Aung, Burma; DOB 1973; Gender Male (individual) [GLOMAG].

AUNG, Daw Shwe Ye Phu (a.k.a. AUNG, Shwe Ye Phu), Burma; DOB 18 Apr 1990; nationality Burma; Gender Female; National ID No. 9PAOULAN025761 (Burma) (individual) [BURMA-EO14014].

AUNG, Daw Thet Thet (a.k.a. AUNG, Thet Thet), Naypyitaw, Burma; DOB 22 Dec 1961; nationality Burma; Gender Female; National ID No. 9MAHTALAN230610 (Burma) (individual) [BURMA-EO14014].

AUNG, Hlaing Bwar (a.k.a. AUNG, U Hlaing Bwar), Burma; DOB 22 May 1993; nationality Burma; Gender Male; National ID No. 9PAOULAN025759 (Burma) (individual) [BURMA-EO14014].

AUNG, Htun (a.k.a. AUNG, Tun), Burma; DOB 1967; nationality Burma; Gender Male; Commander-in-Chief (Air) (individual) [BURMA-EO14014].

AUNG, Naing Htut, Burma; DOB 27 Jan 1968; nationality Burma; Gender Male (individual) [BURMA-EO14014].

AUNG, Phyo Arkar (a.k.a. AUNG, U Phyo Akar), Burma; DOB 30 Apr 1995; nationality Burma; Gender Male; National ID No. 9PAOULAN013500 (Burma) (individual) [BURMA-EO14014].

AUNG, Saw San (a.k.a. AUNG, Saw Sang; a.k.a. "AUNG, San"), Burma; DOB 28 Jul 1968; nationality Burma; Gender Male (individual) [BURMA-EO14014] [CYBER4] (Linked To: DEMOCRATIC KAREN BENEVOLENT ARMY).

AUNG, Saw Sang (a.k.a. AUNG, Saw San; a.k.a. "AUNG, San"), Burma; DOB 28 Jul 1968; nationality Burma; Gender Male (individual) [BURMA-EO14014] [CYBER4] (Linked To: DEMOCRATIC KAREN BENEVOLENT ARMY).

AUNG, Shwe Ye Phu (a.k.a. AUNG, Daw Shwe Ye Phu), Burma; DOB 18 Apr 1990; nationality Burma; Gender Female; National ID No. 9PAOULAN025761 (Burma) (individual) [BURMA-EO14014].

AUNG, Swe Swe, Burma; DOB 1960; nationality Burma; Gender Female (individual) [BURMA-EO14014].

AUNG, Thet Thet (a.k.a. AUNG, Daw Thet Thet), Naypyitaw, Burma; DOB 22 Dec 1961; nationality Burma; Gender Female; National ID No. 9MAHTALAN230610 (Burma) (individual) [BURMA-EO14014].

AUNG, Tin Myo, Burma; DOB 03 Dec 1972; POB Taungoo, Burma; nationality Burma; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport MI361289 (Burma) expires 14 Dec 2028; National ID No. 7TANGANAN097221 (Burma) (individual) [DPRK] [BURMA-EO14014] (Linked To: ROYAL SHUNE LEI COMPANY LIMITED).

AUNG, Tun (a.k.a. AUNG, Htun), Burma; DOB 1967; nationality Burma; Gender Male; Commander-in-Chief (Air) (individual) [BURMA-EO14014].

AUNG, U Hlaing Bwar (a.k.a. AUNG, Hlaing Bwar), Burma; DOB 22 May 1993; nationality Burma; Gender Male; National ID No. 9PAOULAN025759 (Burma) (individual) [BURMA-EO14014].

AUNG, U Phyo Akar (a.k.a. AUNG, Phyo Arkar), Burma; DOB 30 Apr 1995; nationality Burma; Gender Male; National ID No.

9PAOULAN013500 (Burma) (individual) [BURMA-EO14014].

AUNG, Ye, Burma; DOB 08 Jun 1960; POB Chauk, Burma; Gender Male (individual) [BURMA-EO14014].

AURAMENKA, Aliaksei Mikalaevich (Cyrillic: АЎРАМЕНКА, Аляксей Мікалаевіч) (a.k.a. AVRAMENKO, Aleksey; a.k.a. AVRAMENKO, Aleksey Nikolaevich; a.k.a. AVRAMENKO, Alexey Nikolaevich (Cyrillic: АВРАМЕНКО, Алексей Николаевич)), Minsk, Belarus; DOB 11 May 1977; POB Minsk, Belarus; nationality Belarus; Gender Male; Passport MP3102183 (Belarus); National ID No. 3110577A020PB2 (Belarus) (individual) [BELARUS-EO14038].

AURELIANO FELIX, Jorge (a.k.a. "MACUMBA"); DOB 15 Apr 1952; nationality Mexico (individual) [SDNTK].

AURIGA LIMITED LIABILITY COMPANY, sh. Varshavskoe d.125, STR.16A, Moscow 117587, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726636575 (Russia); Registration Number 1097746556577 (Russia) [RUSSIA-EO14024].

AURORATOOLS LIMITED LIABILITY COMPANY (a.k.a. OOO AVRORATULS), Kolomyazhsky Ave. 27, Kab. 12, Saint Petersburg 197341, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811677710 (Russia); Registration Number 1187847001198 (Russia) [RUSSIA-EO14024].

AURUM SHIP MANAGEMENT (Arabic: اورم شیب مانجمنت) (a.k.a. AURUM SHIP MANAGEMENT FZC; a.k.a. AURUM SHIP MANAGEMENT PTE. LTD.), L1-29, PO Box 9632, Sharjah, United Arab Emirates; 204-A Wing, Sai Chamber 11, Cbd Belapur, Navi Mumbai 400614, India; Room 29, Ground Floor, Executive Suite L1, Sharjah, Sharjah, United Arab Emirates; 196, Pantech Business Hub, 28, Pandan Loop, Singapore, Singapore; Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Aug 2012; Organization Type: Sea and coastal freight water transport; Tax ID No. 100382504700003 (United Arab Emirates); License 10879 (United Arab Emirates); Registration Number 11615989 (United Arab Emirates) [SDGT] (Linked To: MAHAMUD, Abdi Nasir Ali).

AURUM SHIP MANAGEMENT FZC (a.k.a. AURUM SHIP MANAGEMENT (Arabic: اورم شیب مانجمنت); a.k.a. AURUM SHIP

MANAGEMENT PTE. LTD.), L1-29, PO Box 9632, Sharjah, United Arab Emirates; 204-A Wing, Sai Chamber 11, Cbd Belapur, Navi Mumbai 400614, India; Room 29, Ground Floor, Executive Suite L1, Sharjah, Sharjah, United Arab Emirates; 196, Pantech Business Hub, 28, Pandan Loop, Singapore, Singapore; Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Aug 2012; Organization Type: Sea and coastal freight water transport; Tax ID No. 100382504700003 (United Arab Emirates); License 10879 (United Arab Emirates); Registration Number 11615989 (United Arab Emirates) [SDGT] (Linked To: MAHAMUD, Abdi Nasir Ali).

AURUM SHIP MANAGEMENT PTE. LTD. (a.k.a. AURUM SHIP MANAGEMENT (Arabic: اورم مانجمنت شيب); a.k.a. AURUM SHIP MANAGEMENT FZC), L1-29, PO Box 9632, Sharjah, United Arab Emirates; 204-A Wing, Sai Chamber 11, Cbd Belapur, Navi Mumbai 400614, India; Room 29, Ground Floor, Executive Suite L1, Sharjah, Sharjah, United Arab Emirates; 196, Pantech Business Hub, 28, Pandan Loop, Singapore, Singapore; Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Aug 2012; Organization Type: Sea and coastal freight water transport; Tax ID No. 100382504700003 (United Arab Emirates); License 10879 (United Arab Emirates); Registration Number 11615989 (United Arab Emirates) [SDGT] (Linked To: MAHAMUD, Abdi Nasir Ali).

AUSPICIOUS SUN LIMITED, Rm 12, 19/F, Ho King Coml CTR, Mongkok, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Apr 2023; Business Registration Number 75271646 (Hong Kong) [RUSSIA-EO14024].

AUSPICIOUS TYCOON LIMITED, Phnom Penh, Cambodia; Company Number 1984330 (Virgin Islands, British) [TCO] (Linked To: CHEN, Zhi).

AUSTINSHIP MANAGEMENT PRIVATE LIMITED (a.k.a. AUSTINSHIP MANAGEMENT PVT LTD), Shop 048FF, Builders Scheme, Omaxe Arcade, 94, Ansal Golf Link-1, Noida, Dist Gautam Budh Nagar, Uttar Pradesh 201308, India; 706, Meghdoot, 94, Nehru Place, South Delhi 110119, India; Executive Order 13846 information: BLOCKING PROPERTY

AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 14 Jan 2020; C.I.N. U63031DL2020PTC360244 (India); Identification Number IMO 6140568 [IRAN-EO13846].

AUSTINSHIP MANAGEMENT PVT LTD (a.k.a. AUSTINSHIP MANAGEMENT PRIVATE LIMITED), Shop 048FF, Builders Scheme, Omaxe Arcade, 94, Ansal Golf Link-1, Noida, Dist Gautam Budh Nagar, Uttar Pradesh 201308, India; 706, Meghdoot, 94, Nehru Place, South Delhi 110119, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 14 Jan 2020; C.I.N. U63031DL2020PTC360244 (India); Identification Number IMO 6140568 [IRAN-EO13846].

AUTO EXPRESS DORADOS S.A. DE C.V., Panamericana 110 Colonia Altavista, Saucillo, Chihuahua C.P. 33620, Mexico; Avenida Cristobal Colon, Saucillo, Chihuahua, Mexico [SDNTK].

AUTO PARTES HANDAL S. DE R.L. DE C.V. (a.k.a. APH S. DE R.L. DE C.V.; a.k.a. SUPERTIENDAS & AUTO PARTES HANDAL), 3 Ave y 14 Calle N.O., Barrio Las Acacias, Apartado Postal No 1018, San Pedro Sula, Cortes, Honduras; 14 de Julio, La Ceiba, Atlantida, Honduras; Ave Junior, Entre 7 y 6 Calle Sureste, San Pedero Sula, Cortes, Honduras; Tax ID No. 3ET38QN (Honduras); alt. Tax ID No. 05019001468346 (Honduras) [SDNTK].

AUTO PARTS EAST FZCO, Jebel Ali (JAFZA) RA08 YB-05/ YB-06/ YB-07, Dubai 17370, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 139394 (United Arab Emirates); Economic Register Number (CBLS) 11447130 (United Arab Emirates) [RUSSIA-EO14024].

AUTO SERVICIO JATZIRY S.A. DE C.V., Guasave, Sinaloa, Mexico; Registration ID 12577 (Mexico) [SDNTK] (Linked To: MEZA FLORES, Fausto Isidro).

AUTODEFENSAS UNIDAS DE COLOMBIA (a.k.a. AUC; a.k.a. UNITED SELF-DEFENSE FORCES OF COLOMBIA); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [SDGT].

AUTODROMO CULIACAN RACE PARK, Blvd. Universitarios No. 196 Ote., Piso 4, Colonia Tierra Blanca, Culiacan, Sinaloa, Mexico; Carretera Libre, Culiacan-Mazatlan KM 8,

Culiacan, Sinaloa, Mexico; Constitucion No. 1006 Pte., Esquina con Victoria, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico [SDNTK].

AUTOLEX TRANSPORT LTD., Alpha Centre, Providence Office, Number 22, Mahe, Seychelles; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

AUTOMOBILE PLANT URAL JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO AVTOMOBILNYI ZAVOD URAL; a.k.a. JOINT STOCK COMPANY URAL MOTOR VEHICLES PLANT; a.k.a. "AO AZ URAL"), 1 Avtozavodtsev pr-kt, Miass 456304, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7415029289 (Russia); Registration Number 1027400870826 (Russia) [RUSSIA-EO14024].

AUTONOMOUS ENERGY SYSTEMS (a.k.a. SISTEMY AVTONOMNOI ENERGII; a.k.a. "SAE OOO"), Dor. Torfyanaya D. 7, Lit. F, Pomeshch. 17-N, KAB. 13 (1120-1121), Saint Petersburg 197374, Russia; Poligrafmashevsky pr. 3A, Saint Petersburg, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813645488 (Russia); Registration Number 1207800085701 (Russia) [RUSSIA-EO14024].

AUTONOMOUS NON PROFIT ORGANIZATION ARTIFICIAL INTELLIGENCE RESEARCH INSTITUTE (a.k.a. ANO AI RESEARCH INSTITUTE), Pr-kt Kutuzovskii d. 32, k. 1, Pomeshch. 4.V.08, Moscow 121170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7730261209 (Russia); Registration Number 1207700493978 (Russia) [RUSSIA-EO14024].

AUTONOMOUS NON PROFIT ORGANIZATION INSTITUTE FOR TESTING AND CERTIFICATION OF ARMAMENT AND MILITARY MATERIEL (a.k.a. INIS VVT), PR-D Entuziatsov, D. 11, Moscow 111024, Russia; Ul. Elektrodnaya, D. 10, Moscow 111524, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jun 1999; Tax ID No. 7705285301 (Russia); Registration Number 1037739355488 (Russia) [RUSSIA-EO14024].

AUTONOMOUS NON PROFIT ORGANIZATION INSTITUTE OF ENGINEERING PHYSICS (a.k.a. ANO INSTITUTE OF ENGINEERING PHYSICS), Bolshoi Udarnyi Per D 1 A,

Serpukhov 142210, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5043075306 (Russia); Registration Number 1225000027108 (Russia) [RUSSIA-EO14024].

AUTONOMOUS NON PROFIT ORGANIZATION TV NOVOSTI (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ТВ НОВОСТИ) (a.k.a. "RT"), Borovaya Street, D. 3, K. 1, Moscow 111020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Apr 2005; Tax ID No. 7704552473 (Russia); Registration Number 1057746595367 (Russia) [RUSSIA-EO14024].

AUTONOMOUS NONCOMMERCIAL ORGANIZATION CENTER FOR TESTS AND CERTIFICATION PROMTECHNOCERT (a.k.a. AUTONOMOUS NONPROFIT ORGANIZATION TESTING AND CERTIFICATION CENTER PROMTECHNOCERT (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ЦЕНТР ИСПЫТАНИЙ И СЕРТИФИКАЦИИ ПРОМТЕХНОСЕРТ)), 24A Kolpakova St., Room 7.01-7.14; 3.09-3.10, Mytishchi, Moscow Region 141008, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743089160 (Russia); Registration Number 1107799004323 (Russia) [RUSSIA-EO14024].

AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ПО ИЗУЧЕНИЮ И РАЗВИТИЮ МЕЖДУНАРОДНОГО СОТРУДНИЧЕСТВА В ЭКОНОМИЧЕСКОЙ СФЕРЕ МЕЖДУНАРОДНОЕ АГЕНТСТВО СУВЕРЕННОГО РАЗВИТИЯ) (a.k.a. ANO INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT (Cyrillic: АНО МЕЖДУНАРОДНОЕ АГЕНТСТВО СУВЕРЕННОГО РАЗВИТИЯ); a.k.a. INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT RBK), Prospekt Mira, dom 19, stroeniye 1, E/Pom/K/Of 1/I/6/17U, Moscow 129090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 May 2020; Tax ID No. 9702016897 (Russia); Registration Number 120770165727 (Russia) [RUSSIA-

EO14024] (Linked To: MALOFEYEV, Konstantin).

AUTONOMOUS NONCOMMERCIAL ORGANIZATION PROFESSIONAL ASSOCIATION OF DESIGNERS OF DATA PROCESSING SYSTEMS (a.k.a. ANO PO KSI), Prospekt Mira D 68, Str 1A, Moscow 129110, Russia; Dom 3, Lazurnaya Ulitsa, Solnechnogorskiy Raion, Andreyevka, Moscow Region 141551, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Registration ID 1027739734098 (Russia); Tax ID No. 7702285945 (Russia) [CYBER2].

AUTONOMOUS NON-PROFIT ORGANIZATION DIALOG (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ДИАЛОГ) (a.k.a. ANO DIALOG (Cyrillic: АНО ДИАЛОГ); a.k.a. AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA PO RAZVITIYU TSIFROVYKH PROEKTOV V SFERE OBSHCHESTVENNYKH SVYAZEI I KOMMUNIKATSII DIALOG; a.k.a. NON-PROFIT ORGANIZATION FOR THE DEVELOPMENT OF DIGITAL PROJECTS IN THE FIELD OF PUBLIC RELATIONS AND COMMUNICATIONS DIALOG (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ПО РАЗВИТИЮ ЦИФРОВЫХ ПРОЕКТОВ В СФЕРЕ ОБЩЕСТВЕННЫХ СВЯЗЕЙ И КОММУНИКАЦИЙ ДИАЛОГ); a.k.a. "DIALOG" (Cyrillic: "ДИАЛОГ"); a.k.a. "DIALOGUE"), Ul. Timura Frunze, D. 11, Str. 1, Floor 1, Pomeshch. VI Kom. 14, Moscow 119021, Russia; Website www.anodialog.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Nov 2019; Tax ID No. 9709056472 (Russia); Business Registration Number 1197700016414 (Russia) [RUSSIA-EO14024].

AUTONOMOUS NON-PROFIT ORGANIZATION DIALOG REGIONS (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ДИАЛОГ РЕГИОНЫ) (a.k.a. ANO DIALOG REGIONS (Cyrillic: АНО ДИАЛОГ РЕГИОНЫ); a.k.a. AUTONOMOUS NON-PROFIT ORGANIZATION FOR THE DEVELOPMENT OF DIGITAL PROJECTS IN THE FIELD OF PUBLIC RELATIONS AND COMMUNICATIONS DIALOG REGIONS (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ПО РАЗВИТИЮ ЦИФРОВЫХ ПРОЕКТОВ В СФЕРЕ ОБЩЕСТВЕННЫХ СВЯЗЕЙ И

КОММУНИКАЦИЙ ДИАЛОГ РЕГИОНЫ); a.k.a. AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA PO RAZVITIYU TSIFROVYKH PROEKTOV V SFERE OBSHCHESTEVENNYKH SVYAZEI I KOMMUNIKATSII DIALOG REGIONY; a.k.a. "DIALOG REGIONY"; a.k.a. "DIALOGUE"; a.k.a. "DIALOGUE REGIONS"), Ul. Timura Frunze, D. 11, Str. 1, Floor 1, Pomeshch. I, Kom. 2, Moscow 119021, Russia; Website www.dialog.info; alt. Website www.dialog-regions.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jul 2020; Tax ID No. 9709063550 (Russia); Business Registration Number 1207700248030 (Russia) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NON-PROFIT ORGANIZATION DIALOG).

AUTONOMOUS NON-PROFIT ORGANIZATION FOR THE DEVELOPMENT OF DIGITAL PROJECTS IN THE FIELD OF PUBLIC RELATIONS AND COMMUNICATIONS DIALOG REGIONS (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ПО РАЗВИТИЮ ЦИФРОВЫХ ПРОЕКТОВ В СФЕРЕ ОБЩЕСТВЕННЫХ СВЯЗЕЙ И КОММУНИКАЦИЙ ДИАЛОГ РЕГИОНЫ) (a.k.a. ANO DIALOG REGIONS (Cyrillic: АНО ДИАЛОГ РЕГИОНЫ); a.k.a. AUTONOMOUS NON-PROFIT ORGANIZATION DIALOG REGIONS (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ДИАЛОГ РЕГИОНЫ); a.k.a. AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA PO RAZVITIYU TSIFROVYKH PROEKTOV V SFERE OBSHCHESTEVENNYKH SVYAZEI I KOMMUNIKATSII DIALOG REGIONY; a.k.a. "DIALOG REGIONY"; a.k.a. "DIALOGUE"; a.k.a. "DIALOGUE REGIONS"), Ul. Timura Frunze, D. 11, Str. 1, Floor 1, Pomeshch. I, Kom. 2, Moscow 119021, Russia; Website www.dialog.info; alt. Website www.dialog-regions.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jul 2020; Tax ID No. 9709063550 (Russia); Business Registration Number 1207700248030 (Russia) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NON-PROFIT ORGANIZATION DIALOG).

AUTONOMOUS NONPROFIT ORGANIZATION INSTITUTE OF MARINE INSTRUMENTATION AND ROBOTICS (a.k.a. INSTITUT MORSKOGO PRIBOROSTROENIYA I

ROBOTOTEKHNIKI), Ul. Universitetskaya D. 31, Pom. 2.8, Sevastopol, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9200000727 (Russia); Registration Number 1209200006366 (Russia) [RUSSIA-EO14024].

AUTONOMOUS NON-PROFIT ORGANIZATION OF ADDITIONAL PROFESSIONAL EDUCATION ECHELON TRAINING CENTER (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ДОПОЛНИТЕЛЬНОГО ПРОФЕССИОНАЛЬНОГО ОБРАЗОВАНИЯ УЧЕБНЫЙ ЦЕНТР ЭШЕЛОН) (a.k.a. AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA DOPOLNITELNOGO PROFESSIONALNOGO OBRAZOVANIYA UCHEBNYI TSENTR ESHELON; a.k.a. UCHEBNY TSENTR ESHELON, ANO), Ul. Elektrozavodskaya d. 24, str. 1, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Oct 2008; Tax ID No. 7718271218 (Russia); Registration Number 1087799033519 (Russia) [RUSSIA-EO14024].

AUTONOMOUS NONPROFIT ORGANIZATION TESTING AND CERTIFICATION CENTER PROMTECHNOCERT (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ЦЕНТР ИСПЫТАНИЙ И СЕРТИФИКАЦИИ ПРОМТЕХНОСЕРТ) (a.k.a. AUTONOMOUS NONCOMMERCIAL ORGANIZATION CENTER FOR TESTS AND CERTIFICATION PROMTECHNOCERT), 24A Kolpakova St., Room 7.01-7.14; 3.09-3.10, Mytishchi, Moscow Region 141008, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743089160 (Russia); Registration Number 1107799004323 (Russia) [RUSSIA-EO14024].

AUTOS MINI, Avenida Delante, No. 1806, Colonia Costa Bella, Ensenada, Baja California, Mexico [SDNTK].

AUTOTRANSPORTES JYM S.A. DE C.V., Calle Primera S/N 820,  Poste No. 1504, Colonia Piggy Back, Poblado Campo El Diez, Culiacan, Sinaloa, Mexico; R.F.C. AJY-960612-HPO (Mexico) [SDNTK].

AUTOTRANSPORTES TERRESTRES S.A. DE C.V., Guasave, Sinaloa, Mexico [SDNTK] (Linked To: MEZA FLORES, Fausto Isidro).

AVA PETROLEUM SERVICES S.A., Rue Rodolphe-Toepffer 8, Geneva 1206, Switzerland; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Jul 2009; Commercial Registry Number CH-660.1.612.009-4 (Switzerland) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

AVANFORT OOO (Cyrillic: ООО АВАНФОРТ), d. 6 str. 1 etazh TSOKOL, kab. 1B, per. Sechenovski, Moscow 119034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716520363; Business Registration Number 1057746164519 [RUSSIA-EO14024] (Linked To: SHUVALOV, Igor Ivanovich).

AVANGARD BANK (a.k.a. AVANGARD JOINT STOCK BANK), St. Bolshaya Yakimanka 1, Moscow 119180, Russia; Sadovnicheskaya Street 12, Bld. 1, Moscow 115035, Russia; SWIFT/BIC AVJSRUMM; Website www.avangard.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7702021163 (Russia); Legal Entity Number 253400K1TTC1FABJCE13; Registration Number 1027700367507 (Russia) [RUSSIA-EO14024].

AVANGARD ELECTROMECHANICAL PLANT (a.k.a. ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. ARZAMAS-16; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. KHARITON INSTITUTE; a.k.a. SAROV NUCLEAR WEAPONS PLANT; a.k.a. VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT EKSPERIMENTALNOY; a.k.a. "RFNC-VNIIEF"; a.k.a. "VNIIEF"), 10 Muzrukov Ave, Sarov, Nizhny Novgorod Region 607188, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1992; Tax ID No. 5254001230 (Russia); Registration Number 1025202199791 (Russia) [RUSSIA-EO14024].

AVANGARD JOINT STOCK BANK (a.k.a. AVANGARD BANK), St. Bolshaya Yakimanka 1, Moscow 119180, Russia; Sadovnicheskaya Street 12, Bld. 1, Moscow 115035, Russia; SWIFT/BIC AVJSRUMM; Website www.avangard.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7702021163 (Russia); Legal Entity Number 253400K1TTC1FABJCE13; Registration

Number 1027700367507 (Russia) [RUSSIA-EO14024].

AVANGARD PLASTIK (a.k.a. JC AVANGARD; a.k.a. JOINT STOCK COMPANY AVANGARD; a.k.a. JSC AVANGARD (Cyrillic: АО АВАНГАРД)), 78 Oktyabrskaya St., Safonovo, Smolensk Region 215500, Russia; Website www.avangard-plastik.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Nov 2008; Tax ID No. 6726504312 (Russia) [RUSSIA-EO14024].

AVANI LINES INC, Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 03 May 2024; Identification Number IMO 0113947; Registration Number 125736 (Marshall Islands) [IRAN-EO13846].

AVANTI GLOBAL GROUP S.A.S., Carrera 48 76 10 PI 3, Barranquilla, Atlantico, Colombia; NIT # 9004786647 (Colombia) [VENEZUELA-EO13850].

AVAT ENDUSTRIYEL SISTEMLERI IC VE DIS TICARET LIMITED SIRKETI, Ic Kapi No: 1, Blok No: 52, Kamara, Hasat Sk., Merkez Mah., Sisli, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 394880-5 (Turkey) [RUSSIA-EO14024].

AVDEEV, Alexander Aleksandrovich (a.k.a. AVDEYEV, Aleksandr Aleksandrovich (Cyrillic: АВДЕЕВ, Александр Александровч)), Vladimir Region, Russia; DOB 12 Aug 1975; alt. DOB 08 Dec 1975; POB Kaluga, Kaluga region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 402802522687 (Russia) (individual) [RUSSIA-EO14024].

AVDEEVA, Elena (a.k.a. AVDEEVA, Elena Osipovna (Cyrillic: АВДЕЕВА, Елена Осиповна)), Russia; DOB 19 Jul 1968; POB Cherepovets, Vologda Oblast, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AVDEEVA, Elena Osipovna (Cyrillic: АВДЕЕВА, Елена Осиповна) (a.k.a. AVDEEVA, Elena), Russia; DOB 19 Jul 1968; POB Cherepovets, Vologda Oblast, Russia; nationality Russia;

Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AVDEYEV, Aleksandr Aleksandrovich (Cyrillic: АВДЕЕВ, Александр Александрович) (a.k.a. AVDEEV, Alexander Aleksandrovich), Vladimir Region, Russia; DOB 12 Aug 1975; alt. DOB 08 Dec 1975; POB Kaluga, Kaluga region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 402802522687 (Russia) (individual) [RUSSIA-EO14024].

AVDEYEV, Mikhail Yuryevich (Cyrillic: АВДЕЕВ, Михаил Юрьевич), Russia; DOB 06 Mar 1977; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AVELAR GUTIERREZ, Isidro, Islas Aleutianas 2307, Guadalajara, Jalisco 44540, Mexico; Santa Esther 845, Colonia Santa Margarita, Primera Seccion, Zapopan, Jalisco, Mexico; DOB 13 Jun 1962; POB Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. AEGI620613HJCVTS05 (Mexico) (individual) [SDNTK].

AVELLAN MEDAL, Ramon Antonio, Bello Horizonte 6TA Etapa NI 4, Managua, Nicaragua; DOB 11 Nov 1954; POB Jinotepe, Nicaragua; nationality Nicaragua; Gender Male; Passport A0008696 (Nicaragua) issued 17 Oct 2011 expires 17 Oct 2021; National ID No. 0411111540000Q (Nicaragua) (individual) [NICARAGUA] [NICARAGUA-NHRAA].

AVEN, Peter Olegovich (a.k.a. AVEN, Petr Olegovich (Cyrillic: АВЕН, Пётр Олегович); a.k.a. AVEN, Pjotr; a.k.a. AVEN, Pyotr; a.k.a. AVENS, Pjotrs), Surrey, United Kingdom; Moscow, Russia; Latvia; DOB 16 Mar 1955; POB Moscow, Russia; nationality Russia; alt. nationality Latvia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770400328495 (Russia) (individual) [RUSSIA-EO14024].

AVEN, Petr Olegovich (Cyrillic: АВЕН, Пётр Олегович) (a.k.a. AVEN, Peter Olegovich; a.k.a. AVEN, Pjotr; a.k.a. AVEN, Pyotr; a.k.a. AVENS, Pjotrs), Surrey, United Kingdom; Moscow, Russia; Latvia; DOB 16 Mar 1955; POB Moscow, Russia; nationality Russia; alt. nationality Latvia; Gender Male; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770400328495 (Russia) (individual) [RUSSIA-EO14024].

AVEN, Pjotr (a.k.a. AVEN, Peter Olegovich; a.k.a. AVEN, Petr Olegovich (Cyrillic: АВЕН, Пётр Олегович); a.k.a. AVEN, Pyotr; a.k.a. AVENS, Pjotrs), Surrey, United Kingdom; Moscow, Russia; Latvia; DOB 16 Mar 1955; POB Moscow, Russia; nationality Russia; alt. nationality Latvia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770400328495 (Russia) (individual) [RUSSIA-EO14024].

AVEN, Pyotr (a.k.a. AVEN, Peter Olegovich; a.k.a. AVEN, Petr Olegovich (Cyrillic: АВЕН, Пётр Олегович); a.k.a. AVEN, Pjotr; a.k.a. AVENS, Pjotrs), Surrey, United Kingdom; Moscow, Russia; Latvia; DOB 16 Mar 1955; POB Moscow, Russia; nationality Russia; alt. nationality Latvia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770400328495 (Russia) (individual) [RUSSIA-EO14024].

AVENDANO LOPEZ, Martin (a.k.a. AVENDANO OJEDA, Martin Guadencio; a.k.a. AVENDANO, Mariano; a.k.a. NARANJO, Carlos; a.k.a. OJEDA AVENDANO, Martin), c/o AUTOS MINI, Ensenada, Baja California, Mexico; c/o AUTODROMO CULIACAN, Culiacan, Sinaloa, Mexico; San Bernardino, Colombia; Iguala, Guerrero, Mexico; Ensenada, Baja California, Mexico; Mexicali, Baja California, Mexico; La Paz, Baja California Sur, Mexico; Avenida Jose Lopez Portillo No. 2031, Culiacan, Sinaloa, Mexico; Calle Antonio Caso No. 500, Colonia Aurora, Culiacan, Sinaloa, Mexico; Calle Amapola No. 12, Colonia 10 de Mayo, Culiacan, Sinaloa, Mexico; Calle Venustiano Carranza No. 34, Colonia Centro, Comondu, Baja California Sur, Mexico; Avenida Delante No. 1806, Colonia Miguel Hidalgo, Ensenada, Baja California, Mexico; DOB 14 Nov 1968; alt. DOB 14 Nov 1966; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. AEOM-681114-818 (Mexico) (individual) [SDNTK].

AVENDANO OJEDA, Hector Manuel, c/o AUTODROMO CULIACAN, Culiacan, Sinaloa, Mexico; Calle Antonio Caso No. 500, Colonia Aurora, Culiacan, Sinaloa, Mexico; Calle Mision de Sab Gabriel Arcangel No 2335, Interior A, Colonia Real Nueva Galicia, Culiacan, Sinaloa, Mexico; DOB 02 Nov 1971; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. AEOH-711102-I99 (Mexico); C.U.R.P.

AEOH711102HSLVJC08 (Mexico) (individual) [SDNTK].

AVENDANO OJEDA, Martin Guadencio (a.k.a. AVENDANO LOPEZ, Martin; a.k.a. AVENDANO, Mariano; a.k.a. NARANJO, Carlos; a.k.a. OJEDA AVENDANO, Martin), c/o AUTOS MINI, Ensenada, Baja California, Mexico; c/o AUTODROMO CULIACAN, Culiacan, Sinaloa, Mexico; San Bernardino, Colombia; Iguala, Guerrero, Mexico; Ensenada, Baja California, Mexico; Mexicali, Baja California, Mexico; La Paz, Baja California Sur, Mexico; Avenida Jose Lopez Portillo No. 2031, Culiacan, Sinaloa, Mexico; Calle Antonio Caso No. 500, Colonia Aurora, Culiacan, Sinaloa, Mexico; Calle Amapola No. 12, Colonia 10 de Mayo, Culiacan, Sinaloa, Mexico; Calle Venustiano Carranza No. 34, Colonia Centro, Comondu, Baja California Sur, Mexico; Avenida Delante No. 1806, Colonia Miguel Hidalgo, Ensenada, Baja California, Mexico; DOB 14 Nov 1968; alt. DOB 14 Nov 1966; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. AEOM-681114-818 (Mexico) (individual) [SDNTK].

AVENDANO OJEDA, Sergio, Calle Paseo Humaya No. 1466, Colonia Rincon de Guadalupe, Culiacan, Sinaloa, Mexico; Calle Delante No. 1806, Colonia Miguel Hidalgo, Ensenada, Baja California, Mexico; Calle Amapola No. 21, Colonia Diez de Mayo, Culiacan de Rosales, Culiacan, Sinaloa, Mexico; DOB 31 Mar 1980; POB Baja California Sur, Mexico; nationality Mexico; citizen Mexico; R.F.C. AEOS-800331-QH2 (Mexico); C.U.R.P. AEOS800331HBSVJR06 (Mexico) (individual) [SDNTK].

AVENDANO, Mariano (a.k.a. AVENDANO LOPEZ, Martin; a.k.a. AVENDANO OJEDA, Martin Guadencio; a.k.a. NARANJO, Carlos; a.k.a. OJEDA AVENDANO, Martin), c/o AUTOS MINI, Ensenada, Baja California, Mexico; c/o AUTODROMO CULIACAN, Culiacan, Sinaloa, Mexico; San Bernardino, Colombia; Iguala, Guerrero, Mexico; Ensenada, Baja California, Mexico; Mexicali, Baja California, Mexico; La Paz, Baja California Sur, Mexico; Avenida Jose Lopez Portillo No. 2031, Culiacan, Sinaloa, Mexico; Calle Antonio Caso No. 500, Colonia Aurora, Culiacan, Sinaloa, Mexico; Calle Amapola No. 12, Colonia 10 de Mayo, Culiacan, Sinaloa, Mexico; Calle Venustiano Carranza No. 34, Colonia Centro, Comondu, Baja California Sur, Mexico; Avenida Delante No. 1806, Colonia Miguel Hidalgo, Ensenada, Baja

California, Mexico; DOB 14 Nov 1968; alt. DOB 14 Nov 1966; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. AEOM-681114-818 (Mexico) (individual) [SDNTK].

AVENS, Pjotrs (a.k.a. AVEN, Peter Olegovich; a.k.a. AVEN, Petr Olegovich (Cyrillic: АВЕН, Пётр Олегович); a.k.a. AVEN, Pjotr; a.k.a. AVEN, Pyotr), Surrey, United Kingdom; Moscow, Russia; Latvia; DOB 16 Mar 1955; POB Moscow, Russia; nationality Russia; alt. nationality Latvia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770400328495 (Russia) (individual) [RUSSIA-EO14024].

AVERUCA, C.A. (a.k.a. AGENCIA VEHICULOS ESPECIALES RURALES Y URBANOS, C.A.), Calle Paris, Torre Global, Piso 5, Las Mercedes, Caracas, Venezuela [VENEZUELA] (Linked To: SARRIA DIAZ, Rafael Alfredo).

AVERYANOV, Yuriy Timofeevich (a.k.a. AVERYANOV, Yuriy Timofeyevich (Cyrillic: АВЕРЬЯНОВ, Юрий Тимофеевич)), Moscow, Russia; DOB 17 Jan 1950; POB Bender, Moldova; alt. POB Bendery, Moldova; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772918457831 (Russia) (individual) [RUSSIA-EO14024].

AVERYANOV, Yuriy Timofeyevich (Cyrillic: АВЕРЬЯНОВ, Юрий Тимофеевич) (a.k.a. AVERYANOV, Yuriy Timofeevich), Moscow, Russia; DOB 17 Jan 1950; POB Bender, Moldova; alt. POB Bendery, Moldova; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772918457831 (Russia) (individual) [RUSSIA-EO14024].

AVESTO OOO, ul. Gelsingforsskaya d. 3, lit. Z, pomeshch. 411-416, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813618950 (Russia); Registration Number 1187847245520 (Russia) [RUSSIA-EO14024].

AVIA FED SERVICE JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO AVIA FED SERVICE), Pl. Revolyutsii D. 6, Istra 143500, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7710023333 (Russia); Registration Number 1027739037160 (Russia) [RUSSIA-EO14024].

AVIA GROUP LLC (a.k.a. AVIA GROUP LTD), Terminal Aeroport Sheremetyevo Khimki, 141400 Moskovskaya obl., Russia; Website http://www.avia-group.su/; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

AVIA GROUP LTD (a.k.a. AVIA GROUP LLC), Terminal Aeroport Sheremetyevo Khimki, 141400 Moskovskaya obl., Russia; Website http://www.avia-group.su/; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

AVIA GROUP NORD LLC, 17 A, Stratoyava St., Saint Petersburg, Russia; Website http://www.ag-nord.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

AVIA GROUP TERMINAL LIMITED LIABILITY COMPANY (a.k.a. AG TERMINAL OOO; a.k.a. LLC AG TERMINAL; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AVIA GRUPP TERMINAL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АВИА ГРУПП ТЕРМИНАЛ)), Ter. Aeroport Sheremetyevo, Khimki, Moscovskaya Oblast 141400, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: AVIA GROUP LLC).

AVIA IMPORT (a.k.a. ANGLO-CARIBBEAN CO., LTD.), Ibex House, The Minories, London EC3N 1DY, United Kingdom [CUBA].

AVIA TRUST FZE, P.O. Box 54541, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

AVIAAVTOMATIKA NAMED AFTER V. TARASOV JSC (a.k.a. LLC EXPERIMENTAL DESIGN OFFICE AVIAAUTOMATIKA), Zapolnaya st., 47, Kursk 305040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Oct 2006; Tax ID No. 4632071042 (Russia); Registration Number 1064632050152 (Russia) [RUSSIA-EO14024].

AVIACON AIR CARGO (a.k.a. AIR COMPANY AVIACON ZITOTRANS; a.k.a. AO AK AVIAKON TSITOTRANS; a.k.a. JSC AVIACON ZITOTRANS; a.k.a. OAO AVIAKOMPANIYA AVIAKON TSITOTRANS (Cyrillic: ОАО АВИАКОМПАНИЯ АВИАКОН ЦИТОТРАНС)), Ul. Belinskogo D. 56, Pom. 605, Yekaterinburg 620026, Russia; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Organization Established Date 02 Jun 1995; Organization Type: Freight air transport; Tax ID No. 6658039390 (Russia); Registration Number 1026602311240 (Russia) [RUSSIA-EO14024].

AVIAKOMPANIYA BELKANTO LLC (Cyrillic: ООО АВИАКОМПАНИЯ БЕЛКАНТО) (a.k.a. BELCANTO AIRLINES; a.k.a. BELCANTO AIRLINES LLC; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU BELKANTO), 42, room 3H, Nemiga St., Minsk 220004, Belarus; 29, pom. 11, izolirovannoe pomeshchenie, kabinet 4, ul. Surganova, Minsk 220012, Belarus; Organization Established Date 03 Aug 2020; Organization Type: Freight air transport; Tax ID No. 193453339 (Belarus) [BELARUS-EO14038].

AVIAKOMPANIYA DALNEVOSTOCHNAYA KSM OOO (a.k.a. LIMITED LIABILITY COMPANY AVIAKOMPANIYA DALNEVOSTOCHNAYA KSM), ul. Pionerskaya d. 39, pomeshch. 1001, Komsomolsk-on-Amur 681000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Oct 2014; Organization Type: Freight air transport; Tax ID No. 2703080980 (Russia); Registration Number 1142703004014 (Russia) [RUSSIA-EO14024] (Linked To: ALIEV, Murat Magomedovich).

AVIAKOMPANIYA KHORS, TOV (a.k.a. KHORS AIR; a.k.a. KHORS AIRCOMPANY; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'AVIAKOMPANIYA 'KHORS'; a.k.a. "HORS AIRLINES LTD."), 60 Volunska Street, Kiev 03151, Ukraine; Bud. 34 Bul.Lesi Ukrainky, Kyiv 01133, Ukraine; Lesi Ukraini Bulvar 34, Kiev 252133, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Government Gazette Number 04937956 (Ukraine) [SDGT] [IFSR].

AVIAKOMPANIYA RADA LLC (a.k.a. AVIAKOMPANIYA RADA, OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AVIAKOMPANIYA RADA; a.k.a. RADA AIRLINES LLC), 16, pom. 411, 412, ul. Lozhinskaya, Minsk 220125, Belarus; 35 Starinovskaya St., Office 3N, Minsk 220056, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Apr 2015; Organization Type: Freight air transport; Tax ID

No. 192457896 (Belarus) [RUSSIA-EO14024] [BELARUS-EO14038].

AVIAKOMPANIYA RADA, OOO (a.k.a. AVIAKOMPANIYA RADA LLC; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AVIAKOMPANIYA RADA; a.k.a. RADA AIRLINES LLC), 16, pom. 411, 412, ul. Lozhinskaya, Minsk 220125, Belarus; 35 Starinovskaya St., Office 3N, Minsk 220056, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Apr 2015; Organization Type: Freight air transport; Tax ID No. 192457896 (Belarus) [RUSSIA-EO14024] [BELARUS-EO14038].

AVIAKOMPANIYA TRANSAVIAEKSPORT OAO (f.k.a. AAT AVIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: ААТ АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. AAT TAE AVIYA (Cyrillic: ААТ ТАЕ АВІЯ); f.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA AVIIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA TAE AVIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ТАЕ АВІЯ); a.k.a. JOINT STOCK COMPANY TRANSAVIAEXPORT AIRLINES; a.k.a. JSC TRANSAVIAEXPORT AIRLINES; f.k.a. OAO AVIAKOMPANIYA TRANSAVIAEKSPORT (Cyrillic: ОАО АВИАКОМПАНИЯ ТРАНСАВИАЭКСПОРТ); a.k.a. OAO TAE AVIA (Cyrillic: ОАО ТАЕ АВИА); f.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO AVIAKOMPANIYA TRANSAVIAEKSPORT; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO TAE AVIA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАЕ АВИА); a.k.a. TRANSAVIAEXPORT AIRLINES), 44, Zakharova Str., Minsk 220034, Belarus (Cyrillic: Ул. Захарова, 44, Минск 220034, Belarus); d. 11, Ul. Pervomayskaya, Minsk 220034, Belarus (Cyrillic: д. 11, ул. Первомайская, Минск 220034, Belarus); Organization Established Date 28 Dec 1992; Registration Number 100027245 (Belarus) [BELARUS-EO14038].

AVIAKOMPANIYA VOLGA DNEPR (a.k.a. LIMITED LIABILITY COMPANY VOLGA DNEPR AIRLINES; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU AVIAKOMPANIIA VOLGA DNEPR), D. 14 Karbysheva ul., Ulyanovsk 432072, Russia; 28B

Mezhdunarodnoe sh., str. 2, et. 4 kom. 443, Moscow 141400, Russia; Hanoi, Vietnam; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Freight air transport; Tax ID No. 7328510118 (Russia); Registration Number 1077328004841 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

AVIALEASING INVEST (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU AVIALIZING INVEST; a.k.a. OOO AVIALIZING INVEST), Ul. Malaya Dmitrovka D. 29, Str. 3, Moscow 127006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707324429 (Russia); Registration Number 1037707020966 (Russia) [RUSSIA-EO14024].

AVIANDINA S.A.C., Avenida Jose Pardo 601, Lima, Peru; RUC # 20423916541 (Peru) [SDNTK].

AVIASTAR-SP (a.k.a. AO AVIASTAR-SP; a.k.a. AVIASTAR-SP AIRCRAFT MANUFACTURING ENTERPRISE; a.k.a. JOINT STOCK COMPANY AVIASTAR-SP; a.k.a. JSC AVIASTAR-SP (Cyrillic: АО АВИАСТАР-СП)), Antonova Avenue 1, Ulyanovsk 432072, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7328032711 (Russia) [RUSSIA-EO14024].

AVIASTAR-SP AIRCRAFT MANUFACTURING ENTERPRISE (a.k.a. AO AVIASTAR-SP; a.k.a. AVIASTAR-SP; a.k.a. JOINT STOCK COMPANY AVIASTAR-SP; a.k.a. JSC AVIASTAR-SP (Cyrillic: АО АВИАСТАР-СП)), Antonova Avenue 1, Ulyanovsk 432072, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7328032711 (Russia) [RUSSIA-EO14024].

AVIATECH FZC (Arabic: افياتك), 176c Savanoriu Ave., Vilnius, Lithuania; T5-050, SAIF Zone, Sharjah, United Arab Emirates; FSM Bulvari Cadde 224A Blok No:25, Nilufer, Bursa, Turkey (Latin: FSM Bulvari Cadde 224A Blok No:25, Nilüfer, Bursa, Turkey); 1517 9th Avenue, Suite 2, Houston, TX 77011, United States; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 23302 (United Arab Emirates) [RUSSIA-EO14024].

AVIATION CAPITAL SOLUTIONS LTD., 50 St. Leonards Road, Bexhill on Sea, East Sussex, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR).

AVIATRADE LLC (a.k.a. AVIATREID, OOO; a.k.a. LIMITED LIABILITY COMPANY AVIATRADE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АВИАТРЭЙД)), d. 59 kv. 228, ul., Kholmogorova, Izhevsk, Udmurtia Republic 426065, Russia; Organization Established Date 31 Mar 2017 [SUDAN-EO14098].

AVIATRANS ANSTALT (a.k.a. AVIATRANS ESTABLISHMENT), Ruggell, Liechtenstein [IRAQ2].

AVIATRANS ESTABLISHMENT (a.k.a. AVIATRANS ANSTALT), Ruggell, Liechtenstein [IRAQ2].

AVIATREID, OOO (a.k.a. AVIATRADE LLC; a.k.a. LIMITED LIABILITY COMPANY AVIATRADE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АВИАТРЭЙД)), d. 59 kv. 228, ul., Kholmogorova, Izhevsk, Udmurtia Republic 426065, Russia; Organization Established Date 31 Mar 2017 [SUDAN-EO14098].

AVICAL S.A., Transversal 72 No. 16 - 11, Glorieta de Milan, Manizales, Caldas, Colombia; Carrera 18 No. 30 - 65, Manizales, Caldas, Colombia; Calle 161 No. 91A - 53, Bogota, Cundinamarca, Colombia; Medellin, Antioquia, Colombia; Dosquebradas, Risaralda, Colombia; NIT # 810006556-9 (Colombia) [SDNTK].

AVIEK LIMITED LIABILITY COMPANY, Ul. Chernyakhovskogo D. 16, Et 2 Porn. II Korn 2208, Moscow 125319, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Feb 2017; Tax ID No. 7714976626 (Russia); Registration Number 1177746187190 (Russia) [RUSSIA-EO14024].

AVILA DE LA ROCHA, Maria Monserrate (a.k.a. AVILA ROCHA, Maria Monserrat (Latin: ÁVILA ROCHA, María Monserrat); a.k.a. AVILA ROCHA, Maria Monserrate), Genaro Estrada, Sinaloa, Sinaloa 81960, Mexico; DOB 11 Feb 1960; citizen Mexico; Gender Female; I.F.E. AVRCMN60021125M800 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

AVILA ROCHA, Maria Monserrat (Latin: ÁVILA ROCHA, María Monserrat) (a.k.a. AVILA DE LA ROCHA, Maria Monserrate; a.k.a. AVILA ROCHA, Maria Monserrate), Genaro Estrada, Sinaloa, Sinaloa 81960, Mexico; DOB 11 Feb 1960; citizen Mexico; Gender Female; I.F.E.

AVRCMN60021125M800 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

AVILA ROCHA, Maria Monserrate (a.k.a. AVILA DE LA ROCHA, Maria Monserrate; a.k.a. AVILA ROCHA, Maria Monserrat (Latin: ÁVILA ROCHA, María Monserrat)), Genaro Estrada, Sinaloa, Sinaloa 81960, Mexico; DOB 11 Feb 1960; citizen Mexico; Gender Female; I.F.E. AVRCMN60021125M800 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

AVILA VILLADIEGO, Jobanis de Jesus (a.k.a. "CHIQUITO MALO"), Turbo, Antioquia, Colombia; DOB 10 Apr 1977; POB San Pedro de Uraba, Antioquia, Colombia; nationality Colombia; citizen Colombia; Gender Male; Cedula No. 71987498 (Colombia) (individual) [ILLICIT-DRUGS-EO14059].

AVILES CASTILLO, Julio Cesar, Managua, Nicaragua; DOB 11 Aug 1956; POB Nicaragua; nationality Nicaragua; Gender Male; Passport A00000371 (Nicaragua) (individual) [NICARAGUA].

AVILES, Jesus Labra (a.k.a. LABRA AVILES, Jesus Abraham; a.k.a. "CHUY LABRA"); DOB 1945; nationality Mexico (individual) [SDNTK].

AVINEX GLOBAL LIMITED, Room 1005C, Fortune Harbor International Center, No. 1084, Baoyuan Road, Xixiang Street, Baoan District, Shenzhen 518102, China; Rm A1-13, Blk A 3/F, Yee Lim Ind Ctr, 2-28 Kwai Lok St,, Kwai Chung, NT, Hong Kong, China; Website avinextech.com; Email Address sales@avinextech.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Apr 2023; C.R. No. 3267782 (Hong Kong); Business Registration Number 75202722 (Hong Kong) [RUSSIA-EO14024].

AVISION SHIPPING SERVICES PRIVATE LIMITED, Flat No 0101, Tower-7, M03M MerlinSec-7 Gurugram, Haryana 122018, India; Unit B, Ground Floor, 112, Udyog Vihar, Gurugram, Haryana 122022, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; C.I.N. U63030HR2022PTC105597 (India); Identification Number IMO 6454662 [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ARCTIC LNG 2).

AVITEK VYATSKOE MACHINE BUILDING ENTERPRISE JSC (a.k.a. AO VMP AVITEK; a.k.a. JOINT STOCK COMPANY VYATSKOYE MASHINOSTROITELNOYE PREDPRIYATIYE AVITEK; a.k.a. JSC VMP AVITEC; a.k.a. JSC VMP AVITEK; a.k.a. VYATKA MACHINERY PLANT AVITEC JSC), 1A Prospekt Oktyabrskiy, Kirov, Kirov Oblast 610047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4345047310 (Russia); Registration Number 1024301320977 (Russia) [RUSSIA-EO14024].

AVIV GRUPP (a.k.a. AVIV LLC), Nikoloyamskaya St., 16/2, bldg. 6, Moscow 109240, Russia; Ul. 2-ya Karacharovskaya D. 1, str. 1, et. 2, kom 39, Moscow 109202, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722837270 (Russia); Registration Number 1147746259924 (Russia) [RUSSIA-EO14024].

AVIV LLC (a.k.a. AVIV GRUPP), Nikoloyamskaya St., 16/2, bldg. 6, Moscow 109240, Russia; Ul. 2-ya Karacharovskaya D. 1, str. 1, et. 2, kom 39, Moscow 109202, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722837270 (Russia); Registration Number 1147746259924 (Russia) [RUSSIA-EO14024].

AVKSENTIEVA, Sardana Vladimirovna (Cyrillic: АВКСЕНТЬЕВА, Сардана Владимировна), Russia; DOB 02 Jul 1970; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AVRAMENKO, Aleksey (a.k.a. AURAMENKA, Aliaksei Mikalaevich (Cyrillic: АЎРАМЕНКА, Аляксей Мікалаевіч); a.k.a. AVRAMENKO, Aleksey Nikolaevich; a.k.a. AVRAMENKO, Alexey Nikolaevich (Cyrillic: АВРАМЕНКО, Алексей Николаевич)), Minsk, Belarus; DOB 11 May 1977; POB Minsk, Belarus; nationality Belarus; Gender Male; Passport MP3102183 (Belarus) National ID No. 3110577A020PB2 (Belarus) (individual) [BELARUS-EO14038].

AVRAMENKO, Aleksey Nikolaevich (a.k.a. AURAMENKA, Aliaksei Mikalaevich (Cyrillic: АЎРАМЕНКА, Аляксей Мікалаевіч); a.k.a. AVRAMENKO, Aleksey; a.k.a. AVRAMENKO, Alexey Nikolaevich (Cyrillic: АВРАМЕНКО, Алексей Николаевич)), Minsk, Belarus; DOB 11 May 1977; POB Minsk, Belarus; nationality Belarus; Gender Male; Passport MP3102183 (Belarus) National ID No. 3110577A020PB2 (Belarus) (individual) [BELARUS-EO14038].

AVRAMENKO, Alexey Nikolaevich (Cyrillic: АВРАМЕНКО, Алексей Николаевич) (a.k.a. AURAMENKA, Aliaksei Mikalaevich (Cyrillic: АЎРАМЕНКА, Аляксей Мікалаевіч); a.k.a. AVRAMENKO, Aleksey; a.k.a. AVRAMENKO, Aleksey Nikolaevich), Minsk, Belarus; DOB 11 May 1977; POB Minsk, Belarus; nationality Belarus; Gender Male; Passport MP3102183 (Belarus); National ID No. 3110577A020PB2 (Belarus) (individual) [BELARUS-EO14038].

AVRORA CAPITAL SRO, Eliasova 964/24, Prague 16000, Czech Republic; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Jan 2007; Tax ID No. CZ27649598 (Czech Republic); Registration Number C 121509 (Czech Republic) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

AVRORA JSC (a.k.a. CONCERN AVRORA SCIENTIFIC AND PRODUCTION ASSOCIATION JSC; a.k.a. JOINT STOCK COMPANY CONCERN AVRORA SCIENTIFIC AND PRODUCTION ASSOCIATION; a.k.a. JOINT STOCK COMPANY CONCERN RESEARCH AND PRODUCTION ASSOCIATION AVRORA), 15 Karbysheva Str., Saint Petersburg 194021, Russia; 10 Nikolskaya Str., Shopping and Office Center Nikolskaya Plaza, Office No. 406, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Feb 2009; Tax ID No. 7802463197 (Russia); Registration Number 1097847058143 (Russia) [RUSSIA-EO14024].

AVTEX SEMICONDUCTOR LIMITED, 1703A, Block C, CEC Building, 2070 Shennan Middle Road, Huaqiang North, Futian District, Shenzhen, Guangdong 518031, China; Room 1003A, Fortune Harbor International Center, No. 1084 Baoyuan Road, Xixiang Street, Baoan District, Shenzhen, Guangdong 518102, China; No. 2070 Electronic Technology Building, Shennan Road, Futian District, Shenzhen, Guangdong, China; Building A, Minsheng 2nd Road, Liukeng New Village, Shiyan Street, Baoan District, Shenzhen, Guangdong, China; Room 836, 8/F Bailey Commercial Centre, 87-105 Chatham Road South, Tsim Sha Tsui, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Sep 2020; Company Number 2980184 (Hong Kong) [RUSSIA-EO14024].

AVTODOM LTD (a.k.a. OOO AVTODOM), Moskovskoe Highway, 8, Ulyanovsk 432000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

7327058837 (Russia); Registration Number 1117327001220 (Russia) [RUSSIA-EO14024].

AVTODOR GK (a.k.a. GOSUDARSTVENNAYA KOMPANIYA AVTODOR; a.k.a. GOSUDARSTVENNAYA KOMPANIYA ROSSISKIE AVTOMOBILNYE DOROGI; a.k.a. RUSSIAN HIGHWAYS STATE COMPANY), B-R Strastnoi D. 9, Moscow 127006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Aug 2009; Tax ID No. 7717151380 (Russia); Government Gazette Number 94158138 (Russia); Registration Number 1097799013652 (Russia) [RUSSIA-EO14024].

AVTOMATIZATSIYA I SVYAZ SERVICE (a.k.a. LIMITED LIABILITY COMPANY AUTOMIZATION AND COMMUNICATION SERVICE), Ul. 9P D. 25, Kabinet 1, Nizhnevartovsk 628624, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8605016748 (Russia); Registration Number 1038602103671 (Russia) [RUSSIA-EO14024].

AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA DOPOLNITELNOGO PROFESSIONALNOGO OBRAZOVANIYA UCHEBNYI TSENTR ESHELON (a.k.a. AUTONOMOUS NON-PROFIT ORGANIZATION OF ADDITIONAL PROFESSIONAL EDUCATION ECHELON TRAINING CENTER (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ДОПОЛНИТЕЛЬНОГО ПРОФЕССИОНАЛЬНОГО ОБРАЗОВАНИЯ УЧЕБНЫЙ ЦЕНТР ЭШЕЛОН); a.k.a. UCHEBNY TSENTR ESHELON, ANO), Ul. Elektrozavodskaya d. 24, str. 1, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Oct 2008; Tax ID No. 7718271218 (Russia); Registration Number 1087799033519 (Russia) [RUSSIA-EO14024].

AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA PO RAZVITIYU TSIFROVYKH PROEKTOV V SFERE OBSHCHESTEVENNYKH SVYAZEI I KOMMUNIKATSII DIALOG REGIONY (a.k.a. ANO DIALOG REGIONS (Cyrillic: АНО ДИАЛОГ РЕГИОНЫ); a.k.a. AUTONOMOUS NON-PROFIT ORGANIZATION DIALOG REGIONS (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ДИАЛОГ РЕГИОНЫ); a.k.a. AUTONOMOUS NON-PROFIT ORGANIZATION FOR THE DEVELOPMENT OF DIGITAL PROJECTS IN THE FIELD OF PUBLIC RELATIONS AND COMMUNICATIONS DIALOG REGIONS (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ПО РАЗВИТИЮ ЦИФРОВЫХ ПРОЕКТОВ В СФЕРЕ ОБЩЕСТВЕННЫХ СВЯЗЕЙ И КОММУНИКАЦИЙ ДИАЛОГ РЕГИОНЫ); a.k.a. "DIALOG REGIONY"; a.k.a. "DIALOGUE"; a.k.a. "DIALOGUE REGIONS"), Ul. Timura Frunze, D. 11, Str. 1, Floor 1, Pomeshch. I, Kom. 2, Moscow 119021, Russia; Website www.dialog.info; alt. Website www.dialog-regions.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jul 2020; Tax ID No. 9709063550 (Russia); Business Registration Number 1207700248030 (Russia) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NON-PROFIT ORGANIZATION DIALOG).

AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA PO RAZVITIYU TSIFROVYKH PROEKTOV V SFERE OBSHCHESTVENNYKH SVYAZEI I KOMMUNIKATSII DIALOG (a.k.a. ANO DIALOG (Cyrillic: АНО ДИАЛОГ); a.k.a. AUTONOMOUS NON-PROFIT ORGANIZATION DIALOG (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ДИАЛОГ); a.k.a. NON-PROFIT ORGANIZATION FOR THE DEVELOPMENT OF DIGITAL PROJECTS IN THE FIELD OF PUBLIC RELATIONS AND COMMUNICATIONS DIALOG (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ПО РАЗВИТИЮ ЦИФРОВЫХ ПРОЕКТОВ В СФЕРЕ ОБЩЕСТВЕННЫХ СВЯЗЕЙ И КОММУНИКАЦИЙ ДИАЛОГ); a.k.a. "DIALOG" (Cyrillic: "ДИАЛОГ"); a.k.a. "DIALOGUE"), Ul. Timura Frunze, D. 11, Str. 1, Floor 1, Pomeshch. VI Kom. 14, Moscow 119021, Russia; Website www.anodialog.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Nov 2019; Tax ID No. 9709056472 (Russia); Business Registration Number 1197700016414 (Russia) [RUSSIA-EO14024].

AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA SODEYSTVIYA RAZVITIYU MEZHDUNARODNOVO SOTRUDNICHESTVA EVRAZIYA (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ СОДЕЙСТВИЯ РАЗВИТИЮ МЕЖДУНАРОДНОГО СОТРУДНИЧЕСТВА ЕВРАЗИЯ) (a.k.a. ANO EVRAZIYA (Cyrillic: АНО ЕВРАЗИЯ); a.k.a. NKO EVRAZIYA (Cyrillic: НКО ЕВРАЗИЯ)), Suite 4/P, 7 Krasnoproletarskaya Street, Moscow 127006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Apr 2024; Tax ID No. 9707028663 (Russia); Registration Number 1247700291200 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

AVTONOMNOE UCHREZHDENIE TEKHNOPARK MORDOVIYA (a.k.a. TECHNOPARK MORDOVIA), ul. Lodygina D. 3, Saransk 430034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1326211834 (Russia); Registration Number 1091326002020 (Russia) [RUSSIA-EO14024].

AVTUKHOV, Mikhail Olegovich (Cyrillic: АВТУХОВ, Михаил Олегович), Russia; DOB 13 Oct 1974; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

AW MOHAMMED, Ahmed Abdi (a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. "ABU ZUBEYR"; a.k.a. "GODANE"; a.k.a. "GODANI"; a.k.a. "SHAYKH MUKHTAR"); DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AW MOHAMMED, Ahmed Abdi (a.k.a. ABU ZUBEYR, Muktar Abdirahman; a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. AW-MOHAMUD, Ahmed Abdi; a.k.a. "GODANE"; a.k.a. "GODANI"; a.k.a. "MUKHTAR, Shaykh"; a.k.a. "ZUBEYR, Abu"); DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia (individual) [SOMALIA].

AWAAD, Mohamedsherif Mohamed Mohamed (a.k.a. AWAAD, Muhammad Sharif Muhammad Muhammad; a.k.a. AWADD, Mohamed Sherif Mohamed Mohamed), Brazil; DOB 08 Jul 1973; nationality Egypt; alt. nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A17058452

(Egypt); Tax ID No. 713.286.841-13 (Brazil) (individual) [SDGT].

AWAAD, Muhammad Sharif Muhammad Muhammad (a.k.a. AWAAD, Mohamedsherif Mohamed Mohamed; a.k.a. AWADD, Mohamed Sherif Mohamed Mohamed), Brazil; DOB 08 Jul 1973; nationality Egypt; alt. nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A17058452 (Egypt); Tax ID No. 713.286.841-13 (Brazil) (individual) [SDGT].

AWAD, Kamal (a.k.a. AWAD, Kamal Abdelrahman Aref), Gaza, Palestinian; DOB 07 Aug 1978; POB Nablus, West Bank; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 905037545 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AWAD, Kamal Abdelrahman Aref (a.k.a. AWAD, Kamal), Gaza, Palestinian; DOB 07 Aug 1978; POB Nablus, West Bank; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 905037545 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AWAD, Muhammad (a.k.a. ABBUD, Bin Muhammad Awad; a.k.a. ABUD, Sa'ad Muhammad Awad; a.k.a. ADBUD, Muhammad 'Awad; a.k.a. BAABOOD, Sa'ad Muhammad; a.k.a. BIN LADEN, Sa'ad; a.k.a. BIN LADEN, Sad; a.k.a. "AL-KAHTANE, Abdul Rahman"); DOB 1982; POB Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 520951 (Sudan); alt. Passport 530951 (Sudan) (individual) [SDGT].

AWAD, Munir A. (a.k.a. AL-KUBAISI, Muneer; a.k.a. AL-KUBAYSI, Munir; a.k.a. AL-QUBAYSI, Munir; a.k.a. AWAD, Munir Mamduh), Syria; DOB 1966; POB Heet, Iraq; nationality Iraq (individual) [IRAQ2].

AWAD, Munir Mamduh (a.k.a. AL-KUBAISI, Muneer; a.k.a. AL-KUBAYSI, Munir; a.k.a. AL-QUBAYSI, Munir; a.k.a. AWAD, Munir A.), Syria; DOB 1966; POB Heet, Iraq; nationality Iraq (individual) [IRAQ2].

AWADALLAH, Nazar Muhammad Mahmud (a.k.a. AWADALLAH, Nizar Bin Mohammed; a.k.a. AWADALLAH, Nizar M; a.k.a. AWADALLAH, Nizar Mohammed; a.k.a. "AWAD ALLAH, Nizar"), Sheikh Radwad, Gaza City,

Gaza; DOB 11 Dec 1957; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 931005433 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AWADALLAH, Nizar Bin Mohammed (a.k.a. AWADALLAH, Nazar Muhammad Mahmud; a.k.a. AWADALLAH, Nizar M; a.k.a. AWADALLAH, Nizar Mohammed; a.k.a. "AWAD ALLAH, Nizar"), Sheikh Radwad, Gaza City, Gaza; DOB 11 Dec 1957; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 931005433 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AWADALLAH, Nizar M (a.k.a. AWADALLAH, Nazar Muhammad Mahmud; a.k.a. AWADALLAH, Nizar Bin Mohammed; a.k.a. AWADALLAH, Nizar Mohammed; a.k.a. "AWAD ALLAH, Nizar"), Sheikh Radwad, Gaza City, Gaza; DOB 11 Dec 1957; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 931005433 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AWADALLAH, Nizar Mohammed (a.k.a. AWADALLAH, Nazar Muhammad Mahmud; a.k.a. AWADALLAH, Nizar Bin Mohammed; a.k.a. AWADALLAH, Nizar M; a.k.a. "AWAD ALLAH, Nizar"), Sheikh Radwad, Gaza City, Gaza; DOB 11 Dec 1957; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 931005433 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AWADD, Mohamed Sherif Mohamed Mohamed (a.k.a. AWAAD, Mohamedsherif Mohamed Mohamed; a.k.a. AWAAD, Muhammad Sharif Muhammad Muhammad), Brazil; DOB 08 Jul 1973; nationality Egypt; alt. nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A17058452 (Egypt); Tax ID No. 713.286.841-13 (Brazil) (individual) [SDGT].

AWADH, Omar (a.k.a. OMAR, Omar Awadh; a.k.a. SAHAL, Omar); DOB 20 Sep 1973; POB Mombasa, Kenya; Passport A764712 (Kenya) expires 27 Mar 2013; alt. Passport B002271 (Kenya); alt. Passport KE007776 expires Aug

2009; Possibly Located in Kenya (individual) [SOMALIA].

AWALE, Mohamed Jumale Ali, Langata Royal Park Lr 19952/476, Nairobi West/P.O. Box 634-00100, Nairobi, Kenya; DOB 07 Jul 1959; alt. DOB 31 Dec 1959; alt. DOB 01 Jan 1959; POB Mombasa, Kenya; nationality Somalia; alt. nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 5964769 (Kenya) (individual) [SDGT] (Linked To: AL-SHABAAB).

AWAN, Paul Malong (a.k.a. ANEI, Paul Malong Awan; a.k.a. MALONG, Bol; a.k.a. MALONG, Paul; a.k.a. MALONG, Paul Awan), Warawar, Aweil County, Northern Bahr el-Ghazal, South Sudan; Juba, South Sudan; Kampala, Uganda; Addis Ababa, Ethiopia; P.O. Box 73699, Nairobi 00200, Kenya; DOB 02 Jan 1962; alt. DOB 04 Dec 1960; alt. DOB 12 Apr 1960; alt. DOB 30 Jan 1960; POB Malualkon, Sudan; alt. POB Malualkon, South Sudan; alt. POB Warawar, Sudan; alt. POB Warawar, South Sudan; nationality South Sudan; alt. nationality Uganda; Gender Male; Passport S00004370 (South Sudan); alt. Passport D00001369 (South Sudan); alt. Passport 003606 (Sudan); alt. Passport 00606 (Sudan); alt. Passport B002606 (Sudan); Former Sudan People's Liberation Army Chief of General Staff (individual) [SOUTH SUDAN].

AWDA, Abd Al Aziz; DOB 1946; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Chief Ideological Figure of PALESTINIAN ISLAMIC JIHAD - SHIQAQI (individual) [SDGT].

AWES, Hassan Dahir (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Shaykh Hassan Dahir; a.k.a. AWEYES, Hassen Dahir; a.k.a. AWEYS, Ahmed Dahir; a.k.a. AWEYS, Hassan Dahir; a.k.a. AWEYS, Sheikh; a.k.a. AWEYS, Sheikh Hassan Dahir; a.k.a. DAHIR, Aweys Hassan; a.k.a. IBRAHIM, Mohammed Hassan; a.k.a. OAIS, Hassan Tahir; a.k.a. UWAYS, Hassan Tahir; a.k.a. "HASSAN, Sheikh"), Somalia; Eritrea; DOB 1935; nationality Somalia; citizen Somalia (individual) [SOMALIA].

AWES, Shaykh Hassan Dahir (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWEYS, Hassan Dahir); DOB 1935; citizen Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AWES, Shaykh Hassan Dahir (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Hassan Dahir; a.k.a. AWEYES, Hassen Dahir; a.k.a. AWEYS, Ahmed Dahir; a.k.a. AWEYS, Hassan Dahir; a.k.a. AWEYS, Sheikh; a.k.a. AWEYS, Sheikh Hassan Dahir; a.k.a. DAHIR, Aweys Hassan; a.k.a. IBRAHIM, Mohammed Hassan; a.k.a. OAIS, Hassan Tahir; a.k.a. UWAYS, Hassan Tahir; a.k.a. "HASSAN, Sheikh"), Somalia; Eritrea; DOB 1935; nationality Somalia; citizen Somalia (individual) [SOMALIA].

AWESOME CONSTRUCTION DESIGN ENGINEERING CO. LTD., Phnom Penh, Cambodia; Tax ID No. L001-901704051 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

AWESOME GLOBAL INVESTMENT GROUP CO. LTD., Phnom Penh, Cambodia; Tax ID No. K002-901705474 (Cambodia) [TCO] (Linked To: PRINCE HOLDING GROUP).

AWESOME SOFTWARE TECHNOLOGIES CO. LTD., Phnom Penh, Cambodia; Tax ID No. K002-901704018 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

AWEX CRYPTO EXPLORER DMCC (a.k.a. CRYPTO EXPLORER DMCC (Arabic: كريبتو إكسبلورر م.د.م.س); Cyrillic: КРИПТО ЭКСПЛОРЕР ДМСИСИ); a.k.a. "AWEX"; a.k.a. "BANKOFF"), 12 Presnenskaya Embankment (Federation Tower), Moscow City, Moscow 123317, Russia; 612 Gold Crest Executive Tower, Jumeirah Lake Towers, Dubai, United Arab Emirates; Website https://www.awex.pro; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Aug 2023; Registration Certificate Number (Dubai) DMCC193946 (United Arab Emirates); License DMCC-852167 (United Arab Emirates); Economic Register Number (CBLS) 11934635 (United Arab Emirates) [RUSSIA-EO14024].

AWEYES, Hassen Dahir (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Hassan Dahir; a.k.a. AWES, Shaykh Hassan Dahir; a.k.a. AWEYS, Ahmed Dahir; a.k.a. AWEYS, Hassan Dahir; a.k.a. AWEYS, Sheikh; a.k.a. AWEYS, Sheikh Hassan Dahir; a.k.a. DAHIR, Aweys Hassan; a.k.a. IBRAHIM, Mohammed Hassan; a.k.a. OAIS, Hassan Tahir; a.k.a. UWAYS, Hassan Tahir; a.k.a. "HASSAN, Sheikh"), Somalia; Eritrea; DOB 1935; nationality Somalia; citizen Somalia (individual) [SOMALIA].

AWEYS, Ahmed Dahir (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Hassan Dahir; a.k.a. AWES, Shaykh Hassan Dahir; a.k.a. AWEYES, Hassen Dahir; a.k.a. AWEYS, Hassan Dahir; a.k.a. AWEYS, Sheikh; a.k.a. AWEYS, Sheikh Hassan Dahir; a.k.a. DAHIR, Aweys Hassan; a.k.a. IBRAHIM, Mohammed Hassan; a.k.a. OAIS, Hassan Tahir; a.k.a. UWAYS, Hassan Tahir; a.k.a. "HASSAN, Sheikh"), Somalia; Eritrea; DOB 1935; nationality Somalia; citizen Somalia (individual) [SOMALIA].

AWEYS, Hassan Dahir (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Shaykh Hassan Dahir); DOB 1935; citizen Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AWEYS, Hassan Dahir (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Hassan Dahir; a.k.a. AWES, Shaykh Hassan Dahir; a.k.a. AWEYES, Hassen Dahir; a.k.a. AWEYS, Ahmed Dahir; a.k.a. AWEYS, Sheikh; a.k.a. AWEYS, Sheikh Hassan Dahir; a.k.a. DAHIR, Aweys Hassan; a.k.a. IBRAHIM, Mohammed Hassan; a.k.a. OAIS, Hassan Tahir; a.k.a. UWAYS, Hassan Tahir; a.k.a. "HASSAN, Sheikh"), Somalia; Eritrea; DOB 1935; nationality Somalia; citizen Somalia (individual) [SOMALIA].

AWEYS, Sheikh (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Hassan Dahir; a.k.a. AWES, Shaykh Hassan Dahir; a.k.a. AWEYES, Hassen Dahir; a.k.a. AWEYS, Ahmed Dahir; a.k.a. AWEYS, Hassan Dahir; a.k.a. AWEYS, Sheikh Hassan Dahir; a.k.a. DAHIR, Aweys Hassan; a.k.a. IBRAHIM, Mohammed Hassan; a.k.a. OAIS, Hassan Tahir; a.k.a. UWAYS, Hassan Tahir; a.k.a. "HASSAN, Sheikh"), Somalia; Eritrea; DOB 1935; nationality Somalia; citizen Somalia (individual) [SOMALIA].

AWEYS, Sheikh Hassan Dahir (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Hassan Dahir; a.k.a. AWES, Shaykh Hassan Dahir; a.k.a. AWEYES, Hassen Dahir; a.k.a. AWEYS, Ahmed Dahir; a.k.a. AWEYS, Hassan Dahir; a.k.a. AWEYS, Sheikh; a.k.a. DAHIR, Aweys Hassan; a.k.a. IBRAHIM, Mohammed Hassan; a.k.a. OAIS, Hassan Tahir; a.k.a. UWAYS, Hassan Tahir; a.k.a. "HASSAN, Sheikh"), Somalia; Eritrea; DOB 1935; nationality Somalia; citizen Somalia (individual) [SOMALIA].

AWF, Awad Ahmad Ibn (a.k.a. AUF, Awad Ibn; a.k.a. AUF, Awad Muhammad Ibn; a.k.a. AUF, Mohammed Ahmed Awad Ibn; a.k.a. AWF, Awad Ibn; a.k.a. NAUF, Awad Mohammed Ahmed Ebni; a.k.a. OAF, Awad Mohamed Ahmed Ibn; a.k.a. OUF, Awad Mohamed Ahmed Ibn); DOB circa 1954; nationality Sudan; Head of Military Intelligence and Security (individual) [DARFUR].

AWF, Awad Ibn (a.k.a. AUF, Awad Ibn; a.k.a. AUF, Awad Muhammad Ibn; a.k.a. AUF, Mohammed Ahmed Awad Ibn; a.k.a. AWF, Awad Ahmad Ibn; a.k.a. NAUF, Awad Mohammed Ahmed Ebni; a.k.a. OAF, Awad Mohamed Ahmed Ibn; a.k.a. OUF, Awad Mohamed Ahmed Ibn); DOB circa 1954; nationality Sudan; Head of Military Intelligence and Security (individual) [DARFUR].

AW-MAHAMUD, Abdiweli (a.k.a. WALAAC, Ina-Waran; a.k.a. YUSUF, Abdiweli Mohamed), Bari, Somalia; DOB 1982; alt. DOB 1981; alt. DOB 1980; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

AW-MOHAMED, Ahmed Abdi (a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. "ABU ZUBEYR"; a.k.a. "GODANE"; a.k.a. "GODANI"; a.k.a. "SHAYKH MUKHTAR"); DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AW-MOHAMED, Ahmed Abdi (a.k.a. ABU ZUBEYR, Muktar Abdirahman; a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. AW-MOHAMUD, Ahmed Abdi; a.k.a. "GODANE"; a.k.a. "GODANI"; a.k.a. "MUKHTAR, Shaykh"; a.k.a. "ZUBEYR, Abu"); DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia (individual) [SOMALIA].

AW-MOHAMUD, Ahmed Abdi (a.k.a. ABU ZUBEYR, Muktar Abdirahman; a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. "GODANE"; a.k.a. "GODANI"; a.k.a. "MUKHTAR, Shaykh"; a.k.a. "ZUBEYR, Abu"); DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia (individual) [SOMALIA].

AXIMU, Memetiming (a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin;

a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 653225197110100533 (China) (individual) [SDGT].

AXIS SALE & MAINTENANCE BUILDINGS, S.A. DE C.V. (a.k.a. AXIS SALE AND MAINTENANCE BUILDINGS, S.A. DE C.V.), Puerto Vallarta, Jalisco, Mexico; Organization Established Date 16 Feb 2018; Organization Type: Real estate activities with own or leased property [ILLICIT-DRUGS-EO14059].

AXIS SALE AND MAINTENANCE BUILDINGS, S.A. DE C.V. (a.k.a. AXIS SALE & MAINTENANCE BUILDINGS, S.A. DE C.V.), Puerto Vallarta, Jalisco, Mexico; Organization Established Date 16 Feb 2018; Organization Type: Real estate activities with own or leased property [ILLICIT-DRUGS-EO14059].

AYA UNIVERSAL TRADING DENIZCILIK KUMANYACILIK LIMAN HIZMETLERI ITHALAT IHRACAT LTD STI (a.k.a. A Y A UNIVERSAL DENIZCILIK KUMANYACILIK LIMAN HIZMETLERI ITHALAT IHRACAT LIMITED SIRKETI), G.M.K. Bulvari Capital Ticaret Merkezi B Blok Kat, Mersin 42250, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 May 2022; Organization Type: Other transportation support activities [RUSSIA-EO14024].

AYACH, Hassan (a.k.a. AYACHE, Hassan Mahmoud; a.k.a. AYACHE, Hassan Mohamad; a.k.a. AYASH, Hassan; a.k.a. AYASH, Hassan Muhammad; a.k.a. AYASH, Hassane), Beirut, Lebanon; DOB 01 May 1963; POB Beirut, Lebanon; nationality Lebanon; citizen Lebanon; Passport RL0361632 (Lebanon) (individual) [SDNTK].

AYACHE, Hassan Mahmoud (a.k.a. AYACH, Hassan; a.k.a. AYACHE, Hassan Mohamad; a.k.a. AYASH, Hassan; a.k.a. AYASH, Hassan Muhammad; a.k.a. AYASH, Hassane), Beirut, Lebanon; DOB 01 May 1963; POB Beirut, Lebanon; nationality Lebanon; citizen Lebanon; Passport RL0361632 (Lebanon) (individual) [SDNTK].

AYACHE, Hassan Mohamad (a.k.a. AYACH, Hassan; a.k.a. AYACHE, Hassan Mahmoud; a.k.a. AYASH, Hassan; a.k.a. AYASH, Hassan Muhammad; a.k.a. AYASH, Hassane), Beirut, Lebanon; DOB 01 May 1963; POB Beirut, Lebanon; nationality Lebanon; citizen Lebanon; Passport RL0361632 (Lebanon) (individual) [SDNTK].

AYACHE, Mahmoud Hassan (a.k.a. AYASH, Hassan), Beirut, Lebanon; DOB 1943; POB Miziara, Lebanon; nationality Lebanon (individual) [SDNTK].

AYAD, Adnan (a.k.a. ADNAN, Ali Ayad; a.k.a. 'IYAD, Adnan 'Ali (Arabic: عدنان علي عياد)), Lebanon; Germany; Morocco; Ethiopia; Iraq; Ghana; Nigeria; Turkey; DOB 10 Mar 1963; alt. DOB 01 Jan 1963; nationality Lebanon; alt. nationality Germany; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0435095 (Lebanon); alt. Passport C3T81VJJX (Germany) (individual) [SDGT] (Linked To: HIZBALLAH).

AYAD, Jaden (a.k.a. AYAD, Jehad; a.k.a. AYAD, Jihad Adnan (Arabic: جهاد عدنان عياد)), Zambia; DOB 26 Nov 1988; nationality Germany; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C480ZRLP5 (Germany) expires 02 Apr 2027; National ID No. 2865885 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AYAD, Jehad (a.k.a. AYAD, Jaden; a.k.a. AYAD, Jihad Adnan (Arabic: جهاد عدنان عياد)), Zambia; DOB 26 Nov 1988; nationality Germany; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C480ZRLP5 (Germany) expires 02 Apr 2027; National ID No. 2865885 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AYAD, Jihad Adnan (Arabic: جهاد عدنان عياد) (a.k.a. AYAD, Jaden; a.k.a. AYAD, Jehad), Zambia; DOB 26 Nov 1988; nationality Germany; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C480ZRLP5 (Germany) expires 02 Apr 2027; National ID No. 2865885 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AYAD, Yosef (a.k.a. AYAD, Yosef de Castro; a.k.a. AYAD, Youssef); DOB 27 Jan 1989; POB Lebanon; nationality Philippines; alt. nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

AYAD, Yosef de Castro (a.k.a. AYAD, Yosef; a.k.a. AYAD, Youssef); DOB 27 Jan 1989; POB Lebanon; nationality Philippines; alt. nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

AYAD, Youssef (a.k.a. AYAD, Yosef; a.k.a. AYAD, Yosef de Castro); DOB 27 Jan 1989; POB Lebanon; nationality Philippines; alt. nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

AYADI CHAFIK, Ben Muhammad (a.k.a. AIADI, Ben Muhammad; a.k.a. AIADY, Ben Muhammad; a.k.a. AYADI SHAFIQ, Ben Muhammad; a.k.a. BIN MUHAMMAD, Ayadi Chafiq), Helene Meyer Ring 10-1415-80809, Munich, Germany; 129 Park Road, NW8, London, United Kingdom; 28 Chaussee de Lille, Mouscron, Belgium; Darvingasse 1/2/58-60, Vienna, Austria; Tunisia; DOB 21 Jan 1963; POB Safais (Sfax), Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AYADI SHAFIQ, Ben Muhammad (a.k.a. AIADI, Ben Muhammad; a.k.a. AIADY, Ben Muhammad; a.k.a. AYADI CHAFIK, Ben Muhammad; a.k.a. BIN MUHAMMAD, Ayadi Chafiq), Helene Meyer Ring 10-1415-80809, Munich, Germany; 129 Park Road, NW8, London, United Kingdom; 28 Chaussee de Lille, Mouscron, Belgium; Darvingasse 1/2/58-60, Vienna, Austria; Tunisia; DOB 21 Jan 1963; POB Safais (Sfax), Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AYADMIROVA, Medni Musaevna (Cyrillic: АЙДАМИРОВА, Медни Мусаевна) (a.k.a. KADYROVA, Medni Musaevna (Cyrillic:

КАДЫРОВА, Медни Мусаевна); a.k.a. KADYROVA, Medny (Cyrillic: КАДЫРОВА, Медни)), Republic of Chechnya, Russia; Moscow, Russia; DOB 07 Sep 1978; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: KADYROV, Ramzan Akhmatovich).

AYAKS OOO (a.k.a. LIMITED LIABILITY COMPANY AYAKS), ul. Bolshaya Yakimanka, d. 22, pom. XIII chast kom. 3, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706809452 (Russia); Registration Number 1147746522582 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

AYALA BARRERA, Rubi Yiceth; DOB 13 Feb 1982; Cedula No. 52784570 (Colombia) (individual) [SDNTK] (Linked To: HERJEZ LTDA.).

AYALA ROMERO, Diego, Mexico; DOB 27 Nov 1974; POB Acatic, Jalisco, Mexico; citizen Mexico; Gender Male; R.F.C. AARD7411274XA (Mexico); C.U.R.P. AARD741127HJCYMG09 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION).

AYAN, Bahaddin (a.k.a. AYAN, Bahattin), Bahcekoy Mah Ihlamur Sk N4 Bahcekoy Sariyer, Istanbul, Turkey; Resit Pasa Birgul Mh Denizbank Ust Sit Yol Sk N29 Istinye, Istanbul, Turkey; DOB 07 Jan 1989; POB Ankara, Turkey; nationality Turkey; citizen Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 37937088634 (Turkey) (individual) [SDGT] (Linked To: ASB GROUP OF COMPANIES LIMITED).

AYAN, Bahattin (a.k.a. AYAN, Bahaddin), Bahcekoy Mah Ihlamur Sk N4 Bahcekoy Sariyer, Istanbul, Turkey; Resit Pasa Birgul Mh Denizbank Ust Sit Yol Sk N29 Istinye, Istanbul, Turkey; DOB 07 Jan 1989; POB Ankara, Turkey; nationality Turkey; citizen Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 37937088634 (Turkey) (individual) [SDGT] (Linked To: ASB GROUP OF COMPANIES LIMITED).

AYAN, Sidki (a.k.a. AYAN, Sitki), Istanbul, Turkey; DOB 01 Jan 1963; POB Golova,

Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 37982087194 (Turkey) expires 20 Apr 2025; alt. Passport U02536259 (Turkey) expires 28 Jun 2021 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AYAN, Sitki (a.k.a. AYAN, Sidki), Istanbul, Turkey; DOB 01 Jan 1963; POB Golova, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 37982087194 (Turkey) expires 20 Apr 2025; alt. Passport U02536259 (Turkey) expires 28 Jun 2021 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AYANDEH BANK, Ayandeh Bank Bldg. Floor 1, 15 Shahid Ahmadian St. (15th St.) Ahmad Ghasir (Bucharest) Ave, Tehran, Iran; SWIFT/BIC AYBKIRTH; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [IRAN-TRA] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

AYARI, Chiheb Ben Mohamed (a.k.a. AL-AYARI, Chiheb Ben Mohamed Ben Mokhtar; a.k.a. "HICHEM ABU HCHEM"), Via di Saliceto n.51/9, Bologna, Italy; DOB 19 Dec 1965; POB Tunis, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L246084 issued 10 Jun 1996 expires 09 Jun 2001 (individual) [SDGT].

AYASH EXCHANGE COMPANY SARL (a.k.a. AYASH XCHANGE CO.; a.k.a. HASSAN AYACH EXCHANGE; a.k.a. HASSAN AYAS PARTNER EXCHANGE CO; a.k.a. HASSAN AYASH EXCHANGE COMPANY; a.k.a. HASSANE AYASH EXCHANGE CO. SARL; a.k.a. MAKDESSI SAYRAFI COMPANY), Madame Curie St., Hamra St., Beirut, Lebanon [SDNTK].

AYASH XCHANGE CO. (a.k.a. AYASH EXCHANGE COMPANY SARL; a.k.a. HASSAN AYACH EXCHANGE; a.k.a. HASSAN AYAS PARTNER EXCHANGE CO; a.k.a. HASSAN AYASH EXCHANGE COMPANY; a.k.a. HASSANE AYASH EXCHANGE CO. SARL; a.k.a. MAKDESSI SAYRAFI COMPANY), Madame Curie St., Hamra St., Beirut, Lebanon [SDNTK].

AYASH, Hassan (a.k.a. AYACHE, Mahmoud Hassan), Beirut, Lebanon; DOB 1943; POB Miziara, Lebanon; nationality Lebanon (individual) [SDNTK].

AYASH, Hassan (a.k.a. AYACH, Hassan; a.k.a. AYACHE, Hassan Mahmoud; a.k.a. AYACHE, Hassan Mohamad; a.k.a. AYASH, Hassan Muhammad; a.k.a. AYASH, Hassane), Beirut, Lebanon; DOB 01 May 1963; POB Beirut, Lebanon; nationality Lebanon; citizen Lebanon; Passport RL0361632 (Lebanon) (individual) [SDNTK].

AYASH, Hassan Muhammad (a.k.a. AYACH, Hassan; a.k.a. AYACHE, Hassan Mahmoud; a.k.a. AYACHE, Hassan Mohamad; a.k.a. AYASH, Hassan; a.k.a. AYASH, Hassane), Beirut, Lebanon; DOB 01 May 1963; POB Beirut, Lebanon; nationality Lebanon; citizen Lebanon; Passport RL0361632 (Lebanon) (individual) [SDNTK].

AYASH, Hassane (a.k.a. AYACH, Hassan; a.k.a. AYACHE, Hassan Mahmoud; a.k.a. AYACHE, Hassan Mohamad; a.k.a. AYASH, Hassan; a.k.a. AYASH, Hassan Muhammad), Beirut, Lebanon; DOB 01 May 1963; POB Beirut, Lebanon; nationality Lebanon; citizen Lebanon; Passport RL0361632 (Lebanon) (individual) [SDNTK].

AYASH, Mostafa Moin Mahmoud (a.k.a. AYASH, Mustafa; a.k.a. AYYASH, Mustafa), Wienerstrasse 20, Linz 4020, Austria; DOB 18 Sep 1992; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K1332951 (Austria) issued 17 Dec 2018 expires 16 Dec 2023; National ID No. 160715450005 (Austria) issued 04 Dec 2018 (individual) [SDGT] (Linked To: GAZA NOW).

AYASH, Mustafa (a.k.a. AYASH, Mostafa Moin Mahmoud; a.k.a. AYYASH, Mustafa), Wienerstrasse 20, Linz 4020, Austria; DOB 18 Sep 1992; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K1332951 (Austria) issued 17 Dec 2018 expires 16 Dec 2023; National ID No. 160715450005 (Austria) issued 04 Dec 2018 (individual) [SDGT] (Linked To: GAZA NOW).

AYDAH TRADING AL AIN (a.k.a. AYDAH TRADING LLC), P.O. Box 89103, Dubai, United Arab Emirates; P.O. Box 16524, Al Ain, Abu Dhabi, United Arab Emirates; Rm. 413, Jumma Bldg., Naif Rd., Deira, Dubai, United Arab

Emirates [TCO] (Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION).

AYDAH TRADING LLC (a.k.a. AYDAH TRADING AL AIN), P.O. Box 89103, Dubai, United Arab Emirates; P.O. Box 16524, Al Ain, Abu Dhabi, United Arab Emirates; Rm. 413, Jumma Bldg., Naif Rd., Deira, Dubai, United Arab Emirates [TCO] (Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION).

AYDAR, Zubayin (a.k.a. AYDAR, Zubayir); DOB 01 Jan 1961; POB Yanikses, Turkey; nationality Turkey (individual) [SDNTK].

AYDAR, Zubayir (a.k.a. AYDAR, Zubayin); DOB 01 Jan 1961; POB Yanikses, Turkey; nationality Turkey (individual) [SDNTK].

AYDIN, Gurhan, Konya, Turkey; DOB 20 Jan 1964; POB Konya, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 30481753270 (Turkey) (individual) [RUSSIA-EO14024] (Linked To: AYTT CNC TAKIM TEZGAHLARI MAKINE SANAYI VE TICARET LIMITED SIRKETI).

AYDIN, Recep Cetin, Konya, Turkey; DOB 14 Nov 1996; POB Selcuklu, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport U14618486 (Turkey) expires 05 Jun 2027; National ID No. 30442754582 (Turkey) (individual) [RUSSIA-EO14024].

AYE, Daw Than Than (a.k.a. AYE, Than Than), Naypyitaw, Burma; DOB 08 Jan 1960; nationality Burma; Gender Female; National ID No. 12LAMANAN089490 (Burma) (individual) [BURMA-EO14014].

AYE, Maung Maung (a.k.a. "AYE, Mg Mg"), Burma; DOB 1962; POB Burma; nationality Burma; Gender Male (individual) [BURMA-EO14014].

AYE, Nu Sein (a.k.a. SEIN, Aye Nu; a.k.a. SEIN, Daw Aye Nu), Naypyitaw, Burma; DOB 24 Mar 1957; POB Sittwe, Burma; nationality Burma; citizen Burma; Gender Female; State Administrative Council Member (individual) [BURMA-EO14014].

AYE, Than Than (a.k.a. AYE, Daw Than Than), Naypyitaw, Burma; DOB 08 Jan 1960; nationality Burma; Gender Female; National ID No. 12LAMANAN089490 (Burma) (individual) [BURMA-EO14014].

AYERAS, Abdul Kareem (a.k.a. AYERAS, Abdul Karem; a.k.a. AYERAS, Abdul Karim; a.k.a. AYERAS, Khalil; a.k.a. AYERAS, Ricardo Abdulkareem; a.k.a. AYERAS, Ricardo Abdulkarim; a.k.a. AYERAS, Ricardo Perez;

a.k.a. AYERAS, Ricky; a.k.a. AYERS, Abdul Karim; a.k.a. PEREZ, Isaac Jay Galang; a.k.a. PEREZ, Jay; a.k.a. "MUJIB, Abdul"), 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; DOB 15 Sep 1973; POB 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AYERAS, Abdul Karem (a.k.a. AYERAS, Abdul Kareem; a.k.a. AYERAS, Abdul Karim; a.k.a. AYERAS, Khalil; a.k.a. AYERAS, Ricardo Abdulkareem; a.k.a. AYERAS, Ricardo Abdulkarim; a.k.a. AYERAS, Ricardo Perez; a.k.a. AYERAS, Ricky; a.k.a. AYERS, Abdul Karim; a.k.a. PEREZ, Isaac Jay Galang; a.k.a. PEREZ, Jay; a.k.a. "MUJIB, Abdul"), 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; DOB 15 Sep 1973; POB 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AYERAS, Abdul Karim (a.k.a. AYERAS, Abdul Kareem; a.k.a. AYERAS, Abdul Karem; a.k.a. AYERAS, Khalil; a.k.a. AYERAS, Ricardo Abdulkareem; a.k.a. AYERAS, Ricardo Abdulkarim; a.k.a. AYERAS, Ricardo Perez; a.k.a. AYERAS, Ricky; a.k.a. AYERS, Abdul Karim; a.k.a. PEREZ, Isaac Jay Galang; a.k.a. PEREZ, Jay; a.k.a. "MUJIB, Abdul"), 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; DOB 15 Sep 1973; POB 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AYERAS, Khalil (a.k.a. AYERAS, Abdul Kareem; a.k.a. AYERAS, Abdul Karem; a.k.a. AYERAS, Abdul Karim; a.k.a. AYERAS, Ricardo Abdulkareem; a.k.a. AYERAS, Ricardo Abdulkarim; a.k.a. AYERAS, Ricardo Perez; a.k.a. AYERAS, Ricky; a.k.a. AYERS, Abdul Karim; a.k.a. PEREZ, Isaac Jay Galang; a.k.a. PEREZ, Jay; a.k.a. "MUJIB, Abdul"), 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; DOB 15 Sep 1973; POB 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines;

nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AYERAS, Ricardo Abdulkareem (a.k.a. AYERAS, Abdul Kareem; a.k.a. AYERAS, Abdul Karem; a.k.a. AYERAS, Abdul Karim; a.k.a. AYERAS, Khalil; a.k.a. AYERAS, Ricardo Abdulkarim; a.k.a. AYERAS, Ricardo Perez; a.k.a. AYERAS, Ricky; a.k.a. AYERS, Abdul Karim; a.k.a. PEREZ, Isaac Jay Galang; a.k.a. PEREZ, Jay; a.k.a. "MUJIB, Abdul"), 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; DOB 15 Sep 1973; POB 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AYERAS, Ricardo Abdulkarim (a.k.a. AYERAS, Abdul Kareem; a.k.a. AYERAS, Abdul Karem; a.k.a. AYERAS, Abdul Karim; a.k.a. AYERAS, Khalil; a.k.a. AYERAS, Ricardo Abdulkareem; a.k.a. AYERAS, Ricardo Perez; a.k.a. AYERAS, Ricky; a.k.a. AYERS, Abdul Karim; a.k.a. PEREZ, Isaac Jay Galang; a.k.a. PEREZ, Jay; a.k.a. "MUJIB, Abdul"), 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; DOB 15 Sep 1973; POB 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AYERAS, Ricardo Perez (a.k.a. AYERAS, Abdul Kareem; a.k.a. AYERAS, Abdul Karem; a.k.a. AYERAS, Abdul Karim; a.k.a. AYERAS, Khalil; a.k.a. AYERAS, Ricardo Abdulkareem; a.k.a. AYERAS, Ricardo Abdulkarim; a.k.a. AYERAS, Ricky; a.k.a. AYERS, Abdul Karim; a.k.a. PEREZ, Isaac Jay Galang; a.k.a. PEREZ, Jay; a.k.a. "MUJIB, Abdul"), 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; DOB 15 Sep 1973; POB 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AYERAS, Ricky (a.k.a. AYERAS, Abdul Kareem; a.k.a. AYERAS, Abdul Karem; a.k.a. AYERAS, Abdul Karim; a.k.a. AYERAS, Khalil; a.k.a. AYERAS, Ricardo Abdulkareem; a.k.a. AYERAS, Ricardo Abdulkarim; a.k.a. AYERAS, Ricardo Perez; a.k.a. AYERS, Abdul Karim;

a.k.a. PEREZ, Isaac Jay Galang; a.k.a. PEREZ, Jay; a.k.a. "MUJIB, Abdul"), 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; DOB 15 Sep 1973; POB 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AYERS, Abdul Karim (a.k.a. AYERAS, Abdul Kareem; a.k.a. AYERAS, Abdul Karem; a.k.a. AYERAS, Abdul Karim; a.k.a. AYERAS, Khalil; a.k.a. AYERAS, Ricardo Abdulkareem; a.k.a. AYERAS, Ricardo Abdulkarim; a.k.a. AYERAS, Ricardo Perez; a.k.a. AYERAS, Ricky; a.k.a. PEREZ, Isaac Jay Galang; a.k.a. PEREZ, Jay; a.k.a. "MUJIB, Abdul"), 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; DOB 15 Sep 1973; POB 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AYINI, Hosein (a.k.a. A'INI, Hosein Omid; a.k.a. A'INI, Husayn), Iran; DOB 15 Jan 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3801669696 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

AYKUT, Alaaddin, Istanbul, Turkey; DOB 03 Jan 1965; POB Kilis, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Identification Number 61516474396 (Turkey) (individual) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

AYMAN, Maalim (a.k.a. ABDI, Nuh Ibrahim; a.k.a. ALI, Abdiaziz Dubow; a.k.a. AYMAN, Ma'alim; a.k.a. AYMAN, Mo'alim; a.k.a. "KABO, Ayman"), Kenya; Badamadow, Lower Juba Region, Somalia; DOB 1973; alt. DOB 1983; POB Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AYMAN, Ma'alim (a.k.a. ABDI, Nuh Ibrahim; a.k.a. ALI, Abdiaziz Dubow; a.k.a. AYMAN, Maalim; a.k.a. AYMAN, Mo'alim; a.k.a. "KABO, Ayman"), Kenya; Badamadow, Lower Juba Region, Somalia; DOB 1973; alt. DOB 1983; POB Kenya; Gender Male; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AYMAN, Mo'alim (a.k.a. ABDI, Nuh Ibrahim; a.k.a. ALI, Abdiaziz Dubow; a.k.a. AYMAN, Maalim; a.k.a. AYMAN, Ma'alim; a.k.a. "KABO, Ayman"), Kenya; Badamadow, Lower Juba Region, Somalia; DOB 1973; alt. DOB 1983; POB Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AYOUB, Ali Abdullah (Arabic: علي عبدالله أيوب); DOB 28 Apr 1952; POB Latakia, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AYOUB, Fatima Abdallah (a.k.a. AYYOUB, Fatima Abdalla; a.k.a. AYYUB, Fatimah 'Abdallah (Arabic: فاطمة عبدالله أيوب)), Second Floor, Hana Building, Mehaniyya Street, Harat Hreik, Lebanon; Knisseh Street, Hijazi Et Issa Building, Harat Hreik, Lebanon; DOB 13 Jul 1983; alt. DOB 28 Apr 1989; POB Baalbek, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2398766 (Lebanon); National ID No. 3578548 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AYOUB, Hawraa (a.k.a. AYYUB, Hawra' 'Abdallah (Arabic: حوراء عبدالله أيوب); a.k.a. KHAFAJA, Hawraa Ayoub), Nabatiyeh, Lebanon; Istanbul, Turkey; Beirut, Lebanon; DOB 07 Aug 1993; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0120320 (Lebanon) expires 17 Oct 2021; alt. Passport RL1933427 (Lebanon) expires 04 Dec 2015; National ID No. 000003169112 (Lebanon); alt. National ID No. 3646702 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AYSSA, Walid (a.k.a. AL HAMIDAN, Mohamad Alsaied; a.k.a. ALHEMEDAN, Mohamad Alsaeed; a.k.a. ALHMEDAN, Mohamad Alsaeed; a.k.a. ALHMIDAN, Mohamad; a.k.a. ALHMIDAN, Mohamad Alsaied; a.k.a. ALUOALII, Mohamad; a.k.a. ALWAKIE,

Mohamad), Turkey; DOB 20 Feb 1976; alt. DOB 13 Feb 1975; alt. DOB 07 Jan 1977; alt. DOB 15 Feb 1976; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N010084435 (Syria); Identification Number N002595610 (Syria); alt. Identification Number 00407L012704 (Syria); alt. Identification Number N0097000224 (Syria); alt. Identification Number L07521 (Syria) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AYTEK, Mustafa Cankat, Turkey; DOB 19 Sep 1980; nationality Turkey; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 51343151980 (Turkey) (individual) [RUSSIA-EO14024] (Linked To: TURKIK UNION DIGITAL TECHNOLOGY TRANSFORMATION OFFICE INCORPORATED COMPANY).

AYTT CNC MACHINE TOOLS SAN TRADE LTD STI (a.k.a. AYTT CNC TAKIM TEZGAHLARI MAKINE SANAYI VE TICARET LIMITED SIRKETI), Ahmet Petekci Caddesi No. 17, P, Fevzicakmak Mahallesi, Karatay, Konya 42050, Turkey; Website www.aytcnc.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Sep 2011; Tax ID No. 1250359686 (Turkey); Trade License No. 39813 (Turkey); Central Registration System Number 0125035968600016 (Turkey) [RUSSIA-EO14024].

AYTT CNC TAKIM TEZGAHLARI MAKINE SANAYI VE TICARET LIMITED SIRKETI (a.k.a. AYTT CNC MACHINE TOOLS SAN TRADE LTD STI), Ahmet Petekci Caddesi No. 17, P, Fevzicakmak Mahallesi, Karatay, Konya 42050, Turkey; Website www.aytcnc.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Sep 2011; Tax ID No. 1250359686 (Turkey); Trade License No. 39813 (Turkey); Central Registration System Number 0125035968600016 (Turkey) [RUSSIA-EO14024].

AYUB, Qari Muhammad (a.k.a. BASHAR, Alhaj Qari Ayub; a.k.a. BASHIR, Ayob; a.k.a. BASHIR, Qari Ayyub), Mir Ali, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1966; alt. DOB 1964; alt. DOB 1969; alt. DOB 1971; nationality Uzbekistan; alt. nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 (individual) [SDGT].

AYUBI, Salahuddin (a.k.a. KHAN, Bahawal), South Waziristan, Pakistan; Paktika, Afghanistan; Zabul, Afghanistan; Helmand, Afghanistan; Kandahar, Afghanistan; DOB 1979; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AYUPOV, Rinat Zaydulayevich (Cyrillic: АЮПОВ, Ринат Зайдулаевич), Russia; DOB 13 Aug 1974; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AYUTO, Siyaat (a.k.a. AYUTO, Siyad; a.k.a. AYUUTO, Siyaad; a.k.a. AYUUTO, Siyat; a.k.a. YUSUF, Siyaad Isaaq), Kamjiron, Somalia; Hargeisa, Somalia; Lower Juba, Somalia; DOB 1981; alt. DOB 1982; POB Beer Xaani, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

AYUTO, Siyad (a.k.a. AYUTO, Siyaat; a.k.a. AYUUTO, Siyaad; a.k.a. AYUUTO, Siyat; a.k.a. YUSUF, Siyaad Isaaq), Kamjiron, Somalia; Hargeisa, Somalia; Lower Juba, Somalia; DOB 1981; alt. DOB 1982; POB Beer Xaani, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

AYUUTO, Siyaad (a.k.a. AYUTO, Siyaat; a.k.a. AYUTO, Siyad; a.k.a. AYUUTO, Siyat; a.k.a. YUSUF, Siyaad Isaaq), Kamjiron, Somalia; Hargeisa, Somalia; Lower Juba, Somalia; DOB 1981; alt. DOB 1982; POB Beer Xaani, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

AYUUTO, Siyat (a.k.a. AYUTO, Siyaat; a.k.a. AYUTO, Siyad; a.k.a. AYUUTO, Siyaad; a.k.a. YUSUF, Siyaad Isaaq), Kamjiron, Somalia; Hargeisa, Somalia; Lower Juba, Somalia; DOB 1981; alt. DOB 1982; POB Beer Xaani, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

AYYASH, Mustafa (a.k.a. AYASH, Mostafa Moin Mahmoud; a.k.a. AYASH, Mustafa), Wienerstrasse 20, Linz 4020, Austria; DOB 18 Sep 1992; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K1332951 (Austria) issued 17 Dec 2018 expires 16 Dec 2023; National ID No. 160715450005 (Austria) issued 04 Dec 2018 (individual) [SDGT] (Linked To: GAZA NOW).

AYYOUB, Fatima Abdalla (a.k.a. AYOUB, Fatima Abdallah; a.k.a. AYYUB, Fatimah 'Abdallah (Arabic: فاطمة عبدالله أيوب)), Second Floor, Hana Building, Mehaniyya Street, Harat Hreik, Lebanon; Knisseh Street, Hijazi Et Issa Building, Harat Hreik, Lebanon; DOB 13 Jul 1983; alt. DOB 28 Apr 1989; POB Baalbek, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2398766 (Lebanon); National ID No. 3578548 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AYYUB, Fatimah 'Abdallah (Arabic: فاطمة عبدالله أيوب) (a.k.a. AYOUB, Fatima Abdallah; a.k.a. AYYOUB, Fatima Abdalla), Second Floor, Hana Building, Mehaniyya Street, Harat Hreik, Lebanon; Knisseh Street, Hijazi Et Issa Building, Harat Hreik, Lebanon; DOB 13 Jul 1983; alt. DOB 28 Apr 1989; POB Baalbek, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2398766 (Lebanon); National ID No. 3578548 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AYYUB, Hawra' 'Abdallah (Arabic: حوراء عبدالله أيوب) (a.k.a. AYOUB, Hawraa; a.k.a. KHAFAJA, Hawraa Ayoub), Nabatiyeh, Lebanon; Istanbul, Turkey; Beirut, Lebanon; DOB 07 Aug 1993; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Passport LR0120320 (Lebanon) expires 17 Oct 2021; alt. Passport RL1933427 (Lebanon) expires 04 Dec 2015; National ID No. 000003169112 (Lebanon); alt. National ID No. 3646702 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AZAD, Khan Mohammad (a.k.a. "AZAD, K M"), Bangladesh; DOB 15 Oct 1974; POB Barisal, Bangladesh; nationality Bangladesh; Gender Male; National ID No. 2650898262191 (Bangladesh) (individual) [GLOMAG] (Linked To: RAPID ACTION BATTALION).

AZADEGAN TRANSPORTATION COMPANY (Arabic: شرکت حمل و نقل آزادگان), Kilometer 9 Jadeh Makhsos, Esteghlal Town, Obeydi Blvd, Jalal Amadegah St, Shahid Hasheminejad, Tehran, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Dec 1990; National ID No. 10101259330 (Iran); Registration Number 81273 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

AZADEH, Ahmad Reza (Arabic: احمد رضا آزاده) (a.k.a. AZADEH, Ahmadreza), Khuzestan Province, Iran; DOB 31 May 1976; POB Ramhormoz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1910107069 (Iran) (individual) [IRAN-HR].

AZADEH, Ahmadreza (a.k.a. AZADEH, Ahmad Reza (Arabic: احمد رضا آزاده)), Khuzestan Province, Iran; DOB 31 May 1976; POB Ramhormoz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1910107069 (Iran) (individual) [IRAN-HR].

AZADFAR, Mansur (a.k.a. AMIRIAN, Amir; a.k.a. EYRLO, Hassan; a.k.a. EYRLOU, Hassan; a.k.a. HASSAN, Abu; a.k.a. IRLOO, Hassan; a.k.a. IRLU, Hasan; a.k.a. IRLU, Hasan Azir), Sanaa, Yemen; DOB 11 Jun 1964; alt. DOB 1959; alt. DOB 1958; alt. DOB 1960; POB Rey, Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0089886348 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AZADKHANI, Amirhossein, Iran; DOB 23 Jan 1996; POB Shemiran, Iran; nationality Iran; Additional Sanctions Information - Subject to

Secondary Sanctions; Gender Male; Passport Y33935483 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

AZAL COMPANY (Arabic: شركة أزال) (a.k.a. AZAL PETROLIC PETROLEUM DERIVATIVES IMPORT), Sana'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Registration Number 19/3218 (Yemen) [SDGT] (Linked To: ANSARALLAH).

AZAL PETROLIC PETROLEUM DERIVATIVES IMPORT (a.k.a. AZAL COMPANY (Arabic: شركة أزال)), Sana'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Registration Number 19/3218 (Yemen) [SDGT] (Linked To: ANSARALLAH).

AZAM, Amir (a.k.a. SHEIKH MOHAMMED, Amir Azam), c/o A A TRADING FZCO, Dubai, United Arab Emirates; Dubai, United Arab Emirates; DOB 02 Nov 1971; POB Chiswick, England; citizen United Arab Emirates; Passport 039856039 (United Kingdom) (individual) [SDNTK].

AZAM, Khalil Mouhamad (a.k.a. AZZAM, Khalil Mohammed; a.k.a. 'AZZAM, Khalil Muhammad; a.k.a. 'AZZAM, Khalil Muhammad Khalil (Arabic: خليل محمد خليل عزام)), Tripoli, Lebanon; DOB 01 Jan 1968; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

AZAM, Sultan Aziz, Afghanistan; DOB 1985; POB Afghanistan; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

A'ZAMI, Majid (Arabic: مجید اعظمی), Iran; DOB 06 Jan 1983; POB Esfahan, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1287272045 (Iran) (individual) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

AZAMI, Reza Mousavi (a.k.a. AZAMI, Seyed Reza Mousavi (Arabic: سید رضا موسوی اعظمی)), Iran; DOB 05 May 1971; nationality Iran; Additional Sanctions Information - Subject to

Secondary Sanctions; Gender Male; Passport Y53914437 (Iran) (individual) [IRAN-HR] (Linked To: SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES).

AZAMI, Seyed Reza Mousavi (Arabic: سید رضا موسوی اعظمی) (a.k.a. AZAMI, Reza Mousavi), Iran; DOB 05 May 1971; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Y53914437 (Iran) (individual) [IRAN-HR] (Linked To: SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES).

AZAR AB INDUSTRIES COMPANY (a.k.a. AZARAB INDUSTRIES CO. (Arabic: شرکت صنایع اذراب); a.k.a. AZARAB INDUSTRIES LLP), No. 15, Molla Sadra Avenue, Vanak Square, Tehran 1991913981, Iran; Sanaat Square, Arak, Iran; Website www.azarab.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10780042000 (Iran) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

AZAR INVESTMENT, Iran [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

AZAR PAD QESHM (a.k.a. AZARPAD QESHM; a.k.a. AZARPAD QESHM CO; a.k.a. "APCO"), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; No. 303, Mahtab Building, Pardis Cross Road, Golden City, Qeshm, Iran; No. 44, East Atefi St., Africa Blvd., Tehran, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

AZARAB INDUSTRIES CO. (Arabic: شرکت صنایع اذراب) (a.k.a. AZAR AB INDUSTRIES COMPANY; a.k.a. AZARAB INDUSTRIES LLP), No. 15, Molla Sadra Avenue, Vanak Square, Tehran 1991913981, Iran; Sanaat Square, Arak, Iran; Website www.azarab.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10780042000 (Iran) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

AZARAB INDUSTRIES LLP (a.k.a. AZAR AB INDUSTRIES COMPANY; a.k.a. AZARAB INDUSTRIES CO. (Arabic: شرکت صنایع اذراب)), No. 15, Molla Sadra Avenue, Vanak Square, Tehran 1991913981, Iran; Sanaat Square, Arak, Iran; Website www.azarab.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10780042000 (Iran) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

AZARI JAHROMI, Mohammad Javad, Iran; DOB 16 Sep 1981; POB Jahrom, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] [IRAN-TRA].

AZAROV, Dmitriy Igorevich (Cyrillic: АЗАРОВ, Дмитрий Игоревич) (a.k.a. AZAROV, Dmitry Igorevich), Samara, Russia; DOB 09 Aug 1970; POB Samara, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 631500379803 (Russia) (individual) [RUSSIA-EO14024].

AZAROV, Dmitry Igorevich (a.k.a. AZAROV, Dmitriy Igorevich (Cyrillic: АЗАРОВ, Дмитрий Игоревич)), Samara, Russia; DOB 09 Aug 1970; POB Samara, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 631500379803 (Russia) (individual) [RUSSIA-EO14024].

AZAROV, Mykola Nikolai Yanovych (a.k.a. AZAROV, Mykola Yanovych; a.k.a. PAKHLO, Nikolai Yanovich); DOB 17 Dec 1947; POB Kaluga, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Former Prime Minister of Ukraine (individual) [UKRAINE-EO13660].

AZAROV, Mykola Yanovych (a.k.a. AZAROV, Mykola Nikolai Yanovych; a.k.a. PAKHLO, Nikolai Yanovich); DOB 17 Dec 1947; POB Kaluga, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Former Prime Minister of Ukraine (individual) [UKRAINE-EO13660].

AZARPAD QESHM (a.k.a. AZAR PAD QESHM; a.k.a. AZARPAD QESHM CO; a.k.a. "APCO"), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; No. 303, Mahtab Building, Pardis Cross Road, Golden City, Qeshm, Iran; No. 44, East Atefi St., Africa Blvd., Tehran, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

AZARPAD QESHM CO (a.k.a. AZAR PAD QESHM; a.k.a. AZARPAD QESHM; a.k.a. "APCO"), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; No. 303, Mahtab Building, Pardis Cross Road, Golden City, Qeshm, Iran; No. 44, East Atefi St., Africa Blvd., Tehran, Iran; Website

http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

AZARPISHEH, Mehdi (a.k.a. "MANSURI, Mehdi"), Iran; DOB 31 Jul 1983; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 26338775 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AZEMSHA, Sergei Yakovlevich (Cyrillic: АЗЕМША, Сергей Яковлевич) (a.k.a. AZEMSHA, Siarhei Yakaulevich (Cyrillic: АЗЕМША, Сяргей Якаўлевіч)), Minsk, Belarus; DOB 17 Jul 1974; POB Rechitsa, Gomel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

AZEMSHA, Siarhei Yakaulevich (Cyrillic: АЗЕМША, Сяргей Якаўлевіч) (a.k.a. AZEMSHA, Sergei Yakovlevich (Cyrillic: АЗЕМША, Сергей Яковлевич)), Minsk, Belarus; DOB 17 Jul 1974; POB Rechitsa, Gomel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

AZERBAIJAN CONSTRUCTION, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

AZHAR, Abdul Rauf (a.k.a. ALVI, Abdul Rauf; a.k.a. AZHAR, Abdur Rauf); DOB 1974; POB Bwawal Pur, Pakistan; alt. POB Bahawalpur, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AZHAR, Abdur Rauf (a.k.a. ALVI, Abdul Rauf; a.k.a. AZHAR, Abdul Rauf); DOB 1974; POB Bwawal Pur, Pakistan; alt. POB Bahawalpur, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AZHAR, Masud (a.k.a. ALVI, Mohammad Masood Azhar; a.k.a. ESAH, Wali Adam; a.k.a. ISAH, Wali Adam), 1260/108, Block N0.6-B, Kausar Colony, Model Town-B, Bahawalpur, Punjab Province, Pakistan; Lahore City, Lahore District, Punjab Province, Pakistan; DOB 10 Jul 1968; alt. DOB 10 Jun 1968; POB Bahawalpur, Punjab Province, Pakistan; nationality Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Maulana (individual) [SDGT].

AZHAR, Mohammad (a.k.a. MAHAZAR, Maulawi Mohammad; a.k.a. MAZAR, Hakim Muhammed; a.k.a. MAZAR, Maulana; a.k.a. MAZHAR, Hakeem Mohammad; a.k.a. MAZHAR, Hakim; a.k.a. MAZHAR, Maulana Hakim Mohammad; a.k.a. MAZHAR, Mohammad; a.k.a. MAZHAR, Mohammed; a.k.a. MAZHAR, Molana; a.k.a. MAZHAR, Molavi Muhammad), ST 1/A, Block 2, Gulshan-e-Iqbal, Karachi, Pakistan; DOB 05 Oct 1951; POB Azamgarh, Uttar Pradesh, India; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport KZ 550207 (Pakistan); alt. Passport KC550207 (Pakistan); alt. Passport G154297 (Pakistan) (individual) [SDGT].

AZIA SHIPPING COMPANY (a.k.a. OOO SUDOKHODNAIA KOMPANIIA AZIA; a.k.a. "AZSCO"), 29, Posetskaya Str., Vladivostok 690091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2540195189 (Russia); Identification Number IMO 5766958; Registration Number 1132540008732 (Russia) [RUSSIA-EO14024].

AZIA SHIPPING HOLDINGS LIMITED, Office 4, 1st Floor Mitsi Building, 1, Stasinou Avenue, Nicosia 1060, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number IMO 5053924; Registration Number HE 131171 (Cyprus) [RUSSIA-EO14024].

AZIMI, Mohammad (Arabic: محمد عظیمی) (a.k.a. AZIMI, Mohammad Nazar (Arabic: محمد نظر عظیمی)), Iran; DOB 21 Mar 1960; POB Kangavar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3309730409 (Iran); Commander of Najaf Ashraf West Headquarters; Brigadier General (individual) [IRGC] [IRAN-HR] [CAATSA - IRAN] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

AZIMI, Mohammad Nazar (Arabic: محمد نظر عظیمی) (a.k.a. AZIMI, Mohammad (Arabic: محمد عظیمی)), Iran; DOB 21 Mar 1960; POB Kangavar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3309730409 (Iran); Commander of Najaf Ashraf West Headquarters; Brigadier General (individual) [IRGC] [IRAN-HR] [CAATSA - IRAN] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

AZIMI, Ruhollah (a.k.a. BAZGHANDI, Rouhollah (Arabic: روح اله بازقندی)), Basement Floor 1, No.

51, 51 Sadoughi Alley, Shahid Sadoughi Boulevard, Qom, Zanbilabad District 3716945864, Iran; DOB 20 Sep 1981; POB Sabzevar, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0793640271 (Iran); Birth Certificate Number 4697 (Iran) (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

AZIMIAN, Hamidreza, Iran; DOB 23 Jul 1961; POB Tabriz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e); Passport L29727205 (Iran) (individual) [IFCA] (Linked To: ESFAHAN'S MOBARAKEH STEEL COMPANY).

AZIMUT LLC (a.k.a. GLAVSET LLC; a.k.a. GLAVSET, OOO; a.k.a. INTERNET RESEARCH AGENCY LLC; a.k.a. LAKHTA INTERNET RESEARCH; a.k.a. MEDIASINTEZ LLC; a.k.a. MEDIASINTEZ, OOO; a.k.a. MIXINFO LLC; a.k.a. NOVINFO LLC; a.k.a. NOVINFO, OOO), 55 Savushkina Street, St. Petersburg, Russia; d. 4 korp. 3 litera A pom. 9-N, ofis 238, ul. Optikov, St. Petersburg, Russia; d. 4 litera B pom. 22-N, ul. Starobelskaya, St. Petersburg, Russia; d. 79 litera A. pom 1-N, ul. Planernaya, St. Petersburg, Russia; 4 Optikov Street, Building 3, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [ELECTION-EO13848].

AZINT ELEKTRONIK MAKINA GIDA URUNLERI TEKSTIL NAKLIYAT ITHALAT IHRACAT SANAYI TICARET LIMITED, Veysel Karani Mah. Kanuni Cad E Blok D.23, Sancaktepe, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1270919292 (Turkey); Istanbul Chamber of Comm. No. 232409-5 (Turkey) [RUSSIA-EO14024].

AZIZ, Abdul (a.k.a. "BALOCH, Abdul Aziz"; a.k.a. "ZAMANI, Aziz Shah"), House #29, 30th St., Karachi, Pakistan; Quetta, Pakistan; DOB 1985; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AP1810244 expires 31 Oct 2026 (individual) [SDGT] (Linked To: TALIBAN).

AZIZ, Abdul Hamid Abdul (a.k.a. ANIS, Ibrahim Shaikh Mohd; a.k.a. DILIP, Aziz; a.k.a. EBRAHIM, Dawood; a.k.a. HASAN, Shaikh Daud; a.k.a. HASSAN, Dawood; a.k.a. IBRAHIM, Anis; a.k.a. IBRAHIM, Dawood; a.k.a. IBRAHIM, Dawood Sheik; a.k.a. KASKAR, Dawood Ibrahim; a.k.a. REHMAN, Shaikh Ismail Abdul; a.k.a. SABRI, Dawood; a.k.a. SAHEB, Amir; a.k.a. SETH, Iqbal), 617 CP Berar Society, Block 7-8, Karachi, Pakistan; House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

AZIZ, Hussein Faleh (a.k.a. AL-LAMI, Abu Zainab; a.k.a. AL-LAMI, Hussein Falah), Iraq; DOB 20 Jun 1969; POB Baghdad, Iraq; nationality Iraq; Gender Male (individual) [GLOMAG].

AZIZ, Mohammad (a.k.a. AFGHAN, Shear; a.k.a. AFGHAN, Sher; a.k.a. AFGHAN, Shir; a.k.a. KHAN, Abdullah); DOB 1962; alt. DOB 1959; POB Pakistan (individual) [SDNTK].

AZIZ, Mohammad Yahya (a.k.a. MUJAHID, Mohammed Yahya; a.k.a. MUJAHID, Muhammad Yahya; a.k.a. MUJAHID, Yahya); DOB 12 Mar 1961; POB Lahore, Punjab Province, Pakistan; alt. POB Sheikhupura, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 35404-1577309-9 (Pakistan); alt. National ID No. 26961341469 (Pakistan) (individual) [SDGT].

AZIZ, Sa'id Yusif Abu (a.k.a. 'AZIZ, Sa'ud Abu; a.k.a. AZIZA, Said Youssef Ali Abu; a.k.a. AZIZAH, Sa'id Yusif Ali Abu; a.k.a. AZIZAT, Sa'id Yusif Ali Abu; a.k.a. "AL-HAMID, Abd"; a.k.a. "HAMID, Abdul"; a.k.a. "THERAB, Abu"; a.k.a. "THURAB, Abu"; a.k.a. "TURAB, Abu"); DOB 1958; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 87/437555 (Libya) (individual) [SDGT].

'AZIZ, Sa'ud Abu (a.k.a. AZIZ, Sa'id Yusif Abu; a.k.a. AZIZA, Said Youssef Ali Abu; a.k.a. AZIZAH, Sa'id Yusif Ali Abu; a.k.a. AZIZAT, Sa'id Yusif Ali Abu; a.k.a. "AL-HAMID, Abd"; a.k.a. "HAMID, Abdul"; a.k.a. "THERAB, Abu"; a.k.a. "THURAB, Abu"; a.k.a. "TURAB, Abu"); DOB 1958; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 87/437555 (Libya) (individual) [SDGT].

AZIZ, Tariq (a.k.a. AZIZ, Tariq Mikhail); DOB 01 Jul 1936; POB Mosul or Baghdad, Iraq; nationality Iraq; Passport NO34409/129 issued Jul 1997; Deputy Prime Minister (individual) [IRAQ2].

AZIZ, Tariq Mikhail (a.k.a. AZIZ, Tariq); DOB 01 Jul 1936; POB Mosul or Baghdad, Iraq; nationality Iraq; Passport NO34409/129 issued Jul 1997; Deputy Prime Minister (individual) [IRAQ2].

AZIZA, Said Youssef Ali Abu (a.k.a. AZIZ, Sa'id Yusif Abu; a.k.a. 'AZIZ, Sa'ud Abu; a.k.a. AZIZAH, Sa'id Yusif Ali Abu; a.k.a. AZIZAT, Sa'id Yusif Ali Abu; a.k.a. "AL-HAMID, Abd"; a.k.a. "HAMID, Abdul"; a.k.a. "THERAB, Abu"; a.k.a. "THURAB, Abu"; a.k.a. "TURAB, Abu"); DOB 1958; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 87/437555 (Libya) (individual) [SDGT].

AZIZABADI, Reza Mohammadi, Iran; DOB 11 Jul 1992; POB Karaj, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual)

[IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

AZIZAH, Sa'id Yusif Ali Abu (a.k.a. AZIZ, Sa'id Yusif Abu; a.k.a. 'AZIZ, Sa'ud Abu; a.k.a. AZIZA, Said Youssef Ali Abu; a.k.a. AZIZAT, Sa'id Yusif Ali Abu; a.k.a. "AL-HAMID, Abd"; a.k.a. "HAMID, Abdul"; a.k.a. "THERAB, Abu"; a.k.a. "THURAB, Abu"; a.k.a. "TURAB, Abu"); DOB 1958; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 87/437555 (Libya) (individual) [SDGT].

AZIZAT, Sa'id Yusif Ali Abu (a.k.a. AZIZ, Sa'id Yusif Abu; a.k.a. 'AZIZ, Sa'ud Abu; a.k.a. AZIZA, Said Youssef Ali Abu; a.k.a. AZIZAH, Sa'id Yusif Ali Abu; a.k.a. "AL-HAMID, Abd"; a.k.a. "HAMID, Abdul"; a.k.a. "THERAB, Abu"; a.k.a. "THURAB, Abu"; a.k.a. "TURAB, Abu"); DOB 1958; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 87/437555 (Libya) (individual) [SDGT].

AZIZKHANI, Esma'il, Sepahan City, Iran; DOB 07 Oct 1981; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1285006501 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

AZIZPUR, Amir (a.k.a. GHASEMZADEH, Mehdi), Iran; DOB 21 Sep 1981; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AZIZULLAH, Haji (a.k.a. ALIZAI, Haji Azizullah), Musa Qala District, Helmund Province, Afghanistan; Musa Qaleh District, Helmand Province, Afghanistan; Yatim Chah, Afghanistan; Lashkar Gah, Helmand Province, Afghanistan; Kabul, Afghanistan; DOB 1950; alt. DOB 1952; POB Gereshk District, Helmand Province, Afghanistan; alt. POB Kabul City, Afghanistan; citizen Afghanistan; Electoral Registry No. 07385114 (Afghanistan) (individual) [SDNTK].

AZMARAI, Umar Siddique Kathio (a.k.a. AL-SINDHI, Abdallah; a.k.a. AL-SINDHI, Abdullah; a.k.a. AL-SINDI, Abdullah; a.k.a. CHANDIO, Umar Kathio; a.k.a. CHANDUO, Umar; a.k.a.

CHANDYO, Omar; a.k.a. KATHIO, Muhammad Umar; a.k.a. KATIO, Muhammad Umar Sidduque; a.k.a. OMER, Muhammad; a.k.a. SINDHI, 'Abdallah; a.k.a. UMAR, Muhammad), Karachi, Pakistan; Miram Shah, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1977; POB Saudi Arabia; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 466-77-221879 (Pakistan); alt. National ID No. 42201-015024707-7 (individual) [SDGT].

AZMAT PAKISTAN TRUST (a.k.a. AKHTARABAD MEDICAL CAMP; a.k.a. AL-AKHTAR MEDICAL CENTRE; a.k.a. AL-AKHTAR TRUST INTERNATIONAL; a.k.a. AZMAT-E-PAKISTAN TRUST; a.k.a. PAKISTAN RELIEF FOUNDATION; a.k.a. PAKISTANI RELIEF FOUNDATION), ST-1/A, Gulshan-e-Iqbal, Block 2, Karachi 75300, Pakistan; Bahawalpur, Pakistan; Bawalnagar, Pakistan; Gilgit, Pakistan; Gulistan-e-Jauhar, Block 12, Karachi, Pakistan; Islamabad, Pakistan; Mirpur Khas, Pakistan; Spin Boldak, Afghanistan; Tando-Jan-Muhammad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; and all other offices worldwide [SDGT].

AZMAT-E-PAKISTAN TRUST (a.k.a. AKHTARABAD MEDICAL CAMP; a.k.a. AL-AKHTAR MEDICAL CENTRE; a.k.a. AL-AKHTAR TRUST INTERNATIONAL; a.k.a. AZMAT PAKISTAN TRUST; a.k.a. PAKISTAN RELIEF FOUNDATION; a.k.a. PAKISTANI RELIEF FOUNDATION), ST-1/A, Gulshan-e-Iqbal, Block 2, Karachi 75300, Pakistan; Bahawalpur, Pakistan; Bawalnagar, Pakistan; Gilgit, Pakistan; Gulistan-e-Jauhar, Block 12, Karachi, Pakistan; Islamabad, Pakistan; Mirpur Khas, Pakistan; Spin Boldak, Afghanistan; Tando-Jan-Muhammad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; and all other offices worldwide [SDGT].

AZMOON PAJOHAN HESGAR LIMITED LIABILITY COMPANY (a.k.a. AZMOUN PAZOHAN HESGAR; a.k.a. AZMUN PEZHUHAN HESGAR CO), No. 265, Ground Floor, Twenty-Seventh St, Amir Sarlashgar Hossein Lashgari Highway, Esteghlal Town (Jadeh Makhsos), Tehran 1399816111, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established

Date 22 Jun 2011; National ID No. 10320581166 (Iran); Registration Number 407278 (Iran) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

AZMOUN PAZOHAN HESGAR (a.k.a. AZMOON PAJOHAN HESGAR LIMITED LIABILITY COMPANY; a.k.a. AZMUN PEZHUHAN HESGAR CO), No. 265, Ground Floor, Twenty-Seventh St, Amir Sarlashgar Hossein Lashgari Highway, Esteghlal Town (Jadeh Makhsos), Tehran 1399816111, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 22 Jun 2011; National ID No. 10320581166 (Iran); Registration Number 407278 (Iran) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

AZMUN PEZHUHAN HESGAR CO (a.k.a. AZMOON PAJOHAN HESGAR LIMITED LIABILITY COMPANY; a.k.a. AZMOUN PAZOHAN HESGAR), No. 265, Ground Floor, Twenty-Seventh St, Amir Sarlashgar Hossein Lashgari Highway, Esteghlal Town (Jadeh Makhsos), Tehran 1399816111, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 22 Jun 2011; National ID No. 10320581166 (Iran); Registration Number 407278 (Iran) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

AZORIA SHIPPING COMPANY LIMITED, Karaiskaki, 13, Limassol 3032, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Sea and coastal freight water transport; Registration Number 408043 (Cyprus) [RUSSIA-EO14024].

AZOUZ, Abdelbassed (a.k.a. AZUZ, Abdulbasit; a.k.a. AZZOUZ, Abd al-Baset); DOB 07 Feb 1966; POB Doma, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 223611 (Libya); alt. Passport C00146605 (United Kingdom) (individual) [SDGT].

AZOV OPTOMECHANICAL PLANT JSC (a.k.a. JOINT STOCK COMPANY AZOVSKI OPTIKO MECHANICHESKY ZAVOD; a.k.a. "AOMZ AO"), Ul. Promyshlennaya D. 5, Azov 346780, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Mar 1992; Tax ID No. 6140022069 (Russia); Registration Number 1046140009530 (Russia) [RUSSIA-EO14024]

(Linked To: TACTICAL MISSILES CORPORATION JSC).

AZOVSKAYA ZERNOVAYA KOMPANIYA OOO, Ul. Engelsa D. 14, Kabinet 4, Azov 346780, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Apr 2016; Organization Type: Post-harvest crop activities; Tax ID No. 6140004060 (Russia); Registration Number 1166196071238 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

AZOVSKY LIKEROGORILCHANY ZAVOD, KRYMSKE RESPUBLIKANSKE PIDPRYEMSTVO (a.k.a. AZOVSKY LIKEROVO-DOCHNY ZAVOD; a.k.a. CRIMEAN ENTERPRISE AZOV DISTILLERY PLANT; a.k.a. CRIMEAN REPUBLICAN ENTERPRISE AZOV DISTILLERY; a.k.a. CRIMEAN REPUBLICAN ENTERPRISE AZOVSKY LIKEROVODOCHNY ZAVOD; a.k.a. KRYMSKE RESPUBLIKANSKE PIDPRYEMSTVO AZOVSKY LIKEROGORILCHANY ZAVOD), Bud. 40 vul. Zaliznychna, Smt Azovske, Dzhankoisky R-N, Crimea 96178, Ukraine; 40 Railway St., Azov, Dzhankoy District 96178, Ukraine; 40 Zeleznodorozhnaya str., Azov, Jankoysky District 96178, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01271681 (Ukraine) [UKRAINE-EO13685].

AZOVSKY LIKEROVO-DOCHNY ZAVOD (a.k.a. AZOVSKY LIKEROGORILCHANY ZAVOD, KRYMSKE RESPUBLIKANSKE PIDPRYEMSTVO; a.k.a. CRIMEAN ENTERPRISE AZOV DISTILLERY PLANT; a.k.a. CRIMEAN REPUBLICAN ENTERPRISE AZOV DISTILLERY; a.k.a. CRIMEAN REPUBLICAN ENTERPRISE AZOVSKY LIKEROVODOCHNY ZAVOD; a.k.a. KRYMSKE RESPUBLIKANSKE PIDPRYEMSTVO AZOVSKY LIKEROGORILCHANY ZAVOD), Bud. 40 vul. Zaliznychna, Smt Azovske, Dzhankoisky R-N, Crimea 96178, Ukraine; 40 Railway St., Azov, Dzhankoy District 96178, Ukraine; 40 Zeleznodorozhnaya str., Azov, Jankoysky District 96178, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01271681 (Ukraine) [UKRAINE-EO13685].

AZU INTERNATIONAL BILGI TEKN VE DIS TI LTD STI (a.k.a. AZU INTERNATIONAL BILGI

TEKNOLOJILERI VE DIS TICARET LIMITED SIRKETI (Latin: AZU INTERNATIONAL BILGI TEKNOLOJILERI VE DIŞ TICARET LIMITED ŞIRKET); a.k.a. AZU INTERNATIONAL INFORMATION TECHNOLOGIES AND FOREIGN TRADE LIMITED COMPANY), Huseyinaga neighborhood Istiklal Str., Grandpera Block No: 56-58 Inner door No: 5, Beyoglu, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Mar 2022; Organization Type: Wholesale of electronic and telecommunications equipment and parts; Registration Number 371692-5 (Turkey); alt. Registration Number 0127108975400001 (Turkey) [RUSSIA-EO14024].

AZU INTERNATIONAL BILGI TEKNOLOJILERI VE DIS TICARET LIMITED SIRKETI (Latin: AZU INTERNATIONAL BILGI TEKNOLOJILERI VE DIŞ TICARET LIMITED ŞIRKET) (a.k.a. AZU INTERNATIONAL BILGI TEKN VE DIS TI LTD STI; a.k.a. AZU INTERNATIONAL INFORMATION TECHNOLOGIES AND FOREIGN TRADE LIMITED COMPANY), Huseyinaga neighborhood Istiklal Str., Grandpera Block No: 56-58 Inner door No: 5, Beyoglu, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Mar 2022; Organization Type: Wholesale of electronic and telecommunications equipment and parts; Registration Number 371692-5 (Turkey); alt. Registration Number 0127108975400001 (Turkey) [RUSSIA-EO14024].

AZU INTERNATIONAL INFORMATION TECHNOLOGIES AND FOREIGN TRADE LIMITED COMPANY (a.k.a. AZU INTERNATIONAL BILGI TEKN VE DIS TI LTD STI; a.k.a. AZU INTERNATIONAL BILGI TEKNOLOJILERI VE DIS TICARET LIMITED SIRKETI (Latin: AZU INTERNATIONAL BILGI TEKNOLOJILERI VE DIŞ TICARET LIMITED ŞIRKET)), Huseyinaga neighborhood Istiklal Str., Grandpera Block No: 56-58 Inner door No: 5, Beyoglu, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Mar 2022; Organization Type: Wholesale of electronic and telecommunications equipment and parts; Registration Number 371692-5 (Turkey); alt. Registration Number 0127108975400001 (Turkey) [RUSSIA-EO14024].

AZUL VISTA SHIPPING CORPORATION, Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 107790 (Marshall Islands) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

AZUZ, Abdulbasit (a.k.a. AZOUZ, Abdelbassed; a.k.a. AZZOUZ, Abd al-Baset); DOB 07 Feb 1966; POB Doma, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 223611 (Libya); alt. Passport C00146605 (United Kingdom) (individual) [SDGT].

AZZA AIR TRANSPORT COMPANY LTD. (a.k.a. AZZA AVIATION COMPANY; a.k.a. AZZA TRANSPORT), German Culture Center, McNimer Street, P. O. Box 11586, Khartoum, Sudan [DARFUR].

AZZA AVIATION COMPANY (a.k.a. AZZA AIR TRANSPORT COMPANY LTD.; a.k.a. AZZA TRANSPORT), German Culture Center, McNimer Street, P. O. Box 11586, Khartoum, Sudan [DARFUR].

AZZA TRANSPORT (a.k.a. AZZA AIR TRANSPORT COMPANY LTD.; a.k.a. AZZA AVIATION COMPANY), German Culture Center, McNimer Street, P. O. Box 11586, Khartoum, Sudan [DARFUR].

AZZAHRA ENTERPRISE FOR TRADING AND AGENCIES (a.k.a. AL ZAHRAA ESTABLISHMENT FOR TRADE AND AGENCIES; a.k.a. AZZAHRA ESTABLISHMENT FOR COMMERCE AND AGENCIES), Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Apr 2018; Tax ID No. 93905 (Yemen); Company Number 226/96 (Yemen); alt. Company Number 236/96 (Yemen); Registration Number 91/431 (Yemen) [SDGT] (Linked To: ANSARALLAH).

AZZAHRA ESTABLISHMENT FOR COMMERCE AND AGENCIES (a.k.a. AL ZAHRAA ESTABLISHMENT FOR TRADE AND AGENCIES; a.k.a. AZZAHRA ENTERPRISE FOR TRADING AND AGENCIES), Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Apr 2018; Tax ID No. 93905 (Yemen); Company Number 226/96 (Yemen); alt. Company Number 236/96 (Yemen); Registration Number 91/431 (Yemen) [SDGT] (Linked To: ANSARALLAH).

AZZAM, Khalil Mohammed (a.k.a. AZAM, Khalil Mouhamad; a.k.a. 'AZZAM, Khalil Muhammad; a.k.a. 'AZZAM, Khalil Muhammad Khalil (Arabic: خليل محمد خليل عزام)), Tripoli, Lebanon; DOB 01 Jan 1968; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

'AZZAM, Khalil Muhammad (a.k.a. AZAM, Khalil Mouhamad; a.k.a. AZZAM, Khalil Mohammed; a.k.a. 'AZZAM, Khalil Muhammad Khalil (Arabic: خليل محمد خليل عزام)), Tripoli, Lebanon; DOB 01 Jan 1968; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

'AZZAM, Khalil Muhammad Khalil (Arabic: خليل محمد خليل عزام) (a.k.a. AZAM, Khalil Mouhamad; a.k.a. AZZAM, Khalil Mohammed; a.k.a. 'AZZAM, Khalil Muhammad), Tripoli, Lebanon; DOB 01 Jan 1968; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

AZZAM, Mansour Fadlallah; DOB 1960; POB Sweida, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

AZZOUZ, Abd al-Baset (a.k.a. AZOUZ, Abdelbassed; a.k.a. AZUZ, Abdulbasit); DOB 07 Feb 1966; POB Doma, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 223611 (Libya); alt. Passport C00146605 (United Kingdom) (individual) [SDGT].

B AND P SOLUTIONS PRIVATE LIMITED, Jammu, Jammu and Kashmir; Uttara Kannada, Karnataka, India; Bhuj, Ghujarat, India; House No 213, Sector 36-A, Chandigarh, Chandigarh 160036, India; C-98(C), Level 3, Mohali, Punjab 160059, India; Organization Established Date 09 Apr 2015; C.I.N. U24100CH2015PTC035482 (India); Legal Entity Number 894500OIQ3CMTKB1PU89; Registration Number 035482 (India) [IRAN-EO13902] (Linked To: BRAR, Jugwinder Singh).

B K SALES CORPORATION, D-1/GF-5, Virat Bhawan, Commercial Complex, Mukherjee Nagar, North Delhi, Delhi 110009, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 12

Aug 1990; Tax ID No. 07AAAFB4846K1ZE (India); Legal Entity Number 335800E8E3FMCOY7SJ51 [IRAN-EO13846].

B S COMPANY (a.k.a. B.S. COMPANY OFFSHORE; a.k.a. BS COMPANY OFFSHORE; a.k.a. BS COMPANY SAL OFFSHORE), Salame Building, Beit Mery, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13902].

B&W CONSULTING (a.k.a. IPM LIMITED), Suite A, 6/F, Ritz Plaza, 122 Austin Road, Tsimshatsui, Kowloon, Hong Kong, China; 1080, Blindengasse 46/15, Vienna, Austria; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Nov 2012; Registration Number 1829992 (Hong Kong) [RUSSIA-EO14024].

B.S. COMPANY OFFSHORE (a.k.a. B S COMPANY; a.k.a. BS COMPANY OFFSHORE; a.k.a. BS COMPANY SAL OFFSHORE), Salame Building, Beit Mery, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13902].

BA DAS, Muhammad Ali (a.k.a. BADAAS, Mohamed Ali; a.k.a. BADAS, Mohamed Ali), 'Azzan, Shabwah Governorate, Yemen; DOB 1965; POB al-Juwayl Mayfah, Shabwah Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

BAABOOD, Sa'ad Muhammad (a.k.a. ABBUD, Bin Muhammad Awad; a.k.a. ABUD, Sa'ad Muhammad Awad; a.k.a. ADBUD, Muhammad 'Awad; a.k.a. AWAD, Muhammad; a.k.a. BIN LADEN, Sa'ad; a.k.a. BIN LADEN, Sad; a.k.a. "AL-KAHTANE, Abdul Rahman"); DOB 1982; POB Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 520951 (Sudan); alt. Passport 530951 (Sudan) (individual) [SDGT].

BA'ASYIR, 'Abd Al-Rahim (a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrahman; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrahman; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BA'ASYIR, Abdul Rachim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrahman; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrahman; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BA'ASYIR, Abdul Rahim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrahman; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrahman; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BA'ASYIR, Abdul Rochim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrahman; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrahman; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BA'ASYIR, Abdul Rosyid Ridho (a.k.a. BA'ASYIR, Rashid Rida; a.k.a. BA'ASYIR, Rasyid Ridho; a.k.a. BA'ASYIR, Rosyid Ridho; a.k.a. BASHIR, Abdul Rosyid Ridho; a.k.a. BASHIR, Rashid Rida; a.k.a. BASHIR, Rasyid Ridho; a.k.a. BASHIR, Rosyid Ridho), Pondok Pesantren Al Wayain Ngrandu, Sumber Agung, Magetan, East Java, Indonesia; DOB 31 Jan 1974; POB Sukoharjo, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1127083101740003 (Indonesia) (individual) [SDGT].

BA'ASYIR, Abdurochim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrahman; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrahman; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BA'ASYIR, Abdurrahim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Abdurrahman; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrahman; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BA'ASYIR, Abdurrahman (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a.

BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrahman; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BA'ASYIR, Abdurrochim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrahman; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrahman; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BAASYIR, Abu Bakar (a.k.a. BA'ASYIR, Abu Bakar; a.k.a. BASHIR, Abu Bakar; a.k.a. "ABDUS SAMAD"; a.k.a. "ABDUS SOMAD"); DOB 17 Aug 1938; POB Jombang, East Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BA'ASYIR, Abu Bakar (a.k.a. BAASYIR, Abu Bakar; a.k.a. BASHIR, Abu Bakar; a.k.a. "ABDUS SAMAD"; a.k.a. "ABDUS SOMAD"); DOB 17 Aug 1938; POB Jombang, East Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BA'ASYIR, Rashid Rida (a.k.a. BA'ASYIR, Abdul Rosyid Ridho; a.k.a. BA'ASYIR, Rasyid Ridho; a.k.a. BA'ASYIR, Rosyid Ridho; a.k.a. BASHIR, Abdul Rosyid Ridho; a.k.a. BASHIR, Rashid Rida; a.k.a. BASHIR, Rasyid Ridho; a.k.a. BASHIR, Rosyid Ridho), Pondok Pesantren Al Wayain Ngrandu, Sumber Agung, Magetan, East Java, Indonesia; DOB 31 Jan 1974; POB

Sukoharjo, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1127083101740003 (Indonesia) (individual) [SDGT].

BA'ASYIR, Rasyid Ridho (a.k.a. BA'ASYIR, Abdul Rosyid Ridho; a.k.a. BA'ASYIR, Rashid Rida; a.k.a. BA'ASYIR, Rosyid Ridho; a.k.a. BASHIR, Abdul Rosyid Ridho; a.k.a. BASHIR, Rashid Rida; a.k.a. BASHIR, Rasyid Ridho; a.k.a. BASHIR, Rosyid Ridho), Pondok Pesantren Al Wayain Ngrandu, Sumber Agung, Magetan, East Java, Indonesia; DOB 31 Jan 1974; POB Sukoharjo, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1127083101740003 (Indonesia) (individual) [SDGT].

BA'ASYIR, Rosyid Ridho (a.k.a. BA'ASYIR, Abdul Rosyid Ridho; a.k.a. BA'ASYIR, Rashid Rida; a.k.a. BA'ASYIR, Rasyid Ridho; a.k.a. BASHIR, Abdul Rosyid Ridho; a.k.a. BASHIR, Rashid Rida; a.k.a. BASHIR, Rasyid Ridho; a.k.a. BASHIR, Rosyid Ridho), Pondok Pesantren Al Wayain Ngrandu, Sumber Agung, Magetan, East Java, Indonesia; DOB 31 Jan 1974; POB Sukoharjo, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1127083101740003 (Indonesia) (individual) [SDGT].

BAAZAOUI, Mondher (a.k.a. AL-BAAZAOUI, Mondher Ben Mohsen Ben Ali; a.k.a. "HAMZA"), Via di Saliceto n.51/9, Bologna, Italy; DOB 18 Mar 1967; POB Kairouan, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K602878 issued 05 Nov 1993 expires 09 Jun 2001 (individual) [SDGT].

BAB AL BARSHA TRADING L.L.C (Arabic: باب البرشاء للتجارة ش.ذ.م.م), Office No. OF707-0185, Port Said, Deira, Dubai, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 16 Feb 2024; License 1312547 (United Arab Emirates); Economic Register Number (CBLS) 12302133 (United Arab Emirates) [IRAN-EO13846].

BABAEI, Nemat Hossein (a.k.a. BABAIE, Nematollah Hosein), Iran; DOB 10 Apr 1990;

POB Rasht, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

BABAIE, Nematollah Hosein (a.k.a. BABAEI, Nemat Hossein), Iran; DOB 10 Apr 1990; POB Rasht, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

BABAKOV, Aleksandr Mikhailovich (a.k.a. BABAKOV, Aleksandr Mikhaylovich; a.k.a. BABAKOV, Alexander Mikhailovich (Cyrillic: БАБАКОВ, Александр Михайлович)), Russia; DOB 08 Feb 1963; POB Kishinev, Moldova; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

BABAKOV, Aleksandr Mikhaylovich (a.k.a. BABAKOV, Aleksandr Mikhailovich; a.k.a. BABAKOV, Alexander Mikhailovich (Cyrillic: БАБАКОВ, Александр Михайлович)), Russia; DOB 08 Feb 1963; POB Kishinev, Moldova; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

BABAKOV, Alexander Mikhailovich (Cyrillic: БАБАКОВ, Александр Михайлович) (a.k.a. BABAKOV, Aleksandr Mikhailovich; a.k.a. BABAKOV, Aleksandr Mikhaylovich), Russia; DOB 08 Feb 1963; POB Kishinev, Moldova; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

BABAMORADI, Jamal (Arabic: جمال بابامرادی) (a.k.a. BABAMORADI, Jamal Ali), Iran; DOB 24 Mar 1960; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to

Secondary Sanctions; Gender Male; National ID No. 0036824240 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: BONYAD TAAVON SEPAH).

BABAMORADI, Jamal Ali (a.k.a. BABAMORADI, Jamal (Arabic: جمال بابامرادی)), Iran; DOB 24 Mar 1960; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0036824240 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: BONYAD TAAVON SEPAH).

BABAN, Alla Fedorovna, United Kingdom; Moscow, Russia; DOB 13 Sep 1964; POB Arioneshty, Moldova; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772911723121 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OKROYAN, Mkrtich Okroevich).

BABARIKIN, Vadim Aleksandrovich (Cyrillic: БАБАРИКИН, Вадим Александрович) (a.k.a. BABARYKIN, Vadzim Aliaksandravich (Cyrillic: БАБАРЫКІН, Вадзім Аляксандравіч)), Sergey Esenin St. 36, Apt. 76, Minsk, Belarus (Cyrillic: Ул. Сергея Есенина, д. 36, кв. 76, Г. Минск, Belarus); DOB 07 Aug 1980; nationality Belarus; citizen Belarus; National ID No. 3070880M020PB2 (Belarus) (individual) [BELARUS-EO14038].

BABARYKIN, Vadzim Aliaksandravich (Cyrillic: БАБАРЫКІН, Вадзім Аляксандравіч) (a.k.a. BABARIKIN, Vadim Aleksandrovich (Cyrillic: БАБАРИКИН, Вадим Александрович)), Sergey Esenin St. 36, Apt. 76, Minsk, Belarus (Cyrillic: Ул. Сергея Есенина, д. 36, кв. 76, Г. Минск, Belarus); DOB 07 Aug 1980; nationality Belarus; citizen Belarus; National ID No. 3070880M020PB2 (Belarus) (individual) [BELARUS-EO14038].

BABASHOV, Leonid Ivanovich (Cyrillic: БАБАШОВ, Леонид Иванович), Russia; DOB 31 Jan 1966; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BABBAR KHALSA INTERNATIONAL; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BABESTAN, Abeni O. (a.k.a. OGUNGBUYI, Abeni O.; a.k.a. SHOFESO, Olatutu Temitope); DOB 30 Jun 1952; POB Nigeria (individual) [SDNTK].

BABESTAN, Wole A. (a.k.a. ADEMULERO, Babestan Oluwole; a.k.a. OGUNGBUYI, Oluwole A.; a.k.a. OGUNGBUYI, Wally; a.k.a. OGUNGBUYI, Wole A.; a.k.a. SHOFESO, Olatude I.; a.k.a. SHOFESO, Olatunde Irewole); DOB 04 Mar 1953; POB Nigeria (individual) [SDNTK].

BABICH, Ivan Nikolayevich (Cyrillic: БАБИЧ, Иван Николаевич), Russia; DOB 02 Sep 1982; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BABRI, Mehran, Iran; DOB 03 Oct 1968; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport L36915048 (Iran) expires 03 Mar 2021 (individual) [NPWMD] [IFSR] (Linked To: SHAHID MEISAMI GROUP).

BABUSHKIN, Igor Yuryevich (Cyrillic: БАБУШКИН, Игор Юрьевич), Astrakhan region, Russia; DOB 05 Apr 1976; POB Rybinsk, Yaroslavl region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BABYLON NAVIGATION DMCC (Arabic: بابيلون نافيغايشون م.د.م.س), Unit 2502, Preatoni Tower, Cluster L2, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Organization Established Date 01 Jul 2020; Organization Type: Sea and coastal freight water transport; Identification Number IMO 6204848; Registration Number DMCC-779439 (United Arab Emirates); Economic Register Number (CBLS) 11554574 (United Arab Emirates) [IRAN-EO13902].

BACKSTREET PALM CORP, Seychelles; Organization Established Date 2025; Identification Number IMO 0239458 [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

BADAAS, Mohamed Ali (a.k.a. BA DAS, Muhammad Ali; a.k.a. BADAS, Mohamed Ali), 'Azzan, Shabwah Governorate, Yemen; DOB 1965; POB al-Juwayl Mayfah, Shabwah Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

BADAS, Mohamed Ali (a.k.a. BA DAS, Muhammad Ali; a.k.a. BADAAS, Mohamed Ali), 'Azzan, Shabwah Governorate, Yemen; DOB

1965; POB al-Juwayl Mayfah, Shabwah Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

BADEGE, Eric; DOB 1971; Lieutenant Colonel; Alternate Title: Colonel (individual) [DRCONGO].

BADGIE, Yankuba (a.k.a. BADJI, Yankouba; a.k.a. BADJIE, Yankuba), Banjul, The Gambia; DOB 25 Feb 1973; alt. DOB 24 Feb 1973; POB New Jeshwang, Kanifang Municipality, The Gambia; Gender Male (individual) [GLOMAG].

BADI, Omal Salem Salah (a.k.a. BADI, Saladin; a.k.a. BADI, Salah; a.k.a. BADI, Salah Edine Omar; a.k.a. BADI, Salahdin; a.k.a. BADI, Salah-Eddin; a.k.a. BADI, Salahidin), Tripoli, Libya; DOB 23 May 1957; POB Misrata, Libya; nationality Libya; Gender Male (individual) [LIBYA3].

BADI, Saladin (a.k.a. BADI, Omal Salem Salah; a.k.a. BADI, Salah; a.k.a. BADI, Salah Edine Omar; a.k.a. BADI, Salahdin; a.k.a. BADI, Salah-Eddin; a.k.a. BADI, Salahidin), Tripoli, Libya; DOB 23 May 1957; POB Misrata, Libya; nationality Libya; Gender Male (individual) [LIBYA3].

BADI, Salah (a.k.a. BADI, Omal Salem Salah; a.k.a. BADI, Saladin; a.k.a. BADI, Salah Edine Omar; a.k.a. BADI, Salahdin; a.k.a. BADI, Salah-Eddin; a.k.a. BADI, Salahidin), Tripoli, Libya; DOB 23 May 1957; POB Misrata, Libya; nationality Libya; Gender Male (individual) [LIBYA3].

BADI, Salah Edine Omar (a.k.a. BADI, Omal Salem Salah; a.k.a. BADI, Saladin; a.k.a. BADI, Salah; a.k.a. BADI, Salahdin; a.k.a. BADI, Salah-Eddin; a.k.a. BADI, Salahidin), Tripoli, Libya; DOB 23 May 1957; POB Misrata, Libya; nationality Libya; Gender Male (individual) [LIBYA3].

BADI, Salahdin (a.k.a. BADI, Omal Salem Salah; a.k.a. BADI, Saladin; a.k.a. BADI, Salah; a.k.a. BADI, Salah Edine Omar; a.k.a. BADI, Salah-Eddin; a.k.a. BADI, Salahidin), Tripoli, Libya; DOB 23 May 1957; POB Misrata, Libya; nationality Libya; Gender Male (individual) [LIBYA3].

BADI, Salah-Eddin (a.k.a. BADI, Omal Salem Salah; a.k.a. BADI, Saladin; a.k.a. BADI, Salah; a.k.a. BADI, Salah Edine Omar; a.k.a. BADI, Salahdin; a.k.a. BADI, Salahidin), Tripoli, Libya; DOB 23 May 1957; POB Misrata, Libya;

nationality Libya; Gender Male (individual) [LIBYA3].

BADI, Salahidin (a.k.a. BADI, Omal Salem Salah; a.k.a. BADI, Saladin; a.k.a. BADI, Salah; a.k.a. BADI, Salah Edine Omar; a.k.a. BADI, Salahdin; a.k.a. BADI, Salah-Eddin), Tripoli, Libya; DOB 23 May 1957; POB Misrata, Libya; nationality Libya; Gender Male (individual) [LIBYA3].

BADICA (a.k.a. BUREAU D'ACHAT DE DIAMANT EN CENTRAFRIQUE), BP 333, Bangui, Central African Republic [CAR].

BADIKOV, Alexey, Moscow, Russia; DOB 22 Nov 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BADIN, Yadollah (a.k.a. BADIN, Yadullah), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BADIN, Yadullah (a.k.a. BADIN, Yadollah), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BADIR, Mohammed Suleiman (Arabic: محمد سليمان بدير) (a.k.a. BDEIR, Mohamad Sleiman; a.k.a. BEDAIR, Muhammad), Al-Musaytbeh, Beirut, Lebanon; DOB 14 Jul 1975; POB Nmairiyeh, South Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

BADJI, Yankouba (a.k.a. BADGIE, Yankuba; a.k.a. BADJIE, Yankuba), Banjul, The Gambia; DOB 25 Feb 1973; alt. DOB 24 Feb 1973; POB New Jeshwang, Kanifang Municipality, The Gambia; Gender Male (individual) [GLOMAG].

BADJIE, Yankuba (a.k.a. BADGIE, Yankuba; a.k.a. BADJI, Yankouba), Banjul, The Gambia; DOB 25 Feb 1973; alt. DOB 24 Feb 1973; POB New Jeshwang, Kanifang Municipality, The Gambia; Gender Male (individual) [GLOMAG].

BADR AL DIN, Mustafa (a.k.a. AL FIQAR, Dhu; a.k.a. BADREDDINE, Mustafa Amine; a.k.a. BADREDDINE, Mustafa Youssef; a.k.a. ISSA, Sami; a.k.a. SAAB, Elias Fouad; a.k.a. SA'B, Ilyas), Beirut, Lebanon; DOB 06 Apr 1961; POB Al-Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

BADR, Timur (a.k.a. BADR, Timur Soubhovic), Crescent Tower C 1604, Dubai 27558, United Arab Emirates; DOB 18 Oct 1984; POB Astrakhan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 51NO1229443 (Russia) (individual) [RUSSIA-EO14024].

BADR, Timur Soubhovic (a.k.a. BADR, Timur), Crescent Tower C 1604, Dubai 27558, United Arab Emirates; DOB 18 Oct 1984; POB Astrakhan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 51NO1229443 (Russia) (individual) [RUSSIA-EO14024].

BADR-AL-DIN, Muhammad (a.k.a. BADREDDINE, Mohamed; a.k.a. BADREDDINE, Mohammed), Iraq; DOB 12 Oct 1958; POB El Ghbayr 5, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

BADREDDINE, Mohamed (a.k.a. BADR-AL-DIN, Muhammad; a.k.a. BADREDDINE, Mohammed), Iraq; DOB 12 Oct 1958; POB El Ghbayr 5, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

BADREDDINE, Mohammed (a.k.a. BADR-AL-DIN, Muhammad; a.k.a. BADREDDINE, Mohamed), Iraq; DOB 12 Oct 1958; POB El Ghbayr 5, Lebanon; Additional Sanctions

Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

BADREDDINE, Mustafa Amine (a.k.a. AL FIQAR, Dhu; a.k.a. BADR AL DIN, Mustafa; a.k.a. BADREDDINE, Mustafa Youssef; a.k.a. ISSA, Sami; a.k.a. SAAB, Elias Fouad; a.k.a. SA'B, Ilyas), Beirut, Lebanon; DOB 06 Apr 1961; POB Al-Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

BADREDDINE, Mustafa Youssef (a.k.a. AL FIQAR, Dhu; a.k.a. BADR AL DIN, Mustafa; a.k.a. BADREDDINE, Mustafa Amine; a.k.a. ISSA, Sami; a.k.a. SAAB, Elias Fouad; a.k.a. SA'B, Ilyas), Beirut, Lebanon; DOB 06 Apr 1961; POB Al-Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

BADRI, Gabril Abdul Kareem (a.k.a. BAREY, Djibril Abdul Kareem; a.k.a. BARI, Gabril Abdul Karim; a.k.a. KAREEM, Djibril Abdul), Darfur, Sudan; DOB circa 1961; Colonel for the National Movement for Reform and Development (NMRD) (individual) [DARFUR].

BADZIAKA, Aliaksandr Mikhailavich (a.k.a. BODYAKO, Aleksandr Mikhailovich), 32 Zagorodnyi lane, Apartment 1, Mogilev, Belarus; DOB 20 Mar 1959; POB Village Pechary, Mogilev Region, Belarus; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport KB2480817 (Belarus); National ID No. 3200359M079PB8 (Belarus) (individual) [RUSSIA-EO14024] (Linked To: UNITARY PRIVATE SCIENCE PRODUCTION ENTERPRISE TEHNOLIT).

BAEKSOL TRADING (a.k.a. BAEKSUL TRADING; a.k.a. KOREA PAEK SOL TRADING; a.k.a. PAEK SOL TRADING CORPORATION; a.k.a. PAEKSO'L CORPORATION; a.k.a. PAEKSOL TRADING CORPORATION; a.k.a. PAEKSO'L TRADING

CORPORATION), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

BAEKSUL TRADING (a.k.a. BAEKSOL TRADING; a.k.a. KOREA PAEK SOL TRADING; a.k.a. PAEK SOL TRADING CORPORATION; a.k.a. PAEKSO'L CORPORATION; a.k.a. PAEKSOL TRADING CORPORATION; a.k.a. PAEKSO'L TRADING CORPORATION), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

BAGANDA, Bosco (a.k.a. NTAGANDA, Bosco; a.k.a. NTAGANDA, Jean Bosco; a.k.a. NTAGENDA, Bosco; a.k.a. NTANGANA, Bosco; a.k.a. NTANGANDA, Bosco; a.k.a. TAGANDA, Bosco; a.k.a. TANGANDA, Bosco), Runyoni, Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1973; POB Nord-Kivu, DRC; alt. POB Rwanda; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

BAGHBANI, Gholamreza (a.k.a. BAQBANI, Mohammad Akhusa; a.k.a. BAQBANI, Qolam Reza); DOB 05 Jan 1961; alt. DOB 1947; POB Zabol, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Islamic Revolutionary Guard Corps - Qods Force General (individual) [SDNTK].

BAGHDADI, Sheikh Hassan (a.k.a. AL-BAGHDADI, Hassan (Arabic: حسن بغدادي); a.k.a. AL-BAGHDADI, Sheikh Hassan; a.k.a. "AL-BAGHDADI, Sheikh"), Lebanon; DOB 05 Oct 1961; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

BAGHERI AFSHORDI, Mohammad (a.k.a. BAGHERI, Mohammad; a.k.a. BAGHERI, Mohammed; a.k.a. BAQERI, Mohammad Hossein), Iran; DOB 1960; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

BAGHERI, Mahmud Kazemabad (a.k.a. BAGHERI-KAZEMABAD, Mahmud; a.k.a. KAZEMABAD, Mahmoud Bagheri; a.k.a. KAZEMABAD, Mahmud Bagheri; a.k.a. KZEMABAD, Mahmoud Bagheri; a.k.a. "BAGHERI, Mahmoud"; a.k.a. "BAGHERI, Mahmud"), Iran; DOB 26 Jun 1965; POB Meybod, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J32377129 (Iran) expires 31 Aug 2020; National ID No. 448947941 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AL-GHADIR MISSILE COMMAND).

BAGHERI, Mohammad (a.k.a. BAGHERI AFSHORDI, Mohammad; a.k.a. BAGHERI, Mohammed; a.k.a. BAQERI, Mohammad Hossein), Iran; DOB 1960; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

BAGHERI, Mohammed (a.k.a. BAGHERI AFSHORDI, Mohammad; a.k.a. BAGHERI, Mohammad; a.k.a. BAQERI, Mohammad Hossein), Iran; DOB 1960; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

BAGHERI, Nematollah (Arabic: نعمتالله باقری), Lorestan, Iran; DOB 10 Jun 1975; POB Andika, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; IRGC Commander of Lorestan Province (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BAGHERI-KAZEMABAD, Mahmud (a.k.a. BAGHERI, Mahmud Kazemabad; a.k.a. KAZEMABAD, Mahmoud Bagheri; a.k.a. KAZEMABAD, Mahmud Bagheri; a.k.a. KZEMABAD, Mahmoud Bagheri; a.k.a. "BAGHERI, Mahmoud"; a.k.a. "BAGHERI, Mahmud"), Iran; DOB 26 Jun 1965; POB Meybod, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J32377129 (Iran) expires 31 Aug 2020; National ID No. 448947941 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC

REVOLUTIONARY GUARD CORPS AL-GHADIR MISSILE COMMAND).

BAGHIATOLLAH MEDICAL SCIENCES UNIVERSITY (a.k.a. BAGHYATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAGIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH UNIVERSITY OF MEDICAL SCIENCES; a.k.a. BAQIYATTALLAH UNIVERSITY OF MEDICAL SCIENCES; a.k.a. BAQYATOLLAH MEDICAL SCIENCES UNIVERSITY), Vanak Square, Molla-Sadra Avenue, Box number: 19945, Tehran, Iran; Website http://www.bmsu.ac.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

BAGHLANI, Mahmood (a.k.a. BAGHLANI, Mahmoud; a.k.a. BAGHLANI, Mahmud (Arabic: محمود بغلانی)), Iran; DOB 20 Feb 1979; alt. DOB 20 Mar 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10528653 (Iran) expires 10 Jun 2028; alt. Passport K56200674 (Iran) expires 09 Mar 2027; National ID No. 1756178471 (Iran); Birth Certificate Number 114 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BAGHLANI, Mahmoud (a.k.a. BAGHLANI, Mahmood; a.k.a. BAGHLANI, Mahmud (Arabic: محمود بغلانی)), Iran; DOB 20 Feb 1979; alt. DOB 20 Mar 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10528653 (Iran) expires 10 Jun 2028; alt. Passport K56200674 (Iran) expires 09 Mar 2027; National ID No. 1756178471 (Iran); Birth Certificate Number 114 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BAGHLANI, Mahmud (Arabic: محمود بغلانی) (a.k.a. BAGHLANI, Mahmood; a.k.a. BAGHLANI, Mahmoud), Iran; DOB 20 Feb 1979; alt. DOB 20 Mar 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10528653 (Iran) expires 10 Jun 2028; alt. Passport K56200674 (Iran) expires 09 Mar 2027; National ID No. 1756178471 (Iran); Birth Certificate Number 114 (Iran) (individual)

[IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BAGHMISHEH RESIDENTIAL DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

BAGHYATOLLAH MEDICAL SCIENCES UNIVERSITY (a.k.a. BAGHIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAGIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH UNIVERSITY OF MEDICAL SCIENCES; a.k.a. BAQIYATTALLAH UNIVERSITY OF MEDICAL SCIENCES; a.k.a. BAQYATOLLAH MEDICAL SCIENCES UNIVERSITY), Vanak Square, Molla-Sadra Avenue, Box number: 19945, Tehran, Iran; Website http://www.bmsu.ac.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

BAGIATOLLAH MEDICAL SCIENCES UNIVERSITY (a.k.a. BAGHIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAGHYATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH UNIVERSITY OF MEDICAL SCIENCES; a.k.a. BAQIYATTALLAH UNIVERSITY OF MEDICAL SCIENCES; a.k.a. BAQYATOLLAH MEDICAL SCIENCES UNIVERSITY), Vanak Square, Molla-Sadra Avenue, Box number: 19945, Tehran, Iran; Website http://www.bmsu.ac.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

BAGSAK SHIPPING INC, Mauritius; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Dec 2024; Identification Number IMO 6474784 [SDGT] (Linked To: ANSARALLAH).

BAHADHIQ, Mahmud (a.k.a. BAHADHIQ, Mahmud Muhammad Ahmad; a.k.a. BAHAZIQ, Mahmoud; a.k.a. BAHAZIQ, Mahmoud Mohammad Ahmed; a.k.a. "ABU 'ABD AL-'AZIZ"; a.k.a. "ABU ABDUL AZIZ"; a.k.a.

"SHAYKH SAHIB"), Jeddah, Saudi Arabia; DOB 17 Aug 1943; alt. DOB 1943; alt. DOB 1944; alt. DOB 21 Jun 1944; POB India; nationality Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C284181 (Saudi Arabia) issued 12 Aug 2000 expires 19 Jun 2005; National ID No. 1004860324 (Saudi Arabia); Registration ID 4-6032-0048-1 (Saudi Arabia) (individual) [SDGT].

BAHADHIQ, Mahmud Muhammad Ahmad (a.k.a. BAHADHIQ, Mahmud; a.k.a. BAHAZIQ, Mahmoud; a.k.a. BAHAZIQ, Mahmoud Mohammad Ahmed; a.k.a. "ABU 'ABD AL-'AZIZ"; a.k.a. "ABU ABDUL AZIZ"; a.k.a. "SHAYKH SAHIB"), Jeddah, Saudi Arabia; DOB 17 Aug 1943; alt. DOB 1943; alt. DOB 1944; alt. DOB 21 Jun 1944; POB India; nationality Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C284181 (Saudi Arabia) issued 12 Aug 2000 expires 19 Jun 2005; National ID No. 1004860324 (Saudi Arabia); Registration ID 4-6032-0048-1 (Saudi Arabia) (individual) [SDGT].

BAHADORI, Masoud; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport T12828814 (Iran); Managing Director, Petro Suisse Intertrade Company (individual) [IRAN].

BAHAJI, Said, 12 Rue Descartes, Meknes, Morocco; Bunatwiete #23, Hamburg 21073, Germany; Marienstr #54, Hamburg 21073, Germany; Wiesendamm #135, Hamburg 22303, Germany; DOB 15 Jul 1975; POB Haselunne, Lower Saxony, Germany; nationality Morocco; alt. nationality Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BAHAR, Bakht Gul (a.k.a. GUL, Bakht; a.k.a. GUL, Bakhta; a.k.a. "SHUQIB"), Miram Shah, North Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1980; POB Aki Village, Zadran District, Paktiya Province, Afghanistan; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BAHARESTAN KISH COMPANY (Arabic: شرکت بهارستان کیش), Sheikh Fazlollah Highway, Teimuri Blvd, before Sharif University Metro Station, Yas Building, Number 116, Fifth Floor, Unit 17, Tehran, Iran; Sheikh Fazlollah Highway, Teimuri Blvd, before Sharif University

Metro Station, Yas Building, Number 116, Fifth Floor, Unit 18, Tehran, Iran; Sheikh Fazlollah Highway, Teimuri Blvd, before Sharif University Metro Station, Yas Building, Number 166, Fifth Floor, Unit 19, Tehran, Iran; Sa'adat Abad, Farhang Boulevard, East 18th Street, No. 47, Tehran 1997857976, Iran; Exhibition Industrial Town, Number 2, EX35, First Floor, Unit 2, Kish Island 7941659854, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861531217 (Iran); Tax ID No. 411146547979 (Iran); Registration Number 1480 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BAHAZIQ, Mahmoud (a.k.a. BAHADHIQ, Mahmud; a.k.a. BAHADHIQ, Mahmud Muhammad Ahmad; a.k.a. BAHAZIQ, Mahmoud Mohammad Ahmed; a.k.a. "ABU 'ABD AL-'AZIZ"; a.k.a. "ABU ABDUL AZIZ"; a.k.a. "SHAYKH SAHIB"), Jeddah, Saudi Arabia; DOB 17 Aug 1943; alt. DOB 1943; alt. DOB 1944; alt. DOB 21 Jun 1944; POB India; nationality Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C284181 (Saudi Arabia) issued 12 Aug 2000 expires 19 Jun 2005; National ID No. 1004860324 (Saudi Arabia); Registration ID 4-6032-0048-1 (Saudi Arabia) (individual) [SDGT].

BAHAZIQ, Mahmoud Mohammad Ahmed (a.k.a. BAHADHIQ, Mahmud; a.k.a. BAHADHIQ, Mahmud Muhammad Ahmad; a.k.a. BAHAZIQ, Mahmoud; a.k.a. "ABU 'ABD AL-'AZIZ"; a.k.a. "ABU ABDUL AZIZ"; a.k.a. "SHAYKH SAHIB"), Jeddah, Saudi Arabia; DOB 17 Aug 1943; alt. DOB 1943; alt. DOB 1944; alt. DOB 21 Jun 1944; POB India; nationality Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C284181 (Saudi Arabia) issued 12 Aug 2000 expires 19 Jun 2005; National ID No. 1004860324 (Saudi Arabia); Registration ID 4-6032-0048-1 (Saudi Arabia) (individual) [SDGT].

BAHENA MARTINEZ, Rogelio (a.k.a. LIRA SOTELO, Alfonso; a.k.a. "EL ATLANTE"), Mexico; DOB 24 May 1970; alt. DOB 02 Dec 1970; POB Mexico City, D.F., Mexico; alt. POB Ixtlahuatenco Pedro Ascencio Alquisiras, Guerrero, Mexico; citizen Mexico; Gender Male; Passport G02447186 (Mexico) issued 01 Apr 2010 expires 01 Apr 2016; R.F.C. LISA7005242Y8 (Mexico); National ID No. 25887069638 (Mexico); C.U.R.P.

LISA700524HDFRTL03 (Mexico) (individual) [SDNTK].

BAHJAT AL KAWTHAR COMPANY FOR CONSTRUCTION AND TRADING LTD. (a.k.a. AL-KAWTHAR FOUNDATION; a.k.a. KOSAR COMPANY), Khabateh, Toosi St., Najaf, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

BAHMAN DIESEL CO. (Arabic: شرکت بهمن دیزل), No. 279, 13th Km of Karaj Makhsoos Rd., Tehran 13999-39711, Iran; 10th Hekmat Ave., North Ebn-e Sina St., Alborz Industrial City, Qazvin 343151456, Iran; No. 279, Kilometer 13, Shahid Lashgari Highway, Tehran, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Jan 2004; National ID No. 10102571964 (Iran); Business Registration Number 215834 (Iran) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BAHMAN GROUP (Arabic: شرکت گروه بهمن), No. 279, 13th Km of Lashgari Hwy, Tehran 13999-39711, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Jan 1953; National ID No. 10100231402 (Iran); Business Registration Number 3939 (Iran) [SDGT] [IFSR] (Linked To: BAHMAN DIESEL CO.; Linked To: IRAN DOCHARKH CO.; Linked To: IRAN CHASSIS MANUFACTURING CO.).

BAHMANYAR, Bahmanyar Morteza; DOB 31 Dec 1952; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport I0005159 (Iran); alt. Passport 10005159 (Iran) (individual) [NPWMD] [IFSR].

BAHNAM, Hikmat Jarjes (a.k.a. GARGEES, Hikmat), Baghdad, Iraq; nationality Iraq; Passport 035667 (Iraq) (individual) [IRAQ2].

BAHRAINI ISLAMIC RESISTANCE (a.k.a. AL-MUKHTAR BRIGADES; a.k.a. AL-MUKHTAR COMPANIES; a.k.a. AL-MUQAWAMA AL-ISLAMIYYA AL-BAHRANIA; a.k.a. BAHRAINI ISLAMIC RESISTANCE AL-MUKHTAR COMPANIES; a.k.a. SARAYA AL-MOKHTAR; a.k.a. SARAYA AL-MUKHTAR; a.k.a. "AMB"; a.k.a. "SAM"), Iran; Bahrain; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BAHRAINI ISLAMIC RESISTANCE AL-MUKHTAR COMPANIES (a.k.a. AL-MUKHTAR BRIGADES; a.k.a. AL-MUKHTAR COMPANIES; a.k.a. AL-MUQAWAMA AL-ISLAMIYYA AL-BAHRANIA; a.k.a. BAHRAINI ISLAMIC RESISTANCE; a.k.a. SARAYA AL-MOKHTAR; a.k.a. SARAYA AL-MUKHTAR; a.k.a. "AMB"; a.k.a. "SAM"), Iran; Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BAHRAMI, Ebrahim, Iran; DOB 04 Feb 1973; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0320106799 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SHAHID KHARRAZI INDUSTRIES).

BAHZAD, Ahmad Abdullah Mohamed Abdullah (a.k.a. BEHZAD BSTAKI, Ahmad Abdullah Mohammed Abdullah; a.k.a. BEHZAD, Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohammad A; a.k.a. BEHZAD, Ahmad Abdulla Mohammad Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmed Abdullah; a.k.a. "ABDULLA MOHAMAD ABDULLA MOHAMAD BEHZAD"; a.k.a. "ABDULLAH AHMAD ABDULLAH MOHAMAD BAHZAD"; a.k.a. "ABDULLAH MOHAMMED ABDULLAH BAHZAD"; a.k.a. "AHMED BEHZA"; a.k.a. "AHMED MOHAMMED ABDULLAH"; a.k.a. "MOHAMMED ABDULLAH MOHAMMED BAHZAD"), c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; DOB 02 Nov 1971; POB Dubai, United Arab Emirates; citizen United Arab Emirates; Passport A1042768 (United Arab Emirates); alt. Passport A0269124 (United Arab Emirates) (individual) [SDNTK].

BAIA CONSULTING LIMITED (a.k.a. CONSULTADORIA BAIA LIMITADA), 7th Floor, Lun Pong Building, No. 763 Avenida da Praia Grande, Macau; Avenidada Praia Grande, No. 763, Edificio Lun Pong, 7 Andara, Macau; Organization Established Date 26 Jan 2016; Registration Number 60367 SO (Macau) [GLOMAG] (Linked To: VIEIRA DIAS, Manuel Helder).

BAIDHANI, Waleed Fathi Salam (a.k.a. ALBAIDHANI, Waled Fatehi Salem; a.k.a.

SALM, Walid Fathi), Dubai, United Arab Emirates; DOB 27 Aug 1980; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ANSARALLAH).

BAIGUSKAROV, Zarif Zakirovich (Cyrillic: БАЙГУСКАРОВ, Зариф Закирович), Russia; DOB 30 Jun 1967; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BAIK. V. TSENTR (a.k.a. BAIK. V. TSENTR, OOO; a.k.a. BIKE CENTER; a.k.a. BIKE V. CENTER), Nizhnije Mnevniki, 110, Moscow, Russia; ul. Nikitskaya B. D. 11/4, korp. 3, Moscow 103009, Russia; 1 1/4, str.3 ul. Nikitskaya B., Moscow 103009, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Trade License No. 1037739620390 (Russia); Government Gazette Number 54842899 (Russia) [UKRAINE-EO13660].

BAIK. V. TSENTR, OOO (a.k.a. BAIK. V. TSENTR; a.k.a. BIKE CENTER; a.k.a. BIKE V. CENTER), Nizhnije Mnevniki, 110, Moscow, Russia; ul. Nikitskaya B. D. 11/4, korp. 3, Moscow 103009, Russia; 1 1/4, str.3 ul. Nikitskaya B., Moscow 103009, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Trade License No. 1037739620390 (Russia); Government Gazette Number 54842899 (Russia) [UKRAINE-EO13660].

BAIKAL (a.k.a. IZHEVSKY MEKHANICHESKY ZAVOD JSC), 8 Promyshlennaya Str., Izhevsk 426063, Russia; Website http://www.baikalinc.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

BAIKAL ELECTRONICS JSC (a.k.a. JSC BAYKAL ELEKTRONIKS), Block B, 2nd Floor, Riga Land Business Center, 29 KM M9 Baltyia Highway, Krasnogorskiy District, Moscow Region 143421, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707767484 (Russia); Registration Number 1127746006926 (Russia) [RUSSIA-EO14024].

BAIKAL.TSENTR (a.k.a. LLC BAIKAL CENTER; a.k.a. TSENTR RAZVITIYA BAIKALSKOGO

REGIONA), Vozdvizhenka d. 7/6, str. 1, pomeshch. 10, Moscow 119019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704732846 (Russia); Registration Number 1097746515240 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

BAIKOV INSTITUTE OF METALLURGY AND MATERIALS SCIENCE, RUSSIAN ACADEMY OF SCIENCES (a.k.a. "IMET RAS"), Leninskii Pr-T D. 49, Moscow 119991, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 May 1994; Tax ID No. 7736045483 (Russia); Registration Number 1027700298702 (Russia) [RUSSIA-EO14024].

BAILEY HOLDINGS PTY LTD, 38 Cunningham Rd, Durban, KwaZulu-Natal 4001, South Africa; P.O. Box 14544, Pretoria, Johannesburg, Gauteng 0037, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Mar 2018; Tax ID No. 9141736232 (South Africa); Trade License No. 2018/215018/07 (South Africa) [SDGT] (Linked To: AKBAR, Yunus Mohamad).

BAJAGIC, Zvonko (a.k.a. "DUGA PUSKA"); DOB 06 Sep 1953; POB Vlasenica, Bosnia-Herzegovina (individual) [BALKANS].

BAJER S.R.L. (a.k.a. BAJER SOCIEDAD DE RESPONSABILIDAD LIMITADA), Nazarre 3336, Buenos Aires 1417, Argentina; C.U.I.T. 30712314156 (Argentina) [SDNTK].

BAJER SOCIEDAD DE RESPONSABILIDAD LIMITADA (a.k.a. BAJER S.R.L.), Nazarre 3336, Buenos Aires 1417, Argentina; C.U.I.T. 30712314156 (Argentina) [SDNTK].

BAK, Gwang Hun (a.k.a. PAK, Gwang Hun; a.k.a. PAK, Kwang Hun; a.k.a. PAK, Kwang-hun), Vladivostok, Russia; DOB 01 Jan 1970 to 31 Dec 1970; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Representative of Korea Ryonbong General Corporation in Vladivostok, Russia (individual) [DPRK2].

BAKE AND KITCHEN (a.k.a. COMERCIALIZADORA TRADE CLEAR, S.A. DE C.V.), Av. Naciones Unidas 6875, Zapopan, Jalisco 45017, Mexico; Patria No. 1347-1, Col. Mirador del Sol, Zapopan, Jalisco CP 45054, Mexico; Av. Lopez Mateos Nte 1133, Plaza Midtown, Guadalajara, Jalisco, Mexico; Website www.bakeandkitchen.com; R.F.C. CTC140807HHA (Mexico) [SDNTK].

BAKER, Rami Kamel Yaacoub (Arabic: رامي كامل يعقوب باقر) (a.k.a. BAKER, Rami Yaacoub; a.k.a. BAKER, Ramy Kamel Yaacoub; a.k.a. RAMI, Yaacoub Baker), Eden Gardens Building, Floor 3A-3B, Mina El Hosn-Zeytoune Street, Beirut, Lebanon; 38 El Kawthar, Adnan Al Hakim Street, 7th Floor, Jnah, Beirut, Lebanon; DOB 29 May 1968; POB Beirut, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EN992200 (Belgium) expires 20 Dec 2022; alt. Passport EH970706 (Belgium) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

BAKER, Rami Yaacoub (a.k.a. BAKER, Rami Kamel Yaacoub (Arabic: رامي كامل يعقوب باقر); a.k.a. BAKER, Ramy Kamel Yaacoub; a.k.a. RAMI, Yaacoub Baker), Eden Gardens Building, Floor 3A-3B, Mina El Hosn-Zeytoune Street, Beirut, Lebanon; 38 El Kawthar, Adnan Al Hakim Street, 7th Floor, Jnah, Beirut, Lebanon; DOB 29 May 1968; POB Beirut, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EN992200 (Belgium) expires 20 Dec 2022; alt. Passport EH970706 (Belgium) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

BAKER, Ramy Kamel Yaacoub (a.k.a. BAKER, Rami Kamel Yaacoub (Arabic: رامي كامل يعقوب باقر); a.k.a. BAKER, Rami Yaacoub; a.k.a. RAMI, Yaacoub Baker), Eden Gardens Building, Floor 3A-3B, Mina El Hosn-Zeytoune Street, Beirut, Lebanon; 38 El Kawthar, Adnan Al Hakim Street, 7th Floor, Jnah, Beirut, Lebanon; DOB 29 May 1968; POB Beirut, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EN992200 (Belgium) expires 20 Dec 2022; alt. Passport EH970706 (Belgium) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

BAKER, Rima Kamel Yaacoub (Arabic: ريما كامل يعقوب باقر) (a.k.a. AHMAD, Rima Kamel Nazem; a.k.a. BAKER, Rima Yaacoub; a.k.a. BAQER, Rima Kamel), Eden Gardens Building, 5th Floor, Fawzi Street, Beirut, Lebanon; DOB 25 Feb 1970; POB Beirut, Lebanon; nationality Lebanon; alt. nationality Belgium; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0503197 (Lebanon) expires 01 Aug 2022; alt. Passport EM719287 (Belgium) expires 02 Mar 2022; alt. Passport E1277888 (Belgium) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

BAKER, Rima Yaacoub (a.k.a. AHMAD, Rima Kamel Nazem; a.k.a. BAKER, Rima Kamel Yaacoub (Arabic: ريما كامل يعقوب باقر); a.k.a. BAQER, Rima Kamel), Eden Gardens Building, 5th Floor, Fawzi Street, Beirut, Lebanon; DOB 25 Feb 1970; POB Beirut, Lebanon; nationality Lebanon; alt. nationality Belgium; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0503197 (Lebanon) expires 01 Aug 2022; alt. Passport EM719287 (Belgium) expires 02 Mar 2022; alt. Passport E1277888 (Belgium) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

BAKERIES AND PASTRIES JAMMOUL SARL (a.k.a. JAMMOUL AND AYAD FOR INDUSTRY AND TRADE; a.k.a. JAMOOL AND AYYAD COMPANY FOR INDUSTRY AND TRADE), Building 1046, Jiyeh, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Apr 2003; Business Registration Number 2000776 (Lebanon) [SDGT] (Linked To: AYAD, Adnan).

BAKHAREV, Konstantin Mikhailovich (Cyrillic: БАХАРЕВ, Константин Михайлович) (a.k.a. BAKHAREV, Konstantin Mikhaylovich), Russia; DOB 20 Oct 1972; POB Simferopol, Crimea, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

BAKHAREV, Konstantin Mikhaylovich (a.k.a. BAKHAREV, Konstantin Mikhailovich (Cyrillic: БАХАРЕВ, Константин Михайлович)), Russia; DOB 20 Oct 1972; POB Simferopol, Crimea, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

BAKHMETYEV, Vitaly Viktorovich (Cyrillic: БАХМЕТЬЕВ, Виталий Викторович), Russia; DOB 12 Aug 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BAKHSH HABIBI, Raham (a.k.a. BAKHSH HABIBI, Roham (Arabic: رهام بخش حبیبی)), Shiraz, Fars Province, Iran; DOB 24 Oct 1964; POB Basht, Kohgiluyeh and Boyer Ahmad; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; LEF Commander Fars Province (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

BAKHSH HABIBI, Roham (Arabic: رهام بخش حبیبی) (a.k.a. BAKHSH HABIBI, Raham), Shiraz, Fars Province, Iran; DOB 24 Oct 1964; POB Basht, Kohgiluyeh and Boyer Ahmad; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; LEF Commander Fars Province (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

BAKHSHAISH, Hussein (a.k.a. BAKHSHAYESH, Hossein (Arabic: حسین بخشایش)), Tehran, Iran; DOB 22 May 1964; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 1189810190 (Iran) (individual) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: SAHARA THUNDER).

BAKHSHAYESH, Hossein (Arabic: حسین بخشایش) (a.k.a. BAKHSHAISH, Hussein), Tehran, Iran; DOB 22 May 1964; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 1189810190 (Iran) (individual) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: SAHARA THUNDER).

BAKHSHI, Dariush (Arabic: داریوش بخشی), Orumiyeh, West Azerbaijan Province, Iran; DOB

10 Mar 1974; POB Salmas, West Azerbaijan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2851316567 (Iran) (individual) [IRAN-HR].

BAKHT AL AZHAR TRADING L.L.C, Dubai, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 2022; License 401169 (United Arab Emirates); Business Registration Number 1062996 (United Arab Emirates) [IRAN-EO13846].

BAKHTAR COMMERCIAL COMPANY (Arabic: شرکت بازرگان کالای باختر) (a.k.a. "BCCO"), North Kargar Street, Above Taghateh Fatemi, Plaque 1286, Tehran 73441-14118, Iran; No. 1286, North Karegar Avenue, Tehran, Iran; Ashrafi Esfahani Highway, Fourth Road Punak, Falahzadeh Boulevard, Plaque 40, Floor 5, Tehran, Iran; Website www.bcco.co; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10320817213 (Iran); Registration Number 429515 (Iran) [IRAN-EO13846].

BAKHTAR RAAD ENGINEERING COMPANY (a.k.a. BAKHTAR RAAD SEPAHAN CO.; a.k.a. BAKHTAR RAAD SEPAHAN COMPANY; a.k.a. RADSEPAHAN), Number 8, Keyvan 2 Building, between 2nd & 3rd Western Avenue, Mohaberat Street, Shahinshahr, Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

BAKHTAR RAAD SEPAHAN CO. (a.k.a. BAKHTAR RAAD ENGINEERING COMPANY; a.k.a. BAKHTAR RAAD SEPAHAN COMPANY; a.k.a. RADSEPAHAN), Number 8, Keyvan 2

Building, between 2nd & 3rd Western Avenue, Mohaberat Street, Shahinshahr, Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

BAKHTAR RAAD SEPAHAN COMPANY (a.k.a. BAKHTAR RAAD ENGINEERING COMPANY; a.k.a. BAKHTAR RAAD SEPAHAN CO.; a.k.a. RADSEPAHAN), Number 8, Keyvan 2 Building, between 2nd & 3rd Western Avenue, Mohaberat Street, Shahinshahr, Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

BAKHTIARI, Mashaallah (a.k.a. BAKHTIARI, Mashallah), Iran; Iraq; DOB 01 Sep 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T47383807 (Iran); National ID No. 0053317963 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

BAKHTIARI, Mashallah (a.k.a. BAKHTIARI, Mashaallah), Iran; Iraq; DOB 01 Sep 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T47383807 (Iran); National ID No. 0053317963 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

BAKI, Abdul (a.k.a. AL-BAKI, 'Abd; a.k.a. AL-BARI, 'Abd; a.k.a. BAQI, Abdul; a.k.a. BARI, Abdul; a.k.a. BARI, Abdul Baqi; a.k.a. BARI, Haji Abdul; a.k.a. IBRAHIM, 'Abd Al-Baqi Muhammad; a.k.a. IBRAHIM, 'Abd Labaqi Muhammad; a.k.a. ISHAQZAI, Rais Abdul Bari; a.k.a. "ABDELBAKI"); DOB 01 Jan 1953; alt. DOB 1952; POB Kandahar, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 306749 (Afghanistan) expires 28 Jun 2014; alt. Passport 47168 (Afghanistan) (individual) [SDGT].

BAKINA, Alla, Russia; DOB 19 Feb 1971; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section

11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BAKOUEI, Ali (a.k.a. BAKOUIE, Ali; a.k.a. BAKU'I ZEINOLABEDIN, Ali; a.k.a. BAKU'I, Ali), Tehran, Iran; DOB 21 Mar 1966; POB Qom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport H62419567 (Iran) expires 27 Mar 2028; alt. Passport P72022539 (Iran) expires 16 Mar 2030 (individual) [NPWMD] [IFSR].

BAKOUIE, Ali (a.k.a. BAKOUEI, Ali; a.k.a. BAKU'I ZEINOLABEDIN, Ali; a.k.a. BAKU'I, Ali), Tehran, Iran; DOB 21 Mar 1966; POB Qom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport H62419567 (Iran) expires 27 Mar 2028; alt. Passport P72022539 (Iran) expires 16 Mar 2030 (individual) [NPWMD] [IFSR].

BAKR, Osama Abd Elmongy Abdalla (a.k.a. BAKR, Osama Abdelmongy Abdalla; a.k.a. BAKR, Osama Abdelmongy Abdallah; a.k.a. BAKR, Osama Ebdelmongy Abdalla), Rua Joaquim Nabuco 15, Alto Parana, Parana 87750-000, Brazil; DOB 08 Sep 1968; POB Port Said, Egypt; nationality Egypt; alt. nationality Brazil; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number V356783-K (Brazil); alt. Identification Number 83423818034 (Brazil); alt. Identification Number 07229181914 (Brazil); alt. Identification Number 154564654 (Brazil) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

BAKR, Osama Abdelmongy Abdalla (a.k.a. BAKR, Osama Abd Elmongy Abdalla; a.k.a. BAKR, Osama Abdelmongy Abdallah; a.k.a. BAKR, Osama Ebdelmongy Abdalla), Rua Joaquim Nabuco 15, Alto Parana, Parana 87750-000, Brazil; DOB 08 Sep 1968; POB Port Said, Egypt; nationality Egypt; alt. nationality Brazil; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number V356783-K (Brazil); alt. Identification Number 83423818034 (Brazil); alt. Identification Number 07229181914 (Brazil); alt. Identification Number 154564654 (Brazil) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

BAKR, Osama Abdelmongy Abdallah (a.k.a. BAKR, Osama Abd Elmongy Abdalla; a.k.a. BAKR, Osama Abdelmongy Abdalla; a.k.a.

BAKR, Osama Ebdelmongy Abdalla), Rua Joaquim Nabuco 15, Alto Parana, Parana 87750-000, Brazil; DOB 08 Sep 1968; POB Port Said, Egypt; nationality Egypt; alt. nationality Brazil; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number V356783-K (Brazil); alt. Identification Number 83423818034 (Brazil); alt. Identification Number 07229181914 (Brazil); alt. Identification Number 154564654 (Brazil) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

BAKR, Osama Ebdelmongy Abdalla (a.k.a. BAKR, Osama Abd Elmongy Abdalla; a.k.a. BAKR, Osama Abdelmongy Abdalla; a.k.a. BAKR, Osama Abdelmongy Abdallah), Rua Joaquim Nabuco 15, Alto Parana, Parana 87750-000, Brazil; DOB 08 Sep 1968; POB Port Said, Egypt; nationality Egypt; alt. nationality Brazil; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number V356783-K (Brazil); alt. Identification Number 83423818034 (Brazil); alt. Identification Number 07229181914 (Brazil); alt. Identification Number 154564654 (Brazil) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

BAKU, Eselda (a.k.a. HYSA, Eselda), Ensenada, Baja California, Mexico; DOB 24 Jun 1987; POB Elbasan, Albania; nationality Albania; Gender Female (individual) [TCO] (Linked To: ENTRETENIMIENTO PALERMO S.A. DE C.V.).

BAKU'I ZEINOLABEDIN, Ali (a.k.a. BAKOUEI, Ali; a.k.a. BAKOUIE, Ali; a.k.a. BAKU'I, Ali), Tehran, Iran; DOB 21 Mar 1966; POB Qom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport H62419567 (Iran) expires 27 Mar 2028; alt. Passport P72022539 (Iran) expires 16 Mar 2030 (individual) [NPWMD] [IFSR].

BAKU'I, Ali (a.k.a. BAKOUEI, Ali; a.k.a. BAKOUIE, Ali; a.k.a. BAKU'I ZEINOLABEDIN, Ali), Tehran, Iran; DOB 21 Mar 1966; POB Qom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport H62419567 (Iran) expires 27 Mar 2028; alt. Passport P72022539 (Iran) expires 16 Mar 2030 (individual) [NPWMD] [IFSR].

BALABA, Dmitriy Vladimirovich (Cyrillic: БАЛАБА, Дмитрий Владимирович) (a.k.a.

BALABA, Dmitry (Cyrillic: БАЛАБА, Дмитрий); a.k.a. BALABA, Dzmitriy Uladzimiravich (Cyrillic: БАЛАБА, Дзмітрый Уладзіміравіч)), Minsk, Belarus; DOB 1972; POB Haradzilava, Minsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

BALABA, Dmitry (Cyrillic: БАЛАБА, Дмитрий) (a.k.a. BALABA, Dmitriy Vladimirovich (Cyrillic: БАЛАБА, Дмитрий Владимирович); a.k.a. BALABA, Dzmitriy Uladzimiravich (Cyrillic: БАЛАБА, Дзмітрый Уладзіміравіч)), Minsk, Belarus; DOB 1972; POB Haradzilava, Minsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

BALABA, Dzmitriy Uladzimiravich (Cyrillic: БАЛАБА, Дзмітрый Уладзіміравіч) (a.k.a. BALABA, Dmitriy Vladimirovich (Cyrillic: БАЛАБА, Дмитрий Владимирович); a.k.a. BALABA, Dmitry (Cyrillic: БАЛАБА, Дмитрий)), Minsk, Belarus; DOB 1972; POB Haradzilava, Minsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

BALADNA AGRICULTURAL INVESTMENTS (a.k.a. BALADNA FOR AGRICULTURAL INVESTMENTS AND AGRICULTURAL SERVICES AND LIVESTOCK PRODUCTION AND FOOD PRODUCTION AND PROCESSING AND PACKAGING AND PACKAGING OF FOODSTUFFS LIMITED LIABILITY (Arabic: بلدنا للاستثمارات الزراعية والخدمات الزراعية والانتاج الزراعى والحيوانى وانتاج المواد الغذائية وتجهيز وتعبنة وتغليف المواد الغذائية (محدودة المسؤولية)), Baghdad, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Apr 2022; Organization Type: Mixed farming [SDGT] (Linked To: MUHANDIS GENERAL COMPANY FOR CONSTRUCTION, ENGINEERING, MECHANICAL, AGRICULTURAL, AND INDUSTRIAL CONTRACTING).

BALADNA FOR AGRICULTURAL INVESTMENTS AND AGRICULTURAL SERVICES AND LIVESTOCK PRODUCTION AND FOOD PRODUCTION AND PROCESSING AND PACKAGING AND PACKAGING OF FOODSTUFFS LIMITED LIABILITY (Arabic: بلدنا للاستثمارات الزراعية والخدمات الزراعية والانتاج الزراعى والحيوانى وانتاج المواد الغذائية وتجهيز وتعبنة وتغليف المواد الغذائية محدودة المسؤولية) (a.k.a. BALADNA AGRICULTURAL INVESTMENTS), Baghdad, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization

Established Date 25 Apr 2022; Organization Type: Mixed farming [SDGT] (Linked To: MUHANDIS GENERAL COMPANY FOR CONSTRUCTION, ENGINEERING, MECHANICAL, AGRICULTURAL, AND INDUSTRIAL CONTRACTING).

BALASHIKHA CASTING MECHANICAL PLANT OJSC (a.k.a. OPEN JOINT STOCK COMPANY BALASHIKHINSKIY LITEYNO MEKHANICHESKIY ZAVOD; a.k.a. "BLMZ"), 4, Entuziastov, Balashikha 143912, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5001000027 (Russia); Registration Number 1025000510534 (Russia) [RUSSIA-EO14024].

BALAWI, Mut'i (a.k.a. AL-BALAWI, Mut'i; a.k.a. BALWI, Maarouf; a.k.a. BALWI, Moutee Maarouf; a.k.a. BALWI, Mut'i Ma'ruf (Arabic: مطيع معروف بلوي)), Syria; DOB 01 Jan 1985; POB Nubl, Syria; nationality Syria; Gender Male; Passport 2488186 (Syria) (individual) [PAARSSR-EO13894] (Linked To: AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY).

BALBEK, Ruslan Ismailovich; DOB 28 Aug 1977; POB Uzbekistan; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BALDOUSKAYA, Alena Anatolieuna (Cyrillic: БАЛДОЎСКАЯ, Алена Анатольеўна) (a.k.a. BALDOVSKAYA, Yelena; a.k.a. BALDOVSKAYA, Yelena Anatolievna (Cyrillic: БАЛДОВСКАЯ, Елена Анатольевна)), Minsk Oblast, Belarus; DOB 1980; nationality Belarus; Gender Female (individual) [BELARUS-EO14038].

BALDOVSKAYA, Yelena (a.k.a. BALDOUSKAYA, Alena Anatolieuna (Cyrillic: БАЛДОЎСКАЯ, Алена Анатольеўна); a.k.a. BALDOVSKAYA, Yelena Anatolievna (Cyrillic: БАЛДОВСКАЯ, Елена Анатольевна)), Minsk Oblast, Belarus; DOB 1980; nationality Belarus; Gender Female (individual) [BELARUS-EO14038].

BALDOVSKAYA, Yelena Anatolievna (Cyrillic: БАЛДОВСКАЯ, Елена Анатольевна) (a.k.a. BALDOUSKAYA, Alena Anatolieuna (Cyrillic: БАЛДОЎСКАЯ, Алена Анатольеўна); a.k.a. BALDOVSKAYA, Yelena), Minsk Oblast, Belarus; DOB 1980; nationality Belarus; Gender Female (individual) [BELARUS-EO14038].

BALESTRINI JARAMILLO, Angel Daniel, Venezuela; DOB 13 Sep 1974; POB Caracas, Venezuela; nationality Venezuela; Gender Male; Cedula No. V12085833 (Venezuela) (individual) [VENEZUELA].

BALITSKIY, Yevgeniy (a.k.a. BALITSKY, Evgeniy Vitalevich (Cyrillic: БАЛИЦКИЙ, Евгений Витальевич); a.k.a. BALYTSKY, Yevhen; a.k.a. BALYTSKYI, Evhenii; a.k.a. BALYTSKYI, Yevhen Vitaliiovych (Cyrillic: БАЛИЦЬКИЙ, Евген Віталійович)), Zaporizhzhia Region, Ukraine; DOB 10 Dec 1969; POB Melitopol, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BALITSKY, Evgeniy Vitalevich (Cyrillic: БАЛИЦКИЙ, Евгений Витальевич) (a.k.a. BALITSKIY, Yevgeniy; a.k.a. BALYTSKY, Yevhen; a.k.a. BALYTSKYI, Evhenii; a.k.a. BALYTSKYI, Yevhen Vitaliiovych (Cyrillic: БАЛИЦЬКИЙ, Евген Віталійович)), Zaporizhzhia Region, Ukraine; DOB 10 Dec 1969; POB Melitopol, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BALLITO BAY SHIPPING INC (a.k.a. BALLITO BAY SHIPPING INCORPORATED), 80 Broad Street, Monrovia, Liberia; Identification Number IMO 5804961 [VENEZUELA-EO13850].

BALLITO BAY SHIPPING INCORPORATED (a.k.a. BALLITO BAY SHIPPING INC), 80 Broad Street, Monrovia, Liberia; Identification Number IMO 5804961 [VENEZUELA-EO13850].

BALLUL, Ahmad (a.k.a. BALLUL, Ahmad Muhammad; a.k.a. BALLUL, Ahmed), Syria; DOB 10 Oct 1954; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

BALLUL, Ahmad Muhammad (a.k.a. BALLUL, Ahmad; a.k.a. BALLUL, Ahmed), Syria; DOB 10 Oct 1954; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

BALLUL, Ahmed (a.k.a. BALLUL, Ahmad; a.k.a. BALLUL, Ahmad Muhammad), Syria; DOB 10 Oct 1954; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

BALOCH LIBERATION ARMY (a.k.a. BALOCHISTAN LIBERATION ARMY (Arabic: بلۆچستان آجویے لشکر); a.k.a. MAJEED BRIGADE; a.k.a. ZEPHYR INTELLIGENCE RESEARCH AND ANALYSIS BUREAU; a.k.a. "BLA"; a.k.a. "FATEH SQUAD"), Balochistan, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2000 [FTO] [SDGT].

BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM) (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

BALOCHISTAN LIBERATION ARMY (Arabic: بلۆچستان آجویے لشکر) (a.k.a. BALOCH LIBERATION ARMY; a.k.a. MAJEED BRIGADE; a.k.a. ZEPHYR INTELLIGENCE RESEARCH AND ANALYSIS BUREAU; a.k.a. "BLA"; a.k.a. "FATEH SQUAD"), Balochistan, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2000 [FTO] [SDGT].

BALTELEKTRON LIMITED LIABILITY COMPANY (Cyrillic: БАЛТЕЛЕКТРОН ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ), d. 17, k. 12, etazh 3, kom. 20, ul. 1-Ya Yamskogo Polya, Moscow 125124, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714417321 (Russia); Registration Number 5177746131888 (Russia) [RUSSIA-EO14024].

BALTIC DEVELOPMENT BANK CLOSED JOINT STOCK COMPANY (a.k.a. BBR BANK CLOSED JOINT STOCK COMPANY; a.k.a. BBR BANK JOINT STOCK COMPANY), 1-st Nikoloshchepovsky Pereulok, Stroyenie, 6, 1, Moscow 121099, Russia; SWIFT/BIC BADJRUMM; Website www.bbr.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 3900001002 (Russia); Legal Entity Number 253400MF70R9W1E92E58; Registration Number 1027700074775 (Russia) [RUSSIA-EO14024].

BALTIC PLANT (Cyrillic: БАЛТИЙСКИЙ ЗАВОД) (a.k.a. BALTIC SHIPYARD; a.k.a. BALTIC SHIPYARD JSC; a.k.a. JSC BALTIC PLANT (Cyrillic: АО БАЛТИЙСКИЙ ЗАВОД)), St.

Oblique Line, House 16, St. Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801560631 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

BALTIC SHIPYARD (a.k.a. BALTIC PLANT (Cyrillic: БАЛТИЙСКИЙ ЗАВОД); a.k.a. BALTIC SHIPYARD JSC; a.k.a. JSC BALTIC PLANT (Cyrillic: АО БАЛТИЙСКИЙ ЗАВОД)), St. Oblique Line, House 16, St. Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801560631 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

BALTIC SHIPYARD JSC (a.k.a. BALTIC PLANT (Cyrillic: БАЛТИЙСКИЙ ЗАВОД); a.k.a. BALTIC SHIPYARD; a.k.a. JSC BALTIC PLANT (Cyrillic: АО БАЛТИЙСКИЙ ЗАВОД)), St. Oblique Line, House 16, St. Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801560631 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

BALTINFOKOM (a.k.a. LIMITED LIABILITY COMPANY BALTINFOCOM; a.k.a. LIMITED LIABILITY COMPANY BALTINFOKOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БАЛТИНФОКОМ); a.k.a. LLC BALTINFOCOM; a.k.a. OOO BALTINFOKOM), Pr-Kt Yaroslavskii D.78, Lit. A, Pom.19N, Saint Petersburg 194214, Russia; 7H, 71, Komstromskoy Avenue, Saint Petersburg 194214, Russia; Website www.baltinfocom.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jul 2007; Organization Type: Other information technology and computer service activities; Tax ID No. 7810481785 (Russia); Registration Number 1077847481535 (Russia) [RUSSIA-EO14024].

BALTIYSKAYA PROMISHLENNAYA KOMPANIYA (a.k.a. AO BALTIISKAYA PROMYSHLENNAYA KOMPANIYA), Malaya Bukharestskaya str., 5, building 2/39, St. Petersburg 192288, Russia; Prospekt Kultury, 49A, St. Petersburg 195276, Russia; 3rd Ribatskii lane, 3 production, St. Petersburg 192177, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801200558 (Russia); Registration Number 1037800041773 (Russia) [RUSSIA-EO14024].

BALTPROMSERVIS, Ul. Kaspiiskaya D. 22, K. 1 Str. 3, Pomeshch. I Kom. 6-12, Moscow 115304, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5048057212 (Russia); Registration Number 1205000079954 (Russia) [RUSSIA-EO14024].

BALUKU, Seka (a.k.a. BALUKU, Seka Musa; a.k.a. KAJUJU, Mzee; a.k.a. "LUMONDE"; a.k.a. "LUMU"; a.k.a. "MAKUBA"), Congo, Democratic Republic of the; North Kivu Province, Congo, Democratic Republic of the; DOB 1976; alt. DOB 1975; POB Kasese District, Rwenzururu Sub-Region, Western Uganda; nationality Uganda; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [GLOMAG].

BALUKU, Seka Musa (a.k.a. BALUKU, Seka; a.k.a. KAJUJU, Mzee; a.k.a. "LUMONDE"; a.k.a. "LUMU"; a.k.a. "MAKUBA"), Congo, Democratic Republic of the; North Kivu Province, Congo, Democratic Republic of the; DOB 1976; alt. DOB 1975; POB Kasese District, Rwenzururu Sub-Region, Western Uganda; nationality Uganda; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [GLOMAG].

BALWI, Fadel Ma'ruf (Arabic: فاضل معروف بلوي) (a.k.a. AL-BALAWI, Fadel), Syria; DOB 01 Jan 1983; POB Nubl, Syria; nationality Syria; Gender Male; Passport 2251748 (Syria) (individual) [PAARSSR-EO13894] (Linked To: AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY).

BALWI, Maarouf (a.k.a. AL-BALAWI, Mut'i; a.k.a. BALAWI, Mut'i; a.k.a. BALWI, Moutee Maarouf; a.k.a. BALWI, Mut'i Ma'ruf (Arabic: مطيع معروف بلوي)), Syria; DOB 01 Jan 1985; POB Nubl, Syria; nationality Syria; Gender Male; Passport 2488186 (Syria) (individual) [PAARSSR-EO13894] (Linked To: AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY).

BALWI, Moutee Maarouf (a.k.a. AL-BALAWI, Mut'i; a.k.a. BALAWI, Mut'i; a.k.a. BALWI, Maarouf; a.k.a. BALWI, Mut'i Ma'ruf (Arabic: مطيع معروف بلوي)), Syria; DOB 01 Jan 1985; POB Nubl, Syria; nationality Syria; Gender Male; Passport 2488186 (Syria) (individual) [PAARSSR-EO13894] (Linked To: AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY).

BALWI, Muhammad Ma'ruf (Arabic: محمد معروف بلوي) (a.k.a. AL-BALAWI, Muhammad; a.k.a. AL-BALAWI, Muhammad Ma'ruf), Sayyida Zeynab, Damascus, Syria; DOB 01 Jan 1981; POB Nubl, Syria; nationality Syria; Gender Male; Passport 1982538 (Syria) (individual) [PAARSSR-EO13894] (Linked To: AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY).

BALWI, Mut'i Ma'ruf (Arabic: مطيع معروف بلوي) (a.k.a. AL-BALAWI, Mut'i; a.k.a. BALAWI, Mut'i; a.k.a. BALWI, Maarouf; a.k.a. BALWI, Moutee Maarouf), Syria; DOB 01 Jan 1985; POB Nubl, Syria; nationality Syria; Gender Male; Passport 2488186 (Syria) (individual) [PAARSSR-EO13894] (Linked To: AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY).

BALYTSKY, Yevhen (a.k.a. BALITSKIY, Yevgeniy; a.k.a. BALITSKY, Evgeniy Vitalevich (Cyrillic: БАЛИЦКИЙ, Евгений Витальевич); a.k.a. BALYTSKYI, Evhenii; a.k.a. BALYTSKYI, Yevhen Vitaliiovych (Cyrillic: БАЛИЦЬКИЙ, Евген Віталійович)), Zaporizhzhia Region, Ukraine; DOB 10 Dec 1969; POB Melitopol, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BALYTSKYI, Evhenii (a.k.a. BALITSKIY, Yevgeniy; a.k.a. BALITSKY, Evgeniy Vitalevich (Cyrillic: БАЛИЦКИЙ, Евгений Витальевич); a.k.a. BALYTSKY, Yevhen; a.k.a. BALYTSKYI, Yevhen Vitaliiovych (Cyrillic: БАЛИЦЬКИЙ, Евген Віталійович)), Zaporizhzhia Region, Ukraine; DOB 10 Dec 1969; POB Melitopol, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BALYTSKYI, Yevhen Vitaliiovych (Cyrillic: БАЛИЦЬКИЙ, Евген Віталійович) (a.k.a. BALITSKIY, Yevgeniy; a.k.a. BALITSKY, Evgeniy Vitalevich (Cyrillic: БАЛИЦКИЙ, Евгений Витальевич); a.k.a. BALYTSKY, Yevhen; a.k.a. BALYTSKYI, Evhenii), Zaporizhzhia Region, Ukraine; DOB 10 Dec 1969; POB Melitopol, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BAMEX LIMITED, PostFach 52, Klagenfurt 9023, Austria; Company Number 94593 (Gibraltar) [SDNTK].

BANA, Hama (a.k.a. HAMANI, Hamma; a.k.a. HAMANI, Mohammed; a.k.a. "DJANET, el Hadj

Hama"); DOB 1967; POB Illizi, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [LIBYA3] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

BANAGRICOLA S.A. (a.k.a. BANANERA AGRICOLA S.A.), Carrera 2B No. 26-12, Santa Marta, Colombia; NIT # 800142651-6 (Colombia) [SDNT].

BANANERA AGRICOLA S.A. (a.k.a. BANAGRICOLA S.A.), Carrera 2B No. 26-12, Santa Marta, Colombia; NIT # 800142651-6 (Colombia) [SDNT].

BANCO BANDES (a.k.a. BANCO DE DESARROLLO ECONOMICO Y SOCIAL DE VENEZUELA; a.k.a. BANDES; f.k.a. FONDO DE INVERSIONES DE VENEZUELA), Av. Universidad, Esq. de Traposos a Colon, P-1, Torre BANDES, CARACAS, DISTRITO FEDERAL 1010, Venezuela; Edificio Fondo de Inversiones de Venezuela Avenida Norte 1, Esquina Colon a Traposos, Caracas, Venezuela; SWIFT/BIC FIVVVECA; National ID No. G200047526 (Venezuela) [VENEZUELA-EO13850].

BANCO BANDES URUGUAY S.A. (a.k.a. BANDES URUGUAY), Zabala 1338, Montevideo 11000, Uruguay; SWIFT/BIC CFACUYMM; National ID No. 215395820015 (Uruguay) [VENEZUELA-EO13850] (Linked To: BANCO DE DESARROLLO ECONOMICO Y SOCIAL DE VENEZUELA).

BANCO BICENTENARIO BANCO UNIVERSAL C.A. (a.k.a. BANCO BICENTENARIO DEL PUEBLO; a.k.a. BANCO BICENTENARIO DEL PUEBLO, DE LA CLASE OBRERA, MUJER Y COMUNAS, BANCO UNIVERSAL CA; a.k.a. BANCO BICENTENARIO DEL PUEBLO, DE LA CLASE OBRERA, MUJER Y COMUNIAS, BANCO UNIVERSAL C.A.), Av Venezuela, Torre Banco Bicentenario, P.P, El Rosal, Caracas, Distrito Capital, Venezuela; SWIFT/BIC CONDVECP; National ID No. G200091487 (Venezuela) [VENEZUELA-EO13850].

BANCO BICENTENARIO DEL PUEBLO (f.k.a. BANCO BICENTENARIO BANCO UNIVERSAL C.A.; a.k.a. BANCO BICENTENARIO DEL PUEBLO, DE LA CLASE OBRERA, MUJER Y COMUNAS, BANCO UNIVERSAL CA; a.k.a. BANCO BICENTENARIO DEL PUEBLO, DE LA CLASE OBRERA, MUJER Y COMUNIAS, BANCO UNIVERSAL C.A.), Av Venezuela, Torre Banco Bicentenario, P.P, El Rosal,

Caracas, Distrito Capital, Venezuela; SWIFT/BIC CONDVECP; National ID No. G200091487 (Venezuela) [VENEZUELA-EO13850].

BANCO BICENTENARIO DEL PUEBLO, DE LA CLASE OBRERA, MUJER Y COMUNAS, BANCO UNIVERSAL CA (f.k.a. BANCO BICENTENARIO BANCO UNIVERSAL C.A.; a.k.a. BANCO BICENTENARIO DEL PUEBLO; a.k.a. BANCO BICENTENARIO DEL PUEBLO, DE LA CLASE OBRERA, MUJER Y COMUNIAS, BANCO UNIVERSAL C.A.), Av Venezuela, Torre Banco Bicentenario, P.P, El Rosal, Caracas, Distrito Capital, Venezuela; SWIFT/BIC CONDVECP; National ID No. G200091487 (Venezuela) [VENEZUELA-EO13850].

BANCO BICENTENARIO DEL PUEBLO, DE LA CLASE OBRERA, MUJER Y COMUNIAS, BANCO UNIVERSAL C.A. (f.k.a. BANCO BICENTENARIO BANCO UNIVERSAL C.A.; a.k.a. BANCO BICENTENARIO DEL PUEBLO; a.k.a. BANCO BICENTENARIO DEL PUEBLO, DE LA CLASE OBRERA, MUJER Y COMUNAS, BANCO UNIVERSAL CA), Av Venezuela, Torre Banco Bicentenario, P.P, El Rosal, Caracas, Distrito Capital, Venezuela; SWIFT/BIC CONDVECP; National ID No. G200091487 (Venezuela) [VENEZUELA-EO13850].

BANCO CENTRAL DE VENEZUELA (a.k.a. CENTRAL BANK OF VENEZUELA), Av. Urdaneta, Esquina Las Carmelitas, Edif. Banco Central, Caracas, Venezuela; Av. Urdaneta, Esquina de Carmelitas, Distrito Capital, Caracas 1010, Venezuela; SWIFT/BIC BCVEVECA; Tax ID No. G200001100 (Venezuela) [VENEZUELA-EO13850].

BANCO CORPORATIVO SA (a.k.a. "BANCO NACIONAL"; a.k.a. "BANCO NATIONAL"; a.k.a. "BANCORP"; a.k.a. "NATIONAL BANK"), 2 Cuadras Aloeste y 3 Cuadras Alnorte, Managua, Nicaragua; SWIFT/BIC BOFPNIMA [NICARAGUA].

BANCO DE DESARROLLO ECONOMICO Y SOCIAL DE VENEZUELA (a.k.a. BANCO BANDES; a.k.a. BANDES; f.k.a. FONDO DE INVERSIONES DE VENEZUELA), Av. Universidad, Esq. de Traposos a Colon, P-1, Torre BANDES, CARACAS, DISTRITO FEDERAL 1010, Venezuela; Edificio Fondo de Inversiones de Venezuela Avenida Norte 1, Esquina Colon a Traposos, Caracas, Venezuela; SWIFT/BIC FIVVVECA; National ID

No. G200047526 (Venezuela) [VENEZUELA-EO13850].

BANCO DE VENEZUELA (a.k.a. BANCO DE VENEZUELA SA BANCO UNIVERSAL; a.k.a. BANCO DE VENEZUELA SA, BANCO UNIVERSAL; f.k.a. BANCO DE VENEZUELA, S.A.; a.k.a. BANCO DE VENEZUELA, S.A.C.A.), Av Universidad Esq. de Sociedad, Torre Banco de Venezuela, Caracas, Distrito Federal, Venezuela; SWIFT/BIC VZLAVECA; National ID No. G200099976 (Venezuela) [VENEZUELA-EO13850] (Linked To: BANCO DE DESARROLLO ECONOMICO Y SOCIAL DE VENEZUELA).

BANCO DE VENEZUELA SA BANCO UNIVERSAL (a.k.a. BANCO DE VENEZUELA; a.k.a. BANCO DE VENEZUELA SA, BANCO UNIVERSAL; f.k.a. BANCO DE VENEZUELA, S.A.; a.k.a. BANCO DE VENEZUELA, S.A.C.A.), Av Universidad Esq. de Sociedad, Torre Banco de Venezuela, Caracas, Distrito Federal, Venezuela; SWIFT/BIC VZLAVECA; National ID No. G200099976 (Venezuela) [VENEZUELA-EO13850] (Linked To: BANCO DE DESARROLLO ECONOMICO Y SOCIAL DE VENEZUELA).

BANCO DE VENEZUELA SA, BANCO UNIVERSAL (a.k.a. BANCO DE VENEZUELA; a.k.a. BANCO DE VENEZUELA SA BANCO UNIVERSAL; f.k.a. BANCO DE VENEZUELA, S.A.; a.k.a. BANCO DE VENEZUELA, S.A.C.A.), Av Universidad Esq. de Sociedad, Torre Banco de Venezuela, Caracas, Distrito Federal, Venezuela; SWIFT/BIC VZLAVECA; National ID No. G200099976 (Venezuela) [VENEZUELA-EO13850] (Linked To: BANCO DE DESARROLLO ECONOMICO Y SOCIAL DE VENEZUELA).

BANCO DE VENEZUELA, S.A. (a.k.a. BANCO DE VENEZUELA; a.k.a. BANCO DE VENEZUELA SA BANCO UNIVERSAL; a.k.a. BANCO DE VENEZUELA SA, BANCO UNIVERSAL; a.k.a. BANCO DE VENEZUELA, S.A.C.A.), Av Universidad Esq. de Sociedad, Torre Banco de Venezuela, Caracas, Distrito Federal, Venezuela; SWIFT/BIC VZLAVECA; National ID No. G200099976 (Venezuela) [VENEZUELA-EO13850] (Linked To: BANCO DE DESARROLLO ECONOMICO Y SOCIAL DE VENEZUELA).

BANCO DE VENEZUELA, S.A.C.A. (a.k.a. BANCO DE VENEZUELA; a.k.a. BANCO DE VENEZUELA SA BANCO UNIVERSAL; a.k.a. BANCO DE VENEZUELA SA, BANCO UNIVERSAL; f.k.a. BANCO DE VENEZUELA,

S.A.), Av Universidad Esq. de Sociedad, Torre Banco de Venezuela, Caracas, Distrito Federal, Venezuela; SWIFT/BIC VZLAVECA; National ID No. G200099976 (Venezuela) [VENEZUELA-EO13850] (Linked To: BANCO DE DESARROLLO ECONOMICO Y SOCIAL DE VENEZUELA).

BANCO INTERNACIONAL DE DESARROLLO, C.A. (a.k.a. "BID"), Urb. El Rosal, Av. Francisco de Miranda Edificio Dozsa - Piso 8, C.P. 1060, Caracas, Venezuela; SWIFT/BIC IDUNVECA; Website www.bid.com.ve; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: EXPORT DEVELOPMENT BANK OF IRAN).

BANCO NACIONAL DE CUBA (a.k.a. NATIONAL BANK OF CUBA; a.k.a. "BNC"), Zweierstrasse 35, Zurich CH-8022, Switzerland; Avenida de Concha Espina 8, Madrid E-28036, Spain; Dai-Ichi Bldg. 6th Floor, 10-2 Nihombashi, 2-chome, Chuo-ku, Tokyo 103, Japan; Federico Boyd Avenue & 51 Street, Panama City, Panama [CUBA].

BANCO PRODEM S.A. (f.k.a. FONDO FINANCIERO PRIVADO PRODEM S.A.), Calle Belisario Salinas No 520, esquina, Sanchez Lima, La Paz, La Paz, Bolivia; SWIFT/BIC BPRMBOLP; Tax ID No. 1029837028 (Bolivia) [VENEZUELA-EO13850] (Linked To: BANCO DE DESARROLLO ECONOMICO Y SOCIAL DE VENEZUELA).

BANCO VTB AFRICA SA (a.k.a. VTB AFRICA), 22, Rua da Missao, Luanda, Angola; SWIFT/BIC VTBLAOLU; Website www.vtb.ao; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

BANDA CRIMINAL DE URABA (a.k.a. CLAN DEL GOLFO; a.k.a. CLAN USUGA; a.k.a. GULF CLAN; a.k.a. LOS AUTODEFENSAS GAITANISTAS DE COLOMBIA; a.k.a. LOS URABENOS (Latin: LOS URABEÑOS)), Colombia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [SDNTK] [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

BANDAR ABBAS ZINC PRODUCTION COMPANY, No. 15, Zarir Alley, Turkmenistan Street, Motahhari Avenue, Tehran 1565613115, Iran; Website www.bzpc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1080000606618 (Iran); Registration Number 3249 (Iran) [SDGT] [IFSR] (Linked To: CALCIMIN).

BANDAR IMAM ABNIROO PETROCHEMICAL COMPANY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BANDAR IMAM BESPARAN PETROCHEMICAL COMPANY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BANDAR IMAM FARAVARESH PETROCHEMICAL COMPANY (a.k.a. FARAVARESH BANDAR IMAM COMPANY), Bandar Imam Petrochemical Complex, Bandar Imam Khomeini, Khuzestan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BANDAR IMAM KHARAZMI PETROCHEMICAL COMPANY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BANDAR IMAM KIMIYA PETROCHEMICAL COMPANY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BANDAR IMAM PETROCHEMICAL (a.k.a. BANDAR IMAM PETROCHEMICAL CO; a.k.a. BANDAR IMAM PETROCHEMICAL COMPANY; a.k.a. BANDAR IMAM PETROCHEMICAL COMPANY LTD; a.k.a. "BIPC"), North Kargar Street, Tehran, Iran; Mahshahr, Bandar Imam, Khuzestan Province, Iran; Imam Khumaini Port, Mahshahr, Khuzestan, Iran; P.O. Box 314, Iran; Additional Sanctions Information - Subject to Secondary

Sanctions; National ID No. 6301 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BANDAR IMAM PETROCHEMICAL CO (a.k.a. BANDAR IMAM PETROCHEMICAL; a.k.a. BANDAR IMAM PETROCHEMICAL COMPANY; a.k.a. BANDAR IMAM PETROCHEMICAL COMPANY LTD; a.k.a. "BIPC"), North Kargar Street, Tehran, Iran; Mahshahr, Bandar Imam, Khuzestan Province, Iran; Imam Khumaini Port, Mahshahr, Khuzestan, Iran; P.O. Box 314, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 6301 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BANDAR IMAM PETROCHEMICAL COMPANY (a.k.a. BANDAR IMAM PETROCHEMICAL; a.k.a. BANDAR IMAM PETROCHEMICAL CO; a.k.a. BANDAR IMAM PETROCHEMICAL COMPANY LTD; a.k.a. "BIPC"), North Kargar Street, Tehran, Iran; Mahshahr, Bandar Imam, Khuzestan Province, Iran; Imam Khumaini Port, Mahshahr, Khuzestan, Iran; P.O. Box 314, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 6301 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BANDAR IMAM PETROCHEMICAL COMPANY LTD (a.k.a. BANDAR IMAM PETROCHEMICAL; a.k.a. BANDAR IMAM PETROCHEMICAL CO; a.k.a. BANDAR IMAM PETROCHEMICAL COMPANY; a.k.a. "BIPC"), North Kargar Street, Tehran, Iran; Mahshahr, Bandar Imam, Khuzestan Province, Iran; Imam Khumaini Port, Mahshahr, Khuzestan, Iran; P.O. Box 314, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 6301 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BANDARABADI, Mohammad Reza Jafari (a.k.a. JAFARIBANDARABADI, Mohammadreza), Iran; DOB 29 Nov 1989; POB Yazd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M20385084 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

BANDES (a.k.a. BANCO BANDES; a.k.a. BANCO DE DESARROLLO ECONOMICO Y SOCIAL DE VENEZUELA; f.k.a. FONDO DE INVERSIONES DE VENEZUELA), Av. Universidad, Esq. de Traposos a Colon, P-1,

Torre BANDES, CARACAS, DISTRITO FEDERAL 1010, Venezuela; Edificio Fondo de Inversiones de Venezuela Avenida Norte 1, Esquina Colon a Traposos, Caracas, Venezuela; SWIFT/BIC FIVVVECA; National ID No. G200047526 (Venezuela) [VENEZUELA-EO13850].

BANDES URUGUAY (a.k.a. BANCO BANDES URUGUAY S.A.), Zabala 1338, Montevideo 11000, Uruguay; SWIFT/BIC CFACUYMM; National ID No. 215395820015 (Uruguay) [VENEZUELA-EO13850] (Linked To: BANCO DE DESARROLLO ECONOMICO Y SOCIAL DE VENEZUELA).

BANDO, Haji; DOB 1971; POB Afghanistan; nationality Afghanistan; citizen Afghanistan (individual) [SDNTK].

BANDURA, Vladimir Vladimirovich (Cyrillic: БАНДУРА, Владимир Владимирович) (a.k.a. BANDURA, Volodymyr Volodymyrovich (Cyrillic: БАНДУРА, Володимир Володимирович)), 39 Shchorsa St., Donetsk, Donetsk region, Ukraine; DOB 15 Jul 1990; POB Toretsk, Donetsk region, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3306813910 (Ukraine) (individual) [RUSSIA-EO14024].

BANDURA, Volodymyr Volodymyrovich (Cyrillic: БАНДУРА, Володимир Володимирович) (a.k.a. BANDURA, Vladimir Vladimirovich (Cyrillic: БАНДУРА, Владимир Владимирович)), 39 Shchorsa St., Donetsk, Donetsk region, Ukraine; DOB 15 Jul 1990; POB Toretsk, Donetsk region, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3306813910 (Ukraine) (individual) [RUSSIA-EO14024].

BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP (a.k.a. HANG HUN SUAN CHAMKAT BANG KOK ATHI-FLORA DISAIN), 812/89 Ratchada Phisek Road, Din Daeng precinct, Huai Khwang district, Bangkok, Thailand [SDNTK].

BANGKOK SILK FLOWER COMPANY LTD., 277-279 Soi Thiam Ruammit, Ratchada Phisek Road, Huai Khwang district, Bangkok, Thailand [SDNTK].

BANIHASHEMI CHAHAROM, Seyed Mohammad (a.k.a. BANIHASHEMI, Mohammad), No 3, Mehr Alley, Kamran Alley, Bastan Alley, Firuzbakhsh Ave, Aghdasieh, Tehran 1957759678, Iran; DOB 26 Mar 1959; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport B32563329 (Iran) expires 17 Dec 2019; National ID No. 0940486229 (Iran) (individual) [NPWMD] [IFSR] (Linked To: DES INTERNATIONAL CO., LTD.).

BANIHASHEMI, Mohammad (a.k.a. BANIHASHEMI CHAHAROM, Seyed Mohammad), No 3, Mehr Alley, Kamran Alley, Bastan Alley, Firuzbakhsh Ave, Aghdasieh, Tehran 1957759678, Iran; DOB 26 Mar 1959; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport B32563329 (Iran) expires 17 Dec 2019; National ID No. 0940486229 (Iran) (individual) [NPWMD] [IFSR] (Linked To: DES INTERNATIONAL CO., LTD.).

BANK ANSAR (a.k.a. ANSAR BANK; a.k.a. ANSAR FINANCE AND CREDIT FUND; a.k.a. ANSAR FINANCIAL AND CREDIT INSTITUTE; a.k.a. BANK-E ANSAR; f.k.a. "ANSAR AL-MOJAHEDIN NO-INTEREST LOAN INSTITUTE"; f.k.a. "ANSAR INSTITUTE"; f.k.a. "ANSAR SAVING AND INTEREST FREE-LOANS FUND"), Building No. 539, North Pasdaran Street, Tehran 19575-497, Iran; Website www.ansarbank.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [IRAN] [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BANK BELVEB OJSC (a.k.a. BANK BELVEB OPEN JOINT STOCK COMPANY; a.k.a. BELVESHECONOMBANK OAO; a.k.a. BELVNESHECONOMBANK OPEN JOINT STOCK COMPANY), 29 Pobeditelei ave., Minsk 220004, Belarus; Myasnikova, 32, Minsk 220050, Belarus; SWIFT/BIC BELBBY2X; Website bveb.by; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Dec 1991; Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Legal Entity Number 25340038P8SYW80B9W34 (Russia); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

BANK BELVEB OPEN JOINT STOCK COMPANY (a.k.a. BANK BELVEB OJSC; a.k.a. BELVESHECONOMBANK OAO; a.k.a. BELVNESHECONOMBANK OPEN JOINT STOCK COMPANY), 29 Pobeditelei ave., Minsk 220004, Belarus; Myasnikova, 32, Minsk 220050, Belarus; SWIFT/BIC BELBBY2X; Website bveb.by; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Dec 1991; Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Legal Entity Number 25340038P8SYW80B9W34 (Russia); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

BANK CENTER FOR INTERNATIONAL SETTLEMENTS LLC (a.k.a. BANK TSENTR MEZHDUNARODNYKH RASCHETOV OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. LLC TSMRBANK; a.k.a. TSMRBANK, OOO), ul. Palikha, d. 10, Str. 7, Moscow 127055, Russia; Website www.nko-cmr.ru; Email Address cmr@cmrbank.ru; BIK (RU) 044525059; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration ID 1157700005759 (Russia); Tax ID No. 7750056670 (Russia); Government Gazette Number 45000256 (Russia) [UKRAINE-EO13660] [DPRK3] [RUSSIA-EO14024].

BANK CHBRR, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII; f.k.a. BANK CHBRR, PAO; a.k.a. 'CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII, OTKRYTOE AKTSIONERNOE OBSHCHESTVO'; a.k.a. JOINT STOCK COMPANY BLACK SEA BANK OF DEVELOPMENT AND RECONSTRUCTION; a.k.a. JSC 'BLACK SEA BANK FOR DEVELOPMENT & RECONSTRUCTION'; f.k.a. OPEN JOINT STOCK COMPANY BLACK SEA DEVELOPMENT AND RECONSTRUCTION BANK), 24 ul. Bolshevistskaya, Simferopol, Crimea 295001, Ukraine; BIK (RU) 043510101; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102030186 (Russia); Tax ID No. 9102019769 (Russia); Government Gazette Number 00204814 (Russia); License 3527 (Russia) [UKRAINE-EO13685].

BANK CHBRR, PAO (a.k.a. AKTSIONERNOE OBSHCHESTVO CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII; a.k.a. BANK CHBRR, AO; a.k.a. 'CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII, OTKRYTOE AKTSIONERNOE OBSHCHESTVO'; a.k.a. JOINT STOCK COMPANY BLACK SEA BANK OF DEVELOPMENT AND RECONSTRUCTION; a.k.a. JSC 'BLACK SEA BANK FOR DEVELOPMENT & RECONSTRUCTION'; f.k.a. OPEN JOINT STOCK COMPANY BLACK SEA DEVELOPMENT AND RECONSTRUCTION BANK), 24 ul. Bolshevistskaya, Simferopol, Crimea 295001, Ukraine; BIK (RU) 043510101; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102030186 (Russia); Tax ID No. 9102019769 (Russia); Government Gazette Number 00204814 (Russia); License 3527 (Russia) [UKRAINE-EO13685].

BANK DABRABYT JOINT STOCK COMPANY (a.k.a. BANK DABRABYT JSC; f.k.a. BANK MOSCOW-MINSK JOINT STOCK COMPANY; f.k.a. FOREIGN BANK MOSKVA-MINSK; f.k.a. MOSCOW-MINSK FOREIGN BANK; a.k.a. OJSC BANK DABRABYT (Cyrillic: ОАО БАНК ДАБРАБЫТ)), Kommunisticheskaya Str. 49, premises 1, Minsk 220002, Belarus; SWIFT/BIC MMBNBY22; Website www.bankdabrabyt.by; Organization Established Date 07 Apr 2000; Target Type Financial Institution; alt. Target

Type State-Owned Enterprise; Registration Number 807000002 (Belarus) [BELARUS-EO14038].

BANK DABRABYT JSC (a.k.a. BANK DABRABYT JOINT STOCK COMPANY; f.k.a. BANK MOSCOW-MINSK JOINT STOCK COMPANY; f.k.a. FOREIGN BANK MOSKVA-MINSK; f.k.a. MOSCOW-MINSK FOREIGN BANK; a.k.a. OJSC BANK DABRABYT (Cyrillic: ОАО БАНК ДАБРАБЫТ)), Kommunisticheskaya Str. 49, premises 1, Minsk 220002, Belarus; SWIFT/BIC MMBNBY22; Website www.bankdabrabyt.by; Organization Established Date 07 Apr 2000; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Registration Number 807000002 (Belarus) [BELARUS-EO14038].

BANK EGHTESAD NOVIN (a.k.a. BANK-E EGHTESAD NOVIN; a.k.a. EGHTESAD NOVIN BANK; a.k.a. EN BANK PJSC), Vali Asr Street, Above Vanak Circle, across Niayesh, Esfandiari Blvd., No. 24, Tehran, Iran; SWIFT/BIC BEGNIRTH; Website www.enbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

BANK EVROFINANCE (a.k.a. EVROFINANCE MOSNARBANK), 29, ul. Novy Arbat, Moscow 121099, Russia; SWIFT/BIC EVRFRUMM; Website www.evrofinance.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 1027700565970 (Russia); Tax ID No. 7703115760 (Russia); Legal Entity Number 253400R9321UP8XXUB33 [VENEZUELA-EO13850] [RUSSIA-EO14024] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BANK FOR FOREIGN TRADE OF RSFSR (f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE

RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK FOR FOREIGN TRADE OF THE U.S.S.R. (a.k.a. GK VEB.RF; a.k.a. GOSUDARSTVENNAYA KORPORATSIYA RAZVITIYA VEB.RF; a.k.a. STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK; a.k.a. STATE DEVELOPMENT CORPORATION VEB.RF (Cyrillic: ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ РАЗВИТИЯ ВЭБ.РФ); a.k.a. VEB.RF (Cyrillic: ВЭБ.РФ); f.k.a. VNESHECONOMBANK; f.k.a. VNESHEKONOMBANK GK; f.k.a. VNESHEKONOMBANK SSSR; a.k.a. "BANK FOR DEVELOPMENT"; a.k.a. "VEB"), Akademik Sakharov Ave 9, Moscow 107996, Russia; Pr-kt, Akademika Sakharova, D. 9, Moscow 107078, Russia (Cyrillic: Пр-Кт Академика Сахарова, Д. 9, Город Москва 107078, Russia); 20A, CITIC Building, 19, Joanguomenwai Dajie, Beijing 100004, China; Shop No. 11, Arcade Ground Floor, World Trade Centre, Cuffe Prade, Colaba, Mumbai 400005, India; SWIFT/BIC BFEARUMM; Website www.veb.ru; BIK (RU) 044525060; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Aug 1922; Target Type State-Owned Enterprise; alt. Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Government Gazette Number 00005061 (Russia); Registration Number 1077711000102 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK GPB JSC (a.k.a. GAZPROMBANK JOINT STOCK COMPANY (Cyrillic: ГАЗПРОМБАНК АКЦИОНЕРНОЕ ОБЩЕСТВО); f.k.a. GAZPROMBANK OPEN JOINT STOCK COMPANY; f.k.a. JOINT STOCK BANK OF THE GAS INDUSTRY GAZPROMBANK), 16 Nametkina Street, Bldg. 1, Moscow 117420, Russia; 6 Enh-Taivan St., Ulaanbaatar 14250, Mongolia; 6 Floor, Business Center Q, Block A, Building 15A, Kabanbay Batyra Avenue, Astana 010000, Kazakhstan; 10/48 Malcha Marg, Diplomatic Enclave, Chanakyapuri, Delhi 110021, India; Central International Trade Center, Suite No. 1205, Tower C, No. 6A Jianguomenwai Avenue, Chaoyang, Liaoning 100022, China; SWIFT/BIC GAZPRUMM; Website www.gazprombank.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Jul 1990; alt. Organization Established Date 31 Jul 1990; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7744001497 (Russia); Legal Entity Number 253400WSS48YWMBUA688; Registration Number 1027700167110 (Russia); For more information on directives, please visit the following link: https://ofac.treasury.gov/sanctions-programs-and-country-information/ukraine-russia-related-sanctions#directives [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK HEKMAT IRANIAN (a.k.a. BANK-E HEKMAT IRANIAN; a.k.a. HEKMAT IRANIAN BANK), Argentine Circle, beginning of Africa St., Corner of 37th St., (Dara Cul-de-sac), No.26, Tehran, Iran; No. 26, Afrigha Ave, Argentina Sq., Tehran, Iran; No. 26, Africa Hwy, Argantin Sq., Tehran, Iran; Website www.hibank24.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: BANK SEPAH).

BANK ITURUP LLC, Pr-kt Kommunisticheskii D. 32, Yuzhno-Sakhalinsk 693020, Russia; SWIFT/BIC ITRORU8Y; Website www.iturupbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 6501021443 (Russia); Registration Number 1026500002286 (Russia) [RUSSIA-EO14024].

BANK IZHKOMBANK JSC (a.k.a. JOINT STOCK COMMERCIAL BANK IZHKOMBANK; a.k.a. JOINT STOCK COMPANY DATABANK), Str Lenina 30, Izhevsk 426076, Russia; SWIFT/BIC IZHBRU31; Website www.izhcombank.ru; alt. Website online.databank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 1835047032 (Russia); Registration Number 1021800000090 (Russia) [RUSSIA-EO14024].

BANK KARGOSHAEE, 587 Mohammadiye Square, Mowlavi Street, Tehran, Iran; Mohamadiyeh Square, Tehran 11986, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Offices Worldwide [SDGT] [IFSR] (Linked To: BANK MELLI IRAN).

BANK KESHAVARZI (a.k.a. AGRICULTURAL BANK OF IRAN; a.k.a. BANK KESHAVARZI IRAN), PO Box 14155-6395, 129 Patrice Lumumba St, Jalal-al-Ahmad Expressway, Tehran 14454, Iran; Website www.agri-bank.com; alt. Website www.bki.ir; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] [IRAN-EO13902].

BANK KESHAVARZI IRAN (a.k.a. AGRICULTURAL BANK OF IRAN; a.k.a. BANK KESHAVARZI), PO Box 14155-6395, 129 Patrice Lumumba St, Jalal-al-Ahmad Expressway, Tehran 14454, Iran; Website www.agri-bank.com; alt. Website www.bki.ir; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] [IRAN-EO13902].

BANK MARKAZI IRAN (a.k.a. BANK MARKAZI JOMHOURI ISLAMI IRAN; a.k.a. CENTRAL BANK OF IRAN; a.k.a. CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN (Arabic: بانک مرکزی جمهوری اسلامی ایران)), PO Box 15875/7177, 144 Mirdamad Blvd, Tehran, Iran; 213 Ferdowsi Avenue, Tehran 11365, Iran; Mirdamad Blvd, 144 - P.O. Box 15875/7/77, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [IRAN] [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

BANK MARKAZI JOMHOURI ISLAMI IRAN (a.k.a. BANK MARKAZI IRAN; a.k.a. CENTRAL BANK OF IRAN; a.k.a. CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN (Arabic: بانک مرکزی جمهوری اسلامی ایران)), PO Box 15875/7177, 144 Mirdamad Blvd, Tehran, Iran; 213 Ferdowsi Avenue, Tehran 11365, Iran; Mirdamad Blvd, 144 - P.O. Box 15875/7/77, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [IRAN] [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

BANK MASKAN (a.k.a. HOUSING BANK - OF IRAN), PO Box 11365/5699, No 247 3rd Floor Fedowsi Ave, Cross Sarhang Sakhaei St, Tehran, Iran; P.O. Box 11365-3499, Ferdowsi Ave, Cross Sarhang Sakhaie St, Tehran, Iran; Website www.bank-maskan.ir; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] [IRAN-EO13902].

BANK MELLAT, Head Office Bldg, 276 Taleghani Ave, Tehran, Iran; SWIFT/BIC BKMTIRTH; Website www.bankmellat.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Branches Worldwide [IRAN] [SDGT] [IFSR] (Linked To: MEHR EQTESAD BANK).

BANK MELLAT YEREVAN (a.k.a. MELLAT BANK ARMENIA; a.k.a. MELLAT BANK CLOSED JOINT-STOCK COMPANY; f.k.a. MELLAT BANK SB CJSC), PO Box 24, Amiryan Street 6, 0010, Yerevan, Armenia; 5 Tumanyan St, 0001, Yerevan, Armenia; SWIFT/BIC BKMTAM22; Website www.mellatbank.am; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Offices Worldwide [SDGT] [IFSR] (Linked To: BANK MELLAT).

BANK MELLI (a.k.a. BANK MELLI IRAN; a.k.a. MELLI BANK; a.k.a. NATIONAL BANK OF IRAN; a.k.a. "BMI"), Ferdowsi Avenue - PO Box 11365-171, Tehran, Iran; 43 Avenue Montaigne, Paris 75008, France; Room 704-6, Wheelock Hse, 20 Pedder St, Hong Kong; Bank Melli Iran Bldg, 111 St 24, 929 Arasat, Baghdad, Iraq; PO Box 2643, Ruwi, 112, Muscat, Oman; PO Box 2656, Liva Street, Abu Dhabi, United Arab Emirates; PO Box 248, Hamad Bin Abdulla St, Fujairah, United Arab Emirates; PO Box 1888, Clock Tower, Industrial Rd, Al Ain Club Bldg, Al Ain, Abu Dhabi, United Arab Emirates; PO Box 1894, Baniyas St, Deira, Dubai, United Arab Emirates; PO Box 5270, Oman Street Al Nakheel, Ras Al-Khaimah, United Arab Emirates; PO Box 459, Al Borj St, Sharjah, United Arab Emirates; PO Box 3093, Ahmed Seddiqui Bldg, Khalid Bin El-Walid St, Bur-Dubai, Dubai, United Arab Emirates; PO Box 1894, Al Wasl Rd, Jumeirah, Dubai, United Arab Emirates; Postfach 112 129, Holzbruecke 2, 20421, Hamburg, Germany; 23 Nobel Avenue, Baku, Azerbaijan; Bank Melli Iran Building, Ferdowsi Avenue, Tehran 11365-144, Iran; No. 136 Mirdamad Boulevard, Opposite Al-ghadir Mosque, Tehran, Iran; Al Ashar Estiqlal Street - Hal Al Zohor, Basra, Iraq; 98a Kensington High Street, London W8 4SG, United Kingdom; 767 5th Ave, 44th Fl, New York, NY 10153, United States; PO Box 1420, New York, NY 10153, United States; Website www.bmi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Offices Worldwide [IRAN] [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

BANK MELLI IRAN (a.k.a. BANK MELLI; a.k.a. MELLI BANK; a.k.a. NATIONAL BANK OF IRAN; a.k.a. "BMI"), Ferdowsi Avenue - PO Box 11365-171, Tehran, Iran; 43 Avenue Montaigne, Paris 75008, France; Room 704-6, Wheelock Hse, 20 Pedder St, Hong Kong; Bank Melli Iran Bldg, 111 St 24, 929 Arasat, Baghdad, Iraq; PO Box 2643, Ruwi, 112, Muscat, Oman; PO Box 2656, Liva Street, Abu Dhabi, United Arab Emirates; PO Box 248, Hamad Bin Abdulla St, Fujairah, United Arab Emirates; PO Box 1888, Clock Tower, Industrial Rd, Al Ain Club Bldg, Al Ain, Abu Dhabi, United Arab Emirates; PO Box 1894, Baniyas St, Deira, Dubai, United Arab Emirates; PO Box 5270, Oman Street Al Nakheel, Ras Al-Khaimah, United Arab Emirates; PO Box 459, Al Borj St, Sharjah, United Arab Emirates; PO Box 3093, Ahmed Seddiqui Bldg, Khalid Bin El-Walid St, Bur-Dubai, Dubai, United Arab Emirates; PO Box 1894, Al Wasl Rd, Jumeirah, Dubai, United Arab Emirates; Postfach 112 129, Holzbruecke 2, 20421, Hamburg, Germany; 23 Nobel Avenue, Baku, Azerbaijan; Bank Melli Iran Building, Ferdowsi Avenue, Tehran 11365-144, Iran; No. 136 Mirdamad Boulevard, Opposite Al-ghadir Mosque, Tehran, Iran; Al Ashar Estiqlal Street - Hal Al Zohor, Basra, Iraq; 98a Kensington High Street, London W8 4SG, United Kingdom; 767 5th Ave, 44th Fl, New York, NY 10153, United States; PO Box 1420, New York, NY 10153, United States; Website www.bmi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Offices Worldwide [IRAN] [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

BANK MELLI IRAN INVESTMENT COMPANY (a.k.a. IRAN MELLI BANK INVESTMENT COMPANY; a.k.a. NATIONAL DEVELOPMENT AND INVESTMENT GROUP; a.k.a. TOSEE MELLI GROUP INVESTMENT COMPANY; a.k.a. TOSE-E MELLI GROUP INVESTMENT COMPANY; a.k.a. TOSE-E MELLI GROUP INVESTMENT COMPANY PUBLIC SHAREHOLDING COMPANY; a.k.a. "TMGIC"), 2 Nader Alley, After Dr Vali e Asr Avenue, Tehran 15116, Iran; PO Box 15875-3898, Iran; Building 89, Khoddami Street, Vanak, Tehran 53158753898, Iran; Number 89, Shahid Khodami Street, After Kurdistan Bridge, Vanak Square, Iran; Vank Square, Shahid Khademi Street, after Kurdistan bridge, No. 89, Tehran 1958698856, Iran; Website www.bmiic.ir; alt. Website www.en.tmgic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10101339590 (Iran); Registration Number 89584 (Iran) [SDGT] [IFSR] (Linked To: BANK MELLI IRAN).

BANK MELLI IRAN ZAO (a.k.a. JOINT STOCK COMPANY MIR BUSINESS BANK; a.k.a. JSC MB BANK; a.k.a. MB BANK; a.k.a. MB BANK, AO; a.k.a. MIR BIZNES BANK; a.k.a. MIR BIZNES BANK, AO; a.k.a. MIR BUSINESS BANK (Cyrillic: МИР БИЗНЕС БАНК); a.k.a. MIR BUSINESS BANK ZAO), 9/1 ul Mashkova, Moscow 105062, Russia; Russia; 9/1 Mashkova St., Moscow 105062, Russia; 6a Lenin Square Bld. A, Astrakhan 414000, Russia; Prechistenka Street, 36, Building 1, Moscow 119034, Russia; SWIFT/BIC MRBBRUMM; Website www.mbbru.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target Type Financial Institution; Tax ID No. 7744002363 (Russia); Legal Entity Number 253400XSDD336BT6BJ60; Registration Number 1027739669726 (Russia) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: BANK MELLI IRAN; Linked To: GLOBAL VISION GROUP).

BANK MOSCOW-MINSK JOINT STOCK COMPANY (a.k.a. BANK DABRABYT JOINT STOCK COMPANY; a.k.a. BANK DABRABYT JSC; f.k.a. FOREIGN BANK MOSKVA-MINSK; f.k.a. MOSCOW-MINSK FOREIGN BANK; a.k.a. OJSC BANK DABRABYT (Cyrillic: ОАО БАНК ДАБРАБЫТ)), Kommunisticheskaya Str. 49, premises 1, Minsk 220002, Belarus; SWIFT/BIC MMBNBY22; Website www.bankdabrabyt.by; Organization Established Date 07 Apr 2000; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Registration Number 807000002 (Belarus) [BELARUS-EO14038].

BANK MOSKVY PAO (f.k.a. AKTSIONERNY KOMMERCHESKI BANK BANK MOSKVY OTKRYTOE AKTSIONERNOE OBSHCHCHESTVO; f.k.a. BANK OF MOSCOW; a.k.a. BM BANK AO; a.k.a. BM BANK JSC; a.k.a. BM BANK PUBLIC JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMMERCIAL BANK - BANK OF MOSCOW OPEN JOINT STOCK COMPANY; a.k.a. PAO BM BANK), 8/15 Korp. 3 ul. Rozhdestvenka, Moscow 107996, Russia; Bld 3 8/15, Rozhdestvenka St., Moscow 107996, Russia; SWIFT/BIC MOSWRUMM; BIK (RU) 044525219; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 1027700159497 (Russia); Government Gazette Number 29292940 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

BANK NATIONAL FACTORING COMPANY JOINT STOCK COMPANY (a.k.a. BANK NATIONAL FACTORING COMPANY JSC; a.k.a. BANK NFC JOINT STOCK COMPANY; a.k.a. "BANK NFC JSC"), 14 Ul Kozhevnicheskaya, Moscow 115114, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722159794 (Russia); Registration Number 1027700385954 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

BANK NATIONAL FACTORING COMPANY JSC (a.k.a. BANK NATIONAL FACTORING COMPANY JOINT STOCK COMPANY; a.k.a. BANK NFC JOINT STOCK COMPANY; a.k.a. "BANK NFC JSC"), 14 Ul Kozhevnicheskaya, Moscow 115114, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722159794 (Russia); Registration Number 1027700385954 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

BANK NFC JOINT STOCK COMPANY (a.k.a. BANK NATIONAL FACTORING COMPANY JOINT STOCK COMPANY; a.k.a. BANK NATIONAL FACTORING COMPANY JSC; a.k.a. "BANK NFC JSC"), 14 Ul Kozhevnicheskaya, Moscow 115114, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722159794 (Russia); Registration Number 1027700385954 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

BANK OF EAST LAND (a.k.a. DONGBANG BANK; a.k.a. TONGBANG BANK; a.k.a. TONGBANG U'NHAENG), PO Box 32, BEL Building, Jonseung-Dong, Moranbong District, Pyongyang, Korea, North; SWIFT/BIC BOELKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI

ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number

253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK OF INDUSTRY & MINE (a.k.a. BANK OF INDUSTRY AND MINE; a.k.a. BANK SANAD VA MADAN; a.k.a. "BIM"), 1655 Vali-E-Asr After Chamran Crossroad, Tehran, Iran; PO Box 15875-4456, Firouzeh Tower, No 2917 Vali-Asr Ave (after Chamran Crossroads), Tehran 1965643511, Iran; SWIFT/BIC BOIMIRTH; Website www.bim.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 38705 (Iran); All Offices Worldwide [IRAN] [NPWMD] [IFSR] (Linked To: BANK SEPAH).

BANK OF INDUSTRY AND MINE (a.k.a. BANK OF INDUSTRY & MINE; a.k.a. BANK SANAD VA MADAN; a.k.a. "BIM"), 1655 Vali-E-Asr After Chamran Crossroad, Tehran, Iran; PO Box 15875-4456, Firouzeh Tower, No 2917 Vali-Asr Ave (after Chamran Crossroads), Tehran 1965643511, Iran; SWIFT/BIC BOIMIRTH; Website www.bim.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 38705 (Iran); All Offices Worldwide [IRAN] [NPWMD] [IFSR] (Linked To: BANK SEPAH).

BANK OF MOSCOW (f.k.a. AKTSIONERNY KOMMERCHESKI BANK BANK MOSKVY OTKRYTOE AKTSIONERNOE OBSHCHESTVO; f.k.a. BANK MOSKVY PAO; a.k.a. BM BANK AO; a.k.a. BM BANK JSC; a.k.a. BM BANK PUBLIC JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMMERCIAL BANK - BANK OF MOSCOW OPEN JOINT STOCK COMPANY; a.k.a. PAO BM BANK), 8/15 Korp. 3 ul. Rozhdestvenka, Moscow 107996, Russia; Bld 3 8/15, Rozhdestvenka St., Moscow 107996, Russia; SWIFT/BIC MOSWRUMM; BIK (RU) 044525219; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 1027700159497 (Russia); Government Gazette Number 29292940 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-

center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

BANK PASARGAD (a.k.a. BANK-E PASARGAD; a.k.a. PASARGAD BANK), Valiasr St., Mirdamad St., No. 430, Tehran, Iran; No. 430, Mirdamad Ave, Tehran 19697774511, Iran; SWIFT/BIC BKBPIRTH; Website www.bpi.ir; alt. Website www.bankpasargad.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

BANK QAVAMIN (a.k.a. GHAVAMIN BANK; f.k.a. GHAVAMIN FINANCIAL & CREDIT INS.; a.k.a. QAVAMIN BANK; a.k.a. QAVVAMIN BANK), Ghavamin Tower, Argentina Sq., Tehran, Iran; Website www.ghbi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 397957 (Iran) [IRAN] [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

BANK REFAH (a.k.a. BANK REFAH KARGARAN; a.k.a. WORKERS' WELFARE BANK - OF IRAN), No. 40 North Shiraz Street, Mollasadra Ave, Vanak Sq, Tehran 19917, Iran; No. 40, North Shiraz St, Mollasadra Ave, Tehran, Iran; 40, Northern Shirazi St, Molla Sadra Ave, Tehran 19917, Iran; Website www.bankrefah.ir; alt. Website www.refah-bank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] [IRAN-EO13902].

BANK REFAH KARGARAN (a.k.a. BANK REFAH; a.k.a. WORKERS' WELFARE BANK - OF IRAN), No. 40 North Shiraz Street, Mollasadra Ave, Vanak Sq, Tehran 19917, Iran; No. 40, North Shiraz St, Mollasadra Ave, Tehran, Iran; 40, Northern Shirazi St, Molla Sadra Ave, Tehran 19917, Iran; Website www.bankrefah.ir; alt. Website www.refah-bank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] [IRAN-EO13902].

BANK ROSSISKAYA FINANSOVAYA KORPORATSIYA AKTSIONERNOE OBSHCHESTVO (a.k.a. AO RFK-BANK; a.k.a. RFC-BANK; a.k.a. RUSSIAN FINANCIAL CORPORATION; a.k.a. RUSSIAN FINANCIAL CORPORATION BANK JSC), St. George's Lane, D. 1, p. 1, Moscow 125009, Russia; d. 1 korp, 1 per. Georgievski, Moscow 125009, Russia; SWIFT/BIC RFCBRUMM; BIK (RU) 044525257; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201

and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3] [RUSSIA-EO14024].

BANK ROSSIYA (a.k.a. AB ROSSIYA, OAO; f.k.a. AKTSIONERNY BANK RUSSIAN FEDERATION; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO AKTSIONERNY BANK ROSSIYA), 2 Liter A Pl. Rastrelli, Saint Petersburg 191124, Russia; SWIFT/BIC ROSYRU2P; Website www.abr.ru; Email Address bank@abr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027800000084 (Russia); Tax ID No. 7831000122 (Russia); Government Gazette Number 09804148 (Russia) [UKRAINE-EO13661].

BANK ROSTFINANCE (a.k.a. KAVKAZSKY KOMSELKHOZBANK; a.k.a. LLC COMMERCIAL BANK ROSTFINANCE; a.k.a. OOO CB ROSTFINANS; a.k.a. ROSTFINANS), St 1st Mayskaya, 13a/11a, Rostov-on-Don 344037, Russia; SWIFT/BIC ROSFRU2A; Website www.rostfinance.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 2332006024 (Russia); Legal Entity Number 253400LTWKWWN6SQCF62; Registration Number 1022300003021 (Russia) [RUSSIA-EO14024].

BANK RUBLEV (a.k.a. AKTSIONERNOE OBSHCHESTVO KOMMERCHESKI BANK RUBLEV; a.k.a. JOINT STOCK COMMERCIAL BANK RUBLEV; a.k.a. JSC CB 'RUBLEV'; a.k.a. RUBLEV BANK), Elokhovsky passage, Building 3, p. 2, Metro - Baumanskaya, Moscow 105066, Russia; 12 Sevastopol Street, Simferopol, Crimea, Ukraine; 6 Gogol Street, Sevastopol, Crimea, Ukraine; SWIFT/BIC COUERUMM; BIK (RU) 044525253; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027700159233 (Russia); Tax ID No. 7744001151 (Russia); Government Gazette Number 40100094 (Russia) [UKRAINE-EO13685].

BANK SADERAT IRAN (a.k.a. IRAN EXPORT BANK), PO Box 15745-631, Bank Saderat Tower, 43 Somayeh Avenue, Tehran, Iran; 16 rue de la Paix, Paris 75002, France; Postfach 160151, Friedenstr 4, D-60311, Frankfurt am Main, Germany; PO Box 4308, 25-29 Venizelou

St, Athens, Attica GR 105 64, Greece; 3rd Floor, Aliktisad Bldg, Ras El Ein Street Baalbak, Baalbak, Lebanon; Saida Branch, Sida Riad Elsoleh St, Martyrs Sq, Saida, Lebanon; Borj Albarajneh Branch - 20 Alholom Bldg, Sahat Mreijeh, Kafaat St, Beirut, Lebanon; 1st Floor, Alrose Bldg, Verdun - Rashid Karame St, Beirut, Lebanon; PO Box 5126, Beirut, Lebanon; 3rd Floor, Mteco Centre, Mar Elias, Facing Al Hellow Barrak, POB 5126, Beirut, Lebanon; Alghobeiri Branch - Aljawhara Bldg, Ghobeiry Blvd, Beirut, Lebanon; PO Box 1269, Muscat 112, Oman; PO Box 4425, Salwa Rd, Doha, Qatar; PO Box 2256, Doha, Qatar; 2nd Floor, No 181 Makhtoomgholi Ave, Ashgabat, Turkmenistan; PO Box 700, Abu Dhabi, United Arab Emirates; PO Box 16, Liwara Street, Ajman, United Arab Emirates; PO Box 1140, Al-Am Road, Al-Ein, Al Ain, Abu Dhabi, United Arab Emirates; Bur Dubai, Khaled Bin Al Walid St, Dubai City, United Arab Emirates; Sheikh Zayed Rd, Dubai City, United Arab Emirates; PO Box 4182, Almaktoum Rd, Dubai City, United Arab Emirates; PO Box 4182, Murshid Bazar Branch, Dubai City, United Arab Emirates; PO Box 316, Bank Saderat Bldg, Alaroda St, Borj Ave, Sharjah, United Arab Emirates; Ground Floor Business Room, Building Banke Khoon Road, Harat, Afghanistan; No. 56, Opposite of Security Department, Toraboz Khan Str., Kabul, Afghanistan; 5 Lothbury, London EC2R 7HD, United Kingdom; Postfach 112227, Deichstrasse 11, 20459, Hamburg, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; all offices worldwide [IRAN] [SDGT] [IFSR].

BANK SADERAT PLC (f.k.a. IRAN OVERSEAS INVESTMENT BANK LIMITED; f.k.a. IRAN OVERSEAS INVESTMENT BANK PLC; f.k.a. IRAN OVERSEAS INVESTMENT CORPORATION LIMITED), 5 Lothbury, London EC2R 7HD, United Kingdom; PO Box 15175/584, 6th Floor, Sadaf Bldg, 1137 Vali Asr Ave, Tehran 15119-43885, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; UK Company Number 01126618 (United Kingdom); all offices worldwide [IRAN] [SDGT] [IFSR].

BANK SAINT PETERSBURG (a.k.a. BANK SAINT-PETERSBURG PJSC; a.k.a. BANK SAINT-PETERSBURG PUBLIC JOINT STOCK COMPANY; f.k.a. OJSC BANK SAINT PETERSBURG), 64A, Malookhtinsky PR, Saint Petersburg 195112, Russia; SWIFT/BIC JSBSRU2P; Website www.bspb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 01 Jan 1990; Target Type Financial Institution; Tax ID No. 7831000027 (Russia); Legal Entity Number 253400BEVESMWQRXBQ11; Registration Number 1027800000140 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK SAINT-PETERSBURG PJSC (a.k.a. BANK SAINT PETERSBURG; a.k.a. BANK SAINT-PETERSBURG PUBLIC JOINT STOCK COMPANY; f.k.a. OJSC BANK SAINT PETERSBURG), 64A, Malookhtinsky PR, Saint Petersburg 195112, Russia; SWIFT/BIC JSBSRU2P; Website www.bspb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 01 Jan 1990; Target Type Financial Institution; Tax ID No. 7831000027 (Russia); Legal Entity Number 253400BEVESMWQRXBQ11; Registration Number 1027800000140 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK SAINT-PETERSBURG PUBLIC JOINT STOCK COMPANY (a.k.a. BANK SAINT PETERSBURG; a.k.a. BANK SAINT-PETERSBURG PJSC; f.k.a. OJSC BANK SAINT PETERSBURG), 64A, Malookhtinsky PR, Saint Petersburg 195112, Russia; SWIFT/BIC JSBSRU2P; Website www.bspb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 01 Jan 1990; Target Type Financial Institution; Tax ID No. 7831000027 (Russia); Legal Entity Number 253400BEVESMWQRXBQ11; Registration Number 1027800000140 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK SANAD VA MADAN (a.k.a. BANK OF INDUSTRY & MINE; a.k.a. BANK OF INDUSTRY AND MINE; a.k.a. "BIM"), 1655 Vali-E-Asr After Chamran Crossroad, Tehran, Iran; PO Box 15875-4456, Firouzeh Tower, No 2917 Vali-Asr Ave (after Chamran Crossroads), Tehran 1965643511, Iran; SWIFT/BIC BOIMIRTH; Website www.bim.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 38705 (Iran); All Offices Worldwide [IRAN] [NPWMD] [IFSR] (Linked To: BANK SEPAH).

BANK SARMAYEH (a.k.a. BANK-E SARMAYEH; a.k.a. SARMAYEH BANK), Sepahod Gharani No. 24, Corner of Arak St., Tehran, Iran; No. 34, Corner of Arak St, Gharani Ave, Tehran, Iran; 24, Arak Street, Sepahbod Gharani Avenue, Tehran 19395-6415, Iran; Website www.sbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

BANK SEPAH, Negin Sepah Building, Head Office of Bank Sepah, Nowrouz Street, Africa Hwy, Argentina Square, Tehran, Iran; 6th Floor, Negin Sepah Building, Nowrouz St., Africa Hwy., Argentina Sq., Tehran 1519662840, Iran; Imam Khomeini Square - PO Box 11364, Tehran, Iran; Hafenstrasse 54, D-60327, Frankfurt am Main, Germany; PO Box 110261, Franfurt am Main, Hessen 60037, Germany; 20 Rue Auguste Vacquerie, Paris 75016, France; Via Barberini 50, Rome 00187, Italy; SWIFT/BIC SEPBIRTH; Website www.banksepah.ir; alt. Website www.banksepah.de; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 4293; All Offices Worldwide [IRAN] [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

BANK SEPAH INTERNATIONAL PLC, 5/7 Eastcheap, EC3M 1JT, London, United Kingdom; SWIFT/BIC SEPBGB2L; Website www.banksepah.co.uk; alt. Website www.banksepah.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: BANK SEPAH).

BANK SINA (a.k.a. BANQUE SINA BONYAD FINANCE AND CREDIT COMPANY; a.k.a. SINA BANK; a.k.a. SINA BANK COMPANY; a.k.a. SINA FINANCE AND CREDIT COMPANY; a.k.a. SINA FINANCE AND CREDIT INSTITUTE; a.k.a. "BFCC"; a.k.a. "SFCC"), Between Miremad Street and Mofateh Street, Motahari Avenue, Tehran 15888-6457, Iran; No. 238, Ostad Motahari Avenue, District 6, Tehran, Tehran Province 1588864571, Iran; Near by Mofateh Street, No. 187, Ostad Mothari Street, Tehran 1587998411, Iran; 187 Motahri Avenue, Tehran 1587998411, Iran; No. 187, Ostad Mottahari St., Tehran, Iran; 187

Motahhari Ave, Tehran 1587998411, Iran; SWIFT/BIC SINAIRTH; Website www.sinabank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10860246171 (Iran); Registration Number 2904 (Iran) [IRAN] [SDGT] [IFSR] [IRAN-EO13876] (Linked To: ANDISHEH MEHVARAN INVESTMENT COMPANY; Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BANK SPUTNIK (a.k.a. BANK SPUTNIK CJSC; a.k.a. CB SPUTNIK; a.k.a. CB SPUTNIK PJSC; a.k.a. COMMERCIAL BANK SPUTNIK PUBLIC JOINT-STOCK COMPANY; f.k.a. OPEN JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK'; a.k.a. PUBLIC JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK'), Agibalov St. 48, Office 70, Samara, Samarskaya, Oblast 443041, Russia; SWIFT/BIC CSPJRU33; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 1071 (Russia) [NPWMD].

BANK SPUTNIK CJSC (a.k.a. BANK SPUTNIK; a.k.a. CB SPUTNIK; a.k.a. CB SPUTNIK PJSC; a.k.a. COMMERCIAL BANK SPUTNIK PUBLIC JOINT-STOCK COMPANY; f.k.a. OPEN JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK'; a.k.a. PUBLIC JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK'), Agibalov St. 48, Office 70, Samara, Samarskaya, Oblast 443041, Russia; SWIFT/BIC CSPJRU33; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 1071 (Russia) [NPWMD].

BANK TAATTA (a.k.a. BANK TAATTA AKTSIONERNOE OBSHCHESTVO; a.k.a. JOINT STOCK COMPANY TAATTA BANK; a.k.a. JSC TAATTA BANK; a.k.a. TAATTA, AO), 36 ul. Chepalova, Yakutsk, Sakha (Yakutiya) Resp. 677018, Russia; Bld. 41, Bolshaya Morskaya Street, Sevastopol, Crimea 299011, Ukraine; Bld. 66, Kirova Avenue, Simferopol, Crimea, Ukraine; Bld. 36, Kulakova Street, Sevastopol, Crimea, Ukraine; SWIFT/BIC TAAARU8Y; BIK (RU) 049805709;

Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1021400000380 (Russia); Tax ID No. 1435126628 (Russia); Government Gazette Number 09287233 (Russia); License 1249 (Russia) [UKRAINE-EO13685].

BANK TAATTA AKTSIONERNOE OBSHCHESTVO (a.k.a. BANK TAATTA; a.k.a. JOINT STOCK COMPANY TAATTA BANK; a.k.a. JSC TAATTA BANK; a.k.a. TAATTA, AO), 36 ul. Chepalova, Yakutsk, Sakha (Yakutiya) Resp. 677018, Russia; Bld. 41, Bolshaya Morskaya Street, Sevastopol, Crimea 299011, Ukraine; Bld. 66, Kirova Avenue, Simferopol, Crimea, Ukraine; Bld. 36, Kulakova Street, Sevastopol, Crimea, Ukraine; SWIFT/BIC TAAARU8Y; BIK (RU) 049805709; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1021400000380 (Russia); Tax ID No. 1435126628 (Russia); Government Gazette Number 09287233 (Russia); License 1249 (Russia) [UKRAINE-EO13685].

BANK TEJARAT (a.k.a. TEJARAT BANK), 152 Taleghani Avenue, Tehran, Iran; No. 247, Taleghani Avenue, Tehran, Iran; PO Box 11365-3139, 130 Taleghani Avenue, Tehran, Iran; PO Box 1598617818, Tehran, Iran; PO Box 71345, Karim Khan Zand Blv, Nouri Ave, Opposite Eram Hotel, Shiraz, Iran; 124-126 Rue de Provence, (Angle 76 bd Haussmann), Paris 75008, France; PO Box 734001, Rudaki Ave 88, Dushanbe 734001, Tajikistan; Office C208, Beijing Lufthansa Center No 50, Liangmaqiao Rd, Chaoyang District, Beijing 100016, China; PO Box 119871, 4th Floor, c/o Persia International Bank PLC, The Gate Bldg, Dubai, United Arab Emirates; Esfahan Region Management Bldg, Sheikh Bahayee Ave & Abuzar St Junction, Esfahan, Iran; SWIFT/BIC BTEJIRTH; Website www.tejaratbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 38027; alt. Registration Number 8828215; All Offices Worldwide [IRAN] [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR; Linked To: BANK SEPAH).

BANK TORGOVOY KAPITAL (a.k.a. BANK TORGOVOY KAPITAL ZAO; a.k.a. BANK TORGOVY KAPITAL; a.k.a. TRADE CAPITAL BANK; a.k.a. "TC BANK"; a.k.a. "TK BANK"),

65A Timiriazeva, Minsk 220035, Belarus; SWIFT/BIC BBTKBY2X; Website www.tcbank.by; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 807000163 (Belarus) [IRAN] [SDGT] [NPWMD] [IFSR] (Linked To: BANK TEJARAT).

BANK TORGOVOY KAPITAL ZAO (a.k.a. BANK TORGOVOY KAPITAL; a.k.a. BANK TORGOVY KAPITAL; a.k.a. TRADE CAPITAL BANK; a.k.a. "TC BANK"; a.k.a. "TK BANK"), 65A Timiriazeva, Minsk 220035, Belarus; SWIFT/BIC BBTKBY2X; Website www.tcbank.by; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 807000163 (Belarus) [IRAN] [SDGT] [NPWMD] [IFSR] (Linked To: BANK TEJARAT).

BANK TORGOVY KAPITAL (a.k.a. BANK TORGOVOY KAPITAL; a.k.a. BANK TORGOVOY KAPITAL ZAO; a.k.a. TRADE CAPITAL BANK; a.k.a. "TC BANK"; a.k.a. "TK BANK"), 65A Timiriazeva, Minsk 220035, Belarus; SWIFT/BIC BBTKBY2X; Website www.tcbank.by; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 807000163 (Belarus) [IRAN] [SDGT] [NPWMD] [IFSR] (Linked To: BANK TEJARAT).

BANK TOSEE SADERAT IRAN (a.k.a. BANK TOSEH SADERAT IRAN; a.k.a. BANK TOSEYEH SADERAT IRAN; a.k.a. BANK TOWSEEH SADERAT IRAN; a.k.a. EXPORT DEVELOPMENT BANK OF IRAN; a.k.a. IRANIAN EXPORT DEVELOPMENT BANK; a.k.a. "EDBI"), No. 26, Tosee Tower (Export Development Building), Corner of 15th Street, Ahmad Qasir Avenue, Argentina Square, Tehran 1513815111, Iran; Website www.edbi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 86936 (Iran) [IRAN] [SDGT] [IFSR] (Linked To: MB BANK).

BANK TOSEH SADERAT IRAN (a.k.a. BANK TOSEE SADERAT IRAN; a.k.a. BANK TOSEYEH SADERAT IRAN; a.k.a. BANK TOWSEEH SADERAT IRAN; a.k.a. EXPORT

DEVELOPMENT BANK OF IRAN; a.k.a. IRANIAN EXPORT DEVELOPMENT BANK; a.k.a. "EDBI"), No. 26, Tosee Tower (Export Development Building), Corner of 15th Street, Ahmad Qasir Avenue, Argentina Square, Tehran 1513815111, Iran; Website www.edbi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 86936 (Iran) [IRAN] [SDGT] [IFSR] (Linked To: MB BANK).

BANK TOSEYEH SADERAT IRAN (a.k.a. BANK TOSEE SADERAT IRAN; a.k.a. BANK TOSEH SADERAT IRAN; a.k.a. BANK TOWSEEH SADERAT IRAN; a.k.a. EXPORT DEVELOPMENT BANK OF IRAN; a.k.a. IRANIAN EXPORT DEVELOPMENT BANK; a.k.a. "EDBI"), No. 26, Tosee Tower (Export Development Building), Corner of 15th Street, Ahmad Qasir Avenue, Argentina Square, Tehran 1513815111, Iran; Website www.edbi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 86936 (Iran) [IRAN] [SDGT] [IFSR] (Linked To: MB BANK).

BANK TOWSEEH SADERAT IRAN (a.k.a. BANK TOSEE SADERAT IRAN; a.k.a. BANK TOSEH SADERAT IRAN; a.k.a. BANK TOSEYEH SADERAT IRAN; a.k.a. EXPORT DEVELOPMENT BANK OF IRAN; a.k.a. IRANIAN EXPORT DEVELOPMENT BANK; a.k.a. "EDBI"), No. 26, Tosee Tower (Export Development Building), Corner of 15th Street, Ahmad Qasir Avenue, Argentina Square, Tehran 1513815111, Iran; Website www.edbi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 86936 (Iran) [IRAN] [SDGT] [IFSR] (Linked To: MB BANK).

BANK TSENTR MEZHDUNARODNYKH RASCHETOV OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU (a.k.a. BANK CENTER FOR INTERNATIONAL SETTLEMENTS LLC; a.k.a. LLC TSMRBANK; a.k.a. TSMRBANK, OOO), ul. Palikha, d. 10, Str. 7, Moscow 127055, Russia; Website www.nko-cmr.ru; Email Address cmr@cmrbank.ru; BIK (RU) 044525059; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209; alt. Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration ID 1157700005759 (Russia); Tax ID No. 7750056670 (Russia); Government Gazette Number 45000256 (Russia) [UKRAINE-EO13660] [DPRK3] [RUSSIA-EO14024].

BANK URALSIB OAO (a.k.a. BANK URALSIB OJSC; a.k.a. BANK URALSIB PAO; a.k.a. BASHCREDITBANK; a.k.a. PUBLIC JOINT STOCK COMPANY BANK URALSIB; a.k.a. URALO-SIBIRSKIY BANK OAO; a.k.a. URAL-SIBERIAN BANK), 8 Efremova Street, Moscow 119048, Russia; SWIFT/BIC AVTBRUMM; Website https://www.uralsib.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 27 Jan 1993; Target Type Financial Institution; Tax ID No. 0274062111 (Russia); Legal Entity Number 253400HYBTF10T9XBR98; Registration Number 1020280000190 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK URALSIB OJSC (a.k.a. BANK URALSIB OAO; a.k.a. BANK URALSIB PAO; a.k.a. BASHCREDITBANK; a.k.a. PUBLIC JOINT STOCK COMPANY BANK URALSIB; a.k.a. URALO-SIBIRSKIY BANK OAO; a.k.a. URAL-SIBERIAN BANK), 8 Efremova Street, Moscow 119048, Russia; SWIFT/BIC AVTBRUMM; Website https://www.uralsib.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 27 Jan 1993; Target Type Financial Institution; Tax ID No. 0274062111 (Russia); Legal Entity Number 253400HYBTF10T9XBR98; Registration Number 1020280000190 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK URALSIB PAO (a.k.a. BANK URALSIB OAO; a.k.a. BANK URALSIB OJSC; a.k.a. BASHCREDITBANK; a.k.a. PUBLIC JOINT STOCK COMPANY BANK URALSIB; a.k.a. URALO-SIBIRSKIY BANK OAO; a.k.a. URAL-SIBERIAN BANK), 8 Efremova Street, Moscow

119048, Russia; SWIFT/BIC AVTBRUMM; Website https://www.uralsib.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 27 Jan 1993; Target Type Financial Institution; Tax ID No. 0274062111 (Russia); Legal Entity Number 253400HYBTF10T9XBR98; Registration Number 1020280000190 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK VNESHEI TORGOVLI OAO (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12,

nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a.

VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK VNESHNEI TORGOVLI RSFSR (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a.

BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette

Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK

PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VTB OAO;

f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK VTB AZERBAIJAN OJSC (a.k.a. JSC VTB BANK AZERBAIJAN; f.k.a. OJSC AF BANK; a.k.a. VTB BANK AZERBAIJAN OPEN JOINT STOCK COMPANY), 38 Khatai ave. Nasimi district, Baku AZ 1008, Azerbaijan; 60, Samed Vurgun str, Baku 1022, Azerbaijan; SWIFT/BIC VTBAAZ22; Website http://en.vtb.az/; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

BANK VTB KAZAKHSTAN JOINT STOCK COMPANY (a.k.a. BANK VTB KAZAKHSTAN JSC; a.k.a. JOINT STOCK COMPANY VTB BANK KAZAKHSTAN; a.k.a. SUBSIDIARY JSC BANK VTB KAZAKHSTAN), 28 Timiryazev Street, Almaty 050040, Kazakhstan; SWIFT/BIC VTBAKZKZ; Website http://en.vtb-bank.kz/; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

BANK VTB KAZAKHSTAN JSC (a.k.a. BANK VTB KAZAKHSTAN JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMPANY VTB BANK KAZAKHSTAN; a.k.a. SUBSIDIARY JSC BANK VTB KAZAKHSTAN), 28 Timiryazev Street, Almaty 050040, Kazakhstan; SWIFT/BIC VTBAKZKZ; Website http://en.vtb-bank.kz/; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209;

alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

BANK VTB OAO (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow

109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK VTB OPEN JOINT STOCK COMPANY (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC

(Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK VTB PAO (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII

CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more

information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK ZENIT OAO (a.k.a. BANK ZENIT PAO; a.k.a. BANK ZENIT PUBLIC JOINT STOCK COMPANY; f.k.a. OJSC BANK ZENIT; a.k.a. PJSC BANK ZENIT), Ul. Odesskaya D. 2, Moscow 117638, Russia; SWIFT/BIC ZENIRUMM; Website www.zenit.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 01 Jan 1995; Target Type Financial Institution; Tax ID No. 7729405872 (Russia); Legal Entity Number 253400NT4MB307747N58; Registration Number 1927739056927 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK ZENIT PAO (f.k.a. BANK ZENIT OAO; a.k.a. BANK ZENIT PUBLIC JOINT STOCK COMPANY; f.k.a. OJSC BANK ZENIT; a.k.a. PJSC BANK ZENIT), Ul. Odesskaya D. 2, Moscow 117638, Russia; SWIFT/BIC ZENIRUMM; Website www.zenit.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 01 Jan 1995; Target Type Financial Institution; Tax ID No. 7729405872 (Russia); Legal Entity Number 253400NT4MB307747N58; Registration Number 1927739056927 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK ZENIT PUBLIC JOINT STOCK COMPANY (f.k.a. BANK ZENIT OAO; a.k.a. BANK ZENIT PAO; f.k.a. OJSC BANK ZENIT; a.k.a. PJSC BANK ZENIT), Ul. Odesskaya D. 2, Moscow 117638, Russia; SWIFT/BIC ZENIRUMM; Website www.zenit.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 01 Jan 1995; Target Type Financial Institution; Tax ID No. 7729405872 (Russia); Legal Entity Number 253400NT4MB307747N58; Registration Number 1927739056927 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK-E ANSAR (a.k.a. ANSAR BANK; a.k.a. ANSAR FINANCE AND CREDIT FUND; a.k.a. ANSAR FINANCIAL AND CREDIT INSTITUTE; a.k.a. BANK ANSAR; f.k.a. "ANSAR AL-MOJAHEDIN NO-INTEREST LOAN INSTITUTE"; f.k.a. "ANSAR INSTITUTE"; f.k.a. "ANSAR SAVING AND INTEREST FREE-LOANS FUND"), Building No. 539, North Pasdaran Street, Tehran 19575-497, Iran; Website www.ansarbank.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [IRAN] [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BANK-E EGHTESAD NOVIN (a.k.a. BANK EGHTESAD NOVIN; a.k.a. EGHTESAD NOVIN BANK; a.k.a. EN BANK PJSC), Vali Asr Street, Above Vanak Circle, across Niayesh, Esfandiari Blvd., No. 24, Tehran, Iran; SWIFT/BIC BEGNIRTH; Website www.enbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

BANK-E GARDESHGARI (a.k.a. GARDESHGARI BANK; a.k.a. TOURISM BANK), Vali Asr St., above Vey Park, Shahid Fiazi St., No. 51, first floor, Tehran, Iran; No. 51, Shahid Fayazi St, ValiAsr Ave, Tehran, Iran; Website www.tourismbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

BANK-E GHARZOLHASANEH MEHR IRAN (a.k.a. GHARZOLHASANEH MEHR IRAN BANK; a.k.a. MEHR IRAN CREDIT UNION BANK), Taleghani St., No.204, Before the intersection of Mofateh, across from the former U.S. embassy, Tehran, Iran; No. 204, Taleghani Street, Tehran, Iran; 204, Before the Mofatteh

Crossroad, Taleghani Ave., Tehran, Iran; Website www.qmb.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

BANK-E GHARZOLHASANEH RESALAT (a.k.a. GHARZOLHASANEH RESALAT BANK), Beside the No. 1 Baghestan Alley, Saadat Abad Ave., Kaj Sq., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; All offices worldwide [IRAN] [IRAN-EO13902].

BANK-E HEKMAT IRANIAN (a.k.a. BANK HEKMAT IRANIAN; a.k.a. HEKMAT IRANIAN BANK), Argentine Circle, beginning of Africa St., Corner of 37th St., (Dara Cul-de-sac), No.26, Tehran, Iran; No. 26, Afrigha Ave, Argentina Sq., Tehran, Iran; No. 26, Africa Hwy, Argantin Sq., Tehran, Iran; Website www.hibank24.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: BANK SEPAH).

BANK-E IRAN ZAMIN (a.k.a. IRAN ZAMIN BANK), Seyyed Jamal-oldin Asadabadi St., Corner of 68th St., No. 472, Tehran, Iran; Website www.izbank.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

BANK-E KARAFARIN (a.k.a. KARAFARIN BANK), Zafar St. No. 315, Between Vali Asr and Jordan, Tehran, Iran; SWIFT/BIC KBIDIRTH; Website www.karafarinbank.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

BANK-E PASARGAD (a.k.a. BANK PASARGAD; a.k.a. PASARGAD BANK), Valiasr St., Mirdamad St., No. 430, Tehran, Iran; No. 430, Mirdamad Ave, Tehran 19697774511, Iran; SWIFT/BIC BKBPIRTH; Website www.bpi.ir; alt. Website www.bankpasargad.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

BANK-E SAMAN (a.k.a. SAMAN BANK), Vali Asr. St. No. 3, Before Vey Park intersection, corner of Tarakesh Dooz St., Tehran, Iran; 2, Tarkeshdooz Alley, before Parkway Cross, Valiasr St., Tehran, Iran; SWIFT/BIC SABCIRTH; Website sb24.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

BANK-E SARMAYEH (a.k.a. BANK SARMAYEH; a.k.a. SARMAYEH BANK), Sepahod Gharani No. 24, Corner of Arak St., Tehran, Iran; No. 34, Corner of Arak St, Gharani Ave, Tehran, Iran; 24, Arak Street, Sepahbod Gharani Avenue, Tehran 19395-6415, Iran; Website www.sbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

BANK-E SHAHR, Sepahod Gharani, Corner of Khosro St., No. 147, Tehran, Iran; Website shahr-bank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

BANK-E TAAWON MANTAGHEEY-E ESLAMI (a.k.a. ISLAMIC REGIONAL COOPERATION BANK; a.k.a. REGIONAL COOPERATION OF THE ISLAMIC BANK FOR DEVELOPMENT AND INVESTMENT), Building No. 59, District 929, Street No. 17, Arsat Al-Hindia, Al Masbah, Baghdad, Iraq; Tohid Street, Before Tohid Circle, No. 33, Upper Level of Eghtesad-e Novin Bank, Tehran 1419913464, Iran; Arsat Indian, 59 District-929, Street-17, Baghdad, Iraq; Arrasat Al Hindiya, Al Masbah Street, Baghdad, Iraq; SWIFT/BIC RCDFIQBA; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902] (Linked To: EGHTESAD NOVIN BANK).

BANK-E TAT (a.k.a. TAT BANK), Shahid Ahmad Ghasir (Bocharest), Shahid Ahmadian (15th) St., No. 1, Tehran, Iran; No. 1 Ahmadian Street, Bokharest Avenue, Tehran, Iran; SWIFT/BIC TATBIRTH [IRAN].

BANK-E TOSE'E TA'AVON (a.k.a. COOPERATIVE DEVELOPMENT BANK; a.k.a. TOSEE TAAVON BANK; a.k.a. TOSE'E TA'AVON BANK), Mirdamad Blvd., North East Corner of Mirdamad Bridge, No. 271, Tehran, Iran; No. 271, 4th Floor, Mirdamad Blvd, Northeast of Mirdamad Bridge, Tehran, Iran; Website www.ttbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

BANKRUPTCY TECHNOLOGY CENTER LIMITED LIABILITY COMPANY (a.k.a. TSENTR TEKHNOLOGII BANKROTSTVA; a.k.a. "BTC LLC"), 19 Vavilova St., Moscow 117997, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736303529 (Russia); Registration Number 1177746502944 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

BANLU COMERCIALIZADORA, S.A. DE C.V. (a.k.a. CEAR GYM; a.k.a. CENTRO DE ENTRENAMIENTO SEAR), Calle Jilguero 171, Fraccionamiento Los Sauces, Puerto Vallarta, Jalisco 48328, Mexico; Calle Volcan Popocatepetl 5250, Col. El Colli Urbano, Zapopan, Jalisco 45070, Mexico; Organization Type: Non-specialized wholesale trade; alt. Organization Type: Activities of sports clubs; R.F.C. BCO150928QF3 (Mexico); Folio Mercantil No. 92027 (Mexico) [ILLICIT-DRUGS-EO14059].

BANNA PROPERTIES (a.k.a. BENA; a.k.a. BENA PROPERTIES), Cham Holding Building, Daraa Highway, Sahnaya Area, P.O. Box 9525, Damascus, Syria, Syria [PAARSSR-EO13894].

BANNER OF THE LINE OF FIRE BRIGADE (a.k.a. AL-AMSHAT; f.k.a. LOWAA KHAT AL-NARR; a.k.a. SULEIMAN SHAH BRIGADE; a.k.a. SULTAN SULEIMAN SHAH BRIGADE (Arabic: لواء السلطان سليمان شاه); a.k.a. SULTAN SULEIMAN SHAH DIVISION (Arabic: فرقة السلطان سليمان شاه)), Afrin District, Aleppo Governorate, Syria; Organization Established Date 2011 [PAARSSR-EO13894].

BANNER OF THE REVOLUTION (a.k.a. LEWAA AL-THAWRA; a.k.a. LIWA AL THOWRA; a.k.a. LIWA AL-THAWRA; a.k.a. LIWA AL-THAWRAH; a.k.a. LIWA' AL-THAWRAH; a.k.a. LIWAA AL-THAWRA; a.k.a. THE REVOLUTION BRIGADE), Qalyubia, Egypt; Monofeya, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BANOVIC, Predrag; DOB 28 Oct 1969; POB Prijedor, Bosnia-Herzegovina; ICTY indictee in custody (individual) [BALKANS].

BANQUE SINA BONYAD FINANCE AND CREDIT COMPANY (a.k.a. BANK SINA; a.k.a. SINA BANK; a.k.a. SINA BANK COMPANY; a.k.a. SINA FINANCE AND CREDIT COMPANY; a.k.a. SINA FINANCE AND CREDIT INSTITUTE; a.k.a. "BFCC"; a.k.a. "SFCC"), Between Miremad Street and Mofateh Street, Motahari Avenue, Tehran 15888-6457, Iran; No. 238, Ostad Motahari Avenue, District 6, Tehran, Tehran Province 1588864571, Iran; Near by Mofateh Street, No. 187, Ostad Mothari Street, Tehran 1587998411, Iran; 187 Motahri Avenue, Tehran 1587998411, Iran; No. 187, Ostad Mottahari St., Tehran, Iran; 187 Motahhari Ave, Tehran 1587998411, Iran; SWIFT/BIC SINAIRTH; Website www.sinabank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10860246171 (Iran); Registration Number 2904 (Iran) [IRAN] [SDGT] [IFSR] [IRAN-EO13876] (Linked To: ANDISHEH MEHVARAN

INVESTMENT COMPANY; Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BANUELOS RAMIREZ, Juan Carlos (a.k.a. "Pistones"; a.k.a. "Prada"; a.k.a. "PRADA, Juan Carlos"), Mexico; DOB 05 Oct 1977; POB Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. BARJ771005HJCXMN05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

BANYAR, Aung Moe (a.k.a. MOE, Banya Aung; a.k.a. MOE, Banya Ong; a.k.a. MOE, Banyar Aung; a.k.a. MOE, Banyar Ong; a.k.a. MOE, Nai Banya Aung; a.k.a. MOE, Nai Banya Ong; a.k.a. MOE, Nai Banyar Aung; a.k.a. MOE, Nai Banyar Ong), Naypyitaw, Burma; DOB 14 Aug 1947; POB Ye, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 10RAMANAN202348 (Burma); alt. National ID No. EYE089248 (Burma); State Administrative Council Member (individual) [BURMA-EO14014].

BAOGANG DONGYING DONGGANG LOGISTICS AND WAREHOUSING CO., LTD. (Chinese Simplified: 宝港 东营东港 物流仓储有限公司), Dongying, China; Organization Established Date 29 Aug 2024; Unified Social Credit Code (USCC) 91370500MADYL0QNX3 (China) [IRAN-EO13902].

BAQBANI, Mohammad Akhusa (a.k.a. BAGHBANI, Gholamreza; a.k.a. BAQBANI, Qolam Reza); DOB 05 Jan 1961; alt. DOB 1947; POB Zabol, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Islamic Revolutionary Guard Corps - Qods Force General (individual) [SDNTK].

BAQBANI, Qolam Reza (a.k.a. BAGHBANI, Gholamreza; a.k.a. BAQBANI, Mohammad Akhusa); DOB 05 Jan 1961; alt. DOB 1947; POB Zabol, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Islamic Revolutionary Guard Corps - Qods Force General (individual) [SDNTK].

BAQER, Rima Kamel (a.k.a. AHMAD, Rima Kamel Nazem; a.k.a. BAKER, Rima Kamel Yaacoub (Arabic: ريما كامل يعقوب باقر); a.k.a. BAKER, Rima Yaacoub), Eden Gardens Building, 5th Floor, Fawzi Street, Beirut, Lebanon; DOB 25 Feb 1970; POB Beirut, Lebanon; nationality Lebanon; alt. nationality Belgium; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0503197 (Lebanon) expires 01 Aug 2022; alt. Passport EM719287 (Belgium) expires 02 Mar 2022; alt. Passport E1277888 (Belgium) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

BAQERI, Mohammad Hossein (a.k.a. BAGHERI AFSHORDI, Mohammad; a.k.a. BAGHERI, Mohammad; a.k.a. BAGHERI, Mohammed), Iran; DOB 1960; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

BAQI, Abdul (a.k.a. AL-BAKI, 'Abd; a.k.a. AL-BARI, 'Abd; a.k.a. BAKI, Abdul; a.k.a. BARI, Abdul; a.k.a. BARI, Abdul Baqi; a.k.a. BARI, Haji Abdul; a.k.a. IBRAHIM, 'Abd Al-Baqi Muhammad; a.k.a. IBRAHIM, 'Abd Labaqi Muhammad; a.k.a. ISHAQZAI, Rais Abdul Bari; a.k.a. "ABDELBAKI"); DOB 01 Jan 1953; alt. DOB 1952; POB Kandahar, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 306749 (Afghanistan) expires 28 Jun 2014; alt. Passport 47168 (Afghanistan) (individual) [SDGT].

BAQIATOLLAH MEDICAL SCIENCES UNIVERSITY (a.k.a. BAGHIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAGHYATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAGIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH UNIVERSITY OF MEDICAL SCIENCES; a.k.a. BAQIYATTALLAH UNIVERSITY OF MEDICAL SCIENCES; a.k.a. BAQYATOLLAH MEDICAL SCIENCES UNIVERSITY), Vanak Square, Molla-Sadra Avenue, Box number: 19945, Tehran, Iran; Website http://www.bmsu.ac.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

BAQIYATALLAH MEDICAL SCIENCES UNIVERSITY (a.k.a. BAGHIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAGHYATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAGIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH UNIVERSITY OF MEDICAL SCIENCES; a.k.a. BAQIYATTALLAH UNIVERSITY OF MEDICAL SCIENCES; a.k.a. BAQYATOLLAH MEDICAL SCIENCES UNIVERSITY), Vanak Square, Molla-Sadra Avenue, Box number: 19945, Tehran, Iran; Website http://www.bmsu.ac.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

BAQIYATALLAH UNIVERSITY OF MEDICAL SCIENCES (a.k.a. BAGHIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAGHYATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAGIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATTALLAH UNIVERSITY OF MEDICAL SCIENCES; a.k.a. BAQYATOLLAH MEDICAL SCIENCES UNIVERSITY), Vanak Square, Molla-Sadra Avenue, Box number: 19945, Tehran, Iran; Website http://www.bmsu.ac.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

BAQIYATTALLAH UNIVERSITY OF MEDICAL SCIENCES (a.k.a. BAGHIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAGHYATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAGIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH UNIVERSITY OF MEDICAL SCIENCES; a.k.a. BAQYATOLLAH MEDICAL SCIENCES UNIVERSITY), Vanak Square, Molla-Sadra Avenue, Box number: 19945, Tehran, Iran; Website http://www.bmsu.ac.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

BAQYATOLLAH MEDICAL SCIENCES UNIVERSITY (a.k.a. BAGHIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAGHYATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAGIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH UNIVERSITY OF MEDICAL SCIENCES; a.k.a. BAQIYATTALLAH

UNIVERSITY OF MEDICAL SCIENCES), Vanak Square, Molla-Sadra Avenue, Box number: 19945, Tehran, Iran; Website http://www.bmsu.ac.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

BARABANAU, Aleh Fyedaravych (Cyrillic: БАРАБАНАЎ, Алег Фёдаравіч) (a.k.a. BARABANOV, Oleg Fedorovich (Cyrillic: БАРАБАНОВ, Олег Федорович)), Belarus; DOB 29 Aug 1956; POB Belarus; nationality Belarus; Gender Male; Passport KH2539329 (Belarus) expires 13 Oct 2025; National ID No. 3290856K010PB6 (Belarus) (individual) [BELARUS-EO14038].

BARABANOV, Oleg Fedorovich (Cyrillic: БАРАБАНОВ, Олег Федорович) (a.k.a. BARABANAU, Aleh Fyedaravych (Cyrillic: БАРАБАНАЎ, Алег Фёдаравіч)), Belarus; DOB 29 Aug 1956; POB Belarus; nationality Belarus; Gender Male; Passport KH2539329 (Belarus) expires 13 Oct 2025; National ID No. 3290856K010PB6 (Belarus) (individual) [BELARUS-EO14038].

BARAHONA CASTRO, Rosa Adelina (a.k.a. BARAHONA DE RIVAS, Rosa Adelina), Zona Central, Matagalpa, Nicaragua; DOB 10 May 1957; POB Murra, Nueva Segovia, Nicaragua; nationality Nicaragua; Gender Female; National ID No. 4901005570000R (Nicaragua) (individual) [NICARAGUA].

BARAHONA DE RIVAS, Rosa Adelina (a.k.a. BARAHONA CASTRO, Rosa Adelina), Zona Central, Matagalpa, Nicaragua; DOB 10 May 1957; POB Murra, Nueva Segovia, Nicaragua; nationality Nicaragua; Gender Female; National ID No. 4901005570000R (Nicaragua) (individual) [NICARAGUA].

BARAICH, Mullah Naeem (a.k.a. BARECH AKHUND, Mullah Naim; a.k.a. BARECH, Mullah Naim; a.k.a. BAREH, Mullah Naim; a.k.a. BARIC, Mullah Naeem; a.k.a. BARICH, Haji Gul Mohammed Naim; a.k.a. BARICH, Mohammad Naim; a.k.a. BARICH, Mullah Naim; a.k.a. BERICH, Naim; a.k.a. "HAJI GUL MOHAMMAD"; a.k.a. "MULLAH NAIMULLAH"); DOB 01 Jan 1975; alt. DOB 01 Jan 1974; alt. DOB 01 Jan 1976; POB Lakhi Village, Hazarjuft Area, Garmsir District, Helmand Province, Afghanistan; alt. POB Laki Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Lakari Village, Garmsir District, Helmand

Province, Afghanistan; alt. POB Darvishan, Garmsir District, Helmand Province, Afghanistan; alt. POB De Luy Wiyalah Village, Garmsir District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

BARAJAS SAHD, Ana Paulina (a.k.a. SAHD, Paulina), Calle Alcamo 2870-501, Colonia Providencia, Guadalajara, Jalisco, Mexico; Kukulkan 4783, Col. Miradora Del Sol, Zapopan, Jalisco 45054, Mexico; Perla # 3880, Colonia Res. Loma Bonita, Zapopan, Jalisco, Mexico; DOB 03 Oct 1984; POB Jalisco, Mexico; nationality Mexico; Gender Female; C.U.R.P. BASA841003MJCRHN07 (Mexico) (individual) [SDNTK].

BARAK ALLAH, Abdelrahman Gomaa (a.k.a. BARAK ALLAH, Abdul-Rahman Juma; a.k.a. BARAKALLAH AHMAD, Abdelrahman Juma'a (Arabic: عبدالرحمن جمعة بارك الله احمد); a.k.a. BARAKALLAH, Abdel Rahman Joma'a; a.k.a. BARKALLA, Abdelrahman Ahmed Guma; a.k.a. BARKTALLAH, Abdel-Rahman Juma (Arabic: عبدالرحمن جمعة بارك الله); a.k.a. TARBALAKALA, Abdel-Rahman Yumma), Sudan; DOB 01 Jan 1969; POB Bahr Elarab, East Darfur, Sudan; nationality Sudan; Gender Male; Passport P07834700 (Sudan); National ID No. 21052659309 (Sudan) (individual) [SUDAN-EO14098].

BARAK ALLAH, Abdul-Rahman Juma (a.k.a. BARAK ALLAH, Abdelrahman Gomaa; a.k.a. BARAKALLAH AHMAD, Abdelrahman Juma'a (Arabic: عبدالرحمن جمعة بارك الله احمد); a.k.a. BARAKALLAH, Abdel Rahman Joma'a; a.k.a. BARKALLA, Abdelrahman Ahmed Guma; a.k.a. BARKTALLAH, Abdel-Rahman Juma (Arabic: عبدالرحمن جمعة بارك الله); a.k.a. TARBALAKALA, Abdel-Rahman Yumma), Sudan; DOB 01 Jan 1969; POB Bahr Elarab, East Darfur, Sudan; nationality Sudan; Gender Male; Passport P07834700 (Sudan); National ID No. 21052659309 (Sudan) (individual) [SUDAN-EO14098].

BARAKA, Ali (a.k.a. BARAKA, Ali Abed Al Rahman; a.k.a. BARAKAH, Ali), Sidon, Lebanon; DOB 1966; POB Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

BARAKA, Ali Abed Al Rahman (a.k.a. BARAKA, Ali; a.k.a. BARAKAH, Ali), Sidon, Lebanon; DOB 1966; POB Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

BARAKAH, Ali (a.k.a. BARAKA, Ali; a.k.a. BARAKA, Ali Abed Al Rahman), Sidon, Lebanon; DOB 1966; POB Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

BARAKALLAH AHMAD, Abdelrahman Juma'a (Arabic: عبدالرحمن جمعة بارك الله احمد) (a.k.a. BARAK ALLAH, Abdelrahman Gomaa; a.k.a. BARAK ALLAH, Abdul-Rahman Juma; a.k.a. BARAKALLAH, Abdel Rahman Joma'a; a.k.a. BARKALLA, Abdelrahman Ahmed Guma; a.k.a. BARKTALLAH, Abdel-Rahman Juma (Arabic: عبدالرحمن جمعة بارك الله); a.k.a. TARBALAKALA, Abdel-Rahman Yumma), Sudan; DOB 01 Jan 1969; POB Bahr Elarab, East Darfur, Sudan; nationality Sudan; Gender Male; Passport P07834700 (Sudan); National ID No. 21052659309 (Sudan) (individual) [SUDAN-EO14098].

BARAKALLAH, Abdel Rahman Joma'a (a.k.a. BARAK ALLAH, Abdelrahman Gomaa; a.k.a. BARAK ALLAH, Abdul-Rahman Juma; a.k.a. BARAKALLAH AHMAD, Abdelrahman Juma'a (Arabic: عبدالرحمن جمعة بارك الله احمد); a.k.a. BARKALLA, Abdelrahman Ahmed Guma; a.k.a. BARKTALLAH, Abdel-Rahman Juma (Arabic: عبدالرحمن جمعة بارك الله); a.k.a. TARBALAKALA, Abdel-Rahman Yumma), Sudan; DOB 01 Jan 1969; POB Bahr Elarab, East Darfur, Sudan; nationality Sudan; Gender Male; Passport P07834700 (Sudan); National ID No. 21052659309 (Sudan) (individual) [SUDAN-EO14098].

BARAKAT AL FAHILIH, Nasif Jarjis (a.k.a. ABOUTARIF, Nassif; a.k.a. BARAKAT ALVAHILH, Nasif Gergers; a.k.a. BARAKAT, Nasif; a.k.a. BARAKAT, Nassif; a.k.a. BARKAT, Nasif; a.k.a. BARKAT, Nassif; a.k.a. TARIF, Abu), Fahel, Syria; Germana, Damascus, Syria; Al-Qassaa, Damascus, Syria; Al Fuhaylah, Homs, Syria; DOB 20 Jun 1971; alt. DOB 30 Nov 1970; citizen Syria; Gender Male; National ID No. 04010136281 (Syria) (individual) [TCO] (Linked To: BARAKAT TRANSNATIONAL CRIMINAL ORGANIZATION).

BARAKAT ALVAHILH, Nasif Gergers (a.k.a. ABOUTARIF, Nassif; a.k.a. BARAKAT AL FAHILIH, Nasif Jarjis; a.k.a. BARAKAT, Nasif; a.k.a. BARAKAT, Nassif; a.k.a. BARKAT, Nasif; a.k.a. BARKAT, Nassif; a.k.a. TARIF, Abu),

Fahel, Syria; Germana, Damascus, Syria; Al-Qassaa, Damascus, Syria; Al Fuhaylah, Homs, Syria; DOB 20 Jun 1971; alt. DOB 30 Nov 1970; citizen Syria; Gender Male; National ID No. 04010136281 (Syria) (individual) [TCO] (Linked To: BARAKAT TRANSNATIONAL CRIMINAL ORGANIZATION).

BARAKAT IMPORT EXPORT LTDA, Iquique, Chile; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. AABA 670850 Y [SDGT].

BARAKAT TRANSNATIONAL CRIMINAL ORGANIZATION (a.k.a. NASIF BARAKAT ALIEN SMUGGLING ORGANIZATION), Syria; Lebanon; United Arab Emirates; Turkey; Brazil; Colombia; Guatemala; Venezuela; Panama; Mexico [TCO].

BARAKAT, Assaad Ahmad (a.k.a. BARAKAT, Assad; a.k.a. BARAKAT, Assad Ahmad; a.k.a. BARAKAT, Assad Ahmed Muhammad; a.k.a. BARAKAT, Assad Hassan; a.k.a. BARAKAT, Jach Assad Ahmad; a.k.a. "HAJJ AS'AD AHMAD"), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile; Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BARAKAT, Assad (a.k.a. BARAKAT, Assaad Ahmad; a.k.a. BARAKAT, Assad Ahmad; a.k.a. BARAKAT, Assad Ahmed Muhammad; a.k.a. BARAKAT, Assad Hassan; a.k.a. BARAKAT, Jach Assad Ahmad; a.k.a. "HAJJ AS'AD AHMAD"), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile;

Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BARAKAT, Assad Ahmad (a.k.a. BARAKAT, Assaad Ahmad; a.k.a. BARAKAT, Assad; a.k.a. BARAKAT, Assad Ahmed Muhammad; a.k.a. BARAKAT, Assad Hassan; a.k.a. BARAKAT, Jach Assad Ahmad; a.k.a. "HAJJ AS'AD AHMAD"), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile; Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BARAKAT, Assad Ahmed Muhammad (a.k.a. BARAKAT, Assaad Ahmad; a.k.a. BARAKAT, Assad; a.k.a. BARAKAT, Assad Ahmad; a.k.a. BARAKAT, Assad Hassan; a.k.a. BARAKAT, Jach Assad Ahmad; a.k.a. "HAJJ AS'AD AHMAD"), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile; Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BARAKAT, Assad Hassan (a.k.a. BARAKAT, Assaad Ahmad; a.k.a. BARAKAT, Assad; a.k.a. BARAKAT, Assad Ahmad; a.k.a. BARAKAT, Assad Ahmed Muhammad; a.k.a. BARAKAT, Jach Assad Ahmad; a.k.a. "HAJJ AS'AD

AHMAD"), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile; Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BARAKAT, Hamza Ahmad (a.k.a. BARAKAT, Hamze Ahmad; a.k.a. BARAKAT, Hamzi Ahmad; a.k.a. BARAKAT, Hamzi Muhammad); DOB 10 Jan 1963; POB Rubtlatine, Lebanon; alt. POB Beirut, Lebanon; citizen Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BARAKAT, Hamze Ahmad (a.k.a. BARAKAT, Hamza Ahmad; a.k.a. BARAKAT, Hamzi Ahmad; a.k.a. BARAKAT, Hamzi Muhammad); DOB 10 Jan 1963; POB Rubtlatine, Lebanon; alt. POB Beirut, Lebanon; citizen Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BARAKAT, Hamzi Ahmad (a.k.a. BARAKAT, Hamza Ahmad; a.k.a. BARAKAT, Hamze Ahmad; a.k.a. BARAKAT, Hamzi Muhammad); DOB 10 Jan 1963; POB Rubtlatine, Lebanon; alt. POB Beirut, Lebanon; citizen Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BARAKAT, Hamzi Muhammad (a.k.a. BARAKAT, Hamza Ahmad; a.k.a. BARAKAT, Hamze Ahmad; a.k.a. BARAKAT, Hamzi Ahmad); DOB 10 Jan 1963; POB Rubtlatine, Lebanon; alt. POB Beirut, Lebanon; citizen Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BARAKAT, Hatam Ahmad (a.k.a. BARAKAT, Hatem Ahmad; a.k.a. BARAKAT, Hatim Ahmad; a.k.a. BARAKAT, Hattem Ahmad; a.k.a. BARAKAT, Hotem Ahmad); DOB 25 Sep 1961; POB Mousaitbe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions

Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 183319 (Paraguay); alt. Passport 148842 (Paraguay); alt. Passport 106318 (Paraguay); Identification Number 2.194.575 (Paraguay); alt. Identification Number 2.194.975 (Paraguay) (individual) [SDGT].

BARAKAT, Hatem Ahmad (a.k.a. BARAKAT, Hatam Ahmad; a.k.a. BARAKAT, Hatim Ahmad; a.k.a. BARAKAT, Hattem Ahmad; a.k.a. BARAKAT, Hotem Ahmad); DOB 25 Sep 1961; POB Mousaitbe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 183319 (Paraguay); alt. Passport 148842 (Paraguay); alt. Passport 106318 (Paraguay); Identification Number 2.194.575 (Paraguay); alt. Identification Number 2.194.975 (Paraguay) (individual) [SDGT].

BARAKAT, Hatim Ahmad (a.k.a. BARAKAT, Hatam Ahmad; a.k.a. BARAKAT, Hatem Ahmad; a.k.a. BARAKAT, Hattem Ahmad; a.k.a. BARAKAT, Hotem Ahmad); DOB 25 Sep 1961; POB Mousaitbe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 183319 (Paraguay); alt. Passport 148842 (Paraguay); alt. Passport 106318 (Paraguay); Identification Number 2.194.575 (Paraguay); alt. Identification Number 2.194.975 (Paraguay) (individual) [SDGT].

BARAKAT, Hattem Ahmad (a.k.a. BARAKAT, Hatam Ahmad; a.k.a. BARAKAT, Hatem Ahmad; a.k.a. BARAKAT, Hatim Ahmad; a.k.a. BARAKAT, Hotem Ahmad); DOB 25 Sep 1961; POB Mousaitbe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 183319 (Paraguay); alt. Passport 148842 (Paraguay); alt. Passport 106318 (Paraguay); Identification Number 2.194.575 (Paraguay); alt. Identification

Number 2.194.975 (Paraguay) (individual) [SDGT].

BARAKAT, Hotem Ahmad (a.k.a. BARAKAT, Hatam Ahmad; a.k.a. BARAKAT, Hatem Ahmad; a.k.a. BARAKAT, Hatim Ahmad; a.k.a. BARAKAT, Hattem Ahmad); DOB 25 Sep 1961; POB Mousaitbe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 183319 (Paraguay); alt. Passport 148842 (Paraguay); alt. Passport 106318 (Paraguay); Identification Number 2.194.575 (Paraguay); alt. Identification Number 2.194.975 (Paraguay) (individual) [SDGT].

BARAKAT, Jach Assad Ahmad (a.k.a. BARAKAT, Assaad Ahmad; a.k.a. BARAKAT, Assad; a.k.a. BARAKAT, Assad Ahmad; a.k.a. BARAKAT, Assad Ahmed Muhammad; a.k.a. BARAKAT, Assad Hassan; a.k.a. "HAJJ AS'AD AHMAD"), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile; Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BARAKAT, Khaled (a.k.a. "Rabah"), Canada; DOB 01 Jun 1972; POB Ramallah, Palestinian Territories; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AG669835 (Canada) expires 25 May 2028 (individual) [SDGT] (Linked To: POPULAR FRONT FOR THE LIBERATION OF PALESTINE).

BARAKAT, Mohammad Fayez; DOB 11 Mar 1969; POB Rubtlatine, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Identification Number 2.121.948 (Paraguay) (individual) [SDGT].

BARAKAT, Nasif (a.k.a. ABOUTARIF, Nassif; a.k.a. BARAKAT AL FAHILIH, Nasif Jarjis; a.k.a. BARAKAT ALVAHILH, Nasif Gergers; a.k.a. BARAKAT, Nassif; a.k.a. BARKAT, Nasif; a.k.a. BARKAT, Nassif; a.k.a. TARIF, Abu), Fahel, Syria; Germana, Damascus, Syria; Al-Qassaa, Damascus, Syria; Al Fuhaylah, Homs, Syria; DOB 20 Jun 1971; alt. DOB 30 Nov 1970; citizen Syria; Gender Male; National ID No. 04010136281 (Syria) (individual) [TCO] (Linked To: BARAKAT TRANSNATIONAL CRIMINAL ORGANIZATION).

BARAKAT, Nassif (a.k.a. ABOUTARIF, Nassif; a.k.a. BARAKAT AL FAHILIH, Nasif Jarjis; a.k.a. BARAKAT ALVAHILH, Nasif Gergers; a.k.a. BARAKAT, Nasif; a.k.a. BARKAT, Nasif; a.k.a. BARKAT, Nassif; a.k.a. TARIF, Abu), Fahel, Syria; Germana, Damascus, Syria; Al-Qassaa, Damascus, Syria; Al Fuhaylah, Homs, Syria; DOB 20 Jun 1971; alt. DOB 30 Nov 1970; citizen Syria; Gender Male; National ID No. 04010136281 (Syria) (individual) [TCO] (Linked To: BARAKAT TRANSNATIONAL CRIMINAL ORGANIZATION).

BARAKHOYEV, Bekkhan Abdulkhamidovich (Cyrillic: БАРАХОЕВ, Бекхан Абдулхамидович), Russia; DOB 01 Aug 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BARAKHOYEV, Mukharbek Oybertovich (Cyrillic: БАРАХОЕВ, Мухарбек Ойбертович), Russia; DOB 04 Jan 1971; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BARAKZAI ANSARI, Haji Abdullah (a.k.a. ANSARI, Haji Abdullah; a.k.a. BARAKZAI, Haji Abdullah), Afghanistan; DOB 1962; nationality Afghanistan; Gender Male; National ID No. 10331 (Afghanistan) (individual) [SDNTK] (Linked To: NEW ANSARI MONEY EXCHANGE).

BARAKZAI, Haji Abdul Sattar (a.k.a. ABDULASATTAR; a.k.a. BARAKZAI, Haji Satar; a.k.a. MANAN, Haji Abdul Satar Haji Abdul; a.k.a. SATAR, Haji Abdul), Kachray Road, Pashtunabad, Quetta, Balochistan

Province, Pakistan; Nasrullah Khan Chowk, Pashtunabad Area, Balochistan Province, Pakistan; Chaman, Balochistan Province, Pakistan; Abdul Satar Food Shop, Eno Mina 0093, Kandahar, Afghanistan; DOB 1964; POB Mirmandaw Village, Nahr-e Saraj District, Helmand Province, Afghanistan; alt. POB Qilla Abdullah, Pakistan; alt. POB Mirmadaw Village, Gereshk District, Helmand Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AM5421691 (Pakistan) expires 11 Aug 2013; National ID No. 5420250161699 (Pakistan); alt. National ID No. 585629 (Afghanistan) (individual) [SDGT] (Linked To: HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE; Linked To: TALIBAN).

BARAKZAI, Haji Abdullah (a.k.a. ANSARI, Haji Abdullah; a.k.a. BARAKZAI ANSARI, Haji Abdullah), Afghanistan; DOB 1962; nationality Afghanistan; Gender Male; National ID No. 10331 (Afghanistan) (individual) [SDNTK] (Linked To: NEW ANSARI MONEY EXCHANGE).

BARAKZAI, Haji Khairullah (a.k.a. KARIMULLAH, Haji; a.k.a. KHAIRULLAH, Haji; a.k.a. KHEIRULLAH, Haji; a.k.a. KHERULLAH, Haji; a.k.a. MOHAMMAD, Hajji Khair; a.k.a. ULLAH, Haji Khair), Abdul Manan Chowk, Pashtunabad, Quetta, Pakistan; DOB 1965; POB Zumbaleh Village, Nahr-e Saraj District, Helmand Province, Afghanistan; alt. POB Qal'ah Abdulla, Pakistan; alt. POB Mirmadaw Village, Gereshk District, Helmand Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BP4199631 (Pakistan) expires 25 Jun 2014; National ID No. 5440005229635 (Pakistan) (individual) [SDGT] (Linked To: TALIBAN; Linked To: HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE).

BARAKZAI, Haji Satar (a.k.a. ABDULASATTAR; a.k.a. BARAKZAI, Haji Abdul Sattar; a.k.a. MANAN, Haji Abdul Satar Haji Abdul; a.k.a. SATAR, Haji Abdul), Kachray Road, Pashtunabad, Quetta, Balochistan Province, Pakistan; Nasrullah Khan Chowk, Pashtunabad Area, Balochistan Province, Pakistan; Chaman, Balochistan Province, Pakistan; Abdul Satar Food Shop, Eno Mina 0093, Kandahar, Afghanistan; DOB 1964; POB Mirmandaw Village, Nahr-e Saraj District, Helmand Province, Afghanistan; alt. POB Qilla Abdullah, Pakistan; alt. POB Mirmadaw Village, Gereshk

District, Helmand Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AM5421691 (Pakistan) expires 11 Aug 2013; National ID No. 5420250161699 (Pakistan); alt. National ID No. 585629 (Afghanistan) (individual) [SDGT] (Linked To: HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE; Linked To: TALIBAN).

BARAKZAI, Shah Mohammad; DOB 01 Jan 1979; POB Nava, Lash Kargah, Afghanistan; nationality Afghanistan (individual) [SDNTK] (Linked To: NEW AHMADI LTD.).

BARAN SAZAN CASPIAN ANZALI FREE ZONE COMPANY (Arabic: شرکت باران سازان کاسپین منطقه آزاد انزلی), Kiashahr Section, Koye Shahid Rajai Neighborhood, Shahid Seyyed Isa Jalili Alley, Shahid Ahmedpour Alley, 17 Shaghayegh, No. 0, Ground Floor, Astaneh Ashrafiyeh, Kiashahr, Gilan Province 4447114702, Iran; Anzali Commercial-Industrial Free Zone, Chappard Zaman, Laleh Alley Street 2, No. 178, 4349137899, Iran; North Kargar St., Above Jalal Al-Ahmad, 11th Alley, Shahid Khojaste, No. 2, Third Floor, Tehran 1439715333, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Aug 2019; National ID No. 14008086051 (Iran); Registration Number 3644 (Iran) [NPWMD] [IFSR] (Linked To: ABDI ASJERD, Abbas).

BARAN TELECOM COMPANY (a.k.a. BARID FANAVAR ARYAN; a.k.a. SHERKAT-E BARID FANAVAR ARIAN (Arabic: شرکت باران تلکام)), No. 10, Daneshjoo Blvd., Velenjak, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14004585070 (Iran); Registration Number 489180 (Iran); alt. Registration Number 650 (Iran) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

BARANOV, Dmitrii Aleksandrovich (a.k.a. BARANOV, Dmitry Aleksandrovich), 72-128Zh Stara Zagora Street, Samara 443114, Russia; DOB 19 Jun 1970; POB Samara, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 631909995294 (Russia) (individual) [RUSSIA-EO14024].

BARANOV, Dmitry Aleksandrovich (a.k.a. BARANOV, Dmitrii Aleksandrovich), 72-128Zh Stara Zagora Street, Samara 443114, Russia; DOB 19 Jun 1970; POB Samara, Russia;

nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 631909995294 (Russia) (individual) [RUSSIA-EO14024].

BARASH AVIATION (a.k.a. BARASH AVIATION AND CARGO COMPANY LIMITED), Sana'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2012; Organization Type: Freight air transport [SDGT] (Linked To: ANSARALLAH).

BARASH AVIATION AND CARGO COMPANY LIMITED (a.k.a. BARASH AVIATION), Sana'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2012; Organization Type: Freight air transport [SDGT] (Linked To: ANSARALLAH).

BARBARO RECORDS (a.k.a. BARBARO RECORDS SRL), Calle 34, Local No. 10, Los Cachorros, Cristo Rey, Santo Domingo, Distrito Nacional, Dominican Republic; Tax ID No. 131-48344-5 (Dominican Republic) [SDNTK].

BARBARO RECORDS SRL (a.k.a. BARBARO RECORDS), Calle 34, Local No. 10, Los Cachorros, Cristo Rey, Santo Domingo, Distrito Nacional, Dominican Republic; Tax ID No. 131-48344-5 (Dominican Republic) [SDNTK].

BARBATO, Francesco; DOB 21 Nov 1979; POB San Cipriano d'Aversa, Italy (individual) [TCO].

BARCO SHIP MANAGEMENT INC, Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Office 201, Art Thamani Tower, Al-Asayel Street, Dubai, United Arab Emirates; Registration Country Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Feb 2023; Identification Number IMO 6389977; Business Registration Number 118561 (Marshall Islands) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

BARDIYA TEJARAT JAVID (a.k.a. MANDEGAR BASPAR FAJR ASIA; a.k.a. MANDEGAR BASPAR KIMIYA COMPANY), No. 510, 5th Floor, Saddi Trading Building, South SAA DI Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

BARECH AKHUND, Mullah Naim (a.k.a. BARAICH, Mullah Naeem; a.k.a. BARECH,

Mullah Naim; a.k.a. BAREH, Mullah Naim; a.k.a. BARIC, Mullah Naeem; a.k.a. BARICH, Haji Gul Mohammed Naim; a.k.a. BARICH, Mohammad Naim; a.k.a. BARICH, Mullah Naim; a.k.a. BERICH, Naim; a.k.a. "HAJI GUL MOHAMMAD"; a.k.a. "MULLAH NAIMULLAH"); DOB 01 Jan 1975; alt. DOB 01 Jan 1974; alt. DOB 01 Jan 1976; POB Lakhi Village, Hazarjuft Area, Garmsir District, Helmand Province, Afghanistan; alt. POB Laki Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Lakari Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Darvishan, Garmsir District, Helmand Province, Afghanistan; alt. POB De Luy Wiyalah Village, Garmsir District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

BARECH, Mullah Naim (a.k.a. BARAICH, Mullah Naeem; a.k.a. BARECH AKHUND, Mullah Naim; a.k.a. BAREH, Mullah Naim; a.k.a. BARIC, Mullah Naeem; a.k.a. BARICH, Haji Gul Mohammed Naim; a.k.a. BARICH, Mohammad Naim; a.k.a. BARICH, Mullah Naim; a.k.a. BERICH, Naim; a.k.a. "HAJI GUL MOHAMMAD"; a.k.a. "MULLAH NAIMULLAH"); DOB 01 Jan 1975; alt. DOB 01 Jan 1974; alt. DOB 01 Jan 1976; POB Lakhi Village, Hazarjuft Area, Garmsir District, Helmand Province, Afghanistan; alt. POB Laki Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Lakari Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Darvishan, Garmsir District, Helmand Province, Afghanistan; alt. POB De Luy Wiyalah Village, Garmsir District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

BAREH, Mullah Naim (a.k.a. BARAICH, Mullah Naeem; a.k.a. BARECH AKHUND, Mullah Naim; a.k.a. BARECH, Mullah Naim; a.k.a. BARIC, Mullah Naeem; a.k.a. BARICH, Haji Gul Mohammed Naim; a.k.a. BARICH, Mohammad Naim; a.k.a. BARICH, Mullah Naim; a.k.a. BERICH, Naim; a.k.a. "HAJI GUL MOHAMMAD"; a.k.a. "MULLAH NAIMULLAH"); DOB 01 Jan 1975; alt. DOB 01 Jan 1974; alt. DOB 01 Jan 1976; POB Lakhi Village, Hazarjuft Area, Garmsir District, Helmand Province, Afghanistan; alt. POB Laki Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Lakari Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Darvishan, Garmsir District, Helmand Province, Afghanistan; alt. POB De Luy Wiyalah Village, Garmsir District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

BAREY, Djibril Abdul Kareem (a.k.a. BADRI, Gabril Abdul Kareem; a.k.a. BARI, Gabril Abdul Karim; a.k.a. KAREEM, Djibril Abdul), Darfur, Sudan; DOB circa 1961; Colonel for the National Movement for Reform and Development (NMRD) (individual) [DARFUR].

BARGAWINE HONG KONG LIMITED (Cyrillic: КОМПАНИЯ С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БАРГАВАЙН ГОН-КОНГ ЛИМИТЕД), Unit 704, 7/F, 135 Bonham Strand Trade Center, Sheung Wan, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Jun 2008; Company Number 1248808 (Hong Kong); Business Registration Number 39473717 (Hong Kong) [RUSSIA-EO14024] (Linked To: CHICHENEV, Alexey).

BARHAN, Dr. Sahir (a.k.a. AL-DEEN, Saher Burhan; a.k.a. BERHAN, Dr. Sahir; a.k.a. BURHAN, Dr. Sahir; a.k.a. BURHAN, Sahir), United Arab Emirates; Baghdad, Iraq; DOB 1967; nationality Iraq (individual) [IRAQ2].

BARHOUM, Ismail (a.k.a. BARHUM, Isma'il Musa Ahmad; a.k.a. BARHUM, Ismail Musa Ahmad (Arabic: إسماعيل موسى أحمد برهوم)), Rafah, Gaza; DOB 23 Dec 1968; POB Rafah, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 918496571 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

BARHUM, Isma'il Musa Ahmad (a.k.a. BARHOUM, Ismail; a.k.a. BARHUM, Ismail Musa Ahmad (Arabic: إسماعيل موسى أحمد برهوم)), Rafah, Gaza; DOB 23 Dec 1968; POB Rafah, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 918496571 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

BARHUM, Ismail Musa Ahmad (Arabic: إسماعيل موسى أحمد برهوم) (a.k.a. BARHOUM, Ismail; a.k.a. BARHUM, Isma'il Musa Ahmad), Rafah, Gaza; DOB 23 Dec 1968; POB Rafah, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No.

918496571 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

BARI, Abdul (a.k.a. AL-BAKI, 'Abd; a.k.a. AL-BARI, 'Abd; a.k.a. BAKI, Abdul; a.k.a. BAQI, Abdul; a.k.a. BARI, Abdul Baqi; a.k.a. BARI, Haji Abdul; a.k.a. IBRAHIM, 'Abd Al-Baqi Muhammad; a.k.a. IBRAHIM, 'Abd Labaqi Muhammad; a.k.a. ISHAQZAI, Rais Abdul Bari; a.k.a. "ABDELBAKI"); DOB 01 Jan 1953; alt. DOB 1952; POB Kandahar, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 306749 (Afghanistan) expires 28 Jun 2014; alt. Passport 47168 (Afghanistan) (individual) [SDGT].

BARI, Abdul Baqi (a.k.a. AL-BAKI, 'Abd; a.k.a. AL-BARI, 'Abd; a.k.a. BAKI, Abdul; a.k.a. BAQI, Abdul; a.k.a. BARI, Abdul; a.k.a. BARI, Haji Abdul; a.k.a. IBRAHIM, 'Abd Al-Baqi Muhammad; a.k.a. IBRAHIM, 'Abd Labaqi Muhammad; a.k.a. ISHAQZAI, Rais Abdul Bari; a.k.a. "ABDELBAKI"); DOB 01 Jan 1953; alt. DOB 1952; POB Kandahar, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 306749 (Afghanistan) expires 28 Jun 2014; alt. Passport 47168 (Afghanistan) (individual) [SDGT].

BARI, Gabril Abdul Karim (a.k.a. BADRI, Gabril Abdul Kareem; a.k.a. BAREY, Djibril Abdul Kareem; a.k.a. KAREEM, Djibril Abdul), Darfur, Sudan; DOB circa 1961; Colonel for the National Movement for Reform and Development (NMRD) (individual) [DARFUR].

BARI, Haji Abdul (a.k.a. AL-BAKI, 'Abd; a.k.a. AL-BARI, 'Abd; a.k.a. BAKI, Abdul; a.k.a. BAQI, Abdul; a.k.a. BARI, Abdul; a.k.a. BARI, Abdul Baqi; a.k.a. IBRAHIM, 'Abd Al-Baqi Muhammad; a.k.a. IBRAHIM, 'Abd Labaqi Muhammad; a.k.a. ISHAQZAI, Rais Abdul Bari; a.k.a. "ABDELBAKI"); DOB 01 Jan 1953; alt. DOB 1952; POB Kandahar, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 306749 (Afghanistan) expires 28 Jun 2014; alt. Passport 47168 (Afghanistan) (individual) [SDGT].

BARIC, Mullah Naeem (a.k.a. BARAICH, Mullah Naeem; a.k.a. BARECH AKHUND, Mullah Naim; a.k.a. BARECH, Mullah Naim; a.k.a. BAREH, Mullah Naim; a.k.a. BARICH, Haji Gul Mohammed Naim; a.k.a. BARICH, Mohammad Naim; a.k.a. BARICH, Mullah Naim; a.k.a. BERICH, Naim; a.k.a. "HAJI GUL MOHAMMAD"; a.k.a. "MULLAH NAIMULLAH");

DOB 01 Jan 1975; alt. DOB 01 Jan 1974; alt. DOB 01 Jan 1976; POB Lakhi Village, Hazarjuft Area, Garmsir District, Helmand Province, Afghanistan; alt. POB Laki Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Lakari Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Darvishan, Garmsir District, Helmand Province, Afghanistan; alt. POB De Luy Wiyalah Village, Garmsir District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

BARICH, Haji Gul Mohammed Naim (a.k.a. BARAICH, Mullah Naeem; a.k.a. BARECH AKHUND, Mullah Naim; a.k.a. BARECH, Mullah Naim; a.k.a. BAREH, Mullah Naim; a.k.a. BARIC, Mullah Naeem; a.k.a. BARICH, Mohammad Naim; a.k.a. BARICH, Mullah Naim; a.k.a. BERICH, Naim; a.k.a. "HAJI GUL MOHAMMAD"; a.k.a. "MULLAH NAIMULLAH"); DOB 01 Jan 1975; alt. DOB 01 Jan 1974; alt. DOB 01 Jan 1976; POB Lakhi Village, Hazarjuft Area, Garmsir District, Helmand Province, Afghanistan; alt. POB Laki Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Lakari Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Darvishan, Garmsir District, Helmand Province, Afghanistan; alt. POB De Luy Wiyalah Village, Garmsir District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

BARICH, Mohammad Naim (a.k.a. BARAICH, Mullah Naeem; a.k.a. BARECH AKHUND, Mullah Naim; a.k.a. BARECH, Mullah Naim; a.k.a. BAREH, Mullah Naim; a.k.a. BARIC, Mullah Naeem; a.k.a. BARICH, Haji Gul Mohammed Naim; a.k.a. BARICH, Mullah Naim; a.k.a. BERICH, Naim; a.k.a. "HAJI GUL MOHAMMAD"; a.k.a. "MULLAH NAIMULLAH"); DOB 01 Jan 1975; alt. DOB 01 Jan 1974; alt. DOB 01 Jan 1976; POB Lakhi Village, Hazarjuft Area, Garmsir District, Helmand Province, Afghanistan; alt. POB Laki Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Lakari Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Darvishan, Garmsir District, Helmand Province, Afghanistan; alt. POB De Luy Wiyalah Village, Garmsir District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

BARICH, Mullah Naim (a.k.a. BARAICH, Mullah Naeem; a.k.a. BARECH AKHUND, Mullah Naim; a.k.a. BARECH, Mullah Naim; a.k.a.

BAREH, Mullah Naim; a.k.a. BARIC, Mullah Naeem; a.k.a. BARICH, Haji Gul Mohammed Naim; a.k.a. BARICH, Mohammad Naim; a.k.a. BERICH, Naim; a.k.a. "HAJI GUL MOHAMMAD"; a.k.a. "MULLAH NAIMULLAH"); DOB 01 Jan 1975; alt. DOB 01 Jan 1974; alt. DOB 01 Jan 1976; POB Lakhi Village, Hazarjuft Area, Garmsir District, Helmand Province, Afghanistan; alt. POB Laki Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Lakari Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Darvishan, Garmsir District, Helmand Province, Afghanistan; alt. POB De Luy Wiyalah Village, Garmsir District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

BARICH, Musa Kalim (a.k.a. ALIZAI, Musa Khalim; a.k.a. KALEEM, Musa; a.k.a. KALIM, Mohammed Musa; a.k.a. KALIM, Musa; a.k.a. KHALEEM, Musa; a.k.a. KHALIM, Musa; a.k.a. QALEM, Musa; a.k.a. QALIM, Musa), Chahgay Bazaar, Chahgay, Pakistan; Haji Mohammed Plaza, Tol Aram Road, Nearest Jamal Dean Afghani Road, Quetta, Pakistan; Dr Barno Road, Quetta, Pakistan; POB Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AD4756241 (Pakistan) issued 02 Nov 2008 expires 01 Nov 2013; National ID No. 54101-6356624-9 (Pakistan) (individual) [SDGT].

BARID FANAVAR ARYAN (a.k.a. BARAN TELECOM COMPANY; a.k.a. SHERKAT-E BARID FANAVAR ARIAN (Arabic: شرکت باران فناوران آریان (تلکام)), No. 10, Daneshjoo Blvd., Velenjak, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14004585070 (Iran); Registration Number 489180 (Iran); alt. Registration Number 650 (Iran) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

BARKALLA, Abdelrahman Ahmed Guma (a.k.a. BARAK ALLAH, Abdelrahman Gomaa; a.k.a. BARAK ALLAH, Abdul-Rahman Juma; a.k.a. BARAKALLAH AHMAD, Abdelrahman Juma'a (Arabic: عبدالرحمن جمعة بارك الله احمد); a.k.a. BARAKALLAH, Abdel Rahman Joma'a; a.k.a. BARKTALLAH, Abdel-Rahman Juma (Arabic: عبدالرحمن جمعة بارك الله); a.k.a. TARBALAKALA, Abdel-Rahman Yumma), Sudan; DOB 01 Jan 1969; POB Bahr Elarab, East Darfur, Sudan; nationality Sudan; Gender Male; Passport

P07834700 (Sudan); National ID No. 21052659309 (Sudan) (individual) [SUDAN-EO14098].

BARKAT VENTURES (Arabic: موسسه دانش بنیان برکت), No. 12, Zagros St., 12th Ave, Argentina Square, Tehran, Iran; Website https://barkatventures.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 38594 (Iran) [IRAN-EO13876] (Linked To: EXECUTION OF IMAM KHOMEINI'S ORDER).

BARKAT, Nasif (a.k.a. ABOUTARIF, Nassif; a.k.a. BARAKAT AL FAHILIH, Nasif Jarjis; a.k.a. BARAKAT ALVAHILH, Nasif Gergers; a.k.a. BARAKAT, Nasif; a.k.a. BARAKAT, Nassif; a.k.a. BARKAT, Nassif; a.k.a. TARIF, Abu), Fahel, Syria; Germana, Damascus, Syria; Al-Qassaa, Damascus, Syria; Al Fuhaylah, Homs, Syria; DOB 20 Jun 1971; alt. DOB 30 Nov 1970; citizen Syria; Gender Male; National ID No. 04010136281 (Syria) (individual) [TCO] (Linked To: BARAKAT TRANSNATIONAL CRIMINAL ORGANIZATION).

BARKAT, Nassif (a.k.a. ABOUTARIF, Nassif; a.k.a. BARAKAT AL FAHILIH, Nasif Jarjis; a.k.a. BARAKAT ALVAHILH, Nasif Gergers; a.k.a. BARAKAT, Nasif; a.k.a. BARAKAT, Nassif; a.k.a. BARKAT, Nasif; a.k.a. TARIF, Abu), Fahel, Syria; Germana, Damascus, Syria; Al-Qassaa, Damascus, Syria; Al Fuhaylah, Homs, Syria; DOB 20 Jun 1971; alt. DOB 30 Nov 1970; citizen Syria; Gender Male; National ID No. 04010136281 (Syria) (individual) [TCO] (Linked To: BARAKAT TRANSNATIONAL CRIMINAL ORGANIZATION).

BARKHANOEV, Malik Ruslanovish (a.k.a. "INGUSHI, Saifuddin"; a.k.a. "INGUSHI, Sayfuddin"), Iraq; Syria; DOB 14 Mar 1992; POB Ordzhonikidzevskaya, Ingushetia, Russia; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

BARKHATNOVA, Alla Viktorivna (Cyrillic: БАРХАТНОВА, Алла Вікторівна) (a.k.a. BARKHATNOVA, Alla Viktorovna (Cyrillic: БАРХАТНОВА, Алла Викторовна)), Apt. 118, 57 Solidarnosti Street, Druzhkovka, Donetsk Region, Ukraine; DOB 25 Sep 1973; POB Kalinino, Oryol Region, Russia; nationality Russia; alt. nationality Ukraine; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 572008616682 (Russia); alt. Tax ID No.

2693114646 (Ukraine) (individual) [RUSSIA-EO14024].

BARKHATNOVA, Alla Viktorovna (Cyrillic: БАРХАТНОВА, Алла Викторовна) (a.k.a. BARKHATNOVA, Alla Viktorivna (Cyrillic: БАРХАТНОВА, Алла Вікторівна)), Apt. 118, 57 Solidarnosti Street, Druzhkovka, Donetsk Region, Ukraine; DOB 25 Sep 1973; POB Kalinino, Oryol Region, Russia; nationality Russia; alt. nationality Ukraine; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 572008616682 (Russia); alt. Tax ID No. 2693114646 (Ukraine) (individual) [RUSSIA-EO14024].

BARKHORDAR, Ali (Arabic: علی برخوردار) (a.k.a. BARKHOWRDAR, Ali), Iran; DOB 03 Dec 1966; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport I53061052 (Iran); National ID No. 2294701798 (Iran) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

BARKHOWRDAR, Ali (a.k.a. BARKHORDAR, Ali (Arabic: علی برخوردار)), Iran; DOB 03 Dec 1966; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport I53061052 (Iran); National ID No. 2294701798 (Iran) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

BARKTALLAH, Abdel-Rahman Juma (Arabic: عبدالرحمن جمعة بارك الله) (a.k.a. BARAK ALLAH, Abdelrahman Gomaa; a.k.a. BARAK ALLAH, Abdul-Rahman Juma; a.k.a. BARAKALLAH AHMAD, Abdelrahman Juma'a (Arabic: عبدالرحمن جمعة بارك الله احمد); a.k.a. BARAKALLAH, Abdel Rahman Joma'a; a.k.a. BARKALLA, Abdelrahman Ahmed Guma; a.k.a. TARBALAKALA, Abdel-Rahman Yumma), Sudan; DOB 01 Jan 1969; POB Bahr Elarab, East Darfur, Sudan; nationality Sudan; Gender Male; Passport P07834700 (Sudan); National ID No. 21052659309 (Sudan) (individual) [SUDAN-EO14098].

BARLY OFF-SHORE (a.k.a. BARLY OFF-SHORE S.A.L.), Lebanon; Registration Number 1800204 (Lebanon) [PAARSSR-EO13894] (Linked To: ABBAS, Muhammad).

BARLY OFF-SHORE S.A.L. (a.k.a. BARLY OFF-SHORE), Lebanon; Registration Number 1800204 (Lebanon) [PAARSSR-EO13894] (Linked To: ABBAS, Muhammad).

BARMAHANI, Mohsen (Arabic: محسن برمهانی) (a.k.a. BORMAHANI, Mohsen), Tehran, Iran;

DOB 24 May 1979; POB Neishabur, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A54062245 (Iran) expires 12 Jul 2026; National ID No. 1063893488 (Iran); Deputy Director, Islamic Republic of Iran Broadcasting (individual) [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

BARMI, Ruhollah Ghaderi, Iran; DOB 1979; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: SHAHID FAKHAR MOGHADDAM GROUP).

BARNAWI, Khalid (a.k.a. AL-BARNAWI, Khaled; a.k.a. AL-BARNAWI, Khalid; a.k.a. EL-BARNAOUI, Khaled; a.k.a. HAFSAT, Abu; a.k.a. USMAN, Mohammed), Nigeria; DOB 1976; POB Maiduguri, Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BAROON SHIPPING COMPANY LIMITED, Haven Court, 5 Library Ramp, Gibraltar, United Kingdom [IRAQ2].

BARRAGAN BALDERAS, Gilberto (a.k.a. "GILBERTO BARRAGAN"), Miguel Aleman, Tamaulipas, Mexico; DOB 19 May 1970; POB Miguel Aleman, Tamaulipas, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

BARRAGAN CHAVEZ, Luis Enrique (a.k.a. "El R5"; a.k.a. "Guicho"; a.k.a. "Guicho de Los Reyes"; a.k.a. "Wicho"; a.k.a. "Wicho de Los Reyes"), Mexico; DOB 10 Nov 1986; POB Jalisco, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. BACL861110HJCRHS06 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTELES UNIDOS).

BARRAZA ACEVES, Jose Carlos (Latin: BARRAZA ACEVES, José Carlos) (a.k.a. "Luis 2525"), Mexico; DOB 06 Dec 1982; POB Guasave, Sinaloa, Mexico; nationality Mexico; Gender Male; R.F.C. BAAC821206RV9 (Mexico); C.U.R.P. BAAC821206HSLRCR09 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

BARRAZA PABLOS, Victor Manuel (a.k.a. "El 40"), Culiacan, Sinaloa, Mexico; DOB 17 Jul 1990; POB Culiacan, Sinaloa, Mexico; nationality Mexico; Gender Male; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G37777562 (Mexico); C.U.R.P. BAPV900717HSLRBC05 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

BARRE OMAR, Marian (a.k.a. BARREH OMAR, Mariam; a.k.a. BARREH, Mariam; a.k.a. "BARRE, Marian"), Altawun Area, Alkhan, Sharjah, United Arab Emirates; PO Box 80367, Ajman, United Arab Emirates; DOB 01 Jan 1971; alt. DOB 10 Apr 1971; POB Kismayo, Somalia; nationality Djibouti; alt. nationality Somalia; Gender Female; Passport 19RF19428 (Djibouti) issued 28 Dec 2020 expires 28 Dec 2025; Identification Number 156087 (Djibouti) (individual) [SOMALIA].

BARREH OMAR, Mariam (a.k.a. BARRE OMAR, Marian; a.k.a. BARREH, Mariam; a.k.a. "BARRE, Marian"), Altawun Area, Alkhan, Sharjah, United Arab Emirates; PO Box 80367, Ajman, United Arab Emirates; DOB 01 Jan 1971; alt. DOB 10 Apr 1971; POB Kismayo, Somalia; nationality Djibouti; alt. nationality Somalia; Gender Female; Passport 19RF19428 (Djibouti) issued 28 Dec 2020 expires 28 Dec 2025; Identification Number 156087 (Djibouti) (individual) [SOMALIA].

BARREH, Mariam (a.k.a. BARRE OMAR, Marian; a.k.a. BARREH OMAR, Mariam; a.k.a. "BARRE, Marian"), Altawun Area, Alkhan, Sharjah, United Arab Emirates; PO Box 80367, Ajman, United Arab Emirates; DOB 01 Jan 1971; alt. DOB 10 Apr 1971; POB Kismayo, Somalia; nationality Djibouti; alt. nationality Somalia; Gender Female; Passport 19RF19428 (Djibouti) issued 28 Dec 2020 expires 28 Dec 2025; Identification Number 156087 (Djibouti) (individual) [SOMALIA].

BARRERA BARRERA, Daniel (a.k.a. "EL LOCO BARRERA"), Colombia; DOB 06 Nov 1968; alt. DOB 15 Sep 1967; Cedula No. 18221599 (Colombia) (individual) [SDNTK].

BARRERA MEDRANO, Nicandro (a.k.a. BARRERA MENDOZA, Nicandro; a.k.a. BARRERA, Nicandro; a.k.a. BARRERA, Robert; a.k.a. NICANDRO, Barrera Mendoza; a.k.a. "CHAPARRO"; a.k.a. "CHATO"; a.k.a. "EL NICA"; a.k.a. "EL NICE"; a.k.a. "EL NICO"; a.k.a. "NICA"; a.k.a. "NICO"), c/o Purepecha Trucking Co., Uruapan, Michoacan, Mexico; DOB 02 Nov 1964; POB Michoacan, Mexico; citizen Mexico; C.U.R.P. BAMN641102HMNRDC02 (Mexico) (individual) [SDNTK].

BARRERA MENDOZA, Nicandro (a.k.a. BARRERA MEDRANO, Nicandro; a.k.a. BARRERA, Nicandro; a.k.a. BARRERA, Robert; a.k.a. NICANDRO, Barrera Mendoza; a.k.a. "CHAPARRO"; a.k.a. "CHATO"; a.k.a. "EL NICA"; a.k.a. "EL NICE"; a.k.a. "EL NICO"; a.k.a. "NICA"; a.k.a. "NICO"), c/o Purepecha Trucking Co., Uruapan, Michoacan, Mexico; DOB 02 Nov 1964; POB Michoacan, Mexico; citizen Mexico; C.U.R.P. BAMN641102HMNRDC02 (Mexico) (individual) [SDNTK].

BARRERA, Nicandro (a.k.a. BARRERA MEDRANO, Nicandro; a.k.a. BARRERA MENDOZA, Nicandro; a.k.a. BARRERA, Robert; a.k.a. NICANDRO, Barrera Mendoza; a.k.a. "CHAPARRO"; a.k.a. "CHATO"; a.k.a. "EL NICA"; a.k.a. "EL NICE"; a.k.a. "EL NICO"; a.k.a. "NICA"; a.k.a. "NICO"), c/o Purepecha Trucking Co., Uruapan, Michoacan, Mexico; DOB 02 Nov 1964; POB Michoacan, Mexico; citizen Mexico; C.U.R.P. BAMN641102HMNRDC02 (Mexico) (individual) [SDNTK].

BARRERA, Robert (a.k.a. BARRERA MEDRANO, Nicandro; a.k.a. BARRERA MENDOZA, Nicandro; a.k.a. BARRERA, Nicandro; a.k.a. NICANDRO, Barrera Mendoza; a.k.a. "CHAPARRO"; a.k.a. "CHATO"; a.k.a. "EL NICA"; a.k.a. "EL NICE"; a.k.a. "EL NICO"; a.k.a. "NICA"; a.k.a. "NICO"), c/o Purepecha Trucking Co., Uruapan, Michoacan, Mexico; DOB 02 Nov 1964; POB Michoacan, Mexico; citizen Mexico; C.U.R.P. BAMN641102HMNRDC02 (Mexico) (individual) [SDNTK].

BARRIO 18 (a.k.a. "CALLE 18"; a.k.a. "SURENOS"; a.k.a. "THE REVOLUTIONARIES"), El Salvador; Guatemala; Honduras; United States; Italy; Canada; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

BARRIOS HERNANDEZ, Mercedes (a.k.a. "LA MECHE"), Xochitepec, Morelos, Mexico; DOB 05 May 1971; POB Acapulco de Juarez, Guerrero, Mexico; citizen Mexico; Gender Female; R.F.C. BAHM710505Q91 (Mexico); C.U.R.P. BAHM710505MGRRRR07 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

BARROS FREDERICO, Lucio Francisco de Fatima (a.k.a. BARROS, Francisco de Fatima Frederico; a.k.a. "CHICO BARROS"); DOB 13 May 1967; alt. DOB 06 Jun 1970; POB Praia, Cabo Verde; nationality Cabo Verde; citizen Cabo Verde; alt. citizen Guinea-Bissau; Passport I066302 (Cabo Verde); alt. Passport CA0120780 (Guinea-Bissau) issued 08 Apr 2006 expires 07 Apr 2009; National ID No. 16128971 (Cabo Verde) (individual) [SDNTK].

BARROS, Francisco de Fatima Frederico (a.k.a. BARROS FREDERICO, Lucio Francisco de Fatima; a.k.a. "CHICO BARROS"); DOB 13 May 1967; alt. DOB 06 Jun 1970; POB Praia, Cabo Verde; nationality Cabo Verde; citizen Cabo Verde; alt. citizen Guinea-Bissau; Passport I066302 (Cabo Verde); alt. Passport CA0120780 (Guinea-Bissau) issued 08 Apr 2006 expires 07 Apr 2009; National ID No. 16128971 (Cabo Verde) (individual) [SDNTK].

BARSUKOU, Aliaksandr (a.k.a. BARSUKOU, Alyaksandr; a.k.a. BARSUKOU, Alyaksandr Pyatrovich (Cyrillic: БАРСУКОЎ, Аляксандр Пятровіч); a.k.a. BARSUKOV, Aleksandr; a.k.a. BARSUKOV, Aleksandr Petrovich (Cyrillic: БАРСУКОВ, Александр Петрович); a.k.a. BARSUKOV, Alexander), Minsk, Belarus; DOB 29 Apr 1965; POB Vetkovski District, Homyel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

BARSUKOU, Alyaksandr (a.k.a. BARSUKOU, Aliaksandr; a.k.a. BARSUKOU, Alyaksandr Pyatrovich (Cyrillic: БАРСУКОЎ, Аляксандр Пятровіч); a.k.a. BARSUKOV, Aleksandr; a.k.a. BARSUKOV, Aleksandr Petrovich (Cyrillic: БАРСУКОВ, Александр Петрович); a.k.a. BARSUKOV, Alexander), Minsk, Belarus; DOB 29 Apr 1965; POB Vetkovski District, Homyel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

BARSUKOU, Alyaksandr Pyatrovich (Cyrillic: БАРСУКОЎ, Аляксандр Пятровіч) (a.k.a. BARSUKOU, Aliaksandr; a.k.a. BARSUKOU, Alyaksandr; a.k.a. BARSUKOV, Aleksandr; a.k.a. BARSUKOV, Aleksandr Petrovich (Cyrillic: БАРСУКОВ, Александр Петрович); a.k.a. BARSUKOV, Alexander), Minsk, Belarus; DOB 29 Apr 1965; POB Vetkovski District, Homyel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

BARSUKOV, Aleksandr (a.k.a. BARSUKOU, Aliaksandr; a.k.a. BARSUKOU, Alyaksandr; a.k.a. BARSUKOU, Alyaksandr Pyatrovich (Cyrillic: БАРСУКОЎ, Аляксандр Пятровіч); a.k.a. BARSUKOV, Aleksandr Petrovich (Cyrillic: БАРСУКОВ, Александр Петрович); a.k.a. BARSUKOV, Alexander), Minsk, Belarus; DOB 29 Apr 1965; POB Vetkovski District, Homyel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

BARSUKOV, Aleksandr Petrovich (Cyrillic: БАРСУКОВ, Александр Петрович) (a.k.a. BARSUKOU, Aliaksandr; a.k.a. BARSUKOU, Alyaksandr; a.k.a. BARSUKOU, Alyaksandr Pyatrovich (Cyrillic: БАРСУКОЎ, Аляксандр Пятровіч); a.k.a. BARSUKOV, Aleksandr; a.k.a. BARSUKOV, Alexander), Minsk, Belarus; DOB 29 Apr 1965; POB Vetkovski District, Homyel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

BARSUKOV, Alexander (a.k.a. BARSUKOU, Aliaksandr; a.k.a. BARSUKOU, Alyaksandr; a.k.a. BARSUKOU, Alyaksandr Pyatrovich (Cyrillic: БАРСУКОЎ, Аляксандр Пятровіч); a.k.a. BARSUKOV, Aleksandr; a.k.a. BARSUKOV, Aleksandr Petrovich (Cyrillic: БАРСУКОВ, Александр Петрович)), Minsk, Belarus; DOB 29 Apr 1965; POB Vetkovski District, Homyel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

BARTH, Frederik Heinz, Kientzheimer Strasse 1, Schwendi 88477, Germany; DOB 30 Aug 1965; POB Laupheim, Germany; citizen Germany; Occupation: Chemist (individual) [SDNTK].

BARUS (a.k.a. BARUS LIMITED LIABILITY COMPANY; a.k.a. OOO BARUS), 32 Leninsky Prospekt, Floor 1, Office IB, Room 1, Moscow 119334, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736324991 (Russia); Registration Number 1197746639860 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

BARUS LIMITED LIABILITY COMPANY (a.k.a. BARUS; a.k.a. OOO BARUS), 32 Leninsky Prospekt, Floor 1, Office IB, Room 1, Moscow 119334, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736324991 (Russia); Registration Number 1197746639860 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

BARYSHNIKOV, Dmitry Vladimirovich (Cyrillic: БАРЫШНИКОВ, Дмитрий Владимирович), Russia; DOB 06 Nov 1976; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 723393511 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

BARZA STYLE & MODE CO., LIMITED (a.k.a. BARZA STYLE AND MODE CO., LIMITED),

Falt B51F Manning Ind Bldg, 116-118, Hongwing St, Kwun Tong Kln, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 15 Apr 2021; C.R. No. 3038707 (Hong Kong) [IRAN-EO13846] (Linked To: EDGAR COMMERCIAL SOLUTIONS FZE).

BARZA STYLE AND MODE CO., LIMITED (a.k.a. BARZA STYLE & MODE CO., LIMITED), Falt B51F Manning Ind Bldg, 116-118, Hongwing St, Kwun Tong Kln, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 15 Apr 2021; C.R. No. 3038707 (Hong Kong) [IRAN-EO13846] (Linked To: EDGAR COMMERCIAL SOLUTIONS FZE).

BARZINGY, Ata Abdoul Aziz (a.k.a. RASHID, Ata Abd Al-Aziz; a.k.a. RASHID, Ata Abdoulaziz), Schmidener Street 98, Stuttgart 70374, Germany; Stuttgart Prison, Stuttgart, Germany; DOB 01 Dec 1973; POB Sulaymaniyah, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Travel Document Number A0020375 (Germany) (individual) [SDGT].

BASAIR, Foad Salehi (a.k.a. BASIR, Foad Salehi; a.k.a. SALEHI, Foad); DOB 28 Apr 1986; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J37945161 (Iran); National ID No. 0077849248 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: VALADZAGHARD, Mohammadreza Khedmati).

BASALTOS TONALA, S.A. DE C.V., Zona Metropolitana, Guadalajara, Jalisco, Mexico; Camino a Colimilla Km. 6, Colonia San Gaspar, Tonala, Jalisco C.P. 45404, Mexico; R.F.C. BTO041104AH2 (Mexico); Folio Mercantil No. 24808 (Mexico) [SDNTK].

BASAMAD ELECTRONIC POUYA ENGINEERING LIMITED LIABILITY COMPANY (a.k.a. DYNAMIC ELECTRONIC FREQUENCY ENGINEERING LIMITED LIABILITY COMPANY), No. 63, Unit 4, Shahrara, Patrice Lumumba St., Abshori St., Tehran 1445934911, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 20 Jan 2015; National ID No. 14004684489 (Iran); Registration Number 466887 (Iran) [NPWMD]

[IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

BASANSKY, Anton Aleksandrovich (Cyrillic: БАСАНСКИЙ, Антон Александрович), Russia; DOB 09 Jul 1987; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BASEALT LLC (a.k.a. LIMITED LIABILITY COMPANY BASEALT), d. 75,  ofis 307, ul. Butyrskaya, Moscow 127015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714350892 (Russia); Registration Number 1157746734837 (Russia) [RUSSIA-EO14024].

BASEEJ (a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BASEER, Abdul (a.k.a. 'ABD AL-BASIR, Haji; a.k.a. BASIR, Abdal; a.k.a. BASIR, Haji Abdul; a.k.a. NOORZAI, Haji Basir), Chaman, Pakistan; DOB 1965; alt. DOB 1963; alt. DOB 1960; POB Balochistan Province, Pakistan; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport

AA3829182 (Pakistan); National ID No. 5420124679187 (Pakistan) (individual) [SDGT].

BASENGEZI, Marcellin (a.k.a. BASENGEZI, Marcellin Mukolo; a.k.a. MAKOLO, Marcelin Basengezi; a.k.a. MUKOLO, Basengezi Marcellin), Appartement 29 Cite Du Fleuve, Cite Du Fleuve, Kingabwa Limete, Kinshasa, Congo, Democratic Republic of the; DOB 30 Nov 1985; POB Kaziba, Congo, Democratic Republic of the; Gender Male; Passport OP0155187 (Congo, Democratic Republic of the) issued 24 Jan 2016 expires 19 Jan 2021 (individual) [DRCONGO].

BASENGEZI, Marcellin Mukolo (a.k.a. BASENGEZI, Marcellin; a.k.a. MAKOLO, Marcelin Basengezi; a.k.a. MUKOLO, Basengezi Marcellin), Appartement 29 Cite Du Fleuve, Cite Du Fleuve, Kingabwa Limete, Kinshasa, Congo, Democratic Republic of the; DOB 30 Nov 1985; POB Kaziba, Congo, Democratic Republic of the; Gender Male; Passport OP0155187 (Congo, Democratic Republic of the) issued 24 Jan 2016 expires 19 Jan 2021 (individual) [DRCONGO].

BASERI, Mohammad (a.k.a. "SANAI"), Iran; DOB 19 Sep 1972; POB Semnan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

BASEVIC, Dragan; DOB 02 Mar 1976; POB Belgrade, Serbia (individual) [BALKANS].

BASHANKAYEV, Badma Nikolayevich (Cyrillic: БАШАНКАЕВ, Бадма Николаевич), Russia; DOB 16 Jun 1978; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BASHAR, Alhaj Qari Ayub (a.k.a. AYUB, Qari Muhammad; a.k.a. BASHIR, Ayob; a.k.a. BASHIR, Qari Ayyub), Mir Ali, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1966; alt. DOB 1964; alt. DOB 1969; alt. DOB 1971; nationality Uzbekistan; alt. nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BASHCREDITBANK (a.k.a. BANK URALSIB OAO; a.k.a. BANK URALSIB OJSC; a.k.a. BANK URALSIB PAO; a.k.a. PUBLIC JOINT STOCK COMPANY BANK URALSIB; a.k.a. URALO-SIBIRSKIY BANK OAO; a.k.a. URAL-

SIBERIAN BANK), 8 Efremova Street, Moscow 119048, Russia; SWIFT/BIC AVTBRUMM; Website https://www.uralsib.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 27 Jan 1993; Target Type Financial Institution; Tax ID No. 0274062111 (Russia); Legal Entity Number 253400HYBTF10T9XBR98; Registration Number 1020280000190 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

BASHIR, 'Abd Al-Rahim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrahman; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrahman; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BASHIR, Abdul Rachim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrahman; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrahman; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BASHIR, Abdul Rahim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrahman; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rochim;

a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrahman; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BASHIR, Abdul Rochim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrahman; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrahman; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BASHIR, Abdul Rosyid Ridho (a.k.a. BA'ASYIR, Abdul Rosyid Ridho; a.k.a. BA'ASYIR, Rashid Rida; a.k.a. BA'ASYIR, Rasyid Ridho; a.k.a. BA'ASYIR, Rosyid Ridho; a.k.a. BASHIR, Rashid Rida; a.k.a. BASHIR, Rasyid Ridho; a.k.a. BASHIR, Rosyid Ridho), Pondok Pesantren Al Wayain Ngrandu, Sumber Agung, Magetan, East Java, Indonesia; DOB 31 Jan 1974; POB Sukoharjo, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1127083101740003 (Indonesia) (individual) [SDGT].

BASHIR, Abdurochim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrahman; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrahman; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 (individual) [SDGT].

BASHIR, Abdurrahim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrahman; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahman; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BASHIR, Abdurrahman (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrahman; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BASHIR, Abdurrochim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrahman; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrahman); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BASHIR, Abu Bakar (a.k.a. BAASYIR, Abu Bakar; a.k.a. BA'ASYIR, Abu Bakar; a.k.a.

"ABDUS SAMAD"; a.k.a. "ABDUS SOMAD"); DOB 17 Aug 1938; POB Jombang, East Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BASHIR, Ali Lalobo (a.k.a. KAPERE, Otim; a.k.a. KONY, Ali; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLA, Ali Mohammed; a.k.a. LABOLO, Ali Mohammad; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Bashir; a.k.a. LALOBO, Ali Mohammed; a.k.a. SALONGO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Bashir"; a.k.a. "Caesar"; a.k.a. "MOHAMMED, Ali"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

BASHIR, Ayob (a.k.a. AYUB, Qari Muhammad; a.k.a. BASHAR, Alhaj Qari Ayub; a.k.a. BASHIR, Qari Ayyub), Mir Ali, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1966; alt. DOB 1964; alt. DOB 1969; alt. DOB 1971; nationality Uzbekistan; alt. nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BASHIR, Bashir Saleh (a.k.a. SALEH, Bachir; a.k.a. SALEH, Bashir); DOB 1946; POB Traghen, Libya; Head of Cabinet of Leader Muammar Gaddafi; Chief of Staff; Chairman of Libya Africa Investment Portfolio (individual) [LIBYA2].

BASHIR, Qari Ayyub (a.k.a. AYUB, Qari Muhammad; a.k.a. BASHAR, Alhaj Qari Ayub; a.k.a. BASHIR, Ayob), Mir Ali, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1966; alt. DOB 1964; alt. DOB 1969; alt. DOB 1971; nationality Uzbekistan; alt. nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BASHIR, Rashid Rida (a.k.a. BA'ASYIR, Abdul Rosyid Ridho; a.k.a. BA'ASYIR, Rashid Rida; a.k.a. BA'ASYIR, Rasyid Ridho; a.k.a. BA'ASYIR, Rosyid Ridho; a.k.a. BASHIR, Abdul Rosyid Ridho; a.k.a. BASHIR, Rasyid Ridho; a.k.a. BASHIR, Rosyid Ridho), Pondok Pesantren Al Wayain Ngrandu, Sumber Agung, Magetan, East Java, Indonesia; DOB 31 Jan 1974; POB Sukoharjo, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; National ID No. 1127083101740003 (Indonesia) (individual) [SDGT].

BASHIR, Rasyid Ridho (a.k.a. BA'ASYIR, Abdul Rosyid Ridho; a.k.a. BA'ASYIR, Rashid Rida; a.k.a. BA'ASYIR, Rasyid Ridho; a.k.a. BA'ASYIR, Rosyid Ridho; a.k.a. BASHIR, Abdul Rosyid Ridho; a.k.a. BASHIR, Rashid Rida; a.k.a. BASHIR, Rosyid Ridho), Pondok Pesantren Al Wayain Ngrandu, Sumber Agung, Magetan, East Java, Indonesia; DOB 31 Jan 1974; POB Sukoharjo, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1127083101740003 (Indonesia) (individual) [SDGT].

BASHIR, Rosyid Ridho (a.k.a. BA'ASYIR, Abdul Rosyid Ridho; a.k.a. BA'ASYIR, Rashid Rida; a.k.a. BA'ASYIR, Rasyid Ridho; a.k.a. BA'ASYIR, Rosyid Ridho; a.k.a. BASHIR, Abdul Rosyid Ridho; a.k.a. BASHIR, Rashid Rida; a.k.a. BASHIR, Rasyid Ridho), Pondok Pesantren Al Wayain Ngrandu, Sumber Agung, Magetan, East Java, Indonesia; DOB 31 Jan 1974; POB Sukoharjo, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1127083101740003 (Indonesia) (individual) [SDGT].

BASHKIN, Aleksandr Davidovich (a.k.a. BASHKIN, Alexander Davidovich (Cyrillic: БАШКИН, Александр Давыдович)), Russia; DOB 10 Jun 1962; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BASHKIN, Alexander Davidovich (Cyrillic: БАШКИН, Александр Давыдович) (a.k.a. BASHKIN, Aleksandr Davidovich), Russia; DOB 10 Jun 1962; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BASHKIR INDUSTRIAL HOLDING LLC (a.k.a. BASHKIRSKIY PROMYSHLENNYI HOLDING OOO; a.k.a. BPKH OOO; a.k.a. LLC SIBCAPITAL (Cyrillic: ООО СИБКАПИТАЛ); a.k.a. OOO BASHKIR INDUSTRIAL HOLDING COMPANY), d. 42 etazh 2 pom. 12, ul.

Sotsialisticheskaya, Blagoveshchensk 453434, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0258954788 (Russia); Registration Number 1210200047969 (Russia) [RUSSIA-EO14024].

BASHKIROV, Aleksei Vladimirovich (Cyrillic: БАШКИРОВ, Алексей Владимирович) (a.k.a. BASHKIROV, Alexey Vladimirovich), Christou Keli, 10A Residence Blanco, Flat 103, Neapoli, Limassol 3101, Cyprus; 26 Zoologicheskaya, Building 1, Apartment 25, Moscow 123056, Russia; DOB 15 Apr 1977; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530691501 (Russia); Tax ID No. 770300386581 (Russia) (individual) [RUSSIA-EO14024].

BASHKIROV, Alexey Vladimirovich (a.k.a. BASHKIROV, Aleksei Vladimirovich (Cyrillic: БАШКИРОВ, Алексей Владимирович)), Christou Keli, 10A Residence Blanco, Flat 103, Neapoli, Limassol 3101, Cyprus; 26 Zoologicheskaya, Building 1, Apartment 25, Moscow 123056, Russia; DOB 15 Apr 1977; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530691501 (Russia); Tax ID No. 770300386581 (Russia) (individual) [RUSSIA-EO14024].

BASHKIRSKIY PROMYSHLENNYI HOLDING OOO (a.k.a. BASHKIR INDUSTRIAL HOLDING LLC; a.k.a. BPKH OOO; a.k.a. LLC SIBCAPITAL (Cyrillic: ООО СИБКАПИТАЛ); a.k.a. OOO BASHKIR INDUSTRIAL HOLDING COMPANY), d. 42 etazh 2 pom. 12, ul. Sotsialisticheskaya, Blagoveshchensk 453434, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0258954788 (Russia); Registration Number 1210200047969 (Russia) [RUSSIA-EO14024].

BASHLIKOV, Aleksei, Moscow, Russia; DOB 18 Mar 1988; POB Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 4509592875 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP).

BASHNEFT DOBYCHA, UL. Karla Marksa D. 30, K. 1, Ufa 450077, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0277106840 (Russia); Registration Number 1090280032699 (Russia) [RUSSIA-EO14024].

BASHQ, Abu Raghad (a.k.a. AL-'ALLAK, Ashraf Ahmad Fari'; a.k.a. AL-ALLAL, Ashraf Ahmad

Fari; a.k.a. AL-URDUNI, Abu Raghad; a.k.a. FARI', Ashraf Ahmad; a.k.a. "BASHIQ"), Dar'a, Syria; DOB 15 Dec 1978; POB Amman, Jordan; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

BASHVZRYVTECHNOLOGII JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO BASHVZRYVTEKHNOLOGII; a.k.a. "BVT AO"; a.k.a. "JSC BVT"), Ul. Rabochaya D. 42, Samara 443041, Russia; Ul. Rostovskaya D. 18, Ufa, Republic of Bashkortostan 450071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Nov 2000; Tax ID No. 0276061770 (Russia); Government Gazette Number 52989204 (Russia); Registration Number 1030204205382 (Russia) [RUSSIA-EO14024].

BASIC ELEMENT LIMITED (a.k.a. BAZOVY ELEMENT), Esplanade 44, Saint Helier JE4 9WG, Jersey; 30 Rochdelskaya Street, Moscow 123022, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 84039 [UKRAINE-EO13661] [UKRAINE-EO13662] (Linked To: DERIPASKA, Oleg Vladimirovich).

BASIJ (a.k.a. BASEEJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BASIJ COOPERATIVE FOUNDATION (a.k.a. BONYAD TAAVON BASIJ), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: BASIJ RESISTANCE FORCE).

BASIJ RESISTANCE CENTER OF THE AEOI (a.k.a. AEOI BASIJ RESISTANCE CENTER), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

BASIJ RESISTANCE FORCE (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BASIJ RESISTANCE FORCES (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a.

SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BASIJ-E MELLI (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BASILEVS LOJISTIK MEDIKAL TARIM TICARET VE SANAYI LIMITED SIRKETI, Nordic Life Sitesi C Blok, No: 26C/35, Tosmur Mahallesi, Antalya 07400, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22

Jun 2020; Tax ID No. 1431371354 (Turkey) [RUSSIA-EO14024].

BASIR, Abdal (a.k.a. 'ABD AL-BASIR, Haji; a.k.a. BASEER, Abdul; a.k.a. BASIR, Haji Abdul; a.k.a. NOORZAI, Haji Basir), Chaman, Pakistan; DOB 1965; alt. DOB 1963; alt. DOB 1960; POB Balochistan Province, Pakistan; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AA3829182 (Pakistan); National ID No. 5420124679187 (Pakistan) (individual) [SDGT].

BASIR, Abdul Qadir (a.k.a. ABDUL BASEER, Abdul Qadeer Basir; a.k.a. AHMAT, Abdul Qadir; a.k.a. HAQQANI, Abdul Qadir; a.k.a. QADIR, Abdul; a.k.a. "Nasibullah"), Peshawar, Pakistan; DOB 1964; POB Nangarhar Province, Afghanistan; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D000974 (Afghanistan) (individual) [SDGT] (Linked To: TALIBAN).

BASIR, Foad Salehi (a.k.a. BASAIR, Foad Salehi; a.k.a. SALEHI, Foad); DOB 28 Apr 1986; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J37945161 (Iran); National ID No. 0077849248 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: VALADZAGHARD, Mohammadreza Khedmati).

BASIR, Haji Abdul (a.k.a. 'ABD AL-BASIR, Haji; a.k.a. BASEER, Abdul; a.k.a. BASIR, Abdal; a.k.a. NOORZAI, Haji Basir), Chaman, Pakistan; DOB 1965; alt. DOB 1963; alt. DOB 1960; POB Balochistan Province, Pakistan; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AA3829182 (Pakistan); National ID No. 5420124679187 (Pakistan) (individual) [SDGT].

BASIS TRADE PROSOFT LLC (a.k.a. BAZIS TREID PROSOFT; a.k.a. "BTPTRADE"), Per. Savvinskii B D. 16, Pom/Et I/1, Moscow 119435, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704345974 (Russia); Registration Number 1167746176883 (Russia) [RUSSIA-EO14024].

BASKAU, Dzmitriy Yurievich (Cyrillic: БАСКАЎ, Дзмітры Юр'евіч) (a.k.a. BASKAU, Dzmitry; a.k.a. BASKOV, Dmitriy; a.k.a. BASKOV, Dmitriy Yurievich (Cyrillic: БАСКОВ, Дмитрий Юрьевич); a.k.a. BASKOV, Dmitry), ul. M. Bogdanovicha, d. 124, kv. 68, Minsk, Belarus; DOB 25 Aug 1978; POB Minsk, Belarus; nationality Belarus; Gender Male; Passport MP3727671 (Belarus) issued 16 Sep 2015; National ID No. 3250878A013PB7 (Belarus) (individual) [BELARUS-EO14038].

BASKAU, Dzmitry (a.k.a. BASKAU, Dzmitriy Yurievich (Cyrillic: БАСКАЎ, Дзмітры Юр'евіч); a.k.a. BASKOV, Dmitriy; a.k.a. BASKOV, Dmitriy Yurievich (Cyrillic: БАСКОВ, Дмитрий Юрьевич); a.k.a. BASKOV, Dmitry), ul. M. Bogdanovicha, d. 124, kv. 68, Minsk, Belarus; DOB 25 Aug 1978; POB Minsk, Belarus; nationality Belarus; Gender Male; Passport MP3727671 (Belarus) issued 16 Sep 2015; National ID No. 3250878A013PB7 (Belarus) (individual) [BELARUS-EO14038].

BASKOV, Dmitriy (a.k.a. BASKAU, Dzmitriy Yurievich (Cyrillic: БАСКАЎ, Дзмітры Юр'евіч); a.k.a. BASKAU, Dzmitry; a.k.a. BASKOV, Dmitriy Yurievich (Cyrillic: БАСКОВ, Дмитрий Юрьевич); a.k.a. BASKOV, Dmitry), ul. M. Bogdanovicha, d. 124, kv. 68, Minsk, Belarus; DOB 25 Aug 1978; POB Minsk, Belarus; nationality Belarus; Gender Male; Passport MP3727671 (Belarus) issued 16 Sep 2015; National ID No. 3250878A013PB7 (Belarus) (individual) [BELARUS-EO14038].

BASKOV, Dmitriy Yurievich (Cyrillic: БАСКОВ, Дмитрий Юрьевич) (a.k.a. BASKAU, Dzmitriy Yurievich (Cyrillic: БАСКАЎ, Дзмітры Юр'евіч); a.k.a. BASKAU, Dzmitry; a.k.a. BASKOV, Dmitriy; a.k.a. BASKOV, Dmitry), ul. M. Bogdanovicha, d. 124, kv. 68, Minsk, Belarus; DOB 25 Aug 1978; POB Minsk, Belarus; nationality Belarus; Gender Male; Passport MP3727671 (Belarus) issued 16 Sep 2015; National ID No. 3250878A013PB7 (Belarus) (individual) [BELARUS-EO14038].

BASKOV, Dmitry (a.k.a. BASKAU, Dzmitriy Yurievich (Cyrillic: БАСКАЎ, Дзмітры Юр'евіч); a.k.a. BASKAU, Dzmitry; a.k.a. BASKOV, Dmitriy; a.k.a. BASKOV, Dmitriy Yurievich (Cyrillic: БАСКОВ, Дмитрий Юрьевич)), ul. M. Bogdanovicha, d. 124, kv. 68, Minsk, Belarus; DOB 25 Aug 1978; POB Minsk, Belarus; nationality Belarus; Gender Male; Passport MP3727671 (Belarus) issued 16 Sep 2015; National ID No. 3250878A013PB7 (Belarus) (individual) [BELARUS-EO14038].

BASLAM NAKLIYAT VE DIS TICARET LIMITED SIRKETI (a.k.a. BASLAM NAKLIYAT VE DIS TICARET LTD STI; a.k.a. BASLAM TRANSPORT AND FOREIGN TRADE), Deniz Bank Ust Sitesi, 29 Yol Sokak, Resitpasa, Istinye, Sariyer, Istanbul 34467, Turkey; Istinye MH, Bostan Sk. N. 12 Sariyer, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 1480059591 (Turkey); Registration Number 389767-0 (Turkey); Central Registration System Number 0148-0059-5910-0013 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

BASLAM NAKLIYAT VE DIS TICARET LTD STI (a.k.a. BASLAM NAKLIYAT VE DIS TICARET LIMITED SIRKETI; a.k.a. BASLAM TRANSPORT AND FOREIGN TRADE), Deniz Bank Ust Sitesi, 29 Yol Sokak, Resitpasa, Istinye, Sariyer, Istanbul 34467, Turkey; Istinye MH, Bostan Sk. N. 12 Sariyer, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 1480059591 (Turkey); Registration Number 389767-0 (Turkey); Central Registration System Number 0148-0059-5910-0013 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

BASLAM PETROL SANAYI VE TICARET ANONIM SIRKETI, Sariyer Istinye Mahallesi Bostan Sokak No: 12, Istanbul 34460, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Istanbul Chamber of Comm. No. 985486 (Turkey); Registration Number 988020-0 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

BASLAM TRANSPORT AND FOREIGN TRADE (a.k.a. BASLAM NAKLIYAT VE DIS TICARET LIMITED SIRKETI; a.k.a. BASLAM NAKLIYAT VE DIS TICARET LTD STI), Deniz Bank Ust Sitesi, 29 Yol Sokak, Resitpasa, Istinye, Sariyer, Istanbul 34467, Turkey; Istinye MH, Bostan Sk. N. 12 Sariyer, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 1480059591 (Turkey); Registration Number 389767-0 (Turkey); Central Registration System Number 0148-0059-5910-0013 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

BASOV, Aleksandr Vasilevich (a.k.a. BASOV, Alexander; a.k.a. BASOV, Oleksandr), Ukraine; DOB 16 Oct 1971; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [SSIDES] (Linked To: MINISTRY OF STATE SECURITY).

BASOV, Alexander (a.k.a. BASOV, Aleksandr Vasilevich; a.k.a. BASOV, Oleksandr), Ukraine; DOB 16 Oct 1971; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [SSIDES] (Linked To: MINISTRY OF STATE SECURITY).

BASOV, Oleksandr (a.k.a. BASOV, Aleksandr Vasilevich; a.k.a. BASOV, Alexander), Ukraine; DOB 16 Oct 1971; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [SSIDES] (Linked To: MINISTRY OF STATE SECURITY).

BASOVA, Lidia Aleksandrovna (Cyrillic: БАСОВА, Лидия Александровна) (a.k.a. BASOVA, Lidiya Oleksandrivna (Cyrillic: БАСОВА, Лідія Олександрівна)), Sevastopol, Ukraine; DOB 1972; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BASOVA, Lidiya Oleksandrivna (Cyrillic: БАСОВА, Лідія Олександрівна) (a.k.a. BASOVA, Lidia Aleksandrovna (Cyrillic: БАСОВА, Лидия Александровна)), Sevastopol, Ukraine; DOB 1972; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BASQUE FATHERLAND AND LIBERTY (a.k.a. ASKATASUNA; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. EPANASTATIKI PIRINES; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. XAKI; a.k.a. "ETA"; a.k.a. "K.A.S."); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BASRAI, Murtuza Munir (a.k.a. BASRAI, Murtuza Mustafamunir), 125 Meyer Road, 27-04, The Makena, 437936, Singapore; DOB 29 Jul 1971; POB Surat, India; nationality India; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec.

5(a)(vi); National ID No. S7160185D (Singapore); Director of Strait Shipbrokers PTE. LTD.; Managing Director of Strait Shipbrokers PTE. LTD. (individual) [IRAN-EO13846] (Linked To: STRAIT SHIPBROKERS PTE. LTD.).

BASRAI, Murtuza Mustafamunir (a.k.a. BASRAI, Murtuza Munir), 125 Meyer Road, 27-04, The Makena, 437936, Singapore; DOB 29 Jul 1971; POB Surat, India; nationality India; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); National ID No. S7160185D (Singapore); Director of Strait Shipbrokers PTE. LTD.; Managing Director of Strait Shipbrokers PTE. LTD. (individual) [IRAN-EO13846] (Linked To: STRAIT SHIPBROKERS PTE. LTD.).

BASSIL, Gebran (a.k.a. BASSIL, Gebran Gerji (Arabic: جبران جرجي باسيل); a.k.a. BASSIL, Gebran Jerji; a.k.a. BASSIL, Gibran; a.k.a. BASSIL, Jibran), Embassies Street, Baabda, Mount Lebanon Governorate, Lebanon; Bank Street, Beirut, Beirut Governorate, Lebanon; Mar Mikhael Street, Beirut, Beirut Governorate, Lebanon; DOB 21 Jun 1970; POB Batroun, Northern Governorate, Lebanon; nationality Lebanon; Gender Male; Passport LD0000004 (Lebanon) expires 23 Aug 2022 (individual) [GLOMAG].

BASSIL, Gebran Gerji (Arabic: جبران جرجي باسيل) (a.k.a. BASSIL, Gebran; a.k.a. BASSIL, Gebran Jerji; a.k.a. BASSIL, Gibran; a.k.a. BASSIL, Jibran), Embassies Street, Baabda, Mount Lebanon Governorate, Lebanon; Bank Street, Beirut, Beirut Governorate, Lebanon; Mar Mikhael Street, Beirut, Beirut Governorate, Lebanon; DOB 21 Jun 1970; POB Batroun, Northern Governorate, Lebanon; nationality Lebanon; Gender Male; Passport LD0000004 (Lebanon) expires 23 Aug 2022 (individual) [GLOMAG].

BASSIL, Gebran Jerji (a.k.a. BASSIL, Gebran; a.k.a. BASSIL, Gebran Gerji (Arabic: جبران جرجي باسيل); a.k.a. BASSIL, Gibran; a.k.a. BASSIL, Jibran), Embassies Street, Baabda, Mount Lebanon Governorate, Lebanon; Bank Street, Beirut, Beirut Governorate, Lebanon; Mar Mikhael Street, Beirut, Beirut Governorate, Lebanon; DOB 21 Jun 1970; POB Batroun, Northern Governorate, Lebanon; nationality

Lebanon; Gender Male; Passport LD0000004 (Lebanon) expires 23 Aug 2022 (individual) [GLOMAG].

BASSIL, Gibran (a.k.a. BASSIL, Gebran; a.k.a. BASSIL, Gebran Gerji (Arabic: جبران جرجي باسيل); a.k.a. BASSIL, Gebran Jerji; a.k.a. BASSIL, Jibran), Embassies Street, Baabda, Mount Lebanon Governorate, Lebanon; Bank Street, Beirut, Beirut Governorate, Lebanon; Mar Mikhael Street, Beirut, Beirut Governorate, Lebanon; DOB 21 Jun 1970; POB Batroun, Northern Governorate, Lebanon; nationality Lebanon; Gender Male; Passport LD0000004 (Lebanon) expires 23 Aug 2022 (individual) [GLOMAG].

BASSIL, Jibran (a.k.a. BASSIL, Gebran; a.k.a. BASSIL, Gebran Gerji (Arabic: جبران جرجي باسيل); a.k.a. BASSIL, Gebran Jerji; a.k.a. BASSIL, Gibran), Embassies Street, Baabda, Mount Lebanon Governorate, Lebanon; Bank Street, Beirut, Beirut Governorate, Lebanon; Mar Mikhael Street, Beirut, Beirut Governorate, Lebanon; DOB 21 Jun 1970; POB Batroun, Northern Governorate, Lebanon; nationality Lebanon; Gender Male; Passport LD0000004 (Lebanon) expires 23 Aug 2022 (individual) [GLOMAG].

BASSIRE GROUP DOO BEOGRAD, Vlajkoviceva 12/3, Belgrade 11000, Serbia; Gospodar-Jevremova 9, Belgrade 11000, Serbia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Feb 2023; Tax ID No. 113536030 (Serbia); Registration Number 21884910 (Serbia) [RUSSIA-EO14024] (Linked To: LEVIN, Nikolai Aleksandrovich).

BASTARDO MENDOZA, Rafael Enrique (a.k.a. BASTARDO, Rafael), Caracas, Capital District, Venezuela; DOB 22 Sep 1978; citizen Venezuela; Gender Male; Cedula No. 14335819 (Venezuela) (individual) [VENEZUELA].

BASTARDO, Rafael (a.k.a. BASTARDO MENDOZA, Rafael Enrique), Caracas, Capital District, Venezuela; DOB 22 Sep 1978; citizen Venezuela; Gender Male; Cedula No. 14335819 (Venezuela) (individual) [VENEZUELA].

BASTIDAS ERENAS, Juan Pablo (a.k.a. "PAYO"), Mexico; DOB 11 Mar 1980; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. BAEJ800311HSLSRN16 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

BASTION EC LIMITED LIABILITY COMPANY (a.k.a. BASTION EK), Ul. Krylenko D. 26, Lit. A, Pomeshch. 5-N, Saint Petersburg 193232,

Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810627000 (Russia); Registration Number 1167847441706 (Russia) [RUSSIA-EO14024].

BASTION EK (a.k.a. BASTION EC LIMITED LIABILITY COMPANY), Ul. Krylenko D. 26, Lit. A, Pomeshch. 5-N, Saint Petersburg 193232, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810627000 (Russia); Registration Number 1167847441706 (Russia) [RUSSIA-EO14024].

BASTRYKIN, Alexander Ivanovich, Russia; DOB 27 Aug 1953; Gender Male (individual) [MAGNIT].

BASURIN, Eduard (a.k.a. BASURIN, Eduard Aleksandrovich); DOB 27 Jun 1966; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BASURIN, Eduard Aleksandrovich (a.k.a. BASURIN, Eduard); DOB 27 Jun 1966; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BATALOVA, Rima Akberdinovna (Cyrillic: БАТАЛОВА, Рима Акбердиновна), Russia; DOB 01 Jan 1964; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BATARFI, Khaled (a.k.a. BATARFI, Khaled Saeed; a.k.a. BATARFI, Khalid; a.k.a. BATARFI, Khalid Saeed; a.k.a. "AL-KINDI, Abu al-Miqdad"; a.k.a. "BATARFI, Khalid bin Umar"; a.k.a. "MIQDAD, Abu"), Yemen; DOB 1979; alt. DOB 1978; alt. DOB 1980; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BATARFI, Khaled Saeed (a.k.a. BATARFI, Khaled; a.k.a. BATARFI, Khalid; a.k.a. BATARFI, Khalid Saeed; a.k.a. "AL-KINDI, Abu al-Miqdad"; a.k.a. "BATARFI, Khalid bin Umar"; a.k.a. "MIQDAD, Abu"), Yemen; DOB 1979; alt. DOB 1978; alt. DOB 1980; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BATARFI, Khalid (a.k.a. BATARFI, Khaled; a.k.a. BATARFI, Khaled Saeed; a.k.a. BATARFI, Khalid Saeed; a.k.a. "AL-KINDI, Abu al-Miqdad"; a.k.a. "BATARFI, Khalid bin Umar"; a.k.a. "MIQDAD, Abu"), Yemen; DOB 1979; alt. DOB 1978; alt. DOB 1980; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BATARFI, Khalid Saeed (a.k.a. BATARFI, Khaled; a.k.a. BATARFI, Khaled Saeed; a.k.a. BATARFI, Khalid; a.k.a. "AL-KINDI, Abu al-Miqdad"; a.k.a. "BATARFI, Khalid bin Umar"; a.k.a. "MIQDAD, Abu"), Yemen; DOB 1979; alt. DOB 1978; alt. DOB 1980; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BATARJEE, Adel Abdul Jalil Ibrahim (a.k.a. AL-BATTARJEE, 'Adil; a.k.a. BATARJI, 'Adil 'Abd al Jalil; a.k.a. BATTERJEE, Adel; a.k.a. BATTERJEE, Adel Abdul Jaleel I.), 2 Helmi Kutbi Street, Jeddah, Saudi Arabia; DOB 01 Jul 1946; alt. DOB 01 Jun 1946; POB Jeddah, Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F 572010 issued 22 Dec 2004 expires 28 Oct 2009; Email:adelb@shabakah.net.sa (individual) [SDGT].

BATARJI, 'Adil 'Abd al Jalil (a.k.a. AL-BATTARJEE, 'Adil; a.k.a. BATARJEE, Adel Abdul Jalil Ibrahim; a.k.a. BATTERJEE, Adel; a.k.a. BATTERJEE, Adel Abdul Jaleel I.), 2 Helmi Kutbi Street, Jeddah, Saudi Arabia; DOB 01 Jul 1946; alt. DOB 01 Jun 1946; POB Jeddah, Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F 572010 issued 22 Dec 2004 expires 28 Oct 2009; Email:adelb@shabakah.net.sa (individual) [SDGT].

BATASUNA (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. EKIN; a.k.a. EPANASTATIKI PIRINES; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. XAKI; a.k.a. "ETA"; a.k.a. "K.A.S."); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BATEKHIN, Sergey Leonidovich (Cyrillic: БАТЕХИН, Сергей Леонидович), 9 Bolshaya Yakimanka Street, Moscow 119180, Russia; DOB 22 Sep 1965; POB Lebazhye, Leningrad Region, Russian Federation; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770400281769 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KHOLDINGOVAYA KOMPANIYA INTERROS OOO).

BATENI, Naser; DOB 16 Dec 1962; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN].

BATI ENERJI URETIM SANAYI VE TICARET ANONIM SIRKETI (a.k.a. GENT ELEKTRIK ENERJISI TOPTAN SATI AS; a.k.a. GENT ELEKTRIK ENERJISI TOPTAN SATIS ANONIM SIRKETI), No: 12, Istinye Mahallesi Bostan Sokak, Sariyer, Istanbul 34460, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Istanbul Chamber of Comm. No. 593351 (Turkey); Registration Number 593351-0 (Turkey); Central Registration System Number 0150-0522-0980-0013 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

BATIRASHVILI, Tarkhan (a.k.a. AL-SHISHANI, Abu Umar; a.k.a. AL-SHISHANI, Omar; a.k.a. BATIRASHVILI, Tarkhan Tayumurazovich; a.k.a. BATYRASHVILI, Tarkhan Tayumurazovich; a.k.a. SHISHANI, Omar; a.k.a. SHISHANI, Umar; a.k.a. "Abu Hudhayfah"; a.k.a. "Abu Umar"; a.k.a. "Chechen Omar"; a.k.a. "Omar the Chechen"; a.k.a. "Omer the Chechen"; a.k.a. "Umar the Chechen"); DOB 11 Jan 1986; alt. DOB 1982; POB Akhmeta, Village Birkiani, Georgia; citizen Georgia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 09AL14455 (Georgia) expires 26 Jun 2019; National ID No. 08001007864 (Georgia) (individual) [SDGT].

BATIRASHVILI, Tarkhan Tayumurazovich (a.k.a. AL-SHISHANI, Abu Umar; a.k.a. AL-SHISHANI, Omar; a.k.a. BATIRASHVILI, Tarkhan; a.k.a. BATYRASHVILI, Tarkhan Tayumurazovich; a.k.a. SHISHANI, Omar; a.k.a. SHISHANI, Umar; a.k.a. "Abu Hudhayfah"; a.k.a. "Abu Umar"; a.k.a. "Chechen Omar"; a.k.a. "Omar the Chechen"; a.k.a. "Omer the Chechen"; a.k.a. "Umar the Chechen"); DOB 11 Jan 1986; alt. DOB 1982; POB Akhmeta, Village Birkiani,

Georgia; citizen Georgia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 09AL14455 (Georgia) expires 26 Jun 2019; National ID No. 08001007864 (Georgia) (individual) [SDGT].

BATTALION OF THE SAYYID'S MARTYRS (a.k.a. KATA'IB ABU FADL AL-ABBAS; a.k.a. KATA'IB KARBALA; a.k.a. KATA'IB SAYYID AL-SHUHADA (Arabic: كتائب سيد الشهداء); a.k.a. THE MASTER OF THE MARTYRS BRIGADE; a.k.a. "KSS"), Iraq; Syria; Lebanon; Website www.saidshuhada.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date May 2013; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

BATTERJEE, Adel (a.k.a. AL-BATTARJEE, 'Adil; a.k.a. BATARJEE, Adel Abdul Jalil Ibrahim; a.k.a. BATARJI, 'Adil 'Abd al Jalil; a.k.a. BATTERJEE, Adel Abdul Jaleel I.), 2 Helmi Kutbi Street, Jeddah, Saudi Arabia; DOB 01 Jul 1946; alt. DOB 01 Jun 1946; POB Jeddah, Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F 572010 issued 22 Dec 2004 expires 28 Oct 2009; Email:adelb@shabakah.net.sa (individual) [SDGT].

BATTERJEE, Adel Abdul Jaleel I. (a.k.a. AL-BATTARJEE, 'Adil; a.k.a. BATARJEE, Adel Abdul Jalil Ibrahim; a.k.a. BATARJI, 'Adil 'Abd al Jalil; a.k.a. BATTERJEE, Adel), 2 Helmi Kutbi Street, Jeddah, Saudi Arabia; DOB 01 Jul 1946; alt. DOB 01 Jun 1946; POB Jeddah, Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F 572010 issued 22 Dec 2004 expires 28 Oct 2009; Email:adelb@shabakah.net.sa (individual) [SDGT].

BATTERY COMPANY RIGEL JSC (a.k.a. JOINT STOCK COMPANY BATTERY COMPANY RIGEL (Cyrillic: АО АККУМУЛЯТОРНАЯ КОМПАНИЯ РИГЕЛЬ); a.k.a. JSC AKKUMULYATORNAYA COMPANY RIGEL; a.k.a. JSC AKKUMULYATORNAYA KOMPANIYA RIGEL), Professora Popova st., 38, Saint Petersburg 197376, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813054118 (Russia); Registration Number 1027806869991 (Russia) [RUSSIA-EO14024].

BATTERY SERVICE LIMITED LIABILITY COMPANY (a.k.a. BETTERI SERVIS; a.k.a. "BS OOO"), Pr-Kt Leningradskii D. 80/39, Moscow 125190, Russia; UL. Flotskaya D. 7, Floor 3, Pom.11, Moscow 125581, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743738295 (Russia); Registration Number 1097746161810 (Russia) [RUSSIA-EO14024].

BATYRASHVILI, Tarkhan Tayumurazovich (a.k.a. AL-SHISHANI, Abu Umar; a.k.a. AL-SHISHANI, Omar; a.k.a. BATIRASHVILI, Tarkhan; a.k.a. BATIRASHVILI, Tarkhan Tayumurazovich; a.k.a. SHISHANI, Omar; a.k.a. SHISHANI, Umar; a.k.a. "Abu Hudhayfah"; a.k.a. "Abu Umar"; a.k.a. "Chechen Omar"; a.k.a. "Omar the Chechen"; a.k.a. "Omer the Chechen"; a.k.a. "Umar the Chechen"); DOB 11 Jan 1986; alt. DOB 1982; POB Akhmeta, Village Birkiani, Georgia; citizen Georgia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 09AL14455 (Georgia) expires 26 Jun 2019; National ID No. 08001007864 (Georgia) (individual) [SDGT].

BAUM PVT LTD (a.k.a. "CAFE SHAZE"; a.k.a. "JAM ROLLED ICE CREAM"), Feyrugasdhoshuge, 1st Floor, Ameeru Ahmed Magu, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Mar 2017; Organization Type: Non-specialized wholesale trade; Business Number BN-0734/2017 (Maldives); alt. Business Number BN-2097/2017 (Maldives); Registration Number C-0359/2017 (Maldives); Permit Number TS-0112/T10/2017 (Maldives); alt. Permit Number TS0040T102018 (Maldives); alt. Permit Number IG0593T102018 (Maldives) [SDGT] (Linked To: RAUF, Mohamed Inthif).

BAUMAN MOSCOW STATE TECHNICAL UNIVERSITY (a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION MOSCOW STATE TECHNICAL UNIVERSITY NAMED AFTER NE BAUMAN NATIONAL RESEARCH UNIVERSITY (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ БЮДЖЕТНОЕ ОБРАЗОВАТЕЛЬНОЕ УЧРЕЖДЕНИЕ ВЫСШЕГО ОБРАЗОВАНИЯ МОСКОВСКИЙ ГОСУДАРСТВЕННЫЙ ТЕХНИЧЕСКИЙ УНИВЕРСИТЕТ ИМЕНИ НЭ БАУМАНА НАЦИОНАЛЬНЫЙ ИССЛЕДОВАТЕЛЬСКИЙ УНИВЕРСИТЕТ); a.k.a. MOSCOW STATE TECHNICAL UNIVERSITY NAMED AFTER NE BAUMAN (Cyrillic: МОСКОВСКИЙ ГОСУДАРСТВЕННЫЙ ТЕХНИЧЕСКИЙ УНИВЕРСИТЕТ ИМЕНИ НЭ БАУМАНА)), d. 5 str. 1, ul. 2-Ya Baumanskaya, Moscow 105005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701002520 (Russia); Registration Number 1027739051779 (Russia) [RUSSIA-EO14024].

BAUMGARTNER, Andres Paul, Switzerland; DOB 02 Jan 1961; POB Zurich, Switzerland; nationality Switzerland; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BAVI GENERAL TRADING CO L.L.C (Arabic: شركة باوي للتجارة العامة ش.ذ.م.م), PO Box 42350, Plot No. 115-142, Dubai, United Arab Emirates; Organization Established Date 11 Sep 2002; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Dubai Chamber of Commerce Membership No. 71680 (United Arab Emirates); Commercial Registry Number 60409 (United Arab Emirates); Business Registration Number 537517 (United Arab Emirates); Economic Register Number (CBLS) 10810578 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

BAYALTUN, Ahmet, Atlikonak Mahallesi, Atlikonak Sokak, No:13, Eyyubiye, Shanliurfa, Turkey; DOB 21 Nov 1989; POB Akcakale, Turkey; nationality Turkey; citizen Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 43942946562 (Turkey) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

BAYALTUN, Ismail, Atlikonak Koyu Koyichi Shanliurfa, Merkez, Shanliurfa, Turkey; DOB 21 Nov 1980; POB Akcakale, Turkey; nationality Turkey; citizen Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 43951946270 (Turkey) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

BAYAN GOSTAR MEDIA INSTITUTE (a.k.a. BAYAN RASANE GOSTAR INSTITUTE; a.k.a. BAYAN RASANEH GOSTAR INSTITUTE), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [ELECTION-EO13848]

(Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

BAYAN RASANE GOSTAR INSTITUTE (a.k.a. BAYAN GOSTAR MEDIA INSTITUTE; a.k.a. BAYAN RASANEH GOSTAR INSTITUTE), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [ELECTION-EO13848] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

BAYAN RASANEH GOSTAR INSTITUTE (a.k.a. BAYAN GOSTAR MEDIA INSTITUTE; a.k.a. BAYAN RASANE GOSTAR INSTITUTE), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [ELECTION-EO13848] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

BAYANDARIAN, Ali (a.k.a. BAYANDORIAN, Ali); DOB 21 Sep 1974; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); National ID No. 0070631166 (Iran) (individual) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

BAYANDORIAN, Ali (a.k.a. BAYANDARIAN, Ali); DOB 21 Sep 1974; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); National ID No. 0070631166 (Iran) (individual) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

BAYIK, Cemil; DOB 26 Feb 1955; alt. DOB 1951; alt. DOB 1954; POB Keban, Elazig, Turkey; alt. POB Hazar, Elazig, Turkey; citizen Turkey; Turkish Identification Number 23860719950 (Turkey) (individual) [SDNTK].

BAYNAH, Yasin (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yasiin Cali; a.k.a. BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yassin; a.k.a.

CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

BAYNAH, Yasin Ali (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yasiin Cali; a.k.a. BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yassin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

BAYNAH, Yassin (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAX, Yasiin Cali; a.k.a. BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yassin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

BAYNAX, Yasiin Cali (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yassin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

BAYT AL-MAL (a.k.a. BAYT AL-MAL LIL MUSLIMEEN), Harat Hurayk, Beirut, Lebanon; Burj al-Barajinah, Lebanon; Sidon, Lebanon; Tyre, Lebanon; Al-Nabatiyah, Lebanon; Ba'albak, Lebanon; Hirmil, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BAYT AL-MAL LIL MUSLIMEEN (a.k.a. BAYT AL-MAL), Harat Hurayk, Beirut, Lebanon; Burj al-Barajinah, Lebanon; Sidon, Lebanon; Tyre, Lebanon; Al-Nabatiyah, Lebanon; Ba'albak, Lebanon; Hirmil, Lebanon; Additional Sanctions

Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BAYUMI, Yasri Muhammad Ibrahim (a.k.a. AL-MASRI, Hamam; a.k.a. AL-SA'IDI, Abu Hammam; a.k.a. AL-SA'IDI, Abu Humam; a.k.a. AL-SA'IDI, Hamam; a.k.a. BAYUMI, Yisra Muhammad Ibrahim), Iran; DOB 20 May 1968; POB Aswan Governorate, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Shaykh (individual) [SDGT] (Linked To: AL QA'IDA).

BAYUMI, Yisra Muhammad Ibrahim (a.k.a. AL-MASRI, Hamam; a.k.a. AL-SA'IDI, Abu Hammam; a.k.a. AL-SA'IDI, Abu Humam; a.k.a. AL-SA'IDI, Hamam; a.k.a. BAYUMI, Yasri Muhammad Ibrahim), Iran; DOB 20 May 1968; POB Aswan Governorate, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Shaykh (individual) [SDGT] (Linked To: AL QA'IDA).

BAYZ, 'Imad Muhammad (a.k.a. BEIZ, Imad; a.k.a. BEZZ, Imad Mohamad (Arabic: عماد محمد بيز); a.k.a. BIZ, Imad), Mashghara al-Tahta, Beqaa, Lebanon; DOB 29 Jun 1978; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0993984 (Lebanon); National ID No. 000025755618 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

BAZ GRAN GRIF (a.k.a. GRAN GRIF; a.k.a. GRAN GRIF DE SAVIEN), Savien, Artibonite Department, Haiti; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2016; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT].

BAZAN OROZCO, Alberto (a.k.a. VASQUES HERNANDEZ, Alfredo; a.k.a. VASQUEZ HERNANDEZ, Alfredo; a.k.a. VAZQUEZ HERNANDEZ, Alfredo; a.k.a. "ALFREDO COMPADRE"; a.k.a. "DON ALFREDO"), Manuel Clouthier #486, Colonia Prados Vallarta, Guadalajara, Jalisco, Mexico; Plaza Del Sol Local #28, Zona R, Guadalajara,

Jalisco, Mexico; Paseo Del Heliotropo 3426, Monraz, Guadalajara, Jalisco, Mexico; DOB 09 Aug 1955; POB Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 02140193905 (Mexico); alt. Passport 97140107075 (Mexico); C.U.R.P. VAHA550809HJCZRL02 (Mexico) (individual) [SDNTK].

BAZARA, Abdulkader Ali (Arabic: عبدالقادر علي بازرعه) (a.k.a. BAZARA, Abdulkader Ali Ahmed), Sana'a, Yemen; DOB 10 Sep 1953; POB Addis Ababa, Ethiopia; alt. POB Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: INTERNATIONAL BANK OF YEMEN Y.S.C.).

BAZARA, Abdulkader Ali Ahmed (a.k.a. BAZARA, Abdulkader Ali (Arabic: عبدالقادر علي بازرعه)), Sana'a, Yemen; DOB 10 Sep 1953; POB Addis Ababa, Ethiopia; alt. POB Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: INTERNATIONAL BANK OF YEMEN Y.S.C.).

BAZARGANI HAMRAHAN PISHRO TEJARAT (a.k.a. HAMRAHAN PISHRO TEJARAT; a.k.a. HAMRAHAN PISHRO TEJARAT COMMERCIAL TRADING COMPANY; a.k.a. HAMRAHAN PISHRO TEJARAT TRADING COMPANY), No. 750, 10th Floor, Bahar Tower, Bahar Street, Tehran 1561636847, Iran; Website http://pishro-tejarat.com/about/fa; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ASHTARI, Mahmud).

BAZARGANI PISHGAMAN GOSTARESH OFOQ TEJARAT IRANIAN COMPANY (a.k.a. IRANIAN TEJARAT OFOG PISHGAMAN BAZARGANI COMPANY; a.k.a. IRANIAN TRADE HORIZON PIONEERS COMMERCIAL COMPANY; a.k.a. PISHGAMAN HORIZON DEVELOPMENT GOSTARESH OFOQ IRANIAN BUSINESS TRADING COMPANY; a.k.a. PISHGAMAN HORIZON DEVELOPMENT IRANIAN BUSINESS TRADING COMPANY (Arabic: شرکت بازرگانی پیشگامان گسترش افق تجارت ایرانیان); a.k.a. "PISHGAMAN COMPANY"), Resalat Expressway, Not Reaching Africa Central Building of the Foundation for the Oppressed of the Islamic Revolution, Ninth Floor, Tehran 1519613511, Iran; Additional Sanctions

Information - Subject to Secondary Sanctions; National ID No. 10320843860 (Iran); Registration Number 433545 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BAZGHANDI, Rouhollah (a.k.a. BAZGHANDI, Ruhollah), Iran; DOB 07 Mar 1981; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10008106 (Iran) expires 24 May 2026; IRGC Intelligence Organization Counterintelligence Official (individual) [IRGC] [IFSR] [HOSTAGES-EO14078] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS INTELLIGENCE ORGANIZATION).

BAZGHANDI, Rouhollah (Arabic: روح اله بازقندی) (a.k.a. AZIMI, Ruhollah), Basement Floor 1, No. 51, 51 Sadoughi Alley, Shahid Sadoughi Boulevard, Qom, Zanbilabad District 3716945864, Iran; DOB 20 Sep 1981; POB Sabzevar, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0793640271 (Iran); Birth Certificate Number 4697 (Iran) (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BAZGHANDI, Ruhollah (a.k.a. BAZGHANDI, Rouhollah), Iran; DOB 07 Mar 1981; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10008106 (Iran) expires 24 May 2026; IRGC Intelligence Organization Counterintelligence Official (individual) [IRGC] [IFSR] [HOSTAGES-EO14078] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS INTELLIGENCE ORGANIZATION).

BAZHENOV, Timofey (Cyrillic: БАЖЕНОВ, Тимофей), Russia; DOB 25 Jan 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BAZI, Qassem Mohammed Ali (a.k.a. BAZZI, Kassem Mohamad Ali; a.k.a. BAZZI, Qasim Mohammed Ali; a.k.a. BAZZI, Qasim Muhammad Ali), Lebanon; DOB 02 Mar 1964; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ATLAS HOLDING).

BAZILEVSKY, Andrey Alexandrovich (Cyrillic: БАЗИЛЕВСКИЙ, Андрей Александрович),

Russia; DOB 24 Feb 1967; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BAZINGO, Mohammad Hyat (a.k.a. BAZINJO, Imam; a.k.a. BHEEL, Imam; a.k.a. BIZENJO, Mir Yaqub), Jiwani, Pakistan; Turbat, Pakistan; Gwadar, Pakistan; DOB 1956; alt. DOB 1946; nationality Pakistan (individual) [SDNTK].

BAZINJO, Imam (a.k.a. BAZINGO, Mohammad Hyat; a.k.a. BHEEL, Imam; a.k.a. BIZENJO, Mir Yaqub), Jiwani, Pakistan; Turbat, Pakistan; Gwadar, Pakistan; DOB 1956; alt. DOB 1946; nationality Pakistan (individual) [SDNTK].

BAZIS CENTER LLC, Ul. Makeeva 1-A, Office 116, Kolomna 140411, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5022031587 (Russia); Registration Number 1025002741675 (Russia) [RUSSIA-EO14024].

BAZIS TREID PROSOFT (a.k.a. BASIS TRADE PROSOFT LLC; a.k.a. "BTPTRADE"), Per. Savvinskii B D. 16, Pom/Et I/1, Moscow 119435, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704345974 (Russia); Registration Number 1167746176883 (Russia) [RUSSIA-EO14024].

BAZOVY ELEMENT (a.k.a. BASIC ELEMENT LIMITED), Esplanade 44, Saint Helier JE4 9WG, Jersey; 30 Rochdelskaya Street, Moscow 123022, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 84039 [UKRAINE-EO13661] [UKRAINE-EO13662] (Linked To: DERIPASKA, Oleg Vladimirovich).

BAZVAND, Mostafa (a.k.a. BAZVAND, Mustafa (Arabic: مصطفی بازوند)), Iran; DOB 21 Sep 1988; POB Rumeshkan, Lorestan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BAZVAND, Mustafa (Arabic: مصطفی بازوند) (a.k.a. BAZVAND, Mostafa), Iran; DOB 21 Sep 1988; POB Rumeshkan, Lorestan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BAZZAL, Mohamad (a.k.a. AL-BAZZAL, Muhammad Qasim; a.k.a. "MU'IN"); DOB 26 Aug 1984; POB Ba'albakk, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0510789; Identification Number 18349929 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

BAZZI, Kassem Mohamad Ali (a.k.a. BAZI, Qassem Mohammed Ali; a.k.a. BAZZI, Qasim Mohammed Ali; a.k.a. BAZZI, Qasim Muhammad Ali), Lebanon; DOB 02 Mar 1964; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ATLAS HOLDING).

BAZZI, Mohamed (a.k.a. BAZZI, Mohammad Ibrahim; a.k.a. BAZZI, Muhammad Ibrahim; a.k.a. BAZZI, Muhammed), Adnan Al-Hakim Street, Yahala Bldg., Jnah, Lebanon; Eglantierlaan 13-15, 2020, Antwerpen, Belgium; Villa Bazzi, Dohat Al-Hoss, Lebanon; DOB 10 Aug 1964; POB Bent Jbeil, Lebanon; nationality Lebanon; alt. nationality Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EJ341406 (Belgium) expires 31 May 2017; alt. Passport 750249737; alt. Passport 899002098 (United Kingdom); alt. Passport 487/2007 (Lebanon); alt. Passport RL3400400 (Lebanon); alt. Passport 0236370 (Sierra Leone); alt. Passport D0000687 (The Gambia) (individual) [SDGT] (Linked To: HIZBALLAH).

BAZZI, Mohammad Ibrahim (a.k.a. BAZZI, Mohamed; a.k.a. BAZZI, Muhammad Ibrahim; a.k.a. BAZZI, Muhammed), Adnan Al-Hakim Street, Yahala Bldg., Jnah, Lebanon; Eglantierlaan 13-15, 2020, Antwerpen, Belgium; Villa Bazzi, Dohat Al-Hoss, Lebanon; DOB 10 Aug 1964; POB Bent Jbeil, Lebanon; nationality Lebanon; alt. nationality Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EJ341406 (Belgium) expires 31 May 2017; alt. Passport 750249737; alt. Passport 899002098 (United Kingdom); alt. Passport 487/2007 (Lebanon); alt. Passport RL3400400 (Lebanon); alt. Passport 0236370 (Sierra Leone); alt. Passport D0000687 (The Gambia) (individual) [SDGT] (Linked To: HIZBALLAH).

BAZZI, Muhammad Ibrahim (a.k.a. BAZZI, Mohamed; a.k.a. BAZZI, Mohammad Ibrahim; a.k.a. BAZZI, Muhammed), Adnan Al-Hakim Street, Yahala Bldg., Jnah, Lebanon; Eglantierlaan 13-15, 2020, Antwerpen, Belgium; Villa Bazzi, Dohat Al-Hoss, Lebanon; DOB 10 Aug 1964; POB Bent Jbeil, Lebanon; nationality Lebanon; alt. nationality Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EJ341406 (Belgium) expires 31 May 2017; alt. Passport 750249737; alt. Passport 899002098 (United Kingdom); alt. Passport 487/2007 (Lebanon); alt. Passport RL3400400 (Lebanon); alt. Passport 0236370 (Sierra Leone); alt. Passport D0000687 (The Gambia) (individual) [SDGT] (Linked To: HIZBALLAH).

BAZZI, Muhammed (a.k.a. BAZZI, Mohamed; a.k.a. BAZZI, Mohammad Ibrahim; a.k.a. BAZZI, Muhammad Ibrahim), Adnan Al-Hakim Street, Yahala Bldg., Jnah, Lebanon; Eglantierlaan 13-15, 2020, Antwerpen, Belgium; Villa Bazzi, Dohat Al-Hoss, Lebanon; DOB 10 Aug 1964; POB Bent Jbeil, Lebanon; nationality Lebanon; alt. nationality Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EJ341406 (Belgium) expires 31 May 2017; alt. Passport 750249737; alt. Passport 899002098 (United Kingdom); alt. Passport 487/2007 (Lebanon); alt. Passport RL3400400 (Lebanon); alt. Passport 0236370 (Sierra Leone); alt. Passport D0000687 (The Gambia) (individual) [SDGT] (Linked To: HIZBALLAH).

BAZZI, Qasim Mohammed Ali (a.k.a. BAZI, Qassem Mohammed Ali; a.k.a. BAZZI, Kassem Mohamad Ali; a.k.a. BAZZI, Qasim Muhammad Ali), Lebanon; DOB 02 Mar 1964; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 (individual) [SDGT] (Linked To: ATLAS HOLDING).

BAZZI, Qasim Muhammad Ali (a.k.a. BAZI, Qassem Mohammed Ali; a.k.a. BAZZI, Kassem Mohamad Ali; a.k.a. BAZZI, Qasim Mohammed Ali), Lebanon; DOB 02 Mar 1964; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ATLAS HOLDING).

BAZZI, Wael (a.k.a. BAZZI, Wa'el; a.k.a. BAZZI, Wa'il Muhammad), Eglantierlaan 15, Antwerpen 2020, Belgium; DOB 01 Oct 1989 to 31 Oct 1989; alt. DOB 31 Oct 1989; POB Freetown, Sierra Leone; nationality Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EN312261 (Belgium); National ID No. 89103150321 (individual) [SDGT] (Linked To: BAZZI, Mohammad Ibrahim).

BAZZI, Wa'el (a.k.a. BAZZI, Wael; a.k.a. BAZZI, Wa'il Muhammad), Eglantierlaan 15, Antwerpen 2020, Belgium; DOB 01 Oct 1989 to 31 Oct 1989; alt. DOB 31 Oct 1989; POB Freetown, Sierra Leone; nationality Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EN312261 (Belgium); National ID No. 89103150321 (individual) [SDGT] (Linked To: BAZZI, Mohammad Ibrahim).

BAZZI, Wa'il Muhammad (a.k.a. BAZZI, Wael; a.k.a. BAZZI, Wa'el), Eglantierlaan 15, Antwerpen 2020, Belgium; DOB 01 Oct 1989 to 31 Oct 1989; alt. DOB 31 Oct 1989; POB Freetown, Sierra Leone; nationality Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EN312261 (Belgium); National ID No. 89103150321 (individual) [SDGT] (Linked To: BAZZI, Mohammad Ibrahim).

BBR BANK CLOSED JOINT STOCK COMPANY (a.k.a. BALTIC DEVELOPMENT BANK CLOSED JOINT STOCK COMPANY; a.k.a.

BBR BANK JOINT STOCK COMPANY), 1-st Nikoloshchepovsky Pereulok, Stroyenie, 6, 1, Moscow 121099, Russia; SWIFT/BIC BADJRUMM; Website www.bbr.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 3900001002 (Russia); Legal Entity Number 253400MF70R9W1E92E58; Registration Number 1027700074775 (Russia) [RUSSIA-EO14024].

BBR BANK JOINT STOCK COMPANY (a.k.a. BALTIC DEVELOPMENT BANK CLOSED JOINT STOCK COMPANY; a.k.a. BBR BANK CLOSED JOINT STOCK COMPANY), 1-st Nikoloshchepovsky Pereulok, Stroyenie, 6, 1, Moscow 121099, Russia; SWIFT/BIC BADJRUMM; Website www.bbr.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 3900001002 (Russia); Legal Entity Number 253400MF70R9W1E92E58; Registration Number 1027700074775 (Russia) [RUSSIA-EO14024].

BCI TECHNOLOGIES C.A., Avenue Don Julio Centeno, Centro Comercial Los Jarales, local N1-11, Valencia, Carabobo State, Venezuela; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other information technology and computer service activities [SDGT] (Linked To: RADA, Samer Akil).

BCS BANK AO, Building 1, Prospect Mira, 69, Moscow 105064, Russia; SWIFT/BIC BCSBRU55; Website bank.bcs.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 5460000016 (Russia); Legal Entity Number 253400AU1YFUM0C4QG84; Registration Number 1055400000369 (Russia) [RUSSIA-EO14024].

BDEIR, Mohamad Sleiman (a.k.a. BADIR, Mohammed Suleiman (Arabic: محمد سليمان بدير); a.k.a. BEDAIR, Muhammad), Al-Musaytbeh, Beirut, Lebanon; DOB 14 Jul 1975; POB Nmairiyeh, South Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

BEACH Y MARINA, S.A. DE C.V., Mazatlan, Sinaloa, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Aug 2007; Organization Type: Construction of buildings; Folio Mercantil No. 18349 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: NUNEZ RIOS, Jose Raul).

BEATTIE BRIONES, Myriam Susana (a.k.a. BEATTIE DE BRIONES, Myriam Susana; a.k.a. BEATTIE MARTINEZ, Myriam Susana), Calle Segunda y Canales No. 10, Zona Centro, Matamoros, Tamaulipas, Mexico; DOB 17 Oct 1978; POB Monterrey, Nuevo Leon, Mexico; R.F.C. BESM781017MY2 (Mexico); alt. R.F.C. BESM781017HV1 (Mexico); alt. R.F.C. BESM781017162 (Mexico); C.U.R.P. BEMM781017MNLTRY05 (Mexico); I.F.E. 0539041296164 (Mexico) (individual) [SDNTK].

BEATTIE DE BRIONES, Myriam Susana (a.k.a. BEATTIE BRIONES, Myriam Susana; a.k.a. BEATTIE MARTINEZ, Myriam Susana), Calle Segunda y Canales No. 10, Zona Centro, Matamoros, Tamaulipas, Mexico; DOB 17 Oct 1978; POB Monterrey, Nuevo Leon, Mexico; R.F.C. BESM781017MY2 (Mexico); alt. R.F.C. BESM781017HV1 (Mexico); alt. R.F.C. BESM781017162 (Mexico); C.U.R.P. BEMM781017MNLTRY05 (Mexico); I.F.E. 0539041296164 (Mexico) (individual) [SDNTK].

BEATTIE MARTINEZ, Myriam Susana (a.k.a. BEATTIE BRIONES, Myriam Susana; a.k.a. BEATTIE DE BRIONES, Myriam Susana), Calle Segunda y Canales No. 10, Zona Centro, Matamoros, Tamaulipas, Mexico; DOB 17 Oct 1978; POB Monterrey, Nuevo Leon, Mexico; R.F.C. BESM781017MY2 (Mexico); alt. R.F.C. BESM781017HV1 (Mexico); alt. R.F.C. BESM781017162 (Mexico); C.U.R.P. BEMM781017MNLTRY05 (Mexico); I.F.E. 0539041296164 (Mexico) (individual) [SDNTK].

BECERRA MIRELES, Martin (a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS,

Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

BECERRA, Martin (a.k.a. BECERRA MIRELES, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

BECF CHARITABLE EDUCATIONAL CENTER (a.k.a. BENEVOLENCE EDUCATIONAL CENTER; a.k.a. BIF-BOSNIA; a.k.a. BOSANSKA IDEALNA FUTURA; a.k.a. BOSNIAN IDEAL FUTURE), Salke Lagumdzije 12, Sarajevo 71000, Bosnia and Herzegovina; Hadzije, Mazica Put 16F, Zenica 72000, Bosnia and Herzegovina; Sehidska, Street, Breza, Bosnia and Herzegovina; Kanal, 1, Zenica 72000, Bosnia and Herzegovina; Hamze, Celenke 35, Ilidza, Sarajevo, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BEDAIR, Muhammad (a.k.a. BADIR, Mohammed Suleiman (Arabic: محمد سليمان بدير); a.k.a. BDEIR, Mohamad Sleiman), Al-Musaytbeh, Beirut, Lebanon; DOB 14 Jul 1975; POB Nmairiyeh, South Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

BEDUNKEVICH, Mikhail (a.k.a. BEDUNKEVICH, Mikhail Petrovich (Cyrillic: БЕДУНКЕВИЧ, Михаил Петрович)), Golubka St., 12-43, Minsk, Belarus (Cyrillic: ул. Голубка, 12-43, г. Минск, Belarus); DOB 08 Oct 1977; nationality Belarus; Gender Male; National ID No. 3081077M065PB7 (Belarus); Tax ID No. AC4352590 (Belarus) (individual) [BELARUS-EO14038].

BEDUNKEVICH, Mikhail Petrovich (Cyrillic: БЕДУНКЕВИЧ, Михаил Петрович) (a.k.a. BEDUNKEVICH, Mikhail), Golubka St., 12-43,

Minsk, Belarus (Cyrillic: ул. Голубка, 12-43, г. Минск, Belarus); DOB 08 Oct 1977; nationality Belarus; Gender Male; National ID No. 3081077M065PB7 (Belarus); Tax ID No. AC4352590 (Belarus) (individual) [BELARUS-EO14038].

BEE INSAAT MIMARLIK ANONIM SIRKETI (a.k.a. BEE INSAAT MIMARLIK AS), No: 4B/397 Skyland Sitesi B Azerbaycan Cad., Huzur Mah., Sariyer, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 94182-5 (Turkey) [RUSSIA-EO14024].

BEE INSAAT MIMARLIK AS (a.k.a. BEE INSAAT MIMARLIK ANONIM SIRKETI), No: 4B/397 Skyland Sitesi B Azerbaycan Cad., Huzur Mah., Sariyer, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 94182-5 (Turkey) [RUSSIA-EO14024].

BEE PITRON LIMITED, Per. Vilenskii D. 4, Saint Petersburg 191014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801225979 (Russia); Registration Number 1037800000171 (Russia) [RUSSIA-EO14024].

BEENAH, Yasin (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yasiin Cali; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yassin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

BEENAH, Yassin (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yasiin Cali; a.k.a. BEENAH, Yasin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yassin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

BEENAX, Yasin (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yasiin Cali; a.k.a. BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a.

BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yassin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

BEENAX, Yassin (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yasiin Cali; a.k.a. BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yasin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yassin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

BEGEMOT MEDIA (a.k.a. SKEPTIK TOV (Cyrillic: СКЕПТИК ТОВ)), Vul. Harkivske Shose 201/203, Kiev, Darnitskyi R-N 02121, Ukraine; Website sceptic.online; alt. Website begemot.media; Email Address begemot.media@gmail.com; Identification Number 39988031 (Ukraine) [ELECTION-EO13848] (Linked To: ZHURAVEL, Petro Anatoliyovich).

BEGISHEVO AIRPORT JOINT STOCK COMPANY (a.k.a. AEROPORT BEGISHEVO AO; a.k.a. AKTSIONERNOE OBSHCHESTVO AEROPORT BEGISHEVO; a.k.a. BEGISHEVO AIRPORT OPEN JOINT STOCK COMPANY; a.k.a. BEGISHEVO INTERNATIONAL AIRPORT), Aeroport Begishevo, Nizhnekamsk 423550, Russia; Aeroport S. Biklyan, Tukaevski Raion, Tatarstan Resp. 423878, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Aug 2006; Tax ID No. 1650145238 (Russia); Government Gazette Number 96889449 (Russia); Registration Number 1061650059921 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

BEGISHEVO AIRPORT OPEN JOINT STOCK COMPANY (a.k.a. AEROPORT BEGISHEVO AO; a.k.a. AKTSIONERNOE OBSHCHESTVO AEROPORT BEGISHEVO; a.k.a. BEGISHEVO AIRPORT JOINT STOCK COMPANY; a.k.a. BEGISHEVO INTERNATIONAL AIRPORT), Aeroport Begishevo, Nizhnekamsk 423550, Russia; Aeroport S. Biklyan, Tukaevski Raion, Tatarstan Resp. 423878, Russia; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Organization Established Date 24 Aug 2006; Tax ID No. 1650145238 (Russia); Government Gazette Number 96889449 (Russia); Registration Number 1061650059921 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

BEGISHEVO INTERNATIONAL AIRPORT (a.k.a. AEROPORT BEGISHEVO AO; a.k.a. AKTSIONERNOE OBSHCHESTVO AEROPORT BEGISHEVO; a.k.a. BEGISHEVO AIRPORT JOINT STOCK COMPANY; a.k.a. BEGISHEVO AIRPORT OPEN JOINT STOCK COMPANY), Aeroport Begishevo, Nizhnekamsk 423550, Russia; Aeroport S. Biklyan, Tukaevski Raion, Tatarstan Resp. 423878, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Aug 2006; Tax ID No. 1650145238 (Russia); Government Gazette Number 96889449 (Russia); Registration Number 1061650059921 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

BEGLOV, Aleksandr Dmitrievich (Cyrillic: БЕГЛОВ, Александр Дмитриевич) (a.k.a. BEGLOV, Alexander), St. Petersburg, Russia; Moscow, Russia; DOB 19 May 1956; POB Baku, Azerbaijan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BEGLOV, Alexander (a.k.a. BEGLOV, Aleksandr Dmitrievich (Cyrillic: БЕГЛОВ, Александр Дмитриевич)), St. Petersburg, Russia; Moscow, Russia; DOB 19 May 1956; POB Baku, Azerbaijan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BEGLOVA, Natalia Vladimirovna (a.k.a. BEGLOVA, Natalya Vladimirovna (Cyrillic: БЕГЛОВА, Наталья Владимировна)), Russia; DOB 12 Nov 1955; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: BEGLOV, Aleksandr Dmitrievich).

BEGLOVA, Natalya Vladimirovna (Cyrillic: БЕГЛОВА, Наталья Владимировна) (a.k.a. BEGLOVA, Natalia Vladimirovna), Russia; DOB 12 Nov 1955; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: BEGLOV, Aleksandr Dmitrievich).

BEGLOVA, Olga Aleksandrovna (Cyrillic: БЕГЛОВА, Ольга Александровна) (a.k.a. BEGLOVA, Olga Alexandrova; a.k.a. KUDRYASHOVA, Olga), Russia; DOB 11 May 1985; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: BEGLOV, Aleksandr Dmitrievich).

BEGLOVA, Olga Alexandrova (a.k.a. BEGLOVA, Olga Aleksandrovna (Cyrillic: БЕГЛОВА, Ольга Александровна); a.k.a. KUDRYASHOVA, Olga), Russia; DOB 11 May 1985; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: BEGLOV, Aleksandr Dmitrievich).

BEGLOVA, Yulia Aleksandrovna (Cyrillic: БЕГЛОВА, Юлия Александровна) (a.k.a. BEGLOVA, Yulia Alexandrovna; a.k.a. BELOVA, Yuliya Aleksandrovna (Cyrillic: БЕЛОВА, Юлия Александровна)), Russia; DOB 08 Jun 1981; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: BEGLOV, Aleksandr Dmitrievich).

BEGLOVA, Yulia Alexandrovna (a.k.a. BEGLOVA, Yulia Aleksandrovna (Cyrillic: БЕГЛОВА, Юлия Александровна); a.k.a. BELOVA, Yuliya Aleksandrovna (Cyrillic: БЕЛОВА, Юлия Александровна)), Russia; DOB 08 Jun 1981; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: BEGLOV, Aleksandr Dmitrievich).

BEH JOULE PARS COMMERCIAL ENGINEERING COMPANY (a.k.a. BEH JOULE PARS ENGINEERING AND TRADING COMPANY; a.k.a. BEH JOULE PARS TRADING AND ENGINEERING COMPANY; a.k.a. FARAZ ALBORZ COMMERCIAL ENGINEERING COMPANY), Afra Complex, Unit 503, Fourth Floor, No. 432, Ayatollah Kashani Highway, North Shahid Ebrahimi Purbasa'i Street, Ferdows Neighborhood, Central District, Tehran County, Region 14, Tehran, Tehran 1481816668, Iran; Unit 502, Ayatollah Kashani Street, Tehran, Iran; Unit 5, 1st Floor, Surna Building, Sheikh Mofid Street, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Nov 2009; National ID No. 10104097189 (Iran); Registration Number 364251 (Iran) [NPWMD] [IFSR] (Linked To: AEROSPACE INDUSTRIES ORGANIZATION).

BEH JOULE PARS ENGINEERING AND TRADING COMPANY (a.k.a. BEH JOULE PARS COMMERCIAL ENGINEERING COMPANY; a.k.a. BEH JOULE PARS TRADING AND ENGINEERING COMPANY; a.k.a. FARAZ ALBORZ COMMERCIAL ENGINEERING COMPANY), Afra Complex, Unit 503, Fourth Floor, No. 432, Ayatollah Kashani Highway, North Shahid Ebrahimi Purbasa'i Street, Ferdows Neighborhood, Central District, Tehran County, Region 14, Tehran, Tehran 1481816668, Iran; Unit 502, Ayatollah Kashani Street, Tehran, Iran; Unit 5, 1st Floor, Surna Building, Sheikh Mofid Street, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Nov 2009; National ID No. 10104097189 (Iran); Registration Number 364251 (Iran) [NPWMD] [IFSR] (Linked To: AEROSPACE INDUSTRIES ORGANIZATION).

BEH JOULE PARS TRADING AND ENGINEERING COMPANY (a.k.a. BEH JOULE PARS COMMERCIAL ENGINEERING COMPANY; a.k.a. BEH JOULE PARS ENGINEERING AND TRADING COMPANY; a.k.a. FARAZ ALBORZ COMMERCIAL ENGINEERING COMPANY), Afra Complex, Unit 503, Fourth Floor, No. 432, Ayatollah Kashani Highway, North Shahid Ebrahimi Purbasa'i Street, Ferdows Neighborhood, Central District, Tehran County, Region 14, Tehran, Tehran 1481816668, Iran; Unit 502, Ayatollah Kashani Street, Tehran, Iran; Unit 5, 1st Floor, Surna Building, Sheikh Mofid Street, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Nov 2009; National ID No. 10104097189 (Iran); Registration Number 364251 (Iran) [NPWMD] [IFSR] (Linked To: AEROSPACE INDUSTRIES ORGANIZATION).

BEH TAM COMPANY (a.k.a. BEH TAM RAVANKAR; a.k.a. BEH TAM RAVANKAR COMPANY (Arabic: شرکت به تام روانکار); a.k.a. SHERKATE BEH TAAM; a.k.a. "BEH TAM"), Kian Tower, No. 2551 Vali-e-Asr Avenue, Tehran 1968643111, Iran; 9th Floor, Kian Tower, No. 1387, Naseri Alley, Zafar Dastgerdi Street, District 3, Tehran 1968643111, Iran; Hamid Alley, South Bahar Avenue, After Somayeh Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102308704 (Iran);

Registration Number 188852 (Iran) [IRAN-EO13876] (Linked To: BEHRAN OIL CO.).

BEH TAM RAVANKAR (a.k.a. BEH TAM COMPANY; a.k.a. BEH TAM RAVANKAR COMPANY (Arabic: شرکت به تام روانکار); a.k.a. SHERKATE BEH TAAM; a.k.a. "BEH TAM"), Kian Tower, No. 2551 Vali-e-Asr Avenue, Tehran 1968643111, Iran; 9th Floor, Kian Tower, No. 1387, Naseri Alley, Zafar Dastgerdi Street, District 3, Tehran 1968643111, Iran; Hamid Alley, South Bahar Avenue, After Somayeh Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102308704 (Iran); Registration Number 188852 (Iran) [IRAN-EO13876] (Linked To: BEHRAN OIL CO.).

BEH TAM RAVANKAR COMPANY (Arabic: شرکت به تام روانکار) (a.k.a. BEH TAM COMPANY; a.k.a. BEH TAM RAVANKAR; a.k.a. SHERKATE BEH TAAM; a.k.a. "BEH TAM"), Kian Tower, No. 2551 Vali-e-Asr Avenue, Tehran 1968643111, Iran; 9th Floor, Kian Tower, No. 1387, Naseri Alley, Zafar Dastgerdi Street, District 3, Tehran 1968643111, Iran; Hamid Alley, South Bahar Avenue, After Somayeh Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102308704 (Iran); Registration Number 188852 (Iran) [IRAN-EO13876] (Linked To: BEHRAN OIL CO.).

BEHENGAM TADBEER QESHM SHIPPING COMPANY (a.k.a. BEHENGAM TADBIR QESHM SHIPPING AND MARITIME SERVICES COMPANY (Arabic: شرکت خدمات دریایی و کشتیرانی بهنگام تدبیر قشم)), Gholestan Boulevard, Between Imam Gholi Khan Square and Hafez Square, Saman Administrative Site, Qeshm, Iran 7951613612, Iran; Irancheh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Dec 2012; National ID No. 14003124066 (Iran); Identification Number IMO 5965711; Registration Number 3663 (Iran) [IRAN-EO13902].

BEHENGAM TADBIR QESHM SHIPPING AND MARITIME SERVICES COMPANY (Arabic: شرکت خدمات دریایی و کشتیرانی بهنگام تدبیر قشم) (a.k.a. BEHENGAM TADBEER QESHM SHIPPING COMPANY), Gholestan Boulevard, Between Imam Gholi Khan Square and Hafez Square, Saman Administrative Site, Qeshm, Iran 7951613612, Iran; Irancheh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Dec 2012; National ID No.

14003124066 (Iran); Identification Number IMO 5965711; Registration Number 3663 (Iran) [IRAN-EO13902].

BEHESHTI RAD, Saeed (Arabic: سعید بهشتی راد) (a.k.a. BEHESHTIRAD, Saeed; a.k.a. BEHESHTIRAD, Sa'id); DOB 23 Sep 1977; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3251912062 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BEHESHTIRAD, Saeed (a.k.a. BEHESHTI RAD, Saeed (Arabic: سعید بهشتی راد); a.k.a. BEHESHTIRAD, Sa'id); DOB 23 Sep 1977; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3251912062 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BEHESHTIRAD, Sa'id (a.k.a. BEHESHTI RAD, Saeed (Arabic: سعید بهشتی راد); a.k.a. BEHESHTIRAD, Saeed); DOB 23 Sep 1977; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3251912062 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BEHINEH TRADING, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

BEHNAM SHAHRIYARI TRADING COMPANY, Ziba Building, 10th floor, North Sohrevardi Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

BEHRAN OIL (a.k.a. BEHRAN OIL CO. (Arabic: شرکت نفت بهران); a.k.a. BEHRAN OIL PUBLIC JOINT STOCK COMPANY), No 2, Sharifi Alley, Dastgerdi St, Shariati Ave, Tehran, Iran; PO Box 15876, Tehran, Iran; End of rey's Tasisa-e-nafti boulevard, kheir Abad intersection, Qom old road shahid rajaei expressway, Tehran, Iran; Behran Oil Co, Sa'adi St, Basre, Iraq; Website www.behranoil.co; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100434484 (Iran); Registration Number 10844 (Iran) [IRAN-

EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BEHRAN OIL CO. (Arabic: شرکت نفت بهران) (a.k.a. BEHRAN OIL; a.k.a. BEHRAN OIL PUBLIC JOINT STOCK COMPANY), No 2, Sharifi Alley, Dastgerdi St, Shariati Ave, Tehran, Iran; PO Box 15876, Tehran, Iran; End of rey's Tasisa-e-nafti boulevard, kheir Abad intersection, Qom old road shahid rajaei expressway, Tehran, Iran; Behran Oil Co, Sa'adi St, Basre, Iraq; Website www.behranoil.co; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100434484 (Iran); Registration Number 10844 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BEHRAN OIL PUBLIC JOINT STOCK COMPANY (a.k.a. BEHRAN OIL; a.k.a. BEHRAN OIL CO. (Arabic: شرکت نفت بهران)), No 2, Sharifi Alley, Dastgerdi St, Shariati Ave, Tehran, Iran; PO Box 15876, Tehran, Iran; End of rey's Tasisa-e-nafti boulevard, kheir Abad intersection, Qom old road shahid rajaei expressway, Tehran, Iran; Behran Oil Co, Sa'adi St, Basre, Iraq; Website www.behranoil.co; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100434484 (Iran); Registration Number 10844 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BEHRAN TRADING (a.k.a. BEHRAN TRADING COMPANY (Arabic: شرکت بازرگانی بهران)), 17 avenue, Argantine Square, Bukharest Street, 1513834713, Iran; Number 266, Shahid Dastgerdi Street East Zafar, Tehran 1918613365, Iran; Website www.btc.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101527013 (Iran); Registration Number 108934 (Iran) [IRAN-EO13876] (Linked To: BEHRAN OIL CO.).

BEHRAN TRADING COMPANY (Arabic: شرکت بازرگانی بهران) (a.k.a. BEHRAN TRADING), 17 avenue, Argantine Square, Bukharest Street, 1513834713, Iran; Number 266, Shahid Dastgerdi Street East Zafar, Tehran 1918613365, Iran; Website www.btc.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101527013 (Iran); Registration Number 108934 (Iran) [IRAN-EO13876] (Linked To: BEHRAN OIL CO.).

BEHSAZ KASHANE TEHRAN CONSTRUCTION CO. (a.k.a. BEHSAZ KASHANEH CO.), No. 40, East Street Journal, North Shiraz Street, Sadra Avenue, Tehran, Iran; Website http://www.behsazco.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

BEHSAZ KASHANEH CO. (a.k.a. BEHSAZ KASHANE TEHRAN CONSTRUCTION CO.), No. 40, East Street Journal, North Shiraz Street, Sadra Avenue, Tehran, Iran; Website http://www.behsazco.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

BEHSAZAN PARS EQUIPMENT DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

BEHSHAHR INDUSTRIAL DEVELOPMENT CORP., Number 8, 24 Alley, Past Motahari Street, Ghaem Magham Farahani Street, Tehran, Iran; Website www.bidc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 14393 (Iran) [SDGT] [IFSR] (Linked To: TOSE-E MELLI GROUP INVESTMENT COMPANY).

BEHZAD BSTAKI, Ahmad Abdullah Mohammed Abdullah (a.k.a. BAHZAD, Ahmad Abdullah Mohamed Abdullah; a.k.a. BEHZAD, Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohammad A; a.k.a. BEHZAD, Ahmad Abdulla Mohammad Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmed Abdullah; a.k.a. "ABDULLA MOHAMAD ABDULLA MOHAMAD BEHZAD"; a.k.a. "ABDULLAH AHMAD ABDULLAH MOHAMAD BAHZAD"; a.k.a. "ABDULLAH MOHAMMED ABDULLAH BAHZAD"; a.k.a. "AHMED BEHZA"; a.k.a. "AHMED MOHAMMED ABDULLAH"; a.k.a. "MOHAMMED ABDULLAH MOHAMMED BAHZAD"), c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; DOB 02 Nov 1971; POB Dubai, United Arab Emirates; citizen United Arab Emirates; Passport A1042768 (United Arab Emirates); alt. Passport A0269124 (United Arab Emirates) (individual) [SDNTK].

BEHZAD, Abdulla Mohd Abdulla (a.k.a. BAHZAD, Ahmad Abdullah Mohamed Abdullah; a.k.a.

BEHZAD BSTAKI, Ahmad Abdullah Mohammed Abdullah; a.k.a. BEHZAD, Ahmad Abdulla Mohammad A; a.k.a. BEHZAD, Ahmad Abdulla Mohammad Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmed Abdullah; a.k.a. "ABDULLA MOHAMAD ABDULLA MOHAMAD BEHZAD"; a.k.a. "ABDULLAH AHMAD ABDULLAH MOHAMAD BAHZAD"; a.k.a. "ABDULLAH MOHAMMED ABDULLAH BAHZAD"; a.k.a. "AHMED BEHZA"; a.k.a. "AHMED MOHAMMED ABDULLAH"; a.k.a. "MOHAMMED ABDULLAH MOHAMMED BAHZAD"), c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; DOB 02 Nov 1971; POB Dubai, United Arab Emirates; citizen United Arab Emirates; Passport A1042768 (United Arab Emirates); alt. Passport A0269124 (United Arab Emirates) (individual) [SDNTK].

BEHZAD, Ahmad Abdulla Mohammad A (a.k.a. BAHZAD, Ahmad Abdullah Mohamed Abdullah; a.k.a. BEHZAD BSTAKI, Ahmad Abdullah Mohammed Abdullah; a.k.a. BEHZAD, Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohammad Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmed Abdullah; a.k.a. "ABDULLA MOHAMAD ABDULLA MOHAMAD BEHZAD"; a.k.a. "ABDULLAH AHMAD ABDULLAH MOHAMAD BAHZAD"; a.k.a. "ABDULLAH MOHAMMED ABDULLAH BAHZAD"; a.k.a. "AHMED BEHZA"; a.k.a. "AHMED MOHAMMED ABDULLAH"; a.k.a. "MOHAMMED ABDULLAH MOHAMMED BAHZAD"), c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; DOB 02 Nov 1971; POB Dubai, United Arab Emirates; citizen United Arab Emirates; Passport A1042768 (United Arab Emirates); alt. Passport A0269124 (United Arab Emirates) (individual) [SDNTK].

BEHZAD, Ahmad Abdulla Mohammad Abdulla (a.k.a. BAHZAD, Ahmad Abdullah Mohamed Abdullah; a.k.a. BEHZAD BSTAKI, Ahmad Abdullah Mohammed Abdullah; a.k.a. BEHZAD, Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohammad A; a.k.a. BEHZAD, Ahmad Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmed Abdullah; a.k.a. "ABDULLA MOHAMAD ABDULLA MOHAMAD BEHZAD"; a.k.a.

"ABDULLAH AHMAD ABDULLAH MOHAMAD BAHZAD"; a.k.a. "ABDULLAH MOHAMMED ABDULLAH BAHZAD"; a.k.a. "AHMED BEHZA"; a.k.a. "AHMED MOHAMMED ABDULLAH"; a.k.a. "MOHAMMED ABDULLAH MOHAMMED BAHZAD"), c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; DOB 02 Nov 1971; POB Dubai, United Arab Emirates; citizen United Arab Emirates; Passport A1042768 (United Arab Emirates); alt. Passport A0269124 (United Arab Emirates) (individual) [SDNTK].

BEHZAD, Ahmad Abdulla Mohd Abdulla (a.k.a. BAHZAD, Ahmad Abdullah Mohamed Abdullah; a.k.a. BEHZAD BSTAKI, Ahmad Abdullah Mohammed Abdullah; a.k.a. BEHZAD, Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohammad A; a.k.a. BEHZAD, Ahmad Abdulla Mohammad Abdulla; a.k.a. BEHZAD, Ahmed Abdullah; a.k.a. "ABDULLA MOHAMAD ABDULLA MOHAMAD BEHZAD"; a.k.a. "ABDULLAH AHMAD ABDULLAH MOHAMAD BAHZAD"; a.k.a. "ABDULLAH MOHAMMED ABDULLAH BAHZAD"; a.k.a. "AHMED BEHZA"; a.k.a. "AHMED MOHAMMED ABDULLAH"; a.k.a. "MOHAMMED ABDULLAH MOHAMMED BAHZAD"), c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; DOB 02 Nov 1971; POB Dubai, United Arab Emirates; citizen United Arab Emirates; Passport A1042768 (United Arab Emirates); alt. Passport A0269124 (United Arab Emirates) (individual) [SDNTK].

BEHZAD, Ahmed Abdullah (a.k.a. BAHZAD, Ahmad Abdullah Mohamed Abdullah; a.k.a. BEHZAD BSTAKI, Ahmad Abdullah Mohammed Abdullah; a.k.a. BEHZAD, Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohammad A; a.k.a. BEHZAD, Ahmad Abdulla Mohammad Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohd Abdulla; a.k.a. "ABDULLA MOHAMAD ABDULLA MOHAMAD BEHZAD"; a.k.a. "ABDULLAH AHMAD ABDULLAH MOHAMAD BAHZAD"; a.k.a. "ABDULLAH MOHAMMED ABDULLAH BAHZAD"; a.k.a. "AHMED BEHZA"; a.k.a. "AHMED MOHAMMED ABDULLAH"; a.k.a. "MOHAMMED ABDULLAH MOHAMMED BAHZAD"), c/o SHAHBAZ KHAN GENERAL

TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; DOB 02 Nov 1971; POB Dubai, United Arab Emirates; citizen United Arab Emirates; Passport A1042768 (United Arab Emirates); alt. Passport A0269124 (United Arab Emirates) (individual) [SDNTK].

BEHZAD, Morteza (a.k.a. BEHZAD, Morteza Ahmadali; a.k.a. BEHZADI, Morteza); DOB 1959; alt. DOB 1960; POB Yazd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4432151609 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PISHRO SYSTEMS RESEARCH COMPANY).

BEHZAD, Morteza Ahmadali (a.k.a. BEHZAD, Morteza; a.k.a. BEHZADI, Morteza); DOB 1959; alt. DOB 1960; POB Yazd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4432151609 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PISHRO SYSTEMS RESEARCH COMPANY).

BEHZADI, Morteza (a.k.a. BEHZAD, Morteza; a.k.a. BEHZAD, Morteza Ahmadali); DOB 1959; alt. DOB 1960; POB Yazd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4432151609 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PISHRO SYSTEMS RESEARCH COMPANY).

BEIJING ALITE TECHNOLOGIES CO., LTD. (a.k.a. ALCO; a.k.a. BEIJING HAILI LIANHE KEJI YOUXIAN GONGSI), 12A Beisanhuan Zhong Road, P.O. Box 3042, Beijing, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

BEIJING CHENGXING TRADING CO. LTD. (Chinese Simplified: 北京成兴贸易有限公司), Room 2206 Floor 19, 602 Wangjing Yuan, Zhaoyang District, Beijing, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

BEIJING DEEPCOOL INDUSTRIES CO LTD (Chinese Simplified: 北京市鑫全盛科技有限公司) (a.k.a. BEIJING XINQUANSHENG TECHNOLOGY CO LTD), Room 101-30, Floor 1-4, Building 10, Yard 9,

Dijin Road, Haidian District, Beijing 100000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91110108102392236U (China) [RUSSIA-EO14024].

BEIJING DYNAMIC POWER CO LIMITED (Chinese Simplified: 北京动力源科技股份有限公司), No. 8, Xinghuo Road, Science and Technology Park, Beijing 100070, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 911100001021218238 (China) [RUSSIA-EO14024].

BEIJING EXCELLENT GLOBAL TECHNOLOGY DEVELOPMENT COMPANY (a.k.a. EXCELLENT BEIJING TECHNOLOGY DEVELOPMENT COMPANY LIMITED (Chinese Simplified: 卓越全球（北京）科技发展有限公司); a.k.a. EXCELLENT BEIJING TECHNOLOGY DEVELOPMENT LIMITED), Room 1502, Floor 12, Building 9, No. 88 Jianguo Road, Chaoyang District, Beijing, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 24 Jan 2013; Unified Social Credit Code (USCC) 91110105059259703U (China) [NPWMD] [IFSR] (Linked To: PARSAJAM, Mohsen).

BEIJING HAILI LIANHE KEJI YOUXIAN GONGSI (a.k.a. ALCO; a.k.a. BEIJING ALITE TECHNOLOGIES CO., LTD.), 12A Beisanhuan Zhong Road, P.O. Box 3042, Beijing, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

BEIJING INTEGRITY TECHNOLOGY COMPANY, LIMITED (a.k.a. INTEGRITY TECHNOLOGY GROUP, INCORPORATED (Chinese Simplified: 永信至成科技集团股份有限公司); a.k.a. "YONGXIN ZHICHENG TECHNOLOGY GROUP COMPANY, LIMITED"), Room 103, Building 6, No. 9, Fenghao East Road, Haidian District, Beijing, China; Website www.integritytech.com.cn; Organization Established Date 02 Sep 2010; Organization Type: Computer programming activities; Equity Ticker 688244 CH; Unified Social Credit Code (USCC) 91110108562135265P (China) [CYBER2].

BEIJING JIAHEHENGDE TECHNOLOGY COMPANY LIMITED (a.k.a. JIAHE HENGDE TECHNOLOGY COMPANY; a.k.a. JIAHEHENGDE TECHNOLOGY COMPANY

LIMITED), Beijing, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Dec 2005; Unified Social Credit Code (USCC) 9111010878321053X0 (China) [RUSSIA-EO14024] (Linked To: LLC LASER COMPONENTS).

BEIJING JINGHUA QIDI ELECTRONIC TECHNOLOGY CO., LTD. (Chinese Simplified: 北京京华启迪电子科技有限公司), Room 1307, Floor 13, Building 3, No. 5 Courtyard, Tianhua Avenue, Daxing District, Beijing, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 03 Sep 2019; Unified Social Credit Code (USCC) 91110115MA01ME3G6W (China) [NPWMD] (Linked To: CHEN, Tianxin).

BEIJING LUCHENG WEIYE TECHNOLOGY DEVELOPMENT COMPANY LIMITED (Chinese Traditional: 北京鲁成伟业科技发展有限公司) (a.k.a. LUCHENGTECH CO. LTD), Room b311, Yinyan Building, No. 23, Anningzhuang East Road, Qinghe, Haidan District, Beijing 100085, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Dec 2005; Tax ID No. 110108783965860 (China); Registration Number 110108009239044 (China); Unified Social Credit Code (USCC) 91110114783965860W (China) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY SMT-ILOGIC).

BEIJING LUO LUO TECHNOLOGY DEVELOPMENT CO LTD, Room 903, Building 1, No. 4 Wangjing Road, Chaoyang District, Beijing, China; Organization Type: Non-specialized wholesale trade [NPWMD].

BEIJING RESEARCH INSTITUTE OF AUTOMATION FOR MACHINERY INDUSTRY CO. LTD. (Chinese Simplified: 北京机械工业自动化研究所有限公司) (a.k.a. "RAIMB"; a.k.a. "RIAMB"), No. 1, Teaching Gate, Deshengmenwai, Xicheng District, Beijing 100120, China; Target Type State-Owned Enterprise; Registration Number 110000001661767 (China); Unified Social Credit Code (USCC) 91110102400000018P (China) [NPWMD].

BEIJING SANSHUNDA ELECTRONICS SCIENCE AND TECHNOLOGY CO., LTD.

(Chinese Simplified: 北京三顺达电子科技有限公司), Room 1307, Floor 13, Building 3, No. 5 Courtyard, Tianhua Avenue, Daxing District, Beijing, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 26 Apr 2021; Unified Social Credit Code (USCC) 91110115MA02AA8P61 (China) [NPWMD] (Linked To: CHEN, Tianxin).

BEIJING SHANGYIXIANDA TECHNOLOGY COMPANY LIMITED, Beijing, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Dec 2012; Unified Social Credit Code (USCC) 91110108059235795A (China) [RUSSIA-EO14024] (Linked To: LLC LASER COMPONENTS).

BEIJING SHINY NIGHTS TECHNOLOGY DEVELOPMENT CO., LTD, Jing An Li 26 Hao Lou 2 Ceng 201 NEI 2091 Shi, Chao Yang Qu, Beijing, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Jun 2013; Registration Number 110000450235669 (China); Unified Social Credit Code (USCC) 91110105069601824J (China) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

BEIJING SUKBAKSO, Qixingmen Store, No. 8 Apartment, Fangcaodi West Road, Chaoyang District, Beijing 100020, China (Chinese Simplified: 8号楼底商七星门莏, 芳草地面街, 朝阳区, 北京市 100020, China); Liangzi Zu Way (Ground Level, White Gate), No. 42, Gangshan Road, Shunyi District, Beijing 101300, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3] [DPRK-NKSPEA].

BEIJING TIANMEICHUANG TECHNOLOGY CO LTD (a.k.a. BEIJING TIMINGTRON CORPORATION (Chinese Simplified: 北京天美创科技有限公司)), Room 105, Building 1, Beijing Jingbao Company Office Building, Badachu High Technology Park, Beijing 100042, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC)

911101075636661567 (China) [RUSSIA-EO14024].

BEIJING TIMINGTRON CORPORATION (Chinese Simplified: 北京天美创科技有限公司) (a.k.a. BEIJING TIANMEICHUANG TECHNOLOGY CO LTD), Room 105, Building 1, Beijing Jingbao Company Office Building, Badachu High Technology Park, Beijing 100042, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 911101075636661567 (China) [RUSSIA-EO14024].

BEIJING WEISITONG TECHNOLOGY CO LTD (a.k.a. WESTCOM TECHNOLOGY CO LIMITED (Chinese Simplified: 北京韦思通科技有限公司)), Room 1502, Floor 12, Building 9, No. 88 Jianguo Road, Chaoyang District, Beijing, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Dec 2014; Unified Social Credit Code (USCC) 91110117318319919E (China) [NPWMD] [IFSR] (Linked To: KHAZRA COMMUNICATIONS TECHNOLOGY SOLUTIONS).

BEIJING XINGHUA HENGCHENG TECHNOLOGY DEVELOPMENT COMPANY LIMITED (Chinese Traditional: 北京兴华恒成科技发展有限公司) (a.k.a. XINGHUA CO. LTD.; a.k.a. XINGHUATECH CO. LTD.; a.k.a. XINGTAC), Room 607, Unit 2, 5th Floor, Building 6, Yad 1, Beiqing Road, Changping District, Beijing 102208, China; Gate 1, Ya'an Optoelectronics Pioneering Park, No. 6 Luoping Road, Nankai District, Tianjin 300113, China; 1602, Kaiyuan Building, Zhongshan Road, Chang'an District, Shijazhuang City 050036, China; 1201, Kangdu, University West Road, Hohhot, Inner Mongolia 010010, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Mar 2010; Tax ID No. 110108551365479 (China); Registration Number 110108012686211 (China); Unified Social Credit Code (USCC) 911101144551365479A (China) [RUSSIA-EO14024] (Linked To: BEIJING LUCHENG WEIYE TECHNOLOGY DEVELOPMENT COMPANY LIMITED).

BEIJING XINQUANSHENG TECHNOLOGY CO LTD (a.k.a. BEIJING DEEPCOOL INDUSTRIES CO LTD (Chinese Simplified: 北京市鑫全盛科技有限公司)), Room 101-30, Floor 1-4, Building 10, Yard 9, Dijin Road, Haidian District, Beijing 100000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91110108102392236U (China) [RUSSIA-EO14024].

BEIJING YUNZE TECHNOLOGY CO., LTD. (Chinese Simplified: 北京昀泽科技有限公司), Room 402, 4th Floor, No. 85 Huilongguan Ave West, Changping District, Beijing 102208, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Jan 2016 to 06 Jan 2016; Unified Social Credit Code (USCC) 91110114MA0031TR1Y (China) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

BEIJING ZHENGYUXING TECHNOLOGY CO LTD (Chinese Simplified: 北京正宇兴科技有限公司) (a.k.a. FUTECH CO LTD), 1502, Floor 12, Building 9, No 88 Courtyard, Jianguo Road, Chaoyang District, Beijing 100000, China (Chinese Simplified: 9号楼12层1502, 朝阳区建国路88号园, 北京市 100000, China); Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 04 Nov 2022; Unified Social Credit Code (USCC) 91110105MAC3H8E48T (China) [NPWMD] [IFSR] (Linked To: RAYAN FAN KAV ANDISH CO).

BEIRA-MAR, Fernandinho (a.k.a. DA COSTA, Luis Fernando); DOB 04 Jul 1967; POB Rio de Janeiro (individual) [SDNTK].

BEIRUT DIAM COMPANY SAL (a.k.a. BEIRUT DIAM SAL), Downtown Beirut, Solidere, Property No. 1479 of Marfa Real Estate, Block A, 4th Floor, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1005283 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

BEIRUT DIAM SAL (a.k.a. BEIRUT DIAM COMPANY SAL), Downtown Beirut, Solidere, Property No. 1479 of Marfa Real Estate, Block A, 4th Floor, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1005283 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

BEIRUT GEM SAL (a.k.a. BEIRUT GM SAL), Downtown Beirut, Solidere, Property No. 1479 of Marfa Real Estate, Block A, 4th Floor, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1005284 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

BEIRUT GM SAL (a.k.a. BEIRUT GEM SAL), Downtown Beirut, Solidere, Property No. 1479 of Marfa Real Estate, Block A, 4th Floor, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1005284 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

BEIRUT TRADE SAL, Maarad Street, Solidere King, Property 200, Harbor, Beirut, Lebanon; Building 200, Maarad Street, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1004271 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

BEIT AL MAL HOLDINGS (a.k.a. ARAB PALESTINIAN BEIT EL-MAL COMPANY; a.k.a. BEIT EL MAL AL-PHALASTINI AL-ARABI AL-MUSHIMA AL-AAMA AL-MAHADUDA LTD.; a.k.a. BEIT EL-MAL HOLDINGS; a.k.a. PALESTINIAN ARAB BEIT EL MAL CORPORATION, LTD.), P.O. Box 662, Ramallah, West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BEIT EL MAL AL-PHALASTINI AL-ARABI AL-MUSHIMA AL-AAMA AL-MAHADUDA LTD. (a.k.a. ARAB PALESTINIAN BEIT EL-MAL COMPANY; a.k.a. BEIT AL MAL HOLDINGS; a.k.a. BEIT EL-MAL HOLDINGS; a.k.a. PALESTINIAN ARAB BEIT EL MAL CORPORATION, LTD.), P.O. Box 662, Ramallah, West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BEIT EL-MAL HOLDINGS (a.k.a. ARAB PALESTINIAN BEIT EL-MAL COMPANY; a.k.a. BEIT AL MAL HOLDINGS; a.k.a. BEIT EL MAL AL-PHALASTINI AL-ARABI AL-MUSHIMA AL-AAMA AL-MAHADUDA LTD.; a.k.a. PALESTINIAN ARAB BEIT EL MAL CORPORATION, LTD.), P.O. Box 662, Ramallah, West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BEIZ, Imad (a.k.a. BAYZ, 'Imad Muhammad; a.k.a. BEZZ, Imad Mohamad (Arabic: عماد محمد بيز); a.k.a. BIZ, Imad), Mashghara al-Tahta, Beqaa, Lebanon; DOB 29 Jun 1978; nationality Lebanon; Additional Sanctions Information -

Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0993984 (Lebanon); National ID No. 000025755618 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

BEKETOV, Vladimir Andreyevich (Cyrillic: БЕКЕТОВ, Владимир Андреевич), Russia; DOB 29 Mar 1949; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BELAL, Ghassan (a.k.a. BILAL, Ghassan Ali (Arabic: غسان علي بلال)), Damascus, Syria; DOB 1966; nationality Syria; Gender Male; Commander of the 555th Regiment and Director of the Security Bureau of the Fourth Division of the Syrian Arab Army (individual) [PAARSSR-EO13894].

BELAN, Aleksei (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

BELAN, Aleksey Alekseyevich (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

BELAN, Aleksey Alexseyevich (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

BELAN, Alexsei (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

BELAN, Alexsey (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

BELARUSIAN CEMENT COMPANY HOLDING (a.k.a. REPUBLICAN PRODUCTION AND TRADE UNITARY ENTERPRISE MANAGEMENT COMPANY OF THE HOLDING BELARUSIAN CEMENT COMPANY (Cyrillic: РЕСПУБЛИКАНСКОЕ ПРОИЗВОДСТВЕННО ТОРГОВОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ УПРАВЛЯЮЩАЯКОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ ЦЕМЕНТНАЯ КОМПАНИЯ); a.k.a. RESPUBLIKANSKOE PROIZVODSTVENNO TORGOVOE UNITARNOE PREDPRIYATIE UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELORUSSKAYA TSEMENTNAYA KOMPANIYA; a.k.a. RPTUP MANAGEMENT COMPANY OF HOLDING BELARUSIAN CEMENT COMPANY (Cyrillic: РПТУП УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ ЦЕМЕНТНАЯ КОМПАНИЯ); a.k.a. STATE ENTERPRISE HOLDING MANAGEMENT COMPANY BELARUSSIAN CEMENT COMPANY; a.k.a. UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BTSK GP), Mulyavina Boulevard 6, Minsk 220005, Belarus; D. 28, Nezhiloe pomeshchenie, ul. Kuzmy Minina, Minsk 220014, Belarus; Target Type State-Owned Enterprise; Tax ID No. 192039638 (Belarus) [BELARUS-EO14038].

BELARUSIAN CENTRAL ELECTION COMMISSION (a.k.a. CEC BELARUS; f.k.a. CENTRAL COMMISSION OF THE REPUBLIC OF BELARUS ON ELECTIONS AND HOLDING REPUBLICAN REFERENDA; a.k.a. CENTRAL ELECTION COMMISSION OF THE REPUBLIC OF BELARUS (Cyrillic: ЦЕНТРАЛЬНАЯ ИЗБИРАТЕЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ); f.k.a. TSENTRALNAYA KAMISIYA RESPUBLIKI BELARUS PA VYBARAKH I PRAVYADZENNI RESPUBLIKANSKIKH REFERENDUMAU (Cyrillic: ЦЭНТРАЛЬНАЯ КАМІСІЯ РЭСПУБЛІКІ БЕЛАРУСЬ ПА ВЫБАРАХ І ПРАВЯДЗЕННІ РЭСПУБЛІКАНСКІХ РЭФЕРЭНДУМАЎ); f.k.a. TSENTRALNAYA KOMISSIYA RESPUBLIKI BELARUS PO VYBORAM I PROVEDENIYU RESPUBLIKANSKIKH REFERENDUMOV (Cyrillic: ЦЕНТРАЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ ПО ВЫБОРАМ И ПРОВЕДЕНИЮ РЕСПУБЛИКАНСКИХ РЕФЕРЕНДУМОВ); a.k.a. "TSVK"), 11 Sovetskaya St., House of Government, Minsk 220010, Belarus; Target Type Government Entity [BELARUS] [BELARUS-EO14038].

BELARUSIAN INVESTIGATIVE COMMITTEE (a.k.a. INVESTIGATIVE COMMITTEE OF BELARUS; a.k.a. INVESTIGATIVE COMMITTEE OF THE REPUBLIC OF BELARUS (Cyrillic: СЛЕДСТВЕННЫЙ КОМИТЕТ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. SLEDSTVENNIY KOMITET RESPUBLIKI BELARUS), Frunze St., bldg. 19, Minsk 220034, Belarus; Organization Established Date 12 Sep 2011; Target Type Government Entity [BELARUS-EO14038].

OFFICE OF FOREIGN ASSETS CONTROL

SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

BELARUSIAN KGB (a.k.a. BELARUSIAN STATE SECURITY COMMITTEE; a.k.a. KAMITET DZYARZHAUNAI BIASPEKI RESPUBLIKI BELARUS (Cyrillic: КАМІТЭТ ДЗЯРЖАЎНАЙ БЯСПЕКІ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. KOMITET GOSUDARSTVENNOI BEZOPASNOSTI RESPUBLIKI BELARUS (Cyrillic: КОМИТЕТ ГОСУДАРСТВЕННОЙ БЕЗОПАСНОСТИ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. STATE SECURITY COMMITTEE OF THE REPUBLIC OF BELARUS), Nezalezhnastsi Avenue, 17, Minsk 220030, Belarus; Komsomolskaya str., 30, Minsk 220030, Belarus; Target Type Government Entity [BELARUS].

BELARUSIAN NATIONAL OLYMPIC COMMITTEE (a.k.a. NAK BELARUSI (Cyrillic: НАК БЕЛАРУСІ); a.k.a. NATIONAL OLYMPIC COMMITTEE OF THE REPUBLIC OF BELARUS; a.k.a. NATSIONALNIY OLIMPIYSKIY KOMITET RESPUBLIKI BELARUS (Cyrillic: НАЦИОНАЛЬНЫЙ ОЛИМПИЙСКИЙ КОМИТЕТ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. NATSYYALNY ALIMPIYSKI KAMITET RESPUBLIKI BELARUS (Cyrillic: НАЦЫЯНАЛЬНЫ АЛІМПІЙСКІ КАМІТЭТ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. NOC OF THE REPUBLIC OF BELARUS; a.k.a. NOK BELARUSI (Cyrillic: НОК БЕЛАРУСИ)), Raduzhnaya Str, 27-2, Minsk 220020, Belarus; ul. Raduzhnaya, d. 27, pom. 2, Minsk 220020, Belarus (Cyrillic: ул. Радужная, д. 27, пом. 2, г. Минск 220020, Belarus); Organization Established Date 01 Jul 1991; Registration Number 100265118 (Belarus) [BELARUS].

BELARUSIAN OIL TRADE HOUSE (a.k.a. BELARUSIAN OIL TRADING HOUSE; a.k.a. BELARUSIAN OIL TRADING HOUSE REPUBLICAN SUBSIDIARY UNITARY ENTERPRISE; a.k.a. BELARUSIAN OIL TRADING HOUSE REPUBLICAN UNITARY SUBSIDIARY; a.k.a. UE BELARUSIAN OIL TRADE HOUSE; a.k.a. "B.O.T.H."; a.k.a. "UNITED TRADING SITE"), Prospect Dzerzhinskogo, 73, Minsk 220116, Belarus; 73 Derzhinskiy Ave., Minsk 220116, Belarus; Dzerzhinsky Avenue, 73, Minsk 220116, Belarus; Website WWW.BNTDTORG.BY; alt. Website WWW.BNTD.BY; Business Registration Document # UNP 101119568 (Belarus) [BELARUS].

BELARUSIAN OIL TRADING HOUSE (a.k.a. BELARUSIAN OIL TRADE HOUSE; a.k.a. BELARUSIAN OIL TRADING HOUSE REPUBLICAN SUBSIDIARY UNITARY ENTERPRISE; a.k.a. BELARUSIAN OIL TRADING HOUSE REPUBLICAN UNITARY SUBSIDIARY; a.k.a. UE BELARUSIAN OIL TRADE HOUSE; a.k.a. "B.O.T.H."; a.k.a. "UNITED TRADING SITE"), Prospect Dzerzhinskogo, 73, Minsk 220116, Belarus; 73 Derzhinskiy Ave., Minsk 220116, Belarus; Dzerzhinsky Avenue, 73, Minsk 220116, Belarus; Website WWW.BNTDTORG.BY; alt. Website WWW.BNTD.BY; Business Registration Document # UNP 101119568 (Belarus) [BELARUS].

BELARUSIAN OIL TRADING HOUSE REPUBLICAN SUBSIDIARY UNITARY ENTERPRISE (a.k.a. BELARUSIAN OIL TRADE HOUSE; a.k.a. BELARUSIAN OIL TRADING HOUSE; a.k.a. BELARUSIAN OIL TRADING HOUSE REPUBLICAN UNITARY SUBSIDIARY; a.k.a. UE BELARUSIAN OIL TRADE HOUSE; a.k.a. "B.O.T.H."; a.k.a. "UNITED TRADING SITE"), Prospect Dzerzhinskogo, 73, Minsk 220116, Belarus; 73 Derzhinskiy Ave., Minsk 220116, Belarus; Dzerzhinsky Avenue, 73, Minsk 220116, Belarus; Website WWW.BNTDTORG.BY; alt. Website WWW.BNTD.BY; Business Registration Document # UNP 101119568 (Belarus) [BELARUS].

BELARUSIAN OIL TRADING HOUSE REPUBLICAN UNITARY SUBSIDIARY (a.k.a. BELARUSIAN OIL TRADE HOUSE; a.k.a. BELARUSIAN OIL TRADING HOUSE; a.k.a. BELARUSIAN OIL TRADING HOUSE REPUBLICAN SUBSIDIARY UNITARY ENTERPRISE; a.k.a. UE BELARUSIAN OIL TRADE HOUSE; a.k.a. "B.O.T.H."; a.k.a. "UNITED TRADING SITE"), Prospect Dzerzhinskogo, 73, Minsk 220116, Belarus; 73 Derzhinskiy Ave., Minsk 220116, Belarus; Dzerzhinsky Avenue, 73, Minsk 220116, Belarus; Website WWW.BNTDTORG.BY; alt. Website WWW.BNTD.BY; Business Registration Document # UNP 101119568 (Belarus) [BELARUS].

BELARUSIAN OPTICAL AND MECHANICAL ASSOCIATION (a.k.a. JSC MINSK MECHANICAL PLANT NAMED AFTER S.I. VAVILOV MANAGEMENT COMPANY OF BELOMO HOLDING (Cyrillic: ОАО МИНСКИЙ МЕХАНИЧЕСКИЙ ЗАВОД ИМЕНИ С.И. ВАВИЛОВА УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОМО); a.k.a. ОАО ММZ IMENI S.I. VAVILOVA UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELOMO (Cyrillic: ОАО ММЗ ИМЕНИ С. И. ВАВИЛОВА УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОМО); a.k.a. OJSC MMW NAMED AFTER S.I. VAVILOV MANAGING COMPANY OF BELOMO HOLDING (Cyrillic: ААТ ММЗ ІМЯ С.І. ВАВІЛАВА КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛОМА); a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII MEKHANICHESKII ZAVOD IMENI S.I. VAVILOVA UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELOMO), 23 Makayonok St., Minsk 220114, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100185185 (Belarus); Government Gazette Number 14541426 (Belarus) [BELARUS-EO14038].

BELARUSIAN PRODUCTION AND TRADE CONCERN OF TIMBER WOODWORKING AND PULP AND PAPER INDUSTRY (Cyrillic: БЕЛОРУССКИЙ ПРОИЗВОДСТВЕННО ТОРГОВЫЙ КОНЦЕРН ЛЕСНОЙ ДЕРЕВООБРАБАТЫВАЮЩЕЙ И ЦЕЛЛЮЛОЗНО БУМАЖНОЙ ПРОМЫШЛЕННОСТИ) (a.k.a. BIELARUSKI VYTVORCHA HANDLIOVY KANCERN LIASNOJ DREVAAPRACOWCHAJ I CELIULOZNA PAPIAROVAJ PRAMYSLOVASCI (Cyrillic: БЕЛАРУСКІ ВЫТВОРЧА ГАНДЛЁВЫ КАНЦЭРН ЛЯСНОЙ ДРЭВААПРАЦОЎЧАЙ І ЦЭЛЮЛОЗНА ПАПЯРОВАЙ ПРАМЫСЛОВАСЦІ); a.k.a. KONTSERN BELLESBUMPROM (Cyrillic: КОНЦЕРН БЕЛЛЕСБУМПРОМ)), GSP, K. Marx Street, 16, Minsk 220030, Belarus; Organization Established Date 21 Jun 1991; Target Type State-Owned Enterprise; Tax ID No. 100377850 (Belarus) [BELARUS-EO14038].

BELARUSIAN STATE AUTHORITY FOR MILITARY INDUSTRY (a.k.a. DZIARZAUNY VAJENNA-PRAMYSLOVY KAMITET (Cyrillic: ДЗЯРЖАЎНЫ ВАЕННА-ПРАМЫСЛОВЫ КАМІТЭТ); a.k.a. GOSKOMVOYENPROM (Cyrillic: ГОСКОМВОЕНПРОМ); a.k.a. STATE AUTHORITY FOR MILITARY INDUSTRY OF THE REPUBLIC OF BELARUS; a.k.a. STATE MILITARY-INDUSTRIAL COMMITTEE OF BELARUS (Cyrillic: ГОСУДАРСТВЕННЫЙ ВОЕННО-ПРОМЫШЛЕННЫЙ КОМИТЕТ БЕЛАРУСИ)), 115 Nezavisimosti Avenue, Minsk 220114, Belarus; Website http://www.vpk.gov.by/; Organization Established Date 30 Dec 2003; Target Type Government Entity [BELARUS-EO14038].

BELARUSIAN STATE CONCERN FOR OIL AND CHEMISTRY (a.k.a. BELARUSIAN STATE PETROLEUM AND CHEMICALS CONCERN; a.k.a. BELNEFTEKHIM; a.k.a. BELNEFTEKHIM CONCERN; a.k.a. CONCERN BELNEFTEKHIM), 73 Dzerzhinskogo Avenue, Minsk 220116, Belarus; ul Trevskaya, 20/1, Room 536, Moscow 103789, Russia; ul Pavlovskaya, 29, Kiev 01135, Ukraine; Oederweg 43, Frankfurt-am-Main D-60318, Germany; Tower B 19-B Oriental Kenzo, 48 Dongzhimenwai Street, Dongcheng District, Beijing 100027, China; GP 1 Apes Street, Riga LV-1039, Latvia [BELARUS].

BELARUSIAN STATE PETROLEUM AND CHEMICALS CONCERN (a.k.a. BELARUSIAN STATE CONCERN FOR OIL AND CHEMISTRY; a.k.a. BELNEFTEKHIM; a.k.a. BELNEFTEKHIM CONCERN; a.k.a. CONCERN BELNEFTEKHIM), 73 Dzerzhinskogo Avenue, Minsk 220116, Belarus; ul Trevskaya, 20/1, Room 536, Moscow 103789, Russia; ul Pavlovskaya, 29, Kiev 01135, Ukraine; Oederweg 43, Frankfurt-am-Main D-60318, Germany; Tower B 19-B Oriental Kenzo, 48 Dongzhimenwai Street, Dongcheng District, Beijing 100027, China; GP 1 Apes Street, Riga LV-1039, Latvia [BELARUS].

BELARUSIAN STATE SECURITY COMMITTEE (a.k.a. BELARUSIAN KGB; a.k.a. KAMITET DZYARZHAUNAI BIASPEKI RESPUBLIKI BELARUS (Cyrillic: КАМІТЭТ ДЗЯРЖАЎНАЙ БЯСПЕКІ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. KOMITET GOSUDARSTVENNOI BEZOPASNOSTI RESPUBLIKI BELARUS (Cyrillic: КОМИТЕТ ГОСУДАРСТВЕННОЙ БЕЗОПАСНОСТИ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. STATE SECURITY COMMITTEE OF THE REPUBLIC OF BELARUS), Nezalezhnastsi Avenue, 17, Minsk 220030, Belarus; Komsomolskaya str., 30, Minsk 220030, Belarus; Target Type Government Entity [BELARUS].

BELARUSREZINOTECHNIKA OJSC (a.k.a. JOINT STOCK COMPANY BELARUSREZINOTEKHNIKA; a.k.a. "AO BRT"), 102 Minskaya Str., Bobruisk 213829, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Government Gazette Number 1494387000 (Belarus); Registration Number 70069297 (Belarus) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY 81 ARMORED FIGHTING VEHICLES REPAIR PLANT).

BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION BELINVESTBANK JOINT STOCK COMPANY (a.k.a. BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION JOINT STOCK COMPANY; a.k.a. BELINVESTBANK; a.k.a. BELINVESTBANK JSC), 29 Masherova Av., Minsk 220002, Belarus; SWIFT/BIC BLBBBY2X; Website www.belinvestbank.by; Organization Established Date 09 Jan 2001; Target Type Financial Institution; Registration Number 807000028 (Belarus) [BELARUS-EO14038].

BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION JOINT STOCK COMPANY (a.k.a. BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION BELINVESTBANK JOINT STOCK COMPANY; a.k.a. BELINVESTBANK; a.k.a. BELINVESTBANK JSC), 29 Masherova Av., Minsk 220002, Belarus; SWIFT/BIC BLBBBY2X; Website www.belinvestbank.by; Organization Established Date 09 Jan 2001; Target Type Financial Institution; Registration Number 807000028 (Belarus) [BELARUS-EO14038].

BELARUSSKI AVTOMOBILNYI ZAVOD (a.k.a. AAT BELAZ - KIRUYUCHAYA KAMPANIYA KHOLDYNGU BELAZ-KHOLDYNG (Cyrillic: ААТ БЕЛАЗ - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛАЗ-ХОЛДЫНГ); a.k.a. ОАО BELAZ - UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELAZ-KHOLDING (Cyrillic: ОАО БЕЛАЗ - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛАЗ-ХОЛДИНГ); a.k.a. OJSC BELAZ - MANAGEMENT COMPANY OF HOLDING BELAZ-HOLDING; a.k.a. OPEN JOINT STOCK COMPANY BELARUSIAN AUTOMOBILE PLANT), 40 let Octyabrya Street 4, Zhodino, Minsk region 222161, Belarus; Target Type State-Owned Enterprise; Tax ID No. 600038906 (Belarus); Government Gazette Number 05808712 (Belarus) [BELARUS-EO14038].

BELAVENCEV, Oleg Evgenyevich (a.k.a. BELAVENTSEV, Oleg); DOB 15 Sep 1949; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Russian Presidential Envoy to the Crimean District; Member of the Russian Security Council (individual) [UKRAINE-EO13661].

BELAVENTSEV, Oleg (a.k.a. BELAVENCEV, Oleg Evgenyevich); DOB 15 Sep 1949; Secondary sanctions risk: Ukraine-/Russia-

Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Russian Presidential Envoy to the Crimean District; Member of the Russian Security Council (individual) [UKRAINE-EO13661].

BELBIZNESLIZING ZAO (a.k.a. BELBUSINESS LEASING; a.k.a. CJSC BELBIZNESLIZING), 29 Masherov Ave., office 919, Minsk 220036, Belarus; 11A Korzh Str., Minsk 220036, Belarus; Organization Established Date 27 Apr 1994; Registration Number 100646748 (Belarus) [BELARUS-EO14038] (Linked To: BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION BELINVESTBANK JOINT STOCK COMPANY).

BELBUSINESS LEASING (a.k.a. BELBIZNESLIZING ZAO; a.k.a. CJSC BELBIZNESLIZING), 29 Masherov Ave., office 919, Minsk 220036, Belarus; 11A Korzh Str., Minsk 220036, Belarus; Organization Established Date 27 Apr 1994; Registration Number 100646748 (Belarus) [BELARUS-EO14038] (Linked To: BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION BELINVESTBANK JOINT STOCK COMPANY).

BELCANTO AIRLINES (a.k.a. AVIAKOMPANIYA BELKANTO LLC (Cyrillic: ООО АВИАКОМПАНИЯ БЕЛКАНТО); a.k.a. BELCANTO AIRLINES LLC; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU BELKANTO), 42, room 3H, Nemiga St., Minsk 220004, Belarus; 29, pom. 11, izolirovannoe pomeshchenie, kabinet 4, ul. Surganova, Minsk 220012, Belarus; Organization Established Date 03 Aug 2020; Organization Type: Freight air transport; Tax ID No. 193453339 (Belarus) [BELARUS-EO14038].

BELCANTO AIRLINES LLC (a.k.a. AVIAKOMPANIYA BELKANTO LLC (Cyrillic: ООО АВИАКОМПАНИЯ БЕЛКАНТО); a.k.a. BELCANTO AIRLINES; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU BELKANTO), 42, room 3H, Nemiga St., Minsk 220004, Belarus; 29, pom. 11, izolirovannoe pomeshchenie, kabinet 4, ul. Surganova, Minsk 220012, Belarus; Organization Established Date 03 Aug 2020; Organization Type: Freight air transport; Tax ID No. 193453339 (Belarus) [BELARUS-EO14038].

BELHIRECHE, Messaoud (a.k.a. AL-JAZA'IRI, Usama Abu-'Abd-al-Wahid; a.k.a. BELKACEM, Usamah 'Abd-al-Wahid al-Jaza'iri; a.k.a. "AL-JAZA'IRI, Abu Usama"), Mali; DOB 22 Jul 1970; POB Algeria; nationality Algeria; Gender Male;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

BELIAKOV, Yury (Cyrillic: БЕЛЯКОВ, Юрий) (a.k.a. BELYAKOV, Yuri Vladimirovich), Russia; DOB 24 Oct 1974; POB Vologodskaya Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 540697174841 (Russia) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

BELIK, Dmitriy Anatolyevich (a.k.a. BELIK, Dmitry Anatolievich (Cyrillic: БЕЛИК, Дмитрий Анатольевич)), Russia; DOB 17 Oct 1969; POB Kular, Ust-Yansky District, Sakha Republic, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

BELIK, Dmitry Anatolievich (Cyrillic: БЕЛИК, Дмитрий Анатольевич) (a.k.a. BELIK, Dmitriy Anatolyevich), Russia; DOB 17 Oct 1969; POB Kular, Ust-Yansky District, Sakha Republic, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

BELINTE ROBE (f.k.a. BELINTE ROBES; f.k.a. JOINT LIMITED LIABILITY COMPANY BELINTE-ROBA (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛИНТЕ-РОБА); a.k.a. LIMITED LIABILITY COMPANY DUBAI WATER FRONT; a.k.a. LLC DUBAI WATER FRONT; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DUBAI VOTER FRONT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДУБАЙ ВОТЕР ФРОНТ); a.k.a. OOO DUBAI VOTER FRONT (Cyrillic: ООО ДУБАЙ ВОТЕР ФРОНТ); a.k.a. TAA DUBAI VOTER FRONT

(Cyrillic: ТАА ДУБАЙ ВОТЭР ФРОНТ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DUBAI VOTER FRONT (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДУБАЙ ВОТЭР ФРОНТ)), ul. Petra Mstislavtsa, d. 9, pom. 10 (kabinet 34), Minsk 220114, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10 (кабинет 34), г. Минск 220114, Belarus); Organization Established Date 30 Mar 2004; Registration Number 190527399 (Belarus) [BELARUS-EO14038].

BELINTE ROBES (f.k.a. BELINTE ROBE; f.k.a. JOINT LIMITED LIABILITY COMPANY BELINTE-ROBA (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛИНТЕ-РОБА); a.k.a. LIMITED LIABILITY COMPANY DUBAI WATER FRONT; a.k.a. LLC DUBAI WATER FRONT; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DUBAI VOTER FRONT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДУБАЙ ВОТЕР ФРОНТ); a.k.a. OOO DUBAI VOTER FRONT (Cyrillic: ООО ДУБАЙ ВОТЕР ФРОНТ); a.k.a. TAA DUBAI VOTER FRONT (Cyrillic: ТАА ДУБАЙ ВОТЭР ФРОНТ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DUBAI VOTER FRONT (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДУБАЙ ВОТЭР ФРОНТ)), ul. Petra Mstislavtsa, d. 9, pom. 10 (kabinet 34), Minsk 220114, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10 (кабинет 34), г. Минск 220114, Belarus); Organization Established Date 30 Mar 2004; Registration Number 190527399 (Belarus) [BELARUS-EO14038].

BELINVESTBANK (a.k.a. BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION BELINVESTBANK JOINT STOCK COMPANY; a.k.a. BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION JOINT STOCK COMPANY; a.k.a. BELINVESTBANK JSC), 29 Masherova Av., Minsk 220002, Belarus; SWIFT/BIC BLBBBY2X; Website www.belinvestbank.by; Organization Established Date 09 Jan 2001; Target Type Financial Institution; Registration Number 807000028 (Belarus) [BELARUS-EO14038].

BELINVESTBANK JSC (a.k.a. BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION BELINVESTBANK JOINT STOCK COMPANY; a.k.a. BELARUSSIAN

BANK OF DEVELOPMENT AND RECONSTRUCTION JOINT STOCK COMPANY; a.k.a. BELINVESTBANK), 29 Masherova Av., Minsk 220002, Belarus; SWIFT/BIC BLBBBY2X; Website www.belinvestbank.by; Organization Established Date 09 Jan 2001; Target Type Financial Institution; Registration Number 807000028 (Belarus) [BELARUS-EO14038].

BELINVEST-ENGINEERING (a.k.a. BELINVEST-INZHINIRING OOO; a.k.a. LIMITED LIABILITY COMPANY BELINVEST-ENGINEERING; a.k.a. LLC BELINVEST-ENGINEERING), 2 Melnikaite Str., office 10, Minsk 220004, Belarus; Organization Established Date 01 Jun 2011; Registration Number 191450284 (Belarus) [BELARUS-EO14038] (Linked To: BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION BELINVESTBANK JOINT STOCK COMPANY).

BELINVEST-INZHINIRING OOO (a.k.a. BELINVEST-ENGINEERING; a.k.a. LIMITED LIABILITY COMPANY BELINVEST-ENGINEERING; a.k.a. LLC BELINVEST-ENGINEERING), 2 Melnikaite Str., office 10, Minsk 220004, Belarus; Organization Established Date 01 Jun 2011; Registration Number 191450284 (Belarus) [BELARUS-EO14038] (Linked To: BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION BELINVESTBANK JOINT STOCK COMPANY).

BELINVESTSTROI OOO, B-R Svyato-Troitskii D. 38, Office 8, Belgorod 308009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Mar 2008; Organization Type: Construction of buildings; Tax ID No. 9715263396; Registration Number 1083123003842 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

BELIZE SHIP & LOGISTIC LTD (a.k.a. BELIZE SHIP AND LOGISTIC LIMITED; a.k.a. BELIZE SHIP AND LOGISTIC LTD), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

BELIZE SHIP AND LOGISTIC LIMITED (a.k.a. BELIZE SHIP & LOGISTIC LTD; a.k.a. BELIZE SHIP AND LOGISTIC LTD), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions

[IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

BELIZE SHIP AND LOGISTIC LTD (a.k.a. BELIZE SHIP & LOGISTIC LTD; a.k.a. BELIZE SHIP AND LOGISTIC LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

BELIZE SHIPPING LINE SERV LTD (a.k.a. BELIZE SHIPPING LINE SERVICE LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

BELIZE SHIPPING LINE SERVICE LIMITED (a.k.a. BELIZE SHIPPING LINE SERV LTD), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

BELKACEM, Usamah 'Abd-al-Wahid al-Jaza'iri (a.k.a. AL-JAZA'IRI, Usama Abu-'Abd-al-Wahid; a.k.a. BELHIRECHE, Messaoud; a.k.a. "AL-JAZA'IRI, Abu Usama"), Mali; DOB 22 Jul 1970; POB Algeria; nationality Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

BELKALEM, Mohamed (a.k.a. "ABDELALI ABOU DHER"; a.k.a. "EL HARRACHI"); DOB 19 Dec 1969; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BEL-KAP-STEEL LLC, Miami, FL 33130, United States; Organization Established Date 1998; Tax ID No. 52-2083095 (United States); Business Registration Number 0582030 (Connecticut) (United States); alt. Business Registration Number M99000000961 (Florida) (United States) [BELARUS-EO14038] (Linked To: OPEN JOINT STOCK COMPANY BYELORUSSIAN STEEL WORKS MANAGEMENT COMPANY OF HOLDING BYELORUSSIAN METALLURGICAL COMPANY).

BELKAZTRANS (Cyrillic: БЕЛКАЗТРАНС) (a.k.a. LIMITED LIABILITY COMPANY BELKAZTRANS; a.k.a. LLC BELKAZTRANS; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BELKAZTRANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛКАЗТРАНС); a.k.a. OOO BELKAZTRANS (Cyrillic: ООО БЕЛКАЗТРАНС); a.k.a. TAA BELKAZTRANS (Cyrillic: ТАА БЕЛКАЗТРАНС); a.k.a. TAVARYSTVA Z AVMEZHAVANAY ADKAZNASTSYU BELKAZTRANS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ БЕЛКАЗТРАНС)), pr-t Pobeditelei, d. 20 korpus 3, pom. 215, Minsk 220020, Belarus (Cyrillic: пр-т Победителей, д. 20 корпус 3, пом. 215, г. Минск 220020, Belarus); Organization Established Date 26 Oct 2010; Registration Number 191434523 (Belarus) [BELARUS].

BELKAZTRANS UKRAINA TOV (a.k.a. BELKAZTRANS UKRAINE (Cyrillic: БЕЛКАЗТРАНС УКРАИНА); a.k.a. BELKAZTRANS UKRAINE LLC; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU BELKAZTRANS UKRAINA), Bud. 3, Korpus A, vul. Leiptsyzka, Kyiv 01015, Ukraine; Organization Established Date 2018; Tax ID No. 419096426535 (Ukraine); Government Gazette Number 41909645 (Ukraine) [BELARUS].

BELKAZTRANS UKRAINE (Cyrillic: БЕЛКАЗТРАНС УКРАИНА) (a.k.a. BELKAZTRANS UKRAINA TOV; a.k.a. BELKAZTRANS UKRAINE LLC; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU BELKAZTRANS UKRAINA), Bud. 3, Korpus A, vul. Leiptsyzka, Kyiv 01015, Ukraine; Organization Established Date 2018; Tax ID No. 419096426535 (Ukraine); Government Gazette Number 41909645 (Ukraine) [BELARUS].

BELKAZTRANS UKRAINE LLC (a.k.a. BELKAZTRANS UKRAINA TOV; a.k.a. BELKAZTRANS UKRAINE (Cyrillic: БЕЛКАЗТРАНС УКРАИНА); a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU BELKAZTRANS UKRAINA), Bud. 3, Korpus A, vul. Leiptsyzka, Kyiv 01015, Ukraine; Organization Established Date 2018; Tax ID No. 419096426535 (Ukraine); Government Gazette Number 41909645 (Ukraine) [BELARUS].

BELL FERNANDEZ, Gilbert Hernan de Los Angeles (a.k.a. "MACHO COCA"), Moin, Limon, Costa Rica; DOB 02 May 1963; POB Turrialba, Cartago, Costa Rica; nationality Costa Rica; Gender Male; Cedula No. 302600933 (Costa Rica) (individual) [ILLICIT-DRUGS-EO14059].

BELLATRIX ENERGY LIMITED, Unit 601, 6/F of Mill 5 of the Mills, 45 Pak Tin Par Street, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Dec 2020; Registration Number 3000934 (Hong Kong) [RUSSIA-EO14024].

BELLOSO RODRIGUEZ, Daniel (a.k.a. BELLOZO RODRIGUEZ, Daniel), Joaquin Aguirre 788, Guadalajara, Jalisco, Mexico; DOB 12 Oct 1973; POB Mexico; nationality Mexico; citizen Mexico; C.U.R.P. BERD731012HJCLDN07 (Mexico) (individual) [SDNTK].

BELLOSO RODRIGUEZ, Miguel Angel (a.k.a. BELLOZO RODRIGUEZ, Miguel Angel), Guadalajara, Jalisco, Mexico; DOB 25 Mar 1970; POB Jalisco, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. BERM700325HJCLDG04 (Mexico) (individual) [SDNTK].

BELLOSOM ENTERPRISE, INC., Avenida Central y Calle 4ta, Edificio Plaza Central, Oficina 32, Panama City, Panama; RUC # 2991141409851 (Panama) [SDNTK].

BELLOZO RODRIGUEZ, Daniel (a.k.a. BELLOSO RODRIGUEZ, Daniel), Joaquin Aguirre 788, Guadalajara, Jalisco, Mexico; DOB 12 Oct 1973; POB Mexico; nationality Mexico; citizen Mexico; C.U.R.P. BERD731012HJCLDN07 (Mexico) (individual) [SDNTK].

BELLOZO RODRIGUEZ, Miguel Angel (a.k.a. BELLOSO RODRIGUEZ, Miguel Angel), Guadalajara, Jalisco, Mexico; DOB 25 Mar 1970; POB Jalisco, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. BERM700325HJCLDG04 (Mexico) (individual) [SDNTK].

BELLUGA IC VE DIS TICARET LIMITED SIRKETI, Istanbul Han No: 24/503 Alibaba Turbe Sk. Molla Fenari Mah., Faith, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 450086-5 (Turkey) [RUSSIA-EO14024].

BELMAGISTRALAVTOTRANS SPEDITIONS GMBH (f.k.a. BMA SPEDITION GMBH), Justus-von-Liebig-Str. 21, Alzey 55232, Germany; Am Fuchsbau 1, Bad Saarow 15526, Germany; Siedlce, Poland; Smolensk, Russia; Pavlodar, Kazakhstan; Minsk, Belarus; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Organization Established Date 20 Jan 1995; V.A.T. Number DE171692719 (Germany); Tax ID No. 08/666/09768 (Germany); Registration Number HRB 32490 (Mainz) (Germany) [RUSSIA-EO14024] (Linked To: KOSTIOUK, Evgueni).

BELMOKHTAR, Mokhtar; DOB 01 Jun 1972; POB Ghardaia, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BELNEFTEGAS (a.k.a. ADDITIONAL LIABILITY COMPANY BELNEFTEGAZ; a.k.a. ALC BELNEFTEGAZ; a.k.a. BELNEFTEGAZ (Cyrillic: БЕЛНЕФТЕГАЗ); a.k.a. OBSHCHESTVO S DOPOLNITELNOY OTVETSTVENNOSTYU BELNEFTEGAZ (Cyrillic: ОБЩЕСТВО С ДОПОЛНИТЕЛЬНОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛНЕФТЕГАЗ); a.k.a. ODO BELNEFTEGAZ (Cyrillic: ОДО БЕЛНЕФТЕГАЗ); a.k.a. TAVARYSTVA Z DADATKOVAY ADKAZNASTSYU BELNAFTAHAZ (Cyrillic: ТАВАРЫСТВА З ДАДАТКОВАЙ АДКАЗНАСЦЮ БЕЛНАФТАГАЗ); a.k.a. TDA BELNAFTAHAZ (Cyrillic: ТДА БЕЛНАФТАГАЗ)), ul. Azgura, d. 5, pom. 68 (kabinet 1, 1st floor), Minsk 220088, Belarus (Cyrillic: ул. Азгура, д. 5, пом. 68 (кабинет 1, 1 этаж), г. Минск 220088, Belarus); Organization Established Date 23 Mar 1995; Registration Number 100878073 (Belarus) [BELARUS-EO14038].

BELNEFTEGAZ (Cyrillic: БЕЛНЕФТЕГАЗ) (a.k.a. ADDITIONAL LIABILITY COMPANY BELNEFTEGAZ; a.k.a. ALC BELNEFTEGAZ; a.k.a. BELNEFTEGAS; a.k.a. OBSHCHESTVO S DOPOLNITELNOY OTVETSTVENNOSTYU BELNEFTEGAZ (Cyrillic: ОБЩЕСТВО С ДОПОЛНИТЕЛЬНОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛНЕФТЕГАЗ); a.k.a. ODO BELNEFTEGAZ (Cyrillic: ОДО БЕЛНЕФТЕГАЗ); a.k.a. TAVARYSTVA Z DADATKOVAY ADKAZNASTSYU BELNAFTAHAZ (Cyrillic: ТАВАРЫСТВА З ДАДАТКОВАЙ АДКАЗНАСЦЮ БЕЛНАФТАГАЗ); a.k.a. TDA BELNAFTAHAZ (Cyrillic: ТДА БЕЛНАФТАГАЗ)), ul. Azgura, d. 5, pom. 68 (kabinet 1, 1st floor), Minsk 220088, Belarus (Cyrillic: ул. Азгура, д. 5, пом. 68 (кабинет 1, 1 этаж), г. Минск 220088, Belarus); Organization Established Date 23 Mar 1995; Registration Number 100878073 (Belarus) [BELARUS-EO14038].

BELNEFTEKHIM (a.k.a. BELARUSIAN STATE CONCERN FOR OIL AND CHEMISTRY; a.k.a.

BELARUSIAN STATE PETROLEUM AND CHEMICALS CONCERN; a.k.a. BELNEFTEKHIM CONCERN; a.k.a. CONCERN BELNEFTEKHIM), 73 Dzerzhinskogo Avenue, Minsk 220116, Belarus; ul Trevskaya, 20/1, Room 536, Moscow 103789, Russia; ul Pavlovskaya, 29, Kiev 01135, Ukraine; Oederweg 43, Frankfurt-am-Main D-60318, Germany; Tower B 19-B Oriental Kenzo, 48 Dongzhimenwai Street, Dongcheng District, Beijing 100027, China; GP 1 Apes Street, Riga LV-1039, Latvia [BELARUS].

BELNEFTEKHIM CONCERN (a.k.a. BELARUSIAN STATE CONCERN FOR OIL AND CHEMISTRY; a.k.a. BELARUSIAN STATE PETROLEUM AND CHEMICALS CONCERN; a.k.a. BELNEFTEKHIM; a.k.a. CONCERN BELNEFTEKHIM), 73 Dzerzhinskogo Avenue, Minsk 220116, Belarus; ul Trevskaya, 20/1, Room 536, Moscow 103789, Russia; ul Pavlovskaya, 29, Kiev 01135, Ukraine; Oederweg 43, Frankfurt-am-Main D-60318, Germany; Tower B 19-B Oriental Kenzo, 48 Dongzhimenwai Street, Dongcheng District, Beijing 100027, China; GP 1 Apes Street, Riga LV-1039, Latvia [BELARUS].

BELNEFTEKHIM USA, INC., 13 Branch St., # 213, Methuen, MA 01844, United States; US FEIN 000920912 (United States) [BELARUS].

BELOBROV, Vladislav Vladimirovich (a.k.a. BIELOBROV, Vladyslav Volodymyrovych), Russia; DOB 16 Jun 1978; POB New Uzen, Mangyshlak region, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 740503063001 (Russia) (individual) [RUSSIA-EO14024].

BELOGLAZOV, Dmitrii Aleksandrovich, Russia; DOB 18 Feb 1968; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BELOGORODSKAYA SHIPYARD LIMITED LIABILITY COMPANY (a.k.a. BELOGORODSKAYA SUDOVERF), Ul. Zavodskaya D 15, Zakamensk 171530, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736524704 (Russia); Registration Number 1057747438968 (Russia) [RUSSIA-EO14024].

BELOGORODSKAYA SUDOVERF (a.k.a. BELOGORODSKAYA SHIPYARD LIMITED LIABILITY COMPANY), Ul. Zavodskaya D 15, Zakamensk 171530, Russia; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736524704 (Russia); Registration Number 1057747438968 (Russia) [RUSSIA-EO14024].

BELORUSSKI METALLURGICHESKI ZAVOD RESPUBLIKANSKOE UNITARNOE PREDPRIYATIE (a.k.a. OAO BMZ UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BMK; a.k.a. OJSC BELARUSIAN METALLURGICAL PLANT MANAGEMENT COMPANY OF HOLDING BELARUSIAN METALLURGICAL COMPANY (Cyrillic: ОАО БЕЛОРУССКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ); a.k.a. OJSC BSW MANAGEMENT COMPANY OF BMC HOLDING (Cyrillic: ОАО БМЗ УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БМК); a.k.a. OPEN JOINT STOCK COMPANY BYELORUSSIAN STEEL WORKS MANAGEMENT COMPANY OF HOLDING BYELORUSSIAN METALLURGICAL COMPANY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БЕЛОРУССКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ)), 37, Promyshlennaya Street, Zhlobin, Gomel region 247210, Belarus (Cyrillic: ул. Промышленная, 37, г. Жлобин, Гомельская область 247210, Belarus); Target Type State-Owned Enterprise; Tax ID No. 400074854 (Belarus); Government Gazette Number 04778771 (Belarus) [BELARUS-EO14038].

BELOSEROV, Oleg (a.k.a. BELOZEROV, Oleg Valentinovich; a.k.a. BELOZYOROV, Oleg Valentinovich (Cyrillic: БЕЛОЗЁРОВ, Олег Валентинович)), Russia; DOB 26 Sep 1969; POB Ventspils, Latvia; nationality Russia; alt. nationality Latvia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781306504007 (Russia) (individual) [RUSSIA-EO14024].

BELOUS, Aleksei Petrovich (a.k.a. BELOUS, Alexey), Luxembourg; DOB 1969; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BELOUS, Alexey (a.k.a. BELOUS, Aleksei Petrovich), Luxembourg; DOB 1969; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BELOUS, German (Cyrillic: БЕЛОУС, Герман) (a.k.a. BELOUS, German Valentinovich (Cyrillic: БЕЛОУС, Герман Валентинович)), 12-2 Chistoprudny Boul, Apt 79, Moscow 101000, Russia; DOB 14 Nov 1977; POB Klin, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 718489066 (Russia); National ID No. 4514863944 (Russia) (individual) [RUSSIA-EO14024].

BELOUS, German Valentinovich (Cyrillic: БЕЛОУС, Герман Валентинович) (a.k.a. BELOUS, German (Cyrillic: БЕЛОУС, Герман)), 12-2 Chistoprudny Boul, Apt 79, Moscow 101000, Russia; DOB 14 Nov 1977; POB Klin, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 718489066 (Russia); National ID No. 4514863944 (Russia) (individual) [RUSSIA-EO14024].

BELOUSOV, Andrei Removich (a.k.a. BELOUSOV, Andrey Removich (Cyrillic: БЕЛОУСОВ, Андрей Рэмович); a.k.a. BIELOUSOV, Andriy Removych; a.k.a. BYELOUSOV, Andrii Removych), Russia; DOB 17 Mar 1959; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BELOUSOV, Andrey Removich (Cyrillic: БЕЛОУСОВ, Андрей Рэмович) (a.k.a. BELOUSOV, Andrei Removich; a.k.a. BIELOUSOV, Andriy Removych; a.k.a. BYELOUSOV, Andrii Removych), Russia; DOB 17 Mar 1959; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BELOUSOV, Mikhail Nikolaevich (Cyrillic: БЕЛОУСОВ, Михаил Николаевич) (a.k.a. BELOUSOV, Mikhail Nikolayevich; a.k.a. BILOUSOV, Mikhailo Mikolaiovich (Cyrillic: БІЛОУСОВ, Михайло Миколайович)), ul. Balaklavskaya 117, kv. 48, Simferopol, Crimea, Ukraine (Cyrillic: ул. Балаклавская 117, кв. 48, Симферополь, Крым, Ukraine); DOB 26 Nov 1964; POB Russia; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

BELOUSOV, Mikhail Nikolayevich (a.k.a. BELOUSOV, Mikhail Nikolaevich (Cyrillic: БЕЛОУСОВ, Михаил Николаевич); a.k.a.

BILOUSOV, Mikhailo Mikolaiovich (Cyrillic: БІЛОУСОВ, Михайло Миколайович)), ul. Balaklavskaya 117, kv. 48, Simferopol, Crimea, Ukraine (Cyrillic: ул. Балаклавская 117, кв. 48, Симферополь, Крым, Ukraine); DOB 26 Nov 1964; POB Russia; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

BELOUSOV, Mikhail Vladimirovich (Cyrillic: БЕЛОУСОВ, Михаил Владимирович), Russia; DOB 11 Oct 1953; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BELOUSOV, Pavel Andreyevich (Cyrillic: БЕЛОУСОВ, Павел Андреевич), Russia; DOB 24 May 1994; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772875030320 (Russia) (individual) [RUSSIA-EO14024].

BELOUSOV, Vadim Vladimirovich (Cyrillic: БЕЛОУСОВ, Вадим Владимирович), Russia; DOB 02 Oct 1960; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BELOUSOVA, Yevgeniya Alekseyevna (Cyrillic: БЕЛОУСОВА, Евгения Алексеевна), Russia; DOB 16 Aug 1993; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772407827828 (Russia) (individual) [RUSSIA-EO14024].

BELOVA, Yuliya Aleksandrovna (Cyrillic: БЕЛОВА, Юлия Александровна) (a.k.a. BEGLOVA, Yulia Aleksandrovna (Cyrillic: БЕГЛОВА, Юлия Александровна); a.k.a. BEGLOVA, Yulia Alexandrovna), Russia; DOB 08 Jun 1981; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: BEGLOV, Aleksandr Dmitrievich).

BELOZEROV, Oleg Valentinovich (a.k.a. BELOSEROV, Oleg; a.k.a. BELOZYOROV, Oleg Valentinovich (Cyrillic: БЕЛОЗЁРОВ, Олег Валентинович)), Russia; DOB 26 Sep 1969; POB Ventspils, Latvia; nationality Russia; alt. nationality Latvia; Gender Male; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781306504007 (Russia) (individual) [RUSSIA-EO14024].

BELOZYOROV, Oleg Valentinovich (Cyrillic: БЕЛОЗЁРОВ, Олег Валентинович) (a.k.a. BELOSEROV, Oleg; a.k.a. BELOZEROV, Oleg Valentinovich), Russia; DOB 26 Sep 1969; POB Ventspils, Latvia; nationality Russia; alt. nationality Latvia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781306504007 (Russia) (individual) [RUSSIA-EO14024].

BELS FLOWERS IMPORT EXPORT BVBA, Lange Lobroekstraat 8, Antwerpen 2060, Belgium; C.R. No. 478351540 (Belgium) [SDNTK].

BELSECURITYGROUP (a.k.a. GARDSERVICE; f.k.a. LIMITED LIABILITY COMPANY BELSEKYURITIGRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛСЕКЬЮРИТИГРУПП); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU GARDSERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАРДСЕРВИС); a.k.a. OOO GARDSERVIS (Cyrillic: ООО ГАРДСЕРВИС); a.k.a. TAA HARDSERVIS (Cyrillic: ТАА ГАРДСЭРВІС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU HARDSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ГАРДСЭРВІС)), Karvata St., Building 85, Minsk 220138, Belarus (Cyrillic: ул. Карвата, д. 85, Минск 220138, Belarus); Organization Established Date 19 Nov 2019; Registration Number 193344802 (Belarus) [BELARUS-EO14038].

BELSHINA OAO (a.k.a. BELSHINA OJSC; a.k.a. BELSHINA TYRE WORKS OAO; a.k.a. JSC BELSHINA; f.k.a. RUP BELORUSSKY SHINNY KOMBINAT BELSHINA), Minsk Highway, Bobruisk, Mogilev region, Belarus; Minsk Highway Bobruisk, 213824, Mogilev Region, Belarus; Minskoye schosse Bobruisk 213824, Mogilevskaya oblast, Belarus [BELARUS].

BELSHINA OJSC (a.k.a. BELSHINA OAO; a.k.a. BELSHINA TYRE WORKS OAO; a.k.a. JSC BELSHINA; f.k.a. RUP BELORUSSKY SHINNY KOMBINAT BELSHINA), Minsk Highway, Bobruisk, Mogilev region, Belarus; Minsk Highway Bobruisk, 213824, Mogilev Region, Belarus; Minskoye schosse Bobruisk 213824, Mogilevskaya oblast, Belarus [BELARUS].

BELSHINA TYRE WORKS OAO (a.k.a. BELSHINA OAO; a.k.a. BELSHINA OJSC;

a.k.a. JSC BELSHINA; f.k.a. RUP BELORUSSKY SHINNY KOMBINAT BELSHINA), Minsk Highway, Bobruisk, Mogilev region, Belarus; Minsk Highway Bobruisk, 213824, Mogilev Region, Belarus; Minskoye schosse Bobruisk 213824, Mogilevskaya oblast, Belarus [BELARUS].

BELSPETSVNESHTECHNIKA GVTUP (Cyrillic: БЕЛСПЕЦВНЕШТЕХНИКА ГВТУП) (a.k.a. SFTUE BELSPETSVNESHTECHNIKA (Cyrillic: ГВТУП БЕЛСПЕЦВНЕШТЕХНИКА); a.k.a. STATE OWNED FOREIGN TRADE UNITARY ENTERPRISE BELSPETSVNESHTECHNIKA (Cyrillic: ГОСУДАРСТВЕННОЕ ВНЕШТОРГОВОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ БЕЛСПЕЦВНЕШТЕХНИКА)), st. Kalinovskogo, 8, Minsk 220103, Belarus (Cyrillic: ул. Калиновского, д. 8, Минск 220103, Belarus); Organization Established Date 18 Dec 1995; Registration Number 101080981 (Belarus) [BELARUS-EO14038].

BELT ROAD CAPITAL INVESTMENT GROUP CO. LTD., Phnom Penh, Cambodia; Tax ID No. K002-901805561 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

BELT ROAD CAPITAL MANAGEMENT CAMBODIA CO. LTD., Phnom Penh, Cambodia; Tax ID No. K002-901704485 (Cambodia) [TCO] (Linked To: PRINCE HOLDING GROUP).

BELTECHEXPORT (a.k.a. BELTECHEXPORT COMPANY; a.k.a. BELTECHEXPORT COMPANY CJSC; a.k.a. CJSC BELTECHEXPORT (Cyrillic: ЗАО БЕЛТЕХЭКСПОРТ)), Nezavisimosti Ave. 86-B, Minsk 220012, Belarus; Organization Established Date 26 Jan 1993 [BELARUS-EO14038].

BELTECHEXPORT COMPANY (a.k.a. BELTECHEXPORT; a.k.a. BELTECHEXPORT COMPANY CJSC; a.k.a. CJSC BELTECHEXPORT (Cyrillic: ЗАО БЕЛТЕХЭКСПОРТ)), Nezavisimosti Ave. 86-B, Minsk 220012, Belarus; Organization Established Date 26 Jan 1993 [BELARUS-EO14038].

BELTECHEXPORT COMPANY CJSC (a.k.a. BELTECHEXPORT; a.k.a. BELTECHEXPORT COMPANY; a.k.a. CJSC BELTECHEXPORT (Cyrillic: ЗАО БЕЛТЕХЭКСПОРТ)), Nezavisimosti Ave. 86-B, Minsk 220012, Belarus; Organization Established Date 26 Jan 1993 [BELARUS-EO14038].

BELTRAN ARAUJO, Amberto, Mexico; DOB 12 Dec 1988; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. BEAA881212HSLLRM08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

BELTRAN ARAUJO, Mario German (a.k.a. "EL NINON"), Mexico; DOB 14 May 1992; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. BEAM920514HSRLRR03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

BELTRAN GARCIA, Victor Francisco, Guadalajara, Jalisco, Mexico; DOB 07 May 1972; POB Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. BEGV720507HJCLRC02 (Mexico) (individual) [SDNTK].

BELTRAN GUZMAN, Jesus Alfredo (a.k.a. "Alfredito"; a.k.a. "El Mochomito"; a.k.a. "Tito"), Mexico; DOB 23 Apr 1991; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. BEGJ910423HSLLZS02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

BELTRAN LEYVA ORGANIZATION (a.k.a. "BLO"), Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

BELTRAN LEYVA, Alfredo (a.k.a. BELTRAN LEYVA, Hector Alfredo), Mexico; DOB 21 Jan 1971; POB La Palma, Badiraguato, Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

BELTRAN LEYVA, Arturo (a.k.a. BELTRAN LEYVA, Arturo Guzman; a.k.a. BELTRAN LEYVA, Marcos Arturo; a.k.a. "EL BARBAS"; a.k.a. "EL FANTASMA"), Avenida Juan de la Barrera No. 1970, Colonia Burocrata, Culiacan, Sinaloa, Mexico; Calle Francisco Marquez, Colonia Chapultepec, Culiacan, Sinaloa, Mexico; Calle Cerro, Colinas de San Miguel, Culiacan, Sinaloa, Mexico; Monterrey, Nuevo Leon, Mexico; Nogales, Sonora, Mexico; Tijuana, Baja California, Mexico; Acapulco, Guerrero, Mexico; Nuevo Leon, Nuevo Leon, Mexico; Guamuchil, Sinaloa, Mexico; DOB 27 Sep 1961; alt. DOB 21 Sep 1961; alt. DOB 05 Jun 1962; alt. DOB 05 Feb 1958; POB Culiacan, Sinaloa, Mexico; alt. POB Badiraguato, Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

BELTRAN LEYVA, Arturo Guzman (a.k.a. BELTRAN LEYVA, Arturo; a.k.a. BELTRAN LEYVA, Marcos Arturo; a.k.a. "EL BARBAS"; a.k.a. "EL FANTASMA"), Avenida Juan de la Barrera No. 1970, Colonia Burocrata, Culiacan, Sinaloa, Mexico; Calle Francisco Marquez, Colonia Chapultepec, Culiacan, Sinaloa, Mexico; Calle Cerro, Colinas de San Miguel,

Culiacan, Sinaloa, Mexico; Monterrey, Nuevo Leon, Mexico; Nogales, Sonora, Mexico; Tijuana, Baja California, Mexico; Acapulco, Guerrero, Mexico; Nuevo Leon, Nuevo Leon, Mexico; Guamuchil, Sinaloa, Mexico; DOB 27 Sep 1961; alt. DOB 21 Sep 1961; alt. DOB 05 Jun 1962; alt. DOB 05 Feb 1958; POB Culiacan, Sinaloa, Mexico; alt. POB Badiraguato, Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

BELTRAN LEYVA, Hector (a.k.a. BELTRAN LEYVA, Mario Alberto; a.k.a. RIVERA MUNOZ, Alonso), Mexico; DOB 01 Jan 1960; POB Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

BELTRAN LEYVA, Hector Alfredo (a.k.a. BELTRAN LEYVA, Alfredo), Mexico; DOB 21 Jan 1971; POB La Palma, Badiraguato, Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

BELTRAN LEYVA, Marcos Arturo (a.k.a. BELTRAN LEYVA, Arturo; a.k.a. BELTRAN LEYVA, Arturo Guzman; a.k.a. "EL BARBAS"; a.k.a. "EL FANTASMA"), Avenida Juan de la Barrera No. 1970, Colonia Burocrata, Culiacan, Sinaloa, Mexico; Calle Francisco Marquez, Colonia Chapultepec, Culiacan, Sinaloa, Mexico; Calle Cerro, Colinas de San Miguel, Culiacan, Sinaloa, Mexico; Monterrey, Nuevo Leon, Mexico; Nogales, Sonora, Mexico; Tijuana, Baja California, Mexico; Acapulco, Guerrero, Mexico; Nuevo Leon, Nuevo Leon, Mexico; Guamuchil, Sinaloa, Mexico; DOB 27 Sep 1961; alt. DOB 21 Sep 1961; alt. DOB 05 Jun 1962; alt. DOB 05 Feb 1958; POB Culiacan, Sinaloa, Mexico; alt. POB Badiraguato, Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

BELTRAN LEYVA, Mario Alberto (a.k.a. BELTRAN LEYVA, Hector; a.k.a. RIVERA MUNOZ, Alonso), Mexico; DOB 01 Jan 1960; POB Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

BELTRAN MEZA, Ramon (a.k.a. ARELLANO FELIX, Francisco Javier; a.k.a. ARELLANO FELIX, Javier; a.k.a. DIAZ MEDINA, Javier; a.k.a. LARA ALVAREZ, Jose Luis); DOB 21 Nov 1969; alt. DOB 12 Dec 1969; POB Culiacan, Sinaloa, Mexico (individual) [SDNTK].

BELTRAN ROMERO, Mireya Denisse, Paseo Estrella de Mar No. 1210, Seccion Coronado, Colonia Playas, Tijuana, Baja California, Mexico; c/o OPERADORA INTEGRAL DE COMERCIO, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o TECNOLOGIA DIGITAL

Y SERVICIOS, S.A. DE C.V., Tijuana, Baja California, Mexico; DOB 11 Mar 1981; POB Tijuana, Baja California, Mexico; nationality Mexico; citizen Mexico; Passport 03900215458 (Mexico); R.F.C. BERM810311CF0 (Mexico) (individual) [SDNTK].

BELTRAN SANCHEZ, Hector Manuel, Paseo Estrella Del Mar No. 1210, Playas de Tijuana, Tijuana, Baja California, Mexico; c/o OPERADORA INTEGRAL DE COMERCIO, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o TECNOLOGIA DIGITAL Y SERVICIOS, S.A. DE C.V., Tijuana, Baja California, Mexico; Manuel M. Flores 20 Montebello, Tijuana, Baja California, Mexico; DOB 02 Mar 1952; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. BESH520302AS4 (Mexico) (individual) [SDNTK].

BELVESHECONOMBANK OAO (a.k.a. BANK BELVEB OJSC; a.k.a. BANK BELVEB OPEN JOINT STOCK COMPANY; a.k.a. BELVNESHECONOMBANK OPEN JOINT STOCK COMPANY), 29 Pobeditelei ave., Minsk 220004, Belarus; Myasnikova, 32, Minsk 220050, Belarus; SWIFT/BIC BELBBY2X; Website bveb.by; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Dec 1991; Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Legal Entity Number 25340038P8SYW80B9W34 (Russia); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

BELVNESHECONOMBANK OPEN JOINT STOCK COMPANY (a.k.a. BANK BELVEB OJSC; a.k.a. BANK BELVEB OPEN JOINT STOCK COMPANY; a.k.a. BELVESHECONOMBANK OAO), 29 Pobeditelei ave., Minsk 220004, Belarus; Myasnikova, 32, Minsk 220050, Belarus; SWIFT/BIC BELBBY2X; Website bveb.by; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Dec 1991; Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Legal Entity Number 25340038P8SYW80B9W34 (Russia); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

BELVNESHPROMSERVICE, 2 Kazinets Street, Minsk 220099, Belarus; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

BELYAEVA, Maria Anatolyevna (a.k.a. BOVDA, Maria Anatolyevna), Russia; DOB 21 Feb 1986; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

BELYAKOV, Yuri Vladimirovich (a.k.a. BELIAKOV, Yury (Cyrillic: БЕЛЯКОВ, Юрий)), Russia; DOB 24 Oct 1974; POB Vologodskaya Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 540697174841 (Russia) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

BELYKH, Irina Viktorovna (Cyrillic: БЕЛЫХ, Ирина Викторовна), Russia; DOB 16 Aug 1964; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BEN ABDELHAKIM, Cherif Said (a.k.a. ABOU SALMAN; a.k.a. AL-CHERIF, Said Ben Abdelhakim Ben Omar; a.k.a. "DJALLAL"; a.k.a. "YOUCEF"), Corso Lodi 59, Milan, Italy; DOB 25 Jan 1970; POB Menzel Temine, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M307968 issued 08 Sep 2001 expires 07 Sep 2006; arrested 30 Sep 2002 (individual) [SDGT].

BEN ATTIA, Nabil Ben Mohamed Ben Ali, Tunis, Tunisia; DOB 11 May 1966; POB Tunis, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L289032 issued 22 Aug 2001 expires 21 Aug 2006 (individual) [SDGT].

BEN AZZA, Youssef (Arabic: يوسف بن عزة) (a.k.a. "YOUSSEF BENZ"), Apt 2806, Sadaf 6, Marsa, 34JP+9XJ, Jumeirah Beach Residence, Dubai, United Arab Emirates; DOB 24 Jan 1987; POB Antwerp, Belgium; nationality Belgium; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

BEN DAHA, Mahri Sidi Amar (a.k.a. DAHA, Sidi Amar Ould; a.k.a. DAHA, Yoro Ould; a.k.a. DAYA, Yoro Ould; a.k.a. "Yoro"), Golf Rue 708 Door 345, Gao, Mali; DOB 1978; POB Djebock, Mali; nationality Mali; Gender Male; National ID No. 11262/1547 (Mali) (individual) [MALI-EO13882].

BEN HAMMEDI, Mohammed (a.k.a. BENHAMMEDI, Mohammed; a.k.a. BIN HAMMIDI, Muhammad Muhammad; a.k.a. HANNADI, Mohamed; a.k.a. "ABU AL QASSAM"; a.k.a. "ABU HAJIR"; a.k.a. "ABU HAJIR AL LIBI"; a.k.a. "HAMMEDI, Ben"; a.k.a. "PANHAMMEDI"), Midlands, United Kingdom; DOB 22 Sep 1966; POB Libya; citizen Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BEN HANI, Al As'ad (a.k.a. BEN HENI, Lased); DOB 05 Feb 1969; POB Libya; alt. POB Tripoli; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BEN HENI, Lased (a.k.a. BEN HANI, Al As'ad); DOB 05 Feb 1969; POB Libya; alt. POB Tripoli; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BEN KHALIFA, Fahmi (a.k.a. AL IDRISI, Fehmi Abu Zaid Salem; a.k.a. BEN KHALIFA, Fahmi Mousa Saleem; a.k.a. BIN KHALIFA, Fahmi; a.k.a. SALEM, al Idrisi Fehmi Abu Zaid; a.k.a. "Fahmi Slim"; a.k.a. "King of Zawarah"), Sarage El Islam, Tripoli, Libya; Zuwarah, Libya; DOB 02 Jan 1972; nationality Libya; Gender Male; National ID No. 560147C (Libya) (individual) [LIBYA3].

BEN KHALIFA, Fahmi Mousa Saleem (a.k.a. AL IDRISI, Fehmi Abu Zaid Salem; a.k.a. BEN KHALIFA, Fahmi; a.k.a. BIN KHALIFA, Fahmi; a.k.a. SALEM, al Idrisi Fehmi Abu Zaid; a.k.a. "Fahmi Slim"; a.k.a. "King of Zawarah"), Sarage

El Islam, Tripoli, Libya; Zuwarah, Libya; DOB 02 Jan 1972; nationality Libya; Gender Male; National ID No. 560147C (Libya) (individual) [LIBYA3].

BEN SOLTANE, Adel (a.k.a. BEN SOLTANE, Adel Ben Al-Azhar Ben Youssef), Via Latisana n. 6, Milan, Italy; DOB 14 Jul 1970; POB Tunis, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M408665 issued 04 Oct 2000 expires 03 Oct 2005; Italian Fiscal Code BNSDLA70L14Z352B (individual) [SDGT].

BEN SOLTANE, Adel Ben Al-Azhar Ben Youssef (a.k.a. BEN SOLTANE, Adel), Via Latisana n. 6, Milan, Italy; DOB 14 Jul 1970; POB Tunis, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M408665 issued 04 Oct 2000 expires 03 Oct 2005; Italian Fiscal Code BNSDLA70L14Z352B (individual) [SDGT].

BENA (a.k.a. BANNA PROPERTIES; a.k.a. BENA PROPERTIES), Cham Holding Building, Daraa Highway, Sahnaya Area, P.O. Box 9525, Damascus, Syria, Syria [PAARSSR-EO13894].

BENA PROPERTIES (a.k.a. BANNA PROPERTIES; a.k.a. BENA), Cham Holding Building, Daraa Highway, Sahnaya Area, P.O. Box 9525, Damascus, Syria, Syria [PAARSSR-EO13894].

BENAH, Yasin (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yasiin Cali; a.k.a. BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yassin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

BENAH, Yassin (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yasiin Cali; a.k.a. BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAX, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yassin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

BENAVIDES RONDON, Williams Jose, Venezuela; DOB 04 Apr 1981; POB Guanipa, Anzoategui, Venezuela; nationality Venezuela; Gender Male; Cedula No. V-15631775 (Venezuela) (individual) [VENEZUELA].

BENAVIDES TORRES, Antonio Jose (Latin: BENAVIDES TORRES, Antonio José); DOB 13 Jun 1961; POB Venezuela; citizen Venezuela; Gender Male; Cedula No. 6.371.374 (Venezuela); Passport 026719333 (Venezuela) expires 24 Aug 2014; Major General, Commander of the Strategic Region for the Integral Defense (REDI) of the Central Region, Venezuela's Bolivarian National Armed Forces (FANB); former Division General, Director of Operations, Venezuela's Bolivarian National Guard (GNB) (individual) [VENEZUELA].

BENAX, Yassin (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yasiin Cali; a.k.a. BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yassin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

BENDEBKA, L'Hadi (a.k.a. "ABD AL HADI"; a.k.a. "HADI"), Via Garibaldi, 70, San Zenone al Po, Pavia, Italy; Via Manzoni, 33, Cinisello Balsamo, Milan, Italy; DOB 17 Nov 1963; POB Algiers Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BENDERSKI, Eduard Vitalevich (a.k.a. BENDERSKII, Eduard Vitalyevich; a.k.a. BENDERSKIY, Eduard Vitalyevich (Cyrillic: БЕНДЕРСКИЙ, Эдуард Витальевич); a.k.a. BENDERSKY, Eduard Vitalevich), Russia; DOB 25 Jun 1970; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 500103441868 (Russia) (individual) [CYBER2] [RUSSIA-EO14024] (Linked To: YAKUBETS, Maksim Viktorovich).

BENDERSKII, Eduard Vitalyevich (a.k.a. BENDERSKI, Eduard Vitalevich; a.k.a. BENDERSKIY, Eduard Vitalyevich (Cyrillic: БЕНДЕРСКИЙ, Эдуард Витальевич); a.k.a. BENDERSKY, Eduard Vitalevich), Russia; DOB 25 Jun 1970; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Tax ID No. 500103441868 (Russia) (individual) [CYBER2] [RUSSIA-EO14024] (Linked To: YAKUBETS, Maksim Viktorovich).

BENDERSKIY, Eduard Vitalyevich (Cyrillic: БЕНДЕРСКИЙ, Эдуард Витальевич) (a.k.a. BENDERSKI, Eduard Vitalevich; a.k.a. BENDERSKII, Eduard Vitalyevich; a.k.a. BENDERSKY, Eduard Vitalevich), Russia; DOB 25 Jun 1970; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 500103441868 (Russia) (individual) [CYBER2] [RUSSIA-EO14024] (Linked To: YAKUBETS, Maksim Viktorovich).

BENDERSKY, Eduard Vitalevich (a.k.a. BENDERSKI, Eduard Vitalevich; a.k.a. BENDERSKII, Eduard Vitalyevich; a.k.a. BENDERSKIY, Eduard Vitalyevich (Cyrillic: БЕНДЕРСКИЙ, Эдуард Витальевич)), Russia; DOB 25 Jun 1970; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 500103441868 (Russia) (individual) [CYBER2] [RUSSIA-EO14024] (Linked To: YAKUBETS, Maksim Viktorovich).

BENDET, Salomon Tokolonga (a.k.a. TOKOLONGA, Salomon), Congo, Democratic Republic of the; DOB 17 Apr 1972; POB Kishandja, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO].

BENEATHCO DMCC (a.k.a. BENEATHCO GENERAL TRADING DMCC), Unit No: 3O-01-1432, Jewellery and Gemplex 3, Plot No: DMCC-PH2-JandGPlexS, Jewellery and Gemplex, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

BENEATHCO GENERAL TRADING DMCC (a.k.a. BENEATHCO DMCC), Unit No: 3O-01-1432, Jewellery and Gemplex 3, Plot No: DMCC-PH2-JandGPlexS, Jewellery and Gemplex, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

BENEDETTI VILLANEDA, Armando Alberto, Colombia; DOB 29 Aug 1967; POB Barranquilla, Colombia; nationality Colombia; Gender Male; Cedula No. 72148060 (Colombia) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: PETRO URREGO, Gustavo Francisco).

BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

BENEVOLENCE EDUCATIONAL CENTER (a.k.a. BECF CHARITABLE EDUCATIONAL CENTER; a.k.a. BIF-BOSNIA; a.k.a. BOSANSKA IDEALNA FUTURA; a.k.a. BOSNIAN IDEAL FUTURE), Salke Lagumdzije 12, Sarajevo 71000, Bosnia and Herzegovina; Hadzije, Mazica Put 16F, Zenica 72000, Bosnia and Herzegovina; Sehidska, Street, Breza, Bosnia and Herzegovina; Kanal, 1, Zenica 72000, Bosnia and Herzegovina; Hamze, Celenke 35, Ilidza, Sarajevo, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BENEVOLENCE INTERNATIONAL FOUNDATION (a.k.a. AL BIR AL DAWALIA; a.k.a. BIF-USA; a.k.a. MEZHDUNARODNYJ BLAGOTVORITEL'NYJ FOND; a.k.a. "BIF"), Bashir Safar Ugli 69, Baku, Azerbaijan; 69 Boshir Safaroglu St., Baku, Azerbaijan; Sarajevo, Bosnia and Herzegovina; Zenica, Bosnia and Herzegovina; 3 King Street, South Waterloo, Ontario N2J 3Z6, Canada; P.O. Box 1508 Station B, Mississauga, Ontario L4Y 4G2, Canada; 2465 Cawthra Rd., #203, Mississauga, Ontario L5A 3P2, Canada; Ottawa, Canada; Grozny, Chechnya, Russia; 91 Paihonggou, Lanzhou, Gansu, China; Hrvatov 30, 41000, Zagreb, Croatia; Makhachkala, Daghestan, Russia; Duisi, Georgia; Tbilisi, Georgia; Nazran, Ingushetia, Russia; Burgemeester Kessensingel 40, Maastricht, Netherlands; House 111, First Floor, Street 64, F-10/3, Islamabad, Pakistan; Azovskaya 6, km. 3, off. 401, Moscow, Russia; P.O. Box 1055, Peshawar, Pakistan; Ulitsa Oktyabr'skaya, dom. 89, Moscow, Russia; P.O. Box 1937, Khartoum, Sudan; P.O. Box 7600, Jeddah 21472, Saudi Arabia; P.O. Box 10845, Riyadh 11442, Saudi Arabia; Dushanbe, Tajikistan; United Kingdom; Afghanistan; Bangladesh; Bosnia and Herzegovina; Gaza Strip, Palestinian; Yemen; IL, United States; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; US FEIN 36-3823186 [SDGT].

BENEVOLENCE INTERNATIONAL FUND (a.k.a. BENEVOLENT INTERNATIONAL FUND; a.k.a. BIF-CANADA), 2465 Cawthra Rd., Unit 203, Mississauga, Ontario L5A 3P2, Canada; P.O. Box 1508, Station B, Mississauga, Ontario L4Y 4G2, Canada; P.O. Box 40015, 75 King Street South, Waterloo, Ontario N2J 4V1, Canada; 92 King Street, 201, Waterloo, Ontario N2J 1P5, Canada; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BENEVOLENCE INTERNATIONAL NEDERLAND (a.k.a. STG.BENEVOLENCE INTERNATIONAL NEDERLAND; a.k.a. STICHTING BENEVOLENCE INTERNATIONAL NEDERLAND), Radeborg 14 B, Maastricht 6228CV, Netherlands; Postbus 1149, Maastricht 6201BC, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 14063277 [SDGT].

BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

BENEVOLENT INTERNATIONAL FUND (a.k.a. BENEVOLENCE INTERNATIONAL FUND; a.k.a. BIF-CANADA), 2465 Cawthra Rd., Unit 203, Mississauga, Ontario L5A 3P2, Canada; P.O. Box 1508, Station B, Mississauga, Ontario L4Y 4G2, Canada; P.O. Box 40015, 75 King Street South, Waterloo, Ontario N2J 4V1, Canada; 92 King Street, 201, Waterloo, Ontario N2J 1P5, Canada; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BENGHALEM, Salim, Syria; DOB 06 Jul 1980; POB Bourg la Reine, France; nationality France; Secondary sanctions risk: section 1(b)

of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BENGOECHEA, Jose Antonio Urruticoechea (a.k.a. BENGOETXEA, Jose Antonio Urrutikoetxea; a.k.a. TERNERA, Josu); DOB 24 Dec 1950; POB Miravalles, Vizcaya, Spain; nationality Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 14 884 849 (Spain); Member of the Basque Fatherland and Liberty (ETA) and is Fugitive, Wanted for Terrorism (individual) [SDGT].

BENGOETXEA, Jose Antonio Urrutikoetxea (a.k.a. BENGOECHEA, Jose Antonio Urruticoechea; a.k.a. TERNERA, Josu); DOB 24 Dec 1950; POB Miravalles, Vizcaya, Spain; nationality Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 14 884 849 (Spain); Member of the Basque Fatherland and Liberty (ETA) and is Fugitive, Wanted for Terrorism (individual) [SDGT].

BENGUIAT JIMENEZ, Alberto David, Mexico City, Mexico; DOB 01 Feb 1982; POB Baja California, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. BEJA820201HBCNMLOO (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

BENHAMMEDI, Mohammed (a.k.a. BEN HAMMEDI, Mohammed; a.k.a. BIN HAMMIDI, Muhammad Muhammad; a.k.a. HANNADI, Mohamed; a.k.a. "ABU AL QASSAM"; a.k.a. "ABU HAJIR"; a.k.a. "ABU HAJIR AL LIBI"; a.k.a. "HAMMEDI, Ben"; a.k.a. "PANHAMMEDI"), Midlands, United Kingdom; DOB 22 Sep 1966; POB Libya; citizen Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BENOIL SHIPPING INC, 80 Broad Street, Monrovia, Liberia; Organization Established Date 2025; Identification Number IMO 0184349 [IRAN-EO13902].

BENSON, Nnamdi Orson, Nigeria; DOB 21 Mar 1987; nationality Nigeria; Gender Male; Passport A06417829 (Nigeria) (individual) [CYBER2].

BENTOZER COMPANY LIMITED, 30 Soi Sukhumvit 61, Vadhana, Bangkok 10110, Thailand; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Mar 2020; Registration Number 0105563043974 (Thailand) [RUSSIA-EO14024].

BEQIRI, Hidajet (a.k.a. BEQIRI, Idajet); DOB 20 Feb 1951; POB Mallakaster Fier, Albania (individual) [BALKANS].

BEQIRI, Idajet (a.k.a. BEQIRI, Hidajet); DOB 20 Feb 1951; POB Mallakaster Fier, Albania (individual) [BALKANS].

BERASATEGUI ESCUDERO, Ismael; DOB 15 Mar 1963; POB Eibar Guipuzcoa Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 15.379.555; Member ETA (individual) [SDGT].

BERATEX GROUP LIMITED (a.k.a. BERATEX GROUP LTD.), Suite 1, Sound and Vision House, Francis Rachel Street, Victoria, Mahe, Seychelles; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

BERATEX GROUP LTD. (a.k.a. BERATEX GROUP LIMITED), Suite 1, Sound and Vision House, Francis Rachel Street, Victoria, Mahe, Seychelles; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

BERCIAN MANCHON, Moris Alexander (a.k.a. "EL BARNEY"); DOB 30 Oct 1984; POB San Salvador, El Salvador; nationality El Salvador (individual) [TCO].

BERDSKII ELECTROMEHANICHESKII ZAVOD AO (a.k.a. JOINT STOCK COMPANY BEMZ; a.k.a. JOINT STOCK COMPANY BERDSK ELECTROMECHANICAL PLANT), Building 7, 7 Zelenaya Roshta Ulitsa, Berdsk 633009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5445007458 (Russia); Registration Number 1025404721583 (Russia) [RUSSIA-EO14024].

BERELIAN EXCHANGE (Arabic: صرافی برلین) (a.k.a. NASSER ZARRIN GHALAM AND PARTNERS COMPANY (Arabic: شرکت ناصر زرین قلم و شرکاء); a.k.a. NASSER ZARRIN GHALAM AND PARTNERS GENERAL PARTNERSHIP COMPANY (Arabic: شرکت تضامنی ناصر زرین قلم و شرکاء)), First floor, Artamehr Building, Number 112, Homayoon Shahnavaz Street, Valiasr Street, Amanieh, Tehran 1966713311, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Apr 2015; National ID No. 14004847680 (Iran); Tax ID No. 411489793615 (Iran); Registration Number 470939 (Iran) [IRAN-EO13902].

BEREZIA MANAGEMENT LIMITED (a.k.a. BEREZIA MANAGEMENT LTD), Suite 302, 2133, Blake Building, Corner Hutson and Eyre Street, Belize City, Belize; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Feb 2016; Identification Number IMO 5973619; Company Number 000004164 (Belize) [RUSSIA-EO14024].

BEREZIA MANAGEMENT LTD (a.k.a. BEREZIA MANAGEMENT LIMITED), Suite 302, 2133, Blake Building, Corner Hutson and Eyre Street, Belize City, Belize; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Feb 2016; Identification Number IMO 5973619; Company Number 000004164 (Belize) [RUSSIA-EO14024].

BEREZIN, Fedor (a.k.a. BEREZIN, Fyodor; a.k.a. BEREZIN, Fyodor Dmitrievich); DOB 07 Feb 1960; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BEREZIN, Fyodor (a.k.a. BEREZIN, Fedor; a.k.a. BEREZIN, Fyodor Dmitrievich); DOB 07 Feb 1960; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BEREZIN, Fyodor Dmitrievich (a.k.a. BEREZIN, Fedor; a.k.a. BEREZIN, Fyodor); DOB 07 Feb 1960; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BEREZKIN, Sergei Vladimirovich (Cyrillic: БЕРЁЗКИН, Сергей Владимирович) (a.k.a. BERYOZKIN, Sergey Vladimirovich), Russia; DOB 23 Jun 1955; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BERHAN, Dr. Sahir (a.k.a. AL-DEEN, Saher Burhan; a.k.a. BARHAN, Dr. Sahir; a.k.a. BURHAN, Dr. Sahir; a.k.a. BURHAN, Sahir), United Arab Emirates; Baghdad, Iraq; DOB 1967; nationality Iraq (individual) [IRAQ2].

BERICH, Naim (a.k.a. BARAICH, Mullah Naeem; a.k.a. BARECH AKHUND, Mullah Naim; a.k.a. BARECH, Mullah Naim; a.k.a. BAREH, Mullah Naim; a.k.a. BARIC, Mullah Naeem; a.k.a. BARICH, Haji Gul Mohammed Naim; a.k.a. BARICH, Mohammad Naim; a.k.a. BARICH, Mullah Naim; a.k.a. "HAJI GUL MOHAMMAD"; a.k.a. "MULLAH NAIMULLAH"); DOB 01 Jan 1975; alt. DOB 01 Jan 1974; alt. DOB 01 Jan 1976; POB Lakhi Village, Hazarjuft Area, Garmsir District, Helmand Province, Afghanistan; alt. POB Laki Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Lakari Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Darvishan, Garmsir District, Helmand Province, Afghanistan; alt. POB De Luy Wiyalah Village, Garmsir District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

BERIEV AIRCRAFT COMPANY (a.k.a. PJSC TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПАО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА); a.k.a. PJSC TASTC N.A. G. M. BERIEV; a.k.a. PUBLIC JOINT STOCK COMPANY TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА); a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TAGANROGSKI AVIATSIONNY NAUCHNO TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA; f.k.a. TAGANROGSKI AVIATSIONNY NAUCHNO-TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA PAO; a.k.a. TANTK IM.G.M. BERIEVA PAO), d. 1, pl. Aviatorov, Taganrog, Rostovskaya Oblast 347923, Russia (Cyrillic: д.1, пл. Авиаторов, Таганрог, Ростовская область 347923, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Jul 1994; Target Type State-Owned Enterprise; Tax ID No. 6154028021 (Russia); Registration Number 1026102571065 (Russia) [RUSSIA-EO14024].

BERJISIAN, Adel (Arabic: عادل برجیسیان), Iran; DOB 12 Mar 1981; POB Hamedan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K56253977 (Iran)

expires 14 Mar 2027; National ID No. 3871129331 (Iran) (individual) [IRAN-EO13902] (Linked To: CYRUS OFFSHORE BANK).

BERKENRODE BVBA (a.k.a. ALAXY; a.k.a. ALAXY BVBA), Jacob Jacobsstraat 56, Antwerp 2018, Belgium; Organization Type: Other business support service activities n.e.c.; Target Type Private Company; Enterprise Number 0478862274 (Belgium) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

BERMUDEZ MEJIA, Luis Antonio (a.k.a. "TATA"; a.k.a. "TONO" (Latin: "TOÑO")), Colombia; DOB 11 Apr 1969; POB Barrancas, La Guajira, Colombia; citizen Colombia; Gender Male; Cedula No. 84006210 (Colombia); Passport AM019495 (Colombia) (individual) [SDNTK].

BERMUDEZ SUAZA, Pedro Antonio (a.k.a. AGUILAR DEL BOSQUE, Mauricio; a.k.a. AGUILAR VELEZ, Luis Antonio; a.k.a. VEGA LUJAN, Diego Rodrigo; a.k.a. "EL ARQUITECTO"), c/o ASES DE COMPETENCIA Y CIA. S.A., Medellin, Colombia; c/o CONSTRUCTORA GUADALEST S.A., Medellin, Colombia; c/o FRANZUL S.A., Medellin, Colombia; c/o GRUPO GUADALEST S.A. DE C.V., Mexico City, Distrito Federal, Mexico; c/o HIERROS DE JERUSALEM S.A., Medellin, Colombia; Av. Hipolito Taine 253 2, Col. Chapultepec Morales, Miguel Hidalgo, Mexico City, Distrito Federal 11560, Mexico; Camino a San Mateo 41, edificio Mackenzie, la Cuspide departamento 1003, Colonia Lomas Verdes, Naucalpan de Juarez, Estado de Mexico, Mexico; DOB 30 Mar 1957; alt. DOB 10 Mar 1958; alt. DOB 30 Mar 1959; alt. DOB 22 Aug 1959; POB Medellin, Colombia; alt. POB Huamantla, Tlaxcala, Mexico; Cedula No. 70123377 (Colombia); Passport 05400005349 (Mexico); R.F.C. VELD580310 (Mexico); Credencial electoral AGBSMR59033015H800 (Mexico) (individual) [SDNT].

BERMUDEZ VALDERREY, Alberto Mirtiliano (a.k.a. MIRTILIANO BERMUDEZ, Alberto), Anaco, Anzoategui, Venezuela; DOB 17 Feb 1968; Gender Male; Cedula No. 9895508 (Venezuela) (individual) [VENEZUELA].

BERNAL MARTINEZ, Manuel Gregorio (Latin: BERNAL MARTÍNEZ, Manuel Gregorio); DOB 12 Jul 1965; POB Caracas, Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Cedula No. 6.976.131 (Venezuela); Passport 0502004 (Venezuela) expires 19 Feb 2014; Brigadier General, Chief of the 31st Armored Brigade of Caracas of Venezuela's Bolivarian Army; former Director

General of Venezuela's Bolivarian National Intelligence Service (SEBIN) (individual) [VENEZUELA].

BERNAL ROSALES, Freddy Alirio, Caracas, Capital District, Venezuela; DOB 16 Jun 1962; POB San Cristobal, Tachira State, Venezuela; Gender Male; Cedula No. 5665018 (Venezuela); Passport B0500324 (Venezuela); Venezuela's Minister of Urban Agriculture (individual) [VENEZUELA].

BERNIKOV, Boris Olegovich, Russia; DOB 11 Mar 1988; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 750722630 (Russia) (individual) [RUSSIA-EO14024].

BERNOVA, Evgeniya Vladimirovna (a.k.a. ARTAMANOVA, Evgeniya Vladimirovna), Malta; Russia; France; Germany; DOB 26 Mar 1974; POB Potsdam, Germany; nationality Russia; alt. nationality Malta; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 1185334 (Malta); alt. Passport 716415548 (Russia); National ID No. 4502572626 (Russia) (individual) [RUSSIA-EO14024] (Linked To: MALBERG LIMITED).

BERTHA SHIPPING INC., Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 15 May 2024; Identification Number IMO 6503861; Registration Number 125954 (Marshall Islands) [IRAN-EO13902].

BERULAVA, Mikhail Nikolaevich (Cyrillic: БЕРУЛАВА, Михаил Николаевич), Russia; DOB 03 Aug 1950; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BERUSA, Brandon (a.k.a. AKMAL, Hakid; a.k.a. ALVARADO, Arnulfo; a.k.a. DELLOS, Reendo Cain; a.k.a. DELLOSA Y CAIN, Redendo; a.k.a. DELLOSA, Ahmad; a.k.a. DELLOSA, Habil Ahmad; a.k.a. DELLOSA, Habil Akmad; a.k.a. DELLOSA, Redendo Cain; a.k.a. DELLOSA, Redendo Cain Jabil; a.k.a. "ILONGGO, Abu"; a.k.a. "LLONGGO, Abu"; a.k.a. "MUADZ, Abu"), 3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Federal ID

Card 33-3208848-3 (Philippines) (individual) [SDGT].

BERYOZKIN, Sergey Vladimirovich (a.k.a. BEREZKIN, Sergei Vladimirovich (Cyrillic: БЕРЁЗКИН, Сергей Владимирович)), Russia; DOB 23 Jun 1955; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BESEDA, Sergei (a.k.a. BESEDA, Sergei Orestovoch; a.k.a. BESEDA, Sergey); DOB 1954; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Commander of the Fifth Service of the FSB; Commander of the Service for Operational Information and International Communications of the FSB; FSB Colonel General; Colonel-General (individual) [UKRAINE-EO13661].

BESEDA, Sergei Orestovoch (a.k.a. BESEDA, Sergei; a.k.a. BESEDA, Sergey); DOB 1954; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Commander of the Fifth Service of the FSB; Commander of the Service for Operational Information and International Communications of the FSB; FSB Colonel General; Colonel-General (individual) [UKRAINE-EO13661].

BESEDA, Sergey (a.k.a. BESEDA, Sergei; a.k.a. BESEDA, Sergei Orestovoch); DOB 1954; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Commander of the Fifth Service of the FSB; Commander of the Service for Operational Information and International Communications of the FSB; FSB Colonel General; Colonel-General (individual) [UKRAINE-EO13661].

BESPALOV, Anton Sergeyevich, Russia; DOB 02 Feb 1981; nationality Russia; Gender Male (individual) [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

BESPALOV, Vladimir Aleksandrovich (a.k.a. BESPALOV, Vladimir Alexandrovich (Cyrillic: БЕСПАЛОВ, Владимир Александрович)), Kherson Region, Ukraine; DOB 01 Oct 1958; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 390804904347 (Russia) (individual) [RUSSIA-EO14024].

BESPALOV, Vladimir Alexandrovich (Cyrillic: БЕСПАЛОВ, Владимир Александрович)

(a.k.a. BESPALOV, Vladimir Aleksandrovich), Kherson Region, Ukraine; DOB 01 Oct 1958; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 390804904347 (Russia) (individual) [RUSSIA-EO14024].

BESPILOTNYE SISTEMY (a.k.a. LIMITED LIABILITY COMPANY UNMANNED SYSTEMS), Ul. 10 Let Oktyabrya D. 24, Kv. 62, Izhevsk 426011, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1831156383 (Russia); Registration Number 1121831007759 (Russia) [RUSSIA-EO14024].

BESPILOTNYE SISTEMY ROBOAVIA (a.k.a. LIMITED LIABILITY COMPANY ROBOAVIA UNMANNED SYSTEMS), Ul. 9 Yanvarya D. 262/2, V Lit. A1, Office 1-4, Voronezh 394020, Russia; Simferopol, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3666218510 (Russia); Registration Number 1173668023957 (Russia) [RUSSIA-EO14024].

BESPROZVANNYKH, Aleksey Sergeevich (Cyrillic: БЕСПРОЗВАННЫХ, Алексей Сергеевич) (a.k.a. BESPROZVANNYKH, Alexey Sergeyevich), Moscow, Russia; DOB 23 Aug 1979; POB Ridder, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 222408092578 (Russia) (individual) [RUSSIA-EO14024].

BESPROZVANNYKH, Alexey Sergeyevich (a.k.a. BESPROZVANNYKH, Aleksey Sergeevich (Cyrillic: БЕСПРОЗВАННЫХ, Алексей Сергеевич)), Moscow, Russia; DOB 23 Aug 1979; POB Ridder, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 222408092578 (Russia) (individual) [RUSSIA-EO14024].

BESSARAB, Svetlana Viktorovna (Cyrillic: БЕССАРАБ, Светлана Викторовна), Russia; DOB 07 Dec 1970; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BESSARABOV, Daniil Vladimirovich (Cyrillic: БЕССАРАБОВ, Даниил Владимирович), Russia; DOB 09 Jul 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of

the Russian Federation (individual) [RUSSIA-EO14024].

BESSONOV, Evgeny Ivanovich (a.k.a. BESSONOV, Yevgeniy Ivanovich (Cyrillic: БЕССОНОВ, Евгений Иванович)), Russia; DOB 26 Nov 1968; POB Rostov-Na-Donu, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian (individual) [RUSSIA-EO14024].

BESSONOV, Yevgeniy Ivanovich (Cyrillic: БЕССОНОВ, Евгений Иванович) (a.k.a. BESSONOV, Evgeny Ivanovich), Russia; DOB 26 Nov 1968; POB Rostov-Na-Donu, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian (individual) [RUSSIA-EO14024].

BEST DIAMOND HOUSE DMCC (Arabic: بست دايموند هاوس م.د.م.س.), 23-C Almas Tower, Dubai, United Arab Emirates; P.O. Box 78501, Dubai, United Arab Emirates; 3O-01-3099 Jewellery & Gemplex 3, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 May 2005; Organization Type: Wholesale of jewelry, watches, precious stones, and precious metals; Registration Number DMCC-30193 (United Arab Emirates); alt. Registration Number DMCC-0399 (United Arab Emirates) [SDGT] (Linked To: AHMAD, Nazem Said).

BEST SPORT COMPANY, Purcellstraat 4, GZ, Boxtel 5283, Netherlands; Website www.bodylab.company; Organization Established Date 15 Jul 2019; Tax ID No. 860622253 (Netherlands) [ILLICIT-DRUGS-EO14059] (Linked To: DE KONING, Martinus Pterus Henrikus).

BEST SPORT COMPANY B.V, Purcellstraat 4, GZ, Boxtel 5283, Netherlands; Organization Established Date 31 Mar 2021; Tax ID No. 862457051 (Netherlands) [ILLICIT-DRUGS-EO14059] (Linked To: A.A.M. PEIJNENBURG HOLDING B.V.; Linked To: PEIJNENBURG, Alex Adrianus Martinus).

BEST WAY TANKER CORP, Suite 10, 3rd Floor, La Ciotat, Mont Fleuri, Mahe Island, Seychelles; Strada Gradina Botanica 14/3, MD-2032, Chisinau, Moldova; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Organization Established Date 2023; Identification Number IMO 6386836 [SDGT] (Linked To: ANSARALLAH).

BEST2PAY LIMITED, Ul. Professora Popova D. 37, Lit. Shch, Pomeshch. 1-N (Komn.127), Saint Petersburg 197022, Russia; Website best2pay.net; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813531811 (Russia); Registration Number 1127847218674 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

BESTHINGS, S.A. DE C.V., Cancun, Quintana Roo, Mexico; Organization Established Date 26 Jul 2018; Organization Type: Travel agency activities; R.F.C. BES180726LM7 (Mexico); Folio Mercantil No. N-2018063459 (Mexico) [ILLICIT-DRUGS-EO14059].

BESTLA COMPANY LIMITED, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 21 Feb 2024; Identification Number IMO 6477660; Registration Number 124401 (Marshall Islands) [IRAN-EO13902].

BESTOP GLOBLE MFG LIMITED (Chinese Traditional: 百思拓 中國 製造有限公司), Room 10/1003, 1A-1L Weida Commercial Building, Tung Choi Street, Mong Kok, Kowloon, Hong Kong, China; 1398 Guanguang Road, Guanlan Town, Longhua, Shenzhen, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 1595837 (Hong Kong) [RUSSIA-EO14024].

BET CITY INTERNATIONAL D.O.O. SKOPJE, ADVERTISING, MARKETING, AND SERVICES COMPANY (a.k.a. BET SITI INTERNESHNL SKOPJE D.O.O.), Skupi 3A, Skopje 1020, North Macedonia, The Republic of; Tax ID No. 4057017537543 (North Macedonia, The Republic of) [BALKANS-EO14033] (Linked To: SAMSONENKO, Sergey; Linked To: KAMCEV, Jordan).

BET SITI INTERNESHNL SKOPJE D.O.O. (a.k.a. BET CITY INTERNATIONAL D.O.O. SKOPJE, ADVERTISING, MARKETING, AND SERVICES COMPANY), Skupi 3A, Skopje 1020, North Macedonia, The Republic of; Tax ID No. 4057017537543 (North Macedonia, The Republic of) [BALKANS-EO14033] (Linked To: SAMSONENKO, Sergey; Linked To: KAMCEV, Jordan).

BETANCOURT ROSERO, Camilo Esteban, Colombia; DOB 28 Nov 1990; POB Tumaco, Colombia; nationality Colombia; Gender Male; Cedula No. 1126864728 (Colombia) (individual) [ILLICIT-DRUGS-EO14059].

BETENSH GLOBAL INVESTMENT & DONG DONG SHIPPING LIMITED (a.k.a. BETENSH GLOBAL INVESTMENT LIMITED AND DONG DONG SHIPPING LIMITED), Road Town, Tortola, Virgin Islands, British; Organization Established Date 2024; Identification Number IMO 6508071 [IRAN-EO13902].

BETENSH GLOBAL INVESTMENT LIMITED AND DONG DONG SHIPPING LIMITED (a.k.a. BETENSH GLOBAL INVESTMENT & DONG DONG SHIPPING LIMITED), Road Town, Tortola, Virgin Islands, British; Organization Established Date 2024; Identification Number IMO 6508071 [IRAN-EO13902].

BETHESDA INDUSTRIAL SOLVENTS TRADING, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Jun 2021; Company Number 1579257 (United Arab Emirates); License 962249 (United Arab Emirates); Chamber of Commerce Number 364804 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

BETONJERKA DOO ALEKSINAC (a.k.a. PRIVREDNO DRUSTVO ZA PROIZVODNJU BETONSKIH STUBOVA, TRAFO-STANICA I PRATECIH ELEMENATA ZA IZGRADNJU I ODRZAVANJE ELEKTROENERGETSKIH OBJEKATA BETONJERKA DOO ALEKSINAC), Autoput Bb, Aleksinac 18220, Serbia; Organization Established Date 28 Feb 1992; Organization Type: Manufacture of articles of concrete, cement and plaster; V.A.T. Number 100302988 (Serbia) [GLOMAG] (Linked To: INKOP DOO CUPRIJA).

BETTER FUTURE GENERAL TRADING CO LLC, P.O. Box 4358, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; License 561490 (United Arab Emirates); Registration Number 90960 (United Arab Emirates) [IRAN-EO13871] (Linked To: ESFAHAN'S MOBARAKEH STEEL COMPANY).

BETTERI SERVIS (a.k.a. BATTERY SERVICE LIMITED LIABILITY COMPANY; a.k.a. "BS OOO"), Pr-Kt Leningradskii D. 80/39, Moscow 125190, Russia; UL. Flotskaya D. 7, Floor 3, Pom.11, Moscow 125581, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743738295 (Russia);

Registration Number 1097746161810 (Russia) [RUSSIA-EO14024].

BEUN, Kimberley Catriona Lucinda, Eeklo, Belgium; DOB 21 May 1988; POB Oostburg, Netherlands; nationality Netherlands; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport NUBF7PLH1 (Netherlands) expires 31 Oct 2024 (individual) [RUSSIA-EO14024] (Linked To: ERINER LIMITED).

BEURKLIAN, Anni (a.k.a. AJAKA, Anni), Lebanon; Bsalim, Majzoub St. #701, Bldg. #254, 3rd floor, Beirut, Lebanon; DOB 17 May 1969; nationality Lebanon; citizen United States (individual) [NPWMD] (Linked To: KATRANGI, Amir).

BEXHETI, Nuri; DOB 1962; POB Tetovo, Macedonia (individual) [BALKANS].

BEXLEY WAY GENERAL TRADING L.L.C. (Arabic: بكسلي واي للتجارة العامة ش.ذ.م.م), Plot No. 114-405, Dubai, United Arab Emirates; P.O. Box 20579, Dubai, United Arab Emirates; P.O. Box 10847, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 06 Dec 2012; Commercial Registry Number 1105925 (United Arab Emirates); Registration Number 679880 (United Arab Emirates); alt. Registration Number 212281 (United Arab Emirates) [SDGT] (Linked To: AHMAD, Nazem Said).

BEYAZ ELLER ASSOCIATION (a.k.a. BEYAZ ELLER YARDIMLASMA VE DAYANISMA DERNEGI; a.k.a. PALESTINIAN WHITE HANDS ASSISTANCE AND SOLIDARITY ASSOCIATION; a.k.a. WHITE HANDS CHARITY), Ikitelli Osb, Giyim Sanatkarlar Kooperatifi, 3 Ada A Blok No: 203, Basaksehir, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 16 Nov 2011; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

BEYAZ ELLER YARDIMLASMA VE DAYANISMA DERNEGI (a.k.a. BEYAZ ELLER ASSOCIATION; a.k.a. PALESTINIAN WHITE HANDS ASSISTANCE AND SOLIDARITY ASSOCIATION; a.k.a. WHITE HANDS CHARITY), Ikitelli Osb, Giyim Sanatkarlar Kooperatifi, 3 Ada A Blok No: 203, Basaksehir, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Organization Established Date 16 Nov 2011; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

BEYNAH, Yasin (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yasiin Cali; a.k.a. BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yassin; a.k.a. BINAH, Yassin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

BEYOND CENTER LIMITED, Rm 321, 3/F Kwai Shing Indl Bldg G Ph 2, Kwai Chung, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Jul 2021; Business Registration Number 73158119 (Hong Kong) [RUSSIA-EO14024].

BEZDENEZHNYKH, Sergei Vyacheslavovich (Cyrillic: БЕЗДЕНЕЖНЫХ, Сергей Вячеславович) (a.k.a. BEZDENEZHNYKH, Sergey Vyacheslavovich), Russia; DOB 25 Aug 1979; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BEZDENEZHNYKH, Sergey Vyacheslavovich (a.k.a. BEZDENEZHNYKH, Sergei Vyacheslavovich (Cyrillic: БЕЗДЕНЕЖНЫХ, Сергей Вячеславович)), Russia; DOB 25 Aug 1979; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BEZDUDNIY, Yuriy Vasilevich (Cyrillic: БЕЗДУДНЫЙ, Юрий Васильевич) (a.k.a. BEZDUDNY, Yury Vasilevich), Nenets Autonomous Area, Russia; DOB 01 May 1969; POB Bryansk Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BEZDUDNY, Yury Vasilevich (a.k.a. BEZDUDNIY, Yuriy Vasilevich (Cyrillic:

БЕЗДУДНЫЙ, Юрий Васильевич)), Nenets Autonomous Area, Russia; DOB 01 May 1969; POB Bryansk Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BEZLER, Igor (a.k.a. BEZLER, Igor Mykolaiovych; a.k.a. BEZLER, Igor Nikolayevich; a.k.a. BEZLER, Ihor); DOB 1965; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BEZLER, Igor Mykolaiovych (a.k.a. BEZLER, Igor; a.k.a. BEZLER, Igor Nikolayevich; a.k.a. BEZLER, Ihor); DOB 1965; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BEZLER, Igor Nikolayevich (a.k.a. BEZLER, Igor; a.k.a. BEZLER, Igor Mykolaiovych; a.k.a. BEZLER, Ihor); DOB 1965; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BEZLER, Ihor (a.k.a. BEZLER, Igor; a.k.a. BEZLER, Igor Mykolaiovych; a.k.a. BEZLER, Igor Nikolayevich); DOB 1965; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BEZRUKIKH, Dmitriy Nikolaevich (Cyrillic: БЕЗРУКИХ, Дмитрий Николаевич), Rostov Region, Russia; DOB 13 Dec 1973; POB Nevonka, Krasnoyarsk Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 245719711109 (Russia) (individual) [RUSSIA-EO14024].

BEZZ, Imad Mohamad (Arabic: عماد محمد بيز) (a.k.a. BAYZ, 'Imad Muhammad; a.k.a. BEIZ, Imad; a.k.a. BIZ, Imad), Mashghara al-Tahta, Beqaa, Lebanon; DOB 29 Jun 1978; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0993984 (Lebanon); National ID No. 000025755618 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

B-FINANCE LTD, Vanterpool Plaza, 2nd Floor, Wickhams Cay, Road Town, Tortola, Virgin Islands, British; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] [UKRAINE-EO13662] (Linked To: DERIPASKA, Oleg Vladimirovich).

BHAI, Chima (a.k.a. CHEEMA, Asim; a.k.a. CHEEMA, Azam; a.k.a. CHEEMA, Azzam; a.k.a. CHEEMA, Mohammed Azam; a.k.a. CHIMA, Azam; a.k.a. CHIMA, Azim), Islamabad, Pakistan; Muzaffarabad, Pakistan; Bahawalpur, Pakistan; DOB 1953; POB Faisalabad, Pakistan; nationality Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BHARDWAJ HUMAN SMUGGLING ORGANIZATION, Cancun, Quintana Roo, Mexico; Target Type Criminal Organization [TCO].

BHARDWAJ, Anuj; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z4984865 expires 19 Jan 2029 (individual) [SDGT] (Linked To: MEHDI GROUP).

BHARDWAJ, S.A. DE C.V., Cancun, Quintana Roo, Mexico; Organization Established Date 14 Dec 2021; Organization Type: Real estate activities on a fee or contract basis; Folio Mercantil No. N-2021096536 (Mexico) [TCO] (Linked To: RANI, Indu).

BHARDWAJ, Vikrant, Cancun, Quintana Roo, Mexico; Dubai, United Arab Emirates; DOB 05 Sep 1986; POB New Delhi, India; nationality India; alt. nationality Mexico; Gender Male; Passport Z5317632 (India) expires 15 Jan 2029; alt. Passport N14909118 (Mexico) expires 16 Jul 2034; C.U.R.P. BAXV860905HNEHXK02 (Mexico); Identification Number 10047735 (India) (individual) [TCO] (Linked To: BHARDWAJ HUMAN SMUGGLING ORGANIZATION).

BHATT, Niti Unmesh, B-901, Navbahar, Lalubhai Park Road, Vile Parle West, Mumbai, Maharashtra 400056, India; DOB 06 May 1987; POB Mumbai, Maharashtra, India; nationality India; Gender Female; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Identification Number 07982314 (India) (individual) [IRAN-EO13846].

BHATTVI, Hafiz Abdul Salam (a.k.a. BHATTVI, Molvi Abdursalam; a.k.a. BHATTVI, Mullah Abdul Salaam; a.k.a. BHATTWI, Abdul Salam; a.k.a. BHUTTAVI, Hafiz Abdul Salam; a.k.a. BHUTVI, Abdul Salam; a.k.a. BHUTVI, Hafiz Abdussalaam; a.k.a. BUDVI, Abdul Salam; a.k.a. BUDVI, Hafiz Abdusalam); DOB 1940; POB Gujranwala, Punjab Province, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BHATTVI, Molvi Abdursalam (a.k.a. BHATTVI, Hafiz Abdul Salam; a.k.a. BHATTVI, Mullah Abdul Salaam; a.k.a. BHATTWI, Abdul Salam; a.k.a. BHUTTAVI, Hafiz Abdul Salam; a.k.a. BHUTVI, Abdul Salam; a.k.a. BHUTVI, Hafiz Abdussalaam; a.k.a. BUDVI, Abdul Salam; a.k.a. BUDVI, Hafiz Abdusalam); DOB 1940; POB Gujranwala, Punjab Province, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BHATTVI, Mullah Abdul Salaam (a.k.a. BHATTVI, Hafiz Abdul Salam; a.k.a. BHATTVI, Molvi Abdursalam; a.k.a. BHATTWI, Abdul Salam; a.k.a. BHUTTAVI, Hafiz Abdul Salam; a.k.a. BHUTVI, Abdul Salam; a.k.a. BHUTVI, Hafiz Abdussalaam; a.k.a. BUDVI, Abdul Salam; a.k.a. BUDVI, Hafiz Abdusalam); DOB 1940; POB Gujranwala, Punjab Province, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BHATTWI, Abdul Salam (a.k.a. BHATTVI, Hafiz Abdul Salam; a.k.a. BHATTVI, Molvi Abdursalam; a.k.a. BHATTVI, Mullah Abdul Salaam; a.k.a. BHUTTAVI, Hafiz Abdul Salam; a.k.a. BHUTVI, Abdul Salam; a.k.a. BHUTVI, Hafiz Abdussalaam; a.k.a. BUDVI, Abdul Salam; a.k.a. BUDVI, Hafiz Abdusalam); DOB 1940; POB Gujranwala, Punjab Province, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BHAVISHYA REALCON PRIVATE LIMITED, Gurugram, Haryana, India; Organization Established Date 04 Sep 2023; Organization Type: Real estate activities on a fee or contract basis; C.I.N. U68200HR2023PTC114644 (India); Tax ID No. AALCB9061E (India) [TCO] (Linked To: BHARDWAJ, Vikrant).

BHEEL, Imam (a.k.a. BAZINGO, Mohammad Hyat; a.k.a. BAZINJO, Imam; a.k.a. BIZENJO, Mir Yaqub), Jiwani, Pakistan; Turbat, Pakistan; Gwadar, Pakistan; DOB 1956; alt. DOB 1946; nationality Pakistan (individual) [SDNTK].

BHOOMI HK LIMITED, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Nov 2023; Business Registration Number 75886764 (Hong Kong) [RUSSIA-EO14024].

BHORE, Mohammed Shaheed Ruknooddin, Flat No 14 Bhatiya Bldg, Mapari Mohalla Khend, Tal Chipiun Dis, Ratnagiri, Maharashtra, India; DOB 16 May 1987; nationality India; citizen India; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport J8854244 (India) (individual) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

BHUTTAVI, Hafiz Abdul Salam (a.k.a. BHATTVI, Hafiz Abdul Salam; a.k.a. BHATTVI, Molvi Abdursalam; a.k.a. BHATTVI, Mullah Abdul Salaam; a.k.a. BHATTWI, Abdul Salam; a.k.a. BHUTVI, Abdul Salam; a.k.a. BHUTVI, Hafiz Abdussalaam; a.k.a. BUDVI, Abdul Salam; a.k.a. BUDVI, Hafiz Abdusalam); DOB 1940; POB Gujranwala, Punjab Province, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BHUTVI, Abdul Salam (a.k.a. BHATTVI, Hafiz Abdul Salam; a.k.a. BHATTVI, Molvi Abdursalam; a.k.a. BHATTVI, Mullah Abdul Salaam; a.k.a. BHATTWI, Abdul Salam; a.k.a. BHUTTAVI, Hafiz Abdul Salam; a.k.a. BHUTVI, Hafiz Abdussalaam; a.k.a. BUDVI, Abdul Salam; a.k.a. BUDVI, Hafiz Abdusalam); DOB 1940; POB Gujranwala, Punjab Province, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BHUTVI, Hafiz Abdussalaam (a.k.a. BHATTVI, Hafiz Abdul Salam; a.k.a. BHATTVI, Molvi Abdursalam; a.k.a. BHATTVI, Mullah Abdul Salaam; a.k.a. BHATTWI, Abdul Salam; a.k.a. BHUTTAVI, Hafiz Abdul Salam; a.k.a. BHUTVI, Abdul Salam; a.k.a. BUDVI, Abdul Salam; a.k.a. BUDVI, Hafiz Abdusalam); DOB 1940; POB Gujranwala, Punjab Province, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 (individual) [SDGT].

BI MUHAMMED, Abu Muhammed Abubakar (a.k.a. BIN MOHAMMED, Abu Mohammed Abubakar; a.k.a. SHEKAU, Abubakar; a.k.a. "SHAYKU"; a.k.a. "SHEHU"; a.k.a. "SHEKAU"), Nigeria; DOB 1969; POB Shekau Village, Yobe State, Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BI SIDI, Souleymane (a.k.a. ABASS, Sidiki; a.k.a. ABBAS, Sidiki; a.k.a. SIDIKI, Abbas; a.k.a. SOULEMAN, Bi Sidi; a.k.a. SOULEMANE, Bi Sidi; a.k.a. SOULEYMANE, Bi Sidi; a.k.a. SOULIMANE, Sidiki Abass; a.k.a. "Sidiki"), Central African Republic; DOB 20 Jul 1962; POB Bocaranga, Ouham-Pende prefecture, Central African Republic; nationality Central African Republic; alt. nationality Chad; alt. nationality Cameroon; Gender Male (individual) [CAR].

BIBIKOVA, Yelena Vasilyevna (Cyrillic: БИБИКОВА, Елена Васильевна), Russia; DOB 23 Sep 1956; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BIBLIOS TRAVEL (a.k.a. BIBLOS TRAVEL AGENCY; a.k.a. BIBLOS TRAVEL CA; a.k.a. BIBLOS TRAVEL, C.A.), Avenida Baralt, Esquina Maderero, Edificio Santa Isabel II, PB, Loc. 1, Caracas, Venezuela; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BIBLOS TRAVEL AGENCY (a.k.a. BIBLIOS TRAVEL; a.k.a. BIBLOS TRAVEL CA; a.k.a. BIBLOS TRAVEL, C.A.), Avenida Baralt, Esquina Maderero, Edificio Santa Isabel II, PB, Loc. 1, Caracas, Venezuela; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BIBLOS TRAVEL CA (a.k.a. BIBLIOS TRAVEL; a.k.a. BIBLOS TRAVEL AGENCY; a.k.a. BIBLOS TRAVEL, C.A.), Avenida Baralt, Esquina Maderero, Edificio Santa Isabel II, PB, Loc. 1, Caracas, Venezuela; Additional

Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BIBLOS TRAVEL, C.A. (a.k.a. BIBLIOS TRAVEL; a.k.a. BIBLOS TRAVEL AGENCY; a.k.a. BIBLOS TRAVEL CA), Avenida Baralt, Esquina Maderero, Edificio Santa Isabel II, PB, Loc. 1, Caracas, Venezuela; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BICHAYEV, Artyom Aleksandrovich (Cyrillic: БИЧАЕВ, Артём Александрович), Russia; DOB 04 Apr 1990; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BICHKOV, Peter Alexandrovich (a.k.a. BYCHKOV, Petr Alexandrovich; a.k.a. BYCHKOV, Pyotr Aleksandrovich (Cyrillic: БЫЧКОВ, Пётр Александрович)), St. Petersburg, Russia; DOB 25 Nov 1987; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 782513941021 (Russia) (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

BIDOGNETTI, Francesco (a.k.a. "CICCIOTTO E MEZZANOTTE"); DOB 29 Jan 1951; POB Casal di Principe, Italy (individual) [TCO].

BIDONKO, Sergey Yuryevich (Cyrillic: БИДОНЬКО, Сергей Юрьевич), Russia; DOB 18 Aug 1975; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BIEL, Gordon Koang (a.k.a. BIEL, Gordon Koang Char; a.k.a. CHAR, Koang Biel; a.k.a. "NYALUALGO, Koang"), Koch County, Unity, South Sudan; Bentiu, Unity, South Sudan; DOB 1973 to 1975; POB Gany, South Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

BIEL, Gordon Koang Char (a.k.a. BIEL, Gordon Koang; a.k.a. CHAR, Koang Biel; a.k.a. "NYALUALGO, Koang"), Koch County, Unity, South Sudan; Bentiu, Unity, South Sudan; DOB 1973 to 1975; POB Gany, South Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

BIELARUSKI VYTVORCHA HANDLIOVY KANCERN LIASNOJ DREVAAPRACOWCHAJ I CELIULOZNA PAPIAROVAJ PRAMYSLOVASCI (Cyrillic: БЕЛАРУСКІ ВЫТВОРЧА ГАНДЛЁВЫ КАНЦЭРН ЛЯСНОЙ ДРЭВААПРАЦОЎЧАЙ І ЦЭЛЮЛОЗНА ПАПЯРОВАЙ ПРАМЫСЛОВАСЦІ) (a.k.a. BELARUSIAN PRODUCTION AND TRADE CONCERN OF TIMBER WOODWORKING AND PULP AND PAPER INDUSTRY (Cyrillic: БЕЛОРУССКИЙ ПРОИЗВОДСТВЕННО ТОРГОВЫЙ КОНЦЕРН ЛЕСНОЙ ДЕРЕВООБРАБАТЫВАЮЩЕЙ И ЦЕЛЛЮЛОЗНО БУМАЖНОЙ ПРОМЫШЛЕННОСТИ); a.k.a. KONTSERN BELLESBUMPROM (Cyrillic: КОНЦЕРН БЕЛЛЕСБУМПРОМ)), GSP, K. Marx Street, 16, Minsk 220030, Belarus; Organization Established Date 21 Jun 1991; Target Type State-Owned Enterprise; Tax ID No. 100377850 (Belarus) [BELARUS-EO14038].

BIELOBROV, Vladyslav Volodymyrovych (a.k.a. BELOBROV, Vladislav Vladimirovich), Russia; DOB 16 Jun 1978; POB New Uzen, Mangyshlak region, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 740503063001 (Russia) (individual) [RUSSIA-EO14024].

BIELOUSOV, Andriy Removych (a.k.a. BELOUSOV, Andrei Removich; a.k.a. BELOUSOV, Andrey Removich (Cyrillic: БЕЛОУСОВ, Андрей Рэмович); a.k.a. BYELOUSOV, Andrii Removych), Russia; DOB 17 Mar 1959; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BIENES RAICES DEL CARIBE, S.A., Panama; RUC # 72212-1-374180 (Panama) [SDNTK].

BIESTRA S.A., Carrera 35 No. 31-114, Palmira, Valle, Colombia; NIT # 800227340-7 (Colombia) [SDNTK].

BIF-BOSNIA (a.k.a. BECF CHARITABLE EDUCATIONAL CENTER; a.k.a. BENEVOLENCE EDUCATIONAL CENTER; a.k.a. BOSANSKA IDEALNA FUTURA; a.k.a. BOSNIAN IDEAL FUTURE), Salke Lagumdzije 12, Sarajevo 71000, Bosnia and Herzegovina; Hadzije, Mazica Put 16F, Zenica 72000, Bosnia and Herzegovina; Sehidska, Street, Breza, Bosnia and Herzegovina; Kanal, 1, Zenica 72000, Bosnia and Herzegovina; Hamze, Celenke 35, Ilidza, Sarajevo, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BIF-CANADA (a.k.a. BENEVOLENCE INTERNATIONAL FUND; a.k.a. BENEVOLENT INTERNATIONAL FUND), 2465 Cawthra Rd., Unit 203, Mississauga, Ontario L5A 3P2, Canada; P.O. Box 1508, Station B, Mississauga, Ontario L4Y 4G2, Canada; P.O. Box 40015, 75 King Street South, Waterloo, Ontario N2J 4V1, Canada; 92 King Street, 201, Waterloo, Ontario N2J 1P5, Canada; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BIFOV, Anatoly Zhamalovich (Cyrillic: БИФОВ, Анатолий Жамалович), Russia; DOB 07 Jan 1963; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BIF-USA (a.k.a. AL BIR AL DAWALIA; a.k.a. BENEVOLENCE INTERNATIONAL FOUNDATION; a.k.a. MEZHDUNARODNYJ BLAGOTVORITEL'NYJ FOND; a.k.a. "BIF"), Bashir Safar Ugli 69, Baku, Azerbaijan; 69 Boshir Safaroglu St., Baku, Azerbaijan; Sarajevo, Bosnia and Herzegovina; Zenica, Bosnia and Herzegovina; 3 King Street, South Waterloo, Ontario N2J 3Z6, Canada; P.O. Box 1508 Station B, Mississauga, Ontario L4Y 4G2, Canada; 2465 Cawthra Rd., #203, Mississauga, Ontario L5A 3P2, Canada; Ottawa, Canada; Grozny, Chechnya, Russia; 91 Paihonggou, Lanzhou, Gansu, China; Hrvatov 30, 41000, Zagreb, Croatia; Makhachkala, Daghestan, Russia; Duisi, Georgia; Tbilisi, Georgia; Nazran, Ingushetia, Russia; Burgemeester Kessensingel 40, Maastricht, Netherlands; House 111, First Floor, Street 64, F-10/3, Islamabad, Pakistan; Azovskaya 6, km. 3, off. 401, Moscow, Russia; P.O. Box 1055, Peshawar, Pakistan; Ulitsa Oktyabr'skaya, dom. 89, Moscow, Russia; P.O. Box 1937, Khartoum, Sudan; P.O. Box 7600, Jeddah 21472, Saudi Arabia; P.O. Box 10845, Riyadh 11442, Saudi Arabia; Dushanbe, Tajikistan; United Kingdom; Afghanistan; Bangladesh; Bosnia and Herzegovina; Gaza Strip, Palestinian; Yemen; IL, United States; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; US FEIN 36-3823186 [SDGT].

BIGARUKA IZABAYO, Deogratias (a.k.a. IZABAYO DEO; a.k.a. NZEYIMANA, Stanislas; a.k.a. "BIGARUKA"; a.k.a. "BIGARURA"), Kalonge, Masisi, North Kivu, Congo, Democratic Republic of the; Kibua, Congo, Democratic Republic of the; DOB 01 Jan 1966; alt. DOB 28 Aug 1966; alt. DOB 1967; POB Mugusa (Butare), Rwanda; citizen Rwanda; Brig. General; Deputy Overall Commander FOCA (individual) [DRCONGO].

BIHAJ, Jamal Ja'afar Ibrahim al-Mikna (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

BIIS MARITIME LIMITED, 147/1, St. Lucia Street, Valletta VLT1185, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. C31530 (Malta) [IRAN].

BIKE CENTER (a.k.a. BAIK. V. TSENTR; a.k.a. BAIK. V. TSENTR, OOO; a.k.a. BIKE V. CENTER), Nizhnije Mnevniki, 110, Moscow, Russia; ul. Nikitskaya B. D. 11/4, korp. 3, Moscow 103009, Russia; 1 1/4, str.3 ul. Nikitskaya B., Moscow 103009, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Trade License No. 1037739620390 (Russia); Government Gazette Number 54842899 (Russia) [UKRAINE-EO13660].

BIKE V. CENTER (a.k.a. BAIK. V. TSENTR; a.k.a. BAIK. V. TSENTR, OOO; a.k.a. BIKE CENTER), Nizhnije Mnevniki, 110, Moscow, Russia; ul. Nikitskaya B. D. 11/4, korp. 3, Moscow 103009, Russia; 1 1/4, str.3 ul.

Nikitskaya B., Moscow 103009, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Trade License No. 1037739620390 (Russia); Government Gazette Number 54842899 (Russia) [UKRAINE-EO13660].

BILAKHIA, Aziz Moosa; DOB 03 Apr 1960; alt. DOB 1958; POB Mumbai, India; nationality India (individual) [SDNTK].

BILAL, Ghassan Ali (Arabic: غسان علي بلال) (a.k.a. BELAL, Ghassan), Damascus, Syria; DOB 1966; nationality Syria; Gender Male; Commander of the 555th Regiment and Director of the Security Bureau of the Fourth Division of the Syrian Arab Army (individual) [PAARSSR-EO13894].

BILAL, Muhammad (a.k.a. BILAL, Muhammad Nafi), Syria; DOB 25 May 1971; alt. DOB 1971; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

BILAL, Muhammad Nafi (a.k.a. BILAL, Muhammad), Syria; DOB 25 May 1971; alt. DOB 1971; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

BILOUSOV, Mikhailo Mikolaiovich (Cyrillic: БІЛОУСОВ, Михайло Миколайович) (a.k.a. BELOUSOV, Mikhail Nikolaevich (Cyrillic: БЕЛОУСОВ, Михаил Николаевич); a.k.a. BELOUSOV, Mikhail Nikolayevich), ul. Balaklavskaya 117, kv. 48, Simferopol, Crimea, Ukraine (Cyrillic: ул. Балаклавская 117, кв. 48, Симферополь, Крым, Ukraine); DOB 26 Nov 1964; POB Russia; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

BIMAKSAN TAKIM TEZGAHLARI SANAYI VE DIS TICARET MUHLIS KOKSAL VE ORTAGI KOLLEKTIF SIRKETI, Sok. No: 3 Karamehmet Mah. Avrupa Serbest Bolgesi 9, Ergene/Tekirdag, Corlu, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number 027107297510012 (Turkey); Registration Number 7432 (Turkey) [RUSSIA-EO14024].

BIMEH IRAN (a.k.a. IRAN INSURANCE COMPANY), 107 Dr Fatemi Avenue, Tehran 14155/6363, Iran; Abdolaziz-Al-Masaeed Building, Sheikh Maktoom St., Deira, P.O. Box 2004, Dubai, United Arab Emirates; P.O. Box 1867, Al Ain, Abu Dhabi, United Arab Emirates; P.O. Box 3281, Abu Dhabi, United Arab Emirates; P.O. Box 1666, Sharjah, United Arab

Emirates; P.O. Box 849, Ras-Al-Khaimah, United Arab Emirates; P.O. Box 417, Muscat 113, Oman; P.O. Box 676, Salalah 211, Oman; P.O. Box 995, Manama, Bahrain; Al-Lami Center, Ali-Bin-Abi Taleb St. Sharafia, P.O. Box 11210, Jeddah 21453, Saudi Arabia; Al Alia Center, Salaheddine Rd., Al Malaz, P.O. Box 21944, Riyadh 11485, Saudi Arabia; Al Rajhi Bldg., 3rd Floor, Suite 23, Dhahran St., P.O. Box 1305, Dammam 31431, Saudi Arabia; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

BIMEH IRAN INSURANCE COMPANY (U.K.) LIMITED (a.k.a. BIUK), 4/5 Fenchurch Buildings, London EC3M 5HN, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 01223433 (United Kingdom); all offices worldwide [IRAN].

BIMLOGIC LIMITED LIABILITY COMPANY (a.k.a. BIMLOGIC LLC), PR-KT Narodnogo Opolcheniya D. 10, Lit. A, Pomeshch. 238-N, Office 238L, Saint Petersburg 198216, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Apr 2022; Tax ID No. 7807255955 (Russia); Registration Number 1227800047200 (Russia) [RUSSIA-EO14024].

BIMLOGIC LLC (a.k.a. BIMLOGIC LIMITED LIABILITY COMPANY), PR-KT Narodnogo Opolcheniya D. 10, Lit. A, Pomeshch. 238-N, Office 238L, Saint Petersburg 198216, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Apr 2022; Tax ID No. 7807255955 (Russia); Registration Number 1227800047200 (Russia) [RUSSIA-EO14024].

BIN ABDUL MADJID, Afief (a.k.a. ABDUL AL MAJID, Afif; a.k.a. ABDUL MADJID, Afif; a.k.a. ABDUL MAJID, Afif; a.k.a. BIN ABDUL MAJID, Afif); DOB 26 Apr 1952; POB Pacitan, East Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BIN ABDUL MAJID, Afif (a.k.a. ABDUL AL MAJID, Afif; a.k.a. ABDUL MADJID, Afif; a.k.a. ABDUL MAJID, Afif; a.k.a. BIN ABDUL MADJID, Afief); DOB 26 Apr 1952; POB Pacitan, East Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BIN AHMAD, Fadzlon (a.k.a. AHMAD, Fadzlon), 43 Lengkong Empat, #02-02 D-Heritage Apartments, Singapore 417659, Singapore; DOB 29 Aug 1953; POB Singapore; nationality Singapore; Gender Male; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Passport E5536439E (Singapore) (individual) [IRAN-EO13846].

BIN AHMAD, Mohammad Roslan (a.k.a. CHIREN, Royston Wu; a.k.a. ROYSTON, Mohammad Roslan; a.k.a. WU, Royston), Batam, Indonesia; DOB 05 Nov 1968; citizen Singapore; alt. citizen Malaysia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. S6837315H (Singapore) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

BIN AHMED RUSHDI AL-QATIRJI, Hussam (Arabic: حسام بن أحمد رشدي قاطرجي) (a.k.a. AL-QATIRJI, Hossam (Arabic: حسام القاطرجي); a.k.a. AL-QATIRJI, Hussam; a.k.a. KATARJI, Hussam; a.k.a. KATERJI, Hussam; a.k.a. KHATARJI, Hussam; a.k.a. KHATIRJI, Hussam; a.k.a. QATARJI, Hossam; a.k.a. QATERJI, Hussam; a.k.a. QATIRJI BIN AHMED RUSHDI, Hussam (Arabic: حسام قاطرجي بن احمد رشدي)), Syria; DOB 11 Jan 1982; POB Raqqa, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QATIRJI COMPANY).

BIN AL SHIBH, Ramzi (a.k.a. BINALSHEIDAH, Ramzi Mohamed Abdullah; a.k.a. BINALSHIBH, Ramzi Mohammed Abdullah; a.k.a. OMAR, Ramzi Mohammed Abdellah), Guantanamo Bay detention center, Cuba; DOB 01 May 1972; alt. DOB 16 Sep 1973; POB Hadramawt, Yemen; alt. POB Khartoum Sudan; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport R85243 (Yemen); alt. Passport A755350 (Saudi Arabia); alt. Passport 00085243 (Yemen) (individual) [SDGT].

BIN ALI ABKAR, Hassan (a.k.a. ALI ABKAR, Al-Hassan; a.k.a. ALI ABKAR, Hasan; a.k.a. ALI ALI ABKAR, Al Hassan; a.k.a. ALI ALI ABKAR, Al-Hasan; a.k.a. ALI ALI ABKAR, Alihasan; a.k.a. BIN-ALI ABKAR, Al-Hasan), Al-Ghail district, Al-Jawf Governorate, Yemen; DOB 05 Jun 1962; POB Yemen; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02214513 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

BIN ALI, Khodr Taher (Arabic: خضر طاهر بن علي) (a.k.a. Al-Jaja; a.k.a. KHODR, Abou Ali; a.k.a. KHODR, Abu Ali (Arabic: ابو علي خضر); a.k.a. TAHER, Khader Ali; a.k.a. TAHER, Kheder Ali; a.k.a. TAHER, Khider Ali; a.k.a. TAHER, Khodr Ali (Arabic: خضر علي طاهر); a.k.a. "AL-KHUDUR, Khudhur Taher"; a.k.a. "JIJEH, Abu Ali"), Damascus, Syria; Tartous, Syria; DOB 1976; POB Safita, Tartous, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

BIN AL-SUAIY, Khalifa Turki bin Muhammad (a.k.a. ALSUBAIE, Khalifa Mohd Turki; a.k.a. AL-SUBAIE, Khalifa Mohd Turki; a.k.a. AL-SUBAIY, Khalifa Muhammad Turki; a.k.a. AL-SUBAYI, Khalifa); DOB 01 Jan 1965; POB Doha, Qatar; citizen Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00685868 (Qatar); National ID No. 26563400140 (Qatar) (individual) [SDGT].

BIN AL-ZAHRANI, Ahmed bin Abdullah Saleh (a.k.a. AL-AZADI, Abu Maryam; a.k.a. AL-KHOZMRI, Ahmed Abdullah Saleh al-Zahrani; a.k.a. AL-SAUDI, Abu Maryam; a.k.a. AL-ZAHRANI, Abu Maryam; a.k.a. AL-ZAHRANI, Ahmad Abdullah Salih; a.k.a. AL-ZAHRANI, Ahmed Abdullah S; a.k.a. AL-ZAHRANI, Ahmed Abdullah Saleh al-Khazmari), Iran; Pakistan; DOB 15 Sep 1978; POB Dammam, Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E126785 (Saudi Arabia) issued 27 May 2002 expires 03 Apr 2007; Interpol: Red Notice. File No. 2009/3599. March 24, 2009. Orange Notice. File No. 2009/52/OS/CCC. February 10, 2009. (individual) [SDGT].

BIN FADZLON, Muhammad Danial (a.k.a. DANIAL, Muhammad), 422 Tampines Street 41, #04-146 Sun Plaza Gardens, Singapore 520422, Singapore; No. 10, Jalan Hang Tuah 2/3, East Ledang, Iskandar Puteri, Johor 79250, Malaysia; DOB 16 Dec 1984; POB Singapore; nationality Singapore; Gender Male; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Passport K1668916N (Singapore) (individual) [IRAN-EO13846].

BIN HAMMIDI, Muhammad Muhammad (a.k.a. BEN HAMMEDI, Mohammed; a.k.a. BENHAMMEDI, Mohammed; a.k.a. HANNADI, Mohamed; a.k.a. "ABU AL QASSAM"; a.k.a. "ABU HAJIR"; a.k.a. "ABU HAJIR AL LIBI"; a.k.a. "HAMMEDI, Ben"; a.k.a. "PANHAMMEDI"), Midlands, United Kingdom; DOB 22 Sep 1966; POB Libya; citizen Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BIN KHALIFA, Fahmi (a.k.a. AL IDRISI, Fehmi Abu Zaid Salem; a.k.a. BEN KHALIFA, Fahmi; a.k.a. BEN KHALIFA, Fahmi Mousa Saleem; a.k.a. SALEM, al Idrisi Fehmi Abu Zaid; a.k.a. "Fahmi Slim"; a.k.a. "King of Zawarah"), Sarage El Islam, Tripoli, Libya; Zuwarah, Libya; DOB 02 Jan 1972; nationality Libya; Gender Male; National ID No. 560147C (Libya) (individual) [LIBYA3].

BIN LADEN, Hamza; DOB 01 Jan 1989 to 31 Dec 1989; POB Jeddah, Saudi Arabia; citizen Saudi Arabia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BIN LADEN, Osama (a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN, Osama; a.k.a. BIN LADIN, Osama bin Muhammad bin Awad; a.k.a. BIN LADIN, Usama; a.k.a. BIN LADIN, Usama bin Muhammad bin Awad); DOB 30 Jul 1957; alt. DOB 1958; POB Jeddah, Saudi Arabia; alt. POB Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BIN LADEN, Sa'ad (a.k.a. ABBUD, Bin Muhammad Awad; a.k.a. ABUD, Sa'ad Muhammad Awad; a.k.a. ADBUD, Muhammad 'Awad; a.k.a. AWAD, Muhammad; a.k.a. BAABOOD, Sa'ad Muhammad; a.k.a. BIN LADEN, Sad; a.k.a. "AL-KAHTANE, Abdul Rahman"); DOB 1982; POB Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 520951 (Sudan); alt. Passport 530951 (Sudan) (individual) [SDGT].

BIN LADEN, Sad (a.k.a. ABBUD, Bin Muhammad Awad; a.k.a. ABUD, Sa'ad Muhammad Awad; a.k.a. ADBUD, Muhammad 'Awad; a.k.a. AWAD, Muhammad; a.k.a. BAABOOD, Sa'ad Muhammad; a.k.a. BIN LADEN, Sa'ad; a.k.a. "AL-KAHTANE, Abdul Rahman"); DOB 1982; POB Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Passport 520951 (Sudan); alt. Passport 530951 (Sudan) (individual) [SDGT].

BIN LADEN, Usama (a.k.a. BIN LADEN, Osama; a.k.a. BIN LADIN, Osama; a.k.a. BIN LADIN, Osama bin Muhammad bin Awad; a.k.a. BIN LADIN, Usama; a.k.a. BIN LADIN, Usama bin Muhammad bin Awad); DOB 30 Jul 1957; alt. DOB 1958; POB Jeddah, Saudi Arabia; alt. POB Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BIN LADIN, Osama (a.k.a. BIN LADEN, Osama; a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN, Osama bin Muhammad bin Awad; a.k.a. BIN LADIN, Usama; a.k.a. BIN LADIN, Usama bin Muhammad bin Awad); DOB 30 Jul 1957; alt. DOB 1958; POB Jeddah, Saudi Arabia; alt. POB Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BIN LADIN, Osama bin Muhammad bin Awad (a.k.a. BIN LADEN, Osama; a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN, Osama; a.k.a. BIN LADIN, Usama; a.k.a. BIN LADIN, Usama bin Muhammad bin Awad); DOB 30 Jul 1957; alt. DOB 1958; POB Jeddah, Saudi Arabia; alt. POB Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BIN LADIN, Usama (a.k.a. BIN LADEN, Osama; a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN, Osama; a.k.a. BIN LADIN, Osama bin Muhammad bin Awad; a.k.a. BIN LADIN, Usama bin Muhammad bin Awad); DOB 30 Jul 1957; alt. DOB 1958; POB Jeddah, Saudi Arabia; alt. POB Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BIN LADIN, Usama bin Muhammad bin Awad (a.k.a. BIN LADEN, Osama; a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN, Osama; a.k.a. BIN LADIN, Osama bin Muhammad bin Awad; a.k.a. BIN LADIN, Usama); DOB 30 Jul 1957; alt. DOB 1958; POB Jeddah, Saudi Arabia; alt. POB Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BIN MANSOR, Amran (a.k.a. BIN MANSOR, Henry; a.k.a. BIN MANSOUR, Amran; a.k.a. MANSOR, Amran); DOB 25 May 1965; POB Malaysia; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BIN MANSOR, Henry (a.k.a. BIN MANSOR, Amran; a.k.a. BIN MANSOUR, Amran; a.k.a. MANSOR, Amran); DOB 25 May 1965; POB Malaysia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BIN MANSOUR, Amran (a.k.a. BIN MANSOR, Amran; a.k.a. BIN MANSOR, Henry; a.k.a. MANSOR, Amran); DOB 25 May 1965; POB Malaysia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BIN MARWAN, Bilal; DOB 1947; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BIN MARZUKI, Zulkifli (a.k.a. BIN ZUKEPLI, Marzuki; a.k.a. MARZUKI, Zulkepli; a.k.a. MARZUKI, Zulkifli; a.k.a. "ZUKIPLI"; a.k.a. "ZULKIFLI"); DOB 03 Jul 1968; POB Malaysia; nationality Malaysia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BIN MOHAMMED, Abu Mohammed Abubakar (a.k.a. BI MUHAMMED, Abu Muhammed Abubakar; a.k.a. SHEKAU, Abubakar; a.k.a. "SHAYKU"; a.k.a. "SHEHU"; a.k.a. "SHEKAU"), Nigeria; DOB 1969; POB Shekau Village, Yobe State, Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BIN MUHAMMAD, Ayadi Chafiq (a.k.a. AIADI, Ben Muhammad; a.k.a. AIADY, Ben Muhammad; a.k.a. AYADI CHAFIK, Ben Muhammad; a.k.a. AYADI SHAFIQ, Ben Muhammad), Helene Meyer Ring 10-1415-80809, Munich, Germany; 129 Park Road, NW8, London, United Kingdom; 28 Chaussee de Lille, Mouscron, Belgium; Darvingasse 1/2/58-60, Vienna, Austria; Tunisia; DOB 21 Jan 1963; POB Safais (Sfax), Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BIN SUFAAT, Yazud (a.k.a. SHUFAAT, Yazid; a.k.a. SUFAAT, Yazid); DOB 20 Jan 1964; POB Johor, Malaysia; nationality Malaysia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A10472263 (Malaysia) (individual) [SDGT].

BIN ZEIN, Hisyam (a.k.a. ARSALAN, Mike; a.k.a. JAFAR, Anis Alawi; a.k.a. KECIL, Umar; a.k.a. PATEK, Omar; a.k.a. PATEK, Umar; a.k.a. "AL ABU SYEKH AL ZACKY"; a.k.a. "PAK TAEK"; a.k.a. "PA'TEK"; a.k.a. "UMANGIS MIKE"); DOB 20 Jul 1966; POB Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BIN ZUKEPLI, Marzuki (a.k.a. BIN MARZUKI, Zulkifli; a.k.a. MARZUKI, Zulkepli; a.k.a. MARZUKI, Zulkifli; a.k.a. "ZUKIPLI"; a.k.a. "ZULKIFLI"); DOB 03 Jul 1968; POB Malaysia; nationality Malaysia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BINA GRUPP (a.k.a. LTD BINA GROUP), Ul. Elektrozavodskaya D. 27, Str. 7, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7706725428 (Russia); Registration Number 1097746585452 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

BINAH, Yassin (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yasiin Cali; a.k.a. BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

BIN-ALI ABKAR, Al-Hasan (a.k.a. ALI ABKAR, Al-Hassan; a.k.a. ALI ABKAR, Hasan; a.k.a. ALI ALI ABKAR, Al Hassan; a.k.a. ALI ALI ABKAR, Al-Hasan; a.k.a. ALI ALI ABKAR, Alihasan; a.k.a. BIN ALI ABKAR, Hassan), Al-Ghail district, Al-Jawf Governorate, Yemen; DOB 05 Jun 1962; POB Yemen; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02214513 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

BINALSHEIDAH, Ramzi Mohamed Abdullah (a.k.a. BIN AL SHIBH, Ramzi; a.k.a. BINALSHIBH, Ramzi Mohammed Abdullah;

a.k.a. OMAR, Ramzi Mohammed Abdellah), Guantanamo Bay detention center, Cuba; DOB 01 May 1972; alt. DOB 16 Sep 1973; POB Hadramawt, Yemen; alt. POB Khartoum Sudan; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport R85243 (Yemen); alt. Passport A755350 (Saudi Arabia); alt. Passport 00085243 (Yemen) (individual) [SDGT].

BINALSHIBH, Ramzi Mohammed Abdullah (a.k.a. BIN AL SHIBH, Ramzi; a.k.a. BINALSHEIDAH, Ramzi Mohamed Abdullah; a.k.a. OMAR, Ramzi Mohammed Abdellah), Guantanamo Bay detention center, Cuba; DOB 01 May 1972; alt. DOB 16 Sep 1973; POB Hadramawt, Yemen; alt. POB Khartoum Sudan; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport R85243 (Yemen); alt. Passport A755350 (Saudi Arabia); alt. Passport 00085243 (Yemen) (individual) [SDGT].

BINARY PROPERTIES CO. LTD. (Chinese Traditional: 睿督有限公司), Taiwan; Identification Number 82795436 (Taiwan) [TCO] (Linked To: CHEN, Zhi).

BINARY PROPERTIES PTE. LTD., Singapore; Identification Number 201900420Z (Singapore) [TCO] (Linked To: CHEN, Zhi).

BINGO INTERNACIONAL E.U., Avenida 19 No. 9-40, Bogota, Colombia; NIT # 900103490-3 (Colombia) [SDNTK].

BINRIN LIMITED (Chinese Traditional: 丙林有限公司), Room A3, 9/F., Goodwill Industrial Building, No 36-44 Pak Tin Par Street, Tsuen Wan, New Territories, Hong Kong, China; Flat H29, 1/F, Phase 2 Kwai Shing Ind. Bldg., No. 42-46 Tai Lin Pai Road, Kwai Chung, New Territories, Hong Kong, China; Unit 1307, Beverly commercial Centre, 87-105 Chatham South Road, Tsim Sha Tsui, Kowloon, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec.

5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); C.R. No. 2725675 (Hong Kong) [IRAN-EO13846] (Linked To: ARYA SASOL POLYMER).

BIN-UTHMAN, Adil Abdu Bin-Fari (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

BIO CORPORATION (a.k.a. BOSNIAN INVESTMENT ORGANIZATION), Sarajevo, Bosnia and Herzegovina [BALKANS].

BIO PHARM TRADE LLC (Cyrillic: ООО БИО ФАРМ ТРЕЙД) (a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU BIO FARM TREID (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БИО ФАРМ ТРЕЙД)), Per Bolshoi Tishinskii, D. 43/20, Str. 2, Floor/Kom. 2/10, Moscow 123557, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 May 2021; Tax ID No. 9703036085 (Russia); Government Gazette Number 60163642 (Russia); Business Registration Number 1217700255024 (Russia) [NPWMD] [RUSSIA-EO14024] (Linked To: GAVRYUCHENKOV, Andrei Viktorovich).

BIOCOMBUSTIBLES EL JICARO, S.A. DE C.V., Veracruz, Veracruz, Mexico; Organization Established Date 04 Sep 2019; Organization Type: Retail sale of automotive fuel in specialized stores; Folio Mercantil No. N-

2020007868 (Mexico) [ILLICIT-DRUGS-EO14059].

BIOESPORT S.A. DE C.V., Avenida Ave. 13 y Morelos S/N, Colonia Bachoco, Hermosillo, Sonora 83148, Mexico; R.F.C. BIO901025VE2 (Mexico) [SDNTK].

BIOGRAD LLC (a.k.a. BIOGRADE LTD; a.k.a. JSC BIOGRAD; a.k.a. ZAO BIOGRAD), Ul. Mira 14, Kv 630, Saint Petersburg 197101, Russia; Pr-kt Petrovskii D. 14, Lit. A, Pom. 19N, Saint Petersburg 197110, Russia; Torzhkovskaya st. 5, BC Optima, Saint Petersburg 197342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813030678 (Russia); Registration Number 1027806867670 (Russia) [RUSSIA-EO14024].

BIOGRADE LTD (a.k.a. BIOGRAD LLC; a.k.a. JSC BIOGRAD; a.k.a. ZAO BIOGRAD), Ul. Mira 14, Kv 630, Saint Petersburg 197101, Russia; Pr-kt Petrovskii D. 14, Lit. A, Pom. 19N, Saint Petersburg 197110, Russia; Torzhkovskaya st. 5, BC Optima, Saint Petersburg 197342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813030678 (Russia); Registration Number 1027806867670 (Russia) [RUSSIA-EO14024].

BIOPHARMIST MEDICAL PRODUCTS TRADE LIMITED COMPANY (a.k.a. BIOPHARMIST MEDIKAL URUNLER DIS TICARET LTD STI; a.k.a. BIOPHARMIST MEDIKAL URUNLER TICARET LIMITED SIRKETI), D-134956, Orta Mah. Oztes Sk, No. 3, Orhanli, Tuzla, Istanbul, Turkey; Inonu Mah., 19 Mayis Cd., No 106-5, Atasehir, Istanbul 34755, Turkey; Website biopharmist.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Apr 2022; Business Registration Number 375841-5 (Turkey); Registration Number 1760978321 (Turkey) [RUSSIA-EO14024].

BIOPHARMIST MEDIKAL URUNLER DIS TICARET LTD STI (a.k.a. BIOPHARMIST MEDICAL PRODUCTS TRADE LIMITED COMPANY; a.k.a. BIOPHARMIST MEDIKAL URUNLER TICARET LIMITED SIRKETI), D-134956, Orta Mah. Oztes Sk, No. 3, Orhanli, Tuzla, Istanbul, Turkey; Inonu Mah., 19 Mayis Cd., No 106-5, Atasehir, Istanbul 34755, Turkey; Website biopharmist.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Apr 2022; Business Registration Number 375841-5 (Turkey); Registration Number 1760978321 (Turkey) [RUSSIA-EO14024].

BIOPHARMIST MEDIKAL URUNLER TICARET LIMITED SIRKETI (a.k.a. BIOPHARMIST MEDICAL PRODUCTS TRADE LIMITED COMPANY; a.k.a. BIOPHARMIST MEDIKAL URUNLER DIS TICARET LTD STI), D-134956, Orta Mah. Oztes Sk, No. 3, Orhanli, Tuzla, Istanbul, Turkey; Inonu Mah., 19 Mayis Cd., No 106-5, Atasehir, Istanbul 34755, Turkey; Website biopharmist.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Apr 2022; Business Registration Number 375841-5 (Turkey); Registration Number 1760978321 (Turkey) [RUSSIA-EO14024].

BIR WA ELEHSSAN SOCIETY (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BIRANG, Ali Morteza (Arabic: علی مرتضی بی رنگ), Tehran, Iran; DOB 16 Apr 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport W53642578 (Iran) expires 15 Mar 2026; National ID No. 1379244511 (Iran) (individual) [IRAN-EO13902] (Linked To: RUNC EXCHANGE SYSTEM COMPANY).

BIRAWI, Zaher Khaled Hassan (Arabic: زاهر خالد حسن بيرواي) (a.k.a. "Abu Hasan"), United Kingdom; DOB Oct 1961; POB Asira al-Shimaliya Village, West Bank, Palestinian Territories; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT]

(Linked To: POPULAR CONFERENCE FOR PALESTINIANS ABROAD).

BIRR AND ELEHSSAN SOCIETY (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BIRTRANS, Ul. Stepana Shutova D. 4, Str. 1, E 2 Pom. V K 17 Of 1, Moscow 109380, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7721231416 (Russia); Registration Number 1027739243025 (Russia) [RUSSIA-EO14024].

BISHAWRI, Abu Mohammad Amin (a.k.a. AL-BISHAURI, Abu Mohammad Shaykh Aminullah; a.k.a. AL-PESHAWARI, Shaykh Abu Mohammed Ameen; a.k.a. AL-PESHAWARI, Shaykh Aminullah; a.k.a. AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed; a.k.a. GUL AL-PAKISTANI, Niaz Muhammad Muhammada; a.k.a. MUHAMMAD, Niaz; a.k.a. PESHAWARI, Abu Mohammad Aminullah; a.k.a. "AMINULLAH, Shaykh"; a.k.a. "AMINULLAH, Sheik"; a.k.a. "SHAYKH AMEEN"), Ganj District, Peshawar, Khyber Pakhtunkhwa, Pakistan; House number T-876 Galli Mohallah, Sheikh Abad number 4, Peshawar, Khyber Pakhtunkhwa, Pakistan; Saudi Arabia; DOB circa 01 Jan 1961; POB Shunkrai village, Sarkani District, Konar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport FU0152122 (Pakistan) expires 24 Apr 2017; alt. Passport FU0152121 (Pakistan) (individual) [SDGT] (Linked To: JAMIA TALEEM-UL-

QURAN-WAL-HADITH MADRASSA; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

BISIMWA, Bertrand, North Kivu, Congo, Democratic Republic of the; Uganda; DOB 08 Sep 1972; POB Bukavu, South Kivu, Congo, Democratic Republic of the; nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO].

BITAR, Bayan (a.k.a. AL-BITAR, Bayan), PO Box 11037, Damascus, Syria; DOB 08 Mar 1947; Managing Director of the Organization for Technological Industries (individual) [NPWMD] (Linked To: ORGANIZATION FOR TECHNOLOGICAL INDUSTRIES).

BITFINGROUP OU (Latin: BITFINGROUP OÜ), Lasnamae linnaosa, Vaike-Paala tn 2, Tallinn, Harju maakond 11415, Estonia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Sep 2021; Registration Number 16323700 (Estonia) [RUSSIA-EO14024].

BITPAPA (a.k.a. BITPAPA FZC LLC (Arabic: بيت بابا ش.م.ح/ذ.م.م); a.k.a. BITPAPA IC FZC LLC (Arabic: بيتبابا اي سي ش.م.ح / ذ.م.م); a.k.a. BITPAPA PAY; a.k.a. PAPA HOLDING LTD), A-0059-652 Flamingo Villas, Ajman Media City Free Zone, Ajman, United Arab Emirates; Website https://www.bitpapa.com; alt. Website https://www.bitpapa.org; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Apr 2022; Registration Number 5069 (United Arab Emirates); alt. Registration Number RA000693_172229 (Belize); Economic Register Number (CBLS) 11874154 (United Arab Emirates) [RUSSIA-EO14024].

BITPAPA FZC LLC (Arabic: بيت بابا ش.م.ح/ذ.م.م) (a.k.a. BITPAPA; a.k.a. BITPAPA IC FZC LLC (Arabic: بيتبابا اي سي ش.م.ح / ذ.م.م); a.k.a. BITPAPA PAY; a.k.a. PAPA HOLDING LTD), A-0059-652 Flamingo Villas, Ajman Media City Free Zone, Ajman, United Arab Emirates; Website https://www.bitpapa.com; alt. Website https://www.bitpapa.org; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Apr 2022; Registration Number 5069 (United Arab Emirates); alt. Registration Number RA000693_172229 (Belize); Economic Register Number (CBLS) 11874154 (United Arab Emirates) [RUSSIA-EO14024].

BITPAPA IC FZC LLC (Arabic: بيتبابا اي سي ش.م.ح / ذ.م.م) (a.k.a. BITPAPA; a.k.a. BITPAPA FZC LLC (Arabic: بيت بابا ش.م.ح/ذ.م.م); a.k.a. BITPAPA PAY; a.k.a. PAPA HOLDING LTD), A-

0059-652 Flamingo Villas, Ajman Media City Free Zone, Ajman, United Arab Emirates; Website https://www.bitpapa.com; alt. Website https://www.bitpapa.org; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Apr 2022; Registration Number 5069 (United Arab Emirates); alt. Registration Number RA000693_172229 (Belize); Economic Register Number (CBLS) 11874154 (United Arab Emirates) [RUSSIA-EO14024].

BITPAPA PAY (a.k.a. BITPAPA; a.k.a. BITPAPA FZC LLC (Arabic: بيت بابا ش.م.ح/ذ.م.م); a.k.a. BITPAPA IC FZC LLC (Arabic: بيتبابا اي سى ش.م.ح / ذ.م.م); a.k.a. PAPA HOLDING LTD), A-0059-652 Flamingo Villas, Ajman Media City Free Zone, Ajman, United Arab Emirates; Website https://www.bitpapa.com; alt. Website https://www.bitpapa.org; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Apr 2022; Registration Number 5069 (United Arab Emirates); alt. Registration Number RA000693_172229 (Belize); Economic Register Number (CBLS) 11874154 (United Arab Emirates) [RUSSIA-EO14024].

BITRIVER AG, Baarerstrasse 135, Zug 6300, Switzerland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Apr 2021; Tax ID No. 412633295 (Switzerland); Registration Number CH-170.3.045.713-7 (Switzerland) [RUSSIA-EO14024].

BITRIVER RUS (a.k.a. OOO BITRIVER RUS), d. 11B ofis 1, Bratsk 665709, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Nov 2017; Tax ID No. 3805731961 (Russia); Registration Number 1173850041749 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

BITRIVER-K, LLC (a.k.a. OOO BITRIVER-K), zd. 7 k. 1 pom. 2 kom. 213, ul. Tranzitnaya, Zheleznogorsk, Kransoyarski Kr. 662970, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Jan 2021; Tax ID No. 2452048315 (Russia); Government Gazette Number 10690098 (Russia); Registration Number 1212400001197 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

BITRIVER-NORTH LLC (a.k.a. BITRIVER-SEVER, OOO; a.k.a. OOO BITRIVER-NORTH), Ul. Ozernaya D. 50A, Office 1, Norilsk 663321, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization

Established Date 15 Jun 2020; Tax ID No. 6658535180 (Russia); Government Gazette Number 44503601 (Russia); Registration Number 1206600031945 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

BITRIVER-SEVER, OOO (a.k.a. BITRIVER-NORTH LLC; a.k.a. OOO BITRIVER-NORTH), Ul. Ozernaya D. 50A, Office 1, Norilsk 663321, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Jun 2020; Tax ID No. 6658535180 (Russia); Government Gazette Number 44503601 (Russia); Registration Number 1206600031945 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

BITRIVER-TURMA, LLC (a.k.a. OOO BITRIVER-TURMA), Ul. Stroitelnaya D. 12, Pomeshch. 1004, Turma 665760, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Sep 2021; Tax ID No. 3805736568 (Russia); Registration Number 1213800018596 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

BITZIOS, Felix, Valaoritou 9, Filothei, Attica 15237, Greece; DOB 01 May 1974; POB Athens, Greece; nationality Greece; Gender Male; Passport AT1170869 (Greece); National ID No. AA026331 (Greece) (individual) [CYBER2].

BIUK (a.k.a. BIMEH IRAN INSURANCE COMPANY (U.K.) LIMITED), 4/5 Fenchurch Buildings, London EC3M 5HN, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 01223433 (United Kingdom); all offices worldwide [IRAN].

BIZ, Imad (a.k.a. BAYZ, 'Imad Muhammad; a.k.a. BEIZ, Imad; a.k.a. BEZZ, Imad Mohamad (Arabic: عماد محمد بيز)), Mashghara al-Tahta, Beqaa, Lebanon; DOB 29 Jun 1978; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0993984 (Lebanon); National ID No. 000025755618 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

BIZENJO, Mir Yaqub (a.k.a. BAZINGO, Mohammad Hyat; a.k.a. BAZINJO, Imam; a.k.a. BHEEL, Imam), Jiwani, Pakistan; Turbat, Pakistan; Gwadar, Pakistan; DOB 1956; alt. DOB 1946; nationality Pakistan (individual) [SDNTK].

BIZNESA ATTISTIBAS ASOCIACIJA (a.k.a. "BUSINESS DEVELOPMENT ASSOCIATION"), 8 - 1 Uzavas iela, Ventspils LV-3601, Latvia; Tax ID No. 40008055717 (Latvia) [GLOMAG] (Linked To: LEMBERGS, Aivars).

BIZNESPROMESTEIT (a.k.a. LIMITED LIABILITY COMPANY BUSINESSPROMESTATE), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Apr 2013; Tax ID No. 7731481060 (Russia); Registration Number 5147746189069 (Russia) [RUSSIA-EO14024] (Linked To: GARSHIN, Vadim Veniaminovich; Linked To: RAZORENOV, Aleksandr Gennadievich).

BIZNES-STOLITSA, OOO (Cyrillic: ООО БИЗНЕС-СТОЛИЦА) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU BIZNES-STOLITSA), d. 14 korp. 1 pom. Khll/kom. 1, ul., Sokolovo-Meshcherskaya Moscow, Moscow 125466, Russia; D-U-N-S Number 50-722-4994; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7733904024 (Russia); Government Gazette Number 40335667 (Russia); Registration Number 5147746417682 (Russia) [CYBER2] (Linked To: GUSEV, Denis Igorevich).

BJELICA, Milovan (a.k.a. "CICKO"), Starine Novaka Street BB, Sokolac, Republika Srpska, Bosnia and Herzegovina; DOB 19 Oct 1958; POB Rogatica, Bosnia-Herzegovina; National ID No. 1910958130007 (individual) [BALKANS].

BLACK DIAMOND PETROLEUM DERIVATIVES, Sanaa, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2017; Registration Number 2017010225 (Yemen) [SDGT] (Linked To: ANSARALLAH).

BLACK DIAMOND SARL, Beirut, Baabda, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Mar 2016; Commercial Registry Number 2044841 (Lebanon) [SDGT] (Linked To: ZANGA S.A.S.).

BLACK DROP INTL CO., LIMITED (f.k.a. UNITED PETROCHEMIAL CO., LIMITED), Rm. 910, Block 1, No. 132-1 Liuhua Square, Dongfeng West Rd., Yuexiu District, Guangzhou, China; Unit C2, 12F, Block A, Universal Industrial Center, 19-25 Shan Mei Street, Fo Tan, Hong Kong, China; Additional

Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.R. No. 2513558 (Hong Kong); Business Registration Number 6753441400003185 (Hong Kong) [SDGT] [IFSR] (Linked To: HASHEMI, Seyed Morteza Minaye).

BLACK GOLD PLUS ENERGIES TRADING L.L.C (Arabic: بلاك جولد بلاس انيرجيز للتجارة ذ.م.م), Dubai, United Arab Emirates; Organization Established Date 01 Feb 2023; Organization Type: Support activities for petroleum and natural gas extraction; Trade License No. 1147422 (United Arab Emirates); Commercial Registry Number 1900474 (United Arab Emirates); Economic Register Number (CBLS) 12010877 (United Arab Emirates) [TCO] (Linked To: BHARDWAJ, Vikrant).

BLACK PEARL ENERGY TRADING LLC (a.k.a. BLACK PEARL ENERGY TRADING LLC FZ; a.k.a. OGC SHIPPING LLC FZ; a.k.a. STARLINE MANAGEMENT FZ LLC), Business Center 1, M Floor, The Meydan Hotel, Nad Al Sheba, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 30 Mar 2022; Registration Number 2201205 (United Arab Emirates) [UKRAINE-EO13662] [RUSSIA-EO14024].

BLACK PEARL ENERGY TRADING LLC FZ (a.k.a. BLACK PEARL ENERGY TRADING LLC; a.k.a. OGC SHIPPING LLC FZ; a.k.a. STARLINE MANAGEMENT FZ LLC), Business Center 1, M Floor, The Meydan Hotel, Nad Al Sheba, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 30 Mar 2022; Registration Number 2201205 (United Arab Emirates) [UKRAINE-EO13662] [RUSSIA-EO14024].

BLACK SHIELD COMPANY FOR GENERAL TRADING LLC (a.k.a. BLACK SHIELD COMPANY LTD.), Villa S6/35, New Azadi Atconz, Ainkawa, Erbil, Iraq; Business Registration Number 21756 (Iraq) [BELARUS-EO14038] (Linked To: KIDMA TECH OJSC).

BLACK SHIELD COMPANY LTD. (a.k.a. BLACK SHIELD COMPANY FOR GENERAL TRADING LLC), Villa S6/35, New Azadi Atconz, Ainkawa, Erbil, Iraq; Business Registration Number 21756 (Iraq) [BELARUS-EO14038] (Linked To: KIDMA TECH OJSC).

BLACK STONE OIL & GAS SPC (a.k.a. BLACK STONE OIL AND GAS (Arabic: الحجر الاسود للنفط والغاز)), Muscat, Muscat Governorate, Oman; Organization Established Date 22 Apr 2024; Identification Number IMO 0242372; Registration Number 1547543 (Oman) [IRAN-EO13902].

BLACK STONE OIL AND GAS (Arabic: الحجر الاسود للنفط والغاز) (a.k.a. BLACK STONE OIL & GAS SPC), Muscat, Muscat Governorate, Oman; Organization Established Date 22 Apr 2024; Identification Number IMO 0242372; Registration Number 1547543 (Oman) [IRAN-EO13902].

BLAGOJEVIC, Vidoje; DOB 22 Jun 1950; POB Bratunac, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

BLANC BANK LIMITED LIABILITY COMPANY (a.k.a. BLANC BANK LLC; f.k.a. INVESTMENT BANK VESTA LIMITED LIABILITY COMPANY), d. 9 str. 1, shosse Varshavskoe, Moscow 117105, Russia; SWIFT/BIC VSTARUMM; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 6027006032 (Russia); Identification Number ABTHPP.00007.ME.643 (Russia); Legal Entity Number 253400CW8F4L53HWU734; Registration Number 1026000001796 (Russia) [RUSSIA-EO14024].

BLANC BANK LLC (a.k.a. BLANC BANK LIMITED LIABILITY COMPANY; f.k.a. INVESTMENT BANK VESTA LIMITED LIABILITY COMPANY), d. 9 str. 1, shosse Varshavskoe, Moscow 117105, Russia; SWIFT/BIC VSTARUMM; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 6027006032 (Russia); Identification Number ABTHPP.00007.ME.643 (Russia); Legal Entity Number 253400CW8F4L53HWU734; Registration Number 1026000001796 (Russia) [RUSSIA-EO14024].

BLANCO HURTADO, Nestor Neptali, Miranda, Venezuela; DOB 26 Sep 1982; nationality Venezuela; Gender Male; Cedula No. 15222057 (Venezuela) (individual) [VENEZUELA-EO13884].

BLANCO MARRERO, Rafael Ramon (Latin: BLANCO MARRERO, Rafael Ramón), Caracas, Capital District, Venezuela; DOB 28 Feb 1968; Gender Male; Cedula No. 6250588 (Venezuela) (individual) [VENEZUELA].

BLANCO PUERTA, Edgar Fernando; DOB 19 Jun 1946; POB Medellin, Antioquia, Colombia; Cedula No. 13224238 (Colombia) (individual) [SDNTK].

BLASKIC, Tihomir; DOB 02 Nov 1960; POB Brestovsko, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

BLATS, Marks (a.k.a. BLATT, Mark), Latvia; DOB 23 Sep 1962; nationality Latvia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 23062-12608 (Latvia) (individual) [RUSSIA-EO14024] (Linked To: TEXEL F.C.G. TECHNOLOGY 2100 LTD).

BLATT, Mark (a.k.a. BLATS, Marks), Latvia; DOB 23 Sep 1962; nationality Latvia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 23062-12608 (Latvia) (individual) [RUSSIA-EO14024] (Linked To: TEXEL F.C.G. TECHNOLOGY 2100 LTD).

BLD MANAGEMENT (a.k.a. OOO BILDING MENEDZHMENT (Cyrillic: ООО БИЛДИНГ МЕНЕДЖМЕНТ); a.k.a. "BILDING MANAGEMENT"), Per. Butikovskii D. 7, Floor 3, Pom. I Komnata 1, Moscow 119034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Jul 2016; Tax ID No. 7703413861 (Russia); Registration Number 1167746703464 (Russia) [RUSSIA-EO14024] (Linked To: KOCHMAN, Evgeniy Borisovich).

BLENDER.IO (a.k.a. @BLENDERIO_ENGLISH; a.k.a. @BLENDERIO_RUSSIAN; a.k.a. @MADEAMAZE_BOT; a.k.a. BLENDERIO); Website https://blender.io; alt. Website https://blender.to; alt. Website http://blenderjkul472odyrnpmnirqgpzd3kms54jrrfycledrvvfbyj3wnqd.onion/; Email Address blender.io@tuta.io; alt. Email Address adblenderio@tuta.io; Digital Currency Address - XBT 3K35dyL85fR9ht7UgzPfd1gLRRXQtNTqE3; alt. Digital Currency Address - XBT 3Q5dGfLKkWqWSwYtbMUyc8xGjN5LrRviK4; alt. Digital Currency Address - XBT 3EPqGUw2q89pwPZ1UF8FJspE2AyojSTjdu; alt. Digital Currency Address - XBT 3LhnVMcBq4gsR7aDaRr9XmUo17CuYBV4FN; alt. Digital Currency Address - XBT 3F6bbvS1krsc1qR8FsbTDfYQyvkMm3QvmR; alt. Digital Currency Address - XBT 3JHMz3mTna1gVCZSPp8NgRFiY7phkv5mA8;

alt. Digital Currency Address - XBT 32DaxSzUhLBHY2WGSWQYiBSHnRsfQZrrRp; alt. Digital Currency Address - XBT 3MTRvM5QrYZHKo8gh5qKcrPK3RLjxcDCZE; alt. Digital Currency Address - XBT 34pFGsSYbWEritXncW9unZtQQE9dKSvKku; alt. Digital Currency Address - XBT 38ncxqt932N9CcfNfYuHGZgCyR85hDkWBW; alt. Digital Currency Address - XBT 3F6bbvS1krsc1qR8FsbTDfYQyvkMm3QvmR; alt. Digital Currency Address - XBT 3MD3riFB6U8PykypF6qkvSj8R2SGdUDPn3; alt. Digital Currency Address - XBT 3JUwAS7seL3fh5hxWh9fu3HCiEzjuQLTfg; alt. Digital Currency Address - XBT 3EUjqe9UpmyXCFd6jeu69hoTzndMRfxw9M; alt. Digital Currency Address - XBT 3QEjBiPzw6WZUL4MYMmMU6DY1Y25aVbpQu; alt. Digital Currency Address - XBT 3N3YSDvp4cbhEgNGabQxTN39kEzJmwG8Ah; alt. Digital Currency Address - XBT 3J19qffPT6mxQUcV6k5yVURGZtdhpdGr4y; alt. Digital Currency Address - XBT 33KKjn4exdBJQkTtdWxqpdVsWxrw3LareG; alt. Digital Currency Address - XBT 3GSXNXzyCDoQ1Rhsc7F1jjjFe7DGcHHdcM; alt. Digital Currency Address - XBT 3QJyT8nThEQakbfqgX86YjCK1Sp9hfNCUW; alt. Digital Currency Address - XBT 35hh9dg3wSvUJz9vFk1FsezLE5Fx3Hudk2; alt. Digital Currency Address - XBT 3NDzzVxiLBUs1WPvVGRfCYDTAD2Ua2PvW4; alt. Digital Currency Address - XBT 3DCCgmyKozcZkFBzYb1A2x8abZCpAUTPPk; alt. Digital Currency Address - XBT 3MvQ4gThF4mmuo49p4dBNchcmFHBRZnYfx; alt. Digital Currency Address - XBT 3FBgeJdhiBe22UoSpp51Vd8dPHVa2A4wZX; alt. Digital Currency Address - XBT 3HQDRyzwm82MFmLWtmyikDM9JQEtVT6vAp; alt. Digital Currency Address - XBT 31t4nEpcwyQJT1VuXdAoQZTT5givRDPsNP; alt. Digital Currency Address - XBT 39AALn7eTjdPzLb99hHhD6F7J8QWB3R2Rd; alt. Digital Currency Address - XBT 3LDbNuDkKmLae5r3a5icPA5CQg2Y8F7ogW; alt. Digital Currency Address - XBT 3JLyyLbwciWAC6re87D7mRknXakR4YbnUd; alt. Digital Currency Address - XBT 3ANWhUnHujdwbw2jEuGSRH6bvFsD9BqEy9; alt. Digital Currency Address - XBT 32fbAZMTaQxNd2fAue1PgsiPgWfcsHBQQt; alt. Digital Currency Address - XBT 3HupEUfKmMhvhXqf8TMoPAyqDcRC1kpe65; alt. Digital Currency Address - XBT

34kEYgpijvCmjvahRXXQEnBH76UGJVx2wg; alt. Digital Currency Address - XBT 3GYbbYkvqvjF5oYhaKCgQYCvcVE1JENk6J; alt. Digital Currency Address - XBT 3BazbaTP8ELJUEfPBV9z5HXEdgBziV9p7W; alt. Digital Currency Address - XBT 3GMfGEDYMTq9G8dEHet1zLtUFJwYwSNa3Y; alt. Digital Currency Address - XBT 38LjCapRrJEW7w2zwbyS15P9D9UGPjWS44; alt. Digital Currency Address - XBT 36XqYWGvUQwBrYLRVuegN4pJJJSPWL1WEu; alt. Digital Currency Address - XBT 37g6WgqedzZx6nx51tYgssNG8Hnknyj5nL; alt. Digital Currency Address - XBT 3QAdoc1rDCt8dii1GVPJXvvK6CEJLzCRZw; alt. Digital Currency Address - XBT 32PsiT8itBrEF84ebdaF82yBUEcz5Wc6uY; alt. Digital Currency Address - XBT 3B4G1M8eF3cThbeMwhEWkKzczw9QoNTGak; alt. Digital Currency Address - XBT 34ETiHfQWEYFCCaXmEeQWVmhFH5vz2JMvd; alt. Digital Currency Address - XBT 3PyzSbFj3hbQQjTzDzyLSgvFVDjB7yw4Cj; alt. Digital Currency Address - XBT 15PggTG7YhJKiE6B16vkKzA1YDTZipXEX4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 2017 [CYBER2].

BLENDERIO (a.k.a. @BLENDERIO_ENGLISH; a.k.a. @BLENDERIO_RUSSIAN; a.k.a. @MADEAMAZE_BOT; a.k.a. BLENDER.IO); Website https://blender.io; alt. Website https://blender.to; alt. Website http://blenderjkul472odyrnpmnirqgpzd3kms54jrrfycledrvvfbyj3wnqd.onion/; Email Address blender.io@tuta.io; alt. Email Address adblenderio@tuta.io; Digital Currency Address - XBT 3K35dyL85fR9ht7UgzPfd1gLRRXQtNTqE3; alt. Digital Currency Address - XBT 3Q5dGfLKkWqWSwYtbMUyc8xGjN5LrRviK4; alt. Digital Currency Address - XBT 3EPqGUw2q89pwPZ1UF8FJspE2AyojSTjdu; alt. Digital Currency Address - XBT 3LhnVMcBq4gsR7aDaRr9XmUo17CuYBV4FN; alt. Digital Currency Address - XBT 3F6bbvS1krsc1qR8FsbTDfYQyvkMm3QvmR; alt. Digital Currency Address - XBT 3JHMz3mTna1gVCZSPp8NgRFiY7phkv5mA8; alt. Digital Currency Address - XBT 32DaxSzUhLBHY2WGSWQYiBSHnRsfQZrrRp; alt. Digital Currency Address - XBT 3MTRvM5QrYZHKo8gh5qKcrPK3RLjxcDCZE; alt. Digital Currency Address - XBT

34pFGsSYbWEritXncW9unZtQQE9dKSvKku; alt. Digital Currency Address - XBT 38ncxqt932N9CcfNfYuHGZgCyR85hDkWBW; alt. Digital Currency Address - XBT 3F6bbvS1krsc1qR8FsbTDfYQyvkMm3QvmR; alt. Digital Currency Address - XBT 3MD3riFB6U8PykypF6qkvSj8R2SGdUDPn3; alt. Digital Currency Address - XBT 3JUwAS7seL3fh5hxWh9fu3HCiEzjuQLTfg; alt. Digital Currency Address - XBT 3EUjqe9UpmyXCFd6jeu69hoTzndMRfxw9M; alt. Digital Currency Address - XBT 3QEjBiPzw6WZUL4MYMmMU6DY1Y25aVbpQu; alt. Digital Currency Address - XBT 3N3YSDvp4cbhEgNGabQxTN39kEzJmwG8Ah; alt. Digital Currency Address - XBT 3J19qffPT6mxQUcV6k5yVURGZtdhpdGr4y; alt. Digital Currency Address - XBT 33KKjn4exdBJQkTtdWxqpdVsWxrw3LareG; alt. Digital Currency Address - XBT 3GSXNXzyCDoQ1Rhsc7F1jjjFe7DGcHHdcM; alt. Digital Currency Address - XBT 3QJyT8nThEQakbfqgX86YjCK1Sp9hfNCUW; alt. Digital Currency Address - XBT 35hh9dg3wSvUJz9vFk1FsezLE5Fx3Hudk2; alt. Digital Currency Address - XBT 3NDzzVxiLBUs1WPvVGRfCYDTAD2Ua2PvW4; alt. Digital Currency Address - XBT 3DCCgmyKozcZkFBzYb1A2x8abZCpAUTPPk; alt. Digital Currency Address - XBT 3MvQ4gThF4mmuo49p4dBNchcmFHBRZnYfx; alt. Digital Currency Address - XBT 3FBgeJdhiBe22UoSpp51Vd8dPHVa2A4wZX; alt. Digital Currency Address - XBT 3HQDRyzwm82MFmLWtmyikDM9JQEtVT6vAp; alt. Digital Currency Address - XBT 31t4nEpcwyQJT1VuXdAoQZTT5givRDPsNP; alt. Digital Currency Address - XBT 39AALn7eTjdPzLb99hHhD6F7J8QWB3R2Rd; alt. Digital Currency Address - XBT 3LDbNuDkKmLae5r3a5icPA5CQg2Y8F7ogW; alt. Digital Currency Address - XBT 3JLyyLbwciWAC6re87D7mRknXakR4YbnUd; alt. Digital Currency Address - XBT 3ANWhUnHujdwbw2jEuGSRH6bvFsD9BqEy9; alt. Digital Currency Address - XBT 32fbAZMTaQxNd2fAue1PgsiPgWfcsHBQQt; alt. Digital Currency Address - XBT 3HupEUfKmMhvhXqf8TMoPAyqDcRC1kpe65; alt. Digital Currency Address - XBT 34kEYgpijvCmjvahRXXQEnBH76UGJVx2wg; alt. Digital Currency Address - XBT 3GYbbYkvqvjF5oYhaKCgQYCvcVE1JENk6J; alt. Digital Currency Address - XBT 3BazbaTP8ELJUEfPBV9z5HXEdgBziV9p7W;

alt. Digital Currency Address - XBT 3GMfGEDYMTq9G8dEHet1zLtUFJwYwSNa3Y; alt. Digital Currency Address - XBT 38LjCapRrJEW7w2zwbyS15P9D9UGPjWS44; alt. Digital Currency Address - XBT 36XqYWGvUQwBrYLRVuegN4pJJJSPWL1WEu; alt. Digital Currency Address - XBT 37g6WgqedzZx6nx51tYgssNG8Hnknyj5nL; alt. Digital Currency Address - XBT 3QAdoc1rDCt8dii1GVPJXvvK6CEJLzCRZw; alt. Digital Currency Address - XBT 32PsiT8itBrEF84ebdaF82yBUEcz5Wc6uY; alt. Digital Currency Address - XBT 3B4G1M8eF3cThbeMwhEWkKzczw9QoNTGak; alt. Digital Currency Address - XBT 34ETiHfQWEYFCCaXmEeQWVmhFH5vz2JMvd; alt. Digital Currency Address - XBT 3PyzSbFj3hbQQjTzDzyLSgvFVDjB7yw4Cj; alt. Digital Currency Address - XBT 15PggTG7YhJKiE6B16vkKzA1YDTZipXEX4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 2017 [CYBER2].

BLIKSEM COMPUTERS & REQUISITES TRADING COMPANY LLC (Arabic: بليكسم لتجارة اجهزة الحاسب الالى ولوازمه شركة ذ.م.م.) (a.k.a. BLIKSEM COMPUTERS AND REQUISITES TRADING CO LLC), Deira Al Qusais Industrial Area 1, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 1076083 (United Arab Emirates) [RUSSIA-EO14024].

BLIKSEM COMPUTERS AND REQUISITES TRADING CO LLC (a.k.a. BLIKSEM COMPUTERS & REQUISITES TRADING COMPANY LLC (Arabic: بليكسم لتجارة اجهزة الحاسب الالى ولوازمه شركة ذ.م.م.)), Deira Al Qusais Industrial Area 1, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 1076083 (United Arab Emirates) [RUSSIA-EO14024].

BLIRI S.A. DE C.V., Nuevo Leon, Mexico; Organization Established Date 28 Feb 2007; Organization Type: Manufacture of industrial, electric and electronic machinery; Folio Mercantil No. 102358 (Mexico) [TCO] (Linked To: HYSA, Luftar; Linked To: HYSA, Arben).

BLISSEY PANAMA INC., Avenida Central y Calle 4ta, Edificio Plaza Central, Oficina 32, Panama City, Panama; RUC # 2989391409828 (Panama) [SDNTK].

BLM SYNERGY LLC (a.k.a. OOO BLM SINERZHI), Per. Kolodeznyi D. 3, Str. 26, Off. 212, Moscow 107076, Russia; Ul. Elektrozavodskaya D. 24, Str. 3, Kom. V 303, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718609666 (Russia); Registration Number 1067758765733 (Russia) [RUSSIA-EO14024].

BLOCK NIROU SUN CO (a.k.a. BNSA CO; a.k.a. KIA NIROU; a.k.a. NEKA NOVIN; a.k.a. NEKU NIROU TAVAN CO; a.k.a. NIKSA NIROU), Unit 7, No. 12, 13th Street, Mir-Emad St., Motahary Avenue, Tehran 15875-6653, Iran; No. 2, 3rd Floor, Simorgh St., Dr. Shariati Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

BLOTO INTERNATIONAL COMPANY (a.k.a. BLOTO INTERNATIONAL, LTD.; a.k.a. BLUTO INTERNATIONAL; a.k.a. PLUTO-DUBAI TRADING COMPANY, LLC), Iraq; 131/13 Soi 7/1 Sukhumvit Road, Wattana, Bangkok, Thailand; 131/13 Sukhumvit Road, Klongtoey Neua sub-district, Wattana District; Dubai, United Arab Emirates [IRAQ2].

BLOTO INTERNATIONAL, LTD. (a.k.a. BLOTO INTERNATIONAL COMPANY; a.k.a. BLUTO INTERNATIONAL; a.k.a. PLUTO-DUBAI TRADING COMPANY, LLC), Iraq; 131/13 Soi 7/1 Sukhumvit Road, Wattana, Bangkok, Thailand; 131/13 Sukhumvit Road, Klongtoey Neua sub-district, Wattana District; Dubai, United Arab Emirates [IRAQ2].

BLOTSKY, Vladimir Nikolayevich (Cyrillic: БЛОЦКИЙ, Владимир Николаевич), Russia; DOB 10 Nov 1977; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BLU SHIPPING M SDN. BHD., Unit 11-02, 11th Floor, Menara TJB, No. 9, Jalan Syed Mohd Mufti, Johor Bahru 80000, Malaysia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Sep 2019; Commercial Registry Number 1343697-K (Malaysia); Registration Number 201901034367 (Malaysia) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

BLUE AIRWAYS (a.k.a. BLUE SKY SZE), Mahan Air Tower, Azadegn Street, Karaj Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR).

BLUE BERRI SHIPPING INC., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Mar 2021; Business Number 108160 (Marshall Islands) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

BLUE CACTUS HEAVY EQUIPMENT & MACHINERY SPARE PARTS TRADING L.L.C. (a.k.a. BLUE CACTUS HEAVY EQUIPMENT AND MACHINERY SPARE PARTS TRADING L.L.C. (Arabic: بلو كاكتوس لتجارة قطع غيار اللت و المعدات الثقيلة ش.ذ.م.م)), P.O. Box 126242, United Arab Emirates; Plot No. 117-635, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Aug 2015; Commercial Registry Number 1185785 (United Arab Emirates); Registration Number 738453 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

BLUE CACTUS HEAVY EQUIPMENT AND MACHINERY SPARE PARTS TRADING L.L.C. (Arabic: بلو كاكتوس لتجارة قطع غيار اللت و المعدات الثقيلة ش.ذ.م.م) (a.k.a. BLUE CACTUS HEAVY EQUIPMENT & MACHINERY SPARE PARTS TRADING L.L.C.), P.O. Box 126242, United Arab Emirates; Plot No. 117-635, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Aug 2015; Commercial Registry Number 1185785 (United Arab Emirates); Registration Number 738453 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

BLUE CALM MARINE SERVICES (a.k.a. BLUE CALM MARINE SERVICES COMPANY), No. 174, 1st Floor (East Wing), Arian Tower, Mirdamad Blvd., Tehran 15498, Iran; Kian Mehr Bldg., 2nd Floor, Dr. Ebrahimeian Str., Jahan Bar, Eskeleh Ave., Bandar Abbas, Iran; Next to Izugam, Phase 3, 40th Ave., Sarbandar, Bandar Imam Khomeini, Iran; 2nd Floor, Ghanbari Bldg., Shohada Ave., Bandar Bushehr, Iran; BMS Bldg, No. 960, Chah Ghandi Ave., Kharg Island, Iran; Sirri Island, Iran; Lavan Island, Iran; Website https://www.bluecalmmarineservices.net;

Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1980; Business Registration Number 29856 (Iran) [NPWMD] [IFSR] (Linked To: P.B. SADR CO.).

BLUE CALM MARINE SERVICES COMPANY (a.k.a. BLUE CALM MARINE SERVICES), No. 174, 1st Floor (East Wing), Arian Tower, Mirdamad Blvd., Tehran 15498, Iran; Kian Mehr Bldg., 2nd Floor, Dr. Ebrahimeian Str., Jahan Bar, Eskeleh Ave., Bandar Abbas, Iran; Next to Izugam, Phase 3, 40th Ave., Sarbandar, Bandar Imam Khomeini, Iran; 2nd Floor, Ghanbari Bldg., Shohada Ave., Bandar Bushehr, Iran; BMS Bldg, No. 960, Chah Ghandi Ave., Kharg Island, Iran; Sirri Island, Iran; Lavan Island, Iran; Website https://www.bluecalmmarineservices.net; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1980; Business Registration Number 29856 (Iran) [NPWMD] [IFSR] (Linked To: P.B. SADR CO.).

BLUE LAGOON ALI KANSO GROUP (S.L.) LIMITED (a.k.a. BLUE LAGOON ALI KANSO GROUP LTD.; a.k.a. BLUE LAGOON GROUP; a.k.a. BLUE LAGOON GROUP LTD.), 65 Siaka Stevens Street, Freetown, Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 1060463-3 (Sierra Leone) [SDGT] (Linked To: QANSU, Ali Muhammad).

BLUE LAGOON ALI KANSO GROUP LTD. (f.k.a. BLUE LAGOON ALI KANSO GROUP (S.L.) LIMITED; a.k.a. BLUE LAGOON GROUP; a.k.a. BLUE LAGOON GROUP LTD.), 65 Siaka Stevens Street, Freetown, Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 1060463-3 (Sierra Leone) [SDGT] (Linked To: QANSU, Ali Muhammad).

BLUE LAGOON GROUP (f.k.a. BLUE LAGOON ALI KANSO GROUP (S.L.) LIMITED; a.k.a. BLUE LAGOON ALI KANSO GROUP LTD.; a.k.a. BLUE LAGOON GROUP LTD.), 65 Siaka Stevens Street, Freetown, Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 1060463-3 (Sierra Leone) [SDGT] (Linked To: QANSU, Ali Muhammad).

BLUE LAGOON GROUP LTD. (f.k.a. BLUE LAGOON ALI KANSO GROUP (S.L.) LIMITED; a.k.a. BLUE LAGOON ALI KANSO GROUP LTD.; a.k.a. BLUE LAGOON GROUP), 65 Siaka Stevens Street, Freetown, Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 1060463-3 (Sierra Leone) [SDGT] (Linked To: QANSU, Ali Muhammad).

BLUE OCEAN MARINE COMPANY LIMITED, Suite B35, Room A, 29th Floor, United Centre, 95, Queensway, Admiralty, Hong Kong, China; Organization Established Date 25 Jan 2024; Identification Number IMO 6484692; Business Registration Number 76164551 (Hong Kong) [IRAN-EO13902].

BLUE SKY AVIATION CO FZE, Al Maktoum Street, al Dana Centre, 3rd Floor, Office No. 306, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BLUE SKY INDUSTRY CORPORATION (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100

Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

BLUE SKY SZE (a.k.a. BLUE AIRWAYS), Mahan Air Tower, Azadegn Street, Karaj Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR).

BLUE STAR DIAMOND SAL - OFFSHORE, Ramla Al Bayda, Al Bizri Street, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1800235 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

BLUE TANKER SHIPPING SA, Care of Sambouk Shipping FCZ, Office 101, 1st Floor, FITCO Building No 3, Inside Fujairah Port, PO Box 50044, Fujairah, United Arab Emirates; Majuro MH, Marshall Islands; Liberia; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

BLUEJOURNEY SHIPPING LIMITED, 60, Nevis Street, St. John's, Antigua and Barbuda; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6474033 [UKRAINE-EO13662] [RUSSIA-EO14024].

BLUELANE OVERSEAS SA, Panama City, Panama; Identification Number IMO 6109861 [VENEZUELA-EO13850].

BLUENOROFF (a.k.a. "APT 38"; a.k.a. "APT38"; a.k.a. "STARDUST CHOLLIMA"), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

BLUESPECTRUM SHIPPING S.A., 60th Floor, BICSA Financial Center, Avenida Balboa, Panama City, Panama; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2023; Identification Number IMO 6459297; Folio Mercantil No. 155744579 (Panama) [SDGT] (Linked To: AL-QATIRJI COMPANY).

BLUE-STAR SECCION HOSTELERIA S.L., Calle Villaverde, 2, Parla, Madrid 28981, Spain; C.I.F. B84214477 (Spain) [SDNTK].

BLUTO INTERNATIONAL (a.k.a. BLOTO INTERNATIONAL COMPANY; a.k.a. BLOTO INTERNATIONAL, LTD.; a.k.a. PLUTO-DUBAI TRADING COMPANY, LLC), Iraq; 131/13 Soi 7/1 Sukhumvit Road, Wattana, Bangkok, Thailand; 131/13 Sukhumvit Road, Klongtoey Neua sub-district, Wattana District; Dubai, United Arab Emirates [IRAQ2].

BM BANK AO (f.k.a. AKTSIONERNY KOMMERCHESKI BANK BANK MOSKVY OTKRYTOE AKTSIONERNOE OBSCHCHESTVO; f.k.a. BANK MOSKVY PAO; f.k.a. BANK OF MOSCOW; a.k.a. BM BANK JSC; a.k.a. BM BANK PUBLIC JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMMERCIAL BANK - BANK OF MOSCOW OPEN JOINT STOCK COMPANY; a.k.a. PAO BM BANK), 8/15 Korp. 3 ul. Rozhdestvenka, Moscow 107996, Russia; Bld 3 8/15, Rozhdestvenka St., Moscow 107996, Russia; SWIFT/BIC MOSWRUMM; BIK (RU) 044525219; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 1027700159497 (Russia); Government Gazette Number 29292940 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

BM BANK JSC (f.k.a. AKTSIONERNY KOMMERCHESKI BANK BANK MOSKVY OTKRYTOE AKTSIONERNOE OBSCHCHESTVO; f.k.a. BANK MOSKVY PAO; f.k.a. BANK OF MOSCOW; a.k.a. BM BANK AO; a.k.a. BM BANK PUBLIC JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMMERCIAL BANK - BANK OF MOSCOW OPEN JOINT STOCK COMPANY; a.k.a. PAO BM BANK), 8/15 Korp. 3 ul. Rozhdestvenka, Moscow 107996, Russia; Bld 3 8/15, Rozhdestvenka St., Moscow 107996, Russia; SWIFT/BIC MOSWRUMM; BIK (RU) 044525219; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 1027700159497 (Russia); Government Gazette Number 29292940 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

BM BANK PUBLIC JOINT STOCK COMPANY (f.k.a. AKTSIONERNY KOMMERCHESKI BANK BANK MOSKVY OTKRYTOE AKTSIONERNOE OBSCHCHESTVO; f.k.a. BANK MOSKVY PAO; f.k.a. BANK OF MOSCOW; a.k.a. BM BANK AO; a.k.a. BM BANK JSC; a.k.a. JOINT STOCK COMMERCIAL BANK - BANK OF MOSCOW OPEN JOINT STOCK COMPANY; a.k.a. PAO BM BANK), 8/15 Korp. 3 ul. Rozhdestvenka, Moscow 107996, Russia; Bld 3 8/15, Rozhdestvenka St., Moscow 107996, Russia; SWIFT/BIC MOSWRUMM; BIK (RU) 044525219; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 1027700159497 (Russia); Government Gazette Number 29292940 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

BM SYSTEMS EAD, 119 Ekzarh Yosif Str., Oborishte Distr., Sofia 1527, Bulgaria; Organization Established Date 2007; Registration Number 131382912 (Bulgaria) [GLOMAG] (Linked To: INTRUST PLC EAD).

BMA SPEDITION GMBH (a.k.a. BELMAGISTRALAVTOTRANS SPEDITIONS GMBH), Justus-von-Liebig-Str. 21, Alzey 55232, Germany; Am Fuchsbau 1, Bad Saarow 15526, Germany; Siedlce, Poland; Smolensk, Russia; Pavlodar, Kazakhstan; Minsk, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Jan 1995; V.A.T. Number DE171692719 (Germany); Tax ID No. 08/666/09768 (Germany); Registration Number HRB 32490 (Mainz) (Germany) [RUSSIA-EO14024] (Linked To: KOSTIOUK, Evgueni).

BMIIC INTERNATIONAL GENERAL TRADING L.L.C., 705 International Business Tower, PO Box 181878, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: TOSE-E MELLI GROUP INVESTMENT COMPANY).

BNSA CO (a.k.a. BLOCK NIROU SUN CO; a.k.a. KIA NIROU; a.k.a. NEKA NOVIN; a.k.a. NEKU NIROU TAVAN CO; a.k.a. NIKSA NIROU), Unit 7, No. 12, 13th Street, Mir-Emad St., Motahary Avenue, Tehran 15875-6653, Iran; No. 2, 3rd Floor, Simorgh St., Dr. Shariati Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

BOALI GROUP (a.k.a. BU ALI GROUP), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

BOBKOV, Sergei Alekseevich (Cyrillic: БОБКОВ, Сергей Алексеевич) (a.k.a. BOBKOV, Sergey Alekseyevich), Russia; DOB 21 Jun 1980; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7726000947136 (Russia) (individual) [CAATSA - RUSSIA] (Linked To: STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION FGUP CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND MECHANICS).

BOBKOV, Sergey Alekseyevich (a.k.a. BOBKOV, Sergei Alekseevich (Cyrillic: БОБКОВ, Сергей Алексеевич)), Russia; DOB 21 Jun 1980; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7726000947136 (Russia) (individual) [CAATSA - RUSSIA] (Linked To: STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION FGUP CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND MECHANICS).

BOBRYSHEV, Vladimir Mihajlovich (a.k.a. BOBRYSHEV, Vladimir Mikhailovich (Cyrillic: БОБРЫШЕВ, Владимир Михайлович); a.k.a. BOBRYSHEV, Volodymyr Mykhailovych (Cyrillic: БОБРИШЕВ, Володимир Михайлович)), 29 Illyushi Kulika St., Apt. 275, Kherson, Kherson region, Ukraine; DOB 16 Jan 1966; POB Petrovka Village, Krasnogvardeyskiy district, Crimea, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2412201890 (Ukraine); alt. Tax ID No. 470310995344 (Russia) (individual) [RUSSIA-EO14024].

BOBRYSHEV, Vladimir Mikhailovich (Cyrillic: БОБРЫШЕВ, Владимир Михайлович) (a.k.a. BOBRYSHEV, Vladimir Mihajlovich; a.k.a. BOBRYSHEV, Volodymyr Mykhailovych (Cyrillic: БОБРИШЕВ, Володимир Михайлович)), 29 Illyushi Kulika St., Apt. 275, Kherson, Kherson region, Ukraine; DOB 16 Jan 1966; POB Petrovka Village, Krasnogvardeyskiy district, Crimea, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2412201890 (Ukraine); alt. Tax ID No. 470310995344 (Russia) (individual) [RUSSIA-EO14024].

BOBRYSHEV, Volodymyr Mykhailovych (Cyrillic: БОБРИШЕВ, Володимир Михайлович) (a.k.a. BOBRYSHEV, Vladimir Mihajlovich; a.k.a. BOBRYSHEV, Vladimir Mikhailovich (Cyrillic: БОБРЫШЕВ, Владимир Михайлович)), 29 Illyushi Kulika St., Apt. 275, Kherson, Kherson region, Ukraine; DOB 16 Jan 1966; POB Petrovka Village, Krasnogvardeyskiy district, Crimea, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2412201890 (Ukraine); alt. Tax ID No. 470310995344 (Russia) (individual) [RUSSIA-EO14024].

BOBYLEV, Peter Mikhailovich, Russia; DOB 21 Jul 1980; POB Chelyabinsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

BOCHAROV, Andrei Ivanovich (a.k.a. BOCHAROV, Andrey Ivanovich (Cyrillic: БОЧАРОВ, Андрей Иванович)), Volgograd Region, Russia; DOB 14 Oct 1969; POB Barnaul, Altay region, Russia; nationality

Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772970632606 (Russia) (individual) [RUSSIA-EO14024].

BOCHAROV, Andrey Ivanovich (Cyrillic: БОЧАРОВ, Андрей Иванович) (a.k.a. BOCHAROV, Andrei Ivanovich), Volgograd Region, Russia; DOB 14 Oct 1969; POB Barnaul, Altay region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772970632606 (Russia) (individual) [RUSSIA-EO14024].

BOCHUANG CERAMIC, INC., A101 Songgang Industry Park, No. 368 West Yindu Road, Shanghai 201612, China; Website http://www.boceramic.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

BODEAU, Gary, 11 Rue Doucet, Delmas 83, Port Au Prince HT6120, Haiti; DOB 18 Nov 1977; POB Port Au Prince, Haiti; nationality Haiti; Gender Male; Passport PP5201306 (Haiti) issued 03 Apr 2019 expires 02 Apr 2029; National ID No. 0038132991 (Haiti) (individual) [GLOMAG].

BODECARNE, S.A. DE C.V., Calle Teikame Numero 21, Modulo A, Nayarabastos, Tepic, Nayarit, Mexico; Folio Mercantil No. 7266 (Mexico) [GLOMAG].

BODEGA MICHIGAN, Calle 10A 11A-02, Maicao, Colombia; Matricula Mercantil No 0081931 (Colombia) [SDNTK].

BODYAKO, Aleksandr Mikhailovich (a.k.a. BADZIAKA, Aliaksandr Mikhailavich), 32 Zagorodnyi lane, Apartment 1, Mogilev, Belarus; DOB 20 Mar 1959; POB Village Pechary, Mogilev Region, Belarus; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport KB2480817 (Belarus); National ID No. 3200359M079PB8 (Belarus) (individual) [RUSSIA-EO14024] (Linked To: UNITARY PRIVATE SCIENCE PRODUCTION ENTERPRISE TEHNOLIT).

BOGACHEV, Evgeniy Mikhailovich (a.k.a. BOGACHEV, Evgeniy Mikhaylovich; a.k.a. "Lastik"; a.k.a. "lucky12345"; a.k.a. "Monstr"; a.k.a. "Pollingsoon"; a.k.a. "Slavik"), Lermontova Str., 120-101, Anapa, Russia; DOB 28 Oct 1983; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 (individual) [CYBER2].

BOGACHEV, Evgeniy Mikhaylovich (a.k.a. BOGACHEV, Evgeniy Mikhailovich; a.k.a. "Lastik"; a.k.a. "lucky12345"; a.k.a. "Monstr"; a.k.a. "Pollingsoon"; a.k.a. "Slavik"), Lermontova Str., 120-101, Anapa, Russia; DOB 28 Oct 1983; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

BOGACHEVA, Anna Vladislavovna, Russia; DOB 13 Mar 1988; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

BOGATIROV, Letscha (a.k.a. BOGATYREV, Lecha; a.k.a. BOGATYRYOV, Lecha); DOB 14 Mar 1975; POB Atschkoi, Chechen Republic, Russia (individual) [MAGNIT].

BOGATYREV, Lecha (a.k.a. BOGATIROV, Letscha; a.k.a. BOGATYRYOV, Lecha); DOB 14 Mar 1975; POB Atschkoi, Chechen Republic, Russia (individual) [MAGNIT].

BOGATYRIOVA, Raisa (a.k.a. BOGATYROVA, Raisa; a.k.a. BOGATYRYOVA, Raisa; a.k.a. BOHATYREVA, Raisa; a.k.a. BOHATYRIOVA, Raisa Vasylivna; a.k.a. BOHATYROVA, Raisa; a.k.a. BOHATYRYOVA, Raisa; a.k.a. BOHATYRYOVA, Rayisa); DOB 06 Jan 1953; POB Bakal, Chelyabinsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BOGATYROVA, Raisa (a.k.a. BOGATYRIOVA, Raisa; a.k.a. BOGATYRYOVA, Raisa; a.k.a. BOHATYREVA, Raisa; a.k.a. BOHATYRIOVA, Raisa Vasylivna; a.k.a. BOHATYROVA, Raisa; a.k.a. BOHATYRYOVA, Raisa; a.k.a. BOHATYRYOVA, Rayisa); DOB 06 Jan 1953; POB Bakal, Chelyabinsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BOGATYRYOV, Lecha (a.k.a. BOGATIROV, Letscha; a.k.a. BOGATYREV, Lecha); DOB 14 Mar 1975; POB Atschkoi, Chechen Republic, Russia (individual) [MAGNIT].

BOGATYRYOVA, Raisa (a.k.a. BOGATYRIOVA, Raisa; a.k.a. BOGATYROVA, Raisa; a.k.a. BOHATYREVA, Raisa; a.k.a. BOHATYRIOVA, Raisa Vasylivna; a.k.a. BOHATYROVA, Raisa; a.k.a. BOHATYRYOVA, Raisa; a.k.a. BOHATYRYOVA, Rayisa); DOB 06 Jan 1953;

POB Bakal, Chelyabinsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BOGDANOV, Vladimir (a.k.a. BOGDANOV, Vladimir Mikhailovich; a.k.a. BOGDANOV, Vladimir Mikhaylovich (Cyrillic: БОГДАНОВ, Владимир Михайлович)), Moscow, Russia; DOB 17 Jul 1958; POB Moscow, Russia; nationality Russia; Gender Male (individual) [NPWMD].

BOGDANOV, Vladimir Leonidovich, Russia; DOB 28 May 1951; POB Suyerka, Uporovsky District, Tyumen Region, Russian Federation; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 860205272069 (Russia) (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

BOGDANOV, Vladimir Mikhailovich (a.k.a. BOGDANOV, Vladimir; a.k.a. BOGDANOV, Vladimir Mikhaylovich (Cyrillic: БОГДАНОВ, Владимир Михайлович)), Moscow, Russia; DOB 17 Jul 1958; POB Moscow, Russia; nationality Russia; Gender Male (individual) [NPWMD].

BOGDANOV, Vladimir Mikhaylovich (Cyrillic: БОГДАНОВ, Владимир Михайлович) (a.k.a. BOGDANOV, Vladimir; a.k.a. BOGDANOV, Vladimir Mikhailovich), Moscow, Russia; DOB 17 Jul 1958; POB Moscow, Russia; nationality Russia; Gender Male (individual) [NPWMD].

BOGOMAZ, Aleksandr Vasilyevich (Cyrillic: БОГОМАЗ, Александр Васильевич) (a.k.a. BOGOMAZ, Alexander Vasilievich), Bryansk Region, Russia; DOB 23 Feb 1961; POB Gridenki, Bryansk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 322700256725 (Russia) (individual) [RUSSIA-EO14024].

BOGOMAZ, Alexander Vasilievich (a.k.a. BOGOMAZ, Aleksandr Vasilyevich (Cyrillic: БОГОМАЗ, Александр Васильевич)), Bryansk Region, Russia; DOB 23 Feb 1961; POB Gridenki, Bryansk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 322700256725 (Russia) (individual) [RUSSIA-EO14024].

BOGUSLAWSKI, Irek Borisovich (Cyrillic: БОГУСЛАВСКИЙ, Ирек Борисович), Russia; DOB 09 Sep 1967; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BOHATYREVA, Raisa (a.k.a. BOGATYRIOVA, Raisa; a.k.a. BOGATYROVA, Raisa; a.k.a. BOGATYRYOVA, Raisa; a.k.a. BOHATYRIOVA, Raisa Vasylivna; a.k.a. BOHATYROVA, Raisa; a.k.a. BOHATYRYOVA, Raisa; a.k.a. BOHATYRYOVA, Rayisa); DOB 06 Jan 1953; POB Bakal, Chelyabinsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BOHATYRIOVA, Raisa Vasylivna (a.k.a. BOGATYRIOVA, Raisa; a.k.a. BOGATYROVA, Raisa; a.k.a. BOGATYRYOVA, Raisa; a.k.a. BOHATYREVA, Raisa; a.k.a. BOHATYROVA, Raisa; a.k.a. BOHATYRYOVA, Raisa; a.k.a. BOHATYRYOVA, Rayisa); DOB 06 Jan 1953; POB Bakal, Chelyabinsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BOHATYROVA, Raisa (a.k.a. BOGATYRIOVA, Raisa; a.k.a. BOGATYROVA, Raisa; a.k.a. BOGATYRYOVA, Raisa; a.k.a. BOHATYREVA, Raisa; a.k.a. BOHATYRIOVA, Raisa Vasylivna; a.k.a. BOHATYRYOVA, Raisa; a.k.a. BOHATYRYOVA, Rayisa); DOB 06 Jan 1953; POB Bakal, Chelyabinsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BOHATYRYOVA, Raisa (a.k.a. BOGATYRIOVA, Raisa; a.k.a. BOGATYROVA, Raisa; a.k.a. BOGATYRYOVA, Raisa; a.k.a. BOHATYREVA, Raisa; a.k.a. BOHATYRIOVA, Raisa Vasylivna; a.k.a. BOHATYROVA, Raisa; a.k.a. BOHATYRYOVA, Rayisa); DOB 06 Jan 1953; POB Bakal, Chelyabinsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BOHATYRYOVA, Rayisa (a.k.a. BOGATYRIOVA, Raisa; a.k.a. BOGATYROVA, Raisa; a.k.a. BOGATYRYOVA, Raisa; a.k.a. BOHATYREVA, Raisa; a.k.a. BOHATYRIOVA, Raisa Vasylivna; a.k.a. BOHATYROVA, Raisa; a.k.a. BOHATYRYOVA, Raisa); DOB 06 Jan 1953; POB Bakal, Chelyabinsk, Russia;

Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BOIS ROUGE SARLU (a.k.a. WOOD INTERNATIONAL GROUP SARLU), Rond Point De Kaga Mangoulou, Avenue du 15 Mars, 4eme, Bangui, Central African Republic; Kanagamongoulou, Gobongo 6, 4eme, Bangui, Central African Republic; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date Mar 2019; alt. Organization Established Date 2021; Organization Type: Logging; Registration Number CA/BG/2019B520 (Central African Republic); alt. Registration Number CA/BG/2022M1910 (Central African Republic) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

BOJIC, Andrija Zheljko, Kosovo; DOB 02 Mar 1993; Gender Male (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

BOJIC, Zeljko (a.k.a. BOJIC, Zeljko Radoslav), Lole Ribar Street, Number L3/10/2, Mitrovica North, Kosovo; DOB 16 Jul 1969; POB Mitrovica, Kosovo; nationality Kosovo; Gender Male; Passport P00608659 (Kosovo) expires 19 Mar 2025 (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

BOJIC, Zeljko Radoslav (a.k.a. BOJIC, Zeljko), Lole Ribar Street, Number L3/10/2, Mitrovica North, Kosovo; DOB 16 Jul 1969; POB Mitrovica, Kosovo; nationality Kosovo; Gender Male; Passport P00608659 (Kosovo) expires 19 Mar 2025 (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

BOJKOV, Vassil Kroumov (a.k.a. BOZHKOV, Vasil (Cyrillic: БОЖКОВ, ВАСИЛ); a.k.a. "Cherepa"; a.k.a. "The Skull"), 79 Vassil Levski Blvd, Sofia 1000, Bulgaria; Dubai, United Arab Emirates; DOB 29 Jul 1956; POB Velingrad, Bulgaria; nationality Bulgaria; Gender Male; Passport 440210366 (Bulgaria) expires 23 Aug 2023; alt. Passport 385950465 (Bulgaria) expires 11 Apr 2024; National ID No. 647475973 (Bulgaria) (individual) [GLOMAG].

BOKAREV, Andrei Removich (a.k.a. BOKAREV, Andrey Removich), Russia; DOB 23 Oct 1966; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1781321677 (Russia) (individual) [RUSSIA-EO14024] (Linked To: RUSSIAN ASSOCIATION OF EMPLOYERS THE

RUSSIAN UNION OF INDUSTRIALISTS AND ENTREPRENEURS).

BOKAREV, Andrey Removich (a.k.a. BOKAREV, Andrei Removich), Russia; DOB 23 Oct 1966; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1781321677 (Russia) (individual) [RUSSIA-EO14024] (Linked To: RUSSIAN ASSOCIATION OF EMPLOYERS THE RUSSIAN UNION OF INDUSTRIALISTS AND ENTREPRENEURS).

BOKAREVA, Olga (a.k.a. SYROVATSKAYA, Olga Vladimironva), Moscow, Russia; DOB 12 Oct 1980; POB Slovyansk, Ukraine; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771065006817 (Russia) (individual) [RUSSIA-EO14024] (Linked To: BOKAREV, Andrei Removich).

BOKO HARAM (a.k.a. JAMA'ATU AHLIS SUNNA LIDDA'AWATI WAL-JIHAD; a.k.a. JAMA'ATU AHLUS-SUNNAH LIDDA'AWATI WAL JIHAD; a.k.a. NIGERIAN TALIBAN; a.k.a. PEOPLE COMMITTED TO THE PROPHET'S TEACHINGS FOR PROPAGATION AND JIHAD; a.k.a. SUNNI GROUP FOR PREACHING AND JIHAD), Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

BOKU, Taishun (a.k.a. ISHIDA, Shoroku; a.k.a. PAK, Tae-Chun; a.k.a. PARK, Tae-joon); DOB 30 Oct 1932 (individual) [TCO].

BOL MEL KUOL, Benjamin (a.k.a. BOL MEL, Benjamin; a.k.a. BOL MOL KUOT, Benjamin; a.k.a. BOL, Benjamin; a.k.a. BOR, Benjamin), Othaya Road, Othaya Villas House #2, Nairobi 00202, Kenya; Hai-Jalaba, Centre Street, Juba, Central Equatoria, South Sudan; Juba, South Sudan; DOB 03 Jan 1978; alt. DOB 24 Dec 1978; POB Awiil, Sudan; alt. POB Rialdit, South Sudan; alt. POB Warrap State, South Sudan; alt. POB Abiem, Aweil East County, Northern Bahr al Ghazal, South Sudan; nationality South Sudan; alt. nationality Sudan; Gender Male; Passport B00000006 (South Sudan) issued 26 Jul 2013 expires 26 Jul 2018; President of ABMC Thai-South Sudan Construction Company (individual) [GLOMAG].

BOL MEL, Benjamin (a.k.a. BOL MEL KUOL, Benjamin; a.k.a. BOL MOL KUOT, Benjamin; a.k.a. BOL, Benjamin; a.k.a. BOR, Benjamin), Othaya Road, Othaya Villas House #2, Nairobi 00202, Kenya; Hai-Jalaba, Centre Street, Juba,

Central Equatoria, South Sudan; Juba, South Sudan; DOB 03 Jan 1978; alt. DOB 24 Dec 1978; POB Awill, Sudan; alt. POB Rialdit, South Sudan; alt. POB Warrap State, South Sudan; alt. POB Abiem, Aweil East County, Northern Bahr al Ghazal, South Sudan; nationality South Sudan; alt. nationality Sudan; Gender Male; Passport B00000006 (South Sudan) issued 26 Jul 2013 expires 26 Jul 2018; President of ABMC Thai-South Sudan Construction Company (individual) [GLOMAG].

BOL MOL KUOT, Benjamin (a.k.a. BOL MEL KUOL, Benjamin; a.k.a. BOL MEL, Benjamin; a.k.a. BOL, Benjamin; a.k.a. BOR, Benjamin), Othaya Road, Othaya Villas House #2, Nairobi 00202, Kenya; Hai-Jalaba, Centre Street, Juba, Central Equatoria, South Sudan; Juba, South Sudan; DOB 03 Jan 1978; alt. DOB 24 Dec 1978; POB Awill, Sudan; alt. POB Rialdit, South Sudan; alt. POB Warrap State, South Sudan; alt. POB Abiem, Aweil East County, Northern Bahr al Ghazal, South Sudan; nationality South Sudan; alt. nationality Sudan; Gender Male; Passport B00000006 (South Sudan) issued 26 Jul 2013 expires 26 Jul 2018; President of ABMC Thai-South Sudan Construction Company (individual) [GLOMAG].

BOL, Benjamin (a.k.a. BOL MEL KUOL, Benjamin; a.k.a. BOL MEL, Benjamin; a.k.a. BOL MOL KUOT, Benjamin; a.k.a. BOR, Benjamin), Othaya Road, Othaya Villas House #2, Nairobi 00202, Kenya; Hai-Jalaba, Centre Street, Juba, Central Equatoria, South Sudan; Juba, South Sudan; DOB 03 Jan 1978; alt. DOB 24 Dec 1978; POB Awiil, Sudan; alt. POB Rialdit, South Sudan; alt. POB Warrap State, South Sudan; alt. POB Abiem, Aweil East County, Northern Bahr al Ghazal, South Sudan; nationality South Sudan; alt. nationality Sudan; Gender Male; Passport B00000006 (South Sudan) issued 26 Jul 2013 expires 26 Jul 2018; President of ABMC Thai-South Sudan Construction Company (individual) [GLOMAG].

BOLANOS CACHO, Alejandro (a.k.a. CACHO FLORES, Alejandro; a.k.a. FLORES CACHO, Alejandro; a.k.a. ROBLES VALDEZ, Abel; a.k.a. "ALEJANDRO LABASTIDA"; a.k.a. "GUILLERMO LABASTIDA"), Ojos Negros, Baja California Norte, Mexico; Carretera Acapulco, KM 8.5, Pie de la Cuesta, Acapulco, Guerrero, Mexico; Calle de Rio Nilo No. 20, Colonia Valle Dorado, Ensenada, Baja California Norte, Mexico; Montivideo No. 804, Lindavista, Mexico City, Distrito Federal, Mexico; Circuito de la Industria No. 94, Colonia Parque Ind. Lerma,

Lerma, Mexico, Mexico; Avenida del Taller No. 23, Ret. 17, Colonia Jardin Balbuena, Delegacion Venustiano Carranza, Mexico City, Distrito Federal, Mexico; Calle Jaime Torres Bodet No. 207-A, Int. 201, Colonia Santa Marta La Rivera, Delegacion Cuauhtemoc, Mexico City, Distrito Federal, Mexico; Homero No. 1343, Mexico City, Distrito Federal, Mexico; Avenida Herradona No. 1328, Interlomas, Mexico City, Distrito Federal, Mexico; Calle Cantiles 42 A, Mozimba 39460, Acapulco, Guerrero, Mexico; Calle Tulipanes No. 8, Colonia Lomas Cortes, Cuernavaca, Morelos, Mexico; Calle Rancho Tetela No. 957, Colonia Rancho Tetela, Cuernavaca, Morelos, Mexico; DOB 26 Mar 1963; alt. DOB 26 Mar 1964; POB Mexico City, Distrito Federal, Mexico; alt. POB Guadalajara, Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 01350202554 (Mexico); R.F.C. FOCA-630326 (Mexico); alt. R.F.C. FOCX-260363 (Mexico); alt. R.F.C. FOCX-630326 (Mexico); alt. R.F.C. FOCA-640326 (Mexico); C.U.R.P. FOCA630326HMCLCL05 (Mexico); Electoral Registry No. FLCCAL64032609H300 (Mexico); C.U.I.P. FOCA640326H14506669 (Mexico) (individual) [SDNTK].

BOLDREKS (a.k.a. BOLDREX), Ul. Baranova D. 33B, Pomeshch. 1, Izhevsk 426006, Russia; Office 21, Litera B, 5 Oblastnaya Str., Izhevsk 426028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1832011983 (Russia); Registration Number 1031801650748 (Russia) [RUSSIA-EO14024].

BOLDREX (a.k.a. BOLDREKS), Ul. Baranova D. 33B, Pomeshch. 1, Izhevsk 426006, Russia; Office 21, Litera B, 5 Oblastnaya Str., Izhevsk 426028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1832011983 (Russia); Registration Number 1031801650748 (Russia) [RUSSIA-EO14024].

BOLOTOV, Valeri (a.k.a. BOLOTOV, Valeriy; a.k.a. BOLOTOV, Valery); DOB 1970; alt. DOB 1971; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BOLOTOV, Valeriy (a.k.a. BOLOTOV, Valeri; a.k.a. BOLOTOV, Valery); DOB 1970; alt. DOB 1971; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BOLOTOV, Valery (a.k.a. BOLOTOV, Valeri; a.k.a. BOLOTOV, Valeriy); DOB 1970; alt. DOB

1971; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BOLOTOVA, Maiya Nikolaevna (f.k.a. BOLOTOVA, Mayya; a.k.a. TOKAREVA, Maiya Nikolaevna (Cyrillic: ТОКАРЕВА, Майя Николаевна); a.k.a. TOKAREVA, Mayya), Brusova Str., 19, 5, Moscow 125009, Russia; DOB 18 Jan 1975; POB Karaganda, Kazakhstan; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530212750 (Russia) issued 12 Apr 2012 expires 12 Apr 2022; Tax ID No. 772450740210 (Russia) (individual) [RUSSIA-EO14024].

BOLOTOVA, Mayya (f.k.a. BOLOTOVA, Maiya Nikolaevna; a.k.a. TOKAREVA, Maiya Nikolaevna (Cyrillic: ТОКАРЕВА, Майя Николаевна); a.k.a. TOKAREVA, Mayya), Brusova Str., 19, 5, Moscow 125009, Russia; DOB 18 Jan 1975; POB Karaganda, Kazakhstan; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530212750 (Russia) issued 12 Apr 2012 expires 12 Apr 2022; Tax ID No. 772450740210 (Russia) (individual) [RUSSIA-EO14024].

BOLSHAKOV, Aleksandr Sergeyevich (Cyrillic: БОЛЬШАКОВ, Александр Сергеевич) (a.k.a. SERGEEVICH, Aleksandr Bol'shakov; a.k.a. "AAELBAS"; a.k.a. "WTLFNT"), 97 Vzletnaya, Apartment 170, Entrance 2, Floor 4, Barnaul 656067, Russia; DOB 23 Jul 1994; POB Semipalatinsk, Kazakhstan; nationality Russia; Gender Male; Passport 0114990629 (Russia); alt. Passport 756311712 (Russia); National ID No. 9933108128 (Russia) (individual) [CYBER3] (Linked To: ZSERVERS).

BOLTACHEVA, Yevgeniya Aleksandrovna (a.k.a. PODGORNOVA, Yevgeniya Aleksandrovna), Russia; DOB 16 Jul 1980; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 754582022 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OOO SERNIYA INZHINIRING).

BOMATTER, Hans Peter, La Zubia, Spain; DOB 19 May 1965; POB Schattdorf, Switzerland; nationality Switzerland; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport F3848406 (Switzerland) (individual) [RUSSIA-EO14024] (Linked To: TAMYNA AG).

BOMBAY BEACH CLUB (a.k.a. JR ALIMENTOS DEL MAR, S. DE R.L. DE C.V.), Eucalipto 10102, Playas de Rosarito, Baja California 22700, Mexico; Website https://bombayrosarito.com/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Jul 2016; Organization Type: Restaurants and mobile food service activities; R.F.C. JAM160616N96 (Mexico); Folio Mercantil No. N-2016010379 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: GONZALEZ LOMELI, Jesus).

BONA FIDE CONSULTORES FS S.A.S., Libramiento Luis Donaldo Colosio 550, 8, Lazaro Cardenas, Puerto Vallarta, Jalisco C.P. 48280, Mexico; Organization Established Date 16 Jan 2021; Organization Type: Accounting, bookkeeping and auditing activities; tax consultancy [ILLICIT-DRUGS-EO14059] (Linked To: SANCHEZ MARTINEZ, Emiliano).

BONAB STEEL INDUSTRY COMPLEX (a.k.a. MOJTAME FOULAD SHAHIN BONAB; a.k.a. SHAHIN BONAB STEEL COMPLEX), No 17, Sarbalai Valiasr, Tavanir Bridge, Tabriz City, Iran; Bonab Industrial Zone, Bonab, East Azerbaijan, Iran; PO Box 51576-13533, Tabriz City, Iran; Website www.mfbco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2005; National ID No. 742 (Iran) issued 2005 [IRAN-EO13871].

BONDARENKO, Anastasiya Borisovna (Cyrillic: БОНДАРЕНКО, Анастасия Борисовна), Moscow, Russia; DOB 09 Apr 1978; POB Volgograd, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BONDARENKO, Yelena Veniaminovna (Cyrillic: БОНДАРЕНКО, Елена Вениаминовна), Russia; DOB 10 Jun 1968; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BONDAREV, Viktor Nikolayevich (Cyrillic: БОНДАРЕВ, Виктор Николаевич), Russia; DOB 07 Dec 1959; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BONDAROVICH, Sergey Nikolaevich (Cyrillic: БОНДАРОВИЧ, Сергей Николаевич), Russia; DOB 20 Feb 1968; POB Zhodino, Belarus; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 437899482 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

BONJOURE COMMODITY F.Z.E., Ajman, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 2015; Registration Number 16021 (United Arab Emirates) [IRAN-EO13846].

BONJOURE INTERNATIONAL FZCO (Arabic: بونجور انترناشيونال ش.م.م), Dubai, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 2025; Registration Number 06622 (United Arab Emirates); Economic Register Number (CBLS) EB4601 (United Arab Emirates) [IRAN-EO13846].

BONRAIL (Arabic: بن ريل) (a.k.a. BONRAIL COMPANY; a.k.a. BONRAILCO; a.k.a. BONYAD EASTERN RAILWAY; a.k.a. BONYAD EASTERN RAILWAY CO (Arabic: شرکت راه اهن شرقی بنياد سهامی خاص); a.k.a. BONYAD EASTERN RAILWAY COMPANY; a.k.a. RAH AHAN SHARGHI CO.), No. 20, 13th Street, Vozara St, Khalede Eslamboli, District 6, Tehran, Iran; No. 173, Mottahari St, Tehran, Iran; No. 173, Before Jahantab St., After Mofateh Intersection, Motahari Ave, Tehran 1513753511, Iran; Website http://bonrailco.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101364468 (Iran); Registration Number 92123 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BONRAIL COMPANY (a.k.a. BONRAIL (Arabic: بن ريل); a.k.a. BONRAILCO; a.k.a. BONYAD EASTERN RAILWAY; a.k.a. BONYAD EASTERN RAILWAY CO (Arabic: شرکت راه اهن شرقی بنياد سهامی خاص); a.k.a. BONYAD EASTERN RAILWAY COMPANY; a.k.a. RAH AHAN SHARGHI CO.), No. 20, 13th Street, Vozara St, Khalede Eslamboli, District 6, Tehran, Iran; No. 173, Mottahari St, Tehran, Iran; No. 173, Before Jahantab St., After Mofateh Intersection, Motahari Ave, Tehran 1513753511, Iran; Website http://bonrailco.ir/;

Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101364468 (Iran); Registration Number 92123 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BONRAILCO (a.k.a. BONRAIL (Arabic: بن ریل); a.k.a. BONRAIL COMPANY; a.k.a. BONYAD EASTERN RAILWAY; a.k.a. BONYAD EASTERN RAILWAY CO (Arabic: شرکت راه اهن شرقی بنیاد سهامی خاص); a.k.a. BONYAD EASTERN RAILWAY COMPANY; a.k.a. RAH AHAN SHARGHI CO.), No. 20, 13th Street, Vozara St, Khalede Eslamboli, District 6, Tehran, Iran; No. 173, Mottahari St, Tehran, Iran; No. 173, Before Jahantab St., After Mofateh Intersection, Motahari Ave, Tehran 1513753511, Iran; Website http://bonrailco.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101364468 (Iran); Registration Number 92123 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BONUM CAPITAL CYPRUS LTD (Cyrillic: БОНУМ КАПИТАЛ КИПР ЛТД) (a.k.a. BONUM KAPITAL KIPR LTD), Themis Court, Flat No: D3, Floor No: 4, Evagora Papachristoforou 4, Limassol 3030, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Jun 2013; Organization Type: Activities of holding companies; Tax ID No. CY10322854N (Cyprus); alt. Tax ID No. 9909479852 (Russia); Legal Entity Number 213800CACNBGHWMQHO54; Registration Number HE322854 (Cyprus) [RUSSIA-EO14024] (Linked To: ALIEV, Murat Magomedovich).

BONUM CAPITAL INVESTORS CORP (Cyrillic: БОНУМ КАПИТАЛ ИНВЕСТОРС КОРП), Road Town, Tortola, Virgin Islands, British; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2016; Organization Type: Activities of holding companies [RUSSIA-EO14024] (Linked To: ALIEV, Murat Magomedovich).

BONUM CAPITAL LLC (a.k.a. BONUM KEPITAL OOO; a.k.a. LIMITED LIABILITY COMPANY BONUM CAPITAL), per. Staromonetnyi d. 37, str. 1, pom. I, floor 3, komn. 15, Moscow 119017, Russia; per. Romanov d. 4, et/pom/kom 4/I/32, Moscow 125009, Russia; Tsvetnoy b-r, 15, building 1, room 63, Moscow

127051, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Sep 2011; Organization Type: Trusts, funds and similar financial entities; Tax ID No. 7722757160 (Russia); Legal Entity Number 253400XGWKKNWUCF4147; Registration Number 1117746760130 (Russia) [RUSSIA-EO14024] (Linked To: ALIEV, Murat Magomedovich).

BONUM INVESTMENTS OOO (a.k.a. LIMITED LIABILITY COMPANY BONUM INVESTMENTS), per. Romanov d. 4, et/pom/kom 4/I/30, Moscow 125009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Feb 2015; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No. 7706417487 (Russia); Registration Number 1157746124656 (Russia) [RUSSIA-EO14024] (Linked To: ALIEV, Murat Magomedovich).

BONUM KAPITAL KIPR LTD (a.k.a. BONUM CAPITAL CYPRUS LTD (Cyrillic: БОНУМ КАПИТАЛ КИПР ЛТД)), Themis Court, Flat No: D3, Floor No: 4, Evagora Papachristoforou 4, Limassol 3030, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Jun 2013; Organization Type: Activities of holding companies; Tax ID No. CY10322854N (Cyprus); alt. Tax ID No. 9909479852 (Russia); Legal Entity Number 213800CACNBGHWMQHO54; Registration Number HE322854 (Cyprus) [RUSSIA-EO14024] (Linked To: ALIEV, Murat Magomedovich).

BONUM KEPITAL OOO (a.k.a. BONUM CAPITAL LLC; a.k.a. LIMITED LIABILITY COMPANY BONUM CAPITAL), per. Staromonetnyi d. 37, str. 1, pom. I, floor 3, komn. 15, Moscow 119017, Russia; per. Romanov d. 4, et/pom/kom 4/I/32, Moscow 125009, Russia; Tsvetnoy b-r, 15, building 1, room 63, Moscow 127051, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Sep 2011; Organization Type: Trusts, funds and similar financial entities; Tax ID No. 7722757160 (Russia); Legal Entity Number 253400XGWKKNWUCF4147; Registration Number 1117746760130 (Russia) [RUSSIA-EO14024] (Linked To: ALIEV, Murat Magomedovich).

BONUM MENEDZHMENT OOO (a.k.a. LIMITED LIABILITY COMPANY BONUM MANAGEMENT), B-r Tsvetnoi d. 15, str. 1, pomeshch. 59, Moscow 127051, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Dec 2016; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No. 7706444723 (Russia); Registration Number 5167746424621 (Russia) [RUSSIA-EO14024] (Linked To: BONUM CAPITAL CYPRUS LTD).

BONYAD EASTERN RAILWAY (a.k.a. BONRAIL (Arabic: بن ریل); a.k.a. BONRAIL COMPANY; a.k.a. BONRAILCO; a.k.a. BONYAD EASTERN RAILWAY CO (Arabic: شرکت راه اهن شرقی بنیاد سهامی خاص); a.k.a. BONYAD EASTERN RAILWAY COMPANY; a.k.a. RAH AHAN SHARGHI CO.), No. 20, 13th Street, Vozara St, Khalede Eslamboli, District 6, Tehran, Iran; No. 173, Mottahari St, Tehran, Iran; No. 173, Before Jahantab St., After Mofateh Intersection, Motahari Ave, Tehran 1513753511, Iran; Website http://bonrailco.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101364468 (Iran); Registration Number 92123 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BONYAD EASTERN RAILWAY CO (Arabic: شرکت راه اهن شرقی بنیاد سهامی خاص) (a.k.a. BONRAIL (Arabic: بن ریل); a.k.a. BONRAIL COMPANY; a.k.a. BONRAILCO; a.k.a. BONYAD EASTERN RAILWAY; a.k.a. BONYAD EASTERN RAILWAY COMPANY; a.k.a. RAH AHAN SHARGHI CO.), No. 20, 13th Street, Vozara St, Khalede Eslamboli, District 6, Tehran, Iran; No. 173, Mottahari St, Tehran, Iran; No. 173, Before Jahantab St., After Mofateh Intersection, Motahari Ave, Tehran 1513753511, Iran; Website http://bonrailco.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101364468 (Iran); Registration Number 92123 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BONYAD EASTERN RAILWAY COMPANY (a.k.a. BONRAIL (Arabic: بن ریل); a.k.a. BONRAIL COMPANY; a.k.a. BONRAILCO; a.k.a. BONYAD EASTERN RAILWAY; a.k.a. BONYAD EASTERN RAILWAY CO (Arabic: شرکت راه اهن شرقی بنیاد سهامی خاص); a.k.a. RAH AHAN SHARGHI CO.), No. 20, 13th

Street, Vozara St, Khalede Eslamboli, District 6, Tehran, Iran; No. 173, Mottahari St, Tehran, Iran; No. 173, Before Jahantab St., After Mofateh Intersection, Motahari Ave, Tehran 1513753511, Iran; Website http://bonrailco.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101364468 (Iran); Registration Number 92123 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BONYAD IMPORT AND EXPORT CO (a.k.a. GOSTARESH PAYA SANAT SINA; a.k.a. GOSTARESH PAYASANAT SINA HOLDING; a.k.a. PAYA SANAT SINA; a.k.a. SINA PAYA SANAT DEVELOPMENT CO. (Arabic: شرکت گسترش پایا صنعت سینا); a.k.a. SINA PAYA SANAT DEVELOPMENT COMPANY PJS; a.k.a. SINA PAYA SANAT GOSTARESH CO.; a.k.a. SINA SANAT PAYA DEVELOPMENT COMPANY; a.k.a. "SINAPAD"), Unit 61, 3rd Km Karaj Special Road, Tehran, Iran; No. 42, 17th Street, Gandhi Avenue, Tehran, Iran; Website http://www.sinapad.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101236358 (Iran); Registration Number 78804 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BONYAD MOSTAZAFAN (a.k.a. BONYAD MOSTAZAFAN ENGHELAB ESLAMI (Arabic: بنیاد مستضعفان انقلاب اسلامی); a.k.a. ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION; a.k.a. MOSTASZAFAN FOUNDATION OF ISLAMIC REVOLUTION; a.k.a. MOSTAZAFAN FOUNDATION; a.k.a. THE FOUNDATION OF THE OPPRESSED; a.k.a. "IRMF"; a.k.a. "MJF"), Bonyad Head Office, Africa Boulevard, Argentina Square, District 6, Tehran, Tehran Province, Iran; Website http://www.irmf.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100171920 (Iran) [IRAN-EO13876].

BONYAD MOSTAZAFAN CONSTRUCTION AND HOUSING (Arabic: عمران و مسکن بنیاد مستضعفان) (a.k.a. OMRAN VA MASKAN IRAN COMPANY (Arabic: شرکت عمران و مسکن ایران); a.k.a. SHERAKATE OMRAN VA MASKAN IRAN (Arabic: هلدینگ عمران و مسکن ایران); a.k.a. SHERKAT-E MADAR-E TAKHASSOSI-YE OMRAN VA MASKAN-E IRAN), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10260319055 (Iran); Registration Number 476813 (Iran) [IRAN-EO13876] (Linked To:

ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BONYAD MOSTAZAFAN ENGHELAB ESLAMI (Arabic: بنیاد مستضعفان انقلاب اسلامی) (a.k.a. BONYAD MOSTAZAFAN; a.k.a. ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION; a.k.a. MOSTASZAFAN FOUNDATION OF ISLAMIC REVOLUTION; a.k.a. MOSTAZAFAN FOUNDATION; a.k.a. THE FOUNDATION OF THE OPPRESSED; a.k.a. "IRMF"; a.k.a. "MJF"), Bonyad Head Office, Africa Boulevard, Argentina Square, District 6, Tehran, Tehran Province, Iran; Website http://www.irmf.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100171920 (Iran) [IRAN-EO13876].

BONYAD SHAHID (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES; a.k.a. AL-SHAHID CORPORATION; a.k.a. BONYAD-E SHAHID; a.k.a. BONYAD-E SHAHID VA ISARGARAN; a.k.a. ES-SHAHID; a.k.a. IRANIAN MARTYRS FUND; a.k.a. MARTYRS FOUNDATION; a.k.a. SHAHID FOUNDATION; a.k.a. SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION), P.O. Box 15815-1394, Tehran 15900, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

BONYAD SHIPPING AGENCIES CO. (Arabic: شرکت نمایندگیهای کشتیرانی بنیاد) (a.k.a. BONYAD SHIPPING AGENCIES COMPANY; a.k.a. BONYAD SHIPPING AGENTS COMPANY; a.k.a. "BOSACO"), No. 38, 6th Ave., Gandhi Ave., PO Box: 158753794, Tehran 15177, Iran; PO Box 1517737765, First Floor, No 38, Corner of 6th Alley, South Ghandi Street, Tehran, Iran; Unit 1, Sahel Building, 3 Delavaran Alley, Before Hamah Hotel Way 3, Pasdaran Boulevard, Bandar Abbas, Iran; 6 Hafez Street, 22 Bahman Boulevard, Phase 3, Bandar Imam, Khomeini, Iran; Aluminum Building, Vahdat Street, Nakhl Taqi, Bandar Assalouyeh, Iran; Unit 6, 2nd Floor, Shojai Brothers Alley, Ashuri Street, Bandar Bushehr, Iran; Floor 1, Booth 470, Venus Building, Anzali Free Zone Street, Zibahkenar Street, Bandar Anzali, Iran; Special Economic Zone Port Area, Bander Amirabad, Iran; Number 2, Taheri Alley, Palestine Street, South Fardows Street, Bandar Nowshahr, Iran;

Website www.bosacoir.com; alt. Website www.bosaco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101299816 (Iran); Identification Number IMO 6113722; Registration Number 85521 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BONYAD SHIPPING AGENCIES COMPANY (a.k.a. BONYAD SHIPPING AGENCIES CO. (Arabic: شرکت نمایندگیهای بنیاد); a.k.a. BONYAD SHIPPING AGENTS COMPANY; a.k.a. "BOSACO"), No. 38, 6th Ave., Gandhi Ave., PO Box: 158753794, Tehran 15177, Iran; PO Box 1517737765, First Floor, No 38, Corner of 6th Alley, South Ghandi Street, Tehran, Iran; Unit 1, Sahel Building, 3 Delavaran Alley, Before Hamah Hotel Way 3, Pasdaran Boulevard, Bandar Abbas, Iran; 6 Hafez Street, 22 Bahman Boulevard, Phase 3, Bandar Imam, Khomeini, Iran; Aluminum Building, Vahdat Street, Nakhl Taqi, Bandar Assalouyeh, Iran; Unit 6, 2nd Floor, Shojai Brothers Alley, Ashuri Street, Bandar Bushehr, Iran; Floor 1, Booth 470, Venus Building, Anzali Free Zone Street, Zibahkenar Street, Bandar Anzali, Iran; Special Economic Zone Port Area, Bander Amirabad, Iran; Number 2, Taheri Alley, Palestine Street, South Fardows Street, Bandar Nowshahr, Iran; Website www.bosacoir.com; alt. Website www.bosaco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101299816 (Iran); Identification Number IMO 6113722; Registration Number 85521 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BONYAD SHIPPING AGENTS COMPANY (a.k.a. BONYAD SHIPPING AGENCIES CO. (Arabic: شرکت نمایندگیهای بنیاد); a.k.a. BONYAD SHIPPING AGENCIES COMPANY; a.k.a. "BOSACO"), No. 38, 6th Ave., Gandhi Ave., PO Box: 158753794, Tehran 15177, Iran; PO Box 1517737765, First Floor, No 38, Corner of 6th Alley, South Ghandi Street, Tehran, Iran; Unit 1, Sahel Building, 3 Delavaran Alley, Before Hamah Hotel Way 3, Pasdaran Boulevard, Bandar Abbas, Iran; 6 Hafez Street, 22 Bahman Boulevard, Phase 3, Bandar Imam, Khomeini, Iran; Aluminum Building, Vahdat Street, Nakhl Taqi, Bandar Assalouyeh, Iran; Unit 6, 2nd Floor, Shojai Brothers Alley, Ashuri Street, Bandar Bushehr, Iran; Floor 1, Booth 470, Venus Building, Anzali Free Zone Street, Zibahkenar Street, Bandar Anzali, Iran; Special

Economic Zone Port Area, Bander Amirabad, Iran; Number 2, Taheri Alley, Palestine Street, South Fardows Street, Bandar Nowshahr, Iran; Website www.bosacoir.com; alt. Website www.bosaco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101299816 (Iran); Identification Number IMO 6113722; Registration Number 85521 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BONYAD TAAVON BASIJ (a.k.a. BASIJ COOPERATIVE FOUNDATION), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: BASIJ RESISTANCE FORCE).

BONYAD TA'AVON OF NAJA (a.k.a. LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN COOPERATIVE FOUNDATION; a.k.a. NIROOYE ENTEZAMI JOMHORI ESLAMI BONYAD TA'AVON; a.k.a. "LAW ENFORCEMENT FORCES COOPERATIVE FOUNDATION"; a.k.a. "POLICE COOPERATIVE FOUNDATION"), Hekmat Complex, At the Beginning of Marzdaran Boulevard, Sheikh Fazlollah Nuri Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100477865 (Iran); Registration ID 12322 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

BONYAD TAAVON SEPAH (a.k.a. BONYAD-E TA'AVON-E; a.k.a. IRGC COOPERATIVE FOUNDATION; a.k.a. SEPAH COOPERATIVE FOUNDATION), Niayes Highway, Seoul Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BONYAD TOURISM AND RECREATIONAL CENTERS HOLDING COMPANY (a.k.a. PARSIAN TOURISM AND RECREATIONAL CENTERS COMPANY (Arabic: شرکت سیاحتی و مراکز تفریحی پارسیان); a.k.a. PARSIAN TOURISM, RECREATIONAL CENTERS, AND TRANSPORTATION HOLDING COMPANY (Arabic: هلدینگ سیاحتی، مراکز تفریحی و حمل و نقل پارسیان); a.k.a. SHERKATE SIAAHATI VA

HAML-O-NAQLE PAARSIAN), Tehran, Tehran Province 1519611193, Iran; Website http://ptrco.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10104034520 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BONYAD-E PANZDAH-E KHORDAD (a.k.a. 15 KHORDAD FOUNDATION (Arabic: بنیاد پانزده خرداد)), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Jun 1979; National ID No. 10100182809 (Iran) [SDGT] [IFSR].

BONYAD-E SHAHID (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES; a.k.a. AL-SHAHID CORPORATION; a.k.a. BONYAD SHAHID; a.k.a. BONYAD-E SHAHID VA ISARGARAN; a.k.a. ES-SHAHID; a.k.a. IRANIAN MARTYRS FUND; a.k.a. MARTYRS FOUNDATION; a.k.a. SHAHID FOUNDATION; a.k.a. SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION), P.O. Box 15815-1394, Tehran 15900, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

BONYAD-E SHAHID VA ISARGARAN (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES; a.k.a. AL-SHAHID CORPORATION; a.k.a. BONYAD SHAHID; a.k.a. BONYAD-E SHAHID; a.k.a. ES-SHAHID; a.k.a. IRANIAN MARTYRS FUND; a.k.a. MARTYRS FOUNDATION; a.k.a. SHAHID FOUNDATION; a.k.a. SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION), P.O. Box 15815-1394, Tehran 15900, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

BONYAD-E TA'AVON-E (a.k.a. BONYAD TAAVON SEPAH; a.k.a. IRGC COOPERATIVE FOUNDATION; a.k.a. SEPAH COOPERATIVE FOUNDATION), Niayes Highway, Seoul Street,

Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BONYAN DANESH SHARGH COMPANY (a.k.a. BONYAN DANESH SHARGH PRIVATE COMPANY (Arabic: شرکت بنیان دانش شرق)), District 15, Bagh Saba-Sohrevardi Street, Ghabousnameh, Shahid Mohammad Bakhshi Movaghar Alley, 2nd Floor, No. 27, Tehran, Tehran Province 1588856643, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 16 Mar 1994; National ID No. 10101477155 (Iran); Registration Number 103805 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

BONYAN DANESH SHARGH PRIVATE COMPANY (Arabic: شرکت بنیان دانش شرق) (a.k.a. BONYAN DANESH SHARGH COMPANY), District 15, Bagh Saba-Sohrevardi Street, Ghabousnameh, Shahid Mohammad Bakhshi Movaghar Alley, 2nd Floor, No. 27, Tehran, Tehran Province 1588856643, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 16 Mar 1994; National ID No. 10101477155 (Iran); Registration Number 103805 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

BOONCHUA, Chanchira (a.k.a. BOONCHUA, Chanjira; a.k.a. CHANCHIRA, Boochuea; a.k.a. LIANG, Ching-fang; a.k.a. "CHE FONG"; a.k.a. "CHEFONG"; a.k.a. "JEH FONG"), c/o KHUM THAW COMPANY LIMITED, Chiang Mai, Thailand; c/o SANGSIRI KANKASET COMPANY LIMITED, Chiang Mai, Thailand; 261, Wichayanon Road, Tambon Chang Moi, Amphur Muang, Chiang Mai, Thailand; DOB 15 May 1951; National Foreign ID Number 350991386390 (Thailand) issued 28 Oct 1952 expires 14 May 2009 (individual) [SDNTK].

BOONCHUA, Chanjira (a.k.a. BOONCHUA, Chanchira; a.k.a. CHANCHIRA, Boochuea; a.k.a. LIANG, Ching-fang; a.k.a. "CHE FONG"; a.k.a. "CHEFONG"; a.k.a. "JEH FONG"), c/o KHUM THAW COMPANY LIMITED, Chiang Mai, Thailand; c/o SANGSIRI KANKASET

COMPANY LIMITED, Chiang Mai, Thailand; 261, Wichayanon Road, Tambon Chang Moi, Amphur Muang, Chiang Mai, Thailand; DOB 15 May 1951; National Foreign ID Number 350991386390 (Thailand) issued 28 Oct 1952 expires 14 May 2009 (individual) [SDNTK].

BOONTHAWEE, Sae Jang (a.k.a. BUNTHAWEE, Sae Chang; a.k.a. BUNTHAWEE, Sae Jang; a.k.a. LI, Cheng Yu; a.k.a. "AH LI KO"; a.k.a. "LI CHENG YU"), Shan, Burma; 199/132, Mu 8, Tambon Non Jom, Amphur San Sai, Chiang Mai, Thailand; 725, Mu 10, Tambon Nong Bua, Amphur Chaiprakan, Chiang Mai, Thailand; DOB 06 Jun 1961; Passport X638456 (Thailand); National ID No. 5502100007251 (Thailand) (individual) [SDNTK].

BOORD, Hamid (a.k.a. BOVARD, Hamid), Iran; DOB 27 Mar 1964; POB Shushtar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1881030784 (Iran) (individual) [IRAN-EO13902].

BOR, Benjamin (a.k.a. BOL MEL KUOL, Benjamin; a.k.a. BOL MEL, Benjamin; a.k.a. BOL MOL KUOT, Benjamin; a.k.a. BOL, Benjamin), Othaya Road, Othaya Villas House #2, Nairobi 00202, Kenya; Hai-Jalaba, Centre Street, Juba, Central Equatoria, South Sudan; Juba, South Sudan; DOB 03 Jan 1978; alt. DOB 24 Dec 1978; POB Awiil, Sudan; alt. POB Rialdit, South Sudan; alt. POB Warrap State, South Sudan; alt. POB Abiem, Aweil East County, Northern Bahr al Ghazal, South Sudan; nationality South Sudan; alt. nationality Sudan; Gender Male; Passport B00000006 (South Sudan) issued 26 Jul 2013 expires 26 Jul 2018; President of ABMC Thai-South Sudan Construction Company (individual) [GLOMAG].

BORAVCANIN, Ljubomir; DOB 27 Feb 1960; POB Han Pijesak, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

BORDBARSHERAMIN, Javad (a.k.a. BORDBARSHERAMIN, Javad Ali; a.k.a. SHIR AMIN, Javad Bordbar; a.k.a. "BORDBAR, Javad"), Iran; DOB 27 Oct 1981; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A37845408 expires 24 Aug 2021 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BORDBARSHERAMIN, Javad Ali (a.k.a. BORDBARSHERAMIN, Javad; a.k.a. SHIR AMIN, Javad Bordbar; a.k.a. "BORDBAR, Javad"), Iran; DOB 27 Oct 1981; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A37845408 expires 24 Aug 2021 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BORDER TRADE SETTLEMENT BANK (a.k.a. DPRK BORDER TRADE SETTLEMENT BANK; a.k.a. KKBC; a.k.a. KOREA KWANGSON BANKING CORP; a.k.a. "BTSB"), Jungson-dong, Sungri Street, Central District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

BORDO PLASTIC MATERIALS TRADING L.L.C (Arabic: بوردو لتجارة المواد البلاستيكية ش.ذ.م.م), Deira Riggat Al Buteen, Dubai, United Arab Emirates; Organization Established Date 19 Oct 2021; Business Registration Number 994217 (United Arab Emirates); Economic Register Number (CBLS) 11767577 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

BORGHEI, Amir-Mansour (Arabic: امیرمنصور برقعی) (a.k.a. BORGHEI, Mansour (Arabic: منصور برقعی); a.k.a. BORGHEI, Seyyed Amir Mansour (Arabic: سید امیر منصور برقعی)), Iran; DOB 1957; alt. DOB 1958; POB Qom County, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BORGHEI, Mansour (Arabic: منصور برقعی) (a.k.a. BORGHEI, Amir-Mansour (Arabic: امیرمنصور برقعی); a.k.a. BORGHEI, Seyyed Amir Mansour (Arabic: سید امیر منصور برقعی)), Iran; DOB 1957; alt. DOB 1958; POB Qom County, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BORGHEI, Seyyed Amir Mansour (Arabic: سید امیر منصور برقعی) (a.k.a. BORGHEI, Amir-Mansour (Arabic: امیرمنصور برقعی); a.k.a.

BORGHEI, Mansour (Arabic: منصور برقعی)), Iran; DOB 1957; alt. DOB 1958; POB Qom County, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BORIS, Albert Alexandrovich (Cyrillic: БОРИС, Альберт Александрович), Russia; DOB 06 Jun 1985; POB Alexandriya, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 753943218 (Russia); alt. Passport 09 1971993 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

BORISAT HAT KAEO CHAMKAT (a.k.a. HAD KAEW COMPANY LTD.; a.k.a. HATKAEW COMPANY LTD.), 275 Soi Thiam Ruammit, Ratchada Phisek Road, Huai Khwang district, Bangkok, Thailand [SDNTK].

BORISAT MAE SAI KHE. DI. PHI. CHAMKAT (a.k.a. MAE SAI K.D.P. COMPANY LTD.; a.k.a. MAESAI K.D.P. COMPANY LTD.), 4 Mu 1, Tambon Wiang Phang Kham, Mae Sai district, Chiang Rai, Thailand [SDNTK].

BORISAT PROKRET SURAWI CHAMKAT (a.k.a. PROGRESS SURAWEE COMPANY LTD.), 275 Soi Thiam Ruammit, Ratchada Phisek Road, Huai Khwang district, Bangkok, Thailand [SDNTK].

BORISAT RATTANA WICHAI CHAMKAT (a.k.a. RATTANA VICHAI COMPANY LTD.), 339 Soi Lat Phrao 23, Lat Phrao Road, Chatuchak district, Bangkok, Thailand [SDNTK].

BORISAT RUNGRIN CHAMKAT (a.k.a. RUNGRIN COMPANY LTD.), 275 Soi Thiam Ruammit, Ratchada Phisek Road, Huai Khwang district, Bangkok, Thailand [SDNTK].

BORISAT SAKO KHOMMOESIAN CHAMKAT (a.k.a. SCORE COMMERCIAL COMPANY LTD.), 273 Soi Thiam Ruammit, Ratchada Phisek Road, Huai Khwang district, Bangkok, Thailand [SDNTK].

BORISAT WI. A. FRUT CHAMKAT (a.k.a. V.R. FRUIT COMPANY), 125 Mu 2, Tambon Mae Kha, Hang Dong district, Chiang Mai, Thailand [SDNTK].

BORISENKO, Elena Adolfovna (a.k.a. BORISENKO, Elena Adolifovna), Moscow, Russia; DOB 21 Apr 1978; POB Leningrad, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BORISENKO, Elena Adolifovna (a.k.a. BORISENKO, Elena Adolfovna), Moscow, Russia; DOB 21 Apr 1978; POB Leningrad, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BORISOV, Andrey Viktorovich, 21-2-264 Yasnogorskaya Str., Moscow 117463, Russia; DOB 18 Mar 1978; POB Moscow, Russia; nationality Russia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 530156715 (Russia) expires 17 Aug 2021; alt. Passport 764083448 (Russia) expires 12 Mar 2031; National ID No. 4505484392 (Russia) (individual) [SDGT] (Linked To: HIZBALLAH).

BORISOV, Igor Borisovich (Cyrillic: БОРИСОВ, Игорь Борисович), Moscow, Russia; DOB 03 Jun 1964; POB Perm, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BORISOV, Igor Vladimirovich (Cyrillic: БОРИСОВ, Игорь Владимирович), Russia; DOB 01 Jan 1962; POB Altaiskoye village, Altai Region, Altai Territory, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BORISOV, Yegor Afanasyevich (Cyrillic: БОРИСОВ, Егор Афанасьевич), Russia; DOB 15 Aug 1954; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BORISOVA, Natalya Vladimirovna (Cyrillic: БОРИСОВА, Наталья Владимировна), Moscow, Russia; DOB 19 Aug 1968; POB Yuzhno-Sakhalinsk, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BORISSOV, Alexander Aleksandrovich (Cyrillic: БОРИСОВ, Александр Александрович), Russia; DOB 17 Aug 1974; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member

of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BORJI SOUMEH, Salim (a.k.a. BORJI, Salim); DOB 22 Dec 1964; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport B30739118 (Iran) (individual) [NPWMD] [IFSR] (Linked To: TAMIN KALAYE SABZ ARAS COMPANY).

BORJI, Sa'id, Tehran, Iran; DOB 1958; POB Abadan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport F20784822 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SHAHID KARIMI GROUP).

BORJI, Salim (a.k.a. BORJI SOUMEH, Salim); DOB 22 Dec 1964; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport B30739118 (Iran) (individual) [NPWMD] [IFSR] (Linked To: TAMIN KALAYE SABZ ARAS COMPANY).

BORMAHANI, Mohsen (a.k.a. BARMAHANI, Mohsen (Arabic: محسن برمهانی)), Tehran, Iran; DOB 24 May 1979; POB Neishabur, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A54062245 (Iran) expires 12 Jul 2026; National ID No. 1063893488 (Iran); Deputy Director, Islamic Republic of Iran Broadcasting (individual) [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

BORODAEV, Alexander Nikolaevich (a.k.a. BORODAYEV, Aleksandr Nikolayevich (Cyrillic: БОРОДАЕВ, Александр Николаевич)), Apartment 27, 21 Efremova Street, Moscow 119048, Russia; DOB 02 May 1972; POB Kemerovo, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771543705601 (Russia) (individual) [RUSSIA-EO14024].

BORODAI, Aleksandr (a.k.a. BORODAY, Alexander Yuryevich (Cyrillic: БОРОДАЙ, Александр Юрьевич)), Russia; Dubai, United Arab Emirates; DOB 25 Jul 1972; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772916358810 (Russia); Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-

EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

BORODAY, Alexander Yuryevich (Cyrillic: БОРОДАЙ, Александр Юрьевич) (a.k.a. BORODAI, Aleksandr), Russia; Dubai, United Arab Emirates; DOB 25 Jul 1972; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772916358810 (Russia); Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

BORODAYEV, Aleksandr Nikolayevich (Cyrillic: БОРОДАЕВ, Александр Николаевич) (a.k.a. BORODAEV, Alexander Nikolaevich), Apartment 27, 21 Efremova Street, Moscow 119048, Russia; DOB 02 May 1972; POB Kemerovo, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771543705601 (Russia) (individual) [RUSSIA-EO14024].

BORODULINA, Svetlana Alekseevna; DOB 20 Dec 1973; POB Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BOROVCANIN, Veljko; DOB 25 Sep 1957; POB Sarajevo, Bosnia-Herzegovina (individual) [BALKANS].

BORSCHEV, Daniil (a.k.a. BORSHCHEV, Daniil (Cyrillic: БОРЩЕВ, Даниил); a.k.a. BORSHCHEV, Daniil Sergeyevich), Moscow, Russia; DOB 04 Dec 1975; POB Barnaul, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530309650 (Russia) (individual) [RUSSIA-EO14024].

BORSHCHEV, Daniil (Cyrillic: БОРЩЕВ, Даниил) (a.k.a. BORSCHEV, Daniil; a.k.a. BORSHCHEV, Daniil Sergeyevich), Moscow, Russia; DOB 04 Dec 1975; POB Barnaul, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530309650 (Russia) (individual) [RUSSIA-EO14024].

BORSHCHEV, Daniil Sergeyevich (a.k.a. BORSCHEV, Daniil; a.k.a. BORSHCHEV, Daniil

(Cyrillic: БОРЩЕВ, Даниил)), Moscow, Russia; DOB 04 Dec 1975; POB Barnaul, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530309650 (Russia) (individual) [RUSSIA-EO14024].

BORTNIKOV, Alexander (a.k.a. BORTNIKOV, Alexander Vasilievich (Cyrillic: БОРТНИКОВ, Александр Васильевич)), Moscow, Russia; DOB 15 Nov 1951; POB Perm, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [NPWMD] [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: FEDERAL SECURITY SERVICE).

BORTNIKOV, Alexander Vasilievich (Cyrillic: БОРТНИКОВ, Александр Васильевич) (a.k.a. BORTNIKOV, Alexander), Moscow, Russia; DOB 15 Nov 1951; POB Perm, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [NPWMD] [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: FEDERAL SECURITY SERVICE).

BORTNIKOV, Denis Aleksandrovich (Cyrillic: БОРТНИКОВ, Денис Александрович), Moscow, Russia; DOB 19 Nov 1974; POB Leningrad region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: BORTNIKOV, Alexander Vasilievich).

BORYOKUDAN (a.k.a. GOKUDO; a.k.a. YAKUZA), Japan [TCO].

BORZOUYEH PETROCHEMICAL COMPANY (a.k.a. BORZUYEH PETROCHEMICAL COMPANY; a.k.a. NOURI PETROCHEMICAL; a.k.a. NOURI PETROCHEMICAL CO; a.k.a. NOURI PETROCHEMICAL COMPANY; a.k.a. NOURI PETROCHEMICAL COMPANY (LLP); a.k.a. NOURI PETROCHEMICAL COMPLEX), Pars Special Economic Energy Zone, Assaluyeh Port, Bushehr, Iran; Nouri (Borzouyeh) Petrochemical Company, Pars Special Economy Zone, Assalouyeh, Bushehr, Iran; P.O.Box 75391-115, Bushehr, Iran; Pars Special Economy Energy Zone, Assalouyeh Port in the North Side of Persian Gulf, Bushehr, Iran; Website www.bpciran.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 941 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BORZUYEH PETROCHEMICAL COMPANY (f.k.a. BORZOUYEH PETROCHEMICAL COMPANY; a.k.a. NOURI PETROCHEMICAL; a.k.a. NOURI PETROCHEMICAL CO; a.k.a. NOURI PETROCHEMICAL COMPANY; a.k.a. NOURI PETROCHEMICAL COMPANY (LLP); a.k.a. NOURI PETROCHEMICAL COMPLEX), Pars Special Economic Energy Zone, Assaluyeh Port, Bushehr, Iran; Nouri (Borzouyeh) Petrochemical Company, Pars Special Economy Zone, Assalouyeh, Bushehr, Iran; P.O.Box 75391-115, Bushehr, Iran; Pars Special Economy Energy Zone, Assalouyeh Port in the North Side of Persian Gulf, Bushehr, Iran; Website www.bpciran.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 941 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BOSANSKA IDEALNA FUTURA (a.k.a. BECF CHARITABLE EDUCATIONAL CENTER; a.k.a. BENEVOLENCE EDUCATIONAL CENTER; a.k.a. BIF-BOSNIA; a.k.a. BOSNIAN IDEAL FUTURE), Salke Lagumdzije 12, Sarajevo 71000, Bosnia and Herzegovina; Hadzije, Mazica Put 16F, Zenica 72000, Bosnia and Herzegovina; Sehidska, Street, Breza, Bosnia and Herzegovina; Kanal, 1, Zenica 72000, Bosnia and Herzegovina; Hamze, Celenke 35, Ilidza, Sarajevo, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BOSFOR AVRASYA IC VE DIS TICARET LIMITED SIRKETI, Baskule Plaza Sitesi, 122/36 Goztepe Mahallesi, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1800970008 (Turkey); Business Registration Number 384592 (Turkey) [RUSSIA-EO14024].

BOSHAB MABUDJ MA BILENGE, Evariste (a.k.a. BOSHAB MABUDJ, Evariste; a.k.a. BOSHAB MABUDJ-MA-BILENGE, Evariste; a.k.a. BOSHAB MABUTSH, Evariste; a.k.a. BOSHAB, Evarist; a.k.a. BOSHAB, Evariste; a.k.a. MULUMBU BOSHAB, Evariste), Avenue du Rail 5, Ngaliema, Kinshasa, Congo, Democratic Republic of the; DOB 12 Jan 1956; POB Teke-Kalamba, Democratic Republic of the Congo; alt. POB Kasai Occidentale Province, Democratic Republic of the Congo;

nationality Congo, Democratic Republic of the; Gender Male; Passport DB0007366 (Congo, Democratic Republic of the) issued 07 May 2014 expires 06 May 2019; Deputy Prime Minister, Vice Prime Minister, Minister of Interior and Security (individual) [DRCONGO].

BOSHAB MABUDJ, Evariste (a.k.a. BOSHAB MABUDJ MA BILENGE, Evariste; a.k.a. BOSHAB MABUDJ-MA-BILENGE, Evariste; a.k.a. BOSHAB MABUTSH, Evariste; a.k.a. BOSHAB, Evarist; a.k.a. BOSHAB, Evariste; a.k.a. MULUMBU BOSHAB, Evariste), Avenue du Rail 5, Ngaliema, Kinshasa, Congo, Democratic Republic of the; DOB 12 Jan 1956; POB Teke-Kalamba, Democratic Republic of the Congo; alt. POB Kasai Occidentale Province, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0007366 (Congo, Democratic Republic of the) issued 07 May 2014 expires 06 May 2019; Deputy Prime Minister, Vice Prime Minister, Minister of Interior and Security (individual) [DRCONGO].

BOSHAB MABUDJ-MA-BILENGE, Evariste (a.k.a. BOSHAB MABUDJ MA BILENGE, Evariste; a.k.a. BOSHAB MABUDJ, Evariste; a.k.a. BOSHAB MABUTSH, Evariste; a.k.a. BOSHAB, Evarist; a.k.a. BOSHAB, Evariste; a.k.a. MULUMBU BOSHAB, Evariste), Avenue du Rail 5, Ngaliema, Kinshasa, Congo, Democratic Republic of the; DOB 12 Jan 1956; POB Teke-Kalamba, Democratic Republic of the Congo; alt. POB Kasai Occidentale Province, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0007366 (Congo, Democratic Republic of the) issued 07 May 2014 expires 06 May 2019; Deputy Prime Minister, Vice Prime Minister, Minister of Interior and Security (individual) [DRCONGO].

BOSHAB MABUTSH, Evariste (a.k.a. BOSHAB MABUDJ MA BILENGE, Evariste; a.k.a. BOSHAB MABUDJ, Evariste; a.k.a. BOSHAB MABUDJ-MA-BILENGE, Evariste; a.k.a. BOSHAB, Evarist; a.k.a. BOSHAB, Evariste; a.k.a. MULUMBU BOSHAB, Evariste), Avenue du Rail 5, Ngaliema, Kinshasa, Congo, Democratic Republic of the; DOB 12 Jan 1956; POB Teke-Kalamba, Democratic Republic of the Congo; alt. POB Kasai Occidentale Province, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0007366 (Congo, Democratic Republic of the) issued 07 May 2014 expires 06 May 2019; Deputy Prime

Minister, Vice Prime Minister, Minister of Interior and Security (individual) [DRCONGO].

BOSHAB, Evarist (a.k.a. BOSHAB MABUDJ MA BILENGE, Evariste; a.k.a. BOSHAB MABUDJ, Evariste; a.k.a. BOSHAB MABUDJ-MA-BILENGE, Evariste; a.k.a. BOSHAB MABUTSH, Evariste; a.k.a. BOSHAB, Evariste; a.k.a. MULUMBU BOSHAB, Evariste), Avenue du Rail 5, Ngaliema, Kinshasa, Congo, Democratic Republic of the; DOB 12 Jan 1956; POB Teke-Kalamba, Democratic Republic of the Congo; alt. POB Kasai Occidentale Province, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0007366 (Congo, Democratic Republic of the) issued 07 May 2014 expires 06 May 2019; Deputy Prime Minister, Vice Prime Minister, Minister of Interior and Security (individual) [DRCONGO].

BOSHAB, Evariste (a.k.a. BOSHAB MABUDJ MA BILENGE, Evariste; a.k.a. BOSHAB MABUDJ, Evariste; a.k.a. BOSHAB MABUDJ-MA-BILENGE, Evariste; a.k.a. BOSHAB MABUTSH, Evariste; a.k.a. BOSHAB, Evarist; a.k.a. MULUMBU BOSHAB, Evariste), Avenue du Rail 5, Ngaliema, Kinshasa, Congo, Democratic Republic of the; DOB 12 Jan 1956; POB Teke-Kalamba, Democratic Republic of the Congo; alt. POB Kasai Occidentale Province, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0007366 (Congo, Democratic Republic of the) issued 07 May 2014 expires 06 May 2019; Deputy Prime Minister, Vice Prime Minister, Minister of Interior and Security (individual) [DRCONGO].

BOSHIROV, Ruslan (a.k.a. CHEPIGA, Anatoliy Vladimirovich), Moscow, Russia; DOB 05 Apr 1979; alt. DOB 12 Apr 1978; POB Nikolaevka, Amur Oblast, Russia; alt. POB Dushanbe, Tajikistan; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

BOSKOVSKI, Ljube; DOB 24 Oct 1960 (individual) [BALKANS].

BOSNIAN IDEAL FUTURE (a.k.a. BECF CHARITABLE EDUCATIONAL CENTER; a.k.a. BENEVOLENCE EDUCATIONAL CENTER; a.k.a. BIF-BOSNIA; a.k.a. BOSANSKA IDEALNA FUTURA), Salke Lagumdzije 12, Sarajevo 71000, Bosnia and Herzegovina; Hadzije, Mazica Put 16F, Zenica 72000, Bosnia and Herzegovina; Sehidska, Street, Breza, Bosnia and Herzegovina; Kanal, 1, Zenica 72000, Bosnia and Herzegovina; Hamze, Celenke 35, Ilidza, Sarajevo, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BOSNIAN INVESTMENT ORGANIZATION (a.k.a. BIO CORPORATION), Sarajevo, Bosnia and Herzegovina [BALKANS].

BOSPHORUS GATE DIS TICARET LIMITED SIRKETI (a.k.a. BOSPHORUS GATE DIS TICARET LIMSTED SIRKETI), Merkez Neighborhood, Palazoghlu St., Han Riyet Block No: 6, Door No: 3, Sisli, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Istanbul Chamber of Comm. No. 389161-5 (Turkey) [RUSSIA-EO14024].

BOSPHORUS GATE DIS TICARET LIMSTED SIRKETI (a.k.a. BOSPHORUS GATE DIS TICARET LIMITED SIRKETI), Merkez Neighborhood, Palazoghlu St., Han Riyet Block No: 6, Door No: 3, Sisli, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Istanbul Chamber of Comm. No. 389161-5 (Turkey) [RUSSIA-EO14024].

BOSQUE DE SANTA TERESITA LTDA., Avenida 6N No. 17-92, Of. 411-412, Cali, Colombia; NIT # 800117606-9 (Colombia) [SDNT].

BOSSA, Solomy Balungi, The Hague, Netherlands; DOB 14 Apr 1956; POB Kampala, Uganda; nationality Uganda; Gender Female; Passport DA023555 (Uganda) expires 09 Dec 2021 (individual) [ICC-EO14203].

BOTLIKH RADIO PLANT LIMITED LIABILITY COMPANY (a.k.a. BOTLIKHSKI RADIOZAVOD OOO (Cyrillic: ООО БОТЛИХСКИЙ РАДИОЗАВОД)), 1 P. Zakaryaeva Street, Buinaksk, Dagestan Republic 368222, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Jun 2016; Tax ID No. 0506007635 (Russia); Registration Number 1160571057602 (Russia) [RUSSIA-EO14024].

BOTLIKHSKI RADIOZAVOD OOO (Cyrillic: ООО БОТЛИХСКИЙ РАДИОЗАВОД) (a.k.a. BOTLIKH RADIO PLANT LIMITED LIABILITY COMPANY), 1 P. Zakaryaeva Street, Buinaksk, Dagestan Republic 368222, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Jun 2016; Tax ID No. 0506007635 (Russia); Registration Number 1160571057602 (Russia) [RUSSIA-EO14024].

BOU ALI SINA PETROCHEMICAL COMPANY (a.k.a. BU ALI SINA PETROCHEMICAL COMPANY; a.k.a. BUALI SINA PETROCHEMICAL COMPANY), No. 17, 1st Floor, Daman Afshar St., Vanak Sq., Vali-e-Asr Ave, Tehran 19697, Iran; Petrochemical Special Economic Zone (PETZONE), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BOUCHOUCHA, Al-Mokhtar Ben Mohamed Ben Al-Mokhtar (a.k.a. BOUCHOUCHA, Mokhtar; a.k.a. BUSHUSHA, Mokhtar), Via Milano n.38, Spinadesco, CR, Italy; DOB 13 Oct 1969; POB Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K754050 issued 26 May 1999 expires 25 May 2004; Italian Fiscal Code BCHMHT69R13Z352T (individual) [SDGT].

BOUCHOUCHA, Mokhtar (a.k.a. BOUCHOUCHA, Al-Mokhtar Ben Mohamed Ben Al-Mokhtar; a.k.a. BUSHUSHA, Mokhtar), Via Milano n.38, Spinadesco, CR, Italy; DOB 13 Oct 1969; POB Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K754050 issued 26 May 1999 expires 25 May 2004; Italian Fiscal Code BCHMHT69R13Z352T (individual) [SDGT].

BOUGHANEMI, Faycal (a.k.a. BOUGHANMI, Faical), viale Cambonino, 5/B, Cremona, Italy; DOB 28 Oct 1966; POB Tunis, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Italian Fiscal Code BGHFCL66R28Z352G (individual) [SDGT].

BOUGHANMI, Faical (a.k.a. BOUGHANEMI, Faycal), viale Cambonino, 5/B, Cremona, Italy; DOB 28 Oct 1966; POB Tunis, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Italian Fiscal Code BGHFCL66R28Z352G (individual) [SDGT].

BOUJAR, Farhad (a.k.a. BUJAR, Farhad); nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport R10789966; Managing Director, TESA (individual) [NPWMD] [IFSR].

BOULGHIT, Boubakeur (a.k.a. BOULGHITI, Boubekeur; a.k.a. "AL DJAZAIRI, Abou Bakr"; a.k.a. "AL-JAZARI, Yasir"; a.k.a. "AL-JAZIRI, Abou Yasser"; a.k.a. "AL-JAZIRI, Abu Bakr"; a.k.a. "EL DJAZAIRI, Abou Yasser"), Peshawar, Pakistan; DOB 13 Feb 1970; POB Rouiba, Algiers, Algeria; nationality Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BOULGHITI, Boubekeur (a.k.a. BOULGHIT, Boubakeur; a.k.a. "AL DJAZAIRI, Abou Bakr"; a.k.a. "AL-JAZARI, Yasir"; a.k.a. "AL-JAZIRI, Abou Yasser"; a.k.a. "AL-JAZIRI, Abu Bakr"; a.k.a. "EL DJAZAIRI, Abou Yasser"), Peshawar, Pakistan; DOB 13 Feb 1970; POB Rouiba, Algiers, Algeria; nationality Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BOUNGALOWS VILLA AZUL, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 18740 (Jalisco) (Mexico) [SDNTK].

BOURAS, Sami Bashur (a.k.a. "Khadim"; a.k.a. "Wakrici"); DOB 1974 to 1976; citizen Sweden; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M323879 (Tunisia) (individual) [SDGT].

BOUSLIM, Ammar Mansour (a.k.a. ATWA, Ali; a.k.a. SALIM, Hassan Rostom), Lebanon; DOB 1960; POB Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BOUSTANY, Maya (Arabic: مايا البستاني) (a.k.a. AL-BUSTANI, Maya; a.k.a. AL-BUSTANI, Maya Shadi (Arabic: مايا شادي البستاني)), Qatar; Al-Dabieh, Mount Lebanon, Lebanon; DOB 09 Sep 1981; POB Al-Dabieh, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR2067544 (Lebanon) expires 22 Apr 2031; National ID No. 000043641387 (Lebanon) (individual) [SDGT] (Linked To: HAMIEH, Alaa Hassan).

BOUT, Viktor Anatolijevitch (a.k.a. SERGITOV, Vitali; a.k.a. "BONT"; a.k.a. "BOUTOV"; a.k.a.

"BUTT"; a.k.a. "BUTTE"); DOB 13 Jan 1967; alt. DOB 13 Jan 1970; POB Dushanbe, Tajikistan; Dealer and transporter of weapons and minerals; Owner, Great Lakes Business Company and Compagnie Aerienne des Grands (individual) [DRCONGO].

BOUTIQUE LA MAISON, 42 Via Brasil, Panama City, Panama [CUBA].

BOUTIQUE PATRACA (a.k.a. PATRACA, S.A. DE C.V.), Calle Miguel Hgo No. 302, Col. Centro, Culiacan, Sinaloa, Mexico; Ave. Alvaro Obregon No. 1800, 74M, Col. Colinas de San Miguel, Culiacan 80228, Mexico; Col. Proyecto Urbano Tres Rios, Culiacan, Sinaloa, Mexico; Calle Benito Juarez, No. 302, Col. Centro, Culiacan, Sinaloa, Mexico; Calle Benito Juarez 302 A altos S/N, Col. Centro, Culiacan, Sinaloa, Mexico; Alvaro Obregon y Cerro de Montelargo Local 74M, 75M, 76M, 7 Colinas de San Miguel, Culiacan 80228, Mexico; Ave Alvaro Obregon No. 1800, 74M, Col. Colinas de San Miguel, Culiacan, Sinaloa 80228, Mexico; Cll Jose Diego Valadez Rios 16, Plaza Patraca PB-24, Proyecto Urbano Tres Rios, Culiacan Rosales, Culiacan 80000, Mexico; Cll Jose Diego Valadez Rios 16, Plaza Patraca PB-16, Proyecto Urbano Tres Rios, Culiacan Rosales, Culiacan 80000, Mexico; Cll Jose Diego Valadez Rios 16, Plaza Patraca PB-39, Proyecto Urbano Tres Rios, Culiacan Rosales, Culiacan 80000, Mexico; Cll Jose Diego Valadez Rios No. 1676, Col. Proyecto Urbano Tres Rios, Culiacan, Sinaloa 80000, Mexico; Cll Jose Diego Valadez Rios No. 1676, 16, Col. Proyecto Urbano Tres Rios, Culiacan, Sinaloa 80000, Mexico; Avenida Jose Maria Morelos 302 Pte, Local 3, Col. Sector Culiacan Centro, Culiacan, Sinaloa 80000, Mexico; R.F.C. PAT040318GF7 (Mexico) [SDNTK].

BOUYAHIA, Hamadi Ben Abdul Aziz Ben Ali (a.k.a. GAMEL MOHAMED), Corso XXII Marzo 39, Milan, Italy; DOB 22 May 1966; alt. DOB 29 May 1966; POB Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L723315 issued 05 May 1998 expires 04 May 2003; arrested 30 Sep 2002 (individual) [SDGT].

BOUZARY, Seyed Behzad, Essen, Germany; DOB 21 Mar 1963; POB Tehran, Iran; nationality Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport C6XTLL1T9 (Germany) (individual) [NPWMD] [IFSR] (Linked To: STAR MANAGEMENT GROUP GMBH).

BOVARD, Hamid (a.k.a. BOORD, Hamid), Iran; DOB 27 Mar 1964; POB Shushtar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1881030784 (Iran) (individual) [IRAN-EO13902].

BOVDA, Maria Anatolyevna (a.k.a. BELYAEVA, Maria Anatolyevna), Russia; DOB 21 Feb 1986; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

BOVDA, Robert Sergeyevich, Russia; DOB 27 Aug 1989; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

BOYAH, Abshir (a.k.a. ABDILLAHI, Abshir; a.k.a. ABDULAHI, Asad; a.k.a. ABDULI, Aburashid Abdulahi; a.k.a. ABDULLAHI, Abshir; a.k.a. "BOOYAH"; a.k.a. "BOYAH"), Eyl, Somalia; Garowe, Somalia; DOB circa 1966; POB Eyl, Somalia (individual) [SOMALIA].

BOYARINEV, Valeriy Gennadevich (Cyrillic: БОЯРИНЕВ, Валерий Геннадьевич) (a.k.a. BOYARINEV, Valery Gennadievich), Russia; DOB 02 Sep 1970; POB Berezovka, Krasnoyarsk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 190113308460 (Russia) (individual) [RUSSIA-EO14024].

BOYARINEV, Valery Gennadievich (a.k.a. BOYARINEV, Valeriy Gennadevich (Cyrillic: БОЯРИНЕВ, Валерий Геннадьевич)), Russia; DOB 02 Sep 1970; POB Berezovka, Krasnoyarsk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 190113308460 (Russia) (individual) [RUSSIA-EO14024].

BOYARKIN, V.A. (Cyrillic: БОЯРКИН, В.А.) (a.k.a. BOYARKIN, Victor; a.k.a. BOYARKIN, Victor Alekseevich; a.k.a. BOYARKIN, Victor Alekseyevich (Cyrillic: БОЯРКИН, Виктор Алексеевич; a.k.a. BOYARKIN, Viktor), #189, 20, BLD1, Generala Beloborodova, Moscow, Federal District 125222, Russia; DOB 12 Oct 1958; POB Meschovsk, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 200042334

(Russia); alt. Passport 642348547 (Russia) (individual) [UKRAINE-EO13661] [UKRAINE-EO13662] (Linked To: DERIPASKA, Oleg Vladimirovich).

BOYARKIN, Victor (a.k.a. BOYARKIN, V.A. (Cyrillic: БОЯРКИН, В.А.); a.k.a. BOYARKIN, Victor Alekseevich; a.k.a. BOYARKIN, Victor Alekseyevich (Cyrillic: БОЯРКИН, Виктор Алексеевич); a.k.a. BOYARKIN, Viktor), #189, 20, BLD1, Generala Beloborodova, Moscow, Federal District 125222, Russia; DOB 12 Oct 1958; POB Meschovsk, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 200042334 (Russia); alt. Passport 642348547 (Russia) (individual) [UKRAINE-EO13661] [UKRAINE-EO13662] (Linked To: DERIPASKA, Oleg Vladimirovich).

BOYARKIN, Victor Alekseevich (a.k.a. BOYARKIN, V.A. (Cyrillic: БОЯРКИН, В.А.); a.k.a. BOYARKIN, Victor; a.k.a. BOYARKIN, Victor Alekseyevich (Cyrillic: БОЯРКИН, Виктор Алексеевич); a.k.a. BOYARKIN, Viktor), #189, 20, BLD1, Generala Beloborodova, Moscow, Federal District 125222, Russia; DOB 12 Oct 1958; POB Meschovsk, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 200042334 (Russia); alt. Passport 642348547 (Russia) (individual) [UKRAINE-EO13661] [UKRAINE-EO13662] (Linked To: DERIPASKA, Oleg Vladimirovich).

BOYARKIN, Victor Alekseyevich (Cyrillic: БОЯРКИН, Виктор Алексеевич) (a.k.a. BOYARKIN, V.A. (Cyrillic: БОЯРКИН, В.А.); a.k.a. BOYARKIN, Victor; a.k.a. BOYARKIN, Victor Alekseevich; a.k.a. BOYARKIN, Viktor), #189, 20, BLD1, Generala Beloborodova, Moscow, Federal District 125222, Russia; DOB 12 Oct 1958; POB Meschovsk, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 200042334 (Russia); alt. Passport 642348547 (Russia) (individual) [UKRAINE-EO13661] [UKRAINE-EO13662] (Linked To: DERIPASKA, Oleg Vladimirovich).

BOYARKIN, Viktor (a.k.a. BOYARKIN, V.A. (Cyrillic: БОЯРКИН, В.А.); a.k.a. BOYARKIN, Victor; a.k.a. BOYARKIN, Victor Alekseevich;

a.k.a. BOYARKIN, Victor Alekseyevich (Cyrillic: БОЯРКИН, Виктор Алексеевич)), #189, 20, BLD1, Generala Beloborodova, Moscow, Federal District 125222, Russia; DOB 12 Oct 1958; POB Meschovsk, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 200042334 (Russia); alt. Passport 642348547 (Russia) (individual) [UKRAINE-EO13661] [UKRAINE-EO13662] (Linked To: DERIPASKA, Oleg Vladimirovich).

BOYARSKIY, Sergey Mikhaylovich (Cyrillic: БОЯРСКИЙ, Сергей Михайлович), Russia; DOB 24 Jan 1980; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BOYKO, Svetlana Andreyevna (Cyrillic: БОЙКО, Светлана Андреевна) (a.k.a. "BOYKO, Sveta"), St. Petersburg, Russia; DOB 14 Apr 1990; POB Leningrad, Russia; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781102544700 (Russia) (individual) [RUSSIA-EO14024].

BOYLE CHEMICAL CO., LTD. (a.k.a. SHANGHAI BOYLE CHEMICAL CO., LTD.), Rm. 402, No.12, Lane 429, Pudong New Area, Shanghai, China; Building 12, No. 3802 ShenGang Road, Xinfei Corporation Home, SongJiang District, Shanghai 201611, China; Block C11, Xinfei Enterprises Home, No. 3, Shanghai 201611, China; Room 520-522, No. 135, Dongfang Road, Pudong New District, Shanghai 200120, China; Website http://www.boylechem.com; alt. Website http://annaboylechem.globalimporter.net; Registration ID 310106000205236 (China) [SDNTK].

BOZHKOV, Vasil (Cyrillic: БОЖКОВ, ВАСИЛ) (a.k.a. BOJKOV, Vassil Kroumov; a.k.a. "Cherepa"; a.k.a. "The Skull"), 79 Vassil Levski Blvd, Sofia 1000, Bulgaria; Dubai, United Arab Emirates; DOB 29 Jul 1956; POB Velingrad, Bulgaria; nationality Bulgaria; Gender Male; Passport 440210366 (Bulgaria) expires 23 Aug 2023; alt. Passport 385950465 (Bulgaria) expires 11 Apr 2024; National ID No. 647475973 (Bulgaria) (individual) [GLOMAG].

BOZIZE, Francois (a.k.a. BOZIZE, Francois Yangouvonda; a.k.a. YANGOUVONDA,

Bozize); DOB 14 Oct 1946; POB Gabon; Former President of the Central African Republic (individual) [CAR].

BOZIZE, Francois Yangouvonda (a.k.a. BOZIZE, Francois; a.k.a. YANGOUVONDA, Bozize); DOB 14 Oct 1946; POB Gabon; Former President of the Central African Republic (individual) [CAR].

BOZIZE, Jean Francis (a.k.a. BOZIZE, Jean-Francis), Central African Republic; DOB 19 Feb 1970; POB Bangui, Central African Republic; nationality Central African Republic; citizen Central African Republic; alt. citizen France; Gender Male (individual) [CAR].

BOZIZE, Jean-Francis (a.k.a. BOZIZE, Jean Francis), Central African Republic; DOB 19 Feb 1970; POB Bangui, Central African Republic; nationality Central African Republic; citizen Central African Republic; alt. citizen France; Gender Male (individual) [CAR].

BOZORG, Marzieh; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 16650550 (Iran); Commercial Director (individual) [NPWMD] [IFSR] (Linked To: SAZEH MORAKAB CO. LTD).

BOZOYAN, Yurii Meruzhanovich, St. Petersburg, Russia; DOB 30 Jan 1992; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 780538991581 (Russia) (individual) [CAATSA - RUSSIA] [CYBER4] (Linked To: AEZA GROUP LLC).

BOZTEPE, Omer; DOB 01 Jan 1966; POB Bozova, Sanliurfa, Turkey; nationality Turkey (individual) [SDNTK].

BP DIS TICARET VE DANISMANLIK LIMITED SIRKETI, Zeytinlik Mh. Turkcu, Sk. Ferah Palas Blok No:16/2/10, Bakirkoy, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Dec 2022; Chamber of Commerce Number 1420327 (Turkey); Registration Number 426750-5 (Turkey); Central Registration System Number 0187-1584-9140-0001 (Turkey) [RUSSIA-EO14024].

BPKH OOO (a.k.a. BASHKIR INDUSTRIAL HOLDING LLC; a.k.a. BASHKIRSKIY PROMYSHLENNYI HOLDING OOO; a.k.a. LLC SIBCAPITAL (Cyrillic: ООО СИБКАПИТАЛ); a.k.a. OOO BASHKIR INDUSTRIAL HOLDING COMPANY), d. 42 etazh 2 pom. 12, ul. Sotsialisticheskaya, Blagoveshchensk 453434, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

0258954788 (Russia); Registration Number 1210200047969 (Russia) [RUSSIA-EO14024].

BPS SBERBANK OJSC (a.k.a. BPS-SBERBANK OAO (Cyrillic: ОАО СБЕР БАНК); a.k.a. OPEN JOINT STOCK COMPANY BPS-SBERBANK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕР БАНК); a.k.a. SBER BANK), 6 Mulyavina Boulevard, Minsk 220005, Belarus; SWIFT/BIC BPSBBY2X; Website www.sber-bank.by; alt. Website www.bps-sberbank.by; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 100219673 (Belarus); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

BPS-SBERBANK OAO (Cyrillic: ОАО СБЕР БАНК) (a.k.a. BPS SBERBANK OJSC; a.k.a. OPEN JOINT STOCK COMPANY BPS-SBERBANK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕР БАНК); a.k.a. SBER BANK), 6 Mulyavina Boulevard, Minsk 220005, Belarus; SWIFT/BIC BPSBBY2X; Website www.sber-bank.by; alt. Website www.bps-sberbank.by; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 100219673 (Belarus); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

BPT BERLIN PETROLEUM TRADING GMBH, Charlottenbrunner Str. 5, Berlin 14193, Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Jun 2018; Registration Number HRB 198552 (Germany) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

BPT SHIPPING CO L.L.C (Arabic: بی بی تی للنقل ذ.م.م), Al Hamriyah, Deira, Dubai, United Arab Emirates; Abu Hail Building, 13, Abu Hail Road, Dubai, United Arab Emirates; Website bptshipping.com; Organization Established Date 08 Jul 2023; Identification Number IMO 6450727; Registration Number 1206291 (United Arab Emirates); Economic Register Number (CBLS) 12118150 (United Arab Emirates) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

BRACRO S.A., Panama City, Panama; RUC # 990805-1-534158 (Panama) [SDNTK].

BRADENS, Andrejs (a.k.a. CARENOKS, Andrejs), 55 Riding House Street, Ground Floor, London W1W7EE, United Kingdom; DOB 09 Sep 1962; nationality Latvia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport LV6327440 (Latvia) (individual) [RUSSIA-EO14024].

BRAHIMI, Ahmed (a.k.a. AL-UBRAHIMI, Ahmad; a.k.a. IBRAHIM, Ahmed), El Harrach, Algiers 16200, Algeria; DOB 24 Jun 1970; POB Beni Slimane, Medea, Algeria; nationality Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 309859713 (Algeria) expires 25 Oct 2031 (individual) [SDGT] (Linked To: HAMAS).

BRAIM, Dmitry (a.k.a. BRAIM, Dmitry Vladimirovich (Cyrillic: БРАИМ, ДМИТРИЙ ВЛАДИМИРОВИЧ); a.k.a. BRAIM, Dzmitryri Uladzimiravich (Cyrillic: БРАІМ, ДЗМІТРЫЙ УЛАДЗІМІРАВІЧ)), P.A. Miroshnichenko Street, 27, ap. 106, Minsk, Belarus; DOB 18 Apr 1976; nationality Belarus; Gender Male; National ID No. 3180476A073PB3 (Belarus) (individual) [BELARUS-EO14038] (Linked To: PELENG JSC).

BRAIM, Dmitry Vladimirovich (Cyrillic: БРАИМ, ДМИТРИЙ ВЛАДИМИРОВИЧ) (a.k.a. BRAIM, Dmitry; a.k.a. BRAIM, Dzmitryri Uladzimiravich (Cyrillic: БРАІМ, ДЗМІТРЫЙ УЛАДЗІМІРАВІЧ)), P.A. Miroshnichenko Street, 27, ap. 106, Minsk, Belarus; DOB 18 Apr 1976; nationality Belarus; Gender Male; National ID No. 3180476A073PB3 (Belarus) (individual) [BELARUS-EO14038] (Linked To: PELENG JSC).

BRAIM, Dzmitryri Uladzimiravich (Cyrillic: БРАІМ, ДЗМІТРЫЙ УЛАДЗІМІРАВІЧ) (a.k.a. BRAIM, Dmitry; a.k.a. BRAIM, Dmitry Vladimirovich (Cyrillic: БРАИМ, ДМИТРИЙ ВЛАДИМИРОВИЧ)), P.A. Miroshnichenko Street, 27, ap. 106, Minsk, Belarus; DOB 18 Apr 1976; nationality Belarus; Gender Male; National ID No. 3180476A073PB3 (Belarus) (individual) [BELARUS-EO14038] (Linked To: PELENG JSC).

BRALO, Miroslav (a.k.a. "CICKO"); DOB 13 Oct 1967; POB Kratine, Vitez (individual) [BALKANS].

BRANCH 1 OF THE SHIRAZ REVOLUTIONARY COURT (a.k.a. FIRST BRANCH OF THE REVOLUTIONARY COURT OF SHIRAZ; a.k.a. FIRST BRANCH OF THE SHIRAZ REVOLUTIONARY COURT), New Quran Boulevard, District 3, Shiraz City, Fars Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

BRAND SERVER OPTIONS (a.k.a. "BSO"), ul. Butlerova d. 17B, et/p/kom/of/k 3/XII/86/1/55, Moscow 117342, Russia; Smirnovskaya ultisa, 25s2, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724317936 (Russia); Registration Number 1157746419082 (Russia) [RUSSIA-EO14024].

BRAR, Jugwinder Singh, Dubai, United Arab Emirates; DOB 15 Mar 1962; POB Kot Kapura, India; nationality India; Gender Male; Identification Number 01872998 (India) (individual) [IRAN-EO13902].

BRATSKY NARODNY BANK JSC, ul. Komsomolskaya 43, Bratsk 665717, Russia; SWIFT/BIC BRATRU6B; Website www.ankb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 3803202031 (Russia); Registration Number 1023800000069 (Russia); Global Intermediary Identification Number 6FCAP1.99999.SL.643 [RUSSIA-EO14024].

BRAUN, Sergey Sergeevich (Cyrillic: БРАУН, Сергей Сергеевич) (a.k.a. KRAVTSOV, Sergei

Sergeevich; a.k.a. KRAVTSOV, Sergej Sergeevich; a.k.a. KRAVTSOV, Sergey Sergeevich (Cyrillic: КРАВЦОВ, Сергей Сергеевич)), Karetny Ryad Street, House 2, Moscow, Russia; DOB 17 Mar 1974; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772803716511 (Russia) (individual) [RUSSIA-EO14024].

BRAVERMAN, Anatoli Aleksandrovich (a.k.a. BRAVERMAN, Anatoly Alexandrovich (Cyrillic: БРАВЕРМАН, Анатолий Александрович)), Russia; DOB 05 Aug 1985; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530152537 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

BRAVERMAN, Anatoly Alexandrovich (Cyrillic: БРАВЕРМАН, Анатолий Александрович) (a.k.a. BRAVERMAN, Anatoli Aleksandrovich), Russia; DOB 05 Aug 1985; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530152537 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

BRAVERY MARITIME CORP (a.k.a. BRAVERY MARITIME CORPORATION), Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number IMO 6161246 [SDGT] (Linked To: AL HABSI, Mahmood Rashid Amur).

BRAVERY MARITIME CORPORATION (a.k.a. BRAVERY MARITIME CORP), Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number IMO 6161246 [SDGT] (Linked To: AL HABSI, Mahmood Rashid Amur).

BRDJANIN, Radoslav; DOB 09 Feb 1948; POB Popovac, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

BRECALIN HONG KONG CO LTD, Room 1202, Flat A, 12/F, Efficiency House, 35 Tai Yau Street, San Po Kong, Hong Kong, China; 39-09, Fuli Center, 6, Gangxing Lu, Zhongshan Qu, Dalian, Liaoning, China; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 15 Jan 2021; Identification Number IMO 6203460; Company Number 3011707 (Hong Kong); Business Registration Number 72574540 (Hong Kong) [IRAN-EO13846].

BRECHALOV, Aleksandr Vladimirovich (Cyrillic: БРЕЧАЛОВ, Александр Владимирович) (a.k.a. BRECHALOV, Alexander Vladimirovich), Udmurtia Republic, Russia; DOB 18 Nov 1973; POB Tlyustenkhabl, Adygeya Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 231106982106 (Russia) (individual) [RUSSIA-EO14024].

BRECHALOV, Alexander Vladimirovich (a.k.a. BRECHALOV, Aleksandr Vladimirovich (Cyrillic: БРЕЧАЛОВ, Александр Владимирович)), Udmurtia Republic, Russia; DOB 18 Nov 1973; POB Tlyustenkhabl, Adygeya Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 231106982106 (Russia) (individual) [RUSSIA-EO14024].

BREDIKHIN, Aleksei Viktorovich (a.k.a. BREDIKHIN, Aleksey; a.k.a. BREDIKHIN, Alexei), Russia; DOB 15 Mar 1984; POB Nizhny Kuranakh, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 701740785143 (Russia) (individual) [RUSSIA-EO14024].

BREDIKHIN, Aleksey (a.k.a. BREDIKHIN, Aleksei Viktorovich; a.k.a. BREDIKHIN, Alexei), Russia; DOB 15 Mar 1984; POB Nizhny Kuranakh, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 701740785143 (Russia) (individual) [RUSSIA-EO14024].

BREDIKHIN, Alexei (a.k.a. BREDIKHIN, Aleksei Viktorovich; a.k.a. BREDIKHIN, Aleksey), Russia; DOB 15 Mar 1984; POB Nizhny Kuranakh, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 701740785143 (Russia) (individual) [RUSSIA-EO14024].

BREEZE MARINE ASSET MANAGEMENT INC, 24th Floor, Churchill Tower, Business Bay, Dubai, United Arab Emirates; Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 24 Apr 2023; Identification Number IMO 6404952; Registration Number 119696 (Marshall Islands) [IRAN-EO13846].

BREIHMATT, Salem ould (a.k.a. OULD ABED, Cheikh ould Mohamed Saleck; a.k.a. "Abu Hamza al-Shanqiti"; a.k.a. "Abu Hamza al-Shinqiti"; a.k.a. "Hamza al-Mauritani"; a.k.a. "NITRIK, Hamza"), Mali; DOB 1984; alt. DOB 1978; POB Mauritania; nationality Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

BREMINO GROUP LLC (a.k.a. LIMITED LIABILITY COMPANY BREMINO GROUP; a.k.a. OBSHCHESTVO S OGRANNICHENOY OTVETSTVENNOSTYU BREMINO GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БРЕМИНО ГРУПП); a.k.a. OOO BREMINO GRUPP (Cyrillic: ООО БРЕМИНО ГРУПП); a.k.a. TAA BREMINA GRUP (Cyrillic: ТАА БРЭМІНА ГРУП); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU BREMINA GRUP (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ БРЭМІНА ГРУП)), ul. Zavodskaya, d. 1K, pom. 1, gp. Bolbasovo, Orsha district, Vitebsk oblast 211004, Belarus (Cyrillic: ул. Заводская, д. 1К, пом. 1, гп. Болбасово, Оршанский район, Витебская область 211004, Belarus); Organization Established Date 05 Nov 2013; Registration Number 691598938 (Belarus) [BELARUS-EO14038].

BRESTOBLISPOLKOM DEPARTMENT OF INTERNAL AFFAIRS (a.k.a. BRESTOBLISPOLKOM UVD (Cyrillic: УВД БРЕСТОБЛИСПОЛКОМА); a.k.a. DEPARTMENT OF INTERNAL AFFAIRS OF BREST OBLAST EXECUTIVE COMMITTEE; a.k.a. DIRECTORATE OF INTERNAL AFFAIRS OF THE BREST OBLAST EXECUTIVE COMMITTEE (Cyrillic: УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ БРЕСТСКОГО ОБЛИСПОЛКОМА); a.k.a. UVD OF THE BREST OBLAST EXECUTIVE COMMITTEE (Cyrillic: УВД БРЕСТСКОГО ОБЛИСПОЛКОМА)), 28, Communist str., Brest 224000, Belarus; Target Type Government

Entity; Registration Number 200127206 (Belarus) [BELARUS].

BRESTOBLISPOLKOM UVD (Cyrillic: УВД БРЕСТОБЛИСПОЛКОМА) (a.k.a. BRESTOBLISPOLKOM DEPARTMENT OF INTERNAL AFFAIRS; a.k.a. DEPARTMENT OF INTERNAL AFFAIRS OF BREST OBLAST EXECUTIVE COMMITTEE; a.k.a. DIRECTORATE OF INTERNAL AFFAIRS OF THE BREST OBLAST EXECUTIVE COMMITTEE (Cyrillic: УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ БРЕСТСКОГО ОБЛИСПОЛКОМА); a.k.a. UVD OF THE BREST OBLAST EXECUTIVE COMMITTEE (Cyrillic: УВД БРЕСТСКОГО ОБЛИСПОЛКОМА)), 28, Communist str., Brest 224000, Belarus; Target Type Government Entity; Registration Number 200127206 (Belarus) [BELARUS].

BREYELLER KALTBAND GMBH (a.k.a. ASCOTEC MINERAL & MACHINERY GMBH; a.k.a. ASCOTEC MINERAL AND MACHINERY GMBH), Tersteegenstr. 10, Dusseldorf 40474, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 55668 (Germany); all offices worldwide [IRAN].

BREYELLER STAHL TECHNOLOGY GMBH & CO. KG (a.k.a. BREYELLER STAHL TECHNOLOGY GMBH AND CO. KG; f.k.a. ROETZEL-STAHL GMBH & CO. KG; f.k.a. ROETZEL-STAHL GMBH AND CO. KG), Josefstrasse 82, Nettetal 41334, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRA 4528 (Germany); all offices worldwide [IRAN].

BREYELLER STAHL TECHNOLOGY GMBH AND CO. KG (a.k.a. BREYELLER STAHL TECHNOLOGY GMBH & CO. KG; f.k.a. ROETZEL-STAHL GMBH & CO. KG; f.k.a. ROETZEL-STAHL GMBH AND CO. KG), Josefstrasse 82, Nettetal 41334, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRA 4528 (Germany); all offices worldwide [IRAN].

BRIC INMOBILIARIA, Naciones Unidas # 6875, local 8a, Fracc. Vista del Tule, Zapopan, Jalisco, Mexico; Website www.bricinmobiliaria.com [SDNTK].

BRICENO CISNEROS, Edward Miguel, Caracas, Venezuela; DOB 11 Mar 1986; POB Caracas, Venezuela; nationality Venezuela; Gender Male; Cedula No. 17514632 (Venezuela) (individual) [VENEZUELA].

BRIDGE BEAR LLC (a.k.a. LIMITED LIABILITY COMPANY BRIDGE BEARING; a.k.a. LIMITED LIABILITY COMPANY BRIDZH BEAR), d. 9 nezh.pomeshch. 6, ul. Kharlova, Chelyabinsk 454108, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449145068 (Russia); Registration Number 1217400032134 (Russia) [RUSSIA-EO14024].

BRIGADA ESPECIAL NACIONAL DEL MINISTERIO DEL INTERIOR, Cuba; Target Type Government Entity [GLOMAG].

BRIGADE OF THE EMIGRANTS AND HELPERS (a.k.a. AL-MUAJIRIN BRIGADE; a.k.a. ARMY OF FOREIGN FIGHTERS AND SUPPORTERS; a.k.a. ARMY OF THE EMIGRANTS AND HELPERS; a.k.a. JAISH AL-MUHAJIREEN WA ANSAR; a.k.a. JAISH AL-MUHAJIREEN WAL-ANSAR; a.k.a. JAYSH AL-MUHAJIRIN AND AL-ANSAR ARMY; a.k.a. JAYSH AL-MUHAJIRIN WAL-ANSAR; a.k.a. KATEEB AL MUHAJIREEN WAL ANSAR; a.k.a. KATIBA AL-MUHAJIREEN; a.k.a. MUHAJIRIN AND ANSAR ARMY), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BRIGADE OF THE YARMOUK MARTYRS (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BRIGHT SHORE INC LIMITED, Room 1004, 10/F, Block B, Hung Hom Commercial Centre, 37-39 Ma Tau Wai Road, Hung Hom, Kowloon, Hong Kong, China; 7/F, Pearl Oriental Tower, 225 Nathan Road, Kowloon, Hong Kong, China; Organization Established Date 09 May 2018; Company Number 2692320 (Hong Kong); Business Registration Number 69335785 (Hong Kong) [NPWMD] (Linked To: TONG, Thomas Ho Ming).

BRIGHT SPOT GOODS WHOLESALERS L.L.C (Arabic: برايت سبوت لتجارة السلع بالجملة ش.ذ.م.م), Deira Oud Al Muteena 3, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Feb 2020; Registration Number 8783020 (United Arab Emirates); Economic Register Number (CBLS) 11498566 (United Arab Emirates) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

BRIGHT TEAM GLOBAL LIMITED, Hong Kong, China; Virgin Islands, British; Company Number 1984336 (Virgin Islands, British) [TCO] (Linked To: ZHOU, Yun).

BRIGHT UNIVERSE INTERNATIONAL LIMITED, Flat/RM A 12/F ZJ 300, 300 Lockhart Road, Wan Chai, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Mar 2023; Company Number 3249139 (Hong Kong); Business Registration Number 75015779 (Hong Kong) [RUSSIA-EO14024].

BRIGHTEN STAR FZE (Arabic: بريتين ستار م م ح), Sharjah, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Dec 2020; Registration Number 19021 (United Arab Emirates); Economic Register Number (CBLS) 11582809 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

BRILKA, Sergei (a.k.a. BRILKA, Sergey Fateevich (Cyrillic: БРИЛКА, Сергей Фатеевич)), Russia; DOB 14 Mar 1954; POB Anga village, Irkutsk Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BRILKA, Sergey Fateevich (Cyrillic: БРИЛКА, Сергей Фатеевич) (a.k.a. BRILKA, Sergei), Russia; DOB 14 Mar 1954; POB Anga village, Irkutsk Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BRILLIANCE BANKING CORPORATION, LTD. (a.k.a. GORGEOUS BANK OF NORTH KOREA; a.k.a. HANA BANKING CORPORATION LTD; a.k.a. HUALI BANK (Chinese Simplified: 朝鲜华丽银行); a.k.a. HWARYO BANK (Korean: 화려은행)), Haebangsan Hotel, Jungsong-Dong, Sungri Street, Central District, Pyongyang, Korea, North; Dandong, China; SWIFT/BIC BRBKKPP1; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

BRILLIANCE MARITIME VENTURES S.A., 21st Floor, Global Plaza Building, Calle 50, Panama City, Panama; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Apr 2023; RUC # 155736037-2-2023 (Panama); Identification Number IMO 6402222 [SDGT] (Linked To: HIZBALLAH).

BRIONES RUIZ, Abel, Calle Bustamante No. 187, Matamoros, Tamaulipas, Mexico; DOB 31 Oct 1973; POB Matamoros, Tamaulipas, Mexico; R.F.C. BIRA731031BU4 (Mexico); C.U.R.P. BIRA731031HTSRZB03 (Mexico); I.F.E. 05116040222575 (Mexico) (individual) [SDNTK].

BRIONES RUIZ, Claudia Aide, Calle Bustamante 19 y 20, No. 187, Zona Centro, Matamoros, Tamaulipas 87300, Mexico; DOB 01 Oct 1981; POB Matamoros, Tamaulipas, Mexico; R.F.C. BIRC811001A56 (Mexico); C.U.R.P. BIRC811001MTSRZL05 (Mexico); I.F.E. 0516041106955 (Mexico) (individual) [SDNTK].

BRITNEY RYDER LIMITED (a.k.a. BRITNEY RYDER LTD), Rm A516 5/F Efficiency HSE, San Po Kong, Hong Kong, China; Organization Established Date 27 May 2022; Identification Number IMO 6339741; Business Registration Number 74087357 (Hong Kong) [IRAN-EO13902].

BRITNEY RYDER LTD (a.k.a. BRITNEY RYDER LIMITED), Rm A516 5/F Efficiency HSE, San Po Kong, Hong Kong, China; Organization Established Date 27 May 2022; Identification Number IMO 6339741; Business Registration Number 74087357 (Hong Kong) [IRAN-EO13902].

BRITO HERNANDEZ, Asdrubal Jose, Venezuela; DOB 06 Jan 1974; POB Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Cedula No. 12251274 (Venezuela) (individual) [VENEZUELA].

BRITO RODRIGUEZ, Jose Dionisio, Anzoategui, Venezuela; DOB 15 Jan 1972; Gender Male; Cedula No. V-8263861 (Venezuela) (individual) [VENEZUELA].

BRK ULUSLARARASI NAKLIYAT VE TICARET LIMITED SIRKETI (a.k.a. "BRK GRUP"), Koc. Cd. Kaman Is Mer. Ino: 1 Kat:2, No:7 /8, Istanbul, Turkey; Website http://www.brklogistics.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Aug 2015; Tax ID No. 1870681940 (Turkey); Chamber of Commerce Number 984842 (Turkey); Registration Number 987377-0 (Turkey); Central Registration System Number 0187-0681-9400-0015 (Turkey) [RUSSIA-EO14024].

BRKIC, Nikola, Serbia; DOB 13 Jan 1954; nationality Serbia; Gender Male (individual) [GLOMAG] (Linked To: TESIC, Slobodan).

BRODSKAIA, Elizaveta Yuryevna (Cyrillic: БРОДСКАЯ, Елизавета Юрьевна) (a.k.a. BRODSKAYA, Yelizaveta), Aviacionnaya 59-278, Moscow 123182, Russia; DOB 22 Apr 1979; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530870157 (Russia) (individual) [RUSSIA-EO14024].

BRODSKAYA, Yelizaveta (a.k.a. BRODSKAIA, Elizaveta Yuryevna (Cyrillic: БРОДСКАЯ, Елизавета Юрьевна)), Aviacionnaya 59-278, Moscow 123182, Russia; DOB 22 Apr 1979; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530870157 (Russia) (individual) [RUSSIA-EO14024].

BROOJEN PETROCHEMICAL COMPANY (a.k.a. BROUJEN PETROCHEMICAL COMPANY), About 8 km southwest of Borujen City, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] (Linked To: IRANIAN INVESTMENT PETROCHEMICAL GROUP COMPANY; Linked To: DAH DASHT PETROCHEMICAL INDUSTRIES; Linked To: MODABBERAN EQTESAD COMPANY).

BROUGERE, Jacques (a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "ABOU HAMZA"; a.k.a. "ABOU HANZA"; a.k.a. "ABU KHAMZA"; a.k.a. "BILAL"; a.k.a. "BILAL KUMKAL"; a.k.a. "HAMZA"; a.k.a. "KOUMAL"; a.k.a. "LAJONEL DIMON"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975; POB Roubaix, France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BROUJEN PETROCHEMICAL COMPANY (a.k.a. BROOJEN PETROCHEMICAL COMPANY), About 8 km southwest of Borujen City, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] (Linked To: IRANIAN INVESTMENT PETROCHEMICAL GROUP COMPANY; Linked To: DAH DASHT PETROCHEMICAL INDUSTRIES; Linked To: MODABBERAN EQTESAD COMPANY).

BROVKO, Vasiliy Yurevich (a.k.a. BROVKO, Vasily Yuryevich (Cyrillic: БРОВКО, Василий Юрьевич); a.k.a. BROVKO, Vasly Yuryevich), 5920 Oktyabrskaya, Il Nskiy, Moscow Region 140121, Russia; DOB 06 Feb 1987; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 514408357 (Russia); National ID No. 4611771881 (Russia) (individual) [RUSSIA-EO14024].

BROVKO, Vasily Yuryevich (Cyrillic: БРОВКО, Василий Юрьевич) (a.k.a. BROVKO, Vasiliy Yurevich; a.k.a. BROVKO, Vasly Yuryevich), 5920 Oktyabrskaya, Il Nskiy, Moscow Region 140121, Russia; DOB 06 Feb 1987; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 514408357 (Russia); National ID No. 4611771881 (Russia) (individual) [RUSSIA-EO14024].

BROVKO, Vasly Yuryevich (a.k.a. BROVKO, Vasiliy Yurevich; a.k.a. BROVKO, Vasily Yuryevich (Cyrillic: БРОВКО, Василий Юрьевич)), 5920 Oktyabrskaya, Il Nskiy, Moscow Region 140121, Russia; DOB 06 Feb 1987; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 514408357 (Russia); National ID No. 4611771881 (Russia) (individual) [RUSSIA-EO14024].

BROWN DE JAIMES, Hilda Araceli (a.k.a. BROWN FIGUEREDO, Hilda Araceli), Playas de Rosarito, Baja California, Mexico; DOB 02

Oct 1970; POB Baja California, Mexico; nationality Mexico; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G41854935 (Mexico); C.U.R.P. BOFH701002MBCRGL02 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

BROWN FIGUEREDO, Hilda Araceli (a.k.a. BROWN DE JAIMES, Hilda Araceli), Playas de Rosarito, Baja California, Mexico; DOB 02 Oct 1970; POB Baja California, Mexico; nationality Mexico; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G41854935 (Mexico); C.U.R.P. BOFH701002MBCRGL02 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

BROWNING, Natalia (a.k.a. BROWNING, Natalya; f.k.a. TIMCHENKO, Natalya), Russia; South Kensington, United Kingdom; 27 Barkston Gardens, London SW5 0ER, United Kingdom; DOB 11 Nov 1978; POB St. Petersburg, Russia; nationality Russia; alt. nationality United Kingdom; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: TIMCHENKO, Gennady Nikolayevich).

BROWNING, Natalya (a.k.a. BROWNING, Natalia; f.k.a. TIMCHENKO, Natalya), Russia; South Kensington, United Kingdom; 27 Barkston Gardens, London SW5 0ER, United Kingdom; DOB 11 Nov 1978; POB St. Petersburg, Russia; nationality Russia; alt. nationality United Kingdom; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: TIMCHENKO, Gennady Nikolayevich).

BRUGERE, Jacques (a.k.a. BROUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "ABOU HAMZA"; a.k.a. "ABOU HANZA"; a.k.a. "ABU KHAMZA"; a.k.a. "BILAL"; a.k.a. "BILAL KUMKAL"; a.k.a. "HAMZA"; a.k.a. "KOUMAL"; a.k.a. "LAJONEL DIMON"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975; POB Roubaix, France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BRUNETTI, Luciano (a.k.a. "BIFF TANNEN"; a.k.a. "LUCHO"), Buenos Aires, Argentina; DOB 30 Aug 1988; POB Argentina; nationality

Argentina; Gender Male; Passport AAC206993 (Argentina); D.N.I. 34142353 (Argentina) (individual) [SDNTK].

BRYANSK AUTOMOBILE FACTORY (a.k.a. AO BRYANSKI AVTOMOBILNY ZAVOD; a.k.a. JOINT STOCK COMPANY BRYANSK AUTOMOBILE PLANT; a.k.a. "AO BAZ"; a.k.a. "JSC BAF"), 1 Staleliteinaia Ul., Bryansk 241035, Russia; 20 Novaia Basmannaia Ul., Str. 8, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3255502838 (Russia); Registration Number 1083254005141 (Russia) [RUSSIA-EO14024].

BRYCHEVA, Larisa Igorevna (Cyrillic: БРЫЧЕВА, Лариса Игоревна) (a.k.a. BRYCHYOVA, Larisa Igorevna), Moscow, Russia; DOB 26 May 1957; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BRYCHYOVA, Larisa Igorevna (a.k.a. BRYCHEVA, Larisa Igorevna (Cyrillic: БРЫЧЕВА, Лариса Игоревна)), Moscow, Russia; DOB 26 May 1957; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BRYKIN, Nikolay Gavrilovich (Cyrillic: БРЫКИН, Николай Гаврилович), Russia; DOB 25 Nov 1959; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BRYKSIN, Aleksandr Yuryevich (a.k.a. BRYKSIN, Alexander Yuryevich (Cyrillic: БРЫКСИН, Александр Юрьевич)), Russia; DOB 20 Jan 1967; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BRYKSIN, Alexander Yuryevich (Cyrillic: БРЫКСИН, Александр Юрьевич) (a.k.a. BRYKSIN, Aleksandr Yuryevich), Russia; DOB 20 Jan 1967; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BS COMPANY OFFSHORE (a.k.a. B S COMPANY; a.k.a. B.S. COMPANY OFFSHORE; a.k.a. BS COMPANY SAL OFFSHORE), Salame Building, Beit Mery, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13902].

BS COMPANY SAL OFFSHORE (a.k.a. B S COMPANY; a.k.a. B.S. COMPANY OFFSHORE; a.k.a. BS COMPANY OFFSHORE), Salame Building, Beit Mery, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13902].

BS PROTSESSING, Ter. Oez Ppt Lipetsk Str. 6, Gryazi 398010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4802003236 (Russia); Registration Number 1164827053698 (Russia) [RUSSIA-EO14024].

BSEIS, Ahmad (Arabic: أحمد بسيس), Syria; DOB 03 Jan 1990; POB Hama, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 013802819 (Syria) expires 26 Jan 2026 (individual) [SDGT] (Linked To: ANSARALLAH).

BSM MARINE LIMITED LIABILITY PARTNERSHIP (a.k.a. BSM MARINE LLP), Office 20, Ground Floor, Augusta Point, DLF Golf Course Road, Sector 53, Gurugram, Haryana, India; Galaxy CGHS, House No. F/14, Plot No. 3, Sec. 43, DLF QE, Gurgaon, Haryana 122002, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 05 May 2022; Identification Number IMO 6317123; Commercial Registry Number 4 ABA-9272 (India) [IRAN-EO13846].

BSM MARINE LLP (a.k.a. BSM MARINE LIMITED LIABILITY PARTNERSHIP), Office 20, Ground Floor, Augusta Point, DLF Golf Course Road, Sector 53, Gurugram, Haryana, India; Galaxy CGHS, House No. F/14, Plot No. 3, Sec. 43, DLF QE, Gurgaon, Haryana 122002, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 05 May 2022; Identification Number IMO 6317123; Commercial Registry Number 4 ABA-9272 (India) [IRAN-EO13846].

BSP SECURITY (a.k.a. LIMITED LIABILITY COMPANY BSP GLOBAL; a.k.a. LLC BSP GLOBAL), ul. Im. Selezneva d. 2, k. 5,

pomeshch. 5/1, Krasnodar 350059, Russia; ul. Im Shevchenko, d. 152/4, pomeshchenie 204/2, Krasnodar 350001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2309154426 (Russia); Registration Number 1172375014470 (Russia) [RUSSIA-EO14024].

BSQRD LIMITED, Mansion House Manchester Road, Altrincham Cheshire WA14 4RW, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; D-U-N-S Number 22-369-0096; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Company Number 11207847 (United Kingdom) [SDGT] (Linked To: BAZZI, Wael).

BSTSHESH HK LIMITED, Rm D3 11/F Luk Hop Indl Bldg, San Po Kong, Hong Kong, China; Organization Established Date 02 Jul 2024; Business Registration Number 76752948 (Hong Kong) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

BSVT - NEW TECHNOLOGIES (a.k.a. AAT KIDMA TEK (Cyrillic: ААТ КІДМА ТЭК); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA KIDMA TEK (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА КІДМА ТЕК); f.k.a. BSVT-NT; a.k.a. KIDMA TECH OJSC; a.k.a. OAO KIDMA TEK (Cyrillic: ОАО КИДМА ТЕК); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BSVT-NOVIYE TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БСВТ-НОВЫЕ ТЕХНОЛОГИИ); a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO KIDMA TEK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КИДМА ТЕК)), Room 20, Administrative Building 187, Soltysa St., Minsk 220070, Belarus; D. 5/1, Ustenskiy Selsovyet, Vitebskaya Oblast, Orshanskiy Rayon, Ag. Ustye 211003, Belarus (Cyrillic: Д. 5/1, Устенский сельсовет, Витебская Область, Оршанский Район, аг. Устье 211003, Belarus); Organization Established Date 18 Jul 2012; Registration Number 191607211 (Belarus) [BELARUS-EO14038].

BSVT-NT (a.k.a. AAT KIDMA TEK (Cyrillic: ААТ КІДМА ТЭК); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA KIDMA TEK (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА КІДМА ТЕК); f.k.a. BSVT - NEW TECHNOLOGIES; a.k.a. KIDMA TECH

OJSC; a.k.a. OAO KIDMA TEK (Cyrillic: ОАО КИДМА ТЕК); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BSVT-NOVIYE TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БСВТ-НОВЫЕ ТЕХНОЛОГИИ); a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO KIDMA TEK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КИДМА ТЕК)), Room 20, Administrative Building 187, Soltysa St., Minsk 220070, Belarus; D. 5/1, Ustenskiy Selsovyet, Vitebskaya Oblast, Orshanskiy Rayon, Ag. Ustye 211003, Belarus (Cyrillic: Д. 5/1, Устенский сельсовет, Витебская Область, Оршанский Район, аг. Устье 211003, Belarus); Organization Established Date 18 Jul 2012; Registration Number 191607211 (Belarus) [BELARUS-EO14038].

BTW INTERNATIONAL LIMITED, Flat 1512, 15/F, Lucky Centre, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 26 Jan 2022; Company Number 3124719 (Hong Kong); Business Registration Number 73761413 (Hong Kong) [NPWMD] [IFSR] (Linked To: ELECTRO OPTIC SAIRAN INDUSTRIES CO.).

BU ALI GROUP (a.k.a. BOALI GROUP), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

BU ALI SINA PETROCHEMICAL COMPANY (a.k.a. BOU ALI SINA PETROCHEMICAL COMPANY; a.k.a. BUALI SINA PETROCHEMICAL COMPANY), No. 17, 1st Floor, Daman Afshar St., Vanak Sq., Vali-e-Asr Ave, Tehran 19697, Iran; Petrochemical Special Economic Zone (PETZONE), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BUALI INVESTMENT COMPANY, No. 13, 11th (Shahab) Street, Gandy Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: DAY BANK).

BUALI SINA PETROCHEMICAL COMPANY (a.k.a. BOU ALI SINA PETROCHEMICAL COMPANY; a.k.a. BU ALI SINA PETROCHEMICAL COMPANY), No. 17, 1st

Floor, Daman Afshar St., Vanak Sq., Vali-e-Asr Ave, Tehran 19697, Iran; Petrochemical Special Economic Zone (PETZONE), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BUALI, Yadollah (Arabic: يدالله بوعلي), Fars, Iran; DOB 07 Sep 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1860747401 (Iran); IRGC Commander of Fars Province (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BUBNOVA, Irina Sergeyevna, Russia; DOB 01 Apr 1983; nationality Russia; Gender Female; Passport 703828693 (Russia) (individual) [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

BUCARAN PARAGUAN, Chaim Jose, Calle Ayacucho Cruce con Calle Apure, Casa Nro. 04, Sector Pueblo Nuevo, Anaco, Anzoategui 6003, Venezuela; DOB 16 Aug 1972; POB Anaco, Anzoategui, Venezuela; nationality Venezuela; Gender Male; Cedula No. V-10998672 (Venezuela); Passport 024751597 (Venezuela) issued 03 Jul 2009 expires 02 Jul 2014 (individual) [VENEZUELA].

BUCHEL, Pascal Dominik (a.k.a. BUECHEL, Pascal Dominik), Liechtenstein; DOB 23 Sep 1974; POB Liechtenstein; nationality Liechtenstein; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: TRADE INITIATIVE ESTABLISHMENT).

BUDARINA, Natalia (a.k.a. BUDARINA, Natalya Alekseevna (Cyrillic: БУДАРИНА, Наталья Алексеевна)), Moscow, Russia; DOB 24 Jul 1980; POB Magdeburg, Germany; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BUDARINA, Natalya Alekseevna (Cyrillic: БУДАРИНА, Наталья Алексеевна) (a.k.a. BUDARINA, Natalia), Moscow, Russia; DOB 24 Jul 1980; POB Magdeburg, Germany; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BUDKER INSTITUTE OF NUCLEAR PHYSICS OF SB RAS (a.k.a. BUDKER INSTITUTE OF NUCLEAR PHYSICS OF SIBERIAN BRANCH RUSSIAN ACADEMY OF SCIENCES; a.k.a.

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT YADERNOL FIZIKI IM. G.I. BUDKERA SIBIRSKOGO OTDELENIYA ROSSISKOI AKADEMII NAUK; f.k.a. INSTITUTE OF NUCLEAR PHYSICS OF THE SIBERIAN BRANCH OF THE USSR ACADEMY OF SCIENCE; a.k.a. IYAF SO RAN FGBU; a.k.a. "BINP SB RAS"), Prospkt Akademika Lavrentyeva D 11, Novosibirsk 630090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Jul 1994; Tax ID No. 5408105577 (Russia); Government Gazette Number 03533872 (Russia); Registration Number 1025403658136 (Russia) [RUSSIA-EO14024].

BUDKER INSTITUTE OF NUCLEAR PHYSICS OF SIBERIAN BRANCH RUSSIAN ACADEMY OF SCIENCES (a.k.a. BUDKER INSTITUTE OF NUCLEAR PHYSICS OF SB RAS; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT YADERNOL FIZIKI IM. G.I. BUDKERA SIBIRSKOGO OTDELENIYA ROSSISKOI AKADEMII NAUK; f.k.a. INSTITUTE OF NUCLEAR PHYSICS OF THE SIBERIAN BRANCH OF THE USSR ACADEMY OF SCIENCE; a.k.a. IYAF SO RAN FGBU; a.k.a. "BINP SB RAS"), Prospkt Akademika Lavrentyeva D 11, Novosibirsk 630090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Jul 1994; Tax ID No. 5408105577 (Russia); Government Gazette Number 03533872 (Russia); Registration Number 1025403658136 (Russia) [RUSSIA-EO14024].

BUDNEV, Aleksei Viktorovich (a.k.a. BUDNEV, Aleksey; a.k.a. BUDNEV, Aleksey Viktorovich (Cyrillic: БУДНЕВ, Алексей Викторович); a.k.a. BUDNEV, Alexey; a.k.a. BUDNEV, Alexey Viktorovich), 34 Zolotorozhskiy Val, Building 2, Moscow 111033, Russia; DOB 09 Jul 1964; POB Krymskaya Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 504217593565 (Russia) (individual) [DPRK].

BUDNEV, Aleksey (a.k.a. BUDNEV, Aleksei Viktorovich; a.k.a. BUDNEV, Aleksey Viktorovich (Cyrillic: БУДНЕВ, Алексей Викторович); a.k.a. BUDNEV, Alexey; a.k.a. BUDNEV, Alexey Viktorovich), 34 Zolotorozhskiy Val, Building 2, Moscow 111033, Russia; DOB 09 Jul 1964; POB Krymskaya Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 504217593565 (Russia) (individual) [DPRK].

BUDNEV, Aleksey Viktorovich (Cyrillic: БУДНЕВ, Алексей Викторович) (a.k.a. BUDNEV, Aleksei Viktorovich; a.k.a. BUDNEV, Aleksey; a.k.a. BUDNEV, Alexey; a.k.a. BUDNEV, Alexey Viktorovich), 34 Zolotorozhskiy Val, Building 2, Moscow 111033, Russia; DOB 09 Jul 1964; POB Krymskaya Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 504217593565 (Russia) (individual) [DPRK].

BUDNEV, Alexey (a.k.a. BUDNEV, Aleksei Viktorovich; a.k.a. BUDNEV, Aleksey; a.k.a. BUDNEV, Aleksey Viktorovich (Cyrillic: БУДНЕВ, Алексей Викторович); a.k.a. BUDNEV, Alexey Viktorovich), 34 Zolotorozhskiy Val, Building 2, Moscow 111033, Russia; DOB 09 Jul 1964; POB Krymskaya Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 504217593565 (Russia) (individual) [DPRK].

BUDNEV, Alexey Viktorovich (a.k.a. BUDNEV, Aleksei Viktorovich; a.k.a. BUDNEV, Aleksey; a.k.a. BUDNEV, Aleksey Viktorovich (Cyrillic: БУДНЕВ, Алексей Викторович); a.k.a. BUDNEV, Alexey), 34 Zolotorozhskiy Val, Building 2, Moscow 111033, Russia; DOB 09 Jul 1964; POB Krymskaya Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 504217593565 (Russia) (individual) [DPRK].

BUDUYEV, Nikolay Robertovich (Cyrillic: БУДУЕВ, Николай Робертович), Russia; DOB 24 Mar 1974; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BUDVI, Abdul Salam (a.k.a. BHATTVI, Hafiz Abdul Salam; a.k.a. BHATTVI, Molvi Abdursalam; a.k.a. BHATTVI, Mullah Abdul Salaam; a.k.a. BHATTWI, Abdul Salam; a.k.a. BHUTTAVI, Hafiz Abdul Salam; a.k.a. BHUTVI, Abdul Salam; a.k.a. BHUTVI, Hafiz Abdussalaam; a.k.a. BUDVI, Hafiz Abdusalam); DOB 1940; POB Gujranwala, Punjab Province, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BUDVI, Hafiz Abdusalam (a.k.a. BHATTVI, Hafiz Abdul Salam; a.k.a. BHATTVI, Molvi Abdursalam; a.k.a. BHATTVI, Mullah Abdul Salaam; a.k.a. BHATTWI, Abdul Salam; a.k.a. BHUTTAVI, Hafiz Abdul Salam; a.k.a. BHUTVI, Abdul Salam; a.k.a. BHUTVI, Hafiz Abdussalaam; a.k.a. BUDVI, Abdul Salam); DOB 1940; POB Gujranwala, Punjab Province, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BUECHEL, Pascal Dominik (a.k.a. BUCHEL, Pascal Dominik), Liechtenstein; DOB 23 Sep 1974; POB Liechtenstein; nationality Liechtenstein; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: TRADE INITIATIVE ESTABLISHMENT).

BUENO GARCIA, Santos, c/o NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ESTABLO PUERTO RICO S.A. DE C.V., Culiacan, Sinaloa, Mexico; Calle Granate 816, Culiacan, Sinaloa 80015, Mexico; Calle Rio Fuerte 581, Culiacan, Sinaloa 80220, Mexico; DOB 27 Mar 1964; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 040035868 (Mexico); C.U.R.P. BUGS640327MSLNRN01 (Mexico) (individual) [SDNTK].

BUENOS AIRES SERVICIOS, S.A. DE C.V. (n.k.a. GASOLINERA MULTILOMAS, S.A. DE C.V.), Blvd. Guillermo Batiz Paredes No. 1100, Col. Buenos Aires, Culiacan, Sinaloa C.P. 80199, Mexico; R.F.C. BAS-960417-PY6 (Mexico) [SDNTK].

BUFALUS (a.k.a. BUFALUSS; a.k.a. "BUFALUBUFF"), Calle Cancun 1555, Culiacan, Sinaloa, Mexico; Calle San Felipe 3208, Fracc. Los Angeles, Culiacan, Sinaloa 80014, Mexico; Culiacan, Sinaloa, Mexico; Organization Type: Restaurants and mobile food service activities [ILLICIT-DRUGS-EO14059] (Linked To: ROBLEDO ARREDONDO, Adilene Mayre; Linked To: ROBLEDO ARREDONDO, Ivan Yareth).

BUFALUSS (a.k.a. BUFALUS; a.k.a. "BUFALUBUFF"), Calle Cancun 1555, Culiacan, Sinaloa, Mexico; Calle San Felipe 3208, Fracc. Los Angeles, Culiacan, Sinaloa 80014, Mexico; Culiacan, Sinaloa, Mexico; Organization Type: Restaurants and mobile food service activities [ILLICIT-DRUGS-EO14059] (Linked To: ROBLEDO ARREDONDO, Adilene Mayre; Linked To: ROBLEDO ARREDONDO, Ivan Yareth).

BUFETE CELSO GAMBOA AND ASOCIADOS, San Jose, Costa Rica; Organization Established Date 1945; Organization Type: Legal activities [ILLICIT-DRUGS-EO14059] (Linked To: GAMBOA SANCHEZ, Celso Manuel).

BUISIR, Ibrahim, Ireland; DOB circa 1962; POB Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; IARA Representative in Ireland (individual) [SDGT].

BUITRAGO PARADA, Hector German (a.k.a. "MARTIN LLANOS"); DOB 21 Jan 1968; POB Monterrey, Casanare, Colombia; Cedula No. 79436816 (Colombia) (individual) [SDNTK].

BUJAR, Farhad (a.k.a. BOUJAR, Farhad); nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport R10789966; Managing Director, TESA (individual) [NPWMD] [IFSR].

BUKANOV, Timur Evgenevich (a.k.a. BUKANOV, Timur Evgen'evich; a.k.a. BUKANOV, Timur Evgenyevich (Cyrillic: БУКАНОВ, Тимур Евгеньевич)), Apt. 103, Vilisa Lazisa Street 41, Moscow, Russia; DOB 03 Aug 1978; nationality Russia; citizen Russia; Email Address timur.bukanov@gmail.com; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

BUKANOV, Timur Evgen'evich (a.k.a. BUKANOV, Timur Evgenevich; a.k.a. BUKANOV, Timur Evgenyevich (Cyrillic: БУКАНОВ, Тимур Евгеньевич)), Apt. 103, Vilisa Lazisa Street 41, Moscow, Russia; DOB 03 Aug 1978; nationality Russia; citizen Russia; Email Address timur.bukanov@gmail.com; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773312065789 (Russia) (individual) [RUSSIA-EO14024].

BUKANOV, Timur Evgenyevich (Cyrillic: БУКАНОВ, Тимур Евгеньевич) (a.k.a. BUKANOV, Timur Evgen'evich; a.k.a. BUKANOV, Timur Evgenevich), Apt. 103, Vilisa Lazisa Street 41, Moscow, Russia; DOB 03 Aug 1978; nationality Russia; citizen Russia; Email Address timur.bukanov@gmail.com; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773312065789 (Russia) (individual) [RUSSIA-EO14024].

BUKEY, Murat (Latin: BÜKEY, Murat) (a.k.a. "MURAT, Recep"), Turkey; DOB 02 Jan 1971; POB Izmir, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U21720683 (Turkey) expires 12 Apr 2029; alt. Passport U01789726 (Turkey) expires 30 Mar 2021; National ID No. 38119667258 (Turkey) (individual) [NPWMD] [IFSR] (Linked To: PAIDAR, Amanallah).

BUKHATTALAH, Ahmad (a.k.a. KHATTALAH, Ahmed Abu), Benghazi, Libya; DOB 1970 to 1972; POB Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BUL PARTNERS TRAVEL OOD (Cyrillic: БУЛ ПАРТНЕРС ТРАВЕЛ - ООД), 4, Trapezitsa, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 1997; V.A.T. Number BG 121211051 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

BULAEV, Nikolay Ivanovich (Cyrillic: БУЛАЕВ, Николай Иванович), Moscow, Russia; DOB 01 Sep 1949; POB Kazachya Sloboda, Shatsky district, Ryazan Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BULATOV, Ruslan Rustemovich (Cyrillic: БУЛАТОВ, Руслан Рустемович), Russia; DOB

773312065789 (Russia) (individual) [RUSSIA-EO14024].

04 Apr 1986; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 165506143613 (Russia) (individual) [RUSSIA-EO14024].

BULAVIN, Vladimir Ivanovich, Russia; DOB 11 Feb 1953; POB Lipetsk Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BULAVINOV, Vadim Yevgenyevich (Cyrillic: БУЛАВИНОВ, Вадим Евгеньевич), Russia; DOB 20 Mar 1963; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BULGAKOV, Dmitry, Russia; DOB 20 Oct 1954; POB Verkhneye Gurovo, Kursk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BULGAKOV, Sergei Viktorovich (Cyrillic: БУЛГАКОВ, Сергей Викторович) (a.k.a. BULGAKOV, Sergej Viktorovich; a.k.a. BULHAKOV, Serhiy Viktorovich (Cyrillic: БУЛГАКОВ, Сергій Вікторович)), 13/64, Apt 72, 60 Years of October Street, Simferopol, Crimea, Ukraine (Cyrillic: ул. 60 лет октября 13, 64, кв. 72, Симферополь, Крым, Ukraine); DOB 01 Mar 1976; POB Simferopol, Crimea, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

BULGAKOV, Sergej Viktorovich (a.k.a. BULGAKOV, Sergei Viktorovich (Cyrillic: БУЛГАКОВ, Сергей Викторович); a.k.a. BULHAKOV, Serhiy Viktorovich (Cyrillic: БУЛГАКОВ, Сергій Вікторович)), 13/64, Apt 72, 60 Years of October Street, Simferopol, Crimea, Ukraine (Cyrillic: ул. 60 лет октября 13, 64, кв. 72, Симферополь, Крым, Ukraine); DOB 01 Mar 1976; POB Simferopol, Crimea, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

BULGAKOV, Vadim Viktorovich, Crimea, Ukraine; DOB 30 Jan 1969; POB Simferopol, Crimea, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related

Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BULGARIAN NATIONAL MOVEMENT OF RUSSOPHILES (a.k.a. RUSSOPHILES NATIONAL MOVEMENT; a.k.a. THE RUSSOPHILE NATIONAL MOVEMENT ASSOCIATION (Cyrillic: СДРУЖЕНИЕ НАЦИАОНАЛНО ДВИЖЕНИЕ РУСОФИЛИ)), Georgi S. Rakovski, 108, 1000, Sofia, Bulgaria; Organization Established Date 2003; Business Registration Number 131049199 (Bulgaria) [GLOMAG] (Linked To: MALINOV, Nikolay Simeonov).

BULGARIAN SUMMER, Bulgaria; Organization Established Date Jan 2021; Organization Type: Activities of political organizations [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

BULGARSKIY, Salman (a.k.a. BULGARSKY, Salman; a.k.a. VAHITOV, Aiat Nasimovich; a.k.a. VAKHITOV, Airat; a.k.a. VAKHITOV, Aryat; a.k.a. VAKHITOV, Ayrat Nasimovich; a.k.a. VAKHITOV, Taub Ayrat; a.k.a. WAKHITOV, Airat); DOB 27 Mar 1977; POB Naberezhnye Chelny, Republic of Tatarstan, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BULGARSKY, Salman (a.k.a. BULGARSKIY, Salman; a.k.a. VAHITOV, Aiat Nasimovich; a.k.a. VAKHITOV, Airat; a.k.a. VAKHITOV, Aryat; a.k.a. VAKHITOV, Ayrat Nasimovich; a.k.a. VAKHITOV, Taub Ayrat; a.k.a. WAKHITOV, Airat); DOB 27 Mar 1977; POB Naberezhnye Chelny, Republic of Tatarstan, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BULHAKOV, Serhiy Viktorovich (Cyrillic: БУЛГАКОВ, Сергій Вікторович) (a.k.a. BULGAKOV, Sergei Viktorovich (Cyrillic: БУЛГАКОВ, Сергей Викторович); a.k.a. BULGAKOV, Sergej Viktorovich), 13/64, Apt 72, 60 Years of October Street, Simferopol, Crimea, Ukraine (Cyrillic: ул. 60 лет октября 13, 64, кв. 72, Симферополь, Крым, Ukraine); DOB 01 Mar 1976; POB Simferopol, Crimea, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

BULLET TRADE OOD (a.k.a. "BULIT TRADE LTD"), 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2001; Government Gazette Number 121457476 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

BULLIONSWIFT OU (a.k.a. CRYPTANET OU), Narva Mnt 7-634, Tallinn 10117, Estonia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Feb 2019; Tax ID No. 14658163 (Estonia) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

BULUT SHIPYARD (a.k.a. BULUTLAR GEMI TERSANECILIK SANAYI TICARET LIMITED SIRKETI; a.k.a. KARADENIZ GEMI INSA SANAYI VE TICARET ANONIM SIRKETI), Ic Kapi No: 101 Balkan Sk. No: 5/1, Cevizdere Mah. Unye, Ordu, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1901402835 (Turkey); Registration Number 5937 (Turkey) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

BULUTLAR GEMI TERSANECILIK SANAYI TICARET LIMITED SIRKETI (a.k.a. BULUT SHIPYARD; a.k.a. KARADENIZ GEMI INSA SANAYI VE TICARET ANONIM SIRKETI), Ic Kapi No: 101 Balkan Sk. No: 5/1, Cevizdere Mah. Unye, Ordu, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1901402835 (Turkey); Registration Number 5937 (Turkey) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

BULYGA, Andrey Mikhaylovich, Russia; DOB 13 Oct 1968; POB Saryozek, Kerbulaksky district, Zhetysu region, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 272099571004 (Russia) (individual) [RUSSIA-EO14024].

BULYGIN, Iaroslav (a.k.a. BULYGIN, Jaroslav Viktorovich; a.k.a. BULYGIN, Yaroslav Viktorovich (Cyrillic: БУЛЫГИН, ЯРОСЛАВ ВИКТОРОВИЧ)), Russia; DOB 02 Aug 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 750041312 (Russia) expires 31 May 2024; Tax ID No. 502907154264 (Russia) (individual) [NPWMD] [RUSSIA-EO14024] (Linked To: INTELLER LLC).

BULYGIN, Jaroslav Viktorovich (a.k.a. BULYGIN, Iaroslav; a.k.a. BULYGIN, Yaroslav Viktorovich (Cyrillic: БУЛЫГИН, ЯРОСЛАВ ВИКТОРОВИЧ)), Russia; DOB 02 Aug 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Passport 750041312 (Russia) expires 31 May 2024; Tax ID No. 502907154264 (Russia) (individual) [NPWMD] [RUSSIA-EO14024] (Linked To: INTELLER LLC).

BULYGIN, Yaroslav Viktorovich (Cyrillic: БУЛЫГИН, ЯРОСЛАВ ВИКТОРОВИЧ) (a.k.a. BULYGIN, Iaroslav; a.k.a. BULYGIN, Jaroslav Viktorovich), Russia; DOB 02 Aug 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 750041312 (Russia) expires 31 May 2024; Tax ID No. 502907154264 (Russia) (individual) [NPWMD] [RUSSIA-EO14024] (Linked To: INTELLER LLC).

BULYUK, Vitaliy Viktorovich (Cyrillic: БУЛЮК, Віталій Вікторович), Apartment 8, 15 Gumanenko St., Skadovsk, Kherson Region, Ukraine; DOB 21 Dec 1969; POB Golopristanskiy Region, Gladkovka, Kherson Region, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2555708838 (Ukraine) (individual) [RUSSIA-EO14024].

BULYUTIN, Andrey, London, United Kingdom; DOB 19 Oct 1979; POB Izhevsk, Russia; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 515356705 (Russia); Business Development Manager at Kalashnikov Concern (individual) [UKRAINE-EO13661].

BUMERZ DENIZCILIK VE TICARET ANONIM SIRKETI (a.k.a. BUMERZ SHIPPING; f.k.a. TURKUAZ DENIZCILIK VE TICARET ANONIM SIRKETI), Istinye Mah. Bostan Sok., No: 12, Sariyer, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Apr 2006; Istanbul Chamber of Comm. No. 584894 (Turkey); Registration Number 584894-0 (Turkey); Central Registration System Number 0871-0476-9280-0013 (Turkey) [SDGT] (Linked To: AYAN, Bahaddin).

BUMERZ SHIPPING (a.k.a. BUMERZ DENIZCILIK VE TICARET ANONIM SIRKETI; f.k.a. TURKUAZ DENIZCILIK VE TICARET ANONIM SIRKETI), Istinye Mah. Bostan Sok., No: 12, Sariyer, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Apr 2006;

Istanbul Chamber of Comm. No. 584894 (Turkey); Registration Number 584894-0 (Turkey); Central Registration System Number 0871-0476-9280-0013 (Turkey) [SDGT] (Linked To: AYAN, Bahaddin).

BUNAKOV, Andrei (Cyrillic: БУНАКОВ, Андрей) (a.k.a. BUNAKOV, Andrei Nikolayevich (Cyrillic: БУНАКОВ, Андрей Николаевич); a.k.a. BUNAKOV, Andrey), Belarus; DOB 05 Jul 1971; POB Svetlogorsk, Gomel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

BUNAKOV, Andrei Nikolayevich (Cyrillic: БУНАКОВ, Андрей Николаевич) (a.k.a. BUNAKOV, Andrei (Cyrillic: БУНАКОВ, Андрей); a.k.a. BUNAKOV, Andrey), DOB 05 Jul 1971; POB Svetlogorsk, Gomel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

BUNAKOV, Andrey (a.k.a. BUNAKOV, Andrei (Cyrillic: БУНАКОВ, Андрей); a.k.a. BUNAKOV, Andrei Nikolayevich (Cyrillic: БУНАКОВ, Андрей Николаевич)), Belarus; DOB 05 Jul 1971; POB Svetlogorsk, Gomel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

BUNHEANG, Hing (a.k.a. BUNHEUNG, Hing; a.k.a. HEANG, Him Bun; a.k.a. HEANG, Hing Bun; a.k.a. HIENG, Hing Bun), Takhmao, Cambodia; 22, St. 118, Phnom Penh, Cambodia; DOB 01 Jan 1957; POB Cambodia; Gender Male (individual) [GLOMAG].

BUNHEUNG, Hing (a.k.a. BUNHEANG, Hing; a.k.a. HEANG, Him Bun; a.k.a. HEANG, Hing Bun; a.k.a. HIENG, Hing Bun), Takhmao, Cambodia; 22, St. 118, Phnom Penh, Cambodia; DOB 01 Jan 1957; POB Cambodia; Gender Male (individual) [GLOMAG].

BUNTHAWEE, Sae Chang (a.k.a. BOONTHAWEE, Sae Jang; a.k.a. BUNTHAWEE, Sae Jang; a.k.a. LI, Cheng Yu; a.k.a. "AH LI KO"; a.k.a. "LI CHENG YU"), Shan, Burma; 199/132, Mu 8, Tambon Non Jom, Amphur San Sai, Chiang Mai, Thailand; 725, Mu 10, Tambon Nong Bua, Amphur Chaiprakan, Chiang Mai, Thailand; DOB 06 Jun 1961; Passport X638456 (Thailand); National ID No. 5502100007251 (Thailand) (individual) [SDNTK].

BUNTHAWEE, Sae Jang (a.k.a. BOONTHAWEE, Sae Jang; a.k.a. BUNTHAWEE, Sae Chang; a.k.a. LI, Cheng Yu; a.k.a. "AH LI KO"; a.k.a. "LI CHENG YU"), Shan, Burma; 199/132, Mu 8, Tambon Non Jom, Amphur San Sai, Chiang Mai, Thailand; 725, Mu 10, Tambon Nong Bua,

Amphur Chaiprakan, Chiang Mai, Thailand; DOB 06 Jun 1961; Passport X638456 (Thailand); National ID No. 5502100007251 (Thailand) (individual) [SDNTK].

BUOYANT HOLDINGS LIMITED, Floor No: 2, Stasinou 23, Nicosia 2404, Cyprus; 6 Aftokratora Ioustinianou Street, 58 Rita Court, Flat 203, Makedonitissa, Engomi, Nicosia 2413, Cyprus; Organization Established Date 14 Sep 2017; Company Number C373722 (Cyprus) [GLOMAG] (Linked To: RAHMANI, Ajmal).

BUR, Abdullah (a.k.a. ATTO, Abdullah; a.k.a. ISSA, Issa Osman; a.k.a. "AFADEY"; a.k.a. "MUSSE"; a.k.a. "SUDANI, Abdala"); DOB 1973; POB Malindi, Kenya; nationality Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BURANOV, Mansur (a.k.a. BURANOV, Suhail; a.k.a. BURANOV, Suhail Fatilloyevich; a.k.a. BURANOV, Suhayl Fatilloevich; a.k.a. BURANOV, Sukhail Fatilloevich; a.k.a. MANSUR, Sohail; a.k.a. MANSUR, Suhail; a.k.a. "ABU HUZAIFA"), Massiv Kara-su-6, Building 12, Apartment 59, Tashkent, Uzbekistan; DOB 11 Oct 1983; alt. DOB 1983; POB Tashkent, Uzbekistan; nationality Uzbekistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BURANOV, Suhail (a.k.a. BURANOV, Mansur; a.k.a. BURANOV, Suhail Fatilloyevich; a.k.a. BURANOV, Suhayl Fatilloevich; a.k.a. BURANOV, Sukhail Fatilloevich; a.k.a. MANSUR, Sohail; a.k.a. MANSUR, Suhail; a.k.a. "ABU HUZAIFA"), Massiv Kara-su-6, Building 12, Apartment 59, Tashkent, Uzbekistan; DOB 11 Oct 1983; alt. DOB 1983; POB Tashkent, Uzbekistan; nationality Uzbekistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BURANOV, Suhail Fatilloyevich (a.k.a. BURANOV, Mansur; a.k.a. BURANOV, Suhail; a.k.a. BURANOV, Suhayl Fatilloevich; a.k.a. BURANOV, Sukhail Fatilloevich; a.k.a. MANSUR, Sohail; a.k.a. MANSUR, Suhail; a.k.a. "ABU HUZAIFA"), Massiv Kara-su-6, Building 12, Apartment 59, Tashkent, Uzbekistan; DOB 11 Oct 1983; alt. DOB 1983; POB Tashkent, Uzbekistan; nationality Uzbekistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BURANOV, Suhayl Fatilloevich (a.k.a. BURANOV, Mansur; a.k.a. BURANOV, Suhail; a.k.a. BURANOV, Suhail Fatilloyevich; a.k.a. BURANOV, Sukhail Fatilloevich; a.k.a. MANSUR, Sohail; a.k.a. MANSUR, Suhail; a.k.a. "ABU HUZAIFA"), Massiv Kara-su-6, Building 12, Apartment 59, Tashkent, Uzbekistan; DOB 11 Oct 1983; alt. DOB 1983; POB Tashkent, Uzbekistan; nationality Uzbekistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BURANOV, Sukhail Fatilloevich (a.k.a. BURANOV, Mansur; a.k.a. BURANOV, Suhail; a.k.a. BURANOV, Suhail Fatilloyevich; a.k.a. BURANOV, Suhayl Fatilloevich; a.k.a. MANSUR, Sohail; a.k.a. MANSUR, Suhail; a.k.a. "ABU HUZAIFA"), Massiv Kara-su-6, Building 12, Apartment 59, Tashkent, Uzbekistan; DOB 11 Oct 1983; alt. DOB 1983; POB Tashkent, Uzbekistan; nationality Uzbekistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BURANOVA, Larisa Nikolaevna (Cyrillic: БУРАНОВА, Лариса Николаевна), Russia; DOB 03 Apr 1969; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BURCHIK, Mikhail Leonidovich (a.k.a. ABRAMOV, Mikhail), Russia; DOB 07 Jun 1986; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

BUREAU 39 (a.k.a. CENTRAL COMMITTEE BUREAU 39; a.k.a. DIVISION 39; a.k.a. OFFICE #39; a.k.a. OFFICE 39; a.k.a. OFFICE NO. 39; a.k.a. "THIRD FLOOR"), Second KWP Government Building (Korean - Ch'o'ngsa), Chungso'ng, Urban Town (Korean - Dong), Chung Ward, Pyongyang, Korea, North; Chung-Guyok (Central District), Sosong Street, Kyongrim-Dong, Pyongyang, Korea, North; Changgwang Street, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

BUREAU D'ACHAT DE DIAMANT EN CENTRAFRIQUE (a.k.a. BADICA), BP 333, Bangui, Central African Republic [CAR].

BURHAN, Dr. Sahir (a.k.a. AL-DEEN, Saher Burhan; a.k.a. BARHAN, Dr. Sahir; a.k.a. BERHAN, Dr. Sahir; a.k.a. BURHAN, Sahir), United Arab Emirates; Baghdad, Iraq; DOB 1967; nationality Iraq (individual) [IRAQ2].

BURHAN, Macalin, Lower Juba, Somalia; Salagle, Middle Juba, Somalia; DOB 1981; alt. DOB 1982; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

BURHAN, Sahir (a.k.a. AL-DEEN, Saher Burhan; a.k.a. BARHAN, Dr. Sahir; a.k.a. BERHAN, Dr. Sahir; a.k.a. BURHAN, Dr. Sahir), United Arab Emirates; Baghdad, Iraq; DOB 1967; nationality Iraq (individual) [IRAQ2].

BURITICA HINCAPIE, Geova (a.k.a. "CAMILO CHATA"; a.k.a. "MI VIEJO"); DOB 18 Sep 1970; POB San Rafael, Antioquia, Colombia; Cedula No. 71215823 (Colombia) (individual) [SDNTK].

BURKHONOVA, Gulsara, Moscow, Russia; DOB 06 Apr 1977; POB Russia; alt. POB Tajikistan; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 9707561379 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP).

BURKOV, Aleksandr Leonidovich (Cyrillic: БУРКОВ, Александр Леонидович) (a.k.a. BURKOV, Oleksandr Leonidovych), Omsk Region, Russia; DOB 23 Apr 1967; POB Kushva, Sverdlovsk Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 667206777013 (Russia) (individual) [RUSSIA-EO14024].

BURKOV, Oleksandr Leonidovych (a.k.a. BURKOV, Aleksandr Leonidovich (Cyrillic: БУРКОВ, Александр Леонидович)), Omsk Region, Russia; DOB 23 Apr 1967; POB Kushva, Sverdlovsk Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 667206777013 (Russia) (individual) [RUSSIA-EO14024].

BURLAKOV, Sergey Vladimirovich (Cyrillic: БУРЛАКОВ, Сергей Владимирович), Russia; DOB 26 May 1971; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BURLINOVA, Natalia Valeryevna (a.k.a. BURLINOVA, Natalya Valeryevna (Cyrillic: БУРЛИНОВА, Наталья Валерьевна)), Evseeva 21a, Ramenskoye, Moscow Region 140100, Russia; DOB 22 Jul 1983; POB Ramenskoye, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 653978234 (Russia); alt. Passport 605896418 (Russia); Tax ID No. 504011885451 (Russia) (individual) [RUSSIA-EO14024].

BURLINOVA, Natalya Valeryevna (Cyrillic: БУРЛИНОВА, Наталья Валерьевна) (a.k.a. BURLINOVA, Natalia Valeryevna), Evseeva 21a, Ramenskoye, Moscow Region 140100, Russia; DOB 22 Jul 1983; POB Ramenskoye, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 653978234 (Russia); alt. Passport 605896418 (Russia); Tax ID No. 504011885451 (Russia) (individual) [RUSSIA-EO14024].

BURLYAYEV, Nikolay Petrovich (Cyrillic: БУРЛЯЕВ, Николай Петрович), Russia; DOB 03 Aug 1946; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BURMATOV, Vladimir Vladimirovich (Cyrillic: БУРМАТОВ, Владимир Владимирович), Russia; DOB 18 Aug 1981; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BUROV, Andrei Vladimirovich (a.k.a. BUROV, Andrey Vladimirovich (Cyrillic: БУРОВ, Андрей Владимирович)), Russia; DOB 30 Nov 1971; POB Rostov-on-Don, Rostov Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 616704717503 (Russia) (individual) [RUSSIA-EO14024].

BUROV, Andrey Vladimirovich (Cyrillic: БУРОВ, Андрей Владимирович) (a.k.a. BUROV, Andrei Vladimirovich), Russia; DOB 30 Nov 1971; POB Rostov-on-Don, Rostov Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 616704717503 (Russia) (individual) [RUSSIA-EO14024].

BUROVAYA KOMPANIYA EURASIA LLC (Cyrillic: БУРОВАЯ КОМПАНИЯ ЕВРАЗИЯ ООО) (a.k.a. LIMITED LIABILITY COMPANY EVRAZIYA; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU BUROVAYA KOMPANIYA EVRAZIYA; a.k.a. "BKE OOO" (Cyrillic: "БКЕ ООО")), 40, 2 Ulitsa Narodnogo Opolcheniya, Moscow 123298, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8608049090 (Russia); Registration Number 1028601443034 (Russia) [RUSSIA-EO14024].

BUROVAYA KOMPANIYA OAO GAZPROM, DOCHERNEE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU (a.k.a. GAZPROM BURENIE, OOO; a.k.a. GAZPROM BURENIYE LLC; a.k.a. GAZPROM DRILLING; a.k.a. LIMITED LIABILITY COMPANY GAZPROM BURENIYE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GAZPROM BURENIE), 12A, ul. Nametkina, Moscow 117420, Russia; Website www.burgaz.ru; Email Address mail@burgaz.gazprom.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1028900620319; Tax ID No. 5003026493; Government Gazette Number 00156251 [UKRAINE-EO13662] (Linked To: ROTENBERG, Igor Arkadyevich).

BURREN CO., LIMITED (Chinese Traditional: 布林有限公司), Unit 811 Beverly Commercial Centre, 87-105 Chatham Road South, Tsim Sha Tsui, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Dec 2019; Company Number 2906471 (Hong Kong); Business Registration Number 71504417 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

BUSARGIN, Roman Viktorovich (Cyrillic: БУСАРГИН, Роман Викторович), Saratov Region, Russia; DOB 29 Jul 1981; POB Bolshaya Sakma, Saratov Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 645201686790 (individual) [RUSSIA-EO14024].

BUSEL, Nikita Petrovich (Cyrillic: БУСЕЛ, Никита Петрович), Melitopol, Zaporizhzhia

Region, Ukraine; DOB 11 Dec 1982; POB Samara, Russian Federation; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 526097814054 (Russia) (individual) [RUSSIA-EO14024] (Linked To: STATE UNITARY ENTERPRISE STATE GRAIN OPERATOR).

BUSHEHR PETROCHEMICAL COMPANY (a.k.a. "BUPC"), No. 7, 3rd and 4th Floor, Sattarkhan St., Habib Elah St., Metolian Blvd., Tehran 1455693916, Iran; Pars Energy Special Economic Zone, Petrochemical Complexes Phase II, Asalouye, Bushehr 7511811374, Iran; Asli Neighborhood, Asli Road Street, Nakhl Taqi's 15 Kilometer Road, Number 0, Ground Floor, Nakhl Taqi, Bushehr 7511811374, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Company Number 10101920878 (Iran) [IRAN-EO13846].

BUSHEHR PRISON (Arabic: زندان بوشهر), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

BUSHEHR SHIPPING COMPANY LIMITED, 143/1 Tower Road, Sliema, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. C 37422 (Malta) [IRAN].

BUSHMIN, Evgeni Viktorovich (a.k.a. BUSHMIN, Evgeny; a.k.a. BUSHMIN, Yevgeny); DOB 10 Oct 1958; POB Lopatino, Sergachiisky Region, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Speaker of the Federation Council of the Russian Federation; Chairman of the Council of the Federation Budget and Financial Markets Committee (individual) [UKRAINE-EO13661].

BUSHMIN, Evgeny (a.k.a. BUSHMIN, Evgeni Viktorovich; a.k.a. BUSHMIN, Yevgeny); DOB 10 Oct 1958; POB Lopatino, Sergachiisky Region, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Speaker of the Federation Council of the Russian Federation; Chairman of the Council of the Federation Budget and Financial Markets Committee (individual) [UKRAINE-EO13661].

BUSHMIN, Yevgeny (a.k.a. BUSHMIN, Evgeni Viktorovich; a.k.a. BUSHMIN, Evgeny); DOB 10 Oct 1958; POB Lopatino, Sergachiisky Region,

Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Speaker of the Federation Council of the Russian Federation; Chairman of the Council of the Federation Budget and Financial Markets Committee (individual) [UKRAINE-EO13661].

BUSHRA BACHIR SHIPING AND LOGISTICS SERVICES LLC (a.k.a. BUSHRA BACHIR SHIPPING & LOGISTIC SERVICES L.L.C.; a.k.a. BUSHRA BACHIR SHIPPING AND LOGISTICS SERVICES L.L.C.), Al Nokhitha Building, Office No. 222, PO Box 80367, Al Hamriya, Dubai, United Arab Emirates; Djibouti; License 894208 (United Arab Emirates) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

BUSHRA BACHIR SHIPPING & LOGISTIC SERVICES L.L.C. (a.k.a. BUSHRA BACHIR SHIPING AND LOGISTICS SERVICES LLC; a.k.a. BUSHRA BACHIR SHIPPING AND LOGISTICS SERVICES L.L.C.), Al Nokhitha Building, Office No. 222, PO Box 80367, Al Hamriya, Dubai, United Arab Emirates; Djibouti; License 894208 (United Arab Emirates) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

BUSHRA BACHIR SHIPPING AND LOGISTICS SERVICES L.L.C. (a.k.a. BUSHRA BACHIR SHIPING AND LOGISTICS SERVICES LLC; a.k.a. BUSHRA BACHIR SHIPPING & LOGISTIC SERVICES L.L.C.), Al Nokhitha Building, Office No. 222, PO Box 80367, Al Hamriya, Dubai, United Arab Emirates; Djibouti; License 894208 (United Arab Emirates) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

BUSHRA SHIP MANAGEMENT PRIVATE LIMITED (a.k.a. BUSHRA SHIP MANAGEMENT PVT LTD), 102, Mohid Height, Suresh Nagar, Mumbai City, Maharashtra 400053, India; 102, Mohid Height, Suresh Nagar Near Rto Office, Four Bungalows, Anderi (W), Mumbai, Maharashtra 400053, India; Mohid Height, 102, Lokhandwala Complex Road, Suresh Nagar, Anderi (W), Mumbai 400053, India; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 233897 (India); alt. Registration Number U63090MH2012PTC233897 (India) [SDGT] (Linked To: MEHDI GROUP).

BUSHRA SHIP MANAGEMENT PVT LTD (a.k.a. BUSHRA SHIP MANAGEMENT PRIVATE LIMITED), 102, Mohid Height, Suresh Nagar, Mumbai City, Maharashtra 400053, India; 102,

Mohid Height, Suresh Nagar Near Rto Office, Four Bungalows, Anderi (W), Mumbai, Maharashtra 400053, India; Mohid Height, 102, Lokhandwala Complex Road, Suresh Nagar, Anderi (W), Mumbai 400053, India; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 233897 (India); alt. Registration Number U63090MH2012PTC233897 (India) [SDGT] (Linked To: MEHDI GROUP).

BUSHUSHA, Mokhtar (a.k.a. BOUCHOUCHA, Al-Mokhtar Ben Mohamed Ben Al-Mokhtar; a.k.a. BOUCHOUCHA, Mokhtar), Via Milano n.38, Spinadesco, CR, Italy; DOB 13 Oct 1969; POB Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K754050 issued 26 May 1999 expires 25 May 2004; Italian Fiscal Code BCHMHT69R13Z352T (individual) [SDGT].

BUSINESS DIVERSITY LIMITED (a.k.a. BUSINESS DIVERSITY LTD), Unit 11/F, CNT Tower, 338 Hennessy Road, Wan Chai, Hong Kong; Registration Number 2421075 (Hong Kong) [GLOMAG] (Linked To: TESIC, Slobodan).

BUSINESS DIVERSITY LTD (a.k.a. BUSINESS DIVERSITY LIMITED), Unit 11/F, CNT Tower, 338 Hennessy Road, Wan Chai, Hong Kong; Registration Number 2421075 (Hong Kong) [GLOMAG] (Linked To: TESIC, Slobodan).

BUSINESS LAB, Maysat Square Al Rasafi Street Bldg. 9, PO Box 7155, Damascus, Syria [NPWMD].

BUSINESS UNITED UNIPESSOAL LDA (a.k.a. UNITED BUSINESS CO; a.k.a. "BUSINESS UNITED LLC"), Centro Empresarial Torres de Lisboa, Rua Tomas da Fonseca, Torre G-1, Lisboa 1600-209, Portugal; Rua dos Bombeiros Voluntarios, No. 27, Odivelas Freguesia, Lisboa Concelho 2675-305, Portugal; Website https://unitedbusiness.pt; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 26 Sep 2018; Organization Type: Non-specialized wholesale trade; V.A.T. Number 515091669 (Portugal); Legal Entity Number 894500IRS5HCYE71QL11 [NPWMD] [IFSR] (Linked To: PASARGAD HELICOPTER COMPANY).

BUSINESS-FINANCE LIMITED LIABILITY COMPANY (a.k.a. "BUSINESS-FINANCE"; a.k.a. "BUSINESS-FINANCE LLC"), Ul. Myansnitskaya D. 35, Moscow 101000, Russia;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7707572492 (Russia); Registration Number 1057749598169 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

BUSSINES CORPORATIVO T SERVICE INC, S.A. DE C.V., Josefa Ortiz 568, Guadalajara, Jalisco, Mexico; Organization Established Date 09 Sep 2014; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. 85029 (Mexico) [ILLICIT-DRUGS-EO14059].

BUSTAMANTE JARAMILLO, Luis Carlos; DOB 04 Mar 1967; POB Apartado, Antioquia, Colombia; Cedula No. 71976633 (Colombia) (individual) [SDNTK].

BUSTAMANTE PUERTA, Dinora Joselin (a.k.a. BUSTAMANTE PUERTA, Dinora Yoselin; a.k.a. BUSTAMANTE PUERTA, Dinorah Yoselin), Venezuela; DOB 14 Jan 1975; POB Venezuela; nationality Venezuela; Gender Female; Cedula No. V10002096 (Venezuela) (individual) [VENEZUELA].

BUSTAMANTE PUERTA, Dinora Yoselin (a.k.a. BUSTAMANTE PUERTA, Dinora Joselin; a.k.a. BUSTAMANTE PUERTA, Dinorah Yoselin), Venezuela; DOB 14 Jan 1975; POB Venezuela; nationality Venezuela; Gender Female; Cedula No. V10002096 (Venezuela) (individual) [VENEZUELA].

BUSTAMANTE PUERTA, Dinorah Yoselin (a.k.a. BUSTAMANTE PUERTA, Dinora Joselin; a.k.a. BUSTAMANTE PUERTA, Dinora Yoselin), Venezuela; DOB 14 Jan 1975; POB Venezuela; nationality Venezuela; Gender Female; Cedula No. V10002096 (Venezuela) (individual) [VENEZUELA].

BUSTOS SUAREZ, Danilo, c/o COMERCIALIZADORA E INVERSIONES BUSTOS ARIZA Y CIA. S.C.S., Bogota, Colombia; c/o MODERNA EXPRESS TRANSPORTE DE CARGA LTDA., Bogota, Colombia; Avenida 26 Sur No. 72-95 Apto. 401 y 402, Bogota, Colombia; Calle 126 No. 11-63, Bogota, Colombia; Carrera 22 No. 122-31 Apto. 304, Bogota, Colombia; DOB 11 Sep 1963; Cedula No. 79283879 (Colombia) (individual) [SDNTK].

BUTEMBO AIRLINES (a.k.a. AIR BUTEMBO), Butembo, Congo, Democratic Republic of the; Bunia, Congo, Democratic Republic of the [DRCONGO].

BUTINA, Maria Valeryevna (Cyrillic: БУТИНА, Мария Валерьевна), Russia; DOB 10 Nov 1988; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BUTKA, Spiro; DOB 29 May 1949 (individual) [BALKANS].

BUTKEVICH, Igor (a.k.a. BUTKEVICH, Igor Yevgenievich (Cyrillic: БУТКЕВИЧ, Игорь Евгеньевич); a.k.a. BUTKEVICH, Ihar Yauhenavich (Cyrillic: БУТКЕВІЧ, Ігар Яўгенавіч)), Minsk, Belarus; DOB 1969; POB Rakovtsy village, Smorgonskyy district, Grodno oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

BUTKEVICH, Igor Yevgenievich (Cyrillic: БУТКЕВИЧ, Игорь Евгеньевич) (a.k.a. BUTKEVICH, Igor; a.k.a. BUTKEVICH, Ihar Yauhenavich (Cyrillic: БУТКЕВІЧ, Ігар Яўгенавіч)), Minsk, Belarus; DOB 1969; POB Rakovtsy village, Smorgonskyy district, Grodno oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

BUTKEVICH, Ihar Yauhenavich (Cyrillic: БУТКЕВІЧ, Ігар Яўгенавіч) (a.k.a. BUTKEVICH, Igor; a.k.a. BUTKEVICH, Igor Yevgenievich (Cyrillic: БУТКЕВИЧ, Игорь Евгеньевич)), Minsk, Belarus; DOB 1969; POB Rakovtsy village, Smorgonskyy district, Grodno oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

BUTRIM, Natalya (a.k.a. BUTRYM, Natallia), Russia; DOB 14 Dec 1994; nationality Belarus; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport KH2926007 (Belarus) expires 12 Sep 2029 (individual) [RUSSIA-EO14024].

BUTRYM, Natallia (a.k.a. BUTRIM, Natalya), Russia; DOB 14 Dec 1994; nationality Belarus; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport KH2926007 (Belarus) expires 12 Sep 2029 (individual) [RUSSIA-EO14024].

BUTSKAYA, Tatiana Viktorovna (Cyrillic: БУЦКАЯ, Татьяна Викторовна), Russia; DOB 08 May 1975; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BUTT, Abdul Majid (a.k.a. LOAN, Waseem Raouf; a.k.a. LOAN, Waseem Rauf; a.k.a. LON RAOUF, Wasim Raouf; a.k.a. LOUN, Waseem Raouf; a.k.a. LOUN, Waseem Rauf; a.k.a. LOUN, Waseem Rouf; a.k.a. RASHI, Abdul Majid; a.k.a. RASHID, Abdul Majid), c/o AL AMLOOD TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Pakistan; DOB 03 Mar 1966; POB Lahore, Pakistan; citizen Pakistan; Passport AA8908881 (Pakistan); Identification Number 35200-5407888-5 (Pakistan) (individual) [SDNTK].

BUY BEST ELECTRONIC PARS COMPANY (a.k.a. KHARID-E BARTAR ELECTRONIC PARS; a.k.a. "BUY BEST ELECTRONIC"), Block No. 20, 3rd Floor, North Unit, Sadeqiyeh Square, Shahid Ayatollah Ashrafi Esfahani Highway, Marvdasht St, District 14, Tehran 1451613418, Iran; Number 20, Unit 7, Marvdasht Street, 2nd Sadeghiyeh Square, Tehran, Iran; Number 110, First Floor, Tavakol Shopping Center, Tehran, Iran; 1201 Room, Guo Li Building-Zhonghang Road, Futian District, Shenzhen, China; Website https://buybestelectronic.com; alt. Website https://bbe.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 20 Oct 2009; National ID No. 10104073089 (Iran); Registration Number 358871 (Iran) [NPWMD] [IFSR] (Linked To: JAVAR, Saeed Hamidi).

BUY CASH MONEY AND MONEY TRANSFER COMPANY (Arabic: باي كاش للصرافة والحوالات المالية) (a.k.a. "BUY CASH"), Khan Yunis, Gaza; Digital Currency Address - XBT 19D1iGzDr7FyAdiy3ZZdxMd6ttHj1kj6WW; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: HAMAS).

BUZIN, Ilya Andreevich (Cyrillic: БУЗИН, Илья Андреевич) (a.k.a. BUZIN, Ilya Andreyevich), Russia; DOB 21 Aug 1980; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781634743022 (Russia) (individual) [RUSSIA-EO14024] (Linked To: VERTIKAL LIMITED).

BUZIN, Ilya Andreyevich (a.k.a. BUZIN, Ilya Andreevich (Cyrillic: БУЗИН, Илья Андреевич)), Russia; DOB 21 Aug 1980; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781634743022 (Russia) (individual) [RUSSIA-EO14024] (Linked To: VERTIKAL LIMITED).

B-WORK S.A.S., Libertador del Av. 6025 piso 4, Buenos Aires, Argentina [SDNTK].

BY TRADE OU, Tornimae tn 7-25, Tallinn 10141, Estonia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 May 2013; Organization Type: Wholesale of other machinery and equipment; Target Type Private Company; V.A.T. Number EE101961831 (Estonia); Registration Number 12470521 (Estonia) [RUSSIA-EO14024] (Linked To: MALBERG LIMITED).

BYABASAIJA, Johnson Christopher (a.k.a. BYABASHAIJA, Johnson; a.k.a. BYABASHAIJA, Johnson Omuhunde Rwashote), Kampala, Uganda; DOB 27 Sep 1957; POB Kajure, Rukungiri District, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

BYABASHAIJA, Johnson (a.k.a. BYABASAIJA, Johnson Christopher; a.k.a. BYABASHAIJA, Johnson Omuhunde Rwashote), Kampala, Uganda; DOB 27 Sep 1957; POB Kajure, Rukungiri District, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

BYABASHAIJA, Johnson Omuhunde Rwashote (a.k.a. BYABASAIJA, Johnson Christopher; a.k.a. BYABASHAIJA, Johnson), Kampala, Uganda; DOB 27 Sep 1957; POB Kajure, Rukungiri District, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

BYAMUNGU, Bernard (a.k.a. MHESHE, Bernard Byamungu), Congo, Democratic Republic of the; DOB 10 Oct 1974; POB Ziralo, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO] (Linked To: M23).

BYCHAK, Kanstantsin Fiodaravich (Cyrillic: БЫЧАК, Канстанцін Федаравіч) (a.k.a. BYCHEK, Konstantin Fedorovich (Cyrillic: БЫЧЕК, Константин Федорович)), ul. Kazimirovskaya, 3-3, Minsk, Belarus; DOB 20 Sep 1985; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

BYCHEK, Konstantin Fedorovich (Cyrillic: БЫЧЕК, Константин Федорович) (a.k.a. BYCHAK, Kanstantsin Fiodaravich (Cyrillic: БЫЧАК, Канстанцін Федаравіч)), ul. Kazimirovskaya, 3-3, Minsk, Belarus; DOB 20 Sep 1985; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

BYCHKOV, Petr Alexandrovich (a.k.a. BICHKOV, Peter Alexandrovich; a.k.a. BYCHKOV, Pyotr Aleksandrovich (Cyrillic: БЫЧКОВ, Пётр Александрович)), St. Petersburg, Russia; DOB 25 Nov 1987; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 782513941021 (Russia) (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

BYCHKOV, Pyotr Aleksandrovich (Cyrillic: БЫЧКОВ, Пётр Александрович) (a.k.a. BICHKOV, Peter Alexandrovich; a.k.a. BYCHKOV, Petr Alexandrovich), St. Petersburg, Russia; DOB 25 Nov 1987; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 782513941021 (Russia) (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

BYELOUSOV, Andrii Removych (a.k.a. BELOUSOV, Andrei Removich; a.k.a. BELOUSOV, Andrey Removich (Cyrillic: БЕЛОУСОВ, Андрей Рэмович); a.k.a. BIELOUSOV, Andriy Removych), Russia; DOB 17 Mar 1959; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

BYIRINGIRO, Michel (a.k.a. IYAMUREMYE, Gaston; a.k.a. RUMULI; a.k.a. RUMULI, Byiringiro Victor; a.k.a. RUMULI, Michel; a.k.a. RUMURI, Victor), Kibua, North Kivu, Congo, Democratic Republic of the; DOB 1948; POB Musanze District (Northern Province) Rwanda; alt. POB Nyakinama, Ruhengeri, Rwanda; FDLR President; FDLR 2nd Vice President; Brigadier General (individual) [DRCONGO].

BYLAN GAYRIMENKUL TICARET ANONIM SIRKETI (f.k.a. BYLAN ULUSLAR ARASI TICARET VE GAYRIMENKUL ANONIM SIRKETI; a.k.a. BYLAN ULUSLARARASI TICARET VE GAYRIMENKUL SANAYI ANONIM SIRKETI), No. 12, Istinye Mahallesi Bostan Sokak, Sariyer, Istanbul 34467, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Mar 2009; Istanbul Chamber of Comm. No. 692774 (Turkey); Registration Number 692774-0 (Turkey); Central Registration System Number 0195-0249-1640-0012 (Turkey) [SDGT] (Linked To: ASB GROUP OF COMPANIES LIMITED).

BYLAN ULUSLAR ARASI TICARET VE GAYRIMENKUL ANONIM SIRKETI (f.k.a. BYLAN GAYRIMENKUL TICARET ANONIM SIRKETI; a.k.a. BYLAN ULUSLARARASI TICARET VE GAYRIMENKUL SANAYI ANONIM SIRKETI), No. 12, Istinye Mahallesi Bostan Sokak, Sariyer, Istanbul 34467, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Mar 2009; Istanbul Chamber of Comm. No. 692774 (Turkey); Registration Number 692774-0 (Turkey); Central Registration System Number 0195-0249-1640-0012 (Turkey) [SDGT] (Linked To: ASB GROUP OF COMPANIES LIMITED).

BYLAN ULUSLARARASI TICARET VE GAYRIMENKUL SANAYI ANONIM SIRKETI (f.k.a. BYLAN GAYRIMENKUL TICARET ANONIM SIRKETI; f.k.a. BYLAN ULUSLAR ARASI TICARET VE GAYRIMENKUL ANONIM SIRKETI), No. 12, Istinye Mahallesi Bostan Sokak, Sariyer, Istanbul 34467, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Mar 2009; Istanbul Chamber of Comm. No. 692774 (Turkey); Registration Number 692774-0 (Turkey); Central Registration System Number 0195-0249-1640-0012 (Turkey) [SDGT] (Linked To: ASB GROUP OF COMPANIES LIMITED).

BYSTROV, Mikhail Ivanovich, Russia; DOB 21 Dec 1958; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

BYUTUKAEV, Aslan (a.k.a. BYUTUKAEV, Aslan Avgazarovich; a.k.a. BYUTUKAYEV, Aslan; a.k.a. "CHECHENSKY, Khamzat"; a.k.a. "Hamzat"; a.k.a. "KHAMZAT, Amir"; a.k.a. "KHAMZAT, Emir"), Akharkho Street,11, Katyr-Yurt, Ackhoy-Martanovskiy District, the Republic of Chechnya, Russia; DOB 22 Oct 1974; POB Kitaevka, Novoselitskiy Region, Stavropol Territory, the Russian Federation; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BYUTUKAEV, Aslan Avgazarovich (a.k.a. BYUTUKAEV, Aslan; a.k.a. BYUTUKAYEV, Aslan; a.k.a. "CHECHENSKY, Khamzat"; a.k.a. "Hamzat"; a.k.a. "KHAMZAT, Amir"; a.k.a. "KHAMZAT, Emir"), Akharkho Street,11, Katyr-Yurt, Ackhoy-Martanovskiy District, the Republic of Chechnya, Russia; DOB 22 Oct 1974; POB Kitaevka, Novoselitskiy Region, Stavropol

Territory, the Russian Federation; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BYUTUKAYEV, Aslan (a.k.a. BYUTUKAEV, Aslan; a.k.a. BYUTUKAEV, Aslan Avgazarovich; a.k.a. "CHECHENSKY, Khamzat"; a.k.a. "Hamzat"; a.k.a. "KHAMZAT, Amir"; a.k.a. "KHAMZAT, Emir"), Akharkho Street,11, Katyr-Yurt, Ackhoy-Martanovskiy District, the Republic of Chechnya, Russia; DOB 22 Oct 1974; POB Kitaevka, Novoselitskiy Region, Stavropol Territory, the Russian Federation; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

BYZOV, Sergei (a.k.a. BYZOV, Sergey Vyacheslavovich (Cyrillic: БЫЗОВ, Сергей Вячеславович)), Russia; DOB 10 Apr 1987; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 756139252 (Russia) expires 07 Oct 2027 (individual) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

BYZOV, Sergey Vyacheslavovich (Cyrillic: БЫЗОВ, Сергей Вячеславович) (a.k.a. BYZOV, Sergei), Russia; DOB 10 Apr 1987; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 756139252 (Russia) expires 07 Oct 2027 (individual) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

C AND I SEMICONDUCTOR CO LTD (a.k.a. C AND I SEMICONDUCTORS CO LIMITED; a.k.a. C&I SEMICONDUCTOR CO LTD; a.k.a. C&I SEMICONDUCTORS CO LIMITED (Chinese Simplified: 中印半導體有限公司)), Rm A4, /8, Ko Fai Road, City L7, Yaiitong Ond, Yau Tonq, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 1263816 (Hong Kong) [RUSSIA-EO14024].

C AND I SEMICONDUCTORS CO LIMITED (a.k.a. C AND I SEMICONDUCTOR CO LTD; a.k.a. C&I SEMICONDUCTOR CO LTD; a.k.a. C&I SEMICONDUCTORS CO LIMITED (Chinese Simplified: 中印半導體有限公司)), Rm A4, /8, Ko Fai Road, City L7, Yaiitong Ond, Yau Tonq, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 1263816 (Hong Kong) [RUSSIA-EO14024].

C I FONDO GLOBAL DE ALIMENTOS LTDA, Calle 128 B 78 90, Bogota, D.C. 1103, Colombia; NIT # 9002234401 (Colombia) [VENEZUELA-EO13850] (Linked To: RUBIO GONZALEZ, Emmanuel Enrique).

C&I SEMICONDUCTOR CO LTD (a.k.a. C AND I SEMICONDUCTOR CO LTD; a.k.a. C AND I SEMICONDUCTORS CO LIMITED; a.k.a. C&I SEMICONDUCTORS CO LIMITED (Chinese Simplified: 中印半導體有限公司)), Rm A4, /8, Ko Fai Road, City L7, Yaiitong Ond, Yau Tonq, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 1263816 (Hong Kong) [RUSSIA-EO14024].

C&I SEMICONDUCTORS CO LIMITED (Chinese Simplified: 中印半導體有限公司) (a.k.a. C AND I SEMICONDUCTOR CO LTD; a.k.a. C AND I SEMICONDUCTORS CO LIMITED; a.k.a. C&I SEMICONDUCTOR CO LTD), Rm A4, /8, Ko Fai Road, City L7, Yaiitong Ond, Yau Tonq, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 1263816 (Hong Kong) [RUSSIA-EO14024].

C. J. SHAH AND CO., 105, Bajaj Bhavan, 10th Floor, Nariman Point, Mumbai, Maharashtra 400021, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 26 Mar 1961; Tax ID No. 27AAAFC5600N2ZI (India); Legal Entity Number 335800VANQ3ETAVNHT54 [IRAN-EO13846].

C.I. CAFFEE VALORES S.A., Via Espana y Calle Elvira Mendez, Edificio Bank Boston, Piso 2, Panama City, Panama; Public Registration Number 467323, Doc. 694710 (Panama) [SDNTK].

C.I. DEL ISTMO S.A. (a.k.a. C.I. DEL ISTMO S.A.S.; f.k.a. COMERCIALIZADORA INTERNACIONAL DEL ITSMO S.A.), Calle 100 No. 17A-36, Ofc. 705, Bogota, Colombia; NIT # 9000144704 (Colombia); Matricula Mercantil No 1461858 (Colombia) [SDNTK].

C.I. DEL ISTMO S.A.S. (f.k.a. C.I. DEL ISTMO S.A.; f.k.a. COMERCIALIZADORA INTERNACIONAL DEL ITSMO S.A.), Calle 100 No. 17A-36, Ofc. 705, Bogota, Colombia; NIT # 9000144704 (Colombia); Matricula Mercantil No 1461858 (Colombia) [SDNTK].

C.M.V. CARNES S.A.S. (f.k.a. CLAUDIA MERCEDES VARGAS GIRALDO SOCIEDAD POR ACCIONES SIMPLIFICADA), Calle 8 B 65 191, Of. 519, Medellin, Antioquia, Colombia; NIT # 900392593-1 (Colombia) [SDNTK].

C.S.P. CASTLE PROTECTION, GUARDING AND SECURITY SERVICES (a.k.a. AL-QALAA COMPANY FOR SECURITY SERVICES; a.k.a. AL-QALA'A FOR PROTECTION, GUARDING, AND SECURITY SERVICES (Arabic: شركة القلعة للحماية والحراسة والخدمات الامنية); a.k.a. CASTLE COMPANY FOR PROTECTION, GUARDING AND SECURITY SERVICES; a.k.a. CASTLE SECURITY AND PROTECTION LLC; a.k.a. CITADEL FOR PROTECTION, GUARD AND SECURITY SERVICES; a.k.a. "CASTLE SECURITY AND PROTECTION"), Opposite the gas station, enter hospital 601, Sheikh Saad, Mazzeh, West Villas, Damascus, Syria; Aleppo, Syria; Organization Type: Private security activities [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

CABADAS TORRES, Edgar (a.k.a. OROZCO CABADAS, Edgar Valeriano; a.k.a. "El 50"; a.k.a. "El Kamoni"), Mexico; DOB 21 Oct 1985; POB Michoacan, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. OOCE851021HMNRBD04 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTELES UNIDOS).

CABANAS LA LOMA (n.k.a. CABANAS LA LOMA EN RENTA; n.k.a. CABANAS LA LOMA TAPALPA; a.k.a. CABANAS LAS FLORES; a.k.a. LAS FLORES CABANAS), Km 5.4 Carretera Tapalpa - San Gabriel, Tapalpa, Jalisco 49340, Mexico; Website www.cabanaslasflores.com; alt. Website www.cabanaslalomatapalpa.com [SDNTK].

CABANAS LA LOMA EN RENTA (n.k.a. CABANAS LA LOMA; n.k.a. CABANAS LA LOMA TAPALPA; a.k.a. CABANAS LAS FLORES; a.k.a. LAS FLORES CABANAS), Km 5.4 Carretera Tapalpa - San Gabriel, Tapalpa, Jalisco 49340, Mexico; Website www.cabanaslasflores.com; alt. Website www.cabanaslalomatapalpa.com [SDNTK].

CABANAS LA LOMA TAPALPA (n.k.a. CABANAS LA LOMA; n.k.a. CABANAS LA LOMA EN RENTA; a.k.a. CABANAS LAS FLORES; a.k.a. LAS FLORES CABANAS), Km 5.4 Carretera Tapalpa - San Gabriel, Tapalpa, Jalisco 49340, Mexico; Website www.cabanaslasflores.com; alt. Website www.cabanaslalomatapalpa.com [SDNTK].

CABANAS LAS FLORES (n.k.a. CABANAS LA LOMA; n.k.a. CABANAS LA LOMA EN RENTA;

n.k.a. CABANAS LA LOMA TAPALPA; a.k.a. LAS FLORES CABANAS), Km 5.4 Carretera Tapalpa - San Gabriel, Tapalpa, Jalisco 49340, Mexico; Website www.cabanaslasflores.com; alt. Website www.cabanaslalomatapalpa.com [SDNTK].

CABDULLAAH, Ciise Maxamed, Mosque in Via Quaranta, Milan, Italy; DOB 08 Oct 1974; POB Somalia; nationality Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; arrested 31 Mar 2003 (individual) [SDGT].

CABELLO CONTRERAS, Daniella Desiree, Venezuela; DOB 11 Apr 1996; POB Caracas, Venezuela; nationality Venezuela; Gender Female; Cedula No. V23434318 (Venezuela) (individual) [VENEZUELA].

CABELLO RONDON, Diosdado (Latin: CABELLO RONDÓN, Diosdado), Monagas, Venezuela; DOB 15 Apr 1963; citizen Venezuela; Gender Male; Cedula No. 8370825 (Venezuela); Passport A0237802 (Venezuela) (individual) [VENEZUELA].

CABELLO RONDON, Jose David (Latin: CABELLO RONDÓN, José David), Monagas, Venezuela; DOB 11 Sep 1969; citizen Venezuela; Gender Male; Cedula No. 10300226 (Venezuela); Passport B0133819 (Venezuela) expires 08 Apr 2013 (individual) [VENEZUELA].

CABRERA SARABIA, Alejandro; DOB 17 Jul 1973; POB Santiago Papasquiaro, Durango, Mexico; nationality Mexico; Gender Male; C.U.R.P. CASA730717HDGBRL00 (Mexico); RFC CASA-730717-664 (Mexico) (individual) [SDNTK].

CABRERA SARABIA, Felipe (a.k.a. VELAZQUEZ MANJARREZ, Miguel; a.k.a. "EL INGENIERO"; a.k.a. "EL SENOR DE LA SIERRA"); DOB 23 Aug 1971; POB Santiago Papasquiaro, Durango, Mexico; nationality Mexico; Gender Male; C.U.R.P. CASF710823HDGBRL06 (Mexico) (individual) [SDNTK].

CABRERA SARABIA, Jose Luis; DOB 17 Mar 1978; Gender Male; RFC CASL-780317-9M2 (Mexico) (individual) [SDNTK].

CABUK CALISAN TASIMACILIK VE ENDUSTRI MAKINELERI TIC LTD STI (a.k.a. CABUK CALISAN TASIMACILIK VE ENDUSTRI MAKINELERI TICARET LIMITED SIRKETI (Latin: ÇABUK ÇALIŞAN TAŞIMACILIK VE ENDÜSTRİ MAKİNELERİ TİCARET LİMİTED ŞİRKETİ)), Asmali Mescit Mahallesi Caddesi, Ishani No. 1, Ic Kapi No. 3, Beyoglu, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 29 Sep 2021; Chamber of Commerce Number 1321028 (Turkey); Registration Number 330757-5 (Turkey) [NPWMD] [IFSR] (Linked To: PASARGAD HELICOPTER COMPANY).

CABUK CALISAN TASIMACILIK VE ENDUSTRI MAKINELERI TICARET LIMITED SIRKETI (Latin: ÇABUK ÇALIŞAN TAŞIMACILIK VE ENDÜSTRİ MAKİNELERİ TİCARET LİMİTED ŞİRKETİ) (a.k.a. CABUK CALISAN TASIMACILIK VE ENDUSTRI MAKINELERI TIC LTD STI), Asmali Mescit Mahallesi Caddesi, Ishani No. 1, Ic Kapi No. 3, Beyoglu, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 29 Sep 2021; Chamber of Commerce Number 1321028 (Turkey); Registration Number 330757-5 (Turkey) [NPWMD] [IFSR] (Linked To: PASARGAD HELICOPTER COMPANY).

CACHO FLORES, Alejandro (a.k.a. BOLANOS CACHO, Alejandro; a.k.a. FLORES CACHO, Alejandro; a.k.a. ROBLES VALDEZ, Abel; a.k.a. "ALEJANDRO LABASTIDA"; a.k.a. "GUILLERMO LABASTIDA"), Ojos Negros, Baja California Norte, Mexico; Carretera Acapulco, KM 8.5, Pie de la Cuesta, Acapulco, Guerrero, Mexico; Calle de Rio Nilo No. 20, Colonia Valle Dorado, Ensenada, Baja California Norte, Mexico; Montivideo No. 804, Lindavista, Mexico City, Distrito Federal, Mexico; Circuito de la Industria No. 94, Colonia Parque Ind. Lerma, Lerma, Mexico, Mexico; Avenida del Taller No. 23, Ret. 17, Colonia Jardin Balbuena, Delegacion Venustiano Carranza, Mexico City, Distrito Federal, Mexico; Calle Jaime Torres Bodet No. 207-A, Int. 201, Colonia Santa Marta La Rivera, Delegacion Cuauhtemoc, Mexico City, Distrito Federal, Mexico; Homero No. 1343, Mexico City, Distrito Federal, Mexico; Avenida Herradona No. 1328, Interlomas, Mexico City, Distrito Federal, Mexico; Calle Cantiles 42 A, Mozimba 39460, Acapulco, Guerrero, Mexico; Calle Tulipanes No. 8, Colonia Lomas Cortes, Cuernavaca, Morelos, Mexico; Calle Rancho Tetela No. 957, Colonia Rancho Tetela, Cuernavaca, Morelos, Mexico; DOB 26 Mar 1963; alt. DOB 26 Mar 1964; POB Mexico City, Distrito Federal, Mexico; alt. POB Guadalajara, Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 01350202554 (Mexico); R.F.C. FOCA-630326 (Mexico); alt. R.F.C. FOCX-260363 (Mexico); alt. R.F.C. FOCX-630326 (Mexico); alt. R.F.C. FOCA-640326 (Mexico); C.U.R.P.

FOCA630326HMCLCL05 (Mexico); Electoral Registry No. FLCCAL64032609H300 (Mexico); C.U.I.P. FOCA640326H14506669 (Mexico) (individual) [SDNTK].

CACIQUE 1 S.A., Panama; RUC # 155598483-2-2015 (Panama) [SDNTK].

CADALE, Qaliif (a.k.a. ABDALE, Qaaliif; a.k.a. ADALE, Khalif; a.k.a. CADE, Qaliif; a.k.a. KHALIF, Adale; a.k.a. WARSAME, Khalif Mohamed), Qunyo Barrow, Middle Juba, Somalia; Buulo Fulaay, Somalia; DOB 01 Jan 1964; alt. DOB 01 Jan 1968; POB Somalia; nationality Djibouti; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 11120061B (Djibouti) (individual) [SDGT] (Linked To: AL-SHABAAB).

CADE, Qaliif (a.k.a. ABDALE, Qaaliif; a.k.a. ADALE, Khalif; a.k.a. CADALE, Qaliif; a.k.a. KHALIF, Adale; a.k.a. WARSAME, Khalif Mohamed), Qunyo Barrow, Middle Juba, Somalia; Buulo Fulaay, Somalia; DOB 01 Jan 1964; alt. DOB 01 Jan 1968; POB Somalia; nationality Djibouti; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 11120061B (Djibouti) (individual) [SDGT] (Linked To: AL-SHABAAB).

CADEDDU, Elisabetta, Italy; DOB 29 May 1967; POB Iglesias, Italy; nationality Italy; Gender Female; Passport YB7094181 (Italy) expires 26 Oct 2030 (individual) [IRAN-EO13902] (Linked To: MAX ENERGY FUEL TRADING L.L.C.).

CADELSPY (a.k.a. ADVANCED PERSISTENT THREAT 39; a.k.a. APT39; a.k.a. CHAFER; a.k.a. ITG07; a.k.a. REMEXI), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

CADY TECH HK LIMITED (Chinese Simplified: 凯迪科技香港有限公司), Rm A1 11/F Winner Building 36, Man Yue St, Hunghom, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 1190391 (Hong Kong) [RUSSIA-EO14024].

CAFAR FOUNDATION, 19 CorPa Treuhand Aktiengesellschaft, Am Schragen Weg, Vaduz 9490, Liechtenstein; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Mar 2018; Registration Number FL-0002.577.183-3 (Liechtenstein) [RUSSIA-EO14024] (Linked To: POTANIN, Vladimir Olegovich).

CAGL (a.k.a. COMPAGNIE AERIENNE DES GRANDS LACS), Av. President Mobutu, Goma, Congo, Democratic Republic of the; Gisenyi, Rwanda [DRCONGO].

CAI, Dafeng (Chinese Simplified: 蔡达峰; Chinese Traditional: 蔡達峰), Beijing, China; DOB Jun 1960; POB Shanghai, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

CAI, Deshan (Chinese Simplified: 蔡得山) (a.k.a. "CAI, Sam"), China; DOB 24 Aug 1981; POB Juancheng County, Shandong, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 372929198108247253 (China) (individual) [NPWMD] [IFSR] (Linked To: FUTECH CO LTD).

CAIALI, Taer (a.k.a. AL-KAYALI, Taher; a.k.a. KAYALI, Taher (Arabic: طاهر كيالي); a.k.a. KAYALI, Taher Abdel Karim), Syria; DOB 11 Jul 1960; POB Aleppo, Syria; nationality Syria; Gender Male; National ID No. 02010229257 (Syria) (individual) [PAARSSR-EO13894].

CAIRO, Aziz (a.k.a. 'ABD AL-SALAM, Said Jan; a.k.a. 'ABDALLAH, Qazi; a.k.a. 'ABD-AL-SALAM, Sa'id Jan; a.k.a. ABDULLAH, Qazi; a.k.a. JHAN, Said; a.k.a. KHAN, Farhan; a.k.a. SA'ID JAN, Qasi; a.k.a. WALID, Ibrahim; a.k.a. ZAIN KHAN, Dilawar Khan; a.k.a. "NANGIALI"); DOB 05 Feb 1981; alt. DOB 01 Jan 1972; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport OR801168 (Afghanistan) issued 28 Feb 2006 expires 27 Feb 2011; alt. Passport 4117921 (Pakistan) issued 09 Sep 2008 expires 09 Sep 2013; National ID No. 281020505755 (Kuwait); Passport OR801168 and Kuwaiti National ID No. 281020505755 issued under the name Said Jan 'Abd al-Salam; Passport 4117921 issued under the name Dilawar Khan Zain Khan (individual) [SDGT].

CALCIMIN (a.k.a. KALSIMIN), No. 12, St. Bilal Habashi, Khorramshahr Ave., Zanjan 4516773541, Iran; Second Floor, No. 13, Street 8th, Ghaem Magham Farahari Ave., Tehran 1586868513, Iran; Website www.calcimin.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT]

[IFSR] (Linked To: IRAN ZINC MINES DEVELOPMENT COMPANY).

CALDERON CHIRINOS, Carlos Alberto, Maracaibo, Zulia, Venezuela; DOB 03 Jul 1970; Gender Male; Cedula No. 10352300 (Venezuela) (individual) [VENEZUELA-EO13884].

CALDERON RIJO, Jose (a.k.a. "La Arana" (Latin: "La Araña")), Dominican Republic; DOB 04 Dec 1969; POB La Romana, Dominican Republic; nationality Dominican Republic; citizen Dominican Republic; Gender Male; Cedula No. 02601165380 (Dominican Republic) (individual) [ILLICIT-DRUGS-EO14059].

CALDERON SANCHEZ, Erick Rene (a.k.a. VILLA SANCHEZ, Arnoldo), Calle Paseo San Carlos 3013, Fraccionamiento Valle Real, Zapopan, Jalisco, Mexico; DOB 31 Jan 1974; POB Guerrero, Mexico; nationality Mexico; Tax ID No. 39037400668 (Mexico); C.U.R.P. VISA740131HGRLNR07 (Mexico) (individual) [SDNTK].

CALDERON VINDELL, Ramon Humberto, Kilometro Doce y Medio, Carretera Sur, Managua, Nicaragua; DOB 17 Oct 1959; POB San Juan de Limay, Esteli, Nicaragua; nationality Nicaragua; Gender Male; National ID No. 1641710590000J (Nicaragua) (individual) [NICARAGUA].

CALI, Maxamed, Wayanta, Lower Juba, Somalia; DOB 1983; alt. DOB 1984; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

CALI, Yasiin Baynax (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yasiin Cali; a.k.a. BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yassin), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

CALIBER WEALTH MANAGEMENT LTD, Bank Lane & Bay Street, Suite 102, Floor 1, Saffrey Square, Nassau, Bahamas, The; 1 Naousis Street, Karapatakis Bldg, Larnaca 6018, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Legal Entity Number 529900JWVN1VFAI10U61; Registration Number 151838 (Bahamas, The)

[RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

CALIDUS TRADE DOO (a.k.a. CALIDUS TRADE DOO BEOGRAD; a.k.a. TEHNOGLOBAL SYSTEMS DOO BEOGRAD), Maglajska 19 11000, Beograd 6, Beograd, Serbia; Registration ID 20295066 (Serbia); Tax ID No. 105012258 [GLOMAG] (Linked To: TESIC, Slobodan).

CALIDUS TRADE DOO BEOGRAD (a.k.a. CALIDUS TRADE DOO; a.k.a. TEHNOGLOBAL SYSTEMS DOO BEOGRAD), Maglajska 19 11000, Beograd 6, Beograd, Serbia; Registration ID 20295066 (Serbia); Tax ID No. 105012258 [GLOMAG] (Linked To: TESIC, Slobodan).

CALIPHATE IN BANGLADESH (a.k.a. ABU JANDAL AL-BANGALI; a.k.a. CALIPHATE'S SOLDIERS IN BANGLADESH; a.k.a. ISIS-BANGLADESH; a.k.a. ISLAMIC STATE BANGLADESH; a.k.a. ISLAMIC STATE IN BANGLADESH; a.k.a. KHALIFAH'S SOLDIERS IN BENGAL; a.k.a. NEO-JAMAAT-UL MUJAHIDEEN BANGLADESH; a.k.a. SOLDIERS OF THE CALIPHATE IN BANGLADESH; a.k.a. "ISB"; a.k.a. "ISISB"; a.k.a. "NEO-JMB"; a.k.a. "NEW-JMB"), Dhaka, Bangladesh; Rangpur, Bangladesh; Sylhet, Bangladesh; Jhenaidah, Bangladesh; Singapore; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

CALIPHATE SOLDIERS OF ALGERIA (a.k.a. JUND AL KHALIFA-ALGERIA; a.k.a. JUND AL-KHALIFA; a.k.a. JUND AL-KHALIFA FI ARD AL-JAZAYER; a.k.a. JUND AL-KHILAFA GROUP; a.k.a. JUND AL-KHILAFAH FI ARD AL-JAZA' IR; a.k.a. JUND AL-KHILAFAH IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN THE LAND OF ALGERIA; a.k.a. "JAK-A"), Kabylie region, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CALIPHATE'S SOLDIERS IN BANGLADESH (a.k.a. ABU JANDAL AL-BANGALI; a.k.a. CALIPHATE IN BANGLADESH; a.k.a. ISIS-BANGLADESH; a.k.a. ISLAMIC STATE BANGLADESH; a.k.a. ISLAMIC STATE IN BANGLADESH; a.k.a. KHALIFAH'S SOLDIERS IN BENGAL; a.k.a. NEO-JAMAAT-UL MUJAHIDEEN BANGLADESH; a.k.a. SOLDIERS OF THE CALIPHATE IN BANGLADESH; a.k.a. "ISB"; a.k.a. "ISISB";

a.k.a. "NEO-JMB"; a.k.a. "NEW-JMB"), Dhaka, Bangladesh; Rangpur, Bangladesh; Sylhet, Bangladesh; Jhenaidah, Bangladesh; Singapore; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

CALLE SERNA, Javier Antonio (a.k.a. "COMBA"; a.k.a. "COMBATIENTE"); DOB 02 Feb 1969; POB Puerto Asis, Putumayo, Colombia; citizen Colombia; Cedula No. 16760066 (Colombia) (individual) [SDNTK].

CALLEJAS VALCARCE, Oscar Alejandro, Goycuria #119, 10 Octubre, Havana, Cuba; DOB 19 Sep 1957; POB Havana, Cuba; nationality Cuba; Gender Male; Passport A006951 (Cuba) expires 18 Jul 2027; National ID No. 57091910348 (Cuba); Director, Policia Nacional Revolucionaria (individual) [GLOMAG] (Linked To: POLICIA NACIONAL REVOLUCIONARIA).

CALLLYNC S.A.L. OFFSHORE, Sayyida Qudsaya St, Delis Center, Sixth Fl, Ghobeiry, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jun 2017; Registration Number 1809132 (Lebanon) [SDGT] (Linked To: HAMIEH, Alaa Hassan).

CALLLYNC SPOLKA Z OGRANICZONA ODPOWIEDZIALNOSCIA (Latin: CALLLYNC SPÓŁKA Z OGRANICZONĄ ODPOWIEDZIALNOŚCIĄ), 30 824 Grzybowska, Warsaw 00-863, Poland; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Nov 2023; Organization Type: Computer programming activities; Tax ID No. 0001070994 (Poland); Registration Number 5273086316 (Poland) [SDGT] (Linked To: HAMIEH, Daniel).

CALLLYNC TELEKOMUNIKACIJSKE STORITVE D.O.O., Ulica XIV, Divizije 8, Celje 3000, Slovenia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 05 Nov 2021; Registration ID 8996407000 (Slovenia); Tax ID No. 63055872 (Slovenia) [SDGT] (Linked To: HASHEM, Bahaa Addin).

CAMACHO CAZARES, Jeniffer Beaney (a.k.a. CAMACHO CAZARES, Jennifer Beaney; a.k.a. CAMACHO CAZAREZ, Jeniffer Beaney), Sendero De Los Olmos 110, Zapopan, Jalisco 45129, Mexico; 4850 ch de la Cote-Saint-Luc, Montreal, Quebec H3W 2H2, Canada; Calle 12 de Diciembre #480, Colonia Chapalita, Zapopan, Jalisco, Mexico; DOB 01 Feb 1979; POB Ahome, Sinaloa, Mexico; C.U.R.P. CACJ790201MSLMZN03 (Mexico) (individual) [SDNTK] (Linked To: AG & CARLON, S.A. DE C.V.; Linked To: GRUPO DIJEMA, S.A. DE C.V.; Linked To: AGRICOLA BOREAL S.P.R. DE R.L.; Linked To: COMERCIALIZADORA TRADE CLEAR, S.A. DE C.V.).

CAMACHO CAZARES, Jennifer Beaney (a.k.a. CAMACHO CAZARES, Jeniffer Beaney; a.k.a. CAMACHO CAZAREZ, Jeniffer Beaney), Sendero De Los Olmos 110, Zapopan, Jalisco 45129, Mexico; 4850 ch de la Cote-Saint-Luc, Montreal, Quebec H3W 2H2, Canada; Calle 12 de Diciembre #480, Colonia Chapalita, Zapopan, Jalisco, Mexico; DOB 01 Feb 1979; POB Ahome, Sinaloa, Mexico; C.U.R.P. CACJ790201MSLMZN03 (Mexico) (individual) [SDNTK] (Linked To: AG & CARLON, S.A. DE C.V.; Linked To: GRUPO DIJEMA, S.A. DE C.V.; Linked To: AGRICOLA BOREAL S.P.R. DE R.L.; Linked To: COMERCIALIZADORA TRADE CLEAR, S.A. DE C.V.).

CAMACHO CAZAREZ, Jeniffer Beaney (a.k.a. CAMACHO CAZARES, Jeniffer Beaney; a.k.a. CAMACHO CAZARES, Jennifer Beaney), Sendero De Los Olmos 110, Zapopan, Jalisco 45129, Mexico; 4850 ch de la Cote-Saint-Luc, Montreal, Quebec H3W 2H2, Canada; Calle 12 de Diciembre #480, Colonia Chapalita, Zapopan, Jalisco, Mexico; DOB 01 Feb 1979; POB Ahome, Sinaloa, Mexico; C.U.R.P. CACJ790201MSLMZN03 (Mexico) (individual) [SDNTK] (Linked To: AG & CARLON, S.A. DE C.V.; Linked To: GRUPO DIJEMA, S.A. DE C.V.; Linked To: AGRICOLA BOREAL S.P.R. DE R.L.; Linked To: COMERCIALIZADORA TRADE CLEAR, S.A. DE C.V.).

CAMACHO GOICOCHEA, Euclides (a.k.a. "Quilles"), Mexico; DOB 08 Aug 1972; POB Guerrero, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. CAGE720808HGRMCC04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

CAMACHO PORCHAS, Jesus Francisco (a.k.a. "Pilo"), Hermosillo, Sonora, Mexico; DOB 11 May 1980; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAPJ800511HSRMRS01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

CAMARA, Ibrahima Papa (a.k.a. CAMARA, Ibraima Papa); DOB 11 May 1964; POB Cacine, Guinea-Bissau; nationality Guinea-Bissau; Passport 051880 (Guinea-Bissau); alt. Passport SA0002338 (Guinea-Bissau); National ID No. 114466 (Guinea-Bissau); Brigadier General, Air Force Chief of Staff of Guinea-Bissau (individual) [SDNTK].

CAMARA, Ibraima Papa (a.k.a. CAMARA, Ibrahima Papa); DOB 11 May 1964; POB Cacine, Guinea-Bissau; nationality Guinea-Bissau; Passport 051880 (Guinea-Bissau); alt. Passport SA0002338 (Guinea-Bissau); National ID No. 114466 (Guinea-Bissau); Brigadier General, Air Force Chief of Staff of Guinea-Bissau (individual) [SDNTK].

CAMBIOS PALMILLA S. A. DE C.V., Calle Francisco Moreno S/N, Hidalgo del Parral, Chihuahua 33800, Mexico; Calle Maclovio Herrera 97A, Hidalgo del Parral, Chihuahua 33800, Mexico; Avenida Ortiz Mena 34A, Hidalgo del Parral, Chihuahua 33800, Mexico; Carretera Santa Barbara KM 3, Colonia Almancena, Hidalgo del Parral, Chihuahua 33800, Mexico [SDNTK].

CAMBIS, Dimitris (a.k.a. KAMPIS, Dimitrios Alexandros; a.k.a. "KLIMT, Gustav"); DOB 14 Oct 1963; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAN].

CAMBO ELITE SECURITY FORCE CO., LTD., Thmei, Ta Khmau, Ta Khmau, Kandal 8251, Cambodia; Company Number 00038610 (Cambodia) [GLOMAG] (Linked To: SOPHARY, Kim).

CAMBODIAN HENG XIN REAL ESTATE INVESTMENT CO. LTD., Phnom Penh, Cambodia; Tax ID No. K002-107015455 (Cambodia) [TCO] (Linked To: PRINCE GROUP TRANSNATIONAL CRIMINAL ORGANIZATION).

CAMELIAS BAR (a.k.a. CAMELIAS BAR, S.A. DE C.V.; a.k.a. LA CAMELIA RESTAURANTE & CANTINA; a.k.a. RESTAURANTE BAR LA CAMELIA; a.k.a. "LA CAMELIA"), Guadalajara, Jalisco, Mexico; Av. Chapalita 50, Guadalajara, Jalisco, Mexico; Lazaro Cardenas 2729 y Arboledas, Guadalajara, Jalisco, Mexico; Mariano Otero 1499, Col. Verde Valle,

Guadalajara, Jalisco, Mexico; Folio Mercantil No. 26075 (Jalisco) (Mexico) [SDNTK].

CAMELIAS BAR, S.A. DE C.V. (a.k.a. CAMELIAS BAR; a.k.a. LA CAMELIA RESTAURANTE & CANTINA; a.k.a. RESTAURANTE BAR LA CAMELIA; a.k.a. "LA CAMELIA"), Guadalajara, Jalisco, Mexico; Av. Chapalita 50, Guadalajara, Jalisco, Mexico; Lazaro Cardenas 2729 y Arboledas, Guadalajara, Jalisco, Mexico; Mariano Otero 1499, Col. Verde Valle, Guadalajara, Jalisco, Mexico; Folio Mercantil No. 26075 (Jalisco) (Mexico) [SDNTK].

CAMORRA, Naples, Italy; Campania, Italy [TCO].

CAMPBELL HOOKER, Lumberto Ignacio, Entrada Principal Los Robles, 1 Abajo 1 Al Sur Casa 23, Managua, Nicaragua; DOB 03 Feb 1949; POB Raas, Nicaragua; nationality Nicaragua; Gender Male; Passport A00001109 (Nicaragua) issued 13 Nov 2015 expires 13 Nov 2025; National ID No. 6010302490003J (Nicaragua) (individual) [NICARAGUA].

CAMPBELL LICONA, David Elias (a.k.a. PEREZ PAZ, Jorge Eduardo; a.k.a. "CAMPBELL, David"; a.k.a. "DON DAVID"; a.k.a. "VIEJO DAN"), Nicaragua; DOB 18 Mar 1967; alt. DOB 20 Oct 1967; alt. DOB 02 Jan 1964; POB San Pedro Sula, Honduras; nationality Honduras; Gender Male; Numero de Identidad 0501-1967-02094 (Honduras) (individual) [TCO] (Linked To: MS-13).

CAMPO FLORES, Efrain Antonio, Caracas, Venezuela; DOB 25 Aug 1986; POB Valencia, Venezuela; nationality Venezuela; Gender Male; Cedula No. 18330183 (Venezuela); Passport 081303148 (Venezuela) expires 28 Nov 2018 (individual) [ILLICIT-DRUGS-EO14059].

CAMPOS ARREDONDO, Humberto (a.k.a. DUARTE MUNOZ, Roque), c/o COMPANIA MINERA DEL RIO CIANURY S.A. DE C.V., Culiacan, Sinaloa, Mexico; DOB 09 Dec 1960; POB Mexico (individual) [SDNTK].

CAMPOS TIRADO, Linda Elizabeth, Mexico; DOB 20 Sep 1980; POB Ahome, Sinaloa, Mexico; citizen Mexico; Gender Female; R.F.C. CATL800920L32 (Mexico); C.U.R.P. CATL800920MSLMRN02 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION).

CANAAN, Fazi (a.k.a. CAN'AN, Faouzi; a.k.a. GANAN, Fauzi; a.k.a. KANAAN, Fauzi; a.k.a. KANAAN, Maustaf Fawzi (Faouzi); a.k.a. KAN'AN, Fawzi; a.k.a. KAN'AN, Fawzi Mustafa; a.k.a. KANAN, Fouzi), Calle 2, Residencias Cosmos, Fifth Floor, Apartment 5D, La Urbina, Caracas, Venezuela; Esquina Bucare, Building 703, Second Floor, Apartment 20, Caracas, Venezuela; DOB 07 Jun 1943; alt. DOB Feb 1943; alt. DOB 01 Jun 1943; POB Lebanon; alt. POB Betechelida, Lebanon; alt. POB Baalbeck, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0877677 (Venezuela); National ID No. V-6.919.272 (Venezuela) (individual) [SDGT].

CANALES RIVERA, Elmer (Latin: CANALES RIVERA, Élmer) (a.k.a. "CROOCK"; a.k.a. "CROOK"; a.k.a. "CRUCK"); DOB 26 Jan 1978; POB San Salvador, El Salvador; citizen El Salvador (individual) [TCO].

CANALES VENECIA LTDA. (a.k.a. CANALVE LTDA.), Carrera 42 No. 40CSur-18, Envigado, Antioquia, Colombia; NIT # 8110469899 (Colombia) [SDNT].

CANALVE LTDA. (a.k.a. CANALES VENECIA LTDA.), Carrera 42 No. 40CSur-18, Envigado, Antioquia, Colombia; NIT # 8110469899 (Colombia) [SDNT].

CAN'AN, Faouzi (a.k.a. CANAAN, Fazi; a.k.a. GANAN, Fauzi; a.k.a. KANAAN, Fauzi; a.k.a. KANAAN, Maustaf Fawzi (Faouzi); a.k.a. KAN'AN, Fawzi; a.k.a. KAN'AN, Fawzi Mustafa; a.k.a. KANAN, Fouzi), Calle 2, Residencias Cosmos, Fifth Floor, Apartment 5D, La Urbina, Caracas, Venezuela; Esquina Bucare, Building 703, Second Floor, Apartment 20, Caracas, Venezuela; DOB 07 Jun 1943; alt. DOB Feb 1943; alt. DOB 01 Jun 1943; POB Lebanon; alt. POB Betechelida, Lebanon; alt. POB Baalbeck, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0877677 (Venezuela); National ID No. V-6.919.272 (Venezuela) (individual) [SDGT].

CANAS PULIDO, Ramon Alberto, Cra 29 #9 B 64, Cali, Colombia; DOB 02 Aug 1981; nationality Colombia; citizen Colombia; Cedula No. 16930747 (Colombia); Passport AK139726 (Colombia) (individual) [SDNT].

CANCRI GEMS & JEWELLERY CO., LTD. (a.k.a. CANCRI GEMS & JEWELLERY COMPANY LIMITED; a.k.a. CANCRI GEMS AND JEWELLERY CO., LTD.; a.k.a. CANCRI GEMS AND JEWELLERY COMPANY LIMITED; a.k.a. PHU SHA STAR), Burma; Company Number 113099127 (Burma) issued 24 Jul 2012 [BURMA-EO14014].

CANCRI GEMS & JEWELLERY COMPANY LIMITED (a.k.a. CANCRI GEMS & JEWELLERY CO., LTD.; a.k.a. CANCRI GEMS AND JEWELLERY CO., LTD.; a.k.a. CANCRI GEMS AND JEWELLERY COMPANY LIMITED; a.k.a. PHU SHA STAR), Burma; Company Number 113099127 (Burma) issued 24 Jul 2012 [BURMA-EO14014].

CANCRI GEMS AND JEWELLERY CO., LTD. (a.k.a. CANCRI GEMS & JEWELLERY CO., LTD.; a.k.a. CANCRI GEMS & JEWELLERY COMPANY LIMITED; a.k.a. CANCRI GEMS AND JEWELLERY COMPANY LIMITED; a.k.a. PHU SHA STAR), Burma; Company Number 113099127 (Burma) issued 24 Jul 2012 [BURMA-EO14014].

CANCRI GEMS AND JEWELLERY COMPANY LIMITED (a.k.a. CANCRI GEMS & JEWELLERY CO., LTD.; a.k.a. CANCRI GEMS & JEWELLERY COMPANY LIMITED; a.k.a. CANCRI GEMS AND JEWELLERY CO., LTD.; a.k.a. PHU SHA STAR), Burma; Company Number 113099127 (Burma) issued 24 Jul 2012 [BURMA-EO14014].

CANDID GENERAL TRADING LLC (a.k.a. CANDID TRADING LLC), 3rd Floor, Office No. 306, Al Dana Centre, Al Maktoum Street Deira, Dubai, United Arab Emirates; P.O. Box 41967, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

CANDID TRADING LLC (a.k.a. CANDID GENERAL TRADING LLC), 3rd Floor, Office No. 306, Al Dana Centre, Al Maktoum Street Deira, Dubai, United Arab Emirates; P.O. Box 41967, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

CANDY PLACE LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY ELECOM), Ul. Chertanovskaya D. 11, K. 1, KV. 91, Moscow 117208, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Mar 2021; Tax ID No. 7726474109 (Russia); Registration Number 1217700088704 (Russia) [RUSSIA-EO14024].

CANES VENATICI LIMITED, Room 511, 5th Floor, Ming Sang Industrial Building, 19-21, Hing Yip Street, Kwun Tong, Kowloon, Hong Kong, China; Rm A516 5/F Efficiency HSE, San

Po Kong, Hong Kong, China; Organization Established Date 28 Jun 2022; Identification Number IMO 6354393; Company Number 3166681 (Hong Kong); Business Registration Number 74184377 (Hong Kong) [IRAN-EO13902].

CANKO, Ali; DOB 01 Jan 1960; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Passport U 04765836 (Turkey); Personal ID Card 58786069032; alt. Personal ID Card AK 8136255 (Italy) (individual) [NPWMD] [IFSR].

CANO AGUDELO S EN C, Finca La Alambra, Alcala, Valle, Colombia; NIT # 821002095-7 (Colombia) [SDNT].

CANO ALZATE, Yolanda Sofia, c/o GAVIOTAS LTDA., Colombia; DOB 25 Apr 1957; POB Cartago, Valle; Cedula No. 31399608 (Colombia); Passport AH506324 (Colombia) (individual) [SDNT].

CANO CORREA, Jhon Eidelber (a.k.a. CANO, Jhonny; a.k.a. CARDONA RIBILLAS, Alejandro; a.k.a. "FLECHAS"), Carrera 28 No. 7-35, Cali, Colombia; Calle 18 No. 8-16, Cartago, Valle, Colombia; DOB 13 Dec 1963; POB El Aguila, Valle, Colombia; nationality Colombia; citizen Colombia; Cedula No. 16217170 (Colombia); alt. Cedula No. 16455750 (Colombia); Passport AF133955 (Colombia); alt. Passport AC877214 (Colombia) (individual) [SDNT].

CANO FLORES, Aurelio (a.k.a. SANCHEZ CASTILLO, Efrain), Miguel Aleman, Tamaulipas, Mexico; Tampico, Tamaulipas, Mexico; DOB 03 May 1972; alt. DOB 1972; POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

CANO, Jhonny (a.k.a. CANO CORREA, Jhon Eidelber; a.k.a. CARDONA RIBILLAS, Alejandro; a.k.a. "FLECHAS"), Carrera 28 No. 7-35, Cali, Colombia; Calle 18 No. 8-16, Cartago, Valle, Colombia; DOB 13 Dec 1963; POB El Aguila, Valle, Colombia; nationality Colombia; citizen Colombia; Cedula No. 16217170 (Colombia); alt. Cedula No. 16455750 (Colombia); Passport AF133955 (Colombia); alt. Passport AC877214 (Colombia) (individual) [SDNT].

CANOPY SANDS DEVELOPMENT CO. LTD., Phnom Penh, Cambodia; Tax ID No. K002-901906001 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

CAO, Jianming (Chinese Simplified: 曹建明; Chinese Traditional: 曹建明), Beijing, China; DOB 24 Sep 1955; POB Shanghai, China; citizen China; Gender Male; Secondary

sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

CAP TEES SHIPPING CO., LIMITED, Room 06, 17th Floor, Wellborne Commercial Centre, 8, Java Road, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 06 Apr 2023; Identification Number IMO 6399602; Company Number 3268114 (Hong Kong) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

CAPACITACION AERONAUTICA PROFESIONAL S.C., La Avendia Vicente Guerrero No. 749, Colonia Prados Cuernavaca, Cuernavaca, Morelos, Mexico; R.F.C. EVC-040524-CH8 (Mexico) [SDNTK].

CAPELLA CAPITAL LIMITED LIABILITY COMPANY (Cyrillic: ООО КАПЕЛЛА КАПИТАЛ) (a.k.a. LIMITED LIABILITY COMPANY INVESTMENT CONSULTANT ELBRUS CAPITAL), 3/10 Elektricheskiy pereulok, building 1, office 1N/6, Presnenskiy District, Moscow 123557, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703036511 (Russia); Registration Number 1217700261613 (Russia) [RUSSIA-EO14024].

CAPITAL MINING INVESTMENT NICARAGUA, SOCIEDAD ANONIMA (a.k.a. "CAPITAL MINING"), Managua, Nicaragua; Organization Type: Support activities for other mining and quarrying; Business Number MC-XFKHF1 (Nicaragua) [NICARAGUA].

CAPITAL S.A.L., Section 34, Block B, Chiyah, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2051340 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

CAPITAL TAP GENERAL TRADING L.L.C. (Arabic: كابيتال تاب للتجارة العامة ش.ذ.م.م) (a.k.a. ELRAKIZA GENERAL TRADING L.L.C. (Arabic: الركيزة للتجارة العامة ذ.م.م); a.k.a. M I N S GENERAL TRADING L.L.C. (Arabic: ام اي ان للتجارة العامة ش ذ م م)), 406, Business Bay, Royal Class Business Centre, Dubai, United Arab Emirates; PO Box 416657, 44 & 43, Dubai Municipality, Dubai, United Arab Emirates; Organization Established Date 18 Feb 2019; Organization Type: Wholesale and retail trade; License 826794 (United Arab Emirates); Registration Number 11337684 (United Arab

Emirates) [SUDAN-EO14098] (Linked To: AHMMED, Abu Dharr Abdul Nabi Habiballa).

CAPITAL TAP HOLDING L.L.C. (Arabic: كابيتال تاب القابضة ذ.م.م) (a.k.a. "CAPITAL TAP"; a.k.a. "CTH"), Office 2602, U-Bora Towers, Business Bay, Dubai, United Arab Emirates; P.O. Box, 54116, Dubai, United Arab Emirates; Website www.capitaltap.com; Organization Established Date 12 Apr 2021; alt. Organization Established Date circa 2019; Organization Type: Trusts, funds and similar financial entities; License 947727 (United Arab Emirates); Registration Number 11651015 (United Arab Emirates) [SUDAN-EO14098].

CAPITAL TAP MANAGEMENT AND CONSULTANCIES L.L.C. (Arabic: كابيتال تاب للاستشارات الدارية ش.ذ.م.م) (a.k.a. CAPITAL TAP MANAGEMENT CONSULTANCIES; a.k.a. "CAPITAL TAP"), Office 903, U-Bora Towers Abraj Street, Business Bay, Dubai, United Arab Emirates; Website www.capitaltap.com; Organization Established Date 28 Nov 2019; Organization Type: Professional, scientific, and technical activities; License 865796 (United Arab Emirates); Registration Number 11475487 (United Arab Emirates) [SUDAN-EO14098] (Linked To: CAPITAL TAP HOLDING L.L.C.).

CAPITAL TAP MANAGEMENT CONSULTANCIES (a.k.a. CAPITAL TAP MANAGEMENT AND CONSULTANCIES L.L.C. (Arabic: كابيتال تاب للاستشارات الدارية ش.ذ.م.م); a.k.a. "CAPITAL TAP"), Office 903, U-Bora Towers Abraj Street, Business Bay, Dubai, United Arab Emirates; Website www.capitaltap.com; Organization Established Date 28 Nov 2019; Organization Type: Professional, scientific, and technical activities; License 865796 (United Arab Emirates); Registration Number 11475487 (United Arab Emirates) [SUDAN-EO14098] (Linked To: CAPITAL TAP HOLDING L.L.C.).

CAPITAL ZONE WAREHOUSING PTE. LTD., Singapore; Identification Number 202122650M (Singapore) [TCO] (Linked To: CHEN, Zhi).

CAPRIKAT AND FOXWHELP SARL, Congo, Democratic Republic of the [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED; Linked To: CAPRIKAT LIMITED; Linked To: FOXWHELP LIMITED).

CAPRIKAT LIMITED (n.k.a. ALBERTINE DRC S.A.S.U), Akara Building, 24 Castro Street, Wickhams Cay 1, P.O. Box 3136, Road Town, Tortola, Virgin Islands, British; Boulevard du 30 Juin No 110, Building 1113, 8eme etage, Municipality of Gombe, Kinshasa, Congo,

Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-00168 (Congo, Democratic Republic of the); Public Registration Number 1577164 (Virgin Islands, British) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

CAPTAIN DYNASTY SHIPPING (a.k.a. CAPTAIN DYNASTY SHIPPING L.L.C (Arabic: كابتن داينستي للملاحة ش.ذ.م.م); a.k.a. CAPTAIN DYNASTY SHIPPING LLC - UAE), P.O. Box 5586, Dubai, United Arab Emirates; Al Baraha, Deira, Dubai, United Arab Emirates; Website www.captaindco.com; Organization Established Date 08 Feb 2021; Commercial Registry Number 1631717 (United Arab Emirates); License 933427 (United Arab Emirates); Chamber of Commerce Number 354336 (United Arab Emirates); Economic Register Number (CBLS) 11624694 (United Arab Emirates) [IRAN-EO13902] (Linked To: DERAKHSHAN, Alireza).

CAPTAIN DYNASTY SHIPPING L.L.C (Arabic: كابتن داينستي للملاحة ش.ذ.م.م) (a.k.a. CAPTAIN DYNASTY SHIPPING; a.k.a. CAPTAIN DYNASTY SHIPPING LLC - UAE), P.O. Box 5586, Dubai, United Arab Emirates; Al Baraha, Deira, Dubai, United Arab Emirates; Website www.captaindco.com; Organization Established Date 08 Feb 2021; Commercial Registry Number 1631717 (United Arab Emirates); License 933427 (United Arab Emirates); Chamber of Commerce Number 354336 (United Arab Emirates); Economic Register Number (CBLS) 11624694 (United Arab Emirates) [IRAN-EO13902] (Linked To: DERAKHSHAN, Alireza).

CAPTAIN DYNASTY SHIPPING LLC - UAE (a.k.a. CAPTAIN DYNASTY SHIPPING; a.k.a. CAPTAIN DYNASTY SHIPPING L.L.C (Arabic: كابتن داينستي للملاحة ش.ذ.م.م)), P.O. Box 5586, Dubai, United Arab Emirates; Al Baraha, Deira, Dubai, United Arab Emirates; Website www.captaindco.com; Organization Established Date 08 Feb 2021; Commercial Registry Number 1631717 (United Arab Emirates); License 933427 (United Arab Emirates); Chamber of Commerce Number 354336 (United Arab Emirates); Economic Register Number (CBLS) 11624694 (United Arab Emirates) [IRAN-EO13902] (Linked To: DERAKHSHAN, Alireza).

CAR CARE CENTER (a.k.a. CAR CARE CENTER CCC; a.k.a. CAR CARE CENTER COMPANY; a.k.a. "CCC COMPANY"), Hadeth Kafaat, Hadi Nasrallah Highway, Baabda,

Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HIZBALLAH).

CAR CARE CENTER CCC (a.k.a. CAR CARE CENTER; a.k.a. CAR CARE CENTER COMPANY; a.k.a. "CCC COMPANY"), Hadeth Kafaat, Hadi Nasrallah Highway, Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HIZBALLAH).

CAR CARE CENTER COMPANY (a.k.a. CAR CARE CENTER; a.k.a. CAR CARE CENTER CCC; a.k.a. "CCC COMPANY"), Hadeth Kafaat, Hadi Nasrallah Highway, Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HIZBALLAH).

CAR ESCORT SERVICES S.A.L. OFF SHORE (a.k.a. CAR ESCORT SERVICES SAL (OFF-SHORE)), Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1802189 (Lebanon) [SDGT] (Linked To: BAZZI, Mohammad Ibrahim; Linked To: CHARARA, Ali Youssef).

CAR ESCORT SERVICES SAL (OFF-SHORE) (a.k.a. CAR ESCORT SERVICES S.A.L. OFF SHORE), Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1802189 (Lebanon) [SDGT] (Linked To: BAZZI, Mohammad Ibrahim; Linked To: CHARARA, Ali Youssef).

CARAMAN, Aleksandru (a.k.a. KARAMAN, Aleksandr; a.k.a. KARAMAN, Alexander; a.k.a. KARAMAN, Oleksandr); DOB 26 Jul 1956; POB Republic of Mordovia, Russia; Secondary

sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

CARBONIM ENGINEERING LIMITED LIABILITY COMPANY, Ul. Barklaya D. 6, Str. 5, Pomeshch. 8/2, Moscow 121087, Russia; Ul. Silikatnaya 2s2, Lobnya 141730, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703136770 (Russia); Registration Number 1237700162842 (Russia) [RUSSIA-EO14024].

CARBURANTES DOS OCEANOS, S.A. DE C.V., Veracruz, Veracruz, Mexico; Organization Established Date 23 Jun 2020; Organization Type: Retail sale of automotive fuel in specialized stores; Folio Mercantil No. N-2021005612 (Mexico) [ILLICIT-DRUGS-EO14059].

CARDENAS CASTILLO, Osiel (a.k.a. CARDENAS GILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Ociel; a.k.a. CARDENAS GUILLEN, Oscar; a.k.a. CARDENAS GUILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Oziel; a.k.a. CARDENAS GULLEN, Osiel; a.k.a. CARDENAS TUILLEN, Osiel; a.k.a. SALINA AGUILAR, Jorge; a.k.a. SALINAS AGUILAR, Jorge); DOB 18 May 1967; POB Mexico (individual) [SDNTK].

CARDENAS DUARTE Y CIA. LTDA., Calle 114A No. 51-36, Bogota, Colombia; NIT # 900110094-9 (Colombia) [SDNTK].

CARDENAS DUARTE, Norma Constanza, c/o CARDENAS DUARTE Y CIA. LTDA., Bogota, Colombia; c/o LOGISTICA Y TRANSPORTE NORVAL LTDA., Bogota, Colombia; Calle 135 No. 17-25 apto. 503, Bogota, Colombia; DOB 03 Apr 1973; POB Bogota, Colombia; Cedula No. 52106018 (Colombia) (individual) [SDNTK].

CARDENAS GILLEN, Osiel (a.k.a. CARDENAS CASTILLO, Osiel; a.k.a. CARDENAS GUILLEN, Ociel; a.k.a. CARDENAS GUILLEN, Oscar; a.k.a. CARDENAS GUILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Oziel; a.k.a. CARDENAS GULLEN, Osiel; a.k.a. CARDENAS TUILLEN, Osiel; a.k.a. SALINA AGUILAR, Jorge; a.k.a. SALINAS AGUILAR, Jorge); DOB 18 May 1967; POB Mexico (individual) [SDNTK].

CARDENAS GUILLEN, Antonio Ezequiel (a.k.a. CARDENAS GUILLEN, Ezequiel), Calle Maples Y Abeto, Fraccionamiento Las Arboleras, Matamoros, Tamaulipas, Mexico; Calle Cerro de Tepeyac No. 33, Colonia Lucio Blanco, Matamoros, Tamaulipas, Mexico; DOB 05 Mar 1962; POB Tamaulipas, Mexico; nationality

Mexico; citizen Mexico; C.U.R.P. CAGE620305HTSRLZ08 (Mexico) (individual) [SDNTK].

CARDENAS GUILLEN, Ezequiel (a.k.a. CARDENAS GUILLEN, Antonio Ezequiel), Calle Maples Y Abeto, Fraccionamiento Las Arboleras, Matamoros, Tamaulipas, Mexico; Calle Cerro de Tepeyac No. 33, Colonia Lucio Blanco, Matamoros, Tamaulipas, Mexico; DOB 05 Mar 1962; POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. CAGE620305HTSRLZ08 (Mexico) (individual) [SDNTK].

CARDENAS GUILLEN, Ociel (a.k.a. CARDENAS CASTILLO, Osiel; a.k.a. CARDENAS GILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Oscar; a.k.a. CARDENAS GUILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Oziel; a.k.a. CARDENAS GULLEN, Osiel; a.k.a. CARDENAS TUILLEN, Osiel; a.k.a. SALINA AGUILAR, Jorge; a.k.a. SALINAS AGUILAR, Jorge); DOB 18 May 1967; POB Mexico (individual) [SDNTK].

CARDENAS GUILLEN, Oscar (a.k.a. CARDENAS CASTILLO, Osiel; a.k.a. CARDENAS GILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Ociel; a.k.a. CARDENAS GUILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Oziel; a.k.a. CARDENAS GULLEN, Osiel; a.k.a. CARDENAS TUILLEN, Osiel; a.k.a. SALINA AGUILAR, Jorge; a.k.a. SALINAS AGUILAR, Jorge); DOB 18 May 1967; POB Mexico (individual) [SDNTK].

CARDENAS GUILLEN, Osiel (a.k.a. CARDENAS CASTILLO, Osiel; a.k.a. CARDENAS GILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Ociel; a.k.a. CARDENAS GUILLEN, Oscar; a.k.a. CARDENAS GUILLEN, Oziel; a.k.a. CARDENAS GULLEN, Osiel; a.k.a. CARDENAS TUILLEN, Osiel; a.k.a. SALINA AGUILAR, Jorge; a.k.a. SALINAS AGUILAR, Jorge); DOB 18 May 1967; POB Mexico (individual) [SDNTK].

CARDENAS GUILLEN, Oziel (a.k.a. CARDENAS CASTILLO, Osiel; a.k.a. CARDENAS GILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Ociel; a.k.a. CARDENAS GUILLEN, Oscar; a.k.a. CARDENAS GUILLEN, Osiel; a.k.a. CARDENAS GULLEN, Osiel; a.k.a. CARDENAS TUILLEN, Osiel; a.k.a. SALINA AGUILAR, Jorge; a.k.a. SALINAS AGUILAR, Jorge); DOB 18 May 1967; POB Mexico (individual) [SDNTK].

CARDENAS GULLEN, Osiel (a.k.a. CARDENAS CASTILLO, Osiel; a.k.a. CARDENAS GILLEN,

Osiel; a.k.a. CARDENAS GUILLEN, Ociel; a.k.a. CARDENAS GUILLEN, Oscar; a.k.a. CARDENAS GUILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Oziel; a.k.a. CARDENAS TUILLEN, Osiel; a.k.a. SALINA AGUILAR, Jorge; a.k.a. SALINAS AGUILAR, Jorge); DOB 18 May 1967; POB Mexico (individual) [SDNTK].

CARDENAS TUILLEN, Osiel (a.k.a. CARDENAS CASTILLO, Osiel; a.k.a. CARDENAS GILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Ociel; a.k.a. CARDENAS GUILLEN, Oscar; a.k.a. CARDENAS GUILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Oziel; a.k.a. CARDENAS GULLEN, Osiel; a.k.a. SALINA AGUILAR, Jorge; a.k.a. SALINAS AGUILAR, Jorge); DOB 18 May 1967; POB Mexico (individual) [SDNTK].

CARDIAM (a.k.a. KARDIAM; a.k.a. KARDIAM BVBA), Hoveniersstraat 30, Box 145, Antwerp 2018, Belgium; Email Address kardiam.bvba@skynet.be; V.A.T. Number 0430.033.662 (Belgium); Branch Unit Number 2030.515.945 (Belgium); Enterprise Number 0430.033.662 (Belgium) [CAR].

CARDONA DE IBARRA, Mayela (a.k.a. CARDONA MARTINEZ, Mayela), Calle Lago de La Doga 5312, Tijuana, Baja California, Mexico; DOB 24 Feb 1961; POB Coahuila, Mexico; Passport 99020046985 (Mexico); R.F.C. CAIM610224 (Mexico) (individual) [SDNTK].

CARDONA MARTINEZ, Mayela (a.k.a. CARDONA DE IBARRA, Mayela), Calle Lago de La Doga 5312, Tijuana, Baja California, Mexico; DOB 24 Feb 1961; POB Coahuila, Mexico; Passport 99020046985 (Mexico); R.F.C. CAIM610224 (Mexico) (individual) [SDNTK].

CARDONA MARTINEZ, Pedro, Calle Lago La Doga 5301, Tijuana, Baja California, Mexico; DOB 30 Jun 1963; POB Coahuila, Mexico; Passport 100024252 (Mexico) (individual) [SDNTK].

CARDONA RIBILLAS, Alejandro (a.k.a. CANO CORREA, Jhon Eidelber; a.k.a. CANO, Jhonny; a.k.a. "FLECHAS"), Carrera 28 No. 7-35, Cali, Colombia; Calle 18 No. 8-16, Cartago, Valle, Colombia; DOB 13 Dec 1963; POB El Aguila, Valle, Colombia; nationality Colombia; citizen Colombia; Cedula No. 16217170 (Colombia); alt. Cedula No. 16455750 (Colombia); Passport AF133955 (Colombia); alt. Passport AC877214 (Colombia) (individual) [SDNT].

CAREGIS TRADING HK LIMITED, Hong Kong, China; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Mar 2023; Company Number 3257848 (Hong Kong); Business Registration Number 75103158 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

CARENOKS, Andrejs (a.k.a. BRADENS, Andrejs), 55 Riding House Street, Ground Floor, London W1W7EE, United Kingdom; DOB 09 Sep 1962; nationality Latvia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport LV6327440 (Latvia) (individual) [RUSSIA-EO14024].

CARGAS Y REGULACIONES ELECTRICAS, S.A. DE C.V., Cancun, Quintana Roo, Mexico; Organization Established Date 05 Mar 2024; Organization Type: Construction of buildings; Folio Mercantil No. N-2024048550 (Mexico) [TCO] (Linked To: MENDOZA VILLEGAS, Jorge Alejandro).

CARGO AIRCRAFT LEASING CORP., Ft. Lauderdale, FL, United States; US FEIN 65-0389435; Business Registration Document # 93000004034 (United States) [SDNTK].

CARGO FREIGHT INTERNATIONAL (a.k.a. CARGO FRET INTERNATIONAL, SPRL), P. O. Box 873, Goma, Congo, Democratic Republic of the; Kinshasa, Congo, Democratic Republic of the; Kigali, Rwanda [DRCONGO].

CARGO FRET INTERNATIONAL, SPRL (a.k.a. CARGO FREIGHT INTERNATIONAL), P. O. Box 873, Goma, Congo, Democratic Republic of the; Kinshasa, Congo, Democratic Republic of the; Kigali, Rwanda [DRCONGO].

CARGO LINK PETROLEUM LOGISTICS CO. LTD. (a.k.a. CARGO LINK PETROLEUM LOGISTICS COMPANY LIMITED; f.k.a. CARGO LINK PONGRAWE LOGISTICS COMPANY LIMITED), No. 1009, Shwe Hin Thar Condo, Tower C1, Hlaing Township, Yangon Region, Burma; Organization Established Date 31 Oct 2016; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Business Registration Number 112973281 (Burma) [BURMA-EO14014].

CARGO LINK PETROLEUM LOGISTICS COMPANY LIMITED (a.k.a. CARGO LINK PETROLEUM LOGISTICS CO. LTD.; f.k.a. CARGO LINK PONGRAWE LOGISTICS COMPANY LIMITED), No. 1009, Shwe Hin Thar Condo, Tower C1, Hlaing Township, Yangon Region, Burma; Organization

Established Date 31 Oct 2016; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Business Registration Number 112973281 (Burma) [BURMA-EO14014].

CARGO LINK PONGRAWE LOGISTICS COMPANY LIMITED (a.k.a. CARGO LINK PETROLEUM LOGISTICS CO. LTD.; a.k.a. CARGO LINK PETROLEUM LOGISTICS COMPANY LIMITED), No. 1009, Shwe Hin Thar Condo, Tower C1, Hlaing Township, Yangon Region, Burma; Organization Established Date 31 Oct 2016; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Business Registration Number 112973281 (Burma) [BURMA-EO14014].

CARGO LINKEDIN INTERNATIONAL LIMITED, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Oct 2012; Business Registration Number 60483090 (Hong Kong) [RUSSIA-EO14024].

CARGO SERVICE CENTRE (a.k.a. AO CARGO SERVICE CENTER; a.k.a. CARGO SERVICE LIMITED LIABILITY COMPANY; a.k.a. KARGO SERVIS OOO), proezd 5-I Predportovyi d. 26, lit. e, pomeshch. 1.29, office 2, Saint Petersburg 196240, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810853472 (Russia); Registration Number 1117847644265 (Russia) [RUSSIA-EO14024].

CARGO SERVICE LIMITED LIABILITY COMPANY (a.k.a. AO CARGO SERVICE CENTER; a.k.a. CARGO SERVICE CENTRE; a.k.a. KARGO SERVIS OOO), proezd 5-I Predportovyi d. 26, lit. e, pomeshch. 1.29, office 2, Saint Petersburg 196240, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810853472 (Russia); Registration Number 1117847644265 (Russia) [RUSSIA-EO14024].

CARGOLINE LLC (a.k.a. OSOO KARGOLAYN), Str. Shabdan Baatyra 27/1, Bishkek 720001, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Mar 2022; Tax ID No. 02503202210145 (Kyrgyzstan) [RUSSIA-EO14024].

CARIBBEAN BEACH PARK, 1137 Sugar Mill Road, Montego Bay, Jamaica; Rosehall Main Road, Rosehall, Jamaica [SDNTK].

CARIBBEAN EXPORT ENTERPRISE (a.k.a. EMPRESA CUBANA DE PESCADOS Y MARISCOS; a.k.a. "CARIBEX"), Paris, France; Milan, Italy; Moscow, Russia; Madrid, Spain; Cologne, Germany; Downsview, Ontario, Canada; Tokyo, Japan [CUBA].

CARIBBEAN SHOWPLACE LTD (f.k.a. FLAMINGO CLUB), Tropigala Night Club, Ironshore, Montego Bay, Jamaica; Rosehall Main Road, Rosehall, Jamaica [SDNTK].

CARIBE SOL (a.k.a. 2904977 CANADA, INC.; a.k.a. HAVANTUR CANADA INC.), 818 rue Sherbrooke East, Montreal, Quebec H2L 1K3, Canada [CUBA].

CARITEX LUCKY AD (a.k.a. "KARITEKS LAKI AD"), 14, Iskar str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 1998; V.A.T. Number BG 121633825 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

CARLINGTON LTD (a.k.a. CARLINGTON PETROCHEM; a.k.a. CARLINGTON PETROCHEM FZCO (Arabic: كارلينجتون بتروكيم (ش.م.ح)), Business Cluster Building 3, Sixth Floor, BCB3 618, Dubai CommerCity, Dubai, United Arab Emirates; Website carlingtonltd.com; alt. Website carlingtonpetchem.com; Organization Established Date 01 Nov 2023; License 50339 (United Arab Emirates); Economic Register Number (CBLS) 12274417 (United Arab Emirates) [IRAN-EO13902] (Linked To: NEST WISE PETROLEUM L.L.C).

CARLINGTON PETROCHEM (a.k.a. CARLINGTON LTD; a.k.a. CARLINGTON PETROCHEM FZCO (Arabic: كارلينجتون بتروكيم (ش.م.ح)), Business Cluster Building 3, Sixth Floor, BCB3 618, Dubai CommerCity, Dubai, United Arab Emirates; Website carlingtonltd.com; alt. Website carlingtonpetchem.com; Organization Established Date 01 Nov 2023; License 50339 (United Arab Emirates); Economic Register Number (CBLS) 12274417 (United Arab Emirates) [IRAN-EO13902] (Linked To: NEST WISE PETROLEUM L.L.C).

CARLINGTON PETROCHEM FZCO (Arabic: كارلينجتون بتروكيم ش.م.ح) (a.k.a. CARLINGTON LTD; a.k.a. CARLINGTON PETROCHEM), Business Cluster Building 3, Sixth Floor, BCB3 618, Dubai CommerCity, Dubai, United Arab Emirates; Website carlingtonltd.com; alt. Website carlingtonpetchem.com; Organization Established Date 01 Nov 2023; License 50339 (United Arab Emirates); Economic Register Number (CBLS) 12274417 (United Arab Emirates) [IRAN-EO13902] (Linked To: NEST WISE PETROLEUM L.L.C).

CARNES CUERNAVACA (a.k.a. HERJEZ LTDA.), Avenida Ciudad de Cali No. 15A-91 Local-06, Bogota, Colombia; NIT # 900083653-1 (Colombia) [SDNTK].

CARO MONGE, Jesus Jose Gil (a.k.a. "KIKIL"), Mexico; DOB 20 Jun 1991; POB Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAMJ910620HJCRNS02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

CARO QUINTERO, Jose Gil, Mexico; DOB 07 Feb 1968; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAQG680207HSLRNL09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

CARO QUINTERO, Miguel Angel; DOB 09 Mar 1963; POB Mexico (individual) [SDNTK].

CARO QUINTERO, Rafael (a.k.a. CARO QUINTERO, Raphael); DOB 12 Dec 1952; alt. DOB 24 Nov 1955; alt. DOB 24 Oct 1955; POB Mexico (individual) [SDNTK].

CARO QUINTERO, Raphael (a.k.a. CARO QUINTERO, Rafael); DOB 12 Dec 1952; alt. DOB 24 Nov 1955; alt. DOB 24 Oct 1955; POB Mexico (individual) [SDNTK].

CARO RODRIGUEZ, Gilberto (a.k.a. AREGON, Max; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaguin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

CARO URIAS, Efrain, Av. de las Americas 2000-607, Col. Vista del Country, Guadalajara, Jalisco, Mexico; Av. Americas 2000-7, Col. Vistas del Country, Guadalajara, Jalisco, Mexico; Jose Maria Vigil 2830, Col. Providencia, Guadalajara, Jalisco, Mexico; Av. Americas 1417-A, Col. Providencia, Guadalajara, Jalisco 44630, Mexico; Av. Americas 1417-B, Col. Providencia, Guadalajara, Jalisco 44630, Mexico; Giovanni Papini 364-B, Col. Jardines de la Patria, Zapopan, Jalisco 45110, Mexico; Calle San Gonzalo 1970-43, Col. Santa Isabel, Zapopan, Jalisco, Mexico; Los Cerezos 86, Coto 3, Col. Jardin Real, Zapopan, Jalisco, Mexico; Paseo Puesta del Sol 4282-6, Col. Lomas Altas,

Zapopan, Jalisco 45110, Mexico; DOB 11 Apr 1974; POB Guadalajara, Jalisco, Mexico; citizen Mexico; Gender Male; R.F.C. CAUE740411RG0 (Mexico); C.U.R.P. CAUE740411HJCRRF07 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION; Linked To: LOLA LOLITA 1110, S. DE R.L. DE C.V.; Linked To: MARIMBA ENTERTAINMENT, S.R.L. DE C.V.).

CAROIL TRANSPORT MARINE LIMITED (a.k.a. CAROIL TRANSPORT MARINE LTD), Arch Makariou III Avenue 284, Fortuna Court, Block B, 2nd Floor, Limassol, Cyprus; Identification Number IMO 1869514; Registration Number HE 47364 (Cyprus) [VENEZUELA-EO13850].

CAROIL TRANSPORT MARINE LTD (a.k.a. CAROIL TRANSPORT MARINE LIMITED), Arch Makariou III Avenue 284, Fortuna Court, Block B, 2nd Floor, Limassol, Cyprus; Identification Number IMO 1869514; Registration Number HE 47364 (Cyprus) [VENEZUELA-EO13850].

CAROVILLI TRADING SRO, Zamocka 7074/30, Bratislava 1, Bratislava 81101, Slovakia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Feb 2014; Tax ID No. 2024072369 (Slovakia) [RUSSIA-EO14024].

CARPE DIEM SPA, Boulevard Marina Mazatlan 2312, Mazatlan, Sinaloa, Mexico; Website www.sheilauriaspa.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 6692535190; Organization Type: Hairdressing and other beauty treatment [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: NUNEZ RIOS, Jose Raul).

CARRANZA ZEPEDA, Hugo Ivan, Av. Rio Nilo 69, Col. Camichines, Tonala, Jalisco, Mexico; Franz Schubert 5373, Col. La Estancia, Zapopan, Jalisco 45030, Mexico; Franz Schubert 7373, Col. La Estancia, Zapopan, Jalisco, Mexico; Economos 6617-35, Col. Rinconada del Parque, Zapopan, Jalisco, Mexico; Mixcoatl 1371, Col. Ciudad del Sol, Zapopan, Jalisco 45050, Mexico; DOB 03 Mar 1982; POB Zapopan, Jalisco, Mexico; citizen Mexico; Gender Male; R.F.C. CAZH820303JF9 (Mexico); C.U.R.P. CAZH820303HJCRPG02 (Mexico); alt. C.U.R.P. CAZH820303HJCRPG10 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION; Linked To: CAMELIAS BAR, S.A. DE C.V.; Linked To:

EVENTOS LA MORA, S.A. DE C.V.; Linked To: COMERCIALIZADORA CHAPALA AJIJIC, S.A. DE C.V.; Linked To: CONSORCIO LUNALO, S.A. DE C.V.; Linked To: CONSORCIO NUJOMA, SOCIEDAD CIVIL; Linked To: CONSORCIO RIRFUS, S.A. DE C.V.; Linked To: CORPORATIVO ARZACA, S.C.; Linked To: CORPORATIVO FEARFI, S.A. DE C.V.; Linked To: CORPORATIVO SOSVAL, S.A. DE C.V.; Linked To: GRUPO EGMONT, S.A. DE C.V.; Linked To: GRUPO PRODUCSIL, S.P.R. DE R.L. DE C.V.; Linked To: RESTAURANT FOLKLOR Y CANTINA, S.A. DE C.V.; Linked To: RODRIGUEZ LOPEZ, S.A. DE C.V.; Linked To: SERVICIOS EMPRESARIALES SODA, S.A. DE C.V.).

CARRANZA ZEPEDA, Victor Manuel, Av. Rio Nilo 69, Col. Camichines, Tonala, Jalisco, Mexico; Calle Franz Schubert 5373, Fracc. La Estancia, Zapopan, Jalisco, Mexico; Calle Lazaro Cardenas 3050-A, Fracc. Residencial Loma Bonita, Guadalajara, Jalisco 44570, Mexico; Av. Lazaro Cardenas 3050, Col. El Retiro, Guadalajara, Jalisco 44280, Mexico; Cholula 2514, Col. Hidalgo, Ciudad Juarez, Chihuahua 32300, Mexico; DOB 15 Mar 1978; POB Tijuana, Baja California, Mexico; citizen Mexico; Gender Male; R.F.C. CAZV7803151P4 (Mexico); C.U.R.P. CAZV780315HBCRPC03 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION).

CARRASCO LEYVA, Josefa Yadira (a.k.a. "LA WERA"; a.k.a. "LA WERA PALENQUE"), Mexico; DOB 14 Nov 1978; POB Chihuahua, Mexico; nationality Mexico; Gender Female; C.U.R.P. CALJ781114MCHRYS03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

CARRASCO MIRANDA, Willebaldo, c/o CORRALES SAN IGNACIO S.P.R. DE R.L. DE C.V., Saucillo, Chihuahua, Mexico; Calle 11, 1815 Plana Centro, Chihuahua, Chihuahua CP 31000, Mexico; DOB 06 Oct 1958; POB Chihuahua, Chihuahua, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. CAMW581006HCHRRL00 (Mexico) (individual) [SDNTK].

CARRENO ESCOBAR, Pedro Miguel, Delta Amacuro, Venezuela; DOB 24 Apr 1961; Gender Male; Cedula No. 8142392 (Venezuela) (individual) [VENEZUELA-EO13884].

CARRERA ILLADES, Marisela (a.k.a. CARRERA YLLADES, Marisela), c/o CAMBIOS PALMILLA S.A. DE C.V., Hidalgo del Parral, Mexico; Calle Decima No. 14, Hidalgo del Parral, Chihuahua,

Mexico; DOB 02 Feb 1968; POB Hidalgo del Parral, Chihuahua, Mexico; nationality Mexico; citizen Mexico; R.F.C. CATM-680202-T88 (Mexico); C.U.R.P. CAYM680202MCHRLR06 (Mexico); alt. C.U.R.P. CAIM680202MCHRLR08 (Mexico) (individual) [SDNTK].

CARRERA YLLADES, Marisela (a.k.a. CARRERA ILLADES, Marisela), c/o CAMBIOS PALMILLA S.A. DE C.V., Hidalgo del Parral, Mexico; Calle Decima No. 14, Hidalgo del Parral, Chihuahua, Mexico; DOB 02 Feb 1968; POB Hidalgo del Parral, Chihuahua, Mexico; nationality Mexico; citizen Mexico; R.F.C. CATM-680202-T88 (Mexico); C.U.R.P. CAYM680202MCHRLR06 (Mexico); alt. C.U.R.P. CAIM680202MCHRLR08 (Mexico) (individual) [SDNTK].

CARRETERO NAPOLITANO, Ramon, Panama City, Panama; DOB 08 May 1965; POB Colon, Panama; nationality Panama; Gender Male; Cedula No. 388114 (Panama); Passport 1874513 (Panama) expires 28 Mar 2017 (individual) [VENEZUELA-EO13850].

CARRETERO NAPOLITANO, Roberto, Panama; DOB 20 Aug 1976; POB Colon, Panama; nationality Panama; Gender Male; Cedula No. 3701218 (Panama) (individual) [VENEZUELA-EO13850].

CARRETERO NAPOLITANO, Vicente Luis, Panama; DOB 06 Oct 1966; POB Colon, Panama; nationality Panama; Gender Male; Cedula No. 3901065 (Panama) (individual) [VENEZUELA-EO13850].

CARRILLO FUENTES, Andres (a.k.a. CARRILLO FUENTES, Vicente); DOB 16 Oct 1962; POB Mexico (individual) [SDNTK].

CARRILLO FUENTES, Vicente (a.k.a. CARRILLO FUENTES, Andres); DOB 16 Oct 1962; POB Mexico (individual) [SDNTK].

CARRILLO JIMENEZ, Luis Alberto, Mexico; DOB 15 Aug 1979; POB Nogales, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAJL790815HSRRMS05 (Mexico) (individual) [SDNTK].

CARRILLO SAPIEN, Idelfonso (a.k.a. CARRILLO SAPIEN, Ildelfonso; a.k.a. "El Chivo"), Mexico; DOB 21 Aug 1976; POB Veracruz, Mexico; nationality Mexico; Gender Male; C.U.R.P. CASI760821HVZRPL04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: GULF CARTEL).

CARRILLO SAPIEN, Ildelfonso (a.k.a. CARRILLO SAPIEN, Idelfonso; a.k.a. "El Chivo"), Mexico; DOB 21 Aug 1976; POB

Veracruz, Mexico; nationality Mexico; Gender Male; C.U.R.P. CASI760821HVZRPL04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: GULF CARTEL).

CARRILLO, Abel (a.k.a. RODRIGUEZ VASQUEZ, Fernain); DOB 08 Jan 1972; POB Valparaiso, Caqueta, Colombia; Cedula No. 16191270 (Colombia) (individual) [SDNTK].

CARRIZALES, Ramon (a.k.a. CARRIZALEZ RENGIFO, Ramon Alonso), Apure, Venezuela; DOB 08 Nov 1952; Gender Male; Cedula No. 2516238 (Venezuela) (individual) [VENEZUELA].

CARRIZALEZ RENGIFO, Ramon Alonso (a.k.a. CARRIZALES, Ramon), Apure, Venezuela; DOB 08 Nov 1952; Gender Male; Cedula No. 2516238 (Venezuela) (individual) [VENEZUELA].

CARTAGENA BENITEZ, Octavio (a.k.a. "DON GABRIEL"; a.k.a. "GABRIEL PARACO"); DOB 18 Oct 1956; POB Urrao, Antioquia, Colombia; Cedula No. 15481237 (Colombia) (individual) [SDNTK].

CARTEL DE JALISCO NUEVA GENERACION (a.k.a. CJNG; a.k.a. JALISCO NEW GENERATION CARTEL; a.k.a. NEW GENERATION CARTEL OF JALISCO), Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [SDNTK] [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

CARTEL DE JUAREZ (a.k.a. JUAREZ CARTEL; a.k.a. "CARRILLO FUENTES DRUG TRAFFICKING ORGANIZATION"; a.k.a. "LA LINEA"; a.k.a. "VCFO"), Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

CARTEL DE LOS SOLES (a.k.a. CARTEL OF THE SUNS), Venezuela; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT].

CARTEL DE LOS VIAGRAS (a.k.a. LOS VIAGRAS; a.k.a. LOS VIAGRAS CARTEL), Mexico; Target Type Criminal Organization [ILLICIT-DRUGS-EO14059].

CARTEL DE SANTA ROSA DE LIMA (a.k.a. SANTA ROSA DE LIMA CARTEL; a.k.a. "CSRL"), Mexico; Organization Established Date 2014; Target Type Criminal Organization [TCO].

CARTEL DE SINALOA (a.k.a. SINALOA CARTEL; a.k.a. "GUADALAJARA CARTEL"; a.k.a. "MEXICAN FEDERATION"), Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [SDNTK] [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

CARTEL DE TEPALCATEPEC (a.k.a. CARTELES UNIDOS; a.k.a. TEPALCATEPEC CARTEL; a.k.a. "CARTEL DE LOS REYES"; a.k.a. "CARTEL DEL ABUELO"; a.k.a. "THE GRANDFATHER CARTEL"; a.k.a. "UNITED CARTELS"), Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

CARTEL DEL GOLFO (a.k.a. GULF CARTEL; a.k.a. OSIEL CARDENAS-GUILLEN ORGANIZATION; a.k.a. "CDG"), Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [SDNTK] [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

CARTEL DEL NORESTE (a.k.a. "CDN"; a.k.a. "LOS ZETAS"; a.k.a. "NORTHEAST CARTEL"), Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [SDNTK] [FTO] [SDGT] [TCO] [ILLICIT-DRUGS-EO14059].

CARTEL OF THE SUNS (a.k.a. CARTEL DE LOS SOLES), Venezuela; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT].

CARTELES UNIDOS (a.k.a. CARTEL DE TEPALCATEPEC; a.k.a. TEPALCATEPEC CARTEL; a.k.a. "CARTEL DE LOS REYES"; a.k.a. "CARTEL DEL ABUELO"; a.k.a. "THE GRANDFATHER CARTEL"; a.k.a. "UNITED CARTELS"), Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

CARUNA RL (a.k.a. COOPERATIVA DE AHORRO Y CREDITO CAJA RURAL NACIONAL RL), Calle 14 de Septiembre, Puente, el Eden 5 cuadras al Oeste, Managua, Nicaragua; Nicaragua; Costado Oeste del Registro de la Propiedad, Contiguo a la Farmacia del INSS, Colonia Centroamerica, Managua, Nicaragua; Website www.caruna.com.ni; D-U-N-S Number 85-244-5670; Organization Established Date 13 Oct 1993; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; all locations in Nicaragua [NICARAGUA] (Linked To: BANCO CORPORATIVO SA).

CARVAJAL BARRIOS, Hugo Armando, Spain; DOB 01 Apr 1960; POB Puerto La Cruz, Venezuela; nationality Venezuela; Gender Male; Cedula No. 8.352.301 (Venezuela) (individual) [VENEZUELA].

CARVAJAL TAFURT, Hector Fabio (a.k.a. MONTOYA SANCHEZ, Eugenio), Diagonal 27 No. 27-104, Cali, Colombia; Calle 7 No. 45-25, Cali, Colombia; c/o LADRILLERA LA CANDELARIA LTDA., Cali, Colombia; DOB 17 Apr 1970; alt. DOB 15 Apr 1972; POB Trujillo, Valle, Colombia; Cedula No. 94307307 (Colombia); alt. Cedula No. 16836750 (Colombia); Passport AC814028 (Colombia); alt. Passport 94307307 (Colombia); alt. Passport 16836750 (Colombia) (individual) [SDNT].

CARVANA COMPANY, Number 39, Alvand St., 1st Floor, Argentine Square, Tehran 1516674311, Iran; 1st Apadana St., Number 478, Esfahan 81658, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

CASA APOLLO, Galeria Page, Ciudad del Este, Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CASA DE CUBA, Spain; Mexico [CUBA].

CASA EL VIEJO LUIS (a.k.a. CASA EL VIEJO LUIS DISTRIBUIDORA, S.A. DE C.V.; a.k.a. CASA VIEJO LUIS; a.k.a. EL VIEJO LUIS; a.k.a. TEQUILA EL VIEJO LUIS), El Paraiso No. 6848, Col. Ciudad Granja, Zapopan, Jalisco 45010, Mexico; Blvd. Luis Donaldo Colosio s/n Bonfil, Cancun, Quintana Roo, Mexico; RFC CVL090120UT2 (Mexico); Folio Mercantil No. 46920 (Mexico) [SDNTK].

CASA EL VIEJO LUIS DISTRIBUIDORA, S.A. DE C.V. (a.k.a. CASA EL VIEJO LUIS; a.k.a. CASA VIEJO LUIS; a.k.a. EL VIEJO LUIS; a.k.a. TEQUILA EL VIEJO LUIS), El Paraiso No. 6848, Col. Ciudad Granja, Zapopan, Jalisco 45010, Mexico; Blvd. Luis Donaldo Colosio s/n Bonfil, Cancun, Quintana Roo, Mexico; RFC CVL090120UT2 (Mexico); Folio Mercantil No. 46920 (Mexico) [SDNTK].

CASA HAMZE, Number 313, Fourth Floor, Galeria Page, Regimiento Piribebuy Avenue, Ciudad del Este, Paraguay; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Paraguayan tax identification number BAHA 6301000 [SDGT].

CASA VIEJO LUIS (a.k.a. CASA EL VIEJO LUIS; a.k.a. CASA EL VIEJO LUIS DISTRIBUIDORA, S.A. DE C.V.; a.k.a. EL VIEJO LUIS; a.k.a. TEQUILA EL VIEJO LUIS), El Paraiso No. 6848, Col. Ciudad Granja, Zapopan, Jalisco 45010, Mexico; Blvd. Luis Donaldo Colosio s/n Bonfil, Cancun, Quintana Roo, Mexico; RFC CVL090120UT2 (Mexico); Folio Mercantil No. 46920 (Mexico) [SDNTK].

CASANOVA ORDONEZ, Hermes Alirio; DOB 02 Oct 1973; POB Policarpa, Narino, Colombia; Cedula No. 98390155 (Colombia) (individual) [SDNTK].

CASARRUBIA POSADA, Elkin (a.k.a. "Cura"; a.k.a. "Joaquin"), Colombia; DOB 15 Jun 1968; POB Arboletes, Antioquia, Colombia; nationality Colombia; Gender Male; Cedula No. 78702064 (Colombia) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: CLAN DEL GOLFO).

CASARYANIFARD, Pejman (a.k.a. KOSARAYAN FARD, Ali Pejman Mahmud; a.k.a. KOSARAYANIFARD, Pejman Mahmood; f.k.a. KOSARIAN FARD; a.k.a. KOSARIAN FARD, Pejman; a.k.a. KOSARIAN, Amir; a.k.a. KOSARYANI-FARD, Pejman), P.O. Box 52404, Dubai, United Arab Emirates; DOB 27 Feb 1973; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C20423657 (individual) [SDGT].

CASAS LINARES, Miguel (a.k.a. FLORES HERNANDEZ, Raul), Distrito Federal, Mexico; Guadalajara, Jalisco, Mexico; Calle Piotr Tchaikovski 474, Col. Arcos de Guadalupe, Zapopan, Jalisco 45030, Mexico; Av. Sebastian Bach 5115, Col. Residencial La Estancia, Zapopan, Jalisco, Mexico; Av. Chapalita 50, Col. Jardines Plaza del Sol, Guadalajara, Jalisco, Mexico; Calle 72, Panfilo Perez, 750 Sector Libertad, Col. Blanco y Cuellar, Guadalajara, Jalisco 44730, Mexico; Calle Llamarada 193, Fracc. Residencial Sumiya, Jiutepec, Morelos 62560, Mexico; Zaragoza Sur 201, Col. Centro, San Martin Texmelucan, Puebla 74000, Mexico; DOB 03 Oct 1952; alt. DOB 05 Mar 1951; POB Autlan de Navarro, Jalisco, Mexico; alt. POB San Martin Texmelucan, Puebla, Mexico; citizen Mexico; Gender Male; R.F.C. FOHR521003SF7 (Mexico); alt. R.F.C. FOHR510305SF7 (Mexico); C.U.R.P. FOHR521003HJCLRL07 (Mexico); alt. C.U.R.P. FOHR510305HPLLRL08 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION).

CASCARI, Abdulaziz (a.k.a. KASKARIY, Abdulaziz), Street 11/5, Number 4, Apartment 9, Istanbul, Zeytinburnu District 34025, Turkey; 2nd Floor, 32 Itaewon-ro 14-gil, Itaewon 1-dong, Yongsan-gu, Seoul, Korea, South; DOB 09 Jun 1991; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TURKOCA IMPORT EXPORT TRANSIT CO., LTD.).

CASH & CARRY RETAIL STORES (a.k.a. AFRI BELG; a.k.a. AFRI BELG COMMERCIO E INDUSTRIA LDA; a.k.a. AFRI-BELG; a.k.a. AFRI-BELG AGRICULTURE; a.k.a. AFRI-BELG CONTRUCTION; a.k.a. AFRI-BELG SUPERMERCADOS), Rua Comandante Valodia 266-268, Sao Paulo, Luanda, Angola; Avenida Comandante De Valodia n. 0.67, 1 Andar, Luanda, Angola; Website www.grupoarosfran.net; Email Address afribelg@snte.co.ao; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; (Afri-Belg Supermercados, Cash & Carry Retail Stores, Afri-belg Construction and Afri-Belg Agriculture are subsidiaries of Afri Belg Commercio E Industria Lda and operated from the same business address) [SDGT].

CASPIAN AIR (a.k.a. CASPIAN AIRLINES), Mehrabad International Airport, Tehran, Iran; No. 5 Sabounchi St., Beheshti Ave., Tehran, Iran; Email Address casp_avia@hotmail.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

CASPIAN AIRLINES (a.k.a. CASPIAN AIR), Mehrabad International Airport, Tehran, Iran; No. 5 Sabounchi St., Beheshti Ave., Tehran, Iran; Email Address casp_avia@hotmail.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

CASPIAN ENERGY MANAGEMENT LIMITED LIABILITY COMPANY (a.k.a. CASPIAN ENERGY PROJECTS LIMITED LIABILITY COMPANY; a.k.a. CNRG MANAGEMENT; f.k.a. CNRG PROJECTS; f.k.a. CRN GROUP; a.k.a. LIMITED LIABILITY COMPANY KASPIYSKAYA ENERGIYA ADMINISTRATION OFFICE; a.k.a. "CNRG"), 60, Admiral Nakhimov St., Astrakhan 414018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Feb 2011; Tax ID No. 3017065795 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

CASPIAN ENERGY PROJECTS LIMITED LIABILITY COMPANY (a.k.a. CASPIAN ENERGY MANAGEMENT LIMITED LIABILITY COMPANY; a.k.a. CNRG MANAGEMENT; f.k.a. CNRG PROJECTS; f.k.a. CRN GROUP; a.k.a. LIMITED LIABILITY COMPANY KASPIYSKAYA ENERGIYA ADMINISTRATION OFFICE; a.k.a. "CNRG"), 60, Admiral Nakhimov St., Astrakhan 414018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Feb 2011; Tax ID No. 3017065795 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

CASPIAN MARITIME LIMITED, Fortuna Court, Block B, 284 Archbishop Makarios II Avenue, Limassol 3105, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(25800000); Fax (357)(25588055) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

CASPIAN PETROCHEMICAL FZE (Arabic: كاسپیان پتروكیمیكال م م ح), E-LOB Office No. E2-127G-27, Hamriyah Free Zone, Sharjah, United Arab Emirates; Organization Established Date 19 Mar 2012; License 9085 (United Arab Emirates); Economic Register Number (CBLS) 11580327 (United Arab Emirates) [IRAN-EO13902] (Linked To: EMAMJOMEH, Seyed Asadoollah).

CASPRO TECHNOLOGY CO., LIMITED (a.k.a. CASPRO TECHNOLOGY CO., LTD; a.k.a. CASPRO TECHNOLOGY LTD; a.k.a. SHENZHEN CASPRO TECHNOLOGY CO., LTD; a.k.a. SHENZHEN CASPRO TECHNOLOGY LTD.), Room203, B Bldg, No. 57, Busha Road, Nanwan, Longgang, Shenzhen, Guangdong 518114, China; Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 May 2018; Business Registration Number 2536463 (Hong Kong) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

CASPRO TECHNOLOGY CO., LTD (a.k.a. CASPRO TECHNOLOGY CO., LIMITED; a.k.a. CASPRO TECHNOLOGY LTD; a.k.a. SHENZHEN CASPRO TECHNOLOGY CO., LTD; a.k.a. SHENZHEN CASPRO TECHNOLOGY LTD.), Room203, B Bldg, No. 57, Busha Road, Nanwan, Longgang, Shenzhen, Guangdong 518114, China; Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 May 2018; Business Registration Number 2536463 (Hong Kong) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

CASPRO TECHNOLOGY LTD (a.k.a. CASPRO TECHNOLOGY CO., LIMITED; a.k.a. CASPRO TECHNOLOGY CO., LTD; a.k.a. SHENZHEN CASPRO TECHNOLOGY CO., LTD; a.k.a. SHENZHEN CASPRO TECHNOLOGY LTD.), Room203, B Bldg, No. 57, Busha Road, Nanwan, Longgang, Shenzhen, Guangdong 518114, China; Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 May 2018; Business Registration Number 2536463 (Hong Kong) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

CASTANEDA MENDEZ, Jose Antonio, Residencial Monte Cielo, Casa B 102, Nindiri, Nicaragua; DOB 19 Nov 1963; POB Managua, Nicaragua; nationality Nicaragua; Gender Male; Passport C01252526 (Nicaragua) issued 21 Jun 2012 expires 21 Jun 2022; National ID No. 0011911630053V (Nicaragua) (individual) [NICARAGUA].

CASTANEDA MEZA, Giovanni (Latin: CASTAÑEDA MEZA, Giovanni) (a.k.a. "BONQUES BROTHERS"; a.k.a. "BONQUES, Vanni"), Mexico; DOB 08 Aug 1987; POB Nayarit, Mexico; nationality Mexico; Gender

Male; C.U.R.P. CAMG870808HNTSZV07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

CASTANEDA MEZA, Ivan Atzayacatl (Latin: CASTAÑEDA MEZA, Ivan Atzayacatl) (a.k.a. "BONQUES BROTHERS"; a.k.a. "BONQUES, Axa"), Mexico; DOB 12 Sep 1984; POB Nayarit, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAMI840912HNTSZV09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

CASTANEDA MEZA, Juan Carlos (Latin: CASTAÑEDA MEZA, Juan Carlos) (a.k.a. "BONQUES BROTHERS"; a.k.a. "CALOCHO"), Mexico; DOB 01 Sep 1977; POB Nayarit, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAMJ770901HNTSZN05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

CASTANO GIL, Carlos; DOB 15 May 1965; POB Amalfi, Antioquia, Colombia; Cedula No. 70564150 (Colombia) (individual) [SDNTK].

CASTANO GIL, Jose Vicente; DOB 02 Jul 1957; Cedula No. 3370637 (Colombia) (individual) [SDNTK].

CASTELLANOS GARZON, Henry (a.k.a. "ROMANA"; a.k.a. "ROMANA, Edison"), Venezuela; DOB 20 Mar 1965; POB El Castillo, Meta, Colombia; nationality Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 17353695 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

CASTELLANOS MEZA, Roberto (a.k.a. "BONQUES BROTHERS"; a.k.a. "BONQUES, Beto"), Mexico; DOB 06 Jun 1975; POB Nayarit, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAMR750606HNTSZB00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

CASTILLO BOLLE, Wiliam Alfredo (a.k.a. CASTILLO BOLLE, William Alfredo), Caracas, Venezuela; DOB 18 Dec 1961; POB Caracas, Venezuela; nationality Venezuela; Gender Male; Cedula No. V5973031 (Venezuela); Diplomatic Passport 045793721 (Venezuela) expires 13 Jul 2027 (individual) [VENEZUELA].

CASTILLO BOLLE, William Alfredo (a.k.a. CASTILLO BOLLE, Wiliam Alfredo), Caracas, Venezuela; DOB 18 Dec 1961; POB Caracas, Venezuela; nationality Venezuela; Gender Male; Cedula No. V5973031 (Venezuela); Diplomatic Passport 045793721 (Venezuela) expires 13 Jul 2027 (individual) [VENEZUELA].

CASTILLO LOPEZ, Jose Adrian (a.k.a. MEDINA PEREZ, Juan Manual; a.k.a. SALAZAR SALDIVAR, Adrian; a.k.a. "CHEO"; a.k.a.

"FRIAS, Adrian"; a.k.a. "GONZALES, Adrian"), Mexico; DOB 21 Dec 1975; POB Nayarit, Mexico; nationality Mexico; Gender Male; C.U.R.P. CALA751221HNTSPD07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

CASTILLO MORENO, Miryam Andrea, Mexico; DOB 05 May 1991; POB Nuevo Leon, Mexico; nationality Mexico; Gender Female; C.U.R.P. CAMM910505MNLSRR09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: WEDDING, Ryan James).

CASTILLO PEINADO, Araceli (a.k.a. "LA DONA" (Latin: "LA DOÑA")), Mexico; DOB 04 Aug 1982; POB Chihuahua, Mexico; nationality Mexico; Gender Female; C.U.R.P. CAPA820804MCHSNR11 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

CASTILLO RENGIFO, Manuel Enrique, Venezuela; DOB 24 Nov 1969; POB Bolivar, Venezuela; nationality Venezuela; Gender Male; Cedula No. V-10049604 (Venezuela) (individual) [VENEZUELA].

CASTILLO RODRIGUEZ, Julio Alberto (a.k.a. "El Chorro"), Colima, Mexico; DOB 11 Oct 1976; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. CARJ761011HMNSDL06 (Mexico) (individual) [SDNTK] [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

CASTILLO RONDON, Felix Anner (a.k.a. "Arnel"; a.k.a. "Pure Arnel"), Peru; Venezuela; DOB 12 Jan 1984; nationality Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. V-16692836 (Venezuela) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

CASTLE COMPANY FOR PROTECTION, GUARDING AND SECURITY SERVICES (a.k.a. AL-QALAA COMPANY FOR SECURITY SERVICES; a.k.a. AL-QALA'A FOR PROTECTION, GUARDING, AND SECURITY SERVICES (Arabic: شركة القلعة للحماية والحراسة والخدمات الامنية); a.k.a. C.S.P. CASTLE PROTECTION, GUARDING AND SECURITY SERVICES; a.k.a. CASTLE SECURITY AND PROTECTION LLC; a.k.a. CITADEL FOR PROTECTION, GUARD AND SECURITY SERVICES; a.k.a. "CASTLE SECURITY AND PROTECTION"), Opposite the gas station, enter hospital 601, Sheikh Saad, Mazzeh, West Villas, Damascus, Syria; Aleppo, Syria;

Organization Type: Private security activities [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

CASTLE SECURITY AND PROTECTION LLC (a.k.a. AL-QALAA COMPANY FOR SECURITY SERVICES; a.k.a. AL-QALA'A FOR PROTECTION, GUARDING, AND SECURITY SERVICES (Arabic: شركة القلعة للحماية و الحراسة و الخدمات الامنية); a.k.a. C.S.P. CASTLE PROTECTION, GUARDING AND SECURITY SERVICES; a.k.a. CASTLE COMPANY FOR PROTECTION, GUARDING AND SECURITY SERVICES; a.k.a. CITADEL FOR PROTECTION, GUARD AND SECURITY SERVICES; a.k.a. "CASTLE SECURITY AND PROTECTION"), Opposite the gas station, enter hospital 601, Sheikh Saad, Mazzeh, West Villas, Damascus, Syria; Aleppo, Syria; Organization Type: Private security activities [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

CASTREJON PENA, Victor Nazario, Mexico; DOB 05 May 1972; POB Iguala, Guerrero, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

CASTREJON PENA, Victor Nazario (a.k.a. MORENO GONZALEZ, Nazario; a.k.a. MORENO MADRIGAL, Nazario; a.k.a. MORENO, Chayo; a.k.a. MORENO, Jose; a.k.a. "CHAYO"; a.k.a. "EL CHAYO"; a.k.a. "EL DULCE"; a.k.a. "EL MAS LOCO"; a.k.a. "LA COMADRE"; a.k.a. "LOCO"; a.k.a. "TINO"), Apatzingan, Michoacan, Mexico; 625 Virgilio Garza Chepevera, Monterrey, Nuevo Leon 64030, Mexico; Calle Isidro Murivera, Matamoros 51370, Mexico; 7 Calle Fray Servando Teresa de Mier, Aptazingan, Michoacan, Mexico; 336 Calle Priv Carlos S de Gortari, Monterrey, Nuevo Laredo, Mexico; 36 Calle Nayarit, Caborca, Sonora 83610, Mexico; DOB 08 Mar 1970; alt. DOB 06 Mar 1970; alt. DOB 12 Jun 1967; alt. DOB 12 Jun 1979; alt. DOB 02 Feb 1982; POB Ario de Rosales, Michoacan, Mexico; alt. POB Guanajuatillo, Michoacan, Mexico; citizen Mexico; SSN 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 (United States); R.F.C. MOGN670612TN0 (Mexico); alt. R.F.C. MOGN700308TN2 (Mexico); alt. R.F.C. MOGN790612TN8 (Mexico); C.U.R.P. MOGN700308HMNRNZ07 (Mexico); Identification Number 092520304 (Mexico) (individual) [SDNTK].

CASTRO ALVAREZ, Jose Sinue, Mexico; DOB 12 Sep 1976; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P.

CAAS760912HSLSLN03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

CASTRO CORDERO, Natanael, Dominican Republic; DOB 08 Nov 1982; POB Santo Domingo, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 001-1481029-4 (Dominican Republic) (individual) [SDNTK].

CASTRO GONZALEZ, Sonia, Villa Barcelona De La Embajada De Espana, 100 Metros Al Este Casa 17, Managua, Nicaragua; DOB 29 Sep 1967; POB Carazo, Nicaragua; nationality Nicaragua; Gender Female; Passport A00001526 (Nicaragua) issued 19 Nov 2018 expires 19 Nov 2028; National ID No. 0422909670000N (Nicaragua) (individual) [NICARAGUA] [NICARAGUA-NHRAA].

CASTRO JARAMILLO, Monica Maria; DOB 27 Oct 1971; Cedula No. 43574795 (Colombia); Passport AK476053 (Colombia) (individual) [SDNT] (Linked To: COMERCIALIZADORA DE GANADO Y RENTAS DE CAPITAL S.A.).

CASTRO PAEZ, Jhon Paul, c/o CABLES NACIONALES CANAL S.A., Barranquilla, Colombia; POB Colombia; Cedula No. 72223501 (Colombia) (individual) [SDNT].

CASTRO RAMIREZ, Conan (a.k.a. CASTRO RAMIREZ, Conan Tonathiu; a.k.a. CASTRO, Conan), Antiguo Cuscatlan, La Libertad, El Salvador; DOB 31 May 1978; alt. DOB 30 May 1978; POB San Salvador, El Salvador; nationality El Salvador; Gender Male; Passport C01141422 (El Salvador) expires 26 Jan 2027; alt. Passport DA000506 (El Salvador) expires 18 Sep 2024; Salvadoran Presidential Legal Secretary (individual) [GLOMAG].

CASTRO RAMIREZ, Conan Tonathiu (a.k.a. CASTRO RAMIREZ, Conan; a.k.a. CASTRO, Conan), Antiguo Cuscatlan, La Libertad, El Salvador; DOB 31 May 1978; alt. DOB 30 May 1978; POB San Salvador, El Salvador; nationality El Salvador; Gender Male; Passport C01141422 (El Salvador) expires 26 Jan 2027; alt. Passport DA000506 (El Salvador) expires 18 Sep 2024; Salvadoran Presidential Legal Secretary (individual) [GLOMAG].

CASTRO RIVERA, Edwin Ramon, Nicaragua; DOB 05 Jan 1957; POB Leon, Nicaragua; nationality Nicaragua; Gender Male; Passport A0008826 (Nicaragua) issued 02 Feb 2012 expires 02 Feb 2022; National ID No. 2810501570012H (Nicaragua) (individual) [NICARAGUA].

CASTRO RODRIGUEZ, Raul (a.k.a. FELIX FELIX, Victor Manuel), Callejon Hortensias No.

320, Colonia Ciudad Bugambilias, Zapopan, Jalisco, Mexico; Calle Madero No. 39 Poniente, Lote 51, Colonia Centro, Culiacan, Sinaloa Codigo Postal 80000, Mexico; Privada San Geronimo No. 1801, Fraccionamiento San Jeronimo, Mexicali, Baja California Codigo Postal 21297, Mexico; Calle Victor Hugo No. 177, Interior 12, Colonia Portales, Delegacion Benito Juarez, Distrito Federal Codigo Postal 03300, Mexico; Circuito de las Flores Norte 2252, Fraccionamiento Ciudad Bugambilias, Zapopan, Jalisco, Mexico; Presa la Boquilla 1033, Colonia Las Quintas, Culiacan, Sinaloa, Mexico; Boulevard Francisco I. Madero 39 Poniente Despacho 501, Colonia Centro, Culiacan, Sinaloa, Mexico; Sevilla 1526 302 A, Fraccionamiento el Cid, Mazatlan, Sinaloa CP 82110, Mexico; Privada de San Jeronimo, San Jeronimo, Algodones, Baja California CP 21298, Mexico; Privada Puerta de Roble Numero 17-E, Fraccionamiento Puerta de Roble, Zapopan, Jalisco, Mexico; DOB 10 Nov 1957; alt. DOB 20 Jan 1958; POB Culiacan, Sinaloa, Mexico; alt. POB Baja, California, Mexico; R.F.C. FEFV571110-G75 (Mexico); Credencial electoral FLFLVC57111025H101 (Mexico); C.U.R.P. FEFV571110HSLLLC08 (Mexico) (individual) [SDNTK].

CASTRO VILLA, Luis Fernando (a.k.a. FLORES PACHECO, Cenobio; a.k.a. "CHECO"; a.k.a. "CHEKO"); DOB 13 Nov 1974; citizen Mexico (individual) [SDNTK].

CASTRO, Conan (a.k.a. CASTRO RAMIREZ, Conan; a.k.a. CASTRO RAMIREZ, Conan Tonathiu), Antiguo Cuscatlan, La Libertad, El Salvador; DOB 31 May 1978; alt. DOB 30 May 1978; POB San Salvador, El Salvador; nationality El Salvador; Gender Male; Passport C01141422 (El Salvador) expires 26 Jan 2027; alt. Passport DA000506 (El Salvador) expires 18 Sep 2024; Salvadoran Presidential Legal Secretary (individual) [GLOMAG].

CASTRO, Jorge (a.k.a. ABDILLAH, Abubakar; a.k.a. ABDILLAH, Ustadz Abubakar; a.k.a. DE LOS REYES, Feliciano; a.k.a. DE LOS REYES, Feliciano Abubakar; a.k.a. DELOS REYES Y SEMBERIO, Feleciano; a.k.a. DELOS REYES, Feleciano Semborio; a.k.a. DELOS REYES, Feliciano Semborio, Jr.; a.k.a. DELOS REYES, Ustadz Abubakar; a.k.a. REYES, Abubakar; a.k.a. "ABDILLAH, Abdul"); DOB 04 Nov 1963; POB Arco, Lamitan, Basilan Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 (individual) [SDGT].

CASTRO, Oscar Rolando (a.k.a. CASTRO, Ronaldo), El Salvador; DOB 22 Apr 1973; POB Santa Elena, El Salvador; nationality El Salvador; Gender Male; Passport DA000293 (El Salvador) expires 10 Jun 2024; National ID No. 007591947 (El Salvador); Salvadoran Minister of Labor (individual) [GLOMAG].

CASTRO, Ronaldo (a.k.a. CASTRO, Oscar Rolando), El Salvador; DOB 22 Apr 1973; POB Santa Elena, El Salvador; nationality El Salvador; Gender Male; Passport DA000293 (El Salvador) expires 10 Jun 2024; National ID No. 007591947 (El Salvador); Salvadoran Minister of Labor (individual) [GLOMAG].

CATERINO, Mario; DOB 14 Jun 1957; POB Casal di Principe, Italy (individual) [TCO].

CATHAY HARVEST MARINE LTD (Chinese Traditional: 國豐海運有限公司), Room 1603, 16/F Lucky Centre No 165-171 Wan Chai Road, Wan Chai, Hong Kong, China; Organization Established Date 26 Aug 2022; Identification Number IMO 6350550; Company Number 3185362 (Hong Kong); Business Registration Number 74372180 (Hong Kong) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

CATU TECH LIMITED LIABILITY COMPANY (a.k.a. CATU TECH LTD), 23 Beimbet Maylin Street, N.P. 16, Astana 01000, Kazakhstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 220340022472 (Kazakhstan) [RUSSIA-EO14024].

CATU TECH LTD (a.k.a. CATU TECH LIMITED LIABILITY COMPANY), 23 Beimbet Maylin Street, N.P. 16, Astana 01000, Kazakhstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 220340022472 (Kazakhstan) [RUSSIA-EO14024].

CAUCASUS EMIRATE (a.k.a. IMARAT KAVKAZ; a.k.a. IMIRAT KAVKAZ; a.k.a. ISLAMIC EMIRATE OF THE CAUCASUS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CAUCASUS WILAYAH (a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT - CAUCASUS PROVINCE; a.k.a. VILAYAT KAVKAZ; a.k.a. WILAYAH QAWKAZ; a.k.a. WILAYAT QAWQAZ; a.k.a. "CAUCASUS PROVINCE"), Dagestan, Russia; Chechnya, Russia; Ingushetia, Russia; Kabardino-Balkaria, Russia;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CAVALLY ANTRO & BAR (a.k.a. CAVALLY ANTRO AND BAR), Calle Xavier Villa Urrutia 1205, Tijuana, Baja California, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jun 2016; Organization Type: Restaurants and mobile food service activities [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: GONZALEZ LOMELI, Jesus).

CAVALLY ANTRO AND BAR (a.k.a. CAVALLY ANTRO & BAR), Calle Xavier Villa Urrutia 1205, Tijuana, Baja California, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jun 2016; Organization Type: Restaurants and mobile food service activities [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: GONZALEZ LOMELI, Jesus).

CAVARA, Marinko, Bosnia and Herzegovina; DOB 02 Feb 1967; POB Busovaca, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; citizen Bosnia and Herzegovina; Gender Male; President of the Federation of Bosnia and Herzegovina (individual) [BALKANS-EO14033].

CAVIEDES DILEO Y CIA. S.C.S., Calle 21 Norte No. 3N-64, Cali, Colombia; NIT # 800113437-2 (Colombia) [SDNT].

CAZARES DE MEZA, Blanca Margarita (a.k.a. CAZARES GASTELLUM, Blanca Margarita; a.k.a. CAZARES GASTELUM, Blanca; a.k.a. CAZARES MESA, Blanca; a.k.a. CAZARES SALAZAR, Blanca Margarita; a.k.a. CAZARES, Blanca; a.k.a. CAZAREZ MESA, Blanca; a.k.a. CAZAREZ SALAZAR DE MEZA, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Chiquis; a.k.a. CAZAREZ, Chiquis; a.k.a. GASTELLUM CAZARES, Blanca Margarita; a.k.a. GASTELLUM, Blanca Margarita; a.k.a. GASTELUM CAZAREZ DE MEZA, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico;

Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep 1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

CAZARES GASTELLUM, Blanca Margarita (a.k.a. CAZARES DE MEZA, Blanca Margarita; a.k.a. CAZARES GASTELUM, Blanca; a.k.a. CAZARES MESA, Blanca; a.k.a. CAZARES SALAZAR, Blanca Margarita; a.k.a. CAZARES, Blanca; a.k.a. CAZAREZ MESA, Blanca; a.k.a. CAZAREZ SALAZAR DE MEZA, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Chiquis; a.k.a. CAZAREZ, Chiquis; a.k.a. GASTELLUM CAZARES, Blanca Margarita; a.k.a. GASTELLUM, Blanca Margarita; a.k.a. GASTELUM CAZAREZ DE MEZA, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep

1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

CAZARES GASTELLUM, Victor Emilio (a.k.a. CAZARES GASTELUM, Victor Emilio; a.k.a. CAZARES SALAZAR, Victor Emilio; a.k.a. CAZAREZ GASTELUM, Victor; a.k.a. CAZAREZ SALAZAR, Victor Emilio; a.k.a. "EL LICENCIADO"; a.k.a. "EL VIEJO"), Mexico; DOB 08 Aug 1961; POB Guasavito, Guasave, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; C.U.R.P. CASV610808HSLZLC08 (Mexico) (individual) [SDNTK].

CAZARES GASTELUM, Blanca (a.k.a. CAZARES DE MEZA, Blanca Margarita; a.k.a. CAZARES GASTELLUM, Blanca Margarita; a.k.a. CAZARES MESA, Blanca; a.k.a. CAZARES SALAZAR, Blanca Margarita; a.k.a. CAZARES, Blanca; a.k.a. CAZAREZ MESA, Blanca; a.k.a. CAZAREZ SALAZAR DE MEZA, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Chiquis; a.k.a. CAZAREZ, Chiquis; a.k.a. GASTELLUM CAZARES, Blanca Margarita; a.k.a. GASTELLUM, Blanca Margarita; a.k.a. GASTELUM CAZAREZ DE MEZA, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep 1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen

Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

CAZARES GASTELUM, Victor Emilio (a.k.a. CAZARES GASTELLUM, Victor Emilio; a.k.a. CAZARES SALAZAR, Victor Emilio; a.k.a. CAZAREZ GASTELUM, Victor; a.k.a. CAZAREZ SALAZAR, Victor Emilio; a.k.a. "EL LICENCIADO"; a.k.a. "EL VIEJO"), Mexico; DOB 08 Aug 1961; POB Guasavito, Guasave, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; C.U.R.P. CASV610808HSLZLC08 (Mexico) (individual) [SDNTK].

CAZARES MESA, Blanca (a.k.a. CAZARES DE MEZA, Blanca Margarita; a.k.a. CAZARES GASTELLUM, Blanca Margarita; a.k.a. CAZARES GASTELUM, Blanca; a.k.a. CAZARES SALAZAR, Blanca Margarita; a.k.a. CAZARES, Blanca; a.k.a. CAZAREZ MESA, Blanca; a.k.a. CAZAREZ SALAZAR DE MEZA, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Chiquis; a.k.a. CAZAREZ, Chiquis; a.k.a. GASTELLUM CAZARES, Blanca Margarita; a.k.a. GASTELLUM, Blanca Margarita; a.k.a. GASTELUM CAZAREZ DE MEZA, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep 1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P.

CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

CAZARES SALAZAR, Blanca Margarita (a.k.a. CAZARES DE MEZA, Blanca Margarita; a.k.a. CAZARES GASTELLUM, Blanca Margarita; a.k.a. CAZARES GASTELUM, Blanca; a.k.a. CAZARES MESA, Blanca; a.k.a. CAZARES, Blanca; a.k.a. CAZAREZ MESA, Blanca; a.k.a. CAZAREZ SALAZAR DE MEZA, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Chiquis; a.k.a. CAZAREZ, Chiquis; a.k.a. GASTELLUM CAZARES, Blanca Margarita; a.k.a. GASTELLUM, Blanca Margarita; a.k.a. GASTELUM CAZAREZ DE MEZA, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep 1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

CAZARES SALAZAR, Victor Emilio (a.k.a. CAZARES GASTELLUM, Victor Emilio; a.k.a. CAZARES GASTELUM, Victor Emilio; a.k.a. CAZAREZ GASTELUM, Victor; a.k.a. CAZAREZ SALAZAR, Victor Emilio; a.k.a. "EL LICENCIADO"; a.k.a. "EL VIEJO"), Mexico; DOB 08 Aug 1961; POB Guasavito, Guasave, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; C.U.R.P.

CASV610808HSLZLC08 (Mexico) (individual) [SDNTK].

CAZARES, Blanca (a.k.a. CAZARES DE MEZA, Blanca Margarita; a.k.a. CAZARES GASTELLUM, Blanca Margarita; a.k.a. CAZARES GASTELUM, Blanca; a.k.a. CAZARES MESA, Blanca; a.k.a. CAZARES SALAZAR, Blanca Margarita; a.k.a. CAZAREZ MESA, Blanca; a.k.a. CAZAREZ SALAZAR DE MEZA, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Chiquis; a.k.a. CAZAREZ, Chiquis; a.k.a. GASTELLUM CAZARES, Blanca Margarita; a.k.a. GASTELLUM, Blanca Margarita; a.k.a. GASTELUM CAZAREZ DE MEZA, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep 1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

CAZAREZ GASTELUM, Victor (a.k.a. CAZARES GASTELLUM, Victor Emilio; a.k.a. CAZARES GASTELUM, Victor Emilio; a.k.a. CAZARES SALAZAR, Victor Emilio; a.k.a. CAZAREZ SALAZAR, Victor Emilio; a.k.a. "EL LICENCIADO"; a.k.a. "EL VIEJO"), Mexico; DOB 08 Aug 1961; POB Guasavito, Guasave, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; C.U.R.P. CASV610808HSLZLC08 (Mexico) (individual) [SDNTK].

CAZAREZ MESA, Blanca (a.k.a. CAZARES DE MEZA, Blanca Margarita; a.k.a. CAZARES GASTELLUM, Blanca Margarita; a.k.a. CAZARES GASTELUM, Blanca; a.k.a. CAZARES MESA, Blanca; a.k.a. CAZARES SALAZAR, Blanca Margarita; a.k.a. CAZARES, Blanca; a.k.a. CAZAREZ SALAZAR DE MEZA, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Chiquis; a.k.a. CAZAREZ, Chiquis; a.k.a. GASTELLUM CAZARES, Blanca Margarita; a.k.a. GASTELLUM, Blanca Margarita; a.k.a. GASTELUM CAZAREZ DE MEZA, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep 1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

CAZAREZ SALAZAR DE MEZA, Blanca Margarita (a.k.a. CAZARES DE MEZA, Blanca Margarita; a.k.a. CAZARES GASTELLUM, Blanca Margarita; a.k.a. CAZARES GASTELUM, Blanca; a.k.a. CAZARES MESA, Blanca; a.k.a. CAZARES SALAZAR, Blanca Margarita; a.k.a. CAZARES, Blanca; a.k.a. CAZAREZ MESA, Blanca; a.k.a. CAZAREZ SALAZAR, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Chiquis; a.k.a. CAZAREZ, Chiquis; a.k.a. GASTELLUM CAZARES, Blanca Margarita; a.k.a. GASTELLUM, Blanca Margarita; a.k.a. GASTELUM CAZAREZ DE

MEZA, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep 1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

CAZAREZ SALAZAR, Blanca Margarita (a.k.a. CAZARES DE MEZA, Blanca Margarita; a.k.a. CAZARES GASTELLUM, Blanca Margarita; a.k.a. CAZARES GASTELUM, Blanca; a.k.a. CAZARES MESA, Blanca; a.k.a. CAZARES SALAZAR, Blanca Margarita; a.k.a. CAZARES, Blanca; a.k.a. CAZAREZ MESA, Blanca; a.k.a. CAZAREZ SALAZAR DE MEZA, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Chiquis; a.k.a. CAZAREZ, Chiquis; a.k.a. GASTELLUM CAZARES, Blanca Margarita; a.k.a. GASTELLUM, Blanca Margarita; a.k.a. GASTELUM CAZAREZ DE MEZA, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139,

Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep 1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

CAZAREZ SALAZAR, Chiquis (a.k.a. CAZARES DE MEZA, Blanca Margarita; a.k.a. CAZARES GASTELLUM, Blanca Margarita; a.k.a. CAZARES GASTELUM, Blanca; a.k.a. CAZARES MESA, Blanca; a.k.a. CAZARES SALAZAR, Blanca Margarita; a.k.a. CAZARES, Blanca; a.k.a. CAZAREZ MESA, Blanca; a.k.a. CAZAREZ SALAZAR DE MEZA, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Blanca Margarita; a.k.a. CAZAREZ, Chiquis; a.k.a. GASTELLUM CAZARES, Blanca Margarita; a.k.a. GASTELLUM, Blanca Margarita; a.k.a. GASTELUM CAZAREZ DE MEZA, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep 1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

CAZAREZ SALAZAR, Victor Emilio (a.k.a. CAZARES GASTELLUM, Victor Emilio; a.k.a. CAZARES GASTELUM, Victor Emilio; a.k.a. CAZARES SALAZAR, Victor Emilio; a.k.a. CAZAREZ GASTELUM, Victor; a.k.a. "EL LICENCIADO"; a.k.a. "EL VIEJO"), Mexico; DOB 08 Aug 1961; POB Guasavito, Guasave, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; C.U.R.P. CASV610808HSLZLC08 (Mexico) (individual) [SDNTK].

CAZAREZ, Chiquis (a.k.a. CAZARES DE MEZA, Blanca Margarita; a.k.a. CAZARES GASTELLUM, Blanca Margarita; a.k.a. CAZARES GASTELUM, Blanca; a.k.a. CAZARES MESA, Blanca; a.k.a. CAZARES SALAZAR, Blanca Margarita; a.k.a. CAZARES, Blanca; a.k.a. CAZAREZ MESA, Blanca; a.k.a. CAZAREZ SALAZAR DE MEZA, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Chiquis; a.k.a. GASTELLUM CAZARES, Blanca Margarita; a.k.a. GASTELLUM, Blanca Margarita; a.k.a. GASTELUM CAZAREZ DE MEZA, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep 1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

CAZARIN MOLINA, Cesar (a.k.a. "DELGADO RENTERIA, Victor Hugo"; a.k.a. "TORNADO"), Mexico; DOB 06 Feb 1980; POB Veracruz, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAMC800206HVZZLS07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

CAZARIN MOLINA, Ivan (a.k.a. "DELGADO RENTERIA, Victor Hugo"; a.k.a. "EL TANQUE"), Mexico; DOB 15 Oct 1984; POB Veracruz, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAMI841015HVZZLV05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

CAZARIN RAMOS, Jahir, Mexico; DOB 18 Mar 1998; POB Veracruz, Mexico; nationality Mexico; Gender Male; C.U.R.P. CARJ980318HVZZMH01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

CB RENTA BANK JSC (a.k.a. WAYBANK JSC), Pyatnitskaya street, 57, b.1., Moscow 115184, Russia; SWIFT/BIC WJCMRUMM; Website waybank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7744003007 (Russia); Legal Entity Number 253400MZGXN18GHCN57; Registration Number 1027744003231 (Russia) [RUSSIA-EO14024].

CB SPUTNIK (a.k.a. BANK SPUTNIK; a.k.a. BANK SPUTNIK CJSC; a.k.a. CB SPUTNIK PJSC; a.k.a. COMMERCIAL BANK SPUTNIK PUBLIC JOINT-STOCK COMPANY; f.k.a. OPEN JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK'; a.k.a. PUBLIC JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK'), Agibalov St. 48, Office 70, Samara, Samarskaya, Oblast 443041, Russia; SWIFT/BIC CSPJRU33; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 1071 (Russia) [NPWMD].

CB SPUTNIK PJSC (a.k.a. BANK SPUTNIK; a.k.a. BANK SPUTNIK CJSC; a.k.a. CB SPUTNIK; a.k.a. COMMERCIAL BANK SPUTNIK PUBLIC JOINT-STOCK COMPANY; f.k.a. OPEN JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK'; a.k.a. PUBLIC JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK'), Agibalov St.

48, Office 70, Samara, Samarskaya, Oblast 443041, Russia; SWIFT/BIC CSPJRU33; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 1071 (Russia) [NPWMD].

CBG TECH DIS TICARET LIMITED SIRKETI, No:27/1 Zuhuratbaba Mahallesi, Sukran Ciftligi Sokak, Bakirkoy, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2030783989 (Turkey); Registration Number 380953 (Turkey) [RUSSIA-EO14024].

CCFW (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

CCIC SINGAPORE PTE. LTD., 81 Science Park Drive, #03-02 The Chadwick, Singapore Science Park 1, Singapore 118257, Singapore; 192 Pandan Loop, #04-26/27 Pantech Business Hub, Singapore 128381, Singapore; Website www.ccicsg.com; alt. Website www.ccic.com.sg; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Nov 1989; Registration Number 198905118G (Singapore)

[SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

CCP NCC (a.k.a. CENTRAL COUNTERPARTY NATIONAL CLEARING CENTER; a.k.a. NATIONAL CLEARING CENTER (Cyrillic: НЕБАНКОВСКАЯ КРЕДИТНАЯ ОРГАНИЗАЦИЯ-ЦЕНТРАЛЬНЫЙ КОНТРАГЕНТ НАЦИОНАЛЬНЫЙ КЛИРИНГОВЫЙ ЦЕНТР); a.k.a. "NCC"), 13 Bolshoy Kislovskii Per., Moscow 125009, Russia; SWIFT/BIC NCCBRUMM; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 30 May 2006; Target Type Financial Institution; Tax ID No. 7750004023 (Russia); Government Gazette Number 96537839 (Russia); Legal Entity Number 2534007UK6G30KDX1A47; Registration Number 1067711004481 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

CEAR GYM (a.k.a. BANLU COMERCIALIZADORA, S.A. DE C.V.; a.k.a. CENTRO DE ENTRENAMIENTO SEAR), Calle Jilguero 171, Fraccionamiento Los Sauces, Puerto Vallarta, Jalisco 48328, Mexico; Calle Volcan Popocatepetl 5250, Col. El Colli Urbano, Zapopan, Jalisco 45070, Mexico; Organization Type: Non-specialized wholesale trade; alt. Organization Type: Activities of sports clubs; R.F.C. BCO150928QF3 (Mexico); Folio Mercantil No. 92027 (Mexico) [ILLICIT-DRUGS-EO14059].

CEBALLOS BUENO, Johanna Patricia; DOB 08 May 1985; POB Bogota, Colombia; Cedula No. 53176500 (Colombia) (individual) [SDNTK] (Linked To: C.I. DEL ISTMO S.A.S.; Linked To: G&G INTERNACIONAL S.A.S.; Linked To: INDUITEX LTDA.; Linked To: SBT S.A.; Linked To: PROMESAS DEL FUTBOL COLOMBIANO S.A.).

CEBALLOS ICHASO, Remigio, Caracas, Capital District, Venezuela; DOB 01 May 1963; Gender Male; Cedula No. 6557495 (Venezuela) (individual) [VENEZUELA-EO13884].

CEC BELARUS (a.k.a. BELARUSIAN CENTRAL ELECTION COMMISSION; f.k.a. CENTRAL COMMISSION OF THE REPUBLIC OF BELARUS ON ELECTIONS AND HOLDING REPUBLICAN REFERENDA; a.k.a. CENTRAL ELECTION COMMISSION OF THE REPUBLIC OF BELARUS (Cyrillic: ЦЕНТРАЛЬНАЯ ИЗБИРАТЕЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ); f.k.a. TSENTRALNAYA KAMISIYA RESPUBLIKI BELARUS PA VYBARAKH I PRAVYADZENNI RESPUBLIKANSKIKH REFERENDUMAU (Cyrillic: ЦЭНТРАЛЬНІ КАМІСІЯ РЭСПУБЛІКІ БЕЛАРУСЬ ПА ВЫБАРАХ І ПРАВЯДЗЕННІ РЭСПУБЛІКАНСКІХ РЭФЕРЭНДУМАЎ); f.k.a. TSENTRALNAYA KOMISSIYA RESPUBLIKI BELARUS PO VYBORAM I PROVEDENIYU RESPUBLIKANSKIKH REFERENDUMOV (Cyrillic: ЦЕНТРАЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ ПО ВЫБОРАМ И ПРОВЕДЕНИЮ РЕСПУБЛИКАНСКИХ РЕФЕРЕНДУМОВ); a.k.a. "TSVK"), 11 Sovetskaya St., House of Government, Minsk 220010, Belarus; Target Type Government Entity [BELARUS] [BELARUS-EO14038].

CEC CHEMICAL CO., LTD. (a.k.a. CEC LIMITED; a.k.a. CEC LTD.; a.k.a. CEC PHARM CO LTD; a.k.a. CEC PHARMATECH LTD; a.k.a. CHINA ENRICHING CHEMISTRY; a.k.a. HANGZHOU HONGYAN TRADING CO., LTD; a.k.a. IAN LIMITED; a.k.a. SHANGHAI CANHE PHARMTECH CO LTD), Room 807, 8/F Building 6, No.333 Guiping Road, Shanghai 200233, China; 401, No.23, Changning Road 1277, Shanghai 200051, China; Website www.cecchem.com; alt. Website www.eric1234.com [SDNTK].

CEC LIMITED (a.k.a. CEC CHEMICAL CO., LTD.; a.k.a. CEC LTD.; a.k.a. CEC PHARM CO LTD; a.k.a. CEC PHARMATECH LTD; a.k.a. CHINA ENRICHING CHEMISTRY; a.k.a. HANGZHOU HONGYAN TRADING CO., LTD; a.k.a. IAN LIMITED; a.k.a. SHANGHAI CANHE PHARMTECH CO LTD), Room 807, 8/F Building 6, No.333 Guiping Road, Shanghai 200233, China; 401, No.23, Changning Road 1277, Shanghai 200051, China; Website www.cecchem.com; alt. Website www.eric1234.com [SDNTK].

CEC LTD. (a.k.a. CEC CHEMICAL CO., LTD.; a.k.a. CEC LIMITED; a.k.a. CEC PHARM CO LTD; a.k.a. CEC PHARMATECH LTD; a.k.a. CHINA ENRICHING CHEMISTRY; a.k.a. HANGZHOU HONGYAN TRADING CO., LTD; a.k.a. IAN LIMITED; a.k.a. SHANGHAI CANHE PHARMTECH CO LTD), Room 807, 8/F Building 6, No.333 Guiping Road, Shanghai 200233, China; 401, No.23, Changning Road 1277, Shanghai 200051, China; Website www.cecchem.com; alt. Website www.eric1234.com [SDNTK].

CEC PHARM CO LTD (a.k.a. CEC CHEMICAL CO., LTD.; a.k.a. CEC LIMITED; a.k.a. CEC LTD.; a.k.a. CEC PHARMATECH LTD; a.k.a. CHINA ENRICHING CHEMISTRY; a.k.a. HANGZHOU HONGYAN TRADING CO., LTD; a.k.a. IAN LIMITED; a.k.a. SHANGHAI CANHE PHARMTECH CO LTD), Room 807, 8/F Building 6, No.333 Guiping Road, Shanghai 200233, China; 401, No.23, Changning Road 1277, Shanghai 200051, China; Website www.cecchem.com; alt. Website www.eric1234.com [SDNTK].

CEC PHARMATECH LTD (a.k.a. CEC CHEMICAL CO., LTD.; a.k.a. CEC LIMITED; a.k.a. CEC LTD.; a.k.a. CEC PHARM CO LTD; a.k.a. CHINA ENRICHING CHEMISTRY; a.k.a. HANGZHOU HONGYAN TRADING CO., LTD; a.k.a. IAN LIMITED; a.k.a. SHANGHAI CANHE PHARMTECH CO LTD), Room 807, 8/F Building 6, No.333 Guiping Road, Shanghai 200233, China; 401, No.23, Changning Road 1277, Shanghai 200051, China; Website www.cecchem.com; alt. Website www.eric1234.com [SDNTK].

CECOEX, S.A., Panama City, Panama [CUBA].

CEIEC (Chinese Simplified: 中国电子进出口总公司) (a.k.a. CHINA NATIONAL ELECTRONIC IMPORT-EXPORT COMPANY; a.k.a. CHINA NATIONAL ELECTRONICS IMPORT AND EXPORT CORPORATION), Block A 6-23F, No. 17 Fuxing Road, Haidian District, Beijing 100036, China; Calle Orinoco, Torre Nordic, Piso 6, Las Mercedes, Caracas 1060, Venezuela; Website https://www.ceiec.com; Registration Number 16382287 (China); Unified Social Credit Code (USCC) 9111000010000106X1 (China) [VENEZUELA].

CELAJES DE YORK CDY SA, Limon, Costa Rica; Tax ID No. 3-101-313254 (Costa Rica) [ILLICIT-DRUGS-EO14059] (Linked To: MC DONALD RODRIGUEZ, Estefania).

CELESTIAL STAR CORPORATION, Suite 10, 3rd Floor, La Ciotat, Mont Fleuri, Mahe, Seychelles; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6437253 [UKRAINE-EO13662] [RUSSIA-EO14024].

CELESTIN, Rony, Haiti; DOB 24 Jun 1974; POB Hinche, Centre, Haiti; nationality Haiti; Gender Male; National ID No. 06-01-99-1974-06-00005 (Haiti) (individual) [ILLICIT-DRUGS-EO14059].

CELESTINO HERRERA, York Louis, Barcelona, Spain; DOB 07 Nov 1996; POB La Vega,

Dominican Republic; nationality Dominican Republic; alt. nationality Spain; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport XDB250498 (Spain); alt. Passport EM0642806 (Dominican Republic) issued 28 Feb 2013 expires 28 Feb 2019; National ID No. 24558183W (Dominican Republic) (individual) [DPRK4] (Linked To: YUN, Song Guk).

CELESTITE MARITIME INC, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 05 Mar 2024; Identification Number IMO 6481035; Company Number 124651 (Marshall Islands) [IRAN-EO13902].

CELIA ARMAS LTD, Room 8, 11th Floor, Wang Fai Industrial Building, 29 Luk Hop Street, San Po Kong, Hong Kong, China; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 10 May 2022; Identification Number IMO 642068; Company Number 3150768 (Hong Kong); Business Registration Number 74023931 (Hong Kong) [IRAN-EO13846].

CELIK, Abdulhamid (a.k.a. CELIK, Abdulhamit; a.k.a. CHELIK, Abdulhamit), Turkey; DOB 01 Feb 1968; POB Mardin, Kiziltepe, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U00093082 (Turkey); National ID No. 55735353242 (Turkey) (individual) [SDGT] [IFSR] (Linked To: SHAHRIYARI, Behnam).

CELIK, Abdulhamit (a.k.a. CELIK, Abdulhamid; a.k.a. CHELIK, Abdulhamit), Turkey; DOB 01 Feb 1968; POB Mardin, Kiziltepe, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U00093082 (Turkey); National ID No. 55735353242 (Turkey) (individual) [SDGT] [IFSR] (Linked To: SHAHRIYARI, Behnam).

CELIK, Ozgur Hasan (a.k.a. CHELIK, Yozgyur Hasan; a.k.a. HASAN, Chelik), Turkey; DOB 19 May 1976; POB Istanbul, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 22694157006 (Turkey) (individual) [RUSSIA-EO14024] (Linked To:

MIREX HAVACILIK VE SAVUNMA SANAYI TICARET ANONIM SERKETI).

CELIS DURANGO, Alexander (a.k.a. "Bayron"), Colombia; DOB 05 Aug 1978; POB Necocli, Antioquia, Colombia; nationality Colombia; Gender Male; Cedula No. 10933010 (Colombia) (individual) [ILLICIT-DRUGS-EO14059].

CELULANDIA TALLER & STORE SAN LUIS SON (a.k.a. CELULANDIA TALLER & STORE SLRC; a.k.a. CELULANDIA TALLER AND STORE SAN LUIS SON; a.k.a. CELULANDIA TALLER AND STORE SLRC; a.k.a. "CELULANDIA_SLRC"; a.k.a. "CELULANDIASLRC"; a.k.a. "CTS SLRC"), San Luis Rio Colorado, Sonora, Mexico; Avenida Libertad y 14, Residencias, San Luis Rio Colorado, Sonora, Mexico; Avenida Obregon y 18, San Luis Rio Colorado, Sonora, Mexico; Website https://celulandiatallerstore.negocio.site/; Organization Established Date 19 Aug 2017; Organization Type: Retail sale of information and communications equipment in specialized stores; R.F.C. GAVJ870112DP3 (Mexico) [ILLICIT-DRUGS-EO14059] (Linked To: GARCIA VELAZCO, Jorge Alejandro; Linked To: GONZALEZ CORDERO, Mayra Gisel).

CELULANDIA TALLER & STORE SLRC (a.k.a. CELULANDIA TALLER & STORE SAN LUIS SON; a.k.a. CELULANDIA TALLER AND STORE SAN LUIS SON; a.k.a. CELULANDIA TALLER AND STORE SLRC; a.k.a. "CELULANDIA_SLRC"; a.k.a. "CELULANDIASLRC"; a.k.a. "CTS SLRC"), San Luis Rio Colorado, Sonora, Mexico; Avenida Libertad y 14, Residencias, San Luis Rio Colorado, Sonora, Mexico; Avenida Obregon y 18, San Luis Rio Colorado, Sonora, Mexico; Website https://celulandiatallerstore.negocio.site/; Organization Established Date 19 Aug 2017; Organization Type: Retail sale of information and communications equipment in specialized stores; R.F.C. GAVJ870112DP3 (Mexico) [ILLICIT-DRUGS-EO14059] (Linked To: GARCIA VELAZCO, Jorge Alejandro; Linked To: GONZALEZ CORDERO, Mayra Gisel).

CELULANDIA TALLER AND STORE SAN LUIS SON (a.k.a. CELULANDIA TALLER & STORE SAN LUIS SON; a.k.a. CELULANDIA TALLER & STORE SLRC; a.k.a. CELULANDIA TALLER AND STORE SLRC; a.k.a. "CELULANDIA_SLRC"; a.k.a. "CELULANDIASLRC"; a.k.a. "CTS SLRC"), San Luis Rio Colorado, Sonora, Mexico; Avenida

Libertad y 14, Residencias, San Luis Rio Colorado, Sonora, Mexico; Avenida Obregon y 18, San Luis Rio Colorado, Sonora, Mexico; Website https://celulandiatallerstore.negocio.site/; Organization Established Date 19 Aug 2017; Organization Type: Retail sale of information and communications equipment in specialized stores; R.F.C. GAVJ870112DP3 (Mexico) [ILLICIT-DRUGS-EO14059] (Linked To: GARCIA VELAZCO, Jorge Alejandro; Linked To: GONZALEZ CORDERO, Mayra Gisel).

CELULANDIA TALLER AND STORE SLRC (a.k.a. CELULANDIA TALLER & STORE SAN LUIS SON; a.k.a. CELULANDIA TALLER & STORE SLRC; a.k.a. CELULANDIA TALLER AND STORE SAN LUIS SON; a.k.a. "CELULANDIA_SLRC"; a.k.a. "CELULANDIASLRC"; a.k.a. "CTS SLRC"), San Luis Rio Colorado, Sonora, Mexico; Avenida Libertad y 14, Residencias, San Luis Rio Colorado, Sonora, Mexico; Avenida Obregon y 18, San Luis Rio Colorado, Sonora, Mexico; Website https://celulandiatallerstore.negocio.site/; Organization Established Date 19 Aug 2017; Organization Type: Retail sale of information and communications equipment in specialized stores; R.F.C. GAVJ870112DP3 (Mexico) [ILLICIT-DRUGS-EO14059] (Linked To: GARCIA VELAZCO, Jorge Alejandro; Linked To: GONZALEZ CORDERO, Mayra Gisel).

CEMENT INDUSTRY INVESTMENT AND DEVELOPMENT COMPANY, Number 20, W. Nahid Street, Africa Blvd, Tehran, Iran; Website www.cidco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 218006 (Iran) [SDGT] [IFSR] (Linked To: TOSE-E MELLI GROUP INVESTMENT COMPANY).

CENG, Guowei (a.k.a. TSANG, Erick; a.k.a. TSANG, Erick Kwok-wai; a.k.a. TSANG, Kwok-wai (Chinese Traditional: 曾國衞; Chinese Simplified: 曾国卫); a.k.a. ZENG, Guowei), Flat 5F, Block 6, New Jade Gardens, Chaiwan, Hong Kong; DOB 01 Sep 1963; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. E9963190 (Hong Kong); Secretary for Constitutional and Mainland Affairs (individual) [HK-EO13936].

CENTENO RIVERA, Leonidas Nicolas, Jinotega, Nicaragua; DOB 06 Dec 1958; POB Nicaragua; nationality Nicaragua; Gender Male; National ID No. 2430612580000C (Nicaragua) (individual) [NICARAGUA].

CENTER FOR ADVANCED SYSTEMS RESEARCH (a.k.a. ADVANCED SYSTEMS RESEARCH COMPANY; a.k.a. ASRC; a.k.a. CRAS; a.k.a. PISHRO COMPANY; a.k.a. PISHRO SYSTEMS RESEARCH COMPANY), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

CENTER FOR INNOVATION AND TECHNOLOGY COOPERATION (f.k.a. OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. OFFICE OF SCIENTIFIC AND TECHNICAL COOPERATION; f.k.a. PRESIDENCY OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. TECHNOLOGY COOPERATION OFFICE; a.k.a. "CITC"; f.k.a. "OSIS"; f.k.a. "POSIS"; a.k.a. "TCO"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

CENTER FOR INSPECTING ORGANISED CRIMES (a.k.a. CENTER FOR THE STUDY OF ORGANIZED CRIME; a.k.a. CENTER TO INVESTIGATE ORGANIZED CRIME; a.k.a. CYBER CRIME OFFICE), Tehran, Iran; Website http://www.gerdab.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

CENTER FOR SCIENTIFIC AND TECHNICAL SERVICES DINAMIKA (a.k.a. JOINT STOCK COMPANY CENTER OF RESEARCH AND TECHNOLOGY SERVICES DINAMIKA), Shkolnaya st., 9/18, Zhukovsky, Moscow Region 140184, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 May 1995; Tax ID No. 5013026936 (Russia); Registration Number 1025001624636 (Russia) [RUSSIA-EO14024].

CENTER FOR SCIENTIFIC-RESEARCH AND PRODUCTION WORK (a.k.a. LLC CENTER OF THE SCIENCE RESEARCH AND PRODUCTION WORKS; a.k.a. TSENTR NAUCHNO ISSLEDOVATELSKIKH I PROIZVODSTVENNYKH RABOT (Cyrillic: ЦЕНТР НАУЧНО ИССЛЕДОВАТЕЛЬСКИХ И ПРОИЗВОДСТВЕННЫХ РАБОТ); a.k.a. "LLC CNIPR"), Ul. Tsentralnaya d. 19, Kogalym 628483, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 8608053410 (Russia); Registration Number 1088608000436 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

CENTER FOR SUPPORT AND DEVELOPMENT OF PUBLIC INITIATIVE CREATIVE DIPLOMACY (Cyrillic: ЦЕНТР ПОДДЕРЖКИ И РАЗВИТИЯ ОБЩЕСТВЕННЫХ ИНИЦИАТИВ КРЕАТИВИАЯ ДИПЛОМАТИЯ) (a.k.a. "CREATIVE DIPLOMACY" (Cyrillic: "КРЕАТИВНАЯ ДИПЛОМАТИЯ"); a.k.a. "PICREADI"; a.k.a. "PUBLIC INITIATIVE CREATIVE DIPLOMACY" (Cyrillic: "ОБЩЕСТВЕННЫХ ИНИЦИАТИВ КРЕАТИВНАЯ ДИПЛОМАТИЯ")), ul. Kuusinena, d. 11, korp. 1, Moscow 125252, Russia (Cyrillic: ул. Куусинена, д. 11, корп. 1, Москва 125252, Russia); Website picreadi.ru; alt. Website picreadi.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Activities of political organizations; Target Type Charity or Nonprofit Organization; Tax ID No. 7714400021 (Russia); Registration Number 1117799005587 (Russia) issued 2010 [RUSSIA-EO14024] (Linked To: BURLINOVA, Natalya Valeryevna).

CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MINSK GUVD (a.k.a. AKRESCINA JAIL; a.k.a. AKRESTSINA; a.k.a. AKRESTSINA DETENTION CENTER; a.k.a. AKRESTSINA JAIL; a.k.a. CENTRE FOR ISOLATION OF OFFENDERS OF THE CHIEF DIRECTORATE OF THE INTERIOR OF MINSK EXECUTIVE COMMITTEE; a.k.a. INSTITUTION CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE; a.k.a. OKRESTINA; a.k.a. OKRESTINA STREET DETENTION FACILITY; a.k.a. TSENTR IZALYATSYI PRAVANARUSHALNIKAU HUUS MINHARVYKANKAMA (Cyrillic: ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГУУС МІНГАРВЫКАНКАМА); a.k.a. TSENTR IZOLYATSII PRAVONARUSHITELEI GUVD MINGORISPOLKOMA (Cyrillic: ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГУВД МИНГОРИСПОЛКОМА); a.k.a. UCHREZHDENIYE TSENTR IZOLYATSII PRAVONARUSHITELEI GLAVNOVO UPRAVLENIYA VNUTRENNIKH DEL MINSKOVO GORODSKOVO ISPOLNITELNOVO KOMITETA (Cyrillic: УЧРЕЖДЕНИЕ ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГЛАВНОГО УПРАВЛЕНИЯ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. USTANOVA TSENTR IZALYATSYI PRAVANARUSHALNIKAU HALOUNAHA UPRAULENIYA UNUTRANYKH SPRAU MINSKAHA GARADSKOHA VYKANAUCHANA KAMITETA (Cyrillic: УСТАНОВА ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГАЛОЎНАГА ЎПРАЎЛЕННЯ ЎНУТРАНЫХ СПРАЎ МІНСКАГА ГАРАДСКОГА ВЫКАНАЎЧАГА КАМІТЭТА)), per. 1-st Okrestina, d. 36, Minsk 220028, Belarus

(Cyrillic: пер. 1-й Окрестина, д. 36, г. Минск 220028, Belarus); Registration Number 191291828 (Belarus) [BELARUS].

CENTER FOR THE STUDY OF ORGANIZED CRIME (a.k.a. CENTER FOR INSPECTING ORGANISED CRIMES; a.k.a. CENTER TO INVESTIGATE ORGANIZED CRIME; a.k.a. CYBER CRIME OFFICE), Tehran, Iran; Website http://www.gerdab.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

CENTER FOR UNMANNED SYSTEMS OF THE TULA REGION (a.k.a. OOO TSENTR BESPILOTNYKH SISTEM; a.k.a. "TSBS"), Ul. Kirova, D. 135, K. 1, Pomeshch 9, Pomeshch 15, Tula 300004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Feb 2023; Tax ID No. 7100032961 (Russia); Registration Number 1237100001467 (Russia) [RUSSIA-EO14024].

CENTER OF CALL FOR WISDOM (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE

KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a.

RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

CENTER OF DIGITAL TECHNOLOGIES (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTR TSIFROVYKH TEKHNOLOGII), Ul. Pavlova 2 A, Kazan 420127, Russia; Ul. Dementyeva d. 1, Kazan 420036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1661042795 (Russia); Registration

Number 1141690092367 (Russia) [RUSSIA-EO14024].

CENTER TO INVESTIGATE ORGANIZED CRIME (a.k.a. CENTER FOR INSPECTING ORGANISED CRIMES; a.k.a. CENTER FOR THE STUDY OF ORGANIZED CRIME; a.k.a. CYBER CRIME OFFICE), Tehran, Iran; Website http://www.gerdab.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

CENTRAL BANK OF IRAN (a.k.a. BANK MARKAZI IRAN; a.k.a. BANK MARKAZI JOMHOURI ISLAMI IRAN; a.k.a. CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN (Arabic: بانک مرکزی جمهوری اسلامی ایران)), PO Box 15875/7177, 144 Mirdamad Blvd, Tehran, Iran; 213 Ferdowsi Avenue, Tehran 11365, Iran; Mirdamad Blvd, 144 - P.O. Box 15875/7/77, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [IRAN] [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

CENTRAL BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, 58-1 Mansu-dong, Sungri Street, Central District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN (Arabic: بانک مرکزی جمهوری اسلامی ایران) (a.k.a. BANK MARKAZI IRAN; a.k.a. BANK MARKAZI JOMHOURI ISLAMI IRAN; a.k.a. CENTRAL BANK OF IRAN), PO Box 15875/7177, 144 Mirdamad Blvd, Tehran, Iran; 213 Ferdowsi Avenue, Tehran 11365, Iran; Mirdamad Blvd, 144 - P.O. Box 15875/7/77, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [IRAN] [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

CENTRAL BANK OF VENEZUELA (a.k.a. BANCO CENTRAL DE VENEZUELA), Av. Urdaneta, Esquina Las Carmelitas, Edif. Banco Central, Caracas, Venezuela; Av. Urdaneta, Esquina de Carmelitas, Distrito Capital, Caracas 1010, Venezuela; SWIFT/BIC BCVEVECA; Tax ID No. G200001100 (Venezuela) [VENEZUELA-EO13850].

CENTRAL COMMISSION OF THE REPUBLIC OF BELARUS ON ELECTIONS AND HOLDING REPUBLICAN REFERENDA (a.k.a. BELARUSIAN CENTRAL ELECTION COMMISSION; a.k.a. CEC BELARUS; a.k.a. CENTRAL ELECTION COMMISSION OF THE REPUBLIC OF BELARUS (Cyrillic: ЦЕНТРАЛЬНАЯ ИЗБИРАТЕЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ); f.k.a. TSENTRALNAYA KAMISIYA RESPUBLIKI BELARUS PA VYBARAKH I PRAVYADZENNI RESPUBLIKANSKIKH REFERENDUMAU (Cyrillic: ЦЭНТРАЛЬНАЯ КАМІСІЯ РЭСПУБЛІКІ БЕЛАРУСЬ ПА ВЫБАРАХ І ПРАВЯДЗЕННІ РЭСПУБЛІКАНСКІХ РЭФЕРЭНДУМАЎ); f.k.a. TSENTRALNAYA KOMISSIYA RESPUBLIKI BELARUS PO VYBORAM I PROVEDENIYU RESPUBLIKANSKIKH REFERENDUMOV (Cyrillic: ЦЕНТРАЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ ПО ВЫБОРАМ И ПРОВЕДЕНИЮ РЕСПУБЛИКАНСКИХ РЕФЕРЕНДУМОВ); a.k.a. "TSVK"), 11 Sovetskaya St., House of Government, Minsk 220010, Belarus; Target Type Government Entity [BELARUS] [BELARUS-EO14038].

CENTRAL COMMITTEE BUREAU 39 (a.k.a. BUREAU 39; a.k.a. DIVISION 39; a.k.a. OFFICE #39; a.k.a. OFFICE 39; a.k.a. OFFICE NO. 39; a.k.a. "THIRD FLOOR"), Second KWP Government Building (Korean - Ch'o'ngsa), Chungso'ng, Urban Town (Korean - Dong), Chung Ward, Pyongyang, Korea, North; Chung-Guyok (Central District), Sosong Street, Kyongrim-Dong, Pyongyang, Korea, North; Changgwang Street, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

CENTRAL COUNTERPARTY NATIONAL CLEARING CENTER (a.k.a. CCP NCC; a.k.a. NATIONAL CLEARING CENTER (Cyrillic: НЕБАНКОВСКАЯ КРЕДИТНАЯ ОРГАНИЗАЦИЯ-ЦЕНТРАЛЬНЫЙ КОНТРАГЕНТ НАЦИОНАЛЬНЫЙ КЛИРИНГОВЫЙ ЦЕНТР); a.k.a. "NCC"), 13 Bolshoy Kislovskii Per., Moscow 125009, Russia; SWIFT/BIC NCCBRUMM; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 30 May 2006; Target Type Financial Institution; Tax ID No. 7750004023 (Russia); Government Gazette Number 96537839 (Russia); Legal Entity Number 2534007UK6G30KDX1A47; Registration Number 1067711004481 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

CENTRAL DESIGN BUREAU FOR AUTOMATICS ENGINEERING JSC (a.k.a. JOINT STOCK COMPANY CENTRAL DESIGN BUREAU OF AUTOMATICS; a.k.a. "TSKBA AO"), PR-KT Kosmicheskii D. 24 A, Omsk 644027, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Sep 1949; Tax ID No. 5506202219 (Russia); Registration Number 1085543005976 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

CENTRAL DESIGN BUREAU OF APPARATUS ENGINEERING (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTRALNOE KONSTRUKTORSKOE BYURO APPARATOSTROENIYA; a.k.a. "AO TSKBA"; a.k.a. "APPARATUS DEVELOPMENT JOINT STOCK COMPANY"; a.k.a. "JSC CDBAE"), 36, ul Demonstratsii, Tula 300034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7106002868 (Russia); Registration Number 1027100740941 (Russia) [RUSSIA-EO14024].

CENTRAL DESIGN BUREAU USC-ICEBERG JSC (a.k.a. ICEBERG CENTRAL DESIGN BUREAU; a.k.a. JSC TSKB AYSBERG (Cyrillic: АО ЦКБ АЙСБЕРГ); a.k.a. UNITED SHIPBUILDING CORPORATION JSC AYSBERG CENTRAL DESIGN BUILDING; a.k.a. USC-ICEBERG CENTRAL DESIGN BUREAU), 36 Bolshoi Ave. V. I., St. Petersburg 199034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801005606 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

CENTRAL DESIGN DEPARTMENT PELENG (f.k.a. ENGINEERING DEPARTMENT OF VAVILOVA PLANT; a.k.a. PELENG JOINT-STOCK COMPANY; a.k.a. PELENG JSC (Cyrillic: ПЕЛЕНГ); a.k.a. PELENG OAO), 25 Makayonka St., Minsk 220114, Belarus; 25

Makaenka St., Minsk 220114, Belarus; Organization Established Date 11 Mar 1994; Government Gazette Number 07526946 (Belarus); Registration Number 100230519 (Belarus) [BELARUS-EO14038].

CENTRAL ELECTION COMMISSION OF THE REPUBLIC OF BELARUS (Cyrillic: ЦЕНТРАЛЬНАЯ ИЗБИРАТЕЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ) (a.k.a. BELARUSIAN CENTRAL ELECTION COMMISSION; a.k.a. CEC BELARUS; f.k.a. CENTRAL COMMISSION OF THE REPUBLIC OF BELARUS ON ELECTIONS AND HOLDING REPUBLICAN REFERENDA; f.k.a. TSENTRALNAYA KAMISIYA RESPUBLIKI BELARUS PA VYBARAKH I PRAVYADZENNI RESPUBLIKANSKIKH REFERENDUMAU (Cyrillic: ЦЭНТРАЛЬНАЯ КАМІСІЯ РЭСПУБЛІКІ БЕЛАРУСЬ ПА ВЫБАРАХ І ПРАВЯДЗЕННІ РЭСПУБЛІКАНСКІХ РЭФЕРЭНДУМАЎ); f.k.a. TSENTRALNAYA KOMISSIYA RESPUBLIKI BELARUS PO VYBORAM I PROVEDENIYU RESPUBLIKANSKIKH REFERENDUMOV (Cyrillic: ЦЕНТРАЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ ПО ВЫБОРАМ И ПРОВЕДЕНИЮ РЕСПУБЛИКАНСКИХ РЕФЕРЕНДУМОВ); a.k.a. "TSVK"), 11 Sovetskaya St., House of Government, Minsk 220010, Belarus; Target Type Government Entity [BELARUS] [BELARUS-EO14038].

CENTRAL ELECTION COMMISSION OF THE RUSSIAN FEDERATION (Cyrillic: ЦЕНТРАЛЬНАЯ ИЗБИРАТЕЛЬНАЯ КОМИССИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ) (a.k.a. TSENTRALNAYA IZBIRATELNAYA KOMISSIYA ROSSIISKOI FEDERATSII; a.k.a. TSENTRIZBIRKOM (Cyrillic: ЦЕНТРИЗБИРКОМ); a.k.a. TSIK ROSSII (Cyrillic: ЦИК РОССИИ)), Bolshoy Cherkassky Pereulok, Building 9, Moscow 109012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Dec 1993; Target Type Government Entity; Tax ID No. 7710010990 (Russia); Government Gazette Number 00065650 (Russia); Registration Number 1027700466640 (Russia) [RUSSIA-EO14024].

CENTRAL INSTITUTE OF AVIATION MOTORS (a.k.a. "CIAM" (Cyrillic: "ЦИАМ")), ul. Aviamotornaya, D. 2, Moscow 111116, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722497881 (Russia); Registration Number 1217700087285 (Russia) [RUSSIA-EO14024].

CENTRAL NATIONAL BANK OF THE DONETSK PEOPLE'S REPUBLIC (a.k.a. CENTRAL REPUBLIC BANK), Prospekt Mira 8a, Donetsk 83015, Ukraine; Website www.crb-dnr.ru; Email Address bank@crb-dnr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

CENTRAL POLICE RESERVE (a.k.a. ABU TIRA; a.k.a. CENTRAL RESERVE FORCES; a.k.a. CENTRAL RESERVE POLICE; a.k.a. EL ITTIHAD EL MARKAZI), Sudan; Organization Type: Public order and safety activities [GLOMAG].

CENTRAL PUBLIC PROSECUTORS OFFICE, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Public order and safety activities; Target Type Government Entity [DPRK2].

CENTRAL REPUBLIC BANK (a.k.a. CENTRAL NATIONAL BANK OF THE DONETSK PEOPLE'S REPUBLIC), Prospekt Mira 8a, Donetsk 83015, Ukraine; Website www.crb-dnr.ru; Email Address bank@crb-dnr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

CENTRAL RESEARCH INSTITUTE FOR SPECIAL MACHINERY (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT SPETSIALNOGO MASHINOSTROENIIA; a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTRALNYJ NAUCHNO LSSLEDOVATELSKIJ LNSTITUT SPETSIALNOGO MASH; a.k.a. JOINT STOCK COMPANY CENTRAL SCIENTIFIC RESEARCH INSTITUTE FOR SPECIAL MACHINE BUILDING; a.k.a. "AO TSNIISM"; a.k.a. "CRISM JSC"), 34 Zavodskaya St., Khotkovo 141371, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5042003203 (Russia); Registration Number 1025005330646 (Russia) [RUSSIA-EO14024].

CENTRAL RESEARCH INSTITUTE OF ROBOTICS AND TECHNICAL CYBERNETICS (a.k.a. FEDERAL STATE AUTONOMOUS SCIENTIFIC INSTITUTION CENTRAL RESEARCH AND EXPERIMENTAL AND DESIGN INSTITUTE OF ROBOTICS AND TECHNICAL CYBERNETICS; a.k.a. RUSSIAN STATE SCIENTIFIC CENTER FOR ROBOTICS AND TECHNICAL CYBERNETICS; a.k.a. TSNII RTK), Prosp Tikhoretskii 21, St. Petersburg 194064, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Government Entity; Tax ID No. 7804023410 (Russia); Registration Number 1027802484852 (Russia) [RUSSIA-EO14024].

CENTRAL RESEARCH INSTITUTE OF THE RUSSIAN AIR AND SPACE FORCES (a.k.a. FEDERALNOE GOSUDARSTVENNOE BJUDZHETNOE UCHREZHDENIE TSENTRALNYJ NAUCHNO-ISSLEDOVATELSKIJ INSTITUT VOJSK VOSDUSHNO-KOSMICHESKOJ OBORONY MINOBORONY ROSSII; a.k.a. FGBU TSNII VVKO MINOBORONY ROSSII; a.k.a. "TSNII VVKO"), 32 Afanasiya Nikitina Waterfront, Tver 170026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5018163975 (Russia); Registration Number 1145018002711 (Russia) [RUSSIA-EO14024].

CENTRAL RESEARCH RADIO ENGINEERING INSTITUTE NAMED AFTER ACADEMICIAN A I BERG (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTRALNYI NAUCHNO ISSLEDOVATELSKII RADIOTEKHNICHESKII INSTITUIMENI AKADEMIKA A I BERGA; a.k.a. AO TSNIRTI IM AKADEMIKA A I BERGA; a.k.a. JOINT STOCK COMPANY TSNIRTI NAMED AFTER ACADEMICIAN A I BERG; a.k.a. "108 INSTITUTE"), 20 Nova Basmanna Street, Building 9, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701039940 (Russia); Registration Number 1167746458648 (Russia) [RUSSIA-EO14024].

CENTRAL RESERVE FORCES (a.k.a. ABU TIRA; a.k.a. CENTRAL POLICE RESERVE; a.k.a. CENTRAL RESERVE POLICE; a.k.a. EL ITTIHAD EL MARKAZI), Sudan; Organization Type: Public order and safety activities [GLOMAG].

CENTRAL RESERVE POLICE (a.k.a. ABU TIRA; a.k.a. CENTRAL POLICE RESERVE; a.k.a. CENTRAL RESERVE FORCES; a.k.a. EL ITTIHAD EL MARKAZI), Sudan; Organization Type: Public order and safety activities [GLOMAG].

CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS (Cyrillic: ЦЕНТРАЛЬНЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ

АВТОМАТИКИ И ГИДРАВЛИКИ) (a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER CENTRAL RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS; a.k.a. JSC CENTRAL RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS; a.k.a. TSENTRALNYY NAUCHNOISSLEDOVATELSKIY INSTITUT AVTOMATIKI I GIDRAVLIKI; a.k.a. TSNIIAG (Cyrillic: ЦНИИАГ)), 5 Sovetskoy Armii St., Moscow 127018, Russia; Website https://cniiag.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Jan 2012; Tax ID No. 7715900066 (Russia) [RUSSIA-EO14024].

CENTRE CHINOIS DE DEVELOPPEMENT ECONOMIQUE ET COMMERCIAL AU BENIN SARL, Placodji Kpodji 133, Lot 541-A,, Porte 8, Rue 657, Et 864B, Cotonou, Benin; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Jul 2008; Registration Number RB/COT/08B3414 (Benin) [RUSSIA-EO14024].

CENTRE DE LOISIR SAFARI CLUB (a.k.a. SAFARI CLUB; a.k.a. "SAFARI BEACH"), Nsele, Kinshasa, Congo, Democratic Republic of the; Gombe, Kinshasa, Congo, Democratic Republic of the; Registration ID 1322 (Congo, Democratic Republic of the) [DRCONGO] (Linked To: OLENGA, Francois).

CENTRE D'ETUDES ET RECHERCHES (a.k.a. SCIENTIFIC STUDIES AND RESEARCH CENTER; a.k.a. "SSRC"), P.O. Box 4470, Damascus, Syria [NPWMD].

CENTRE FOR ISOLATION OF OFFENDERS OF THE CHIEF DIRECTORATE OF THE INTERIOR OF MINSK EXECUTIVE COMMITTEE (a.k.a. AKRESCINA JAIL; a.k.a. AKRESTSINA; a.k.a. AKRESTSINA DETENTION CENTER; a.k.a. AKRESTSINA JAIL; a.k.a. CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MINSK GUVD; a.k.a. INSTITUTION CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE; a.k.a. OKRESTINA; a.k.a. OKRESTINA STREET DETENTION FACILITY; a.k.a. TSENTR IZALYATSYI PRAVANARUSHALNIKAU HUUS MINHARVYKANKAMA (Cyrillic: ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГУУС МІНГАРВЫКАНКАМА); a.k.a. TSENTR IZOLYATSII PRAVONARUSHITELEI GUVD MINGORISPOLKOMA (Cyrillic: ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГУВД МИНГОРИСПОЛКОМА); a.k.a. UCHREZHDENIYE TSENTR IZOLYATSII PRAVONARUSHITELEI GLAVNOVO UPRAVLENIYA VNUTRENNIKH DEL MINSKOVO GORODSKOVO ISPOLNITELNOVO KOMITETA (Cyrillic: УЧРЕЖДЕНИЕ ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГЛАВНОГО УПРАВЛЕНИЯ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. USTANOVA TSENTR IZALYATSYI PRAVANARUSHALNIKAU HALOUNAHA UPRAULENIYA UNUTRANYKH SPRAU MINSKAHA GARADSKOHA VYKANAUCHAHA KAMITETA (Cyrillic: УСТАНОВА ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГАЛОЎНАГА ЎПРАЎЛЕННЯ ЎНУТРАНЫХ СПРАЎ МІНСКАГА ГАРАДСКОГА ВЫКАНАЎЧАГА КАМІТЭТА)), пер. 1-st Okrestina, d. 36, Minsk 220028, Belarus (Cyrillic: пер. 1-й Окрестина, д. 36, г. Минск 220028, Belarus); Registration Number 191291828 (Belarus) [BELARUS].

CENTRE OF FINANCIAL TECHNOLOGIES GROUP (a.k.a. ZAO TSFT), Ul. Shaturskaya D. 2, Novosibirsk 630055, Russia; Ul. Tekhnoparkovaya Str. 1, Office 208, Koltsovo 630559, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5407125059 (Russia); Registration Number 1025403199689 (Russia) [RUSSIA-EO14024].

CENTRE OF LOYALTY PROGRAMMES (a.k.a. JOINT STOCK COMPANY LOYALTY PROGRAMS CENTER; a.k.a. LPC JSC), 3 Poklonnaya St., floor 3, office 120, Moscow 121170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7702770003 (Russia); Registration Number 1117746689840 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

CENTRINA UNITED SDN BHD, 163-D-4, Wisma Seri Perak, Jalan Perak, George Town 10150, Malaysia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 201801000579 (Malaysia) [RUSSIA-EO14024].

CENTRKURORT (a.k.a. DZYARZHAUNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: ДЗЯРЖАЎНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. GOSUDARSTVENNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: ГОСУДАРСТВЕННОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. REPUBLICAN UNITARY ENTERPRISE TSENTRKURORT; a.k.a. RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: РЭСПУБЛІКАНСКАЕ ЎНІТАРНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. RESPUBLIKANSKOYE UNITARNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. STATE ENTERPRISE TSENTRKURORT; a.k.a. TSENTRKURORT), ul. Myasnikova, d. 39, kom. 338, Minsk 220048, Belarus (Cyrillic: ул. Мясникова, д. 39, ком. 338, г. Минск 220048, Belarus); Organization Established Date 19 Jul 2000; Organization Type: Tour operator activities; alt. Organization Type: Travel agency activities; Target Type State-Owned Enterprise; Registration Number 100726604 (Belarus) [BELARUS-EO14038].

CENTRO COMERCIAL Y HABITACIONAL LOMAS, S.A. DE C.V., Boulevard Emiliano Zapata #3125, Colonia Lomas Del Boulevard, Culiacan, Sinaloa 80110, Mexico [SDNTK].

CENTRO DE CAPACITACION DEL MINISTERIO DEL INTERIOR DE LA FEDERACION DE RUSIA EN MANAGUA (a.k.a. TRAINING CENTER OF THE MINISTRY OF THE INTERIOR OF THE RUSSIAN FEDERATION IN MANAGUA; a.k.a. TRAINING CENTER OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS IN MANAGUA (Cyrillic: УЧЕБНЫЙ ЦЕНТР МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИИ В МАНАГУА); a.k.a. "CENTRO DE CAPACITACION ANTINARCOTICO RUSIA-NICARAGUA"; a.k.a. "MVD TRAINING CENTER" (Cyrillic: "УЧЕБНЫЙ ЦЕНТР МВД"); a.k.a. "RUSSIA-NICARAGUA ANTI-NARCOTICS TRAINING CENTER"), Las Colinas, 3a Etapa, Managua 14199, Nicaragua; Organization Established Date 01 Oct 2017; Target Type Government Entity [NICARAGUA] (Linked To: NICARAGUAN NATIONAL POLICE).

CENTRO DE DIAGNOSTICO AUTOMOTRIZ EJE BANANERO S.A., Carrera 104 No. 96-97, Apartado, Antioquia, Colombia; NIT # 900228328 (Colombia) [SDNTK].

CENTRO DE ENTRENAMIENTO SEAR (a.k.a. BANLU COMERCIALIZADORA, S.A. DE C.V.; a.k.a. CEAR GYM), Calle Jilguero 171, Fraccionamiento Los Sauces, Puerto Vallarta, Jalisco 48328, Mexico; Calle Volcan Popocatepetl 5250, Col. El Colli Urbano,

Zapopan, Jalisco 45070, Mexico; Organization Type: Non-specialized wholesale trade; alt. Organization Type: Activities of sports clubs; R.F.C. BCO150928QF3 (Mexico); Folio Mercantil No. 92027 (Mexico) [ILLICIT-DRUGS-EO14059].

CENTRO MEDIADOR DE LA COSTA, S.A. DE C.V., Mezcales, Nayarit, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 29 Oct 2004; Organization Type: Real estate activities on a fee or contract basis; Folio Mercantil No. 582 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: IBARRA DIAZ JR., Michael).

CENTROCREDIT BANK, Bld. 1, St Pyatnitskaya, 31/2, Moscow 119017, Russia; SWIFT/BIC CKBBRUMM; Website www.ccb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 1027739198387 (Russia); Legal Entity Number 253400ES6B5GGK2A4506; Registration Number 1027739198387 (Russia) [RUSSIA-EO14024].

CENTRUM MARITIME PTE. LTD., 10 Anson Road, 20-05 International Plaza, 079903, Singapore; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Nov 2020; Commercial Registry Number 202036616G (Singapore) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

CENTURONIC LTD, ABC Business Centre, Flat No: Flat 15, Floor No: Floor 1st, Charalampou Moyskou 20, Paphos 8010, Cyprus; Organization Established Date 23 Mar 2018; Business Registration Number 382931 (Cyprus) [BELARUS-EO14038] (Linked To: RAYYA, Samer).

CENTURY OF TECHNOLOGIES HTE CO LTD (a.k.a. CENTURY OF TECHNOLOGIES HTE COMPANY LIMITED; a.k.a. OOO VEK TEKHNOLOGII PTO; a.k.a. VEK TECHNOLOGIES PTO; a.k.a. "VEK PTO"), Pl. Karla Faberzhe D. 8, Lit. A, Pomeshch 8-N, Kom. 22, Saint Petersburg 195112, Russia; Ul. Nikpolskaya 6, Building 2, Bipark Center, Office 618 (Floor 6), Moscow 117403, Russia; Sverdlovsky Tract, House 12, Office 34, Chelyabinsk 454036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806446153 (Russia); Registration Number 1109847047023 (Russia) [RUSSIA-EO14024].

CENTURY OF TECHNOLOGIES HTE COMPANY LIMITED (a.k.a. CENTURY OF TECHNOLOGIES HTE CO LTD; a.k.a. OOO VEK TEKHNOLOGII PTO; a.k.a. VEK TECHNOLOGIES PTO; a.k.a. "VEK PTO"), Pl. Karla Faberzhe D. 8, Lit. A, Pomeshch 8-N, Kom. 22, Saint Petersburg 195112, Russia; Ul. Nikpolskaya 6, Building 2, Bipark Center, Office 618 (Floor 6), Moscow 117403, Russia; Sverdlovsky Tract, House 12, Office 34, Chelyabinsk 454036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806446153 (Russia); Registration Number 1109847047023 (Russia) [RUSSIA-EO14024].

CEPHAS, Syrenius (a.k.a. CEPHUS, Cyrenius; a.k.a. CEPHUS, Sayma Syrenius; a.k.a. CEPHUS, Syrenius; a.k.a. CEPHUS, Syrennius), Liberia; DOB 21 Sep 1965; POB Saykleken, Liberia; nationality Liberia; Gender Male; Passport PP0010178 (Liberia) expires 31 Oct 2022; alt. Passport AP0003208 (Liberia) expires 21 Oct 2023 (individual) [GLOMAG].

CEPHUS, Cyrenius (a.k.a. CEPHAS, Syrenius; a.k.a. CEPHUS, Sayma Syrenius; a.k.a. CEPHUS, Syrenius; a.k.a. CEPHUS, Syrennius), Liberia; DOB 21 Sep 1965; POB Saykleken, Liberia; nationality Liberia; Gender Male; Passport PP0010178 (Liberia) expires 31 Oct 2022; alt. Passport AP0003208 (Liberia) expires 21 Oct 2023 (individual) [GLOMAG].

CEPHUS, Sayma Syrenius (a.k.a. CEPHAS, Syrenius; a.k.a. CEPHUS, Cyrenius; a.k.a. CEPHUS, Syrenius; a.k.a. CEPHUS, Syrennius), Liberia; DOB 21 Sep 1965; POB Saykleken, Liberia; nationality Liberia; Gender Male; Passport PP0010178 (Liberia) expires 31 Oct 2022; alt. Passport AP0003208 (Liberia) expires 21 Oct 2023 (individual) [GLOMAG].

CEPHUS, Syrenius (a.k.a. CEPHAS, Syrenius; a.k.a. CEPHUS, Cyrenius; a.k.a. CEPHUS, Sayma Syrenius; a.k.a. CEPHUS, Syrennius), Liberia; DOB 21 Sep 1965; POB Saykleken, Liberia; nationality Liberia; Gender Male; Passport PP0010178 (Liberia) expires 31 Oct 2022; alt. Passport AP0003208 (Liberia) expires 21 Oct 2023 (individual) [GLOMAG].

CEPHUS, Syrennius (a.k.a. CEPHAS, Syrenius; a.k.a. CEPHUS, Cyrenius; a.k.a. CEPHUS, Sayma Syrenius; a.k.a. CEPHUS, Syrenius), Liberia; DOB 21 Sep 1965; POB Saykleken, Liberia; nationality Liberia; Gender Male; Passport PP0010178 (Liberia) expires 31 Oct 2022; alt. Passport AP0003208 (Liberia) expires 21 Oct 2023 (individual) [GLOMAG].

CERES SHIPPING LIMITED (a.k.a. CERES SHIPPING LTD-HKG), Room 2703, Richmond Comm. Bldg., 109 Argyle Street, Mongkok, Kowloon, Hong Kong, China; Organization Established Date 17 Sep 2019; Identification Number IMO 6126330; Company Number 2874294 (Hong Kong); Business Registration Number 71177840 (Hong Kong) [IRAN-EO13902].

CERES SHIPPING LTD-HKG (a.k.a. CERES SHIPPING LIMITED), Room 2703, Richmond Comm. Bldg., 109 Argyle Street, Mongkok, Kowloon, Hong Kong, China; Organization Established Date 17 Sep 2019; Identification Number IMO 6126330; Company Number 2874294 (Hong Kong); Business Registration Number 71177840 (Hong Kong) [IRAN-EO13902].

CERKEZ, Mario; DOB 27 Mar 1959; POB Rijeka, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

CERNA JUAREZ, Lenin (a.k.a. CERNA JUAREZ, Reinaldo Gregorio Lenin), Nicaragua; DOB 29 Sep 1947; alt. DOB 29 Sep 1946; POB Nicaragua; nationality Nicaragua; citizen Nicaragua; Gender Male; Passport A005297 (Nicaragua) (individual) [NICARAGUA].

CERNA JUAREZ, Reinaldo Gregorio Lenin (a.k.a. CERNA JUAREZ, Lenin), Nicaragua; DOB 29 Sep 1947; alt. DOB 29 Sep 1946; POB Nicaragua; nationality Nicaragua; citizen Nicaragua; Gender Male; Passport A005297 (Nicaragua) (individual) [NICARAGUA].

CESAR PERALTA DRUG TRAFFICKING ORGANIZATION (a.k.a. "PERALTA DTO"), Dominican Republic [SDNTK].

CESIC, Ranko; DOB 05 Sep 1964; POB Drvar, Bosnia-Herzegovina; ICTY indictee in custody (individual) [BALKANS].

CESIC-ROJS, Ljubo; DOB 20 Feb 1958; POB Posulje, Bosnia-Herzegovina (individual) [BALKANS].

CETELEM BANK LIMITED LIABILITY COMPANY (a.k.a. CETELEM BANK LLC (Cyrillic: СЕТЕЛЕМ БАНК ООО); f.k.a. KOMMERCHESKI BANK UKRSIBBANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. SETELEM BANK LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕТЕЛЕМ БАНК); a.k.a. SETELEM BANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. SETELEM BANK OOO), 26 ul. Pravdy, Moscow 125124, Russia (Cyrillic: ул. Правды,

д. 26, г. Москва 125124, Russia); SWIFT/BIC CETBRUMM; Website www.cetelem.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027739664260 (Russia); Tax ID No. 6452010742 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

CETELEM BANK LLC (Cyrillic: СЕТЕЛЕМ БАНК ООО) (a.k.a. CETELEM BANK LIMITED LIABILITY COMPANY; f.k.a. KOMMERCHESKI BANK UKRSIBBANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. SETELEM BANK LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕТЕЛЕМ БАНК); a.k.a. SETELEM BANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. SETELEM BANK OOO), 26 ul. Pravdy, Moscow 125124, Russia (Cyrillic: ул. Правды, д. 26, г. Москва 125124, Russia); SWIFT/BIC CETBRUMM; Website www.cetelem.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027739664260 (Russia); Tax ID No. 6452010742 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

CETNIK RAVNAGORSKI POKRET (a.k.a. CRP) [BALKANS].

CETTO INTERNATIONAL LIMITED, 22/F, 3 Lockhart Road, Wanchai, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Aug 2023; Company Number 3310529 (Hong Kong); Business Registration Number 75633351 (Hong Kong) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

CFU SHIPPING CO LIMITED (Chinese Simplified: 中船聯海運有限公司), 5/F Heng Shan CTR, 145 Queen's RD East, Wan Chai, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Company Number 2033130 (Hong Kong) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ARCTIC LNG 2).

CG - VASTGOED INVEST, Jacob Jacobsstraat 56, Antwerp 204818, Belgium; Organization Type: Activities of holding companies; Target Type Public Company; Enterprise Number 0806408906 (Belgium) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

CGN TRADE (a.k.a. CGN TRADE FZE), Saif Zone Office P8-03-41, Sharjah, United Arab Emirates; Parahat 3/2, Business Center, Parahat, Ashgabat 744000, Turkmenistan; Srednyaya Kalitnikovskaya Street 26/29, Russia; Website http://www.cgtradefze.com/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Oct 2019; Commercial Registry Number 11618701 (United Arab Emirates); License 20897 (United Arab Emirates) [SDGT] (Linked To: BASLAM NAKLIYAT VE DIS TICARET LTD STI).

CGN TRADE FZE (a.k.a. CGN TRADE), Saif Zone Office P8-03-41, Sharjah, United Arab Emirates; Parahat 3/2, Business Center, Parahat, Ashgabat 744000, Turkmenistan; Srednyaya Kalitnikovskaya Street 26/29, Russia; Website http://www.cgtradefze.com/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Oct 2019; Commercial Registry Number 11618701 (United Arab Emirates); License 20897 (United Arab Emirates) [SDGT] (Linked To: BASLAM NAKLIYAT VE DIS TICARET LTD STI).

CHA, Sung Jun (a.k.a. CH'A, Su'ng-chun), Beijing, China; DOB 04 Jun 1966; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472434355 (individual) [DPRK4].

CH'A, Su'ng-chun (a.k.a. CHA, Sung Jun), Beijing, China; DOB 04 Jun 1966; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472434355 (individual) [DPRK4].

CHA, Ta Fa (a.k.a. CHATURONG, Taiyai; a.k.a. CHATURONG, Thaiyai; a.k.a. LU, Chin Shun; a.k.a. "CHA TA FA"; a.k.a. "LU TA FA"; a.k.a. "TA FA"), Burma; 29, Wawi Sub-district, Mae Suai District, Chiang Rai, Thailand; DOB 05 Mar 1958; National ID No. 3501000250521 (Thailand) (individual) [SDNTK].

CHAALAN, Abdul Nur Ali (a.k.a. SHAALAN, Abdul Nur Ali; a.k.a. SHALAN, Abd Al Nur; a.k.a. SHALAN, Abd Al Nur Ali; a.k.a. SHA'LAN, Abdul Nur Ali; a.k.a. SHALAN, Abdul-Nur Ali); DOB 17 May 1964; alt. DOB 1961; POB Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

CHABANI, Slimane (a.k.a. ABDALLAH AL-JAZAIRI; a.k.a. ARIF, Said; a.k.a. ARIF, Said Mohamed; a.k.a. GHARIB, Omar; a.k.a. "ABDERAHMANE"; a.k.a. "ABDERRAHMANE"; a.k.a. "SOULEIMAN"), Syria; DOB 05 Dec 1965; POB Oran, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

CHACON MIRANDA, Alejandro, Avenida Lopez Mateos Sur 4000, Fraccionamiento San Martin del Tajo, Interior Calle Camino del Azteca 121,

Tlajomulco de Zuniga, Jalisco, Mexico; Calle Coral 2623, Fraccionamiento Residencial Victoria, Guadalajara, Jalisco, Mexico; DOB 22 Jul 1985; POB Ziracuaretiro, Michoacan, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAMA850722HMNHRL02 (Mexico) (individual) [SDNTK].

CHAD, Mustapha (a.k.a. TCHAD, Mustapha); DOB 01 Jan 1978; nationality Chad; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: BOKO HARAM).

CHADORMALU MINING & INDUSTRIAL CO. (a.k.a. CHADORMALU MINING & INDUSTRIAL COMPANY; a.k.a. CHADORMALU MINING & INDUSTRIAL PUBLIC JOINT STOCK COMPANY; a.k.a. CHADORMALU MINING AND INDUSTRIAL CO.; a.k.a. CHADORMALU MINING AND INDUSTRIAL COMPANY; a.k.a. CHADORMALU MINING AND INDUSTRIAL PUBLIC JOINT STOCK COMPANY), 56, Vali-e-Asr Street, Opposite the Prayer, Esfandyar Boulevard, Tehran 1968653647, Iran; Website www.chadormalu.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 145857 (Iran) [IRAN-EO13871].

CHADORMALU MINING & INDUSTRIAL COMPANY (a.k.a. CHADORMALU MINING & INDUSTRIAL CO.; a.k.a. CHADORMALU MINING & INDUSTRIAL PUBLIC JOINT STOCK COMPANY; a.k.a. CHADORMALU MINING AND INDUSTRIAL CO.; a.k.a. CHADORMALU MINING AND INDUSTRIAL COMPANY; a.k.a. CHADORMALU MINING AND INDUSTRIAL PUBLIC JOINT STOCK COMPANY), 56, Vali-e-Asr Street, Opposite the Prayer, Esfandyar Boulevard, Tehran 1968653647, Iran; Website www.chadormalu.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 145857 (Iran) [IRAN-EO13871].

CHADORMALU MINING & INDUSTRIAL PUBLIC JOINT STOCK COMPANY (a.k.a. CHADORMALU MINING & INDUSTRIAL CO.; a.k.a. CHADORMALU MINING & INDUSTRIAL COMPANY; a.k.a. CHADORMALU MINING AND INDUSTRIAL CO.; a.k.a. CHADORMALU MINING AND INDUSTRIAL COMPANY; a.k.a. CHADORMALU MINING AND INDUSTRIAL PUBLIC JOINT STOCK COMPANY), 56, Vali-e-Asr Street, Opposite the Prayer, Esfandyar Boulevard, Tehran 1968653647, Iran; Website www.chadormalu.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 145857 (Iran) [IRAN-EO13871].

CHADORMALU MINING AND INDUSTRIAL CO. (a.k.a. CHADORMALU MINING & INDUSTRIAL CO.; a.k.a. CHADORMALU MINING & INDUSTRIAL COMPANY; a.k.a. CHADORMALU MINING & INDUSTRIAL PUBLIC JOINT STOCK COMPANY; a.k.a. CHADORMALU MINING AND INDUSTRIAL COMPANY; a.k.a. CHADORMALU MINING AND INDUSTRIAL PUBLIC JOINT STOCK COMPANY), 56, Vali-e-Asr Street, Opposite the Prayer, Esfandyar Boulevard, Tehran 1968653647, Iran; Website www.chadormalu.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 145857 (Iran) [IRAN-EO13871].

CHADORMALU MINING AND INDUSTRIAL COMPANY (a.k.a. CHADORMALU MINING & INDUSTRIAL CO.; a.k.a. CHADORMALU MINING & INDUSTRIAL COMPANY; a.k.a. CHADORMALU MINING & INDUSTRIAL PUBLIC JOINT STOCK COMPANY; a.k.a. CHADORMALU MINING AND INDUSTRIAL CO.; a.k.a. CHADORMALU MINING AND INDUSTRIAL PUBLIC JOINT STOCK COMPANY), 56, Vali-e-Asr Street, Opposite the Prayer, Esfandyar Boulevard, Tehran 1968653647, Iran; Website www.chadormalu.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 145857 (Iran) [IRAN-EO13871].

CHADORMALU MINING AND INDUSTRIAL PUBLIC JOINT STOCK COMPANY (a.k.a. CHADORMALU MINING & INDUSTRIAL CO.; a.k.a. CHADORMALU MINING & INDUSTRIAL COMPANY; a.k.a. CHADORMALU MINING & INDUSTRIAL PUBLIC JOINT STOCK COMPANY; a.k.a. CHADORMALU MINING AND INDUSTRIAL CO.; a.k.a. CHADORMALU MINING AND INDUSTRIAL COMPANY), 56, Vali-e-Asr Street, Opposite the Prayer, Esfandyar Boulevard, Tehran 1968653647, Iran; Website www.chadormalu.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 145857 (Iran) [IRAN-EO13871].

CHAFER (a.k.a. ADVANCED PERSISTENT THREAT 39; a.k.a. APT39; a.k.a. CADELSPY; a.k.a. ITG07; a.k.a. REMEXI), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

CHAGHAZARDI, Mahammadkazem (a.k.a. CHAGHAZARDY, Mohammad Kazem; a.k.a. CHAGHAZARDY, MohammadKazem); DOB 21 Jan 1962; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: BANK SEPAH).

CHAGHAZARDY, Mohammad Kazem (a.k.a. CHAGHAZARDI, Mahammadkazem; a.k.a. CHAGHAZARDY, MohammadKazem); DOB 21 Jan 1962; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: BANK SEPAH).

CHAGHAZARDY, MohammadKazem (a.k.a. CHAGHAZARDI, Mahammadkazem; a.k.a. CHAGHAZARDY, Mohammad Kazem); DOB 21 Jan 1962; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: BANK SEPAH).

CHAHARMAHALI, Ali (Arabic: علی چهارمحالی) (a.k.a. CHEHARMAHALI, Ali), Karaj, Alborz Province, Iran; DOB 10 Jan 1976; POB Shushtar, Khuzestan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1880617978 (Iran) (individual) [IRAN-HR].

CHAHINE, Mireille; DOB 01 Mar 1983; POB Beirut, Lebanon; nationality Lebanon; Employee and Accountant at Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

CHAICHAMRUNPHAN, Warin (a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE

FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

CHAIJAMROONPHAN, Warin (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

CHAIKA, Artem (a.k.a. CHAYKA, Artem Yuryevich), 38/2 Staraya Basmannaya, Apt. 310, Moscow, Russia; DOB 25 Sep 1975; POB Sverdlovsk, Russia; Gender Male; National ID No. 4501052463 (Russia) (individual) [GLOMAG].

CHAIKA, Igor Yuryevich (a.k.a. CHAYKA, Igor Yuryevich (Cyrillic: ЧАЙКА, Игорь Юрьевич); a.k.a. "IFYAU9" (Cyrillic: "ЙФЯАУ9")), Russia; DOB 13 Dec 1988; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk:

See Section 11 of Executive Order 14024.; Tax ID No. 770302172306 (Russia) (individual) [RUSSIA-EO14024].

CHAIKA, Yuri (a.k.a. CHAIKA, Yury; a.k.a. CHAYKA, Yuriy Yakovlevich (Cyrillic: ЧАЙКА, Юрий Яковлевич)), Russia; DOB 21 May 1951; POB Nikolayevsk-on-Amur, Khabarovsk Territory, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

CHAIKA, Yury (a.k.a. CHAIKA, Yuri; a.k.a. CHAYKA, Yuriy Yakovlevich (Cyrillic: ЧАЙКА, Юрий Яковлевич)), Russia; DOB 21 May 1951; POB Nikolayevsk-on-Amur, Khabarovsk Territory, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

CHAINCHIP LLC (a.k.a. LIMITED LIABILITY COMPANY CHEYNCHIP), d. 20 str. 1A, ul. Kulakova, Moscow 123592, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7705406940 (Russia); Registration Number 1027739777240 (Russia) [RUSSIA-EO14024].

CHAIVORASILP, Vilai (a.k.a. CHAIWORASIN, Vilai; a.k.a. CHAIWORASIN, Wilai), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 1934; National ID No. 3102002529284 (Thailand) (individual) [SDNTK].

CHAIVORASILP, Vimolsri (a.k.a. CHAIVORASILP, Wimolsri; a.k.a. CHAIWORASIN, Vimonsi; a.k.a. CHAIWORASIN, Vimonsri; a.k.a. CHAIWORASIN, Wimonsi; a.k.a. CHAIWORASIN, Wimonsri), c/o A-TEAM CHEMICALS COMPANY LTD., Bangkok, Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE

COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 1953; Passport B272327 (Thailand); National ID No. 3570900519762 (Thailand) (individual) [SDNTK].

CHAIVORASILP, Wimolsri (a.k.a. CHAIVORASILP, Vimolsri; a.k.a. CHAIWORASIN, Vimonsi; a.k.a. CHAIWORASIN, Vimonsri; a.k.a. CHAIWORASIN, Wimonsi; a.k.a. CHAIWORASIN, Wimonsri), c/o A-TEAM CHEMICALS COMPANY LTD., Bangkok, Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 1953; Passport B272327 (Thailand); National ID No. 3570900519762 (Thailand) (individual) [SDNTK].

CHAIWORASILP, Warin (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083

(Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

CHAIWORASIN, Vilai (a.k.a. CHAIVORASILP, Vilai; a.k.a. CHAIWORASIN, Wilai), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 1934; National ID No. 3102002529284 (Thailand) (individual) [SDNTK].

CHAIWORASIN, Vimonsi (a.k.a. CHAIVORASILP, Vimolsri; a.k.a. CHAIVORASILP, Wimolsri; a.k.a. CHAIWORASIN, Vimonsri; a.k.a. CHAIWORASIN, Wimonsi; a.k.a. CHAIWORASIN, Wimonsri), c/o A-TEAM CHEMICALS COMPANY LTD., Bangkok, Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 1953; Passport B272327 (Thailand); National ID No. 3570900519762 (Thailand) (individual) [SDNTK].

CHAIWORASIN, Vimonsri (a.k.a. CHAIVORASILP, Vimolsri; a.k.a. CHAIVORASILP, Wimolsri; a.k.a. CHAIWORASIN, Vimonsi; a.k.a. CHAIWORASIN, Wimonsi; a.k.a. CHAIWORASIN, Wimonsri), c/o A-TEAM CHEMICALS COMPANY LTD., Bangkok, Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 1953; Passport B272327 (Thailand); National ID

No. 3570900519762 (Thailand) (individual) [SDNTK].

CHAIWORASIN, Warin (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

CHAIWORASIN, Wilai (a.k.a. CHAIVORASILP, Vilai; a.k.a. CHAIWORASIN, Vilai), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 1934; National ID No. 3102002529284 (Thailand) (individual) [SDNTK].

CHAIWORASIN, Wimonsi (a.k.a. CHAIVORASILP, Vimolsri; a.k.a. CHAIVORASILP, Wimolsri; a.k.a. CHAIWORASIN, Vimonsi; a.k.a. CHAIWORASIN, Vimonsri; a.k.a. CHAIWORASIN, Wimonsri), c/o A-TEAM CHEMICALS COMPANY LTD., Bangkok, Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o MAESAI K.D.P.

COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 1953; Passport B272327 (Thailand); National ID No. 3570900519762 (Thailand) (individual) [SDNTK].

CHAIWORASIN, Wimonsri (a.k.a. CHAIVORASILP, Vimolsri; a.k.a. CHAIVORASILP, Wimolsri; a.k.a. CHAIWORASIN, Vimonsi; a.k.a. CHAIWORASIN, Vimonsri; a.k.a. CHAIWORASIN, Wimonsi), c/o A-TEAM CHEMICALS COMPANY LTD., Bangkok, Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 1953; Passport B272327 (Thailand); National ID No. 3570900519762 (Thailand) (individual) [SDNTK].

CHAKAR, Fouad Ali (a.k.a. CHAKAR, Fu'ad; a.k.a. SHUKR, Fu'ad; a.k.a. "CHAKAR, Al-Hajj Mohsin"), Harat Hurayk, Lebanon; Ozai, Lebanon; Al-Firdaws Building, Al-'Arid Street, Haret Hreik, Lebanon; Damascus, Syria; DOB 15 Apr 1961; alt. DOB 1962; POB An Nabi Shit, Ba'labakk, Biqa' Valley, Lebanon; alt. POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2418369 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

CHAKAR, Fu'ad (a.k.a. CHAKAR, Fouad Ali; a.k.a. SHUKR, Fu'ad; a.k.a. "CHAKAR, Al-Hajj Mohsin"), Harat Hurayk, Lebanon; Ozai, Lebanon; Al-Firdaws Building, Al-'Arid Street, Haret Hreik, Lebanon; Damascus, Syria; DOB 15 Apr 1961; alt. DOB 1962; POB An Nabi Shit,

Ba'labakk, Biqa' Valley, Lebanon; alt. POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2418369 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

CHAKRA, Abu Jaafar (a.k.a. AL-HAYES, Raed Jassem; a.k.a. AL-HAYES, Raed Jassim; a.k.a. SHAKRA, Abu Jaafar; a.k.a. SHAQRA, Abu Ja'far; a.k.a. SHAQRA, Abu Jafar), Syria; DOB 1985; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

CHALAEV, Zamid Alievich (Cyrillic: ЧАЛАЕВ, Замид Алиевич) (a.k.a. CHALAYEV, Zamid Alievich), 8 T. Chalaeva St., Sterch Kerch Locality, Nozhay Yurtovsky District, Chechnya, Russia; 49 Bisaeva St., Gudermes, Chechnya, Russia; DOB 19 Aug 1981; POB Benoy Village, Nozhay Yurtovsky District, Chechnya, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

CHALAYEV, Zamid Alievich (a.k.a. CHALAEV, Zamid Alievich (Cyrillic: ЧАЛАЕВ, Замид Алиевич)), 8 T. Chalaeva St., Sterch Kerch Locality, Nozhay Yurtovsky District, Chechnya, Russia; 49 Bisaeva St., Gudermes, Chechnya, Russia; DOB 19 Aug 1981; POB Benoy Village, Nozhay Yurtovsky District, Chechnya, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

CHALIY, Aleksei (a.k.a. CHALIY, Aleksei Mikhailovich; a.k.a. CHALIY, Aleksey Mikhailovich; a.k.a. CHALIY, Aleksey Mykhaylovych; a.k.a. CHALIY, Alexei; a.k.a. CHALIY, Mikhailovich Oleksiy; a.k.a. CHALY, Aleksey Mikhailovich; a.k.a. CHALY, Alexei; a.k.a. CHALYI, Aleksei; a.k.a. CHALYI, Aleksiy); DOB 13 Jun 1961; POB Sevastopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Mayor of Sevastopol; Chairman of the Coordination Council for the Establishment of the Sevastopol Municipal Administration (individual) [UKRAINE-EO13660].

CHALIY, Aleksei Mikhailovich (a.k.a. CHALIY, Aleksei; a.k.a. CHALIY, Aleksey Mikhailovich; a.k.a. CHALIY, Aleksey Mykhaylovych; a.k.a. CHALIY, Alexei; a.k.a. CHALIY, Mikhailovich

Oleksiy; a.k.a. CHALY, Aleksey Mikhailovich; a.k.a. CHALY, Alexei; a.k.a. CHALYI, Aleksei; a.k.a. CHALYI, Aleksiy); DOB 13 Jun 1961; POB Sevastopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Mayor of Sevastopol; Chairman of the Coordination Council for the Establishment of the Sevastopol Municipal Administration (individual) [UKRAINE-EO13660].

CHALIY, Aleksey Mikhailovich (a.k.a. CHALIY, Aleksei; a.k.a. CHALIY, Aleksei Mikhailovich; a.k.a. CHALIY, Aleksey Mykhaylovych; a.k.a. CHALIY, Alexei; a.k.a. CHALIY, Mikhailovich Oleksiy; a.k.a. CHALY, Aleksey Mikhailovich; a.k.a. CHALY, Alexei; a.k.a. CHALYI, Aleksei; a.k.a. CHALYI, Aleksiy); DOB 13 Jun 1961; POB Sevastopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Mayor of Sevastopol; Chairman of the Coordination Council for the Establishment of the Sevastopol Municipal Administration (individual) [UKRAINE-EO13660].

CHALIY, Aleksey Mykhaylovych (a.k.a. CHALIY, Aleksei; a.k.a. CHALIY, Aleksei Mikhailovich; a.k.a. CHALIY, Aleksey Mikhailovich; a.k.a. CHALIY, Alexei; a.k.a. CHALIY, Mikhailovich Oleksiy; a.k.a. CHALY, Aleksey Mikhailovich; a.k.a. CHALY, Alexei; a.k.a. CHALYI, Aleksei; a.k.a. CHALYI, Aleksiy); DOB 13 Jun 1961; POB Sevastopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Mayor of Sevastopol; Chairman of the Coordination Council for the Establishment of the Sevastopol Municipal Administration (individual) [UKRAINE-EO13660].

CHALIY, Alexei (a.k.a. CHALIY, Aleksei; a.k.a. CHALIY, Aleksei Mikhailovich; a.k.a. CHALIY, Aleksey Mikhailovich; a.k.a. CHALIY, Aleksey Mykhaylovych; a.k.a. CHALIY, Mikhailovich Oleksiy; a.k.a. CHALY, Aleksey Mikhailovich; a.k.a. CHALY, Alexei; a.k.a. CHALYI, Aleksei; a.k.a. CHALYI, Aleksiy); DOB 13 Jun 1961; POB Sevastopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Mayor of Sevastopol; Chairman of the Coordination Council for the Establishment of the Sevastopol Municipal Administration (individual) [UKRAINE-EO13660].

CHALIY, Mikhailovich Oleksiy (a.k.a. CHALIY, Aleksei; a.k.a. CHALIY, Aleksei Mikhailovich; a.k.a. CHALIY, Aleksey Mikhailovich; a.k.a.

CHALIY, Aleksey Mykhaylovych; a.k.a. CHALIY, Alexei; a.k.a. CHALY, Aleksey Mikhailovich; a.k.a. CHALY, Alexei; a.k.a. CHALYI, Aleksei; a.k.a. CHALYI, Aleksiy); DOB 13 Jun 1961; POB Sevastopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Mayor of Sevastopol; Chairman of the Coordination Council for the Establishment of the Sevastopol Municipal Administration (individual) [UKRAINE-EO13660].

CHALY, Aleksey Mikhailovich (a.k.a. CHALIY, Aleksei; a.k.a. CHALIY, Aleksei Mikhailovich; a.k.a. CHALIY, Aleksey Mikhailovich; a.k.a. CHALIY, Aleksey Mykhaylovych; a.k.a. CHALIY, Alexei; a.k.a. CHALIY, Mikhailovich Oleksiy; a.k.a. CHALY, Alexei; a.k.a. CHALYI, Aleksei; a.k.a. CHALYI, Aleksiy); DOB 13 Jun 1961; POB Sevastopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Mayor of Sevastopol; Chairman of the Coordination Council for the Establishment of the Sevastopol Municipal Administration (individual) [UKRAINE-EO13660].

CHALY, Alexei (a.k.a. CHALIY, Aleksei; a.k.a. CHALIY, Aleksei Mikhailovich; a.k.a. CHALIY, Aleksey Mikhailovich; a.k.a. CHALIY, Aleksey Mykhaylovych; a.k.a. CHALIY, Alexei; a.k.a. CHALIY, Mikhailovich Oleksiy; a.k.a. CHALY, Aleksey Mikhailovich; a.k.a. CHALYI, Aleksei; a.k.a. CHALYI, Aleksiy); DOB 13 Jun 1961; POB Sevastopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Mayor of Sevastopol; Chairman of the Coordination Council for the Establishment of the Sevastopol Municipal Administration (individual) [UKRAINE-EO13660].

CHALYI, Aleksei (a.k.a. CHALIY, Aleksei; a.k.a. CHALIY, Aleksei Mikhailovich; a.k.a. CHALIY, Aleksey Mikhailovich; a.k.a. CHALIY, Aleksey Mykhaylovych; a.k.a. CHALIY, Alexei; a.k.a. CHALIY, Mikhailovich Oleksiy; a.k.a. CHALY, Aleksey Mikhailovich; a.k.a. CHALY, Alexei; a.k.a. CHALYI, Aleksiy); DOB 13 Jun 1961; POB Sevastopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Mayor of Sevastopol; Chairman of the Coordination Council for the Establishment of the Sevastopol Municipal Administration (individual) [UKRAINE-EO13660].

CHALYI, Aleksiy (a.k.a. CHALIY, Aleksei; a.k.a. CHALIY, Aleksei Mikhailovich; a.k.a. CHALIY, Aleksey Mikhailovich; a.k.a. CHALIY, Aleksey Mykhaylovych; a.k.a. CHALIY, Alexei; a.k.a. CHALIY, Mikhailovich Oleksiy; a.k.a. CHALY, Aleksey Mikhailovich; a.k.a. CHALY, Alexei; a.k.a. CHALYI, Aleksei); DOB 13 Jun 1961; POB Sevastopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Mayor of Sevastopol; Chairman of the Coordination Council for the Establishment of the Sevastopol Municipal Administration (individual) [UKRAINE-EO13660].

CHAM HOLDING (a.k.a. AL SHAM COMPANY; a.k.a. AL-SHAM COMPANY; a.k.a. CHAM INVESTMENT GROUP; a.k.a. SHAM HOLDING COMPANY SAL; a.k.a. "CHAM"; a.k.a. "SHAM HOLDING"), Cham Holding Building, Daraa Highway, Sahnaya Area, P.O. Box 9525, Damascus, Syria [PAARSSR-EO13894].

CHAM INVESTMENT GROUP (a.k.a. AL SHAM COMPANY; a.k.a. AL-SHAM COMPANY; a.k.a. CHAM HOLDING; a.k.a. SHAM HOLDING COMPANY SAL; a.k.a. "CHAM"; a.k.a. "SHAM HOLDING"), Cham Holding Building, Daraa Highway, Sahnaya Area, P.O. Box 9525, Damascus, Syria [PAARSSR-EO13894].

CHAM WINGS (Arabic: أجنحة الشام) (a.k.a. AJNEHAT AL SHAM; a.k.a. AL-SHAM WINGS; a.k.a. CHAM WINGS AIRLINES (Arabic: أجنحة الشام للطيران); f.k.a. SHAM WING AIRLINES), Al Fardous Street, Damascus, Syria; Saadoon Street, Baghdad, Iraq; 8 March Street, Lattakia, Syria; Hai Al Gharbi-Alraees Street, Kamishli, Syria; P.O. Box 1620 Tal-Kurdi, Adra, Damascus, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 14683 (Syria) [SDGT] (Linked To: SHAMMOUT, Issam).

CHAM WINGS AIRLINES (Arabic: أجنحة الشام للطيران) (a.k.a. AJNEHAT AL SHAM; a.k.a. AL-SHAM WINGS; a.k.a. CHAM WINGS (Arabic: أجنحة الشام); f.k.a. SHAM WING AIRLINES), Al Fardous Street, Damascus, Syria; Saadoon Street, Baghdad, Iraq; 8 March Street, Lattakia, Syria; Hai Al Gharbi-Alraees Street, Kamishli, Syria; P.O. Box 1620 Tal-Kurdi, Adra, Damascus, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 14683 (Syria) [SDGT] (Linked To: SHAMMOUT, Issam).

CHAMAIYATI DOROI MASAULIYATI MAKHDUDI GAZPROM NEFT TADZHIKISTAN (a.k.a. GAZPROM NEFT TAJIKISTAN LLC), Shokhmansur, Ayni, Dushanbe, Tajikistan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 010023372 (Tajikistan); Business Registration Number 0110000477 (Tajikistan) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM NEFT).

CHAMAIYATI DOROI MASAULIYATI MAKHDUDI KAFOLATI KOMIL, Nokhiyai Shokhmansur, Str. M, Mastongulov, Dushanbe, Tajikistan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 010099789 (Tajikistan); Registration Number 0110023953 (Tajikistan) [RUSSIA-EO14024].

CHAMPION WAY PTE LTD (a.k.a. ALEXSONG PTE LTD), Albert Street 60 #10-40, City-Beach Road, Singapore 189969, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 199104462G (Singapore) [RUSSIA-EO14024].

CHAMS EXCHANGE (a.k.a. ALI MOHAMED CHAMS & PARTNER; a.k.a. ALI MOHAMED CHAMS AND PARTNER; a.k.a. CHAMS EXCHANGE COMPANY SAL), Sahata Choutra, Chtaura, Lebanon; Chams Building, 3rd Floor, Jalal, Chtaura, Zahle, Lebanon [SDNTK].

CHAMS EXCHANGE COMPANY SAL (a.k.a. ALI MOHAMED CHAMS & PARTNER; a.k.a. ALI MOHAMED CHAMS AND PARTNER; a.k.a. CHAMS EXCHANGE), Sahata Choutra, Chtaura, Lebanon; Chams Building, 3rd Floor, Jalal, Chtaura, Zahle, Lebanon [SDNTK].

CHAMS MLO (a.k.a. CHAMS MONEY LAUNDERING ORGANIZATION), Lebanon [SDNTK].

CHAMS MONEY LAUNDERING ORGANIZATION (a.k.a. CHAMS MLO), Lebanon [SDNTK].

CHAMS, Kassem (a.k.a. CHAMS, Qassim Muhammed; a.k.a. SHAMS, Kassem Mohammed; a.k.a. SHAMS, Qasim Muhammed), Hermel, Lebanon; Chams Building, 3rd Floor Jalal, Chtaura, Zahle, Lebanon; DOB 20 Mar 1962; POB Lebanon; citizen Lebanon; Gender Male (individual) [SDNTK] (Linked To: CHAMS MONEY LAUNDERING ORGANIZATION; Linked To: CHAMS EXCHANGE COMPANY SAL).

CHAMS, Mohamad (a.k.a. TARABAIN CHAMAS, Mohamad; a.k.a. TARABAY, Muhammad; a.k.a. TARABAYN SHAMAS, Muhammad), Avenida Jose Maria De Brito 606, Apartment 51, Foz do Iguacu, Brazil; Cecilia Meirelles 849, Bloco B, Apartment 09, Foz do Iguacu, Brazil; DOB 11 Jan 1967; POB Asuncion, Paraguay; citizen Lebanon; alt. citizen Brazil; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National Foreign ID Number RNE: W031645-8 (Brazil) (individual) [SDGT].

CHAMS, Qassim Muhammed (a.k.a. CHAMS, Kassem; a.k.a. SHAMS, Kassem Mohammed; a.k.a. SHAMS, Qasim Muhammed), Hermel, Lebanon; Chams Building, 3rd Floor Jalal, Chtaura, Zahle, Lebanon; DOB 20 Mar 1962; POB Lebanon; citizen Lebanon; Gender Male (individual) [SDNTK] (Linked To: CHAMS MONEY LAUNDERING ORGANIZATION; Linked To: CHAMS EXCHANGE COMPANY SAL).

CHAN DY, King (a.k.a. CHANDY, Keung; a.k.a. CHANDY, King; a.k.a. CHANDY, Koeung), Cambodia; DOB 01 Mar 1959; alt. DOB 01 Mar 1958; Gender Female (individual) [GLOMAG] (Linked To: KIM, Kun).

CHAN, Changtrakul (a.k.a. CHANG, Chi Fu; a.k.a. CHANG, Shi-Fu; a.k.a. CHANG, Xifu; a.k.a. CHANGTRAKUL, Chan; a.k.a. KHUN SA); DOB 17 Feb 1933; alt. DOB 07 Jan 1932; alt. DOB 12 Feb 1932; POB Burma (individual) [SDNTK].

CHAN, Eric (a.k.a. CHAN, Eric Kwok-ki; a.k.a. CHAN, Kwok-ki (Chinese Simplified: 陈国基; Chinese Traditional: 陳國基)), Flat F, 20 Floor, Block 2, Royal Ascot, Shatin, Hong Kong; DOB 05 Apr 1959; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. G142458A (Hong Kong); Secretary General, Committee for Safeguarding National Security of the Hong Kong Special Administrative Region (individual) [HK-EO13936].

CHAN, Eric Kwok-ki (a.k.a. CHAN, Eric; a.k.a. CHAN, Kwok-ki (Chinese Simplified: 陈国基; Chinese Traditional: 陳國基)), Flat F, 20 Floor, Block 2, Royal Ascot, Shatin, Hong Kong; DOB 05 Apr 1959; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk:

pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. G142458A (Hong Kong); Secretary General, Committee for Safeguarding National Security of the Hong Kong Special Administrative Region (individual) [HK-EO13936].

CHAN, Kwok-ki (Chinese Simplified: 陈国基; Chinese Traditional: 陳國基) (a.k.a. CHAN, Eric; a.k.a. CHAN, Eric Kwok-ki), Flat F, 20 Floor, Block 2, Royal Ascot, Shatin, Hong Kong; DOB 05 Apr 1959; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. G142458A (Hong Kong); Secretary General, Committee for Safeguarding National Security of the Hong Kong Special Administrative Region (individual) [HK-EO13936].

CHAN, Shu Sang (a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

CHAN, Shusang (a.k.a. CHAN, Shu Sang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08

Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

CHANCHIRA, Boochuea (a.k.a. BOONCHUA, Chanchira; a.k.a. BOONCHUA, Chanjira; a.k.a. LIANG, Ching-fang; a.k.a. "CHE FONG"; a.k.a. "CHEFONG"; a.k.a. "JEH FONG"), c/o KHUM THAW COMPANY LIMITED, Chiang Mai, Thailand; c/o SANGSIRI KANKASET COMPANY LIMITED, Chiang Mai, Thailand; 261, Wichayanon Road, Tambon Chang Moi, Amphur Muang, Chiang Mai, Thailand; DOB 15 May 1951; National Foreign ID Number 350991386390 (Thailand) issued 28 Oct 1952 expires 14 May 2009 (individual) [SDNTK].

CHANDIO, Umar Kathio (a.k.a. AL-SINDHI, Abdallah; a.k.a. AL-SINDHI, Abdullah; a.k.a. AL-SINDI, Abdullah; a.k.a. AZMARAI, Umar Siddique Kathio; a.k.a. CHANDUO, Umar; a.k.a. CHANDYO, Omar; a.k.a. KATHIO, Muhammad Umar; a.k.a. KATIO, Muhammad Umar Sidduque; a.k.a. OMER, Muhammad; a.k.a. SINDHI, 'Abdallah; a.k.a. UMAR, Muhammad), Karachi, Pakistan; Miram Shah, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1977; POB Saudi Arabia; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 466-77-221879 (Pakistan); alt. National ID No. 42201-015024707-7 (individual) [SDGT].

CHANDUO, Umar (a.k.a. AL-SINDHI, Abdallah; a.k.a. AL-SINDHI, Abdullah; a.k.a. AL-SINDI, Abdullah; a.k.a. AZMARAI, Umar Siddique Kathio; a.k.a. CHANDIO, Umar Kathio; a.k.a. CHANDYO, Omar; a.k.a. KATHIO, Muhammad Umar; a.k.a. KATIO, Muhammad Umar Sidduque; a.k.a. OMER, Muhammad; a.k.a. SINDHI, 'Abdallah; a.k.a. UMAR, Muhammad), Karachi, Pakistan; Miram Shah, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1977; POB Saudi Arabia; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 466-77-221879 (Pakistan); alt. National ID No. 42201-015024707-7 (individual) [SDGT].

CHANDY, Keung (a.k.a. CHAN DY, King; a.k.a. CHANDY, King; a.k.a. CHANDY, Koeung),

Cambodia; DOB 01 Mar 1959; alt. DOB 01 Mar 1958; Gender Female (individual) [GLOMAG] (Linked To: KIM, Kun).

CHANDY, King (a.k.a. CHAN DY, King; a.k.a. CHANDY, Keung; a.k.a. CHANDY, Koeung), Cambodia; DOB 01 Mar 1959; alt. DOB 01 Mar 1958; Gender Female (individual) [GLOMAG] (Linked To: KIM, Kun).

CHANDY, Koeung (a.k.a. CHAN DY, King; a.k.a. CHANDY, Keung; a.k.a. CHANDY, King), Cambodia; DOB 01 Mar 1959; alt. DOB 01 Mar 1958; Gender Female (individual) [GLOMAG] (Linked To: KIM, Kun).

CHANDYO, Omar (a.k.a. AL-SINDHI, Abdallah; a.k.a. AL-SINDHI, Abdullah; a.k.a. AL-SINDI, Abdullah; a.k.a. AZMARAI, Umar Siddique Kathio; a.k.a. CHANDIO, Umar Kathio; a.k.a. CHANDUO, Umar; a.k.a. KATHIO, Muhammad Umar; a.k.a. KATIO, Muhammad Umar Sidduque; a.k.a. OMER, Muhammad; a.k.a. SINDHI, 'Abdallah; a.k.a. UMAR, Muhammad), Karachi, Pakistan; Miram Shah, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1977; POB Saudi Arabia; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 466-77-221879 (Pakistan); alt. National ID No. 42201-015024707-7 (individual) [SDGT].

CHANG AN SHIPPING & TECHNOLOGY (Chinese Traditional: 長安海運技術有限公司) (a.k.a. CHANG AN SHIPPING AND TECHNOLOGY), Room 2105, DL1849, Trend Centre, 29-31 Cheung Lee Street, Chai Wan, Hong Kong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5938411 [DPRK4].

CHANG AN SHIPPING AND TECHNOLOGY (a.k.a. CHANG AN SHIPPING & TECHNOLOGY (Chinese Traditional: 長安海運技術有限公司)), Room 2105, DL1849, Trend Centre, 29-31 Cheung Lee Street, Chai Wan, Hong Kong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5938411 [DPRK4].

CHANG GUANG SATELLITE TECHNOLOGY CO., LTD. (Chinese Simplified: 长光卫星科技有限公司) (a.k.a. CHANGGUANG SATELLITE CO., LTD.; a.k.a. "CHARMING GLOBE"), No. 1299, Mingxi Road, Beihu Science Technology Development District, Changchun, Jilin, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2014; Unified Social Credit Code (USCC) 91220101310012867G (China) [RUSSIA-EO14024].

CHANG NAVARRO, Luis Alfonso (a.k.a. CHANG, Luis), Guatemala; DOB 15 Mar 1978; POB Guatemala; nationality Guatemala; Gender Male; Passport 222977132 (Guatemala) expires 21 May 2022; National ID No. 2229 77132 0101 (Guatemala) (individual) [GLOMAG].

CHANG SHA TIAN YI KONG JIAN KE JI YAN JIU YUAN YOU XIAN GONG SI (Chinese Simplified: 长沙天仪空间科技研究院有限公司) (a.k.a. CHANGSHA TIANYI SPACE SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE CO. LTD; a.k.a. SPACETY CO. LTD), Room 445, 9th Floor, Block B, No. 18 Zhongguancun Street, Beijing, Haidian District, China; Changsha, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 430193000093452 (China); Unified Social Credit Code (USCC) 914301003206989977 (China) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY TERRA TECH).

CHANG, Chang-ha (a.k.a. JANG, Chang Ha); DOB 10 Jan 1964; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; President of Second Academy of Natural Sciences (individual) [DPRK2] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

CHANG, Chi Fu (a.k.a. CHAN, Changtrakul; a.k.a. CHANG, Shi-Fu; a.k.a. CHANG, Xifu; a.k.a. CHANGTRAKUL, Chan; a.k.a. KHUN SA); DOB 17 Feb 1933; alt. DOB 07 Jan 1932; alt. DOB 12 Feb 1932; POB Burma (individual) [SDNTK].

CHANG, Chin Sung (a.k.a. KLUAI YUAI, Choi Luang; a.k.a. "AH SUNG"), Shan State, Burma; 57/2 , Mu 4, Tambon Pa Pae, Amphur Mae Taeng, Chiang Mai, Thailand; DOB 20 Dec 1959; National ID No. 3550700628151 (Thailand) (individual) [SDNTK].

CHANG, Eric (a.k.a. LEI, Zhang; a.k.a. ZHANG, Lei; a.k.a. ZHANG, Shi); DOB 03 Jan 1976; POB Shanghai, China; citizen China; Passport G23851362 (China); alt. Passport W76048374 (China); National ID No. 320202197601030513 (China); Chinese Commercial Code 1728 4320 (individual) [SDNTK] (Linked To: CEC LIMITED).

CHANG, Kuk Ch'o'l (a.k.a. JANG, Kuk Chol), Vladivostok, Russia; DOB 03 Jul 1987; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 754420443 (Korea, North) (individual) [DPRK4] [CYBER4].

CHANG, Kyong-hwa (a.k.a. JANG, Kyong Hwa); DOB 13 Nov 1951; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Official at Second Academy of Natural Sciences (individual) [DPRK2] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

CHANG, Luis (a.k.a. CHANG NAVARRO, Luis Alfonso), Guatemala; DOB 15 Mar 1978; POB Guatemala; nationality Guatemala; Gender Male; Passport 222977132 (Guatemala) expires 21 May 2022; National ID No. 2229 77132 0101 (Guatemala) (individual) [GLOMAG].

CHANG, Myo' ng-ch'o' l (a.k.a. JANG, Myong Chol), Shenyang, China; Dandong, China; DOB 09 Sep 1968; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

CHANG, MYONG HO (a.k.a. CHANG, MYO'NG-HO; a.k.a. CHANG, MYONG-HO; a.k.a. RA, Kyong-Su), Beijing, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tanchon Commercial Bank Representative to Beijing, China (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

CHANG, Myong-Chin (a.k.a. JANG, Myong-Jin); DOB 1966; alt. DOB 1965; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

CHANG, MYONG-HO (a.k.a. CHANG, MYONG HO; a.k.a. CHANG, MYO'NG-HO; a.k.a. RA, Kyong-Su), Beijing, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tanchon Commercial Bank Representative to Beijing, China (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

CHANG, MYO'NG-HO (a.k.a. CHANG, MYONG HO; a.k.a. CHANG, MYONG-HO; a.k.a. RA, Kyong-Su), Beijing, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tanchon Commercial Bank Representative to Beijing, China (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

CHANG, Ping Yun (a.k.a. KHUN, Saeng); DOB 07 Jan 1940; POB Burma (individual) [SDNTK].

CHANG, Shi-Fu (a.k.a. CHAN, Changtrakul; a.k.a. CHANG, Chi Fu; a.k.a. CHANG, Xifu; a.k.a. CHANGTRAKUL, Chan; a.k.a. KHUN SA); DOB 17 Feb 1933; alt. DOB 07 Jan 1932; alt. DOB 12 Feb 1932; POB Burma (individual) [SDNTK].

CHANG, Tony (a.k.a. CHANG, Wen-Fu; a.k.a. ZHANG, Wen-Fu); DOB 01 Apr 1965; nationality Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 211606395 (Taiwan) (individual) [NPWMD].

CHANG, Wen-Fu (a.k.a. CHANG, Tony; a.k.a. ZHANG, Wen-Fu); DOB 01 Apr 1965; nationality Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S.

Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 211606395 (Taiwan) (individual) [NPWMD].

CHANG, Xifu (a.k.a. CHAN, Changtrakul; a.k.a. CHANG, Chi Fu; a.k.a. CHANG, Shi-Fu; a.k.a. CHANGTRAKUL, Chan; a.k.a. KHUN SA); DOB 17 Feb 1933; alt. DOB 07 Jan 1932; alt. DOB 12 Feb 1932; POB Burma (individual) [SDNTK].

CHANGBAI GLORY SHIPPING LIMITED, Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 03 Dec 2024; Registration Number 129094 (Marshall Islands) [IRAN-EO13902].

CHANGGUANG SATELLITE CO., LTD. (a.k.a. CHANG GUANG SATELLITE TECHNOLOGY CO., LTD. (Chinese Simplified: 长光卫星科技有限公司); a.k.a. "CHARMING GLOBE"), No. 1299, Mingxi Road, Beihu Science Technology Development District, Changchun, Jilin, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2014; Unified Social Credit Code (USCC) 91220101310012867G (China) [RUSSIA-EO14024].

CHANGGWANG CREDIT BANK (f.k.a. KOREA CHANGGWANG CREDIT BANK; a.k.a. TANCHON COMMERCIAL BANK), Saemul 1-Dong Pyongchon District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

CHANGGWANG SINYONG CORPORATION (a.k.a. DPRKN MINING DEVELOPMENT TRADING COOPERATION; a.k.a. EXTERNAL TECHNOLOGY GENERAL CORPORATION; a.k.a. KOREA KUMRYONG TRADING COMPANY; a.k.a. KOREA MINING DEVELOPMENT TRADING CORPORATION; a.k.a. KOREAN MINING AND INDUSTRIAL DEVELOPMENT CORPORATION; a.k.a. NORTH KOREAN MINING DEVELOPMENT TRADING CORPORATION; a.k.a. "KOMID"), Central District, Pyongyang, Korea, North; Beijing, China; Moscow, Russia; Tehran, Iran; Damascus, Syria; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions

Regulations section 510.214 [NPWMD] [DPRK2].

CHANGSHA TIANYI SPACE SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE CO. LTD (a.k.a. CHANG SHA TIAN YI KONG JIAN KE JI YAN JIU YUAN YOU XIAN GONG SI (Chinese Simplified: 长沙天仪空间科技研究院有限公司); a.k.a. SPACETY CO. LTD), Room 445, 9th Floor, Block B, No. 18 Zhongguancun Street, Beijing, Haidian District, China; Changsha, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 430193000093452 (China); Unified Social Credit Code (USCC) 914301003206989977 (China) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY TERRA TECH).

CHANGTAI SHIPPING LIMITED (a.k.a. CHANGTAI SHIPPING LTD), Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Jul 2023; Identification Number IMO 6427552; Business Number 121123 (Marshall Islands) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

CHANGTAI SHIPPING LTD (a.k.a. CHANGTAI SHIPPING LIMITED), Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Jul 2023; Identification Number IMO 6427552; Business Number 121123 (Marshall Islands) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

CHANGTRAKUL, Chan (a.k.a. CHAN, Changtrakul; a.k.a. CHANG, Chi Fu; a.k.a. CHANG, Shi-Fu; a.k.a. CHANG, Xifu; a.k.a. KHUN SA); DOB 17 Feb 1933; alt. DOB 07 Jan 1932; alt. DOB 12 Feb 1932; POB Burma (individual) [SDNTK].

CHANGZHOU JOEMARS INDUSTRIAL AUTOMATION CO LTD (a.k.a. CHANGZHOU JOMARS INDUSTRIAL AUTOMATION CO LTD; a.k.a. CHANGZHOU QIAOMAO INDUSTRIAL AUTOMATION CO LTD (Chinese Simplified: 常州乔懋工业自动化有限公司)), No. 678, Xin Chang Road, Xin Zha Township, Changzhou, Jiangsu, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 19

Aug 1997; Registration Number 320400400003944 (China); Unified Social Credit Code (USCC) 913204006081307514 (China) [NPWMD] [IFSR] (Linked To: JOEMARS MACHINERY AND ELECTRIC INDUSTRIAL CO LTD).

CHANGZHOU JOMARS INDUSTRIAL AUTOMATION CO LTD (a.k.a. CHANGZHOU JOEMARS INDUSTRIAL AUTOMATION CO LTD; a.k.a. CHANGZHOU QIAOMAO INDUSTRIAL AUTOMATION CO LTD (Chinese Simplified: 常州乔懋工业自动化有限公司)), No. 678, Xin Chang Road, Xin Zha Township, Changzhou, Jiangsu, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 19 Aug 1997; Registration Number 320400400003944 (China); Unified Social Credit Code (USCC) 913204006081307514 (China) [NPWMD] [IFSR] (Linked To: JOEMARS MACHINERY AND ELECTRIC INDUSTRIAL CO LTD).

CHANGZHOU QIAOMAO INDUSTRIAL AUTOMATION CO LTD (Chinese Simplified: 常州乔懋工业自动化有限公司) (a.k.a. CHANGZHOU JOEMARS INDUSTRIAL AUTOMATION CO LTD; a.k.a. CHANGZHOU JOMARS INDUSTRIAL AUTOMATION CO LTD), No. 678, Xin Chang Road, Xin Zha Township, Changzhou, Jiangsu, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 19 Aug 1997; Registration Number 320400400003944 (China); Unified Social Credit Code (USCC) 913204006081307514 (China) [NPWMD] [IFSR] (Linked To: JOEMARS MACHINERY AND ELECTRIC INDUSTRIAL CO LTD).

CHANGZHOU UTEK COMPOSITE COMPANY LTD (a.k.a. "CUC"), Fuhanyuan 1-812, New North District, Changzhou, Jiangsu 213022, China; Website utekcomposite.com; Organization Established Date 04 Jun 2012 [NPWMD].

CHANTARAPRAPAPORN, Apinya (a.k.a. CHANTHRAPRAPHAPHON, Aphinya; a.k.a. CHANTRAPRAPAPORN, Apinya; a.k.a. CHATARAPRAPAPORN, Apinya; a.k.a. JUNTARAPRAPORN, Aping), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o BANGKOK SILK FLOWER COMPANY LTD., Bangkok, Thailand; DOB 14 Jan 1955 (individual) [SDNTK].

CHANTARAPRAPAPORN, Arin (a.k.a. CHANTHRAPRAPHAPHON, Amarin; a.k.a. CHANTHRAPRAPHAPHON, Arin; a.k.a. CHANTRAPRAPAPORN, Arrin; a.k.a. CHATARAPRAPAPORN, Arin; a.k.a. JANPRAPAPORN, Arin), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o BANGKOK SILK FLOWER COMPANY LTD., Bangkok, Thailand; DOB 05 May 1954; Passport M93116 (Thailand) (individual) [SDNTK].

CHANTHRAPRAPHAPHON, Amarin (a.k.a. CHANTARAPRAPAPORN, Arin; a.k.a. CHANTHRAPRAPHAPHON, Arin; a.k.a. CHANTRAPRAPAPORN, Arrin; a.k.a. CHATARAPRAPAPORN, Arin; a.k.a. JANPRAPAPORN, Arin), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o BANGKOK SILK FLOWER COMPANY LTD., Bangkok, Thailand; DOB 05 May 1954; Passport M93116 (Thailand) (individual) [SDNTK].

CHANTHRAPRAPHAPHON, Aphinya (a.k.a. CHANTARAPRAPAPORN, Apinya; a.k.a. CHANTRAPRAPAPORN, Apinya; a.k.a. CHATARAPRAPAPORN, Apinya; a.k.a. JUNTARAPRAPORN, Aping), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o BANGKOK SILK FLOWER COMPANY LTD., Bangkok, Thailand; DOB 14 Jan 1955 (individual) [SDNTK].

CHANTHRAPRAPHAPHON, Arin (a.k.a. CHANTARAPRAPAPORN, Arin; a.k.a. CHANTHRAPRAPHAPHON, Amarin; a.k.a. CHANTRAPRAPAPORN, Arrin; a.k.a. CHATARAPRAPAPORN, Arin; a.k.a. JANPRAPAPORN, Arin), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o BANGKOK SILK FLOWER COMPANY LTD., Bangkok, Thailand; DOB 05 May 1954; Passport M93116 (Thailand) (individual) [SDNTK].

CHANTRAPRAPAPORN, Apinya (a.k.a. CHANTARAPRAPAPORN, Apinya; a.k.a. CHANTHRAPRAPHAPHON, Aphinya; a.k.a. CHATARAPRAPAPORN, Apinya; a.k.a. JUNTARAPRAPORN, Aping), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o BANGKOK SILK FLOWER COMPANY LTD., Bangkok, Thailand; DOB 14 Jan 1955 (individual) [SDNTK].

CHANTRAPRAPAPORN, Arrin (a.k.a. CHANTARAPRAPAPORN, Arin; a.k.a.

CHANTHRAPRAPHAPHON, Amarin; a.k.a. CHANTHRAPRAPHAPHON, Arin; a.k.a. CHATARAPRAPAPORN, Arin; a.k.a. JANPRAPAPORN, Arin), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o BANGKOK SILK FLOWER COMPANY LTD., Bangkok, Thailand; DOB 05 May 1954; Passport M93116 (Thailand) (individual) [SDNTK].

CHAPLIN, Nikita Yuryevich (Cyrillic: ЧАПЛИН, Никита Юрьевич), Russia; DOB 28 Jul 1982; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

CHAPS INVESTMENT INC., Panama City, Panama; RUC # 63315-21-354702 (Panama) [SDNTK].

CHAR, Koang Biel (a.k.a. BIEL, Gordon Koang; a.k.a. BIEL, Gordon Koang Char; a.k.a. "NYALUALGO, Koang"), Koch County, Unity, South Sudan; Bentiu, Unity, South Sudan; DOB 1973 to 1975; POB Gany, South Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

CHARARA, Ali Youssef (a.k.a. SHARARA, Ali Youssef; a.k.a. SHARARA, 'Ali Yusuf), Ghobeiry Center, Mcharrafieh, Beirut, Lebanon; Verdun 732 Center, 17th Floor, Verdun, Rachid Karameh Street, Beirut, Lebanon; Al-Ahlam, 4th Floor, Embassies Street, Bir Hassan, Beirut, Lebanon; DOB 25 Sep 1968; POB Sidon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

CHARHEIKA, Siarhei (a.k.a. CHARHEIKA, Siarhei Viktaravich (Cyrillic: ЧАРГЕЙКА, СЯРГЕЙ ВІКТАРАВІЧ); a.k.a. CHERGEIKO, Sergey Viktorovich (Cyrillic: ЧЕРГЕЙКО, СЕРГЕЙ ВИКТОРОВИЧ); a.k.a. "CHERGEIKO, S.V."), Academic Vyotsky St 3 apt. 114, Minsk, Belarus; DOB 27 Aug 1986; POB Mochulino Village, Belarus; nationality Belarus; citizen Belarus; Gender Male; Passport KH2638135 (Belarus); National ID No. 3270886K030PB1 (Belarus) (individual) [BELARUS-EO14038] (Linked To: PELENG JSC).

CHARHEIKA, Siarhei Viktaravich (Cyrillic: ЧАРГЕЙКА, СЯРГЕЙ ВІКТАРАВІЧ) (a.k.a.

CHARHEIKA, Siarhei; a.k.a. CHERGEIKO, Sergey Viktorovich (Cyrillic: ЧЕРГЕЙКО, СЕРГЕЙ ВИКТОРОВИЧ); a.k.a. "CHERGEIKO, S.V."), Academic Vyotsky St 3 apt. 114, Minsk, Belarus; DOB 27 Aug 1986; POB Mochulino Village, Belarus; nationality Belarus; citizen Belarus; Gender Male; Passport KH2638135 (Belarus); National ID No. 3270886K030PB1 (Belarus) (individual) [BELARUS-EO14038] (Linked To: PELENG JSC).

CHARIAPAPORN, Hiran (a.k.a. CHARI-APAPORN, Hiran; a.k.a. CHARI-APHAPHON, Hiran; a.k.a. JAREE-ARPAPORN, Hiran; a.k.a. JAREE-ARPAPORN, Hirun; a.k.a. WU, Nan Hsiung), c/o A-TEAM CHEMICALS COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; DOB 03 Jan 1950; National ID No. 310062394060 (Thailand) (individual) [SDNTK].

CHARI-APAPORN, Hiran (a.k.a. CHARIAPAPORN, Hiran; a.k.a. CHARI-APHAPHON, Hiran; a.k.a. JAREE-ARPAPORN, Hiran; a.k.a. JAREE-ARPAPORN, Hirun; a.k.a. WU, Nan Hsiung), c/o A-TEAM CHEMICALS COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; DOB 03 Jan 1950; National ID No. 310062394060 (Thailand) (individual) [SDNTK].

CHARI-APHAPHON, Hiran (a.k.a. CHARIAPAPORN, Hiran; a.k.a. CHARI-APAPORN, Hiran; a.k.a. JAREE-ARPAPORN, Hiran; a.k.a. JAREE-ARPAPORN, Hirun; a.k.a. WU, Nan Hsiung), c/o A-TEAM CHEMICALS COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; DOB 03 Jan 1950; National ID No. 310062394060 (Thailand) (individual) [SDNTK].

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY

FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; <Head Office> [SDGT].

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA

CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a.

STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan; Secondary sanctions risk:

section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CHARITABLE COMMITTEE FOR PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT

OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE

LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; <Head Office> [SDGT].

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA

CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC

CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC

CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CHARITY ASSOCIATION OF SOLIDARITY WITH THE PALESTINIAN PEOPLE (a.k.a. ASSOCIAZIONE BENEFICA DI SOLIDARIETA CON IL POPOLO PALESTINESE (Latin: ASSOCIAZIONE BENEFICA DI SOLIDARIETÀ CON IL POPOLO PALESTINESE); a.k.a. "ABSPP"), Genova, Italy; Rome, Italy; Milan, Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jan 1994 to 31 Dec 1994; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

CHARITY COALITION (a.k.a. 101 DAYS CAMPAIGN; a.k.a. COALITION OF GOOD; a.k.a. ETELAF AL-KHAIR; a.k.a. ETILAFU EL-KHAIR; a.k.a. I'TILAF AL-KHAIR; a.k.a. I'TILAF AL-KHAYR; a.k.a. UNION OF GOOD), P.O. Box 136301, Jeddah 21313, Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CHARNCHAI, Chiwinnitipanya (a.k.a. CHEEWINNITTIPANYA, Prasit; a.k.a. CHIVINNITIPANYA, Prasit; a.k.a. CHIWINNITIPANYA, Charnchai; a.k.a. PRASIT, Cheewinnittipanya; a.k.a. PRASIT, Chivinnitipanya; a.k.a. WEI, Hsueh Kang; a.k.a. WEI, Shao-Kang; a.k.a. WEI, Sia-Kang; a.k.a. WEI, Xuekang); DOB 29 Jun 1952; alt. DOB 29 May 1952; Passport Q081061 (Thailand); alt. Passport E091929 (Thailand) (individual) [SDNTK].

CHARSO LIMITED, P. Lordos Center, Makariou C'Avenue & Vironos Street, Block B, Floor 2, Flat 203 3105, Limassol, Cyprus; Elli Court 210, Archiepiskopou Makariou C'Avenue, 2nd Floor

Apt 4, 3030, Limassol, Cyprus; Registration ID C301690 (Cyprus) [GLOMAG] (Linked To: TESIC, Slobodan).

CHASOVNIKOV, Aleksandr Aleksandrovich, Vladivostok, Russia; DOB 09 May 1969; nationality Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

CHASTNAYA VOENNAYA KOMPANIYA 'VAGNER' (a.k.a. CHVK VAGNER; a.k.a. PMC WAGNER; a.k.a. PRIVATE MILITARY COMPANY 'WAGNER'; a.k.a. WAGNER GROUP (Cyrillic: ГРУППА ВАГНЕРА)), Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. [TCO] [UKRAINE-EO13660] [CAR] [RUSSIA-EO14024].

CHASTUHIN, Dmitriy (a.k.a. CHASTUKHIN, Dmitrii Vladimirovich), Saint Petersburg, Russia; DOB 20 Jul 1987; POB Cherepovets, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 651218162 (Russia) expires 14 Oct 2019 (individual) [RUSSIA-EO14024] (Linked To: OOO SOFT PLYUS).

CHASTUKHIN, Dmitrii Vladimirovich (a.k.a. CHASTUHIN, Dmitriy), Saint Petersburg, Russia; DOB 20 Jul 1987; POB Cherepovets, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 651218162 (Russia) expires 14 Oct 2019 (individual) [RUSSIA-EO14024] (Linked To: OOO SOFT PLYUS).

CHATAEV, Ahmed (a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAYEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

CHATAEV, Akhmed Rajapovich (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAYEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

CHATAEV, Akhmet (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAYEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

CHATARAPRAPAPORN, Apinya (a.k.a. CHANTARAPRAPAPORN, Apinya; a.k.a. CHANTHRAPRAPHAPHON, Aphinya; a.k.a. CHANTRAPRAPAPORN, Apinya; a.k.a. JUNTARAPRAPORN, Aping), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o BANGKOK SILK FLOWER COMPANY LTD., Bangkok, Thailand; DOB 14 Jan 1955 (individual) [SDNTK].

CHATARAPRAPAPORN, Arin (a.k.a. CHANTARAPRAPAPORN, Arin; a.k.a. CHANTHRAPRAPHAPHON, Amarin; a.k.a. CHANTHRAPRAPHAPHON, Arin; a.k.a. CHANTRAPRAPAPORN, Arrin; a.k.a. JANPRAPAPORN, Arin), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o BANGKOK SILK FLOWER COMPANY LTD., Bangkok, Thailand; DOB 05 May 1954; Passport M93116 (Thailand) (individual) [SDNTK].

CHATAYEV, Akhmad (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAYEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

CHATAYEV, Akhmed (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAYEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

CHATAYEV, Akhmet (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a.

SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAYEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

CHATEX, Estonia; Latvia; Saint Vincent and the Grenadines; Website chatex.com; Digital Currency Address - XBT 3E7YbpXuhh3CWFks1jmvWoV8y5DvsfzE6n; alt. Digital Currency Address - XBT 3NRJ8aXdUiZdHaiFX9ePX3DhGHzcEi14Fq; alt. Digital Currency Address - XBT 3K7PMJyMNVnxqsfpmK9r9nJDtzDw9wNwNV; alt. Digital Currency Address - XBT 3H3rh85qPaGLy2w6618yZNaH7i8asHv46B; alt. Digital Currency Address - XBT 3MTrJTFhYK9v1C6pjHtuweZSopfZa4b1wb; alt. Digital Currency Address - XBT 347QFbejDBdMZFTxpmn6evvvqyXiqZTCd7; alt. Digital Currency Address - XBT 33xWfziVZesgo83U5izdNCBVTnrtBpSwK7; alt. Digital Currency Address - XBT 32wdqwX3zCEX3DhAVEcKwXCEGdzgBnx1R9; alt. Digital Currency Address - XBT 3N9YcPBDky9UsMx1RTk33tL4jDkZfSnsPk; alt. Digital Currency Address - XBT bc1q90zrdysy4flyacw7hsury3ajs9yzwtwp6guqp ypx94w0d3p58hysvz6pde; alt. Digital Currency Address - XBT bc1qw7vfgv3r5vnehafl0y95sclg3uqsj87wxs9ad6 28yjjcq33cwessr6ndyw; alt. Digital Currency Address - XBT bc1q86tl9255vg5wldamfymaaz36uqxzm30gs7fh kljvzdlt9t38s3lqgdwdfq; alt. Digital Currency Address - XBT 3M7CGBPUJwXXSroWuZ6H5jiprdKCyf7V5M; alt. Digital Currency Address - XBT 34kWCKF2wCbe6uinit2uL4ND6d8yxsuxKM; alt. Digital Currency Address - XBT bc1qe95l438kzjcvnsm3kn8n5augf9gpctdlhsq7f7 hpnkyvlr7rc7cqupapf7; alt. Digital Currency Address - XBT 32VgTk8kGvBsqkHhkvtNooGdtqZm46jTVo; alt. Digital Currency Address - XBT

3NPognMSbzyA2JYW2fpkVKWyBMi2XTq2Zt; alt. Digital Currency Address - XBT 3MzLtBQ4Lz9J6w4Qu55TktgxFKZwxYWrP6; alt. Digital Currency Address - XBT 36YGN5dGzqrxMomTHdkT6cYVMnWBw8S7h D; alt. Digital Currency Address - XBT bc1q4rzdtlt0uslyw86cp29sctl6ct29g9a95cuup7p n5md9ddj7xgmqpp5m73; alt. Digital Currency Address - XBT 39KQvziHwUe2vddbpfC5WkQEV72qbQhxuh; alt. Digital Currency Address - XBT 3Qw9Fn19gCnga9LfHfpM99aGzuqxBNjR2i; Digital Currency Address - ETH 0x67d40EE1A85bf4a4Bb7Ffae16De985e8427B 6b45; alt. Digital Currency Address - ETH 0x6f1ca141a28907f78ebaa64fb83a9088b02a83 52; alt. Digital Currency Address - ETH 0x48549a34ae37b12f6a30566245176994e17c6 b4a; alt. Digital Currency Address - ETH 0x5512d943ed1f7c8a43f3435c85f7ab68b30121 b0; alt. Digital Currency Address - ETH 0xc455f7fd3e0e12afd51fba5c106909934d8a0e 4a; Organization Established Date 2018; Digital Currency Address - USDT 3LtcaPbCj87CwJHnRX3vh7c2y9RZQqeSy8; Digital Currency Address - XRP rnXyVQzgxZe7TR1EPzTkGj2jxH4LMJYh66 [CYBER2].

CHATEXTECH SIA, Ganibu dambis 26A, 1005, Riga, Latvia; Website chatextech.com; V.A.T. Number LV40203285832 (Latvia); Registration Number 40203285832 (Latvia) [CYBER2].

CHATURONG, Taiyai (a.k.a. CHA, Ta Fa; a.k.a. CHATURONG, Thaiyai; a.k.a. LU, Chin Shun; a.k.a. "CHA TA FA"; a.k.a. "LU TA FA"; a.k.a. "TA FA"), Burma; 29, Wawi Sub-district, Mae Suai District, Chiang Rai, Thailand; DOB 05 Mar 1958; National ID No. 3501000250521 (Thailand) (individual) [SDNTK].

CHATURONG, Thaiyai (a.k.a. CHA, Ta Fa; a.k.a. CHATURONG, Taiyai; a.k.a. LU, Chin Shun; a.k.a. "CHA TA FA"; a.k.a. "LU TA FA"; a.k.a. "TA FA"), Burma; 29, Wawi Sub-district, Mae Suai District, Chiang Rai, Thailand; DOB 05 Mar 1958; National ID No. 3501000250521 (Thailand) (individual) [SDNTK].

CHAU, Phirun, Cambodia; DOB 02 Mar 1955; POB Svay Rieng, Cambodia; nationality Cambodia; Gender Male; Passport 0074881 (Cambodia) expires 15 Jan 2023 (individual) [GLOMAG].

CHAUDARY, Aamir Ali (a.k.a. CHAUDHRY, Aamir Ali; a.k.a. CHAUDRY, Amir Ali; a.k.a. CHOUDRY, Aamir Ali; a.k.a. "HUZAIFA"); DOB 03 Aug 1986; nationality Pakistan; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BN4196361 (Pakistan) issued 28 Oct 2008 expires 27 Oct 2013; National ID No. 33202-7126636-9 (Pakistan) (individual) [SDGT].

CHAUDARY, Sajid Majeed (a.k.a. CHUHDRI, Sajid Majid; a.k.a. MAJEED, Sajid; a.k.a. MAJID, Sajid; a.k.a. MAJID, Sajjid; a.k.a. MIR, Sajid; a.k.a. MIR, Sajjid); DOB 31 Jan 1976; alt. DOB 01 Jan 1978; POB Lahore, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport KE381676 (Pakistan) issued 14 Oct 2004; National ID No. 3520163573447 (Pakistan) (individual) [SDGT].

CHAUDHRY, Aamir Ali (a.k.a. CHAUDARY, Aamir Ali; a.k.a. CHAUDRY, Amir Ali; a.k.a. CHOUDRY, Aamir Ali; a.k.a. "HUZAIFA"); DOB 03 Aug 1986; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BN4196361 (Pakistan) issued 28 Oct 2008 expires 27 Oct 2013; National ID No. 33202-7126636-9 (Pakistan) (individual) [SDGT].

CHAUDHRY, Nazir Ahmad (a.k.a. AHMAD, Nazir; a.k.a. AHMED, Nazeer; a.k.a. AHMED, Nazir); DOB 12 Dec 1948; POB Sahiwal, Punjab Province, Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BE4196581 (Pakistan) issued 01 Dec 2007 expires 29 Nov 2012; National ID No. 3520162456585 (Pakistan); alt. National ID No. 22058321812 (Pakistan) (individual) [SDGT].

CHAUDHRY, Zafar Iqbal (a.k.a. IQBAL, Malik Zafar; a.k.a. IQBAL, Muhammad Zafar; a.k.a. IQBAL, Zafar; a.k.a. IQBAL, Zaffer; a.k.a. SHAHBAZ, Malik Zafar Iqbal; a.k.a. SHEHBAZ, Malik Zafar Iqbal), Masjid al-Qadesia, 4 Lake Road, Lahore, Pakistan; DOB 04 Oct 1953; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport DG5149481 issued 22 Aug 2006 expires 21 Aug 2011; alt. Passport A2815665; National ID No. 35202-4135948-7; alt. National ID No. 29553654234; Professor; Doctor (individual) [SDGT].

CHAUDRY, Amir Ali (a.k.a. CHAUDARY, Aamir Ali; a.k.a. CHAUDHRY, Aamir Ali; a.k.a. CHOUDRY, Aamir Ali; a.k.a. "HUZAIFA"); DOB

03 Aug 1986; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BN4196361 (Pakistan) issued 28 Oct 2008 expires 27 Oct 2013; National ID No. 33202-7126636-9 (Pakistan) (individual) [SDGT].

CHAVARIN PRECIADO, David Alonso (a.k.a. "Chava"), Nogales, Sonora, Mexico; DOB 29 Dec 1982; POB Mexico; nationality Mexico; Gender Male; R.F.C. CAPD821229IG4 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

CHAVARRIA BARRE, Wilmer Geovanny (a.k.a. "Pipo"), Ecuador; DOB 15 May 1986; POB Ecuador; nationality Ecuador; Gender Male; Cedula No. 1205189911 (Ecuador) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: LOS LOBOS DRUG TRAFFICKING ORGANIZATION).

CHAVARRIA MONTENEGRO, Jose Adrian, Residencial Monte Cielo, Casa #C 152, Managua, Nicaragua; DOB 08 Sep 1955; POB Jinotega, Nicaragua; nationality Nicaragua; Gender Male; National ID No. 2410809550003W (Nicaragua); Diplomatic Passport A00001069 (Nicaragua) issued 06 Aug 2015 expires 06 Aug 2025 (individual) [NICARAGUA].

CHAVERIM (a.k.a. LIMITED LIABILITY COMPANY KHAVERIM; a.k.a. LLC HAVERIM), nab. Oktyabrskaya d. 104, k. 1 lit. p, office 401, Saint Petersburg 193079, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811753791 (Russia); Registration Number 1207800168520 (Russia) [RUSSIA-EO14024].

CHAVEZ FRIAS, Adan Coromoto (Latin: CHÁVEZ FRÍAS, Adán Coromoto), Barinas, Venezuela; DOB 11 Apr 1953; citizen Venezuela; Gender Male; Cedula No. 3915103 (Venezuela); Constituent of Venezuela's Constituent Assembly for Barinas Municipality in Barinas State;  Secretary of Venezuela's Presidential Commission for the Constituent Assembly (individual) [VENEZUELA].

CHAVEZ MARTINEZ, Ma Isela (a.k.a. CHAVEZ MARTINEZ, Maria Icela; a.k.a. CHAVEZ MARTINEZ, Maria Isela), Tchaikovsky 474, Col. Arcos de Guadalupe, Zapopan, Jalisco, Mexico; Piotr Tchaikovski 474, Col. Arcos de Guadalupe, Zapopan, Jalisco 45030, Mexico; Av. Sebastian Bach 5115, Col. Residencial La Estancia, Zapopan, Jalisco, Mexico; Av. Chapalita 50, Col. Jardines Plaza del Sol, Guadalajara, Jalisco, Mexico; Cam 1, Col. San Patricio o Melaque, San Patricio o Melaque, Jalisco 48980, Mexico; DOB 07 Nov 1967; POB Guadalajara, Jalisco, Mexico; citizen Mexico; Gender Female; R.F.C. CAMI671107GZA (Mexico); alt. R.F.C. CAMI671107MY5 (Mexico); C.U.R.P. CAMI671107MJCHRC07 (Mexico); alt. C.U.R.P. CAMI671107MJCHRS06 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION; Linked To: A & S CARRIER INTERNACIONAL, S.A. DE C.V.; Linked To: BOUNGALOWS VILLA AZUL, S.A. DE C.V.; Linked To: CLUB DEPORTIVO MORUMBI, ASOCIACION CIVIL).

CHAVEZ MARTINEZ, Maria Icela (a.k.a. CHAVEZ MARTINEZ, Ma Isela; a.k.a. CHAVEZ MARTINEZ, Maria Isela), Tchaikovsky 474, Col. Arcos de Guadalupe, Zapopan, Jalisco, Mexico; Piotr Tchaikovski 474, Col. Arcos de Guadalupe, Zapopan, Jalisco 45030, Mexico; Av. Sebastian Bach 5115, Col. Residencial La Estancia, Zapopan, Jalisco, Mexico; Av. Chapalita 50, Col. Jardines Plaza del Sol, Guadalajara, Jalisco, Mexico; Cam 1, Col. San Patricio o Melaque, San Patricio o Melaque, Jalisco 48980, Mexico; DOB 07 Nov 1967; POB Guadalajara, Jalisco, Mexico; citizen Mexico; Gender Female; R.F.C. CAMI671107GZA (Mexico); alt. R.F.C. CAMI671107MY5 (Mexico); C.U.R.P. CAMI671107MJCHRC07 (Mexico); alt. C.U.R.P. CAMI671107MJCHRS06 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION; Linked To: A & S CARRIER INTERNACIONAL, S.A. DE C.V.; Linked To: BOUNGALOWS VILLA AZUL, S.A. DE C.V.; Linked To: CLUB DEPORTIVO MORUMBI, ASOCIACION CIVIL).

CHAVEZ MARTINEZ, Maria Isela (a.k.a. CHAVEZ MARTINEZ, Ma Isela; a.k.a. CHAVEZ MARTINEZ, Maria Icela), Tchaikovsky 474, Col. Arcos de Guadalupe, Zapopan, Jalisco, Mexico; Piotr Tchaikovski 474, Col. Arcos de Guadalupe, Zapopan, Jalisco 45030, Mexico; Av. Sebastian Bach 5115, Col. Residencial La Estancia, Zapopan, Jalisco, Mexico; Av. Chapalita 50, Col. Jardines Plaza del Sol, Guadalajara, Jalisco, Mexico; Cam 1, Col. San Patricio o Melaque, San Patricio o Melaque, Jalisco 48980, Mexico; DOB 07 Nov 1967; POB Guadalajara, Jalisco, Mexico; citizen Mexico; Gender Female; R.F.C. CAMI671107GZA (Mexico); alt. R.F.C. CAMI671107MY5 (Mexico); C.U.R.P. CAMI671107MJCHRC07 (Mexico); alt. C.U.R.P. CAMI671107MJCHRS06 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION; Linked To: A & S CARRIER INTERNACIONAL, S.A. DE C.V.; Linked To: BOUNGALOWS VILLA AZUL, S.A. DE C.V.; Linked To: CLUB DEPORTIVO MORUMBI, ASOCIACION CIVIL).

CHAVEZ TAMAYO, Jesus Gerardo, Internacional 29 Fronteriza, Mexicali, Baja California 21110, Mexico; DOB 24 Dec 1965; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. CATJ651224HSLHMS05 (Mexico) (individual) [TCO] (Linked To: HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION).

CHAYKA, Artem Yuryevich (a.k.a. CHAIKA, Artem), 38/2 Staraya Basmannaya, Apt. 310, Moscow, Russia; DOB 25 Sep 1975; POB Sverdlovsk, Russia; Gender Male; National ID No. 4501052463 (Russia) (individual) [GLOMAG].

CHAYKA, Igor Yuryevich (Cyrillic: ЧАЙКА, Игорь Юрьевич) (a.k.a. CHAIKA, Igor Yuryevich; a.k.a. "IFYAU9" (Cyrillic: "ЙФЯАУ9")), Russia; DOB 13 Dec 1988; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770302172306 (Russia) (individual) [RUSSIA-EO14024].

CHAYKA, Yuriy Yakovlevich (Cyrillic: ЧАЙКА, Юрий Яковлевич) (a.k.a. CHAIKA, Yuri; a.k.a. CHAIKA, Yury), Russia; DOB 21 May 1951; POB Nikolayevsk-on-Amur, Khabarovsk Territory, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

CHAYON KWAHAK-WON (a.k.a. 2ND ACADEMY OF NATURAL SCIENCES; a.k.a. ACADEMY OF NATURAL SCIENCES; a.k.a. CHE 2 CHAYON KWAHAK-WON; a.k.a. KUKPANG KWAHAK-WON; a.k.a. NATIONAL DEFENSE ACADEMY; a.k.a. SANSRI; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES RESEARCH INSTITUTE), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

CHE 2 CHAYON KWAHAK-WON (a.k.a. 2ND ACADEMY OF NATURAL SCIENCES; a.k.a.

ACADEMY OF NATURAL SCIENCES; a.k.a. CHAYON KWAHAK-WON; a.k.a. KUKPANG KWAHAK-WON; a.k.a. NATIONAL DEFENSE ACADEMY; a.k.a. SANSRI; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES RESEARCH INSTITUTE), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

CHEADE, Ali (a.k.a. CHEHADE, Abou Hassan Ali; a.k.a. CHEHADE, Ali Ahmad; a.k.a. JAWAD, Abou Hassan; a.k.a. JAWAD, Abu Hassan; a.k.a. SHIHADI, Ali), Abidjan, Cote d Ivoire; DOB 05 Jan 1961; POB Ansarie, Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0516070 (Lebanon) (individual) [SDGT].

CHEBOKSARSKU ZAVOD KABELNYKH IZDELI CHUVASHKABEL OAO (a.k.a. JOINT STOCK COMPANY ZAVOD CHUVASHKABEL; a.k.a. ZAVOD CHUVASHKABEL AO), Pr-D Kabelnyi D, 7, Cheboksary 428037, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2127009135 (Russia); Registration Number 1022100967635 (Russia) [RUSSIA-EO14024].

CHECHEN MINERAL WATERS LTD (a.k.a. CHECHENSKIE MINERALNYE VODY, OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU CHECHENSKIE MINERALNYE VODY), 23A, ul. Kurortnaya S. Sernovdskoe, Sunzhenski Raion, Chechenskaya Resp. 366701, Russia; Tax ID No. 2029180769 (Russia); Registration Number 1072033000049 (Russia) [GLOMAG] (Linked To: AKHMAT KADYROV FOUNDATION).

CHECHENSKIE MINERALNYE VODY, OOO (a.k.a. CHECHEN MINERAL WATERS LTD; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU CHECHENSKIE MINERALNYE VODY), 23A, ul. Kurortnaya S. Sernovdskoe, Sunzhenski Raion, Chechenskaya Resp. 366701, Russia; Tax ID No. 2029180769 (Russia); Registration Number 1072033000049 (Russia) [GLOMAG] (Linked To: AKHMAT KADYROV FOUNDATION).

CHECHIKHIN, Yuri Valerevich (a.k.a. CHECHIKHIN, Yurii Valeryevich; a.k.a. CHECHIKHIN, Yuriy Valeryevich), 27, Bolshaya Pirogovskaya St., Moscow, Russia; DOB 05 Nov 1976; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

CHECHIKHIN, Yurii Valeryevich (a.k.a. CHECHIKHIN, Yuri Valerevich; a.k.a. CHECHIKHIN, Yuriy Valeryevich), 27, Bolshaya Pirogovskaya St., Moscow, Russia; DOB 05 Nov 1976; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

CHECHIKHIN, Yuriy Valeryevich (a.k.a. CHECHIKHIN, Yuri Valerevich; a.k.a. CHECHIKHIN, Yurii Valeryevich), 27, Bolshaya Pirogovskaya St., Moscow, Russia; DOB 05 Nov 1976; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

CHEEMA, Asim (a.k.a. BHAI, Chima; a.k.a. CHEEMA, Azam; a.k.a. CHEEMA, Azzam; a.k.a. CHEEMA, Mohammed Azam; a.k.a. CHIMA, Azam; a.k.a. CHIMA, Azim), Islamabad, Pakistan; Muzaffarabad, Pakistan; Bahawalpur, Pakistan; DOB 1953; POB Faisalabad, Pakistan; nationality Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

CHEEMA, Azam (a.k.a. BHAI, Chima; a.k.a. CHEEMA, Asim; a.k.a. CHEEMA, Azzam; a.k.a. CHEEMA, Mohammed Azam; a.k.a. CHIMA, Azam; a.k.a. CHIMA, Azim), Islamabad, Pakistan; Muzaffarabad, Pakistan; Bahawalpur, Pakistan; DOB 1953; POB Faisalabad, Pakistan; nationality Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

CHEEMA, Azzam (a.k.a. BHAI, Chima; a.k.a. CHEEMA, Asim; a.k.a. CHEEMA, Azam; a.k.a. CHEEMA, Mohammed Azam; a.k.a. CHIMA, Azam; a.k.a. CHIMA, Azim), Islamabad, Pakistan; Muzaffarabad, Pakistan; Bahawalpur, Pakistan; DOB 1953; POB Faisalabad, Pakistan; nationality Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

CHEEMA, Mohammed Azam (a.k.a. BHAI, Chima; a.k.a. CHEEMA, Asim; a.k.a. CHEEMA, Azam; a.k.a. CHEEMA, Azzam; a.k.a. CHIMA, Azam; a.k.a. CHIMA, Azim), Islamabad, Pakistan; Muzaffarabad, Pakistan; Bahawalpur, Pakistan; DOB 1953; POB Faisalabad, Pakistan; nationality Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

CHEER CAPITAL LIMITED, Hong Kong, China; Business Registration Number 51220263 (Hong Kong) [TCO] (Linked To: CHEN, Zhi).

CHEEWINNITTIPANYA, Prasit (a.k.a. CHARNCHAI, Chiwinnitipanya; a.k.a. CHIVINNITIPANYA, Prasit; a.k.a. CHIWINNITIPANYA, Charnchai; a.k.a. PRASIT, Cheewinnittipanya; a.k.a. PRASIT, Chivinnitipanya; a.k.a. WEI, Hsueh Kang; a.k.a. WEI, Shao-Kang; a.k.a. WEI, Sia-Kang; a.k.a. WEI, Xuekang); DOB 29 Jun 1952; alt. DOB 29 May 1952; Passport Q081061 (Thailand); alt. Passport E091929 (Thailand) (individual) [SDNTK].

CHEGHA-MARANI, Ali Reza Moradi (a.k.a. CHEGHAMARANI, Ali Reza Moradi (Arabic: علیرضا مرادی چقامارانی); a.k.a. CHEGHAMARANI, Alireza Moradi; a.k.a. CHEGHA-MARANI, Alireza Moradi; a.k.a. CHOGHAMARANI, Ali Reza Moradi; a.k.a. CHOGHAMARANI, Alireza Moradi; a.k.a. MORADI CHOGHAMARANI, Ali Reza Hajji Morad; a.k.a. MORADI HAJIMRAD, Ali Reza; a.k.a. MORADI, Ali Reza; a.k.a. MORADI, Alireza (Arabic: علیرضا مرادی); a.k.a. MORADICHOGHAMARANI, Ali Reza), Sanandaj, Iran; DOB 11 Aug 1962; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T23715965 (Iran) expires 09 May 2017; National ID No. 3257894351 (Iran); LEF Commander, Sanandaj (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

CHEGHAMARANI, Ali Reza Moradi (Arabic: علیرضا مرادي چقاماراني) (a.k.a. CHEGHA-MARANI, Ali Reza Moradi; a.k.a. CHEGHAMARANI, Alireza Moradi; a.k.a. CHEGHA-MARANI, Alireza Moradi; a.k.a. CHOGHAMARANI, Ali Reza Moradi; a.k.a. CHOGHAMARANI, Alireza Moradi; a.k.a. MORADI CHOGHAMARANI, Ali Reza Hajji Morad; a.k.a. MORADI HAJIMRAD, Ali Reza; a.k.a. MORADI, Ali Reza; a.k.a. MORADI,

Alireza (Arabic: علیرضا مرادی); a.k.a. MORADICHOGHAMARANI, Ali Reza), Sanandaj, Iran; DOB 11 Aug 1962; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T23715965 (Iran) expires 09 May 2017; National ID No. 3257894351 (Iran); LEF Commander, Sanandaj (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

CHEGHAMARANI, Alireza Moradi (a.k.a. CHEGHA-MARANI, Ali Reza Moradi; a.k.a. CHEGHAMARANI, Ali Reza Moradi (Arabic: علیرضا مرادی چقامارانی); a.k.a. CHEGHA-MARANI, Alireza Moradi; a.k.a. CHOGHAMARANI, Ali Reza Moradi; a.k.a. CHOGHAMARANI, Alireza Moradi; a.k.a. MORADI CHOGHAMARANI, Ali Reza Hajji Morad; a.k.a. MORADI HAJIMRAD, Ali Reza; a.k.a. MORADI, Ali Reza; a.k.a. MORADI, Alireza (Arabic: علیرضا مرادی); a.k.a. MORADICHOGHAMARANI, Ali Reza), Sanandaj, Iran; DOB 11 Aug 1962; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T23715965 (Iran) expires 09 May 2017; National ID No. 3257894351 (Iran); LEF Commander, Sanandaj (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

CHEGHA-MARANI, Alireza Moradi (a.k.a. CHEGHA-MARANI, Ali Reza Moradi; a.k.a. CHEGHAMARANI, Ali Reza Moradi (Arabic: علیرضا مرادی چقامارانی); a.k.a. CHEGHAMARANI, Alireza Moradi; a.k.a. CHOGHAMARANI, Ali Reza Moradi; a.k.a. CHOGHAMARANI, Alireza Moradi; a.k.a. MORADI CHOGHAMARANI, Ali Reza Hajji Morad; a.k.a. MORADI HAJIMRAD, Ali Reza; a.k.a. MORADI, Ali Reza; a.k.a. MORADI, Alireza (Arabic: علیرضا مرادی); a.k.a. MORADICHOGHAMARANI, Ali Reza), Sanandaj, Iran; DOB 11 Aug 1962; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T23715965 (Iran) expires 09 May 2017; National ID No. 3257894351 (Iran); LEF Commander, Sanandaj (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

CHEHADE, Abou Hassan Ali (a.k.a. CHEADE, Ali; a.k.a. CHEHADE, Ali Ahmad; a.k.a. JAWAD, Abou Hassan; a.k.a. JAWAD, Abu Hassan; a.k.a. SHIHADI, Ali), Abidjan, Cote d Ivoire; DOB 05 Jan 1961; POB Ansarie, Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0516070 (Lebanon) (individual) [SDGT].

CHEHADE, Ali Ahmad (a.k.a. CHEADE, Ali; a.k.a. CHEHADE, Abou Hassan Ali; a.k.a. JAWAD, Abou Hassan; a.k.a. JAWAD, Abu Hassan; a.k.a. SHIHADI, Ali), Abidjan, Cote d Ivoire; DOB 05 Jan 1961; POB Ansarie, Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0516070 (Lebanon) (individual) [SDGT].

CHEHARMAHALI, Ali (a.k.a. CHAHARMAHALI, Ali (Arabic: علی چهارمحالی)), Karaj, Alborz Province, Iran; DOB 10 Jan 1976; POB Shushtar, Khuzestan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1880617978 (Iran) (individual) [IRAN-HR].

CHEIKH, Saleck Ould (a.k.a. MOHAMEDOU, Saleck Ould Cheikh), Mauritania; DOB 01 Jan 1984 to 31 Dec 1984; POB Atar, Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

CHEIL CREDIT BANK (a.k.a. FIRST CREDIT BANK; a.k.a. "KYONGYONG CREDIT BANK"), 3-18 Pyongyang Information Center, Potonggang District, Pyongyang, Korea, North; Beijing, China; Shenyang, China; Shanghai, China; SWIFT/BIC KYCBKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Financial Institution; Digital Currency Address - USDT TA3941uFAvmVibSkQ6fMJXxmaSNovX86mz; alt. Digital Currency Address - USDT TA39q3p75XRSWYAEaSF7dANtyksoa3sLge; alt. Digital Currency Address - USDT TBATDh41qMQ1yeVYecneEvhpfayYmkAQWS; alt. Digital Currency Address - USDT TBwghbQMsBC5xcUxE7ZpYXhfDMXZAfiFv6; alt. Digital Currency Address - USDT TBWRDpQsW1ZVPGGaBAwVLNb7iqmVBuM1nj; alt. Digital Currency Address - USDT TBYRhsZR7Mdn9ezpGVLwZiNVnGm8wZGLAD; alt. Digital Currency Address - USDT TBZefVsyQpzzxc2WSCLbZBECvxVdzGqdtC; alt. Digital Currency Address - USDT TC5UNu3LGrjjVCuLNDdVgjm4oL5cQAyFRZ; alt. Digital Currency Address - USDT TCA7AfTSuDmgYk2VaezfPuZF4Z4X8wxwcQ; alt. Digital Currency Address - USDT TDNKsLvsY2iSznyghddXz7ZDRc4X3191Z8; alt. Digital Currency Address - USDT TE3mCcPULjPUE7ykX7RArDPAhyahoy3d2j; alt. Digital Currency Address - USDT TF4J8Gp7zbS8NA3HLuxsLdx7Ebzr6weCGn; alt. Digital Currency Address - USDT TFdHux43bs21qRsygv5WQWfgtbQeT6nXey; alt. Digital Currency Address - USDT TFrH3dcpnR3tADrAcfyJwiK4brsgf3B7PG; alt. Digital Currency Address - USDT TFurWgnyNMq9bhLrLoT9FGnrLfAL2BtR5R; alt. Digital Currency Address - USDT TGDaYNWFXi9HJ7NacfETF15vhUH7eRhKzt; alt. Digital Currency Address - USDT TGdpkwNVFjw2DnbHBCFKLvCygPVPz9w4iM; alt. Digital Currency Address - USDT TGKgLatirRpTugS6wgCUKerjLbzWKXAVqx; alt. Digital Currency Address - USDT TGMFaAXH15oaW8MpcNHLid6NbMKWaaNPdC; alt. Digital Currency Address - USDT TGpNzk9noyvCCdnFPuSg5cqptPs16LjXZq; alt. Digital Currency Address - USDT TGRZZsD8gxahF5oE6C7K8LLRHqQzoPa5bX; alt. Digital Currency Address - USDT THEQTsqPhRDDfgcfBW5npH5Lr9PZhpthrf; alt. Digital Currency Address - USDT THHb5iMAbZgQYY19h6uY66y5xt6e11gcZC; alt. Digital Currency Address - USDT THob8vRrpDybXeqZDj8ukQhMjJVJ5nCbTW; alt. Digital Currency Address - USDT THUqqeevBQS3EYordDJKwp8DLFknesnfCD; alt. Digital Currency Address - USDT TJ812KESWjzJZGEWBPFCu74Js5zQS7jN5A; alt. Digital Currency Address - USDT TJBg9SxwiUUoqJGk18vK9avxkuV8GrKMK7; alt. Digital Currency Address - USDT TLRMHPjLGXsVpD9RVzSfat6zDiVDrd4b4w; alt. Digital Currency Address - USDT TMECKT19hfumcK3KqQKbhxkn1ohyeR58xu; alt. Digital Currency Address - USDT TMgnRWb9xFMtktny9Lzty21QYLLQD93ft6; alt. Digital Currency Address - USDT TMiSGhXXVsvJzqwGbwAsGiFxWg2eALZoM5;

alt. Digital Currency Address - USDT TPcUZYthDfxNsHQnZZGBM1BDNBeNSjfPZE; alt. Digital Currency Address - USDT TPF9UQhqpV18BPWg5xo6MeB3h8t4iEg9gP; alt. Digital Currency Address - USDT TPo3JyryRcQ3uhBWexeYhtkpMitsUwY4uB; alt. Digital Currency Address - USDT TPPR7e8hGC57dexrE2jy1f94wtuGyVP6Dp; alt. Digital Currency Address - USDT TQKQ4ntejdYYJpuYkFz8oCSDoXW6RKRDdY; alt. Digital Currency Address - USDT TQthYM5nLqwAEr6DScC8tRtw29ncEB53mK; alt. Digital Currency Address - USDT TR18rEj7gWjKBJLYrowyfnvjWLTTsXGngK; alt. Digital Currency Address - USDT TRkGqvaobVp4XDNmSceRo5hDcJYDTFmYjd; alt. Digital Currency Address - USDT TTct1DezYvriNWU7Wi3mygLoskkaw61mra; alt. Digital Currency Address - USDT TTUqoT6EAmiM1xLvwVwxhjvjaoEUGtKDdZ; alt. Digital Currency Address - USDT TTzMs5AR66jr9mQMkWfCHVwd3AiLLYPepQ; alt. Digital Currency Address - USDT TUKsuPVb8kgJVFp5x528KC5HisUVdzxami; alt. Digital Currency Address - USDT TVDsEFm19zLV8HeXdt6G75rLroxnp6uqpV; alt. Digital Currency Address - USDT TVu2SiQrWSnfwk8quAeDxfiaLy6FHzYkMA; alt. Digital Currency Address - USDT TVyiDQ25H6Rx6PcNV1WyjGasGSa8ehj1Uv; alt. Digital Currency Address - USDT TW3RgbhYkFEFnmRJ9mE9b83T9XYSMkjwuD; alt. Digital Currency Address - USDT TWwv8FQiES3yHGig7y3zJWYuPaZfSV3vmY; alt. Digital Currency Address - USDT TXc4kRiMEcdXRxWpSKkD5qKaARExN4uxPq; alt. Digital Currency Address - USDT TXFUYHVJMDyKikutvCG6qNgTUS5pxtZhHs; alt. Digital Currency Address - USDT TYD6a4PAAfAgegEdDf9oZUnW4DFmS8jeFT; alt. Digital Currency Address - USDT TYK29mbyvVxLaLUKdFSTRADMwoxaVbVZQg; alt. Digital Currency Address - USDT TYxwUhoLPF7AgfG9GaXFEp8CQi8K8KG1m3 [DPRK4].

CHEKAD SANAT FARAZ ASIA, Afshar Nou Alley, Fadaiyan Islam St., No 841, 1st floor, District 18, Central Sector, Tehran Station Quarter, Tehran, Tehran Province 1851617167, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2013; National ID No. 14009306332 (Iran); Registration Number 561957 (Iran) [IRAN-CON-ARMS-EO].

CHEKALOV, Valeriy Yevgenyevich, Russia; DOB 10 Jan 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

CHEKKOURI, Yassine; DOB 06 Oct 1966; POB Safi, Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

CHEKOSARI, Sa'id Najafpur (a.k.a. NAJAFPUR, Behnam; a.k.a. NAJAFPUR, Sa'id; a.k.a. "DADR, Behnam"; a.k.a. "SADR, Behnam"); DOB 1980; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

CHEKUNKOV, Aleksei Olegovich (a.k.a. CHEKUNKOV, Aleksey Olegovich (Cyrillic: ЧЕКУНКОВ, Алексей Олегович)), Moscow, Russia; DOB 03 Oct 1980; POB Minsk, Belarus; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773012831665 (Russia) (individual) [RUSSIA-EO14024].

CHEKUNKOV, Aleksey Olegovich (Cyrillic: ЧЕКУНКОВ, Алексей Олегович) (a.k.a. CHEKUNKOV, Aleksei Olegovich), Moscow, Russia; DOB 03 Oct 1980; POB Minsk, Belarus; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773012831665 (Russia) (individual) [RUSSIA-EO14024].

CHEKUNOV, Igor (Cyrillic: ЧЕКУНОВ, Игорь) (a.k.a. CHEKUNOV, Igor Gennadyevich), Russia; DOB 27 Mar 1966; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530176384 (Russia) (individual) [RUSSIA-EO14024].

CHEKUNOV, Igor Gennadyevich (a.k.a. CHEKUNOV, Igor (Cyrillic: ЧЕКУНОВ, Игорь)), Russia; DOB 27 Mar 1966; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530176384 (Russia) (individual) [RUSSIA-EO14024].

CHELIK, Abdulhamit (a.k.a. CELIK, Abdulhamid; a.k.a. CELIK, Abdulhamit), Turkey; DOB 01 Feb 1968; POB Mardin, Kiziltepe, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U00093082 (Turkey); National ID No. 55735353242 (Turkey) (individual) [SDGT] [IFSR] (Linked To: SHAHRIYARI, Behnam).

CHELIK, Yozgyur Hasan (a.k.a. CELIK, Ozgur Hasan; a.k.a. HASAN, Chelik), Turkey; DOB 19 May 1976; POB Istanbul, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 22694157006 (Turkey) (individual) [RUSSIA-EO14024] (Linked To: MIREX HAVACILIK VE SAVUNMA SANAYI TICARET ANONIM SERKETI).

CHELNYVODOKANAL AO (a.k.a. CHELNYVODOKANAL OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU CHELNYVODOKANAL), Promzona, Khlebnyi Proezd 27, Naberezhnyye Chelny 423810, Russia; d. 27, proezd Khlebny, Naberezhnye Chelny, Tatarstan Resp. 423800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Dec 2014; Tax ID No. 1650297657 (Russia); Government Gazette Number 42150340 (Russia); Registration Number 1141650021534 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

CHELNYVODOKANAL OOO (f.k.a. CHELNYVODOKANAL AO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU CHELNYVODOKANAL), Promzona, Khlebnyi Proezd 27, Naberezhnyye Chelny 423810, Russia; d. 27, proezd Khlebny, Naberezhnye Chelny, Tatarstan Resp. 423800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Dec 2014; Tax ID No. 1650297657 (Russia); Government Gazette Number 42150340 (Russia); Registration Number 1141650021534 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

CHELYABINSK-70 (a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ACADEMICIAN E.I. ZABABKHIN ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF TECHNICAL

PHYSICS; a.k.a. KASLI NUCLEAR WEAPONS DEVELOPMENT CENTER; a.k.a. RUSSIAN FEDERAL NUCLEAR CENTER - ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. VSEROSSIYSKY NAUCHNO-ISSLEDOVATELSKIY INSTITUT TEKHNICHESKOY FIZIKI; a.k.a. ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. ZABABAKHIN INSTITUTE; a.k.a. "RFNC-VNIITF"; a.k.a. "VNIITF"), P.O. Box 245, Snezhinsk, Chelyabinsk Region 456770, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1955; Tax ID No. 7423000572 (Russia); Registration Number 1027401350932 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

CHELYABINSKGEOSAEMKA AO (a.k.a. CHELYABINSKGEOSEMKA AO (Cyrillic: ЧЕЛЯБИНСКГЕОСЪЕМКА АО)), Ulitsa Omskaya, 89, Chelyabinsk 454048, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7451213163 (Russia); Registration Number 1057423503158 (Russia) [RUSSIA-EO14024].

CHELYABINSKGEOSEMKA AO (Cyrillic: ЧЕЛЯБИНСКГЕОСЪЕМКА АО) (a.k.a. CHELYABINSKGEOSAEMKA AO), Ulitsa Omskaya, 89, Chelyabinsk 454048, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7451213163 (Russia); Registration Number 1057423503158 (Russia) [RUSSIA-EO14024].

CHEMERIS, Roza Basirovna (Cyrillic: ЧЕМЕРИС, Роза Басировна), Russia; DOB 11 Jun 1978; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

CHEMEZOV, Alexander (a.k.a. CHEMEZOV, Alexander Sergeevich), Russia; DOB 1985; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770301931310 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CHEMEZOV, Sergei).

CHEMEZOV, Alexander Sergeevich (a.k.a. CHEMEZOV, Alexander), Russia; DOB 1985; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Tax ID No. 770301931310 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CHEMEZOV, Sergei).

CHEMEZOV, Anastasia (a.k.a. IGNATOVA, Anastasia; a.k.a. IGNATOVA, Anastasia Mikhailovna), Russia; DOB 1987; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770470614612 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CHEMEZOV, Sergei).

CHEMEZOV, Sergei (a.k.a. CHEMEZOV, Sergey; a.k.a. CHEMEZOV, Sergey Victorovich), 21 Gogolevskiy Bulvar, Moscow, Russia; DOB 20 Aug 1952; POB Cheremkhovo, Irkutsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770202363089 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

CHEMEZOV, Sergey (a.k.a. CHEMEZOV, Sergei; a.k.a. CHEMEZOV, Sergey Victorovich), 21 Gogolevskiy Bulvar, Moscow, Russia; DOB 20 Aug 1952; POB Cheremkhovo, Irkutsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770202363089 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

CHEMEZOV, Sergey Sergeevich, Russia; DOB 07 May 2002; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771470044675 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CHEMEZOV, Sergei).

CHEMEZOV, Sergey Victorovich (a.k.a. CHEMEZOV, Sergei; a.k.a. CHEMEZOV, Sergey), 21 Gogolevskiy Bulvar, Moscow, Russia; DOB 20 Aug 1952; POB Cheremkhovo, Irkutsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770202363089 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

CHEMEZOV, Stanislav (a.k.a. CHEMEZOV, Stanislav Sergeyevich (Cyrillic: ЧЕМЕЗОВ, Станислав Сергеевич)), 36 Yuzhnoye Highway, Tolyatti, Samara 445024, Russia; DOB 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770203814714 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CHEMEZOV, Sergei).

CHEMEZOV, Stanislav Sergeyevich (Cyrillic: ЧЕМЕЗОВ, Станислав Сергеевич) (a.k.a. CHEMEZOV, Stanislav), 36 Yuzhnoye Highway, Tolyatti, Samara 445024, Russia; DOB 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770203814714 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CHEMEZOV, Sergei).

CHEMFORM TRADING PRIVATE LIMITED (a.k.a. ALCHEMICAL SOLUTIONS PRIVATE LIMITED), Unit No.1406, 14th Floor, C Wing, One Bkc, Plot No. C66, G Block, Bandra Kurla Complex, Bandra East, Mumbai, Maharashtra 400051, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 23 Mar 2021; C.I.N. U24299MH2021PTC357689 (India) [IRAN-EO13846].

CHEMICAL GROUP (a.k.a. CHEMICAL INDUSTRIES & DEVELOPMENT OF MATERIALS GROUP; a.k.a. CHEMICAL INDUSTRIES GROUP; a.k.a. CIDMG), P.O. Box 19585/311, Tehran, Iran, Tehran, Iran; Pasdaran Street, Tehran 19585311, Iran; Khavarah Road Km 35, Parchin, Iran; Zarrin Shah, P.O. Box 81465-363, Esfahan, Iran; P.O. Box 16765-368, Department 146-42, Parchin, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: DEFENSE INDUSTRIES ORGANIZATION).

CHEMICAL INDUSTRIES & DEVELOPMENT OF MATERIALS GROUP (a.k.a. CHEMICAL GROUP; a.k.a. CHEMICAL INDUSTRIES GROUP; a.k.a. CIDMG), P.O. Box 19585/311, Tehran, Iran, Tehran, Iran; Pasdaran Street, Tehran 19585311, Iran; Khavarah Road Km 35, Parchin, Iran; Zarrin Shah, P.O. Box 81465-363, Esfahan, Iran; P.O. Box 16765-368, Department 146-42, Parchin, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: DEFENSE INDUSTRIES ORGANIZATION).

CHEMICAL INDUSTRIES GROUP (a.k.a. CHEMICAL GROUP; a.k.a. CHEMICAL INDUSTRIES & DEVELOPMENT OF MATERIALS GROUP; a.k.a. CIDMG), P.O. Box 19585/311, Tehran, Iran, Tehran, Iran; Pasdaran Street, Tehran 19585311, Iran; Khavarah Road Km 35, Parchin, Iran; Zarrin Shah, P.O. Box 81465-363, Esfahan, Iran; P.O. Box 16765-368, Department 146-42, Parchin, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: DEFENSE INDUSTRIES ORGANIZATION).

CHEMIX TRADING L.L.C (Arabic: كيميكس للتجارة ش.ذ.م.م), Office 126, Dubai Hotel, Business Bay, Dubai, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 17 Feb 2023; License 1154103 (United Arab Emirates); Economic Register Number (CBLS) 12020068 (United Arab Emirates) [IRAN-EO13846].

CHEMODANOV, Denis (a.k.a. CHEMODANOV, Denis Grigorievich (Cyrillic: ЧЕМОДАНОВ, Денис Григорьевич)), 40-let Pobyedy St., 34-41, Borovlyany village, Minsk Region, Belarus (Cyrillic: ул. 40-лет Победы 34-41, Боровляны, Минский р-н д., Belarus); DOB 11 Sep 1977; nationality Belarus; Gender Male; National ID No. 3110977B057PB9 (Belarus); Tax ID No. KA6808948 (Belarus) (individual) [BELARUS-EO14038].

CHEMODANOV, Denis Grigorievich (Cyrillic: ЧЕМОДАНОВ, Денис Григорьевич) (a.k.a. CHEMODANOV, Denis), 40-let Pobyedy St., 34-41, Borovlyany village, Minsk Region, Belarus (Cyrillic: ул. 40-лет Победы 34-41, Боровляны, Минский р-н д., Belarus); DOB 11 Sep 1977; nationality Belarus; Gender Male; National ID No. 3110977B057PB9 (Belarus); Tax ID No. KA6808948 (Belarus) (individual) [BELARUS-EO14038].

CHEMOVICK PRIVATE LIMITED, Office No: 1005, Windfall, Inside Sahar Plaza Complex, J B Nagar, Andheri Kurla Road, Andheri East, Mumbai 400059, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 20 Jun 2022; C.I.N. U51909MH2022PTC384952 (India); Tax ID No. 27AAKCC3982G1ZD (India); Legal Entity Number 8945007UJCY0G41L6C70 [IRAN-EO13846].

CHEMTRANS PETROCHEMICALS TRADING LLC (Arabic: كيمترانس لتجارة و كيماويا ش ذ.م.م), Office 21-Bur Dubai, Trade Center 1, Dubai, United Arab Emirates; P.O. Box 4131548, Dubai, United Arab Emirates; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Trade License No. 1954371 (United Arab Emirates); License 798536 (United Arab Emirates) [IRAN-EO13846].

CHEN, Al Len (a.k.a. CHEN, Fuzhou), 116, 87P, Roang Chakr, Phnom Penh Thmei, Sen Sok, Phnom Penh, Cambodia; DOB 30 Oct 1978; POB Fujian Province, China; nationality Cambodia; Gender Male; Passport N01374164 (Cambodia) expires 04 Sep 2028; alt. Passport E70026220 (China) (individual) [CYBER4].

CHEN, Bing Shen (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

CHEN, Bingshen (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

CHEN, Dong (Chinese Simplified: 陈冬; Chinese Traditional: 陳冬), Hong Kong; DOB Nov 1963; alt. DOB Feb 1964; POB Luoyuan, Fuzhou, Fujian Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149 (individual) [HK-EO13936].

CHEN, Eric (a.k.a. CHEN, Guo Ping; a.k.a. CHEN, Guoping), Rm 601, No 15, Lane 1299, Dingxiang Rd, Pudong New Area, Shanghai, China; DOB 02 Aug 1968; citizen China; Gender Male; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e); Passport ED6535652 (China); alt. Passport G51625684 (China); National ID No. 320919196808023493 (China); Chief Executive Officer, Reach Group; Director, Reach Shipping Lines (individual) [IFCA] (Linked To: REACH HOLDING GROUP SHANGHAI CO., LTD.).

CHEN, Fuzhou (a.k.a. CHEN, Al Len), 116, 87P, Roang Chakr, Phnom Penh Thmei, Sen Sok, Phnom Penh, Cambodia; DOB 30 Oct 1978; POB Fujian Province, China; nationality

Cambodia; Gender Male; Passport N01374164 (Cambodia) expires 04 Sep 2028; alt. Passport E70026220 (China) (individual) [CYBER4].

CHEN, Guo Ping (a.k.a. CHEN, Eric; a.k.a. CHEN, Guoping), Rm 601, No 15, Lane 1299, Dingxiang Rd, Pudong New Area, Shanghai, China; DOB 02 Aug 1968; citizen China; Gender Male; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e); Passport ED6535652 (China); alt. Passport G51625684 (China); National ID No. 320919196808023493 (China); Chief Executive Officer, Reach Group; Director, Reach Shipping Lines (individual) [IFCA] (Linked To: REACH HOLDING GROUP SHANGHAI CO., LTD.).

CHEN, Guoping (a.k.a. CHEN, Eric; a.k.a. CHEN, Guo Ping), Rm 601, No 15, Lane 1299, Dingxiang Rd, Pudong New Area, Shanghai, China; DOB 02 Aug 1968; citizen China; Gender Male; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e); Passport ED6535652 (China); alt. Passport G51625684 (China); National ID No. 320919196808023493 (China); Chief Executive Officer, Reach Group; Director, Reach Shipping Lines (individual) [IFCA] (Linked To: REACH HOLDING GROUP SHANGHAI CO., LTD.).

CHEN, Mei Hsiang (Chinese Traditional: 陳美香) (a.k.a. CHEN, Mei-Hsiang), Taiwan; DOB 06 May 1961; nationality Taiwan; Gender Female; Secondary sanctions risk: North Korea

Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 314009735; National ID No. Q221029421 (individual) [DPRK4].

CHEN, Mei-Hsiang (a.k.a. CHEN, Mei Hsiang (Chinese Traditional: 陳美香)), Taiwan; DOB 06 May 1961; nationality Taiwan; Gender Female; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 314009735; National ID No. Q221029421 (individual) [DPRK4].

CHEN, Mingfu; DOB 30 Apr 1980; POB Anhui, China; citizen China; Additional Sanctions Information - Subject to Secondary Sanctions; Passport G22168109 expires 26 Apr 2017; Identification Number 341181198004300019 (China) (individual) [NPWMD] [IFSR] (Linked To: NAVID COMPOSITE MATERIAL COMPANY).

CHEN, Mingguo (Chinese Simplified: 陈明国), Xinjiang, China; DOB Oct 1966; POB Yilong, Sichuan, China; nationality China; Gender Male (individual) [GLOMAG] (Linked To: XINJIANG PUBLIC SECURITY BUREAU).

CHEN, Quanguo (Chinese Simplified: 陈全国), Xinjiang, China; DOB 1955; POB Pingyu, Henan, China; Gender Male (individual) [GLOMAG].

CHEN, Sharry (a.k.a. CHEN, Ting; a.k.a. "TING, Chen"), Shenzhen, China; Hong Kong, China; DOB 14 Feb 1986; nationality China; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport E16512030 (China) (individual) [RUSSIA-EO14024].

CHEN, Shih Huan (Chinese Simplified: 陈诗焕), Taiwan; DOB 30 Aug 1968; POB New Taipei City, Taiwan; nationality Taiwan; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; National ID No. F120168465 (Taiwan) (individual) [DPRK4].

CHEN, Shu Sheng (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu;

a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

CHEN, Shusheng (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

CHEN, Tianxin (Chinese Simplified: 陈天新), Beijing, China; DOB 28 Jul 1987; POB Qidong, Jiangsu Province; nationality China; citizen China; Gender Female; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; National ID No. 320681198707288223 (individual) [NPWMD] (Linked To: SHI, Qianpei).

CHEN, Ting (a.k.a. CHEN, Sharry; a.k.a. "TING, Chen"), Shenzhen, China; Hong Kong, China; DOB 14 Feb 1986; nationality China; Gender Female; Secondary sanctions risk: See Section

11 of Executive Order 14024.; Passport E16512030 (China) (individual) [RUSSIA-EO14024].

CHEN, Xiao'er, Frigate Bay, Saint Kitts and Nevis; DOB 01 May 1982; nationality Saint Kitts and Nevis; Gender Male; Passport RE00660066 (Saint Kitts and Nevis) (individual) [TCO] (Linked To: GRAND LEGEND INTERNATIONAL ASSET MANAGEMENT GROUP CO. LTD.).

CHEN, Xiuling (a.k.a. "CHEN, Karen"), Singapore; DOB 14 Jun 1982; POB Singapore; nationality Singapore; Gender Female; Passport K2325996K (Singapore); National ID No. S8217005G (Singapore) (individual) [TCO] (Linked To: PRINCE GROUP TRANSNATIONAL CRIMINAL ORGANIZATION).

CHEN, Zhi (Chinese Simplified: 陈志), Phnom Penh, Cambodia; DOB 16 Dec 1987; POB Fujian, China; nationality China; citizen Cambodia; alt. citizen Vanuatu; alt. citizen Cyprus; Gender Male; Digital Currency Address - XBT bc1qeth6n6ryxexvkx34wnx3nuynun4474h3j0gkhw; alt. Digital Currency Address - XBT bc1q2we5eqjj8je6lz9xwjattpc3pn4jejc5h0s70f; alt. Digital Currency Address - XBT bc1qnujzvts45qka3cr2eqqw8ur3q6g6s0ze2wlk5m; alt. Digital Currency Address - XBT bc1qw4fxztd5u3sl7vrcqwk2a8v5zh5dllvckx3tlt; alt. Digital Currency Address - XBT 3EynPFpoGTPxU9m5bPaEDEUxUanzh7vgQP; alt. Digital Currency Address - XBT 3FoD1f6Tfnq3s8MYHgJqFPWv9cUrtUdBSv; alt. Digital Currency Address - XBT 3MKXKqPXf6VxTLkVSXuDKzaTiZZaz5AmiK; alt. Digital Currency Address - XBT 386sPhHBbLidzPnoxUH74jiiYkHYtobefQ; alt. Digital Currency Address - XBT 35irs2AU6pVgenYbWvMRz22avDBLC9XMkd; alt. Digital Currency Address - XBT 36ia8qAE1k1PKQePdXENCm1YKLXxZyVnnc; alt. Digital Currency Address - XBT 374RguZDMNW5Zh5ouW3KhKDcrerKusmsuk; alt. Digital Currency Address - XBT 3CuqLrZWn5oCe6DRScdRwiFv8txcahrsG3; alt. Digital Currency Address - XBT 3MNWiGeoKAhtTrbJuUXpvSRYJSNvmyJSWE; alt. Digital Currency Address - XBT 39HJB4x6W5QuKFEuV1tfcfNveLRJTzcC12; alt. Digital Currency Address - XBT 3L1PSCgfPKJAfQCZcoKfbvWf1fBmWM1Bbs; alt. Digital Currency Address - XBT 3D44E2Z3PcLa868GeBNiP5E2GPTfVLULUJ;

alt. Digital Currency Address - XBT bc1qnq3pzsw3elkecrw8pqrz70r7zuse6cwyxa6dhc; alt. Digital Currency Address - XBT bc1qeaxuj8vamvnxqveleaqgmae33x904xuzj836p3; alt. Digital Currency Address - XBT bc1q66y45cq78ke25kz7rpe94l84avt7zetglzeeqg; alt. Digital Currency Address - XBT bc1qu8mcqffx3jpdwnap88h85u5l5l0xq97438tz2x; alt. Digital Currency Address - XBT bc1qw75cxmxz4e2v265mue9wmqgq2m0qdyr25l2ufl; alt. Digital Currency Address - XBT bc1q7des766x6c0zkycz6dz6rfv066n3fcg4kggtrt; alt. Digital Currency Address - XBT bc1qlwtksgusw8pp3k3a39mkmwvswujhhgn0ulp3uj; alt. Digital Currency Address - XBT bc1qu4p4eynzu8vwwcv0yxq74gth00exjyech05uf0; alt. Digital Currency Address - XBT bc1qw0pswznckx7s6tjmd2f5hrx4q6kc5nyrdxku50; alt. Digital Currency Address - XBT bc1q9kja7t2zxz0ze4lcgxf0l07pygpc69ws528lj9; alt. Digital Currency Address - XBT bc1qea942uw640l7nvtf3vplv6jd6wvuy06c58cd4k; alt. Digital Currency Address - XBT bc1q6qze6uj6jncgnva4eghxn3tr4pm2frh77ad3k9; alt. Digital Currency Address - XBT bc1qcx8vxxrld2s7qvz64qp75s3508rkzaxj65l60q; Passport N00081108 (Cambodia); alt. Passport RV047996 (Vanuatu); alt. Passport K00395168 (Cyprus); National ID No. 010868617 (Cambodia) (individual) [TCO] (Linked To: PRINCE GROUP TRANSNATIONAL CRIMINAL ORGANIZATION).

CHEN, Zhu (Chinese Simplified: 陈竺; Chinese Traditional: 陳竺), Beijing, China; DOB 17 Aug 1953; POB Zhenjiang City, Jiangsu Province, China; alt. POB Shanghai, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

CHENARI, Hadi Dehghan (a.k.a. DEHGHAN, Hadi (Arabic: هادی دهقان)); DOB 21 Sep 1987; POB Yazd, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4433648353 (individual) [NPWMD] [IFSR] (Linked To: RASTAFANN ERTEBAT ENGINEERING COMPANY).

CHENARI, Hamed Ahmad Ali Dehghan (a.k.a. DEHGHAN, Hamed (Arabic: حامد دهقان)), Unit 17, Building number 48, Metro Area of Pars Tehran, East Resalat, Iran; DOB 06 Feb 1985; nationality Iran; Additional Sanctions

Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4432874473 (Iran) (individual) [NPWMD] [IFSR] (Linked To: RASTAFANN ERTEBAT ENGINEERING COMPANY; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

CHENG SHIPPING AND TRADER LIMITED, Suite 212, 2nd Floor, Block A, La Ciotat, Mont Fleuri, Mahe, Seychelles; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6419328 [UKRAINE-EO13662] [RUSSIA-EO14024].

CHENG, Hung Man, Hong Kong, China; DOB 28 Mar 1964; POB Hong Kong; nationality United Kingdom; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 752079640 (United Kingdom); Identification Number G563542(9) (Hong Kong) (individual) [DPRK3] (Linked To: WU, Huihui).

CHENG, Teresa (a.k.a. CHENG, Teresa Yeuk-wah; a.k.a. CHENG, Yeuk Wah), House No. 4, Villa De Mer, 5 Lok Chui Street, Tuen Mun, Hong Kong; DOB 11 Nov 1958; POB Hong Kong; nationality Hong Kong; Gender Female; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport KJ0221326 (Hong Kong) issued 28 Jan 2012 expires 28 Jan 2022; National ID No. G579067A (Hong Kong); Secretary for Justice (individual) [HK-EO13936].

CHENG, Teresa Yeuk-wah (a.k.a. CHENG, Teresa; a.k.a. CHENG, Yeuk Wah), House No. 4, Villa De Mer, 5 Lok Chui Street, Tuen Mun, Hong Kong; DOB 11 Nov 1958; POB Hong Kong; nationality Hong Kong; Gender Female; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport KJ0221326 (Hong Kong) issued 28 Jan 2012 expires 28 Jan 2022; National ID No. G579067A (Hong Kong); Secretary for Justice (individual) [HK-EO13936].

CHENG, Yeuk Wah (a.k.a. CHENG, Teresa; a.k.a. CHENG, Teresa Yeuk-wah), House No. 4, Villa De Mer, 5 Lok Chui Street, Tuen Mun, Hong Kong; DOB 11 Nov 1958; POB Hong Kong; nationality Hong Kong; Gender Female;

Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport KJ0221326 (Hong Kong) issued 28 Jan 2012 expires 28 Jan 2022; National ID No. G579067A (Hong Kong); Secretary for Justice (individual) [HK-EO13936].

CHENGDU JINGXIN MICROWAVE TECHNOLOGY CO LTD (a.k.a. CHENGDU JINGXIN TECHNOLOGY CO LTD (Chinese Simplified: 成都旌信科技有限公司); a.k.a. CHENGDU JINGXIN TECK INC), No. 402, No. 401, Floor 4, Building 4, No.65, Wuke W. 1st Road, Chengdu 611130, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91510107590238974U (China) [RUSSIA-EO14024].

CHENGDU JINGXIN TECHNOLOGY CO LTD (Chinese Simplified: 成都旌信科技有限公司) (a.k.a. CHENGDU JINGXIN MICROWAVE TECHNOLOGY CO LTD; a.k.a. CHENGDU JINGXIN TECK INC), No. 402, No. 401, Floor 4, Building 4, No.65, Wuke W. 1st Road, Chengdu 611130, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91510107590238974U (China) [RUSSIA-EO14024].

CHENGDU JINGXIN TECK INC (a.k.a. CHENGDU JINGXIN MICROWAVE TECHNOLOGY CO LTD; a.k.a. CHENGDU JINGXIN TECHNOLOGY CO LTD (Chinese Simplified: 成都旌信科技有限公司)), No. 402, No. 401, Floor 4, Building 4, No.65, Wuke W. 1st Road, Chengdu 611130, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91510107590238974U (China) [RUSSIA-EO14024].

CHENGDU KEYLINK WIRELESS TECHNOLOGY CO., LTD (Chinese Simplified: 成都市卫莱科技有限公司), No. 2, F5, Building 5, No. 5 Xixin Avenue, High-Tech Zone, Chengdu, Sichuan Province, China (Chinese Simplified: 5栋5层2号, 西芯大道5号, 高新区, 成都, 四川省, China); Website www.keylinkwireless.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Aug 2019; Unified Social Credit Code (USCC) 91510100MA62LU6716 (China) [RUSSIA-EO14024].

CHEPA, Alexey Vasilievich (Cyrillic: ЧЕПА, Алексей Васильевич), Russia; DOB 22 Nov 1955; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

CHEPIGA, Anatoliy Vladimirovich (a.k.a. BOSHIROV, Ruslan), Moscow, Russia; DOB 05 Apr 1979; alt. DOB 12 Apr 1978; POB Nikolaevka, Amur Oblast, Russia; alt. POB Dushanbe, Tajikistan; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

CHEPIKOV, Sergey Vladimirovich (Cyrillic: ЧЕПИКОВ, Сергей Владимирович), Russia; DOB 30 Jan 1967; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

CHEPURNOI, Mikhail Yuryevich (a.k.a. CHEPURNOY, Mikhail Yuryevich), Moscow, Russia; DOB 26 Feb 1970; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772805025904 (Russia) (individual) [RUSSIA-EO14024].

CHEPURNOY, Mikhail Yuryevich (a.k.a. CHEPURNOI, Mikhail Yuryevich), Moscow, Russia; DOB 26 Feb 1970; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772805025904 (Russia) (individual) [RUSSIA-EO14024].

CHERAF, Peter (a.k.a. CHERIF, Peter; a.k.a. "CHERAF, Abu Hamza"), Yemen; DOB 01 Jan 1982 to 31 Dec 1982; nationality France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

CHERAGHI, Ahmad Shah (a.k.a. VAHIDI, Ahmad (Arabic: احمد وحیدی)), c/o MODAFL, Tehran, Iran; DOB 27 Jun 1958; POB Shiraz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Brigadier General (individual) [NPWMD] [IFSR] [IRAN-HR].

CHERBOV, Gleb Sergeyevich, Saint Petersburg, Russia; DOB 11 Jan 1989; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 720180335 (Russia)

expires 12 Jul 2022 (individual) [RUSSIA-EO14024] (Linked To: OOO SOFT PLYUS).

CHEREPENNIKOV, Anton Andreevich (a.k.a. CHEREPENNIKOV, Anton Andreyevich (Cyrillic: ЧЕРЕПЕННИКОВ, Антон Андреевич)), 23-41 Bakuninskaya Street Apt. 100, Moscow 105082, Russia; DOB 07 May 1983; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 719941129 (Russia) expires 28 Jun 2022; Tax ID No. 770106425720 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CITADEL).

CHEREPENNIKOV, Anton Andreyevich (Cyrillic: ЧЕРЕПЕННИКОВ, Антон Андреевич) (a.k.a. CHEREPENNIKOV, Anton Andreevich), 23-41 Bakuninskaya Street Apt. 100, Moscow 105082, Russia; DOB 07 May 1983; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 719941129 (Russia) expires 28 Jun 2022; Tax ID No. 770106425720 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CITADEL).

CHEREVKO, Sergey Nikolaevich (Cyrillic: ЧЕРЕВКО, Сергей Николаевич) (a.k.a. CHEREVKO, Serhiy Mykolayovych (Cyrillic: ЧЕРЕВКО, Сергій Миколайович)), Apartment 6, 18 Kommunarov Street, Kherson, Kherson Region, Ukraine; DOB 11 Aug 1975; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2761603714 (Ukraine) (individual) [RUSSIA-EO14024].

CHEREVKO, Serhiy Mykolayovych (Cyrillic: ЧЕРЕВКО, Сергій Миколайович) (a.k.a. CHEREVKO, Sergey Nikolaevich (Cyrillic: ЧЕРЕВКО, Сергей Николаевич)), Apartment 6, 18 Kommunarov Street, Kherson, Kherson Region, Ukraine; DOB 11 Aug 1975; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2761603714 (Ukraine) (individual) [RUSSIA-EO14024].

CHEREZOV, Andrei (a.k.a. CHEREZOV, Andrey; a.k.a. CHEREZOV, Andrey Vladimirovich), Russia; DOB 12 Oct 1967; POB Salair, Kemerovsakya Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Minister of Energy in the Department of Operational Control and Management in the

Electric Power Industry (individual) [UKRAINE-EO13661].

CHEREZOV, Andrey (a.k.a. CHEREZOV, Andrei; a.k.a. CHEREZOV, Andrey Vladimirovich), Russia; DOB 12 Oct 1967; POB Salair, Kemerovsakya Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Minister of Energy in the Department of Operational Control and Management in the Electric Power Industry (individual) [UKRAINE-EO13661].

CHEREZOV, Andrey Vladimirovich (a.k.a. CHEREZOV, Andrei; a.k.a. CHEREZOV, Andrey), Russia; DOB 12 Oct 1967; POB Salair, Kemerovsakya Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Minister of Energy in the Department of Operational Control and Management in the Electric Power Industry (individual) [UKRAINE-EO13661].

CHERGEIKO, Sergey Viktorovich (Cyrillic: ЧЕРГЕЙКО, СЕРГЕЙ ВИКТОРОВИЧ) (a.k.a. CHARHEIKA, Siarhei; a.k.a. CHARHEIKA, Siarhei Viktaravich (Cyrillic: ЧАРГЕЙКА, СЯРГЕЙ ВІКТАРАВІЧ); a.k.a. "CHERGEIKO, S.V."), Academic Vyotsky St 3 apt. 114, Minsk, Belarus; DOB 27 Aug 1986; POB Mochulino Village, Belarus; nationality Belarus; citizen Belarus; Gender Male; Passport KH2638135 (Belarus); National ID No. 3270886K030PB1 (Belarus) (individual) [BELARUS-EO14038] (Linked To: PELENG JSC).

CHERIF, Peter (a.k.a. CHERAF, Peter; a.k.a. "CHERAF, Abu Hamza"), Yemen; DOB 01 Jan 1982 to 31 Dec 1982; nationality France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

CHERIZIER, Jimmy, 22 Impasse Hall, Rue Beauvais, Delmas 75, Delmas, Ouest, Haiti; DOB 30 Mar 1977; POB Port-au-Prince, Haiti; nationality Haiti; Gender Male; Passport PP3227493 (Haiti) expires 21 Oct 2019; National ID No. 0018439897 (Haiti) (individual) [GLOMAG].

CHERKASOVA, Irina Aleksandrovna (Cyrillic: ЧЕРКАСОВА, Ирина Александровна) (a.k.a. CHERKASOVA, Iryna Oleksandrivna), Rostov Region, Russia; DOB 30 May 1963; POB Bataysk, Rostov Region, Russia; nationality Russia; Gender Female; Secondary sanctions

risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

CHERKASOVA, Iryna Oleksandrivna (a.k.a. CHERKASOVA, Irina Aleksandrovna (Cyrillic: ЧЕРКАСОВА, Ирина Александровна)), Rostov Region, Russia; DOB 30 May 1963; POB Bataysk, Rostov Region, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

CHERKASOVA, Nadia Narimanovna (Cyrillic: ЧЕРКАСОВА, Надия Наримановна) (a.k.a. CHERKASOVA, Nadiia Narimanovna; a.k.a. CHERKASOVA, Nadiya Narimanovna), Russia; DOB 11 Dec 1971; POB Vladimir, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

CHERKASOVA, Nadiia Narimanovna (a.k.a. CHERKASOVA, Nadia Narimanovna (Cyrillic: ЧЕРКАСОВА, Надия Наримановна); a.k.a. CHERKASOVA, Nadiya Narimanovna), Russia; DOB 11 Dec 1971; POB Vladimir, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

CHERKASOVA, Nadiya Narimanovna (a.k.a. CHERKASOVA, Nadia Narimanovna (Cyrillic: ЧЕРКАСОВА, Надия Наримановна); a.k.a. CHERKASOVA, Nadiia Narimanovna), Russia; DOB 11 Dec 1971; POB Vladimir, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

CHERKOVSKI, Aleksandr Vladimirovich (a.k.a. CHERKOVSKII, Aleksandr Vladimirovich; a.k.a. CHERKOVSKIY, Aleksandr Vladimirovich (Cyrillic: ЧЕРКОВСКИЙ, Александр Владимирович)), Russia; DOB 21 Mar 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 032609800750 (Russia) (individual) [RUSSIA-EO14024].

CHERKOVSKII, Aleksandr Vladimirovich (a.k.a. CHERKOVSKI, Aleksandr Vladimirovich; a.k.a. CHERKOVSKIY, Aleksandr Vladimirovich

(Cyrillic: ЧЕРКОВСКИЙ, Александр Владимирович)), Russia; DOB 21 Mar 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 032609800750 (Russia) (individual) [RUSSIA-EO14024].

CHERKOVSKIY, Aleksandr Vladimirovich (Cyrillic: ЧЕРКОВСКИЙ, Александр Владимирович) (a.k.a. CHERKOVSKI, Aleksandr Vladimirovich; a.k.a. CHERKOVSKII, Aleksandr Vladimirovich), Russia; DOB 21 Mar 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 032609800750 (Russia) (individual) [RUSSIA-EO14024].

CHERNET, Elena (a.k.a. CHERNET, Yelena Lvovna (Cyrillic: ЧЕРНЕТ, Елена Львовна); a.k.a. SCHNER, Elena), Stuttgart, Germany; DOB 21 May 1958; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773102459603 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ELIX ST LIMITED LIABILITY COMPANY).

CHERNET, Evgeni Olegovich (a.k.a. CHERNET, Evgeny; a.k.a. CHERNET, Evgueni; a.k.a. CHERNET, Yevgeniy Olegovich (Cyrillic: ЧЕРНЕТ, Евгений Олегович)), Russia; DOB 18 Nov 1946; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 774336539380 (Russia) (individual) [RUSSIA-EO14024].

CHERNET, Evgeny (a.k.a. CHERNET, Evgeni Olegovich; a.k.a. CHERNET, Evgueni; a.k.a. CHERNET, Yevgeniy Olegovich (Cyrillic: ЧЕРНЕТ, Евгений Олегович)), Russia; DOB 18 Nov 1946; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 774336539380 (Russia) (individual) [RUSSIA-EO14024].

CHERNET, Evgueni (a.k.a. CHERNET, Evgeni Olegovich; a.k.a. CHERNET, Evgeny; a.k.a. CHERNET, Yevgeniy Olegovich (Cyrillic: ЧЕРНЕТ, Евгений Олегович)), Russia; DOB 18 Nov 1946; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 774336539380 (Russia) (individual) [RUSSIA-EO14024].

CHERNET, Yelena Lvovna (Cyrillic: ЧЕРНЕТ, Елена Львовна) (a.k.a. CHERNET, Elena; a.k.a. SCHNER, Elena), Stuttgart, Germany;

DOB 21 May 1958; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773102459603 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ELIX ST LIMITED LIABILITY COMPANY).

CHERNET, Yevgeniy Olegovich (Cyrillic: ЧЕРНЕТ, Евгений Олегович) (a.k.a. CHERNET, Evgeni Olegovich; a.k.a. CHERNET, Evgeny; a.k.a. CHERNET, Evgueni), Russia; DOB 18 Nov 1946; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 774336539380 (Russia) (individual) [RUSSIA-EO14024].

CHERNOBAY, DENIS SERGEYEVICH (Cyrillic: ЧЕРНОБАЙ, Денис Сергеевич), Apartment 1, 22 Dalnevostochnaya Street, Makeevka, Donetsk Oblast, Ukraine; DOB 07 Aug 2002; POB Makeevka, Donetsk Oblast, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3747402677 (Ukraine); alt. Tax ID No. 614024966788 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ALL RUSSIAN PUBLIC STATE MOVEMENT OF CHILDREN AND YOUTH).

CHERNOMORNEFTEGAZ (a.k.a. CHORNOMORNAFTOGAZ; a.k.a. NJSC CHORNOMORNAFTOGAZ), Kirova / per. Sovnarkomovskaya, 52/1, Simferopol, Crimea 95000, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; This designation refers to the entity in Crimea at the listed address only, and does not include its parent company. [UKRAINE-EO13660].

'CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII, OTKRYTOE AKTSIONERNOE OBSHCHESTVO' (a.k.a. AKTSIONERNOE OBSHCHESTVO CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII; a.k.a. BANK CHBRR, AO; f.k.a. BANK CHBRR, PAO; a.k.a. JOINT STOCK COMPANY BLACK SEA BANK OF DEVELOPMENT AND RECONSTRUCTION; a.k.a. JSC 'BLACK SEA BANK FOR DEVELOPMENT & RECONSTRUCTION'; f.k.a. OPEN JOINT STOCK COMPANY BLACK SEA DEVELOPMENT AND RECONSTRUCTION BANK), 24 ul. Bolshevistskaya, Simferopol, Crimea 295001, Ukraine; BIK (RU) 043510101; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102030186 (Russia); Tax ID No. 9102019769 (Russia); Government Gazette Number 00204814 (Russia); License 3527 (Russia) [UKRAINE-EO13685].

CHERNOV, Mikhail Vadimovich (Cyrillic: ЧЕРНОВ, Михаил Вадимович) (a.k.a. "BULLET"), Russia; DOB 26 Jan 1986; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

CHERNOV, Vladimir Nikolaevich, Russia; DOB 1970; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 720601297051 (Russia) (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

CHERNYAK, Alexey Yuryevich (Cyrillic: ЧЕРНЯК, Алексей Юрьевич), Russia; DOB 27 Aug 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

CHERNYKH, Tatiana (a.k.a. CHERNYKH, Tatiana V); DOB 25 Sep 1972; nationality Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 712491743 (Russia) expires 17 Nov 2020; Foreign Relations Manager at Izhevsky Mekhanichesky Zavod JSC (individual) [UKRAINE-EO13661] (Linked To: IZHEVSKY MEKHANICHESKY ZAVOD JSC).

CHERNYKH, Tatiana V (a.k.a. CHERNYKH, Tatiana); DOB 25 Sep 1972; nationality Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 712491743 (Russia) expires 17 Nov 2020; Foreign Relations Manager at Izhevsky Mekhanichesky Zavod JSC (individual) [UKRAINE-EO13661] (Linked To: IZHEVSKY MEKHANICHESKY ZAVOD JSC).

CHERNYSHENKO, Dmitrii Nikolayevich (a.k.a. CHERNYSHENKO, Dmitriy Nikolaevich (Cyrillic: ЧЕРНЫШЕНКО, Дмитрий Николаевич); a.k.a. CHERNYSHENKO, Dmitriy Nikolayevich; a.k.a. CHERNYSHENKO, Dmitry Nikolaevich), Russia; DOB 20 Sep 1968; POB Saratov, Saratov Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770300851430 (Russia) (individual) [RUSSIA-EO14024].

CHERNYSHENKO, Dmitriy Nikolaevich (Cyrillic: ЧЕРНЫШЕНКО, Дмитрий Николаевич) (a.k.a. CHERNYSHENKO, Dmitrii Nikolayevich; a.k.a. CHERNYSHENKO, Dmitriy Nikolayevich; a.k.a. CHERNYSHENKO, Dmitry Nikolaevich), Russia; DOB 20 Sep 1968; POB Saratov, Saratov Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770300851430 (Russia) (individual) [RUSSIA-EO14024].

CHERNYSHENKO, Dmitriy Nikolayevich (a.k.a. CHERNYSHENKO, Dmitrii Nikolayevich; a.k.a. CHERNYSHENKO, Dmitriy Nikolaevich (Cyrillic: ЧЕРНЫШЕНКО, Дмитрий Николаевич); a.k.a. CHERNYSHENKO, Dmitry Nikolaevich), Russia; DOB 20 Sep 1968; POB Saratov, Saratov Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770300851430 (Russia) (individual) [RUSSIA-EO14024].

CHERNYSHENKO, Dmitry Nikolaevich (a.k.a. CHERNYSHENKO, Dmitrii Nikolayevich; a.k.a. CHERNYSHENKO, Dmitriy Nikolaevich (Cyrillic: ЧЕРНЫШЕНКО, Дмитрий Николаевич); a.k.a. CHERNYSHENKO, Dmitriy Nikolayevich), Russia; DOB 20 Sep 1968; POB Saratov, Saratov Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770300851430 (Russia) (individual) [RUSSIA-EO14024].

CHERNYSHEV, Andrey Vladimirovich (Cyrillic: ЧЕРНЫШЁВ, Андрей Владимирович) (a.k.a. CHERNYSHYOV, Andrey Vladimirovich), Russia; DOB 10 Jul 1970; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

CHERNYSHOV, Boris Aleksandrovich (Cyrillic: ЧЕРНЫШОВ, Борис Александрович), Russia; DOB 25 Jun 1991; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

CHERNYSHYOV, Andrey Vladimirovich (a.k.a. CHERNYSHEV, Andrey Vladimirovich (Cyrillic: ЧЕРНЫШЁВ, Андрей Владимирович)),

Russia; DOB 10 Jul 1970; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

CHERRI, Adel Mohamad (a.k.a. CHERRI, Adel Mohammad; a.k.a. SHIRRI, 'Adil), Suite 15A, Mingshang GE Shenganghao Yuan Building, Bao An Nan Road, Luohu District, Shenzhen, Guangdong, China; 1/F, Bei Fang Building, Shennan Zhong Road, Shenzhen, Guangdong, China; Flat/Room 1610, Nan Fung Tower, 173 Des Voeux Road Central, Hong Kong; Cherri Building, Main Street, Beer Al Salasel, Kherbet Selem, Nabatieh, Lebanon; DOB 03 Oct 1963; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2566575 (Lebanon) expires 03 Jul 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

CHERRI, Adel Mohammad (a.k.a. CHERRI, Adel Mohamad; a.k.a. SHIRRI, 'Adil), Suite 15A, Mingshang GE Shenganghao Yuan Building, Bao An Nan Road, Luohu District, Shenzhen, Guangdong, China; 1/F, Bei Fang Building, Shennan Zhong Road, Shenzhen, Guangdong, China; Flat/Room 1610, Nan Fung Tower, 173 Des Voeux Road Central, Hong Kong; Cherri Building, Main Street, Beer Al Salasel, Kherbet Selem, Nabatieh, Lebanon; DOB 03 Oct 1963; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2566575 (Lebanon) expires 03 Jul 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

CHERRI, Amin (a.k.a. SHARI, 'Amin Abi; a.k.a. SHARY, Amin Muhammad; a.k.a. SHERRI, Amin; a.k.a. SHIRRI, Ameen; a.k.a. SHIRRI, Amin; a.k.a. SHRI, Amin), Beirut, Lebanon; DOB 02 Aug 1957; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

National ID No. 380858 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

CHERSTVOVA, Elena Alexandrovna (Cyrillic: ЧЕРСТВОВА, Елена Александровна), Russia; DOB 06 Feb 1975; POB Tolyatti, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 716024138 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

CHERY STAR CO., LIMITED, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Jan 2021; Company Number 3012179 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

CHEVTCHOUK, Stanislav (a.k.a. SHEVCHUK, Stanislav; a.k.a. SHEVCHUK, Stanislav Anatolevich; a.k.a. SHEVCHUK, Stanislav Anatolyevich), Ul Asanalieva 8 24, Minsk, Belarus; C. De Villarroel 159 4 4, L'Eixample, Barcelona 08036, Spain; DOB 14 Jul 1975; POB Penza, Russia; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 530780883 (Russia) expires 16 Dec 2024; alt. Passport 514676569 (Russia) expires 26 Apr 2015 (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

CHEW, Kheng Siang (a.k.a. CHOU, Hsien Cheng), c/o TET KHAM (S) PTE. LTD., Singapore; c/o VEST SPECTRUM (S) PTE. LTD., Singapore, Singapore; 9 Haig Avenue, Singapore 438864, Singapore; National ID No. S1199192J (Singapore) (individual) [SDNTK].

CHHAY, Guy, Phnom Penh, Cambodia; DOB 09 Jul 1987; POB Phnom Penh, Cambodia; nationality Cambodia; citizen Cambodia; Gender Male; Passport N0718897 (Cambodia); National ID No. 01052634401 (Cambodia) (individual) [TCO] (Linked To: PRINCE GROUP TRANSNATIONAL CRIMINAL ORGANIZATION).

CHI, Sang-chun (a.k.a. JI, Sang Jun), Moscow, Russia; DOB 03 May 1971; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

CHI, Yupeng, Room 301, Unit 1, No. 129 Jiangcheng Street, Yuanbao District, Dandong City, Liaoning Province, China; DOB 22 May 1969; nationality China; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport E27979708 (China); National ID No. 210602196905220510 (China); Chairman and Majority Owner, Dandong Zhicheng Metallic Material Co., Ltd. (individual) [DPRK3] (Linked To: DANDONG ZHICHENG METALLIC MATERIAL CO., LTD.).

CHIBIS, Andrey Vladimirovich (Cyrillic: ЧИБИС, Андрей Владимирович), Murmansk Region, Russia; DOB 19 Mar 1979; POB Cheboksary, Chuvashia Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 212900017066 (Russia) (individual) [RUSSIA-EO14024].

CHIBLI, Ibrahim (a.k.a. SHIBLI SHIBLI, Ibrahim); DOB 10 Oct 1965; POB Sour, Lebanon; nationality Lebanon (individual) [SDNTK].

CHICHENEUVE, Alex (a.k.a. CHICHENEUVE, Alexey; a.k.a. CHICHENEV, Alexey (Cyrillic: ЧИЧЕНЕВ, Алексей)), Flat B 7/F Conduit Tower, 20 Conduit Road, Hong Kong, Hong Kong, China; DOB 01 Jul 1966; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 515524700 (Russia) issued 13 Sep 2012 expires 13 Sep 2017; Identification Number R8293987 (Hong Kong) (individual) [RUSSIA-EO14024] (Linked To: SUPERCHIP LIMITED).

CHICHENEUVE, Alexey (a.k.a. CHICHENEUVE, Alex; a.k.a. CHICHENEV, Alexey (Cyrillic: ЧИЧЕНЕВ, Алексей)), Flat B 7/F Conduit Tower, 20 Conduit Road, Hong Kong, Hong Kong, China; DOB 01 Jul 1966; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 515524700 (Russia) issued 13 Sep 2012 expires 13 Sep 2017; Identification Number R8293987 (Hong Kong) (individual) [RUSSIA-EO14024] (Linked To: SUPERCHIP LIMITED).

CHICHENEV, Alexey (Cyrillic: ЧИЧЕНЕВ, Алексей) (a.k.a. CHICHENEUVE, Alex; a.k.a. CHICHENEUVE, Alexey), Flat B 7/F Conduit Tower, 20 Conduit Road, Hong Kong, Hong Kong, China; DOB 01 Jul 1966; POB Moscow,

Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 515524700 (Russia) issued 13 Sep 2012 expires 13 Sep 2017; Identification Number R8293987 (Hong Kong) (individual) [RUSSIA-EO14024] (Linked To: SUPERCHIP LIMITED).

CHIHUAHUA FOODS S.A. DE C.V., Cuauhtemoc, Chihuahua, Mexico [SDNTK].

CHIKA'S (a.k.a. CHIKA'S ACCESORIOS Y COSMETICOS; a.k.a. IMPORTCLUB; a.k.a. SIN-MEX IMPORTADORA, S.A. DE C.V.), Poniente 140 No. 639, Col. Industrial Vallejo, Mexico, Distrito Federal, Mexico; Pedro Loza No. 174, Col. Centro, Guadalajara, Jalisco, Mexico; Av. Juarez No. 496, Col. Centro, Guadalajara, Jalisco, Mexico; Alvaro Obregon No. 614, Col. San Juan de Dios, Guadalajara, Jalisco, Mexico; Plaza Centro Sur Local D-11, Guadalajara, Jalisco, Mexico; Magno Centro Joyero Sn. Juan de Dios Local 1038, Guadalajara, Jalisco, Mexico; Av. Javier Mina No. 26, Col. San Juan de Dios, Guadalajara, Jalisco, Mexico; Plaza Centro Sur Local I-9, Guadalajara, Jalisco, Mexico; Reforma 217-A, Col. Centro, Leon, Guanajuato, Mexico; Plaza Coliseo Local 11, Col. Centro, Leon, Guanajuato, Mexico; Riva Palacio No. 675 Sur, Col. Almada, Culiacan, Sinaloa, Mexico; Galerias San Miguel Local 40 K, Culiacan, Sinaloa, Mexico; Centro Joyero Local 31, Culiacan, Sinaloa, Mexico; Rubi No. 366-A, Col. Centro, Culiacan, Sinaloa, Mexico; Plaza Galerias Local 22, Col. Colinas de San Miguel, Culiacan, Sinaloa, Mexico; Plaza Fantasia, Calle del Carmen No. 82 Local 28, Distrito Federal, Mexico; Centro Joyero Local 21 y 25, Andador Allende No. 116 Oriente, Aguascalientes, Ags., Mexico; Centro Joyero de Toluca Local 8, Benito Juarez No. 109, Toluca, Estado Mexico, Mexico; Plaza de la Mujer Local 27, Morelos No. 133 Poniente, Monterrey, Nuevo Leon, Mexico; Parras 1750 Int. C, Col. Alamo Oriente, Tlaquepaque, Jalisco, Mexico; Poniente 140 No. 639, Col. Industrial Vallejo, Delegacion Azcapotzalco, Distrito Federal, Mexico; Ignacio Lopez Rayon No. 9104, Col. 1 de Mayo, Toluca, Mexico; Ignacio Lopez Rayon, Col. 5 de Mayo, Toluca, Mexico; Avenida Rayon 104, Col. Colonia Toluca de Lerdo Centro, Toluca, Estado de Mexico 50000, Mexico; Avenida Rayon 140 D, Col. Colonia Toluca de Lerdo Centro, Toluca, Estado de Mexico 50000, Mexico; R.F.C. SMI010730DH8 (Mexico) [SDNTK].

CHIKA'S (a.k.a. CHIKA'S ACCESORIOS Y COSMETICOS; a.k.a. COMERCIALIZADORA JALSIN, S.A. DE C.V.; a.k.a. COMERCIALIZADORA JALZIN, S.A. DE C.V.), Parras No. 1750, Col. Educacion Alamos, Guadalajara, Jalisco 44280, Mexico; Ave. Juarez No. 496, Col. Centro, Guadalajara, Jalisco 44100, Mexico; Cll 271 s/n, Col. Centro, Guadalajara, Jalisco 44280, Mexico; Cll 614 s/n , Col.San Jan de Dios, Guadalajara, Jalisco 44360, Mexico; Calle Pedro Loza 174, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Calle Alvaro Obregon 614, Col. Barrio San Juan De Dios, Guadalajara, Jalisco, Mexico; Calle Javier Mina 26, Col. Colonia La Perla, Guadalajara, Jalisco, Mexico; Avenida Javier Mina 28, Col. Barrio San Juan De Dios, Guadalajara, Jalisco, Mexico; Calle Juan Manuel 308, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Privada Periferico Sur 1835, Col. Pueblo Santa Maria Tequepexpan, Tlaquepaque, Jalisco, Mexico; Calle Alvaro Obregon 614, Col. Colonia La Perla, Guadalajara, Jalisco, Mexico; Andador Pedro Loza 174, Col. Barrio Jesus, Guadalajara, Jalisco, Mexico; Avenida Juarez 498, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Calle Pedro Loza 184, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Calle Vasco de Quiroga 32, Col. Colonia Morelia Centro, Morelia, Michoacan, Mexico; Avenida Juarez 496, Col. Centro, Guadalajara, Jalisco, Mexico; Calle Reforma 217 A, Col. Colonia Leon de los Aldamas Centro, Leon, Guanajuato 37000, Mexico; Calle Reforma, Esquina Comonfort Esquina Loc 11, Col. Colonia Leon de los Aldamas Centro, Leon, Guanajuato 37000, Mexico; Vasco de Quiroga No. 32, Zona Centro, Morelia, Michoacan, Mexico; R.F.C. CJA980901J13 (Mexico) [SDNTK].

CHIKA'S ACCESORIOS Y COSMETICOS (a.k.a. CHIKA'S; a.k.a. IMPORTCLUB; a.k.a. SIN-MEX IMPORTADORA, S.A. DE C.V.), Poniente 140 No. 639, Col. Industrial Vallejo, Mexico, Distrito Federal, Mexico; Pedro Loza No. 174, Col. Centro, Guadalajara, Jalisco, Mexico; Av. Juarez No. 496, Col. Centro, Guadalajara, Jalisco, Mexico; Alvaro Obregon No. 614, Col. San Juan de Dios, Guadalajara, Jalisco, Mexico; Plaza Centro Sur Local D-11, Guadalajara, Jalisco, Mexico; Magno Centro Joyero Sn. Juan de Dios Local 1038, Guadalajara, Jalisco, Mexico; Av. Javier Mina No. 26, Col. San Juan de Dios, Guadalajara,

Jalisco, Mexico; Plaza Centro Sur Local I-9, Guadalajara, Jalisco, Mexico; Reforma 217-A, Col. Centro, Leon, Guanajuato, Mexico; Plaza Coliseo Local 11, Col. Centro, Leon, Guanajuato, Mexico; Riva Palacio No. 675 Sur, Col. Almada, Culiacan, Sinaloa, Mexico; Galerias San Miguel Local 40 K, Culiacan, Sinaloa, Mexico; Centro Joyero Local 31, Culiacan, Sinaloa, Mexico; Rubi No. 366-A, Col. Centro, Culiacan, Sinaloa, Mexico; Plaza Galerias Local 22, Col. Colinas de San Miguel, Culiacan, Sinaloa, Mexico; Plaza Fantasia, Calle del Carmen No. 82 Local 28, Distrito Federal, Mexico; Centro Joyero Local 21 y 25, Andador Allende No. 116 Oriente, Aguascalientes, Ags., Mexico; Centro Joyero de Toluca Local 8, Benito Juarez No. 109, Toluca, Estado Mexico, Mexico; Plaza de la Mujer Local 27, Morelos No. 133 Poniente, Monterrey, Nuevo Leon, Mexico; Parras 1750 Int. C, Col. Alamo Oriente, Tlaquepaque, Jalisco, Mexico; Poniente 140 No. 639, Col. Industrial Vallejo, Delegacion Azcapotzalco, Distrito Federal, Mexico; Ignacio Lopez Rayon No. 9104, Col. 1 de Mayo, Toluca, Mexico; Ignacio Lopez Rayon, Col. 5 de Mayo, Toluca, Mexico; Avenida Rayon 104, Col. Colonia Toluca de Lerdo Centro, Toluca, Estado de Mexico 50000, Mexico; Avenida Rayon 140 D, Col. Colonia Toluca de Lerdo Centro, Toluca, Estado de Mexico 50000, Mexico; R.F.C. SMI010730DH8 (Mexico) [SDNTK].

CHIKA'S ACCESORIOS Y COSMETICOS (a.k.a. CHIKA'S; a.k.a. COMERCIALIZADORA JALSIN, S.A. DE C.V.; a.k.a. COMERCIALIZADORA JALZIN, S.A. DE C.V.), Parras No. 1750, Col. Educacion Alamos, Guadalajara, Jalisco 44280, Mexico; Ave. Juarez No. 496, Col. Centro, Guadalajara, Jalisco 44100, Mexico; Cll 271 s/n, Col. Centro, Guadalajara, Jalisco 44280, Mexico; Cll 614 s/n , Col.San Jan de Dios, Guadalajara, Jalisco 44360, Mexico; Calle Pedro Loza 174, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Calle Alvaro Obregon 614, Col. Barrio San Juan De Dios, Guadalajara, Jalisco, Mexico; Calle Javier Mina 26, Col. Colonia La Perla, Guadalajara, Jalisco, Mexico; Avenida Javier Mina 28, Col. Barrio San Juan De Dios, Guadalajara, Jalisco, Mexico; Calle Juan Manuel 308, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Privada Periferico Sur 1835, Col. Pueblo Santa Maria Tequepexpan, Tlaquepaque, Jalisco, Mexico; Calle Alvaro Obregon 614, Col. Colonia La

Perla, Guadalajara, Jalisco, Mexico; Andador Pedro Loza 174, Col. Barrio Jesus, Guadalajara, Jalisco, Mexico; Avenida Juarez 498, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Calle Pedro Loza 184, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Calle Vasco de Quiroga 32, Col. Colonia Morelia Centro, Morelia, Michoacan, Mexico; Avenida Juarez 496, Col. Centro, Guadalajara, Jalisco, Mexico; Calle Reforma 217 A, Col. Colonia Leon de los Aldamas Centro, Leon, Guanajuato 37000, Mexico; Calle Reforma, Esquina Comonfort Esquina Loc 11, Col. Colonia Leon de los Aldamas Centro, Leon, Guanajuato 37000, Mexico; Vasco de Quiroga No. 32, Zona Centro, Morelia, Michoacan, Mexico; R.F.C. CJA980901J13 (Mexico) [SDNTK].

CHIKA'S COSMETICS AND ACCESSORIES (a.k.a. COMERCIALIZADORA TOQUIN, S.A. DE C.V.), Poniente 140 #639, Col. Industrial Vallejo, Mexico, Distrito Federal, Mexico; Calle Parras, Numero 1750 Int. C, Col. Alamo Oriente, Tlaquepaque, Jalisco, Mexico; Calle Paseo del Hospisio 22 1038, Col. Colonia La Perla, Guadalajara, Jalisco, Mexico; Calzada Gonzalez Gallo, numero 3064, Col. Lomas de San Pedro, Guadalajara, Jalisco 44897, Mexico; R.F.C. CTO010731CH9 (Mexico) [SDNTK].

CHILIN, Baima (a.k.a. CHOLING, Padma (Chinese Simplified: 白玛赤林; Chinese Traditional: 白瑪赤林); a.k.a. TRILEK, Pelma), Beijing, China; DOB Oct 1951; POB Dengqen County, Changdu, Tibet Autonomous Region, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

CHILINGAROV, Artur Nikolaevich (Cyrillic: ЧИЛИНГАРОВ, Артур Николаевич), Russia; DOB 25 Sep 1939; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

CH'I'LSO'NG TRADING (a.k.a. CHILSONG TRADING COMPANY; a.k.a. CHILSONG TRADING CORP.; a.k.a. CHILSONG TRADING CORPORATION; a.k.a. CHILSUNG TRADING COMPANY; a.k.a. KOREA CHILSONG TRADING CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

CHILSONG TRADING COMPANY (a.k.a. CH'I'LSO'NG TRADING; a.k.a. CHILSONG TRADING CORP.; a.k.a. CHILSONG TRADING CORPORATION; a.k.a. CHILSUNG TRADING COMPANY; a.k.a. KOREA CHILSONG TRADING CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

CHILSONG TRADING CORP. (a.k.a. CH'I'LSO'NG TRADING; a.k.a. CHILSONG TRADING COMPANY; a.k.a. CHILSONG TRADING CORPORATION; a.k.a. CHILSUNG TRADING COMPANY; a.k.a. KOREA CHILSONG TRADING CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

CHILSONG TRADING CORPORATION (a.k.a. CH'I'LSO'NG TRADING; a.k.a. CHILSONG TRADING COMPANY; a.k.a. CHILSONG TRADING CORP.; a.k.a. CHILSUNG TRADING COMPANY; a.k.a. KOREA CHILSONG TRADING CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

CHILSUNG TRADING COMPANY (a.k.a. CH'I'LSO'NG TRADING; a.k.a. CHILSONG TRADING COMPANY; a.k.a. CHILSONG TRADING CORP.; a.k.a. CHILSONG TRADING CORPORATION; a.k.a. KOREA CHILSONG TRADING CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

CHIMA, Azam (a.k.a. BHAI, Chima; a.k.a. CHEEMA, Asim; a.k.a. CHEEMA, Azam; a.k.a. CHEEMA, Azzam; a.k.a. CHEEMA, Mohammed Azam; a.k.a. CHIMA, Azim), Islamabad, Pakistan; Muzaffarabad, Pakistan; Bahawalpur, Pakistan; DOB 1953; POB Faisalabad, Pakistan; nationality Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

CHIMA, Azim (a.k.a. BHAI, Chima; a.k.a. CHEEMA, Asim; a.k.a. CHEEMA, Azam; a.k.a. CHEEMA, Azzam; a.k.a. CHEEMA, Mohammed Azam; a.k.a. CHIMA, Azam), Islamabad, Pakistan; Muzaffarabad, Pakistan; Bahawalpur, Pakistan; DOB 1953; POB Faisalabad, Pakistan; nationality Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

CHIMMED GROUP, Kashirskoe Shosse, 3, korp. 2, str. 9, Sirius Park, Moscow 115230, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1991; Organization Type: Chemicals and allied products wholesale [RUSSIA-EO14024].

CHIMUKA, Obey, 25 Northolt Bluffhill, Harare, Zimbabwe; DOB 15 Jan 1975; POB Makoni, Zimbabwe; nationality Zimbabwe; Gender Male; Passport EN899508 (Zimbabwe) expires 15 Mar 2026; National ID No. 58158115R42 (Zimbabwe) (individual) [GLOMAG] (Linked To: FOSSIL CONTRACTING; Linked To: TAGWIREI, Kudakwashe Regimond).

CHINA 49 GROUP CO., LIMITED, Rm. 910, Block 1, No. 132-1 Liuhua Square, Dongfeng West Rd., Yuexiu District, Guangzhou, China; Unit C2, 12F, Block A, Universal Industrial Center, 19-25 Shan Mei Street, Fo Tan, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.R. No. 2512760 (Hong Kong); Business Registration Number 6752642100003186 (Hong Kong) [SDGT] [IFSR] (Linked To: HASHEMI, Seyed Morteza Minaye).

CHINA CHLORATE TECH CO LIMITED, Chuanxing Town, Yanling County, Zhuzhou, Hunan, China; Hong Kong, China; Additional Sanctions Information - Subject to Secondary

Sanctions; Organization Established Date 17 May 2022; Company Number 3153395 (Hong Kong); Business Registration Number 74050495 (Hong Kong) [NPWMD] [IFSR] (Linked To: YANLING CHUANXING CHEMICAL PLANT GENERAL PARTNERSHIP).

CHINA CONCORD PETROLEUM CO., LIMITED (Chinese Simplified: 中和石油有限公司) (f.k.a. FAITHFUL LINKER LIMITED (Chinese Traditional: 信聯行有限公司)), 17th Floor, Siu Ying Commercial Building, 151-155 Queen's Road Central, Hong Kong; Email Address admin@sinocpa.com; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Business Registration Number 1080134 [IRAN-EO13846].

CHINA DANDONG KUMSANG TRADE COMPANY, LIMITED (a.k.a. DANDONG JINXIANG TRADE CO., LTD.; a.k.a. DANDONG METAL COMPANY; a.k.a. JINXIANG TRADING COMPANY), Room 303, Unit 2, Building Number 3, Number 99 Binjiang Lu (Road), Zhenxing District, Dandong, China; Room 303-01, Number 99-3, Binjiang Zhong Lu (Road), Dandong, China; Number 5, Tenth Street, Zhenxing District, Dandong, Liaoning, China; 245-11, Number 1 Wanlian Road, Shenhe District, Shenyang, China; Room 1101, No B, Jiadi Building, Business and Tourist, China; Room 303, Unit 2, 3 Haolou, Building 99 Binjiang Middle Rd., Zhenxing, Dandong, Liaoning 118000, China; Nationality of Registration China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

CHINA ENRICHING CHEMISTRY (a.k.a. CEC CHEMICAL CO., LTD.; a.k.a. CEC LIMITED; a.k.a. CEC LTD.; a.k.a. CEC PHARM CO LTD; a.k.a. CEC PHARMATECH LTD; a.k.a.

HANGZHOU HONGYAN TRADING CO., LTD; a.k.a. IAN LIMITED; a.k.a. SHANGHAI CANHE PHARMTECH CO LTD), Room 807, 8/F Building 6, No.333 Guiping Road, Shanghai 200233, China; 401, No.23, Changning Road 1277, Shanghai 200051, China; Website www.cecchem.com; alt. Website www.eric1234.com [SDNTK].

CHINA GRAIN STORAGE AND TRANSPORTATION ZHOUSHAN CO., LIMITED (a.k.a. ZHEJIANG TIANLU ENERGY CO., LTD.; a.k.a. ZHONGGU STORAGE AND TRANSPORTATION CO., LTD. (Chinese Simplified: 中谷储运 舟山 有限公司)), No. 1, Saddle Community, Zenggang Street, Dinghai District, Zhoushan, Zhejiang, China; Website www.cgstc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 330900400000063 (China); Unified Social Credit Code (USCC) 913309006605851637 (China) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

CHINA HAOKUN ENERGY CO., LTD. (Chinese Traditional: 中國昊坤能源有限公司) (a.k.a. CHINA HAOKUN ENERGY LIMITED), Unit 502, 5/F, 87-105 Chatham Road South, Kowloon, Hong Kong, China; Room 1701, 17/F, Hong Kong Trade Centre, Nos. 161-167 Des Voeux Road Central, Hong Kong, China; Unit 502, 5/F, 87-105 Chatham Road South, Tsim Sha Tsui, Kowloon, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.R. No. 2444610 (Hong Kong); Legal Entity Number 549300EKQFUDEPZTLV86 (Hong Kong) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

CHINA HAOKUN ENERGY LIMITED (a.k.a. CHINA HAOKUN ENERGY CO., LTD. (Chinese Traditional: 中國昊坤能源有限公司)), Unit 502, 5/F, 87-105 Chatham Road South, Kowloon, Hong Kong, China; Room 1701, 17/F, Hong Kong Trade Centre, Nos. 161-167 Des Voeux Road Central, Hong Kong, China; Unit 502, 5/F, 87-105 Chatham Road South, Tsim Sha Tsui, Kowloon, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.R. No. 2444610 (Hong Kong); Legal Entity Number 549300EKQFUDEPZTLV86 (Hong Kong) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

CHINA HEAD AEROSPACE TECHNOLOGY COMPANY (a.k.a. CHINA HEAD TECHNOLOGY CO; a.k.a. HEAD AEROSPACE GROUP), 5F, Bldg 5, Science and Technology Park, A-2 North Xisanhuan Road, Haidian District, Beijing 100021, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 110108010146888 (China); Unified Social Credit Code (USCC) 91110108661572276L (China) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

CHINA HEAD TECHNOLOGY CO (a.k.a. CHINA HEAD AEROSPACE TECHNOLOGY COMPANY; a.k.a. HEAD AEROSPACE GROUP), 5F, Bldg 5, Science and Technology Park, A-2 North Xisanhuan Road, Haidian District, Beijing 100021, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 110108010146888 (China); Unified Social Credit Code (USCC) 91110108661572276L (China) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

CHINA HOLDCO (a.k.a. JIANGYIN FOREVERSUN CHEMICAL LOGISTICS CO., LTD. (Chinese Simplified: 江阴恒阳化工储运有限公司); a.k.a. JIANGYIN HENGYANG CHEMICAL STORAGE AND TRANSPORTATION CO., LTD; a.k.a. JIANGYIN HENGYANG PETROCHEMICAL LOGISTICS CO., LTD.), NO. 1 Hengyang Road, Shizhuang, Huangtu Town, Jiangyin City, Wuxi, Jiangsu 214400, China; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 2002; Unified Social Credit Code (USCC) 91320281743917610K (China) [IRAN-EO13846].

CHINA JMM IMPORT & EXPORT SHANGHAI PUDONG CORPORATION (a.k.a. CHINA JMM IMPORT AND EXPORT SHANGHAI PUDONG CORPORATION; a.k.a. CPMIEC SHANGHAI PUDONG COMPANY), 13/F Yuhang Building No. 525, Sichuan Road (North), Shanghai, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

CHINA JMM IMPORT AND EXPORT SHANGHAI PUDONG CORPORATION (a.k.a. CHINA JMM IMPORT & EXPORT SHANGHAI PUDONG CORPORATION; a.k.a. CPMIEC SHANGHAI PUDONG COMPANY), 13/F Yuhang Building No. 525, Sichuan Road (North), Shanghai,

China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

CHINA NATIONAL ELECTRONIC IMPORT-EXPORT COMPANY (a.k.a. CEIEC (Chinese Simplified: 中国电子进出口总公司); a.k.a. CHINA NATIONAL ELECTRONICS IMPORT AND EXPORT CORPORATION), Block A 6-23F, No. 17 Fuxing Road, Haidian District, Beijing 100036, China; Calle Orinoco, Torre Nordic, Piso 6, Las Mercedes, Caracas 1060, Venezuela; Website https://www.ceiec.com; Registration Number 16382287 (China); Unified Social Credit Code (USCC) 9111000010000106X1 (China) [VENEZUELA].

CHINA NATIONAL ELECTRONICS IMPORT AND EXPORT CORPORATION (a.k.a. CEIEC (Chinese Simplified: 中国电子进出口总公司); a.k.a. CHINA NATIONAL ELECTRONIC IMPORT-EXPORT COMPANY), Block A 6-23F, No. 17 Fuxing Road, Haidian District, Beijing 100036, China; Calle Orinoco, Torre Nordic, Piso 6, Las Mercedes, Caracas 1060, Venezuela; Website https://www.ceiec.com; Registration Number 16382287 (China); Unified Social Credit Code (USCC) 9111000010000106X1 (China) [VENEZUELA].

CHINA NATIONAL PRECISION MACHINERY I/E CORP. (a.k.a. CHINA NATIONAL PRECISION MACHINERY IMPORT/EXPORT CORPORATION; a.k.a. CHINA PRECISION MACHINERY IMPORT/EXPORT CORPORATION; a.k.a. CPMIEC; a.k.a. ZHONGGUO JINGMI JIXIE JINCHUKOU ZONGGONGSI), No. 30 Haidian Nanlu, Beijing, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

CHINA NATIONAL PRECISION MACHINERY IMPORT/EXPORT CORPORATION (a.k.a. CHINA NATIONAL PRECISION MACHINERY I/E CORP.; a.k.a. CHINA PRECISION MACHINERY IMPORT/EXPORT CORPORATION; a.k.a. CPMIEC; a.k.a. ZHONGGUO JINGMI JIXIE JINCHUKOU ZONGGONGSI), No. 30 Haidian Nanlu, Beijing, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

CHINA OIL AND PETROLEUM COMPANY LIMITED (Chinese Traditional: 中國中油股份有限公司), RM702, 7/F Waga Comm Ctr 99, Wellington St. Central, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Organization Established Date 16 Oct 2018; Company Number 2755177 (Hong Kong); Legal Entity Number 875500573TJOLWAOJL18; Business Registration Number 69969691-000 (Hong Kong) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

CHINA PRECISION MACHINERY IMPORT/EXPORT CORPORATION (a.k.a. CHINA NATIONAL PRECISION MACHINERY I/E CORP.; a.k.a. CHINA NATIONAL PRECISION MACHINERY IMPORT/EXPORT CORPORATION; a.k.a. CPMIEC; a.k.a. ZHONGGUO JINGMI JIXIE JINCHUKOU ZONGGONGSI), No. 30 Haidian Nanlu, Beijing, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

CHINA SILVER STAR INTERNET TECHNOLOGY COMPANY (a.k.a. SILVER STAR CHINA; a.k.a. SILVER STAR INTERNET TECHNOLOGY CORPORATION; a.k.a. UNSONG INTERNET TECHNOLOGY CORPORATION; a.k.a. YANBIAN SILVER STAR; a.k.a. YANBIAN SILVERSTAR; a.k.a. YANBIAN SILVERSTAR NETWORK TECHNOLOGY CO., LTD. (Chinese Simplified: 延边银星网络科技有限公司; Korean: 은성인터네트기술회사); a.k.a. YANJI SILVER STAR NETWORK TECHNOLOGY CO. LTD.), 20998B-26 Changbaishan East Road, Yanji, Jilin, China; No. 213-214, Building 2, Science and Technology Industrial Park, Yanji Development Zone, China; Chang Bai Shan Dong Lu, 20998B-26Hao, Yanji, Jilin 133000, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Unified Social Credit Code (USCC) 91222401MA0Y31E659 (China) [DPRK3] [DPRK4].

CHINA TALY AVIATION TECHNOLOGIES CORP. (Chinese Simplified: 中国天利航空科技实业公司) (a.k.a. CHINA TIANLI AVIATION TECHNOLOGY INDUSTRIAL COMPANY), No.7, Da Cheng Road, Feng Tai District, Beijing 100071, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Oct 1988; Target Type State-Owned Enterprise; Unified Social Credit

Code (USCC) 911100001000090614 (China) [RUSSIA-EO14024].

CHINA TIANLI AVIATION TECHNOLOGY INDUSTRIAL COMPANY (a.k.a. CHINA TALY AVIATION TECHNOLOGIES CORP. (Chinese Simplified: 中国天利航空科技实业公司)), No.7, Da Cheng Road, Feng Tai District, Beijing 100071, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Oct 1988; Target Type State-Owned Enterprise; Unified Social Credit Code (USCC) 911100001000090614 (China) [RUSSIA-EO14024].

CHING, Teo Boon (a.k.a. "Dato Sri"), No. 65 Jalan Ledang, Taman Johor Tampoi, Johor Bahru, Johor 81200, Malaysia; DOB 24 Nov 1964; nationality Malaysia; Gender Male; National ID No. 641124015977 (Malaysia) (individual) [TCO] (Linked To: TEO BOON CHING WILDLIFE TRAFFICKING TRANSNATIONAL CRIMINAL ORGANIZATION).

CHINOUM, Marial (a.k.a. CHINUONG, Marial; a.k.a. MANGOK, Marial Chanuong Yol; a.k.a. YOL, Marial Chanoung; a.k.a. "CHAN, Marial"); DOB 01 Jan 1960; POB Yirol, Lakes State; Commander, Presidential Guard Unit; Major General, Sudan People's Liberation Army (individual) [SOUTH SUDAN].

CHINUONG, Marial (a.k.a. CHINOUM, Marial; a.k.a. MANGOK, Marial Chanuong Yol; a.k.a. YOL, Marial Chanoung; a.k.a. "CHAN, Marial"); DOB 01 Jan 1960; POB Yirol, Lakes State; Commander, Presidential Guard Unit; Major General, Sudan People's Liberation Army (individual) [SOUTH SUDAN].

CHINYONG INFORMATION TECHNOLOGY COOPERATION COMPANY (a.k.a. JINYONG IT COOPERATION COMPANY), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Other information technology and computer service activities [DPRK2].

CHIO, Wai (a.k.a. HWEI, Jao; a.k.a. SAECHOU, Thanchai; a.k.a. WAI, Chio; a.k.a. WEI, Chao; a.k.a. WEI, Jiao; a.k.a. WEI, Zhang; a.k.a. WEI, Zhao), Flat G, 19 FL Maple Mansion, Taikoo Shing, Quarry Bay, Hong Kong; Room 2410, 24/F, Block Q, Kornhill, Quarry Bay, Hong Kong; DOB 16 Sep 1952; POB Heilongjiang

Province, China; alt. POB Liaoning Province, China; nationality China; Gender Male; Passport MA0269785 (Macau); alt. Passport M0178952 (China); alt. Passport MA0162634 (China); National ID No. 12756003 (Macau) (individual) [TCO] (Linked To: ZHAO WEI TCO).

CHIP EXPERT LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU CHIP EKSPERT; a.k.a. OOO CHIP EKSPERT), Ul. Glukharskaya D. 27, K. 1 Str 1, Kv. 428, Saint Petersburg 197350, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7814755412 (Russia); Registration Number 1197847063370 (Russia) [RUSSIA-EO14024].

CHIP SPACE ELECTRONICS CO., LIMITED (Chinese Traditional: 芯時空電子有限公司); Website www.chipspace-elec.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Nov 2022; Company Number 3210227 (Hong Kong) [RUSSIA-EO14024].

CHIPGOO ELECTRONICS LIMITED, Rm A29, 24/F, Regent's Park, Prince Indl BD, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Nov 2022; Business Registration Number 74629125 (Hong Kong) [RUSSIA-EO14024].

CHIPS RESOURCES LIMITED, Room 18, 27/F, Ho King Commercial Centre, 2-16 Fa Yuen Street, Mongkok, Kowloon, Hong Kong, China; Room 803, Chevalier House, 45-51 Chatham Road South, Tsim Sha Tsui, Kowloon, Hong Kong, China; No. 1, 9/F Pat Industrial Building, Pat Tat Street, Kowloon, San Po Kong, Hong Kong, China; Room 2901B, Bank of Communications Building, No. 3018 Shennan Middle Road, Futian District, Shenzhen, Guangdong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Jul 2022; Company Number 3175538 (Hong Kong) [RUSSIA-EO14024].

CHIREN, Royston Wu (a.k.a. BIN AHMAD, Mohammad Roslan; a.k.a. ROYSTON, Mohammad Roslan; a.k.a. WU, Royston), Batam, Indonesia; DOB 05 Nov 1968; citizen Singapore; alt. citizen Malaysia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. S6837315H (Singapore) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

CHIRIKOV, Oleg (a.k.a. CHIRIKOV, Oleg Sergeyevich); DOB 26 Nov 1984; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 715896188 (Russia) (individual) [CYBER2] (Linked To: DIVETECHNOSERVICES).

CHIRIKOV, Oleg Sergeyevich (a.k.a. CHIRIKOV, Oleg); DOB 26 Nov 1984; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 715896188 (Russia) (individual) [CYBER2] (Linked To: DIVETECHNOSERVICES).

CHIRKINYAN, Elena (a.k.a. CHIRKINYAN, Yelena Norayrovna; a.k.a. "Elle"), London, United Kingdom; DOB 27 Aug 1988; POB Azerbaijan; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Digital Currency Address - USDT TDdbRFoBTEmE3qiR69Y6rKRSG1hoF65QaE; Passport 724664629 (Russia) (individual) [RUSSIA-EO14024].

CHIRKINYAN, Yelena Norayrovna (a.k.a. CHIRKINYAN, Elena; a.k.a. "Elle"), London, United Kingdom; DOB 27 Aug 1988; POB Azerbaijan; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Digital Currency Address - USDT TDdbRFoBTEmE3qiR69Y6rKRSG1hoF65QaE; Passport 724664629 (Russia) (individual) [RUSSIA-EO14024].

CHISTYUKHIN, Vladimir, Russia; DOB 20 Jan 1973; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

CHIT LIN MYAING COMPANY (a.k.a. CHIT LINN MYAING; a.k.a. CHIT LINN MYAING CO., LTD; a.k.a. CHIT LINN MYING CO., LTD.), No. 1, Shwe Kokko, Myawaddy, Kayin State, Burma; Registration Number 1206/2005-2006 (Burma) issued 19 Sep 2005 [TCO] [BURMA-EO14014] (Linked To: KAREN NATIONAL ARMY).

CHIT LINN MYAING (a.k.a. CHIT LIN MYAING COMPANY; a.k.a. CHIT LINN MYAING CO., LTD; a.k.a. CHIT LINN MYING CO., LTD.), No. 1, Shwe Kokko, Myawaddy, Kayin State, Burma; Registration Number 1206/2005-2006 (Burma) issued 19 Sep 2005 [TCO] [BURMA-EO14014] (Linked To: KAREN NATIONAL ARMY).

CHIT LINN MYAING CO., LTD (a.k.a. CHIT LIN MYAING COMPANY; a.k.a. CHIT LINN MYAING; a.k.a. CHIT LINN MYING CO., LTD.), No. 1, Shwe Kokko, Myawaddy, Kayin State, Burma; Registration Number 1206/2005-2006 (Burma) issued 19 Sep 2005 [TCO] [BURMA-EO14014] (Linked To: KAREN NATIONAL ARMY).

CHIT LINN MYAING MINING & INDUSTRY COMPANY LIMITED (a.k.a. CHIT LINN MYAING MINING AND INDUSTRY COMPANY LIMITED), Bogyoke Road, No. 5 Quarter, Hpa-An Township, Kayin State, Burma; Organization Type: Mining of other non-ferrous metal ores; Registration Number 111745919 (Burma) issued 22 Nov 2005; alt. Registration Number 1605/2005-2006 (Burma) issued 22 Nov 2005 [TCO] [BURMA-EO14014] (Linked To: THU, Saw Chit).

CHIT LINN MYAING MINING AND INDUSTRY COMPANY LIMITED (a.k.a. CHIT LINN MYAING MINING & INDUSTRY COMPANY LIMITED), Bogyoke Road, No. 5 Quarter, Hpa-An Township, Kayin State, Burma; Organization Type: Mining of other non-ferrous metal ores; Registration Number 111745919 (Burma) issued 22 Nov 2005; alt. Registration Number 1605/2005-2006 (Burma) issued 22 Nov 2005 [TCO] [BURMA-EO14014] (Linked To: THU, Saw Chit).

CHIT LINN MYAING TOYOTA COMPANY LIMITED, Bogyoke Street, No 47, 9 Quarter, Hpaan Township, Kayin State, Burma; Organization Type: Construction of buildings; Registration Number 105563345 (Burma) issued 12 Sep 2012; alt. Registration Number 2371/2012-2013 (Burma) issued 12 Sep 2012 [TCO] [BURMA-EO14014] (Linked To: THU, Saw Chit).

CHIT LINN MYING CO., LTD. (a.k.a. CHIT LIN MYAING COMPANY; a.k.a. CHIT LINN MYAING; a.k.a. CHIT LINN MYAING CO., LTD), No. 1, Shwe Kokko, Myawaddy, Kayin State, Burma; Registration Number 1206/2005-2006 (Burma) issued 19 Sep 2005 [TCO] [BURMA-EO14014] (Linked To: KAREN NATIONAL ARMY).

CHIT, Daw Kaing Pa Pa (a.k.a. CHIT, Khaing Pa Pa), Burma; DOB 15 Jul 1971; nationality Burma; Gender Female; National ID No. 9MAYAMAN018125 (Burma) (individual) [BURMA-EO14014].

CHIT, Khaing Pa Pa (a.k.a. CHIT, Daw Kaing Pa Pa), Burma; DOB 15 Jul 1971; nationality Burma; Gender Female; National ID No. 9MAYAMAN018125 (Burma) (individual) [BURMA-EO14014].

CHIT, Saw Chit, Karen State, Burma; DOB 17 Nov 1996; nationality Burma; Gender Male; National ID No. 3BaahnaN323010 (Burma) (individual) [TCO] [BURMA-EO14014].

CHIU, Margaret Wing Lan (a.k.a. CHIU, Wing Lan (Chinese Simplified: 赵咏兰; Chinese Traditional: 趙詠蘭)), No. 20, 3rd Street, Section D, Fairview Park, Yuen Long, Hong Kong, China; DOB 22 Aug 1974; POB Hong Kong, China; nationality China; Gender Female; Passport KJ0760266 (China) issued 17 Jan 2019 expires 17 Jan 2029; National ID No. K3117588 (China) (individual) [HK-EO13936].

CHIU, Wing Lan (Chinese Simplified: 赵咏兰; Chinese Traditional: 趙詠蘭) (a.k.a. CHIU, Margaret Wing Lan), No. 20, 3rd Street, Section D, Fairview Park, Yuen Long, Hong Kong, China; DOB 22 Aug 1974; POB Hong Kong, China; nationality China; Gender Female; Passport KJ0760266 (China) issued 17 Jan 2019 expires 17 Jan 2029; National ID No. K3117588 (China) (individual) [HK-EO13936].

CHIVEL, Yuri Aleksandrovich (Cyrillic: ЧИВЕЛЬ, Юрий Александрович) (a.k.a. CHIVELA, Yuri Alexandrovich), Belarus; DOB 01 Aug 1946; POB Belaya Tserkov, Ukraine; nationality Belarus; Gender Male; National ID No. 3010846A084PB2 (Belarus) (individual) [BELARUS-EO14038] (Linked To: LLC LABORATORY OF ADDITIVE TECHNOLOGIES).

CHIVELA, Yuri Alexandrovich (a.k.a. CHIVEL, Yuri Aleksandrovich (Cyrillic: ЧИВЕЛЬ, Юрий Александрович)), Belarus; DOB 01 Aug 1946; POB Belaya Tserkov, Ukraine; nationality Belarus; Gender Male; National ID No. 3010846A084PB2 (Belarus) (individual) [BELARUS-EO14038] (Linked To: LLC LABORATORY OF ADDITIVE TECHNOLOGIES).

CHIVINNITIPANYA, Prasit (a.k.a. CHARNCHAI, Chiwinnitipanya; a.k.a. CHEEWINNITTIPANYA, Prasit; a.k.a. CHIWINNITIPANYA, Charnchai; a.k.a. PRASIT, Cheewinnittipanya; a.k.a. PRASIT, Chivinnitipanya; a.k.a. WEI, Hsueh Kang; a.k.a. WEI, Shao-Kang; a.k.a. WEI, Sia-Kang; a.k.a. WEI, Xuekang); DOB 29 Jun 1952; alt. DOB 29 May 1952; Passport Q081061 (Thailand); alt. Passport E091929 (Thailand) (individual) [SDNTK].

CHIWENGA, Constantine Gureya (a.k.a. CHIWENGA, Constantino; a.k.a. CHIWENGA, Constantino D.N.G.; a.k.a. CHIWENGA, Constantino Guveya), Zimbabwe; DOB 25 Aug 1956; POB Zimbabwe; nationality Zimbabwe; Gender Male (individual) [GLOMAG].

CHIWENGA, Constantino (a.k.a. CHIWENGA, Constantine Gureya; a.k.a. CHIWENGA, Constantino D.N.G.; a.k.a. CHIWENGA, Constantino Guveya), Zimbabwe; DOB 25 Aug 1956; POB Zimbabwe; nationality Zimbabwe; Gender Male (individual) [GLOMAG].

CHIWENGA, Constantino D.N.G. (a.k.a. CHIWENGA, Constantine Gureya; a.k.a. CHIWENGA, Constantino; a.k.a. CHIWENGA, Constantino Guveya), Zimbabwe; DOB 25 Aug 1956; POB Zimbabwe; nationality Zimbabwe; Gender Male (individual) [GLOMAG].

CHIWENGA, Constantino Guveya (a.k.a. CHIWENGA, Constantine Gureya; a.k.a. CHIWENGA, Constantino; a.k.a. CHIWENGA, Constantino D.N.G.), Zimbabwe; DOB 25 Aug 1956; POB Zimbabwe; nationality Zimbabwe; Gender Male (individual) [GLOMAG].

CHIWINNITIPANYA, Charnchai (a.k.a. CHARNCHAI, Chiwinnitipanya; a.k.a. CHEEWINNITTIPANYA, Prasit; a.k.a. CHIVINNITIPANYA, Prasit; a.k.a. PRASIT, Cheewinnittipanya; a.k.a. PRASIT, Chivinnitipanya; a.k.a. WEI, Hsueh Kang; a.k.a. WEI, Shao-Kang; a.k.a. WEI, Sia-Kang; a.k.a. WEI, Xuekang); DOB 29 Jun 1952; alt. DOB 29 May 1952; Passport Q081061 (Thailand); alt. Passport E091929 (Thailand) (individual) [SDNTK].

CHIZARI, Mohsen (a.k.a. HANSURI, Muhammad Muhawad); DOB 01 Apr 1959; POB Tehran, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

CHIZHOV, Sergey Viktorovich (Cyrillic: ЧИЖОВ, Сергей Викторович), Russia; DOB 16 Mar 1964; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

CHKHOLSAN (a.k.a. CHOLSAN TRADING COMPANY; a.k.a. CHOLSON LLC (Cyrillic: ООО ЧХОЛСАН); a.k.a. KOREA CHOLSAN GENERAL TRADING CORPORATION (Cyrillic: ГЕНЕРАЛЬНАЯ ТОРГОВАЯ КОМПАНИЯ ЧХОЛСАН КНДР)), Russia; Tongdaewon District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

CHKPZ (a.k.a. PUBLIC JOINT STOCK COMPANY CHELYABINSK FORGE AND PRESS PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO CHELYABINSKIY KUZNECHNO PRESSOVIY ZAVOD), Gorelova Street, Chelyabinsk 454012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449006184 (Russia); Registration Number 1027402696023 (Russia) [RUSSIA-EO14024].

CHLODWIG ENTERPRISES AG (a.k.a. CHLODWIG ENTERPRISES LIMITED; a.k.a. CHLODWIG ENTERPRISES LTD; a.k.a. CHLODWIG ENTERPRISES MKOOO (Cyrillic: ХЛОДВИГ ЭНТЕРПРАЙЗЕС МКООО); a.k.a. CHLODWIG ENTERPRISES SA), Dammstrasse 19, Zug 6300, Switzerland; Floor Office 1 G 25, B-R Solnechny, 25, Kaliningrad 236006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2021; Tax ID No. 277019596 (Switzerland); Legal Entity Number 213800HY3Z8VE6A5MX68; Registration Number CH-170.3.046.014-2 (Switzerland) [RUSSIA-EO14024] (Linked To: GURYEV, Andrey Grigoryevich).

CHLODWIG ENTERPRISES LIMITED (a.k.a. CHLODWIG ENTERPRISES AG; a.k.a. CHLODWIG ENTERPRISES LTD; a.k.a. CHLODWIG ENTERPRISES MKOOO (Cyrillic: ХЛОДВИГ ЭНТЕРПРАЙЗЕС МКООО); a.k.a. CHLODWIG ENTERPRISES SA), Dammstrasse 19, Zug 6300, Switzerland; Floor Office 1 G 25, B-R Solnechny, 25, Kaliningrad 236006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2021; Tax ID No. 277019596 (Switzerland); Legal Entity Number 213800HY3Z8VE6A5MX68; Registration Number CH-170.3.046.014-2 (Switzerland) [RUSSIA-EO14024] (Linked To: GURYEV, Andrey Grigoryevich).

CHLODWIG ENTERPRISES LTD (a.k.a. CHLODWIG ENTERPRISES AG; a.k.a. CHLODWIG ENTERPRISES LIMITED; a.k.a. CHLODWIG ENTERPRISES MKOOO (Cyrillic: ХЛОДВИГ ЭНТЕРПРАЙЗЕС МКООО); a.k.a. CHLODWIG ENTERPRISES SA), Dammstrasse 19, Zug 6300, Switzerland; Floor Office 1 G 25, B-R Solnechny, 25, Kaliningrad

236006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2021; Tax ID No. 277019596 (Switzerland); Legal Entity Number 213800HY3Z8VE6A5MX68; Registration Number CH-170.3.046.014-2 (Switzerland) [RUSSIA-EO14024] (Linked To: GURYEV, Andrey Grigoryevich).

CHLODWIG ENTERPRISES MKOOO (Cyrillic: ХЛОДВИГ ЭНТЕРПРАЙЗЕС МКООО) (a.k.a. CHLODWIG ENTERPRISES AG; a.k.a. CHLODWIG ENTERPRISES LIMITED; a.k.a. CHLODWIG ENTERPRISES LTD; a.k.a. CHLODWIG ENTERPRISES SA), Dammstrasse 19, Zug 6300, Switzerland; Floor Office 1 G 25, B-R Solnechny, 25, Kaliningrad 236006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2021; Tax ID No. 277019596 (Switzerland); Legal Entity Number 213800HY3Z8VE6A5MX68; Registration Number CH-170.3.046.014-2 (Switzerland) [RUSSIA-EO14024] (Linked To: GURYEV, Andrey Grigoryevich).

CHLODWIG ENTERPRISES SA (a.k.a. CHLODWIG ENTERPRISES AG; a.k.a. CHLODWIG ENTERPRISES LIMITED; a.k.a. CHLODWIG ENTERPRISES LTD; a.k.a. CHLODWIG ENTERPRISES MKOOO (Cyrillic: ХЛОДВИГ ЭНТЕРПРАЙЗЕС МКООО)), Dammstrasse 19, Zug 6300, Switzerland; Floor Office 1 G 25, B-R Solnechny, 25, Kaliningrad 236006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2021; Tax ID No. 277019596 (Switzerland); Legal Entity Number 213800HY3Z8VE6A5MX68; Registration Number CH-170.3.046.014-2 (Switzerland) [RUSSIA-EO14024] (Linked To: GURYEV, Andrey Grigoryevich).

CHO, Ch'o'l (a.k.a. CHO, Il Woo; a.k.a. CHO, Il-U; a.k.a. JO, Chol), Korea, North; DOB 10 May 1945; POB Musan, North Hamgyo'ng Province, North Korea; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 736410010 (Korea, North); Director of the Fifth Bureau of the Reconnaissance General Bureau (individual) [DPRK2].

CHO, Ch'o'l-so'ng (a.k.a. JO, Chol Song), Dandong, China; DOB 25 Sep 1984; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654320502 expires 16 Sep 2019; Korea Kwangson Banking Corporation Deputy Representative (individual) [NPWMD] (Linked To: KOREA KWANGSON BANKING CORP).

CHO, Chun-ryong (a.k.a. JO, Chun Ryong); DOB 04 Apr 1960; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Chairman of the Second Economic Committee (individual) [DPRK2] (Linked To: SECOND ECONOMIC COMMITTEE).

CHO, Il Woo (a.k.a. CHO, Ch'o'l; a.k.a. CHO, Il-U; a.k.a. JO, Chol), Korea, North; DOB 10 May 1945; POB Musan, North Hamgyo'ng Province, North Korea; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 736410010 (Korea, North); Director of the Fifth Bureau of the Reconnaissance General Bureau (individual) [DPRK2].

CHO, Il-U (a.k.a. CHO, Ch'o'l; a.k.a. CHO, Il Woo; a.k.a. JO, Chol), Korea, North; DOB 10 May 1945; POB Musan, North Hamgyo'ng Province, North Korea; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 736410010 (Korea, North); Director of the Fifth Bureau of the Reconnaissance General Bureau (individual) [DPRK2].

CHO, Kyo'ng-ch'o'l (a.k.a. JO, Kyong-Chol), Korea, North; DOB 1944 to 1945; POB Korea, North; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; DPRK Director of Military Security Command (individual) [DPRK2].

CHO, Kyo'ng-hun (a.k.a. JO, Kyong Hun (Hangul: 조경훈)), Korea, North; DOB 19 Jun 1990; POB Pyongyang, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 108432959 (Korea, North) issued 19 Oct 2018 expires 19 Oct 2023 (individual) [NPWMD] (Linked To: KOREA SOBAEKSU TRADING CORPORATION).

CHO, Yon Chun (a.k.a. JO, Yon Jun), Korea, North; DOB 28 Sep 1937; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; First Vice Director of the Organization and Guidance Department (individual) [DPRK2].

CHO, Yong Chol (a.k.a. JO, Yong Chol), Syria; DOB 30 Sep 1973; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; North Korea's Ministry of State Security Official (individual) [DPRK2].

CHO, Yongwon (a.k.a. JO, Yong-Won), Korea, North; DOB 24 Oct 1957; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vice Director of the Organization and Guidance Department (individual) [DPRK2].

CHOE, Chang Pong, Korea, North; DOB 02 Jun 1964; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 381320227 (Korea, North) expires 29 Jul 2016; Director of the Investigation Bureau of the Ministry of People's Security (individual) [DPRK2].

CHOE, Chol Min (Chinese Simplified: 崔哲民; Korean: 최철민) (a.k.a. CHOE, Chol-min),

Beijing, China; DOB 03 Apr 1978; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 108410050 (Korea, North) expires 19 Oct 2023 (individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

CHOE, Chol Ryong (a.k.a. CH'OE, Ch'o'l-ryong), Dandong, China; DOB 12 Feb 1992; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745336612 (Korea, North) (individual) [NPWMD] (Linked To: KOREA KWANGSON BANKING CORP).

CHOE, Chol-min (a.k.a. CHOE, Chol Min (Chinese Simplified: 崔哲民; Korean: 최철민)), Beijing, China; DOB 03 Apr 1978; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 108410050 (Korea, North) expires 19 Oct 2023 (individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

CH'OE, Ch'o'l-ryong (a.k.a. CHOE, Chol Ryong), Dandong, China; DOB 12 Feb 1992; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745336612 (Korea, North) (individual) [NPWMD] (Linked To: KOREA KWANGSON BANKING CORP).

CHOE, Cholung (a.k.a. CHOE, Song Chol (Korean: 최성철)), Korea, North; DOB 16 May 1973; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations

section 510.214; Passport 563438637 (Korea, North) (individual) [DPRK4].

CHOE, Chun Pom (a.k.a. CH'OE, Ch'un-po'm), Beijing, China; DOB 20 Feb 1975; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 199320353 (Korea, North) (individual) [DPRK3] (Linked To: CENTRAL BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

CHOE, Chun Sik (a.k.a. CHOE, Chun-sik; a.k.a. CH'OE, Ch'un-sik), Korea, North; DOB 12 Oct 1954; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

CHOE, Chun Yong (a.k.a. CH'OE, Ch'un-yo'ng), Moscow, Russia; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654410078 (Korea, North); Ilsim International Bank representative (individual) [DPRK3] (Linked To: ILSIM INTERNATIONAL BANK).

CH'OE, Ch'un-po'm (a.k.a. CHOE, Chun Pom), Beijing, China; DOB 20 Feb 1975; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 199320353 (Korea, North) (individual) [DPRK3] (Linked To: CENTRAL BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

CHOE, Chun-sik (a.k.a. CHOE, Chun Sik; a.k.a. CH'OE, Ch'un-sik), Korea, North; DOB 12 Oct 1954; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214

(individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

CH'OE, Ch'un-sik (a.k.a. CHOE, Chun Sik; a.k.a. CHOE, Chun-sik), Korea, North; DOB 12 Oct 1954; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

CH'OE, Ch'un-yo'ng (a.k.a. CHOE, Chun Yong), Moscow, Russia; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654410078 (Korea, North); Ilsim International Bank representative (individual) [DPRK3] (Linked To: ILSIM INTERNATIONAL BANK).

CHOE, Hwi, Korea, North; DOB 01 Jan 1954 to 31 Dec 1955; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; First Vice Director of the Workers' Party of Korea Propaganda and Agitation Department (individual) [DPRK2].

CHOE, Myong Hyon (a.k.a. CH'OE, Myo'ng-hyo'n), Vladivostok, Russia; DOB 20 Jan 1966; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 836210034 (Korea, North) issued 26 Apr 2016 expires 26 Apr 2021 (individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

CH'OE, Myo'ng-hyo'n (a.k.a. CHOE, Myong Hyon), Vladivostok, Russia; DOB 20 Jan 1966; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 836210034 (Korea, North) issued 26 Apr 2016 expires 26 Apr 2021

(individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

CHOE, Pu Il (a.k.a. CH'OE, Pu-il; a.k.a. CHOI, Bu-il), Korea, North; DOB 06 Mar 1944; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Minister of People's Security (individual) [DPRK3] (Linked To: MINISTRY OF PEOPLE'S SECURITY).

CH'OE, Pu-il (a.k.a. CHOE, Pu Il; a.k.a. CHOI, Bu-il), Korea, North; DOB 06 Mar 1944; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Minister of People's Security (individual) [DPRK3] (Linked To: MINISTRY OF PEOPLE'S SECURITY).

CHOE, Ryong Hae (a.k.a. CH'OE, Ryong-hae); DOB 15 Jan 1950; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director of the Workers' Party of Korea Organization and Guidance Department (individual) [DPRK2].

CH'OE, Ryong-hae (a.k.a. CHOE, Ryong Hae); DOB 15 Jan 1950; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director of the Workers' Party of Korea Organization and Guidance Department (individual) [DPRK2].

CH'OE, So'k-min, Shenyang, China; DOB 25 Jul 1978; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Foreign Trade Bank of the Democratic People's Republic of Korea representative (individual) [DPRK2].

CHOE, Song Chol (Korean: 최성철) (a.k.a. CHOE, Cholung), Korea, North; DOB 16 May 1973; nationality Korea, North; Gender Male;

Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563438637 (Korea, North) (individual) [DPRK4].

CHOE, Song Il, Vietnam; DOB 08 Jun 1973; citizen Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472320665 (Korea, North) expires 26 Sep 2017; alt. Passport 563120356 (Korea, North) issued 19 Mar 2018; Tanchon Commercial Bank Representative in Vietnam (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

CHOE, Song Nam (a.k.a. CH'OE, So'ng-nam), Shenyang, China; DOB 07 Jan 1979; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563320192 expires 09 Aug 2018; Korea Daesong Bank Representative (individual) [DPRK4].

CH'OE, So'ng-nam (a.k.a. CHOE, Song Nam), Shenyang, China; DOB 07 Jan 1979; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563320192 expires 09 Aug 2018; Korea Daesong Bank Representative (individual) [DPRK4].

CHOE, Un Hyok (Korean: 최은 혁) (a.k.a. CH'OE, U'n-hyo'k), Moscow, Russia; DOB 19 Oct 1985; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK3].

CHOE, Un Jong (a.k.a. CH'OE, U'n-cho'ng; a.k.a. CHOE, Unjong), Beijing, China; DOB 10 May 1978; nationality Korea, North; Gender Female; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons

Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 108410051 (Korea, North) (individual) [DPRK4].

CH'OE, U'n-cho'ng (a.k.a. CHOE, Un Jong; a.k.a. CHOE, Unjong), Beijing, China; DOB 10 May 1978; nationality Korea, North; Gender Female; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 108410051 (Korea, North) (individual) [DPRK4].

CH'OE, U'n-hyo'k (a.k.a. CHOE, Un Hyok (Korean: 최은 혁)), Moscow, Russia; DOB 19 Oct 1985; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK3].

CHOE, Unjong (a.k.a. CHOE, Un Jong; a.k.a. CH'OE, U'n-cho'ng), Beijing, China; DOB 10 May 1978; nationality Korea, North; Gender Female; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 108410051 (Korea, North) (individual) [DPRK4].

CHOGHAMARANI, Ali Reza Moradi (a.k.a. CHEGHA-MARANI, Ali Reza Moradi; a.k.a. CHEGHAMARANI, Ali Reza Moradi (Arabic: علیرضا مرادي چقامارانی); a.k.a. CHEGHAMARANI, Alireza Moradi; a.k.a. CHEGHA-MARANI, Alireza Moradi; a.k.a. CHOGHAMARANI, Alireza Moradi; a.k.a. MORADI CHOGHAMARANI, Ali Reza Hajji Morad; a.k.a. MORADI HAJIMRAD, Ali Reza; a.k.a. MORADI, Ali Reza; a.k.a. MORADI, Alireza (Arabic: علیرضا مرادی); a.k.a. MORADICHOGHAMARANI, Ali Reza), Sanandaj, Iran; DOB 11 Aug 1962; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T23715965 (Iran) expires 09 May 2017; National ID No. 3257894351 (Iran); LEF Commander, Sanandaj (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

CHOGHAMARANI, Alireza Moradi (a.k.a. CHEGHA-MARANI, Ali Reza Moradi; a.k.a. CHEGHAMARANI, Ali Reza Moradi (Arabic: علیرضا مرادی چقامارانی); a.k.a. CHEGHAMARANI, Alireza Moradi; a.k.a. CHEGHA-MARANI, Alireza Moradi; a.k.a. CHOGHAMARANI, Ali Reza Moradi; a.k.a. MORADI CHOGHAMARANI, Ali Reza Hajji Morad; a.k.a. MORADI HAJIMRAD, Ali Reza; a.k.a. MORADI, Ali Reza; a.k.a. MORADI, Alireza (Arabic: علیرضا مرادی); a.k.a. MORADICHOGHAMARANI, Ali Reza), Sanandaj, Iran; DOB 11 Aug 1962; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T23715965 (Iran) expires 09 May 2017; National ID No. 3257894351 (Iran); LEF Commander, Sanandaj (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

CHOI, Bu-il (a.k.a. CHOE, Pu Il; a.k.a. CH'OE, Pu-il), Korea, North; DOB 06 Mar 1944; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Minister of People's Security (individual) [DPRK3] (Linked To: MINISTRY OF PEOPLE'S SECURITY).

CHOI, Chin-pang (Chinese Traditional: 蔡展鵬) (a.k.a. CHOI, Frederic; a.k.a. CHOI, Frederic Chin Pang), Hong Kong; DOB 28 Aug 1970; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport K05145380 (Hong Kong) expires 10 Nov 2025; National ID No. C6142328 (Hong Kong) (individual) [HK-EO13936].

CHOI, Frederic (a.k.a. CHOI, Chin-pang (Chinese Traditional: 蔡展鵬); a.k.a. CHOI, Frederic Chin Pang), Hong Kong; DOB 28 Aug 1970; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport K05145380 (Hong Kong) expires 10 Nov 2025; National ID No. C6142328 (Hong Kong) (individual) [HK-EO13936].

CHOI, Frederic Chin Pang (a.k.a. CHOI, Chin-pang (Chinese Traditional: 蔡展鵬); a.k.a. CHOI, Frederic), Hong Kong; DOB 28 Aug 1970; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport K05145380 (Hong Kong) expires 10 Nov 2025; National ID No. C6142328 (Hong Kong) (individual) [HK-EO13936].

CHOIGU, Xenia (a.k.a. SHOIGU, Ksenia; a.k.a. SHOIGU, Kseniya Sergeyevna (Cyrillic: ШОЙГУ, Ксения Сергеевна)), Moscow, Russia; DOB 10 Jan 1991; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: SHOIGU, Sergei Kuzhugetovich).

CHOL, James Koang (a.k.a. CHUAL, James Koang; a.k.a. CHUOL, James Koang; a.k.a. RANLEY, James Koang Chol; a.k.a. RANLEY, Koang Chuol); DOB 1961; Passport R00012098 (South Sudan); Major General (individual) [SOUTH SUDAN].

CHOLES, Nikolai (a.k.a. CHOULZ, Nikolay Dmitrievich; a.k.a. CHOULZ, Nikolay Dmitriyevich; a.k.a. PESKOV, Nikolay), B. Dorogomilovskaia, 7 81, Moscow 127473, Russia; DOB 03 Feb 1990; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 721123760 (Russia) issued 12 Sep 2012 expires 12 Sep 2022; National ID No. 4516913332 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PESKOV, Dmitriy Sergeevich).

CH'OLHYO'N OVERSEAS CONSTRUCTION COMPANY, Kuwait; Algeria; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

CHOLING, Padma (Chinese Simplified: 白玛赤林; Chinese Traditional: 白瑪赤林) (a.k.a. CHILIN, Baima; a.k.a. TRILEK, Pelma), Beijing, China; DOB Oct 1951; POB Dengqen County, Changdu, Tibet Autonomous Region, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

CHOLOKYAN, Roberto (a.k.a. KARAKEYAN, Roberto Albertovich; a.k.a. KARAKEYAN, Ruben Albertovich; a.k.a. TATULIAN, Ruben Albertovich (Cyrillic: ТАТУЛЯН, РУБЕН АЛЬБЕРТОВИЧ); a.k.a. TATULYAN, Ruben Albertovich; a.k.a. "ROBIK"; a.k.a. "ROBSON" (Cyrillic: "РОБСОН")), Trident Grand Residence, Unit 604, Dubai Marina, Dubai 93743, United Arab Emirates; DOB 08 Dec 1969; POB Sochi, Russia; Gender Male; Passport 710091868 (Russia); Tax ID No. 231704411067 (Russia); Identification Number 312236712500061 (Russia); alt. Identification Number 0184214173 (Russia) (individual) [TCO] (Linked To: VESNA HOTEL AND SPA; Linked To: NOVYI VEK - MEDIA; Linked To: THIEVES-IN-LAW).

CHOLSAN TRADING COMPANY (a.k.a. CHKHOLSAN; a.k.a. CHOLSON LLC (Cyrillic: ООО ЧХОЛСАН); a.k.a. KOREA CHOLSAN GENERAL TRADING CORPORATION (Cyrillic: ГЕНЕРАЛЬНАЯ ТОРГОВАЯ КОМПАНИЯ ЧХОЛСАН КНДР)), Russia; Tongdaewon District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

CHOLSON LLC (Cyrillic: ООО ЧХОЛСАН) (a.k.a. CHKHOLSAN; a.k.a. CHOLSAN TRADING COMPANY; a.k.a. KOREA CHOLSAN GENERAL TRADING CORPORATION (Cyrillic: ГЕНЕРАЛЬНАЯ ТОРГОВАЯ КОМПАНИЯ ЧХОЛСАН КНДР)), Russia; Tongdaewon District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

CHON MYONG SHIPPING COMPANY LIMITED (a.k.a. CHONMYONG SHIPPING CO), Kalrimgil 2-dong, Mangyongdae-guyok, Pyongyang, Korea, North; Saemaul 2-dong, Pyongchon-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5571322 [DPRK4].

CHO'N, Chin-yo'ng (a.k.a. JON, Jin Yong (Korean: 전진영); a.k.a. ZYON, Zin Yon), Moscow, Russia; DOB 05 Mar 1981; POB Pyongyang, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

CHON, Il Ho (a.k.a. JON, Il Ho (Korean: 전일호)), Korea, North; DOB 20 Feb 1956; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS463120423 (Korea, North) (individual) [DPRK2].

CHO'N, Myo'ng-kuk (a.k.a. JON, Myong Guk; a.k.a. JON, Yong Sang), Syria; DOB 18 Oct 1976; alt. DOB 25 Aug 1976; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 4721202031 (Korea, North) expires 21 Feb 2017; Diplomatic Passport 836110035 expires 01 Jan 2020; Tanchon Commercial Bank Representative in Syria (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

CHO'N, Yo'n Ku'n (a.k.a. JON, Yun Gun (Korean: 전연근)), Laos; DOB 22 Apr 1973; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 927233154 (Korea, North) (individual) [DPRK2] (Linked To: PIONEER BENCONT STAR REAL ESTATE).

CHONG CHON GANG SHIPPING CO. LTD (a.k.a. CHONGCHONGANG SHIPPING CO LTD; a.k.a. CHONGCHONGANG SHIPPING COMPANY LIMITED), 817, Haeun, Donghung-dong, Central District, Pyongyang, Korea, North; 817, Haeun, Tonghun-dong, Chung-gu, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions

Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 5342883 [DPRK].

CHO'NG, Kyo'ng-t'aek (a.k.a. JONG, Kyong Thaek), Pyongyang, Korea, North; DOB 01 Jan 1961 to 31 Dec 1963; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Minister of State Security (individual) [DPRK2].

CHO'NG, Man-pok (a.k.a. JONG, Man Bok), Dandong, China; DOB 23 Dec 1958; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea Ryonbong General Corporation Representative in Dandong, China (individual) [DPRK2].

CHO'NG, So'ng-ho (a.k.a. JONG, Song Ho), Vladivostok, Russia; DOB 15 Nov 1972; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 109110001 (Korea, North) expires 05 Jan 2024 (individual) [DPRK4] (Linked To: JINMYONG JOINT BANK).

CHONG, Sung-hyok (a.k.a. JONG, Sung Hyok), Vladivostok, Russia; DOB 19 Aug 1971; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 754420338 (Korea, North) (individual) [DPRK3] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

CHONGBONG SHIPPING CO LTD, Room 502, 90, Ponghak-dong, Pyongchon-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea

Sanctions Regulations section 510.214; Vessel Registration Identification IMO 5878589 [DPRK3].

CHONGCH'AL CH'ONGGUK (a.k.a. KPA UNIT 586; a.k.a. RECONNAISSANCE GENERAL BUREAU; a.k.a. "RGB"), Hyongjesan-Guyok, Pyongyang, Korea, North; Nungrado, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK] [DPRK2].

CHONGCHONGANG SHIPPING CO LTD (a.k.a. CHONG CHON GANG SHIPPING CO. LTD; a.k.a. CHONGCHONGANG SHIPPING COMPANY LIMITED), 817, Haeun, Donghung-dong, Central District, Pyongyang, Korea, North; 817, Haeun, Tonghun-dong, Chung-gu, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 5342883 [DPRK].

CHONGCHONGANG SHIPPING COMPANY LIMITED (a.k.a. CHONG CHON GANG SHIPPING CO. LTD; a.k.a. CHONGCHONGANG SHIPPING CO LTD), 817, Haeun, Donghung-dong, Central District, Pyongyang, Korea, North; 817, Haeun, Tonghun-dong, Chung-gu, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 5342883 [DPRK].

CHONGDE AEROSPACE TIANJIN TECHNOLOGY CO LTD (Chinese Simplified: 崇德宇航 天津 科技有限公司) (a.k.a. CHONGDE YUHANG TIANJIN TECHNOLOGY CO LTD; a.k.a. MOROTACK TIANJIN TECHNOLOGY CO LTD CHINA), No. 210 Zhijing Road, Xiqing District, Tianjin City 300000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 120111000285571 (China); Unified Social Credit Code (USCC) 91120111MA05MB7U1E (China) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY ROGACHEVSKY ZAVOD DIAPROEKTOR).

CHONGDE YUHANG TIANJIN TECHNOLOGY CO LTD (a.k.a. CHONGDE AEROSPACE TIANJIN TECHNOLOGY CO LTD (Chinese Simplified: 崇德宇航 天津 科技有限公司); a.k.a. MOROTACK TIANJIN TECHNOLOGY CO LTD CHINA), No. 210 Zhijing Road, Xiqing District, Tianjin City 300000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 120111000285571 (China); Unified Social Credit Code (USCC) 91120111MA05MB7U1E (China) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY ROGACHEVSKY ZAVOD DIAPROEKTOR).

CHONGMINGDAO INTERNATIONAL TRADING CO., LIMITED (a.k.a. JIANGKANG FOOD LIMITED), Room 1-1, 4/F, Golden Dragon Industrial Center Phase 2, 162-170 Dalian Pai Road, Kwai Chung, New Territories, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Jun 2020; Company Number 2953975 (Hong Kong); Business Registration Number 71987776 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

CHONGQING CITY NINGSE ANIMATION DEVELOPMENT CO., LTD. (Chinese Simplified: 重庆市柠口动漫发展有限公司) (a.k.a. CHONGQING NINGSE CARTOON & ANIMATION DEVELOPMENT CO., LTD.; a.k.a. CHONGQING NINGSE CARTOON AND ANIMATION DEVELOPMENT CO., LTD.; a.k.a. NINGS CARTOON STUDIO), No. 19, E. First Road, Huilong Boulevard, Yongchuan District, Chongqing, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 500383000029284 (China); Unified Social Credit Code (USCC) 91500118582829838H (China) [DPRK3] (Linked To: SEK STUDIO).

CHONGQING FAGIMA ELECTROMECHANICAL EQUIPMENT CO LTD (a.k.a. HYPER MACHINE TOOLS; a.k.a. ZHONGQING FA JIMA MECHANICAL EQUIPMENT CO LTD), 1701, Building 30, Xingyao Tiandi, Beibin Second Road, Jiangbei District, Chongqing 400000, China; Cai Fu Da Dao 2HAO 5-7, Yu Bei Qu, Chongqing 401120, China; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Dec 2017; Unified Social Credit Code (USCC) 91500000MA5YPY1U8R (China) [RUSSIA-EO14024].

CHONGQING NINGSE CARTOON & ANIMATION DEVELOPMENT CO., LTD. (a.k.a. CHONGQING CITY NINGSE ANIMATION DEVELOPMENT CO., LTD. (Chinese Simplified: 重庆市柠口动漫发展有限公司); a.k.a. CHONGQING NINGSE CARTOON AND ANIMATION DEVELOPMENT CO., LTD.; a.k.a. NINGS CARTOON STUDIO), No. 19, E. First Road, Huilong Boulevard, Yongchuan District, Chongqing, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 500383000029284 (China); Unified Social Credit Code (USCC) 91500118582829838H (China) [DPRK3] (Linked To: SEK STUDIO).

CHONGQING NINGSE CARTOON AND ANIMATION DEVELOPMENT CO., LTD. (a.k.a. CHONGQING CITY NINGSE ANIMATION DEVELOPMENT CO., LTD. (Chinese Simplified: 重庆市柠口动漫发展有限公司); a.k.a. CHONGQING NINGSE CARTOON & ANIMATION DEVELOPMENT CO., LTD.; a.k.a. NINGS CARTOON STUDIO), No. 19, E. First Road, Huilong Boulevard, Yongchuan District, Chongqing, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 500383000029284 (China); Unified Social Credit Code (USCC) 91500118582829838H (China) [DPRK3] (Linked To: SEK STUDIO).

CHONGQING XIANUOFUGELUODE INTERNATIONAL TRADE COMPANY, No. 319, Haier Road, Conference Room 2, Floor 2, Jiangbei District, Chongqing 400025, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91500000MA61BAD093 (China) [RUSSIA-EO14024].

CHONGQING ZONGSHEN AERO ENGINE MANUFACTURING CO LTD (Chinese Simplified: 重庆宗申航空发动机制造股份有限公司) (a.k.a.

CHONGQING ZONGSHEN AERO ENGINES MANUFACTURING CO LTD; a.k.a. CHONGQING ZONSEN AERO ENGINE MANUFACTURING CO LTD), Building 14, No. 126, Yunan Avenue, Banan District, Chongqing 400000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91500113MA5U7TYK0W (China) [RUSSIA-EO14024].

CHONGQING ZONGSHEN AERO ENGINES MANUFACTURING CO LTD (a.k.a. CHONGQING ZONGSHEN AERO ENGINE MANUFACTURING CO LTD (Chinese Simplified: 重庆宗申航空发动机制造股份有限公司); a.k.a. CHONGQING ZONSEN AERO ENGINE MANUFACTURING CO LTD), Building 14, No. 126, Yunan Avenue, Banan District, Chongqing 400000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91500113MA5U7TYK0W (China) [RUSSIA-EO14024].

CHONGQING ZONSEN AERO ENGINE MANUFACTURING CO LTD (a.k.a. CHONGQING ZONGSHEN AERO ENGINE MANUFACTURING CO LTD (Chinese Simplified: 重庆宗申航空发动机制造股份有限公司); a.k.a. CHONGQING ZONGSHEN AERO ENGINES MANUFACTURING CO LTD), Building 14, No. 126, Yunan Avenue, Banan District, Chongqing 400000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91500113MA5U7TYK0W (China) [RUSSIA-EO14024].

CHO'NGSONG UNITED TRADING COMPANY (a.k.a. CHONGSONG YONHAP; a.k.a. CH'O'NGSONG YO'NHAP; a.k.a. CHOSUN CHAWO'N KAEBAL T'UJA HOESA; a.k.a. GREEN PINE ASSOCIATED CORPORATION; a.k.a. JINDALLAE; a.k.a. KU'MHAERYONG COMPANY LTD; a.k.a. NATURAL RESOURCES DEVELOPMENT AND INVESTMENT CORPORATION; a.k.a. SAENGP'IL COMPANY), c/o Reconnaissance General Bureau Headquarters, Hyongjesan-Guyok, Pyongyang, Korea, North; Nungrado, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By

U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

CHONGSONG YONHAP (a.k.a. CHO'NGSONG UNITED TRADING COMPANY; a.k.a. CH'O'NGSONG YO'NHAP; a.k.a. CHOSUN CHAWO'N KAEBAL T'UJA HOESA; a.k.a. GREEN PINE ASSOCIATED CORPORATION; a.k.a. JINDALLAE; a.k.a. KU'MHAERYONG COMPANY LTD; a.k.a. NATURAL RESOURCES DEVELOPMENT AND INVESTMENT CORPORATION; a.k.a. SAENGP'IL COMPANY), c/o Reconnaissance General Bureau Headquarters, Hyongjesan-Guyok, Pyongyang, Korea, North; Nungrado, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

CH'O'NGSONG YO'NHAP (a.k.a. CHO'NGSONG UNITED TRADING COMPANY; a.k.a. CHONGSONG YONHAP; a.k.a. CHOSUN CHAWO'N KAEBAL T'UJA HOESA; a.k.a. GREEN PINE ASSOCIATED CORPORATION; a.k.a. JINDALLAE; a.k.a. KU'MHAERYONG COMPANY LTD; a.k.a. NATURAL RESOURCES DEVELOPMENT AND INVESTMENT CORPORATION; a.k.a. SAENGP'IL COMPANY), c/o Reconnaissance General Bureau Headquarters, Hyongjesan-Guyok, Pyongyang, Korea, North; Nungrado, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

CHONMYONG SHIPPING CO (a.k.a. CHON MYONG SHIPPING COMPANY LIMITED), Kalrimgil 2-dong, Mangyongdae-guyok, Pyongyang, Korea, North; Saemaul 2-dong, Pyongchon-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5571322 [DPRK4].

CHONSURIM TRADING CORPORATION (a.k.a. KOREA CHONSURIM TRADING CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and

510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Other information technology and computer service activities [DPRK3].

CHORNOMORNAFTOGAZ (a.k.a. CHERNOMORNEFTEGAZ; a.k.a. NJSC CHORNOMORNAFTOGAZ), Kirova / per. Sovnarkomovskaya, 52/1, Simferopol, Crimea 95000, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; This designation refers to the entity in Crimea at the listed address only, and does not include its parent company. [UKRAINE-EO13660].

CHOSON COMPUTER CENTER (a.k.a. CHUNG SUN COMPUTER CENTER; a.k.a. KOREA COMPUTER CENTER; a.k.a. KOREA COMPUTER COMPANY), Pyongyang, Korea, North; Germany; China; Syria; India; United Arab Emirates; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

CHOSON INTERNATIONAL CHEMICALS JOINT OPERATION COMPANY (a.k.a. CHOSUN INTERNATIONAL CHEMICALS JOINT OPERATION COMPANY; a.k.a. INTERNATIONAL CHEMICAL JOINT VENTURE CORPORATION; a.k.a. KOREA INTERNATIONAL CHEMICAL JOINT VENTURE COMPANY), Hamhung, South Hamgyong Province, Korea, North; Man gyongdae-kuyok, Pyongyang, Korea, North; Mangyungdae-gu, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

CHOSON TAESONG UNHAENG (a.k.a. KOREA DAESONG BANK; a.k.a. TAESONG BANK), Segori-dong, Gyongheung St., Potonggang District, Pyongyang, Korea, North; SWIFT/BIC KDBKKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; PHONE 850 2 381 8221; PHONE 850 2 18111 ext. 8221; FAX 850 2 381

4576; TELEX 360230 and 37041 KDP KP; TGMS daesongbank; EMAIL kdb@co.chesin.com [DPRK].

CHOSUN CHAWO'N KAEBAL T'UJA HOESA (a.k.a. CHO'NGSONG UNITED TRADING COMPANY; a.k.a. CHONGSONG YONHAP; a.k.a. CH'O'NGSONG YO'NHAP; a.k.a. GREEN PINE ASSOCIATED CORPORATION; a.k.a. JINDALLAE; a.k.a. KU'MHAERYONG COMPANY LTD; a.k.a. NATURAL RESOURCES DEVELOPMENT AND INVESTMENT CORPORATION; a.k.a. SAENGP'IL COMPANY), c/o Reconnaissance General Bureau Headquarters, Hyongjesan-Guyok, Pyongyang, Korea, North; Nungrado, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

CHOSUN EXPO (a.k.a. CHOSUN EXPO JOINT VENTURE; a.k.a. KOREA EXPO JOINT VENTURE; a.k.a. KOREA EXPO JOINT VENTURE CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

CHOSUN EXPO JOINT VENTURE (a.k.a. CHOSUN EXPO; a.k.a. KOREA EXPO JOINT VENTURE; a.k.a. KOREA EXPO JOINT VENTURE CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

CHOSUN INTERNATIONAL CHEMICALS JOINT OPERATION COMPANY (a.k.a. CHOSON INTERNATIONAL CHEMICALS JOINT OPERATION COMPANY; a.k.a. INTERNATIONAL CHEMICAL JOINT VENTURE CORPORATION; a.k.a. KOREA INTERNATIONAL CHEMICAL JOINT VENTURE COMPANY), Hamhung, South Hamgyong Province, Korea, North; Man gyongdae-kuyok, Pyongyang, Korea, North; Mangyungdae-gu, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons

Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

CHOSUN OIL EXPLORATION COMPANY (a.k.a. KOREA OIL EXPLORATION COMPANY; a.k.a. KOREA OIL EXPLORATION CORPORATION; a.k.a. "KOEC"), Ulam Dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

CHOSUN SAENAL TRADING (a.k.a. CHOSUN SAENAL TRADING COMPANY (Korean: 조선새날무역회사); a.k.a. CHOSUN SAENAL TRADING CORPORATION; a.k.a. KOREA SAENAL TECHNOLOGY TRADING CORPORATION; a.k.a. KOREA SAENAL TRADING; a.k.a. KOREA SAENAL TRADING CORPORATION; a.k.a. SAENAL TRADING CORPORATION (Korean: 새날무역회사)), Ryugyong-dong No.1, Pothonggang District, Pyongyang, Korea, North; Chunso'ng Ward, Central District, Pyongyang, Korea, North; KoJungsong-dong Central District, KP, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

CHOSUN SAENAL TRADING COMPANY (Korean: 조선새날무역회사) (a.k.a. CHOSUN SAENAL TRADING; a.k.a. CHOSUN SAENAL TRADING CORPORATION; a.k.a. KOREA SAENAL TECHNOLOGY TRADING CORPORATION; a.k.a. KOREA SAENAL TRADING; a.k.a. KOREA SAENAL TRADING CORPORATION; a.k.a. SAENAL TRADING CORPORATION (Korean: 새날무역회사)), Ryugyong-dong No.1, Pothonggang District, Pyongyang, Korea, North; Chunso'ng Ward, Central District, Pyongyang, Korea, North; KoJungsong-dong Central District, KP, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

CHOSUN SAENAL TRADING CORPORATION (a.k.a. CHOSUN SAENAL TRADING; a.k.a. CHOSUN SAENAL TRADING COMPANY (Korean: 조선새날무역회사); a.k.a. KOREA SAENAL TECHNOLOGY TRADING CORPORATION; a.k.a. KOREA SAENAL TRADING; a.k.a. KOREA SAENAL TRADING CORPORATION; a.k.a. SAENAL TRADING CORPORATION (Korean: 새날무역회사)), Ryugyong-dong No.1, Pothonggang District, Pyongyang, Korea, North; Chunso'ng Ward, Central District, Pyongyang, Korea, North; KoJungsong-dong Central District, KP, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

CHOSUN SINJIN TRADING COMPANY (Korean: 조선신진무역회사) (a.k.a. CHOSUN SINJIN TRADING CORPORATION; a.k.a. KOREA SINJIN TRADING CORPORATION; a.k.a. SINJIN GENERAL TRADING CORPORATION), Mangyeongdae District, Chilgol 1 dong, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Wholesale and retail trade [DPRK2].

CHOSUN SINJIN TRADING CORPORATION (a.k.a. CHOSUN SINJIN TRADING COMPANY (Korean: 조선신진무역회사); a.k.a. KOREA SINJIN TRADING CORPORATION; a.k.a. SINJIN GENERAL TRADING CORPORATION), Mangyeongdae District, Chilgol 1 dong, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Wholesale and retail trade [DPRK2].

CHOSUN YUNHA MACHINERY JOINT OPERATION COMPANY (a.k.a. KOREA RYENHA MACHINERY J/V CORPORATION; a.k.a. KOREA RYONHA MACHINERY JOINT VENTURE CORPORATION; a.k.a. RYONHA MACHINERY JOINT VENTURE CORPORATION), Mangungdae-gu,

Pyongyang, Korea, North; Mangyongdae District, Pyongyang, Korea, North; Central District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

CHOU, Hsien Cheng (a.k.a. CHEW, Kheng Siang), c/o TET KHAM (S) PTE. LTD., Singapore; c/o VEST SPECTRUM (S) PTE. LTD., Singapore, Singapore; 9 Haig Avenue, Singapore 438864, Singapore; National ID No. S1199192J (Singapore) (individual) [SDNTK].

CHOUBE SHOMAL COMPANY (a.k.a. NORTH WOOD INDUSTRY CO.; a.k.a. NORTH WOOD INDUSTRY COMPANY (Arabic: شرکت صنعت چوب شمال); a.k.a. SANATE CHOUBE SHOMAL COMPANY; a.k.a. SHERKATE CHOOBE SHOMAAL), No. 13, Delfan Alley, Shahid Nazeri Alley, Fajr Yekom Street, Motahhari Street, Tehran, Iran; No. 51, Delfan Alley, Jam Street, Motahhari Avenue, Tehran, Iran; Minoodasht Road, Gonbad Kavoos, Golestan, Iran; Gonbad to Minudasht Road, Kilometer 7, Gonbad-e Kavus, Gholestan, Iran; Website http://www.choubshomal.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861874050 (Iran); Registration Number 381 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

CHOUDARY, Anjem (a.k.a. "Abu Luqman"), United Kingdom; DOB 18 Jan 1967; POB Welling, Southeast London, UK; alt. POB North London, UK; citizen United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

CHOUDHARY, Sandeep Singh, India; DOB 10 Feb 1981; POB Dhanbad, Jharkhand, India; nationality India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P3727741 (India) expires 23 Oct 2026 (individual) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

CHOUDRY, Aamir Ali (a.k.a. CHAUDARY, Aamir Ali; a.k.a. CHAUDHRY, Aamir Ali; a.k.a. CHAUDRY, Amir Ali; a.k.a. "HUZAIFA"); DOB 03 Aug 1986; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BN4196361 (Pakistan) issued 28 Oct

2008 expires 27 Oct 2013; National ID No. 33202-7126636-9 (Pakistan) (individual) [SDGT].

CHOUKA, Monir (a.k.a. CHOUKA, Mounir; a.k.a. "ABU ADAM"; a.k.a. "ABU ADAM AUS DEUTSCHLAND"; a.k.a. "ABU ADAM FROM GERMANY"), Afghanistan; Pakistan; Ungartenstrasse 6, Bonn 53229, Germany; DOB 30 Jul 1981; POB Bonn, Germany; nationality Germany; alt. nationality Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 5208323009 (Germany) issued 02 Feb 2007 expires 01 Feb 2012; National ID No. 5209530116 (Germany) issued 21 Jun 2006 expires 20 Jun 2011; Assocated with Islamic Movement of Uzbekistan (individual) [SDGT].

CHOUKA, Mounir (a.k.a. CHOUKA, Monir; a.k.a. "ABU ADAM"; a.k.a. "ABU ADAM AUS DEUTSCHLAND"; a.k.a. "ABU ADAM FROM GERMANY"), Afghanistan; Pakistan; Ungartenstrasse 6, Bonn 53229, Germany; DOB 30 Jul 1981; POB Bonn, Germany; nationality Germany; alt. nationality Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 5208323009 (Germany) issued 02 Feb 2007 expires 01 Feb 2012; National ID No. 5209530116 (Germany) issued 21 Jun 2006 expires 20 Jun 2011; Assocated with Islamic Movement of Uzbekistan (individual) [SDGT].

CHOUKA, Yasin (a.k.a. CHOUKA, Yassin; a.k.a. "ABU IBRAHEEM THE GERMAN"; a.k.a. "ABU IBRAHIM"; a.k.a. "ABU IBRAHIM AL ALMANI"), Pakistan; Afghanistan; Karl-Barth-Strasse 14, Bonn 53129, Germany; DOB 11 Dec 1984; POB Bonn, Germany; nationality Germany; alt. nationality Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 5204893014 (Germany) issued 05 Oct 2000 expires 05 Oct 2005; National ID No. 5209445304 (Germany) issued 05 Sep 2005 expires 04 Sep 2010; Associated with Islamic Movement of Uzbekistan (individual) [SDGT].

CHOUKA, Yassin (a.k.a. CHOUKA, Yasin; a.k.a. "ABU IBRAHEEM THE GERMAN"; a.k.a. "ABU IBRAHIM"; a.k.a. "ABU IBRAHIM AL ALMANI"), Pakistan; Afghanistan; Karl-Barth-Strasse 14, Bonn 53129, Germany; DOB 11 Dec 1984; POB Bonn, Germany; nationality Germany; alt. nationality Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Passport 5204893014 (Germany) issued 05 Oct 2000 expires 05 Oct 2005; National ID No. 5209445304 (Germany) issued 05 Sep 2005 expires 04 Sep 2010; Associated with Islamic Movement of Uzbekistan (individual) [SDGT].

CHOULZ, Nikolay Dmitrievich (a.k.a. CHOLES, Nikolai; a.k.a. CHOULZ, Nikolay Dmitriyevich; a.k.a. PESKOV, Nikolay), B. Dorogomilovskaia, 7 81, Moscow 127473, Russia; DOB 03 Feb 1990; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 721123760 (Russia) issued 12 Sep 2012 expires 12 Sep 2022; National ID No. 4516913332 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PESKOV, Dmitriy Sergeevich).

CHOULZ, Nikolay Dmitriyevich (a.k.a. CHOLES, Nikolai; a.k.a. CHOULZ, Nikolay Dmitrievich; a.k.a. PESKOV, Nikolay), B. Dorogomilovskaia, 7 81, Moscow 127473, Russia; DOB 03 Feb 1990; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 721123760 (Russia) issued 12 Sep 2012 expires 12 Sep 2022; National ID No. 4516913332 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PESKOV, Dmitriy Sergeevich).

CHOUMAN, Khaled (a.k.a. SHOMAN, Khaled Khalil), 529 Moussaitbeh St., Beirut, Lebanon; DOB 02 Apr 1987; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

CHOUMAN, Nabil (a.k.a. CHOUMAN, Nabil Khaled Halil; a.k.a. SHOMAN, Nabil Khaled Khalil; a.k.a. SHUMAN, Nabil), Moussaitbeh St., Beirut, Lebanon; DOB 01 Sep 1954; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

CHOUMAN, Nabil Khaled Halil (a.k.a. CHOUMAN, Nabil; a.k.a. SHOMAN, Nabil Khaled Khalil; a.k.a. SHUMAN, Nabil), Moussaitbeh St., Beirut, Lebanon; DOB 01 Sep 1954; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

CHOW, Tony (a.k.a. ZHOU, Jianshu), China; DOB 15 Jul 1971; nationality China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport E09598913 (China) issued 14 Apr 2014 expires 13 Apr 2024; National Foreign ID Number 210602197107153012 (China); General Manager, Dandong Hongxiang Industrial Development Co Ltd (individual) [NPWMD] (Linked To: DANDONG HONGXIANG INDUSTRIAL DEVELOPMENT CO LTD).

CHRISTODOULOS G. VASSILIADES & CO. LLC (a.k.a. CHRISTODOULOS G. VASSILIADES AND CO. LLC), Ledra House, 15 Agiou Pavlou Street, Agios Andreas, Nicosia CY-0115, Cyprus; P.O. Box 24444, Nicosia CY-1704, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Dec 2008; Registration Number HE 244054 (Cyprus) [RUSSIA-EO14024] (Linked To: VASSILIADES, Christodoulos Georgiou).

CHRISTODOULOS G. VASSILIADES AND CO. LLC (a.k.a. CHRISTODOULOS G. VASSILIADES & CO. LLC), Ledra House, 15 Agiou Pavlou Street, Agios Andreas, Nicosia CY-0115, Cyprus; P.O. Box 24444, Nicosia CY-1704, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Dec 2008; Registration Number HE 244054 (Cyprus) [RUSSIA-EO14024] (Linked To: VASSILIADES, Christodoulos Georgiou).

CHTZ URALTRAK (a.k.a. LLC CHELYABINSK TRACTOR PLANT URALTRAK), 3 Lenin Ave, office 1, Chelyabinsk 454007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7452027843 (Russia); Registration Number 1027403766830 (Russia) [RUSSIA-EO14024].

CHU, Hyo'k (a.k.a. JU, Hyok), Vladivostok, Russia; DOB 23 Nov 1986; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 836420186 (Korea, North) issued 28 Oct 2016 expires 28 Oct 2021; Foreign Trade Bank of the

Democratic People's Republic of Korea representative (individual) [DPRK4].

CHU, Kyu-Chang (a.k.a. CHU, Kyu-Ch'ang; a.k.a. JU, Kyu-Chang); DOB 25 Nov 1928; POB Hamju County, South Hamgyong Province, Democratic People's Republic of Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

CHU, Kyu-Ch'ang (a.k.a. CHU, Kyu-Chang; a.k.a. JU, Kyu-Chang); DOB 25 Nov 1928; POB Hamju County, South Hamgyong Province, Democratic People's Republic of Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

CHU, Na (Chinese Simplified: 初娜; Chinese Traditional: 初娜), Pulandian, Liaoning, China (Chinese Simplified: 普兰店市, 辽宁, China; Chinese Traditional: 普蘭店市, 遼寧, China); DOB 09 Nov 1980; Gender Female; Chinese Commercial Code 0443 1226; Citizen's Card Number 210222198011096648 (China) (individual) [SDNTK].

CHU, Yeyou (Chinese Simplified: 初业有; Chinese Traditional: 初業有), Dalian, Liaoning, China (Chinese Simplified: 大连市, 辽宁, China; Chinese Traditional: 大連市, 遼寧, China); DOB 01 Feb 1982; Gender Male; Chinese Commercial Code 0443 2814 2589; Citizen's Card Number 210222198202016639 (China) (individual) [SDNTK].

CHUAL, James Koang (a.k.a. CHOL, James Koang; a.k.a. CHUOL, James Koang; a.k.a. RANLEY, James Koang Chol; a.k.a. RANLEY, Koang Chuol); DOB 1961; Passport R00012098 (South Sudan); Major General (individual) [SOUTH SUDAN].

CHUBAROV, Aleksey Sergeyevich (a.k.a. CHUBAROV, Alexei; a.k.a. CHUBAROV, Alexey), Moscow, Russia; DOB 12 Feb 1982; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

CHUBAROV, Alexei (a.k.a. CHUBAROV, Aleksey Sergeyevich; a.k.a. CHUBAROV, Alexey), Moscow, Russia; DOB 12 Feb 1982; nationality Russia; Gender Male; Secondary sanctions risk:

See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

CHUBAROV, Alexey (a.k.a. CHUBAROV, Aleksey Sergeyevich; a.k.a. CHUBAROV, Alexei), Moscow, Russia; DOB 12 Feb 1982; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

CHUDAKOU, Uladzimiravich Uladzimir (Cyrillic: ЧУДАКОЎ, Уладзіміравіч Уладзімір) (a.k.a. CHUDAKOV, Vladimir Vladimirovich (Cyrillic: ЧУДАКОВ, Владимир Владимирович)), Belarus; DOB 15 Jul 1970; POB Belarus; nationality Belarus; Gender Male; Passport MP3192003 (Belarus) expires 10 Aug 2026; National ID No. 3150770A025PB8 (Belarus) (individual) [BELARUS-EO14038].

CHUDAKOV, Vladimir Vladimirovich (Cyrillic: ЧУДАКОВ, Владимир Владимирович) (a.k.a. CHUDAKOU, Uladzimiravich Uladzimir (Cyrillic: ЧУДАКОЎ, Уладзіміравіч Уладзімір)), Belarus; DOB 15 Jul 1970; POB Belarus; nationality Belarus; Gender Male; Passport MP3192003 (Belarus) expires 10 Aug 2026; National ID No. 3150770A025PB8 (Belarus) (individual) [BELARUS-EO14038].

CHUGULEVA, Aleyona Anatolyevna, Russia; DOB 14 May 1986; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CYBER2] [ELECTION-EO13848] (Linked To: SOUTHFRONT).

CHUHDRI, Sajid Majid (a.k.a. CHAUDARY, Sajid Majeed; a.k.a. MAJEED, Sajid; a.k.a. MAJID, Sajid; a.k.a. MAJID, Sajjid; a.k.a. MIR, Sajid; a.k.a. MIR, Sajjid); DOB 31 Jan 1976; alt. DOB 01 Jan 1978; POB Lahore, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport KE381676 (Pakistan) issued 14 Oct 2004; National ID No. 3520163573447 (Pakistan) (individual) [SDGT].

CHUICHENKO, Konstantin Anatolyevich (a.k.a. CHUYCHENKO, Konstantin Anatolyevich (Cyrillic: ЧУЙЧЕНКО, Константин Анатольевич)), Russia; DOB 12 Jul 1965; POB Lipetsk, Lipetsk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

CHUMAKOV, Aleksej Nikolaevich (a.k.a. CHUMAKOV, Aleksey Nikolaevich (Cyrillic: ЧУМАКОВ, Алексей Николаевич); a.k.a. CHUMAKOV, Oleksiy Mykolayovych (Cyrillic:

ЧУМАКОВ, Олексій Миколайович)), Russia; DOB 06 May 1974; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

CHUMAKOV, Aleksey Nikolaevich (Cyrillic: ЧУМАКОВ, Алексей Николаевич) (a.k.a. CHUMAKOV, Aleksej Nikolaevich; a.k.a. CHUMAKOV, Oleksiy Mykolayovych (Cyrillic: ЧУМАКОВ, Олексій Миколайович)), Russia; DOB 06 May 1974; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

CHUMAKOV, Oleksiy Mykolayovych (Cyrillic: ЧУМАКОВ, Олексій Миколайович) (a.k.a. CHUMAKOV, Aleksej Nikolaevich; a.k.a. CHUMAKOV, Aleksey Nikolaevich (Cyrillic: ЧУМАКОВ, Алексей Николаевич)), Russia; DOB 06 May 1974; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

CHUNG SUN COMPUTER CENTER (a.k.a. CHOSON COMPUTER CENTER; a.k.a. KOREA COMPUTER CENTER; a.k.a. KOREA COMPUTER COMPANY), Pyongyang, Korea, North; Germany; China; Syria; India; United Arab Emirates; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

CHUNLING HK LIMITED, Rm 023 9/F Blk G Kwai Shing Ind Bldg Stage 2, 42-46 Tai Lin Pai Rd, Hong Kong, China; Organization Established Date 07 Nov 2023; Company Number 3335443 (Hong Kong); Business Registration Number 75884788 (Hong Kong) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

CHUOL, James Koang (a.k.a. CHOL, James Koang; a.k.a. CHUAL, James Koang; a.k.a. RANLEY, James Koang Chol; a.k.a. RANLEY, Koang Chuol); DOB 1961; Passport R00012098 (South Sudan); Major General (individual) [SOUTH SUDAN].

CHURO, Leanid Mikalaevich (Cyrillic: ЧУРО, Леанід Мікалаевіч) (a.k.a. CHURO, Leonid Nikolaevich (Cyrillic: ЧУРО, Леонид Николаевич)), Minsk, Belarus; DOB 08 Jul 1956; citizen Belarus; Gender Male; Passport P4289481 (Belarus); Identification Number 3080756A068PB5 (Belarus) (individual) [BELARUS-EO14038].

CHURO, Leonid Nikolaevich (Cyrillic: ЧУРО, Леонид Николаевич) (a.k.a. CHURO, Leanid Mikalaevich (Cyrillic: ЧУРО, Леанід Мікалаевіч)), Minsk, Belarus; DOB 08 Jul 1956; citizen Belarus; Gender Male; Passport P4289481 (Belarus); Identification Number 3080756A068PB5 (Belarus) (individual) [BELARUS-EO14038].

CHUYCHENKO, Konstantin Anatolyevich (Cyrillic: ЧУЙЧЕНКО, Константин Анатольевич) (a.k.a. CHUICHENKO, Konstantin Anatolyevich), Russia; DOB 12 Jul 1965; POB Lipetsk, Lipetsk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

CHVK VAGNER (a.k.a. CHASTNAYA VOENNAYA KOMPANIYA 'VAGNER'; a.k.a. PMC WAGNER; a.k.a. PRIVATE MILITARY COMPANY 'WAGNER'; a.k.a. WAGNER GROUP (Cyrillic: ГРУППА ВАГНЕРА)), Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. [TCO] [UKRAINE-EO13660] [CAR] [RUSSIA-EO14024].

CHWIKI, Mohammad Amer (a.k.a. AL CHWIKI, Mohamad Amer Mohamad Akram; a.k.a. ALCHWIKI, Amer; a.k.a. ALCHWIKI, Amer Mhd; a.k.a. ALCHWIKI, Mhd Amer; a.k.a. ALCHWIKI, Mohamad Amer; a.k.a. AL-SHUWAYKI, Muhammad 'Amir Muhammad Akram; a.k.a. AL-SHWEIKI, Mohamad Amer; a.k.a. AL-SHWEIKI, Muhammad Omar; a.k.a. ALSHWIKI, Mhd Amer (Cyrillic: АЛЬШВИКИ, Мхд Амер); a.k.a. SHUWAYKI, Mohamad Amer; a.k.a. SHWEIKI, Mohammad Amer), 71 Linton Road, Acton, London W3 9HL, United Kingdom; Syria; DOB 04 Sep 1972; POB Damascus, Syria; nationality Syria; citizen Syria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N012430661; alt. Passport N010794545; alt. Passport N007024509; alt. Passport N005668098 (individual) [SDGT] [IRGC] [IFSR] (Linked To: GLOBAL VISION GROUP; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

CIA. AGROINDUSTRIAL PALMERA S.A. (a.k.a. AGROINDUPALMA S.A.), C.C. Villacentro Blq. B Ofc. 414, Villavicencio, Colombia; NIT # 900197835-3 (Colombia) [SDNTK].

CIA. COMERCIALIZADORA DE MOTOCICLETAS Y REPUESTOS S.A. (a.k.a. WISMOTOS S.A.), Calle 14 No. 13-29, Granada, Meta, Colombia; Calle 35 No. 27-63, Villavicencio, Colombia; Carrera 6 No. 7-17, San Martin, Meta, Colombia; NIT # 900069501-0 (Colombia) [SDNTK].

CIA. CONSTRUCTORA Y COMERCIALIZADORA DEL SUR LTDA. (a.k.a. COSUR LTDA.; a.k.a. HOTEL PALACE), Avenida El Dorado Entrada 2 Int. 6, Bogota, Colombia; NIT # 890329758-7 (Colombia) [SDNT].

CIA. MINERA DAPA S.A., Carrera 16 No. 93-38 Ofc. 104, Bogota, Colombia; NIT # 800181373-1 (Colombia) [SDNT].

CIDMG (a.k.a. CHEMICAL GROUP; a.k.a. CHEMICAL INDUSTRIES & DEVELOPMENT OF MATERIALS GROUP; a.k.a. CHEMICAL INDUSTRIES GROUP), P.O. Box 19585/311, Tehran, Iran, Tehran, Iran; Pasdaran Street, Tehran 19585311, Iran; Khavarah Road Km 35, Parchin, Iran; Zarrin Shah, P.O. Box 81465-363, Esfahan, Iran; P.O. Box 16765-368, Department 146-42, Parchin, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: DEFENSE INDUSTRIES ORGANIZATION).

CIELO MARITIME LIMITED (a.k.a. CIELO MARITIME LTD), Room 6, 17th Floor, Wellborne Commercial Centre, 8, Java Road, North Point, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 May 2023; Identification Number IMO 6410134; Registration Number 75354250 (Hong Kong) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

CIELO MARITIME LTD (a.k.a. CIELO MARITIME LIMITED), Room 6, 17th Floor, Wellborne Commercial Centre, 8, Java Road, North Point, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 May 2023; Identification Number IMO 6410134; Registration Number 75354250 (Hong Kong) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

CIFUENTES GALINDO, Luis Eduardo (a.k.a. "EL AGUILA"); DOB 16 Mar 1960; Cedula No. 3254362 (Colombia) (individual) [SDNTK].

CIFUENTES VARGAS, Orlando (a.k.a. "EL CHUTE"), c/o RESTAURANTE BAR PUNTA DEL ESTE, Cali, Colombia; c/o SERVIAGRICOLA CIFUENTES E.U., Cali, Colombia; DOB 10 Jun 1965; Cedula No. 14890941 (Colombia) (individual) [SDNT].

CIFUENTES VARGAS, Yanet (a.k.a. "LA PECOSA"), Carrera 2 Oeste No. 51-51, Cali, Colombia; DOB 01 Aug 1963; POB Buga, Valle, Colombia; Cedula No. 38864607 (Colombia); Passport AI988963 (Colombia) (individual) [SDNT].

CILINDER SISTEM D.O.O. (a.k.a. CILINDER SISTEM D.O.O. ZA PROIZVODNJU I USLUGE; a.k.a. CYLINDER SYSTEM L.T.D.), Dr. Mile Budaka 1, Slavonski Brod 35000, Croatia; 1 Mile Budaka, Slavonski Brod 35000, Croatia; Website http://www.csc-sb.hr; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 050038884 (Croatia); Tax ID No. 27694384517 (Croatia) [IRAN].

CILINDER SISTEM D.O.O. ZA PROIZVODNJU I USLUGE (a.k.a. CILINDER SISTEM D.O.O.; a.k.a. CYLINDER SYSTEM L.T.D.), Dr. Mile Budaka 1, Slavonski Brod 35000, Croatia; 1 Mile Budaka, Slavonski Brod 35000, Croatia; Website http://www.csc-sb.hr; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 050038884 (Croatia); Tax ID No. 27694384517 (Croatia) [IRAN].

CIMEX, Emerson No. 148 Piso 7, Mexico, D.F. 11570, Mexico [CUBA].

CIMEX (a.k.a. COMPANIA DE IMPORTACION Y EXPORTACION IBERIA), Spain [CUBA].

CIMEX (a.k.a. CIMEX CUBA; a.k.a. COMERCIO INTERIOR, MERCADO EXTERIOR; a.k.a. CORPORACION CIMEX S.A.), Edificio Sierra Maestra, Avenida Primera entre 0 y 2, Miramar Playa, Ciudad de la Habana, Cuba; and all other locations worldwide [CUBA].

CIMEX CUBA (a.k.a. CIMEX; a.k.a. COMERCIO INTERIOR, MERCADO EXTERIOR; a.k.a. CORPORACION CIMEX S.A.), Edificio Sierra Maestra, Avenida Primera entre 0 y 2, Miramar Playa, Ciudad de la Habana, Cuba; and all other locations worldwide [CUBA].

CIMEX IBERICA, Spain [CUBA].

CIMEX, S.A., Panama [CUBA].

CIRCUITO ELECTRONICO S.A. DE C.V., Tijuana, Baja California Norte, Mexico [SDNTK].

CIRCULO COMERCIAL TOTAL DE PRODUCTOS, S.A. DE C.V., Blvd. Puerta de Hierro No. 5210, Puerta de Hierro, Zapopan, Jalisco 45116, Mexico; R.F.C. CCT060531FQ1 (Mexico) [SDNTK].

CIRCULO REPRESENTACIONES INTERNACIONALES, S. DE R.L. DE C.V., Zapopan, Jalisco, Mexico; Folio Mercantil No. 42993 (Jalisco) (Mexico) [SDNTK].

CIRE, Kursad Zafer (a.k.a. CIRE, Kursat Zafer); DOB 30 Aug 1967; POB Germany; nationality Turkey; Passport 778456 (Turkey) issued 14 May 1997 expires 13 May 2007 (individual) [NPWMD].

CIRE, Kursat Zafer (a.k.a. CIRE, Kursad Zafer); DOB 30 Aug 1967; POB Germany; nationality Turkey; Passport 778456 (Turkey) issued 14 May 1997 expires 13 May 2007 (individual) [NPWMD].

CISNEROS FLORES, Heladio (a.k.a. "La Sirena"), Mexico; DOB 21 Feb 1986; POB Michoacan, Mexico; nationality Mexico; Gender Male; C.U.R.P. CIFH860221HMNSLL02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: LOS VIAGRAS).

CISNEROS HERNANDEZ, Jesus, Mexico; DOB 08 Jun 1989; POB Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. CIHJ890608HJCSRS09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

CISNEROS RODRIGUEZ, Jose Misael (a.k.a. CISNEROS, Jose Misal; a.k.a. "HALF MILLION"; a.k.a. "MEDIO MLON"); DOB 02 Oct 1976; POB Agua Caliente, Chalatenango, El Salvador; nationality El Salvador (individual) [TCO].

CISNEROS, Jose Misal (a.k.a. CISNEROS RODRIGUEZ, Jose Misael; a.k.a. "HALF MILLION"; a.k.a. "MEDIO MLON"); DOB 02 Oct 1976; POB Agua Caliente, Chalatenango, El Salvador; nationality El Salvador (individual) [TCO].

CITADEL FOR PROTECTION, GUARD AND SECURITY SERVICES (a.k.a. AL-QALAA COMPANY FOR SECURITY SERVICES; a.k.a. AL-QALA'A FOR PROTECTION, GUARDING, AND SECURITY SERVICES (Arabic: شركة القلعة للحماية والحراسة والخدمات الامنية); a.k.a. C.S.P. CASTLE PROTECTION, GUARDING AND SECURITY SERVICES; a.k.a. CASTLE COMPANY FOR PROTECTION, GUARDING AND SECURITY SERVICES; a.k.a. CASTLE SECURITY AND PROTECTION LLC; a.k.a. "CASTLE SECURITY AND PROTECTION"), Opposite the gas station, enter hospital 601, Sheikh Saad, Mazzeh, West Villas, Damascus, Syria; Aleppo, Syria; Organization Type: Private security activities [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

CITADEL OOO (a.k.a. LIMITED LIABILITY COMPANY CITADEL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦИТАДЕЛЬ); a.k.a. LLC TSITADEL (Cyrillic: ООО ЦИТАДЕЛЬ); a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU TSITADEL; a.k.a. TSITADEL GROUP; a.k.a. "CITADEL HOLDING"; a.k.a. "CITADEL LLC"), Michurinskiy avenue, House 27, Apartment 5, Floor 2, Room 6, Moscow 119607, Russia (Cyrillic: Пр-Кт Мичуринский, Д. 27, К. 5, Этаж 2, Ком. 6, Москва 119607, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701012339 (Russia); Registration Number 11577467895690 (Russia) [RUSSIA-EO14024].

CITIIMPEX (a.k.a. LLC CITYIMPEX; a.k.a. SITIIMPEKS), Ul. Leninskaya Sloboda D. 26, Pomeshch 32/124, Moscow 115280, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9725112364 (Russia); Registration Number 1237700066900 (Russia) [RUSSIA-EO14024].

CITY BASE GROUP LIMITED, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Mar 2019; Company Number 2805052 (Hong Kong); Business Registration Number 70472756 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

CITY DEVELOPMENT LIMITED LIABILITY COMPANY (Cyrillic: СИТИ-ДЕВЕЛОПМЕНТ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. OOO SITI-DEVELOPMENT), d. 6 str. 2 etazh 2 pomeshch/kom I/35, naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Nov 2016; Tax ID No. 7703420058 (Russia); Government Gazette Number 05682317 (Russia); Registration Number 5167746363758 (Russia) [RUSSIA-EO14024] (Linked To: USM CITY LIMITED LIABILITY COMPANY).

CITY OF MONOTHEISM AND HOLY WARRIORS (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF"; a.k.a. "ADF/NALU"; a.k.a. "ISIS-DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [DRCONGO].

CITY PHARMA SARL, Section 35, Block B, Property 2433, Borj al Barajneh, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2014987 (Lebanon) [SDGT].

CITY PLAZA, S.A. DE C.V. (a.k.a. CITY PLAZA, SOCIEDAD ANOMINA DE CAPITAL VARIABLE), Guasave, Sinaloa, Mexico; Business Registration Document # CUD: A201903242035215924 (Mexico); Folio Mercantil No. N-2019028273 (Mexico) [SDNTK].

CITY PLAZA, SOCIEDAD ANOMINA DE CAPITAL VARIABLE (a.k.a. CITY PLAZA, S.A. DE C.V.), Guasave, Sinaloa, Mexico; Business Registration Document # CUD: A201903242035215924 (Mexico); Folio Mercantil No. N-2019028273 (Mexico) [SDNTK].

CITYLINK CO. LTD., Phnom Penh, Cambodia; Tax ID No. L001-100077668 (Cambodia) [TCO] (Linked To: PRINCE GROUP TRANSNATIONAL CRIMINAL ORGANIZATION).

CITYWALLSHIP MANAGEMENT CO LTD, Room 1610, 16th Floor, Building A, World Trade Center, Xianggang Zhonglu, Shinan Qu,

Qingdao, Shandong, China; Identification Number IMO 6488219 [IRAN-EO13902].

CIVIC CAPITAL SHIPPING INC., Office E, 20th Floor, Global Plaza Building, Calle 50, Panama City, Panama; Organization Established Date 24 Jul 2024; RUC # 155754670-2-2024 (Panama); Identification Number IMO 0018254 [IRAN-EO13902].

CIVIJA KOMERC (a.k.a. SAMOSTALNA TRGOVINSKA RADNJA CIVIJA KOMERC ZVONKO VESELINOVIC PREDUZETNIK SABAC), Macvanska 65, Sabac 15000, Serbia; Organization Established Date 22 Mar 2000; Organization Type: Sale of motor vehicle parts and accessories; V.A.T. Number 100081430 (Serbia) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

CJNG (a.k.a. CARTEL DE JALISCO NUEVA GENERACION; a.k.a. JALISCO NEW GENERATION CARTEL; a.k.a. NEW GENERATION CARTEL OF JALISCO), Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [SDNTK] [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

CJS VTB SPECIALIZED DEPOSITORY (a.k.a. VTB SPECIALIZED DEPOSITORY CJSC; a.k.a. VTB SPECIALIZED DEPOSITORY CLOSED JOINT STOCK COMPANY), 35 Myasnitskaya Street, Moscow 101000, Russia; Website www.odk.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Jul 1996; Target Type Financial Institution; Registration Number 1027739157522 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

CJSC ABSOLUTBANK (a.k.a. ABSOLUTBANK; a.k.a. CLOSED JOINT STOCK COMPANY ABSOLUTBANK; a.k.a. ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ABSALYUTBANK (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АБСАЛЮТБАНК); a.k.a. ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ABSOLYUTBANK (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО АБСОЛЮТБАНК); a.k.a. ZAO ABSOLYUTBANK (Cyrillic: ЗАО АБСОЛЮТБАНК); a.k.a. ZAT ABSALYUTBANK (Cyrillic: ЗАТ АБСАЛЮТБАНК)), 95 Nezavisimosti ave, Minsk 220023, Belarus; SWIFT/BIC ABLTBY22; Website www.absolutbank.by; Organization Established Date 30 Mar 2000; Target Type Financial Institution; Registration Number 100331707 (Belarus) [BELARUS-EO14038].

CJSC AKUTA (a.k.a. CLOSED JOINT STOCK COMPANY AKUTA (Cyrillic: ЗАКРЫТОЕ АКЦОНЕРНОЕ ОБЩЕСТВО АКУТА); a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO AKUTA; a.k.a. ZAO AKUTA (Cyrillic: ЗАО АКУТА); a.k.a. "ACUTA" (Cyrillic: "АКУТА")), Ul. Pionerskaya D. 44, Saint Petersburg 197110, Russia; Website www.acuta.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Sep 2008; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7813426574 (Russia); Registration Number 1089847377586 (Russia) [RUSSIA-EO14024].

CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

CJSC BELBIZNESLIZING (a.k.a. BELBIZNESLIZING ZAO; a.k.a. BELBUSINESS LEASING), 29 Masherov Ave., office 919, Minsk 220036, Belarus; 11A Korzh Str., Minsk 220036, Belarus; Organization Established Date 27 Apr 1994; Registration Number 100646748 (Belarus) [BELARUS-EO14038] (Linked To: BELARUSSIAN BANK OF DEVELOPMENT

AND RECONSTRUCTION BELINVESTBANK JOINT STOCK COMPANY).

CJSC BELTECHEXPORT (Cyrillic: ЗАО БЕЛТЕХЭКСПОРТ) (a.k.a. BELTECHEXPORT; a.k.a. BELTECHEXPORT COMPANY; a.k.a. BELTECHEXPORT COMPANY CJSC), Nezavisimosti Ave. 86-B, Minsk 220012, Belarus; Organization Established Date 26 Jan 1993 [BELARUS-EO14038].

CJSC EKSMASH (a.k.a. JOINT STOCK COMPANY EXMASH (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЭКСМАШ)), Pomeshtenie 6, Etazh 2, Dom 54, Ulitsa Uchitelskaya, Tver 170001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6901090201 (Russia); Registration Number 1056900164188 (Russia) [RUSSIA-EO14024].

CJSC ENERGO-OIL (a.k.a. CLOSED JOINT STOCK COMPANY ENERGO-OIL; f.k.a. CLOSED JOINT-STOCK COMPANY TRAYPLENERGO (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАЙПЛЭНЕРГО); a.k.a. ENERGOOIL; a.k.a. ENERGO-OIL (Cyrillic: ЭНЕРГО-ОИЛ); a.k.a. SOVMESTNOYE ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ENERGO-OIL (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЭНЕРГО-ОИЛ); a.k.a. SUMESNAYE ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ENERGA-OIL (Cyrillic: СУМЕСНАЕ ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ЭНЕРГА-ОІЛ); a.k.a. SZAO ENERGO-OIL (Cyrillic: СЗАО ЭНЕРГО-ОИЛ); a.k.a. SZAT ENERGA-OIL (Cyrillic: СЗАТ ЭНЕРГА-ОІЛ)), ul. Rakovskaya, d. 14V (3rd floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В (3 этаж), г. Минск 220004, Belarus); Organization Established Date 24 Oct 2001; Registration Number 800011806 (Belarus) [BELARUS-EO14038].

CJSC IIB CAPITAL (a.k.a. AO MIB KAPITAL; a.k.a. JOINT STOCK COMPANY IIB CAPITAL), ul. Mashi Poryvaevoi d. 11, str. B, floor 1, pomeshch. 15, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Jul 2012; Tax ID No. 7708767021 (Russia); Registration Number 1127746575516 (Russia) [RUSSIA-EO14024] (Linked To: INTERNATIONAL INVESTMENT BANK).

CJSC KAFOLATBANK (a.k.a. KAFOLATBANK), Apartment 4/1, Academics Rajabovs Street, Dushanbe, Tajikistan; SWIFT/BIC KACJTJ22; All offices worldwide [IRAN].

CJSC KREMNY AL GROUP (a.k.a. AKTSIONERNOE OBSHCHESTVO GRUPPA KREMNII EL; a.k.a. AO GRUPPA KREMNY EL; a.k.a. JSC GRUPPA KREMNY EL; a.k.a. KREMNY GROUP), Krasnoarmeyskaya 103, Bryansk 241037, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 3234043140 (Russia); Registration Number 1023202741781 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

CJSC MAGNITOGORSK MILL ROLLS PLANT (a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO MAGNITOGORSKII ZAVOD PROKATNYKH VALKOV; a.k.a. "CJSC MMRP"; a.k.a. "ZAO MZPV"), Ul. Kirova D. 93, Pom. 8, Magnitogorsk 455002, Russia; Ul. Kirova D. 93, ZD. Administrativno Bytovoe Tsekh Izlozhnits, Pom. 8, Magnitogorsk 455000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7445024175 (Russia); Registration Number 1047420504493 (Russia) [RUSSIA-EO14024].

CJSC NNK (a.k.a. CLOSED JOINT-STOCK COMPANY NEW OIL COMPANY; a.k.a. NOVAIA NAFTAVAIA KAMPANIA; a.k.a. ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA NOVAYA NAFTAVAYA KAMPANIYA (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА НОВАЯ НАФТАВАЯ КАМПАНІЯ); a.k.a. ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO NOVAYA NEFTYANAYA KOMPANIYA (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НОВАЯ НЕФТЯНАЯ КОМПАНИЯ); a.k.a. ZAO NNK (Cyrillic: ЗАО ННК); a.k.a. ZAT NNK (Cyrillic: ЗАТ ННК); a.k.a. "NEW OIL COMPANY"), ul. Rakovskaya, d. 14B, kab. 7 (5th floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В, каб. 7 (5 этаж), г. Минск 220004, Belarus); Organization Established Date 23 Mar 2020; Registration Number 193402282 (Belarus) [BELARUS-EO14038].

CJSC NON-STATE PENSION FUND OF SBERBANK (a.k.a. JOINT STOCK COMPANY SBERBANK PRIVATE PENSION FUND; f.k.a. NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA; a.k.a. NPF SBERBANKA ZAO; a.k.a. SBERBANK PPF JSC; a.k.a. SBERBANK PRIVATE PENSION FUND CLOSED JOINT STOCK COMPANY; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA), d. 31 G ul. Shabolovka, Moscow 115162, Russia; Website www.npfsberbanka.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147799009160 (Russia); Tax ID No. 7725352740 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

CJSC NORSI-TRANS (a.k.a. CLOSED JOINT STOCK COMPANY NORSI TRANS (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НОРСИ ТРАНС); a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NORSI TRANS), 12 Bolshaya Novodmitrovskaya Street, Unit 36, Moscow, Moscow Region 127015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Sep 1995; Tax ID No. 7705051215 (Russia); Registration Number 1037700030477 (Russia) [RUSSIA-EO14024].

CJSC NTTS PEREDOVYE SISTEMY (a.k.a. FORWARD SYSTEMS, R AND DC; a.k.a. FORWARD SYSTEMS, R&DC; a.k.a. ZAO NTTS PEREDOVYE SISTEMY (Cyrillic: ЗАО НТЦ ПЕРЕДОВЫЕ СИСТЕМЫ)), 20B Glebovskaya st., Moscow 107258, Russia; ul. Glebovskaya, d. 20B, Moscow 107258, Russia; Website www.forsys.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 May 1997; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7718124608 (Russia); Business Registration Number 1027700530329 (Russia) [RUSSIA-EO14024].

CJSC NVP BOLID (a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO VNEDRENCHESKOE PREDPRIYATIE BOLID), ul. Pionerskaya d. 4, k. 11, pomeshch. 205, Korolev 141070, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5018000402 (Russia); Registration Number 1035003350766 (Russia) [RUSSIA-EO14024].

CJSC OBUKHOVSKOYE (a.k.a. JOINT STOCK COMPANY OBUKHOVSKOYE; a.k.a. OBUHOVSKOE JSC; a.k.a. SC OBUKHOVSKOYE), Tsvetochnaya st., 7, Saint Petersburg, 196084 Russia, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Jan 2002; alt. Organization Established Date 1994; Tax ID No. 7805025258 (Russia); Registration Number 1037811025152 (Russia) [RUSSIA-EO14024].

CJSC PERSPECTIVE TECHNOLOGIES AGENCY (a.k.a. AKTSIONERNOE OBSHCHESTVO UPRAVLENIE PERSPEKTIVNYKH TEKHNOLOGI (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УПРАВЛЕНИЕ ПЕРСПЕКТИВНЫХ ТЕХНОЛОГИЙ); a.k.a. "UPT AO" (Cyrillic: "АО УПТ")), Ul. Samokatnaya, D. 1, Str. 2, Moscow 111033, Russia; Website upt.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Dec 1994; alt. Organization Established Date 03 Sep 2002; Tax ID No. 7723022111 (Russia); Government Gazette Number 13152639 (Russia); Registration Number 1027739143717 (Russia) [RUSSIA-EO14024].

CJSC SBERBANK LEASING (a.k.a. JOINT STOCK COMPANY SBERBANK LEASING; f.k.a. RUSSKO-GERMANSKAYA LIZINGOVAYA KOMPANIYA ZAO; a.k.a. SBERBANK LEASING JSC; a.k.a. SBERBANK LEASING ZAO; a.k.a. SBERBANK LIZING ZAKRYTOE AKTSIONERNOE OBSHCHESTVO), Novoivanovskoe workers settlement, Odintsovo, Moscow Region 143026, Russia; 6 Vorobievskoe shosse, Moscow 119285, Russia; Website www.sberleasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link:

https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027739000728 (Russia); Tax ID No. 7707009586 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

CJSC SLAVNEFTEBANK (a.k.a. CJSC VTB BANK BELARUS; a.k.a. VTB BANK BELARUS; a.k.a. VTB BANK BELARUS CJSC; a.k.a. VTB BANK BELARUS CLOSED JOINT STOCK COMPANY), 14, Moskovskaya Street, Minsk 220007, Belarus; SWIFT/BIC SLANBY22; Website www.vtb-bank.by; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

CJSC SOVMORTRANS (a.k.a. SOVMORTRANS CJSC), Rakhmanovskiy lane, 4, bld. 1, Morskoy House, Moscow 127994, Russia; Email Address smt@sovmortrans.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

CJSC STC MODUL (a.k.a. CLOSED JOINT STOCK COMPANY SCIENTIFIC AND TECHNICAL CENTER MODUL (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНО ОБЩЕСТВО НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР МОДУЛЬ); a.k.a. ZAO NTTS MODUL (Cyrillic: ЗАО НТЦ МОДУЛЬ)), D.3 Ul.4-ya Vosmogo Marta, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Aug 1992; Tax ID No. 7714009178 (Russia); Registration Number 1037739183892 (Russia) [RUSSIA-EO14024].

CJSC TSENTRALNY NII SUDOVOGO MASHINOSTROYENIYA (Cyrillic: ЗАО ЦЕНТРАЛЬНЫЙ НИИ СУДОВОГО МАШИНОСТРОЕНИЯ) (a.k.a. JOINT STOCK COMPANY CENTRAL RESEARCH INSTITUTE OF MARINE ENGINEERING; a.k.a. JSC CENTRAL RESEARCH INSTITUTE OF MARINE ENGINEERING; a.k.a. "TSNII SM"), Ul. Dudko, 3, Saint Petersburg 192029, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Jul 1970; Tax ID No. 7811044146 (Russia); Registration Number 1027806080675 (Russia) [RUSSIA-EO14024].

CJSC VAD (a.k.a. AKTSIONERNOE OBSHCHESTVO VAD; a.k.a. AO, VAD; a.k.a. JOINT STOCK COMPANY VAD; a.k.a. JSC VAD; a.k.a. VAD, AO; a.k.a. ZAO VAD; a.k.a. "HIGH-QUALITY HIGHWAYS"), 133, ul. Chernyshevskogo, Vologda, Vologodskaya Obl 160019, Russia; 122 Grazhdanskiy Prospect, Suite 5, Liter A, St. Petersburg 195267, Russia; Website www.zaovad.com; Email Address office@zaovad.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037804006811 (Russia); Tax ID No. 7802059185 (Russia); Government Gazette Number 34390716 (Russia) [UKRAINE-EO13685].

CJSC VANKORNEFT (a.k.a. VANKORNEFT; a.k.a. ZAO VANKORNEFT), Dobrovolcheskoy Brigady St., 15, Krasnoyarsk Territory 660077, Russia; Ul. 78 Dobrovolcheskoi Brigady D. 15, Pervaya Bashnya, Floor 9, Krasnoyarsk 660077, Russia; Ul. Shadrina A.E. D. 20, Turukhansk 663230, Russia; Email Address info@vankoroil.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2437261631 (Russia); Registration Number 1042400920077 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

CJSC VTB BANK BELARUS (f.k.a. CJSC SLAVNEFTEBANK; a.k.a. VTB BANK BELARUS; a.k.a. VTB BANK BELARUS CJSC; a.k.a. VTB BANK BELARUS CLOSED JOINT STOCK COMPANY), 14, Moskovskaya Street, Minsk 220007, Belarus; SWIFT/BIC SLANBY22; Website www.vtb-bank.by; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

CJSC YALTA-FILM (a.k.a. AKTSIONERNOE OBSCHESTVO 'YALTINSKAYA KINODSTUDIYA'; a.k.a. FILM STUDIO YALTA-FILM; a.k.a. JOINT STOCK COMPANY YALTA FILM STUDIO; a.k.a. JSC YALTA FILM STUDIO; a.k.a. KINOSTUDIYA YALTA-FILM; a.k.a. OAO YALTINSKAYA KINOSTUDIYA; a.k.a. YALTA FILM STUDIO; a.k.a. YALTA FILM STUDIOS), Ulitsa Mukhina, Building 3, Yalta, Crimea 298063, Ukraine; Sevastopolskaya 4, Yalta, Crimea, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 30993572 [UKRAINE-EO13685].

CJSC ZEST (a.k.a. ZEST LEASING), pr. Medikov 5, of. 301, St. Petersburg, Russia; 2 Liter a Pl. Rastrelli, St. Petersburg 191124, Russia; Website http://www.zest-leasing.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027809190507; Government Gazette Number 44323193 [UKRAINE-EO13661].

CK ID CO. LTD, Phnom Penh, Cambodia; Tax ID No. L001-100135641 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

CK INTERNATIONAL LTD, c/o Korea Uljibong Shipping Co., Jongbaek 1-dong, Rakrang-guyok, Pyongyang, Korea, North; Room 9, Unit A, 3rd Floor, Cheong Sun Tower, 116-118, Wing Lok Street, Sheung Wan, Hong Kong; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5980332 [DPRK4].

CLAIRE & CLARTE (a.k.a. CLAIRE AND CLARTE; a.k.a. LIMITED LIABILITY COMPANY KLER END KLARTE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КЛЭР ЭНД КЛАРТЭ)), Office 212, Suite II, Floor 2, Building 1, 3 Dobrolyubova Street, Moscow 127254, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7709467662 (Russia); Registration Number 1157746833705 (Russia) [RUSSIA-EO14024].

CLAIRE AND CLARTE (a.k.a. CLAIRE & CLARTE; a.k.a. LIMITED LIABILITY COMPANY KLER END KLARTE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КЛЭР ЭНД КЛАРТЭ)), Office 212, Suite II, Floor 2, Building 1, 3 Dobrolyubova Street, Moscow 127254, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7709467662 (Russia); Registration Number 1157746833705 (Russia) [RUSSIA-EO14024].

CLAMASAN S.A.S., Calle 8 B 65 191, Of. 519, Medellin, Antioquia, Colombia; La Granja La Primavera, Km. 13 Via Angelopolis-Municipio Amaga, Antioquia, Colombia; Granja Terranova, Via Caracoli-Municipio de San Roque, Antioquia, Colombia; NIT # 811039334-6 (Colombia) [SDNTK].

CLAN DEL GOLFO (a.k.a. BANDA CRIMINAL DE URABA; a.k.a. CLAN USUGA; a.k.a. GULF CLAN; a.k.a. LOS AUTODEFENSAS GAITANISTAS DE COLOMBIA; a.k.a. LOS URABENOS (Latin: LOS URABEÑOS)), Colombia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [SDNTK] [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

CLAN USUGA (a.k.a. BANDA CRIMINAL DE URABA; a.k.a. CLAN DEL GOLFO; a.k.a. GULF CLAN; a.k.a. LOS AUTODEFENSAS GAITANISTAS DE COLOMBIA; a.k.a. LOS URABENOS (Latin: LOS URABEÑOS)), Colombia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [SDNTK] [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

CLANCY, Bernard Patrick, 43 Senorio De Cortes, Estepona, Spain; Dubai, United Arab Emirates; DOB 04 Sep 1977; POB Ireland; citizen Ireland; Gender Male; Passport PS0129975 (Ireland); alt. Passport PG7546744 (Ireland) (individual) [TCO] (Linked To: KINAHAN ORGANIZED CRIME GROUP).

CLARA SHIPPING (a.k.a. CLARA SHIPPING LLC (Arabic: كلارا للشحن ش.ذ.م.م)), P.O. Box 554843, Dubai, United Arab Emirates; Suite 420, Oud Metha Offices, Oud Metha Road, Umm Hurair 2, P.O. Box 80, Dubai, United Arab Emirates; Suite 420, Oud Metha Offices, P.O. Box 93371, Dubai, United Arab Emirates; Website http://www.clarashipping.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 898106 (United Arab Emirates); Economic Register Number (CBLS) 11533152 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

CLARA SHIPPING LLC (Arabic: كلارا للشحن ش.ذ.م.م) (a.k.a. CLARA SHIPPING), P.O. Box 554843, Dubai, United Arab Emirates; Suite 420, Oud Metha Offices, Oud Metha Road, Umm Hurair 2, P.O. Box 80, Dubai, United Arab Emirates; Suite 420, Oud Metha Offices, P.O. Box 93371, Dubai, United Arab Emirates; Website http://www.clarashipping.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 898106 (United Arab Emirates); Economic Register Number (CBLS) 11533152 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

CLAUDIA MERCEDES VARGAS GIRALDO SOCIEDAD POR ACCIONES SIMPLIFICADA (a.k.a. C.M.V. CARNES S.A.S.), Calle 8 B 65 191, Of. 519, Medellin, Antioquia, Colombia; NIT # 900392593-1 (Colombia) [SDNTK].

CLEAR TRADE LINK SL (a.k.a. ADVANCE ELECTRICAL AND INDUSTRIAL TECHNOLOGIES SL; a.k.a. "AEIT"), Passeig Verdauguer, 120, Igualada (Barcelona) 08700, Spain; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

CLEOPATRA'S (a.k.a. J & E S. DE R.L. DE C.V.), 2 Nivel, Mall Galerias del Valle, San Pedro Sula, Cortes, Honduras; Mall Megaplaza, La Ceiba, Cortes, Honduras; Santa Rosa de Copan, Copan, Honduras [SDNTK].

CLF GLOBAL LIMITED (Chinese Traditional: 倬睿國際有限公司), 1906, 19th Floor, W212, No. 212 Texaco Road, Tsuen Wan, New

Territories, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Company Number 2256774 (Hong Kong); Business Registration Number 64951556 (Hong Kong) [RUSSIA-EO14024].

CLIFTON TRADING LIMITED, Unit 04-05, 16th Floor, The Broadway, No. 54-62 Lockhart Road, Wanchai, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Apr 2018; Company Number 2681997 (Hong Kong); Business Registration Number 69231917 (Hong Kong) [NPWMD] [IFSR] (Linked To: CONTROL AFZAR TABRIZ CO LTD).

CLIO MANAGEMENT CORP., Panama; Folio Mercantil No. 724213 (Panama) [VENEZUELA-EO13850] (Linked To: PULIDO VARGAS, Alvaro Enrique).

CLOSED JOINT STOCK COMPANY ABSOLUTBANK (a.k.a. ABSOLUTBANK; a.k.a. CJSC ABSOLUTBANK; a.k.a. ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ABSALYUTBANK (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АБСАЛЮТБАНК); a.k.a. ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ABSOLYUTBANK (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО АБСОЛЮТБАНК); a.k.a. ZAO ABSOLYUTBANK (Cyrillic: ЗАО АБСОЛЮТБАНК); a.k.a. ZAT ABSALYUTBANK (Cyrillic: ЗАТ АБСАЛЮТБАНК)), 95 Nezavisimosti ave, Minsk 220023, Belarus; SWIFT/BIC ABLTBY22; Website www.absolutbank.by; Organization Established Date 30 Mar 2000; Target Type Financial Institution; Registration Number 100331707 (Belarus) [BELARUS-EO14038].

CLOSED JOINT STOCK COMPANY AKUTA (Cyrillic: ЗАКРЫТОЕ АКЦОНЕРНОЕ ОБЩЕСТВО АКУТА) (a.k.a. CJSC AKUTA; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO AKUTA; a.k.a. ZAO AKUTA (Cyrillic: ЗАО АКУТА); a.k.a. "ACUTA" (Cyrillic: "АКУТА")), Ul. Pionerskaya D. 44, Saint Petersburg 197110, Russia; Website www.acuta.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Sep 2008; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7813426574 (Russia); Registration Number 1089847377586 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY COMMERCIAL BANK 'INDUSTRIAL SAVINGS BANK' (a.k.a. AKTSIONERNOE OBSHCHESTVO KOMMERCHESKI BANK INDUSTRIALNY SBEREGATELNY BANK; a.k.a. IS BANK, AO; a.k.a. JOINT-STOCK COMPANY COMMERCIAL BANK 'INDUSTRIAL SAVINGS BANK'; a.k.a. JSC CB 'IS BANK'), Eldoradovsky per 7, Moscow 125167, Russia; 29/UL, prospect Kirova, Simferopol, Crimea 295011, Ukraine; Building 160, Office 104, Kievskaya Street, Simferopol, Crimea 295493, Ukraine; Building 25, Lenin Street, Kerch, Crimea 298300, Ukraine; SWIFT/BIC RISBRUMM; BIK (RU) 044525349; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027739339715 (Russia); Tax ID No. 7744001673 (Russia); Government Gazette Number 40199908 (Russia) [UKRAINE-EO13685].

CLOSED JOINT STOCK COMPANY COMMERCIAL BANK LANTA BANK (a.k.a. JOINT STOCK COMPANY COMMERCIAL BANK LANTA BANK), 9 Novokuznetskaya Street, building 2, Moscow 115184, Russia; SWIFT/BIC COLKRUMM; Website http://www.lanta.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jun 1992; Target Type Financial Institution; Tax ID No. 7705260427 (Russia); Legal Entity Number 2534001F52UDT7V2KR58; Registration Number 1037739042912 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY COMPANY SCAN (a.k.a. JOINT STOCK COMPANY COMPANY SCAN; a.k.a. "JSC COMPANY SCAN"), Ul. Druzhby D.10B, Moscow 119330, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Apr 2010; Tax ID No. 7729652960 (Russia); Government Gazette Number 65369101 (Russia); Registration Number 1107746244330 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY DESIGN BUREAU FARVATER (a.k.a. AKTSIONERNOE OBSHCHESTVO KONSTRUKTORSKOE BYURO FARVATER; a.k.a. AO KB FARVATER; a.k.a. DESIGN CENTER FARVATER JSC; a.k.a. JOINT STOCK COMPANY DESIGN COMPANY DESIGN CENTER FARVATER), Nansena St., 154B, Rostov-on-Don 344010,

Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6163106808 (Russia); Registration Number 1116195002307 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY ENERGO-OIL (a.k.a. CJSC ENERGO-OIL; f.k.a. CLOSED JOINT-STOCK COMPANY TRAYPLENERGO (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАЙПЛЭНЕРГО); a.k.a. ENERGOOIL; a.k.a. ENERGO-OIL (Cyrillic: ЭНЕРГО-ОИЛ); a.k.a. SOVMESTNOYE ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ENERGO-OIL (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЭНЕРГО-ОИЛ); a.k.a. SUMESNAYE ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ENERGA-OIL (Cyrillic: СУМЕСНАЕ ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ЭНЕРГА-ОІЛ); a.k.a. SZAO ENERGO-OIL (Cyrillic: СЗАО ЭНЕРГО-ОИЛ); a.k.a. SZAT ENERGA-OIL (Cyrillic: СЗАТ ЭНЕРГА-ОІЛ)), ul. Rakovskaya, d. 14V (3rd floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В (3 этаж), г. Минск 220004, Belarus); Organization Established Date 24 Oct 2001; Registration Number 800011806 (Belarus) [BELARUS-EO14038].

CLOSED JOINT STOCK COMPANY ERASIB (a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO ERASIB), Sibiryakov-Gvardeitsev, 51/3 2 Floor, Novosibirsk 630088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5404113697 (Russia); Registration Number 1025401484778 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY GENBANK (a.k.a. AKTSIONERNOE OBSHCHESTVO GENBANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГЕНБАНК); a.k.a. GENBANK, AO (Cyrillic: ГЕНБАНК, АО); a.k.a. JOINT STOCK COMPANY GENBANK; a.k.a. JSC GENBANK), Ozerkovskaya Naberezhnaya 12, Moscow 115184, Russia; Ulitsa Sevastopolskaya 13, Simferopol 295011, Ukraine; SWIFT/BIC GEOORUMM; Website www.genbank.ru; Email Address info@genbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1137711000074 (Russia) [UKRAINE-EO13685].

CLOSED JOINT STOCK COMPANY GUBAKHINSKI KOKS (a.k.a. OPEN JOINT STOCK COMPANY GUBAKHINSKIY KOKS (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ

ОБЩЕСТВО ГУБАХИНСКИЙ КОКС)), 1 ul. Torgovaya, Gubakha 618250, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5913004822 (Russia); Registration Number 1025901777747 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY 'IFD KAPITAL' (a.k.a. IFD KAPITAL; a.k.a. IFD KAPITAL GROUP; a.k.a. IFD-CAPITAL; a.k.a. IFDK, ZAO; a.k.a. IFD-KAPITAL; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO 'IFD KAPITAL'; f.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO IFD KARITAL), 6 naberezhnaya, Krasnopresnenskaya, Moscow 123100, Russia; Website www.ifdk.com; Email Address info@ifdk.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027703007452 (Russia); Tax ID No. 7703354743 (Russia); Government Gazette Number 59109241 (Russia) [UKRAINE-EO13685].

CLOSED JOINT STOCK COMPANY INDUSTRIAL TECHNOLOGIES (a.k.a. AKTSIONERNOE OBSHCHESTVO PROMYSHLENNYE TEKHNOLOGII; a.k.a. AO PROMTEKH), Pr-Kt Nauki D. 14, K. 5, Pomeshch. 7, Dubna 141984, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5024101198 (Russia); Registration Number 1085024625510 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY KLIMOVSKIY SPECIALIZED AMMUNITION PLANT (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КЛИМОВСКИЙ СПЕЦИАЛИЗИРОВАННЫЙ ПАТРОННЫЙ ЗАВОД) (a.k.a. KLIMOVSK SPECIALIZED AMMUNITION PLANT JSC KSAP; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO KLIMOVSKI SPETSIALIZIROVANNY PATRONNY ZAVOD), Ul. R.Lyuksemburg 18A, Tarusa 249100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5021011845 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY LOMO LAZER (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЛОМО ЛАЗЕР), Ul. Chugunnaya, d. 20 Litera N., Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Aug 1993; Tax ID No. 7804003942 (Russia); Registration Number 1027802508876 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY LOMO).

CLOSED JOINT STOCK COMPANY MEKAMINEFT (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МЕКАМИНЕФТЬ) (a.k.a. SP MEKAMINEFT AO), d. 31 k. 18, ul. Zapadnaya, Megion 628684, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8620006279 (Russia); Registration Number 1028601866941 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY MOSINTERM (a.k.a. ATOMSPETSPROJECT JOINT STOCK COMPANY), Ul. Svyazistov D. 9, Krasnoznamensk 143090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5006008848 (Russia); Registration Number 1035001500137 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY NORSI TRANS (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НОРСИ ТРАНС) (a.k.a. CJSC NORSI-TRANS; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NORSI TRANS), 12 Bolshaya Novodmitrovskaya Street, Unit 36, Moscow, Moscow Region 127015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Sep 1995; Tax ID No. 7705051215 (Russia); Registration Number 1037700030477 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY ORDER OF THE RED BANNER OF LABOR AND FRIENDSHIP OF PEOPLES PERVOURALSKIY SILICA PLANT NAMED AFTER EFIMA MOISEYEVICHA GRISHPUNA (Cyrillic: НЕПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ОРДЕНОВ ТРУДОВОГО КРАСНОГО ЗНАМЕНИ И ДРУЖБЫ НАРОДОВ ПЕРВОУРАЛЬСКИЙ ДИНАСОВЫЙ ЗАВОД ИМЕНИ ЕФИМА МОИСЕЕВИЧА ГРИШПУНА) (a.k.a. JSC DINUR (Cyrillic: АО ДИНУР)), D. 1 ul. Ilicha, Pervouralsk 623013, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6625004698 (Russia); Registration Number 1026601501563 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY PROMTEH SERVIS (a.k.a. JOINT STOCK COMPANY PROMTECH SERVICE), Ul. Programmistov D. 4, Dubna 141983, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5006013990 (Russia); Registration Number 1105015000496 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY PROMTEHKOMPLEKT (a.k.a. AO PROMTEKHKOMPLEKT; a.k.a. PROMTECHCOMPLEKT JSC), 69 Km Mkad, Business Park Grinvud Str. 9, Putilkovo 143441, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032030550 (Russia); Registration Number 1035006458772 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY RENO RUSSIA (a.k.a. JOINT STOCK COMPANY MOSCOW AUTOMOTIVE FACTORY MOSKVICH; a.k.a. JSC MAF MOSKVICH; a.k.a. MOSCOW AUTOMOBILE PLANT MOSKVICH AO), Pr-Kt Volgogradskii D. 42, K. 36, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Aug 1998; Tax ID No. 7709259743 (Russia); Government Gazette Number 18609799 (Russia); Registration Number 1027739178202 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY RNT (a.k.a. AKTSIONEROE OBSHCHESTVO RNT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РНТ); a.k.a. AO RUSSIAN HIGH TECHNOLOGIES (Cyrillic: АО РОССИЙСКИЕ НАУКОЕМКИЕ ТЕХНОЛОГИИ); a.k.a. "AO RNT" (Cyrillic: "АО РНТ"); a.k.a. "CJSC RNT"; a.k.a. "RNT COMPANY"; a.k.a. "ZAO RNT"), 6, ul. 2-Ya Ostankinskaya, Moscow 129515, Russia; Website www.rnt.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jun 1993; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7720010693 (Russia); Government Gazette Number 17917145 (Russia); Registration Number 1027700248256 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY RSK TECHNOLOGIES (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО РСК ТЕХНОЛОГИИ) (a.k.a. RSC GROUP; a.k.a. RSK GROUP OF COMPANIES; a.k.a. ZAO RSK TEKHNOLOGII), 36 Kutuzovskiy Avenue, Building 23, Moscow, Moscow Region 121170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730635550 (Russia); Registration Number 1107746991087 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY SCAN (a.k.a. JOINT STOCK COMPANY SCAN; a.k.a. "JSC SCAN"), Ul. Druzhby D.10 B, Moscow 119330, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Apr 2007; Tax ID No. 7729571904 (Russia); Government Gazette Number 80712625 (Russia); Registration Number 5077746460380 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY SCIENTIFIC AND TECHNICAL CENTER MODUL (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНО ОБЩЕСТВО НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР МОДУЛЬ) (a.k.a. CJSC STC MODUL; a.k.a. ZAO NTTS MODUL (Cyrillic: ЗАО НТЦ МОДУЛЬ)), D.3 Ul.4-ya Vosmogo Marta, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Aug 1992; Tax ID No. 7714009178 (Russia); Registration Number 1037739183892 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY SMM (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СММ), 1/64, Pereulok Grivtsova, Saint Petersburg 190000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Jun 2002; Tax ID No. 7826136294 (Russia); Registration Number 1027810299505 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY SPECIAL CONSTRUCTION BUREAU (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СПЕЦИАЛЬНОЕ КОНСТРУКТОРСКОЕ БЮРО) (a.k.a. SKB AO; a.k.a. SKB ZAO; a.k.a. SPETSIALNOE KONSTRUKTORSKOE BYURO ZAO), 35 1905 Goda Street, Building 2404, Office 318, Perm, Perm Territory 614014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jun 1996; Tax ID No. 5906034720 (Russia); Registration Number 1025901364026 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY SPECIAL TRANSPORTATION SERVICES (a.k.a. "STS COMPANY"), Ul. Gilyarovskogo D. 40, Moscow 129110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706129200 (Russia); Registration Number 1027739002873 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY SUPERCONDUCTING NANOTECHNOLOGY (a.k.a. LIMITED LIABILITY COMPANY SUPERCONDUCTING NANOTECHNOLOGY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SVERKHPROVODNIKOVYE NANOTEKHNOLOGII; a.k.a. SCONTEL; a.k.a. SKONTEL AO; a.k.a. SKONTEL OOO), 5 str. 1 etazh 4 pom. I kom. 14, ul. Lva Tolstogo, Moscow 119021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Jan 2005; Tax ID No. 7704445168 (Russia); Government Gazette Number 19634279 (Russia); Registration Number 5177746003815 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY SURGUTNEFTEGASBANK (a.k.a. JOINT STOCK COMPANY SURGUTNEFTEGASBANK; a.k.a. JSC BANK SNGB; a.k.a. SNGB AO; a.k.a. ZAO SNGB), 19 Kukuyevitskogo Street, Surgut 628400, Russia; Website www.sngb.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1028600001792 (Russia); Tax ID No. 8602190258 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

CLOSED JOINT STOCK COMPANY TECHNOLOGICAL COSMONAUTIKA PARK LINKOS (a.k.a. CLOSED JOINT STOCK COMPANY TECHNOLOGICAL PARK OF COSMONAUTICS LINKOS; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO TEKHNOLOGICHESKII PARK KOSMONAVTIKI LINKOS), Dorozhnaya Ul D 5, Shcherbinka 142172, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733061279 (Russia); Registration Number 1027739037886 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY TECHNOLOGICAL PARK OF COSMONAUTICS LINKOS (a.k.a. CLOSED JOINT STOCK COMPANY TECHNOLOGICAL COSMONAUTIKA PARK LINKOS; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO TEKHNOLOGICHESKII PARK KOSMONAVTIKI LINKOS), Dorozhnaya Ul D 5, Shcherbinka 142172, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733061279 (Russia); Registration Number 1027739037886 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY TEKHKRIM (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТЕХКРИМ) (a.k.a. TECHCRIM JOINT STOCK COMPANY), ul. Golyanski Poselok d. 8, Izhevsk 426063, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jun 1997; Tax ID No. 1835013146 (Russia); Registration Number 1021801665896 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY TESTRON ASSOCIATION, Pr-kt Lyubotinskii D. 8a, Saint Petersburg 196084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802166998 (Russia); Registration Number 1027801525784 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY TOP SYSTEMS (a.k.a. TOP SYSTEMS LTD.; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO TOP SISTEMY; a.k.a. ZAO TOP SISTEMY), Ul. Kirovogradskaya D.5, Kv.35, Moscow 117587, Russia; 1 Timiryazevskaya St., Moscow 127422, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726057955 (Russia); Registration Number 1037700101163 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY VOLOGDA BEARING PLANT, Sh. Okruzhnoe D. 13, Vologda 160028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3525027150 (Russia); Registration Number 1023500880369 (Russia) [RUSSIA-EO14024].

CLOSED JOINT-STOCK COMPANY NEW OIL COMPANY (a.k.a. CJSC NNK; a.k.a. NOVAIA NAFTAVAIA KAMPANIA; a.k.a. ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA NOVAYA NAFTAVAYA KAMPANIYA (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА НОВАЯ НАФТАВАЯ КАМПАНІЯ); a.k.a. ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO NOVAYA NEFTYANAYA KOMPANIYA (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НОВАЯ НЕФТЯНАЯ КОМПАНИЯ); a.k.a. ZAO NNK (Cyrillic: ЗАО ННК); a.k.a. ZAT NNK (Cyrillic: ЗАТ ННК); a.k.a. "NEW OIL COMPANY"), ul.

Rakovskaya, d. 14B, kab. 7 (5th floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В, каб. 7 (5 этаж), г. Минск 220004, Belarus); Organization Established Date 23 Mar 2020; Registration Number 193402282 (Belarus) [BELARUS-EO14038].

CLOSED JOINT-STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE TOPAZ (a.k.a. AO NPP TOPAZ; a.k.a. JOINT-STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE TOPAZ), 16k34 3 Mytishchinskaya Str., Moscow 129626, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jul 1997; Tax ID No. 5008011331 (Russia); Registration Number 1035001851125 (Russia) [RUSSIA-EO14024].

CLOSED JOINT-STOCK COMPANY TRAYPLENERGO (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАЙПЛЭНЕРГО) (a.k.a. CJSC ENERGO-OIL; a.k.a. CLOSED JOINT STOCK COMPANY ENERGO-OIL; a.k.a. ENERGOOIL; a.k.a. ENERGO-OIL (Cyrillic: ЭНЕРГО-ОИЛ); a.k.a. SOVMESTNOYE ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ENERGO-OIL (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЭНЕРГО-ОИЛ); a.k.a. SUMESNAYE ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ENERGA-OIL (Cyrillic: СУМЕСНАЕ ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ЭНЕРГА-ОІЛ); a.k.a. SZAO ENERGO-OIL (Cyrillic: СЗАО ЭНЕРГО-ОИЛ); a.k.a. SZAT ENERGA-OIL (Cyrillic: СЗАТ ЭНЕРГА-ОІЛ)), ul. Rakovskaya, d. 14V (3rd floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В (3 этаж), г. Минск 220004, Belarus); Organization Established Date 24 Oct 2001; Registration Number 800011806 (Belarus) [BELARUS-EO14038].

CLOUD COMPUTING INTERNATIONAL HONG KONG LIMITED (a.k.a. PORTEX TRADE FZE; a.k.a. PORTEX TRADE LIMITED), Room 1502 Easey Coml Bldg, Wan Chai, Hong Kong, China; Organization Established Date 17 May 2011; Company Number 1602116 (Hong Kong); Business Registration Number 58369682 (Hong Kong) [SUDAN-EO14098] (Linked To: ABDALLA, Ahmed).

CLOUD ELEMENT COMPANY LIMITED, Kowloon, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Jan 2021; Company Number 3014512 (Hong

Kong); Business Registration Number 72602997 (Hong Kong) [NPWMD] [IFSR] (Linked To: ELECTRO OPTIC SAIRAN INDUSTRIES CO.).

CLOUD SOLUTIONS LLC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОБЛАЧНЫЕ РЕШЕНИЯ), zd. 3, k. 1 kab, N13, ul. Mirnaya, Samara 443035, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 23 Jul 2024; Tax ID No. 6312219617 (Russia); Business Registration Number 1246300020064 (Russia) [CAATSA - RUSSIA] [CYBER4] (Linked To: AEZA GROUP LLC).

CLOUD XERO MANAGEMENT PTE. LTD., Singapore; Identification Number 202129704C (Singapore) [TCO] (Linked To: CHEN, Xiuling).

CLOUDRUN LIMITED LIABILITY COMPANY (a.k.a. CLOUDRUN LLC; a.k.a. LIMITED LIABILITY COMPANY KLAUDRAN), d. 28 litera D ofis 33Zh, Prospekt Polyustrovski, Saint Petersburg 195197, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Aug 2021; Tax ID No. 7804685734 (Russia); Business Registration Number 1217800124508 (Russia) [RUSSIA-EO14024].

CLOUDRUN LLC (a.k.a. CLOUDRUN LIMITED LIABILITY COMPANY; a.k.a. LIMITED LIABILITY COMPANY KLAUDRAN), d. 28 litera D ofis 33Zh, Prospekt Polyustrovski, Saint Petersburg 195197, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Aug 2021; Tax ID No. 7804685734 (Russia); Business Registration Number 1217800124508 (Russia) [RUSSIA-EO14024].

CLUB DEPORTIVO AUTLAN (a.k.a. CLUB DEPORTIVO MORUMBI; a.k.a. CLUB DEPORTIVO MORUMBI, A.C.; a.k.a. CLUB DEPORTIVO MORUMBI, ASOCIACION CIVIL; a.k.a. GUERREROS DE AUTLAN; a.k.a. PROMOTORA CULTURAL Y DEPORTIVA MORUMBI; a.k.a. "MORUMBI"), Zapopan, Jalisco, Mexico; Av. Del Bajio S/N, Col. El Bajio, Zapopan, Jalisco, Mexico; Folio Mercantil No. 4123 (Jalisco) (Mexico) [SDNTK].

CLUB DEPORTIVO DE FORMACION AL FUTBOL GMX, S.DE R.L. DE C.V., Bahia de Banderas, Nayarit, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 17 Nov 2023; Organization Type: Activities of sports clubs;

Folio Mercantil No. N-2024010467 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: JIMENEZ TAPIA, Oscar Enrique).

CLUB DEPORTIVO MORUMBI (a.k.a. CLUB DEPORTIVO AUTLAN; a.k.a. CLUB DEPORTIVO MORUMBI, A.C.; a.k.a. CLUB DEPORTIVO MORUMBI, ASOCIACION CIVIL; a.k.a. GUERREROS DE AUTLAN; a.k.a. PROMOTORA CULTURAL Y DEPORTIVA MORUMBI; a.k.a. "MORUMBI"), Zapopan, Jalisco, Mexico; Av. Del Bajio S/N, Col. El Bajio, Zapopan, Jalisco, Mexico; Folio Mercantil No. 4123 (Jalisco) (Mexico) [SDNTK].

CLUB DEPORTIVO MORUMBI, A.C. (a.k.a. CLUB DEPORTIVO AUTLAN; a.k.a. CLUB DEPORTIVO MORUMBI; a.k.a. CLUB DEPORTIVO MORUMBI, ASOCIACION CIVIL; a.k.a. GUERREROS DE AUTLAN; a.k.a. PROMOTORA CULTURAL Y DEPORTIVA MORUMBI; a.k.a. "MORUMBI"), Zapopan, Jalisco, Mexico; Av. Del Bajio S/N, Col. El Bajio, Zapopan, Jalisco, Mexico; Folio Mercantil No. 4123 (Jalisco) (Mexico) [SDNTK].

CLUB DEPORTIVO MORUMBI, ASOCIACION CIVIL (a.k.a. CLUB DEPORTIVO AUTLAN; a.k.a. CLUB DEPORTIVO MORUMBI; a.k.a. CLUB DEPORTIVO MORUMBI, A.C.; a.k.a. GUERREROS DE AUTLAN; a.k.a. PROMOTORA CULTURAL Y DEPORTIVA MORUMBI; a.k.a. "MORUMBI"), Zapopan, Jalisco, Mexico; Av. Del Bajio S/N, Col. El Bajio, Zapopan, Jalisco, Mexico; Folio Mercantil No. 4123 (Jalisco) (Mexico) [SDNTK].

CLUB DEPORTIVO OJOS NEGROS A.C., Conocido Poblado de Ojos Negros, Baja California, Mexico; R.F.C. CDO-980604-4V7 (Mexico) [SDNTK].

CLUB INDIOS ROJOS DE JUAREZ, S.A. DE C.V., Ciudad Juarez, Chihuahua, Mexico; Organization Established Date 05 Apr 2005; Folio Mercantil No. 21708 (Mexico) [SDNTK] (Linked To: MARRUFO CABRERA, Miguel Raymundo).

CLUB PLAYA REAL, S.A. DE C.V., Mazatlan, Sinaloa, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Aug 2000; Organization Type: Tour operator activities; Folio Mercantil No. 13435 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: NUNEZ RIOS, Jose Raul).

CNCFORM GRUP MAKINA METAL INSAAT HIRDAYAT GIDA NAKLIYE OTOMOTIV ITHALAT IHRACAT SANAYI VE TICARET

LIMITED SIRKETI, Ivedikosb Mah. 1448 Cad. No: 20 Yenimahalle, Ankara, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 480676 (Turkey) [RUSSIA-EO14024].

CNIIHM (Cyrillic: ЦНИИХМ) (a.k.a. FGUP CNIIXM (Cyrillic: ФГУП ЦНИИХМ); a.k.a. FGUP TSNIIKHM; a.k.a. GNTS RF FGUP TSNIIKHM; a.k.a. STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION FGUP CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND MECHANICS; f.k.a. TSENTRALNY NAUCHNO-ISSLEDOVATELSKI INSTITUT KHIMII I MEKHANIKI, FGUP; a.k.a. TSNIIKHM, FGUP), 16A ul. Nagatinskaya, Moscow, Russia; Website http://cniihm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7724073013 (Russia); Government Gazette Number 07521506 (Russia); Registration Number 1037739097582 (Russia) [CAATSA-RUSSIA].

CNRG MANAGEMENT (a.k.a. CASPIAN ENERGY MANAGEMENT LIMITED LIABILITY COMPANY; a.k.a. CASPIAN ENERGY PROJECTS LIMITED LIABILITY COMPANY; f.k.a. CNRG PROJECTS; f.k.a. CRN GROUP; a.k.a. LIMITED LIABILITY COMPANY KASPIYSKAYA ENERGIYA ADMINISTRATION OFFICE; a.k.a. "CNRG"), 60, Admiral Nakhimov St., Astrakhan 414018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Feb 2011; Tax ID No. 3017065795 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

CNRG PROJECTS (a.k.a. CASPIAN ENERGY MANAGEMENT LIMITED LIABILITY COMPANY; a.k.a. CASPIAN ENERGY PROJECTS LIMITED LIABILITY COMPANY; a.k.a. CNRG MANAGEMENT; f.k.a. CRN GROUP; a.k.a. LIMITED LIABILITY COMPANY KASPIYSKAYA ENERGIYA ADMINISTRATION OFFICE; a.k.a. "CNRG"), 60, Admiral Nakhimov St., Astrakhan 414018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Feb 2011; Tax ID No. 3017065795 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

CO LTD KOMAX (a.k.a. COMPANY LIMITED KOMAX), Ul. Smolnaya D. 14, Pomeshch. 1, Kom 1322, Moscow 125493, Russia; Klyazyma quarter, 1B, industrial park Sheremetyevo, Khimki 141400, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743022247 (Russia); Registration Number 1147748140891 (Russia) [RUSSIA-EO14024].

COAL COMPANY MAIRYKHSKY OPEN PIT MINE LTD (a.k.a. LIMITED LIABILITY COMPANY UGOLNAYA KOMPANIYA RAZREZ MAYRYKHSKIY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УГОЛЬНАЯ КОМПАНИЯ РАЗРЕЗ МАЙРЫХСКИЙ); a.k.a. RAZREZ MAYRYKHSKY COAL COMPANY LLC), Altayskiy District 655682, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1901116203 (Russia); Registration Number 1131901005510 (Russia) [RUSSIA-EO14024].

COAL TAR REFINING CO. (Arabic: شرکت پالایش قطران ذغال سنگ) (a.k.a. COAL TAR REFINING COMPANY; a.k.a. COKE WASTE WATER REFINING CO.; a.k.a. "C.T.R."; a.k.a. "COAL TAR COMPANY" (Arabic: " پالایش قطران زغالسنگ")), No. 106, Mohtasham Kashani Ave., Esfahan, Iran; No. 343, Zafar St., Vali-e-Asr Ave., Tehran, Iran; Valiasr St., corner of Zafer St., No. 343, Tehran, Iran; Website http://ctr-co.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10260328063 (Iran); Registration Number 387 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

COAL TAR REFINING COMPANY (a.k.a. COAL TAR REFINING CO. (Arabic: شرکت پالایش قطران ذغال سنگ); a.k.a. COKE WASTE WATER REFINING CO.; a.k.a. "C.T.R."; a.k.a. "COAL TAR COMPANY" (Arabic: " پالایش قطران زغالسنگ")), No. 106, Mohtasham Kashani Ave., Esfahan, Iran; No. 343, Zafar St., Vali-e-Asr Ave., Tehran, Iran; Valiasr St., corner of Zafer St., No. 343, Tehran, Iran; Website http://ctr-co.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10260328063 (Iran); Registration Number 387 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

COAL TECHNOLOGIES (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU "UGOLNYE TEKHNOLOGII"; a.k.a. UGOLNYE TEKHNOLOGII, OOO), d. 25 ofis 13, 14, per. Avtomobilny, Rostov-on-Don, Rostovskaya Oblast 344038, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1146164002621 [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC; Linked To: LUHANSK PEOPLE'S REPUBLIC).

COALITION DES PATRIOTES RESISTANTS CONGOLAIS-FORCE DE FRAPPE (a.k.a. COALITION OF CONGOLESE PATRIOTIC RESISTANCE-FORCE DE FRAPPE; a.k.a. "PARECO"; a.k.a. "PARECO-FF"), Masisi Territory, North Kivu, Congo, Democratic Republic of the; Organization Established Date 23 Nov 2022; alt. Organization Established Date 2006; Target Type Armed Group [DRCONGO].

COALITION OF CONGOLESE PATRIOTIC RESISTANCE-FORCE DE FRAPPE (a.k.a. COALITION DES PATRIOTES RESISTANTS CONGOLAIS-FORCE DE FRAPPE; a.k.a. "PARECO"; a.k.a. "PARECO-FF"), Masisi Territory, North Kivu, Congo, Democratic Republic of the; Organization Established Date 23 Nov 2022; alt. Organization Established Date 2006; Target Type Armed Group [DRCONGO].

COALITION OF GOOD (a.k.a. 101 DAYS CAMPAIGN; a.k.a. CHARITY COALITION; a.k.a. ETELAF AL-KHAIR; a.k.a. ETILAFU EL-KHAIR; a.k.a. I'TILAF AL-KHAIR; a.k.a. I'TILAF AL-KHAYR; a.k.a. UNION OF GOOD), P.O. Box 136301, Jeddah 21313, Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

COAST REFINERY COMPANY (Arabic: شرکة مصافة الساحل) (a.k.a. AL-SAHEL REFINERY COMPANY; a.k.a. COASTAL REFINERY COMPANY PRIVATE JSC), Tartous, Syria; Organization Established Date 09 Feb 2020; Organization Type: Manufacture of refined petroleum products [PAARSSR-EO13894].

COASTAL REFINERY COMPANY PRIVATE JSC (a.k.a. AL-SAHEL REFINERY COMPANY; a.k.a. COAST REFINERY COMPANY (Arabic: شرکة مصافة الساحل)), Tartous, Syria; Organization Established Date 09 Feb 2020; Organization Type: Manufacture of refined petroleum products [PAARSSR-EO13894].

COBALT REFINERY CO. INC., Saskatchewan, AB, Canada [CUBA].

COBER FZCO DMCC (Arabic: کوبر ش.م.ح م.د.م.س), Unit No: 1602 SABA 1 Plot No: JLY-PH1-E3A Jumeirah Lakes Towers, Dubai, United Arab Emirates; Unit No: 804B Mazaya Business Avenue AA1 Plot No: JLTE-PH2-

AA1, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Organization Established Date 21 Aug 2023; alt. Organization Established Date 16 Nov 2023; License DMCC-897642 (United Arab Emirates); alt. License DMCC-907831 (United Arab Emirates); Economic Register Number (CBLS) 12155800 (United Arab Emirates); alt. Economic Register Number (CBLS) 12233773 (United Arab Emirates) [IRAN-EO13902] (Linked To: NEST WISE PETROLEUM L.L.C.).

COBO LEDESMA, Juan Carlos (a.k.a. COBO LEDEZMA, Juan Carlos), c/o GRUPO CRISTAL CORONA S.A. DE C.V., Mexico City, Distrito Federal, Mexico; Calle de Lomas Anahuac No. 147, Colonia Lomas Anahuac, Delegacion Huixquilucan, Mexico, Mexico; Avenida Hacienda del Ciervo No. 15, Edificio Palma Blanca, Depto. 1203, Fraccionamiento Hacienda Las Palmas, Huixquilucan, Mexico, Mexico; Cali, Valle del Cauca, Colombia; DOB 08 Jun 1967; POB Cali, Valle del Cauca, Colombia; nationality Colombia; citizen Colombia; Cedula No. 16745922 (Colombia); Driver's License No. NO4435810 (Mexico) (individual) [SDNTK].

COBO LEDESMA, Juan Carlos (a.k.a. COBO LEDEZMA, Juan Carlos), c/o GRUPO CRISTAL CORONA S.A. DE C.V., Mexico City, Distrito Federal, Mexico; Calle de Lomas Anahuac No. 147, Colonia Lomas Anahuac, Delegacion Huixquilucan, Mexico, Mexico; Avenida Hacienda del Ciervo No. 15, Edificio Palma Blanca, Depto. 1203, Fraccionamiento Hacienda Las Palmas, Huixquilucan, Mexico, Mexico; Cali, Valle del Cauca, Colombia; DOB 08 Jun 1967; POB Cali, Valle del Cauca, Colombia; nationality Colombia; citizen Colombia; Cedula No. 16745922 (Colombia); Driver's License No. NO4435810 (Mexico) (individual) [SDNTK].

COCHAN ANGOLA (a.k.a. COCHAN GROUP; a.k.a. COCHAN S.A.; a.k.a. GRUPO COCHAN; a.k.a. "COCHAN"), Av. 1 Congresso Do Mpla, Edificio CIF 17 Andar, Luanda, Angola; Organization Established Date 06 May 2009; Registration Number 1001537110 (Angola) [GLOMAG] (Linked To: FRAGOSO DO NASCIMENTO, Leopoldino).

COCHAN GROUP (a.k.a. COCHAN ANGOLA; a.k.a. COCHAN S.A.; a.k.a. GRUPO COCHAN; a.k.a. "COCHAN"), Av. 1 Congresso Do Mpla, Edificio CIF 17 Andar, Luanda, Angola; Organization Established Date 06 May 2009; Registration Number 1001537110 (Angola)

[GLOMAG] (Linked To: FRAGOSO DO NASCIMENTO, Leopoldino).

COCHAN HOLDINGS LLC, Marshall Islands; Organization Established Date 23 Jul 2010; Enterprise Number 961733 (Marshall Islands) [GLOMAG] (Linked To: FRAGOSO DO NASCIMENTO, Leopoldino).

COCHAN S.A. (a.k.a. COCHAN ANGOLA; a.k.a. COCHAN GROUP; a.k.a. GRUPO COCHAN; a.k.a. "COCHAN"), Av. 1 Congresso Do Mpla, Edificio CIF 17 Andar, Luanda, Angola; Organization Established Date 06 May 2009; Registration Number 1001537110 (Angola) [GLOMAG] (Linked To: FRAGOSO DO NASCIMENTO, Leopoldino).

COCINA ANTIGUA, S. DE R.L. DE C.V. (a.k.a. HACIENDA CIEN ANOS DE TIJUANA, S. DE R.L. DE C.V.; a.k.a. LA HACIENDA DE TIJUANA, S. DE R.L. DE C.V.), Blvd. Sanchez Taboada S/N, No. 10451, Zona Rio, Fte. de Saverios e Arreola y cion accesso, Tijuana, Baja California, Mexico; Calle Jose Maria Velazco No. 1407, Colonia Zona Rio, Baja California, Mexico; Sanchez Taboada 10451, Rio Tijuana, Arreola y Cjon de Acceso Frente a Saveri, Tijuana, Baja California, Mexico; R.F.C. HTI010702GR7 (Mexico); alt. R.F.C. CAN010702DF8 (Mexico) [SDNTK].

COCINA DE TIJUANA, S. DE R.L. DE C.V., Boulevard Sanchez Taboada No. 10451, Colonia Urbano Rio Tijuana, Tijuana, Baja California, Mexico; R.F.C. CTI050414A55 (Mexico) [SDNTK].

COCO BEACH BAR, S. DE R.L. DE C.V. (a.k.a. "COCO BEACH CLUB"), Av. Rosarito 499, Zona Centro, Playas de Rosarito, Baja California 22710, Mexico; Website http://www.cocobeachrosarito.com/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Jul 2016; Organization Type: Restaurants and mobile food service activities; Folio Mercantil No. N-2016010376 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: GONZALEZ LOMELI, Jesus).

CODE A PARTNERSHIP, Kulhidhoshu Magu, Male 20288, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 31 Oct 2016; Registration Number P-0156/2016 (Maldives) [SDGT] (Linked To: AMEEN, Mohamad; Linked To: AFRAAH, Ahmed).

CODECAFE (a.k.a. COMERCIALIZADORA DE CAFE DEL OCCIDENTE CODECAFE LTDA.), Carrera 8 No. 23-09, Ofc. 903, Pereira, Risaralda, Colombia; NIT # 816004106-0 (Colombia) [SDNT].

COGNITIVE DESIGN PRODUCTION CENTER, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Type: Defense activities; Target Type Government Entity [IRGC] [IFSR] [ELECTION-EO13848] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

COIBA (a.k.a. COMERCIAL IBEROAMERICANA, S.A.), Spain [CUBA].

COINTERANDINA (a.k.a. COMERCIALIZADORA INTERNACIONAL ANDINA LIMITADA), Calle 14 No. 64-56, Bogota, Colombia; NIT # 8605112278 (Colombia); Matricula Mercantil No 183816 (Colombia) [SDNTK].

COKE WASTE WATER REFINING CO. (a.k.a. COAL TAR REFINING CO. (Arabic: شرکت پالایش قطران ذغال سنگ); a.k.a. COAL TAR REFINING COMPANY; a.k.a. "C.T.R."; a.k.a. "COAL TAR COMPANY" (Arabic: " پالایش قطران زغالسنگ")), No. 106, Mohtasham Kashani Ave., Esfahan, Iran; No. 343, Zafar St., Vali-e-Asr Ave., Tehran, Iran; Valiasr St., corner of Zafer St., No. 343, Tehran, Iran; Website http://ctr-co.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10260328063 (Iran); Registration Number 387 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

COLCERDOS LTDA. (a.k.a. COLOMBIANA DE CERDOS LTDA.), Km. 3 Via Marsella Parque Industrial, Pereira, Colombia; Apartado Aereo 3786, Pereira, Colombia; NIT # 800018928-0 (Colombia) [SDNT].

COLINAS PROYECTOS Y CONSTRUCCIONES, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 19 Jun 2003; Organization Type: Construction of buildings [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: RIVERA MIRAMONTES, Carlos Humberto).

COLLECTING BEE SRL, 24 Bucharest, Str. Iuliu Valaori, municipality of Bucharest 30682, Romania (Latin: 24 Bucureşti, Str. Iuliu Valaori, Municipiul Bucureşti 30682, Romania); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization

Established Date 21 May 2013; Romanian C.R. 31672834 (Romania); alt. Romanian C.R. J40/6457/2013 (Romania) [SDGT] (Linked To: BAKER, Rami Yaacoub).

COLLECTION CONCEPT S.A. (a.k.a. SAAFARTEX INT. S.A.; a.k.a. SAAFARTEX INTERNATIONAL ZONA FRANCA BARRANQUILLA S.A.; a.k.a. SAAFARTEX ZONA FRANCA SAS; a.k.a. "COCO S.A."), CL 70 No 41 - 114 Of 101, Barranquilla, Atlantico, Colombia; NIT # 9002257729 (Colombia) [VENEZUELA-EO13850].

COLOMBIANA DE CERDOS LTDA. (a.k.a. COLCERDOS LTDA.), Km. 3 Via Marsella Parque Industrial, Pereira, Colombia; Apartado Aereo 3786, Pereira, Colombia; NIT # 800018928-0 (Colombia) [SDNT].

COLOMBO PERUANA DE TEJIDOS S.A. (a.k.a. COPETE S.A.), Calle 23A No. 69B-19, Bogota, Colombia; NIT # 8001711408 (Colombia); Matricula Mercantil No 513540 (Colombia) [SDNTK].

COLONEL MUTEBUTSI (a.k.a. MUTEBUSI, Jules; a.k.a. MUTEBUTSI, Jules; a.k.a. MUTEBUZI, Jules), Rwanda; DOB 06 Jul 1960; POB South Kivu, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

COLORADO CESSA, Francisco Antonio, C Rio Tonala #3, Colonia Jardines, Tuxpan, Veracruz 92890, Mexico; Rio Palma 10, Jardines, Tuxpan, Veracruz 92890, Mexico; La Flor De Maria, Carretera Mexico-Tuxpan, Tuxpan, Veracruz, Mexico; DOB 10 Oct 1960; POB Tuxpan, Veracruz, Mexico; nationality Mexico; citizen Mexico; Passport 04060004616 (Mexico); C.U.R.P. COCF601010HVZLSR05 (Mexico) (individual) [SDNTK] (Linked To: ADT PETROSERVICIOS, S.A. DE C.V.).

COLOSIO, Vincente (a.k.a. CONTRERAS, Miguel Angel; a.k.a. LADINO AVILA, Jaime Arturo; a.k.a. "EL OJON"; a.k.a. "FAYO"), c/o GRUPO ROLA S.A. DE C.V., Colima, Colima, Mexico; Calle Jesus Ponce 1083, Colonia Jardin Vista Hermosa, Colima, Colima, Mexico; DOB 24 Jul 1964; alt. DOB 26 Aug 1962; alt. DOB 13 Nov 1964; nationality Mexico; citizen Mexico; R.F.C. LAAJ640724 (Mexico); C.U.R.P. LAAJ640724HCMDVM07 (Mexico) (individual) [SDNTK].

COLUMBA LIMITED, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2022; Identification Number IMO 6341429 [UKRAINE-EO13662] [RUSSIA-EO14024].

COLWICH TRADING L.L.C, Deira Oud Al Muteena 3, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 27 Sep 2022; License 1102340 (United Arab Emirates); Economic Register Number (CBLS) 11944571 (United Arab Emirates) [SDGT] [IFSR].

COMACHO RODRIGUES, Gilberto (a.k.a. ARELLANO FELIX, Ramon Eduardo; a.k.a. TORRES MENDEZ, Ramon); DOB 31 Aug 1964; POB Mexico (individual) [SDNTK].

COMBATANT FORCE FOR THE LIBERATION OF RWANDA (a.k.a. DEMOCRATIC FORCES FOR THE LIBERATION OF RWANDA; a.k.a. FDLR; a.k.a. FORCE COMBATTANTE ABACUNGUZI; a.k.a. FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA; a.k.a. "FOCA"), North and South Kivu, Congo, Democratic Republic of the [DRCONGO].

COMBUSERVICIOS LOS TRES RIOS, S.A. DE C.V. (a.k.a. ESTACIONES DE SERVICIOS CANARIAS, S.A. DE C.V.), Blvd. Enrique Felix Castro No. 1029, Col. Desarrollo Urbano Tres Rios, Culiacan, Sinaloa C.P. 80020, Mexico; R.F.C. ESC-100224-2J9 (Mexico) [SDNTK].

COMBUSTIBLES BRIONES, S.A. DE C.V., Carr. a Reynosa Km 21, Tamaulipas, Mexico [SDNTK].

COMBUSTIBLES EVOLUTIVOS Y ALTERNATIVOS DOS OCEANOS, S.A. DE C.V., Veracruz, Veracruz, Mexico; Organization Established Date 23 Jun 2020; Organization Type: Retail sale of automotive fuel in specialized stores; Folio Mercantil No. N-2021005609 (Mexico) [ILLICIT-DRUGS-EO14059].

COMBUSTIBLES Y LUBRICANTES MAYE, S.A. DE C.V., Calle Ursulo Galvan Num. 360, Colonia Las Bajadas, Alvarado, Veracruz, Mexico; Organization Established Date 06 Apr 2015; Organization Type: Retail sale of automotive fuel in specialized stores; Folio Mercantil No. 31142 (Mexico) [ILLICIT-DRUGS-EO14059].

COMECARNES LTDA. (a.k.a. COMERCIALIZADORA DE CARNES LTDA.), Km. 3 Via Marsella, Pereira, Colombia; NIT # 800076369-0 (Colombia) [SDNT].

COMERCIAL CIMEX, S.A., Panama [CUBA].

COMERCIAL DE RODAJES Y MAQUINARIA, S.A. (a.k.a. CRYMSA), Jose Lazaro Galdeano 6-6, Madrid 28016, Spain [CUBA].

COMERCIAL DOMELY, S.A. DE C.V, Ignacio Ramirez No. 603, Col. Jorge Almada, Culiacan, Sinaloa 80200, Mexico; R.F.C. CDO010522917 (Mexico) [SDNTK].

COMERCIAL IBEROAMERICANA, S.A. (a.k.a. COIBA), Spain [CUBA].

COMERCIAL JINAN S.A., 20 Calle No. 16-36, Proyecto 4-4, Zona 6, Guatemala, Guatemala; NIT # 4151952-3 (Guatemala) [SDNT].

COMERCIAL JOANA, S.A. DE C.V., General Eulogio Parra No. 1750-C, Col. El Retiro, Guadalajara, Jalisco, Mexico; General Eulogio Parra No. 61, Interior Z, Col. El Retiro, Guadalajara, Jalisco, Mexico; Parras No. 1750, Col. Educacion Alamos, Guadalajara, Mexico; Calle General Eulogio Parra Numero 61-Z, Col. El Retiro, Guadalajara, Jalisco 44280, Mexico; R.F.C. CJO010202HQH (Mexico); alt. R.F.C. CJO010202HQ4 (Mexico) [SDNTK].

COMERCIAL PLANETA, Carrera 12 No. 12-13, Maicao, Colombia; Matricula Mercantil No 00072179 (Colombia) [SDNTK].

COMERCIAL VIOSMA DEL NOROESTE, S.A. DE C.V. (a.k.a. FERETERIA VIOSMA; a.k.a. FERRETERIA VIOSMA; a.k.a. VIOSMA DEL NOROESTE, S.A. DE C.V.; a.k.a. VIOSMA SOLUCIONES INTEGRALES, QUIMICAS Y DE LIMPIEZA), Culiacan, Sinaloa, Mexico; Ciudad Obregon, Sonora, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Apr 2012; Organization Type: Retail sale of hardware, paints and glass in specialized stores; R.F.C. CVN120425IM2 (Mexico); Folio Mercantil No. 81610 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CONDE URAGA, Martha Emilia).

COMERCIALICUN, S.A. DE C.V., Cancun, Quintana Roo, Mexico; Organization Established Date 12 Mar 2013; Organization Type: Other reservation service and related activities; R.F.C. COM1303128SA (Mexico); Folio Mercantil No. 25664 (Mexico) [TCO] (Linked To: VALADEZ FLORES, Jose German).

COMERCIALIZACION DE PRODUCTOS VARIOS (a.k.a. COPROVA; a.k.a. COPROVA SARL), Paris, France [CUBA].

COMERCIALIZADORA AMIA, S.A. DE C.V., Avenida Juan Sarabia, Calle 8106, Zona Central, Tijuana, Baja California CP 22000,

Mexico; R.F.C. CAM-940526-8H9 (Mexico) [SDNTK].

COMERCIALIZADORA AUTOMOTRIZ S.A. (a.k.a. CREDISA S.A.), Avenida 7 Norte No. 23N-81, Cali, Colombia; Avenida 7 Norte No. 23-77, Cali, Colombia; Carrera 7D Bis No. 68-58, Cali, Colombia; NIT # 800065773-6 (Colombia) [SDNT].

COMERCIALIZADORA BAGUETTE KLIC, S.A. DE C.V., Veracruz, Veracruz, Mexico; Organization Established Date 19 May 2016; Organization Type: Other food service activities; Folio Mercantil No. N-2016007450 (Mexico) [ILLICIT-DRUGS-EO14059].

COMERCIALIZADORA BRIMAR'S, S.A. DE C.V., Calle Riva Palacio Sur No. 675, Col. Jorge Almada, Culiacan, Sinaloa, Mexico; R.F.C. CBS9710303N4 (Mexico) [SDNTK].

COMERCIALIZADORA CACHO S.A. DE C.V., Calle Lago La Doga 5312, Tijuana, Baja California, Mexico; Identification Number NBC 80114829 [SDNTK].

COMERCIALIZADORA CHAPALA AJIJIC, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 58593 (Jalisco) (Mexico) [SDNTK].

COMERCIALIZADORA COFFE KLIC, S.A. DE C.V., Veracruz, Veracruz, Mexico; Organization Established Date 19 May 2016; Organization Type: Beverage serving activities; Folio Mercantil No. N-2016007451 (Mexico) [ILLICIT-DRUGS-EO14059].

COMERCIALIZADORA COPADO, S.A. DE C.V., Mazatlan, Sinaloa, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Mar 2007; Organization Type: Wholesale of other household goods; Folio Mercantil No. 18195 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: NUNEZ RIOS, Jose Raul).

COMERCIALIZADORA DE CAFE DEL OCCIDENTE CODECAFE LTDA. (a.k.a. CODECAFE), Carrera 8 No. 23-09, Ofc. 903, Pereira, Risaralda, Colombia; NIT # 816004106-0 (Colombia) [SDNT].

COMERCIALIZADORA DE CARNES LTDA. (a.k.a. COMECARNES LTDA.), Km. 3 Via Marsella, Pereira, Colombia; NIT # 800076369-0 (Colombia) [SDNT].

COMERCIALIZADORA DE GANADO Y RENTAS DE CAPITAL S.A. (a.k.a. GANARECA S.A.), Calle 7 Sur No. 42-70 of. 1105, Medellin, Colombia; NIT # 811035501-1 (Colombia) [SDNT].

COMERCIALIZADORA DE SERVICIOS TURISTICOS DE VALLARTA, S.A. DE C.V., Puerto Vallarta, Jalisco, Mexico; Organization Established Date 09 May 2007; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. 14080 (Mexico) [ILLICIT-DRUGS-EO14059].

COMERCIALIZADORA E IMPORTADORA YESSI, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 43753 (Jalisco) (Mexico) [SDNTK].

COMERCIALIZADORA E INVERSIONES BUSTOS ARIZA Y CIA. S.C.S. (a.k.a. TRANSCIBA), Avenida Ciudad de Cali No. 10A-42, Bogota, Colombia; Calle 20 No. 82-52 of. 454, Bogota, Colombia; Transversal 49B No. 3A-25 of. 101-303, Bogota, Colombia; NIT # 830084978-9 (Colombia) [SDNTK].

COMERCIALIZADORA EMPRESARIAL TEAM BUSINESS S.A., Av. de los Shyris N35-174 y Suecia, Ofic. 508, Quito, Pichincha, Ecuador; RUC # 1792167248001 (Ecuador) [SDNTK].

COMERCIALIZADORA GAEL 4, S.A. DE C.V. (a.k.a. COMERCIALIZADORA GAEL 4, SOCIEDAD ANONIMA DE CAPITAL VARIABLE), Poblado Genaro Estrada, Sinaloa, Sinaloa, Mexico; Business Registration Document # CUD: A201510131236131441 (Mexico); Folio Mercantil No. 178794 (Mexico) [SDNTK].

COMERCIALIZADORA GAEL 4, SOCIEDAD ANONIMA DE CAPITAL VARIABLE (a.k.a. COMERCIALIZADORA GAEL 4, S.A. DE C.V.), Poblado Genaro Estrada, Sinaloa, Sinaloa, Mexico; Business Registration Document # CUD: A201510131236131441 (Mexico); Folio Mercantil No. 178794 (Mexico) [SDNTK].

COMERCIALIZADORA GERMAY DE SONORA S.A. DE C.V., San Luis Rio Colorado, Sonora 83450, Mexico [SDNTK].

COMERCIALIZADORA GONRA, Carrera 8A No. 38-53, Cali, Colombia; Matricula Mercantil No 560835-2 (Colombia) [SDNTK].

COMERCIALIZADORA INTERNACIONAL AGRICOLA Y GANADERA RINCON CASTILLO LIMITADA, Carrera 8A No. 2 - 38, Chiquinquira, Boyaca, Colombia; NIT # 900345938-9 (Colombia) [SDNTK].

COMERCIALIZADORA INTERNACIONAL ANDINA LIMITADA (a.k.a. COINTERANDINA), Calle 14 No. 64-56, Bogota, Colombia; NIT # 8605112278 (Colombia); Matricula Mercantil No 183816 (Colombia) [SDNTK].

COMERCIALIZADORA INTERNACIONAL DEL ITSMO S.A. (f.k.a. C.I. DEL ISTMO S.A.; a.k.a.

C.I. DEL ISTMO S.A.S.), Calle 100 No. 17A-36, Ofc. 705, Bogota, Colombia; NIT # 9000144704 (Colombia); Matricula Mercantil No 1461858 (Colombia) [SDNTK].

COMERCIALIZADORA J DURANGO, Calle 51 #47C-02 BRR Centro, San Pedro de Uraba, Antioquia, Colombia; Matricula Mercantil No 57622 (Uraba) [SDNTK].

COMERCIALIZADORA JALSIN, S.A. DE C.V. (a.k.a. CHIKA'S; a.k.a. CHIKA'S ACCESORIOS Y COSMETICOS; a.k.a. COMERCIALIZADORA JALZIN, S.A. DE C.V.), Parras No. 1750, Col. Educacion Alamos, Guadalajara, Jalisco 44280, Mexico; Ave. Juarez No. 496, Col. Centro, Guadalajara, Jalisco 44100, Mexico; Cll 271 s/n, Col. Centro, Guadalajara, Jalisco 44280, Mexico; Cll 614 s/n , Col.San Jan de Dios, Guadalajara, Jalisco 44360, Mexico; Calle Pedro Loza 174, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Calle Alvaro Obregon 614, Col. Barrio San Juan De Dios, Guadalajara, Jalisco, Mexico; Calle Javier Mina 26, Col. Colonia La Perla, Guadalajara, Jalisco, Mexico; Avenida Javier Mina 28, Col. Barrio San Juan De Dios, Guadalajara, Jalisco, Mexico; Calle Juan Manuel 308, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Privada Periferico Sur 1835, Col. Pueblo Santa Maria Tequepexpan, Tlaquepaque, Jalisco, Mexico; Calle Alvaro Obregon 614, Col. Colonia La Perla, Guadalajara, Jalisco, Mexico; Andador Pedro Loza 174, Col. Barrio Jesus, Guadalajara, Jalisco, Mexico; Avenida Juarez 498, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Calle Pedro Loza 184, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Calle Vasco de Quiroga 32, Col. Colonia Morelia Centro, Morelia, Michoacan, Mexico; Avenida Juarez 496, Col. Centro, Guadalajara, Jalisco, Mexico; Calle Reforma 217 A, Col. Colonia Leon de los Aldamas Centro, Leon, Guanajuato 37000, Mexico; Calle Reforma, Esquina Comonfort Esquina Loc 11, Col. Colonia Leon de los Aldamas Centro, Leon, Guanajuato 37000, Mexico; Vasco de Quiroga No. 32, Zona Centro, Morelia, Michoacan, Mexico; R.F.C. CJA980901J13 (Mexico) [SDNTK].

COMERCIALIZADORA JALZIN, S.A. DE C.V. (a.k.a. CHIKA'S; a.k.a. CHIKA'S ACCESORIOS Y COSMETICOS; a.k.a. COMERCIALIZADORA JALSIN, S.A. DE C.V.), Parras No. 1750, Col. Educacion Alamos, Guadalajara, Jalisco 44280, Mexico; Ave. Juarez No. 496, Col. Centro,

Guadalajara, Jalisco 44100, Mexico; Cll 271 s/n, Col. Centro, Guadalajara, Jalisco 44280, Mexico; Cll 614 s/n , Col.San Jan de Dios, Guadalajara, Jalisco 44360, Mexico; Calle Pedro Loza 174, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Calle Alvaro Obregon 614, Col. Barrio San Juan De Dios, Guadalajara, Jalisco, Mexico; Calle Javier Mina 26, Col. Colonia La Perla, Guadalajara, Jalisco, Mexico; Avenida Javier Mina 28, Col. Barrio San Juan De Dios, Guadalajara, Jalisco, Mexico; Calle Juan Manuel 308, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Privada Periferico Sur 1835, Col. Pueblo Santa Maria Tequepexpan, Tlaquepaque, Jalisco, Mexico; Calle Alvaro Obregon 614, Col. Colonia La Perla, Guadalajara, Jalisco, Mexico; Andador Pedro Loza 174, Col. Barrio Jesus, Guadalajara, Jalisco, Mexico; Avenida Juarez 498, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Calle Pedro Loza 184, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Calle Vasco de Quiroga 32, Col. Colonia Morelia Centro, Morelia, Michoacan, Mexico; Avenida Juarez 496, Col. Centro, Guadalajara, Jalisco, Mexico; Calle Reforma 217 A, Col. Colonia Leon de los Aldamas Centro, Leon, Guanajuato 37000, Mexico; Calle Reforma, Esquina Comonfort Esquina Loc 11, Col. Colonia Leon de los Aldamas Centro, Leon, Guanajuato 37000, Mexico; Vasco de Quiroga No. 32, Zona Centro, Morelia, Michoacan, Mexico; R.F.C. CJA980901J13 (Mexico) [SDNTK].

COMERCIALIZADORA SAN BENDITO S.A.S., Bogota, Colombia; NIT # 9011008200 (Colombia); Matricula Mercantil No 02846256 (Colombia) [SUDAN-EO14098] (Linked To: MUNOZ UCROS, Monica).

COMERCIALIZADORA TOQUIN, S.A. DE C.V. (a.k.a. CHIKA'S COSMETICS AND ACCESSORIES), Poniente 140 #639, Col. Industrial Vallejo, Mexico, Distrito Federal, Mexico; Calle Parras, Numero 1750 Int. C, Col. Alamo Oriente, Tlaquepaque, Jalisco, Mexico; Calle Paseo del Hospisio 22 1038, Col. Colonia La Perla, Guadalajara, Jalisco, Mexico; Calzada Gonzalez Gallo, numero 3064, Col. Lomas de San Pedro, Guadalajara, Jalisco 44897, Mexico; R.F.C. CTO010731CH9 (Mexico) [SDNTK].

COMERCIALIZADORA TRADE CLEAR, S.A. DE C.V. (a.k.a. BAKE AND KITCHEN), Av. Naciones Unidas 6875, Zapopan, Jalisco 45017, Mexico; Patria No. 1347-1, Col. Mirador del Sol, Zapopan, Jalisco CP 45054, Mexico; Av. Lopez Mateos Nte 1133, Plaza Midtown, Guadalajara, Jalisco, Mexico; Website www.bakeandkitchen.com; R.F.C. CTC140807HHA (Mexico) [SDNTK].

COMERCIALIZADORA VESPA, S.A. DE C.V., Cancun, Quintana Roo, Mexico; Organization Established Date 29 Jun 2015; Organization Type: Other transportation support activities; Folio Mercantil No. 28960 (Mexico) [TCO] (Linked To: VALADEZ FLORES, Jose German).

COMERCIALIZADORA VILLBA STONE, S.A DE C.V., Nogales, Sonora, Mexico; Jesus Garcia Corona 560, Int. 4, Alamos, Nogales, Sonora 84085, Mexico; Organization Established Date 14 Apr 2014; Organization Type: Cutting, shaping and finishing of stone; Folio Mercantil No. 4288 (Mexico) [ILLICIT-DRUGS-EO14059].

COMERCIALIZADORA Y FRIGORIFICOS DE LA PERLA DEL PACIFICO, S.A. DE C.V., Puerto de Mazatlan 6 D, Parque Industrial Alfredo V. Bonfil, Mazatlan, Sinaloa 82050, Mexico; R.F.C. CFP001109UM7 (Mexico) [SDNTK].

COMERCIO INTERIOR, MERCADO EXTERIOR (a.k.a. CIMEX; a.k.a. CIMEX CUBA; a.k.a. CORPORACION CIMEX S.A.), Edificio Sierra Maestra, Avenida Primera entre 0 y 2, Miramar Playa, Ciudad de la Habana, Cuba; and all other locations worldwide [CUBA].

COMFORD MANAGEMENT S.A., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 02 Mar 2022; Registration Number 113351 (Marshall Islands) [IRAN-EO13902] (Linked To: MARGARITIS, Antonios).

COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon

69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN (a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

COMMAND AUTOMATION COLLEGE OF THE CHOSUN PEOPLE'S ARMY (a.k.a. KIM IL MILITARY UNIVERSITY; a.k.a. KIM IL POLITICAL MILITARY UNIVERSITY; a.k.a. KIM IL SUNG MILITARY UNIVERSITY; a.k.a. KIM IL-SUNG UNIVERSITY AUTOMATION UNIVERSITY; a.k.a. MILITARY CAMP 144 OF THE KOREAN PEOPLE'S ARMY; a.k.a. MIRIM COLLEGE; a.k.a. MIRIM UNIVERSITY; a.k.a. NO. 144 MILITARY CAMP OF THE CHOSUN PEOPLE'S ARMY; a.k.a. PYONGYANG UNIVERSITY OF AUTOMATION; a.k.a.

UNIVERSITY OF AUTOMATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 1981; Target Type Government Entity [DPRK2].

COMMAND OF THE MILITARY TRANSPORT AVIATION (a.k.a. FEDERAL STATE INSTITUTION MILITARY UNIT 25969; a.k.a. FEDERALNOE KAZENNOE UCHREZHDENIE VOISKOVAIA CHAST 25969; a.k.a. "MILITARY TRANSPORT AVIATION" (Cyrillic: "ВОЕННО-ТРАНСПОРТНАЯ АВИАЦИЯ"); a.k.a. "VTA" (Cyrillic: "ВТА"); a.k.a. "VTA COMMAND"), ul. Matrosskaia Tishina, 10, Moscow 107014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jun 1931; Target Type Government Entity; Tax ID No. 7718786880 (Russia); Registration Number 1097746767821 (Russia) [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

COMMANDER NAZIR GROUP (a.k.a. MULLAH NAZIR GROUP), South Waziristan, Pakistan; Paktika, Zabul, Helmand, Kandahar Provinces, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

COMMANDER TARIQ AFRIDI GROUP (a.k.a. TARIQ AFRIDI GROUP; a.k.a. TARIQ GEEDAR GROUP; a.k.a. TARIQ GIDAR AFRIDI GROUP; a.k.a. TARIQ GIDAR GROUP; a.k.a. TEHREEK-I-TALIBAN PAKISTAN GEEDAR GROUP; a.k.a. TEHRIK-E-TALIBAN-TARIQ GIDAR GROUP; a.k.a. TTP GEEDAR GROUP; a.k.a. TTP-TARIQ GIDAR GROUP; a.k.a. "TGG"; a.k.a. "THE ASIAN TIGERS"), Darra Adam Khel, Pakistan; Aurakzai, Pakistan; Khyber, Pakistan; Peshawar, Pakistan; Kohat, Pakistan; Hangu, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

COMMERCIAL BANK ABSOLUT BANK PAO, Tsvetnoy Boulevard, 18, Moscow 127051, Russia; SWIFT/BIC ABSLRUMM; Website www.absolutbank.ru; alt. Website www.absolutbank.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7736046991 (Russia); Identification Number PDR8ZD.00000.LE.643 (Russia); Legal Entity Number 253400YGMAHH3EQH3G74;

Registration Number 1027700024560 (Russia) [RUSSIA-EO14024].

COMMERCIAL BANK AGROSOYUZ (Cyrillic: КОММЕРЧЕСКИЙ ВАНК АГРОСОЮЗ) (a.k.a. AGROSOYUZ (Cyrillic: АГРОСОЮЗ); a.k.a. AGROSOYUZ LLC (Cyrillic: АГРОСОЮЗ ООО); a.k.a. LLC COMMERCIAL BANK AGROSOYUZ (Cyrillic: ООО КОММЕРЧЕСКИЙ ВАНК АГРОСОЮЗ; Cyrillic: ООО КВ АГРОСОЮЗ)), Ulanskiy pereulok, number 13 building 1, Moscow 101000, Russia; SWIFT/BIC AGSZRU31; alt. SWIFT/BIC AGSZRU33; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

COMMERCIAL BANK ENERGOTRANSBANK JOINT STOCK COMPANY, ul. Klinicheskaya 83a, Kaliningrad 236016, Russia; SWIFT/BIC ENGORU2K; Website www.energotransbank.com; alt. Website www.etbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 3906098008 (Russia); Legal Entity Number 253400UEEJPNF0G35X65; Registration Number 1023900000080 (Russia); Global Intermediary Identification Number GAEQE9.99999.SL.643 [RUSSIA-EO14024].

COMMERCIAL BANK KHLYNOV JOINT STOCK COMPANY, Ul. Uritskogo 40, Kirov 610002, Russia; SWIFT/BIC KHOARU22; Website www.bank-hlynov.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 4346013603 (Russia); Legal Entity Number 253400W3H9DQ3UWGF192; Registration Number 1024300000042 (Russia) [RUSSIA-EO14024].

COMMERCIAL BANK KREMLYOVSKIY, Per. Nikoloshchepovsky 1st, 6. Page 1, Moscow 121099, Russia; SWIFT/BIC KREMRUMM; Website www.kremlinbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7706006720 (Russia); Registration Number 1027739881223 (Russia) [RUSSIA-EO14024].

COMMERCIAL BANK NEZAVISIMOST (f.k.a. AKB ROSBANK OAO; f.k.a. AKB ROSBANK PAO; f.k.a. JOINT STOCK COMMERCIAL BANK ROSBANK; a.k.a. PUBLIC JOINT STOCK COMPANY ROSBANK; a.k.a.

ROSBANK PJSC), 34 Mashy Poryvaevoy Street, Moscow 107078, Russia; PO Box 208, Moscow 107078, Russia; SWIFT/BIC RSBNRUMM; Website https://www.rosbank.ru/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 02 Mar 1993; Equity Ticker ROSB; ISIN RU000A0HHK26; Target Type Financial Institution; Tax ID No. 7730060164 (Russia); Legal Entity Number HOXMZG026UQNRK6J0C60; Registration Number 1027739460737 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

COMMERCIAL BANK SINKO BANK (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KOMMERCHESKI BANK SINKO BANK; a.k.a. SINKO BANK LTD), D. 11, Str. 1, Per. Posledni, Moscow 107045, Russia; SWIFT/BIC SNKBRUMM; Website www.sinko-bank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2002; Target Type Financial Institution; Tax ID No. 7703004072 (Russia); Identification Number FNLZ43.99999.SL.643 (Russia); Legal Entity Number 2534001TS0M7VRJK2567; Registration Number 1027739563610 (Russia) [RUSSIA-EO14024].

COMMERCIAL BANK SPUTNIK PUBLIC JOINT-STOCK COMPANY (a.k.a. BANK SPUTNIK; a.k.a. BANK SPUTNIK CJSC; a.k.a. CB SPUTNIK; a.k.a. CB SPUTNIK PJSC; f.k.a. OPEN JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK'; a.k.a. PUBLIC JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK'), Agibalov St. 48, Office 70, Samara, Samarskaya, Oblast 443041, Russia; SWIFT/BIC CSPJRU33; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 1071 (Russia) [NPWMD].

COMMERCIAL BANK TRUSTCOMBANK LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY KRONA BANK), ul. Dzerzhinskogo 29, Irkutsk 664007, Russia; SWIFT/BIC TRUKRU61; Website www.krona-bank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Target Type Financial Institution; Tax ID No. 3807000886 (Russia); Registration Number 1023800000245 (Russia); Global Intermediary Identification Number GMVGE1.99999.SL.643 [RUSSIA-EO14024].

COMMERCIAL JOINT STOCK BANK VIKING, Vladimirsky Av 17, Saint Petersburg 191002, Russia; SWIFT/BIC VKNGRU2P; Website www.vikingbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7831000098 (Russia); Legal Entity Number 253400FBCYVAJS5W8Q06; Registration Number 1027800000250 (Russia); Global Intermediary Identification Number S2VA6X.99999.SL.643 [RUSSIA-EO14024].

COMMERCIAL JOINT STOCK MORTGAGE BANK AKIBANK (a.k.a. JOINT STOCK COMMERCIAL MORTGAGE BANK AKIBANK PUBLIC JOINT STOCK COMPANY), 88a Mira Avenue, Naberezhnye Chelny 423827, Russia; SWIFT/BIC AKOARU22; Website www.akibank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 1650002455 (Russia); Legal Entity Number 253400CM1NDPRTJUJQ96 (Russia); Registration Number 1021600000839 (Russia); Global Intermediary Identification Number 2A5KLS.99999.SL.643 [RUSSIA-EO14024].

COMMERCIAL JOINT-STOCK BANK VERHNEVOLGSKY (a.k.a. OAO KB VERKHNEVOLZHSKIY; a.k.a. OJSC CB VERKHNEVOLZHSKY; a.k.a. OPEN JOINT STOCK COMPANY COMMERCIAL BANK VERKHNEVOLZHSKY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO KOMMERCHESKIY BANK VERKHNEVOLZHSKIY; a.k.a. PUBLIC COMMERCIAL JOINT-STOCK BANK VERHNEVOLZHSKY), Ulitsa Bratyev Orlovykh 1a, Rybinsk, Yaroslavskaya Oblast 152903, Russia; Ulitsa Suvorova 39A, Sevastopol, Crimea 299011, Ukraine; Pereulok Pionerskiy 5, Simferopol, Crimea 295011, Ukraine; SWIFT/BIC VECARU21; alt. SWIFT/BIC VVBKRU2Y; Website www.vvbank.ru; Email Address vbank@yaroslavl.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027600000185 (Russia) [UKRAINE-EO13685].

COMMERCIAL JOINT-STOCK INCORPORATION BANK YAROSLAVICH (f.k.a. KOMMERCHESKI BANK

YAROSLAVICH, PAO; a.k.a. PJSC BANK VVB; a.k.a. PUBLIC JOINT-STOCK COMPANY BANK VVB; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO BANK VVB; a.k.a. PUBLICHNOYE JOINT-STOCK COMPANY BANK VVB; a.k.a. VVB, PAO), 3A ul., 4-ya Bastionnaya, Sevastopol, Crimea 299011, Ukraine; Voronina, 10, Sevastopol, Crimea 299011, Ukraine; 39A Ul. Suvorova, Sevastopol, Crimea, Ukraine; 5 Per. Pionerskiy, Simferopol, Crimea, Ukraine; SWIFT/BIC YARORU21; BIK (RU) 046711106; alt. BIK (RU) 043510133; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

COMMERCIAL PARS OIL CO., 9th Floor, No. 346, Mirdamad Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

COMMISSION TO DETERMINE INSTANCES OF CRIMINAL CONTENT (a.k.a. COMMITTEE FOR DETERMINING EXAMPLES OF CRIMINAL WEB CONTENT; a.k.a. COMMITTEE IN CHARGE OF DETERMINING UNAUTHORIZED WEBSITES; a.k.a. COMMITTEE TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. WORKING GROUP FOR DETERMINING OFFENSIVE CONTENT; a.k.a. WORKING GROUP TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. WORKING GROUP TO DETERMINE INSTANCES ON ONLINE CRIMINAL CONTENT), Sure-Esrafil St, Tehran, Iran; Website http://internet.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE

FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris

75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

COMMITTEE FOR DETERMINING EXAMPLES OF CRIMINAL WEB CONTENT (a.k.a. COMMISSION TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. COMMITTEE IN CHARGE OF DETERMINING UNAUTHORIZED WEBSITES; a.k.a.

COMMITTEE TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. WORKING GROUP FOR DETERMINING OFFENSIVE CONTENT; a.k.a. WORKING GROUP TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. WORKING GROUP TO DETERMINE INSTANCES ON ONLINE CRIMINAL CONTENT), Sure-Esrafil St, Tehran, Iran; Website http://internet.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

COMMITTEE FOR EUROPE AND THE AMERICAS (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE

COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

COMMITTEE FOR SPACE TECHNOLOGY (a.k.a. DEPARTMENT OF SPACE TECHNOLOGY OF NORTH KOREA; a.k.a. DPRK COMMITTEE FOR SPACE TECHNOLOGY; a.k.a. KCST; a.k.a. KOREAN COMMITTEE FOR SPACE TECHNOLOGY), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

COMMITTEE FOR THE RESCUE OF UKRAINE (a.k.a. SALVATION COMMITTEE OF UKRAINE; a.k.a. SAVIOR OF UKRAINE COMMITTEE; a.k.a. UKRAINE SALVATION COMMITTEE), Russia; Website http://comitet.su/about/; Email Address comitet@comitet.su; alt. Email Address komitet_2015@yahoo.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660] (Linked To: AZAROV, Mykola Yanovych).

COMMITTEE FOR THE SAFETY OF THE ROADS (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

COMMITTEE IN CHARGE OF DETERMINING UNAUTHORIZED WEBSITES (a.k.a. COMMISSION TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. COMMITTEE FOR DETERMINING EXAMPLES OF CRIMINAL WEB CONTENT; a.k.a. COMMITTEE TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. WORKING GROUP FOR DETERMINING OFFENSIVE CONTENT; a.k.a. WORKING GROUP TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. WORKING GROUP TO DETERMINE INSTANCES ON ONLINE

CRIMINAL CONTENT), Sure-Esrafil St, Tehran, Iran; Website http://internet.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

COMMITTEE TO DETERMINE INSTANCES OF CRIMINAL CONTENT (a.k.a. COMMISSION TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. COMMITTEE FOR DETERMINING EXAMPLES OF CRIMINAL WEB CONTENT; a.k.a. COMMITTEE IN CHARGE OF DETERMINING UNAUTHORIZED WEBSITES; a.k.a. WORKING GROUP FOR DETERMINING OFFENSIVE CONTENT; a.k.a. WORKING GROUP TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. WORKING GROUP TO DETERMINE INSTANCES ON ONLINE CRIMINAL CONTENT), Sure-Esrafil St, Tehran, Iran; Website http://internet.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

COMMUNIST PARTY OF PERU (a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF

PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

COMMUNIST PARTY OF THE PHILIPPINES (a.k.a. NEW PEOPLE'S ARMY; a.k.a. NEW PEOPLE'S ARMY / COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. NPA; a.k.a. "CPP"; a.k.a. "NPP/CPP"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

COMPAGNIE AERIENNE DES GRANDS LACS (a.k.a. CAGL), Av. President Mobutu, Goma, Congo, Democratic Republic of the; Gisenyi, Rwanda [DRCONGO].

COMPANIA AGROINVERSORA HENAGRO LTDA., Carrera 1 No. 13-08, Cartago, Colombia; Hacienda Coque, Cartago, Colombia; Km. 5 Via Aeropuerto, Cartago, Colombia; NIT # 800084326-8 (Colombia) [SDNT].

COMPANIA DE FOMENTO MERCANTIL S.A., Avenida 7 Norte No. 23N-81, Cali, Colombia; NIT # 800124589-0 (Colombia) [SDNT].

COMPANIA DE IMPORTACION Y EXPORTACION IBERIA (a.k.a. CIMEX), Spain [CUBA].

COMPANIA GANADERA 5 MANANTIALES (a.k.a. COMPANIA GANADERA 5 MANANTIALES S. DE P.R. DE R.L.; a.k.a. COMPANIA GANADERA 5 MANANTIALES, SOCIEDAD DE PRODUCCION RURAL DE RESPONSABILIDAD LIMITADA; a.k.a. GANADERAS 5 MANANTIALES S. DE P.R. DE R.L.), Allende, Coahuila, Mexico; Camino al Molino, Allende Centro, Allende, Coahuila 26530, Mexico; Ciudad Lopez Mateos, Mexico; Acuna y Juarez, Colonia La Nogalera, Zaragoza, Coahuila 26450, Mexico; R.F.C. GCM100208902 (Mexico) [SDNTK].

COMPANIA GANADERA 5 MANANTIALES S. DE P.R. DE R.L. (a.k.a. COMPANIA GANADERA 5 MANANTIALES; a.k.a. COMPANIA GANADERA 5 MANANTIALES, SOCIEDAD DE PRODUCCION RURAL DE RESPONSABILIDAD LIMITADA; a.k.a. GANADERAS 5 MANANTIALES S. DE P.R. DE R.L.), Allende, Coahuila, Mexico; Camino al Molino, Allende Centro, Allende, Coahuila 26530, Mexico; Ciudad Lopez Mateos, Mexico;

Acuna y Juarez, Colonia La Nogalera, Zaragoza, Coahuila 26450, Mexico; R.F.C. GCM100208902 (Mexico) [SDNTK].

COMPANIA GANADERA 5 MANANTIALES, SOCIEDAD DE PRODUCCION RURAL DE RESPONSABILIDAD LIMITADA (a.k.a. COMPANIA GANADERA 5 MANANTIALES; a.k.a. COMPANIA GANADERA 5 MANANTIALES S. DE P.R. DE R.L.; a.k.a. GANADERAS 5 MANANTIALES S. DE P.R. DE R.L.), Allende, Coahuila, Mexico; Camino al Molino, Allende Centro, Allende, Coahuila 26530, Mexico; Ciudad Lopez Mateos, Mexico; Acuna y Juarez, Colonia La Nogalera, Zaragoza, Coahuila 26450, Mexico; R.F.C. GCM100208902 (Mexico) [SDNTK].

COMPANIA GENERAL DE MINERIA DE VENEZUELA (a.k.a. CORPORACION VENEZOLANA DE GUAYANA MINERVEN C.A.; a.k.a. CVG COMPANIA GENERAL DE MINERIA DE VENEZUELA CA; a.k.a. CVG MINERVEN; a.k.a. MINERVEN), Via principal Carapal, El Callao, Bolivar, Venezuela; Zona Industrial Caratal, El Callao, Bolivar, Venezuela; National ID No. J006985970 (Venezuela) [VENEZUELA-EO13850].

COMPANIA MINERA DEL RIO CIANURY S.A. DE C.V., Calle Rio Piaxtla No. exterior 45, Col. Guadalupe, Culiacan, Sinaloa 80220, Mexico; R.F.C. MRC900823R6A (Mexico) [SDNTK].

COMPANIA MINERA INTERNACIONAL, SOCIEDAD ANONIMA (a.k.a. "COMINTSA"; a.k.a. "COMPANIA MINERA INTERNACIONAL"; a.k.a. "COMPANIA MINERA INTERNACIONAL, S.A."), Managua, Nicaragua; Organization Type: Mining and Quarrying; RUC # J0310000400210 (Nicaragua); Public Registration Number MG00-22-012292 (Nicaragua); Business Number MC-XFOU0Q (Nicaragua); alt. Business Number UAF-RSO-C-XII-615-2022 (Nicaragua) [NICARAGUA].

COMPANIA REAL DE PANAMA S.A., Panama City, Panama; RUC # 347674-1-417135 (Panama) [SDNTK].

COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE

FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

COMPANY GAZ-ALLIANCE LLC (a.k.a. KOMPANIYA GAZ-ALYANS, OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KOMPANIYA GAZ-ALYANS), 15 Ul., Svobody, Nizhni Novgorod, Nizhegorodskaya Obl. 603003, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1142311010885 (Russia) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC; Linked To: LUHANSK PEOPLE'S REPUBLIC; Linked To: ZAO VNESHTORGSERVIS).

COMPANY GROUP STRUCTURA LLC (a.k.a. GK STRUKTURA (Cyrillic: ГК СТРУКТУРА); a.k.a. GRUPPA KOMPANII STRUKTURA (Cyrillic: ГРУППА КОМПАНИЙ СТРУКТУРА); a.k.a. STRUCTURA NATIONAL TECHNOLOGIES), Per. Bolshoi Kislovskii, d. 1, str. 2, Pomeshch/Kom I/42, Moscow 125009, Russia; Website structura.pro; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Dec 2017; Organization Type: Other information

technology and computer service activities; Tax ID No. 7703438908 (Russia); Registration Number 5177746315588 (Russia) [RUSSIA-EO14024].

COMPANY LIMITED CORTEM GORELTEX (a.k.a. ZAVOD GORELTEX CO LTD), Sh. Revolyutsii D. 18, Lit. A, Pom. 4-N Office 1, Saint Petersburg 195176, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7806155468 (Russia); Registration Number 1047811013183 (Russia) [RUSSIA-EO14024].

COMPANY LIMITED KOMAX (a.k.a. CO LTD KOMAX), Ul. Smolnaya D. 14, Pomeshch. 1, Kom 1322, Moscow 125493, Russia; Klyazyma quarter, 1B, industrial park Sheremetyevo, Khimki 141400, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743022247 (Russia); Registration Number 1147748140891 (Russia) [RUSSIA-EO14024].

COMPANY LIMITED TBSS (a.k.a. TBSS LIMITED LIABILITY COMPANY), Ul. Smolnaya D. 12, Pom. 4, Moscow 125493, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716030866 (Russia); Registration Number 1027700043832 (Russia) [RUSSIA-EO14024].

COMPLEJO TURISTICO JJJ, S.A. DE C.V., Tijuana, Baja California, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Oct 2021; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. N-2021076993 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: GONZALEZ LOMELI, Jesus).

COMPLEJO TURISTICO OASIS, S.A. DE C.V. (a.k.a. OASIS BEACH RESORT & CONVENTION CENTER; a.k.a. OASIS BEACH RESORT AND CONVENTION CENTER), Km 25 Carr. Tijuana-Ensenada, Colonia Leyes de Reforma, Playas Rosarito, Rosarito, Baja California CP 22710, Mexico [SDNTK].

COMPLEX UNMANNED SOLUTIONS CENTER LTD (a.k.a. "USC LTD"), Spasateley St., 7, Zhukovsky 140184, Russia; Ul. Luch, D. 24/1a, floor 2, Pomeshch. 112, Zhukovsky 140184, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5040176793 (Russia); Registration Number 1225000003458 (Russia) [RUSSIA-EO14024].

COMPLIGA (a.k.a. KOMPLIGA), Per. Spasskii D. 14/35, Lit. A, Pom. 71N, Office 405, Saint Petersburg 190031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7838083791 (Russia); Registration Number 1187847376441 (Russia) [RUSSIA-EO14024].

COMPONENT LOGISTIC LIMITED LIABILITY COMPANY, Pr-Kt Veteranov D. 63, Lit. A, Kv. 46, Saint Petersburg 198255, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Mar 2021; Tax ID No. 7805777226 (Russia); Registration Number 1217800045462 (Russia) [RUSSIA-EO14024].

COMPRA VENTA GERPEZ, Calle 22, #24-28, Tulua, Valle, Colombia; Matricula Mercantil No 10375-1 (Colombia) [SDNTK].

COMPRADORES Y EXPORTADORES DE CAFE CAPTZIN, SOCIEDAD ANONIMA (a.k.a. "COMEXCAFE"), Canton La Candelaria Z.0, La Democracia, Huehuetenango, Guatemala; NIT # 68897952 (Guatemala) [ILLICIT-DRUGS-EO14059].

COMPUTER RESEARCH INSTITUTE NIIEVM (a.k.a. AAT NAVUKOVA-DASLEDCHY INSTYTUT ELEKTRONNYKH VYLICHALNYKH MASHYN; a.k.a. JSC NIIEVM (Cyrillic: ОАО НИИЭВМ; Cyrillic: ААТ НДІЭВМ); a.k.a. OAO NAUCHNO-ISSLEDOVATELSKIY INSTITUT ELEKTRONNYKH VYCHISLITELNYKH MASHIN (Cyrillic: ОАО НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ЭЛЕКТРОННЫХ ВЫЧИСЛИТЕЛЬНЫХ МАШИН); a.k.a. OPEN JOINT STOCK COMPANY RESEARCH INSTITUTE OF ELECTRONIC COMPUTERS), 155 Bogdanovicha St., Minsk 220040, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100219724 (Belarus) [BELARUS-EO14038] (Linked To: OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING).

COMUS FZCO, Office no 213, Building EA, Dubai Airport Free Zone Authority, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 3085 (United Arab Emirates); Economic Register Number (CBLS) 11436652 (United Arab Emirates) [RUSSIA-EO14024].

COMUS INTERNATIONAL FZCO, Po Box 371161, Dubai, United Arab Emirates; 1609-1610 Prime Tower, Business Bay, Dubai, United Arab Emirates; Warehouse - JAFZA

Dubai, Plot No: MO0227, Jebel Ali Freezone (North), Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 166819 (United Arab Emirates); Economic Register Number (CBLS) 11448436 (United Arab Emirates) [RUSSIA-EO14024].

CONCEPTO SCREEN SAL OFF-SHORE (a.k.a. CONCEPTOSCREEN), Mirna Chalouhi Commercial Center, Boulevard Sin El-Fil, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Jan 2008; License 1802294 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

CONCEPTOS GASTRONOMICOS DE SONORA, S. DE R.L. DE C.V. (a.k.a. HABANERO'S RESTAURANTE; a.k.a. HABANERO'S RESTAURANTE STEAK WINGS; a.k.a. HABANEROS STEAK WINGS), Nogales, Sonora, Mexico; Calle Ruiz Cortinez 914, Nogales, Sonora 84040, Mexico; Calle Ruiz Cortinez 895, Nogales, Sonora 84030, Mexico; Organization Established Date 03 Apr 2017; Organization Type: Restaurants and mobile food service activities; SRE Permit No. A201703091732456026 (Mexico) [ILLICIT-DRUGS-EO14059].

CONCEPTOSCREEN (a.k.a. CONCEPTO SCREEN SAL OFF-SHORE), Mirna Chalouhi Commercial Center, Boulevard Sin El-Fil, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Jan 2008; License 1802294 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

CONCERN AVRORA SCIENTIFIC AND PRODUCTION ASSOCIATION JSC (a.k.a. AVRORA JSC; a.k.a. JOINT STOCK COMPANY CONCERN AVRORA SCIENTIFIC AND PRODUCTION ASSOCIATION; a.k.a. JOINT STOCK COMPANY CONCERN RESEARCH AND PRODUCTION ASSOCIATION AVRORA), 15 Karbysheva Str., Saint Petersburg 194021, Russia; 10 Nikolskaya Str., Shopping and Office Center Nikolskaya Plaza, Office No. 406, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Feb 2009; Tax ID No. 7802463197 (Russia); Registration Number 1097847058143 (Russia) [RUSSIA-EO14024].

CONCERN BELNEFTEKHIM (a.k.a. BELARUSIAN STATE CONCERN FOR OIL AND CHEMISTRY; a.k.a. BELARUSIAN STATE PETROLEUM AND CHEMICALS CONCERN; a.k.a. BELNEFTEKHIM; a.k.a. BELNEFTEKHIM CONCERN), 73 Dzerzhinskogo Avenue, Minsk 220116, Belarus; ul Trevskaya, 20/1, Room 536, Moscow 103789, Russia; ul Pavlovskaya, 29, Kiev 01135, Ukraine; Oederweg 43, Frankfurt-am-Main D-60318, Germany; Tower B 19-B Oriental Kenzo, 48 Dongzhimenwai Street, Dongcheng District, Beijing 100027, China; GP 1 Apes Street, Riga LV-1039, Latvia [BELARUS].

CONCERN CSRI ELEKTROPRIBOR JSC (a.k.a. JOINT STOCK COMPANY CENTRAL RESEARCH INSTITUTE CONCERN ELEKTROPRIBOR; a.k.a. JOINT STOCK COMPANY CONCERN CENTRAL INSTITUTE FOR SCIENTIFIC RESEARCH ELEKTROPRIBOR), 30 Malaya Posadskaya Str., Saint Petersburg 197046, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Feb 2009; Tax ID No. 7813438763 (Russia); Registration Number 1097847057330 (Russia) [RUSSIA-EO14024].

CONCERN KALASHNIKOV (a.k.a. IZHEVSKIY MASHINOSTROITEL'NYI ZAVOD OAO; a.k.a. JOINT STOCK COMPANY CONCERN KALASHNIKOV; a.k.a. JSC KALASHNIKOV CONCERN; a.k.a. KALASHNIKOV CONCERN; a.k.a. OJSC KALASHNIKOV CONCERN), 18 Krzhizhanovsky St, Bldg 4, Moscow 11728, Russia; 2/93 Deryabin Passage, Room 78, Izhevsk 426006, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1832090230 (Russia); Registration Number 1111832003018 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

CONCERN KEMZ OJSC (a.k.a. KIZLYAR ELECTRO-MECHANICAL PLANT; a.k.a. KIZLYAR ELECTROMECHANICAL PLANT JSC; a.k.a. OJSC KONTSERN KIZLYARSKY ELEKTROMEKHANICHESKY FACTORY), Kutuzov st. 1, Kizlyar, Dagestan Rep., Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 547003781 (Russia); Registration Number 1020502308507 (Russia) [RUSSIA-EO14024].

CONCERN MORINFORMSYSTEM AGAT JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН МОРИНФОРМСИСТЕМА-АГАТ) (a.k.a. JSC KONTSERN MORINFORMSISTEMA AGAT), Entuziastov Shosse, 29, Moscow 105275, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720544208 (Russia); Registration Number 1067746239230 (Russia) [RUSSIA-EO14024].

CONCERN RADIO ELECTRONIC TECHNOLOGIES (a.k.a. JOINT STOCK COMPANY CONCERN OF RADIO ELECTRONIC TECHNOLOGIES; a.k.a. JOINT STOCK COMPANY CONCERN RADIO ELECTRONIC TECHNOLOGIES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН РАДИОЭЛЕКТРОННЫЕ ТЕХНОЛОГИИ); a.k.a. "KRET" (Cyrillic: "КРЭТ")), 20/1 Korp. 1 ul. Goncharnaya, Moscow 109240, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1097746084666 (Russia); Tax ID No. 7703695246 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

CONCORD CATERING, Nab. Lieutenant Schmidt D. 7, von Keyserling Mansion, St. Petersburg 119034, Russia; Ulitsa Volkhonka Dom 9, Moscow 119019, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

CONCORD SHIPPING INC., Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 17 Sep 2021; Identification Number IMO 6255216; Registration Number 110904 (Marshall Islands) [IRAN-EO13902].

CONDADO REAL, 5a Avenida, Zona 1, Tecun Uman, San Marcos, Guatemala; Organization Established Date 26 Dec 2018; Organization Type: Real estate activities on a fee or contract basis; NIT # 83524479 (Guatemala) [ILLICIT-DRUGS-EO14059] (Linked To: SUNIGA MORFIN, Isel Aneli).

CONDE URAGA, Martha Emilia (a.k.a. "Martita"), Culiacan, Sinaloa, Mexico; DOB 09 Aug 1962;

POB Sinaloa, Mexico; nationality Mexico; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; R.F.C. COUM620809KI9 (Mexico); C.U.R.P. COUM620809MSLNRR08 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

CONDE, Alpha, Turkey; DOB 04 Mar 1938; POB Boke, Guinea; nationality Guinea; Gender Male; Passport D00003001 (Guinea) expires 13 Sep 2023 (individual) [GLOMAG].

CONDOS & VACATIONS BUILDINGS SALE & MAINTENANCE, S.A. DE C.V. (a.k.a. CONDOS AND VACATIONS BUILDINGS SALE AND MAINTENANCE, S.A. DE C.V.), Puerto Vallarta, Jalisco, Mexico; Organization Established Date 15 Oct 2016; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. N-2016030167 (Mexico) [ILLICIT-DRUGS-EO14059].

CONDOS AND VACATIONS BUILDINGS SALE AND MAINTENANCE, S.A. DE C.V. (a.k.a. CONDOS & VACATIONS BUILDINGS SALE & MAINTENANCE, S.A. DE C.V.), Puerto Vallarta, Jalisco, Mexico; Organization Established Date 15 Oct 2016; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. N-2016030167 (Mexico) [ILLICIT-DRUGS-EO14059].

CONFIDERI ADVISORY GROUP (a.k.a. CONFIDERI FAMILY OFFICE; a.k.a. CONFIDERI PTE LTD; f.k.a. INDERSEN GLOBAL PTE LTD; f.k.a. POLINA CAPITAL PTE LTD), Bolshaya Serpukhovskaya Str., 25 Bld. 1, Moscow, Russia; Six Battery Road, Level 30, Singapore, Singapore; Tong Eng Building, 101 Cecil Street #16-04, Singapore 69533, Singapore; Cayman Islands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2010; Legal Entity Number 984500E975B997FA5E48; Registration Number 201207051Z (Singapore) [RUSSIA-EO14024].

CONFIDERI FAMILY OFFICE (a.k.a. CONFIDERI ADVISORY GROUP; a.k.a. CONFIDERI PTE LTD; f.k.a. INDERSEN GLOBAL PTE LTD; f.k.a. POLINA CAPITAL PTE LTD), Bolshaya Serpukhovskaya Str., 25 Bld. 1, Moscow, Russia; Six Battery Road, Level 30, Singapore, Singapore; Tong Eng Building, 101 Cecil Street #16-04, Singapore 69533, Singapore; Cayman Islands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2010; Legal Entity Number 984500E975B997FA5E48; Registration Number 201207051Z (Singapore) [RUSSIA-EO14024].

CONFIDERI PTE LTD (a.k.a. CONFIDERI ADVISORY GROUP; a.k.a. CONFIDERI FAMILY OFFICE; f.k.a. INDERSEN GLOBAL PTE LTD; f.k.a. POLINA CAPITAL PTE LTD), Bolshaya Serpukhovskaya Str., 25 Bld. 1, Moscow, Russia; Six Battery Road, Level 30, Singapore, Singapore; Tong Eng Building, 101 Cecil Street #16-04, Singapore 69533, Singapore; Cayman Islands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2010; Legal Entity Number 984500E975B997FA5E48; Registration Number 201207051Z (Singapore) [RUSSIA-EO14024].

CONFIENZA GIDA PAZARLAMA VE TICARET ANONIM SIRKETI, No:10 Bebek Mahallesi, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Dec 2021; Tax ID No. 2111339288 (Turkey); Business Registration Number 346597 (Turkey) [RUSSIA-EO14024].

CONG TY CO PHAN THUONG MAI VAN TAI BIEN TRUONG PHAT LOC (a.k.a. TPL SHIPPING; a.k.a. TPL SHIPPING JSC; a.k.a. TRUONG PHAT LOC SHIPPING TRADING JOINT STOCK COMPANY; a.k.a. TRUONG PHAT LOC SHIPPING TRDG), 422, Dao Tri, District 7, Ho Chi Minh City, Vietnam; 422, Dao Tri, Phu Thuan Ward, Ho Chi Minh City, Vietnam; Website https://www.tplshipping.com/; Identification Number IMO 5479491; Company Number 0309613530 (Vietnam); Business Registration Number 4103015716 (Vietnam) [IRAN-EO13846].

CONG TY CO PHAN VAN TAI HANG HAI QUOC VIET (a.k.a. QUOC VIET MARINE TRANSPORT JSC), 5, Road 7, Phu Huu Ward, District 9, Ho Chi Minh City, Vietnam; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 1701198159 (Vietnam) issued 2009 [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

CONG TY TNHH INAND INDUSTRIES (a.k.a. INAND INDUSTRIES COMPANY LIMITED), Floor 9, Building Minori, 67A Truong Dinh, Ward Truong Dinh, District Hai Ba Trung, Hanoi, Vietnam; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2022; Tax ID No. 0110203228 (Vietnam) [RUSSIA-EO14024].

CONG TY TNHH THINH CUONG (Latin: CÔNG TY TNHH THỊNH CƯỜNG) (a.k.a. THINH CUONG CO LTD; a.k.a. THINH CUONG COMPANY LIMITED), 41/8 B Cu Chinh Lan, Hai Phong, Vietnam (Latin: 41/8B Cù Chính Lan, Hải Phòng, Vietnam); Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 1867946; Enterprise Number 0200289195 (Vietnam) [DPRK4].

CONGO ACONDE SARL, 1041 avenue Ulindi, Quartier Golf, Lubumbashi, Katanga, Congo, Democratic Republic of the; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 26 Feb 2018; Commercial Registry Number CD/LSH/RCCM/18-B-00029 (Congo, Democratic Republic of the) [DPRK4] (Linked To: PAK, Hwa Song).

CONGO FUTUR (a.k.a. CONGO FUTUR IMPORT; a.k.a. CONGO FUTURE; a.k.a. GROUPE CONGO FUTUR), Future Tower, 3462 Boulevard du 30 Juin, Gombe, Kinshasa, Congo, Democratic Republic of the; Avenue du Flambeau 389, Kinshasa, Congo, Democratic Republic of the; Website www.congofutur.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CONGO FUTUR IMPORT (a.k.a. CONGO FUTUR; a.k.a. CONGO FUTURE; a.k.a. GROUPE CONGO FUTUR), Future Tower, 3462 Boulevard du 30 Juin, Gombe, Kinshasa, Congo, Democratic Republic of the; Avenue du Flambeau 389, Kinshasa, Congo, Democratic Republic of the; Website www.congofutur.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CONGO FUTURE (a.k.a. CONGO FUTUR; a.k.a. CONGO FUTUR IMPORT; a.k.a. GROUPE CONGO FUTUR), Future Tower, 3462 Boulevard du 30 Juin, Gombe, Kinshasa, Congo, Democratic Republic of the; Avenue du Flambeau 389, Kinshasa, Congo, Democratic Republic of the; Website www.congofutur.com;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CONGO RIVER ALLIANCE (a.k.a. ALLIANCE FLEUVE CONGO; a.k.a. "AFC"), Congo, Democratic Republic of the; Website https://alliancefleuvecongo.org; Email Address alliancefleuvecongo@gmail.com; Organization Established Date 15 Dec 2023 [DRCONGO].

CONGOCOM TRADING HOUSE, Butembo, Congo, Democratic Republic of the [DRCONGO].

CONGOLESE REVOLUTIONARY ARMY (a.k.a. ARMEE REVOLUTIONAIRE CONGOLAISE; a.k.a. M23; a.k.a. MARCH 23 MOVEMENT; a.k.a. MOUVEMENT DU 23 MARS), North-Kivu, Congo, Democratic Republic of the; Website www.m23mars.org [DRCONGO].

CONMAR MARITIME DMCC, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 23 Jan 2023; Commercial Registry Number 195872 (United Arab Emirates); Registration Number DMCC-874218 (United Arab Emirates) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: BLACK PEARL ENERGY TRADING LLC).

CONNECT TELECOM GENERAL TRADING LLC, P.O. Box 63826, Dubai, United Arab Emirates; Al Owais Tower, 15th Floor, Office No. 1506, Creek Area, Near Twin Towers, Dubai, United Arab Emirates; Gargash Center, Shop No. 2, Dubai, United Arab Emirates; Gargash Center, Shop No. 114, Dubai, United Arab Emirates; Dubai Chamber of Commerce Membership No. 123076 (United Arab Emirates) [SDNTK].

CONPUERTO S.A. (a.k.a. CONSTRUCCIONES PROGRESO DEL PUERTO S.A.), Calle 12A No. 26-22, Puerto Tejada, Colombia; NIT # 817000779-2 (Colombia) [SDNT].

CONQUEST OF THE LEVANT FRONT (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a.

FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CONRAD MANAGEMENT COMPANY LLC FZ, Business Center 1, M Floor, The Meydan Hotel, Nad Al, Sheba, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 27 Jan 2022; Business Registration Number 2200438.1 (United Arab Emirates) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: HALAVINS, Aleksejs).

CONSORCIO INMOBILIARIO DEL VALLE DE CULIACAN, S.A. DE C.V., Blvd. Emiliano Zapata No. 20, Col. Centro, Culiacan, Sinaloa, Mexico; Ave. Alvaro Obregon No. 1800, 74M, Colinas de San Miguel, Culiacan, Sinaloa, Mexico; Ave. Alvaro Obregon No. 1800, 75M, Colinas de San Miguel, Culiacan, Sinaloa, Mexico; Ave. Alvaro Obregon No. 1800, 76M, Colinas de San Miguel, Culiacan, Sinaloa, Mexico; Ave. Alvaro Obregon No. 1800, 77M, Colinas de San Miguel, Culiacan, Sinaloa, Mexico; Calle Rodolfo G. Robles No. 158, Culiacan, Sinaloa, Mexico; Calle Miguel Hidalgo No. 590, #3, Culiacan, Sinaloa, Mexico; Calle Miguel Hidalgo No. 590, #4, Culiacan, Sinaloa, Mexico; Valle Aldama No. 257, Col. Centro, Culiacan, Sinaloa, Mexico; R.F.C. CIV0106199MA (Mexico) [SDNTK].

CONSORCIO LUNALO, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Av. Adolfo Lopez Mateos 525-C, Int. 9, Col. Ladron de Guevara, Guadalajara, Jalisco 44600, Mexico; R.F.C.

CLU140217RX4 (Mexico); Folio Mercantil No. 79775 (Jalisco) (Mexico) [SDNTK].

CONSORCIO NUJOMA, S.C. (a.k.a. CONSORCIO NUJOMA, SOCIEDAD CIVIL), Torreon, Coahuila, Mexico; Guadalajara, Jalisco, Mexico; Juan Salvador Agraz 1179-13, Col. Moderna, Guadalajara, Jalisco 44190, Mexico; R.F.C. CNU130416UJ3 (Mexico); Folio Mercantil No. 28153 (Jalisco) (Mexico) [SDNTK].

CONSORCIO NUJOMA, SOCIEDAD CIVIL (a.k.a. CONSORCIO NUJOMA, S.C.), Torreon, Coahuila, Mexico; Guadalajara, Jalisco, Mexico; Juan Salvador Agraz 1179-13, Col. Moderna, Guadalajara, Jalisco 44190, Mexico; R.F.C. CNU130416UJ3 (Mexico); Folio Mercantil No. 28153 (Jalisco) (Mexico) [SDNTK].

CONSORCIO RIRFUS, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Vidrio 2335-138, Col. Americana, Guadalajara, Jalisco 44160, Mexico; R.F.C. CRI130109KL8 (Mexico); Folio Mercantil No. 72346 (Jalisco) (Mexico) [SDNTK].

CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A. (a.k.a. CONVIASA), Avenida Intercomunal, Edificio Sede, Sector 6.3, Maiquetia, Distrito Federal, Venezuela; Avenida Lecuna Torre Oeste Piso 49, Libertador, Caracas, Venezuela; Phone Number 53 212 5078868; RIF # G-20007774-3 (Venezuela) [VENEZUELA-EO13884].

CONSPIRACY OF CELLS OF FIRE (a.k.a. CONSPIRACY OF FIRE NUCLEI; a.k.a. CONSPIRACY OF THE NUCLEI OF FIRE; a.k.a. SYNOMOSIA PYRINON TIS FOTIAS; a.k.a. THESSALONIKI-ATHENS FIRE NUCLEI CONSPIRACY), Greece; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CONSPIRACY OF FIRE NUCLEI (a.k.a. CONSPIRACY OF CELLS OF FIRE; a.k.a. CONSPIRACY OF THE NUCLEI OF FIRE; a.k.a. SYNOMOSIA PYRINON TIS FOTIAS; a.k.a. THESSALONIKI-ATHENS FIRE NUCLEI CONSPIRACY), Greece; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CONSPIRACY OF THE NUCLEI OF FIRE (a.k.a. CONSPIRACY OF CELLS OF FIRE; a.k.a. CONSPIRACY OF FIRE NUCLEI; a.k.a. SYNOMOSIA PYRINON TIS FOTIAS; a.k.a. THESSALONIKI-ATHENS FIRE NUCLEI CONSPIRACY), Greece; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CONSTELLATION ADVISORS LTD (Arabic: كونستيلاشين ادفيزرز ليمتد), Unit S310, Level 3, Emirates Financial Towers, Dubai International Financial Centre, Dubai 506980, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Feb 2015; Organization Type: Activities of holding companies; Registration Number 114390063 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: GADZHIEV, Nariman Gadzhievich).

CONSTELLATION MARITIME SERVICES LIMITED, 80, Broad Street, Monrovia, Liberia; Organization Established Date 2023; Identification Number IMO 6394368 [IRAN-EO13902].

CONSTELLO INC., Saint Kitts and Nevis [VENEZUELA-EO13850] (Linked To: PERDOMO ROSALES, Gustavo Adolfo).

CONSTELLO NO. 1 CORPORATION, 4100 Salzedo Street, Unit 804, Coral Gables, FL 33146, United States; DE, United States [VENEZUELA-EO13850] (Linked To: PERDOMO ROSALES, Gustavo Adolfo).

CONSTRUCCIONES PROGRESO DEL PUERTO S.A. (a.k.a. CONPUERTO S.A.), Calle 12A No. 26-22, Puerto Tejada, Colombia; NIT # 817000779-2 (Colombia) [SDNT].

CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE (a.k.a. CONSTRUCTION JIHAD; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHAD-AL-BINAA ASSOCIATION; a.k.a. JIHADU-I-BINAA; a.k.a. STRUGGLE FOR RECONSTRUCTION), Beirut, Lebanon; Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CONSTRUCTION HOLDING COMPANY OLD CITY - KARST (a.k.a. KARST, OOO; a.k.a. OBSHCESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KARST; a.k.a. "KARST LTD."; a.k.a. "LLC KARST"), D. 4 Litera A Pomeshchenie 69 ul. Kapitanskaya, St. Petersburg 199397, Russia; 4 Kapitanskaya Street, Unit A, Office 69-N, St. Petersburg 199397, Russia; Website http://www.oldcitykarst.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037800012711; Tax ID No. 7801106690; Government Gazette Number 48937526 [UKRAINE-EO13685].

CONSTRUCTION JIHAD (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHAD-AL-BINAA ASSOCIATION; a.k.a. JIHADU-I-BINAA; a.k.a. STRUGGLE FOR RECONSTRUCTION), Beirut, Lebanon; Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

CONSTRUCTORA AMERICA S.A., Carrera 63 No. 17-07, Bogota, Colombia; NIT # 830125002-3 (Colombia) [SDNT].

CONSTRUCTORA GERLIFE, S.A. DE C.V., Cancun, Quintana Roo, Mexico; Organization Established Date 06 Nov 2021; Organization Type: Construction of buildings; Folio Mercantil No. N-2022046653 (Mexico) [TCO] (Linked To: VALADEZ FLORES, Jose German).

CONSTRUCTORA GUADALEST S.A., Correg. San Cristobal Vereda El Llano, Medellin, Colombia; NIT # 800147514-8 (Colombia) [SDNT].

CONSTRUCTORA H.L.P. (a.k.a. GASOLINERA JESUS MARIA; a.k.a. TRANSPORTES LC), La Reforma, Zacapa, Guatemala; NIT # 557109K (Guatemala) [SDNTK].

CONSTRUCTORA H.L.T., La Reforma, Zacapa, Guatemala; Folio Mercantil No. 227138 (Guatemala) [SDNTK].

CONSTRUCTORA HADOM SA, Av Ortega y Gasset Nro 32, Ensanche Naco, Santo Domingo, D.N., Dominican Republic; Tax ID No. 130773289 (Dominican Republic) [GLOMAG].

CONSTRUCTORA HENA LTDA. (a.k.a. INVERSIONES Y COMERCIALIZADORA INCOM LTDA.), Calle 12 No. 4-63, Cali, Colombia; NIT # 890329658-9 (Colombia) [SDNT].

CONSTRUCTORA JATZIRY DE GUASAVE S.A. DE C.V., Guasave, Sinaloa, Mexico; Registration ID 13554 [SDNTK] (Linked To: MEZA FLORES, Fausto Isidro).

CONSTRUCTORA JJESA S.A. DE C.V., Veracruz, Veracruz, Mexico; Organization Established Date 09 Jul 1993; Organization Type: Construction of other civil engineering projects; Folio Mercantil No. 16996 (Mexico) [ILLICIT-DRUGS-EO14059].

CONSTRUCTORA JOEL, S.A. DE C.V., Calle 14, Poste 111, Trinidad Fuentes Ruperto, Genaro Estrada, Municipio de Sinaloa, Sinaloa, Mexico; Genaro Estrada, Sinaloa, Sinaloa, Mexico; Business Registration Document # CUD: A201309051409325760 (Mexico); Folio Mercantil No. 168964 (Mexico) [SDNTK].

CONSTRUCTORA PALACIOS PV, S.A. DE C.V., Puerto Vallarta, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Jan 2023; Organization Type: Real estate activities on a fee or contract basis; Folio Mercantil No. N-2023010539 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: PALACIOS RODRIGUEZ, Jose Eduardo).

CONSTRUCTORA ROFI S A, George Washington, No. 402, Apto. Malecon Center, Ciudad Universitaria, Dominican Republic; Tax ID No. 130098085 (Dominican Republic) [GLOMAG].

CONSTRUCTORA SANDGRIS, S. DE R.L. DE C.V., Puerto Vallarta, Jalisco, Mexico; Organization Established Date 12 Mar 2019; Organization Type: Non-specialized wholesale trade [ILLICIT-DRUGS-EO14059] (Linked To: ARREDONDO PINZON, Griselda Margarita).

CONSTRUCTORA VANIA, S.A. DE C.V., Calle 14, Poste 111, Trinidad Fuentes Ruperto, Genaro Estrada, Municipio de Sinaloa, Sinaloa, Mexico; Genaro Estrada, Sinaloa, Sinaloa, Mexico; Business Registration Document # CUD: A201309051410465765 (Mexico); Folio Mercantil No. 168954 (Mexico) [SDNTK].

CONSTRUCTORA W.L. (a.k.a. SERVICENTRO LA GRAN VIA), La Reforma, Zacapa, Guatemala; NIT # 4965647 (Guatemala) [SDNTK].

CONSTRUCTORES B2, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Organization Established Date 05 Dec 2014; Organization Type: Other business support service activities n.e.c.; Folio Mercantil No. 86548 (Mexico) [ILLICIT-DRUGS-EO14059].

CONSTRUHOGAR, San Marcos, Guatemala; Organization Type: Wholesale of construction materials, hardware, plumbing and heating equipment and supplies; NIT # 59536969 (Guatemala) [ILLICIT-DRUGS-EO14059] (Linked To: MORALES CIFUENTES, Juan Jose).

CONSULTADORIA BAIA LIMITADA (a.k.a. BAIA CONSULTING LIMITED), 7th Floor, Lun Pong Building, No. 763 Avenida da Praia Grande, Macau; Avenidada Praia Grande, No. 763, Edificio Lun Pong, 7 Andara, Macau; Organization Established Date 26 Jan 2016; Registration Number 60367 SO (Macau) [GLOMAG] (Linked To: VIEIRA DIAS, Manuel Helder).

CONSULTORIA EN CAMBIOS FALCON S.A. DE C.V., Centro Comercial Interlomas Local U-16 P.A., Boulevard Interlomas 5, Colonia La Herradura, Huixquilucan, Estado de Mexico C.P. 52784, Mexico; Paseo de la Herradura No. 5 P.A. Loc. 16, Col. La Herradura, Huixquilucan, Estado de Mexico C.P. 52784, Mexico; R.F.C. CCF-020819-183 (Mexico) [SDNT].

CONSULTORIA INTEGRAL LA FUENTE, SOCIEDAD CIVIL, Zapopan, Jalisco, Mexico; Folio Mercantil No. 26736 (Mexico) [SDNTK].

CONSULTORIAS PROFESIONALES ALMIDA, S.A. DE C.V., Puerto Vallarta, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Mar 2010; Organization Type: Accounting, bookkeeping and auditing activities; tax consultancy; Folio Mercantil No. 15471 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: IBARRA DIAZ JR., Michael).

CONTE, Ousman (a.k.a. CONTE, Ousmane); DOB 09 Sep 1963; nationality Guinea; citizen Guinea; Diplomatic Passport 00085498 (Guinea) (individual) [SDNTK].

CONTE, Ousmane (a.k.a. CONTE, Ousman); DOB 09 Sep 1963; nationality Guinea; citizen Guinea; Diplomatic Passport 00085498 (Guinea) (individual) [SDNTK].

CONTEH, Abdul Karim, 9202 C. Calz Tlaxcaltecas int.2 col Mariano Matamoros, Tijuana, Baja California, Mexico; DOB 20 Dec 1984; POB Sierra Leone; nationality Sierra Leone; citizen Sierra Leone; alt. citizen Mexico; Gender Male; Phone Number 23276596773; alt. Phone Number 529622553555; C.U.R.P. COXA841220HNENXB02 (Mexico) (individual)

[TCO] (Linked To: ABDUL KARIM CONTEH HUMAN SMUGGLING ORGANIZATION).

CONTINENTAL SINOIL GROUP LIMITED, Unit I, 3/F, Good Harvest Centre, 33 On Chuen Street, Fanling, New Territories, Hong Kong, China; Unit 83, 3/F, Yau Lee Center, No. 45 Hoi Yuen Road, Kwun Tong, Kowloon, Hong Kong 999077, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Jul 2022; Company Number 3170204 (Hong Kong); Legal Entity Number 836800NDNIU7XUU8IS41; Business Registration Number 74219776 (Hong Kong) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

CONTINENTE MOVIL Y SERVICIOS S.R.L., Urb. Residencial Santa Rosa, MZ G Lt. 20, Callao, Peru; RUC # 20383848483 (Peru) [SDNTK].

CONTINUITY ARMY COUNCIL (a.k.a. CONTINUITY IRA; a.k.a. CONTINUITY IRISH REPUBLICAN ARMY; a.k.a. REPUBLICAN SINN FEIN; a.k.a. "CIRA"), United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

CONTINUITY IRA (a.k.a. CONTINUITY ARMY COUNCIL; a.k.a. CONTINUITY IRISH REPUBLICAN ARMY; a.k.a. REPUBLICAN SINN FEIN; a.k.a. "CIRA"), United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

CONTINUITY IRISH REPUBLICAN ARMY (a.k.a. CONTINUITY ARMY COUNCIL; a.k.a. CONTINUITY IRA; a.k.a. REPUBLICAN SINN FEIN; a.k.a. "CIRA"), United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

CONTOGURIS, Petros Nikola (a.k.a. CONTOGURIS, Petros Nikolaos; a.k.a. CONTOGURIS-TROEMEL, Petros; a.k.a. "CONTOGU, Petros Nikolao"; a.k.a. "KONTOGOURIS, Petros Nikolao"), Turkey; DOB 06 Jun 1947; POB Greece; nationality Greece; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: KALININ, Alexander Vladimirovich).

CONTOGURIS, Petros Nikolaos (a.k.a. CONTOGURIS, Petros Nikola; a.k.a. CONTOGURIS-TROEMEL, Petros; a.k.a. "CONTOGU, Petros Nikolao"; a.k.a.

"KONTOGOURIS, Petros Nikolao"), Turkey; DOB 06 Jun 1947; POB Greece; nationality Greece; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: KALININ, Alexander Vladimirovich).

CONTOGURIS-TROEMEL, Petros (a.k.a. CONTOGURIS, Petros Nikola; a.k.a. CONTOGURIS, Petros Nikolaos; a.k.a. "CONTOGU, Petros Nikolao"; a.k.a. "KONTOGOURIS, Petros Nikolao"), Turkey; DOB 06 Jun 1947; POB Greece; nationality Greece; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: KALININ, Alexander Vladimirovich).

CONTREAS, Miguel Angel (a.k.a. COLOSIO, Vincente; a.k.a. LADINO AVILA, Jaime Arturo; a.k.a. "EL OJON"; a.k.a. "FAYO"), c/o GRUPO ROLA S.A. DE C.V., Colima, Colima, Mexico; Calle Jesus Ponce 1083, Colonia Jardin Vista Hermosa, Colima, Colima, Mexico; DOB 24 Jul 1964; alt. DOB 26 Aug 1962; alt. DOB 13 Nov 1964; nationality Mexico; citizen Mexico; R.F.C. LAAJ640724 (Mexico); C.U.R.P. LAAJ640724HCMDVM07 (Mexico) (individual) [SDNTK].

CONTRERAS DE CABELLO, Marleny (a.k.a. CONTRERAS DE CABELLO, Marleny Josefina; a.k.a. CONTRERAS HERNANDEZ, Marleny Josefina (Latin: CONTRERAS HERNÁNDEZ, Marleny Josefina); a.k.a. CONTRERAS, Marleny), Monagas, Venezuela; DOB 14 Jun 1963; citizen Venezuela; Gender Female; Cedula No. 6437804 (Venezuela) (individual) [VENEZUELA].

CONTRERAS DE CABELLO, Marleny Josefina (a.k.a. CONTRERAS DE CABELLO, Marleny; a.k.a. CONTRERAS HERNANDEZ, Marleny Josefina (Latin: CONTRERAS HERNÁNDEZ, Marleny Josefina); a.k.a. CONTRERAS, Marleny), Monagas, Venezuela; DOB 14 Jun 1963; citizen Venezuela; Gender Female; Cedula No. 6437804 (Venezuela) (individual) [VENEZUELA].

CONTRERAS HERNANDEZ, Marleny Josefina (Latin: CONTRERAS HERNÁNDEZ, Marleny Josefina) (a.k.a. CONTRERAS DE CABELLO, Marleny; a.k.a. CONTRERAS DE CABELLO, Marleny Josefina; a.k.a. CONTRERAS, Marleny), Monagas, Venezuela; DOB 14 Jun 1963; citizen Venezuela; Gender Female; Cedula No. 6437804 (Venezuela) (individual) [VENEZUELA].

CONTRERAS NOVOA, Hector, Avenida Chapalita No. 1015, Zapopan, Jalisco, Mexico; DOB 16 Sep 1968; Passport 03140180849 (Mexico); C.U.R.P. CONH680916HJCNVC05 (Mexico) (individual) [SDNTK].

CONTRERAS, Luis C. (a.k.a. AMEZCUA CONTRERAS, Luis Ignacio; a.k.a. AMEZCUA, Luis; a.k.a. LOPEZ, Luis; a.k.a. LOZANO, Eduardo; a.k.a. OCHOA, Salvador; a.k.a. RODRIGUEZ LOPEZ, Sergio); DOB 22 Feb 1964; alt. DOB 21 Feb 1964; alt. DOB 21 Feb 1974; POB Mexico (individual) [SDNTK].

CONTRERAS, Marleny (a.k.a. CONTRERAS DE CABELLO, Marleny; a.k.a. CONTRERAS DE CABELLO, Marleny Josefina; a.k.a. CONTRERAS HERNANDEZ, Marleny Josefina (Latin: CONTRERAS HERNÁNDEZ, Marleny Josefina)), Monagas, Venezuela; DOB 14 Jun 1963; citizen Venezuela; Gender Female; Cedula No. 6437804 (Venezuela) (individual) [VENEZUELA].

CONTRERAS, William (a.k.a. CONTRERAS, Willian Antonio), Capital District, Venezuela; DOB 17 Aug 1968; citizen Venezuela; Gender Male; Cedula No. 9953939 (Venezuela); Passport 041067710 (Venezuela) expires 12 Jan 2016; Vice Minister of Internal Commerce, within the Ministry of Popular Power of Economy and Finance; National Superintendent for the Defense of Socioeconomic Rights (SUNDDE) (individual) [VENEZUELA].

CONTRERAS, Willian Antonio (a.k.a. CONTRERAS, William), Capital District, Venezuela; DOB 17 Aug 1968; citizen Venezuela; Gender Male; Cedula No. 9953939 (Venezuela); Passport 041067710 (Venezuela) expires 12 Jan 2016; Vice Minister of Internal Commerce, within the Ministry of Popular Power of Economy and Finance; National Superintendent for the Defense of Socioeconomic Rights (SUNDDE) (individual) [VENEZUELA].

CONTROL AFZAR TABRIZ CO LTD (Arabic: شرکت کنترل افزار تبریز), No. 66, The End of Asia Street 4, Foreign Investment Town, Tabriz Road, Sufian, Tabriz, Iran; West Unit, Second Floor, No. 247, Beginning of Marzdaran, Ashrafi Isfahani Boulevard, Tehran, Iran; Unit 2, 3rd Floor, Valiasr Commercial Complex, Ghanoun Street, Valiasr Town, Tabriz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 12 Dec 2000; National ID No. 10200172180 (Iran); Chamber of Commerce Number 18103377 (Iran); Registration Number 11374 (Iran)

[NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

CONVIASA (a.k.a. CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.), Avenida Intercomunal, Edificio Sede, Sector 6.3, Maiquetia, Distrito Federal, Venezuela; Avenida Lecuna Torre Oeste Piso 49, Libertador, Caracas, Venezuela; Phone Number 53 212 5078868; RIF # G-20007774-3 (Venezuela) [VENEZUELA-EO13884].

COOPERATIVA DE AHORRO Y CREDITO CAJA RURAL NACIONAL RL (a.k.a. CARUNA RL), Calle 14 de Septiembre, Puente, el Eden 5 cuadras al Oeste, Managua, Nicaragua; Nicaragua; Costado Oeste del Registro de la Propiedad, Contiguo a la Farmacia del INSS, Colonia Centroamerica, Managua, Nicaragua; Website www.caruna.com.ni; D-U-N-S Number 85-244-5670; Organization Established Date 13 Oct 1993; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; all locations in Nicaragua [NICARAGUA] (Linked To: BANCO CORPORATIVO SA).

COOPERATIVE DES ARTISANAUX MINIERS DU CONGO (a.k.a. "CDMC"; a.k.a. "CDMC ENTITE SARL"; a.k.a. "CDMC SARL"), 084, Avenue Tulipier, Quartier Les Volcans, Commune of Goma, North Kivu, Congo, Democratic Republic of the; 4, Quartier Filtisaf, Kalemie, Tanganyika, Congo, Democratic Republic of the; Website https://cdmcentite.com; Organization Established Date 21 Jun 2017; alt. Organization Established Date 2009; National ID No. 6-118-N60346P (Congo, Democratic Republic of the) [DRCONGO].

COOPERATIVE DEVELOPMENT BANK (a.k.a. BANK-E TOSE'E TA'AVON; a.k.a. TOSEE TAAVON BANK; a.k.a. TOSE'E TA'AVON BANK), Mirdamad Blvd., North East Corner of Mirdamad Bridge, No. 271, Tehran, Iran; No. 271, 4th Floor, Mirdamad Blvd, Northeast of Mirdamad Bridge, Tehran, Iran; Website www.ttbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

COPA DE PLATA S.A. DE C.V., Culiacan, Sinaloa, Mexico; R.F.C. CPL9103222F5 (Mexico) [SDNTK].

COPCIN, Valari (a.k.a. COPEICHIN, Valerii), Plot 115, Nantale Road, Bukoto, P.O. Box 2203, Kampala, Uganda; DOB 05 Jul 1961; nationality Moldova; Gender Male; Secondary sanctions

risk: See Section 11 of Executive Order 14024.; Passport AB1893585 (Moldova) expires 08 Jun 2032; alt. Passport AB0376112 (Moldova) expires 02 Oct 2025; Identification Number 265417770002 (United Kingdom) (individual) [RUSSIA-EO14024].

COPEICHIN, Valerii (a.k.a. COPCIN, Valari), Plot 115, Nantale Road, Bukoto, P.O. Box 2203, Kampala, Uganda; DOB 05 Jul 1961; nationality Moldova; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport AB1893585 (Moldova) expires 08 Jun 2032; alt. Passport AB0376112 (Moldova) expires 02 Oct 2025; Identification Number 265417770002 (United Kingdom) (individual) [RUSSIA-EO14024].

COPETE S.A. (a.k.a. COLOMBO PERUANA DE TEJIDOS S.A.), Calle 23A No. 69B-19, Bogota, Colombia; NIT # 8001711408 (Colombia); Matricula Mercantil No 513540 (Colombia) [SDNTK].

COPEZZI INDUSTRIAL CO. LIMITED, Rm 023, 9/F Blk G, Kwai Shing Ind Bldg (Stage 2) 42-46 Tai Lin Pai Rd, Kwai Chung Nt,, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Company Number 2961310 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

COPROVA (a.k.a. COMERCIALIZACION DE PRODUCTOS VARIOS; a.k.a. COPROVA SARL), Paris, France [CUBA].

COPROVA SARL (a.k.a. COMERCIALIZACION DE PRODUCTOS VARIOS; a.k.a. COPROVA), Paris, France [CUBA].

COPY RED S.A. DE C.V., Tijuana, Baja California Norte, Mexico [SDNTK].

CORA LINES INC., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 23 Apr 2024; Identification Number IMO 0057486; Company Number 125549 (Marshall Islands) [IRAN-EO13902] (Linked To: TEODOR SHIPPING L.L.C).

CORADO ORTILLO, Jenny Judith (a.k.a. CORADO PORTILLO, Jeni Judith; a.k.a. CORADO PORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jenny Uvuive; a.k.a. CORADO PORTILLO, Jenny Yudith; a.k.a. CORADO PORTILLO, Jenny Yulith; a.k.a. CORADO, Jenny Judith; a.k.a. CORANADO PORTILLO, Jenny Judith; a.k.a. CORODO CORTILLO, Jenny Judith; a.k.a. PORTILLO

CORADO, Jeny Judith); DOB 07 Dec 1980 (individual) [TCO].

CORADO PORTILLO, Jeni Judith (a.k.a. CORADO ORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jenny Uvique; a.k.a. CORADO PORTILLO, Jenny Yudith; a.k.a. CORADO PORTILLO, Jenny Yulith; a.k.a. CORADO, Jenny Judith; a.k.a. CORANADO PORTILLO, Jenny Judith; a.k.a. CORODO CORTILLO, Jenny Judith; a.k.a. PORTILLO CORADO, Jeny Judith); DOB 07 Dec 1980 (individual) [TCO].

CORADO PORTILLO, Jenny Judith (a.k.a. CORADO ORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jeni Judith; a.k.a. CORADO PORTILLO, Jenny Uvique; a.k.a. CORADO PORTILLO, Jenny Yudith; a.k.a. CORADO PORTILLO, Jenny Yulith; a.k.a. CORADO, Jenny Judith; a.k.a. CORANADO PORTILLO, Jenny Judith; a.k.a. CORODO CORTILLO, Jenny Judith; a.k.a. PORTILLO CORADO, Jeny Judith); DOB 07 Dec 1980 (individual) [TCO].

CORADO PORTILLO, Jenny Uvique (a.k.a. CORADO ORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jeni Judith; a.k.a. CORADO PORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jenny Yudith; a.k.a. CORADO PORTILLO, Jenny Yulith; a.k.a. CORADO, Jenny Judith; a.k.a. CORANADO PORTILLO, Jenny Judith; a.k.a. CORODO CORTILLO, Jenny Judith; a.k.a. PORTILLO CORADO, Jeny Judith); DOB 07 Dec 1980 (individual) [TCO].

CORADO PORTILLO, Jenny Yudith (a.k.a. CORADO ORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jeni Judith; a.k.a. CORADO PORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jenny Uvique; a.k.a. CORADO PORTILLO, Jenny Yulith; a.k.a. CORADO, Jenny Judith; a.k.a. CORANADO PORTILLO, Jenny Judith; a.k.a. CORODO CORTILLO, Jenny Judith; a.k.a. PORTILLO CORADO, Jeny Judith); DOB 07 Dec 1980 (individual) [TCO].

CORADO PORTILLO, Jenny Yulith (a.k.a. CORADO ORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jeni Judith; a.k.a. CORADO PORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jenny Uvique; a.k.a. CORADO PORTILLO, Jenny Yudith; a.k.a. CORADO, Jenny Judith; a.k.a. CORANADO PORTILLO, Jenny Judith; a.k.a. CORODO CORTILLO, Jenny Judith; a.k.a. PORTILLO

CORADO, Jeny Judith); DOB 07 Dec 1980 (individual) [TCO].

CORADO, Jenny Judith (a.k.a. CORADO ORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jeni Judith; a.k.a. CORADO PORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jenny Uvique; a.k.a. CORADO PORTILLO, Jenny Yudith; a.k.a. CORADO PORTILLO, Jenny Yulith; a.k.a. CORANADO PORTILLO, Jenny Judith; a.k.a. CORODO CORTILLO, Jenny Judith; a.k.a. PORTILLO CORADO, Jeny Judith); DOB 07 Dec 1980 (individual) [TCO].

CORAL TRADING EST (Arabic: موسسة كورال للتجارة), Deira Riggat Al Batten, Dubai, United Arab Emirates; Unit 4, 2nd Floor, No 18, East Nahid, Jordan Street, Tehran, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Jul 2022; License 1081218 (United Arab Emirates); Economic Register Number (CBLS) 11907262 (United Arab Emirates) [SDGT] [IFSR] (Linked To: SAHARA THUNDER).

CORANADO PORTILLO, Jenny Judith (a.k.a. CORADO ORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jeni Judith; a.k.a. CORADO PORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jenny Uvique; a.k.a. CORADO PORTILLO, Jenny Yudith; a.k.a. CORADO PORTILLO, Jenny Yulith; a.k.a. CORADO, Jenny Judith; a.k.a. CORODO CORTILLO, Jenny Judith; a.k.a. PORTILLO CORADO, Jeny Judith); DOB 07 Dec 1980 (individual) [TCO].

CORDERO CARDENAS, Jose Antonio, C Eca Do Queiros 5522, Col. Vallarta Universidad, Zapopan, Jalisco 45110, Mexico; Privada Juan de la Barrera 1727, Col. Ninos Heroes, Guadalajara, Jalisco, Mexico; DOB 01 Dec 1957; POB Guadalajara, Jalisco, Mexico; citizen Mexico; Gender Male; R.F.C. COCA571201JV2 (Mexico); Credencial electoral CRCRAN57120114H000 (Mexico); C.U.R.P. COCA571201HJCRRN19 (Mexico); alt. C.U.R.P. COCA571201HJCRRN01 (Mexico); I.F.E. 3087029297960 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION; Linked To: CIRCULO REPRESENTACIONES INTERNACIONALES, S. DE R.L. DE C.V.; Linked To: CORPORATIVO INMOBILIARIO UNIVERSAL, S.A. DE C.V.; Linked To: FC GRUPO EMPRESARIAL, S.A. DE C.V.; Linked To: GRUPO GASOLINERO COJIM, S.A. DE

C.V.; Linked To: INMOBILIARIA FLORES CASTRO, S. DE R.L. DE C.V.; Linked To: RODRIGUEZ LOPEZ, S.A. DE C.V.).

CORDOBA QUINTO, Jose Emilson (a.k.a. "Negro Perea"), Colombia; DOB 31 Aug 1969; POB Istmina, Choco, Colombia; nationality Colombia; Gender Male; Cedula No. 11710361 (Colombia) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: CLAN DEL GOLFO).

CORDON, Mario (a.k.a. ARRAIZA BETANCUR, Mario Jorge; a.k.a. PAREDES CORDOVA, Jorge Mario; a.k.a. PAREDEZ CORDOVA, Jorge Mario; a.k.a. "EL GORDO"; a.k.a. "HIPER"), Morazan El Progreso, Guatemala; DOB 09 Jan 1966; POB Morazan, El Progreso, Guatemala; nationality Guatemala; citizen Guatemala; Passport 1102020001107JK (Guatemala) (individual) [SDNTK].

COREBAI MICROELECTRONICS BEIJING COMPANY LIMITED (Chinese Simplified: 芯佰微电子 北京 有限公司), Room 704, Unit 4, Building 2, 9 Fenghao Road East, Haidian District, Beijing, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 911101143979147669 (China) [RUSSIA-EO14024].

CORFU MARITIME AND TRADING S.A., Panama; Organization Established Date 21 Apr 2022; Identification Number IMO 6327601; Folio Mercantil No. 155721548 (Panama) [IRAN-EO13902].

CORIC, Valentin; DOB 23 Jun 1956; POB Citluk, Bosnia-Herzegovina (individual) [BALKANS].

CORNIELLES RUIZ, Lorena Carolina, Coche Miguel Otero Silva Vereda 80, Casa 3, Caracas, Venezuela; DOB 03 Jul 1988; nationality Venezuela; Gender Female; Cedula No. V-18967792 (Venezuela) (individual) [VENEZUELA].

CORNIOLA LIMITED (a.k.a. CORNIOLA LTD), 149, Donggang Jiedao, Putuo Qu, Zhoushan, Zhejiang 316100, China; Rm 909 G 9/F Hunghom Coml Ctr Twr A, 39 Ma Tau Wai Rd, Hunghom, Kowloon, Hong Kong, China; Identification Number IMO 6434228; Registration Number 75612503 (Hong Kong) issued 14 Aug 2023 [VENEZUELA-EO13850].

CORNIOLA LTD (a.k.a. CORNIOLA LIMITED), 149, Donggang Jiedao, Putuo Qu, Zhoushan, Zhejiang 316100, China; Rm 909 G 9/F Hunghom Coml Ctr Twr A, 39 Ma Tau Wai Rd, Hunghom, Kowloon, Hong Kong, China; Identification Number IMO 6434228; Registration Number 75612503 (Hong Kong) issued 14 Aug 2023 [VENEZUELA-EO13850].

CORODO CORTILLO, Jenny Judith (a.k.a. CORADO ORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jeni Judith; a.k.a. CORADO PORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jenny Uvique; a.k.a. CORADO PORTILLO, Jenny Yudith; a.k.a. CORADO PORTILLO, Jenny Yulith; a.k.a. CORADO, Jenny Judith; a.k.a. CORANADO PORTILLO, Jenny Judith; a.k.a. PORTILLO CORADO, Jeny Judith); DOB 07 Dec 1980 (individual) [TCO].

CORONA ROBLES, Edgar Alfonso (a.k.a. "Ponchito Corona"), C. Rejoneador 6811, Col. Hacienda del Tepeyac, Zapopan, Jalisco 45050, Mexico; Ottawa Num. Ext. 1568 Int. 4 y 5, Providencia, Seccion 1A, 2A y 3A, Guadalajara, Jalisco 44630, Mexico; DOB 25 May 1987; POB Magdalena, Jalisco, Mexico; Gender Male; R.F.C. CORE-870525-AHA (Mexico); C.U.R.P. CORE870525HJCRBD04 (Mexico) (individual) [SDNTK] (Linked To: OPERADORA LOS FAMOSOS, S.A. DE C.V.; Linked To: CARTEL DE JALISCO NUEVA GENERACION; Linked To: LOS CUINIS).

CORONA ROMERO, Alfonso (a.k.a. "Chef Poncho Corona"), Jalisco, Mexico; DOB 28 Feb 1965; POB Magdalena, Jalisco, Mexico; Gender Male; R.F.C. CORA-650228-4Q0 (Mexico); C.U.R.P. CORA650228HJCRML06 (Mexico) (individual) [SDNTK] (Linked To: OPERADORA LOS FAMOSOS, S.A. DE C.V.; Linked To: CARTEL DE JALISCO NUEVA GENERACION; Linked To: LOS CUINIS).

CORONADO MILLAN, Anibal Eduardo, Venezuela; DOB 15 Oct 1974; POB Cumana, Venezuela; nationality Venezuela; Gender Male; Cedula No. V11832584 (Venezuela) (individual) [VENEZUELA].

CORONEL BARRERAS, Ines, La Angostura, Canelas, Durango 34500, Mexico; Avenida Puebla A No. 2209, Colonia Federal, San Luis Rio Colorado, Sonora 83489, Mexico; DOB 21 Jan 1968; POB Durango, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

CORONEL VILLAREAL, Ignacio (a.k.a. "NACHO CORONEL"), Manzanillo, Colima, Mexico; DOB 01 Feb 1954; POB Veracruz, Mexico; alt. POB Canelas, Durango, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

CORPOMEDIOS GV INVERSIONES, C.A., Calle Alameda Quinta Globovision Pb, Libertador, Caracas, Venezuela [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul; Linked To: PERDOMO ROSALES, Gustavo Adolfo).

CORPOMEDIOS LLC, 4100 Salzedo Street, Unit 804, Coral Gables, FL 33146, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul; Linked To: PERDOMO ROSALES, Gustavo Adolfo).

CORPORACION ACS TRADING S.A.S. (Latin: CORPORACIÓN ACS TRADING S.A.S.), Calle 103 A No. 16 90, Apto. 603, Bogota, D.C., Colombia; NIT # 9004848078 (Colombia) [VENEZUELA-EO13850].

CORPORACION CIMEX S.A. (a.k.a. CIMEX; a.k.a. CIMEX CUBA; a.k.a. COMERCIO INTERIOR, MERCADO EXTERIOR), Edificio Sierra Maestra, Avenida Primera entre 0 y 2, Miramar Playa, Ciudad de la Habana, Cuba; and all other locations worldwide [CUBA].

CORPORACION CIMEX, S.A., Panama [CUBA].

CORPORACION DE INVERSIONES EMPRESARIALES S.A., Jr. Bolognesi 125, Oficina 1002, Lima, Peru; RUC # 20503541727 (Peru) [SDNTK].

CORPORACION HANDAL S. DE R.L., 3 Ave y 14 Calle N.O., Barrio Las Acacias, Apartado Postal No 1018, San Pedro Sula, Cortes, Honduras [SDNTK].

CORPORACION PANAMERICANA S.A., Ave. 7MA. No. 6209 E/ 62 Y 66, Playa, Miramar, Havana, Cuba [VENEZUELA-EO13850] (Linked To: CUBAMETALES).

CORPORACION VENEZOLANA DE GUAYANA MINERVEN C.A. (a.k.a. COMPANIA GENERAL DE MINERIA DE VENEZUELA; a.k.a. CVG COMPANIA GENERAL DE MINERIA DE VENEZUELA CA; a.k.a. CVG MINERVEN; a.k.a. MINERVEN), Via principal Carapal, El Callao, Bolivar, Venezuela; Zona Industrial Caratal, El Callao, Bolivar, Venezuela; National ID No. J006985970 (Venezuela) [VENEZUELA-EO13850].

CORPORATE FINANCE BANK LLC, 2/10, Build., St. Krasnaya Presnya, 24, Moscow 123376, Russia; SWIFT/BIC FABARUMM; Website www.cfb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7704111969 (Russia); Legal Entity Number 2534003AVNMLD4D2KU43; Registration Number 1027739542050 (Russia) [RUSSIA-EO14024].

CORPORATION FOR THE DEVELOPMENT OF THE FAR EAST AND THE ARCTIC (a.k.a. JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОРПОРАЦИЯ РАЗВИТИЯ ДАЛЬНЕГО ВОСТОКА И АРКТИКИ); a.k.a. "JSC FEDC"; a.k.a. "JSC KRDV" (Cyrillic: "АО КРДВ")), d. 12 etazh 15 kom. A3, naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7723356562 (Russia); Registration Number 1057723007407 (Russia) [RUSSIA-EO14024].

CORPORATIVO ARZACA, S.C. (a.k.a. CORPORATIVO ARZACA, SOCIEDAD CIVIL), Av. Adolfo Lopez Mateos 525-C, Int. 4, Col. Circunvalacion Guevara, Guadalajara, Jalisco 44680, Mexico; R.F.C. CAR130927UU3 (Mexico) [SDNTK].

CORPORATIVO ARZACA, SOCIEDAD CIVIL (a.k.a. CORPORATIVO ARZACA, S.C.), Av. Adolfo Lopez Mateos 525-C, Int. 4, Col. Circunvalacion Guevara, Guadalajara, Jalisco 44680, Mexico; R.F.C. CAR130927UU3 (Mexico) [SDNTK].

CORPORATIVO BUSSINES MX INSIDER, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Organization Established Date 02 Dec 2014; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. 86132 (Mexico) [ILLICIT-DRUGS-EO14059].

CORPORATIVO CONTROLADOR EXPLORA, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 19 Jun 2003; Organization Type: Activities of holding companies; Folio Mercantil No. 18728 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: RIVERA MIRAMONTES, Carlos Humberto).

CORPORATIVO COSTA NORTE, S.A. DE C.V., Puerto Vallarta, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Feb 2006; Organization Type: Real estate activities on a fee or contract basis; Folio Mercantil No. 13552 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: IBARRA DIAZ JR., Michael).

CORPORATIVO DE TRANSFERENCIAS INTERNACIONALES DE BIENES RAICES, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 May 2012; Organization Type: Real estate activities on a fee or contract basis; Folio Mercantil No. 67922 (Mexico)

[SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: PALACIOS RODRIGUEZ, Jose Eduardo).

CORPORATIVO FEARFI, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 88504 (Jalisco) (Mexico) [SDNTK].

CORPORATIVO GAXIOLA HERMANOS S.A. DE C.V. (a.k.a. TEMPLE DEL PITIC S.A. DE C.V.), Blvd. Francisco Eusebio Kino 177-7, Col. 5 de Mayo, Hermosillo, Sonora 83010, Mexico; Avenida Angel Garcia Aburto #62, Colonia Loma Linda, Hermosillo, Sonora, Mexico; Colonizadores No. 83D, Colonia Las Quintas, Esq. Quintas de las Aves, Hermosillo, Sonora 83240, Mexico; Blvd Rodriguez 108, Col Centro, Hermosillo, Sonora, Mexico; R.F.C. CGH960503DL9 (Mexico); d.b.a. "ANARQUIA PAINTBALL" [SDNTK].

CORPORATIVO INMOBILIARIO UNIVERSAL, S.A. DE C.V., Zapopan, Jalisco, Mexico; Cuitlahuac 435, Depto. 4, Zapopan, Jalisco 45050, Mexico; Juan Sebastian Bach 5187, Col. Residencial La Estancia, Zapopan, Jalisco, Mexico; Folio Mercantil No. 19451 (Jalisco) (Mexico) [SDNTK].

CORPORATIVO INTEGRAL DE LA COSTA, S.A. DE C.V., Puerto Vallarta, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Feb 2006; Organization Type: Real estate activities on a fee or contract basis; Folio Mercantil No. 13557 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: IBARRA DIAZ JR., Michael).

CORPORATIVO SOPORTE LEGAL RECOVERY, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Organization Established Date 23 Oct 2014; Organization Type: Other business support service activities n.e.c.; Folio Mercantil No. 85329 (Mexico) [ILLICIT-DRUGS-EO14059].

CORPORATIVO SOSVAL, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Nebulosa 2781, Col. Jardines del Bosque, Guadalajara, Jalisco 44520, Mexico; Nebulosa. 2781-14, Col. Jardines del Bosque, Guadalajara, Jalisco 44520, Mexico; R.F.C. CSO130410P32 (Mexico); Folio Mercantil No. 73550 (Jalisco) (Mexico) [SDNTK].

CORPORATIVO SUSHI PROVI S. DE R.L. DE C.V., Ottawa #1568 Int 4 y 5, Col. Providencia 1A, 2A y 3A, Guadalajara, Jalisco, Mexico; R.F.C. CSP-180321-823 (Mexico) [SDNTK].

CORPORATIVO TITLE I, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 85318 (Mexico) [ILLICIT-DRUGS-EO14059].

CORPORATIVO TS BUSINESS INC, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 86007 (Mexico) [ILLICIT-DRUGS-EO14059].

CORRALES SAN IGNACIO S.P.R. DE R.L. DE C.V., Domicilio en Ejido Ancon de Carros, Saucillo, Chihuahua, Mexico; R.F.C. CSI-000516-2U3 (Mexico) [SDNTK].

CORREA SALAS, Euclides, Turbo, Antioquia, Colombia; DOB 15 Mar 1975; POB Choco, Colombia; nationality Colombia; Gender Male; Cedula No. 71983546 (Colombia) (individual) [SDNTK].

COSAILING BUSINESS TRADING COMPANY LIMITED, 2808 Number 1 Building, 98 Nanjing Road, Shinan District, Qingdao, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

COSCO SHIPPING SEAMAN SHP MGMT (a.k.a. COSCO SHIPPING TANKER (DALIAN) SEAMAN AND SHIP MANAGEMENT CO., LTD.), 29, Qiqi Jie, Zhongshan Qu, Dalian, Liaoning 116001, China; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii) [IRAN-EO13846].

COSCO SHIPPING TANKER (DALIAN) SEAMAN AND SHIP MANAGEMENT CO., LTD. (a.k.a. COSCO SHIPPING SEAMAN SHP MGMT), 29, Qiqi Jie, Zhongshan Qu, Dalian, Liaoning 116001, China; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information:

SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii) [IRAN-EO13846].

COSMAN, Ronald Eric, Switzerland; DOB 18 Mar 1950; nationality Switzerland; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport X8647919 (Switzerland) (individual) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

COSMO RESOURCES PTE. LTD., 6 Raffles Quay #14-04/05, Singapore; Registration Number 202004238H (Singapore) [VENEZUELA-EO13850].

COSMOS LINES INC, 1/49, East Street, Vadakkumangudi, Thanjavur 614303, India; Marshall Islands; Organization Established Date 10 May 2024; Identification Number IMO 6511361; Business Registration Number 125870 (Marshall Islands) [IRAN-EO13846].

COSTILLA SANCHEZ, Jorge (a.k.a. COSTILLA SANCHEZ, Jorge Eduardo), Mexico; Andador 2 o 20, No. 13, Fraccionamiento Los Sauces, Matamoros, Tamaulipas, Mexico; Playa Mocamba y Playa Encantada No. 14, Colonia Playa Sol, Matamoros, Tamaulipas, Mexico; Calle Sierra Nevada No. 633, Fraccionamiento Fuentes, Seccion Lomas, Reynosa, Tamaulipas, Mexico; DOB 01 Aug 1971; alt. DOB 06 Jan 1971; alt. DOB 01 Jun 1971; alt. DOB 06 Jun 1971; POB Mexico; nationality Mexico; citizen Mexico; Electoral Registry No. CSSNJR71010628H801 (Mexico) (individual) [SDNTK].

COSTILLA SANCHEZ, Jorge Eduardo (a.k.a. COSTILLA SANCHEZ, Jorge), Mexico; Andador 2 o 20, No. 13, Fraccionamiento Los Sauces, Matamoros, Tamaulipas, Mexico; Playa Mocamba y Playa Encantada No. 14, Colonia Playa Sol, Matamoros, Tamaulipas, Mexico; Calle Sierra Nevada No. 633, Fraccionamiento Fuentes, Seccion Lomas, Reynosa, Tamaulipas, Mexico; DOB 01 Aug 1971; alt. DOB 06 Jan 1971; alt. DOB 01 Jun 1971; alt. DOB 06 Jun 1971; POB Mexico; nationality Mexico; citizen Mexico; Electoral Registry No. CSSNJR71010628H801 (Mexico) (individual) [SDNTK].

COSUR LTDA. (a.k.a. CIA. CONSTRUCTORA Y COMERCIALIZADORA DEL SUR LTDA.; a.k.a. HOTEL PALACE), Avenida El Dorado Entrada 2 Int. 6, Bogota, Colombia; NIT # 890329758-7 (Colombia) [SDNT].

COTEI, Milan, Italy [CUBA].

COUNCIL OF CHARITY AND SOLIDARITY (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA

LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

COVART ENERGY LIMITED, 5/F, Lee Garden Three, 1 Sunning Road, Causeway Bay, Hong Kong, China; Ofis 417, Ul. Maksima Gorkogo 276, Rostov-na-Donu 344019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Nov 2019; Identification Number IMO 6357849; Registration Number 2890985 (Hong Kong) [RUSSIA-EO14024].

CPMIEC (a.k.a. CHINA NATIONAL PRECISION MACHINERY I/E CORP.; a.k.a. CHINA NATIONAL PRECISION MACHINERY IMPORT/EXPORT CORPORATION; a.k.a. CHINA PRECISION MACHINERY IMPORT/EXPORT CORPORATION; a.k.a. ZHONGGUO JINGMI JIXIE JINCHUKOU ZONGGONGSI), No. 30 Haidian Nanlu, Beijing, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

CPMIEC SHANGHAI PUDONG COMPANY (a.k.a. CHINA JMM IMPORT & EXPORT SHANGHAI PUDONG CORPORATION; a.k.a. CHINA JMM IMPORT AND EXPORT SHANGHAI PUDONG CORPORATION), 13/F Yuhang Building No. 525, Sichuan Road (North), Shanghai, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

CRAFTWAY CORPORATON PLS (a.k.a. AO KRAFTVEI KORPOREISHN PLS; a.k.a. AO KRAFTWAY PSC; a.k.a. JOINT STOCK COMPANY KRAFTVEY KORPOREYSHN PLS; a.k.a. JOINT STOCK COMPANY KRAFTWAY CORPORATION PLS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КРАФТВЭЙ КОРПОРЭЙШН ПЛС); a.k.a. JSC KRAFTVEY KORPOREYSHN PLS; a.k.a. JSC KRAFTWAY CORPORATION PLC), Sh. Kievskoe d. 64, Obninsk, Kaluga Region 249032, Russia; 16, 3rd Mytishchinskaya Street, Moscow 129626, Russia; Website kraftway.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Other information technology and computer service activities; Tax ID No. 5018037096 (Russia); Registration Number 1025002041525 (Russia) [RUSSIA-EO14024].

CRAS (a.k.a. ADVANCED SYSTEMS RESEARCH COMPANY; a.k.a. ASRC; a.k.a. CENTER FOR ADVANCED SYSTEMS RESEARCH; a.k.a. PISHRO COMPANY; a.k.a. PISHRO SYSTEMS RESEARCH COMPANY), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

CRAWFORD, Shane Asadullah (a.k.a. CRAWFORD, Shane Dominic; a.k.a. "Abu Sa'd at-Trinidadi"; a.k.a. "Asad"; a.k.a. "Asadullah"), Syria; DOB 22 Feb 1986; POB Trinidad and Tobago; nationality Trinidad and Tobago; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

CRAWFORD, Shane Dominic (a.k.a. CRAWFORD, Shane Asadullah; a.k.a. "Abu Sa'd at-Trinidadi"; a.k.a. "Asad"; a.k.a. "Asadullah"), Syria; DOB 22 Feb 1986; POB Trinidad and Tobago; nationality Trinidad and Tobago; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

CREATIVE PYTHON (a.k.a. CREATIVE PYTHON L.L.C. (Arabic: كريتف بايثون ش.ذ.م.م)), Burlington Tower, 2806, Business Bay, Dubai, United Arab Emirates; Website www.creative-python.com; Organization Established Date 29 Feb 2020; Organization Type: Professional, scientific, and technical activities; License 882080 (United Arab Emirates); Registration Number 11504889 (United Arab Emirates) [SUDAN-EO14098] (Linked To: AHMMED, Abu Dharr Abdul Nabi Habiballa).

CREATIVE PYTHON L.L.C. (Arabic: كريتف بايثون ش.ذ.م.م) (a.k.a. CREATIVE PYTHON), Burlington Tower, 2806, Business Bay, Dubai, United Arab Emirates; Website www.creative-python.com; Organization Established Date 29 Feb 2020; Organization Type: Professional, scientific, and technical activities; License 882080 (United Arab Emirates); Registration Number 11504889 (United Arab Emirates) [SUDAN-EO14098] (Linked To: AHMMED, Abu Dharr Abdul Nabi Habiballa).

CREDISA S.A. (f.k.a. COMERCIALIZADORA AUTOMOTRIZ S.A.), Avenida 7 Norte No. 23N-81, Cali, Colombia; Avenida 7 Norte No. 23-77, Cali, Colombia; Carrera 7D Bis No. 68-58, Cali, Colombia; NIT # 800065773-6 (Colombia) [SDNT].

CREDIT BANK OF MOSCOW (Cyrillic: МОСКОВСКИЙ КРЕДИТНЫЙ БАНК) (a.k.a. CREDIT BANK OF MOSCOW PJSC (Cyrillic: ПАО МОСКОВСКИЙ КРЕДИТНЫЙ БАНК); a.k.a. CREDIT BANK OF MOSCOW PUBLIC JOINT STOCK COMPANY), Lukov pereulok 2, bldg. 1, Moscow 107045, Russia; SWIFT/BIC MCRBRUMM; Website www.mkb.ru; BIK (RU) 044525659; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1992; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new

equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Registration ID 1027739555282 (Russia); Tax ID No. 7734202860 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

CREDIT BANK OF MOSCOW PJSC (Cyrillic: ПАО МОСКОВСКИЙ КРЕДИТНЫЙ БАНК) (a.k.a. CREDIT BANK OF MOSCOW (Cyrillic: МОСКОВСКИЙ КРЕДИТНЫЙ БАНК); a.k.a. CREDIT BANK OF MOSCOW PUBLIC JOINT STOCK COMPANY), Lukov pereulok 2, bldg. 1, Moscow 107045, Russia; SWIFT/BIC MCRBRUMM; Website www.mkb.ru; BIK (RU) 044525659; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1992; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Registration ID 1027739555282 (Russia); Tax ID No. 7734202860 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

CREDIT BANK OF MOSCOW PUBLIC JOINT STOCK COMPANY (a.k.a. CREDIT BANK OF MOSCOW (Cyrillic: МОСКОВСКИЙ КРЕДИТНЫЙ БАНК); a.k.a. CREDIT BANK OF MOSCOW PJSC (Cyrillic: ПАО МОСКОВСКИЙ КРЕДИТНЫЙ БАНК)), Lukov pereulok 2, bldg. 1, Moscow 107045, Russia; SWIFT/BIC MCRBRUMM; Website www.mkb.ru; BIK (RU) 044525659; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209; Organization Established Date 1992; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Registration ID 1027739555282 (Russia); Tax ID No. 7734202860 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

CREDIT INSTITUTION FOR DEVELOPMENT, 53 Saanee, Jahan-e Koodak, Crossroads Africa St., Tehran, Iran [IRAN].

CRESTA LOJISTIK ITHALAT IHRACAT TICARET LIMITED SIRKETI (a.k.a. CRESTA LOJISTIK ITHALAT IHRACAT TICARET SIRKETI), 34662 Barbaros Mah Mutevelli Cesme Cad No: 15 C Uskudar, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2150611577 (Turkey) [RUSSIA-EO14024].

CRESTA LOJISTIK ITHALAT IHRACAT TICARET SIRKETI (a.k.a. CRESTA LOJISTIK ITHALAT IHRACAT TICARET LIMITED SIRKETI), 34662 Barbaros Mah Mutevelli Cesme Cad No: 15 C Uskudar, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2150611577 (Turkey) [RUSSIA-EO14024].

CRIADERO LA LUISA E.U. (f.k.a. INDUSTRIA AGROPECUARIA SANTA ELENA LTDA.), Avenida 7 Norte No. 23N-81, Cali, Colombia; Avenida 7 Norte No. 23-77, Cali, Colombia; Calle 15 No. 26-400, Cali, Colombia; Jamundi, Valle, Colombia; NIT # 860503330-5 (Colombia) [SDNT].

CRIMEAN ENTERPRISE AZOV DISTILLERY PLANT (a.k.a. AZOVSKY LIKEROGORILCHANY ZAVOD, KRYMSKE RESPUBLIKANSKE PIDPRYEMSTVO; a.k.a. AZOVSKY LIKEROVO-DOCHNY ZAVOD; a.k.a. CRIMEAN REPUBLICAN ENTERPRISE AZOV DISTILLERY; a.k.a. CRIMEAN

REPUBLICAN ENTERPRISE AZOVSKY LIKEROVODOCHNY ZAVOD; a.k.a. KRYMSKE RESPUBLIKANSKE PIDPRYEMSTVO AZOVSKY LIKEROGORILCHANY ZAVOD), Bud. 40 vul. Zaliznychna, Smt Azovske, Dzhankoisky R-N, Crimea 96178, Ukraine; 40 Railway St., Azov, Dzhankoy District 96178, Ukraine; 40 Zeleznodorozhnaya str., Azov, Jankoysky District 96178, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01271681 (Ukraine) [UKRAINE-EO13685].

CRIMEAN PORTS (a.k.a. STATE UNITARY ENTERPRISE OF THE REPUBLIC OF CRIMEA 'CRIMEAN PORTS'; a.k.a. SUE RK 'CRIMEAN PORTS'; a.k.a. "SUE RC 'KMP'"), 28 Kirov Street, Kerch, Republic of Crimea 98312, Ukraine; Email Address crimeaport@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102012620; V.A.T. Number 9111000450 [UKRAINE-EO13685].

CRIMEAN RAILWAY (a.k.a. FEDERAL STATE UNITARY ENTERPRISE 'CRIMEAN RAILWAY'; a.k.a. KRYMZHD; a.k.a. THE RAILWAYS OF CRIMEA), 34 Pavlenko Street, Simferopol, Republic of Crimea 95006, Ukraine; Website http://www.crimearw.ru; Email Address ngkkjd@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1159102022738; V.A.T. Number 9102157783 [UKRAINE-EO13685].

CRIMEAN REPUBLICAN ENTERPRISE AZOV DISTILLERY (a.k.a. AZOVSKY LIKEROGORILCHANY ZAVOD, KRYMSKE RESPUBLIKANSKE PIDPRYEMSTVO; a.k.a. AZOVSKY LIKEROVO-DOCHNY ZAVOD; a.k.a. CRIMEAN ENTERPRISE AZOV DISTILLERY PLANT; a.k.a. CRIMEAN REPUBLICAN ENTERPRISE AZOVSKY LIKEROVODOCHNY ZAVOD; a.k.a. KRYMSKE RESPUBLIKANSKE PIDPRYEMSTVO AZOVSKY LIKEROGORILCHANY ZAVOD), Bud. 40 vul. Zaliznychna, Smt Azovske, Dzhankoisky R-N, Crimea 96178, Ukraine; 40 Railway St., Azov, Dzhankoy District 96178, Ukraine; 40 Zeleznodorozhnaya str., Azov, Jankoysky District 96178, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01271681 (Ukraine) [UKRAINE-EO13685].

CRIMEAN REPUBLICAN ENTERPRISE AZOVSKY LIKEROVODOCHNY ZAVOD (a.k.a. AZOVSKY LIKEROGORILCHANY ZAVOD, KRYMSKE RESPUBLIKANSKE PIDPRYEMSTVO; a.k.a. AZOVSKY LIKEROVO-DOCHNY ZAVOD; a.k.a. CRIMEAN ENTERPRISE AZOV DISTILLERY PLANT; a.k.a. CRIMEAN REPUBLICAN ENTERPRISE AZOV DISTILLERY; a.k.a. KRYMSKE RESPUBLIKANSKE PIDPRYEMSTVO AZOVSKY LIKEROGORILCHANY ZAVOD), Bud. 40 vul. Zaliznychna, Smt Azovske, Dzhankoisky R-N, Crimea 96178, Ukraine; 40 Railway St., Azov, Dzhankoy District 96178, Ukraine; 40 Zeleznodorozhnaya str., Azov, Jankoysky District 96178, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01271681 (Ukraine) [UKRAINE-EO13685].

CRIMEAN STATE AVIATION ENTERPRISE UNIVERSAL-AVIA (a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL; a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL-AVIA; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE UNIVERSAL-AVIA; a.k.a. STATE ENTERPRISE UNIVERSAL-AVIA; a.k.a. UNIVERSAL-AVIA, CRIMEA STATE AVIATION ENTERPRISE; a.k.a. UNIVERSAL-AVIA, GUP RK), 5, Aeroflotskaya Street, Simferopol, Crimea 95024, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1159102026742; Tax ID No. 9102159300; Government Gazette Number 00830954 [UKRAINE-EO13685].

CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ) (a.k.a. CRIMINALISTICS INSTITUTE OF THE CENTER FOR SPECIAL TECHNOLOGY OF THE FSB OF RUSSIA (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ЦЕНТРА СПЕЦИАЛЬНОЙ ТЕХНИКИ ФСБ РОССИИ); a.k.a. FSB CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ФСБ); a.k.a. FSB SPECIAL TECHNOLOGY CENTER'S INSTITUTE OF CRIMINOLOGY; a.k.a. INSTITUT KRIMINALISTIKI; a.k.a. MILITARY UNIT 34435; a.k.a. RESEARCH INSTITUTE - 2; a.k.a. "NII-2"), Akademika Vargi Street 2, Moscow, Russia [NPWMD].

CRIMINALISTICS INSTITUTE OF THE CENTER FOR SPECIAL TECHNOLOGY OF THE FSB OF RUSSIA (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ЦЕНТРА СПЕЦИАЛЬНОЙ ТЕХНИКИ ФСБ РОССИИ) (a.k.a. CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ); a.k.a. FSB CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ФСБ); a.k.a. FSB SPECIAL TECHNOLOGY CENTER'S INSTITUTE OF CRIMINOLOGY; a.k.a. INSTITUT KRIMINALISTIKI; a.k.a. MILITARY UNIT 34435; a.k.a. RESEARCH INSTITUTE - 2; a.k.a. "NII-2"), Akademika Vargi Street 2, Moscow, Russia [NPWMD].

CRIMSON BLUE TRADING CO., LIMITED, Room D5, 5/F, King Yip Factory Building, No. 59 King Yip Street, Kwun Tong, Kowloon, Hong Kong, China; Organization Established Date 18 Sep 2023; Business Registration Number 75720467 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

CRIOS SHIPPING L.L.C (Arabic: كريوس للملاحة ش.ذ.م.م), Office 1104, Maze Tower, Sheikh Zayed Road, Dubai, United Arab Emirates; Bur Dubai Trade Centre 1, Dubai, United Arab Emirates; Organization Established Date 15 Oct 2020; Identification Number IMO 6203527; Registration Number 911030 (United Arab Emirates); Economic Register Number (CBLS) 11559220 (United Arab Emirates) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

CRISTOBAL MARINE CORP. (a.k.a. CRISTOBAL MARINE CORPORATION), Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 18 Dec 2017; Identification Number IMO 6027727; Registration Number 94485 (Marshall Islands) [IRAN-EO13902] (Linked To: ROSE SHIPPING LIMITED).

CRISTOBAL MARINE CORPORATION (a.k.a. CRISTOBAL MARINE CORP.), Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 18 Dec 2017; Identification Number IMO 6027727; Registration Number 94485 (Marshall Islands) [IRAN-EO13902] (Linked To: ROSE SHIPPING LIMITED).

CRIUS LIMITED, Block 3, Un Shing House Phase 3, Un Chau Street, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2022; Identification Number IMO 6355621 [UKRAINE-EO13662] [RUSSIA-EO14024].

CRN GROUP (a.k.a. CASPIAN ENERGY MANAGEMENT LIMITED LIABILITY COMPANY; a.k.a. CASPIAN ENERGY PROJECTS LIMITED LIABILITY COMPANY; a.k.a. CNRG MANAGEMENT; f.k.a. CNRG PROJECTS; a.k.a. LIMITED LIABILITY COMPANY KASPIYSKAYA ENERGIYA ADMINISTRATION OFFICE; a.k.a. "CNRG"), 60, Admiral Nakhimov St., Astrakhan 414018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Feb 2011; Tax ID No. 3017065795 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

CROCUS NANOELECTRONICS (a.k.a. LIMITED LIABILITY COMPANY KROKUS NANOELEKTRONIKA), 42k5 Volgogradsky Ave, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 May 2011; Tax ID No. 7710889933 (Russia); Registration Number 1117746411529 (Russia) [RUSSIA-EO14024].

CROMWELL, Mark (a.k.a. "Demon"; a.k.a. "Diamond"), Lot 40 Vigilance, East Coast Demerara, Guyana; Lot 10 Buxton, East Coast Demerara, Guyana; DOB 29 Mar 1982; POB Guyana; nationality Guyana; citizen Guyana; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

CROSBY, David Paul, Zimbabwe; DOB 05 May 1990; nationality United Kingdom; Gender Male; Passport 507244751 (United Kingdom) expires 18 Nov 2021 (individual) [GLOMAG] (Linked To: PATTNI, Kamlesh Mansukhlal Damji).

CROWLANDS, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Organization Established Date 20 May 2019; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. N-2019039320 (Mexico) [ILLICIT-DRUGS-EO14059].

CROWN AUTO TRADE (a.k.a. CROWN AUTO TRADING; a.k.a. CROWN AUTOMOBILES), Havana Street, Juba, South Sudan [SOUTH SUDAN] (Linked To: OLAWO, Obac William).

CROWN AUTO TRADING (a.k.a. CROWN AUTO TRADE; a.k.a. CROWN AUTOMOBILES),

Havana Street, Juba, South Sudan [SOUTH SUDAN] (Linked To: OLAWO, Obac William).

CROWN AUTOMOBILES (a.k.a. CROWN AUTO TRADE; a.k.a. CROWN AUTO TRADING), Havana Street, Juba, South Sudan [SOUTH SUDAN] (Linked To: OLAWO, Obac William).

CROWN BUS SERVICES LIMITED (a.k.a. CROWN BUS SERVICES LTD), Plot LR No. 4275/67, The Office Park, Riverside Drive, Nairobi, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number C110486 (Kenya) [SDGT] (Linked To: AWALE, Mohamed Jumale Ali).

CROWN BUS SERVICES LTD (a.k.a. CROWN BUS SERVICES LIMITED), Plot LR No. 4275/67, The Office Park, Riverside Drive, Nairobi, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number C110486 (Kenya) [SDGT] (Linked To: AWALE, Mohamed Jumale Ali).

CRP (a.k.a. CETNIK RAVNAGORSKI POKRET) [BALKANS].

CRUDE OIL INDUSTRY MINISTRY (a.k.a. GENERAL BUREAU OF PETROLEUM INDUSTRY; a.k.a. MINISTRY OF CRUDE OIL; a.k.a. MINISTRY OF CRUDE OIL INDUSTRY), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

CRUISE MISSILE INDUSTRY GROUP (a.k.a. 8TH IMAM INDUSTRIES GROUP; a.k.a. CRUISE SYSTEMS INDUSTRY GROUP; a.k.a. NAVAL DEFENCE MISSILE INDUSTRY GROUP; a.k.a. SAMEN AL-A'EMMEH INDUSTRIES GROUP), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

CRUISE SYSTEMS INDUSTRY GROUP (a.k.a. 8TH IMAM INDUSTRIES GROUP; a.k.a. CRUISE MISSILE INDUSTRY GROUP; a.k.a. NAVAL DEFENCE MISSILE INDUSTRY GROUP; a.k.a. SAMEN AL-A'EMMEH INDUSTRIES GROUP), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

CRUZ OVALLE, Juan Carlos (a.k.a. "EL HIELERO"), 5 Calle, 1-35, Zona 1, Tecun Uman, Ayutla, San Marcos, Guatemala; DOB 11 Sep 1975; alt. DOB 06 Nov 1975; POB Puerto Barrios, Izabal, Guatemala; nationality Guatemala; Gender Male; Cedula No. L-1225277 (Guatemala); NIT # 844191K (Guatemala); C.U.I. 1678215981801 (Guatemala) (individual) [SDNTK] (Linked To: JC CAR AUDIO; Linked To: STAR MARKET MELANYE).

CRUZITA NOVEDADES (a.k.a. NOVEDADES CRUZITA), Sinaloa, Sinaloa 81960, Mexico [SDNTK].

CRYMSA (a.k.a. COMERCIAL DE RODAJES Y MAQUINARIA, S.A.), Jose Lazaro Galdeano 6-6, Madrid 28016, Spain [CUBA].

CRYMSA - ARGENTINA, S.A., Buenos Aires, Argentina [CUBA].

CRYNOFIST AVIATION FZCO (Arabic: كرينوفيست افييشن ش.م.ج), 9Wb 159-So-26, First Floor, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 05159 (United Arab Emirates) [RUSSIA-EO14024].

CRYOGAS VYSOTSK LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY KRIOGAZ VYSOTSK), d. 3 str. 96, proezd Kislitsinski, Vysotskaya Ter., Leningradskaya Obl. 188909, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728863750 (Russia); Registration Number 5137746148876 (Russia) [RUSSIA-EO14024].

CRYOGENMASH (a.k.a. CRYOGENMASH JOINT STOCK COMPANY; a.k.a. KRIOGENMASH OAO; f.k.a. OPEN JOINT STOCK COMPANY CRYOGENMASH; a.k.a. OPEN JOINT-STOCK COMPANY KRIOGENNOGO MASHINOSTROYENIA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO KRIOGENNOGO MASHINOSTROENIYA), 67, Lenin Avenue, Balashikha, Moscow Region 143907, Russia; 36 Lenina Prospekt, Balashikha G. 143907, Russia; Website www.cryogenmash.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Oct 1945; Registration ID 1025000513878 (Russia); Tax ID No. 5001000066 (Russia); Government Gazette Number 05747985 (Russia); For more information on directives, please visit the following link: https://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMBANK JOINT STOCK COMPANY).

CRYOGENMASH JOINT STOCK COMPANY (a.k.a. CRYOGENMASH; a.k.a. KRIOGENMASH OAO; f.k.a. OPEN JOINT STOCK COMPANY CRYOGENMASH; a.k.a. OPEN JOINT-STOCK COMPANY KRIOGENNOGO MASHINOSTROYENIA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO KRIOGENNOGO MASHINOSTROENIYA), 67, Lenin Avenue, Balashikha, Moscow Region 143907, Russia; 36 Lenina Prospekt, Balashikha G. 143907, Russia; Website www.cryogenmash.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Oct 1945; Registration ID 1025000513878 (Russia); Tax ID No. 5001000066 (Russia); Government Gazette Number 05747985 (Russia); For more information on directives, please visit the following link: https://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMBANK JOINT STOCK COMPANY).

CRYOTRADE ENGINEERING (a.k.a. KRIOTREID INZHINIRING), Pr-d Polesskii D. 14A, Et 1, Pom. II, Kom 1, Moscow 125367, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733250163 (Russia); Registration Number 1157746856519 (Russia) [RUSSIA-EO14024].

CRYPTANET OU (f.k.a. BULLIONSWIFT OU), Narva Mnt 7-634, Tallinn 10117, Estonia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Feb 2019; Tax ID No. 14658163 (Estonia) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

CRYPTEX (a.k.a. INTERNATIONAL PAYMENT SERVICE PROVIDER LLC), Euro House, Richmond Hill Road, P.O. Box 2897, Kingstown, Saint Vincent and the Grenadines; Website cryptex.net; Digital Currency Address - XBT 13JtX4h7G5ZuNK5mFudKGq9DHLvvMFuNuz; Digital Currency Address - ETH 0x0931cA4D13BB4ba75D9B7132AB690265D7

49a5E7; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Digital Currency Address - LTC M8yFL6SFC6TreATegTyuSYkDfDRbisdpT3; Organization Established Date 01 Dec 2021; Digital Currency Address - TRX TTUDyVhhpCC1xJoPmWzdjLAzeoPwbSABdr; Business Registration Number 1628 (Saint Vincent and the Grenadines) [CYBER2] [RUSSIA-EO14024].

CRYPTO EXPLORER DMCC (Arabic: كريبتو إكسبلورر م.د.م.س); Cyrillic: КРИПТО ЭКСПЛОРЕР ДМСИСИ) (a.k.a. AWEX CRYPTO EXPLORER DMCC; a.k.a. "AWEX"; a.k.a. "BANKOFF"), 12 Presnenskaya Embankment (Federation Tower), Moscow City, Moscow 123317, Russia; 612 Gold Crest Executive Tower, Jumeirah Lake Towers, Dubai, United Arab Emirates; Website https://www.awex.pro; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Aug 2023; Registration Certificate Number (Dubai) DMCC193946 (United Arab Emirates); License DMCC-852167 (United Arab Emirates); Economic Register Number (CBLS) 11934635 (United Arab Emirates) [RUSSIA-EO14024].

CRYPTOVENIENCE OU, Vabaduse Pst 174B, Tallinn 10917, Estonia; Pollu tn 135-11, Tallinn 10917, Estonia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Jul 2018; V.A.T. Number EE102105942 (Estonia); Tax ID No. 14518456 (Estonia) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

CRYSTAL GAS FZE (Arabic: كريستال غاز م م ح), Office No: E2-125f-34, E-LOB, Hamriya Free Zone, Sharjah, United Arab Emirates; Organization Established Date 02 Jul 2013; Commercial Registry Number 11580166 (United Arab Emirates); License 11014 (United Arab Emirates) [IRAN-EO13902].

CS YONETIM VE DESTEK HIZMETLERI LIMITED SIRKETI, Egs Business Park Bloklari, Giris Kat Yesilkoy Mah. Bakirkoy, Istanbul 34149, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 800149 (Turkey) [RUSSIA-EO14024].

CSKA BASKETBALL CLUB (Cyrillic: БАСКЕТБОЛЕН КЛУБ ЦСКА) (a.k.a. PROFESIONALEN BASKETBOLEN KLUB TSSKA 48 AD; a.k.a. PROFESSIONAL BASKETBALL CLUB-CSKA-48 AD), Bul. Dragan Tsankov, N3, Stadion-Tsska, Sofia 1164, Bulgaria; Organization Established Date 2003; V.A.T. Number BG 131083632 (Bulgaria) [GLOMAG] (Linked To: NOVE-AD-HOLDING AD).

CSOFT DEVELOPMENT (a.k.a. AO SISOFT DEVELOPMENT), Ul. Boitsovaya D. 17, K. 3, Pomeshch. 12 Komnata 3B, Moscow 107150, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722570620 (Russia); Registration Number 1067746335711 (Russia) [RUSSIA-EO14024].

CSOFT DEVELOPMENT, Ul. Boitsovaya D. 17, K. 3, Pomeshch. 12 Komnatad 3B, Moscow 107150, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722570620 (Russia); Registration Number 1067746335711 (Russia) [RUSSIA-EO14024].

CTAT GIDA VE SAGLIK URUNLERI SANAYI VE TICARET ANONIM SIRKETI, No. 29 Denizbank Ust Sitesi, Resitpasa Mah. Yol Sok., Sariyer, Istanbul 34467, Turkey; Istinye Mah. Bostan Sok. No. 12, Sariyer, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Istanbul Chamber of Comm. No. 801971 (Turkey); Registration Number 801067-0 (Turkey); Central Registration System Number 0215-0245-8590-0012 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

CTEX COMPANY FOR EXCHANGE S.A.L. (a.k.a. CTEX EXCHANGE; a.k.a. "CURRENCY TRANSFER EXCHANGE"), Ahmad Chawki Street, Beirut, Lebanon; Website www.ctexlb.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 2061281 (Lebanon) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

CTEX EXCHANGE (a.k.a. CTEX COMPANY FOR EXCHANGE S.A.L.; a.k.a. "CURRENCY TRANSFER EXCHANGE"), Ahmad Chawki Street, Beirut, Lebanon; Website www.ctexlb.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 2061281 (Lebanon) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

CTL DIS TICARET LIMITED SIRKETI (Latin: CTL DIŞ TICARET LIMITED ŞIRKETI) (a.k.a. CTL FOREIGN TRADE LIMITED COMPANY), Nisbetiye Mah. Gazi Gucnar Sok. Uygur Is Merkezi Blok No: 4, Ic Kapi No: 2 Besiktas, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 371545-5 (Turkey) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY LOGISTIC INTERNATIONAL SERVIS).

CTL FOREIGN TRADE LIMITED COMPANY (a.k.a. CTL DIS TICARET LIMITED SIRKETI (Latin: CTL DIŞ TICARET LIMITED ŞIRKETI)), Nisbetiye Mah. Gazi Gucnar Sok. Uygur Is Merkezi Blok No: 4, Ic Kapi No: 2 Besiktas, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 371545-5 (Turkey) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY LOGISTIC INTERNATIONAL SERVIS).

CUBACANCUN CIGARS AND GIFT SHOPS, Cancun, Mexico [CUBA].

CUBAEXPORT, Spain [CUBA].

CUBAFRUTAS, Spain [CUBA].

CUBAMETALES (a.k.a. EMPRESA CUBANA EXPORTADORA E IMPORTADORA DE METALES, COMBUSTIBLES Y LUBRICANTES; a.k.a. EMPRESA CUBANA IMPORTADORA DE COMBUSTIBLES Y LUBRICANTES; a.k.a. EMPRESA CUBANA IMPORTADORA Y EXPORTADORA DE COMBUSTIBLES Y LUBRICANTES), Street 30, Number 512 between 5th and 7th, Miramar, Havana, Playa, Cuba; Calzada de Infanta No. 16, Havana, Cuba [VENEZUELA-EO13850].

CUBAN CIGARS TRADE, Italy [CUBA].

CUBAN FREIGHT ENTERPRISE (a.k.a. CUFLET; a.k.a. LA EMPRESA CUBANA DE FLETES), Pyongyang, Korea, North; Moscow, Russia; Barcelona, Spain; Rostock, Germany; Genoa, Italy; Syczecin, Poland; Rotterdam, Netherlands; Mexico; Buenos Aires, Argentina; Montreal, Canada; Varna, Bulgaria [CUBA].

CUBANA AIRLINES (a.k.a. EMPRESA CUBANA DE AVIACION), 32 Main Street, Georgetown, Guyana; 24 Rue Du Quatre Septembre, Paris, France; Belas Airport, Luanda, Angola; Dobrininskaya No. 7, Sec 5, Moscow, Russia; Corrientes 545 Primer Piso, Buenos Aires, Argentina; Frankfurter TOR 8-A, Berlin, Germany; 1 Place Ville Marie, Suite 3431, Montreal, Canada; Parizska 17, Prague, Czech Republic; Paseo de la Republica 126, Lima, Peru; Piarco Airport, Port au Prince, Haiti; c/o Anglo-Caribbean Shipping Co. Ltd., Ibex House,

The Minories, London EC3N 1DY, United Kingdom; Norman Manley International Airport, Kingston, Jamaica; Melchor Ocampo 469, 5DF, Mexico City, Mexico; Calle 29 y Avda Justo Arosemena, Panama City, Panama; Grantley Adams Airport, Christ Church, Barbados; Madrid, Spain [CUBA].

CUBANACAN (a.k.a. CUBANACAN GROUP; a.k.a. EL GRUPO CUBANACAN), Calle 68 e/5ta A, Apartado 16046, Ciudad de La Habana, Cuba [CUBA].

CUBANACAN GROUP (a.k.a. CUBANACAN; a.k.a. EL GRUPO CUBANACAN), Calle 68 e/5ta A, Apartado 16046, Ciudad de La Habana, Cuba [CUBA].

CUBANACAN INTERNATIONAL B.V, Visseringlaan 24, 2288 ER Rijswijk, Zevenhuizen, Netherlands; Registration ID 27134614 (Netherlands) [CUBA].

CUBANACAN U.K. LIMITED, Unit 49 Skylines Village, Limeharbour, Docklands, United Kingdom; Registration ID 2720485 (United Kingdom) [CUBA].

CUBANATUR, Baja California 255, Edificio B. Oficina 103, Condesa, Mexico, D.F. 06500, Mexico [CUBA].

CUBATABACO, Spain [CUBA].

CUBATUR (a.k.a. EMPRESA DE TURISMO NACIONAL Y INTERNACIONAL), Buenos Aires, Argentina [CUBA].

CUBE VENTURES SHIPPING SA, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island MH96960, Marshall Islands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6389478 [UKRAINE-EO13662] [RUSSIA-EO14024].

CUBIT SEMICONDUCTOR LIMITED, Milltown Court, 2 Milltown Road, Dublin D06E849, Ireland; 1671 Bong Myong Dong, Bon,, Office 1st Floor, Chungcheongbuk-Do, Cheongju-si 28452, Korea, South; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. IE9794222F (Ireland); Registration Number 499093 (Ireland) [RUSSIA-EO14024].

CUCINA DEL PORTO S.A. DE C.V., Sinaloa, Mexico; Organization Established Date 31 May 2023; Organization Type: Other food service activities; Folio Mercantil No. 5331 (Mexico) [TCO] (Linked To: LOPEZ LOPEZ, Gilberto).

CUELLAR CASTRO, Luis Eduardo; DOB 18 Jun 1972; POB Valparaiso, Caqueta, Colombia; Cedula No. 12257081 (Colombia) (individual) [SDNTK].

CUFLET (a.k.a. CUBAN FREIGHT ENTERPRISE; a.k.a. LA EMPRESA CUBANA DE FLETES), Pyongyang, Korea, North; Moscow, Russia; Barcelona, Spain; Rostock, Germany; Genoa, Italy; Syczecin, Poland; Rotterdam, Netherlands; Mexico; Buenos Aires, Argentina; Montreal, Canada; Varna, Bulgaria [CUBA].

CUI NGUDJOLO (a.k.a. NGUDJOLO CHUI, Mathieu; a.k.a. NGUDJOLO, Cui Cui; a.k.a. NGUDJOLO, Mathieu; a.k.a. NGUDJOLO, Matthieu Cui; a.k.a. TCHUI, Mathieu Ngudjolo); DOB 08 Oct 1970; POB Bunia, Ituri District, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

CULHA, Erhan; DOB 17 Oct 1954; POB Istanbul, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport U09787534 (Turkey) issued 12 Sep 2014 expires 12 Sep 2024; Personal ID Card 10589535602; General Manager (individual) [DPRK] (Linked To: SIA FALCON INTERNATIONAL GROUP).

CUMAR, Cabdi Maxamed (a.k.a. CUMAR, Cabdiraxman Maxamed; a.k.a. DHUFAAYE, Cabdi Muhammad; a.k.a. OMAR, Abdirahman Mohamed; a.k.a. "DHOFAYE"; a.k.a. "DHOOFAYE"; a.k.a. "OMAR, Abdi Mohamed"), Bosaso, Somalia; DOB 1962; POB Bosaso, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

CUMAR, Cabdiraxman Maxamed (a.k.a. CUMAR, Cabdi Maxamed; a.k.a. DHUFAAYE, Cabdi Muhammad; a.k.a. OMAR, Abdirahman Mohamed; a.k.a. "DHOFAYE"; a.k.a. "DHOOFAYE"; a.k.a. "OMAR, Abdi Mohamed"), Bosaso, Somalia; DOB 1962; POB Bosaso, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

CUMEXINT, S.A., 1649 Adolfo Prieto, Colonia del Valle, Mexico City, Mexico [CUBA].

CUSPERT, Denis (a.k.a. AL-ALMANI, Abu Talha; a.k.a. CUSPERT, Denis Mamadou; a.k.a.

DOGG, Deso; a.k.a. "AL ALMANI, Abu Talhah"; a.k.a. "AL-MUJAHEED, Abu Maleeq"; a.k.a. "MALEEQ, Abou"; a.k.a. "MALIK, Abu"; a.k.a. "MALIQ, Abu"; a.k.a. "MAMADOU, Abu"; a.k.a. "TALHA THE GERMAN, Abu"), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

CUSPERT, Denis Mamadou (a.k.a. AL-ALMANI, Abu Talha; a.k.a. CUSPERT, Denis; a.k.a. DOGG, Deso; a.k.a. "AL ALMANI, Abu Talhah"; a.k.a. "AL-MUJAHEED, Abu Maleeq"; a.k.a. "MALEEQ, Abou"; a.k.a. "MALIK, Abu"; a.k.a. "MALIQ, Abu"; a.k.a. "MAMADOU, Abu"; a.k.a. "TALHA THE GERMAN, Abu"), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

CVETIC, Ivan, Serbia; DOB 29 Apr 1976; POB Serbia; nationality Serbia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 014236438 (Serbia) expires 20 May 2029 (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY AK MICROTECH).

CVG COMPANIA GENERAL DE MINERIA DE VENEZUELA CA (a.k.a. COMPANIA GENERAL DE MINERIA DE VENEZUELA; a.k.a. CORPORACION VENEZOLANA DE GUAYANA MINERVEN C.A.; a.k.a. CVG MINERVEN; a.k.a. MINERVEN), Via principal Carapal, El Callao, Bolivar, Venezuela; Zona Industrial Caratal, El Callao, Bolivar, Venezuela; National ID No. J006985970 (Venezuela) [VENEZUELA-EO13850].

CVG MINERVEN (a.k.a. COMPANIA GENERAL DE MINERIA DE VENEZUELA; a.k.a. CORPORACION VENEZOLANA DE GUAYANA MINERVEN C.A.; a.k.a. CVG COMPANIA GENERAL DE MINERIA DE VENEZUELA CA; a.k.a. MINERVEN), Via principal Carapal, El Callao, Bolivar, Venezuela; Zona Industrial Caratal, El Callao, Bolivar, Venezuela; National ID No. J006985970 (Venezuela) [VENEZUELA-EO13850].

CVIJETINOVIC, Savo (a.k.a. "TIGAR"; a.k.a. "TIGER"), Bijeljina, Bosnia and Herzegovina; DOB 27 Dec 1959; POB Lopare, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; citizen Bosnia and Herzegovina; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport B0252296 (Bosnia and Herzegovina) expires 08 May 2025; National ID No. 87120231E (Bosnia and Herzegovina) expires 15 May 2028

(individual) [RUSSIA-EO14024] (Linked To: INZINJERING-BN BIJELJINA D.O.O.).

CVJETKOVIC, Sreten, Serbia; DOB 15 Jan 1961; nationality Serbia; Gender Male; National ID No. 006789921 (Serbia) expires 25 May 2025 (individual) [GLOMAG] (Linked To: TESIC, Slobodan).

CYBER CRIME OFFICE (a.k.a. CENTER FOR INSPECTING ORGANISED CRIMES; a.k.a. CENTER FOR THE STUDY OF ORGANIZED CRIME; a.k.a. CENTER TO INVESTIGATE ORGANIZED CRIME), Tehran, Iran; Website http://www.gerdab.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

CYBERCOM LIMITED (a.k.a. NITS KIBERNETIKI I AVTOMATIKI), Pr-D Mikhailovskii D.3, Str.13, Moscow 109029, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722551867 (Russia); Registration Number 1057747611294 (Russia) [RUSSIA-EO14024].

CYBERSECURITY CENTER LLC (a.k.a. "OOO TSKB"), Generala Martynova St., 3, Room 1, Chelyabinsk 454076, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7448223757 (Russia); Registration Number 1207400010905 (Russia) [RUSSIA-EO14024].

CYLINDER SYSTEM L.T.D. (a.k.a. CILINDER SISTEM D.O.O.; a.k.a. CILINDER SISTEM D.O.O. ZA PROIZVODNJU I USLUGE), Dr. Mile Budaka 1, Slavonski Brod 35000, Croatia; 1 Mile Budaka, Slavonski Brod 35000, Croatia; Website http://www.csc-sb.hr; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 050038884 (Croatia); Tax ID No. 27694384517 (Croatia) [IRAN].

CYRUS BANK (a.k.a. CYRUS OFFSHORE BANK), Afrigha High Way After Haghani Cross Rd. to Kish St, No. 45, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 16 Mar 2021; Target Type Financial Institution; Registration Number 18184 (Iran) [IRAN-EO13902].

CYRUS OFFSHORE BANK (a.k.a. CYRUS BANK), Afrigha High Way After Haghani Cross Rd. to Kish St, No. 45, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 16 Mar 2021; Target Type Financial Institution; Registration Number 18184 (Iran) [IRAN-EO13902].

CYTROX AD (a.k.a. SYTROX), October 20, no. 1/1-1, Karpos, Skopje, North Macedonia, The Republic of; Metropolitan Theodosij Gologanov 44, Karpos, Skopje, North Macedonia, The Republic of; Organization Established Date 2017; Organization Type: Other information technology and computer service activities [CYBER2].

CYTROX HOLDINGS ZARTKORUEN MUKODO RESZVENYTARSASAG (a.k.a. CYTROX HOLDINGS ZRT.), Deak Ferenc Ter 3., Budapest 1052, Hungary; Website www.cytrox.com; Organization Established Date 16 Jun 2017; Organization Type: Other information technology and computer service activities; V.A.T. Number 25986792241 (Hungary); Registration Number 0110049372 (Hungary) [CYBER2].

CYTROX HOLDINGS ZRT. (a.k.a. CYTROX HOLDINGS ZARTKORUEN MUKODO RESZVENYTARSASAG), Deak Ferenc Ter 3., Budapest 1052, Hungary; Website www.cytrox.com; Organization Established Date 16 Jun 2017; Organization Type: Other information technology and computer service activities; V.A.T. Number 25986792241 (Hungary); Registration Number 0110049372 (Hungary) [CYBER2].

D.C.H. DREAM CREATORS HOLDINGS LTD, Floor No: 2, Stasinou 23, Nicosia 2404, Cyprus; Organization Established Date 06 Jul 2018; Company Number C385977 (Cyprus) [GLOMAG] (Linked To: RAHMANI, Ajmal).

D.E.S. DEFENSE ENGINEERING SOLUTIONS LTD (Hebrew: די. אי. אס.- פתרונות הגנה הנדסיים בע"מ) (f.k.a. RISKORT LTD), 13 Ner Halalila, Entrance B, Netanya 4220913, Israel; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Dec 2005; Registration Number 513758151 (Israel) [RUSSIA-EO14024] (Linked To: VOLFOVICH, Alexander).

D.E.S. INTERNATIONAL (a.k.a. D.E.S. INTERNATIONAL CO. LTD.; a.k.a. DES INTERNATIONAL; a.k.a. DES INTERNATIONAL CO.; a.k.a. DES INTERNATIONAL CO., LTD.; a.k.a. DES INTERNATIONAL COMPANY; a.k.a. DES INTERNATIONAL COMPANY LIMITED), Taiwan World Trade Centre, Rm 6c-21 (6F), No. 5, Sec. 5, Xinyi Road, Taipei 11011, Taiwan; 1 North Bridge Road, #24-05 High Street Centre, Singapore 179094, Singapore; Suite 911, 9TH/F, Chuangjian Building, No.6023 Shennan Main Road, Futian District, Shenzhen, Guangdong, China; Unit 201, 2F Lung Fung Centre, No.23 Yip Cheong Street, Fanling, N. T., Hong Kong, China; Sultan Belshalat Building, Shop #4, Ground Floor, B/H Admiral Plaza Hotel, Bur Dubai, Dubai, United Arab Emirates; P.O. Box 112724, United Arab Emirates; Sec. 5, Xinyi Rd., Xinyi District No. 5, Taipei City 110, Taiwan; 9FL-3, No.375, Sec. 4, Sin Yi. Rd., Sin Yi Dist., Taipei 110, Taiwan; Website www.des.com.tw; alt. Website www.dscmmc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Number 89402436 (Taiwan); Registration Number 69402436 (Taiwan) [NPWMD] [IFSR] (Linked To: SOLTANMOHAMMADI, Mohammad).

D.E.S. INTERNATIONAL CO. LTD. (a.k.a. D.E.S. INTERNATIONAL; a.k.a. DES INTERNATIONAL; a.k.a. DES INTERNATIONAL CO.; a.k.a. DES INTERNATIONAL CO., LTD.; a.k.a. DES INTERNATIONAL COMPANY; a.k.a. DES INTERNATIONAL COMPANY LIMITED), Taiwan World Trade Centre, Rm 6c-21 (6F), No. 5, Sec. 5, Xinyi Road, Taipei 11011, Taiwan; 1 North Bridge Road, #24-05 High Street Centre, Singapore 179094, Singapore; Suite 911, 9TH/F, Chuangjian Building, No.6023 Shennan Main Road, Futian District, Shenzhen, Guangdong, China; Unit 201, 2F Lung Fung Centre, No.23 Yip Cheong Street, Fanling, N. T., Hong Kong, China; Sultan Belshalat Building, Shop #4, Ground Floor, B/H Admiral Plaza Hotel, Bur Dubai, Dubai, United Arab Emirates; P.O. Box 112724, United Arab Emirates; Sec. 5, Xinyi Rd., Xinyi District No. 5, Taipei City 110, Taiwan; 9FL-3, No.375, Sec. 4, Sin Yi. Rd., Sin Yi Dist., Taipei 110, Taiwan; Website www.des.com.tw; alt. Website www.dscmmc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Number 89402436 (Taiwan); Registration Number 69402436 (Taiwan) [NPWMD] [IFSR] (Linked To: SOLTANMOHAMMADI, Mohammad).

D.G.D. INVESTMENTS LTD. (f.k.a. DAN GERTLER DIAMONDS LTD.), 23 Tuval, Ramat Gan 5252238, Israel; P.O. Box 101, Ramat Gan 5210002, Israel; Public Registration Number 512253352 (Israel) [GLOMAG] (Linked To: GERTLER, Dan).

D.G.I. ISRAEL LTD, 23 Tuval, Ramat Gan 5252238, Israel; P.O. Box 101, Ramat Gan 5210002, Israel; Public Registration Number

513686220 (Israel) [GLOMAG] (Linked To: GERTLER, Dan).

D2 IMAGINEERING, C.A., Av. Francisco de Miranda, Edif. Saule, piso 7, Ofic. 72, Chacao, Caracas, Venezuela; RIF # J-29766946-9 (Venezuela) [SDNTK].

DA COSTA, Luis Fernando (a.k.a. BEIRA-MAR, Fernandinho); DOB 04 Jul 1967; POB Rio de Janeiro (individual) [SDNTK].

DA JAMOUS, Hussam (a.k.a. AL-JAMUS, Umar; a.k.a. JAMOUS, Hussam; a.k.a. KHATTAB, Omar), Antakya, Hatay, Turkey; DOB 08 Jan 1983; alt. DOB 01 Aug 1983; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N006951090 (Syria); National ID No. 00413L0105232 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

DAAMOUSH, Ali (a.k.a. DAGHMOUSH, Ali; a.k.a. DAGMOUSH, Ali; a.k.a. DAGMUSH, Ali; a.k.a. DAMUSH, Ali; a.k.a. MUSA DA'AMOUSH, Shiekh Ali); DOB 21 Oct 1962; POB Sidon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DABAS, Rania Raslan (a.k.a. AL DABAS, Rania Raslan; a.k.a. AL DABBAS, Rania Raslan (Arabic: رانية رسلان الدباس); a.k.a. ALDABBAS, Rania; a.k.a. DABBAS, Rania Raslan), Damascus, Syria; Dubai, United Arab Emirates; DOB 02 Jun 1974; POB Damascus, Syria; nationality Syria; Gender Female; Passport N003000785 (Syria) (individual) [PAARSSR-EO13894].

DABBAS, Rania Raslan (a.k.a. AL DABAS, Rania Raslan; a.k.a. AL DABBAS, Rania Raslan (Arabic: رانية رسلان الدباس); a.k.a. ALDABBAS, Rania; a.k.a. DABAS, Rania Raslan), Damascus, Syria; Dubai, United Arab Emirates; DOB 02 Jun 1974; POB Damascus, Syria; nationality Syria; Gender Female; Passport N003000785 (Syria) (individual) [PAARSSR-EO13894].

DABBASH, Abdullah Ahsan Abdullah, Yemen; DOB 01 Jan 1978; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02456632 (Yemen) expires 23 Mar 2013 (individual) [SDGT] (Linked To: YEMEN ELAPH PETROLEUM DERIVATIVES IMPORT).

DABBASHI, Ahmed (a.k.a. AL DABBASHI, Ahmad Mohammed Omar Al Fituri; a.k.a. AL-FITOURI, Ahmad Oumar Imhamad (Arabic: احمد عمر امحمد الفيتوري); a.k.a. "Amu"), Sabratha, Libya; DOB 05 Jul 1988; alt. DOB 07 May 1988; nationality Libya; Gender Male; Passport LY53FP76 issued 29 Sep 2015; National ID No. 119880387067 (Libya) (individual) [LIBYA3].

DABIESH JA'AML, Saleh Muhammaed Hussein (a.k.a. DUBAYSH, Salih (Arabic: صالح دبيش); a.k.a. "MUHAMMAD, Abu"), Al-Sab'een, Haddah, Sana'a, Yemen; Al-'Uqab Al-Saffari, Sana'a-Sa'dah Road, Sahar, Sa'dah, Yemen; DOB 01 Jan 1984; POB Al-Safra' District, Sa'dah Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ANSARALLAH).

DABUL, Samir; DOB 04 Sep 1965; Scientific Studies and Research Center Brigadier General (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

DABY JR., Paul (a.k.a. DABY RAMSUCHIT, Paul; a.k.a. "Randell"; a.k.a. "Rondell"), 127 D'Aguiar Park, Georgetown, Guyana; DOB 06 Jul 1985; POB Georgetown, Guyana; nationality Guyana; citizen Guyana; Gender Male; Passport R0232980 (Guyana); National ID No. 112094656 (Guyana) (individual) [ILLICIT-DRUGS-EO14059].

DABY RAMSUCHIT, Paul (a.k.a. DABY JR., Paul; a.k.a. "Randell"; a.k.a. "Rondell"), 127 D'Aguiar Park, Georgetown, Guyana; DOB 06 Jul 1985; POB Georgetown, Guyana; nationality Guyana; citizen Guyana; Gender Male; Passport R0232980 (Guyana); National ID No. 112094656 (Guyana) (individual) [ILLICIT-DRUGS-EO14059].

DADEH AFZAR ARMAN (a.k.a. DATA PROCESSING OF EAST LLC; a.k.a. "DATA EAST"), Tehran, Iran; Website https://daa.computer/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Mar 2015 to 19 Mar 2016; Organization Type: Other information technology and computer service activities [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

DAEDONG CREDIT BANK (a.k.a. DAE-DONG CREDIT BANK; a.k.a. TAEDONG CREDIT BANK; a.k.a. "DCB"), Suite 401, Potonggang Hotel, Ansan-Dong, Pyongchon District, Pyongyang, Korea, North; Ansan-dong, Botongang Hotel, Pongchon, Pyongyang, Korea, North; SWIFT/BIC DCBKKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

DAE-DONG CREDIT BANK (a.k.a. DAEDONG CREDIT BANK; a.k.a. TAEDONG CREDIT BANK; a.k.a. "DCB"), Suite 401, Potonggang Hotel, Ansan-Dong, Pyongchon District, Pyongyang, Korea, North; Ansan-dong, Botongang Hotel, Pongchon, Pyongyang, Korea, North; SWIFT/BIC DCBKKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

DAEJIN TRADING GENERAL CORPORATION (Korean: 대진무역총회사) (a.k.a. 126 ECONOMIC EXCHANGE COMPANY; a.k.a. KOREA DAIZIN TRADING CORP.; a.k.a. KOREA DAIZIN TRADING CORPORATION; a.k.a. KOREA TAEJIN TRADING; a.k.a. KOREA TAEJIN TRADING CORPORATION; a.k.a. KOREA TAIJIN TRADE CORPORATION; a.k.a. TAECHIN TRADING CORPORATION; a.k.a. TAEJIN TRADING COMPANY; a.k.a. TAEJIN TRADING CORPORATION; a.k.a. TAEJIN TRADING GENERAL COMPANY), Hu'ngbu-dong, Moranbong District, Pyongyang, Korea, North; Hanoi, Vietnam; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Mining of hard coal [DPRK2] [DPRK3].

DAESH (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD

ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

DAESH TUNISIA (a.k.a. ISIS-TUNISIA; a.k.a. ISIS-TUNISIA PROVINCE; a.k.a. JUND AL-KHILAFAH FI TUNIS; a.k.a. JUND AL-KHILAFAH IN TUNISIA; a.k.a. SOLDIERS OF THE CALIPHATE IN TUNISIA; a.k.a. TALA I JUND AL-KHILAFAH; a.k.a. "AJNAD"; a.k.a. "JUND AL KHILAFAH"; a.k.a. "JUND AL-KHILAFA"; a.k.a. "SOLDIERS OF THE CALIPHATE"; a.k.a. "VANGUARDS OF THE SOLDIERS OF THE CALIPHATE"), Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

DAESONG CREDIT DEVELOPMENT BANK (a.k.a. KORYO CREDIT DEVELOPMENT BANK; a.k.a. KORYO GLOBAL CREDIT BANK; a.k.a. KORYO GLOBAL TRUST BANK), Yanggakdo International Hotel, RYUS, Pyongyang, Korea, North; SWIFT/BIC KGCBKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214; all offices worldwide [DPRK3].

DAESONG TRADING (a.k.a. DAESONG TRADING COMPANY; a.k.a. KOREA DAESONG GENERAL TRADING CORPORATION; a.k.a. KOREA DAESONG TRADING COMPANY; a.k.a. KOREA DAESONG TRADING CORPORATION), Pulgan Gori Dong 1, Potonggang District, Pyongyang City, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; PHONE 850 2 18111 8204/8208; PHONE 850 2 381 8208/4188; FAX 850 2 381 4431/4432; EMAIL daesong@co.chesin.com [DPRK].

DAESONG TRADING COMPANY (a.k.a. DAESONG TRADING; a.k.a. KOREA DAESONG GENERAL TRADING CORPORATION; a.k.a. KOREA DAESONG TRADING COMPANY; a.k.a. KOREA DAESONG TRADING CORPORATION), Pulgan Gori Dong 1, Potonggang District, Pyongyang City, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; PHONE 850 2 18111 8204/8208; PHONE 850 2 381 8208/4188; FAX 850 2 381 4431/4432; EMAIL daesong@co.chesin.com [DPRK].

DAEWON INDUSTRIES (a.k.a. DAEWON INDUSTRY COMPANY; a.k.a. TAEWO'N INDUSTRIES), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

DAEWON INDUSTRY COMPANY (a.k.a. DAEWON INDUSTRIES; a.k.a. TAEWO'N INDUSTRIES), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

DAFENG ASIA CO LLC, Mahatma Gandhi Street 15-501, 15 Khoroo, Khan-Uul Dstr, Ulaanbaatar, Mongolia; Secondary sanctions

risk: See Section 11 of Executive Order 14024.; Tax ID No. 6468772 (Mongolia) [RUSSIA-EO14024].

DAGALO, Abdelrahim Hamdan (a.k.a. DAGLO MOUSA, Abdul Rahim Hamdan; a.k.a. DAGLO MUSA, Abdelrahim Hamdan; a.k.a. "DAGLO, Abdelraheem"), Khartoum, Sudan; DOB 01 Jan 1972; nationality Sudan; citizen Sudan; Gender Male (individual) [SUDAN-EO14098].

DAGALO, Algoney Hamdan (a.k.a. DAGALO, Al-Qoni Hamdan; a.k.a. MUSA, Algoney Hamdan Daglo (Arabic: القوني حمدان دقلو موسى)), Dubai, United Arab Emirates; DOB 07 Aug 1990; POB Nayala North, Sudan; nationality Sudan; Gender Male; Passport B00017334 (Sudan); alt. Passport B00024943 (Sudan) expires 27 Sep 2031; alt. Passport AK1586127 (Kenya); UAE Identification 784199014302485 (United Arab Emirates) (individual) [SUDAN-EO14098].

DAGALO, Al-Qoni Hamdan (a.k.a. DAGALO, Algoney Hamdan; a.k.a. MUSA, Algoney Hamdan Daglo (Arabic: القوني حمدان دقلو موسى)), Dubai, United Arab Emirates; DOB 07 Aug 1990; POB Nayala North, Sudan; nationality Sudan; Gender Male; Passport B00017334 (Sudan); alt. Passport B00024943 (Sudan) expires 27 Sep 2031; alt. Passport AK1586127 (Kenya); UAE Identification 784199014302485 (United Arab Emirates) (individual) [SUDAN-EO14098].

DAGALO, Mohamed Hamdan (a.k.a. DAGALO, Mohammed Hamdan; a.k.a. HAMDAN, Mohamed; a.k.a. MOUSA, Mohammed Hamdan Daglo; a.k.a. "HEMEDTI"; a.k.a. "HEMETI"), Sudan; DOB 01 Jan 1974 to 31 Dec 1974; POB North Darfur, Sudan; nationality Sudan; Gender Male (individual) [SUDAN-EO14098].

DAGALO, Mohammed Hamdan (a.k.a. DAGALO, Mohamed Hamdan; a.k.a. HAMDAN, Mohamed; a.k.a. MOUSA, Mohammed Hamdan Daglo; a.k.a. "HEMEDTI"; a.k.a. "HEMETI"), Sudan; DOB 01 Jan 1974 to 31 Dec 1974; POB North Darfur, Sudan; nationality Sudan; Gender Male (individual) [SUDAN-EO14098].

DAGHIR, Ali Ashour, 2 Western Road, Western Green, Thames Ditton, Surrey, United Kingdom (individual) [IRAQ2].

DAGHMASH, Mumtaz (a.k.a. DAGHMASH, Mumtaz Muhammad Jum'ah; a.k.a. DUGHMISH, Mumtaz Muhammad Jum'ah; a.k.a. DUGHMUSH, Mumtaz; a.k.a. DUGHMUSH, Mumtaz Muhammad Jum'ah; a.k.a. "ABOUT ABIR"); DOB 1977; nationality Palestinian; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DAGHMASH, Mumtaz Muhammad Jum'ah (a.k.a. DAGHMASH, Mumtaz; a.k.a. DUGHMISH, Mumtaz Muhammad Jum'ah; a.k.a. DUGHMUSH, Mumtaz; a.k.a. DUGHMUSH, Mumtaz Muhammad Jum'ah; a.k.a. "ABOUT ABIR"); DOB 1977; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DAGHMOUSH, Ali (a.k.a. DAAMOUSH, Ali; a.k.a. DAGMOUSH, Ali; a.k.a. DAGMUSH, Ali; a.k.a. DAMUSH, Ali; a.k.a. MUSA DA'AMOUSH, Shiekh Ali); DOB 21 Oct 1962; POB Sidon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DAGHSAN, Daghsan Ahmed (a.k.a. TALEA, Dqssan Ahmed Dqssan), Yemen; DOB 03 Apr 1974; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 05569423 (Yemen) expires 01 Apr 2020 (individual) [SDGT] (Linked To: ANSARALLAH).

DAGLO MOUSA, Abdul Rahim Hamdan (a.k.a. DAGALO, Abdelrahim Hamdan; a.k.a. DAGLO MUSA, Abdelrahim Hamdan; a.k.a. "DAGLO, Abdelraheem"), Khartoum, Sudan; DOB 01 Jan 1972; nationality Sudan; citizen Sudan; Gender Male (individual) [SUDAN-EO14098].

DAGLO MUSA, Abdelrahim Hamdan (a.k.a. DAGALO, Abdelrahim Hamdan; a.k.a. DAGLO MOUSA, Abdul Rahim Hamdan; a.k.a. "DAGLO, Abdelraheem"), Khartoum, Sudan; DOB 01 Jan 1972; nationality Sudan; citizen Sudan; Gender Male (individual) [SUDAN-EO14098].

DAGMOUSH, Ali (a.k.a. DAAMOUSH, Ali; a.k.a. DAGHMOUSH, Ali; a.k.a. DAGMUSH, Ali; a.k.a. DAMUSH, Ali; a.k.a. MUSA DA'AMOUSH, Shiekh Ali); DOB 21 Oct 1962; POB Sidon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DAGMUSH, Ali (a.k.a. DAAMOUSH, Ali; a.k.a. DAGHMOUSH, Ali; a.k.a. DAGMOUSH, Ali;

a.k.a. DAMUSH, Ali; a.k.a. MUSA DA'AMOUSH, Shiekh Ali); DOB 21 Oct 1962; POB Sidon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DAH DASHT PETROCHEMICAL INDUSTRIES (a.k.a. DAHDASHT PETROCHEMICAL INDUSTRIES; a.k.a. DEHDASHT PETROCHEMICAL INDUSTRIES CO.), Afrigha Boulevard, Below the JahanKodak, No. 9th Street, Petrochemical Trading Building, 7/5000 5th floor, Unit 21, Tehran, Iran; Website www.dpi-co.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] (Linked To: IRANIAN INVESTMENT PETROCHEMICAL GROUP COMPANY).

DAHA, Sidi Amar Ould (a.k.a. BEN DAHA, Mahri Sidi Amar; a.k.a. DAHA, Yoro Ould; a.k.a. DAYA, Yoro Ould; a.k.a. "Yoro"), Golf Rue 708 Door 345, Gao, Mali; DOB 1978; POB Djebock, Mali; nationality Mali; Gender Male; National ID No. 11262/1547 (Mali) (individual) [MALI-EO13882].

DAHA, Yoro Ould (a.k.a. BEN DAHA, Mahri Sidi Amar; a.k.a. DAHA, Sidi Amar Ould; a.k.a. DAYA, Yoro Ould; a.k.a. "Yoro"), Golf Rue 708 Door 345, Gao, Mali; DOB 1978; POB Djebock, Mali; nationality Mali; Gender Male; National ID No. 11262/1547 (Mali) (individual) [MALI-EO13882].

DAHAN, Ameen Hamid Mohammed (Arabic: امين حميد محمد دحان), Oman; Yemen; DOB 20 Sep 1974; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 09375789 (Yemen) expires 02 Feb 2026 (individual) [SDGT] (Linked To: RABYA FOR TRADING FZC).

DAHDASHT PETROCHEMICAL INDUSTRIES (a.k.a. DAH DASHT PETROCHEMICAL INDUSTRIES; a.k.a. DEHDASHT PETROCHEMICAL INDUSTRIES CO.), Afrigha Boulevard, Below the JahanKodak, No. 9th Street, Petrochemical Trading Building, 7/5000 5th floor, Unit 21, Tehran, Iran; Website www.dpi-co.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] (Linked To: IRANIAN INVESTMENT PETROCHEMICAL GROUP COMPANY).

DAHER, Ibrahim Ali (Arabic: ابراهيم علي ضاهر) (a.k.a. DAHIR, Ibrahim), Serhal Building, 1st Floor, Daccache Street, Haret Hreik, Baabda, Lebanon; Blida, Marjayoun, Nabatiyeh, Lebanon; DOB 04 Jul 1964; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2562031 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

DAHI, Yasin Ahmad, Syria; DOB 1960; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

DAHIR, Aweys Hassan (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Hassan Dahir; a.k.a. AWES, Shaykh Hassan Dahir; a.k.a. AWEYES, Hassen Dahir; a.k.a. AWEYS, Ahmed Dahir; a.k.a. AWEYS, Hassan Dahir; a.k.a. AWEYS, Sheikh; a.k.a. AWEYS, Sheikh Hassan Dahir; a.k.a. IBRAHIM, Mohammed Hassan; a.k.a. OAIS, Hassan Tahir; a.k.a. UWAYS, Hassan Tahir; a.k.a. "HASSAN, Sheikh"), Somalia; Eritrea; DOB 1935; nationality Somalia; citizen Somalia (individual) [SOMALIA].

DAHIR, Ibrahim (a.k.a. DAHER, Ibrahim Ali (Arabic: ابراهيم علي ضاهر)), Serhal Building, 1st Floor, Daccache Street, Haret Hreik, Baabda, Lebanon; Blida, Marjayoun, Nabatiyeh, Lebanon; DOB 04 Jul 1964; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2562031 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

DAIANA PORTELLA COELHO COMERCIO DE MOVEIS E COLCHOES (a.k.a. HOME ELEGANCE COMERCIO DE MOVEIS EIRELI (Latin: HOME ELEGANCE COMÉRCIO DE MOVEIS EIRELI); a.k.a. MARROCOS MOVEIS E COLCHOES; a.k.a. MOHAMED AWAAD COMERCIO DE MOVEIS EIRELI; a.k.a. "HOME ELEGANCE"), Rua Dorezopolis, 669, Casa 03, Jardim Santa Clara, Guarulhos, Sao Paulo 07123-120, Brazil; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Oct 2018; Tax ID No. 31.746.200/0001-11 (Brazil) [SDGT]

(Linked To: AWADD, Mohamed Sherif Mohamed Mohamed).

DAIFEKU INTERNATIONAL TRADE CHONGQING CO LTD (a.k.a. DAYTEK CHONGQING INTERNATIONAL TRADE CO; a.k.a. DAYTEK TRADING), B73-B74, Floor 5, No 4. Auxiliary, No. 157, Jinyu Avenue, Cuntan Sub-District, Liangjian New District, Chongqing 400000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Aug 2022; Unified Social Credit Code (USCC) 91500000MABYE7C18N (China) [RUSSIA-EO14024].

DA'IL IMPORT AND EXPORT (a.k.a. MAATH ABDULLAH DAEL IMPORT AND EXPORT; a.k.a. MOAZ ABDULLA DAEL FOR IMPORT AND EXPORT (Arabic: معاذ عبدالله دائل للإستيراد والتصدير)), North 60th Street, Sana'a, Yemen; 50th Street, Hodeidah, Yemen; Tahrir Street, Hodeidah, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target Type Private Company [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

DA'IL, 'Abduh (a.k.a. AHMED, Abdo Abdullah Dael (Arabic: عبده عبدالله دائل احمد); a.k.a. AHMED, Abdoo Abdullah Dael; a.k.a. AHMED, Abdu Abdullah), Sweden; Dubai, United Arab Emirates; DOB 13 Sep 1979; POB Ta'izz Al-Mukha, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 06398551 (Yemen) expires 18 Apr 2022 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

DAIVTEKHNOSERVIS, OOO (a.k.a. DAYVTEKHNOSERVIS; a.k.a. DIVE TECHNO SERVICES; a.k.a. DIVETECHNOSERVICES), d. 18 korp. 2 litera A, ul. Zheleznovodskaya, St. Petersburg 199155, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: FEDERAL SECURITY SERVICE).

DAJ, Mahmoud Abdul-ilah (a.k.a. AL-DAJ, Mahmoud Abdul-ilah; a.k.a. AL-DJ, Mahmoud (Arabic: محمد الدج); a.k.a. AL-DJ, Mahmoud Abdulilah; a.k.a. DAJJ, Mahmud Abdulilah), Syria; DOB 26 Jul 1983; POB Tell Rifaat, Aleppo, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

DAJJ, Mahmud Abdulilah (a.k.a. AL-DAJ, Mahmoud Abdul-ilah; a.k.a. AL-DJ, Mahmoud

(Arabic: محمد الدج); a.k.a. AL-DJ, Mahmoud Abdulilah; a.k.a. DAJ, Mahmoud Abdul-ilah), Syria; DOB 26 Jul 1983; POB Tell Rifaat, Aleppo, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

DAJMAR, Mohammad Hossein; DOB 19 Feb 1956; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN].

DAKIK, Mouin Hassan (a.k.a. AL-'AMILI, Mu'in Daqiq; a.k.a. DAQIQ, Mo'ein (Arabic: معين دقيق); a.k.a. DAQIQ, Mu'in Hassan), Haris Bint Jbeil, Nabatieh, Lebanon; Qom, Iran; DOB 13 Apr 1967; POB Monrovia, Liberia; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0317421 (Lebanon); National ID No. 000054776119 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

DAKKAR, Asef (a.k.a. AL-DEKER, Asef; a.k.a. AL-DIKR, Asf), Syria; DOB 1965; POB Jableh, Beit Yashout, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

DAL ENERJI MADENCILIK TURIZM SANAYI VE TICARET ANONIM SIRKETI (a.k.a. "DAL ENERJI A.S."), Saadet Ishani Blok, No: 28/102 Hobyar Mahallesi, Istanbul, Turkey; Website www.daltrd.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 22 Jul 2022; Tax ID No. 2670668338 (Turkey); Chamber of Commerce Number 1387299 (Turkey); Business Registration Number 394431 (Turkey); Central Registration System Number 0267-0668-3380-0010 (Turkey) [NPWMD] [IFSR] (Linked To: PISHGAM ELECTRONIC SAFEH COMPANY).

DAL, Jackline (a.k.a. KULIYEVA, Adelina; a.k.a. TURKMEN, Selina), Turkmenistan; United Arab Emirates; DOB 03 Dec 1990; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TRANSMART DMCC).

DALA, Ghayth (a.k.a. DALA, Ghiath; a.k.a. DALAH, Ghaith (Arabic: غايث دلا); a.k.a. DALLAH, Gaith), Damascus, Syria; DOB 31 Jul 1971; POB Beit Yashout, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

DALA, Ghiath (a.k.a. DALA, Ghayth; a.k.a. DALAH, Ghaith (Arabic: غايث دلا); a.k.a. DALLAH, Gaith), Damascus, Syria; DOB 31 Jul 1971; POB Beit Yashout, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

DALAH, Ghaith (Arabic: غايث دلا) (a.k.a. DALA, Ghayth; a.k.a. DALA, Ghiath; a.k.a. DALLAH, Gaith), Damascus, Syria; DOB 31 Jul 1971; POB Beit Yashout, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

DALE TOURS, S.A. DE C.V., Calle Labna #1437, Local Interior 6, Jardines del Sol, Zapopan, Jalisco C.P. 45050, Mexico; Coral 2623, Colonia Residencial Victoria, Guadalajara, Jalisco C.P. 44560, Mexico; Website http://daletours.com; R.F.C. DTO090601K40 (Mexico) [SDNTK].

DALE, Anders Cameroon Ostensvig (a.k.a. "ABU ABDURRAHMAN THE MOROCCAN"; a.k.a. "ABU ABDURRAHMAN THE NORWEGIAN"; a.k.a. "MUSLIM ABU ABDURRAHMAN"); DOB 1978; alt. DOB 1979; POB Oslo, Norway; nationality Norway; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DALI RF TECHNOLOGY CO., LIMITED, Room 604, 6/F, Easey Commercial Building, Nos. 253-261, Hennessy Road, Wanchai, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Jan 2014; Registration Number 2026173 (Hong Kong) [NPWMD] [IFSR] (Linked To: LIN, Jinghe).

DALIAN CARBON CO. LTD. (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY

CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

DALIAN GLOBAL UNITY SHIPPING AGENCY (a.k.a. DALIAN GLOBAL UNITY SHIPPING CO., LTD. (Chinese Simplified: 大连宁联船务有限公司)), Dalian, China; Pyongyang, Korea, North; Chongjin, Korea, North; Najin, Korea, North; Hungnam, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

DALIAN GLOBAL UNITY SHIPPING CO., LTD. (Chinese Simplified: 大连宁联船务有限公司) (a.k.a. DALIAN GLOBAL UNITY SHIPPING AGENCY), Dalian, China; Pyongyang, Korea, North; Chongjin, Korea, North; Najin, Korea, North; Hungnam, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

DALIAN GOLDEN SUN IMPORT AND EXPORT CO., LTD. (Chinese Simplified: 大连金阳进出口有限公司) (a.k.a. GOLDEN SUN I/E DALIAN CO., LTD.), 11F-12F, Fortune Mansion, No. 18, Shiji Street, Dalian, China; 7F., No. 55 Renmin Road, Zhongshan District, Dalian, Liaoning Province, China (Chinese Simplified: 人民路55号7层, 中山区, 大连市, 辽宁省, China); 7F., Yatai International Finance Building, No. 55 Renmin Road, Zhongshan District, Dalian, Liaoning Province, China (Chinese Simplified: 雅泰国际口融大厦7层, 人民路55号, 中山区, 大连市, 辽宁省, China); Website dlmm.com.cn; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); United Social Credit Code Certificate (USCCC) 91210200241830857Q (China); Registration Number 210200000186851 (China) [IRAN-EO13846].

DALIAN HAIBO INTERNATIONAL FREIGHT CO. LTD., 1103 A, Fortune Plaza No. 20, Harbour Street, Zhongshan District, Dalian, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

DALIAN OCEAN FISHERY TUNA FISHING CO., LTD. (a.k.a. DALIAN OCEAN FISHING CO., LTD.; a.k.a. DALIAN OCEAN FISHING COMPANY LIMITED (Chinese Simplified: 大连远洋渔业金枪鱼钓有限公司)), 34th Floor, Number 38, Zhangjiang Road, Zhongshan District, Dalian, Liaoning, China; Organization Type: Marine Fishing; Identification Number IMO 4212374; Unified Social Credit Code (USCC) 912102007169879128 (China) [GLOMAG] (Linked To: LI, Zhenyu).

DALIAN OCEAN FISHING CO., LTD. (a.k.a. DALIAN OCEAN FISHERY TUNA FISHING CO., LTD.; a.k.a. DALIAN OCEAN FISHING COMPANY LIMITED (Chinese Simplified: 大连远洋渔业金枪鱼钓有限公司)), 34th Floor, Number 38, Zhangjiang Road, Zhongshan District, Dalian, Liaoning, China; Organization Type: Marine Fishing; Identification Number IMO 4212374; Unified Social Credit Code (USCC) 912102007169879128 (China) [GLOMAG] (Linked To: LI, Zhenyu).

DALIAN OCEAN FISHING COMPANY LIMITED (Chinese Simplified: 大连远洋渔业金枪鱼钓有限公司) (a.k.a. DALIAN OCEAN FISHERY TUNA FISHING CO., LTD.; a.k.a. DALIAN OCEAN FISHING CO., LTD.), 34th Floor, Number 38, Zhangjiang Road, Zhongshan District, Dalian, Liaoning, China; Organization Type: Marine Fishing; Identification Number IMO 4212374; Unified Social Credit Code (USCC)

912102007169879128 (China) [GLOMAG] (Linked To: LI, Zhenyu).

DALIAN SUN MOON STAR INTERNATIONAL LOGISTICS TRADING CO., LTD (Chinese Simplified: 大连天宝国际物流有限公司) (a.k.a. DALIAN TIANBAO INTERNATIONAL LOGISTICS CO., LTD.), Room 1801, Chenggong Building, No. 72 Luxun Road, Zhongshan District, Dalian, Liaoning 116000, China; 49 Zhonghsan Road, Shahekou District, Dalian 116021, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

DALIAN SUNNY INDUSTRY & TRADE CO., LTD. (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

DALIAN SUNNY INDUSTRY AND TRADE CO., LTD. (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.;

a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

DALIAN TIANBAO INTERNATIONAL LOGISTICS CO., LTD. (a.k.a. DALIAN SUN MOON STAR INTERNATIONAL LOGISTICS TRADING CO., LTD (Chinese Simplified: 大连天宝国际物流有限公司)), Room 1801, Chenggong Building, No. 72 Luxun Road, Zhongshan District, Dalian, Liaoning 116000, China; 49 Zhonghsan Road, Shahekou District, Dalian 116021, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

DALIAN TIANYI INTERNATIONAL TRADING CO., LTD. (f.k.a. DALIAN YONGKANG INTERNATIONAL TRADING CO., LTD. (Chinese Simplified: 大连永康国际贸易有限公司); a.k.a. DALIANTIANYI; a.k.a. TIANYI INTERNATIONAL DALIAN CO., LTD. (Chinese Simplified: 大连天贻国际贸易有限公司)), R3101, East Tower, The Ninth Zhongshan, No. 2, Xinglin Street, Zhongshan District, Dalian, China (Chinese Simplified: 中山九号大厦东塔 3101, 杏林街2号, 中山区, 大连, China); Hetun Village, Changxing Island Economic Zone, Dalian, Liaoning Province, China (Chinese Simplified: 河屯村, 长兴岛经济区, 大连, 辽宁省, China); Website kersino.com; alt. Website dmdschina.com; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); United Social Credit Code Certificate (USCCC) 91210244759941797W (China) [IRAN-EO13846].

DALIAN XIN PENG HAI M AND E EQUIPMENT CO LTD (a.k.a. DALIAN XIN PENG HAI M&E EQUIPMENT CO LTD; a.k.a. DALIAN XINPENGHAI ELECTROMECHANICAL EQUIPMENT CO LTD (Chinese Simplified: 大连鑫鹏海机电设备有限公司); a.k.a. DALIAN XINPENGHAI MECHANICAL & ELECTRICAL EQUIPMENT CO LTD; a.k.a. DALIAN XINPENGHAI MECHANICAL AND ELECTRICAL EQUIPMENT CO LTD), No. 5, 1st Floor, No. 294, Huale Street, Zhongshan, Dalian, Liaoning, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91210211MA0YA7XW3Q (China) [RUSSIA-EO14024].

DALIAN XIN PENG HAI M&E EQUIPMENT CO LTD (a.k.a. DALIAN XIN PENG HAI M AND E EQUIPMENT CO LTD; a.k.a. DALIAN XINPENGHAI ELECTROMECHANICAL EQUIPMENT CO LTD (Chinese Simplified: 大连鑫鹏海机电设备有限公司); a.k.a. DALIAN XINPENGHAI MECHANICAL & ELECTRICAL EQUIPMENT CO LTD; a.k.a. DALIAN XINPENGHAI MECHANICAL AND ELECTRICAL EQUIPMENT CO LTD), No. 5, 1st Floor, No. 294, Huale Street, Zhongshan, Dalian, Liaoning, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91210211MA0YA7XW3Q (China) [RUSSIA-EO14024].

DALIAN XINPENGHAI ELECTROMECHANICAL EQUIPMENT CO LTD (Chinese Simplified: 大连鑫鹏海机电设备有限公司) (a.k.a. DALIAN XIN PENG HAI M AND E EQUIPMENT CO LTD; a.k.a. DALIAN XIN PENG HAI M&E EQUIPMENT CO LTD; a.k.a. DALIAN XINPENGHAI MECHANICAL & ELECTRICAL EQUIPMENT CO LTD; a.k.a. DALIAN XINPENGHAI MECHANICAL AND ELECTRICAL EQUIPMENT CO LTD), No. 5, 1st Floor, No. 294, Huale Street, Zhongshan, Dalian, Liaoning, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91210211MA0YA7XW3Q (China) [RUSSIA-EO14024].

DALIAN XINPENGHAI MECHANICAL & ELECTRICAL EQUIPMENT CO LTD (a.k.a. DALIAN XIN PENG HAI M AND E EQUIPMENT CO LTD; a.k.a. DALIAN XIN PENG HAI M&E EQUIPMENT CO LTD; a.k.a. DALIAN XINPENGHAI ELECTROMECHANICAL EQUIPMENT CO LTD (Chinese Simplified: 大连鑫鹏海机电设备有限公司); a.k.a. DALIAN XINPENGHAI MECHANICAL AND ELECTRICAL EQUIPMENT CO LTD), No. 5, 1st Floor, No. 294, Huale Street, Zhongshan, Dalian, Liaoning, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91210211MA0YA7XW3Q (China) [RUSSIA-EO14024].

DALIAN XINPENGHAI MECHANICAL AND ELECTRICAL EQUIPMENT CO LTD (a.k.a. DALIAN XIN PENG HAI M AND E EQUIPMENT CO LTD; a.k.a. DALIAN XIN PENG HAI M&E EQUIPMENT CO LTD; a.k.a. DALIAN XINPENGHAI ELECTROMECHANICAL EQUIPMENT CO LTD (Chinese Simplified: 大连鑫鹏海机电设备有限公司); a.k.a. DALIAN XINPENGHAI MECHANICAL & ELECTRICAL EQUIPMENT CO LTD), No. 5, 1st Floor, No. 294, Huale Street, Zhongshan, Dalian, Liaoning, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91210211MA0YA7XW3Q (China) [RUSSIA-EO14024].

DALIAN YONGKANG INTERNATIONAL TRADING CO., LTD. (Chinese Simplified: 大连永康国际贸易有限公司) (a.k.a. DALIAN TIANYI INTERNATIONAL TRADING CO., LTD.; a.k.a. DALIANTIANYI; a.k.a. TIANYI INTERNATIONAL DALIAN CO., LTD. (Chinese Simplified: 大连天贻国际贸易有限公司)), R3101, East Tower, The Ninth Zhongshan, No. 2, Xinglin Street, Zhongshan District, Dalian, China (Chinese Simplified: 中山九号大厦东塔 3101, 杏林街2号, 中山, China); Hetun Village, Changxing Island Economic Zone, Dalian, Liaoning Province, China (Chinese

Simplified: 河屯村, 长兴岛经济区, 大连, 辽宁省, China); Website kersino.com; alt. Website dmdschina.com; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); United Social Credit Code Certificate (USCCC) 91210244759941797W (China) [IRAN-EO13846].

DALIAN ZENGHUA TRADING CO., LTD. (a.k.a. DALIAN ZHENGHUA MAOYI YOUXIAN GONGSI), Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

DALIAN ZHENGHUA MAOYI YOUXIAN GONGSI (a.k.a. DALIAN ZENGHUA TRADING CO., LTD.), Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

DALIAN ZHONGCHUANG CHAR-WHITE CO., LTD., 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning Province 11601, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

DALIANTIANYI (a.k.a. DALIAN TIANYI INTERNATIONAL TRADING CO., LTD.; f.k.a. DALIAN YONGKANG INTERNATIONAL TRADING CO., LTD. (Chinese Simplified: 大连永康国际贸易有限公司); a.k.a. TIANYI INTERNATIONAL DALIAN CO., LTD. (Chinese Simplified: 大连天贻国际贸易有限公司)), R3101, East Tower, The Ninth Zhongshan, No. 2, Xinglin Street, Zhongshan District, Dalian, China (Chinese Simplified: 中山九号大厦东塔3101, 杏林街2号, 中山区, 大连, China); Hetun Village, Changxing Island Economic Zone, Dalian, Liaoning Province, China (Chinese Simplified: 河屯村, 长兴岛经济区, 大连, 辽宁省, China); Website kersino.com; alt. Website dmdschina.com; Executive Order 13846 information: LOANS FROM UNITED STATES

FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); United Social Credit Code Certificate (USCCC) 91210244759941797W (China) [IRAN-EO13846].

DALIPI, Tahir; DOB 1958; POB Ilince, Serbia and Montenegro (individual) [BALKANS].

DALIR LTD (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU DALIR; a.k.a. OOO DALIR), kv 1, ulitsa Admiralteyskaya 54, Astrakhan 414040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3015076287 (Russia); Identification Number IMO 5709371; Registration Number 1063015052396 (Russia) [RUSSIA-EO14024].

DALKOS CO LTD, Proezd 2-1 Yuzhnoportovyi d. 20A, str. 4, pod 1 et 1 kom 12, Moscow 115088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7729579004 (Russia); Registration Number 1077757840522 (Russia) [RUSSIA-EO14024].

DALLAH, Gaith (a.k.a. DALA, Ghayth; a.k.a. DALA, Ghiath; a.k.a. DALAH, Ghaith (Arabic: غايث دلا)), Damascus, Syria; DOB 31 Jul 1971; POB Beit Yashout, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

DALMORNEFTEGEOFIZIKA AO (Cyrillic: ДАЛЬМОРНЕФТЕГЕОФИЗИКА АО) (a.k.a. "DMNG AO" (Cyrillic: "ДМНГ АО")), Prospekt Mira, 426, Iuzhno Sakhalinsk 693004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6501146467 (Russia); Registration Number 1036500625677 (Russia) [RUSSIA-EO14024].

DALNEVOSTOCHNOE PGO AO (Cyrillic: ДАЛЬНЕВОСТОЧНОЕ ПГО АО) (a.k.a. DALNEVOSTOCHNOE PROIZVODSTVENNO GEOLOGICHESKOE OBEDINENIE AO (Cyrillic: ДАЛЬНЕВОСТОЧНОЕ ПРОИЗВОДСТВЕННО ГЕОЛОГИЧЕСКОЕ ОБЪЕДИНЕНИЕ АО); a.k.a.

DALNEVOSTOCHNOYE PGO AO), Ulitsa Balashovskaya, Dom 15, Khabarovsk 680041, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2540125128 (Russia); Registration Number 1062540035910 (Russia) [RUSSIA-EO14024].

DALNEVOSTOCHNOE PROIZVODSTVENNO GEOLOGICHESKOE OBEDINENIE AO (Cyrillic: ДАЛЬНЕВОСТОЧНОЕ ПРОИЗВОДСТВЕННО ГЕОЛОГИЧЕСКОЕ ОБЪЕДИНЕНИЕ АО) (a.k.a. DALNEVOSTOCHNOE PGO AO (Cyrillic: ДАЛЬНЕВОСТОЧНОЕ ПГО АО); a.k.a. DALNEVOSTOCHNOYE PGO AO), Ulitsa Balashovskaya, Dom 15, Khabarovsk 680041, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2540125128 (Russia); Registration Number 1062540035910 (Russia) [RUSSIA-EO14024].

DALNEVOSTOCHNOYE PGO AO (a.k.a. DALNEVOSTOCHNOE PGO AO (Cyrillic: ДАЛЬНЕВОСТОЧНОЕ ПГО АО); a.k.a. DALNEVOSTOCHNOE PROIZVODSTVENNO GEOLOGICHESKOE OBEDINENIE AO (Cyrillic: ДАЛЬНЕВОСТОЧНОЕ ПРОИЗВОДСТВЕННО ГЕОЛОГИЧЕСКОЕ ОБЪЕДИНЕНИЕ АО)), Ulitsa Balashovskaya, Dom 15, Khabarovsk 680041, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2540125128 (Russia); Registration Number 1062540035910 (Russia) [RUSSIA-EO14024].

DALZAVOD SHIP REPAIR CENTRE JOINT STOCK COMPANY (a.k.a. AKTSIONERNOYE OBSHCHESTVO TSENTR SUDOREMONTA DALZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЦЕНТР СУДОРЕМОНТА ДАЛЬЗАВОД); a.k.a. "TSSD AO"; a.k.a. "TSSD JSC"), 2 Dalzvodskaya Street, Vladivostok 690001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Nov 2008; Tax ID No. 2536210349 (Russia); Registration Number 1082536014120 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

DAMAVAND ANDISHEH INTERNATIONAL TECHNOLOGIES INSTITUTE (a.k.a. ANDISHEH DAMAVAND INTERNATIONAL TECHNOLOGIES; a.k.a. DAMAVANDTEC), Number 13, 2nd Floor, Suite 3, Fourth Alley, Parandeh Street, Amirabad neighborhood, Central District, Tehran County, Tehran, Tehran

Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Aug 2023; National ID No. 14012482516 (Iran); Registration Number 616779 (Iran) [NPWMD] [IFSR].

DAMAVAND ELECTRICITY AND POWER ENGINEERING, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

DAMAVAND MINING (Arabic: معدنی دماوند) (a.k.a. DAMAVAND MINING PUBLIC JOINT STOCK COMPANY; a.k.a. "DMC"), No 2 Dr Beheshti Avenue, Pakistan Street, Tehran 1531635511, Iran; 1, 2nd Alley, Pakistan Street, Dr Beheshti Avenue, Tehran, Iran; Website www.damavandmining.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100924838 (Iran); Registration Number 47269 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

DAMAVAND MINING PUBLIC JOINT STOCK COMPANY (a.k.a. DAMAVAND MINING (Arabic: معدنی دماوند); a.k.a. "DMC"), No 2 Dr Beheshti Avenue, Pakistan Street, Tehran 1531635511, Iran; 1, 2nd Alley, Pakistan Street, Dr Beheshti Avenue, Tehran, Iran; Website www.damavandmining.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100924838 (Iran); Registration Number 47269 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

DAMAVAND POWER GENERATION COMPANY, No. 6, Boostan Alley, Attar Street, N. Kurdistan Highway, Tehran, Iran; Website www.damavandpg.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: DAY BANK).

DAMAVANDIAN, Ghassem (Arabic: قاسم دماوندیان) (a.k.a. DAMAVANDIAN, Qassem), Iran; DOB 02 May 1968; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G9336_77 (Iran) expires 27 Oct 2019; National ID No. 0052944492 (Iran) (individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: QODS AVIATION INDUSTRIES).

DAMAVANDIAN, Qassem (a.k.a. DAMAVANDIAN, Ghassem (Arabic: قاسم دماوندیان)), Iran; DOB 02 May 1968; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G9336_77 (Iran) expires 27 Oct 2019; National ID No. 0052944492 (Iran) (individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: QODS AVIATION INDUSTRIES).

DAMAVANDTEC (a.k.a. ANDISHEH DAMAVAND INTERNATIONAL TECHNOLOGIES; a.k.a. DAMAVAND ANDISHEH INTERNATIONAL TECHNOLOGIES INSTITUTE), Number 13, 2nd Floor, Suite 3, Fourth Alley, Parandeh Street, Amirabad neighborhood, Central District, Tehran County, Tehran, Tehran Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Aug 2023; National ID No. 14012482516 (Iran); Registration Number 616779 (Iran) [NPWMD] [IFSR].

DAMDIN, Erdenebalsuren, Netherlands; DOB 07 Aug 1967; POB Ulaanbaatar, Mongolia; nationality Mongolia; Gender Male; Diplomatic Passport D00004977 (Mongolia) expires 25 Dec 2027 (individual) [ICC-EO14203].

DAMDINTSURUNOV, Vyacheslav Anatolievich (Cyrillic: ДАМДИНЦУРУНОВ, Вячеслав Анатольевич), Russia; DOB 21 Sep 1977; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

D'AMELIO CARDIET, Tania, Vargas, Venezuela; DOB 05 Dec 1971; Gender Female; Cedula No. 11691429 (Venezuela); Rector of Venezuela's National Electoral Council (individual) [VENEZUELA].

DAMGHANI, Davood (a.k.a. DAMGHANI, Davoud; a.k.a. DAMGHANI, Davud; a.k.a. DAMQANI, Davoud; a.k.a. DAMQANI, Davood), Beijing, China; DOB 14 Mar 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003642 (Iran) issued 30 Jun 2018 expires 30 Jun 2023; National ID No. 0053758110 (Iran) (individual) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

DAMGHANI, Davoud (a.k.a. DAMGHANI, Davood; a.k.a. DAMGHANI, Davud; a.k.a. DAMQANI, Davoud; a.k.a. DAMQANI, Davood), Beijing, China; DOB 14 Mar 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003642 (Iran) issued 30 Jun 2018 expires 30 Jun 2023; National ID No. 0053758110 (Iran) (individual) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

DAMGHANI, Davud (a.k.a. DAMGHANI, Davood; a.k.a. DAMGHANI, Davoud; a.k.a. DAMQANI, Davood; a.k.a. DAMQANI, Davoud), Beijing, China; DOB 14 Mar 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003642 (Iran) issued 30 Jun 2018 expires 30 Jun 2023; National ID No. 0053758110 (Iran) (individual) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

DAMGHANI, Hamid (Arabic: حمید دامغانی), Iran; DOB 23 Sep 1973; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4590769603 (Iran); IRGC Commander for Gilan Province (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

DAMIANI BUSTILLOS, Luis Fernando, Caracas, Capital District, Venezuela; DOB 27 Apr 1946; POB Caracas, Capital District, Venezuela; citizen Venezuela; Gender Male; Cedula No. 2940803 (Venezuela); Passport 103679620 (Venezuela); Magistrate of the Constitutional Chamber of Venezuela's Supreme Court of Justice (individual) [VENEZUELA].

DAMINEH OPTIC LIMITED (Chinese Traditional: 大名額有限公司), Unit C2, 12/F., Block A, Universal Industrial Centre, 19-25 Shan Mei Street, Fo Tan, New Territories, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.R. No. 2001521 (Hong Kong) [SDGT] [IFSR] (Linked To: HASHEMI, Seyed Morteza Minaye).

DAMIRCHILOO, Samaneh (a.k.a. DAMIRCHILU, Samaneh (Arabic: سمانه دمیرچیلو)), Golbarg 4 Street, Number 5, First Floor, Tehran, Iran; DOB 26 Aug 1990; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0012457914 (Iran) (individual) [SDGT] (Linked To: QASIR, Ali).

DAMIRCHILU, Mohammad Ali (Arabic: محمدعلی دمیرچیلو), 19 Beharistan Alley, No. 9, Unit 10, North Jannat Abad, Tehran, Iran; DOB 24 May 1992; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0014634945 (Iran) (individual) [SDGT] (Linked To: QASIR, Ali).

DAMIRCHILU, Samaneh (Arabic: سمانه دمیرچیلو) (a.k.a. DAMIRCHILOO, Samaneh), Golbarg 4 Street, Number 5, First Floor, Tehran, Iran; DOB 26 Aug 1990; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0012457914 (Iran) (individual) [SDGT] (Linked To: QASIR, Ali).

DAMOUR 850 SAL, Jnah, Adnan Al Hakim Street, Minister Building, First Floor, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1013407 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

DAMQANI, Davood (a.k.a. DAMGHANI, Davood; a.k.a. DAMGHANI, Davoud; a.k.a. DAMGHANI, Davud; a.k.a. DAMQANI, Davoud), Beijing, China; DOB 14 Mar 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003642 (Iran) issued 30 Jun 2018 expires 30 Jun 2023; National ID No. 0053758110 (Iran) (individual) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

DAMQANI, Davoud (a.k.a. DAMGHANI, Davood; a.k.a. DAMGHANI, Davoud; a.k.a. DAMGHANI, Davud; a.k.a. DAMQANI, Davood), Beijing, China; DOB 14 Mar 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003642 (Iran) issued 30 Jun 2018 expires 30 Jun 2023; National ID No. 0053758110 (Iran) (individual) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

DAMUSH, Ali (a.k.a. DAAMOUSH, Ali; a.k.a. DAGHMOUSH, Ali; a.k.a. DAGMOUSH, Ali; a.k.a. DAGMUSH, Ali; a.k.a. MUSA DA'AMOUSH, Shiekh Ali); DOB 21 Oct 1962; POB Sidon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DAN GERTLER DIAMONDS LTD. (a.k.a. D.G.D. INVESTMENTS LTD.), 23 Tuval, Ramat Gan 5252238, Israel; P.O. Box 101, Ramat Gan 5210002, Israel; Public Registration Number 512253352 (Israel) [GLOMAG] (Linked To: GERTLER, Dan).

DAN ISDICO (a.k.a. AL-OSAMA TRADING CO. LTD.; a.k.a. AL-'USAMA TRADING COMPANY; a.k.a. ASYAF GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING & INVESTMENT; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING AND INVESTMENT; a.k.a. M/S OSAMA KHAIRY HAFEZ TRADING EST.; a.k.a. OSAMA TRADING COMPANY LTD; a.k.a. "AL-'USAMAH COMPANY"; a.k.a. "ASAMA COMMERCIAL COMPANY"; a.k.a. "ASAMA COMPANY"; a.k.a. "NURIN COMPANY"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; 504 & 7102, Ibrahim Shakir Building, Hail Street Rowais, Near Caravan Center, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah, Saudi Arabia; Riyadh 14213, Saudi Arabia; Dammam, Saudi Arabia; Al Kharaj, Saudi Arabia; Qasim, Saudi Arabia; Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-AGHA, Abu Ubaydah Khayri Hafiz; Linked To: HAMAS).

DANA INTEGRATED SYSTEM FOR ELECTRONIC INTERACTIONS CO. (a.k.a. SAMANEHAYE YEKPARCHEH TAMOLAT ELECTRONIC DANA), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

DANAEI KENARSARI, Ali; DOB 19 May 1977; POB Shemiran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K41818536 (Iran) expires 10 Jul 2022 (individual) [IRAN] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

DANCHIKOVA, Galina Innokentyevna (Cyrillic: ДАНЧИКОВА, Галина Иннокентьевна), Russia; DOB 13 Aug 1954; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DANDONG CHENGTAI (a.k.a. DANDONG CHISONG METAL MATERIALS COMPANY; a.k.a. DANDONG ZHICHENG METAL MATERIALS CO., LTD; a.k.a. DANDONG ZHICHENG METALLIC MATERIAL CO., LTD. (Chinese Simplified: 丹东至诚金属材料有限公司); a.k.a. DANDONG ZHICHENG METALLIC MINERAL CO., LIMITED), Dandong, Liaoning, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

DANDONG CHISONG METAL MATERIALS COMPANY (a.k.a. DANDONG CHENGTAI; a.k.a. DANDONG ZHICHENG METAL MATERIALS CO., LTD; a.k.a. DANDONG ZHICHENG METALLIC MATERIAL CO., LTD. (Chinese Simplified: 丹东至诚金属材料有限公司); a.k.a. DANDONG ZHICHENG METALLIC MINERAL CO., LIMITED), Dandong, Liaoning, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

DANDONG DONGYUAN INDUSTRIAL CO. (a.k.a. DANDONG DONGYUAN INDUSTRIAL CO., LTD.; a.k.a. DANDONG DONGYUAN INDUSTRY CO., LTD.), No. 34-7, Zhenba Street, Zhenxing District, Dandong 118001, China; Rm 3002 No 99 3 1 Binjiang Middle Rd, Zhenxing District, Dandong, China; D-U-N-S Number 542957624; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

DANDONG DONGYUAN INDUSTRIAL CO., LTD. (a.k.a. DANDONG DONGYUAN INDUSTRIAL CO.; a.k.a. DANDONG DONGYUAN INDUSTRY CO., LTD.), No. 34-7, Zhenba Street, Zhenxing District, Dandong 118001, China; Rm 3002 No 99 3 1 Binjiang

Middle Rd, Zhenxing District, Dandong, China; D-U-N-S Number 542957624; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

DANDONG DONGYUAN INDUSTRY CO., LTD. (a.k.a. DANDONG DONGYUAN INDUSTRIAL CO.; a.k.a. DANDONG DONGYUAN INDUSTRIAL CO., LTD.), No. 34-7, Zhenba Street, Zhenxing District, Dandong 118001, China; Rm 3002 No 99 3 1 Binjiang Middle Rd, Zhenxing District, Dandong, China; D-U-N-S Number 542957624; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

DANDONG HONGDA TRADE CO. LTD., China; Room 301, No. 1 Building, Business & Tourist Section, Dandong, Liaoning, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

DANDONG HONGXIANG INDUSTRIAL DEVELOPMENT CO LTD, Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

DANDONG JINXIANG TRADE CO., LTD. (a.k.a. CHINA DANDONG KUMSANG TRADE COMPANY, LIMITED; a.k.a. DANDONG METAL COMPANY; a.k.a. JINXIANG TRADING COMPANY), Room 303, Unit 2, Building Number 3, Number 99 Binjiang Lu (Road), Zhenxing District, Dandong, China; Room 303-01, Number 99-3, Binjiang Zhong Lu (Road), Dandong, China; Number 5, Tenth Street, Zhenxing District, Dandong, Liaoning, China; 245-11, Number 1 Wanlian Road, Shenhe District, Shenyang, China; Room 1101, No B, Jiadi Building, Business and Tourist, China; Room 303, Unit 2, 3 Haolou, Building 99 Binjiang Middle Rd., Zhenxing, Dandong, Liaoning 118000, China; Nationality of Registration China; Secondary sanctions risk:

North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

DANDONG KEHUA ECONOMIC AND TRADE CO. LTD. (a.k.a. DANDONG KEHUA ECONOMY & TRADE CO., LTD.), China; Room 102, 1/F, Antai Garden, Zhenxing District, Dandong, Liaoning 118000, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

DANDONG KEHUA ECONOMY & TRADE CO., LTD. (a.k.a. DANDONG KEHUA ECONOMIC AND TRADE CO. LTD.), China; Room 102, 1/F, Antai Garden, Zhenxing District, Dandong, Liaoning 118000, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

DANDONG METAL COMPANY (a.k.a. CHINA DANDONG KUMSANG TRADE COMPANY, LIMITED; a.k.a. DANDONG JINXIANG TRADE CO., LTD.; a.k.a. JINXIANG TRADING COMPANY), Room 303, Unit 2, Building Number 3, Number 99 Binjiang Lu (Road), Zhenxing District, Dandong, China; Room 303-01, Number 99-3, Binjiang Zhong Lu (Road), Dandong, China; Number 5, Tenth Street, Zhenxing District, Dandong, Liaoning, China; 245-11, Number 1 Wanlian Road, Shenhe District, Shenyang, China; Room 1101, No B, Jiadi Building, Business and Tourist, China; Room 303, Unit 2, 3 Haolou, Building 99 Binjiang Middle Rd., Zhenxing, Dandong, Liaoning 118000, China; Nationality of Registration China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

DANDONG RICH EARTH TRADING CO., LTD., Jiadi Square, Number 64, Binjiang Middle Road, Room 1001, Building B, Dandong City, Liaoning, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited

For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] (Linked To: KOREA KUMSAN TRADING CORPORATION).

DANDONG TIANFU TRADE CO., LTD. (Chinese Simplified: 丹东天富贸易有限公司), No. 5, Shiwei Road, Zhenxing District, Dandong City, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

DANDONG XIANGHE TRADING CO., LTD. (a.k.a. DANDONG XIANGHE TRADING CORPORATION; a.k.a. DANDONG XIANGHE TRADING LTD. CO; a.k.a. XIANGHE TRADE CO., LTD.), China; No. 603, 2F, Jiadi Square, Developing Zone, Dandong, Liaoning, China; Beida Rd., Pingxiang City, Chongzuo, Guangxi 532600, China; Room 703, No. 7 Building, Fangba, Yanjiang Development Zone, Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

DANDONG XIANGHE TRADING CORPORATION (a.k.a. DANDONG XIANGHE TRADING CO., LTD.; a.k.a. DANDONG XIANGHE TRADING LTD. CO; a.k.a. XIANGHE TRADE CO., LTD.), China; No. 603, 2F, Jiadi Square, Developing Zone, Dandong, Liaoning, China; Beida Rd., Pingxiang City, Chongzuo, Guangxi 532600, China; Room 703, No. 7 Building, Fangba, Yanjiang Development Zone, Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

DANDONG XIANGHE TRADING LTD. CO (a.k.a. DANDONG XIANGHE TRADING CO., LTD.; a.k.a. DANDONG XIANGHE TRADING CORPORATION; a.k.a. XIANGHE TRADE CO., LTD.), China; No. 603, 2F, Jiadi Square, Developing Zone, Dandong, Liaoning, China; Beida Rd., Pingxiang City, Chongzuo, Guangxi 532600, China; Room 703, No. 7 Building, Fangba, Yanjiang Development Zone, Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections

510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

DANDONG ZHICHENG METAL MATERIALS CO., LTD (a.k.a. DANDONG CHENGTAI; a.k.a. DANDONG CHISONG METAL MATERIALS COMPANY; a.k.a. DANDONG ZHICHENG METALLIC MATERIAL CO., LTD. (Chinese Simplified: 丹东至诚金属材料有限公司); a.k.a. DANDONG ZHICHENG METALLIC MINERAL CO., LIMITED), Dandong, Liaoning, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

DANDONG ZHICHENG METALLIC MATERIAL CO., LTD. (Chinese Simplified: 丹东至诚金属材料有限公司) (a.k.a. DANDONG CHENGTAI; a.k.a. DANDONG CHISONG METAL MATERIALS COMPANY; a.k.a. DANDONG ZHICHENG METAL MATERIALS CO., LTD; a.k.a. DANDONG ZHICHENG METALLIC MINERAL CO., LIMITED), Dandong, Liaoning, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

DANDONG ZHICHENG METALLIC MINERAL CO., LIMITED (a.k.a. DANDONG CHENGTAI; a.k.a. DANDONG CHISONG METAL MATERIALS COMPANY; a.k.a. DANDONG ZHICHENG METAL MATERIALS CO., LTD; a.k.a. DANDONG ZHICHENG METALLIC MATERIAL CO., LTD. (Chinese Simplified: 丹东至诚金属材料有限公司)), Dandong, Liaoning, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

DANDONG ZHONGSENG INDUSTRY & TRADE (a.k.a. DANDONG ZHONGSENG INDUSTRY AND TRADE; a.k.a. DANDONG ZHONGSHENG INDUSTRY & TRADE CO., LTD. (Chinese Simplified: 丹东中盛工贸有限公司); a.k.a. DANDONG ZHONGSHENG INDUSTRY AND TRADE CO., LTD.; a.k.a. DANDONG ZHONGSHONG

INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSHONG INDUSTRY & TRADE CORPORATION LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY AND TRADE; a.k.a. DANDONG ZHONGSHONG INDUSTRY AND TRADE CORPORATION LTD.), Building 34, Chengjian Zone, Shiwei Road, Zhenxing District, Dandong, Liaoning, China; Zhenxing District, Building 34, Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Business Registration Number 312106037714354404 (China) [NPWMD] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

DANDONG ZHONGSENG INDUSTRY AND TRADE (a.k.a. DANDONG ZHONGSENG INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSHENG INDUSTRY & TRADE CO., LTD. (Chinese Simplified: 丹东中盛工贸有限公司); a.k.a. DANDONG ZHONGSHENG INDUSTRY AND TRADE CO., LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSHONG INDUSTRY & TRADE CORPORATION LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY AND TRADE; a.k.a. DANDONG ZHONGSHONG INDUSTRY AND TRADE CORPORATION LTD.), Building 34, Chengjian Zone, Shiwei Road, Zhenxing District, Dandong, Liaoning, China; Zhenxing District, Building 34, Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Business Registration Number 312106037714354404 (China) [NPWMD] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

DANDONG ZHONGSHENG INDUSTRY & TRADE CO., LTD. (Chinese Simplified: 丹东中盛工贸有限公司) (a.k.a. DANDONG ZHONGSENG INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSENG INDUSTRY AND TRADE; a.k.a. DANDONG ZHONGSHENG INDUSTRY AND TRADE CO., LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSHONG

INDUSTRY & TRADE CORPORATION LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY AND TRADE; a.k.a. DANDONG ZHONGSHONG INDUSTRY AND TRADE CORPORATION LTD.), Building 34, Chengjian Zone, Shiwei Road, Zhenxing District, Dandong, Liaoning, China; Zhenxing District, Building 34, Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Business Registration Number 312106037714354404 (China) [NPWMD] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

DANDONG ZHONGSHENG INDUSTRY AND TRADE CO., LTD. (a.k.a. DANDONG ZHONGSENG INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSENG INDUSTRY AND TRADE; a.k.a. DANDONG ZHONGSHENG INDUSTRY & TRADE CO., LTD. (Chinese Simplified: 丹东中盛工贸有限公司); a.k.a. DANDONG ZHONGSHONG INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSHONG INDUSTRY & TRADE CORPORATION LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY AND TRADE; a.k.a. DANDONG ZHONGSHONG INDUSTRY AND TRADE CORPORATION LTD.), Building 34, Chengjian Zone, Shiwei Road, Zhenxing District, Dandong, Liaoning, China; Zhenxing District, Building 34, Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Business Registration Number 312106037714354404 (China) [NPWMD] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

DANDONG ZHONGSHONG INDUSTRY & TRADE (a.k.a. DANDONG ZHONGSENG INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSENG INDUSTRY AND TRADE; a.k.a. DANDONG ZHONGSHENG INDUSTRY & TRADE CO., LTD. (Chinese Simplified: 丹东中盛工贸有限公司); a.k.a. DANDONG ZHONGSHENG INDUSTRY AND TRADE CO., LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY & TRADE CORPORATION LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY AND TRADE; a.k.a. DANDONG

ZHONGSHONG INDUSTRY AND TRADE CORPORATION LTD.), Building 34, Chengjian Zone, Shiwei Road, Zhenxing District, Dandong, Liaoning, China; Zhenxing District, Building 34, Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Business Registration Number 312106037714354404 (China) [NPWMD] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

DANDONG ZHONGSHONG INDUSTRY & TRADE CORPORATION LTD. (a.k.a. DANDONG ZHONGSENG INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSENG INDUSTRY AND TRADE; a.k.a. DANDONG ZHONGSHENG INDUSTRY & TRADE CO., LTD. (Chinese Simplified: 丹东中盛工贸有限公司); a.k.a. DANDONG ZHONGSHENG INDUSTRY AND TRADE CO., LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSHONG INDUSTRY AND TRADE; a.k.a. DANDONG ZHONGSHONG INDUSTRY AND TRADE CORPORATION LTD.), Building 34, Chengjian Zone, Shiwei Road, Zhenxing District, Dandong, Liaoning, China; Zhenxing District, Building 34, Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Business Registration Number 312106037714354404 (China) [NPWMD] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

DANDONG ZHONGSHONG INDUSTRY AND TRADE (a.k.a. DANDONG ZHONGSENG INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSENG INDUSTRY AND TRADE; a.k.a. DANDONG ZHONGSHENG INDUSTRY & TRADE CO., LTD. (Chinese Simplified: 丹东中盛工贸有限公司); a.k.a. DANDONG ZHONGSHENG INDUSTRY AND TRADE CO., LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSHONG INDUSTRY & TRADE CORPORATION LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY AND TRADE CORPORATION LTD.), Building 34, Chengjian Zone, Shiwei Road, Zhenxing District, Dandong, Liaoning, China; Zhenxing District, Building 34, Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Business Registration Number 312106037714354404 (China) [NPWMD] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

DANDONG ZHONGSHONG INDUSTRY AND TRADE CORPORATION LTD. (a.k.a. DANDONG ZHONGSENG INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSENG INDUSTRY AND TRADE; a.k.a. DANDONG ZHONGSHENG INDUSTRY & TRADE CO., LTD. (Chinese Simplified: 丹东中盛工贸有限公司); a.k.a. DANDONG ZHONGSHENG INDUSTRY AND TRADE CO., LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSHONG INDUSTRY & TRADE CORPORATION LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY AND TRADE), Building 34, Chengjian Zone, Shiwei Road, Zhenxing District, Dandong, Liaoning, China; Zhenxing District, Building 34, Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Business Registration Number 312106037714354404 (China) [NPWMD] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

DANESH PAZHU, Ahmad Khadem (Arabic: احمد خادم دانش پژو) (a.k.a. KADEM, Ahmad; a.k.a. KHADEM, Ahmad; a.k.a. SAYYEDOSHOHADA, Ahmad Khadem; a.k.a. SEYED AL-SHOHADA, Ahmad Khadem; a.k.a. SEYEDOSHOHADA, Ahmad Khadem (Arabic: احمد خادم سیدالشهدا)), Khuzestan, Iran; Lorestan, Iran; Kohgiluyeh and Boyer-Ahmad, Iran; DOB 27 Apr 1959; POB Shushtar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1881506428 (Iran); Commander of Karbala IRGC Operational Base (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

DANESH SHIPPING COMPANY LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DANESHGAH-E SANA'TI-YE MALEK-E ASHTAR (a.k.a. MALEK ASHTAR AVIATION UNIVERSTIY COMPLEX; a.k.a. MALEK ASHTAR INDUSTRIAL UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY OF DEFENSE TECHNOLOGY; a.k.a. MALEK ASHTAR UNIVERSITY OF TECHNOLOGY; a.k.a. MALEK-E ASHTAR TECHNICAL UNIVERSITY; a.k.a. MALEK-E ASHTAR UNIVERSITY), Shahid Baba'i Highway, Lavizan, Tehran, Iran; Alt. Location: Shahin Shahr Township, End of Ferdowsi Avenue, PO Box 83154/115, Esfahan, Iran; Alt. Address: Adjacent to Mehrabad Airport, Karaj Expressway, Tehran, Iran; Alt. Address: Shahin Shar bei, Isfahan, Iran; Alt. Address: Shahin Shar Township, End of Ferdowsi Avenue, Isfahan, Iran; Alt. Address: Corner of Imam Ali Highway and Babaei Highway, Tehran, Iran; Website www.mut.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

DANESHVAR, Taghi (a.k.a. DANESHVAR, Taqi; a.k.a. GHAEMI, Sayyed Taghi; a.k.a. GHA'EMI, Sayyed Taghi (Arabic: سید تقی قائمی)), Mehrdad, Iran; DOB 23 Mar 1960; POB Golpayegan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [HOSTAGES-EO14078] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

DANESHVAR, Taqi (a.k.a. DANESHVAR, Taghi; a.k.a. GHAEMI, Sayyed Taghi; a.k.a. GHA'EMI, Sayyed Taghi (Arabic: سید تقی قائمی)), Mehrdad, Iran; DOB 23 Mar 1960; POB Golpayegan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [HOSTAGES-EO14078] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

DANIAL, Muhammad (a.k.a. BIN FADZLON, Muhammad Danial), 422 Tampines Street 41, #04-146 Sun Plaza Gardens, Singapore 520422, Singapore; No. 10, Jalan Hang Tuah 2/3, East Ledang, Iskandar Puteri, Johor 79250, Malaysia; DOB 16 Dec 1984; POB Singapore;

nationality Singapore; Gender Male; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Passport K1668916N (Singapore) (individual) [IRAN-EO13846].

DANIEL, Saw, Naypyitaw, Burma; DOB 25 Nov 1957; alt. DOB 1968 to 1969; POB Loikaw, Burma; nationality Burma; citizen Burma; Gender Male; State Administrative Council Member (individual) [BURMA-EO14014].

DANIKA ROBERT LIMITED, 6/F, Block 30, City One Shatin, Flat B, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2022; Organization Type: Transportation and storage; Identification Number IMO 6371374 [UKRAINE-EO13662] [RUSSIA-EO14024].

DANILCHENKO, Galina Viktorovna (a.k.a. DANILCHENKO, Haylina; a.k.a. DANYLCHENKO, Halyna Viktorivna (Cyrillic: ДАНИЛЬЧЕНКО, Галина Вікторівна; Cyrillic: ДАНИЛЬЧЕНКО, Галина Викторовна)), Melitopol, Ukraine; DOB 05 Jul 1964; POB Orlovo, Melitopol, Ukraine; nationality Ukraine; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2356204721 (Ukraine) (individual) [RUSSIA-EO14024].

DANILCHENKO, Haylina (a.k.a. DANILCHENKO, Galina Viktorovna; a.k.a. DANYLCHENKO, Halyna Viktorivna (Cyrillic: ДАНИЛЬЧЕНКО, Галина Вікторівна; Cyrillic: ДАНИЛЬЧЕНКО, Галина Викторовна)), Melitopol, Ukraine; DOB 05 Jul 1964; POB Orlovo, Melitopol, Ukraine; nationality Ukraine; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2356204721 (Ukraine) (individual) [RUSSIA-EO14024].

DANILENKO, Sergei Andreevich (Cyrillic: ДАНИЛЕНКО, Сергей Андреевич), Sevastopol, Ukraine; DOB 14 Mar 1960; POB Krasnodar, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

DANILOVA, Elizaveta, Russia; DOB 16 Nov 1984; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

DANILTSEV, Yuriy Viktorovich (Cyrillic: ДАНИЛЬЦЕВ, Юрий Викторович) (a.k.a.

DANYLTSEV, Yuriy Viktorovych (Cyrillic: ДАНИЛЬЦЕВ, Юрій Вікторович)), Moscow, Russia; DOB 02 Sep 1974; POB Snezhnoye, Donetsk Oblast, Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

DANYLCHENKO, Halyna Viktorivna (Cyrillic: ДАНИЛЬЧЕНКО, Галина Вікторівна; Cyrillic: ДАНИЛЬЧЕНКО, Галина Викторовна) (a.k.a. DANILCHENKO, Galina Viktorovna; a.k.a. DANILCHENKO, Haylina), Melitopol, Ukraine; DOB 05 Jul 1964; POB Orlovo, Melitopol, Ukraine; nationality Ukraine; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2356204721 (Ukraine) (individual) [RUSSIA-EO14024].

DANYLTSEV, Yuriy Viktorovych (Cyrillic: ДАНИЛЬЦЕВ, Юрій Вікторович) (a.k.a. DANILTSEV, Yuriy Viktorovich (Cyrillic: ДАНИЛЬЦЕВ, Юрий Викторович)), Moscow, Russia; DOB 02 Sep 1974; POB Snezhnoye, Donetsk Oblast, Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

DAOUD, El Riz (a.k.a. EL RIZ, Daoud; a.k.a. EL RIZ, Douad), Paris, France; DOB 04 Oct 1983; nationality France; alt. nationality Congo, Democratic Republic of the; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A02118824 (Senegal) expires 21 Sep 2025; alt. Passport 05DK11992 (France) expires 08 Jun 2015; alt. Passport 15FV05021 (France) expires 14 Apr 2025; alt. Passport A01498634 (Senegal) expires 22 Apr 2020 (individual) [SDGT] (Linked To: AHMAD, Hind Nazem).

DAOUD, Suleiman Cabdi (a.k.a. GOOBE, Suleiman Daoud; a.k.a. "GOOBE, Saleban"; a.k.a. "GOOBE, Saleeban"), Lower Shabelle, Somalia; DOB 1981; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

DAOUN, Ali Mohamad (a.k.a. DA'UN, Ali Muhammad; a.k.a. DA'UN, 'Ali Muhammad (Arabic: على محمد ضعون)), Lebanon; DOB 10

Dec 1956; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1000644893 (Lebanon) expires 03 Jan 2023 (individual) [SDGT] (Linked To: HIZBALLAH).

DAQDUQ, Ali Mussa (a.k.a. 'ABD AL-YUNIS, Hamid Majid; a.k.a. AL-LAMI, Hamid Muhammad; a.k.a. AL-MASUI, Husayn Muhammad Jabur; a.k.a. AL-MUSAWI, Ali Mussa Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Jabur; a.k.a. AL-MUSUI, Hamid Muhammad Jabur; a.k.a. JABUR AL-LAMI, Hamid Muhammad); DOB 01 Sep 1969; alt. DOB 31 Dec 1971; alt. DOB 09 Aug 1971; alt. DOB 09 Sep 1970; alt. DOB 09 Aug 1969; alt. DOB 05 Mar 1972; POB Beirut, Lebanon; alt. POB Al-Karradah, Baghdad, Iraq; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DAQIQ, Mo'ein (Arabic: معين دقيق) (a.k.a. AL-'AMILI, Mu'in Daqiq; a.k.a. DAKIK, Mouin Hassan; a.k.a. DAQIQ, Mu'in Hassan), Haris Bint Jbeil, Nabatieh, Lebanon; Qom, Iran; DOB 13 Apr 1967; POB Monrovia, Liberia; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0317421 (Lebanon); National ID No. 000054776119 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

DAQIQ, Mu'in Hassan (a.k.a. AL-'AMILI, Mu'in Daqiq; a.k.a. DAKIK, Mouin Hassan; a.k.a. DAQIQ, Mo'ein (Arabic: معين دقيق)), Haris Bint Jbeil, Nabatieh, Lebanon; Qom, Iran; DOB 13 Apr 1967; POB Monrovia, Liberia; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0317421 (Lebanon); National ID No. 000054776119

(Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

DAQOU, Hassan (a.k.a. DAQOU, Hassan bin Muhammad; a.k.a. DAQOU, Hassan Muhammed; a.k.a. DAQOU, Mohamed Hassan; a.k.a. DAQQOU, Hassan Muhammad (Arabic: حسن محمد دقو); a.k.a. DEQQO, Hassan Mohammed; a.k.a. "DAGO, Hassan Mohamed"; a.k.a. "DAQU, Hassan"; a.k.a. "DUKKO, Hassan"), Tfail, Lebanon; DOB 01 Feb 1985; nationality Syria; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

DAQOU, Hassan bin Muhammad (a.k.a. DAQOU, Hassan; a.k.a. DAQOU, Hassan Muhammed; a.k.a. DAQOU, Mohamed Hassan; a.k.a. DAQQOU, Hassan Muhammad (Arabic: حسن محمد دقو); a.k.a. DEQQO, Hassan Mohammed; a.k.a. "DAGO, Hassan Mohamed"; a.k.a. "DAQU, Hassan"; a.k.a. "DUKKO, Hassan"), Tfail, Lebanon; DOB 01 Feb 1985; nationality Syria; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

DAQOU, Hassan Muhammed (a.k.a. DAQOU, Hassan; a.k.a. DAQOU, Hassan bin Muhammad; a.k.a. DAQOU, Mohamed Hassan; a.k.a. DAQQOU, Hassan Muhammad (Arabic: حسن محمد دقو); a.k.a. DEQQO, Hassan Mohammed; a.k.a. "DAGO, Hassan Mohamed"; a.k.a. "DAQU, Hassan"; a.k.a. "DUKKO, Hassan"), Tfail, Lebanon; DOB 01 Feb 1985; nationality Syria; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

DAQOU, Mohamed Hassan (a.k.a. DAQOU, Hassan; a.k.a. DAQOU, Hassan bin Muhammad; a.k.a. DAQOU, Hassan Muhammed; a.k.a. DAQQOU, Hassan Muhammad (Arabic: حسن محمد دقو); a.k.a. DEQQO, Hassan Mohammed; a.k.a. "DAGO, Hassan Mohamed"; a.k.a. "DAQU, Hassan"; a.k.a. "DUKKO, Hassan"), Tfail, Lebanon; DOB 01 Feb 1985; nationality Syria; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

DAQQOU, Hassan Muhammad (Arabic: حسن محمد دقو) (a.k.a. DAQOU, Hassan; a.k.a. DAQOU, Hassan bin Muhammad; a.k.a. DAQOU, Hassan Muhammed; a.k.a. DAQOU, Mohamed Hassan; a.k.a. DEQQO, Hassan Mohammed; a.k.a. "DAGO, Hassan Mohamed"; a.k.a. "DAQU, Hassan"; a.k.a. "DUKKO, Hassan"), Tfail, Lebanon; DOB 01 Feb 1985; nationality Syria; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

DAR AL SALAM FOR TRAVEL & TOURISM (a.k.a. DAR AL SALAM FOR TRAVEL AND TOURISM (Arabic: دار السلام للسياحة و السفر)), Lebanon; Website daralsalam-lb.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Company Number 66002 (Lebanon) [SDGT] (Linked To: DAOUN, Ali Mohamad).

DAR AL SALAM FOR TRAVEL AND TOURISM (Arabic: دار السلام للسياحة و السفر) (a.k.a. DAR AL SALAM FOR TRAVEL & TOURISM), Lebanon; Website daralsalam-lb.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Company Number 66002 (Lebanon) [SDGT] (Linked To: DAOUN, Ali Mohamad).

DAR, Muhammad Harris (a.k.a. HARIS, Muhammad), Faisalabad, Pakistan; DOB 16 Jan 1986; POB Faisalabad, Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 3310030015409 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

DARA, Ing, Phnom Penh, Cambodia; DOB 04 Sep 1981; POB Phnom Penh, Cambodia; nationality Cambodia; citizen Cambodia; Gender Male; Passport N00453333 (Cambodia); National ID No. 010929329 (Cambodia) (individual) [TCO] (Linked To: PRINCE GROUP TRANSNATIONAL CRIMINAL ORGANIZATION).

DARAS, Ali (a.k.a. DARASSA, Ali; a.k.a. DARASSA, Ali Mahamat; a.k.a. DARRASSA, Ali; a.k.a. MAHAMANT, Ali Darassa; a.k.a. MAHAMAT, Ali Darassa), Alindao, Central

African Republic; DOB 22 Sep 1978; POB Kabo, Ouham prefecture, Central African Republic; alt. POB Bousso, Chad; nationality Central African Republic; citizen Niger; alt. citizen Chad; Gender Male (individual) [CAR].

DARASHENKA, Olga Leanidauna (a.k.a. DARASHENKA, Volga Leanidauna (Cyrillic: ДАРАШЭНКА, Вольга Леанідаўна); a.k.a. DARASHENKA, Volha Leanidauna; a.k.a. DARASHENKA, Volha Lieanidawna; a.k.a. DOROSHENKO, Olga; a.k.a. DOROSHENKO, Olga Leonidovna (Cyrillic: ДОРОШЕНКО, Ольга Леонидовна)), Mogilev Oblast, Belarus; DOB 1976; nationality Belarus; Gender Female (individual) [BELARUS].

DARASHENKA, Volga Leanidauna (Cyrillic: ДАРАШЭНКА, Вольга Леанідаўна) (a.k.a. DARASHENKA, Olga Leanidauna; a.k.a. DARASHENKA, Volha Leanidauna; a.k.a. DARASHENKA, Volha Lieanidawna; a.k.a. DOROSHENKO, Olga; a.k.a. DOROSHENKO, Olga Leonidovna (Cyrillic: ДОРОШЕНКО, Ольга Леонидовна)), Mogilev Oblast, Belarus; DOB 1976; nationality Belarus; Gender Female (individual) [BELARUS].

DARASHENKA, Volha Leanidauna (a.k.a. DARASHENKA, Olga Leanidauna; a.k.a. DARASHENKA, Volga Leanidauna (Cyrillic: ДАРАШЭНКА, Вольга Леанідаўна); a.k.a. DARASHENKA, Volha Lieanidawna; a.k.a. DOROSHENKO, Olga; a.k.a. DOROSHENKO, Olga Leonidovna (Cyrillic: ДОРОШЕНКО, Ольга Леонидовна)), Mogilev Oblast, Belarus; DOB 1976; nationality Belarus; Gender Female (individual) [BELARUS].

DARASHENKA, Volha Lieanidawna (a.k.a. DARASHENKA, Olga Leanidauna; a.k.a. DARASHENKA, Volga Leanidauna (Cyrillic: ДАРАШЭНКА, Вольга Леанідаўна); a.k.a. DARASHENKA, Volha Leanidauna; a.k.a. DOROSHENKO, Olga; a.k.a. DOROSHENKO, Olga Leonidovna (Cyrillic: ДОРОШЕНКО, Ольга Леонидовна)), Mogilev Oblast, Belarus; DOB 1976; nationality Belarus; Gender Female (individual) [BELARUS].

DARASSA, Ali (a.k.a. DARAS, Ali; a.k.a. DARASSA, Ali Mahamat; a.k.a. DARRASSA, Ali; a.k.a. MAHAMANT, Ali Darassa; a.k.a. MAHAMAT, Ali Darassa), Alindao, Central African Republic; DOB 22 Sep 1978; POB Kabo, Ouham prefecture, Central African Republic; alt. POB Bousso, Chad; nationality Central African Republic; citizen Niger; alt. citizen Chad; Gender Male (individual) [CAR].

DARASSA, Ali Mahamat (a.k.a. DARAS, Ali; a.k.a. DARASSA, Ali; a.k.a. DARRASSA, Ali; a.k.a. MAHAMANT, Ali Darassa; a.k.a. MAHAMAT, Ali Darassa), Alindao, Central African Republic; DOB 22 Sep 1978; POB Kabo, Ouham prefecture, Central African Republic; alt. POB Bousso, Chad; nationality Central African Republic; citizen Niger; alt. citizen Chad; Gender Male (individual) [CAR].

DARDAKIL, Abdelmalek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DARI AL-ZAWBA'I, Harith (a.k.a. AL DARI, Hareth; a.k.a. AL-DARI AL-ZAWBAI, Harith; a.k.a. AL-DARI, Harith; a.k.a. AL-DARI, Harith Sulayman; a.k.a. AL-DAURI, Hareth; a.k.a. AL-DHARI, Harith; a.k.a. AL-DHARI, Harith S.; a.k.a. AL-DURI, Harith), Jordan; Akashat, Iraq; Abu Ghuraib, Iraq; Qatar; Egypt; DOB 1941; POB Baghdad, Iraq; nationality Iraq; citizen Iraq; Passport N348171 (Iraq) (individual) [IRAQ3].

DARIA FANAVAR BORHAN SHARIF (a.k.a. SAAD SAZEH FARAZ SHARIF; a.k.a. SADID SAZEH PARVAZ SHARIF), Ground Floor, Plate 0, Chogan Street 9, Tehran Karaj Highway, Sahrak Ansar Neighborhood, Tehran, Tehran Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2017; National ID No. 14007965448 (Iran); Registration Number 534295 (Iran) [IRAN-CON-ARMS-EO].

DARIAN, Tenny (a.k.a. SHAKHDARIAN, Tenny); DOB 06 Sep 1979; POB Tehran, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport B23545963 expires 05 Mar 2017 (individual) [NPWMD] [IFSR].

DARKAZANLI COMPANY (a.k.a. DARKAZANLI EXPORT-IMPORT SONDERPOSTEN; a.k.a. MAMOUN DARKAZANLI IMPORT-EXPORT COMPANY), Uhlenhorsterweg 34 11, Hamburg, Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

DARKAZANLI EXPORT-IMPORT SONDERPOSTEN (a.k.a. DARKAZANLI COMPANY; a.k.a. MAMOUN DARKAZANLI IMPORT-EXPORT COMPANY), Uhlenhorsterweg 34 11, Hamburg, Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

DARKAZANLI, Mamoun, Uhlenhorsterweg 34 11, 22085, Hamburg, Germany; DOB 04 Aug 1958; POB Aleppo, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1310636262 (Germany) (individual) [SDGT].

DARNAVI, Hamza (a.k.a. AL-DARNAVI, Hamza; a.k.a. AL-DARNAWI, Abu-Hamzah; a.k.a. AL-DARNAWI, Hamza; a.k.a. AL-DARNAWI, Hamzah; a.k.a. AL-MASLI, 'Abd al-Hamid Muhammad 'Abd al-Hamid; a.k.a. AL-MASLI, 'Abd-al-Hamid; a.k.a. DARNAWI, Abdullah; a.k.a. DARNAWI, Hamza; a.k.a. DARNAWI, Hamza; a.k.a. DARNAWI, Hamzah; a.k.a. DIRNAWI, Hamzah; a.k.a. MASLI, Hamid; a.k.a. MUSALLI, 'Abd-al-Hamid), Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1976; POB Darnah, Libya; alt. POB Danar, Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DARNAWI, Abdullah (a.k.a. AL-DARNAVI, Hamza; a.k.a. AL-DARNAWI, Abu-Hamzah; a.k.a. AL-DARNAWI, Hamza; a.k.a. AL-DARNAWI, Hamzah; a.k.a. AL-MASLI, 'Abd al-Hamid Muhammad 'Abd al-Hamid; a.k.a. AL-MASLI, 'Abd-al-Hamid; a.k.a. DARNAVI, Hamza; a.k.a. DARNAWI, Hamza; a.k.a. DARNAWI, Hamzah; a.k.a. DIRNAWI, Hamzah; a.k.a. MASLI, Hamid; a.k.a. MUSALLI, 'Abd-al-Hamid), Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1976; POB Darnah, Libya; alt. POB Danar, Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DARNAWI, Hamza (a.k.a. AL-DARNAVI, Hamza; a.k.a. AL-DARNAWI, Abu-Hamzah; a.k.a. AL-DARNAWI, Hamza; a.k.a. AL-DARNAWI, Hamzah; a.k.a. AL-MASLI, 'Abd al-Hamid Muhammad 'Abd al-Hamid; a.k.a. AL-MASLI, 'Abd-al-Hamid; a.k.a. DARNAVI, Hamza; a.k.a. DARNAWI, Abdullah; a.k.a. DARNAWI, Hamzah; a.k.a. DIRNAWI, Hamzah; a.k.a. MASLI, Hamid; a.k.a. MUSALLI, 'Abd-al-Hamid), Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1976; POB Darnah, Libya; alt. POB Danar, Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DARNAWI, Hamzah (a.k.a. AL-DARNAVI, Hamza; a.k.a. AL-DARNAWI, Abu-Hamzah; a.k.a. AL-DARNAWI, Hamza; a.k.a. AL-DARNAWI, Hamzah; a.k.a. AL-MASLI, 'Abd al-Hamid Muhammad 'Abd al-Hamid; a.k.a. AL-MASLI, 'Abd-al-Hamid; a.k.a. DARNAVI, Hamza; a.k.a. DARNAWI, Abdullah; a.k.a. DARNAWI, Hamza; a.k.a. DIRNAWI, Hamzah; a.k.a. MASLI, Hamid; a.k.a. MUSALLI, 'Abd-al-Hamid), Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1976; POB Darnah, Libya; alt. POB Danar, Libya; nationality Libya; Secondary sanctions risk:

section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DARRAJI, Habeeb Hasan Mghames (a.k.a. DARRAJI, Habib Hasan Mughamis (Arabic: حبيب حسن مغامس دراجي); a.k.a. "AL-DARRAJI, Abu-Rida"), Iran; DOB 18 Sep 1976; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A14309260 (Iraq) expires 12 Sep 2026; alt. Passport A15392136 (Iraq) expires 12 May 2027 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

DARRAJI, Habib Hasan Mughamis (Arabic: حبيب حسن مغامس دراجي) (a.k.a. DARRAJI, Habeeb Hasan Mghames; a.k.a. "AL-DARRAJI, Abu-Rida"), Iran; DOB 18 Sep 1976; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A14309260 (Iraq) expires 12 Sep 2026; alt. Passport A15392136 (Iraq) expires 12 May 2027 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

DARRAJI, Kamal Ben Mohamed Ben Ahmed (a.k.a. DARRAJI, Kamel), via Belotti, n. 16, Busto Arsizio, Varese, Italy; DOB 22 Jul 1967; POB Menzel Bouzelfa, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L029899 issued 14 Aug 1995 expires 13 Aug 2000; Italian Fiscal Code DRRKML67L22Z352Q; alt. Italian Fiscal Code DRRKLB67L22Z352S (individual) [SDGT].

DARRAJI, Kamel (a.k.a. DARRAJI, Kamal Ben Mohamed Ben Ahmed), via Belotti, n. 16, Busto Arsizio, Varese, Italy; DOB 22 Jul 1967; POB Menzel Bouzelfa, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L029899 issued 14 Aug 1995 expires 13 Aug 2000; Italian Fiscal Code DRRKML67L22Z352Q; alt. Italian Fiscal Code DRRKLB67L22Z352S (individual) [SDGT].

DARRASSA, Ali (a.k.a. DARAS, Ali; a.k.a. DARASSA, Ali; a.k.a. DARASSA, Ali Mahamat; a.k.a. MAHAMANT, Ali Darassa; a.k.a. MAHAMAT, Ali Darassa), Alindao, Central African Republic; DOB 22 Sep 1978; POB Kabo, Ouham prefecture, Central African Republic; alt. POB Bousso, Chad; nationality Central African Republic; citizen Niger; alt. citizen Chad; Gender Male (individual) [CAR].

DART AIRCOMPANY (a.k.a. AIR ALANNA; a.k.a. DART AIRLINES; a.k.a. DART UKRAINIAN AIRLINES; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'DART'; a.k.a. "ALANNA"; a.k.a. "ALANNA LLC"; a.k.a. "DART, LLC"; a.k.a. "DART, TOV"), 26a, Narodnogo Opolchenyia Street, Kiev 03151, Ukraine; Kv. 107, Bud. 15/2 Vul.Shuliavska, Kyiv 01054, Ukraine; Ave. Vozdukhoflostsky 90, Kiev 03036, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 252030326052 (Ukraine); Government Gazette Number 25203037 (Ukraine) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

DART AIRLINES (a.k.a. AIR ALANNA; a.k.a. DART AIRCOMPANY; a.k.a. DART UKRAINIAN AIRLINES; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'DART'; a.k.a. "ALANNA"; a.k.a. "ALANNA LLC"; a.k.a. "DART, LLC"; a.k.a. "DART, TOV"), 26a, Narodnogo Opolchenyia Street, Kiev 03151, Ukraine; Kv. 107, Bud. 15/2 Vul.Shuliavska, Kyiv 01054, Ukraine; Ave. Vozdukhoflostsky 90, Kiev 03036, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 252030326052 (Ukraine); Government Gazette Number 25203037 (Ukraine) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

DART UKRAINIAN AIRLINES (a.k.a. AIR ALANNA; a.k.a. DART AIRCOMPANY; a.k.a. DART AIRLINES; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'DART'; a.k.a. "ALANNA"; a.k.a. "ALANNA LLC"; a.k.a. "DART, LLC"; a.k.a. "DART, TOV"), 26a, Narodnogo Opolchenyia Street, Kiev 03151, Ukraine; Kv. 107, Bud. 15/2 Vul.Shuliavska, Kyiv 01054, Ukraine; Ave. Vozdukhoflostsky 90, Kiev 03036, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 252030326052 (Ukraine); Government Gazette Number 25203037 (Ukraine) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

DARVISH, Habil, Iran; DOB 1952; alt. DOB 1953; POB Para Qeshlaq, Parsabad-Moghan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN COOPERATIVE FOUNDATION).

DARWISH, Saji Jamil, Syria; DOB 11 Jan 1957; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

DARWISH, Samir Sakhir, Mezzah, Damascus, Syria; DOB 1971; alt. DOB 1970; alt. DOB 1972; nationality Syria; Gender Male; Head of Al-Bustan Charity (individual) [PAARSSR-EO13894] (Linked To: MAKHLUF, Rami).

DARWISH-FAWAZ, Fawzy Reda (a.k.a. DARWISH-FAWAZ, Fouzi Reda; a.k.a. FAWAZ, Fawzi Reda; a.k.a. FAWAZ, Fawzy; a.k.a. FAWAZ, Fouzi Reda Darwish; a.k.a. FAWAZ, Fowzy; a.k.a. FAWWAZ, Fawzi); DOB 12 Feb 1968; alt. DOB 24 Mar 1973; POB Jwaya, Lebanon; alt. POB Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0107516 (Lebanon); alt. Passport 0258649 (individual) [SDGT] (Linked To: HIZBALLAH).

DARWISH-FAWAZ, Fouzi Reda (a.k.a. DARWISH-FAWAZ, Fawzy Reda; a.k.a. FAWAZ, Fawzi Reda; a.k.a. FAWAZ, Fawzy; a.k.a. FAWAZ, Fouzi Reda Darwish; a.k.a. FAWAZ, Fowzy; a.k.a. FAWWAZ, Fawzi); DOB 12 Feb 1968; alt. DOB 24 Mar 1973; POB Jwaya, Lebanon; alt. POB Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0107516 (Lebanon); alt. Passport 0258649 (individual) [SDGT] (Linked To: HIZBALLAH).

DARWISH-FAWAZ, Moustafa Reda (a.k.a. FAWAZ, Mostafa Reda Darwich; a.k.a. FAWAZ, Moustapha; a.k.a. FAWAZ, Mustafa; a.k.a. FAWAZ, Mustafa Darwish; a.k.a. FAWAZ, Mustapha; a.k.a. FAWAZ, Mustapha Reda Darwish; a.k.a. FAWAZ, Mustapha Rhoda Darwich; a.k.a. FAWAZ, Mustapha Rida Darwich; a.k.a. FAWWAZ, Mustafa), Flat 4, Blantyre Street, Behind Amigo Supermarket,

Wuse II, Abuja, Nigeria; 3 Gaya Road, Kano, Nigeria; DOB 25 Jun 1964; alt. DOB 10 Sep 1964; POB Jwaya, Lebanon; alt. POB Koidu Town, Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 2101602 (Lebanon); alt. Passport RL 0148105 (Lebanon); alt. Passport 0168459 (Sierra Leone); alt. Passport 0257909 (Sierra Leone); SSN 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 (United States) (individual) [SDGT] (Linked To: HIZBALLAH).

DARYA CAPITAL ADMINISTRATION GMBH, Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRB 96253 [IRAN].

DARYA SHIPPING PRIVATE LIMITED (a.k.a. DARYA SHIPPING PVT LTD), No. 421, 422, and 423, Fourth Floor, Vipul Plaza, Golf Course Road, Gurgaon 122011, India; Website www.daryashipping.in; Organization Established Date 16 Nov 2017; Identification Number IMO 6017001; Trade License No. U74999HR2017PTC071501 (India); Company Number 98450007AWFB9BFC6A06 (India) [IRAN-EO13902].

DARYA SHIPPING PVT LTD (a.k.a. DARYA SHIPPING PRIVATE LIMITED), No. 421, 422, and 423, Fourth Floor, Vipul Plaza, Golf Course Road, Gurgaon 122011, India; Website www.daryashipping.in; Organization Established Date 16 Nov 2017; Identification Number IMO 6017001; Trade License No. U74999HR2017PTC071501 (India); Company Number 98450007AWFB9BFC6A06 (India) [IRAN-EO13902].

DARYANAVARD KISH (a.k.a. DARYANAVARD KISH SHIPPING COMPANY; a.k.a. DARYANAVARD KISH SHIPPING COMPANY LTD.), Unit7, No. 3, Noor Alley, Nelsonmandella Blvd., Tehran, Iran; Kish Islands, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DARYANAVARD KISH SHIPPING COMPANY (a.k.a. DARYANAVARD KISH; a.k.a. DARYANAVARD KISH SHIPPING COMPANY LTD.), Unit7, No. 3, Noor Alley, Nelsonmandella Blvd., Tehran, Iran; Kish Islands, Iran; Website

http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DARYANAVARD KISH SHIPPING COMPANY LTD. (a.k.a. DARYANAVARD KISH; a.k.a. DARYANAVARD KISH SHIPPING COMPANY), Unit7, No. 3, Noor Alley, Nelsonmandella Blvd., Tehran, Iran; Kish Islands, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DARYA-YE KHAZAR SHIPPING LINES (a.k.a. KHAZAR SEA SHIPPING LINES (Cyrillic: ХАЗАР СИ ШИППИНГ ЛАЙНЗ)), Shahid Mostafa Khomeini Street, Ghazian Street, PO Box 43145/1711-324, Bandar Azali 4315671145, Iran; Mostafa Khomeini St. Ghazian, PO BOX 4315671145, Anzali Free Zone, Iran; 4/1 Savushkina Street, Astrakhan 414056, Russia; Website www.khazarshipping.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024. [IRAN] [RUSSIA-EO14024].

DASTGERD PRISON (a.k.a. ESFAHAN PRISON; a.k.a. ISFAHAN CENTRAL PRISON (Arabic: زندان مرکزی اصفهان)), Isfahan City, Isfahan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

DASTGIRI, Reza Sakan (Arabic: رضا سکان دستگیری), United Arab Emirates; DOB 08 Aug 1978; alt. DOB 23 Aug 1978; POB Maku, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2830283775 (Iran) (individual) [SDGT] [IFSR] (Linked To: ANSAR EXCHANGE; Linked To: BANK MELLI IRAN).

DASTJERDI, Ahmad Vahid (a.k.a. VAHID, Ahmed Dastjerdi); DOB 15 Jan 1954; Additional Sanctions Information - Subject to Secondary Sanctions; Diplomatic Passport A0002987 (Iran) (individual) [NPWMD] [IFSR].

DATA CENTER KIRISHI LIMITED LIABILITY COMPANY (a.k.a. DC KIRISHI LLC), Sh. Volkhovskoe Zd.95, Pomeshch. 1, Sh. Volkhovskoe Zd.11, Kirishi 187110, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 01 Jul 2022; Registration ID 1224700010908 (Russia);

Tax ID No. 4727007461 (Russia) [CAATSA - RUSSIA] [CYBER4] (Linked To: MEDIA LAND, LLC).

DATA PROCESSING OF EAST LLC (a.k.a. DADEH AFZAR ARMAN; a.k.a. "DATA EAST"), Tehran, Iran; Website https://daa.computer/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Mar 2015 to 19 Mar 2016; Organization Type: Other information technology and computer service activities [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

DATAK TELECOM, No. 14, Enbe E Yamin Street, North Sohrevardi Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [HRIT-IR].

DATANA, Ul. Polkovaya D. 3, Moscow 127018, Russia; Bldg. 1, Murmansky Proezd 14, Moscow 129075, Russia; Website datana.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Other information technology and computer service activities; Tax ID No. 9717079152 (Russia); Registration Number 1197746204677 (Russia) [RUSSIA-EO14024].

DATAVICE MCHJ, 3 Irrigator Massive, Hamid Olimjon MFY, Tashkent, Uzbekistan; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 03 Jul 2025; Tax ID No. 312252645 (Uzbekistan); Business Registration Number 2868352 (Uzbekistan) [CAATSA - RUSSIA] [CYBER4] (Linked To: AEZA GROUP LLC).

DAUDOV, Magomed Hojahmedovich (a.k.a. DAUDOV, Magomed Hozhahmedovich; a.k.a. DAUDOV, Magomed Khozhakhmedovich); DOB 26 Feb 1980; POB Shpakovskoe, Shpakovsky District, Stravopol, Russia; Chief of Staff of the Executive Office of Head and Government of the Chechen Republic; Chief of Presidential Administration for the Russian North Caucasus Region of Chechnya (individual) [MAGNIT].

DAUDOV, Magomed Hozhahmedovich (a.k.a. DAUDOV, Magomed Hojahmedovich; a.k.a. DAUDOV, Magomed Khozhakhmedovich); DOB 26 Feb 1980; POB Shpakovskoe, Shpakovsky District, Stravopol, Russia; Chief of Staff of the Executive Office of Head and Government of the Chechen Republic; Chief of Presidential Administration for the Russian North Caucasus Region of Chechnya (individual) [MAGNIT].

DAUDOV, Magomed Khozhakhmedovich (a.k.a. DAUDOV, Magomed Hojahmedovich; a.k.a. DAUDOV, Magomed Hozhahmedovich); DOB 26 Feb 1980; POB Shpakovskoe, Shpakovsky District, Stravopol, Russia; Chief of Staff of the Executive Office of Head and Government of the Chechen Republic; Chief of Presidential Administration for the Russian North Caucasus Region of Chechnya (individual) [MAGNIT].

DA'UN, Ali Muhammad (a.k.a. DAOUN, Ali Mohamad; a.k.a. DA'UN, 'Ali Muhammad (Arabic: على محمد ضعون)), Lebanon; DOB 10 Dec 1956; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1000644893 (Lebanon) expires 03 Jan 2023 (individual) [SDGT] (Linked To: HIZBALLAH).

DA'UN, 'Ali Muhammad (Arabic: على محمد ضعون) (a.k.a. DAOUN, Ali Mohamad; a.k.a. DA'UN, Ali Muhammad), Lebanon; DOB 10 Dec 1956; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1000644893 (Lebanon) expires 03 Jan 2023 (individual) [SDGT] (Linked To: HIZBALLAH).

DAVANKOV, Vladislav Andreyevich (Cyrillic: ДАВАНКОВ, Владислав Андреевич), Russia; DOB 25 Feb 1984; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DAVAR SHIPPING CO LTD, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22678777) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DAVID, Andoson (a.k.a. HENNY, Watson; a.k.a. KIM, Hyon U; a.k.a. KIM, Hyon Woo; a.k.a. KIM, Hyon Wu; a.k.a. PAK, Ch'in-hyo'k; a.k.a. PAK, Jin Hek; a.k.a. PAK, Jin Hyok; a.k.a. PARK, Jin Hyok); DOB 15 Aug 1984; alt. DOB 18 Oct 1984; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290333974 (Korea, North) (individual) [DPRK3].

DAVID, Yafi (Arabic: يافي ديفيد) (a.k.a. YAFEE, Daoud), United Arab Emirates; DOB 25 Aug 1969; POB Syria; nationality Ukraine; Gender Male; Passport FE550041 (Ukraine) expires 01 Jun 2026; Identification Number 121619695 (Oman) (individual) [PAARSSR-EO13894] (Linked To: GRAINS MIDDLE EAST TRADING DWC-LLC).

DAVIDOVIC, Miodrag (Cyrillic: ДАВИДОВИЋ, Миодраг) (a.k.a. "DAKA" (Cyrillic: "ДАКА")), Montenegro; DOB 01 Mar 1957; POB Niksic, Montenegro; nationality Montenegro; Gender Male; Passport B38HP2825 (Montenegro) expires 26 Mar 2028 (individual) [BALKANS-EO14033].

DAVILA LOPEZ, Jose Ramon (a.k.a. RUBIO CONDE, David; a.k.a. TORRES HERNANDEZ, Antonio), Mexico; Calle 22, Valle Hermoso, Tamaulipas, Mexico; DOB 31 Aug 1978; POB Tijuana, Baja California, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. DALR780831HBCVPM06 (Mexico) (individual) [SDNTK].

DAVINA SHIPPING INC, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Identification Number IMO 6506091 [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

DAVIS, Mason (a.k.a. ANSING, Michael; a.k.a. PEARSON, Adam Richard), British Columbia, Canada; DOB 14 May 1994; alt. DOB 28 Apr 1995; POB Canada; nationality Canada; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport QG963705 (Canada) (individual) [IRAN-HR] (Linked To: RYAN, Damion Patrick John).

DAVOODI, Abolfazl Hossein Pour, Iran; DOB 15 Jul 1992; POB Amol, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

DAVOS COMPANY FOR EXCHANGE AND TRANSFERS (a.k.a. DAVOS EXCHANGE AND REMITTANCES COMPANY KHALED AL ATHARI AND PARTNER GENERAL PARTNERSHIP (Arabic: شركة دافوس للصرافه والتحويلات خالد العذري وشريكه التضامنيه)), Sanaa, Yemen; Website https://davos.exchange; alt. Website https://dafos1990.business.site; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

DAVOS EXCHANGE AND REMITTANCES COMPANY KHALED AL ATHARI AND PARTNER GENERAL PARTNERSHIP (Arabic: شركة دافوس للصرافه والتحويلات خالد العذري وشريكه التضامنيه) (a.k.a. DAVOS COMPANY FOR EXCHANGE AND TRANSFERS), Sanaa, Yemen; Website https://davos.exchange; alt. Website https://dafos1990.business.site; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

DAVYDKO, Gennadi Bronislavovich (Cyrillic: ДАВЫДЬКО, Геннадий Брониславович) (a.k.a. DAVYDKO, Gennady; a.k.a. DAVYDZKA, Genadz Branislavavich (Cyrillic: ДАВЫДЗЬКА, Генадзь Браніслававіч)), Minsk, Belarus; DOB 29 Sep 1955; POB Popovka village, Senno/Sjanno, Vitebsk Region, Belarus; nationality Belarus; Gender Male; Passport MP2156098 (Belarus) (individual) [BELARUS-EO14038].

DAVYDKO, Gennady (a.k.a. DAVYDKO, Gennadi Bronislavovich (Cyrillic: ДАВЫДЬКО, Геннадий Брониславович); a.k.a. DAVYDZKA, Genadz Branislavavich (Cyrillic: ДАВЫДЗЬКА, Генадзь Браніслававіч)), Minsk, Belarus; DOB 29 Sep 1955; POB Popovka village, Senno/Sjanno, Vitebsk Region, Belarus; nationality Belarus; Gender Male; Passport MP2156098 (Belarus) (individual) [BELARUS-EO14038].

DAVYDOVA, Natalya (a.k.a. STRESHINSKAYA, Natalia Alekseyevna; a.k.a. STRESHINSKAYA, Natalia Alexeevna; a.k.a. STRESHINSKAYA, Natalya; a.k.a. "Tetya Motya"), Posledniy Per. 14, Apt #6, Moscow 107045, Russia; 65 Route de Bievres, Verrieres-le-Buisson 91370, France; DOB 14 Nov 1982; POB Smolensk, Russia; nationality Russia; alt. nationality Cyprus; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 721644521 (Russia) issued 22 Oct 2012 expires 13 Mar 2022; alt. Passport K00481386 (Cyprus) issued 03 Oct 2019 expires 03 Oct 2029 (individual) [RUSSIA-EO14024] (Linked To: STRESHINSKIY, Vladimir Yakovlevich).

DAVYDZKA, Genadz Branislavavich (Cyrillic: ДАВЫДЗЬКА, Генадзь Браніслававіч) (a.k.a. DAVYDKO, Gennadi Bronislovovich (Cyrillic: ДАВЫДЬКО, Геннадий Брониславович); a.k.a. DAVYDKO, Gennady), Minsk, Belarus;

DOB 29 Sep 1955; POB Popovka village, Senno/Sjanno, Vitebsk Region, Belarus; nationality Belarus; Gender Male; Passport MP2156098 (Belarus) (individual) [BELARUS-EO14038].

DAWLA AL ISLAMIYA (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

DAWLATUL ISLAMIYAH WALIYATUL MASRIK (a.k.a. DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ; a.k.a. IS EAST ASIA DIVISION; a.k.a. IS PHILIPPINES; a.k.a. ISIL IN THE PHILIPPINES; a.k.a. ISIL PHILIPPINES; a.k.a. ISIS BRANCH IN THE PHILIPPINES; a.k.a. ISIS IN THE PHILIPPINES; a.k.a. ISIS PHILIPPINE PROVINCE; a.k.a. ISIS-PHILIPPINES; a.k.a. ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA; a.k.a. ISLAMIC STATE IN THE PHILIPPINES; a.k.a. "DIWM"; a.k.a. "ISP"), Basilan, Philippines; Lanao del Sur Province, Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ (a.k.a. DAWLATUL ISLAMIYAH WALIYATUL MASRIK; a.k.a. IS EAST ASIA DIVISION; a.k.a. IS PHILIPPINES; a.k.a. ISIL IN THE PHILIPPINES; a.k.a. ISIL PHILIPPINES; a.k.a. ISIS BRANCH IN THE PHILIPPINES; a.k.a. ISIS IN THE PHILIPPINES; a.k.a. ISIS PHILIPPINE PROVINCE; a.k.a. ISIS-PHILIPPINES; a.k.a. ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA; a.k.a. ISLAMIC STATE IN THE PHILIPPINES; a.k.a. "DIWM"; a.k.a. "ISP"), Basilan, Philippines; Lanao del Sur Province, Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

DAWN MARINE MANAGEMENT CO LTD, Changgyong 2-dong, Sosong-guyok, Pyongyang, Korea, North; Nationality of Registration Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number 5926921 [DPRK4].

DAWOOD IBRAHIM ORGANIZATION (a.k.a. "D COMPANY"), India; Pakistan; United Arab Emirates [SDNTK].

DAWOUD, Muhammad (a.k.a. MUZZAMIL, Mohammad Daoud), Afghanistan; DOB 1983; POB Nahr-e Saraj District, Helmand Province, Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TALIBAN).

DAY BANK (a.k.a. DEY BANK), 45 Vali Asr Ave, Parvin St, Tehran 1966835611, Iran; SWIFT/BIC DAYBIRTH; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Offices Worldwide

[IRAN] [SDGT] [IFSR] (Linked To: MARTYRS FOUNDATION).

DAY BANK BROKERAGE COMPANY, No. 58, 2nd, 3rd, and 4th floors, 14th street, Khaled Istanbuli Street, Tehran, Iran; Website www.daybankbroker.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: DAY BANK).

DAY COMPANY (a.k.a. DEY COMPANY (Arabic: شرکت دی); a.k.a. SHERKAT-E DEY), No 18, Fakhr Razi Street, Enghelab Street, Tehran, Iran; Website http://day-cc.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861092038 (Iran); Registration Number 93 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

DAY E-COMMERCE, No. 66, Mansour Alley, Next to Tehran Grand Hotel, Motahari Street, Tehran, Iran; Website www.dec.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: DAY BANK).

DAY EXCHANGE COMPANY, No. 239, First Floor of Day Insurance Building, Mirdamad Blvd, Tehran, Iran; Website www.dayexchange.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: DAY BANK).

DAY INVESTMENT (a.k.a. SARMAYE GOZARI DAY), Iran [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

DAY IRANIAN FINANCIAL AND ACCOUNTING SERVICES COMPANY, No. 4, 4th Floor, Farid Afshar Street, Shahid Dastgerdi Street, Tehran, Iran; Website http://fsday.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: DAY BANK).

DAY LEASING COMPANY, No. 5, Shahid Dademan Street, N. Gol Afshan, W. Ivanak, Shahrak Qarb, Tehran, Iran; Website https://leasingday.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: DAY BANK).

DAYA, Mohamed Ould Mahri Ahmed (a.k.a. DEYA, Mohamed Ould Ahmed; a.k.a. MAHRI, Mohamed Ben Ahmed; a.k.a. "Mohamed Rouggy"; a.k.a. "Mohamed Rougie"; a.k.a. "Mohamed Rouji"; a.k.a. "Mohammed Rougi"), Bamako, Mali; DOB 1979; POB Tabankort, Mali; nationality Mali; Gender Male; Passport AA00272627 (Mali); alt. Passport AA0263957 (Mali) (individual) [MALI-EO13882].

DAYA, Yoro Ould (a.k.a. BEN DAHA, Mahri Sidi Amar; a.k.a. DAHA, Sidi Amar Ould; a.k.a. DAHA, Yoro Ould; a.k.a. "Yoro"), Golf Rue 708 Door 345, Gao, Mali; DOB 1978; POB Djebock, Mali; nationality Mali; Gender Male; National ID No. 11262/1547 (Mali) (individual) [MALI-EO13882].

DAYAN GLOBAL TRADE DIS TICARET ITHALAT IHRACAT SANAYI VE TICARET LIMITED SIRKETI (a.k.a. "DAYAN GLOBAL"), Barbaros MH. Alzambak Sk. Varyap Meridian A Blk. Grand Tow. 2/354 Atasehir, Istanbul, Turkey; Gostep MAH, Istoc 3, CAD, SIT E Block Apt NO: 7 /51 Bagcilar, Istanbul, Turkey; Organization Established Date 20 Apr 2018; Commercial Registry Number 271136147400001 (Turkey) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

DAYENI, Mahmoud Mohammadi; Additional Sanctions Information - Subject to Secondary Sanctions; Passport J16661804 (Iran) (individual) [NPWMD] [IFSR] (Linked To: NEKA NOVIN).

DAYRI, Muhammad Husayn (a.k.a. DEIRY, Mohamad Majd; a.k.a. DEIRY, Mohamad Majd Hussen), Syria; DOB 06 Jun 1961; nationality Syria; Gender Male; Passport 010213193 (Syria) expires 22 Jul 2017; alt. Passport 011786268 (Syria) expires 24 Oct 2019 (individual) [BELARUS-EO14038] (Linked To: BLACK SHIELD COMPANY FOR GENERAL TRADING LLC).

DAYTEK CHONGQING INTERNATIONAL TRADE CO (a.k.a. DAIFEKU INTERNATIONAL TRADE CHONGQING CO LTD; a.k.a. DAYTEK TRADING), B73-B74, Floor 5, No 4. Auxiliary, No. 157, Jinyu Avenue, Cuntan Sub-District, Liangjian New District, Chongqing 400000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Aug 2022; Unified Social Credit Code (USCC) 91500000MABYE7C18N (China) [RUSSIA-EO14024].

DAYTEK TRADING (a.k.a. DAIFEKU INTERNATIONAL TRADE CHONGQING CO LTD; a.k.a. DAYTEK CHONGQING INTERNATIONAL TRADE CO), B73-B74, Floor 5, No 4. Auxiliary, No. 157, Jinyu Avenue, Cuntan Sub-District, Liangjian New District, Chongqing 400000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Aug 2022; Unified Social Credit Code (USCC) 91500000MABYE7C18N (China) [RUSSIA-EO14024].

DAYVTEKHNOSERVIS (a.k.a. DAIVTEKHNOSERVIS, OOO; a.k.a. DIVE TECHNO SERVICES; a.k.a. DIVETECHNOSERVICES), d. 18 korp. 2 litera A, ul. Zheleznovodskaya, St. Petersburg 199155, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: FEDERAL SECURITY SERVICE).

DC KIRISHI LLC (a.k.a. DATA CENTER KIRISHI LIMITED LIABILITY COMPANY), Sh. Volkhovskoe Zd.95, Pomeshch. 1, Sh. Volkhovskoe Zd.11, Kirishi 187110, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 01 Jul 2022; Registration ID 1224700010908 (Russia); Tax ID No. 4727007461 (Russia) [CAATSA - RUSSIA] [CYBER4] (Linked To: MEDIA LAND, LLC).

DCB FINANCE LIMITED, Akara Building, 24 de Castro Street, Wickhams Cay I, Road Town, Tortola, Virgin Islands, British; Dalian, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

DD IMEKS, ul. Vostochnaya str. 160A, pomeshch. 2, Yekaterinburg 620100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6685191668 (Russia); Registration Number 121660055429 (Russia) [RUSSIA-EO14024].

DDC DEVELOP INDUSTRY HONG KONG LIMITED, Rm 4, 16/F, Ho King Comm. Ctr., 2-16 Fa Yuen St., Mongkok, Kowloon, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 04 Oct 2019; Company Number 2879836 (Hong Kong); Business Registration Number 71234020 (Hong Kong) [NPWMD] [IFSR] (Linked To: NARIN SEPEHR MOBIN ISATIS).

DE ANDA LEDEZMA, Miguel Angel (a.k.a. "Miguelon"), Nuevo Laredo, Tamaulipas, Mexico; DOB 16 Sep 1984; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. AALM840916HTSNDG02 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DEL NORESTE).

DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

DE CORTEZ, Vanessa (a.k.a. VALENZUELA VALENZUELA, Vanessa); DOB 16 Nov 1985; POB Culiacan, Sinaloa, Mexico; C.U.R.P. VAVV851116MSLLLN05 (Mexico) (individual) [SDNTK] (Linked To: BUENOS AIRES SERVICIOS, S.A. DE C.V.; Linked To: ESTACIONES DE SERVICIOS CANARIAS, S.A. DE C.V.; Linked To: GASODIESEL Y SERVICIOS ANCONA, S.A. DE C.V.; Linked To: GASOLINERA ALAMOS COUNTRY, S.A. DE C.V.; Linked To: GASOLINERA Y SERVICIOS VILLABONITA, S.A. DE C.V.; Linked To: PETROBARRANCOS, S.A. DE C.V.).

DE FRUTOS, Jose Ignacio Reta (a.k.a. DE FRUTOS, Joseba Inaki Reta; a.k.a. FRUIT, Joseba Inaki Reta); DOB 03 Jul 1959; POB Elorrio, Vizcaya, Spain; nationality Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 72.253.056 (Spain); Member of the Basque Fatherland and Liberty (ETA) and is a fugitive (individual) [SDGT].

DE FRUTOS, Joseba Inaki Reta (a.k.a. DE FRUTOS, Jose Ignacio Reta; a.k.a. FRUIT, Joseba Inaki Reta); DOB 03 Jul 1959; POB Elorrio, Vizcaya, Spain; nationality Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 72.253.056 (Spain); Member of the Basque Fatherland and Liberty (ETA) and is a fugitive (individual) [SDGT].

DE GARIKOITZ ASPIAZU RUBINA, Miguel (a.k.a. DE GARIKOITZ ASPIAZU URBINA, Miguel; a.k.a. "CHEROKEE"; a.k.a. "TXEROKI"); DOB 06 Jul 1973; POB Bilbao, Vizcaya, Spain; nationality Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 14.257.455 (Spain); Member of the Basque Fatherland and Liberty (ETA) and currently detained in France (individual) [SDGT].

DE GARIKOITZ ASPIAZU URBINA, Miguel (a.k.a. DE GARIKOITZ ASPIAZU RUBINA, Miguel; a.k.a. "CHEROKEE"; a.k.a. "TXEROKI"); DOB 06 Jul 1973; POB Bilbao, Vizcaya, Spain; nationality Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 14.257.455 (Spain); Member of the Basque Fatherland and Liberty (ETA) and currently detained in France (individual) [SDGT].

DE GEETERE, Hans (a.k.a. DE GEETERE, Hans Maria Christiane Herve; a.k.a. "DE GEETERE, Hmch"; a.k.a. "Dick Boss"), Paul Parmentierlaan 121, Knokke Heist 8300, Belgium; Nyckeesstraat 4, Knokke Heist 8300, Belgium; DOB 20 Jun 1962; POB Deinze, Belgium; nationality Belgium; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport EN985009 (Belgium) expires 26 Jul 2023; National ID No. 592945001464 (Belgium) (individual) [RUSSIA-EO14024].

DE GEETERE, Hans Maria Christiane Herve (a.k.a. DE GEETERE, Hans; a.k.a. "DE GEETERE, Hmch"; a.k.a. "Dick Boss"), Paul Parmentierlaan 121, Knokke Heist 8300, Belgium; Nyckeesstraat 4, Knokke Heist 8300, Belgium; DOB 20 Jun 1962; POB Deinze, Belgium; nationality Belgium; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport EN985009 (Belgium) expires 26 Jul 2023; National ID No. 592945001464 (Belgium) (individual) [RUSSIA-EO14024].

DE GEETERE, Tom (a.k.a. DE GEETERE, Tom Maria; a.k.a. DE GEETERE, Tom Maria Leonza Edward), Belgium; DOB 26 Feb 1964; nationality Belgium; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport EH641188 (Belgium) expires 23 Aug 2014 (individual) [RUSSIA-EO14024] (Linked To: EUROPEAN TECHNICAL TRADING).

DE GEETERE, Tom Maria (a.k.a. DE GEETERE, Tom; a.k.a. DE GEETERE, Tom Maria Leonza Edward), Belgium; DOB 26 Feb 1964; nationality Belgium; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport EH641188 (Belgium) expires 23 Aug 2014 (individual) [RUSSIA-EO14024] (Linked To: EUROPEAN TECHNICAL TRADING).

DE GEETERE, Tom Maria Leonza Edward (a.k.a. DE GEETERE, Tom; a.k.a. DE GEETERE, Tom Maria), Belgium; DOB 26 Feb 1964; nationality Belgium; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport EH641188 (Belgium) expires 23 Aug 2014 (individual) [RUSSIA-EO14024] (Linked To: EUROPEAN TECHNICAL TRADING).

DE HANDAL, Ena (a.k.a. HERNANDEZ AMAYA, Ena Elizabeth), San Pedro Sula, Cortes, Honduras; DOB 03 Sep 1978; nationality Honduras; National ID No. 0501-1978-08173 (Honduras) (individual) [SDNTK] (Linked To: J & E S. DE R.L. DE C.V.).

DE ICAZA LOZANO, Alejandro, c/o ILC EXPORTACIONES, S. DE R.L. DE C.V., Mexico, Distrito Federal, Mexico; Club de Golf No. 18, Casa No. 2, Conjunto Residencial Club Vista, La Atizapan de Zaragoza, Estado de Mexico, Mexico; DOB 22 Jan 1953; POB Distrito Federal, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. IALA530122HDFCZL08 (Mexico) (individual) [SDNTK].

DE KONING, Martinus Pterus Henri (a.k.a. DE KONING, Martinus Pterus Henrikus; a.k.a. "DE KONING, Martijns"; a.k.a. "DE KONING, Mph"), Boxtel, Netherlands; DOB 07 Jan 1987; POB Netherlands; nationality Netherlands; Email Address mdk1987@hotmail.nl; Gender Male; Passport NNJ8FR670 (Netherlands) (individual) [ILLICIT-DRUGS-EO14059].

DE KONING, Martinus Pterus Henrikus (a.k.a. DE KONING, Martinus Pterus Henri; a.k.a. "DE KONING, Martijns"; a.k.a. "DE KONING, Mph"), Boxtel, Netherlands; DOB 07 Jan 1987; POB Netherlands; nationality Netherlands; Email Address mdk1987@hotmail.nl; Gender Male; Passport NNJ8FR670 (Netherlands) (individual) [ILLICIT-DRUGS-EO14059].

DE LAVILLA, Mike (a.k.a. LABELLA, Omar; a.k.a. LAVILLA, Mile D.; a.k.a. LAVILLA, Omar; a.k.a. LAVILLA, Ramo; a.k.a. LAVILLA, Reuben; a.k.a. LAVILLA, Reuben Omar; a.k.a. LAVILLA, Reymund; a.k.a. LAVILLA, Ruben Pestano, Jr.; a.k.a. LOBILLA, Shaykh Omar; a.k.a. MUDDARIS, Abdullah; a.k.a. SHARIEF, Ahmad Omar), 10th Avenue, Caloocan City, Manila, Philippines; Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; DOB 04 Oct 1972; POB Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DE LEON BECERRA, Eliseo, Calle 16 de Septiembre 109, Int. 5, San Jeronimo Chicahualco, Metepec, Estado de Mexico, Mexico; DOB 04 Nov 1989; POB Toluca, Mexico; nationality Mexico; Gender Male; C.U.R.P. LEBE891104HMCNCL02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

DE LIMA SALAS, David Eugenio, Villas Martinique Casa 131 El Morro, Lecherias,

Anzoategui, Venezuela; DOB 03 Apr 1959; POB Puerto La Cruz, Estado Anzoategui, Venezuela; nationality Venezuela; Gender Male; Cedula No. V-4719253 (Venezuela); Passport 144763935 (Venezuela) expires 02 Jul 2022 (individual) [VENEZUELA].

DE LOS REYES, Feliciano (a.k.a. ABDILLAH, Abubakar; a.k.a. ABDILLAH, Ustadz Abubakar; a.k.a. CASTRO, Jorge; a.k.a. DE LOS REYES, Feliciano Abubakar; a.k.a. DELOS REYES Y SEMBERIO, Feleciano; a.k.a. DELOS REYES, Feleciano Semborio; a.k.a. DELOS REYES, Feliciano Semborio, Jr.; a.k.a. DELOS REYES, Ustadz Abubakar; a.k.a. REYES, Abubakar; a.k.a. "ABDILLAH, Abdul"); DOB 04 Nov 1963; POB Arco, Lamitan, Basilan Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DE LOS REYES, Feliciano Abubakar (a.k.a. ABDILLAH, Abubakar; a.k.a. ABDILLAH, Ustadz Abubakar; a.k.a. CASTRO, Jorge; a.k.a. DE LOS REYES, Feliciano; a.k.a. DELOS REYES Y SEMBERIO, Feleciano; a.k.a. DELOS REYES, Feleciano Semborio; a.k.a. DELOS REYES, Feliciano Semborio, Jr.; a.k.a. DELOS REYES, Ustadz Abubakar; a.k.a. REYES, Abubakar; a.k.a. "ABDILLAH, Abdul"); DOB 04 Nov 1963; POB Arco, Lamitan, Basilan Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DE VERA Y ABOGNE, Pio (a.k.a. DE VERA, Esmael; a.k.a. DE VERA, Ismael; a.k.a. DE VERA, Ismail; a.k.a. DE VERA, Pio Abagne; a.k.a. DE VERA, Pio Abogne; a.k.a. DE VERA, Pio Abogue; a.k.a. OBOGNE, Leo M.; a.k.a. "ART, Tito"; a.k.a. "MANEX"), Concepcion, Zaragosa, Nueva Ecija Province, Philippines; DOB 19 Dec 1969; POB Bagac, Bagamanok, Catanduanes Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DE VERA, Esmael (a.k.a. DE VERA Y ABOGNE, Pio; a.k.a. DE VERA, Ismael; a.k.a. DE VERA, Ismail; a.k.a. DE VERA, Pio Abagne; a.k.a. DE VERA, Pio Abogne; a.k.a. DE VERA, Pio Abogue; a.k.a. OBOGNE, Leo M.; a.k.a. "ART, Tito"; a.k.a. "MANEX"), Concepcion, Zaragosa, Nueva Ecija Province, Philippines; DOB 19 Dec 1969; POB Bagac, Bagamanok, Catanduanes Province, Philippines; nationality Philippines;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DE VERA, Ismael (a.k.a. DE VERA Y ABOGNE, Pio; a.k.a. DE VERA, Esmael; a.k.a. DE VERA, Ismail; a.k.a. DE VERA, Pio Abagne; a.k.a. DE VERA, Pio Abogne; a.k.a. DE VERA, Pio Abogue; a.k.a. OBOGNE, Leo M.; a.k.a. "ART, Tito"; a.k.a. "MANEX"), Concepcion, Zaragosa, Nueva Ecija Province, Philippines; DOB 19 Dec 1969; POB Bagac, Bagamanok, Catanduanes Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DE VERA, Ismail (a.k.a. DE VERA Y ABOGNE, Pio; a.k.a. DE VERA, Esmael; a.k.a. DE VERA, Ismael; a.k.a. DE VERA, Pio Abagne; a.k.a. DE VERA, Pio Abogne; a.k.a. DE VERA, Pio Abogue; a.k.a. OBOGNE, Leo M.; a.k.a. "ART, Tito"; a.k.a. "MANEX"), Concepcion, Zaragosa, Nueva Ecija Province, Philippines; DOB 19 Dec 1969; POB Bagac, Bagamanok, Catanduanes Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DE VERA, Pio Abagne (a.k.a. DE VERA Y ABOGNE, Pio; a.k.a. DE VERA, Esmael; a.k.a. DE VERA, Ismael; a.k.a. DE VERA, Ismail; a.k.a. DE VERA, Pio Abogne; a.k.a. DE VERA, Pio Abogue; a.k.a. OBOGNE, Leo M.; a.k.a. "ART, Tito"; a.k.a. "MANEX"), Concepcion, Zaragosa, Nueva Ecija Province, Philippines; DOB 19 Dec 1969; POB Bagac, Bagamanok, Catanduanes Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DE VERA, Pio Abogne (a.k.a. DE VERA Y ABOGNE, Pio; a.k.a. DE VERA, Esmael; a.k.a. DE VERA, Ismael; a.k.a. DE VERA, Ismail; a.k.a. DE VERA, Pio Abagne; a.k.a. DE VERA, Pio Abogue; a.k.a. OBOGNE, Leo M.; a.k.a. "ART, Tito"; a.k.a. "MANEX"), Concepcion, Zaragosa, Nueva Ecija Province, Philippines; DOB 19 Dec 1969; POB Bagac, Bagamanok, Catanduanes Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DE VERA, Pio Abogue (a.k.a. DE VERA Y ABOGNE, Pio; a.k.a. DE VERA, Esmael; a.k.a. DE VERA, Ismael; a.k.a. DE VERA, Ismail; a.k.a. DE VERA, Pio Abagne; a.k.a. DE VERA,

Pio Abogne; a.k.a. OBOGNE, Leo M.; a.k.a. "ART, Tito"; a.k.a. "MANEX"), Concepcion, Zaragosa, Nueva Ecija Province, Philippines; DOB 19 Dec 1969; POB Bagac, Bagamanok, Catanduanes Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DEBBIYE 143 SAL (a.k.a. AL DIBIYA 143 SAL), Adnane Al Hakim Street, Al-Wazeer Building, First Floor, Building No. 3673, Msaytbeh, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1013410 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

DEBBIYE 383 SAL (Arabic: الدبية 383 ش.م.ل.), Al Jnah, Poet Adnan Hakim, First Floor, Property 3673, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Oct 2012; Registration Number 1016055 (Lebanon) [SDGT] (Linked To: BAKER, Rami Yaacoub).

DEBONO, Darren, 3 Saint Joseph, Saint Anthony Street, San Gwann, Malta; 22 Mensija St., San Gwann, Malta; DOB 09 Jan 1974; nationality Malta; citizen Malta; Gender Male; Passport 1071341 (Malta); National ID No. 049474M (Malta) (individual) [LIBYA3].

DEBONO, Gordon, 18, Drive 41, Tumas Galea Street Ta'Paris, Birkirkara, Malta; DOB 07 May 1974; POB Malta; nationality Malta; Gender Male; Passport 354841 (Malta); National ID No. 234574M (Malta) (individual) [LIBYA3].

DEBOUTTE, Pieter Albert; DOB 15 Jun 1966; POB Roeselare, Flanders, Belgium; nationality Belgium; Gender Male (individual) [GLOMAG] (Linked To: GERTLER, Dan; Linked To: FLEURETTE PROPERTIES LIMITED; Linked To: GERTLER FAMILY FOUNDATION).

DECART OOD (a.k.a. DEKART OOD), 2A Krakra Str., Oborishte Distr., Sofia, Stolichna 1504, Bulgaria; Organization Established Date 2003; V.A.T. Number BG 131122494 (Bulgaria) [GLOMAG] (Linked To: VABO SYSTEMS EOOD).

DECUIR GARCIA, Raul (a.k.a. "La Burra"), Mexico; DOB 14 Mar 1971; POB Tamaulipas, Mexico; nationality Mexico; Gender Male; C.U.R.P. DEGR710314HVZCRL01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: GULF CARTEL).

DEDOV, Mikhail Aleksandrovich, Russia; DOB 04 Sep 1952; Gender Male; Secondary sanctions

risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

DEEB, Ahmad (a.k.a. AL-DIB, Ahmed (Arabic: احمد الديب); a.k.a. DEEB, Ahmed; a.k.a. DIB, Ahmad; a.k.a. DIB, Ahmed (Arabic: احمد ديب); a.k.a. DIBE, Ahmad; a.k.a. DIBE, Ahmed (Arabic: احمد ديبن)), Damascus, Syria; DOB 1961; POB Ayn Al-Tineh Village, Latakia, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

DEEB, Ahmed (a.k.a. AL-DIB, Ahmed (Arabic: احمد الديب); a.k.a. DEEB, Ahmad; a.k.a. DIB, Ahmad; a.k.a. DIB, Ahmed (Arabic: احمد ديب); a.k.a. DIBE, Ahmad; a.k.a. DIBE, Ahmed (Arabic: احمد ديبن)), Damascus, Syria; DOB 1961; POB Ayn Al-Tineh Village, Latakia, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

DEEP BLUE DESARROLLOS, S. DE R.L. DE C.V., Guadalajara, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 May 2012; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Folio Mercantil No. 68136 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: RIVERA MIRAMONTES, Carlos Humberto).

DEEP BLUE SERVICIOS, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 16 Nov 2012; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Folio Mercantil No. N-2020017004 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: RIVERA MIRAMONTES, Carlos Humberto).

DEEP CURRENT SHIPPING L.L.C (Arabic: ديب كورينت للشحن ش.ذ.م.م), Flat 0248-316, Abdolaziz Abdoloh, Slzarquni Building, Al Mararr, Dubai, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 19 Dec 2024; Identification Number IMO 0124442; License 1449205 (United Arab Emirates); Economic Register Number (CBLS) 12521762 (United Arab Emirates) [IRAN-EO13846].

DEEP OFFSHORE TECHNOLOGY COMPANY, P.J.S., 1st Floor, Sadra Building, No. 3, Shafagh Street, Shahid Dadman Boulevard,

Paknejad Boulevard, 7th Phase, Shahrake-E-Quds, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

DEFENCE INDUSTRIES ORGANISATION (a.k.a. DEFENSE INDUSTRIES ORGANIZATION; a.k.a. DIO; a.k.a. SASEMAN SANAJE DEFA; a.k.a. SAZEMANE SANAYE DEFA; a.k.a. "SASADJA"), P.O. Box 19585-777, Pasdaran Street, Entrance of Babaie Highway, Permanent Expo of Defence Industries Organization, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

DEFENDERS OF ISLAM (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR UL ISLAM OF MALAM BOUREIMA DICKO; a.k.a. ANSAROUR ISLAM; a.k.a. ANSARUL ISLAM; a.k.a. ANSAR-UL-ISLAM LIL-ICHAD WAL JIHAD; a.k.a. "IRSAD"), Douna, Mali; Soum Province, Burkina Faso; Burkina Faso; Selba, Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

DEFENDERS OF THE FAITH (a.k.a. ANCAR DINE; a.k.a. ANSAR AL-DIN; a.k.a. ANSAR AL-DINE; a.k.a. ANSAR DINE; a.k.a. ANSAR EDDINE; a.k.a. ANSAR UL-DINE), Region: Northern Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

DEFENS INZHINIRING (a.k.a. DEFENSE ENGINEERING LIMITED LIABILITY PARTNERSHIP (Cyrillic: ТОВАРИЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДЭФЭНС ИНЖИНИРИНГ); a.k.a. "DEFENSE ENGINEERING, TOO"), Ul. Dinmukhamed Konaev 12/1, Sultan, Kazakhstan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 27 Nov 2018; Company Number 181140030924 (Kazakhstan) [DPRK] (Linked To: MKRTYCHEV, Ashot).

DEFENSE ENGINEERING LIMITED LIABILITY PARTNERSHIP (Cyrillic: ТОВАРИЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДЭФЭНС ИНЖИНИРИНГ) (a.k.a. DEFENS INZHINIRING; a.k.a. "DEFENSE

ENGINEERING, TOO"), Ul. Dinmukhamed Konaev 12/1, Sultan, Kazakhstan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 27 Nov 2018; Company Number 181140030924 (Kazakhstan) [DPRK] (Linked To: MKRTYCHEV, Ashot).

DEFENSE HOLDING STRUCTURE 'WOLF' (a.k.a. HOLDING SECURITY STRUCTURE WOLF; a.k.a. KHOLDING OKHRANNYKH STRUKTUR VOLK; a.k.a. WOLF HOLDING COMPANY; a.k.a. 'WOLF' HOLDING OF SECURITY STRUCTURES), ul. Panferova d. 18, Moscow 119261, Russia; Nizhniye Mnevniki, 110, Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7736640919 (Russia) [UKRAINE-EO13660].

DEFENSE INDUSTRIES ORGANIZATION (a.k.a. DEFENCE INDUSTRIES ORGANISATION; a.k.a. DIO; a.k.a. SASEMAN SANAJE DEFA; a.k.a. SAZEMANE SANAYE DEFA; a.k.a. "SASADJA"), P.O. Box 19585-777, Pasdaran Street, Entrance of Babaie Highway, Permanent Expo of Defence Industries Organization, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

DEFENSE INDUSTRIES SYSTEM (a.k.a. MILITARY INDUSTRY CORPORATION; a.k.a. "DEFENSE INDUSTRIES CORPORATION"; a.k.a. "DEFENSE INDUSTRY SYSTEM"), Khartoum North, Khartoum 10783, Sudan; Organization Established Date 1993; Organization Type: Defense activities [SUDAN-EO14098].

DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER (a.k.a. INSTITUTE FOR DEFENSE EDUCATION AND RESEARCH; a.k.a. MOASSESE AMOZESH VA TAHGHIGHATI; a.k.a. "DTSRC"; a.k.a. "MAVT CO."), Pasdaran Avenue, P.O. Box 19585/777, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

DEGHDEGH, Ahmed (a.k.a. "ABU ABDALLAH"; a.k.a. "AL ILLAH, Abd"); DOB 17 Jan 1967; POB Anser, Jijel, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 (individual) [SDGT].

DEGTYARENKO, Denis Olegovich (Cyrillic: ДЕГТЯРЕНКО, Денис Олегович) (a.k.a. "Dena"), 130 Lenina Avenue, Novy Gorod microdistrict, Orsk, Orenburg Region, Russia; DOB 09 Oct 1989; nationality Russia; citizen Russia; Gender Male; Passport 5309876581 (Russia) (individual) [CYBER2].

DEGTYAREV, Mikhail Vladimirovich (Cyrillic: ДЕГТЯРЁВ, Михаил Владимирович) (a.k.a. DEGTYARYOV, Mikhail Vladimirovich), Khabarovsk Region, Russia; Sevastopol, Crimea, Ukraine; DOB 10 Jul 1981; POB Samara, Samara Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

DEGTYARYOV, Mikhail Vladimirovich (a.k.a. DEGTYAREV, Mikhail Vladimirovich (Cyrillic: ДЕГТЯРЁВ, Михаил Владимирович)), Khabarovsk Region, Russia; Sevastopol, Crimea, Ukraine; DOB 10 Jul 1981; POB Samara, Samara Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

DEHDASHT PETROCHEMICAL INDUSTRIES CO. (a.k.a. DAH DASHT PETROCHEMICAL INDUSTRIES; a.k.a. DAHDASHT PETROCHEMICAL INDUSTRIES), Afrigha Boulevard, Below the JahanKodak, No. 9th Street, Petrochemical Trading Building, 7/5000 5th floor, Unit 21, Tehran, Iran; Website www.dpi-co.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] (Linked To: IRANIAN INVESTMENT PETROCHEMICAL GROUP COMPANY).

DEHGHAN FARSI, Mohamadreza (Arabic: محمد رضا دهقان فارسی) (a.k.a. DEHGHAN, Mohamad Reza), Iran; DOB 08 Mar 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2432835786 (Iran) (individual) [NPWMD] [IFSR] (Linked To: KHAZRA COMMUNICATIONS TECHNOLOGY SOLUTIONS).

DEHGHAN POUDEH, Hossein (a.k.a. DEHGHAN, Hossein), Iran; DOB 1957; POB Poudeh, Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

DEHGHAN, Hadi (Arabic: هادی دهقان) (a.k.a. CHENARI, Hadi Dehghan); DOB 21 Sep 1987; POB Yazd, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4433648353 (individual) [NPWMD] [IFSR] (Linked To: RASTAFANN ERTEBAT ENGINEERING COMPANY).

DEHGHAN, Hamed (Arabic: حامد دهقان) (a.k.a. CHENARI, Hamed Ahmad Ali Dehghan), Unit 17, Building number 48, Metro Area of Pars Tehran, East Resalat, Iran; DOB 06 Feb 1985; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4432874473 (Iran) (individual) [NPWMD] [IFSR] (Linked To: RASTAFANN ERTEBAT ENGINEERING COMPANY; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

DEHGHAN, Hossein (a.k.a. DEHGHAN POUDEH, Hossein), Iran; DOB 1957; POB Poudeh, Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

DEHGHAN, Majid, Iran; DOB 22 Sep 1988; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0083115234 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: FATEH ASEMAN SHARIF COMPANY).

DEHGHAN, Mohamad Reza (a.k.a. DEHGHAN FARSI, Mohamadreza (Arabic: محمد رضا دهقان فارسی)), Iran; DOB 08 Mar 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2432835786 (Iran) (individual) [NPWMD] [IFSR] (Linked To: KHAZRA COMMUNICATIONS TECHNOLOGY SOLUTIONS).

DEHKADEH TELECOMMUNICATION AND SECURITY COMPANY (a.k.a. MAHAK RAYAN AFRAZ; a.k.a. MEHRSAM ANDISHEH SAZ NIK), Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 14009946460 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

DEHONG TAILONG INDUSTRY COMPANY LIMITED (a.k.a. DEHONG THAILONG HOTEL CO., LTD.; a.k.a. TAI LONG HOTEL; a.k.a. TAI LUNG HOTEL; a.k.a. THAI LONG HOTEL; a.k.a. THAILONG HOTEL), Mang Shih Economic Development Zone, De Hong District, Yunnan Province, China; No. 58, Mangshi Avenue, Luxi City, Yunnan, China [SDNTK].

DEHONG THAILONG HOTEL CO., LTD. (a.k.a. DEHONG TAILONG INDUSTRY COMPANY LIMITED; a.k.a. TAI LONG HOTEL; a.k.a. TAI LUNG HOTEL; a.k.a. THAI LONG HOTEL; a.k.a. THAILONG HOTEL), Mang Shih Economic Development Zone, De Hong District, Yunnan Province, China; No. 58, Mangshi Avenue, Luxi City, Yunnan, China [SDNTK].

DEIF, Muhammed (a.k.a. AL-DAYF, Muhammad; a.k.a. AL-MASRI, Mohammed), Gaza, Palestinian; DOB 01 Jan 1963 to 31 Dec 1965; POB Khan Younis, Gaza; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

DEIN DANISMANLIK PAZARLAMA VE TICARET ANONIM SIRKETI, Vetro City Apartmani, No:16-133 Barbaros Hayrettin Pasa Mahallesi 1992. Sokak, Esenyurt, Istanbul 34522, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 241115 (Turkey) [RUSSIA-EO14024].

DEIRY, Mohamad Majd (a.k.a. DAYRI, Muhammad Husayn; a.k.a. DEIRY, Mohamad Majd Hussen), Syria; DOB 06 Jun 1961; nationality Syria; Gender Male; Passport 010213193 (Syria) expires 22 Jul 2017; alt. Passport 011786268 (Syria) expires 24 Oct 2019 (individual) [BELARUS-EO14038] (Linked To: BLACK SHIELD COMPANY FOR GENERAL TRADING LLC).

DEIRY, Mohamad Majd Hussen (a.k.a. DAYRI, Muhammad Husayn; a.k.a. DEIRY, Mohamad Majd), Syria; DOB 06 Jun 1961; nationality Syria; Gender Male; Passport 010213193 (Syria) expires 22 Jul 2017; alt. Passport 011786268 (Syria) expires 24 Oct 2019 (individual) [BELARUS-EO14038] (Linked To: BLACK SHIELD COMPANY FOR GENERAL TRADING LLC).

DEKART OOD (a.k.a. DECART OOD), 2A Krakra Str., Oborishte Distr., Sofia, Stolichna 1504, Bulgaria; Organization Established Date 2003; V.A.T. Number BG 131122494 (Bulgaria) [GLOMAG] (Linked To: VABO SYSTEMS EOOD).

DEL BROS OVERSEAS, S.A., Calle 73, Edificio Mirador, Piso 8, Of. A, San Francisco, Panama, Panama; RUC # 1182190-1-578348 (Panama); Folio Mercantil No. 578348 (Panama) [SDNTK].

DEL NOGAL MARQUEZ, Walter Alexander, Miranda, Venezuela; Edificio Poli centro, Piso 4, Of. 3, Panama, Panama; DOB 02 Oct 1969; citizen Venezuela; Gender Male; Cedula No. 9965580 (Venezuela); Passport C1940147 (Venezuela) (individual) [SDNTK] (Linked To: DEL BROS OVERSEAS, S.A.; Linked To: DMI TRADING INC.; Linked To: FINANCIAL CORPORATION FINCORP, C.A.; Linked To: FINANCIAL CORPORATION (FINCORP INTERNATIONAL), S.A.; Linked To: VIC DEL INC. (OFF SHORE)).

DEL NORTES CARNES FINAS SAN IGNACIO S.A. DE C.V., Chihuahua, Chihuahua, Mexico [SDNTK].

DEL ROSARIO PUENTE, Ramon Antonio (a.k.a. "TONO LENA" (Latin: "TOÑO LEÑA")), Dominican Republic; DOB 13 Sep 1968; POB Guaymate, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 026-0027057-9 (Dominican Republic) (individual) [SDNTK] (Linked To: CESAR PERALTA DRUG TRAFFICKING ORGANIZATION).

DEL ROSARIO SANTOS III, Hilarion (a.k.a. DEL ROSARIO SANTOS, Ahmad Islam; a.k.a. DEL ROSARIO SANTOS, Hilarion; a.k.a. SANTOS, Ahmad (Ahmed); a.k.a. "LAKAY, Abu"), No. 50 Purdue Street, Cubao Quezon City, Philippines; DOB 1971; POB Manila, Phillipines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; RSM leader (individual) [SDGT].

DEL ROSARIO SANTOS, Ahmad Islam (a.k.a. DEL ROSARIO SANTOS III, Hilarion; a.k.a. DEL ROSARIO SANTOS, Hilarion; a.k.a. SANTOS, Ahmad (Ahmed); a.k.a. "LAKAY, Abu"), No. 50 Purdue Street, Cubao Quezon City, Philippines; DOB 1971; POB Manila, Phillipines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; RSM leader (individual) [SDGT].

DEL ROSARIO SANTOS, Hilarion (a.k.a. DEL ROSARIO SANTOS III, Hilarion; a.k.a. DEL ROSARIO SANTOS, Ahmad Islam; a.k.a. SANTOS, Ahmad (Ahmed); a.k.a. "LAKAY, Abu"), No. 50 Purdue Street, Cubao Quezon City, Philippines; DOB 1971; POB Manila, Phillipines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; RSM leader (individual) [SDGT].

DEL VILLAR CONTRERAS, Gabriela, Puerto Vallarta, Jalisco, Mexico; DOB 06 Oct 1984; POB Chihuahua, Chihuahua, Mexico; nationality Mexico; Gender Female; R.F.C. VICG841006F31 (Mexico); C.U.R.P. VICG841006MCHLNB04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

DELAITE TRADING CO., LIMITED, 705A, Silvercord Tower 2, 30 Canton Road, Tsim Sha Tsui, Kln, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 31 Mar 2017; Company Number 2517535 (Hong Kong); Registration Number 67574296 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

DELASIA (a.k.a. LIMITED LIABILITY COMPANY DELAZIYA), Ul. Vasi Alekseeva D. 6, Lit. A, Pomeshch. 1-N, Office 322, Saint Petersburg 198188, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810778923 (Russia); Registration Number 1197847214685 (Russia) [RUSSIA-EO14024].

DELCO, Fabio Libero, Switzerland; DOB 23 Oct 1967; nationality Switzerland; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 8489687 (Switzerland) (individual) [RUSSIA-EO14024].

D'ELCON S.A. (a.k.a. DISTRIBUIDORA DE ELEMENTOS PARA LA CONSTRUCCION S.A.), Carrera 23D No. 13B-59, Cali, Colombia; NIT # 800117780-2 (Colombia) [SDNT].

DELGADO CASTELLON, Celina, Residencial Mira Bosques Casa C15, Managua, Nicaragua; DOB 08 May 1976; POB Esteli, Nicaragua; nationality Nicaragua; Gender Female; National ID No. 1610805760006T (Nicaragua) (individual) [NICARAGUA].

DELGADO LOPEZ, Ruy, Carretera Masaya, Km 6.5, Plaza 800 Mts Sur Lomas Santo Domingo, Casa #6, Managua, Nicaragua; DOB 30 Jun 1949; POB Managua, Nicaragua; nationality Nicaragua; Gender Male; Passport C01850896 (Nicaragua) issued 11 May 2015 expires 11 May 2025; National ID No. 0013006490003J (Nicaragua) (individual) [NICARAGUA].

DELGADO ROSALES, Arcadio de Jesus (Latin: DELGADO ROSALES, Arcadio de Jesús), Caracas, Capital District, Venezuela; DOB 23 Sep 1954; POB Maracaibo, Zulia, Venezuela; citizen Venezuela; Gender Male; Cedula No.

4159158 (Venezuela); Passport 001875223 (Venezuela); Vice President of the Constitutional Chamber of Venezuela's Supreme Court of Justice (individual) [VENEZUELA].

DELIC, Hazim; DOB 13 May 1964; ICTY indictee (individual) [BALKANS].

DELIGHT SHIPPING CO LTD (a.k.a. DELIGHT SHIPPING COMPANY LIMITED), Flat 302, 3/F, The Strand, 49 Bonham Strand, Sheung Wan, Hong Kong, China; Room 2604, 26th Floor, Nam Wo Hong Building, 148 Wing Lok Street, Sheung Wan, Hong Kong, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); C.R. No. 2563215 (Hong Kong); Identification Number IMO 6003121 [IFCA].

DELIGHT SHIPPING COMPANY LIMITED (a.k.a. DELIGHT SHIPPING CO LTD), Flat 302, 3/F, The Strand, 49 Bonham Strand, Sheung Wan, Hong Kong, China; Room 2604, 26th Floor, Nam Wo Hong Building, 148 Wing Lok Street, Sheung Wan, Hong Kong, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); C.R. No. 2563215 (Hong Kong); Identification Number IMO 6003121 [IFCA].

DELIGHTFUL THRIVE LIMITED, Phnom Penh, Cambodia; Company Number 1992053 (Virgin Islands, British) [TCO] (Linked To: CHEN, Zhi).

DELIMHANOV, Adam Sultanovich (a.k.a. DELIMKHANOV, Adam Sultanovich (Cyrillic: ДЕЛИМХАНОВ, Адам Султанович)), Russia; DOB 25 Sep 1969; POB Benoy, Nozhay-Yurtovsky District, Chechen Republic, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [TCO] [RUSSIA-EO14024].

DELIMKHANOV, Adam Sultanovich (Cyrillic: ДЕЛИМХАНОВ, Адам Султанович) (a.k.a. DELIMHANOV, Adam Sultanovich), Russia; DOB 25 Sep 1969; POB Benoy, Nozhay-Yurtovsky District, Chechen Republic, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [TCO] [RUSSIA-EO14024].

DELL'AQUILA, Giuseppe (a.k.a. "PEPPE 'O CIUCCIO"); DOB 20 Mar 1962; POB Giugliano, Campania, Italy (individual) [TCO].

DELLOS, Reendo Cain (a.k.a. AKMAL, Hakid; a.k.a. ALVARADO, Arnulfo; a.k.a. BERUSA, Brandon; a.k.a. DELLOSA Y CAIN, Redendo; a.k.a. DELLOSA, Ahmad; a.k.a. DELLOSA, Habil Ahmad; a.k.a. DELLOSA, Habil Akmad; a.k.a. DELLOSA, Redendo Cain; a.k.a. DELLOSA, Redendo Cain Jabil; a.k.a. "ILONGGO, Abu"; a.k.a. "LLONGGO, Abu"; a.k.a. "MUADZ, Abu"), 3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Federal ID Card 33-3208848-3 (Philippines) (individual) [SDGT].

DELLOSA Y CAIN, Redendo (a.k.a. AKMAL, Hakid; a.k.a. ALVARADO, Arnulfo; a.k.a. BERUSA, Brandon; a.k.a. DELLOS, Reendo Cain; a.k.a. DELLOSA, Ahmad; a.k.a. DELLOSA, Habil Ahmad; a.k.a. DELLOSA, Habil Akmad; a.k.a. DELLOSA, Redendo Cain; a.k.a. DELLOSA, Redendo Cain Jabil; a.k.a. "ILONGGO, Abu"; a.k.a. "LLONGGO, Abu"; a.k.a. "MUADZ, Abu"), 3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Federal ID Card 33-3208848-3 (Philippines) (individual) [SDGT].

DELLOSA, Ahmad (a.k.a. AKMAL, Hakid; a.k.a. ALVARADO, Arnulfo; a.k.a. BERUSA, Brandon; a.k.a. DELLOS, Reendo Cain; a.k.a. DELLOSA Y CAIN, Redendo; a.k.a. DELLOSA, Habil Ahmad; a.k.a. DELLOSA, Habil Akmad; a.k.a. DELLOSA, Redendo Cain; a.k.a. DELLOSA, Redendo Cain Jabil; a.k.a. "ILONGGO, Abu";

a.k.a. "LLONGGO, Abu"; a.k.a. "MUADZ, Abu"), 3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Federal ID Card 33-3208848-3 (Philippines) (individual) [SDGT].

DELLOSA, Habil Ahmad (a.k.a. AKMAL, Hakid; a.k.a. ALVARADO, Arnulfo; a.k.a. BERUSA, Brandon; a.k.a. DELLOS, Reendo Cain; a.k.a. DELLOSA Y CAIN, Redendo; a.k.a. DELLOSA, Ahmad; a.k.a. DELLOSA, Habil Akmad; a.k.a. DELLOSA, Redendo Cain; a.k.a. DELLOSA, Redendo Cain Jabil; a.k.a. "ILONGGO, Abu"; a.k.a. "LLONGGO, Abu"; a.k.a. "MUADZ, Abu"), 3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Federal ID Card 33-3208848-3 (Philippines) (individual) [SDGT].

DELLOSA, Habil Akmad (a.k.a. AKMAL, Hakid; a.k.a. ALVARADO, Arnulfo; a.k.a. BERUSA, Brandon; a.k.a. DELLOS, Reendo Cain; a.k.a. DELLOSA Y CAIN, Redendo; a.k.a. DELLOSA, Ahmad; a.k.a. DELLOSA, Habil Ahmad; a.k.a. DELLOSA, Redendo Cain; a.k.a. DELLOSA, Redendo Cain Jabil; a.k.a. "ILONGGO, Abu"; a.k.a. "LLONGGO, Abu"; a.k.a. "MUADZ, Abu"), 3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Federal ID Card 33-3208848-3 (Philippines) (individual) [SDGT].

DELLOSA, Redendo Cain (a.k.a. AKMAL, Hakid; a.k.a. ALVARADO, Arnulfo; a.k.a. BERUSA, Brandon; a.k.a. DELLOS, Reendo Cain; a.k.a. DELLOSA Y CAIN, Redendo; a.k.a. DELLOSA, Ahmad; a.k.a. DELLOSA, Habil Ahmad; a.k.a. DELLOSA, Habil Akmad; a.k.a. DELLOSA, Redendo Cain Jabil; a.k.a. "ILONGGO, Abu"; a.k.a. "LLONGGO, Abu"; a.k.a. "MUADZ, Abu"), 3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Federal ID

Card 33-3208848-3 (Philippines) (individual) [SDGT].

DELLOSA, Redendo Cain Jabil (a.k.a. AKMAL, Hakid; a.k.a. ALVARADO, Arnulfo; a.k.a. BERUSA, Brandon; a.k.a. DELLOS, Reendo Cain; a.k.a. DELLOSA Y CAIN, Redendo; a.k.a. DELLOSA, Ahmad; a.k.a. DELLOSA, Habil Ahmad; a.k.a. DELLOSA, Habil Akmad; a.k.a. DELLOSA, Redendo Cain; a.k.a. "ILONGGO, Abu"; a.k.a. "LLONGGO, Abu"; a.k.a. "MUADZ, Abu"), 3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Federal ID Card 33-3208848-3 (Philippines) (individual) [SDGT].

DELNAZ SHIP MANAGEMENT (a.k.a. DELNAZ SHIP MANAGEMENT SDN BHD), 5433-1, Jalan J9, Tamam Melawati, 53100, Kuala Lumpur, Malaysia; Identification Number IMO 6271661 [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

DELNAZ SHIP MANAGEMENT SDN BHD (a.k.a. DELNAZ SHIP MANAGEMENT), 5433-1, Jalan J9, Tamam Melawati, 53100, Kuala Lumpur, Malaysia; Identification Number IMO 6271661 [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

DELOS REYES Y SEMBERIO, Feleciano (a.k.a. ABDILLAH, Abubakar; a.k.a. ABDILLAH, Ustadz Abubakar; a.k.a. CASTRO, Jorge; a.k.a. DE LOS REYES, Feliciano; a.k.a. DE LOS REYES, Feliciano Abubakar; a.k.a. DELOS REYES, Feleciano Semborio; a.k.a. DELOS REYES, Feliciano Semborio, Jr.; a.k.a. DELOS REYES, Ustadz Abubakar; a.k.a. REYES, Abubakar; a.k.a. "ABDILLAH, Abdul"); DOB 04 Nov 1963; POB Arco, Lamitan, Basilan Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DELOS REYES, Feleciano Semborio (a.k.a. ABDILLAH, Abubakar; a.k.a. ABDILLAH, Ustadz Abubakar; a.k.a. CASTRO, Jorge; a.k.a. DE LOS REYES, Feliciano; a.k.a. DE LOS REYES, Feliciano Abubakar; a.k.a. DELOS REYES Y SEMBERIO, Feleciano; a.k.a. DELOS REYES, Feliciano Semborio, Jr.; a.k.a. DELOS REYES, Ustadz Abubakar; a.k.a. REYES, Abubakar; a.k.a. "ABDILLAH, Abdul"); DOB 04 Nov 1963; POB Arco, Lamitan, Basilan Province, Philippines; nationality Philippines;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DELOS REYES, Feliciano Semborio, Jr. (a.k.a. ABDILLAH, Abubakar; a.k.a. ABDILLAH, Ustadz Abubakar; a.k.a. CASTRO, Jorge; a.k.a. DE LOS REYES, Feliciano; a.k.a. DE LOS REYES, Feliciano Abubakar; a.k.a. DELOS REYES Y SEMBERIO, Feleciano; a.k.a. DELOS REYES, Feleciano Semborio; a.k.a. DELOS REYES, Ustadz Abubakar; a.k.a. REYES, Abubakar; a.k.a. "ABDILLAH, Abdul"); DOB 04 Nov 1963; POB Arco, Lamitan, Basilan Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DELOS REYES, Ustadz Abubakar (a.k.a. ABDILLAH, Abubakar; a.k.a. ABDILLAH, Ustadz Abubakar; a.k.a. CASTRO, Jorge; a.k.a. DE LOS REYES, Feliciano; a.k.a. DE LOS REYES, Feliciano Abubakar; a.k.a. DELOS REYES Y SEMBERIO, Feleciano; a.k.a. DELOS REYES, Feleciano Semborio; a.k.a. DELOS REYES, Feliciano Semborio, Jr.; a.k.a. REYES, Abubakar; a.k.a. "ABDILLAH, Abdul"); DOB 04 Nov 1963; POB Arco, Lamitan, Basilan Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DELOVAYA SREDA JSC (a.k.a. JOINT STOCK COMPANY BUSINESS ENVIRONMENT), 19 Vavilova St., Moscow 117997, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736641983 (Russia); Registration Number 1127746271355 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

DELTA PARTS SUPPLY (a.k.a. DELTA PARTS SUPPLY FZC), Q1-04-048/A Saif Zone, P.O. Box 124119, Sharjah, United Arab Emirates; Saif Zone, Sharjah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR).

DELTA PARTS SUPPLY FZC (a.k.a. DELTA PARTS SUPPLY), Q1-04-048/A Saif Zone, P.O. Box 124119, Sharjah, United Arab Emirates; Saif Zone, Sharjah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR).

DELTA TECHNICAL AND SCIENTIFIC INSTRUMENTS B.V., Leidsestraat 130 B, Gemeente Hillegom 2182 DS, Netherlands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Apr 2014; Tax ID No. 853931781 (Netherlands); Registration Number 60486716 (Netherlands) [RUSSIA-EO14024] (Linked To: VAN INGEN, Edwin Onno).

DELTA-AERO TECHNICAL SERVICE CENTER LLC (a.k.a. LIMITED LIABILITY COMPANY TECHNICAL SERVICE CENTER DELTA-AERO; a.k.a. LLC TSTO DELTA-AERO), Vn. Ter. Settlement Moskovsky, Kievskoe Highway 22 km, household 4, building 1, floor 6, room/office 620 A/37, Moscow 108511, Russia; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 12 Apr 2021; Tax ID No. 7730263823 (Russia); Business Registration Number 1217700171809 (Russia) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

DELVEST HOLDING COMPANY (a.k.a. DELVEST HOLDING, S.A.), Case Postale 236, 10 Bis Rue Du Vieux College 12-11, Geneva, Switzerland [CUBA].

DELVEST HOLDING, S.A. (a.k.a. DELVEST HOLDING COMPANY), Case Postale 236, 10 Bis Rue Du Vieux College 12-11, Geneva, Switzerland [CUBA].

DELYAGIN, Mikhail Gennadyevich (Cyrillic: ДЕЛЯГИН, Михаил Геннадьевич), Russia; DOB 18 Mar 1968; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DEMASURE, Yves (a.k.a. DEMASURE, Yves Leon Agnes), Dubai, United Arab Emirates; DOB 11 Sep 1975; nationality Belgium; Gender Male (individual) [IRAN-EO13902] (Linked To: OCEAN LEONID INVESTMENTS LTD).

DEMASURE, Yves Leon Agnes (a.k.a. DEMASURE, Yves), Dubai, United Arab Emirates; DOB 11 Sep 1975; nationality Belgium; Gender Male (individual) [IRAN-EO13902] (Linked To: OCEAN LEONID INVESTMENTS LTD).

DEMCHENKO, Ivan Ivanovich (Cyrillic: ДЕМЧЕНКО, Иван Иванович), Russia; DOB 27 Sep 1960; nationality Russia; Gender Male;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DEMEX TRADING LIMITED DMCC, Unit No: 2904, Plot No: JLT-PH2-Y1A, JBC3, Jumeirah Lake Towers, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration Number DMCC-772021 (United Arab Emirates) [UKRAINE-EO13662] [RUSSIA-EO14024].

DEMIDOV, Valentin Valentinovich (a.k.a. DEMYDOV, Valentyn); DOB 28 Nov 1976; POB Petrovsky-Dobrinsky Region, Lipestkoy Oblast, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

DEMIN, Alexander Vyacheslavovich (Cyrillic: ДЕМИН, Александр Вячеславович), Russia; DOB 23 Sep 1988; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DEMIR SARRAFIYE (a.k.a. GOLDEN STARS KIYMETLI MADENLER TEKSTIL SANAYI TICARET LIMITED SIRKETI), Taya Hatun Mah. Tigcilar Sok. No: 25 D: 322 Rococo Is Merkezi Eminonu, Istanbul, Turkey; Molla Fenari Mah. Serefefendi Sk. Damla Han Blok No:15 Fatih, Istanbul, Turkey; Kapali Carsi Kavaflar Sok. No. 17 Beyazit-Faith, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 768850-0 (Turkey) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

DEMIR, Ismail; DOB 01 Apr 1960; POB Elazig, Turkey; CAATSA Section 235 Information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec 235(a)(12); alt. CAATSA Section 235 Information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec 235(a)(9); alt. CAATSA Section 235 Information: FOREIGN EXCHANGE. Sec 235(a)(7); alt. CAATSA Section 235 Information: BANKING TRANSACTIONS. Sec 235(a)(8); alt. CAATSA Section 235 Information: EXCLUSION OF CORPORATE OFFICERS. Sec 235(a)(11); Turkish Identification Number 37435275130 (Turkey);

SSB Chairman (individual) [CAATSA - RUSSIA] (Linked To: PRESIDENCY OF DEFENSE INDUSTRIES).

DEMIRCI BILISIM TICARET SANAYI LIMITED SIRKETI, Mahmutlar Mah. Tepe 1 Sk. 8 No: 8 Ic Kapi No: 68, Alanya, Antalya, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Mar 2022; Identification Number 0282075065700001 (Turkey) [RUSSIA-EO14024].

DEMOCRATIC FORCES FOR THE LIBERATION OF RWANDA (a.k.a. COMBATANT FORCE FOR THE LIBERATION OF RWANDA; a.k.a. FDLR; a.k.a. FORCE COMBATTANTE ABACUNGUZI; a.k.a. FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA; a.k.a. "FOCA"), North and South Kivu, Congo, Democratic Republic of the [DRCONGO].

DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE (a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION; a.k.a. DFLP; a.k.a. RED STAR BATTALIONS; a.k.a. RED STAR FORCES); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION (a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. DFLP; a.k.a. RED STAR BATTALIONS; a.k.a. RED STAR FORCES); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

DEMOCRATIC KAREN BENEVOLENT ARMY (a.k.a. DEMOCRATIC KAREN BUDDHIST ARMY; a.k.a. DEMOCRATIC KAREN BUDDHIST ARMY BRIGADE 5; a.k.a. KALOH HTOO BAW ARMED GROUP; a.k.a. KAREN KLO HTOO BAW ORGANIZATION; a.k.a. KLO HTOO BAW BATTALION; a.k.a. "DKBA"; a.k.a. "DKBA 5"; a.k.a. "KKO"), Sone See Myaing Village, Myawaddy, Karen State, Burma; Organization Established Date 08 Nov 2010; Target Type Armed Group [BURMA-EO14014] [CYBER4].

DEMOCRATIC KAREN BUDDHIST ARMY (a.k.a. DEMOCRATIC KAREN BENEVOLENT ARMY; a.k.a. DEMOCRATIC KAREN BUDDHIST ARMY BRIGADE 5; a.k.a. KALOH HTOO BAW ARMED GROUP; a.k.a. KAREN KLO HTOO BAW ORGANIZATION; a.k.a. KLO HTOO BAW BATTALION; a.k.a. "DKBA"; a.k.a.

"DKBA 5"; a.k.a. "KKO"), Sone See Myaing Village, Myawaddy, Karen State, Burma; Organization Established Date 08 Nov 2010; Target Type Armed Group [BURMA-EO14014] [CYBER4].

DEMOCRATIC KAREN BUDDHIST ARMY BRIGADE 5 (a.k.a. DEMOCRATIC KAREN BENEVOLENT ARMY; a.k.a. DEMOCRATIC KAREN BUDDHIST ARMY; a.k.a. KALOH HTOO BAW ARMED GROUP; a.k.a. KAREN KLO HTOO BAW ORGANIZATION; a.k.a. KLO HTOO BAW BATTALION; a.k.a. "DKBA"; a.k.a. "DKBA 5"; a.k.a. "KKO"), Sone See Myaing Village, Myawaddy, Karen State, Burma; Organization Established Date 08 Nov 2010; Target Type Armed Group [BURMA-EO14014] [CYBER4].

DEMOYA HERNANDEZ, Jose Miguel (a.k.a. DEMOYA, JOSE MIGUEL; a.k.a. "Chirimoya"), Colombia; DOB 19 Sep 1984; nationality Colombia; Gender Male; Cedula No. 78115749 (Colombia) (individual) [ILLICIT-DRUGS-EO14059].

DEMOYA, JOSE MIGUEL (a.k.a. DEMOYA HERNANDEZ, Jose Miguel; a.k.a. "Chirimoya"), Colombia; DOB 19 Sep 1984; nationality Colombia; Gender Male; Cedula No. 78115749 (Colombia) (individual) [ILLICIT-DRUGS-EO14059].

DEMYDOV, Valentyn (a.k.a. DEMIDOV, Valentin Valentinovich); DOB 28 Nov 1976; POB Petrovsky-Dobrinsky Region, Lipestkoy Oblast, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

DEN NORSKE MOTSTANDSBEVEGELSEN (a.k.a. FINNISH RESISTANCE MOVEMENT; a.k.a. NORDIC RESISTANCE MOVEMENT; a.k.a. NORDISKA MOTSTANDSRORELSEN (Latin: NORDISKA MOTSTÅNDSRÖRELSEN); a.k.a. NORWEGIAN RESISTANCE MOVEMENT; a.k.a. NRM-NORWAY; a.k.a. SUOMEN VASTARINTALIIKE; a.k.a. SVENSKA MOTSTANDSRORELSEN (Latin: SVENSKA MOTSTÅNDSRÖRELSEN); a.k.a. SWEDISH RESISTANCE MOVEMENT; a.k.a. "KOHTI VAPAUTTA!"; a.k.a. "NMR"; a.k.a. "NRM"; a.k.a. "NRM-FINLAND"; a.k.a. "NRM-SWEDEN"; a.k.a. "SMR"), Sweden; Norway; Denmark; Finland; Iceland; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1997 [SDGT].

DENA AIRLINES (a.k.a. DENA AIRWAYS), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MERAJ AIR; Linked To: RONAGHI, Iraj; Linked To: ZANGANEH, Touraj).

DENA AIRWAYS (a.k.a. DENA AIRLINES), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MERAJ AIR; Linked To: RONAGHI, Iraj; Linked To: ZANGANEH, Touraj).

DENA TANKERS FZE, Free Zone, P.O. Box 5232, Fujairah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DENER ITHALAT IHRACAT VE DIS TICARET ANONIM SIRKETI, Organize Sanayi Bolgesi 8 Cad. No: 40/42 Melikgazi, Kayseri, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Sep 2013; Organization Type: Wholesale of other machinery and equipment [RUSSIA-EO14024].

DENG, Zhonghua (Chinese Simplified: 邓中华), China; DOB Sep 1961; POB Changsha City, Hunan Province, China; nationality China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149 (individual) [HK-EO13936].

DENGIN, Vadim Yevgenyevich (Cyrillic: ДЕНЬГИН, Вадим Евгеньевич), Russia; DOB 23 Sep 1980; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DENISE COMPANY, Tayyouneh-Bdeir Building, 2nd Floor, Beirut, Lebanon [NPWMD].

DENISOV, Konstantin Ivanovich (Cyrillic: ДЕНИСОВ, Константин Иванович), Kedrova Street, 22, 43, Moscow 117218, Russia; Ostrovityanova Street, 4, 304, Moscow 117513, Russia; DOB 25 Apr 1960; POB Krasnyy Vostok, Almaty Region, Kazakhstan; nationality Russia; Gender Male; National ID No. 4507756257 (Russia); alt. National ID No. 2097047775 (Russia); Tax ID No.

365102650363 (Russia) (individual) [RUSSIA-EO14024].

DENISOVSKY MINE (a.k.a. GOK DENISOVSKIY; a.k.a. JOINT STOCK COMPANY MINING AND COAL PREPARATION COMPLEX DENISOVSKIY), ter. 1, Denisovski 1, Yakutiya 678960, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1434028995 (Russia); Registration Number 1031401726157 (Russia) [RUSSIA-EO14024].

DENIZ CAPITAL HOLDING AS (a.k.a. FREIGHTEX LOJISTIK DIS TICARET LTD. STI.; a.k.a. VANESSA IMEX GROUP ITHALAT IHRACAT VE DIS TICARET LIMITED SIRKETI; a.k.a. VANESSA IMEX SARL), Kazlicesme Mah Kennedy Cad. Buyukyali Ist. St, KBN: 52K/l 76 Zeytinburnu, Istanbul, Turkey; No: 8/3 Mimar Kemalettsn Mahallesi Sair Fitnat Sokak Fatih, Istanbul 34130, Turkey; Bchara Elkhouri, Down Town Sayegh Centre - 2nd Floor, Beirut, Lebanon; Website www.vanessaimex.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Jun 2020; Business Registration Number 1237466 (Turkey); Registration Number 247702-5 (Turkey); Central Registration System Number 0922-1156-5400-0001 (Turkey) [SDGT] (Linked To: DENIZ, Fadi).

DENIZ CAPITAL LLP, 20-22 Wenlock Road, London NI 7GU, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Apr 2023; Company Number OC446835 (United Kingdom) [SDGT] (Linked To: DENIZ, Fadi).

DENIZ CAPITAL MARITIME INC, Hamilton Development, Unit B, Charlestown, Nevis, Saint Kitts and Nevis; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Sep 2023; Company Number C56866 (Saint Kitts and Nevis) [SDGT] (Linked To: DENIZ, Fadi).

DENIZ, Fadi (a.k.a. GAZOGLI, Fadi (Cyrillic: ГАЗОГЛИ, ФАДИ); a.k.a. GHAZOGHLI, Fadi; a.k.a. GHAZOGHLI, Fadi Ferzanda), Adma, Keserwan, Lebanon; Hamra, Beirut, Lebanon; La Cite, Jounieh, Lebanon; Bchamoun, Lebanon; Pavla Korchagina D 15 KV 116, Moscow, Russia; Kazlicesme Mah, Kennedy CD 52 E 17 34020 Zeytinburnu, Istanbul, Turkey; 20-22 Wenlock Road, London NI 7GU,

United Kingdom; Saint Kitts and Nevis; DOB 04 May 1975; POB Aleppo, Syria; nationality Lebanon; alt. nationality Syria; alt. nationality Russia; alt. nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 244705926511 (Russia); Identification Number 117221771 (Lebanon); alt. Identification Number 114048392 (Lebanon); alt. Identification Number 0996361 (Russia); alt. Identification Number 460780224 (United Kingdom) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

DENIZ, Mustafa Alper; DOB 12 Mar 1985; POB Turkey; CAATSA Section 235 Information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec 235(a)(12); alt. CAATSA Section 235 Information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec 235(a)(9); alt. CAATSA Section 235 Information: FOREIGN EXCHANGE. Sec 235(a)(7); alt. CAATSA Section 235 Information: BANKING TRANSACTIONS. Sec 235(a)(8); alt. CAATSA Section 235 Information: EXCLUSION OF CORPORATE OFFICERS. Sec 235(a)(11); Passport Z00294883 (Turkey) expires 15 Dec 2015 (individual) [CAATSA - RUSSIA] (Linked To: PRESIDENCY OF DEFENSE INDUSTRIES).

DENKAR SHIP CONSTRUCTION INCORPORATED COMPANY (Latin: DENKAR GEMI İNŞA ANONIM ŞIRKETI) (a.k.a. DENKAR SHIP REPAIR AND MANAGEMENT COMPANY; f.k.a. FIKRI TAHA METE DENKAR SHIPPING), No: 38/1 Tunc Sok. Postane Mahallesi Tuzla, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 120312-5 (Turkey) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

DENKAR SHIP REPAIR AND MANAGEMENT COMPANY (a.k.a. DENKAR SHIP CONSTRUCTION INCORPORATED COMPANY (Latin: DENKAR GEMI İNŞA ANONIM ŞIRKETI); f.k.a. FIKRI TAHA METE DENKAR SHIPPING), No: 38/1 Tunc Sok. Postane Mahallesi Tuzla, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 120312-5 (Turkey) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

DENKARS (Cyrillic: ДЕНКАРС), Ter. Severnyi Promyshlennyi Uzel Goroda d. 4ps, Nizhnevartovsk 628600, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 30 Jul 2001; Tax ID No. 8603100120 (Russia); Registration Number 1028600947650 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

DENVAS SERVICES PRIVATE LIMITED, No. 124, A 2/42, Gupta Palace, Rajouri Garden, New Delhi 110015, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Jan 2008; Tax ID No. AACCD7605D (India); Registration Number U93030DL2008PTC172286 (India) [RUSSIA-EO14024].

DEPARTAMENT FINANSAVYKH RASSLEDAVANNYAU KAMITETA DZYARZHAUNAHA KANTROLYU RESPUBLIKI BELARUS (Cyrillic: ДЭПАРТАМЕНТ ФІНАНСАВЫХ РАССЛЕДАВАННЯЎ КАМІТЭТА ДЗЯРЖАЎНАГА КАНТРОЛЮ РЭСПУБЛІКІ БЕЛАРУСЬ) (a.k.a. DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS (Cyrillic: ДЕПАРТАМЕНТ ФИНАНСОВЫХ РАССЛЕДОВАНИЙ КОМИТЕТА ГОСУДАРСТВЕННОГО КОНТРОЛЯ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. DFRKGK RB; a.k.a. FINANCIAL INVESTIGATIONS DEPARTMENT OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS; a.k.a. "DEPARTMENT OF FINANCIAL INVESTIGATIONS"; a.k.a. "DFR" (Cyrillic: "ДФР")), 17 Kalvariyskaya str., Minsk 220004, Belarus (Cyrillic: ул.Кальварийская, 17, г.Минск 220004, Belarus); Organization Established Date 14 Apr 1998; Target Type Government Entity; Tax ID No. 101463246 (Belarus) [BELARUS-EO14038].

DEPARTMENT 53 OF THE MINISTRY OF THE PEOPLE'S ARMED FORCES (a.k.a. KOREA PONGNAESAN TRADING CORPORATION (Korean: 조선봉래산무역회사); a.k.a. "BUREAU 53"; a.k.a. "DEPARTMENT 53"), Pyongyang, Korea, North; Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions

Regulations section 510.214; Target Type Government Entity [DPRK2].

DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS (Cyrillic: ДЕПАРТАМЕНТ ФИНАНСОВЫХ РАССЛЕДОВАНИЙ КОМИТЕТА ГОСУДАРСТВЕННОГО КОНТРОЛЯ РЕСПУБЛИКИ БЕЛАРУСЬ) (a.k.a. DEPARTAMENT FINANSAVYKH RASSLEDAVANNYAU KAMITETA DZYARZHAUNAHA KANTROLYU RESPUBLIKI BELARUS (Cyrillic: ДЭПАРТАМЕНТ ФІНАНСАВЫХ РАССЛЕДАВАННЯЎ КАМІТЭТА ДЗЯРЖАЎНАГА КАНТРОЛЮ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. DFRKGK RB; a.k.a. FINANCIAL INVESTIGATIONS DEPARTMENT OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS; a.k.a. "DEPARTMENT OF FINANCIAL INVESTIGATIONS"; a.k.a. "DFR" (Cyrillic: "ДФР")), 17 Kalvariyskaya str., Minsk 220004, Belarus (Cyrillic: ул.Кальварийская, 17, г.Минск 220004, Belarus); Organization Established Date 14 Apr 1998; Target Type Government Entity; Tax ID No. 101463246 (Belarus) [BELARUS-EO14038].

DEPARTMENT OF INTERNAL AFFAIRS OF BREST OBLAST EXECUTIVE COMMITTEE (a.k.a. BRESTOBLISPOLKOM DEPARTMENT OF INTERNAL AFFAIRS; a.k.a. BRESTOBLISPOLKOM UVD (Cyrillic: УВД БРЕСТОБЛИСПОЛКОМА); a.k.a. DIRECTORATE OF INTERNAL AFFAIRS OF THE BREST OBLAST EXECUTIVE COMMITTEE (Cyrillic: УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ БРЕСТСКОГО ОБЛИСПОЛКОМА); a.k.a. UVD OF THE BREST OBLAST EXECUTIVE COMMITTEE (Cyrillic: УВД БРЕСТСКОГО ОБЛИСПОЛКОМА)), 28, Communist str., Brest 224000, Belarus; Target Type Government Entity; Registration Number 200127206 (Belarus) [BELARUS].

DEPARTMENT OF INTERNAL AFFAIRS OF GOMEL REGION EXECUTIVE COMMITTEE (a.k.a. DEPARTMENT OF INTERNAL AFFAIRS OF THE GOMEL REGIONAL EXECUTIVE COMMITTEE (Cyrillic: УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ ГОМЕЛЬСКОГО ОБЛИСПОЛКОМА); a.k.a. DIRECTORATE OF INTERNAL AFFAIRS OF THE GOMEL OBLAST EXECUTIVE COMMITTEE), ul. Skommunarov, Gomel, Gomel Oblast 245050, Belarus; 3, Street of Communards, Gomel, Belarus; 3 Kommunarov St., Gomel, Belarus (Cyrillic: ул. Коммунаров 3, Гомель, Belarus); Target Type Government Entity [BELARUS].

DEPARTMENT OF INTERNAL AFFAIRS OF THE GOMEL REGIONAL EXECUTIVE COMMITTEE (Cyrillic: УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ ГОМЕЛЬСКОГО ОБЛИСПОЛКОМА) (a.k.a. DEPARTMENT OF INTERNAL AFFAIRS OF GOMEL REGION EXECUTIVE COMMITTEE; a.k.a. DIRECTORATE OF INTERNAL AFFAIRS OF THE GOMEL OBLAST EXECUTIVE COMMITTEE), ul. Skommunarov, Gomel, Gomel Oblast 245050, Belarus; 3, Street of Communards, Gomel, Belarus; 3 Kommunarov St., Gomel, Belarus (Cyrillic: ул. Коммунаров 3, Гомель, Belarus); Target Type Government Entity [BELARUS].

DEPARTMENT OF SPACE TECHNOLOGY OF NORTH KOREA (a.k.a. COMMITTEE FOR SPACE TECHNOLOGY; a.k.a. DPRK COMMITTEE FOR SPACE TECHNOLOGY; a.k.a. KCST; a.k.a. KOREAN COMMITTEE FOR SPACE TECHNOLOGY), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

DEQQO, Hassan Mohammed (a.k.a. DAQOU, Hassan; a.k.a. DAQOU, Hassan bin Muhammad; a.k.a. DAQOU, Hassan Muhammed; a.k.a. DAQOU, Mohamed Hassan; a.k.a. DAQQOU, Hassan Muhammad (Arabic: حسن محمد دقو); a.k.a. "DAGO, Hassan Mohamed"; a.k.a. "DAQU, Hassan"; a.k.a. "DUKKO, Hassan"), Tfail, Lebanon; DOB 01 Feb 1985; nationality Syria; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

DERAKHSHAN, Ali Reza (a.k.a. DERAKHSHAN, Alireza (Arabic: علیرضا درخشان); a.k.a. DERAKHSHAN, Alireza Allahkaram; a.k.a. "Captain D"), Monaco; Dubai, United Arab Emirates; Turkey; DOB 23 Sep 1975; POB Dashtestan, Iran; nationality Iran; alt. nationality Dominica; Gender Male; Passport R0098492 (Dominica); alt. Passport U96419862 (Iran); National ID No. 6109639478 (Iran) (individual) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

DERAKHSHAN, Alireza (Arabic: علیرضا درخشان) (a.k.a. DERAKHSHAN, Ali Reza; a.k.a. DERAKHSHAN, Alireza Allahkaram; a.k.a. "Captain D"), Monaco; Dubai, United Arab Emirates; Turkey; DOB 23 Sep 1975; POB Dashtestan, Iran; nationality Iran; alt. nationality Dominica; Gender Male; Passport R0098492 (Dominica); alt. Passport U96419862 (Iran); National ID No. 6109639478 (Iran) (individual) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

DERAKHSHAN, Alireza (Arabic: علیرضا درخشان) (a.k.a. DERAKHSHAN, Alireza Mohammad Javad), United Arab Emirates; DOB 26 Dec 1983; POB Tehran, Iran; nationality Iran; Gender Male; Digital Currency Address - ETH 0xdb2720ebad55399117ddb4c4a4afd9a4ccada8fe; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Digital Currency Address - TRX TSxAAo67VTDgKT537EVXxdogkJtk9c6ojz; Passport I96938324 (Iran) expires 10 Mar 2026; Residency Number 784-1983-3659407-6 (United Arab Emirates) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

DERAKHSHAN, Alireza Allahkaram (a.k.a. DERAKHSHAN, Ali Reza; a.k.a. DERAKHSHAN, Alireza (Arabic: علیرضا درخشان); a.k.a. "Captain D"), Monaco; Dubai, United Arab Emirates; Turkey; DOB 23 Sep 1975; POB Dashtestan, Iran; nationality Iran; alt. nationality Dominica; Gender Male; Passport R0098492 (Dominica); alt. Passport U96419862 (Iran); National ID No. 6109639478 (Iran) (individual) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

DERAKHSHAN, Alireza Mohammad Javad (a.k.a. DERAKHSHAN, Alireza (Arabic: علیرضا درخشان)), United Arab Emirates; DOB 26 Dec 1983; POB Tehran, Iran; nationality Iran; Gender Male; Digital Currency Address - ETH 0xdb2720ebad55399117ddb4c4a4afd9a4ccada8fe; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Digital Currency Address - TRX TSxAAo67VTDgKT537EVXxdogkJtk9c6ojz; Passport I96938324 (Iran) expires 10 Mar 2026; Residency Number 784-1983-3659407-6 (United Arab Emirates) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

DERAKHSHAN, Vahid, United Arab Emirates; Tehran, Iran; DOB 10 Aug 1978; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: ALPA TRADING - FZCO).

DERAMCHI, Othman (a.k.a. "YOUSSEF, Abou"), Via Milanese, 5, 20099 Sesto San Giovanni, Milan, Italy; Piazza Trieste, 11, Mortara, Italy; DOB 07 Jun 1954; POB Tighennif, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Italian Fiscal Code: DRMTMN54H07Z301T (individual) [SDGT].

DERDOUKAL, Abdelmalek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab;

a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DERECTTOR CO LTD (a.k.a. DERECTTOR CO., LIMITED; a.k.a. DERECTTOR COMPANY LIMITED), Room 32, 11/F Lee Ka Industrial Building 8 NG Fong Street, San Po Kong, Kowloon, Hong Kong, China; 31-06, Fuli Center, 6, Gangxing Lu, Zhongshan Qu, Dalian, Liaoning 116001, China; Organization Established Date 29 Jan 2021; Identification Number IMO 9207391; Company Number 3016374 (Hong Kong); Business Registration Number 72621769 (Hong Kong) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

DERECTTOR CO., LIMITED (a.k.a. DERECTTOR CO LTD; a.k.a. DERECTTOR COMPANY LIMITED), Room 32, 11/F Lee Ka Industrial Building 8 NG Fong Street, San Po Kong, Kowloon, Hong Kong, China; 31-06, Fuli Center, 6, Gangxing Lu, Zhongshan Qu, Dalian, Liaoning 116001, China; Organization Established Date 29 Jan 2021; Identification Number IMO 9207391; Company Number 3016374 (Hong Kong); Business Registration Number 72621769 (Hong Kong) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

DERECTTOR COMPANY LIMITED (a.k.a. DERECTTOR CO LTD; a.k.a. DERECTTOR CO., LIMITED), Room 32, 11/F Lee Ka Industrial Building 8 NG Fong Street, San Po Kong, Kowloon, Hong Kong, China; 31-06, Fuli Center, 6, Gangxing Lu, Zhongshan Qu, Dalian, Liaoning 116001, China; Organization Established Date 29 Jan 2021; Identification Number IMO 9207391; Company Number 3016374 (Hong Kong); Business Registration Number 72621769 (Hong Kong) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

DERGUNOVA, Olga (a.k.a. DERGUNOVA, Olga Konstantinovna (Cyrillic: ДЕРГУНОВА, Ольга Константиновна)), Russia; DOB 15 May 1965; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1802787483 (Russia) (individual) [RUSSIA-EO14024].

DERGUNOVA, Olga Konstantinovna (Cyrillic: ДЕРГУНОВА, Ольга Константиновна) (a.k.a. DERGUNOVA, Olga), Russia; DOB 15 May 1965; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1802787483 (Russia) (individual) [RUSSIA-EO14024].

DERIPASKA, Oleg Vladimirovich, Moscow, Russia; 64 Severnaya Street, Oktyabrsky, Khutor, Ust-Labinsky District, Krasnodar Territory, 352332, Russia; 5, Belgrave Square, Belgravia, London SW1X 8PH, United Kingdom; DOB 02 Jan 1968; POB Dzerzhinsk, Nizhny Novgorod Region, Russia; citizen Russia; alt. citizen Cyprus; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [UKRAINE-EO13662].

DERKACH, Andrii Leonidovych (Cyrillic: ДЕРКАЧ, Андрій Леонідович) (a.k.a. DERKACH, Andriy; a.k.a. DERKACH, Andriy Leonidovych (Cyrillic: ДЕРКАЧ, Андрей Леонидович)), Mykhailo Hrushevsky APT 9A, B7-1, Kyiv 01021, Ukraine; DOB 19 Aug 1967; POB Dnipropetrovsk, Ukraine; nationality Ukraine; citizen Ukraine; Gender Male; Passport FB513714 (Ukraine); alt. Passport ET855378 (Ukraine); National ID No. 2470211979 (Ukraine) (individual) [ELECTION-EO13848].

DERKACH, Andriy (a.k.a. DERKACH, Andrii Leonidovych (Cyrillic: ДЕРКАЧ, Андрій Леонідович); a.k.a. DERKACH, Andriy Leonidovych (Cyrillic: ДЕРКАЧ, Андрей Леонидович)), Mykhailo Hrushevsky APT 9A, B7-1, Kyiv 01021, Ukraine; DOB 19 Aug 1967; POB Dnipropetrovsk, Ukraine; nationality Ukraine; citizen Ukraine; Gender Male; Passport FB513714 (Ukraine); alt. Passport ET855378 (Ukraine); National ID No. 2470211979 (Ukraine) (individual) [ELECTION-EO13848].

DERKACH, Andriy Leonidovych (Cyrillic: ДЕРКАЧ, Андрей Леонидович) (a.k.a. DERKACH, Andrii Leonidovych (Cyrillic: ДЕРКАЧ, Андрій Леонідович); a.k.a. DERKACH, Andriy), Mykhailo Hrushevsky APT 9A, B7-1, Kyiv 01021, Ukraine; DOB 19 Aug 1967; POB Dnipropetrovsk, Ukraine; nationality Ukraine; citizen Ukraine; Gender Male; Passport FB513714 (Ukraine); alt. Passport ET855378 (Ukraine); National ID No.

2470211979 (Ukraine) (individual) [ELECTION-EO13848].

DEROJI, Mufti Hazrat (a.k.a. "ALI, Mufti Hazrat"; a.k.a. "AMJAD, Qari"; a.k.a. "Mufti Hazrat"; a.k.a. "Mufti Muzahim"), Dangam, Kunar, Afghanistan; DOB 17 Apr 1979; POB Samar Bagh, Lower Dir, Khyber Pakhtunkhwa, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TEHRIK-E TALIBAN PAKISTAN (TTP)).

DEROUDEL, Abdel Malek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DERYABKIN, Viktor Yefimovich (Cyrillic: ДЕРЯБКИН, Виктор Ефимович), Russia; DOB 11 May 1954; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DERYUSHKIN, Denis Olegovich, Moscow, Russia; DOB 20 Oct 1988; POB Gorkiy, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 758516894 (Russia) expires 17 Jul 2028 (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

DERZHAVNE PIDPRYEMSTVO AGROFIRMA MAGARACH NATSIONALNOGO INSTYTUTU VYNOGRADU I VYNA MAGARACH (a.k.a. AGROFIRMA MAGARACH NATSIONALNOGO INSTYTUTU VYNOGRADU I VYNA MAGARACH, DP; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE AGRO-FIRMA MAGARACH NACIONALNOGO INSTITUTA VINOGRADA I VINA MAGARACH; a.k.a. MAGARACH AGRICULTURAL COMPANY OF NATIONAL INSTITUTE OF WINE AND GRAPES MAGARACH; a.k.a. STATE ENTERPRISE AGRICULTURAL COMPANY MAGARACH NATIONAL INSTITUTE OF VINE AND WINE MAGARACH; a.k.a. STATE ENTERPRISE MAGARACH OF THE NATIONAL INSTITUTE OF WINE), Bud. 9 vul. Chapaeva, S.Viline, Bakhchysaraisky R-N, Crimea 98433, Ukraine; 9 Chapayeva str., Vilino, Bakhchisaray Region, Crimea 98433, Ukraine; 9 Chapayeva str., Vilino, Bakhchisarayski district 98433, Ukraine; 9, Chapaeva Str., Vilino, Bakhchisaray Region, Crimea 98433, Ukraine; Website http://magarach-institut.ru/; Email Address magar@ukr.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 11231070006000476 (Ukraine); Government Gazette Number 31332064 (Ukraine) [UKRAINE-EO13685].

DERZHAVNE PIDPRYEMSTVO ZAVOD SHAMPANSKYKH VYN NOVY SVIT (a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE ZAVOD SHAMPANSKYKH VIN NOVY SVET; a.k.a. NOVY SVET WINERY; a.k.a. NOVY SVET WINERY STATE ENTERPRISE; a.k.a. STATE ENTERPRISE FACTORY OF SPARKLING WINE NOVY SVET; a.k.a. STATE ENTERPRISE FACTORY OF SPARKLING WINES NEW WORLD; a.k.a. ZAVOD SHAMPANSKYKH VYN NOVY SVIT, DP), 1 Shaliapin Street, Novy Svet Village, Sudak, Crimea 98032, Ukraine; Bud. 1 vul. Shalyapina Smt, Novy Svit, Sudak, Crimea 98032, Ukraine; 1 Shalyapina str. Novy Svet, Sudak 98032, Ukraine; Website http://nsvet.com.ua/en/contacts; Email Address boss@nsvet.com.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 00412665 (Ukraine) [UKRAINE-EO13685].

DES INTERNATIONAL (a.k.a. D.E.S. INTERNATIONAL; a.k.a. D.E.S. INTERNATIONAL CO. LTD.; a.k.a. DES INTERNATIONAL CO.; a.k.a. DES INTERNATIONAL CO., LTD.; a.k.a. DES INTERNATIONAL COMPANY; a.k.a. DES INTERNATIONAL COMPANY LIMITED), Taiwan World Trade Centre, Rm 6c-21 (6F), No. 5, Sec. 5, Xinyi Road, Taipei 11011, Taiwan; 1 North Bridge Road, #24-05 High Street Centre, Singapore 179094, Singapore; Suite 911, 9TH/F, Chuangjian Building, No.6023 Shennan Main Road, Futian District, Shenzhen, Guangdong, China; Unit 201, 2F Lung Fung Centre, No.23 Yip Cheong Street, Fanling, N. T., Hong Kong, China; Sultan Belshalat Building, Shop #4, Ground Floor, B/H Admiral Plaza Hotel, Bur Dubai, Dubai, United Arab Emirates; P.O. Box 112724, United Arab Emirates; Sec. 5, Xinyi Rd., Xinyi District No. 5, Taipei City 110, Taiwan; 9FL-3, No.375, Sec. 4, Sin Yi. Rd., Sin Yi Dist., Taipei 110, Taiwan; Website www.des.com.tw; alt. Website www.dscmmc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Number 89402436 (Taiwan); Registration Number 69402436 (Taiwan) [NPWMD] [IFSR] (Linked To: SOLTANMOHAMMADI, Mohammad).

DES INTERNATIONAL CO. (a.k.a. D.E.S. INTERNATIONAL; a.k.a. D.E.S. INTERNATIONAL CO. LTD.; a.k.a. DES INTERNATIONAL; a.k.a. DES INTERNATIONAL CO., LTD.; a.k.a. DES INTERNATIONAL COMPANY; a.k.a. DES

INTERNATIONAL COMPANY LIMITED), Taiwan World Trade Centre, Rm 6c-21 (6F), No. 5, Sec. 5, Xinyi Road, Taipei 11011, Taiwan; 1 North Bridge Road, #24-05 High Street Centre, Singapore 179094, Singapore; Suite 911, 9TH/F, Chuangjian Building, No.6023 Shennan Main Road, Futian District, Shenzhen, Guangdong, China; Unit 201, 2F Lung Fung Centre, No.23 Yip Cheong Street, Fanling, N. T., Hong Kong, China; Sultan Belshalat Building, Shop #4, Ground Floor, B/H Admiral Plaza Hotel, Bur Dubai, Dubai, United Arab Emirates; P.O. Box 112724, United Arab Emirates; Sec. 5, Xinyi Rd., Xinyi District No. 5, Taipei City 110, Taiwan; 9FL-3, No.375, Sec. 4, Sin Yi. Rd., Sin Yi Dist., Taipei 110, Taiwan; Website www.des.com.tw; alt. Website www.dscmmc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Number 89402436 (Taiwan); Registration Number 69402436 (Taiwan) [NPWMD] [IFSR] (Linked To: SOLTANMOHAMMADI, Mohammad).

DES INTERNATIONAL CO., LTD. (a.k.a. D.E.S. INTERNATIONAL; a.k.a. D.E.S. INTERNATIONAL CO. LTD.; a.k.a. DES INTERNATIONAL; a.k.a. DES INTERNATIONAL CO.; a.k.a. DES INTERNATIONAL COMPANY; a.k.a. DES INTERNATIONAL COMPANY LIMITED), Taiwan World Trade Centre, Rm 6c-21 (6F), No. 5, Sec. 5, Xinyi Road, Taipei 11011, Taiwan; 1 North Bridge Road, #24-05 High Street Centre, Singapore 179094, Singapore; Suite 911, 9TH/F, Chuangjian Building, No.6023 Shennan Main Road, Futian District, Shenzhen, Guangdong, China; Unit 201, 2F Lung Fung Centre, No.23 Yip Cheong Street, Fanling, N. T., Hong Kong, China; Sultan Belshalat Building, Shop #4, Ground Floor, B/H Admiral Plaza Hotel, Bur Dubai, Dubai, United Arab Emirates; P.O. Box 112724, United Arab Emirates; Sec. 5, Xinyi Rd., Xinyi District No. 5, Taipei City 110, Taiwan; 9FL-3, No.375, Sec. 4, Sin Yi. Rd., Sin Yi Dist., Taipei 110, Taiwan; Website www.des.com.tw; alt. Website www.dscmmc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Number 89402436 (Taiwan); Registration Number 69402436 (Taiwan) [NPWMD] [IFSR] (Linked To: SOLTANMOHAMMADI, Mohammad).

DES INTERNATIONAL COMPANY (a.k.a. D.E.S. INTERNATIONAL; a.k.a. D.E.S. INTERNATIONAL CO. LTD.; a.k.a. DES

INTERNATIONAL; a.k.a. DES INTERNATIONAL CO.; a.k.a. DES INTERNATIONAL CO., LTD.; a.k.a. DES INTERNATIONAL COMPANY LIMITED), Taiwan World Trade Centre, Rm 6c-21 (6F), No. 5, Sec. 5, Xinyi Road, Taipei 11011, Taiwan; 1 North Bridge Road, #24-05 High Street Centre, Singapore 179094, Singapore; Suite 911, 9TH/F, Chuangjian Building, No.6023 Shennan Main Road, Futian District, Shenzhen, Guangdong, China; Unit 201, 2F Lung Fung Centre, No.23 Yip Cheong Street, Fanling, N. T., Hong Kong, China; Sultan Belshalat Building, Shop #4, Ground Floor, B/H Admiral Plaza Hotel, Bur Dubai, Dubai, United Arab Emirates; P.O. Box 112724, United Arab Emirates; Sec. 5, Xinyi Rd., Xinyi District No. 5, Taipei City 110, Taiwan; 9FL-3, No.375, Sec. 4, Sin Yi. Rd., Sin Yi Dist., Taipei 110, Taiwan; Website www.des.com.tw; alt. Website www.dscmmc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Number 89402436 (Taiwan); Registration Number 69402436 (Taiwan) [NPWMD] [IFSR] (Linked To: SOLTANMOHAMMADI, Mohammad).

DES INTERNATIONAL COMPANY LIMITED (a.k.a. D.E.S. INTERNATIONAL; a.k.a. D.E.S. INTERNATIONAL CO. LTD.; a.k.a. DES INTERNATIONAL; a.k.a. DES INTERNATIONAL CO.; a.k.a. DES INTERNATIONAL CO., LTD.; a.k.a. DES INTERNATIONAL COMPANY), Taiwan World Trade Centre, Rm 6c-21 (6F), No. 5, Sec. 5, Xinyi Road, Taipei 11011, Taiwan; 1 North Bridge Road, #24-05 High Street Centre, Singapore 179094, Singapore; Suite 911, 9TH/F, Chuangjian Building, No.6023 Shennan Main Road, Futian District, Shenzhen, Guangdong, China; Unit 201, 2F Lung Fung Centre, No.23 Yip Cheong Street, Fanling, N. T., Hong Kong, China; Sultan Belshalat Building, Shop #4, Ground Floor, B/H Admiral Plaza Hotel, Bur Dubai, Dubai, United Arab Emirates; P.O. Box 112724, United Arab Emirates; Sec. 5, Xinyi Rd., Xinyi District No. 5, Taipei City 110, Taiwan; 9FL-3, No.375, Sec. 4, Sin Yi. Rd., Sin Yi Dist., Taipei 110, Taiwan; Website www.des.com.tw; alt. Website www.dscmmc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Number 89402436 (Taiwan); Registration Number 69402436 (Taiwan) [NPWMD] [IFSR] (Linked To: SOLTANMOHAMMADI, Mohammad).

DESARROLLO AGRICOLA ORGANICO S.P.R. DE R.L. (a.k.a. DESARROLLO AGRICULTURA ORGANICO, S.P.R. DE R.L.), Guadalajara, Jalisco, Mexico; Folio Mercantil No. 61497 (Mexico) [SDNTK].

DESARROLLO AGRICOLA VERDE DE SAYULA S.P.R. DE R.L. (a.k.a. DESARROLLO AGRICULTURA VERDE DE SAYULA, S.P.R. DE R.L.), Guadalajara, Jalisco, Mexico; Folio Mercantil No. 61803 (Mexico) [SDNTK].

DESARROLLO AGRICULTURA ORGANICO, S.P.R. DE R.L. (a.k.a. DESARROLLO AGRICOLA ORGANICO S.P.R. DE R.L.), Guadalajara, Jalisco, Mexico; Folio Mercantil No. 61497 (Mexico) [SDNTK].

DESARROLLO AGRICULTURA VERDE DE SAYULA, S.P.R. DE R.L. (a.k.a. DESARROLLO AGRICOLA VERDE DE SAYULA S.P.R. DE R.L.), Guadalajara, Jalisco, Mexico; Folio Mercantil No. 61803 (Mexico) [SDNTK].

DESARROLLO ARQUITECTONICO FORTIA, S.A. DE C.V., Avenida Vallarta No. 6503, Piso 15, Col. C.D. Granja, Zapopan, Jalisco 45010, Mexico; Calzada de los Fresnos, No 70-A, Col. C.D. Granja, Zapopan, Jalisco 45010, Mexico; Vereda De La Alondra No 8, Col Puerta De Hierro, Zapopan, Jalisco 45116, Mexico; Vereda De La Alondra No 8, Col Puerta De Hierro, Tlajomulco de Zuniga, Jalisco, Mexico; Avenida Miguel Hidalgo Manzana 47, Lote 11, Local - B, Colonia Reg. 92, Benito Juarez, Quintana Roo 77516, Mexico; R.F.C. DAF0301276R6 (Mexico); Folio Mercantil No. 17103 (Mexico) [SDNTK].

DESARROLLO URBANISTICO DEL ATLANTICO, S.A. (a.k.a. "D.U.A.S.A."), Panama; RUC # 30564-13-239335 (Panama) [SDNTK].

DESARROLLOS AGROINDUSTRIALES S.A., Tranversal 13A No. 118A-45 Ofc. 301, Bogota, Colombia; NIT # 830000782-2 (Colombia) [SDNT].

DESARROLLOS COMERCIALES E INDUSTRIALES HENAO GONZALEZ Y CIA. S.C.S., Carrera 4A No. 16-04 apt. 303, Cartago, Colombia; NIT # 800160475-2 (Colombia) [SDNT].

DESARROLLOS EVEREST, S.A. DE C.V. (a.k.a. RESIDENCIAL DEL LAGO), Cerrada Diego Rivera No. 347, Col. Desarrollo Urbano 3 Rios, Culiacan, Sinaloa C.P. 80020, Mexico; Blvd. Jose Diego Valadez Rios 94 36, Col. Proyecto Tres Rios, Culiacan, Sinaloa C.P. 80100, Mexico; R.F.C. DEV-031020 (Mexico) [SDNTK].

DESARROLLOS INMOBILIARIOS CITADEL, S.A. DE C.V., Calzada de los Fresnos, No. 70 A, Desp. 101, Col. Ciudad Granja, Zapopan, Jalisco 45010, Mexico; R.F.C. DIC071012771 (Mexico); Folio Mercantil No. 40246 (Mexico) [SDNTK].

DESARROLLOS TURISTICOS FORTIA, S.A. DE C.V., Johanes Brahms No. 209, Int. 10, Col. Residencial La Estancia, Zapopan, Jalisco 45030, Mexico; Calzada de los Fresnos, No 70-A - 103, Col. Ciudad Granja, Zapopan, Jalisco 45010, Mexico; R.F.C. DTF071012189 (Mexico); Folio Mercantil No. 39853 (Mexico) [SDNTK].

DESERT OASIS PETROCHEMICAL TRADING COMPANY LLC (a.k.a. LIMONIUM PETROCHEMICALS TRADING LLC SOC (Arabic: ليمونيوم لتجارة البتروكيماويات ذ م م ش ش و)), Office No 104-116, al Garhoud, Deira, Dubai, United Arab Emirates; Organization Established Date 02 Mar 2020; License 882813 (United Arab Emirates); Chamber of Commerce Number 337011 (United Arab Emirates); Economic Register Number (CBLS) 11506198 (United Arab Emirates) [IRAN-EO13902].

DESERT PULSE TRADING FZE (Arabic: ديزرت بلس تريدينغ م م ح) (a.k.a. SIWAN TRADING INTERNATIONAL FZE), Office No E-23F-39 P1-ELOB, Hamriya Free Zone, Sharjah, United Arab Emirates; Organization Established Date 02 Mar 2020; License 18564 (United Arab Emirates); Economic Register Number (CBLS) 11583166 (United Arab Emirates) [IRAN-EO13902].

DESERT THUNDER COMPANY (a.k.a. SAHARA THUNDER (Arabic: شركت تندر صحرا); a.k.a. TONDAR SAHARA CO.; a.k.a. TONDAR SAHRA PRIVATE LIMITED COMPANY), No. 2, Moghadas Alley (4), Ghasir St., Beheshti St., Tehran, Iran; Fifth Floor, No 2, Shahid Hassan Moghadam Alley, Shahid Ahmad Ghasir St, Argentine, Saei St, Tehran, Iran; Website www.saharathunder.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Dec 1992; National ID No. 10101382714 (Iran); Chamber of Commerce Number 131454 (Iran); Business Registration Number 94186 (Iran) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

DESIATOVA, Natalia (a.k.a. DESYATOVA, Natalya Leonidovna (Cyrillic: ДЕСЯТОВА, Наталя Леонідівна; Cyrillic: ДЕСЯТОВА, Наталья Леонидовна); a.k.a. LYUTOVA, Nataliya Leonidivna (Cyrillic: ЛЮТОВА, Наталія Леонідівна); a.k.a. LYUTOVA, Nataliya Leonidovna (Cyrillic: ЛЮТОВА, Наталия Леонидовна)), 122 Ilyushi Kulika St., Apartment 89, Kherson, Kherson region 73009, Ukraine; DOB 11 Jul 1966; nationality Ukraine; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2429802748 (Ukraine) (individual) [RUSSIA-EO14024].

DESIGN AND MANUFACTURE OF AIRCRAFT ENGINES (a.k.a. DESIGN AND MANUFACTURING OF AERO-ENGINE COMPANY (Arabic: شرکت طراحی و ساخت موتورهاي هوایي); a.k.a. IRANIAN TURBINE MANUFACTURING INDUSTRIES; a.k.a. TURBINE ENGINE MANUFACTURING CO.; f.k.a. TURBINE ENGINE MANUFACTURING PLANT; a.k.a. "DAMA"; a.k.a. "SAMT"; f.k.a. "TEM"), Shishesh Mina Street, Karaj Special Road, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005160213 (Iran); Registration Number 22142 (Iran); alt. Registration Number 477457 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

DESIGN AND MANUFACTURING OF AERO-ENGINE COMPANY (Arabic: شرکت طراحی و ساخت موتورهاي هوایي) (a.k.a. DESIGN AND MANUFACTURE OF AIRCRAFT ENGINES; a.k.a. IRANIAN TURBINE MANUFACTURING INDUSTRIES; a.k.a. TURBINE ENGINE MANUFACTURING CO.; f.k.a. TURBINE ENGINE MANUFACTURING PLANT; a.k.a. "DAMA"; a.k.a. "SAMT"; f.k.a. "TEM"), Shishesh Mina Street, Karaj Special Road, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005160213 (Iran); Registration Number 22142 (Iran); alt. Registration Number 477457 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

DESIGN BUREAU FOR CHEMICAL MACHINE BUILDING (a.k.a. AKTSIONERNOE OBSHCHESTVO KONSTRUKTORSKOE BIURO KHIMICHESKOGO MASHINOSTROENIIA IMENI AM ISAEVA; a.k.a. AM ISAYEV CHEMICAL ENGINEERING DESIGN BUREAU; a.k.a. AO KBKHIMMASH IM AM ISAEVA; a.k.a. DESIGN BUREAU OF CHEMICAL MACHINE BUILDING KBKHM; a.k.a. KB KHIM MASH), 12 Bogomolova St., Korolyev 141070, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5018202198 (Russia); Registration Number 1195081083878 (Russia) [RUSSIA-EO14024].

DESIGN BUREAU OF CHEMICAL MACHINE BUILDING KBKHM (a.k.a. AKTSIONERNOE OBSHCHESTVO KONSTRUKTORSKOE BIURO KHIMICHESKOGO MASHINOSTROENIIA IMENI AM ISAEVA; a.k.a. AM ISAYEV CHEMICAL ENGINEERING DESIGN BUREAU; a.k.a. AO KBKHIMMASH IM AM ISAEVA; a.k.a. DESIGN BUREAU FOR CHEMICAL MACHINE BUILDING; a.k.a. KB KHIM MASH), 12 Bogomolova St., Korolyev 141070, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5018202198 (Russia); Registration Number 1195081083878 (Russia) [RUSSIA-EO14024].

DESIGN BUREAU OF SPECIAL MACHINE BUILDING (a.k.a. DESIGN BUREAU OF SPECIAL MACHINE-BUILDING; a.k.a. DESIGN BUREAU OF SPECIAL MACHINEBUILDING AO (Cyrillic: АО КОНСТРУКТОРСКОЕ БЮРО СПЕЦИАЛЬНОГО МАШИНОСТРОЕНИЯ); a.k.a. JOINT-STOCK COMPANY ENGINEERING OFFICE SPETSIALNOGO MASHINOSTROYENIYA; a.k.a. JOINT-STOCK COMPANY KBSM; a.k.a. KBSM DESIGN BUREAU OF SPECIAL MACHINEBUILDING; a.k.a. "KBSM AO"), Obukhovskoy Oborony Ave, Saint Petersburg 192012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802205799 (Russia) [RUSSIA-EO14024].

DESIGN BUREAU OF SPECIAL MACHINE-BUILDING (a.k.a. DESIGN BUREAU OF SPECIAL MACHINE BUILDING; a.k.a. DESIGN BUREAU OF SPECIAL MACHINEBUILDING AO (Cyrillic: АО КОНСТРУКТОРСКОЕ БЮРО СПЕЦИАЛЬНОГО МАШИНОСТРОЕНИЯ); a.k.a. JOINT-STOCK COMPANY ENGINEERING OFFICE SPETSIALNOGO MASHINOSTROYENIYA; a.k.a. JOINT-STOCK COMPANY KBSM; a.k.a. KBSM DESIGN BUREAU OF SPECIAL MACHINEBUILDING; a.k.a. "KBSM AO"), Obukhovskoy Oborony Ave, Saint Petersburg 192012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802205799 (Russia) [RUSSIA-EO14024].

DESIGN BUREAU OF SPECIAL MACHINEBUILDING AO (Cyrillic: АО КОНСТРУКТОРСКОЕ БЮРО СПЕЦИАЛЬНОГО МАШИНОСТРОЕНИЯ) (a.k.a. DESIGN BUREAU OF SPECIAL MACHINE BUILDING; a.k.a. DESIGN BUREAU OF SPECIAL MACHINE-BUILDING; a.k.a. JOINT-STOCK COMPANY ENGINEERING OFFICE SPETSIALNOGO MASHINOSTROYENIYA; a.k.a. JOINT-STOCK COMPANY KBSM; a.k.a. KBSM DESIGN BUREAU OF SPECIAL MACHINEBUILDING; a.k.a. "KBSM AO"), Obukhovskoy Oborony Ave, Saint Petersburg 192012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802205799 (Russia) [RUSSIA-EO14024].

DESIGN CENTER FARVATER JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO KONSTRUKTORSKOE BYURO FARVATER; a.k.a. AO KB FARVATER; a.k.a. CLOSED JOINT STOCK COMPANY DESIGN BUREAU FARVATER; a.k.a. JOINT STOCK COMPANY DESIGN CENTER FARVATER), Nansena St., 154B, Rostov-on-Don 344010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6163106808 (Russia); Registration Number 1116195002307 (Russia) [RUSSIA-EO14024].

DESIGN OFFICE FOR SHIPBUILDING VYMPEL (a.k.a. JOINT STOCK COMPANY DESIGN BUREAU FOR SHIP DESIGN VIMPEL; a.k.a. JOINT STOCK COMPANY DESIGN OFFICE FOR SHIPBUILDING VYMPEL; a.k.a. OPEN JOINT-STOCK COMPANY DESIGN OFFICE FOR SHIPBUILDING VYMPEL; a.k.a. "DESIGN OFFICE VYMPEL"), 6 Nartov Str., Bldg.6, Nizhny Novgorod 603104, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 May 1993; Tax ID No. 5260001206 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

DESIGN PARTNER MICROCHIP LLC (a.k.a. DIZAIN PARTNER MIKROCHIP; a.k.a. DP MICROCHIP LLC), Kosa Petrovskaya D. 1, K. 1 Lit. R, Chast Pomeshch. 7-N, Office 4012, Saint Petersburg 197198, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Feb 2020; Tax ID No. 7813643272 (Russia); Registration Number 1207800027038 (Russia) [RUSSIA-EO14024].

DESIGNER GARAGE (a.k.a. FOTHI GARAGE), Gurahaage, Feydhoo 19040, Maldives; Link Road, Addu City 19040, Maldives; Website fothigarage.business.site/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Nov 2017; Organization Type: Wholesale of food, beverages and tobacco; alt. Organization Type: Retail sale of textiles in specialized stores; Business Number BN03382018 (Maldives); alt. Business Number BN38732022 (Maldives); Business Registration Number BP38892022 (Maldives) issued 29 Sep 2022; Registration Number SP-2375/2017 (Maldives); Permit Number IG0195S42018 (Maldives) issued 06 Feb 2018 [SDGT] (Linked To: AGLEEL, Ahmed).

DESTINA, Renel (a.k.a. "TI LAPLI"; a.k.a. "TILAPLI"), Haiti; DOB 11 Jun 1982; POB Haiti; nationality Haiti; Gender Male (individual) [GLOMAG].

DESYATOVA, Natalya Leonidovna (Cyrillic: ДЕСЯТОВА, Наталя Леонідівна; Cyrillic: ДЕСЯТОВА, Наталья Леонидовна) (a.k.a. DESIATOVA, Natalia; a.k.a. LYUTOVA, Nataliya Leonidivna (Cyrillic: ЛЮТОВА, Наталія Леонідівна); a.k.a. LYUTOVA, Nataliya Leonidovna (Cyrillic: ЛЮТОВА, Наталия Леонидовна)), 122 Ilyushi Kulika St., Apartment 89, Kherson, Kherson region 73009, Ukraine; DOB 11 Jul 1966; nationality Ukraine; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2429802748 (Ukraine) (individual) [RUSSIA-EO14024].

DETAL URAL DESIGN BUREAU JSC (a.k.a. AO UPKB DETAL; a.k.a. JOINT STOCK COMPANY URAL DESIGN BUREAU DETAL), Ul. Pionerskaya D.8, Kamensk-Uralskiy 623409, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1949; Tax ID No. 6612011546 (Russia); Registration Number 1026600930630 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

DETENTION CENTER NO 1 IN SIMFEROPOL (a.k.a. FEDERAL GOVERNMENT INSTITUTION PRETRIAL DETENTION CENTER NO 1 OF THE DIRECTORATE OF THE FEDERAL PENITENTIARY SERVICE FOR THE REPUBLIC OF CRIMEA AND SEVASTOPOL (Cyrillic: ФЕДЕРАЛЬНОЕ КАЗЕННОЕ УЧРЕЖДЕНИЕ СЛЕДСТВЕННЫЙ ИЗОЛЯТОР NO 1 УПРАВЛЕНИЯ ФЕДЕРАЛЬНОЙ СЛУЖБЫ ИСПОЛНЕНИЯ НАКАЗАНИЙ ПО РЕСПУБЛИКЕ КРЫМ И Г. СЕВАСТОПОЛЮ); a.k.a. FKU SIZO-1 UFSIN OF RUSSIA FOR THE REPUBLIC OF CRIMEA AND SEVASTOPOL (Cyrillic: ФКУ СИЗО-1 УФСИН РОССИИ ПО РЕСПУБЛИКЕ КРЫМ И Г. СЕВАСТОПОЛЮ); a.k.a. SIMFEROPOL REMAND PRISON; a.k.a. SIMFEROPOL SIZO), Bulvar Lenina, dom 4, Simferopol, Crimea 295006, Ukraine; Lenin Boulevard, 4, Simferopol, Crimea 295006, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102002109 (Russia); Registration Number 1149102002389 (Russia) [UKRAINE-EO13685].

DEV SOL (a.k.a. DEV SOL ARMED REVOLUTIONARY UNITS; a.k.a. DEV SOL SDB; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DEVRIMCI SOL; a.k.a. DHKP/C; a.k.a. REVOLUTIONARY LEFT; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

DEV SOL ARMED REVOLUTIONARY UNITS (a.k.a. DEV SOL; a.k.a. DEV SOL SDB; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DEVRIMCI SOL; a.k.a. DHKP/C; a.k.a. REVOLUTIONARY LEFT; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

DEV SOL SDB (a.k.a. DEV SOL; a.k.a. DEV SOL ARMED REVOLUTIONARY UNITS; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DEVRIMCI SOL; a.k.a. DHKP/C; a.k.a. REVOLUTIONARY LEFT; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

DEV SOL SILAHLI DEVRIMCI BIRLIKLERI (a.k.a. DEV SOL; a.k.a. DEV SOL ARMED REVOLUTIONARY UNITS; a.k.a. DEV SOL SDB; a.k.a. DEVRIMCI HALK KURTULUS

PARTISI-CEPHESI; a.k.a. DEVRIMCI SOL; a.k.a. DHKP/C; a.k.a. REVOLUTIONARY LEFT; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

DEVAIS KONSALTING OOO (a.k.a. DEVICE CONSULTING CO. LTD.; a.k.a. LIMITED LIABILITY COMPANY DEVICE CONSULTING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДЕВАЙС КОНСАЛТИНГ)), 6A Aerodromnaya St., Office 45, Saint Petersburg 197348, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Oct 2002; Tax ID No. 7814128203 (Russia); Registration Number 1027807571550 (Russia) [RUSSIA-EO14024].

DEVICE CONSULTING CO. LTD. (a.k.a. DEVAIS KONSALTING OOO; a.k.a. LIMITED LIABILITY COMPANY DEVICE CONSULTING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДЕВАЙС КОНСАЛТИНГ)), 6A Aerodromnaya St., Office 45, Saint Petersburg 197348, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Oct 2002; Tax ID No. 7814128203 (Russia); Registration Number 1027807571550 (Russia) [RUSSIA-EO14024].

DEVRIMCI HALK KURTULUS PARTISI-CEPHESI (a.k.a. DEV SOL; a.k.a. DEV SOL ARMED REVOLUTIONARY UNITS; a.k.a. DEV SOL SDB; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEVRIMCI SOL; a.k.a. DHKP/C; a.k.a. REVOLUTIONARY LEFT; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

DEVRIMCI SOL (a.k.a. DEV SOL; a.k.a. DEV SOL ARMED REVOLUTIONARY UNITS; a.k.a. DEV SOL SDB; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DHKP/C; a.k.a. REVOLUTIONARY LEFT; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

DEWANTO, Agung Surya, Indonesia; DOB 17 Apr 1973; nationality Indonesia; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R248877 (Indonesia); alt. Passport M765751 (Indonesia) expires 28 Mar 2008; alt. Passport A2935714 (Indonesia); Identification Number 1398039 (Indonesia) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: SURABAYA HOBBY CV).

DEWBELLE CENTRO DE ESTETICA Y BELLEZA LTDA., Calle 8B No. 78-22, Bogota, Colombia; NIT # 900049690-9 (Colombia) [SDNTK].

DEXIANG SHIPPING CO LTD-HKG (a.k.a. DEXIANG SHIPPING CO., LIMITED), Flat B01, 2nd Floor, Kin Tak Fung Industrial Building, 174, Wai Yip Street, Kwun Tong, Kowloon, Hong Kong, China; Organization Established Date 04 Oct 2024; Identification Number IMO 0084494; Business Registration Number 77142677 (Hong Kong) [IRAN-EO13902].

DEXIANG SHIPPING CO., LIMITED (a.k.a. DEXIANG SHIPPING CO LTD-HKG), Flat B01, 2nd Floor, Kin Tak Fung Industrial Building, 174, Wai Yip Street, Kwun Tong, Kowloon, Hong Kong, China; Organization Established Date 04 Oct 2024; Identification Number IMO 0084494; Business Registration Number 77142677 (Hong Kong) [IRAN-EO13902].

DEXIAS INTERNATIONAL PRODUCTS AND TRADE LIMITED COMPANY (Latin: DEXIAS ENDÜSTRIYEL ÜRÜNLER VE TICARET LIMITED ŞIRKETI) (a.k.a. DEXIAS IPTLC), Mecidiyekoy Street, Bloc No: 12/221, Kushtepe Neighborhood, Sisli, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Jul 2022; Tax ID No. 2931074985 (Turkey); Registration Number 394044-5 (Turkey) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

DEXIAS IPTLC (a.k.a. DEXIAS INTERNATIONAL PRODUCTS AND TRADE LIMITED COMPANY (Latin: DEXIAS ENDÜSTRIYEL ÜRÜNLER VE TICARET LIMITED ŞIRKETI)), Mecidiyekoy Street, Bloc No: 12/221, Kushtepe Neighborhood, Sisli, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Jul 2022; Tax ID No. 2931074985 (Turkey); Registration Number 394044-5 (Turkey) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

DEXIAS LIMITED LIABILITY COMPANY (a.k.a. DEXIAS LLC (Cyrillic: ООО ДЕКСИАС); f.k.a. MAINBOX LIMITED LIABILITY COMPANY; f.k.a. "MAINBOX LLC"; f.k.a. "TSOFT LLC"; f.k.a. "TSOFT OOO"), Ul. Ryabinovaya D. 3, K. 2, KV. 261, Moscow 121471, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Jul 2016; Tax ID No. 7702403726 (Russia); Government Gazette Number 03555170 (Russia); Registration Number 1167746674644 (Russia) [RUSSIA-EO14024] (Linked To: FIROV, Alim Khazkhismelovich).

DEXIAS LLC (Cyrillic: ООО ДЕКСИАС) (a.k.a. DEXIAS LIMITED LIABILITY COMPANY; f.k.a. MAINBOX LIMITED LIABILITY COMPANY; f.k.a. "MAINBOX LLC"; f.k.a. "TSOFT LLC"; f.k.a. "TSOFT OOO"), Ul. Ryabinovaya D. 3, K. 2, KV. 261, Moscow 121471, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Jul 2016; Tax ID No. 7702403726 (Russia); Government Gazette Number 03555170 (Russia); Registration Number 1167746674644 (Russia) [RUSSIA-EO14024] (Linked To: FIROV, Alim Khazkhismelovich).

DEY BANK (a.k.a. DAY BANK), 45 Vali Asr Ave, Parvin St, Tehran 1966835611, Iran; SWIFT/BIC DAYBIRTH; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Offices Worldwide [IRAN] [SDGT] [IFSR] (Linked To: MARTYRS FOUNDATION).

DEY COMPANY (Arabic: شرکت دی) (a.k.a. DAY COMPANY; a.k.a. SHERKAT-E DEY), No 18, Fakhr Razi Street, Enghelab Street, Tehran, Iran; Website http://day-cc.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861092038 (Iran); Registration Number 93 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

DEYA, Mohamed Ould Ahmed (a.k.a. DAYA, Mohamed Ould Mahri Ahmed; a.k.a. MAHRI, Mohamed Ben Ahmed; a.k.a. "Mohamed Rouggy"; a.k.a. "Mohamed Rougie"; a.k.a. "Mohamed Rouji"; a.k.a. "Mohammed Rougi"), Bamako, Mali; DOB 1979; POB Tabankort, Mali; nationality Mali; Gender Male; Passport AA00272627 (Mali); alt. Passport AA0263957 (Mali) (individual) [MALI-EO13882].

DEYNEGO, Vladislav Nykolayevich (a.k.a. DEYNEGO, Vladyslav Nykolayevych); DOB 12 Mar 1964; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

DEYNEGO, Vladyslav Nykolayevych (a.k.a. DEYNEGO, Vladislav Nykolayevich); DOB 12 Mar 1964; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

DFLP (a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION; a.k.a. RED STAR BATTALIONS; a.k.a. RED STAR FORCES); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

DFRKGK RB (a.k.a. DEPARTAMENT FINANSAVYKH RASSLEDAVANNYAU KAMITETA DZYARZHAUNAHA KANTROLYU RESPUBLIKI BELARUS (Cyrillic: ДЭПАРТАМЕНТ ФІНАНСАВЫХ РАССЛЕДАВАННЯЎ КАМІТЭТА ДЗЯРЖАЎНАГА КАНТРОЛЮ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS (Cyrillic: ДЕПАРТАМЕНТ ФИНАНСОВЫХ РАССЛЕДОВАНИЙ КОМИТЕТА ГОСУДАРСТВЕННОГО КОНТРОЛЯ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. FINANCIAL INVESTIGATIONS DEPARTMENT OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS; a.k.a. "DEPARTMENT OF FINANCIAL INVESTIGATIONS"; a.k.a. "DFR" (Cyrillic: "ДФР")), 17 Kalvariyskaya str., Minsk 220004, Belarus (Cyrillic: ул.Кальварийская, 17, г.Минск 220004, Belarus); Organization Established Date 14 Apr 1998; Target Type Government Entity; Tax ID No. 101463246 (Belarus) [BELARUS-EO14038].

DGCIM (a.k.a. DIRECCION GENERAL DE CONTRAINTELIGENCIA MILITAR (Latin: DIRECCIÓN GENERAL DE CONTRAINTELIGENCIA MILITAR); a.k.a. GENERAL DIRECTORATE OF MILITARY COUNTERINTELLIGENCE), Caracas, Capital District, Venezuela [VENEZUELA-EO13850].

DGI MINING LTD, Palm Grove House, P.O. Box 438, Road Town, Tortola, Virgin Islands, British; Public Registration Number 649877 (Virgin Islands, British) [GLOMAG] (Linked To: GERTLER, Dan).

DHAMAT HOUMET DAAWA SALAFIA (a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

DHAR, Siddartha (a.k.a. DHAR, Siddhartha; a.k.a. "AL BRITANI, Abu Rumaysah"; a.k.a. "DHAR, Abu"; a.k.a. "ISLAM, Saiful"; a.k.a. "RUMAYSAH, Abu"; a.k.a. "SID, Jihadi"), Syria; Iraq; DOB 24 Jun 1983; POB Edmonton, London, United Kingdom; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DHAR, Siddhartha (a.k.a. DHAR, Siddartha; a.k.a. "AL BRITANI, Abu Rumaysah"; a.k.a. "DHAR, Abu"; a.k.a. "ISLAM, Saiful"; a.k.a. "RUMAYSAH, Abu"; a.k.a. "SID, Jihadi"), Syria; Iraq; DOB 24 Jun 1983; POB Edmonton, London, United Kingdom; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DHAWI PVT LTD, Herethere, Lonuziyaaraiy Magu, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Oct 2018; Organization Type: Other transportation support activities; Registration Number C-0826/2018 (Maldives) [SDGT] (Linked To: AFRAAH, Ahmed; Linked To: SHAHEED, Yoosuf).

DHEERE, Mumin (a.k.a. DHEERE, Muumin; a.k.a. DHERE, Mumin), Jilib, Middle Juba, Somalia; Wayanta, Lower Juba, Somalia; DOB 1985; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

DHEERE, Muumin (a.k.a. DHEERE, Mumin; a.k.a. DHERE, Mumin), Jilib, Middle Juba, Somalia; Wayanta, Lower Juba, Somalia; DOB 1985; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

DHEERE, Suhayb (a.k.a. DHEERE, Suheib; a.k.a. ROOBOW, Cabdi; a.k.a. SHINI, Abdi Rooble), Qudus, Lower Juba, Somalia; DOB 1981; alt. DOB 1982; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

DHEERE, Suheib (a.k.a. DHEERE, Suhayb; a.k.a. ROOBOW, Cabdi; a.k.a. SHINI, Abdi Rooble), Qudus, Lower Juba, Somalia; DOB 1981; alt. DOB 1982; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

DHERE, Mumin (a.k.a. DHEERE, Mumin; a.k.a. DHEERE, Muumin), Jilib, Middle Juba, Somalia; Wayanta, Lower Juba, Somalia; DOB 1985; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

DHIYAB, 'Adil 'Ali (Arabic: عادل على ذياب) (a.k.a. DIAB, Adel; a.k.a. DIYAB, Adil 'Ali; a.k.a. DIYAB, Hajj 'Adil), Lebanon; DOB 10 Dec 1960; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 32983326 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

DHKP/C (a.k.a. DEV SOL; a.k.a. DEV SOL ARMED REVOLUTIONARY UNITS; a.k.a. DEV SOL SDB; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DEVRIMCI SOL; a.k.a. REVOLUTIONARY LEFT; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

DHUFAAYE, Cabdi Muhammad (a.k.a. CUMAR, Cabdi Maxamed; a.k.a. CUMAR, Cabdiraxman Maxamed; a.k.a. OMAR, Abdirahman

Mohamed; a.k.a. "DHOFAYE"; a.k.a. "DHOOFAYE"; a.k.a. "OMAR, Abdi Mohamed"), Bosaso, Somalia; DOB 1962; POB Bosaso, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

DI LAURO, Marco; DOB 16 Jun 1980; POB Naples, Italy (individual) [TCO].

DI MAURO, Paolo; DOB 19 Oct 1952; POB Naples, Italy (individual) [TCO].

DIAB, Adel (a.k.a. DHIYAB, 'Adil 'Ali (Arabic: عادل على ذياب); a.k.a. DIYAB, Adil 'Ali; a.k.a. DIYAB, Hajj 'Adil), Lebanon; DOB 10 Dec 1960; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 32983326 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

DIAB, Ali Adel (Arabic: على عادل ذياب), Kabompo Street, Plot N 15, Apt N11, Kalundu, Lusaka, Zambia; DOB 15 Dec 1988; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1011592 (Lebanon) expires 04 Dec 2019 (individual) [SDGT] (Linked To: HAMER AND NAIL CONSTRUCTION LIMITED).

DIABY, Omar (a.k.a. AL-DIABY, Omar; a.k.a. DIABY, Oumar; a.k.a. OMSEN, Omar; a.k.a. OUMSEN, Omar), Syria; DOB 1976; POB Dakar, Senegal; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DIABY, Oumar (a.k.a. AL-DIABY, Omar; a.k.a. DIABY, Omar; a.k.a. OMSEN, Omar; a.k.a. OUMSEN, Omar), Syria; DOB 1976; POB Dakar, Senegal; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DIACHKOV, Sergei Adolfovich (a.k.a. DYACHKOV, Sergei Adolfovich; a.k.a. DYACHKOV, Sergey Adolfovich), Russia; DOB 26 May 1959; POB Ulyanovsk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 7304273188 (Russia); alt. Passport 7301381541 (Russia); Tax ID No. 73280738648127 (Russia) (individual) [RUSSIA-EO14024].

DIAGNOSTICENTRO LA GARANTIA (a.k.a. SERVIAUTOS UNO A 1A LIMITADA), Calle 34 No. 5A-25, Cali, Colombia; Carrera 15 No. 44-68, Cali, Colombia; NIT # 800032413-8 (Colombia) [SDNT].

DIAGNOSTIKA M LLC (a.k.a. "TSNK"), Pr-kt Volgogradskii D. 42, Et. 13, Kom. 12, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720081285 (Russia); Registration Number 1037739045552 (Russia) [RUSSIA-EO14024].

DIAKO IC VE DIS TICARET ANONIM SIRKETI, S Ofis, No: 5-48, Merkez Mahallesi Firuze Sokak, Kagithane, Istanbul 34406, Turkey; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 2020; Registration Number 237006 (Turkey) [IRAN-EO13846].

DIAM VILLE (a.k.a. DIAMVILLE; a.k.a. DIAMVILLE COMPANY; a.k.a. DIAMVILLE SAU; a.k.a. DIAMVILLE SAUAG), Avenue of the Martyrs, 1st District, Bangui, Central African Republic; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Mar 2019; Organization Type: Support activities for other mining and quarrying [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

DIAMANTE TANKERS INCORPORATED, Panama City, Panama; Identification Number IMO 6268146 [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

DIAMOND CASTLE ELECTRONICS TRADING LLC, Port Saeed, Deira, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 19 Aug 2021; Commercial Registry Number 1597188 (United Arab Emirates); Chamber of Commerce Number 369833 (United Arab Emirates); Business Registration Number 974594 (United Arab Emirates); Economic Register Number (CBLS) 11717588 (United Arab Emirates) [NPWMD] [IFSR] (Linked To: RAH ROSHD INTERNATIONAL TRADE EXCHANGES DEVELOPMENT).

DIAMOND TRANSPORTATION LIMITED, East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DIAMOND TSAR (a.k.a. 2351885 ONTARIO INC), Thornhill, Ontario, Canada; Toronto, Ontario, Canada; Organization Established Date 29 Nov 2012; Organization Type: Manufacture of jewellery and related articles; Company Number 2351885 (Canada) [ILLICIT-DRUGS-EO14059] (Linked To: SOKOLOVSKI, Rolan).

DIAMVILLE (a.k.a. DIAM VILLE; a.k.a. DIAMVILLE COMPANY; a.k.a. DIAMVILLE SAU; a.k.a. DIAMVILLE SAUAG), Avenue of the Martyrs, 1st District, Bangui, Central African Republic; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Mar 2019; Organization Type: Support activities for other mining and quarrying [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

DIAMVILLE COMPANY (a.k.a. DIAM VILLE; a.k.a. DIAMVILLE; a.k.a. DIAMVILLE SAU; a.k.a. DIAMVILLE SAUAG), Avenue of the Martyrs, 1st District, Bangui, Central African Republic; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Mar 2019; Organization Type: Support activities for other mining and quarrying [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

DIAMVILLE SAU (a.k.a. DIAM VILLE; a.k.a. DIAMVILLE; a.k.a. DIAMVILLE COMPANY; a.k.a. DIAMVILLE SAUAG), Avenue of the Martyrs, 1st District, Bangui, Central African Republic; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Mar 2019; Organization Type: Support activities for other mining and quarrying [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

DIAMVILLE SAUAG (a.k.a. DIAM VILLE; a.k.a. DIAMVILLE; a.k.a. DIAMVILLE COMPANY; a.k.a. DIAMVILLE SAU), Avenue of the Martyrs, 1st District, Bangui, Central African Republic; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Mar 2019; Organization Type: Support activities for other mining and quarrying [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

DIANA, Cristian, Pordenone, Italy; DOB 24 Nov 1971; POB Pordenone, Italy; nationality Italy; Gender Male; Passport YB8215970 (Italy); Tax ID No. DNICST71S24G888J (Italy) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: STILE ITALIANO S.R.L.; Linked To: WINDROSE TACTICAL SOLUTIONS S.R.L.S.).

DIANAT, Amir (a.k.a. ALMTHAJE, Ameer Abdulazeez Jaafar; a.k.a. AL-MUTAHAJI, Amir 'Abd-al-'Aziz Ja'far; a.k.a. AL-TAA'EI, Amir; a.k.a. DIANAT, Amir Abdolaziz; a.k.a. DIANET,

Amir; a.k.a. DIYANAT, Amir; a.k.a. JAFAR, Amir Abdulaziz; a.k.a. MUSHTAQ, Abu), Iran; Iraq; Oman; DOB 15 Mar 1967; alt. DOB 25 Dec 1970; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport W44473918 (Iran); alt. Passport A12688767 (Iraq); alt. Passport F35307926 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

DIANAT, Amir Abdolaziz (a.k.a. ALMTHAJE, Ameer Abdulazeez Jaafar; a.k.a. AL-MUTAHAJI, Amir 'Abd-al-'Aziz Ja'far; a.k.a. AL-TAA'EI, Amir; a.k.a. DIANAT, Amir; a.k.a. DIANET, Amir; a.k.a. DIYANAT, Amir; a.k.a. JAFAR, Amir Abdulaziz; a.k.a. MUSHTAQ, Abu), Iran; Iraq; Oman; DOB 15 Mar 1967; alt. DOB 25 Dec 1970; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport W44473918 (Iran); alt. Passport A12688767 (Iraq); alt. Passport F35307926 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

DIANET, Amir (a.k.a. ALMTHAJE, Ameer Abdulazeez Jaafar; a.k.a. AL-MUTAHAJI, Amir 'Abd-al-'Aziz Ja'far; a.k.a. AL-TAA'EI, Amir; a.k.a. DIANAT, Amir; a.k.a. DIANAT, Amir Abdolaziz; a.k.a. DIYANAT, Amir; a.k.a. JAFAR, Amir Abdulaziz; a.k.a. MUSHTAQ, Abu), Iran; Iraq; Oman; DOB 15 Mar 1967; alt. DOB 25 Dec 1970; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport W44473918 (Iran); alt. Passport A12688767 (Iraq); alt. Passport F35307926 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

DIARRA, Bamoussa (a.k.a. DIARRA, Rabia; a.k.a. MOUSSA, Ba Ag; a.k.a. MOUSSA, Bah Ag), Kidal, Mali; Nara, Mali; DOB 01 Jan 1958; alt. DOB 31 Dec 1952; alt. DOB 28 Oct 1956; alt. DOB 1958; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DIARRA, Rabia (a.k.a. DIARRA, Bamoussa; a.k.a. MOUSSA, Ba Ag; a.k.a. MOUSSA, Bah Ag), Kidal, Mali; Nara, Mali; DOB 01 Jan 1958; alt. DOB 31 Dec 1952; alt. DOB 28 Oct 1956; alt. DOB 1958; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DIAS DE MENDONCA, Leonardo (a.k.a. DIAS MENDONA, Leonardo; a.k.a. DIAZ MENDONCA, Leonardo); DOB 12 Jan 1963; alt. DOB 21 Nov 1963; alt. DOB 01 Dec 1963; POB Brazil (individual) [SDNTK].

DIAS MENDONA, Leonardo (a.k.a. DIAS DE MENDONCA, Leonardo; a.k.a. DIAZ MENDONCA, Leonardo); DOB 12 Jan 1963; alt. DOB 21 Nov 1963; alt. DOB 01 Dec 1963; POB Brazil (individual) [SDNTK].

DIAS PANIAGUA, Rigoberto, Calle Yacatas No. 366, Planta Alta, Colonia Narvarte, Delegacion Benito Juarez, Distrito Federal Codigo Postal 03020, Mexico; Calle Sor Juana Ines de la Cruz No. 144, Departamento 124, Colonia Miguel Hidalgo, Codigo Postal 14410, Mexico; DOB 05 Sep 1966; POB Acambaro, Guanajuato, Mexico; R.F.C. DIPR-690905 J31 (Mexico); alt. R.F.C. DIPR-660905 J31 (Mexico); C.U.R.P. DIPR660905HGTSNG05 (Mexico) (individual) [SDNTK].

DIASOFT LTD, Ul. Polkovaya D. 3 Str. 14, Moscow 127018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715560268 (Russia); Registration Number 1057746642436 (Russia) [RUSSIA-EO14024].

DIAZ DE LEON SAUCEDA, Cesar Enrique (a.k.a. "LOBITO"), Manzanillo, Colima, Mexico; DOB 12 Apr 1987; POB Monterrey, Nuevo Leon, Mexico; nationality Mexico; Gender Male; C.U.R.P. DISC870412HNLZCS03 (Mexico) (individual) [SDNTK].

DIAZ FLORES, Nahima Janett, Residencial Lomas del Valle, Casa No. U-5, Managua, Nicaragua; DOB 28 Jun 1989; POB Managua, Nicaragua; nationality Nicaragua; Gender Female; National ID No. 0012806890047K (Nicaragua) (individual) [NICARAGUA].

DIAZ GUILLEN, Claudia Patricia (a.k.a. DIAZ, Claudia; a.k.a. DIAZ-GUILLEN, Claudia), Cap Cana, Dominican Republic; Spain; DOB 25 Nov 1973; citizen Venezuela; Gender Female; Cedula No. 11502896 (Venezuela); Passport 030415788 (Venezuela) expires 22 Nov 2014 (individual) [VENEZUELA-EO13850].

DIAZ LOPEZ, Mateo, Calle Guatemala No. 5610, Colonia Hipodromo, Nuevo Laredo, Tamaulipas, Mexico; Calle Tiera Del Soconusco No. 252, Fraccionamiento Colinas Del Sur, Nuevo Laredo, Tamaulipas, Mexico; Calle Mundial No. 55, Nuevo Laredo, Tamaulipas, Mexico; Sinaloa No. 10, Kilometer 10, Nuevo Laredo, Tamaulipas, Mexico; Calle Ramiro Pena No. 829, Colonia Electricistas, Nuevo Laredo, Tamaulipas, Mexico; Calle Habana No. 2204, Colonia Americo Villarreal, Nuevo Laredo, Tamaulipas, Mexico; Veracruz No. 500 o 550, Colonia Electricistas, Nuevo Laredo, Tamaulipas, Mexico; Calle Chihuahua No. 805 0 815, Cerca de la esquina de Calle Ruiz Cortines, Nuevo Laredo, Tamaulipas, Mexico; DOB 11 Sep 1973; alt. DOB 1974; POB Valle Hermoso, Tamaulipas; alt. POB La Libertad, Cunduacan, Tabasco, Mexico; alt. POB San Rafael, Tabasco, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

DIAZ MADRIZ, Francisco Javier (a.k.a. DIAZ, Francisco), Residencial Lomas del Valle, Casa U5, Managua, Nicaragua; DOB 03 Aug 1961; POB Chinandega, Nicaragua; nationality Nicaragua; Gender Male; National ID No. 0810308610000L (individual) [GLOMAG].

DIAZ MEDINA, Javier (a.k.a. ARELLANO FELIX, Francisco Javier; a.k.a. ARELLANO FELIX, Javier; a.k.a. BELTRAN MEZA, Ramon; a.k.a. LARA ALVAREZ, Jose Luis); DOB 21 Nov 1969; alt. DOB 12 Dec 1969; POB Culiacan, Sinaloa, Mexico (individual) [SDNTK].

DIAZ MENDONCA, Leonardo (a.k.a. DIAS DE MENDONCA, Leonardo; a.k.a. DIAS MENDONA, Leonardo); DOB 12 Jan 1963; alt. DOB 21 Nov 1963; alt. DOB 01 Dec 1963; POB Brazil (individual) [SDNTK].

DIAZ RODRIGUEZ, Salvador (a.k.a. "Chava"), Mexicali, Baja California, Mexico; DOB 29 Jul 1985; POB Baja California, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. DIRS850729HBCZDL02 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

DIAZ, Claudia (a.k.a. DIAZ GUILLEN, Claudia Patricia; a.k.a. DIAZ-GUILLEN, Claudia), Cap Cana, Dominican Republic; Spain; DOB 25 Nov 1973; citizen Venezuela; Gender Female; Cedula No. 11502896 (Venezuela); Passport 030415788 (Venezuela) expires 22 Nov 2014 (individual) [VENEZUELA-EO13850].

DIAZ, Francisco (a.k.a. DIAZ MADRIZ, Francisco Javier), Residencial Lomas del Valle, Casa U5, Managua, Nicaragua; DOB 03 Aug 1961; POB Chinandega, Nicaragua; nationality Nicaragua; Gender Male; National ID No. 0810308610000L (individual) [GLOMAG].

DIAZ-GUILLEN, Claudia (a.k.a. DIAZ GUILLEN, Claudia Patricia; a.k.a. DIAZ, Claudia), Cap Cana, Dominican Republic; Spain; DOB 25 Nov 1973; citizen Venezuela; Gender Female; Cedula No. 11502896 (Venezuela); Passport 030415788 (Venezuela) expires 22 Nov 2014 (individual) [VENEZUELA-EO13850].

DIB EL MALT, Abdul Naser, Calle 85 No. 12-10, Oficina 213 y/o Local 3, Colombia; DOB 20 Aug 1967; nationality Lebanon; citizen Colombia; Cedula No. 276392 (Colombia); Passport 0218186 (Lebanon) (individual) [SDNT].

DIB, Ahmad (a.k.a. AL-DIB, Ahmed (Arabic: احمد الديب); a.k.a. DEEB, Ahmad; a.k.a. DEEB, Ahmed; a.k.a. DIB, Ahmed (Arabic: احمد ديب); a.k.a. DIBE, Ahmad; a.k.a. DIBE, Ahmed (Arabic: احمد ديبى)), Damascus, Syria; DOB 1961; POB Ayn Al-Tineh Village, Latakia, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

DIB, Ahmed (Arabic: احمد ديب) (a.k.a. AL-DIB, Ahmed (Arabic: احمد الديب); a.k.a. DEEB, Ahmad; a.k.a. DEEB, Ahmed; a.k.a. DIB, Ahmad; a.k.a. DIBE, Ahmad; a.k.a. DIBE, Ahmed (Arabic: احمد ديبى)), Damascus, Syria; DOB 1961; POB Ayn Al-Tineh Village, Latakia, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

DIBC (a.k.a. DISTRIBUIDORA IMPERIAL; a.k.a. DISTRIBUIDORA IMPERIAL DE BAJA CALIFORNIA, S.A. DE C.V.), Blvd. Agua Caliente 1381, Colonia Revolucion, Tijuana, Baja California, Mexico; Avenida Rio Nazas 10202, Tijuana, Baja California, Mexico; Heroes de Nacozari 3213 Colonia Maya, Culiacan, Sinaloa, Mexico; Lerdo de Tejada 1879 Sector Juarez, Guadalajara, Jalisco, Mexico; Ramon Morales No. 732 Colonia El Mirador, Guadalajara, Jalisco, Mexico; Rio Balsas 1579 Los Nogales, Ciudad Juarez, Chihuahua, Mexico; Luz Savinon 718-C Colonia del Valle, Mexico City, Distrito Federal, Mexico; P.O. Box 434440, San Ysidro, CA 92173, United States; R.F.C. DIB-771110-HQ1 (Mexico) [SDNTK].

DIBE, Ahmad (a.k.a. AL-DIB, Ahmed (Arabic: احمد الديب); a.k.a. DEEB, Ahmad; a.k.a. DEEB, Ahmed; a.k.a. DIB, Ahmad; a.k.a. DIB, Ahmed (Arabic: احمد ديب); a.k.a. DIBE, Ahmed (Arabic: احمد ديبى)), Damascus, Syria; DOB 1961; POB Ayn Al-Tineh Village, Latakia, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

DIBE, Ahmed (Arabic: احمد ديبى) (a.k.a. AL-DIB, Ahmed (Arabic: احمد الديب); a.k.a. DEEB, Ahmad; a.k.a. DEEB, Ahmed; a.k.a. DIB, Ahmad; a.k.a. DIB, Ahmed (Arabic: احمد ديب); a.k.a. DIBE, Ahmad), Damascus, Syria; DOB 1961; POB Ayn Al-Tineh Village, Latakia, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

DICKO, Abdoul Salam (a.k.a. DICKO, Jafar), Burkina Faso; DOB 1980; nationality Burkina Faso; Gender Male (individual) [HOSTAGES-EO14078].

DICKO, Jafar (a.k.a. DICKO, Abdoul Salam), Burkina Faso; DOB 1980; nationality Burkina Faso; Gender Male (individual) [HOSTAGES-EO14078].

DIDA, Abidjan Marcory, Rue Clement Ader, 01 PO Box, 3131, Abidjan 01, Cote d Ivoire (Latin: Abidjan Marcory, Rue Clément Ader, 01 Boîte Postale, 3131, Abidjan 01, Cote d Ivoire); Website https://www.didaaaa.com; Email Address info@didaaaa.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 2250700002071 [SDGT] (Linked To: AHMAD, Hind Nazem).

DIDENKO, Alexey Nikolayevich (Cyrillic: ДИДЕНКО, Алексей Николаевич), Russia; DOB 30 Mar 1983; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DIDI, Faris Mohamed, Addu City, Maldives; DOB 09 Dec 1984; POB Hithadhoo, Addu City, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LA14E6390 (Maldives) expires 12 Jun 2022; National ID No. A153987 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

DIDZHITAL KOMPLAENS, OOO (a.k.a. "DIGITAL COMPLIANCE"), Ul. Krasnogo Kursanta D. 25, Lit. Zh,, Pomeshch. 186, Saint Petersburg 197198, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 May 2015; Tax ID No. 7802524178 (Russia); Business Registration Number 1157847182217 (Russia) [RUSSIA-EO14024].

DIDZHITAL SEKYURITI SERVISIS, OOO (a.k.a. "DIGITAL SECURITY SERVICES"), Ul. Krasnogo Kursanta D. 25, Lit Zh, Pomeshch 174, Saint Petersburg 197198, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Mar 2006; Tax ID No. 7802348564 (Russia); Business Registration Number 1067847503811 (Russia) [RUSSIA-EO14024].

DIEGELMANN, Axel Paul, Liechtenstein; DOB 24 Feb 1965; nationality Germany; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: RHEINGOLD EDELMETALL AG).

DIEGELMANN, Bernd Guenter, United Arab Emirates; DOB 12 Sep 1990; nationality Germany; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport C4YL28X5C (Germany) (individual) [RUSSIA-EO14024] (Linked To: RHEINGOLD EDELMETALL AG).

DIEGELMANN, Fritz, Liechtenstein; DOB 28 May 1993; POB Kulmbach, Germany; nationality Germany; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport CGTG1HW3Z (Germany) (individual) [RUSSIA-EO14024] (Linked To: RHEINGOLD EDELMETALL AG).

DIFACULSA, S.A. DE C.V., Villa Dorada 3996, Fracc. Los Portales, Culiacan, Sinaloa, Mexico; Organization Established Date 25 Feb 2006; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; Folio Mercantil No. 75487 (Mexico) [ILLICIT-DRUGS-EO14059].

DIFUSO AUDIOVISUALES (a.k.a. DIFUSO COMUNICACIONES S.A.), Reparto El Carmen, De la Iglesia el Carmen, 1 cuadra al sur, 1 cuadra arriba, 1 cda al sur, Managua, Nicaragua; Registration ID J0310000147205 (Nicaragua) [NICARAGUA] (Linked To: ORTEGA MURILLO, Juan Carlos).

DIFUSO COMUNICACIONES S.A. (a.k.a. DIFUSO AUDIOVISUALES), Reparto El Carmen, De la Iglesia el Carmen, 1 cuadra al sur, 1 cuadra arriba, 1 cda al sur, Managua, Nicaragua; Registration ID J0310000147205 (Nicaragua) [NICARAGUA] (Linked To: ORTEGA MURILLO, Juan Carlos).

DIGITAL INVEST LIMITED LIABILITY COMPANY (Cyrillic: ДИДЖИТАЛ ИНВЕСТ ОБЩЕСТВО С ОГРАНИЧЕННОЙ

ОТВЕТСТВЕННОСТЬЮ) (a.k.a. OOO DIDZHITAL INVEST), 28 Rublevskoye Highway, Floor 13, Room 21, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Aug 2020; Organization Type: Activities of holding companies; Tax ID No. 9731068258 (Russia); Registration Number 1207700277861 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY USM TELECOM).

DIGITAL MARKETING AWARDS FZ LLC (a.k.a. SWISS DRAGONS MANAGEMENT DIGITAL MARKETING AWARDS; a.k.a. "SD DIGITAL MARKETING AWARDS"), Compass Building FDRK 2508, Al Shohada Road, Al Hamra Industrial Zone-FZ, Ras al Khaimah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Jul 2023; License 17002525 (United Arab Emirates); Economic Register Number (CBLS) 12119212 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: ORLOFF, Alexandre).

DIGITAL MEDIA LAB (a.k.a. DML), No. 5, Golestan Alley, Ghasemi St., Sharif University of Technology, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

DIGITAL SECURITY (a.k.a. DIGITAL SECURITY RESEARCH GROUP; a.k.a. OOO DIGITAL SECURITY; a.k.a. "DSEC"), Saint Petersburg, Russia; Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: FEDERAL SECURITY SERVICE).

DIGITAL SECURITY RESEARCH GROUP (a.k.a. DIGITAL SECURITY; a.k.a. OOO DIGITAL SECURITY; a.k.a. "DSEC"), Saint Petersburg, Russia; Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: FEDERAL SECURITY SERVICE).

DIGITAL SERVICES EAD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2003; V.A.T. Number BG 131131080 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

DIGTLWORLD LIMITED LIABILITY COMPANY, Al Messaned, Al Bataeh, Sharjah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 1805313.01 (United Arab Emirates); Economic

Register Number (CBLS) 11594551 (United Arab Emirates) [RUSSIA-EO14024].

DIINI, Abdiaziz Yuusuf (a.k.a. DINI, Abdulaziz Youssouf; a.k.a. DINI, Abdulaziz Yusuf; a.k.a. DINI, Cabdicasiis Yusuf; a.k.a. DINI, Faysal Yusuf; a.k.a. DINI, Feisal Yussuf; a.k.a. DINI, Feyself Yusuf; a.k.a. HILOWLE, Abdiaziz Yusuf Dini; a.k.a. HILOWLE, Cabdicasis Yusuf Diini), Madena Estate, House #4, South C, Nairobi, Kenya; Djibouti; DOB 01 Jan 1971; POB Galkayo, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 19RF00115 (Djibouti) expires 13 Nov 2022 (individual) [SDGT] (Linked To: AL-SHABAAB).

DIKIY, Aleksey Aleksandrovich (Cyrillic: ДИКИЙ, Алексей Александрович) (a.k.a. DYKIY, Oleksii Oleksandrovych (Cyrillic: ДІКІЙ, Олексій Олександрович); a.k.a. DYKYI, Oleksiy Oleksandrovych), Donetsk, Ukraine; DOB 05 Jul 1974; POB Donetsk Region, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2721421655 (Ukraine) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

DIKUY BOGDIM (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE

MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

DILIAN, Tal Jonathan (a.k.a. MENASHE, Tal Yonatan), 11B Route Des Arcys, Champery 1874, Switzerland; DOB 21 Aug 1961; POB Israel; nationality Israel; citizen Israel; alt. citizen Malta; Gender Male; Passport 22540627 (Israel); National ID No. 57053795 (Israel); alt. National ID No. 057053795 (Israel) (individual) [CYBER2].

DILIP, Aziz (a.k.a. ANIS, Ibrahim Shaikh Mohd; a.k.a. AZIZ, Abdul Hamid Abdul; a.k.a. EBRAHIM, Dawood; a.k.a. HASAN, Shaikh Daud; a.k.a. HASSAN, Dawood; a.k.a. IBRAHIM, Anis; a.k.a. IBRAHIM, Dawood; a.k.a. IBRAHIM, Dawood Sheik; a.k.a. KASKAR, Dawood Ibrahim; a.k.a. REHMAN, Shaikh Ismail Abdul; a.k.a. SABRI, Dawood; a.k.a. SAHEB, Amir; a.k.a. SETH, Iqbal), 617 CP Berar Society, Block 7-8, Karachi, Pakistan; House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

DILSHAD, Danish (a.k.a. AHMAD, Dilshad; a.k.a. AL-DAKHIL, 'Abd al-Rahman; a.k.a. AL-

DAKHIL, Abdul Rehman; a.k.a. ALI, Amanat; a.k.a. ALI, Amanatullah; a.k.a. ALI, Amantullah; a.k.a. IQBAL, Imanat Ullah), Pakistan; DOB 01 Sep 1964; alt. DOB 01 Mar 1965 to 31 Mar 1965; POB Faisalabad, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DIMA SHIPPING & TRADING COMPANY (a.k.a. DIMA SHIPPING AND TRADING CO; a.k.a. DIMA SHIPPING AND TRADING COMPANY), 1305 Sokak, Gazi Mah, 9/5, Yenisehir, Mersin, Mersin 33130, Turkey; Liberia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2023; Organization Type: Sea and coastal freight water transport; Identification Number IMO 6414273 [SDGT] (Linked To: AL-QATIRJI COMPANY).

DIMA SHIPPING AND TRADING CO (a.k.a. DIMA SHIPPING & TRADING COMPANY; a.k.a. DIMA SHIPPING AND TRADING COMPANY), 1305 Sokak, Gazi Mah, 9/5, Yenisehir, Mersin, Mersin 33130, Turkey; Liberia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2023; Organization Type: Sea and coastal freight water transport; Identification Number IMO 6414273 [SDGT] (Linked To: AL-QATIRJI COMPANY).

DIMA SHIPPING AND TRADING COMPANY (a.k.a. DIMA SHIPPING & TRADING COMPANY; a.k.a. DIMA SHIPPING AND TRADING CO), 1305 Sokak, Gazi Mah, 9/5, Yenisehir, Mersin, Mersin 33130, Turkey; Liberia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2023; Organization Type: Sea and coastal freight water transport; Identification Number IMO 6414273 [SDGT] (Linked To: AL-QATIRJI COMPANY).

DIMACO TECHNOLOGY, S.A., Panama City, Panama; Folio Mercantil No. 844226 (Panama) [VENEZUELA-EO13850].

DIMENSHTEIN, Arkady Samuilovich (Cyrillic: ДЗИМЕНШТЕЙН, Аркадий Самуилович) (a.k.a. DZIMENSHTEIN, Arkadzi Samuilavich (Cyrillic: ДЗІМЕНШТЭЙН, Аркадзій Самуілавіч)), Belarus; DOB 13 Jan 1956; POB Borisov, Belarus; nationality Belarus; Gender Male; National ID No. 3130156A064PB3

(Belarus) (individual) [BELARUS-EO14038] (Linked To: ALC DISKOMS).

DIMITRY, Gregory Vasili (a.k.a. ADUOL, Gregory Deng Kuac; a.k.a. KUAC, Gregory Deng; a.k.a. KUACH, Gregory Deng; a.k.a. YALOURIS, Gregory Vasilis Dimitry), Juba, South Sudan; DOB 01 Jan 1961; POB Ajogo, South Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

DIMOND TOWN SHIPPING CO (a.k.a. DIMOND TOWN SHIPPING COMPANY), Suite 1-A, 7th Floor, Business Centre Morskoy-2, Spusk Polskiy 11, Odessa 65000, Ukraine; 80 Broad Street, Monrovia, Liberia; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Type: Transportation and storage; Identification Number IMO 6283911 [IRAN-EO13846].

DIMOND TOWN SHIPPING COMPANY (a.k.a. DIMOND TOWN SHIPPING CO), Suite 1-A, 7th Floor, Business Centre Morskoy-2, Spusk Polskiy 11, Odessa 65000, Ukraine; 80 Broad Street, Monrovia, Liberia; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Type: Transportation and storage; Identification Number IMO 6283911 [IRAN-EO13846].

DIMOND TRANSPORTATION LIMITED, East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DIMOV, Oleg Dmitriyevich (Cyrillic: ДИМОВ, Олег Дмитриевич), Russia; DOB 08 Mar 1968; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DINA PETROKIMYA SANAYI TICARET ANONIM SIRKETI, No: 9/7 Emek Mahallesi Biskek Caddesi, Cankaya, Ankara 06490, Turkey; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 2018; Registration Number 425910 (Turkey) [IRAN-EO13846].

DINAMIKA LIMITED LIABILITY COMPANY, d. 21 pom. 8, ul. Truda, Chelyabinsk 454090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

7453356632 (Russia); Registration Number 1237400043836 (Russia) [RUSSIA-EO14024].

DING, Zhongli (Chinese Simplified: 丁仲礼; Chinese Traditional: 丁仲禮), Beijing, China; DOB Jan 1957; POB Shengzhou City, Zhejiang Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

DINGTAI INDUSTRIAL TECHNOLOGY CO LIMITED (Chinese Traditional: 鼎泰實業科技有限公司), Room 1502, Easey Commercial Building, 253-261 Hennessy Road, Wan Chai, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 11 Oct 2017; Company Number 2590461 (Hong Kong); Business Registration Number 68310851 (Hong Kong) [NPWMD] [IFSR] (Linked To: PISHTAZAN KAVOSH GOSTAR BOSHRA LLC).

DINI, Abdulaziz Youssouf (a.k.a. DIINI, Abdiaziz Yuusuf; a.k.a. DINI, Abdulaziz Yusuf; a.k.a. DINI, Cabdicasiis Yusuf; a.k.a. DINI, Faysal Yusuf; a.k.a. DINI, Feisal Yussuf; a.k.a. DINI, Feyself Yusuf; a.k.a. HILOWLE, Abdiaziz Yusuf Dini; a.k.a. HILOWLE, Cabdicasis Yusuf Diini), Madena Estate, House #4, South C, Nairobi, Kenya; Djibouti; DOB 01 Jan 1971; POB Galkayo, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 19RF00115 (Djibouti) expires 13 Nov 2022 (individual) [SDGT] (Linked To: AL-SHABAAB).

DINI, Abdulaziz Yusuf (a.k.a. DIINI, Abdiaziz Yuusuf; a.k.a. DINI, Abdulaziz Youssouf; a.k.a. DINI, Cabdicasiis Yusuf; a.k.a. DINI, Faysal Yusuf; a.k.a. DINI, Feisal Yussuf; a.k.a. DINI, Feyself Yusuf; a.k.a. HILOWLE, Abdiaziz Yusuf Dini; a.k.a. HILOWLE, Cabdicasis Yusuf Diini), Madena Estate, House #4, South C, Nairobi, Kenya; Djibouti; DOB 01 Jan 1971; POB Galkayo, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 19RF00115 (Djibouti) expires 13 Nov 2022 (individual) [SDGT] (Linked To: AL-SHABAAB).

DINI, Cabdicasiis Yusuf (a.k.a. DIINI, Abdiaziz Yuusuf; a.k.a. DINI, Abdulaziz Youssouf; a.k.a. DINI, Abdulaziz Yusuf; a.k.a. DINI, Faysal Yusuf; a.k.a. DINI, Feisal Yussuf; a.k.a. DINI,

Feyself Yusuf; a.k.a. HILOWLE, Abdiaziz Yusuf Dini; a.k.a. HILOWLE, Cabdicasis Yusuf Diini), Madena Estate, House #4, South C, Nairobi, Kenya; Djibouti; DOB 01 Jan 1971; POB Galkayo, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 19RF00115 (Djibouti) expires 13 Nov 2022 (individual) [SDGT] (Linked To: AL-SHABAAB).

DINI, Faysal Yusuf (a.k.a. DIINI, Abdiaziz Yuusuf; a.k.a. DINI, Abdulaziz Youssouf; a.k.a. DINI, Abdulaziz Yusuf; a.k.a. DINI, Cabdicasiis Yusuf; a.k.a. DINI, Feisal Yussuf; a.k.a. DINI, Feyself Yusuf; a.k.a. HILOWLE, Abdiaziz Yusuf Dini; a.k.a. HILOWLE, Cabdicasis Yusuf Diini), Madena Estate, House #4, South C, Nairobi, Kenya; Djibouti; DOB 01 Jan 1971; POB Galkayo, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 19RF00115 (Djibouti) expires 13 Nov 2022 (individual) [SDGT] (Linked To: AL-SHABAAB).

DINI, Feisal Yussuf (a.k.a. DIINI, Abdiaziz Yuusuf; a.k.a. DINI, Abdulaziz Youssouf; a.k.a. DINI, Abdulaziz Yusuf; a.k.a. DINI, Cabdicasiis Yusuf; a.k.a. DINI, Faysal Yusuf; a.k.a. DINI, Feyself Yusuf; a.k.a. HILOWLE, Abdiaziz Yusuf Dini; a.k.a. HILOWLE, Cabdicasis Yusuf Diini), Madena Estate, House #4, South C, Nairobi, Kenya; Djibouti; DOB 01 Jan 1971; POB Galkayo, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 19RF00115 (Djibouti) expires 13 Nov 2022 (individual) [SDGT] (Linked To: AL-SHABAAB).

DINI, Feyself Yusuf (a.k.a. DIINI, Abdiaziz Yuusuf; a.k.a. DINI, Abdulaziz Youssouf; a.k.a. DINI, Abdulaziz Yusuf; a.k.a. DINI, Cabdicasiis Yusuf; a.k.a. DINI, Faysal Yusuf; a.k.a. DINI, Feisal Yussuf; a.k.a. HILOWLE, Abdiaziz Yusuf Dini; a.k.a. HILOWLE, Cabdicasis Yusuf Diini), Madena Estate, House #4, South C, Nairobi, Kenya; Djibouti; DOB 01 Jan 1971; POB Galkayo, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 19RF00115 (Djibouti) expires 13 Nov 2022 (individual) [SDGT] (Linked To: AL-SHABAAB).

DINRIN LIMITED, Hong Kong; Business Registration Number 2849056 (Hong Kong)

[IRAN-EO13846] (Linked To: ZAGROS PETROCHEMICAL).

DIO (a.k.a. DEFENCE INDUSTRIES ORGANISATION; a.k.a. DEFENSE INDUSTRIES ORGANIZATION; a.k.a. SASEMAN SANAJE DEFA; a.k.a. SAZEMANE SANAYE DEFA; a.k.a. "SASADJA"), P.O. Box 19585-777, Pasdaran Street, Entrance of Babaie Highway, Permanent Expo of Defence Industries Organization, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

DIODATO DEL GALLO, Marco Marino (a.k.a. "RENATO"), Bolivia; DOB 28 Jan 1957; POB Italy; nationality Italy; citizen Italy; alt. citizen Bolivia; Passport 072130-A (Italy) (individual) [SDNTK].

DIOTRIX PROPRIETARY LTD (a.k.a. DIOTRIX PTY LTD), 16 Ratcliffe Drive, Morning Side Manor, Gauteng, 2052, Johannesburg, South Africa; P.O. Box 575, Gauteng, 2052, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Nov 2011; V.A.T. Number 4580271585 (South Africa); Tax ID No. 9497287178 (South Africa); Commercial Registry Number 2011/137072/07 (South Africa) [SDGT] (Linked To: OXFOCENTO PROPRIETARY LTD).

DIOTRIX PTY LTD (a.k.a. DIOTRIX PROPRIETARY LTD), 16 Ratcliffe Drive, Morning Side Manor, Gauteng, 2052, Johannesburg, South Africa; P.O. Box 575, Gauteng, 2052, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Nov 2011; V.A.T. Number 4580271585 (South Africa); Tax ID No. 9497287178 (South Africa); Commercial Registry Number 2011/137072/07 (South Africa) [SDGT] (Linked To: OXFOCENTO PROPRIETARY LTD).

DIPAUL COMPANY (a.k.a. AO NPF DIPOL; a.k.a. DIPAUL TECHNOLOGIES JSC; a.k.a. SCIENTIFIC INDUSTRIAL COMPANY DIPAUL PRIVATE JOINT STOCK COMPANY), 5B, Rentgena Street, St. Petersburg 197101, Russia; 20/1, Ogorodny Proezd, Moscow 127372, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804137537 (Russia); Registration Number 1027802497656 (Russia) [RUSSIA-EO14024].

DIPAUL TECHNOLOGIES JSC (a.k.a. AO NPF DIPOL; a.k.a. DIPAUL COMPANY; a.k.a. SCIENTIFIC INDUSTRIAL COMPANY DIPAUL PRIVATE JOINT STOCK COMPANY), 5B, Rentgena Street, St. Petersburg 197101, Russia; 20/1, Ogorodny Proezd, Moscow 127372, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804137537 (Russia); Registration Number 1027802497656 (Russia) [RUSSIA-EO14024].

DIRAC TECHNOLOGY HK LIMITED, Rm 2304 Ho King, Commercial Bldg 2-16, Fa Yuen St., Mongkok, Kowloon, Hong Kong, China; Website https://dirac-tech.com/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 15 Dec 2021; Registration Number 3112845 (Hong Kong) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

DIRECCION GENERAL DE CONTRAINTELIGENCIA MILITAR (Latin: DIRECCIÓN GENERAL DE CONTRAINTELIGENCIA MILITAR) (a.k.a. DGCIM; a.k.a. GENERAL DIRECTORATE OF MILITARY COUNTERINTELLIGENCE), Caracas, Capital District, Venezuela [VENEZUELA-EO13850].

DIRECTORATE OF DEFENSE INDUSTRIES (a.k.a. MINISTRY OF DEFENSE DIRECTORATE OF DEFENSE INDUSTRIES; a.k.a. MYANMA DEFENSE PRODUCTS INDUSTRY; a.k.a. MYANMAR DEFENSE PRODUCTS INDUSTRY; a.k.a. "DEFENSE PRODUCTS INDUSTRIES"; a.k.a. "KA PA SA"), Ministry of Defense, Shwedagon Pagoda Road, Rangoon, Burma; Target Type Government Entity [BURMA-EO14014].

DIRECTORATE OF INTERNAL AFFAIRS OF THE BREST OBLAST EXECUTIVE COMMITTEE (Cyrillic: УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ БРЕСТСКОГО ОБЛИСПОЛКОМА) (a.k.a. BRESTOBLISPOLKOM DEPARTMENT OF INTERNAL AFFAIRS; a.k.a. BRESTOBLISPOLKOM UVD (Cyrillic: УВД БРЕСТОБЛИСПОЛКОМА); a.k.a. DEPARTMENT OF INTERNAL AFFAIRS OF BREST OBLAST EXECUTIVE COMMITTEE; a.k.a. UVD OF THE BREST OBLAST EXECUTIVE COMMITTEE (Cyrillic: УВД БРЕСТСКОГО ОБЛИСПОЛКОМА)), 28, Communist str., Brest 224000, Belarus; Target Type Government Entity; Registration Number 200127206 (Belarus) [BELARUS].

DIRECTORATE OF INTERNAL AFFAIRS OF THE GOMEL OBLAST EXECUTIVE COMMITTEE (a.k.a. DEPARTMENT OF INTERNAL AFFAIRS OF GOMEL REGION EXECUTIVE COMMITTEE; a.k.a. DEPARTMENT OF INTERNAL AFFAIRS OF THE GOMEL REGIONAL EXECUTIVE COMMITTEE (Cyrillic: УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ ГОМЕЛЬСКОГО ОБЛИСПОЛКОМА)), ul. Skommunarov, Gomel, Gomel Oblast 245050, Belarus; 3, Street of Communards, Gomel, Belarus; 3 Kommunarov St., Gomel, Belarus (Cyrillic: ул. Коммунаров 3, Гомель, Belarus); Target Type Government Entity [BELARUS].

DIRECTORATE OF PROCUREMENT OF THE COMMANDER-IN-CHIEF OF DEFENSE SERVICES ARMY (a.k.a. DIRECTORATE OF PROCUREMENT, OFFICE OF THE COMMANDER-IN-CHIEF ARMY, THE REPUBLIC OF THE UNION OF MYANMAR; a.k.a. MYANMAR DIRECTORATE OF PROCUREMENT; a.k.a. "DIRECTORATE OF DEFENSE PROCUREMENT"; a.k.a. "DIRECTORATE OF PROCUREMENT"), Nay Pyi Taw City, Burma; Target Type Government Entity [BURMA-EO14014].

DIRECTORATE OF PROCUREMENT, OFFICE OF THE COMMANDER-IN-CHIEF ARMY, THE REPUBLIC OF THE UNION OF MYANMAR (a.k.a. DIRECTORATE OF PROCUREMENT OF THE COMMANDER-IN-CHIEF OF DEFENSE SERVICES ARMY; a.k.a. MYANMAR DIRECTORATE OF PROCUREMENT; a.k.a. "DIRECTORATE OF DEFENSE PROCUREMENT"; a.k.a. "DIRECTORATE OF PROCUREMENT"), Nay Pyi Taw City, Burma; Target Type Government Entity [BURMA-EO14014].

DIREKTSIIA MORSKOI PORT INDIGA OOO (a.k.a. DIREKTSIYA MORSKOI PORT INDIGA LIMITED LIABILITY COMPANY (Cyrillic: ДИРЕКЦИЯ МОРСКОЙ ПОРТ ИНДИГА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)), d. 3 kab. 3, ul. Nenetskaya, Naryan-Mar 166000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Feb 2019; Tax ID No. 2983012934 (Russia); Government Gazette Number 36289536 (Russia); Registration Number 1192901002733 (Russia) [RUSSIA-EO14024] (Linked To: AKVAMARIN LIMITED LIABILITY COMPANY).

DIREKTSIYA MORSKOI PORT INDIGA LIMITED LIABILITY COMPANY (Cyrillic: ДИРЕКЦИЯ МОРСКОЙ ПОРТ ИНДИГА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. DIREKTSIIA MORSKOI PORT INDIGA OOO), d. 3 kab. 3, ul. Nenetskaya, Naryan-Mar 166000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Feb 2019; Tax ID No. 2983012934 (Russia); Government Gazette Number 36289536 (Russia); Registration Number 1192901002733 (Russia) [RUSSIA-EO14024] (Linked To: AKVAMARIN LIMITED LIABILITY COMPANY).

DIRIYE, Ahmed (a.k.a. ABDIKARIM, Sheikh Mahad Omar; a.k.a. ABU UBAIDAH, Ahmad Umar; a.k.a. ABU UBAIDAH, Ahmed Omar; a.k.a. ABU UBAIDAH, Sheikh Ahmad Umar; a.k.a. ABU UBAIDAH, Sheikh Ahmed Umar; a.k.a. ABU UBAIDAHA, Sheikh Omar; a.k.a. DIRIYE, Mahad; a.k.a. UMAR, Sheikh Ahmed; a.k.a. "DIRIYE, Abu"; a.k.a. "UBAIDAH, Abu"; a.k.a. "UMAR, Ahmad"), Somalia; DOB 1972; POB Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DIRIYE, Mahad (a.k.a. ABDIKARIM, Sheikh Mahad Omar; a.k.a. ABU UBAIDAH, Ahmad Umar; a.k.a. ABU UBAIDAH, Ahmed Omar; a.k.a. ABU UBAIDAH, Sheikh Ahmad Umar; a.k.a. ABU UBAIDAH, Sheikh Ahmed Umar; a.k.a. ABU UBAIDAHA, Sheikh Omar; a.k.a. DIRIYE, Ahmed; a.k.a. UMAR, Sheikh Ahmed; a.k.a. "DIRIYE, Abu"; a.k.a. "UBAIDAH, Abu"; a.k.a. "UMAR, Ahmad"), Somalia; DOB 1972; POB Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DIRKS, Natalia Germanova (Cyrillic: ДИРКС, Наталья Германовна) (a.k.a. DIRKS, Natalya Germanovna), Russia; DOB 17 Sep 1961; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

DIRKS, Natalya Germanovna (a.k.a. DIRKS, Natalia Germanova (Cyrillic: ДИРКС, Наталья Германовна)), Russia; DOB 17 Sep 1961; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

DIRNAWI, Hamzah (a.k.a. AL-DARNAVI, Hamza; a.k.a. AL-DARNAWI, Abu-Hamzah; a.k.a. AL-DARNAWI, Hamza; a.k.a. AL-DARNAWI, Hamzah; a.k.a. AL-MASLI, 'Abd al-Hamid Muhammad 'Abd al-Hamid; a.k.a. AL-MASLI, 'Abd-al-Hamid; a.k.a. DARNAVI, Hamza; a.k.a. DARNAWI, Abdullah; a.k.a. DARNAWI, Hamza; a.k.a. DARNAWI, Hamzah; a.k.a. MASLI, Hamid; a.k.a. MUSALLI, 'Abd-al-Hamid), Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1976; POB Darnah, Libya; alt. POB Danar, Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DISDA (a.k.a. DISPOSITIVOS INDUSTRIALES DINAMICOS, S.A. DE C.V.), Gaseoducto No. 7, Parque Industrial Puebla 2000, Puebla, Puebla 72226, Mexico; RFC DID100927249 (Mexico) [SDNTK].

DISPERSORA GAEL, S.A. DE C.V., Poblado Genaro Estrada, Sinaloa, Sinaloa, Mexico; Business Registration Document # CUD: A201405281136157818 (Mexico); Folio Mercantil No. 172714 (Mexico) [SDNTK].

DISPOSITIVOS INDUSTRIALES DINAMICOS, S.A. DE C.V. (a.k.a. DISDA), Gaseoducto No. 7, Parque Industrial Puebla 2000, Puebla, Puebla 72226, Mexico; RFC DID100927249 (Mexico) [SDNTK].

DISTRIBUIDORA DE ELEMENTOS PARA LA CONSTRUCCION S.A. (a.k.a. D'ELCON S.A.), Carrera 23D No. 13B-59, Cali, Colombia; NIT # 800117780-2 (Colombia) [SDNT].

DISTRIBUIDORA DE HERMOSILLO GAXIOLA HERMANOS S.A. DE C.V. (a.k.a. MADYVA), Fco. Eusebio Kino 177-7, Col. 5 de Mayo, Hermosillo, Sonora 83010, Mexico; Blvd. Luis Encinas 581, Esquina Alberto Truqui, Colonia Pimentel, Hermosillo, Sonora, Mexico; Guadalajara, Jalisco, Mexico; R.F.C. DHG900717NV3 (Mexico) [SDNTK].

DISTRIBUIDORA DE MUEBLES GAXIOLA HERMANOS (a.k.a. INMOBILIARIA GAXIOLA; a.k.a. INMOBILIARIA GAXIOLA HERMANOS S.A. DE C.V.), Blvd. Francisco Eusebio km. 177-7, Col. 5 de Mayo, Hermosillo, Sonora 83010, Mexico; Blvd. L Encinas numero 581-A, Esquina Truqui, Colonia Pimentel, Hermosillo, Sonora, Mexico; Michoacan 404 Inter. 11, Colonia Cerrada Paraiso, Hermosillo, Sonora 83170, Mexico; Blvd. Jose Maria Morelos s/n y Ave 13 Col Colinas del Bachoco, Hermosilo, Sonora 83000, Mexico; Guadalajara, Jalisco, Mexico; R.F.C. IGH910522UM3 (Mexico); alt. R.F.C. DMG910522 (Mexico) [SDNTK].

DISTRIBUIDORA DE PRODUCTOS Y SERVICIOS VIAND, S.A. DE C.V. (a.k.a.

VIAND), Culiacan, Sinaloa, Mexico; Website https://viand.mx/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Feb 2021; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; R.F.C. DPS2102247RA (Mexico); Folio Mercantil No. N-2021013541 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: FAVELA LOPEZ, Victor Andres).

DISTRIBUIDORA E IMPORTADORA DE PRODUCTOS MEDICOS DEL NORTE, S.A. DE C.V., Monterrey, Nuevo Leon, Mexico; Nuevo Laredo, Tamaulipas, Mexico; Nueva Escoca No. 4310, Industrial Habitacional Abraham Lincoln, Monterrey, Nuevo Leon, Mexico; Calle Texcoco No. 119, Colonia Mitras Centro, Monterrey, Nuevo Leon 64460, Mexico; Av. Ruiz Cortinez, 1200 PTE, Monterrey, Nuevo Leon 64299, Mexico; Folio Mercantil No. 117592 (Mexico) issued 11 Nov 2009; SRE Permit No. 1909004 (Mexico) [SDNTK].

DISTRIBUIDORA GERMAY S.A. DE C.V., San Luis Rio Colorado, Sonora 83450, Mexico; Registration ID NBC80114835 (Mexico) [SDNTK].

DISTRIBUIDORA GRAN AUTO S.A. DE C.V., Hermosillo, Sonora, Mexico; R.F.C. DGA960531NUA (Mexico) [SDNTK].

DISTRIBUIDORA IMPERIAL (a.k.a. DIBC; a.k.a. DISTRIBUIDORA IMPERIAL DE BAJA CALIFORNIA, S.A. DE C.V.), Blvd. Agua Caliente 1381, Colonia Revolucion, Tijuana, Baja California, Mexico; Avenida Rio Nazas 10202, Tijuana, Baja California, Mexico; Heroes de Nacozari 3213 Colonia Maya, Culiacan, Sinaloa, Mexico; Lerdo de Tejada 1879 Sector Juarez, Guadalajara, Jalisco, Mexico; Ramon Morales No. 732 Colonia El Mirador, Guadalajara, Jalisco, Mexico; Rio Balsas 1579 Los Nogales, Ciudad Juarez, Chihuahua, Mexico; Luz Savinon 718-C Colonia del Valle, Mexico City, Distrito Federal, Mexico; P.O. Box 434440, San Ysidro, CA 92173, United States; R.F.C. DIB-771110-HQ1 (Mexico) [SDNTK].

DISTRIBUIDORA IMPERIAL DE BAJA CALIFORNIA, S.A. DE C.V. (a.k.a. DIBC; a.k.a. DISTRIBUIDORA IMPERIAL), Blvd. Agua Caliente 1381, Colonia Revolucion, Tijuana, Baja California, Mexico; Avenida Rio Nazas 10202, Tijuana, Baja California, Mexico; Heroes de Nacozari 3213 Colonia Maya, Culiacan, Sinaloa, Mexico; Lerdo de Tejada 1879 Sector Juarez, Guadalajara, Jalisco, Mexico; Ramon Morales No. 732 Colonia El Mirador, Guadalajara, Jalisco, Mexico; Rio Balsas 1579 Los Nogales, Ciudad Juarez, Chihuahua, Mexico; Luz Savinon 718-C Colonia del Valle, Mexico City, Distrito Federal, Mexico; P.O. Box 434440, San Ysidro, CA 92173, United States; R.F.C. DIB-771110-HQ1 (Mexico) [SDNTK].

DISTRIBUIDORA LIFE, S.A., Colon, Panama; RUC # 1205391-1-583093 (Panama) [SDNTK].

DISTRIBUIDORA MARBELLA, S.A., Panama; RUC # 11542-26-115837 (Panama) [SDNTK].

DISTRIBUIDORA MEDICA HOSPITALARIA, S.A. DE C.V., Colima No. 323 Int. 9, Col. Roma Norte, Cuauhtemoc, Mexico City, Distrito Federal 06700, Mexico; Tenozique Manzana 189 Lote 28, Col. Pedregal de San Nicolas 1a, Tlalpan, Mexico City, Distrito Federal 14100, Mexico; R.F.C. DMH930419ETA (Mexico); Folio Mercantil No. 175066 (Mexico) [SDNTK].

DISTRIBUIDORA NICARAGUENSE DE PETROLEO, S.A. (a.k.a. DNP PETRONIC; a.k.a. DNP-PETRONIC; a.k.a. NICARAGUAN PETROLEUM DISTRIBUTOR; a.k.a. "DNP"; a.k.a. "DNP S.A."), Ofiplaza El Retiro Edificio 8, Segundo Piso, Managua, Nicaragua; Rotonda El Gueguense 2, Managua, Nicaragua; Website http://www.dnppetronic.com.ni; Email Address dnp@dnp.com.ni; RUC # J0310000005010 (Nicaragua) [NICARAGUA].

DISTRIBUIDORA Y ELECTRICOS RINCON LTDA., Carrera 68 No. 175 - 55 Ca 1, Bogota, Colombia; NIT # 900132885-2 (Colombia) [SDNTK].

DISTRIBUTED LEDGER SYSTEMS LLC (a.k.a. LIMITED LIABILITY COMPANY DISTRIBUTED LEDGER TECHNOLOGY; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SISTEMY RASPREDELENNOGO REYESTRA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИСТЕМЫ РАСПРЕДЕЛЕННОГО РЕЕСТРА); a.k.a. "DISTRIBUTED REGISTRY SYSTEMS"; a.k.a. "MASTERCHAIN"), Ul. Kompozitorskaya D. 17, Et./Pom.7/I, Kom. 11-17, Moscow 121099, Russia; Website https://www.masterchain.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 May 2021; Tax ID No. 9704063885 (Russia) [RUSSIA-EO14024].

DISTRIECOR S.A.S. (f.k.a. GRUPO PATRON LTDA), Cra 106A, Nro. 94 15, Nuevo Apartado, Apartado 05045, Colombia; NIT # 8110469383 (Colombia) [SDNTK].

DITRIH, Evgenii Ivanovich (a.k.a. DITRIKH, Evgeni Ivanovich; a.k.a. DITRIKH, Yevgeniy Ivanovich (Cyrillic: ДИТРИХ, Евгений Иванович)), Moscow, Russia; DOB 08 Sep 1973; POB Mytishchi, Moscow Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772435431803 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

DITRIKH, Evgeni Ivanovich (a.k.a. DITRIH, Evgenii Ivanovich; a.k.a. DITRIKH, Yevgeniy Ivanovich (Cyrillic: ДИТРИХ, Евгений Иванович)), Moscow, Russia; DOB 08 Sep 1973; POB Mytishchi, Moscow Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772435431803 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

DITRIKH, Yevgeniy Ivanovich (Cyrillic: ДИТРИХ, Евгений Иванович) (a.k.a. DITRIH, Evgenii Ivanovich; a.k.a. DITRIKH, Evgeni Ivanovich), Moscow, Russia; DOB 08 Sep 1973; POB Mytishchi, Moscow Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772435431803 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

DIVE TECHNO SERVICES (a.k.a. DAIVTEKHNOSERVIS, OOO; a.k.a. DAYVTEKHNOSERVIS; a.k.a. DIVETECHNOSERVICES), d. 18 korp. 2 litera A, ul. Zheleznovodskaya, St. Petersburg 199155, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: FEDERAL SECURITY SERVICE).

DIVERSIONES LOS MOCHIS S.A. DE C.V., Nuevo Leon, Mexico; Organization Established Date 03 Jun 2009; Organization Type: Manufacture of industrial, electric and electronic machinery; Folio Mercantil No. 115186 (Mexico) [TCO] (Linked To: HYSA, Arben).

DIVETECHNOSERVICES (a.k.a. DAIVTEKHNOSERVIS, OOO; a.k.a. DAYVTEKHNOSERVIS; a.k.a. DIVE TECHNO SERVICES), d. 18 korp. 2 litera A, ul.

Zheleznovodskaya, St. Petersburg 199155, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: FEDERAL SECURITY SERVICE).

DIVISION 39 (a.k.a. BUREAU 39; a.k.a. CENTRAL COMMITTEE BUREAU 39; a.k.a. OFFICE #39; a.k.a. OFFICE 39; a.k.a. OFFICE NO. 39; a.k.a. "THIRD FLOOR"), Second KWP Government Building (Korean - Ch'o'ngsa), Chungso'ng, Urban Town (Korean - Dong), Chung Ward, Pyongyang, Korea, North; Chung-Guyok (Central District), Sosong Street, Kyongrim-Dong, Pyongyang, Korea, North; Changgwang Street, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

DIXON, Ian Thomas, Arabian Ranches 2, Street 2, Lila Community, Villa 80, Dubai, United Arab Emirates; DOB 17 Sep 1989; POB Dublin, Ireland; nationality Ireland; Gender Male; Passport PT5688467 (Ireland); alt. Passport PW7797470 (Ireland); Driver's License No. 177803 (United Arab Emirates); Identification Number 784198943250948 (United Arab Emirates); alt. Identification Number 161995173 (United Arab Emirates); alt. Identification Number 082093477 (United Arab Emirates); alt. Identification Number 683129 (United Arab Emirates) (individual) [TCO] (Linked To: KINAHAN, Daniel Joseph).

DIYAB, Adil 'Ali (a.k.a. DHIYAB, 'Adil 'Ali (Arabic: عادل على ذياب); a.k.a. DIAB, Adel; a.k.a. DIYAB, Hajj 'Adil), Lebanon; DOB 10 Dec 1960; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 32983326 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

DIYAB, Hajj 'Adil (a.k.a. DHIYAB, 'Adil 'Ali (Arabic: عادل على ذياب); a.k.a. DIAB, Adel; a.k.a. DIYAB, Adil 'Ali), Lebanon; DOB 10 Dec 1960; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 32983326 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

DIYANAT, Amir (a.k.a. ALMTHAJE, Ameer Abdulazeez Jaafar; a.k.a. AL-MUTAHAJI, Amir 'Abd-al-'Aziz Ja'far; a.k.a. AL-TAA'EI, Amir; a.k.a. DIANAT, Amir; a.k.a. DIANAT, Amir Abdolaziz; a.k.a. DIANET, Amir; a.k.a. JAFAR, Amir Abdulaziz; a.k.a. MUSHTAQ, Abu), Iran; Iraq; Oman; DOB 15 Mar 1967; alt. DOB 25 Dec 1970; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport W44473918 (Iran); alt. Passport A12688767 (Iraq); alt. Passport F35307926 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

DIZAIN PARTNER MIKROCHIP (a.k.a. DESIGN PARTNER MICROCHIP LLC; a.k.a. DP MICROCHIP LLC), Kosa Petrovskaya D. 1, K. 1 Lit. R, Chast Pomeshch. 7-N, Office 4012, Saint Petersburg 197198, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Feb 2020; Tax ID No. 7813643272 (Russia); Registration Number 1207800027038 (Russia) [RUSSIA-EO14024].

DJAMAAT HOUMAT ED DAAWA ES SALAFIYA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

DJAMAAT HOUMAT ED DAWA ESSALAFIA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

DJAMAATT HOUMAT ED DAAWA ES SALAFIYA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

DJAMEL, Akkacha (a.k.a. AKACHA, Jamel; a.k.a. EL HAMMAM, Yahia Abou; a.k.a. HAMMAM, Yahya Abu); DOB 1979; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DJEBELIBAK, Bahman (a.k.a. DJEBLELIBAK, Bahman; a.k.a. SHAH, Bobby), Vancouver, Canada; DOB 19 Jul 1982; nationality Canada; citizen Canada; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

DJEBLELIBAK, Bahman (a.k.a. DJEBELIBAK, Bahman; a.k.a. SHAH, Bobby), Vancouver, Canada; DOB 19 Jul 1982; nationality Canada; citizen Canada; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

DJECO GROUP HOLDING LTD, Phoenix Business Centre, the Penthouse, Old Railway Track, Santa Venera SVR9022, Malta; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Organization Established Date 25 Jun 2019; V.A.T. Number 26573325 (Malta); Registration Number C 92321 (Malta) [RUSSIA-EO14024] (Linked To: BERNOVA, Evgeniya Vladimirovna).

DJECO GROUP LP, 38 Thistle Street, International House, Edinburgh, Scotland EH2 1EN, United Kingdom; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2019; Company Number SL033858 (United Kingdom) [RUSSIA-EO14024] (Linked To: BERNOVA, Evgeniya Vladimirovna).

DJERMANE, Kamel (a.k.a. "ADEL"; a.k.a. "BILAL"; a.k.a. "FODHIL"); DOB 1965; POB Oum el Bouaghi, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DJIBO, Halid Illiassou (a.k.a. DJIBO, Ousmane Illiassou; a.k.a. KOUNOU, Ousmane Illasou; a.k.a. "CHAFFORI, Petit"; a.k.a. "CHAPORI, Aboubacar"; a.k.a. "CHAPORI, Petit"; a.k.a. "CHAPPORI, Petit"; a.k.a. "ILLIASSOU, Djibbo"; a.k.a. "TCHAPORI, Petit"), Menaka Region, Mali; I-n-Arabane, Mali; Tillaberi Region, Niger; DOB 1984; POB Niger; nationality Niger; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DJIBO, Ousmane Illiassou (a.k.a. DJIBO, Halid Illiassou; a.k.a. KOUNOU, Ousmane Illasou; a.k.a. "CHAFFORI, Petit"; a.k.a. "CHAPORI, Aboubacar"; a.k.a. "CHAPORI, Petit"; a.k.a. "CHAPPORI, Petit"; a.k.a. "ILLIASSOU, Djibbo"; a.k.a. "TCHAPORI, Petit"), Menaka Region, Mali; I-n-Arabane, Mali; Tillaberi Region, Niger; DOB 1984; POB Niger; nationality Niger; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DJORDA, Samojko; DOB 13 Jun 1959; POB Sarajevo, Bosnia-Herzegovina (individual) [BALKANS].

DJORDJEVIC, Vlastimir (a.k.a. DORDEVIC, Vlastimir); DOB 1948; POB Koznica, Vladicin Han municipality (individual) [BALKANS].

DJOTODIA, Michel (a.k.a. DJOTODIA, Michel Am-Nondroko), Benin; DOB 1949; POB Vakaga Region, Central African Republic; nationality Central African Republic (individual) [CAR].

DJOTODIA, Michel Am-Nondroko (a.k.a. DJOTODIA, Michel), Benin; DOB 1949; POB Vakaga Region, Central African Republic; nationality Central African Republic (individual) [CAR].

DJOUADI, Yahia (a.k.a. ABU AMAR, Yahia; a.k.a. "ABOU ALAM"; a.k.a. "ABU ALA"); DOB 01 Jan 1967; POB M'Hamid, Sidi Bel Abbas, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DJUMA, Abbas (a.k.a. DZHUMA, Abbas (Cyrillic: ДЖУМА, Аббас); a.k.a. DZHUMA, Abbas Mokhammadovich (Cyrillic: ДЖУМА, Аббас Мохаммадович)), Moscow, Russia; DOB 10 Jul 1993; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 724609161 (Russia) expires 23 May 2023 (individual) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

DM GOLD KIYMETLI MADENLER ANONIM SIRKETI, Molla Fenari Mah. Iskender, Bogazi SK. No: 3/322, Fatih, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Dec 2022; Chamber of Commerce Number 1422340 (Turkey); Registration Number 428703-5 (Turkey); Central Registration System Number 0302-1277-4740-0001 (Turkey) [NPWMD] [IFSR] (Linked To: GOK, Mahmut).

DMI TRADING INC., Av. Cuba y Calle 30 Edificio Policentro, Piso 4, Of. 3, Panama, Panama; RUC # 1794418-1-704269 (Panama); Folio Mercantil No. 704269 (Panama) [SDNTK].

DMITRIENKO, Aleksei Gennadievich (a.k.a. DMITRIENKO, Alexei), St. New Cheryomushki, 22-23 Bldg. 1B, KV. 319, Moscow, Russia; DOB 23 Aug 1972; POB Pallasovka, Volgograd Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4508151214 (Russia); alt. National ID No. 4597096596 (Russia); Tax ID No. 772731142209 (Russia) (individual) [RUSSIA-EO14024].

DMITRIENKO, Alexei (a.k.a. DMITRIENKO, Aleksei Gennadievich), St. New Cheryomushki, 22-23 Bldg. 1B, KV. 319, Moscow, Russia; DOB 23 Aug 1972; POB Pallasovka, Volgograd Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4508151214 (Russia); alt. National ID No. 4597096596 (Russia); Tax ID No. 772731142209 (Russia) (individual) [RUSSIA-EO14024].

DMITRIEV, Dmitriy Alekseyevich (Cyrillic: ДМИТРИЕВ, Дмитрий Алексеевич), 25 Iubileinaia St., Flat 45, Liubertsi, Moscow Regin, Russia; DOB 22 Jul 1980; POB Khanty-Mansiysky Autonomous Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 860902214900 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HARTIS DV).

DMITRIEV, Kirill Aleksandrovich (Cyrillic: ДМИТРИЕВ, Кирилл Александрович) (a.k.a. DMITRIYEV, Kirill), Moscow, Russia; DOB 12 Apr 1975; POB Kyiv, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773013083324 (Russia) (individual) [RUSSIA-EO14024].

DMITRIEVA, Oksana Genrikhovna (Cyrillic: ДМИТРИЕВА, Оксана Генриховна), Russia; DOB 03 Apr 1958; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DMITRIYEV, Kirill (a.k.a. DMITRIEV, Kirill Aleksandrovich (Cyrillic: ДМИТРИЕВ, Кирилл Александрович)), Moscow, Russia; DOB 12 Apr 1975; POB Kyiv, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773013083324 (Russia) (individual) [RUSSIA-EO14024].

DML (a.k.a. DIGITAL MEDIA LAB), No. 5, Golestan Alley, Ghasemi St., Sharif University of Technology, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

DMUHAILO, Elena (a.k.a. DMUKHAILO, Elena; a.k.a. DMUKHAILO, Yelena Nikolaevna (Cyrillic: ДМУХАЙЛО, Елена Николаевна); a.k.a. DMUKHAYLA, Alena (Cyrillic: ДМУХАЙЛА, Алена); a.k.a. DMUKHAYLA, Alena Mikalaeuna (Cyrillic: ДМУХАЙЛА, Алена Мікалаеўна)), Belarus; DOB 1971; nationality Belarus; Gender Female (individual) [BELARUS].

DMUKHAILO, Elena (a.k.a. DMUHAILO, Elena; a.k.a. DMUKHAILO, Yelena Nikolaevna (Cyrillic: ДМУХАЙЛО, Елена Николаевна); a.k.a. DMUKHAYLA, Alena (Cyrillic: ДМУХАЙЛА, Алена); a.k.a. DMUKHAYLA, Alena Mikalaeuna (Cyrillic: ДМУХАЙЛА, Алена

Мікалаеўна)), Belarus; DOB 1971; nationality Belarus; Gender Female (individual) [BELARUS].

DMUKHAILO, Yelena Nikolaevna (Cyrillic: ДМУХАЙЛО, Елена Николаевна) (a.k.a. DMUHAILO, Elena; a.k.a. DMUKHAILO, Elena; a.k.a. DMUKHAYLA, Alena (Cyrillic: ДМУХАЙЛА, Алена); a.k.a. DMUKHAYLA, Alena Mikalaeuna (Cyrillic: ДМУХАЙЛА, Алена Мікалаеўна)), Belarus; DOB 1971; nationality Belarus; Gender Female (individual) [BELARUS].

DMUKHAYLA, Alena (Cyrillic: ДМУХАЙЛА, Алена) (a.k.a. DMUHAILO, Elena; a.k.a. DMUKHAILO, Elena; a.k.a. DMUKHAILO, Yelena Nikolaevna (Cyrillic: ДМУХАЙЛО, Елена Николаевна); a.k.a. DMUKHAYLA, Alena Mikalaeuna (Cyrillic: ДМУХАЙЛА, Алена Мікалаеўна)), Belarus; DOB 1971; nationality Belarus; Gender Female (individual) [BELARUS].

DMUKHAYLA, Alena Mikalaeuna (Cyrillic: ДМУХАЙЛА, Алена Мікалаеўна) (a.k.a. DMUHAILO, Elena; a.k.a. DMUKHAILO, Elena; a.k.a. DMUKHAILO, Yelena Nikolaevna (Cyrillic: ДМУХАЙЛО, Елена Николаевна); a.k.a. DMUKHAYLA, Alena (Cyrillic: ДМУХАЙЛА, Алена)), Belarus; DOB 1971; nationality Belarus; Gender Female (individual) [BELARUS].

DNP PETRONIC (a.k.a. DISTRIBUIDORA NICARAGUENSE DE PETROLEO, S.A.; a.k.a. DNP-PETRONIC; a.k.a. NICARAGUAN PETROLEUM DISTRIBUTOR; a.k.a. "DNP"; a.k.a. "DNP S.A."), Ofiplaza El Retiro Edificio 8, Segundo Piso, Managua, Nicaragua; Rotonda El Gueguense 2, Managua, Nicaragua; Website http://www.dnppetronic.com.ni; Email Address dnp@dnp.com.ni; RUC # J0310000005010 (Nicaragua) [NICARAGUA].

DNP-PETRONIC (a.k.a. DISTRIBUIDORA NICARAGUENSE DE PETROLEO, S.A.; a.k.a. DNP PETRONIC; a.k.a. NICARAGUAN PETROLEUM DISTRIBUTOR; a.k.a. "DNP"; a.k.a. "DNP S.A."), Ofiplaza El Retiro Edificio 8, Segundo Piso, Managua, Nicaragua; Rotonda El Gueguense 2, Managua, Nicaragua; Website http://www.dnppetronic.com.ni; Email Address dnp@dnp.com.ni; RUC # J0310000005010 (Nicaragua) [NICARAGUA].

DO, Phi Khanh, Hanoi, Vietnam; DOB 04 Mar 1980; POB Hanoi, Vietnam; nationality Vietnam; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport B7083978 (Vietnam) issued 27 Aug 2012 expires 27 Aug 2022; National ID No. 111534690 (Vietnam) (individual) [NPWMD] (Linked To: KIM, Se Un).

DOBROV, Vadim Sergeevich, Russia; DOB 10 Jul 1963; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN).

DOCHERNEE AKTSIONERNOE OBSHCHESTVO OTKRYTOGO TIPA VOLGOGRADNEFTEMASH ROSSIISKOGO AKTSIONERNOGO OBSHCHESTVA GAZPROM (a.k.a. JSC VOLGOGRADNEFTEMASH; a.k.a. OAO VOLGOGRADNEFTEMASH; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VOLGOGRADNEFTEMASH (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ВОЛГОГРАДНЕФТЕМАШ)), 45 Ulitsa Elektrolesovskaya, Volgograd, Volgogradskaya Oblast 400011, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: STROYGAZMONTAZH).

DOCKRAT, Ahmed (a.k.a. DOCKRAT, Farhaad; a.k.a. DOCKRAT, Farhaad Ahmed; a.k.a. DOCKRAT, Farhad; a.k.a. DOCKRAT, Farhad Ahmad; a.k.a. DOCKRAT, Farhad Ahmed; a.k.a. DOCKRAT, Maulana Farhad; a.k.a. DOCRATE, Farhad; a.k.a. "DOCKRAT, F."), 386 Swanepoel Street, Erasmia, Pretoria, South Africa; DOB 28 Feb 1959; POB Pretoria, South Africa; nationality South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 446333407 (South Africa) expires 26 May 2014; National ID No. 5902285162089/055 (South Africa) (individual) [SDGT].

DOCKRAT, Farhaad (a.k.a. DOCKRAT, Ahmed; a.k.a. DOCKRAT, Farhaad Ahmed; a.k.a. DOCKRAT, Farhad; a.k.a. DOCKRAT, Farhad Ahmad; a.k.a. DOCKRAT, Farhad Ahmed; a.k.a. DOCKRAT, Maulana Farhad; a.k.a. DOCRATE, Farhad; a.k.a. "DOCKRAT, F."), 386 Swanepoel Street, Erasmia, Pretoria, South Africa; DOB 28 Feb 1959; POB Pretoria, South Africa; nationality South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 446333407 (South Africa) expires 26 May 2014; National ID No. 5902285162089/055 (South Africa) (individual) [SDGT].

DOCKRAT, Farhaad Ahmed (a.k.a. DOCKRAT, Ahmed; a.k.a. DOCKRAT, Farhaad; a.k.a. DOCKRAT, Farhad; a.k.a. DOCKRAT, Farhad Ahmad; a.k.a. DOCKRAT, Farhad Ahmed; a.k.a. DOCKRAT, Maulana Farhad; a.k.a. DOCRATE, Farhad; a.k.a. "DOCKRAT, F."), 386 Swanepoel Street, Erasmia, Pretoria, South Africa; DOB 28 Feb 1959; POB Pretoria, South Africa; nationality South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 446333407 (South Africa) expires 26 May 2014; National ID No. 5902285162089/055 (South Africa) (individual) [SDGT].

DOCKRAT, Farhad (a.k.a. DOCKRAT, Ahmed; a.k.a. DOCKRAT, Farhaad; a.k.a. DOCKRAT, Farhaad Ahmed; a.k.a. DOCKRAT, Farhad Ahmad; a.k.a. DOCKRAT, Farhad Ahmed; a.k.a. DOCKRAT, Maulana Farhad; a.k.a. DOCRATE, Farhad; a.k.a. "DOCKRAT, F."), 386 Swanepoel Street, Erasmia, Pretoria, South Africa; DOB 28 Feb 1959; POB Pretoria, South Africa; nationality South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 446333407 (South Africa) expires 26 May 2014; National ID No. 5902285162089/055 (South Africa) (individual) [SDGT].

DOCKRAT, Farhad Ahmad (a.k.a. DOCKRAT, Ahmed; a.k.a. DOCKRAT, Farhaad; a.k.a. DOCKRAT, Farhaad Ahmed; a.k.a. DOCKRAT, Farhad; a.k.a. DOCKRAT, Farhad Ahmed; a.k.a. DOCKRAT, Maulana Farhad; a.k.a. DOCRATE, Farhad; a.k.a. "DOCKRAT, F."), 386 Swanepoel Street, Erasmia, Pretoria, South Africa; DOB 28 Feb 1959; POB Pretoria, South Africa; nationality South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 446333407 (South Africa) expires 26 May 2014; National ID No. 5902285162089/055 (South Africa) (individual) [SDGT].

DOCKRAT, Farhad Ahmed (a.k.a. DOCKRAT, Ahmed; a.k.a. DOCKRAT, Farhaad; a.k.a. DOCKRAT, Farhaad Ahmed; a.k.a. DOCKRAT, Farhad; a.k.a. DOCKRAT, Farhad Ahmad; a.k.a. DOCKRAT, Maulana Farhad; a.k.a. DOCRATE, Farhad; a.k.a. "DOCKRAT, F."), 386 Swanepoel Street, Erasmia, Pretoria, South Africa; DOB 28 Feb 1959; POB Pretoria, South Africa; nationality South Africa; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 446333407 (South Africa) expires 26 May 2014; National ID No. 5902285162089/055 (South Africa) (individual) [SDGT].

DOCKRAT, Junaid (a.k.a. DOCKRAT, Junaid Ismail; a.k.a. DOCRATE, Junaid; a.k.a. "AHMED, DR."; a.k.a. "DOCKRAT, J. I."), Johannesburg, South Africa; 71 Fifth Avenue, Mayfair 2108, South Africa; P.O. Box 42928, Fordsburg 2033, South Africa; DOB 16 Mar 1971; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 7103165178083 (South Africa) (individual) [SDGT].

DOCKRAT, Junaid Ismail (a.k.a. DOCKRAT, Junaid; a.k.a. DOCRATE, Junaid; a.k.a. "AHMED, DR."; a.k.a. "DOCKRAT, J. I."), Johannesburg, South Africa; 71 Fifth Avenue, Mayfair 2108, South Africa; P.O. Box 42928, Fordsburg 2033, South Africa; DOB 16 Mar 1971; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 7103165178083 (South Africa) (individual) [SDGT].

DOCKRAT, Maulana Farhad (a.k.a. DOCKRAT, Ahmed; a.k.a. DOCKRAT, Farhaad; a.k.a. DOCKRAT, Farhaad Ahmed; a.k.a. DOCKRAT, Farhad; a.k.a. DOCKRAT, Farhad Ahmad; a.k.a. DOCKRAT, Farhad Ahmed; a.k.a. DOCRATE, Farhad; a.k.a. "DOCKRAT, F."), 386 Swanepoel Street, Erasmia, Pretoria, South Africa; DOB 28 Feb 1959; POB Pretoria, South Africa; nationality South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 446333407 (South Africa) expires 26 May 2014; National ID No. 5902285162089/055 (South Africa) (individual) [SDGT].

DOCRATE, Farhad (a.k.a. DOCKRAT, Ahmed; a.k.a. DOCKRAT, Farhaad; a.k.a. DOCKRAT, Farhaad Ahmed; a.k.a. DOCKRAT, Farhad; a.k.a. DOCKRAT, Farhad Ahmad; a.k.a. DOCKRAT, Farhad Ahmed; a.k.a. DOCKRAT, Maulana Farhad; a.k.a. "DOCKRAT, F."), 386 Swanepoel Street, Erasmia, Pretoria, South Africa; DOB 28 Feb 1959; POB Pretoria, South Africa; nationality South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 446333407 (South Africa) expires 26 May 2014; National ID No. 5902285162089/055 (South Africa) (individual) [SDGT].

DOCRATE, Junaid (a.k.a. DOCKRAT, Junaid; a.k.a. DOCKRAT, Junaid Ismail; a.k.a. "AHMED, DR."; a.k.a. "DOCKRAT, J. I."), Johannesburg, South Africa; 71 Fifth Avenue, Mayfair 2108, South Africa; P.O. Box 42928, Fordsburg 2033, South Africa; DOB 16 Mar 1971; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 7103165178083 (South Africa) (individual) [SDGT].

DODI, Rian Salim Sadeq (a.k.a. AL-KALDANI, Rayyan; a.k.a. AL-KILDANI, Rayan; a.k.a. KALDANI, Rayan), Palestine Street, DIST 505 ST 60 H 19, Baghdad, Iraq; DOB 03 Sep 1989; POB Baghdad, Iraq; nationality Iraq; Gender Male; National ID No. 00365298 (Iraq) (individual) [GLOMAG].

DODIN, Mussa (a.k.a. DOUDIN, Mousa; a.k.a. DUDIN, Musa; a.k.a. DUDIN, Musa Muhammad Salim (Arabic: موسى محمد سالم دودين)), Hebron, West Bank; DOB 12 Jun 1972; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 985416981 (Palestinian); alt. National ID No. 909517724 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

DOGAEV, Andrey (a.k.a. DOGAYEV, Andrey; a.k.a. DOGAYEV, Andrey Yuryevich (Cyrillic: ДОГАЕВ, Андрей Юрьевич)); DOB 19 Dec 1955; POB Russia; nationality Russia; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 72 9279533 (Russia) issued 27 Aug 2014 expires 27 Aug 2024 (individual) [IRAN-EO13902].

DOGAYEV, Akhmed Shamkhanovich (Cyrillic: ДОГАЕВ, Ахмед Шамханович), Russia; DOB 18 Aug 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DOGAYEV, Andrey (a.k.a. DOGAEV, Andrey; a.k.a. DOGAYEV, Andrey Yuryevich (Cyrillic: ДОГАЕВ, Андрей Юрьевич)); DOB 19 Dec 1955; POB Russia; nationality Russia; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 72 9279533 (Russia) issued 27 Aug 2014 expires 27 Aug 2024 (individual) [IRAN-EO13902].

DOGAYEV, Andrey Yuryevich (Cyrillic: ДОГАЕВ, Андрей Юрьевич) (a.k.a. DOGAEV, Andrey;

a.k.a. DOGAYEV, Andrey); DOB 19 Dec 1955; POB Russia; nationality Russia; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 72 9279533 (Russia) issued 27 Aug 2014 expires 27 Aug 2024 (individual) [IRAN-EO13902].

DOGG, Deso (a.k.a. AL-ALMANI, Abu Talha; a.k.a. CUSPERT, Denis; a.k.a. CUSPERT, Denis Mamadou; a.k.a. "AL ALMANI, Abu Talhah"; a.k.a. "AL-MUJAHEED, Abu Maleeq"; a.k.a. "MALEEQ, Abou"; a.k.a. "MALIK, Abu"; a.k.a. "MALIQ, Abu"; a.k.a. "MAMADOU, Abu"; a.k.a. "TALHA THE GERMAN, Abu"), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DOGMOCH (a.k.a. ALUMIX; a.k.a. DOMAL SAL; a.k.a. NATIONAL ALUMINUM DRAWING AND DRAWING COMPANY SAL; a.k.a. NATIONAL COMPANY FOR ALUMINUM EXTRUSION AND COLORING; a.k.a. "ALOMEX"), Calot Center, Sami El Solh Street, Badaro, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1010799 (Lebanon) [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

DOGUZHIEV, Alexey (a.k.a. KORINETS, Andrey Stanislavovich (Cyrillic: КОРИНЕЦ, Андрей Станиславович); a.k.a. WRIGHT, Ian Colin), Syktyvkar, Komi Republic, Russia; DOB 18 May 1987; POB Syktyvkar, Komi Republic, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 8707233962 (Russia) (individual) [CYBER2].

DOK NGEW KHAM CASINO CO. LTD. (a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F

Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

DOK NGEW KHAM CASINO CO. LTD. (a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

DOK NGIEO KHAM COMPANY (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

DOK NGIEO KHAM COMPANY (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a.

DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

DOK NGIU KHAM KING ROMAN CASINO (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

DOK NGIU KHAM KING ROMAN CASINO (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok,

Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

DOK NGIU KHAM KING ROMAN GROUP (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

DOK NGIU KHAM KING ROMAN GROUP (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

DOKNGIEWKHAM COMPANY (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a.

DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

DOKNGIEWKHAM COMPANY (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

DOKUCHAEV, Sergei Vladimirovich (a.k.a. DOKUCHAEV, Sergey Vladimirovich), Russia; DOB 19 Jul 1957; POB Kuybyshev, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772130881808 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PJSC VYSOCHAISHY).

DOKUCHAEV, Sergey Vladimirovich (a.k.a. DOKUCHAEV, Sergei Vladimirovich), Russia; DOB 19 Jul 1957; POB Kuybyshev, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772130881808 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PJSC VYSOCHAISHY).

DOLATABADI, Ehsan Mohaghegh (a.k.a. DOWLATABADI, Ehsan Mohaghegh), Isfahan, Iran; DOB 25 May 1987; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N57471789 (Iran) expires 04 Jul 2027; National ID No. 6609915393 (Iran) (individual) [SDGT] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

DOLATKHAN, Majid (a.k.a. DOWLATKHAN, Majid), Iran; Ankara, Turkey; DOB 21 Mar 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2559625385 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

DOLDAN GONZALEZ, Liz Paola (Latin: DOLDÁN GONZÁLEZ, Liz Paola) (a.k.a. DOLDAN GONZALEZ, Liz Paola Florinda (Latin: DOLDÁN GONZÁLEZ, Liz Paola Florinda)), Avenida Canadones Chaquenos Numero 23, Barrio Obrero, Ciudad Del Este, Paraguay; DOB 07 Sep 1986; POB Pdte. Stroessner, Paraguay; nationality Paraguay; Gender Female; Passport 3379699 (Paraguay); RUC # 3379699-8 (Paraguay) (individual) [GLOMAG].

DOLDAN GONZALEZ, Liz Paola Florinda (Latin: DOLDÁN GONZÁLEZ, Liz Paola Florinda) (a.k.a. DOLDAN GONZALEZ, Liz Paola (Latin: DOLDÁN GONZÁLEZ, Liz Paola)), Avenida Canadones Chaquenos Numero 23, Barrio Obrero, Ciudad Del Este, Paraguay; DOB 07 Sep 1986; POB Pdte. Stroessner, Paraguay; nationality Paraguay; Gender Female; Passport 3379699 (Paraguay); RUC # 3379699-8 (Paraguay) (individual) [GLOMAG].

DOLGOPOLOV, Andrei Nikolaevich (a.k.a. DOLGOPOLOV, Andrej Nikolaevich; a.k.a. DOLGOPOLOV, Andrey Nikolayevich (Cyrillic: ДОЛГОПОЛОВ, Андрей Николаевич); a.k.a. DOLHOPOLOV, Andriy Mikolaiovich (Cyrillic: ДОЛГОПОЛОВ, Андрій Миколайович); a.k.a. DOVHOPOLOV, Andrei), prosp. Pobedy 82, kv. 343, Simferopol, Crimea, Ukraine (Cyrillic: просп. Победы 82, кв. 343, Симферополь, Крым, Ukraine); DOB 15 Feb 1959; POB Kyrgyzstan; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

DOLGOPOLOV, Andrej Nikolaevich (a.k.a. DOLGOPOLOV, Andrei Nikolaevich; a.k.a. DOLGOPOLOV, Andrey Nikolayevich (Cyrillic: ДОЛГОПОЛОВ, Андрей Николаевич); a.k.a. DOLHOPOLOV, Andriy Mikolaiovich (Cyrillic: ДОЛГОПОЛОВ, Андрій Миколайович); a.k.a. DOVHOPOLOV, Andrei), prosp. Pobedy 82, kv. 343, Simferopol, Crimea, Ukraine (Cyrillic: просп. Победы 82, кв. 343, Симферополь, Крым, Ukraine); DOB 15 Feb 1959; POB Kyrgyzstan; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

DOLGOPOLOV, Andrey Nikolayevich (Cyrillic: ДОЛГОПОЛОВ, Андрей Николаевич) (a.k.a. DOLGOPOLOV, Andrei Nikolaevich; a.k.a. DOLGOPOLOV, Andrej Nikolaevich; a.k.a. DOLHOPOLOV, Andriy Mikolaiovich (Cyrillic: ДОЛГОПОЛОВ, Андрій Миколайович); a.k.a. DOVHOPOLOV, Andrei), prosp. Pobedy 82, kv. 343, Simferopol, Crimea, Ukraine (Cyrillic: просп. Победы 82, кв. 343, Симферополь, Крым, Ukraine); DOB 15 Feb 1959; POB Kyrgyzstan; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

DOLGOPRUDNENSKOYE NPP OAO (a.k.a. DOLGOPRUDNY; a.k.a. DOLGOPRUDNY RESEARCH PRODUCTION ENTERPRISE; a.k.a. OAO 'DOLGOPRUDNY RESEARCH PRODUCTION ENTERPRISE'; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO DOIGOPRUDNENSKOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE), 1 Pl. Sobina, Dolgoprudny, Moskovskaya obl. 141700, Russia; Proshchad Sobina 1, Dolgoprudny 141700, Russia; Email Address dnpp@orc.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1025001202544; Tax ID No. 5008000322; Government Gazette Number 07504318 [UKRAINE-EO13661].

DOLGOPRUDNY (a.k.a. DOLGOPRUDNENSKOYE NPP OAO; a.k.a. DOLGOPRUDNY RESEARCH PRODUCTION ENTERPRISE; a.k.a. OAO 'DOLGOPRUDNY RESEARCH PRODUCTION ENTERPRISE'; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO DOIGOPRUDNENSKOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE), 1 Pl. Sobina, Dolgoprudny, Moskovskaya obl. 141700, Russia; Proshchad Sobina 1, Dolgoprudny 141700, Russia; Email

Address dnpp@orc.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1025001202544; Tax ID No. 5008000322; Government Gazette Number 07504318 [UKRAINE-EO13661].

DOLGOPRUDNY RESEARCH PRODUCTION ENTERPRISE (a.k.a. DOLGOPRUDNENSKOYE NPP OAO; a.k.a. DOLGOPRUDNY; a.k.a. OAO 'DOLGOPRUDNY RESEARCH PRODUCTION ENTERPRISE'; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO DOIGOPRUDNENSKOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE), 1 Pl. Sobina, Dolgoprudny, Moskovskaya obl. 141700, Russia; Proshchad Sobina 1, Dolgoprudny 141700, Russia; Email Address dnpp@orc.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1025001202544; Tax ID No. 5008000322; Government Gazette Number 07504318 [UKRAINE-EO13661].

DOLGOV, Konstantin Konstantinovich (Cyrillic: ДОЛГОВ, Константин Константинович), Russia; DOB 12 Aug 1968; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DOLGOVOI TSENTR, OOO (Cyrillic: ООО ДОЛГОВОЙ ЦЕНТР) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU DOLGOVOI TSENTR), Pl. Turgenevskaya D. 2, Pomeshch. XV, Kom. 6, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Apr 2006; Organization Type: Other business support service activities n.e.c.; Tax ID No. 7708597482 (Russia); Registration Number 1067746524471 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

DOLHOPOLOV, Andriy Mikolaiovich (Cyrillic: ДОЛГОПОЛОВ, Андрій Миколайович) (a.k.a. DOLGOPOLOV, Andrei Nikolaevich; a.k.a. DOLGOPOLOV, Andrej Nikolaevich; a.k.a. DOLGOPOLOV, Andrey Nikolayevich (Cyrillic: ДОЛГОПОЛОВ, Андрей Николаевич); a.k.a. DOVHOPOLOV, Andrei), prosp. Pobedy 82, kv. 343, Simferopol, Crimea, Ukraine (Cyrillic: просп. Победы 82, кв. 343, Симферополь, Крым, Ukraine); DOB 15 Feb 1959; POB

Kyrgyzstan; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

DOLL EXPORT LTDA., Carrera 69C No. 9D-85 Int. 3 apto. 308, Bogota, Colombia; Sartrouville 78500, France; NIT # 800212502-8 (Colombia) [SDNTK].

DOLLY BELL DOO BEOGRAD-NOVI BEOGRAD (a.k.a. "DOLLY BELL"), Partizanske Avijacije 4/III, Belgrade 11000, Serbia; Organization Established Date 12 May 2015; V.A.T. Number 108981819 (Serbia) [GLOMAG] (Linked To: INKOP DOO CUPRIJA).

DOLPHIN TRADING COMPANY LIMITED, Bob Taylor Road, Paynesville, Monrovia, Liberia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: QANSU, Ali Muhammad).

DOLUDA, Nikolay Aleksandrovich (Cyrillic: ДОЛУДА, Николай Александрович), Russia; DOB 10 Jun 1952; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DOMAL SAL (a.k.a. ALUMIX; f.k.a. DOGMOCH; a.k.a. NATIONAL ALUMINUM DRAWING AND DRAWING COMPANY SAL; a.k.a. NATIONAL COMPANY FOR ALUMINUM EXTRUSION AND COLORING; a.k.a. "ALOMEX"), Calot Center, Sami El Solh Street, Badaro, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1010799 (Lebanon) [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

DOMINGUEZ ALVAREZ, Fidel De Jesus, Altos E San Isidro A15, Managua, Nicaragua; DOB 21 Mar 1963; POB Rivas, Nicaragua; nationality Nicaragua; Gender Male (individual) [NICARAGUA].

DOMINGUEZ HERNANDEZ, Julio Cesar, Mexico; DOB 29 Dec 1990; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. DOHJ901229HSLMRL03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

DOMINGUEZ RAMIREZ, Jose Miguel (a.k.a. DOMINGUEZ, Miguel), Caracas, Venezuela; DOB 17 Oct 1979; Gender Male; Cedula No. 14444352 (Venezuela) (individual) [VENEZUELA].

DOMINGUEZ, Miguel (a.k.a. DOMINGUEZ RAMIREZ, Jose Miguel), Caracas, Venezuela; DOB 17 Oct 1979; Gender Male; Cedula No. 14444352 (Venezuela) (individual) [VENEZUELA].

DOMINION NIKOLSKI LLC (Cyrillic: ООО ДОМИНИОН НИКОЛЬСКИЙ), d. 12 str. 1 etazh 2 Ch. pom. I, ul.Tverskaya, Moscow 125375, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2016; Tax ID No. 9710013667 (Russia); Government Gazette Number 03256786 (Russia); Registration Number 1167746600174 (Russia) [RUSSIA-EO14024] (Linked To: POPOVIC, Nenad).

DOMINION TVERSKAYA YAROSLAVSKAYA LLC (Cyrillic: ООО ДОМИНИОН ТВЕРСКАЯ ЯРОСЛАВСКАЯ), d. 12 str. 1 etazh 2 Ch. pom. I, ul.Tverskaya, Moscow 125375, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2016; Tax ID No. 9710013970 (Russia); Government Gazette Number 03343090 (Russia); Registration Number 1167746621448 (Russia) [RUSSIA-EO14024] (Linked To: POPOVIC, Nenad).

DOMINO GAMES OOD, 2E Prof. Petar Dzhidrov Str., R-N Studentski Distr, Sofia, Bulgaria; Organization Established Date 2014; V.A.T. Number BG 202884681 (Bulgaria) [GLOMAG] (Linked To: DECART OOD).

DONASHELL (a.k.a. DONNA SHELL; a.k.a. N.P.T.T. DONA-SHELL), Pec, Kosovo; Company Number 80386621 (Kosovo) [SDNTK].

DONATA COMPANY D.O.O., Totosi B.B., Ulcinj, Montenegro; Company Number 50461890 [SDNTK].

DONBASS PEOPLE'S MILITIA (a.k.a. PEOPLE'S MILITIA OF DONBASS), Prospect Zasyadko.13, Donetsk, Ukraine; Email Address voenkom.dnr@mail.ru; alt. Email Address mobilisation@novorossia.co; alt. Email Address novoross24@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

DONCOALTRADE SP Z O O, Ul. Barbary 21, Katowice, woj. Slaskie, pow. M. Katowice 40-053, Poland; Secondary sanctions risk: Ukraine-

/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 0000421465 (Poland) [UKRAINE-EO13660] (Linked To: MELNYCHUK, Oleksandr).

DONETSK PEOPLE'S REPUBLIC (Cyrillic: ДОНЕЦЬКА НАРОДНА РЕСПУБЛІКА) (a.k.a. DONETSKAYA NARODNAYA RESPUBLIKA (Cyrillic: ДОНЕЦКАЯ НАРОДНАЯ РЕСПУБЛИКА)), Donetsk Region, Ukraine; Website dnronline.su; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Unrecognized Government Entity [UKRAINE-EO13660] [RUSSIA-EO14065].

DONETSKAYA NARODNAYA RESPUBLIKA (Cyrillic: ДОНЕЦКАЯ НАРОДНАЯ РЕСПУБЛИКА) (a.k.a. DONETSK PEOPLE'S REPUBLIC (Cyrillic: ДОНЕЦЬКА НАРОДНА РЕСПУБЛІКА)), Donetsk Region, Ukraine; Website dnronline.su; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Unrecognized Government Entity [UKRAINE-EO13660] [RUSSIA-EO14065].

DONG NGIEW KHAM GROUP (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

DONG NGIEW KHAM GROUP (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

DONG, Jingwei (Chinese Traditional: 董經緯; Chinese Simplified: 董经纬), Hong Kong, China; DOB Nov 1963; nationality China; citizen China; Gender Male (individual) [HK-EO13936].

DONG, Lecheng (Chinese Simplified: 董勒成) (a.k.a. HENG, Tong), Kouk Chambak, Chom Chao, Por Sen Chey, Phnom Penh, Cambodia; DOB 15 Dec 1968; POB Yunnan Province, China; nationality Cambodia; Gender Male; Passport N1922404 (Cambodia) expires 30 Jun 2031; alt. Passport E56812460 (China) expires 30 Jun 2025 (individual) [CYBER4].

DONG, Wenbo, China; DOB 23 May 1992; POB Guangxi, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport E02849013 (China) issued 23 Aug 2012 expires 22 Aug 2022 (individual) [NPWMD] (Linked To: GUILIN ALPHA RUBBER & PLASTICS TECHNOLOGY CO., LTD).

DONGBANG BANK (a.k.a. BANK OF EAST LAND; a.k.a. TONGBANG BANK; a.k.a. TONGBANG U'NHAENG), PO Box 32, BEL Building, Jonseung-Dong, Moranbong District, Pyongyang, Korea, North; SWIFT/BIC BOELKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

DONGGUAN BINONG AVIATION PAISHE TECHNOLOGY CO LTD (a.k.a. DONGGUAN BINONG TECHNOLOGY CO LTD (Chinese Simplified: 东莞碧浓科技有限公司); a.k.a. KINGMAX HOBBY CO LIMITED; a.k.a. "KINGMAX HOBBY"), Zone 39, Weijian First Rd., Chashan Town, Dongguan 523000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 914419005517077668 (China) [RUSSIA-EO14024].

DONGGUAN BINONG TECHNOLOGY CO LTD (Chinese Simplified: 东莞碧浓科技有限公司) (a.k.a. DONGGUAN BINONG AVIATION PAISHE TECHNOLOGY CO LTD; a.k.a. KINGMAX HOBBY CO LIMITED; a.k.a. "KINGMAX HOBBY"), Zone 39, Weijian First Rd., Chashan Town, Dongguan 523000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 914419005517077668 (China) [RUSSIA-EO14024].

DONGGUAN CITY BIGA GRATING MACHINERY CO LTD (Chinese Simplified: 东莞市必嘉光栅机械有限公司), Room 221, Building 2, No. 18, Baoshi Road, Shigu, Nancheng Street, Dongguan, Guangdong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91441900553622870H (China) [RUSSIA-EO14024].

DONGGUAN JETLAND SUPPLIER CHAIN MANAGEMENT COMPANY LIMITED (Chinese Simplified: 东莞市捷朗供应链管理有限公司), Room 1206, Unit 3, The Third-section Yuegang Garden, Shatai 2nd Road, Mintian Village, Shatian Town, Dongguan 523000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91441900055307886M (China) [RUSSIA-EO14024].

DONGGUAN SHENGYIN CNC EQUIPMENT CO LTD (Chinese Simplified: 东莞圣寅数控设备有限公司) (a.k.a. DONGGUAN SHENGYIN NUMERICAL CONTROL EQUIPMENT CO LTD), Room 211, Unit 3, Building 3, No. 398, Kechuang Road, Dongguan 523000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91441900MAC3MKFJ78 (China) [RUSSIA-EO14024].

DONGGUAN SHENGYIN NUMERICAL CONTROL EQUIPMENT CO LTD (a.k.a. DONGGUAN SHENGYIN CNC EQUIPMENT CO LTD (Chinese Simplified: 东莞圣寅数控设备有限公司)), Room 211, Unit 3, Building 3, No. 398, Kechuang Road, Dongguan 523000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91441900MAC3MKFJ78 (China) [RUSSIA-EO14024].

DONGGUAN YUZE MACHINING TOOLS COMPANY LIMITED (a.k.a. "HONGKONG YOUCI LIMITED"; a.k.a. "YUZE MACHINING

TOOLS"; a.k.a. "YUZE YUDING MACHINERY"; a.k.a. "YUZE YUDING MACHINING TOOLS CO., LTD."; a.k.a. "YUZETOOLS"), Room 6, Building H, Changan Commercial Center, Changan Town, Donguan, Guangdong, China; Website www.yuzemachinery.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Jun 2017; Unified Social Credit Code (USCC) 91441900MA4WN7NF7W (China) [SDGT] (Linked To: ANSARALLAH).

DONGGUAN ZANYIN MACHINERY AND EQUIPMENT CO LTD (a.k.a. DONGGUAN ZANYIN MACHINERY EQUIPMENT CO LTD (Chinese Simplified: 东莞市赞引机械设备有限公司)), Floor 1, No. 5 Yiheng Road, Bulong Industrial Zone, Yantian Village, Fenggang Town, Dongguan, Guangdong 523000, China (Chinese Simplified: 布垅工业区一横路5号一楼, 凤岗镇雁田村, 东莞市, 广东省 523000, China); Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 08 Dec 2014; Registration Number 441900002272822 (China); Unified Social Credit Code (USCC) 91441900324741681E (China) [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

DONGGUAN ZANYIN MACHINERY EQUIPMENT CO LTD (Chinese Simplified: 东莞市赞引机械设备有限公司) (a.k.a. DONGGUAN ZANYIN MACHINERY AND EQUIPMENT CO LTD), Floor 1, No. 5 Yiheng Road, Bulong Industrial Zone, Yantian Village, Fenggang Town, Dongguan, Guangdong 523000, China (Chinese Simplified: 布垅工业区一横路5号一楼, 凤岗镇雁田村, 东莞市, 广东省 523000, China); Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 08 Dec 2014; Registration Number 441900002272822 (China); Unified Social Credit Code (USCC) 91441900324741681E (China) [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

DONGHAI INTERNATIONAL SHIP (a.k.a. DONGHAI INTERNATIONAL SHIP MANAGEMENT LIMITED; a.k.a. DONGHAI INTERNATIONAL SHIP MANAGEMENT LTD), Bao Li Hai Tang Garden, 701, Jiangnan Dadaozhong, Haizhu Qu, Guangzhou, Guangdong 510280, China; Rm 1007, 10/F, MNB2807 Ho King Ctr, 2-16 Fa Yuen St, Mongkok, Kowloon, Hong Kong, China; C.R.

No. 1772773 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

DONGHAI INTERNATIONAL SHIP MANAGEMENT LIMITED (a.k.a. DONGHAI INTERNATIONAL SHIP; a.k.a. DONGHAI INTERNATIONAL SHIP MANAGEMENT LTD), Bao Li Hai Tang Garden, 701, Jiangnan Dadaozhong, Haizhu Qu, Guangzhou, Guangdong 510280, China; Rm 1007, 10/F, MNB2807 Ho King Ctr, 2-16 Fa Yuen St, Mongkok, Kowloon, Hong Kong, China; C.R. No. 1772773 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

DONGHAI INTERNATIONAL SHIP MANAGEMENT LTD (a.k.a. DONGHAI INTERNATIONAL SHIP; a.k.a. DONGHAI INTERNATIONAL SHIP MANAGEMENT LIMITED), Bao Li Hai Tang Garden, 701, Jiangnan Dadaozhong, Haizhu Qu, Guangzhou, Guangdong 510280, China; Rm 1007, 10/F, MNB2807 Ho King Ctr, 2-16 Fa Yuen St, Mongkok, Kowloon, Hong Kong, China; C.R. No. 1772773 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

DONGJIN, Lee (a.k.a. LEE, Dongjin; a.k.a. "LEE, DJ"), Korea, South; DOB 10 Jul 1962; POB Busan, South Korea; nationality Korea, South; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport M72673454 (Korea, South); alt. Passport M10069085 (Korea, South) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY AK MICROTECH).

DONGMEI GROUP (a.k.a. DONGMEI INVESTMENT GROUP CO., LIMITED (Chinese Traditional: 東美投資集團有限公司)), Hong Kong, China; C.R. No. 2920383 (Hong Kong) [GLOMAG] (Linked To: KOI, Wan Kuok).

DONGMEI INVESTMENT GROUP CO., LIMITED (Chinese Traditional: 東美投資集團有限公司) (a.k.a. DONGMEI GROUP), Hong Kong, China; C.R. No. 2920383 (Hong Kong) [GLOMAG] (Linked To: KOI, Wan Kuok).

DONGYING WEIAIEN CHEMICAL CO LTD, Shandong 257300, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Oct 2014; Registration Number 370523200027679 (China); Unified Social Credit Code (USCC) 913705233129553678 (China) [NPWMD] [IFSR] (Linked To: SAMAN TEJARAT BARMAN TRADING COMPANY).

DONKO, Dejan, Na Brezno 42, Brezovica pri Ljubljani, 1351, Slovenia; DOB 01 Aug 1974; POB Murska Sobota, Slovenia; nationality Slovenia; Passport P00095070 (Slovenia); Registration ID 0108974500707 (Slovenia) (individual) [SDNTK] (Linked To: PANACEA INTERNATIONAL LTD.).

DONNA SHELL (a.k.a. DONASHELL; a.k.a. N.P.T.T. DONA-SHELL), Pec, Kosovo; Company Number 80386621 (Kosovo) [SDNTK].

DOO BABUDOVAC BRNJAK (a.k.a. DOO BABUDOVAC PREDUZECE ZA PROIZVODNJU, TRGOVINU I USLUGE, BRNJAK), Brnjak Bb, Srpska Crnja, Serbia; Organization Established Date 22 Dec 2005; V.A.T. Number 104219987 (Serbia) [GLOMAG] (Linked To: RADISAVLJEVIC, Miljojko).

DOO BABUDOVAC PREDUZECE ZA PROIZVODNJU, TRGOVINU I USLUGE, BRNJAK (a.k.a. DOO BABUDOVAC BRNJAK), Brnjak Bb, Srpska Crnja, Serbia; Organization Established Date 22 Dec 2005; V.A.T. Number 104219987 (Serbia) [GLOMAG] (Linked To: RADISAVLJEVIC, Miljojko).

DOO MM KOM INTER BLUE DONJI JASENOVIK (a.k.a. PREDUZECE ZA PROIZVODNJU PROMET TRGOVINU I USLUGE MM KOM INTER BLUE DOO DONJI JASENOVIK), Donji Jasenovik 38228, Serbia; Organization Established Date 08 Mar 2013; Organization Type: Wholesale of other machinery and equipment; V.A.T. Number 107969124 (Serbia) [GLOMAG] (Linked To: RADISAVLJEVIC, Miljan).

DOO RAD 028 ZVECAN (a.k.a. DRUSTVO SA OGRANICENOM ODGOVORNOSCU RAD 028 ZVECAN), Prote Stojana 4/2, Zvecan, Serbia; Organization Established Date 20 Jan 2014; Organization Type: Construction of other civil engineering projects; V.A.T. Number 108374390 (Serbia) [GLOMAG] (Linked To: STEVIC, Radule).

DOOSTAN INTERNATIONAL COMPANY, 16 (former 14) Fajr Street, Ostad Motahari Avenue, Tehran 15875-4649, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

DORA E MIRESISE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a.

IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

DORA PASTEURIZA DE LECHE SANTA MONICA (f.k.a. INDUSTRIAS DE GANADEROS S.A. DE C.V.; a.k.a. LECHERIA SANTA MONICA; a.k.a. NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V.; a.k.a. SANTA MONICA DAIRY), Calle/Boulevard Doctor Mora 1230, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; Carretera Los Mochis Topolobampo, KM. 5.2, Los Mochis, Sinaloa, Mexico; Avenida Francisco Villa Norte 135, Colonia Ninos Heroes, Salvador Alvarado, Sinaloa 81400, Mexico; Carretera La Cruz KM 15 S/N, Colonia Arroyitos, La Cruz, Sinaloa 82700, Mexico; Chamizal S/N, La Cruz, Sinaloa 82700, Mexico; Carretera Internacional al Norte KM 1.5, 1207, Colonia Ejido Venadillo, Mazatlan, Sinaloa 82129, Mexico; Plaza Azul S/N, Colonia Las Brisas, Tecuala, Nayarit, Mexico; Calle Prolongacion Morelos y Matamoros S/N, Colonia Benito Juarez, Escuinapa, Sinaloa 82400, Mexico; Matamoros 5, Escuinapa, Sinaloa 82478, Mexico; Carretera Internacional 1845, Bodega 8 y 10, Colonia Zona Industrial 2, Ciudad Obregon, Sonora 85065, Mexico; Calle Sauces 384, Colonia Del Bosque, Guasave, Sinaloa 81020, Mexico; Calle Federalismo 2000, Colonia Recursos Hidraulicos, Culiacan, Sinaloa 80060, Mexico; Carretera Augstin Olachea Local 30, Colonia Pericues, La Paz, Baja California Sur 23090, Mexico; Avenida Vallarta 2141, Colonia Centro, Culiacan, Sinaloa 80060, Mexico; Carretera A Navolato, Colonia Bachigualato, Culiacan, Sinaloa 80060, Mexico; Calle Tomate 10 Bodega 34Y5, Colonia

Mercado Abastos, Culiacan, Sinaloa 83170, Mexico; Carretera A Topolobampo 5, Colonia Ninos Heroes, Ahome, Sinaloa 81290, Mexico; Avenida Xicotencalth # 1795, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; Calle Central Local A10, Colonia Mercado Abastos, Cajeme, Sonora 85000, Mexico; Calle Jose Diego Abad 2923, Colonia Bachigualato, Culiacan, Sinaloa 80140, Mexico; R.F.C. NIG-8802029-Y7 (Mexico) [SDNTK].

DORDA, Abouzid Omar (a.k.a. ABUZED OE, Dorda; a.k.a. DORDA, Abu Zaid; a.k.a. DORDA, Abu Zayd Umar; a.k.a. DORDA, Bu Zaid; a.k.a. DOURDA, Abu Zaid Omar; a.k.a. DURDA, Abu Zeid Omar), Libya; Egypt; DOB 04 Apr 1944; Gender Male; Passport FK117RK0 (Libya) issued 25 Nov 2018 expires 24 Nov 2026; alt. Passport FK117RKO (Libya) issued 25 Nov 2018 expires 24 Nov 2026; Director of the External Security Organization (individual) [LIBYA2].

DORDA, Abu Zaid (a.k.a. ABUZED OE, Dorda; a.k.a. DORDA, Abouzid Omar; a.k.a. DORDA, Abu Zayd Umar; a.k.a. DORDA, Bu Zaid; a.k.a. DOURDA, Abu Zaid Omar; a.k.a. DURDA, Abu Zeid Omar), Libya; Egypt; DOB 04 Apr 1944; Gender Male; Passport FK117RK0 (Libya) issued 25 Nov 2018 expires 24 Nov 2026; alt. Passport FK117RKO (Libya) issued 25 Nov 2018 expires 24 Nov 2026; Director of the External Security Organization (individual) [LIBYA2].

DORDA, Abu Zayd Umar (a.k.a. ABUZED OE, Dorda; a.k.a. DORDA, Abouzid Omar; a.k.a. DORDA, Abu Zaid; a.k.a. DORDA, Bu Zaid; a.k.a. DOURDA, Abu Zaid Omar; a.k.a. DURDA, Abu Zeid Omar), Libya; Egypt; DOB 04 Apr 1944; Gender Male; Passport FK117RK0 (Libya) issued 25 Nov 2018 expires 24 Nov 2026; alt. Passport FK117RKO (Libya) issued 25 Nov 2018 expires 24 Nov 2026; Director of the External Security Organization (individual) [LIBYA2].

DORDA, Bu Zaid (a.k.a. ABUZED OE, Dorda; a.k.a. DORDA, Abouzid Omar; a.k.a. DORDA, Abu Zaid; a.k.a. DORDA, Abu Zayd Umar; a.k.a. DOURDA, Abu Zaid Omar; a.k.a. DURDA, Abu Zeid Omar), Libya; Egypt; DOB 04 Apr 1944; Gender Male; Passport FK117RK0 (Libya) issued 25 Nov 2018 expires 24 Nov 2026; alt. Passport FK117RKO (Libya) issued 25 Nov 2018 expires 24 Nov 2026; Director of the External Security Organization (individual) [LIBYA2].

DORDEVIC, Vlastimir (a.k.a. DJORDJEVIC, Vlastimir); DOB 1948; POB Koznica, Vladicin Han municipality (individual) [BALKANS].

DORIA CASTILLO, Danit Dario, c/o INVERSIONES MINERAS H.D. EMPRESA UNIPERSONAL, Caucasia, Antioquia, Colombia; DOB 12 Jan 1971; alt. DOB 01 Dec 1971; Cedula No. 8048598 (Colombia) (individual) [SDNTK].

DOROKHOVA, Nina Viktorovna, Russia; DOB 20 Nov 1965; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: INFOROS, OOO).

DOROSHENKO, Andrey Nikolayevich (Cyrillic: ДОРОШЕНКО, Андрей Николаевич), Russia; DOB 10 Mar 1977; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DOROSHENKO, Olga (a.k.a. DARASHENKA, Olga Leanidauna; a.k.a. DARASHENKA, Volga Leanidauna (Cyrillic: ДАРАШЭНКА, Вольга Леанідаўна); a.k.a. DARASHENKA, Volha Leanidauna; a.k.a. DARASHENKA, Volha Lieanidawna; a.k.a. DOROSHENKO, Olga Leonidovna (Cyrillic: ДОРОШЕНКО, Ольга Леонидовна)), Mogilev Oblast, Belarus; DOB 1976; nationality Belarus; Gender Female (individual) [BELARUS].

DOROSHENKO, Olga Leonidovna (Cyrillic: ДОРОШЕНКО, Ольга Леонидовна) (a.k.a. DARASHENKA, Olga Leanidauna; a.k.a. DARASHENKA, Volga Leanidauna (Cyrillic: ДАРАШЭНКА, Вольга Леанідаўна); a.k.a. DARASHENKA, Volha Leanidauna; a.k.a. DARASHENKA, Volha Lieanidawna; a.k.a. DOROSHENKO, Olga), Mogilev Oblast, Belarus; DOB 1976; nationality Belarus; Gender Female (individual) [BELARUS].

DOS OCEANOS COMBUSTIBLES Y CARBURANTES, S.A. DE C.V., Veracruz, Veracruz, Mexico; Organization Established Date 23 Jun 2020; Organization Type: Retail sale of automotive fuel in specialized stores; Folio Mercantil No. N-2021006218 (Mexico) [ILLICIT-DRUGS-EO14059].

DOS OCEANOS PASO DEL TORO, S.A. DE C.V., Medellin del Bravo, Veracruz, Mexico; Organization Established Date 20 Sep 2003; Organization Type: Retail sale of automotive fuel in specialized stores; Folio Mercantil No. 62 (Mexico) [ILLICIT-DRUGS-EO14059].

DOSEN, Damir; DOB 07 Apr 1967; POB Cirkin Polje, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

DOTIS ARIAN QESHM SOFTWARE COMPANY (a.k.a. NARM AFZARI DATIS ARIAN QESHM; a.k.a. QESHM ARIAN DATIS SOFTWARE COMPANY (Arabic: شرکت نرم افزاری دوتیس آریان (قشم)), No. 33 East Nahid Street, Nelson Mandela Street (Africa), Tehran 1915718181, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14000256403 (Iran); Registration Number 3328 (Iran) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

DOUBLE HARMONY MARINE CORPORATION, Suite 10, 3rd Floor, La Ciotat Mont Fleuri, Mahe, Seychelles; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6399148 [UKRAINE-EO13662] [RUSSIA-EO14024].

DOUBLE HEADED EAGLE SOCIETY (f.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION SOCIETY FOR THE DEVELOPMENT OF RUSSIAN HISTORICAL EDUCATION DOUBLE-HEADED EAGLE (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ОБЩЕСТВО РАЗВИТИЯ РУССКОГО ИСТОРИЧЕСКОГО ПРОСВЕЩЕНИЯ ДВУГЛАВЫЙ ОРЕЛ); a.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION SOCIETY FOR THE PROMOTION OF RUSSIAN HISTORICAL DEVELOPMENT TSARGRAD (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ОБЩЕСТВО СОДЕЙСТВИЯ РУССКОМУ ИСТОРИЧЕСКОМУ РАЗВИТИЮ ЦАРЬГРАД); a.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION TSARGRAD (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ЦАРЬГРАД); f.k.a. SOCIETY OF THE DOUBLE-HEADED EAGLE FOR THE PROPAGATION OF RUSSIAN HISTORICAL ENLIGHTENMENT; a.k.a. TSARGRAD SOCIETY (Cyrillic: ОБЩЕСТВО ЦАРЬГРАД)), 1s3 Partynniy pereulok, Moscow 115093, Russia; kom. 51, pomeshch. 1, d. 1, k. 57, str. 3, Per Partynniy, Intra-Urban Area Danilovskiy, Moscow 115093, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Organization Established Date 01 Nov 2015; Tax ID No. 7743141413 (Russia); Registration Number 1167700052618 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Konstantin).

DOUDEFAM INDUSTRIES SADAF COMPANY (a.k.a. DUDEH FAM INDUSTRIAL; a.k.a. FAM INDUSTRIEL SOOT CO.; a.k.a. SANATI DOODEH FAAM COMPANY; a.k.a. SANATI DOODEH FAM CO. (Arabic: شرکت صنعتی دوده فام); a.k.a. SHERKATE DOODEH FAAM-E SADAF; a.k.a. "SADAF"; a.k.a. "SADAF CO."; a.k.a. "SADAF COMPANY"; a.k.a. "SADAFCO"), No. 8, Shahid Haghani Highway, Vanak Square, Tehran, Iran; No. 8, Haghani Highway, After Jahan Koodak Cross, Vanak Sq, PO Box 1518743811, Tehran, Iran; Dezfool Industrial Park Number 2, Dezful, Iran; Industrial Zone No. 2, PO Box 6465128911, Dezful, Iran; Website http://www.sadaf-cb.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102837099 (Iran); Registration Number 243005 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

DOUDIN, Mousa (a.k.a. DODIN, Mussa; a.k.a. DUDIN, Musa; a.k.a. DUDIN, Musa Muhammad Salim (Arabic: موسى محمد سالم دودين)), Hebron, West Bank; DOB 12 Jun 1972; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 985416981 (Palestinian); alt. National ID No. 909517724 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

DOUGHMAN, Adel Saad al-Din Hassan, Austria; DOB 1963; nationality Austria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

DOUGONG TRADING HONG KONG LIMITED, 23/F, Tower 2, Enterprise Square Five, 38 Wang Chiu Road, Kowloon Bay, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Jun 2023; Company Number 3288412 (Hong Kong); Business Registration Number 75410353 (Hong Kong) [RUSSIA-EO14024] (Linked To: ORLOFF, Alexandre).

DOUKHVALOV, Andrey (a.k.a. DUKHVALOV, Andrey Petrovich), Moscow, Russia; DOB 03 Dec 1957; POB Kharkov, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 531133295 (Russia) (individual) [RUSSIA-EO14024].

DOURAN SOFTWARE TECHNOLOGIES, Gha'em Magham Farahani St., Sho'a Square, Khadri St, Block 20, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

DOURDA, Abu Zaid Omar (a.k.a. ABUZED OE, Dorda; a.k.a. DORDA, Abouzid Omar; a.k.a. DORDA, Abu Zaid; a.k.a. DORDA, Abu Zayd Umar; a.k.a. DORDA, Bu Zaid; a.k.a. DURDA, Abu Zeid Omar), Libya; Egypt; DOB 04 Apr 1944; Gender Male; Passport FK117RK0 (Libya) issued 25 Nov 2018 expires 24 Nov 2026; alt. Passport FK117RKO (Libya) issued 25 Nov 2018 expires 24 Nov 2026; Director of the External Security Organization (individual) [LIBYA2].

DOURI, Ahmad (a.k.a. DURI, Ahmet), Seyitnizam Mahallesi Turan Gunes Sokak Realistanbul Site, Zeytinburnu, Istanbul 34025, Turkey; DOB 12 Jan 1987; POB Aleppo, Syria; nationality Turkey; alt. nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U15854473 (Turkey); National ID No. 74383101388 (Turkey) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

DOURKDAL, Abdelmalek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DOV (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b)

of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

DOVHOPOLOV, Andrei (a.k.a. DOLGOPOLOV, Andrei Nikolaevich; a.k.a. DOLGOPOLOV, Andrej Nikolaevich; a.k.a. DOLGOPOLOV, Andrey Nikolayevich (Cyrillic: ДОЛГОПОЛОВ, Андрей Николаевич); a.k.a. DOLHOPOLOV, Andriy Mikolaiovich (Cyrillic: ДОЛГОПОЛОВ, Андрій Миколайович)), prosp. Pobedy 82, kv. 343, Simferopol, Crimea, Ukraine (Cyrillic: просп. Победы 82, кв. 343, Симферополь, Крым, Ukraine); DOB 15 Feb 1959; POB Kyrgyzstan; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

DOWLATABADI, Ehsan Mohaghegh (a.k.a. DOLATABADI, Ehsan Mohaghegh), Isfahan, Iran; DOB 25 May 1987; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N57471789 (Iran) expires 04 Jul 2027; National ID No. 6609915393 (Iran) (individual) [SDGT] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

DOWLATKHAN, Majid (a.k.a. DOLATKHAH, Majid), Iran; Ankara, Turkey; DOB 21 Mar 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2559625385 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

DOXA SHIPPING LINE INC, LLC Plot 341-0, Al Zarooni Building, Al Murar, Dubai, United Arab Emirates; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number IMO 6386734 [UKRAINE-EO13662] [RUSSIA-EO14024].

DP MICROCHIP LLC (a.k.a. DESIGN PARTNER MICROCHIP LLC; a.k.a. DIZAIN PARTNER MIKROCHIP), Kosa Petrovskaya D. 1, K. 1 Lit. R, Chast Pomeshch. 7-N, Office 4012, Saint Petersburg 197198, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Feb 2020; Tax ID No. 7813643272 (Russia); Registration Number 1207800027038 (Russia) [RUSSIA-EO14024].

DP SHIPPING LIMITED, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Aug 2022; Identification Number IMO 6341738; Registration Number 115748 (Marshall Islands) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

DPRK BORDER TRADE SETTLEMENT BANK (a.k.a. BORDER TRADE SETTLEMENT BANK; a.k.a. KKBC; a.k.a. KOREA KWANGSON BANKING CORP; a.k.a. "BTSB"), Jungson-dong, Sungri Street, Central District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

DPRK COMMITTEE FOR SPACE TECHNOLOGY (a.k.a. COMMITTEE FOR SPACE TECHNOLOGY; a.k.a. DEPARTMENT OF SPACE TECHNOLOGY OF NORTH KOREA; a.k.a. KCST; a.k.a. KOREAN COMMITTEE FOR SPACE TECHNOLOGY), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

DPRK NAMGANG TRADING COMPANY (a.k.a. KOREA NAMGANG TRADING CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3] [DPRK-NKSPEA].

DPRKN MINING DEVELOPMENT TRADING COOPERATION (a.k.a. CHANGGWANG SINYONG CORPORATION; a.k.a. EXTERNAL TECHNOLOGY GENERAL CORPORATION; a.k.a. KOREA KUMRYONG TRADING COMPANY; a.k.a. KOREA MINING DEVELOPMENT TRADING CORPORATION; a.k.a. KOREAN MINING AND INDUSTRIAL DEVELOPMENT CORPORATION; a.k.a. NORTH KOREAN MINING DEVELOPMENT TRADING CORPORATION; a.k.a. "KOMID"), Central District, Pyongyang, Korea, North; Beijing, China; Moscow, Russia; Tehran, Iran; Damascus, Syria; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK2].

DRACO BUREN SHIPPING PTE. LTD., 1 Maritime Square, #09-59, Harbourfront Centre, Singapore 099253, Singapore; 19-08 Prudential Tower, 30, Cecil Street, Singapore 049712, Singapore; Website draco-buren.com; Organization Established Date 07 Jul 2016; Identification Number IMO 6189536; Registration Number 201618551C (Singapore) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

DRAGADOS Y MUELLES GAVIOTA LTDA., Km. 5 Carretera Simon Bolivar, Buenaventura, Colombia; NIT # 800173053-4 (Colombia) [SDNT].

DRAGAS, Dragan, Serbia; DOB 20 Jun 1982; nationality Serbia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

DRAGON ROAD LTD, Trust Company Complex, Ajeltake Road, Ajeltake, Majuro MH 96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Apr 2023; Identification Number IMO 6421332; Business Number 119410 (Marshall Islands) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

DRAGON SECURE GMBH (a.k.a. "KRADEN"; a.k.a. "SKYDA"), Banhofstrasse 20, Zug 6300, Switzerland; Website www.kraden.com; alt. Website Skyda.co; Organization Established Date 03 Mar 2022; Organization Type: Computer programming activities; alt. Organization Type: Wireless telecommunications activities; Tax ID No. 280091217 (Switzerland); Registration Number CH-170.4.019.396-6 (Switzerland) [ILLICIT-DRUGS-EO14059] (Linked To: KARPAVICIUS, Rokas).

DRAGON TRADING LIMITED, Marshall Islands; Organization Established Date 21 Jun 2019; Business Registration Number 101538 (Marshall Islands) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

DRAPEKO, Elena Grigorievna (Cyrillic: ДРАПЕКО, Елена Григорьевна), Russia; DOB

29 Oct 1948; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DREAM LITE TRADING LLC (Arabic: دريم لايت للتجارة ش.ذ.م.م), PO Box 127113, Office 9, Al Jamal Properties 1, Naif, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 629360 (United Arab Emirates) [RUSSIA-EO14024].

DREW PROPERTIES CO. LTD. (Chinese Traditional: 博居有限公司), Taiwan; Identification Number 82870997 (Taiwan) [TCO] (Linked To: CHEN, Zhi).

DREW PROPERTIES II CO. LTD. (Chinese Traditional: 博居貳有限公司), Taiwan; Identification Number 82871004 (Taiwan) [TCO] (Linked To: CHEN, Zhi).

DREW PROPERTIES II PTE. LTD., Singapore; Identification Number 201907442C (Singapore) [TCO] (Linked To: CHEN, Zhi).

DREW PROPERTIES PTE. LTD., Singapore; Identification Number 201906997R (Singapore) [TCO] (Linked To: CHEN, Zhi).

DRIDEX GANG (a.k.a. EVIL CORP), Moscow, Russia; Moldova; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2].

DRIDQAL, Abd-al-Malik (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU

MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DRIL, Gleb Vladimirovich (Cyrillic: ДРИЛЬ, Глеб Владимирович) (a.k.a. DRIL, Gleb Vladimirovitj; a.k.a. DRYL, Gleb; a.k.a. DRYL, Hleb Uladzimiravich (Cyrillic: ДРЫЛЬ, Глеб Уладзіміравіч); a.k.a. DRYL, Hleb Uladzimiravitj), Shugaeva, 27-69, Minsk, Belarus (Cyrillic: Шугаева, 27-69, Минск, Belarus); DOB 12 May 1980; nationality Belarus; Gender Male; National ID No. 3120580A003PB0 (Belarus) (individual) [BELARUS-EO14038].

DRIL, Gleb Vladimirovitj (a.k.a. DRIL, Gleb Vladimirovich (Cyrillic: ДРИЛЬ, Глеб Владимирович); a.k.a. DRYL, Gleb; a.k.a. DRYL, Hleb Uladzimiravich (Cyrillic: ДРЫЛЬ, Глеб Уладзіміравіч); a.k.a. DRYL, Hleb Uladzimiravitj), Shugaeva, 27-69, Minsk, Belarus (Cyrillic: Шугаева, 27-69, Минск, Belarus); DOB 12 May 1980; nationality Belarus; Gender Male; National ID No. 3120580A003PB0 (Belarus) (individual) [BELARUS-EO14038].

DRISSI, Noureddine Ben Ali Ben Belkassem, Via Plebiscito 3, Cremona, Italy; DOB 30 Apr 1969; alt. DOB 30 Apr 1964; POB Tunisi, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L851940 issued 09 Sep 1998 expires 08 Sep 2003; arrested 1 Apr 2003 (individual) [SDGT].

DROBOT, Maria Vladimirovna (Cyrillic: ДРОБОТ, Мария Владимировна), Russia; DOB 21 Mar

1982; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DROGANOV, Aleksey O.; DOB 11 Oct 1975; POB Lesnoi Settlement, Pushkin Area, Moscow Region, Russia (individual) [MAGNIT].

DROKDAL, 'Abd-al-Malik (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, Abdelmelk; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DROKDAL, Abdelmalek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DRONOV, Evgenii Anatolevich, Russia; DOB 20 Oct 1947; POB Tula, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 710600768047 (Russia) (individual) [RUSSIA-EO14024].

DROUGDEL, Abdelmalek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL

OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DROUKADAL, Abdelmalek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK,

Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DROUKBEL, Abdelmalek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a.

ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DROUKDAL, Abdelmalek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU

MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DROUKDAL, Abdelmalik (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek;

a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DROUKDEL, Abdel Malek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah,

Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DROUKDEL, Abdelmalek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DROUKDEL, Abdelouadour (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DROZDENKO, Aleksander Yurievich (a.k.a. DROZDENKO, Aleksandr Yuryevich (Cyrillic: ДРОЗДЕНКО, Александр Юрьевич); a.k.a. DROZDENKO, Alexander Yurevich), Leningrade Region, Russia; DOB 01 Nov 1964; POB Akzhar, Zhambyl region, Kazakhstan; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 470700411509 (Russia) (individual) [RUSSIA-EO14024].

DROZDENKO, Aleksandr Yuryevich (Cyrillic: ДРОЗДЕНКО, Александр Юрьевич) (a.k.a. DROZDENKO, Aleksander Yurieich; a.k.a. DROZDENKO, Alexander Yurevich), Leningrade Region, Russia; DOB 01 Nov 1964; POB Akzhar, Zhambyl region, Kazakhstan; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 470700411509 (Russia) (individual) [RUSSIA-EO14024].

DROZDENKO, Alexander Yurevich (a.k.a. DROZDENKO, Aleksander Yurieich; a.k.a. DROZDENKO, Aleksandr Yuryevich (Cyrillic: ДРОЗДЕНКО, Александр Юрьевич)), Leningrade Region, Russia; DOB 01 Nov 1964; POB Akzhar, Zhambyl region, Kazakhstan; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 470700411509 (Russia) (individual) [RUSSIA-EO14024].

DROZDOV, Alexander Sergeyevich (Cyrillic: ДРОЗДОВ, Александр Сергеевич), Russia; DOB 01 Nov 1970; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DROZHZHINA, Yuliya Nikolayevna (Cyrillic: ДРОЖЖИНА, Юлия Николаевна), Russia; DOB 01 Mar 1990; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DRUKDAL, 'Abd al-Malik (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a.

ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DRUSTVO SA OGRANICENOM ODGOVORNOSCU INTERNATIONAL BUSINESS CORPORATION BAR (a.k.a. IBC MNE INTERNATIONAL BUSINESS CORPORATION DOO BAR; a.k.a. INTERNATIONAL BUSINESS CORPORATION DOO BAR), Popa Dukljanina Br. 2A, Bar, Montenegro; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number 2829908 (Montenegro); Registration Number 50601731 (Montenegro) [RUSSIA-EO14024].

DRUSTVO SA OGRANICENOM ODGOVORNOSCU INZINJERING-BN BIJELJINA (a.k.a. INZINJERING-BN BIJELJINA D.O.O.; a.k.a. INZINJERING-BN BIJELJINA LIMITED LIABILITY COMPANY), Dusana Baranina 1A, 76300, Bijeljina, Bosnia and Herzegovina; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Sep 2017; Tax ID No. 4404222340002 (Bosnia and Herzegovina); Registration Number 59-01-0064-17 (Bosnia and Herzegovina) [RUSSIA-EO14024].

DRUSTVO SA OGRANICENOM ODGOVORNOSCU NOVI PAZAR-PUT NOVI PAZAR (a.k.a. NOVI PAZAR-PUT D.O.O. NOVI PAZAR), Sabana Koce 67, Novi Pazar 36300, Serbia; Organization Established Date 20 Apr 2004; Organization Type: Construction of roads and railways; V.A.T. Number 100744723 (Serbia) [GLOMAG] (Linked To: INKOP DOO CUPRIJA).

DRUSTVO SA OGRANICENOM ODGOVORNOSCU RAD 028 ZVECAN (a.k.a. DOO RAD 028 ZVECAN), Prote Stojana 4/2, Zvecan, Serbia; Organization Established Date 20 Jan 2014; Organization Type: Construction of other civil engineering projects; V.A.T. Number 108374390 (Serbia) [GLOMAG] (Linked To: STEVIC, Radule).

DRYL, Gleb (a.k.a. DRIL, Gleb Vladimirovich (Cyrillic: ДРИЛЬ, Глеб Владимирович); a.k.a. DRIL, Gleb Vladimirovitj; a.k.a. DRYL, Hleb Uladzimiravich (Cyrillic: ДРЫЛЬ, Глеб Уладзіміравіч); a.k.a. DRYL, Hleb Uladzimiravitj), Shugaeva, 27-69, Minsk, Belarus (Cyrillic: Шугаева, 27-69, Минск, Belarus); DOB 12 May 1980; nationality Belarus; Gender Male; National ID No. 3120580A003PB0 (Belarus) (individual) [BELARUS-EO14038].

DRYL, Hleb Uladzimiravich (Cyrillic: ДРЫЛЬ, Глеб Уладзіміравіч) (a.k.a. DRIL, Gleb Vladimirovich (Cyrillic: ДРИЛЬ, Глеб Владимирович); a.k.a. DRIL, Gleb Vladimirovitj; a.k.a. DRYL, Gleb; a.k.a. DRYL, Hleb Uladzimiravitj), Shugaeva, 27-69, Minsk, Belarus (Cyrillic: Шугаева, 27-69, Минск, Belarus); DOB 12 May 1980; nationality Belarus; Gender Male; National ID No. 3120580A003PB0 (Belarus) (individual) [BELARUS-EO14038].

DRYL, Hleb Uladzimiravitj (a.k.a. DRIL, Gleb Vladimirovich (Cyrillic: ДРИЛЬ, Глеб Владимирович); a.k.a. DRIL, Gleb Vladimirovitj; a.k.a. DRYL, Gleb; a.k.a. DRYL, Hleb Uladzimiravich (Cyrillic: ДРЫЛЬ, Глеб Уладзіміравіч)), Shugaeva, 27-69, Minsk, Belarus (Cyrillic: Шугаева, 27-69, Минск, Belarus); DOB 12 May 1980; nationality Belarus; Gender Male; National ID No. 3120580A003PB0 (Belarus) (individual) [BELARUS-EO14038].

D'S SUPERMARKET COMPANY LTD. (a.k.a. D'S SUPERSTORE), College Road, Corozal Town, Belize [SDNTK].

D'S SUPERSTORE (a.k.a. D'S SUPERMARKET COMPANY LTD.), College Road, Corozal Town, Belize [SDNTK].

DU, Changgen (Chinese Simplified: 杜长根), No. 141 Niujiazhai Village, Fengjiazhai Township, Xingtai City, Guangzong County, Hebei Province, China; DOB 01 Mar 1993; POB Hebei Province, China; nationality China; Gender Male; Passport CC7375752 (China); National ID No. 13053119930301025X (China) (individual) [ILLICIT-DRUGS-EO14059].

DU, Jiaxin (Chinese Simplified: 杜佳鑫), China; DOB 29 Apr 1999; POB Wu'an, Handan, Hebei Province; nationality China; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; National ID No. 130481199904295156 (individual) [NPWMD] (Linked To: SHI, Qianpei).

DU, Yu Rong (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

DU, Yurong (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping;

a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

DUAL, Simon Gatwec (a.k.a. DUAL, Simon Gatwech; a.k.a. DUAL, Simon Gatwich; a.k.a. DUAL, Simon Getwech; a.k.a. GARWICH, Simon; a.k.a. GATWEACH, Simon; a.k.a. GATWECH, Simon; a.k.a. GATWICK, Simon; a.k.a. "Dhual"; a.k.a. "General Gaduel"), Jonglei State, South Sudan; DOB 1953; POB Akobo, Jonglei State, South Sudan; alt. POB Akobo, Jonglei State, Sudan; alt. POB Uror County, Jonglei State, South Sudan; alt. POB Uror County, Jonglei State, Sudan; SPLA in Opposition Chief of General Staff; Major General (individual) [SOUTH SUDAN].

DUAL, Simon Gatwech (a.k.a. DUAL, Simon Gatwec; a.k.a. DUAL, Simon Gatwich; a.k.a. DUAL, Simon Getwech; a.k.a. GARWICH, Simon; a.k.a. GATWEACH, Simon; a.k.a. GATWECH, Simon; a.k.a. GATWICK, Simon; a.k.a. "Dhual"; a.k.a. "General Gaduel"), Jonglei State, South Sudan; DOB 1953; POB Akobo, Jonglei State, South Sudan; alt. POB Akobo, Jonglei State, Sudan; alt. POB Uror County, Jonglei State, South Sudan; alt. POB Uror County, Jonglei State, Sudan; SPLA in Opposition Chief of General Staff; Major General (individual) [SOUTH SUDAN].

DUAL, Simon Gatwich (a.k.a. DUAL, Simon Gatwec; a.k.a. DUAL, Simon Gatwech; a.k.a. DUAL, Simon Getwech; a.k.a. GARWICH, Simon; a.k.a. GATWEACH, Simon; a.k.a. GATWECH, Simon; a.k.a. GATWICK, Simon; a.k.a. "Dhual"; a.k.a. "General Gaduel"), Jonglei State, South Sudan; DOB 1953; POB Akobo, Jonglei State, South Sudan; alt. POB Akobo, Jonglei State, Sudan; alt. POB Uror County, Jonglei State, South Sudan; alt. POB Uror County, Jonglei State, Sudan; SPLA in Opposition Chief of General Staff; Major General (individual) [SOUTH SUDAN].

DUAL, Simon Getwech (a.k.a. DUAL, Simon Gatwec; a.k.a. DUAL, Simon Gatwech; a.k.a. DUAL, Simon Gatwich; a.k.a. GARWICH, Simon; a.k.a. GATWEACH, Simon; a.k.a. GATWECH, Simon; a.k.a. GATWICK, Simon;

a.k.a. "Dhual"; a.k.a. "General Gaduel"), Jonglei State, South Sudan; DOB 1953; POB Akobo, Jonglei State, South Sudan; alt. POB Akobo, Jonglei State, Sudan; alt. POB Uror County, Jonglei State, South Sudan; alt. POB Uror County, Jonglei State, Sudan; SPLA in Opposition Chief of General Staff; Major General (individual) [SOUTH SUDAN].

DUARTE MUNOZ, Roque (a.k.a. CAMPOS ARREDONDO, Humberto), c/o COMPANIA MINERA DEL RIO CIANURY S.A. DE C.V., Culiacan, Sinaloa, Mexico; DOB 09 Dec 1960; POB Mexico (individual) [SDNTK].

DUARTE TORRES, Orlando (a.k.a. DUARTE TORRES, Rafael), Lomas de Anahuac No. 86, Mexico City, Distrito Federal, Mexico; Calle Manzana V, Coyoacan, Mexico City, Distrito Federal, Mexico; DOB 26 Aug 1964; POB Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

DUARTE TORRES, Rafael (a.k.a. DUARTE TORRES, Orlando), Lomas de Anahuac No. 86, Mexico City, Distrito Federal, Mexico; Calle Manzana V, Coyoacan, Mexico City, Distrito Federal, Mexico; DOB 26 Aug 1964; POB Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

DUARTE, Franklyn Leonardo, Tachira, Venezuela; DOB 15 May 1977; Gender Male; Cedula No. V-13304045 (Venezuela) (individual) [VENEZUELA].

DUBAI SEA BREEZE, PO Box 85546, Sheikh Zayed Road, Saeed Tower, Dubai, United Arab Emirates; Ibn Battuta Gate Office, 302E, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 525341 (United Arab Emirates); Chamber of Commerce Number 63032 (United Arab Emirates); Economic Register Number (CBLS) 10402951 (United Arab Emirates) [RUSSIA-EO14024].

DUBAI TRADING COMPANY, 44 - 45, Royal Shopping Plaza, Industrial Estate, Hayatabad, Peshawar, Pakistan; 53 Royal Shopping Plaza, Industrial Estate, Hayatabad, Peshawar, Pakistan [SDNTK].

DUBAYSH, Salih (Arabic: صالح دبيش) (a.k.a. DABIESH JA'AML, Saleh Muhammaed Hussein; a.k.a. "MUHAMMAD, Abu"), Al-Sab'een, Haddah, Sana'a, Yemen; Al-'Uqab Al-Saffari, Sana'a-Sa'dah Road, Sahar, Sa'dah, Yemen; DOB 01 Jan 1984; POB Al-Safra' District, Sa'dah Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 (individual) [SDGT] (Linked To: ANSARALLAH).

DUBEN, Andrei Vladimirovich, Chile; DOB 12 Dec 1970; nationality Chile; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

DUBINSKY, Alexander (a.k.a. DUBINSKY, Oleksandr (Cyrillic: ДУБІНСЬКИЙ, Олександр)), Ukraine; DOB 18 Apr 1981; POB Kiev, Ukraine; nationality Ukraine; Gender Male (individual) [ELECTION-EO13848].

DUBINSKY, Oleksandr (Cyrillic: ДУБІНСЬКИЙ, Олександр) (a.k.a. DUBINSKY, Alexander), Ukraine; DOB 18 Apr 1981; POB Kiev, Ukraine; nationality Ukraine; Gender Male (individual) [ELECTION-EO13848].

DUBNA ENGINEERING PLANT (a.k.a. AKTSIONERNOYE OBSHCHESTVO DUBNENSKIY MASHINOSTROITELNYY ZAVOD IMENI NP FODOROVA; a.k.a. DUBNA MACHINE BUILDING PLANT; a.k.a. JOINT STOCK COMPANY DUBNENSKY MACHINE BUILDING PLANT NAMED AFTER NP FEDOROV), ul. Zhukovsky, d. 2, str. 1, Dubna, Moscow Region 141983, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010030050 (Russia); Registration Number 1045002200616 (Russia) [RUSSIA-EO14024].

DUBNA MACHINE BUILDING PLANT (a.k.a. AKTSIONERNOYE OBSHCHESTVO DUBNENSKIY MASHINOSTROITELNYY ZAVOD IMENI NP FODOROVA; a.k.a. DUBNA ENGINEERING PLANT; a.k.a. JOINT STOCK COMPANY DUBNENSKY MACHINE BUILDING PLANT NAMED AFTER NP FEDOROV), ul. Zhukovsky, d. 2, str. 1, Dubna, Moscow Region 141983, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010030050 (Russia); Registration Number 1045002200616 (Russia) [RUSSIA-EO14024].

DUBNA SWITCHING EQUIPMENT PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO DUBNENSKII ZAVOD KOMMUTATSIONNOI TEKHNIKI; a.k.a. JOINT STOCK COMPANY DUBNA PLANT OF SWITCHING EQUIPMENT; a.k.a. JOINT STOCK COMPANY DUBNENSKY PLANT OF SWITCHING EQUIPMENT), Pr-Kt Nauki D. 14, K. 1, Pomeshch. 39, Dubna 141984, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010056160 (Russia); Registration Number 1195081030781 (Russia) [RUSSIA-EO14024].

DUBONOSOV, Aleksei Gennadievich (a.k.a. DUBONOSOV, Aleksey Gennadievich), Russia; DOB 31 Dec 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 344401214508 (Russia) (individual) [RUSSIA-EO14024].

DUBONOSOV, Aleksey Gennadievich (a.k.a. DUBONOSOV, Aleksei Gennadievich), Russia; DOB 31 Dec 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 344401214508 (Russia) (individual) [RUSSIA-EO14024].

DUBROVINSKIY, Viacheslav Yuryevich (Cyrillic: ДУБРОВИНСКИЙ, Юрьевич Вячеслав), Russia; DOB 30 Mar 1966; POB Gomel, Belarus; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 500912223914 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OOO SERNIYA INZHINIRING).

DUCASHEW GENERAL TRADING LLC, Boulevard Plaza Tower 2, Office No. 2101 and 2102, Sheikh Mohammed Bin Rashid Boulevard, Dubai 454602, United Arab Emirates; Organization Established Date 10 Oct 2016; Dubai Chamber of Commerce Membership No. 276774 (United Arab Emirates); Company Number 767691 (United Arab Emirates) [TCO].

DUDAEV, Akhmed Makhmudovich (Cyrillic: ДУДАЕВ, Ахмед Махмудович), Chechnya, Russia; DOB 02 Aug 1987; POB Grozniy, Chechnya, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 201204309073 (Russia) (individual) [RUSSIA-EO14024].

DUDEH FAM INDUSTRIAL (a.k.a. DOUDEFAM INDUSTRIES SADAF COMPANY; a.k.a. FAM INDUSTRIEL SOOT CO.; a.k.a. SANATI DOODEH FAAM COMPANY; a.k.a. SANATI DOODEH FAM CO. (Arabic: شرکت صنعتی دوده فام); a.k.a. SHERKATE DOODEH FAAM-E SADAF; a.k.a. "SADAF"; a.k.a. "SADAF CO."; a.k.a. "SADAF COMPANY"; a.k.a. "SADAFCO"), No. 8, Shahid Haghani Highway, Vanak Square, Tehran, Iran; No. 8, Haghani Highway, After Jahan Koodak Cross, Vanak Sq, PO Box 1518743811, Tehran, Iran; Dezfool Industrial Park Number 2, Dezful, Iran; Industrial Zone No. 2, PO Box 6465128911, Dezful, Iran; Website http://www.sadaf-cb.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102837099 (Iran); Registration Number 243005 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

DUDIN, Musa (a.k.a. DODIN, Mussa; a.k.a. DOUDIN, Mousa; a.k.a. DUDIN, Musa Muhammad Salim (Arabic: موسى محمد سالم (دودين)), Hebron, West Bank; DOB 12 Jun 1972; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 985416981 (Palestinian); alt. National ID No. 909517724 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

DUDIN, Musa Muhammad Salim (Arabic: موسى محمد سالم دودين) (a.k.a. DODIN, Mussa; a.k.a. DOUDIN, Mousa; a.k.a. DUDIN, Musa), Hebron, West Bank; DOB 12 Jun 1972; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 985416981 (Palestinian); alt. National ID No. 909517724 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

DUDORINA, Anna (a.k.a. KULASHOVA, Anna (Cyrillic: КУЛАШОВА, Анна); a.k.a. KULASHOVA, Anna Vladimirovna), Moscow, Russia; DOB 29 Apr 1971; POB Dmitrov, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 727209099 (Russia); National ID No. 4516724548 (Russia) (individual) [RUSSIA-EO14024].

DUENEZ REYES, Luis Ernesto, Caracas, Venezuela; DOB 20 Aug 1988; POB San Cristobal, Venezuela; nationality Venezuela; Gender Male; Cedula No. 18880942 (Venezuela) (individual) [VENEZUELA].

DUGARTE PADRON, Juan Carlos, Caracas, Capital District, Venezuela; DOB 16 Oct 1955; Gender Male; Cedula No. 4353212 (Venezuela) (individual) [VENEZUELA].

DUGAZAEV, Timur (a.k.a. DUGAZAYEV, Timur), Kiel, Schleswig-Holstein, Germany; DOB 18 Sep 1985; Gender Male (individual) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

DUGAZAYEV, Timur (a.k.a. DUGAZAEV, Timur), Kiel, Schleswig-Holstein, Germany; DOB 18 Sep 1985; Gender Male (individual) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

DUGHMISH, Mumtaz Muhammad Jum'ah (a.k.a. DAGHMASH, Mumtaz; a.k.a. DAGHMASH, Mumtaz Muhammad Jum'ah; a.k.a. DUGHMUSH, Mumtaz; a.k.a. DUGHMUSH, Mumtaz Muhammad Jum'ah; a.k.a. "ABOUT ABIR"); DOB 1977; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DUGHMUSH, Mumtaz (a.k.a. DAGHMASH, Mumtaz; a.k.a. DAGHMASH, Mumtaz Muhammad Jum'ah; a.k.a. DUGHMISH, Mumtaz Muhammad Jum'ah; a.k.a. DUGHMUSH, Mumtaz Muhammad Jum'ah; a.k.a. "ABOUT ABIR"); DOB 1977; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DUGHMUSH, Mumtaz Muhammad Jum'ah (a.k.a. DAGHMASH, Mumtaz; a.k.a. DAGHMASH, Mumtaz Muhammad Jum'ah; a.k.a. DUGHMISH, Mumtaz Muhammad Jum'ah; a.k.a. DUGHMUSH, Mumtaz; a.k.a. "ABOUT ABIR"); DOB 1977; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DUGIN, Aleksandr (a.k.a. DUGIN, Aleksandr Gelyevich; a.k.a. DUGIN, Alexander Gelyevich); DOB 07 Jan 1962; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

DUGIN, Aleksandr Gelyevich (a.k.a. DUGIN, Aleksandr; a.k.a. DUGIN, Alexander Gelyevich); DOB 07 Jan 1962; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

DUGIN, Alexander Gelyevich (a.k.a. DUGIN, Aleksandr; a.k.a. DUGIN, Aleksandr Gelyevich); DOB 07 Jan 1962; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

DUGINA, Darya Aleksandrovna, Russia; DOB 15 Dec 1992; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: UNITED WORLD INTERNATIONAL).

DUK, Denis Vladimirovich (Cyrillic: ДУК, Денис Владимирович) (a.k.a. DUK, Dzyanis Uladzimiravich (Cyrillic: ДУК, Дзяніс Уладзіміравіч)), Mogilev Oblast, Belarus; DOB 1977; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

DUK, Dzyanis Uladzimiravich (Cyrillic: ДУК, Дзяніс Уладзіміравіч) (a.k.a. DUK, Denis Vladimirovich (Cyrillic: ДУК, Денис Владимирович)), Mogilev Oblast, Belarus; DOB 1977; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

DUKHVALOV, Andrey Petrovich (a.k.a. DOUKHVALOV, Andrey), Moscow, Russia; DOB 03 Dec 1957; POB Kharkov, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 531133295 (Russia) (individual) [RUSSIA-EO14024].

DUKUZOV, Kazbek; DOB 1974; POB Urus-Martan District, Chechen Republic, Russia (individual) [MAGNIT].

DULAC CAPITAL LTD (a.k.a. AK DYULAK KEPITAL LTD PREDSTAVITELSTVO; a.k.a. PREDSTAVITELSTVO AKTSIONERNOGO OBSHCHESTVA DYULAK KEPITAL LTD SHVEITSARIYA V G MOSCOW; a.k.a. PREDSTAVITELSTVO AKTSIONERNOGO OBSHCHESTVA DYULAK KEPITAL LTD SHVEITSARIYA V G SANKT PETERBURGE), Arosastrasse 7, Zurich 8008, Switzerland; Pr-kt Morskoi pom. 12-N, Saint Petersburg 197110, Russia; Pr-kt Leningradskii, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Dec 2007; Tax ID No. 113974567 (Switzerland); alt. Tax ID No. 9909354395 (Russia); Identification Number SRWNNB.99999.SL.756 (Switzerland); Legal Entity Number 529900E3569EJW938341; Registration Number CH-020.3.031.775-0 (Switzerland) [RUSSIA-EO14024].

DULCE VOLCAN (a.k.a. "DULCEVOLCANCLN"), Culiacan, Sinaloa, Mexico; Calle Cancun 156, Col. Isla Musala, Tachintle, Culiacan, Sinaloa 80065, Mexico; Organization Type: Restaurants and mobile food service activities [ILLICIT-DRUGS-EO14059] (Linked To: ROBLEDO ARREDONDO, Adilene Mayre; Linked To: ROBLEDO ARREDONDO, Ivan Yareth).

DULING TECHNOLOGY HK LIMITED, Room 4, 16th Floor, Ho King Comm Ctr, 2-16 Fayuen St, Mongkok, Kowloon, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Sep 2019; Company Number 2874017 (Hong Kong) [NPWMD] [IFSR] (Linked To: PISHTAZAN KAVOSH GOSTAR BOSHRA LLC).

DUMONT, Lionel (a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. "ABOU HAMZA"; a.k.a. "ABOU HANZA"; a.k.a. "ABU KHAMZA"; a.k.a. "BILAL"; a.k.a. "BILAL KUMKAL"; a.k.a. "HAMZA"; a.k.a. "KOUMAL"; a.k.a. "LAJONEL DIMON"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975; POB Roubaix, France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DUNAY PROBABLE NAVAL MISSILE FACILITY, 42-56N 132-20E, Promyslovka Peninsula, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Defense activities [RUSSIA-EO14024].

DUNCAN, Randolph (a.k.a. "DUNCAN, Rudolph"), Guyana; DOB 18 Feb 1970; POB Georgetown, Guyana; nationality Guyana; citizen Guyana; Gender Male; Cedula No. V-25086099 (Venezuela) (individual) [ILLICIT-DRUGS-EO14059].

DUNKA, Arciom Kanstantinavich (Cyrillic: ДУНЬКА, Арцём Канстанцінавіч) (a.k.a. DUNKA, Artsiom Kanstantsinavitj; a.k.a. DUNKO, Artem Konstantinovich (Cyrillic: ДУНЬКО, Артем Константинович); a.k.a. DUNKO, Artem Konstantinovitj), Chichurina St, 4-120, Minsk, Belarus (Cyrillic: ул. Чичурина, 4-120, Минск, Belarus); DOB 08 Jun 1990; nationality Belarus; Gender Male (individual) [BELARUS-EO14038] (Linked To: DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS).

DUNKA, Artsiom Kanstantsinavitj (a.k.a. DUNKA, Arciom Kanstantinavich (Cyrillic: ДУНЬКА, Арцём Канстанцінавіч); a.k.a. DUNKO, Artem Konstantinovich (Cyrillic: ДУНЬКО, Артем Константинович); a.k.a. DUNKO, Artem Konstantinovitj), Chichurina St, 4-120, Minsk, Belarus (Cyrillic: ул. Чичурина, 4-120, Минск, Belarus); DOB 08 Jun 1990; nationality Belarus; Gender Male (individual) [BELARUS-EO14038] (Linked To: DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS).

DUNKO, Artem Konstantinovich (Cyrillic: ДУНЬКО, Артем Константинович) (a.k.a. DUNKA, Arciom Kanstantinavich (Cyrillic: ДУНЬКА, Арцём Канстанцінавіч); a.k.a. DUNKA, Artsiom Kanstantsinavitj; a.k.a. DUNKO, Artem Konstantinovitj), Chichurina St, 4-120, Minsk, Belarus (Cyrillic: ул. Чичурина, 4-120, Минск, Belarus); DOB 08 Jun 1990; nationality Belarus; Gender Male (individual) [BELARUS-EO14038] (Linked To: DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS).

DUNKO, Artem Konstantinovitj (a.k.a. DUNKA, Arciom Kanstantinavich (Cyrillic: ДУНЬКА, Арцём Канстанцінавіч); a.k.a. DUNKA, Artsiom Kanstantsinavitj; a.k.a. DUNKO, Artem Konstantinovich (Cyrillic: ДУНЬКО, Артем Константинович)), Chichurina St, 4-120, Minsk, Belarus (Cyrillic: ул. Чичурина, 4-120, Минск, Belarus); DOB 08 Jun 1990; nationality Belarus; Gender Male (individual) [BELARUS-EO14038] (Linked To: DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS).

DUPLAN, Joseph Pierre Richard, Haiti; DOB 03 Apr 1970; Gender Male; Passport 545829751 (United States) expires 28 Apr 2026 (individual) [GLOMAG].

DUQUE BOTERO, Jorge Alirio, Calle 5 No. 5A-49, Buenaventura, Colombia; c/o INDUSTRIA DE PESCA SOBRE EL PACIFICO S.A., Buenaventura, Colombia; DOB 04 Jun 1949; Cedula No. 6160843 (Colombia) (individual) [SDNT].

DUQUE BOTERO, Mateo Andres, Calle 77 9 76 APT 302, Bogota, Colombia; DOB 07 Apr 1975; POB Bogota, Colombia; nationality Colombia; alt. nationality Spain; Gender Male; Cedula No. 79782423 (Colombia); Passport AS272175 (Colombia) expires 31 Mar 2026; alt. Passport XDD789846 (Spain); alt. Passport BF868819 (Colombia) expires 01 Mar 2035 (individual) [SUDAN-EO14098] (Linked To: MAINE GLOBAL CORP S.A.S.).

DUQUE GAVIRIA, Ivan Roberto (a.k.a. "ERNESTO BAEZ"); DOB 09 May 1955; POB Aguadas, Caldas, Colombia; Cedula No. 10241940 (Colombia) (individual) [SDNTK].

DURAN ALVAREZ, David, Mexico; DOB 10 Mar 1984; POB Queretaro, Mexico; nationality Mexico; Gender Male; C.U.R.P. DUAD840310HQTRLV02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: LA NUEVA FAMILIA MICHOACANA).

DURAN NUNEZ, Juan Carlos, Calle Johanes Brahams #355, Interior 10, Fraccionamiento La Estancia, Zapopan, Jalisco, Mexico; DOB 29 Jun 1967; POB Guadalajara, Jalisco; R.F.C. DUNJ670629IL4 (Mexico); C.U.R.P. DUNJ670629HJCRXN08 (Mexico) (individual)

[SDNTK] (Linked To: GRUPO COMERCIAL ROOL, S.A. DE C.V.; Linked To: RANCHO EL NUEVO PACHON, S. DE R.L. DE C.V.; Linked To: ASESORIA Y SERVICIOS ADMINISTRATIVOS, TECNICOS Y OPERATIVOS DUREL, S.A. DE C.V.).

DURAN PORRAS, Gloria Amparo, c/o FRANZUL S.A., Medellin, Colombia; c/o HIERROS DE JERUSALEM S.A., Medellin, Colombia; DOB 11 Feb 1968; alt. DOB 02 Nov 1968; Cedula No. 42895110 (Colombia) (individual) [SDNT].

DURAND PROPERTIES LIMITED, Haven Court, 5 Library Ramp, Gibraltar, United Kingdom [IRAQ2].

DURANGO RESTREPO, Jairo de Jesus (a.k.a. "GUAGUA"); DOB 30 Jun 1972; POB Frontino, Antioquia, Colombia; citizen Colombia; Cedula No. 3484676 (Colombia) (individual) [SDNTK] (Linked To: COMERCIALIZADORA J DURANGO).

DURANSOY, Cagri; DOB 04 Aug 1985; POB Kadikoy, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Passport TR-T 577847 (Turkey); alt. Passport 31/2857612/2007 (Turkey) (individual) [NPWMD] [IFSR].

DURANSOY, Muammer Kuntay; DOB 03 Jun 1953; POB Eskisehir, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

DURDA, Abu Zeid Omar (a.k.a. ABUZED OE, Dorda; a.k.a. DORDA, Abouzid Omar; a.k.a. DORDA, Abu Zaid; a.k.a. DORDA, Abu Zayd Umar; a.k.a. DORDA, Bu Zaid; a.k.a. DOURDA, Abu Zaid Omar), Libya; Egypt; DOB 04 Apr 1944; Gender Male; Passport FK117RK0 (Libya) issued 25 Nov 2018 expires 24 Nov 2026; alt. Passport FK117RKO (Libya) issued 25 Nov 2018 expires 24 Nov 2026; Director of the External Security Organization (individual) [LIBYA2].

DURGUTI, Safet (a.k.a. "ABU-SUMAYA"); DOB 10 May 1967; POB Orahovac, Kosovo; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1144602 (Bosnia and Herzegovina); Bosnian Personal ID No. 1005967953038 (individual) [SDGT].

DURI, Ahmet (a.k.a. DOURI, Ahmad), Seyitnizam Mahallesi Turan Gunes Sokak Realistanbul Site, Zeytinburnu, Istanbul 34025, Turkey; DOB 12 Jan 1987; POB Aleppo, Syria; nationality Turkey; alt. nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Passport U15854473 (Turkey); National ID No. 74383101388 (Turkey) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

DURIKDAL, 'Abd al-Malik (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

DURRANI, W.K. (a.k.a. DURRANI, Wahid Ullah; a.k.a. DURRANI, Wahid Ullah K.), Pakistan; DOB 12 Apr 1969; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

DURRANI, Wahid Ullah (a.k.a. DURRANI, W.K.; a.k.a. DURRANI, Wahid Ullah K.), Pakistan; DOB 12 Apr 1969; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

DURRANI, Wahid Ullah K. (a.k.a. DURRANI, W.K.; a.k.a. DURRANI, Wahid Ullah), Pakistan; DOB 12 Apr 1969; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

DUTTA, Surya Visesh, 67 Purvi Marg, Vasant Vihar, New Delhi 110057, India; DOB 08 Jul 1994; POB India; nationality India; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport J6705777 (India) issued 26 Apr 2011 expires 25 Apr 2021 (individual) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

DUZCAN, Ceylan, United Arab Emirates; DOB 01 Mar 1975; POB Savsat, Turkey; citizen Turkey; Passport 315408 (Turkey); Driver's License No. 11550 (Turkey) (individual) [SDNTK].

DV INK LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДВ ИНК) (a.k.a. DV INK LLC (Cyrillic: ООО ДВ ИНК); a.k.a. DV INK OOO), D. 41A Kv. 117, ul. Leningradsksaya, Ussuriysk, Primorsky region 692512, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 11 May 2018; Tax ID No. 2511105487 (Russia); Registration Number 1182536014924 (Russia) [DPRK4] [RUSSIA-EO14024].

DV INK LLC (Cyrillic: ООО ДВ ИНК) (a.k.a. DV INK LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДВ ИНК); a.k.a. DV INK OOO), D. 41A Kv. 117, ul. Leningradsksaya, Ussuriysk, Primorsky region

692512, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 11 May 2018; Tax ID No. 2511105487 (Russia); Registration Number 1182536014924 (Russia) [DPRK4] [RUSSIA-EO14024].

DV INK OOO (a.k.a. DV INK LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДВ ИНК); a.k.a. DV INK LLC (Cyrillic: ООО ДВ ИНК)), D. 41A Kv. 117, ul. Leningradsksaya, Ussuriysk, Primorsky region 692512, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 11 May 2018; Tax ID No. 2511105487 (Russia); Registration Number 1182536014924 (Russia) [DPRK4] [RUSSIA-EO14024].

DVE STOLITSY OOO, Ul. Chermyanskaya D. 3, Kom. 3 Floor 1, Moscow 127081, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jun 2016; Tax ID No. 9715263396 (Russia); Registration Number 1167746583751 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

DVIGATEL PROGRESSA (a.k.a. LLC ENGINE OF PROGRESS; a.k.a. "LIDER 3D"), Sh. Varshavskoe D. 17, Str. 6, Kom. 18, Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6230114074 (Russia); Registration Number 1196234010719 (Russia) [RUSSIA-EO14024].

DVOINYKH, Alexander Vlademirovich (Cyrillic: ДВОЙНЫХ, Александр Владимирович) (a.k.a. DVOYNYKH, Aleksandr Vladimirovich), Russia; DOB 19 Jan 1984; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DVOYNYKH, Aleksandr Vladimirovich (a.k.a. DVOINYKH, Alexander Vlademirovich (Cyrillic: ДВОЙНЫХ, Александр Владимирович)), Russia; DOB 19 Jan 1984; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DW CAPITAL HOLDINGS PTE. LTD., Singapore; Identification Number 201833892H (Singapore) [TCO] (Linked To: CHEN, Zhi).

DWAY, Aung Lin (a.k.a. DWE, Aung Lin), Burma; DOB 31 May 1962; Gender Male (individual) [BURMA-EO14014].

DWE, Aung Lin (a.k.a. DWAY, Aung Lin), Burma; DOB 31 May 1962; Gender Male (individual) [BURMA-EO14014].

DWIKARNA, Agus; DOB 11 Aug 1964; POB Makassar, South Sulawesi, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; currently incarcerated in the Philippines (individual) [SDGT].

DYACHKOV, Sergei Adolfovich (a.k.a. DIACHKOV, Sergei Adolfovich; a.k.a. DYACHKOV, Sergey Adolfovich), Russia; DOB 26 May 1959; POB Ulyanovsk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 7304273188 (Russia); alt. Passport 7301381541 (Russia); Tax ID No. 73280738648127 (Russia) (individual) [RUSSIA-EO14024].

DYACHKOV, Sergey Adolfovich (a.k.a. DIACHKOV, Sergei Adolfovich; a.k.a. DYACHKOV, Sergei Adolfovich), Russia; DOB 26 May 1959; POB Ulyanovsk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 7304273188 (Russia); alt. Passport 7301381541 (Russia); Tax ID No. 73280738648127 (Russia) (individual) [RUSSIA-EO14024].

DYAKONOVA, Tatyana Ivanovna (Cyrillic: ДЬЯКОНОВА, Татьяна Ивановна), Russia; DOB 22 Apr 1970; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DYILO, Thomas Lubanga (a.k.a. LUBANGA, Thomas); DOB 29 Dec 1960; POB Djiba, Utcha Sector, Djugu Territory, Ituri District, Orientale Province, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

DYKIY, Oleksii Oleksandrovych (Cyrillic: ДІКІЙ, Олексій Олександрович) (a.k.a. DIKIY, Aleksey Aleksandrovich (Cyrillic: ДИКИЙ, Алексей Александрович); a.k.a. DYKYI, Oleksiy Oleksandrovych), Donetsk, Ukraine; DOB 05 Jul 1974; POB Donetsk Region, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2721421655 (Ukraine) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

DYKYI, Oleksiy Oleksandrovych (a.k.a. DIKIY, Aleksey Aleksandrovich (Cyrillic: ДИКИЙ, Алексей Александрович); a.k.a. DYKYI, Oleksii Oleksandrovych (Cyrillic: ДІКІЙ, Олексій Олександрович)), Donetsk, Ukraine; DOB 05 Jul 1974; POB Donetsk Region, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2721421655 (Ukraine) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

DYNAMIC ELECTRONIC FREQUENCY ENGINEERING LIMITED LIABILITY COMPANY (a.k.a. BASAMAD ELECTRONIC POUYA ENGINEERING LIMITED LIABILITY COMPANY), No. 63, Unit 4, Shahrara, Patrice Lumumba St., Abshori St., Tehran 1445934911, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 20 Jan 2015; National ID No. 14004684489 (Iran); Registration Number 466887 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

DYNAPEX ENERGY LIMITED (f.k.a. SINGH DAILY CULTURE PRESS LIMITED; f.k.a. SINGH SCIENCE AND TECHNOLOGY DEVELOPMENT CO., LIMITED), Flat/Rm 1105 11/F, Hua Qin International Building, 340 Queen's Road Central, Hong Kong; Business Registration Number 2066820 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

DYNASTY GROUP OF COMPANIES (a.k.a. DYNASTY INTERNATIONAL COMPANY LIMITED; a.k.a. "DGC"; a.k.a. "DYNASTY INTERNATIONAL"), Waizayandar Road, No.15, Ngwe Kyar Yan Quarter, South Okkalapa

Township, Yangon Region, Burma; Registration Number 100720744 (Burma) issued 27 Feb 1997 [BURMA-EO14014] (Linked To: MYINT, Aung Moe).

DYNASTY INTERNATIONAL COMPANY LIMITED (a.k.a. DYNASTY GROUP OF COMPANIES; a.k.a. "DGC"; a.k.a. "DYNASTY INTERNATIONAL"), Waizayandar Road, No.15, Ngwe Kyar Yan Quarter, South Okkalapa Township, Yangon Region, Burma; Registration Number 100720744 (Burma) issued 27 Feb 1997 [BURMA-EO14014] (Linked To: MYINT, Aung Moe).

DYUKOV, Aleksandr Valeryevich (a.k.a. DYUKOV, Alexander), Russia; DOB 13 Dec 1967; POB Saint Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 782570676482 (Russia) (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

DYUKOV, Alexander (a.k.a. DYUKOV, Aleksandr Valeryevich), Russia; DOB 13 Dec 1967; POB Saint Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 782570676482 (Russia) (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

DYUMIN, Alexei (a.k.a. DYUMIN, Alexey Gennadyevich), Russia; DOB 28 Aug 1972; POB Kursk, Russian Federation; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

DYUMIN, Alexey Gennadyevich (a.k.a. DYUMIN, Alexei), Russia; DOB 28 Aug 1972; POB Kursk, Russian Federation; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

DZEMIJETUL FURKAN (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEM'IJJETUL FURQAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, Sarajevo 71 000, Bosnia and Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia and Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

DZEM'IJJETUL FURQAN (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, Sarajevo 71 000, Bosnia and Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia and Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

DZEMILIJATI FURKAN (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEM'IJJETUL FURQAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, Sarajevo 71 000, Bosnia and Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia and Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

DZHABAROV, Vladimir (a.k.a. DZHABAROV, Vladimir Michailovich; a.k.a. DZHABAROV, Vladimir Mikhailovich (Cyrillic: ДЖАБАРОВ, Владимир Михайлович)), Russia; DOB 29 Sep 1952; POB Samarkand, Uzbekistan; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

DZHABAROV, Vladimir Michailovich (a.k.a. DZHABAROV, Vladimir; a.k.a. DZHABAROV, Vladimir Mikhailovich (Cyrillic: ДЖАБАРОВ, Владимир Михайлович)), Russia; DOB 29 Sep 1952; POB Samarkand, Uzbekistan; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

DZHABAROV, Vladimir Mikhailovich (Cyrillic: ДЖАБАРОВ, Владимир Михайлович) (a.k.a. DZHABAROV, Vladimir; a.k.a. DZHABAROV, Vladimir Michailovich), Russia; DOB 29 Sep 1952; POB Samarkand, Uzbekistan; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

DZHAMAAT MODZHAKHEDOV (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. ISLAMIC JIHAD GROUP; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; n.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ISLOMIY JIHOD ITTIHODI; n.k.a. ITTIHAD AL-JIHAD AL-ISLAMI; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY; a.k.a. "IJG"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

DZHENERAL LUBRIKANTS (a.k.a. "GENERAL LUBRICANTS"), Ul. 2-Ya Mashinostroeniya D. 17, Str. 1, Et 2 Pom. I Kom 75 Of 1, Moscow 115088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722487971 (Russia); Registration Number 1207700173317 (Russia) [RUSSIA-EO14024].

DZHI AI INVEST OOO, Ul. Shchipok, D. 20, Komnata 5, Moscow 115054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Jul 2020; Tax ID No. 9705145033 (Russia); Government Gazette Number 44611957 (Russia); Registration Number 1207700216294 (Russia) [RUSSIA-EO14024].

DZHIKHAD, Abu (a.k.a. ATABIEV, Islam; a.k.a. ATABIYEV, Islam; a.k.a. ATABIYEV, Islam Seit-Umarovich; a.k.a. "AL-SHISHANI, Abu-Jihad"; a.k.a. "THE CHECHEN, Abu Jihad"); DOB 29 Jun 1983; POB Stavropol Region, Russia; nationality Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 620169661 (Russia); alt. Passport 9103314932 (Russia) issued 16 Aug 2003 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

DZHUMA, Abbas (Cyrillic: ДЖУМА, Аббас) (a.k.a. DJUMA, Abbas; a.k.a. DZHUMA, Abbas Mokhammadovich (Cyrillic: ДЖУМА, Аббас Мохаммадович)), Moscow, Russia; DOB 10 Jul 1993; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 724609161 (Russia) expires 23 May 2023 (individual) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

DZHUMA, Abbas Mokhammadovich (Cyrillic: ДЖУМА, Аббас Мохаммадович) (a.k.a. DJUMA, Abbas; a.k.a. DZHUMA, Abbas (Cyrillic: ДЖУМА, Аббас)), Moscow, Russia; DOB 10 Jul 1993; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 724609161 (Russia) expires 23 May 2023 (individual) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

DZIARZAUNY VAJENNA-PRAMYSLOVY KAMITET (Cyrillic: ДЗЯРЖАЎНЫ ВАЕННА-ПРАМЫСЛОВЫ КАМІТЭТ) (a.k.a. BELARUSIAN STATE AUTHORITY FOR MILITARY INDUSTRY; a.k.a. GOSKOMVOYENPROM (Cyrillic: ГОСКОМВОЕНПРОМ); a.k.a. STATE AUTHORITY FOR MILITARY INDUSTRY OF THE REPUBLIC OF BELARUS; a.k.a. STATE MILITARY-INDUSTRIAL COMMITTEE OF BELARUS (Cyrillic: ГОСУДАРСТВЕННЫЙ ВОЕННО-ПРОМЫШЛЕННЫЙ КОМИТЕТ БЕЛАРУСИ)), 115 Nezavisimosti Avenue,

Minsk 220114, Belarus; Website http://www.vpk.gov.by/; Organization Established Date 30 Dec 2003; Target Type Government Entity [BELARUS-EO14038].

DZIMENSHTEIN, Arkadzi Samuilavich (Cyrillic: ДЗІМЕНШТЭЙН, Аркадзій Самуілавіч) (a.k.a. DIMENSHTEIN, Arkady Samuilovich (Cyrillic: ДЗИМЕНШТЕЙН, Аркадий Самуилович)), Belarus; DOB 13 Jan 1956; POB Borisov, Belarus; nationality Belarus; Gender Male; National ID No. 3130156A064PB3 (Belarus) (individual) [BELARUS-EO14038] (Linked To: ALC DISKOMS).

DZINIKASHVILI, Dmitrij Vladimirovich (a.k.a. DZINIKASHVILI, Dmitriy Vladimirovich (Cyrillic: ДЖИНИКАШВИЛИ, Дмитрий Владимирович); a.k.a. DZYNIKASHVILI, Dmytro Volodymyrovych (Cyrillic: ДЖИНІКАШВІЛІ, Дмитро Володимирович)), Rostov-na-Donu, Russia; DOB 17 Jul 1987; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

DZINIKASHVILI, Dmitriy Vladimirovich (Cyrillic: ДЖИНИКАШВИЛИ, Дмитрий Владимирович) (a.k.a. DZINIKASHVILI, Dmitrij Vladimirovich; a.k.a. DZYNIKASHVILI, Dmytro Volodymyrovych (Cyrillic: ДЖИНІКАШВІЛІ, Дмитро Володимирович)), Rostov-na-Donu, Russia; DOB 17 Jul 1987; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

DZYARZHAUNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: ДЗЯРЖАЎНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ) (a.k.a. CENTRKURORT; a.k.a. GOSUDARSTVENNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: ГОСУДАРСТВЕННОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. REPUBLICAN UNITARY ENTERPRISE TSENTRKURORT; a.k.a. RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: РЭСПУБЛІКАНСКАЕ ЎНІТАРНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. RESPUBLIKANSKOYE UNITARNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. STATE ENTERPRISE TSENTRKURORT;

a.k.a. TSENTRKURORT), ul. Myasnikova, d. 39, kom. 338, Minsk 220048, Belarus (Cyrillic: ул. Мясникова, д. 39, ком. 338, г. Минск 220048, Belarus); Organization Established Date 19 Jul 2000; Organization Type: Tour operator activities; alt. Organization Type: Travel agency activities; Target Type State-Owned Enterprise; Registration Number 100726604 (Belarus) [BELARUS-EO14038].

DZYNIKASHVILI, Dmytro Volodymyrovych (Cyrillic: ДЖИНІКАШВІЛІ, Дмитро Володимирович) (a.k.a. DZINIKASHVILI, Dmitrij Vladimirovich; a.k.a. DZINIKASHVILI, Dmitriy Vladimirovich (Cyrillic: ДЖИНИКАШВИЛИ, Дмитрий Владимирович)), Rostov-na-Donu, Russia; DOB 17 Jul 1987; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

DZYUBA, Viktor Viktorovich (Cyrillic: ДЗЮБА, Виктор Викторович), Russia; DOB 10 Aug 1977; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

E.K.T. (KATRANGI BROS.) (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street,

Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

EAST AND WEST ENTERPRISES (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

EAST ASIA GENERAL TRADING CO. LTD. (a.k.a. EAST ASIA TRADING IMPORT AND EXPORT TRADE CO., LTD.; a.k.a. "EAST ASIA TRADING"), Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Marshall Islands; No. 815, Duhui Plaza, Zhonghang Road, Futian District, Shenzhen, Guangdong, China; Website https://www.eastasiatrading.net/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 12 Jun 2019; Business Registration Number 101444 (Marshall Islands) [IRAN-EO13846] (Linked To: NAFTIRAN INTERTRADE CO. LIMITED).

EAST ASIA TRADING IMPORT AND EXPORT TRADE CO., LTD. (a.k.a. EAST ASIA GENERAL TRADING CO. LTD.; a.k.a. "EAST ASIA TRADING"), Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Marshall Islands; No. 815, Duhui Plaza, Zhonghang Road, Futian District, Shenzhen, Guangdong, China; Website https://www.eastasiatrading.net/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 12 Jun 2019; Business Registration Number 101444 (Marshall Islands) [IRAN-EO13846] (Linked To: NAFTIRAN INTERTRADE CO. LIMITED).

EAST OCEAN RASHIN (Arabic: راشین اقیانون شرق) (a.k.a. EAST OCEAN RASHIN SHIPPING CO; a.k.a. EAST RASHIN OCEAN CO., LTD.; a.k.a. RASHIN OCEAN EAST CO., LTD.), Central Part, Enterpreneurial Neighborhood, Salehi Street, Golestan Street, No. 0, Lian Building Ground Floor, Unit 1, Assaluyeh City, Bushehr Province 75119757543, Iran; Central Part, Laneh Square, Jomhuri Eslami Street, Sadaf Alley, No. 0, Armin 2 Building, Second Floor, Unit 7, Assaluyeh City, Bushehr Province 7511934725, Iran; National ID No. 14008898707 (Iran); Registration Number 38 (Iran) [IRAN-EO13846].

EAST OCEAN RASHIN SHIPPING CO (a.k.a. EAST OCEAN RASHIN (Arabic: راشین اقیانون شرق); a.k.a. EAST RASHIN OCEAN CO., LTD.; a.k.a. RASHIN OCEAN EAST CO., LTD.), Central Part, Enterpreneurial Neighborhood, Salehi Street, Golestan Street, No. 0, Lian Building Ground Floor, Unit 1, Assaluyeh City, Bushehr Province 75119757543, Iran; Central Part, Laneh Square, Jomhuri Eslami Street, Sadaf Alley, No. 0, Armin 2 Building, Second Floor, Unit 7, Assaluyeh City, Bushehr Province 7511934725, Iran; National ID No. 14008898707 (Iran); Registration Number 38 (Iran) [IRAN-EO13846].

EAST RASHIN OCEAN CO., LTD. (a.k.a. EAST OCEAN RASHIN (Arabic: راشین اقیانون شرق); a.k.a. EAST OCEAN RASHIN SHIPPING CO; a.k.a. RASHIN OCEAN EAST CO., LTD.), Central Part, Enterpreneurial Neighborhood, Salehi Street, Golestan Street, No. 0, Lian Building Ground Floor, Unit 1, Assaluyeh City, Bushehr Province 75119757543, Iran; Central Part, Laneh Square, Jomhuri Eslami Street, Sadaf Alley, No. 0, Armin 2 Building, Second Floor, Unit 7, Assaluyeh City, Bushehr Province 7511934725, Iran; National ID No. 14008898707 (Iran); Registration Number 38 (Iran) [IRAN-EO13846].

EAST RISE CORPORATION LIMITED (Chinese Traditional: 振東有限公司), Room 1003, 10/F, Wu Sang House, 655 Nathan Road, Mong Kok, Kowloon, Hong Kong, China; Website https://eastrise.hk; Organization Established Date 08 Apr 2011; Company Number 1585306 (Hong Kong); Business Registration Number 58200808 (Hong Kong) [DRCONGO].

EAST SEA SHIPPING COMPANY (a.k.a. HAEYANG CREW MANAGEMENT COMPANY; a.k.a. KOREA MIRAE SHIPPING CO. LTD.; a.k.a. OCEAN MARITIME MANAGEMENT COMPANY LIMITED), Dongheung-dong Changgwang Street, Chung-ku, PO Box 125, Pyongyang, Korea, North; Donghung Dong, Central District, PO Box 120, Pyongyang, Korea, North; No. 10, 10th Floor, Unit 1, Wu Wu Lu 32-1, Zhong Shan Qu, Dalian City, Liaoning Province, China; 22 Jin Cheng Jie, Zhong Shan Qu, Dalian City, Liaoning Province, China; 43-39 Lugovaya, Vladivostok, Russia; CPO Box 120, Tonghung-dong, Chung-gu, Pyongyang, Korea, North; Bangkok, Thailand; Lima, Peru; Port Said, Egypt; Singapore; Brazil; Hong Kong, China; Shenzhen, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 1790183 [DPRK].

EAST STAR COMPANY (a.k.a. SATEREH SHARGH MOBIN CO.; a.k.a. SATEREH SHARGH SAMIN CO., LTD.; a.k.a. SETAREH SHARGH CO.), Unit 5, Third Floor, 15th Street, Bokharest Avenue, Tehran, Iran; Additional

Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

EAST STAR INVESTMENTS LIMITED, d. 3A str. 1 pom 10/3, ul. Solnechnaya, Moskovsky, Moscow 108813, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Dec 2020; Tax ID No. 7751190171 (Russia); Registration Number 1207700492900 (Russia) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

EAST WEST CONVERSION (a.k.a. OOO OVK), Pr-d Olonetskii D. 4, K.2, E 5 pom.XII K 12A, Moscow 129281, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716561842 (Russia); Registration Number 1067758702340 (Russia) [RUSSIA-EO14024].

EAST WEST UNITED BANK SA, Villa Foch, 10 Blvd Joseph II, Luxembourg L-1840, Luxembourg; SWIFT/BIC EWUBLULL; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; V.A.T. Number LU 12023787 (Luxembourg); Identification Number 4R1MXL.99999.SL.442 (Luxembourg); Legal Entity Number 549300S54HVJT5564C37; Registration Number B 12049 (Luxembourg) [RUSSIA-EO14024] (Linked To: SISTEMA PUBLIC JOINT STOCK FINANCIAL CORPORATION).

EASTCHEM SHIPPING SDN. BHD. (a.k.a. SENSE SHIPPING AND TRADING SDN. BHD.), NO 43-M, Jalan Thambypillai off Jalan Tun Sambanthan, Kuala Lumpur, MY-14 50470, Malaysia; P04-18 Impian Meridian Commerze, Jalan Subang 1, USJ 1, Subang Jaya, MY-10 47600, Malaysia; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 04 May 2021; Business Registration Number 202101016872 (Malaysia) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

EASTERN TRADE LIMITED LIABILITY COMPANY (a.k.a. EASTERN TRADE LLC; a.k.a. OOO ISTERN TREYD), Ul. Obrucheva D. 30/1, Str. 1, Pomeshch. III, Kom. 1, Moscow 117485, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9728061541 (Russia); Registration Number 1227700215335 (Russia) [RUSSIA-EO14024].

EASTERN TRADE LLC (a.k.a. EASTERN TRADE LIMITED LIABILITY COMPANY; a.k.a. OOO ISTERN TREYD), Ul. Obrucheva D. 30/1, Str. 1, Pomeshch. III, Kom. 1, Moscow 117485,

Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9728061541 (Russia); Registration Number 1227700215335 (Russia) [RUSSIA-EO14024].

EASTERN TURKISTAN ISLAMIC MOVEMENT (a.k.a. EASTERN TURKISTAN ISLAMIC PARTY; a.k.a. ETIM; a.k.a. ETIP); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

EASTERN TURKISTAN ISLAMIC PARTY (a.k.a. EASTERN TURKISTAN ISLAMIC MOVEMENT; a.k.a. ETIM; a.k.a. ETIP); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

EASTNINE CHEMICALS CO., LTD. (f.k.a. EASTNINE INTERNATIONAL TRADING CO., LTD.; a.k.a. KAIKAI TECHNOLOGY CO., LTD.; a.k.a. NANJING KAIKAI POLYURETHANE CO., LTD.; a.k.a. NANJING KAIKAI TECHNOLOGY CO., LTD.), No. 3 Fangcao Garden, Longjiang District, Nanjing, Jiangsu 210038, China; Des Voeux Road, Hong Kong; No. 2, Zhongxin Group, Yanshanhe Village, Yangmiao Town, Yangzhou, Jiangsu 210038, China; Goldencard Building, No. 83 Suojing Road, Nanjing, Jiangsu 210000, China; 334 Te Atatu Road, Te Atatu South, Auckland, New Zealand; Website http://www.kk-pu.com; Email Address info@kk-pu.com; alt. Email Address kaikaitech@gmail.com; alt. Email Address kktech12345@gmail.com; Business Registration Document # 9429033056678 (New Zealand) [SDNTK].

EASTNINE INTERNATIONAL TRADING CO., LTD. (a.k.a. EASTNINE CHEMICALS CO., LTD.; a.k.a. KAIKAI TECHNOLOGY CO., LTD.; a.k.a. NANJING KAIKAI POLYURETHANE CO., LTD.; a.k.a. NANJING KAIKAI TECHNOLOGY CO., LTD.), No. 3 Fangcao Garden, Longjiang District, Nanjing, Jiangsu 210038, China; Des Voeux Road, Hong Kong; No. 2, Zhongxin Group, Yanshanhe Village, Yangmiao Town, Yangzhou, Jiangsu 210038, China; Goldencard Building, No. 83 Suojing Road, Nanjing, Jiangsu 210000, China; 334 Te Atatu Road, Te Atatu South, Auckland, New Zealand; Website http://www.kk-pu.com; Email Address info@kk-pu.com; alt. Email Address kaikaitech@gmail.com; alt. Email Address kktech12345@gmail.com; Business Registration Document # 9429033056678 (New Zealand) [SDNTK].

EASY CASH S. DE R.L., San Pedro Sula, Cortes, Honduras [SDNTK].

EBAD ZADEH, Reza (a.k.a. EBADZADEH, Reza; a.k.a. SEMNANI, Reza Ebadzadeh), Tehran, Iran; DOB 13 Jun 1964; citizen Iran; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); Passport H40620699 (Iran); National ID No. 0941786821 (Iran); Director of Main Street 1095 Proprietary Limited (individual) [IRAN-EO13846] (Linked To: MAIN STREET 1095 PROPRIETARY LIMITED).

EBADZADEH, Reza (a.k.a. EBAD ZADEH, Reza; a.k.a. SEMNANI, Reza Ebadzadeh), Tehran, Iran; DOB 13 Jun 1964; citizen Iran; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); Passport H40620699 (Iran); National ID No. 0941786821 (Iran); Director of Main Street 1095 Proprietary Limited (individual) [IRAN-EO13846] (Linked To: MAIN STREET 1095 PROPRIETARY LIMITED).

EBERAHIM, Abbas (a.k.a. "BASU"), 43 Walana Cres, Kooringal, NSW 2650, Australia; Golden Triangle Special Economic Zone, Bokeo, Laos; 292 Moo 1 Wiang, Chiang Saen District, Chiang Rai 57150, Thailand; DOB 11 Sep 1949; POB Malaysia; nationality Australia; Gender Male; Passport N2315963 (Australia) (individual) [TCO] (Linked To: ZHAO WEI TCO).

EBRAHIM, Dawood (a.k.a. ANIS, Ibrahim Shaikh Mohd; a.k.a. AZIZ, Abdul Hamid Abdul; a.k.a. DILIP, Aziz; a.k.a. HASAN, Shaikh Daud; a.k.a. HASSAN, Dawood; a.k.a. IBRAHIM, Anis; a.k.a. IBRAHIM, Dawood; a.k.a. IBRAHIM, Dawood Sheik; a.k.a. KASKAR, Dawood Ibrahim; a.k.a. REHMAN, Shaikh Ismail Abdul; a.k.a. SABRI, Dawood; a.k.a. SAHEB, Amir; a.k.a. SETH, Iqbal), 617 CP Berar Society, Block 7-8, Karachi, Pakistan; House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade,

Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

EBRAHIMI FORUSHAN, Hamid Hajji (a.k.a. EBRAHIMI FORUSHANI, Hamid Hajji), Esfahan, Iran; DOB 08 Sep 1980; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1141913534 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

EBRAHIMI FORUSHANI, Hamid Hajji (a.k.a. EBRAHIMI FORUSHAN, Hamid Hajji), Esfahan, Iran; DOB 08 Sep 1980; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1141913534 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

EBRAHIMI, Ayatollah; DOB 1972; POB Qomshaneh, Hamadan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ANSAR BANK).

EBRAHIMI, Hasan Dehghan (a.k.a. IBRAHIMI, Hasan Dahqan); DOB 21 Mar 1961; POB Dezfool, Iran; Additional Sanctions Information -

Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U19707756 (Iran) issued 12 May 2011 expires 11 May 2016 (individual) [SDGT] [IRGC] [IFSR].

EBRAHIMI, Jamal Jafaar Mohammed Ali (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

EBRAHIMI, Mohammad (a.k.a. EBRAHIMI, Reza); DOB 21 Mar 1973; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

EBRAHIMI, Mohsen (Arabic: محسن ابراهيمى), Iran; DOB 1961; alt. DOB 1962; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 48107174 (Iran) (individual) [IRAN-HR] (Linked To: IRAN'S COUNTER-TERROR SPECIAL FORCES).

EBRAHIMI, Reza (a.k.a. EBRAHIMI, Mohammad); DOB 21 Mar 1973; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

EBRAHIMIHARKIAN, Ramin (a.k.a. ASAN, Nihat; a.k.a. ASAN, Nihat Abdul Kadir (Arabic: نيهات عبدالقدير آسان); a.k.a. ASAN, Nihat Abdulkadir; a.k.a. ASHAN, Nihat; a.k.a. KURD, Ibrahim; a.k.a. "BAHTIYAR"), Orumiyeh, West Azerbaijan, Iran; DOB 01 Oct 1981; alt. DOB 11 Nov 1981; POB Van, Turkey; nationality Iran; Additional Sanctions Information - Subject to

Secondary Sanctions; Gender Male; Passport U13927927 (Turkey) expires 25 Jan 2027; National ID No. 2751062326 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

EBRAHIMZADEH, Mahdi (a.k.a. ARDAKANI, Mehdi Hosein Ebrahimzadeh); DOB 1985; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4449759990 (Iran) (individual) [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed).

EBTEKAR SANAT ELYA (a.k.a. EBTEKAR SANAT ILIA; a.k.a. EBTEKAR SANAT ILIYA; a.k.a. EBTEKAR SANAT ILIYA COMPANY; a.k.a. EBTEKAR SANAT ILYA CO. LTD; a.k.a. EBTEKAR SANAT ILYA LLC (Arabic: ابتكار صنعت ايليا)), Apt. No. 10, Bldg. No. 517, between Khavar and Valiasr Crossroads, Farjam Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320636846; Registration Number 412225 [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed; Linked To: RASTAFANN ERTEBAT ENGINEERING COMPANY).

EBTEKAR SANAT ILIA (a.k.a. EBTEKAR SANAT ELYA; a.k.a. EBTEKAR SANAT ILIYA; a.k.a. EBTEKAR SANAT ILIYA COMPANY; a.k.a. EBTEKAR SANAT ILYA CO. LTD; a.k.a. EBTEKAR SANAT ILYA LLC (Arabic: ابتكار صنعت ايليا)), Apt. No. 10, Bldg. No. 517, between Khavar and Valiasr Crossroads, Farjam Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320636846; Registration Number 412225 [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed; Linked To: RASTAFANN ERTEBAT ENGINEERING COMPANY).

EBTEKAR SANAT ILIYA (a.k.a. EBTEKAR SANAT ELYA; a.k.a. EBTEKAR SANAT ILIA; a.k.a. EBTEKAR SANAT ILIYA COMPANY; a.k.a. EBTEKAR SANAT ILYA CO. LTD; a.k.a. EBTEKAR SANAT ILYA LLC (Arabic: ابتكار صنعت ايليا)), Apt. No. 10, Bldg. No. 517, between Khavar and Valiasr Crossroads, Farjam Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320636846; Registration Number 412225 [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed; Linked To: RASTAFANN ERTEBAT ENGINEERING COMPANY).

EBTEKAR SANAT ILIYA COMPANY (a.k.a. EBTEKAR SANAT ELYA; a.k.a. EBTEKAR SANAT ILIA; a.k.a. EBTEKAR SANAT ILIYA; a.k.a. EBTEKAR SANAT ILYA CO. LTD; a.k.a.

EBTEKAR SANAT ILYA LLC (Arabic: ابتكار صنعت ایلیا), Apt. No. 10, Bldg. No. 517, between Khavar and Valiasr Crossroads, Farjam Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320636846; Registration Number 412225 [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed; Linked To: RASTAFANN ERTEBAT ENGINEERING COMPANY).

EBTEKAR SANAT ILYA CO. LTD (a.k.a. EBTEKAR SANAT ELYA; a.k.a. EBTEKAR SANAT ILIA; a.k.a. EBTEKAR SANAT ILIYA; a.k.a. EBTEKAR SANAT ILIYA COMPANY; a.k.a. EBTEKAR SANAT ILYA LLC (Arabic: ابتكار صنعت ایلیا)), Apt. No. 10, Bldg. No. 517, between Khavar and Valiasr Crossroads, Farjam Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320636846; Registration Number 412225 [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed; Linked To: RASTAFANN ERTEBAT ENGINEERING COMPANY).

EBTEKAR SANAT ILYA LLC (Arabic: ابتكار صنعت ایلیا) (a.k.a. EBTEKAR SANAT ELYA; a.k.a. EBTEKAR SANAT ILIA; a.k.a. EBTEKAR SANAT ILIYA; a.k.a. EBTEKAR SANAT ILIYA COMPANY; a.k.a. EBTEKAR SANAT ILYA CO. LTD), Apt. No. 10, Bldg. No. 517, between Khavar and Valiasr Crossroads, Farjam Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320636846; Registration Number 412225 [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed; Linked To: RASTAFANN ERTEBAT ENGINEERING COMPANY).

EBU MER'A, Muh Muhammad Sami Muhammad (a.k.a. ABU MAREI, Muhammad Sami Muhammad; a.k.a. ABU MEREI, Mohammed Sami; a.k.a. ABU-MAR'I, Mohammed Sami Muhammad (Arabic: محمد سامي محمد أبومرعى)), Gaza; North Gaza; DOB 05 Feb 1985; alt. DOB 02 May 1985; nationality Palestinian; citizen Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 800451015 (Palestinian) (individual) [SDGT] (Linked To: AL WEAM CHARITABLE SOCIETY).

EBZEEV, Boris Safarovich (Cyrillic: ЭБЗЕЕВ, Борис Сафарович), Moscow, Russia; DOB 25 Feb 1950; POB Jangi-Jer, Kyrgyzstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ECHEBERRIA SIMARRO, Leire; DOB 20 Dec 1977; POB Basauri (Vizcaya Province), Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 45.625.646; member ETA (individual) [SDGT].

ECHEGARAY ACHIRICA, Alfonso; DOB 10 Jan 1958; POB Plencia (Vizcaya Province), Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 16.027.051; member ETA (individual) [SDGT].

ECHEVERRI HERRERA, Hernando (a.k.a. ECHEVERRY HERRERA, Hernando), c/o INDUSTRIA DE PESCA SOBRE EL PACIFICO S.A., Buenaventura, Colombia; Cedula No. 1625525 (Colombia) (individual) [SDNT].

ECHEVERRI PAREJA, Oscar Alonso (a.k.a. "MOSCO"); DOB 07 May 1971; POB Envigado, Antioquia, Colombia; citizen Colombia; Cedula No. 98564040 (Colombia) (individual) [SDNTK] (Linked To: ACUAMATERIALES Y CIA. LIMITADA).

ECHEVERRY HERRERA, Hernando (a.k.a. ECHEVERRI HERRERA, Hernando), c/o INDUSTRIA DE PESCA SOBRE EL PACIFICO S.A., Buenaventura, Colombia; Cedula No. 1625525 (Colombia) (individual) [SDNT].

ECIM, Ljuban; DOB 06 Jan 1964; POB Sviljanac, Bosnia-Herzegovina; National ID No. 601964100083 (Bosnia and Herzegovina) (individual) [BALKANS].

ECO CAMPESTRES ULTRA, S.A.P.I. DE C.V., Mazatlan, Sinaloa, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 02 Jul 2021; Organization Type: Activities of holding companies; Folio Mercantil No. N-2021045595 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: NUNEZ RIOS, Jose Raul).

ECO MAX FZE, Office E-07F-08 & E-41F-12, P1-ELOB & P6-ELOB, Hamriyah Free Zone, Sharjah, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Oct 2020; Identification Number IMO 6228565; License 18921 (United Arab Emirates); Economic Register Number (CBLS) 11583016 (United Arab Emirates) [SDGT] (Linked To: ECO MAX TRADING FZE).

ECO MAX FZE (a.k.a. ECO MAX TRADING FZE), PO Box 50633, P1-ELOB Office, Hamriyah Free Zone, Sharjah, United Arab

Emirates; Office 1515, B2B Tower, Business Bay, Bur Dubai, Dubai, United Arab Emirates; Website www.ecomaxtrade.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Jun 2019; Identification Number IMO 6195693; License 17998 (United Arab Emirates); Economic Register Number (CBLS) 11578943 (United Arab Emirates) [SDGT] (Linked To: SKRIABIN, Yevhen).

ECO MAX TRADING FZE (a.k.a. ECO MAX FZE), PO Box 50633, P1-ELOB Office, Hamriyah Free Zone, Sharjah, United Arab Emirates; Office 1515, B2B Tower, Business Bay, Bur Dubai, Dubai, United Arab Emirates; Website www.ecomaxtrade.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Jun 2019; Identification Number IMO 6195693; License 17998 (United Arab Emirates); Economic Register Number (CBLS) 11578943 (United Arab Emirates) [SDGT] (Linked To: SKRIABIN, Yevhen).

ECO SHIPPING LLC RUS (a.k.a. EKO SHIPPING LIMITED LIABILITY COMPANY; a.k.a. LLC ECO SHIPPING), Office 207, ul Karla Marksa 15, Arkhangelsk 162000, Russia; d. 8 str. 1, Prichalnaya Isakogorki, Arkhangelsk 163035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2901223574 (Russia); Registration Number 1122901001475 (Russia) [RUSSIA-EO14024].

ECOBU, Patrick (a.k.a. MUKISA, Patrick), Uganda; DOB 29 Jan 1976; nationality Uganda; Gender Male; National ID No. 001278331 (Uganda) (individual) [GLOMAG].

ECOLOGY COSMONAUTICS AVIATION (Cyrillic: ЭКОЛОГИЯ КОСМОНАВТИКА АВИАЦИЯ) (a.k.a. JOINT STOCK COMPANY EKA; a.k.a. "AKTSIONERNOE OBSHCHESTVO EKA"; a.k.a. "AO EKA"), D. 1/4 Pionerskaya, Korolev 141090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5054002290 (Russia); Registration Number 1025002036730 (Russia) [RUSSIA-EO14024].

ECONOCOMBUSTIBLES DE VERACRUZ, S.A. DE C.V., Veracruz, Veracruz, Mexico; Organization Established Date 31 May 2021; Organization Type: Retail sale of automotive fuel in specialized stores; Folio Mercantil No. N-2021040073 (Mexico) [ILLICIT-DRUGS-EO14059].

ECONOMY TODAY LLC (a.k.a. EKONOMIKA SEGODNYA), d. 19 Litera A. Pom. 423, Ul. Zhukova, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: LIMITED LIABILITY COMPANY CONCORD MANAGEMENT AND CONSULTING).

ECONSFERA LIMITED LIABILITY COMPANY (a.k.a. EKOFERA LLC; a.k.a. EKOSFERA LLC), No 22, St Sumskaya 46, Kharkiv 62080, Ukraine; No 35, Building 6, St Profesorska 30, Kharkiv 61070, Ukraine; Building 58, Antonovycha Street, Holociyivs'kyy rayon, Kyiv 03150, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 19 Aug 2016; Tax ID No. 40760885 (Ukraine); Business Registration Number 13541020000006395 (Ukraine) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

ECOTECHPLAST LLC (a.k.a. EKOTEKHPLAST), Ter. Portovaya Osobaya Ekonomicheskaya Zona, Pr-d Industrialnyi Zd. 15, Str. 1, Pomeshch. 4, S.p. Mirnovskoe 433405, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7300003541 (Russia); Registration Number 1227300007263 (Russia) [RUSSIA-EO14024].

EDBI EXCHANGE BROKERAGE (a.k.a. EDBI EXCHANGE COMPANY), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: EXPORT DEVELOPMENT BANK OF IRAN).

EDBI EXCHANGE COMPANY (a.k.a. EDBI EXCHANGE BROKERAGE), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: EXPORT DEVELOPMENT BANK OF IRAN).

EDBI STOCK BROKERAGE, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: EXPORT DEVELOPMENT BANK OF IRAN).

EDDAR INTERNATIONAL COMPANY (a.k.a. SARL SIDAR; a.k.a. SIDAR COMPANY (Arabic: شركة سيدار); a.k.a. SIDAR INTERNATIONAL HOLDING COMPANY WLL), 141 Coup Imobiliere el bina lot N 141, Dely Ibrahim, Algiers, Algeria; Lotissement 108 Lot N50 Commune, El Hachiniia, Algeria; 141 Cooperative Immobilere De Construction Lot N141, Dely Ibrahim, Algeria; 141 Hai El Bina, Dely Ibrahim, Algeria; Website http://sidar-dz.com/en; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

EDE 2 EOOD, 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2002; V.A.T. Number BG 130855508 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

EDERY CRIVOSEI, Jaime; DOB 27 Aug 1957; POB Bogota, Colombia; Cedula No. 16588834 (Colombia) (individual) [SDNTK] (Linked To: LILIANA ESQUENAZI M. & CIA. S. C. S.; Linked To: BIESTRA S.A.; Linked To: AGROPECUARIA LA PERLA LTDA.; Linked To: KPD S.A.).

EDGAR COMMERCIAL SOLUTIONS FZE (Arabic: ايدجار كوميرشال سوليوشنز م م ح), P2-ELOB Office No. E-08F-26, Hamriyah Free Zone, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; License 18865 (United Arab Emirates); Economic Register Number (CBLS) 11582964 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

EDICIONES CUBANAS, Spain [CUBA].

EDINYFAKTOR OOO (a.k.a. ONEFACTOR LIMITED LIABILITY COMPANY (Cyrillic: ЕДИНЫЙФАКТОР ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); a.k.a. YEDINYIFAKTOR OOO), d. 41 pom. 5.62, per. Oruzheiny, Moscow 127006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Jul 2010; Tax ID No. 7729660992 (Russia); Government Gazette Number 66999175 (Russia); Registration Number 1107746601731 (Russia) [RUSSIA-EO14024] (Linked To: MEGAFON PAO).

EDINYI TSENTR METALLOOBRABOTKI (a.k.a. UNIFIED METALWORKING CENTER; a.k.a. "ETSM"), 11V Mikhailova St., Saint Petersburg 195009, Russia; Pr-Kt Engelsa D. 27, Lit. K, Pomeshch. 1-N, Kom. 52, Saint Petersburg 194156, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802574250 (Russia); Registration Number 1167847190169 (Russia) [RUSSIA-EO14024].

EDISA DIS TICARET LIMITED SIRKETI (Latin: EDİSA DIŞ TİCARET LİMİTED ŞİRKETİ), Barbaros Hayrettin Pasa Mah, Sehitler Cad.gumus, Rez. 8/189, Esenyurt, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 16 Jan 2019; Tax ID No. 3240825875 (Turkey); Turkish Identification Number 0324082587500001 (Turkey); Chamber of Commerce Number 1165227 (Turkey); Registration Number 175445-5 (Turkey) [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

EDITORA TRANSPARENCIA S.A., Jr. Bolognesi 125, Dpto. 301, Lima, Peru; RUC # 20508146885 (Peru) [SDNTK].

EDITORIAL MERCADO ECUESTRE, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Organization Established Date 11 Jan 2005; Organization Type: Publishing of newspapers, journals and periodicals; Folio Mercantil No. 28481 (Mexico) [ILLICIT-DRUGS-EO14059].

EDUCATIONAL DEVELOPMENT ASSOCIATION (f.k.a. AL-SHAHID SOCIAL ASSOCIATION; a.k.a. GOODWILL CHARITABLE ORGANIZATION, INC.), 13106 Warren Ave. Suite #4, Dearborn, MI 48126, United States; PO Box 1794, Dearborn, MI 48126, United States; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

EDYJU, S.A., Panama [CUBA].

EFBET PARTNERS OOD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2017; Government Gazette Number 204839749 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

EFENDIEV, Nazim Tofik Ogly, 17-3 Protopopovsky Pereulok, Apt. 66, Moscow 129090, Russia; DOB 16 Sep 1963; POB Baku, Azerbaijan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530325856 (Russia) issued 07 Feb 2013 expires 22 Oct 2022; alt. Passport 753519704 (Russia) issued 30 Jul 2016 expires 30 Jul 2026; alt. Passport

764735608 (Russia) issued 02 Jun 2021 expires 02 Jun 2031; National ID No. 4508499921 (Russia) (individual) [RUSSIA-EO14024].

EFFICIENT PROVIDER SERVICES GMBH (a.k.a. MCS ENGINEERING), Karlstrasse 21, Dinslaken, Nordrhein-Westfalen 46535, Germany; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

EFIMOV, Anton Anatolevich (a.k.a. EFIMOV, Anton Anatolyevich), Spain; Estonia; Russia; DOB 31 Aug 1975; alt. DOB 08 Aug 1975; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

EFIMOV, Anton Anatolyevich (a.k.a. EFIMOV, Anton Anatolevich), Spain; Estonia; Russia; DOB 31 Aug 1975; alt. DOB 08 Aug 1975; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

EFREMOV, Andrei Anatolyevich (a.k.a. EFREMOV, Andrey (Cyrillic: ЕФРЕМОВ, Андрей)), Moscow, Russia; DOB 06 Sep 1978; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530144516 (Russia); Tax ID No. 772642282067 (Russia) (individual) [RUSSIA-EO14024].

EFREMOV, Andrey (Cyrillic: ЕФРЕМОВ, Андрей) (a.k.a. EFREMOV, Andrei Anatolyevich), Moscow, Russia; DOB 06 Sep 1978; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530144516 (Russia); Tax ID No. 772642282067 (Russia) (individual) [RUSSIA-EO14024].

EFTEKHAR BANK (a.k.a. HONOR BANK; a.k.a. HONORBANK; a.k.a. HONORBANK ZAO; a.k.a. ONER BANK; a.k.a. ONERBANK; a.k.a. ONER-BANK; a.k.a. ONERBANK ZAO), Ulitsa Klary Tsetkin 51, Minsk 220004, Belarus; SWIFT/BIC HNRBBY2X; Registration ID 807000227 (Belarus) issued 16 Oct 2009; all offices worldwide [IRAN].

EFTEKHARI, Sayyed Hosein Majid Musavi (a.k.a. IFTIKHARI, Sayyid Husayn Musawi), Iran; DOB 17 Feb 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0040158721 (Iran) (individual) [NPWMD] [IRGC] [IFSR].

EGEREVA, Tatyana Borisovna (Cyrillic: ЕГЕРЕВА, Татьяна Борисовна) (f.k.a. GORLACH, Tatyana Borisovna (Cyrillic:

ГОРЛАЧ, Татьяна Борисовна); a.k.a. KIRYANOVA, Tatiana Borisovna (Cyrillic: КИРЬЯНОВА, Татьяна Борисовна)), Str. Profsoyuznaya 136-1-200, Moscow 117321, Russia; DOB 20 Apr 1966; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 714842540 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KIRYANOV, Victor Nikolayevich).

EGETIR OTOMOTIV SANAYI VE TICARET LIMITED SIRKETI, Canakkale Caddesino: 57 Pinarbasi, Izmir 35060, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Chamber of Commerce Number 1138121 (Turkey); Business Registration Number 126793 (Turkey) [RUSSIA-EO14024].

EGHTESAD NOVIN BANK (a.k.a. BANK EGHTESAD NOVIN; a.k.a. BANK-E EGHTESAD NOVIN; a.k.a. EN BANK PJSC), Vali Asr Street, Above Vanak Circle, across Niayesh, Esfandiari Blvd., No. 24, Tehran, Iran; SWIFT/BIC BEGNIRTH; Website www.enbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

EGIR SHIPPING LTD, Suite 10, 3rd Floor, La Ciotat, Mont Fleuri, Mahe Island, Seychelles; Identification Number IMO 0025596 [IRAN-EO13902].

EGOROV, Maksim Borisovich (Cyrillic: ЕГОРОВ, Максим Борисович), Tambov Region, Russia; DOB 23 May 1977; POB Nizhniy Novgorod, Nizhniy Novgorod Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 525801877896 (Russia) (individual) [RUSSIA-EO14024].

EGP (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH;

a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA (a.k.a. AL-GAMA'AT; a.k.a. GAMA'A AL-ISLAMIYYA; a.k.a. ISLAMIC GAMA'AT; a.k.a. ISLAMIC GROUP; a.k.a. "GI"; a.k.a. "IG"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

EGYPTIAN AL-JIHAD (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

EGYPTIAN ISLAMIC JIHAD (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

EGYPTIAN MUSLIM BROTHERHOOD (Arabic: الإخوان المسلمون), Egypt; Website www.ikhwaonline.com; alt. Website

www.ikhwanweb.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1928; Organization Type: Advocacy organization [SDGT] (Linked To: HAMAS).

EH MOO, Saw Htoo (a.k.a. MHU, Saw Eh), Karen State, Burma; DOB 31 Oct 1992; nationality Burma; Gender Male; National ID No. 3LabanaN113146 (Burma) (individual) [TCO] [BURMA-EO14014].

EHSAN, Muhammad (a.k.a. AHSAN, Muhammad; a.k.a. IHSAN, Muhammad; a.k.a. "ULLAH, Ehsan"), Sialkot, Pakistan; Islamabad, Pakistan; DOB 1970; alt. DOB 1971; alt. DOB 1972; POB Sialkot, Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

EI SI DZHI FAINENS LIMITED PREDSTAVITELSTVO (a.k.a. ACG FINANCE LIMITED; a.k.a. AQUILA CAPITAL GROUP), Elenion Building, Floor No: 2, Themistokli Dervi 5, Nicosia 1066, Cyprus; d. 23 Str. 1 of 2, Naberezhnaya Savvinskaya, Moscow 119435, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Oct 2005; Tax ID No. 9909197551 (Russia); Registration Number C167057 (Cyprus) [RUSSIA-EO14024].

EIDI ASHJERDI, Hamid (Arabic: حمید عیدی أشجردی) (a.k.a. EYDI ASHJERDI, Hamid), Tehran, Iran; DOB 01 Dec 1963; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport V54707341 (Iran) expires 01 Oct 2026; National ID No. 0053643232 (Iran) (individual) [NPWMD] [IFSR] (Linked To: BONYAN DANESH SHARGH PRIVATE COMPANY).

EIGHTH OCEAN GMBH & CO. KG (a.k.a. EIGHTH OCEAN GMBH AND CO. KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 102533 [IRAN].

EIGHTH OCEAN GMBH AND CO. KG (a.k.a. EIGHTH OCEAN GMBH & CO. KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 102533 [IRAN].

EINI SARKALLEH, Gholamreza (Arabic: غلامرضا عینی سرکله) (a.k.a. EYNI SARKALLEH, Gholamreza; a.k.a. EYNI, Gholamreza), Tehran, Iran; DOB 11 Jul 1975; POB Amlash, Gilan, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 6309425307 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: AZADEGAN TRANSPORTATION COMPANY).

EISMANT, Natallia (a.k.a. EISMANT, Natallia Mikalaeuna (Cyrillic: ЭЙСМАНТ, Наталля Мікалаеўна); a.k.a. EISMONT, Natalia Nikolayevna (Cyrillic: ЭЙСМОНТ, Наталья Николаевна); a.k.a. EISMONT, Natalya), Minsk, Belarus; DOB 16 Feb 1984; POB Minsk, Belarus; nationality Belarus; Gender Female; National ID No. 4160284A004PB3 (Belarus) (individual) [BELARUS].

EISMANT, Natallia Mikalaeuna (Cyrillic: ЭЙСМАНТ, Наталля Мікалаеўна) (a.k.a. EISMANT, Natallia; a.k.a. EISMONT, Natalia Nikolayevna (Cyrillic: ЭЙСМОНТ, Наталья Николаевна); a.k.a. EISMONT, Natalya), Minsk, Belarus; DOB 16 Feb 1984; POB Minsk, Belarus; nationality Belarus; Gender Female; National ID No. 4160284A004PB3 (Belarus) (individual) [BELARUS].

EISMONT, Natalia Nikolayevna (Cyrillic: ЭЙСМОНТ, Наталья Николаевна) (a.k.a. EISMANT, Natallia; a.k.a. EISMANT, Natallia Mikalaeuna (Cyrillic: ЭЙСМАНТ, Наталля Мікалаеўна); a.k.a. EISMONT, Natalya), Minsk, Belarus; DOB 16 Feb 1984; POB Minsk, Belarus; nationality Belarus; Gender Female; National ID No. 4160284A004PB3 (Belarus) (individual) [BELARUS].

EISMONT, Natalya (a.k.a. EISMANT, Natallia; a.k.a. EISMANT, Natallia Mikalaeuna (Cyrillic: ЭЙСМАНТ, Наталля Мікалаеўна); a.k.a. EISMONT, Natalia Nikolayevna (Cyrillic: ЭЙСМОНТ, Наталья Николаевна)), Minsk, Belarus; DOB 16 Feb 1984; POB Minsk, Belarus; nationality Belarus; Gender Female; National ID No. 4160284A004PB3 (Belarus) (individual) [BELARUS].

EJERCITO DE LIBERACION NACIONAL (a.k.a. ELN; a.k.a. NATIONAL LIBERATION ARMY); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

EJERCITO GUERRILLERO POPULAR (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

EJERCITO POPULAR DE LIBERACION (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

EJERCITO REVOLUCIONARIO POPULAR ANTITERRORISTA DE COLOMBIA (a.k.a. ERPAC; a.k.a. PEOPLE'S REVOLUTIONARY ANTI-TERRORIST ARMY OF COLOMBIA), Colombia [SDNTK].

EJYLBEGAJ, Skender (a.k.a. RAKIPI, Aqif), Elbasan, Albania; DOB 01 Apr 1964; POB Durres, Albania; nationality Albania; citizen Albania; Gender Male (individual) [BALKANS-EO14033].

EK IMPORT, Pl. Konstitutsii D. 3, K. 2, Lit. A, Pomeshch 40-N, Chast Pomeshcheniya #1, Saint Petersburg 196247, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7839078314 (Russia); Commercial Registry Number 1177847045430 (Russia) [RUSSIA-EO14024].

EKATOM, Alfred (a.k.a. SARAGBA, Alfred; a.k.a. YEKATOM SARAGBA, Alfred; a.k.a. YEKATOM, Alfred; a.k.a. "Rambo"; a.k.a. "Rambot"; a.k.a. "Rombhot"; a.k.a. "Romboh"; a.k.a. "Rombot"), Mbaiki, Lobaye Prefecture, Central African Republic; Bimbo, Ombella-Mpoko Prefecture, Central African Republic; DOB 23 Jun 1976; POB Central African Republic; nationality Central African Republic (individual) [CAR].

EKB NEVA LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭКБ НЕВА), Ulitsa Kronshtadtskaya, Dom 8 Litera A, Ofis 6, Saint Petersburg 198096, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Nov 2013; Tax ID No. 7805634958 (Russia); Registration Number 1137847425165 (Russia) [RUSSIA-EO14024].

EKIN (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EPANASTATIKI PIRINES; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. XAKI; a.k.a. "ETA"; a.k.a. "K.A.S."); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

EKLUND, Leif Robert (a.k.a. EKLUND, Robert), Skelleftea, Sweden (Latin: Skellefteå, Sweden); DOB 10 Aug 1974; POB Overkalix, Sweden; nationality Sweden; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: NORDIC RESISTANCE MOVEMENT).

EKLUND, Robert (a.k.a. EKLUND, Leif Robert), Skelleftea, Sweden (Latin: Skellefteå, Sweden); DOB 10 Aug 1974; POB Overkalix, Sweden; nationality Sweden; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: NORDIC RESISTANCE MOVEMENT).

EKO DEVELOPMENT & INVESTMENT FOOD COMPANY (a.k.a. EKO DEVELOPMENT AND INVESTMENT COMPANY; a.k.a. EKO IMPORT AND EXPORT COMPANY), 35 St. Abd al-Aziz al-Sud, al-Manial, Cairo, Egypt; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or

Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

EKO DEVELOPMENT AND INVESTMENT COMPANY (a.k.a. EKO DEVELOPMENT & INVESTMENT FOOD COMPANY; a.k.a. EKO IMPORT AND EXPORT COMPANY), 35 St. Abd al-Aziz al-Sud, al-Manial, Cairo, Egypt; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

EKO IMPORT AND EXPORT COMPANY (a.k.a. EKO DEVELOPMENT & INVESTMENT FOOD COMPANY; a.k.a. EKO DEVELOPMENT AND INVESTMENT COMPANY), 35 St. Abd al-Aziz al-Sud, al-Manial, Cairo, Egypt; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

EKO SHIPPING LIMITED LIABILITY COMPANY (a.k.a. ECO SHIPPING LLC RUS; a.k.a. LLC ECO SHIPPING), Office 207, ul Karla Marksa 15, Arkhangelsk 162000, Russia; d. 8 str. 1, Prichalnaya Isakogorki, Arkhangelsk 163035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2901223574 (Russia); Registration Number 1122901001475 (Russia) [RUSSIA-EO14024].

EKODOR, ul. Snezhnaya, d. 20 etazh 2, Moscow 129323, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716770807 (Russia); Registration Number 1147746328322 (Russia) [RUSSIA-EO14024].

EKOFERA LLC (a.k.a. ECONSFERA LIMITED LIABILITY COMPANY; a.k.a. EKOSFERA LLC), No 22, St Sumskaya 46, Kharkiv 62080, Ukraine; No 35, Building 6, St Profesorska 30, Kharkiv 61070, Ukraine; Building 58, Antonovycha Street, Holociyivs'kyy rayon, Kyiv 03150, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 19 Aug 2016; Tax ID No. 40760885 (Ukraine); Business Registration Number 13541020000006395 (Ukraine) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

EKOFERMA ZARECHE OOO (a.k.a. EKOFERMA ZARECHYE), Administrativnoe

Zdanie, d. Spas-Teshilovo, Serpukhov 142260, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Mar 2012; Organization Type: Support activities for animal production; Tax ID No. 5077026547 (Russia); Registration Number 1125043000928 (Russia) [RUSSIA-EO14024] (Linked To: IMENIE TSARGRAD OOO).

EKOFERMA ZARECHYE (a.k.a. EKOFERMA ZARECHE OOO), Administrativnoe Zdanie, d. Spas-Teshilovo, Serpukhov 142260, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Mar 2012; Organization Type: Support activities for animal production; Tax ID No. 5077026547 (Russia); Registration Number 1125043000928 (Russia) [RUSSIA-EO14024] (Linked To: IMENIE TSARGRAD OOO).

EKONOMIKA SEGODNYA (a.k.a. ECONOMY TODAY LLC), d. 19 Litera A. Pom. 423, Ul. Zhukova, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: LIMITED LIABILITY COMPANY CONCORD MANAGEMENT AND CONSULTING).

EKOS1 JOINT STOCK COMPANY (a.k.a. AO EKOS1), Ul. Elektrozavodskaya D. 24, Str 3, Moscow 107023, Russia; A/YA Post Box 42, Moscow 107076, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7729328949 (Russia); Registration Number 1027739085252 (Russia) [RUSSIA-EO14024].

EKOSFERA LLC (a.k.a. ECONSFERA LIMITED LIABILITY COMPANY; a.k.a. EKOFERA LLC), No 22, St Sumskaya 46, Kharkiv 62080, Ukraine; No 35, Building 6, St Profesorska 30, Kharkiv 61070, Ukraine; Building 58, Antonovycha Street, Holociyivs'kyy rayon, Kyiv 03150, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 19 Aug 2016; Tax ID No. 40760885 (Ukraine); Business Registration Number 13541020000006395 (Ukraine) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

EKOTEKHPLAST (a.k.a. ECOTECHPLAST LLC), Ter. Portovaya Osobaya Ekonomicheskaya Zona, Pr-d Industrialnyi Zd. 15, Str. 1, Pomeshch. 4, S.p. Mirnovskoe 433405, Russia; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Tax ID No. 7300003541 (Russia); Registration Number 1227300007263 (Russia) [RUSSIA-EO14024].

EKSAR OAO (a.k.a. EXIAR; a.k.a. EXIAR JSC; a.k.a. EXIAR OJSC; a.k.a. ROSSISKOE AGENTSTVO PO STRAKHOVANIYU EKSPORTNYKH KREDITOV I INVESTITSI OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. RUSSIAN AGENCY FOR EXPORT CREDIT AND INVESTMENT INSURANCE JSC; a.k.a. RUSSIAN AGENCY FOR EXPORT CREDIT AND INVESTMENT INSURANCE OJSC), nab. Krasnopresnenskaya d. 12, Moscow 123610, Russia; Website exiar.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Oct 2011; Target Type Government Entity; Tax ID No. 7704792651 (Russia); Registration Number 1117746811566 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

EKSI BANK AO (a.k.a. JSC EXI BANK), Ul. Professora Popova D. 23, Saint Petersburg 197376, Russia; SWIFT/BIC JXIBRU2P; Website www.exibank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7831000940 (Russia); Registration Number 1027800000942 (Russia) [RUSSIA-EO14024].

EKSIKYUSHN RDC (a.k.a. LIMITED LIABILITY COMPANY EKSIKYUSHN ER DI SI; a.k.a. "EXECUTION COMPANY"), Ul. Yaroslavskaya, D. 8, K. 5, Moscow 129164, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7717783213 (Russia); Registration Number 1147746462368 (Russia) [RUSSIA-EO14024].

EKSITON (a.k.a. EXITON), ul. Babushkina d.7, Smolensk 214031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6732194193 (Russia); Registration Number 1206700005423 (Russia) [RUSSIA-EO14024].

EKSPLUATIRUYUSHCHAYA KOMPANIYA TSENTR OOO, PR-KT A.A.Kadyrova D. 40, LIT. A, Pomeshch. 9, Groznyy 364024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Aug 2020; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 2014022294 (Russia); Registration Number 1202000004403 (Russia) [RUSSIA-EO14024] (Linked To: KONTRAKT OOO).

EKT (KATRANGI BROS) (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

EKT ELECTRONICS (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a.

ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

EKT KATRANGI BROTHERS (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street,

Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

EKT SMART TECHNOLOGY, 38 Dongtang Jinguang South Road, Xiashan Street, Chaonan District, Guangdong to Shantou, China; Chase Business Centre, 39-41 Chase Side, London N14 5BP, United Kingdom; Company Number 08884792 (United Kingdom) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

EKVIK LIMITED LIABILITY COMPANY, Per. Dukhovskoi D. 17, Korpus 1, Floor 1 Podyezd 20 Kab 1, Moscow 115191, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Mar 2015; Tax ID No. 7722320806 (Russia); Registration Number 1157746236966 (Russia) [RUSSIA-EO14024].

EL ABBOUBI, Anas (a.k.a. ABDU SHAKUR, Anas; a.k.a. AL-ABBOUBI, Anas; a.k.a. EL-ABBOUBI, Anas; a.k.a. SHAKUR, Anas; a.k.a. "Abu Rawaha the Italian"; a.k.a. "Abu the Italian"; a.k.a. "AL-ITALY, Anas"; a.k.a. "Mc Khalifh"; a.k.a. "Mc Khaliph"; a.k.a. "McKhalif"; a.k.a. "Rawaha al Itali"), Aleppo, Syria; DOB 01 Oct 1992 to 31 Oct 1992; POB Marrakech, Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

EL AGHA, Abou Oubida Khairy Hafiz (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K.";

a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

EL AISSAMI MADDAH, Tareck Zaidan (a.k.a. EL AISSAMI, Tareck; a.k.a. EL AISSAMI, Tarek), Venezuela; DOB 12 Nov 1974; POB El Vigia, Merida, Venezuela; citizen Venezuela; Gender Male; Passport C1668015 (Venezuela); Identification Number 12.354.211 (Venezuela); Executive Vice President; Former Governor of Aragua State (individual) [SDNTK].

EL AISSAMI, Tareck (a.k.a. EL AISSAMI MADDAH, Tareck Zaidan; a.k.a. EL AISSAMI, Tarek), Venezuela; DOB 12 Nov 1974; POB El Vigia, Merida, Venezuela; citizen Venezuela; Gender Male; Passport C1668015 (Venezuela); Identification Number 12.354.211 (Venezuela); Executive Vice President; Former Governor of Aragua State (individual) [SDNTK].

EL AISSAMI, Tarek (a.k.a. EL AISSAMI MADDAH, Tareck Zaidan; a.k.a. EL AISSAMI, Tareck), Venezuela; DOB 12 Nov 1974; POB El Vigia, Merida, Venezuela; citizen Venezuela; Gender Male; Passport C1668015 (Venezuela); Identification Number 12.354.211 (Venezuela); Executive Vice President; Former Governor of Aragua State (individual) [SDNTK].

EL ALBANI, Ebu Abdullah (a.k.a. MUHAXHERI, Lavdrim; a.k.a. "AL KOSOVA, Abu Abdullah"; a.k.a. "AL-KOSOVI, Abu Abdallah"; a.k.a. "AL-KOSOVO, Abu Abdallah"); DOB 1987; nationality Kosovo; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

EL AMAR, Abderrahmane Ould (a.k.a. AMEUR, Abderrahmane Ouid; a.k.a. EL TILEMSI, Ahmed; a.k.a. TELEMSI, Ahmed; a.k.a. TILEMSI, Ahmed; a.k.a. TOUDJI, Abderrahmane), Gao, Mali; DOB 1977; POB

Mali; nationality Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

EL AMINE, Muhammed (a.k.a. AL AMEEN, Mohamed Abdullah; a.k.a. AL AMIN, Mohammad; a.k.a. AL AMIN, Muhammad Abdallah; a.k.a. AL AMIN, Muhammed; a.k.a. AL-AMIN, Mohamad; a.k.a. ALAMIN, Mohamed; a.k.a. AL-AMIN, Muhammad 'Abdallah; a.k.a. AMINE, Mohamed Abdalla), Yusif Mishkhas T: 3 Ibn Sina, Bayrut Marjayoun, Lebanon; Beirut, Lebanon; DOB 11 Jan 1975; POB El Mezraah, Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

EL ARAB, Jihad (a.k.a. AL-ARAB, Jihad (Arabic: جهاد العرب); a.k.a. EL ARAB, Jihad Ahmad), France Street Pavilion Building, Villa Jihad el Arab, Downtown Mina el Hosn, Beirut, Lebanon; DOB 06 Jan 1963; POB Beirut, Lebanon; nationality Lebanon; Gender Male; Passport LR0073000 (Lebanon) expires 25 Jul 2022 (individual) [LEBANON].

EL ARAB, Jihad Ahmad (a.k.a. AL-ARAB, Jihad (Arabic: جهاد العرب); a.k.a. EL ARAB, Jihad), France Street Pavilion Building, Villa Jihad el Arab, Downtown Mina el Hosn, Beirut, Lebanon; DOB 06 Jan 1963; POB Beirut, Lebanon; nationality Lebanon; Gender Male; Passport LR0073000 (Lebanon) expires 25 Jul 2022 (individual) [LEBANON].

EL ARTE DE COCINAS Y BEBER S.A. DE C.V., Sinaloa, Mexico; Organization Established Date 31 May 2023; Organization Type: Other food service activities; Folio Mercantil No. 5330 (Mexico) [TCO] (Linked To: LOPEZ LOPEZ, Gilberto).

EL AYASHI, Radi Abd El Samie Abou El Yazid (a.k.a. "MERA'I"), Via Cilea 40, Milan, Italy; DOB 02 Jan 1972; POB El Gharbia, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; arrested 31 Mar 2003 (individual) [SDGT].

EL BALLOUTI, Othman (Arabic: عثمان البلوطي), Apt 203, South Ridge 3, 57PH+P63, Downtown Dubai, Dubai, United Arab Emirates; DOB 12 Aug 1987; POB Antwerp, Belgium; nationality Belgium; Gender Male; Passport EP306445

(Belgium) (individual) [ILLICIT-DRUGS-EO14059].

EL BALLOUTI, Younes (Arabic: يونس البلوطي) (a.k.a. "EL MAGICO"), Dubai, United Arab Emirates; DOB 04 Jan 1995; POB Antwerp, Belgium; nationality Belgium; Gender Male; National ID No. 95.01.04-133.03 (Belgium) (individual) [ILLICIT-DRUGS-EO14059].

EL BARAKA ASSOCIATION FOR CHARITABLE AND HUMANITARIAN WORK (a.k.a. AL-BARAKA ALGERIAN ASSOCIATION FOR CHARITABLE AND HUMANITARIAN WORK; a.k.a. AL-BARAKA INTERNATIONAL ASSOCIATION; a.k.a. THE AL-BARAKA CHARITY ASSOCIATION), Tizi Ouzou, Algeria; Algiers, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2015; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

EL BOUHALI, Ahmed (a.k.a. "ABU KATADA"), vicolo S. Rocco, n. 10 - Casalbuttano, Cremona, Italy; DOB 31 May 1963; POB Sidi Kacem, Morocco; nationality Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Italian Fiscal Code LBHHMD63E31Z330M (individual) [SDGT].

EL GRUPO CUBANACAN (a.k.a. CUBANACAN; a.k.a. CUBANACAN GROUP), Calle 68 e/5ta A, Apartado 16046, Ciudad de La Habana, Cuba [CUBA].

EL HABHAB, Redouane (a.k.a. "ABDELRAHMAN"), Iltisstrasse 58, Kiel 24143, Germany; DOB 20 Dec 1969; POB Casablanca, Morocco; nationality Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1005552350 (Germany) issued 27 Mar 2001 expires 26 Mar 2011; National ID No. 1007850441 (Germany) issued 27 Mar 2001 expires 26 Mar 2011; currently incarcerated in Lubeck, Germany (individual) [SDGT].

EL HADI, Mustapha Nasri Ben Abdul Kader Ait; DOB 05 Mar 1962; POB Tunis, Tunisia; nationality Algeria; alt. nationality Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

EL HAKIM, Boubaker (a.k.a. Abu-Muqatil al-Tunisi; a.k.a. AL-HAKIM, Boubakeur; a.k.a. ALI HAKIM, Boubaker Ben Habib Ben; a.k.a. EL-HAKIM, Boubakeur; a.k.a. "Abou al Mouqatel"; a.k.a. "Abou Mouqatel"), Syria; DOB 01 Aug

1983; POB Paris, France; citizen Tunisia; alt. citizen France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport W752198; Identification Number 09036271 (individual) [SDGT].

EL HALABI, Abdallah (a.k.a. ABU-AL-KHAYR, Muhammad Abdallah Hasan; a.k.a. ABU-AL-KHAYR, Muhammad Bin-'Abdullah Bin-Hamd; a.k.a. ABUL-KHAIR, Mohammed Abdullah Hassan; a.k.a. AL-HALABI, Abdallah; a.k.a. AL-HALABI, Abdullah; a.k.a. AL-HALABI, Abu 'Abdallah; a.k.a. AL-JADDAWI, Muhannad; a.k.a. AL-MADANI, 'Abdallah al-Halabi; a.k.a. AL-MADANI, Abu Abdallah; a.k.a. AL-MAKKI, Abdallah); DOB 19 Jun 1975; alt. DOB 18 Jun 1975; POB Al-Madinah al-Munawwarah, (Medina) Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A741097 (Saudi Arabia) issued 14 Nov 1995 expires 19 Sep 2000; National ID No. 1006010555 (Saudi Arabia) (individual) [SDGT].

EL HAMMAM, Yahia Abou (a.k.a. AKACHA, Jamel; a.k.a. DJAMEL, Akkacha; a.k.a. HAMMAM, Yahya Abu); DOB 1979; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

EL HARAZI, Tarek Ben El Felah El Aouni (a.k.a. Al-HARZI, Tariq Bin Tahir Bin Al-Falih Al-Auni; a.k.a. Al-HARZI, Tariq Tahir Falih Al-Awni; a.k.a. AL-HARAZI, Tarik Bin al-Falah al-Awni; a.k.a. AL-HARZI, Tariq Bin-Al-Tahar Bin Al Falih Al-'Awni; a.k.a. AL-HARZI, Tariq Tahir Faleh Al-Awni; a.k.a. AL-TUNISI, Abu 'Umar; a.k.a. AL-TUNISI, Tariq; a.k.a. AL-TUNISI, Tariq Abu 'Umar; a.k.a. AL-TUNISI, Tariq Abu Umar; a.k.a. HARZI, Tariq Tahir Falih 'Awni; a.k.a. "HOUDOUD, Abu Omar"); DOB 03 May 1982; alt. DOB 05 Mar 1982; alt. DOB 1981; POB Tunis, Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z-050399 (individual) [SDGT].

EL HASSAN, Gaffar Mohamed (a.k.a. EL HASSAN, Gaffar Mohmed); DOB 24 Jun 1952; POB Khartoum, Sudan; Major General for the Sudan Armed Forces (individual) [DARFUR].

EL HASSAN, Gaffar Mohmed (a.k.a. EL HASSAN, Gaffar Mohamed); DOB 24 Jun 1952; POB Khartoum, Sudan; Major General for the Sudan Armed Forces (individual) [DARFUR].

EL HEIT, Ali (a.k.a. KAMEL, Mohamed; a.k.a. "ALI DI ROMA"), Via D. Fringuello, 20, Rome,

Italy; Milan, Italy; DOB 20 Mar 1970; alt. DOB 30 Jan 1971; POB Rouba, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

EL ITTIHAD EL MARKAZI (a.k.a. ABU TIRA; a.k.a. CENTRAL POLICE RESERVE; a.k.a. CENTRAL RESERVE FORCES; a.k.a. CENTRAL RESERVE POLICE), Sudan; Organization Type: Public order and safety activities [GLOMAG].

EL KADDU, Waad (a.k.a. QADO, Waad; a.k.a. "Abu Jaffar al-Shabaki"), Iraq; DOB 12 Dec 1971; alt. DOB 01 Jan 1971; POB Mosul, Iraq; nationality Iraq; Gender Male (individual) [GLOMAG].

EL KATRANGI, Houssam Hachem (a.k.a. EL KATRANJI, Houssam Hachem; a.k.a. KATRANGI, Houssam; a.k.a. KATRANGI, Houssam Hachem; a.k.a. KATRANGI, Hussam; a.k.a. KATRANJI, Houssam Hachem; a.k.a. KATRANKI, Houssam Hashem; a.k.a. QATRANJI, Hussam), Khansa Jnah, Beirut, Lebanon; DOB 27 Nov 1973; POB Ramlet El Baida, Lebanon; nationality Lebanon; Co-founder and Associate of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

EL KATRANGI, Maher Hachem (a.k.a. EL KATRANJI, Maher Hachem; a.k.a. KATRANGI, Maher; a.k.a. KATRANGI, Maher Hachem; a.k.a. KATRANGI, Maher Mohamad; a.k.a. KATRANJI, Maher Hachem; a.k.a. KATRANJI, Maher Hashem), Khansa Jnah, Beirut, Lebanon; DOB 06 Jul 1967; POB Hama, Syria; nationality Syria; Co-founder and Associate of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

EL KATRANJI, Houssam Hachem (a.k.a. EL KATRANGI, Houssam Hachem; a.k.a. KATRANGI, Houssam; a.k.a. KATRANGI, Houssam Hachem; a.k.a. KATRANGI, Hussam; a.k.a. KATRANJI, Houssam Hachem; a.k.a. KATRANKI, Houssam Hashem; a.k.a. QATRANJI, Hussam), Khansa Jnah, Beirut, Lebanon; DOB 27 Nov 1973; POB Ramlet El Baida, Lebanon; nationality Lebanon; Co-founder and Associate of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

EL KATRANJI, Maher Hachem (a.k.a. EL KATRANGI, Maher Hachem; a.k.a. KATRANGI, Maher; a.k.a. KATRANGI, Maher Hachem; a.k.a. KATRANGI, Maher Mohamad; a.k.a.

KATRANJI, Maher Hachem; a.k.a. KATRANJI, Maher Hashem), Khansa Jnah, Beirut, Lebanon; DOB 06 Jul 1967; POB Hama, Syria; nationality Syria; Co-founder and Associate of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

EL KHABIR, Abu Hafs el Masry (a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU SITTA, Subhi; a.k.a. AL-MASRI, Abu Hafs; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. "ABU HAFS"; a.k.a. "TAYSIR"); DOB 1951; alt. DOB 1956; alt. DOB 1944; POB Alexandria, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

EL KHAIRY, Hamad (a.k.a. KHAIRY, Abderrahmane Ould Mohamed Lemine Ould Mohamed; a.k.a. KHEIROU, Amada Ould; a.k.a. KHEIROU, Hamada Ould Mohamed; a.k.a. "QUMQUM, Abou"); DOB 1970; POB Nouakchott, Mauritania; nationality Mauritania; alt. nationality Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A1447120 (Mali) expires 19 Oct 2011; Identification Number 47911 (Mali) issued 17 Oct 2006 (individual) [SDGT].

EL KHALIL, Hassan Kazem (a.k.a. KHALIL, Hassan), Lebanon; DOB 09 May 1979; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 3030829 (Lebanon) expires 20 Jan 2020 (individual) [SDGT] (Linked To: HIZBALLAH).

EL KHANSA, Ahmad, c/o GLOBAL TECHNOLOGY IMPORT & EXPORT, S.A. (GTI); DOB 04 Oct 1967; POB Ghobeiry, Lebanon; Passport RL 0884631 (Lebanon) (individual) [SDNTK].

EL KHANSA, Mohamad Zouheir (a.k.a. TORRES ZAMBRANO, Manuel); DOB 09 Jan 1971; alt. DOB 09 Jan 1970; POB Barranquilla, Colombia; alt. POB Ghobeiri, Lebanon; Cedula No. 84077765 (Colombia); alt. Cedula No. E311790 (Colombia); Passport RL 0736643 (Lebanon) (individual) [SDNTK] (Linked To: GLOBANTY S.A.S.; Linked To: ALMACEN ELECTRO SONY STAR; Linked To: GLOBAL TECHNOLOGY IMPORT & EXPORT, S.A. (GTI); Linked To: MICRO EMPRESA ASHQUI).

EL KHARMOUSH, Muwaffaq Mustafa Mohammad (a.k.a. AL KASAB, Muwafaq Mustafa Muhammad Ali; a.k.a. AL-KARMOUSH, Muafaq Mustafa Mohammed; a.k.a. AL-KARMUSH, Muwafaq Mustafa; a.k.a. AL-KARMUSH, Muwafaq Mustafa Muhammad 'Ali; a.k.a. AL-KARMUSH, Muwaffaq Mustafa; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad 'Ali Mahmud; a.k.a. KARMOOSH, Muwafaq Mustafa Mohammed Ali; a.k.a. KARMUSH, Muwaffaq; a.k.a. MUHAMMAD, Muwaffaq Mustafa; a.k.a. "Abu Salah"; a.k.a. "AL-'AFRI, Abu Salah"); DOB 01 Feb 1973; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A5476394 (Iraq) (individual) [SDGT].

EL KHATIB, Ahmad (a.k.a. AL KHATIB, Ahmad; a.k.a. AL-KHATIB, Ahmad; a.k.a. HISHMAH, Ahmad), Sao Paulo, Brazil; DOB 03 Jul 1969; alt. DOB 03 Jul 1967; POB Majdal Anjar, Lebanon; nationality Egypt; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0554365 (Lebanon) issued 20 Mar 2011 expires 29 Mar 2016; Tax ID No. 234.904.268-51 (Brazil) (individual) [SDGT].

EL MABRUK, Muftah (a.k.a. AL MABROOK, Muftah; a.k.a. AL-FATHALI, Al-Mabruk; a.k.a. AL-FATHALI, Al-Mabruk Muftah Muhammad; a.k.a. EL MOBRUK, Maftah; a.k.a. ELMABRUK, Maftah Mohamed; a.k.a. ELMABRUK, Mustah; a.k.a. MAFTAH, Elmobruk; a.k.a. "AL HAK, Al Haj Abd"; a.k.a. "AL HAQQ, Al Hajj Abd"; a.k.a. "AL-HAQ, Haj 'Abd"; a.k.a. "AL-HAQQ, Al-Hajj 'Abd"), undetermined; DOB 01 May 1950; POB Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

EL MOBRUK, Maftah (a.k.a. AL MABROOK, Muftah; a.k.a. AL-FATHALI, Al-Mabruk; a.k.a. AL-FATHALI, Al-Mabruk Muftah Muhammad; a.k.a. EL MABRUK, Muftah; a.k.a. ELMABRUK, Maftah Mohamed; a.k.a. ELMABRUK, Mustah; a.k.a. MAFTAH, Elmobruk; a.k.a. "AL HAK, Al Haj Abd"; a.k.a. "AL HAQQ, Al Hajj Abd"; a.k.a. "AL-HAQ, Haj 'Abd"; a.k.a. "AL-HAQQ, Al-Hajj 'Abd"), undetermined; DOB 01 May 1950; POB Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

EL MOTASSADEQ, Mounir, Goschenstasse 13, Hamburg 21073, Germany; DOB 03 Apr 1974;

POB Marrakesh, Morocco; nationality Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

EL PALOMAR CAR WASH, S.A. DE C.V., Plaza El Palomar, Zona M Unico El P. Panor, Col. El Palomar, Tlajomulco, Jalisco 45645, Mexico; Paseo De Las Lomas 6272, Col. Lomas De Colli, Zapopan, Jalsico 45037, Mexico; R.F.C. PCW010604T1 (Mexico); Folio Mercantil No. 10374 (Mexico) [SDNTK].

EL RAHMAH CHARITY FOUNDATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

EL RAHMAH FOUNDATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt

Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

EL REY DE LOS CANTARITOS (a.k.a. GOTOCO ALIMENTOS PROCESADOS S. DE R.L. DE C.V.), Blvd. Benito Juarez 4356, Playas de Rosarito, Baja California 22700, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Feb 2016; Organization Type: Restaurants and mobile food service activities; RFC GAP160115RL8 (Mexico); Folio Mercantil No. 906 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: GONZALEZ LOMELI, Jesus).

EL RIZ, Daoud (a.k.a. DAOUD, El Riz; a.k.a. EL RIZ, Douad), Paris, France; DOB 04 Oct 1983; nationality France; alt. nationality Congo, Democratic Republic of the; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A02118824 (Senegal) expires 21 Sep 2025; alt. Passport 05DK11992 (France) expires 08 Jun 2015; alt. Passport 15FV05021 (France) expires 14 Apr 2025; alt. Passport A01498634 (Senegal) expires 22 Apr 2020 (individual) [SDGT] (Linked To: AHMAD, Hind Nazem).

EL RIZ, Douad (a.k.a. DAOUD, El Riz; a.k.a. EL RIZ, Daoud), Paris, France; DOB 04 Oct 1983; nationality France; alt. nationality Congo, Democratic Republic of the; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A02118824 (Senegal) expires 21 Sep 2025; alt. Passport 05DK11992 (France) expires 08 Jun 2015; alt. Passport 15FV05021 (France) expires 14 Apr 2025; alt. Passport A01498634 (Senegal) expires 22 Apr 2020 (individual) [SDGT] (Linked To: AHMAD, Hind Nazem).

EL SAFIR OTO (a.k.a. AL-SAFIR COMPANY; a.k.a. AL-SAFIR OTO (Arabic: السفير للسيارات); a.k.a. EL SAFIR OTOMOTIV; a.k.a. ELSAFIROTO; a.k.a. SAFIR CAR TRADING COMPANY IN TURKEY), 4222 Sokak, N Block, Number 49, Istanbul, Istanbul Province 34218, Turkey; Oto Center Galericiler Sitesi, 100. Yil, 3. Yol Sokak., Bagcilar, Istanbul 34204, Turkey; Gaziantep, Turkey; Kilis, Turkey; Urfa, Turkey; Organization Type: Sale of motor vehicles [PAARSSR-EO13894] (Linked To: AL-JASIM, Mohammad Hussein).

EL SAFIR OTOMOTIV (a.k.a. AL-SAFIR COMPANY; a.k.a. AL-SAFIR OTO (Arabic: السفير للسيارات); a.k.a. EL SAFIR OTO; a.k.a. ELSAFIROTO; a.k.a. SAFIR CAR TRADING COMPANY IN TURKEY), 4222 Sokak, N Block, Number 49, Istanbul, Istanbul Province 34218, Turkey; Oto Center Galericiler Sitesi, 100. Yil, 3. Yol Sokak., Bagcilar, Istanbul 34204, Turkey; Gaziantep, Turkey; Kilis, Turkey; Urfa, Turkey; Organization Type: Sale of motor vehicles [PAARSSR-EO13894] (Linked To: AL-JASIM, Mohammad Hussein).

EL SAYED, Jamil (a.k.a. AL-SAYED, Jamil Muhammad Amin Amin (Arabic: جميل محمد امين السيد); a.k.a. EL SAYED, Jamil Mohamad Amin; a.k.a. SAYYED, Jamil), Sea Road Summerland, Jnah, Beirut, Lebanon; Nabi Aylah, Zahleh, Bekaa, Lebanon; DOB 15 Jul 1950; POB Nabi Ayla, Beqaa, Lebanon; nationality Lebanon; Gender Male; Passport RL3234354 (Lebanon) expires 07 Jun 2020 (individual) [LEBANON].

EL SAYED, Jamil Mohamad Amin (a.k.a. AL-SAYED, Jamil Muhammad Amin Amin (Arabic: جميل محمد امين السيد); a.k.a. EL SAYED, Jamil; a.k.a. SAYYED, Jamil), Sea Road Summerland, Jnah, Beirut, Lebanon; Nabi Aylah, Zahleh, Bekaa, Lebanon; DOB 15 Jul 1950; POB Nabi Ayla, Beqaa, Lebanon; nationality Lebanon; Gender Male; Passport RL3234354 (Lebanon) expires 07 Jun 2020 (individual) [LEBANON].

EL TILEMSI, Ahmed (a.k.a. AMEUR, Abderrahmane Ouid; a.k.a. EL AMAR, Abderrahmane Ould; a.k.a. TELEMSI, Ahmed; a.k.a. TILEMSI, Ahmed; a.k.a. TOUDJI, Abderrahmane), Gao, Mali; DOB 1977; POB Mali; nationality Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

EL TREN DE ARAGUA (a.k.a. TREN DE ARAGUA; a.k.a. "ARAGUA TRAIN"), Venezuela; Colombia; Chile; Peru; Ecuador; Brazil; Bolivia; Panama; United States; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT] [TCO].

EL VIEJO LUIS (a.k.a. CASA EL VIEJO LUIS; a.k.a. CASA EL VIEJO LUIS DISTRIBUIDORA, S.A. DE C.V.; a.k.a. CASA VIEJO LUIS; a.k.a.

TEQUILA EL VIEJO LUIS), El Paraiso No. 6848, Col. Ciudad Granja, Zapopan, Jalisco 45010, Mexico; Blvd. Luis Donaldo Colosio s/n Bonfil, Cancun, Quintana Roo, Mexico; RFC CVL090120UT2 (Mexico); Folio Mercantil No. 46920 (Mexico) [SDNTK].

EL VIEJO LUIS (a.k.a. GRUPO COMERCIAL ROOL, S.A. DE C.V.; a.k.a. TEQUILA VALENTON), Alberta No. 2288 4B, Col. Jardines de Providencia, Guadalajara, Jalisco 44630, Mexico; Acueducto No. 2380, Col. Colinas de San Javier, Guadalajara, Jalisco 44660, Mexico; Lazaro Cardenas No. 3430, Desp. 403 and 404, Piso 4, Zapopan, Jalisco 45040, Mexico; Av. Mexico No. 2798, Col. Terranova, Guadalajara, Jalisco 44689, Mexico; RFC GCR990628KR9 (Mexico); Folio Mercantil No. 38347 [SDNTK].

EL ZEIN, Mazen Hassan (a.k.a. AL-ZEIN, Mazen Hassan (Arabic: مازن حسان الزين); a.k.a. "AL-ZAYN, Mazin"; a.k.a. "EL ZEIN, Mazen"), Burj Daman Tower, Apartment 3406, Dubai International Financial Center, Dubai 99573, United Arab Emirates; Al Mustaqbal Street, Iris Bay Building, Apt. No. 2304, Business Bay, Dubai, United Arab Emirates; DOB 21 Jun 1974; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 784197494718279 (Lebanon); Identification Number 178295160001 (United Kingdom) (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

EL ZEIN, Mohamed (a.k.a. AL-ZAYN, Muhammad; a.k.a. AL-ZAYN, Muhammad 'Ali), Beirut, Lebanon; Tehran, Iran; DOB 17 Feb 1987; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 3090014 (Lebanon) expires 09 Mar 2020 (individual) [SDGT] (Linked To: HIZBALLAH; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

EL-ABBOUBI, Anas (a.k.a. ABDU SHAKUR, Anas; a.k.a. AL-ABBOUBI, Anas; a.k.a. EL ABBOUBI, Anas; a.k.a. SHAKUR, Anas; a.k.a. "Abu Rawaha the Italian"; a.k.a. "Abu the Italian"; a.k.a. "AL-ITALY, Anas"; a.k.a. "Mc Khalifh"; a.k.a. "Mc Khaliph"; a.k.a. "McKhalif"; a.k.a. "Rawaha al Itali"), Aleppo, Syria; DOB 01

Oct 1992 to 31 Oct 1992; POB Marrakech, Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

EL-AHOUAL BATTALION (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

EL-AICH, Dhou (a.k.a. "ABDEL HAK"); DOB 05 Aug 1964; POB Debila, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ELAN, Luckson (Latin: ÉLAN, Luckson) (a.k.a. ELAN, Lucson; a.k.a. "GENERAL LUCKSON"; a.k.a. "JENERAL LUCKSON"), Artibonite Department, Haiti; DOB 06 Jan 1988; nationality Haiti; Gender Male (individual) [GLOMAG].

ELAN, Lucson (a.k.a. ELAN, Luckson (Latin: ÉLAN, Luckson); a.k.a. "GENERAL LUCKSON"; a.k.a. "JENERAL LUCKSON"), Artibonite Department, Haiti; DOB 06 Jan 1988; nationality Haiti; Gender Male (individual) [GLOMAG].

ELAR, Shosse Leningradskoe, D. 15, Moscow 125171, Russia; Ul. 1-Ya Sovetskaya D. 36V chast/etazh 2/2 kom. 2,3,4,5, Rabochi pos., Shakhovskaya 143700, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743028263 (Russia); Registration Number 1037700057780 (Russia) [RUSSIA-EO14024].

EL-BARNAOUI, Khaled (a.k.a. AL-BARNAWI, Khaled; a.k.a. AL-BARNAWI, Khalid; a.k.a. BARNAWI, Khalid; a.k.a. HAFSAT, Abu; a.k.a. USMAN, Mohammed), Nigeria; DOB 1976; POB Maiduguri, Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 (individual) [SDGT].

ELBISHY, Moustafa Ali (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. ALI, Hassan; a.k.a. AL-NUBI, Abu; a.k.a. FADHIL, Mustafa Mohamed; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. JIHAD, Abu; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. "ANIS, Abu"; a.k.a. "HUSSEIN"; a.k.a. "KHALID"; a.k.a. "YUSSRR, Abu"); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

ELCORO AYASTUY, Paulo; DOB 22 Oct 1973; POB Vergara, Guipuzcoa Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 15.394.062 (Spain); Member ETA (individual) [SDGT].

ELCUS JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO ELEKTRONNAIA KOMPANIIA ELKUS; a.k.a. JOINT STOCK COMPANY ELECTRONIC COMPANY ELKUS), 10 Blagodatnaya ul., str. 1, Office 424, St. Petersburg 196128, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806002060 (Russia); Registration Number 1027804181965 (Russia) [RUSSIA-EO14024].

ELE TECHNOLOGY CO LTD, No: 3712 Duhuixuan Building, Shennan Road, Futian Area, Shenzhen, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Wholesale of other machinery and equipment [RUSSIA-EO14024].

ELECTRO OPTIC SAIRAN INDUSTRIES CO. (Arabic: صنايع الكترو اپتيک صايران) (a.k.a. ESFAHAN OPTIC INDUSTRY; a.k.a. ESFAHAN OPTICS INDUSTRY; a.k.a. ISFAHAN OPTIC INDUSTRIES COMPANY; a.k.a. ISFAHAN OPTICAL INDUSTRY; a.k.a. ISFAHAN OPTICS INDUSTRIES; a.k.a. ISFAHAN OPTICS INDUSTRY; a.k.a. ISHAHAN OPTICS INDUSTRIES CO.; a.k.a. SANAYE-E OPTIKE ESFAHAN; a.k.a. SANOYE ELEKTRONIK SAIRAN; a.k.a. "ISFAHAN OPTICS"; a.k.a. "SAPA"), P.O. Box 81465-313, Kaveh Ave, Isfahan, Iran; Kaveh Street, Isfahan 814651117, Iran; Website https://sapa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1985; National ID No.

10260437477 (Iran); Registration Number 22928 (Iran) [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ELECTRO WAVE TECHNOLOGY COMPANY (a.k.a. FANAVARI ELECTRO MOJ MOBIN COMPANY; a.k.a. FANAVARI ELECTROMOJ MOBIN CO LLC), First Floor, Number 7, Ghaem Street, Eighteen Meter, East Ghaem 1st Street, Railway Town, Tehran, Tehran 1494953881, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 12 Sep 2011; National ID No. 10320647554 (Iran); Registration Number 412630 (Iran) [NPWMD] [IFSR] (Linked To: RAYAN FAN KAV ANDISH CO.).

ELECTRONIC COMPONENTS INDUSTRIES CO (a.k.a. "ECI"), Mirzaye Shirazi Boulevard, Sanaye Square, Shiraz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ELECTRONIC KATRANGI GROUP (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

ELECTRONIC TECHNOLOGY RESEARCH INSTITUTE (a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH ELEKTRONNOY TEKHNIKI; a.k.a. JOINT STOCK COMPANY NIIET; a.k.a. RESEARCH INSTITUTE OF ELECTRONIC ENGINEERING), 5 Starykh Bolshevikov Str., Voronezh, Voronezh Region 394033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Oct 2012; Tax ID No. 3661057900 (Russia); Registration Number 1123668048789 (Russia) [RUSSIA-EO14024].

ELECTRONICS EDC JSC (a.k.a. ELECTRONICS ENGINEERING AND DESIGN CENTER  JOINT STOCK COMPANY; a.k.a. ELEKTRONIKA ENGINEERING AND DESIGN CENTER JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMPANY DESIGN TECHNOLOGY CENTER ELEKTRONIKA; a.k.a. JOINT STOCK COMPANY KTTS ELEKTRONIKA), Building 119A Leninskiy Prospekt, 17A, 2nd Floor, Voronezh 394033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jan 2006; Tax ID No. 3661033667 (Russia); Registration Number 1063667000495 (Russia) [RUSSIA-EO14024].

ELECTRONICS ENGINEERING AND DESIGN CENTER  JOINT STOCK COMPANY (a.k.a. ELECTRONICS EDC JSC; a.k.a. ELEKTRONIKA ENGINEERING AND DESIGN CENTER JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMPANY DESIGN TECHNOLOGY CENTER ELEKTRONIKA; a.k.a. JOINT STOCK COMPANY KTTS ELEKTRONIKA), Building 119A Leninskiy Prospekt, 17A, 2nd Floor, Voronezh 394033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jan 2006; Tax ID No. 3661033667 (Russia); Registration Number 1063667000495 (Russia) [RUSSIA-EO14024].

ELECTRONICS INSTITUTE, P.O. Box 4470, Damascus, Syria [NPWMD].

ELECTRONICS KATRANGI TRADING (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

ELECTRONINTORG (a.k.a. JOINT STOCK COMPANY FOREIGN TRADE ASSOCIATION ELEKTRONINTORG), Ukrainsky Blvd 8, Building 1, Moscow 121059, Russia; 4 Ivana Franko St., Building 10, Moscow 121108, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743592991 (Russia); Registration Number 1067746527606 (Russia) [RUSSIA-EO14024].

ELECTROOPTIKA (a.k.a. ELEKTROOPTIKA SIA), Vidus Prosp. 45 K-1-1, Jurmala 2010, Latvia; G. Zemgala Gatve 74, Riga 1039, Latvia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Mar 2013; Registration Number 40103651284 (Latvia) [RUSSIA-EO14024] (Linked To: BLATS, Marks).

ELEHSSAN (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL- AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ELEHSSAN SOCIETY (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ELEHSSAN SOCIETY AND BIRR (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX

398, Hebron, West Bank, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ELEHSSAN SOCIETY WA BIRR (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ELEKKOM LOGISTIK (a.k.a. LLC ELEKKOM LOGISTICS), Pr. I. Ya. Yakovleva D. 3, Of. 908, Cheboksary 428020, Russia; Pr-Kt I. Ya. Yakovelva Zd. 3, Floor 8, Cheboksary 428003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2130133291 (Russia); Registration Number 1142130002442 (Russia) [RUSSIA-EO14024].

ELEKTRON OPTRONIK PAO (a.k.a. AKTSIONERNOE OBSHCHESTVO ELEKTRON OPTRONIK; a.k.a. AO ELEKTRON OPTRONIK), Pr-Kt Morisa Toreza, D. 68, Saint Petersburg 194223, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Dec 1997; Tax ID No. 7802362079 (Russia); Registration Number 5067847207698 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

ELEKTRONIKA ENGINEERING AND DESIGN CENTER JOINT STOCK COMPANY (a.k.a. ELECTRONICS EDC JSC; a.k.a. ELECTRONICS ENGINEERING AND DESIGN CENTER  JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMPANY DESIGN TECHNOLOGY CENTER ELEKTRONIKA;

a.k.a. JOINT STOCK COMPANY KTTS ELEKTRONIKA), Building 119A Leninskiy Prospekt, 17A, 2nd Floor, Voronezh 394033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jan 2006; Tax ID No. 3661033667 (Russia); Registration Number 1063667000495 (Russia) [RUSSIA-EO14024].

ELEKTRONNYI ARKHIV (a.k.a. "ELAR"), Bumazhnyi Proezd D. 14, Str. 2, Moscow 127015, Russia; Sh. Leningradskoe Str. 25A, Office 9/3, Khimki 141402, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9705001507 (Russia); Registration Number 5147746108868 (Russia) [RUSSIA-EO14024].

ELEKTROOPTIKA SIA (a.k.a. ELECTROOPTIKA), Vidus Prosp. 45 K-1-1, Jurmala 2010, Latvia; G. Zemgala Gatve 74, Riga 1039, Latvia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Mar 2013; Registration Number 40103651284 (Latvia) [RUSSIA-EO14024] (Linked To: BLATS, Marks).

ELEKTROPANEL MUHENDISLIK SANAYI VE TICARET LIMITED SIRKETI, No: 19-52 Topcular Mahallesi, Rami Kisla Caddesi, Eyup, Istanbul 34055, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2012; Registration Number 812839 (Turkey) [RUSSIA-EO14024].

ELEKTRORADIOAVTOMATIKA JSC (a.k.a. "AO ERA"), Per. Grivtsova D.1/64, Saint Petersburg 190031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7812018283 (Russia); Registration Number 1027810260136 (Russia) [RUSSIA-EO14024].

ELEKTRORADIOAVTOMATIKA VLADIVOSTOK ENTERPRISE JOINT STOCK COMPANY (a.k.a. AKTSIONERNOYE OBSHCHESTVO VLADIVOSTOKSKOYE PREDPRIYATIE ELEKTRORADIOAVTIMATIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВЛАДИВОСТОКСКОЕ ПРЕДПРИЯТИЕ ЭЛЕКТРОРАДИОАВТОМАТИКА); a.k.a. VLADIVOSTOK ELECTRICAL COMPANY ERA JSC; a.k.a. "ERA AO"), 1 Ulitsa Pionerskaya, Vladivostok 690001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jul 2000; Tax ID No. 2504000733 (Russia); Registration Number 1022501275455 (Russia) [RUSSIA-EO14024] (Linked To:

AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

ELEKTRORADIOKOMPONENTY SEVERO ZAPAD, pr-kt Leninskii d. 140, lit. I, pomeshch. 202/A, Saint Petersburg 198216, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805717611 (Russia); Registration Number 1177847371723 (Russia) [RUSSIA-EO14024].

ELEKTROSIGNAL CORPORATION (a.k.a. OAO ELEKTROSIGNAL PLANT; a.k.a. OPEN JOINT STOCK COMPANY CORPORATION NOVOSIBIRSK PLANT ELEKTROSIGNAL (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КОРПОРАЦИЯ НОВОСИБИРСКИЙ ЗАВОД ЭЛЕКТРОСИГНАЛ)), 31 Dobrolyubova St., Building 2, Floor 3, Novosibirsk, Novosibirsk Region 630009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5405262331 (Russia); Registration Number 1035401944291 (Russia) [RUSSIA-EO14024].

ELEMENT GROUP (a.k.a. JOINT STOCK COMPANY ELEMENT), 12 Presnenskaya Waterfront, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Jul 2020; Tax ID No. 9703014282 (Russia); Registration Number 1207700245532 (Russia) [RUSSIA-EO14024].

ELEMENTO LIMITED, 35 Strait Street, Valletta VLT 1434, Malta; 85 St. John Street, Valletta MT-VLT1165, Malta; Norway; Website www.elemento.com.mt; Company Number C 72520 (Malta); alt. Company Number 920167667 (Norway) [VENEZUELA-EO13850].

ELEMENTO SOLUTIONS LIMITED, 12 Hay Hill, London W1J 8NR, United Kingdom; Company Number 10289741 (United Kingdom) [VENEZUELA-EO13850].

ELESSA EXCHANGE (a.k.a. ELISSA EXCHANGE; a.k.a. ELLISSA EXCHANGE COMPANY), Sarafand, Lebanon [SDNTK].

ELEVATE MARINE MANAGEMENT PRIVATE LIMITED (a.k.a. ELEVATE MARINE MANAGEMENT PVT), Office 204, 2nd Floor, Thapar Complex, Plot 51, Sector 15, CBD Belapur, Navi Mumbai, Maharashtra 400614, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 2024; C.I.N. U52242MH2024PTC435341 (India);

Identification Number IMO 0121567 [IRAN-EO13846].

ELEVATE MARINE MANAGEMENT PVT (a.k.a. ELEVATE MARINE MANAGEMENT PRIVATE LIMITED), Office 204, 2nd Floor, Thapar Complex, Plot 51, Sector 15, CBD Belapur, Navi Mumbai, Maharashtra 400614, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 2024; C.I.N. U52242MH2024PTC435341 (India); Identification Number IMO 0121567 [IRAN-EO13846].

ELEVEN EIGHTY EIGHT LIMITED (f.k.a. PAR EXCELLENCE LIMITED), 18, Drive 41, Tumas Galea Street, Ta' Paris, Birkirkara BKR 04, Malta; D-U-N-S Number 52-028-0154; V.A.T. Number MT14324830 (Malta); Tax ID No. 14324830 (Malta); Trade License No. C 19763 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

ELEVENTH OCEAN ADMINISTRATION GMBH, Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRB94632 [IRAN].

ELEVENTH OCEAN GMBH & CO. KG (a.k.a. ELEVENTH OCEAN GMBH AND CO. KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 102544 [IRAN].

ELEVENTH OCEAN GMBH AND CO. KG (a.k.a. ELEVENTH OCEAN GMBH & CO. KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 102544 [IRAN].

EL-FAISAL, Abdulla (a.k.a. AL-FAISAL, Abdullah Ibrahim; a.k.a. FAISAL, Abdullah; a.k.a. FORREST, Trevor William), 8 Windsor Road, Spanishtown, Jamaica; DOB 09 Oct 1963; alt. DOB 10 Sep 1963; POB Jamaica; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A2791188; National ID No. 119458128 (Jamaica) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ELFARO OU (f.k.a. OU INELSO), Vesse Poik 4D, Tallinn 11415, Estonia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; V.A.T. Number EE102018071 (Estonia); Registration Number 14329778 (Estonia)

[RUSSIA-EO14024] (Linked To: EFIMOV, Anton Anatolyevich).

ELFO ENERGY HOLDING LIMITED, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 2917743 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

ELFOR TL, Ul. Sushchevskii Val D.9, Str.1, Moscow 127018, Russia; Ul. Yasenevaya D. 5, K. 2, Sosenki 108814, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703291469 (Russia); Registration Number 1027700337686 (Russia) [RUSSIA-EO14024].

ELGON MARITIME CORPORATION, 1st Floor, Dekk House, Zippora, Street, Providence Industrial Estate, Victoria, Mahe, Seychelles; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6466047 [UKRAINE-EO13662] [RUSSIA-EO14024].

EL-HAKIM, Boubakeur (a.k.a. Abu-Muqatil al-Tunisi; a.k.a. AL-HAKIM, Boubakeur; a.k.a. ALI HAKIM, Boubaker Ben Habib Ben; a.k.a. EL HAKIM, Boubaker; a.k.a. "Abou al Mouqatel"; a.k.a. "Abou Mouqatel"), Syria; DOB 01 Aug 1983; POB Paris, France; citizen Tunisia; alt. citizen France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport W752198; Identification Number 09036271 (individual) [SDGT].

EL-HOORIE, Ali Saed Bin Ali (a.k.a. AL-HOURI, Ali Saed Bin Ali; a.k.a. EL-HOURI, Ali Saed Bin Ali); DOB 10 Jul 1965; alt. DOB 11 Jul 1965; POB El Dibabiya, Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

EL-HOURI, Ali Saed Bin Ali (a.k.a. AL-HOURI, Ali Saed Bin Ali; a.k.a. EL-HOORIE, Ali Saed Bin Ali); DOB 10 Jul 1965; alt. DOB 11 Jul 1965; POB El Dibabiya, Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ELHUSSEIN, Taha Osman A (a.k.a. AL-HUSSEIN, Taha Osman; a.k.a. AL-HUSSEIN, Taha Osman Ahmed), P.O. Box Number 75214, Dubai, United Arab Emirates; DOB 20 Jun 1964; alt. DOB 21 Jun 1957; POB Shendi, Sudan; alt. POB Kabushiya, Sudan; nationality Sudan; citizen Sudan; alt. citizen Saudi Arabia;

alt. citizen Congo, Democratic Republic of the; Gender Male; National ID No. 11946895461 (Sudan) (individual) [SUDAN-EO14098].

ELIAS SHIPPING & TRADING GROUP SA (a.k.a. ELIAS SHIPPING AND TRADING GROUP S.A.), 21st Floor, Global Plaza Building, Calle 50, Panama City, Panama; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2023; Identification Number IMO 6422446; Folio Mercantil No. 155736668 (Panama) [SDGT] (Linked To: AL-QATIRJI COMPANY).

ELIAS SHIPPING AND TRADING GROUP S.A. (a.k.a. ELIAS SHIPPING & TRADING GROUP SA), 21st Floor, Global Plaza Building, Calle 50, Panama City, Panama; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2023; Identification Number IMO 6422446; Folio Mercantil No. 155736668 (Panama) [SDGT] (Linked To: AL-QATIRJI COMPANY).

ELINS STC JSC (a.k.a. JOINT STOCK COMPANY RESEARCH CENTER ELINS; a.k.a. JSC NAUCHNYY CENTER ELINS; a.k.a. JSC SCIENTIFIC AND TECHNICAL CENTER ELINS; a.k.a. SCIENTIFIC TECHNICAL CENTRE ELINS), Panfilovsky Pr., 10, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Mar 2010; Tax ID No. 7735567832 (Russia); Registration Number 1107746215455 (Russia) [RUSSIA-EO14024].

ELISEEV, Iliya Vladimirovich (a.k.a. YELISEYEV, Ilya Vladimirovich), Moscow, Russia; DOB 19 Dec 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ELISSA EXCHANGE (a.k.a. ELESSA EXCHANGE; a.k.a. ELLISSA EXCHANGE COMPANY), Sarafand, Lebanon [SDNTK].

ELIT LIMA (a.k.a. ELIT LIMASSOL (LIMA) CO.; a.k.a. ELIT LIMASSOL-CYPRUS; a.k.a. EUROPEAN LEBANESE INTERNATIONAL COMPANY FOR TRADE LLC (Arabic: الشركة الأوروبية اللبنانية للتجارة ش.م.م.); a.k.a. EUROPEAN LEBANESE INTERNATIONAL TRADE CO.; a.k.a. EUROPEAN LEBANESE INTERNATIONAL TRADE S.A.R.L. CO.; a.k.a. EUROPEAN LEBANESE INTERNATIONAL TRADE S.A.R.L. ELIT), Queens Plaza Center,

Section 401, Property 132, Sad Al-Bouchrieh, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Jul 2012; Commercial Registry Number 2030736 (Lebanon); License 2030736 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

ELIT LIMASSOL (LIMA) CO. (a.k.a. ELIT LIMA; a.k.a. ELIT LIMASSOL-CYPRUS; a.k.a. EUROPEAN LEBANESE INTERNATIONAL COMPANY FOR TRADE LLC (Arabic: الشركة الأوروبية اللبنانية العالمية للتجارة ش.م.م.); a.k.a. EUROPEAN LEBANESE INTERNATIONAL TRADE CO.; a.k.a. EUROPEAN LEBANESE INTERNATIONAL TRADE S.A.R.L. CO.; a.k.a. EUROPEAN LEBANESE INTERNATIONAL TRADE S.A.R.L. ELIT), Queens Plaza Center, Section 401, Property 132, Sad Al-Bouchrieh, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Jul 2012; Commercial Registry Number 2030736 (Lebanon); License 2030736 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

ELIT LIMASSOL-CYPRUS (a.k.a. ELIT LIMA; a.k.a. ELIT LIMASSOL (LIMA) CO.; a.k.a. EUROPEAN LEBANESE INTERNATIONAL COMPANY FOR TRADE LLC (Arabic: الشركة الأوروبية اللبنانية العالمية للتجارة ش.م.م.); a.k.a. EUROPEAN LEBANESE INTERNATIONAL TRADE CO.; a.k.a. EUROPEAN LEBANESE INTERNATIONAL TRADE S.A.R.L. CO.; a.k.a. EUROPEAN LEBANESE INTERNATIONAL TRADE S.A.R.L. ELIT), Queens Plaza Center, Section 401, Property 132, Sad Al-Bouchrieh, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Jul 2012; Commercial Registry Number 2030736 (Lebanon); License 2030736 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

ELIT LIMITED LIABILITY COMPANY, UL Marshala Chuikova D. 2A, Office 314/3, Kazan 420094, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Jul 2011; Tax ID No. 1657107827 (Russia); Registration Number 1111690048414 (Russia) [RUSSIA-EO14024].

ELITAN TRADE OOO (a.k.a. ELITAN TREID), ul. Melnichnaya d. 34A, Izhevsk 426063, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1831096455 (Russia); Registration Number 1041800258444 (Russia) [RUSSIA-EO14024].

ELITAN TREID (a.k.a. ELITAN TRADE OOO), ul. Melnichnaya d. 34A, Izhevsk 426063, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1831096455 (Russia); Registration Number 1041800258444 (Russia) [RUSSIA-EO14024].

ELITNYE DOMA AO (a.k.a. ELITNYE DOMA LLC; a.k.a. ELITNYE DOMA OOO (Cyrillic: ООО ЭЛИТНЫЕ ДОМА); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ELITNYE DOMA), Ul. Smirnovskaya d. 10, Str. 8, Kabinet 8, Moscow 109052, Russia (Cyrillic: Ул. Смирновская, д. 10, Стр. 8, Каб. 8, Москва 109052, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Feb 2004; Tax ID No. 7706415641 (Russia); Registration Number 1147748157061 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

ELITNYE DOMA LLC (f.k.a. ELITNYE DOMA AO; a.k.a. ELITNYE DOMA OOO (Cyrillic: ООО ЭЛИТНЫЕ ДОМА); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ELITNYE DOMA), Ul. Smirnovskaya d. 10, Str. 8, Kabinet 8, Moscow 109052, Russia (Cyrillic: Ул. Смирновская, д. 10, Стр. 8, Каб. 8, Москва 109052, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Feb 2004; Tax ID No. 7706415641 (Russia); Registration Number 1147748157061 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

ELITNYE DOMA OOO (Cyrillic: ООО ЭЛИТНЫЕ ДОМА) (f.k.a. ELITNYE DOMA AO; a.k.a. ELITNYE DOMA LLC; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ELITNYE DOMA), Ul. Smirnovskaya d. 10, Str. 8, Kabinet 8, Moscow 109052, Russia (Cyrillic: Ул. Смирновская, д. 10, Стр. 8, Каб. 8, Москва 109052, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Feb 2004; Tax ID No. 7706415641 (Russia); Registration Number 1147748157061 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

ELIX ST GMBH (a.k.a. ELIX ST LIMITED LIABILITY COMPANY), 18B Geisinger Way, Stuttgart 70439, Germany; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. DE221403599 (Germany); Registration Number 22989 (Germany) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY PARTNERSHIP DA GROUP 22).

ELIX ST LIMITED LIABILITY COMPANY (a.k.a. ELIX ST GMBH), 18B Geisinger Way, Stuttgart 70439, Germany; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. DE221403599 (Germany); Registration Number 22989 (Germany) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY PARTNERSHIP DA GROUP 22).

ELIXON SHIPPING COMPANY LIMITED, Karaiskaki, 13, Limassol 3032, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Sea and coastal freight water transport; Registration Number 408236 (Cyprus) [RUSSIA-EO14024].

ELIZAREV, Anton Olegovich (a.k.a. YELIZAREV, Anton Olegovich; a.k.a. "Lotus"), 66 Novorossiysk, Apt 48, Novorossiysk, Russia; DOB 01 May 1981; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 6103869621 (Russia); Tax ID No. 23151072563 (Russia) (individual) [RUSSIA-EO14024].

ELIZONDO CASTANEDA, Andres Martin, Guadalajara, Jalisco, Mexico; DOB 14 Nov 1961; C.U.R.P. EICA611114HJCLSN03 (Mexico) (individual) [SDNTK] (Linked To: CASA EL VIEJO LUIS DISTRIBUIDORA, S.A. DE C.V.; Linked To: GRUPO COMERCIAL ROOL, S.A. DE C.V.; Linked To: RANCHO EL NUEVO PACHON, S. DE R.L. DE C.V.; Linked To: OPERADORA Y ADMINISTRADORA DE RESTAURANTES Y BARES RUDU, S.A. DE C.V.; Linked To: ROOL EUROPE AG; Linked To: ASESORIA Y SERVICIOS ADMINISTRATIVOS, TECNICOS Y OPERATIVOS DUREL, S.A. DE C.V.).

EL-JBURI, Mash'an (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham;

a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

ELKADDAFI, Aisha (a.k.a. AL-GADDAFI, Ayesha; a.k.a. AL-QADHAFI, Aisha; a.k.a. EL-QADDAFI, Aisha; a.k.a. GADDAFI, Ayesha; a.k.a. GADHAFI, Aisha; a.k.a. GHADAFFI, Aisha; a.k.a. GHATHAFI, Aisha; a.k.a. GHATHAFI, Aisha Muammer; a.k.a. QADDAFI, Aisha; a.k.a. QADHAFI, Aisha; a.k.a. QADHAFI, Aisha Muammar Muhammed Abu Minyar; a.k.a. QADHAFI, Ayesha), Oman; DOB 1977; alt. DOB 1976; alt. DOB 01 Jan 1978; POB Tripoli, Libya; Gender Female; Passport 215215 (Libya); alt. Passport 428720 (Libya); alt. Passport B/011641; alt. Passport 03824970 (Oman) issued 04 May 2014 expires 03 May 2024; National ID No. 98606612 (individual) [LIBYA2].

ELKADDAFI, Hannibal (a.k.a. AL-GADDAFI, Hannibal; a.k.a. AL-QADHAFI, Hannibal; a.k.a. EL-QADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal Muammar; a.k.a. GHADAFFI, Hannibal; a.k.a. GHATHAFI, Hannibal; a.k.a. QADDAFI, Hannibal; a.k.a. QADHAFI, Hannibal Muammar); DOB 20 Sep 1975; alt. DOB 1977; POB Tripoli, Libya; Passport B/002210 (Libya) (individual) [LIBYA2].

ELKADDAFI, Khamis (a.k.a. AL-GADDAFI, Khamis; a.k.a. AL-QADHAFI; a.k.a. AL-QADHAFI, Khamis; a.k.a. EL-QADDAFI, Khamis; a.k.a. GADDAFI, Khamis; a.k.a. GADHAFI, Khamis; a.k.a. GHADAFFI, Khamis; a.k.a. GHATHAFI, Khamis; a.k.a. QADDAFI, Khamis; a.k.a. QADHAFI, Khamis); DOB 1980 (individual) [LIBYA2].

ELKADDAFI, Muammar (a.k.a. AL-GADDAFI, Muammar; a.k.a. AL-QADHAFI, Muammar; a.k.a. AL-QADHAFI, Muammar Abu Minyar; a.k.a. EL-QADDAFI, Muammar; a.k.a. GADDAFI, Mu'ammar; a.k.a. GADDAFI, Muammar; a.k.a. GADHAFI, Muammar; a.k.a. GHADAFFI, Muammar Muhammad; a.k.a. GHATHAFI, Muammar; a.k.a. QADDAFI, Muammar; a.k.a. QADHAFI, Muammar); DOB 1942; POB Sirte, Libya (individual) [LIBYA2].

ELKADDAFI, Muhammad (a.k.a. AL-GADDAFI, Muhammad; a.k.a. AL-QADHAFI, Mohammed; a.k.a. EL-QADDAFI, Muhammad; a.k.a. GADDAFI, Muhammad; a.k.a. GADHAFFI, Mohammad Moammar; a.k.a. GADHAFI, Mohammed; a.k.a. GHATHAFI, Muhammad; a.k.a. QADDAFI, Muhammad; a.k.a. QADHAFI, Mohammed Muammar); DOB 1970; POB Tripoli, Libya (individual) [LIBYA2].

ELKADDAFI, Mutassim (a.k.a. AL-GADDAFI, Mutassim; a.k.a. AL-QADHAFI, Mutassim; a.k.a. EL-QADDAFI, Mutassim; a.k.a. GADDAFI, Mutassim; a.k.a. GADHAFI, Mutassim Billah; a.k.a. GHADAFFI, Mutassim; a.k.a. GHATHAFI, Mutassim; a.k.a. QADDAFI, Mutassim; a.k.a. QADHAFI, Mutassim); DOB 1975 (individual) [LIBYA2].

ELKADDAFI, Saadi (a.k.a. AL-GADDAFI, Saadi; a.k.a. AL-QADHAFI, Sa'adi Mu'ammar; a.k.a. EL-QADDAFI, Saadi; a.k.a. GADDAFI, Saadi; a.k.a. GADHAFI, Saadi; a.k.a. GHATHAFI, Saadi; a.k.a. QADDAFI, Saadi; a.k.a. QADHAFI, Saadi); DOB 27 May 1973; alt. DOB 25 May 1973; POB Tripoli, Libya; Passport 010433 (Libya); alt. Passport 014797 (Libya) (individual) [LIBYA2].

ELKADDAFI, Saif Al-Arab (a.k.a. AL-GADDAFI, Saif Al-Arab; a.k.a. AL-QADHAFI, Saif Al-Arab; a.k.a. EL-QADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Seif Al-Arab; a.k.a. GADHAFI, Saif Al-Arab; a.k.a. GHATHAFI, Saif Al-Arab; a.k.a. QADDAFI, Saif Al-Arab; a.k.a. QADHAFI, Saif Al-Arab); DOB 1979; alt. DOB 1982; alt. DOB 1983; POB Tripoli, Libya (individual) [LIBYA2].

ELKADDAFI, Saif al-Islam (a.k.a. AL-GADDAFI, Saif al-Islam; a.k.a. AL-QADHAFI, Saif al-Islam; a.k.a. EL-QADDAFI, Seif al-Islam; a.k.a. GADDAFI, Saif al-Islam; a.k.a. GADHAFI, Saif al-Islam; a.k.a. GHADAFFI, Saif al-Islam; a.k.a. GHATHAFI, Saif al-Islam; a.k.a. QADDAFI, Saif al-Islam; a.k.a. QADHAFI, Saif al-Islam); DOB 25 Jun 1972; POB Tripoli, Libya (individual) [LIBYA2].

EL-KURD, Ahmed (a.k.a. AL KURD, Ahmed; a.k.a. AL-KARD, Ahmad; a.k.a. AL-KIRD, Ahmad; a.k.a. ALKURD, Ahmad; a.k.a. AL-KURD, Ahmad Harb; a.k.a. AL-KURD, Ahmed Hard), Deir Al-Balah, Gaza, Palestinian; DOB circa 1949; alt. DOB circa 1951; POB Deir Al-Balah, Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ELLA MEDIA SERVICES LLC (Arabic: شركة ايلا للخدمات الاعلامية), Damascus, Syria; Organization Established Date 07 Apr 2019; Organization Type: Advertising [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

ELLA TOURISM COMPANY (Arabic: شركة ايلا للسياحة) (a.k.a. IYLA FOR TOURISM), Syria; Organization Established Date 16 Aug 2017; Organization Type: Tour operator activities [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

ELLALAN FORCE (a.k.a. LIBERATION TIGERS OF TAMIL EELAM; a.k.a. LTTE; a.k.a. TAMIL TIGERS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ELLISSA EXCHANGE COMPANY (a.k.a. ELESSA EXCHANGE; a.k.a. ELISSA EXCHANGE), Sarafand, Lebanon [SDNTK].

ELLISSA GROUP CONGO (a.k.a. ELLISSA GROUP SA CONGO; a.k.a. ELLISSA PARC CONGO; a.k.a. SOCIETE ELLISSA GROUP CONGO), Avenir Lassy Zephyr, Immeuble Socotra, Pointe Noire, Congo, Republic of the; C.R. No. 07B233 (Congo, Democratic Republic of the) [SDNTK].

ELLISSA GROUP SA (a.k.a. "ELESSA GROUP"), 01 BP 6269, Cotonou, Atlantique, Benin; C.R. No. 03-B-1620 [SDNTK].

ELLISSA GROUP SA CONGO (a.k.a. ELLISSA GROUP CONGO; a.k.a. ELLISSA PARC CONGO; a.k.a. SOCIETE ELLISSA GROUP CONGO), Avenir Lassy Zephyr, Immeuble Socotra, Pointe Noire, Congo, Republic of the; C.R. No. 07B233 (Congo, Democratic Republic of the) [SDNTK].

ELLISSA HOLDING (a.k.a. ELLISSA SAL (HOLDING)), Atrium Building, Weygand Street, Central District, Beirut, Lebanon [SDNTK].

ELLISSA MEGA STORE (a.k.a. ELLISSA MEGASTORE), Quartier SCOA GBETO, Carre 148, Cotonou, Benin; 01 BP 6269, Cotonou, Benin [SDNTK].

ELLISSA MEGASTORE (a.k.a. ELLISSA MEGA STORE), Quartier SCOA GBETO, Carre 148, Cotonou, Benin; 01 BP 6269, Cotonou, Benin [SDNTK].

ELLISSA PARC CONGO (a.k.a. ELLISSA GROUP CONGO; a.k.a. ELLISSA GROUP SA CONGO; a.k.a. SOCIETE ELLISSA GROUP CONGO), Avenir Lassy Zephyr, Immeuble Socotra, Pointe Noire, Congo, Republic of the; C.R. No. 07B233 (Congo, Democratic Republic of the) [SDNTK].

ELLISSA PARC COTONOU, 01 BP 6269, Cotonou, Benin [SDNTK].

ELLISSA SAL (HOLDING) (a.k.a. ELLISSA HOLDING), Atrium Building, Weygand Street, Central District, Beirut, Lebanon [SDNTK].

ELLISSA SHIPPING, 01 BP 6269, Cotonou, Benin [SDNTK].

ELM KIMYA ITHALAT IHRACAT SANAYI VE TICARET ANONIM SIRKETI, Efe Tower Sitesi B Blok, No:11B-6 Odunluk Mahallesi Liman Caddesi, Nilufer, Bursa 16110, Turkey; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 2018; Registration Number 98100 (Turkey) [IRAN-EO13846].

ELMABRUK, Maftah Mohamed (a.k.a. AL MABROOK, Muftah; a.k.a. AL-FATHALI, Al-Mabruk; a.k.a. AL-FATHALI, Al-Mabruk Muftah Muhammad; a.k.a. EL MABRUK, Muftah; a.k.a. EL MOBRUK, Maftah; a.k.a. ELMABRUK, Mustah; a.k.a. MAFTAH, Elmobruk; a.k.a. "AL HAK, Al Haj Abd"; a.k.a. "AL HAQQ, Al Hajj Abd"; a.k.a. "AL-HAQ, Haj 'Abd"; a.k.a. "AL-HAQQ, Al-Hajj 'Abd"), undetermined; DOB 01 May 1950; POB Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ELMABRUK, Mustah (a.k.a. AL MABROOK, Muftah; a.k.a. AL-FATHALI, Al-Mabruk; a.k.a. AL-FATHALI, Al-Mabruk Muftah Muhammad; a.k.a. EL MABRUK, Muftah; a.k.a. EL MOBRUK, Maftah; a.k.a. ELMABRUK, Maftah Mohamed; a.k.a. MAFTAH, Elmobruk; a.k.a. "AL HAK, Al Haj Abd"; a.k.a. "AL HAQQ, Al Hajj Abd"; a.k.a. "AL-HAQ, Haj 'Abd"; a.k.a. "AL-HAQQ, Al-Hajj 'Abd"), undetermined; DOB 01 May 1950; POB Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ELMAGHRABY, Haytham Ahmed S.A. (a.k.a. AL-MAGHRABI, Haytham Ahmad Shukri Ahmad; a.k.a. ELMAGHRABY, Haytham Ahmed Shokry Ahmed; a.k.a. ELMAGHRABY, Haytham Ahmed Shukri Ahmad), Brazil; DOB 07 Sep 1986; POB Egypt; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A09538178 (Egypt); Tax ID No. 238.624.338-97 (Brazil) (individual) [SDGT].

ELMAGHRABY, Haytham Ahmed Shokry Ahmed (a.k.a. AL-MAGHRABI, Haytham Ahmad Shukri

Ahmad; a.k.a. ELMAGHRABY, Haytham Ahmed S.A.; a.k.a. ELMAGHRABY, Haytham Ahmed Shukri Ahmad), Brazil; DOB 07 Sep 1986; POB Egypt; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A09538178 (Egypt). Tax ID No. 238.624.338-97 (Brazil) (individual) [SDGT].

ELMAGHRABY, Haytham Ahmed Shukri Ahmad (a.k.a. AL-MAGHRABI, Haytham Ahmad Shukri Ahmad; a.k.a. ELMAGHRABY, Haytham Ahmed S.A.; a.k.a. ELMAGHRABY, Haytham Ahmed Shokry Ahmed), Brazil; DOB 07 Sep 1986; POB Egypt; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A09538178 (Egypt); Tax ID No. 238.624.338-97 (Brazil) (individual) [SDGT].

ELMAK, Proezd Okurzhnoi D. 30A, Moscow 105187, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719486431 (Russia); Registration Number 1197746104302 (Russia) [RUSSIA-EO14024].

ELMASHAT, Mahdi (a.k.a. AL-MASHAT, Mahdi; a.k.a. ALMASHAT, Mahdi (Arabic: مهدي المشاط); a.k.a. AL-MASHAT, Mahdi bin Mohammed bin Hussein (Arabic: مهدي بن محمد بن حسين المشاط); a.k.a. AL-MASHAT, Mahdi Mohammed Hussein; a.k.a. AL-MASHAT, Mahdi Mohammed Hussein (Arabic: مهدي محمد حسين المشاط); a.k.a. MASHAT, Mahdi Mohammed), Raqah, Yemen; DOB 1986; POB Al-Raqqa Village, Uzla Wulid Nuwar, Maran Area, Haydan District, Saada Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ANSARALLAH).

ELMEC TRADE OU, Katusepapi Tn 6-502, Tallinn 11412, Estonia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; V.A.T. Number EE102280812 (Estonia); Registration Number 14291975 (Estonia) [RUSSIA-EO14024].

ELN (a.k.a. EJERCITO DE LIBERACION NACIONAL; a.k.a. NATIONAL LIBERATION ARMY); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

EL-NUR SOCIETY (a.k.a. AL NOOR PRISONER SOCIETY; a.k.a. AL-NUR PRISONER ASSOCIATION; a.k.a. AL-NUR SOCIETY GAZA (Arabic: جمعية النور); a.k.a. JAMA'IT

ELANUR AL-KHIRIYA), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2001; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

ELOSTA, Abdelrazag Elsharif (a.k.a. AL USTA, Abdelrazag Elsharif; a.k.a. AL-USTA, 'Abd Al-Razzaq Al-Sharif; a.k.a. SHARIF, 'Abd al-Razzaq; a.k.a. "ABU MU'AWIYA"; a.k.a. "AL-MULAY, 'Abd"), undetermined; DOB 20 Jun 1963; POB SOGUMA, LIBYA; nationality United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

EL-OUARFALI, Abdelhadi el-Houssein Zirgoune (a.k.a. AL-WARFALI, Abdelhadi al-Hussain Zargoun; a.k.a. AL-WARFALLI, Abd al-Hadi Zarqun; a.k.a. ZARGON, Abdulhadi; a.k.a. ZARGOON, Al Hadi; a.k.a. ZARGUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARGUN, Abd-al-Hadi; a.k.a. ZARQUN, Abd al Hadi; a.k.a. ZARQUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARQUN, Abd-al-Hadi Al Husayn Al Shabani), Libya; DOB 1983; POB Sirte, Libya; nationality Libya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H/188292 (Libya); National ID No. 123844 (Libya) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ELPA RESEARCH INSTITUTE AND PILOT LINE JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT ELPA S OPYTNYM PROIZVODSTVOM; a.k.a. "NII ELPA AO"), Pr-Kt Panfilovskii D. 10, Zelenograd 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735064772 (Russia); Registration Number 1027739098760 (Russia) [RUSSIA-EO14024].

ELPROM LIMITED LIABILITY COMPANY (a.k.a. ELPROM LLC), Ul. Pulkovskaya, D. 2, K. 1, Lit. A, Pom. 69-N, Saint Petersburg 196142, Russia; Marshala Govorova Str. 40, Lit. A, Office 34, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805592546 (Russia); Registration Number 1127847332007 (Russia) [RUSSIA-EO14024].

ELPROM LLC (a.k.a. ELPROM LIMITED LIABILITY COMPANY), Ul. Pulkovskaya, D. 2, K. 1, Lit. A, Pom. 69-N, Saint Petersburg

196142, Russia; Marshala Govorova Str. 40, Lit. A, Office 34, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805592546 (Russia); Registration Number 1127847332007 (Russia) [RUSSIA-EO14024].

EL-QADDAFI, Aisha (a.k.a. AL-GADDAFI, Ayesha; a.k.a. AL-QADHAFI, Aisha; a.k.a. ELKADDAFI, Aisha; a.k.a. GADDAFI, Ayesha; a.k.a. GADHAFI, Aisha; a.k.a. GHADAFFI, Aisha; a.k.a. GHATHAFI, Aisha; a.k.a. GHATHAFI, Aisha Muammer; a.k.a. QADDAFI, Aisha; a.k.a. QADHAFI, Aisha; a.k.a. QADHAFI, Aisha Muammar Muhammed Abu Minyar; a.k.a. QADHAFI, Ayesha), Oman; DOB 1977; alt. DOB 1976; alt. DOB 01 Jan 1978; POB Tripoli, Libya; Gender Female; Passport 215215 (Libya); alt. Passport 428720 (Libya); alt. Passport B/011641; alt. Passport 03824970 (Oman) issued 04 May 2014 expires 03 May 2024; National ID No. 98606612 (individual) [LIBYA2].

EL-QADDAFI, Hannibal (a.k.a. AL-GADDAFI, Hannibal; a.k.a. AL-QADHAFI, Hannibal; a.k.a. ELKADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal Muammar; a.k.a. GHADAFFI, Hannibal; a.k.a. GHATHAFI, Hannibal; a.k.a. QADDAFI, Hannibal; a.k.a. QADHAFI, Hannibal Muammar); DOB 20 Sep 1975; alt. DOB 1977; POB Tripoli, Libya; Passport B/002210 (Libya) (individual) [LIBYA2].

EL-QADDAFI, Khamis (a.k.a. AL-GADDAFI, Khamis; a.k.a. AL-QADHAFI; a.k.a. AL-QADHAFI, Khamis; a.k.a. ELKADDAFI, Khamis; a.k.a. GADDAFI, Khamis; a.k.a. GADHAFI, Khamis; a.k.a. GHADAFFI, Khamis; a.k.a. GHATHAFI, Khamis; a.k.a. QADDAFI, Khamis; a.k.a. QADHAFI, Khamis); DOB 1980 (individual) [LIBYA2].

EL-QADDAFI, Muammar (a.k.a. AL-GADDAFI, Muammar; a.k.a. AL-QADHAFI, Muammar; a.k.a. AL-QADHAFI, Muammar Abu Minyar; a.k.a. ELKADDAFI, Muammar; a.k.a. GADDAFI, Mu'ammar; a.k.a. GADDAFI, Muammar; a.k.a. GADHAFI, Muammar; a.k.a. GHADAFFI, Muammar Muhammad; a.k.a. GHATHAFI, Muammar; a.k.a. QADDAFI, Muammar; a.k.a. QADHAFI, Muammar); DOB 1942; POB Sirte, Libya (individual) [LIBYA2].

EL-QADDAFI, Muhammad (a.k.a. AL-GADDAFI, Muhammad; a.k.a. AL-QADHAFI, Mohammed; a.k.a. ELKADDAFI, Muhammad; a.k.a. GADDAFI, Muhammad; a.k.a. GADHAFFI, Mohammad Moammar; a.k.a. GADHAFI, Mohammed; a.k.a. GHATHAFI, Muhammad; a.k.a. QADDAFI, Muhammad; a.k.a. QADHAFI, Mohammed Muammar); DOB 1970; POB Tripoli, Libya (individual) [LIBYA2].

EL-QADDAFI, Mutassim (a.k.a. AL-GADDAFI, Mutassim; a.k.a. AL-QADHAFI, Mutassim; a.k.a. ELKADDAFI, Mutassim; a.k.a. GADDAFI, Mutassim; a.k.a. GADHAFI, Mutassim Billah; a.k.a. GHADAFFI, Mutassim; a.k.a. GHATHAFI, Mutassim; a.k.a. QADDAFI, Mutassim; a.k.a. QADHAFI, Mutassim); DOB 1975 (individual) [LIBYA2].

EL-QADDAFI, Saadi (a.k.a. AL-GADDAFI, Saadi; a.k.a. AL-QADHAFI, Sa'adi Mu'ammar; a.k.a. ELKADDAFI, Saadi; a.k.a. GADDAFI, Saadi; a.k.a. GADHAFI, Saadi; a.k.a. GHATHAFI, Saadi; a.k.a. QADDAFI, Saadi; a.k.a. QADHAFI, Saadi); DOB 27 May 1973; alt. DOB 25 May 1973; POB Tripoli, Libya; Passport 010433 (Libya); alt. Passport 014797 (Libya) (individual) [LIBYA2].

EL-QADDAFI, Saif Al-Arab (a.k.a. AL-GADDAFI, Saif Al-Arab; a.k.a. AL-QADHAFI, Saif Al-Arab; a.k.a. ELKADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Seif Al-Arab; a.k.a. GADHAFI, Saif Al-Arab; a.k.a. GHATHAFI, Saif Al-Arab; a.k.a. QADDAFI, Saif Al-Arab; a.k.a. QADHAFI, Saif Al-Arab); DOB 1979; alt. DOB 1982; alt. DOB 1983; POB Tripoli, Libya (individual) [LIBYA2].

EL-QADDAFI, Seif al-Islam (a.k.a. AL-GADDAFI, Saif al-Islam; a.k.a. AL-QADHAFI, Saif al-Islam; a.k.a. ELKADDAFI, Saif al-Islam; a.k.a. GADDAFI, Saif al-Islam; a.k.a. GADHAFI, Saif al-Islam; a.k.a. GHADAFFI, Saif al-Islam; a.k.a. GHATHAFI, Saif al-Islam; a.k.a. QADDAFI, Saif al-Islam; a.k.a. QADHAFI, Saif al-Islam); DOB 25 Jun 1972; POB Tripoli, Libya (individual) [LIBYA2].

ELRAKIZA GENERAL TRADING L.L.C. (Arabic: الركيزة للتجارة العامة ذ.م.م) (a.k.a. CAPITAL TAP GENERAL TRADING L.L.C. (Arabic: كابيتال تاب للتجارة العامة ش.ذ.م.م); a.k.a. M I N S GENERAL TRADING L.L.C. (Arabic: ام اي ان اس للتجارة العامة ش ذ م م)), 406, Business Bay, Royal Class Business Centre, Dubai, United Arab Emirates; PO Box 416657, 44 & 43, Dubai Municipality, Dubai, United Arab Emirates; Organization Established Date 18 Feb 2019; Organization Type: Wholesale and retail trade; License 826794 (United Arab Emirates); Registration Number 11337684 (United Arab Emirates) [SUDAN-EO14098] (Linked To: AHMMED, Abu Dharr Abdul Nabi Habiballa).

EL-REDA, Samuel Salman (a.k.a. AL-REDA, Salman; a.k.a. AL-RIDA, Samwil Salman; a.k.a. REMAL, Salman; a.k.a. SALMAN, Salman Raof; a.k.a. SALMAN, Salman Raouf; a.k.a. SALMAN, Salman Rauf; a.k.a. "MARQUEZ, Andree"), Lebanon; DOB 05 Jun 1963; alt. DOB 1965; nationality Colombia; alt. nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AD 059541 (Colombia); alt. Passport AC 128856 (Colombia); National ID No. 84.049.097 (Colombia) (individual) [SDGT] (Linked To: HIZBALLAH).

ELSAFIROTO (a.k.a. AL-SAFIR COMPANY; a.k.a. AL-SAFIR OTO (Arabic: السفير للسيارات); a.k.a. EL SAFIR OTO; a.k.a. EL SAFIR OTOMOTIV; a.k.a. SAFIR CAR TRADING COMPANY IN TURKEY), 4222 Sokak, N Block, Number 49, Istanbul, Istanbul Province 34218, Turkey; Oto Center Galericiler Sitesi, 100. Yil, 3. Yol Sokak., Bagcilar, Istanbul 34204, Turkey; Gaziantep, Turkey; Kilis, Turkey; Urfa, Turkey; Organization Type: Sale of motor vehicles [PAARSSR-EO13894] (Linked To: AL-JASIM, Mohammad Hussein).

ELSHANI, Gafur; DOB 29 Mar 1958; POB Suva Reka, Serbia and Montenegro (individual) [BALKANS].

ELSHEIKH, El Shafee (a.k.a. "Shaf"; a.k.a. "Shafee"), Aleppo, Syria; DOB 16 Jul 1988; POB Sudan; citizen United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ELSSEID, Sami Ben Khamis Ben Saleh (a.k.a. ESSID, Sami Ben Khemais), Via Dubini n.3, Gallarate, VA, Italy; DOB 10 Feb 1968; POB Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K929139 issued 14 Feb 1995 expires 13 Feb 2000; Italian Fiscal Code SSDSBN68B10Z352F (individual) [SDGT].

ELVEES R AND D CENTER JSC (a.k.a. ELVEES R&D CENTER JSC; a.k.a. ELVEES RESEARCH AND DEVELOPMENT CENTER JSC; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION CENTER ELECTRONIC COMPUTING AND INFORMATION SYSTEMS; a.k.a. JSC SPC ELVIS), Proyezd 4922, 4 Build.2, Zelenograd,

Moscow 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735582816 (Russia) [RUSSIA-EO14024].

ELVEES R&D CENTER JSC (a.k.a. ELVEES R AND D CENTER JSC; a.k.a. ELVEES RESEARCH AND DEVELOPMENT CENTER JSC; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION CENTER ELECTRONIC COMPUTING AND INFORMATION SYSTEMS; a.k.a. JSC SPC ELVIS), Proyezd 4922, 4 Build.2, Zelenograd, Moscow 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735582816 (Russia) [RUSSIA-EO14024].

ELVEES RESEARCH AND DEVELOPMENT CENTER JSC (a.k.a. ELVEES R AND D CENTER JSC; a.k.a. ELVEES R&D CENTER JSC; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION CENTER ELECTRONIC COMPUTING AND INFORMATION SYSTEMS; a.k.a. JSC SPC ELVIS), Proyezd 4922, 4 Build.2, Zelenograd, Moscow 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735582816 (Russia) [RUSSIA-EO14024].

ELVEGARD SHIPPING LTD, A-1 Tabassum Fatma, Bargadi Magath, Bakshi Ka Talab, Lucknow, Uttar Pradesh 226201, India; Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number IMO 6258171; Registration Number 108645 (Marshall Islands) [SDGT] (Linked To: ASB GROUP OF COMPANIES LIMITED).

ELYSIAN HORIZON CORP, Suite 10, 3rd Floor, La Ciotat, Mont Fleuri, Mahe Island, Seychelles; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Identification Number IMO 6437311; Business Registration Number 238947 (Seychelles) [IRAN-EO13846].

ELYUENTLABORATORIZ OOO (Cyrillic: ООО ЭЛЮЕНТЛАБОРАТОРИЗ) (a.k.a. LIMITED LIABILITY COMPANY ELUENTLABORATORIZ; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ELYUENTLABORATORIZ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ

ЭЛЮЕНТЛАБОРАТОРИЗ)), Ul. Ivana Franko, D. 4, K. 2, ET 2, Pom #1, Kom #27, Moscow 121108, Russia (Cyrillic: УЛ. ИВАНА ФРАНКО, Д. 4, К. 2,, ЭТ 2 ПОМ No1 КОМ No27, Москва 121108, Russia); Website eluent.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Dec 2017; Organization Type: Non-specialized wholesale trade; Tax ID No. 9715310575 (Russia); Government Gazette Number 22529861 (Russia); Business Registration Number 5177746372403 (Russia) [RUSSIA-EO14024].

ELZA SHIPPING SA, 80 Broad Sheet, Monrovia, Liberia; Organization Established Date 2021; Company Number 6243757 (Liberia) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

EL-ZAWRA SATELLITE STATION (a.k.a. AL ZAOURA NETWORK; a.k.a. AL ZAWRAH TELEVISION; a.k.a. AL ZOURA TV STATION; a.k.a. AL-ZAWARA SATELLITE TELEVISION STATION; a.k.a. AL-ZAWRA TELEVISION STATION; a.k.a. ALZAWRAA TV; a.k.a. AL-ZAWRAA TV; a.k.a. ZAWRAH TV STATION; a.k.a. ZORAH CHANNEL), Syria [IRAQ3].

EL-ZOMOR, Aboud Abdul Latif Hasan (a.k.a. AL-ZAMUR, Abboud Abdul Latif Hassan; a.k.a. AL-ZOMOR, Abboud Abdul Latif Hassan (Arabic: عبود عبداللطيف حسن الزمر); a.k.a. AL-ZUMAR, Abbud; a.k.a. AL-ZUMUR, Abood Abdul Latif Hassan; a.k.a. ZUMAR, Abbud), Egypt; DOB 19 Apr 1947; POB Nahia, Giza, Egypt; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

EMADEDDIN, Alireza (a.k.a. EMADODDIN, Alireza), Iran; DOB 22 Jan 1989; POB Semnan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P21289307 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

EMADODDIN, Alireza (a.k.a. EMADEDDIN, Alireza), Iran; DOB 22 Jan 1989; POB Semnan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P21289307 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

EMAM HOSEYN COMPREHENSIVE UNIVERSITY (a.k.a. IHU; a.k.a. IMAAM

HOSSEIN UNIVERSITY; a.k.a. IMAM HOSEYN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY COMPLEX; a.k.a. IMAM HUSSEIN UNIVERSITY; a.k.a. UNIVERSITY OF IMAM HOSEYN), Near Fourth Square, Tehran Pars, Shahid Babaie Highway, near Hakimiyeh and Mini-city, Tehran, Iran; Kilometer 11, Shahid Babaei Highway, Tehran, Iran; Website www.ihu.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

EMAMJOME, Meisam (a.k.a. EMAMJOMEH, Meisam (Arabic: میثم امام جمعه)), United Arab Emirates; DOB 14 Feb 1980; POB Iran; nationality Iran; alt. nationality United Kingdom; Gender Male; Passport 538993944 (United Kingdom); alt. Passport K96797853 (Iran) expires 05 Aug 2028; National ID No. 0064420701 (Iran) (individual) [IRAN-EO13902] (Linked To: ARSA GAS COMPANY).

EMAMJOME, Seyed Asadollah (a.k.a. EMAMJOMEH, Seyed Asadoollah (Arabic: سید اسداله امام جمعه); a.k.a. EMAMJOMEH, Seyed Assadolah; a.k.a. "EMAMJOME, Asadollah"), Dubai, United Arab Emirates; Tehran, Iran; DOB 24 Mar 1952; POB Golpayegan, Iran; nationality Iran; alt. nationality Dominica; Gender Male; Passport X96591179 (Iran); National ID No. 1219242901 (Iran) (individual) [IRAN-EO13902].

EMAMJOMEH, Meisam (Arabic: میثم امام جمعه) (a.k.a. EMAMJOME, Meisam), United Arab Emirates; DOB 14 Feb 1980; POB Iran; nationality Iran; alt. nationality United Kingdom; Gender Male; Passport 538993944 (United Kingdom); alt. Passport K96797853 (Iran) expires 05 Aug 2028; National ID No. 0064420701 (Iran) (individual) [IRAN-EO13902] (Linked To: ARSA GAS COMPANY).

EMAMJOMEH, Seyed Asadoollah (Arabic: سید اسداله امام جمعه) (a.k.a. EMAMJOME, Seyed Asadollah; a.k.a. EMAMJOMEH, Seyed Assadolah; a.k.a. "EMAMJOME, Asadollah"), Dubai, United Arab Emirates; Tehran, Iran; DOB 24 Mar 1952; POB Golpayegan, Iran; nationality Iran; alt. nationality Dominica; Gender Male; Passport X96591179 (Iran); National ID No. 1219242901 (Iran) (individual) [IRAN-EO13902].

EMAMJOMEH, Seyed Assadolah (a.k.a. EMAMJOME, Seyed Asadollah; a.k.a.

EMAMJOMEH, Seyed Asadoollah (Arabic: سید اسداله امام جمعه); a.k.a. "EMAMJOME, Asadollah"), Dubai, United Arab Emirates; Tehran, Iran; DOB 24 Mar 1952; POB Golpayegan, Iran; nationality Iran; alt. nationality Dominica; Gender Male; Passport X96591179 (Iran); National ID No. 1219242901 (Iran) (individual) [IRAN-EO13902].

EMAN, Adam Ramsey (a.k.a. AL-MASRI, Abu Hamza; a.k.a. AL-MISRI, Abu Hamza; a.k.a. KAMEL, Mustafa; a.k.a. MUSTAFA, Mustafa Kamel), 9 Albourne Road, Shepherds Bush, London W12 OLW, United Kingdom; 8 Adie Road, Hammersmith, London W6 OPW, United Kingdom; DOB 15 Apr 1958; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

EMATEL COMMUNICATIONS (a.k.a. EMATEL LLC; a.k.a. EMMA TEL LLC (Arabic: ايماتيل); a.k.a. EMMATEL; a.k.a. IMATEL FOR COMMUNICATIONS (Arabic: شركة ايماتيل للاتصالات); a.k.a. "EMATEL"), Shaalan, Damascus, Syria; Mazzeh Highway, Damascus, Syria; Behind Revolution Street, al-Lahoudiyeh, Tartous, Syria; New Zahira Highway, Al Zahira, Damascus, Syria; Marjeh, Damascus, Syria; Daraa Highway, Town Center, Damascus, Syria; Eastern Qalamoun, Rural Damascus, Syria; Flowers Street, Tartous, Syria; The Main Circle, Civilization Street, Homs, Syria; Quwatli Street, Homs, Syria; Murabit, Hama, Syria; Al Jamelaiah, Aleppo, Syria; Baghdad Street, Latakia, Syria; Latakia, Syria; March 8th Street, Latakia, Syria; University Highway, Al-Zahira, Latakia, Syria; Amara Street, Jeblah, Syria; Daraa, Syria; Al-Qamashil, Northeastern Region, Syria; Al-Hasakah, Syria; Deir Ezzor, Syria; Organization Type: Wholesale of electronic and telecommunications equipment and parts [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

EMATEL LLC (a.k.a. EMATEL COMMUNICATIONS; a.k.a. EMMA TEL LLC (Arabic: ايماتيل); a.k.a. EMMATEL; a.k.a. IMATEL FOR COMMUNICATIONS (Arabic: شركة ايماتيل للاتصالات); a.k.a. "EMATEL"), Shaalan, Damascus, Syria; Mazzeh Highway, Damascus, Syria; Behind Revolution Street, al-Lahoudiyeh, Tartous, Syria; New Zahira Highway, Al Zahira, Damascus, Syria; Marjeh, Damascus, Syria; Daraa Highway, Town Center, Damascus, Syria; Eastern Qalamoun, Rural Damascus, Syria; Flowers Street, Tartous, Syria; The Main Circle, Civilization

Street, Homs, Syria; Quwatli Street, Homs, Syria; Murabit, Hama, Syria; Al Jamelaiah, Aleppo, Syria; Baghdad Street, Latakia, Syria; Latakia, Syria; March 8th Street, Latakia, Syria; University Highway, Al-Zahira, Latakia, Syria; Amara Street, Jeblah, Syria; Daraa, Syria; Al-Qamashil, Northeastern Region, Syria; Al-Hasakah, Syria; Deir Ezzor, Syria; Organization Type: Wholesale of electronic and telecommunications equipment and parts [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

EMAXON FINANCE INTERNATIONAL INC. (a.k.a. INTERNATIONAL FINANCIAL CORPORATION EMAXON INC.), 8356 Rue Labarre, Montreal, Quebec H4P2E7, Canada; Business Number 1160199932 (Canada) [GLOMAG] (Linked To: GERTLER, Dan).

EMBASSY DEVELOPMENT LIMITED, New Street 26, Saint Helier JE2 3RA, Jersey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 May 2005; Target Type Financial Institution; Registration Number 90112 (United Kingdom) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

EMBEDI, Russia; Herzliya, Israel; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: DIGITAL SECURITY).

EMBRACE QUE LIMITED, Room 104, 19th Floor, W Luxe, 5, On Yiu Street, Shek Mun, Sha Tin, New Territories, Hong Kong, China; Organization Established Date 21 Feb 2024; Company Number 0096700 (Hong Kong); Business Registration Number 76228115 (Hong Kong) [IRAN-EO13902].

EMC SUD LIMITED, King Palace Plaza, No 55 King Yip Street, Rm C, Kwun Tong, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Jun 2017; Registration Number 2550003 (Hong Kong) [RUSSIA-EO14024] (Linked To: KOKOREV, Alexander Aleksandrovich).

EMDAD ASSISTANCE FOUNDATION (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION;

a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

EMDAD COMMITTEE FOR ISLAMIC CHARITY (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

EMELIANENKO, Victor (a.k.a. EMELIANENKO, Viktor Andriyovych (Cyrillic: ЕМЕЛЯНЕНКО, Віктор Андрійович); a.k.a. EMELYANENKO, Viktor Andreevich (Cyrillic: ЕМЕЛЬЯНЕНКО, Виктор Андреевич)), 19 Gogol Lane, Orekhovskiy District, Zaporizhzhia Region, Ukraine; DOB 11 Oct 1953; POB Egorovka Village, Orekhovskiy District, Zaporizhzhia Region, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1964216354 (Ukraine) (individual) [RUSSIA-EO14024].

EMELIANENKO, Viktor Andriyovych (Cyrillic: ЕМЕЛЯНЕНКО, Віктор Андрійович) (a.k.a. EMELIANENKO, Victor; a.k.a. EMELYANENKO, Viktor Andreevich (Cyrillic: ЕМЕЛЬЯНЕНКО, Виктор Андреевич)), 19 Gogol Lane, Orekhovskiy District, Zaporizhzhia Region, Ukraine; DOB 11 Oct 1953; POB Egorovka Village, Orekhovskiy District, Zaporizhzhia Region, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1964216354 (Ukraine) (individual) [RUSSIA-EO14024].

EMELYANENKO, Viktor Andreevich (Cyrillic: ЕМЕЛЬЯНЕНКО, Виктор Андреевич) (a.k.a. EMELIANENKO, Victor; a.k.a. EMELIANENKO, Viktor Andriyovych (Cyrillic: ЕМЕЛЯНЕНКО, Віктор Андрійович)), 19 Gogol Lane, Orekhovskiy District, Zaporizhzhia Region, Ukraine; DOB 11 Oct 1953; POB Egorovka Village, Orekhovskiy District, Zaporizhzhia Region, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1964216354 (Ukraine) (individual) [RUSSIA-EO14024].

EMELYANOV, Gennady Egorovich (Cyrillic: ЕМЕЛЬЯНОВ, Геннадий Егорович) (a.k.a. YEMELYANOV, Gennady Egorovich), Russia; DOB 01 Jan 1957; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

EMELYANOVA, Svetlana Petrovna (Cyrillic: ЕМЕЛЬЯНОВА, Светлана Петровна) (a.k.a. EMILIANOVA, Svetlana Petrovna; a.k.a. YEMILIANOVA, Svetlana Petrovna; a.k.a. YEMILYANOVA, Svetlana Petrovna), Russia;

DOB 07 Oct 1971; POB Novorossiysk, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

EMENNET PASARGAD (a.k.a. IMANNET PASARGAD), Tehran, Iran; National ID No. 14008996506 (Iran); Business Registration Number 554267 (Iran) [ELECTION-EO13848].

EMERALD FZE (Arabic: حم م ديارملا), P3-E-LOB, Hamryah Free Zone, Sharjah, United Arab Emirates; E-LOB Office No E-68F-15, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Commercial Registry Number 11579352 (United Arab Emirates); Registration Number 13108 (United Arab Emirates) [IRAN-EO13846] (Linked To: NAFTIRAN INTERTRADE CO. LIMITED).

EMILIANOVA, Svetlana Petrovna (a.k.a. EMELYANOVA, Svetlana Petrovna (Cyrillic: ЕМЕЛЬЯНОВА, Светлана Петровна); a.k.a. YEMILIANOVA, Svetlana Petrovna; a.k.a. YEMILYANOVA, Svetlana Petrovna), Russia; DOB 07 Oct 1971; POB Novorossiysk, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

EMITRADE FZE, UAQ Free Trade Zone Al Shmookh Business Building, Al Ittihad street, Umm-Al-Quawain, Umm-Al-Quawain, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 00301 (United Arab Emirates) [RUSSIA-EO14024].

EMMA LLC (Arabic: اميا ةكرش), Damascus, Syria; Organization Established Date 19 Jan 2017; Organization Type: Postal activities; alt. Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Only locations in Syria [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

EMMA TEL LLC (Arabic: ليتاميا) (a.k.a. EMATEL COMMUNICATIONS; a.k.a. EMATEL LLC; a.k.a. EMMATEL; a.k.a. IMATEL FOR COMMUNICATIONS (Arabic: ليتاميا ةكرش تالاصتالل); a.k.a. "EMATEL"), Shaalan, Damascus, Syria; Mazzeh Highway, Damascus, Syria; Behind Revolution Street, al-Lahoudiyeh, Tartous, Syria; New Zahira Highway, Al Zahira,

Damascus, Syria; Marjeh, Damascus, Syria; Daraa Highway, Town Center, Damascus, Syria; Eastern Qalamoun, Rural Damascus, Syria; Flowers Street, Tartous, Syria; The Main Circle, Civilization Street, Homs, Syria; Quwatli Street, Homs, Syria; Murabit, Hama, Syria; Al Jamelaiah, Aleppo, Syria; Baghdad Street, Latakia, Syria; Latakia, Syria; March 8th Street, Latakia, Syria; University Highway, Al-Zahira, Latakia, Syria; Amara Street, Jeblah, Syria; Daraa, Syria; Al-Qamashil, Northeastern Region, Syria; Al-Hasakah, Syria; Deir Ezzor, Syria; Organization Type: Wholesale of electronic and telecommunications equipment and parts [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

EMMA TEL PLUS LLC (Arabic: سلب ليتاميا ةكرش) (a.k.a. IMATEL PLUS LLC), Damascus, Syria; Organization Established Date 17 Jan 2019; Organization Type: Wholesale of electronic and telecommunications equipment and parts [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

EMMATEL (a.k.a. EMATEL COMMUNICATIONS; a.k.a. EMATEL LLC; a.k.a. EMMA TEL LLC (Arabic: ليتاميا); a.k.a. IMATEL FOR COMMUNICATIONS (Arabic: ليتاميا ةكرش تالاصتالل); a.k.a. "EMATEL"), Shaalan, Damascus, Syria; Mazzeh Highway, Damascus, Syria; Behind Revolution Street, al-Lahoudiyeh, Tartous, Syria; New Zahira Highway, Al Zahira, Damascus, Syria; Marjeh, Damascus, Syria; Daraa Highway, Town Center, Damascus, Syria; Eastern Qalamoun, Rural Damascus, Syria; Flowers Street, Tartous, Syria; The Main Circle, Civilization Street, Homs, Syria; Quwatli Street, Homs, Syria; Murabit, Hama, Syria; Al Jamelaiah, Aleppo, Syria; Baghdad Street, Latakia, Syria; Latakia, Syria; March 8th Street, Latakia, Syria; University Highway, Al-Zahira, Latakia, Syria; Amara Street, Jeblah, Syria; Daraa, Syria; Al-Qamashil, Northeastern Region, Syria; Al-Hasakah, Syria; Deir Ezzor, Syria; Organization Type: Wholesale of electronic and telecommunications equipment and parts [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

EMMR & CIA. S.A.S. (a.k.a. EMMR AND CIA. S.A.S.; a.k.a. EMMR Y CIA. S.A.S.; a.k.a. EMMR Y COMPANIA S A S), Calle 79 42 318, Barranquilla, Atlantico, Colombia; NIT # 9005964804 (Colombia) [VENEZUELA-EO13850] (Linked To: RUBIO GONZALEZ, Emmanuel Enrique).

EMMR AND CIA. S.A.S. (a.k.a. EMMR & CIA. S.A.S.; a.k.a. EMMR Y CIA. S.A.S.; a.k.a. EMMR Y COMPANIA S A S), Calle 79 42 318, Barranquilla, Atlantico, Colombia; NIT # 9005964804 (Colombia) [VENEZUELA-EO13850] (Linked To: RUBIO GONZALEZ, Emmanuel Enrique).

EMMR Y CIA. S.A.S. (a.k.a. EMMR & CIA. S.A.S.; a.k.a. EMMR AND CIA. S.A.S.; a.k.a. EMMR Y COMPANIA S A S), Calle 79 42 318, Barranquilla, Atlantico, Colombia; NIT # 9005964804 (Colombia) [VENEZUELA-EO13850] (Linked To: RUBIO GONZALEZ, Emmanuel Enrique).

EMMR Y COMPANIA S A S (a.k.a. EMMR & CIA. S.A.S.; a.k.a. EMMR AND CIA. S.A.S.; a.k.a. EMMR Y CIA. S.A.S.), Calle 79 42 318, Barranquilla, Atlantico, Colombia; NIT # 9005964804 (Colombia) [VENEZUELA-EO13850] (Linked To: RUBIO GONZALEZ, Emmanuel Enrique).

EMPIRE INTERNATIONAL TRADING FZE, Jebel Ali Free Zone, Dubai, United Arab Emirates; Organization Established Date 14 Jun 2021; Company Number 11712459 (United Arab Emirates); License 2154169 (United Arab Emirates) [IRAN-EO13902].

EMPIRE MARITIME SERVICES LIMITED, East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

EMPRENDIMIENTOS INMOBILIARIOS MISIONES S.A. (a.k.a. EMPRENDIMIENTOS INMOBILIARIOS MISIONES SOCIEDAD ANONIMA), Ciudad del Este, Paraguay; RUC # 80068352-8 (Paraguay) [GLOMAG] (Linked To: HIJAZI, Khalil Ahmad).

EMPRENDIMIENTOS INMOBILIARIOS MISIONES SOCIEDAD ANONIMA (a.k.a. EMPRENDIMIENTOS INMOBILIARIOS MISIONES S.A.), Ciudad del Este, Paraguay; RUC # 80068352-8 (Paraguay) [GLOMAG] (Linked To: HIJAZI, Khalil Ahmad).

EMPRESA AERONAUTICA NACIONAL SA (a.k.a. "EANSA"), Av. Principal Paramaconi, Local Hangar 03, Sector Base Aerea Libertador, Palo Negro, Aragua, Venezuela; Organization Established Date 05 Mar 2020; Tax ID No. G200162368 (Venezuela) [IRAN-CON-ARMS-EO] (Linked To: QODS AVIATION INDUSTRIES).

EMPRESA CUBANA DE AVIACION (a.k.a. CUBANA AIRLINES), 32 Main Street, Georgetown, Guyana; 24 Rue Du Quatre Septembre, Paris, France; Belas Airport, Luanda, Angola; Dobrininskaya No. 7, Sec 5, Moscow, Russia; Corrientes 545 Primer Piso, Buenos Aires, Argentina; Frankfurter TOR 8-A, Berlin, Germany; 1 Place Ville Marie, Suite 3431, Montreal, Canada; Parizska 17, Prague, Czech Republic; Paseo de la Republica 126, Lima, Peru; Piarco Airport, Port au Prince, Haiti; c/o Anglo-Caribbean Shipping Co. Ltd., Ibex House, The Minories, London EC3N 1DY, United Kingdom; Norman Manley International Airport, Kingston, Jamaica; Melchor Ocampo 469, 5DF, Mexico City, Mexico; Calle 29 y Avda Justo Arosemena, Panama City, Panama; Grantley Adams Airport, Christ Church, Barbados; Madrid, Spain [CUBA].

EMPRESA CUBANA DE PESCADOS Y MARISCOS (a.k.a. CARIBBEAN EXPORT ENTERPRISE; a.k.a. "CARIBEX"), Paris, France; Milan, Italy; Moscow, Russia; Madrid, Spain; Cologne, Germany; Downsview, Ontario, Canada; Tokyo, Japan [CUBA].

EMPRESA CUBANA EXPORTADORA E IMPORTADORA DE METALES, COMBUSTIBLES Y LUBRICANTES (a.k.a. CUBAMETALES; a.k.a. EMPRESA CUBANA IMPORTADORA DE COMBUSTIBLES Y LUBRICANTES; a.k.a. EMPRESA CUBANA IMPORTADORA Y EXPORTADORA DE COMBUSTIBLES Y LUBRICANTES), Street 30, Number 512 between 5th and 7th, Miramar, Havana, Playa, Cuba; Calzada de Infanta No. 16, Havana, Cuba [VENEZUELA-EO13850].

EMPRESA CUBANA IMPORTADORA DE COMBUSTIBLES Y LUBRICANTES (a.k.a. CUBAMETALES; a.k.a. EMPRESA CUBANA EXPORTADORA E IMPORTADORA DE METALES, COMBUSTIBLES Y LUBRICANTES; a.k.a. EMPRESA CUBANA IMPORTADORA Y EXPORTADORA DE COMBUSTIBLES Y LUBRICANTES), Street 30, Number 512 between 5th and 7th, Miramar, Havana, Playa, Cuba; Calzada de Infanta No. 16, Havana, Cuba [VENEZUELA-EO13850].

EMPRESA CUBANA IMPORTADORA Y EXPORTADORA DE COMBUSTIBLES Y LUBRICANTES (a.k.a. CUBAMETALES; a.k.a. EMPRESA CUBANA EXPORTADORA E IMPORTADORA DE METALES, COMBUSTIBLES Y LUBRICANTES; a.k.a. EMPRESA CUBANA IMPORTADORA DE COMBUSTIBLES Y LUBRICANTES), Street 30, Number 512 between 5th and 7th, Miramar, Havana, Playa, Cuba; Calzada de Infanta No. 16, Havana, Cuba [VENEZUELA-EO13850].

EMPRESA DE EMPLEOS TEMPORALES LA UNICA LTDA., Calle 38 No. 30A-31 of. 902, Villavicencio, Colombia; NIT # 822000687-1 (Colombia) [SDNTK].

EMPRESA DE TRANSPORTES CHULUCANAS 2000 S.A., Jr. Augusto Gonzales, Olaechea 1311, Urb. Elio, Lima, Peru; RUC # 20458820989 (Peru) [SDNTK].

EMPRESA DE TURISMO NACIONAL Y INTERNACIONAL (a.k.a. CUBATUR), Buenos Aires, Argentina [CUBA].

EMPRESA EDITORA CONTINENTE PRESS S.A., Avenida Javier Prado, Oeste 640, Lima, Peru; RUC # 20381427391 (Peru) [SDNTK].

EMPRESA NICARAGUENSE DE MINAS (a.k.a. ENIMINAS), Residencial Bolonia, de la Embajada Alemania, 2 cuadras Oeste, 1 cuadra Norte, Managua, Nicaragua; Organization Established Date 2017; Organization Type: Mining of other non-ferrous metal ores; Target Type State-Owned Enterprise [NICARAGUA] (Linked To: DELGADO LOPEZ, Ruy).

EMSYSTECH, 7/14, Jaya Residency, 5th Main Puttenahalli no. 1/2, 1st Floor, Bangalore, Bengaluru 560078, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2007; Organization Type: Manufacture of computers and peripheral equipment [RUSSIA-EO14024].

EN BANK PJSC (a.k.a. BANK EGHTESAD NOVIN; a.k.a. BANK-E EGHTESAD NOVIN; a.k.a. EGHTESAD NOVIN BANK), Vali Asr Street, Above Vanak Circle, across Niayesh, Esfandiari Blvd., No. 24, Tehran, Iran; SWIFT/BIC BEGNIRTH; Website www.enbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

ENALDIEV, Tamerlan Borisovich (Cyrillic: ЕНАЛДИЕВ, Тамерлан Борисович) (a.k.a. ENALDIEV, Tamerlan Borysovych (Cyrillic: ЄНАЛДІЄВ, Тамерлан Борисович)), Moscow, Russia; DOB 06 Dec 1966; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

ENALDIEV, Tamerlan Borysovych (Cyrillic: ЄНАЛДІЄВ, Тамерлан Борисович) (a.k.a. ENALDIEV, Tamerlan Borisovich (Cyrillic: ЕНАЛДИЕВ, Тамерлан Борисович)), Moscow, Russia; DOB 06 Dec 1966; Gender Male;

Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

ENAS, Moosa (a.k.a. INAS, Moosa), Kalhaidhoo, Maldives; Male, Maldives; DOB 11 Dec 1985; POB Kalhaidhoo, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. A134920 (Maldives); Identification Number A096123 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ENAYATULLAH, Maulawi (a.k.a. FATEHULLAH, Mullah; a.k.a. INAYATULLAH, Maulawi; a.k.a. "Ghowya"), Pakistan; DOB 1972; POB Chahar Darah District, Kunduz Province, Afghanistan; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TALIBAN).

ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Secondary sanctions risk:

section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

ENDSHIRE EXPORT MARKETING, United Kingdom [IRAQ2].

ENERGETICHESKI TSENTR OOO (a.k.a. LLC VYGON CONSULTING; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VYGON KONSALTING; a.k.a. VYGON CONSULTING; a.k.a. VYGON KONSALTING OOO), d. 12 pod/et/pom 3/16/1609, Naberezhnaya Krasnopresnenskaya, Moscow 123610, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Sep 2013; Organization Type: Management consultancy activities; Tax ID No. 7717761234 (Russia); Residency Number 1137746787705 (Russia); Government Gazette Number 18141830 (Russia) [RUSSIA-EO14024].

ENERGON, Pr-kt Udelnyi D. 5, Lit. A, Pomeshch. 21-N Office 1, Saint Petersburg 194017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802608879 (Russia); Registration Number 1177847011759 (Russia) [RUSSIA-EO14024].

ENERGOOIL (a.k.a. CJSC ENERGO-OIL; a.k.a. CLOSED JOINT STOCK COMPANY ENERGO-OIL; f.k.a. CLOSED JOINT-STOCK COMPANY TRAYPLENERGO (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАЙПЛЭНЕРГО); a.k.a. ENERGO-OIL (Cyrillic: ЭНЕРГО-ОИЛ); a.k.a. SOVMESTNOYE ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ENERGO-OIL (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЭНЕРГО-ОИЛ); a.k.a. SUMESNAYE ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ENERGA-OIL (Cyrillic: СУМЕСНАЕ ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ЭНЕРГА-ОІЛ); a.k.a. SZAO ENERGO-OIL (Cyrillic: СЗАО ЭНЕРГО-ОИЛ); a.k.a. SZAT ENERGA-OIL (Cyrillic: СЗАТ ЭНЕРГА-ОІЛ)), ul. Rakovskaya, d. 14V (3rd floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В (3 этаж), г. Минск 220004, Belarus); Organization Established Date 24 Oct 2001; Registration Number 800011806 (Belarus) [BELARUS-EO14038].

ENERGO-OIL (Cyrillic: ЭНЕРГО-ОИЛ) (a.k.a. CJSC ENERGO-OIL; a.k.a. CLOSED JOINT STOCK COMPANY ENERGO-OIL; f.k.a.

CLOSED JOINT-STOCK COMPANY TRAYPLENERGO (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАЙПЛЭНЕРГО); a.k.a. ENERGOOIL; a.k.a. SOVMESTNOYE ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ENERGO-OIL (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЭНЕРГО-ОИЛ); a.k.a. SUMESNAYE ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ENERGA-OIL (Cyrillic: СУМЕСНАЕ ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ЭНЕРГА-ОІЛ); a.k.a. SZAO ENERGO-OIL (Cyrillic: СЗАО ЭНЕРГО-ОИЛ); a.k.a. SZAT ENERGA-OIL (Cyrillic: СЗАТ ЭНЕРГА-ОІЛ)), ul. Rakovskaya, d. 14V (3rd floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В (3 этаж), г. Минск 220004, Belarus); Organization Established Date 24 Oct 2001; Registration Number 800011806 (Belarus) [BELARUS-EO14038].

ENERGOSPECMONTAZH JSC (a.k.a. JSC ENERGOSPECMONTAZH; a.k.a. JSC ENERGOSPETSMONTAZH (Cyrillic: АО ЭНЕРГОСПЕЦМОНТАЖ)), 27, Boytsovaya Street, Moscow 107150, Russia; House 43, structure 1, Kabinet 12 etazh 10, Highway Altufyevskoye, Moscow 127410, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718083574 (Russia); Public Registration Number 07629706 (Russia); Registration Number 1027739052912 [RUSSIA-EO14024].

ENERGOTEST LLC, Ul. Avtozavodskaya D. 14/23, Moscow 115280, Russia; Ul. Leninskaya Sloboda D. 23, Str. 2, Moscow 115280, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725580753 (Russia); Registration Number 5067746397087 (Russia) [RUSSIA-EO14024].

ENERGOTRADE PLUS DMCC, Unit No: 3O-01-BA1417, Jewellery & Gemplex 3, Plot No: DMCC-PH2-J&GPlexS, Jewellery & Gemplex, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 31 Mar 2021; Company Number 11650050 (United Arab Emirates); Business Number DMCC-807753 (United Arab Emirates); Business Registration Number DMCC190145 (United Arab Emirates) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

ENERGOTSENTR IRKUT (a.k.a. ETS IRKUT OOO), ul Novatorov d 3, Irkutsk 664020,

Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3810035857 (Russia); Registration Number 1043801430530 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKOVLEV).

ENERGY ENGINEERS PROCUREMENT AND CONSTRUCTION (a.k.a. GLOBAL TRADING GROUP; a.k.a. GLOBAL TRADING GROUP NV; a.k.a. "EEPC"), Frankrijklei 39, 2nd Floor, Antwerpen 2000, Belgium; 22 Liverpool Street, Freetown, Sierra Leone; Standard Chartered Bank Building, 2nd floor, Kairaba Ave, Banjul, The Gambia; Rue de Canal, G83 Zone 4G, 01BP1280, Abidjan, Cote d Ivoire; Quartier les Cocotiers, Avenue Pape Jean Paul II, Lot 4274, Cotonou, Benin; Frankrijklei 156 (5th floor), Antwerpen 2000, Belgium; Website www.globaltradinggroup.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; D-U-N-S Number 37-117-1419; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: BAZZI, Mohammad Ibrahim).

ENERGY GLOBAL INTERNATIONAL FZE, P.O. Box 1245, Dubai, United Arab Emirates; Email Address MD@energyglobal.info; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ENERGY GOSTAR SINA COMPANY (Arabic: شرکت انرژی گستر سینا) (a.k.a. SINA ENERGY DEVELOPMENT; a.k.a. SINA ENERGY DEVELOPMENT CO.; a.k.a. SINA ENERGY DEVELOPMENT COMPANY; a.k.a. "SEDCO"), No. 8, Sosan Alley, Tabatabaei 1st Street, Fatemi Square, District 6, Tehran, Tehran Province 1415793811, Iran; 14th Floor, Building No. 1, Central Building of the Muslim Revolutionary Islamic Foundation, not reaching the Blvd. Africa, Highway of Mission, Tehran, Iran; Website http://www.sedcompany.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101345022 (Iran); Registration Number 90128 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

ENERGY NOVIN COMPANY (a.k.a. ENERGY NOVIN CORPORATION; a.k.a. NOVIN ENERGY; a.k.a. NOVIN ENERGY COMPANY; a.k.a. NOVIN ENERGY CORPORATION), Tehran, Iran; 1st Shaghayegh Bld., North Kargar St., Tehran, Iran; Additional Sanctions

Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

ENERGY NOVIN CORPORATION (a.k.a. ENERGY NOVIN COMPANY; a.k.a. NOVIN ENERGY; a.k.a. NOVIN ENERGY COMPANY; a.k.a. NOVIN ENERGY CORPORATION), Tehran, Iran; 1st Shaghayegh Bld., North Kargar St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

ENERGY NOVIN INDUSTRIAL DEVELOPMENT (a.k.a. ATOMIC FUEL DEVELOPMENT ENGINEERING COMPANY; a.k.a. MATSA COMPANY; a.k.a. "ENID"; a.k.a. "MATSA"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

ENERGY OF OIL AND GAS SERVICE LLC (a.k.a. "ENGS LLC"), Yakimanskaya Naberezhnaya D. 4, Str.1, Moscow 119180, Russia; Ul. Grimau D. 10A, Str. 1, Moscow 117292, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7727650928 (Russia); Registration Number 1087746582714 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

ENGELSSKOE PRIBOROSTROITELNOE OBYEDINENIE SIGNAL (a.k.a. "EPO SIGNAL"), KV-L 1-I, Privolzhskii 413119, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6449042991 (Russia); Registration Number 1026401974972 (Russia) [RUSSIA-EO14024].

ENGEN MANAGEMENT NV, Postbus 149, Gravenberchstraat 33, Paramaribo, Suriname; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Identification Number IMO 6207811 [IRAN-EO13846].

ENGINEERING CENTER FOR INDUSTRIAL EQUIPMENT (a.k.a. LIMITED LIABILITY COMPANY INZHINIRINGOVYI TSENTR PO OSNASHCHENIYU PROIZVODSTV), Pr-kt Svetlanovskii D. 121, K. 1 Str. 1, Pomeshch. #71-N, Saint Petersburg 195297, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7814766333 (Russia); Registration Number 1197847201903 (Russia) [RUSSIA-EO14024].

ENGINEERING CENTER OF INNOVATIVE TECHNOLOGIES (a.k.a. TSENTR INNOVATSIONNYKH TEKHNOLOGII I INZHINIRINGA; a.k.a. "ECITECH"), 2 Zavodskoy proezd, office 632, Fryazino 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5050127869 (Russia); Registration Number 1165050054949 (Russia) [RUSSIA-EO14024].

ENGINEERING CENTER SDM LLC (a.k.a. LIMITED LIABILITY COMPANY NEYUTON ITM; a.k.a. NEWTON ITM; a.k.a. NEYUTON ITM), Prkt Mira D. 102, Str. 31, Pomeshch 4N/3, Moscow 129626, Russia; 13/3 Tikhaya St., Floor 4, r/p Zarechye, Odintsovo 143085, Russia; 69 km MKAD, OOK ZAO Greenwood, Bld. 9, Putilkovo 143085, Russia; 28A Pulkovo Highway, Pulkovo Star, Saint Petersburg 196158, Russia; 4B Automobile Street, Pushkin, Saint Petersburg, 196650, Russia; 79 Chkalov Street, Kozelsk 249722, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032295067 (Russia); Registration Number 1185024007398 (Russia) [RUSSIA-EO14024].

ENGINEERING DEPARTMENT OF VAVILOVA PLANT (f.k.a. CENTRAL DESIGN DEPARTMENT PELENG; a.k.a. PELENG JOINT-STOCK COMPANY; a.k.a. PELENG JSC (Cyrillic: ПЕЛЕНГ); a.k.a. PELENG OAO), 25 Makayonka St., Minsk 220114, Belarus; 25 Makaenka St., Minsk 220114, Belarus; Organization Established Date 11 Mar 1994; Government Gazette Number 07526946 (Belarus); Registration Number 100230519 (Belarus) [BELARUS-EO14038].

ENGINEERING DESIGN BUREAU FAKEL (a.k.a. JOINT STOCK COMPANY MACHINE-BUILDING ENGINEERING OFFICE FAKEL NAMED AFTER AKADEMIKA P. D. GRUSHINA; a.k.a. JOINT STOCK COMPANY MKB FAKEL; a.k.a. JSC EBD FAKEL), 33 Akademika Grushina st., Khimki, Moscow Region 141401, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Oct 2002; Tax ID No. 5047051923 (Russia); Registration Number 1025006173664 (Russia) [RUSSIA-EO14024].

ENIKS AO (a.k.a. JOINT STOCK COMPANY ENIKS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЭНИКС); a.k.a. JSC ENIKS), 120 Korolenko St., Kazan, Tatarstan Republic 420094, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

1661009974 (Russia); Business Registration Number 1031632202227 (Russia) [RUSSIA-EO14024].

ENIKS PTE LTD (a.k.a. PCB LINE PTE LTD; a.k.a. PCB TECHNOLOGY AND PRODUCTION PTE LTD), 12 Marina Boulevard #30-03, Marina Bay Financial Center, Singapore 018982, Singapore; 71 UBI Road 1, No. 09-47, Oxley Bizhub, Singapore 408732, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 201532920E (Singapore) [RUSSIA-EO14024].

ENIMINAS (a.k.a. EMPRESA NICARAGUENSE DE MINAS), Residencial Bolonia, de la Embajada Alemania, 2 cuadras Oeste, 1 cuadra Norte, Managua, Nicaragua; Organization Established Date 2017; Organization Type: Mining of other non-ferrous metal ores; Target Type State-Owned Enterprise [NICARAGUA] (Linked To: DELGADO LOPEZ, Ruy).

ENKA TRADING LIMITED, Rm 4, 16/F, Ho King Comm Ctr, 2-16 Fayuen St, Mongkok Kowloon, Hong Kong, China; Website https://www.enkatrade.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Nov 2022; Company Number 3212572 (Hong Kong); Business Registration Number 74646694 (Hong Kong) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ENNOUINI, Mohamed (a.k.a. LAHBOUS, Mohamed), Algeria; Mali; DOB 1978; nationality Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ENPIVI INZHINIRING, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO ENPIVI INZHINIRING; a.k.a. AO ENPIVI INZHINIRING; a.k.a. NPV ENGINEERING JOINT STOCK COMPANY; a.k.a. NPV ENGINEERING OPEN JOINT STOCK COMPANY; a.k.a. OJSC NPV ENGINEERING), 5, per. Strochenovski B., Moscow 115054, Russia; PER. Strochenovskii B. D. 5, Moscow 115054, Russia; Website www.npve.narod.ru; Email Address npw@npv.su; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 106774653683; Tax ID No. 7707587805; Government Gazette Number 95533058 [UKRAINE-EO13662] (Linked To: ROTENBERG, Igor Arkadyevich).

ENSA SHIP MANAGEMENT PRIVATE LIMITED (a.k.a. ENSA SHIP MANAGEMENT PVT LTD), HD - 441, 4th Floor, Wework Spectrum Tower, Malad, Malad West, Mumbai, Maharashtra 400064, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 11 Nov 2024; C.I.N. U82990MH2024PTC434780 (India); Identification Number IMO 0108782; Registration Number 434780 (India) [IRAN-EO13846].

ENSA SHIP MANAGEMENT PVT LTD (a.k.a. ENSA SHIP MANAGEMENT PRIVATE LIMITED), HD - 441, 4th Floor, Wework Spectrum Tower, Malad, Malad West, Mumbai, Maharashtra 400064, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 11 Nov 2024; C.I.N. U82990MH2024PTC434780 (India); Identification Number IMO 0108782; Registration Number 434780 (India) [IRAN-EO13846].

ENTEBAGH GOSTAR COMPANY (a.k.a. ENTEBAGH GOSTAR SEPEHR; a.k.a. ENTEBAGH GOSTAR SEPEHR COMPANY (Arabic: شرکت انطباق گستر سپهر); a.k.a. "ESG GROUP"), No. 2, Corner of North Yasaman, End of Third Yas, Golha Boulevard, Golestan Town Railway, Tehran, Tehran Province, Iran; Website www.egsepehr.com; alt. Website www.egsepehr.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14006006930 (Iran); Registration ID 529379 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

ENTEBAGH GOSTAR SEPEHR (a.k.a. ENTEBAGH GOSTAR COMPANY; a.k.a. ENTEBAGH GOSTAR SEPEHR COMPANY (Arabic: شرکت انطباق گستر سپهر); a.k.a. "ESG GROUP"), No. 2, Corner of North Yasaman, End of Third Yas, Golha Boulevard, Golestan Town Railway, Tehran, Tehran Province, Iran; Website www.egsepehr.com; alt. Website www.egsepehr.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14006006930 (Iran); Registration ID 529379 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

ENTEBAGH GOSTAR SEPEHR COMPANY (Arabic: شرکت انطباق گستر سپهر) (a.k.a. ENTEBAGH GOSTAR COMPANY; a.k.a.

ENTEBAGH GOSTAR SEPEHR; a.k.a. "ESG GROUP"), No. 2, Corner of North Yasaman, End of Third Yas, Golha Boulevard, Golestan Town Railway, Tehran, Tehran Province, Iran; Website www.egsepehr.com; alt. Website www.egsepehr.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14006006930 (Iran); Registration ID 529379 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

ENTERPRISE COMERCIO DE MOVEIS E INTERMEDIACAO DE NEGOCIOS EIRELI (Latin: ENTERPRISE COMÉRCIO DE MOVEIS E INTERMEDIAÇÃO DE NEGOCIOS EIRELI) (a.k.a. "CASO E CASA"), Rua Ernesto Nazareth 18, Jardim Paraventi, Guarulhos, Sao Paulo 07120-230, Brazil; Rua Tapaciquara 54, Sala 01, Parque Renato Maia, Guarulhos, Sao Paulo 07114-220, Brazil; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Oct 2019; Tax ID No. 35.116.112/0001-97 (Brazil) [SDGT] (Linked To: AL-KHATIB, Ahmad).

ENTERPRISE RESEARCH DEVELOPMENT AND PRODUCTION CENTER ORION (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ORION; a.k.a. AO NPO ORION; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION ORION; a.k.a. JSC SPA ORION; a.k.a. ORION RESEARCH AND PRODUCTION ASSOCIATION), 9 Kosinskaya st., Moscow 111538, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7720770380 (Russia); Registration Number 1127747292738 (Russia) [RUSSIA-EO14024].

ENTERPRISE SPE PULSAR JSC (a.k.a. JSC NPP PULSAR; a.k.a. JSC SPC PULSAR; a.k.a. OPEN JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ENTERPRISE PULSAR; a.k.a. SPE PULSAR), Pass. Okruzhnoy, House 27, Moscow 105187, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719846490 (Russia); Registration Number 1137746472599 (Russia) [RUSSIA-EO14024].

ENTRETENIMIENTO PALERMO S.A. DE C.V., Sonora, Mexico; Organization Established Date 13 Feb 2009; Organization Type: Manufacture of industrial, electric and electronic machinery;

Folio Mercantil No. 3833 (Mexico) [TCO] (Linked To: HYSA, Arben).

ENTRETENIMIENTO VILLAHERMOSA S.A. DE C.V., Nuevo Leon, Mexico; Organization Established Date 05 Oct 2009; Organization Type: Manufacture of industrial, electric and electronic machinery; Folio Mercantil No. 117297 (Mexico) [TCO] (Linked To: HYSA, Arben).

ENTRETENIMIENTO Y ESPECTACULOS B.C. S.A. DE C.V., Baja California, Mexico; Organization Established Date 13 Sep 2011; Organization Type: Gambling and betting activities; Folio Mercantil No. 33240 (Mexico) [TCO] (Linked To: HYSA, Luftar).

ENUTEK MAKINA SANAYI VE TICARET LIMITED SIRKETI, C-32 Blok, No: 15-24, Kocatepe Mahallesi, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Dec 2022; Tax ID No. 3361229712 (Turkey); Business Registration Number 429096 (Turkey) [RUSSIA-EO14024].

ENVIGH, S. DE R.L. DE C.V., Bahia de Banderas, Nayarit, Mexico; Organization Established Date 19 Jun 2019; Organization Type: Real estate activities on a fee or contract basis [ILLICIT-DRUGS-EO14059].

ENVIGO GMBH & CO. KG (a.k.a. ENVIGO GMBH AND CO. KG; a.k.a. NAI EUROPE ENERGY GMBH & CO. KG; a.k.a. NAI EUROPE ENERGY GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 27 Feb 2023; Registration Number HRA 740009 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

ENVIGO GMBH AND CO. KG (a.k.a. ENVIGO GMBH & CO. KG; a.k.a. NAI EUROPE ENERGY GMBH & CO. KG; a.k.a. NAI EUROPE ENERGY GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 27 Feb 2023; Registration Number HRA 740009 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

ENVIGO VERWALTUNGS GMBH (a.k.a. NAI MANAGEMENT GMBH), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany;

Organization Established Date 25 Nov 2022; Registration Number HRB 788478 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

EPANASTATIKI PIRINES (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. XAKI; a.k.a. "ETA"; a.k.a. "K.A.S."); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

EPANASTATIKOS AGHONAS (a.k.a. REVOLUTIONARY STRUGGLE), Greece; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

EPANASTATIKOS LAIKOS AGONAS (a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. "ELA"; a.k.a. "JUNE 78"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

EPIFANOVA, Olga Nikolaevna (a.k.a. EPIFANOVA, Olga Nikolayevna (Cyrillic: ЕПИФАНОВА, Ольга Николаевна)), Russia; DOB 19 Aug 1966; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

EPIFANOVA, Olga Nikolayevna (Cyrillic: ЕПИФАНОВА, Ольга Николаевна) (a.k.a. EPIFANOVA, Olga Nikolaevna), Russia; DOB 19 Aug 1966; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

EQUIPMENT DEVELOPMENT DEPARTMENT (Chinese Simplified: 装备发展部) (f.k.a. GENERAL ARMAMENT DEPARTMENT), China; CAATSA Section 235 Information:

EXPORT SANCTIONS Sec. 235(a)(2); alt. CAATSA Section 235 Information: FOREIGN EXCHANGE. Sec 235(a)(7); alt. CAATSA Section 235 Information: BANKING TRANSACTIONS. Sec 235(a)(8); alt. CAATSA Section 235 Information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec 235(a)(12); alt. CAATSA Section 235 Information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec 235(a)(9) [CAATSA - RUSSIA].

ER BI EICH TULZ (a.k.a. RBH TOOLS LTD), Office 904, 12 Aviamotornaya Street, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9717071403 (Russia); Registration Number 1187746824022 (Russia) [RUSSIA-EO14024].

ERA FUND LIMITED LIABILITY COMPANY (a.k.a. ERA FUND LLC (Cyrillic: ООО ФОНД ЭРА); a.k.a. OOO PSB-FINTEKH (Cyrillic: ООО ПСБ-ФИНТЕХ)), Ul. Novo-Sadovaya D. 3 Komnata 163 Floor 3, Samara 443100, Russia (Cyrillic: Улица Ново-садовая, дом 3, комната 163 этаж 3, Самара 443100, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Sep 2017; Tax ID No. 6316237712 (Russia); Registration Number 1176313076433 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

ERA FUND LLC (Cyrillic: ООО ФОНД ЭРА) (a.k.a. ERA FUND LIMITED LIABILITY COMPANY; a.k.a. OOO PSB-FINTEKH (Cyrillic: ООО ПСБ-ФИНТЕХ)), Ul. Novo-Sadovaya D. 3 Komnata 163 Floor 3, Samara 443100, Russia (Cyrillic: Улица Ново-садовая, дом 3, комната 163 этаж 3, Самара 443100, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Sep 2017; Tax ID No. 6316237712 (Russia); Registration Number 1176313076433 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

ERA MILITARY INNOVATION TECHNOPOLIS (a.k.a. FEDERAL STATE AUTONOMOUS INSTITUTION MILITARY INNOVATIVE TECHNOPOLIS ERA (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ АВТОНОМНОЕ УЧРЕЖДЕНИЕ ВОЕННЫЙ ИННОВАЦИОННЫЙ ТЕХНОПОЛИС ЭРА; Cyrillic: ФГАУ ВИТ ЭРА; Cyrillic: ТЕХНОРОЛИС ЭРА; Cyrillic: ВОЕННЫЙ ИННОВАЦИОННЫЙ ТЕХНОРОЛИС ЭРА);

a.k.a. FGAU VIT ERA), Pionerskiy Prospekt, 41, Anapa, Krasnodar Krai 353456, Russia; Website www.era-tehnopolis.ru; Email Address era_1@mil.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2539025440 (Russia) [RUSSIA-EO14024].

ERAGHI, Abdollah (a.k.a. ARAGHI, Abdollah; a.k.a. ARAQI, Abdollah; a.k.a. ARAQI, Abdullah; a.k.a. ERAQI, Abdollah); DOB 1945; POB Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Lieutenant Commander, IRGC Ground Force; Deputy Commander, IRGC Ground Forces; Brigadier General; Former Commander, Greater Tehran's Mohammad Rasulollah IRGC; Former Chief, Greater Tehran Revolutionary Guards (individual) [SDGT] [IRGC] [IRAN-HR].

ERA-MEDIA TOV (Cyrillic: ЕРА-МЕДІА ТОВ), Bul. Verhovnoe Radi 20, Kiev, Dniprovskyi R-N 02100, Ukraine; Website eramedia.com.ua; Identification Number 37292551 (Ukraine) [ELECTION-EO13848] (Linked To: DERKACH, Andrii Leonidovych).

ERAQI, Abdollah (a.k.a. ARAGHI, Abdollah; a.k.a. ARAQI, Abdollah; a.k.a. ARAQI, Abdullah; a.k.a. ERAGHI, Abdollah); DOB 1945; POB Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Lieutenant Commander, IRGC Ground Force; Deputy Commander, IRGC Ground Forces; Brigadier General; Former Commander, Greater Tehran's Mohammad Rasulollah IRGC; Former Chief, Greater Tehran Revolutionary Guards (individual) [SDGT] [IRGC] [IRAN-HR].

ERAZO NOLASCO, Eduardo (a.k.a. "COLOCHO DE WESTER"); DOB 09 Jul 1972; POB San Salvador, El Salvador; citizen El Salvador (individual) [TCO].

ERBIUM TRADING L.L.C (Arabic: يربيوم للتجارة ش.ذ.م.م) (a.k.a. RUBIKS TRADING L.L.C), Office No. 102-021, Al Mansoori Building, Al Barshaa South Third Dubai, Dubai, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 08 Feb 2022; License 1030161 (United Arab Emirates); Economic Register Number (CBLS) 11824339 (United Arab Emirates) [IRAN-EO13846].

ERDEM, Selahattin (a.k.a. KALKAN, Duran); DOB 1954; alt. DOB 1958; POB Adana, Tufanbeyli, Turkey; alt. POB Derik, Turkey; citizen Turkey; Turkish Identification Number 18538165962 (Turkey) (individual) [SDNTK].

ERDOGAN, Emrah (a.k.a. "AL-KURDI, Salahuddin"); DOB 1987 to 1989; POB Turkey; nationality Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ERIDI, Sami Mahmoud Mohammad (a.k.a. AL-URAYDI, Sami Mahmud Mohammed; a.k.a. "AL-SHAMI, Abu Mahmud"), Syria; DOB 1973; POB Amman, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K086725 (Jordan) issued 12 Oct 2008; Identification Number 973103364 (Jordan) (individual) [SDGT] (Linked To: HURRAS AL-DIN).

ERINER LIMITED, Orthodoxou Tower, Floor 3, 44 Inomenon Ethnon, Larnaca 6042, Cyprus; Kingsfordweg 321, 1043 GR Limassol, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Jun 2021; Target Type Private Company; Business Registration Number HE423113 (Cyprus) [RUSSIA-EO14024] (Linked To: DE GEETERE, Hans).

ERITREAN DEFENSE FORCE (a.k.a. ERITREAN DEFENSE FORCES), Eritrea; Organization Established Date 1993; Target Type Government Entity [ETHIOPIA-EO14046].

ERITREAN DEFENSE FORCES (a.k.a. ERITREAN DEFENSE FORCE), Eritrea; Organization Established Date 1993; Target Type Government Entity [ETHIOPIA-EO14046].

ERIYADHU INVESTMENTS PVT LTD, Chaandhanee Magu, Machchangolhi, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number C-0725/2009 (Maldives) [SDGT] (Linked To: SHIYAM, Ali).

ERJM LIMITED (a.k.a. "ERJM LTD"), 18 Regent Street Kingswood, Bristol, Avon BS15 8JS, United Kingdom; Website www.erjmltd.com; Organization Established Date 08 Jul 2016; V.A.T. Number GB264205718 (United Kingdom) [ILLICIT-DRUGS-EO14059] (Linked To: GRIMM, Matthew Simon).

ERMAKOV, Aleksandr (Cyrillic: ЕРМАКОВ, Александр) (a.k.a. "blade_runner"; a.k.a. "GistaveDore"; a.k.a. "GustaveDore"; a.k.a. "JimJones"), Moscow, Russia; DOB 16 May 1990; nationality Russia; Email Address ae.ermak@yandex.ru; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

ERMAKOV, Maksim Yuryevich (a.k.a. ERMAKOV, Maxim), Moscow, Russia; DOB 16 Mar 1979; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ERMAKOV, Maxim (a.k.a. ERMAKOV, Maksim Yuryevich), Moscow, Russia; DOB 16 Mar 1979; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ERMAKOVA, Mariya Gennadevna (Cyrillic: ЕРМАКОВА, Мария Геннадьевна) (a.k.a. YERMAKOVA, Maria (Cyrillic: ЕРМАКОВА, Мария)), Crimea, Ukraine; DOB 1984; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

ERPAC (a.k.a. EJERCITO REVOLUCIONARIO POPULAR ANTITERRORISTA DE COLOMBIA; a.k.a. PEOPLE'S REVOLUTIONARY ANTI-TERRORIST ARMY OF COLOMBIA), Colombia [SDNTK].

ERPSCAN (Cyrillic: ЕРПСКАН), Russia; Amsterdam, Netherlands; Prague, Czech Republic; Tel Aviv, Israel; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: DIGITAL SECURITY).

ERSHOV, Aleksandr Sergeevich (a.k.a. ERSHOV, Aleksandr Sergeyevich (Cyrillic: ЕРШОВ, Александр Сергеевич)), Russia; DOB 28 Sep 1985; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 4606973575 (Russia); Tax ID No. 502603087834 (Russia) (individual) [RUSSIA-EO14024].

ERSHOV, Aleksandr Sergeyevich (Cyrillic: ЕРШОВ, Александр Сергеевич) (a.k.a. ERSHOV, Aleksandr Sergeevich), Russia; DOB 28 Sep 1985; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 4606973575 (Russia); Tax ID No. 502603087834 (Russia) (individual) [RUSSIA-EO14024].

ERSHOV, Sergei Aleksandrovich (a.k.a. YERSHOV, Sergey Aleksandrovich (Cyrillic: ЕРШОВ, Сергей Александрович)), Russia;

DOB 16 Oct 1952; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 502601808086 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OOO SERNIYA INZHINIRING; Linked To: OOO SERTAL).

ERSHOVA, Anna Sergeevna (Cyrillic: ЕРШОВА, Анна Сергеевна) (f.k.a. SOBIANINA, Anna Sergeyevna; f.k.a. SOBYANINA, Anna Sergeevna (Cyrillic: СОБЯНИНА, Анна Сергеевна); f.k.a. SOBYANINA, Anna Sergeyevna; a.k.a. YERSHOVA, Anna Sergeyevna), Moscow, Russia; DOB 02 Oct 1986; POB Tyumen, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: SOBYANIN, Sergey Semyonovich).

ERST GROUP LTD, Suite 10, 3rd Floor, La Ciotat, Mont Fleuri, Mahe Island, Seychelles; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Identification Number IMO 6510831 [IRAN-EO13846].

ERTEBAT GOSTAR NOVIN, Unit 207, No. 20 Salehi Boulevard, Tarasht, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ERTEBATE EGHTESSADE MONIR (a.k.a. NEGIN PARTO; a.k.a. NEGIN PARTO KHAVAR; a.k.a. NEGIN PARTO KHAVAR CO. LTD.; a.k.a. PAYAN AVARAN OMRAN), Fatmi Gharabi Street, between Sindokht and Etemad Zadeh, Block 307, Floor 3, Unit 7, Tehran 1411816191, Iran; Unit 7, No. 279 West Fatemi Street, Tehran 1411816191, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ERVIN DANESH (a.k.a. ERVIN DANESH ARYAN COMPANY), 5th Floor, No. 78, Forsat Shirazi Street, North Kargar Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ERVIN DANESH ARYAN COMPANY (a.k.a. ERVIN DANESH), 5th Floor, No. 78, Forsat Shirazi Street, North Kargar Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ERYK PRODUCCIONES SAS, Bogota, Colombia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Jun 2023; Organization Type: Creative, arts and entertainment activities; NIT # 901726321-4 (Colombia)

[SDGT] [TCO] (Linked To: LANDAETA HERNANDEZ, Eryk Manuel).

ES SAYED, Abdelkader Mahmoud (a.k.a. ES SAYED, Kader), Via del Fosso di Centocelle n.66, Roma, Italy; DOB 26 Dec 1962; POB Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Italian Fiscal Code SSYBLK62T26Z336L (individual) [SDGT].

ES SAYED, Kader (a.k.a. ES SAYED, Abdelkader Mahmoud), Via del Fosso di Centocelle n.66, Roma, Italy; DOB 26 Dec 1962; POB Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Italian Fiscal Code SSYBLK62T26Z336L (individual) [SDGT].

ESAGE LAB (a.k.a. TSOR SECURITY; a.k.a. ZORSECURITY), Luzhnetskaya Embankment 2/4, Building 17, Office 444, Moscow 119270, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Registration ID 1127746601817 (Russia); Tax ID No. 7704813260 (Russia); alt. Tax ID No. 7704010041 (Russia) [CYBER2].

ESAH, Wali Adam (a.k.a. ALVI, Mohammad Masood Azhar; a.k.a. AZHAR, Masud; a.k.a. ISAH, Wali Adam), 1260/108, Block N0.6-B, Kausar Colony, Model Town-B, Bahawalpur, Punjab Province, Pakistan; Lahore City, Lahore District, Punjab Province, Pakistan; DOB 10 Jul 1968; alt. DOB 10 Jun 1968; POB Bahawalpur, Punjab Province, Pakistan; nationality Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Maulana (individual) [SDGT].

E-SAIL SHIPPING COMPANY LTD (a.k.a. ESAIL SHIPPING LIMITED; f.k.a. SANTEX LINES), Building 1088, Suite 1501, Pudong South Road (Shanghai Zhong Rong Plaza), Shanghai 200122, China; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. 1429927 (Hong Kong) [IRAN] [NPWMD] [IFSR].

ESAIL SHIPPING LIMITED (a.k.a. E-SAIL SHIPPING COMPANY LTD; f.k.a. SANTEX LINES), Building 1088, Suite 1501, Pudong South Road (Shanghai Zhong Rong Plaza), Shanghai 200122, China; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. 1429927 (Hong Kong) [IRAN] [NPWMD] [IFSR].

ESBATI, Mostafa; DOB 17 Jul 1961; Additional Sanctions Information - Subject to Secondary

Sanctions; Passport D9004869 (Iran) (individual) [NPWMD] [IFSR].

ESCALON, Abdulpatta Abubakar (a.k.a. ABUBAKAR, Abdul Patta Escalon; a.k.a. ABUBAKAR, Abdulpatta Escalon; a.k.a. "ABU BAKAR, Abdul Patta"), Philippines; Jeddah, Saudi Arabia; Daina, Saudi Arabia; DOB 03 Mar 1965; alt. DOB 01 Jan 1965; alt. DOB 11 Jan 1965; POB Tuburan, Basilan Province, Philippines; nationality Philippines; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EC6530802 (Philippines) expires 19 Jan 2021; alt. Passport EB2778599 (Philippines); National ID No. 2135314355 (Saudi Arabia); alt. National ID No. 202112421 (Saudi Arabia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ESCARCEGA AGUIRRE, Candelario (a.k.a. ARCEAGA AGUIRRE, Candelario; a.k.a. ARCEGA AGUIRRE, Candelario; a.k.a. "El Cande"), Tijuana, Baja California, Mexico; DOB 11 Jul 1968; POB Colima, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N00300826 (Mexico); C.U.R.P. AEAC680711HCMRGN03 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

ESCARRA MALAVE, Hermann Eduardo, Miranda, Venezuela; DOB 08 Apr 1952; citizen Venezuela; Gender Male; Cedula No. 3820195 (Venezuela); Constituent of Venezuela's Constituent Assembly for Zamora Municipality in Miranda State; Member of Venezuela's Presidential Commission for the Constituent Assembly (individual) [VENEZUELA].

ESCOBAR CABRERA, Asdrubal Rafael (a.k.a. "El Asdrubal"), Venezuela; DOB 04 Aug 1992; POB Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 21269516 (Venezuela) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

ESFAHAN OPTIC INDUSTRY (a.k.a. ELECTRO OPTIC SAIRAN INDUSTRIES CO. (Arabic: صنایع الکترو اپتیک صایران); a.k.a. ESFAHAN OPTICS INDUSTRY; a.k.a. ISFAHAN OPTIC INDUSTRIES COMPANY; a.k.a. ISFAHAN OPTICAL INDUSTRY; a.k.a. ISFAHAN OPTICS INDUSTRIES; a.k.a. ISFAHAN OPTICS INDUSTRY; a.k.a. ISHAHAN OPTICS

INDUSTRIES CO.; a.k.a. SANAYE-E OPTIKE ESFAHAN; a.k.a. SANOYE ELEKTRONIK SAIRAN; a.k.a. "ISFAHAN OPTICS"; a.k.a. "SAPA"), P.O. Box 81465-313, Kaveh Ave, Isfahan, Iran; Kaveh Street, Isfahan 814651117, Iran; Website https://sapa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1985; National ID No. 10260437477 (Iran); Registration Number 22928 (Iran) [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ESFAHAN OPTICS INDUSTRY (a.k.a. ELECTRO OPTIC SAIRAN INDUSTRIES CO. (Arabic: صنایع الکترو اپتیک صایران); a.k.a. ESFAHAN OPTIC INDUSTRY; a.k.a. ISFAHAN OPTIC INDUSTRIES COMPANY; a.k.a. ISFAHAN OPTICAL INDUSTRY; a.k.a. ISFAHAN OPTICS INDUSTRIES; a.k.a. ISFAHAN OPTICS INDUSTRY; a.k.a. ISHAHAN OPTICS INDUSTRIES CO.; a.k.a. SANAYE-E OPTIKE ESFAHAN; a.k.a. SANOYE ELEKTRONIK SAIRAN; a.k.a. "ISFAHAN OPTICS"; a.k.a. "SAPA"), P.O. Box 81465-313, Kaveh Ave, Isfahan, Iran; Kaveh Street, Isfahan 814651117, Iran; Website https://sapa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1985; National ID No. 10260437477 (Iran); Registration Number 22928 (Iran) [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ESFAHAN PRISON (a.k.a. DASTGERD PRISON; a.k.a. ISFAHAN CENTRAL PRISON (Arabic: زندان مرکزی اصفهان)), Isfahan City, Isfahan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

ESFAHAN STEEL COMPANY (a.k.a. "ECSO"), End of Zob Ahan Highway- Esfahan Steel Company, 8593111111, Iran; Townhid building, end of Zob Ahan Highway No. 178, Saadi Boulevard, The Steel Highway, Esfahan 81756-14461, Iran; PO Box 81756-14461, No. 178 Saadi Boulevard, Esfahan, Iran; Website http://www.esfahansteel.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 25230 (Iran) [IRAN-EO13871].

ESFAHANI, Pouria Mir Damadi (a.k.a. MIRDAMADI, Pouria), Iran; DOB 20 Sep 1979; POB Tehran, Iran; nationality France; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No.

0703THR00011 (France) (individual) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

ESFAHAN'S MOBARAKEH STEEL COMPANY (a.k.a. ESFAHAN'S MOBARAKEH STEEL PUBLIC JOINT STOCK COMPANY; a.k.a. MOBARAKEH STEEL COMPANY), P.O. Box 161-84815, Mobarakeh, Esfahan 11131-84881, Iran; Mobarakeh Steel Company, Sa'adat Abad St., Azadi SQ., Esfahan, Esfahan, Iran; Mobarakeh Steel Company, No. 2, Gol Azin Alley, Kouhestan St., Ketah SQ., Sa'adat Abad, Tehran, Iran; Website www.en.msc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10260289464 (Iran); Commercial Registry Number 411175869887 (Iran) [SDGT] [IFSR] [IFCA] [IRAN-EO13871] (Linked To: MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY).

ESFAHAN'S MOBARAKEH STEEL PUBLIC JOINT STOCK COMPANY (a.k.a. ESFAHAN'S MOBARAKEH STEEL COMPANY; a.k.a. MOBARAKEH STEEL COMPANY), P.O. Box 161-84815, Mobarakeh, Esfahan 11131-84881, Iran; Mobarakeh Steel Company, Sa'adat Abad St., Azadi SQ., Esfahan, Esfahan, Iran; Mobarakeh Steel Company, No. 2, Gol Azin Alley, Kouhestan St., Ketah SQ., Sa'adat Abad, Tehran, Iran; Website www.en.msc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING

TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10260289464 (Iran); Commercial Registry Number 411175869887 (Iran) [SDGT] [IFSR] [IFCA] [IRAN-EO13871] (Linked To: MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY).

ESFANJANI, Ali (Arabic: علی اسفنجانی), Iran; DOB 15 Aug 1985; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P30251288 (Iran) expires 01 Jun 2019 (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ESFARAYEN INDUSTRIAL COMPLEX (a.k.a. "EICO"), No. 7 Alvand Alley Street, Ghaem Magham Farahani Avenue, Tehran 1589673711, Iran; Number 20, Alvand St., Ghaem Magham-e-Farahani Ave, Tehran, Iran; 12th km of Bojnurd-Esfarayen Road, North Khorasan, Iran; PO Box 15745-513, Tehran, Iran; Website www.esfst.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1990; National ID No. 89046 (Iran) issued 1990 [IRAN-EO13871].

ESHAGHI, Jamshid (Arabic: جمشید اسحقی), Iran; DOB 07 Jul 1961; POB Ahvaz, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M54967667 (Iran) expires 11 Nov 2026; National ID No. 1753431077 (Iran) (individual) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

ESHELON INNOVATSII (a.k.a. LIMITED LIABILITY COMPANY ECHELON INNOVATIONS (Cyrillic: ЭШЕЛОН ИННОВАЦИИ); a.k.a. LLC ECHELON INNOVATIONS), Ul. Elektrozavodskaya d. 24, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Aug 2013; Tax ID No. 7718945192 (Russia); Registration Number 1137746780490 (Russia) [RUSSIA-EO14024].

ESHSTRUT, Anastasiya Olegovna (a.k.a. ZHUKOVA, Anastasia Olegovna; a.k.a.

ZHUKOVA, Anastasija Olegovna; a.k.a. ZHUKOVA, Anastasiya Olegovna), Russia; DOB 02 Aug 1987; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 421387317 (Russia); Tax ID No. 772608372923 (Russia) (individual) [RUSSIA-EO14024].

ESKANDARI, Mohammad (Arabic: محمد اسکندری), Iran; POB Shahroud, Semnan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4590171252 (Iran) (individual) [IRAN-EO13876] (Linked To: SINA FINANCIAL AND INVESTMENT HOLDING COMPANY).

ESLAMI, Mansour; DOB 21 Jan 1965; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport H37045909 (Iran) (individual) [IRAN].

ESLAMI, Mortaza Rajabi (a.k.a. AL-ZAHIR, Rajabi Ali; a.k.a. RAJABI, Morteza; a.k.a. RAJABIESLAMI, Morteza), #2007, 20th Floor, Grand Hyatt Residence, Qudmetha St., Dubai 7167, United Arab Emirates; DOB 05 Jul 1969; POB Tehran, Iran; nationality Iran; citizen Saint Kitts and Nevis; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Personal ID Card 1667305100001 (United Kingdom) (individual) [IRAN-EO13846] (Linked To: NAFTIRAN INTERTRADE CO. LIMITED).

ESMAEL, Taleb H. A. J. (a.k.a. ISMAIL, Talib Husayn Ali Jarak), Block 8, Street 20, House No. 33, Jabriya, Kuwait; Street 21, Salem Al Mubarak Avenue, Block 20, Building 13, Salmiya, Kuwait; PO Box 3390, Safat 13034, Kuwait City, Kuwait; PO Box 126, Safat 13002, Kuwait City, Kuwait; Block 8, Street 103, Building 33, Apartment 33, Jabriya, Kuwait; Mubarak Al Kabir, Darwaza abdul Razak Square, Kuwait City, Kuwait; DOB 30 Apr 1956; POB Kuwait City, Kuwait; nationality Kuwait; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

ESMAELI, Reza-Gholi; DOB 03 Apr 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport A0002302 (Iran) (individual) [NPWMD] [IFSR].

ESMAIL, Abdurazak (a.k.a. ABDELRAZAK, Ismail; a.k.a. FITIWI, Abdurazak; a.k.a. FITWI, Abd al-Razzak), Tripoli, Libya; Sabratha, Libya; Benghazi, Libya; DOB 1985 to 1987; POB Massawa, Eritrea; nationality Sudan; Gender Male (individual) [LIBYA3].

ESMA'ILPUR, Asghar, Iran; DOB 07 Mar 1973; POB Tehran, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0059243228 (Iran) (individual) [NPWMD] [IFSR] (Linked To: AEROSPACE INDUSTRIES ORGANIZATION).

ESMERALDAS COLOMBIANAS CERRO GUALILO LTDA. C.I. (a.k.a. GUALILO LTDA. C.I.), Transversal 46 No. 152 - 46 Ofc. 276, Bogota, Colombia; NIT # 830124149-2 (Colombia) [SDNTK].

ESMERALDAS NARAPAY LTDA, Transversal 40 No. 150 - 46 Ofc. 259, Bogota, Colombia; NIT # 900022457-1 (Colombia) [SDNTK].

ESPANA CAICEDO, Euclides (a.k.a. HENAO MUNOZ, Jhon Fredy; a.k.a. "JHONIER"; a.k.a. "JONIER"; a.k.a. "JONNIER"), Cauca Department, Colombia; DOB 29 Dec 1973; POB Albania, Caqueta Department, Colombia; citizen Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 17674103 (Colombia) (individual) [SDGT] (Linked To: REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY).

ESPANA INFORMATICA S.A. (a.k.a. ESPANA INFORMATICA SA (Latin: ESPAÑA INFORMÁTICA SA)), Ciudad del Este, Paraguay; RUC # 80028331-7 (Paraguay) [GLOMAG] (Linked To: HIJAZI, Kassem Mohamad).

ESPANA INFORMATICA SA (Latin: ESPAÑA INFORMÁTICA SA) (a.k.a. ESPANA INFORMATICA S.A.), Ciudad del Este, Paraguay; RUC # 80028331-7 (Paraguay) [GLOMAG] (Linked To: HIJAZI, Kassem Mohamad).

ESPARRAGOZA GASTELUM, Brenda Guadalupe, Calle Calkini Manzana 11 Lote 1, Colonia Residencia Sol del Mayab, Benito Juarez, Quintana Roo C.P. 77533, Mexico; Calle Morelos No. 2223, Colonia Arcos Vallarta, Guadalajara, Jalisco C.P. 44130, Mexico; Circuito Fuentes de Pedregal No. 478 Interior 1103, Colonia Fuentes de Pedregal, Delegacion Tlalpan, Mexico City, Distrito Federal C.P. 14140, Mexico; Avenida de la Patria No. 685 Interior 1, Fraccionamiento Jardines Universidad, Zapopan, Jalisco, Mexico; DOB 27 Mar 1978; POB Guadalajara, Jalisco, Mexico; R.F.C. EAGB780327UB5 (Mexico); C.U.R.P. EAGB780327MJCSSR11 (Mexico) (individual) [SDNTK] (Linked To: GRUPO IMPERGOZA, S.A. DE C.V.; Linked To: SOCIALIKA RENTAS Y CATERING, S.A. DE C.V.).

ESPARRAGOZA GASTELUM, Cristian Ivan, Avenida de la Patria No. 685 Interior 1, Fraccionamiento Jardines Universidad, Zapopan, Jalisco, Mexico; Calle Bulgaria No. 139 Interior 4, Colonia Portales, Delegacion Benito Juarez, Mexico City, Distrito Federal C.P. 03300, Mexico; Calle Rumania No. 10, Colonia Portales, Delegacion Benito Juarez, Mexico City, Distrito Federal C.P. 03300, Mexico; Calle Sierra Gorda No. 37 Interior 60, Colonia Lomas de Chapultepec, Delegacion Miguel Hidalgo, Mexico City, Distrito Federal C.P. 11000, Mexico; DOB 17 Jan 1981; POB Guadalajara, Jalisco, Mexico; R.F.C. EAGC810117AY8 (Mexico); C.U.R.P. EAGC810117HJCSSR07 (Mexico) (individual) [SDNTK] (Linked To: GRUPO CINJAB, S.A. DE C.V.; Linked To: GRUPO IMPERGOZA, S.A. DE C.V.).

ESPARRAGOZA GASTELUM, Juan Ignacio, Avenida de la Patria No. 685 Interior 1, Fraccionamiento Jardines Universidad, Zapopan, Jalisco, Mexico; Calle Gutierrez Zamora No. 223, Fraccionamiento Las Aguilas, Delegacion Alvaro Obregon, Mexico City, Distrito Federal C.P. 01020, Mexico; DOB 12 Nov 1972; POB San Luis Rio Colorado, Sinaloa, Mexico; R.F.C. EAGJ721112CI2 (Mexico) (individual) [SDNTK] (Linked To: GRUPO IMPERGOZA, S.A. DE C.V.).

ESPARRAGOZA GASTELUM, Nadia Patricia, Anillo de Periferico Sur No. 4863 Interior 902, Colonia Tepepan, Delegacion Tlalpan, Mexico City, Distrito Federal C.P. 14610, Mexico; Calle Chichen Itza No. 4644, Colonia Mirador del Sol, Zapopan, Jalisco C.P. 45054, Mexico; Calle Morelos No. 2223, Colonia Arcos Vallarta, Guadalajara, Jalisco C.P. 44130, Mexico; Avenida de la Patria No. 685 Interior 1, Fraccionamiento Jardines Universidad, Zapopan, Jalisco, Mexico; DOB 19 Apr 1976; POB Guadalajara, Jalisco, Mexico; R.F.C. EAGN760419LC8 (Mexico); C.U.R.P. EAGN760419MJCSSD05 (Mexico) (individual) [SDNTK] (Linked To: GRUPO CINJAB, S.A. DE C.V.; Linked To: GRUPO IMPERGOZA, S.A. DE C.V.).

ESPARRAGOZA MORENO, Juan Jose, Avenida Los Angeles No. 5183, Colonia Las Palmas, Tijuana, Baja California CP 22440, Mexico; Calle Colima 2316, Colonia Francisco I. Madero, Tijuana, Baja California CP 22150,

Mexico; Calle 8 8988, Colonia Zona Este, Tijuana, Baja California CP 22000, Mexico; Cjon. Quintana Roo 8220, Colonia Zona Este, Tijuana, Baja California, Mexico; Predio Rustico en Km. 42 - 43 de la Carretera, Tijuana-Ensenada, Baja California, Mexico; DOB 03 Feb 1949; alt. DOB 02 Mar 1949; POB Chuicopa, Sinaloa, Mexico (individual) [SDNTK].

ESPARRAGOZA ROSAS, Enrique Dann (a.k.a. "GUERO"), Culiacan, Sinaloa, Mexico; DOB 22 Jul 1985; POB Sinaloa, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. EARE850722HSLSSN03 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

ESPARZA GARCIA, Veronica, Mexico; DOB 16 Jan 1973; POB Sinaloa, Mexico; citizen Mexico; Gender Female; C.U.R.P. EAGV730116MSLSRR04 (Mexico) (individual) [VENEZUELA-EO13850].

ESPINAL QUINTERO, Richard Jose (a.k.a. ESPINEL QUINTERO, Richard Jose; a.k.a. "El Coty"), Venezuela; DOB 19 Apr 1996; POB Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 24419648 (Venezuela) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

ESPINEL QUINTERO, Richard Jose (a.k.a. ESPINAL QUINTERO, Richard Jose; a.k.a. "El Coty"), Venezuela; DOB 19 Apr 1996; POB Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 24419648 (Venezuela) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

ESPINOZA AGUILAR, Altagracia (a.k.a. ESPINOZA AGUILAR, Diana; a.k.a. ESPINOZA AGUILAR, Diana Altagracia); DOB 17 Jul 1970; POB Matachi, Chihuahua, Mexico; C.U.R.P. EIAD700717MCHSGN09 (Mexico) (individual) [SDNTK] (Linked To: CARO QUINTERO, Rafael).

ESPINOZA AGUILAR, Diana (a.k.a. ESPINOZA AGUILAR, Altagracia; a.k.a. ESPINOZA AGUILAR, Diana Altagracia); DOB 17 Jul 1970; POB Matachi, Chihuahua, Mexico; C.U.R.P. EIAD700717MCHSGN09 (Mexico) (individual) [SDNTK] (Linked To: CARO QUINTERO, Rafael).

ESPINOZA AGUILAR, Diana Altagracia (a.k.a. ESPINOZA AGUILAR, Altagracia; a.k.a. ESPINOZA AGUILAR, Diana); DOB 17 Jul 1970; POB Matachi, Chihuahua, Mexico; C.U.R.P. EIAD700717MCHSGN09 (Mexico) (individual) [SDNTK] (Linked To: CARO QUINTERO, Rafael).

ESPINOZA RODRIGUEZ, Maria de Jesus (Latin: ESPINOZA RODRÍGUEZ, María de Jesús), Mexico; DOB 30 Aug 1990; POB Sinaloa, Sinaloa, Mexico; nationality Mexico; Gender Female; R.F.C. EIRJ900830781 (Mexico); C.U.R.P. EIRJ900830MSLSDS06 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

ESQUEDA NIETO, Francisco Daniel (a.k.a. ESQUEDA, Franky; a.k.a. "ESKEDA, Franki"; a.k.a. "Franky De La Joya"), Nuevo Laredo, Tamaulipas, Mexico; DOB 23 Oct 1994; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. EUNF941023HTSSTR02 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DEL NORESTE).

ESQUEDA, Franky (a.k.a. ESQUEDA NIETO, Francisco Daniel; a.k.a. "ESKEDA, Franki"; a.k.a. "Franky De La Joya"), Nuevo Laredo, Tamaulipas, Mexico; DOB 23 Oct 1994; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. EUNF941023HTSSTR02 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DEL NORESTE).

ESQUERRA ESQUER, Jorge Enrique; DOB 25 Mar 1980; POB Culiacan, Sinaloa, Mexico; C.U.R.P. EUEJ800325HSLSSR02 (Mexico) (individual) [SDNTK] (Linked To: GRUPO CINJAB, S.A. DE C.V.; Linked To: GRUPO IMPERGOZA, S.A. DE C.V.).

ESSA, Agila Saleh (a.k.a. GWAIDER, Ageela Salah Issa; a.k.a. GWAIDER, Agila Saleh Issa; a.k.a. ISSA, Aguila Saleh; a.k.a. QUYDIR, Aqilah Salih; a.k.a. SALEH, Aqilah); DOB 01 Jun 1942; POB Elgubba, Libya; nationality Libya; Passport D001001 (Libya) issued 22 Jan 2015 expires 22 Jan 2017; President and Speaker of the Libyan House of Representatives (individual) [LIBYA3].

ESSA, Salim (a.k.a. ESSA, Salim Aziz), Johannesburg, South Africa; DOB 15 Jan 1978;

nationality South Africa; Gender Male; Passport M00073786 (South Africa) issued 09 Nov 2012 expires 08 Nov 2022; National ID No. 7801155017084 (South Africa) (individual) [GLOMAG].

ESSA, Salim Aziz (a.k.a. ESSA, Salim), Johannesburg, South Africa; DOB 15 Jan 1978; nationality South Africa; Gender Male; Passport M00073786 (South Africa) issued 09 Nov 2012 expires 08 Nov 2022; National ID No. 7801155017084 (South Africa) (individual) [GLOMAG].

ESSAADI, Moussa Ben Amor Ben Ali (a.k.a. "ABDELRAHMMAN"; a.k.a. "BECHIR"; a.k.a. "DAH DAH"), Via Milano n.108, Brescia, Italy; DOB 04 Dec 1964; POB Tabarka, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L335915 issued 08 Nov 1996 expires 07 Nov 2001 (individual) [SDGT].

ESSABAR, Zakariya (a.k.a. ESSABAR, Zakarya), Dortmunder Strasse 38, Hamburg 22419, Germany; DOB 13 Apr 1977; alt. DOB 03 Apr 1977; POB Essaouria, Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ESSABAR, Zakarya (a.k.a. ESSABAR, Zakariya), Dortmunder Strasse 38, Hamburg 22419, Germany; DOB 13 Apr 1977; alt. DOB 03 Apr 1977; POB Essaouria, Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ES-SHAHID (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES; a.k.a. AL-SHAHID CORPORATION; a.k.a. BONYAD SHAHID; a.k.a. BONYAD-E SHAHID; a.k.a. BONYAD-E SHAHID VA ISARGARAN; a.k.a. IRANIAN MARTYRS FUND; a.k.a. MARTYRS FOUNDATION; a.k.a. SHAHID FOUNDATION; a.k.a. SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION), P.O. Box 15815-1394, Tehran 15900, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

ESSID, Sami Ben Khemais (a.k.a. ELSSEID, Sami Ben Khamis Ben Saleh), Via Dubini n.3, Gallarate, VA, Italy; DOB 10 Feb 1968; POB

Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K929139 issued 14 Feb 1995 expires 13 Feb 2000; Italian Fiscal Code SSDSBN68B10Z352F (individual) [SDGT].

ESTABLO LECHERO PUERTO RICO (a.k.a. ESTABLO PUERTO RICO S.A. DE C.V.), Carretera El Salado, Quila KM 4, Culiacan, Sinaloa, Mexico; Calle Indio De Guelatao Interior 20230, Colonia Miguel Hidalgo, Culiacan, Sinaloa, Mexico; Avenida Manuel Vallarta 2141, Colonia Centro, Culiacan, Sinaloa 80129, Mexico; R.F.C. EPR-000322-UM9 (Mexico) [SDNTK].

ESTABLO PUERTO RICO S.A. DE C.V. (a.k.a. ESTABLO LECHERO PUERTO RICO), Carretera El Salado, Quila KM 4, Culiacan, Sinaloa, Mexico; Calle Indio De Guelatao Interior 20230, Colonia Miguel Hidalgo, Culiacan, Sinaloa, Mexico; Avenida Manuel Vallarta 2141, Colonia Centro, Culiacan, Sinaloa 80129, Mexico; R.F.C. EPR-000322-UM9 (Mexico) [SDNTK].

ESTACION DE SERVICIO GBJ (a.k.a. GBJ DE COLIMA, S.A. DE C.V.), Avenida Benito Juarez No. 1039, Col. Villas del Rio, Villa de Alvarez, Colima C.P. 28970, Mexico; R.F.C. GCO070626DY8 (Mexico) [SDNTK].

ESTACION DE SERVICIO LA FLORESTA DE FUENTE DE ORO, Casco Urbano Salida Puerto Lleras, Fuente de Oro, Meta, Colombia; Matricula Mercantil No 00017159 (Colombia) [SDNTK].

ESTACION DE SERVICIO LA TURQUESA, Calle 6 No. 1-02, Puerto Lleras, Meta, Colombia; Matricula Mercantil No 00091367 (Colombia) [SDNTK].

ESTACION DE SERVICIO SERVIAGRICOLA DEL ARIARI, Cruce Puerto Rico, Puerto Lleras, Meta, Colombia; Matricula Mercantil No 00029517 (Colombia) [SDNTK].

ESTACION GUADALUPE (a.k.a. ADMINISTRADORA DEL ORIENTE; a.k.a. HOTEL REGENTE), Guatemala; NIT # 7142099 (Guatemala) [SDNTK].

ESTACIONES DE SERVICIOS CANARIAS, S.A. DE C.V. (n.k.a. COMBUSERVICIOS LOS TRES RIOS, S.A. DE C.V.), Blvd. Enrique Felix Castro No. 1029, Col. Desarrollo Urbano Tres Rios, Culiacan, Sinaloa C.P. 80020, Mexico; R.F.C. ESC-100224-2J9 (Mexico) [SDNTK].

ESTANCIA INFANTIL NINO FELIZ S.C., Avenida Manuel Vallarta 2141, Colonia Centro, Culiacan, Sinaloa 80129, Mexico [SDNTK].

ESTATE MANAGEMENT CO. LTD. (a.k.a. ESTATE MANAGMENT COMPANY LIMITED (Cyrillic: ООО ЭСТЕЙТ МЕНЕДЖМЕНТ)), d. 11 litera A kom. 437 ofis A410, per. Degtyarny, St. Petersburg 191144, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Feb 2010; Organization Type: Real estate activities with own or leased property; Tax ID No. 7842425303 (Russia); Government Gazette Number 64275786 (Russia); Registration Number 1107847046801 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

ESTATE MANAGMENT COMPANY LIMITED (Cyrillic: ООО ЭСТЕЙТ МЕНЕДЖМЕНТ) (a.k.a. ESTATE MANAGEMENT CO. LTD.), d. 11 litera A kom. 437 ofis A410, per. Degtyarny, St. Petersburg 191144, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Feb 2010; Organization Type: Real estate activities with own or leased property; Tax ID No. 7842425303 (Russia); Government Gazette Number 64275786 (Russia); Registration Number 1107847046801 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

ESTETIC CAR WASH, S.A. DE C.V. (a.k.a. ESTETICA CAR WASH S.A. DE C.V.), Aviacion No. 5250, Colonia Valle Real, Zapopan, Jalisco C.P. 45019, Mexico; Av. de la Aviacion #5250, Col. Palma Real, Zapopan, Jalisco, Mexico; R.F.C. ECW030227L81 (Mexico) [SDNTK].

ESTETIC CARR DE OCCIDENTE, S.A. DE C.V., Periferico Norte No. 3109, Colonia Tabachines, Zapopan, Jalisco C.P. 45188, Mexico; R.F.C. ECO090403GS9 (Mexico); Matricula Mercantil No 48131-1 (Mexico) issued 08 May 2009 [SDNTK].

ESTETICA CAR WASH S.A. DE C.V. (a.k.a. ESTETIC CAR WASH, S.A. DE C.V.), Aviacion No. 5250, Colonia Valle Real, Zapopan, Jalisco C.P. 45019, Mexico; Av. de la Aviacion #5250, Col. Palma Real, Zapopan, Jalisco, Mexico; R.F.C. ECW030227L81 (Mexico) [SDNTK].

ESTEVEZ COLMENARES, Ricardo (a.k.a. SOTO RODRIGUEZ, Bogar; a.k.a. "LOCO"; a.k.a. "TIO"), Mexico; DOB 14 Sep 1974; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. EECR740914HGRSLC02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ESTRADA ARIAS, Josue Francisco (a.k.a. NAVARRO QUEZADA, Luis Alonso; a.k.a.

"MOJARRAS"; a.k.a. "QUEZADA, Luis"), Mexico; DOB 18 Apr 1986; POB Nayarit, Mexico; nationality Mexico; Gender Male; C.U.R.P. NAQL860418HNTVZS05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ESTRADA GONZALEZ, Eduardo, Mexico; DOB 01 May 1974; POB Tamaulipas; nationality Mexico; citizen Mexico; R.F.C. EAGE740501 (Mexico); C.U.R.P. EAGE740501HTSSND02 (Mexico) (individual) [SDNTK].

ESTRADA GUTIERREZ, Josue de Jesus, Mexico; DOB 21 Sep 1989; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. EAGJ890921HSLSTS03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ESTRADA GUTIERREZ, Julio Cesar, Calle Platon 268, Col. Paso Blanco, Ocotlan, Jalisco, Mexico; DOB 03 Oct 1981; POB Ocotlan, Jalisco, Mexico (individual) [SDNTK] (Linked To: GRUPO CINJAB, S.A. DE C.V.; Linked To: GRUPO IMPERGOZA, S.A. DE C.V.).

ESTRADA MEDINA, Santos Aldair, Mexico; DOB 30 Apr 1994; POB Veracruz, Mexico; nationality Mexico; Gender Male; C.U.R.P. EAMS940430HVZSDN07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ESTRADA PAREDES, Elio Ramon, Capital District, Venezuela; DOB 02 Dec 1966; POB Caracas, Venezuela; nationality Venezuela; Gender Male; Cedula No. 6857541 (Venezuela) (individual) [VENEZUELA].

ESTRATEGIA PVR, S. DE R.L. DE C.V., Guadalajara, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 19 Dec 2013; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Folio Mercantil No. 80595 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: RIVERA MIRAMONTES, Carlos Humberto).

ETA'ATI, Gholam Reza; DOB 1973; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

ETANA TRADING DMCC (Arabic: إيتانا تريدينغ م.د.م.س), Dubai, United Arab Emirates; Organization Established Date 14 Feb 2023; License DMCC-875930 (United Arab Emirates); Economic Register Number (CBLS) 12150557 (United Arab Emirates) [IRAN-EO13902] (Linked To: NEST WISE PETROLEUM L.L.C).

ETANOFUEL, S.A. DE C.V. (a.k.a. "G ENERGY"), Veracruz, Veracruz, Mexico; Organization Established Date 30 May 2015; Organization Type: Retail sale of automotive fuel in specialized stores; R.F.C. ETA150530HD4 (Mexico); Folio Mercantil No. 31222 (Mexico) [ILLICIT-DRUGS-EO14059].

ETANOPLUS, S.A. DE C.V., Calle ursulo galvan numero 360, Colonia Las Bajadas, Alvarado, Veracruz, Mexico; Organization Established Date 30 May 2015; Organization Type: Retail sale of automotive fuel in specialized stores; Folio Mercantil No. 31223 (Mexico) [ILLICIT-DRUGS-EO14059].

ETC ATM LIMITED (a.k.a. INZHENERNO TEKHNOLOGICHESKII CENTER ATM OOO; a.k.a. LIMITED LIABILITY COMPANY INZHENERNO TEKHNOLOGICHESKI TSENTR ATM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИИНЖЕНЕРНО ТЕХНОЛОГИЧЕСКИЙ ЦЕНТР АТМ); a.k.a. LLC ITTS ATM (Cyrillic: ООО ИТЦ АТМ)), ofis 310 vladenie 5A str. 1, shosse Volkovskoe, Mytishchi 141006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810504175 (Russia); Registration Number 1089847039590 (Russia) [RUSSIA-EO14024].

ETCO INTERNATIONAL COMMODITIES LTD., Devonshire House, 1 Devonshire Street, London, United Kingdom [CUBA].

ETCO INTERNATIONAL COMPANY, LIMITED, Kawabe Building, 1-5 Kanda Nishiki-Cho, Chiyoda-Ku, Tokyo, Japan [CUBA].

ETELAF AL-KHAIR (a.k.a. 101 DAYS CAMPAIGN; a.k.a. CHARITY COALITION; a.k.a. COALITION OF GOOD; a.k.a. ETILAFU EL-KHAIR; a.k.a. I'TILAF AL-KHAIR; a.k.a. I'TILAF AL-KHAYR; a.k.a. UNION OF GOOD), P.O. Box 136301, Jeddah 21313, Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ETEMAD TEJARAT MISAGH (Arabic: اعتماد تجارت ميثاق) (a.k.a. MISAGH TRADE TRUST COMPANY), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 10101409423 (Iran); Registration Number 96892 (Iran) [RUSSIA-EO14024] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

ETEMAD TEJARATE PARS CO., No. 101 Sohrevardi St., Tehran, Iran; Additional

Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

ETERRA CRUDE OIL ABROAD TRADING LLC, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 25 Nov 2022; Chamber of Commerce Number 431348 (United Arab Emirates); Registration Number 1849492 (United Arab Emirates) [UKRAINE-EO13662] [RUSSIA-EO14024].

ETIHAD ENGG. & MARINE SERVICES (a.k.a. ETIHAD ENGINEERING & MARINE SERVICES FZC; a.k.a. ETIHAD ENGINEERING AND MARINE SERVICES FZC (Arabic: اتحاد الهندسة والخدمات البحرية ش م ح)), Plot No. 1H03B, Ajman-Umm Al Quwaim Road E11, Hamriyah Free Zone, Sharjah, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 17 Jul 2004; Identification Number IMO 5700690; Economic Register Number (CBLS) 11578514 (United Arab Emirates) [IRAN-EO13846].

ETIHAD ENGINEERING & MARINE SERVICES FZC (a.k.a. ETIHAD ENGG. & MARINE SERVICES; a.k.a. ETIHAD ENGINEERING AND MARINE SERVICES FZC (Arabic: اتحاد الهندسة والخدمات البحرية ش م ح)), Plot No. 1H03B, Ajman-Umm Al Quwaim Road E11, Hamriyah Free Zone, Sharjah, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 17 Jul 2004; Identification Number IMO 5700690; Economic Register Number (CBLS) 11578514 (United Arab Emirates) [IRAN-EO13846].

ETIHAD ENGINEERING AND MARINE SERVICES FZC (Arabic: اتحاد الهندسة والخدمات البحرية ش م ح) (a.k.a. ETIHAD ENGG. & MARINE SERVICES; a.k.a. ETIHAD ENGINEERING & MARINE SERVICES FZC), Plot No. 1H03B, Ajman-Umm Al Quwaim Road E11, Hamriyah Free Zone, Sharjah, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 17 Jul 2004; Identification

Number IMO 5700690; Economic Register Number (CBLS) 11578514 (United Arab Emirates) [IRAN-EO13846].

ETILAFU EL-KHAIR (a.k.a. 101 DAYS CAMPAIGN; a.k.a. CHARITY COALITION; a.k.a. COALITION OF GOOD; a.k.a. ETELAF AL-KHAIR; a.k.a. I'TILAF AL-KHAIR; a.k.a. I'TILAF AL-KHAYR; a.k.a. UNION OF GOOD), P.O. Box 136301, Jeddah 21313, Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ETIM (a.k.a. EASTERN TURKISTAN ISLAMIC MOVEMENT; a.k.a. EASTERN TURKISTAN ISLAMIC PARTY; a.k.a. ETIP); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ETIP (a.k.a. EASTERN TURKISTAN ISLAMIC MOVEMENT; a.k.a. EASTERN TURKISTAN ISLAMIC PARTY; a.k.a. ETIM); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ETOP ELECTRONICS HK CO LIMITED (Chinese Traditional: 億拓電子香港有限公司), Flat/Room 917c, Block A, 9/F, New Mandarin Plaza, No.14 Science Museum Road, Tsimshatsui, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Company Number 2312231 (Hong Kong); Business Registration Number 65509934 (Hong Kong) [RUSSIA-EO14024].

ETQAAN REAL ESTATE CO. (a.k.a. ITQAN COMPANY; a.k.a. ITQAN REAL ESTATE; a.k.a. ITQAN REAL ESTATE CO.; a.k.a. ITQAN REAL ESTATE JSC (Arabic: إتقان العقارية ش.م.خ)), Zakher Tower, Al Taawun Street, 2nd Floor, Al Mamzar Area, 63629, Sharjah, United Arab Emirates; P.O. Box 63629, Taawon (Al) Street, 2nd Floor, Zakher Tower, Sharjah, United Arab Emirates; Website www.itqan-realestate.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2004; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

ETS IRKUT OOO (a.k.a. ENERGOTSENTR IRKUT), ul Novatorov d 3, Irkutsk 664020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

3810035857 (Russia); Registration Number 1043801430530 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKOVLEV).

ETS SIBERIA (a.k.a. ITS SIBIR; a.k.a. LLC ITS SIBIR), Severnoe shosse D 31, Krasnoyarsk 660020, Russia; Severnoye highway, 16a, Krasnoyarsk, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2466208907 (Russia); Registration Number 1082468021910 (Russia) [RUSSIA-EO14024].

ETT DISTRIBUTION BV (a.k.a. EUROPEAN TECHNICAL TRADING; a.k.a. EUROPEAN TT DISTRIBUTION; a.k.a. "ETT"), 24, Booiebos, Gent 9031, Belgium; 1, Ijsbeerlaan, Nevele 9850, Belgium; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Private Company; Enterprise Number 0677.702.574 (Belgium) [RUSSIA-EO14024] (Linked To: DE GEETERE, Hans).

ETTEHADI, Esam (Arabic: عصام اتحادى), Iran; DOB 31 Jul 1989; POB Ahvaz, Iran; citizen Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N48228437 (Iran) expires 10 Mar 2024; National ID No. 1820011917 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

EUNOMIA LIMITED (a.k.a. EUNOMIA LTD), Cayman Islands; 88, Lane 318, Minmin Lu, Pudong Qu, Shanghai, China; Organization Established Date 2022; Identification Number IMO 6205948 [IRAN-EO13902].

EUNOMIA LTD (a.k.a. EUNOMIA LIMITED), Cayman Islands; 88, Lane 318, Minmin Lu, Pudong Qu, Shanghai, China; Organization Established Date 2022; Identification Number IMO 6205948 [IRAN-EO13902].

EURASIAN YOUTH UNION, Russia 3, Bagrationovskiy Proezd, House 7, Area 20 B, Office 405, Moscow 121087, Russia; Website http://rossia3.ru; Email Address esm@rossia3.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

EURO AFRICAN GROUP LTD, Standard Chartered House Building 16, Kairaba Avenue, Banjul, The Gambia; P.O. Box 636, Banjul, The Gambia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: BAZZI, Mohammad Ibrahim).

EUROBET - ROMANIA EOOD (a.k.a. EVROBET - RUMANIA EOOD), 63, Blvd. Shipchenski, Prohod Slatina Distr., Sofia, Stolichna 1574, Bulgaria; Organization Established Date 2010; Government Gazette Number 201220179 (Bulgaria) [GLOMAG] (Linked To: GAMES UNLIMITED OOD).

EUROBET LTD. (Cyrillic: ЕВРОБЕТ - ООД) (a.k.a. EUROBET OOD), 48 Sitnyakovo blvd., Poduyane Distr., fl. 4, Sofia, Stolichna 1505, Bulgaria; Organization Established Date 1996; V.A.T. Number BG 121179290 (Bulgaria) [GLOMAG] (Linked To: EUROBET PARTNERS OOD).

EUROBET OOD (a.k.a. EUROBET LTD. (Cyrillic: ЕВРОБЕТ - ООД)), 48 Sitnyakovo blvd., Poduyane Distr., fl. 4, Sofia, Stolichna 1505, Bulgaria; Organization Established Date 1996; V.A.T. Number BG 121179290 (Bulgaria) [GLOMAG] (Linked To: EUROBET PARTNERS OOD).

EUROBET PARTNERS OOD, 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2016; Government Gazette Number 203950885 (Bulgaria) [GLOMAG] (Linked To: DIGITAL SERVICES EAD).

EUROBET TRADING EOOD, 48 Sitnyakovo blvd., Poduyane Distr., fl.4, Sofia, Stolichna 1505, Bulgaria; Organization Established Date 2013; V.A.T. Number BG 202647305 (Bulgaria) [GLOMAG] (Linked To: EUROBET OOD).

EUROFOOTBALL LTD (a.k.a. EUROFOOTBALL OOD (Cyrillic: ЕВРОФУТБОЛ - ООД)), 126, Tsar Boris Iiiti blvd., Krasno Selo Distr., Sofia, Stolichna 1612, Bulgaria; Organization Established Date 1993; V.A.T. Number BG 831036657 (Bulgaria) [GLOMAG] (Linked To: EUROSADRUZHIE OOD).

EUROFOOTBALL OOD (Cyrillic: ЕВРОФУТБОЛ - ООД) (a.k.a. EUROFOOTBALL LTD), 126, Tsar Boris Iiiti blvd., Krasno Selo Distr., Sofia, Stolichna 1612, Bulgaria; Organization Established Date 1993; V.A.T. Number BG 831036657 (Bulgaria) [GLOMAG] (Linked To: EUROSADRUZHIE OOD).

EUROGROUP ENGINEERING AD (a.k.a. EUROGROUP ENGINEERING EAD), 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2010; Government Gazette Number 201043177 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

EUROGROUP ENGINEERING EAD (a.k.a. EUROGROUP ENGINEERING AD), 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2010; Government Gazette Number 201043177 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

EUROMICROTECH (a.k.a. LLC EVROMIKROTEKH; a.k.a. "EMT OOO"), ul. Vaneeva d. 205, office 506, Nizhniy Novgorod 603122, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5262367076 (Russia); Registration Number 1195275054523 (Russia) [RUSSIA-EO14024].

EUROPAEISCH-IRANISCHE HANDELSBANK AKTIENGESELLSCHAFT (a.k.a. EUROPAISCH-IRANISCHE HANDELSBANK AG; a.k.a. EUROPAISCH-IRANISCHE HANDELSBANK AKTIENGESELLSCHAFT), Depenau 2, Hamburg 20095, Germany; Postfach 101304, Hamburg 20008, Germany; PO Box 97415-1836, Sanaee Avenue, Kish, Iran; 28 Tandis St, Nelson Mandela Blvd. (Ex North Africa Blvd.), Tehran 19156-33383, Iran; SWIFT/BIC EIHBDEHH; alt. SWIFT/BIC EIHBIRTH; Website www.eihbank.de; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number HRB 14604 (Germany); All Offices Worldwide [IRAN] [NPWMD] [IFSR] (Linked To: BANK OF INDUSTRY AND MINE).

EUROPAISCH-IRANISCHE HANDELSBANK AG (a.k.a. EUROPAEISCH-IRANISCHE HANDELSBANK AKTIENGESELLSCHAFT; a.k.a. EUROPAISCH-IRANISCHE HANDELSBANK AKTIENGESELLSCHAFT), Depenau 2, Hamburg 20095, Germany; Postfach 101304, Hamburg 20008, Germany; PO Box 97415-1836, Sanaee Avenue, Kish, Iran; 28 Tandis St, Nelson Mandela Blvd. (Ex North Africa Blvd.), Tehran 19156-33383, Iran; SWIFT/BIC EIHBDEHH; alt. SWIFT/BIC EIHBIRTH; Website www.eihbank.de; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number HRB 14604 (Germany); All Offices Worldwide [IRAN] [NPWMD] [IFSR] (Linked To: BANK OF INDUSTRY AND MINE).

EUROPAISCH-IRANISCHE HANDELSBANK AKTIENGESELLSCHAFT (a.k.a. EUROPAEISCH-IRANISCHE HANDELSBANK AKTIENGESELLSCHAFT; a.k.a. EUROPAISCH-IRANISCHE HANDELSBANK

AG), Depenau 2, Hamburg 20095, Germany; Postfach 101304, Hamburg 20008, Germany; PO Box 97415-1836, Sanaee Avenue, Kish, Iran; 28 Tandis St, Nelson Mandela Blvd. (Ex North Africa Blvd.), Tehran 19156-33383, Iran; SWIFT/BIC EIHBDEHH; alt. SWIFT/BIC EIHBIRTH; Website www.eihbank.de; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number HRB 14604 (Germany); All Offices Worldwide [IRAN] [NPWMD] [IFSR] (Linked To: BANK OF INDUSTRY AND MINE).

EUROPE TRANSPORTATION LIMITED, East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

EUROPEAN BEARING CORPORATION (a.k.a. "AO EPK"), ul. Sharikopodshipnikovskaya, d. 13, str. 62, Moscow 115088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722242530 (Russia); Registration Number 1027700137618 (Russia) [RUSSIA-EO14024].

EUROPEAN INSTITUTE JUSTO (Cyrillic: ЕВРОПЕЙСКИЙ ИНСТИТУТ ЮСТО) (a.k.a. EUROPEAN INSTITUTE JUSTO JUSTICE (Cyrillic: ЕВРОПЕЙСКИЙ ИНСТИТУТ ЮСТО СПРАВЕДЛИВОСТЬ); a.k.a. EUROPEAN INSTITUTE YUSTO; a.k.a. EUROPEAN INSTITUTE YUSTO JUSTICE), Block 6, 6th Novopodmoskovnyy Lane, Moscow 125130, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 7706101758 (Russia); Registration Number 1027739267819 (Russia) [DPRK3].

EUROPEAN INSTITUTE JUSTO JUSTICE (Cyrillic: ЕВРОПЕЙСКИЙ ИНСТИТУТ ЮСТО СПРАВЕДЛИВОСТЬ) (a.k.a. EUROPEAN INSTITUTE JUSTO (Cyrillic: ЕВРОПЕЙСКИЙ ИНСТИТУТ ЮСТО); a.k.a. EUROPEAN INSTITUTE YUSTO; a.k.a. EUROPEAN INSTITUTE YUSTO JUSTICE), Block 6, 6th Novopodmoskovnyy Lane, Moscow 125130, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 7706101758

(Russia); Registration Number 1027739267819 (Russia) [DPRK3].

EUROPEAN INSTITUTE YUSTO (a.k.a. EUROPEAN INSTITUTE JUSTO (Cyrillic: ЕВРОПЕЙСКИЙ ИНСТИТУТ ЮСТО); a.k.a. EUROPEAN INSTITUTE JUSTO JUSTICE (Cyrillic: ЕВРОПЕЙСКИЙ ИНСТИТУТ ЮСТО СПРАВЕДЛИВОСТЬ); a.k.a. EUROPEAN INSTITUTE YUSTO JUSTICE), Block 6, 6th Novopodmoskovnyy Lane, Moscow 125130, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 7706101758 (Russia); Registration Number 1027739267819 (Russia) [DPRK3].

EUROPEAN INSTITUTE YUSTO JUSTICE (a.k.a. EUROPEAN INSTITUTE JUSTO (Cyrillic: ЕВРОПЕЙСКИЙ ИНСТИТУТ ЮСТО); a.k.a. EUROPEAN INSTITUTE JUSTO JUSTICE (Cyrillic: ЕВРОПЕЙСКИЙ ИНСТИТУТ ЮСТО СПРАВЕДЛИВОСТЬ); a.k.a. EUROPEAN INSTITUTE YUSTO), Block 6, 6th Novopodmoskovnyy Lane, Moscow 125130, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 7706101758 (Russia); Registration Number 1027739267819 (Russia) [DPRK3].

EUROPEAN LEBANESE INTERNATIONAL COMPANY FOR TRADE LLC (Arabic: الشركة الأوروبية اللبنانية العالمية للتجارة ش.م.م.) (a.k.a. ELIT LIMA; a.k.a. ELIT LIMASSOL (LIMA) CO.; a.k.a. ELIT LIMASSOL-CYPRUS; a.k.a. EUROPEAN LEBANESE INTERNATIONAL TRADE CO.; a.k.a. EUROPEAN LEBANESE INTERNATIONAL TRADE S.A.R.L. CO.; a.k.a. EUROPEAN LEBANESE INTERNATIONAL TRADE S.A.R.L. ELIT), Queens Plaza Center, Section 401, Property 132, Sad Al-Bouchrieh, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Jul 2012; Commercial Registry Number 2030736 (Lebanon); License 2030736 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

EUROPEAN LEBANESE INTERNATIONAL TRADE CO. (a.k.a. ELIT LIMA; a.k.a. ELIT LIMASSOL (LIMA) CO.; a.k.a. ELIT LIMASSOL-CYPRUS; a.k.a. EUROPEAN LEBANESE INTERNATIONAL COMPANY FOR TRADE LLC (Arabic: الشركة الأوروبية اللبنانية العالمية للتجارة ش.م.م.); a.k.a. EUROPEAN LEBANESE INTERNATIONAL TRADE S.A.R.L. CO.; a.k.a. EUROPEAN LEBANESE INTERNATIONAL TRADE S.A.R.L. ELIT), Queens Plaza Center, Section 401, Property 132, Sad Al-Bouchrieh, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Jul 2012; Commercial Registry Number 2030736 (Lebanon); License 2030736 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

EUROPEAN LEBANESE INTERNATIONAL TRADE S.A.R.L. CO. (a.k.a. ELIT LIMA; a.k.a. ELIT LIMASSOL (LIMA) CO.; a.k.a. ELIT LIMASSOL-CYPRUS; a.k.a. EUROPEAN LEBANESE INTERNATIONAL COMPANY FOR TRADE LLC (Arabic: الشركة الأوروبية اللبنانية العالمية للتجارة ش.م.م.); a.k.a. EUROPEAN LEBANESE INTERNATIONAL TRADE CO.; a.k.a. EUROPEAN LEBANESE INTERNATIONAL TRADE S.A.R.L. ELIT), Queens Plaza Center, Section 401, Property 132, Sad Al-Bouchrieh, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Jul 2012; Commercial Registry Number 2030736 (Lebanon); License 2030736 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

EUROPEAN LEBANESE INTERNATIONAL TRADE S.A.R.L. ELIT (a.k.a. ELIT LIMA; a.k.a. ELIT LIMASSOL (LIMA) CO.; a.k.a. ELIT LIMASSOL-CYPRUS; a.k.a. EUROPEAN LEBANESE INTERNATIONAL COMPANY FOR TRADE LLC (Arabic: الشركة الأوروبية اللبنانية العالمية للتجارة ش.م.م.); a.k.a. EUROPEAN LEBANESE INTERNATIONAL TRADE CO.; a.k.a. EUROPEAN LEBANESE INTERNATIONAL TRADE S.A.R.L. CO.), Queens Plaza Center, Section 401, Property 132, Sad Al-Bouchrieh, Lebanon; Additional Sanctions Information - Subject to Secondary

Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Jul 2012; Commercial Registry Number 2030736 (Lebanon); License 2030736 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

EUROPEAN TECHNICAL TRADING (a.k.a. ETT DISTRIBUTION BV; a.k.a. EUROPEAN TT DISTRIBUTION; a.k.a. "ETT"), 24, Booiebos, Gent 9031, Belgium; 1, Ijsbeerlaan, Nevele 9850, Belgium; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Private Company; Enterprise Number 0677.702.574 (Belgium) [RUSSIA-EO14024] (Linked To: DE GEETERE, Hans).

EUROPEAN TRADING TECHNOLOGY B.V., Nieuwstraat 56F, 4524 EG Sluis, Netherlands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Nov 2016; Target Type Private Company; Registration Number 67226205 (Netherlands) [RUSSIA-EO14024] (Linked To: DE GEETERE, Hans).

EUROPEAN TT DISTRIBUTION (a.k.a. ETT DISTRIBUTION BV; a.k.a. EUROPEAN TECHNICAL TRADING; a.k.a. "ETT"), 24, Booiebos, Gent 9031, Belgium; 1, Ijsbeerlaan, Nevele 9850, Belgium; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Private Company; Enterprise Number 0677.702.574 (Belgium) [RUSSIA-EO14024] (Linked To: DE GEETERE, Hans).

EUROSADRUZHIE LTD. (a.k.a. EUROSADRUZHIE OOD; a.k.a. EUROSUDRUZHIE LTD.; a.k.a. EVROSADRUZHIE OOD; a.k.a. "EUROCOMPANY LTD."), 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2002; V.A.T. Number BG 130855554 (Bulgaria) [GLOMAG] (Linked To: VABO SYSTEMS EOOD).

EUROSADRUZHIE OOD (a.k.a. EUROSADRUZHIE LTD.; a.k.a. EUROSUDRUZHIE LTD.; a.k.a. EVROSADRUZHIE OOD; a.k.a. "EUROCOMPANY LTD."), 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2002; V.A.T. Number BG 130855554 (Bulgaria) [GLOMAG] (Linked To: VABO SYSTEMS EOOD).

EUROSUDRUZHIE LTD. (a.k.a. EUROSADRUZHIE LTD.; a.k.a. EUROSADRUZHIE OOD; a.k.a.

EVROSADRUZHIE OOD; a.k.a. "EUROCOMPANY LTD."), 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2002; V.A.T. Number BG 130855554 (Bulgaria) [GLOMAG] (Linked To: VABO SYSTEMS EOOD).

EUSKAL HERRITARROK (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. EPANASTATIKI PIRINES; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. XAKI; a.k.a. "ETA"; a.k.a. "K.A.S."); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

EUZKADI TA ASKATASUNA (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. EPANASTATIKI PIRINES; a.k.a. EUSKAL HERRITARROK; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. XAKI; a.k.a. "ETA"; a.k.a. "K.A.S."); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

EVA HANDELSGESELLSCHAFT UG (a.k.a. MVM TRADING COMPANY LLC), An der Schanze 1A, Osterburg, Sachsen-Anhalt 39606, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 29 Jul 2021; Trade License No. HRB 30334 (Germany); Registration Number 39576B30334 (Germany) [NPWMD] [IFSR] (Linked To: KLINGE, Marco).

EVDOKIMOV, Dmitrii Sergeyevich (a.k.a. EVDOKIMOV, Dmitriy), 174, 22-4 Gzhatskaya, Saint Petersburg 195220, Russia; DOB 06 Jul 1989; POB Zaisan, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 729265707 (Russia) expires 11 Aug 2024 (individual) [RUSSIA-EO14024] (Linked To: CLOUDRUN LLC).

EVDOKIMOV, Dmitriy (a.k.a. EVDOKIMOV, Dmitrii Sergeyevich), 174, 22-4 Gzhatskaya, Saint Petersburg 195220, Russia; DOB 06 Jul 1989; POB Zaisan, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 729265707 (Russia) expires 11 Aug 2024 (individual) [RUSSIA-EO14024] (Linked To: CLOUDRUN LLC).

EVEN SINCERITY LIMITED, Phnom Penh, Cambodia; Company Number 1970592 (Virgin Islands, British) [TCO] (Linked To: CHEN, Zhi).

EVENTOS LA MORA (a.k.a. EVENTOS LA MORA, S.A. DE C.V.), Zapopan, Jalisco, Mexico; Lopez Mateos Sur 4527, Col. La Calma, Zapopan, Jalisco 45070, Mexico; Lopez Mateos Sur 4527, Col. Residencial Loma Bonita, Zapopan, Jalisco 45086, Mexico; Lopez Mateos Sur 4527, Tlaquepaque, Jalisco 45070, Mexico; Folio Mercantil No. 29070 (Jalisco) (Mexico) [SDNTK].

EVENTOS LA MORA, S.A. DE C.V. (a.k.a. EVENTOS LA MORA), Zapopan, Jalisco, Mexico; Lopez Mateos Sur 4527, Col. La Calma, Zapopan, Jalisco 45070, Mexico; Lopez Mateos Sur 4527, Col. Residencial Loma Bonita, Zapopan, Jalisco 45086, Mexico; Lopez Mateos Sur 4527, Tlaquepaque, Jalisco 45070, Mexico; Folio Mercantil No. 29070 (Jalisco) (Mexico) [SDNTK].

EVEREST GRUP (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU EVEREST GRUP; a.k.a. OOO EVEREST GRUP), d. 37 k. A ofis 8, ul. Rigachina, Petrozavodsk 185005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Jul 2015; Tax ID No. 1001299201 (Russia); Registration Number 1151001009158 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

EVEREST INVESTMENT L.L.C (Arabic: ايفرست للاستثمار ذ.م.م), Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 05 Feb 2020; Business Registration Number 876811 (United Arab Emirates); Economic Register Number (CBLS) 11497006 (United Arab Emirates) [SDGT] [IFSR] (Linked To: DERAKHSHAN, Alireza).

EVEREST SEA NAVIGATION SA, 80 Broad Street, Monrovia, Liberia; Organization Established Date 2023; Identification Number IMO 6452167 [IRAN-EO13902].

EVERFIT COMPANY LIMITED, City Mall, Corner of Pyay Road And Min Ye Kyaw Swar Road, Level-3, Lan Ma Daw Township, Yangon, Burma; Registration Number 116795779 (Burma) issued 29 Feb 2016 [BURMA-EO14014].

EVERLASTING EMPIRE LIMITED, Room 2105, QD5399, Trend Centre, 29-31 Cheung Lee Street, Chai Wan, Hong Kong, China; Secondary sanctions risk: North Korea

Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 16 Mar 2015; Business Registration Number 2211652 (Hong Kong) [DPRK3] (Linked To: SEK STUDIO).

EVERWIN SHIPMANAGEMENT PTE. LTD., 49 Stirling Road #01-495, 141049, Singapore; Identification Number IMO 6175917; Registration Number 202024102G (Singapore) [IRAN-EO13846].

EVIE LINES INC., Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 21 Feb 2025; Identification Number IMO 0212271; Registration Number 130236 (Marshall Islands) [IRAN-EO13902].

EVIL CORP (a.k.a. DRIDEX GANG), Moscow, Russia; Moldova; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2].

EVIN PRISON, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

EVKUROV, Yunus-Bek (a.k.a. YEVKUROV, Yunus-Bek), Russia; DOB 30 Jul 1963; POB Tarskoye, Prigorodny District, North Ossetia, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

EVOL GROUP TR YAZILIM LIMITED SIRKETI, Ic Kapi No 8, Duran Is Merkezi Blok No 4, Harman 1 Sk, Esentepe Mah, Sisli, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 380424-5 (Turkey) [RUSSIA-EO14024].

EVRAEV, Mikhail Yakovlevich (Cyrillic: ЕВРАЕВ, Михаил Яковлевич) (a.k.a. YEVRAYEV, Mikhail Yakovlevich), Yaroslavl Region, Russia; DOB 21 Apr 1971; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780100747702 (Russia) (individual) [RUSSIA-EO14024].

EVRAZ METALL INPROM OAO (a.k.a. AO EVRAZ MARKET), 9, ul. Khimicheskaya, Taganrog, Rostov region 347913, Russia; Ul. Belovezhskaya D. 4, Korp. V, Moscow 121353, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

6154062128 (Russia); Registration Number 1026102571505 (Russia) [RUSSIA-EO14024].

EVRAZ VANADI TULA AO (a.k.a. AKTSIONERNOE OBSHCHESTVO EVRAZ VANADI TULA; a.k.a. EVRAZ VANADII TULA; a.k.a. JOINT STOCK COMPANY EVRAZ VANADY TULA), d.1, ul. Przhevalskogo, Tula, Tula region 300016, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7105008754 (Russia); Registration Number 1027100507103 (Russia) [RUSSIA-EO14024].

EVRAZ VANADII TULA (a.k.a. AKTSIONERNOE OBSHCHESTVO EVRAZ VANADI TULA; a.k.a. EVRAZ VANADI TULA AO; a.k.a. JOINT STOCK COMPANY EVRAZ VANADY TULA), d.1, ul. Przhevalskogo, Tula, Tula region 300016, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7105008754 (Russia); Registration Number 1027100507103 (Russia) [RUSSIA-EO14024].

EVRAZHOLDING FINANCE (a.k.a. EVRAZKHOLDING FINANS OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU EVRAZKHOLDING FINANS), d. 1 ofis 302, ul. Rudokoprovaya R-n Tsentralny, Novokuznetsk, Kemerovo region 654027, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707710865 (Russia); Registration Number 1097746549515 (Russia) [RUSSIA-EO14024].

EVRAZKHOLDING FINANS OOO (a.k.a. EVRAZHOLDING FINANCE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU EVRAZKHOLDING FINANS), d. 1 ofis 302, ul. Rudokoprovaya R-n Tsentralny, Novokuznetsk, Kemerovo region 654027, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707710865 (Russia); Registration Number 1097746549515 (Russia) [RUSSIA-EO14024].

EVRO POLIS LTD. (a.k.a. EVRO POLIS, OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU EVRO POLIS), d. 1A pom. 9.1A, Shosse Ilinskoe, Krasnogorsk, Krasnogorski Raion, Moskovskaya Obl. 143409, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1165024055613 [UKRAINE-EO13661] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

EVRO POLIS, OOO (a.k.a. EVRO POLIS LTD.; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU EVRO POLIS), d. 1A pom. 9.1A, Shosse Ilinskoe, Krasnogorsk,

Krasnogorski Raion, Moskovskaya Obl. 143409, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1165024055613 [UKRAINE-EO13661] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

EVROAZIATSKII REGISTRATOR (a.k.a. "EAR"), Ul. Nikolaya Stolbova D. 2, Kazan 420021, Russia; Ul. Zinina D. 10A, Office 41, Kazan 420097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 1660055801 (Russia); Registration Number 1021603631224 (Russia) [RUSSIA-EO14024].

EVROBET - RUMANIA EOOD (a.k.a. EUROBET - ROMANIA EOOD), 63, Blvd. Shipchenski, Prohod Slatina Distr., Sofia, Stolichna 1574, Bulgaria; Organization Established Date 2010; Government Gazette Number 201220179 (Bulgaria) [GLOMAG] (Linked To: GAMES UNLIMITED OOD).

EVROFINANCE MOSNARBANK (a.k.a. BANK EVROFINANCE), 29, ul. Novy Arbat, Moscow 121099, Russia; SWIFT/BIC EVRFRUMM; Website www.evrofinance.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 1027700565970 (Russia); Tax ID No. 7703115760 (Russia); Legal Entity Number 253400R9321UP8XXUB33 [VENEZUELA-EO13850] [RUSSIA-EO14024] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

EVROSADRUZHIE OOD (a.k.a. EUROSADRUZHIE LTD.; a.k.a. EUROSADRUZHIE OOD; a.k.a. EUROSUDRUZHIE LTD.; a.k.a. "EUROCOMPANY LTD."), 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2002; V.A.T. Number BG 130855554 (Bulgaria) [GLOMAG] (Linked To: VABO SYSTEMS EOOD).

EVTUKHOV, Viktor Leonidovich (Cyrillic: ЕВТУХОВ, Виктор Леонидович), Moscow, Russia; DOB 02 Mar 1968; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781001361883 (Russia) (individual) [RUSSIA-EO14024].

EVTUSHENKO, Oleg Nikolaevich (Cyrillic: ЕВТУШЕНКО, Олег Николаевич) (a.k.a. YEVTUSHENKO, Oleg Nikolayevich), Russia; DOB 09 Nov 1975; POB Stavropol, Russia; nationality Russia; Gender Male; Secondary

sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

EXCELLENCE LIMITED LIABILITY COMPANY (a.k.a. TAMAYOZ LLC (Arabic: شركة تميز المحدودة المسؤولية)), Damascus, Syria; Organization Type: Real estate activities with own or leased property [PAARSSR-EO13894].

EXCELLENT BEIJING TECHNOLOGY DEVELOPMENT COMPANY LIMITED (Chinese Simplified: 卓越全球（北京）科技发展有限公司) (a.k.a. BEIJING EXCELLENT GLOBAL TECHNOLOGY DEVELOPMENT COMPANY; a.k.a. EXCELLENT BEIJING TECHNOLOGY DEVELOPMENT LIMITED), Room 1502, Floor 12, Building 9, No. 88 Jianguo Road, Chaoyang District, Beijing, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 24 Jan 2013; Unified Social Credit Code (USCC) 91110105059259703U (China) [NPWMD] [IFSR] (Linked To: PARSAJAM, Mohsen).

EXCELLENT BEIJING TECHNOLOGY DEVELOPMENT LIMITED (a.k.a. BEIJING EXCELLENT GLOBAL TECHNOLOGY DEVELOPMENT COMPANY; a.k.a. EXCELLENT BEIJING TECHNOLOGY DEVELOPMENT COMPANY LIMITED (Chinese Simplified: 卓越全球（北京）科技发展有限公司)), Room 1502, Floor 12, Building 9, No. 88 Jianguo Road, Chaoyang District, Beijing, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 24 Jan 2013; Unified Social Credit Code (USCC) 91110105059259703U (China) [NPWMD] [IFSR] (Linked To: PARSAJAM, Mohsen).

EX-CLE C.A. (a.k.a. EX-CLE SOLUCIONES BIOMETRICAS C.A.; a.k.a. "EX-CLE"), Municipio Libertador, Parroquia Catedral, Urbanizacion Catedral, Avenida Sur, Esquina Sociedad a Gradillas, Edificio Bompland, Caracas, Venezuela; 2da Transversal entre 2da y 3er Avenida de Santa Eduvigis, Municipio Sucre, Caracas, Estado Miranda, Venezuela; RIF # J407882333 (Venezuela) [VENEZUELA] (Linked To: MADURO MOROS, Nicolas).

EX-CLE SOLUCIONES BIOMETRICAS C.A. (a.k.a. EX-CLE C.A.; a.k.a. "EX-CLE"), Municipio Libertador, Parroquia Catedral, Urbanizacion Catedral, Avenida Sur, Esquina Sociedad a Gradillas, Edificio Bompland, Caracas, Venezuela; 2da Transversal entre 2da y 3er Avenida de Santa Eduvigis, Municipio Sucre, Caracas, Estado Miranda, Venezuela; RIF # J407882333 (Venezuela) [VENEZUELA] (Linked To: MADURO MOROS, Nicolas).

EXCLUSIVE IMPORT EXPORT S.A.S., Calle 23c 4-27 LC 1, Gaira Paraiso, Santa Marta, Colombia; NIT # 900543259-5 (Colombia) [SDNTK].

EXECUTION OF IMAM KHOMEINI'S ORDER (a.k.a. SETAD EJRAEI EMAM; a.k.a. SETAD-E EJRAEI-E FARMAN-E HAZRAT-E EMAM (Arabic: ستاد اجرایی فرمان حضرت امام); a.k.a. SETAD-E FARMAN-EJRAEI-YE EMAM (Arabic: ستاد اجرایی فرمان امام); a.k.a. "EIKO"; a.k.a. "SETAD" (Arabic: "ستاد")), Khaled Stamboli St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13876].

EXGO INTERNATIONAL FZCO, E14 DAFZA, Dubai Airport Freezone, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 4117 (United Arab Emirates); Economic Register Number (CBLS) 11505397 (Russia) [RUSSIA-EO14024].

EXIAR (a.k.a. EKSAR OAO; a.k.a. EXIAR JSC; a.k.a. EXIAR OJSC; a.k.a. ROSSISKOE AGENTSTVO PO STRAKHOVANIYU EKSPORTNYKH KREDITOV I INVESTITSI OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. RUSSIAN AGENCY FOR EXPORT CREDIT AND INVESTMENT INSURANCE JSC; a.k.a. RUSSIAN AGENCY FOR EXPORT CREDIT AND INVESTMENT INSURANCE OJSC), nab. Krasnopresnenskaya d. 12, Moscow 123610, Russia; Website exiar.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Oct 2011; Target Type Government Entity; Tax ID No. 7704792651 (Russia); Registration Number 1117746811566 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

EXIAR JSC (a.k.a. EKSAR OAO; a.k.a. EXIAR; a.k.a. EXIAR OJSC; a.k.a. ROSSISKOE

AGENTSTVO PO STRAKHOVANIYU EKSPORTNYKH KREDITOV I INVESTITSI OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. RUSSIAN AGENCY FOR EXPORT CREDIT AND INVESTMENT INSURANCE JSC; a.k.a. RUSSIAN AGENCY FOR EXPORT CREDIT AND INVESTMENT INSURANCE OJSC), nab. Krasnopresnenskaya d. 12, Moscow 123610, Russia; Website exiar.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Oct 2011; Target Type Government Entity; Tax ID No. 7704792651 (Russia); Registration Number 1117746811566 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

EXIAR OJSC (a.k.a. EKSAR OAO; a.k.a. EXIAR; a.k.a. EXIAR JSC; a.k.a. ROSSISKOE AGENTSTVO PO STRAKHOVANIYU EKSPORTNYKH KREDITOV I INVESTITSI OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. RUSSIAN AGENCY FOR EXPORT CREDIT AND INVESTMENT INSURANCE JSC; a.k.a. RUSSIAN AGENCY FOR EXPORT CREDIT AND INVESTMENT INSURANCE OJSC), nab. Krasnopresnenskaya d. 12, Moscow 123610, Russia; Website exiar.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Oct 2011; Target Type Government Entity; Tax ID No. 7704792651 (Russia); Registration Number 1117746811566 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN

ECONOMIC AFFAIRS VNESHECONOMBANK).

EXIMBANK OF RUSSIA (a.k.a. AO ROSEKSIMBANK (Cyrillic: АО РОСЭКСИМБАНК); a.k.a. EXIMBANK OF RUSSIA JSC; a.k.a. EXIMBANK OF RUSSIA ZAO; a.k.a. GOSUDARSTVENNY SPETSIALIZIROVANNY ROSSISKI EKSPORTNO-IMPORTNY BANK (ZAKRYTOE AKTSIONERNOE OBSHCHESTVO); a.k.a. ROSEKSIMBANK, ZAO; a.k.a. RUSSIAN EXPORT-IMPORT BANK; a.k.a. STATE SPECIALIZED RUSSIAN EXPORT-IMPORT BANK JOINT-STOCK COMPANY (Cyrillic: ГОСУДАРСТВЕННЫЙ СПЕЦИАЛИЗИРОВАННЫЙ РОССИЙСКИЙ ЭКСПОРТНО-ИМПОРТНЫЙ БАНК АКЦИОНЕРНОЕ ОБЩЕСТВО)), 12 Krasnopresnenskaya Embankments, Moscow 123610, Russia; SWIFT/BIC EXIRRUMM; Website eximbank.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 May 1994; Target Type Financial Institution; Tax ID No. 7704001959 (Russia); Legal Entity Number 253400HA6URWT39X2982; Registration Number 1027739109133 (Russia); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

EXIMBANK OF RUSSIA JSC (a.k.a. AO ROSEKSIMBANK (Cyrillic: АО РОСЭКСИМБАНК); a.k.a. EXIMBANK OF RUSSIA; a.k.a. EXIMBANK OF RUSSIA ZAO; a.k.a. GOSUDARSTVENNY SPETSIALIZIROVANNY ROSSISKI EKSPORTNO-IMPORTNY BANK (ZAKRYTOE AKTSIONERNOE OBSHCHESTVO); a.k.a. ROSEKSIMBANK, ZAO; a.k.a. RUSSIAN EXPORT-IMPORT BANK; a.k.a. STATE SPECIALIZED RUSSIAN EXPORT-IMPORT BANK JOINT-STOCK COMPANY (Cyrillic: ГОСУДАРСТВЕННЫЙ СПЕЦИАЛИЗИРОВАННЫЙ РОССИЙСКИЙ ЭКСПОРТНО-ИМПОРТНЫЙ БАНК

АКЦИОНЕРНОЕ ОБЩЕСТВО)), 12 Krasnopresnenskaya Embankments, Moscow 123610, Russia; SWIFT/BIC EXIRRUMM; Website eximbank.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 May 1994; Target Type Financial Institution; Tax ID No. 7704001959 (Russia); Legal Entity Number 253400HA6URWT39X2982; Registration Number 1027739109133 (Russia); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

EXIMBANK OF RUSSIA ZAO (a.k.a. AO ROSEKSIMBANK (Cyrillic: АО РОСЭКСИМБАНК); a.k.a. EXIMBANK OF RUSSIA; a.k.a. EXIMBANK OF RUSSIA JSC; a.k.a. GOSUDARSTVENNY SPETSIALIZIROVANNY ROSSISKI EKSPORTNO-IMPORTNY BANK (ZAKRYTOE AKTSIONERNOE OBSHCHESTVO); a.k.a. ROSEKSIMBANK, ZAO; a.k.a. RUSSIAN EXPORT-IMPORT BANK; a.k.a. STATE SPECIALIZED RUSSIAN EXPORT-IMPORT BANK JOINT-STOCK COMPANY (Cyrillic: ГОСУДАРСТВЕННЫЙ СПЕЦИАЛИЗИРОВАННЫЙ РОССИЙСКИЙ ЭКСПОРТНО-ИМПОРТНЫЙ БАНК АКЦИОНЕРНОЕ ОБЩЕСТВО)), 12 Krasnopresnenskaya Embankments, Moscow 123610, Russia; SWIFT/BIC EXIRRUMM; Website eximbank.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 May 1994; Target Type Financial Institution; Tax ID No. 7704001959 (Russia); Legal Entity Number 253400HA6URWT39X2982; Registration Number 1027739109133 (Russia); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-

center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

EXITON (a.k.a. EKSITON), ul. Babushkina d.7, Smolensk 214031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6732194193 (Russia); Registration Number 1206700005423 (Russia) [RUSSIA-EO14024].

EXPANSE SHIP MANAGEMENT LIMITED, Office 131, 11th Floor, Ankara Caddesi 145, Kordonboyu Mahallesi, Kartal, Istanbul, Turkey; Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2021; Organization Type: Sea and coastal freight water transport [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

EXPERT MACHINERY KIMYASAL URUNLER TICARET LIMITED SIRKETI, Merkez Mah. Hasat Sk. Kamara Blok No: 52, Ic Kapi No: 1, Sisli, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Aug 2022; Identification Number 1395033 (Turkey); Registration Number 402023-5 (Turkey); Central Registration System Number 0381-1002-4110-0001 (Turkey) [RUSSIA-EO14024].

EXPERT PARTNERS (a.k.a. EXPERTS PARTNERS), Rukn Addin, Saladin Street, Building 5, PO Box 7006, Damascus, Syria [NPWMD].

EXPERTS PARTNERS (a.k.a. EXPERT PARTNERS), Rukn Addin, Saladin Street, Building 5, PO Box 7006, Damascus, Syria [NPWMD].

EXPLORATION AND NUCLEAR RAW MATERIAL PRODUCTION COMPANY (a.k.a. EXPLORATION AND NUCLEAR RAW MATERIALS PRODUCTION COMPANY; a.k.a. NUCLEAR INDUSTRY EXPLORATION AND RAW MATERIALS PRODUCTION COMPANY; a.k.a. "EMKA"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: TAMAS COMPANY).

EXPLORATION AND NUCLEAR RAW MATERIALS PRODUCTION COMPANY (a.k.a. EXPLORATION AND NUCLEAR RAW MATERIAL PRODUCTION COMPANY; a.k.a. NUCLEAR INDUSTRY EXPLORATION AND

RAW MATERIALS PRODUCTION COMPANY; a.k.a. "EMKA"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: TAMAS COMPANY).

EXPOBANK JOINT STOCK COMPANY, Ul. Kalanchevskaya D. 29, Str. 2, Moscow 107078, Russia; SWIFT/BIC EXPNRUMM; Website www.expobank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Jul 1994; Target Type Financial Institution; Tax ID No. 7708397772 (Russia); Legal Entity Number 25340021X4U05MWVZ818; Registration Number 1217700369083 (Russia) [RUSSIA-EO14024].

EXPORT DEVELOPMENT BANK OF IRAN (a.k.a. BANK TOSEE SADERAT IRAN; a.k.a. BANK TOSEH SADERAT IRAN; a.k.a. BANK TOSEYEH SADERAT IRAN; a.k.a. BANK TOWSEEH SADERAT IRAN; a.k.a. IRANIAN EXPORT DEVELOPMENT BANK; a.k.a. "EDBI"), No. 26, Tosee Tower (Export Development Building), Corner of 15th Street, Ahmad Qasir Avenue, Argentina Square, Tehran 1513815111, Iran; Website www.edbi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 86936 (Iran) [IRAN] [SDGT] [IFSR] (Linked To: MB BANK).

EXPORTADORA DEL CAMPO RAMOS ACOSTA, S. DE R.L. DE C.V., Nogales, Sonora, Mexico; Organization Established Date 07 Sep 2009; Organization Type: Non-specialized wholesale trade; R.F.C. ECR090907HU3 (Mexico); Folio Mercantil No. 3857 (Mexico) [ILLICIT-DRUGS-EO14059].

EXTERNAL CONSTRUCTION BUREAU (a.k.a. EXTERNAL CONSTRUCTION GENERAL COMPANY; a.k.a. EXTERNAL CONSTRUCTION GUIDANCE BUREAU), Korea, North; Kuwait; Qatar; United Arab Emirates; Oman; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

EXTERNAL CONSTRUCTION GENERAL COMPANY (a.k.a. EXTERNAL CONSTRUCTION BUREAU; a.k.a. EXTERNAL CONSTRUCTION GUIDANCE BUREAU), Korea, North; Kuwait; Qatar; United Arab Emirates; Oman; Secondary sanctions risk:

North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

EXTERNAL CONSTRUCTION GUIDANCE BUREAU (a.k.a. EXTERNAL CONSTRUCTION BUREAU; a.k.a. EXTERNAL CONSTRUCTION GENERAL COMPANY), Korea, North; Kuwait; Qatar; United Arab Emirates; Oman; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH (a.k.a. ANSAR ALLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

EXTERNAL TECHNOLOGY GENERAL CORPORATION (a.k.a. CHANGGWANG SINYONG CORPORATION; a.k.a. DPRKN MINING DEVELOPMENT TRADING COOPERATION; a.k.a. KOREA KUMRYONG TRADING COMPANY; a.k.a. KOREA MINING DEVELOPMENT TRADING CORPORATION; a.k.a. KOREAN MINING AND INDUSTRIAL DEVELOPMENT CORPORATION; a.k.a. NORTH KOREAN MINING DEVELOPMENT TRADING CORPORATION; a.k.a. "KOMID"), Central District, Pyongyang, Korea, North;

Beijing, China; Moscow, Russia; Tehran, Iran; Damascus, Syria; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK2].

EXVED, Russia; Website exved.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 07 Dec 2023; Organization Type: Financial and Insurance Activities [CYBER4] (Linked To: MENDELEEV, Sergey).

EYDI ASHJERDI, Hamid (a.k.a. EIDI ASHJERDI, Hamid (Arabic: حمید عیدی آشجردی)), Tehran, Iran; DOB 01 Dec 1963; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport V54707341 (Iran) expires 01 Oct 2026; National ID No. 0053643232 (Iran) (individual) [NPWMD] [IFSR] (Linked To: BONYAN DANESH SHARGH PRIVATE COMPANY).

EYNI SARKALLEH, Gholamreza (a.k.a. EINI SARKALLEH, Gholamreza (Arabic: غلامرضا عینی سرکله); a.k.a. EYNI, Gholamreza), Tehran, Iran; DOB 11 Jul 1975; POB Amlash, Gilan, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 6309425307 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: AZADEGAN TRANSPORTATION COMPANY).

EYNI, Gholamreza (a.k.a. EINI SARKALLEH, Gholamreza (Arabic: غلامرضا عینی سرکله); a.k.a. EYNI SARKALLEH, Gholamreza), Tehran, Iran; DOB 11 Jul 1975; POB Amlash, Gilan, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 6309425307 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: AZADEGAN TRANSPORTATION COMPANY).

EYRLO, Hassan (a.k.a. AMIRIAN, Amir; a.k.a. AZADFAR, Mansur; a.k.a. EYRLOU, Hassan; a.k.a. HASSAN, Abu; a.k.a. IRLOO, Hassan; a.k.a. IRLU, Hasan; a.k.a. IRLU, Hasan Azir), Sanaa, Yemen; DOB 11 Jun 1964; alt. DOB 1959; alt. DOB 1958; alt. DOB 1960; POB Rey, Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National

ID No. 0089886348 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

EYRLOU, Hassan (a.k.a. AMIRIAN, Amir; a.k.a. AZADFAR, Mansur; a.k.a. EYRLO, Hassan; a.k.a. HASSAN, Abu; a.k.a. IRLOO, Hassan; a.k.a. IRLU, Hasan; a.k.a. IRLU, Hasan Azir), Sanaa, Yemen; DOB 11 Jun 1964; alt. DOB 1959; alt. DOB 1958; alt. DOB 1960; POB Rey, Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0089886348 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

EYVAZ TECHNIC (a.k.a. EYVAZ TECHNIC INDUSTRIAL COMPANY LTD.; a.k.a. EYVAZ TECHNIC MANUFACTURING COMPANY), Sharia'ati St., Shahid Hamid Sadik Alley, Building 3, Number 3, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

EYVAZ TECHNIC INDUSTRIAL COMPANY LTD. (a.k.a. EYVAZ TECHNIC; a.k.a. EYVAZ TECHNIC MANUFACTURING COMPANY), Sharia'ati St., Shahid Hamid Sadik Alley, Building 3, Number 3, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

EYVAZ TECHNIC MANUFACTURING COMPANY (a.k.a. EYVAZ TECHNIC; a.k.a. EYVAZ TECHNIC INDUSTRIAL COMPANY LTD.), Sharia'ati St., Shahid Hamid Sadik Alley, Building 3, Number 3, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

EZHIKOV, Vladimir Vladimirovich (Cyrillic: ЕЖИКОВ, Владимир Владимирович) (a.k.a. YEZHIKOV, Vladimir), Donetsk, Russia; DOB 20 Jun 1987; nationality Russia; Gender Male (individual) [RUSSIA-EO14065].

F FAGALAB (a.k.a. FAGALAB; a.k.a. FAVELA PRO, S.A. DE C.V.; a.k.a. JF LAREN; a.k.a. JF LHABO; a.k.a. JF PRO), Guamuchil, Sinaloa, Mexico; Cerro Agudo, Sinaloa, Mexico; Website https://fagalab.com.mx; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Apr 2001; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic

and toilet articles in specialized stores; R.F.C. FPR0104048H9 (Mexico); Folio Mercantil No. 14897 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: FAVELA LOPEZ, Jorge Luis).

FAASSEN, Maria Vladimirovna (a.k.a. PUTINA, Maria (Cyrillic: ПУТИНА, Мария); a.k.a. VORONTSOVA, Maria Vladimirovna (Cyrillic: ВОРОНЦОВА, Мария Владимировна); a.k.a. VORONTSOVA, Mariya Vladimirovna), Russia; DOB 28 Apr 1985; POB Leningrad, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

FAATER INSTITUTE (a.k.a. FATER ENGINEERING COMPANY; a.k.a. FATER ENGINEERING INSTITUTE; a.k.a. GHARARGAH GHAEM FAATER INSTITUTE), No. 25, Valiasr Jonoobi, Azizi Street, Azadi Sq. NE, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

FABCENTER LLC (a.k.a. FABTSENTR), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731567038 (Russia); Registration Number 5077746752067 (Russia) [RUSSIA-EO14024].

FABTSENTR (a.k.a. FABCENTER LLC), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731567038 (Russia); Registration Number 5077746752067 (Russia) [RUSSIA-EO14024].

FACHRI, Muhammad (a.k.a. FACHRIA, Muhammad; a.k.a. FACHRY, Muhammad; a.k.a. FEBRIWANSAH, Tuwah; a.k.a. FEBRIWANSYAH BIN ARIF HASRUDIN, Tuah; a.k.a. FEBRIWANSYAH, Tuah), Jalan Baru LUK, No. 1 RT 05/07, Kelurahan Bhakti Jaya, Setu Sub-District, Pamulang District, Tangerang Selatan, Banten Province, Indonesia; DOB 18 Feb 1968; POB Jakarta, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 09.5004.180268.0074 (Indonesia) (individual) [SDGT].

FACHRIA, Muhammad (a.k.a. FACHRI, Muhammad; a.k.a. FACHRY, Muhammad; a.k.a. FEBRIWANSAH, Tuwah; a.k.a. FEBRIWANSYAH BIN ARIF HASRUDIN, Tuah;

a.k.a. FEBRIWANSYAH, Tuah), Jalan Baru LUK, No. 1 RT 05/07, Kelurahan Bhakti Jaya, Setu Sub-District, Pamulang District, Tangerang Selatan, Banten Province, Indonesia; DOB 18 Feb 1968; POB Jakarta, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 09.5004.180268.0074 (Indonesia) (individual) [SDGT].

FACHRY, Muhammad (a.k.a. FACHRI, Muhammad; a.k.a. FACHRIA, Muhammad; a.k.a. FEBRIWANSAH, Tuwah; a.k.a. FEBRIWANSYAH BIN ARIF HASRUDIN, Tuah; a.k.a. FEBRIWANSYAH, Tuah), Jalan Baru LUK, No. 1 RT 05/07, Kelurahan Bhakti Jaya, Setu Sub-District, Pamulang District, Tangerang Selatan, Banten Province, Indonesia; DOB 18 Feb 1968; POB Jakarta, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 09.5004.180268.0074 (Indonesia) (individual) [SDGT].

FACTORY DAGDIZEL (a.k.a. JOINT STOCK COMPANY DAGDIZEL PLANT; a.k.a. JOINT STOCK COMPANY ZAVOD DAGDIZEL; a.k.a. ZAVOD DAGDIZEL OPEN JOINT STOCK COMPANY), 1, Lenin Street, Kaspiysk 368300, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1932; Tax ID No. 0545001919 (Russia); Registration Number 1020502130351 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

FADA, Mojtaba (Arabic: مجتبی فدا), Isfahan, Iran; DOB 21 Mar 1963; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport F49973222 (Iran) expires 27 Aug 2024; IRGC 2nd Brigadier General (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

FADAKAR, Alireza (a.k.a. FEDAKAR, Ali Reza), Iran; Iraq; DOB 09 Mar 1966; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H46055007 (Iran); alt. Passport N35636890 (Iran); alt. Passport U41671790 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FADAVI, Ali (a.k.a. FADWI, Ali); DOB Feb 1961; Additional Sanctions Information - Subject to Secondary Sanctions; Islamic Revolutionary Guards Corps Navy Commander (individual) [NPWMD] [IFSR].

FADEL, Raoof, Zone 55, Street 169, Building 85, Villa 3, Doha, Qatar; DOB 20 Dec 1981; POB El Dammamm, Saudi Arabia; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR2366895 (Lebanon) expires 18 Oct 2031 (individual) [SDGT] (Linked To: HIZBALLAH).

FADHIL, Mustafa Mohamed (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. ALI, Hassan; a.k.a. AL-NUBI, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. JIHAD, Abu; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. "ANIS, Abu"; a.k.a. "HUSSEIN"; a.k.a. "KHALID"; a.k.a. "YUSSRR, Abu"); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

FADICO CC (a.k.a. FADICO S A CC), Upper Level, Rosemary Forum, 356 Rosemary St, Lynwood, Menlo Park 0081, South Africa; P.O. Box 95030, Waterkloof, Pretoria 0145, South Africa; Website fadicogroup.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 May 1993; V.A.T. Number 4280168818 (South Africa); Tax ID No. 9251151644 (South Africa); Commercial Registry Number 1993/012838/23 (South Africa) [SDGT] (Linked To: SADER, Fadi).

FADICO H.K. LIMITED, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Feb 2012; Registration Number 1704628 (Hong Kong) [SDGT] (Linked To: AHMAD, Firas Nazem; Linked To: ARTUAL GALLERY).

FADICO S A CC (f.k.a. FADICO CC), Upper Level, Rosemary Forum, 356 Rosemary St, Lynwood, Menlo Park 0081, South Africa; P.O. Box 95030, Waterkloof, Pretoria 0145, South Africa; Website fadicogroup.com; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 May 1993; V.A.T. Number 4280168818 (South Africa); Tax ID No. 9251151644 (South Africa); Commercial Registry Number 1993/012838/23 (South Africa) [SDGT] (Linked To: SADER, Fadi).

FADIL, Mustafa Muhamad (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. ALI, Hassan; a.k.a. AL-NUBI, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADHIL, Mustafa Mohamed; a.k.a. FAZUL, Mustafa; a.k.a. JIHAD, Abu; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. "ANIS, Abu"; a.k.a. "HUSSEIN"; a.k.a. "KHALID"; a.k.a. "YUSSRR, Abu"); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

FADINA, Oksana Nikolayevna (Cyrillic: ФАДИНА, Оксана Николаевна), Russia; DOB 03 Jul 1976; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

FADJR INDUSTRIES GROUP (a.k.a. FAJR INDUSTRIES GROUP; a.k.a. IFP; a.k.a. INDUSTRIAL FACTORIES OF PRECISION-MACHINERY; a.k.a. INSTRUMENTATION FACTORIES OF PRECISION MACHINERY; a.k.a. INSTRUMENTATION FACTORY PLANT; a.k.a. MOJTAME SANTY AJZAE DAGHIGH; a.k.a. NASR INDUSTRIES GROUP), P.O. Box 1985-777, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

FADLALLAH, Shaykh Muhammad Husayn; DOB 1938; alt. DOB 1936; POB Najf Al Ashraf (Najaf), Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Leading Ideological Figure of HIZBALLAH (individual) [SDGT].

FADWI, Ali (a.k.a. FADAVI, Ali); DOB Feb 1961; Additional Sanctions Information - Subject to Secondary Sanctions; Islamic Revolutionary Guards Corps Navy Commander (individual) [NPWMD] [IFSR].

FADZAYEV, Arsen Suleymanovich (Cyrillic: ФАДЗАЕВ, Арсен Сулейманович), Russia;

DOB 05 Sep 1952; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

FAGALAB (a.k.a. F FAGALAB; a.k.a. FAVELA PRO, S.A. DE C.V.; a.k.a. JF LAREN; a.k.a. JF LHABO; a.k.a. JF PRO), Guamuchil, Sinaloa, Mexico; Cerro Agudo, Sinaloa, Mexico; Website https://fagalab.com.mx; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Apr 2001; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; R.F.C. FPR0104048H9 (Mexico); Folio Mercantil No. 14897 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: FAVELA LOPEZ, Jorge Luis).

FAGIMA FRESATRICI SPA (a.k.a. FAGIMA SPA), Via Burri 16, Pontenuovo, Barberino di Mugello 50028, Italy; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jul 1986; Tax ID No. 03789270489 (Italy); Registration Number FI0389277 (Italy) [RUSSIA-EO14024].

FAGIMA SPA (a.k.a. FAGIMA FRESATRICI SPA), Via Burri 16, Pontenuovo, Barberino di Mugello 50028, Italy; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jul 1986; Tax ID No. 03789270489 (Italy); Registration Number FI0389277 (Italy) [RUSSIA-EO14024].

FAIN LAIN OOO (a.k.a. FAYN LAYN LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФАЙН ЛАЙН)), Office 1B, Floor 8, K. 1, Zubarev Lane, Moscow 129164, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730700287 (Russia); Registration Number 1147746048999 (Russia) [RUSSIA-EO14024].

FAIRTRADE NON EDIBLE OIL AND LIQUEFIED NATURAL GAS TRADING L.L.C (Arabic: فيرتريد لتجارة الزيوت والغاز المسال ذ.م.م), Deira Al Qusais 2, Dubai, United Arab Emirates; Organization Established Date 22 Sep 2020; Business Registration Number 906648 (United Arab Emirates); Economic Register Number (CBLS) 11548351 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

FAISAL, Abdullah (a.k.a. AL-FAISAL, Abdullah Ibrahim; a.k.a. EL-FAISAL, Abdulla; a.k.a. FORREST, Trevor William), 8 Windsor Road, Spanishtown, Jamaica; DOB 09 Oct 1963; alt. DOB 10 Sep 1963; POB Jamaica; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A2791188; National ID No. 119458128 (Jamaica) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

FAITHFUL LINKER LIMITED (Chinese Traditional: 信聯行有限公司) (a.k.a. CHINA CONCORD PETROLEUM CO., LIMITED (Chinese Simplified: 中和石油有限公司)), 17th Floor, Siu Ying Commercial Building, 151-155 Queen's Road Central, Hong Kong; Email Address admin@sinocpa.com; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Business Registration Number 1080134 [IRAN-EO13846].

FAITHFUL TO THE OATH (a.k.a. AL-BAKOUN ALA AL-AHD ORGANIZATION), Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

FAIZ, Mohammad Yusuf Karim (a.k.a. FAIZ, Mohammed Karim Yusop; a.k.a. FAIZ, Mohammed Yusop Karin; a.k.a. FAIZ, Mohd Karim Yusop; a.k.a. SAIFUDDIN, Muhmmad; a.k.a. "AL-INDONESI, Abu Walid"; a.k.a. "AL-INDUNISI, Abu-Walid"), Syria; DOB 11 Oct 1978; POB Indonesia; nationality Indonesia; citizen Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

FAIZ, Mohammed Karim Yusop (a.k.a. FAIZ, Mohammad Yusuf Karim; a.k.a. FAIZ, Mohammed Yusop Karin; a.k.a. FAIZ, Mohd Karim Yusop; a.k.a. SAIFUDDIN, Muhmmad; a.k.a. "AL-

INDUNISI, Abu-Walid"), Syria; DOB 11 Oct 1978; POB Indonesia; nationality Indonesia; citizen Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

FAIZ, Mohammed Yusop Karin (a.k.a. FAIZ, Mohammad Yusuf Karim; a.k.a. FAIZ, Mohammed Karim Yusop; a.k.a. FAIZ, Mohd Karim Yusop; a.k.a. SAIFUDDIN, Muhmmad; a.k.a. "AL-INDONESI, Abu Walid"; a.k.a. "AL-INDUNISI, Abu-Walid"), Syria; DOB 11 Oct 1978; POB Indonesia; nationality Indonesia; citizen Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

FAIZ, Mohd Karim Yusop (a.k.a. FAIZ, Mohammad Yusuf Karim; a.k.a. FAIZ, Mohammed Karim Yusop; a.k.a. FAIZ, Mohammed Yusop Karin; a.k.a. SAIFUDDIN, Muhmmad; a.k.a. "AL-INDONESI, Abu Walid"; a.k.a. "AL-INDUNISI, Abu-Walid"), Syria; DOB 11 Oct 1978; POB Indonesia; nationality Indonesia; citizen Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

FAIZULLAHI, Ali Ahmad (Arabic: علی احمد فیض اللهی) (a.k.a. FEIZLOLLAHI, Ali Ahmad; a.k.a. FEYZOLLAHI, Ahmad Ali (Arabic: احمدعلی فیض اللهی); a.k.a. FEYZOLLAHI, Ali Ahmad), Iran; DOB 1966 to 1967; POB Iran; nationality Iran; citizen Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Birth Certificate Number 1269 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

FAIZULLIN, Irek Envarovich (Cyrillic: ФАЙЗУЛЛИН, Ирек Енварович), Russia; DOB 08 Dec 1962; POB Kazan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

FAJR INDUSTRIES GROUP (a.k.a. FADJR INDUSTRIES GROUP; a.k.a. IFP; a.k.a. INDUSTRIAL FACTORIES OF PRECISION-MACHINERY; a.k.a. INSTRUMENTATION FACTORIES OF PRECISION MACHINERY; a.k.a. INSTRUMENTATION FACTORY PLANT;

a.k.a. MOJTAME SANTY AJZAE DAGHIGH; a.k.a. NASR INDUSTRIES GROUP), P.O. Box 1985-777, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

FAJR PETROCHEMICAL COMPANY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

FAKHR ZADEH, Mohammad (a.k.a. FAKHRZADEH, Mohammad), Tehran, Iran; DOB 22 May 1978; POB Malayer, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3932714806 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

FAKHRIZADEH, Mohsen (a.k.a. FAKHRIZADEH-MAHABADI, Mohsen; a.k.a. "FAKHRIZADEH"); Additional Sanctions Information - Subject to Secondary Sanctions; Passport A0009228; alt. Passport 4229533 (individual) [NPWMD] [IFSR].

FAKHRIZADEH-MAHABADI, Mohsen (a.k.a. FAKHRIZADEH, Mohsen; a.k.a. "FAKHRIZADEH"); Additional Sanctions Information - Subject to Secondary Sanctions; Passport A0009228; alt. Passport 4229533 (individual) [NPWMD] [IFSR].

FAKHRZADEH, Mohammad (a.k.a. FAKHR ZADEH, Mohammad), Tehran, Iran; DOB 22 May 1978; POB Malayer, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3932714806 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

FALAH INSANIA (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a.

JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

FALAH, Jaber Taha (a.k.a. AL-ADNANI, Abu Mohamed; a.k.a. AL-ADNANI, Abu Mohammad; a.k.a. AL-ADNANI, Abu Mohammed; a.k.a. AL-BANSHI, Taha; a.k.a. AL-KHATAB, Abu Baker; a.k.a. AL-RAWI, Abu Sadek; a.k.a. AL-RAWI, Yasser Khalaf Hussein Nazal; a.k.a. AL-SHAMI, Abu-Muhammad al-Adnani; a.k.a. FALAHA, Taha Sobhi), Syria; Iraq; DOB 1977; POB Banash, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

FALAHA, Taha Sobhi (a.k.a. AL-ADNANI, Abu Mohamed; a.k.a. AL-ADNANI, Abu Mohammad; a.k.a. AL-ADNANI, Abu Mohammed; a.k.a. AL-BANSHI, Taha; a.k.a. AL-KHATAB, Abu Baker; a.k.a. AL-RAWI, Abu Sadek; a.k.a. AL-RAWI, Yasser Khalaf Hussein Nazal; a.k.a. AL-SHAMI, Abu-Muhammad al-Adnani; a.k.a. FALAH, Jaber Taha), Syria; Iraq; DOB 1977; POB Banash, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

FALAH-E-INSANIAT FOUNDATION (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

FALAH-E-INSANIYAT (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-

DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

FALAH-I-INSANIAT FOUNDATION (FIF) (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a.

PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

FALAH-I-INSANIYAT (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

FALAHZADEH, Mohammad Reza (a.k.a. FALLAHZADEH, Mohammad Reza), Iran; DOB 1962 to 1963; alt. DOB 31 Dec 1961; POB Yazd, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D10008862 (Iran) expires 04 Oct 2026 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FALCHINI, Massimo, Italy; DOB 22 Oct 1970; POB Florence, Italy; nationality Italy; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. FLCMSM70R22D612R (Italy) (individual) [RUSSIA-EO14024].

FALCON INTERNATIONAL SIA (f.k.a. ATACAR OTOMOTIV DIS TICARET VE SAVUNMA SANAYI LIMITED SIRKETI; f.k.a. MURAT INSAAT DIS TICARET VE SAVUNMA SANAYI LIMITED SIRKETI; a.k.a. SABIEDRIBA AR IEROBEZOTU ATBILDIBU 'FALON INTERNATIONAL'; a.k.a. SIA FALCON INTERNATIONAL GROUP; a.k.a. SIA FALCON INTERNATIONAL TARIM VE HAYVANCILIK LIMITED SIKRETI), Fulya Mah. Buyukdere Cad. Akabe Ticaret Merkezi 78-80A Kat: 1 D: 1 Mecidiyekoy, Sisli, Istanbul, Turkey; Akabe Is Hani, 78-80 A/1, Fulya Mahallesi Buyukdere Caddesi Sisli, Istanbul, Turkey; Varpas Baldones pagasts Baldones novads, LV 2125, Latvia; Istanbul, Turkey; Riga, Latvia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 6240194059 (Turkey); Registration Number 464933 (Turkey); alt. Registration Number 45403041088 (Latvia) [DPRK].

FALCON STRATEGIC SOLUTIONS DOO (a.k.a. FALCON STRATEGIC SOLUTIONS DOO BEOGRAD-PALILULA), Todora Manojlovica 28, Belgrade 11060, Serbia; Tax ID No. 110427636 (Serbia); Registration Number 21348953 (Serbia) [GLOMAG] (Linked To: TESIC, Slobodan).

FALCON STRATEGIC SOLUTIONS DOO BEOGRAD-PALILULA (a.k.a. FALCON STRATEGIC SOLUTIONS DOO), Todora Manojlovica 28, Belgrade 11060, Serbia; Tax ID No. 110427636 (Serbia); Registration Number 21348953 (Serbia) [GLOMAG] (Linked To: TESIC, Slobodan).

FALCON SYSTEMS, United Kingdom [IRAQ2].

FALHOUT, Raji, Syria; DOB 03 Oct 1985; POB Atil, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

FALKOV, Valeriy Nikolayevich (Cyrillic: ФАЛЬКОВ, Валерий Николаевич), Moscow, Russia; DOB 18 Oct 1978; POB Tyumen, Tyumen Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 721801437195 (individual) [RUSSIA-EO14024].

FALLAHZADEH, Mohammad Reza (a.k.a. FALAHZADEH, Mohammad Reza), Iran; DOB 1962 to 1963; alt. DOB 31 Dec 1961; POB Yazd, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D10008862 (Iran) expires 04 Oct 2026 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FALLON SHIPPING CO LTD (a.k.a. FALLON SHIPPING COMPANY LIMITED), Port Victoria, Mahe, Seychelles; Organization Established Date 2012; Identification Number IMO 5732240 [IRAN-EO13902].

FALLON SHIPPING COMPANY LIMITED (a.k.a. FALLON SHIPPING CO LTD), Port Victoria, Mahe, Seychelles; Organization Established Date 2012; Identification Number IMO 5732240 [IRAN-EO13902].

FALLON, John Anthony, Colchester, Essex, United Kingdom; DOB 13 Jun 1962; nationality United Kingdom; Gender Male; Passport 108792196 (United Kingdom) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: TMR LTD).

FALSAFI, Mahin, Number 7 Daftari, Dawudieh, Shariati Avenue, Tehran, Iran; DOB 20 Apr 1943; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport S2662712 (Iran) expires 16 Apr 2002 (individual) [NPWMD] [IFSR].

FAM INDUSTRIEL SOOT CO. (a.k.a. DOUDEFAM INDUSTRIES SADAF COMPANY; a.k.a. DUDEH FAM INDUSTRIAL; a.k.a.

SANATI DOODEH FAAM COMPANY; a.k.a. SANATI DOODEH FAM CO. (Arabic: شرکت صنعتی دوده فام); a.k.a. SHERKATE DOODEH FAAM-E SADAF; a.k.a. "SADAF"; a.k.a. "SADAF CO."; a.k.a. "SADAF COMPANY"; a.k.a. "SADAFCO"), No. 8, Shahid Haghani Highway, Vanak Square, Tehran, Iran; No. 8, Haghani Highway, After Jahan Koodak Cross, Vanak Sq, PO Box 1518743811, Tehran, Iran; Dezfool Industrial Park Number 2, Dezful, Iran; Industrial Zone No. 2, PO Box 6465128911, Dezful, Iran; Website http://www.sadaf-cb.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102837099 (Iran); Registration Number 243005 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

FAMIN FZE (Arabic: فامین م م ح) (a.k.a. FAMIN TRADING), P2-ELOB Office No. E-21F-05, Hamriyah Free Zone Park, Sharjah, United Arab Emirates; Website famintrading.com/; Organization Established Date 13 Jan 2020; Business Registration Number 18445 (United Arab Emirates); Economic Register Number (CBLS) 11578835 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

FAMIN TRADING (a.k.a. FAMIN FZE (Arabic: فامین م م ح)), P2-ELOB Office No. E-21F-05, Hamriyah Free Zone Park, Sharjah, United Arab Emirates; Website famintrading.com/; Organization Established Date 13 Jan 2020; Business Registration Number 18445 (United Arab Emirates); Economic Register Number (CBLS) 11578835 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

FAN PARDAZAN, P.O. Box 15875-1834, Km 5 Karaj Special Road, Tehran, Iran; Unit (or Suite) 207, Saleh Blvd, Tehran, Iran; Unit 207, Tarajit Maydane Taymori (or Teimori) Square, Basin Building, Tarasht, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

FAN, Yang (a.k.a. "CATHY"), Zhuhai, China; Hong Kong, China; DOB 23 Oct 1985; POB China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport EA5661672 (China) issued 02 Jul 2017 expires 02 Jul 2027; National ID No. 421002198510231027 (China) (individual) [NPWMD] [IFSR] (Linked To:

HONGKONG HIMARK ELECTRON MODEL LIMITED).

FANA MOJ (a.k.a. FANA MOWJ; a.k.a. FANAMOJ; a.k.a. FANAMOJ COMPANY; a.k.a. FANAVARI MODJ KHAVAR; a.k.a. FANAVARI MOJ KHAVAR CO.); a.k.a. FANAVARI MOUDJ KHAVAR GROUP; a.k.a. FANAVARI MOWJ KHAVAR), No. 90, 15th St., North Kargar Avenue, Tehran 1439763111, Iran; No 1, Sartipi Ave, Semiari Ave, Shariati St, Tehran 19316-63381, Iran; No. 7, 15th St., North Amir Abad St., North Karegar St., Tehran, Iran; Website www.fanamoj.com; Email Address info@fanamoj.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 171433 (Iran) [NPWMD] [IFSR].

FANA MOWJ (a.k.a. FANA MOJ; a.k.a. FANAMOJ; a.k.a. FANAMOJ COMPANY; a.k.a. FANAVARI MODJ KHAVAR; a.k.a. FANAVARI MOJ KHAVAR CO.; a.k.a. FANAVARI MOUDJ KHAVAR GROUP; a.k.a. FANAVARI MOWJ KHAVAR), No. 90, 15th St., North Kargar Avenue, Tehran 1439763111, Iran; No 1, Sartipi Ave, Semiari Ave, Shariati St, Tehran 19316-63381, Iran; No. 7, 15th St., North Amir Abad St., North Karegar St., Tehran, Iran; Website www.fanamoj.com; Email Address info@fanamoj.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 171433 (Iran) [NPWMD] [IFSR].

FANAMOJ (a.k.a. FANA MOJ; a.k.a. FANA MOWJ; a.k.a. FANAMOJ COMPANY; a.k.a. FANAVARI MODJ KHAVAR; a.k.a. FANAVARI MOJ KHAVAR CO.; a.k.a. FANAVARI MOUDJ KHAVAR GROUP; a.k.a. FANAVARI MOWJ KHAVAR), No. 90, 15th St., North Kargar Avenue, Tehran 1439763111, Iran; No 1, Sartipi Ave, Semiari Ave, Shariati St, Tehran 19316-63381, Iran; No. 7, 15th St., North Amir Abad St., North Karegar St., Tehran, Iran; Website www.fanamoj.com; Email Address info@fanamoj.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 171433 (Iran) [NPWMD] [IFSR].

FANAMOJ COMPANY (a.k.a. FANA MOJ; a.k.a. FANA MOWJ; a.k.a. FANAMOJ; a.k.a. FANAVARI MODJ KHAVAR; a.k.a. FANAVARI MOJ KHAVAR CO.; a.k.a. FANAVARI MOUDJ KHAVAR GROUP; a.k.a. FANAVARI MOWJ KHAVAR), No. 90, 15th St., North Kargar Avenue, Tehran 1439763111, Iran; No 1, Sartipi Ave, Semiari Ave, Shariati St, Tehran 19316-63381, Iran; No. 7, 15th St., North Amir Abad St., North Karegar St., Tehran, Iran; Website www.fanamoj.com; Email Address

info@fanamoj.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 171433 (Iran) [NPWMD] [IFSR].

FANAP (Arabic: فناپ) (a.k.a. FANAP HOLDING; a.k.a. FANAVARI ERTEBATAT PASARGAD ARYAN; a.k.a. PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY (Arabic: شرکت فناوری اطلاعات و ارتباطات پاسارگاد آریان); a.k.a. SHERKAT-E FANAVARI ETALAAT VE ERTEBATAT PASARGAD ARIAN), No. 123, No-Avari 12 Alley, No-Avari Blvd, Pardis Technology Park, Pardis, Tehran Province 1657167183, Iran; No. 2, East Taban St., Nelson Mandela Blvd, Tehran, Iran; Website www.fanap.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Jan 2006; National ID No. 10103807145 (Iran); Registration Number 998 (Iran) [IRAN-EO13902] (Linked To: PASARGAD BANK).

FANAP ECOSYSTEM DEVELOPMENT COMPANY (a.k.a. ARIAN PASARGAD COMMUNICATIONS AND INFORMATION TECHNOLOGY ECOSYSTEM DEVELOPMENT COMPANY (Arabic: شرکت توسعه زیست بوم فناوری اطلاعات و ارتباطات پاسارگاد آریان); a.k.a. SHERKET TOSEH-E BOM ZEIST FANAVARI ETELAHAAT VE ERTEBATAAT ARIA PASARGAD), Unit 5, Floor 3, Pasargad Bank Building, No. 2, Taban Sharghi Alley, Nelson Mandela Boulevard, Kavusiyeh, Central District, Tehran, Tehran Province 1917635834, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Jun 2012; National ID No. 10320788281 (Iran); Registration Number 426572 (Iran) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

FANAP HOLDING (a.k.a. FANAP (Arabic: فناپ); a.k.a. FANAVARI ERTEBATAT PASARGAD ARYAN; a.k.a. PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY (Arabic: شرکت فناوری اطلاعات و ارتباطات پاسارگاد آریان); a.k.a. SHERKAT-E FANAVARI ETALAAT VE ERTEBATAT PASARGAD ARIAN), No. 123, No-Avari 12 Alley, No-Avari Blvd, Pardis Technology Park, Pardis, Tehran Province 1657167183, Iran; No. 2, East Taban St., Nelson Mandela Blvd, Tehran, Iran; Website www.fanap.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization

Established Date 14 Jan 2006; National ID No. 10103807145 (Iran); Registration Number 998 (Iran) [IRAN-EO13902] (Linked To: PASARGAD BANK).

FANAP INFRASTRUCTURE (a.k.a. ARIAN PASARGAD COMMUNICATIONS AND INFORMATION TECHNOLOGY INFRASTRUCTURE COMPANY (Arabic: شرکت فناوری اطلاعات و ارتباطات زیرساخت پاسارگاد آریان); a.k.a. PASARGAD ARYAN INFORMATION TECHNOLOGY AND COMMUNICATION COMPANY; a.k.a. SHERKAT-E ZIR SAKHT FANAVARI ETELAAT VE ERTEBATAT PASARGAD ARIAN; a.k.a. ZIRSAKHT FANAVARI ETELAAT VA ERTEBATAT PASARGAD ARYAN), No. 11, Kish St., North Didar St., Haghani Highway, Tehran 1518846811, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102704476 (Iran); Registration Number 229347 (Iran) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

FANAP TECH (a.k.a. ARVAND ARIAN PASARGAD COMMUNICATIONS AND INFORMATION TECHNOLOGY PAYMENT COMPANY (Arabic: شرکت پرداخت فناوری اطلاعات و ارتباطات پاسارگاد آرین اروند); a.k.a. PASARGAD ARYAN ARVAND INFORMATION AND COMMUNICATION TECHNOLOGY PROCESS COMPANY; a.k.a. SHERKAT-E PERDOKHT FANAVARI ETELAAT VE ERTEBATAT PASARGAD ARIAN ARVAND), No. 17, Shabboy East Alley, Saadat Abad, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005530711 (Iran); Registration Number 4334 (Iran) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

FANAVARAN COMMUNICATION INDUSTRY COMPANY (a.k.a. FANAVARAN SANAT ERTEBATAT COMPANY (Arabic: شرکت فن آوران صنعت ارتباطات); a.k.a. "COMMUNICATION INDUSTRY TECHNOLOGISTS"), Yousef Abad Neighborhood, Kordestan Express Way, Seyyed Sohrab Akhlaqi 37 Street, Number 38, First Floor, Tehran, Tehran 1436613193, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 06 Jun 2005; Registration Number 247799 (Iran); alt. Registration Number 10102884046 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC

REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

FANAVARAN ETEMAAD RAAHBAR CO., Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

FANAVARAN HAFIZEH SAMANEH (a.k.a. ANSAR INFORMATION TECHNOLOGY COMPANY), No. 59, West Taban Street, Jordon (Nelson Mandela) Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 190617 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: ANSAR BANK).

FANAVARAN PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی فن آوران سهامی عام), Office No 18 No. 83, South Gandi 7th Street, Karimkhan Zand Boulevard, Shahid Palizavani Street, Tehran, Iran; Website http://www.fnpcc.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101826594 (Iran) [IRAN-EO13846] (Linked To: IRAN PETROCHEMICAL COMMERCIAL COMPANY).

FANAVARAN SANAT ERTEBATAT COMPANY (Arabic: شرکت فن آوران صنعت ارتباطات) (a.k.a. FANAVARAN COMMUNICATION INDUSTRY COMPANY; a.k.a. "COMMUNICATION INDUSTRY TECHNOLOGISTS"), Yousef Abad Neighborhood, Kordestan Express Way, Seyyed Sohrab Akhlaqi 37 Street, Number 38, First Floor, Tehran, Tehran 1436613193, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 06 Jun 2005; Registration Number 247799 (Iran); alt. Registration Number 10102884046 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

FANAVARAN SOMIC ENGINEERING AND MANAGEMENT CO (a.k.a. SOMIC ENGINEERING AND MANAGEMENT CO (Arabic: شرکت مهندسی و مدیریت فناوران سامیک); a.k.a. SOMIC ENGINEERING AND MANAGEMENT COMPANY; a.k.a. SOMIC MANAGEMENT AND ENGINEERING TECHNICIANS; a.k.a. "SOMIC"; a.k.a. "SOMIC COMPANY"), No. 76 - Floor 1 - Sattarkhan St., Tehran, Iran; Website www.somicgroup.net; alt. Website www.somicgroup.ir; Additional Sanctions Information - Subject to Secondary

Sanctions; National ID No. 10101529281 (Iran); Registration Number 10917 (Iran); alt. Registration Number 109167 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

FANAVARI ELECTRO MOJ MOBIN COMPANY (a.k.a. ELECTRO WAVE TECHNOLOGY COMPANY; a.k.a. FANAVARI ELECTROMOJ MOBIN CO LLC), First Floor, Number 7, Ghaem Street, Eighteen Meter, East Ghaem 1st Street, Railway Town, Tehran, Tehran 1494953881, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 12 Sep 2011; National ID No. 10320647554 (Iran); Registration Number 412630 (Iran) [NPWMD] [IFSR] (Linked To: RAYAN FAN KAV ANDISH CO).

FANAVARI ELECTROMOJ MOBIN CO LLC (a.k.a. ELECTRO WAVE TECHNOLOGY COMPANY; a.k.a. FANAVARI ELECTRO MOJ MOBIN COMPANY), First Floor, Number 7, Ghaem Street, Eighteen Meter, East Ghaem 1st Street, Railway Town, Tehran, Tehran 1494953881, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 12 Sep 2011; National ID No. 10320647554 (Iran); Registration Number 412630 (Iran) [NPWMD] [IFSR] (Linked To: RAYAN FAN KAV ANDISH CO).

FANAVARI ERTEBATAT PASARGAD ARYAN (a.k.a. FANAP (Arabic: فناپ); a.k.a. FANAP HOLDING; a.k.a. PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY (Arabic: شرکت فناوری اطلاعات و ارتباطات پاسارگاد آریان); a.k.a. SHERKAT-E FANAVARI ETALAAT VE ERTEBATAT PASARGAD ARIAN), No. 123, No-Avari 12 Alley, No-Avari Blvd, Pardis Technology Park, Pardis, Tehran Province 1657167183, Iran; No. 2, East Taban St., Nelson Mandela Blvd, Tehran, Iran; Website www.fanap.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Jan 2006; National ID No. 10103807145 (Iran); Registration Number 998 (Iran) [IRAN-EO13902] (Linked To: PASARGAD BANK).

FANAVARI MODJ KHAVAR (a.k.a. FANA MOJ; a.k.a. FANA MOWJ; a.k.a. FANAMOJ; a.k.a. FANAMOJ COMPANY; a.k.a. FANAVARI MOJ KHAVAR CO.; a.k.a. FANAVARI MOUDJ KHAVAR GROUP; a.k.a. FANAVARI MOWJ KHAVAR), No. 90, 15th St., North Kargar Avenue, Tehran 1439763111, Iran; No 1, Sartipi

Ave, Semiari Ave, Shariati St, Tehran 19316-63381, Iran; No. 7, 15th St., North Amir Abad St., North Karegar St., Tehran, Iran; Website www.fanamoj.com; Email Address info@fanamoj.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 171433 (Iran) [NPWMD] [IFSR].

FANAVARI MOJ KHAVAR CO. (a.k.a. FANA MOJ; a.k.a. FANA MOWJ; a.k.a. FANAMOJ; a.k.a. FANAMOJ COMPANY; a.k.a. FANAVARI MODJ KHAVAR; a.k.a. FANAVARI MOUDJ KHAVAR GROUP; a.k.a. FANAVARI MOWJ KHAVAR), No. 90, 15th St., North Kargar Avenue, Tehran 1439763111, Iran; No 1, Sartipi Ave, Semiari Ave, Shariati St, Tehran 19316-63381, Iran; No. 7, 15th St., North Amir Abad St., North Karegar St., Tehran, Iran; Website www.fanamoj.com; Email Address info@fanamoj.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 171433 (Iran) [NPWMD] [IFSR].

FANAVARI MOUDJ KHAVAR GROUP (a.k.a. FANA MOJ; a.k.a. FANA MOWJ; a.k.a. FANAMOJ; a.k.a. FANAMOJ COMPANY; a.k.a. FANAVARI MODJ KHAVAR; a.k.a. FANAVARI MOJ KHAVAR CO.; a.k.a. FANAVARI MOWJ KHAVAR), No. 90, 15th St., North Kargar Avenue, Tehran 1439763111, Iran; No 1, Sartipi Ave, Semiari Ave, Shariati St, Tehran 19316-63381, Iran; No. 7, 15th St., North Amir Abad St., North Karegar St., Tehran, Iran; Website www.fanamoj.com; Email Address info@fanamoj.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 171433 (Iran) [NPWMD] [IFSR].

FANAVARI MOWJ KHAVAR (a.k.a. FANA MOJ; a.k.a. FANA MOWJ; a.k.a. FANAMOJ; a.k.a. FANAMOJ COMPANY; a.k.a. FANAVARI MODJ KHAVAR; a.k.a. FANAVARI MOJ KHAVAR CO.; a.k.a. FANAVARI MOUDJ KHAVAR GROUP), No. 90, 15th St., North Kargar Avenue, Tehran 1439763111, Iran; No 1, Sartipi Ave, Semiari Ave, Shariati St, Tehran 19316-63381, Iran; No. 7, 15th St., North Amir Abad St., North Karegar St., Tehran, Iran; Website www.fanamoj.com; Email Address info@fanamoj.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 171433 (Iran) [NPWMD] [IFSR].

FANAVARIHAYE HAVA PISHRAN SAZEH SEPEHR CO LLC, North Sohrevardi St., Barazandeh P. 24 Floor 1, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 11 Sep 2013; National ID No.

14003633494 (Iran); Registration Number 443744 (Iran) [NPWMD] [IFSR] (Linked To: RAYAN FAN KAV ANDISH CO).

FANCE BEARINGS SDN BHD (a.k.a. FOBEARINGS SDN BHD), 163-D-4, Wisma Seri Perak, Jalan Perak, George Town 10150, Malaysia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 201901008277 (Malaysia) [RUSSIA-EO14024].

FANG NENG CDN (Chinese Simplified: 方能CDN) (a.k.a. FUNNULL; a.k.a. FUNNULL CDN; a.k.a. FUNNULL INC; a.k.a. FUNNULL LLC; a.k.a. FUNNULL TECHNOLOGY INC), 3rd Avenue and 30th Street, 14th Floor, C6 Road, Purok 5, Net Cube Center, E Square Zone, Lower Bicutan, Fourth District, Taguig City, National Capital Region 1632, Philippines; China; Website funnull.io; alt. Website funnull.com; alt. Website funnull.app; alt. Website funnull.buzz; Digital Currency Address - ETH 0xd5ED34b52AC4ab84d8FA8A231a3218bbF0 1Ed510; Organization Established Date 07 Sep 2021; Organization Type: Other information technology and computer service activities; Digital Currency Address - TRX TNmRfnSUXZoWWzxcDDbf95eGQYXt1mJDt8; Registration Number 2021090024665-00 (Philippines) [CYBER3].

FANI OIL TRADING FZE, P1-ELOB Office No. E-32G-03, United Arab Emirates; P.O. Box 7382, Fujairah, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Jul 2006; License 11578909 (United Arab Emirates); alt. License 17959 (United Arab Emirates); alt. License 11677258 (United Arab Emirates); alt. License 1858 (United Arab Emirates) [SDGT] (Linked To: STAVRIDIS, Konstantinos).

FAOUR, Housein Ali (a.k.a. FA'UR, Husayn Ali); DOB 1966; POB Al-Khayam, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

FAR EAST AND BAIKAL REGION DEVELOPMENT FUND OJSC (a.k.a. AO VEB.DV; f.k.a. JSC FAR EAST AND ARCTIC REGION DEVELOPMENT FUND; a.k.a. JSC VEB.DV; f.k.a. OJSC THE FAR EAST AND

BAIKAL REGION DEVELOPMENT FUND), Nab. Presnenskaya D. 10, pom II komn 8-59, Moscow 123112, Russia; Website fondvostok.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2721188289 (Russia); Registration Number 1112721010995 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

FAR EAST INSTITUTE VOSTOKPROECTVERF LIMITED LIABILITY CORPORATION (a.k.a. FDI VOSTOKPROEKTVERF; a.k.a. OBSHCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU DALNEVOSTOCHNYY PROEKTNYY INSTITUT VOSTOKPROEKTVERF (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДАЛЬНЕВОСТОЧНЫЙ ПРОЕКТНЫЙ ИНСТИТУТ ВОСТОКПРОЕКТВЕРФЬ)), 72 Ulitsa Svetlanskaya, Vladivostok 690091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Aug 2008; Tax ID No. 2536207610 (Russia); Registration Number 1082536011250 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

FAR EASTERN BANK (Cyrillic: ДАЛЬНЕВОСТОЧНЫЙ БАНК) (a.k.a. JOINT STOCK COMPANY FAR EASTERN BANK), 27-a, Verkhneportovaya St., Vladivostok, Primorskiy Kray 690990, Russia; SWIFT/BIC FAEBRU8V; BIK (RU) 040507705; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 2540016961 (Russia); Legal Entity Number 253400YGH90JM0RMLU50 (Russia);

Registration Number 1022500000786 (Russia) [DPRK3].

FAR EASTERN PLANT ZVEZDA JOINT STOCK COMPANY (a.k.a. AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY ZAVOD ZVEZDA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДАЛЬНЕВОСТОЧНЫЙ ЗАВОД ЗВЕЗДА); a.k.a. "DVZ ZVEZDA AO"; a.k.a. "FEP ZVEZA JSC"), 1 Ulitsa Stepana Lebedeva, Bolshoi Kamen 692801, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Nov 2008; Tax ID No. 2503026908 (Russia); Registration Number 1082503000931 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

FARADANESH INSPECTION SERVICES (Arabic: شرکت بازرسی فرادانش) (a.k.a. FARADANESH TECHNICAL INSPECTION SERVICES COMPANY), Unit 201, 202, 2nd Floor, No. 269, Ostad Nejatollahi St., Karim Khan Ave, Tehran 1598843391, Iran; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 1995; National ID No. 10101602852 (Iran); Registration Number 116680 (Iran) [IRAN-EO13846].

FARADANESH TECHNICAL INSPECTION SERVICES COMPANY (a.k.a. FARADANESH INSPECTION SERVICES (Arabic: شرکت بازرسی فرادانش)), Unit 201, 202, 2nd Floor, No. 269, Ostad Nejatollahi St., Karim Khan Ave, Tehran 1598843391, Iran; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 1995; National ID No. 10101602852 (Iran); Registration Number 116680 (Iran) [IRAN-EO13846].

FARADARYAY-E NIK-E GHESHM INVESTMENT (a.k.a. NIK QESHM FARA DARYA INVESTMENT COMPANY), Opposite Kimia Hotel 2, Sam & Zal Street, Qeshm, Hormozgan 7951189799, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

FARAG, Hamdi Ahmad (a.k.a. AHMAD, Tariq Anwar al-Sayyid; a.k.a. FATHI, Amr Al-Fatih); DOB 15 Mar 1963; POB Alexandria, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

FARAG, Mostafa (a.k.a. ABDEL HAMID, Mostafa Mohamed; a.k.a. FARAG, Mostafa Mohamed; a.k.a. MAHAMED, Mostafa; a.k.a. "AL AUSTRALI, Abu Sulayman"; a.k.a. "AL MUHAJIR, Abu Sulayman"; a.k.a. "AL USTRALI, Abu Sulayman"; a.k.a. "AL-MASRI, Abu Sulayman"); DOB 14 Feb 1984; POB Port Said, Egypt; nationality Australia; alt. nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M1898709 (Australia) expires 11 Oct 2012; Driver's License No. 13652517 (Australia) expires 19 Apr 2014 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

FARAG, Mostafa Mohamed (a.k.a. ABDEL HAMID, Mostafa Mohamed; a.k.a. FARAG, Mostafa; a.k.a. MAHAMED, Mostafa; a.k.a. "AL AUSTRALI, Abu Sulayman"; a.k.a. "AL MUHAJIR, Abu Sulayman"; a.k.a. "AL USTRALI, Abu Sulayman"; a.k.a. "AL-MASRI, Abu Sulayman"); DOB 14 Feb 1984; POB Port Said, Egypt; nationality Australia; alt. nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M1898709 (Australia) expires 11 Oct 2012; Driver's License No. 13652517 (Australia) expires 19 Apr 2014 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

FARAH, Meliad (a.k.a. "HUSSEIN"; a.k.a. "HUSSEIN, Hussein"); DOB 05 Nov 1980; citizen Australia; alt. citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

FARAHANI, Alireza Shahvaroghi (a.k.a. "ALI, Haj"; a.k.a. "SALIMI, Vezarat"; a.k.a. "SALIMI, Vezerat"), Iran; DOB 06 Dec 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

FARAHANI, Majid (Arabic: مجید فراهانی) (a.k.a. FARAHANI, Majid Dastjani; a.k.a. FARAHANY, Majid Dastjany), Venezuela; Iran; DOB 26 Jul 1982; alt. DOB 27 Jul 1982; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0076791629 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

FARAHANI, Majid Dastjani (a.k.a. FARAHANI, Majid (Arabic: مجید فراهانی); a.k.a. FARAHANY, Majid Dastjany), Venezuela; Iran; DOB 26 Jul 1982; alt. DOB 27 Jul 1982; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0076791629 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

FARAHANY, Majid Dastjany (a.k.a. FARAHANI, Majid (Arabic: مجید فراهانی); a.k.a. FARAHANI, Majid Dastjani), Venezuela; Iran; DOB 26 Jul 1982; alt. DOB 27 Jul 1982; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0076791629 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

FARAHI, Sayyad Medhi (a.k.a. FARAJZADEH, Seyyed Hadi), Iran; DOB 30 Sep 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Passport G9321488 (Iran) expires 10 Oct 2016 (individual) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

FARAJ, Samal Majid, Iraq; Former Minister of Planning (individual) [IRAQ2].

FARAJZADEH, Seyyed Hadi (a.k.a. FARAHI, Sayyad Medhi), Iran; DOB 30 Sep 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Passport G9321488 (Iran) expires 10 Oct 2016 (individual) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

FARASAKHT INDUSTRIES, P.O. Box 83145-311, Kilometer 28, Esfahan - Tehran Freeway, Shahin Shahr, Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

FARASATPOUR, Morteza (a.k.a. FARASATPUR, Morteza); DOB 16 Nov 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport G9329851 (Iran); Deputy Director for Commerce, Defense Industries Organization (individual) [NPWMD] [IFSR] (Linked To: DEFENSE INDUSTRIES ORGANIZATION).

FARASATPUR, Morteza (a.k.a. FARASATPOUR, Morteza); DOB 16 Nov 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport G9329851

(Iran); Deputy Director for Commerce, Defense Industries Organization (individual) [NPWMD] [IFSR] (Linked To: DEFENSE INDUSTRIES ORGANIZATION).

FARASEPEHR ENGINEERING COMPANY (a.k.a. ARFA PAINT COMPANY; a.k.a. ARFEH COMPANY; a.k.a. HOSSEINI NEJAD TRADING CO.; a.k.a. IRAN SAFFRON COMPANY; a.k.a. IRANSAFFRON CO; a.k.a. SHETAB G; a.k.a. SHETAB GAMAN; a.k.a. SHETAB TRADING; a.k.a. Y.A.S. CO LTD.; a.k.a. YASA PART), West Lavansai, Tehran 009821, Iran; Sa'adat Abaad, Shahrdari Sq Sarv Building, 9th Floor, Unit 5, Tehran, Iran; No 17, Balooch Alley, Vaezi St, Shariati Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

FARASHAH, Payman Dehghanpour (a.k.a. POUR, Peyman Dehghan), Iran; DOB 22 Jan 1989; POB Yazd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport L40581001 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

FARATECH (a.k.a. FARATECH COMPANY), Ghezelbash 15, Tohid St., Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

FARATECH COMPANY (a.k.a. FARATECH), Ghezelbash 15, Tohid St., Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

FARAVARDEHAYE BOTONI SIMAN SEPAHAN (a.k.a. SEPAHAN CEMENT CONCRETE PRODUCTS), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

FARAVARDEHAYE SIMAN SHARGH (a.k.a. SHARQ CEMENT MANUFACTURERS), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

FARAVARESH BANDAR IMAM COMPANY (a.k.a. BANDAR IMAM FARAVARESH PETROCHEMICAL COMPANY), Bandar Imam Petrochemical Complex, Bandar Imam Khomeini, Khuzestan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

FARAYAND TECHNIC (a.k.a. FARAYAND TECHNIQUE), End of North Karegar Avenue, Shomali, Tehran, Iran; P.O. Box 14155-1339, Tehran, Iran; Esfahan, Iran; Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

FARAYAND TECHNIQUE (a.k.a. FARAYAND TECHNIC), End of North Karegar Avenue, Shomali, Tehran, Iran; P.O. Box 14155-1339, Tehran, Iran; Esfahan, Iran; Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

FARAZ ALBORZ COMMERCIAL ENGINEERING COMPANY (a.k.a. BEH JOULE PARS COMMERCIAL ENGINEERING COMPANY; a.k.a. BEH JOULE PARS ENGINEERING AND TRADING COMPANY; a.k.a. BEH JOULE PARS TRADING AND ENGINEERING COMPANY), Afra Complex, Unit 503, Fourth Floor, No. 432, Ayatollah Kashani Highway, North Shahid Ebrahimi Purbasa'i Street, Ferdows Neighborhood, Central District, Tehran County, Region 14, Tehran, Tehran 1481816668, Iran; Unit 502, Ayatollah Kashani Street, Tehran, Iran; Unit 5, 1st Floor, Surna Building, Sheikh Mofid Street, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Nov 2009; National ID No. 10104097189 (Iran); Registration Number 364251 (Iran) [NPWMD] [IFSR] (Linked To: AEROSPACE INDUSTRIES ORGANIZATION).

FARAZ ROYAL QESHM LLC (a.k.a. TIDE WATER COMPANY; a.k.a. TIDE WATER MIDDLE EAST MARINE SERVICE; a.k.a. TIDEWATER CO. (MIDDLE EAST MARINE SERVICES); a.k.a. TIDEWATER MIDDLE EAST CO.), No. 80, Tidewater Building, Vozara Street, Next to Saie Park, Tehran, Iran; Website www.tidewaterco.com; Email Address info@tidewaterco.com; alt. Email Address info@tidewaterco.ir; IFCA Determination - Port Operator; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Document # 18745 (Iran); Telephone: 982188553321; Alt. Telephone: 982188554432; Fax: 982188717367; Alt. Fax: 982188708761; Alt. Fax: 982188708911 [SDGT] [NPWMD] [IRGC] [IFSR] [IFCA].

FARAZ TEGARAT ERTEBAT COMPANY (a.k.a. PARDAZAN SYSTEM HOUSES ARMAN; a.k.a. PARDAZAN SYSTEM NAMAD ARMAN; a.k.a. PASNA; a.k.a. PASNA INDUSTRY CO.; a.k.a. PASNA INTERNATION TRADING CO.; a.k.a. POUYAN ELECTRONIC CO.; a.k.a. SINO TRADER COMPANY), Number 8, Unit 14, Tavana Building, Khan Babaei Alley, Nik Zare Street, Akbari Street, Ashrafti Esfahani Avenue, Tehran, Iran; Ghodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Monacoheri St., Saadi St., Tehran, Iran; Sa'di St., Manoucohehri St., Goodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Tehran, Iran; Website http://www.pasnaindustry.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

FARAZAN CO., LTD. (a.k.a. FARAZAN COMPANY; a.k.a. FARAZAN INDUSTRIAL ENGINEERING, INC.), Apt. 8, 4th Floor, No. 6, 2Th. Alley, Konoor Street, Motahari Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER).

FARAZAN COMPANY (a.k.a. FARAZAN CO., LTD.; a.k.a. FARAZAN INDUSTRIAL ENGINEERING, INC.), Apt. 8, 4th Floor, No. 6, 2Th. Alley, Konoor Street, Motahari Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER).

FARAZAN INDUSTRIAL ENGINEERING, INC. (a.k.a. FARAZAN CO., LTD.; a.k.a. FARAZAN COMPANY), Apt. 8, 4th Floor, No. 6, 2Th. Alley, Konoor Street, Motahari Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER).

FARC-EP (a.k.a. FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA - EJERCITO DEL PUEBLO; a.k.a. REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY; a.k.a. "FARC DISSIDENTS FARC-EP"; a.k.a. "FARC-D FARC-EP"; a.k.a. "GAO-R FARC-EP"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL FARC-EP"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP FARC-EP"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS FARC-EP"), Colombia; Venezuela; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

FARDIS PENITENTIARY (a.k.a. FARDIS PRISON; a.k.a. KACHOUEI PRISON; a.k.a. KACHOUI PRISON; a.k.a. KACHOUII PRISON), Mehrshahr, Karaj, Alborz, Iran;

Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

FARDIS PRISON (a.k.a. FARDIS PENITENTIARY; a.k.a. KACHOUEI PRISON; a.k.a. KACHOUI PRISON; a.k.a. KACHOUII PRISON), Mehrshahr, Karaj, Alborz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

FARESANI, Ali Reza Babai (Arabic: على رضا بابایی فارسانی) (a.k.a. FARSANI, Alireza Babaei (Arabic: علیرضا بابایی فارسانی)), Isfahan Province, Iran; DOB 05 Apr 1976; POB Farsan, Chaharmahal and Bakhtiari Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4679007958 (Iran) (individual) [IRAN-HR].

FARGHADANI, Rahim Reza (a.k.a. FARGHADANI, Rahimreza); DOB 16 Aug 1960; alt. DOB 17 Aug 1960; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 5671711 (Iran) (individual) [NPWMD] [IFSR].

FARGHADANI, Rahimreza (a.k.a. FARGHADANI, Rahim Reza); DOB 16 Aug 1960; alt. DOB 17 Aug 1960; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 5671711 (Iran) (individual) [NPWMD] [IFSR].

FARGHAN NOVIN PARS MANUFACTURING AND TRADING INDUSTRIES COMPANY (a.k.a. FURQAN NOVIN PARS MANUFACTURING AND COMMERCIAL INDUSTRIES; a.k.a. SHIRAZ FARGAN CHEMICAL COMPANY), First Floor, No. 0, Karimkhan Zand Boulevard, Bazar Neighborhood, Alley (South Vakil Neighborhood), Central Section, Shiraz County, Shiraz, Fars, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 08 Sep 1997; National ID No. 10530176953 (Iran); Registration Number 5174 (Iran) [NPWMD] [IFSR] (Linked To: QAYUMI, Vahid).

FARHAD GHAEDI WHOLESALERS LLC, 902 Al Maktoum Building, Al Buteen, Al Maktoum Road, Deira, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 21 Jun 2020; Chamber of Commerce Number 1498735 (United Arab Emirates); Business Registration Number 892067 (United Arab Emirates) [NPWMD] [IFSR] (Linked To: PISHGAM ELECTRONIC SAFEH COMPANY).

FARHAT, Bara'a Hasan (Arabic: براء حسن فرحات), Sidon, Lebanon; DOB 1988; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

FARHAT, Mohamad (a.k.a. FARHAT, Muhammad 'Abd-Al-Hadi), Iraq; DOB 06 Apr 1967; POB Kuwait; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 2274078 (individual) [SDGT] (Linked To: HIZBALLAH).

FARHAT, Mohammad (a.k.a. FARHAT, Mohammad Abdul Amir; a.k.a. FARHAT, Muhammad 'Abd-al-Amir); DOB 23 Aug 1969; POB Kuwait; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 2325452 (Lebanon) expires 31 Jul 2017 (individual) [SDGT] [IRGC] [IFSR].

FARHAT, Mohammad Abdul Amir (a.k.a. FARHAT, Mohammad; a.k.a. FARHAT, Muhammad 'Abd-al-Amir); DOB 23 Aug 1969; POB Kuwait; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 2325452 (Lebanon) expires 31 Jul 2017 (individual) [SDGT] [IRGC] [IFSR].

FARHAT, Muhammad 'Abd-al-Amir (a.k.a. FARHAT, Mohammad; a.k.a. FARHAT, Mohammad Abdul Amir); DOB 23 Aug 1969; POB Kuwait; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 2325452 (Lebanon) expires 31 Jul 2017 (individual) [SDGT] [IRGC] [IFSR].

FARHAT, Muhammad 'Abd-Al-Hadi (a.k.a. FARHAT, Mohamad), Iraq; DOB 06 Apr 1967; POB Kuwait; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Passport RL 2274078 (individual) [SDGT] (Linked To: HIZBALLAH).

FARI, Adil Muhammad Abdu (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

FARI', Ashraf Ahmad (a.k.a. AL-'ALLAK, Ashraf Ahmad Fari'; a.k.a. AL-ALLAL, Ashraf Ahmad Fari; a.k.a. AL-URDUNI, Abu Raghad; a.k.a. BASHQ, Abu Raghad; a.k.a. "BASHIQ"), Dar'a, Syria; DOB 15 Dec 1978; POB Amman, Jordan; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

FARIAS ALVAREZ, Juan Jose (a.k.a. "El Abuelo"), Mexico; DOB 10 Aug 1970; POB Tepalcatepec, Michoacan, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. FAAJ700810HMNRLN16 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTELES UNIDOS).

FARIAS PENA, Erika del Valle (Latin: FARÍAS PEÑA, Erika del Valle), Cojedes, Venezuela; DOB 31 Oct 1972; citizen Venezuela; Gender Female; Cedula No. 9493443 (Venezuela); Constituent of Venezuela's Constituent Assembly for Ezequiel Zamora Municipality in Cojedes State (individual) [VENEZUELA].

FARIS, Abu (a.k.a. ABD EL-RAHMAN, Suhayl Salim; a.k.a. ABDURAHAMAN, Suhayl; a.k.a. AL-SUDANI, Abu Faris; a.k.a. MUHAMMAD, Sahib; a.k.a. MUHAMMAD, Suhayl Salim; a.k.a.

SALIM, Suhayl; a.k.a. UL-ABIDEEN, Zain; a.k.a. ZAYN, Haytham; a.k.a. "SABA"; a.k.a. "SANA"; a.k.a. "SUNDUS"); DOB 17 Jun 1984; alt. DOB 1990; POB Rabak, Sudan; Passport C0004350; Personal ID Card A00710804 (individual) [SOMALIA].

FARKASH AL-BARASSI, Safia (a.k.a. FARKASH, Safia); DOB 1952; POB Al Bayda, Libya (individual) [LIBYA2].

FARKASH, Safia (a.k.a. FARKASH AL-BARASSI, Safia); DOB 1952; POB Al Bayda, Libya (individual) [LIBYA2].

FARMA IZVORI B.I., Izvore, Kosovo; Organization Established Date 29 May 2015; Organization Type: Growing of pome fruits and stone fruits; Registration Number 71168433 (Kosovo) [GLOMAG] (Linked To: NEDELJKOVIC, Sinisa).

FARMACIA JARLINE, S.A. DE C.V. (a.k.a. FARMACIA JARLYNE, S.A. DE C.V.; a.k.a. FARMACIA JERLYNE, S.A. DE C.V.; a.k.a. FARMACIAS JERLYNE, S.A. DE C.V.), Buenaventura 391, Fraccionamiento Chapultepec, Tijuana, Baja California, Mexico; Avenida Benito Juarez 2020-8, Colonia Zona Centro, Tijuana, Baja California, Mexico; Cascadas 100-2, Colonia Las Huertas, Tijuana, Baja California, Mexico; Lot 18, Sector 21, Centro Urbano 70-76, Colonia Mesa de Otay, Baja California, Mexico; Lot 70, Sector 6, Colonia Jardines de Chapultepec, Baja California, Mexico; Lots 13, 14, Sector A, Rancho El Grande, Baja California, Mexico; Avenida Revolucion 2020, Tijuana, Baja California 22000, Mexico [SDNTK].

FARMACIA JARLYNE, S.A. DE C.V. (a.k.a. FARMACIA JARLINE, S.A. DE C.V.; a.k.a. FARMACIA JERLYNE, S.A. DE C.V.; a.k.a. FARMACIAS JERLYNE, S.A. DE C.V.), Buenaventura 391, Fraccionamiento Chapultepec, Tijuana, Baja California, Mexico; Avenida Benito Juarez 2020-8, Colonia Zona Centro, Tijuana, Baja California, Mexico; Cascadas 100-2, Colonia Las Huertas, Tijuana, Baja California, Mexico; Lot 18, Sector 21, Centro Urbano 70-76, Colonia Mesa de Otay, Baja California, Mexico; Lot 70, Sector 6, Colonia Jardines de Chapultepec, Baja California, Mexico; Lots 13, 14, Sector A, Rancho El Grande, Baja California, Mexico; Avenida Revolucion 2020, Tijuana, Baja California 22000, Mexico [SDNTK].

FARMACIA JERLYNE, S.A. DE C.V. (a.k.a. FARMACIA JARLINE, S.A. DE C.V.; a.k.a. FARMACIA JARLYNE, S.A. DE C.V.; a.k.a.

FARMACIAS JERLYNE, S.A. DE C.V.), Buenaventura 391, Fraccionamiento Chapultepec, Tijuana, Baja California, Mexico; Avenida Benito Juarez 2020-8, Colonia Zona Centro, Tijuana, Baja California, Mexico; Cascadas 100-2, Colonia Las Huertas, Tijuana, Baja California, Mexico; Lot 18, Sector 21, Centro Urbano 70-76, Colonia Mesa de Otay, Baja California, Mexico; Lot 70, Sector 6, Colonia Jardines de Chapultepec, Baja California, Mexico; Lots 13, 14, Sector A, Rancho El Grande, Baja California, Mexico; Avenida Revolucion 2020, Tijuana, Baja California 22000, Mexico [SDNTK].

FARMACIA LUDIM, Boulevard Doctor Enrique Cabrera, Tres Rios, Culiacan, Sinaloa, Mexico; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores [ILLICIT-DRUGS-EO14059].

FARMACIA TRINIDAD (a.k.a. FARMACIA Y MINI SUPER TRINIDAD; a.k.a. "FARMACIATRINIDADNOGALES"), Calle Orizaba 81, Col. Empalme, Nogales, Sonora 84080, Mexico; Email Address farmaciatrinidadnogales@gmail.com; Phone Number +52 631 104 2274; alt. Phone Number +52 631 172 1037; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; R.F.C. MOHA720319GT3 (Mexico) [ILLICIT-DRUGS-EO14059] (Linked To: MORGAN HUERTA, Jose Arnoldo).

FARMACIA VIDA (a.k.a. FARMACIA VIDA SUPREMA, S.A. DE C.V.; a.k.a. FARMACIAS VIDA), Blvd. Agua Caliente 1381, Colonia Revolucion, Tijuana, Baja California, Mexico; Avenida Constitucion No. 1300, Tijuana, Baja California, Mexico; Avenida Negrete No. 1200, Tijuana, Baja California, Mexico; Avenida Segunda No. 1702, Tijuana, Baja California, Mexico; Avenida 16 de Septiembre No. 1100, Tijuana, Baja California, Mexico; Calle 4ta. 1339 y 'G', Tijuana, Baja California, Mexico; Blvd. D. Ordaz No. 700-316, Tijuana, Baja California, Mexico; Avenida Benito Juarez No. 16-2, Rosarito, Baja California, Mexico; Avenida Las Americas, Int. Casa Ley, Tijuana, Baja California, Mexico; Avenida Constitucion y 10ma., Tijuana, Baja California, Mexico; Avenida Constitucion 823, Tijuana, Baja California, Mexico; Calle Benito Juarez 1941, Tijuana, Baja California, Mexico; Calle 4ta. Y Ninos Heroes 1802, Tijuana, Baja California, Mexico; Calle Benito Juarez 1890-A, Tijuana,

Baja California, Mexico; Blvd. Benito Juarez 20000, Rosarito, Baja California, Mexico; Blvd. Diaz Ordaz 915, La Mesa, Tijuana, Baja California, Mexico; Blvd. Fundadores 8417, Fraccionamiento El Rubi, Tijuana, Baja California, Mexico; Avenida Tecnologico 15300-308, Centro Comercial Otay Universidad, Tijuana, Baja California, Mexico; Avenida Revolucion 651, Zona Centro, Tijuana, Baja California, Mexico; Blvd. Sanchez Taboada 4002, Zona Rio, Tijuana, Baja California, Mexico; Paseo Estrella del Mar 1075-B, Placita Coronado, Playas de Tijuana, Tijuana, Baja California, Mexico; Avenida Jose Lopez Portillo 131-B, Modulos Otay, Tijuana, Baja California, Mexico; Toribio Ortega No. 6072-1 Colonia Fco. Villa, Tijuana, Baja California, Mexico; Blvd. Diaz Ordaz No. 1159-101, Tijuana, Baja California, Mexico; Plaza del Norte, M. Matamoros No. 10402, Frac. M. Matamoros, Tijuana, Baja California, Mexico; Calle Carrillo Puerto (3ra.) No. 1434-131, Tijuana, Baja California, Mexico; Blvd. Ejido Matamoros No. 402-1 Lomas Granjas la Espanola, Tijuana, Baja California, Mexico; Calz. Cucapah 20665-1B Colonia Buenos Aires Norte, Tijuana, Baja California, Mexico; R.F.C. FVS-870610-LX3 (Mexico) [SDNTK].

FARMACIA VIDA SUPREMA, S.A. DE C.V. (a.k.a. FARMACIA VIDA; a.k.a. FARMACIAS VIDA), Blvd. Agua Caliente 1381, Colonia Revolucion, Tijuana, Baja California, Mexico; Avenida Constitucion No. 1300, Tijuana, Baja California, Mexico; Avenida Negrete No. 1200, Tijuana, Baja California, Mexico; Avenida Segunda No. 1702, Tijuana, Baja California, Mexico; Avenida 16 de Septiembre No. 1100, Tijuana, Baja California, Mexico; Calle 4ta. 1339 y 'G', Tijuana, Baja California, Mexico; Blvd. D. Ordaz No. 700-316, Tijuana, Baja California, Mexico; Avenida Benito Juarez No. 16-2, Rosarito, Baja California, Mexico; Avenida Las Americas, Int. Casa Ley, Tijuana, Baja California, Mexico; Avenida Constitucion y 10ma., Tijuana, Baja California, Mexico; Avenida Constitucion 823, Tijuana, Baja California, Mexico; Calle Benito Juarez 1941, Tijuana, Baja California, Mexico; Calle 4ta. Y Ninos Heroes 1802, Tijuana, Baja California, Mexico; Calle Benito Juarez 1890-A, Tijuana, Baja California, Mexico; Blvd. Benito Juarez 20000, Rosarito, Baja California, Mexico; Blvd. Diaz Ordaz 915, La Mesa, Tijuana, Baja California, Mexico; Blvd. Fundadores 8417, Fraccionamiento El Rubi, Tijuana, Baja

California, Mexico; Avenida Tecnologico 15300-308, Centro Comercial Otay Universidad, Tijuana, Baja California, Mexico; Avenida Revolucion 651, Zona Centro, Tijuana, Baja California, Mexico; Blvd. Sanchez Taboada 4002, Zona Rio, Tijuana, Baja California, Mexico; Paseo Estrella del Mar 1075-B, Placita Coronado, Playas de Tijuana, Tijuana, Baja California, Mexico; Avenida Jose Lopez Portillo 131-B, Modulos Otay, Tijuana, Baja California, Mexico; Toribio Ortega No. 6072-1 Colonia Fco. Villa, Tijuana, Baja California, Mexico; Blvd. Diaz Ordaz No. 1159-101, Tijuana, Baja California, Mexico; Plaza del Norte, M. Matamoros No. 10402, Frac. M. Matamoros, Tijuana, Baja California, Mexico; Calle Carrillo Puerto (3ra.) No. 1434-131, Tijuana, Baja California, Mexico; Blvd. Ejido Matamoros No. 402-1 Lomas Granjas la Espanola, Tijuana, Baja California, Mexico; Calz. Cucapah 20665-1B Colonia Buenos Aires Norte, Tijuana, Baja California, Mexico; R.F.C. FVS-870610-LX3 (Mexico) [SDNTK].

FARMACIA Y MINI SUPER TRINIDAD (a.k.a. FARMACIA TRINIDAD; a.k.a. "FARMACIATRINIDADNOGALES"), Calle Orizaba 81, Col. Empalme, Nogales, Sonora 84080, Mexico; Email Address farmaciatrinidadnogales@gmail.com; Phone Number +52 631 104 2274; alt. Phone Number +52 631 172 1037; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; R.F.C. MOHA720319GT3 (Mexico) [ILLICIT-DRUGS-EO14059] (Linked To: MORGAN HUERTA, Jose Arnoldo).

FARMACIAS JERLYNE, S.A. DE C.V. (a.k.a. FARMACIA JARLINE, S.A. DE C.V.; a.k.a. FARMACIA JARLYNE, S.A. DE C.V.; a.k.a. FARMACIA JERLYNE, S.A. DE C.V.), Buenaventura 391, Fraccionamiento Chapultepec, Tijuana, Baja California, Mexico; Avenida Benito Juarez 2020-8, Colonia Zona Centro, Tijuana, Baja California, Mexico; Cascadas 100-2, Colonia Las Huertas, Tijuana, Baja California, Mexico; Lot 18, Sector 21, Centro Urbano 70-76, Colonia Mesa de Otay, Baja California, Mexico; Lot 70, Sector 6, Colonia Jardines de Chapultepec, Baja California, Mexico; Lots 13, 14, Sector A, Rancho El Grande, Baja California, Mexico; Avenida Revolucion 2020, Tijuana, Baja California 22000, Mexico [SDNTK].

FARMACIAS VIDA (a.k.a. FARMACIA VIDA; a.k.a. FARMACIA VIDA SUPREMA, S.A. DE

C.V.), Blvd. Agua Caliente 1381, Colonia Revolucion, Tijuana, Baja California, Mexico; Avenida Constitucion No. 1300, Tijuana, Baja California, Mexico; Avenida Negrete No. 1200, Tijuana, Baja California, Mexico; Avenida Segunda No. 1702, Tijuana, Baja California, Mexico; Avenida 16 de Septiembre No. 1100, Tijuana, Baja California, Mexico; Calle 4ta. 1339 y 'G', Tijuana, Baja California, Mexico; Blvd. D. Ordaz No. 700-316, Tijuana, Baja California, Mexico; Avenida Benito Juarez No. 16-2, Rosarito, Baja California, Mexico; Avenida Las Americas, Int. Casa Ley, Tijuana, Baja California, Mexico; Avenida Constitucion y 10ma., Tijuana, Baja California, Mexico; Avenida Constitucion 823, Tijuana, Baja California, Mexico; Calle Benito Juarez 1941, Tijuana, Baja California, Mexico; Calle 4ta. Y Ninos Heroes 1802, Tijuana, Baja California, Mexico; Calle Benito Juarez 1890-A, Tijuana, Baja California, Mexico; Blvd. Benito Juarez 20000, Rosarito, Baja California, Mexico; Blvd. Diaz Ordaz 915, La Mesa, Tijuana, Baja California, Mexico; Blvd. Fundadores 8417, Fraccionamiento El Rubi, Tijuana, Baja California, Mexico; Avenida Tecnologico 15300-308, Centro Comercial Otay Universidad, Tijuana, Baja California, Mexico; Avenida Revolucion 651, Zona Centro, Tijuana, Baja California, Mexico; Blvd. Sanchez Taboada 4002, Zona Rio, Tijuana, Baja California, Mexico; Paseo Estrella del Mar 1075-B, Placita Coronado, Playas de Tijuana, Tijuana, Baja California, Mexico; Avenida Jose Lopez Portillo 131-B, Modulos Otay, Tijuana, Baja California, Mexico; Toribio Ortega No. 6072-1 Colonia Fco. Villa, Tijuana, Baja California, Mexico; Blvd. Diaz Ordaz No. 1159-101, Tijuana, Baja California, Mexico; Plaza del Norte, M. Matamoros No. 10402, Frac. M. Matamoros, Tijuana, Baja California, Mexico; Calle Carrillo Puerto (3ra.) No. 1434-131, Tijuana, Baja California, Mexico; Blvd. Ejido Matamoros No. 402-1 Lomas Granjas la Espanola, Tijuana, Baja California, Mexico; Calz. Cucapah 20665-1B Colonia Buenos Aires Norte, Tijuana, Baja California, Mexico; R.F.C. FVS-870610-LX3 (Mexico) [SDNTK].

FARMLANE PRIVATE LIMITED, SCO 40-41, Third Floor Sector 17 A, Chandigarh, Chandigarh 160017, India; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Jul 2021; C.I.N. U51909CH2021PTC043792 (India);

Registration Number 043792 (India) [NPWMD] [IFSR] (Linked To: KLINGE, Marco).

FARO GRILL (a.k.a. GRUPO KOVAY; a.k.a. KOVAY DESARROLLOS; a.k.a. MARINE DIAMOND; a.k.a. NAVIS BY LA CRUZ; a.k.a. QUIYA RESIDENCES; a.k.a. SANTA JULIA SEASIDE LIVING; a.k.a. SELVARA SIGNATURE COLLECTION; a.k.a. VG DESARROLLOS DE LA BAHIA, S.A. DE C.V.; a.k.a. ZUL BY LA CRUZ), Guadalajara, Jalisco, Mexico; Nayarit, Mexico; Website https://kovaydesarrollos.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Jan 2013; Organization Type: Real estate activities on a fee or contract basis; Folio Mercantil No. N-2020017740 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: RIVERA MIRAMONTES, Carlos Humberto).

FAROOQ, Muhammad; DOB 12 Mar 1949; nationality Pakistan; Passport S122252 (Pakistan) (individual) [NPWMD].

FAROQUI, Abdullah Samad (a.k.a. "SAMAD, Abdul"), Herat Province, Afghanistan; DOB 1972; alt. DOB 1971; alt. DOB 1973; POB Nahr-e Saraj District, Helmand Province, Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TALIBAN).

FAROUK, Shaykh Imran (a.k.a. AL-HABABI, Nayef Salam Muhammad Ujaym; a.k.a. AL-HABABI, Nayf Salam Muhammad Ujaym; a.k.a. AL-QAHTANI AL-QATARI, Farouq; a.k.a. AL-QAHTANI, Faruq; a.k.a. AL-QAHTANI, Sheikh Farooq; a.k.a. AL-QATARI, Faruq; a.k.a. AL-QATARI, Sheikh Farooq), Afghanistan; DOB 01 Jan 1979 to 31 Dec 1981; POB Saudi Arabia; nationality Qatar; alt. nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 592667 (Qatar) issued 03 May 2007; Sheikh (individual) [SDGT] (Linked To: AL QA'IDA).

FARRAJ, Fateh Najm Eddine (a.k.a. AHMAD, Najmuddin Faraj; a.k.a. KREKAR, Mullah; a.k.a. NAJMUDDIN, Faraj Ahmad), Heimdalsgate 36-V, 0578 Oslo, Norway; DOB 07 Jul 1956; alt. DOB 17 Jun 1963; POB Olaqloo Sharbajer Village, al-Sulaymaniyah Governorate, Iraq; citizen Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

FARRAKHOV, Airat Zakievich (Cyrillic: ФАРРАХОВ, Айрат Закиевич), Russia; DOB 17 Feb 1968; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

FARRARA LASHTAR, Mohamed Mohamed (a.k.a. FERRARA LASHTAR, Mohamed Mohamed; a.k.a. FERRARA LASHTAR, Mohammed Mohammed), Residencial Las Colinas, Calle de los Cerros, Casa 330, Managua, Nicaragua; DOB 17 May 1959; nationality Nicaragua; citizen Nicaragua; Gender Male; Passport C1102007 (Nicaragua); alt. Passport NG252351 (Libya); National ID No. 7771705590000M (Nicaragua); Diplomatic Passport A00000271 (Nicaragua) issued 12 Sep 2012 expires 12 Sep 2022 (individual) [NICARAGUA].

FARS AIR CARGO AIRLINE (a.k.a. FARS AIR QESHM; a.k.a. FARS QESHM AIR; a.k.a. FARS QESHM AIRLINES; a.k.a. FRAS AIR PVT. CO.; a.k.a. QESHM FARS AIR), No 1, Laleh Dd End, Azadegan St., Karaj Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FARS AIR QESHM (a.k.a. FARS AIR CARGO AIRLINE; a.k.a. FARS QESHM AIR; a.k.a. FARS QESHM AIRLINES; a.k.a. FRAS AIR PVT. CO.; a.k.a. QESHM FARS AIR), No 1, Laleh Dd End, Azadegan St., Karaj Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FARS NEWS AGENCY (Arabic: خبرگزاری فارس) (a.k.a. FARS NEWS AGENCY CULTURAL INSTITUTE (Arabic: مؤسسه فرهنگی خبرگزاری فارس)), Number 1, Shahrood Alley, Ferdowsi Square, Tehran 115999346717, Iran; Website www.farsnews.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 26 Oct 1998; National ID No. 10100426798 (Iran); Registration Number 10581 (Iran) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

FARS NEWS AGENCY CULTURAL INSTITUTE (Arabic: مؤسسه فرهنگی خبرگزاری فارس) (a.k.a. FARS NEWS AGENCY (Arabic: خبرگزاری فارس)), Number 1, Shahrood Alley, Ferdowsi Square, Tehran 115999346717, Iran; Website www.farsnews.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 26 Oct 1998; National ID No. 10100426798 (Iran); Registration Number 10581 (Iran) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

FARS QESHM AIR (a.k.a. FARS AIR CARGO AIRLINE; a.k.a. FARS AIR QESHM; a.k.a. FARS QESHM AIRLINES; a.k.a. FRAS AIR PVT. CO.; a.k.a. QESHM FARS AIR), No 1, Laleh Dd End, Azadegan St., Karaj Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FARS QESHM AIRLINES (a.k.a. FARS AIR CARGO AIRLINE; a.k.a. FARS AIR QESHM; a.k.a. FARS QESHM AIR; a.k.a. FRAS AIR PVT. CO.; a.k.a. QESHM FARS AIR), No 1, Laleh Dd End, Azadegan St., Karaj Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FARS SARPANAH, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

FARSANI, Alireza Babaei (Arabic: علیرضا بابایی فارسانی) (a.k.a. FARESANI, Ali Reza Babai (Arabic: علی رضا بابایی فارسانی)), Isfahan Province, Iran; DOB 05 Apr 1976; POB Farsan, Chaharmahal and Bakhtiari Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4679007958 (Iran) (individual) [IRAN-HR].

FARSHCHI, Mahdi (a.k.a. FARSHCHI, Mahdi Mohammad; a.k.a. FARSHCHI, Mehdi), Tehran, Iran; DOB 10 Oct 1980; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Z55919906 (Iran) expires 17 Feb 2027; National ID No. 0071756671 (Iran) (individual) [NPWMD] [IFSR] (Linked To: BEH JOULE PARS COMMERCIAL ENGINEERING COMPANY).

FARSHCHI, Mahdi Mohammad (a.k.a. FARSHCHI, Mahdi; a.k.a. FARSHCHI, Mehdi), Tehran, Iran; DOB 10 Oct 1980; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Z55919906 (Iran) expires 17 Feb 2027; National ID No. 0071756671 (Iran) (individual) [NPWMD] [IFSR] (Linked To: BEH JOULE PARS COMMERCIAL ENGINEERING COMPANY).

FARSHCHI, Mehdi (a.k.a. FARSHCHI, Mahdi; a.k.a. FARSHCHI, Mahdi Mohammad), Tehran, Iran; DOB 10 Oct 1980; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Z55919906 (Iran) expires 17 Feb 2027; National ID No. 0071756671 (Iran) (individual) [NPWMD] [IFSR] (Linked To: BEH JOULE PARS COMMERCIAL ENGINEERING COMPANY).

FARTON MITEX SDN BHD, Skyridge Garden, Unit A-17-08, Halaman Halia Pulau Pinang, Penang 10470, Malaysia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 202101009412 (Malaysia) [RUSSIA-EO14024].

FARTRADE HOLDINGS S.A., Switzerland [IRAQ2].

FARWELL CANYON HK LIMITED, Mau Lam Comm Bldg, 16-18 Mau Lam Str Jordan K1, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Nov 2020; Registration Number 2996965 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

FARZADI, Hedayat (Arabic: هدایت فرزادی) (a.k.a. FARZADI, Hedayatollah (Arabic: هدایت‌الله فرزادی)), Tehran, Iran; DOB 25 Jul 1971; POB Sahneh, Bisotun, Kermanshah Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4969829268 (Iran); Warden of Evin Prison (individual) [IRAN-HR].

FARZADI, Hedayatollah (Arabic: هدایت‌الله فرزادی) (a.k.a. FARZADI, Hedayat (Arabic: هدایت فرزادی)), Tehran, Iran; DOB 25 Jul 1971; POB Sahneh, Bisotun, Kermanshah Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions;

Gender Male; National ID No. 4969829268 (Iran); Warden of Evin Prison (individual) [IRAN-HR].

FARZANEGAN PROPULSION SYSTEMS DESIGN BUREAU (Arabic: شرکت دفتر طراحی سامانه های قوای محرکه فرزانگان), Gilan Science & Technology Park, Nezampezeshki Alley, Entezam Square, Rasht, Gilan, Iran; Website https://farzaneganpb.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 14006445101 (Iran); Registration Number 181 (Iran) [RUSSIA-EO14024].

FARZANEH, Hassanpour (a.k.a. POURFARZANEH, Hassan; a.k.a. PURFARZANEH, Hasan; a.k.a. PURFARZANEH, Hassan), Iran; DOB 02 Dec 1984; nationality Iran; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 0076135462 (Iran) (individual) [RUSSIA-EO14024] (Linked To: FARZANEGAN PROPULSION SYSTEMS DESIGN BUREAU).

FASHAFOUYEH PRISON (a.k.a. FASHAFOYE PRISON; a.k.a. GREAT TEHRAN PENITENTIARY), Tehran Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

FASHAFOYE PRISON (a.k.a. FASHAFOUYEH PRISON; a.k.a. GREAT TEHRAN PENITENTIARY), Tehran Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

FAST LINK SAL (a.k.a. FASTLINK SARL), Hadi Nasrallah Av, MEAB Building, 1st Floor, Beirut, Lebanon; Cendrella Street, Dalas Center, Chyah, Baabda, Lebanon; Dallas, 6th Floor, Saida Old Road, Chiyah, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: STARS GROUP HOLDING).

FASTLINK SARL (a.k.a. FAST LINK SAL), Hadi Nasrallah Av, MEAB Building, 1st Floor, Beirut, Lebanon; Cendrella Street, Dalas Center, Chyah, Baabda, Lebanon; Dallas, 6th Floor, Saida Old Road, Chiyah, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: STARS GROUP HOLDING).

FATA POLICE (a.k.a. IRANIAN CYBER POLICE); Website http://www.cyberpolice.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

FATAH AL-ISLAM, Nahr al-Barid Palestinian refugee camp, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

FATAH AL-SHAM FRONT (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

FATAHINOJOKAMBARI, Alireza (Arabic: علیرضا فتاحی نوجو کامبری), Iran; DOB 21 Sep 1980; POB Roodbar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport H53445904 (Iran) expires 05 Jan 2026; National ID No. 2658922442 (Iran) (individual) [IRAN-EO13902] (Linked To: CYRUS OFFSHORE BANK).

FATEH AL-SHAM FRONT (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

FATEH ASEMAN SHARIF COMPANY (a.k.a. FATEH ASEMAN SHARIF KNOWLEDGE BASED COMPANY), 18th District, 5 Kilometers of Fatah Highway, Nord Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10320891651 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

FATEH ASEMAN SHARIF KNOWLEDGE BASED COMPANY (a.k.a. FATEH ASEMAN SHARIF COMPANY), 18th District, 5 Kilometers of Fatah Highway, Nord Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10320891651 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

FATEH, Abdessamad (a.k.a. "Abu Hamza"); DOB 17 Oct 1967; POB Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

FATEHI, Mohammad Sadegh, Iran; DOB 21 Sep 1982; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions;

Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1288345801 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

FATEHULLAH, Mullah (a.k.a. ENAYATULLAH, Maulawi; a.k.a. INAYATULLAH, Maulawi; a.k.a. "Ghowya"), Pakistan; DOB 1972; POB Chahar Darah District, Kunduz Province, Afghanistan; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TALIBAN).

FATEMI, Farhad (Arabic: فرهاد فاطمی), Iran; DOB 21 Sep 1990; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0920992226 (Iran) (individual) [IRAN-EO13846] (Linked To: NAVYAN ABR ARVAN PRIVATE LIMITED COMPANY).

FATEMIOUN BRIGADE (a.k.a. FATEMIOUN MILITARY DIVISION; a.k.a. FATEMIYOUN; a.k.a. FATEMIYOUN BATTALION; a.k.a. FATEMIYOUN DIVISION (Arabic: لواء فاطميون); a.k.a. FATEMIYOUN FORCE; a.k.a. FATEMIYYUN; a.k.a. LIWA FATEMIYOUN), Syria; Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] [IRAN-HR] [PAARSSR-EO13894] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FATEMIOUN MILITARY DIVISION (a.k.a. FATEMIOUN BRIGADE; a.k.a. FATEMIYOUN; a.k.a. FATEMIYOUN BATTALION; a.k.a. FATEMIYOUN DIVISION (Arabic: لواء فاطميون); a.k.a. FATEMIYOUN FORCE; a.k.a. FATEMIYYUN; a.k.a. LIWA FATEMIYOUN), Syria; Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] [IRAN-HR] [PAARSSR-EO13894] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FATEMIYOUN (a.k.a. FATEMIOUN BRIGADE; a.k.a. FATEMIOUN MILITARY DIVISION; a.k.a. FATEMIYOUN BATTALION; a.k.a. FATEMIYOUN DIVISION (Arabic: لواء فاطميون);

a.k.a. FATEMIYOUN FORCE; a.k.a. FATEMIYYUN; a.k.a. LIWA FATEMIYOUN), Syria; Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] [IRAN-HR] [PAARSSR-EO13894] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FATEMIYOUN BATTALION (a.k.a. FATEMIOUN BRIGADE; a.k.a. FATEMIOUN MILITARY DIVISION; a.k.a. FATEMIYOUN; a.k.a. FATEMIYOUN DIVISION (Arabic: لواء فاطميون); a.k.a. FATEMIYOUN FORCE; a.k.a. FATEMIYYUN; a.k.a. LIWA FATEMIYOUN), Syria; Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] [IRAN-HR] [PAARSSR-EO13894] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FATEMIYOUN DIVISION (Arabic: لواء فاطميون) (a.k.a. FATEMIOUN BRIGADE; a.k.a. FATEMIOUN MILITARY DIVISION; a.k.a. FATEMIYOUN; a.k.a. FATEMIYOUN BATTALION; a.k.a. FATEMIYOUN FORCE; a.k.a. FATEMIYYUN; a.k.a. LIWA FATEMIYOUN), Syria; Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] [IRAN-HR] [PAARSSR-EO13894] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FATEMIYOUN FORCE (a.k.a. FATEMIOUN BRIGADE; a.k.a. FATEMIOUN MILITARY DIVISION; a.k.a. FATEMIYOUN; a.k.a. FATEMIYOUN BATTALION; a.k.a. FATEMIYOUN DIVISION (Arabic: لواء فاطميون); a.k.a. FATEMIYYUN; a.k.a. LIWA FATEMIYOUN), Syria; Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] [IRAN-HR] [PAARSSR-EO13894] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FATEMIYYUN (a.k.a. FATEMIOUN BRIGADE; a.k.a. FATEMIOUN MILITARY DIVISION; a.k.a. FATEMIYOUN; a.k.a. FATEMIYOUN

BATTALION; a.k.a. FATEMIYOUN DIVISION (Arabic: لواء فاطميون); a.k.a. FATEMIYOUN FORCE; a.k.a. LIWA FATEMIYOUN), Syria; Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] [IRAN-HR] [PAARSSR-EO13894] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FATER ENGINEERING COMPANY (a.k.a. FAATER INSTITUTE; a.k.a. FATER ENGINEERING INSTITUTE; a.k.a. GHARARGAH GHAEM FAATER INSTITUTE), No. 25, Valiasr Jonoobi, Azizi Street, Azadi Sq. NE, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

FATER ENGINEERING INSTITUTE (a.k.a. FAATER INSTITUTE; a.k.a. FATER ENGINEERING COMPANY; a.k.a. GHARARGAH GHAEM FAATER INSTITUTE), No. 25, Valiasr Jonoobi, Azizi Street, Azadi Sq. NE, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

FATHERLAND'S REVIVAL (a.k.a. REVIVAL OF THE FATHERLAND POLITICAL PARTY (Cyrillic: ПОЛИТИЧЕСКА ПАРТНЯ ВЪЗРАЖДАНЕ НА ОТЕЧЕСТВОТО); a.k.a. RUSSOPHILES FOR THE REVIVAL OF THE FATHERLAND POLITICAL PARTY (Cyrillic: ПОЛИТИЧЕСКА ПАРТНЯ РУСОФИЛИ ЗА ВЪЗРАЖДАНЕ НА ОТЕЧЕСТВОТО)), 21 Mihail Marinov Street, Sofia, Bulgaria; Organization Type: Activities of political organizations [GLOMAG] (Linked To: MALINOV, Nikolay Simeonov).

FATHI ZADEH, Mohsen, Iran; POB Azna, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4839651760 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

FATHI, Ahmad (a.k.a. "M3HRAN"; a.k.a. "M3S3C3"; a.k.a. "MOHAMMADI, Farhad"), No. 12, Saremi Street, Nejatollahi Street, Tehran, Iran; Gharani St., Besharat St., Saremi Alley,

No. 12, Tehran, Tehran, Iran; DOB 11 Sep 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Identification Number 5725729366035 (Iran) (individual) [CYBER2] (Linked To: ITSEC TEAM).

FATHI, Amr Al-Fatih (a.k.a. AHMAD, Tariq Anwar al-Sayyid; a.k.a. FARAG, Hamdi Ahmad); DOB 15 Mar 1963; POB Alexandria, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

FATHI, Murad (Arabic: مورد فتحی), Kurdistan, Iran; DOB 20 May 1971; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2971486151 (Iran); Director-General of Kurdistan Province Prisons (individual) [IRAN-HR].

FATIYO, Alfred (a.k.a. FUTOYI, Alfred; a.k.a. FUTUYO, Alfred; a.k.a. KARABA, Alfred Fatuyo; a.k.a. KARABA, Alfred Futuyo), Yambio, Western Equatoria, South Sudan; DOB 1971 to 1973; POB Sudan; Gender Male (individual) [SOUTH SUDAN].

FATSA COMPANY (a.k.a. URANIUM PROCESSING AND NUCLEAR FUEL COMPANY; a.k.a. URANIUM PROCESSING AND NUCLEAR FUEL COMPANY OF IRAN; a.k.a. URANIUM PROCESSING AND NUCLEAR FUEL PRODUCTION COMPANY; a.k.a. "FATSA"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

FATTAH QARABAGHI, Seyyed Parviz (Arabic: سید پرویز فتاح قره باغی) (a.k.a. FATTAH, Parviz (Arabic: پرویز فتاح); a.k.a. FATTAH, Seyyed Parviz (Arabic: سید پرویز فتاح); a.k.a. FATTAH-QAREHBAGHI, Parviz), Iran; DOB 1961; alt. DOB 1962; POB Urmia, Iran; alt. POB Anzal, West Azerbaijan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 6379886494 (Iran) (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

FATTAH, Jum'a Abdul, P.O. Box 1318, Amman, Jordan (individual) [IRAQ2].

FATTAH, Parviz (Arabic: پرویز فتاح) (a.k.a. FATTAH QARABAGHI, Seyyed Parviz (Arabic: سید پرویز فتاح قره باغی); a.k.a. FATTAH, Seyyed

Parviz (Arabic: سید پرویز فتاح); a.k.a. FATTAH-QAREHBAGHI, Parviz), Iran; DOB 1961; alt. DOB 1962; POB Urmia, Iran; alt. POB Anzal, West Azerbaijan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 6379886494 (Iran) (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

FATTAH, Seyyed Parviz (Arabic: سید پرویز فتاح) (a.k.a. FATTAH QARABAGHI, Seyyed Parviz (Arabic: سید پرویز فتاح قره باغی); a.k.a. FATTAH, Parviz (Arabic: پرویز فتاح); a.k.a. FATTAH-QAREHBAGHI, Parviz), Iran; DOB 1961; alt. DOB 1962; POB Urmia, Iran; alt. POB Anzal, West Azerbaijan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 6379886494 (Iran) (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

FATTAH-QAREHBAGHI, Parviz (a.k.a. FATTAH QARABAGHI, Seyyed Parviz (Arabic: سید پرویز فتاح قره باغی); a.k.a. FATTAH, Parviz (Arabic: پرویز فتاح); a.k.a. FATTAH, Seyyed Parviz (Arabic: سید پرویز فتاح)), Iran; DOB 1961; alt. DOB 1962; POB Urmia, Iran; alt. POB Anzal, West Azerbaijan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 6379886494 (Iran) (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

FAU 'GLAVGOSEKSPERTIZA ROSSII' (a.k.a. FEDERAL AUTONOMOUS INSTITUTION 'MAIN DIRECTORATE OF STATE EXAMINATION'; a.k.a. GENERAL BOARD OF STATE EXPERT REVIEW; a.k.a. GLAVGOSEKSPERTIZA), Furkasovskiy Lane, building 6, Moscow 101000, Russia; 13 Demidova Street, Sevastopol, Crimea, Ukraine; 10 Vokzalnaya Street, Sevastopol, Crimea, Ukraine; Website http://gge.ru; Email Address info@gge.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

FA'UR, Husayn Ali (a.k.a. FAOUR, Housein Ali); DOB 1966; POB Al-Khayam, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

FAVA RAZAVI (Arabic: فاوا رضوی) (a.k.a. RAZAVI INFORMATION AND COMMUNICATION TECHNOLOGY CO. (Arabic: شرکت فناوری اطلاعات و ارتباطات رضوی)), Kuh Sangi, Kuhsangi 17, Mashhad, Khorasan Razavi, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10380287760 (Iran); Registration Number 13107 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

FAVELA LOPEZ, Francisco, Los Mochis, Sinaloa, Mexico; DOB 28 Nov 1969; POB Sinaloa, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; R.F.C. FALF691128JNA (Mexico); C.U.R.P. FALF691128HSLVPR00 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

FAVELA LOPEZ, Jorge Luis, Cerro Agudo, Sinaloa, Mexico; DOB 23 Apr 1963; POB Sinaloa, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; R.F.C. FALJ630423PE2 (Mexico); alt. R.F.C. FALJ630423PEZ (Mexico); C.U.R.P. FALJ630423HSLVPR02 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

FAVELA LOPEZ, Maria Gabriela (a.k.a. "FAVELA, Gaby"), Mexico; DOB 27 Oct 1967; POB Sinaloa, Mexico; nationality Mexico; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; R.F.C. FALG671027UL5 (Mexico); C.U.R.P. FALG671027MSLVPB02 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SUMILAB, S.A. DE C.V.).

FAVELA LOPEZ, Victor Andres, Culiacan, Sinaloa, Mexico; DOB 28 Nov 1969; POB Sinaloa, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; R.F.C. FALV691128AM1 (Mexico); C.U.R.P. FALV691128HSLVPC03 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

FAVELA PRO, S.A. DE C.V. (a.k.a. F FAGALAB; a.k.a. FAGALAB; a.k.a. JF LAREN; a.k.a. JF LHABO; a.k.a. JF PRO), Guamuchil, Sinaloa, Mexico; Cerro Agudo, Sinaloa, Mexico; Website https://fagalab.com.mx; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Apr 2001; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; R.F.C. FPR0104048H9 (Mexico); Folio Mercantil No. 14897 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: FAVELA LOPEZ, Jorge Luis).

FAVELAB (a.k.a. FAVELAB, S.A. DE C.V.; a.k.a. KENIN INSTRUMENTS), Los Mochis, Sinaloa, Mexico; Ahome, Sinaloa, Mexico; Hermosillo, Sonora, Mexico; Mexicali, Baja California, Mexico; La Paz, Baja California Sur, Mexico; Website https://favelab.com.mx; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Feb 2021; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; R.F.C. FAV210203NC9 (Mexico); Folio Mercantil No. N-2021014599 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: FAVELA LOPEZ, Francisco).

FAVELAB, S.A. DE C.V. (a.k.a. FAVELAB; a.k.a. KENIN INSTRUMENTS), Los Mochis, Sinaloa, Mexico; Ahome, Sinaloa, Mexico; Hermosillo, Sonora, Mexico; Mexicali, Baja California, Mexico; La Paz, Baja California Sur, Mexico; Website https://favelab.com.mx; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Feb 2021; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; R.F.C. FAV210203NC9 (Mexico); Folio Mercantil No. N-2021014599 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: FAVELA LOPEZ, Francisco).

FAWARIS LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY FAVARIS),

Zavodskoi proezd, d. 2, k. 1, pom. 557, Fryazino 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5050159050 (Russia); Registration Number 1235000047446 (Russia) [RUSSIA-EO14024].

FAWAZ AKHRAS, Firas (a.k.a. AKHRAS, Feras; a.k.a. AL-AKHRAS, Firas (Arabic: فراس (الاخرس)), 34 Allan Way, London, United Kingdom; DOB Mar 1978; POB London, United Kingdom; nationality United Kingdom; alt. nationality Syria; Gender Male; National ID No. 114671230001 (United Kingdom) (individual) [PAARSSR-EO13894].

FAWAZ AL-AKHRAS, Asma (Arabic: اسماء فواز (الاخرس) (a.k.a. AKHRAS, Asma; a.k.a. AKHRAS, Emma; a.k.a. AL-AKHRAS, Asma; a.k.a. AL-ASSAD, Asma (Arabic: اسماء الاسد); a.k.a. AL-ASSAD, Asmaa), Damascus, Syria; DOB 11 Aug 1975; POB Acton, United Kingdom; nationality Syria; alt. nationality United Kingdom; Gender Female (individual) [PAARSSR-EO13894].

FAWAZ, Abbas Loutfe (a.k.a. FAWWAZ, 'Abbas Abu-Ahmad; a.k.a. FOUAZ, Abbas), Dakar, Senegal; DOB 07 Aug 1978; POB Jwaya, Lebanon; alt. POB Dakar, Senegal; citizen Lebanon; alt. citizen Senegal; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Personal ID Card 096574S (Senegal) (individual) [SDGT].

FAWAZ, Fawzi Reda (a.k.a. DARWISH-FAWAZ, Fawzy Reda; a.k.a. DARWISH-FAWAZ, Fouzi Reda; a.k.a. FAWAZ, Fawzy; a.k.a. FAWAZ, Fouzi Reda Darwish; a.k.a. FAWAZ, Fowzy; a.k.a. FAWWAZ, Fawzi); DOB 12 Feb 1968; alt. DOB 24 Mar 1973; POB Jwaya, Lebanon; alt. POB Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0107516 (Lebanon); alt. Passport 0258649 (individual) [SDGT] (Linked To: HIZBALLAH).

FAWAZ, Fawzy (a.k.a. DARWISH-FAWAZ, Fawzy Reda; a.k.a. DARWISH-FAWAZ, Fouzi Reda; a.k.a. FAWAZ, Fawzi Reda; a.k.a. FAWAZ, Fouzi Reda Darwish; a.k.a. FAWAZ, Fowzy; a.k.a. FAWWAZ, Fawzi); DOB 12 Feb 1968; alt. DOB 24 Mar 1973; POB Jwaya,

Lebanon; alt. POB Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0107516 (Lebanon); alt. Passport 0258649 (individual) [SDGT] (Linked To: HIZBALLAH).

FAWAZ, Fouzi Reda Darwish (a.k.a. DARWISH-FAWAZ, Fawzy Reda; a.k.a. DARWISH-FAWAZ, Fouzi Reda; a.k.a. FAWAZ, Fawzi Reda; a.k.a. FAWAZ, Fawzy; a.k.a. FAWAZ, Fowzy; a.k.a. FAWWAZ, Fawzi); DOB 12 Feb 1968; alt. DOB 24 Mar 1973; POB Jwaya, Lebanon; alt. POB Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0107516 (Lebanon); alt. Passport 0258649 (individual) [SDGT] (Linked To: HIZBALLAH).

FAWAZ, Fowzy (a.k.a. DARWISH-FAWAZ, Fawzy Reda; a.k.a. DARWISH-FAWAZ, Fouzi Reda; a.k.a. FAWAZ, Fawzi Reda; a.k.a. FAWAZ, Fawzy; a.k.a. FAWAZ, Fouzi Reda Darwish; a.k.a. FAWWAZ, Fawzi); DOB 12 Feb 1968; alt. DOB 24 Mar 1973; POB Jwaya, Lebanon; alt. POB Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0107516 (Lebanon); alt. Passport 0258649 (individual) [SDGT] (Linked To: HIZBALLAH).

FAWAZ, Mostafa Reda Darwich (a.k.a. DARWISH-FAWAZ, Moustafa Reda; a.k.a. FAWAZ, Moustapha; a.k.a. FAWAZ, Mustafa; a.k.a. FAWAZ, Mustafa Darwish; a.k.a. FAWAZ, Mustapha; a.k.a. FAWAZ, Mustapha Reda Darwish; a.k.a. FAWAZ, Mustapha Rhoda Darwich; a.k.a. FAWAZ, Mustapha Rida Darwich; a.k.a. FAWWAZ, Mustafa), Flat 4, Blantyre Street, Behind Amigo Supermarket, Wuse II, Abuja, Nigeria; 3 Gaya Road, Kano, Nigeria; DOB 25 Jun 1964; alt. DOB 10 Sep 1964; POB Jwaya, Lebanon; alt. POB Koidu Town, Sierra Leone; citizen Lebanon; alt. citizen

Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 2101602 (Lebanon); alt. Passport RL 0148105 (Lebanon); alt. Passport 0168459 (Sierra Leone); alt. Passport 0257909 (Sierra Leone); SSN 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 (United States) (individual) [SDGT] (Linked To: HIZBALLAH).

FAWAZ, Moustapha (a.k.a. DARWISH-FAWAZ, Moustafa Reda; a.k.a. FAWAZ, Mostafa Reda Darwich; a.k.a. FAWAZ, Mustafa; a.k.a. FAWAZ, Mustafa Darwish; a.k.a. FAWAZ, Mustapha; a.k.a. FAWAZ, Mustapha Reda Darwish; a.k.a. FAWAZ, Mustapha Rhoda Darwich; a.k.a. FAWAZ, Mustapha Rida Darwich; a.k.a. FAWWAZ, Mustafa), Flat 4, Blantyre Street, Behind Amigo Supermarket, Wuse II, Abuja, Nigeria; 3 Gaya Road, Kano, Nigeria; DOB 25 Jun 1964; alt. DOB 10 Sep 1964; POB Jwaya, Lebanon; alt. POB Koidu Town, Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 2101602 (Lebanon); alt. Passport RL 0148105 (Lebanon); alt. Passport 0168459 (Sierra Leone); alt. Passport 0257909 (Sierra Leone); SSN 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 (United States) (individual) [SDGT] (Linked To: HIZBALLAH).

FAWAZ, Mustafa (a.k.a. DARWISH-FAWAZ, Moustafa Reda; a.k.a. FAWAZ, Mostafa Reda Darwich; a.k.a. FAWAZ, Moustapha; a.k.a. FAWAZ, Mustafa Darwish; a.k.a. FAWAZ, Mustapha; a.k.a. FAWAZ, Mustapha Reda Darwish; a.k.a. FAWAZ, Mustapha Rhoda Darwich; a.k.a. FAWAZ, Mustapha Rida Darwich; a.k.a. FAWWAZ, Mustafa), Flat 4, Blantyre Street, Behind Amigo Supermarket, Wuse II, Abuja, Nigeria; 3 Gaya Road, Kano, Nigeria; DOB 25 Jun 1964; alt. DOB 10 Sep 1964; POB Jwaya, Lebanon; alt. POB Koidu Town, Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Passport RL 2101602 (Lebanon); alt. Passport RL 0148105 (Lebanon); alt. Passport 0168459 (Sierra Leone); alt. Passport 0257909 (Sierra Leone); SSN 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 (United States) (individual) [SDGT] (Linked To: HIZBALLAH).

FAWAZ, Mustafa Darwish (a.k.a. DARWISH-FAWAZ, Moustafa Reda; a.k.a. FAWAZ, Mostafa Reda Darwich; a.k.a. FAWAZ, Moustapha; a.k.a. FAWAZ, Mustafa; a.k.a. FAWAZ, Mustapha; a.k.a. FAWAZ, Mustapha Reda Darwish; a.k.a. FAWAZ, Mustapha Rhoda Darwich; a.k.a. FAWAZ, Mustapha Rida Darwich; a.k.a. FAWWAZ, Mustafa), Flat 4, Blantyre Street, Behind Amigo Supermarket, Wuse II, Abuja, Nigeria; 3 Gaya Road, Kano, Nigeria; DOB 25 Jun 1964; alt. DOB 10 Sep 1964; POB Jwaya, Lebanon; alt. POB Koidu Town, Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 2101602 (Lebanon); alt. Passport RL 0148105 (Lebanon); alt. Passport 0168459 (Sierra Leone); alt. Passport 0257909 (Sierra Leone); SSN 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 (United States) (individual) [SDGT] (Linked To: HIZBALLAH).

FAWAZ, Mustapha (a.k.a. DARWISH-FAWAZ, Moustafa Reda; a.k.a. FAWAZ, Mostafa Reda Darwich; a.k.a. FAWAZ, Moustapha; a.k.a. FAWAZ, Mustafa; a.k.a. FAWAZ, Mustafa Darwish; a.k.a. FAWAZ, Mustapha Reda Darwish; a.k.a. FAWAZ, Mustapha Rhoda Darwich; a.k.a. FAWAZ, Mustapha Rida Darwich; a.k.a. FAWWAZ, Mustafa), Flat 4, Blantyre Street, Behind Amigo Supermarket, Wuse II, Abuja, Nigeria; 3 Gaya Road, Kano, Nigeria; DOB 25 Jun 1964; alt. DOB 10 Sep 1964; POB Jwaya, Lebanon; alt. POB Koidu Town, Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 2101602 (Lebanon); alt. Passport 0168459 (Sierra Leone); alt. Passport 0257909 (Sierra Leone);

SSN 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 (United States) (individual) [SDGT] (Linked To: HIZBALLAH).

FAWAZ, Mustapha Reda Darwish (a.k.a. DARWISH-FAWAZ, Moustafa Reda; a.k.a. FAWAZ, Mostafa Reda Darwich; a.k.a. FAWAZ, Moustapha; a.k.a. FAWAZ, Mustafa; a.k.a. FAWAZ, Mustafa Darwish; a.k.a. FAWAZ, Mustapha; a.k.a. FAWAZ, Mustapha Rhoda Darwich; a.k.a. FAWAZ, Mustapha Rida Darwich; a.k.a. FAWWAZ, Mustafa), Flat 4, Blantyre Street, Behind Amigo Supermarket, Wuse II, Abuja, Nigeria; 3 Gaya Road, Kano, Nigeria; DOB 25 Jun 1964; alt. DOB 10 Sep 1964; POB Jwaya, Lebanon; alt. POB Koidu Town, Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 2101602 (Lebanon); alt. Passport RL 0148105 (Lebanon); alt. Passport 0168459 (Sierra Leone); alt. Passport 0257909 (Sierra Leone); SSN 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 (United States) (individual) [SDGT] (Linked To: HIZBALLAH).

FAWAZ, Mustapha Rhoda Darwich (a.k.a. DARWISH-FAWAZ, Moustafa Reda; a.k.a. FAWAZ, Mostafa Reda Darwich; a.k.a. FAWAZ, Moustapha; a.k.a. FAWAZ, Mustafa; a.k.a. FAWAZ, Mustafa Darwish; a.k.a. FAWAZ, Mustapha; a.k.a. FAWAZ, Mustapha Reda Darwish; a.k.a. FAWAZ, Mustapha Rida Darwich; a.k.a. FAWWAZ, Mustafa), Flat 4, Blantyre Street, Behind Amigo Supermarket, Wuse II, Abuja, Nigeria; 3 Gaya Road, Kano, Nigeria; DOB 25 Jun 1964; alt. DOB 10 Sep 1964; POB Jwaya, Lebanon; alt. POB Koidu Town, Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 2101602 (Lebanon); alt. Passport RL 0148105 (Lebanon); alt. Passport 0168459 (Sierra Leone); alt. Passport 0257909 (Sierra Leone); SSN 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 (United States) (individual) [SDGT] (Linked To: HIZBALLAH).

FAWAZ, Mustapha Rida Darwich (a.k.a. DARWISH-FAWAZ, Moustafa Reda; a.k.a. FAWAZ, Mostafa Reda Darwich; a.k.a. FAWAZ,

Moustapha; a.k.a. FAWAZ, Mustafa; a.k.a. FAWAZ, Mustafa Darwish; a.k.a. FAWAZ, Mustapha; a.k.a. FAWAZ, Mustapha Reda Darwish; a.k.a. FAWAZ, Mustapha Rhoda Darwich; a.k.a. FAWWAZ, Mustafa), Flat 4, Blantyre Street, Behind Amigo Supermarket, Wuse II, Abuja, Nigeria; 3 Gaya Road, Kano, Nigeria; DOB 25 Jun 1964; alt. DOB 10 Sep 1964; POB Jwaya, Lebanon; alt. POB Koidu Town, Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 2101602 (Lebanon); alt. Passport RL 0148105 (Lebanon); alt. Passport 0168459 (Sierra Leone); alt. Passport 0257909 (Sierra Leone); SSN 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 (United States) (individual) [SDGT] (Linked To: HIZBALLAH).

FAWAZ, Samer (a.k.a. AL-FOUZ, Samer; a.k.a. FAWZ, Samir; a.k.a. FOUZ, Samer; a.k.a. FOZ, Samer; a.k.a. FOZ, Samer Zuhair; a.k.a. FOZ, Samir), Meadows 2, Street 3, Villa 5, Dubai, United Arab Emirates; DOB 20 May 1973; POB Latakia, Syria; nationality Syria; alt. nationality Turkey; alt. nationality Saint Kitts and Nevis; citizen Saint Kitts and Nevis; Gender Male; National ID No. 784197341865828 (Syria) (individual) [PAARSSR-EO13894].

FAWAZ, Samer Hasan (Arabic: سامر حسن فواز) (a.k.a. FUAZ, Samer), Beirut, Lebanon; DOB 28 Nov 1974; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR3018026 (Lebanon); alt. Passport LR1107578 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

FAWWAZ, 'Abbas Abu-Ahmad (a.k.a. FAWAZ, Abbas Loutfe; a.k.a. FOUAZ, Abbas), Dakar, Senegal; DOB 07 Aug 1978; POB Jwaya, Lebanon; alt. POB Dakar, Senegal; citizen Lebanon; alt. citizen Senegal; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Personal ID Card 096574S (Senegal) (individual) [SDGT].

FAWWAZ, Fawzi (a.k.a. DARWISH-FAWAZ, Fawzy Reda; a.k.a. DARWISH-FAWAZ, Fouzi Reda; a.k.a. FAWAZ, Fawzi Reda; a.k.a. FAWAZ, Fawzy; a.k.a. FAWAZ, Fouzi Reda Darwish; a.k.a. FAWAZ, Fowzy); DOB 12 Feb 1968; alt. DOB 24 Mar 1973; POB Jwaya, Lebanon; alt. POB Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0107516 (Lebanon); alt. Passport 0258649 (individual) [SDGT] (Linked To: HIZBALLAH).

FAWWAZ, Mustafa (a.k.a. DARWISH-FAWAZ, Moustafa Reda; a.k.a. FAWAZ, Mostafa Reda Darwich; a.k.a. FAWAZ, Moustapha; a.k.a. FAWAZ, Mustafa; a.k.a. FAWAZ, Mustafa Darwish; a.k.a. FAWAZ, Mustapha; a.k.a. FAWAZ, Mustapha Reda Darwish; a.k.a. FAWAZ, Mustapha Rhoda Darwich; a.k.a. FAWAZ, Mustapha Rida Darwich), Flat 4, Blantyre Street, Behind Amigo Supermarket, Wuse II, Abuja, Nigeria; 3 Gaya Road, Kano, Nigeria; DOB 25 Jun 1964; alt. DOB 10 Sep 1964; POB Jwaya, Lebanon; alt. POB Koidu Town, Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 2101602 (Lebanon); alt. Passport RL 0148105 (Lebanon); alt. Passport 0168459 (Sierra Leone); alt. Passport 0257909 (Sierra Leone); SSN 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 (United States) (individual) [SDGT] (Linked To: HIZBALLAH).

FAWZ, Samir (a.k.a. AL-FOUZ, Samer; a.k.a. FAWAZ, Samer; a.k.a. FOUZ, Samer; a.k.a. FOZ, Samer; a.k.a. FOZ, Samer Zuhair; a.k.a. FOZ, Samir), Meadows 2, Street 3, Villa 5, Dubai, United Arab Emirates; DOB 20 May 1973; POB Latakia, Syria; nationality Syria; alt. nationality Turkey; alt. nationality Saint Kitts and Nevis; citizen Saint Kitts and Nevis; Gender Male; National ID No. 784197341865828 (Syria) (individual) [PAARSSR-EO13894].

FAYAD, Saleh Mahmoud (a.k.a. FAYYAD, Saleh Mahmud); DOB 20 Oct 1972; POB Al-Taybe, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

FAYAD, Sobhi Mahmoud (a.k.a. FAYAD, Soubi Mamout; a.k.a. FAYADH, Sobhi Mahmoud; a.k.a. FAYYAD, Subhi Mahmud), 315, Piso 3, Galeria Page, Ciudad del Este, Paraguay; DOB 20 Aug 1965; POB Al-Taybe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1035562 (Paraguay); alt. Passport 220705 (Paraguay); alt. Passport 189103 (Paraguay); alt. Passport 142517 (Paraguay); alt. Passport 002301585 (Paraguay) (individual) [SDGT].

FAYAD, Soubi Mamout (a.k.a. FAYAD, Sobhi Mahmoud; a.k.a. FAYADH, Sobhi Mahmoud; a.k.a. FAYYAD, Subhi Mahmud), 315, Piso 3, Galeria Page, Ciudad del Este, Paraguay; DOB 20 Aug 1965; POB Al-Taybe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1035562 (Paraguay); alt. Passport 220705 (Paraguay); alt. Passport 189103 (Paraguay); alt. Passport 142517 (Paraguay); alt. Passport 002301585 (Paraguay) (individual) [SDGT].

FAYADH, Sobhi Mahmoud (a.k.a. FAYAD, Sobhi Mahmoud; a.k.a. FAYAD, Soubi Mamout; a.k.a. FAYYAD, Subhi Mahmud), 315, Piso 3, Galeria Page, Ciudad del Este, Paraguay; DOB 20 Aug 1965; POB Al-Taybe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1035562 (Paraguay); alt. Passport 220705 (Paraguay); alt. Passport 189103 (Paraguay); alt. Passport 142517 (Paraguay); alt. Passport 002301585 (Paraguay) (individual) [SDGT].

FAYN LAYN LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФАЙН ЛАЙН) (a.k.a. FAIN LAIN OOO), Office 1B, Floor 8, K. 1, Zubarev Lane, Moscow 129164, Russia; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Tax ID No. 7730700287 (Russia); Registration Number 1147746048999 (Russia) [RUSSIA-EO14024].

FAYRUZI, Ahmad (a.k.a. FOROOZANDEH, Ahmad; a.k.a. FORUZANDEH, Ahmad; a.k.a. FORUZANDEH, Ahmed; a.k.a. FRUZANDAH, Ahmad; a.k.a. "ABU AHMAD ISHAB"; a.k.a. "ABU SHAHAB"; a.k.a. "JAFARI"), Qods Force Central Headquarters, Former U.S. Embassy Compound, Tehran, Iran; DOB circa 1960; alt. DOB 1957; alt. DOB circa 1955; alt. DOB circa 1958; alt. DOB circa 1959; alt. DOB circa 1961; alt. DOB circa 1962; alt. DOB circa 1963; POB Kermanshah, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Brigadier General, Commanding Officer of the Iranian Islamic Revolutionary Guard Corps-Qods Force Ramazan Corps; Deputy Commander of the Ramazan Headquarters; Chief of Staff of the Iraq Crisis Staff (individual) [SDGT] [IRAQ3] [IRGC].

FAYYAD, Saleh Mahmud (a.k.a. FAYAD, Saleh Mahmoud); DOB 20 Oct 1972; POB Al-Taybe, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

FAYYAD, Subhi Mahmud (a.k.a. FAYAD, Sobhi Mahmoud; a.k.a. FAYAD, Soubi Mamout; a.k.a. FAYADH, Sobhi Mahmoud), 315, Piso 3, Galeria Page, Ciudad del Este, Paraguay; DOB 20 Aug 1965; POB Al-Taybe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1035562 (Paraguay); alt. Passport 220705 (Paraguay); alt. Passport 189103 (Paraguay); alt. Passport 142517 (Paraguay); alt. Passport 002301585 (Paraguay) (individual) [SDGT].

FAYZIMATOV, Farrukh Furkatovitch (a.k.a. AL-SHAMI, Faruk; a.k.a. ASH-SHAMI, Faruk; a.k.a. FAYZIMATOV, Faruk Furkatovich; a.k.a. SHAMI, Faruk; a.k.a. SHAMI, Faruq (Cyrillic: ШАМИ, Фарук)), Idlib, Syria; DOB 02 Mar 1996; citizen Tajikistan; Gender Male; Digital Currency Address - XBT 17a5bpKvEp1j1Trs4qTbcNZrby53JbaS9C;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

FAYZIMATOV, Faruk Furkatovich (a.k.a. AL-SHAMI, Faruk; a.k.a. ASH-SHAMI, Faruk; a.k.a. FAYZIMATOV, Farrukh Furkatovitch; a.k.a. SHAMI, Faruk; a.k.a. SHAMI, Faruq (Cyrillic: ШАМИ, Фарук)), Idlib, Syria; DOB 02 Mar 1996; citizen Tajikistan; Gender Male; Digital Currency Address - XBT 17a5bpKvEp1j1Trs4qTbcNZrby53JbaS9C; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

FAZAL, Shakeel Karim (a.k.a. KARIM, Shakeel; a.k.a. "KAREEM, Shakeel"), Mohallah Gharib Abad Post Office Hathian, Dist. Mardan, Mardan, KPK, Pakistan; DOB 01 Jan 1975; POB Mardan, Pakistan; nationality Pakistan; citizen Pakistan; Email Address shksma@gmail.com; Gender Male; Passport AF5164852 (Pakistan) issued 01 Oct 2011 expires 29 Sep 2016 (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

FAZI, Adil Mohammad Abdu (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

FAZLEEVA, Leyla Rinatovna (Cyrillic: ФАЗЛЕЕВА, Лейла Ринатовна), Kazan, Republic of Tatarstan, Russia; DOB 29 May 1975; POB Kant, Chuy Region, Kyrgyzstan; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section

11 of Executive Order 14024.; Tax ID No. 165907960059 (Russia) (individual) [RUSSIA-EO14024].

FAZLI, Ali; DOB 20 Apr 1961; alt. DOB 1951; POB Sarkan, Hamedan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Rank Brigadier General; Title Basij Deputy Commander (individual) [IRAN-TRA].

FAZLULLAH, Maulana (a.k.a. HAYAT, Fazal; a.k.a. "Mullah Fazlullah"; a.k.a. "Mullah Radio"); DOB 1974; POB Swat, Pakistan; alt. POB Kuza Bandai village, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

FAZUL, Abdalla (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

FAZUL, Abdallah (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

FAZUL, Abdallah Mohammed (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed;

a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

FAZUL, Haroon (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

FAZUL, Harun (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

FAZUL, Mustafa (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. ALI, Hassan; a.k.a. AL-NUBI, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADHIL, Mustafa Mohamed; a.k.a. FADIL, Mustafa Muhamad;

a.k.a. JIHAD, Abu; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. "ANIS, Abu"; a.k.a. "HUSSEIN"; a.k.a. "KHALID"; a.k.a. "YUSSRR, Abu"); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

FAZZONE, Gregorio, Switzerland; DOB 13 Nov 1959; alt. DOB 31 Dec 1959; nationality Switzerland; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport X4818118 (Switzerland) expires 15 Jul 2020 (individual) [SDGT] (Linked To: AVA PETROLEUM SERVICES S.A.).

FBKSH (a.k.a. FRONT FOR ALBANIAN NATIONAL UNITY) [BALKANS].

FC AKHMAT GROZNY (a.k.a. AKHMAT GROZNY; a.k.a. RESPUBLIKANSKII FUTBOLNYI KLUB AKHMAT; a.k.a. RFK AKHMAT; a.k.a. RFK AKHMAT GROZNY), Ul im s.sh.lorsanova 3, G Groznyi, Russia; Business Registration Number RU45275964 (Russia) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

FC GRUPO EMPRESARIAL, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 42946 (Jalisco) (Mexico) [SDNTK].

FDI VOSTOKPROEKTVERF (a.k.a. FAR EAST INSTITUTE VOSTOKPROECTVERF LIMITED LIABILITY CORPORATION; a.k.a. OBSHCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU DALNEVOSTOCHNYY PROEKTNYY INSTITUT VOSTOKPROEKTVERF (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДАЛЬНЕВОСТОЧНЫЙ ПРОЕКТНЫЙ ИНСТИТУТ ВОСТОКПРОЕКТВЕРФЬ)), 72 Ulitsa Svetlanskaya, Vladivostok 690091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Aug 2008; Tax ID No. 2536207610 (Russia); Registration Number 1082536011250 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

FDLR (a.k.a. COMBATANT FORCE FOR THE LIBERATION OF RWANDA; a.k.a. DEMOCRATIC FORCES FOR THE

LIBERATION OF RWANDA; a.k.a. FORCE COMBATTANTE ABACUNGUZI; a.k.a. FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA; a.k.a. "FOCA"), North and South Kivu, Congo, Democratic Republic of the [DRCONGO].

FEBRIWANSAH, Tuwah (a.k.a. FACHRI, Muhammad; a.k.a. FACHRIA, Muhammad; a.k.a. FACHRY, Muhammad; a.k.a. FEBRIWANSYAH BIN ARIF HASRUDIN, Tuah; a.k.a. FEBRIWANSYAH, Tuah), Jalan Baru LUK, No. 1 RT 05/07, Kelurahan Bhakti Jaya, Setu Sub-District, Pamulang District, Tangerang Selatan, Banten Province, Indonesia; DOB 18 Feb 1968; POB Jakarta, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 09.5004.180268.0074 (Indonesia) (individual) [SDGT].

FEBRIWANSYAH BIN ARIF HASRUDIN, Tuah (a.k.a. FACHRI, Muhammad; a.k.a. FACHRIA, Muhammad; a.k.a. FACHRY, Muhammad; a.k.a. FEBRIWANSAH, Tuwah; a.k.a. FEBRIWANSYAH, Tuah), Jalan Baru LUK, No. 1 RT 05/07, Kelurahan Bhakti Jaya, Setu Sub-District, Pamulang District, Tangerang Selatan, Banten Province, Indonesia; DOB 18 Feb 1968; POB Jakarta, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 09.5004.180268.0074 (Indonesia) (individual) [SDGT].

FEBRIWANSYAH, Tuah (a.k.a. FACHRI, Muhammad; a.k.a. FACHRIA, Muhammad; a.k.a. FACHRY, Muhammad; a.k.a. FEBRIWANSAH, Tuwah; a.k.a. FEBRIWANSYAH BIN ARIF HASRUDIN, Tuah), Jalan Baru LUK, No. 1 RT 05/07, Kelurahan Bhakti Jaya, Setu Sub-District, Pamulang District, Tangerang Selatan, Banten Province, Indonesia; DOB 18 Feb 1968; POB Jakarta, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 09.5004.180268.0074 (Indonesia) (individual) [SDGT].

FEDAKAR, Ali Reza (a.k.a. FADAKAR, Alireza), Iran; Iraq; DOB 09 Mar 1966; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Passport H46055007 (Iran); alt. Passport N35636890 (Iran); alt. Passport U41671790 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FEDASENKA, Katsyaryna Alyaksandrauna (Cyrillic: ФЕДАСЕНКА, Кацярына Аляксандраўна) (a.k.a. FEDOSENKO, Yekaterina Aleksandrovna (Cyrillic: ФЕДОСЕНКО, Екатерина Александровна)), Grodno Oblast, Belarus; DOB 1976; nationality Belarus; Gender Female (individual) [BELARUS-EO14038].

FEDAYEEN-E-ISLAM (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

FEDERAL AUTONOMOUS ENTERPRISE THE CENTRAL AEROHYDRODYNAMIC INSTITUTE NAMED AFTER PROFESSOR NE ZHUKOVSKY (a.k.a. "TSAGI"), 1 Zhukovskogo ul., Zhukovskii 140180, Russia; 26 Chkalova ul., Zhukovskii 140181, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1225000018803 (Russia); Registration Number 5040177331 (Russia) [RUSSIA-EO14024].

FEDERAL AUTONOMOUS INSTITUTION 'MAIN DIRECTORATE OF STATE EXAMINATION' (a.k.a. FAU 'GLAVGOSEKSPERTIZA ROSSII'; a.k.a. GENERAL BOARD OF STATE EXPERT REVIEW; a.k.a. GLAVGOSEKSPERTIZA), Furkasovskiy Lane, building 6, Moscow 101000, Russia; 13 Demidova Street, Sevastopol, Crimea, Ukraine; 10 Vokzalnaya Street, Sevastopol, Crimea, Ukraine; Website http://gge.ru; Email Address info@gge.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

FEDERAL AUTONOMOUS INSTITUTION ROSKAPSTROY (Cyrillic: ФЕДЕРАЛНОЕ АВТОНОМОЕ УЧРЕЖДЕНИЕ РОСКАПСТРОЙ), 2 Igarskiy Drive, Moscow 129329, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718193111 (Russia); Registration Number 1027700221559 (Russia) [RUSSIA-EO14024].

FEDERAL BUDGETARY STATE MARINE EMERGENCY SALVAGE, RESCUE AND POLLUTION PREVENTION COORDINATION SERVICE OF THE RUSSIAN FEDERATION (a.k.a. FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE; a.k.a. MORSPAS; a.k.a. MORSPASSLUZHBA; a.k.a. "MARINE RESCUE SERVICE" (Cyrillic: "МОРСКАЯ СПАСАТЕЛЬНАЯ СЛУЖБА")), Proektiruemyy proezd No 4062, Building 1, 4, Moscow 115432, Russia (Cyrillic: Проектируемый 4062 пр-д, д.4 с.1, Москва 115432, Russia); Petrovka street, Building 2, 3/6, Moscow 125993, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707274249 (Russia); Identification Number IMO 5715105; Registration Number 1027739737321 (Russia) [RUSSIA-EO14024] [PEESA-EO14039].

FEDERAL CENTER FOR DUAL USE TECHNOLOGIES SOYUZ (a.k.a. FEDERAL STATE UNITARY ENTERPRISE FEDERAL CENTER OF DUAL TECHNOLOGIES SOYUZ (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ФЕДЕРАЛЬНЫЙ ЦЕНТР ДВОЙНЫХ ТЕХНОЛОГИЙ СОЮЗ); a.k.a. FEDERAL STATE UNITARY ENTERPRISE FTSDT SOYUZ; a.k.a. FSUE FCDT SOYUZ), 42 Zhukov Academy St., Dzerzhinskiy, Moscow Region 140090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5027030450 (Russia); Registration Number 1025007270375 (Russia) [RUSSIA-EO14024].

FEDERAL GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII NAUK UCH (a.k.a. FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE

BYUDZHETNOE UCHREZHDENIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII NAUK; a.k.a. FITS KAZNTS RAN; a.k.a. FITS KAZNTS RAN FGBU; a.k.a. FRC KAZSC RAS), d. 2/31, ul. Lobachevskogo, Kazan, Tatarstan Republic 420111, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Apr 1991; Tax ID No. 1655022127 (Russia); Government Gazette Number 33859469 (Russia); Registration Number 1021602842359 (Russia) [RUSSIA-EO14024].

FEDERAL GOVERNMENT INSTITUTION PRETRIAL DETENTION CENTER NO 1 OF THE DIRECTORATE OF THE FEDERAL PENITENTIARY SERVICE FOR THE REPUBLIC OF CRIMEA AND SEVASTOPOL (Cyrillic: ФЕДЕРАЛЬНОЕ КАЗЕННОЕ УЧРЕЖДЕНИЕ СЛЕДСТВЕННЫЙ ИЗОЛЯТОР NO 1 УПРАВЛЕНИЯ ФЕДЕРАЛЬНОЙ СЛУЖБЫ ИСПОЛНЕНИЯ НАКАЗАНИЙ ПО РЕСПУБЛИКЕ КРЫМ И Г. СЕВАСТОПОЛЮ) (a.k.a. DETENTION CENTER NO 1 IN SIMFEROPOL; a.k.a. FKU SIZO-1 UFSIN OF RUSSIA FOR THE REPUBLIC OF CRIMEA AND SEVASTOPOL (Cyrillic: ФКУ СИЗО-1 УФСИН РОССИИ ПО РЕСПУБЛИКЕ КРЫМ И Г. СЕВАСТОПОЛЮ); a.k.a. SIMFEROPOL REMAND PRISON; a.k.a. SIMFEROPOL SIZO), Bulvar Lenina, dom 4, Simferopol, Crimea 295006, Ukraine; Lenin Boulevard, 4, Simferopol, Crimea 295006, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102002109 (Russia); Registration Number 1149102002389 (Russia) [UKRAINE-EO13685].

FEDERAL NEWS AGENCY LLC (a.k.a. FEDERALNOE AGENTSTVO NOVOSTEI OOO), d. 18 litera A. pom. 2-N, UL. Vsevoloda Vishnevskogo, St. Petersburg, Russia; Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: LIMITED LIABILITY COMPANY CONCORD MANAGEMENT AND CONSULTING).

FEDERAL RESEARCH AND PRODUCTION CENTER CENTRAL RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS (a.k.a. CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS (Cyrillic: ЦЕНТРАЛЬНЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ

ИНСТИТУТ АВТОМАТИКИ И ГИДРАВЛИКИ); a.k.a. JSC CENTRAL RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS; a.k.a. TSENTRALNYY NAUCHNOISSLEDOVATELSKIY INSTITUT AVTOMATIKI I GIDRAVLIKI; a.k.a. TSNIIAG (Cyrillic: ЦНИИАГ)), 5 Sovetskoy Armii St., Moscow 127018, Russia; Website https://cniiag.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Jan 2012; Tax ID No. 7715900066 (Russia) [RUSSIA-EO14024].

FEDERAL RESEARCH AND PRODUCTION CENTER JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION MARS (a.k.a. FNPTS AO NPO MARS), Ul. Solnechnaya D. 20, Ulyanovsk 432022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7303026811 (Russia); Registration Number 1067328003027 (Russia) [RUSSIA-EO14024].

FEDERAL RESEARCH AND PRODUCTION CENTER NIZHNY NOVGOROD RESEARCH INSTITUTE OF RADIO ENGINEERING JOINT STOCK COMPANY (a.k.a. AO FNPTS NNIIRT), Ul. Geroya Shaposhnikova D. 5, Nizhniy Novgorod 603153, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5261064047 (Russia); Registration Number 1085261002628 (Russia) [RUSSIA-EO14024].

FEDERAL RESEARCH AND PRODUCTION CENTER TITAN BARRIKADY JSC (a.k.a. JOINT STOCK COMPANY FEDERAL SCIENTIFIC AND PRODUCTION CENTER TITAN BARRIKADY (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО-ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ТИТАН-БАРРИКАДЫ); a.k.a. JSC FNPTS TITAN-BARRIKADY; a.k.a. TITAN DESIGN BUREAU; a.k.a. TITAN-BARRIKADY ENTERPRISE; a.k.a. TITAN-BARRIKADY FEDERAL RESEARCH AND DEVELOPMENT CENTRE; a.k.a. TITAN-BARRIKADY FNPTS AO; a.k.a. TITAN-BARRIKADY FNPTS AO FEDERAL RESEARCH AND PRODUCTION CENTER STOCK COMPANY; a.k.a. "TITAN-BARRIKADY"), Prospekt Imeni V.I. Lenina B/N, Volgograd 400071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3442110950 (Russia) [RUSSIA-EO14024].

FEDERAL RESEARCH CENTER COMPUTER SCIENCE AND CONTROL OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERAL STATE INSTITUTION FEDERAL RESEARCH CENTER INFORMATICS AND MANAGEMENT OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FITS IU RAN; a.k.a. FRC CSC RAS; a.k.a. FRC IU RAS; a.k.a. INSTITUTE OF INFORMATICS PROBLEMS OF RUSSIAN ACADEMY OF SCIENCES), ul. Vavilova, d. 44, k. 2, Moscow 119333, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7736051896 (Russia); Registration Number 1027739314030 (Russia) [RUSSIA-EO14024].

FEDERAL RESEARCH CENTER INSTITUTE OF APPLIED PHYSICS OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. "IAP RAS"), 46 Ulyanov Str., Nizhny Novgorod 603950, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5260003387 (Russia); Registration Number 1025203020193 (Russia) [RUSSIA-EO14024].

FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES (f.k.a. FEDERAL GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII NAUK UCH; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII NAUK; a.k.a. FITS KAZNTS RAN; a.k.a. FITS KAZNTS RAN FGBU; a.k.a. FRC KAZSC RAS), d. 2/31, ul. Lobachevskogo, Kazan, Tatarstan Republic 420111, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Apr 1991; Tax ID No. 1655022127 (Russia); Government Gazette Number 33859469 (Russia); Registration Number 1021602842359 (Russia) [RUSSIA-EO14024].

FEDERAL SCIENTIFIC AND PRODUCTION CENTER MV PROTSENKO START PRODUCTION ASSOCIATION JSC (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СТАРТ ИМЕНИ МВ ПРОЦЕНКО) (a.k.a.

FNPTS PO START IM MV PROTSENKO AO; a.k.a. JS FRPC PA START NAMED AFTER MV PROTSENKO; a.k.a. JSC FEDERALNY NAUCHNO PROIZVODSTVENNY CENTER PRODUCTION OBYEDINENIYE START IMENI MV PROTSENKO; a.k.a. M V PROTSENKO PA START), 1, Mira Prospekt, Zarechny, Penza Region 442960, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5838013374 (Russia); Registration Number 1185835003221 (Russia) [RUSSIA-EO14024].

FEDERAL SECURITY SERVICE (a.k.a. FEDERALNAYA SLUZHBA BEZOPASNOSTI; a.k.a. "FSB"), Ulitsa Kuznetskiy Most, Dom 22, Moscow 107031, Russia; Lubyanskaya Ploschad, Dom 2, Moscow 107031, Russia; 1/3 Bolshaya Lubyanka St, Moscow 107031, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1994; Target Type Government Entity [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024] [HOSTAGES-EO14078].

FEDERAL SERVICE FOR MILITARY-TECHNICAL COOPERATION (a.k.a. "FSMTC"; a.k.a. "FSVTS"), Ovchinnikovskaya Nab., 18/1, Moscow 115035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 23 Aug 2004; Target Type Government Entity; Tax ID No. 7705513237 (Russia); Registration Number 1047705052427 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

FEDERAL STATE AUTONOMOUS INSTITUTION CONGRESS AND EXHIBITION CENTER PATRIOT (a.k.a. FEDERALNOE GOSUDARSTVENNOE AVTONOMNOE UCHREZHDENIE KONGRESSNO VYSTAVOCHNYI TSENTR PATRIOT; a.k.a. "FGAU KVTS PATRIOT"; a.k.a. "PATRIOT CEC"; a.k.a. "PATRIOT CONGRESS AND EXHIBITION CENTER"), str. 2 ter. Park Patriot, Odintsovsky 143070, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 3666026141 (Russia); Registration Number 1023601560465 (Russia) [RUSSIA-EO14024].

FEDERAL STATE AUTONOMOUS INSTITUTION MILITARY INNOVATIVE TECHNOPOLIS ERA (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ АВТОНОМНОЕ УЧРЕЖДЕНИЕ ВОЕННЫЙ ИННОВАЦИОННЫЙ ТЕХНОПОЛИС ЭРА; Cyrillic: ФГАУ ВИТ ЭРА; Cyrillic: ТЕХНОРОЛИС ЭРА; Cyrillic: ВОЕННЫЙ ИННОВАЦИОННЫЙ ТЕХНОРОЛИС ЭРА) (a.k.a. ERA MILITARY INNOVATION TECHNOPOLIS; a.k.a. FGAU VIT ERA), Pionerskiy Prospekt, 41, Anapa, Krasnodar Krai 353456, Russia; Website www.era-tehnopolis.ru; Email Address era_1@mil.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2539025440 (Russia) [RUSSIA-EO14024].

FEDERAL STATE AUTONOMOUS SCIENTIFIC ESTABLISHMENT SCIENTIFIC RESEARCH INSTITUTE SPECIALIZED SECURITY COMPUTING DEVICES AND AUTOMATION (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ АВТОНОМНОЕ НАУЧНОЕ УЧРЕЖДЕНИЕ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ СПЕЦИАЛИЗИРОВАННЫЕ ВЫЧИСЛИТЕЛЬНЫЕ УСТРОЙСТВА ЗАЩИТЫ И АВТОМАТИКА) (a.k.a. FGANU NII SPECVUZAVTOMATIKA), Rostov-On-Don, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6164205270 (Russia) [RUSSIA-EO14024].

FEDERAL STATE AUTONOMOUS SCIENTIFIC INSTITUTION CENTRAL RESEARCH AND EXPERIMENTAL AND DESIGN INSTITUTE OF ROBOTICS AND TECHNICAL CYBERNETICS (a.k.a. CENTRAL RESEARCH INSTITUTE OF ROBOTICS AND TECHNICAL CYBERNETICS; a.k.a. RUSSIAN STATE SCIENTIFIC CENTER FOR ROBOTICS AND TECHNICAL CYBERNETICS; a.k.a. TSNII RTK), Prosp Tikhoretskii 21, St. Petersburg 194064, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Government Entity; Tax ID No. 7804023410 (Russia); Registration Number 1027802484852 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGET EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SAINT PETERSBURG MINING UNIVERSITY (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA SANKT PETERBURGSKI GORNY UNIVERSITET; f.k.a. NATSIONALNY MINERALNOSYREVOI UNIVERSITET GORNY, UCH; a.k.a. SAINT PETERSBURG MINING UNIVERSITY (Cyrillic: САНКТ ПЕТЕРБУРГСКИЙ ГОРНЫЙ УНИВЕРСИТЕТ); a.k.a. SPGU GORNY UNIVERSITET FGBU; a.k.a. "NATIONAL MINERAL RESOURCES UNIVERSITY"; a.k.a. "SPMI"), 2, 21st Line, St Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801021076 (Russia); Government Gazette Number 02068508 (Russia); Registration Number 1027800507591 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTE INTERNATIONAL CHILDREN CENTER ARTEK (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ БЮДЖЕТНОЕ ОБРАЗОВАТЕЛЬНОЕ УЧРЕЖДЕНИЕ МЕЖДУНАРОДНЫЙ ДЕТСКИЙ ЦЕНТР АРТЕК) (a.k.a. THE FEDERAL STATE BUDGET EDUCATIONAL INSTITUTION ARTEK INTERNATIONAL CHILDRENS CENTER), 41 Lenningradskaya St., Gurzuf, Crimea 298645, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Government Entity; Tax ID No. 230304393615 (Russia); Registration Number 1149102030770 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION GROZNY STATE OIL TECHNICAL UNIVERSITY NAMED AFTER ACADEMICIAN M.D. MILLIONSHCHIKOV (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA GROZNENSKI GOSUDARSTVENNY NEFTYANOI TEKHNICHESKI UNIVERSITET IMENI AKADEMIKA M.D. MILLIONSHCHIKOVA; a.k.a. GGNTU IM. AKAD. M.D. MILLIONSHCHIKOVA FGBOU VO GGNTU IM. AKAD. M. D. MILLIONSHCHIKOVA FGBU; a.k.a. GROZNY STATE OIL TECHNICAL UNIVERSITY; a.k.a. GROZNY STATE OIL TECHNICAL UNIVERSITY NAMED AFTER M.D. MILLIONSHIKOVA), 100, Isaeva av., Grozny 364024, Russia; 100, prospekt Imeni Khuseina Abubakarovicha Isaeva, Grozny, Chechnya Republic 364051, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jun 2000; Organization Type: Higher education; Tax ID No. 2020000531 (Russia); Government Gazette Number 45267841 (Russia); Registration Number 1022002549580 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION MOSCOW STATE TECHNICAL UNIVERSITY NAMED AFTER NE BAUMAN NATIONAL RESEARCH UNIVERSITY (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ БЮДЖЕТНОЕ ОБРАЗОВАТЕЛЬНОЕ УЧРЕЖДЕНИЕ ВЫСШЕГО ОБРАЗОВАНИЯ МОСКОВСКИЙ ГОСУДАРСТВЕННЫЙ ТЕХНИЧЕСКИЙ УНИВЕРСИТЕТ ИМЕНИ НЭ БАУМАНА НАЦИОНАЛЬНЫЙ ИССЛЕДОВАТЕЛЬСКИЙ УНИВЕРСИТЕТ) (a.k.a. BAUMAN MOSCOW STATE TECHNICAL UNIVERSITY; a.k.a. MOSCOW STATE TECHNICAL UNIVERSITY NAMED AFTER NE BAUMAN (Cyrillic: МОСКОВСКИЙ ГОСУДАРСТВЕННЫЙ ТЕХНИЧЕСКИЙ УНИВЕРСИТЕТ ИМЕНИ НЭ БАУМАНА)), d. 5 str. 1, ul. 2-Ya Baumanskaya, Moscow 105005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701002520 (Russia); Registration Number 1027739051779 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SERGO ORDZHONIKIDZE RUSSIAN STATE UNIVERSITY FOR GEOLOGICAL PROSPECTING (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA ROSSISKI GOSUDARSTVENNY GEOLOGORAZVEDOCHNY UNIVERSITET IMENI SERGO ORDZHONIKIDZE; a.k.a. MOSCOW GEOLOGICAL PROSPECTING INSTITUTE; a.k.a. SERGO ORDZHONIKIDZE GEO UNIVERSITY; a.k.a. "MGRI-RSGPU"), Miklouho-Maclay St. 23., Moscow 117997, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728028967 (Russia); Government Gazette Number 02068835 (Russia); Registration Number 1027739347723 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER VOCATIONAL EDUCATION GUBKIN RUSSIAN STATE UNIVERSITY OF OIL AND GAS (a.k.a. GUBKIN UNIVERSITY; a.k.a. NATIONAL UNIVERSITY OF OIL AND GAS GUBKIN UNIVERSITY; a.k.a. RGU NEFTI I GAZA NIU IMENI IM GUBKINA FGU), 65 Leninsky

Prospekt, Moscow 119991, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Sep 1997; Tax ID No. 7736093127 (Russia); Government Gazette Number 02066612 (Russia); Registration Number 1027739073845 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY ESTABLISHMENT 27 SCIENTIFIC CENTER OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (a.k.a. 27TH SCIENTIFIC CENTER; a.k.a. "27TH NTS"), Brigadirskiy Pereulok 13, Moscow 105005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024. [NPWMD] [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY ESTABLISHMENT 33 CENTRAL SCIENTIFIC RESEARCH TEST INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (a.k.a. 33RD SCIENTIFIC RESEARCH AND TESTING INSTITUTE; a.k.a. "33RD TSNIII"), 1 Ulitsa Krasnoznamennaya, Volsk-18/Shikhany, Saratov Oblast, Russia; Krasnoznamennaya Street 1, Volsk-18, Saratov 412918, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024. [NPWMD] [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY INSTITUTE OF SCIENCE INSTITUTE OF HYDRODYNAMICS NAMED AFTER M A LAVRENTYEV OF THE SIBERIAN BRANCH OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. LAVRENTYEV INSTITUTE OF HYDRODYNAMICS OF SIBERIAN BRANCH OF RUSSIAN ACADEMY OF SCIENCES; a.k.a. "IGIL SO RAN"), Prosp Akademika Lavrentyeva 15, Novosibirsk 630090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5408100064 (Russia); Registration Number 1025403648600 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD;

a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE (a.k.a. FEDERAL BUDGETARY STATE MARINE EMERGENCY SALVAGE, RESCUE AND POLLUTION PREVENTION COORDINATION SERVICE OF THE RUSSIAN FEDERATION; a.k.a. MORSPAS; a.k.a. MORSPASSLUZHBA; a.k.a. "MARINE RESCUE SERVICE" (Cyrillic: "МОРСКАЯ СПАСАТЕЛЬНАЯ СЛУЖБА")), Proektiruemyy proezd No 4062, Building 1, 4, Moscow 115432, Russia (Cyrillic: Проектируемый 4062 пр-д, д.4 с.1, Москва 115432, Russia); Petrovka street, Building 2, 3/6, Moscow 125993, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707274249 (Russia); Identification Number IMO 5715105; Registration Number 1027739737321 (Russia) [RUSSIA-EO14024] [PEESA-EO14039].

FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES (f.k.a. FEDERAL GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI KAZANSKI NAUCHNY TSENTR ROSSISKOI

AKADEMII NAUK UCH; a.k.a. FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII NAUK; a.k.a. FITS KAZNTS RAN; a.k.a. FITS KAZNTS RAN FGBU; a.k.a. FRC KAZSC RAS), d. 2/31, ul. Lobachevskogo, Kazan, Tatarstan Republic 420111, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Apr 1991; Tax ID No. 1655022127 (Russia); Government Gazette Number 33859469 (Russia); Registration Number 1021602842359 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE INSTITUTE OF PROBLEMS OF MECHANICS NAMED AFTER A YU ISHLINSKY RUSSIAN ACADEMY OF SCIENCES (a.k.a. INSTITUTE OF MECHANICS NAMED AFTER A YU ISHLINSKY RAS; a.k.a. IPMECH RAS; a.k.a. IPMEKH RAN INSTITUT PROBLEM MEKHANIKI IM A YU ISHLINSKOGO RAN; a.k.a. ISHLINSKY INSTITUTE FOR PROBLEMS IN MECHANICS OF THE RUSSIAN ACADEMY OF SCIENCES), Prosp Vernadskogo D 101, Korp 1, Moscow 119526, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7729138338 (Russia); Registration Number 1037739426735 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE INSTITUTE OF SOLID STATE PHYSICS N.A. YU. A. OSIPYAN OF THE RUSSIAN ACADEMY OF SCIENCES (f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK BU; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK FGBU; a.k.a. INSTITUTE OF SOLID STATE PHYSICS OF THE ACADEMY OF SCIENCES SSSR; a.k.a. OSIPYAN INSTITUTE OF SOLID STATE PHYSICS OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "IFTT RAN"; a.k.a. "ISSP RAS"), d. 2, ul. Akademika Osipyana, Chernogolovka, Moskovskaya Obl 142432,

Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Mar 1998; Tax ID No. 5031003120 (Russia); Government Gazette Number 02699796 (Russia); Registration Number 1025003915243 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE JOINT INSTITUTE FOR HIGH TEMPERATURES RAN (a.k.a. JOINT INSTITUTE FOR HIGH TEMPERATURES OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "JIHT RAS"; a.k.a. "OIVT RAN"), Ul. Izhorskaya D. 13, Str. 2, Moscow 125412, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713010798 (Russia); Registration Number 1027739271009 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY INSTITUTION RUSSIAN ACADEMY OF MISSILE AND ARTILLERY SCIENCES (a.k.a. FEDERAL STATE BUDGETARY INSTITUTION RUSSIAN ACADEMY OF ROCKET AND ARTILLERY SCIENCES; a.k.a. FGBU RARAN; a.k.a. RUSSIAN ACADEMY OF MISSILE AND AMMUNITION SCIENCES; a.k.a. "RAMAS"), 1-YA Myasnikovskaya Ul., VL 3, Moscow 107564, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 May 1996; Tax ID No. 7712086681 (Russia); Registration Number 1037743041027 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY INSTITUTION RUSSIAN ACADEMY OF ROCKET AND ARTILLERY SCIENCES (a.k.a. FEDERAL STATE BUDGETARY INSTITUTION RUSSIAN ACADEMY OF MISSILE AND ARTILLERY SCIENCES; a.k.a. FGBU RARAN; a.k.a. RUSSIAN ACADEMY OF MISSILE AND AMMUNITION SCIENCES; a.k.a. "RAMAS"), 1-YA Myasnikovskaya Ul., VL 3, Moscow 107564, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 May 1996; Tax ID No. 7712086681 (Russia); Registration Number 1037743041027 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY INSTITUTION TECHNOLOGICAL INSTITUTION FOR SUPERHARD AND NOVEL CARBON MATERIALS (a.k.a. FGBNU TISNUM; a.k.a. FSBI TISNCM; a.k.a. INSTITUTE OF TECHNOLOGY OF ULTRA HARD AND NEW CARBON MATERIALS), Ul. Tsentralnaya, D. 7A, Troitsk 108840, Russia; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Tax ID No. 5046054720 (Russia); Registration Number 1025006036439 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY SCIENTIFIC INSTITUTION INSTITUTE FOR CONTROL PROBLEM NAMED AFTER V A TRAPEZNIKOV OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. V A TRAPEZNIKOV INSTITUTE OF CONTROL SCIENCES OF RUSSIAN ACADEMY OF SCIENCES; a.k.a. "ICS RAS"), Ul. Profsoyuznaya D.65, Moscow 117997, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7728013512 (Russia); Registration Number 1037739269590 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY SCIENTIFIC INSTITUTION INSTITUTE FOR INFORMATION TRANSMISSION PROBLEMS NAMED AFTER A A KHARKEVICH OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. INSTITUTE FOR INFORMATION TRANSMISSION PROBLEMS OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. IPPI RAN; a.k.a. KHARKEVICH INSTITUTE), Per Bolshoi Karetnyi D 19, Str 1, Moscow 127994, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7707020131 (Russia); Registration Number 1037700064940 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY SCIENTIFIC INSTITUTION RESEARCH AND PRODUCTION COMPLEX TECHNOLOGY CENTER (a.k.a. NPK TECHNOLOGICAL CENTER; a.k.a. SCIENTIFIC MANUFACTURING COMPLEX TECHNOLOGICAL CENTER; a.k.a. SMC TECHNOLOGICAL CENTRE), Shokina Square, House 1, Bld. 7 Off. 7237, Zelenograd, Moscow 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Mar 2000; Tax ID No. 7735096460 (Russia); Registration Number 1027700428480 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY SCIENTIFIC INSTITUTION V P IVANNIKOV INSTITUTE FOR SYSTEM PROGRAMMING OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. INSTITUTE FOR SYSTEM PROGRAMMING OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. INSTITUTE OF SYSTEM PROGRAMMING NAMED AFTER V P IVANNIKOV RAN; a.k.a. "ISP RAN"), Ul

Aleksandra Solzhenitsyna D 25, Moscow 109004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7709006125 (Russia); Registration Number 1037700067327 (Russia) [RUSSIA-EO14024].

FEDERAL STATE ENTERPRISE AMUR CARTRIDGE PLANT VYMPEL (a.k.a. FEDERALNOE KAZENNOE PREDPRIIATIE AMURSKII PATRONNYI ZAVOD VYMPEL IMENI PV FINOGENOVA; a.k.a. FKP APZ VYMPEL IM PV FINOGENOVA; a.k.a. FSE ACP VYMPEL; a.k.a. VYMPEL STATE PRODUCTION ASSOCIATION), D.12 Sh. Mashinostroitelei, Amursk 682640, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 2706000260 (Russia); Registration Number 1022700650609 (Russia) [RUSSIA-EO14024].

FEDERAL STATE ENTERPRISE ANOZIT, Ul. Sadovoe Koltso, D. 1, Samara 632380, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5452112527 (Russia); Registration Number 1065471010340 (Russia) [RUSSIA-EO14024].

FEDERAL STATE ENTERPRISE KAMENSKY COMBINE (a.k.a. FEDERALNOE KAZENNOE PREDPRIYATIE KOMBINAT KAMENSKI; a.k.a. KOMBINAT KAMENSKI FKP; a.k.a. "KOMBINAT KAMENSKII"), Ul. Saprygina D.8, Kamensk-Shakhtinskiy 347801, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6147025090 (Russia); Registration Number 1066147003658 (Russia) [RUSSIA-EO14024].

FEDERAL STATE ENTERPRISE KAZAN FEDERAL STATE GUNPOWDER PLANT (a.k.a. KAZANSKII GOSUDARSTVENNYI KAZENNYI POROKHOVOI ZAVOD; a.k.a. "KGKPZ"), ul. Pervogo Maya D. 14, Kazan 420032, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 1656025681 (Russia); Registration Number 1031624002937 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

FEDERAL STATE ENTERPRISE PERM POWDER PLANT (Cyrillic: ФЕДЕРАЛЬНОЕ КАЗЕННОЕ ПРЕДПРИЯТИЕ ПЕРМСКИЙ ПОРОХОВОЙ ЗАВОД) (a.k.a. "PERM GUNPOWDER MILL"), Ul. Galperina 11, Perm 614101, Russia; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 5908006119 (Russia); Registration Number 1025901604156 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

FEDERAL STATE ENTERPRISE SCIENCE AND TECHNOLOGY ASSOCIATION KAZAN PLANT OF PRECISION ENGINEERING (a.k.a. FKP NPO KZTM; a.k.a. NAUCHNO PROIZVODSTVENNOE OBYEDINENIE KAZANSKII ZAVOD TOCHNOGO MASHINOSTROENIYA), 71 Mazita Gafuri Street, Kazan 420108, Russia; 2 Pionerskaya Street, Chapaevsk 446100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 1654001773 (Russia); Registration Number 1021602829115 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

FEDERAL STATE ENTERPRISE YA M SVERDLOV PLANT (a.k.a. PLANT NAMED AFTER IA M SVERDLOV FEDERAL STATE ENTERPRISE), Sverdlova Street 4, Dzerzhinsk 606002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 5249002485 (Russia); Registration Number 1025201752982 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

FEDERAL STATE ENTITY UNITARY ENTERPRISE ROSTOV ON DON RESEARCH INSTITUTE OF RADIO COMMUNICATIONS (a.k.a. "RNIIRS"), ul. Nansena d. 130, Rostov-na-Donu 344038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6152001024 (Russia); Registration Number 1026103711204 (Russia) [RUSSIA-EO14024].

FEDERAL STATE FINANCED INSTITUTION OF SCIENCE HIGHER EDUCATION INSTITUTION SPECTROSCOPY OF THE RUSSIAN FEDERATION ACADEMY OF SCIENCES (a.k.a. INSTITUTE OF SPECTROSCOPY OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "ISAN"), Fizicheskaya Str., 5, Troitsk, Moscow 108840, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Jul 1992; Tax ID No. 5046005427 (Russia); Registration

Number 1035009350100 (Russia) [RUSSIA-EO14024].

FEDERAL STATE FINANCED INSTITUTION OF SCIENCE PHYSICAL HIGHER EDUCATION INSTITUTION NAMED AFTER P. N. LEBEDEVA OF THE RUSSIAN FEDERATION ACADEMY SCIENCES (a.k.a. LEBEDEV PHYSICAL INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "FIAN"; a.k.a. "LPI RAS"), 53 Leninsky Ave, Moscow 119991, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Oct 2001; Tax ID No. 7736037394 (Russia); Registration Number 1027739617960 (Russia) [RUSSIA-EO14024].

FEDERAL STATE FINANCED INSTITUTION OF SCIENCE PHYSICS AND TECHNOLOGY INSTITUTE NAMED AFTER A. F. IOFFE OF THE RUSSIAN FEDERATION ACADEMY OF SCIENCES (a.k.a. IOFFE INSTITUTE), 26 Politekhnicheskaya Str., Saint Petersburg 194021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Apr 1999; Tax ID No. 7802072267 (Russia); Registration Number 1037804006998 (Russia) [RUSSIA-EO14024].

FEDERAL STATE FINANCED INSTITUTION OF SCIENCE PHYSICS AND TECHNOLOGY INSTITUTE NAMED AFTER K. A. VALIEVA OF THE RUSSIAN FEDERATION ACADEMY OF SCIENCES (a.k.a. FTIAN NAMED AFTER K. A. VALIEVA RAN; a.k.a. K.A. VALIEV PHYSICO-TECHNOLOGICAL INSTITUTE RAS; a.k.a. VALIEV INSTITUTE OF PHYSICS AND TECHNOLOGY OF RUSSIAN ACADEMY OF SCIENCES; a.k.a. VALIEV IPT RAS), 34 Nakhimovsky Ave, Moscow 117218, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Feb 1994; Tax ID No. 7727084140 (Russia); Registration Number 1037739352155 (Russia) [RUSSIA-EO14024].

FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (a.k.a. 223RD STATE AIRLINE FLIGHT UNIT; a.k.a. FGBU GAK 223 LETNYI OTRYAD MO RF; a.k.a. FGBU GOSUDARSTVENNAYA AVIAKOMPANIYA 223 LETNYY OTRYAD MO RF (Cyrillic: ФГБУ ГОСУДАРСТВЕННАЯ АВИАКОМПАНИЯ 223 ЛЕТНЫЙ ОТРЯД МО РФ); a.k.a. "223RD FLIGHT DETACHMENT"; a.k.a. "223RD FLIGHT UNIT"), Ul.

aerodromnaya d. 2, str. 1, Shchelkovo, Shchelkovskii district, Moscow Region 141103, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Mar 1993; Tax ID No. 5050017062 (Russia); Registration Number 1035010206989 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

FEDERAL STATE GOVERNMENTAL INSTITUTION 27 CENTRAL RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (a.k.a. FGBU 27 TSNII MINOBORONY ROSSII), PR-D 1-I Khoroshevskii D. 5, Moscow 125284, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714676767 (Russia); Registration Number 1067761727505 (Russia) [RUSSIA-EO14024].

FEDERAL STATE GOVERNMENTAL INSTITUTION 4 CENTRAL RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (a.k.a. FGBU 4 TSNII MINOBORONY ROSSII; a.k.a. "4 TSNII"), Ul. M.K. Tikhonravova (Yubileinyi MKR) D. 29, Korolev 141091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5054086684 (Russia); Registration Number 1065018010386 (Russia) [RUSSIA-EO14024].

FEDERAL STATE INSTITUTION FEDERAL RESEARCH CENTER INFORMATICS AND MANAGEMENT OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERAL RESEARCH CENTER COMPUTER SCIENCE AND CONTROL OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FITS IU RAN; a.k.a. FRC CSC RAS; a.k.a. FRC IU RAS; a.k.a. INSTITUTE OF INFORMATICS PROBLEMS OF RUSSIAN ACADEMY OF SCIENCES), ul. Vavilova, d. 44, k. 2, Moscow 119333, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7736051896 (Russia); Registration Number 1027739314030 (Russia) [RUSSIA-EO14024].

FEDERAL STATE INSTITUTION FEDERAL SCIENTIFIC CENTER SCIENTIFIC RESEARCH INSTITUTE FOR SYSTEM ANALYSIS OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERALNOE GOSUDARSTVENNOE UCHREZHDENIE FEDERALNYY NAUCHNYY TSENTR NAUCHNO-ISSLEDOVATELSKIY INSTITUT SISTEMNYKH ISSLEDOVANIY ROSSIYSKOY

AKADEMII NAUK; a.k.a. FGU FNTS NIISI RAN; a.k.a. FSI FSC SRISA RAS; a.k.a. SCIENTIFIC RESEARCH INSTITUTE OF SYSTEM ANALYSIS, RUSSIAN ACADEMIC OF SCIENCES), Nakhimovsky Prospect, 36, Building 1, Moscow 117218, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727086772 (Russia); Registration Number 1027700384909 (Russia) [RUSSIA-EO14024].

FEDERAL STATE INSTITUTION MANAGEMENT OF FEDERAL ROADS 'TAMAN' (a.k.a. FKU UPRDOR 'TAMAN'), 3 Revolution Avenue, Anapa, Krasnodar 353440, Russia; Website http://fkutaman.ru/; Email Address office@fkutaman.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

FEDERAL STATE INSTITUTION MILITARY UNIT 20924 (a.k.a. 924TH STATE CENTER FOR UAV AVIATION; a.k.a. FEDERALNOE KAZENNOE UCHREZHDENIE VOISKOVAIA CHAST 20924; a.k.a. "924 GTSBA"), 5 Proezd Artilleristov, Kolomna, Moscow Oblast 140415, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2013; Target Type Government Entity; Tax ID No. 5022050639 (Russia); Registration Number 1165022050808 (Russia) [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

FEDERAL STATE INSTITUTION MILITARY UNIT 25969 (a.k.a. COMMAND OF THE MILITARY TRANSPORT AVIATION; a.k.a. FEDERALNOE KAZENNOE UCHREZHDENIE VOISKOVAIA CHAST 25969; a.k.a. "MILITARY TRANSPORT AVIATION" (Cyrillic: "ВОЕННО-ТРАНСПОРТНАЯ АВИАЦИЯ"); a.k.a. "VTA" (Cyrillic: "ВТА"); a.k.a. "VTA COMMAND"), ul. Matrosskaia Tishina, 10, Moscow 107014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jun 1931; Target Type Government Entity; Tax ID No. 7718786880 (Russia); Registration Number 1097746767821 (Russia) [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

FEDERAL STATE INSTITUTION MILITARY UNIT 40056 (a.k.a. GLAVNOYE UPRAVLENIE GLUBOKOVODNYKH ISSLEDOVANII; a.k.a. MAIN DIRECTORATE OF DEEP SEA RESEARCH; a.k.a. "GUGI"), 26A Onezhskaya Str., Moscow 125413, Russia; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 08 Dec 2009; Tax ID No. 7743763446 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

FEDERAL STATE INSTITUTION OF HIGHER VOCATIONAL EDUCATION MOSCOW INSTITUTE OF PHYSICS AND TECHNOLOGY (a.k.a. MOSKOVSKIY FIZIKO TEKHNICHESKIY INSTITUT; a.k.a. "MFTI"; a.k.a. "MIPT"), 9 Institutskiy Per., Dolgoprudny, Moscow Region 141701, Russia; 1 A Kerchenskaya St., Moscow 117303, Russia; Ulitsa Gagarina 16, Zhukovsky, Moscow Region 140180, Russia; Klimentovsky Pereulok 1 Stroyeniye 1, Moscow 115184, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 5008006211 (Russia); Registration Number 1027739386135 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

FEDERAL STATE INSTITUTION STATE RESEARCH INSTITUTE OF CHEMICAL PRODUCTS (a.k.a. FEDERALNOE KAZENNOE PREDPRIIATIE GOSUDARSTVENNYI NAUCHNO ISSLEDOVATELSKII INSTITUT KHIMICHESKIKH PRODUKTOV; a.k.a. FKP GOSNIIKHP; a.k.a. GOSUDARSTVENNYI NAUCHNO ISSLEDOVATELSKII INSTITUT KHIMICHESKIKH PRODUKTOV), Ul. Svetlaya D. 1, Kazan 420033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 1656003409 (Russia); Registration Number 1021603067683 (Russia) [RUSSIA-EO14024].

FEDERAL STATE OWNED UNITARY ENTERPRISE FOREIGN TRADE ASSOCIATION ALMAZJUVELIREXPORT (a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION ALMAZYUVELIREXPORT; a.k.a. VO ALMAZYUVELIREKSPORT AO), BR Zubovskii D. 25, K. 1, Moscow 119021, Russia; Ul. Ostozhenka D. 22/1, Moscow 119034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704485379 (Russia); Registration Number 1197746226886 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE ALEXANDROV RESEARCH INSTITUTE OF

TECHNOLOGY (a.k.a. ALEKSANDROV SCIENTIFIC RESEARCH TECHNOLOGICAL INSTITUTE NITI; a.k.a. FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE NAUCHNO ISSLEDOVATELSKII TEKHNOLOGICHESKII INSTITUT IMENI AP ALEKSANDROVA; a.k.a. FGUP NITI IM AP ALEKSANDROVA), Koporskoe Highway, House 72, Sosnovy Bor 188540, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1962; Tax ID No. 4714000067 (Russia); Registration Number 1024701759565 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE ALL RUSSIAN RESEARCH INSTITUTE OF OIL GEOLOGY (a.k.a. FGBU VNIGNI), 36 shosse Entuziastov, Moscow 105118, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720330291 (Russia); Registration Number 1167746108672 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE ALL-RUSSIAN AUTOMATICS RESEARCH INSTITUTE NAMED AFTER N.L. DUKHOV (a.k.a. ALL-RUSSIA RESEARCH INSTITUTE OF AUTOMATICS; a.k.a. FEDERAL STATE UNITARY ENTERPRISE DUKHOV AUTOMATICS RESEARCH INSTITUTE; a.k.a. "VNIIA"), 22 Sushchevskaya st., Moscow 127055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 15 Apr 1994; Tax ID No. 7707074137 (Russia); Registration Number 1027739646164 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF AVIATION MATERIALS OF THE NATIONAL RESEARCH CENTER KURCHATOV INSTITUTE STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION (a.k.a. ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF AVIATION MATERIALS; a.k.a. NRC KURCHATOV INSTITUTE - VIAM; a.k.a. VSEROSSISKIY INSTITUT AVIATSIONNYKH MATERIALOV (Cyrillic: ВСЕРОССИЙСКИЙ ИНСТИТУТ АВИАЦИОННЫХ МАТЕРИАЛОВ); a.k.a. VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT AVIATSIONNYKH MATERIALOV; a.k.a. "VIAM" (Cyrillic: "ВИАМ")), 17, Radio Street, Moscow,

Russia; Website www.viam.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701024933 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE ATOMFLOT (a.k.a. FSUE ATOMFLOT (Cyrillic: ФГУП АТОМФЛОТ)), 1 Ter. Murmansk-17, Murmansk 183038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5192110268 (Russia); Registration Number 1025100864117 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE CENTER FOR OPERATION OF SPACE GROUND BASED INFRASTRUCTURE (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTR EKSPLUATATSII OBEKTOV NAZEMNOI KOSMICHESKOI INFRASTRUKTURY; a.k.a. FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE TSENTR EKSPLUATATSII OBEKTOV NAZEMNOI KOSMICHESKOI INFRASTRUKTURY; a.k.a. "AO TSENKI"; a.k.a. "FSUE TSENKI"), 42 Shchepkina Str., Moscow 129110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9702013720 (Russia); Registration Number 1207700033760 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE CENTRAL ORDER OF THE RED BANNER SCIENTIFIC RESEARCH AUTOMOBILE AND AUTOMOTIVE ENGINES INSTITUTE NAMI (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ЦЕНТРАЛЬНЫЙ ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ АВТОМОБИЛЬНЫЙ И АВТОМОТОРНЫЙ ИНСТИТУТ НАМИ) (a.k.a. FSUE NAMI (Cyrillic: ФГУП НАМИ)), 2 Avtomotornaya Street, Moscow 125438, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7711000924 (Russia); Registration Number 1027739228406 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE CENTRAL RESEARCH INSTITUTE OF STRUCTURAL MATERIALS PROMETEY NAMED BY I.V. GORYNIN OF NATIONAL RESEARCH CENTER KURCHATOV INSTITUTE (a.k.a. FSUE CRISM PROMETEY; a.k.a. NRC KURCHATOV INSTITUTE CRISM PROMETEY), 49 Shpalernaya str., Saint Petersburg 191015, Russia; st. 120th Gatchina Division, 12, Gatchina, Leningrad Region,

Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7815021340 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF ECONOMICS INFORMATICS AND MANAGEMENT SYSTEMS (a.k.a. "AO TSNII EISU" (Cyrillic: "ЦНИИ ЭИСУ"); a.k.a. "CNIIEISU"), Ul. Bronnaya M D., STR. 1, Saint Petersburg 123104, Russia; Website cniieisu.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Nov 1991; Organization Type: Other information technology and computer service activities; Target Type Government Entity; Tax ID No. 7703824477 (Russia); Registration Number 1147748143344 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE 'CRIMEAN RAILWAY' (a.k.a. CRIMEAN RAILWAY; a.k.a. KRYMZHD; a.k.a. THE RAILWAYS OF CRIMEA), 34 Pavlenko Street, Simferopol, Republic of Crimea 95006, Ukraine; Website http://www.crimearw.ru; Email Address ngkkjd@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1159102022738; V.A.T. Number 9102157783 [UKRAINE-EO13685].

FEDERAL STATE UNITARY ENTERPRISE DUKHOV AUTOMATICS RESEARCH INSTITUTE (a.k.a. ALL-RUSSIA RESEARCH INSTITUTE OF AUTOMATICS; a.k.a. FEDERAL STATE UNITARY ENTERPRISE ALL-RUSSIAN AUTOMATICS RESEARCH INSTITUTE NAMED AFTER N.L. DUKHOV; a.k.a. "VNIIA"), 22 Sushchevskaya st., Moscow 127055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 15 Apr 1994; Tax ID No. 7707074137 (Russia); Registration Number 1027739646164 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE FEDERAL CENTER OF DUAL TECHNOLOGIES SOYUZ (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ФЕДЕРАЛЬНЫЙ ЦЕНТР ДВОЙНЫХ ТЕХНОЛОГИЙ СОЮЗ) (a.k.a. FEDERAL CENTER FOR DUAL USE TECHNOLOGIES SOYUZ; a.k.a. FEDERAL STATE UNITARY

ENTERPRISE FTSDT SOYUZ; a.k.a. FSUE FCDT SOYUZ), 42 Zhukov Academy St., Dzerzhinskiy, Moscow Region 140090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5027030450 (Russia); Registration Number 1025007270375 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE FOREIGN ECONOMIC ASSOCIATION PROMSYRIOIMPORT (a.k.a. PROMSYRIOIMPORT; a.k.a. PROMSYRIOIMPORT FOREIGN ECONOMIC ASSOCIATION S.O.C.; a.k.a. VO PROMSYRIEIMPORT (Cyrillic: ВО ПРОМСЫРЬЕИМПОРТ); a.k.a. VO PROMSYRIEIMPORT FGUP; a.k.a. VO PROMSYRIOIMPORT), d. 13 str. 4, bulvar Novinski, Moscow 121099, Russia; 13 Novinski Boulevard, Moscow 121834, Russia; Novinskiy Boulevard 13, Building 4, Moscow 123995, Russia; Novinsky bld. 13, build 4, Moscow 121099, Russia; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 7704140399 (Russia); Government Gazette Number 01860331; Registration Number 1027700499903 (Russia) [IRAN-EO13902].

FEDERAL STATE UNITARY ENTERPRISE FTSDT SOYUZ (a.k.a. FEDERAL CENTER FOR DUAL USE TECHNOLOGIES SOYUZ; a.k.a. FEDERAL STATE UNITARY ENTERPRISE FEDERAL CENTER OF DUAL TECHNOLOGIES SOYUZ (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ФЕДЕРАЛЬНЫЙ ЦЕНТР ДВОЙНЫХ ТЕХНОЛОГИЙ СОЮЗ); a.k.a. FSUE FCDT SOYUZ), 42 Zhukov Academy St., Dzerzhinskiy, Moscow Region 140090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5027030450 (Russia); Registration Number 1025007270375 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE GOSNIIAS (a.k.a. STATE RESEARCH INSTITUTE OF AVIATION SYSTEMS; a.k.a. STATE RESEARCH INSTITUTE OF AVIATION SYSTEMS STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION), Victorenko st., 7, Moscow 124167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Jan 1992; Tax ID No. 7714037739 (Russia); Registration Number 1027700227720 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE HYDROGRAPHIC COMPANY (a.k.a. FGUP GIDROGRAFICHESKOE PREDPRIYATIE (Cyrillic: ФГУП ГИДРОГРАФИЧЕСКОЕ ПРЕДПРИЯТИЕ); a.k.a. FGUP HYDROGRAPHIC COMPANY STATE CORPORATION ROSATOM; a.k.a. ROSATOMPORT; a.k.a. RUSSIA GOVT HYDROGRAPHIC DEPT), Prospekt Moskovskii, 12, Saint Petersburg 190031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Apr 1994; Organization Type: Inland freight water transport; Tax ID No. 7812022096 (Russia); Registration Number 1027810266758 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE INTERNATIONAL INFORMATION AGENCY ROSSIYA SEGODNYA (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ МЕЖДУНАРОДНОЕ ИНФОРМАЦИОННОЕ АГЕНТСТВО РОССИЯ СЕГОДНЯ) (a.k.a. FEDERAL STATE UNITARY ENTERPRISE INTERNATIONAL INFORMATION AGENCY RUSSIA TODAY; a.k.a. MIA ROSSIYA SEGODNYA; a.k.a. RUSSIA TODAY INTERNATIONAL NEWS AGENCY), 4 Zubovsky Boulevard, Moscow 119021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Dec 2013; Tax ID No. 7704853840; Registration Number 5137746242937 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE INTERNATIONAL INFORMATION AGENCY RUSSIA TODAY (a.k.a. FEDERAL STATE UNITARY ENTERPRISE INTERNATIONAL INFORMATION AGENCY ROSSIYA SEGODNYA (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ МЕЖДУНАРОДНОЕ ИНФОРМАЦИОННОЕ АГЕНТСТВО РОССИЯ СЕГОДНЯ); a.k.a. MIA ROSSIYA SEGODNYA; a.k.a. RUSSIA TODAY INTERNATIONAL NEWS AGENCY), 4 Zubovsky Boulevard, Moscow 119021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Dec 2013; Tax ID No. 7704853840; Registration Number 5137746242937 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE KRONSHTADTSKYY MORSKOY FACTORY MINOBORONY ROSSII (a.k.a. FEDERAL STATE UNITARY ENTERPRISE KRONSTADT MARINE PLANT OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. JOINT STOCK COMPANY KRONSTADT MARINE PLANT; a.k.a. KRONSTADT MARINE PLANT), Kronstadt, St. Petrovskaya, 2, Kronstadt District, St. Petersburg 197762, Russia; Website kmolz.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Apr 1997; Tax ID No. 7818001991 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

FEDERAL STATE UNITARY ENTERPRISE KRONSTADT MARINE PLANT OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (a.k.a. FEDERAL STATE UNITARY ENTERPRISE KRONSHTADTSKYY MORSKOY FACTORY MINOBORONY ROSSII; a.k.a. JOINT STOCK COMPANY KRONSTADT MARINE PLANT; a.k.a. KRONSTADT MARINE PLANT), Kronstadt, St. Petrovskaya, 2, Kronstadt District, St. Petersburg 197762, Russia; Website kmolz.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Apr 1997; Tax ID No. 7818001991 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

FEDERAL STATE UNITARY ENTERPRISE KRYLOVSKY STATE RESEARCH CENTER (a.k.a. KRYLOV STATE CENTER; a.k.a. KRYLOV STATE RESEARCH CENTER (Cyrillic: КРЫЛОВСКИЙ ГОСУДАРСТВЕННЫЙ НАУЧНЫЙ ЦЕНТР); a.k.a. KRYLOV STATE SCIENTIFIC CENTER FEDERAL STATE UNITARY ENTERPRISE), 44, Moskovskoe shosse, St. Petersburg 196158, Russia; Slavyanskaya pl., d. 2/5/4, str. 3, Moscow 109240, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Sep 2001; Tax ID No. 7810213747 (Russia); Registration Number 1027804905303 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE MINING AND CHEMICAL COMBINE (a.k.a. MINING AND CHEMICAL COMPLEX FEDERAL STATE UNITARY ENTERPRISE; a.k.a. "GKHK"; a.k.a. "MCC FSUE"), 53 zd., ul. Lenina, Zheleznogorsk 662970, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 2452000401

(Russia); Registration Number 1022401404871 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE MNIIRIP (a.k.a. MITISHINSKIY SCIENTIFIC RESEARCH INSTITUTE OF RADIO MEASURING INSTRUMENTS; a.k.a. MYTISHCHI RESEARCH INSTITUTE FOR RF MEASUREMENT INSTRUMENTS), ul Kolpakova, 2A / lit B1, 3 etazh Kabinet 86,87, Mytishchi, Moskovskaya 141002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5029008940 (Russia); Registration Number 1035005501629 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE NIIPA (a.k.a. APPLIED ACOUSTICS RESEARCH INSTITUTE; a.k.a. FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE NAUCHNO ISSLEDOVATELSKII INSTITUT PRIKLADNOI AKUSTIKI; a.k.a. SCIENTIFIC RESEARCH INSTITUTE OF APPLIED ACOUSTICS; a.k.a. "AARI"; a.k.a. "FGUP NIIPA"; a.k.a. "RIAA"), 9 May St., 7A, Dubna 141981, Russia; 16A Nagatinskaia Ul, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010007607 (Russia); Registration Number 1035002202070 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE RESEARCH INSTITUTE OF SYNTHETIC RUBBER (a.k.a. FEDERAL STATE UNITARY ENTERPRISE S.V. LEBEDEV INSTITUTE OF SYNTHETIC RUBBER; a.k.a. FEDERALNOYE GOSUDARSTVENNOYE UNITARNOYE PREDPRIYATIYE NAUCHNO-ISSLEDOVATELSKIY INSTITUT SINTETICHESKOGO KAUCHUKA; a.k.a. "FGUP-NIISK"; a.k.a. "FSUE ISR"; a.k.a. "FSUE RISR"), 1 Gapsalskaya Str., St. Petersburg 198035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Dec 2021; Tax ID No. 7805005251 (Russia); Registration Number 1027802761733 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ACADEMICIAN E.I. ZABABKHIN ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF TECHNICAL PHYSICS (a.k.a. CHELYABINSK-70; a.k.a. KASLI NUCLEAR WEAPONS DEVELOPMENT CENTER; a.k.a. RUSSIAN FEDERAL NUCLEAR CENTER - ZABABAKHIN ALL-RUSSIA RESEARCH

INSTITUTE OF TECHNICAL PHYSICS; a.k.a. VSEROSSIYSKY NAUCHNO-ISSLEDOVATELSKIY INSTITUT TEKHNICHESKOY FIZIKI; a.k.a. ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. ZABABAKHIN INSTITUTE; a.k.a. "RFNC-VNIITF"; a.k.a. "VNIITF"), P.O. Box 245, Snezhinsk, Chelyabinsk Region 456770, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1955; Tax ID No. 7423000572 (Russia); Registration Number 1027401350932 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS (a.k.a. ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. ARZAMAS-16; a.k.a. AVANGARD ELECTROMECHANICAL PLANT; a.k.a. KHARITON INSTITUTE; a.k.a. SAROV NUCLEAR WEAPONS PLANT; a.k.a. VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT EKSPERIMENTALNOY; a.k.a. "RFNC-VNIIEF"; a.k.a. "VNIIEF"), 10 Muzrukov Ave, Sarov, Nizhny Novgorod Region 607188, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1992; Tax ID No. 5254001230 (Russia); Registration Number 1025202199791 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE S.V. LEBEDEV INSTITUTE OF SYNTHETIC RUBBER (a.k.a. FEDERAL STATE UNITARY ENTERPRISE RESEARCH INSTITUTE OF SYNTHETIC RUBBER; a.k.a. FEDERALNOYE GOSUDARSTVENNOYE UNITARNOYE PREDPRIYATIYE NAUCHNO-ISSLEDOVATELSKIY INSTITUT SINTETICHESKOGO KAUCHUKA; a.k.a. "FGUP-NIISK"; a.k.a. "FSUE ISR"; a.k.a. "FSUE RISR"), 1 Gapsalskaya Str., St. Petersburg 198035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Dec 2021; Tax ID No. 7805005251 (Russia); Registration Number 1027802761733 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE SCIENTIFIC AND PRODUCTION ENTERPRISE GAMMA (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ НАУЧНО-ПРОИЗВОДСТВЕННОЕ ПРЕДПРИЯТИЕ ГАММА) (a.k.a. FGUP NPP GAMMA (Cyrillic: ФГУП НПП ГАММА); a.k.a. FSUE NPP GAMMA; a.k.a. NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE GAMMA), Ul. Profsoyuznaya D. 78, Str. 4, Moscow 117393, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Aug 1991; Tax ID No. 7728044373 (Russia); Registration Number 1027739443830 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE SCIENTIFIC RESEARCH INSTITUTE OF COMMUNICATION AND CONTROL SYSTEMS (a.k.a. JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE OF COMMUNICATION AND CONTROL SYSTEMS; a.k.a. JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE OF COMMUNICATION SYSTEMS AND AUTOMATED CONTROL SYSTEMS; a.k.a. JSC NIICS AND ACS; a.k.a. "AO NIISSU"), Starokaluzhskoe Shosse D. 58, Moscow 117630, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jan 1992; Tax ID No. 7728804257 (Russia); Registration Number 1127746262390 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE STATE RESEARCH AND PRODUCTION ENTERPRISE BAZALT (a.k.a. AO NPO BAZALT; a.k.a. FSUE SRPE BAZALT; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION BAZALT), 32 Velyaminovskaya, Moscow 105318, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719830028 (Russia); Registration Number 1127747209501 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE SZ MORYE (a.k.a. FEDERAL SUE SHIPYARD 'MORYE'; a.k.a. FSUE SZ 'MORYE'; a.k.a. MORYE SHIPYARD; a.k.a. "MORE SHIPYARD"), 1 Desantnikov Street, Feodosia, Crimea 98176, Ukraine; Website http://moreship.ru/; Email Address office@moreship.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

FEDERAL STATE UNITARY ENTERPRISE ZAPORIZHZHYA NUCLEAR POWER PLANT (a.k.a. FSUE ZAPOROZHSKAYA NPP; a.k.a. ZAPOROZHYE NPP FEDERAL STATE UNITARY ENTERPRISE; a.k.a. "ZNPP FSUE"), Ul. promyshlennaya d. 133, Enerhodar, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Oct 2022; Target Type State-Owned Enterprise; Tax ID No. 7743394421 (Russia); Registration Number 1227700644270 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY GEOLOGY ENTERPRISE URANGEOLOGORAZVEDKA (a.k.a. URANGEO AO (Cyrillic: УРАНГЕО АО); a.k.a. URANGEOLOGORAZVEDKA AO), Ulitsa Gogolya, Dom 53, Irkutsk 664039, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3812016610 (Russia); Registration Number 1173850005251 (Russia) [RUSSIA-EO14024].

FEDERAL SUE SHIPYARD 'MORYE' (a.k.a. FEDERAL STATE UNITARY ENTERPRISE SZ MORYE; a.k.a. FSUE SZ 'MORYE'; a.k.a. MORYE SHIPYARD; a.k.a. "MORE SHIPYARD"), 1 Desantnikov Street, Feodosia, Crimea 98176, Ukraine; Website http://moreship.ru/; Email Address office@moreship.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

FEDERALNAYA SLUZHBA BEZOPASNOSTI (a.k.a. FEDERAL SECURITY SERVICE; a.k.a. "FSB"), Ulitsa Kuznetskiy Most, Dom 22, Moscow 107031, Russia; Lubyanskaya Ploschad, Dom 2, Moscow 107031, Russia; 1/3 Bolshaya Lubyanka St, Moscow 107031, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1994; Target Type Government Entity [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024] [HOSTAGES-EO14078].

FEDERALNOE AGENTSTVO NOVOSTEI OOO (a.k.a. FEDERAL NEWS AGENCY LLC), d. 18 litera A. pom. 2-N, UL. Vsevoloda Vishnevskogo, St. Petersburg, Russia; Moscow,

Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: LIMITED LIABILITY COMPANY CONCORD MANAGEMENT AND CONSULTING).

FEDERALNOE GOSUDARSTVENNOE AVTONOMNOE UCHREZHDENIE KONGRESSNO VYSTAVOCHNYI TSENTR PATRIOT (a.k.a. FEDERAL STATE AUTONOMOUS INSTITUTION CONGRESS AND EXHIBITION CENTER PATRIOT; a.k.a. "FGAU KVTS PATRIOT"; a.k.a. "PATRIOT CEC"; a.k.a. "PATRIOT CONGRESS AND EXHIBITION CENTER"), str. 2 ter. Park Patriot, Odintsovsky 143070, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 3666026141 (Russia); Registration Number 1023601560465 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya,

Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE NAUKI INSTITUT TEORETICHESKOI I PRIKLADNOI MEKHANIKI IM SA KHRISTIANOVICHA SIBIRSKOGO OTDELENIIA ROSSIISKOI AKADEMII NAUK (a.k.a. ITAM SB RAS; a.k.a. ITPM SO RAN; a.k.a. RUSSIAN ACADEMY OF SCIENCES SIBERIAN BRANCH KHRISTIANOVICH INSTITUTE OF THEORETICAL AND APPLIED MECHANICS), 4/1 Institutskaya ul., Novosibirsk 630090, Russia; 74 Taimyrskaia ul., Tyumen, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5408100018 (Russia); Registration Number 1025403641900 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BJUDZHETNOE UCHREZHDENIE TSENTRALNYJ NAUCHNO-ISSLEDOVATELSKIJ INSTITUT VOJSK VOSDUSHNO-KOSMICHESKOJ OBORONY MINOBORONY ROSSII (a.k.a. CENTRAL RESEARCH INSTITUTE OF THE RUSSIAN AIR AND SPACE FORCES; a.k.a. FGBU TSNII VVKO MINOBORONY ROSSII; a.k.a. "TSNII VVKO"), 32 Afanasiya Nikitina Waterfront, Tver 170026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5018163975 (Russia); Registration Number 1145018002711 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA GROZNENSKI GOSUDARSTVENNY NEFTYANOI TEKHNICHESKI UNIVERSITET IMENI AKADEMIKA M.D. MILLIONSHCHIKOVA (a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION GROZNY STATE OIL TECHNICAL UNIVERSITY NAMED AFTER ACADEMICIAN M.D. MILLIONSHCHIKOV; a.k.a. GGNTU IM. AKAD. M.D. MILLIONSHCHIKOVA FGBOU VO GGNTU IM. AKAD. M. D. MILLIONSHCHIKOVA FGBU; a.k.a. GROZNY STATE OIL TECHNICAL UNIVERSITY; a.k.a. GROZNY STATE OIL TECHNICAL UNIVERSITY NAMED AFTER

M.D. MILLIONSHIKOVA), 100, Isaeva av., Grozny 364024, Russia; 100, prospekt Imeni Khuseina Abubakarovicha Isaeva, Grozny, Chechnya Republic 364051, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jun 2000; Organization Type: Higher education; Tax ID No. 2020000531 (Russia); Government Gazette Number 45267841 (Russia); Registration Number 1022002549580 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA MOSKOVSKII AVIATSIONNYI INSTITUT NATSIONALNYI ISSLEDOVATELSKII UNIVERSITET (a.k.a. MOSCOW AVIATION INSTITUTE; a.k.a. "MAI"), Shosse Volokolamskoe D. 4, Moscow 125993, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Jun 1994; Tax ID No. 7712038455 (Russia); Registration Number 1037739180820 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA ROSSISKI GOSUDARSTVENNY GEOLOGORAZVEDOCHNY UNIVERSITET IMENI SERGO ORDZHONIKIDZE (a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SERGO ORDZHONIKIDZE RUSSIAN STATE UNIVERSITY FOR GEOLOGICAL PROSPECTING; a.k.a. MOSCOW GEOLOGICAL PROSPECTING INSTITUTE; a.k.a. SERGO ORDZHONIKIDZE GEO UNIVERSITY; a.k.a. "MGRI-RSGPU"), Miklouho-Maclay St. 23., Moscow 117997, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728028967 (Russia); Government Gazette Number 02068835 (Russia); Registration Number 1027739347723 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA SANKT PETERBURGSKI GORNY UNIVERSITET (a.k.a. FEDERAL STATE BUDGET EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SAINT PETERSBURG MINING UNIVERSITY;

f.k.a. NATSIONALNY MINERALNOSYREVOI UNIVERSITET GORNY, UCH; a.k.a. SAINT PETERSBURG MINING UNIVERSITY (Cyrillic: САНКТ ПЕТЕРБУРГСКИЙ ГОРНЫЙ УНИВЕРСИТЕТ); a.k.a. SPGU GORNY UNIVERSITET FGBU; a.k.a. "NATIONAL MINERAL RESOURCES UNIVERSITY"; a.k.a. "SPMI"), 2, 21st Line, St Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801021076 (Russia); Government Gazette Number 02068508 (Russia); Registration Number 1027800507591 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE 46 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII (a.k.a. 46TH CENTRAL RESEARCH AND DEVELOPMENT INSTITUTE OF THE MINISTRY OF DEFENSE; a.k.a. 46TH CENTRAL RESEARCH INSTITUTE; a.k.a. 46TH TSNII; a.k.a. FGBU 46 TSNII MINOBORONY ROSSII), PR Chukotskii, D. 8, Moscow 129327, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716567668 (Russia); Registration Number 1077746005809 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII NAUK (f.k.a. FEDERAL GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII NAUK UCH; a.k.a. FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FITS KAZNTS RAN; a.k.a. FITS KAZNTS RAN FGBU; a.k.a. FRC KAZSC RAS), d. 2/31, ul. Lobachevskogo, Kazan, Tatarstan Republic 420111, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Apr 1991; Tax ID No. 1655022127 (Russia); Government Gazette Number 33859469 (Russia); Registration Number 1021602842359 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZICHESKIKH PROBLEM IM. P.L. KAPITSY ROSSISKOI AKADEMII NAUK (f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZICHESKIKH PROBLEM IM. P.L. KAPITSY ROSSISKOI AKADEMII NAUK BU; a.k.a. P.L. KAPITZA INSTITUTE FOR PHYSICAL PROBLEMS, RUSSIAN ACADEMY OF SCIENCES; a.k.a. "IFP RAN FGBU"; a.k.a. "KIPP"), Kapitaza Institute, 2 ul. Kosygina, Moscow 119334, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Jan 1994; Tax ID No. 7736039850 (Russia); Government Gazette Number 02699338 (Russia); Registration Number 1037739409311 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZICHESKIKH PROBLEM IM. P.L. KAPITSY ROSSISKOI AKADEMII NAUK BU (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZICHESKIKH PROBLEM IM. P.L. KAPITSY ROSSISKOI AKADEMII NAUK; a.k.a. P.L. KAPITZA INSTITUTE FOR PHYSICAL PROBLEMS, RUSSIAN ACADEMY OF SCIENCES; a.k.a. "IFP RAN FGBU"; a.k.a. "KIPP"), Kapitaza Institute, 2 ul. Kosygina, Moscow 119334, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Jan 1994; Tax ID No. 7736039850 (Russia); Government Gazette Number 02699338 (Russia); Registration Number 1037739409311 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK BU (f.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE INSTITUTE OF SOLID STATE PHYSICS N.A. YU. A. OSIPYAN OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK FGBU; a.k.a. INSTITUTE OF SOLID STATE PHYSICS OF THE ACADEMY OF SCIENCES SSSR; a.k.a. OSIPYAN INSTITUTE OF SOLID STATE PHYSICS OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "IFTT RAN"; a.k.a. "ISSP

RAS"), d. 2, ul. Akademika Osipyana, Chernogolovka, Moskovskaya Obl 142432, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Mar 1998; Tax ID No. 5031003120 (Russia); Government Gazette Number 02699796 (Russia); Registration Number 1025003915243 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK FGBU (f.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE INSTITUTE OF SOLID STATE PHYSICS N.A. YU. A. OSIPYAN OF THE RUSSIAN ACADEMY OF SCIENCES; f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK BU; a.k.a. INSTITUTE OF SOLID STATE PHYSICS OF THE ACADEMY OF SCIENCES SSSR; a.k.a. OSIPYAN INSTITUTE OF SOLID STATE PHYSICS OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "IFTT RAN"; a.k.a. "ISSP RAS"), d. 2, ul. Akademika Osipyana, Chernogolovka, Moskovskaya Obl 142432, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Mar 1998; Tax ID No. 5031003120 (Russia); Government Gazette Number 02699796 (Russia); Registration Number 1025003915243 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT KOSMICHESKIKH ISSLEDOVANI ROSSISKOI AKADEMII NAUK (a.k.a. IKI RAN FGBU; a.k.a. SPACE RESEARCH INSTITUTE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "IKI RAS"), Ul Profsoyuznaya, D 84/32, Moscow 117997, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728113806 (Russia); Government Gazette Number 02698692 (Russia); Registration Number 1027739475279 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT LAZERNOI FIZIKI SIBIRSKOGO OTDELENIYA ROSSISKOI AKADEMII NAUK (a.k.a. ILF SO RAN FGBU; a.k.a. INSTITUTE OF LASER PHYSICS OF THE SIBERIAN BRANCH OF THE RAS; a.k.a. INSTITUTE OF

LASER PHYSICS OF THE SIBERIAN BRANCH OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. INSTITUTE OF LASER PHYSICS SB RAS; a.k.a. "ILP SB RAS"), 15B, prospekt Akademika Lavrenteva, Novosibirsk, Novosibirskaya Obl. 630090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Aug 1991; Tax ID No. 5408105471 (Russia); Government Gazette Number 11822515 (Russia); Registration Number 1025403665572 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT YADERNOL FIZIKI IM. G.I. BUDKERA SIBIRSKOGO OTDELENIYA ROSSISKOI AKADEMII NAUK (a.k.a. BUDKER INSTITUTE OF NUCLEAR PHYSICS OF SB RAS; a.k.a. BUDKER INSTITUTE OF NUCLEAR PHYSICS OF SIBERIAN BRANCH RUSSIAN ACADEMY OF SCIENCES; f.k.a. INSTITUTE OF NUCLEAR PHYSICS OF THE SIBERIAN BRANCH OF THE USSR ACADEMY OF SCIENCE; a.k.a. IYAF SO RAN FGBU; a.k.a. "BINP SB RAS"), Prospkt Akademika Lavrentyeva D 11, Novosibirsk 630090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Jul 1994; Tax ID No. 5408105577 (Russia); Government Gazette Number 03533872 (Russia); Registration Number 1025403658136 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE SANATORI NIZHNYAYA OREANDA UPRAVLENIYA (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE SANATORI NIZHNYAYA OREANDA UPRAVLENIYA DELAMI PREZIDENTA ROSSISKOI FE; a.k.a. FGBU SANATORI NIZHNYAYA OREANDA; a.k.a. RESORT NIZHNYAYA OREANDA; a.k.a. SANATORIUM NIZHNYAYA OREANDA), Pgt Oreanda, Dom 12, Yalta, Crimea 298658, Ukraine; Resort Nizhnyaya Oreanda, Oreanda, Yalta 08655, Crimea; Oreanda - 12, Yalta 298658, Crimea; Website http://www.oreanda.biz; Email Address info@oreanda.biz; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102054221; Tax ID No. 9103006321; Government Gazette Number 00705605 [UKRAINE-EO13685].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE SANATORI NIZHNYAYA OREANDA UPRAVLENIYA DELAMI PREZIDENTA ROSSISKOI FE (f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE SANATORI NIZHNYAYA OREANDA UPRAVLENIYA; a.k.a. FGBU SANATORI NIZHNYAYA OREANDA; a.k.a. RESORT NIZHNYAYA OREANDA; a.k.a. SANATORIUM NIZHNYAYA OREANDA), Pgt Oreanda, Dom 12, Yalta, Crimea 298658, Ukraine; Resort Nizhnyaya Oreanda, Oreanda, Yalta 08655, Crimea; Oreanda - 12, Yalta 298658, Crimea; Website http://www.oreanda.biz; Email Address info@oreanda.biz; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102054221; Tax ID No. 9103006321; Government Gazette Number 00705605 [UKRAINE-EO13685].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENNIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR INSTITUT OBSHCHEI FIZIKI IM. A.M. PROKHOROVA ROSSISKOI AKADEMII NAUK (a.k.a. A.M. PROKHOROV GENERAL PHYSICS INSTITUTE RUSSIAN ACADEMY OF SCIENCES; a.k.a. PROKHOROV GENERAL PHYSICS INSTITUTE OF RAS; a.k.a. PROKHOROV GENERAL PHYSICS INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. RUSSIAN ACADEMY OF SCIENCES - ALEXANDR MIKHAILOVICH PROKHOROV GENERAL PHYSICS INSTITUTE; a.k.a. "GPI RAS"; a.k.a. "IOF RAN"; a.k.a. "IOF RAN FGBU"), d. 38, ul. Vavilova, Moscow 119991, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Sep 1993; Tax ID No. 7736029700 (Russia); Government Gazette Number 02700457 (Russia); Registration Number 1027700378595 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE UCHREZHDENIE FEDERALNYY NAUCHNYY TSENTR NAUCHNO-ISSLEDOVATELSKIY INSTITUT SISTEMNYKH ISSLEDOVANIY ROSSIYSKOY AKADEMII NAUK (a.k.a. FEDERAL STATE INSTITUTION FEDERAL SCIENTIFIC CENTER SCIENTIFIC RESEARCH INSTITUTE FOR SYSTEM ANALYSIS OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FGU FNTS NIISI RAN; a.k.a. FSI FSC SRISA RAS; a.k.a. SCIENTIFIC

RESEARCH INSTITUTE OF SYSTEM ANALYSIS, RUSSIAN ACADEMIC OF SCIENCES), Nakhimovsky Prospect, 36, Building 1, Moscow 117218, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727086772 (Russia); Registration Number 1027700384909 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE NAUCHNO ISSLEDOVATELSKII INSTITUT PRIKLADNOI AKUSTIKI (a.k.a. APPLIED ACOUSTICS RESEARCH INSTITUTE; a.k.a. FEDERAL STATE UNITARY ENTERPRISE NIIPA; a.k.a. SCIENTIFIC RESEARCH INSTITUTE OF APPLIED ACOUSTICS; a.k.a. "AARI"; a.k.a. "FGUP NIIPA"; a.k.a. "RIAA"), 9 May St., 7A, Dubna 141981, Russia; 16A Nagatinskaia Ul, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010007607 (Russia); Registration Number 1035002202070 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE NAUCHNO ISSLEDOVATELSKII TEKHNOLOGICHESKII INSTITUT IMENI AP ALEKSANDROVA (a.k.a. ALEKSANDROV SCIENTIFIC RESEARCH TECHNOLOGICAL INSTITUTE NITI; a.k.a. FEDERAL STATE UNITARY ENTERPRISE ALEXANDROV RESEARCH INSTITUTE OF TECHNOLOGY; a.k.a. FGUP NITI IM AP ALEKSANDROVA), Koporskoe Highway, House 72, Sosnovy Bor 188540, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1962; Tax ID No. 4714000067 (Russia); Registration Number 1024701759565 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE TSENTR EKSPLUATATSII OBEKTOV NAZEMNOI KOSMICHESKOI INFRASTRUKTURY (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTR EKSPLUATATSII OBEKTOV NAZEMNOI KOSMICHESKOI INFRASTRUKTURY; a.k.a. FEDERAL STATE UNITARY ENTERPRISE CENTER FOR OPERATION OF SPACE GROUND BASED INFRASTRUCTURE; a.k.a. "AO TSENKI"; a.k.a. "FSUE TSENKI"), 42 Shchepkina Str., Moscow 129110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9702013720 (Russia); Registration Number 1207700033760 (Russia) [RUSSIA-EO14024].

FEDERALNOE KAZENNOE PREDPRIIATIE AMURSKII PATRONNYI ZAVOD VYMPEL IMENI PV FINOGENOVA (a.k.a. FEDERAL STATE ENTERPRISE AMUR CARTRIDGE PLANT VYMPEL; a.k.a. FKP APZ VYMPEL IM PV FINOGENOVA; a.k.a. FSE ACP VYMPEL; a.k.a. VYMPEL STATE PRODUCTION ASSOCIATION), D.12 Sh. Mashinostroitelei, Amursk 682640, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 2706000260 (Russia); Registration Number 1022700650609 (Russia) [RUSSIA-EO14024].

FEDERALNOE KAZENNOE PREDPRIIATIE AVANGARD (a.k.a. FKP AVANGARD), Ul. Olega Koshevogo D.2, Sterlitamak 453102, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 0268005588 (Russia); Registration Number 1020202089115 (Russia) [RUSSIA-EO14024].

FEDERALNOE KAZENNOE PREDPRIIATIE GOSUDARSTVENNYI NAUCHNO ISSLEDOVATELSKII INSTITUT KHIMICHESKIKH PRODUKTOV (a.k.a. FEDERAL STATE INSTITUTION STATE RESEARCH INSTITUTE OF CHEMICAL PRODUCTS; a.k.a. FKP GOSNIIKHP; a.k.a. GOSUDARSTVENNYI NAUCHNO ISSLEDOVATELSKII INSTITUT KHIMICHESKIKH PRODUKTOV), Ul. Svetlaya D. 1, Kazan 420033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 1656003409 (Russia); Registration Number 1021603067683 (Russia) [RUSSIA-EO14024].

FEDERALNOE KAZENNOE PREDPRIYATIE KOMBINAT KAMENSKI (a.k.a. FEDERAL STATE ENTERPRISE KAMENSKY COMBINE; a.k.a. KOMBINAT KAMENSKI FKP; a.k.a. "KOMBINAT KAMENSKII"), Ul. Saprygina D.8, Kamensk-Shakhtinskiy 347801, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6147025090 (Russia); Registration Number 1066147003658 (Russia) [RUSSIA-EO14024].

FEDERALNOE KAZENNOE UCHREZHDENIE VOISKOVAIA CHAST 20924 (a.k.a. 924TH STATE CENTER FOR UAV AVIATION; a.k.a. FEDERAL STATE INSTITUTION MILITARY UNIT 20924; a.k.a. "924 GTSBA"), 5 Proezd Artilleristov, Kolomna, Moscow Oblast 140415, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization

Established Date 2013; Target Type Government Entity; Tax ID No. 5022050639 (Russia); Registration Number 1165022050808 (Russia) [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

FEDERALNOE KAZENNOE UCHREZHDENIE VOISKOVAIA CHAST 25969 (a.k.a. COMMAND OF THE MILITARY TRANSPORT AVIATION; a.k.a. FEDERAL STATE INSTITUTION MILITARY UNIT 25969; a.k.a. "MILITARY TRANSPORT AVIATION" (Cyrillic: "ВОЕННО-ТРАНСПОРТНАЯ АВИАЦИЯ"); a.k.a. "VTA" (Cyrillic: "ВТА"); a.k.a. "VTA COMMAND"), ul. Matrosskaia Tishina, 10, Moscow 107014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jun 1931; Target Type Government Entity; Tax ID No. 7718786880 (Russia); Registration Number 1097746767821 (Russia) [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

FEDERALNOYE GOSUDARSTVENNOYE BYUDZHETNOYE UCHREZHDENIYE NAUKI INSTITUT OKEANOLOGII IM. P.P. SHIRSHOVA ROSSIYSKOY AKADEMII NAUK (a.k.a. P.P. SHIRSHOV INSTITUTE OF OCEANOLOGY OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "IO RAS"), 36 Nakhimovsky Avenue, Moscow 117997, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727083115 (Russia); Registration Number 1037739013388 (Russia) issued 1946 [RUSSIA-EO14024].

FEDERALNOYE GOSUDARSTVENNOYE UNITARNOYE PREDPRIYATIYE NAUCHNO-ISSLEDOVATELSKIY INSTITUT SINTETICHESKOGO KAUCHUKA (a.k.a. FEDERAL STATE UNITARY ENTERPRISE RESEARCH INSTITUTE OF SYNTHETIC RUBBER; a.k.a. FEDERAL STATE UNITARY ENTERPRISE S.V. LEBEDEV INSTITUTE OF SYNTHETIC RUBBER; a.k.a. "FGUP-NIISK"; a.k.a. "FSUE ISR"; a.k.a. "FSUE RISR"), 1 Gapsalskaya Str., St. Petersburg 198035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Dec 2021; Tax ID No. 7805005251 (Russia); Registration Number 1027802761733 (Russia) [RUSSIA-EO14024].

FEDERAZIONE ANARCHICA INFORMALE/FRONTE RIVOLUZIONARIO INTERNAZIONALE (a.k.a. INFORMAL ANARCHIST FEDERATION/INTERNATIONAL REVOLUTIONARY FRONT; a.k.a. "AUGUSTO

MASETTI INFORMAL ANARCHIST BRIGADE - INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "BRIGATA AUGUSTO MASETTI FEDERAZIONE ANARCHICA INFORMALE - FRONTE RIVOLUZIONARIO INTERNAZIONALE"; a.k.a. "CELLS AGAINST CAPITAL THE PRISON ITS JAILERS AND ITS CELLS"; a.k.a. "COOPERATIVA ARTIGIANA FUOCO E AFFINI"; a.k.a. "FAI/ANIMAL REVOLT"; a.k.a. "FAI/ARMED CELLS FOR INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/CELLS AGAINST CAPITA PRISON AND ITS JAILERS AND ITS CELLS"; a.k.a. "FAI/CRAFT COOPERATIVE FIRE AND SIMILAR/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/METROPOLITAN CELLS"; a.k.a. "FAI/NARODNAJA VOJLA"; a.k.a. "FAI/REVOLUTIONARY CELL LAMBROS FOUNTAS"; a.k.a. "FAI/REVOLUTIONARY NUCLEUS HORST FANTAZZINI"; a.k.a. "FAI/SISTERS IN ARMS MAURICIO MORALES NUCLEUS/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/TERRIBLE ANONYMOUS REVOLT"; a.k.a. "HARIS HATZIMIHELAKIS/INTERNATIONAL NERO"; a.k.a. "JULY 20 BRIGADE"; a.k.a. "JULY BRIGADE/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "SANTIAGO MALDONADO CELL"; a.k.a. "SANTIAGO MALDONADO CELL FAI-FRI"; a.k.a. "SORELLE IN ARMI, NUCLEO MAURICIO MORALES"), Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2003; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

FEDIEL, Gebreil Ibrahim Mohamed (a.k.a. IBRAHIM, Jibril; a.k.a. MOHAMED, Gibril Ibrahim), Port Sudan, Sudan; DOB 10 May 1955; POB Altina, Sudan; nationality Sudan; Gender Male; Passport D00001664 (Sudan) expires 11 Aug 2029 (individual) [SUDAN-EO14098].

FEDIN, Yuriy Sergeyevich, Ukraine; DOB 26 Mar 1989; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CYBER2] (Linked To: NEWSFRONT).

FEDKINA, Elena, Shanghai, China; DOB 31 May 1993; POB Lipetsk, Russia; nationality Russia;

Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 761827549 (Russia) expires 28 Oct 2029 (individual) [RUSSIA-EO14024].

FEDORENKO, Eleanor (a.k.a. FEDORENKO, Eleonora Mikhailovna (Cyrillic: ФЕДОРЕНКО, Элеонора Михайловна)), Donetsk, Ukraine; DOB 28 Oct 1972; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

FEDORENKO, Eleonora Mikhailovna (Cyrillic: ФЕДОРЕНКО, Элеонора Михайловна) (a.k.a. FEDORENKO, Eleanor), Donetsk, Ukraine; DOB 28 Oct 1972; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

FEDORENKO, Konstantin Albertovich (Cyrillic: ФЕДОРЕНКО, Константин Альбертович), 15 Pushkina St, Belorechensk, Belorechensky District, Krasnodar Territory, Russia; DOB 29 Dec 1976; POB Belorechensk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTE INTERNATIONAL CHILDREN CENTER ARTEK).

FEDOROV, Yury Viktorovich (Cyrillic: ФЁДОРОВ, Юрий Викторович) (a.k.a. FYODOROV, Yury Viktorovich), Russia; DOB 01 Jan 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

FEDOROVSKOE LLC (a.k.a. FEDOROVSKOE OOO (Cyrillic: ФЕДОРОВСКОЕ ООО); f.k.a. RG NEDRA 1 LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РГ НЕДРА 1)), 69 Novocheremushkinskaya St., Moscow 117418, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7604330100 (Russia); Registration Number 1177627026257 (Russia) [RUSSIA-EO14024] (Linked To: USM GOLD LIMITED LIABILITY COMPANY).

FEDOROVSKOE OOO (Cyrillic: ФЕДОРОВСКОЕ ООО) (a.k.a. FEDOROVSKOE LLC; f.k.a. RG NEDRA 1 LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РГ НЕДРА 1)), 69 Novocheremushkinskaya St., Moscow 117418, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7604330100 (Russia); Registration Number 1177627026257 (Russia) [RUSSIA-EO14024] (Linked To: USM GOLD LIMITED LIABILITY COMPANY).

FEDOSENKO, Yekaterina Aleksandrovna (Cyrillic: ФЕДОСЕНКО, Екатерина Александровна) (a.k.a. FEDASENKA, Katsyaryna Alyaksandrauna (Cyrillic: ФЕДАСЕНКА, Кацярына Аляксандраўна)), Grodno Oblast, Belarus; DOB 1976; nationality Belarus; Gender Female (individual) [BELARUS-EO14038].

FEDYAEV, Pavel Mikhaylovich (Cyrillic: ФЕДЯЕВ, Павел Михайлович), Russia; DOB 31 Jul 1982; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

FEE BANK MALAYSIA (a.k.a. FIRST EAST EXPORT BANK PLC), Unit Level 10(B1), Main Office Tower, Financial Park, Jalan Merdeka, 87000 Labuan F.T., Wilayah Persekutuan, Malaysia; SWIFT/BIC FEEBMYKA; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Offices Worldwide [SDGT] [IFSR] (Linked To: BANK MELLAT).

FEI, Yiren (Chinese Simplified: 费亿人), No. 122, Renmin North Road, Pencheng Sub-district, Ruichang, Jiangxi, China; DOB 09 Sep 1984; nationality China; Email Address yasonne@hotmail.com; Gender Male; National ID No. 360481198409093811 (China) (individual) [ILLICIT-DRUGS-EO14059].

FEIZLOLLAHI, Ali Ahmad (a.k.a. FAIZULLAHI, Ali Ahmad (Arabic: على احمد فيض اللهى); a.k.a. FEYZOLLAHI, Ahmad Ali (Arabic: احمدعلى فيض اللهى); a.k.a. FEYZOLLAHI, Ali Ahmad), Iran; DOB 1966 to 1967; POB Iran; nationality Iran; citizen Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Birth Certificate Number 1269 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

FELIATAH, Abdulsalam Salah Ahmed (a.k.a. ABD AL-SALAM, Muhammad; a.k.a. ABDULSALAM, Mohammad (Arabic: محمد عبد السلام); a.k.a. FLEETAH, Abdel Salam; a.k.a.

FLEETAH, Abdulsalam Saleh Ahmed Abdullah (Arabic: عبدالسلام صلاح احمد عبداللة فليتة); a.k.a. "ABU YASSER"), Muscat, Oman; DOB 02 Apr 1981; POB Al-Qalaa, Razih District, Saada Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00020255 (Yemen) expires 17 Feb 2017 (individual) [SDGT] (Linked To: ANSARALLAH).

FELIX B. MADURO S.A., Panama; RUC # 811226-1-498041 (Panama); alt. RUC # 78-273-13798 (Panama) [SDNTK].

FELIX BELTRAN, Victor Manuel; DOB 18 Apr 1987; POB Culiacan, Sinaloa, Mexico; citizen Mexico; Gender Male; Passport 07040063285 (Mexico); R.F.C. FEBV870418DW2 (Mexico); C.U.R.P. FEBV870418HSLLLC07 (Mexico) (individual) [SDNTK].

FELIX FELIX, Manuel (a.k.a. TORRES FELIX, Manuel; a.k.a. TORRES FELIX, Manuel De Jesus; a.k.a. TORRES, Manuel Felix; a.k.a. TORRES, Manuel J; a.k.a. "EL ONDEADO"; a.k.a. "M1"), Sinaloa, Mexico; DOB 28 Feb 1954; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

FELIX FELIX, Victor Manuel (a.k.a. CASTRO RODRIGUEZ, Raul), Callejon Hortensias No. 320, Colonia Ciudad Bugambilias, Zapopan, Jalisco, Mexico; Calle Madero No. 39 Poniente, Lote 51, Colonia Centro, Culiacan, Sinaloa Codigo Postal 80000, Mexico; Privada San Geronimo No. 1801, Fraccionamiento San Jeronimo, Mexicali, Baja California Codigo Postal 21297, Mexico; Calle Victor Hugo No. 177, Interior 12, Colonia Portales, Delegacion Benito Juarez, Distrito Federal Codigo Postal 03300, Mexico; Circuito de las Flores Norte 2252, Fraccionamiento Ciudad Bugambilias, Zapopan, Jalisco, Mexico; Presa la Boquilla 1033, Colonia Las Quintas, Culiacan, Sinaloa, Mexico; Boulevard Francisco I. Madero 39 Poniente Despacho 501, Colonia Centro, Culiacan, Sinaloa, Mexico; Sevilla 1526 302 A, Fraccionamiento el Cid, Mazatlan, Sinaloa CP 82110, Mexico; Privada de San Jeronimo, San Jeronimo, Algodones, Baja California CP 21298, Mexico; Privada Puerta de Roble Numero 17-E, Fraccionamiento Puerta de Roble, Zapopan, Jalisco, Mexico; DOB 10 Nov 1957; alt. DOB 20 Jan 1958; POB Culiacan, Sinaloa, Mexico; alt. POB Baja, California, Mexico; R.F.C. FEFV571110-G75 (Mexico); Credencial electoral FLFLVC57111025H101

(Mexico); C.U.R.P. FEFV571110HSLLLC08 (Mexico) (individual) [SDNTK].

FELIX NUNEZ, Rafael Guadalupe (a.k.a. "CHANGITO"; a.k.a. "CHANGUITO ANTRAX"; a.k.a. "EL CHANGUITO"; a.k.a. "EL CHANGUITO ANTRAX"), Mexico; DOB 17 Jul 1979; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. FENR790717HSLLXF08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

FELIX TORRES, Javier (a.k.a. TAMAYO TORRES, Horacio; a.k.a. TORRES FELIX, Javier; a.k.a. "COMPADRE"; a.k.a. "EL JT"), Calle Paseo La Cuesta # 1550, Apt 6, Colonia Lomas De Guadalupe, Culiacan Rosales, Sinaloa, Mexico; DOB 19 Oct 1960; POB Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

FELIX, Alejandro Fernandez (a.k.a. FELIX, Jesus Sanchez; a.k.a. PONCE FELIX, Juan Jose; a.k.a. SANCHEZ FELIX, Jesus Alexandro; a.k.a. SANCHEZ, Jesus Alejandro; a.k.a. "El Ruso"; a.k.a. "El Russo"; a.k.a. "Ginete"), Mexicali, Baja California, Mexico; DOB 20 May 1982; alt. DOB 20 Jun 1982; POB Sonora, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. POFJ820520HSRNLN04 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

FELIX, Jesus Sanchez (a.k.a. FELIX, Alejandro Fernandez; a.k.a. PONCE FELIX, Juan Jose; a.k.a. SANCHEZ FELIX, Jesus Alexandro; a.k.a. SANCHEZ, Jesus Alejandro; a.k.a. "El Ruso"; a.k.a. "El Russo"; a.k.a. "Ginete"), Mexicali, Baja California, Mexico; DOB 20 May 1982; alt. DOB 20 Jun 1982; POB Sonora, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. POFJ820520HSRNLN04 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

FELIXTAPIA, S.C. DE R.L. DE C.V., Sinaloa de Leyva, Sinaloa, Mexico; Business Registration Document # CUD: A201501211805106744 (Mexico); Folio Mercantil No. 175774 (Mexico) [SDNTK].

FEMILI OFIS OOO (a.k.a. LIMITED LIABILITY COMPANY FEMILI OFIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФЕМИЛИ ОФИС)), 3 1-Ya Rybinskaya Street,

Building 1, Floor 4, Office 27/1, Moscow 107113, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Aug 2014; Tax ID No. 7718994619 (Russia); Registration Number 1147746941858 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

FENG SHENG CO., LTD. (a.k.a. TRANS MULTI MECHANICS CO. LTD.), 19, Chin Ho Lane, Chung Cheng Rd., Taya District, Taichung City, Taiwan; No 19, Jinhe Lane, Zhongzheng Road, Daya District, Taichung City, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

FENGHUI SHIP MANAGEMENT CO., LTD. (Chinese Traditional: 豐匯船舶管理有限公司) (a.k.a. GLOBAL MARINE SHIP MANAGEMENT CO., LIMITED; a.k.a. GLOBAL MARINE SHIP MANAGEMENT CO., LTD. (Chinese Traditional: 匯海船舶管理有限公司); a.k.a. HUIHAI SHIP MANAGEMENT CO., LTD. (Chinese Simplified: 汇海船舶管理有限公司)), Room 1708, Zhongshang Building, No. 100, Hong Kong Middle Road, Shinan District, Qingdao, Shandong Province, China; Flat C, 15th Floor, Unionway Commercial Centre, 283 Queens Road, Central, Hong Kong, China; Room 2108, 21/F, C Wu Building, 302-308 Hennessy Road, Wanchai, Hong Kong, China; Website www.GMSHIPS.com; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Identification Number IMO 5528362; Commercial Registry Number 1427788 (China) [IRAN-EO13846].

FENGXIAN INTERNATIONAL TRADING AND SERVICES CO LIMITED, Flat H29 1/F Phase 2 Kwai Shing Ind Bldg No 42-46 Tai Lin Pai, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Jun 2020; Company Number 2954825 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

FENIANOS, Youssef (a.k.a. FENYANUS, Joseph; a.k.a. FINIANOS, Joseph; a.k.a. FINIANOS, Yusif; a.k.a. FINYANUS, Yusuf (Arabic: يوسف فنيانوس)), Lebanon; DOB 01 Jan 1964 to 31 Dec 1964; POB Zgharta, Lebanon;

citizen Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

FENIKS (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU FENIKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФЕНИКС); a.k.a. "PHOENIX"), Ter. Oez Ppt Lipetsk Str. 4A, Office 021/25, Gryazi 398010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Manufacture of articles of concrete, cement and plaster; Tax ID No. 4802013587 (Russia); Registration Number 1194827003128 (Russia) [RUSSIA-EO14024].

FENIKS (a.k.a. LIMITED LIABILITY COMPANY PHOENIX), Ul. Nizhegorodskaya D. 86, K. B, Pomeshch. 5/1, Moscow 109052, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6829115653 (Russia); Registration Number 1156829008489 (Russia) [RUSSIA-EO14024].

FENIKS ELEKTRONIKS (a.k.a. PHOENIX ELECTRONICS), ul. 8 Marta d. 16, Izhevsk 426035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1840028437 (Russia); Registration Number 1141840005768 (Russia) [RUSSIA-EO14024].

FENTEX PROPERTIES LTD., Tortola, Virgin Islands, British; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

FENYANUS, Joseph (a.k.a. FENIANOS, Youssef; a.k.a. FINIANOS, Joseph; a.k.a. FINIANOS, Yusif; a.k.a. FINYANUS, Yusuf (Arabic: يوسف فنيانوس)), Lebanon; DOB 01 Jan 1964 to 31 Dec 1964; POB Zgharta, Lebanon; citizen Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

FEO ALVARADO, Alveiro (a.k.a. "BENAVIDES"), Colombia; DOB 16 Jun 1967; POB El Paso, Cesar, Colombia; citizen Colombia; Cedula No. 77162067 (Colombia) (individual) [SDNTK] (Linked To: CLAN DEL GOLFO).

FEODOSIA OIL PRODUCTS SUPPLY CO. (a.k.a. FEODOSIYA ENTERPRISE; a.k.a. FEODOSIYA ENTERPRISE ON PROVIDING OIL PRODUCTS; a.k.a. FEODOSIYSKE COMPANY FOR THE OIL; a.k.a. THEODOSIYA OIL TERMINAL), Feodosia, Geologicheskaya str. 2, Crimea 98107, Ukraine;

Feodosia, Str. Geological 2, Crimea 98107, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

FEODOSIA STATE OPTICAL PLANT (a.k.a. STATE OPTICAL PLANT - FEODOSIA; a.k.a. SUE RC 'FEODOSIA OPTICAL PLANT'), Feodosia State Optical Plant, 11 Moskovskaya Street, Feodosia, Crimea 98100, Ukraine; Website http://www.fkoz.feodosia.com.ua/; Email Address optic_plant_sbut@bk.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

FEODOSIYA ENTERPRISE (a.k.a. FEODOSIA OIL PRODUCTS SUPPLY CO.; a.k.a. FEODOSIYA ENTERPRISE ON PROVIDING OIL PRODUCTS; a.k.a. FEODOSIYSKE COMPANY FOR THE OIL; a.k.a. THEODOSIYA OIL TERMINAL), Feodosiya, Geologicheskaya str. 2, Crimea 98107, Ukraine; Feodosia, Str. Geological 2, Crimea 98107, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

FEODOSIYA ENTERPRISE ON PROVIDING OIL PRODUCTS (a.k.a. FEODOSIA OIL PRODUCTS SUPPLY CO.; a.k.a. FEODOSIYA ENTERPRISE; a.k.a. FEODOSIYSKE COMPANY FOR THE OIL; a.k.a. THEODOSIYA OIL TERMINAL), Feodosiya, Geologicheskaya str. 2, Crimea 98107, Ukraine; Feodosia, Str. Geological 2, Crimea 98107, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

FEODOSIYSKE COMPANY FOR THE OIL (a.k.a. FEODOSIA OIL PRODUCTS SUPPLY CO.; a.k.a. FEODOSIYA ENTERPRISE; a.k.a. FEODOSIYA ENTERPRISE ON PROVIDING OIL PRODUCTS; a.k.a. THEODOSIYA OIL TERMINAL), Feodosiya, Geologicheskaya str. 2, Crimea 98107, Ukraine; Feodosia, Str. Geological 2, Crimea 98107, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

FEPOOD ELECTRONICS HK CO LIMITED, Room 8, 11/F, Wang Fai Industrial Building, 29 Luk Hop Street, San Po Kong, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Nov 2014; Company Number 2167446 (Hong Kong); Business Registration Number 64053322 (Hong Kong) [RUSSIA-EO14024].

FERARI PREDUZEEE ZA USLUGE I PROMET POLOVNIM VOZILIMA SH.A., 40000 Mitrovice, Kosovo; Organization Established Date 20 Aug 2002; Organization Type: Wholesale of other machinery and equipment; Registration Number 80673094 (Kosovo) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

FERETERIA VIOSMA (a.k.a. COMERCIAL VIOSMA DEL NOROESTE, S.A. DE C.V.; a.k.a. FERRETERIA VIOSMA; a.k.a. VIOSMA DEL NOROESTE, S.A. DE C.V.; a.k.a. VIOSMA SOLUCIONES INTEGRALES, QUIMICAS Y DE LIMPIEZA), Culiacan, Sinaloa, Mexico; Ciudad Obregon, Sonora, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Apr 2012; Organization Type: Retail sale of hardware, paints and glass in specialized stores; R.F.C. CVN120425IM2 (Mexico); Folio Mercantil No. 81610 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CONDE URAGA, Martha Emilia).

FERNANDEZ ALAYON, Jesus Ramon, Venezuela; DOB 03 Feb 1971; POB Caracas, Venezuela; nationality Venezuela; Gender Male; Cedula No. V10504917 (Venezuela) (individual) [VENEZUELA].

FERNANDEZ CONCEPCION, Carlos Ariel, Dominican Republic; DOB 14 Jan 1973; POB Santo Domingo, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 001-1217345-5 (Dominican Republic) (individual) [SDNTK].

FERNANDEZ DE LUNA, Gerardo, Calle Zaragoza No. 105, Centro, Morelos, Coahuila, Mexico; Allende, Coahuila, Mexico; Morelos, Coahuila, Mexico; DOB 18 Jul 1957; POB Coahuila, Mexico; citizen Mexico; R.F.C. FELG570718192 (Mexico); C.U.R.P. FELG570718HCLRNR04 (Mexico) (individual) [SDNTK] (Linked To: COMPANIA GANADERA 5 MANANTIALES S. DE P.R. DE R.L.).

FERNANDEZ DE LUNA, Jesus, Calle Miguel Hidalgo, No. 212, Centro, Allende, Coahuila, Mexico; Calle Espiridion Pena y Calle Miguel Hidalgo, Allende, Coahuila, Mexico; Mexico; Cinco Manantiales, Coahuila, Mexico; DOB 10 Oct 1969; POB Coahuila, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. FELJ691014HCLRNS07 (Mexico); RFC FELJ691014AV2 (Mexico) (individual) [SDNTK]

(Linked To: COMPANIA GANADERA 5 MANANTIALES S. DE P.R. DE R.L.).

FERNANDEZ FLAQUER, Kelvin Enrique (a.k.a. "COTTO"), Dominican Republic; DOB 06 Dec 1977; POB Higuey, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 026-0088747-1 (Dominican Republic) (individual) [SDNTK] (Linked To: CESAR PERALTA DRUG TRAFFICKING ORGANIZATION).

FERNANDEZ GOMEZ, Ernesto (a.k.a. FIGUERO GOMEZ, Hassein Eduardo; a.k.a. FIGUEROA GOMEZ, Hassein Eduardo), Las Cortes 2935, Barajas Villasenor, Guadalajara, Jalisco, Mexico; Tlajomulco de Zuniga, Paseo de los Bosquez 115, El Palomar, Jalisco, Mexico; Benito Juarez, Valentin Gomez Farias 120A, Puerto Vallarta, Jalisco, Mexico; Puerta de Hierro 5594, Colonia Puerta de Hierro, Zapopan, Jalisco, Mexico; Donato Guerra 227, Colonia Centro, Guadalajara, Jalisco, Mexico; San Aristeo 2323, Colonia Popular, Guadalajara, Jalisco, Mexico; Acueducto 2200, Casa 2, Zapopan, Jalisco, Mexico; Avenida Pinos 330-2, Zapopan, Jalisco, Mexico; Marina Heights Tower Penthouse 4902, Dubai Marina, Dubai, United Arab Emirates; c/o DESARROLLOS INMOBILIARIOS CITADEL, S.A. DE C.V.; c/o DESARROLLOS TURISTICOS FORTIA, S.A. DE C.V.; c/o SCUADRA FORTIA, S.A. DE C.V.; c/o UNION ABARROTERO DE JALISCO S.C. DE R.L. DE C.V.; c/o EL PALOMAR CAR WASH, S.A. DE C.V.; c/o FORTIA BAJA SUR, S.A. DE C.V.; c/o GEOFARMA S.A. DE C.V.; c/o GRUPO COMERCIAL SAN BLAS, S.A. DE C.V.; c/o GRUPO F Y F MEDICAL INTERNACIONAL DE EQUIPOS; c/o PROMOCIONES CITADEL, S.A. DE C.V.; c/o PUNTO FARMACEUTICO S.A. DE C.V.; c/o DESARROLLO ARQUITECTONICO FORTIA, S.A. DE C.V.; DOB 09 May 1973; alt. DOB 10 May 1973; POB Guadalajara, Jalisco, Mexico; Passport 01140311083 (Mexico); alt. Passport 6140103492 (Mexico); alt. Passport 96340014324 (Mexico) (individual) [SDNTK].

FERNANDEZ GONZALEZ, Carolina, Cinco Manantiales, Coahuila, Mexico; Rosa 700, Col. Los Colorines, San Pedro Garza Garcia, Nuevo Leon C.P. 66275, Mexico; Allende, Coahuila, Mexico; DOB 16 Dec 1992; POB Nuevo Leon, Mexico; alt. POB Coahuila, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. FEGC921216MNLRNR07 (Mexico) (individual) [SDNTK].

FERNANDEZ MAGALLON, Alfonso (a.k.a. "Poncho"; a.k.a. "Poncho La Quiringua"), Los Reyes, Michoacan, Mexico; DOB 09 Apr 1970; POB Jalisco, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTELES UNIDOS).

FERNANDEZ MELENDEZ, Manuel Angel (Latin: FERNÁNDEZ MELÉNDEZ, Manuel Ángel), Miranda, Venezuela; DOB 11 Jun 1966; citizen Venezuela; Gender Male; Cedula No. 6873122 (Venezuela) (individual) [VENEZUELA].

FERNANDEZ SANTANA, Mario Alberto, Av. Moctezuma 4297, Col. Jardines del Sol, Zapopan, Jalisco, Mexico; DOB 09 May 1977; POB Guadalajara, Jalisco, Mexico; citizen Mexico; Gender Male; R.F.C. FESM770509RQ7 (Mexico); C.U.R.P. FESM770509HJCRNR06 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION; Linked To: EVENTOS LA MORA, S.A. DE C.V.; Linked To: MONTALVA INMOBILIARIA, S.A. DE C.V.).

FERNANDEZ VALENCIA, Guadalupe (a.k.a. FERNANDEZ VALENCIA, Ma. Guadalupe; a.k.a. FERNANDEZ VALENCIA, Maria Guadalupe; a.k.a. "DON JULIO"; a.k.a. "JULIA"); DOB 29 Oct 1960; POB Aguililla, Michoacan de Ocampo, Mexico; citizen Mexico; Gender Female; R.F.C. FEVM601029EN3 (Mexico); C.U.R.P. FEVG601029MMNRLD10 (Mexico); alt. C.U.R.P. FEVG601029MMNRLD02 (Mexico) (individual) [SDNTK].

FERNANDEZ VALENCIA, Ma. Guadalupe (a.k.a. FERNANDEZ VALENCIA, Guadalupe; a.k.a. FERNANDEZ VALENCIA, Maria Guadalupe; a.k.a. "DON JULIO"; a.k.a. "JULIA"); DOB 29 Oct 1960; POB Aguililla, Michoacan de Ocampo, Mexico; citizen Mexico; Gender Female; R.F.C. FEVM601029EN3 (Mexico); C.U.R.P. FEVG601029MMNRLD10 (Mexico); alt. C.U.R.P. FEVG601029MMNRLD02 (Mexico) (individual) [SDNTK].

FERNANDEZ VALENCIA, Maria Guadalupe (a.k.a. FERNANDEZ VALENCIA, Guadalupe; a.k.a. FERNANDEZ VALENCIA, Ma. Guadalupe; a.k.a. "DON JULIO"; a.k.a. "JULIA"); DOB 29 Oct 1960; POB Aguililla, Michoacan de Ocampo, Mexico; citizen Mexico; Gender Female; R.F.C. FEVM601029EN3 (Mexico); C.U.R.P. FEVG601029MMNRLD10 (Mexico); alt. C.U.R.P.

FEVG601029MMNRLD02 (Mexico) (individual) [SDNTK].

FERQAT AL-HAMZA (a.k.a. AL-HAMZA DIVISION; a.k.a. AL-HAMZAT DIVISION; a.k.a. FIRQA AL-HAMZA; a.k.a. HAMZA BRIGADE; a.k.a. HAMZA DIVISION (Arabic: فرقة الحمزة); a.k.a. HAMZA DIVISION SPECIAL FORCES; a.k.a. HAMZA TUMENI OZEL KUVVETLER; a.k.a. HAMZAT DIVISION), Al-Bab District, Aleppo Governorate, Syria; Afrin District, Aleppo Governorate, Syria [PAARSSR-EO13894].

FERRARA LASHTAR, Mohamed Mohamed (a.k.a. FARRARA LASHTAR, Mohamed Mohamed; a.k.a. FERRARA LASHTAR, Mohammed Mohammed), Residencial Las Colinas, Calle de los Cerros, Casa 330, Managua, Nicaragua; DOB 17 May 1959; nationality Nicaragua; citizen Nicaragua; Gender Male; Passport C1102007 (Nicaragua); alt. Passport NG252351 (Libya); National ID No. 7771705590000M (Nicaragua); Diplomatic Passport A00000271 (Nicaragua) issued 12 Sep 2012 expires 12 Sep 2022 (individual) [NICARAGUA].

FERRARA LASHTAR, Mohammed Mohammed (a.k.a. FARRARA LASHTAR, Mohamed Mohamed; a.k.a. FERRARA LASHTAR, Mohamed Mohamed), Residencial Las Colinas, Calle de los Cerros, Casa 330, Managua, Nicaragua; DOB 17 May 1959; nationality Nicaragua; citizen Nicaragua; Gender Male; Passport C1102007 (Nicaragua); alt. Passport NG252351 (Libya); National ID No. 7771705590000M (Nicaragua); Diplomatic Passport A00000271 (Nicaragua) issued 12 Sep 2012 expires 12 Sep 2022 (individual) [NICARAGUA].

FERRARI, Sergio David (a.k.a. "Yagy"), Chivilcoy 3157 Piso 2 Depto D, Buenos Aires 1417, Argentina; Buenos Aires, Argentina; DOB 10 Feb 1968; POB Buenos Aires, Argentina; nationality Argentina; Gender Male; Passport AAA760416 (Argentina); D.N.I. 20010866 (Argentina); C.U.I.T. 20200108664 (Argentina) (individual) [SDNTK] (Linked To: SMILE TECHNOLOGIES S.A.; Linked To: SMILE PROPERTY & TRAVEL LTD; Linked To: SMILEWALLET S.A.S.; Linked To: SMILE TECHNOLOGIES CANADA LTD).

FERREIRA, Ciro Daniel (a.k.a. AMORIM FERREIRA, Ciro Daniel), Rua Maranhao, 1566 Apto 502, Funcionarios, Belo Horizonte, Minas Gerais 30150331, Brazil (Latin: Rua Maranhão, 1566 Apto 502, Funcionários, Belo Horizonte,

Minas Gerais 30150331, Brazil); DOB 27 Aug 1987; POB Belo Horizonte, Brazil; nationality Brazil; citizen Brazil; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport FD621325 (Brazil) issued 28 May 2011 expires 27 May 2016; National ID No. 08388816616 (Brazil) (individual) [SDGT] (Linked To: THE TERRORGRAM COLLECTIVE).

FERRER SANDREA, Danny Ramon (a.k.a. SANDREA FERRER, Danny Ramon), Venezuela; DOB 23 Sep 1969; POB Caracas, Venezuela; nationality Venezuela; Gender Male; Cedula No. V-10509178 (individual) [VENEZUELA].

FERRETERIA VIOSMA (a.k.a. COMERCIAL VIOSMA DEL NOROESTE, S.A. DE C.V.; a.k.a. FERETERIA VIOSMA; a.k.a. VIOSMA DEL NOROESTE, S.A. DE C.V.; a.k.a. VIOSMA SOLUCIONES INTEGRALES, QUIMICAS Y DE LIMPIEZA), Culiacan, Sinaloa, Mexico; Ciudad Obregon, Sonora, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Apr 2012; Organization Type: Retail sale of hardware, paints and glass in specialized stores; R.F.C. CVN120425IM2 (Mexico); Folio Mercantil No. 81610 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CONDE URAGA, Martha Emilia).

FERRITE DOMEN COMPANY (a.k.a. AO NII FERRIT DOMEN; a.k.a. RESEARCH INSTITUTE FERRIT DOMAIN; a.k.a. SCIENTIFIC AND RESEARCH INSTITUTE FERRIT DOMEN (Cyrillic: НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ФЕРРИТ-ДОМЕН)), Ul. Tsvetochnaya, D. 25, Korp. 3, Saint Petersburg 196084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 May 1959; Tax ID No. 7810245940 (Russia); Registration Number 1037821019631 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

FERRO GILAN COMPLEX (a.k.a. GILAN STEEL COMPLEX), Saravan Road, Rasht 4337185759, Iran; Ferro Gilan Complex Co. No. 38, West Arash Boulevard, Africa Ave, Tehran 1917743311, Iran; Website http://generative.ir/ferro_gilan; alt. Website https://www.ferrogilan.com/; Additional Sanctions Information - Subject to Secondary

Sanctions; Organization Established Date 30 Oct 2000; Commercial Registry Number 167640 (Iran) [IRAN-EO13871].

FERRO SWISS AG (a.k.a. MOKU GOLD; a.k.a. MOKU GOLD MINES; a.k.a. MOKU GOLDMINES AG; a.k.a. MOKU GOLDMINES LTD; a.k.a. MOKU MINES D'OR SA), Renggerstrasse 71, Zurich 8038, Switzerland; Registration Number CH27030140272 (Switzerland) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

FERROBANK LLC (a.k.a. LIMITED LIABILITY COMPANY BANK ROUND; a.k.a. SEVERO VOSTOCHNY INVESTICIONNY BANK), Shosse Rublevskoe 28, Moscow 121609, Russia; SWIFT/BIC SVIBRUMM; Website www.round.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7712002554 (Russia); Legal Entity Number 2534007K00A37GLA3D37; Registration Number 1027700140753 (Russia); Global Intermediary Identification Number WMPFR8.99999.SL.643 [RUSSIA-EO14024].

FERTOING LTD (a.k.a. LIMITED LIABILITY COMPANY FERTOING; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FERTOING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФЕРТОИНГ); a.k.a. OOO FERTOING (Cyrillic: ООО ФЕРТОИНГ)), Pulkovskoe Highway, House 40, Apartment 4, Letter A, Office A7060, St. Petersburg 196158, Russia; Shosse Pulkovskoe, Dom 40, Kvartira 4, Litera A, Ofis A7060, Gorod Sankt-Peterburg 196158, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802208912 (Russia); Registration Number 1037804040031 (Russia) [RUSSIA-EO14024].

FETHI, Alic (a.k.a. MNASRI, Fethi Ben Rebai Ben Absha; a.k.a. "ABU OMAR"; a.k.a. "AMOR"), Via Toscana n.46, Bologna, Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 06 Mar 1969; POB Baja, Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L497470 issued 03 Jun 1997 expires 02 Jun 2002 (individual) [SDGT].

FETISOV, Vyacheslav (Cyrillic: ФЕТИСОВ, Вячеслав), Russia; DOB 20 Apr 1958; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

FETTAR, Rachid (a.k.a. "AMINE DEL BELGIO"; a.k.a. "DJAFFAR"), Via degli Apuli n.5, Milan, Italy; DOB 16 Apr 1969; POB Boulogin, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

FEVA DIS TICARET LIMITED SIRKETI (a.k.a. FEVA GROUP FOREIGN TRADE LIMITED COMPANY), No: 4/1-59 Tahtakale Mahallesi, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Apr 2022; Tax ID No. 3851781062 (Turkey); Business Registration Number 374312 (Turkey) [RUSSIA-EO14024].

FEVA GROUP FOREIGN TRADE LIMITED COMPANY (a.k.a. FEVA DIS TICARET LIMITED SIRKETI), No: 4/1-59 Tahtakale Mahallesi, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Apr 2022; Tax ID No. 3851781062 (Turkey); Business Registration Number 374312 (Turkey) [RUSSIA-EO14024].

FEYZOLLAHI, Ahmad Ali (Arabic: احمدعلی فیض اللهی) (a.k.a. FAIZULLAHI, Ali Ahmad (Arabic: علی احمد فیض اللهی); a.k.a. FEIZLOLLAHI, Ali Ahmad; a.k.a. FEYZOLLAHI, Ali Ahmad), Iran; DOB 1966 to 1967; POB Iran; nationality Iran; citizen Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Birth Certificate Number 1269 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

FEYZOLLAHI, Ali Ahmad (a.k.a. FAIZULLAHI, Ali Ahmad (Arabic: علی احمد فیض اللهی); a.k.a. FEIZLOLLAHI, Ali Ahmad; a.k.a. FEYZOLLAHI, Ahmad Ali (Arabic: احمدعلی فیض اللهی)), Iran; DOB 1966 to 1967; POB Iran; nationality Iran; citizen Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Birth Certificate Number 1269 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

FGANU NII SPECVUZAVTOMATIKA (a.k.a. FEDERAL STATE AUTONOMOUS SCIENTIFIC ESTABLISHMENT SCIENTIFIC RESEARCH INSTITUTE SPECIALIZED SECURITY COMPUTING DEVICES AND AUTOMATION (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ АВТОНОМНОЕ НАУЧНОЕ УЧРЕЖДЕНИЕ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ СПЕЦИАЛИЗИРОВАННЫЕ ВЫЧИСЛИТЕЛЬНЫЕ УСТРОЙСТВА ЗАЩИТЫ И АВТОМАТИКА)), Rostov-On-Don, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6164205270 (Russia) [RUSSIA-EO14024].

FGAU VIT ERA (a.k.a. ERA MILITARY INNOVATION TECHNOPOLIS; a.k.a. FEDERAL STATE AUTONOMOUS INSTITUTION MILITARY INNOVATIVE TECHNOPOLIS ERA (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ АВТОНОМНОЕ УЧРЕЖДЕНИЕ ВОЕННЫЙ ИННОВАЦИОННЫЙ ТЕХНОПОЛИС ЭРА; Cyrillic: ФГАУ ВИТ ЭРА; Cyrillic: ТЕХНОРОЛИС ЭРА; Cyrillic: ВОЕННЫЙ ИННОВАЦИОННЫЙ ТЕХНОРОЛИС ЭРА)), Pionerskiy Prospekt, 41, Anapa, Krasnodar Krai 353456, Russia; Website www.era-tehnopolis.ru; Email Address era_1@mil.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2539025440 (Russia) [RUSSIA-EO14024].

FGBNU TISNUM (a.k.a. FEDERAL STATE BUDGETARY INSTITUTION TECHNOLOGICAL INSTITUTION FOR SUPERHARD AND NOVEL CARBON MATERIALS; a.k.a. FSBI TISNCM; a.k.a. INSTITUTE OF TECHNOLOGY OF ULTRA HARD AND NEW CARBON MATERIALS), Ul. Tsentralnaya, D. 7A, Troitsk 108840, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5046054720 (Russia); Registration Number 1025006036439 (Russia) [RUSSIA-EO14024].

FGBU 27 TSNII MINOBORONY ROSSII (a.k.a. FEDERAL STATE GOVERNMENTAL INSTITUTION 27 CENTRAL RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION), PR-D 1-I Khoroshevskii D. 5, Moscow 125284, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714676767 (Russia); Registration Number 1067761727505 (Russia) [RUSSIA-EO14024].

FGBU 4 TSNII MINOBORONY ROSSII (a.k.a. FEDERAL STATE GOVERNMENTAL INSTITUTION 4 CENTRAL RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. "4 TSNII"), Ul. M.K. Tikhonravova (Yubileinyi MKR) D. 29, Korolev 141091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5054086684 (Russia);

Registration Number 1065018010386 (Russia) [RUSSIA-EO14024].

FGBU 46 TSNII MINOBORONY ROSSII (a.k.a. 46TH CENTRAL RESEARCH AND DEVELOPMENT INSTITUTE OF THE MINISTRY OF DEFENSE; a.k.a. 46TH CENTRAL RESEARCH INSTITUTE; a.k.a. 46TH TSNII; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE 46 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII), PR Chukotskii, D. 8, Moscow 129327, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716567668 (Russia); Registration Number 1077746005809 (Russia) [RUSSIA-EO14024].

FGBU 48 TSNII MINOBORONY ROSSII (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization

Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

FGBU GAK 223 LETNYI OTRYAD MO RF (a.k.a. 223RD STATE AIRLINE FLIGHT UNIT; a.k.a. FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FGBU GOSUDARSTVENNAYA AVIAKOMPANIYA 223 LETNYY OTRYAD MO RF (Cyrillic: ФГБУ ГОСУДАРСТВЕННАЯ АВИАКОМПАНИЯ 223 ЛЕТНЫЙ ОТРЯД МО РФ); a.k.a. "223RD FLIGHT DETACHMENT"; a.k.a. "223RD FLIGHT UNIT"), Ul. aerodromnaya d. 2, str. 1, Shchelkovo, Shchelkovskii district, Moscow Region 141103, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Mar 1993; Tax ID No. 5050017062 (Russia); Registration Number 1035010206989 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

FGBU GOSUDARSTVENNAYA AVIAKOMPANIYA 223 LETNYY OTRYAD MO RF (Cyrillic: ФГБУ ГОСУДАРСТВЕННАЯ АВИАКОМПАНИЯ 223 ЛЕТНЫЙ ОТРЯД МО РФ) (a.k.a. 223RD STATE AIRLINE FLIGHT UNIT; a.k.a. FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FGBU GAK 223 LETNYI OTRYAD MO RF; a.k.a. "223RD FLIGHT DETACHMENT"; a.k.a. "223RD FLIGHT UNIT"), Ul. aerodromnaya d. 2, str. 1, Shchelkovo, Shchelkovskii district, Moscow Region 141103, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Mar 1993; Tax ID No. 5050017062 (Russia); Registration Number 1035010206989 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

FGBU RARAN (a.k.a. FEDERAL STATE BUDGETARY INSTITUTION RUSSIAN ACADEMY OF MISSILE AND ARTILLERY SCIENCES; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION RUSSIAN ACADEMY OF ROCKET AND ARTILLERY SCIENCES; a.k.a. RUSSIAN ACADEMY OF MISSILE AND AMMUNITION SCIENCES; a.k.a. "RAMAS"), 1-YA Myasnikovskaya Ul., VL 3, Moscow 107564, Russia; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 May 1996; Tax ID No. 7712086681 (Russia); Registration Number 1037743041027 (Russia) [RUSSIA-EO14024].

FGBU SANATORI NIZHNYAYA OREANDA (f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE SANATORI NIZHNYAYA OREANDA UPRAVLENIYA; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE SANATORI NIZHNYAYA OREANDA UPRAVLENIYA DELAMI PREZIDENTA ROSSISKOI FE; a.k.a. RESORT NIZHNYAYA OREANDA; a.k.a. SANATORIUM NIZHNYAYA OREANDA), Pgt Oreanda, Dom 12, Yalta, Crimea 298658, Ukraine; Resort Nizhnyaya Oreanda, Oreanda, Yalta 08655, Crimea; Oreanda - 12, Yalta 298658, Crimea; Website http://www.oreanda.biz; Email Address info@oreanda.biz; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102054221; Tax ID No. 9103006321; Government Gazette Number 00705605 [UKRAINE-EO13685].

FGBU TSNII VVKO MINOBORONY ROSSII (a.k.a. CENTRAL RESEARCH INSTITUTE OF THE RUSSIAN AIR AND SPACE FORCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BJUDZHETNOE UCHREZHDENIE TSENTRALNYJ NAUCHNO-ISSLEDOVATELSKIJ INSTITUT VOJSK VOSDUSHNO-KOSMICHESKOJ OBORONY MINOBORONY ROSSII; a.k.a. "TSNII VVKO"), 32 Afanasiya Nikitina Waterfront, Tver 170026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5018163975 (Russia); Registration Number 1145018002711 (Russia) [RUSSIA-EO14024].

FGBU VNIGNI (a.k.a. FEDERAL STATE UNITARY ENTERPRISE ALL RUSSIAN RESEARCH INSTITUTE OF OIL GEOLOGY), 36 shosse Entuziastov, Moscow 105118, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720330291 (Russia); Registration Number 1167746108672 (Russia) [RUSSIA-EO14024].

FGBUN INSTITUTE OF HIGH CURRENT ELECTRONICS SIBERIAN BRANCH OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. IHCE SB RAS; a.k.a. INSTITUTE OF HIGH CURRENT ELECTRONICS SIBERIAN BRANCH RUSSIAN ACADEMY OF SCIENCES), PR-KT Akademicheskii 2/3,

Tomsk 634055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7021001375 (Russia); Registration Number 1027000871666 (Russia) [RUSSIA-EO14024].

FGU FNTS NIISI RAN (a.k.a. FEDERAL STATE INSTITUTION FEDERAL SCIENTIFIC CENTER SCIENTIFIC RESEARCH INSTITUTE FOR SYSTEM ANALYSIS OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE UCHREZHDENIE FEDERALNYY NAUCHNYY TSENTR NAUCHNO-ISSLEDOVATELSKIY INSTITUT SISTEMNYKH ISSLEDOVANIY ROSSIYSKOY AKADEMII NAUK; a.k.a. FSI FSC SRISA RAS; a.k.a. SCIENTIFIC RESEARCH INSTITUTE OF SYSTEM ANALYSIS, RUSSIAN ACADEMIC OF SCIENCES), Nakhimovsky Prospect, 36, Building 1, Moscow 117218, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727086772 (Russia); Registration Number 1027700384909 (Russia) [RUSSIA-EO14024].

FGUP CNIIXM (Cyrillic: ФГУП ЦНИИХМ) (a.k.a. CNIIHM (Cyrillic: ЦНИИХМ); a.k.a. FGUP TSNIIKHM; a.k.a. GNTS RF FGUP TSNIIKHM; a.k.a. STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION FGUP CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND MECHANICS; f.k.a. TSENTRALNY NAUCHNO-ISSLEDOVATELSKI INSTITUT KHIMII I MEKHANIKI, FGUP; a.k.a. TSNIIKHM, FGUP), 16A ul. Nagatinskaya, Moscow, Russia; Website http://cniihm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7724073013 (Russia); Government Gazette Number 07521506 (Russia); Registration Number 1037739097582 (Russia) [CAATSA - RUSSIA].

FGUP GIDROGRAFICHESKOE PREDPRIYATIE (Cyrillic: ФГУП ГИДРОГРАФИЧЕСКОЕ ПРЕДПРИЯТИЕ) (a.k.a. FEDERAL STATE UNITARY ENTERPRISE HYDROGRAPHIC COMPANY; a.k.a. FGUP HYDROGRAPHIC COMPANY STATE CORPORATION ROSATOM; a.k.a. ROSATOMPORT; a.k.a. RUSSIA GOVT HYDROGRAPHIC DEPT), Prospekt Moskovskii, 12, Saint Petersburg 190031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Apr 1994; Organization Type: Inland freight water

transport; Tax ID No. 7812022096 (Russia); Registration Number 1027810266758 (Russia) [RUSSIA-EO14024].

FGUP HYDROGRAPHIC COMPANY STATE CORPORATION ROSATOM (a.k.a. FEDERAL STATE UNITARY ENTERPRISE HYDROGRAPHIC COMPANY; a.k.a. FGUP GIDROGRAFICHESKOE PREDPRIYATIE (Cyrillic: ФГУП ГИДРОГРАФИЧЕСКОЕ ПРЕДПРИЯТИЕ); a.k.a. ROSATOMPORT; a.k.a. RUSSIA GOVT HYDROGRAPHIC DEPT), Prospekt Moskovskii, 12, Saint Petersburg 190031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Apr 1994; Organization Type: Inland freight water transport; Tax ID No. 7812022096 (Russia); Registration Number 1027810266758 (Russia) [RUSSIA-EO14024].

FGUP NITI IM AP ALEKSANDROVA (a.k.a. ALEKSANDROV SCIENTIFIC RESEARCH TECHNOLOGICAL INSTITUTE NITI; a.k.a. FEDERAL STATE UNITARY ENTERPRISE ALEXANDROV RESEARCH INSTITUTE OF TECHNOLOGY; a.k.a. FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE NAUCHNO ISSLEDOVATELSKII TEKHNOLOGICHESKII INSTITUT IMENI AP ALEKSANDROVA), Koporskoe Highway, House 72, Sosnovy Bor 188540, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1962; Tax ID No. 4714000067 (Russia); Registration Number 1024701759565 (Russia) [RUSSIA-EO14024].

FGUP NPP GAMMA (Cyrillic: ФГУП НПП ГАММА) (a.k.a. FEDERAL STATE UNITARY ENTERPRISE SCIENTIFIC AND PRODUCTION ENTERPRISE GAMMA (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ НАУЧНО-ПРОИЗВОДСТВЕННОЕ ПРЕДПРИЯТИЕ ГАММА); a.k.a. FSUE NPP GAMMA; a.k.a. NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE GAMMA), Ul. Profsoyuznaya D. 78, Str. 4, Moscow 117393, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Aug 1991; Tax ID No. 7728044373 (Russia); Registration Number 1027739443830 (Russia) [RUSSIA-EO14024].

FGUP PO OKTYABR, Ul. Ryabova D. 8, Kamensk-Ural'skiy 623420, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6612001971 (Russia);

Registration Number 1026600932566 (Russia) [RUSSIA-EO14024].

FGUP TSNIIKHM (a.k.a. CNIIHM (Cyrillic: ЦНИИХМ); a.k.a. FGUP CNIIXM (Cyrillic: ФГУП ЦНИИХМ); a.k.a. GNTS RF FGUP TSNIIKHM; a.k.a. STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION FGUP CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND MECHANICS; f.k.a. TSENTRALNY NAUCHNO-ISSLEDOVATELSKI INSTITUT KHIMII I MEKHANIKI, FGUP; a.k.a. TSNIIKHM, FGUP), 16A ul. Nagatinskaya, Moscow, Russia; Website http://cniihm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7724073013 (Russia); Government Gazette Number 07521506 (Russia); Registration Number 1037739097582 (Russia) [CAATSA - RUSSIA].

FIAZ, Muhammad (a.k.a. AHMAD, Fayyaz; a.k.a. "BAHA'I, Fayaz"; a.k.a. "FAIZ, Shaikh"; a.k.a. "FAYAZ, Sheikh"; a.k.a. "FIYAZ, Sheikh"; a.k.a. "FIYYAZ, Sheikh"), Sheikhpura, Pakistan; DOB 05 Dec 1973; POB Sheikhpura, Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

FIDELIS LOGISTIC AND SUPPLY SERVICES (Arabic: خدمات لوژستیکی فیدلیس), Pul-e-Charkhi, Industrial Estate, Kabul, Afghanistan; Organization Established Date 04 Sep 2010; Tax ID No. 9002322874 (Afghanistan); License I 35870 (Afghanistan); Business Registration Number 101449 (Afghanistan) [GLOMAG] (Linked To: RAHMANI, Ajmal).

FIDES SHIP MANAGEMENT LLC (a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU FIDES SHYP MENEDZHMENT), Bud.42,VUL.MARSELSKA Suvorovsky R-N, Odessa 65123, Ukraine; Organization Established Date 01 Jan 2015 to 31 Dec 2015; Organization Type: Activities of holding companies; alt. Organization Type: Sea and coastal freight water transport [VENEZUELA-EO13850].

FIDESIS LLC (a.k.a. FIDESYS; a.k.a. LIMITED LIABILITY COMPANY FIDESIS), Ul. Leninskie Gory D. 1 Str. 77 Nauchnyi Park Mgu Im M V Lomonosova Office 402, Moscow 119234, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725692471 (Russia); Registration Number 1107746291443 (Russia) [RUSSIA-EO14024].

FIDESYS (a.k.a. FIDESIS LLC; a.k.a. LIMITED LIABILITY COMPANY FIDESIS), Ul. Leninskie Gory D. 1 Str. 77 Nauchnyi Park Mgu Im M V Lomonosova Office 402, Moscow 119234, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725692471 (Russia); Registration Number 1107746291443 (Russia) [RUSSIA-EO14024].

FIFTEENTH OCEAN GMBH & CO. KG (a.k.a. FIFTEENTH OCEAN GMBH AND CO. KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 104175 [IRAN].

FIFTEENTH OCEAN GMBH AND CO. KG (a.k.a. FIFTEENTH OCEAN GMBH & CO. KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 104175 [IRAN].

FIFTH KUDO-KAI (a.k.a. GODAIME KUDO-KAI; a.k.a. KUDOKAI; a.k.a. KUDO-KAI), 1-1-12 Kantake Kokurakita-ku, Kitakyushu City, Fukuoka, Japan [TCO].

FIGAL ARRANZ, Antonio Agustin; DOB 02 Dec 1972; POB Baracaldo, Vizcaya Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 20.172.692 (Spain); Member ETA (individual) [SDGT].

FIGUERA VALDEZ, Jose Ramon, Caracas, Venezuela; DOB 13 Oct 1974; POB Maturin, Venezuela; nationality Venezuela; Gender Male; Cedula No. V-11344561 (Venezuela) (individual) [VENEZUELA].

FIGUERO GOMEZ, Hassein Eduardo (a.k.a. FERNANDEZ GOMEZ, Ernesto; a.k.a. FIGUEROA GOMEZ, Hassein Eduardo), Las Cortes 2935, Barajas Villasenor, Guadalajara, Jalisco, Mexico; Tlajomulco de Zuniga, Paseo de los Bosquez 115, El Palomar, Jalisco, Mexico; Benito Juarez, Valentin Gomez Farias 120A, Puerto Vallarta, Jalisco, Mexico; Puerta de Hierro 5594, Colonia Puerta de Hierro, Zapopan, Jalisco, Mexico; Donato Guerra 227, Colonia Centro, Guadalajara, Jalisco, Mexico; San Aristeo 2323, Colonia Popular, Guadalajara, Jalisco, Mexico; Acueducto 2200, Casa 2, Zapopan, Jalisco, Mexico; Avenida Pinos 330-2, Zapopan, Jalisco, Mexico; Marina Heights Tower Penthouse 4902, Dubai Marina, Dubai, United Arab Emirates; c/o DESARROLLOS INMOBILIARIOS CITADEL, S.A. DE C.V.; c/o DESARROLLOS TURISTICOS FORTIA, S.A. DE C.V.; c/o

SCUADRA FORTIA, S.A. DE C.V.; c/o UNION ABARROTERO DE JALISCO S.C. DE R.L. DE C.V.; c/o EL PALOMAR CAR WASH, S.A. DE C.V.; c/o FORTIA BAJA SUR, S.A. DE C.V.; c/o GEOFARMA S.A. DE C.V.; c/o GRUPO COMERCIAL SAN BLAS, S.A. DE C.V.; c/o GRUPO F Y F MEDICAL INTERNACIONAL DE EQUIPOS; c/o PROMOCIONES CITADEL, S.A. DE C.V.; c/o PUNTO FARMACEUTICO S.A. DE C.V.; c/o DESARROLLO ARQUITECTONICO FORTIA, S.A. DE C.V.; DOB 09 May 1973; alt. DOB 10 May 1973; POB Guadalajara, Jalisco, Mexico; Passport 01140311083 (Mexico); alt. Passport 6140103492 (Mexico); alt. Passport 96340014324 (Mexico) (individual) [SDNTK].

FIGUEROA ARIZALETA, Inocencio Antonio (a.k.a. "ARIZALETA, Inocencio Antonio"), Calle Piramide Red Majestic Park Torre D Apto 25 Urb Miranda, Sucre, Miranda 1090, Venezuela; DOB 17 Dec 1959; POB Caracas, Venezuela; nationality Venezuela; Gender Male; Cedula No. 5016509 (Venezuela) (individual) [VENEZUELA].

FIGUEROA BENITEZ, Jorge Humberto (a.k.a. "27"), Mexico; DOB 02 Sep 1989; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. FIBJ890902HSLGNR06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

FIGUEROA GOMEZ, Hassein Eduardo (a.k.a. FERNANDEZ GOMEZ, Ernesto; a.k.a. FIGUERO GOMEZ, Hassein Eduardo), Las Cortes 2935, Barajas Villasenor, Guadalajara, Jalisco, Mexico; Tlajomulco de Zuniga, Paseo de los Bosquez 115, El Palomar, Jalisco, Mexico; Benito Juarez, Valentin Gomez Farias 120A, Puerto Vallarta, Jalisco, Mexico; Puerta de Hierro 5594, Colonia Puerta de Hierro, Zapopan, Jalisco, Mexico; Donato Guerra 227, Colonia Centro, Guadalajara, Jalisco, Mexico; San Aristeo 2323, Colonia Popular, Guadalajara, Jalisco, Mexico; Acueducto 2200, Casa 2, Zapopan, Jalisco, Mexico; Avenida Pinos 330-2, Zapopan, Jalisco, Mexico; Marina Heights Tower Penthouse 4902, Dubai Marina, Dubai, United Arab Emirates; c/o DESARROLLOS INMOBILIARIOS CITADEL, S.A. DE C.V.; c/o DESARROLLOS TURISTICOS FORTIA, S.A. DE C.V.; c/o SCUADRA FORTIA, S.A. DE C.V.; c/o UNION ABARROTERO DE JALISCO S.C. DE R.L. DE C.V.; c/o EL PALOMAR CAR WASH, S.A. DE C.V.; c/o FORTIA BAJA SUR, S.A. DE C.V.; c/o GEOFARMA S.A. DE C.V.; c/o GRUPO COMERCIAL SAN BLAS, S.A. DE C.V.; c/o

GRUPO F Y F MEDICAL INTERNACIONAL DE EQUIPOS; c/o PROMOCIONES CITADEL, S.A. DE C.V.; c/o PUNTO FARMACEUTICO S.A. DE C.V.; c/o DESARROLLO ARQUITECTONICO FORTIA, S.A. DE C.V.; DOB 09 May 1973; alt. DOB 10 May 1973; POB Guadalajara, Jalisco, Mexico; Passport 01140311083 (Mexico); alt. Passport 6140103492 (Mexico); alt. Passport 96340014324 (Mexico) (individual) [SDNTK].

FIGUEROA SALAZAR, Amilcar Jesus (a.k.a. "TINO"), Venezuela; DOB 10 Jul 1954; nationality Venezuela; Gender Male; Cedula No. 3946770 (Venezuela); Passport 31-2006 (Venezuela) (individual) [VENEZUELA].

FIGUEROA VASQUEZ, Ezio Benjamin, Avenida Pinos 330-2, Zapopan, Jalisco, Mexico; Colima No 319-B, Col. Roma, Zapopan, Jalisco, Mexico; Calle Colonias 269, Guadalajara, Jalisco, Mexico; Calle Abedules 507-5, Guadalajara, Jalisco, Mexico; Fraccionamiento El Palomar, Paseo el Palomar 132, Zapopan, Jalisco, Mexico; 2200 Acueducto, Casa 2, Zapopan, Jalisco, Mexico; Colinas de San Javier, Paseo Loma Ancha 3547, Zapopan, Jalisco, Mexico; Blvd Puerta de Hierro No 6094, Zapopan, Jalisco, Mexico; Paseo de las Lomas No 43, Lomas de Colli, Zapopan, Jalisco, Mexico; Paseo de los Heroes 108-104, Tijuana, Baja California, Mexico; Ave Tamaulipas 103 9, Mexico City, Distrito Federal, Mexico; Jojutla 65, Mexico City, Distrito Federal, Mexico; Victoria 86 Interior 106, Mexico City, Distrito Federal, Mexico; Calle Arbol 4508, Col Chapalita, Guadalajara, Jalisco, Mexico; 6094 Fraccionamiento Puerta, Boulevard Puerta de Hierro, Guadalajara, Jalisco, Mexico; Avenida Vallarta 6503, Ciudad Granja, Guadalajara, Jalisco, Mexico; Donato Guerra 227, Colonia Centro, Guadalajara, Jalisco, Mexico; San Aristeo 2323, Colonia Popular, Guadalajara, Jalisco, Mexico; Las Cortes 2935, Barajas Villasenor, Guadalajara, Jalisco, Mexico; 2a Secc, Paseo Loma Ancha Colonias de San Javier, Zapopan, Jalisco, Mexico; Ave Lopez de Legaspi 2439, Colonia Lopez, Guadalajara, Jalisco, Mexico; c/o DISPOSITIVOS INDUSTRIALES DINAMICOS, S.A. DE C.V.; c/o SCUADRA FORTIA, S.A. DE C.V.; c/o TECNOLOGIA OPTIMA CORPORATIVA S. DE R.L. DE C.V.; c/o DISTRIBUIDORA LIFE, S.A.; c/o EL PALOMAR CAR WASH, S.A. DE C.V.; c/o DISTRIBUIDORA MEDICA HOSPITALARIA, S.A. DE C.V.; c/o GEOFARMA S.A. DE C.V.; c/o GRUPO

COMERCIAL SAN BLAS, S.A. DE C.V.; c/o GRUPO F Y F MEDICAL INTERNACIONAL DE EQUIPOS; c/o PUNTO FARMACEUTICO S.A. DE C.V.; DOB 20 Jun 1952; POB Mexico; Passport 94330015931 (Mexico); alt. Passport GO1814955 (Mexico); alt. Passport 05140035482 (Mexico); alt. Passport 07140276330 (Mexico); VisaNumberID GDL000506209 (Mexico) (individual) [SDNTK].

FIKRI TAHA METE DENKAR SHIPPING (a.k.a. DENKAR SHIP CONSTRUCTION INCORPORATED COMPANY (Latin: DENKAR GEMI İNŞA ANONIM ŞIRKETI); a.k.a. DENKAR SHIP REPAIR AND MANAGEMENT COMPANY), No: 38/1 Tunc Sok. Postane Mahallesi Tuzla, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 120312-5 (Turkey) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

FILATOVA, Irina Anatolyevna (Cyrillic: ФИЛАТОВА, Ирина Анатольевна), Russia; DOB 08 Aug 1978; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

FILIPAU, Genadziy Anatolievich (a.k.a. FILIPAU, Henadzi; a.k.a. FILIPPOV, Gennady Anatolievich), M/R-N 16 no. 20 apt. 123, Zhlobin, Gomel Region, Belarus; DOB 17 Mar 1974; POB Ozerany, Rogachevsky District, Gomel Region, Belarus; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 3170374H045PB1 (Belarus) (individual) [RUSSIA-EO14024].

FILIPAU, Henadzi (a.k.a. FILIPAU, Genadziy Anatolievich; a.k.a. FILIPPOV, Gennady Anatolievich), M/R-N 16 no. 20 apt. 123, Zhlobin, Gomel Region, Belarus; DOB 17 Mar 1974; POB Ozerany, Rogachevsky District, Gomel Region, Belarus; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 3170374H045PB1 (Belarus) (individual) [RUSSIA-EO14024].

FILIPCHUK, Pavel Igorevich (Cyrillic: ФИЛИПЧУК, Павел Игоревич) (a.k.a. FILIPCHUK, Pavlo Ihorovych (Cyrillic: ФІЛІПЧУК, Павло Ігорович)), 128 K. Libknekhta Street, Kherson, Kherson Region, Ukraine; 25 Zolina Street, Kakhovka, Kherson

region, Ukraine; DOB 05 Jul 1983; POB Zolochiv, Lviv region, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3050100254 (Ukraine) (individual) [RUSSIA-EO14024].

FILIPCHUK, Pavlo Ihorovych (Cyrillic: ФІЛІПЧУК, Павло Ігорович) (a.k.a. FILIPCHUK, Pavel Igorevich (Cyrillic: ФИЛИПЧУК, Павел Игоревич)), 128 K. Libknekhta Street, Kherson, Kherson Region, Ukraine; 25 Zolina Street, Kakhovka, Kherson region, Ukraine; DOB 05 Jul 1983; POB Zolochiv, Lviv region, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3050100254 (Ukraine) (individual) [RUSSIA-EO14024].

FILIPPOV, Gennady Anatolievich (a.k.a. FILIPAU, Genadziy Anatolievich; a.k.a. FILIPAU, Henadzi), M/R-N 16 no. 20 apt. 123, Zhlobin, Gomel Region, Belarus; DOB 17 Mar 1974; POB Ozerany, Rogachevsky District, Gomel Region, Belarus; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 3170374H045PB1 (Belarus) (individual) [RUSSIA-EO14024].

FILISTIN VAKFI (a.k.a. "TURK BROTHER LTD."), Haseki Sultan Neighborhood, Kizilelma Street No. 5/2, Fatih, Istanbul, Turkey; Website filistinvkf.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jan 2016; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: ARARAWI, Zeki Abdullah Ibrahim).

FILM STUDIO YALTA-FILM (a.k.a. AKTSIONERNOE OBSCHESTVO 'YALTINSKAYA KINODSTUDIYA'; a.k.a. CJSC YALTA-FILM; a.k.a. JOINT STOCK COMPANY YALTA FILM STUDIO; a.k.a. JSC YALTA FILM STUDIO; a.k.a. KINOSTUDIYA YALTA-FILM; a.k.a. OAO YALTINSKAYA KINOSTUDIYA; a.k.a. YALTA FILM STUDIO; a.k.a. YALTA FILM STUDIOS), Ulitsa Mukhina, Building 3, Yalta, Crimea 298063, Ukraine; Sevastopolskaya 4, Yalta, Crimea, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 30993572 [UKRAINE-EO13685].

FINANCIAL CORPORATION (FINCORP INTERNATIONAL), S.A., Panama City, Panama; RUC # 1182193-1-578349 (Panama); Folio Mercantil No. 578349 (Panama) [SDNTK].

FINANCIAL CORPORATION FINCORP, C.A., Cto. Ciudad Comercial Tamanaco, Torre A, piso 3, Ofic. 308, Urb. Chuao, Caracas, Venezuela; RIF # J-31118020-6 (Venezuela) [SDNTK].

FINANCIAL INVESTIGATIONS DEPARTMENT OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS (a.k.a. DEPARTAMENT FINANSAVYKH RASSLEDAVANNYAU KAMITETA DZYARZHAUNAHA KANTROLYU RESPUBLIKI BELARUS (Cyrillic: ДЭПАРТАМЕНТ ФІНАНСАВЫХ РАССЛЕДАВАННЯЎ КАМІТЭТА ДЗЯРЖАЎНАГА КАНТРОЛЮ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS (Cyrillic: ДЕПАРТАМЕНТ ФИНАНСОВЫХ РАССЛЕДОВАНИЙ КОМИТЕТА ГОСУДАРСТВЕННОГО КОНТРОЛЯ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. DFRKGK RB; a.k.a. "DEPARTMENT OF FINANCIAL INVESTIGATIONS"; a.k.a. "DFR" (Cyrillic: "ДФР")), 17 Kalvariyskaya str., Minsk 220004, Belarus (Cyrillic: ул.Кальварийская, 17, г.Минск 220004, Belarus); Organization Established Date 14 Apr 1998; Target Type Government Entity; Tax ID No. 101463246 (Belarus) [BELARUS-EO14038].

FINANCIERA CIMEX S.A (a.k.a. FINCIMEX), Calle 8, Entre 3ra Y 5ta Ave, 319 Playa, Havana, Cuba; Panama; RUC # 12555-91-124494 (Panama) [CUBA].

FINANSOVYE INFORMATSIONNYE SISTEMY (a.k.a. "FINANCIAL INFORMATION SYSTEMS"), Ul. Dusi Kovalchuk D. 179/5, Novosibirsk 630049, Russia; Ul. Musy Dzhalilya D. 3/1, Of. 823, Novosibirsk 630055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5445255281 (Russia); Registration Number 1085445000046 (Russia) [RUSSIA-EO14024].

FINCA LOS TRES REYES, Aldea Espiritu Santo, Municipio de Florida, Departamento de Copan, Honduras [SDNTK].

FINCIMEX (a.k.a. FINANCIERA CIMEX S.A), Calle 8, Entre 3ra Y 5ta Ave, 319 Playa, Havana, Cuba; Panama; RUC # 12555-91-124494 (Panama) [CUBA].

FINDER TECHNOLOGY LTD (Chinese Traditional: 超達科技有限公司), Unit A, 7/F, Yeung Yiu Chung, No. 7 Industrial Building, 2 Fung Yip Street, Chai Wan, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization

Established Date 04 Apr 2005; Commercial Registry Number 960469 (Hong Kong); Business Registration Number 35585540 (Hong Kong) [RUSSIA-EO14024].

FINE SANMATA SHIPPING CO., LIMITED, Room 1002, Floor 10, Easey Commercial Building, 253-261, Hennessy Road, Causeway Bay, Hong Kong, China; Monrovia, Liberia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Feb 2022; Identification Number IMO 6305602; Business Registration Number 73776848 (Hong Kong) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

FINESSE GLOBAL TRADING LIMITED, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Mar 2018; Company Number 2671483 (Hong Kong); Business Registration Number 69125885 (Hong Kong) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FINIANOS, Joseph (a.k.a. FENIANOS, Youssef; a.k.a. FENYANUS, Joseph; a.k.a. FINIANOS, Yusif; a.k.a. FINYANUS, Yusuf (Arabic: يوسف فنيانوس)), Lebanon; DOB 01 Jan 1964 to 31 Dec 1964; POB Zgharta, Lebanon; citizen Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

FINIANOS, Yusif (a.k.a. FENIANOS, Youssef; a.k.a. FENYANUS, Joseph; a.k.a. FINIANOS, Joseph; a.k.a. FINYANUS, Yusuf (Arabic: يوسف فنيانوس)), Lebanon; DOB 01 Jan 1964 to 31 Dec 1964; POB Zgharta, Lebanon; citizen Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

FINNISH RESISTANCE MOVEMENT (a.k.a. DEN NORSKE MOTSTANDSBEVEGELSEN; a.k.a. NORDIC RESISTANCE MOVEMENT; a.k.a. NORDISKA MOTSTANDSRORELSEN (Latin: NORDISKA MOTSTÅNDSRÖRELSEN); a.k.a. NORWEGIAN RESISTANCE MOVEMENT; a.k.a. NRM-NORWAY; a.k.a. SUOMEN VASTARINTALIIKE; a.k.a. SVENSKA MOTSTANDSRORELSEN (Latin: SVENSKA MOTSTÅNDSRÖRELSEN); a.k.a. SWEDISH RESISTANCE MOVEMENT; a.k.a. "KOHTI VAPAUTTA!"; a.k.a. "NMR"; a.k.a. "NRM"; a.k.a. "NRM-FINLAND"; a.k.a. "NRM-

SWEDEN"; a.k.a. "SMR"), Sweden; Norway; Denmark; Finland; Iceland; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1997 [SDGT].

FINROST LIMITED, Eleniko Building, Floor 4, Fla, 7 Stasandrou, Nicosia 1060, Cyprus; Registration Number HE 357180 (Cyprus) [GLOMAG] (Linked To: TESIC, Slobodan).

FINTENDER JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO FINTENDER; a.k.a. AO FINTENDER; a.k.a. FINTENDER JSC), Pr-Kt Tekstilshchikov D. 46, Pomeshch. 1, Kom.56, Kostroma 156000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743113487 (Russia); Registration Number 1157746705930 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

FINTENDER JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO FINTENDER; a.k.a. AO FINTENDER; a.k.a. FINTENDER JOINT STOCK COMPANY), Pr-Kt Tekstilshchikov D. 46, Pomeshch. 1, Kom.56, Kostroma 156000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743113487 (Russia); Registration Number 1157746705930 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

FINYANUS, Yusuf (Arabic: يوسف فنيانوس) (a.k.a. FENIANOS, Youssef; a.k.a. FENYANUS, Joseph; a.k.a. FINIANOS, Joseph; a.k.a. FINIANOS, Yusif), Lebanon; DOB 01 Jan 1964 to 31 Dec 1964; POB Zgharta, Lebanon; citizen Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

FIRDAUS LIMITED (a.k.a. FIRDAWS LLC (Cyrillic: ООО ФИРДАУС); a.k.a. FIRDAWS LTD; a.k.a. LIMITED LIABILITY COMPANY FIRDAWS), UL. Kabardinskaya D. 22/24, Floor 2, Grozny, Republic of Chechnya 364024, Russia; Makhachkala, Republic of Dagestan, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Apr 2011; Tax ID No. 2013002217 (Russia); Registration Number 1112031000872 (Russia) [RUSSIA-EO14024] (Linked To: KADYROVA, Ayshat Ramzanovna).

FIRDAWS LLC (Cyrillic: ООО ФИРДАУС) (a.k.a. FIRDAUS LIMITED; a.k.a. FIRDAWS LTD; a.k.a. LIMITED LIABILITY COMPANY

FIRDAWS), UL. Kabardinskaya D. 22/24, Floor 2, Grozny, Republic of Chechnya 364024, Russia; Makhachkala, Republic of Dagestan, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Apr 2011; Tax ID No. 2013002217 (Russia); Registration Number 1112031000872 (Russia) [RUSSIA-EO14024] (Linked To: KADYROVA, Ayshat Ramzanovna).

FIRDAWS LTD (a.k.a. FIRDAUS LIMITED; a.k.a. FIRDAWS LLC (Cyrillic: ООО ФИРДАУС); a.k.a. LIMITED LIABILITY COMPANY FIRDAWS), UL. Kabardinskaya D. 22/24, Floor 2, Grozny, Republic of Chechnya 364024, Russia; Makhachkala, Republic of Dagestan, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Apr 2011; Tax ID No. 2013002217 (Russia); Registration Number 1112031000872 (Russia) [RUSSIA-EO14024] (Linked To: KADYROVA, Ayshat Ramzanovna).

FIRMA VEARDON OOO (Cyrillic: ООО ФИРМА ВЕАРДОН), d. 6 str. 1, per. Sechenovski, Moscow 119034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713165336 (Russia); Business Registration Number 1027700266219 (Russia) [RUSSIA-EO14024] (Linked To: SHUVALOV, Igor Ivanovich).

FIROOZABADI, Hassan (a.k.a. AQAI-FIRUZABADI, Hassan; a.k.a. FIROUZABADI, Hassan; a.k.a. FIRUZABADI, Hasan); DOB 03 Feb 1951; POB Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Chief of Staff of the Joint Armed Forces of the Islamic Republic of Iran; Chairman of the Armed Forces' Joint Chiefs of Staff; Major General (individual) [IRAN-HR].

FIROOZI, Hamid (a.k.a. "H4mid@Tm3l"); DOB 06 Aug 1981; alt. DOB 23 Jun 1981; alt. DOB 01 Jan 1980; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2] (Linked To: ITSEC TEAM).

FIROUZABADI, Abdolhassan, Iran; DOB 08 Jan 1962; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-TRA].

FIROUZABADI, Hassan (a.k.a. AQAI-FIRUZABADI, Hassan; a.k.a. FIROOZABADI, Hassan; a.k.a. FIRUZABADI, Hasan); DOB 03 Feb 1951; POB Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Chief of Staff of the Joint Armed Forces of the Islamic Republic of Iran;

Chairman of the Armed Forces' Joint Chiefs of Staff; Major General (individual) [IRAN-HR].

FIROV, Alim Khazkhismelovich (Cyrillic: ФИРОВ, Алим Хажисмелович), Russia; DOB 09 Nov 1984; POB Kakhun, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: DEXIAS INTERNATIONAL PRODUCTS AND TRADE LIMITED COMPANY).

FIRQA AL-HAMZA (a.k.a. AL-HAMZA DIVISION; a.k.a. AL-HAMZAT DIVISION; a.k.a. FERQAT AL-HAMZA; a.k.a. HAMZA BRIGADE; a.k.a. HAMZA DIVISION (Arabic: فرقة الحمزة); a.k.a. HAMZA DIVISION SPECIAL FORCES; a.k.a. HAMZA TUMENI OZEL KUVVETLER; a.k.a. HAMZAT DIVISION), Al-Bab District, Aleppo Governorate, Syria; Afrin District, Aleppo Governorate, Syria [PAARSSR-EO13894].

FIRQAT EL-NEMR (a.k.a. RAPID INTERVENTION FORCE; a.k.a. SAUDI RAPID INTERVENTION GROUP; a.k.a. "TIGER SQUAD"), Saudi Arabia; Organization Established Date 2015 [GLOMAG] (Linked To: AL-QAHTANI, Saud).

FIRST BRANCH OF THE REVOLUTIONARY COURT OF SHIRAZ (a.k.a. BRANCH 1 OF THE SHIRAZ REVOLUTIONARY COURT; a.k.a. FIRST BRANCH OF THE SHIRAZ REVOLUTIONARY COURT), New Quran Boulevard, District 3, Shiraz City, Fars Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

FIRST BRANCH OF THE SHIRAZ REVOLUTIONARY COURT (a.k.a. BRANCH 1 OF THE SHIRAZ REVOLUTIONARY COURT; a.k.a. FIRST BRANCH OF THE REVOLUTIONARY COURT OF SHIRAZ), New Quran Boulevard, District 3, Shiraz City, Fars Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

FIRST CREDIT BANK (a.k.a. CHEIL CREDIT BANK; a.k.a. "KYONGYONG CREDIT BANK"), 3-18 Pyongyang Information Center, Potonggang District, Pyongyang, Korea, North; Beijing, China; Shenyang, China; Shanghai, China; SWIFT/BIC KYCBKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Financial Institution; Digital Currency Address - USDT TA3941uFAvmVibSkQ6fMJXxmaSNovX86mz; alt. Digital Currency Address - USDT TA39q3p75XRSWYAEaSF7dANtyksoa3sLge; alt. Digital Currency Address - USDT TBATDh41qMQ1yeVYecneEvhpfayYmkAQWS; alt. Digital Currency Address - USDT TBwghbQMsBC5xcUxE7ZpYXhfDMXZAfiFv6; alt. Digital Currency Address - USDT TBWRDpQsW1ZVPGGaBAwVLNb7iqmVBuM1nj; alt. Digital Currency Address - USDT TBYRhsZR7Mdn9ezpGVLwZiNVnGm8wZGLAD; alt. Digital Currency Address - USDT TBZefVsyQpzzxc2WSCLbZBECvxVdzGqdtC; alt. Digital Currency Address - USDT TC5UNu3LGrjjVCuLNDdVgjm4oL5cQAyFRZ; alt. Digital Currency Address - USDT TCA7AfTSuDmgYk2VaezfPuZF4Z4X8wxwcQ; alt. Digital Currency Address - USDT TDNKsLvsY2iSznyghddXz7ZDRc4X3191Z8; alt. Digital Currency Address - USDT TE3mCcPULjPUE7ykX7RArDPAhyahoy3d2j; alt. Digital Currency Address - USDT TF4J8Gp7zbS8NA3HLuxsLdx7Ebzr6weCGn; alt. Digital Currency Address - USDT TFdHux43bs21qRsygv5WQWfgtbQeT6nXey; alt. Digital Currency Address - USDT TFrH3dcpnR3tADrAcfyJwiK4brsgf3B7PG; alt. Digital Currency Address - USDT TFurWgnyNMq9bhLrLoT9FGnrLfAL2BtR5R; alt. Digital Currency Address - USDT TGDaYNWFXi9HJ7NacfETF15vhUH7eRhKzt; alt. Digital Currency Address - USDT TGdpkwNVFjw2DnbHBCFKLvCygPVPz9w4iM; alt. Digital Currency Address - USDT TGKgLatirRpTugS6wgCUKerjLbzWKXAVqx; alt. Digital Currency Address - USDT TGMFaAXH15oaW8MpcNHLid6NbMKWaaNPdC; alt. Digital Currency Address - USDT TGpNzk9noyvCCdnFPuSg5cqptPs16LjXZq; alt. Digital Currency Address - USDT TGRZZsD8gxahF5oE6C7K8LLRHqQzoPa5bX; alt. Digital Currency Address - USDT THEQTsqPhRDDfgcfBW5npH5Lr9PZhpthrf; alt. Digital Currency Address - USDT THHb5iMAbZgQYY19h6uY66y5xt6e11gcZC; alt. Digital Currency Address - USDT THob8vRrpDybXeqZDj8ukQhMjJVJ5nCbTW; alt. Digital Currency Address - USDT THUqqeevBQS3EYordDJKwp8DLFknesnfCD; alt. Digital Currency Address - USDT TJ812KESWjzJZGEWBPFCu74Js5zQS7jN5A; alt. Digital Currency Address - USDT TJBg9SxwiUUoqJGk18vK9avxkuV8GrKMK7; alt. Digital Currency Address - USDT TLRMHPjLGXsVpD9RVzSfat6zDiVDrd4b4w; alt. Digital Currency Address - USDT TMECKT19hfumcK3KqQKbhxkn1ohyeR58xu; alt. Digital Currency Address - USDT TMgnRWb9xFMtktny9Lzty21QYLLQD93ft6; alt. Digital Currency Address - USDT TMiSGhXXVsvJzqwGbwAsGiFxWg2eALZoM5; alt. Digital Currency Address - USDT TPcUZYthDfxNsHQnZZGBM1BDNBeNSjfPZE; alt. Digital Currency Address - USDT TPF9UQhqpV18BPWg5xo6MeB3h8t4iEg9gP; alt. Digital Currency Address - USDT TPo3JyryRcQ3uhBWexeYhtkpMitsUwY4uB; alt. Digital Currency Address - USDT TPPR7e8hGC57dexrE2jy1f94wtuGyVP6Dp; alt. Digital Currency Address - USDT TQKQ4ntejdYYJpuYkFz8oCSDoXW6RKRDdY; alt. Digital Currency Address - USDT TQthYM5nLqwAEr6DScC8tRtw29ncEB53mK; alt. Digital Currency Address - USDT TR18rEj7gWjKBJLYrowyfnvjWLTTsXGngK; alt. Digital Currency Address - USDT TRkGqvaobVp4XDNmSceRo5hDcJYDTFmYjd; alt. Digital Currency Address - USDT TTct1DezYvriNWU7Wi3mygLoskkaw61mra; alt. Digital Currency Address - USDT TTUqoT6EAmiM1xLvwVwxhjvjaoEUGtKDdZ; alt. Digital Currency Address - USDT TTzMs5AR66jr9mQMkWfCHVwd3AiLLYPepQ; alt. Digital Currency Address - USDT TUKsuPVb8kgJVFp5x528KC5HisUVdzxami; alt. Digital Currency Address - USDT TVDsEFm19zLV8HeXdt6G75rLroxnp6uqpV; alt. Digital Currency Address - USDT TVu2SiQrWSnfwk8quAeDxfiaLy6FHzYkMA; alt. Digital Currency Address - USDT TVyiDQ25H6Rx6PcNV1WyjGasGSa8ehj1Uv; alt. Digital Currency Address - USDT TW3RgbhYkFEFnmRJ9mE9b83T9XYSMkjwuD; alt. Digital Currency Address - USDT TWwv8FQiES3yHGig7y3zJWYuPaZfSV3vmY; alt. Digital Currency Address - USDT TXc4kRiMEcdXRxWpSKkD5qKaARExN4uxPq; alt. Digital Currency Address - USDT TXFUYHVJMDyKikutvCG6qNgTUS5pxtZhHs; alt. Digital Currency Address - USDT TYD6a4PAAfAgegEdDf9oZUnW4DFmS8jeFT; alt. Digital Currency Address - USDT TYK29mbyvVxLaLUKdFSTRADMwoxaVbVZQg; alt. Digital Currency Address - USDT TYxwUhoLPF7AgfG9GaXFEp8CQi8K8KG1m3 [DPRK4].

FIRST EAST EXPORT BANK PLC (a.k.a. FEE BANK MALAYSIA), Unit Level 10(B1), Main Office Tower, Financial Park, Jalan Merdeka,

87000 Labuan F.T., Wilayah Persekutuan, Malaysia; SWIFT/BIC FEEBMYKA; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Offices Worldwide [SDGT] [IFSR] (Linked To: BANK MELLAT).

FIRST FURAT TRADING LLC (a.k.a. KASB INTERNATIONAL LLC), 10th Floor, Citi Bank Building, Oud Metha Road, Oud Metha, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone Number: (971) (4) (3248000) [IRAN].

FIRST ISLAMIC INVESTMENT BANK LIMITED (a.k.a. "FIIB"), 19A-3A-3A, Level 31, Business Suite, UOA Centre, No. 19 Jalan, Pinang, Kuala Lumpur 50450, Malaysia; Financial Park Labuan Complex Unit 13 (C), Main Office Tower Jalan Merdeka, Labuan 87000, Malaysia; Website www.fiib.com.my; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

FIRST OCEAN ADMINISTRATION GMBH, Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRB94311 [IRAN].

FIRST OCEAN GMBH & CO KG (a.k.a. FIRST OCEAN GMBH AND CO KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 102601 [IRAN].

FIRST OCEAN GMBH AND CO KG (a.k.a. FIRST OCEAN GMBH & CO KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 102601 [IRAN].

FIRST OF OCTOBER ANTIFASCIST RESISTANCE GROUP (a.k.a. "GRAPO"), Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

FIRST OIL JV CO LTD, Jongbaek 1-dong, Rakrang-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5963351 [DPRK4].

FIRUZABADI, Hasan (a.k.a. AQAI-FIRUZABADI, Hassan; a.k.a. FIROOZABADI, Hassan; a.k.a.

FIROUZABADI, Hassan); DOB 03 Feb 1951; POB Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Chief of Staff of the Joint Armed Forces of the Islamic Republic of Iran; Chairman of the Armed Forces' Joint Chiefs of Staff; Major General (individual) [IRAN-HR].

FISHING ARE US, S. DE R.L. DE C.V. (a.k.a. AKALI BEACH CLUB; a.k.a. AKALI EXPEDITIONS; a.k.a. XOLO MAIZ AGAVE CHILE), Puerto Vallarta, Jalisco, Mexico; Website https://fishingareus.com/; alt. Website www.akaliexpeditions.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 May 2016; Organization Type: Tour operator activities; alt. Organization Type: Restaurants and mobile food service activities; R.F.C. FAU160503BVA (Mexico); Folio Mercantil No. 16958 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: IBARRA DIAZ JR., Michael).

FITAGE LIMITED, Rm 023 9/F Blk G Kwai Shing Ind Bldg Stage 2, 42-46 Tai Lin Pai Rd, Hong Kong, China; Organization Established Date 11 Oct 2022; Company Number 3197703 (Hong Kong); Business Registration Number 74497201 (Hong Kong) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

FITCH PARENTE, Jose Elmer, c/o COMPANIA MINERA DEL RIO CIANURY S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o MINERA RIO PRESIDIO S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o MINERA LA CASTELLANA Y ANEXAS S.A. DE C.V., Culiacan, Sinaloa, Mexico; Francisco I. Madero Numero 145 al Oriente, Colonia Centro, Culiacan, Sinaloa, Mexico; DOB 27 Jan 1965; POB Mazatlan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. FIPJ650127 (Mexico); C.U.R.P. FIPE650127HSLTRL05 (Mexico) (individual) [SDNTK].

FITCH PARENTE, Pablo Antonio, c/o COMPANIA MINERA DEL RIO CIANURY S.A. DE C.V., Culiacan, Sinaloa, Mexico; Boulevard Francisco I. Madero Numero 145 al Oriente, Colonia Centro, Culiacan, Sinaloa, Mexico; DOB 24 Mar 1966; POB Mazatlan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. FIPP660324 (Mexico); C.U.R.P. FIPP660324HSLTRB07 (Mexico) (individual) [SDNTK].

FITCH TOVAR, Jose Manuel, c/o COMPANIA MINERA DEL RIO CIANURY S.A. DE C.V.,

Culiacan, Sinaloa, Mexico; c/o MINERA LA CASTELLANA Y ANEXAS S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o MINERA RIO PRESIDIO S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o COPA DE PLATA S.A. DE C.V., Culiacan, Sinaloa, Mexico; Rio de la Plata, numero 28, Campo Bello de Mazatlan, Sinaloa, Mexico; DOB 28 Dec 1936; POB Panuco, Concordia, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. FITM361228 (Mexico) (individual) [SDNTK].

FITIWI, Abdurazak (a.k.a. ABDELRAZAK, Ismail; a.k.a. ESMAIL, Abdurazak; a.k.a. FITWI, Abd al-Razzak), Tripoli, Libya; Sabratha, Libya; Benghazi, Libya; DOB 1985 to 1987; POB Massawa, Eritrea; nationality Sudan; Gender Male (individual) [LIBYA3].

FITS IU RAN (a.k.a. FEDERAL RESEARCH CENTER COMPUTER SCIENCE AND CONTROL OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERAL STATE INSTITUTION FEDERAL RESEARCH CENTER INFORMATICS AND MANAGEMENT OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FRC CSC RAS; a.k.a. FRC IU RAS; a.k.a. INSTITUTE OF INFORMATICS PROBLEMS OF RUSSIAN ACADEMY OF SCIENCES), ul. Vavilova, d. 44, k. 2, Moscow 119333, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7736051896 (Russia); Registration Number 1027739314030 (Russia) [RUSSIA-EO14024].

FITS KAZNTS RAN (f.k.a. FEDERAL GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII NAUK UCH; a.k.a. FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII NAUK; a.k.a. FITS KAZNTS RAN FGBU; a.k.a. FRC KAZSC RAS), d. 2/31, ul. Lobachevskogo, Kazan, Tatarstan Republic 420111, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Apr 1991; Tax ID No.

1655022127 (Russia); Government Gazette Number 33859469 (Russia); Registration Number 1021602842359 (Russia) [RUSSIA-EO14024].

FITS KAZNTS RAN FGBU (f.k.a. FEDERAL GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII NAUK UCH; a.k.a. FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII NAUK; a.k.a. FITS KAZNTS RAN; a.k.a. FRC KAZSC RAS), d. 2/31, ul. Lobachevskogo, Kazan, Tatarstan Republic 420111, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Apr 1991; Tax ID No. 1655022127 (Russia); Government Gazette Number 33859469 (Russia); Registration Number 1021602842359 (Russia) [RUSSIA-EO14024].

FITWI, Abd al-Razzak (a.k.a. ABDELRAZAK, Ismail; a.k.a. ESMAIL, Abdurazak; a.k.a. FITIWI, Abdurazak), Tripoli, Libya; Sabratha, Libya; Benghazi, Libya; DOB 1985 to 1987; POB Massawa, Eritrea; nationality Sudan; Gender Male (individual) [LIBYA3].

FIVA PLASTIK ANONIM SIRKETI, Ali Enderer Is Merkezi D:104, No:1, Muratpasa Mahallesi Buyuk Coskun Sokak, Bayrampasa, Istanbul 34040, Turkey; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 1999; Registration Number 424303 (Turkey) [IRAN-EO13846].

FIVE ENERGY OIL TRADING (a.k.a. "5 ENERGY"), United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: MEHDI GROUP).

FIVE STAR RESORT PTE LTD (a.k.a. ASIA TRADING & CONSTRUCTION PTE LTD; a.k.a. ASIA TRADING AND CONSTRUCTION PTE

LTD), 20 Peck Seah Street #02-00, Singapore 79312, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Jan 2014; Organization Type: Construction of buildings; Registration Number 201401923D (Singapore) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

FIZA GOLD AND BULLION TRADING L.L.C (a.k.a. FIZA GOLD AND DIAMOND JEWELLERY L.L.C), Dubai, United Arab Emirates; Organization Established Date 14 Oct 2018; Registration Number 816507 (United Arab Emirates) [GLOMAG] (Linked To: PATTNI, Kamlesh Mansukhlal Damji).

FIZA GOLD AND DIAMOND JEWELLERY L.L.C (a.k.a. FIZA GOLD AND BULLION TRADING L.L.C), Dubai, United Arab Emirates; Organization Established Date 14 Oct 2018; Registration Number 816507 (United Arab Emirates) [GLOMAG] (Linked To: PATTNI, Kamlesh Mansukhlal Damji).

FK HK LIMITED, Rm 705, 7/F, FA Yuen Coml Bldg, Mongkok, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Feb 2023; Business Registration Number 74821422 (Hong Kong) [RUSSIA-EO14024].

FKP APZ VYMPEL IM PV FINOGENOVA (a.k.a. FEDERAL STATE ENTERPRISE AMUR CARTRIDGE PLANT VYMPEL; a.k.a. FEDERALNOE KAZENNOE PREDPRIIATIE AMURSKII PATRONNYI ZAVOD VYMPEL IMENI PV FINOGENOVA; a.k.a. FSE ACP VYMPEL; a.k.a. VYMPEL STATE PRODUCTION ASSOCIATION), D.12 Sh. Mashinostroitelei, Amursk 682640, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 2706000260 (Russia); Registration Number 1022700650609 (Russia) [RUSSIA-EO14024].

FKP AVANGARD (a.k.a. FEDERALNOE KAZENNOE PREDPRIIATIE AVANGARD), Ul. Olega Koshevogo D.2, Sterlitamak 453102, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 0268005588 (Russia); Registration Number 1020202089115 (Russia) [RUSSIA-EO14024].

FKP GOSNIIKHP (a.k.a. FEDERAL STATE INSTITUTION STATE RESEARCH INSTITUTE OF CHEMICAL PRODUCTS; a.k.a. FEDERALNOE KAZENNOE PREDPRIIATIE GOSUDARSTVENNYI NAUCHNO

ISSLEDOVATELSKII INSTITUT KHIMICHESKIKH PRODUKTOV; a.k.a. GOSUDARSTVENNYI NAUCHNO ISSLEDOVATELSKII INSTITUT KHIMICHESKIKH PRODUKTOV), Ul. Svetlaya D. 1, Kazan 420033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 1656003409 (Russia); Registration Number 1021603067683 (Russia) [RUSSIA-EO14024].

FKP NPO KZTM (a.k.a. FEDERAL STATE ENTERPRISE SCIENCE AND TECHNOLOGY ASSOCIATION KAZAN PLANT OF PRECISION ENGINEERING; a.k.a. NAUCHNO PROIZVODSTVENNOE OBYEDINENIE KAZANSKII ZAVOD TOCHNOGO MASHINOSTROENIYA), 71 Mazita Gafuri Street, Kazan 420108, Russia; 2 Pionerskaya Street, Chapaevsk 446100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 1654001773 (Russia); Registration Number 1021602829115 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

FKP SAMARA PLANT KOMMUNAR (a.k.a. SAMARSKII ZAVOD KOMMUNAR), UL. Kommunarov D. 3, Pos. Petra-Dubrava 443546, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6367080065; Registration Number 136302392356 [RUSSIA-EO14024].

FKU SIZO-1 UFSIN OF RUSSIA FOR THE REPUBLIC OF CRIMEA AND SEVASTOPOL (Cyrillic: ФКУ СИЗО-1 УФСИН РОССИИ ПО РЕСПУБЛИКЕ КРЫМ И Г. СЕВАСТОПОЛЮ) (a.k.a. DETENTION CENTER NO 1 IN SIMFEROPOL; a.k.a. FEDERAL GOVERNMENT INSTITUTION PRETRIAL DETENTION CENTER NO 1 OF THE DIRECTORATE OF THE FEDERAL PENITENTIARY SERVICE FOR THE REPUBLIC OF CRIMEA AND SEVASTOPOL (Cyrillic: ФЕДЕРАЛЬНОЕ КАЗЕННОЕ УЧРЕЖДЕНИЕ СЛЕДСТВЕННЫЙ ИЗОЛЯТОР NO 1 УПРАВЛЕНИЯ ФЕДЕРАЛЬНОЙ СЛУЖБЫ ИСПОЛНЕНИЯ НАКАЗАНИЙ ПО РЕСПУБЛИКЕ КРЫМ И Г. СЕВАСТОПОЛЮ); a.k.a. SIMFEROPOL REMAND PRISON; a.k.a. SIMFEROPOL SIZO), Bulvar Lenina, dom 4, Simferopol, Crimea 295006, Ukraine; Lenin Boulevard, 4,

Simferopol, Crimea 295006, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102002109 (Russia); Registration Number 1149102002389 (Russia) [UKRAINE-EO13685].

FKU UPRDOR 'TAMAN' (a.k.a. FEDERAL STATE INSTITUTION MANAGEMENT OF FEDERAL ROADS 'TAMAN'), 3 Revolution Avenue, Anapa, Krasnodar 353440, Russia; Website http://fkutaman.ru/; Email Address office@fkutaman.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

FL AO REMBAZA (a.k.a. AKTSIONERNOE OBSHCHESTVO REMONTNAIA BAZA PO REMONTU AVIATSIONNYKH PRIBOROV I AERODROMNOI TEKHNIKI; a.k.a. JOINT STOCK COMPANY MAINTENANCE BASE OF AIRCRAFT INSTRUMENTS AND AERODROME EQUIPMENT; a.k.a. "AO REMBAZA"), D. 40 Ul. Titova, Balashov 412310, Russia; Nab. tarasa shevchenko d. 23 A, Moscow 121151, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6440020175 (Russia); Registration Number 1096440000425 (Russia) [RUSSIA-EO14024].

FLAMINGO CLUB (a.k.a. CARIBBEAN SHOWPLACE LTD), Tropigala Night Club, Ironshore, Montego Bay, Jamaica; Rosehall Main Road, Rosehall, Jamaica [SDNTK].

FLAVIC FZE, P.O. Box: 513830, Sharjah Airport International Free Zone, Sharjah, United Arab Emirates; M2 Warehouse, Sharjah Airport International Free Zone, Sharjah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Jan 2016; Identification Number 0051909189 (United Arab Emirates) [RUSSIA-EO14024].

FLEETAH, Abdel Salam (a.k.a. ABD AL-SALAM, Muhammad; a.k.a. ABDULSALAM, Mohammad (Arabic: محمد عبد السلام); a.k.a. FELIATAH, Abdulsalam Salah Ahmed; a.k.a. FLEETAH, Abdulsalam Saleh Ahmed Abdullah (Arabic: عبدالسلام صلاح احمد عبداللة فليتة); a.k.a. "ABU YASSER"), Muscat, Oman; DOB 02 Apr 1981; POB Al-Qalaa, Razih District, Saada Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00020255

(Yemen) expires 17 Feb 2017 (individual) [SDGT] (Linked To: ANSARALLAH).

FLEETAH, Abdulsalam Saleh Ahmed Abdullah (Arabic: عبدالسلام صلاح احمد عبداللة فليتة) (a.k.a. ABD AL-SALAM, Muhammad; a.k.a. ABDULSALAM, Mohammad (Arabic: محمد عبد السلام); a.k.a. FELIATAH, Abdulsalam Salah Ahmed; a.k.a. FLEETAH, Abdel Salam; a.k.a. "ABU YASSER"), Muscat, Oman; DOB 02 Apr 1981; POB Al-Qalaa, Razih District, Saada Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00020255 (Yemen) expires 17 Feb 2017 (individual) [SDGT] (Linked To: ANSARALLAH).

FLETES Y TRANSPORTES GAXGAR S.A. DE C.V., Boulevard Luis Encinas No 581-B Esquina Alberto Truqui, Colonia Pimentel, Hermosillo, Sonora, Mexico; Guadalajara, Jalisco, Mexico; Alberto Truqui 581, Col. Pimentel, CP 83188, Hermosillo, Sonora, Mexico, Hermosillo, Sonora 83188, Mexico; R.F.C. FTG950807F20 (Mexico) [SDNTK].

FLEURETTE AFRICA RESOURCES I B.V., Industrieweg 5, Nieuwkoop, Zuid-Holland 2421 LK, Netherlands; V.A.T. Number NL852496369B01; Branch Unit Number 000026702959 (Netherlands); Chamber of Commerce Number 57238812 (Netherlands); Legal Entity Number 852496369 (Netherlands) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

FLEURETTE AFRICAN TRANSPORT B.V., Industrieweg 5, Nieuwkoop, Zuid-Holland 2421 LK, Netherlands; V.A.T. Number NL852777978B01; Branch Unit Number 000027280888 (Netherlands); Chamber of Commerce Number 57883149 (Netherlands); Legal Entity Number 852777978 (Netherlands) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

FLEURETTE DUTCH GROUP (a.k.a. FLEURETTE GROUP; a.k.a. FLEURETTE PROPERTIES LIMITED; a.k.a. GROUPE FLEURETTE; a.k.a. KARIBU AU DEVELOPMENT DURABLE AU CONGO; a.k.a. VENTORA INVESTMENTS S.A.SU), Strawinskylaan 335, WTC, B-Tower 3rd floor, Amsterdam 1077 XX, Netherlands; Gustav Mahlerplein 60, 7th Floor, ITO Tower, Amsterdam 1082 MA, Netherlands; 70 Batetela Avenue, Tilapia Building, 5th floor, Gombe, Kinshasa, Congo, Democratic Republic of the; 57/63 Line Wall Road, Gibraltar GX11 1AA,

Gibraltar; 8eme Etage, Immeuble 1113, Boulevard Du 30 Juin No 110, Commune De La Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-00630 (Congo, Democratic Republic of the); Public Registration Number 99450 (Gibraltar) [GLOMAG] (Linked To: GERTLER, Dan).

FLEURETTE ENERGY I B.V., Industrieweg 5, Nieuwkoop, Zuid-Holland 2421 LK, Netherlands; V.A.T. Number NL852499097B01; Branch Unit Number 000026708302 (Netherlands); Chamber of Commerce Number 57244758 (Netherlands); Legal Entity Number 852499097 (Netherlands) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

FLEURETTE GROUP (a.k.a. FLEURETTE DUTCH GROUP; a.k.a. FLEURETTE PROPERTIES LIMITED; a.k.a. GROUPE FLEURETTE; a.k.a. KARIBU AU DEVELOPMENT DURABLE AU CONGO; a.k.a. VENTORA INVESTMENTS S.A.SU), Strawinskylaan 335, WTC, B-Tower 3rd floor, Amsterdam 1077 XX, Netherlands; Gustav Mahlerplein 60, 7th Floor, ITO Tower, Amsterdam 1082 MA, Netherlands; 70 Batetela Avenue, Tilapia Building, 5th floor, Gombe, Kinshasa, Congo, Democratic Republic of the; 57/63 Line Wall Road, Gibraltar GX11 1AA, Gibraltar; 8eme Etage, Immeuble 1113, Boulevard Du 30 Juin No 110, Commune De La Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-00630 (Congo, Democratic Republic of the); Public Registration Number 99450 (Gibraltar) [GLOMAG] (Linked To: GERTLER, Dan).

FLEURETTE HOLDINGS NETHERLANDS B.V., Industrieweg 5, Nieuwkoop, Zuid-Holland 2421 LK, Netherlands; Chamber of Commerce Number 55389694 (Netherlands); Legal Entity Number 851683897 (Netherlands) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

FLEURETTE PROPERTIES LIMITED (a.k.a. FLEURETTE DUTCH GROUP; a.k.a. FLEURETTE GROUP; a.k.a. GROUPE FLEURETTE; a.k.a. KARIBU AU DEVELOPMENT DURABLE AU CONGO; a.k.a. VENTORA INVESTMENTS S.A.SU), Strawinskylaan 335, WTC, B-Tower 3rd floor, Amsterdam 1077 XX, Netherlands; Gustav Mahlerplein 60, 7th Floor, ITO Tower, Amsterdam 1082 MA, Netherlands; 70 Batetela Avenue, Tilapia Building, 5th floor, Gombe,

Kinshasa, Congo, Democratic Republic of the; 57/63 Line Wall Road, Gibraltar GX11 1AA, Gibraltar; 8eme Etage, Immeuble 1113, Boulevard Du 30 Juin No 110, Commune De La Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-00630 (Congo, Democratic Republic of the); Public Registration Number 99450 (Gibraltar) [GLOMAG] (Linked To: GERTLER, Dan).

FLEXOSEAL WATERPROOFING SOLUTIONS PTY LTD, 11 Walter Place, Durban, KwaZulu-Natal 4000, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 16 Mar 2021; Tax ID No. 9118725259 (South Africa); Trade License No. 2021/480544/07 (South Africa) [SDGT] (Linked To: AKBAR, Yunus Mohamad).

FLIGHT TRAVEL LLC, 50 Nalbandyan Street, Yerevan, Armenia; Email Address flighttravelevn@gmail.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR).

FLLC DANA ASTRA (a.k.a. FOREIGN LIMITED LIABILITY COMPANY DANA ASTRA; a.k.a. INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DANA ASTRA (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДАНА АСТРА); a.k.a. IOOO DANA ASTRA (Cyrillic: ИООО ДАНА АСТРА); a.k.a. ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DANA ASTRA (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДАНА АСТРА); a.k.a. ZTAA DANA ASTRA (Cyrillic: ЗТАА ДАНА АСТРА)), ul. Petra Mstislavtsa, d. 9, pom. 9-13, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 9-13, г. Минск 220076, Belarus); Organization Established Date 21 Jan 2010; Registration Number 191295361 (Belarus) [BELARUS-EO14038].

FLORBEL OPERADORA DE RESTAURANTES, S.A. DE C.V., Mexico City, Mexico; Folio Mercantil No. 310801 (Mexico) [SDNTK].

FLORES APODACA, Agustin (a.k.a. "EL BARBON"; a.k.a. "EL INGENIERO"; a.k.a. "EL NINO"), Calle Sierra Madre Occidental No. 1280, Colonia Canadas, Culiacan, Sinaloa 8000, Mexico; DOB 09 Jun 1964; POB Sinaloa,

Mexico; nationality Mexico; Gender Male; Passport 040070827 (Mexico); R.F.C. FOAA640609DX9 (Mexico); C.U.R.P. FOAA640609HSLLPG00 (Mexico) (individual) [SDNTK].

FLORES APODACA, Panfilo; DOB 01 Jun 1969; Passport G00527961 (Mexico) (individual) [SDNTK].

FLORES APODACA, Salome (a.k.a. "FINO"; a.k.a. "PELON"); DOB 23 Oct 1962; POB Sinaloa, Mexico; nationality Mexico; Gender Male; Passport 07040059504 (Mexico); R.F.C. FOAS621023Q97 (Mexico); C.U.R.P. FOAS621023HSLLPL04 (Mexico) (individual) [SDNTK].

FLORES BORREGO, Samuel (a.k.a. "SAMUEL FLORES FLORES"), Miguel Aleman, Tamaulipas, Mexico; Reynosa, Tamaulipas, Mexico; Michoacan, Mexico; DOB 06 Aug 1972; alt. DOB 22 Aug 1977; POB Tamaulipas, Mexico; alt. POB Distrito Federal, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. FOBS720806HTSLRM05 (Mexico); C.U.I.P. FOFS770822H09576414 (Mexico) (individual) [SDNTK].

FLORES CACHO, Alejandro (a.k.a. BOLANOS CACHO, Alejandro; a.k.a. CACHO FLORES, Alejandro; a.k.a. ROBLES VALDEZ, Abel; a.k.a. "ALEJANDRO LABASTIDA"; a.k.a. "GUILLERMO LABASTIDA"), Ojos Negros, Baja California Norte, Mexico; Carretera Acapulco, KM 8.5, Pie de la Cuesta, Acapulco, Guerrero, Mexico; Calle de Rio Nilo No. 20, Colonia Valle Dorado, Ensenada, Baja California Norte, Mexico; Montivideo No. 804, Lindavista, Mexico City, Distrito Federal, Mexico; Circuito de la Industria No. 94, Colonia Parque Ind. Lerma, Lerma, Mexico, Mexico; Avenida del Taller No. 23, Ret. 17, Colonia Jardin Balbuena, Delegacion Venustiano Carranza, Mexico City, Distrito Federal, Mexico; Calle Jaime Torres Bodet No. 207-A, Int. 201, Colonia Santa Marta La Rivera, Delegacion Cuauhtemoc, Mexico City, Distrito Federal, Mexico; Homero No. 1343, Mexico City, Distrito Federal, Mexico; Avenida Herradona No. 1328, Interlomas, Mexico City, Distrito Federal, Mexico; Calle Cantiles 42 A, Mozimba 39460, Acapulco, Guerrero, Mexico; Calle Tulipanes No. 8, Colonia Lomas Cortes, Cuernavaca, Morelos, Mexico; Calle Rancho Tetela No. 957, Colonia Rancho Tetela, Cuernavaca, Morelos, Mexico; DOB 26 Mar 1963; alt. DOB 26 Mar 1964; POB Mexico City, Distrito Federal, Mexico; alt. POB Guadalajara, Jalisco, Mexico; nationality

Mexico; citizen Mexico; Passport 01350202554 (Mexico); R.F.C. FOCA-630326 (Mexico); alt. R.F.C. FOCX-260363 (Mexico); alt. R.F.C. FOCX-630326 (Mexico); alt. R.F.C. FOCA-640326 (Mexico); C.U.R.P. FOCA630326HMCLCL05 (Mexico); Electoral Registry No. FLCCAL64032609H300 (Mexico); C.U.I.P. FOCA640326H14506669 (Mexico) (individual) [SDNTK].

FLORES CACHO, Javier, Avenida del Taller No. 23, Ret. 17, Colonia Jardin Balbuena, Delegacion Venustiano Carranza, Mexico City, Distrito Federal, Mexico; Martin Luis Guzman No. 259, Colonia Villa de Cortez, Mexico City, Distrito Federal, Mexico; DOB 30 Aug 1969; POB Mexico City, Distrito Federal, Mexico; nationality Mexico; citizen Mexico; R.F.C. FOCJ-690830 (Mexico); C.U.R.P. FOCJ690830HDFLCV03 (Mexico) (individual) [SDNTK].

FLORES CASTRO, Sandy (a.k.a. FLORES CASTRO, Sendy), Av. Ramon Corona 4750, Loc. 15, Col. Exhacienda de la Mora, Zapopan, Jalisco 45138, Mexico; Av. Ramon Corona 4750, Loc. 5, Zapopan, Jalisco 45138, Mexico; Av. Ramon Corona 4750, Zapopan, Jalisco 45019, Mexico; Tchaikovsky 474, Zapopan, Jalisco, Mexico; Piotr Tchaikovski 474, Col. Arcos de Guadalupe, Zapopan, Jalisco 45030, Mexico; Av. Sebastian Bach 5115, Col. Residencial La Estancia, Zapopan, Jalisco, Mexico; Av. Chapalita 50, Col. Jardines Plaza del Sol, Guadalajara, Jalisco, Mexico; Abraham Gonzalez 1375, Col. Sector Libertad, Zapopan, Jalisco, Mexico; DOB 10 Mar 1981; POB Guadalajara, Jalisco, Mexico; citizen Mexico; Gender Female; R.F.C. FOCS810310836 (Mexico); C.U.R.P. FOCS810310MJCLSN09 (Mexico); alt. C.U.R.P. FOCS810301MJCLSN00 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION; Linked To: A & S CARRIER INTERNACIONAL, S.A. DE C.V.; Linked To: BOUNGALOWS VILLA AZUL, S.A. DE C.V.).

FLORES CASTRO, Sendy (a.k.a. FLORES CASTRO, Sandy), Av. Ramon Corona 4750, Loc. 15, Col. Exhacienda de la Mora, Zapopan, Jalisco 45138, Mexico; Av. Ramon Corona 4750, Loc. 5, Zapopan, Jalisco 45138, Mexico; Av. Ramon Corona 4750, Zapopan, Jalisco 45019, Mexico; Tchaikovsky 474, Zapopan, Jalisco, Mexico; Piotr Tchaikovski 474, Col. Arcos de Guadalupe, Zapopan, Jalisco 45030, Mexico; Av. Sebastian Bach 5115, Col.

Residencial La Estancia, Zapopan, Jalisco, Mexico; Av. Chapalita 50, Col. Jardines Plaza del Sol, Guadalajara, Jalisco, Mexico; Abraham Gonzalez 1375, Col. Sector Libertad, Zapopan, Jalisco, Mexico; DOB 10 Mar 1981; POB Guadalajara, Jalisco, Mexico; citizen Mexico; Gender Female; R.F.C. FOCS810310836 (Mexico); C.U.R.P. FOCS810310MJCLSN09 (Mexico); alt. C.U.R.P. FOCS810301MJCLSN00 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION; Linked To: A & S CARRIER INTERNACIONAL, S.A. DE C.V.; Linked To: BOUNGALOWS VILLA AZUL, S.A. DE C.V.).

FLORES DE FREITAS, Franqui Francisco, Caracas, Venezuela; DOB 14 Aug 1985; POB Caracas, Venezuela; nationality Venezuela; Gender Male; Cedula No. 17751244 (Venezuela); Passport 066981222 (Venezuela) expires 24 Jan 2018 (individual) [ILLICIT-DRUGS-EO14059].

FLORES DE MADURO, Cilia Adela (a.k.a. FLORES, Cilia), Capital District, Venezuela; DOB 15 Oct 1956; POB Tinaquillo, Cojedes, Venezuela; citizen Venezuela; Gender Female; Cedula No. 5315632 (Venezuela) (individual) [VENEZUELA].

FLORES DE MALPICA, Eloisa, Venezuela; DOB 01 Dec 1948; POB Tinaquillo, Venezuela; nationality Venezuela; Gender Female; Cedula No. 3989591 (Venezuela) (individual) [VENEZUELA-EO13850].

FLORES DRUG TRAFFICKING ORGANIZATION (a.k.a. FLORES DTO), Mexico City, Distrito Federal, Mexico; Mexico; Guadalajara, Jalisco, Mexico [SDNTK].

FLORES DTO (a.k.a. FLORES DRUG TRAFFICKING ORGANIZATION), Mexico City, Distrito Federal, Mexico; Mexico; Guadalajara, Jalisco, Mexico [SDNTK].

FLORES ESPARZA, Moises, C Playa Santiago 6041, Dep. 3, Rdcial Moctezuma PTE, Zapopan, Jalisco 45050, Mexico; DOB 14 Dec 1977; POB Tepic, Nayarit, Mexico; citizen Mexico; Gender Male; R.F.C. FOEM7712145E7 (Mexico); Credencial electoral FLESMS77121418H100 (Mexico); C.U.R.P. FOEM771214HNTLSS07 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION).

FLORES GOMEZ, Felipe, Mariano Abasolo 87, Autlan de Navarro Centro, Autlan de Navarro, Jalisco 48900, Mexico; Av. Fray Junipero Serra 843, Col. Alcalde Barranquitas, Guadalajara,

Jalisco 44270, Mexico; Paulino Navarro 42, Col. Centro, Casimiro Castillo, Jalisco 48930, Mexico; DOB 20 Sep 1953; POB Villa Purificacion, Jalisco, Mexico; citizen Mexico; Gender Male; R.F.C. FOGF530920KX7 (Mexico); C.U.R.P. FOGF530920HJCLML09 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION; Linked To: BOUNGALOWS VILLA AZUL, S.A. DE C.V.; Linked To: CLUB DEPORTIVO MORUMBI, ASOCIACION CIVIL).

FLORES HALA, Florindo Eleuterio (a.k.a. "COMRADE ARTEMIO"); DOB 08 Sep 1961; POB San Juan de Siguas, Arequipa, Peru; citizen Peru (individual) [SDNTK].

FLORES HERNANDEZ, Raul (a.k.a. CASAS LINARES, Miguel), Distrito Federal, Mexico; Guadalajara, Jalisco, Mexico; Calle Piotr Tchaikovski 474, Col. Arcos de Guadalupe, Zapopan, Jalisco 45030, Mexico; Av. Sebastian Bach 5115, Col. Residencial La Estancia, Zapopan, Jalisco, Mexico; Av. Chapalita 50, Col. Jardines Plaza del Sol, Guadalajara, Jalisco, Mexico; Calle 72, Panfilo Perez, 750 Sector Libertad, Col. Blanco y Cuellar, Guadalajara, Jalisco 44730, Mexico; Calle Llamarada 193, Fracc. Residencial Sumiya, Jiutepec, Morelos 62560, Mexico; Zaragoza Sur 201, Col. Centro, San Martin Texmelucan, Puebla 74000, Mexico; DOB 03 Oct 1952; alt. DOB 05 Mar 1951; POB Autlan de Navarro, Jalisco, Mexico; alt. POB San Martin Texmelucan, Puebla, Mexico; citizen Mexico; Gender Male; R.F.C. FOHR521003SF7 (Mexico); alt. R.F.C. FOHR510305SF7 (Mexico); C.U.R.P. FOHR521003HJCLRL07 (Mexico); alt. C.U.R.P. FOHR510305HPLLRL08 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION).

FLORES JIMENEZ, Johana Vanessa, Managua, Nicaragua; DOB 24 Feb 1971; POB Managua, Nicaragua; nationality Nicaragua; Gender Female; National ID No. 0012402710038N (Nicaragua) (individual) [NICARAGUA].

FLORES MADRID, Luis Gerardo, Mexico; DOB 09 Mar 1988; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. FOML880309HSLLDS09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

FLORES MENDOZA, Severo (a.k.a. "REY MAGO"), Ameca, Jalisco, Mexico; DOB 09 Nov 1976; POB Tequila, Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P.

FOMS761109HJCLNV04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

FLORES NUNEZ, Adelmo (Latin: FLORES NÚÑEZ, Adelmo) (a.k.a. NUNEZ MOLINA, Adelmo (Latin: NÚÑEZ MOLINA, Adelmo)), Sinaloa, Mexico; DOB 15 Dec 1970; POB Choix, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. NUMA701215HSLXLD02 (Mexico) (individual) [SDNTK].

FLORES ORTIZ, Francisco Abraham (a.k.a. "PANCHITO"), Mexico; DOB 13 Aug 1977; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. FOOF770813HSLLRR00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

FLORES PACHECO, Cenobio (a.k.a. CASTRO VILLA, Luis Fernando; a.k.a. "CHECO"; a.k.a. "CHEKO"); DOB 13 Nov 1974; citizen Mexico (individual) [SDNTK].

FLORES SILVA, Audias (a.k.a. RAIGOSA PLASCENCIA, Gabriel; a.k.a. "Jardinero"), Zacatecas, Mexico; Jalisco, Mexico; DOB 19 Nov 1980; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. FOSA801119HMNLLD09 (Mexico) (individual) [SDNTK] [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

FLORES SOTO, Mario (a.k.a. FLORES SOTO, Mario Alberto), Privada A2 28, Colonia Infonavit, Nuevo Laredo, Tamaulipas, Mexico; Calle Tierra del Soconusco 252, Nuevo Laredo, Tamaulipas, Mexico; DOB 31 Oct 1967; POB Durango; nationality Mexico; citizen Mexico; C.U.R.P. FOSM671031HDGLTR03 (Mexico) (individual) [SDNTK].

FLORES SOTO, Mario Alberto (a.k.a. FLORES SOTO, Mario), Privada A2 28, Colonia Infonavit, Nuevo Laredo, Tamaulipas, Mexico; Calle Tierra del Soconusco 252, Nuevo Laredo, Tamaulipas, Mexico; DOB 31 Oct 1967; POB Durango; nationality Mexico; citizen Mexico; C.U.R.P. FOSM671031HDGLTR03 (Mexico) (individual) [SDNTK].

FLORES TINAJERO, Saul, Mexico; DOB 23 Aug 1975; POB Guadalajara, Jalisco, Mexico; citizen Mexico; Gender Male; R.F.C. FOTS7508237W0 (Mexico); C.U.R.P. FOTS750823HJCLNL01 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION).

FLORES, Cilia (a.k.a. FLORES DE MADURO, Cilia Adela), Capital District, Venezuela; DOB 15 Oct 1956; POB Tinaquillo, Cojedes, Venezuela; citizen Venezuela; Gender Female; Cedula No. 5315632 (Venezuela) (individual) [VENEZUELA].

FLOREZ HERMANOS LTDA. (a.k.a. HOSTERIA LAS DOS PALMAS), Carrera 65 No. 34-35, Medellin, Colombia; NIT # 8000902368 (Colombia) [SDNT].

FLOREZ SEPULVEDA, Marco Tulio, Calle 49B No. 74-44 Apto. 401, Medellin, Colombia; DOB 08 Apr 1962; Cedula No. 70300929 (Colombia) (individual) [SDNTK].

FLOREZ UPEGUI, Francisco Antonio (a.k.a. "DON PACHO"), c/o FLOREZ HERMANOS LTDA., Medellin, Colombia; c/o CANALES VENECIA LTDA., Envigado, Antioquia, Colombia; Calle 4 Sur No. 43B-60, Medellin, Colombia; DOB 10 May 1950; nationality Colombia; citizen Colombia; Cedula No. 8308988 (Colombia); Passport AG708213 (Colombia) (individual) [SDNT].

FLOROV, Aleksei Vadimovich (Cyrillic: ФЛОРОВ, АЛЕКСЕЙ ВАДИМОВИЧ) (a.k.a. "FLOROV, Aleksei"), Russia; DOB 10 Sep 1983; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 644804652 (Russia) expires 28 Oct 2016; Tax ID No. 501814379947 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ALBATROS OOO).

FLOW GALLERY LOUNGE (a.k.a. FLOW GALLERY LOUNGE SRL), Calle Juan de Morfa 87, Villa Consuelo, Santo Domingo, Dominican Republic; Tax ID No. 131-42317-5 (Dominican Republic) [SDNTK].

FLOW GALLERY LOUNGE SRL (a.k.a. FLOW GALLERY LOUNGE), Calle Juan de Morfa 87, Villa Consuelo, Santo Domingo, Dominican Republic; Tax ID No. 131-42317-5 (Dominican Republic) [SDNTK].

FLUX MARITIME LLP, Office 901, 9th Floor, One Platinum Belapur Navi, Sector 15, CBD Belapur, Navi Mumbai, Maharashtra 400614, India; Organization Established Date 26 Dec 2023; Identification Number IMO 6498881; Business Registration Number ACE-5458 (India) [IRAN-EO13902].

FLUXUS MARINE INC, Apartment 6, ul Zhambyla 145, Karaganda, Kazakhstan; 0179, 37 Ilia Chavchavadze St, Tbilisi, Georgia; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 2021; Identification Number IMO 6266343 [IRAN-EO13846].

FLY BAGHDAD (Arabic: فلاي بغداد) (a.k.a. FLY BAGHDAD AIRLINES COMPANY; a.k.a. IRAQ EXPRESS), Hurriya Square, Building 66, Street 25, Sector 925, Babil Neighborhood, Baghdad, Iraq; Jamia Street, Jadriya, Baghdad, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2014; Organization Type: Passenger air transport [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FLY BAGHDAD AIRLINES COMPANY (a.k.a. FLY BAGHDAD (Arabic: فلاي بغداد); a.k.a. IRAQ EXPRESS), Hurriya Square, Building 66, Street 25, Sector 925, Babil Neighborhood, Baghdad, Iraq; Jamia Street, Jadriya, Baghdad, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2014; Organization Type: Passenger air transport [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FLYTECHGROUP LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU FLAYTEKGRUPP; a.k.a. "OOO FTG"), Mkr. Skhodnya, Tup. 1-I Oktyabrskii D. 1, Khimki 141420, Russia; Ul. Leningradskaya, D. 11, Pomeshch. 006, Khimki 141402, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5047135637 (Russia); Registration Number 1125047015532 (Russia) [RUSSIA-EO14024].

FMF GENERAL TRADING LLC, Ahmad Abdulla Bahzad Building, Al Qusais Street, Al Qusais Industrial Area, Dubai, United Arab Emirates; P.O. Box 16542, Dubai, United Arab Emirates; C.R. No. 66488 (United Arab Emirates) [SDNTK].

FNPTS AO NPO MARS (a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION MARS), Ul. Solnechnaya D. 20, Ulyanovsk 432022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7303026811 (Russia); Registration Number 1067328003027 (Russia) [RUSSIA-EO14024].

FNPTS PO START IM MV PROTSENKO AO (a.k.a. FEDERAL SCIENTIFIC AND PRODUCTION CENTER MV PROTSENKO START PRODUCTION ASSOCIATION JSC (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СТАРТ ИМЕНИ МВ ПРОЦЕНКО); a.k.a. JS FRPC PA START NAMED AFTER MV PROTSENKO; a.k.a. JSC FEDERALNY NAUCHNO PROIZVODSTVENNY CENTER PRODUCTION OBYEDINENIYE START IMENI MV PROTSENKO; a.k.a. M V PROTSENKO PA START), 1, Mira Prospekt, Zarechny, Penza Region 442960, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5838013374 (Russia); Registration Number 1185835003221 (Russia) [RUSSIA-EO14024].

FOBEARINGS SDN BHD (a.k.a. FANCE BEARINGS SDN BHD), 163-D-4, Wisma Seri Perak, Jalan Perak, George Town 10150, Malaysia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 201901008277 (Malaysia) [RUSSIA-EO14024].

FOCUS COMPANY SARL (Arabic: شركة فوكوس ميديا ش.م.ل.) (a.k.a. FOCUS MEDIA S.A.R.L.; a.k.a. "FOCUS COMPANY"), Plot 6864, Section 5, Block A, Chiah, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Advertising; Registration Number 2002046 (Lebanon) issued 21 Oct 2003 [SDGT] (Linked To: UNITED GENERAL HOLDING SAL).

FOCUS MEDIA COMPANY SAL OFFSHORE (Arabic: شركة فوكوس ميديا ش.م.ل. اوف شور), Al Rabyeh Building, New Airport Highway, Beirut, Lebanon; Plot number 6864, Section 5, Block A, Chiah, Lebanon; Al Hizam Al-Akhdar Street, Al Amir District, Al-Najaf Al-Ashraf, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Advertising; Registration Number 1807467 (Lebanon) issued 25 Apr 2014 [SDGT] (Linked To: FOCUS COMPANY SARL).

FOCUS MEDIA S.A.R.L. (a.k.a. FOCUS COMPANY SARL (Arabic: شركة فوكوس ميديا ش.م.ل.); a.k.a. "FOCUS COMPANY"), Plot 6864, Section 5, Block A, Chiah, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Advertising; Registration Number 2002046 (Lebanon) issued 21 Oct 2003 [SDGT] (Linked To: UNITED GENERAL HOLDING SAL).

FOLLOWERS OF THE PROPHET MUHAMMED (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

FO-MENEDZHMENT OOO (a.k.a. LIMITED LIABILITY COMPANY FO-MENEDZHMENT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФО-МЕНЕДЖМЕНТ)), 3 1-Ya Rybinskaya Street, Building 1, Floor 4, Office 27/2, Moscow 107113, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Jan 2016; Tax ID No. 7718294952 (Russia); Registration Number 1167746092260 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

FOMICHEV, Vyacheslav Vasilevich (Cyrillic: ФОМИЧЁВ, Вячеслав Васильевич), Russia; DOB 26 Apr 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

FOMIN, Aleksandr Vasilyevich (a.k.a. FOMIN, Alexander Vasilyevich), Kolymazhnyy Pereulok, Moscow 119019, Russia; DOB 25 May 1959; POB Ridder, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 200276901 (Russia); Tax ID No. 772728554330 (Russia) (individual) [RUSSIA-EO14024].

FOMIN, Alexander Vasilyevich (a.k.a. FOMIN, Aleksandr Vasilyevich), Kolymazhnyy Pereulok, Moscow 119019, Russia; DOB 25 May 1959; POB Ridder, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 200276901 (Russia); Tax ID No. 772728554330 (Russia) (individual) [RUSSIA-EO14024].

FOND ENERGIA (a.k.a. FOUNDATION FACILITATION OF THE STRATEGIC DEVELOPMENT OF THE FUEL AND ENERGY COMPLEX ENERGY; a.k.a. FUND FOR DEVELOPMENT OF ENERGY COMPLEX ENERGY; a.k.a. "FUND ENERGY"), Ul. 1-YA Frunzenskaya D. 6, Moscow 119146, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 May 2008; Tax ID No. 7704274995 (Russia); Registration Number 1087799025269 (Russia) [RUSSIA-EO14024].

FOND PERSPEKTIVNYKH ISSLEDOVANIY (Cyrillic: ФОНД ПЕРСПЕКТИВНЫХ ИССЛЕДОВАНИЙ) (a.k.a. ADVANCED RESEARCH FOUNDATION; a.k.a. "FPI"), Nab. Berezhkovskaya, D. 22, Str. 3, Moscow 121059, Russia; Website fpi.gov.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7710480347 (Russia); Registration Number 1127799026596 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

FOND YAMAL (a.k.a. NONCOMMERCIAL ORGANIZATION REGIONAL INNOVATION INVESTMENT FUND YAMAL), ul. Lenina d. 27, Salekhard 629007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8901033609 (Russia); Registration Number 1108900000660 (Russia) [RUSSIA-EO14024].

FONDATION SECOURS MONDIAL A.S.B.L. (a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL 'WORLD RELIEF'; a.k.a. FONDATION SECOURS MONDIAL-BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL-KOSOVA; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a. STICHTING WERELDHULP-BELGIE, V.Z.W.; a.k.a. "FSM"), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, Putte 2580, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia and Herzegovina; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia and Herzegovina; Rr. Skenderbeu 76, Lagjja Sefa, Gjakova, Serbia; Ylli Morina Road, Djakovica, Serbia; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir, undetermined; Lebanon; Gaza Strip, undetermined; Sierra Leone; Somalia; Syria; 49 rue du Lazaret, Strasbourg 67100, France; West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; V.A.T. Number BE 454,419,759 [SDGT].

FONDATION SECOURS MONDIAL VZW (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL 'WORLD RELIEF'; a.k.a. FONDATION SECOURS MONDIAL-BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL-KOSOVA; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a. STICHTING WERELDHULP-BELGIE, V.Z.W.; a.k.a. "FSM"), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, Putte 2580, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia and Herzegovina; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia and Herzegovina; Rr. Skenderbeu 76, Lagjja Sefa, Gjakova, Serbia; Ylli Morina Road, Djakovica, Serbia; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir, undetermined; Lebanon; Gaza Strip, undetermined; Sierra Leone; Somalia; Syria; 49 rue du Lazaret, Strasbourg 67100, France; West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; V.A.T. Number BE 454,419,759 [SDGT].

FONDATION SECOURS MONDIAL 'WORLD RELIEF' (a.k.a. FONDATION SECOURS

MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL-BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL-KOSOVA; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a. STICHTING WERELDHULP-BELGIE, V.Z.W.; a.k.a. "FSM"), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, Putte 2580, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia and Herzegovina; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia and Herzegovina; Rr. Skenderbeu 76, Lagjja Sefa, Gjakova, Serbia; Ylli Morina Road, Djakovica, Serbia; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir, undetermined; Lebanon; Gaza Strip, undetermined; Sierra Leone; Somalia; Syria; 49 rue du Lazaret, Strasbourg 67100, France; West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; V.A.T. Number BE 454,419,759 [SDGT].

FONDATION SECOURS MONDIAL-BELGIQUE A.S.B.L. (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL 'WORLD RELIEF'; a.k.a. FONDATION SECOURS MONDIAL-KOSOVA; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a. STICHTING WERELDHULP-BELGIE, V.Z.W.; a.k.a. "FSM"), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, Putte 2580, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia and Herzegovina; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia and Herzegovina; Rr. Skenderbeu 76, Lagjja Sefa, Gjakova, Serbia; Ylli Morina Road, Djakovica, Serbia; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir, undetermined; Lebanon; Gaza Strip, undetermined; Sierra Leone; Somalia; Syria; 49 rue du Lazaret, Strasbourg 67100, France; West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; V.A.T. Number BE 454,419,759 [SDGT].

FONDATION SECOURS MONDIAL-KOSOVA (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL 'WORLD RELIEF'; a.k.a. FONDATION SECOURS MONDIAL-BELGIQUE A.S.B.L.; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a. STICHTING WERELDHULP-BELGIE, V.Z.W.; a.k.a. "FSM"), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, Putte 2580, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia and Herzegovina; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia and Herzegovina; Rr. Skenderbeu 76, Lagjja Sefa, Gjakova, Serbia; Ylli Morina Road, Djakovica, Serbia; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir, undetermined; Lebanon; Gaza Strip, undetermined; Sierra Leone; Somalia; Syria; 49 rue du Lazaret, Strasbourg 67100, France; West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; V.A.T. Number BE 454,419,759 [SDGT].

FONDO DE INVERSIONES DE VENEZUELA (a.k.a. BANCO BANDES; a.k.a. BANCO DE DESARROLLO ECONOMICO Y SOCIAL DE VENEZUELA; a.k.a. BANDES), Av. Universidad, Esq. de Traposos a Colon, P-1, Torre BANDES, CARACAS, DISTRITO FEDERAL 1010, Venezuela; Edificio Fondo de Inversiones de Venezuela Avenida Norte 1, Esquina Colon a Traposos, Caracas, Venezuela; SWIFT/BIC FIVVVECA; National ID No. G200047526 (Venezuela) [VENEZUELA-EO13850].

FONDO FINANCIERO PRIVADO PRODEM S.A. (a.k.a. BANCO PRODEM S.A.), Calle Belisario Salinas No 520, esquina, Sanchez Lima, La Paz, La Paz, Bolivia; SWIFT/BIC BPRMBOLP; Tax ID No. 1029837028 (Bolivia) [VENEZUELA-EO13850] (Linked To: BANCO DE DESARROLLO ECONOMICO Y SOCIAL DE VENEZUELA).

FOOLADVAND, Ali (a.k.a. FULADVAND, Ali), Tehran, Iran; DOB 10 Sep 1979; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4189670219 (Iran) (individual) [NPWMD] [IFSR].

FORA BANK JOINT STOCK COMMERCIAL BANK, Zubovsky Boulevard, 25, Moscow 119021, Russia; SWIFT/BIC FOJSRUMM; Website www.forabank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7704113772 (Russia); Legal Entity Number 253400USPWD55XXK2223; Registration Number 1027739553764 (Russia) [RUSSIA-EO14024].

FORABEN TRADING LIMITED, Suite C, 14/F Ritz Plaza 124 Austin Road TST KL, Hong Kong, China; Organization Established Date 29 Jul 2021; C.R. No. 3071736 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

FORCE COMBATTANTE ABACUNGUZI (a.k.a. COMBATANT FORCE FOR THE LIBERATION OF RWANDA; a.k.a. DEMOCRATIC FORCES FOR THE LIBERATION OF RWANDA; a.k.a. FDLR; a.k.a. FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA; a.k.a. "FOCA"), North and South Kivu, Congo, Democratic Republic of the [DRCONGO].

FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF"; a.k.a. "ADF/NALU"; a.k.a. "ISIS-DRC"), North Kivu

Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [DRCONGO].

FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA (a.k.a. COMBATANT FORCE FOR THE LIBERATION OF RWANDA; a.k.a. DEMOCRATIC FORCES FOR THE LIBERATION OF RWANDA; a.k.a. FDLR; a.k.a. FORCE COMBATTANTE ABACUNGUZI; a.k.a. "FOCA"), North and South Kivu, Congo, Democratic Republic of the [DRCONGO].

FOREFRONT OF THE IDEA (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

FOREIGN BANK MOSKVA-MINSK (a.k.a. BANK DABRABYT JOINT STOCK COMPANY; a.k.a. BANK DABRABYT JSC; f.k.a. BANK MOSCOW-MINSK JOINT STOCK COMPANY; f.k.a. MOSCOW-MINSK FOREIGN BANK; a.k.a. OJSC BANK DABRABYT (Cyrillic: ОАО БАНК ДАБРАБЫТ)), Kommunisticheskaya Str. 49, premises 1, Minsk 220002, Belarus; SWIFT/BIC MMBNBY22; Website www.bankdabrabyt.by; Organization Established Date 07 Apr 2000; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Registration Number 807000002 (Belarus) [BELARUS-EO14038].

FOREIGN INTELLIGENCE SERVICE OF THE RUSSIAN FEDERATION (a.k.a. SLUZHBA VNESHNEI RAZVEDKI ROSSISKOI FEDERATSII; a.k.a. SLUZHBA VNESHNEY RAZVEDKI; a.k.a. SVR ROSSII FKU; a.k.a. "SVR"), Building 1, 51 Ostozhenka st., Moscow 119034, Russia; Yasenevo 11 Kolpachny, Moscow 010100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 09 Oct 2003; Target Type Government Entity; Tax ID No. 7728302546 (Russia); Government Gazette Number 00035837 (Russia); Registration Number 1037728048973 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

FOREIGN LIMITED LIABILITY COMPANY DANA ASTRA (a.k.a. FLLC DANA ASTRA; a.k.a. INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DANA ASTRA (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДАНА АСТРА); a.k.a. IOOO DANA ASTRA (Cyrillic: ИOOO ДАНА АСТРА); a.k.a. ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DANA ASTRA (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДАНА АСТРА); a.k.a. ZTAA DANA ASTRA (Cyrillic: ЗТАА ДАНА АСТРА)), ul. Petra Mstislavtsa, d. 9, pom. 9-13, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 9-13, г. Минск 220076, Belarus); Organization Established Date 21 Jan 2010; Registration Number 191295361 (Belarus) [BELARUS-EO14038].

FOREIGN LIMITED LIABILITY COMPANY SLAVKALI (a.k.a. INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SLAVKALIY (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЛАВКАЛИЙ); a.k.a. IOOO SLAVKALI (Cyrillic: ИOOO СЛАВКАЛИЙ); a.k.a. SLAVKALI INOSTRANNOE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIYU; a.k.a. SLAVKALI IOOO; a.k.a. SLAVKALIY (Cyrillic: СЛАВКАЛИЙ); a.k.a. SLAVKALY FLLC; a.k.a. ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SLAUKALIY (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СЛАЎКАЛІЙ); a.k.a. ZTAA SLAUKALIY (Cyrillic: ЗТАА СЛАЎКАЛІЙ)), Lyubanskiy District, Pervomaiskaya St, Building 35, Office 3.1, Lyuban City, Minsk Oblast 223810, Belarus (Cyrillic: Любанский район, ул. Первомайская, д. 35, каб. 3.1, г. Любань, Минская область 223810, Belarus); d. 35, kab. 3.1, ul. Pervomaiskaya g. s/s, Lyuban Lyubanksi Raion, Minskaya Obl. 223810, Belarus; Organization Established Date 25 Oct 2011; Registration Number 191689538 (Belarus) [BELARUS-EO14038].

FOREIGN LIMITED LIABILITY COMPANY ZOMEX INVESTMENT (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗОМЕКС ИНВЕСТМЕНТ) (a.k.a. LIMITED LIABILITY COMPANY EMIRATES BLUE SKY; a.k.a. LLC EMIRATES BLUE SKY; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU EMIREITS BLYU SKAI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭМИРЕЙТС БЛЮ СКАЙ); a.k.a. OOO EMIREITS BLYU SKAI (Cyrillic: ООО ЭМИРЕЙТС БЛЮ СКАЙ); a.k.a. TAA EMIREITS BLYU SKAI (Cyrillic: ТАА ЭМИРЭЙТС БЛЮ СКАЙ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU EMIREITS BLYU SKAI (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ЭМІРЭЙТС БЛЮ СКАЙ); f.k.a. "ZOMEX"), ul. Petra Mstislavtsa, d. 9, pom. 10-44, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10-44, г. Минск 220076, Belarus); Organization Established Date 08 Sep 2008; Registration ID 191061449 (Belarus) [BELARUS-EO14038].

FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA (a.k.a. KOREA TRADE BANK; a.k.a. MOOYOKBANK; a.k.a. NORTH KOREA'S FOREIGN TRADE BANK), FTB Building, Jungsong-dong, Central District, Pyongyang, Korea, North; SWIFT/BIC FTBDKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK3].

FORENINGEN AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

FORENINGEN AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

FORENINGEN AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE

FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; <Head Office> [SDGT].

FORENINGEN AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

FORENINGEN AL-AQSA (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION;

a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

FORENINGEN AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

FORENINGEN AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a.

AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

FORENINGEN AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

FORENINGEN AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a.

AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

FORENT TECHNIK GMBH, Konrad-Duden-Weg 1, Frankfurt am Main, Hessen 60437, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 60313B102980 (Germany); alt. Registration ID HRB102980 (Germany) [SDGT] [IRGC] [IFSR].

FOREPOST TRADING LLC (a.k.a. LIMITED LIABILITY COMPANY FOREPOST TRADING), ul. Generala Antonova d. 3A, Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719667861 (Russia); Registration Number 1087746148962 (Russia) [RUSSIA-EO14024].

FORKHAN RELIEF ORGANIZATION (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-

ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

FORMER JUNDALLAH OF IRAN (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

FORNACIS ENERGY TRADING CO. L.L.C (Arabic: فورناسيس انرجي للتجارة شركة الشخص الواحد ذ.م.م), Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Sep 2023; License 1232954 (United Arab Emirates); Economic Register Number (CBLS) 12166455 (United

Arab Emirates) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

FORNAX SHIP MANAGEMENT FZCO, Unit 40260-001, Building A1, IFZA Business Park, Dubai Silicon Oasis, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6466241 [UKRAINE-EO13662] [RUSSIA-EO14024].

FORNELY LAB S.A. DE C.V. (a.k.a. KARMANI LAB S.A. DE C.V.), Naucalpan de Juarez, Mexico, Mexico; Organization Established Date 10 Apr 2014; Organization Type: Non-specialized wholesale trade; Folio Mercantil No. 23513 (Mexico) [ILLICIT-DRUGS-EO14059] (Linked To: RIVERA IBARRA, Gerardo).

FOROOZANDEH, Ahmad (a.k.a. FAYRUZI, Ahmad; a.k.a. FORUZANDEH, Ahmad; a.k.a. FORUZANDEH, Ahmed; a.k.a. FRUZANDAH, Ahmad; a.k.a. "ABU AHMAD ISHAB"; a.k.a. "ABU SHAHAB"; a.k.a. "JAFARI"), Qods Force Central Headquarters, Former U.S. Embassy Compound, Tehran, Iran; DOB circa 1960; alt. DOB 1957; alt. DOB circa 1955; alt. DOB circa 1958; alt. DOB circa 1959; alt. DOB circa 1961; alt. DOB circa 1962; alt. DOB circa 1963; POB Kermanshah, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Brigadier General, Commanding Officer of the Iranian Islamic Revolutionary Guard Corps-Qods Force Ramazan Corps; Deputy Commander of the Ramazan Headquarters; Chief of Staff of the Iraq Crisis Staff (individual) [SDGT] [IRAQ3] [IRGC].

FORPRES, S.C., Tijuana, Baja California, Mexico [SDNTK].

FORREST, Trevor William (a.k.a. AL-FAISAL, Abdullah Ibrahim; a.k.a. EL-FAISAL, Abdulla; a.k.a. FAISAL, Abdullah), 8 Windsor Road, Spanishtown, Jamaica; DOB 09 Oct 1963; alt. DOB 10 Sep 1963; POB Jamaica; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A2791188; National ID No. 119458128 (Jamaica) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

FORSAL CHARTERING CORPORATION, Suite 10, Third Floor, La Ciotat, Mont Fleuri, Mahe

Island, Seychelles; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2023; Identification Number IMO 6370362 [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

FORT CONSULTING OOO (a.k.a. FORT KONSALTING LIMITED LIABILITY COMPANY (Cyrillic: ФОРТ КОНСАЛТИНГ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)), d. 47A etazh / pom. 2/1, ul. Chernyshevskogo, Almetevsk 423465, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2003; Tax ID No. 1650104263 (Russia); Government Gazette Number 14893929 (Russia); Registration Number 1031616038387 (Russia) [RUSSIA-EO14024] (Linked To: TAGRAS BIZNESSERVIS LIMITED LIABILITY COMPANY).

FORT DIALOG SERVIS OOO (a.k.a. LIMITED LIABILITY COMPANY FORT DIALOG SERVICE), Pr-Kt Moskovskii D. 140, Naberezhnyye Chelny 423812, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1650092709 (Russia); Registration Number 1021602021935 (Russia) [RUSSIA-EO14024].

FORT KONSALTING LIMITED LIABILITY COMPANY (Cyrillic: ФОРТ КОНСАЛТИНГ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. FORT CONSULTING OOO), d. 47A etazh / pom. 2/1, ul. Chernyshevskogo, Almetevsk 423465, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2003; Tax ID No. 1650104263 (Russia); Government Gazette Number 14893929 (Russia); Registration Number 1031616038387 (Russia) [RUSSIA-EO14024] (Linked To: TAGRAS BIZNESSERVIS LIMITED LIABILITY COMPANY).

FORTA ENGINEERING CENTER LLC (a.k.a. LLC FORTA (Cyrillic: ООО ФОРТА)), 4 Shvernika Street, Building 2, Floor 6, Suite I, Room 612, Moscow 117036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Jun 2019; Tax ID No. 7727420642 (Russia); Registration Number 1197746359271 (Russia) [RUSSIA-EO14024].

FORTIA BAJA SUR, S.A. DE C.V., Calzada Fresnos No 70-A, Int. 102, Col. Ciudad Granja, Zapopan, Jalisco 45010, Mexico; Comerciantes

No. 5395, Int. 11, Col. Jardines de Guadalupe, Zapopan, Jalisco 45030, Mexico; R.F.C. FBS0710126M0 (Mexico); Folio Mercantil No. 39854 (Mexico) [SDNTK].

FORTIANA HOLDINGS LIMITED, Office/Flat 403, 4th Floor, Galaxias Commercial Centre, 36 Ayias Elenis, Nicosia 1061, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number HE 399750 (Cyprus) [RUSSIA-EO14024] (Linked To: SVIBLOV, Vladislav Vladimirovich).

FORTUNA LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФОРТУНА) (a.k.a. LIMITED LIABILITY COMPANY FORTUNA; a.k.a. "FORTUNA LLC" (Cyrillic: "ООО ФОРТУНА")), Office 5, Dom 113/5, Vokzalnaya Street, Artyomovsky Urban Okrug, Artyom, Primorsky Krai 692760, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 21 Apr 2023; Tax ID No. 2502071778 (Russia); Registration Number 1232500011149 (Russia) [DPRK3] (Linked To: ASATRYAN, Gayk).

FORUZANDEH, Ahmad (a.k.a. FAYRUZI, Ahmad; a.k.a. FOROOZANDEH, Ahmad; a.k.a. FORUZANDEH, Ahmed; a.k.a. FRUZANDAH, Ahmad; a.k.a. "ABU AHMAD ISHAB"; a.k.a. "ABU SHAHAB"; a.k.a. "JAFARI"), Qods Force Central Headquarters, Former U.S. Embassy Compound, Tehran, Iran; DOB circa 1960; alt. DOB 1957; alt. DOB circa 1955; alt. DOB circa 1958; alt. DOB circa 1959; alt. DOB circa 1961; alt. DOB circa 1962; alt. DOB circa 1963; POB Kermanshah, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Brigadier General, Commanding Officer of the Iranian Islamic Revolutionary Guard Corps-Qods Force Ramazan Corps; Deputy Commander of the Ramazan Headquarters; Chief of Staff of the Iraq Crisis Staff (individual) [SDGT] [IRAQ3] [IRGC].

FORUZANDEH, Ahmed (a.k.a. FAYRUZI, Ahmad; a.k.a. FOROOZANDEH, Ahmad; a.k.a. FORUZANDEH, Ahmad; a.k.a. FRUZANDAH, Ahmad; a.k.a. "ABU AHMAD ISHAB"; a.k.a. "ABU SHAHAB"; a.k.a. "JAFARI"), Qods Force Central Headquarters, Former U.S. Embassy

Compound, Tehran, Iran; DOB circa 1960; alt. DOB 1957; alt. DOB circa 1955; alt. DOB circa 1958; alt. DOB circa 1959; alt. DOB circa 1961; alt. DOB circa 1962; alt. DOB circa 1963; POB Kermanshah, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Brigadier General, Commanding Officer of the Iranian Islamic Revolutionary Guard Corps-Qods Force Ramazan Corps; Deputy Commander of the Ramazan Headquarters; Chief of Staff of the Iraq Crisis Staff (individual) [SDGT] [IRAQ3] [IRGC].

FORWARD SYSTEMS, R AND DC (a.k.a. CJSC NTTS PEREDOVYE SISTEMY; a.k.a. FORWARD SYSTEMS, R&DC; a.k.a. ZAO NTTS PEREDOVYE SISTEMY (Cyrillic: ЗАО НТЦ ПЕРЕДОВЫЕ СИСТЕМЫ)), 20B Glebovskaya st., Moscow 107258, Russia; ul. Glebovskaya, d. 20B, Moscow 107258, Russia; Website www.forsys.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 May 1997; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7718124608 (Russia); Business Registration Number 1027700530329 (Russia) [RUSSIA-EO14024].

FORWARD SYSTEMS, R&DC (a.k.a. CJSC NTTS PEREDOVYE SISTEMY; a.k.a. FORWARD SYSTEMS, R AND DC; a.k.a. ZAO NTTS PEREDOVYE SISTEMY (Cyrillic: ЗАО НТЦ ПЕРЕДОВЫЕ СИСТЕМЫ)), 20B Glebovskaya st., Moscow 107258, Russia; ul. Glebovskaya, d. 20B, Moscow 107258, Russia; Website www.forsys.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 May 1997; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7718124608 (Russia); Business Registration Number 1027700530329 (Russia) [RUSSIA-EO14024].

FORWARDERZ (a.k.a. SECONDEYE SOLUTION), Karachi, Pakistan; Website secondeyesolution.su; alt. Website secondeyesolution.ch; alt. Website secondeyesolution.ru; alt. Website secondeyesolution.com; alt. Website forwarderz.com; alt. Website secondeyehost.com; Email Address support@secondeyesolution.com; alt. Email Address info@forwarderz.com; alt. Email Address forwarderz@yahoo.com; alt. Email Address forwarderzlive@google.com; alt. Email Address forwarderzlive@hotmail.com; alt. Email Address support@secondeyehost.com; Digital Currency Address - XBT 1NE2NiGhhbkFPSEyNWwj7hKGhGDedBtSrQ; alt. Digital Currency Address - XBT 19D8PHBjZH29uS1uPZ4m3sVyqqfF8UFG9o; alt. Digital Currency Address - XBT 1EYitrwBYNWuTBcjZFbEUdqHppe2raLpaF; alt. Digital Currency Address - XBT 1G9CKRHA3mx22DoT1QyNYrh85VSQ19Y1em; alt. Digital Currency Address - XBT 182NGZbPJXwg2WDrhrPpR7tpiGQkNPF844; alt. Digital Currency Address - XBT 1NayLEVF3bEEbDtdF2Cwso1VdEtvVNh2qX; alt. Digital Currency Address - XBT 16PhXY3hNNMTo8kpuJx2emh713KbWpkqci; alt. Digital Currency Address - XBT 1GqChmWqGtsaLrGbHfgdrV5Nkvahtjjuxr; alt. Digital Currency Address - XBT 18Ke1QWE9nQfXuhJijHggZuPJ5ZYxapoBK; alt. Digital Currency Address - XBT 1QJUiNsNfji6mR1FjAwf6Eg9NxxHPoxpWL; alt. Digital Currency Address - XBT 1DtGgdCi9VPKz2Bpq8GQhUQEPnQ5HwaT9n; Digital Currency Address - ETH 0x1da5821544e25c636c1417ba96ade4cf6d2f9b5a; alt. Digital Currency Address - ETH 0x7Db418b5D567A4e0E8c59Ad71BE1FcE48f3E6107; alt. Digital Currency Address - ETH 0x72a5843cc08275C8171E582972Aa4fDa8C397B2A; alt. Digital Currency Address - ETH 0x7F19720A857F834887FC9A7bC0a0fBe7Fc7f8102; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Digital Currency Address - LTC LQAhYwwK5AR1JQiQPr7vu8Pu4b6qcxxvNB; alt. Digital Currency Address - LTC LgwmgYnraU2uBWHVFUDgAmFCPYj5Yw8C9L; alt. Digital Currency Address - LTC LeKvNdNEzgQkzVVnRdV3fAu2DSF1nLsNw6; Digital Currency Address - BCH 18M8bJWMzWHDBMxoLqjHHAffdRy4SrzkfB [CYBER2] [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

FOS REVOLISYONE G9 AN FANMI E ALYE (Latin: FÒS REVOLISYONÈ G9 AN FANMI E ALYE) (a.k.a. G9 FANMI E ALYE; a.k.a. G-PEP (Latin: G-PÈP); a.k.a. VIV ANSANM; a.k.a. "G-9"), Port-au-Prince, Haiti; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Sep 2023; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT].

FOSHAN GOLDEN AGE MOTOR TECHNOLOGY CO., LTD., Taoyuan Road (Workshop A), Songxia Industrial Zone, Shishan Town, Foshan, Guangdong, China; Website gkmotor.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Aug 2015; Unified Social Credit Code (USCC) 914406003519682752 (China) [RUSSIA-EO14024].

FOSSIL AGRO (a.k.a. FOSSIL AGRO PRIVATE LIMITED), 42 McChlery Avenue, Eastlea, Harare, Zimbabwe; 521 Access Road, Msasa Industrial Area, Harare, Zimbabwe; Organization Established Date 2016; Organization Type: Support activities for crop production; Target Type Private Company [GLOMAG] (Linked To: SAKUNDA HOLDINGS).

FOSSIL AGRO PRIVATE LIMITED (a.k.a. FOSSIL AGRO), 42 McChlery Avenue, Eastlea, Harare, Zimbabwe; 521 Access Road, Msasa Industrial Area, Harare, Zimbabwe; Organization Established Date 2016; Organization Type: Support activities for crop production; Target Type Private Company [GLOMAG] (Linked To: SAKUNDA HOLDINGS).

FOSSIL CONTRACTING (a.k.a. FOSSIL CONTRACTING PRIVATE LIMITED), 5 Loreley Crescent, Harare, Zimbabwe; 5, Loreley Close, Beverly, Msasa, Harare, Zimbabwe; Website https://www.fossilcontracting.org/; Organization Established Date 01 Jan 2010; Organization Type: Construction of other civil engineering projects; Business Number 200114146 (Zimbabwe); Registration Number 5268/2011 (Zimbabwe) [GLOMAG].

FOSSIL CONTRACTING PRIVATE LIMITED (a.k.a. FOSSIL CONTRACTING), 5 Loreley Crescent, Harare, Zimbabwe; 5, Loreley Close, Beverly, Msasa, Harare, Zimbabwe; Website https://www.fossilcontracting.org/; Organization Established Date 01 Jan 2010; Organization Type: Construction of other civil engineering projects; Business Number 200114146 (Zimbabwe); Registration Number 5268/2011 (Zimbabwe) [GLOMAG].

FOTHI GARAGE (a.k.a. DESIGNER GARAGE), Gurahaage, Feydhoo 19040, Maldives; Link Road, Addu City 19040, Maldives; Website

fothigarage.business.site/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Nov 2017; Organization Type: Wholesale of food, beverages and tobacco; alt. Organization Type: Retail sale of textiles in specialized stores; Business Number BN03382018 (Maldives); alt. Business Number BN38732022 (Maldives); Business Registration Number BP38892022 (Maldives) issued 29 Sep 2022; Registration Number SP-2375/2017 (Maldives); Permit Number IG0195S42018 (Maldives) issued 06 Feb 2018 [SDGT] (Linked To: AGLEEL, Ahmed).

FOTIS LINES INCORPORATED, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 30 Apr 2024; Identification Number IMO 6500031; Company Number 125700 (Marshall Islands) [IRAN-EO13902].

FOTONIKS KLAUD (a.k.a. PHOTONICS CLOUD), Ul. Yasenevaya D. 5, K. 1, Floor 1, Office #V/8, Sosenki 108814, Russia; Ul. Sosnovaya D. 1B, Der. Sosenki, Moscow 108814, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7751175688 (Russia); Registration Number 1207700027501 (Russia) [RUSSIA-EO14024].

FOUAZ, Abbas (a.k.a. FAWAZ, Abbas Loutfe; a.k.a. FAWWAZ, 'Abbas Abu-Ahmad), Dakar, Senegal; DOB 07 Aug 1978; POB Jwaya, Lebanon; alt. POB Dakar, Senegal; citizen Lebanon; alt. citizen Senegal; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Personal ID Card 096574S (Senegal) (individual) [SDGT].

FOUBERT CADENA, Manuel Alejandro, Puerto Vallarta, Jalisco, Mexico; Leon, Guanajuato, Mexico; DOB 16 Oct 1982; POB Guadalajara, Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. FOCM821016HJCBDN02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

FOUBERT CADENA, Xeyda Del Refugio, Puerto Vallarta, Jalisco, Mexico; DOB 02 Jul 1980; POB Guadalajara, Jalisco, Mexico; nationality Mexico; Gender Female; C.U.R.P. FOCX800702MJCBDY03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

FOULAD YAZD (a.k.a. YAZD INDUSTRIAL CONSTRUCTIONAL STEEL ROLLING MILL),

17th KM, towards Taft Town, Yazd-Kerman New Ring Road, Yazd, Iran; Foulad Building, no. 235 Azadi Avenue, Tehran 1457966191, Iran; Website www.yazdrollingmill.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1996; Registration Number 51556 (Iran) [IRAN-EO13871].

FOUNDATION CHEMICAL DISARMAMENT & CONVERSION (a.k.a. FOUNDATION CHEMICAL DISARMAMENT AND CONVERSION; a.k.a. NEKOMMERCHESKAYA ORGANIZATSIYA FOND KHIMICHESKOE RAZORUZHENIE I KONVERSIYA; a.k.a. NKO FOND KHIMRAZORUZHENIE), Ul. Pravdy D.21, Str.1, Moscow 125865, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Apr 1998; Tax ID No. 7726275181 (Russia); Registration Number 1037739149491 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

FOUNDATION CHEMICAL DISARMAMENT AND CONVERSION (a.k.a. FOUNDATION CHEMICAL DISARMAMENT & CONVERSION; a.k.a. NEKOMMERCHESKAYA ORGANIZATSIYA FOND KHIMICHESKOE RAZORUZHENIE I KONVERSIYA; a.k.a. NKO FOND KHIMRAZORUZHENIE), Ul. Pravdy D.21, Str.1, Moscow 125865, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Apr 1998; Tax ID No. 7726275181 (Russia); Registration Number 1037739149491 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

FOUNDATION FACILITATION OF THE STRATEGIC DEVELOPMENT OF THE FUEL AND ENERGY COMPLEX ENERGY (a.k.a. FOND ENERGIA; a.k.a. FUND FOR DEVELOPMENT OF ENERGY COMPLEX ENERGY; a.k.a. "FUND ENERGY"), Ul. 1-YA Frunzenskaya D. 6, Moscow 119146, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 May 2008; Tax ID No. 7704274995 (Russia); Registration Number 1087799025269 (Russia) [RUSSIA-EO14024].

FOUNDATION FOR CONSTRUCTION (a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF

THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER E-NAU; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU; a.k.a. "UTN"), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, F 8/4, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

FOUNDATION FOR DEVELOPMENT OF THE CENTER FOR ELABORATION AND COMMERCIALIZATION OF NEW TECHNOLOGIES (a.k.a. SKOLKOVO FOUNDATION), 5 Nobelya str., Skolkovo Innovation Centre, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2010; Tax ID No. 7701058410 (Russia); Registration Number 1107799016720 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

FOURCAND, Herve (a.k.a. FOURCAND, Richard Herve; a.k.a. FOURCAND, Richard Lenine Herve), Haiti; DOB 14 Jun 1964; nationality Haiti; Gender Male; National ID No. 01-01-99-1964-06-00256 (Haiti) (individual) [ILLICIT-DRUGS-EO14059].

FOURCAND, Richard Herve (a.k.a. FOURCAND, Herve; a.k.a. FOURCAND, Richard Lenine Herve), Haiti; DOB 14 Jun 1964; nationality Haiti; Gender Male; National ID No. 01-01-99-1964-06-00256 (Haiti) (individual) [ILLICIT-DRUGS-EO14059].

FOURCAND, Richard Lenine Herve (a.k.a. FOURCAND, Herve; a.k.a. FOURCAND, Richard Herve), Haiti; DOB 14 Jun 1964; nationality Haiti; Gender Male; National ID No. 01-01-99-1964-06-00256 (Haiti) (individual) [ILLICIT-DRUGS-EO14059].

FOURTEEN STAR SHIPPING MANAGEMENT (a.k.a. 14 STAR SHIPPING MANAGEMENT; a.k.a. "FOURTEEN STARS"), United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: MEHDI GROUP).

FOURTEENTH OCEAN GMBH & CO. KG (a.k.a. FOURTEENTH OCEAN GMBH AND CO. KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to

Secondary Sanctions; Trade License No. HRA 104174 [IRAN].

FOURTEENTH OCEAN GMBH AND CO. KG (a.k.a. FOURTEENTH OCEAN GMBH & CO. KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 104174 [IRAN].

FOURTH GENERATION YAMAKEN-GUMI (Japanese: 四代目山健組) (a.k.a. YAMAKEN-GUMI (Japanese: 山健組); a.k.a. YONDAIME YAMAKEN-GUMI), 26-4 Hanakuma-cho Chuo-ku, Kobe-shi, Hyogo-ken 650-0013, Japan (Japanese: 26-4 花隈町中央区, 神戸市, 兵庫県 650-0013, Japan) [TCO] (Linked To: KOBE YAMAGUCHI-GUMI; Linked To: INOUE, Kunio).

FOURTH OCEAN GMBH & CO KG (a.k.a. FOURTH OCEAN GMBH AND CO KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA102600 [IRAN].

FOURTH OCEAN GMBH AND CO KG (a.k.a. FOURTH OCEAN GMBH & CO KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA102600 [IRAN].

FOUZ, Samer (a.k.a. AL-FOUZ, Samer; a.k.a. FAWAZ, Samer; a.k.a. FAWZ, Samir; a.k.a. FOZ, Samer; a.k.a. FOZ, Samer Zuhair; a.k.a. FOZ, Samir), Meadows 2, Street 3, Villa 5, Dubai, United Arab Emirates; DOB 20 May 1973; POB Latakia, Syria; nationality Syria; alt. nationality Turkey; alt. nationality Saint Kitts and Nevis; citizen Saint Kitts and Nevis; Gender Male; National ID No. 784197341865828 (Syria) (individual) [PAARSSR-EO13894].

FOXTROT NETWORK, Sweden; Organization Established Date 2015 to 2019; Target Type Criminal Organization [TCO].

FOXWHELP LIMITED, Akara Building, 24 Castro Street, Wickhams Cay 1, P.O. Box 3136, Road Town, Tortola, Virgin Islands, British; Public Registration Number 1577165 (Virgin Islands, British) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

FOZ FOR TRADING (a.k.a. FOZ TRADING), Syria [PAARSSR-EO13894] (Linked To: AMAN HOLDING COMPANY).

FOZ TRADING (a.k.a. FOZ FOR TRADING), Syria [PAARSSR-EO13894] (Linked To: AMAN HOLDING COMPANY).

FOZ, Amer (a.k.a. FOZ, Amer Zuhair (Arabic: عامر زهير فوز); a.k.a. FOZ, Amer Zuheir), Yenisehir Mahallesi Ataturk Bulvari Yalim Apt. 61/1-A, Iskenderun Hatay, Turkey; United Arab Emirates; DOB 11 Mar 1976; POB Homs, Syria; nationality Syria; citizen Turkey; Gender Male; Passport O6O1O274747 (Syria); alt. Passport U10511291 (Turkey); alt. Passport RE0027453 (Syria); National ID No. 69736232604 (Turkey); alt. National ID No. 162280535 (United Arab Emirates) (individual) [PAARSSR-EO13894] (Linked To: FOZ, Samer).

FOZ, Amer Zuhair (Arabic: عامر زهير فوز) (a.k.a. FOZ, Amer; a.k.a. FOZ, Amer Zuheir), Yenisehir Mahallesi Ataturk Bulvari Yalim Apt. 61/1-A, Iskenderun Hatay, Turkey; United Arab Emirates; DOB 11 Mar 1976; POB Homs, Syria; nationality Syria; citizen Turkey; Gender Male; Passport O6O1O274747 (Syria); alt. Passport U10511291 (Turkey); alt. Passport RE0027453 (Syria); National ID No. 69736232604 (Turkey); alt. National ID No. 162280535 (United Arab Emirates) (individual) [PAARSSR-EO13894] (Linked To: FOZ, Samer).

FOZ, Amer Zuheir (a.k.a. FOZ, Amer; a.k.a. FOZ, Amer Zuhair (Arabic: عامر زهير فوز)), Yenisehir Mahallesi Ataturk Bulvari Yalim Apt. 61/1-A, Iskenderun Hatay, Turkey; United Arab Emirates; DOB 11 Mar 1976; POB Homs, Syria; nationality Syria; citizen Turkey; Gender Male; Passport O6O1O274747 (Syria); alt. Passport U10511291 (Turkey); alt. Passport RE0027453 (Syria); National ID No. 69736232604 (Turkey); alt. National ID No. 162280535 (United Arab Emirates) (individual) [PAARSSR-EO13894] (Linked To: FOZ, Samer).

FOZ, Hasan (a.k.a. FOZ, Hosn Zuhair; a.k.a. FOZ, Hoson; a.k.a. FOZ, Housen; a.k.a. FOZ, Husen; a.k.a. FOZ, Husen Aljibawi; a.k.a. FOZ, Hussen (Arabic: حسن فوز)), Meadows 1, Street 13, Villa 38, Dubai, United Arab Emirates; Adawai Area Rawdet Aleman Bld, 1st Floor, Damascus City, Syria; Yenisehir Mahallesi Ataturk Bulvari Yalim, Apt 61/1-A, Iskenderun Hatay, Turkey; DOB 25 May 1981; POB Lattakia, Syria; nationality Syria; alt. nationality Saint Kitts and Nevis; citizen Turkey; alt. citizen Syria; Gender Female; Passport U08527769 (Turkey); alt. Passport RE0027450 (Syria); National ID No. 06010274768 (Syria); alt. National ID No. 784198164202982 (United Arab Emirates); alt. National ID No. 69727232996 (Turkey) (individual) [PAARSSR-EO13894] (Linked To: FOZ, Samer).

FOZ, Hosn Zuhair (a.k.a. FOZ, Hasan; a.k.a. FOZ, Hoson; a.k.a. FOZ, Housen; a.k.a. FOZ, Husen; a.k.a. FOZ, Husen Aljibawi; a.k.a. FOZ, Hussen (Arabic: حسن فوز)), Meadows 1, Street 13, Villa 38, Dubai, United Arab Emirates; Adawai Area Rawdet Aleman Bld, 1st Floor, Damascus City, Syria; Yenisehir Mahallesi Ataturk Bulvari Yalim, Apt 61/1-A, Iskenderun Hatay, Turkey; DOB 25 May 1981; POB Lattakia, Syria; nationality Syria; alt. nationality Saint Kitts and Nevis; citizen Turkey; alt. citizen Syria; Gender Female; Passport U08527769 (Turkey); alt. Passport RE0027450 (Syria); National ID No. 06010274768 (Syria); alt. National ID No. 784198164202982 (United Arab Emirates); alt. National ID No. 69727232996 (Turkey) (individual) [PAARSSR-EO13894] (Linked To: FOZ, Samer).

FOZ, Hoson (a.k.a. FOZ, Hasan; a.k.a. FOZ, Hosn Zuhair; a.k.a. FOZ, Housen; a.k.a. FOZ, Husen; a.k.a. FOZ, Husen Aljibawi; a.k.a. FOZ, Hussen (Arabic: حسن فوز)), Meadows 1, Street 13, Villa 38, Dubai, United Arab Emirates; Adawai Area Rawdet Aleman Bld, 1st Floor, Damascus City, Syria; Yenisehir Mahallesi Ataturk Bulvari Yalim, Apt 61/1-A, Iskenderun Hatay, Turkey; DOB 25 May 1981; POB Lattakia, Syria; nationality Syria; alt. nationality Saint Kitts and Nevis; citizen Turkey; alt. citizen Syria; Gender Female; Passport U08527769 (Turkey); alt. Passport RE0027450 (Syria); National ID No. 06010274768 (Syria); alt. National ID No. 784198164202982 (United Arab Emirates); alt. National ID No. 69727232996 (Turkey) (individual) [PAARSSR-EO13894] (Linked To: FOZ, Samer).

FOZ, Housen (a.k.a. FOZ, Hasan; a.k.a. FOZ, Hosn Zuhair; a.k.a. FOZ, Hoson; a.k.a. FOZ, Husen; a.k.a. FOZ, Husen Aljibawi; a.k.a. FOZ, Hussen (Arabic: حسن فوز)), Meadows 1, Street 13, Villa 38, Dubai, United Arab Emirates; Adawai Area Rawdet Aleman Bld, 1st Floor, Damascus City, Syria; Yenisehir Mahallesi Ataturk Bulvari Yalim, Apt 61/1-A, Iskenderun Hatay, Turkey; DOB 25 May 1981; POB Lattakia, Syria; nationality Syria; alt. nationality Saint Kitts and Nevis; citizen Turkey; alt. citizen Syria; Gender Female; Passport U08527769 (Turkey); alt. Passport RE0027450 (Syria); National ID No. 06010274768 (Syria); alt. National ID No. 784198164202982 (United Arab Emirates); alt. National ID No. 69727232996 (Turkey) (individual) [PAARSSR-EO13894] (Linked To: FOZ, Samer).

FOZ, Husen (a.k.a. FOZ, Hasan; a.k.a. FOZ, Hosn Zuhair; a.k.a. FOZ, Hoson; a.k.a. FOZ, Housen; a.k.a. FOZ, Husen Aljibawi; a.k.a. FOZ, Hussen (Arabic: حسن فوز)), Meadows 1, Street 13, Villa 38, Dubai, United Arab Emirates; Adawai Area Rawdet Aleman Bld, 1st Floor, Damascus City, Syria; Yenisehir Mahallesi Ataturk Bulvari Yalim, Apt 61/1-A, Iskenderun Hatay, Turkey; DOB 25 May 1981; POB Lattakia, Syria; nationality Syria; alt. nationality Saint Kitts and Nevis; citizen Turkey; alt. citizen Syria; Gender Female; Passport U08527769 (Turkey); alt. Passport RE0027450 (Syria); National ID No. 06010274768 (Syria); alt. National ID No. 784198164202982 (United Arab Emirates); alt. National ID No. 69727232996 (Turkey) (individual) [PAARSSR-EO13894] (Linked To: FOZ, Samer).

FOZ, Husen Aljibawi (a.k.a. FOZ, Hasan; a.k.a. FOZ, Hosn Zuhair; a.k.a. FOZ, Hoson; a.k.a. FOZ, Housen; a.k.a. FOZ, Husen; a.k.a. FOZ, Hussen (Arabic: حسن فوز)), Meadows 1, Street 13, Villa 38, Dubai, United Arab Emirates; Adawai Area Rawdet Aleman Bld, 1st Floor, Damascus City, Syria; Yenisehir Mahallesi Ataturk Bulvari Yalim, Apt 61/1-A, Iskenderun Hatay, Turkey; DOB 25 May 1981; POB Lattakia, Syria; nationality Syria; alt. nationality Saint Kitts and Nevis; citizen Turkey; alt. citizen Syria; Gender Female; Passport U08527769 (Turkey); alt. Passport RE0027450 (Syria); National ID No. 06010274768 (Syria); alt. National ID No. 784198164202982 (United Arab Emirates); alt. National ID No. 69727232996 (Turkey) (individual) [PAARSSR-EO13894] (Linked To: FOZ, Samer).

FOZ, Hussen (Arabic: حسن فوز) (a.k.a. FOZ, Hasan; a.k.a. FOZ, Hosn Zuhair; a.k.a. FOZ, Hoson; a.k.a. FOZ, Housen; a.k.a. FOZ, Husen; a.k.a. FOZ, Husen Aljibawi), Meadows 1, Street 13, Villa 38, Dubai, United Arab Emirates; Adawai Area Rawdet Aleman Bld, 1st Floor, Damascus City, Syria; Yenisehir Mahallesi Ataturk Bulvari Yalim, Apt 61/1-A, Iskenderun Hatay, Turkey; DOB 25 May 1981; POB Lattakia, Syria; nationality Syria; alt. nationality Saint Kitts and Nevis; citizen Turkey; alt. citizen Syria; Gender Female; Passport U08527769 (Turkey); alt. Passport RE0027450 (Syria); National ID No. 06010274768 (Syria); alt. National ID No. 784198164202982 (United Arab Emirates); alt. National ID No. 69727232996 (Turkey) (individual) [PAARSSR-EO13894] (Linked To: FOZ, Samer).

FOZ, Samer (a.k.a. AL-FOUZ, Samer; a.k.a. FAWAZ, Samer; a.k.a. FAWZ, Samir; a.k.a. FOUZ, Samer; a.k.a. FOZ, Samer Zuhair; a.k.a. FOZ, Samir), Meadows 2, Street 3, Villa 5, Dubai, United Arab Emirates; DOB 20 May 1973; POB Latakia, Syria; nationality Syria; alt. nationality Turkey; alt. nationality Saint Kitts and Nevis; citizen Saint Kitts and Nevis; Gender Male; National ID No. 784197341865828 (Syria) (individual) [PAARSSR-EO13894].

FOZ, Samer Zuhair (a.k.a. AL-FOUZ, Samer; a.k.a. FAWAZ, Samer; a.k.a. FAWZ, Samir; a.k.a. FOUZ, Samer; a.k.a. FOZ, Samer; a.k.a. FOZ, Samir), Meadows 2, Street 3, Villa 5, Dubai, United Arab Emirates; DOB 20 May 1973; POB Latakia, Syria; nationality Syria; alt. nationality Turkey; alt. nationality Saint Kitts and Nevis; citizen Saint Kitts and Nevis; Gender Male; National ID No. 784197341865828 (Syria) (individual) [PAARSSR-EO13894].

FOZ, Samir (a.k.a. AL-FOUZ, Samer; a.k.a. FAWAZ, Samer; a.k.a. FAWZ, Samir; a.k.a. FOUZ, Samer; a.k.a. FOZ, Samer; a.k.a. FOZ, Samer Zuhair), Meadows 2, Street 3, Villa 5, Dubai, United Arab Emirates; DOB 20 May 1973; POB Latakia, Syria; nationality Syria; alt. nationality Turkey; alt. nationality Saint Kitts and Nevis; citizen Saint Kitts and Nevis; Gender Male; National ID No. 784197341865828 (Syria) (individual) [PAARSSR-EO13894].

FPK TRANSAGENCY JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO FPK TRANSAGENTSTVO), Ul. Fridrikha Engelsa D. 75 Str. 21, Moscow 105082, Russia; Ul. Nizhyaya Krasnoselskaya D. 5, Str. 6, Kom. 14-15, Moscow 107140, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708168606 (Russia); Registration Number 1027700024494 (Russia) [RUSSIA-EO14024].

FRACTAL MARINE DMCC (Arabic: فراكتال مارين ش.م.د.م.), Unit No: 157 DMCC Business Centre Level No 5, Jewellery & Gemplex 2, Dubai, United Arab Emirates; Office 1505, Exchange Tower, Business Bay, Bur Dubai, Dubai, United Arab Emirates; Organization Established Date 15 Sep 2022; Identification Number IMO 6357101; Registration Number DMCC194650 (United Arab Emirates); Economic Register Number (CBLS) DMCC-859849 (United Arab Emirates) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

FRACTAL SHIPPING SA (a.k.a. PROGWIN SHIPPING SA), Rue de la Rotisserie 11, Geneva 1204, Switzerland; Organization Established Date 04 Feb 2022; Identification Number CHE-152.882.271 (Switzerland); Commercial Registry Number CH-660.0.193.022-0 (Switzerland) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

FRADKOV, Mikhail Efimovich (Cyrillic: ФРАДКОВ, Михаил Ефимович), Russia; DOB 01 Sep 1950; POB Kurumoch, Kuibyshev Region, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Director of the Russian Institute for Strategic Studies (individual) [UKRAINE-EO13661].

FRADKOV, Pavel Mikhailovich (a.k.a. FRADKOV, Pavel Mikhaylovich), Russia; DOB 03 Sep 1981; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

FRADKOV, Pavel Mikhaylovich (a.k.a. FRADKOV, Pavel Mikhailovich), Russia; DOB 03 Sep 1981; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

FRADKOV, Petr (a.k.a. FRADKOV, Petr Mihaylovich; a.k.a. FRADKOV, Petr Mikhailovich (Cyrillic: ФРАДКОВ, Пётр Михайлович); a.k.a. FRADKOV, Pyotr Mikhailovich; a.k.a. FRADKOV, Pyotr Mikhaylovich; a.k.a. FRAKOV, Pyetr Mikhaylovich), 33-1 Prospekt Mira, Apt. 34, Moscow, Russia; DOB 07 Feb 1978; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530285387 (Russia) issued 31 Oct 2012 expires 12 Jul 2022; National ID No. 4503339117 (Russia) (individual) [RUSSIA-EO14024].

FRADKOV, Petr Mihaylovich (a.k.a. FRADKOV, Petr; a.k.a. FRADKOV, Petr Mikhailovich (Cyrillic: ФРАДКОВ, Пётр Михайлович); a.k.a. FRADKOV, Pyotr Mikhailovich; a.k.a. FRADKOV, Pyotr Mikhaylovich; a.k.a. FRAKOV, Pyetr Mikhaylovich), 33-1 Prospekt Mira, Apt. 34, Moscow, Russia; DOB 07 Feb 1978; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530285387 (Russia) issued 31 Oct 2012 expires 12 Jul 2022; National ID No.

4503339117 (Russia) (individual) [RUSSIA-EO14024].

FRADKOV, Petr Mikhailovich (Cyrillic: ФРАДКОВ, Пётр Михайлович) (a.k.a. FRADKOV, Petr; a.k.a. FRADKOV, Petr Mihaylovich; a.k.a. FRADKOV, Pyotr Mikhailovich; a.k.a. FRADKOV, Pyotr Mikhaylovich; a.k.a. FRAKOV, Pyetr Mikhaylovich), 33-1 Prospekt Mira, Apt. 34, Moscow, Russia; DOB 07 Feb 1978; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530285387 (Russia) issued 31 Oct 2012 expires 12 Jul 2022; National ID No. 4503339117 (Russia) (individual) [RUSSIA-EO14024].

FRADKOV, Pyotr Mikhailovich (a.k.a. FRADKOV, Petr; a.k.a. FRADKOV, Petr Mihaylovich; a.k.a. FRADKOV, Petr Mikhailovich (Cyrillic: ФРАДКОВ, Пётр Михайлович); a.k.a. FRADKOV, Pyotr Mikhaylovich; a.k.a. FRAKOV, Pyetr Mikhaylovich), 33-1 Prospekt Mira, Apt. 34, Moscow, Russia; DOB 07 Feb 1978; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530285387 (Russia) issued 31 Oct 2012 expires 12 Jul 2022; National ID No. 4503339117 (Russia) (individual) [RUSSIA-EO14024].

FRADKOV, Pyotr Mikhaylovich (a.k.a. FRADKOV, Petr; a.k.a. FRADKOV, Petr Mihaylovich; a.k.a. FRADKOV, Petr Mikhailovich (Cyrillic: ФРАДКОВ, Пётр Михайлович); a.k.a. FRADKOV, Pyotr Mikhailovich; a.k.a. FRAKOV, Pyetr Mikhaylovich), 33-1 Prospekt Mira, Apt. 34, Moscow, Russia; DOB 07 Feb 1978; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530285387 (Russia) issued 31 Oct 2012 expires 12 Jul 2022; National ID No. 4503339117 (Russia) (individual) [RUSSIA-EO14024].

FRAGOSO DO NASCIMENTO, Leopoldino (a.k.a. "DINO"), Luanda, Angola; DOB 05 Jun 1963; POB Luanda, Angola; nationality Angola; Gender Male; Passport N1999980 (Angola) expires 08 Apr 2036 (individual) [GLOMAG].

FRAHER, Liam Eoin, United Arab Emirates; DOB 20 Jul 1972; POB Ireland; nationality Ireland; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport

LT4885304 (Ireland) expires 12 Jan 2032 (individual) [RUSSIA-EO14024].

FRAKDZHET VOLGA, Pr-Kt Fridrikha Engelsa D. 207, Engels 413111, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 6432005462 (Russia); Registration Number 1076432002680 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

FRAKOV, Pyetr Mikhaylovich (a.k.a. FRADKOV, Petr; a.k.a. FRADKOV, Petr Mihaylovich; a.k.a. FRADKOV, Petr Mikhailovich (Cyrillic: ФРАДКОВ, Пётр Михайлович); a.k.a. FRADKOV, Pyotr Mikhailovich; a.k.a. FRADKOV, Pyotr Mikhaylovich), 33-1 Prospekt Mira, Apt. 34, Moscow, Russia; DOB 07 Feb 1978; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530285387 (Russia) issued 31 Oct 2012 expires 12 Jul 2022; National ID No. 4503339117 (Russia) (individual) [RUSSIA-EO14024].

FRANCISCO, Maricel (a.k.a. FRANCISCO, Maricel Factura), Dubai, United Arab Emirates; DOB 15 Dec 1975; nationality Philippines; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport S0261325; alt. Passport G609766 (Philippines) expires 06 Jan 2011 (individual) [SDGT] (Linked To: OSSEIRAN, Ali).

FRANCISCO, Maricel Factura (a.k.a. FRANCISCO, Maricel), Dubai, United Arab Emirates; DOB 15 Dec 1975; nationality Philippines; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport S0261325; alt. Passport G609766 (Philippines) expires 06 Jan 2011 (individual) [SDGT] (Linked To: OSSEIRAN, Ali).

FRANCO FIGUEROA, Ulises (a.k.a. "CHARCO"), Mexico; DOB 17 Jun 1987; POB Oaxaca, Mexico; nationality Mexico; Gender Male; C.U.R.P. FAFU870617HOCRGL03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

FRANCO QUINTERO, Rafael Antonio, Miranda, Venezuela; DOB 14 Oct 1973; Gender Male; Cedula No. 11311672 (Venezuela) (individual) [VENEZUELA].

FRANK, Gleb Sergeevich (Cyrillic: ФРАНК, Глеб Сергеевич), Russia; DOB 1982; POB Russia; nationality Russia; Gender Male; Secondary

sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: FRANK, Ksenia Gennadevna).

FRANK, Ksenia Gennadevna (Cyrillic: ФРАНК, Ксения Геннадьевна) (a.k.a. FRANK, Kseniia Gennadevna; a.k.a. FRANK, Xeniia; f.k.a. TIMCHENKO, Kseniya; f.k.a. TIMCHENKO, Xenia; f.k.a. TIMTCHENKO, Ksenia), Russia; 1 Square Tower Road, Cologny, Switzerland; DOB 25 Sep 1985; POB St. Petersburg, Russia; nationality Russia; alt. nationality Finland; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: OOO TRANSOIL).

FRANK, Kseniya Gennadevna (a.k.a. FRANK, Ksenia Gennadevna (Cyrillic: ФРАНК, Ксения Геннадьевна); a.k.a. FRANK, Xeniia; f.k.a. TIMCHENKO, Kseniya; f.k.a. TIMCHENKO, Xenia; f.k.a. TIMTCHENKO, Ksenia), Russia; 1 Square Tower Road, Cologny, Switzerland; DOB 25 Sep 1985; POB St. Petersburg, Russia; nationality Russia; alt. nationality Finland; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: OOO TRANSOIL).

FRANK, Sergei Ottovich (a.k.a. FRANK, Sergey Ottovich (Cyrillic: ФРАНК, Сергей Оттович)), Russia; DOB 13 Aug 1960; POB Novosibirsk, Novosibirsk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

FRANK, Sergey Ottovich (Cyrillic: ФРАНК, Сергей Оттович) (a.k.a. FRANK, Sergei Ottovich), Russia; DOB 13 Aug 1960; POB Novosibirsk, Novosibirsk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

FRANK, Xeniia (a.k.a. FRANK, Ksenia Gennadevna (Cyrillic: ФРАНК, Ксения Геннадьевна); a.k.a. FRANK, Kseniya Gennadevna; f.k.a. TIMCHENKO, Kseniya; f.k.a. TIMCHENKO, Xenia; f.k.a. TIMTCHENKO, Ksenia), Russia; 1 Square Tower Road, Cologny, Switzerland; DOB 25 Sep 1985; POB St. Petersburg, Russia; nationality Russia; alt. nationality Finland; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: OOO TRANSOIL).

FRANSKEVICH, Viktar Ivanavich (Cyrillic: ФРАНСКЕВІЧ, Віктар Іванавіч) (a.k.a. FRANSKEVICH, Viktor Ivanovich (Cyrillic: ФРАНСКЕВИЧ, Виктор Иванович)), Minsk, Belarus; DOB 1967; POB Silitskoye village, Krupskyy District, Minsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038] (Linked To: DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS).

FRANSKEVICH, Viktor Ivanovich (Cyrillic: ФРАНСКЕВИЧ, Виктор Иванович) (a.k.a. FRANSKEVICH, Viktar Ivanavich (Cyrillic: ФРАНСКЕВІЧ, Віктар Іванавіч)), Minsk, Belarus; DOB 1967; POB Silitskoye village, Krupskyy District, Minsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038] (Linked To: DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS).

FRANZUL S.A., Calle 16 No. 41-210 of. 802, Medellin, Colombia; NIT # 811044587-2 (Colombia) [SDNT].

FRAS AIR PVT. CO. (a.k.a. FARS AIR CARGO AIRLINE; a.k.a. FARS AIR QESHM; a.k.a. FARS QESHM AIR; a.k.a. FARS QESHM AIRLINES; a.k.a. QESHM FARS AIR), No 1, Laleh Dd End, Azadegan St., Karaj Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FRC CSC RAS (a.k.a. FEDERAL RESEARCH CENTER COMPUTER SCIENCE AND CONTROL OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERAL STATE INSTITUTION FEDERAL RESEARCH CENTER INFORMATICS AND MANAGEMENT OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FITS IU RAN; a.k.a. FRC IU RAS; a.k.a. INSTITUTE OF INFORMATICS PROBLEMS OF RUSSIAN ACADEMY OF SCIENCES), ul. Vavilova, d. 44, k. 2, Moscow 119333, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7736051896 (Russia); Registration Number 1027739314030 (Russia) [RUSSIA-EO14024].

FRC IU RAS (a.k.a. FEDERAL RESEARCH CENTER COMPUTER SCIENCE AND CONTROL OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERAL STATE INSTITUTION FEDERAL RESEARCH CENTER INFORMATICS AND MANAGEMENT OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FITS IU RAN; a.k.a. FRC CSC RAS; a.k.a. INSTITUTE OF INFORMATICS PROBLEMS OF RUSSIAN ACADEMY OF SCIENCES), ul. Vavilova, d. 44, k. 2, Moscow 119333, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7736051896 (Russia); Registration Number 1027739314030 (Russia) [RUSSIA-EO14024].

FRC KAZSC RAS (f.k.a. FEDERAL GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII NAUK UCH; a.k.a. FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII NAUK; a.k.a. FITS KAZNTS RAN; a.k.a. FITS KAZNTS RAN FGBU), d. 2/31, ul. Lobachevskogo, Kazan, Tatarstan Republic 420111, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Apr 1991; Tax ID No. 1655022127 (Russia); Government Gazette Number 33859469 (Russia); Registration Number 1021602842359 (Russia) [RUSSIA-EO14024].

FREE BIRD COMPANY (a.k.a. AL-TAIR AL-HUR (Arabic: الطير الحر); a.k.a. FREEBIRD TRAVEL AND TOURISM), Maysaloon Street, Al Muhandiseen Building Floor No. 12, Damascus, Syria; Hour al-Enz al-Mammzar Center, Second Floor, Office 12, Dubai, United Arab Emirates; Athens, Greece; Organization Established Date 2022; Organization Type: Travel agency activities [PAARSSR-EO13894] (Linked To: AL-DJ, Mahmoud Abdulilah).

FREE LIFE PARTY OF KURDISTAN (a.k.a. KURDISTAN FREE LIFE PARTY; a.k.a. PARTIYA JIYANA AZAD A KURDISTANE; a.k.a. PARTY OF FREE LIFE OF KURDISTAN; a.k.a. PEJAK; a.k.a. PEZHAK; a.k.a. PJAK), Qandil Mountain, Irbil Governorate, Iraq; Razgah, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

FREE SKY SOLUTIONS OU, Vaike-Paala Tn 2, Tallinn 11415, Estonia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Jun 2021; Tax ID No. 16251299 (Estonia); Business Registration Number EE102381957 (Estonia) [RUSSIA-EO14024] (Linked To: REUTOV, Igor Aleksandrovich).

FREEBIRD TRAVEL AND TOURISM (a.k.a. AL-TAIR AL-HUR (Arabic: الطير الحر); a.k.a. FREE BIRD COMPANY), Maysaloon Street, Al Muhandiseen Building Floor No. 12, Damascus, Syria; Hour al-Enz al-Mammzar Center, Second Floor, Office 12, Dubai, United Arab Emirates; Athens, Greece; Organization Established Date 2022; Organization Type: Travel agency activities [PAARSSR-EO13894] (Linked To: AL-DJ, Mahmoud Abdulilah).

FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN (a.k.a. HALU MESRU SAVUNMA KUVVETI; a.k.a. KADEK; a.k.a. KGK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS; a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE; a.k.a. "HSK"; a.k.a. "KHK"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

FREEDOM STAR GENERAL TRADING (a.k.a. FREEDOM STAR GENERAL TRADING CO. L.L.C. (Arabic: شركة نجم الحرية للتجارة العامة ذات مسنولية محدودة); a.k.a. FREEDOM STAR GENERAL TRADING CO. LLC; a.k.a. STAR OF FREEDOM GENERAL TRADING COMPANY LIMITED LIABILITY), P.O. Box 33237, Dubai, United Arab Emirates; Shop No. 5, Al Ras, Dubai, United Arab Emirates; Deira Al Ras, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Jan 1997; License 244911 (United Arab Emirates); Chamber of Commerce Number 41962 (United Arab Emirates); Economic Register Number (CBLS) 10795786 (United Arab Emirates)

[SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

FREEDOM STAR GENERAL TRADING CO. L.L.C. (Arabic: شركة نجم الحرية للتجارة العامة ذات مسئولية محدودة) (a.k.a. FREEDOM STAR GENERAL TRADING; a.k.a. FREEDOM STAR GENERAL TRADING CO. LLC; a.k.a. STAR OF FREEDOM GENERAL TRADING COMPANY LIMITED LIABILITY), P.O. Box 33237, Dubai, United Arab Emirates; Shop No. 5, Al Ras, Dubai, United Arab Emirates; Deira Al Ras, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Jan 1997; License 244911 (United Arab Emirates); Chamber of Commerce Number 41962 (United Arab Emirates); Economic Register Number (CBLS) 10795786 (United Arab Emirates) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

FREEDOM STAR GENERAL TRADING CO. LLC (a.k.a. FREEDOM STAR GENERAL TRADING; a.k.a. FREEDOM STAR GENERAL TRADING CO. L.L.C. (Arabic: شركة نجم الحرية للتجارة العامة ذات مسئولية محدودة); a.k.a. STAR OF FREEDOM GENERAL TRADING COMPANY LIMITED LIABILITY), P.O. Box 33237, Dubai, United Arab Emirates; Shop No. 5, Al Ras, Dubai, United Arab Emirates; Deira Al Ras, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Jan 1997; License 244911 (United Arab Emirates); Chamber of Commerce Number 41962 (United Arab Emirates); Economic Register Number (CBLS) 10795786 (United Arab Emirates) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

FREEZER AIR CONTRACTOR S.A., Panama City, Panama; RUC # 916848-1-518421 [SDNTK].

FREGAT OOO, ul. Moiseenko, d. 24, lit. A, pom. 1-N, office 404-404A, Saint Petersburg 191144, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7814533642 (Russia); Registration Number 1127847215891 (Russia) [RUSSIA-EO14024].

FREGOSO AMEZQUITA, Maria Antonieta, Calle Jerez 538, Fraccionamiento Chapultepec, Tijuana, Baja California, Mexico; Calle Jerez 552-B, Fraccionamiento Chapultepec, CP 22420, Tijuana, Baja California, Mexico; c/o Administradora De Inmuebles Vida, S.A. de C.V., Tijuana, Baja California, Mexico; c/o ADP, S.C., Tijuana, Baja California, Mexico; c/o Forpres, S.C., Tijuana, Baja California, Mexico; c/o Accesos Electronicos, S.A. de C.V., Tijuana, Baja California, Mexico; c/o Operadora Valpark, S.A. de C.V., Tijuana, Baja California, Mexico; DOB 29 Oct 1952; POB Guadalajara, Jalisco; R.F.C. AEL-980417-S51 (Mexico); Driver's License No. 180839 (Mexico); Credencial electoral 088455751391 (Mexico) (individual) [SDNTK].

FREIGHTEX LOJISTIK DIS TICARET LTD. STI. (a.k.a. DENIZ CAPITAL HOLDING AS; a.k.a. VANESSA IMEX GROUP ITHALAT IHRACAT VE DIS TICARET LIMITED SIRKETI; a.k.a. VANESSA IMEX SARL), Kazlicesme Mah Kennedy Cad. Buyukyali Ist. St, KBN: 52K/l 76 Zeytinburnu, Istanbul, Turkey; No: 8/3 Mimar Kemalettsn Mahallesi Sair Fitnat Sokak Fatih, Istanbul 34130, Turkey; Bchara Elkhouri, Down Town Sayegh Centre - 2nd Floor, Beirut, Lebanon; Website www.vanessaimex.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Jun 2020; Business Registration Number 1237466 (Turkey); Registration Number 247702-5 (Turkey); Central Registration System Number 0922-1156-5400-0001 (Turkey) [SDGT] (Linked To: DENIZ, Fadi).

FRENZEL, Conrado Adolfo (a.k.a. "OTTO"), Buenos Aires, Argentina; DOB 07 Nov 1968; POB Buenos Aires, Argentina; nationality Argentina; Gender Male; Passport AAA435057 (Argentina); D.N.I. 20608046 (Argentina); C.U.I.T. 23206080469 (Argentina) (individual) [SDNTK] (Linked To: HIGH NUTRITION SOCIEDAD DE RESPONSABILIDAD LIMITADA; Linked To: B-WORK S.A.S.).

FRESCOS EL PACHON (a.k.a. RANCHO EL NUEVO PACHON, S. DE R.L. DE C.V.), Km. 14 Camino Viejo a San Isidro Mazatepec, Tala, Jalisco 45340, Mexico; Folio Mercantil No. 6022 (Mexico) [SDNTK].

FRESH AIR FARM HOUSE (a.k.a. FRESH AIR FARM HOUSE KARACHI), Karachi, Pakistan; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Phone Number 923453272659; alt. Phone Number 923209299030 [CYBER2] [ELECTION-EO13848] (Linked To: RAZA, Mohsin; Linked To: RAZA, Mujtaba Ali).

FRESH AIR FARM HOUSE KARACHI (a.k.a. FRESH AIR FARM HOUSE), Karachi, Pakistan; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Phone Number 923453272659; alt. Phone Number 923209299030 [CYBER2] [ELECTION-EO13848] (Linked To: RAZA, Mohsin; Linked To: RAZA, Mujtaba Ali).

FRESHVALE EOOD, 28 Hristo Botev Blvd., Sofia 1000, Bulgaria; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Mar 2018; Tax ID No. BG205043420 (Bulgaria) [RUSSIA-EO14024].

FRESNO HOME S.A.S. (f.k.a. AGROMADERAS ZAGAR S.A.S.), Kilometro 18 Vereda El Manzano Via Pereira Armenia, Pereira, Risaralda 66001, Colombia; NIT # 9005402427 (Colombia) [SDNTK].

FREZERNYE STANKI (a.k.a. LIMITED LIABILITY COMPANY MILLING MACHINES; a.k.a. "ROUTER"), Alleya Berezovaya D. 8, Kv. 10, Zelenograd 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5044115015 (Russia); Registration Number 1195007003212 (Russia) [RUSSIA-EO14024].

FRIDMAN, Mikhail Maratovich (Cyrillic: ФРИДМАН, Михаил Маратович), London, United Kingdom; Moscow, Russia; DOB 21 Apr 1964; POB Lviv, Ukraine; nationality Russia; alt. nationality Israel; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1601172932 (Russia) (individual) [RUSSIA-EO14024].

FRIENDS OF THE JEWISH IDEA YESHIVA (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT;

a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

FRINA EXPRESS CORPORATION, Suite 10, 3rd Floor, La Ciotat, Mont Fleuri, Mahe Island, Seychelles; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6507506 [UKRAINE-EO13662] [RUSSIA-EO14024].

FROLOV, Aleksey Andreevich (a.k.a. ALEXANDROV, Aleksey Alexandrovich; a.k.a. ALEXANDROV, Alexey (Cyrillic: АЛЕКСАНДРОВ, Алексей); a.k.a. ALEXANDROV, Alexey Alexandrovich (Cyrillic: АЛЕКСАНДРОВ, Алексей Александрович); a.k.a. FROLOV, Alexey (Cyrillic: ФРОЛОВ, Алексей)), Moscow, Russia; DOB 16 Jun 1981; alt. DOB 16 Jun 1980; nationality Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

FROLOV, Alexey (Cyrillic: ФРОЛОВ, Алексей) (a.k.a. ALEXANDROV, Aleksey Alexandrovich; a.k.a. ALEXANDROV, Alexey (Cyrillic: АЛЕКСАНДРОВ, Алексей); a.k.a. ALEXANDROV, Alexey Alexandrovich (Cyrillic: АЛЕКСАНДРОВ, Алексей Александрович); a.k.a. FROLOV, Aleksey Andreevich), Moscow, Russia; DOB 16 Jun 1981; alt. DOB 16 Jun 1980; nationality Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

FROLOVA, Tamara Ivanovna (Cyrillic: ФРОЛОВА, Тамара Ивановна), Russia; DOB 02 Nov 1959; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

FRONT FOR ALBANIAN NATIONAL UNITY (a.k.a. FBKSH) [BALKANS].

FRONT FOR THE CONQUEST OF SYRIA (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

FRONT FOR THE LIBERATION OF THE LEVANT (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

FROSCH, Daniel; DOB 26 Apr 1982; POB Austria; citizen Austria; Additional Sanctions Information - Subject to Secondary Sanctions; Passport LO798512 (Austria) (individual) [NPWMD] [IFSR].

FRUIT PLUS MALDIVES PVT LTD (a.k.a. "FRUIT PLUS"), Double Eight, Buruzu Magu, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Jan 2018; Organization Type: Wholesale of food, beverages and tobacco; Registration Number C-0115/2018 (Maldives); Permit Number IG0218T102018 (Maldives) issued 11 Feb 2018 [SDGT] (Linked To: AFRAAH, Ahmed).

FRUIT, Joseba Inaki Reta (a.k.a. DE FRUTOS, Jose Ignacio Reta; a.k.a. DE FRUTOS, Joseba Inaki Reta); DOB 03 Jul 1959; POB Elorrio, Vizcaya, Spain; nationality Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 72.253.056 (Spain); Member of the Basque Fatherland and Liberty (ETA) and is a fugitive (individual) [SDGT].

FRUZANDAH, Ahmad (a.k.a. FAYRUZI, Ahmad; a.k.a. FOROOZANDEH, Ahmad; a.k.a. FORUZANDEH, Ahmad; a.k.a. FORUZANDEH, Ahmed; a.k.a. "ABU AHMAD ISHAB"; a.k.a. "ABU SHAHAB"; a.k.a. "JAFARI"), Qods Force Central Headquarters, Former U.S. Embassy Compound, Tehran, Iran; DOB circa 1960; alt. DOB 1957; alt. DOB circa 1955; alt. DOB circa 1958; alt. DOB circa 1959; alt. DOB circa 1961; alt. DOB circa 1962; alt. DOB circa 1963; POB Kermanshah, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Brigadier General, Commanding Officer of the Iranian Islamic Revolutionary Guard Corps-Qods Force Ramazan Corps; Deputy Commander of the Ramazan Headquarters; Chief of Staff of the Iraq Crisis Staff (individual) [SDGT] [IRAQ3] [IRGC].

FSB CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ФСБ) (a.k.a. CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ); a.k.a. CRIMINALISTICS INSTITUTE OF THE CENTER FOR SPECIAL TECHNOLOGY OF THE FSB OF RUSSIA (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ЦЕНТРА СПЕЦИАЛЬНОЙ ТЕХНИКИ ФСБ РОССИИ); a.k.a. FSB SPECIAL TECHNOLOGY CENTER'S INSTITUTE OF CRIMINOLOGY; a.k.a. INSTITUT KRIMINALISTIKI; a.k.a. MILITARY UNIT 34435; a.k.a. RESEARCH INSTITUTE - 2; a.k.a. "NII-2"), Akademika Vargi Street 2, Moscow, Russia [NPWMD].

FSB SPECIAL TECHNOLOGY CENTER'S INSTITUTE OF CRIMINOLOGY (a.k.a. CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ); a.k.a. CRIMINALISTICS INSTITUTE OF THE CENTER FOR SPECIAL TECHNOLOGY OF THE FSB OF RUSSIA (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ЦЕНТРА СПЕЦИАЛЬНОЙ ТЕХНИКИ ФСБ РОССИИ); a.k.a. FSB CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ФСБ); a.k.a. INSTITUT KRIMINALISTIKI; a.k.a. MILITARY UNIT 34435; a.k.a. RESEARCH INSTITUTE - 2; a.k.a. "NII-2"), Akademika Vargi Street 2, Moscow, Russia [NPWMD].

FSBI TISNCM (a.k.a. FEDERAL STATE BUDGETARY INSTITUTION TECHNOLOGICAL INSTITUTION FOR SUPERHARD AND NOVEL CARBON MATERIALS; a.k.a. FGBNU TISNUM; a.k.a. INSTITUTE OF TECHNOLOGY OF ULTRA HARD AND NEW CARBON MATERIALS), Ul. Tsentralnaya, D. 7A, Troitsk 108840, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5046054720 (Russia); Registration Number 1025006036439 (Russia) [RUSSIA-EO14024].

FSE ACP VYMPEL (a.k.a. FEDERAL STATE ENTERPRISE AMUR CARTRIDGE PLANT VYMPEL; a.k.a. FEDERALNOE KAZENNOE PREDPRIIATIE AMURSKII PATRONNYI ZAVOD VYMPEL IMENI PV FINOGENOVA; a.k.a. FKP APZ VYMPEL IM PV FINOGENOVA; a.k.a. VYMPEL STATE PRODUCTION ASSOCIATION), D.12 Sh. Mashinostroitelei, Amursk 682640, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 2706000260 (Russia); Registration Number 1022700650609 (Russia) [RUSSIA-EO14024].

FSI FSC SRISA RAS (a.k.a. FEDERAL STATE INSTITUTION FEDERAL SCIENTIFIC CENTER SCIENTIFIC RESEARCH INSTITUTE FOR SYSTEM ANALYSIS OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE UCHREZHDENIE FEDERALNYY NAUCHNYY TSENTR NAUCHNO-ISSLEDOVATELSKIY INSTITUT SISTEMNYKH ISSLEDOVANIY ROSSIYSKOY AKADEMII NAUK; a.k.a. FGU FNTS NIISI RAN; a.k.a. SCIENTIFIC RESEARCH INSTITUTE OF SYSTEM ANALYSIS, RUSSIAN ACADEMIC OF SCIENCES), Nakhimovsky Prospect, 36, Building 1, Moscow 117218, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727086772 (Russia); Registration Number 1027700384909 (Russia) [RUSSIA-EO14024].

FSUE 766 UPTK (a.k.a. AO SKB MO RF; a.k.a. JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF THE RUSSIAN MINISTRY OF DEFENSE; a.k.a. OAO 766 UPTK; a.k.a. OPEN JOINT STOCK COMPANY 766 MANAGEMENT OF PRODUCTION AND TECHNOLOGICAL EQUIPMENT), Ul. Institutskaya, D. 1, RP. Nakhabino, Krasnogorsk 143432, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5024076350 (Russia); Registration Number 1065024000513 (Russia) [RUSSIA-EO14024].

FSUE ATOMFLOT (Cyrillic: ФГУП АТОМФЛОТ) (a.k.a. FEDERAL STATE UNITARY ENTERPRISE ATOMFLOT), 1 Ter. Murmansk-17, Murmansk 183038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5192110268 (Russia); Registration Number 1025100864117 (Russia) [RUSSIA-EO14024].

FSUE CRISM PROMETEY (a.k.a. FEDERAL STATE UNITARY ENTERPRISE CENTRAL RESEARCH INSTITUTE OF STRUCTURAL MATERIALS PROMETEY NAMED BY I.V. GORYNIN OF NATIONAL RESEARCH CENTER KURCHATOV INSTITUTE; a.k.a. NRC KURCHATOV INSTITUTE CRISM PROMETEY), 49 Shpalernaya str., Saint Petersburg 191015, Russia; st. 120th Gatchina Division, 12, Gatchina, Leningrad Region, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7815021340 (Russia) [RUSSIA-EO14024].

FSUE FCDT SOYUZ (a.k.a. FEDERAL CENTER FOR DUAL USE TECHNOLOGIES SOYUZ; a.k.a. FEDERAL STATE UNITARY ENTERPRISE FEDERAL CENTER OF DUAL TECHNOLOGIES SOYUZ (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ФЕДЕРАЛЬНЫЙ ЦЕНТР ДВОЙНЫХ ТЕХНОЛОГИЙ СОЮЗ); a.k.a. FEDERAL STATE UNITARY ENTERPRISE FTSDT SOYUZ), 42 Zhukov Academy St., Dzerzhinskiy, Moscow Region 140090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5027030450 (Russia); Registration Number 1025007270375 (Russia) [RUSSIA-EO14024].

FSUE NAMI (Cyrillic: ФГУП НАМИ) (a.k.a. FEDERAL STATE UNITARY ENTERPRISE CENTRAL ORDER OF THE RED BANNER SCIENTIFIC RESEARCH AUTOMOBILE AND AUTOMOTIVE ENGINES INSTITUTE NAMI (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ЦЕНТРАЛЬНЫЙ ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ АВТОМОБИЛЬНЫЙ И АВТОМОТОРНЫЙ

ИНСТИТУТ НАМИ)), 2 Avtomotornaya Street, Moscow 125438, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7711000924 (Russia); Registration Number 1027739228406 (Russia) [RUSSIA-EO14024].

FSUE NPP GAMMA (a.k.a. FEDERAL STATE UNITARY ENTERPRISE SCIENTIFIC AND PRODUCTION ENTERPRISE GAMMA (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ НАУЧНО-ПРОИЗВОДСТВЕННОЕ ПРЕДПРИЯТИЕ ГАММА); a.k.a. FGUP NPP GAMMA (Cyrillic: ФГУП НПП ГАММА); a.k.a. NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE GAMMA), Ul. Profsoyuznaya D. 78, Str. 4, Moscow 117393, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Aug 1991; Tax ID No. 7728044373 (Russia); Registration Number 1027739443830 (Russia) [RUSSIA-EO14024].

FSUE SPA ANALITPRIBOR (a.k.a. SMOLENSKOE PROIZVODSTVENNOE OBYEDINENIE ANALITPRIBOR; a.k.a. SPO ANALITPRIBOR), Ul. Babushkina 3, Smolensk 214031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6731002766 (Russia); Registration Number 1026701427774 (Russia) [RUSSIA-EO14024].

FSUE SRPE BAZALT (a.k.a. AO NPO BAZALT; a.k.a. FEDERAL STATE UNITARY ENTERPRISE STATE RESEARCH AND PRODUCTION ENTERPRISE BAZALT; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION BAZALT), 32 Velyaminovskaya, Moscow 105318, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719830028 (Russia); Registration Number 1127747209501 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

FSUE SZ 'MORYE' (a.k.a. FEDERAL STATE UNITARY ENTERPRISE SZ MORYE; a.k.a. FEDERAL SUE SHIPYARD 'MORYE'; a.k.a. MORYE SHIPYARD; a.k.a. "MORE SHIPYARD"), 1 Desantnikov Street, Feodosia, Crimea 98176, Ukraine; Website http://moreship.ru/; Email Address office@moreship.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

FSUE ZAPOROZHSKAYA NPP (a.k.a. FEDERAL STATE UNITARY ENTERPRISE ZAPORIZHZHYA NUCLEAR POWER PLANT; a.k.a. ZAPOROZHYE NPP FEDERAL STATE UNITARY ENTERPRISE; a.k.a. "ZNPP FSUE"), Ul. promyshlennaya d. 133, Enerhodar, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Oct 2022; Target Type State-Owned Enterprise; Tax ID No. 7743394421 (Russia); Registration Number 1227700644270 (Russia) [RUSSIA-EO14024].

FTIAN NAMED AFTER K. A. VALIEVA RAN (a.k.a. FEDERAL STATE FINANCED INSTITUTION OF SCIENCE PHYSICS AND TECHNOLOGY INSTITUTE NAMED AFTER K. A. VALIEVA OF THE RUSSIAN FEDERATION ACADEMY OF SCIENCES; a.k.a. K.A. VALIEV PHYSICO-TECHNOLOGICAL INSTITUTE RAS; a.k.a. VALIEV INSTITUTE OF PHYSICS AND TECHNOLOGY OF RUSSIAN ACADEMY OF SCIENCES; a.k.a. VALIEV IPT RAS), 34 Nakhimovsky Ave, Moscow 117218, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Feb 1994; Tax ID No. 7727084140 (Russia); Registration Number 1037739352155 (Russia) [RUSSIA-EO14024].

FUAZ, Samer (a.k.a. FAWAZ, Samer Hasan (Arabic: سامر حسن فواز)), Beirut, Lebanon; DOB 28 Nov 1974; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR3018026 (Lebanon); alt. Passport LR1107578 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA - EJERCITO DEL PUEBLO (a.k.a. FARC-EP; a.k.a. REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY; a.k.a. "FARC DISSIDENTS FARC-EP"; a.k.a. "FARC-D FARC-EP"; a.k.a. "GAO-R FARC-EP"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL FARC-EP"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP FARC-EP"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS FARC-EP"), Colombia; Venezuela; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 [FTO] [SDGT].

FUJIAN HEYUE MARINE FISHING DEVELOPMENT CO., LTD. (Chinese Simplified: 福建和悦海洋渔业发展有限公司), Room G433, 4th Floor, Science and Technology Development Center Building, No. 83 Junzhu Road, Mawei District, Fuzhou, China; Organization Established Date 27 Jan 2015; Organization Type: Activities of holding companies; Unified Social Credit Code (USCC) 913501003157013038 (China) [GLOMAG] (Linked To: PINGTAN GUANSHENG OCEAN FISHING CO., LTD.).

FUJIAN NANAN IMPORT & EXPORT COMPANY (a.k.a. FUJIAN NAN'AN IMPORT AND EXPORT COMPANY; a.k.a. FUJIAN NANAN IMPORT AND EXPORT CORPORATION (Chinese Simplified: 福建南安市进出口公司)), No. 198 Xinhua Street, Ximei Nanan City, Fujian 362300, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Code 259861969 (China); Business Registration Number 350583100010710 (China); Unified Social Credit Code (USCC) 91350583259861969M (China) [DPRK3] (Linked To: SEK STUDIO).

FUJIAN NAN'AN IMPORT AND EXPORT COMPANY (a.k.a. FUJIAN NANAN IMPORT & EXPORT COMPANY; a.k.a. FUJIAN NANAN IMPORT AND EXPORT CORPORATION (Chinese Simplified: 福建南安市进出口公司)), No. 198 Xinhua Street, Ximei Nanan City, Fujian 362300, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Code 259861969 (China); Business Registration Number 350583100010710 (China); Unified Social Credit Code (USCC) 91350583259861969M (China) [DPRK3] (Linked To: SEK STUDIO).

FUJIAN NANAN IMPORT AND EXPORT CORPORATION (Chinese Simplified: 福建南安市进出口公司) (a.k.a. FUJIAN NANAN IMPORT & EXPORT COMPANY; a.k.a. FUJIAN NAN'AN IMPORT AND EXPORT COMPANY), No. 198 Xinhua Street, Ximei Nanan City, Fujian 362300, China; Secondary sanctions

risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Code 259861969 (China); Business Registration Number 350583100010710 (China); Unified Social Credit Code (USCC) 91350583259861969M (China) [DPRK3] (Linked To: SEK STUDIO).

FUJIAN PINGTAN COUNTY OCEAN (a.k.a. FUJIAN PINGTAN COUNTY OCEAN FISHERY GROUP CO LTD; a.k.a. FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD. (Chinese Simplified: 福建省平潭县远洋渔业集团有限公司); a.k.a. PINGTAN FISHING), Room 2-25A, Building 1#, No. 27, Huli Road, Mawei District, Fujian, Fuzhou 350015, China; Organization Established Date 27 Feb 1998; Identification Number IMO 4235151; Unified Social Credit Code (USCC) 913501057051504472 (China) [GLOMAG] (Linked To: FUJIAN HEYUE MARINE FISHING DEVELOPMENT CO., LTD.).

FUJIAN PINGTAN COUNTY OCEAN FISHERY GROUP CO LTD (a.k.a. FUJIAN PINGTAN COUNTY OCEAN; a.k.a. FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD. (Chinese Simplified: 福建省平潭县远洋渔业集团有限公司); a.k.a. PINGTAN FISHING), Room 2-25A, Building 1#, No. 27, Huli Road, Mawei District, Fujian, Fuzhou 350015, China; Organization Established Date 27 Feb 1998; Identification Number IMO 4235151; Unified Social Credit Code (USCC) 913501057051504472 (China) [GLOMAG] (Linked To: FUJIAN HEYUE MARINE FISHING DEVELOPMENT CO., LTD.).

FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD. (Chinese Simplified: 福建省平潭县远洋渔业集团有限公司) (a.k.a. FUJIAN PINGTAN COUNTY OCEAN; a.k.a. FUJIAN PINGTAN COUNTY OCEAN FISHERY GROUP CO LTD; a.k.a. PINGTAN FISHING), Room 2-25A, Building 1#, No. 27, Huli Road, Mawei District, Fujian, Fuzhou 350015, China; Organization Established Date 27 Feb 1998; Identification Number IMO 4235151; Unified Social Credit Code (USCC) 913501057051504472 (China) [GLOMAG] (Linked To: FUJIAN HEYUE MARINE FISHING DEVELOPMENT CO., LTD.).

FUJIAN XINFUWANG INTERNATIONAL TRADE CO LTD (a.k.a. FUJIAN XINFUWANG INTERNATIONAL TRADING COMPANY LTD), Unit 2601, Hengli City, 128 Wusi Road, Gulou District, Fuzhou, Fujian 350000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 11 Oct 2024; Unified Social Credit Code (USCC) 91350000MAE1HJFW50 (China) [UKRAINE-EO13662] [RUSSIA-EO14024].

FUJIAN XINFUWANG INTERNATIONAL TRADING COMPANY LTD (a.k.a. FUJIAN XINFUWANG INTERNATIONAL TRADE CO LTD), Unit 2601, Hengli City, 128 Wusi Road, Gulou District, Fuzhou, Fujian 350000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 11 Oct 2024; Unified Social Credit Code (USCC) 91350000MAE1HJFW50 (China) [UKRAINE-EO13662] [RUSSIA-EO14024].

FUJIE PETROCHEMICAL ZHOUSHAN CO., LTD. (a.k.a. "FUJIE PETROCHEM"), 304-15, Ganghang Building, Shengsixian Maji Shangang District, Zhoushan, Zhejiang, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 330935000003013 (China) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FUKUDA, Hareaki, c/o 6-4-21 Akasaka, Minato-ku, Tokyo, Japan; DOB 1943 to 1944 (individual) [TCO] (Linked To: SUMIYOSHI-KAI).

FULADVAND, Ali (a.k.a. FOOLADVAND, Ali), Tehran, Iran; DOB 10 Sep 1979; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4189670219 (Iran) (individual) [NPWMD] [IFSR].

FULAM INVESTMENT LIMITED, Phnom Penh, Cambodia; Company Number 1542112 (Virgin Islands, British) [TCO] (Linked To: CHEN, Zhi).

FULDA SHIPPING CO, 80 Broad Street, Monrovia, Liberia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization

Established Date 2024; Identification Number IMO 6491531; Registration Number C-126622 (Liberia) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: HALAVINS, Aleksejs).

FULL HAPPY LIMITED, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 03 Mar 2023; Identification Number IMO 6405624; Business Registration Number 118736 (Marshall Islands) [VENEZUELA-EO13850].

FULMEN COMPANY (a.k.a. FULMEN GROUP), 167, Darya Blvd, Saadat Abad, 1466983565, Iran; No. 167 Darya Blvd, Sharak Ghods, Tehran, Iran; P.O. Box 19395/1371, Tehran, Iran; No 57, Lida St, Valiassr Ave, 19697, Tehran, Iran; No. 57, Lida St, After Vanak Sq, Vali-e Asr Ave, 19697, Tehran, Iran; Sadat Abad, Shahra Qod (Shahrak Gharb), Darya Ave, 19697, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

FULMEN GROUP (a.k.a. FULMEN COMPANY), 167, Darya Blvd, Saadat Abad, 1466983565, Iran; No. 167 Darya Blvd, Sharak Ghods, Tehran, Iran; P.O. Box 19395/1371, Tehran, Iran; No 57, Lida St, Valiassr Ave, 19697, Tehran, Iran; No. 57, Lida St, After Vanak Sq, Vali-e Asr Ave, 19697, Tehran, Iran; Sadat Abad, Shahra Qod (Shahrak Gharb), Darya Ave, 19697, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

FUND FOR DEVELOPMENT OF ENERGY COMPLEX ENERGY (a.k.a. FOND ENERGIA; a.k.a. FOUNDATION FACILITATION OF THE STRATEGIC DEVELOPMENT OF THE FUEL AND ENERGY COMPLEX ENERGY; a.k.a. "FUND ENERGY"), Ul. 1-YA Frunzenskaya D. 6, Moscow 119146, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 May 2008; Tax ID No. 7704274995 (Russia); Registration Number 1087799025269 (Russia) [RUSSIA-EO14024].

FUND FOR NON-BANKING TECHNOLOGIES LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY PSB-FOREKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПСБ-ФОРЕКС); a.k.a. PSB-FOREKS LLC; a.k.a. PSB-FOREKS OOO; a.k.a. "FNBT LLC" (Cyrillic: "ООО ФНБТ")), D. 7, Str. 8, Pom. III Kom. N1 Etazh 2, Naberezhnaya Derbenevskaya, Moscow 115114, Russia; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Organization Established Date 11 Jul 2016; Tax ID No. 7725323192 (Russia); Registration Number 1167746652193 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

FUND FOR THE DEVELOPMENT OF WEAPONS TECHNOLOGIES AND PRODUCTION LOBAEV FOUNDATION (Cyrillic: ФОНД РАЗВИТИЯ ОРУЖЕЙНЫХ ТЕХНОЛОГИЙ И ПРОИЗВОДСТВ ФОНД ЛОБАЕВА) (a.k.a. PRIVATE CHARITABLE FOUNDATION FOR THE DEVELOPMENT OF WEAPONS AND PRODUCTION TECHNOLOGIES LOBAEV CHARITABLE FOUNDATION), Office 1, Building 1, 61 Lenin Street, Tarusa 249100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4000000400 (Russia); Registration Number 1234000002521 (Russia) [RUSSIA-EO14024].

FUNDACION ISSARA, Avenida Samuel Lewis y Calle Santa Rita, Edificio Plaza Obarrio, Piso 3, Oficina 308, Panama City, Panama; RUC # 1333398-1-28957 (Panama) [SDNTK].

FUNDACION PARA LA PAZ DE CORDOBA (a.k.a. FUNDACION POR LA PAS DE CORDOBA; a.k.a. FUNDAZCOR; a.k.a. FUNPAZCOR), Carrera 6 No. 29-12, Monteria, Cordoba, Colombia; NIT # 830054536-9 (Colombia) [SDNTK].

FUNDACION POR LA PAS DE CORDOBA (a.k.a. FUNDACION PARA LA PAZ DE CORDOBA; a.k.a. FUNDAZCOR; a.k.a. FUNPAZCOR), Carrera 6 No. 29-12, Monteria, Cordoba, Colombia; NIT # 830054536-9 (Colombia) [SDNTK].

FUNDACION VENEDIG, Panama City, Panama; Identification Number 36102 (Panama) [VENEZUELA-EO13850].

FUNDAZCOR (a.k.a. FUNDACION PARA LA PAZ DE CORDOBA; a.k.a. FUNDACION POR LA PAS DE CORDOBA; a.k.a. FUNPAZCOR), Carrera 6 No. 29-12, Monteria, Cordoba, Colombia; NIT # 830054536-9 (Colombia) [SDNTK].

FUNNULL (a.k.a. FANG NENG CDN (Chinese Simplified: 方能CDN); a.k.a. FUNNULL CDN; a.k.a. FUNNULL INC; a.k.a. FUNNULL LLC; a.k.a. FUNNULL TECHNOLOGY INC), 3rd Avenue and 30th Street, 14th Floor, C6 Road, Purok 5, Net Cube Center, E Square Zone, Lower Bicutan, Fourth District, Taguig City, National Capital Region 1632, Philippines; China; Website funnull.io; alt. Website funnull.com; alt. Website funnull.app; alt. Website funnull.buzz; Digital Currency Address - ETH 0xd5ED34b52AC4ab84d8FA8A231a3218bbF01Ed510; Organization Established Date 07 Sep 2021; Organization Type: Other information technology and computer service activities; Digital Currency Address - TRX TNmRfnSUXZoWWzxcDDbf95eGQYXt1mJDt8; Registration Number 2021090024665-00 (Philippines) [CYBER3].

FUNNULL CDN (a.k.a. FANG NENG CDN (Chinese Simplified: 方能CDN); a.k.a. FUNNULL; a.k.a. FUNNULL INC; a.k.a. FUNNULL LLC; a.k.a. FUNNULL TECHNOLOGY INC), 3rd Avenue and 30th Street, 14th Floor, C6 Road, Purok 5, Net Cube Center, E Square Zone, Lower Bicutan, Fourth District, Taguig City, National Capital Region 1632, Philippines; China; Website funnull.io; alt. Website funnull.com; alt. Website funnull.app; alt. Website funnull.buzz; Digital Currency Address - ETH 0xd5ED34b52AC4ab84d8FA8A231a3218bbF01Ed510; Organization Established Date 07 Sep 2021; Organization Type: Other information technology and computer service activities; Digital Currency Address - TRX TNmRfnSUXZoWWzxcDDbf95eGQYXt1mJDt8; Registration Number 2021090024665-00 (Philippines) [CYBER3].

FUNNULL INC (a.k.a. FANG NENG CDN (Chinese Simplified: 方能CDN); a.k.a. FUNNULL; a.k.a. FUNNULL CDN; a.k.a. FUNNULL LLC; a.k.a. FUNNULL TECHNOLOGY INC), 3rd Avenue and 30th Street, 14th Floor, C6 Road, Purok 5, Net Cube Center, E Square Zone, Lower Bicutan, Fourth District, Taguig City, National Capital Region 1632, Philippines; China; Website funnull.io; alt. Website funnull.com; alt. Website funnull.app; alt. Website funnull.buzz; Digital Currency Address - ETH 0xd5ED34b52AC4ab84d8FA8A231a3218bbF01Ed510; Organization Established Date 07 Sep 2021; Organization Type: Other information technology and computer service activities; Digital Currency Address - TRX TNmRfnSUXZoWWzxcDDbf95eGQYXt1mJDt8; Registration Number 2021090024665-00 (Philippines) [CYBER3].

FUNNULL LLC (a.k.a. FANG NENG CDN (Chinese Simplified: 方能CDN); a.k.a. FUNNULL; a.k.a. FUNNULL CDN; a.k.a. FUNNULL INC; a.k.a. FUNNULL TECHNOLOGY INC), 3rd Avenue and 30th Street, 14th Floor, C6 Road, Purok 5, Net Cube Center, E Square Zone, Lower Bicutan, Fourth District, Taguig City, National Capital Region 1632, Philippines; China; Website funnull.io; alt. Website funnull.com; alt. Website funnull.app; alt. Website funnull.buzz; Digital Currency Address - ETH 0xd5ED34b52AC4ab84d8FA8A231a3218bbF01Ed510; Organization Established Date 07 Sep 2021; Organization Type: Other information technology and computer service activities; Digital Currency Address - TRX TNmRfnSUXZoWWzxcDDbf95eGQYXt1mJDt8; Registration Number 2021090024665-00 (Philippines) [CYBER3].

FUNNULL TECHNOLOGY INC (a.k.a. FANG NENG CDN (Chinese Simplified: 方能CDN); a.k.a. FUNNULL; a.k.a. FUNNULL CDN; a.k.a. FUNNULL INC; a.k.a. FUNNULL LLC), 3rd Avenue and 30th Street, 14th Floor, C6 Road, Purok 5, Net Cube Center, E Square Zone, Lower Bicutan, Fourth District, Taguig City, National Capital Region 1632, Philippines; China; Website funnull.io; alt. Website funnull.com; alt. Website funnull.app; alt. Website funnull.buzz; Digital Currency Address - ETH 0xd5ED34b52AC4ab84d8FA8A231a3218bbF01Ed510; Organization Established Date 07 Sep 2021; Organization Type: Other information technology and computer service activities; Digital Currency Address - TRX TNmRfnSUXZoWWzxcDDbf95eGQYXt1mJDt8; Registration Number 2021090024665-00 (Philippines) [CYBER3].

FUNPAZCOR (a.k.a. FUNDACION PARA LA PAZ DE CORDOBA; a.k.a. FUNDACION POR LA PAS DE CORDOBA; a.k.a. FUNDAZCOR), Carrera 6 No. 29-12, Monteria, Cordoba, Colombia; NIT # 830054536-9 (Colombia) [SDNTK].

FURAHA CONSTRUCTION PVT LTD, Garden Villa, Feydhoo 19040, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Mar 2015; Registration Number C-0282/2015 (Maldives) [SDGT] (Linked To: AGLEEL, Ahmed).

FURQAN NOVIN PARS MANUFACTURING AND COMMERCIAL INDUSTRIES (a.k.a. FARGHAN NOVIN PARS MANUFACTURING AND TRADING INDUSTRIES COMPANY; a.k.a. SHIRAZ FARGAN CHEMICAL COMPANY), First Floor, No. 0, Karimkhan Zand

Boulevard, Bazar Neighborhood, Alley (South Vakil Neighborhood), Central Section, Shiraz County, Shiraz, Fars, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 08 Sep 1997; National ID No. 10530176953 (Iran); Registration Number 5174 (Iran) [NPWMD] [IFSR] (Linked To: QAYUMI, Vahid).

FURSENKO, Andrei (a.k.a. FURSENKO, Andrei Alexandrovich; a.k.a. FURSENKO, Andrey); DOB 17 Jul 1949; POB St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Aide to the President of the Russian Federation (individual) [UKRAINE-EO13661].

FURSENKO, Andrei Alexandrovich (a.k.a. FURSENKO, Andrei; a.k.a. FURSENKO, Andrey); DOB 17 Jul 1949; POB St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Aide to the President of the Russian Federation (individual) [UKRAINE-EO13661].

FURSENKO, Andrey (a.k.a. FURSENKO, Andrei; a.k.a. FURSENKO, Andrei Alexandrovich); DOB 17 Jul 1949; POB St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Aide to the President of the Russian Federation (individual) [UKRAINE-EO13661].

FURSENKO, Sergei (a.k.a. FURSENKO, Sergey; a.k.a. FURSENKO, Sergey Aleksandrovich); DOB 11 Mar 1954; POB Saint-Petersburg (F.K.A. Leningrad), Russian Federation; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

FURSENKO, Sergey (a.k.a. FURSENKO, Sergei; a.k.a. FURSENKO, Sergey Aleksandrovich); DOB 11 Mar 1954; POB Saint-Petersburg (F.K.A. Leningrad), Russian Federation; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

FURSENKO, Sergey Aleksandrovich (a.k.a. FURSENKO, Sergei; a.k.a. FURSENKO, Sergey); DOB 11 Mar 1954; POB Saint-Petersburg (F.K.A. Leningrad), Russian Federation; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

FURUNDZIJA, Anto; DOB 08 Jul 1969; POB Travnik, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

FUSCO, Fabio (a.k.a. AL-AMDOUNI, Mehrez Ben Mahmoud Ben Sassi; a.k.a. AMDOUNI, Meherez ben Ahdoud ben; a.k.a. AMDOUNI, Mehrez; a.k.a. AMDOUNI, Mehrez ben Tah; a.k.a. HAMDOUNI, Meherez; a.k.a. HASSAN, Mohamed; a.k.a. "ABU THALE"); DOB 18 Dec 1969; alt. DOB 25 May 1968; alt. DOB 18 Dec 1968; alt. DOB 14 Jul 1969; POB Tunis, Tunisia; alt. POB Naples, Italy; alt. POB Algeria; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G737411 (Tunisia) issued 24 Oct 1990 expires 20 Sep 1997; alt. Passport 0801888 (Bosnia and Herzegovina) (individual) [SDGT].

FUSION PIZZA & PARRILLA (a.k.a. AMG RICAS PIZZA; a.k.a. RICA'S PIZZA), Carrera 45 No. 24A-05, Bogota, Colombia; Matricula Mercantil No 1323961 (Colombia) [SDNTK].

FUSTAR, Dusan; DOB 29 Jun 1954; POB Prijedor, Bosnia-Herzegovina; ICTY indictee in custody (individual) [BALKANS].

FUTECH CO LTD (a.k.a. BEIJING ZHENGYUXING TECHNOLOGY CO LTD (Chinese Simplified: 北京正宇兴科技有限公司)), 1502, Floor 12, Building 9, No 88 Courtyard, Jianguo Road, Chaoyang District, Beijing 100000, China (Chinese Simplified: 9号楼12层1502, 朝阳区建国路88号园, 北京市 100000, China); Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 04 Nov 2022; Unified Social Credit Code (USCC) 91110105MAC3H8E48T (China) [NPWMD] [IFSR] (Linked To: RAYAN FAN KAV ANDISH CO).

FUTOYI, Alfred (a.k.a. FATIYO, Alfred; a.k.a. FUTUYO, Alfred; a.k.a. KARABA, Alfred Fatuyo; a.k.a. KARABA, Alfred Futuyo), Yambio, Western Equatoria, South Sudan; DOB 1971 to 1973; POB Sudan; Gender Male (individual) [SOUTH SUDAN].

FUTREVO, 202 Bollineni Hillside Apt 31C Bollineni Hillside Road, Kanchipuram, Tamil Nadu 600126, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2020; Registration Number UDYAM-TN-08-0003940 (India) [RUSSIA-EO14024].

FUTURE AGE SHIPPING LIMITED (a.k.a. FUTURE AGE SHIPPING LTD.), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

FUTURE AGE SHIPPING LTD. (a.k.a. FUTURE AGE SHIPPING LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

FUTURE BANK (a.k.a. FUTURE BANK B.S.C.; a.k.a. FUTUREBANK), Building 2577, Road 2833, Block Al-Seef 428, PO Box 785, Manama, Bahrain; Website www.futurebank.com.bh; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Offices Worldwide [IRAN] [SDGT] [IFSR] (Linked To: BANK MELLI IRAN).

FUTURE BANK B.S.C. (a.k.a. FUTURE BANK; a.k.a. FUTUREBANK), Building 2577, Road 2833, Block Al-Seef 428, PO Box 785, Manama, Bahrain; Website www.futurebank.com.bh; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Offices Worldwide [IRAN] [SDGT] [IFSR] (Linked To: BANK MELLI IRAN).

FUTURE ENERGY TRADING L.L.C (Arabic: فيوتشر لتجارة الطاقة ش.ذ.م.م), Bur Dubai, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Nov 2021; Business Registration Number 1000007 (United Arab Emirates); Economic Register Number (CBLS) 11776799 (United Arab Emirates) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

FUTURE GATE FUEL AND PETROCHEMICAL TRADING L.L.C. (Arabic: فيوتشر جيت لتجارة الوقود و البتروكيماويات ش.ذ.م.م), Deira Al Garhoud, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Mar 2020; Commercial Registry Number 11510153 (United Arab Emirates); License

885714 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

FUTURE RESOURCE TRADING LIMITED, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 31 May 2023; Company Number 3284153 (Hong Kong); Business Registration Number 75367471 (Hong Kong) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FUTURE TRENDS GOODS WHOLESALERS LLC, Bur Dubai, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 28 Dec 2021; Business Registration Number 1017310 (United Arab Emirates); Economic Register Number (CBLS) 11798282 (United Arab Emirates) [NPWMD] [IFSR] (Linked To: RAH ROSHD INTERNATIONAL TRADE EXCHANGES DEVELOPMENT).

FUTUREBANK (a.k.a. FUTURE BANK; a.k.a. FUTURE BANK B.S.C.), Building 2577, Road 2833, Block Al-Seef 428, PO Box 785, Manama, Bahrain; Website www.futurebank.com.bh; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Offices Worldwide [IRAN] [SDGT] [IFSR] (Linked To: BANK MELLI IRAN).

FUTUYO, Alfred (a.k.a. FATIYO, Alfred; a.k.a. FUTOYI, Alfred; a.k.a. KARABA, Alfred Fatuyo; a.k.a. KARABA, Alfred Futuyo), Yambio, Western Equatoria, South Sudan; DOB 1971 to 1973; POB Sudan; Gender Male (individual) [SOUTH SUDAN].

FUYA PARS PROSPECTIVE TECHNOLOGISTS (a.k.a. POUYA PARS FANAVARAN AYANDEH NEGAR COMPANY; a.k.a. PUYA PARS FANAVARAN AYANDEH NEGAR COMPANY; a.k.a. "IDEAL VACUUM"; a.k.a. "IDEAL VACUUM STORE"), Number 18, 1st Mariam Street, Khayyam Boulevard, Shamsabad Industrial District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 12 Feb 2013; National ID No. 14003220702 (Iran); Registration Number 434228 (Iran) [NPWMD] [IFSR].

FUZHOU HONG LONG OCEAN FISHERY CO. LTD. (a.k.a. FUZHOU HONGLONG OCEAN FISHING; a.k.a. FUZHOU HONGLONG OCEAN FISHING CO., LTD. (Chinese Simplified: 福州宏龙海洋水产有限公司)), Room 427, 4th Floor, Industrial Plant, Building No. 2, No. 2 Changtian Industry Park, Changsheng Road, Chang'an Investment Zone, Fuzhou Development Zone, Fujian, China; Identification Number IMO 5195011; Unified Social Credit Code (USCC) 91350100628538981P (China) [GLOMAG] (Linked To: PINGTAN MARINE ENTERPRISE LTD.).

FUZHOU HONGLONG OCEAN FISHING (a.k.a. FUZHOU HONG LONG OCEAN FISHERY CO. LTD.; a.k.a. FUZHOU HONGLONG OCEAN FISHING CO., LTD. (Chinese Simplified: 福州宏龙海洋水产有限公司)), Room 427, 4th Floor, Industrial Plant, Building No. 2, No. 2 Changtian Industry Park, Changsheng Road, Chang'an Investment Zone, Fuzhou Development Zone, Fujian, China; Identification Number IMO 5195011; Unified Social Credit Code (USCC) 91350100628538981P (China) [GLOMAG] (Linked To: PINGTAN MARINE ENTERPRISE LTD.).

FUZHOU HONGLONG OCEAN FISHING CO., LTD. (Chinese Simplified: 福州宏龙海洋水产有限公司) (a.k.a. FUZHOU HONG LONG OCEAN FISHERY CO. LTD.; a.k.a. FUZHOU HONGLONG OCEAN FISHING), Room 427, 4th Floor, Industrial Plant, Building No. 2, No. 2 Changtian Industry Park, Changsheng Road, Chang'an Investment Zone, Fuzhou Development Zone, Fujian, China; Identification Number IMO 5195011; Unified Social Credit Code (USCC) 91350100628538981P (China) [GLOMAG] (Linked To: PINGTAN MARINE ENTERPRISE LTD.).

FY INTERNATIONAL TRADING CO., LIMITED (Chinese Traditional: 伊國際貿易有限公司), Add. Flat 2002C, 20F, Multifield Commercial Centre, 426 Shanghai Street, Mongkok, Kowloon, Hong Kong, China; Workshop 603F, Block A, East Sun Industrial Centre, No. 16 Shing Yip Street, Kowloon, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 11 Apr 2019; Company Number 2814827 (Hong Kong) [NPWMD] [IFSR] (Linked To: PISHTAZAN KAVOSH GOSTAR BOSHRA LLC).

FYODOROV, Nikolai Vasilyevich (Cyrillic: ФЁДОРОВ, Николай Васильевич) (a.k.a. FYODOROV, Nikolay Vasilyevich), Russia; DOB 09 May 1958; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

FYODOROV, Nikolay Vasilyevich (a.k.a. FYODOROV, Nikolai Vasilyevich (Cyrillic: ФЁДОРОВ, Николай Васильевич)), Russia; DOB 09 May 1958; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

FYODOROV, Yevgeny Alekseevich (Cyrillic: ФЁДОРОВ, Евгений Алексеевич), Russia; DOB 11 May 1963; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

FYODOROV, Yury Viktorovich (a.k.a. FEDOROV, Yury Viktorovich (Cyrillic: ФЁДОРОВ, Юрий Викторович)), Russia; DOB 01 Jan 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

G AND S DIAMOND FZE (Arabic: جی اند اس دایموند م م ح) (a.k.a. G&S DIAMOND FZE), Dubai Airport Free Zone Authority, Dubai, United Arab Emirates; P.O. Box 78426, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 2901 (United Arab Emirates); alt. Registration Number 1511 (United Arab Emirates) [SDGT] (Linked To: AHMAD, Nazem Said).

G M C G SHIPPING L.L.C (Arabic: جی ام سی جی شیبینغ ش.ذ.م.م), M-07 Solaire 7 Bldg., Al Mamzar Street, P.O. Box 14751, Dubai, United Arab Emirates; Organization Established Date 12 Aug 2020; License 899840 (United Arab Emirates); Economic Register Number (CBLS) 11536013 (United Arab Emirates) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

G Y G INTERNACIONAL S.A.S. (a.k.a. G&G INTERNACIONAL S.A.S.; a.k.a. SEBASTIANO), Calle 100 No. 17A-36, Ofc. 705, Bogota, Colombia; NIT # 9002981691 (Colombia); Matricula Mercantil No 1910782

(Colombia); alt. Matricula Mercantil No 1237153 (Colombia); alt. Matricula Mercantil No 1730043 (Colombia); alt. Matricula Mercantil No 1816081 (Colombia) [SDNTK].

G Y R ARQUITECTOS, S. DE R.L. DE C.V. (a.k.a. GR ARQUITECTOS), Kukulkan 4783, Col. Mirador del Sol, Zapopan, Jalisco, Mexico; Website www.grarquitectos.mx; Folio Mercantil No. 41884 (Mexico) [SDNTK].

G&G INTERNACIONAL S.A.S. (a.k.a. G Y G INTERNACIONAL S.A.S.; a.k.a. SEBASTIANO), Calle 100 No. 17A-36, Ofc. 705, Bogota, Colombia; NIT # 9002981691 (Colombia); Matricula Mercantil No 1910782 (Colombia); alt. Matricula Mercantil No 1237153 (Colombia); alt. Matricula Mercantil No 1730043 (Colombia); alt. Matricula Mercantil No 1816081 (Colombia) [SDNTK].

G&S DIAMOND FZE (a.k.a. G AND S DIAMOND FZE (Arabic: جي اند اس دايموند م م ح)), Dubai Airport Free Zone Authority, Dubai, United Arab Emirates; P.O. Box 78426, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 2901 (United Arab Emirates); alt. Registration Number 1511 (United Arab Emirates) [SDGT] (Linked To: AHMAD, Nazem Said).

G.M. FARM SARL (a.k.a. GM FARM; a.k.a. JM PHARM), Al Ghubayri, Beirut, Lebanon; Website gmfarmco.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Mar 2016; Organization Type: Non-specialized wholesale trade [SDGT] (Linked To: ATWI, Silvana).

G9 FANMI E ALYE (a.k.a. FOS REVOLISYONE G9 AN FANMI E ALYE (Latin: FÒS REVOLISYONÈ G9 AN FANMI E ALYE); a.k.a. G-PEP (Latin: G-PÈP); a.k.a. VIV ANSANM; a.k.a. "G-9"), Port-au-Prince, Haiti; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Sep 2023; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT].

GABAANE, Maxamed Dauud (a.k.a. QAAWANE, Maxamed Daud; a.k.a. "DAUD, Mahamud"; a.k.a. "DAUD, Maxamed"), Lower Shabelle, Somalia; DOB 1965; alt. DOB 1966; alt. DOB 1967; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

GABBARO SHIP SERVICES PVT LTD, Office No. 512, B Wing, 5th Floor, Samartha Aishwarya KL, Walawalkar Road, Andheri W, Mumbai 400053, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 12 Apr 2021; Identification Number IMO 6221903; Commercial Registry Number U74999MH2021OPC358769 (India); Registration Number 358769 (India) [IRAN-EO13846].

GABER, Khaled Hussein Saleh (a.k.a. JABIR, Khalid Husayn Salih; a.k.a. QAYLI, Khalid Husayn), Yemen; DOB 01 Aug 1992; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 06587862 (Yemen) expires 05 Jun 2028 (individual) [SDGT] (Linked To: ANSARALLAH).

GABITOV, Marat Khanbalevich, Moscow, Russia; DOB 14 Jun 1956; POB Kirov, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4509776350 (Russia); Tax ID No. 501003306539 (Russia) (individual) [RUSSIA-EO14024].

GABRIEL, Valerii Aleksandrovich (a.k.a. GABRIEL, Valery Alexandrovich), Russia; DOB 03 Jan 1956; POB Starobelsk, Luhansk Region, Ukraine; nationality Russia; alt. nationality Germany; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 732808701175 (Russia) (individual) [RUSSIA-EO14024].

GABRIEL, Valery Alexandrovich (a.k.a. GABRIEL, Valerii Aleksandrovich), Russia; DOB 03 Jan 1956; POB Starobelsk, Luhansk Region, Ukraine; nationality Russia; alt. nationality Germany; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 732808701175 (Russia) (individual) [RUSSIA-EO14024].

GACANIN, Edin (a.k.a. "Tito"), Bosnia and Herzegovina; Dubai, United Arab Emirates; Netherlands; DOB 12 Oct 1982; POB Bosnia and Herzegovina; nationality Bosnia and Herzegovina; alt. nationality Netherlands; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

GACHSARAN PETROCHEMICAL COMPANY (a.k.a. GACHSARAN POLYMER INDUSTRIES), Shahid Vahid Dastgerdi Street, Naseri St., Kian St. 11th Floor Unit 3, Tehran, Iran; Website http://www.gpetroc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] (Linked To: IRANIAN INVESTMENT PETROCHEMICAL GROUP COMPANY).

GACHSARAN POLYMER INDUSTRIES (a.k.a. GACHSARAN PETROCHEMICAL COMPANY), Shahid Vahid Dastgerdi Street, Naseri St., Kian St. 11th Floor Unit 3, Tehran, Iran; Website http://www.gpetroc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] (Linked To: IRANIAN INVESTMENT PETROCHEMICAL GROUP COMPANY).

GADDAFI INTERNATIONAL CHARITY AND DEVELOPMENT FOUNDATION (a.k.a. GADDAFI INTERNATIONAL FOUNDATION FOR CHARITY ORGANISATIONS), Hay Elandadlus - Jian St, P.O. Box 1101, Tripoli, Libya; 22, Rue Henri-Mussard, Geneva 1208, Switzerland; Website www.gicdf.org; Email Address info@gicdf.org; Registration ID CH-660.0.699.004-7 (Switzerland); Telephone No. (218) (0)214778301; Telephone No. (022) 7363030; Fax No. (218) (0)214778766; Fax No. (022) 7363196 [LIBYA2].

GADDAFI INTERNATIONAL FOUNDATION FOR CHARITY ORGANISATIONS (a.k.a. GADDAFI INTERNATIONAL CHARITY AND DEVELOPMENT FOUNDATION), Hay Elandadlus - Jian St, P.O. Box 1101, Tripoli, Libya; 22, Rue Henri-Mussard, Geneva 1208, Switzerland; Website www.gicdf.org; Email Address info@gicdf.org; Registration ID CH-660.0.699.004-7 (Switzerland); Telephone No. (218) (0)214778301; Telephone No. (022) 7363030; Fax No. (218) (0)214778766; Fax No. (022) 7363196 [LIBYA2].

GADDAFI, Ayesha (a.k.a. AL-GADDAFI, Ayesha; a.k.a. AL-QADHAFI, Aisha; a.k.a. ELKADDAFI, Aisha; a.k.a. EL-QADDAFI, Aisha; a.k.a. GADHAFI, Aisha; a.k.a. GHADAFFI, Aisha; a.k.a. GHATHAFI, Aisha; a.k.a. GHATHAFI, Aisha Muammer; a.k.a. QADDAFI, Aisha; a.k.a. QADHAFI, Aisha; a.k.a. QADHAFI, Aisha Muammar Muhammed Abu Minyar; a.k.a. QADHAFI, Ayesha), Oman; DOB 1977; alt. DOB 1976; alt. DOB 01 Jan 1978; POB Tripoli, Libya; Gender Female; Passport 215215 (Libya); alt. Passport 428720 (Libya); alt. Passport B/011641; alt. Passport 03824970 (Oman) issued 04 May 2014 expires 03 May

2024; National ID No. 98606612 (individual) [LIBYA2].

GADDAFI, Hannibal (a.k.a. AL-GADDAFI, Hannibal; a.k.a. AL-QADHAFI, Hannibal; a.k.a. ELKADDAFI, Hannibal; a.k.a. EL-QADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal Muammar; a.k.a. GHADAFFI, Hannibal; a.k.a. GHATHAFI, Hannibal; a.k.a. QADDAFI, Hannibal; a.k.a. QADHAFI, Hannibal Muammar); DOB 20 Sep 1975; alt. DOB 1977; POB Tripoli, Libya; Passport B/002210 (Libya) (individual) [LIBYA2].

GADDAFI, Hannibal Muammar (a.k.a. AL-GADDAFI, Hannibal; a.k.a. AL-QADHAFI, Hannibal; a.k.a. ELKADDAFI, Hannibal; a.k.a. EL-QADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal; a.k.a. GHADAFFI, Hannibal; a.k.a. GHATHAFI, Hannibal; a.k.a. QADDAFI, Hannibal; a.k.a. QADHAFI, Hannibal Muammar); DOB 20 Sep 1975; alt. DOB 1977; POB Tripoli, Libya; Passport B/002210 (Libya) (individual) [LIBYA2].

GADDAFI, Khamis (a.k.a. AL-GADDAFI, Khamis; a.k.a. AL-QADHAFI; a.k.a. AL-QADHAFI, Khamis; a.k.a. ELKADDAFI, Khamis; a.k.a. EL-QADDAFI, Khamis; a.k.a. GADHAFI, Khamis; a.k.a. GHADAFFI, Khamis; a.k.a. GHATHAFI, Khamis; a.k.a. QADDAFI, Khamis; a.k.a. QADHAFI, Khamis); DOB 1980 (individual) [LIBYA2].

GADDAFI, Muammar (a.k.a. AL-GADDAFI, Muammar; a.k.a. AL-QADHAFI, Muammar; a.k.a. AL-QADHAFI, Muammar Abu Minyar; a.k.a. ELKADDAFI, Muammar; a.k.a. EL-QADDAFI, Muammar; a.k.a. GADDAFI, Mu'ammar; a.k.a. GADHAFI, Muammar; a.k.a. GHADAFFI, Muammar Muhammad; a.k.a. GHATHAFI, Muammar; a.k.a. QADDAFI, Muammar; a.k.a. QADHAFI, Muammar); DOB 1942; POB Sirte, Libya (individual) [LIBYA2].

GADDAFI, Mu'ammar (a.k.a. AL-GADDAFI, Muammar; a.k.a. AL-QADHAFI, Muammar; a.k.a. AL-QADHAFI, Muammar Abu Minyar; a.k.a. ELKADDAFI, Muammar; a.k.a. EL-QADDAFI, Muammar; a.k.a. GADDAFI, Muammar; a.k.a. GADHAFI, Muammar; a.k.a. GHADAFFI, Muammar Muhammad; a.k.a. GHATHAFI, Muammar; a.k.a. QADDAFI, Muammar; a.k.a. QADHAFI, Muammar); DOB 1942; POB Sirte, Libya (individual) [LIBYA2].

GADDAFI, Muhammad (a.k.a. AL-GADDAFI, Muhammad; a.k.a. AL-QADHAFI, Mohammed; a.k.a. ELKADDAFI, Muhammad; a.k.a. EL-QADDAFI, Muhammad; a.k.a. GADHAFFI, Mohammad Moammar; a.k.a. GADHAFI, Mohammed; a.k.a. GHATHAFI, Muhammad; a.k.a. QADDAFI, Muhammad; a.k.a. QADHAFI, Mohammed Muammar); DOB 1970; POB Tripoli, Libya (individual) [LIBYA2].

GADDAFI, Mutassim (a.k.a. AL-GADDAFI, Mutassim; a.k.a. AL-QADHAFI, Mutassim; a.k.a. ELKADDAFI, Mutassim; a.k.a. EL-QADDAFI, Mutassim; a.k.a. GADHAFI, Mutassim Billah; a.k.a. GHADAFFI, Mutassim; a.k.a. GHATHAFI, Mutassim; a.k.a. QADDAFI, Mutassim; a.k.a. QADHAFI, Mutassim); DOB 1975 (individual) [LIBYA2].

GADDAFI, Saadi (a.k.a. AL-GADDAFI, Saadi; a.k.a. AL-QADHAFI, Sa'adi Mu'ammar; a.k.a. ELKADDAFI, Saadi; a.k.a. EL-QADDAFI, Saadi; a.k.a. GADHAFI, Saadi; a.k.a. GHATHAFI, Saadi; a.k.a. QADDAFI, Saadi; a.k.a. QADHAFI, Saadi); DOB 27 May 1973; alt. DOB 25 May 1973; POB Tripoli, Libya; Passport 010433 (Libya); alt. Passport 014797 (Libya) (individual) [LIBYA2].

GADDAFI, Saif Al-Arab (a.k.a. AL-GADDAFI, Saif Al-Arab; a.k.a. AL-QADHAFI, Saif Al-Arab; a.k.a. ELKADDAFI, Saif Al-Arab; a.k.a. EL-QADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Seif Al-Arab; a.k.a. GADHAFI, Saif Al-Arab; a.k.a. GHATHAFI, Saif Al-Arab; a.k.a. QADDAFI, Saif Al-Arab; a.k.a. QADHAFI, Saif Al-Arab); DOB 1979; alt. DOB 1982; alt. DOB 1983; POB Tripoli, Libya (individual) [LIBYA2].

GADDAFI, Saif al-Islam (a.k.a. AL-GADDAFI, Saif al-Islam; a.k.a. AL-QADHAFI, Saif al-Islam; a.k.a. ELKADDAFI, Saif al-Islam; a.k.a. EL-QADDAFI, Seif al-Islam; a.k.a. GADHAFI, Saif al-Islam; a.k.a. GHADAFFI, Saif al-Islam; a.k.a. GHATHAFI, Saif al-Islam; a.k.a. QADDAFI, Saif al-Islam; a.k.a. QADHAFI, Saif al-Islam); DOB 25 Jun 1972; POB Tripoli, Libya (individual) [LIBYA2].

GADDAFI, Seif Al-Arab (a.k.a. AL-GADDAFI, Saif Al-Arab; a.k.a. AL-QADHAFI, Saif Al-Arab; a.k.a. ELKADDAFI, Saif Al-Arab; a.k.a. EL-QADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Saif Al-Arab; a.k.a. GADHAFI, Saif Al-Arab; a.k.a. GHATHAFI, Saif Al-Arab; a.k.a. QADDAFI, Saif Al-Arab; a.k.a. QADHAFI, Saif Al-Arab); DOB 1979; alt. DOB 1982; alt. DOB 1983; POB Tripoli, Libya (individual) [LIBYA2].

GADET, Peter (a.k.a. GATDET, Peter; a.k.a. YAAK, Peter Gadet; a.k.a. YAAK, Peter Gatdet; a.k.a. YAK, Peter Gadet; a.k.a. YAKA, Peter Gatdeet; a.k.a. YAKA, Peter Gatdet); DOB 1957 to 1959; POB Mayon County Unity State; alt. POB Mayan, Unity State; General (individual) [SOUTH SUDAN].

GADETSKI, Evgeni Yurevich (a.k.a. GADETSKII, Evgenii Yuryevich; a.k.a. GADETSKIY, Yevgeniy Yuryevich (Cyrillic: ГАДЕЦКИЙ, Евгений Юрьевич)), Russia; DOB 24 Oct 1978; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 482609144935 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SPETSINVESTSERVIS OOO).

GADETSKII, Evgenii Yuryevich (a.k.a. GADETSKI, Evgeni Yurevich; a.k.a. GADETSKIY, Yevgeniy Yuryevich (Cyrillic: ГАДЕЦКИЙ, Евгений Юрьевич)), Russia; DOB 24 Oct 1978; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 482609144935 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SPETSINVESTSERVIS OOO).

GADETSKIY, Yevgeniy Yuryevich (Cyrillic: ГАДЕЦКИЙ, Евгений Юрьевич) (a.k.a. GADETSKI, Evgeni Yurevich; a.k.a. GADETSKII, Evgenii Yuryevich), Russia; DOB 24 Oct 1978; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 482609144935 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SPETSINVESTSERVIS OOO).

GADHAFFI, Mohammad Moammar (a.k.a. AL-GADDAFI, Muhammad; a.k.a. AL-QADHAFI, Mohammed; a.k.a. ELKADDAFI, Muhammad; a.k.a. EL-QADDAFI, Muhammad; a.k.a. GADDAFI, Muhammad; a.k.a. GADHAFI, Mohammed; a.k.a. GHATHAFI, Muhammad; a.k.a. QADDAFI, Muhammad; a.k.a. QADHAFI, Mohammed Muammar); DOB 1970; POB Tripoli, Libya (individual) [LIBYA2].

GADHAFI, Aisha (a.k.a. AL-GADDAFI, Ayesha; a.k.a. AL-QADHAFI, Aisha; a.k.a. ELKADDAFI, Aisha; a.k.a. EL-QADDAFI, Aisha; a.k.a. GADDAFI, Ayesha; a.k.a. GHADAFFI, Aisha; a.k.a. GHATHAFI, Aisha; a.k.a. GHATHAFI, Aisha Muammer; a.k.a. QADDAFI, Aisha; a.k.a. QADHAFI, Aisha; a.k.a. QADHAFI, Aisha Muammar Muhammed Abu Minyar; a.k.a. QADHAFI, Ayesha), Oman; DOB 1977; alt. DOB 1976; alt. DOB 01 Jan 1978; POB Tripoli, Libya; Gender Female; Passport 215215 (Libya); alt. Passport 428720 (Libya); alt. Passport B/011641; alt. Passport 03824970 (Oman) issued 04 May 2014 expires 03 May 2024; National ID No. 98606612 (individual) [LIBYA2].

GADHAFI, Khamis (a.k.a. AL-GADDAFI, Khamis; a.k.a. AL-QADHAFI; a.k.a. AL-QADHAFI, Khamis; a.k.a. ELKADDAFI, Khamis; a.k.a. EL-QADDAFI, Khamis; a.k.a. GADDAFI, Khamis; a.k.a. GHADAFFI, Khamis; a.k.a. GHATHAFI, Khamis; a.k.a. QADDAFI, Khamis; a.k.a. QADHAFI, Khamis); DOB 1980 (individual) [LIBYA2].

GADHAFI, Mohammed (a.k.a. AL-GADDAFI, Muhammad; a.k.a. AL-QADHAFI, Mohammed; a.k.a. ELKADDAFI, Muhammad; a.k.a. EL-QADDAFI, Muhammad; a.k.a. GADDAFI, Muhammad; a.k.a. GADHAFFI, Mohammad Moammar; a.k.a. GHATHAFI, Muhammad; a.k.a. QADDAFI, Muhammad; a.k.a. QADHAFI, Mohammed Muammar); DOB 1970; POB Tripoli, Libya (individual) [LIBYA2].

GADHAFI, Muammar (a.k.a. AL-GADDAFI, Muammar; a.k.a. AL-QADHAFI, Muammar; a.k.a. AL-QADHAFI, Muammar Abu Minyar; a.k.a. ELKADDAFI, Muammar; a.k.a. EL-QADDAFI, Muammar; a.k.a. GADDAFI, Mu'ammar; a.k.a. GADDAFI, Muammar; a.k.a. GHADAFFI, Muammar Muhammad; a.k.a. GHATHAFI, Muammar; a.k.a. QADDAFI, Muammar; a.k.a. QADHAFI, Muammar); DOB 1942; POB Sirte, Libya (individual) [LIBYA2].

GADHAFI, Mutassim Billah (a.k.a. AL-GADDAFI, Mutassim; a.k.a. AL-QADHAFI, Mutassim; a.k.a. ELKADDAFI, Mutassim; a.k.a. EL-QADDAFI, Mutassim; a.k.a. GADDAFI, Mutassim; a.k.a. GHADAFFI, Mutassim; a.k.a. GHATHAFI, Mutassim; a.k.a. QADDAFI, Mutassim; a.k.a. QADHAFI, Mutassim); DOB 1975 (individual) [LIBYA2].

GADHAFI, Saadi (a.k.a. AL-GADDAFI, Saadi; a.k.a. AL-QADHAFI, Sa'adi Mu'ammar; a.k.a. ELKADDAFI, Saadi; a.k.a. EL-QADDAFI, Saadi; a.k.a. GADDAFI, Saadi; a.k.a. GHATHAFI, Saadi; a.k.a. QADDAFI, Saadi; a.k.a. QADHAFI, Saadi); DOB 27 May 1973; alt. DOB 25 May 1973; POB Tripoli, Libya; Passport 010433 (Libya); alt. Passport 014797 (Libya) (individual) [LIBYA2].

GADHAFI, Saif Al-Arab (a.k.a. AL-GADDAFI, Saif Al-Arab; a.k.a. AL-QADHAFI, Saif Al-Arab; a.k.a. ELKADDAFI, Saif Al-Arab; a.k.a. EL-QADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Seif Al-Arab; a.k.a. GHATHAFI, Saif Al-Arab; a.k.a. QADDAFI, Saif Al-Arab; a.k.a. QADHAFI, Saif Al-Arab); DOB 1979; alt. DOB 1982; alt. DOB 1983; POB Tripoli, Libya (individual) [LIBYA2].

GADHAFI, Saif al-Islam (a.k.a. AL-GADDAFI, Saif al-Islam; a.k.a. AL-QADHAFI, Saif al-Islam; a.k.a. ELKADDAFI, Saif al-Islam; a.k.a. EL-QADDAFI, Seif al-Islam; a.k.a. GADDAFI, Saif al-Islam; a.k.a. GHADAFFI, Saif al-Islam; a.k.a. GHATHAFI, Saif al-Islam; a.k.a. QADDAFI, Saif al-Islam; a.k.a. QADHAFI, Saif al-Islam); DOB 25 Jun 1972; POB Tripoli, Libya (individual) [LIBYA2].

GADZHIEV, Nariman Gadzhievich (a.k.a. GADZHIYEV, Nariman Gadzhiyevich), Tannegg 1, St. Niklausen 6005, Switzerland; Dubai, United Arab Emirates; DOB 31 May 1976; POB Derbent, Russia; nationality Russia; alt. nationality Saint Kitts and Nevis; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport RE0032776 (Saint Kitts and Nevis) issued 19 Feb 2015 expires 18 Feb 2025 (individual) [RUSSIA-EO14024] (Linked To: KERIMOV, Suleiman Abusaidovich).

GADZHIYEV, Abdulkhakim Kutbudinovich (Cyrillic: ГАДЖИЕВ, Абдулхаким Кутбудинович), Russia; DOB 13 Feb 1966; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GADZHIYEV, Murad Stanislavovich (Cyrillic: ГАДЖИЕВ, Мурад Станиславович), Russia; DOB 31 Jul 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GADZHIYEV, Nariman Gadzhiyevich (a.k.a. GADZHIEV, Nariman Gadzhievich), Tannegg 1, St. Niklausen 6005, Switzerland; Dubai, United Arab Emirates; DOB 31 May 1976; POB Derbent, Russia; nationality Russia; alt. nationality Saint Kitts and Nevis; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport RE0032776 (Saint Kitts and Nevis) issued 19 Feb 2015 expires 18 Feb 2025 (individual) [RUSSIA-EO14024] (Linked To: KERIMOV, Suleiman Abusaidovich).

GADZHIYEV, Ruslan Gadzhiyevich (Cyrillic: ГАДЖИЕВ, Руслан Гаджиевич), Russia; DOB 29 Aug 1978; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GAESA (a.k.a. GRUPO DE ADMINISTRACION EMPRESARIAL S.A.; a.k.a. "GRUPO GAE"), Edificio de la Marina, Avenida Del Puerto Y Brapia, Havana, Cuba; Organization Established Date 28 Feb 1999; Organization Type: Activities of holding companies [CUBA].

GAEVOI, Aleksandr Andreevich (a.k.a. GAEVOY, Aleksandr; a.k.a. GAYEVOY, Aleksandr Andreyevich), Vladivostok, Russia; DOB 16 Jun 1986; POB Artem, Primorkiy Kray, Russia; nationality Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2] (Linked To: APOLLON OOO).

GAEVOY, Aleksandr (a.k.a. GAEVOI, Aleksandr Andreevich; a.k.a. GAYEVOY, Aleksandr Andreyevich), Vladivostok, Russia; DOB 16 Jun 1986; POB Artem, Primorkiy Kray, Russia; nationality Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2] (Linked To: APOLLON OOO).

GAFAR ZADA, Mehti (a.k.a. GAFAR ZADE, Mekhti Fikret; a.k.a. GAFAR ZADE, Mekhti Fikret Oglu; a.k.a. KAFAR ZADE, Mekhti Fikret Ogly; a.k.a. MEHTI, Gafar Zada), Moscow, Russia; DOB 30 Nov 1978; POB Azerbaijan; nationality Azerbaijan; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport C03895864 (Azerbaijan) issued 11 Apr 2022 expires 10 Apr 2032; National ID No. 0V9WV73 (Azerbaijan) (individual) [RUSSIA-EO14024].

GAFAR ZADE, Mekhti Fikret (a.k.a. GAFAR ZADA, Mehti; a.k.a. GAFAR ZADE, Mekhti Fikret Oglu; a.k.a. KAFAR ZADE, Mekhti Fikret Ogly; a.k.a. MEHTI, Gafar Zada), Moscow, Russia; DOB 30 Nov 1978; POB Azerbaijan; nationality Azerbaijan; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport C03895864 (Azerbaijan) issued 11 Apr 2022 expires 10 Apr 2032; National ID No. 0V9WV73 (Azerbaijan) (individual) [RUSSIA-EO14024].

GAFAR ZADE, Mekhti Fikret Oglu (a.k.a. GAFAR ZADA, Mehti; a.k.a. GAFAR ZADE, Mekhti Fikret; a.k.a. KAFAR ZADE, Mekhti Fikret Ogly; a.k.a. MEHTI, Gafar Zada), Moscow, Russia; DOB 30 Nov 1978; POB Azerbaijan; nationality

Azerbaijan; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport C03895864 (Azerbaijan) issued 11 Apr 2022 expires 10 Apr 2032; National ID No. 0V9WV73 (Azerbaijan) (individual) [RUSSIA-EO14024].

GAFFODIL CO., LIMITED, Rm 906, Block A, Tak Yin House, Hong Kong, China; Room 3-2707, Block Yujin, 21, Dagong Jie, Zhongshan Qu, Dalian, Liaoning, China; Organization Established Date 01 Sep 2022; Identification Number IMO 6462631; Company Number 3186753 (Hong Kong); Business Registration Number 74386200 (Hong Kong) [IRAN-EO13902].

GAFNER, Denis Yakovlevich, Russia; DOB 08 Sep 1980; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 5003226888 (Russia); Identification Number 21500322688 (Russia) (individual) [NPWMD] [CYBER2] [ELECTION-EO13848] (Linked To: SOUTHFRONT).

GAGAALE, Abdikarim Hussein (a.k.a. "AL-ANSARI, Isse"; a.k.a. "ISSE, Abdikarin"), Qunyo Barrow, Middle Juba, Somalia; DOB 1984; alt. DOB 1985; alt. DOB 1986; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

GAGAKWAVU, Jerome (a.k.a. GAKWAVU BOKANDE, Jerome; a.k.a. KAKAWAVU BAKONDE, Jerome; a.k.a. KAKWAVU BUKANDE, Jerome), Kinshasa, Congo, Democratic Republic of the; Aru, Congo, Democratic Republic of the; DOB 1964; POB Masisi, Nord-Kivu, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

GAH PETROCHEMICAL TRADING LIMITED, Rm4, 16F, Ho Kong Comm Ctr 2-16 Fayuen St, Kowloon, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Sep 2023; Company Number 3321486 (Hong Kong); Business Registration Number 75743851 (Hong Kong) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

GAI, Taban Deng, Juba, South Sudan; DOB 01 Jan 1953; POB Kuerbona, South Sudan; nationality South Sudan; Gender Male (individual) [GLOMAG].

GAICHUK, Nikolai Nikolaevich (Cyrillic: ГАЙЧУК, Николай Николаевич) (a.k.a. GAICHUK, Nikolay; a.k.a. HAICHUK, Mikalai Mikalaevich (Cyrillic: ГАЙЧУК, Мікалай Мікалаевіч)), Nezalezhnosti vulica, 16, Viliejka, Minsk Oblasti, Belarus; DOB 31 May 1973; nationality Belarus; Gender Male; National ID No. 3310573B014PB8 (Belarus) (individual) [BELARUS-EO14038].

GAICHUK, Nikolay (a.k.a. GAICHUK, Nikolai Nikolaevich (Cyrillic: ГАЙЧУК, Николай Николаевич); a.k.a. HAICHUK, Mikalai Mikalaevich (Cyrillic: ГАЙЧУК, Мікалай Мікалаевіч)), Nezalezhnosti vulica, 16, Viliejka, Minsk Oblasti, Belarus; DOB 31 May 1973; nationality Belarus; Gender Male; National ID No. 3310573B014PB8 (Belarus) (individual) [BELARUS-EO14038].

GAIDUKEVICH, Oleg Sergeevich (Cyrillic: ГАЙДУКЕВИЧ, Олег Сергеевич) (a.k.a. HAIDUKEVICH, Aleh Siarheevich (Cyrillic: ГАЙДУКЕВІЧ, Алег Сяргеевіч)), Minsk, Belarus; DOB 26 Mar 1977; POB Minsk, Belarus; nationality Belarus; Gender Male; Passport MP2663333 (Belarus); National Foreign ID Number 3260377A081PB9 (Belarus) (individual) [BELARUS-EO14038].

GAINI, Abdelatif, Syria; DOB 11 Nov 1975; POB Belgium; citizen Belgium; alt. citizen Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

GAINON CO., LIMITED (Chinese Traditional: 蓋倫有限公司), Room 1201, 12/F Tai Sang Bank Building 130-132, Des Voeux Road, Central Hong Kong, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 17 Sep 2021; Company Number 3086858 (Hong Kong); Business Registration Number 73378347 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

GAJIC-MILOSEVIC, Milica; DOB 1970; daughter-in-law of Slobodan Milosevic (individual) [BALKANS].

GAKWAVU BOKANDE, Jerome (a.k.a. GAGAKWAVU, Jerome; a.k.a. KAKAWAVU BAKONDE, Jerome; a.k.a. KAKWAVU BUKANDE, Jerome), Kinshasa, Congo, Democratic Republic of the; Aru, Congo, Democratic Republic of the; DOB 1964; POB Masisi, Nord-Kivu, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

GAKZ AO (a.k.a. GALICH MOBILE CRANES PLANT JSC; a.k.a. GALICH TRUCK CRANE PLANT; a.k.a. JOINT STOCK COMPANY GALICHSKII AVTOKRANOVYI ZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГАЛИЧСКИЙ АВТОКРАНОВЫЙ ЗАВОД)), 27 ul. Gladysheva, Galich 157202, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4403000875 (Russia); Registration Number 1024401432450 (Russia) [RUSSIA-EO14024].

GALACTICA CORPORATION (a.k.a. AKTSIONERNOE OBSHCHESTVO KORPORATSIYA GALAKTIKA; a.k.a. AO KORPORATSIYA GALAKTIKA; a.k.a. "GALAXY CORPORATION"), Alleya Teatralnaya, D. 3, Str. 1, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707140573 (Russia); Registration Number 1027739341520 (Russia) [RUSSIA-EO14024].

GALAPAGOS S.A, Calle 24N No. 6AN-15, Cali, Colombia; Carrera 115 No. 16B-121, Cali, Colombia; NIT # 800183712-2 (Colombia) [SDNT].

GALARZA CORONADO, Antonio (a.k.a. GALARZA CORONADO, Jose Antonio), Privada Los Ebanos 105, Fraccionamiento Pedregal, San Nicholas de Los Garza, Nuevo Leon, Mexico; Espana Street, Col. Buena Vista, Matamoros, Tamaulipas, Mexico; Nuevo Laredo, Tamaulipas, Mexico; DOB 13 Nov 1960; POB Matamoros, Tamaulipas, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. GACA601113HTSLRN00 (Mexico) (individual) [SDNTK].

GALARZA CORONADO, Jose Antonio (a.k.a. GALARZA CORONADO, Antonio), Privada Los Ebanos 105, Fraccionamiento Pedregal, San Nicholas de Los Garza, Nuevo Leon, Mexico; Espana Street, Col. Buena Vista, Matamoros, Tamaulipas, Mexico; Nuevo Laredo, Tamaulipas, Mexico; DOB 13 Nov 1960; POB Matamoros, Tamaulipas, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. GACA601113HTSLRN00 (Mexico) (individual) [SDNTK].

GALAVIZ MARTIN, Mayra (a.k.a. "NAIDA"), Manuel Clouthier #486, Colonia Prados Vallarta, Guadalajara, Jalisco, Mexico; Plaza Del Sol Local #28, Zona R, Guadalajara, Jalisco, Mexico; Paseo Del Heliotropo 3426, Monraz, Guadalajara, Jalisco, Mexico; DOB 19

Jan 1973; POB Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 06140255887 (Mexico); C.U.R.P. GAMM730119MJCLRY08 (Mexico) (individual) [SDNTK].

GALAX INC. (a.k.a. GALAX TRADING CO., LTD.), 5250 Ferrier Street, Montreal, Quebec, Canada [CUBA].

GALAX TRADING CO., LTD. (a.k.a. GALAX INC.), 5250 Ferrier Street, Montreal, Quebec, Canada [CUBA].

GALAXY BEARINGS LTD, Pariseema Complex, A-53/54, C.G. Road, Ellisbridge, Ahmedabad 380009, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. AAACG5617Q (India); Registration Number L29120GJ1990PLC014385 (India) [RUSSIA-EO14024].

GALAXY MANAGEMENT NV, Keizer Straat 40, Paramaribo, Suriname; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Identification Number IMO 6219160 [IRAN-EO13846].

GALAXY OIL FZ LLC (Arabic: جالكسي أويل ش.م.ح-ذ.م.م) (a.k.a. GALAXY OIL FZE), S18W1119, Shed No. 18, Al Hulaila Industrial Zone-FZ, Ras al Khaimah, United Arab Emirates; Office 911, Cluster C, Jumeira Lake Towers, Gold Crest Executive Towers, Dubai, United Arab Emirates; P.O. Box 643735, Dubai, United Arab Emirates; Organization Established Date 17 May 2012; Registration Number 5007606 (United Arab Emirates); Economic Register Number (CBLS) 11391498 (United Arab Emirates) [IRAN-EO13902] (Linked To: AL-SAMARRA'I, Waleed Khaled Hameed).

GALAXY OIL FZE (a.k.a. GALAXY OIL FZ LLC (Arabic: جالكسي أويل ش.م.ح-ذ.م.م)), S18W1119, Shed No. 18, Al Hulaila Industrial Zone-FZ, Ras al Khaimah, United Arab Emirates; Office 911, Cluster C, Jumeira Lake Towers, Gold Crest Executive Towers, Dubai, United Arab Emirates; P.O. Box 643735, Dubai, United Arab Emirates; Organization Established Date 17 May 2012; Registration Number 5007606 (United Arab Emirates); Economic Register Number (CBLS) 11391498 (United Arab Emirates) [IRAN-EO13902] (Linked To: AL-SAMARRA'I, Waleed Khaled Hameed).

GALAXY PETROCHEMICAL FZE (Arabic: جالكسي بتروكيميكال م م ح), P1-ELOB Office No. E2-101F-33, Sharjah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 11 Dec 2019; License 18387 (United Arab Emirates); Economic Register Number (CBLS) 11578779 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

GALENIT INVEST AD, 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2000; Government Gazette Number 130329006 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

GALERAN SERVICE CORP, Suite 10, 3rd Floor, La Ciotat, Mont Fleuri, Mahe Island, Seychelles; Organization Established Date 2025; Identification Number IMO 0189512 [IRAN-EO13902].

GALERIA PAGE (a.k.a. GALERIA PAGE I), 899 Calle Regimento Pirebebuy, Ciudad del Este, Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

GALERIA PAGE I (a.k.a. GALERIA PAGE), 899 Calle Regimento Pirebebuy, Ciudad del Este, Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

GALESHKALAMI, Iman Sedaghat; POB Gilan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2709803755 (Iran) (individual) [SDGT] [IFSR] (Linked To: ZAGROS PARDIS KISH; Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

GALIC, Stanislav; DOB 12 Mar 1943; POB Goles, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

GALICH MOBILE CRANES PLANT JSC (a.k.a. GAKZ AO; a.k.a. GALICH TRUCK CRANE PLANT; a.k.a. JOINT STOCK COMPANY GALICHSKII AVTOKRANOVYI ZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГАЛИЧСКИЙ АВТОКРАНОВЫЙ ЗАВОД)), 27 ul. Gladysheva, Galich 157202, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4403000875 (Russia); Registration Number 1024401432450 (Russia) [RUSSIA-EO14024].

GALICH TRUCK CRANE PLANT (a.k.a. GAKZ AO; a.k.a. GALICH MOBILE CRANES PLANT JSC; a.k.a. JOINT STOCK COMPANY GALICHSKII AVTOKRANOVYI ZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГАЛИЧСКИЙ АВТОКРАНОВЫЙ ЗАВОД)), 27 ul. Gladysheva, Galich 157202, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4403000875 (Russia); Registration Number 1024401432450 (Russia) [RUSSIA-EO14024].

GALILEOS MARINE SERVICES L.L.C (Arabic: جليليوس للخدمات البحرية ش.ذ.م.م), Office F98, Ahmad Building, Hor al-Anz, Deira, Dubai, United Arab Emirates; Website www.galileosmarine.com; Organization Established Date 23 Jun 2019; Identification Number IMO 6422671; Business Registration Number 840352 (United Arab Emirates); Economic Register Number (CBLS) 11363519 (United Arab Emirates) [IRAN-EO13902].

GALIN, Dmitrii Vladimirovich (a.k.a. GALIN, Dmitriy Vladimirovich (Cyrillic: ГАЛИН, Дмитрий Владимирович)), Moscow, Russia; DOB 02 May 1968; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

GALIN, Dmitriy Vladimirovich (Cyrillic: ГАЛИН, Дмитрий Владимирович) (a.k.a. GALIN, Dmitrii Vladimirovich), Moscow, Russia; DOB 02 May 1968; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

GALINDO MELLADO, Cruz (a.k.a. MELLADO CRUZ, Galdino; a.k.a. MELLADO CRUZ, Galindo; a.k.a. "EL MELLADO"), Calle Llano Grande, Tampico Alto, Veracruz C.P. 92040, Mexico; DOB 18 Apr 1973; POB Tampico, Veracruz; nationality Mexico; citizen Mexico; R.F.C. MECC730418 (Mexico); C.U.R.P. MECG730418HVZLRL05 (Mexico) (individual) [SDNTK].

GALINDO, Gabriel (a.k.a. ZULUAGA LINDO, Francisco Javier; a.k.a. "GORDO LINDO"), c/o SOCIEDAD SUPERDEPORTES LTDA., Bogota, Colombia; Calle 9 No. 28-50, Piso 3, Cali, Colombia; Calle 10 No. 46-45, Cali, Colombia; DOB 15 Jan 1970; POB Cali, Colombia; nationality Colombia; citizen Colombia; Cedula No. 16774828 (Colombia);

Passport AF869394 (Colombia); alt. Passport AE047754 (Colombia) (individual) [SDNT].

GALLARDO GARCIA, Gilberto, Mexico; DOB 12 Jul 1968; POB Sinaloa, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; R.F.C. GAGG680712PB9 (Mexico); C.U.R.P. GAGG680712HSLLRL08 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SUMILAB, S.A. DE C.V.).

GALLASTEGUI SODUPE, Lexuri; DOB 18 Jun 1969; POB Bilbao Vizcaya Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 16.047.113; Member ETA (individual) [SDGT].

GALLION NAVIGATION INCORPORATED, 80 Broad Street, Monrovia, Liberia; Unit 27610-001, Building A1, IFZA Business Park, Dubai Silicon Oasis, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number IMO 4112088 [RUSSIA-EO14024].

GALLON HENAO, Juan Santiago; DOB 26 May 1963; POB Medellin, Colombia; Cedula No. 79270771 (Colombia) (individual) [SDNTK].

GALOCHKIN, Maksim (a.k.a. "BENTLEY"; a.k.a. "CRYPT"; a.k.a. "VOLHVB"), Abakan, Russia; DOB 19 May 1982; nationality Russia; Email Address volhvb@mail.ru; alt. Email Address volhvb@live.ru; alt. Email Address volhvb@yandex.ru; alt. Email Address volhvb@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

GALS-DEVELOPMENT PAO (a.k.a. AKTSIONERNOE OBSHCHESTVO SG-DEVELOPMENT; f.k.a. HAS-DEVELOPMENT JSC; f.k.a. JOINT STOCK COMPANY HALS-DEVELOPMENT; f.k.a. PUBLIC JOINT STOCK COMPANY HALS-DEVELOPMENT; f.k.a. PUBLIC JOINT STOCK COMPANY SG-DEVELOPMENT; a.k.a. SG-DEVELOPMENT, AO), d. 35 str. 1 Etazh 5, Pomeshch. I, Kom. 129, Prospekt Leningradski, Moscow 125284, Russia; Website www.hals-development.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jan 1994; Organization

Type: Real estate activities on a fee or contract basis; Registration ID 1027739002510 (Russia); Tax ID No. 7706032060 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

GALUSHINA, Rimma Fyodorovna (Cyrillic: ГАЛУШИНА, Римма Фёдоровна), Russia; DOB 30 May 1963; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GAMA'A AL-ISLAMIYYA (a.k.a. AL-GAMA'AT; a.k.a. EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA; a.k.a. ISLAMIC GAMA'AT; a.k.a. ISLAMIC GROUP; a.k.a. "GI"; a.k.a. "IG"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

GAMAL, Sarah (a.k.a. AL-SAYYID, Sarah Jamal Muhammad (Arabic: ساره جمال محمد السيد); a.k.a. JAMAL, Sarah), Egypt; DOB 07 Jul 1985; POB Egypt; nationality Egypt; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

GAMBACHIDZE, Ilya Andreievitch (Cyrillic: ГАМБАЧИДЗЕ, Илья Андреевич) (a.k.a. GAMBASHIDZE, Ilya Andreevich (Cyrillic: ГАМБАШИДЗЕ, Илья Андреевич)), 17, Bld 3, Kuusinena Str, Apt 70, Moscow 125252, Russia; DOB 07 May 1977; POB Kyiv, Ukraine; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Digital Currency Address - USDT TEFph7dZoUN5233cGEzF6XFwRpjPF8fQDS; alt. Digital Currency Address - USDT TMGLqRQ4twjW8wJhVH1mQR7nUThpGHUsN3; Passport 756410352 (Russia); National ID No. 4522912438 (Russia); Tax ID No. 771401746465 (Russia); Registration Number 318774600703371 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOCIAL DESIGN AGENCY).

GAMBASHIDZE, Ilya Andreevich (Cyrillic: ГАМБАШИДЗЕ, Илья Андреевич) (a.k.a. GAMBACHIDZE, Ilya Andreievitch (Cyrillic:

ГАМБАЧИДЗЕ, Илья Андреевич)), 17, Bld 3, Kuusinena Str, Apt 70, Moscow 125252, Russia; DOB 07 May 1977; POB Kyiv, Ukraine; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Digital Currency Address - USDT TEFph7dZoUN5233cGEzF6XFwRpjPF8fQDS; alt. Digital Currency Address - USDT TMGLqRQ4twjW8wJhVH1mQR7nUThpGHUsN3; Passport 756410352 (Russia); National ID No. 4522912438 (Russia); Tax ID No. 771401746465 (Russia); Registration Number 318774600703371 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOCIAL DESIGN AGENCY).

GAMBOA SANCHEZ, Celso Manuel, Cartago, Costa Rica; DOB 21 Apr 1976; POB Carmen Central, San Jose, Costa Rica; nationality Costa Rica; Gender Male; Cedula No. 109380563 (Costa Rica) (individual) [ILLICIT-DRUGS-EO14059].

GAMEL MOHAMED (a.k.a. BOUYAHIA, Hamadi Ben Abdul Aziz Ben Ali), Corso XXII Marzo 39, Milan, Italy; DOB 22 May 1966; alt. DOB 29 May 1966; POB Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L723315 issued 05 May 1998 expires 04 May 2003; arrested 30 Sep 2002 (individual) [SDGT].

GAMES UNLIMITED OOD, 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2013; Government Gazette Number 202621673 (Bulgaria) [GLOMAG] (Linked To: VB MANAGEMENT EOOD).

GAN, Xuebi (Chinese Simplified: 甘雪碧) (a.k.a. "CHEN, Bella"), No. 21 Ganwang Village, Dongshan Village, Jinkou Street, Jiangxia District, Wuhan City, Hubei Province, China (Chinese Simplified: 甘王村21号, 金口街洞山村, 江夏区, 武汉市, 湖北省, China); DOB 15 Nov 1992; POB Hubei, China; nationality China; Gender Female; Passport C38528840 (China); National ID No. 420115199211153621 (China) (individual) [ILLICIT-DRUGS-EO14059].

GANADERAS 5 MANANTIALES S. DE P.R. DE R.L. (a.k.a. COMPANIA GANADERA 5 MANANTIALES; a.k.a. COMPANIA GANADERA 5 MANANTIALES S. DE P.R. DE R.L.; a.k.a. COMPANIA GANADERA 5 MANANTIALES, SOCIEDAD DE PRODUCCION RURAL DE RESPONSABILIDAD LIMITADA), Allende,

Coahuila, Mexico; Camino al Molino, Allende Centro, Allende, Coahuila 26530, Mexico; Ciudad Lopez Mateos, Mexico; Acuna y Juarez, Colonia La Nogalera, Zaragoza, Coahuila 26450, Mexico; R.F.C. GCM100208902 (Mexico) [SDNTK].

GANADERIA EL VERGEL LTDA., Carrera 4 No. 12-20 of. 206, Cartago,Valle, Colombia; Km 7 Via Cartago-Obando, Hacienda El Vergel, Cartago, Valle, Colombia; NIT # 800146295-5 (Colombia) [SDNT].

GANADERIAS BILBAO LTDA., Carrera 4 No. 12-20 of. 206, Cartago, Valle, Colombia; Km 7 Via Cartago-Obando, Hacienda El Vergel, Cartago, Valle, Colombia; NIT # 800146290-9 (Colombia) [SDNT].

GANADEROS AGRICULTORES DEL NORTE, S. DE R.L. DE C.V. (a.k.a. "GAN"), Bo Las Flores, Frente al Salon Latino, No. 15, Tocoa, Colon, Honduras; 6 St 11 Ave, Morazan Boulevard, San Pedro Sula, Cortes, Honduras; Montanuela, Choloma, Cortes, Honduras; 6 Calle, El Barrio Morazan, San Pedro Sula, Cortes, Honduras; RTN 05019005483678 (Honduras) [SDNTK].

GANAN, Fauzi (a.k.a. CANAAN, Fazi; a.k.a. CAN'AN, Faouzi; a.k.a. KANAAN, Fauzi; a.k.a. KANAAN, Maustaf Fawzi (Faouzi); a.k.a. KAN'AN, Fawzi; a.k.a. KAN'AN, Fawzi Mustafa; a.k.a. KANAN, Fouzi), Calle 2, Residencias Cosmos, Fifth Floor, Apartment 5D, La Urbina, Caracas, Venezuela; Esquina Bucare, Building 703, Second Floor, Apartment 20, Caracas, Venezuela; DOB 07 Jun 1943; alt. DOB Feb 1943; alt. DOB 01 Jun 1943; POB Lebanon; alt. POB Betechelida, Lebanon; alt. POB Baalbeck, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0877677 (Venezuela); National ID No. V-6.919.272 (Venezuela) (individual) [SDGT].

GANAPALMAS S.A. (a.k.a. INVERSIONES GANADERAS Y PALMERAS S.A.), Calle 18 No. 6-31 of. 704, Bogota, Colombia; NIT # 900016274-6 (Colombia) [SDNTK].

GANARECA S.A. (a.k.a. COMERCIALIZADORA DE GANADO Y RENTAS DE CAPITAL S.A.), Calle 7 Sur No. 42-70 of. 1105, Medellin, Colombia; NIT # 811035501-1 (Colombia) [SDNT].

GANCHEV, Vitaliy Konstantinovich (Cyrillic: ГАНЧЕВ, Виталий Константинович), Kharkiv, Ukraine; DOB 24 May 1975; POB Kharkiv, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2753714210 (Ukraine) (individual) [RUSSIA-EO14024].

GANGAT, Zayd, South Africa; DOB 05 Jun 1994; POB South Africa; nationality South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

GANGSHAN, Lang (a.k.a. LANG, Jonha), Yuhong District, Shenyang, China; DOB 15 Dec 1978; nationality China; citizen China; Gender Male; Citizen's Card Number 211226197812154256 (China) (individual) [PAARSSR-EO13894] (Linked To: T-RUBBER CO., LTD).

GANJ MADRASSA (a.k.a. GANJOO MADRASSA; a.k.a. JAMIA MADRASSA DUR UL KORAN WASUNA; a.k.a. JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; a.k.a. MADRASA TALEEMUL QURAN WAL HADITH; a.k.a. MADRASA TALEEMUL QURAN WAL SUNNAH; a.k.a. MAWIYA MADRASSA; a.k.a. MOW-YA MADRASSA; a.k.a. TALALIM QURAN MADRASSA; a.k.a. TALEEM UL-QURAN MADRASSA; a.k.a. TASIN AL-QURAN ABU HAMZA), Gunj Gate, Phandu Road, Peshawar, Pakistan; Near the Baron Gate, Ganj area, Peshawar, Pakistan; Lahori and Yaka Tote Rd. at the intersection near the Ganj Gate, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

GANJOO MADRASSA (a.k.a. GANJ MADRASSA; a.k.a. JAMIA MADRASSA DUR UL KORAN WASUNA; a.k.a. JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; a.k.a. MADRASA TALEEMUL QURAN WAL HADITH; a.k.a. MADRASA TALEEMUL QURAN WAL SUNNAH; a.k.a. MAWIYA MADRASSA; a.k.a. MOW-YA MADRASSA; a.k.a. TALALIM QURAN MADRASSA; a.k.a. TALEEM UL-QURAN MADRASSA; a.k.a. TASIN AL-QURAN ABU HAMZA), Gunj Gate, Phandu Road, Peshawar, Pakistan; Near the Baron Gate, Ganj area, Peshawar, Pakistan; Lahori and Yaka Tote Rd. at the intersection near the Ganj Gate, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

GANOV, Aleksandr Nikolaevich (a.k.a. GANOV, Alexander Nikolaevich (Cyrillic: ГАНОВ, Александр Николаевич)), Russia; DOB 24 Oct 1974; POB Voronezh, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685] (Linked To: GRAND SERVICE EXPRESS).

GANOV, Alexander Nikolaevich (Cyrillic: ГАНОВ, Александр Николаевич) (a.k.a. GANOV, Aleksandr Nikolaevich), Russia; DOB 24 Oct 1974; POB Voronezh, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685] (Linked To: GRAND SERVICE EXPRESS).

GANZHOU GUANGWEI INTERNATIONAL TRADE CO LTD (Chinese Simplified: 赣州广为国际贸易有限公司), Room 202, Floor 7#, Phase 2, South Side Gaoxiao Service Zone, Gannan Shiyuan S. Road, Ganzhou 341000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91360704MAC2628N8T (China) [RUSSIA-EO14024].

GAO, Jeff (a.k.a. GAO, Jingfeng), Rm. 1803B, Golden Tower B, No. 1518, Minsheng Road, Pudong District, Shanghai, China; DOB 05 Jul 1975; POB Shandong, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 370305197507050714 (China) (individual) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

GAO, Jingfeng (a.k.a. GAO, Jeff), Rm. 1803B, Golden Tower B, No. 1518, Minsheng Road, Pudong District, Shanghai, China; DOB 05 Jul 1975; POB Shandong, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 370305197507050714 (China) (individual) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

GAO, Lanfang (Chinese Simplified: 高兰芳), China; DOB 26 Apr 1979; POB Hebei, China; nationality China; Gender Female; National ID No. 132233197904260229 (China) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: HEBEI GUANLANG BIOTECHNOLOGY CO., LTD.).

GAO, Qi (Chinese Simplified: 高琪), China; DOB Aug 1970; POB Linxian County, Shanxi Province, China; nationality China; Gender Male

(individual) [GLOMAG] [UHRPA] (Linked To: XINJIANG PUBLIC SECURITY BUREAU).

GAO, Yan, Beijing, China; DOB Apr 1963; POB Hongtong, Shanxi, China; Gender Male (individual) [GLOMAG].

GAP, Gure (a.k.a. MAHAMOUD, Bashir Mohamed; a.k.a. MAHMOUD, Bashir Mohamed; a.k.a. MOHAMMED, Bashir Mahmud; a.k.a. MOHAMOUD, Bashir Mohamed; a.k.a. MOHAMUD, Bashir Mohamed; a.k.a. QORGAB, Bashir; a.k.a. YARE, Bashir; a.k.a. "MUSCAB, Abu"; a.k.a. "QORGAB"), Mogadishu, Somalia; nationality Somalia; DOB circa 1979-1982; alt. DOB 1982 (individual) [SOMALIA].

GARAAD, Mohamed Abdi (a.k.a. GARAAD, Mohamud Mohamed; a.k.a. GARAD, Abdi; a.k.a. GARAD, Mohamed), Eyl, Somalia; Garowe, Somalia; DOB circa 1973; POB Eyl, Somalia (individual) [SOMALIA].

GARAAD, Mohamud Mohamed (a.k.a. GARAAD, Mohamed Abdi; a.k.a. GARAD, Abdi; a.k.a. GARAD, Mohamed), Eyl, Somalia; Garowe, Somalia; DOB circa 1973; POB Eyl, Somalia (individual) [SOMALIA].

GARAC INZENJERING OOD, Tsar Osvoboditel, 168, Kyustendil 2500, Bulgaria; Organization Established Date 04 Dec 2014; V.A.T. Number BG203318394 (Bulgaria) [GLOMAG] (Linked To: RADOJCIC, Milan Rajko).

GARAD, Abdi (a.k.a. GARAAD, Mohamed Abdi; a.k.a. GARAAD, Mohamud Mohamed; a.k.a. GARAD, Mohamed), Eyl, Somalia; Garowe, Somalia; DOB circa 1973; POB Eyl, Somalia (individual) [SOMALIA].

GARAD, Mohamed (a.k.a. GARAAD, Mohamed Abdi; a.k.a. GARAAD, Mohamud Mohamed; a.k.a. GARAD, Abdi), Eyl, Somalia; Garowe, Somalia; DOB circa 1973; POB Eyl, Somalia (individual) [SOMALIA].

GARAFAN, Abdelrab (a.k.a. JARFAN, Abdul Rab Saleh Ahmed Hussain; a.k.a. JARFAN, Abdul Rahab; a.k.a. JARFAN, Abdulrabb Saleh Ahmed; a.k.a. "TAHA, Abu"), Ibb Governorate, Yemen; DOB 04 Feb 1979; Gender Male (individual) [GLOMAG].

GARANG, Angelo Kuot, Juba, South Sudan; DOB 12 Mar 1983; nationality South Sudan; Gender Male (individual) [GLOMAG].

GARANT INVEST BANK JOINT STOCK (a.k.a. GARANT INVEST COMMERCIAL BANK JSC), 1st Kolobovsky Pereulok, 23, Moscow 127048, Russia; SWIFT/BIC GAINRUMM; Website www.gibank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target

Type Financial Institution; Tax ID No. 7723168657 (Russia); Legal Entity Number 253400NBDAA1ADSSA189; Registration Number 1037739429320 (Russia) [RUSSIA-EO14024].

GARANT INVEST COMMERCIAL BANK JSC (a.k.a. GARANT INVEST BANK JOINT STOCK), 1st Kolobovsky Pereulok, 23, Moscow 127048, Russia; SWIFT/BIC GAINRUMM; Website www.gibank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7723168657 (Russia); Legal Entity Number 253400NBDAA1ADSSA189; Registration Number 1037739429320 (Russia) [RUSSIA-EO14024].

GARANTEX (a.k.a. GARANTEX EUROPE OU (Latin: GARANTEX EUROPE OÜ)), Harju maakond, Kesklinna linnaosa, J., Poska tn 51a/1-3, Tallinn 10150, Estonia; Harju maakond, Lasnamae linnaosa, Peterburi tee 47, Tallinn 11415, Estonia; Moscow, Russia; St. Petersburg, Russia; 12, Presnenskaya Embankment, Floor 14, Federation East Tower, Moscow City, Moscow, Russia; Website garantex.io; alt. Website garantex.org; Digital Currency Address - XBT 3Lpoy53K625zVeE47ZasiG5jGkAxJ27kh1; Digital Currency Address - ETH 0x7FF9cFad3877F21d41Da833E2F775dB0569 eE3D9; alt. Digital Currency Address - ETH 0x8Dce2aAC0dE82bdCAf6b4373B79f94331b8 e4995; alt. Digital Currency Address - ETH 0xf4377edA661e04B6DDA78969796Ed31658D 602D4; alt. Digital Currency Address - ETH 0xb338962B92CD818D6aef0A32a9ECD01212 a71f33; alt. Digital Currency Address - ETH 0x57EC89A0C056163A0314e413320f9B3ABe7 61259; alt. Digital Currency Address - ETH 0xD8500C631dC32FA18645B7436344a99E48 25e10e; alt. Digital Currency Address - ETH 0x7CEd75026204aC29C34bEA98905D4C949F 27361e; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 18 Nov 2019; Digital Currency Address - USDT 3E6ZCKRrsdPc35chA9Eftp1h3DLW18NFNV; Digital Currency Address - TRX TFwjPScaJRCbSWVAywE1S1WgaUgSnyYUb D; alt. Digital Currency Address - TRX TJkBr9TZ1xBeJoF7RNWqyEMbYqVJ6fXXHR; alt. Digital Currency Address - TRX TNDjh6WGLYyWmkh8vfu42bXVHUqFNQ3rDq;

Business Registration Number 14850239 (Estonia) issued 18 Nov 2019 [RUSSIA-EO14024] [CYBER4].

GARANTEX EUROPE OU (Latin: GARANTEX EUROPE OÜ) (a.k.a. GARANTEX), Harju maakond, Kesklinna linnaosa, J., Poska tn 51a/1-3, Tallinn 10150, Estonia; Harju maakond, Lasnamae linnaosa, Peterburi tee 47, Tallinn 11415, Estonia; Moscow, Russia; St. Petersburg, Russia; 12, Presnenskaya Embankment, Floor 14, Federation East Tower, Moscow City, Moscow, Russia; Website garantex.io; alt. Website garantex.org; Digital Currency Address - XBT 3Lpoy53K625zVeE47ZasiG5jGkAxJ27kh1; Digital Currency Address - ETH 0x7FF9cFad3877F21d41Da833E2F775dB0569 eE3D9; alt. Digital Currency Address - ETH 0x8Dce2aAC0dE82bdCAf6b4373B79f94331b8 e4995; alt. Digital Currency Address - ETH 0xf4377edA661e04B6DDA78969796Ed31658D 602D4; alt. Digital Currency Address - ETH 0xb338962B92CD818D6aef0A32a9ECD01212 a71f33; alt. Digital Currency Address - ETH 0x57EC89A0C056163A0314e413320f9B3ABe7 61259; alt. Digital Currency Address - ETH 0xD8500C631dC32FA18645B7436344a99E48 25e10e; alt. Digital Currency Address - ETH 0x7CEd75026204aC29C34bEA98905D4C949F 27361e; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 18 Nov 2019; Digital Currency Address - USDT 3E6ZCKRrsdPc35chA9Eftp1h3DLW18NFNV; Digital Currency Address - TRX TFwjPScaJRCbSWVAywE1S1WgaUgSnyYUb D; alt. Digital Currency Address - TRX TJkBr9TZ1xBeJoF7RNWqyEMbYqVJ6fXXHR; alt. Digital Currency Address - TRX TNDjh6WGLYyWmkh8vfu42bXVHUqFNQ3rDq; Business Registration Number 14850239 (Estonia) issued 18 Nov 2019 [RUSSIA-EO14024] [CYBER4].

GARANTI IHRACAT ITHALAT KUYUMCULUK DIS TICARET LIMITED SIRKETI (a.k.a. "GARANTI GOLD AND EXCHANGE"), Ali Gulacti Center Apt, No: 6-302 Mimar Kemalettin Mahallesi, Koca Ragippasa Caddesi, Fatih, Istanbul 34130, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 31 Oct 2017; Chamber of Commerce Number 1095528

(Turkey); Registration Number 105602-5 (Turkey); Central Registration System Number 389094978900001 (Turkey) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

GARANTIYA OOO (a.k.a. LIMITED LIABILITY COMPANY GARANTIYA), bulvar Tverskoi, d. 15 str. 2, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703610362 (Russia); Registration Number 5067746901426 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

GARANT-SV (a.k.a. GARANT-SV LIMITED LIABILITY COMPANY; a.k.a. GARANT-SV LLC; a.k.a. GARANT-SV, OOO; a.k.a. LIMITED LIABILITY COMPANY GARANT-SV; a.k.a. LLC GARANT-SV; a.k.a. OOO GARANT-SV), House 9, Generala Ostryakova Street, Opolznevoye Village, Yalta, Crimea 298685, Ukraine; 9, Generala Ostryakova St., Opolznevoye, Yalta, Crimea 298685, Ukraine; Website http://mriyaresort.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103007830 (Russia); Registration Number 1149102066740 (Russia) [UKRAINE-EO13685].

GARANT-SV LIMITED LIABILITY COMPANY (a.k.a. GARANT-SV; a.k.a. GARANT-SV LLC; a.k.a. GARANT-SV, OOO; a.k.a. LIMITED LIABILITY COMPANY GARANT-SV; a.k.a. LLC GARANT-SV; a.k.a. OOO GARANT-SV), House 9, Generala Ostryakova Street, Opolznevoye Village, Yalta, Crimea 298685, Ukraine; 9, Generala Ostryakova St., Opolznevoye, Yalta, Crimea 298685, Ukraine; Website http://mriyaresort.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103007830 (Russia); Registration Number 1149102066740 (Russia) [UKRAINE-EO13685].

GARANT-SV LLC (a.k.a. GARANT-SV; a.k.a. GARANT-SV LIMITED LIABILITY COMPANY; a.k.a. GARANT-SV, OOO; a.k.a. LIMITED LIABILITY COMPANY GARANT-SV; a.k.a. LLC GARANT-SV; a.k.a. OOO GARANT-SV), House 9, Generala Ostryakova Street, Opolznevoye Village, Yalta, Crimea 298685, Ukraine; 9, Generala Ostryakova St., Opolznevoye, Yalta, Crimea 298685, Ukraine; Website http://mriyaresort.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103007830 (Russia); Registration

Number 1149102066740 (Russia) [UKRAINE-EO13685].

GARANT-SV, OOO (a.k.a. GARANT-SV; a.k.a. GARANT-SV LIMITED LIABILITY COMPANY; a.k.a. GARANT-SV LLC; a.k.a. LIMITED LIABILITY COMPANY GARANT-SV; a.k.a. LLC GARANT-SV; a.k.a. OOO GARANT-SV), House 9, Generala Ostryakova Street, Opolznevoye Village, Yalta, Crimea 298685, Ukraine; 9, Generala Ostryakova St., Opolznevoye, Yalta, Crimea 298685, Ukraine; Website http://mriyaresort.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103007830 (Russia); Registration Number 1149102066740 (Russia) [UKRAINE-EO13685].

GARASHCHENKO, Aleksey Alekseyevich, Moscow, Russia; DOB 03 Feb 1986; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

GARBIN NAVIGATION LTD, Care of Sambouk Shipping FCZ, Office 101, 1st Floor, FITCO Building No 3, Inside Fujairah Port, PO Box 50044, Fujairah, United Arab Emirates; 80 Broad Street, Monrovia, Liberia; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

GARCIA ARBOLEDA, Edward (a.k.a. "ORION"); DOB 04 Jun 1975; POB Urrao, Antioquia, Colombia; citizen Colombia; Cedula No. 98624193 (Colombia) (individual) [SDNTK] (Linked To: LA TIENDA DE MINGO; Linked To: INVERSIONES C.P.C.L. Y CIA. S. EN C.S.).

GARCIA CARNEIRO, Jorge (a.k.a. GARCIA CARNEIRO, Jorge Luis), La Guaira, Vargas, Venezuela; DOB 08 Feb 1952; POB Caracas, Venezuela; Gender Male; Cedula No. 4169273 (Venezuela) (individual) [VENEZUELA].

GARCIA CARNEIRO, Jorge Luis (a.k.a. GARCIA CARNEIRO, Jorge), La Guaira, Vargas, Venezuela; DOB 08 Feb 1952; POB Caracas, Venezuela; Gender Male; Cedula No. 4169273 (Venezuela) (individual) [VENEZUELA].

GARCIA CORRALES, Leobardo (a.k.a. "Leo"), Mexico; DOB 10 Mar 1970; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GACL700310HSLRRB04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

GARCIA CORRALES, Martin (a.k.a. "Cachuchas"; a.k.a. "Tano"), Mexico; DOB 13 Apr 1980; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P.

GACM800413HSLRRR06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

GARCIA DUQUE, Franklin Horacio (Latin: GARCÍA DUQUE, Franklin Horacio), Miranda, Venezuela; DOB 19 Aug 1963; citizen Venezuela; Gender Male; Cedula No. 9125430 (Venezuela); Former National Director of Venezuela's Bolivarian National Police; Former Commander of the West Integral Strategic Defense Region of Venezuela's National Armed Forces (individual) [VENEZUELA].

GARCIA DURAN, Maria Del Rosario, c/o GRUPO INDUSTRIAL GAXIOLA HERMANOS S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o INMOBILIARIA GAXIOLA HERMANOS S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o MINERA LA CASTELLANA Y ANEXAS S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o MINERA RIO PRESIDIO S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o MOLDURAS DEL NOROESTE S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o DISTRIBUIDORA DE HERMOSILLO GAXIOLA HERMANOS S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o DISTRIBUIDORA GRAN AUTO S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o TEMPLE DEL PITIC S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o FLETES Y TRANSPORTES GAXGAR S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o COMPANIA MINERA DEL RIO CIANURY S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o COPA DE PLATA S.A. DE C.V., Culiacan, Sinaloa, Mexico; Prop. Priv y Bldg G. Escoboza, Hermosillo, Sonora, Mexico; Preferico Poniente, Calle Simon Bleyy Manuel I. Loaiza, Colonia Olivaries, Hermosillo, Sonora, Mexico; Calle Zaragoza No. 166-2, al Poniente de la Col. Centro, Culiacan, Sinaloa, Mexico; Calle Clavel No. 1406, Esquina con Calle Rosa, Colonia Margarita, Culiacan, Sinaloa, Mexico; Rafael Campoy #307, Colonia Pitic, Hermosillo, Sonora, Mexico; Calle de Anza Numero 210, Colonia Pitic, Hermosillo, Sonora, Mexico; Av. Uvalama 15, Hermosillo, Sonora, Mexico; Alamos 40, Colonia Modelo, Hermosillo, Sonora, Mexico; Ave Eduardo Villa 333, Col Oliv., Hermosillo, Sonora, Mexico; Calle Uvalama 19 Esq., Blvd Sabinos, Hermosillo, Sonora, Mexico; Uvalama 15 y Sabinos, Col Sabin, Hermosillo, Sonora, Mexico; DOB 12 Sep 1953; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. GADR530912 (Mexico); alt. R.F.C. GADR521211 (Mexico) (individual) [SDNTK].

GARCIA RIOS, Tomasa, Cipriano Obeso 1520, Colonia Chapultepec, Culiacan, Sinaloa, Mexico; DOB 07 Mar 1971; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. GART710307MSLRSM00 (Mexico) (individual) [SDNTK].

GARCIA SANCHEZ, Ricardo, c/o MANTENIMIENTO, AERONAUTICA, TRANSPORTE, Y SERVICIOS AEREOS S.A. DE C.V., Toluca, Mexico, Mexico; Huixquilucan, Mexico, Mexico; El Oro, Mexico, Mexico; Carranza 14, Toluca, Mexico, Mexico; DOB 05 Oct 1974; POB Mexico City, Distrito Federal, Mexico; nationality Mexico; citizen Mexico; Passport 99370022520 (Mexico); C.U.R.P. GASR741005HDFRNC06 (Mexico) (individual) [SDNTK].

GARCIA VELAZCO, Jorge Alejandro, San Luis Rio Colorado, Sonora, Mexico; DOB 12 Jan 1987; POB Sinaloa, Mexico; nationality Mexico; Gender Male; R.F.C. GAVJ870112DP3 (Mexico); C.U.R.P. GAVJ870112HSLRLR00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

GARCIA ZERPA, Julio Jose, Venezuela; DOB 18 Dec 1986; POB Distrito Capital, Venezuela; citizen Venezuela; Gender Male; Cedula No. V17646721 (Venezuela) (individual) [VENEZUELA].

GARDEN CITY HOTEL, #205, Mao Tse Tong Boulevard (388), Sangkat Chamkarmon, Phnom Penh, Cambodia; Street Ly Yong Phat, Phum Prek Tarath, Khum Prek Tasek Khan, 12111, Cambodia-Japan Friendship Bridge, Phnom Penh, Cambodia; Website www.gardencityhotel.com.kh; Email Address info@gardencityhotel.com.kh; Phone Number 855 66 678 716; Organization Type: Short term accommodation activities [GLOMAG] (Linked To: LY, Yong Phat).

GARDESHGARI BANK (a.k.a. BANK-E GARDESHGARI; a.k.a. TOURISM BANK), Vali Asr St., above Vey Park, Shahid Fiazi St., No. 51, first floor, Tehran, Iran; No. 51, Shahid Fayazi St, ValiAsr Ave, Tehran, Iran; Website www.tourismbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

GARDSERVICE (f.k.a. BELSECURITYGROUP; f.k.a. LIMITED LIABILITY COMPANY BELSEKYURITIGRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛСЕКЬЮРИТИГРУПП); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU GARDSERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАРДСЕРВИС); a.k.a. ООО GARDSERVIS (Cyrillic: ООО ГАРДСЕРВИС); a.k.a. TAA HARDSERVIS (Cyrillic: ТАА ГАРДСЭРВІС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU HARDSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ГАРДСЭРВІС)), Karvata St., Building 85, Minsk 220138, Belarus (Cyrillic: ул. Карвата, д. 85, Минск 220138, Belarus); Organization Established Date 19 Nov 2019; Registration Number 193344802 (Belarus) [BELARUS-EO14038].

GAREVSKIKH, Anton, Switzerland; DOB 1968; nationality Russia; alt. nationality Switzerland; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: ADVANCED INDUSTRIAL TECHNOLOGIES GMBH).

GARGEES, Hikmat (a.k.a. BAHNAM, Hikmat Jarjes), Baghdad, Iraq; nationality Iraq; Passport 035667 (Iraq) (individual) [IRAQ2].

GARIEV, Denis (a.k.a. GARIYEV, Denis; a.k.a. GARIYEV, Denis Valiullovich), G.Sankt-Peterburg Vyborgskiy R-N Lunacharskogo PR. d. 37 korp. 2 kv. 214, Saint Petersburg, Russia; DOB 13 Mar 1978; alt. DOB 03 Mar 1978; POB Khabarovsk Region, USSR; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 654034325 (Russia); alt. Passport XXIIAH534753 (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

GARIN, Oleg Vladimirovich (Cyrillic: ГАРИН, Олег Владимирович), Russia; DOB 26 Dec 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GARIYEV, Denis (a.k.a. GARIEV, Denis; a.k.a. GARIYEV, Denis Valiullovich), G.Sankt-Peterburg Vyborgskiy R-N Lunacharskogo PR. d. 37 korp. 2 kv. 214, Saint Petersburg, Russia; DOB 13 Mar 1978; alt. DOB 03 Mar 1978; POB Khabarovsk Region, USSR; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 654034325 (Russia); alt. Passport XXIIAH534753 (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

GARIYEV, Denis Valiullovich (a.k.a. GARIEV, Denis; a.k.a. GARIYEV, Denis), G.Sankt-Peterburg Vyborgskiy R-N Lunacharskogo PR. d. 37 korp. 2 kv. 214, Saint Petersburg, Russia; DOB 13 Mar 1978; alt. DOB 03 Mar 1978; POB Khabarovsk Region, USSR; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 654034325 (Russia); alt. Passport XXIIAH534753 (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

GARKUSHA, Gennadiy Aleksandrovich (Cyrillic: ГАРКУША, Геннадий Александрович) (a.k.a. GARKUSHA, Gennadiy Oleksandrovych (Cyrillic: ГАРКУША, Геннадій Олександрович); a.k.a. HARKUSHA, Hennadiy), 11 Petrenko St., Kherson, Kherson Region, Ukraine; DOB 26 Jan 1968; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2486201770 (Ukraine) (individual) [RUSSIA-EO14024].

GARKUSHA, Gennadiy Oleksandrovych (Cyrillic: ГАРКУША, Геннадій Олександрович) (a.k.a. GARKUSHA, Gennadiy Aleksandrovich (Cyrillic: ГАРКУША, Геннадий Александрович); a.k.a. HARKUSHA, Hennadiy), 11 Petrenko St., Kherson, Kherson Region, Ukraine; DOB 26 Jan 1968; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2486201770 (Ukraine) (individual) [RUSSIA-EO14024].

GARSHASBI, Amanollah (a.k.a. GOSHTASBI, Amanolah (Arabic: امان الله گشتاسبی); a.k.a. GOSHTASBI, Amanollah (Arabic: امان الله گشتاسبی); a.k.a. GOSHTASBI, Amanulah; a.k.a. GOSHTASBI, Amanullah), Iran; DOB 21 Mar 1965 to 20 Mar 1966; POB Gachsaran, Kohgiluyeh and Boyer-Ahmed Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Deputy Inspector of the IRGC Ground Forces (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

GARSHIN, Vadim Veniaminovich, Russia; DOB 01 May 1961; POB Yevpatoriya, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 736240066 (Russia) issued 13 Oct 2014 expires 13 Oct 2024 (individual) [RUSSIA-EO14024].

GARTUNG, Valery Karlovich (Cyrillic: ГАРТУНГ, Валерий Карлович), Russia; DOB 12 Nov 1960; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GARWICH, Simon (a.k.a. DUAL, Simon Gatwec; a.k.a. DUAL, Simon Gatwech; a.k.a. DUAL, Simon Gatwich; a.k.a. DUAL, Simon Getwech; a.k.a. GATWEACH, Simon; a.k.a. GATWECH, Simon; a.k.a. GATWICK, Simon; a.k.a. "Dhual"; a.k.a. "General Gaduel"), Jonglei State, South Sudan; DOB 1953; POB Akobo, Jonglei State, South Sudan; alt. POB Akobo, Jonglei State, Sudan; alt. POB Uror County, Jonglei State, South Sudan; alt. POB Uror County, Jonglei State, Sudan; SPLA in Opposition Chief of General Staff; Major General (individual) [SOUTH SUDAN].

GAS INDUSTRY INSURANCE COMPANY SOGAZ (a.k.a. INSURANCE COMPANY OF GAZ INDUSTRY SOGAZ; a.k.a. SOGAZ INSURANCE), PR-KT Akademika Sakharova D. 10, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7736035485 (Russia); Legal Entity Number 253400L5RQK7PU6R7J04; Registration Number 1027739820921 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GASANOV, Dzhamaladin Nabiyevich (Cyrillic: ГАСАНОВ, Джамаладин Набиевич), Russia; DOB 05 Aug 1964; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GASEMIAN, Ezzatollah (a.k.a. SORBANI, Ezzatullah Ghasemian; a.k.a. SORBONI, Ezzatollah Ghasemian; a.k.a. SURBENI, Ezzatollah Ghasemian), Tehran, Iran; DOB 01 Feb 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2090512385 (Iran) (individual) [NPWMD] [IFSR] (Linked To: AZMOON PAJOHAN HESGAR LIMITED LIABILITY COMPANY).

GASHASBI, Mansoor, Iran; DOB 13 Jun 1991; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport J11580003 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

GASHUGI, Stanislas, Kigali, Rwanda; DOB 03 Mar 1973; POB Burundi; nationality Rwanda; Gender Male; National ID No. 1197380088990106 (Rwanda) (individual) [DRCONGO].

GASILOV, Andrei Valeryevich, Moscow, Russia; DOB 14 Jul 1982; POB Gorky, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 526310349913 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JSC ARGUMENT).

GASMI, Salah (a.k.a. "BOUNOUADHER"; a.k.a. "SALAH ABU MOHAMED"; a.k.a. "SALAH ABU MUHAMAD"); DOB 13 Apr 1971; POB Zeribet El Oued, Biskra, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

GASODIESEL Y SERVICIOS ANCONA, S.A. DE C.V. (n.k.a. GASOLINERA LA CANADA, S.A. DE C.V.), Manuel J. Clouthier No. 1800, Col. Libertad, Culiacan, Sinaloa C.P.80180, Mexico; R.F.C. GSA-100223-M92 (Mexico) [SDNTK].

GASOLINE AMAN COMPANY FOR OIL DERIVATIVES IMPORTS (a.k.a. GASOLINE AMAN PETROLEUM DERIVATIVES IMPORT), Sanaa, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Mar 2018; Tax ID No. 164280-4 (Yemen); Registration Number 2018010217 (Yemen) [SDGT] (Linked To: ANSARALLAH).

GASOLINE AMAN PETROLEUM DERIVATIVES IMPORT (a.k.a. GASOLINE AMAN COMPANY FOR OIL DERIVATIVES IMPORTS), Sanaa, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Mar 2018; Tax ID No. 164280-4 (Yemen); Registration Number 2018010217 (Yemen) [SDGT] (Linked To: ANSARALLAH).

GASOLINERA ALAMOS COUNTRY, S.A. DE C.V. (n.k.a. GASOLINERA RECURSOS HIDRAULICOS, S.A. DE C.V.), Blvd. Pedro Infante No. 3050, Col. Recursos Hidraulicos, Culiacan, Sinaloa C.P. 80100, Mexico; R.F.C. GAC-100224-GDA (Mexico) [SDNTK].

GASOLINERA EL CRUCERO LAS TORRES, S.A. DE C.V. (a.k.a. SERVICIOS CHULAVISTA, S.A. DE C.V.), Blvd. Las Torres No. 2622 Pte., Fracc. Prados del Sol, Culiacan, Sinaloa C.P. 80197, Mexico; Calzada Las Torres S/N, Col. Prados del Sol Etapa 1, Culiacan, Sinaloa, Mexico; R.F.C. SCU-070904-T25 (Mexico) [SDNTK].

GASOLINERA JESUS MARIA (a.k.a. CONSTRUCTORA H.L.P.; a.k.a. TRANSPORTES LC), La Reforma, Zacapa, Guatemala; NIT # 557109K (Guatemala) [SDNTK].

GASOLINERA LA CANADA, S.A. DE C.V. (a.k.a. GASODIESEL Y SERVICIOS ANCONA, S.A. DE C.V.), Manuel J. Clouthier No. 1800, Col. Libertad, Culiacan, Sinaloa C.P.80180, Mexico; R.F.C. GSA-100223-M92 (Mexico) [SDNTK].

GASOLINERA MULTILOMAS, S.A. DE C.V. (a.k.a. BUENOS AIRES SERVICIOS, S.A. DE C.V.), Blvd. Guillermo Batiz Paredes No. 1100, Col. Buenos Aires, Culiacan, Sinaloa C.P. 80199, Mexico; R.F.C. BAS-960417-PY6 (Mexico) [SDNTK].

GASOLINERA RECURSOS HIDRAULICOS, S.A. DE C.V. (a.k.a. GASOLINERA ALAMOS COUNTRY, S.A. DE C.V.), Blvd. Pedro Infante No. 3050, Col. Recursos Hidraulicos, Culiacan, Sinaloa C.P. 80100, Mexico; R.F.C. GAC-100224-GDA (Mexico) [SDNTK].

GASOLINERA ROSARIO (a.k.a. ROSARIO NIEBLA CARDOZA A. EN P.), Avenida Manuel Vallarta 2141, Colonia Centro, Culiacan, Sinaloa 80129, Mexico; R.F.C. NICR-461006-T36 (Mexico) [SDNTK].

GASOLINERA Y SERVICIOS VILLABONITA, S.A. DE C.V. (n.k.a. GASOLINERAS LA VILLA, S.A. DE C.V.), Av. Alvaro Obregon No. 6040, Col. Villa Bonita, Culiacan, Sinaloa C.P. 80000, Mexico; R.F.C. GSV-100224-773 (Mexico) [SDNTK].

GASOLINERAS LA VILLA, S.A. DE C.V. (a.k.a. GASOLINERA Y SERVICIOS VILLABONITA, S.A. DE C.V.), Av. Alvaro Obregon No. 6040, Col. Villa Bonita, Culiacan, Sinaloa C.P. 80000, Mexico; R.F.C. GSV-100224-773 (Mexico) [SDNTK].

GASOLINERAS SAN FERNANDO S.A. DE C.V., Avenida 3A y Calle Mina, Colonia Centro, Saucillo, Chihuahua, Mexico; Ciudad Camargo, Chihuahua, Mexico [SDNTK].

GAST, Vladimir Vyacheslavovich, St. Petersburg, Russia; DOB 06 May 1999; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 860243420832 (Russia) (individual) [CAATSA -

RUSSIA] [CYBER4] (Linked To: AEZA GROUP LLC).

GASTELLUM CAZARES, Blanca Margarita (a.k.a. CAZARES DE MEZA, Blanca Margarita; a.k.a. CAZARES GASTELLUM, Blanca Margarita; a.k.a. CAZARES GASTELUM, Blanca; a.k.a. CAZARES MESA, Blanca; a.k.a. CAZARES SALAZAR, Blanca Margarita; a.k.a. CAZARES, Blanca; a.k.a. CAZAREZ MESA, Blanca; a.k.a. CAZAREZ SALAZAR DE MEZA, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Chiquis; a.k.a. CAZAREZ, Chiquis; a.k.a. GASTELLUM, Blanca Margarita; a.k.a. GASTELUM CAZAREZ DE MEZA, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep 1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

GASTELLUM, Blanca Margarita (a.k.a. CAZARES DE MEZA, Blanca Margarita; a.k.a. CAZARES GASTELLUM, Blanca Margarita; a.k.a. CAZARES GASTELUM, Blanca; a.k.a. CAZARES MESA, Blanca; a.k.a. CAZARES SALAZAR, Blanca Margarita; a.k.a. CAZARES, Blanca; a.k.a. CAZAREZ MESA, Blanca; a.k.a. CAZAREZ SALAZAR DE MEZA, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Chiquis; a.k.a. CAZAREZ, Chiquis; a.k.a. GASTELLUM

CAZARES, Blanca Margarita; a.k.a. GASTELUM CAZAREZ DE MEZA, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep 1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

GASTELUM CAZAREZ DE MEZA, Blanca Margarita (a.k.a. CAZARES DE MEZA, Blanca Margarita; a.k.a. CAZARES GASTELLUM, Blanca Margarita; a.k.a. CAZARES GASTELUM, Blanca; a.k.a. CAZARES MESA, Blanca; a.k.a. CAZARES SALAZAR, Blanca Margarita; a.k.a. CAZARES, Blanca; a.k.a. CAZAREZ MESA, Blanca; a.k.a. CAZAREZ SALAZAR DE MEZA, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Chiquis; a.k.a. CAZAREZ, Chiquis; a.k.a. GASTELLUM CAZARES, Blanca Margarita; a.k.a. GASTELLUM, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa,

Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep 1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

GASTELUM IRIBE, Oscar Manuel (a.k.a. "EL MUSICO"; a.k.a. "SALGADO"), Monte Rosa #657, Colonia Montebello, Culiacan, Sinaloa 80227, Mexico; Rio de la Plata #3041, Colonia Lomas del Boulevard, Culiacan, Sinaloa 80110, Mexico; Antonio Palafox #1856 Int 42, Colonia Paseos del Sol, Zapopan, Jalisco, Mexico; DOB 05 Oct 1974; POB Jalisco, Mexico; nationality Mexico; Gender Male; RFC GAI0741005TQ3 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

GASTELUM PAYAN, Maria Guadalupe, Avenida Camino a la Tijera No. 806, Fraccionamiento La Tijera, Tlajomulco de Zuniga, Jalisco, Mexico; Calle Chichen Itza No. 4644, Colonia Mirador del Sol, Zapopan, Jalisco C.P. 45054, Mexico; Calle Morelos No. 2223, Colonia Arcos Vallarta, Guadalajara, Jalisco C.P. 44130, Mexico; DOB 30 Aug 1949; POB Pericos, Sinaloa, Mexico; R.F.C. GAPG4908307H1 (Mexico); C.U.R.P. GAPG490830MSLSYD06 (Mexico) (individual) [SDNTK] (Linked To: GRUPO IMPERGOZA, S.A. DE C.V.; Linked To: DESARROLLOS EVEREST, S.A. DE C.V.).

GATDET, Peter (a.k.a. GADET, Peter; a.k.a. YAAK, Peter Gadet; a.k.a. YAAK, Peter Gatdet; a.k.a. YAK, Peter Gadet; a.k.a. YAKA, Peter Gatdeet; a.k.a. YAKA, Peter Gatdet); DOB 1957 to 1959; POB Mayon County Unity State; alt. POB Mayan, Unity State; General (individual) [SOUTH SUDAN].

GATEWICK AVIATION SERVICES (a.k.a. GATEWICK FREIGHT AND CARGO; a.k.a. GATEWICK LLC; a.k.a. "GATEWICK"), Office No. M22, 1st Floor Dnata Building Freight Gate No. 4, Dubai Airport Free Zone, United Arab Emirates; Freight Gate 3, DAFZA, Dubai, United

Arab Emirates; P.O. Box 52404, United Arab Emirates; P.O. Box 120597, United Arab Emirates; Website www.gatewick.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 222112 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MAHAN AIR).

GATEWICK FREIGHT AND CARGO (a.k.a. GATEWICK AVIATION SERVICES; a.k.a. GATEWICK LLC; a.k.a. "GATEWICK"), Office No. M22, 1st Floor Dnata Building Freight Gate No. 4, Dubai Airport Free Zone, United Arab Emirates; Freight Gate 3, DAFZA, Dubai, United Arab Emirates; P.O. Box 52404, United Arab Emirates; P.O. Box 120597, United Arab Emirates; Website www.gatewick.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 222112 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MAHAN AIR).

GATEWICK LLC (a.k.a. GATEWICK AVIATION SERVICES; a.k.a. GATEWICK FREIGHT AND CARGO; a.k.a. "GATEWICK"), Office No. M22, 1st Floor Dnata Building Freight Gate No. 4, Dubai Airport Free Zone, United Arab Emirates; Freight Gate 3, DAFZA, Dubai, United Arab Emirates; P.O. Box 52404, United Arab Emirates; P.O. Box 120597, United Arab Emirates; Website www.gatewick.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 222112 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MAHAN AIR).

GATHERING OF THE FREEMEN OF THE EAST (a.k.a. AHRAR AL-SHARQIAH; a.k.a. AHRAR AL-SHARQIYA (Arabic: أحرار الشرقية); a.k.a. AHRAR AL-SHARQIYA BRIGADE; a.k.a. AHRAR AL-SHARQIYAH; a.k.a. AHRAR AL-SHARQIYEH; a.k.a. TAJAMMU' AHRAR AL-SHARQIYA), Syria [PAARSSR-EO13894].

GATWEACH, Simon (a.k.a. DUAL, Simon Gatwec; a.k.a. DUAL, Simon Gatwech; a.k.a. DUAL, Simon Gatwich; a.k.a. DUAL, Simon Getwech; a.k.a. GARWICH, Simon; a.k.a. GATWECH, Simon; a.k.a. GATWICK, Simon; a.k.a. "Dhual"; a.k.a. "General Gaduel"), Jonglei

State, South Sudan; DOB 1953; POB Akobo, Jonglei State, South Sudan; alt. POB Akobo, Jonglei State, Sudan; alt. POB Uror County, Jonglei State, South Sudan; alt. POB Uror County, Jonglei State, Sudan; SPLA in Opposition Chief of General Staff; Major General (individual) [SOUTH SUDAN].

GATWECH, Simon (a.k.a. DUAL, Simon Gatwec; a.k.a. DUAL, Simon Gatwech; a.k.a. DUAL, Simon Gatwich; a.k.a. DUAL, Simon Getwech; a.k.a. GARWICH, Simon; a.k.a. GATWEACH, Simon; a.k.a. GATWICK, Simon; a.k.a. "Dhual"; a.k.a. "General Gaduel"), Jonglei State, South Sudan; DOB 1953; POB Akobo, Jonglei State, South Sudan; alt. POB Akobo, Jonglei State, Sudan; alt. POB Uror County, Jonglei State, South Sudan; alt. POB Uror County, Jonglei State, Sudan; SPLA in Opposition Chief of General Staff; Major General (individual) [SOUTH SUDAN].

GATWICK, Simon (a.k.a. DUAL, Simon Gatwec; a.k.a. DUAL, Simon Gatwech; a.k.a. DUAL, Simon Gatwich; a.k.a. DUAL, Simon Getwech; a.k.a. GARWICH, Simon; a.k.a. GATWEACH, Simon; a.k.a. GATWECH, Simon; a.k.a. "Dhual"; a.k.a. "General Gaduel"), Jonglei State, South Sudan; DOB 1953; POB Akobo, Jonglei State, South Sudan; alt. POB Akobo, Jonglei State, Sudan; alt. POB Uror County, Jonglei State, South Sudan; alt. POB Uror County, Jonglei State, Sudan; SPLA in Opposition Chief of General Staff; Major General (individual) [SOUTH SUDAN].

GAUS, Alexandra Viktorovna (a.k.a. GAUSS, Alexandra); DOB 29 Mar 1975 (individual) [MAGNIT].

GAUSS, Alexandra (a.k.a. GAUS, Alexandra Viktorovna); DOB 29 Mar 1975 (individual) [MAGNIT].

GAVIA BEAUTY COSMETICS PTY LTD (a.k.a. GAVIA TRADINGS PTY LTD), 318 Kingsley West Wing, Gauteng, 2006, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Apr 2019; V.A.T. Number 4490286517 (South Africa); Tax ID No. 9389475196 (South Africa); Commercial Registry Number 2019/143224/07 (South Africa) [SDGT] (Linked To: WEHBE, Mohamad).

GAVIA TRADINGS PTY LTD (f.k.a. GAVIA BEAUTY COSMETICS PTY LTD), 318 Kingsley West Wing, Gauteng, 2006, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Organization Established Date 08 Apr 2019; V.A.T. Number 4490286517 (South Africa); Tax ID No. 9389475196 (South Africa); Commercial Registry Number 2019/143224/07 (South Africa) [SDGT] (Linked To: WEHBE, Mohamad).

GAVIDIA FLORES, Walter Jacob (a.k.a. GAVIDIA-FLORES, Walter), Caracas, Capital District, Venezuela; DOB 15 Dec 1978; citizen Venezuela; Gender Male; Cedula No. 14407259 (Venezuela); Passport 113561269 (Venezuela) expires 28 Jan 2020 (individual) [VENEZUELA-EO13850].

GAVIDIA FLORES, Yosser Daniel (a.k.a. GAVIDIA-FLORES, Yosser), Caracas, Capital District, Venezuela; DOB 11 Oct 1988; citizen Venezuela; Gender Male; Cedula No. 18815328 (Venezuela); Passport 135713284 (Venezuela) expires 31 May 2021 (individual) [VENEZUELA-EO13850].

GAVIDIA FLORES, Yoswal Alexander, Caracas, Capital District, Venezuela; DOB 06 Aug 1990; citizen Venezuela; Gender Male; Cedula No. 19733466 (Venezuela); Passport 134559177 (Venezuela) expires 11 May 2021 (individual) [VENEZUELA-EO13850].

GAVIDIA-FLORES, Walter (a.k.a. GAVIDIA FLORES, Walter Jacob), Caracas, Capital District, Venezuela; DOB 15 Dec 1978; citizen Venezuela; Gender Male; Cedula No. 14407259 (Venezuela); Passport 113561269 (Venezuela) expires 28 Jan 2020 (individual) [VENEZUELA-EO13850].

GAVIDIA-FLORES, Yosser (a.k.a. GAVIDIA FLORES, Yosser Daniel), Caracas, Capital District, Venezuela; DOB 11 Oct 1988; citizen Venezuela; Gender Male; Cedula No. 18815328 (Venezuela); Passport 135713284 (Venezuela) expires 31 May 2021 (individual) [VENEZUELA-EO13850].

GAVIOTAS LTDA. (a.k.a. HOTEL SIN PECADOS; a.k.a. MOTEL CAMPO AMOR; a.k.a. "HOTEL SIN PK2"), Calle 4A No. 21-34 Circunvalar, Cartago, Valle, Colombia; NIT # 800032092-7 (Colombia) [SDNT].

GAVRILENKO, Anatoli Anatolievich (a.k.a. GAVRILENKO, Anatolii Anatolyevich; a.k.a. GAVRILENKO, Anatoliy Anatolevich; a.k.a. GAVRILENKO, Anatoly), Moscow, Russia; DOB 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771902996586 (Russia) (individual) [RUSSIA-EO14024].

GAVRILENKO, Anatolii Anatolyevich (a.k.a. GAVRILENKO, Anatoli Anatolievich; a.k.a. GAVRILENKO, Anatoliy Anatolevich; a.k.a. GAVRILENKO, Anatoly), Moscow, Russia; DOB 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771902996586 (Russia) (individual) [RUSSIA-EO14024].

GAVRILENKO, Anatoliy Anatolevich (a.k.a. GAVRILENKO, Anatoli Anatolievich; a.k.a. GAVRILENKO, Anatolii Anatolyevich; a.k.a. GAVRILENKO, Anatoly), Moscow, Russia; DOB 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771902996586 (Russia) (individual) [RUSSIA-EO14024].

GAVRILENKO, Anatoly (a.k.a. GAVRILENKO, Anatoli Anatolievich; a.k.a. GAVRILENKO, Anatolii Anatolyevich; a.k.a. GAVRILENKO, Anatoliy Anatolevich), Moscow, Russia; DOB 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771902996586 (Russia) (individual) [RUSSIA-EO14024].

GAVRILOV, Sergey Anatolyevich (Cyrillic: ГАВРИЛОВ, Сергей Анатольевич), Russia; DOB 27 Jan 1966; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GAVRJUCHENKOV, Andrej Viktorovich (a.k.a. GAVRYUCHENKOV, Andrei Viktorovich (Cyrillic: ГАВРЮЧЕНКОВ, АНДРЕЙ ВИКТОРОВИЧ); a.k.a. GAVRYUCHENKOV, Andrey Viktorovich), Russia; DOB 23 Oct 1960; POB Tulun, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 46357814 (Russia); Tax ID No. 500111196730 (Russia) (individual) [NPWMD] [RUSSIA-EO14024] (Linked To: AKTSIONERNOE OBSHCHESTVO RAU FARM).

GAVRYUCHENKOV, Andrei Viktorovich (Cyrillic: ГАВРЮЧЕНКОВ, АНДРЕЙ ВИКТОРОВИЧ) (a.k.a. GAVRJUCHENKOV, Andrej Viktorovich; a.k.a. GAVRYUCHENKOV, Andrey Viktorovich), Russia; DOB 23 Oct 1960; POB Tulun, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 46357814 (Russia); Tax ID No. 500111196730 (Russia) (individual) [NPWMD] [RUSSIA-EO14024] (Linked To: AKTSIONERNOE OBSHCHESTVO RAU FARM).

GAVRYUCHENKOV, Andrey Viktorovich (a.k.a. GAVRJUCHENKOV, Andrej Viktorovich; a.k.a. GAVRYUCHENKOV, Andrei Viktorovich (Cyrillic: ГАВРЮЧЕНКОВ, АНДРЕЙ ВИКТОРОВИЧ)), Russia; DOB 23 Oct 1960; POB Tulun, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 46357814 (Russia); Tax ID No. 500111196730 (Russia) (individual) [NPWMD] [RUSSIA-EO14024] (Linked To: AKTSIONERNOE OBSHCHESTVO RAU FARM).

GAWAKA, Maxime Eli Jeoffroy Mokom (a.k.a. GAWAKA, Maxime Mokom; a.k.a. MOCOM, Maxime; a.k.a. MOKOM, Gawaka; a.k.a. MOKOM, Maxim; a.k.a. MOKOM, Maxime; a.k.a. MOKOME, Maxime; a.k.a. MOKOM-GAWAKA, Maxime Jeoffroy Eli; a.k.a. MOKOUM, Maxime; a.k.a. "Colonel Rock"), Boy-Rabe, Bangui, Central African Republic; DOB 30 Dec 1978; POB Bangui, Central African Republic; nationality Central African Republic; Gender Male; Passport O00006983 (Central African Republic) expires 02 Feb 2017 (individual) [CAR].

GAWAKA, Maxime Mokom (a.k.a. GAWAKA, Maxime Eli Jeoffroy Mokom; a.k.a. MOCOM, Maxime; a.k.a. MOKOM, Gawaka; a.k.a. MOKOM, Maxim; a.k.a. MOKOM, Maxime; a.k.a. MOKOME, Maxime; a.k.a. MOKOM-GAWAKA, Maxime Jeoffroy Eli; a.k.a. MOKOUM, Maxime; a.k.a. "Colonel Rock"), Boy-Rabe, Bangui, Central African Republic; DOB 30 Dec 1978; POB Bangui, Central African Republic; nationality Central African Republic; Gender Male; Passport O00006983 (Central African Republic) expires 02 Feb 2017 (individual) [CAR].

GAXIOLA GARCIA, Carlos Alberto, c/o INMUEBLES SIERRA VISTA S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o DISTRIBUIDORA GRAN AUTO S.A. DE C.V., Hermosillo, Sonora, Mexico; Calle Angel Garcia Aburto No. 62, Col. Loma Linda, Hermosillo, Sonora, Mexico; Calles Olivares y Eduardo W. Villa, Hermosillo, Sonora, Mexico; Avenida Raul Campoy Numero 307, Colonia Pitic, Hermosillo, Sonora, Mexico; DOB 02 Mar 1978; POB Hermosillo, Sonora, Mexico; nationality Mexico; citizen Mexico; R.F.C. GAGC780302H75 (Mexico); C.U.R.P. GAGC780302HSRXRR00 (Mexico) (individual) [SDNTK].

GAXIOLA GARCIA, Maria Elena, c/o INMOBILIARIA GAXIOLA HERMANOS S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o DISTRIBUIDORA GRAN AUTO S.A. DE C.V., Hermosillo, Sonora, Mexico; Calle Rafael Campoy No. 305, Col. Pitic, Hermosillo, Sonora, Mexico; Rafael Campoy Num 307, Hermosillo, Sonora, Mexico; Priv. Bugambilia 55, Colonia Bugambilia, Hermosillo, Sonora, Mexico; DOB 18 Aug 1975; POB Culiacan, Sinaloa, Mexico; alt. POB Arizpe, Sonora, Mexico; nationality Mexico; citizen Mexico; R.F.C. GAGE750818L66 (Mexico); alt. R.F.C. GAGE350904 (Mexico); alt. R.F.C. GAGE680511 (Mexico); C.U.R.P. GAGE750818MSLXRL11 (Mexico); alt. C.U.R.P. GAGE750818MSLXRL03 (Mexico) (individual) [SDNTK].

GAXIOLA GARCIA, Rigoberto, c/o INMOBILIARIA GAXIOLA HERMANOS S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o AGRICOLA GAXIOLA S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o COPA DE PLATA S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o MINERA LA CASTELLANA Y ANEXAS S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o MINERA RIO PRESIDIO S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o TEMPLE DEL PITIC S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o DISTRIBUIDORA GRAN AUTO S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o GRUPO INDUSTRIAL GAXIOLA HERMANOS S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o INMUEBLES SIERRA VISTA S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o MOLDURAS DEL NOROESTE S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o DISTRIBUIDORA DE HERMOSILLO GAXIOLA HERMANOS S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o FLETES Y TRANSPORTES GAXGAR S.A. DE C.V., Hermosillo, Sonora, Mexico; Calles Olivares y Eduardo W. Villa, Colonia Olivares, Hermosillo, Sonora, Mexico; Alamos No. 42, Colonia Modelo, Hermosillo, Sonora, Mexico; Avenida de Anza #210, Colonia Pitic, Hermosillo, Sonora, Mexico; Calle Clavel No. 1406, Esquina con Calle Rosa, Colonia Margarita, Culiacan, Sinaloa, Mexico; Rafael Campoy #307, Pitic, Hermosillo, Sonora, Mexico; Calle de Anza Numero 210, Colonia Pitic, Hermosillo, Sonora, Mexico; Uvalama No. 19, Col Los Sabinos, Hermosillo, Sonora, Mexico; Avenida Adolfo de la Huerta 401, Colonia Pitic, Hermosillo, Sonora, Mexico; Ave Colonizadores 830, Hermosillo, Sonora, Mexico; DOB 25 Jan 1973;

alt. DOB 26 Jan 1973; POB CULIACAN, SINALOA, MEXICO; nationality Mexico; citizen Mexico; R.F.C. GAGR730125DC9 (Mexico); alt. R.F.C. GACR730125 (Mexico); alt. R.F.C. GAGP730125 (Mexico); C.U.R.P. GAGR730125HSLXRG08 (Mexico) (individual) [SDNTK].

GAXIOLA MEDINA, Rigoberto (a.k.a. MEDINA SAENZ, Enrique; a.k.a. MORALES GUERRERO, Juan Antonio; a.k.a. SAENZ MEDINA, Enrique), Calle Clavel No. 1406, Colonia Margarita, Culiacan, Sinaloa, Mexico; Hermosillo, Sonora, Mexico; DOB 27 Sep 1950; alt. DOB 27 Oct 1950; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. GAMR-501027 (Mexico); C.U.R.P. GAMR501027HSLXDG00 (Mexico) (individual) [SDNTK].

GAYE, Aroun (a.k.a. GAYE, Haroun; a.k.a. GEYE, Aroun; a.k.a. GUAYE, Haroun; a.k.a. GUEYE, Haroun), Bangui, Central African Republic; DOB 30 Jan 1968; alt. DOB 30 Jan 1969; Passport O00065872 (Central African Republic) expires 30 Dec 2019 (individual) [CAR].

GAYE, Haroun (a.k.a. GAYE, Aroun; a.k.a. GEYE, Aroun; a.k.a. GUAYE, Haroun; a.k.a. GUEYE, Haroun), Bangui, Central African Republic; DOB 30 Jan 1968; alt. DOB 30 Jan 1969; Passport O00065872 (Central African Republic) expires 30 Dec 2019 (individual) [CAR].

GAYEVOY, Aleksandr Andreyevich (a.k.a. GAEVOI, Aleksandr Andreevich; a.k.a. GAEVOY, Aleksandr), Vladivostok, Russia; DOB 16 Jun 1986; POB Artem, Primorkiy Kray, Russia; nationality Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2] (Linked To: APOLLON OOO).

GAZ GROUP (a.k.a. GAZ JSC; a.k.a. GAZ PAO), 88 Lenin Avenue, Nizhny Novgorod 603950, Russia; 15/1 Rochdelskaya Str., Moscow 123022, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1929; Tax ID No. 5200000046 (Russia); Registration Number 1025202265571 (Russia) [UKRAINE-EO13661] [UKRAINE-

EO13662] [RUSSIA-EO14024] (Linked To: DERIPASKA, Oleg Vladimirovich; Linked To: RUSSIAN MACHINES).

GAZ JSC (a.k.a. GAZ GROUP; a.k.a. GAZ PAO), 88 Lenin Avenue, Nizhny Novgorod 603950, Russia; 15/1 Rochdelskaya Str., Moscow 123022, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1929; Tax ID No. 5200000046 (Russia); Registration Number 1025202265571 (Russia) [UKRAINE-EO13661] [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: DERIPASKA, Oleg Vladimirovich; Linked To: RUSSIAN MACHINES).

GAZ PAO (a.k.a. GAZ GROUP; a.k.a. GAZ JSC), 88 Lenin Avenue, Nizhny Novgorod 603950, Russia; 15/1 Rochdelskaya Str., Moscow 123022, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1929; Tax ID No. 5200000046 (Russia); Registration Number 1025202265571 (Russia) [UKRAINE-EO13661] [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: DERIPASKA, Oleg Vladimirovich; Linked To: RUSSIAN MACHINES).

GAZA NOW (Arabic: غزة الآن) (a.k.a. "GAZAALAN"; a.k.a. "GAZAALANNET"; a.k.a. "GNNANOW"), Gaza; Digital Currency Address - XBT 3Q8H2ZWMtc4R1M3mkmhnTjCoYKTeCFigDP; Digital Currency Address - ETH 0xE950DC316b836e4EeFb8308bf32Bf7C72a1358FF; alt. Digital Currency Address - ETH 0x21B8d56BDA776bbE68655A16895afd96F5534feD; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 May 2012; Digital Currency Address - USDT TTgcTTNbNuFdbrhvbjMZVrdU5KALyzDaPw; alt. Digital Currency Address - USDT TGJVc32ig2u8tQsYMLE7KXHT5NDQroaVNU; alt. Digital Currency Address - USDT TXEsK1sEsKjZ1xtHitnyAAoqw3WLdYdRNW; alt. Digital Currency Address - USDT TH96tFMn8KGiYSLiwcV3E2UiaJc8jmcbz3; alt. Digital Currency Address - USDT 0x175d44451403Edf28469dF03A9280c1197AD

b92c [SDGT] (Linked To: HAMAS; Linked To: AYASH, Mustafa).

GAZARYAN, Rafael' Anatol'evich (a.k.a. GAZARYAN, Rafael Anatolievich; a.k.a. GAZARYAN, Rafael Anatolyevich (Cyrillic: ГАЗАРЯН, Рафаэль Анатольевич)), Russia; DOB 02 Oct 1954; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 6102814100 (Russia); Tax ID No. 622800585633 (Russia) (individual) [DPRK] (Linked To: MKRTYCHEV, Ashot).

GAZARYAN, Rafael Anatolievich (a.k.a. GAZARYAN, Rafael' Anatol'evich; a.k.a. GAZARYAN, Rafael Anatolyevich (Cyrillic: ГАЗАРЯН, Рафаэль Анатольевич)), Russia; DOB 02 Oct 1954; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 6102814100 (Russia); Tax ID No. 622800585633 (Russia) (individual) [DPRK] (Linked To: MKRTYCHEV, Ashot).

GAZARYAN, Rafael Anatolyevich (Cyrillic: ГАЗАРЯН, Рафаэль Анатольевич) (a.k.a. GAZARYAN, Rafael' Anatol'evich; a.k.a. GAZARYAN, Rafael Anatolievich), Russia; DOB 02 Oct 1954; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 6102814100 (Russia); Tax ID No. 622800585633 (Russia) (individual) [DPRK] (Linked To: MKRTYCHEV, Ashot).

GAZARYAN, Yuri Garunovich (a.k.a. GAZARYAN, Yuriy Garunovich), Moscow, Russia; DOB 23 Jul 1974; POB Baku, Azerbaijan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

GAZARYAN, Yuriy Garunovich (a.k.a. GAZARYAN, Yuri Garunovich), Moscow, Russia; DOB 23 Jul 1974; POB Baku, Azerbaijan; nationality Russia; Gender Male;

Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

GAZAVTOMATIKA (a.k.a. JOINT STOCK COMPANY GAZPROM AVTOMATIZATSIYA; a.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO GAZPROM AVTOMATIZATSIYA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO GAZPROM AVTOMATIZATSIYA), 25, Savvinskaya Naberezhnaya, Moscow 119435, Russia; d. 3 pom. VI kom. 21, ul. Kirpichnye Vyemki Moscow, Moscow 117405, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Aug 1993; Tax ID No. 7704028125 (Russia); Government Gazette Number 00159093 (Russia); Registration Number 1027700055360 (Russia) [RUSSIA-EO14024].

GAZIYEV, Tarkhan Ismailovich, Turkey; DOB 11 Nov 1965; POB Itum-Kale District, Chechen Ingush; alt. POB Chechen Republic, Russia; nationality Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

GAZNEFTEMASH LLC (a.k.a. LIMITED LIABILITY COMPANY PROIZVOSTVENNAYA KOMMERCHESKAYA FIRMA GAZNEFTEMASH; a.k.a. PKF GAZNEFTEMASH), Km Kievskoe Shosse 22-1, Domovladenie 4, Str. 5, Moscow 108811, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jun 2008; Tax ID No. 7727653358 (Russia); Registration Number 1087746698137 (Russia) [RUSSIA-EO14024].

GAZOGLI, Fadi (Cyrillic: ГАЗОГЛИ, ФАДИ) (a.k.a. DENIZ, Fadi; a.k.a. GHAZOGHLI, Fadi; a.k.a. GHAZOGHLI, Fadi Ferzanda), Adma, Keserwan, Lebanon; Hamra, Beirut, Lebanon; La Cite, Jounieh, Lebanon; Bchamoun, Lebanon; Pavla Korchagina D 15 KV 116, Moscow, Russia; Kazlicesme Mah, Kennedy CD 52 E 17 34020 Zeytinburnu, Istanbul, Turkey; 20-22 Wenlock Road, London NI 7GU, United Kingdom; Saint Kitts and Nevis; DOB 04 May 1975; POB Aleppo, Syria; nationality Lebanon; alt. nationality Syria; alt. nationality Russia; alt. nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 244705926511 (Russia); Identification Number 117221771 (Lebanon); alt. Identification

Number 114048392 (Lebanon); alt. Identification Number 0996361 (Russia); alt. Identification Number 460780224 (United Kingdom) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

GAZPROM BURENIE, OOO (f.k.a. BUROVAYA KOMPANIYA OAO GAZPROM, DOCHERNEE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. GAZPROM BURENIYE LLC; a.k.a. GAZPROM DRILLING; a.k.a. LIMITED LIABILITY COMPANY GAZPROM BURENIYE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GAZPROM BURENIE), 12A, ul. Nametkina, Moscow 117420, Russia; Website www.burgaz.ru; Email Address mail@burgaz.gazprom.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1028900620319; Tax ID No. 5003026493; Government Gazette Number 00156251 [UKRAINE-EO13662] (Linked To: ROTENBERG, Igor Arkadyevich).

GAZPROM BURENIYE LLC (f.k.a. BUROVAYA KOMPANIYA OAO GAZPROM, DOCHERNEE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. GAZPROM BURENIE, OOO; a.k.a. GAZPROM DRILLING; a.k.a. LIMITED LIABILITY COMPANY GAZPROM BURENIYE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GAZPROM BURENIE), 12A, ul. Nametkina, Moscow 117420, Russia; Website www.burgaz.ru; Email Address mail@burgaz.gazprom.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1028900620319; Tax ID No. 5003026493; Government Gazette Number 00156251 [UKRAINE-EO13662] (Linked To: ROTENBERG, Igor Arkadyevich).

GAZPROM DRILLING (f.k.a. BUROVAYA KOMPANIYA OAO GAZPROM, DOCHERNEE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. GAZPROM BURENIE, OOO; a.k.a. GAZPROM BURENIYE LLC; a.k.a. LIMITED LIABILITY COMPANY GAZPROM BURENIYE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GAZPROM BURENIE), 12A, ul. Nametkina, Moscow 117420, Russia; Website www.burgaz.ru; Email Address mail@burgaz.gazprom.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or

589.209; Registration ID 1028900620319; Tax ID No. 5003026493; Government Gazette Number 00156251 [UKRAINE-EO13662] (Linked To: ROTENBERG, Igor Arkadyevich).

GAZPROM INVEST (a.k.a. GAZPROM INVEST, OOO; a.k.a. LIMITED LIABILITY COMPANY GAZPROM INVEST; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'GAZPROM INVEST'), d. 6 litera D ul. Startovaya, St. Petersburg 196210, Russia; Website zapad-invest.gazprom.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Registration ID 1077847507759 (Russia); Tax ID No. 7810483334 (Russia); Government Gazette Number 82129203 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM).

GAZPROM INVEST, OOO (a.k.a. GAZPROM INVEST; a.k.a. LIMITED LIABILITY COMPANY GAZPROM INVEST; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'GAZPROM INVEST'), d. 6 litera D ul. Startovaya, St. Petersburg 196210, Russia; Website zapad-invest.gazprom.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Registration ID 1077847507759 (Russia); Tax ID No. 7810483334 (Russia); Government Gazette Number 82129203 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM).

GAZPROM KOSMICHESKIE SISTEMY AO (a.k.a. JOINT STOCK COMPANY GAZPROM SPACE SYSTEMS), ul. Moskovskaya, d. 77, lit. B, Shchelkovo 141108, Russia; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Tax ID No. 5018035691 (Russia); Registration Number 1025002045177 (Russia) [RUSSIA-EO14024].

GAZPROM LNG PORTOVAYA LLC (a.k.a. GAZPROM SPG PORTOVAYA LIMITED LIABILITY COMPANY (Cyrillic: ГАЗПРОМ СПГ ПОРТОВАЯ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); a.k.a. LLC GAZPROM SPG PORTOVAIA), d. 20-22 litera A, ul. Galernaya, Saint Petersburg 190000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728173890 (Russia); Registration Number 1027700311760 (Russia) [RUSSIA-EO14024].

GAZPROM NEFT ASIA LLC (a.k.a. GAZPROM NEFT AZIA LLC; a.k.a. OSOO GAZPROM NEFT AZIYA), 8 Microdistrict 28 A Oktyabrskiy, Bishkek 720001, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 02106200610072 (Russia); Business Registration Number 24176198 (Kyrgyzstan) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM NEFT).

GAZPROM NEFT AZIA LLC (a.k.a. GAZPROM NEFT ASIA LLC; a.k.a. OSOO GAZPROM NEFT AZIYA), 8 Microdistrict 28 A Oktyabrskiy, Bishkek 720001, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 02106200610072 (Russia); Business Registration Number 24176198 (Kyrgyzstan) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM NEFT).

GAZPROM NEFT INTERNATIONAL SA, Rue Matthias Hardt 8-10, Luxembourg 1717, Luxembourg; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Business Registration Number B 154.621 (Luxembourg) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM NEFT).

GAZPROM NEFT JOINT STOCK COMPANY (a.k.a. GAZPROM NEFT PAO; a.k.a. GAZPROM NEFT PJSC; a.k.a. PUBLIC JOINT STOCK COMPANY GAZPROM NEFT; a.k.a.

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO GAZPROM NEFT), 5, Let. A, Galernaya, Saint Petersburg 190000, Russia; d. 3-5 litera A Ch. Pom. 1N kab. 2401, ul. Pochtamtskaya, St. Petersburg 190000, Russia; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 5504036333 (Russia); Government Gazette Number 42045241 (Russia); Registration Number 1025501701686 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROM NEFT KAZAKHSTAN LLC, Prospekt Abaya 26 A, 2 Floor, Almaty 050013, Kazakhstan; Furmanova 187B, Almaty 050000, Kazakhstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Business Registration Number 070540009192 (Kazakhstan) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM NEFT).

GAZPROM NEFT MOSCOW REFINERY JSC (a.k.a. AO GAZPROMNEFT MORP; a.k.a. AO GAZPROMNEFT MOSCOW REFINERY PLANT; a.k.a. GAZPROMNEFT MNPZ AO; a.k.a. GAZPROMNEFT MOSCOW REFINERY JOINT STOCK COMPANY; a.k.a.

GAZPROMNEFT MOSKOVSKIY NPZ AO), Kv-l Kapotnya 2-I D. 1, K. 3, Russia 109429, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7723006328 (Russia); Registration Number 1027700500190 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROM NEFT OMSK REFINERY JSC (a.k.a. GAZPROMNEFT OMSK REFINERY JOINT STOCK COMPANY; a.k.a. GAZPROMNEFT ONPZ OMSKIY REFINERY), PR-KT Gubkina, D. 1, Omsk 644040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 5501041254 (Russia); Registration Number 1025500508956 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROM NEFT ORENBURG LLC (a.k.a. GAZPROM NEFT ORENBURG ZAO; a.k.a. GAZPROMNEFT ORENBURG LIMITED LIABILITY COMPANY), Ul. Krasnoznamennaya D. 56/1, Orenburg 460024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 5610218014 (Russia); Registration Number 1165658052450 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROM NEFT ORENBURG ZAO (a.k.a. GAZPROM NEFT ORENBURG LLC; a.k.a. GAZPROMNEFT ORENBURG LIMITED LIABILITY COMPANY), Ul. Krasnoznamennaya D. 56/1, Orenburg 460024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 5610218014 (Russia); Registration Number 1165658052450 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROM NEFT PAO (a.k.a. GAZPROM NEFT JOINT STOCK COMPANY; a.k.a. GAZPROM NEFT PJSC; a.k.a. PUBLIC JOINT STOCK COMPANY GAZPROM NEFT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO GAZPROM NEFT), 5, Let. A, Galernaya, Saint Petersburg 190000, Russia; d. 3-5 litera A Ch. Pom. 1N kab. 2401, ul. Pochtamtskaya, St. Petersburg 190000, Russia; Executive Order 13662 Directive Determination

- Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 5504036333 (Russia); Government Gazette Number 42045241 (Russia); Registration Number 1025501701686 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROM NEFT PJSC (a.k.a. GAZPROM NEFT JOINT STOCK COMPANY; a.k.a. GAZPROM NEFT PAO; a.k.a. PUBLIC JOINT STOCK COMPANY GAZPROM NEFT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO GAZPROM NEFT), 5, Let. A, Galernaya, Saint Petersburg 190000, Russia; d. 3-5 litera A Ch. Pom. 1N kab. 2401, ul. Pochtamtskaya, St. Petersburg 190000, Russia; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information

Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 5504036333 (Russia); Government Gazette Number 42045241 (Russia); Registration Number 1025501701686 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROM NEFT SHELF LIMITED LIABILITY COMPANY, Pr-kt Nevskii D. 38/4, Saint Petersburg 191186, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7725610285 (Russia); Registration Number 5077746978315 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROM NEFT TAJIKISTAN LLC (a.k.a. CHAMAIYATI DOROI MASAULIYATI MAKHDUDI GAZPROM NEFT TADZHIKISTAN), Shokhmansur, Ayni, Dushanbe, Tajikistan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 010023372 (Tajikistan); Business Registration Number 0110000477 (Tajikistan) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM NEFT).

GAZPROM NEFTEKHIM YAMAL (a.k.a. GAZPROMNEFT YAMAL LIMITED LIABILITY COMPANY), Ul. 50 Let Oktyabrya D. 8B, Tyumen 625000, Russia; Ul. Mira D. 43A, Salekhard 629002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 8901001822 (Russia); Registration Number 1118903004989 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROM SPG PORTOVAYA LIMITED LIABILITY COMPANY (Cyrillic: ГАЗПРОМ СПГ ПОРТОВАЯ ОБЩЕСТВО С

ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. GAZPROM LNG PORTOVAYA LLC; a.k.a. LLC GAZPROM SPG PORTOVAIA), d. 20-22 litera A, ul. Galernaya, Saint Petersburg 190000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728173890 (Russia); Registration Number 1027700311760 (Russia) [RUSSIA-EO14024].

GAZPROM VNIIGAZ (a.k.a. GAZPROM VNIIGAZ, OOO (Cyrillic: ООО ГАЗПРОМ ВНИИГАЗ); a.k.a. LLC VNIIGAZ; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'NAUCHNO-ISSLEDOVATELSKI INSTITUT PRIRODNYKH GAZOV I GAZOVYKH TEKHNOLOGI - GAZPROM VNIIGAZ' (Cyrillic: НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ПРИРОДНЫХ ГАЗОВ И ГАЗОВЫХ ТЕХНОЛОГИЙ - ГАЗПРОМ ВНИИГАЗ); f.k.a. "ALL UNION SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES"; a.k.a. "LIMITED LIABILITY COMPANY SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES"; a.k.a. "VNIGAZ"), 15 Gazovikov St., bld. 1, Razvilka, Leninski Raion, Moskovskaya obl. 142717, Russia; Sevastopolskaya St. 1A, Ukhta, Komi Republic, Russia; Website www.vniigaz.ru; Email Address adm@vniigaz.gazprom.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jun 1999; Registration ID 1025000651598; Tax ID No. 5003028155; Government Gazette Number 31323949; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM).

GAZPROM VNIIGAZ, OOO (Cyrillic: ООО ГАЗПРОМ ВНИИГАЗ) (a.k.a. GAZPROM VNIIGAZ; a.k.a. LLC VNIIGAZ; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'NAUCHNO-ISSLEDOVATELSKI INSTITUT PRIRODNYKH GAZOV I GAZOVYKH TEKHNOLOGI - GAZPROM VNIIGAZ' (Cyrillic: НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ПРИРОДНЫХ ГАЗОВ И ГАЗОВЫХ

ТЕХНОЛОГИЙ - ГАЗПРОМ ВНИИГАЗ); f.k.a. "ALL UNION SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES"; a.k.a. "LIMITED LIABILITY COMPANY SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES"; a.k.a. "VNIGAZ"), 15 Gazovikov St., bld. 1, Razvilka, Leninski Raion, Moskovskaya obl. 142717, Russia; Sevastopolskaya St. 1A, Ukhta, Komi Republic, Russia; Website www.vniigaz.ru; Email Address adm@vniigaz.gazprom.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jun 1999; Registration ID 1025000651598; Tax ID No. 5003028155; Government Gazette Number 31323949; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM).

GAZPROMBANK (SWITZERLAND) LTD (a.k.a. GAZPROMBANK SCHWEIZ AG; a.k.a. RUSSISCHE KOMMERZIAL BANK AG), Zollikerstrasse 183, Zurich 8008, Switzerland; Zollikerstrasse 183, Zurich 8032, Switzerland; SWIFT/BIC RKBZCHZZ; Website www.gazprombank.ch; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Legal Entity Number 529900I9DRT12XN43G84; For more information on directives, please visit the following link: https://ofac.treasury.gov/sanctions-programs-and-country-information/ukraine-russia-related-sanctions#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMBANK JOINT STOCK COMPANY).

GAZPROMBANK JOINT STOCK COMPANY (Cyrillic: ГАЗПРОМБАНК АКЦИОНЕРНОЕ ОБЩЕСТВО) (a.k.a. BANK GPB JSC; f.k.a. GAZPROMBANK OPEN JOINT STOCK COMPANY; f.k.a. JOINT STOCK BANK OF THE GAS INDUSTRY GAZPROMBANK), 16 Nametkina Street, Bldg. 1, Moscow 117420, Russia; 6 Enh-Taivan St., Ulaanbaatar 14250, Mongolia; 6 Floor, Business Center Q, Block A, Building 15A, Kabanbay Batyra Avenue, Astana 010000, Kazakhstan; 10/48 Malcha Marg, Diplomatic Enclave, Chanakyapuri, Delhi 110021, India; Central International Trade Center, Suite No. 1205, Tower C, No. 6A Jianguomenwai Avenue, Chaoyang, Liaoning 100022, China; SWIFT/BIC GAZPRUMM; Website www.gazprombank.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Jul 1990; alt. Organization Established Date 31 Jul 1990; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7744001497 (Russia); Legal Entity Number 253400WSS48YWMBUA688; Registration Number 1027700167110 (Russia); For more information on directives, please visit the following link: https://ofac.treasury.gov/sanctions-programs-and-country-information/ukraine-russia-related-sanctions#directives [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROMBANK OPEN JOINT STOCK COMPANY (a.k.a. BANK GPB JSC; a.k.a. GAZPROMBANK JOINT STOCK COMPANY (Cyrillic: ГАЗПРОМБАНК АКЦИОНЕРНОЕ ОБЩЕСТВО); f.k.a. JOINT STOCK BANK OF THE GAS INDUSTRY GAZPROMBANK), 16 Nametkina Street, Bldg. 1, Moscow 117420, Russia; 6 Enh-Taivan St., Ulaanbaatar 14250, Mongolia; 6 Floor, Business Center Q, Block A, Building 15A, Kabanbay Batyra Avenue, Astana 010000, Kazakhstan; 10/48 Malcha Marg, Diplomatic Enclave, Chanakyapuri, Delhi 110021, India; Central International Trade Center, Suite No. 1205, Tower C, No. 6A Jianguomenwai Avenue, Chaoyang, Liaoning 100022, China; SWIFT/BIC GAZPRUMM; Website www.gazprombank.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Jul 1990; alt. Organization Established Date 31 Jul 1990; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7744001497 (Russia); Legal Entity Number 253400WSS48YWMBUA688; Registration Number 1027700167110 (Russia); For more information on directives, please visit the following link: https://ofac.treasury.gov/sanctions-programs-and-country-information/ukraine-russia-related-sanctions#directives [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROMBANK SCHWEIZ AG (a.k.a. GAZPROMBANK (SWITZERLAND) LTD; a.k.a. RUSSISCHE KOMMERZIAL BANK AG), Zollikerstrasse 183, Zurich 8008, Switzerland; Zollikerstrasse 183, Zurich 8032, Switzerland; SWIFT/BIC RKBZCHZZ; Website www.gazprombank.ch; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Legal

Entity Number 529900I9DRT12XN43G84; For more information on directives, please visit the following link: https://ofac.treasury.gov/sanctions-programs-and-country-information/ukraine-russia-related-sanctions#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMBANK JOINT STOCK COMPANY).

GAZPROMNEFT AERO AO (a.k.a. GAZPROMNEFT AERO JOINT STOCK COMPANY), Zoologicheskii Per Dom 2-4, Lit. B, Saint Petersburg 197198, Russia; Ul. Krzhizhanovskogo D. 14, Korp. 3, Saint Petersburg 197198, Russia; Ul. Chapaev 15, Lit. A, Saint Petersburg 197101, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7714117720 (Russia); Registration Number 1027700232614 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROMNEFT AERO JOINT STOCK COMPANY (a.k.a. GAZPROMNEFT AERO AO), Zoologicheskii Per Dom 2-4, Lit. B, Saint Petersburg 197198, Russia; Ul. Krzhizhanovskogo D. 14, Korp. 3, Saint Petersburg 197198, Russia; Ul. Chapaev 15, Lit. A, Saint Petersburg 197101, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7714117720 (Russia); Registration Number 1027700232614 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROMNEFT BITUMEN MATERIALS LIMITED LIABILITY COMPANY, 3-ya Liniya V.O. D. 62, Lit. A, Saint Petersburg 199178, Russia; Pr-kt Bolshoi V.O. D. 80, Lit. R, Floor 5, 6, Saint Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 6234000600 (Russia); Registration Number 1036238001645 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROMNEFT CATALYTIC SYSTEM LIMITED LIABILITY COMPANY, Pr-Kt Gubkina D. 1, Omsk 644040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Sep 2016; Tax ID No. 5501177142 (Russia);

Registration Number 1165543085542 (Russia) [RUSSIA-EO14024].

GAZPROMNEFT KHANTOS LIMITED LIABILITY COMPANY, Ul. Lenina D. 56, Khanty-Mansiysk 628011, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 8618006063 (Russia); Registration Number 1058600001118 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROMNEFT LUBRICANTS LLC (a.k.a. GAZPROMNEFT LUBRICANTS LTD; a.k.a. GAZPROMNEFT SM LLC), Ul. Krzhizhanovskogo D. 14/3, Blok B, Moscow 117218, Russia; Leningradsky Avenue 37A, Building 4, BC Arcus III, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7728640182 (Russia); Registration Number 1077762940331 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROMNEFT LUBRICANTS LTD (a.k.a. GAZPROMNEFT LUBRICANTS LLC; a.k.a. GAZPROMNEFT SM LLC), Ul. Krzhizhanovskogo D. 14/3, Blok B, Moscow 117218, Russia; Leningradsky Avenue 37A, Building 4, BC Arcus III, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7728640182 (Russia); Registration Number 1077762940331 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROMNEFT MARINE BUNKER LIMITED LIABILITY COMPANY, 3-ya Liniya V.O d. 62, 5, lit. A, Saint Petersburg 199178, Russia; Block R, 80 Bolshoi prospect, Vasilyevski Island, Saint Petersburg 199106, Russia; Ul. Galernaya 5 Lit A., Saint Petersburg 190000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7838392447 (Russia); Identification Number IMO 5402692; Registration Number 1077847626042 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROMNEFT MNPZ AO (a.k.a. AO GAZPROMNEFT MORP; a.k.a. AO GAZPROMNEFT MOSCOW REFINERY

PLANT; a.k.a. GAZPROM NEFT MOSCOW REFINERY JSC; a.k.a. GAZPROMNEFT MOSCOW REFINERY JOINT STOCK COMPANY; a.k.a. GAZPROMNEFT MOSKOVSKIY NPZ AO), Kv-I Kapotnya 2-I D. 1, K. 3, Russia 109429, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7723006328 (Russia); Registration Number 1027700500190 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROMNEFT MOSCOW REFINERY JOINT STOCK COMPANY (a.k.a. AO GAZPROMNEFT MORP; a.k.a. AO GAZPROMNEFT MOSCOW REFINERY PLANT; a.k.a. GAZPROM NEFT MOSCOW REFINERY JSC; a.k.a. GAZPROMNEFT MNPZ AO; a.k.a. GAZPROMNEFT MOSKOVSKIY NPZ AO), Kv-I Kapotnya 2-I D. 1, K. 3, Russia 109429, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7723006328 (Russia); Registration Number 1027700500190 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROMNEFT MOSKOVSKIY NPZ AO (a.k.a. AO GAZPROMNEFT MORP; a.k.a. AO GAZPROMNEFT MOSCOW REFINERY PLANT; a.k.a. GAZPROM NEFT MOSCOW REFINERY JSC; a.k.a. GAZPROMNEFT MNPZ AO; a.k.a. GAZPROMNEFT MOSCOW REFINERY JOINT STOCK COMPANY), Kv-I Kapotnya 2-I D. 1, K. 3, Russia 109429, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7723006328 (Russia); Registration Number 1027700500190 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROMNEFT NGGF OOO (Cyrillic: ГАЗПРОМНЕФТЬ ННГГФ ООО) (a.k.a. GAZPROMNEFT NOYABRSK OIL AND GAS GEOPHYSICS LIMITED LIABILITY COMPANY; a.k.a. GAZPROMNEFT NOYABRSKNEFTEGAZGEOFIZIKA; a.k.a. GAZPROMNEFT NOYABRSKNEFTEGAZGEOPHYSICS OOO (Cyrillic: ГАЗПРОМНЕФТЬ НОЯБРЬСКНЕФТЕГАЗГЕОФИЗИКА ООО)), ter. Promuzel Pelei, Panel Xv 24, Noyabrsk,

Yamalo-Nenetski A.O. 629809, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jun 2016; Tax ID No. 8905062456 (Russia); Government Gazette Number 04779032 (Russia); Registration Number 1168901053562 (Russia) [RUSSIA-EO14024].

GAZPROMNEFT NOYABRSK OIL AND GAS GEOPHYSICS LIMITED LIABILITY COMPANY (a.k.a. GAZPROMNEFT NGGF OOO (Cyrillic: ГАЗПРОМНЕФТЬ ННГГФ ООО); a.k.a. GAZPROMNEFT NOYABRSKNEFTEGAZGEOFIZIKA; a.k.a. GAZPROMNEFT NOYABRSKNEFTEGAZGEOPHYSICS OOO (Cyrillic: ГАЗПРОМНЕФТЬ НОЯБРЬСКНЕФТЕГАЗГЕОФИЗИКА ООО)), ter. Promuzel Pelei, Panel Xv 24, Noyabrsk, Yamalo-Nenetski A.O. 629809, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jun 2016; Tax ID No. 8905062456 (Russia); Government Gazette Number 04779032 (Russia); Registration Number 1168901053562 (Russia) [RUSSIA-EO14024].

GAZPROMNEFT NOYABRSK OIL AND GAS JOINT STOCK COMPANY (a.k.a. GAZPROMNEFT NOYABRSKNEFTEGAZ), Ul. Lenina D. 59/87, Noyabrsk 629807, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 8905000428 (Russia); Registration Number 1028900703963 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROMNEFT NOYABRSKNEFTEGAZ (a.k.a. GAZPROMNEFT NOYABRSK OIL AND GAS JOINT STOCK COMPANY), Ul. Lenina D. 59/87, Noyabrsk 629807, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 8905000428 (Russia); Registration Number 1028900703963 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROMNEFT NOYABRSKNEFTEGAZGEOFIZIKA (a.k.a. GAZPROMNEFT NGGF OOO (Cyrillic: ГАЗПРОМНЕФТЬ ННГГФ ООО); a.k.a. GAZPROMNEFT NOYABRSK OIL AND GAS GEOPHYSICS LIMITED LIABILITY COMPANY;

a.k.a. GAZPROMNEFT NOYABRSKNEFTEGAZGEOPHYSICS OOO (Cyrillic: ГАЗПРОМНЕФТЬ НОЯБРЬСКНЕФТЕГАЗГЕОФИЗИКА ООО)), ter. Promuzel Pelei, Panel Xv 24, Noyabrsk, Yamalo-Nenetski A.O. 629809, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jun 2016; Tax ID No. 8905062456 (Russia); Government Gazette Number 04779032 (Russia); Registration Number 1168901053562 (Russia) [RUSSIA-EO14024].

GAZPROMNEFT NOYABRSKNEFTEGAZGEOPHYSICS OOO (Cyrillic: ГАЗПРОМНЕФТЬ НОЯБРЬСКНЕФТЕГАЗГЕОФИЗИКА ООО) (a.k.a. GAZPROMNEFT NGGF OOO (Cyrillic: ГАЗПРОМНЕФТЬ ННГГФ ООО); a.k.a. GAZPROMNEFT NOYABRSK OIL AND GAS GEOPHYSICS LIMITED LIABILITY COMPANY; a.k.a. GAZPROMNEFT NOYABRSKNEFTEGAZGEOFIZIKA), ter. Promuzel Pelei, Panel Xv 24, Noyabrsk, Yamalo-Nenetski A.O. 629809, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jun 2016; Tax ID No. 8905062456 (Russia); Government Gazette Number 04779032 (Russia); Registration Number 1168901053562 (Russia) [RUSSIA-EO14024].

GAZPROMNEFT NTC (a.k.a. GAZPROMNEFT SCIENCE AND TECHNOLOGY CENTRE LIMITED LIABILITY COMPANY; a.k.a. GAZPROMNEFT STC LLC), Ul. Galernaya D. 5A, Saint Petersburg 190000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Nov 2007; Tax ID No. 7838395487 (Russia); Registration Number 1079847089673 (Russia) [RUSSIA-EO14024].

GAZPROMNEFT OMSK REFINERY JOINT STOCK COMPANY (a.k.a. GAZPROM NEFT OMSK REFINERY JSC; a.k.a. GAZPROMNEFT ONPZ OMSKIY REFINERY), PR-KT Gubkina, D. 1, Omsk 644040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 5501041254 (Russia); Registration Number 1025500508956 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROMNEFT ONPZ OMSKIY REFINERY (a.k.a. GAZPROM NEFT OMSK REFINERY JSC; a.k.a. GAZPROMNEFT OMSK REFINERY JOINT STOCK COMPANY), PR-KT Gubkina, D. 1, Omsk 644040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 5501041254 (Russia); Registration Number 1025500508956 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROMNEFT ORENBURG LIMITED LIABILITY COMPANY (a.k.a. GAZPROM NEFT ORENBURG LLC; a.k.a. GAZPROM NEFT ORENBURG ZAO), Ul. Krasnoznamennaya D. 56/1, Orenburg 460024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 5610218014 (Russia); Registration Number 1165658052450 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROMNEFT RAZVITIYE (a.k.a. LIMITED LIABILITY COMPANY GAZPROMNEFT DEVELOPMENT), d. 2-4 litera B, per. Zoologicheski, Saint Petersburg 197198, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728639370 (Russia); Registration Number 1077762622574 (Russia) [RUSSIA-EO14024].

GAZPROMNEFT SCIENCE AND TECHNOLOGY CENTRE LIMITED LIABILITY COMPANY (a.k.a. GAZPROMNEFT NTC; a.k.a. GAZPROMNEFT STC LLC), Ul. Galernaya D. 5A, Saint Petersburg 190000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Nov 2007; Tax ID No. 7838395487 (Russia); Registration Number 1079847089673 (Russia) [RUSSIA-EO14024].

GAZPROMNEFT SM LLC (a.k.a. GAZPROMNEFT LUBRICANTS LLC; a.k.a. GAZPROMNEFT LUBRICANTS LTD), Ul. Krzhizhanovskogo D. 14/3, Blok B, Moscow 117218, Russia; Leningradsky Avenue 37A, Building 4, BC Arcus III, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7728640182 (Russia); Registration Number 1077762940331 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROMNEFT STC LLC (a.k.a. GAZPROMNEFT NTC; a.k.a. GAZPROMNEFT SCIENCE AND TECHNOLOGY CENTRE LIMITED LIABILITY COMPANY), Ul. Galernaya D. 5A, Saint Petersburg 190000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Nov 2007; Tax ID No. 7838395487 (Russia); Registration Number 1079847089673 (Russia) [RUSSIA-EO14024].

GAZPROMNEFT TECHNOLOGICAL PARTNERSHIPS LIMITED LIABILITY COMPANY (a.k.a. "INDUSTRIX"), Ul. Yakubovicha d. 24, lit. A, Saint Petersburg 190000, Russia; ul. Promyshlennaya zd. 19, pomeshch. 403, Khanty-Mansiysk 628011, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type State-Owned Enterprise; Tax ID No. 8601066868 (Russia); Registration Number 1188617010064 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROMNEFT VOSTOK LLC, Ul. Nakhimova D. 13A, Str. 1, Tomsk 634045, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7017126251 (Russia); Registration Number 1057002610378 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROMNEFT YAMAL LIMITED LIABILITY COMPANY (a.k.a. GAZPROM NEFTEKHIM YAMAL), Ul. 50 Let Oktyabrya D. 8B, Tyumen 625000, Russia; Ul. Mira D. 43A, Salekhard 629002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 8901001822 (Russia); Registration Number 1118903004989 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROMNEFT ZAPOLYARYE LIMITED LIABILITY COMPANY (a.k.a. GAZPROMNEFT ZAPOLYARYE LLC), Ul. Taezhnaya D. 30A, Pomeshch. 10, Kabinet 207, Novyy Urengoy 629305, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type State-Owned Enterprise; Tax ID No. 7728720448 (Russia); Registration Number 1097746829740 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZPROMNEFT ZAPOLYARYE LLC (a.k.a. GAZPROMNEFT ZAPOLYARYE LIMITED LIABILITY COMPANY), Ul. Taezhnaya D. 30A, Pomeshch. 10, Kabinet 207, Novyy Urengoy 629305, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type State-Owned Enterprise; Tax ID No. 7728720448 (Russia); Registration Number 1097746829740 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZSTROIPROM AO (a.k.a. AKTSIONERNOE OBSHCHESTVO GAZSTROIPROM; a.k.a. AO GAZSTROYPROM; a.k.a. JOINT STOCK COMPANY GAZSTROYPROM), Ul. Tashkentskaya D. 3, Korpus 3 Lit. B, Saint Petersburg 196084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 21 Jun 2018; Tax ID No. 7842155505 (Russia); Government Gazette Number 29749701 (Russia); Registration Number 1187847178705 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GAZTRON CORP (a.k.a. AKTSIONERNOE OBSHCHESTVO OPTRON STAVROPOL; a.k.a. JOINT STOCK COMPANY OPTRON STAVROPOL; a.k.a. OPTRON STAVROPOL CORP), 431 Lenina Str., Stavropol 355000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2635078677 (Russia); Registration Number 1052600264254 (Russia) [RUSSIA-EO14024].

GAZZE DESTEK ORGANIZATION (a.k.a. GHAZI DESTEK DERNEGI; a.k.a. "GDD"), Aksemsettin Mahallesi, Akdeniz Caddesi, Hakperest Sokak No: 16, Daire 18 Fatih, Istanbul, Turkey; Website https://gdd.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2014; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization; Registered Charity No. 34-209-183 (Turkey) [SDGT] (Linked To: HAMAS).

GBAE (a.k.a. GENERAL BUREAU OF ATOMIC ENERGY; a.k.a. GENERAL DEPARTMENT OF ATOMIC ENERGY), Haeudong, Pyongchen District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

GBD LIMITED (f.k.a. KOLNET LIMITED), Afstralias 6, Limassol 3017, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Aug 1998; Organization Type: Non-specialized wholesale trade; Registration Number C96489 (Cyprus) [RUSSIA-EO14024] (Linked To: VOLFOVICH, Alexander).

GBJ DE COLIMA, S.A. DE C.V. (a.k.a. ESTACION DE SERVICIO GBJ), Avenida Benito Juarez No. 1039, Col. Villas del Rio, Villa de Alvarez, Colima C.P. 28970, Mexico; R.F.C. GCO070626DY8 (Mexico) [SDNTK].

GBL INTERNATIONAL LOGISTICS CO LTD, Room 05A, 17/F Billion Plaza 2, 10 Cheung Yue Street, Cheung Sha Wan, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Dec 2011; Business Registration Number 59225457 (Hong Kong); Registration Number 1687247 (Hong Kong) [RUSSIA-EO14024].

GCM EXCHANGE (Arabic: صرافی جی سی ام) (a.k.a. MANSOUR ZARRIN GHALAM AND PARTNERS COMPANY (Arabic: شرکت منصور زرین قلم و شرکاء); a.k.a. MANSOUR ZARRIN GHALAM AND PARTNERS GENERAL PARTNERSHIP COMPANY (Arabic: شرکت تضامنی منصور زرین قلم و شرکاء)), No. 3071, Valiasr Street, Bagh Fardows, Tehran 1961833966, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Sep 2005; National ID No. 10102948981 (Iran); Registration Number 254529 (Iran) [IRAN-EO13902].

GCT (a.k.a. GROUPE COMBATTANT TUNISIEN; a.k.a. JAMA'A COMBATTANTE TUNISIEN; a.k.a. TUNISIAN COMBAT GROUP; a.k.a. TUNISIAN COMBATANT GROUP; a.k.a. "JCT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

GEA OOO (Cyrillic: ООО ГЭА) (a.k.a. LIMITED LIABILITY COMPANY GEA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЭА); a.k.a. OBSHCHESTVO S OGRANICHENNOI

OTVETSTVENNOSTYU GEA), Ter. OEZ Alabuga, Ul. Sh-2, Str. 5/12, Pomeshch. 36, Yelabuga, Volga federal region, Tatarstan, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Mar 2020; Organization Type: Manufacture of pulp, paper and paperboard; Tax ID No. 1646048200 (Russia); Registration Number 1201600024878 (Russia); alt. Registration Number 43974020 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

GEBAA 2480 SAL (a.k.a. JEBAA 2480 SAL), Adnan Al Hakim Street, Al Wazeer Building, First Floor, Building No. 3672, Msaytbeh, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1013406 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

GEBERT, Markus (a.k.a. GELOWICZ, Abdullah; a.k.a. GELOWICZ, Fritz Martin; a.k.a. GELOWICZ, Fritz Martin Abdullah; a.k.a. GELOWITZ, Fritz Martin Abdullah; a.k.a. KONARS, Robert; a.k.a. "BENZL"), Boefinger Weg 20, Ulm 89075, Germany; Eberhardstrasse 70, Ulm 89073, Germany; DOB 01 Sep 1979; alt. DOB 10 Apr 1979; POB Munich, Germany; alt. POB Liege, Belgium; citizen Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 7020069907 (Germany); Personal ID Card 7020783883; currently incarcerated at Stuttgart-Stammheim, Germany (individual) [SDGT].

GEBREDENGEL, Simon (a.k.a. GOITOM, Taeme Abraham; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DA'AME"; a.k.a. "DHA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELE"; a.k.a. "MEKELLE"; a.k.a. "MEQELE"; a.k.a. "TESFALEN"; a.k.a. "TSEGAI"); DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

GEDEON, Kyungu Mutanga (a.k.a. MTANGA, Gedeon; a.k.a. MUTANGA WA BAFUNKWA KANONGA, Gedeon Kyungu; a.k.a. MUTANGA, Gedeon Kyungu; a.k.a. MUTANGA, Gideon Kyungu); DOB 1972; alt. DOB 1974; POB

Manono territory, Katanga Province (now Tanganyika Province), Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO].

GEFESD LTD (a.k.a. PO GEFESD), ul. Sovetskaya d. 15, Lyulikh 601362, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Nov 2010; Tax ID No. 3324123093 (Russia); Registration Number 1103337000524 (Russia) [RUSSIA-EO14024] (Linked To: GARSHIN, Vadim Veniaminovich; Linked To: RAZORENOV, Aleksandr Gennadievich).

GEFEST-M LLC, Office 401, Structure 1, Building 1, Chermyanskaya Street, Moscow 127081, Russia; Office Space 5, Room 18, Building 5/7 Rozhdestvenka Street, Moscow 107031, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] (Linked To: KOREA TANGUN TRADING CORPORATION).

GEIGES, Daniel; DOB 25 Jan 1938; POB Lachen, Switzerland; nationality Switzerland; Passport 8071366 (Switzerland) (individual) [NPWMD].

GEKKIEV, Zaur Dalkhatovich (Cyrillic: ГЕККИЕВ, Заур Далхатович), Russia; DOB 12 Feb 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GELERI IMPORT EXPORT S.R.L., 3 Str. Clinceni Depozitul, C10, Ilfov 70000, Romania; Romanian C.R. J23/242/2004 (Romania) [SDNTK].

GELERI, Omer, Prundeni, Valcea, Romania; c/o MEGA GROUP S.R.L.; c/o GELRO IMPEX S.R.L.; DOB 01 Mar 1946; POB Mardin, Turkey; nationality Turkey; CNP (Personal Numerical Code) 7460301380011 (Romania); Romanian Permanent Resident CAN 0125477 (Romania) issued 13 Jul 2007 (individual) [SDNTK].

GELERI, Zeyneddin, c/o GELERI IMPORT EXPORT S.R.L.; c/o MEGA GROUP S.R.L.; DOB 13 Oct 1973; alt. DOB 13 Oct 1977; POB Mardin, Turkey; nationality Turkey; citizen Turkey (individual) [SDNTK].

GELOWICZ, Abdullah (a.k.a. GEBERT, Markus; a.k.a. GELOWICZ, Fritz Martin; a.k.a.

GELOWICZ, Fritz Martin Abdullah; a.k.a. GELOWITZ, Fritz Martin Abdullah; a.k.a. KONARS, Robert; a.k.a. "BENZL"), Boefinger Weg 20, Ulm 89075, Germany; Eberhardstrasse 70, Ulm 89073, Germany; DOB 01 Sep 1979; alt. DOB 10 Apr 1979; POB Munich, Germany; alt. POB Liege, Belgium; citizen Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 7020069907 (Germany); Personal ID Card 7020783883; currently incarcerated at Stuttgart-Stammheim, Germany (individual) [SDGT].

GELOWICZ, Fritz Martin (a.k.a. GEBERT, Markus; a.k.a. GELOWICZ, Abdullah; a.k.a. GELOWICZ, Fritz Martin Abdullah; a.k.a. GELOWITZ, Fritz Martin Abdullah; a.k.a. KONARS, Robert; a.k.a. "BENZL"), Boefinger Weg 20, Ulm 89075, Germany; Eberhardstrasse 70, Ulm 89073, Germany; DOB 01 Sep 1979; alt. DOB 10 Apr 1979; POB Munich, Germany; alt. POB Liege, Belgium; citizen Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 7020069907 (Germany); Personal ID Card 7020783883; currently incarcerated at Stuttgart-Stammheim, Germany (individual) [SDGT].

GELOWICZ, Fritz Martin Abdullah (a.k.a. GEBERT, Markus; a.k.a. GELOWICZ, Abdullah; a.k.a. GELOWICZ, Fritz Martin; a.k.a. GELOWITZ, Fritz Martin Abdullah; a.k.a. KONARS, Robert; a.k.a. "BENZL"), Boefinger Weg 20, Ulm 89075, Germany; Eberhardstrasse 70, Ulm 89073, Germany; DOB 01 Sep 1979; alt. DOB 10 Apr 1979; POB Munich, Germany; alt. POB Liege, Belgium; citizen Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 7020069907 (Germany); Personal ID Card 7020783883; currently incarcerated at Stuttgart-Stammheim, Germany (individual) [SDGT].

GELOWITZ, Fritz Martin Abdullah (a.k.a. GEBERT, Markus; a.k.a. GELOWICZ, Abdullah; a.k.a. GELOWICZ, Fritz Martin; a.k.a. GELOWICZ, Fritz Martin Abdullah; a.k.a. KONARS, Robert; a.k.a. "BENZL"), Boefinger Weg 20, Ulm 89075, Germany; Eberhardstrasse 70, Ulm 89073, Germany; DOB 01 Sep 1979; alt. DOB 10 Apr 1979; POB Munich, Germany; alt. POB Liege, Belgium; citizen Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport

7020069907 (Germany); Personal ID Card 7020783883; currently incarcerated at Stuttgart-Stammheim, Germany (individual) [SDGT].

GELRO IMPEX S.R.L., Cart. Cring, Bloc 2C, Ap. 16, Municipiul Buzau, Buzau 120164, Romania; C.R. No. J10/623/1997 (Romania); Fiscal Code 9896460 (Romania) [SDNTK].

GEMINI MARINE LIMITED (a.k.a. GEMINI MARINE LTD-MAI), Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 06 Feb 2024; Identification Number IMO 6482373; Registration Number 124153 (Marshall Islands) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

GEMINI MARINE LTD-MAI (a.k.a. GEMINI MARINE LIMITED), Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 06 Feb 2024; Identification Number IMO 6482373; Registration Number 124153 (Marshall Islands) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

GEMINI S.A.S.U., 8eme etage, Immeuble 1113, Boulevard Du 30 Juin No. 110, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-01223 (Congo, Democratic Republic of the) [GLOMAG] (Linked To: OPERA).

GEMUHO HOLDING, INC, Costa de Este, P.H. Sevilla, Torre 1, apartamento 43B, Panama City, Panama; RUC # 2388488-1-803204 (Panama) [SDNTK].

GENAITI (a.k.a. "GENIT"), b-r Bolshoi (Innovatsionnogo Tsentra Skolkovo ter) d. 42, str. 1, et/pom.1/335, Moscow 121250, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701102208 (Russia); Registration Number 1187746256642 (Russia) [RUSSIA-EO14024].

GENBANK, AO (Cyrillic: ГЕНБАНК, АО) (a.k.a. AKTSIONERNOE OBSHCHESTVO GENBANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГЕНБАНК); a.k.a. CLOSED JOINT STOCK COMPANY GENBANK; a.k.a. JOINT STOCK COMPANY GENBANK; a.k.a. JSC GENBANK), Ozerkovskaya Naberezhnaya 12, Moscow 115184, Russia; Ulitsa Sevastopolskaya 13, Simferopol 295011, Ukraine; SWIFT/BIC GEOORUMM; Website www.genbank.ru; Email Address info@genbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1137711000074 (Russia) [UKRAINE-EO13685].

GENCOGLU, Serhat; DOB 29 Oct 1970; POB Turkey; CAATSA Section 235 Information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec 235(a)(12); alt. CAATSA Section 235 Information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec 235(a)(9); alt. CAATSA Section 235 Information: FOREIGN EXCHANGE. Sec 235(a)(7); alt. CAATSA Section 235 Information: BANKING TRANSACTIONS. Sec 235(a)(8); alt. CAATSA Section 235 Information: EXCLUSION OF CORPORATE OFFICERS. Sec 235(a)(11); Passport S01001544 (Turkey) expires 28 Mar 2018 (individual) [CAATSA - RUSSIA] (Linked To: PRESIDENCY OF DEFENSE INDUSTRIES).

GENERAL ARMAMENT DEPARTMENT (a.k.a. EQUIPMENT DEVELOPMENT DEPARTMENT (Chinese Simplified: 装备发展部)), China; CAATSA Section 235 Information: EXPORT SANCTIONS Sec. 235(a)(2); alt. CAATSA Section 235 Information: FOREIGN EXCHANGE. Sec 235(a)(7); alt. CAATSA Section 235 Information: BANKING TRANSACTIONS. Sec 235(a)(8); alt. CAATSA Section 235 Information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec 235(a)(12); alt. CAATSA Section 235 Information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec 235(a)(9) [CAATSA - RUSSIA].

GENERAL BOARD OF STATE EXPERT REVIEW (a.k.a. FAU 'GLAVGOSEKSPERTIZA ROSSII'; a.k.a. FEDERAL AUTONOMOUS INSTITUTION 'MAIN DIRECTORATE OF STATE EXAMINATION'; a.k.a. GLAVGOSEKSPERTIZA), Furkasovskiy Lane, building 6, Moscow 101000, Russia; 13 Demidova Street, Sevastopol, Crimea, Ukraine; 10 Vokzalnaya Street, Sevastopol, Crimea, Ukraine; Website http://gge.ru; Email Address info@gge.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

GENERAL BUREAU OF ATOMIC ENERGY (a.k.a. GBAE; a.k.a. GENERAL DEPARTMENT OF ATOMIC ENERGY), Haeudong, Pyongchen District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

GENERAL BUREAU OF PETROLEUM INDUSTRY (a.k.a. CRUDE OIL INDUSTRY MINISTRY; a.k.a. MINISTRY OF CRUDE OIL; a.k.a. MINISTRY OF CRUDE OIL INDUSTRY), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

GENERAL DEPARTMENT OF ATOMIC ENERGY (a.k.a. GBAE; a.k.a. GENERAL BUREAU OF ATOMIC ENERGY), Haeudong, Pyongchen District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

GENERAL DIRECTORATE OF MILITARY COUNTERINTELLIGENCE (a.k.a. DGCIM; a.k.a. DIRECCION GENERAL DE CONTRAINTELIGENCIA MILITAR (Latin: DIRECCIÓN GENERAL DE CONTRAINTELIGENCIA MILITAR)), Caracas, Capital District, Venezuela [VENEZUELA-EO13850].

GENERAL DIRECTORATE OF MINES (Latin: DIRECCIÓN GENERAL DE MINAS), Barrio Largaespada, Hospital Bautista 1c Oeste 1c Norte, Managua, Nicaragua; Organization Type: Mining of other non-ferrous metal ores; Target Type State-Owned Enterprise [NICARAGUA] (Linked To: MANSELL CASTRILLO, Salvador).

GENERAL HOLDING CORPORATION FOR REAL ESTATE DEVELOPMENT AND INVESTMENT (a.k.a. SHIBAM HOLDING (Arabic: شبام القابضة)), Faj Attan, Sana'a, Yemen; Website www.shibamholding.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Apr 2008; Organization Type: Activities of holding companies [SDGT] (Linked To: ANSARALLAH).

GENERAL KUWAIT COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

GENERAL NICKEL SA (a.k.a. LA COMPANIA GENERAL DE NIQUEL), Cuba [CUBA].

GENERAL STAFF OF IRANIAN ARMED FORCES (a.k.a. ARMED FORCES GENERAL STAFF; a.k.a. "AFGS"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13876].

GENERAL TECHNOLOGY GROUP DALIAN MACHINE TOOL IMPORT & EXPORT CO LTD (Chinese Simplified: 通用技术集团大连机床进出口有限公司) (a.k.a. GENERAL TECHNOLOGY GROUP DALIAN MACHINE TOOL IMPORT AND EXPORT CO LTD), No. 100, Liaohe East Road, Dalian 116000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91210242MA10F83X1K (China) [RUSSIA-EO14024].

GENERAL TECHNOLOGY GROUP DALIAN MACHINE TOOL IMPORT AND EXPORT CO LTD (a.k.a. GENERAL TECHNOLOGY GROUP DALIAN MACHINE TOOL IMPORT & EXPORT CO LTD (Chinese Simplified: 通用技术集团大连机床进出口有限公司)), No. 100, Liaohe East Road, Dalian 116000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit

Code (USCC) 91210242MA10F83X1K (China) [RUSSIA-EO14024].

GENERAL TECHNOLOGY LIMITED, Level 13, 68 Yee Wo Street, Causeway Bay, Hong Kong, China; Organization Established Date 06 Apr 2018; Target Type Private Company; Registration Number 2676701 (Hong Kong) [NPWMD].

GENERATION TRADING FREE ZONE ESTABLISHMENT (a.k.a. GENERATION TRADING FZE (Arabic: جينيراشن تريدينغ م.م.ح)), Al-Sabkha Tower, Baniyas Road, 109, Floor 8, Suite 810, Al-Sabkha, Deira, Dubai, United Arab Emirates; Business Center, Rakez, Ras al-Khaimah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Nov 2018; License 5020355 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

GENERATION TRADING FZE (Arabic: جينيراشن تريدينغ م.م.ح) (a.k.a. GENERATION TRADING FREE ZONE ESTABLISHMENT), Al-Sabkha Tower, Baniyas Road, 109, Floor 8, Suite 810, Al-Sabkha, Deira, Dubai, United Arab Emirates; Business Center, Rakez, Ras al-Khaimah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Nov 2018; License 5020355 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

GENESIS MARKET (a.k.a. "GENESIS MARKETPLACE"; a.k.a. "GENESIS STORE"), Russia; Website genesis.market; alt. Website G3n3sis.org; alt. Website genesis7zoveavupiiwnrycmaq6uro3kn5h2be3el7wdnbjti2ln2wid.onion; alt. Website g3n3sis.pro; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 01 Mar 2018 [CYBER2].

GENETICA GANADERA RANCHO ALEJANDRA S.P.R. DE R. L. DE C.V., Calle Alvarado No. 143, Local 5-J, Zona Centro, Ojos Negros, Domicilio Conocido, Ensenada, Baja California Norte, Mexico; Carretera Ensenada, San Felipe, Baja California Norte, Mexico [SDNTK].

GENETICA IMPORT-EXPORT S.P.R. DE R.L. DE C.V., Calle Alvarado No. 143, Local 5-J, Zona Centro, Ojos Negros, Domicilio Conocido, Ensenada, Baja California Norte, Mexico; Carretera Ensenada, San Felipe, Baja California Norte, Mexico; Avenida Iturbide No. 648-3, Ensenada, Baja California Norte, Mexico; Segunda No. 1576, Colonia Obrera, Ensenada, Baja California Norte, Mexico; R.F.C. GIE-030325-Q53 (Mexico) [SDNTK].

GENI GROUP (a.k.a. GENI S.A.; a.k.a. GENI SARL; a.k.a. "GENI"), Rua Marechal Bros Tito No 13, Ingombotas Predio Do Kinaxixi, Luanda, Angola; Cabinda, Angola; Organization Established Date 01 Jan 1996; Organization Type: Wholesale of other household goods [GLOMAG] (Linked To: FRAGOSO DO NASCIMENTO, Leopoldino).

GENI NOVAS TECNOLOGIAS (a.k.a. GENI NOVAS TECNOLOGIAS S.A.), Luanda, Angola; Organization Established Date 24 Jun 2003; Organization Type: Other information technology and computer service activities [GLOMAG] (Linked To: FRAGOSO DO NASCIMENTO, Leopoldino).

GENI NOVAS TECNOLOGIAS S.A. (a.k.a. GENI NOVAS TECNOLOGIAS), Luanda, Angola; Organization Established Date 24 Jun 2003; Organization Type: Other information technology and computer service activities [GLOMAG] (Linked To: FRAGOSO DO NASCIMENTO, Leopoldino).

GENI S.A. (a.k.a. GENI GROUP; a.k.a. GENI SARL; a.k.a. "GENI"), Rua Marechal Bros Tito No 13, Ingombotas Predio Do Kinaxixi, Luanda, Angola; Cabinda, Angola; Organization Established Date 01 Jan 1996; Organization Type: Wholesale of other household goods [GLOMAG] (Linked To: FRAGOSO DO NASCIMENTO, Leopoldino).

GENI SARL (a.k.a. GENI GROUP; a.k.a. GENI S.A.; a.k.a. "GENI"), Rua Marechal Bros Tito No 13, Ingombotas Predio Do Kinaxixi, Luanda, Angola; Cabinda, Angola; Organization Established Date 01 Jan 1996; Organization Type: Wholesale of other household goods [GLOMAG] (Linked To: FRAGOSO DO NASCIMENTO, Leopoldino).

GENOV, Ivan (a.k.a. GENOV, Ivan Kirov (Cyrillic: ГЕНОВ, Иван Киров)), Bulgaria; DOB 19 May 1953; POB Gita, Bulgaria; nationality Bulgaria; Gender Male; National ID No. 5305197607 (Bulgaria) (individual) [GLOMAG].

GENOV, Ivan Kirov (Cyrillic: ГЕНОВ, Иван Киров) (a.k.a. GENOV, Ivan), Bulgaria; DOB 19 May 1953; POB Gita, Bulgaria; nationality Bulgaria; Gender Male; National ID No. 5305197607 (Bulgaria) (individual) [GLOMAG].

GENT ELEKTRIK ENERJISI TOPTAN SATI AS (f.k.a. BATI ENERJI URETIM SANAYI VE TICARET ANONIM SIRKETI; a.k.a. GENT ELEKTRIK ENERJISI TOPTAN SATIS ANONIM SIRKETI), No: 12, Istinye Mahallesi Bostan Sokak, Sariyer, Istanbul 34460, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Istanbul Chamber of Comm. No. 593351 (Turkey); Registration Number 593351-0 (Turkey); Central Registration System Number 0150-0522-0980-0013 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

GENT ELEKTRIK ENERJISI TOPTAN SATIS ANONIM SIRKETI (f.k.a. BATI ENERJI URETIM SANAYI VE TICARET ANONIM SIRKETI; a.k.a. GENT ELEKTRIK ENERJISI TOPTAN SATI AS), No: 12, Istinye Mahallesi Bostan Sokak, Sariyer, Istanbul 34460, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Istanbul Chamber of Comm. No. 593351 (Turkey); Registration Number 593351-0 (Turkey); Central Registration System Number 0150-0522-0980-0013 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

GENT PETROL VE DIS TICARET LIMITED SIRKETI, Istinye Mah. Bostan Sok. No. 12 Sariyer, Istanbul, Turkey; No. 29 Resitpasa Deniz Bank Ust Sit. Yol Sk., Istinye, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Istanbul Chamber of Comm. No. 443806 (Turkey); Registration Number 443806-0 (Turkey); Central Registration System Number 0394-0158-3920-0015 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

GEO HIT (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GEO KHIT; a.k.a. "GEO KHIT"), Pl. Sovetsko-Chekhoslovatskoi Druzhby, Saratov 410059, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Maintenance and repair of motor vehicles; Tax ID No. 6451422711 (Russia); Registration Number 1086451002890 (Russia) [RUSSIA-EO14024].

GEOFARMA S.A. DE C.V., Colonias No. 269, Guadalajara, Jalisco 44100, Mexico; Calle Nueva York No. 304, Col. Napoles, Benito Juarez, Mexico City, Distrito Federal 03810, Mexico; Wisconsin No. 68, Col. Napoles, Benito

Juarez, Mexico City, Distrito Federal 03810, Mexico; Uno No. 110, Col. Revoluciones, Boca Del Rio, Veracruz 94296, Mexico; R.F.C. GEO000810UD5 (Mexico); Folio Mercantil No. 265072 (Mexico) [SDNTK].

GEOLOGORAZVEDKA AO (a.k.a. VNIGRI GEOLOGORAZVEDKA AO (Cyrillic: ВНИГРИ ГЕОЛОГОРАЗВЕДКА АО)), Ulitsa Fayansovaya, Dom 20, Korpus 2 Lit. A, Pomeshenie 313, Saint Petersburg 192019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811638125 (Russia); Registration Number 1177847061545 (Russia) [RUSSIA-EO14024].

GEOPOLITICA (Cyrillic: ГЕОПОЛИТИКА), Russia; Website Geopolitica.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660] (Linked To: DUGIN, Aleksandr).

GEORESOURCES LIMITED, Hong Kong, China; Company Number 1003297 (Hong Kong) [TCO] (Linked To: CHEN, Zhi).

GEORGIEVA, Elena Aleksandrovna (Cyrillic: ГЕОРГИЕВА, Елена Александровна), Moscow, Russia; DOB 15 Feb 1977; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771988299175 (Russia) (individual) [RUSSIA-EO14024].

GEORGIOU, Georgios, United Arab Emirates; DOB 10 Oct 1963; POB Nicosia, Cyprus; nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport K00489150 (Cyprus) (individual) [RUSSIA-EO14024].

GEOSCAN LTD (a.k.a. LIMITED LIABILITY COMPANY GEOSCAN), ul. Shatelena 26 A, Saint Petersburg 194021, Russia; Politekhnicheskaya street, building 22, complex L, room 1-N, room 12, St. Petersburg 194021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801450808 (Russia); Registration Number 1077847632818 (Russia) [RUSSIA-EO14024].

GEOTECH ENGINEERING LIMITED, Hong Kong, China; Company Number 0485362 (Hong Kong) [TCO] (Linked To: CHEN, Zhi).

GEOTECH HOLDINGS LIMITED, Hong Kong, China; Business Registration Number 66512554 (Hong Kong) [TCO] (Linked To: CHEN, Zhi).

GEOVETTY, Luisa de Fatima (a.k.a. GIOVETTY, Luisa de Fatima), Avenida 4 de Fevereiro, No. 32, 5 Esquerdo, Bairro Marginal, Municipio de Ingombata, Luanda, Luanda, Angola; DOB 14 Jul 1962; POB Sambinzanga, Angola; alt. POB Luanda, Angola; nationality Angola; Gender Female (individual) [GLOMAG] (Linked To: BAIA CONSULTING LIMITED).

GEPA ULUSLARARASI TICARET LIMITED SIRKETI, Sirinevler Mah. Mahmutbey Cad. Imren Ishani No: 14, Ic Kapi No: 32, Bahcelievler, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jun 2023; Organization Type: Wholesale of other machinery and equipment [RUSSIA-EO14024].

GERAMI, Gholamhossein (Arabic: غلامحسین گرامی), Iran; DOB 21 Mar 1971 to 21 Mar 1972; POB Aghajari, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13902].

GERASIM, Oleg Romualdovich (Cyrillic: ГЕРАСИМ, Олег Ромуальдович) (a.k.a. HERASIM, Aleh Ramualdavych (Cyrillic: ГЕРАСІМ, Алег Рамуальдавіч)), Belarus; DOB 03 Mar 1962; POB Belarus; nationality Belarus; Gender Male; Passport MP3293367 (Belarus) expires 02 Feb 2027; National ID No. 3030362A074PB6 (Belarus) (individual) [BELARUS-EO14038].

GERASIMOV, Valery, Russia; DOB 08 Sep 1955; POB Kazan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

GERBARIUM OFFICE MANAGEMENT LLC (a.k.a. HERBARIUM OFFICE MANAGEMENT LLC), Ul. Novyi Arbat D. 29, Kabinet 324, Moscow 121099, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7704877746 (Russia); Registration Number 5147746250890 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GERBER, Mikhail (Cyrillic: ГЕРБЕР, Михаил) (a.k.a. GERBER, Mikhail Yuyevich), Moscow, Russia; DOB 25 Jan 1983; POB Izhevsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530012175 (Russia); National ID No. 183509230133 (Russia) (individual) [RUSSIA-EO14024].

GERBER, Mikhail Yuyevich (a.k.a. GERBER, Mikhail (Cyrillic: ГЕРБЕР, Михаил)), Moscow, Russia; DOB 25 Jan 1983; POB Izhevsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530012175 (Russia); National ID No. 183509230133 (Russia) (individual) [RUSSIA-EO14024].

GERCO SAS (a.k.a. ASHDALE SETTLEMENT GERCO SAS), 67 Boulevard Du 30 Juin, Immeuble Golf, 5eme etage, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; 32 BIS, Avenue KIVU, Ngaliema, Kinshasa, Kinshasa, Congo, Democratic Republic of the; 8eme etage, immeuble 1113, Boulevard Du 30 Juin No. 110, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; 70 Batetela, Immeuble Tilipia, 5eme etage, Municipality of Gombe, Kinshasa, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/17-B-01379 (Congo, Democratic Republic of the) [GLOMAG] (Linked To: MUKONDA MAYANDU, Alain).

GEREMEYEV, Ruslan, Russia; DOB 10 May 1978; citizen Russia; Gender Male (individual) [MAGNIT].

GEREMEYEV, Suleiman Sadulayevich (Cyrillic: ГЕРЕМЕЕВ, Сулейман Садулаевич), Russia; DOB 20 Jan 1971; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GERESANO ESCRIBANO, Gonzalo (a.k.a. "CERESANO ESCRIBANO"; a.k.a. "GERESANO ESCRIBAJO"; a.k.a. "GERESANO ESCRINAO"; a.k.a. "JEREZANO ESCRIBANO"), Mexico; DOB 28 Feb 1974; nationality Mexico; citizen Mexico; R.F.C. GEEG740228 (Mexico) (individual) [SDNTK].

GERMANOVA, Olga Mikhaylovna (Cyrillic: ГЕРМАНОВА, Ольга Михайловна), Russia; DOB 26 Sep 1961; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GERSHANOK, Lev Valentinovich (Cyrillic: ГЕРШАНОК, Лев Валентинович), Moscow, Russia; DOB 06 Feb 1976; POB Perm, Perm Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11

of Executive Order 14024. (individual) [RUSSIA-EO14024].

GERTLER FAMILY FOUNDATION (a.k.a. LA FONDATION FAMILLE GERTLER), Congo, Democratic Republic of the [GLOMAG] (Linked To: GERTLER, Dan).

GERTLER, Dan, 17 Daniel Street, Bnei Brak, Israel; 28 Daniel Street, Bnei Brak, Israel; Avenue Tchatchi 29, Gombe, Kinshasa, Congo, Democratic Republic of the; DOB 23 Dec 1973; POB Tel Aviv, Israel; nationality Israel; alt. nationality Congo, Democratic Republic of the; Gender Male; Passport 10945182 (Israel) issued 28 Jun 2010 expires 27 Jun 2020; alt. Passport 10926248 (Israel) issued 25 Feb 2008 expires 27 Feb 2018; alt. Passport DB0009084 (Congo, Democratic Republic of the) issued 28 May 2015 expires 27 May 2020; National ID No. 027100619 (Israel) (individual) [GLOMAG].

GESSI MARITIME CORPORATION, 1st Floor, Dekk House, Zippora Street, Providence Industrial Estate, Victoria, Mahe, Seychelles; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6466149 [UKRAINE-EO13662] [RUSSIA-EO14024].

GESTAR SANAT DELIJAN COMPANY (a.k.a. JESTAR SANAT DELIJAN; a.k.a. JESTAR SANAT DELIJAN COMPANY), No. 9 Shenasa Street, Vali-Asr Street, Tehran, Iran; Shenasa St., Valiasr St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2005; National ID No. 10861613201 (Iran); Registration Number 1041 (Iran) [NPWMD] [IFSR] (Linked To: HOSSEINI, Mohammad Ali).

GESTION HYSA INC (a.k.a. HYSA HOLDINGS INC), Montreal, Quebec, Canada; Organization Established Date 27 Oct 2011; Company Number 798018-3 (Canada); Business Number 842067886RC0001 (Canada) [TCO] (Linked To: HYSA, Luftar).

GESTORAS PRO-AMNISTIA (a.k.a. ASKATASUNA), Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

GESTORES DEL ECUADOR GESTORUM S.A., Av. de los Shyris No. 35-174, Barrio Suecia, Quito, Ecuador; RUC # 1792141214001 (Ecuador) [SDNTK].

GETTA, Anton Aleksandrovich (Cyrillic: ГЕТТА, Антон Александрович), Russia; DOB 29 Apr 1980; nationality Russia; Gender Male;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GEUMMANE, Abu Bakr (a.k.a. AL-JAZA'IRI, Abu Ubaida; a.k.a. AL-JAZAIRI, Abu Ubaydah; a.k.a. GHUMAYN, Abu Bakr Muhammad Muhammad; a.k.a. GUEMMANE, Aboubakir; a.k.a. GUEMMANE, Aboubakr; a.k.a. GUEMMANE, Aboubekr; a.k.a. GUEMMANE, Abu Bakr Muhammad Muhammad; a.k.a. JAMIN, Abu Bakr Muhammad Muhammad; a.k.a. MAZOUZ, Kheireddine; a.k.a. MAZOUZI, Khayr al-Din; a.k.a. "LESAGE, Carol Jacques Ghislain"; a.k.a. "LESAGE, Jacques Ghislain"), Iran; DOB 31 Mar 1981; POB Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 98LH90556 (France) (individual) [SDGT] (Linked To: AL QA'IDA).

GEX EXPLORE S. DE R.L. DE C.V., Avenida David Alfaro Siqueiros 2789-102, Colonia Zona Rio, Tijuana, Baja California, Mexico; Avenida David Alfaro 25, Tijuana, Baja California CP 22320, Mexico; Calle Nezahualcoyotl No. 1660, Colonia Zona Rio, Tijuana, Baja California CP 22320, Mexico [SDNTK].

GEYE, Aroun (a.k.a. GAYE, Aroun; a.k.a. GAYE, Haroun; a.k.a. GUAYE, Haroun; a.k.a. GUEYE, Haroun), Bangui, Central African Republic; DOB 30 Jan 1968; alt. DOB 30 Jan 1969; Passport O00065872 (Central African Republic) expires 30 Dec 2019 (individual) [CAR].

GGNTU IM. AKAD. M.D. MILLIONSHCHIKOVA FGBOU VO GGNTU IM. AKAD. M. D. MILLIONSHCHIKOVA FGBU (a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION GROZNY STATE OIL TECHNICAL UNIVERSITY NAMED AFTER ACADEMICIAN M.D. MILLIONSHCHIKOV; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA GROZNENSKI GOSUDARSTVENNY NEFTYANOI TEKHNICHESKI UNIVERSITET IMENI AKADEMIKA M.D. MILLIONSHCHIKOVA; a.k.a. GROZNY STATE OIL TECHNICAL UNIVERSITY; a.k.a. GROZNY STATE OIL TECHNICAL UNIVERSITY NAMED AFTER M.D. MILLIONSHIKOVA), 100, Isaeva av., Grozny 364024, Russia; 100, prospekt Imeni Khuseina Abubakarovicha Isaeva, Grozny,

Chechnya Republic 364051, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jun 2000; Organization Type: Higher education; Tax ID No. 2020000531 (Russia); Government Gazette Number 45267841 (Russia); Registration Number 1022002549580 (Russia) [RUSSIA-EO14024].

GHAANI, Esmail (a.k.a. AKBARNEJAD, Esmaeil Ghaani; a.k.a. GHA'ANI, Esma'il; a.k.a. GHANI, Esmail; a.k.a. NEZHAD, Ismail Akbar; a.k.a. QA'ANI, Esma'il; a.k.a. QANI, Esmail); DOB 08 Aug 1957; POB Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D9003033 (Iran); alt. Passport D9008347 (Iran) issued 18 Jul 2010 expires 18 Jul 2015 (individual) [SDGT] [IRGC] [IFSR].

GHA'ANI, Esma'il (a.k.a. AKBARNEJAD, Esmaeil Ghaani; a.k.a. GHAANI, Esmail; a.k.a. GHANI, Esmail; a.k.a. NEZHAD, Ismail Akbar; a.k.a. QA'ANI, Esma'il; a.k.a. QANI, Esmail); DOB 08 Aug 1957; POB Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D9003033 (Iran); alt. Passport D9008347 (Iran) issued 18 Jul 2010 expires 18 Jul 2015 (individual) [SDGT] [IRGC] [IFSR].

GHADAFFI, Aisha (a.k.a. AL-GADDAFI, Ayesha; a.k.a. AL-QADHAFI, Aisha; a.k.a. ELKADDAFI, Aisha; a.k.a. EL-QADDAFI, Aisha; a.k.a. GADDAFI, Ayesha; a.k.a. GADHAFI, Aisha; a.k.a. GHATHAFI, Aisha; a.k.a. GHATHAFI, Aisha Muammer; a.k.a. QADDAFI, Aisha; a.k.a. QADHAFI, Aisha; a.k.a. QADHAFI, Aisha Muammar Muhammed Abu Minyar; a.k.a. QADHAFI, Ayesha), Oman; DOB 1977; alt. DOB 1976; alt. DOB 01 Jan 1978; POB Tripoli, Libya; Gender Female; Passport 215215 (Libya); alt. Passport 428720 (Libya); alt. Passport B/011641; alt. Passport 03824970 (Oman) issued 04 May 2014 expires 03 May 2024; National ID No. 98606612 (individual) [LIBYA2].

GHADAFFI, Hannibal (a.k.a. AL-GADDAFI, Hannibal; a.k.a. AL-QADHAFI, Hannibal; a.k.a. ELKADDAFI, Hannibal; a.k.a. EL-QADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal Muammar; a.k.a. GHATHAFI, Hannibal; a.k.a. QADDAFI, Hannibal; a.k.a. QADHAFI, Hannibal

Muammar); DOB 20 Sep 1975; alt. DOB 1977; POB Tripoli, Libya; Passport B/002210 (Libya) (individual) [LIBYA2].

GHADAFFI, Khamis (a.k.a. AL-GADDAFI, Khamis; a.k.a. AL-QADHAFI; a.k.a. AL-QADHAFI, Khamis; a.k.a. ELKADDAFI, Khamis; a.k.a. EL-QADDAFI, Khamis; a.k.a. GADDAFI, Khamis; a.k.a. GADHAFI, Khamis; a.k.a. GHATHAFI, Khamis; a.k.a. QADDAFI, Khamis; a.k.a. QADHAFI, Khamis); DOB 1980 (individual) [LIBYA2].

GHADAFFI, Muammar Muhammad (a.k.a. AL-GADDAFI, Muammar; a.k.a. AL-QADHAFI, Muammar; a.k.a. AL-QADHAFI, Muammar Abu Minyar; a.k.a. ELKADDAFI, Muammar; a.k.a. EL-QADDAFI, Muammar; a.k.a. GADDAFI, Mu'ammar; a.k.a. GADDAFI, Muammar; a.k.a. GADHAFI, Muammar; a.k.a. GHATHAFI, Muammar; a.k.a. QADDAFI, Muammar; a.k.a. QADHAFI, Muammar); DOB 1942; POB Sirte, Libya (individual) [LIBYA2].

GHADAFFI, Mutassim (a.k.a. AL-GADDAFI, Mutassim; a.k.a. AL-QADHAFI, Mutassim; a.k.a. ELKADDAFI, Mutassim; a.k.a. EL-QADDAFI, Mutassim; a.k.a. GADDAFI, Mutassim; a.k.a. GADHAFI, Mutassim Billah; a.k.a. GHATHAFI, Mutassim; a.k.a. QADDAFI, Mutassim; a.k.a. QADHAFI, Mutassim); DOB 1975 (individual) [LIBYA2].

GHADAFFI, Saif al-Islam (a.k.a. AL-GADDAFI, Saif al-Islam; a.k.a. AL-QADHAFI, Saif al-Islam; a.k.a. ELKADDAFI, Saif al-Islam; a.k.a. EL-QADDAFI, Seif al-Islam; a.k.a. GADDAFI, Saif al-Islam; a.k.a. GADHAFI, Saif al-Islam; a.k.a. GHATHAFI, Saif al-Islam; a.k.a. QADDAFI, Saif al-Islam; a.k.a. QADHAFI, Saif al-Islam); DOB 25 Jun 1972; POB Tripoli, Libya (individual) [LIBYA2].

GHADDAR, Ibrahim Fadel (Arabic: ابراهيم فاضل غدار), Dubai, United Arab Emirates; DOB 22 Jan 1978; nationality France; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 13FV29368 (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

GHADER, El Hadj Ould Abdel (a.k.a. JELIL, Youssef Ould Abdel; a.k.a. KHADER, Abdel; a.k.a. SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed; a.k.a. SALEM, Mohamed; a.k.a. SALIM, 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad; a.k.a. SOULEIMANE, Abou; a.k.a. "AL-MAURITANI, Sheikh Yunis"; a.k.a. "AL-MAURITANI, Younis"; a.k.a. "AL-MAURITANI, Yunis"; a.k.a.

"CHINGHEITY"; a.k.a. "THE MAURITANIAN, Salih"; a.k.a. "THE MAURITANIAN, Shaykh Yunis"); DOB 1981; POB Saudi Arabia; nationality Mauritania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

GHADIR ABU MUSA HAMOON, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR CASPIAN GILAN ENERGY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR CASPIAN STEEL TRADING, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR ELECTRICITY AND ENERGY INVESTMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR ETEZAD INVESTMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR INDUSTRIAL TRADING, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR INTERNATIONAL TRADING AND DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR INVESTMENT AND INDUSTRY DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR INVESTMENT COMPANY, 341 West Mirdamad Boulevard, Tehran, Iran; P.O. Box 19696, Tehran, Iran; Website http://www.ghadir-invest.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

GHADIR KANI ARIYA, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR KHUZESTAN CONSTRUCTION INDUSTRY DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary

Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR LAMORD ENERGY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR MANAGEMENT AND COMMERCIAL SERVICES, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR MAZANDARAN ELECTRICITY AND ENERGY GENERATION, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR MEHRIZ SOLAR ENERGY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR OXIN ELECTRICITY GENERATION DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR PAYMAN COUNSELING ENGINEERS, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR PETRO ARMAN KISH, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR PISHRO ELECTRICITY GENERATION, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR QOM SOLAR ENERGY GENERATION DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR REAL-TIME SYSTEMS DEVELOPMENT (a.k.a. GHADIR TOSE-E SAAMANEHAYE BEHENGAAM; a.k.a. "ISEEMA"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR SOLAR ELECTRICITY AND ENERGY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR TEHRAN ELECTRICITY AND ENERGY GENERATION DEVELOPMENT, Iran;

Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR TOSE-E SAAMANEHAYE BEHENGAAM (a.k.a. GHADIR REAL-TIME SYSTEMS DEVELOPMENT; a.k.a. "ISEEMA"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR ZARE ZAGHALCHI, Mohammad Reza (a.k.a. ZARE' ZAGHALCHALI GHADIR, Mohammad Reza), Square Nowbonyad, Town Shahid Raja'i-Boluk 2 T 5 and 22 P, Tehran, Iran; DOB 24 Aug 1975; POB Sary, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2092614517 (Iran) (individual) [NPWMD] [IFSR].

GHADIRIAN, Hamid Reza, Iran; DOB 23 Sep 1978; POB Aran o Bigdol, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 6199152344 (Iran) (individual) [NPWMD] [IFSR].

GHAED BASSIR (Arabic: قائد بصیر) (a.k.a. GHAED BASSIR PETROCHEMICAL PRODUCTS COMPANY (Arabic: شرکت پتروشیمی قائد بصیر)), No. 15, Palizvani (7th) Street, Gandhi (South) Avenue, Tehran 1517655711, Iran; Km 10 of Khomayen Road, Golpayegan, Iran; Website http://www.gbpc.net; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101795696 (Iran); Registration Number 136434 (Iran) [IRAN] [IRAN-EO13876] (Linked To: TADBIR ENERGY DEVELOPMENT GROUP CO.).

GHAED BASSIR PETROCHEMICAL PRODUCTS COMPANY (Arabic: شرکت پتروشیمی قائد بصیر) (a.k.a. GHAED BASSIR (Arabic: قائد بصیر)), No. 15, Palizvani (7th) Street, Gandhi (South) Avenue, Tehran 1517655711, Iran; Km 10 of Khomayen Road, Golpayegan, Iran; Website http://www.gbpc.net; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101795696 (Iran); Registration Number 136434 (Iran) [IRAN] [IRAN-EO13876] (Linked To: TADBIR ENERGY DEVELOPMENT GROUP CO.).

GHAEDI, Ahmad (Arabic: احمد قائدی) (a.k.a. QA'IDI, Ahmad), Iran; United Arab Emirates; DOB 17 May 1976; POB Darab, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Passport E54619530 (Iran) expires 20 Sep 2026; National ID No. 2490326791 (Iran) (individual) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

GHAEEMI, Morteza (a.k.a. ALI, Ghasemi Morteza; a.k.a. GHASEMI, Morteza; a.k.a. QASIMI, Murtadi); DOB 10 Apr 1991; alt. DOB 31 May 1988; alt. DOB 03 Mar 1983; alt. DOB 03 Jan 1983; POB Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T14532563 (Iran); alt. Passport K30803856 (Iran) expires 07 Sep 2019 (individual) [SDGT] (Linked To: QASEMI, Rostam).

GHAEMI, Sayyed Taghi (a.k.a. DANESHVAR, Taghi; a.k.a. DANESHVAR, Taqi; a.k.a. GHA'EMI, Sayyed Taghi (Arabic: سید تقی قائمی)), Mehrdad, Iran; DOB 23 Mar 1960; POB Golpayegan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [HOSTAGES-EO14078] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

GHA'EMI, Sayyed Taghi (Arabic: سید تقی قائمی) (a.k.a. DANESHVAR, Taghi; a.k.a. DANESHVAR, Taqi; a.k.a. GHAEMI, Sayyed Taghi), Mehrdad, Iran; DOB 23 Mar 1960; POB Golpayegan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [HOSTAGES-EO14078] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

GHAFARI, Sanaullah (a.k.a. AL-MUHAJIR, Shahab), Afghanistan; DOB 28 Oct 1994; POB Afghanistan; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport O1503093 (individual) [SDGT].

GHAFARIAN, Seyed Mohammed (a.k.a. GHAFFARIANANBERAN, Seyedmohammad), Iran; DOB 29 Jul 1987; POB Manchester, England; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport B16035341 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

GHAFFAR, Haidar Houssam Al-Din Abdul (Arabic: حیدر حسام الدین عبد الغفار) (a.k.a. 'ABD-

AL-GHAFFAR, Haydar Husam-al-Din; a.k.a. ABDELGHAFFAR, Haidar H.; a.k.a. GHAFFAR, Haidar Houssem Elddine Abdul), Baabda, Lebanon; DOB 25 Apr 1991; POB Damascus, Syria; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR2661263 (Lebanon); alt. Passport LR0747845 (Lebanon); National ID No. 000027844263 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

GHAFFAR, Haidar Houssem Elddine Abdul (a.k.a. 'ABD-AL-GHAFFAR, Haydar Husam-al-Din; a.k.a. ABDELGHAFFAR, Haidar H.; a.k.a. GHAFFAR, Haidar Houssam Al-Din Abdul (Arabic: حیدر حسام الدین عبد الغفار)), Baabda, Lebanon; DOB 25 Apr 1991; POB Damascus, Syria; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR2661263 (Lebanon); alt. Passport LR0747845 (Lebanon); National ID No. 000027844263 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

GHAFFARHADDADI, Javad (Arabic: جواد غفارحدادی), Iran; DOB 23 Sep 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport F57122360 (Iran) expires 15 Jun 2027 (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

GHAFFARI, Mehdi, Tehran, Iran; DOB 21 Sep 1977; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0558674577 (Iran) (individual) [NPWMD] [IFSR] (Linked To: KAVOSHGARAN ASMAN MOJ GHADIR COMPANY).

GHAFFARIANANBERAN, Seyedmohammad (a.k.a. GHAFARIAN, Seyed Mohammed), Iran; DOB 29 Jul 1987; POB Manchester, England; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport B16035341 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

GHAFFARINIA, Omid; DOB 24 Jun 1990; nationality Iran; Additional Sanctions

Information - Subject to Secondary Sanctions (individual) [CYBER2].

GHAFUR, Humam Abdel Khaleq Abdel (a.k.a. ABD AL-GHAFUR, Humam Abd al-Khaliq; a.k.a. 'ABD AL-RAHMAN, Humam 'abd al-Khaliq; a.k.a. ABD-AL-GHAFUR, Humam abd-al-Khaliq; a.k.a. RASHID, Humam 'abd al-Khaliq); DOB 1945; POB ar-Ramadi, Iraq; nationality Iraq; Former Minister of Higher Education and Research; M0018061/104,issued 12 September 1993 (individual) [IRAQ2].

GHAILANI, Abubakary Khalfan Ahmed (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

GHAILANI, Ahmed (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

GHAILANI, Ahmed Khalfan (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED,

Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

GHAIR, Dr. Alim (a.k.a. HAQQANI, Dr. Naseer; a.k.a. HAQQANI, Naseer; a.k.a. HAQQANI, Nashir; a.k.a. HAQQANI, Nasiruddin; a.k.a. HAQQANI, Nassir; a.k.a. "NASERUDDIN"); DOB 1972; POB Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

GHAIRAT, Hushang (Cyrillic: ГАЙРАТ, Ушанг), Russia; DOB 1984; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport SE046462 (Afghanistan) expires 01 Jan 2011 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

GHAIRAT, Sohrab (Cyrillic: ГАЙРАТ, Сохраб), Moscow, Russia; DOB 06 Sep 1985; POB Kabul, Afghanistan; nationality Russia; alt. nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 752859643 (Russia) expires 24 Feb 2026 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

GHALANDARI, Seyed Hamzeh, Tehran, Iran; DOB 16 Jul 1984; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10009455 (Iran) (individual) [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

GHALI, Iyad ag (a.k.a. GHALY, Iyad ag), Mali; DOB 1954; POB Abeibara, Kidal Region, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078]

(Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

GHALIB, Nayif Shindakh Thamir; nationality Iraq; Ba'th party regional command chairman, an-Najaf; member; Iraqi National Assembly (individual) [IRAQ2].

GHALY, Iyad ag (a.k.a. GHALI, Iyad ag), Mali; DOB 1954; POB Abeibara, Kidal Region, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

GHANAAT, Javad (a.k.a. GHANA'AT, Javad (Arabic: جواد قناعت)), Iran; DOB 1966; alt. DOB 1967; POB Amol, Mazandaran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2141915309 (Iran) (individual) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

GHANA'AT, Javad (Arabic: جواد قناعت) (a.k.a. GHANAAT, Javad), Iran; DOB 1966; alt. DOB 1967; POB Amol, Mazandaran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2141915309 (Iran) (individual) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

GHANDOUR, Ahmad (a.k.a. AL-GHANDOUR, Abu Anas; a.k.a. AL-GHANDUR, Ahmad Naji; a.k.a. GHANDOUR, Ahmed; a.k.a. "ABU-ANAS"), Gaza, Palestinian; DOB 1967; POB Jaffa, Israel; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

GHANDOUR, Ahmed (a.k.a. AL-GHANDOUR, Abu Anas; a.k.a. AL-GHANDUR, Ahmad Naji; a.k.a. GHANDOUR, Ahmad; a.k.a. "ABU-ANAS"), Gaza, Palestinian; DOB 1967; POB Jaffa, Israel; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

GHANI SAZI ENRICHMENT (a.k.a. ADVANCED TECHNOLOGIES COMPANY OF IRAN; a.k.a. IRAN ADVANCED TECHNOLOGIES COMPANY; f.k.a. IRAN URANIUM ENRICHMENT COMPANY; f.k.a. IRANIAN ENRICHMENT COMPANY; a.k.a. "ADVANCED TECHNOLOGIES"; a.k.a. "ADVANCED

TECHNOLOGIES COMPANY"; a.k.a. "ADVANCED TECHNOLOGIES HOLDING COMPANY"; a.k.a. "IATC"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103378982 (Iran); Registration Number 299780 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

GHANI, Esmail (a.k.a. AKBARNEJAD, Esmaeil Ghaani; a.k.a. GHA'ANI, Esma'il; a.k.a. GHAANI, Esmail; a.k.a. NEZHAD, Ismail Akbar; a.k.a. QA'ANI, Esma'il; a.k.a. QANI, Esmail); DOB 08 Aug 1957; POB Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D9003033 (Iran); alt. Passport D9008347 (Iran) issued 18 Jul 2010 expires 18 Jul 2015 (individual) [SDGT] [IRGC] [IFSR].

GHANI, Hamad (a.k.a. YAKOOB, Mohammad; a.k.a. YAQUB, Ahmed); DOB 1966; alt. DOB 1967; POB Faisalabad, Pakistan; alt. POB Jeda Walah, Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

GHANI, Mohamed Nadim (a.k.a. GHANI, Mohammad Nadeem), United Kingdom; DOB Feb 1968; nationality United Kingdom; citizen United Kingdom; Gender Male; Passport 093055372 (United Kingdom) (individual) [SDNTK].

GHANI, Mohammad Nadeem (a.k.a. GHANI, Mohamed Nadim), United Kingdom; DOB Feb 1968; nationality United Kingdom; citizen United Kingdom; Gender Male; Passport 093055372 (United Kingdom) (individual) [SDNTK].

GHANIM, Ma'n, Syria; DOB 03 May 1970; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

GHANIMAT, Abd Al-Rahman Ismail Abd Al-Rahman (a.k.a. "GHANIMAT, Abd al Rahman"; a.k.a. "RANIMAT, Abd al Rahman"), Turkey; West Bank; Gaza; DOB 1972; citizen Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 975757147 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

GHANNADI MARAGHEH, Mohammad (a.k.a. GHANNADI, Mohammad; a.k.a. GHANNADI-MARAGHEH, Mohammad; a.k.a. QANNADI, Mohammad), Tehran, Iran; DOB 13 Oct 1952; POB Maragheh, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

GHANNADI, Mohammad (a.k.a. GHANNADI MARAGHEH, Mohammad; a.k.a. GHANNADI-MARAGHEH, Mohammad; a.k.a. QANNADI, Mohammad), Tehran, Iran; DOB 13 Oct 1952; POB Maragheh, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

GHANNADI-MARAGHEH, Mohammad (a.k.a. GHANNADI MARAGHEH, Mohammad; a.k.a. GHANNADI, Mohammad; a.k.a. QANNADI, Mohammad), Tehran, Iran; DOB 13 Oct 1952; POB Maragheh, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

GHARARGAH GHAEM (a.k.a. GHARARGAHE SAZANDEGI GHAEM), No. 25, Valiasr St., Azadi Sq., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

GHARARGAH GHAEM FAATER INSTITUTE (a.k.a. FAATER INSTITUTE; a.k.a. FATER ENGINEERING COMPANY; a.k.a. FATER ENGINEERING INSTITUTE), No. 25, Valiasr Jonoobi, Azizi Street, Azadi Sq. NE, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

GHARARGAH KARBALA (a.k.a. GHARARGAH SAZANDEGI KARBALA-MOASSESEH TAHA; a.k.a. GHORB KARBALA), No. 2 Firouzeh Alley, Shahid Hadjipour St., Resalat Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

GHARARGAH SAZANDEGI KARBALA-MOASSESEH TAHA (a.k.a. GHARARGAH KARBALA; a.k.a. GHORB KARBALA), No. 2 Firouzeh Alley, Shahid Hadjipour St., Resalat Highway, Tehran, Iran; Additional Sanctions

Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

GHARARGAHE SAZANDEGI GHAEM (a.k.a. GHARARGAH GHAEM), No. 25, Valiasr St., Azadi Sq., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

GHARCHAK PRISON (a.k.a. QARCHAK PRISON; a.k.a. QARCHAK WOMEN'S PRISON; a.k.a. SHAHR-E REY PRISON; a.k.a. "WOMEN'S KAHRIZAK"), Varamin Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

GHARIB, Abbas Hassan (Arabic: عباس حسن غريب) (a.k.a. "GHARIB, Abbass"), Tayir Harfa, Tyre, South Lebanon, Lebanon; DOB 25 Sep 1969; POB Tayir Harfa, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

GHARIB, Fadil Mahmud (a.k.a. AL-MASHAIKHI, Gharib Muhammad Fazel); DOB 1944; POB Dujail, Iraq; nationality Iraq; Ba'th party regional command chairman, Babil; chairman, General Federation of Iraqi Trade Unions (individual) [IRAQ2].

GHARIB, Omar (a.k.a. ABDALLAH AL-JAZAIRI; a.k.a. ARIF, Said; a.k.a. ARIF, Said Mohamed; a.k.a. CHABANI, Slimane; a.k.a. "ABDERAHMANE"; a.k.a. "ABDERRAHMANE"; a.k.a. "SOULEIMAN"), Syria; DOB 05 Dec 1965; POB Oran, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

GHARZOLHASANEH MEHR IRAN BANK (a.k.a. BANK-E GHARZOLHASANEH MEHR IRAN; a.k.a. MEHR IRAN CREDIT UNION BANK), Taleghani St., No.204, Before the intersection of Mofateh, across from the former U.S. embassy, Tehran, Iran; No. 204, Taleghani Street, Tehran, Iran; 204, Before the Mofatteh Crossroad, Taleghani Ave., Tehran, Iran;

Website www.qmb.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

GHARZOLHASANEH RESALAT BANK (a.k.a. BANK-E GHARZOLHASANEH RESALAT), Beside the No. 1 Baghestan Alley, Saadat Abad Ave., Kaj Sq., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; All offices worldwide [IRAN] [IRAN-EO13902].

GHASEMI MOHAMMADALI, ROSTAM (a.k.a. GHASEMI, Rostam; a.k.a. QASEMI, Rostam), Iran; DOB 22 May 1964; POB Lamerd, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A2463775 (Iran); National ID No. 6579726970 (Iran) (individual) [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: SOLEIMANI, Qasem; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

GHASEMI, Morteza (a.k.a. ALI, Ghasemi Morteza; a.k.a. GHAEEMI, Morteza; a.k.a. QASIMI, Murtadi); DOB 10 Apr 1991; alt. DOB 31 May 1988; alt. DOB 03 Mar 1983; alt. DOB 03 Jan 1983; POB Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T14532563 (Iran); alt. Passport K30803856 (Iran) expires 07 Sep 2019 (individual) [SDGT] (Linked To: QASEMI, Rostam).

GHASEMI, Naser (a.k.a. GHASIR, Ali; a.k.a. GHASSIR, Ali; a.k.a. KASSIR, Ali; a.k.a. QASIR, Ali; a.k.a. QASIR, 'Ali), Iran; DOB 29 Jul 1992; alt. DOB 29 Jul 1990; POB Deir Kanoun El Nahr, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 3367620 (Lebanon) expires 28 Aug 2020 (individual) [SDGT] (Linked To: QASEMI, Rostam; Linked To: HIZBALLAH).

GHASEMI, Rostam (a.k.a. GHASEMI MOHAMMADALI, ROSTAM; a.k.a. QASEMI, Rostam), Iran; DOB 22 May 1964; POB Lamerd, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to

Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A2463775 (Iran); National ID No. 6579726970 (Iran) (individual) [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: SOLEIMANI, Qasem; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

GHASEMI, Seyyed Reza (a.k.a. QASEMI, Seyed Reza); Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 004-3-94558-9 (Iran); Chief Executive Officer, Rayan Roshd Afzar Company; Managing Director, Rayan Roshd Afzar Company (individual) [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

GHASEMZADEH, Mehdi (a.k.a. AZIZPUR, Amir), Iran; DOB 21 Sep 1981; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

GHASHGHAVI, Hamed, Iran; DOB 23 Apr 1989; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: NEW HORIZON ORGANIZATION).

GHASIR, Ali (a.k.a. GHASEMI, Naser; a.k.a. GHASSIR, Ali; a.k.a. KASSIR, Ali; a.k.a. QASIR, Ali; a.k.a. QASIR, 'Ali), Iran; DOB 29 Jul 1992; alt. DOB 29 Jul 1990; POB Deir Kanoun El Nahr, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 3367620 (Lebanon) expires 28 Aug 2020 (individual) [SDGT] (Linked To: QASEMI, Rostam; Linked To: HIZBALLAH).

GHASSIR, Ali (a.k.a. GHASEMI, Naser; a.k.a. GHASIR, Ali; a.k.a. KASSIR, Ali; a.k.a. QASIR, Ali; a.k.a. QASIR, 'Ali), Iran; DOB 29 Jul 1992; alt. DOB 29 Jul 1990; POB Deir Kanoun El Nahr, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information

- Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 3367620 (Lebanon) expires 28 Aug 2020 (individual) [SDGT] (Linked To: QASEMI, Rostam; Linked To: HIZBALLAH).

GHATHAFI, Aisha (a.k.a. AL-GADDAFI, Ayesha; a.k.a. AL-QADHAFI, Aisha; a.k.a. ELKADDAFI, Aisha; a.k.a. EL-QADDAFI, Aisha; a.k.a. GADDAFI, Ayesha; a.k.a. GADHAFI, Aisha; a.k.a. GHADAFFI, Aisha; a.k.a. GHATHAFI, Aisha Muammer; a.k.a. QADDAFI, Aisha; a.k.a. QADHAFI, Aisha; a.k.a. QADHAFI, Aisha Muammar Muhammed Abu Minyar; a.k.a. QADHAFI, Ayesha), Oman; DOB 1977; alt. DOB 1976; alt. DOB 01 Jan 1978; POB Tripoli, Libya; Gender Female; Passport 215215 (Libya); alt. Passport 428720 (Libya); alt. Passport B/011641; alt. Passport 03824970 (Oman) issued 04 May 2014 expires 03 May 2024; National ID No. 98606612 (individual) [LIBYA2].

GHATHAFI, Aisha Muammer (a.k.a. AL-GADDAFI, Ayesha; a.k.a. AL-QADHAFI, Aisha; a.k.a. ELKADDAFI, Aisha; a.k.a. EL-QADDAFI, Aisha; a.k.a. GADDAFI, Ayesha; a.k.a. GADHAFI, Aisha; a.k.a. GHADAFFI, Aisha; a.k.a. GHATHAFI, Aisha; a.k.a. QADDAFI, Aisha; a.k.a. QADHAFI, Aisha; a.k.a. QADHAFI, Aisha Muammar Muhammed Abu Minyar; a.k.a. QADHAFI, Ayesha), Oman; DOB 1977; alt. DOB 1976; alt. DOB 01 Jan 1978; POB Tripoli, Libya; Gender Female; Passport 215215 (Libya); alt. Passport 428720 (Libya); alt. Passport B/011641; alt. Passport 03824970 (Oman) issued 04 May 2014 expires 03 May 2024; National ID No. 98606612 (individual) [LIBYA2].

GHATHAFI, Hannibal (a.k.a. AL-GADDAFI, Hannibal; a.k.a. AL-QADHAFI, Hannibal; a.k.a. ELKADDAFI, Hannibal; a.k.a. EL-QADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal Muammar; a.k.a. GHADAFFI, Hannibal; a.k.a. QADDAFI, Hannibal; a.k.a. QADHAFI, Hannibal Muammar); DOB 20 Sep 1975; alt. DOB 1977; POB Tripoli, Libya; Passport B/002210 (Libya) (individual) [LIBYA2].

GHATHAFI, Khamis (a.k.a. AL-GADDAFI, Khamis; a.k.a. AL-QADHAFI; a.k.a. AL-QADHAFI, Khamis; a.k.a. ELKADDAFI, Khamis; a.k.a. EL-QADDAFI, Khamis; a.k.a. GADDAFI, Khamis; a.k.a. GADHAFI, Khamis; a.k.a.

GHADAFFI, Khamis; a.k.a. QADDAFI, Khamis; a.k.a. QADHAFI, Khamis); DOB 1980 (individual) [LIBYA2].

GHATHAFI, Muammar (a.k.a. AL-GADDAFI, Muammar; a.k.a. AL-QADHAFI, Muammar; a.k.a. AL-QADHAFI, Muammar Abu Minyar; a.k.a. ELKADDAFI, Muammar; a.k.a. EL-QADDAFI, Muammar; a.k.a. GADDAFI, Mu'ammar; a.k.a. GADDAFI, Muammar; a.k.a. GADHAFI, Muammar; a.k.a. GHADAFFI, Muammar Muhammad; a.k.a. QADDAFI, Muammar; a.k.a. QADHAFI, Muammar); DOB 1942; POB Sirte, Libya (individual) [LIBYA2].

GHATHAFI, Muhammad (a.k.a. AL-GADDAFI, Muhammad; a.k.a. AL-QADHAFI, Mohammed; a.k.a. ELKADDAFI, Muhammad; a.k.a. EL-QADDAFI, Muhammad; a.k.a. GADDAFI, Muhammad; a.k.a. GADHAFFI, Mohammad Moammar; a.k.a. GADHAFI, Mohammed; a.k.a. QADDAFI, Muhammad; a.k.a. QADHAFI, Mohammed Muammar); DOB 1970; POB Tripoli, Libya (individual) [LIBYA2].

GHATHAFI, Mutassim (a.k.a. AL-GADDAFI, Mutassim; a.k.a. AL-QADHAFI, Mutassim; a.k.a. ELKADDAFI, Mutassim; a.k.a. EL-QADDAFI, Mutassim; a.k.a. GADDAFI, Mutassim; a.k.a. GADHAFI, Mutassim Billah; a.k.a. GHADAFFI, Mutassim; a.k.a. QADDAFI, Mutassim; a.k.a. QADHAFI, Mutassim); DOB 1975 (individual) [LIBYA2].

GHATHAFI, Saadi (a.k.a. AL-GADDAFI, Saadi; a.k.a. AL-QADHAFI, Sa'adi Mu'ammar; a.k.a. ELKADDAFI, Saadi; a.k.a. EL-QADDAFI, Saadi; a.k.a. GADDAFI, Saadi; a.k.a. GADHAFI, Saadi; a.k.a. QADDAFI, Saadi; a.k.a. QADHAFI, Saadi); DOB 27 May 1973; alt. DOB 25 May 1973; POB Tripoli, Libya; Passport 010433 (Libya); alt. Passport 014797 (Libya) (individual) [LIBYA2].

GHATHAFI, Saif Al-Arab (a.k.a. AL-GADDAFI, Saif Al-Arab; a.k.a. AL-QADHAFI, Saif Al-Arab; a.k.a. ELKADDAFI, Saif Al-Arab; a.k.a. EL-QADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Seif Al-Arab; a.k.a. GADHAFI, Saif Al-Arab; a.k.a. QADDAFI, Saif Al-Arab; a.k.a. QADHAFI, Saif Al-Arab); DOB 1979; alt. DOB 1982; alt. DOB 1983; POB Tripoli, Libya (individual) [LIBYA2].

GHATHAFI, Saif al-Islam (a.k.a. AL-GADDAFI, Saif al-Islam; a.k.a. AL-QADHAFI, Saif al-Islam; a.k.a. ELKADDAFI, Saif al-Islam; a.k.a. EL-QADDAFI, Seif al-Islam; a.k.a. GADDAFI, Saif al-Islam; a.k.a. GADHAFI, Saif al-Islam; a.k.a. GHADAFFI, Saif al-Islam; a.k.a. QADDAFI, Saif al-Islam; a.k.a. QADHAFI, Saif al-Islam); DOB 25 Jun 1972; POB Tripoli, Libya (individual) [LIBYA2].

GHAURI, Yahya Shoaib (a.k.a. GHOURI, Atif Yahya; a.k.a. "GHAURI, Atif"; a.k.a. "Qari Atif"; a.k.a. "Qari Ibrahim"), Afghanistan; DOB 1982; alt. DOB 1981; alt. DOB 1983; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

GHAVAMIN BANK (a.k.a. BANK QAVAMIN; f.k.a. GHAVAMIN FINANCIAL & CREDIT INS.; a.k.a. QAVAMIN BANK; a.k.a. QAVVAMIN BANK), Ghavamin Tower, Argentina Sq., Tehran, Iran; Website www.ghbi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 397957 (Iran) [IRAN] [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

GHAVAMIN FINANCIAL & CREDIT INS. (a.k.a. BANK QAVAMIN; a.k.a. GHAVAMIN BANK; a.k.a. QAVAMIN BANK; a.k.a. QAVVAMIN BANK), Ghavamin Tower, Argentina Sq., Tehran, Iran; Website www.ghbi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 397957 (Iran) [IRAN] [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

GHAWIL, Khalifa Mohamed Ahmed (a.k.a. AL-GHUWAYL, Khalifah; a.k.a. AL-GHWEIL, Khalifa; a.k.a. GHWELL, Khalifa), Kaser Ahmet Street, Ras Al Sayah District, Misurata, Libya; DOB 01 Jan 1956; POB Misurata, Libya; nationality Libya; Passport A005465 (Libya) issued 12 Apr 2015 expires 11 Apr 2017; Prime Minister and Defense Minister of the National Salvation Government (individual) [LIBYA3].

GHAYUMI, Vahid (a.k.a. KAYYUMI, Vahid; a.k.a. QAYUMI, Vahid; a.k.a. QIYUMI, Wahid), Ankara, Turkey; Shiraz, Iran; DOB 30 May 1976; POB Marvdasht, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U22259345 (Turkey) expires 29 Aug 2029; alt. Passport Z52116903 (Iran); National ID No. 2431845990 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

GHAZI DESTEK DERNEGI (a.k.a. GAZZE DESTEK ORGANIZATION; a.k.a. "GDD"), Aksemsettin Mahallesi, Akdeniz Caddesi, Hakperest Sokak No: 16, Daire 18 Fatih, Istanbul, Turkey; Website https://gdd.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2014; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization; Registered Charity No. 34-209-183 (Turkey) [SDGT] (Linked To: HAMAS).

GHAZI, Farshad (Arabic: فرشاد غازی), Iran; DOB 17 Jun 1981; POB Tehran, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U63479917 (Iran) expires 03 Jul 2028; National ID No. 0062350481 (Iran) (individual) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

GHAZOGHLI, Fadi (a.k.a. DENIZ, Fadi; a.k.a. GAZOGLI, Fadi (Cyrillic: ГАЗОГЛИ, ФАДИ); a.k.a. GHAZOGHLI, Fadi Ferzanda), Adma, Keserwan, Lebanon; Hamra, Beirut, Lebanon; La Cite, Jounieh, Lebanon; Bchamoun, Lebanon; Pavla Korchagina D 15 KV 116, Moscow, Russia; Kazlicesme Mah, Kennedy CD 52 E 17 34020 Zeytinburnu, Istanbul, Turkey; 20-22 Wenlock Road, London NI 7GU, United Kingdom; Saint Kitts and Nevis; DOB 04 May 1975; POB Aleppo, Syria; nationality Lebanon; alt. nationality Syria; alt. nationality Russia; alt. nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 244705926511 (Russia); Identification Number 117221771 (Lebanon); alt. Identification Number 114048392 (Lebanon); alt. Identification Number 0996361 (Russia); alt. Identification Number 460780224 (United Kingdom) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

GHAZOGHLI, Fadi Ferzanda (a.k.a. DENIZ, Fadi; a.k.a. GAZOGLI, Fadi (Cyrillic: ГАЗОГЛИ, ФАДИ); a.k.a. GHAZOGHLI, Fadi), Adma, Keserwan, Lebanon; Hamra, Beirut, Lebanon; La Cite, Jounieh, Lebanon; Bchamoun, Lebanon; Pavla Korchagina D 15 KV 116, Moscow, Russia; Kazlicesme Mah, Kennedy CD 52 E 17 34020 Zeytinburnu, Istanbul, Turkey; 20-22 Wenlock Road, London NI 7GU, United Kingdom; Saint Kitts and Nevis; DOB 04 May 1975; POB Aleppo, Syria; nationality Lebanon; alt. nationality Syria; alt. nationality Russia; alt. nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 244705926511 (Russia); Identification Number 117221771 (Lebanon); alt. Identification Number 114048392 (Lebanon); alt. Identification Number 0996361 (Russia); alt. Identification Number 460780224 (United Kingdom) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

GHEIB PARVAR, Gholam Hossein (a.k.a. GHEIB PARVAR, Gholamhossein (Arabic: غلامحسین غیب پرور); a.k.a. GHEYB PARVAR, Gholam Hossein; a.k.a. GHEYBPARVAR, Gholam Hossein), Iran; DOB 22 Dec 1960; POB Shiraz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R55505958 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

GHEIB PARVAR, Gholamhossein (Arabic: غلامحسین غیب پرور) (a.k.a. GHEIB PARVAR, Gholam Hossein; a.k.a. GHEYB PARVAR, Gholam Hossein; a.k.a. GHEYBPARVAR, Gholam Hossein), Iran; DOB 22 Dec 1960; POB Shiraz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R55505958 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

GHEISARI, Erfan (a.k.a. QAYSARI, Erfan), Tehran, Iran; DOB 18 Sep 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0069298262 (Iran) (individual) [NPWMD] [IFSR] (Linked To: KAVOSHGARAN ASMAN MOJ GHADIR COMPANY).

GHERMAY, Ermias, Sabratha, Libya; Khartoum, Sudan; Tripoli, Libya; DOB 1972 to 1977; POB Addis Ababa, Ethiopia; nationality Ethiopia; citizen Eritrea; Gender Male (individual) [LIBYA3].

GHESHM SHIPPING LINES MARINE AND ENGINEERING SERVICES CO (a.k.a. IMSENGCO; a.k.a. IRISL MARINE SERVICES; a.k.a. IRISL MARINE SERVICES AND ENGINEERING COMPANY), Iran shahr Street 221, Karimkhan Zand Avenue, Tehran, Iran; Website www.imsengco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

GHEYB PARVAR, Gholam Hossein (a.k.a. GHEIB PARVAR, Gholam Hossein; a.k.a. GHEIB PARVAR, Gholamhossein (Arabic: غلامحسین غیب پرور); a.k.a. GHEYBPARVAR, Gholam Hossein), Iran; DOB 22 Dec 1960; POB Shiraz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R55505958 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

GHEYBPARVAR, Gholam Hossein (a.k.a. GHEIB PARVAR, Gholam Hossein; a.k.a. GHEIB PARVAR, Gholamhossein (Arabic: غلامحسین غیب پرور); a.k.a. GHEYB PARVAR, Gholam Hossein), Iran; DOB 22 Dec 1960; POB Shiraz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R55505958 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

GHEZEL HESAR PENITENTIARY (a.k.a. GHEZEL HESAR PRISON; a.k.a. QEZEL HESAR PENITENTIARY), Payam Rd, Mehrshahr, Karaj, Alborz Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

GHEZEL HESAR PRISON (a.k.a. GHEZEL HESAR PENITENTIARY; a.k.a. QEZEL HESAR PENITENTIARY), Payam Rd, Mehrshahr, Karaj, Alborz Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

GHILANI, Ahmad Khalafan (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

GHODOMI, Khaled (a.k.a. AL-QADDUMI, Khaled; a.k.a. AL-QADDUMI, Khalid; a.k.a. ASAAD, Khaled Farid Ahmed; a.k.a. QADDOUMI, Khaled (Arabic: خالد القدومی)),

Tehran, Iran; DOB 08 Oct 1970; alt. DOB 01 Jan 1970; POB Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 9701027203 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

GHODS AVIATION INDUSTRIES (a.k.a. LIGHT AIRPLANES DESIGN AND MANUFACTURING INDUSTRIES; a.k.a. QODS AVIATION INDUSTRIES; a.k.a. QODS RESEARCH CENTER), P.O. Box 15875-1834, Km 5 Karaj Special Road, Tehran, Iran; Unit (or Suite) 207, Saleh Blvd, Tehran, Iran; Unit 207, Tarajit Maydane Taymori (or Teimori) Square, Basiri Building, Tarasht, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 14005441856 (Iran); Registration Number 483250 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

GHOLAMI, Ali; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 24471008 (Iran); Managing Director (individual) [NPWMD] [IFSR] (Linked To: SAZEH MORAKAB CO. LTD).

GHOLAMI, Mohammad, Iran; DOB 26 Dec 1973; POB Bojnord, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5249398618 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

GHOLAMSHAHI, Abbas (a.k.a. QOLAMSHAHI, Abbas), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

GHOLI ZADEH, Majid (a.k.a. GHOLIA ZADEH, Majid; a.k.a. GHOLIZADEH ZAHMATKESH, Majid (Arabic: مجید قلی زاده زحمت کش); a.k.a. GHOLIZADEH, Majid (Arabic: مجید قلی زاده); a.k.a. QOLIZADEH, Majid), Iran; DOB 01 Mar 1962 to 31 Mar 1963; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0042851882 (Iran); Director of Tasnim News Agency

(individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: TASNIM NEWS AGENCY).

GHOLIA ZADEH, Majid (a.k.a. GHOLI ZADEH, Majid; a.k.a. GHOLIZADEH ZAHMATKESH, Majid (Arabic: مجید قلی زاده زحمت کش); a.k.a. GHOLIZADEH, Majid (Arabic: مجید قلی زاده); a.k.a. QOLIZADEH, Majid), Iran; DOB 01 Mar 1962 to 31 Mar 1963; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0042851882 (Iran); Director of Tasnim News Agency (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: TASNIM NEWS AGENCY).

GHOLIZADEH ZAHMATKESH, Majid (Arabic: مجید قلی زاده زحمت کش) (a.k.a. GHOLI ZADEH, Majid; a.k.a. GHOLIA ZADEH, Majid; a.k.a. GHOLIZADEH, Majid (Arabic: مجید قلی زاده); a.k.a. QOLIZADEH, Majid), Iran; DOB 01 Mar 1962 to 31 Mar 1963; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0042851882 (Iran); Director of Tasnim News Agency (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: TASNIM NEWS AGENCY).

GHOLIZADEH, Hojjat, Iran; DOB 30 Jan 1980; POB Khoy, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M38523792 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

GHOLIZADEH, Majid (Arabic: مجید قلی زاده) (a.k.a. GHOLI ZADEH, Majid; a.k.a. GHOLIA ZADEH, Majid; a.k.a. GHOLIZADEH ZAHMATKESH, Majid (Arabic: مجید قلی زاده زحمت کش); a.k.a. QOLIZADEH, Majid), Iran; DOB 01 Mar 1962 to 31 Mar 1963; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0042851882 (Iran); Director of Tasnim News Agency (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: TASNIM NEWS AGENCY).

GHOLIZADEH, Vali (Arabic: ولی قلی زاده) (a.k.a. QOLIZADEH, Vali; a.k.a. SA'IDI, Mohammad Hosein), Iran; Iraq; DOB 11 Sep 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0056758472 (Iran) (individual) [SDGT] [IFSR] (Linked To: MADA'IN NOVIN TRADERS).

GHOMMARI, Muhammad (a.k.a. AL-GHAMARI, Muhammad Abd Al-Karim; a.k.a. AL-GHAMARI, Muhammad 'Abd-al-Karim Ahmad Husayn; a.k.a. AL-GHOMMARI, Muhammad; a.k.a. "Sayyid Hashim"), Yemen; DOB 1979; alt. DOB 1984; POB Izla Dhaen, Wahha District, Hajjar Governorate, Yemen; nationality Yemen; Gender Male (individual) [YEMEN].

GHORB KARBALA (a.k.a. GHARARGAH KARBALA; a.k.a. GHARARGAH SAZANDEGI KARBALA-MOASSESEH TAHA), No. 2 Firouzeh Alley, Shahid Hadjipour St., Resalat Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

GHORB KHATAM (a.k.a. KHATAM AL-ANBYA; a.k.a. KHATAM OL AMBIA; a.k.a. KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH), No. 221, Phase 4, North Falamak-Zarafshan Intersection, Shahrak-E-Ghods, Tehran 14678, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

GHORB NOOH, P.O. Box 16765-3476, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

GHORBANIAN, Mohammad (a.k.a. GHORBANIYAN, Mohammad; a.k.a. "EnExchanger"; a.k.a. "Ensaniyat"; a.k.a. "Ensaniyat_Exchanger"), Iran; DOB 09 Mar 1987; POB Tehran, Iran; nationality Iran; Website www.enexchanger.com; Email Address EnExchanger@gmail.com; alt. Email Address Ensaniyat1365@gmail.com; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT 1AjZPMsnmpdK2Rv9KQNfMurTXinscVro9V; Identification Number 008-046347-9 (Iran); Birth Certificate Number 32270 (Iran) (individual) [CYBER2].

GHORBANIYAN, Mohammad (a.k.a. GHORBANIAN, Mohammad; a.k.a. "EnExchanger"; a.k.a. "Ensaniyat"; a.k.a. "Ensaniyat_Exchanger"), Iran; DOB 09 Mar 1987; POB Tehran, Iran; nationality Iran; Website www.enexchanger.com; Email Address

EnExchanger@gmail.com; alt. Email Address Ensaniyat1365@gmail.com; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT 1AjZPMsnmpdK2Rv9KQNfMurTXinscVro9V; Identification Number 008-046347-9 (Iran); Birth Certificate Number 32270 (Iran) (individual) [CYBER2].

GHOREISHI, Sayyid Hojatollah (a.k.a. GHOREISHI, Sayyid Hojjatollah; a.k.a. GHOREISHI, Seyed Hojatollah (Arabic: سید حجت اله قریشی); a.k.a. GHOREISHI, Seyed Hojjatollah; a.k.a. GHOREISHI, Seyyed Hojatollah; a.k.a. GHOREISHI, Seyyed Hojjatollah; a.k.a. GHOREISZI, Seyed Hojjatollah E.; a.k.a. QOREISHI, Seyyed Hojatollah; a.k.a. QORESHI, Seyyed Hojjatollah; a.k.a. QUREISHI, Seyed Hojjatollah), Iran; DOB 27 Sep 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003923 (Iran) expires 15 Aug 2023 to 15 Aug 2024; alt. Passport N42881363 (Iran) expires 10 Oct 2022; alt. Passport D9021706 (Iran) expires 14 Jul 2021; alt. Passport D10007155 (Iran) expires 17 Aug 2025; alt. Passport A59655618 (Iran) expires 15 Sep 2027; National ID No. 5929869741 (Iran) (individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: QODS AVIATION INDUSTRIES).

GHOREISHI, Sayyid Hojjatollah (a.k.a. GHOREISHI, Sayyid Hojatollah; a.k.a. GHOREISHI, Seyed Hojatollah (Arabic: سید حجت اله قریشی); a.k.a. GHOREISHI, Seyed Hojjatollah; a.k.a. GHOREISHI, Seyyed Hojatollah; a.k.a. GHOREISHI, Seyyed Hojjatollah; a.k.a. GHOREISZI, Seyed Hojjatollah E.; a.k.a. QOREISHI, Seyyed Hojatollah; a.k.a. QORESHI, Seyyed Hojjatollah; a.k.a. QUREISHI, Seyed Hojjatollah), Iran; DOB 27 Sep 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003923 (Iran) expires 15 Aug 2023 to 15 Aug 2024; alt. Passport N42881363 (Iran) expires 10 Oct 2022; alt. Passport D9021706 (Iran) expires 14 Jul 2021; alt. Passport D10007155 (Iran) expires 17 Aug 2025; alt. Passport A59655618 (Iran) expires 15 Sep 2027; National ID No. 5929869741 (Iran) (individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES

LOGISTICS; Linked To: QODS AVIATION INDUSTRIES).

GHOREISHI, Seyed Hojatollah (Arabic: سید حجت اله قریشی) (a.k.a. GHOREISHI, Sayyid Hojatollah; a.k.a. GHOREISHI, Sayyid Hojjatollah; a.k.a. GHOREISHI, Seyed Hojjatollah; a.k.a. GHOREISHI, Seyyed Hojatollah; a.k.a. GHOREISHI, Seyyed Hojjatollah; a.k.a. GHOREISZI, Seyed Hojjatollah E.; a.k.a. QORESHI, Seyyed Hojatollah; a.k.a. QORESHI, Seyyed Hojjatollah; a.k.a. QUREISHI, Seyed Hojjatollah), Iran; DOB 27 Sep 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003923 (Iran) expires 15 Aug 2023 to 15 Aug 2024; alt. Passport N42881363 (Iran) expires 10 Oct 2022; alt. Passport D9021706 (Iran) expires 14 Jul 2021; alt. Passport D10007155 (Iran) expires 17 Aug 2025; alt. Passport A59655618 (Iran) expires 15 Sep 2027; National ID No. 5929869741 (Iran) (individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: QODS AVIATION INDUSTRIES).

GHOREISHI, Seyed Hojjatollah (a.k.a. GHOREISHI, Sayyid Hojatollah; a.k.a. GHOREISHI, Sayyid Hojjatollah; a.k.a. GHOREISHI, Seyed Hojatollah (Arabic: سید حجت اله قریشی); a.k.a. GHOREISHI, Seyyed Hojatollah; a.k.a. GHOREISHI, Seyyed Hojjatollah; a.k.a. GHOREISZI, Seyed Hojjatollah E.; a.k.a. QORESHI, Seyyed Hojatollah; a.k.a. QORESHI, Seyyed Hojjatollah; a.k.a. QUREISHI, Seyed Hojjatollah), Iran; DOB 27 Sep 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003923 (Iran) expires 15 Aug 2023 to 15 Aug 2024; alt. Passport N42881363 (Iran) expires 10 Oct 2022; alt. Passport D9021706 (Iran) expires 14 Jul 2021; alt. Passport D10007155 (Iran) expires 17 Aug 2025; alt. Passport A59655618 (Iran) expires 15 Sep 2027; National ID No. 5929869741 (Iran) (individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: QODS AVIATION INDUSTRIES).

GHOREISHI, Seyyed Hojatollah (a.k.a. GHOREISHI, Sayyid Hojatollah; a.k.a. GHOREISHI, Sayyid Hojjatollah; a.k.a. GHOREISHI, Seyed Hojatollah (Arabic: سید حجت اله قریشی); a.k.a. GHOREISHI, Seyed Hojjatollah; a.k.a. GHOREISHI, Seyyed Hojjatollah; a.k.a. GHOREISZI, Seyed Hojjatollah E.; a.k.a. QORESHI, Seyyed Hojatollah; a.k.a. QORESHI, Seyyed Hojjatollah; a.k.a. QUREISHI, Seyed Hojjatollah), Iran; DOB 27 Sep 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003923 (Iran) expires 15 Aug 2023 to 15 Aug 2024; alt. Passport N42881363 (Iran) expires 10 Oct 2022; alt. Passport D9021706 (Iran) expires 14 Jul 2021; alt. Passport D10007155 (Iran) expires 17 Aug 2025; alt. Passport A59655618 (Iran) expires 15 Sep 2027; National ID No. 5929869741 (Iran) (individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: QODS AVIATION INDUSTRIES).

GHOREISHI, Seyyed Hojjatollah (a.k.a. GHOREISHI, Sayyid Hojatollah; a.k.a. GHOREISHI, Sayyid Hojjatollah; a.k.a. GHOREISHI, Seyed Hojatollah (Arabic: سید حجت اله قریشی); a.k.a. GHOREISHI, Seyed Hojjatollah; a.k.a. GHOREISHI, Seyyed Hojatollah; a.k.a. GHOREISZI, Seyed Hojjatollah E.; a.k.a. QORESHI, Seyyed Hojatollah; a.k.a. QORESHI, Seyyed Hojjatollah; a.k.a. QUREISHI, Seyed Hojjatollah), Iran; DOB 27 Sep 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003923 (Iran) expires 15 Aug 2023 to 15 Aug 2024; alt. Passport N42881363 (Iran) expires 10 Oct 2022; alt. Passport D9021706 (Iran) expires 14 Jul 2021; alt. Passport D10007155 (Iran) expires 17 Aug 2025; alt. Passport A59655618 (Iran) expires 15 Sep 2027; National ID No. 5929869741 (Iran) (individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: QODS AVIATION INDUSTRIES).

GHOREISZI, Seyed Hojjatollah E. (a.k.a. GHOREISHI, Sayyid Hojatollah; a.k.a. GHOREISHI, Sayyid Hojjatollah; a.k.a. GHOREISHI, Seyed Hojatollah (Arabic: سید حجت اله قریشی); a.k.a. GHOREISHI, Seyed Hojjatollah; a.k.a. GHOREISHI, Seyyed Hojatollah; a.k.a. GHOREISHI, Seyyed Hojjatollah; a.k.a. QORESHI, Seyyed Hojatollah; a.k.a. QORESHI, Seyyed Hojjatollah; a.k.a. QUREISHI, Seyed Hojjatollah), Iran; DOB 27 Sep 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003923 (Iran) expires 15 Aug 2023 to 15 Aug 2024; alt. Passport N42881363 (Iran) expires 10 Oct 2022; alt. Passport D9021706 (Iran) expires 14 Jul 2021; alt. Passport D10007155 (Iran) expires 17 Aug 2025; alt. Passport A59655618 (Iran) expires 15 Sep 2027; National ID No. 5929869741 (Iran) (individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: QODS AVIATION INDUSTRIES).

GHOSTARESHE SANAYIE MADANI KAWEH PARS (a.k.a. KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY (Arabic: شرکت گسترش صنایع معدنی کاوه پارس); a.k.a. KAVEH-PARS MINING INDUSTRIES DEVELOPMENT COMPANY; a.k.a. SHERKATE SANAYE MADANIYE KAVEH PARS; a.k.a. "KAVEH PARS"; a.k.a. "KMID"), 9th Floor, Central Building, No 0, Resalat Highway - Bonyad Mostazafan, Modares Hwy, District 3, Tehran, Tehran Province 1519613519, Iran; Argentina Square, Beginning of Africa Highway, Bonyad Mostazafan Building Number 1, Tehran, Iran; Africa Boulevard, No. 5, End of Arash Street, Tehran, Iran; Website http://kpars.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103057702 (Iran); Registration Number 272808 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

GHOURI, Atif Yahya (a.k.a. GHAURI, Yahya Shoaib; a.k.a. "GHAURI, Atif"; a.k.a. "Qari Atif"; a.k.a. "Qari Ibrahim"), Afghanistan; DOB 1982; alt. DOB 1981; alt. DOB 1983; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

GHUL, Hassan (a.k.a. AL-MADANI, Abu Gharib; a.k.a. GUL, Hasan; a.k.a. GUL, Hassan; a.k.a. KHAN, Mustafa Hajji Muhammad; a.k.a. MAHMUD, Khalid; a.k.a. MUHAMMAD, Mustafa; a.k.a. SHAHJI, Ahmad; a.k.a. "ABU-SHAIMA"; a.k.a. "ABU-SHAYMA"); DOB Aug 1977; alt. DOB Sep 1977; alt. DOB 1976; POB Madinah, Saudi Arabia; alt. POB Sangrar, Sindh Province, Pakistan; nationality Pakistan; alt. nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

GHUMAYN, Abu Bakr Muhammad Muhammad (a.k.a. AL-JAZA'IRI, Abu Ubaida; a.k.a. AL-JAZAIRI, Abu Ubaydah; a.k.a. GEUMMANE, Abu Bakr; a.k.a. GUEMMANE, Aboubakir; a.k.a. GUEMMANE, Aboubakr; a.k.a. GUEMMANE, Aboubekr; a.k.a. GUEMMANE, Abu Bakr Muhammad Muhammad; a.k.a. JAMIN, Abu Bakr Muhammad Muhammad; a.k.a. MAZOUZ, Kheireddine; a.k.a. MAZOUZI, Khayr al-Din; a.k.a. "LESAGE, Carol Jacques Ghislain"; a.k.a. "LESAGE, Jacques Ghislain"), Iran; DOB 31 Mar 1981; POB Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 98LH90556 (France) (individual) [SDGT] (Linked To: AL QA'IDA).

GHWELL, Khalifa (a.k.a. AL-GHUWAYL, Khalifah; a.k.a. AL-GHWEIL, Khalifa; a.k.a. GHAWIL, Khalifa Mohamed Ahmed), Kaser Ahmet Street, Ras Al Sayah District, Misurata, Libya; DOB 01 Jan 1956; POB Misurata, Libya; nationality Libya; Passport A005465 (Libya) issued 12 Apr 2015 expires 11 Apr 2017; Prime Minister and Defense Minister of the National Salvation Government (individual) [LIBYA3].

GIAD INDUSTRIAL CITY (a.k.a. GIAD INDUSTRIAL GROUP; a.k.a. SUDAN MASTER TECHNOLOGY), SMT Building Madani Road, KM 50 Khartoum, Giad Industrial Complex, Gamhuria Street, Khartoum, Sudan; Giad Industrial Group Building, Street 60, Giad Industrial City, PO Box 444, Khartoum, Sudan; SMT Building, Gamhuria Street, GIAD Industrial Complex, PO Box 10782, Khartoum SU001, Sudan; Website www.sudanmaster.com; Organization Established Date 01 Jan 1993; Organization Type: Activities of holding companies [SUDAN-EO14098].

GIAD INDUSTRIAL GROUP (a.k.a. GIAD INDUSTRIAL CITY; a.k.a. SUDAN MASTER TECHNOLOGY), SMT Building Madani Road, KM 50 Khartoum, Giad Industrial Complex, Gamhuria Street, Khartoum, Sudan; Giad Industrial Group Building, Street 60, Giad Industrial City, PO Box 444, Khartoum, Sudan; SMT Building, Gamhuria Street, GIAD Industrial Complex, PO Box 10782, Khartoum SU001, Sudan; Website www.sudanmaster.com; Organization Established Date 01 Jan 1993; Organization Type: Activities of holding companies [SUDAN-EO14098].

GIANT VICTORY HOLDINGS LIMITED, Phnom Penh, Cambodia; Company Number 1930566 (Virgin Islands, British) [TCO] (Linked To: CHEN, Zhi).

GIBATDINOV, Airat Minerasikhovich (Cyrillic: ГИБАТДИНОВ, Айрат Минерасихович) (a.k.a. GIBATDINOV, Ayrat Minerasikhovich), Russia; DOB 16 Jan 1986; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GIBATDINOV, Ayrat Minerasikhovich (a.k.a. GIBATDINOV, Airat Minerasikhovich (Cyrillic: ГИБАТДИНОВ, Айрат Минерасихович)), Russia; DOB 16 Jan 1986; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GIBRIL, Ali Yagoub (a.k.a. JIBRIL, Ali Yagoub; a.k.a. JIBRIL, Ali Yaqoub), Sudan; DOB 01 Jan 1964; POB Zalingei, Central Darfur, Sudan; nationality Sudan; Gender Male; National ID No. 20510589109 (Sudan) (individual) [SUDAN-EO14098].

GICM (a.k.a. GROUPE ISLAMIQUE COMBATTANT MAROCAIN; a.k.a. MOROCCAN ISLAMIC COMBATANT GROUP); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

GIF GROUPE DINVESTISSEMENT FINANCI OSBORNE DIS TIC LTD STI (a.k.a. OSBORNE DIS TICARET LIMITED SIRKETI), Yakuplu Mah. Hurriyet Bul. Skyport Sitesi, Skyport Residence Blok No. 1 ic, Kap 1 No. 64 Beylikduzu, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Jun 2022; Tax ID No. 6481617870 (Turkey) [RUSSIA-EO14024].

GIFTED PEAK LIMITED, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 31 Jan 2022; Company Number 3125459; Business Registration Number 73768871 (Hong Kong) [UKRAINE-EO13662] [RUSSIA-EO14024].

GIGANT COMPUTER SYSTEMS LLC (a.k.a. "GCS LLC"), Ul. 2-YA Entuziastov D. 5, Korp. 41, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720768984 (Russia); Registration Number 1127747243260 (Russia) [RUSSIA-EO14024].

GIGANT KOMPLEKSNYE SISTEMY (a.k.a. "GKS"; a.k.a. "JSC LTD GCS"), Proezd Zavodskoi D. 2, Pomeshch. 560, Fryazino 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5050129707 (Russia); Registration Number 1165050057556 (Russia) [RUSSIA-EO14024].

GIGEL, Tatyana Anatolyevna (Cyrillic: ГИГЕЛЬ, Татьяна Анатольевна), Russia; DOB 27 Feb 1960; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GIGER, Markus Jakob, Bildgass 30, Schaan 9494, Liechtenstein; Switzerland; DOB 17 Aug 1955; POB St. Gallen, Switzerland; nationality Switzerland; alt. nationality United Kingdom; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport X0192937 (Switzerland) expires 10 Apr 2026; National ID No. 040002130001 (United Kingdom) (individual) [RUSSIA-EO14024] (Linked To: SEQUOIA TREUHAND TRUST REG).

GIL GARCIA, Jose Alejandro, Avenida Ejercito Trigarante 7865-J, Infonavit Cuchanilla 22680, Tijuana, Baja California, Mexico; Avenida Altabrisa 15401, Fraccionamiento Altabrisa, Otay Universidad, Tijuana, Baja California, Mexico; c/o Farmacia Vida Suprema, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o Distribuidora Imperial De Baja California, S.A. de C.V., Tijuana, Baja California, Mexico; c/o Administradora De Inmuebles Vida, S.A. de C.V., Tijuana, Baja California, Mexico; c/o ADP, S.C., Tijuana, Baja California, Mexico; DOB 22 Jan 1952; POB Culiacan, Sinaloa, Mexico; R.F.C. GIGA-520122 (Mexico); Credencial electoral 103624690069 (Mexico) (individual) [SDNTK].

GIL PACHECO, Rosalba, Venezuela; DOB 18 Mar 1965; POB Caracas, Venezuela; nationality Venezuela; Gender Female; Cedula No. V6186648 (Venezuela); Passport 045745320 (Venezuela) expires 09 Aug 2020 (individual) [VENEZUELA].

GIL RODRIGUEZ, Malaquias (a.k.a. "RODRIGUEZ, Malaquias"), Carache, Trujillo, Venezuela; DOB 27 Feb 1960; POB Trujillo, Venezuela; nationality Venezuela; Gender

Male; Cedula No. V5352190 (Venezuela) (individual) [VENEZUELA].

GIL, Josef (a.k.a. GILBERT, Joseph; a.k.a. GILBOA, Joseph; a.k.a. GILBOA, Joseph Papzian; a.k.a. GILBOA, Yosef); DOB 08 Apr 1943; POB Israel (individual) [SDNTK].

GILAN ELECTRICITY GENERATION MANAGEMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GILAN ELECTRICITY TRANSMISSION DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GILAN STEEL COMPLEX (a.k.a. FERRO GILAN COMPLEX), Saravan Road, Rasht 4337185759, Iran; Ferro Gilan Complex Co. No. 38, West Arash Boulevard, Africa Ave, Tehran 1917743311, Iran; Website http://generative.ir/ferro_gilan; alt. Website https://www.ferrogilan.com/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 30 Oct 2000; Commercial Registry Number 167640 (Iran) [IRAN-EO13871].

GILBERT, Joseph (a.k.a. GIL, Josef; a.k.a. GILBOA, Joseph; a.k.a. GILBOA, Joseph Papzian; a.k.a. GILBOA, Yosef); DOB 08 Apr 1943; POB Israel (individual) [SDNTK].

GILBOA, Joseph (a.k.a. GIL, Josef; a.k.a. GILBERT, Joseph; a.k.a. GILBOA, Joseph Papzian; a.k.a. GILBOA, Yosef); DOB 08 Apr 1943; POB Israel (individual) [SDNTK].

GILBOA, Joseph Papzian (a.k.a. GIL, Josef; a.k.a. GILBERT, Joseph; a.k.a. GILBOA, Joseph; a.k.a. GILBOA, Yosef); DOB 08 Apr 1943; POB Israel (individual) [SDNTK].

GILBOA, Yosef (a.k.a. GIL, Josef; a.k.a. GILBERT, Joseph; a.k.a. GILBOA, Joseph; a.k.a. GILBOA, Joseph Papzian); DOB 08 Apr 1943; POB Israel (individual) [SDNTK].

GILDA TAR KARVAN INTERNATIONAL COMPANY, No 9 6th Alley, Tehran 1514643411, Iran; No. 7 Alvand Street, Argentine Sqr., Tehran 19666, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10103735379 (Iran) [SDGT] (Linked To: NAFRIEH, Edman).

GILL, Muhammad Hussain (a.k.a. AL WAFA, Yahya Abu; a.k.a. GILL, Muhammad Hussein; a.k.a. UL-WAFA, Abu; a.k.a. WAFA, Abdul), 4-Lake Road, Lahore, Pakistan; DOB 07 Apr 1937; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 35202-8457000-3 (Pakistan) (individual) [SDGT].

GILL, Muhammad Hussein (a.k.a. AL WAFA, Yahya Abu; a.k.a. GILL, Muhammad Hussain; a.k.a. UL-WAFA, Abu; a.k.a. WAFA, Abdul), 4-Lake Road, Lahore, Pakistan; DOB 07 Apr 1937; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 35202-8457000-3 (Pakistan) (individual) [SDGT].

GILMUTDINOV, Dinar Zagitovich (Cyrillic: ГИЛЬМУТДИНОВ, Динар Загитович), Russia; DOB 10 Aug 1969; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GILMUTDINOV, Ildar Irekovich (Cyrillic: ГИЛЬМУТДИНОВ, Ильдар Ирекович), Russia; DOB 03 Sep 1962; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GIMBATOV, Andrey Petrovich (Cyrillic: ГИМБАТОВ, Андрей Петрович), Russia; DOB 19 Jul 1979; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GIOVETTY, Luisa de Fatima (a.k.a. GEOVETTY, Luisa de Fatima), Avenida 4 de Fevereiro, No. 32, 5 Esquerdo, Bairro Marginal, Municipio de Ingombata, Luanda, Luanda, Angola; DOB 14 Jul 1962; POB Sambinzanga, Angola; alt. POB Luanda, Angola; nationality Angola; Gender Female (individual) [GLOMAG] (Linked To: BAIA CONSULTING LIMITED).

GIPRONICKEL INSTITUTE (a.k.a. INSTITUT GIPRONIKEL OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INSTITUT GIPRONIKEL), d. 11, prospekt Grazhdanski, St. Petersburg 195220, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804349796 (Russia); Registration Number 5067847542967 (Russia) [RUSSIA-EO14024].

GIRALDO FRANCO, Juan Carlos, Calle 3 Oeste No. 26-12, El Aguila, Valle, Colombia; DOB 10 Jun 1971; Cedula No. 16791184 (Colombia) (individual) [SDNT].

GIRALDO SERNA, Hernan; DOB 16 Oct 1948; Cedula No. 12531356 (Colombia) (individual) [SDNTK].

GIRKIN, Igor Vsevolodovich (a.k.a. STRELKOV, Igor Ivanovich; a.k.a. STRELKOV, Ihor; a.k.a. STRELOK, Igor), Shenkurskiy Passage (Proyezd), House 8-6, Apartment 136, Moscow, Russia; DOB 17 Dec 1970; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 4506460961 (individual) [UKRAINE-EO13660].

GIT SISTEMS (a.k.a. KARNEEV SYSTEMS), sh. Entuziastov d. 56, str. 32, of. 429, Moscow 111123, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719478367 (Russia); Registration Number 1187746462419 (Russia) [RUSSIA-EO14024].

GIVARI, Akbar (Arabic: اکبر گیوری), Iran; DOB 02 Sep 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0055924263 (Iran) (individual) [IRAN-EO13902] (Linked To: TEJARAT HERMES ENERGY QESHM).

GIZUNOV, Sergey (a.k.a. GIZUNOV, Sergey Aleksandrovich); DOB 18 Oct 1956; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 4501712967 (Russia); Deputy Chief of GRU (individual) [CYBER2] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

GIZUNOV, Sergey Aleksandrovich (a.k.a. GIZUNOV, Sergey); DOB 18 Oct 1956; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 4501712967 (Russia); Deputy Chief of GRU (individual) [CYBER2] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

GK IMPERATIV UKRAINA LLC (a.k.a. LIMITED LIABILITY COMPANY GK IMPERATIV UKRAINE (Cyrillic: ТОВАРИСТВО З ОБМЕЖЕНОЮ ВІДПОВІДАЛЬНІСТЮ ГК ІМПЕРАТИВ УКРАЇНА)), No: 55, St. Romencka, Kharkiv 61070, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 15 Feb 2018; Tax ID No. 41944229 (Ukraine); Business Registration Number 14801020000075971 (Ukraine) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

GK STRUKTURA (Cyrillic: ГК СТРУКТУРА) (a.k.a. COMPANY GROUP STRUCTURA LLC; a.k.a. GRUPPA KOMPANII STRUKTURA (Cyrillic: ГРУППА КОМПАНИЙ СТРУКТУРА); a.k.a. STRUCTURA NATIONAL TECHNOLOGIES), Per. Bolshoi Kislovskii, d. 1, str. 2, Pomeshch/Kom I/42, Moscow 125009, Russia; Website structura.pro; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Dec 2017; Organization Type: Other information technology and computer service activities; Tax ID No. 7703438908 (Russia); Registration Number 5177746315588 (Russia) [RUSSIA-EO14024].

GK TRIZ ROBOTIKS (a.k.a. LIMITED LIABILITY COMPANY GK TRIZ ROBOTICS; a.k.a. TRIZROBOTICS), Pl. 1-I Pyatiletki D. 1, Office 26, Yekaterinburg 620012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6686099714 (Russia); Registration Number 1176658097362 (Russia) [RUSSIA-EO14024].

GK VEB.RF (f.k.a. BANK FOR FOREIGN TRADE OF THE U.S.S.R.; a.k.a. GOSUDARSTVENNAYA KORPORATSIYA RAZVITIYA VEB.RF; a.k.a. STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK; a.k.a. STATE DEVELOPMENT CORPORATION VEB.RF (Cyrillic: ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ РАЗВИТИЯ ВЭБ.РФ); a.k.a. VEB.RF (Cyrillic: ВЭБ.РФ); f.k.a. VNESHECONOMBANK; f.k.a. VNESHEKONOMBANK GK; f.k.a. VNESHEKONOMBANK SSSR; a.k.a. "BANK FOR DEVELOPMENT"; a.k.a. "VEB"), Akademik Sakharov Ave 9, Moscow 107996, Russia; Pr-kt, Akademika Sakharova, D. 9, Moscow 107078, Russia (Cyrillic: Пр-Кт Академика Сахарова, Д. 9, Город Москва 107078, Russia); 20A, CITIC Building, 19, Joanguomenwai Dajie, Beijing 100004, China; Shop No. 11, Arcade Ground Floor, World Trade Centre, Cuffe Prade, Colaba, Mumbai 400005, India; SWIFT/BIC BFEARUMM; Website www.veb.ru; BIK (RU) 044525060; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Aug 1922; Target Type State-Owned Enterprise; alt. Target Type

Financial Institution; Tax ID No. 7750004150 (Russia); Government Gazette Number 00005061 (Russia); Registration Number 1077711000102 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

GKER LASER TECHNOLOGY CO LTD, No. 3258 Nanting Road, Fengxian, Shanghai 201415, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Mar 2023 [RUSSIA-EO14024].

GKR NEDVIZHIMOST OOO, ul. Petrovka d. 17, str. 4, et 1 pom. VII kom 7, Moscow 107031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Apr 2014; Tax ID No. 7702836342 (Russia); Registration Number 1147746418291 (Russia) [RUSSIA-EO14024] (Linked To: VINER, Natan Adadievich).

GKR OOO, ul. Dmitrovka M. d. 18A, str. 3, floor 3 office 1, Moscow 127006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Jun 2014; Tax ID No. 7702840557 (Russia); Registration Number 1147746723288 (Russia) [RUSSIA-EO14024] (Linked To: VINER, Natan Adadievich).

GKR UK OOO, ul. Selskokhozyaistvennaya d. 26, str. 6, floor/pomeshch. 2/II, kom. 7, Moscow 129226, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Oct 2021; Tax ID No. 9717106688 (Russia); Registration Number 1217700485122 (Russia) [RUSSIA-EO14024] (Linked To: VINER, Natan Adadievich).

GLADKIKH, Boris Mikhaylovich (Cyrillic: ГЛАДКИХ, Борис Михайлович), Russia; DOB 16 Feb 1983; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GLADKIKH, Evgeny Viktorovich (Cyrillic: ГЛАДКИХ, Евгений Викторович) (a.k.a. GLADKIKH, Yevgeniy Viktorovich), Moscow, Russia; DOB 05 Sep 1985; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] (Linked To: STATE

RESEARCH CENTER OF THE RUSSIAN FEDERATION FGUP CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND MECHANICS).

GLADKIKH, Yevgeniy Viktorovich (a.k.a. GLADKIKH, Evgeny Viktorovich (Cyrillic: ГЛАДКИХ, Евгений Викторович)), Moscow, Russia; DOB 05 Sep 1985; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] (Linked To: STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION FGUP CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND MECHANICS).

GLADKOV, Viacheslav Vladimirovich (a.k.a. GLADKOV, Vyacheslav Vladimirovich (Cyrillic: ГЛАДКОВ, Вячеслав Владимирович)), Belgorod Region, Russia; DOB 15 Jan 1969; POB Kuchki, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 583800610358 (Russia) (individual) [RUSSIA-EO14024].

GLADKOV, Vyacheslav Vladimirovich (Cyrillic: ГЛАДКОВ, Вячеслав Владимирович) (a.k.a. GLADKOV, Viacheslav Vladimirovich), Belgorod Region, Russia; DOB 15 Jan 1969; POB Kuchki, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 583800610358 (Russia) (individual) [RUSSIA-EO14024].

GLASS COMPANY MEGASTEK (a.k.a. LIMITED LIABILITY COMPANY MEGASTEK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕГАСТЕК)), 7 Starykh Bolshevikov Street, Gus Khrustalnyy 601501, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3304016625 (Russia); Registration Number 1083304000955 (Russia) [RUSSIA-EO14024].

GLAVGOSEKSPERTIZA (a.k.a. FAU 'GLAVGOSEKSPERTIZA ROSSII'; a.k.a. FEDERAL AUTONOMOUS INSTITUTION 'MAIN DIRECTORATE OF STATE EXAMINATION'; a.k.a. GENERAL BOARD OF STATE EXPERT REVIEW), Furkasovskiy Lane, building 6, Moscow 101000, Russia; 13 Demidova Street, Sevastopol, Crimea, Ukraine; 10 Vokzalnaya Street, Sevastopol, Crimea, Ukraine; Website http://gge.ru; Email Address info@gge.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

GLAVNOE RAZVEDYVATEL'NOE UPRAVLENIE (Cyrillic: ГЛАВНОЕ РАЗВЕДЫВАТЕЛЬНОЕ УПРАВЛЕНИЕ) (a.k.a. GRU; a.k.a. MAIN DIRECTORATE OF THE GENERAL STAFF; a.k.a. MAIN INTELLIGENCE DEPARTMENT; a.k.a. MAIN INTELLIGENCE DIRECTORATE), Khoroshevskoye Shosse 76, Khodinka, Moscow, Russia; Ministry of Defence of the Russian Federation, Frunzenskaya nab., 22/2, Moscow 119160, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Government Entity [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024].

GLAVNOYE UPRAVLENIE GLUBOKOVODNYKH ISSLEDOVANII (a.k.a. FEDERAL STATE INSTITUTION MILITARY UNIT 40056; a.k.a. MAIN DIRECTORATE OF DEEP SEA RESEARCH; a.k.a. "GUGI"), 26A Onezhskaya Str., Moscow 125413, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 08 Dec 2009; Tax ID No. 7743763446 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GLAVNOYE UPRAVLENIE VNUTRENNIKH DEL MINSKOVO GORISPOLKOMA (a.k.a. MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE (Cyrillic: ГЛАВНОЕ УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. MINSK GUVD (Cyrillic: ГУВД МИНСК); a.k.a. THE GENERAL DIRECTORATE OF INTERNAL AFFAIRS OF MINSK CITY EXECUTIVE COMMITTEE), Dobromislenski Lane, 5, Minsk, Belarus (Cyrillic: пер.Добромысленский,5, г.Минск, Belarus); Tax ID No. 100582346 (Belarus) [BELARUS].

GLAVSET LLC (a.k.a. AZIMUT LLC; a.k.a. GLAVSET, OOO; a.k.a. INTERNET RESEARCH AGENCY LLC; a.k.a. LAKHTA INTERNET RESEARCH; a.k.a. MEDIASINTEZ LLC; a.k.a. MEDIASINTEZ, OOO; a.k.a. MIXINFO LLC; a.k.a. NOVINFO LLC; a.k.a. NOVINFO, OOO), 55 Savushkina Street, St. Petersburg, Russia; d. 4 korp. 3 litera A pom. 9-N, ofis 238, ul. Optikov, St. Petersburg, Russia;

d. 4 litera B pom. 22-N, ul. Starobelskaya, St. Petersburg, Russia; d. 79 litera A. pom 1-N, ul. Planernaya, St. Petersburg, Russia; 4 Optikov Street, Building 3, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [ELECTION-EO13848].

GLAVSET, OOO (a.k.a. AZIMUT LLC; a.k.a. GLAVSET LLC; a.k.a. INTERNET RESEARCH AGENCY LLC; a.k.a. LAKHTA INTERNET RESEARCH; a.k.a. MEDIASINTEZ LLC; a.k.a. MEDIASINTEZ, OOO; a.k.a. MIXINFO LLC; a.k.a. NOVINFO LLC; a.k.a. NOVINFO, OOO), 55 Savushkina Street, St. Petersburg, Russia; d. 4 korp. 3 litera A pom. 9-N, ofis 238, ul. Optikov, St. Petersburg, Russia; d. 4 litera B pom. 22-N, ul. Starobelskaya, St. Petersburg, Russia; d. 79 litera A. pom 1-N, ul. Planernaya, St. Petersburg, Russia; 4 Optikov Street, Building 3, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [ELECTION-EO13848].

GLAZING FUTURE MANAGEMENT NV, 40C Keizer Street, Paramaribo, Suriname; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Identification Number IMO 6256801 [IRAN-EO13846].

GLAZKOVA, Anzhelika Yegorovna (Cyrillic: ГЛАЗКОВА, Анжелика Егоровна), Russia; DOB 28 Dec 1968; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GLAZYEV, Sergei (a.k.a. GLAZYEV, Sergey); DOB 01 Jan 1961; POB Zaporozhye, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Presidential Advisor (individual) [UKRAINE-EO13661].

GLAZYEV, Sergey (a.k.a. GLAZYEV, Sergei); DOB 01 Jan 1961; POB Zaporozhye, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Presidential Advisor (individual) [UKRAINE-EO13661].

GLBC (a.k.a. GREAT LAKES BUSINESS COMPANY), P. O. Box 315, Goma, Congo, Democratic Republic of the; Gisenyi, Rwanda [DRCONGO].

GLEBOVA, Lyubov Nikolayevna (Cyrillic: ГЛЕБОВА, Любовь Николаевна), Russia;

DOB 07 Mar 1960; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GLENDOR FINANCE S.A., Panama; RUC # 2041747-1-746484 (Panama) [SDNTK].

GLOBAL AGE LIMITED, East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

GLOBAL CENTRAL LOGISTICS FZCO (Arabic: جلوبال سنترال لوجيستيكس ش.م.ح), Dubai Free Zone, Industrial Al Qusais, Warehouse QB08, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 3831 (United Arab Emirates) [RUSSIA-EO14024].

GLOBAL CLEANERS S.A.R.L. (a.k.a. GLOBAL CLEANERS, INC.), Center Mzannar, Main Street, Second Floor, Baabda, Lebanon; Airport Road, Beirut, Lebanon; Street 21, Section 929, Al Karrada Area, Baghdad, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HIZBALLAH; Linked To: TABAJA, Adham Husayn).

GLOBAL CLEANERS, INC. (a.k.a. GLOBAL CLEANERS S.A.R.L.), Center Mzannar, Main Street, Second Floor, Baabda, Lebanon; Airport Road, Beirut, Lebanon; Street 21, Section 929, Al Karrada Area, Baghdad, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HIZBALLAH; Linked To: TABAJA, Adham Husayn).

GLOBAL DE TEXTILES ANDINO S.A.S., CR 46 67 5, Barranquilla, Atlantico, Colombia; NIT # 9005980294 (Colombia) [VENEZUELA-EO13850].

GLOBAL ENERGY COMPANY S.A.S., CL 94 No 51 B - 43 PI 4 Of 401, Barranquilla, Atlantico, Colombia; NIT # 9006520120 (Colombia) [VENEZUELA-EO13850].

GLOBAL IMPORT SOLUTIONS S.A., Anaco, Anzoategui, Venezuela; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Organization Established Date 20 Jul 2021; Tax ID No. J411408778 (Venezuela) [SDGT] [TCO] (Linked To: ARAYA NAVARRO, Jimena Romina).

GLOBAL INDUSTRIAL AND ENGINEERING SUPPLY LIMITED (a.k.a. GLOBAL INDUSTRIAL AND ENGINEERING SUPPLY LTD.; a.k.a. "GIES GROUP"), Unit 04, Bright Way Tower, No. 33, Mong Kok Road Kowloon, Hong Kong; 603-3-3, Miyun Road, Nankai District, Tianjin, China; Unit 902, 9/F, Technology Park, 18 On Lai Street, Shatin, N.T., Hong Kong; Website giesgroup.com [IFCA].

GLOBAL INDUSTRIAL AND ENGINEERING SUPPLY LTD. (a.k.a. GLOBAL INDUSTRIAL AND ENGINEERING SUPPLY LIMITED; a.k.a. "GIES GROUP"), Unit 04, Bright Way Tower, No. 33, Mong Kok Road Kowloon, Hong Kong; 603-3-3, Miyun Road, Nankai District, Tianjin, China; Unit 902, 9/F, Technology Park, 18 On Lai Street, Shatin, N.T., Hong Kong; Website giesgroup.com [IFCA].

GLOBAL INDUSTRIAL CHEMICALS LIMITED, 18th Flr, 1803, Lodha Codename No 1, One Lodha Place Senapati Bapat Marg, Upper Worli, Mumbai, Maharashtra 400013, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 2023; C.I.N. U74999MH2023PLC397808 (India) [IRAN-EO13846].

GLOBAL INTERFACE COMPANY INC. (f.k.a. TRANS SCIENTIFIC CORP.), 9F-1, No. 22, Hsin Yi Rd., Sec. 2, Taipei, Taiwan; 1st Floor, No. 49, Lane 280, Kuang Fu S. Road, Taipei, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Business Registration Document # 12873346 (Taiwan) [NPWMD].

GLOBAL KEY LIMITED LIABILITY COMPANY (a.k.a. "GLOBAL KEI"; a.k.a. "NOYFOX AS LTD."), Ul. Ivana Fomina D. 6, Lit. B, Pomeshch. 402A, 402B, Saint Petersburg 194295, Russia; Website global-key.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Aug 2015; Tax ID No. 7802536470 (Russia); Registration Number 1157847282119 (Russia) [RUSSIA-EO14024].

GLOBAL MARINE SHIP MANAGEMENT CO., LIMITED (a.k.a. FENGHUI SHIP MANAGEMENT CO., LTD. (Chinese Traditional: 豐匯船舶管理有限公司); a.k.a. GLOBAL MARINE SHIP MANAGEMENT CO., LTD. (Chinese Traditional: 匯海船舶管理有限公司); a.k.a. HUIHAI SHIP MANAGEMENT CO., LTD. (Chinese Simplified: 汇海船舶管理有限公司)), Room 1708, Zhongshang Building, No. 100, Hong Kong Middle Road, Shinan District, Qingdao, Shandong Province, China; Flat C, 15th Floor, Unionway Commercial Centre, 283 Queens Road, Central, Hong Kong, China; Room 2108, 21/F, C Wu Building, 302-308 Hennessy Road, Wanchai, Hong Kong, China; Website www.GMSHIPS.com; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Identification Number IMO 5528362; Commercial Registry Number 1427788 (China) [IRAN-EO13846].

GLOBAL MARINE SHIP MANAGEMENT CO., LTD. (Chinese Traditional: 匯海船舶管理有限公司) (a.k.a. FENGHUI SHIP MANAGEMENT CO., LTD. (Chinese Traditional: 豐匯船舶管理有限公司); a.k.a. GLOBAL MARINE SHIP MANAGEMENT CO., LIMITED; a.k.a. HUIHAI SHIP MANAGEMENT CO., LTD. (Chinese Simplified: 汇海船舶管理有限公司)), Room 1708, Zhongshang Building, No. 100, Hong Kong Middle Road, Shinan District, Qingdao, Shandong Province, China; Flat C, 15th Floor, Unionway Commercial Centre, 283 Queens Road, Central, Hong Kong, China; Room 2108, 21/F, C Wu Building, 302-308 Hennessy Road, Wanchai, Hong Kong, China; Website www.GMSHIPS.com; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Identification Number IMO 5528362; Commercial Registry Number 1427788 (China) [IRAN-EO13846].

GLOBAL RELIEF FOUNDATION, INC., P.O. Box 1406, Bridgeview, IL 60455, United States; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; US FEIN 36-3804626 [SDGT].

GLOBAL RELIEF FOUNDATION, INC. (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL 'WORLD RELIEF'; a.k.a.

FONDATION SECOURS MONDIAL-BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL-KOSOVA; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a. STICHTING WERELDHULP-BELGIE, V.Z.W.; a.k.a. "FSM"), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, Putte 2580, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia and Herzegovina; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia and Herzegovina; Rr. Skenderbeu 76, Lagjja Sefa, Gjakova, Serbia; Ylli Morina Road, Djakovica, Serbia; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir, undetermined; Lebanon; Gaza Strip, undetermined; Sierra Leone; Somalia; Syria; 49 rue du Lazaret, Strasbourg 67100, France; West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; V.A.T. Number BE 454,419,759 [SDGT].

GLOBAL SEA LINE CO LTD, 10 Anson Road #31-10 International Plaza, Singapore; Email Address globalsealine@gmail.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

GLOBAL STAFFING S.A. (a.k.a. TALENT BRIDGE, S.A.), Calle 54 Barrio PH Twist Tower, 28th Floor, Office F, Panama City, Panama; Website https://globalstaffingsa.com/; RUC # 155722003-2-2022 (Panama) [SUDAN-EO14098] (Linked To: INTERNATIONAL SERVICES AGENCY S.A.S.).

GLOBAL STRUCTURE, S.A., Panama City, Panama; Folio Mercantil No. 844394 (Panama) [VENEZUELA-EO13850] (Linked To: RUBIO GONZALEZ, Emmanuel Enrique).

GLOBAL TANKERS PRIVATE LIMITED, 213, Sector 36-A, Chandigarh, Chandigarh 160036, India; Plot No. C 98, Phase 7, Industrial Area, Mohali, Punjab 160055, India; A5 Transportnagar, Gorakhpur, Uttar Pradesh 273001, India; Organization Established Date 09 Apr 2008; C.I.N. U63090CH2008PTC031196 (India); Identification Number IMO 6025151; Registration Number 031196 (India) [IRAN-

EO13902] (Linked To: BRAR, Jugwinder Singh).

GLOBAL TECH MARINE SERVICES INC, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; 8th Floor, Arenco Tower, Sheikh Zayed Road, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Dec 2020; Identification Number IMO 6197743; Business Registration Number 107145 (Marshall Islands) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

GLOBAL TECHNOLOGY IMPORT & EXPORT, S.A. (GTI), Calle 50 Y 53 Marbella, Edificio Plaza 2000, Piso 7, Panama City, Panama; RUC # 1061547-1-549692 (Panama) [SDNTK].

GLOBAL TOURISTIC SERVICES SAL, Property 362, Section 8, Block B, Eidi Building, Chiyah, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2012409 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

GLOBAL TRADELINE SARL, Al Mahmul Street, Al Hadath, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Nov 2019; Organization Type: Non-specialized wholesale trade; Commercial Registry Number 2058236 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

GLOBAL TRADING GROUP (a.k.a. ENERGY ENGINEERS PROCUREMENT AND CONSTRUCTION; a.k.a. GLOBAL TRADING GROUP NV; a.k.a. "EEPC"), Frankrijklei 39, 2nd Floor, Antwerpen 2000, Belgium; 22 Liverpool Street, Freetown, Sierra Leone; Standard Chartered Bank Building, 2nd floor, Kairaba Ave, Banjul, The Gambia; Rue de Canal, G83 Zone 4G, 01BP1280, Abidjan, Cote d Ivoire; Quartier les Cocotiers, Avenue Pape Jean Paul II, Lot 4274, Cotonou, Benin; Frankrijklei 156 (5th floor), Antwerpen 2000, Belgium; Website www.globaltradinggroup.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; D-U-N-S Number 37-117-1419; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 [SDGT] (Linked To: BAZZI, Mohammad Ibrahim).

GLOBAL TRADING GROUP NV (a.k.a. ENERGY ENGINEERS PROCUREMENT AND CONSTRUCTION; a.k.a. GLOBAL TRADING GROUP; a.k.a. "EEPC"), Frankrijklei 39, 2nd Floor, Antwerpen 2000, Belgium; 22 Liverpool Street, Freetown, Sierra Leone; Standard Chartered Bank Building, 2nd floor, Kairaba Ave, Banjul, The Gambia; Rue de Canal, G83 Zone 4G, 01BP1280, Abidjan, Cote d Ivoire; Quartier les Cocotiers, Avenue Pape Jean Paul II, Lot 4274, Cotonou, Benin; Frankrijklei 156 (5th floor), Antwerpen 2000, Belgium; Website www.globaltradinggroup.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; D-U-N-S Number 37-117-1419; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: BAZZI, Mohammad Ibrahim).

GLOBAL UNITED BIOTECHNOLOGY INC., Virgin Islands, British; Room 707, No. 67, Jinyu Road, Pudong, Shanghai 201206, China; Website www.globalrc.net; Email Address researchchemical@aliyun.com; Registration Number 1700919 (Virgin Islands, British) [SDNTK] (Linked To: ZHENG DRUG TRAFFICKING ORGANIZATION).

GLOBAL UNITED SHIPPING LIMITED (a.k.a. GLOBAL UNITED SHIPPING LTD-BZE), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

GLOBAL UNITED SHIPPING LTD-BZE (a.k.a. GLOBAL UNITED SHIPPING LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

GLOBAL VISINESS PTE. LTD., Rm A 12F Kiu Fu Commercial Bldg, 300 Lockhart Road, Wan Chai, Hong Kong, China; 73 Upper Paya Lebar Road No 06-01c, Centro Bianco, Singapore 534818, Singapore; Website globalvisiness.com/; Organization Established Date 25 Dec 2020; Company Number 202041648D (Singapore) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

GLOBAL VISION GROUP (a.k.a. LIMITED LIABILITY COMPANY GLOBAL CONCEPTS GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЛОБАЛЬНЫЕ КОНЦЕПЦИИ ГРУПП)); a.k.a. "LLC GKG" (Cyrillic: "ООО ГКГ")), Office I Room 7, Building 3, House 22, Staromonetny Lane, Moscow 119180, Russia; Russia; Staromonetne STR 22/3, Moscow, Russia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] (Linked To: ALCHWIKI, Mhd Amer).

GLOBALTEC LLC (a.k.a. LIMITED LIABILITY COMPANY GLOBALTEK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЛОБАЛТЭК)), Room 22, Suite I, Floor 13, Building 2, 6 Presnenskaya Embankment, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Construction of utility projects; Tax ID No. 9705138011 (Russia); Registration Number 1197746621930 (Russia) [RUSSIA-EO14024].

GLOBALTRANS LIMITED (a.k.a. "GT LTD"), Ul. Respublikanskaya D. 24, K. 1 Str. 1, Pomeshch. 22-N, Office 2, Saint Petersburg 195112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806582269 (Russia); Registration Number 1217800018204 (Russia) [RUSSIA-EO14024].

GLOBALVOENTREIDING LTD OOO (a.k.a. LIMITED LIABILITY COMPANY GLOBALVOENTREYDING LTD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЛОБАЛВОЕНТРЕЙДИНГ ЛТД); a.k.a. LLC GLOBALVOENTRAIDING LTD), 3 1-Ya Rybinskaya Street, Building 1, Floor 4, Office 9/2, Moscow 107113, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Oct 2002; Tax ID No. 7709388844 (Russia); Registration Number 1027709015641 (Russia) [RUSSIA-EO14024].

GLOBANTY S.A.S., Calle 13 No. 10-45, Centro, Maicao, Guajira, Colombia; NIT # 900467096-6 (Colombia) [SDNTK].

GLOBATEK 3D (a.k.a. AO GLOBATEK; a.k.a. JOINT STOCK COMPANY GLOBATEK GROUP), Sh Varshavskoe D. 42, Moscow,

Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724739790 (Russia); Registration Number 1107746187999 (Russia) [RUSSIA-EO14024].

GLOBOVISION (a.k.a. GLOBOVISION TELE C.A.), Caracas, Venezuela [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul; Linked To: PERDOMO ROSALES, Gustavo Adolfo).

GLOBOVISION TELE C.A. (a.k.a. GLOBOVISION), Caracas, Venezuela [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul; Linked To: PERDOMO ROSALES, Gustavo Adolfo).

GLOBOVISION TELE CA, CORP., 4100 Salzedo Street, Unit 804, Coral Gables, FL 33146, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul; Linked To: PERDOMO ROSALES, Gustavo Adolfo).

GLOBUS RYAZAN DESIGN BUREAU JSC (a.k.a. AO RKB GLOBUS; a.k.a. JOINT STOCK COMPANY RYAZANSKOE KONSTRUKTORSKOE BJURO GLOBUS; a.k.a. RKB GLOBUS PAO), Ul. Vysokovoltnaya D. 6, Ryazan 390013, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Oct 1955; Tax ID No. 6229060995 (Russia); Registration Number 1086229000560 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

GLOBUS TURKEY LOJISTIK DIS TICARET LIMITED SIRKETI, Daire:2, No:71 Suadiye Mahallesi, Istanbul 34740, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Apr 2022; Tax ID No. 3961454218 (Turkey); Business Registration Number 372297 (Turkey) [RUSSIA-EO14024].

GLORINA SHIPPING COMPANY LIMITED, Karaiskaki, 13, Limassol 3032, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Sea and coastal freight water transport; Registration Number 408052 (Cyprus) [RUSSIA-EO14024].

GLORY ADVANCED LIMITED, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 2811523 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

GLORY INTERNATIONAL FZ-LLC (Arabic: جلوري ش.م.ح-ذ.م.م انترناشونال), SFFO0472, Compass Building, Al Shohada Road, Al Hamra Industrial Zone-FZ, Ras Al Khaimah, United Arab Emirates; PO Box 121813, RAKIA Amenity Center, Al-Jazirat Al-Hamra, Ras Al Khaimah, United Arab Emirates; A1-1309, Building No. A1, Al Hamra Industrial Zone-FZ, Ras Al Khaimah, United Arab Emirates; Organization Established Date 19 Jul 2023; alt. Organization Established Date 09 May 2019; Identification Number IMO 6116541; Business Registration Number 47010084 (United Arab Emirates); alt. Business Registration Number 7003461 (United Arab Emirates); alt. Business Registration Number 5027598 (United Arab Emirates); Economic Register Number (CBLS) 12163265 (United Arab Emirates); alt. Economic Register Number (CBLS) 11478636 (United Arab Emirates); alt. Economic Register Number (CBLS) 12164617 (United Arab Emirates) [IRAN-EO13902] (Linked To: BRAR, Jugwinder Singh).

GLOTOV, Yevgeniy Eduardovich, Ukraine; DOB 19 Sep 1987; nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. 3203817519 (Ukraine) (individual) [NPWMD] [CYBER2] (Linked To: NEWSFRONT).

GLOTREASURE COMPANY LIMITED, Blk 28 Mg Villas 136A Ha Che Pat Heung Yuen Long, Hong Kong, China; Organization Established Date 19 Apr 2021; C.R. No. 3039877 (Hong Kong); Business Registration Number 72902367-000 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

GLOWY PREMIER TREND SDN BHD, 11-3-6 New Bob Centre, George Town 10350, Malaysia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Jul 2021; Registration Number 202101025235 (Malaysia) [RUSSIA-EO14024].

GM FARM (a.k.a. G.M. FARM SARL; a.k.a. JM PHARM), Al Ghubayri, Beirut, Lebanon; Website gmfarmco.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Mar 2016; Organization Type: Non-specialized wholesale trade [SDGT] (Linked To: ATWI, Silvana).

GMCG HOLDING CORP, 50th Street, Global Plaza Bldg., 20th Floor, Office E, Panama City, Panama; Organization Established Date 31 May 2017; alt. Organization Established Date 26 Jun 2017; RUC # 155651275 (Panama) [IRAN-EO13902] (Linked To: VARELA DE LEON, Hector).

GMCG LTD., Zenas Kanther 2B, Alta Building. Ag. Triada 3035, Limassol, Cyprus; Iris House, Floor 3, 3106, Limassol, Cyprus; Organization Established Date 13 Sep 2016; Registration Number HE 360001 (Cyprus) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

GMCS MANAGEMENT LIMITED (a.k.a. GMCS MANAGEMENT LIMITED LIABILITY COMPANY; a.k.a. GMCS MANAGEMENT LLC; a.k.a. GMCS MANAGEMENT LTD), Ul. Pokryshkina D. 7, Floor 1 Kom 4, Moscow 119602, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715712231 (Russia); Registration Number 1087746971135 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

GMCS MANAGEMENT LIMITED LIABILITY COMPANY (a.k.a. GMCS MANAGEMENT LIMITED; a.k.a. GMCS MANAGEMENT LLC; a.k.a. GMCS MANAGEMENT LTD), Ul. Pokryshkina D. 7, Floor 1 Kom 4, Moscow 119602, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715712231 (Russia); Registration Number 1087746971135 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

GMCS MANAGEMENT LLC (a.k.a. GMCS MANAGEMENT LIMITED; a.k.a. GMCS MANAGEMENT LIMITED LIABILITY COMPANY; a.k.a. GMCS MANAGEMENT LTD), Ul. Pokryshkina D. 7, Floor 1 Kom 4, Moscow 119602, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715712231 (Russia); Registration Number 1087746971135 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

GMCS MANAGEMENT LTD (a.k.a. GMCS MANAGEMENT LIMITED; a.k.a. GMCS MANAGEMENT LIMITED LIABILITY COMPANY; a.k.a. GMCS MANAGEMENT LLC), Ul. Pokryshkina D. 7, Floor 1 Kom 4, Moscow 119602, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715712231 (Russia); Registration Number 1087746971135 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

GMI GLOBAL MANUFACTURING & INTEGRATION LTD (a.k.a. GMI GLOBAL MANUFACTURING AND INTEGRATION LTD; f.k.a. PRUVIA LIMITED), Afstralias 6, Limassol 3017, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Dec 2009; Registration Number C258701 (Cyprus) [RUSSIA-EO14024] (Linked To: VOLFOVICH, Alexander).

GMI GLOBAL MANUFACTURING AND INTEGRATION LTD (a.k.a. GMI GLOBAL MANUFACTURING & INTEGRATION LTD; f.k.a. PRUVIA LIMITED), Afstralias 6, Limassol 3017, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Dec 2009; Registration Number C258701 (Cyprus) [RUSSIA-EO14024] (Linked To: VOLFOVICH, Alexander).

GMI PROJECTS HAMBURG GMBH, Jungfernstieg 14, Hamburg 20354, Germany; Website https://www.gmiprojects.de; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 Oct 2010; V.A.T. Number DE276234810 (Germany); Registration Number HRB115564 (Germany) [IRAN-EO13871] (Linked To: MIDDLE EAST MINES AND MINERAL INDUSTRIES DEVELOPMENT HOLDING COMPANY).

GMI PROJECTS LTD, 20-22 Wenlock Road, London N1 7GU, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Feb 2009; Company Number 06813827 (United Kingdom) [IRAN-EO13871] (Linked To: MIDDLE EAST MINES AND MINERAL INDUSTRIES DEVELOPMENT HOLDING COMPANY).

GMM FZE, PO Box SHJ-124903, Sharjah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Apr 2017; License 18050 (United Arab Emirates) [RUSSIA-EO14024].

GMM MANAGEMENT DMCC, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License DMCC-786039 (United Arab Emirates); Economic Register Number (CBLS) 11554900 (United Arab Emirates) [RUSSIA-EO14024].

GNEDOVSKI, Aleksei Dmitrievich (a.k.a. GNEDOVSKII, Aleksei Dmitrievich; a.k.a. GNEDOVSKIY, Alexey), 32 Olimpiyskiy Prospekt, Apt 10, Moscow 129272, Russia; DOB 31 Dec 1964; POB Moscow, Russia; nationality Russia; alt. nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport K00221183 (Cyprus) issued 07 May 2015 expires 07 May 2025; alt. Passport 721036977 (Russia) expires 06 Sep 2022; alt. Passport 722881075 (Russia) expires 06 Sep 2022; National ID No. 1295013 (Cyprus); Tax ID No. 770200079259 (Russia) (individual) [RUSSIA-EO14024].

GNEDOVSKII, Aleksei Dmitrievich (a.k.a. GNEDOVSKI, Aleksei Dmitrievich; a.k.a. GNEDOVSKIY, Alexey), 32 Olimpiyskiy Prospekt, Apt 10, Moscow 129272, Russia; DOB 31 Dec 1964; POB Moscow, Russia; nationality Russia; alt. nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport K00221183 (Cyprus) issued 07 May 2015 expires 07 May 2025; alt. Passport 721036977 (Russia) expires 06 Sep 2022; alt. Passport 722881075 (Russia) expires 06 Sep 2022; National ID No. 1295013 (Cyprus); Tax ID No. 770200079259 (Russia) (individual) [RUSSIA-EO14024].

GNEDOVSKIY, Alexey (a.k.a. GNEDOVSKI, Aleksei Dmitrievich; a.k.a. GNEDOVSKII, Aleksei Dmitrievich), 32 Olimpiyskiy Prospekt, Apt 10, Moscow 129272, Russia; DOB 31 Dec 1964; POB Moscow, Russia; nationality Russia; alt. nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport K00221183 (Cyprus) issued 07 May 2015 expires 07 May 2025; alt. Passport 721036977 (Russia) expires 06 Sep 2022; alt. Passport 722881075 (Russia) expires 06 Sep 2022; National ID No. 1295013 (Cyprus); Tax ID No. 770200079259 (Russia) (individual) [RUSSIA-EO14024].

GNIII VM MOD RF (Cyrillic: ГНИИИ ВМ МО РФ) (a.k.a. GOSUDARSTVENNY NAUCHNO-ISSLEDOVATELSKIY ISPYTATELNY INSTITUT VOYENNOY MEDITSINY; a.k.a. STATE INSTITUTE FOR EXPERIMENTAL MILITARY MEDICINE (Cyrillic: ГОСУДАРСТВЕННЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИСПЫТАТЕЛЬНЫЙ ИНСТИТУТ ВОЕННОЙ МЕДИЦИНЫ); a.k.a. STATE INSTITUTE FOR EXPERIMENTAL MILITARY MEDICINE OF THE MINISTRY OF DEFENSE (Cyrillic: ГОСУДАРСТВЕННЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИСПЫТАТЕЛЬНЫЙ ИНСТИТУТ ВОЕННОЙ МЕДИЦИНЫ МО); a.k.a. STATE RESEARCH EXPERIMENTAL INSTITUTE OF MILITARY MEDICINE; a.k.a. "GNII VM" (Cyrillic: "ГНИИ ВМ")), Lesoparkovaya Street, Building 4, St. Petersburg 195043, Russia (Cyrillic: Улица Лесопарковая, Дом 4, Санкт-Петербург 195043, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1157847310048; Tax ID No. 7806194153 [RUSSIA-EO14024].

GNO INVESTMENT LTD OOD, 40, Ami Bue Street/Boulevard, Krasno Selo District, Floor 2, Apartment 3 Sofia, 1606, Stolichna, Bulgaria; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Oct 2018; Tax ID No. BG205319107 (Bulgaria); Government Gazette Number 205319107 (Bulgaria) [RUSSIA-EO14024] (Linked To: CELIK, Ozgur Hasan).

GNTS FGUGP YUZHMORGEOLOGIYA (a.k.a. JOINT STOCK COMPANY YUZHNOYE NAUCHNO PROIZVODSTVENNOYE OBEDINENIYE PO MORSKIM GEOLOGORAZVEDOCHNYM RABOTAM (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЮЖНОЕ НАУЧНО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ПО МОРСКИМ ГЕОЛОГОРАЗВЕДОЧНЫМ РАБОТАМ); a.k.a. YUZHMORGEOLOGIYA AO (Cyrillic: ЮЖМОРГЕОЛОГИЯ АО)), Ulitsa Krymskaya, 20, Gelendzhik 353461, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2304070606 (Russia); Registration Number 1162304051370 (Russia) [RUSSIA-EO14024].

GNTS RF FGUP TSNIIKHM (a.k.a. CNIIHM (Cyrillic: ЦНИИХМ); a.k.a. FGUP CNIIXM (Cyrillic: ФГУП ЦНИИХМ); a.k.a. FGUP TSNIIKHM; a.k.a. STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION FGUP CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND MECHANICS; f.k.a. TSENTRALNY NAUCHNO-ISSLEDOVATELSKI INSTITUT KHIMII I MEKHANIKI, FGUP; a.k.a. TSNIIKHM, FGUP), 16A ul. Nagatinskaya, Moscow, Russia; Website http://cniihm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7724073013 (Russia); Government Gazette Number 07521506 (Russia); Registration Number 1037739097582 (Russia) [CAATSA - RUSSIA].

GODAIME KUDO-KAI (a.k.a. FIFTH KUDO-KAI; a.k.a. KUDOKAI; a.k.a. KUDO-KAI), 1-1-12

Kantake Kokurakita-ku, Kitakyushu City, Fukuoka, Japan [TCO].

GODINA GUERRERO, Gilberto (a.k.a. LOPEZ GUERRERO, Ismael), Nuevo Laredo, Tamaulipas, Mexico; DOB 01 Jun 1978; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Passport A085434793 (Mexico); C.U.R.P. LOGI780601HTSPRS05 (Mexico) (individual) [SDNTK] (Linked To: CARTEL DEL NORESTE).

GODOY ARELLANO, Esther, Mexico; DOB 26 Jul 1968; POB Jerez, Zacatecas, Mexico; nationality Mexico; Gender Female; C.U.R.P. GOAE680726MZSDRS02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

GOETZ GOLD LLC (a.k.a. PGR GOLD LLC; a.k.a. PGR GOLD TRADING LLC), Dubai, United Arab Emirates; Organization Type: Mining of other non-ferrous metal ores; Commercial Registry Number 689308 (United Arab Emirates) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

GOETZ, Alain (a.k.a. GOETZ, Alain Francois Viviane; a.k.a. GOZ, Alen), The Palm Jumeirah 0-35, 65919, Dubai, United Arab Emirates; Villa 39, Frond N, The Palm Jumeirah, Dubai, United Arab Emirates; DOB 24 Apr 1965; alt. DOB 20 Apr 1965; POB Antwerp, Belgium; nationality Belgium; citizen Turkey; Gender Male; Passport EP985086 (Belgium) issued 08 May 2018 expires 07 May 2025; alt. Passport 50641895930 (Turkey) expires 10 Jul 2030; Identification Number 784196536027277 (United Arab Emirates) (individual) [DRCONGO] (Linked To: AFRICAN GOLD REFINERY LIMITED).

GOETZ, Alain Francois Viviane (a.k.a. GOETZ, Alain; a.k.a. GOZ, Alen), The Palm Jumeirah 0-35, 65919, Dubai, United Arab Emirates; Villa 39, Frond N, The Palm Jumeirah, Dubai, United Arab Emirates; DOB 24 Apr 1965; alt. DOB 20 Apr 1965; POB Antwerp, Belgium; nationality Belgium; citizen Turkey; Gender Male; Passport EP985086 (Belgium) issued 08 May 2018 expires 07 May 2025; alt. Passport 50641895930 (Turkey) expires 10 Jul 2030; Identification Number 784196536027277 (United Arab Emirates) (individual) [DRCONGO] (Linked To: AFRICAN GOLD REFINERY LIMITED).

GOGEASCOECHEA ARRONATEGUI, Eneko; DOB 29 Apr 1967; POB Guernica, Vizacaya Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I.

44.556.097 (Spain); Member ETA (individual) [SDGT].

GOGERDCHIAN, Mehdi (a.k.a. GUGERDCHIAN, Mehdi), Iran; DOB 14 Aug 1975; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1286966558 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

GOHARDASHT PRISON (a.k.a. RAJAEE SHAHR PRISON; a.k.a. RAJAEI SHAHR PRISON; a.k.a. RAJAI-SHAHR PRISON), Karaj, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

GOHARDEHI, Mohsen; DOB 14 Sep 1985; POB Sary, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport E52807849 (Iran) expires 05 Mar 2025 (individual) [IRAN] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

GOHARI MOGHADAM, Abuzar (a.k.a. GOHARI MOQADAM, Abuzar; a.k.a. GOHARIMOQADAM, Abuzar); DOB 16 Sep 1980; alt. DOB 17 Sep 1980; POB Zabol, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport V29385211 (Iran) issued 19 Feb 2014 expires 19 Feb 2019; National ID No. 367-353055-063; Birth Certificate Number 455 (individual) [CYBER2].

GOHARI MOQADAM, Abuzar (a.k.a. GOHARI MOGHADAM, Abuzar; a.k.a. GOHARIMOQADAM, Abuzar); DOB 16 Sep 1980; alt. DOB 17 Sep 1980; POB Zabol, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport V29385211 (Iran) issued 19 Feb 2014 expires 19 Feb 2019; National ID No. 367-353055-063; Birth Certificate Number 455 (individual) [CYBER2].

GOHARIMOQADAM, Abuzar (a.k.a. GOHARI MOGHADAM, Abuzar; a.k.a. GOHARI MOQADAM, Abuzar); DOB 16 Sep 1980; alt. DOB 17 Sep 1980; POB Zabol, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport V29385211 (Iran) issued 19 Feb 2014 expires 19 Feb 2019; National ID No. 367-353055-063; Birth Certificate Number 455 (individual) [CYBER2].

GOIRICELAYA GONZALEZ, Cristina; DOB 23 Dec 1967; POB Vergara, Guipuzcoa Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; D.N.I. 16.282.556 (Spain); Member ETA (individual) [SDGT].

GOITOM, Taeme Abraham (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DA'AME"; a.k.a. "DHA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELE"; a.k.a. "MEKELLE"; a.k.a. "MEQELE"; a.k.a. "TESFALEN"; a.k.a. "TSEGAI"); DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

GOITOM, Te'ame (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Taeme Abraham; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DA'AME"; a.k.a. "DHA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELE"; a.k.a. "MEKELLE"; a.k.a. "MEQELE"; a.k.a. "TESFALEN"; a.k.a. "TSEGAI"); DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

GOK DENISOVSKIY (a.k.a. DENISOVSKY MINE; a.k.a. JOINT STOCK COMPANY MINING AND COAL PREPARATION COMPLEX DENISOVSKIY), ter. 1, Denisovski 1, Yakutiya 678960, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1434028995 (Russia); Registration Number 1031401726157 (Russia) [RUSSIA-EO14024].

GOK INAGLINSKIY (a.k.a. INAGLINSKY MINE; a.k.a. JOINT STOCK COMPANY MINING AND COAL PREPARATION COMPLEX INAGLINSKIY), Building 1, Ter. 1 Denisovskiy, Neryungrinsky District 678960, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704531762 (Russia); Registration Number 1047796706033 (Russia) [RUSSIA-EO14024].

GOK SIBIRSKIE MINERALY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GORNO-OBOGATITELNY KOMBINAT SIBIRSKIE MINERALY; a.k.a. OOO SIBIRSKIE MINERALY), 1, ul. Tsentralnaya, Ak-Dovurak, Tyva Resp. 668050, Russia; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 May 2011; Tax ID No. 1718002246 (Russia); alt. Tax ID No. 1718002246 (Russia); Government Gazette Number 94545591 (Russia); Registration Number 1111722000060 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

GOK, Mahmut, Istanbul, Turkey; DOB 29 Apr 1976; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U07107567 (Turkey) expires 01 Apr 2023 (individual) [NPWMD] [IFSR] (Linked To: GOKLER DIS TICARET LIMITED SIRKETI).

GOKLER DIS TICARET LIMITED SIRKETI (a.k.a. GOKLER IMPORT AND EXPORT LIMITED COMPANY), Molla Fenari MH Iskender Bogazi SK., Centilmen H.N: 3/322, Fatih, Istanbul, Turkey; Sultan Selim MH Eski, Buyukdere Cad No: 61/2, Synergie Plaza, Kagithane, Istanbul, Turkey; Website www.goklergroup.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 05 Jul 2021; Chamber of Commerce Number 1307423 (Turkey); Registration Number 317308-5 (Turkey); Central Registration System Number 0396-1370-8340-0001 (Turkey) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

GOKLER IMPORT AND EXPORT LIMITED COMPANY (a.k.a. GOKLER DIS TICARET LIMITED SIRKETI), Molla Fenari MH Iskender Bogazi SK., Centilmen H.N: 3/322, Fatih, Istanbul, Turkey; Sultan Selim MH Eski, Buyukdere Cad No: 61/2, Synergie Plaza, Kagithane, Istanbul, Turkey; Website www.goklergroup.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 05 Jul 2021; Chamber of Commerce Number 1307423 (Turkey); Registration Number 317308-5 (Turkey); Central Registration System Number 0396-1370-8340-0001 (Turkey) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

GOKUDO (a.k.a. BORYOKUDAN; a.k.a. YAKUZA), Japan [TCO].

GOLAN LIBERATION BRIGADE (a.k.a. AL-HAMAD BRIGADE; a.k.a. AL-NUJABA TV; a.k.a. AMMAR IBN YASIR BRIGADE; a.k.a. HARAKAT AL-NUJABA (Arabic: حركة النجباء); a.k.a. HARAKAT HEZBOLLAH AL-NUJABA; a.k.a. IMAM AL-HASAN AL-MUJTABA

BRIGADE; a.k.a. MOVEMENT OF THE NOBLE ONES HEZBOLLAH; a.k.a. THE MOVEMENT OF THE NOBLE ONES), Iraq; Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2013; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

GOLD MOUNT INDUSTRIAL COMPANY LIMITED (a.k.a. HONG PANG ELECTRONIC INDUSTRIES LIMITED; a.k.a. HONG PANG ELECTRONIC INDUSTRY CO., LTD.), 216, Corner of 49th St. and Maha Bandoola Rd., Pazundaung, Yangon, Burma; Hong Pang Wire Showroom, Room D, 80-81 35th Street, Mandalay, Burma [SDNTK].

GOLD SOLUTION OU, Mahtra TN 50A, Tallinn 13812, Estonia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Transportation and storage; Tax ID No. EE101233187 (Estonia); Registration Number 11504442 (Estonia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY PUMORI NORTHWEST).

GOLDBERG, Marina Samuilovna (a.k.a. KALASHOV, Marina; a.k.a. KALASHOVA, Marina), Burj Khalifa, Dubai, United Arab Emirates; DOB 15 Sep 1979; Passport 514763020 (Russia) (individual) [TCO].

GOLDEN ARGO (Arabic: شركة السفينة الذهبية) (a.k.a. ALSAFEENAH ALTHAHABYA SHIP & BOATS SPARE PARTS & COMPONENTS TRADING L.L.C; a.k.a. ALSAFEENAH ALTHAHABYA SHIP AND BOATS SPARE PARTS AND COMPONENTS TRADING L.L.C (Arabic: السفينة الذهبية لتجارة قطع غيار السفن و القوارب و مكوناتها ش.ذ.م.م); a.k.a. GOLDEN ARGO MARINE SERVICES CO), 1703-1706-B2B Tower, Marasi Dr, Business Bay, Dubai, United Arab Emirates; 3rd Floor, Salmiya Building, Raqqa Al-Bateen, Deira, Dubai, United Arab Emirates; Website www.goldenargo.co; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Apr 2022; License 1050098 (United Arab Emirates); Economic Register Number (CBLS) 11870534 (United Arab Emirates) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

GOLDEN ARGO MARINE SERVICES CO (a.k.a. ALSAFEENAH ALTHAHABYA SHIP & BOATS SPARE PARTS & COMPONENTS TRADING

L.L.C; a.k.a. ALSAFEENAH ALTHAHABYA SHIP AND BOATS SPARE PARTS AND COMPONENTS TRADING L.L.C (Arabic: السفينة الذهبية لتجارة قطع غيار السفن و القوارب و مكوناتها ش.ذ.م.م); a.k.a. GOLDEN ARGO (Arabic: شركة السفينة الذهبية)), 1703-1706-B2B Tower, Marasi Dr, Business Bay, Dubai, United Arab Emirates; 3rd Floor, Salmiya Building, Raqqa Al-Bateen, Deira, Dubai, United Arab Emirates; Website www.goldenargo.co; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Apr 2022; License 1050098 (United Arab Emirates); Economic Register Number (CBLS) 11870534 (United Arab Emirates) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

GOLDEN ASCEND HK LIMITED, Hong Kong, China; Company Number 2713133 (Hong Kong) [TCO] (Linked To: CHEN, Zhi).

GOLDEN ASCEND INTERNATIONAL LIMITED, Phnom Penh, Cambodia; Company Number 1976645 (Virgin Islands, British) [TCO] (Linked To: CHEN, Zhi).

GOLDEN BRONZE LIMITED, Unit 1105, Hua Qin International Building, 340 Queen's Road, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Jan 2021; Company Number 3009479 (Hong Kong); Registration Number 72551978 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

GOLDEN CHAIN (Arabic: سلسله الذهب) (a.k.a. AL SILSILAH AL DHAHABA; a.k.a. SELSELAT AL THAHAB; a.k.a. SELSELAT AL THAHAB FOR MONEY EXCHANGE; a.k.a. SILSALAT AL DHAB; a.k.a. SILSILAH MONEY EXCHANGE COMPANY; a.k.a. SILSILAT MONEY EXCHANGE COMPANY; a.k.a. SILSILET AL THAHAB), Al-Kadhumi Complex, al Harthia, Baghdad, Iraq; al Abbas Street, Karbala, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

GOLDEN COMMODITIES LLC, 1805, Al Owais Tower, Baniyas Road, Deira, Dubai, United Arab Emirates; P.O. Box 31662, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: SEIFI, Asadollah).

GOLDEN CROWN OVERSEAS LIMITED (a.k.a. MOBIN HOLDING LIMITED), 22 Long Acre, Long Acre, London WC2E 9LY, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 09745038 (United Kingdom) [SDGT] [IFSR] (Linked To: MADANIPOUR, Mahmoud).

GOLDEN DELTA BANK (a.k.a. GOLDEN TRIANGLE BANK (Hangul: 황금의 삼각주은행; Chinese Simplified: 金三角银行); a.k.a. "GTB"), GTB Building, Namsan-Dong Rason, Namsan, Korea, North; Rajin-Songbong Free Economic and Trade Zone, Korea, North; SWIFT/BIC KGTBKPP1; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date Feb 1995; Target Type Financial Institution [DPRK4].

GOLDEN ENTERPRISE SHIPPING LIMITED (a.k.a. GOLDEN ENTERPRISE SHIPPING LTD), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

GOLDEN ENTERPRISE SHIPPING LTD (a.k.a. GOLDEN ENTERPRISE SHIPPING LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

GOLDEN FISH LIBERIA LTD., 2nd Street Sinkor, Logan Town, Montserrado County, Monrovia, Liberia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: QANSU, Ali Muhammad).

GOLDEN FISH S.A.L. (OFFSHORE), Tayuni Tower No. 1251, Section 30- 3rd floor, Chath Tayuni, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: QANSU, Ali Muhammad).

GOLDEN FORTUNE RESORTS WORLD CO. LTD., Cambodia; Tax ID No. K002-901803517 (Cambodia) [TCO] (Linked To: PRINCE GROUP TRANSNATIONAL CRIMINAL ORGANIZATION).

GOLDEN GATE SHIP MANAGEMENT, Office No A-301, Mahavir Icon, CBD Belapur, Plot 89, Sector 15, Thane, Navi Mumbai, Maharashtra 400614, India; Organization Established Date 01 Oct 2024; Identification Number IMO 0029112; Company Number UDYAM-MH-33-0532049 (India) [IRAN-EO13902].

GOLDEN GLOBE DEMIR CELIK PETROL SANAYI VE TICARET ANONIM SIRKETI (Latin: GOLDEN GLOBE DEMİR ÇELİK PETROL SANAYİ VE TİCARET ANONİM ŞİRKETİ), Atakent Mh. 221 Sk. Rota Office Sit. A Blk No 3/1/17, Kucukcekmece, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 06 Sep 2021; Trade License No. 326324-5 (Turkey); Registration Number 1316516 (Turkey) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

GOLDEN GROUP SAL OFF SHORE, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Aug 2014; Business Registration Number 1807712 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

GOLDEN GROUP TRADING SARL, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 May 2014; Business Registration Number 1018316 (Lebanon) [SDGT] (Linked To: AYAD, Adnan).

GOLDEN INTERNATIONAL FZE (Arabic: جولدن انترناشيونال م.م.ح), P6-ELOB Office No. E2-111G-07, Hamriyah Free Zone Authority, Sharjah, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 26 Jan 2022; License 19817 (United Arab Emirates); Economic Register Number (CBLS) 11816120 (United Arab Emirates) [IRAN-EO13846].

GOLDEN KAPOK (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM

COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

GOLDEN KAPOK (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

GOLDEN LAITH FREIGHT FORWARD SERVICES (a.k.a. ALLAYTH ALZAHABE (Arabic: الليث الذهبى); a.k.a. AL-LAYTH ALZAHABE TRANSPORTATION AND SHIPPING SERVICES (Arabic: الليث الذهبى لخدمات النقل والشحن); a.k.a. GOLDEN LEIH TRANSPORTATION & SHIPMENT SERVICES L.L.C.; a.k.a. GOLDEN LEIH TRANSPORTATION AND SHIPMENT SERVICES L.L.C.; a.k.a. GOLDEN LEITH FOR TRANSPORTATION AND SHIPPING SERVICES), Damascus, Syria; Organization Established Date 26 May 2019; Registration

Number 12388 (Syria) [PAARSSR-EO13894] (Linked To: KHITI HOLDING GROUP).

GOLDEN LEIH TRANSPORTATION & SHIPMENT SERVICES L.L.C. (a.k.a. ALLAYTH ALZAHABE (Arabic: الليث الذهبي); a.k.a. AL-LAYTH ALZAHABE TRANSPORTATION AND SHIPPING SERVICES (Arabic: الليث الذهبي لخدمات النقل والشحن); a.k.a. GOLDEN LAITH FREIGHT FORWARD SERVICES; a.k.a. GOLDEN LEIH TRANSPORTATION AND SHIPMENT SERVICES L.L.C.; a.k.a. GOLDEN LEITH FOR TRANSPORTATION AND SHIPPING SERVICES), Damascus, Syria; Organization Established Date 26 May 2019; Registration Number 12388 (Syria) [PAARSSR-EO13894] (Linked To: KHITI HOLDING GROUP).

GOLDEN LEIH TRANSPORTATION AND SHIPMENT SERVICES L.L.C. (a.k.a. ALLAYTH ALZAHABE (Arabic: الليث الذهبي); a.k.a. AL-LAYTH ALZAHABE TRANSPORTATION AND SHIPPING SERVICES (Arabic: الليث الذهبي لخدمات النقل والشحن); a.k.a. GOLDEN LAITH FREIGHT FORWARD SERVICES; a.k.a. GOLDEN LEIH TRANSPORTATION & SHIPMENT SERVICES L.L.C.; a.k.a. GOLDEN LEITH FOR TRANSPORTATION AND SHIPPING SERVICES), Damascus, Syria; Organization Established Date 26 May 2019; Registration Number 12388 (Syria) [PAARSSR-EO13894] (Linked To: KHITI HOLDING GROUP).

GOLDEN LEITH FOR TRANSPORTATION AND SHIPPING SERVICES (a.k.a. ALLAYTH ALZAHABE (Arabic: الليث الذهبي); a.k.a. AL-LAYTH ALZAHABE TRANSPORTATION AND SHIPPING SERVICES (Arabic: الليث الذهبي لخدمات النقل والشحن); a.k.a. GOLDEN LAITH FREIGHT FORWARD SERVICES; a.k.a. GOLDEN LEIH TRANSPORTATION & SHIPMENT SERVICES L.L.C.; a.k.a. GOLDEN LEIH TRANSPORTATION AND SHIPMENT SERVICES L.L.C.), Damascus, Syria; Organization Established Date 26 May 2019; Registration Number 12388 (Syria) [PAARSSR-EO13894] (Linked To: KHITI HOLDING GROUP).

GOLDEN LOTUS OIL GAS & REAL (a.k.a. GOLDEN LOTUS OIL GAS AND REAL; a.k.a. GOLDEN LOTUS OIL GAS AND REAL ESTATE JOINT STOCK COMPANY), 67 Pho Duc Chinh, Truc Bach Ward, Ba Dinh District, Hanoi, Vietnam; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Identification Number IMO 6144804; Business Registration Number 0108209906 (Vietnam) [IRAN-EO13846].

GOLDEN LOTUS OIL GAS AND REAL (a.k.a. GOLDEN LOTUS OIL GAS & REAL; a.k.a. GOLDEN LOTUS OIL GAS AND REAL ESTATE JOINT STOCK COMPANY), 67 Pho Duc Chinh, Truc Bach Ward, Ba Dinh District, Hanoi, Vietnam; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Identification Number IMO 6144804; Business Registration Number 0108209906 (Vietnam) [IRAN-EO13846].

GOLDEN LOTUS OIL GAS AND REAL ESTATE JOINT STOCK COMPANY (a.k.a. GOLDEN LOTUS OIL GAS & REAL; a.k.a. GOLDEN LOTUS OIL GAS AND REAL), 67 Pho Duc Chinh, Truc Bach Ward, Ba Dinh District, Hanoi, Vietnam; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Identification Number IMO 6144804; Business Registration Number 0108209906 (Vietnam) [IRAN-EO13846].

GOLDEN LUXURY JEWELLERY TRADING L.L.C (Arabic: جولدن لكسري لتجارة المجوهرات ش.ذ.م.م), Unit 202, Al Harmoodi Building, Gold Souq, Deira, Dubai, United Arab Emirates; Organization Established Date 14 Sep 2017; Legal Entity Number 213800SS45WKYIT4EP89; Registration Number 790294 (United Arab Emirates) [GLOMAG] (Linked To: PATTNI, Kamlesh Mansukhlal Damji).

GOLDEN MIST PTE. LTD., Heng Loong Building, 61 Bukit Batok Crescent, #07-07, Singapore 658078, Singapore; Organization Established Date 05 Jan 2023; Registration Number 202300738G (Singapore) [IRAN-EO13902].

GOLDEN PEN GENERAL TRADING L.L.C (Arabic: القلم الذهبي للتجارة العامة ش.ذ.م.م), P.O. Box 172569, Dubai, United Arab Emirates; Organization Established Date 19 Oct 2004; License 562479 (United Arab Emirates); Chamber of Commerce Number 91839 (United Arab Emirates); Economic Register Number (CBLS) 10822097 (United Arab Emirates) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY; Linked To: ZARRINGHALAM, Nasser).

GOLDEN RESOURCES TRADING COMPANY L.L.C. (a.k.a. "GRTC"), 9th Floor, Office No. 905, Khalid Al Attar Tower 1, Sheikh Zayed Road, After Crown Plaza Hotel, Al Wasl Area, Dubai, United Arab Emirates; Postal Box 34489, Dubai, United Arab Emirates; Postal Box 14358, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

GOLDEN STAR CO (a.k.a. GOLDEN STAR INTERNATIONAL FREIGHT LIMITED; a.k.a. GOLDEN STAR TRADING & INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING AND INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING INTERNATIONAL FREIGHT; a.k.a. KASSOUMA FZC; a.k.a. SHAREKAT GOLDEN STAR; a.k.a. SMART LOGISTICS F.S.S.A.L; a.k.a. SMART LOGISTICS OFFSHORE; a.k.a. SMART LOGISTICS TRADING & INTERNATIONAL FREIGHT; a.k.a. SMART LOGISTICS TRADING AND INTERNATIONAL FREIGHT), Al Awqaf building, 5th floor, Victoria Bridge, Damascus, Syria; 2 Floor, Inana Bldg, Damascus Free Zone, Damascus, Syria; Room 707, Fulijinxi Business Center, No. 05, Fuchang Road, Haizhu District, Guangzhou, China; Al Alshiah, Mar Mekheal Church, Amicho Building, 3rd Floor, Beirut, Lebanon; Office 112, First Floor, Al Manara Building, Port Street, Beirut, Lebanon; Website www.goldenstar-co.com [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

GOLDEN STAR INTERNATIONAL FREIGHT LIMITED (a.k.a. GOLDEN STAR CO; a.k.a. GOLDEN STAR TRADING & INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING AND INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING INTERNATIONAL FREIGHT; a.k.a. KASSOUMA FZC; a.k.a. SHAREKAT GOLDEN STAR; a.k.a. SMART LOGISTICS F.S.S.A.L; a.k.a. SMART LOGISTICS OFFSHORE; a.k.a. SMART LOGISTICS TRADING & INTERNATIONAL FREIGHT; a.k.a. SMART LOGISTICS TRADING AND INTERNATIONAL FREIGHT), Al Awqaf building, 5th floor, Victoria Bridge, Damascus, Syria; 2 Floor, Inana Bldg, Damascus Free Zone, Damascus, Syria; Room 707, Fulijinxi Business Center, No. 05, Fuchang Road, Haizhu District, Guangzhou, China; Al Alshiah, Mar Mekheal Church, Amicho Building, 3rd Floor, Beirut, Lebanon; Office 112, First Floor, Al Manara Building, Port Street, Beirut, Lebanon; Website www.goldenstar-co.com [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

GOLDEN STAR TRADING & INTERNATIONAL FREIGHT (a.k.a. GOLDEN STAR CO; a.k.a.

GOLDEN STAR INTERNATIONAL FREIGHT LIMITED; a.k.a. GOLDEN STAR TRADING AND INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING INTERNATIONAL FREIGHT; a.k.a. KASSOUMA FZC; a.k.a. SHAREKAT GOLDEN STAR; a.k.a. SMART LOGISTICS F.S.S.A.L; a.k.a. SMART LOGISTICS OFFSHORE; a.k.a. SMART LOGISTICS TRADING & INTERNATIONAL FREIGHT; a.k.a. SMART LOGISTICS TRADING AND INTERNATIONAL FREIGHT), Al Awqaf building, 5th floor, Victoria Bridge, Damascus, Syria; 2 Floor, Inana Bldg, Damascus Free Zone, Damascus, Syria; Room 707, Fulijinxi Business Center, No. 05, Fuchang Road, Haizhu District, Guangzhou, China; Al Alshiah, Mar Mekheal Church, Amicho Building, 3rd Floor, Beirut, Lebanon; Office 112, First Floor, Al Manara Building, Port Street, Beirut, Lebanon; Website www.goldenstar-co.com [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

GOLDEN STAR TRADING AND INTERNATIONAL FREIGHT (a.k.a. GOLDEN STAR CO; a.k.a. GOLDEN STAR INTERNATIONAL FREIGHT LIMITED; a.k.a. GOLDEN STAR TRADING & INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING INTERNATIONAL FREIGHT; a.k.a. KASSOUMA FZC; a.k.a. SHAREKAT GOLDEN STAR; a.k.a. SMART LOGISTICS F.S.S.A.L; a.k.a. SMART LOGISTICS OFFSHORE; a.k.a. SMART LOGISTICS TRADING & INTERNATIONAL FREIGHT; a.k.a. SMART LOGISTICS TRADING AND INTERNATIONAL FREIGHT), Al Awqaf building, 5th floor, Victoria Bridge, Damascus, Syria; 2 Floor, Inana Bldg, Damascus Free Zone, Damascus, Syria; Room 707, Fulijinxi Business Center, No. 05, Fuchang Road, Haizhu District, Guangzhou, China; Al Alshiah, Mar Mekheal Church, Amicho Building, 3rd Floor, Beirut, Lebanon; Office 112, First Floor, Al Manara Building, Port Street, Beirut, Lebanon; Website www.goldenstar-co.com [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

GOLDEN STAR TRADING INTERNATIONAL FREIGHT (a.k.a. GOLDEN STAR CO; a.k.a. GOLDEN STAR INTERNATIONAL FREIGHT LIMITED; a.k.a. GOLDEN STAR TRADING & INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING AND INTERNATIONAL FREIGHT; a.k.a. KASSOUMA FZC; a.k.a. SHAREKAT GOLDEN STAR; a.k.a. SMART LOGISTICS F.S.S.A.L; a.k.a. SMART LOGISTICS OFFSHORE; a.k.a. SMART LOGISTICS TRADING & INTERNATIONAL FREIGHT; a.k.a. SMART LOGISTICS TRADING AND INTERNATIONAL FREIGHT), Al Awqaf building, 5th floor, Victoria Bridge, Damascus, Syria; 2 Floor, Inana Bldg, Damascus Free Zone, Damascus, Syria; Room 707, Fulijinxi Business Center, No. 05, Fuchang Road, Haizhu District, Guangzhou, China; Al Alshiah, Mar Mekheal Church, Amicho Building, 3rd Floor, Beirut, Lebanon; Office 112, First Floor, Al Manara Building, Port Street, Beirut, Lebanon; Website www.goldenstar-co.com [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

GOLDEN STAR TRADING LLC (Arabic: شركة النجم الذهبي التجارية), Rural Damascus, Syria; Organization Established Date 23 Oct 2019; Organization Type: Wholesale of electronic and telecommunications equipment and parts [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

GOLDEN STARS KIYMETLI MADENLER TEKSTIL SANAYI TICARET LIMITED SIRKETI (a.k.a. DEMIR SARRAFIYE), Taya Hatun Mah. Tigcilar Sok. No: 25 D: 322 Rococo Is Merkezi Eminonu, Istanbul, Turkey; Molla Fenari Mah. Serefefendi Sk. Damla Han Blok No:15 Fatih, Istanbul, Turkey; Kapali Carsi Kavaflar Sok. No. 17 Beyazit-Faith, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 768850-0 (Turkey) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

GOLDEN SUN I/E DALIAN CO., LTD. (a.k.a. DALIAN GOLDEN SUN IMPORT AND EXPORT CO., LTD. (Chinese Simplified: 大连金阳进出口有限公司)), 11F-12F, Fortune Mansion, No. 18, Shiji Street, Dalian, China; 7F., No. 55 Renmin Road, Zhongshan District, Dalian, Liaoning Province, China (Chinese Simplified: 人民路55号7层, 中山区, 大连市, 辽宁省, China); 7F., Yatai International Finance Building, No. 55 Renmin Road, Zhongshan District, Dalian, Liaoning Province, China (Chinese Simplified: 雅泰国际口融大厦7层, 人民路55号, 中山区, 大连市, 辽宁省, China); Website dlmm.com.cn; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); United Social Credit Code Certificate (USCCC) 91210200241830857Q (China); Registration Number 210200000186851 (China) [IRAN-EO13846].

GOLDEN SUN SKY CASINO AND HOTEL (a.k.a. GOLDEN SUN SKY ENTERTAINMENT CO LTD; a.k.a. T C CAPITAL CO LTD), Phum 6, Sangkat Buon, Mittakpheap, Preah Sihanouk 18204, Cambodia; Organization Established Date 06 Mar 2017; Organization Type: Short term accommodation activities; Tax ID No. L001-901700777 (Cambodia); Registration Number 00024082 (Cambodia) [CYBER4].

GOLDEN SUN SKY ENTERTAINMENT CO LTD (a.k.a. GOLDEN SUN SKY CASINO AND HOTEL; a.k.a. T C CAPITAL CO LTD), Phum 6, Sangkat Buon, Mittakpheap, Preah Sihanouk 18204, Cambodia; Organization Established Date 06 Mar 2017; Organization Type: Short term accommodation activities; Tax ID No. L001-901700777 (Cambodia); Registration Number 00024082 (Cambodia) [CYBER4].

GOLDEN TRIANGLE BANK (Hangul: 황금의 삼각주은행; Chinese Simplified: 金三角银行) (a.k.a. GOLDEN DELTA BANK; a.k.a. "GTB"), GTB Building, Namsan-Dong Rason, Namsan, Korea, North; Rajin-Songbong Free Economic and Trade Zone, Korea, North; SWIFT/BIC KGTBKPP1; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date Feb 1995; Target Type Financial Institution [DPRK4].

GOLDEN WARRIOR SHIPPING CO. LIMITED, 9th Floor, Block C, Qingdao Plaza, 381, Dunhua Lu, Shibei Qu, Qingdao, Shandong 266034, China; Unit D, 16/F, One Capital Place, 18 Luard Road, Wan Chai, Hong Kong, China; Identification Number IMO 6128561; Registration Number 2880066 (Hong Kong) [IRAN-EO13846].

GOLDEN WARRIORS INVESTMENT PVT LTD (a.k.a. "GW INVESTMENT"), Vaaly Villa, Majeedhee Magu, Henveiru, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Dec 2014; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Registration Number C-1063/2014 (Maldives); Permit Number IG-0069/T10/2015 (Maldives) issued 15 Jan 2015 [SDGT] (Linked To: SHIYAM, Ali).

GOLDEN WINGS AVIATION, Juba, South Sudan; Wau, South Sudan; Regency Hotel, Ground Floor, Khartoum, Sudan; Rumbek, South Sudan; Awel Grand Market, Awel, South Sudan; Yida Grand Market, Yida, South Sudan; Asmara, Eritrea [SOUTH SUDAN] (Linked To: OLAWO, Obac William).

GOLDENIX CO., LIMITED, Flat/Rm A 12/F Zj 300, 300 Lockhart Road, Wan Chai, Hong Kong, China; Organization Established Date 02 Dec 2021; C.R. No. 3108311 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

GOLDI ELECTRONICS S.A., Colon, Panama; RUC # 1476422-1-642962 (Panama) [SDNTK].

GOLDPHARMA DRUG TRAFFICKING & MONEY LAUNDERING ORGANIZATION (a.k.a. GOLDPHARMA DRUG TRAFFICKING AND MONEY LAUNDERING ORGANIZATION), Buenos Aires, Argentina [SDNTK].

GOLDPHARMA DRUG TRAFFICKING AND MONEY LAUNDERING ORGANIZATION (a.k.a. GOLDPHARMA DRUG TRAFFICKING & MONEY LAUNDERING ORGANIZATION), Buenos Aires, Argentina [SDNTK].

GOLDVAST ENTERPRISES COMPANY LIMITED, Room 803, Chevalier House 45-51 Chatham Road South, Tsim Sha Tsui, Kun, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Sep 2009; Company Number 51222825 (Hong Kong); Business Registration Number 1377834 (Hong Kong) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ENGINEERING FIRM AB UNIVERSAL).

GOLDWAVE MARITIME SERVICES INC, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 21 Aug 2024; Identification Number IMO 0042648;

Registration Number 127600 (Marshall Islands) [IRAN-EO13902].

GOLFESTEIT OOO (a.k.a. LIMITED LIABILITY COMPANY GOLFESTEIT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГОЛЬФЭСТЕЙТ)), Room 416, Floor 24, Section I, Building 10, Testovskaya Street, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703427840 (Russia); Registration Number 1177746513273 (Russia) [RUSSIA-EO14024] (Linked To: KHRISTENKO, Viktor Borisovich).

GOLFRATE (a.k.a. GOLFRATE AFRICA; a.k.a. GOLFRATE DISTRIBUTION; a.k.a. GOLFRATE FOOD INDUSTRIES; a.k.a. GOLFRATE HOLDINGS (ANGOLA) LDA; a.k.a. GOLFRATE HPC INDUSTRIES; a.k.a. GOLFRATE PAINTS), Avenida 4 de Fevereiro No. 13, C.P. 6172, Luanda, Angola; Avenida 4 de Fevereiro 13 R/N, Luanda, Angola; Av. 4 de Fevereiro no 13 R/C, Luanda, Angola; Website www.golfrateangola.com; Email Address qassim@golfrate.com; alt. Email Address golfrategrupo@ebonet.net; alt. Email Address info@golfrateangola.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; (Golfrate Distribution, Golfrate Food Industries, Golfrate HPC Industries and Golfrate Paints are subsidiaries of Golfrate Holdings (Angola) Lda and operate from the same business address as Golfrate Holdings (Angola) Lda.) [SDGT].

GOLFRATE AFRICA (a.k.a. GOLFRATE; a.k.a. GOLFRATE DISTRIBUTION; a.k.a. GOLFRATE FOOD INDUSTRIES; a.k.a. GOLFRATE HOLDINGS (ANGOLA) LDA; a.k.a. GOLFRATE HPC INDUSTRIES; a.k.a. GOLFRATE PAINTS), Avenida 4 de Fevereiro No. 13, C.P. 6172, Luanda, Angola; Avenida 4 de Fevereiro 13 R/N, Luanda, Angola; Av. 4 de Fevereiro no 13 R/C, Luanda, Angola; Website www.golfrateangola.com; Email Address qassim@golfrate.com; alt. Email Address golfrategrupo@ebonet.net; alt. Email Address info@golfrateangola.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; (Golfrate Distribution, Golfrate Food Industries, Golfrate HPC Industries and Golfrate Paints are subsidiaries of Golfrate Holdings (Angola) Lda and operate from the same business address as Golfrate Holdings (Angola) Lda.) [SDGT].

GOLFRATE DISTRIBUTION (a.k.a. GOLFRATE; a.k.a. GOLFRATE AFRICA; a.k.a. GOLFRATE

FOOD INDUSTRIES; a.k.a. GOLFRATE HOLDINGS (ANGOLA) LDA; a.k.a. GOLFRATE HPC INDUSTRIES; a.k.a. GOLFRATE PAINTS), Avenida 4 de Fevereiro No. 13, C.P. 6172, Luanda, Angola; Avenida 4 de Fevereiro 13 R/N, Luanda, Angola; Av. 4 de Fevereiro no 13 R/C, Luanda, Angola; Website www.golfrateangola.com; Email Address qassim@golfrate.com; alt. Email Address golfrategrupo@ebonet.net; alt. Email Address info@golfrateangola.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; (Golfrate Distribution, Golfrate Food Industries, Golfrate HPC Industries and Golfrate Paints are subsidiaries of Golfrate Holdings (Angola) Lda and operate from the same business address as Golfrate Holdings (Angola) Lda.) [SDGT].

GOLFRATE FOOD INDUSTRIES (a.k.a. GOLFRATE; a.k.a. GOLFRATE AFRICA; a.k.a. GOLFRATE DISTRIBUTION; a.k.a. GOLFRATE HOLDINGS (ANGOLA) LDA; a.k.a. GOLFRATE HPC INDUSTRIES; a.k.a. GOLFRATE PAINTS), Avenida 4 de Fevereiro No. 13, C.P. 6172, Luanda, Angola; Avenida 4 de Fevereiro 13 R/N, Luanda, Angola; Av. 4 de Fevereiro no 13 R/C, Luanda, Angola; Website www.golfrateangola.com; Email Address qassim@golfrate.com; alt. Email Address golfrategrupo@ebonet.net; alt. Email Address info@golfrateangola.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; (Golfrate Distribution, Golfrate Food Industries, Golfrate HPC Industries and Golfrate Paints are subsidiaries of Golfrate Holdings (Angola) Lda and operate from the same business address as Golfrate Holdings (Angola) Lda.) [SDGT].

GOLFRATE HOLDINGS (ANGOLA) LDA (a.k.a. GOLFRATE; a.k.a. GOLFRATE AFRICA; a.k.a. GOLFRATE DISTRIBUTION; a.k.a. GOLFRATE FOOD INDUSTRIES; a.k.a. GOLFRATE HPC INDUSTRIES; a.k.a. GOLFRATE PAINTS), Avenida 4 de Fevereiro No. 13, C.P. 6172, Luanda, Angola; Avenida 4 de Fevereiro 13 R/N, Luanda, Angola; Av. 4 de Fevereiro no 13 R/C, Luanda, Angola; Website www.golfrateangola.com; Email Address qassim@golfrate.com; alt. Email Address golfrategrupo@ebonet.net; alt. Email Address info@golfrateangola.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; (Golfrate Distribution, Golfrate Food Industries, Golfrate HPC Industries and Golfrate Paints are

subsidiaries of Golfrate Holdings (Angola) Lda and operate from the same business address as Golfrate Holdings (Angola) Lda.) [SDGT].

GOLFRATE HPC INDUSTRIES (a.k.a. GOLFRATE; a.k.a. GOLFRATE AFRICA; a.k.a. GOLFRATE DISTRIBUTION; a.k.a. GOLFRATE FOOD INDUSTRIES; a.k.a. GOLFRATE HOLDINGS (ANGOLA) LDA; a.k.a. GOLFRATE PAINTS), Avenida 4 de Fevereiro No. 13, C.P. 6172, Luanda, Angola; Avenida 4 de Fevereiro 13 R/N, Luanda, Angola; Av. 4 de Fevereiro no 13 R/C, Luanda, Angola; Website www.golfrateangola.com; Email Address qassim@golfrate.com; alt. Email Address golfrategrupo@ebonet.net; alt. Email Address info@golfrateangola.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; (Golfrate Distribution, Golfrate Food Industries, Golfrate HPC Industries and Golfrate Paints are subsidiaries of Golfrate Holdings (Angola) Lda and operate from the same business address as Golfrate Holdings (Angola) Lda.) [SDGT].

GOLFRATE PAINTS (a.k.a. GOLFRATE; a.k.a. GOLFRATE AFRICA; a.k.a. GOLFRATE DISTRIBUTION; a.k.a. GOLFRATE FOOD INDUSTRIES; a.k.a. GOLFRATE HOLDINGS (ANGOLA) LDA; a.k.a. GOLFRATE HPC INDUSTRIES), Avenida 4 de Fevereiro No. 13, C.P. 6172, Luanda, Angola; Avenida 4 de Fevereiro 13 R/N, Luanda, Angola; Av. 4 de Fevereiro no 13 R/C, Luanda, Angola; Website www.golfrateangola.com; Email Address qassim@golfrate.com; alt. Email Address golfrategrupo@ebonet.net; alt. Email Address info@golfrateangola.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; (Golfrate Distribution, Golfrate Food Industries, Golfrate HPC Industries and Golfrate Paints are subsidiaries of Golfrate Holdings (Angola) Lda and operate from the same business address as Golfrate Holdings (Angola) Lda.) [SDGT].

GOLGOHAR MINING AND INDUSTRIAL COMPANY, No. 273, Dr. Fatemi Ave., Tehran 1414618551, Iran; 55 km, Shiraz Road, Sirjan, Kerman, Iran; PO Box 178185-111, Sirjan, Kerman, Iran; Website www.geg.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

GOLIKOV, Oleg Aleksandrovich (Cyrillic: ГОЛИКОВ, Олег Александрович), Russia; DOB 21 Oct 1968; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GOLIKOVA, Tatiyana Alekseyevna (a.k.a. GOLIKOVA, Tatyana Alekseevna; a.k.a. GOLIKOVA, Tatyana Alekseyevna (Cyrillic: ГОЛИКОВА, Татьяна Алексеевна)), Moscow, Russia; DOB 09 Feb 1966; POB Mytishchi, Moscow Region, Russia; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773101409430 (Russia) (individual) [RUSSIA-EO14024].

GOLIKOVA, Tatyana Alekseevna (a.k.a. GOLIKOVA, Tatiyana Alekseyevna; a.k.a. GOLIKOVA, Tatyana Alekseyevna (Cyrillic: ГОЛИКОВА, Татьяна Алексеевна)), Moscow, Russia; DOB 09 Feb 1966; POB Mytishchi, Moscow Region, Russia; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773101409430 (Russia) (individual) [RUSSIA-EO14024].

GOLIKOVA, Tatyana Alekseyevna (Cyrillic: ГОЛИКОВА, Татьяна Алексеевна) (a.k.a. GOLIKOVA, Tatiyana Alekseyevna; a.k.a. GOLIKOVA, Tatyana Alekseevna), Moscow, Russia; DOB 09 Feb 1966; POB Mytishchi, Moscow Region, Russia; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773101409430 (Russia) (individual) [RUSSIA-EO14024].

GOLODETS, Olga Yurevna (a.k.a. GOLODETS, Olga Yurievna; a.k.a. GOLODETS, Olga Yuryevna (Cyrillic: ГОЛОДЕЦ, Ольга Юрьевна)), Russia; DOB 01 Jun 1962; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

GOLODETS, Olga Yurievna (a.k.a. GOLODETS, Olga Yurevna; a.k.a. GOLODETS, Olga Yuryevna (Cyrillic: ГОЛОДЕЦ, Ольга Юрьевна)), Russia; DOB 01 Jun 1962; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

GOLODETS, Olga Yuryevna (Cyrillic: ГОЛОДЕЦ, Ольга Юрьевна) (a.k.a. GOLODETS, Olga Yurevna; a.k.a. GOLODETS, Olga Yurievna), Russia; DOB 01 Jun 1962; POB Moscow, Russia; nationality Russia; Gender Female;

Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

GOLOVANOV, Viktar Grigoriyevich (a.k.a. GOLOVANOV, Viktar Hryhoryavich; a.k.a. GOLOVANOV, Viktar Ryhoravich; a.k.a. GOLOVANOV, Viktor Grigoriyevich; a.k.a. GOLOVANOV, Viktor Hryhoryavich; a.k.a. GOLOVANOV, Viktor Ryhoravich; a.k.a. HALAVANAU, Viktar Grigoriyevich; a.k.a. HALAVANAU, Viktar Hryhoryavich; a.k.a. HALAVANAU, Viktar Ryhoravich; a.k.a. HALAVANAU, Viktor Grigoriyevich; a.k.a. HALAVANAU, Viktor Hryhoryavich; a.k.a. HALAVANAU, Viktor Ryhoravich); DOB 1952; POB Borisov, Belarus; Minister of Justice (individual) [BELARUS].

GOLOVANOV, Viktar Hryhoryavich (a.k.a. GOLOVANOV, Viktar Grigoriyevich; a.k.a. GOLOVANOV, Viktar Ryhoravich; a.k.a. GOLOVANOV, Viktor Grigoriyevich; a.k.a. GOLOVANOV, Viktor Hryhoryavich; a.k.a. GOLOVANOV, Viktor Ryhoravich; a.k.a. HALAVANAU, Viktar Grigoriyevich; a.k.a. HALAVANAU, Viktar Hryhoryavich; a.k.a. HALAVANAU, Viktar Ryhoravich; a.k.a. HALAVANAU, Viktor Grigoriyevich; a.k.a. HALAVANAU, Viktor Hryhoryavich; a.k.a. HALAVANAU, Viktor Ryhoravich); DOB 1952; POB Borisov, Belarus; Minister of Justice (individual) [BELARUS].

GOLOVANOV, Viktar Ryhoravich (a.k.a. GOLOVANOV, Viktar Grigoriyevich; a.k.a. GOLOVANOV, Viktar Hryhoryavich; a.k.a. GOLOVANOV, Viktor Grigoriyevich; a.k.a. GOLOVANOV, Viktor Hryhoryavich; a.k.a. GOLOVANOV, Viktor Ryhoravich; a.k.a. HALAVANAU, Viktar Grigoriyevich; a.k.a. HALAVANAU, Viktar Hryhoryavich; a.k.a. HALAVANAU, Viktar Ryhoravich; a.k.a. HALAVANAU, Viktor Grigoriyevich; a.k.a. HALAVANAU, Viktor Hryhoryavich; a.k.a. HALAVANAU, Viktor Ryhoravich); DOB 1952; POB Borisov, Belarus; Minister of Justice (individual) [BELARUS].

GOLOVANOV, Viktor Grigoriyevich (a.k.a. GOLOVANOV, Viktar Grigoriyevich; a.k.a. GOLOVANOV, Viktar Hryhoryavich; a.k.a. GOLOVANOV, Viktar Ryhoravich; a.k.a. GOLOVANOV, Viktor Hryhoryavich; a.k.a. GOLOVANOV, Viktor Ryhoravich; a.k.a. HALAVANAU, Viktar Grigoriyevich; a.k.a. HALAVANAU, Viktar Hryhoryavich; a.k.a. HALAVANAU, Viktar Ryhoravich; a.k.a.

HALAVANAU, Viktor Grigoriyevich; a.k.a. HALAVANAU, Viktor Hryhoryavich; a.k.a. HALAVANAU, Viktor Ryhoravich); DOB 1952; POB Borisov, Belarus; Minister of Justice (individual) [BELARUS].

GOLOVANOV, Viktor Hryhoryavich (a.k.a. GOLOVANOV, Viktar Grigoriyevich; a.k.a. GOLOVANOV, Viktar Hryhoryavich; a.k.a. GOLOVANOV, Viktar Ryhoravich; a.k.a. GOLOVANOV, Viktor Grigoriyevich; a.k.a. GOLOVANOV, Viktor Ryhoravich; a.k.a. HALAVANAU, Viktar Grigoriyevich; a.k.a. HALAVANAU, Viktar Hryhoryavich; a.k.a. HALAVANAU, Viktar Ryhoravich; a.k.a. HALAVANAU, Viktor Grigoriyevich; a.k.a. HALAVANAU, Viktor Hryhoryavich; a.k.a. HALAVANAU, Viktor Ryhoravich); DOB 1952; POB Borisov, Belarus; Minister of Justice (individual) [BELARUS].

GOLOVANOV, Viktor Ryhoravich (a.k.a. GOLOVANOV, Viktar Grigoriyevich; a.k.a. GOLOVANOV, Viktar Hryhoryavich; a.k.a. GOLOVANOV, Viktar Ryhoravich; a.k.a. GOLOVANOV, Viktor Grigoriyevich; a.k.a. GOLOVANOV, Viktor Hryhoryavich; a.k.a. HALAVANAU, Viktar Grigoriyevich; a.k.a. HALAVANAU, Viktar Hryhoryavich; a.k.a. HALAVANAU, Viktar Ryhoravich; a.k.a. HALAVANAU, Viktor Grigoriyevich; a.k.a. HALAVANAU, Viktor Hryhoryavich; a.k.a. HALAVANAU, Viktor Ryhoravich); DOB 1952; POB Borisov, Belarus; Minister of Justice (individual) [BELARUS].

GOLOVNOYE SISTEMNOYE KONSTRUKTORSKOYE BYURO OPEN JOINT-STOCK COMPANY OF ALMAZ-ANTEY PVO CONCERN IMENI ACADEMICIAN A.A. RASPLETIN (a.k.a. A.A. RASPLETIN MAIN SYSTEM DESIGN BUREAU; a.k.a. ALMAZ-ANTEY GSKB; a.k.a. ALMAZ-ANTEY GSKB IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. ALMAZ-ANTEY MSDB; a.k.a. ALMAZ-ANTEY PVO 'AIR DEFENSE' CONCERN LEAD SYSTEMS DESIGN BUREAU OAO 'OPEN JOINT-STOCK COMPANY' IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. JOINT STOCK COMPANY ALMAZ-ANTEY AIR DEFENSE CONCERN MAIN SYSTEM DESIGN BUREAU NAMED BY ACADEMICIAN A.A. RASPLETIN; a.k.a. JSC 'ALMAZ-ANTEY' MSDB; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA; a.k.a. "GSKB"), 16-80, Leningradsky Prospect, Moscow 125190, Russia; Website http://www.raspletin.ru/; Email Address info@raspletin.ru; alt. Email Address almaz_zakupki@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

GOLOVTCHENKO, Andrei (a.k.a. GOLOVTCHENKO, Andrey), United Arab Emirates; DOB 06 Jun 1963; nationality Sweden; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 35169175 (Sweden) expires 19 Aug 2025 (individual) [RUSSIA-EO14024].

GOLOVTCHENKO, Andrey (a.k.a. GOLOVTCHENKO, Andrei), United Arab Emirates; DOB 06 Jun 1963; nationality Sweden; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 35169175 (Sweden) expires 19 Aug 2025 (individual) [RUSSIA-EO14024].

GOLPAYEGANI, Mohammad Mohammadi, Iran; DOB 1943; POB Golpayegan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

GOLUBEV, Vasili Yurevich (a.k.a. GOLUBEV, Vasiliy Yuryevich (Cyrillic: ГОЛУБЕВ, Василий Юрьевич); a.k.a. GOLUBEV, Vasily Yurievich), Rostov region, Russia; DOB 30 Jan 1957; POB Ermakovskaya, Rostov Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 500300258082 (Russia) (individual) [RUSSIA-EO14024].

GOLUBEV, Vasiliy Yuryevich (Cyrillic: ГОЛУБЕВ, Василий Юрьевич) (a.k.a. GOLUBEV, Vasili Yurevich; a.k.a. GOLUBEV, Vasily Yurievich), Rostov region, Russia; DOB 30 Jan 1957; POB Ermakovskaya, Rostov Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 500300258082 (Russia) (individual) [RUSSIA-EO14024].

GOLUBEV, Vasily Yurievich (a.k.a. GOLUBEV, Vasili Yurevich; a.k.a. GOLUBEV, Vasiliy Yuryevich (Cyrillic: ГОЛУБЕВ, Василий Юрьевич)), Rostov region, Russia; DOB 30 Jan 1957; POB Ermakovskaya, Rostov Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 500300258082 (Russia) (individual) [RUSSIA-EO14024].

GOLZARI, Sa'id (a.k.a. ALLAHDAD, Hushang; a.k.a. ALLAHDADI, Hushang); Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A0022791; alt. Passport 08550695 (individual) [SDGT] [IRGC] [IFSR].

GOMEI AIR SERVICES CO., LTD., 3/F, The Strand, 49 Bonham Strand, Sheung Wan, Hong Kong; B-1,2, Tower1, 120Liuhua Rd Dongfang Hotel, Guangzhou, China; Room 1403B, Pearl River Int'l Building, 112 Yuehua Road, YueXiu District, Guangzhou, China; Email Address cargores@gomei.com.hk; alt. Email Address cargores@gzgomei.cn; alt. Email Address mahan-gz@m3eliteclub.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR).

GOMELAURI, Vakhtang, Varketili 3, 1 Micro Distr, Tbilisi, Georgia; DOB 24 Dec 1975; POB Tbilisi, Georgia; nationality Georgia; Gender Male; Passport 10DP02703 (Georgia) issued 05 Feb 2018 expires 05 Feb 2023; National ID No. 01013018848 (Georgia) (individual) [GLOMAG].

GOMEZ ALVAREZ, Sor Teresa (a.k.a. "LA NEGRA"); DOB 27 Jun 1956; POB Amalfi, Antioquia, Colombia; Cedula No. 21446537 (Colombia); Passport 21446537 (Colombia) (individual) [SDNTK] (Linked To: FUNDACION PARA LA PAZ DE CORDOBA).

GOMEZ APONTE, Laura Victoria, Carrera 4A No. 63N-29, Cali, Colombia; c/o LADRILLERA LA CANDELARIA LTDA., Cali, Colombia; DOB 31 Oct 1965; POB Cali, Valle, Colombia; Cedula No. 31937650 (Colombia); Passport 31937650 (Colombia) (individual) [SDNT].

GOMEZ ARIAS, Luis Lorenzo, Portal Calimaya 662, Colonia Los Portales, Ciudad De Puerto Vallarta, Jalisco, Mexico; DOB 03 Feb 1970; nationality Mexico; Gender Male; Electoral Registry No. GMARLS70020314H800 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

GOMEZ BUSTAMANTE, Luis Alfonso, c/o GAVIOTAS LTDA., Colombia; Calle 1B No. 1-26, Barrio El Prado, Cartago, Valle, Colombia; Carrera 5 No. 1-82, Obando, Valle, Colombia; DOB 01 Nov 1953; Cedula No. 4451571 (Colombia); Passport 4451571 (Colombia) (individual) [SDNT].

GOMEZ BUSTAMANTE, Luis Hernando, Km 7 Via Cartago-Obando, Hacienda El Vergel, Cartago, Colombia; Km 12 Via Santa Ana Molina, Hacienda Doima, Cartago, Colombia; c/o AGRICOLA DOIMA DEL NORTE DEL VALLE LTDA., Cartago, Valle, Colombia; c/o GANADERIA EL VERGEL LTDA., Cartago, Valle, Colombia; c/o GANADERIAS BILBAO LTDA., Cartago, Valle, Colombia; c/o INMOBILIARIA EL ESCORIAL LTDA., Cartago, Valle, Colombia; c/o INMOBILIARIA LINARES LTDA., Cartago, Valle, Colombia; c/o INMOBILIARIA PASADENA LTDA., Cartago, Valle, Colombia; c/o ORGANIZACION LUIS HERNANDO GOMEZ BUSTAMANTE Y CIA. S.C.S., Cartago, Valle, Colombia; c/o VISCAYA LTDA., Cartago, Valle, Colombia; DOB 14 Mar 1958; POB El Aguila, Valle, Colombia; Cedula No. 16209410 (Colombia); Passport 16209410 (Colombia) (individual) [SDNT].

GOMEZ BUSTAMANTE, Wilmer de Jesus, c/o GAVIOTAS LTDA., Cartago, Valle, Colombia; Calle 17A No. 8N-15, Cartago, Valle, Colombia; DOB 26 Jan 1970; POB Aguila, Valle; Cedula No. 16223940 (Colombia); Passport AH345442 (Colombia); alt. Passport AF002565 (Colombia) (individual) [SDNT].

GOMEZ CHAVEZ, Gabriel (a.k.a. GONZALEZ LOPEZ, Gregorio; a.k.a. GONZALEZ QUIRARTE, Eduardo; a.k.a. GONZALEZ QUIRARTE, Jose; a.k.a. GONZALEZ QUIRARTE, Lalo; a.k.a. ORELLANA ERAZO, Hector Manuel); DOB 28 Aug 1962; alt. DOB 20 Aug 1962; POB Jalisco Mexico; Passport 96140045817 (Mexico); alt. Passport 97380018185 (Mexico); SSN 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 (United States) (individual) [SDNTK].

GOMEZ FLORES, Luis Angel (a.k.a. GONZALEZ VALENCIA, Abigael; a.k.a. GONZALEZ VALENCIA, Abigail; a.k.a. GONZALEZ VALENCIA, Luis Angel; a.k.a. TAK TOLEDO, Jonathan Paul; a.k.a. TAK TOLEDO, Paul Jonathan), Paseo Royal Country 5395-31, Fraccionamiento Royal Country, Zapopan, Jalisco, Mexico; Boulevard Puerta de Hierro 5687, Fraccionamiento Puerta de Hierro, Zapopan, Jalisco, Mexico; DOB 18 Oct 1972; alt. DOB 28 Oct 1979; POB Aguililla, Michoacan, Mexico; alt. POB Guadalajara, Jalisco, Mexico; alt. POB Apatzingan, Michoacan, Mexico; Gender Male; Passport JX755855 (Canada); C.U.R.P. GOVA721018HMNNLB07 (Mexico); alt. C.U.R.P. GOFL721018HJCMLS02 (Mexico); alt. C.U.R.P. GOVL721018HMNNLS08

(Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS; Linked To: VALGO GRUPO DE INVERSION S.A. DE C.V.; Linked To: ASESORES TURISTICOS S.A. DE C.V.).

GOMEZ GOMEZ, Viviana, Carrera 4 No. 12-20 of. 206, Cartago, Valle, Colombia; c/o AGRICOLA DOIMA DEL NORTE DEL VALLE LTDA., Cartago, Valle, Colombia; c/o INMOBILIARIA PASADENA LTDA., Cartago, Valle, Colombia; c/o ORGANIZACION LUIS HERNANDO GOMEZ BUSTAMANTE Y CIA. S.C.S., Cartago, Valle, Colombia; c/o VISCAYA LTDA., Cartago, Valle, Colombia; DOB 17 Oct 1982; NIT # 681946748-1 (Colombia) (individual) [SDNT].

GOMEZ JARAMILLO, Olga Cecilia, Carrera 4 No. 12-20 of. 206, Cartago, Valle, Colombia; c/o AGRICOLA DOIMA DEL NORTE DEL VALLE LTDA., Cartago, Valle, Colombia; c/o GANADERIA EL VERGEL LTDA., Cartago, Valle, Colombia; c/o INMOBILIARIA EL ESCORIAL LTDA., Cartago, Valle, Colombia; c/o INMOBILIARIA LINARES LTDA., Cartago, Valle, Colombia; c/o INMOBILIARIA PASADENA LTDA., Cartago, Valle, Colombia; c/o ORGANIZACION LUIS HERNANDO GOMEZ BUSTAMANTE Y CIA. S.C.S., Cartago, Valle, Colombia; c/o VISCAYA LTDA., Cartago, Valle, Colombia; DOB 29 Feb 1956; Cedula No. 31398070 (Colombia); Passport 31398070 (Colombia) (individual) [SDNT].

GOMEZ MARIN LTDA., Km. 2 Via al Amprao, Ansermanuevo, Valle, Colombia; Km. 2 Via al Amparo, Cartago, Valle, Colombia; Calle 16 No. 1N-74, Cartago, Valle, Colombia; NIT # 800102465-1 (Colombia) [SDNT].

GOMEZ MARTINEZ, Servando (a.k.a. "EL PROFE"; a.k.a. "EL PROFESOR"; a.k.a. "LA TUTA"), 236 Ave. Lazaro Cardenas, Centro, 60920, Mexico; 25 Calle Libertad, Vigencia, Mexico; DOB 06 Feb 1966; POB Arteaga, Michoacan, Mexico; R.F.C. GOMS660206NS4 (Mexico); alt. R.F.C. GOMS790516 (Mexico); C.U.R.P. GOMS660206HMNMRR08 (Mexico) (individual) [SDNTK].

GOMEZ OCAMPO, Davinson (a.k.a. "GORDO"), c/o GOMEZ MARIN LTDA., Ansermanuevo, Valle, Colombia; Calle 16 No. 1-58, Cartago, Valle, Colombia; DOB 10 Jul 1960; Cedula No. 2470433 (Colombia) (individual) [SDNT].

GOMEZ ORTIZ, David, c/o GESTORES DEL ECUADOR GESTORUM S.A., Quito, Ecuador; Avenida de los Estudiantes No. 21-54, Pasto, Narino, Colombia; Calle 20 No. 21-54, Pasto, Narino, Colombia; c/o COMERCIALIZADORA

EMPRESARIAL TEAM BUSINESS S.A., Quito, Pichincha, Ecuador; DOB 14 Aug 1977; POB Pasto, Narino, Colombia; Cedula No. 98398142 (Colombia); alt. Cedula No. 171984116-3 (Ecuador) (individual) [SDNTK].

GOMEZ VELASQUEZ, Daniela (a.k.a. GOMEZ VELAZQUEZ, Daniela), Cuernavaca, Morelos, Mexico; DOB 25 Nov 1989; POB Poza Rica de Hidalgo, Veracruz, Mexico; citizen Mexico; Gender Female; R.F.C. GOVD891125EK6 (Mexico); National ID No. 96088982044 (Mexico); alt. National ID No. 96098907692 (Mexico); C.U.R.P. GOVD891125MVZMLN04 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

GOMEZ VELAZQUEZ, Daniela (a.k.a. GOMEZ VELASQUEZ, Daniela), Cuernavaca, Morelos, Mexico; DOB 25 Nov 1989; POB Poza Rica de Hidalgo, Veracruz, Mexico; citizen Mexico; Gender Female; R.F.C. GOVD891125EK6 (Mexico); National ID No. 96088982044 (Mexico); alt. National ID No. 96098907692 (Mexico); C.U.R.P. GOVD891125MVZMLN04 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

GONCALVES DO CARMO, Diego Macedo (Latin: GONÇALVES DO CARMO, Diego Macedo) (a.k.a. "Brahma"), Penitenciaria Federal de Porto Velho, Porto Velho, Brazil; DOB 18 Jun 1984; POB Brazil; nationality Brazil; Gender Male; Tax ID No. 327.953.228-03 (Brazil) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: PRIMEIRO COMANDO DA CAPITAL).

GONCHAROV, Nikolay Aleksandrovich (Cyrillic: ГОНЧАРОВ, Николай Александрович), Russia; DOB 13 Jan 1984; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GONG, Jiao, China; DOB 17 Feb 1995; POB Heibei, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 130321199502170121 (China) (individual) [NPWMD] [IFSR] (Linked To: WEI, Zunyi).

GONIN, Leonid Mikhailovich (Cyrillic: ГОНИН, Леонид Михайлович), Izhevsk, Russia; DOB 06 Aug 1963; POB Payzal, Udmurt Republic, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Passport 71 1600237 (Russia) (individual) [RUSSIA-EO14024].

GONUL EXPORT LOJISTIK TICARET VE SANAYI LIMITED SIRKETI, Mahmutlar Mah. Mahmutlar Tepe Sok., No 8 Ic Kapi No: 66, Alanya, Antalya, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Aug 2022; Organization Type: Wholesale of other machinery and equipment [RUSSIA-EO14024].

GONZALES GARBANCHO DE ZEVALLOS, Sara Maria, c/o EMPRESA EDITORA CONTINENTE PRESS S.A., Lima, Peru; c/o PERU GLOBAL TOURS S.A.C., Lima, Peru; c/o ORIENTE TOURS S.R.L., Lima, Peru; c/o LUCERO IMPORT S.A.C., Lima, Peru; c/o EDITORA TRANSPARENCIA S.A., Lima, Peru; c/o SERVICIOS SILSA S.A.C., Lima, Peru; c/o PERUVIAN PRECIOUS METALS S.A.C., Lima, Peru; c/o TRANSPORTES AEREOS UNIDOS SELVA AMAZONICA S.A., Lima, Peru; Calle Trinidad Moran 1316, Lima, Peru; DOB 02 Aug 1936; LE Number 07553590 (Peru) (individual) [SDNTK].

GONZALES, Hernan (a.k.a. ZEVALLOS GONZALES, Fernando Melciades; a.k.a. ZEVALLOS GONZALEZ, Fernando); DOB 08 Jul 1957; POB Juanjui, San Martin, Peru; LE Number 07552116 (Peru) (individual) [SDNTK].

GONZALEV VALENCIA, Noemi (a.k.a. GONZALEZ VALENCIA, Noemi), Mexico; DOB 05 Dec 1983; POB Aguililla, Michoacan de Ocampo, Mexico; C.U.R.P. GOVN831205MMNNLM07 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS).

GONZALEZ ANGUIANO, Moises, Mexico; DOB 01 Apr 1992; POB Culiacan, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GOAM920401HSLNNS03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

GONZALEZ APUSHANA, Armando (a.k.a. GONZALEZ POLANCO, Amaury; a.k.a. GONZALEZ POLANCO, Hermagoras; a.k.a. "EL GORDO BAEZ"; a.k.a. "GORDITO POLANCO"; a.k.a. "MILCIADES"; a.k.a. "UNCLE TOLI"), Avenida El Milagro, Edificio Villa Virginia, Maracaibo, Zulia, Venezuela; Karla Karolin Penthouse, Avenida 3 Entre 76 y 77, Maracaibo, Zulia, Venezuela; Maracaibo, Zulia, Venezuela; Caja Seca, Zulia, Venezuela; Merida, Merida, Venezuela; Maicao, Guajira, Colombia; Aruba; DOB 19 Oct 1962; alt. DOB 19 Oct 1959; POB Maicao, Guajira, Colombia; nationality Venezuela; alt. nationality Colombia; citizen Venezuela; alt. citizen Colombia; Cedula

No. 7789819 (Venezuela); alt. Cedula No. 84041400 (Colombia) (individual) [SDNTK].

GONZALEZ BENITEZ, Olga Patricia, Hacienda Coque, Cartago, Colombia; Carrera 4 No. 16-04 apt. 303, Cartago, Colombia; c/o AGRICOLA GANADERA HENAO GONZALEZ Y CIA. S.C.S., Cartago, Colombia; c/o DESARROLLOS COMERCIALES E INDUSTRIALES HENAO GONZALEZ Y CIA. S.C.S., Cartago, Colombia; Avenida 4 Oeste No. 5-97 Apt. 1001, Cali, Colombia; c/o COMPANIA AGROINVERSORA HENAGRO LTDA., Cartago, Colombia; DOB 04 Aug 1965; POB Cartago, Valle Colombia; Cedula No. 29503761 (Colombia); Passport AH567983 (Colombia); alt. Passport 29503761 (Colombia) (individual) [SDNT].

GONZALEZ BRITO, Andres Laureano (Latin: GONZÁLEZ BRITO, Andrés Laureano), Havana, Cuba; DOB 04 Jul 1954; POB Barajagua, Las Villas, Cuba; alt. POB Barajagua, Cienfuegos, Cuba; nationality Cuba; Gender Male; Chief, Central Army (individual) [GLOMAG].

GONZALEZ CARDENAS, Jorge Guillermo, Calle Moras No. 543-B, Colonia Del Valle, Delegacion Benito Juarez, Distrito Federal Codigo Postal 03100, Mexico; Avenida Coyoacan No. 43, Colonia Del Valle, Delegacion Benito Juarez, Distrito Federal Codigo Postal 03100, Mexico; Castillo de Kent 38, Manzana 26 Lote 37, Condado de Sayavedra, Atizapan de Zaragoza, Estado de Mexico CP 52930, Mexico; DOB 24 Oct 1962; POB Culiacan, Sinaloa, Mexico; Passport 07380070619 (Mexico); R.F.C. GOCJ6210241Q0 (Mexico); C.U.R.P. GOCJ621024HSLNRR06 (Mexico) (individual) [SDNTK].

GONZALEZ CASTRO, Gustavo, Calle Avalo No. 28, Colonia Las Lomas, Tuxpan, Veracruz C.P. 92800, Mexico; DOB 01 Jul 1973; POB Tuxpam, Veracruz; nationality Mexico; citizen Mexico; R.F.C. GOCG730701 (Mexico); C.U.R.P. GOCG730701HVZNSS08 (Mexico); Cartilla de Servicio Militar Nacional B8765616 (Mexico) (individual) [SDNTK].

GONZALEZ CORDERO, Mayra Gisel, San Luis Rio Colorado, Sonora, Mexico; DOB 25 Sep 1985; POB Baja California, Mexico; nationality Mexico; Gender Female; C.U.R.P. GOCM850925MBCNRY07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

GONZALEZ DIAZ, Juan (a.k.a. PEREZ ROJAS, Daniel), Fraccionamiento Santa Isabel, Tlajomulco De Zuniga, Jalisco, Mexico; Aldea

San Cristobal, Comapa, Jutiapa, Guatemala; Valle Hermoso, Tamaulipas, Mexico; Matamoros, Tamaulipas, Mexico; DOB 10 Feb 1977; alt. DOB 28 Sep 1976; alt. DOB 11 Feb 1977; POB Moyuta, Guanajuato, Mexico; nationality Mexico; citizen Mexico; Cedula No. U22-30905 (Guatemala); Driver's License No. 1-1-22-07-00030905-3 (Guatemala) expires 2010 (individual) [SDNTK].

GONZALEZ DURAN, Jaime, Calle Xolmon, Tampaxal, Colonia Aquismon, San Luis Potosi C.P. 79760, Mexico; DOB 22 Jan 1976; POB San Luis Potosi, Mexico; nationality Mexico; citizen Mexico; R.F.C. GODJ760122 (Mexico); C.U.R.P. GODJ760122HSPNRM01 (Mexico); Cartilla de Servicio Militar Nacional B8987689 (Mexico); C.U.I.P. GODJ760122H24151162 (Mexico) (individual) [SDNTK].

GONZALEZ GARZA, Rolando (a.k.a. GONZALEZ PIZANA JR., Rogelio; a.k.a. GONZALEZ PIZANA, Rogelio Kak, Jr.; a.k.a. PIZANA GONZALEZ, Rogelio), Matamoros, Tamaulipas, Mexico; Carretera A La Playa El Huizachal, Valle Hermoso, Tamaulipas, Mexico; Fraccionamiento Valle De Aguayo, 9th Street and Quintana Roo No. 3150, Ciudad Victoria, Tamaulipas, Mexico; DOB 28 Feb 1974; alt. DOB 01 Mar 1974; nationality Mexico; citizen Mexico (individual) [SDNTK].

GONZALEZ HIGUERA, Jaime (a.k.a. "EL TUNCO"; a.k.a. "TUNCO"), Mexico; DOB 07 Mar 1972; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GOHJ720307HSLNGM00 (Mexico) (individual) [SDNTK].

GONZALEZ HOYOS, Carlos Enrique, Colombia; DOB 13 Jul 1968; nationality Colombia; citizen Colombia; Cedula No. 0018594926 (Colombia) (individual) [SDNT].

GONZALEZ LOMELI, Jesus, Playas de Rosarito, Baja California, Mexico; DOB 23 Aug 1979; POB Tijuana, Baja California, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G19323961 (Mexico); C.U.R.P. GOLJ790823HBCNMS01 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

GONZALEZ LOPEZ, Gregorio (a.k.a. GOMEZ CHAVEZ, Gabriel; a.k.a. GONZALEZ QUIRARTE, Eduardo; a.k.a. GONZALEZ QUIRARTE, Jose; a.k.a. GONZALEZ QUIRARTE, Lalo; a.k.a. ORELLANA ERAZO, Hector Manuel); DOB 28 Aug 1962; alt. DOB 20

Aug 1962; POB Jalisco Mexico; Passport 96140045817 (Mexico); alt. Passport 97380018185 (Mexico); SSN 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 (United States) (individual) [SDNTK].

GONZALEZ LOPEZ, Gustavo Enrique (Latin: GONZÁLEZ LÓPEZ, Gustavo Enrique); DOB 02 Nov 1960; POB Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Cedula No. 5.726.284 (Venezuela); Passport B0111931 (Venezuela); Director General of Venezuela's Bolivarian National Intelligence Service (SEBIN); Major General, President of Venezuela's Strategic Center of Security and Protection of the Homeland (CESPPA) (individual) [VENEZUELA].

GONZALEZ MARTINEZ, Erick (a.k.a. MEDINA RIOJAS, Eleazar; a.k.a. MEDINA ROJAS, Eleazar), Cuauhtemoc 805, Nuevo Laredo, Tamaulipas, Mexico; Diaz Miron 604, Colonia Victoria, Nuevo Laredo, Tamaulipas, Mexico; DOB 28 Jan 1972; POB Nuevo Laredo, Tamaulipas; alt. POB Monterrey, Nuevo Leon; nationality Mexico; citizen Mexico; C.U.R.P. MERE720128HTSDJL07 (Mexico) (individual) [SDNTK].

GONZALEZ MEDINA, Jaime Andres (a.k.a. MARTINEZ ALVAREZ, Carlos), c/o GRUPO CRISTAL CORONA S.A. DE C.V., Mexico City, Distrito Federal, Mexico; c/o COMERCIALIZADORA GONRA, Cali, Colombia; Avenida Lomas Anahuac No. 133, Edificio A., Depto. 602, Colonia Lomas Anahuac, Delegacion Huixquilucan, Mexico, Mexico; DOB 27 Apr 1975; POB Cali, Valle del Cauca, Colombia; nationality Colombia; citizen Colombia; Cedula No. 94428531 (Colombia); Passport 94428531 (Colombia); C.U.R.P. GOMJ750427HNENDM06 (Mexico) (individual) [SDNTK].

GONZALEZ MUNIZ, Emilio Guillermo, Calle Enrique Cavazos No. 2326, Colonia Universidad, Saltillo, Coahuila, Mexico; DOB 06 Apr 1974; POB Coahuila, Mexico; nationality Mexico; citizen Mexico; R.F.C. GOME740406L12 (Mexico); C.U.R.P. GOME740406HCLNXM04 (Mexico) (individual) [SDNTK] (Linked To: COMPANIA GANADERA 5 MANANTIALES S. DE P.R. DE R.L.).

GONZALEZ MUNIZ, Esperanza Maria, Miguel Hidalgo Norte, No. 212, Zona Centro, Allende, Coahuila, Mexico; Cinco Manantiales, Coahuila, Mexico; DOB 23 Jan 1970; POB Coahuila, Mexico; citizen Mexico; R.F.C. GOME700123SMA (Mexico); C.U.R.P. GOME700123MCLNXS05 (Mexico) (individual)

[SDNTK] (Linked To: COMPANIA GANADERA 5 MANANTIALES S. DE P.R. DE R.L.).

GONZALEZ PARADA, Juvencio Ignacio; DOB 09 Jan 1947; POB Tepeaca, Puebla, Mexico; C.U.R.P. GOPJ470109HPLNRV00 (Mexico) (individual) [SDNTK] (Linked To: GRUPO CINJAB, S.A. DE C.V.; Linked To: GRUPO IMPERGOZA, S.A. DE C.V.; Linked To: URBANIZADORA NUEVA ITALIA, S.A. DE C.V.).

GONZALEZ PENUELAS DRUG TRAFFICKING ORGANIZATION (Latin: GONZÁLEZ PEÑUELAS DRUG TRAFFICKING ORGANIZATION), Sinaloa, Mexico [SDNTK].

GONZALEZ PENUELAS, Ignacio (Latin: GONZÁLEZ PEÑUELAS, Ignacio) (a.k.a. GONZALEZ PENUELAS, Jose Ignacio; a.k.a. "NACHO GONZALEZ"), Sinaloa, Mexico; DOB 31 Jul 1972; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GOPI720731HSLNXG07 (Mexico) (individual) [SDNTK] (Linked To: GONZALEZ PENUELAS DRUG TRAFFICKING ORGANIZATION).

GONZALEZ PENUELAS, Jesus (Latin: GONZÁLEZ PEÑUELAS, Jesús) (a.k.a. "EL CHUY GONZALEZ"), Sinaloa, Mexico; DOB 10 Nov 1969; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GOPJ691110HSLNXS09 (Mexico) (individual) [SDNTK].

GONZALEZ PENUELAS, Jose Ignacio (a.k.a. GONZALEZ PENUELAS, Ignacio (Latin: GONZÁLEZ PEÑUELAS, Ignacio); a.k.a. "NACHO GONZALEZ"), Sinaloa, Mexico; DOB 31 Jul 1972; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GOPI720731HSLNXG07 (Mexico) (individual) [SDNTK] (Linked To: GONZALEZ PENUELAS DRUG TRAFFICKING ORGANIZATION).

GONZALEZ PENUELAS, Wilfredo (Latin: GONZÁLEZ PEÑUELAS, Wilfredo) (a.k.a. GONZALEZ PENUELAS, Wilfrido (Latin: GONZÁLEZ PEÑUELAS, Wilfrido)), Avenida Segunda numero 148, del Poblado Gallo de Limones, Guasave, Sinaloa, Mexico; DOB 14 Sep 1977; POB Guasave, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GOPW770914HSLNXL03 (Mexico) (individual) [SDNTK] (Linked To: GONZALEZ PENUELAS DRUG TRAFFICKING ORGANIZATION).

GONZALEZ PENUELAS, Wilfrido (Latin: GONZÁLEZ PEÑUELAS, Wilfrido) (a.k.a. GONZALEZ PENUELAS, Wilfredo (Latin: GONZÁLEZ PEÑUELAS, Wilfredo)), Avenida Segunda numero 148, del Poblado Gallo de

Limones, Guasave, Sinaloa, Mexico; DOB 14 Sep 1977; POB Guasave, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GOPW770914HSLNXL03 (Mexico) (individual) [SDNTK] (Linked To: GONZALEZ PENUELAS DRUG TRAFFICKING ORGANIZATION).

GONZALEZ PIZANA JR., Rogelio (a.k.a. GONZALEZ GARZA, Rolando; a.k.a. GONZALEZ PIZANA, Rogelio Kak, Jr.; a.k.a. PIZANA GONZALEZ, Rogelio), Matamoros, Tamaulipas, Mexico; Carretera A La Playa El Huizachal, Valle Hermoso, Tamaulipas, Mexico; Fraccionamiento Valle De Aguayo, 9th Street and Quintana Roo No. 3150, Ciudad Victoria, Tamaulipas, Mexico; DOB 28 Feb 1974; alt. DOB 01 Mar 1974; nationality Mexico; citizen Mexico (individual) [SDNTK].

GONZALEZ PIZANA, Rogelio Kak, Jr. (a.k.a. GONZALEZ GARZA, Rolando; a.k.a. GONZALEZ PIZANA JR., Rogelio; a.k.a. PIZANA GONZALEZ, Rogelio), Matamoros, Tamaulipas, Mexico; Carretera A La Playa El Huizachal, Valle Hermoso, Tamaulipas, Mexico; Fraccionamiento Valle De Aguayo, 9th Street and Quintana Roo No. 3150, Ciudad Victoria, Tamaulipas, Mexico; DOB 28 Feb 1974; alt. DOB 01 Mar 1974; nationality Mexico; citizen Mexico (individual) [SDNTK].

GONZALEZ POLANCO, Amaury (a.k.a. GONZALEZ APUSHANA, Armando; a.k.a. GONZALEZ POLANCO, Hermagoras; a.k.a. "EL GORDO BAEZ"; a.k.a. "GORDITO POLANCO"; a.k.a. "MILCIADES"; a.k.a. "UNCLE TOLI"), Avenida El Milagro, Edificio Villa Virginia, Maracaibo, Zulia, Venezuela; Karla Karolin Penthouse, Avenida 3 Entre 76 y 77, Maracaibo, Zulia, Venezuela; Maracaibo, Zulia, Venezuela; Caja Seca, Zulia, Venezuela; Merida, Merida, Venezuela; Maicao, Guajira, Colombia; Aruba; DOB 19 Oct 1962; alt. DOB 19 Oct 1959; POB Maicao, Guajira, Colombia; nationality Venezuela; alt. nationality Colombia; citizen Venezuela; alt. citizen Colombia; Cedula No. 7789819 (Venezuela); alt. Cedula No. 84041400 (Colombia) (individual) [SDNTK].

GONZALEZ POLANCO, Hermagoras (a.k.a. GONZALEZ APUSHANA, Armando; a.k.a. GONZALEZ POLANCO, Amaury; a.k.a. "EL GORDO BAEZ"; a.k.a. "GORDITO POLANCO"; a.k.a. "MILCIADES"; a.k.a. "UNCLE TOLI"), Avenida El Milagro, Edificio Villa Virginia, Maracaibo, Zulia, Venezuela; Karla Karolin Penthouse, Avenida 3 Entre 76 y 77, Maracaibo, Zulia, Venezuela; Maracaibo, Zulia, Venezuela; Caja Seca, Zulia, Venezuela;

Merida, Merida, Venezuela; Maicao, Guajira, Colombia; Aruba; DOB 19 Oct 1962; alt. DOB 19 Oct 1959; POB Maicao, Guajira, Colombia; nationality Venezuela; alt. nationality Colombia; citizen Venezuela; alt. citizen Colombia; Cedula No. 7789819 (Venezuela); alt. Cedula No. 84041400 (Colombia) (individual) [SDNTK].

GONZALEZ QUIONES, Jorge (a.k.a. ALCIDES MAGANA, Ramon; a.k.a. ALCIDES MAGANE, Ramon; a.k.a. ALCIDES MAYENA, Ramon; a.k.a. ALCIDEZ MAGANA, Ramon; a.k.a. MAGANA ALCIDES, Ramon; a.k.a. MAGANA, Jorge; a.k.a. MAGNA ALCIDEDES, Ramon; a.k.a. MATA, Alcides; a.k.a. RAMON MAGANA, Alcedis; a.k.a. RAMON MAGANA, Alcides; a.k.a. ROMERO, Antonio); DOB 04 Sep 1957 (individual) [SDNTK].

GONZALEZ QUIRARTE, Eduardo (a.k.a. GOMEZ CHAVEZ, Gabriel; a.k.a. GONZALEZ LOPEZ, Gregorio; a.k.a. GONZALEZ QUIRARTE, Jose; a.k.a. GONZALEZ QUIRARTE, Lalo; a.k.a. ORELLANA ERAZO, Hector Manuel); DOB 28 Aug 1962; alt. DOB 20 Aug 1962; POB Jalisco Mexico; Passport 96140045817 (Mexico); alt. Passport 97380018185 (Mexico); SSN 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 (United States) (individual) [SDNTK].

GONZALEZ QUIRARTE, Jose (a.k.a. GOMEZ CHAVEZ, Gabriel; a.k.a. GONZALEZ LOPEZ, Gregorio; a.k.a. GONZALEZ QUIRARTE, Eduardo; a.k.a. GONZALEZ QUIRARTE, Lalo; a.k.a. ORELLANA ERAZO, Hector Manuel); DOB 28 Aug 1962; alt. DOB 20 Aug 1962; POB Jalisco Mexico; Passport 96140045817 (Mexico); alt. Passport 97380018185 (Mexico); SSN 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 (United States) (individual) [SDNTK].

GONZALEZ QUIRARTE, Lalo (a.k.a. GOMEZ CHAVEZ, Gabriel; a.k.a. GONZALEZ LOPEZ, Gregorio; a.k.a. GONZALEZ QUIRARTE, Eduardo; a.k.a. GONZALEZ QUIRARTE, Jose; a.k.a. ORELLANA ERAZO, Hector Manuel); DOB 28 Aug 1962; alt. DOB 20 Aug 1962; POB Jalisco Mexico; Passport 96140045817 (Mexico); alt. Passport 97380018185 (Mexico); SSN 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 (United States) (individual) [SDNTK].

GONZALEZ RODRIGUEZ, Dimas, Mexico; DOB 25 Jul 1978; POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. GORD780725HTSNDM07 (Mexico) (individual) [SDNTK].

GONZALEZ SAUCEDA, Ricardo (a.k.a. "El Ricky"; a.k.a. "Mando R"; a.k.a. "Mando Ricky"), Nuevo Laredo, Tamaulipas, Mexico; DOB 21 Jan 1998; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. GOSR980121HTSNCC04 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DEL NORESTE).

GONZALEZ VALENCIA, Abigael (a.k.a. GOMEZ FLORES, Luis Angel; a.k.a. GONZALEZ VALENCIA, Abigail; a.k.a. GONZALEZ VALENCIA, Luis Angel; a.k.a. TAK TOLEDO, Jonathan Paul; a.k.a. TAK TOLEDO, Paul Jonathan), Paseo Royal Country 5395-31, Fraccionamiento Royal Country, Zapopan, Jalisco, Mexico; Boulevard Puerta de Hierro 5687, Fraccionamiento Puerta de Hierro, Zapopan, Jalisco, Mexico; DOB 18 Oct 1972; alt. DOB 28 Oct 1979; POB Aguililla, Michoacan, Mexico; alt. POB Guadalajara, Jalisco, Mexico; alt. POB Apatzingan, Michoacan, Mexico; Gender Male; Passport JX755855 (Canada); C.U.R.P. GOVA721018HMNNLB07 (Mexico); alt. C.U.R.P. GOFL721018HJCMLS02 (Mexico); alt. C.U.R.P. GOVL721018HMNNLS08 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS; Linked To: VALGO GRUPO DE INVERSION S.A. DE C.V.; Linked To: ASESORES TURISTICOS S.A. DE C.V.).

GONZALEZ VALENCIA, Abigail (a.k.a. GOMEZ FLORES, Luis Angel; a.k.a. GONZALEZ VALENCIA, Abigael; a.k.a. GONZALEZ VALENCIA, Luis Angel; a.k.a. TAK TOLEDO, Jonathan Paul; a.k.a. TAK TOLEDO, Paul Jonathan), Paseo Royal Country 5395-31, Fraccionamiento Royal Country, Zapopan, Jalisco, Mexico; Boulevard Puerta de Hierro 5687, Fraccionamiento Puerta de Hierro, Zapopan, Jalisco, Mexico; DOB 18 Oct 1972; alt. DOB 28 Oct 1979; POB Aguililla, Michoacan, Mexico; alt. POB Guadalajara, Jalisco, Mexico; alt. POB Apatzingan, Michoacan, Mexico; Gender Male; Passport JX755855 (Canada); C.U.R.P. GOVA721018HMNNLB07 (Mexico); alt. C.U.R.P. GOFL721018HJCMLS02 (Mexico); alt. C.U.R.P. GOVL721018HMNNLS08 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS; Linked To: VALGO GRUPO DE INVERSION S.A. DE C.V.; Linked To: ASESORES TURISTICOS S.A. DE C.V.).

GONZALEZ VALENCIA, Arnulfo, Mexico; DOB 22 Jun 1968; POB Aguililla, Michoacan de Ocampo, Mexico; C.U.R.P.

GOVA680622HMNNLR02 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS).

GONZALEZ VALENCIA, Edgar Eden, Mexico; DOB 08 Oct 1984; POB Aguililla, Michoacan de Ocampo, Mexico; C.U.R.P. GOVE841008HMNNLD01 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS).

GONZALEZ VALENCIA, Elvis (a.k.a. TAPIA CASTRO, Alejandro), Mexico; DOB 12 Oct 1980; alt. DOB 18 Mar 1979; POB Aguililla, Michoacan de Ocampo, Mexico; C.U.R.P. GOVE801012HMNNLL03 (Mexico); alt. C.U.R.P. TACA790318HJCPSL08 (Mexico); I.F.E. TPCSAL79031814H401 (Mexico) (individual) [SDNTK] (Linked To: CARTEL DE JALISCO NUEVA GENERACION; Linked To: LOS CUINIS).

GONZALEZ VALENCIA, Erika, Guadalajara, Jalisco, Mexico; DOB 22 Jun 1974; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Female; C.U.R.P. GOVE740622MMNNLR00 (Mexico) (individual) [SDNTK].

GONZALEZ VALENCIA, Luis Angel (a.k.a. GOMEZ FLORES, Luis Angel; a.k.a. GONZALEZ VALENCIA, Abigael; a.k.a. GONZALEZ VALENCIA, Abigail; a.k.a. TAK TOLEDO, Jonathan Paul; a.k.a. TAK TOLEDO, Paul Jonathan), Paseo Royal Country 5395-31, Fraccionamiento Royal Country, Zapopan, Jalisco, Mexico; Boulevard Puerta de Hierro 5687, Fraccionamiento Puerta de Hierro, Zapopan, Jalisco, Mexico; DOB 18 Oct 1972; alt. DOB 28 Oct 1979; POB Aguililla, Michoacan, Mexico; alt. POB Guadalajara, Jalisco, Mexico; alt. POB Apatzingan, Michoacan, Mexico; Gender Male; Passport JX755855 (Canada); C.U.R.P. GOVA721018HMNNLB07 (Mexico); alt. C.U.R.P. GOFL721018HJCMLS02 (Mexico); alt. C.U.R.P. GOVL721018HMNNLS08 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS; Linked To: VALGO GRUPO DE INVERSION S.A. DE C.V.; Linked To: ASESORES TURISTICOS S.A. DE C.V.).

GONZALEZ VALENCIA, Marisa Ivette, Mexico; DOB 27 Jul 1988; POB Apatzingan, Michoacan de Ocampo, Mexico; C.U.R.P. GOVM880727MMNNLR08 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS).

GONZALEZ VALENCIA, Noemi (a.k.a. GONZALEV VALENCIA, Noemi), Mexico; DOB 05 Dec 1983; POB Aguililla, Michoacan de Ocampo, Mexico; C.U.R.P.

GOVN831205MMNNLM07 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS).

GONZALEZ VALENCIA, Ulises Jovani, Calle Alcamo 2870-501, Colonia Providencia, Guadalajara, Jalisco, Mexico; Calle Herradura Numero 4825, Colonia Mirador Del Sol, Zapopan, Jalisco, Mexico; DOB 31 May 1986; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; C.U.R.P. GOVU860531HMNNLL06 (Mexico) (individual) [SDNTK].

GONZALEZ VASQUEZ, Julian Andrey (a.k.a. "BARNY"); DOB 31 Jan 1979; POB La Merced, Caldas, Colombia; citizen Colombia; Cedula No. 8125194 (Colombia) (individual) [SDNTK].

GONZALEZ VILLEGAS, Ian Jassiel, Calle Pedro Moreno 113, Colonia Toluquilla, San Pedro Tlaquepaque, Jalisco, Mexico; DOB 21 Apr 1981; POB Distrito Federal, Mexico; nationality Mexico; Gender Male; C.U.R.P. GOVI810421HDFNKN02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

GOOBE, Suleiman Daoud (a.k.a. DAOUD, Suleiman Cabdi; a.k.a. "GOOBE, Saleban"; a.k.a. "GOOBE, Saleeban"), Lower Shabelle, Somalia; DOB 1981; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

GOOD EQUITY TEAM PTE. LTD., Singapore; Organization Type: Management consultancy activities; Identification Number 202446827M (Singapore) [TCO] (Linked To: CHEN, Xiuling).

GOOD LAND COMPANY (Arabic: شركة ارض الخير) (a.k.a. ARD AL-KHAIR INTERNATIONAL COMPANY; a.k.a. ARD AL-KHER INTERNATIONAL COMPANY; a.k.a. GOOD LAND INTERNATIONAL COMPANY (Arabic: شركة ارض الخير الدولية); a.k.a. GOOD LAND INTERNATIONAL COMPANY FOR THE IMPORTING AND EXPORTING OF VEGETABLES AND FRUIT (Arabic: شركة ارض الخير الدولية لاستيراد وتصدير الخضار و الفواكة); a.k.a. GOOD LAND LIMITED LIABILITY COMPANY), Duma, Syria; Oman; Jordan; Egypt; Organization Established Date 1995; alt. Organization Established Date 2016; Organization Type: Wholesale of food, beverages and tobacco; Registration Number 10845 (Syria) [PAARSSR-EO13894] (Linked To: KHITI, Amer Taysir).

GOOD LAND INTERNATIONAL COMPANY (Arabic: شركة ارض الخير الدولية) (a.k.a. ARD AL-KHAIR INTERNATIONAL COMPANY; a.k.a.

ARD AL-KHER INTERNATIONAL COMPANY; a.k.a. GOOD LAND COMPANY (Arabic: شركة ارض الخير); a.k.a. GOOD LAND INTERNATIONAL COMPANY FOR THE IMPORTING AND EXPORTING OF VEGETABLES AND FRUIT (Arabic: شركة ارض الخير الدولية لاستيراد وتصدير الخضار و الفواكة); a.k.a. GOOD LAND LIMITED LIABILITY COMPANY), Duma, Syria; Oman; Jordan; Egypt; Organization Established Date 1995; alt. Organization Established Date 2016; Organization Type: Wholesale of food, beverages and tobacco; Registration Number 10845 (Syria) [PAARSSR-EO13894] (Linked To: KHITI, Amer Taysir).

GOOD LAND INTERNATIONAL COMPANY FOR THE IMPORTING AND EXPORTING OF VEGETABLES AND FRUIT (Arabic: شركة ارض الخير الدولية لاستيراد وتصدير الخضار و الفواكة) (a.k.a. ARD AL-KHAIR INTERNATIONAL COMPANY; a.k.a. ARD AL-KHER INTERNATIONAL COMPANY; a.k.a. GOOD LAND COMPANY (Arabic: شركة ارض الخير); a.k.a. GOOD LAND INTERNATIONAL COMPANY (Arabic: شركة ارض الخير الدولية); a.k.a. GOOD LAND LIMITED LIABILITY COMPANY), Duma, Syria; Oman; Jordan; Egypt; Organization Established Date 1995; alt. Organization Established Date 2016; Organization Type: Wholesale of food, beverages and tobacco; Registration Number 10845 (Syria) [PAARSSR-EO13894] (Linked To: KHITI, Amer Taysir).

GOOD LAND LIMITED LIABILITY COMPANY (a.k.a. ARD AL-KHAIR INTERNATIONAL COMPANY; a.k.a. ARD AL-KHER INTERNATIONAL COMPANY; a.k.a. GOOD LAND COMPANY (Arabic: شركة ارض الخير); a.k.a. GOOD LAND INTERNATIONAL COMPANY (Arabic: شركة ارض الخير الدولية); a.k.a. GOOD LAND INTERNATIONAL COMPANY FOR THE IMPORTING AND EXPORTING OF VEGETABLES AND FRUIT (Arabic: شركة ارض الخير الدولية لاستيراد وتصدير الخضار و الفواكة)), Duma, Syria; Oman; Jordan; Egypt; Organization Established Date 1995; alt. Organization Established Date 2016; Organization Type: Wholesale of food, beverages and tobacco; Registration Number 10845 (Syria) [PAARSSR-EO13894] (Linked To: KHITI, Amer Taysir).

GOOD RUN LIMITED, 291 Brighton Road, South Croydon, CR2 6EQ, London E16 1AH, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 23 May 2008; Registration

Number 06601634 (United Kingdom) [IRAN-EO13871] (Linked To: KHOUZESTAN STEEL COMPANY).

GOOD SIBLINGS LTD, London, United Kingdom; c/o Weihai Huijiang Trade Limited, Room 602, 28 Crown Garden District, Weihai Economic and Technological Development Zone, Poyuzhen, Huancui Qu, Weihai, Shandong 264200, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 6040603; Company Number 11257095 (United Kingdom) [DPRK4].

GOODFORWARDING DOO BEOGRAD, Jurija Gagarina 231, Belgrade 11070, Serbia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 113097773 (Serbia); Registration Number 21801135 (Serbia) [RUSSIA-EO14024].

GOODWILL CHARITABLE ORGANIZATION, INC. (f.k.a. AL-SHAHID SOCIAL ASSOCIATION; f.k.a. EDUCATIONAL DEVELOPMENT ASSOCIATION), 13106 Warren Ave. Suite #4, Dearborn, MI 48126, United States; PO Box 1794, Dearborn, MI 48126, United States; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

GOORYONG SHIPPING BANGKOK (a.k.a. GOORYONG SHIPPING CO LTD), Changgyong 2-dong, Sosong-guyok, Pyongyang, Korea, North; Warranton Ville 458Soi 5Pattanakan Soi 44Suanluang, Bangkok 10250, Thailand; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5055293 [DPRK4].

GOORYONG SHIPPING CO LTD (f.k.a. GOORYONG SHIPPING BANGKOK), Changgyong 2-dong, Sosong-guyok, Pyongyang, Korea, North; Warranton Ville 458Soi 5Pattanakan Soi 44Suanluang, Bangkok 10250, Thailand; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S.

Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5055293 [DPRK4].

GORA, Dmitri (a.k.a. GORA, Dmitry Iurevich (Cyrillic: ГОРА, Дмитрий Юрьевич); a.k.a. GORA, Dmitry Yurievich; a.k.a. HARA, Dzmitry Iurevich (Cyrillic: ГАРА, Дзмітрый Юр'евіч)), Minsk, Belarus; DOB 04 May 1970; POB Tbilisi, Georgia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

GORA, Dmitry Iurevich (Cyrillic: ГОРА, Дмитрий Юрьевич) (a.k.a. GORA, Dmitri; a.k.a. GORA, Dmitry Yurievich; a.k.a. HARA, Dzmitry Iurevich (Cyrillic: ГАРА, Дзмітрый Юр'евіч)), Minsk, Belarus; DOB 04 May 1970; POB Tbilisi, Georgia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

GORA, Dmitry Yurievich (a.k.a. GORA, Dmitri; a.k.a. GORA, Dmitry Iurevich (Cyrillic: ГОРА, Дмитрий Юрьевич); a.k.a. HARA, Dzmitry Iurevich (Cyrillic: ГАРА, Дзмітрый Юр'евіч)), Minsk, Belarus; DOB 04 May 1970; POB Tbilisi, Georgia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

GORANOV, Vladimir (a.k.a. GORANOV, Vladislav; a.k.a. GORANOV, Vladislav Ivanov (Cyrillic: ГОРАНОВ, Владислав Иванов)), II Krasna Polyana R.D., NO 226, Apt. 78, Sofia, Bulgaria; DOB 30 Apr 1977; POB Pleven, Bulgaria; nationality Bulgaria; Gender Male; National ID No. 7704304020 (Bulgaria) (individual) [GLOMAG].

GORANOV, Vladislav (a.k.a. GORANOV, Vladimir; a.k.a. GORANOV, Vladislav Ivanov (Cyrillic: ГОРАНОВ, Владислав Иванов)), II Krasna Polyana R.D., NO 226, Apt. 78, Sofia, Bulgaria; DOB 30 Apr 1977; POB Pleven, Bulgaria; nationality Bulgaria; Gender Male; National ID No. 7704304020 (Bulgaria) (individual) [GLOMAG].

GORANOV, Vladislav Ivanov (Cyrillic: ГОРАНОВ, Владислав Иванов) (a.k.a. GORANOV, Vladimir; a.k.a. GORANOV, Vladislav), II Krasna Polyana R.D., NO 226, Apt. 78, Sofia, Bulgaria; DOB 30 Apr 1977; POB Pleven, Bulgaria; nationality Bulgaria; Gender Male; National ID No. 7704304020 (Bulgaria) (individual) [GLOMAG].

GORDEEV, Sergey Eduardovich (Cyrillic: ГОРДЕЕВ, Сергей Эдуардович) (a.k.a. GORDEYEV, Sergey Eduardovich), Russia; DOB 22 Nov 1972; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Tax ID No. 773600375716 (Russia) (individual) [RUSSIA-EO14024].

GORDEYEV, Alexey Vasilievich (Cyrillic: ГОРДЕЕВ, Алексей Васильевич), Russia; DOB 28 Feb 1955; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GORDEYEV, Sergey Eduardovich (a.k.a. GORDEEV, Sergey Eduardovich (Cyrillic: ГОРДЕЕВ, Сергей Эдуардович)), Russia; DOB 22 Nov 1972; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773600375716 (Russia) (individual) [RUSSIA-EO14024].

GORDIEVSKY, Stanislav Evgenievich, Russia; DOB 09 Sep 1977; Gender Male (individual) [MAGNIT].

GORELKIN, Anton Vadimovich (Cyrillic: ГОРЕЛКИН, Антон Вадимович), Russia; DOB 22 Dec 1982; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GOREMYKIN, Viktor Petrovich, Moscow, Russia; DOB 04 Feb 1959; POB Kormovoye, Serebryano-Prudsky district, Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

GORGE LIMITED, Level 8/5B, Portomaso Business Tower, St. Julians, Malta; D-U-N-S Number 53-400-4151; Trade License No. C 76400 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

GORGEOUS BANK OF NORTH KOREA (a.k.a. BRILLIANCE BANKING CORPORATION, LTD.; a.k.a. HANA BANKING CORPORATION LTD; a.k.a. HUALI BANK (Chinese Simplified: 朝鲜华丽银行); a.k.a. HWARYO BANK (Korean: 화려은행)), Haebangsan Hotel, Jungsong-Dong, Sungri Street, Central District, Pyongyang, Korea, North; Dandong, China; SWIFT/BIC BRBKKPP1; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

GORITSKY, Dmitry Yuryevich (Cyrillic: ГОРИЦКИЙ, Дмитрий Юрьевич), Russia; DOB

28 Oct 1970; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GORIZONT AERO (a.k.a. LIMITED LIABILITY COMPANY HORIZON AERO), Ul. Malaya Proletarskaya, D. 41, KV. 23, Yaroslavl 150001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Nov 2023; Tax ID No. 7604394537 (Russia); Registration Number 1237600011043 (Russia) [RUSSIA-EO14024].

GORKOV, Sergei Nikolaevich (a.k.a. GORKOV, Sergei Nikolayevich; a.k.a. GORKOV, Sergey Nikolaevich (Cyrillic: ГОРЬКОВ, Сергей Николаевич); a.k.a. GORKOV, Sergey Nikolayevich), Russia; DOB 01 Dec 1968; POB Gay, Orenburg Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772900658791 (Russia) (individual) [RUSSIA-EO14024].

GORKOV, Sergei Nikolayevich (a.k.a. GORKOV, Sergei Nikolaevich; a.k.a. GORKOV, Sergey Nikolaevich (Cyrillic: ГОРЬКОВ, Сергей Николаевич); a.k.a. GORKOV, Sergey Nikolayevich), Russia; DOB 01 Dec 1968; POB Gay, Orenburg Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772900658791 (Russia) (individual) [RUSSIA-EO14024].

GORKOV, Sergey Nikolaevich (Cyrillic: ГОРЬКОВ, Сергей Николаевич) (a.k.a. GORKOV, Sergei Nikolaevich; a.k.a. GORKOV, Sergei Nikolayevich; a.k.a. GORKOV, Sergey Nikolayevich), Russia; DOB 01 Dec 1968; POB Gay, Orenburg Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772900658791 (Russia) (individual) [RUSSIA-EO14024].

GORKOV, Sergey Nikolayevich (a.k.a. GORKOV, Sergei Nikolaevich; a.k.a. GORKOV, Sergei Nikolayevich; a.k.a. GORKOV, Sergey Nikolaevich (Cyrillic: ГОРЬКОВ, Сергей Николаевич)), Russia; DOB 01 Dec 1968; POB Gay, Orenburg Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772900658791 (Russia) (individual) [RUSSIA-EO14024].

GORLACH, Tatyana Borisovna (Cyrillic: ГОРЛАЧ, Татьяна Борисовна) (f.k.a. EGEREVA, Tatyana Borisovna (Cyrillic: ЕГЕРЕВА, Татьяна Борисовна); a.k.a. KIRYANOVA, Tatiana Borisovna (Cyrillic: КИРЬЯНОВА, Татьяна Борисовна)), Str. Profsoyuznaya 136-1-200, Moscow 117321, Russia; DOB 20 Apr 1966; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 714842540 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KIRYANOV, Victor Nikolayevich).

GORNIN, Leonid Vladimirovich (Cyrillic: ГОРНИН, Леонид Владимирович), Moscow, Russia; DOB 30 Dec 1972; POB Novosibirsk, Novosibirsk region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 540316302800 (Russia) (individual) [RUSSIA-EO14024].

GORNYAKOV, Sergei Vasilyevich (Cyrillic: ГОРНЯКОВ, Сергей Васильевич) (a.k.a. GORNYAKOV, Sergey Vasilyevich), Russia; DOB 05 Jan 1966; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GORNYAKOV, Sergey Vasilyevich (a.k.a. GORNYAKOV, Sergei Vasilyevich (Cyrillic: ГОРНЯКОВ, Сергей Васильевич)), Russia; DOB 05 Jan 1966; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GORODETSKIY, Vladimir Filippovich (Cyrillic: ГОРОДЕЦКИЙ, Владимир Филиппович) (a.k.a. GORODETSKY, Vladimir Filippovich), Russia; DOB 11 Jul 1948; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GORODETSKY, Vladimir Filippovich (a.k.a. GORODETSKIY, Vladimir Filippovich (Cyrillic: ГОРОДЕЦКИЙ, Владимир Филиппович)), Russia; DOB 11 Jul 1948; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal

Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GOROKHOV, Andrey Yuryevich (Cyrillic: ГОРОХОВ, Андрей Юрьевич), Russia; DOB 13 Jan 1960; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GORRIN BELISARIO, Raul (a.k.a. GORRIN BELISARIO, Raul Antonio; a.k.a. GORRIN BELISARIO, Raul Antonio De La Santisima Trinidad; a.k.a. GORRIN, Raul; a.k.a. GORRIN, Raul A; a.k.a. GORRIN, Raul Antonio; a.k.a. GORRIN-BELISARIO, Raul Antonio De La Santisima), 4100 Salzedo Street, Apt. 1010, Miami, FL 33146, United States; 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 144 Isla Dorada Blvd., Coral Gables, FL 33143, United States; DOB 22 Nov 1968; citizen Venezuela; Gender Male; Cedula No. 8682996 (Venezuela); Passport 129603081 (Venezuela) expires 14 Oct 2020; alt. Passport 066936455 (Venezuela) expires 10 Jan 2018; alt. Passport 007931220 (Venezuela) expires 24 Jan 2013 (individual) [VENEZUELA-EO13850].

GORRIN BELISARIO, Raul Antonio (a.k.a. GORRIN BELISARIO, Raul; a.k.a. GORRIN BELISARIO, Raul Antonio De La Santisima Trinidad; a.k.a. GORRIN, Raul; a.k.a. GORRIN, Raul A; a.k.a. GORRIN, Raul Antonio; a.k.a. GORRIN-BELISARIO, Raul Antonio De La Santisima), 4100 Salzedo Street, Apt. 1010, Miami, FL 33146, United States; 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 144 Isla Dorada Blvd., Coral Gables, FL 33143, United States; DOB 22 Nov 1968; citizen Venezuela; Gender Male; Cedula No. 8682996 (Venezuela); Passport 129603081 (Venezuela) expires 14 Oct 2020; alt. Passport 066936455 (Venezuela) expires 10 Jan 2018; alt. Passport 007931220 (Venezuela) expires 24 Jan 2013 (individual) [VENEZUELA-EO13850].

GORRIN BELISARIO, Raul Antonio De La Santisima Trinidad (a.k.a. GORRIN BELISARIO, Raul; a.k.a. GORRIN BELISARIO, Raul Antonio; a.k.a. GORRIN, Raul; a.k.a. GORRIN, Raul A; a.k.a. GORRIN, Raul Antonio; a.k.a. GORRIN-BELISARIO, Raul Antonio De La Santisima), 4100 Salzedo Street, Apt. 1010, Miami, FL 33146, United States; 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 144 Isla Dorada Blvd.,

Coral Gables, FL 33143, United States; DOB 22 Nov 1968; citizen Venezuela; Gender Male; Cedula No. 8682996 (Venezuela); Passport 129603081 (Venezuela) expires 14 Oct 2020; alt. Passport 066936455 (Venezuela) expires 10 Jan 2018; alt. Passport 007931220 (Venezuela) expires 24 Jan 2013 (individual) [VENEZUELA-EO13850].

GORRIN, Raul (a.k.a. GORRIN BELISARIO, Raul; a.k.a. GORRIN BELISARIO, Raul Antonio; a.k.a. GORRIN BELISARIO, Raul Antonio De La Santisima Trinidad; a.k.a. GORRIN, Raul A; a.k.a. GORRIN, Raul Antonio; a.k.a. GORRIN-BELISARIO, Raul Antonio De La Santisima), 4100 Salzedo Street, Apt. 1010, Miami, FL 33146, United States; 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 144 Isla Dorada Blvd., Coral Gables, FL 33143, United States; DOB 22 Nov 1968; citizen Venezuela; Gender Male; Cedula No. 8682996 (Venezuela); Passport 129603081 (Venezuela) expires 14 Oct 2020; alt. Passport 066936455 (Venezuela) expires 10 Jan 2018; alt. Passport 007931220 (Venezuela) expires 24 Jan 2013 (individual) [VENEZUELA-EO13850].

GORRIN, Raul A (a.k.a. GORRIN BELISARIO, Raul; a.k.a. GORRIN BELISARIO, Raul Antonio; a.k.a. GORRIN BELISARIO, Raul Antonio De La Santisima Trinidad; a.k.a. GORRIN, Raul; a.k.a. GORRIN, Raul Antonio; a.k.a. GORRIN-BELISARIO, Raul Antonio De La Santisima), 4100 Salzedo Street, Apt. 1010, Miami, FL 33146, United States; 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 144 Isla Dorada Blvd., Coral Gables, FL 33143, United States; DOB 22 Nov 1968; citizen Venezuela; Gender Male; Cedula No. 8682996 (Venezuela); Passport 129603081 (Venezuela) expires 14 Oct 2020; alt. Passport 066936455 (Venezuela) expires 10 Jan 2018; alt. Passport 007931220 (Venezuela) expires 24 Jan 2013 (individual) [VENEZUELA-EO13850].

GORRIN, Raul Antonio (a.k.a. GORRIN BELISARIO, Raul; a.k.a. GORRIN BELISARIO, Raul Antonio; a.k.a. GORRIN BELISARIO, Raul Antonio De La Santisima Trinidad; a.k.a. GORRIN, Raul; a.k.a. GORRIN, Raul A; a.k.a. GORRIN-BELISARIO, Raul Antonio De La Santisima), 4100 Salzedo Street, Apt. 1010, Miami, FL 33146, United States; 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 144 Isla Dorada Blvd., Coral Gables, FL 33143, United States; DOB 22 Nov 1968;

citizen Venezuela; Gender Male; Cedula No. 8682996 (Venezuela); Passport 129603081 (Venezuela) expires 14 Oct 2020; alt. Passport 066936455 (Venezuela) expires 10 Jan 2018; alt. Passport 007931220 (Venezuela) expires 24 Jan 2013 (individual) [VENEZUELA-EO13850].

GORRIN-BELISARIO, Raul Antonio De La Santisima (a.k.a. GORRIN BELISARIO, Raul; a.k.a. GORRIN BELISARIO, Raul Antonio; a.k.a. GORRIN BELISARIO, Raul Antonio De La Santisima Trinidad; a.k.a. GORRIN, Raul; a.k.a. GORRIN, Raul A; a.k.a. GORRIN, Raul Antonio), 4100 Salzedo Street, Apt. 1010, Miami, FL 33146, United States; 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 144 Isla Dorada Blvd., Coral Gables, FL 33143, United States; DOB 22 Nov 1968; citizen Venezuela; Gender Male; Cedula No. 8682996 (Venezuela); Passport 129603081 (Venezuela) expires 14 Oct 2020; alt. Passport 066936455 (Venezuela) expires 10 Jan 2018; alt. Passport 007931220 (Venezuela) expires 24 Jan 2013 (individual) [VENEZUELA-EO13850].

GORUH-E TOSE-E SAKHTEMAN-E TADBIR (a.k.a. TADBIR BUILDING EXPANSION GROUP; a.k.a. TADBIR CONSTRUCTION DEVELOPMENT COMPANY; a.k.a. TADBIR HOUSING DEVELOPMENT GROUP), Block 1, Mehr Passage, 4th Street, Iran Zamin Boulevard, Shahrak Qods, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

GORYACHEVA, Ksenia Alexandrovna (Cyrillic: ГОРЯЧЕВА, Ксения Александровна), Russia; DOB 16 May 1996; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GORYACHEVA, Svetlana Petrovna (Cyrillic: ГОРЯЧЕВА, Светлана Петровна), Russia; DOB 03 Jun 1947; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GOS MKB VYMPEL IM. I.I. TOROPOVA AO (a.k.a. AO GOS MKB VYMPEL IM. I.I. TOROPOVA; a.k.a. JOINT STOCK COMPANY STATE MACHINE BUILDING DESIGN BUREAU VYMPEL BY NAME I.I. TOROPOV;

a.k.a. VYMPEL STATE ENGINEERING DESIGN BUREAU JSC NAMED AFTER I.I. TOROPOV), Sh. Volokolamskoe D. 90, Moscow 125424, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Dec 1991; Tax ID No. 7733546058 (Russia); Registration Number 1057747296166 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

GOSHTASBI, Amanolah (Arabic: امان الله گشتاسبی) (a.k.a. GARSHASBI, Amanollah; a.k.a. GOSHTASBI, Amanollah (Arabic: امان الله گشتاسبی); a.k.a. GOSHTASBI, Amanulah; a.k.a. GOSHTASBI, Amanullah), Iran; DOB 21 Mar 1965 to 20 Mar 1966; POB Gachsaran, Kohgiluyeh and Boyer-Ahmed Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Deputy Inspector of the IRGC Ground Forces (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

GOSHTASBI, Amanollah (Arabic: امان الله گشتاسبی) (a.k.a. GARSHASBI, Amanollah; a.k.a. GOSHTASBI, Amanolah (Arabic: امان الله گشتاسبی); a.k.a. GOSHTASBI, Amanulah; a.k.a. GOSHTASBI, Amanullah), Iran; DOB 21 Mar 1965 to 20 Mar 1966; POB Gachsaran, Kohgiluyeh and Boyer-Ahmed Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Deputy Inspector of the IRGC Ground Forces (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

GOSHTASBI, Amanulah (a.k.a. GARSHASBI, Amanollah; a.k.a. GOSHTASBI, Amanolah (Arabic: امان الله گشتاسبی); a.k.a. GOSHTASBI, Amanollah (Arabic: امان الله گشتاسبی); a.k.a. GOSHTASBI, Amanullah), Iran; DOB 21 Mar 1965 to 20 Mar 1966; POB Gachsaran, Kohgiluyeh and Boyer-Ahmed Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Deputy Inspector of the IRGC Ground Forces (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

GOSHTASBI, Amanullah (a.k.a. GARSHASBI, Amanollah; a.k.a. GOSHTASBI, Amanolah (Arabic: امان الله گشتاسبی); a.k.a. GOSHTASBI, Amanollah (Arabic: امان الله گشتاسبی); a.k.a. GOSHTASBI, Amanulah), Iran; DOB 21 Mar 1965 to 20 Mar 1966; POB Gachsaran,

Kohgiluyeh and Boyer-Ahmed Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Deputy Inspector of the IRGC Ground Forces (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

GOSKOMVOYENPROM (Cyrillic: ГОСКОМВОЕНПРОМ) (a.k.a. BELARUSIAN STATE AUTHORITY FOR MILITARY INDUSTRY; a.k.a. DZIARZAUNY VAJENNA-PRAMYSLOVY KAMITET (Cyrillic: ДЗЯРЖАЎНЫ ВАЕННА-ПРАМЫСЛОВЫ КАМIТЭТ); a.k.a. STATE AUTHORITY FOR MILITARY INDUSTRY OF THE REPUBLIC OF BELARUS; a.k.a. STATE MILITARY-INDUSTRIAL COMMITTEE OF BELARUS (Cyrillic: ГОСУДАРСТВЕННЫЙ ВОЕННО-ПРОМЫШЛЕННЫЙ КОМИТЕТ БЕЛАРУСИ)), 115 Nezavisimosti Avenue, Minsk 220114, Belarus; Website http://www.vpk.gov.by/; Organization Established Date 30 Dec 2003; Target Type Government Entity [BELARUS-EO14038].

GOSNIIOKHT (a.k.a. STATE SCIENTIFIC RESEARCH INSTITUTE OF ORGANIC CHEMISTRY AND TECHNOLOGY), Shosse Entuziastov 23, Moscow, Moscow Oblast, Russia [NPWMD].

GOSTAR DANA ENGINEERING INSPECTION AND MEASUREMENT QUALITY CONTROL COMPANY (a.k.a. SANJESH GOSTAR DANA ENGINEERING AND QUALITY CONTROL INSPECTION COMPANY (Arabic: شرکت بازرسی مهندسی و کنترل کیفیت سنجش گستر دانا)), Ghadir Building, 5th Floor, Plaque 4, Riahi St., 6th Alley, Tehran Bimeh, Tehran 1391948116, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Dec 2002; National ID No. 10102384287 (Iran); Business Registration Number 196566 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

GOSTARESH PAYA SANAT SINA (a.k.a. BONYAD IMPORT AND EXPORT CO; a.k.a. GOSTARESH PAYASANAT SINA HOLDING; a.k.a. PAYA SANAT SINA; a.k.a. SINA PAYA SANAT DEVELOPMENT CO. (Arabic: شرکت گسترش پایا صنعت سینا); a.k.a. SINA PAYA SANAT DEVELOPMENT COMPANY PJS; a.k.a. SINA PAYA SANAT GOSTARESH CO.; a.k.a. SINA SANAT PAYA DEVELOPMENT COMPANY; a.k.a. "SINAPAD"), Unit 61, 3rd Km

Karaj Special Road, Tehran, Iran; No. 42, 17th Street, Gandhi Avenue, Tehran, Iran; Website http://www.sinapad.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101236358 (Iran); Registration Number 78804 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

GOSTARESH PAYASANAT SINA HOLDING (a.k.a. BONYAD IMPORT AND EXPORT CO; a.k.a. GOSTARESH PAYA SANAT SINA; a.k.a. PAYA SANAT SINA; a.k.a. SINA PAYA SANAT DEVELOPMENT CO. (Arabic: شرکت گسترش پایا صنعت سینا); a.k.a. SINA PAYA SANAT DEVELOPMENT COMPANY PJS; a.k.a. SINA PAYA SANAT GOSTARESH CO.; a.k.a. SINA SANAT PAYA DEVELOPMENT COMPANY; a.k.a. "SINAPAD"), Unit 61, 3rd Km Karaj Special Road, Tehran, Iran; No. 42, 17th Street, Gandhi Avenue, Tehran, Iran; Website http://www.sinapad.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101236358 (Iran); Registration Number 78804 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

GOSTEV, Arkadiy Aleksandrovich (Cyrillic: ГОСТЕВ, Аркадий Александрович), Russia; DOB 11 Feb 1961; POB Shatsk District, Ryazan Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

GOSUDARSTVENNAYA KOMPANIYA AVTODOR (a.k.a. AVTODOR GK; a.k.a. GOSUDARSTVENNAYA KOMPANIYA ROSSISKIE AVTOMOBILNYE DOROGI; a.k.a. RUSSIAN HIGHWAYS STATE COMPANY), B-R Strastnoi D. 9, Moscow 127006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Aug 2009; Tax ID No. 7717151380 (Russia); Government Gazette Number 94158138 (Russia); Registration Number 1097799013652 (Russia) [RUSSIA-EO14024].

GOSUDARSTVENNAYA KOMPANIYA ROSSISKIE AVTOMOBILNYE DOROGI (a.k.a. AVTODOR GK; a.k.a. GOSUDARSTVENNAYA KOMPANIYA AVTODOR; a.k.a. RUSSIAN HIGHWAYS STATE COMPANY), B-R Strastnoi D. 9, Moscow 127006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Aug 2009; Tax ID No. 7717151380 (Russia); Government Gazette Number 94158138 (Russia); Registration Number 1097799013652 (Russia) [RUSSIA-EO14024].

GOSUDARSTVENNAYA KORPORATSIYA RAZVITIYA VEB.RF (f.k.a. BANK FOR FOREIGN TRADE OF THE U.S.S.R.; a.k.a. GK VEB.RF; a.k.a. STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK; a.k.a. STATE DEVELOPMENT CORPORATION VEB.RF (Cyrillic: ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ РАЗВИТИЯ ВЭБ.РФ); a.k.a. VEB.RF (Cyrillic: ВЭБ.РФ); f.k.a. VNESHECONOMBANK; f.k.a. VNESHEKONOMBANK GK; f.k.a. VNESHEKONOMBANK SSSR; a.k.a. "BANK FOR DEVELOPMENT"; a.k.a. "VEB"), Akademik Sakharov Ave 9, Moscow 107996, Russia; Pr-kt, Akademika Sakharova, D. 9, Moscow 107078, Russia (Cyrillic: Пр-Кт Академика Сахарова, Д. 9, Город Москва 107078, Russia); 20A, CITIC Building, 19, Joanguomenwai Dajie, Beijing 100004, China; Shop No. 11, Arcade Ground Floor, World Trade Centre, Cuffe Prade, Colaba, Mumbai 400005, India; SWIFT/BIC BFEARUMM; Website www.veb.ru; BIK (RU) 044525060; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Aug 1922; Target Type State-Owned Enterprise; alt. Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Government Gazette Number 00005061 (Russia); Registration Number 1077711000102 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE DOPOLNITELNOGO OBRAZOVANIYA RESPUBLIKI KRYM REGIONALNY TSENTR PO PODGOTOVKE K VOENNOI SLUZHBE I VOENNO-PATRIOTICHESKOMU VOSPITANIYU (Cyrillic: РЕГИОНАЛЬНЫЙ ЦЕНТР ПО ПОДГОТОВКЕ К ВОЕННОЙ СЛУЖБЕ И ВОЕННО ПАТРИОТИЧЕСКОМУ ВОСПИТАНИЮ.) (a.k.a. KRYMPATRIOTTSENTR; a.k.a. REGIONAL CENTER FOR PREPARATION FOR MILITARY SERVICE AND MILITARY PATRIOTIC EDUCATION.; a.k.a. STATE BUDGETARY EDUCATIONAL INSTITUTION OF ADDITIONAL EDUCATION OF THE REPUBLIC OF CRIMEA CRIMEA PATRIOT CENTER (Cyrillic: ГОСУДАРСТВЕННОЕ БЮДЖЕТНОЕ ОБРАЗОВАТЕЛЬНОЕ УЧРЕЖДЕНИЕ ДОПОЛНИТЕЛЬНОГО ОБРАЗОВАНИЯ РЕСПУБЛИКИ КРЫМ КРЫМПАТРИОТЦЕНТР)), 60 Let Oktyabrya Street, Building 13/64, Simferopol, Crimea 295044, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Jun 2015; Tax ID No. 9102187450 (Russia); Registration Number 1159102101180 (Russia) [RUSSIA-EO14024].

GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRIM KONSTRUKTORSKO-TECHNOLOGICHESKOE BYURO SUDOKOMPOZIT (Cyrillic: ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ РЕСПУБЛИКИ КРЫМ КОНСТРУКТОРСКО ТЕХНОЛОГИЧЕСКОЕ БЮРО СУДОКОМПОЗИТ) (a.k.a. GUP RK KTB SUDOKOMPOZIT (Cyrillic: ГУП РК КТБ СУДОКОМПОЗИТ); a.k.a. KTB SUDOKOMPOZIT, GUP; a.k.a. STATE UNITARY ENTERPRISE IN THE REPUBLIC OF CRIMEA DESIGN-TECHNOLOGY BUREAU SUDOKOMPOZIT; a.k.a. SUDOKOMPOZIT DESIGN AND TECHNOLOGICAL BUREAU), House 14, Kuibysheva Street, Feodosia, Crimea 298100, Ukraine; Website http://sudocompozit.ru/; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9108007745 (Russia); Government Gazette Number 00745510 (Russia); Registration Number 1149102094680 (Russia) [UKRAINE-EO13685].

GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL (a.k.a. CRIMEAN STATE AVIATION ENTERPRISE UNIVERSAL-AVIA; a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL-AVIA; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE UNIVERSAL-AVIA; a.k.a. STATE ENTERPRISE UNIVERSAL-AVIA; a.k.a. UNIVERSAL-AVIA, CRIMEA STATE AVIATION

ENTERPRISE; a.k.a. UNIVERSAL-AVIA, GUP RK), 5, Aeroflotskaya Street, Simferopol, Crimea 95024, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1159102026742; Tax ID No. 9102159300; Government Gazette Number 00830954 [UKRAINE-EO13685].

GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL-AVIA (a.k.a. CRIMEAN STATE AVIATION ENTERPRISE UNIVERSAL-AVIA; a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE UNIVERSAL-AVIA; a.k.a. STATE ENTERPRISE UNIVERSAL-AVIA; a.k.a. UNIVERSAL-AVIA, CRIMEA STATE AVIATION ENTERPRISE; a.k.a. UNIVERSAL-AVIA, GUP RK), 5, Aeroflotskaya Street, Simferopol, Crimea 95024, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1159102026742; Tax ID No. 9102159300; Government Gazette Number 00830954 [UKRAINE-EO13685].

GOSUDARSTVENNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: ГОСУДАРСТВЕННОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ) (a.k.a. CENTRKURORT; a.k.a. DZYARZHAUNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: ДЗЯРЖАЎНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. REPUBLICAN UNITARY ENTERPRISE TSENTRKURORT; a.k.a. RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: РЭСПУБЛІКАНСКАЕ ЎНІТАРНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. RESPUBLIKANSKOYE UNITARNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. STATE ENTERPRISE TSENTRKURORT; a.k.a. TSENTRKURORT), ul. Myasnikova, d. 39, kom. 338, Minsk 220048, Belarus (Cyrillic: ул. Мясникова, д. 39, ком. 338, г. Минск 220048, Belarus); Organization Established Date 19 Jul 2000; Organization Type: Tour operator activities; alt. Organization Type: Travel agency activities; Target Type State-Owned Enterprise; Registration Number 100726604 (Belarus) [BELARUS-EO14038].

GOSUDARSTVENNY NAUCHNO-ISSLEDOVATELSKIY ISPYTATELNY INSTITUT VOYENNOY MEDITSINY (a.k.a. GNIII VM MOD RF (Cyrillic: ГНИИИ ВМ МО РФ); a.k.a. STATE INSTITUTE FOR EXPERIMENTAL MILITARY MEDICINE (Cyrillic: ГОСУДАРСТВЕННЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИСПЫТАТЕЛЬНЫЙ ИНСТИТУТ ВОЕННОЙ МЕДИЦИНЫ); a.k.a. STATE INSTITUTE FOR EXPERIMENTAL MILITARY MEDICINE OF THE MINISTRY OF DEFENSE (Cyrillic: ГОСУДАРСТВЕННЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИСПЫТАТЕЛЬНЫЙ ИНСТИТУТ ВОЕННОЙ МЕДИЦИНЫ МО); a.k.a. STATE RESEARCH EXPERIMENTAL INSTITUTE OF MILITARY MEDICINE; a.k.a. "GNII VM" (Cyrillic: "ГНИИ ВМ")), Lesoparkovaya Street, Building 4, St. Petersburg 195043, Russia (Cyrillic: Улица Лесопарковая, Дом 4, Санкт-Петербург 195043, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1157847310048; Tax ID No. 7806194153 [RUSSIA-EO14024].

GOSUDARSTVENNY SPETSIALIZIROVANNY ROSSISKI EKSPORTNO-IMPORTNY BANK (ZAKRYTOE AKTSIONERNOE OBSHCHESTVO) (a.k.a. AO ROSEKSIMBANK (Cyrillic: АО РОСЭКСИМБАНК); a.k.a. EXIMBANK OF RUSSIA; a.k.a. EXIMBANK OF RUSSIA JSC; a.k.a. EXIMBANK OF RUSSIA ZAO; a.k.a. ROSEKSIMBANK, ZAO; a.k.a. RUSSIAN EXPORT-IMPORT BANK; a.k.a. STATE SPECIALIZED RUSSIAN EXPORT-IMPORT BANK JOINT-STOCK COMPANY (Cyrillic: ГОСУДАРСТВЕННЫЙ СПЕЦИАЛИЗИРОВАННЫЙ РОССИЙСКИЙ ЭКСПОРТНО-ИМПОРТНЫЙ БАНК АКЦИОНЕРНОЕ ОБЩЕСТВО)), 12 Krasnopresnenskaya Embankments, Moscow 123610, Russia; SWIFT/BIC EXIRRUMM; Website eximbank.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 May 1994; Target Type Financial Institution; Tax ID No. 7704001959 (Russia); Legal Entity Number 253400HA6URWT39X2982; Registration Number 1027739109133 (Russia); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

GOSUDARSTVENNYI NAUCHNO ISSLEDOVATELSKII INSTITUT KHIMICHESKIKH PRODUKTOV (a.k.a. FEDERAL STATE INSTITUTION STATE RESEARCH INSTITUTE OF CHEMICAL PRODUCTS; a.k.a. FEDERALNOE KAZENNOE PREDPRIIATIE GOSUDARSTVENNYI NAUCHNO ISSLEDOVATELSKII INSTITUT KHIMICHESKIKH PRODUKTOV; a.k.a. FKP GOSNIIKHP), Ul. Svetlaya D. 1, Kazan 420033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 1656003409 (Russia); Registration Number 1021603067683 (Russia) [RUSSIA-EO14024].

GOSUDARSTVENOYE PREDPRIYATIYE AGRO-FIRMA MAGARACH NACIONALNOGO INSTITUTA VINOGRADA I VINA MAGARACH (a.k.a. AGROFIRMA MAGARACH NATSIONALNOGO INSTYTUTU VYNOGRADU I VYNA MAGARACH, DP; a.k.a. DERZHAVNE PIDPRYEMSTVO AGROFIRMA MAGARACH NATSIONALNOGO INSTYTUTU VYNOGRADU I VYNA MAGARACH; a.k.a. MAGARACH AGRICULTURAL COMPANY OF NATIONAL INSTITUTE OF WINE AND GRAPES MAGARACH; a.k.a. STATE ENTERPRISE AGRICULTURAL COMPANY MAGARACH NATIONAL INSTITUTE OF VINE AND WINE MAGARACH; a.k.a. STATE ENTERPRISE MAGARACH OF THE NATIONAL INSTITUTE OF WINE), Bud. 9 vul. Chapaeva, S.Viline, Bakhchysaraisky R-N, Crimea 98433, Ukraine; 9 Chapayeva str., Vilino, Bakhchisaray Region, Crimea 98433, Ukraine; 9 Chapayeva str., Vilino, Bakhchisarayski district 98433, Ukraine; 9, Chapaeva Str., Vilino, Bakhchisaray Region, Crimea 98433, Ukraine; Website http://magarach-institut.ru/; Email Address magar@ukr.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 11231070006000476 (Ukraine); Government Gazette Number 31332064 (Ukraine) [UKRAINE-EO13685].

GOSUDARSTVENOYE PREDPRIYATIYE UNIVERSAL-AVIA (a.k.a. CRIMEAN STATE AVIATION ENTERPRISE UNIVERSAL-AVIA; a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM

UNIVERSAL; a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL-AVIA; a.k.a. STATE ENTERPRISE UNIVERSAL-AVIA; a.k.a. UNIVERSAL-AVIA, CRIMEA STATE AVIATION ENTERPRISE; a.k.a. UNIVERSAL-AVIA, GUP RK), 5, Aeroflotskaya Street, Simferopol, Crimea 95024, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1159102026742; Tax ID No. 9102159300; Government Gazette Number 00830954 [UKRAINE-EO13685].

GOSUDARSTVENOYE PREDPRIYATIYE ZAVOD SHAMPANSKYKH VIN NOVY SVET (a.k.a. DERZHAVNE PIDPRYEMSTVO ZAVOD SHAMPANSKYKH VYN NOVY SVIT; a.k.a. NOVY SVET WINERY; a.k.a. NOVY SVET WINERY STATE ENTERPRISE; a.k.a. STATE ENTERPRISE FACTORY OF SPARKLING WINE NOVY SVET; a.k.a. STATE ENTERPRISE FACTORY OF SPARKLING WINES NEW WORLD; a.k.a. ZAVOD SHAMPANSKYKH VYN NOVY SVIT, DP), 1 Shaliapin Street, Novy Svet Village, Sudak, Crimea 98032, Ukraine; Bud. 1 vul. Shalyapina Smt, Novy Svit, Sudak, Crimea 98032, Ukraine; 1 Shalyapina str. Novy Svet, Sudak 98032, Ukraine; Website http://nsvet.com.ua/en/contacts; Email Address boss@nsvet.com.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 00412665 (Ukraine) [UKRAINE-EO13685].

GOTIK SHIPPING CO, B Type C Wing 101 Malhar., Sankul Chs Agra Road KalyKalyan D.c., Thane, Kalyan, Maharashtra 421301, India; Liberia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number IMO 6505487 [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ARCTIC LNG 2).

GOTMAN, David (a.k.a. GUSEV, Denis Igorevich (Cyrillic: ГУСЕВ, ДЕНИС ИГОРЕВИЧ); a.k.a. POMOJAC, Marin), Moscow, Russia; DOB 10 Jun 1986; alt. DOB 08 Jul 1977; alt. DOB 07 Oct 1987; POB Moscow, Russia; alt. POB Ceadir-Lunga, Moldova; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 717386212 (Russia); alt. Passport A1167292 (Moldova); alt. Passport 1213007 (Israel) (individual) [CYBER2] (Linked To: EVIL CORP).

GOTO, Tadamasa (Japanese: 後藤忠正; Japanese: 後藤忠政) (a.k.a. GOTOU, Chyuei; a.k.a. "AJA, Chuei" (Japanese: "アジャ忠叡"); a.k.a. "CHUEI" (Japanese: "忠叡"); a.k.a. "OKNHA, Chuei"), Cambodia; DOB 16 Sep 1942; POB Tokyo, Japan; citizen Cambodia (individual) [TCO] (Linked To: YAKUZA).

GOTOCO ALIMENTOS PROCESADOS S. DE R.L. DE C.V. (a.k.a. EL REY DE LOS CANTARITOS), Blvd. Benito Juarez 4356, Playas de Rosarito, Baja California 22700, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Feb 2016; Organization Type: Restaurants and mobile food service activities; RFC GAP160115RL8 (Mexico); Folio Mercantil No. 906 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: GONZALEZ LOMELI, Jesus).

GOTOU, Chyuei (a.k.a. GOTO, Tadamasa (Japanese: 後藤忠正; Japanese: 後藤忠政); a.k.a. "AJA, Chuei" (Japanese: "アジャ忠叡"); a.k.a. "CHUEI" (Japanese: "忠叡"); a.k.a. "OKNHA, Chuei"), Cambodia; DOB 16 Sep 1942; POB Tokyo, Japan; citizen Cambodia (individual) [TCO] (Linked To: YAKUZA).

GOTSANIUK, Jurij Mikhailovich (a.k.a. GOTSANYUK, Jury Mikhailovich; a.k.a. GOTSANYUK, Yuri Mikhailovich (Cyrillic: ГОЦАНЮК, Юрий Михайлович); a.k.a. HOTSANIUK, Iurii Mykhailovych (Cyrillic: ГОЦАНЮК, Юрій Михайлович)), Simferopol, Ukraine; DOB 18 Jul 1966; POB Nove Selo, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

GOTSANYUK, Jury Mikhailovich (a.k.a. GOTSANIUK, Jurij Mikhailovich; a.k.a. GOTSANYUK, Yuri Mikhailovich (Cyrillic: ГОЦАНЮК, Юрий Михайлович); a.k.a. HOTSANIUK, Iurii Mykhailovych (Cyrillic: ГОЦАНЮК, Юрій Михайлович)), Simferopol, Ukraine; DOB 18 Jul 1966; POB Nove Selo, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

GOTSANYUK, Yuri Mikhailovich (Cyrillic: ГОЦАНЮК, Юрий Михайлович) (a.k.a. GOTSANIUK, Jurij Mikhailovich; a.k.a. GOTSANYUK, Jury Mikhailovich; a.k.a. HOTSANIUK, Iurii Mykhailovych (Cyrillic: ГОЦАНЮК, Юрій Михайлович)), Simferopol,

Ukraine; DOB 18 Jul 1966; POB Nove Selo, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

GOUDARZI, Mohammad Moazami (a.k.a. GOUDARZI, Mohammad Moazzami (Arabic: محمد معظمی گودرزی)), Tehran, Iran; DOB 21 Mar 1957; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport J43303959 (Iran) expires 16 Oct 2022 (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

GOUDARZI, Mohammad Moazzami (Arabic: محمد معظمی گودرزی) (a.k.a. GOUDARZI, Mohammad Moazami), Tehran, Iran; DOB 21 Mar 1957; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport J43303959 (Iran) expires 16 Oct 2022 (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

GOVERNMENT OF IRAN DEPARTMENT OF DEFENSE (a.k.a. MINISTRY OF DEFENCE & ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE FOR ARMED FORCES LOGISTICS; a.k.a. MODAFL; a.k.a. MODSAF; a.k.a. VEZARATE DEFA; a.k.a. VEZARAT-E DEFA VA POSHTYBANI-E NIRU-HAYE MOSALLAH), Ferdowsi Avenue, Sarhang Sakhaei Street, Tehran, Iran; PO Box 11365-8439, Pasdaran Ave., Tehran, Iran; West side of Dabestan Street, Abbas Abad District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ROSOBORONEKSPORT OAO).

GOVORUN, Oleg, Russia; DOB 15 Jan 1969; POB Bratsk, Irkutsk Region, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the

Presidential Directorate for Social and Economic Cooperation with the Commonwealth of Independent States Member Countries, the Republic of Abkhazia, and the Republic of South Ossetia (individual) [UKRAINE-EO13661].

GOVTVIN, Yuriy Nikolaevich (Cyrillic: ГОВТВИН, Юрий Николаевич) (a.k.a. GOVTVIN, Yuriy Nikolayevich; a.k.a. HOVTVIN, Yuriy Mykolayovych (Cyrillic: ГОВТВІН, Юрій Миколайович)), Square of the Heroes of the Great Patriotic War, 3, Luhansk, So-called Luhansk People's Republic, Ukraine; DOB 12 Apr 1968; nationality Ukraine; Gender Male (individual) [RUSSIA-EO14065].

GOVTVIN, Yuriy Nikolayevich (a.k.a. GOVTVIN, Yuriy Nikolaevich (Cyrillic: ГОВТВИН, Юрий Николаевич); a.k.a. HOVTVIN, Yuriy Mykolayovych (Cyrillic: ГОВТВІН, Юрій Миколайович)), Square of the Heroes of the Great Patriotic War, 3, Luhansk, So-called Luhansk People's Republic, Ukraine; DOB 12 Apr 1968; nationality Ukraine; Gender Male (individual) [RUSSIA-EO14065].

GOVYRIN, Alexey (Cyrillic: ГОВЫРИН, Алексей), Russia; DOB 26 May 1983; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GOZ, Alen (a.k.a. GOETZ, Alain; a.k.a. GOETZ, Alain Francois Viviane), The Palm Jumeirah 0-35, 65919, Dubai, United Arab Emirates; Villa 39, Frond N, The Palm Jumeirah, Dubai, United Arab Emirates; DOB 24 Apr 1965; alt. DOB 20 Apr 1965; POB Antwerp, Belgium; nationality Belgium; citizen Turkey; Gender Male; Passport EP985086 (Belgium) issued 08 May 2018 expires 07 May 2025; alt. Passport 50641895930 (Turkey) expires 10 Jul 2030; Identification Number 784196536027277 (United Arab Emirates) (individual) [DRCONGO] (Linked To: AFRICAN GOLD REFINERY LIMITED).

GOZOSO GROUP LIMITED (a.k.a. GOZOSO GROUP LTD), Room 12, 20th Floor, Ho King Commercial Centre, 2-16, Fa Yuen Street, Mong Kok, Kowloon, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Aug 2021; Identification Number IMO 6264449; Company Number 3078803 (Hong Kong); Business Registration Number 73297060 (Hong Kong) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

GOZOSO GROUP LTD (a.k.a. GOZOSO GROUP LIMITED), Room 12, 20th Floor, Ho King Commercial Centre, 2-16, Fa Yuen Street, Mong Kok, Kowloon, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Aug 2021; Identification Number IMO 6264449; Company Number 3078803 (Hong Kong); Business Registration Number 73297060 (Hong Kong) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

GP NPO ASTROFIZIKA (a.k.a. AKTSIONERNOE OBSHCHESTVO NATSIONALNIY TSENTR LAZERNYKH SISTEM I KOMPLEKSOV ASTROFIZIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАЦИОНАЛЬНЫЙ ЦЕНТР ЛАЗЕРНЫХ СИСТЕМ И КОМПЛЕКСОВ АСТРОФИЗИКА); a.k.a. AO NTSLSK ASTROFIZIKA; a.k.a. JOINT STOCK COMPANY ASTROPHYSIKA NATIONAL CENTRE OF LASER SYSTEMS AND COMPLEXES), Ul. Aleksandra Solzhenitsyna D. 27, Pomeshch. I, Moscow 109004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733826256 (Russia); Registration Number 1127747254744 (Russia) [RUSSIA-EO14024].

GPB AFRICA AND MIDDLE EAST PTY LTD, Katherine Towers 1st Floor, Sandton, Johannesburg 2196, South Africa; P.O. Box 784440, Sandton, Johannesburg 2146, South Africa; Website gpbame.com/en; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 9453663172 (South Africa); Registration Number 2014/043520/07 (South Africa) [RUSSIA-EO14024] (Linked To: GAZPROMBANK JOINT STOCK COMPANY).

GPB FINANCIAL SERVICES HONG KONG LIMITED, 31/F, Tower Two, Times Square, 1 Matheson Street, Hong Kong, China; Room 1307-8, Dominion Center 43-59, Queen's Road East, Hong Kong, China; Suite 5711, Two International Finance Centre, 8 Finance Street, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Company Number 2045244 (Hong Kong); Legal Entity Number 254900ITGX90ZPLVYA65; Business Registration Number 62825785 (Hong Kong) [RUSSIA-EO14024] (Linked To: GAZPROMBANK JOINT STOCK COMPANY).

GPB FINANCIAL SERVICES LIMITED, Arianthi Court, 2nd floor, 50 Agias Zonis Street, Limassol 3090, Cyprus; Agios Athanasios, 46, Interlink Hermes Plaza, Floor 1, Limassol 4102, Cyprus; Spyrou Kyprianou 65, Crystalserve Business Center, Floor 2, Limassol 4003, Cyprus; Website www.gpbfs.com.cy; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Registration ID HE 246301 (Cyprus); Tax ID No. 10246301D (Cyprus); Legal Entity Number 213800NW35DTWHTMX505; Registration Number C246301 (Cyprus); For more information on directives, please visit the following link: https://ofac.treasury.gov/sanctions-programs-and-country-information/ukraine-russia-related-sanctions#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMBANK JOINT STOCK COMPANY).

GPB INTERNATIONAL SA, 15, Rue Bender, Luxembourg 1229, Luxembourg; SWIFT/BIC GAZPLULL; Website www.gazprombank.lu; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Registration ID B178974 (Luxembourg); Legal Entity Number 529900VVDOKMRRAHZ894; For more information on directives, please visit the following link: https://ofac.treasury.gov/sanctions-programs-and-country-information/ukraine-russia-related-sanctions#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMBANK JOINT STOCK COMPANY).

GPB-DI HOLDINGS LIMITED (a.k.a. SIRITIA VENTURES LTD), Glafkos Tower, Floor 4, Flat 401, 3 Menandrou, Nicosia 1066, Cyprus; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions

risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. CY10145737M (Cyprus); Legal Entity Number 2138004OMEVX71IU7E09; Registration Number HE145737 (Cyprus); For more information on directives, please visit the following link: https://ofac.treasury.gov/sanctions-programs-and-country-information/ukraine-russia-related-sanctions#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMBANK JOINT STOCK COMPANY).

G-PEP (Latin: G-PÈP) (a.k.a. FOS REVOLISYONE G9 AN FANMI E ALYE (Latin: FÒS REVOLISYONÈ G9 AN FANMI E ALYE); a.k.a. G9 FANMI E ALYE; a.k.a. VIV ANSANM; a.k.a. "G-9"), Port-au-Prince, Haiti; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Sep 2023; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT].

GPM VERKHNE MENKECHE LLC (a.k.a. LIMITED LIABILITY COMPANY GEOPROMAINING VERKHNE MENKECHE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЕОПРОМАЙНИНГ ВЕРХНЕ МЕНКЕЧЕ)), d. 4 pom. 13, etazh 1, ul. Magadanskaya, Pos. Khandyga 678720, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707674550 (Russia); Registration Number 5087746087040 (Russia) [RUSSIA-EO14024] (Linked To: LLC HOLDING GPM).

GPO AZOT OJSC (f.k.a. GRODNESKOYE PROZVODSTVENNOYE OBYEDINENYE AZOT; a.k.a. GRODNO AZOT; a.k.a. GRODNO AZOT OAO; f.k.a. RUP GPO AZOT; f.k.a. RUP GRODNENSKOYE PO AZOT), Prospekt Kosmanovtov 100, 230013, Grodno, Belarus; 100 Kosmonavtov Avenue, 230013, Grodno, Belarus; 100 Kosmonavtov pr., 230013, Grodno, Belarus [BELARUS].

GPZ77 LIMITED LIABILITY COMPANY, Ul. Yu. Bashaeva 67, Argun 366286, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1832154340 (Russia); Registration Number 1191832021864 (Russia) [RUSSIA-EO14024].

GQ SOLUTION ELEKTRONIK EKIPMAN LIMITED SIRKETI, Sultan Selim Mah. Eski

Buyukdere Cad No: 61 Ic Kapi No: 2 Kagithane, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 391615-5 (Turkey) [RUSSIA-EO14024].

GR ARQUITECTOS (a.k.a. G Y R ARQUITECTOS, S. DE R.L. DE C.V.), Kukulkan 4783, Col. Mirador del Sol, Zapopan, Jalisco, Mexico; Website www.grarquitectos.mx; Folio Mercantil No. 41884 (Mexico) [SDNTK].

GRABCHAK, Evgeniy (a.k.a. GRABCHAK, Evgeniy Petrovich; a.k.a. GRABCHAK, Evgeny), Russia; DOB 18 Jul 1981; POB Ust-Labinsk, Krasnodar Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Department of Operational Control and Management in the Electric Power Industry in the Energy Ministry of the Russian Federation (individual) [UKRAINE-EO13661].

GRABCHAK, Evgeniy Petrovich (a.k.a. GRABCHAK, Evgeniy; a.k.a. GRABCHAK, Evgeny), Russia; DOB 18 Jul 1981; POB Ust-Labinsk, Krasnodar Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Department of Operational Control and Management in the Electric Power Industry in the Energy Ministry of the Russian Federation (individual) [UKRAINE-EO13661].

GRABCHAK, Evgeny (a.k.a. GRABCHAK, Evgeniy; a.k.a. GRABCHAK, Evgeniy Petrovich), Russia; DOB 18 Jul 1981; POB Ust-Labinsk, Krasnodar Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Department of Operational Control and Management in the Electric Power Industry in the Energy Ministry of the Russian Federation (individual) [UKRAINE-EO13661].

GRACE BAY SHIPPING INC, Care of Sambouk Shipping FCZ, 1st Floor, FITCO Building No 3, Inside Fujairah Port, PO Box 50044, Fujairah, United Arab Emirates; Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

GRACHEV, Pavel Sergeyevich (Cyrillic: ГРАЧЁВ, Павел Сергеевич) (a.k.a. GRACHYOV, Pavel Sergeevich), Russia; DOB 21 Jan 1973; POB St. Petersburg, Russia;

nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770200640178 (Russia) (individual) [RUSSIA-EO14024].

GRACHYOV, Pavel Sergeevich (a.k.a. GRACHEV, Pavel Sergeyevich (Cyrillic: ГРАЧЁВ, Павел Сергеевич)), Russia; DOB 21 Jan 1973; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770200640178 (Russia) (individual) [RUSSIA-EO14024].

GRACIOUS SHIPPING CO LTD (a.k.a. GRACIOUS SHIPPING COMPANY LIMITED), Flat 302, 3/F, The Strand, 49 Bonham Strand, Sheung Wan, Hong Kong, China; Room 2604, 26th Floor, Nam Wo Hong Building, 148 Wing Lok Street, Sheung Wan, Hong Kong, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); C.R. No. 2563281 (Hong Kong); Identification Number IMO 6003094 [IFCA].

GRACIOUS SHIPPING COMPANY LIMITED (a.k.a. GRACIOUS SHIPPING CO LTD), Flat 302, 3/F, The Strand, 49 Bonham Strand, Sheung Wan, Hong Kong, China; Room 2604, 26th Floor, Nam Wo Hong Building, 148 Wing Lok Street, Sheung Wan, Hong Kong, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); C.R. No. 2563281 (Hong Kong); Identification Number IMO 6003094 [IFCA].

GRADJEVINSKO PREDUZECE INKOP DOO CUPRIJA (a.k.a. INKOP DOO CUPRIJA; a.k.a. "INKOP"), Karadordeva 6, Cuprija 35230, Serbia; Organization Established Date 12 May 1992; Organization Type: Construction of roads and railways; V.A.T. Number 100245351 (Serbia) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

GRAF, Herman (a.k.a. GREF, German Oskarovich; a.k.a. GREF, Herman Oskarovich (Cyrillic: ГРЕФ, Герман Оскарович)), Russia; DOB 08 Feb 1964; POB Panfilovo, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 760508990 (Russia); National ID No. 4509555545 (Russia) (individual) [RUSSIA-EO14024].

GRAINS MIDDLE EAST TRADING DWC-LLC (Arabic: جرينز الشرق الأوسط للتجارة دي دبليو سي ش.ذ.م.م), Building A3 Office 213 Dubai World Central Business Park, Dubai, United Arab Emirates; Office 1705, Lake Central Tower, Business Bay, Dubai, United Arab Emirates; Office 426, A5 Building, Dubai World Central, Dubai, United Arab Emirates; Bahnhofstrasse 29, Zug 6300, Switzerland; Bahnhofstrasse 21, Zug 6300, Switzerland; Website https://grains-middleeast.com; Organization Established Date 18 Jul 2019; alt. Organization Established Date 10 May 2022; Company Number CHE-390.605.414 (Switzerland); Business Registration Number 9245 (United Arab Emirates); Registration Number CH-170.9.002.230-0 (Switzerland); Economic Register Number (CBLS) 11454986 (United Arab Emirates) [PAARSSR-EO13894] (Linked To: LIMITED LIABILITY COMPANY STG LOGISTIC).

GRAK, Olga Yurievna (Cyrillic: ГРАК, Ольга Юрьевна), Kaliningrad, Russia; DOB 13 May 1973; POB Kaliningrad, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 71 9823288 (Russia) (individual) [RUSSIA-EO14024].

GRAMASHOV, Dmitrij Sergeevich (Cyrillic: ГРАМАШОВ, Дмитро Сергійович) (a.k.a. GRAMASHOV, Dmitry Sergeevich (Cyrillic: ГРАМАШОВ, Дмитрий Сергеевич)), 60 Let SSSR St, 12A, kv 86, Alushta, Crimea, Ukraine (Cyrillic: ул. 60 лет СССР, 12А, кв. 86, г. Алушта, Крым, Ukraine); DOB 23 May 1988; POB Alushta, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] [UKRAINE-EO13685].

GRAMASHOV, Dmitry Sergeevich (Cyrillic: ГРАМАШОВ, Дмитрий Сергеевич) (a.k.a. GRAMASHOV, Dmitrij Sergeevich (Cyrillic: ГРАМАШОВ, Дмитро Сергійович)), 60 Let SSSR St, 12A, kv 86, Alushta, Crimea, Ukraine (Cyrillic: ул. 60 лет СССР, 12А, кв. 86, г. Алушта, Крым, Ukraine); DOB 23 May 1988; POB Alushta, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] [UKRAINE-EO13685].

GRAN GRIF (a.k.a. BAZ GRAN GRIF; a.k.a. GRAN GRIF DE SAVIEN), Savien, Artibonite Department, Haiti; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2016; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT].

GRAN GRIF DE SAVIEN (a.k.a. BAZ GRAN GRIF; a.k.a. GRAN GRIF), Savien, Artibonite Department, Haiti; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2016; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT].

GRAN MUELLE S.A., Carrera 3 No. 7-32 Piso 3, Buenaventura, Colombia; Carrera 3 No. 7-42, Buenaventura, Colombia; Calle 6 Km 5 Kennedy, Buenaventura, Colombia; Calle 7A No. 3-73 Piso 3, Buenavetura, Colombia; Av. Simon Bolivar Km 4 El Pinal, Buenaventura, Colombia; Av. Simon Bolivar Km 5, Buenaventura, Colombia; Av. Portuaria Edif. Colfecar B-B Modulo 38, Buenaventura, Colombia; NIT # 800173054-1 (Colombia) [SDNT].

GRAN SCIENTIFIC AND PRODUCTION ASSOCIATION (a.k.a. LIMITED LIABILITY COMPANY NAUCHNO PROIZVODSTVENNOE OBYEDINENIE GRAN; a.k.a. NAUCHNO PROIZVODSTVENNOE OBYEDINENIE GRAN; a.k.a. NPO GRAN; a.k.a. "LIMITED LIABILITY COMPANY GRAN"; a.k.a. "NPP GERAN"), PR-KT Lenina, D. 21V, Office 516/8, Chelyabinsk 454090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7451461159 (Russia); Registration Number 1227400042264 (Russia) [RUSSIA-EO14024].

GRANATURA, S. DE P.R. DE R.L. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 81689 (Mexico) [SDNTK].

GRAND CASINO (a.k.a. GRAND CASINO ZAPOPAN), Av. Adolfo Lopez Mateos Sur 4527, Col. La Calma, Zapopan, Jalisco 45070, Mexico [SDNTK].

GRAND CASINO ZAPOPAN (a.k.a. GRAND CASINO), Av. Adolfo Lopez Mateos Sur 4527, Col. La Calma, Zapopan, Jalisco 45070, Mexico [SDNTK].

GRAND LEGEND INTERNATIONAL ASSET MANAGEMENT GROUP CO. LTD., Ngerbelas Island, Kayangel, Palau; Tax ID No. 016290 (Palau) [TCO] (Linked To: CHEN, Zhi).

GRAND SERVICE EXPRESS (Cyrillic: ГРАНД СЕРВИС ЭКСПРЕСС) (a.k.a. AO GRAND SERVIS EKSPRESS; a.k.a. JOINT STOCK COMPANY GRAND SERVICE EXPRESS; a.k.a. JOINT STOCK COMPANY TRANSPORT COMPANY GRAND SERVICE EXPRESS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСПОРТНАЯ КОМПАНИЯ ГРАНД СЕРВИС ЭКСПРЕСС); a.k.a. "GRAND EXPRESS" (Cyrillic: "ГРАНД ЭКСПРЕСС"); a.k.a. "JSC GSE"), 85 Sheremetevskaya St., Building 1, Moscow 129075, Russia; ul. Sheremetevskaya, d. 85, str. 1, Moscow 129075, Russia; P.O. Box 15, Moscow 129075, Russia; a/ya 15, Moscow 129075, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7705445700 (Russia) [UKRAINE-EO13685].

GRAND STORES (THE GAMBIA LOCATION ONLY) (a.k.a. TAJCO; a.k.a. TAJCO COMPANY; a.k.a. TAJCO COMPANY LLC; a.k.a. TAJCO LTD; a.k.a. TAJCO SARL; a.k.a. TRADEX CO), 62 Buckle Street, Banjul, The Gambia; 1 Picton Street, Banjul, The Gambia; Dohat Building 1st Floor, Liberation Avenue, Banjul, The Gambia; Tajco Building, Main Street, Hannawiyah, Tyre, Lebanon; Tajco Building, Hanouay, Sour (Tyre), Lebanon; 30 Sani Abacha Street, Freetown, Sierra Leone; Website www.tajco-ltd.com; alt. Website www.tajcogambia.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; (Tradex Co. is a

subsidiary of Tajco Company and operates from the same business address in Freetown, Sierra Leone as Tajco Company.) [SDGT].

GRANDEUR GENERAL TRADING FZE, P.O. Box 5480, Fujairah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR).

GRANJA LA SIERRA LTDA., Carrera 85C No. 43-22, Cali, Colombia; Callejon El Dinamo V/Gorgona, Candelaria, Colombia; NIT # 800253142-5 (Colombia) [SDNT].

GRANKO ARTEAGA, Alexander Enrique, Miranda, Venezuela; DOB 25 Mar 1981; Gender Male; Cedula No. 14970215 (Venezuela) (individual) [VENEZUELA].

GRANOVSKY, Aleksey Ivanovich, 41 Ulitsa Malakhova, Donetsk, Donetsk Region, Ukraine; DOB 03 Nov 1973; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

GRANPECT CO. LTD., Room 1701, 17th Floor, Block A, Tsinghua Tongfang Technology Building, No. 1 Wangzhuang Road, Wudaokou, Haidan District, Beijing 100083, China; Website www.granpect.com; Organization Established Date 02 Mar 2005; Registration Number 110108007999360 (China); Unified Social Credit Code (USCC) 911101087719621018 (China) [NPWMD].

GRANTS PROMOTION SERVICE LIMITED, Unit 89, 3/F, Yau Lee Centre, No. 45 Hoi Yuen Road, Kwun Tong, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Company Number 0864688 (Hong Kong); Business Registration Number 35135979 (Hong Kong) [RUSSIA-EO14024].

GRAT SHIPPING CO LTD, Victoria, Mahe Island, Seychelles; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2022; Organization Type: Sea and coastal freight water transport; Identification Number IMO 6331263 [SDGT] (Linked To: AL-QATIRJI COMPANY).

GRAWIT LIMITED, Elli Court, Floor 2, Flat 4, 210, Makariou III Limassol, 3030, Limassol, Cyprus; Registration ID HE272654 (Cyprus) [GLOMAG] (Linked To: TESIC, Slobodan).

GRAZHDANSKIE PRIPASY (a.k.a. "GP AMMO"), Ter. Oez Ppt Lipetsk Str. 71, Gryazi 398010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4802011685 (Russia); Registration Number 1084802000832 (Russia) [RUSSIA-EO14024].

GRAZIOTTIN, Flavio, Via Villaggio Brugherio 9, Brugherio 20861, Italy; DOB 13 May 1943; POB Cantu, Italy; nationality Italy; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport YA6213608 (Italy) expires 19 Mar 2024; Tax ID No. GRZFLV43E13B639Y (Italy) (individual) [RUSSIA-EO14024] (Linked To: IDRONAUT S.R.L.).

GREAT LAKES BUSINESS COMPANY (a.k.a. GLBC), P. O. Box 315, Goma, Congo, Democratic Republic of the; Gisenyi, Rwanda [DRCONGO].

GREAT SHARE INTERNATIONAL LOGISTICS LIMITED (Chinese Simplified: 深圳市大协国际货运代理有限公司) (a.k.a. SHENZHEN DAXIE FREIGHT AGENCY CO LTD; a.k.a. SHENZHEN DAXIE INTERNATIONAL FREIGHT SHIPPING CO LTD; a.k.a. SHENZHEN FEDERATION OF INTERNATIONAL FREIGHT FORWARDING CO LTD), Room 2210, Building 2, Nanguang City Garden, at the intersection of Nanshan District Avenue and Chuangye Road, Shenzhen, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91440300584057093C (China) [RUSSIA-EO14024].

GREAT SUCCESS SHIPPING CO, Jounieh, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2023; Identification Number IMO 0093360 [SDGT] (Linked To: ANSARALLAH).

GREAT TEHRAN PENITENTIARY (a.k.a. FASHAFOUYEH PRISON; a.k.a. FASHAFOYE PRISON), Tehran Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

GREAT TIMES SHIPPING LIMITED, Room 1318-19, Hollywood Plaza, 610 Nathan Road, Mongkok, Kowloon, Hong Kong, China; Organization Established Date 07 Apr 2024; Identification Number IMO 6491059; Business Registration Number 76403812 (Hong Kong) [IRAN-EO13902].

GREDSTONE PTE LTD, The Central, 6 Eu Tong Sen Street #09-09, Singapore 59817, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 201914576G (Singapore) [RUSSIA-EO14024] (Linked To: MAIN DIRECTORATE OF DEEP SEA RESEARCH).

GREEN ALPINE TRADING, LLC (Arabic: جرين الپين للتجارة ش.ذ.م.م), United Arab Emirates; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Organization Established Date 08 Nov 2021; Organization Type: Wholesale of construction materials, hardware, plumbing and heating equipment and supplies; Business Registration Number 998687 (United Arab Emirates) [NPWMD] (Linked To: SIM, Hyon Sop).

GREEN BIRDS, Alihaa, 7020, Naifaru, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 19 Aug 2019; Registration Number SP-1741/2019 (Maldives); Permit Number IG1107T102019 (Maldives) issued 01 Sep 2019 [SDGT] (Linked To: RAZZAQ, Mohamed Maathiu Abdul).

GREEN CAR RENT LIMITED PARTNERSHIP (a.k.a. HANG HUN SUAN CHAMKAT KRIN KHA REN), 445/11 Soi Ramkamhaeng, 39 Lat Phrao Road, Wang Thong Lang, Bang Kapi district, Bangkok, Thailand [SDNTK].

GREEN CHIP LIMITED LIABILITY COMPANY, ul. Butyrskii Val d. 68, pomeshch. 1/4, Moscow 127055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9722017313 (Russia); Registration Number 1227700111451 (Russia) [RUSSIA-EO14024].

GREEN DISTRICT B.V. (f.k.a. RESEARCH GROUP NEDERLAND B.V.), Huygensstraat 42, JM, Boxtel 5283, Netherlands; Website www.researchgroupnederland.com; Organization Established Date 12 Jan 2017; Tax ID No. 857833340 (Netherlands) [ILLICIT-DRUGS-EO14059] (Linked To: PEIJNENBURG, Alex Adrianus Martinus; Linked To: ORGANIC DISTRICT B.V.).

GREEN ENERGY CHEMICALS (a.k.a. GREEN ENERGY CHEMICALS ENERJI KIMYASALLARI SANAYI TICARET ANONIM SIRKETI), KOZAN Industrial Area, Guneri Mahallesi OSB 8 Sokak No: 7 Kozan, Adana, Turkey; SEBA Boulevard D Blok Ayazaga Mah. Mimar Sinan Sokak No: 21 Sariyer, Istanbul, Turkey; Website greenen.com.tr; Organization

Established Date Feb 2021; Registration Number 4110923027 (Turkey); Central Registration System Number 0411092302700001 (Turkey) [IRAN-EO13902] (Linked To: MILAVOUS GROUP LTD).

GREEN ENERGY CHEMICALS ENERJI KIMYASALLARI SANAYI TICARET ANONIM SIRKETI (a.k.a. GREEN ENERGY CHEMICALS), KOZAN Industrial Area, Guneri Mahallesi OSB 8 Sokak No: 7 Kozan, Adana, Turkey; SEBA Boulevard D Blok Ayazaga Mah. Mimar Sinan Sokak No: 21 Sariyer, Istanbul, Turkey; Website greenen.com.tr; Organization Established Date Feb 2021; Registration Number 4110923027 (Turkey); Central Registration System Number 0411092302700001 (Turkey) [IRAN-EO13902] (Linked To: MILAVOUS GROUP LTD).

GREEN ENERGY SOLUTIONS PROJECT MANAGEMENT SERVICES SOLE PROPRIETORSHIP LLC (Arabic: جرين انرجى سليو شنس لخدمات أدارة المشاريع شركة الشخص الواحد ذ.م.م), East 40 Al Sa'adah, Abu Dhabi, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number 11899598 (United Arab Emirates) [RUSSIA-EO14024].

GREEN GARDEN TRADING LTD, 2nd Floor, Allied Building Annex, Francis Rachel Street, Victoria, Mahe Island, Seychelles; Organization Established Date 2022; Identification Number IMO 6374158 [IRAN-EO13902].

GREEN INDUSTRIES HONG KONG LIMITED (a.k.a. GREEN INDUSTRIES, LTD), 2/F, Green 18, Phase 2, Hong Kong Science Park, Pak Shek Kok, NT, Hong Kong; Flat A10, 8/F, Hung Fuk Factory Building, 60 Hung To Road, Kwun Tong, Hong Kong; Unit D, 16/F, One Capital Place, 18 Luard Road, Wan Chai, Hong Kong; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 2147089 [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed).

GREEN INDUSTRIES, LTD (a.k.a. GREEN INDUSTRIES HONG KONG LIMITED), 2/F, Green 18, Phase 2, Hong Kong Science Park, Pak Shek Kok, NT, Hong Kong; Flat A10, 8/F, Hung Fuk Factory Building, 60 Hung To Road, Kwun Tong, Hong Kong; Unit D, 16/F, One Capital Place, 18 Luard Road, Wan Chai, Hong Kong; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 2147089 [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed).

GREEN ISLAND S.A., Avenida El Dorado Entrada 2 Int. 6, Bogota, Colombia; NIT # 830067456-4 (Colombia) [SDNT].

GREEN LEAF GENERAL TRADING LLC (f.k.a. GREEN LEAF TRADING LLC), P.O. Box 56351, Dubai, United Arab Emirates; Hamad Bin Ali Alowais Building, Al Suq Al Kabeer Street, Deira, Dubai, United Arab Emirates; Humaid Bin Ali Alowais Building, Al Suq Al Kabeer Street, Deira, Al Bateen, Dubai, United Arab Emirates; Gargash Center, Shop No 114, Dubai, United Arab Emirates; Dubai Chamber of Commerce Membership No. 42988 (United Arab Emirates) [SDNTK].

GREEN LEAF TRADING LLC (a.k.a. GREEN LEAF GENERAL TRADING LLC), P.O. Box 56351, Dubai, United Arab Emirates; Hamad Bin Ali Alowais Building, Al Suq Al Kabeer Street, Deira, Dubai, United Arab Emirates; Humaid Bin Ali Alowais Building, Al Suq Al Kabeer Street, Deira, Al Bateen, Dubai, United Arab Emirates; Gargash Center, Shop No 114, Dubai, United Arab Emirates; Dubai Chamber of Commerce Membership No. 42988 (United Arab Emirates) [SDNTK].

GREEN PINE ASSOCIATED CORPORATION (a.k.a. CHO'NGSONG UNITED TRADING COMPANY; a.k.a. CHONGSONG YONHAP; a.k.a. CH'O'NGSONG YO'NHAP; a.k.a. CHOSUN CHAWO'N KAEBAL T'UJA HOESA; a.k.a. JINDALLAE; a.k.a. KU'MHAERYONG COMPANY LTD; a.k.a. NATURAL RESOURCES DEVELOPMENT AND INVESTMENT CORPORATION; a.k.a. SAENGP'IL COMPANY), c/o Reconnaissance General Bureau Headquarters, Hyongjesan-Guyok, Pyongyang, Korea, North; Nungrado, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

GREEN WAVE TECHNOLOGIES (a.k.a. GREEN WAVE TELECOMMUNICATION; a.k.a. GREEN WAVE TELECOMMUNICATION SDN BHD; a.k.a. GREENWAVE TELECOM; a.k.a. "GREEN WAVE"; a.k.a. "GREEN WAVE COMPANY"; a.k.a. "GWT"), 8, 12, 9, Menara Mutiara, Bangsar, Jalan Liku, Off Jalan Bangsar, Kuala Lumpur 59100, Malaysia; Website gwt.com.my; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 880140-W (Malaysia) [NPWMD] [IFSR].

GREEN WAVE TELECOMMUNICATION (a.k.a. GREEN WAVE TECHNOLOGIES; a.k.a. GREEN WAVE TELECOMMUNICATION SDN BHD; a.k.a. GREENWAVE TELECOM; a.k.a. "GREEN WAVE"; a.k.a. "GREEN WAVE COMPANY"; a.k.a. "GWT"), 8, 12, 9, Menara Mutiara, Bangsar, Jalan Liku, Off Jalan Bangsar, Kuala Lumpur 59100, Malaysia; Website gwt.com.my; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 880140-W (Malaysia) [NPWMD] [IFSR].

GREEN WAVE TELECOMMUNICATION SDN BHD (a.k.a. GREEN WAVE TECHNOLOGIES; a.k.a. GREEN WAVE TELECOMMUNICATION; a.k.a. GREENWAVE TELECOM; a.k.a. "GREEN WAVE"; a.k.a. "GREEN WAVE COMPANY"; a.k.a. "GWT"), 8, 12, 9, Menara Mutiara, Bangsar, Jalan Liku, Off Jalan Bangsar, Kuala Lumpur 59100, Malaysia; Website gwt.com.my; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 880140-W (Malaysia) [NPWMD] [IFSR].

GREEN WITHOUT BORDERS (Arabic: أخضر بلا حدود) (a.k.a. NATIONAL ASSOCIATION FOR THE PROTECTION AND DEVELOPMENT OF FOREST, ENVIRONMENTAL, AND ANIMAL WEALTH (Arabic: الجمعية الوطنية لحماية وتنمية الثروة الحرجية والبيئية والحيوانية)), Property No. 335, Section No. 13, Ground Floor, Nabatiyeh, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target Type Charity or Nonprofit Organization; Registration Number 1128 (Lebanon) issued 20 Jun 2013 [SDGT] (Linked To: HIZBALLAH).

GREENBAY PROPERTIES CO. LTD. (Chinese Traditional: 澄碩有限公司), Taiwan; Identification Number 82862363 (Taiwan) [TCO] (Linked To: CHEN, Zhi).

GREENBAY PROPERTIES PTE. LTD., Singapore; Identification Number 201900435G (Singapore) [TCO] (Linked To: CHEN, Zhi).

GREEND INTERNATIONAL TRADING LIMITED (a.k.a. KINLERE TRADING LIMITED; a.k.a. LUDI TRADING LIMITED), Rm 1406B, 14/F, The Belgian Bank Building, Hong Kong, China; Organization Established Date 15 Nov 2021; Company Number 3102514 (Hong Kong); Business Registration Number 73536533 (Hong Kong) [IRAN-EO13902] (Linked To: NASSER

ZARRIN GHALAM AND PARTNERS COMPANY).

GREENLAND OIL & GAS TRADING FZE (Arabic: ح م م غاز تريدينغ & اويل جرينلاند) (a.k.a. GREENLAND OIL AND GAS TRADING FZE), Leased Office Bldg Office No. IF-31, Hamriyah Free Zone, Sharjah, United Arab Emirates; Organization Established Date 08 Mar 2021; Business Registration Number 19230 (United Arab Emirates); Economic Register Number (CBLS) 11634715 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

GREENLAND OIL AND GAS TRADING FZE (a.k.a. GREENLAND OIL & GAS TRADING FZE (Arabic: ح م م غاز تريدينغ & اويل جرينلاند)), Leased Office Bldg Office No. IF-31, Hamriyah Free Zone, Sharjah, United Arab Emirates; Organization Established Date 08 Mar 2021; Business Registration Number 19230 (United Arab Emirates); Economic Register Number (CBLS) 11634715 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

GREENWAVE TELECOM (a.k.a. GREEN WAVE TECHNOLOGIES; a.k.a. GREEN WAVE TELECOMMUNICATION; a.k.a. GREEN WAVE TELECOMMUNICATION SDN BHD; a.k.a. "GREEN WAVE"; a.k.a. "GREEN WAVE COMPANY"; a.k.a. "GWT"), 8, 12, 9, Menara Mutiara, Bangsar, Jalan Liku, Off Jalan Bangsar, Kuala Lumpur 59100, Malaysia; Website gwt.com.my; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 880140-W (Malaysia) [NPWMD] [IFSR].

GREF, German Oskarovich (a.k.a. GRAF, Herman; a.k.a. GREF, Herman Oskarovich (Cyrillic: ГРЕФ, Герман Оскарович)), Russia; DOB 08 Feb 1964; POB Panfilovo, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 760508990 (Russia); National ID No. 4509555545 (Russia) (individual) [RUSSIA-EO14024].

GREF, Herman Oskarovich (Cyrillic: ГРЕФ, Герман Оскарович) (a.k.a. GRAF, Herman; a.k.a. GREF, German Oskarovich), Russia; DOB 08 Feb 1964; POB Panfilovo, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 760508990 (Russia); National ID No. 4509555545 (Russia) (individual) [RUSSIA-EO14024].

GREMLOS, Elektrozavodskaya 7, Vladimir 600007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3302018810 (Russia); Registration Number 1033302001732 (Russia) [RUSSIA-EO14024].

GRESHNEVIKOV, Anatoly Nikolaevich (Cyrillic: ГРЕШНЕВИКОВ, Анатолий Николаевич), Russia; DOB 29 Aug 1956; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GRIB DIAMONDS, Schupstraat 21, Antwerpen 2018, Belgium; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Apr 2012; V.A.T. Number BE0845338469 (Belgium); Tax ID No. 0845338469 (Belgium); Company Number 2.208.926.263 (Belgium) [RUSSIA-EO14024] (Linked To: JSC AGD DIAMONDS).

GRIB, Mikhail (Cyrillic: ГРИБ, Михаил) (a.k.a. GRIB, Mikhail Vyacheslavovich (Cyrillic: ГРИБ, Михаил Вячеславович); a.k.a. HRYB, Mikhail), Minsk, Belarus; DOB 29 Jul 1980; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

GRIB, Mikhail Vyacheslavovich (Cyrillic: ГРИБ, Михаил Вячеславович) (a.k.a. GRIB, Mikhail (Cyrillic: ГРИБ, Михаил); a.k.a. HRYB, Mikhail), Minsk, Belarus; DOB 29 Jul 1980; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

GRIBNAYA RADUGA OOO (a.k.a. LIMITED LIABILITY COMPANY MUSHROOM RAINBOW), ul. Volodsarkogo, d. 70 ofis 4/1, Kursk, Kursk oblast, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4611013515 (Russia); Registration Number 1154611000114 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

GRIFFIN, Paul Nicholas; DOB 16 Feb 1964; nationality United Kingdom (individual) [NPWMD].

GRIFFIN, Peter; DOB 09 Sep 1935; POB Oxford, United Kingdom; nationality United Kingdom; Passport B401584 (United Kingdom) issued 28 Sep 1989 expires 28 Sep 1999; alt. Passport B109455 (United Kingdom) issued 03 Oct 1979 (individual) [NPWMD].

GRIFFON FZC, P.O. Box 514057, Saif Zone, Sharjah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 16523 (United Arab Emirates); Economic Register Number (CBLS) 11618197 (United Arab Emirates) [RUSSIA-EO14024].

GRIGORENKO, Dmitriy Yuryevich (Cyrillic: ГРИГОРЕНКО, Дмитрий Юрьевич), Russia; DOB 14 Jul 1978; POB Nizhnevartovsk, Tyumen Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

GRIGOR'EV, Andrej Ivanovich (a.k.a. GRIGORIEV, Andrey Ivanovich; a.k.a. GRIGORYEV, Andrei Ivanovich; a.k.a. GRIGORYEV, Andrey Ivanovich), Russia; DOB 30 Jan 1963; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772788747079 (Russia) (individual) [RUSSIA-EO14024].

GRIGOREV, Girgorij Igorevich (a.k.a. GRIGORIEV, Grigoriy Igorevich (Cyrillic: ГРИГОРЬЕВ, Григорий Игоревич)), Urovskaya, Building 95, Flat 7, Moscow 125466, Russia; DOB 19 Jun 1977; POB Istra, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 721493424 (Russia); Tax ID No. 501702148902 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NOVELCO).

GRIGORIEV, Andrey Ivanovich (a.k.a. GRIGOR'EV, Andrej Ivanovich; a.k.a. GRIGORYEV, Andrei Ivanovich; a.k.a. GRIGORYEV, Andrey Ivanovich), Russia; DOB 30 Jan 1963; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772788747079 (Russia) (individual) [RUSSIA-EO14024].

GRIGORIEV, Grigoriy Igorevich (Cyrillic: ГРИГОРЬЕВ, Григорий Игоревич) (a.k.a. GRIGOREV, Girgorij Igorevich), Urovskaya, Building 95, Flat 7, Moscow 125466, Russia; DOB 19 Jun 1977; POB Istra, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 721493424 (Russia); Tax ID No. 501702148902 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NOVELCO).

GRIGORYEV, Andrei Ivanovich (a.k.a. GRIGOR'EV, Andrej Ivanovich; a.k.a. GRIGORIEV, Andrey Ivanovich; a.k.a.

GRIGORYEV, Andrey Ivanovich), Russia; DOB 30 Jan 1963; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772788747079 (Russia) (individual) [RUSSIA-EO14024].

GRIGORYEV, Andrey Ivanovich (a.k.a. GRIGOR'EV, Andrej Ivanovich; a.k.a. GRIGORIEV, Andrey Ivanovich; a.k.a. GRIGORYEV, Andrei Ivanovich), Russia; DOB 30 Jan 1963; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772788747079 (Russia) (individual) [RUSSIA-EO14024].

GRIGORYEV, Yuri Innokentyevich (Cyrillic: ГРИГОРЬЕВ, Юрий Иннокентьевич), Russia; DOB 20 Sep 1969; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GRIMBERG DE GUBEREK, Sara; DOB 14 Sep 1938; POB Cartagena, Colombia; Cedula No. 20222497 (Colombia) (individual) [SDNTK] (Linked To: ISSA EMPRESA UNIPERSONAL; Linked To: INVERSIONES GILFE S.A.; Linked To: INDUITEX LTDA.; Linked To: SBT S.A.; Linked To: G&G INTERNACIONAL S.A.S.; Linked To: FUNDACION ISSARA; Linked To: COMERCIALIZADORA INTERNACIONAL ANDINA LIMITADA; Linked To: COMPANIA REAL DE PANAMA S.A.; Linked To: BRACRO S.A.).

GRIMM, Matthew Simon, Bristol, United Kingdom; Amsterdam, Netherlands; DOB 05 Sep 1974; POB Southmead, England; nationality United Kingdom; citizen United Kingdom; Website smokeyschemsite.com; alt. Website gr8researchchemicals-eu.com; Gender Male; Digital Currency Address - XBT 1LpYKb3SXZPve9hsH2QEJZFX279wJVGowi; alt. Digital Currency Address - XBT 15uqdxqNXQwVf5H7yZPz4TmEGeSccCwdor; alt. Digital Currency Address - XBT 1FjubFHV4mpYjBmvjsEhZssyiiA4TNmnm2; alt. Digital Currency Address - XBT 1LAh7PQwpd1uGiLHae5C5Xz9QXse3y2phq; alt. Digital Currency Address - XBT 15yqWQ4sqr7jzCwDtZ3U1KaCa8WMEy7Mm2; alt. Digital Currency Address - XBT 19GrL5jnUkGmHXVcraB1Etv5rXCANeLWpq; alt. Digital Currency Address - XBT 39NG2LcGRHXxSr1irpEVnJMw4ydL231sEn; alt. Digital Currency Address - XBT

3He6EyDaCUgmdr4GXqhxbeTQukaGLCByU2; alt. Digital Currency Address - XBT 12NpCkhddSNiDkD9rRYUCHsTT9ReMNiJjG; alt. Digital Currency Address - XBT 32jgFkZsTEjMFaBvxJnYvJEeTNKTmq5b32; alt. Digital Currency Address - XBT 1Hpj6qm9i7nMF3VkKfBFtjhEDpEjxHWvgv; alt. Digital Currency Address - XBT 194xmrZA53UBsZau2PnJLdmVVW9m5feeS; alt. Digital Currency Address - XBT 361NP7YcBPQ4KkLT3Y2QZeDEV4M3yi65Ar; alt. Digital Currency Address - XBT 1LuDiMd95Df4i2bcvrfw47t2GKpLLXAQMZ; alt. Digital Currency Address - XBT 3A1HH3PseYMkh2nSrBb4kkVt3815kUNVVC; alt. Digital Currency Address - XBT 1F317n2eJEMaEMGiwCqtd5XCU3wF7jzPEW; alt. Digital Currency Address - XBT 3HWjh69cVQvcPeLWVCyVmXEq72nyDSj5zP; alt. Digital Currency Address - XBT 1r6S9vpUZPS5rb6gSdwV2bvSFcN3uSq4q; alt. Digital Currency Address - XBT 3Jpf9B5P8cvEKSSGp9cES3Upbms8VRnXUb; alt. Digital Currency Address - XBT 3EL5vcYeu1cnivLtR7tnAX3bBirr9ATNAL; alt. Digital Currency Address - XBT 1LBQd4ZxtQYYsDWrCzK4uMxHBJVxmyzs3M; alt. Digital Currency Address - XBT 1LQV6yUBcfTjAWvFu3XPhdTgjqihss7i1z; alt. Digital Currency Address - XBT 1MiQRekg4BatJ12qbiSGnNakLLd8xbLMCG; alt. Digital Currency Address - XBT 12mNKr2YP4M3CEQvCvVqZsvxuCG47LHMu1; alt. Digital Currency Address - XBT 1J6cgUVEZRKyJhpXJgHWX7YmzkdnHRaLhF; alt. Digital Currency Address - XBT 3PUmTuVAW3LkKg53FZ7F97VDBitW4ugwnM; alt. Digital Currency Address - XBT 3H4qaWi5DS6FMwyZrG9xRRud3Qc5dUVn2U; alt. Digital Currency Address - XBT 13ViCDZyJxxv5cZzpDDsE7aDQ3Y552zpAH; alt. Digital Currency Address - XBT 1Juv2Ks3jJFUes8jEGxwgt6T6csBRQmmRw; alt. Digital Currency Address - XBT 35vypiSvQsxRiT3YZzGRGVaduUSx67ysZb; alt. Digital Currency Address - XBT 3LLUnf3ezw6mCbQ2zCZmGu5rZULzkhxQi7; alt. Digital Currency Address - XBT 3QrukkUiBrn23rFUKUgasNd1wYWNk7WdSV; alt. Digital Currency Address - XBT 3B3vmabBbeDRnVrjvvq3hm85zVB4v5bWFC; alt. Digital Currency Address - XBT 31nadacWrgPeAQxKRMabhn3fPhnhi3hjKa; alt. Digital Currency Address - XBT 343w3Xh64q5UpgpvAPqmsUzxrknde8PQHb;

alt. Digital Currency Address - XBT 1C7RpJNE19HgefzWVCSaUqRTHAwGAFkbY V; Digital Currency Address - ETH 0xd0975b32cea532eadddfc9c60481976e39db3 472; alt. Digital Currency Address - ETH 0x1967d8af5bd86a497fb3dd7899a020e47560d aaf; Digital Currency Address - BCH qqyuc9s700plhzr6awzru7g5z2d2p906uyrm6ht0r 0; alt. Digital Currency Address - BCH qz9f2vz3033sg5vc5mf7m7xshmj0jugy4ummf05j k8 (individual) [ILLICIT-DRUGS-EO14059].

GRIN, Victor Yakovlevich (a.k.a. GRIN, Viktor); DOB 01 Jan 1951 (individual) [MAGNIT].

GRIN, Viktor (a.k.a. GRIN, Victor Yakovlevich); DOB 01 Jan 1951 (individual) [MAGNIT].

GRINEVICIUS, Arnas, Lithuania; DOB 07 Dec 1976; POB Lithuania; nationality Lithuania; Gender Male (individual) [ILLICIT-DRUGS-EO14059] (Linked To: DRAGON SECURE GMBH).

GRINEX (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GRINEKS), Moscow, Russia; Microdistrict Dzhal 29, Building 14/1, Room 35, Leninsky District, Bishkek, Kyrgyzstan; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 23 Dec 2024; Organization Type: Financial and Insurance Activities; Digital Currency Address - TRX TEcuHDQthTmULe8fFLUccBPpjfXaTmJuuD; alt. Digital Currency Address - TRX TL1k1U6SHohxBqb68kCodxHc9y2LXoDSep; alt. Digital Currency Address - TRX TNZxGWCwvsHr6JxQxzoeDXV597Yf7Zb7nV; alt. Digital Currency Address - TRX TC8axQvzJEVR3NKN6mZnJtGy7537GEmh38; alt. Digital Currency Address - TRX TAYhjpL8pPs8T84FSM329nffQpc6jD8GBM; alt. Digital Currency Address - TRX TMuCgBejD5RsNANZdjGtaM3YyKGNgDoy7N; alt. Digital Currency Address - TRX TGckaiamj5NzaYx6Qp6Zu7kahuHArzUo99; Tax ID No. 02312202410120 (Kyrgyzstan); Registration Number 311748 3301 OOO (Kyrgyzstan) [CYBER4] (Linked To: GARANTEX EUROPE OU).

GRININ, Evgenij Aleksandrovich (a.k.a. GRININ, Yevgeniy Aleksandrovich (Cyrillic: ГРИНИН, Евгений Александрович)), Russia; DOB 15 Apr 1978; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 253105350001 (United Kingdom); Tax ID No. 550305192743 (Russia) (individual) [RUSSIA-EO14024] (Linked To:

OOO SERNIYA INZHINIRING; Linked To: PHOTON PRO LLP).

GRININ, Yevgeniy Aleksandrovich (Cyrillic: ГРИНИН, Евгений Александрович) (a.k.a. GRININ, Evgenij Aleksandrovich), Russia; DOB 15 Apr 1978; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 253105350001 (United Kingdom); Tax ID No. 550305192743 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OOO SERNIYA INZHINIRING; Linked To: PHOTON PRO LLP).

GRODNESKOYE PROZVODSTVENNOYE OBYEDINENYE AZOT (f.k.a. GPO AZOT OJSC; a.k.a. GRODNO AZOT; a.k.a. GRODNO AZOT OAO; f.k.a. RUP GPO AZOT; f.k.a. RUP GRODNENSKOYE PO AZOT), Prospekt Kosmanovtov 100, 230013, Grodno, Belarus; 100 Kosmonavtov Avenue, 230013, Grodno, Belarus; 100 Kosmonavtov pr., 230013, Grodno, Belarus [BELARUS].

GRODNO AZOT (f.k.a. GPO AZOT OJSC; f.k.a. GRODNESKOYE PROZVODSTVENNOYE OBYEDINENYE AZOT; a.k.a. GRODNO AZOT OAO; f.k.a. RUP GPO AZOT; f.k.a. RUP GRODNENSKOYE PO AZOT), Prospekt Kosmanovtov 100, 230013, Grodno, Belarus; 100 Kosmonavtov Avenue, 230013, Grodno, Belarus; 100 Kosmonavtov pr., 230013, Grodno, Belarus [BELARUS].

GRODNO AZOT OAO (f.k.a. GPO AZOT OJSC; f.k.a. GRODNESKOYE PROZVODSTVENNOYE OBYEDINENYE AZOT; a.k.a. GRODNO AZOT; f.k.a. RUP GPO AZOT; f.k.a. RUP GRODNENSKOYE PO AZOT), Prospekt Kosmanovtov 100, 230013, Grodno, Belarus; 100 Kosmonavtov Avenue, 230013, Grodno, Belarus; 100 Kosmonavtov pr., 230013, Grodno, Belarus [BELARUS].

GRODNO CHEMICAL FIBRE OJSC (a.k.a. GRODNO KHIMVOLOKNO JSC; a.k.a. GRODNO KHIMVOLOKNO OAO; a.k.a. JSC GRODNO KHIMVOLOKNO), 4 Slavinskogo Street, 230026, Grodno, Belarus; ulitsa Slavinskogo 4, 230026, Grodno, Belarus; str. Slavinskogo 4, 230026, Grodno, Belarus [BELARUS].

GRODNO KHIMVOLOKNO JSC (a.k.a. GRODNO CHEMICAL FIBRE OJSC; a.k.a. GRODNO KHIMVOLOKNO OAO; a.k.a. JSC GRODNO KHIMVOLOKNO), 4 Slavinskogo Street, 230026, Grodno, Belarus; ulitsa Slavinskogo 4, 230026, Grodno, Belarus; str. Slavinskogo 4, 230026, Grodno, Belarus [BELARUS].

GRODNO KHIMVOLOKNO OAO (a.k.a. GRODNO CHEMICAL FIBRE OJSC; a.k.a. GRODNO KHIMVOLOKNO JSC; a.k.a. JSC GRODNO KHIMVOLOKNO), 4 Slavinskogo Street, 230026, Grodno, Belarus; ulitsa Slavinskogo 4, 230026, Grodno, Belarus; str. Slavinskogo 4, 230026, Grodno, Belarus [BELARUS].

GRODNO TOBACCO FACTORY NEMAN (a.k.a. AAT HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: ААТ ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. GTF NEMAN; a.k.a. HRODNA TOBACCO FACTORY NEMAN; a.k.a. OAO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОАО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН); a.k.a. OJSC GRODNO TOBACCO FACTORY NEMAN; a.k.a. OPEN JOINT-STOCK COMPANY GRODNO TOBACCO FACTORY NEMAN; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН)), ul. Ordzhonikidze, d. 18, Grodno, Grodnenskaya Oblast 230771, Belarus (Cyrillic: ул. Орджоникидзе, д. 18, г. Гродно, Гродненская область 230771, Belarus); Organization Established Date 29 Dec 1996; Registration Number 500047627 (Belarus) [BELARUS-EO14038].

GROMOV, Alexei Alexeyevich, Russia; DOB 31 May 1960; POB Zagorsk (Sergiev, Posad), Moscow Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; First Deputy Chief of Staff of the Presidential Executive Office; First Deputy Head of Presidential Administration; First Deputy Presidential Chief of Staff (individual) [UKRAINE-EO13661] [ELECTION-EO13848].

GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ) (a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

GROMOVIKOV, Vasiliy Viktorovich (Cyrillic: ГРОМОВИКОВ, Василий Викторович) (a.k.a. "Zevsgod2000"), St. Petersburg, Russia; DOB 31 Mar 1993; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5528037522335 (Russia) (individual) [RUSSIA-EO14024].

GROSS LTD (a.k.a. LIMITED LIABILITY COMPANY GROSS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГРОСС)), ul. Leningradskaya 2, Asbest 624261, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Real estate activities with own or leased property; Tax ID No. 6603019147 (Russia); Registration Number 1069603008452 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NATSIONALNAYA SURMYANAYA KOMPANIYA).

GROUP FOR THE SUPPORT OF ISLAM AND MUSLIMS (a.k.a. GROUP TO SUPPORT ISLAM AND MUSLIMS; a.k.a. JAMAAT NOSRAT AL-ISLAM WAL-MOUSLIMIN; a.k.a. JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN; a.k.a. NUSRAT AL-ISLAM WAL-MUSLIMEEN; a.k.a. "GNIM"; a.k.a. "GSIM"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

GROUP GRAND LIMITED (a.k.a. GROUP GRAND LIMITED GENERAL TRADING; a.k.a. GROUP GRAND LTD.), Room C, 25/F Cheuk

Nang Plaza, 250 Hennessy Road, Wan Chai, Hong Kong; Registration Number 1871367 (Hong Kong) [VENEZUELA-EO13850] (Linked To: SAAB MORAN, Alex Nain).

GROUP GRAND LIMITED (a.k.a. GROUP GRAND LIMITED, S.A. DE C.V.), Mexico City, Mexico; Folio Mercantil No. N-2017034206 (Mexico) [VENEZUELA-EO13850] (Linked To: RUBIO GONZALEZ, Emmanuel Enrique).

GROUP GRAND LIMITED GENERAL TRADING, Dubai, United Arab Emirates [VENEZUELA-EO13850] (Linked To: SAAB MORAN, Alex Nain).

GROUP GRAND LIMITED GENERAL TRADING (a.k.a. GROUP GRAND LIMITED; a.k.a. GROUP GRAND LTD.), Room C, 25/F Cheuk Nang Plaza, 250 Hennessy Road, Wan Chai, Hong Kong; Registration Number 1871367 (Hong Kong) [VENEZUELA-EO13850] (Linked To: SAAB MORAN, Alex Nain).

GROUP GRAND LIMITED, S.A. DE C.V. (a.k.a. GROUP GRAND LIMITED), Mexico City, Mexico; Folio Mercantil No. N-2017034206 (Mexico) [VENEZUELA-EO13850] (Linked To: RUBIO GONZALEZ, Emmanuel Enrique).

GROUP GRAND LTD. (a.k.a. GROUP GRAND LIMITED; a.k.a. GROUP GRAND LIMITED GENERAL TRADING), Room C, 25/F Cheuk Nang Plaza, 250 Hennessy Road, Wan Chai, Hong Kong; Registration Number 1871367 (Hong Kong) [VENEZUELA-EO13850] (Linked To: SAAB MORAN, Alex Nain).

GROUP OF SUPPORTERS OF THE SALAFIST TREND (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

GROUP OF SUPPORTERS OF THE SALAFISTE TREND (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

GROUP PROTECTORS OF SALAFIST PREACHING (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

GROUP TO SUPPORT ISLAM AND MUSLIMS (a.k.a. GROUP FOR THE SUPPORT OF ISLAM AND MUSLIMS; a.k.a. JAMAAT NOSRAT AL-ISLAM WAL-MOUSLIMIN; a.k.a. JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN; a.k.a. NUSRAT AL-ISLAM WAL-MUSLIMEEN; a.k.a. "GNIM"; a.k.a. "GSIM"); Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 [FTO] [SDGT].

GROUP YEOH LIMITED (a.k.a. YEOH GROUP CO LIMITED), Rm 89, 3/F Yau Lee Ctr, Kwun Tong, Hong Kong, China; Room 401, 4/F, Wanchai Central Building, 89 Lockhart Road, Wan Chai, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Jun 2023; Company Number 75417923 (Hong Kong); Business Registration Number 3289158 (Hong Kong) [RUSSIA-EO14024].

GROUPE COMBATTANT TUNISIEN (a.k.a. GCT; a.k.a. JAMA'A COMBATTANTE TUNISIEN; a.k.a. TUNISIAN COMBAT GROUP; a.k.a. TUNISIAN COMBATTANT GROUP; a.k.a. "JCT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

GROUPE CONGO FUTUR (a.k.a. CONGO FUTUR; a.k.a. CONGO FUTUR IMPORT; a.k.a. CONGO FUTURE), Future Tower, 3462 Boulevard du 30 Juin, Gombe, Kinshasa, Congo, Democratic Republic of the; Avenue du Flambeau 389, Kinshasa, Congo, Democratic Republic of the; Website www.congofutur.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

GROUPE D'INVESTISSEMENT FINANCIER SA (a.k.a. "GIF SA"), Avenue De La Ferme Rose 7 B. 15, Brussels 1180, Belgium; Roze Hoevelaan 7 B. 15, Brussels 1180, Belgium; 243 Avenue Dolez, Uccle 1180, Belgium; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Oct 2000; Identification Number 1298404-16 (Belgium); Registration Number 0473.155.607 (Belgium) [RUSSIA-EO14024].

GROUPE FLEURETTE (a.k.a. FLEURETTE DUTCH GROUP; a.k.a. FLEURETTE GROUP; a.k.a. FLEURETTE PROPERTIES LIMITED; a.k.a. KARIBU AU DEVELOPMENT DURABLE AU CONGO; a.k.a. VENTORA INVESTMENTS S.A.SU), Strawinskylaan 335, WTC, B-Tower 3rd floor, Amsterdam 1077 XX, Netherlands; Gustav Mahlerplein 60, 7th Floor, ITO Tower, Amsterdam 1082 MA, Netherlands; 70 Batetela Avenue, Tilapia Building, 5th floor, Gombe, Kinshasa, Congo, Democratic Republic of the; 57/63 Line Wall Road, Gibraltar GX11 1AA, Gibraltar; 8eme Etage, Immeuble 1113, Boulevard Du 30 Juin No 110, Commune De La Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number

CD/KNG/RCCM/18-B-00630 (Congo, Democratic Republic of the); Public Registration Number 99450 (Gibraltar) [GLOMAG] (Linked To: GERTLER, Dan).

GROUPE ISLAMIQUE COMBATTANT MAROCAIN (a.k.a. GICM; a.k.a. MOROCCAN ISLAMIC COMBATANT GROUP); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

GROUPEMENT ISLAMIQUE ARME (a.k.a. AL-JAMA'AH AL-ISLAMIYAH AL-MUSALLAH; a.k.a. ARMED ISLAMIC GROUP; a.k.a. "GIA"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

GROZNY STATE OIL TECHNICAL UNIVERSITY (a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION GROZNY STATE OIL TECHNICAL UNIVERSITY NAMED AFTER ACADEMICIAN M.D. MILLIONSHCHIKOV; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA GROZNENSKI GOSUDARSTVENNY NEFTYANOI TEKHNICHESKI UNIVERSITET IMENI AKADEMIKA M.D. MILLIONSHCHIKOVA; a.k.a. GGNTU IM. AKAD. M.D. MILLIONSHCHIKOVA FGBOU VO GGNTU IM. AKAD. M. D. MILLIONSHCHIKOVA FGBU; a.k.a. GROZNY STATE OIL TECHNICAL UNIVERSITY NAMED AFTER M.D. MILLIONSHIKOVA), 100, Isaeva av., Grozny 364024, Russia; 100, prospekt Imeni Khuseina Abubakarovicha Isaeva, Grozny, Chechnya Republic 364051, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jun 2000; Organization Type: Higher education; Tax ID No. 2020000531 (Russia); Government Gazette Number 45267841 (Russia); Registration Number 1022002549580 (Russia) [RUSSIA-EO14024].

GROZNY STATE OIL TECHNICAL UNIVERSITY NAMED AFTER M.D. MILLIONSHIKOVA (a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION GROZNY STATE OIL TECHNICAL UNIVERSITY NAMED AFTER ACADEMICIAN M.D. MILLIONSHCHIKOV; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA GROZNENSKI GOSUDARSTVENNY NEFTYANOI TEKHNICHESKI UNIVERSITET IMENI AKADEMIKA M.D. MILLIONSHCHIKOVA; a.k.a. GGNTU IM. AKAD. M.D. MILLIONSHCHIKOVA FGBOU VO GGNTU IM. AKAD. M. D. MILLIONSHCHIKOVA FGBU; a.k.a. GROZNY STATE OIL TECHNICAL UNIVERSITY), 100, Isaeva av., Grozny 364024, Russia; 100, prospekt Imeni Khuseina Abubakarovicha Isaeva, Grozny, Chechnya Republic 364051, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jun 2000; Organization Type: Higher education; Tax ID No. 2020000531 (Russia); Government Gazette Number 45267841 (Russia); Registration Number 1022002549580 (Russia) [RUSSIA-EO14024].

GRU (a.k.a. GLAVNOE RAZVEDYVATEL'NOE UPRAVLENIE (Cyrillic: ГЛАВНОЕ РАЗВЕДЫВАТЕЛЬНОЕ УПРАВЛЕНИЕ); a.k.a. MAIN DIRECTORATE OF THE GENERAL STAFF; a.k.a. MAIN INTELLIGENCE DEPARTMENT; a.k.a. MAIN INTELLIGENCE DIRECTORATE), Khoroshevskoye Shosse 76, Khodinka, Moscow, Russia; Ministry of Defence of the Russian Federation, Frunzenskaya nab., 22/2, Moscow 119160, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Government Entity [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024].

GRUBAN, Momcilo; DOB 19 Jun 1961; Bosnian Serb; ICTY indictee in custody (individual) [BALKANS].

GRUEVSKI, Nikola (Cyrillic: ГРУЕВСКИ, Никола), Hungary; Skopje, North Macedonia, The Republic of; DOB 31 Aug 1970; POB Skopje, North Macedonia; nationality North Macedonia, The Republic of; Gender Male (individual) [BALKANS-EO14033].

GRUN GROUP CO LIMITED, Room D06, Flat A, 10th Floor, Tai King Industrial Building, No: 100-102 King Fuk Street, Sanpokong, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Sep 2021; Business Registration Number 73330907 (Hong Kong) [RUSSIA-EO14024].

GRUPO ARES IMPERIAL S. DE R.L. DE C.V., Mexico City, Mexico; Organization Established Date 04 Jun 2019; Organization Type: Private security activities; Folio Mercantil No. N-2019042918 (Mexico) [ILLICIT-DRUGS-EO14059] (Linked To: VAZQUEZ ALVARADO, Edgar Aaron).

GRUPO AROSFRAM (a.k.a. AROSFRAN; a.k.a. GRUPO AROSFRAN; a.k.a. GRUPO AROSFRAN EMPREENDIMENTOS E PARTICIPACOES SARL), 1st Floor, Avenida Comandante Valodia, No. 65, Luanda, Angola; Rua Clube Maritimo Africano, No 22 r/c, Luanda, Angola; Rua Comandante de Volodia, No 67, Premiero Andar, Luanda, Angola; Avenida Comandante de Valodia, No. 0.67, 1 Andar, Luanda, Angola; Rua General Rocadas 5, Luanda, Angola; Website www.grupoarosfran.net; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

GRUPO AROSFRAN (a.k.a. AROSFRAN; a.k.a. GRUPO AROSFRAM; a.k.a. GRUPO AROSFRAN EMPREENDIMENTOS E PARTICIPACOES SARL), 1st Floor, Avenida Comandante Valodia, No. 65, Luanda, Angola; Rua Clube Maritimo Africano, No 22 r/c, Luanda, Angola; Rua Comandante de Volodia, No 67, Premiero Andar, Luanda, Angola; Avenida Comandante de Valodia, No. 0.67, 1 Andar, Luanda, Angola; Rua General Rocadas 5, Luanda, Angola; Website www.grupoarosfran.net; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

GRUPO AROSFRAN EMPREENDIMENTOS E PARTICIPACOES SARL (a.k.a. AROSFRAN; a.k.a. GRUPO AROSFRAM; a.k.a. GRUPO AROSFRAN), 1st Floor, Avenida Comandante Valodia, No. 65, Luanda, Angola; Rua Clube Maritimo Africano, No 22 r/c, Luanda, Angola; Rua Comandante de Volodia, No 67, Premiero Andar, Luanda, Angola; Avenida Comandante de Valodia, No. 0.67, 1 Andar, Luanda, Angola; Rua General Rocadas 5, Luanda, Angola; Website www.grupoarosfran.net; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

GRUPO CEDRO PANAMA S.A.; RUC # 2039933-1-746238 (Panama) [SDNTK].

GRUPO CIMA PANAMA, S.A., Calle 15 Y Avenida Roosevelt, Colon Free Zone, Panama; PO Box 3294, Panama City, Panama; RUC # 408392-1-425571 (Panama); alt. RUC # 425571-1-408392 (Panama) [SDNTK].

GRUPO CINJAB, S.A. DE C.V. (a.k.a. PROVENZA RESIDENCIAL), Av. Adolfo Lopez Mateos No. 5555, Col. Santa Anita, Tlajomulco de Zuniga, Jalisco C.P. 46645, Mexico; R.F.C. GCI-080604-891 (Mexico) [SDNTK].

GRUPO COCHAN (a.k.a. COCHAN ANGOLA; a.k.a. COCHAN GROUP; a.k.a. COCHAN S.A.; a.k.a. "COCHAN"), Av. 1 Congresso Do Mpla, Edificio CIF 17 Andar, Luanda, Angola; Organization Established Date 06 May 2009; Registration Number 1001537110 (Angola) [GLOMAG] (Linked To: FRAGOSO DO NASCIMENTO, Leopoldino).

GRUPO COJIM, S.A. DE C.V. (a.k.a. GRUPO GASOLINERO COJIM, S.A. DE C.V.), Guadalajara, Jalisco, Mexico; KM 39 700 Carretera Jalostotitlan, San Julian, San Miguel El Alto, Jalisco, Mexico; Carretera Jalostotitlan San Julian KM 39.70, San Miguel El Alto, Jalisco, Mexico; KM 1.5 Carretera San Julian a San Miguel El Alto, San Julian, Jalisco 47140, Mexico; Folio Mercantil No. 79563 (Jalisco) (Mexico) [SDNTK].

GRUPO COMERCIAL ROOL, S.A. DE C.V. (a.k.a. EL VIEJO LUIS; a.k.a. TEQUILA VALENTON), Alberta No. 2288 4B, Col. Jardines de Providencia, Guadalajara, Jalisco 44630, Mexico; Acueducto No. 2380, Col. Colinas de San Javier, Guadalajara, Jalisco 44660, Mexico; Lazaro Cardenas No. 3430, Desp. 403 and 404, Piso 4, Zapopan, Jalisco 45040, Mexico; Av. Mexico No. 2798, Col. Terranova, Guadalajara, Jalisco 44689, Mexico; RFC GCR990628KR9 (Mexico); Folio Mercantil No. 38347 [SDNTK].

GRUPO COMERCIAL SAN BLAS, S.A. DE C.V., Colonias 269, Guadalajara, Jalisco 44160, Mexico; Avenida Vallarta Edif. Concentro, No. 6503, Piso 16, Ciudad Granja, Zapopan, Jalisco 45010, Mexico; Homero No. 418, Sexto Piso, Col. Polanco, Del Miguel Hidalgo, Mexico City, Distrito Federal 11570, Mexico; Benjamin Hill No. 178, Colonia Condesa, Cuauhtemoc, Mexico City, Distrito Federal 06140, Mexico; Vicente Guerrero No. 1261, Colonia Molino de Parra, Municipio Morelia, Michoacan 58010, Mexico; Avenida Vallarta #6503, Torre Corey, Piso 16, Col. Ciudad Granja, Zapopan, Jalisco 45010, Mexico; R.F.C. GCS9903264U1 (Mexico); Folio Mercantil No. 251184 (Mexico) [SDNTK].

GRUPO CONTROL 2004, C.A., Av. Fco. Solano, con Calle Acueducto, Edif. Torre Banvenez, piso 9, Ofic. C y D, Sabana Grande, Caracas, Venezuela; RIF # J-31153379-6 (Venezuela) [SDNTK].

GRUPO CONTROL SYSTEM 2004, C.A., Av. Francisco de Miranda, Centro Lido, Torre A, piso 10, Of. 10-02, Urb. El Rosal, Caracas, Venezuela; RIF # J-29469218-4 (Venezuela) [SDNTK].

GRUPO CRISTAL CORONA S.A. DE C.V., Avenida Insurgentes No. 23, Interior 506, Piso 5, Colonia San Rafael, Delegacion Cuauhtemoc, Mexico City, Distrito Federal, Mexico; Avenida Fuentes de Piramides No. 1-604, Oficina 17, Tecamachalco, Naucalpan, Mexico, Mexico; R.F.C. GCC-030326-KUA (Mexico) [SDNTK].

GRUPO DE ADMINISTRACION EMPRESARIAL S.A. (a.k.a. GAESA; a.k.a. "GRUPO GAE"), Edificio de la Marina, Avenida Del Puerto Y Brapia, Havana, Cuba; Organization Established Date 28 Feb 1999; Organization Type: Activities of holding companies [CUBA].

GRUPO DIJEMA, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 46092-1 (Mexico) [SDNTK].

GRUPO EGMONT, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Fernando de Alba 765-3, Col. Chapalita, Guadalajara, Jalisco 44500, Mexico; R.F.C. GEG130219MY1 (Mexico); Folio Mercantil No. 72549 (Jalisco) (Mexico) [SDNTK].

GRUPO EMPRESARIAL EPTA, S.A. DE C.V. (a.k.a. GRUPO EPTA), Puerto Vallarta, Jalisco, Mexico; Leon, Guanajuato, Mexico; Website www.grupoepta.com; Organization Established Date 14 Aug 2013; Organization Type: Management consultancy activities; Folio Mercantil No. 16378 (Mexico); alt. Folio Mercantil No. 68520 (Mexico) [ILLICIT-DRUGS-EO14059].

GRUPO EPTA (a.k.a. GRUPO EMPRESARIAL EPTA, S.A. DE C.V.), Puerto Vallarta, Jalisco, Mexico; Leon, Guanajuato, Mexico; Website www.grupoepta.com; Organization Established Date 14 Aug 2013; Organization Type: Management consultancy activities; Folio Mercantil No. 16378 (Mexico); alt. Folio Mercantil No. 68520 (Mexico) [ILLICIT-DRUGS-EO14059].

GRUPO F Y F MEDICAL INTERNACIONAL DE EQUIPOS, Mexico City, Distrito Federal, Mexico; Folio Mercantil No. 290199 (Mexico) [SDNTK].

GRUPO FALCON DE PANAMA, S.A., PH Centro Comercial Los Pueblos Albrook, Local 47-D, Panama City, Panama; RUC # 556350-1-444254-07 (Panama) [SDNT].

GRUPO FALCON S.A., Calle 16 No. 41-210 of. 801, Medellin, Colombia; NIT # 800214711-1 (Colombia) [SDNT].

GRUPO GASOLINERO COJIM, S.A. DE C.V. (a.k.a. GRUPO COJIM, S.A. DE C.V.), Guadalajara, Jalisco, Mexico; KM 39 700 Carretera Jalostotitlan, San Julian, San Miguel El Alto, Jalisco, Mexico; Carretera Jalostotitlan San Julian KM 39.70, San Miguel El Alto, Jalisco, Mexico; KM 1.5 Carretera San Julian a San Miguel El Alto, San Julian, Jalisco 47140, Mexico; Folio Mercantil No. 79563 (Jalisco) (Mexico) [SDNTK].

GRUPO GUADALEST S.A. DE C.V., Calle Enrique Wallon 424 Alts. Hab. 13, Rincon del Bosque y Presidente Mazarik, Colonia Polanco, Mexico City, Distrito Federal 11560, Mexico; Naucalpan de Juarez, Estado de Mexico, Mexico; R.F.C. GGU040603B20 (Mexico) [SDNT].

GRUPO HORTA ZAVALA S.A. DE C.V., Boulevard Aguacaliente No. 4558-1602, Aviacion, Carranza y Pablo Sidar, Tijuana, Baja California Norte, Mexico; R.F.C. GHZ-051111-8B3 (Mexico) [SDNTK].

GRUPO HOTELERO JJJ, S.A. DE C.V., Tijuana, Baja California, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Oct 2021; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. N-2021077001 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: GONZALEZ LOMELI, Jesus).

GRUPO ILC (a.k.a. ILC CONSULTORES ADMINISTRATIVOS, S. DE R.L. DE C.V.; a.k.a. ILC EXPORTACIONES, S. DE R.L. DE C.V.; a.k.a. RESTAURANTE EL HABANERO, S.A. DE C.V.; a.k.a. "EQUIPOSPA"; a.k.a. "PERFECT SILHOUETTE"; a.k.a. "ULTRAPHARMA"; a.k.a. "ULTRAVITAL"), General Victoriano Cepeda 2, Colonia Observatorio, Miguel Hidalgo, Mexico, Distrito Federal 11860, Mexico; Louisiana No. 24, Esq. Montana, Col. Napoles, Del. Benito Juarez, Mexico, Distrito Federal 03810, Mexico; Periferico Sur #102, Col. Observatorio, Del. Miguel Hidalgo, Mexico, Distrito Federal, Mexico; Huixquilucan, Estado de Mexico, Mexico; R.F.C. IEX-950713-L90 (Mexico); alt. R.F.C. ICA060810942 (Mexico) [SDNTK].

GRUPO IMPERGOZA, S.A. DE C.V. (a.k.a. LA TIJERA PARQUE INDUSTRIAL; a.k.a. PROVENZA CENTER), Av. Adolfo Lopez Mateos No. 5565, Col. Santa Anita, Tlajomulco de Zuniga, Jalisco C.P. 46645, Mexico; Av. Camino A La Tijera No. 806, Col. La Tijera, Tlajomulco de Zuniga, Jalisco C.P. 45645, Mexico; R.F.C. GIM-081015-SIA (Mexico) [SDNTK].

GRUPO INDUSTRIAL GAXIOLA (a.k.a. GRUPO INDUSTRIAL GAXIOLA HERMANOS S.A. DE C.V.; f.k.a. MADYVA), Calle del Oro, Esq. Vinedo, Colonia Parque Industrial, Hermosillo, Sonora 83299, Mexico; Luis Encinas y Alberto Truqui, Hermosillo, Sonora, Mexico; Guadalajara, Jalisco, Mexico; R.F.C. GIG910522BR8 (Mexico) [SDNTK].

GRUPO INDUSTRIAL GAXIOLA HERMANOS S.A. DE C.V. (a.k.a. GRUPO INDUSTRIAL GAXIOLA; f.k.a. MADYVA), Calle del Oro, Esq. Vinedo, Colonia Parque Industrial, Hermosillo, Sonora 83299, Mexico; Luis Encinas y Alberto Truqui, Hermosillo, Sonora, Mexico; Guadalajara, Jalisco, Mexico; R.F.C. GIG910522BR8 (Mexico) [SDNTK].

GRUPO INMOBILIARIO SEGTAC (a.k.a. GRUPO SEGTAC INMOBILIARIA; a.k.a. GRUPO SEGTAC, S.A. DE C.V.), Av. Chapultepec No. 15, Piso 16-A Of. 1, Colonia Ladron de Guevara, Guadalajara, Jalisco, Mexico; R.F.C. GSE1111188QA (Mexico); Folio Mercantil No. 66501 (Mexico) [SDNTK].

GRUPO INTERNACIONAL CANHYSAMEX S.A. DE C.V., Nuevo Leon, Mexico; Organization Established Date 06 Aug 2012; Organization Type: Financial and Insurance Activities; Folio Mercantil No. 134828 (Mexico) [TCO] (Linked To: HYSA, Arben).

GRUPO JALA LOGISTICA, S.A. DE C.V., 2nd Oficina A entre AGS y Puebla 8, Rio Bravo, Tamaulipas 88920, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Dec 2020; Organization Type: Transportation and storage; alt. Organization Type: Extraction of crude petroleum; alt. Organization Type: Extraction of natural gas; Folio Mercantil No. N-2020076613 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059].

GRUPO JRCP, S. DE R.L. (a.k.a. MARISCOS EL CAIMAN), Ensenada - Rosarito 1360, San Fernando, Playas de Rosarito, Baja California 22703, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Organization Established Date 28 Mar 2023; Organization Type: Restaurants and mobile food service activities; R.F.C. GJR230209738 (Mexico); Folio Mercantil No. N-2023023616 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: GONZALEZ LOMELI, Jesus).

GRUPO KOVAY (a.k.a. FARO GRILL; a.k.a. KOVAY DESARROLLOS; a.k.a. MARINE DIAMOND; a.k.a. NAVIS BY LA CRUZ; a.k.a. QUIYA RESIDENCES; a.k.a. SANTA JULIA SEASIDE LIVING; a.k.a. SELVARA SIGNATURE COLLECTION; a.k.a. VG DESARROLLOS DE LA BAHIA, S.A. DE C.V.; a.k.a. ZUL BY LA CRUZ), Guadalajara, Jalisco, Mexico; Nayarit, Mexico; Website https://kovaydesarrollos.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Jan 2013; Organization Type: Real estate activities on a fee or contract basis; Folio Mercantil No. N-2020017740 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: RIVERA MIRAMONTES, Carlos Humberto).

GRUPO MBS - KAYUM CENTRE, Avenida Karl Marx 1464/82, Maputo, Mozambique; P.O. Box 2274, Maputo, Mozambique; Numero Unico de Identificacao Tributaria (NUIT) 300000436 (Mozambique) [SDNTK].

GRUPO MBS LDA (a.k.a. GRUPO MBS LIMITADA), Avenida Karl Marx 1464/82, Maputo, Mozambique; P.O. Box 2274, Maputo, Mozambique; Avenida Vlademir Lenin 2836, Maputo, Mozambique; Avenida 24 de Julho, Maputo, Mozambique; Benefica, Maputo, Mozambique; Numero Unico de Identificacao Tributaria (NUIT) 300000436 (Mozambique) [SDNTK].

GRUPO MBS LIMITADA (a.k.a. GRUPO MBS LDA), Avenida Karl Marx 1464/82, Maputo, Mozambique; P.O. Box 2274, Maputo, Mozambique; Avenida Vlademir Lenin 2836, Maputo, Mozambique; Avenida 24 de Julho, Maputo, Mozambique; Benefica, Maputo, Mozambique; Numero Unico de Identificacao Tributaria (NUIT) 300000436 (Mozambique) [SDNTK].

GRUPO MINERO BARRA PACIFICO, S.A.P.I. DE C.V., Leon, Guanajuato, Mexico; Organization Established Date 08 Feb 2021; Organization Type: Mining and Quarrying; Folio Mercantil No. N-2021024215 (Mexico) [ILLICIT-DRUGS-EO14059].

GRUPO PATRON LTDA (a.k.a. DISTRIECOR S.A.S.), Cra 106A, Nro. 94 15, Nuevo Apartado,

Apartado 05045, Colombia; NIT # 8110469383 (Colombia) [SDNTK].

GRUPO PRODUCSIL, S. DE P.R. DE R.L. DE C.V. (a.k.a. GRUPO PRODUCSIL, S.P.R. DE R.L. DE C.V.), Guadalajara, Jalisco, Mexico; Paseo de la Arboleda 768-10, Col. Jardines del Bosque, Guadalajara, Jalisco 44520, Mexico; R.F.C. GPR140605GC0 (Mexico); Folio Mercantil No. 83061 (Jalisco) (Mexico) [SDNTK].

GRUPO PRODUCSIL, S.P.R. DE R.L. DE C.V. (a.k.a. GRUPO PRODUCSIL, S. DE P.R. DE R.L. DE C.V.), Guadalajara, Jalisco, Mexico; Paseo de la Arboleda 768-10, Col. Jardines del Bosque, Guadalajara, Jalisco 44520, Mexico; R.F.C. GPR140605GC0 (Mexico); Folio Mercantil No. 83061 (Jalisco) (Mexico) [SDNTK].

GRUPO RVG COMBUSTIBLES S.A. DE C.V., Atizapan de Zaragoza, Mexico, Mexico; Organization Established Date 15 Jul 2019; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Folio Mercantil No. N-2019070177 (Mexico) [ILLICIT-DRUGS-EO14059] (Linked To: VAZQUEZ ALVARADO, Edgar Aaron).

GRUPO SAHECT, C.A., Av. Guaicaipuro, con Calle Urdaneta, Edificio San Marco, piso 9, Ofic. 9-2, Chacao, Caracas, Venezuela; RIF # J-29620174-9 (Venezuela) [SDNTK].

GRUPO SEGTAC INMOBILIARIA (a.k.a. GRUPO INMOBILIARIO SEGTAC; a.k.a. GRUPO SEGTAC, S.A. DE C.V.), Av. Chapultepec No. 15, Piso 16-A Of. 1, Colonia Ladron de Guevara, Guadalajara, Jalisco, Mexico; R.F.C. GSE1111188QA (Mexico); Folio Mercantil No. 66501 (Mexico) [SDNTK].

GRUPO SEGTAC, S.A. DE C.V. (a.k.a. GRUPO INMOBILIARIO SEGTAC; a.k.a. GRUPO SEGTAC INMOBILIARIA), Av. Chapultepec No. 15, Piso 16-A Of. 1, Colonia Ladron de Guevara, Guadalajara, Jalisco, Mexico; R.F.C. GSE1111188QA (Mexico); Folio Mercantil No. 66501 (Mexico) [SDNTK].

GRUPO UNTER EMPRESARIAL S.A. DE C.V., Cuautitlan Izcalli, Estado de Mexico, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Jul 2015; Organization Type: Advertising; Folio Mercantil No. 24550 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: BENGUIAT JIMENEZ, Alberto David).

GRUPO VINDENDE S.A. DE C.V., Naucalpan de Juarez, Estado de Mexico, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Feb 2019; Organization Type: Construction of other civil engineering projects; Folio Mercantil No. N-2019041033 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: BENGUIAT JIMENEZ, Alberto David).

GRUPO W S.A. (a.k.a. "HOMETEK"), Pueblo Nuevo Calle 22 Edificio La Galera Local 8, Panama, Panama; RUC # 4067941425327 (Panama) [SDNTK].

GRUPO WISA, S.A. (a.k.a. LA RIVIERA), Calle 15 entre Avenida Santa Isabel y Avenida Roosevelt, Zona Libre de Colon, Colon, Panama; Torre Generali, Piso 11 y 12, Calle 54 Este y Avenida Samuel Lewis, Panama, Panama; Colombia; Guatemala; Belize; Costa Rica; El Salvador; Mexico; Bolivia; Honduras; Nicaragua; Uruguay; RUC # 645451-1-458900 (Panama) [SDNTK].

GRUPO ZAIT, S.A. DE C.V., Culiacan, Sinaloa, Mexico; Organization Established Date 22 Jul 2013; Folio Mercantil No. 82722 (Mexico) [ILLICIT-DRUGS-EO14059].

GRUPO ZIPFEL DE MEXICO S.A. DE C.V., Naucalpan de Juarez, Estado de Mexico, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 May 2019; Organization Type: Wholesale and retail trade; Folio Mercantil No. N-2019048659 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: BENGUIAT JIMENEZ, Alberto David).

GRUPPA GMS OAO (a.k.a. AKTSIONERNOE OBSHCHESTVO GRUPPA GMS; a.k.a. HMS GROUP JSC; f.k.a. INVESTITSIONNO PROMYSHLENNAYA GRUPPA GIDRAVLICHESKIE MASHINY I SISTEMY OOO; a.k.a. JOINT STOCK COMPANY HMS GROUP), Ul. Chayanova D. 7, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Mar 2004; Registration ID 5087746036483 (Russia); Tax ID No. 7708678325 (Russia); Government Gazette Number 72718329 (Russia) [RUSSIA-EO14024].

GRUPPA KOMPANII ASTROKUPOL, ul. Moskovskaya d. 3, kv. 2, Penza 440000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

5836687674 (Russia); Registration Number 1185835010899 (Russia) [RUSSIA-EO14024].

GRUPPA KOMPANII MKS (a.k.a. LIMITED LIABILITY COMPANY GROUP OF COMPANIES MKC), Victorenko Str. 5, Building 1, Business Center, Victory Plaza, 9th Floor, Office 8A, Moscow 125167, Russia; Voronezhskaya Str. 5, Letter A, Section 27H, Office 224, St. Petersburg 191119, Russia; Kirova Str. 63, Office 206, Beryozovsky 623700, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6604025432 (Russia); Registration Number 1096604002384 (Russia) [RUSSIA-EO14024].

GRUPPA KOMPANII STRUKTURA (Cyrillic: ГРУППА КОМПАНИЙ СТРУКТУРА) (a.k.a. COMPANY GROUP STRUCTURA LLC; a.k.a. GK STRUKTURA (Cyrillic: ГК СТРУКТУРА); a.k.a. STRUCTURA NATIONAL TECHNOLOGIES), Per. Bolshoi Kislovskii, d. 1, str. 2, Pomeshch/Kom I/42, Moscow 125009, Russia; Website structura.pro; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Dec 2017; Organization Type: Other information technology and computer service activities; Tax ID No. 7703438908 (Russia); Registration Number 5177746315588 (Russia) [RUSSIA-EO14024].

GRUPPA KOMPANII VM TRANS (a.k.a. VM TRANS GROUP OF COMPANIES LLC), Ul. Semyi Shamshinykh D. 22/1, Office 501, Novosibirsk 630099, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5406983819 (Russia); Registration Number 1175476123240 (Russia) [RUSSIA-EO14024].

GRUPPA PROMAVTO, ul. Zaovrazhnaya D.7 A, Nizhniy Novgorod 603107, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5263093100 (Russia); Registration Number 1125263004162 (Russia) [RUSSIA-EO14024].

GRUPPA RODINA OOO (a.k.a. RODINA GROUP), ul. Dmitrovka M. d. 18A, str. 3, et 3 pom. X office 3, Moscow 127006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jan 2020; Tax ID No. 7707437415 (Russia); Registration Number 1207700022364 (Russia) [RUSSIA-EO14024] (Linked To: VINER, Natan Adadievich).

GRUPPA SIBUGLEMET (a.k.a. LLC SIBUGLEMET GROUP), ul. Mashi Poryvaevoi d. 34, kom. 3, Moscow 107078, Russia;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708320240 (Russia); Registration Number 1177746596268 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

GRUPPO DOMANO S.R.L., Via Robert Musil 8, Roma 00137, Italy; Tax ID No. 15250881008 (Italy) [VENEZUELA-EO13850].

GRYZLOV, Boris Vyacheslavovich (Cyrillic: ГРЫЗЛОВ, Борис Вячеславович), Belarus; DOB 15 Dec 1950; POB Vladivostok, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 70402468191 (Russia) (individual) [RUSSIA-EO14024].

GSK ADVANCE COMPANY LTD (a.k.a. GSK FOR ADVANCED BUSINESS CO. LTD; a.k.a. "GSK ADVANCE"), Ahmed Khair Street, Khartoum 11111, Sudan; Website http://www.gsk-sd.com; Organization Type: Other information technology and computer service activities [SUDAN-EO14098].

GSK FOR ADVANCED BUSINESS CO. LTD (a.k.a. GSK ADVANCE COMPANY LTD; a.k.a. "GSK ADVANCE"), Ahmed Khair Street, Khartoum 11111, Sudan; Website http://www.gsk-sd.com; Organization Type: Other information technology and computer service activities [SUDAN-EO14098].

GSPC (a.k.a. AL-QA'IDA IN THE ISLAMIC MAGHREB; a.k.a. AQIM; a.k.a. LE GROUPE SALAFISTE POUR LA PREDICATION ET LE COMBAT; a.k.a. SALAFIST GROUP FOR CALL AND COMBAT; a.k.a. SALAFIST GROUP FOR PREACHING AND COMBAT; a.k.a. TANZIM AL-QA'IDA FI BILAD AL-MAGHRIB AL-ISLAMIYA); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

GT MORSTROI AO (a.k.a. JOINT STOCK COMPANY GT MORSTROY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГТ МОРСТРОЙ)), d. 5 litera B pom. 59-N, ul. Esenina, St. Petersburg 194354, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7814069678 (Russia); Registration Number 1027807582747 (Russia) [RUSSIA-EO14024].

GTF NEMAN (a.k.a. AAT HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: ААТ ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА

НЕМАН); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. GRODNO TOBACCO FACTORY NEMAN; a.k.a. HRODNA TOBACCO FACTORY NEMAN; a.k.a. OAO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОАО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН); a.k.a. OJSC GRODNO TOBACCO FACTORY NEMAN; a.k.a. OPEN JOINT-STOCK COMPANY GRODNO TOBACCO FACTORY NEMAN; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН)), ul. Ordzhonikidze, d. 18, Grodno, Grodnenskaya Oblast 230771, Belarus (Cyrillic: ул. Орджоникидзе, д. 18, г. Гродно, Гродненская область 230771, Belarus); Organization Established Date 29 Dec 1996; Registration Number 500047627 (Belarus) [BELARUS-EO14038].

GTLK AO (Cyrillic: АО ГТЛК) (a.k.a. AKTSIONERNOYE OBSHCHESTVO GOSUDARSTVENNAYA TRANSPORTNAYA LIZINGOVAYA KOMPANIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГОСУДАРСТВЕННАЯ ТРАНСПОРТНАЯ ЛИЗИНГОВАЯ КОМПАНИЯ); a.k.a. JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY; a.k.a. JSC GTLK; a.k.a. PJSC GTLK; a.k.a. PJSC STLC; a.k.a. PUBLIC JOINT STOCK COMPANY STATE TRANSPORT LEASING COMPANY), 31A Leningradsky prospekt, Bldg 1, Moscow 125284, Russia; ul. Respubliki, D. 73, Kom. 100, Salekhard, Yamalo-Nenets Autonomous Region 629008, Russia (Cyrillic: ул. Республики, д. 73, ком. 100, г. Салехард, Ямало-Ненецкий Автономный Округ 629008, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7720261827 (Russia); Government Gazette Number 57992197 (Russia); Registration Number 1027739407189 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

GTLK ASIA LIMITED, 31/F, Tower Two, Times Square, 1 Matheson Street, Causeway Bay, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Sep 2018; Registration Number 2742447 (Hong Kong) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

GTLK EUROPE CAP (a.k.a. GTLK EUROPE CAPITAL DAC; a.k.a. GTLK EUROPE CAPITAL DESIGNATED ACTIVITY COMPANY), 2nd Floor, 2 Hume Street, Dublin 2, Ireland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 619002 (Ireland) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

GTLK EUROPE CAPITAL DAC (a.k.a. GTLK EUROPE CAP; a.k.a. GTLK EUROPE CAPITAL DESIGNATED ACTIVITY COMPANY), 2nd Floor, 2 Hume Street, Dublin 2, Ireland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 619002 (Ireland) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

GTLK EUROPE CAPITAL DESIGNATED ACTIVITY COMPANY (a.k.a. GTLK EUROPE CAP; a.k.a. GTLK EUROPE CAPITAL DAC), 2nd Floor, 2 Hume Street, Dublin 2, Ireland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 619002 (Ireland) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

GTLK EUROPE DAC (a.k.a. GTLK EUROPE DESIGNATED ACTIVITY COMPANY; a.k.a. "GTLKE"), 2nd Floor, 2 Hume Street, Dublin 2, Ireland; 9 Pembroke Street Upper, Dublin 2, Ireland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 512927 (Ireland) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

GTLK EUROPE DESIGNATED ACTIVITY COMPANY (a.k.a. GTLK EUROPE DAC; a.k.a. "GTLKE"), 2nd Floor, 2 Hume Street, Dublin 2, Ireland; 9 Pembroke Street Upper, Dublin 2, Ireland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 512927 (Ireland) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

GTLK MIDDLE EAST FREE ZONE COMPANY (a.k.a. GTLK MIDDLE EAST FZCO), Dubai Airport Freezone Authority, P.O. Box 491, Dubai 00000, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Oct 2018; Registration Number DAFZ/1918 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

GTLK MIDDLE EAST FZCO (a.k.a. GTLK MIDDLE EAST FREE ZONE COMPANY), Dubai Airport Freezone Authority, P.O. Box 491, Dubai 00000, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Oct 2018; Registration Number DAFZ/1918 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

GTS GRUPP, Ul. Rossolomio D. 17, Str. 2, Pomeshch. XI, Kom 3-6, Moscow 119021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9717063811 (Russia); Registration Number 1177746940260 (Russia) [RUSSIA-EO14024].

GU, Wenlong (Chinese Simplified: 顾文龙), Room 55-502, Hongquiaocun, Jiangyin City, Jiangsu, China; DOB 27 Aug 1965; POB Jiangyin, Jiangsu, China; nationality China; Gender Male; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Passport E23148922 (China); National ID No. 320106196508271211 (China) (individual) [IRAN-EO13846].

GUALILO LTDA. C.I. (a.k.a. ESMERALDAS COLOMBIANAS CERRO GUALILO LTDA. C.I.), Transversal 46 No. 152 - 46 Ofc. 276, Bogota, Colombia; NIT # 830124149-2 (Colombia) [SDNTK].

GUAMATUR S.A. (a.k.a. HAVANATUR CHILE S.A.), Avenue 11 de Septiembre 2155, Edificio Panoramico, Torre C, Oficina 805, Providencia, Santiago, Chile [CUBA].

GUAN, Tianfeng (Chinese Simplified: 关天烽), Chengdu City High-Tech Zone, Tianfu Avenue North Section, Annex 18, Number 5, Chengdu, Sichuan, China; DOB 07 Jan 1994; POB Jiangcheng District, Yangjiang Municipality, Guangdong Province, China; nationality China; Gender Male; National ID No. 441702199401071411 (China) (individual) [CYBER2].

GUANGDONG PRATIC CNC TECHNOLOGY CO LTD (Chinese Simplified:

广东普拉迪数控科技有限公司), Area P, Room 203, 2nd Floor, No. 28 Jinhaian Avenue West, Sanzao Town, Jinwan District, Zhuhai City, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91440404MABRPWU30X (China) [RUSSIA-EO14024].

GUANGRAO LIANHE ENERGY PIPELINE CONVEYOR CO LTD (a.k.a. GUANGRAO UNITED ENERGY PIPELINE TRANSPORTATION CO LTD), Yidong, Jinkai Automobile Parts City Yinan Huaxing Shuyou Zhan Comprehensive Building, Tu anjie Road, Economic Development Zone, Dawang Town Dongying, Shandong 257399, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91370523MA3MUA9P58 (China) [RUSSIA-EO14024] (Linked To: SHANDONG UNITED ENERGY PIPELINE TRANSPORTATION CO LTD).

GUANGRAO UNITED ENERGY PIPELINE TRANSPORTATION CO LTD (a.k.a. GUANGRAO LIANHE ENERGY PIPELINE CONVEYOR CO LTD), Yidong, Jinkai Automobile Parts City Yinan Huaxing Shuyou Zhan Comprehensive Building, Tu anjie Road, Economic Development Zone, Dawang Town Dongying, Shandong 257399, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91370523MA3MUA9P58 (China) [RUSSIA-EO14024] (Linked To: SHANDONG UNITED ENERGY PIPELINE TRANSPORTATION CO LTD).

GUANGSHA ZHOUSHAN ENERGY GROUP CO., LTD. (Chinese Simplified: 广厦舟山能源集团有限公司) (a.k.a. GUANGXIA ZHOUSHAN ENERGY SOURCES GROUP CO., LTD.), No. 285 Renmin Road, Queshan Town, Daishan, Zhoushan, Zhejiang 316200, China; Organization Established Date 14 Apr 2004; Unified Social Credit Code (USCC) 91330921761310329G (China) [IRAN-EO13846].

GUANGXIA ZHOUSHAN ENERGY SOURCES GROUP CO., LTD. (a.k.a. GUANGSHA ZHOUSHAN ENERGY GROUP CO., LTD. (Chinese Simplified: 广厦舟山能源集团有限公司)), No. 285 Renmin Road, Queshan Town, Daishan, Zhoushan, Zhejiang 316200, China; Organization Established Date 14 Apr 2004; Unified Social Credit Code (USCC) 91330921761310329G (China) [IRAN-EO13846].

GUANGZHOU ALSHAHARI UNITED CORPORATION LIMITED (a.k.a. GUANGZHOU SHA HAOLI TRADING CO., LTD.), Zhu Jiang Xi Lu 15 Hao 21 Ceng, Guangzhou, Guangdong 510000, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Sep 2016; Registration Number 440101400191266 (China); Unified Social Credit Code (USCC) 91440101MA59ELM08Q (China) [SDGT] (Linked To: AL-SHAHARI UNITED CORPORATION LTD).

GUANGZHOU AUSAY TECHNOLOGY CO., LIMITED (Chinese Simplified: 广州欧赛科技有限公司) (a.k.a. GUANGZHOU AUSAY TECHNOLOGY CO., LTD.), R301, Block A of No 3 Building, West Area of Tongda Industrial Zone, Hebian 5 She Helong Street, Baiyun District, Guangzhou, Guangdong, China; Website http://www.ausay.com/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Nov 2017; Unified Social Credit Code (USCC) 91440101MA5ALQNR86 (China) [RUSSIA-EO14024].

GUANGZHOU AUSAY TECHNOLOGY CO., LTD. (a.k.a. GUANGZHOU AUSAY TECHNOLOGY CO., LIMITED (Chinese Simplified: 广州欧赛科技有限公司)), R301, Block A of No 3 Building, West Area of Tongda Industrial Zone, Hebian 5 She Helong Street, Baiyun District, Guangzhou, Guangdong, China; Website http://www.ausay.com/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Nov 2017; Unified Social Credit Code (USCC) 91440101MA5ALQNR86 (China) [RUSSIA-EO14024].

GUANGZHOU CHIPHOME INFORMATION TECHNOLOGIES LTD (a.k.a. GUANGZHOU CHIPHOME INFORMATION TECHNOLOGY LIMITED (Chinese Simplified: 广州芯享家信息技术有限公司)), Building 1209, No. 662, Huangpu Road, Guangzhou, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 914401067475790305 (China) [RUSSIA-EO14024].

GUANGZHOU CHIPHOME INFORMATION TECHNOLOGY LIMITED (Chinese Simplified: 广州芯享家信息技术有限公司) (a.k.a. GUANGZHOU CHIPHOME INFORMATION TECHNOLOGIES LTD), Building 1209, No.

662, Huangpu Road, Guangzhou, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 914401067475790305 (China) [RUSSIA-EO14024].

GUANGZHOU HESEN IMPORT AND EXPORT CO., LTD (Chinese Simplified: 广州合森进出口有限公司), Room 4195, No. 1 Chunhui Street, Tongtai Road, Baiyun District, Guangzhou, China (Chinese Simplified: 4195室, 同泰路春晖街1号, 白云区, 广州, China); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Mar 2023; Unified Social Credit Code (USCC) 91440111MACCQ31P0B (China) [RUSSIA-EO14024].

GUANGZHOU NAHARI TRADING CO., LTD., Room N2145, 3rd Floor, Xingguang Yingjing No. 117, Shuiyen Road, Yuexiu District, Guangzhou, Guangdong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Jun 2021; Unified Social Credit Code (USCC) 91440101MA9XUX2Y8X (China) [SDGT] (Linked To: ANSARALLAH).

GUANGZHOU SHA HAOLI TRADING CO., LTD. (a.k.a. GUANGZHOU ALSHAHARI UNITED CORPORATION LIMITED), Zhu Jiang Xi Lu 15 Hao 21 Ceng, Guangzhou, Guangdong 510000, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Sep 2016; Registration Number 440101400191266 (China); Unified Social Credit Code (USCC) 91440101MA59ELM08Q (China) [SDGT] (Linked To: AL-SHAHARI UNITED CORPORATION LTD).

GUANGZHOU TASNEEM TRADING COMPANY LIMITED (a.k.a. GUANGZHOU TAZNING TRADING CO., LTD.; a.k.a. "GUANGZHOU TAZI NING COMMERCIAL TRADE CO., LTD."), Huan Shi Xi Lu 37 Hao, 719 Fang, Li Wan Qu, Guangzhou, Guangdong 510000, China; 1020 No. 37, Huanshi West Road, Liwan District, Guangzhou, Guangdong 510000, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Feb 2014; Registration Number 440101400149579 (China); Unified Social Credit Code (USCC) 91440101085957441G (China) [SDGT] (Linked To: ANSARALLAH).

GUANGZHOU TAZNING TRADING CO., LTD. (a.k.a. GUANGZHOU TASNEEM TRADING COMPANY LIMITED; a.k.a. "GUANGZHOU TAZI NING COMMERCIAL TRADE CO., LTD."), Huan Shi Xi Lu 37 Hao, 719 Fang, Li Wan Qu, Guangzhou, Guangdong 510000, China; 1020 No. 37, Huanshi West Road, Liwan District, Guangzhou, Guangdong 510000, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Feb 2014; Registration Number 440101400149579 (China); Unified Social Credit Code (USCC) 91440101085957441G (China) [SDGT] (Linked To: ANSARALLAH).

GUANGZHOU TENGYUE CHEMICAL CO., LTD. (Chinese Simplified: 广州腾越化工有限公司) (a.k.a. "TY-CHEMICAL"), No. 307, Youyi Building, 8th Road, Luojia Village Fuyi Road, Dalong Street, Panyu District, Guangzhou, Guangdong, China; Website www.tylocalanesthesia.com; Email Address 2330475233@qq.com; Phone Number 8618826483838; alt. Phone Number 8618148706580; alt. Phone Number 8618145728414; alt. Phone Number 8613802531670; alt. Phone Number 8602084616335; alt. Phone Number 8618138708330; alt. Phone Number 8618102676775; Organization Established Date 01 Mar 2019; Organization Type: Chemicals and allied products wholesale; Unified Social Credit Code (USCC) 91440101MA5CM3W5XR (China) [ILLICIT-DRUGS-EO14059].

GUANGZHOU YAKAI INTERNATIONAL FREIGHT AGENCY CO., LTD (a.k.a. GUANGZHOU YAKAI INTERNATIONAL FREIGHT FORWARDING CO., LTD.; a.k.a. GUANGZHOU YK LOGISTICS COMPANY LTD; a.k.a. YK GLOBAL CARGO GUANGZHOU COMPANY LIMITED), Guangzhou, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Jun 2022; Unified Social Credit Code (USCC) 91440111MABPNC8A0D (China) [SDGT] (Linked To: ANSARALLAH).

GUANGZHOU YAKAI INTERNATIONAL FREIGHT FORWARDING CO., LTD. (a.k.a. GUANGZHOU YAKAI INTERNATIONAL FREIGHT AGENCY CO., LTD; a.k.a. GUANGZHOU YK LOGISTICS COMPANY LTD; a.k.a. YK GLOBAL CARGO

GUANGZHOU COMPANY LIMITED), Guangzhou, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Jun 2022; Unified Social Credit Code (USCC) 91440111MABPNC8A0D (China) [SDGT] (Linked To: ANSARALLAH).

GUANGZHOU YK LOGISTICS COMPANY LTD (a.k.a. GUANGZHOU YAKAI INTERNATIONAL FREIGHT AGENCY CO., LTD; a.k.a. GUANGZHOU YAKAI INTERNATIONAL FREIGHT FORWARDING CO., LTD.; a.k.a. YK GLOBAL CARGO GUANGZHOU COMPANY LIMITED), Guangzhou, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Jun 2022; Unified Social Credit Code (USCC) 91440111MABPNC8A0D (China) [SDGT] (Linked To: ANSARALLAH).

GUARDIANS OF RELIGION (a.k.a. AL-QAIDA IN SYRIA; a.k.a. HURRAS AL-DIN; a.k.a. SHAM AL-RIBAT; a.k.a. TANDHIM HURRAS AL-DEEN; a.k.a. TANZIM HURRAS AL-DIN; a.k.a. "AQ-S"), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

GUARIN LOAIZA, Jose Berley (Latin: GUARÍN LOAIZA, José Berley) (a.k.a. "EL ILUSTRE"); DOB 13 Jun 1968; POB Tulua, Valle, Colombia; Cedula No. 16365933 (Colombia) (individual) [SDNTK].

GUARINO, Rosario; DOB 26 Jun 1983; POB Naples, Italy (individual) [TCO].

GUAYE, Haroun (a.k.a. GAYE, Aroun; a.k.a. GAYE, Haroun; a.k.a. GEYE, Aroun; a.k.a. GUEYE, Haroun), Bangui, Central African Republic; DOB 30 Jan 1968; alt. DOB 30 Jan 1969; Passport O00065872 (Central African Republic) expires 30 Dec 2019 (individual) [CAR].

GUBAREV, Pavel (a.k.a. HUBARYEV, Pavlo); DOB 10 Feb 1983; POB Sievierodonetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

GUBAREVA, Ekaterina (a.k.a. GUBAREVA, Ekaterina Yurievna (Cyrillic: ГУБАРЕВА, Екатерина Юрьевна); a.k.a. GUBAREVA, Kateryna Yuriivna (Cyrillic: ГУБАРЕВА, Катерина Юріївна); a.k.a. GUBAREVA, Yekaterina; a.k.a. HUBAREVA, Katerina Yuriivna; a.k.a. KRASKO, Ekaterina Yurievna),

3 B. Severnaya Street, Apt. 30, Donetsk, Donetsk Region, Ukraine; 101 Karl Marx Street, Apt. 10, Kahovka, Kherson Region, Ukraine; DOB 05 Jul 1983; nationality Ukraine; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3050117961 (Russia) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

GUBAREVA, Ekaterina Yurievna (Cyrillic: ГУБАРЕВА, Екатерина Юрьевна) (a.k.a. GUBAREVA, Ekaterina; a.k.a. GUBAREVA, Kateryna Yuriivna (Cyrillic: ГУБАРЕВА, Катерина Юріївна); a.k.a. GUBAREVA, Yekaterina; a.k.a. HUBAREVA, Katerina Yuriivna; a.k.a. KRASKO, Ekaterina Yurievna), 3 B. Severnaya Street, Apt. 30, Donetsk, Donetsk Region, Ukraine; 101 Karl Marx Street, Apt. 10, Kahovka, Kherson Region, Ukraine; DOB 05 Jul 1983; nationality Ukraine; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3050117961 (Russia) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

GUBAREVA, Kateryna Yuriivna (Cyrillic: ГУБАРЕВА, Катерина Юріївна) (a.k.a. GUBAREVA, Ekaterina; a.k.a. GUBAREVA, Ekaterina Yurievna (Cyrillic: ГУБАРЕВА, Екатерина Юрьевна); a.k.a. GUBAREVA, Yekaterina; a.k.a. HUBAREVA, Katerina Yuriivna; a.k.a. KRASKO, Ekaterina Yurievna), 3 B. Severnaya Street, Apt. 30, Donetsk, Donetsk Region, Ukraine; 101 Karl Marx Street, Apt. 10, Kahovka, Kherson Region, Ukraine; DOB 05 Jul 1983; nationality Ukraine; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3050117961 (Russia) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

GUBAREVA, Yekaterina (a.k.a. GUBAREVA, Ekaterina; a.k.a. GUBAREVA, Ekaterina Yurievna (Cyrillic: ГУБАРЕВА, Екатерина Юрьевна); a.k.a. GUBAREVA, Kateryna Yuriivna (Cyrillic: ГУБАРЕВА, Катерина Юріївна); a.k.a. HUBAREVA, Katerina Yuriivna; a.k.a. KRASKO, Ekaterina Yurievna), 3 B. Severnaya Street, Apt. 30, Donetsk, Donetsk

Region, Ukraine; 101 Karl Marx Street, Apt. 10, Kahovka, Kherson Region, Ukraine; DOB 05 Jul 1983; nationality Ukraine; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3050117961 (Russia) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

GUBEREK GRIMBERG, Henry (a.k.a. GUBEREX GRIMBERG, Henry), Bogota, Colombia; Rosh HaAyin, Israel; DOB 06 Apr 1958; POB Bogota, Colombia; citizen Colombia; alt. citizen Israel; Cedula No. 79150656 (Colombia); Passport AG578034 (Colombia); alt. Passport 11328034 (Israel); National ID No. 313850281 (Israel) (individual) [SDNTK] (Linked To: C.I. DEL ISTMO S.A.S.; Linked To: INDUITEX LTDA.; Linked To: I&S HOLDING COMPANY, S.A.; Linked To: ORBITAL HORIZONS CORP.; Linked To: COMERCIALIZADORA INTERNACIONAL ANDINA LIMITADA; Linked To: IMPAN-COL, S.A.; Linked To: T.F.M.C. THE FOOD MANAGEMENT CORPORATION LTD; Linked To: PROMESAS DEL FUTBOL COLOMBIANO S.A.).

GUBEREK RABINOVICH, Isaac (a.k.a. GUBEREK RAVINOVICZ, Isaac Perez); DOB 21 Mar 1936; POB Bogota, Colombia; citizen Colombia; Cedula No. 2918329 (Colombia); Passport AM354606 (Colombia) (individual) [SDNTK] (Linked To: C.I. DEL ISTMO S.A.S.; Linked To: I&S HOLDING COMPANY, S.A.; Linked To: INDUITEX LTDA.; Linked To: CHAPS INVESTMENT INC.; Linked To: SBT S.A.; Linked To: ISSA EMPRESA UNIPERSONAL; Linked To: INVERSIONES GILFE S.A.; Linked To: INVERSORA PANACOL S.A.; Linked To: ORBITAL HORIZONS CORP.; Linked To: FUNDACION ISSARA; Linked To: G&G INTERNACIONAL S.A.S.; Linked To: COMERCIALIZADORA INTERNACIONAL ANDINA LIMITADA; Linked To: IMPAN-COL, S.A.; Linked To: COLOMBO PERUANA DE TEJIDOS S.A.; Linked To: C.I. CAFFEE VALORES S.A.; Linked To: PROMESAS DEL FUTBOL COLOMBIANO S.A.).

GUBEREK RAVINOVICZ, Isaac Perez (a.k.a. GUBEREK RABINOVICH, Isaac); DOB 21 Mar 1936; POB Bogota, Colombia; citizen Colombia; Cedula No. 2918329 (Colombia); Passport AM354606 (Colombia) (individual) [SDNTK]

(Linked To: C.I. DEL ISTMO S.A.S.; Linked To: I&S HOLDING COMPANY, S.A.; Linked To: INDUITEX LTDA.; Linked To: CHAPS INVESTMENT INC.; Linked To: SBT S.A.; Linked To: ISSA EMPRESA UNIPERSONAL; Linked To: INVERSIONES GILFE S.A.; Linked To: INVERSORA PANACOL S.A.; Linked To: ORBITAL HORIZONS CORP.; Linked To: FUNDACION ISSARA; Linked To: G&G INTERNACIONAL S.A.S.; Linked To: COMERCIALIZADORA INTERNACIONAL ANDINA LIMITADA; Linked To: IMPAN-COL, S.A.; Linked To: COLOMBO PERUANA DE TEJIDOS S.A.; Linked To: C.I. CAFFEE VALORES S.A.; Linked To: PROMESAS DEL FUTBOL COLOMBIANO S.A.).

GUBEREX GRIMBERG, Henry (a.k.a. GUBEREK GRIMBERG, Henry), Bogota, Colombia; Rosh HaAyin, Israel; DOB 06 Apr 1958; POB Bogota, Colombia; citizen Colombia; alt. citizen Israel; Cedula No. 79150656 (Colombia); Passport AG578034 (Colombia); alt. Passport 11328034 (Israel); National ID No. 313850281 (Israel) (individual) [SDNTK] (Linked To: C.I. DEL ISTMO S.A.S.; Linked To: INDUITEX LTDA.; Linked To: I&S HOLDING COMPANY, S.A.; Linked To: ORBITAL HORIZONS CORP.; Linked To: COMERCIALIZADORA INTERNACIONAL ANDINA LIMITADA; Linked To: IMPAN-COL, S.A.; Linked To: T.F.M.C. THE FOOD MANAGEMENT CORPORATION LTD; Linked To: PROMESAS DEL FUTBOL COLOMBIANO S.A.).

GUBERMAN, David, Moscow, Russia; DOB 01 Mar 1971; POB Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. 7201105 (Israel) (individual) [CYBER2] (Linked To: EVIL CORP).

GUBKIN UNIVERSITY (a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER VOCATIONAL EDUCATION GUBKIN RUSSIAN STATE UNIVERSITY OF OIL AND GAS; a.k.a. NATIONAL UNIVERSITY OF OIL AND GAS GUBKIN UNIVERSITY; a.k.a. RGU NEFTI I GAZA NIU IMENI IM GUBKINA FGU), 65 Leninsky Prospekt, Moscow 119991, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Sep 1997; Tax ID No. 7736093127 (Russia); Government Gazette Number 02066612 (Russia); Registration Number 1027739073845 (Russia) [RUSSIA-EO14024].

GUBOPIK (Cyrillic: ГУБОПИК) (a.k.a. MAIN DIRECTORATE FOR COMBATING ORGANIZED CRIME AND CORRUPTION OF THE MVD OF THE REPUBLIC OF BELARUS (Cyrillic: ГЛАВНОЕ УПРАВЛЕНИЕ ПО БОРЬБЕ С ОРГАНИЗОВАННОЙ ПРЕСТУПНОСТЬЮ И КОРРУПЦИЕЙ МВД РЕСПУБЛИКИ БЕЛАРУСЬ)), ul. Revolyutsionnaya, 3, Minsk, Belarus; Organization Established Date 28 Mar 1991; Target Type Government Entity [BELARUS].

GUCHAEV, Zaurbek (a.k.a. GUCHAYEV, Zaurbek; a.k.a. "AZIZ, Abdul"); DOB 04 Sep 1975; POB Chegem/Kabardino-Balkaria, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: CAUCASUS EMIRATE).

GUCHAYEV, Zaurbek (a.k.a. GUCHAEV, Zaurbek; a.k.a. "AZIZ, Abdul"); DOB 04 Sep 1975; POB Chegem/Kabardino-Balkaria, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: CAUCASUS EMIRATE).

GUCLU GLOBAL LOJISTIK LIMITED SIRKETI, Gumruk Binasi No:20-1-Z27, Muratbey Merkez Mahallesi, Guzide Sokak, Catalca, Istanbul 34540, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 202375 (Turkey) [RUSSIA-EO14024].

GUDILIN, Yuriy Igorevich (Cyrillic: ГУДИЛИН, Юрий Игоревич), Moscow, Russia; DOB 18 Jun 1983; POB Lviv, Ukraine; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

GUDINO HARO, Francisco Javier (Latin: GUDIÑO HARO, Francisco Javier) (a.k.a. "El Plumas"; a.k.a. "La Gallina"), Puerto Vallarta, Jalisco, Mexico; Guadalajara, Jalisco, Mexico; DOB 29 Feb 1988; POB Guadalajara, Jalisco, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. GUHF880229HJCDRR07 (Mexico) (individual) [SDNTK] [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

GUDZON SHIPPING CO LLC (a.k.a. LLC GUDZON SHIPPING CO; a.k.a. OOO GUDZON SHIPPING CO; a.k.a. SK GUDZON,

OOO), ul Tigorovaya 20A, Vladivostok, Primorskiy kray 690091, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5753988 [DPRK4].

GUEMMANE, Aboubakir (a.k.a. AL-JAZA'IRI, Abu Ubaida; a.k.a. AL-JAZAIRI, Abu Ubaydah; a.k.a. GEUMMANE, Abu Bakr; a.k.a. GHUMAYN, Abu Bakr Muhammad Muhammad; a.k.a. GUEMMANE, Aboubakr; a.k.a. GUEMMANE, Aboubekr; a.k.a. GUEMMANE, Abu Bakr Muhammad Muhammad; a.k.a. JAMIN, Abu Bakr Muhammad Muhammad; a.k.a. MAZOUZ, Kheireddine; a.k.a. MAZOUZI, Khayr al-Din; a.k.a. "LESAGE, Carol Jacques Ghislain"; a.k.a. "LESAGE, Jacques Ghislain"), Iran; DOB 31 Mar 1981; POB Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 98LH90556 (France) (individual) [SDGT] (Linked To: AL QA'IDA).

GUEMMANE, Aboubakr (a.k.a. AL-JAZA'IRI, Abu Ubaida; a.k.a. AL-JAZAIRI, Abu Ubaydah; a.k.a. GEUMMANE, Abu Bakr; a.k.a. GHUMAYN, Abu Bakr Muhammad Muhammad; a.k.a. GUEMMANE, Aboubakir; a.k.a. GUEMMANE, Aboubekr; a.k.a. GUEMMANE, Abu Bakr Muhammad Muhammad; a.k.a. JAMIN, Abu Bakr Muhammad Muhammad; a.k.a. MAZOUZ, Kheireddine; a.k.a. MAZOUZI, Khayr al-Din; a.k.a. "LESAGE, Carol Jacques Ghislain"; a.k.a. "LESAGE, Jacques Ghislain"), Iran; DOB 31 Mar 1981; POB Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 98LH90556 (France) (individual) [SDGT] (Linked To: AL QA'IDA).

GUEMMANE, Aboubekr (a.k.a. AL-JAZA'IRI, Abu Ubaida; a.k.a. AL-JAZAIRI, Abu Ubaydah; a.k.a. GEUMMANE, Abu Bakr; a.k.a. GHUMAYN, Abu Bakr Muhammad Muhammad; a.k.a. GUEMMANE, Aboubakir; a.k.a. GUEMMANE, Aboubakr; a.k.a. GUEMMANE, Abu Bakr Muhammad Muhammad; a.k.a. JAMIN, Abu Bakr Muhammad Muhammad; a.k.a. MAZOUZ, Kheireddine; a.k.a. MAZOUZI, Khayr al-Din; a.k.a. "LESAGE, Carol Jacques Ghislain"; a.k.a. "LESAGE, Jacques Ghislain"), Iran; DOB 31 Mar 1981; POB Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Passport 98LH90556 (France) (individual) [SDGT] (Linked To: AL QA'IDA).

GUEMMANE, Abu Bakr Muhammad Muhammad (a.k.a. AL-JAZA'IRI, Abu Ubaida; a.k.a. AL-JAZAIRI, Abu Ubaydah; a.k.a. GEUMMANE, Abu Bakr; a.k.a. GHUMAYN, Abu Bakr Muhammad Muhammad; a.k.a. GUEMMANE, Aboubakir; a.k.a. GUEMMANE, Aboubakr; a.k.a. GUEMMANE, Aboubekr; a.k.a. JAMIN, Abu Bakr Muhammad Muhammad; a.k.a. MAZOUZ, Kheireddine; a.k.a. MAZOUZI, Khayr al-Din; a.k.a. "LESAGE, Carol Jacques Ghislain"; a.k.a. "LESAGE, Jacques Ghislain"), Iran; DOB 31 Mar 1981; POB Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 98LH90556 (France) (individual) [SDGT] (Linked To: AL QA'IDA).

GUERRA RAMIREZ, Rogelio, Mexico; DOB 21 Aug 1973; POB Chiapas; nationality Mexico; citizen Mexico; R.F.C. GURR730821 (Mexico); C.U.R.P. GURR730821HCLRMG (Mexico); alt. C.U.R.P. GURR730821HCLRMG01 (Mexico); alt. C.U.R.P. GURR730821HCLRMG01 (Mexico); Cartilla de Servicio Militar Nacional B7384371 (Mexico) (individual) [SDNTK].

GUERRA SALINAS, Ismael (a.k.a. "El Comandante"; a.k.a. "Mayelo"), Mexico; DOB 01 Jun 1990; POB Tamaulipas, Mexico; nationality Mexico; Gender Male; C.U.R.P. GUSI900601HTSRLS09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: GULF CARTEL).

GUERRA SALINAS, Omar (a.k.a. "Samorano"), Mexico; DOB 11 Apr 1986; POB Tamaulipas, Mexico; nationality Mexico; Gender Male; C.U.R.P. GUSO860411HTSRLM03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: GULF CARTEL).

GUERRERO CASTILLO, Pedro Oliveiro (a.k.a. "CUCHILLO"), Colombia; DOB 28 Feb 1970; POB San Martin, Meta, Colombia; Cedula No. 17355451 (Colombia) (individual) [SDNTK].

GUERRERO COVARRUBIAS, Adrian Alonso (a.k.a. GUERRERO COVARRUBIAS, Alonso; a.k.a. "EL OCHO"), Mexico; DOB 10 Dec 1990; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; C.U.R.P. GUCA901210HMNRVL04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

GUERRERO COVARRUBIAS, Alonso (a.k.a. GUERRERO COVARRUBIAS, Adrian Alonso;

a.k.a. "EL OCHO"), Mexico; DOB 10 Dec 1990; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; C.U.R.P. GUCA901210HMNRVL04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

GUERRERO COVARRUBIAS, Javier, Mexico; DOB 14 Feb 1988; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; C.U.R.P. GUCJ880214HMNRVV02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

GUERRERO FLORES, Hector Rusthenford (a.k.a. "NINO GUERRERO" (Latin: "NIÑO GUERRERO")), Venezuela; DOB 30 May 1983; POB Maracay, Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. V-17367457 (Venezuela) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

GUERRERO MIJARES, Hannover Esteban, Caracas, Capital District, Venezuela; DOB 14 Jan 1971; Gender Male; Cedula No. 10537738 (Venezuela) (individual) [VENEZUELA].

GUERRERO PALMA, Cheison Royer (a.k.a. "Arabe Negro"; a.k.a. "Mexicali"), Chile; DOB 16 Feb 1985; POB Maracay, Aragua, Venezuela; nationality Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 17984659 (Venezuela) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

GUERREROS DE AUTLAN (a.k.a. CLUB DEPORTIVO AUTLAN; a.k.a. CLUB DEPORTIVO MORUMBI; a.k.a. CLUB DEPORTIVO MORUMBI, A.C.; a.k.a. CLUB DEPORTIVO MORUMBI, ASOCIACION CIVIL; a.k.a. PROMOTORA CULTURAL Y DEPORTIVA MORUMBI; a.k.a. "MORUMBI"), Zapopan, Jalisco, Mexico; Av. Del Bajio S/N, Col. El Bajio, Zapopan, Jalisco, Mexico; Folio Mercantil No. 4123 (Jalisco) (Mexico) [SDNTK].

GUERREROS UNIDOS, Mexico [ILLICIT-DRUGS-EO14059].

GUEYE, Haroun (a.k.a. GAYE, Aroun; a.k.a. GAYE, Haroun; a.k.a. GEYE, Aroun; a.k.a. GUAYE, Haroun), Bangui, Central African Republic; DOB 30 Jan 1968; alt. DOB 30 Jan 1969; Passport O00065872 (Central African Republic) expires 30 Dec 2019 (individual) [CAR].

GUGERDCHIAN, Mehdi (a.k.a. GOGERDCHIAN, Mehdi), Iran; DOB 14 Aug 1975; nationality Iran; Additional Sanctions Information - Subject to

Secondary Sanctions; Gender Male; National ID No. 1286966558 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

GUGNIN, Vladimir Vladimirovich, Russia; DOB 20 Jun 1959; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 504213050247 (Russia) (individual) [RUSSIA-EO14024] (Linked To: TECHNOLOGY 5 CO., LIMITED).

GUHAAD, Cumar (a.k.a. GUHAAD, Omar), Lower Shabelle, Somalia; DOB 1972; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

GUHAAD, Omar (a.k.a. GUHAAD, Cumar), Lower Shabelle, Somalia; DOB 1972; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

GUIDO DE ROMERO, Ana Julia, Iglesia, Nicaragua; DOB 16 Feb 1959; POB Matagalpa, Nicaragua; nationality Nicaragua; Gender Female; Passport A00000211 (Nicaragua) issued 14 Aug 2012 expires 14 Aug 2022 (individual) [NICARAGUA].

GUIERREZ LOERA, Jose Luis (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaguin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

GUILIN ALPHA RUBBER & PLASTICS TECHNOLOGY CO., LTD (Chinese Traditional: 桂林阿尔法橡塑科技有限公司) (a.k.a. GUILIN ALPHA RUBBER & PLASTICS TECHNOLOGY COMPANY; a.k.a. GUILIN ALPHA RUBBER AND PLASTICS TECHNOLOGY CO., LTD; a.k.a. GUILIN ALPHA RUBBER AND PLASTICS TECHNOLOGY COMPANY), Industry Chuangye Yuan, Kongming West Road, Seven Star District, Guilin City, Guangxi Province 541004, China; Run Yuan A6-2, HuiXian Road, Seven Star District, Guilin City, Guangxi Province 541004, China; Venture Industrial Park, Kongming West Rd., Qixing District, Guilin, Guangxi 542500, China; Seven Star Road No.71, Seven Star District, Guilin City, Guangxi Province 541004, China; 90# Villa, Yingtelai Garden, Seven Star District, Guilin City, Guangxi Province, China; Website www.alpha06.com; alt. Website www.alpha06.cn; alt. Website www.alphaindustry.cn; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Code 791301394 (China); Registration Number 453305200023881 (China); Unified Social Credit Code (USCC) 91450305791301394Q (China) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

GUILIN ALPHA RUBBER & PLASTICS TECHNOLOGY COMPANY (a.k.a. GUILIN ALPHA RUBBER & PLASTICS TECHNOLOGY CO., LTD (Chinese Traditional: 桂林阿尔法橡塑科技有限公司); a.k.a. GUILIN ALPHA RUBBER AND PLASTICS TECHNOLOGY CO., LTD; a.k.a. GUILIN ALPHA RUBBER AND PLASTICS TECHNOLOGY COMPANY), Industry Chuangye Yuan, Kongming West Road, Seven Star District, Guilin City, Guangxi Province 541004, China; Run Yuan A6-2, HuiXian Road, Seven Star District, Guilin City, Guangxi Province 541004, China; Venture Industrial Park, Kongming West Rd., Qixing District, Guilin, Guangxi 542500, China; Seven Star Road No.71, Seven Star District, Guilin City, Guangxi Province 541004, China; 90# Villa, Yingtelai Garden, Seven Star District, Guilin City, Guangxi Province, China; Website www.alpha06.com; alt. Website www.alpha06.cn; alt. Website www.alphaindustry.cn; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Code 791301394 (China); Registration Number 453305200023881 (China); Unified Social Credit Code (USCC) 91450305791301394Q (China) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

GUILIN ALPHA RUBBER AND PLASTICS TECHNOLOGY CO., LTD (a.k.a. GUILIN ALPHA RUBBER & PLASTICS TECHNOLOGY CO., LTD (Chinese Traditional: 桂林阿尔法橡塑科技有限公司); a.k.a. GUILIN ALPHA RUBBER & PLASTICS TECHNOLOGY COMPANY; a.k.a. GUILIN ALPHA RUBBER

AND PLASTICS TECHNOLOGY COMPANY), Industry Chuangye Yuan, Kongming West Road, Seven Star District, Guilin City, Guangxi Province 541004, China; Run Yuan A6-2, HuiXian Road, Seven Star District, Guilin City, Guangxi Province 541004, China; Venture Industrial Park, Kongming West Rd., Qixing District, Guilin, Guangxi 542500, China; Seven Star Road No.71, Seven Star District, Guilin City, Guangxi Province 541004, China; 90# Villa, Yingtelai Garden, Seven Star District, Guilin City, Guangxi Province, China; Website www.alpha06.com; alt. Website www.alpha06.cn; alt. Website www.alphaindustry.cn; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Code 791301394 (China); Registration Number 453305200023881 (China); Unified Social Credit Code (USCC) 91450305791301394Q (China) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

GUILIN ALPHA RUBBER AND PLASTICS TECHNOLOGY COMPANY (a.k.a. GUILIN ALPHA RUBBER & PLASTICS TECHNOLOGY CO., LTD (Chinese Traditional: 桂林阿尔法橡塑科技有限公司); a.k.a. GUILIN ALPHA RUBBER & PLASTICS TECHNOLOGY COMPANY; a.k.a. GUILIN ALPHA RUBBER AND PLASTICS TECHNOLOGY CO., LTD), Industry Chuangye Yuan, Kongming West Road, Seven Star District, Guilin City, Guangxi Province 541004, China; Run Yuan A6-2, HuiXian Road, Seven Star District, Guilin City, Guangxi Province 541004, China; Venture Industrial Park, Kongming West Rd., Qixing District, Guilin, Guangxi 542500, China; Seven Star Road No.71, Seven Star District, Guilin City, Guangxi Province 541004, China; 90# Villa, Yingtelai Garden, Seven Star District, Guilin City, Guangxi Province, China; Website www.alpha06.com; alt. Website www.alpha06.cn; alt. Website www.alphaindustry.cn; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Code 791301394 (China); Registration Number 453305200023881 (China); Unified Social Credit Code (USCC) 91450305791301394Q (China) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

GUILLOU, Nicolas Yann, The Hague, Netherlands; DOB 13 Aug 1975; POB Vannes, France; nationality France; Gender Male (individual) [ICC-EO14203].

GUISANES S.A.S., Calle 8 B No. 65 191, Oficina 519, Medellin, Antioquia, Colombia; NIT # 811039331-4 (Colombia) [SDNTK].

GUIZANI, Achraf Ben Fathi Ben Mabrouk (a.k.a. AL-GIZANI, Ashraf; a.k.a. AL-KAFI, Abu 'Ubaydah; a.k.a. AL-QIZANI, Ashraf; a.k.a. GUIZANI, Achref Ben Fethi Ben Mabrouk), Tunisia; DOB 05 Oct 1991; POB El Gouazine, Dahmani, Governorate of Le Kef, Tunisia; nationality Tunisia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 13601334 (Tunisia) (individual) [SDGT].

GUIZANI, Achref Ben Fethi Ben Mabrouk (a.k.a. AL-GIZANI, Ashraf; a.k.a. AL-KAFI, Abu 'Ubaydah; a.k.a. AL-QIZANI, Ashraf; a.k.a. GUIZANI, Achraf Ben Fathi Ben Mabrouk), Tunisia; DOB 05 Oct 1991; POB El Gouazine, Dahmani, Governorate of Le Kef, Tunisia; nationality Tunisia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 13601334 (Tunisia) (individual) [SDGT].

GUL AL-PAKISTANI, Niaz Muhammad Muhammada (a.k.a. AL-BISHAURI, Abu Mohammad Shaykh Aminullah; a.k.a. AL-PESHAWARI, Shaykh Abu Mohammed Ameen; a.k.a. AL-PESHAWARI, Shaykh Aminullah; a.k.a. AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed; a.k.a. BISHAWRI, Abu Mohammad Amin; a.k.a. MUHAMMAD, Niaz; a.k.a. PESHAWARI, Abu Mohammad Aminullah; a.k.a. "AMINULLAH, Shaykh"; a.k.a. "AMINULLAH, Sheik"; a.k.a. "SHAYKH AMEEN"), Ganj District, Peshawar, Khyber Pakhtunkhwa, Pakistan; House number T-876 Galli Mohallah, Sheikh Abad number 4, Peshawar, Khyber Pakhtunkhwa, Pakistan; Saudi Arabia; DOB circa 01 Jan 1961; POB Shunkrai village, Sarkani District, Konar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport FU0152122 (Pakistan) expires 24 Apr 2017; alt. Passport FU0152121 (Pakistan) (individual) [SDGT] (Linked To: JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

GUL, Bakht (a.k.a. BAHAR, Bakht Gul; a.k.a. GUL, Bakhta; a.k.a. "SHUQIB"), Miram Shah, North Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1980; POB Aki Village, Zadran District, Paktiya Province, Afghanistan; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

GUL, Bakhta (a.k.a. BAHAR, Bakht Gul; a.k.a. GUL, Bakht; a.k.a. "SHUQIB"), Miram Shah, North Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1980; POB Aki Village, Zadran District, Paktiya Province, Afghanistan; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

GUL, Hasan (a.k.a. AL-MADANI, Abu Gharib; a.k.a. GHUL, Hassan; a.k.a. GUL, Hassan; a.k.a. KHAN, Mustafa Hajji Muhammad; a.k.a. MAHMUD, Khalid; a.k.a. MUHAMMAD, Mustafa; a.k.a. SHAHJI, Ahmad; a.k.a. "ABU-SHAIMA"; a.k.a. "ABU-SHAYMA"); DOB Aug 1977; alt. DOB Sep 1977; alt. DOB 1976; POB Madinah, Saudi Arabia; alt. POB Sangrar, Sindh Province, Pakistan; nationality Pakistan; alt. nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

GUL, Hassan (a.k.a. AL-MADANI, Abu Gharib; a.k.a. GHUL, Hassan; a.k.a. GUL, Hasan; a.k.a. KHAN, Mustafa Hajji Muhammad; a.k.a. MAHMUD, Khalid; a.k.a. MUHAMMAD, Mustafa; a.k.a. SHAHJI, Ahmad; a.k.a. "ABU-SHAIMA"; a.k.a. "ABU-SHAYMA"); DOB Aug 1977; alt. DOB Sep 1977; alt. DOB 1976; POB Madinah, Saudi Arabia; alt. POB Sangrar, Sindh Province, Pakistan; nationality Pakistan; alt. nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

GUL, Redi Hussein Khal (a.k.a. "GUL, Redi"; a.k.a. "GULL, Rida"), Nowshera, Pakistan; DOB 25 Dec 1981; POB Afghanistan; nationality Afghanistan; citizen Afghanistan; Gender Male (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

GULF CARTEL (a.k.a. CARTEL DEL GOLFO; a.k.a. OSIEL CARDENAS-GUILLEN ORGANIZATION; a.k.a. "CDG"), Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [SDNTK] [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

GULF CLAN (a.k.a. BANDA CRIMINAL DE URABA; a.k.a. CLAN DEL GOLFO; a.k.a. CLAN USUGA; a.k.a. LOS AUTODEFENSAS GAITANISTAS DE COLOMBIA; a.k.a. LOS URABENOS (Latin: LOS URABEÑOS)), Colombia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [SDNTK] [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

GULIN, Maxim Alexeyevich (Cyrillic: ГУЛИН, Максим Алексеевич), Russia; DOB 16 May 1997; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GUMAN LOERAL, Joaquin (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

GUMEROVA, Lilia Salavatovna (Cyrillic: ГУМЕРОВА, Лилия Салаватовна) (a.k.a. GUMEROVA, Liliya Salavatovna), Russia; DOB 16 Dec 1972; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GUMEROVA, Liliya Salavatovna (a.k.a. GUMEROVA, Lilia Salavatovna (Cyrillic: ГУМЕРОВА, Лилия Салаватовна)), Russia; DOB 16 Dec 1972; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GUN MAKING COMPANY LEVSHA T LLC (a.k.a. LLC WEAPON FIRM LEVSHA T; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU ORUZHEINAIA FIRMA

LEVSHA T), 1A Sovetskaya St, Building 95-037, Pom/floor 11/2 lit. e3, Tula 300041, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7107049851 (Russia); Registration Number 1027100978300 (Russia) [RUSSIA-EO14024].

GUNAWAN, Gun Gun Rusman (a.k.a. GUNAWAN, Rusman; a.k.a. "ABD AL-HADI"; a.k.a. "ABDUL HADI"; a.k.a. "ABDUL KARIM"; a.k.a. "BUKHORI"; a.k.a. "BUKHORY"); DOB 06 Jul 1977; POB Cianjur, West Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

GUNAWAN, Rusman (a.k.a. GUNAWAN, Gun Gun Rusman; a.k.a. "ABD AL-HADI"; a.k.a. "ABDUL HADI"; a.k.a. "ABDUL KARIM"; a.k.a. "BUKHORI"; a.k.a. "BUKHORY"); DOB 06 Jul 1977; POB Cianjur, West Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

GUNDUZ, Seyyid Cemal, Turkey; DOB 12 Jan 1957; POB Bakirkoy, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U10533074 (Turkey); National ID No. 11581778738 (Turkey) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

GUO, Chunyan (Chinese Simplified: 郭春艳), 30 Baiyunshan Chenjiang Village Committee, Chenjiang, Zhongkai District, Huizhou City, Guangdong Province, China (Chinese Simplified: 陈江村委会白云山30号, 仲恺区陈江, 惠州市, 广东省, China); 75 Baiyun Boulevard, (Taihuang Dengshi), 3F Rm 315, Chenjiang Town, Huizhou City, Guangdong Province 516229, China (Chinese Simplified: 白云大道75号(泰煌灯饰), 3楼315室, 陈江镇, 惠州市, 广东省 516229, China); DOB 15 Apr 1983; nationality China; Website www.yolimachine.com; Email Address guoruiguang2016@126.com; Gender Female; Phone Number 8615815351839; alt. Phone Number 867523323959; National ID No. 44138119830415242X (China) issued 18 Mar 2016 expires 18 Mar 2036 (individual) [ILLICIT-DRUGS-EO14059].

GUO, Ruiguang (Chinese Simplified: 郭瑞光), 30 Baiyunshan Chenjiang Village Committee, Chenjiang Office, Huicheng District, Huizhou City, Guangdong Province, China (Chinese Simplified: 陈江村委会白云山30号, 惠城区陈江办事处, 惠州市, 广东省, China); 75 Baiyun Boulevard, Chenjiang Town, Huizhou City, Guangdong Province 516229, China (Chinese Simplified: 白云大道75号, 陈江镇, 惠州市, 广东省 516229, China); DOB 20 Mar 1954; nationality China; Email Address guoruiguang2016@126.com; Gender Male; Phone Number 8615815351839; National ID No. 442521195403202412 (China) issued 14 Dec 2006 (individual) [ILLICIT-DRUGS-EO14059].

GUO, Yunnian (Chinese Simplified: 郭运年), d26 Weiyuan Small District, Chenjiang Town, Huizhou City, Guangdong Province 516229, China (Chinese Simplified: 威源小区D26, 陈江镇, 惠州市, 广东省 516229, China); DOB 05 Dec 1961; nationality China; Email Address iscan2009@live.cn; Gender Female; Phone Number 8615815351839; alt. Phone Number 867523323959; alt. Phone Number 867623218162; National ID No. 442521196112052420 (China) (individual) [ILLICIT-DRUGS-EO14059].

GUP RK KTB SUDOKOMPOZIT (Cyrillic: ГУП РК КТБ СУДОКОМПОЗИТ) (a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRIM KONSTRUKTORSKO-TECHNOLOGICHESKOE BYURO SUDOKOMPOZIT (Cyrillic: ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ РЕСПУБЛИКИ КРЫМ КОНСТРУКТОРСКО ТЕХНОЛОГИЧЕСКОЕ БЮРО СУДОКОМПОЗИТ); a.k.a. KTB SUDOKOMPOZIT, GUP; a.k.a. STATE UNITARY ENTERPRISE IN THE REPUBLIC OF CRIMEA DESIGN-TECHNOLOGY BUREAU SUDOKOMPOZIT; a.k.a. SUDOKOMPOZIT DESIGN AND TECHNOLOGICAL BUREAU), House 14, Kuibysheva Street, Feodosia, Crimea 298100, Ukraine; Website http://sudocompozit.ru/; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9108007745 (Russia); Government Gazette Number 00745510 (Russia); Registration Number 1149102094680 (Russia) [UKRAINE-EO13685].

GUPTA, Ajay (a.k.a. GUPTA, Ajay Kumar), Dubai, United Arab Emirates; DOB 05 Feb 1966; POB Saharanpur, India; nationality India; Gender Male (individual) [GLOMAG].

GUPTA, Ajay Kumar (a.k.a. GUPTA, Ajay), Dubai, United Arab Emirates; DOB 05 Feb 1966; POB Saharanpur, India; nationality India; Gender Male (individual) [GLOMAG].

GUPTA, Atul (a.k.a. GUPTA, Atul Kumar), Dubai, United Arab Emirates; DOB 14 Jun 1968; POB Saharanpur, India; nationality South Africa; Gender Male (individual) [GLOMAG].

GUPTA, Atul Kumar (a.k.a. GUPTA, Atul), Dubai, United Arab Emirates; DOB 14 Jun 1968; POB Saharanpur, India; nationality South Africa; Gender Male (individual) [GLOMAG].

GUPTA, Rajesh (a.k.a. GUPTA, Rajesh Kumar; a.k.a. "GUPTA, Tony"), Dubai, United Arab Emirates; DOB 05 Aug 1972; POB Saharanpur, India; nationality South Africa; Gender Male; National ID No. 7208056345087 (South Africa) (individual) [GLOMAG].

GUPTA, Rajesh Kumar (a.k.a. GUPTA, Rajesh; a.k.a. "GUPTA, Tony"), Dubai, United Arab Emirates; DOB 05 Aug 1972; POB Saharanpur, India; nationality South Africa; Gender Male; National ID No. 7208056345087 (South Africa) (individual) [GLOMAG].

GUREV, Andrei Andreevich (a.k.a. GURYEV, Andrey Andreevich (Cyrillic: ГУРЬЕВ, Андрей Андреевич)), Russia; DOB 07 Mar 1982; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

GUREYEV, Aleksey Viktorovich (Cyrillic: ГУРЕЕВ, Алексей Викторович), Turkey; DOB 26 Apr 1984; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772605324914 (Russia) (individual) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

GURIEV, Andrey Grigoryevich (a.k.a. GURYEV, Andrey Grigoryevich (Cyrillic: ГУРЬЕВ, Андрей Григорьевич)), Moscow, Russia; Witanhurst, 41 Highgate West Hill, London, United Kingdom; DOB 24 Mar 1960; POB Lobnya, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

GURLEYEN, Soner, Istanbul, Turkey; DOB 06 Jun 1988; POB Gaziosmanpasha, Turkey; citizen Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 20768654918 (Turkey) (individual) [SDGT] (Linked To: AL QA'IDA).

GURON TRADING LIMITED, Unit 1411, 14/Floor, Cosco Tower, 183 Queen's Road, Sheung Wan, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 20 Dec 2021; Company Number 3114250 (Hong Kong); Business Registration Number 73655404 (Hong Kong) [UKRAINE-EO13662] [RUSSIA-EO14024].

GUROV, Grigoriy Aleksandrovich (Cyrillic: ГУРОВ, Григорий Александрович), Russia; DOB 31 Oct 1985; POB Stavropol, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 263515975663 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ALL RUSSIAN PUBLIC STATE MOVEMENT OF CHILDREN AND YOUTH).

GURULEV, Andrey Viktorovich (Cyrillic: ГУРУЛЁВ, Андрей Викторович), Russia; DOB 16 Oct 1967; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GURYEV, Andrey Andreevich (Cyrillic: ГУРЬЕВ, Андрей Андреевич) (a.k.a. GUREV, Andrei Andreevich), Russia; DOB 07 Mar 1982; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

GURYEV, Andrey Grigoryevich (Cyrillic: ГУРЬЕВ, Андрей Григорьевич) (a.k.a. GURIEV, Andrey Grigoryevich), Moscow, Russia; Witanhurst, 41 Highgate West Hill, London, United Kingdom; DOB 24 Mar 1960; POB Lobnya, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

GURZHII, Andrei Anatolevich (a.k.a. GURZHIY, Andrey Anatolievich (Cyrillic: ГУРЖИЙ, Андрей Анатольевич); a.k.a. GURZHY, Andrei; a.k.a. GURZHY, Andrei Anatolievich (Cyrillic: ГУРЖЫ, Андрэй Анатольевіч); a.k.a. GURZHY, Andrei Anatoljevich; a.k.a. HURZHY, Andrei Anatolevich), Homel Oblast, Belarus; DOB 10 Oct 1975; nationality Belarus; Gender Male (individual) [BELARUS].

GURZHIY, Andrey Anatolievich (Cyrillic: ГУРЖИЙ, Андрей Анатольевич) (a.k.a.

GURZHII, Andrei Anatolevich; a.k.a. GURZHY, Andrei; a.k.a. GURZHY, Andrei Anatolievich (Cyrillic: ГУРЖИЙ, Андрэй Анатольевіч); a.k.a. GURZHY, Andrei Anatoljevich; a.k.a. HURZHY, Andrei Anatolevich), Homel Oblast, Belarus; DOB 10 Oct 1975; nationality Belarus; Gender Male (individual) [BELARUS].

GURZHY, Andrei (a.k.a. GURZHII, Andrei Anatolevich; a.k.a. GURZHIY, Andrey Anatolievich (Cyrillic: ГУРЖИЙ, Андрей Анатольевич); a.k.a. GURZHY, Andrei Anatolievich (Cyrillic: ГУРЖЫ, Андрэй Анатольевіч); a.k.a. GURZHY, Andrei Anatoljevich; a.k.a. HURZHY, Andrei Anatolevich), Homel Oblast, Belarus; DOB 10 Oct 1975; nationality Belarus; Gender Male (individual) [BELARUS].

GURZHY, Andrei Anatolievich (Cyrillic: ГУРЖЫ, Андрэй Анатольевіч) (a.k.a. GURZHII, Andrei Anatolevich; a.k.a. GURZHIY, Andrey Anatolievich (Cyrillic: ГУРЖИЙ, Андрей Анатольевич); a.k.a. GURZHY, Andrei; a.k.a. GURZHY, Andrei Anatoljevich; a.k.a. HURZHY, Andrei Anatolevich), Homel Oblast, Belarus; DOB 10 Oct 1975; nationality Belarus; Gender Male (individual) [BELARUS].

GURZHY, Andrei Anatoljevich (a.k.a. GURZHII, Andrei Anatolevich; a.k.a. GURZHIY, Andrey Anatolievich (Cyrillic: ГУРЖИЙ, Андрей Анатольевич); a.k.a. GURZHY, Andrei; a.k.a. GURZHY, Andrei Anatolievich (Cyrillic: ГУРЖЫ, Андрэй Анатольевіч); a.k.a. HURZHY, Andrei Anatolevich), Homel Oblast, Belarus; DOB 10 Oct 1975; nationality Belarus; Gender Male (individual) [BELARUS].

GUSAKOVSKY, Aleksandr Vladislavovich (a.k.a. GUSAKOVSKY, Alexander Vladislavovich (Cyrillic: ГУСАКОВСКИЙ, Александр Владиславович)), Russia; DOB 25 Aug 1970; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GUSAKOVSKY, Alexander Vladislavovich (Cyrillic: ГУСАКОВСКИЙ, Александр Владиславович) (a.k.a. GUSAKOVSKY, Aleksandr Vladislavovich), Russia; DOB 25 Aug 1970; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GUSEV, Aleksandr Viktorovich (a.k.a. GUSEV, Alexander Viktorovich (Cyrillic: ГУСЕВ, Александр Викторович)), Voronezh, Russia; DOB 27 Jul 1963; POB Ozerskoe, Kaluga Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 366307834243 (Russia) (individual) [RUSSIA-EO14024].

GUSEV, Alexander Viktorovich (Cyrillic: ГУСЕВ, Александр Викторович) (a.k.a. GUSEV, Aleksandr Viktorovich), Voronezh, Russia; DOB 27 Jul 1963; POB Ozerskoe, Kaluga Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 366307834243 (Russia) (individual) [RUSSIA-EO14024].

GUSEV, Denis Igorevich (Cyrillic: ГУСЕВ, ДЕНИС ИГОРЕВИЧ) (a.k.a. GOTMAN, David; a.k.a. POMOJAC, Marin), Moscow, Russia; DOB 10 Jun 1986; alt. DOB 08 Jul 1977; alt. DOB 07 Oct 1987; POB Moscow, Russia; alt. POB Ceadir-Lunga, Moldova; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 717386212 (Russia); alt. Passport A1167292 (Moldova); alt. Passport 1213007 (Israel) (individual) [CYBER2] (Linked To: EVIL CORP).

GUSEV, Denis Vladimirovich (Cyrillic: ГУСЕВ, Денис Владимирович), Russia; DOB 26 Dec 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GUSEV, Dmitry Gennadyevich (Cyrillic: ГУСЕВ, Дмитрий Геннадьевич), Russia; DOB 23 Jul 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GUSEV, Dmitry Vladimirovich (Cyrillic: ГУСЕВ, Дмитрий Владимирович), Ulofa Palme street 7, flat 31, Moscow, Russia; DOB 25 Jan 1976; POB Anadyr, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

GUSEV, Nikita Vladimirovich, 7 Sadovaya Street Apt 4, Sormovsky Proletary 606492, Russia; DOB 25 Feb 1992; POB Kriushi, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4511582626 (Russia); Tax ID No. 732102356583 (Russia) (individual) [RUSSIA-EO14024].

GUTENEV, Vladimir Vladimirovich (Cyrillic: ГУТЕНЕВ, Владимир Владимирович), Russia; DOB 27 Mar 1966; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GUTIERREZ AGUIRRE, Duffay (a.k.a. "EL GORDO DUFFAY"), Bogota, Colombia; DOB 16 Sep 1968; POB Buga, Valle, Colombia; Cedula No. 14892384 (Colombia); Matricula Mercantil No 01302280 (Colombia) (individual) [SDNT].

GUTIERREZ ALVARADO, Gladys Maria (Latin: GUTIÉRREZ ALVARADO, Gladys María), Caracas, Capital District, Venezuela; DOB 16 Apr 1962; POB Punto Fijo, Falcon, Venezuela; citizen Venezuela; Gender Female; Cedula No. 7525777 (Venezuela); Passport 1122011 (Venezuela); alt. Passport 4532006 (Venezuela); Magistrate of the Constitutional Chamber of Venezuela's Supreme Court of Justice; Former President of Venezuela's Supreme Court of Justice (individual) [VENEZUELA].

GUTIERREZ BARBOZA, Maureen Patricia, c/o ILC EXPORTACIONES, S. DE R.L. DE C.V., Mexico, Distrito Federal, Mexico; Mexico; DOB 11 Jun 1972; POB Carmen Central San Jose, Costa Rica; nationality Costa Rica; citizen Costa Rica; Cedula No. 108390780 (Costa Rica) (individual) [SDNTK].

GUTIERREZ GARAVITO, Armando, c/o BLUE-STAR SECCION HOSTELERIA S.L., Parla, Madrid, Spain; c/o EMPRESA DE EMPLEOS TEMPORALES LA UNICA LTDA., Villavicencio, Colombia; c/o INVERSIONES GANADERAS Y PALMERAS S.A., Bogota, Colombia; c/o INVERSIONES GANAGRO LTDA., Villavicencio, Colombia; c/o INVERSIONES TALADRO LTDA., Villavicencio, Colombia; Calle 8B No. 77-30, Bogota, Colombia; Calle 8B No. 78-30 Castilla Real, Bogota, Colombia; Calle 23F No. 73F-03, Bogota, Colombia; Calle Hacienda de Pavones, No. 48, Madrid, Spain; Hacienda Oeste, Restrepo, Meta, Colombia; DOB 02 Dec 1959; POB Acacias, Meta, Colombia; Cedula No. 17410782 (Colombia);

N.I.E. X-1552120-B (Spain) (individual) [SDNTK].

GUTIERREZ HERNANDEZ, Javier Mauricio, c/o BINGO INTERNACIONAL E.U., Bogota, Colombia; c/o INVERSIONES GANADERAS Y PALMERAS S.A., Bogota, Colombia; Calle 18 No. 6-31 of. 704, Bogota, Colombia; Carrera 7 Bis No. 123-51 apto. 201, Barrio Santa Barbara, Bogota, Colombia; DOB 11 Dec 1968; POB Villavicencio, Colombia; Cedula No. 17339511 (Colombia) (individual) [SDNTK].

GUTIERREZ LOPEZ, Leonel Jose, Managua, Nicaragua; DOB 09 Feb 1963; POB Managua, Nicaragua; nationality Nicaragua; Gender Male; National ID No. 0010902630041C (Nicaragua) (individual) [NICARAGUA].

GUTIERREZ MERCADO, Walmaro Antonio, KM. 43.5 South Road Panamerican, South Panamerican Highway, Diriamba, Carazo, Nicaragua; DOB 05 May 1968; POB Managua, Nicaragua; nationality Nicaragua; Gender Male; Passport A0007922 (Nicaragua) issued 25 Sep 2007 expires 24 Sep 2012 (individual) [NICARAGUA].

GUTIERREZ OCHOA, Jose Luis (a.k.a. "Tolin"), Jalisco, Mexico; DOB 29 Dec 1987; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. GUOL871229HMNTCS09 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

GUTIERREZ PARRA, Jose Bernabe, Av Las Acacias entre Libertador y Andres Bello, Edf Florida Plaza Piso 2 Apt 2, Caracas, Gran Caracas 1010, Venezuela; DOB 21 Dec 1952; POB Caicara del Orinoco, Bolivar, Venezuela; nationality Venezuela; Gender Male; Cedula No. V-1565144 (Venezuela); Passport 068637114 (Venezuela) issued 04 Mar 2013 expires 03 Mar 2018 (individual) [VENEZUELA].

GUTIERREZ PARRA, Jose Luis, Calle Sucre, Res. Puma, Piso 2, Apto 24, Urb. Chacao, Caracas, Miranda 1060, Venezuela; DOB 13 Jun 1963; POB Puerto Ayacucho, Venezuela; nationality Venezuela; Gender Male; Cedula No. V-7048576 (Venezuela); Passport 108109658 (Venezuela) issued 15 Oct 2014 expires 14 Oct 2019 (individual) [VENEZUELA].

GUTIERREZ RENDON, Orlando (a.k.a. "NEGRO ORLANDO"); DOB 12 Jan 1966; POB Buenaventura, Valle, Colombia; citizen

Colombia; Cedula No. 16486550 (Colombia) (individual) [SDNTK].

GUTIERREZ, Dolis, c/o DOLL EXPORT LTDA., Bogota, Colombia; DOB 03 Oct 1962; POB San Martin, Meta, Colombia; Cedula No. 51658906 (Colombia) (individual) [SDNTK].

GUTNIK, Igor (Cyrillic: ГУТНИК, Игорь) (a.k.a. GUTNIK, Igor Nikolaevich (Cyrillic: ГУТНИК, Игорь Николаевич)), Brest, Belarus; DOB 17 Dec 1974; POB Zabolotye village, Smolevichskiy district, Minsk oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

GUTNIK, Igor Nikolaevich (Cyrillic: ГУТНИК, Игорь Николаевич) (a.k.a. GUTNIK, Igor (Cyrillic: ГУТНИК, Игорь)), Brest, Belarus; DOB 17 Dec 1974; POB Zabolotye village, Smolevichskiy district, Minsk oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

GUTOWN TRADE LIMITED (a.k.a. JAN TECHNOLOGY TRADING LIMITED), Unit 1406B, The Belgian Bank Building, Nos. 721-725 Nathan Road, Kowloon, Hong Kong, China; Organization Established Date 16 Nov 2021; Business Registration Number 73544584 (Hong Kong) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

GUTSAN, Aleksandr Vladimirovich (Cyrillic: ГУЦАН, Александр Владимирович) (a.k.a. GUTSAN, Alexander), Russia; DOB 06 Jul 1960; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

GUTSAN, Alexander (a.k.a. GUTSAN, Aleksandr Vladimirovich (Cyrillic: ГУЦАН, Александр Владимирович)), Russia; DOB 06 Jul 1960; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

GUTSUL, Yevgeniya Aleksandrovna (Cyrillic: ГУЦУЛ, Евгения Александровна), Moldova; DOB 06 Sep 1986; POB Etulia, Gagauzia, Moldova; nationality Moldova; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: SHOR, Ilan Mironovich).

GUZEL, Cebrail (a.k.a. GUZEL, Jebrail), Istanbul, Turkey; DOB 10 Jul 1993; POB Gerger, Adiyaman, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Identification Number 17011251840 (Turkey) (individual) [SDGT] (Linked To: AL QA'IDA).

GUZEL, Faruk (Latin: GÜZEL, Faruk), Malatya, Turkey; DOB 01 Oct 1968; POB Malatya, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 54163439634 (Turkey) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

GUZEL, Jebrail (a.k.a. GUZEL, Cebrail), Istanbul, Turkey; DOB 10 Jul 1993; POB Gerger, Adiyaman, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 17011251840 (Turkey) (individual) [SDGT] (Linked To: AL QA'IDA).

GUZEY, Vladislav Faridovich, United Arab Emirates; DOB 23 Jan 1996; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 711034707 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SUDAKOV, Andrey Dmitriyevich).

GUZMAN ENRIQUEZ, Juan Luis, Mexico; DOB 24 Jun 1950; POB La Huacana, Michoacan De Ocampo, Mexico; nationality Mexico; citizen Mexico; R.F.C. GUEJ500624 (Mexico); C.U.R.P. GUEJ500624HDFZNN06 (Mexico) (individual) [SDNTK].

GUZMAN FERNANDEZ, Joaquin (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

GUZMAN LOEIA, Joaquin (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a.

GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

GUZMAN LOERA, Joaquin (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

GUZMAN LOESA, Joaquin (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

GUZMAN LOPEZ, Joaquin (a.k.a. "El Guero"; a.k.a. "Guero Moreno"; a.k.a. "Moreno"), Sinaloa, Mexico; DOB 16 Jul 1986; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. GULJ860716HSRZPQ01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

GUZMAN LOPEZ, Ovidio (a.k.a. "El Raton"; a.k.a. "Raton Nuevo"), Mexico; DOB 29 Mar 1990; POB Culiacan, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GULO900329HSLZPV09 (Mexico) (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

GUZMAN LOREA, Chapo (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN

FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

GUZMAN OCHOA, Ulises, Calle Golfo de California No. 1585, Colonia Nuevo Culiacan, Culiacan, Sinaloa, Mexico; DOB 03 Jun 1975; POB Culiacan, Sinaloa, Mexico; C.U.R.P. GUOU750603HSLZCL08 (Mexico) (individual) [SDNTK] (Linked To: GASODIESEL Y SERVICIOS ANCONA, S.A. DE C.V.; Linked To: GASOLINERA ALAMOS COUNTRY, S.A. DE C.V.; Linked To: GASOLINERA Y SERVICIOS VILLABONITA, S.A. DE C.V.; Linked To: PETROBARRANCOS, S.A. DE C.V.; Linked To: SERVICIOS CHULAVISTA, S.A. DE C.V.).

GUZMAN PADILLA, Joaquin (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

GUZMAN SALAZAR, Archivaldo Ivan (a.k.a. GUZMAN SALAZAR, Ivan Archivaldo; a.k.a. "Chapito"; a.k.a. "Tocallo"), Culiacan, Sinaloa, Mexico; DOB 15 Aug 1983; POB Durango, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. GUSA830815HDGZLR06 (Mexico) (individual) [SDNTK] [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

GUZMAN SALAZAR, Ivan Archivaldo (a.k.a. GUZMAN SALAZAR, Archivaldo Ivan; a.k.a. "Chapito"; a.k.a. "Tocallo"), Culiacan, Sinaloa, Mexico; DOB 15 Aug 1983; POB Durango, Mexico; nationality Mexico; Gender Male;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. GUSA830815HDGZLR06 (Mexico) (individual) [SDNTK] [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

GUZMAN SALAZAR, Jesus Alfredo (a.k.a. "Alfredito"; a.k.a. "Menor"), Culiacan, Sinaloa, Mexico; DOB 17 May 1986; POB Jalisco, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. GUSJ860517HJCZLS06 (Mexico) (individual) [SDNTK] [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

GUZMAN, Achivaldo (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

GUZMAN, Archibaldo (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

GUZMAN, Aureliano (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo;

a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

GUZMAN, Chapo (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

GUZMAN, Joaquin Chapo (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

GUZUN, Andrei (a.k.a. KHAMIRZAEV, Adam; a.k.a. OLIFERCHIK, Adam Islamovych; a.k.a. "Adam Abu Darrar AL-SHISHANI"), Turkey; Potsdam, Germany; DOB 15 Dec 1985; POB Troitskaya, Russia; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

GV GOLD (a.k.a. PAO VYSOCHAISHY; a.k.a. PJSC VYSOCHAISHY; a.k.a. PUBLICHNOYE AKTSIONERNOYE OBSHCHESTVO VYSOCHAISHY; a.k.a. VYSOCHAISHI, PAO), 27A, Pristrasovaya Str., Taksimo, Muisky district, town, Taksimo, Republic of Buryatia 671560, Russia; ul. Berezovaya d. 17 Bodaibo Irkutsk Region, Irkutsk 666902, Russia; D. 38, B-r Gagarina, Irkutsk Region, Irkutsk 664025,

Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Nov 2002; Tax ID No. 3802008553 (Russia); Registration Number 1023800732878 (Russia) [RUSSIA-EO14024].

GWAIDER, Ageela Salah Issa (a.k.a. ESSA, Agila Saleh; a.k.a. GWAIDER, Agila Saleh Issa; a.k.a. ISSA, Aguila Saleh; a.k.a. QUYDIR, Aqilah Salih; a.k.a. SALEH, Aqilah); DOB 01 Jun 1942; POB Elgubba, Libya; nationality Libya; Passport D001001 (Libya) issued 22 Jan 2015 expires 22 Jan 2017; President and Speaker of the Libyan House of Representatives (individual) [LIBYA3].

GWAIDER, Agila Saleh Issa (a.k.a. ESSA, Agila Saleh; a.k.a. GWAIDER, Ageela Salah Issa; a.k.a. ISSA, Aguila Saleh; a.k.a. QUYDIR, Aqilah Salih; a.k.a. SALEH, Aqilah); DOB 01 Jun 1942; POB Elgubba, Libya; nationality Libya; Passport D001001 (Libya) issued 22 Jan 2015 expires 22 Jan 2017; President and Speaker of the Libyan House of Representatives (individual) [LIBYA3].

GX SHIPPING FZE (Arabic: جي اكس الشحن م م ح), P1 - ELOB Office No. E-41F-14, Hamriyah Free Zone, Sharjah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 12 Dec 2019; Commercial Registry Number 11578782 (United Arab Emirates); License 18390 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

GYNTEC CARBON SDN BHD, Skyridge Garden, 1-A38-1, Halaman Halia, Pulau Pinang, Penang 10470, Malaysia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 1227706-W (Malaysia) [RUSSIA-EO14024].

H & H METALFORM GMBH (a.k.a. H AND H METALFORM GMBH), Postfach 1160, Strontianitstrasse 5, Drensteinfurt 4406, Germany [IRAQ2].

H AND H METALFORM GMBH (a.k.a. H & H METALFORM GMBH), Postfach 1160, Strontianitstrasse 5, Drensteinfurt 4406, Germany [IRAQ2].

H HIDROCARBUROS S.A. DE C.V., Nuevo Leon, Mexico; Organization Established Date 08 Jun 2015; Organization Type: Manufacture of refined petroleum products; Folio Mercantil No. 153471 (Mexico) [TCO] (Linked To: HYSA, Arben).

H Y J COMERCIALIZADORA INTERNACIONAL LTDA, Carrera 15 No. 119-32, Bogota,

Colombia; NIT # 830106350-0 (Colombia); Matricula Mercantil No 01200175 (Bogota) [SDNTK].

HABANERO'S RESTAURANTE (a.k.a. CONCEPTOS GASTRONOMICOS DE SONORA, S. DE R.L. DE C.V.; a.k.a. HABANERO'S RESTAURANTE STEAK WINGS; a.k.a. HABANEROS STEAK WINGS), Nogales, Sonora, Mexico; Calle Ruiz Cortinez 914, Nogales, Sonora 84040, Mexico; Calle Ruiz Cortinez 895, Nogales, Sonora 84030, Mexico; Organization Established Date 03 Apr 2017; Organization Type: Restaurants and mobile food service activities; SRE Permit No. A201703091732456026 (Mexico) [ILLICIT-DRUGS-EO14059].

HABANERO'S RESTAURANTE STEAK WINGS (a.k.a. CONCEPTOS GASTRONOMICOS DE SONORA, S. DE R.L. DE C.V.; a.k.a. HABANERO'S RESTAURANTE; a.k.a. HABANEROS STEAK WINGS), Nogales, Sonora, Mexico; Calle Ruiz Cortinez 914, Nogales, Sonora 84040, Mexico; Calle Ruiz Cortinez 895, Nogales, Sonora 84030, Mexico; Organization Established Date 03 Apr 2017; Organization Type: Restaurants and mobile food service activities; SRE Permit No. A201703091732456026 (Mexico) [ILLICIT-DRUGS-EO14059].

HABANEROS STEAK WINGS (a.k.a. CONCEPTOS GASTRONOMICOS DE SONORA, S. DE R.L. DE C.V.; a.k.a. HABANERO'S RESTAURANTE; a.k.a. HABANERO'S RESTAURANTE STEAK WINGS), Nogales, Sonora, Mexico; Calle Ruiz Cortinez 914, Nogales, Sonora 84040, Mexico; Calle Ruiz Cortinez 895, Nogales, Sonora 84030, Mexico; Organization Established Date 03 Apr 2017; Organization Type: Restaurants and mobile food service activities; SRE Permit No. A201703091732456026 (Mexico) [ILLICIT-DRUGS-EO14059].

HABIB, Malik Ali (Arabic: مالك علن حبيب), Palmyra, Syria; DOB 04 Jan 1963; POB Jablah Latakia, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

HABIB, Mohammed Turki, Baghdad, Iraq (individual) [IRAQ2].

HABIB, Salah (a.k.a. HABIB, Saleh; a.k.a. HABIB, Salih), Villa 43A, al Syniar Street, Jumeirah 3, P.O. Box 127074, Dubai, United Arab Emirates; DOB 05 Jul 1962; POB Ain el-Karm, Syria; nationality Syria; citizen France; alt. citizen Syria; Gender Male; Passport

13AF69606 (France) expires 06 Feb 2023 (individual) [PAARSSR-EO13894].

HABIB, Saleh (a.k.a. HABIB, Salah; a.k.a. HABIB, Salih), Villa 43A, al Syniar Street, Jumeirah 3, P.O. Box 127074, Dubai, United Arab Emirates; DOB 05 Jul 1962; POB Ain el-Karm, Syria; nationality Syria; citizen France; alt. citizen Syria; Gender Male; Passport 13AF69606 (France) expires 06 Feb 2023 (individual) [PAARSSR-EO13894].

HABIB, Salih (a.k.a. HABIB, Salah; a.k.a. HABIB, Saleh), Villa 43A, al Syniar Street, Jumeirah 3, P.O. Box 127074, Dubai, United Arab Emirates; DOB 05 Jul 1962; POB Ain el-Karm, Syria; nationality Syria; citizen France; alt. citizen Syria; Gender Male; Passport 13AF69606 (France) expires 06 Feb 2023 (individual) [PAARSSR-EO13894].

HABIB, Soussou (a.k.a. ABIB, Soussou; a.k.a. SAIDOU, Habib; a.k.a. SOUSSOU, Habib), Boda, Lobaye Prefecture, Central African Republic; DOB 13 Mar 1980; nationality Central African Republic (individual) [CAR].

HABIBI, Ali (a.k.a. NAJAFI, Ali Habibi), Tehran, Iran; DOB 25 Dec 1977; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0060598298 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ASEMAN PISHRANEH CO. LTD).

HABIBI, Hasan (a.k.a. ARAMBUNEZHAD, Hasan), Iran; DOB 23 Sep 1975; POB Varamin, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 6589640386 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

HABIBI, Skender; DOB 13 Jul 1968; POB Vitina, Serbia and Montenegro (individual) [BALKANS].

HABIBULLAH HABIBULLAH, Mohamed Rafeek (a.k.a. HABIBULLAH, Mohamed Rafeek), United Arab Emirates; DOB 20 Feb 1973; nationality India; Gender Male; Passport Y9R071494 (India); Identification Number 784-1973-5037419-1 (United Arab Emirates) issued 16 Jan 2024 expires 15 Jan 2026; Residency Number 134297754 (United Arab Emirates) (individual) [IRAN-EO13902].

HABIBULLAH, Mohamed Rafeek (a.k.a. HABIBULLAH HABIBULLAH, Mohamed

Rafeek), United Arab Emirates; DOB 20 Feb 1973; nationality India; Gender Male; Passport Y9R071494 (India); Identification Number 784-1973-5037419-1 (United Arab Emirates) issued 16 Jan 2024 expires 15 Jan 2026; Residency Number 134297754 (United Arab Emirates) (individual) [IRAN-EO13902].

HABO, Muhammed (a.k.a. AL-HABU, Muhammad; a.k.a. AL-HABU, Muhammad Abd-al-Karim; a.k.a. AL-HEBO, Muhamad Ali; a.k.a. ALHOBO, Mohamad Abdulkarim; a.k.a. HABU, Muhammad; a.k.a. HEBBO, Mohammed), Hurriyet Caddesi, Sahinbey, Gaziantep, Turkey; Syria; Lebanon; DOB 01 Oct 1980; alt. DOB 15 Mar 1983; alt. DOB 01 Jan 1980; POB Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00814L001424 (Syria); National ID No. 2020409266 (Syria); alt. National ID No. 2020316097 (Syria); alt. National ID No. 10716775 (Syria) (individual) [SDGT] (Linked To: AL-HEBO JEWELRY COMPANY).

HABU, Muhammad (a.k.a. AL-HABU, Muhammad; a.k.a. AL-HABU, Muhammad Abd-al-Karim; a.k.a. AL-HEBO, Muhamad Ali; a.k.a. ALHOBO, Mohamad Abdulkarim; a.k.a. HABO, Muhammed; a.k.a. HEBBO, Mohammed), Hurriyet Caddesi, Sahinbey, Gaziantep, Turkey; Syria; Lebanon; DOB 01 Oct 1980; alt. DOB 15 Mar 1983; alt. DOB 01 Jan 1980; POB Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00814L001424 (Syria); National ID No. 2020409266 (Syria); alt. National ID No. 2020316097 (Syria); alt. National ID No. 10716775 (Syria) (individual) [SDGT] (Linked To: AL-HEBO JEWELRY COMPANY).

HACIENDA CIEN ANOS DE TIJUANA, S. DE R.L. DE C.V. (a.k.a. COCINA ANTIGUA, S. DE R.L. DE C.V.; a.k.a. LA HACIENDA DE TIJUANA, S. DE R.L. DE C.V.), Blvd. Sanchez Taboada S/N, No. 10451, Zona Rio, Fte. de Saverios e Arreola y cion accesso, Tijuana, Baja California, Mexico; Calle Jose Maria Velazco No. 1407, Colonia Zona Rio, Baja California, Mexico; Sanchez Taboada 10451, Rio Tijuana, Arreola y Cjon de Acceso Frente a Saveri, Tijuana, Baja California, Mexico; R.F.C. HTI010702GR7 (Mexico); alt. R.F.C. CAN010702DF8 (Mexico) [SDNTK].

HAD KAEW COMPANY LTD. (a.k.a. BORISAT HAT KAEO CHAMKAT; a.k.a. HATKAEW COMPANY LTD.), 275 Soi Thiam Ruammit,

Ratchada Phisek Road, Huai Khwang district, Bangkok, Thailand [SDNTK].

HADDAD ADEL, Gholamali (a.k.a. HADDAD ADEL, Gholam-Ali; a.k.a. HADDAD-ADEL, Gholamali; a.k.a. HADDADADEL, Gholam-Ali), Iran; DOB 1945; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

HADDAD ADEL, Gholam-Ali (a.k.a. HADDAD ADEL, Gholamali; a.k.a. HADDAD-ADEL, Gholamali; a.k.a. HADDADADEL, Gholam-Ali), Iran; DOB 1945; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

HADDAD, Fethi Ben Assen Ben Salem, Via Fulvio Testi, 184, Cinisello Balsamo, Milan, Italy; Via Porte Giove, 1, Mortara, Pavia, Italy; DOB 28 Mar 1963; alt. DOB 28 Jun 1963; POB Tataouene, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L 183017 issued 14 Feb 1996 expires 13 Feb 2001; Italian Fiscal Code HDDFTH63H28Z352V (individual) [SDGT].

HADDAD-ADEL, Gholamali (a.k.a. HADDAD ADEL, Gholamali; a.k.a. HADDAD ADEL, Gholam-Ali; a.k.a. HADDADADEL, Gholam-Ali), Iran; DOB 1945; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

HADDADADEL, Gholam-Ali (a.k.a. HADDAD ADEL, Gholamali; a.k.a. HADDAD ADEL, Gholam-Ali; a.k.a. HADDAD-ADEL, Gholamali), Iran; DOB 1945; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

HADDADNEZHAD, Sayyed Mohammad Ali Jalal (a.k.a. TEHRANI, Sayyed Mohammad Ali Haddadnezhad), Iran; DOB 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 32371002 (individual) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JEHAD ORGANIZATION).

HADI SHIPPING COMPANY LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions;

Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HADI, Abdul (a.k.a. "DOCTOR"); DOB 01 Oct 1979; POB Nawzad District of Helmand Province; citizen Afghanistan (individual) [SDNTK].

HADI, Mizban Khadr; DOB 1938; POB Mandali District, Diyala, Iraq; nationality Iraq; member, Ba'th party regional command and Revolutionary Command Council since 1991 (individual) [IRAQ2].

HADIAN, Ali (a.k.a. MAHDAVIAN, Ali (Arabic: علی مهدویان)), Karaj, Shahrak Behdari Kh Faajr 13, Rejayi 21, Tehran 3148634998, Iran; DOB 11 Dec 1992; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0015252434 (Iran) (individual) [ELECTION-EO13848] (Linked To: EMENNET PASARGAD).

HADI'S WORLD INCORPORATED (a.k.a. "HADI'S WORLD"; a.k.a. "HADI'S WORLD INC"), 29 Lombard Street, Werk-en-Rust, Georgetown, Guyana; Organization Established Date 29 Sep 2009; Organization Type: Mining and Quarrying [GLOMAG] (Linked To: MOHAMED'S ENTERPRISE).

HADWAN, Hasib (a.k.a. HADWAN, Hasib Muhammad; a.k.a. "ZAYN, Hajj"; a.k.a. "ZAYN, Hajj Mustafa"; a.k.a. "ZEIN, Hajj"), Lebanon; DOB 1959; POB Hazin, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2288073 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

HADWAN, Hasib Muhammad (a.k.a. HADWAN, Hasib; a.k.a. "ZAYN, Hajj"; a.k.a. "ZAYN, Hajj Mustafa"; a.k.a. "ZEIN, Hajj"), Lebanon; DOB 1959; POB Hazin, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2288073 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

HADZIHASANOVIC, Enver; DOB 07 Jul 1950; POB Zvornik, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

HAEGU'MGANG TRADING COMPANY (a.k.a. KOREA HAEGUMGANG TRADING CORPORATION; a.k.a. KOREA RIMYONGSU TRADING CORPORATION; a.k.a. NAEGU'NGANG TRADING COMPANY), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

HAEJIN SHIP MANAGEMENT COMPANY LIMITED, Tonghung-dong, Chung-guyok, Pyongyang, Korea, North; Tonghung-dong, Central District, Pyongyang, Korea, North; Email Address haejinsm@silibank.net.kp; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 5814866 [DPRK].

HAEYANG CREW MANAGEMENT COMPANY (a.k.a. EAST SEA SHIPPING COMPANY; a.k.a. KOREA MIRAE SHIPPING CO. LTD.; a.k.a. OCEAN MARITIME MANAGEMENT COMPANY LIMITED), Dongheung-dong Changgwang Street, Chung-ku, PO Box 125, Pyongyang, Korea, North; Donghung Dong, Central District, PO Box 120, Pyongyang, Korea, North; No. 10, 10th Floor, Unit 1, Wu Wu Lu 32-1, Zhong Shan Qu, Dalian City, Liaoning Province, China; 22 Jin Cheng Jie, Zhong Shan Qu, Dalian City, Liaoning Province, China; 43-39 Lugovaya, Vladivostok, Russia; CPO Box 120, Tonghung-dong, Chung-gu, Pyongyang, Korea, North; Bangkok, Thailand; Lima, Peru; Port Said, Egypt; Singapore; Brazil; Hong Kong, China; Shenzhen, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 1790183 [DPRK].

HAFAZ, Abu Ubayda Hairi (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu

Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

HAFEMAZAMINI, Huseyin (a.k.a. AMINI, Hosein Hafez; a.k.a. AMINI, Hossein Hafez; a.k.a. AMINI, Huseyin Hafez; a.k.a. AMINI, Hussein Hafiz; a.k.a. HAFEZAMINI, Huseyin), Turkey; DOB 23 Aug 1969; nationality Iran; alt. nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A3784761 (Iran) expires 11 Aug 2021; alt. Passport U12438217 (Turkey) expires 30 Mar 2026 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

HAFEZ DARYA ARYA SHIPPING COMPANY (a.k.a. HAFEZ DARYA ARYA SHIPPING LINE; a.k.a. HAFEZ-E DARYAY-E ARIA SHIPPING LINES; f.k.a. HAFIZ DARYA SHIPPING COMPANY; f.k.a. HAFIZ-E-DARYA SHIPPING LINES; a.k.a. HDASCO SHIPPING COMPANY; a.k.a. "HDAS CO."; f.k.a. "HDAS LINES"; a.k.a. "HDASCO"; f.k.a. "HDS LINES"; f.k.a. "HDSL"; f.k.a. "HDSLINES CO."), Asseman Tower, Pasdaran Street, Tehran, Iran; No 60, Pasdaran Avenue, 7th Neyestan Street, Ehteshamiyeh Square, Tehran, Iran; Website www.hdasco.com; Additional Sanctions

Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii). alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 341417 (Iran) [IRAN] [IFCA].

HAFEZ DARYA ARYA SHIPPING LINE (a.k.a. HAFEZ DARYA ARYA SHIPPING COMPANY; a.k.a. HAFEZ-E DARYAY-E ARIA SHIPPING LINES; f.k.a. HAFIZ DARYA SHIPPING COMPANY; f.k.a. HAFIZ-E-DARYA SHIPPING LINES; a.k.a. HDASCO SHIPPING COMPANY; a.k.a. "HDAS CO."; f.k.a. "HDAS LINES"; a.k.a. "HDASCO"; f.k.a. "HDS LINES"; f.k.a. "HDSL"; f.k.a. "HDSLINES CO."), Asseman Tower, Pasdaran Street, Tehran, Iran; No 60, Pasdaran Avenue, 7th Neyestan Street, Ehteshamiyeh Square, Tehran, Iran; Website www.hdasco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii). alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 341417 (Iran) [IRAN] [IFCA].

HAFEZ, Abu-Obaidah Khairy (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA,

Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

HAFEZAMINI, Huseyin (a.k.a. AMINI, Hosein Hafez; a.k.a. AMINI, Hossein Hafez; a.k.a. AMINI, Huseyin Hafez; a.k.a. AMINI, Hussein Hafiz; a.k.a. HAFEMAZAMINI, Huseyin), Turkey; DOB 23 Aug 1969; nationality Iran; alt. nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A3784761 (Iran) expires 11 Aug 2021; alt. Passport U12438217 (Turkey) expires 30 Mar 2026 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

HAFEZ-E DARYAY-E ARIA SHIPPING LINES (a.k.a. HAFEZ DARYA ARYA SHIPPING COMPANY; a.k.a. HAFEZ DARYA ARYA SHIPPING LINE; f.k.a. HAFIZ DARYA SHIPPING COMPANY; f.k.a. HAFIZ-E-DARYA SHIPPING LINES; a.k.a. HDASCO SHIPPING COMPANY; a.k.a. "HDAS CO."; f.k.a. "HDAS LINES"; a.k.a. "HDASCO"; f.k.a. "HDS LINES"; f.k.a. "HDSL"; f.k.a. "HDSLINES CO."), Asseman Tower, Pasdaran Street, Tehran, Iran; No 60, Pasdaran Avenue, 7th Neyestan Street, Ehteshamiyeh Square, Tehran, Iran; Website

www.hdasco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 341417 (Iran) [IRAN] [IFCA].

HAFIZ DARYA SHIPPING COMPANY (a.k.a. HAFEZ DARYA ARYA SHIPPING COMPANY; a.k.a. HAFEZ DARYA ARYA SHIPPING LINE; a.k.a. HAFEZ-E DARYAY-E ARIA SHIPPING LINES; f.k.a. HAFIZ-E-DARYA SHIPPING LINES; a.k.a. HDASCO SHIPPING COMPANY; a.k.a. "HDAS CO."; f.k.a. "HDAS LINES"; a.k.a. "HDASCO"; f.k.a. "HDS LINES"; f.k.a. "HDSL"; f.k.a. "HDSLINES CO."), Asseman Tower, Pasdaran Street, Tehran, Iran; No 60, Pasdaran Avenue, 7th Neyestan Street, Ehteshamiyeh Square, Tehran, Iran; Website www.hdasco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 341417 (Iran) [IRAN] [IFCA].

HAFIZ, Abu Ubaydah Khayr (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a.

ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

HAFIZ, Abu 'Ubaydah Khayri (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street,

Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

HAFIZ, Said Khan (a.k.a. AHMAD, Sayed; a.k.a. KHAN, Hafez Sayed; a.k.a. KHAN, Hafiz Saeed; a.k.a. KHAN, Hafiz Sa'id; a.k.a. KHAN, Hafiz Said; a.k.a. KHAN, Hafiz Said Muhammad; a.k.a. KHAN, Shaykh Hafidh Sa'id; a.k.a. KHAN, Wali Hafiz Sayid; a.k.a. SAEED, Hafiz; a.k.a. SA'ID, Hafiz); DOB 01 Jan 1976 to 31 Dec 1978; alt. DOB 01 Jan 1977 to 31 Dec 1979; POB Mamondzowi Village, Orakzai Agency, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAFIZ-E-DARYA SHIPPING LINES (a.k.a. HAFEZ DARYA ARYA SHIPPING COMPANY; a.k.a. HAFEZ DARYA ARYA SHIPPING LINE; a.k.a. HAFEZ-E DARYAY-E ARIA SHIPPING LINES; f.k.a. HAFIZ DARYA SHIPPING COMPANY; a.k.a. HDASCO SHIPPING COMPANY; a.k.a. "HDAS CO."; f.k.a. "HDAS LINES"; a.k.a. "HDASCO"; f.k.a. "HDS LINES"; f.k.a. "HDSL"; f.k.a. "HDSLINES CO."), Asseman Tower, Pasdaran Street, Tehran, Iran; No 60, Pasdaran Avenue, 7th Neyestan Street, Ehteshamiyeh Square, Tehran, Iran; Website www.hdasco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE

OFFICERS. Sec. 5(a)(vii); Registration Number 341417 (Iran) [IRAN] [IFCA].

HAFSAT, Abu (a.k.a. AL-BARNAWI, Khaled; a.k.a. AL-BARNAWI, Khalid; a.k.a. BARNAWI, Khalid; a.k.a. EL-BARNAOUI, Khaled; a.k.a. USMAN, Mohammed), Nigeria; DOB 1976; POB Maiduguri, Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAG, Omar Ahmed Omar Ahmed (a.k.a. HAJJ, Umar Ahmad Umar Ahmad), Yemen; DOB 03 Feb 1994; POB Hodaidah, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 06138572 (Yemen) expires 26 Mar 2030 (individual) [SDGT] (Linked To: ANSARALLAH).

HAGHANIAN, Vahid, Iran; DOB 1961; alt. DOB 1962; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

HAGHIGHAT, Ghasem (a.k.a. "GAO, Shan"), China; Iran; DOB 19 Jun 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G9302650 (Iran) expires 04 Dec 2012; alt. Passport A0026483 (Iran) expires 25 Nov 2004 (individual) [NPWMD] [IFSR] (Linked To: BEIJING SHINY NIGHTS TECHNOLOGY DEVELOPMENT CO., LTD).

HAGHIGHIAN, Mohammad Hossein, Iran; DOB 1989; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: KIMIYA PAKHSH SHARGH).

HAI HSING, Sae Wei (a.k.a. APHICHART, Cheewinprapasi; a.k.a. HKIM, Aik Hsam; a.k.a. SOONTHRON, Cheewinprapasri; a.k.a. SUNTHORN, Chiwinpraphasi; a.k.a. WEI, Hsueh Lung; a.k.a. "CHAIRMAN KEUN"; a.k.a. "KEUN DONG"; a.k.a. "KEUN SEU CHANG"; a.k.a. "TI JUNG"; a.k.a. "WEI HSUEH LUNG"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; Pang Poi, Shan, Burma; Na Lot, Shan, Burma; 409/4, Soi Wachiratham Sathit 34, Khwaeng Bang Chak, Khet Phra Khanong, Bangkok, Thailand; DOB 1936; POB Chiang Rai, Thailand; Passport B265235 (Thailand); National Foreign ID Number 5570700010951 (Thailand) (individual) [SDNTK].

HAICHUK, Mikalai Mikalaevich (Cyrillic: ГАЙЧУК, Мікалай Мікалаевіч) (a.k.a. GAICHUK, Nikolai Nikolaevich (Cyrillic: ГАЙЧУК, Николай Николаевич); a.k.a. GAICHUK, Nikolay), Nezalezhnosti vulica, 16, Viliejka, Minsk Oblasti, Belarus; DOB 31 May 1973; nationality Belarus; Gender Male; National ID No. 3310573B014PB8 (Belarus) (individual) [BELARUS-EO14038].

HAIDAMOUS, Joseph Elia (a.k.a. HAIDAMOUS, Joseph Ilya (Arabic: جوزيف ايليا هيدموس); a.k.a. HAYDAMOUS, Joseph Elia), Lebanon; DOB 20 Sep 1965; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

HAIDAMOUS, Joseph Ilya (Arabic: جوزيف ايليا هيدموس) (a.k.a. HAIDAMOUS, Joseph Elia; a.k.a. HAYDAMOUS, Joseph Elia), Lebanon; DOB 20 Sep 1965; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

HAIDAR, Mohamad Ali (a.k.a. HAYDAR, Muhammad; a.k.a. HAYDAR, Muhammad Ali; a.k.a. "HAYDAR, Abu Ali"); DOB 25 Nov 1959; POB Kabrika, Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 469/2005 (Lebanon) (individual) [SDGT].

HAIDER, Farhan Hussein (a.k.a. HAYDAR, Farhan Hussein), Somalia; South C, Monari Estate House No. 101, Nairobi, Kenya; DOB 1986; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 27478723 (Kenya) (individual) [SDGT] (Linked To: AL-SHABAAB).

HAIDUKEVICH, Aleh Siarheevich (Cyrillic: ГАЙДУКЕВІЧ, Алег Сяргеевіч) (a.k.a. GAIDUKEVICH, Oleg Sergeevich (Cyrillic: ГАЙДУКЕВИЧ, Олег Сергеевич)), Minsk, Belarus; DOB 26 Mar 1977; POB Minsk, Belarus; nationality Belarus; Gender Male; Passport MP2663333 (Belarus); National Foreign ID Number 3260377A081PB9 (Belarus) (individual) [BELARUS-EO14038].

HAIMA SHIPPING LIMITED, Mahe, Seychelles; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6413519 [UKRAINE-EO13662] [RUSSIA-EO14024].

HAINDL, Daniel, Russia; DOB 30 Aug 1977; POB Rostov Na Donu, Russia; nationality Czech Republic; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 7708309906 (Czech Republic) (individual) [RUSSIA-EO14024].

HAITIAN CIS LLC (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHAITIAN SNG), Volokolamskoe Shosse Dom 116, Str.4, Moscow 125310, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733847577 (Russia); Registration Number 1137746577770 (Russia) [RUSSIA-EO14024].

HAITIAN PRECISION LLC (a.k.a. KHAITIAN PRESIZHN), Proezd Novovladykinskii D. 8, Str. 5, Moscow 127106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733375405 (Russia); Registration Number 1217700496958 (Russia) [RUSSIA-EO14024].

HAJAN, Pah (a.k.a. SAWADJAAN, Hatib Hajan; a.k.a. SAWADJAAN, Hatib Hajjan), Mindanao, Philippines; DOB 1959; POB Jolo City, Philippines; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAJI ABDUL BASIR AND ZAR JAMEEL HAWALA (a.k.a. HAJI ABDUL BASIR EXCHANGE SHOP; a.k.a. HAJI BASEER HAWALA; a.k.a. HAJI BASHIR AND ZARJMIL HAWALA COMPANY; a.k.a. HAJI BASIR AND ZARJAMIL CURRENCY EXCHANGE; a.k.a. HAJI BASIR AND ZARJMIL COMPANY HAWALA; a.k.a. HAJI BASIR HAWALA; a.k.a. HAJI ZAR JAMIL, HAJI ABDUL BASEER MONEY CHANGER), Sanatan (variant Sanatin) Bazaar, Sanatan Bazaar Street, near Trench (variant Tranch) Road, Chaman, Balochistan Province, Pakistan; Quetta, Pakistan; Lahore, Pakistan; Peshawar, Pakistan; Karachi, Pakistan; Islamabad, Pakistan; Qandahar Province, Afghanistan; Herat Province, Afghanistan; Helmand Province, Afghanistan; Dubai, United Arab Emirates; Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HAJI ABDUL BASIR EXCHANGE SHOP (a.k.a. HAJI ABDUL BASIR AND ZAR JAMEEL HAWALA; a.k.a. HAJI BASEER HAWALA; a.k.a. HAJI BASHIR AND ZARJMIL HAWALA

COMPANY; a.k.a. HAJI BASIR AND ZARJAMIL CURRENCY EXCHANGE; a.k.a. HAJI BASIR AND ZARJMIL COMPANY HAWALA; a.k.a. HAJI BASIR HAWALA; a.k.a. HAJI ZAR JAMIL, HAJI ABDUL BASEER MONEY CHANGER), Sanatan (variant Sanatin) Bazaar, Sanatan Bazaar Street, near Trench (variant Tranch) Road, Chaman, Balochistan Province, Pakistan; Quetta, Pakistan; Lahore, Pakistan; Peshawar, Pakistan; Karachi, Pakistan; Islamabad, Pakistan; Qandahar Province, Afghanistan; Herat Province, Afghanistan; Helmand Province, Afghanistan; Dubai, United Arab Emirates; Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HAJI ABDUL QAYOUM, Eisa Jan (a.k.a. HAJI ABDUL QAYOUM, Eisa Jon; a.k.a. HAJI ABDUL QAYOUM, Eissa Jan); DOB 13 Apr 1986; alt. DOB 13 Nov 1986; POB Kandahar, Afghanistan; citizen Afghanistan; Passport OR306785 (Afghanistan); alt. Passport OR022979 (Afghanistan) (individual) [SDNTK].

HAJI ABDUL QAYOUM, Eisa Jon (a.k.a. HAJI ABDUL QAYOUM, Eisa Jan; a.k.a. HAJI ABDUL QAYOUM, Eissa Jan); DOB 13 Apr 1986; alt. DOB 13 Nov 1986; POB Kandahar, Afghanistan; citizen Afghanistan; Passport OR306785 (Afghanistan); alt. Passport OR022979 (Afghanistan) (individual) [SDNTK].

HAJI ABDUL QAYOUM, Eissa Jan (a.k.a. HAJI ABDUL QAYOUM, Eisa Jan; a.k.a. HAJI ABDUL QAYOUM, Eisa Jon); DOB 13 Apr 1986; alt. DOB 13 Nov 1986; POB Kandahar, Afghanistan; citizen Afghanistan; Passport OR306785 (Afghanistan); alt. Passport OR022979 (Afghanistan) (individual) [SDNTK].

HAJI AHMAD SHAH HAWALA (a.k.a. AHMAD SHAH HAWALA; a.k.a. MAULAWI AHMED SHAH HAWALA; a.k.a. MULLAH AHMED SHAH HAWALA; a.k.a. ROSHAN MONEY EXCHANGE; a.k.a. ROSHAN SARAFI; a.k.a. ROSHAN SHIRKAT; a.k.a. ROSHAN TRADING COMPANY; a.k.a. RUSHAAN TRADING COMPANY), Floor 5, Shop 25, Kandahar City Sarafi Market, Kandahar District, Kandahar Province, Afghanistan; Lakri, Helmand Province, Afghanistan; Aziz Market, In front of Azizi Bank, Waish Border, Spin Boldak District, Kandahar Province, Afghanistan; Gardi Jungle, Balochistan Province, Pakistan; Chaghi, Balochistan Province, Pakistan; Fahr Khan (variant Furqan) Center, Shop Number 1584, Chalhor Mal Road, Quetta, Balochistan Province, Pakistan; St. Flore, Flat Number 4,

Furqan Center, Jamaludden (variant Jamaludin) Afghani Road, Quetta, Balochistan Province, Pakistan; Muslim Plaza Building, Doctor Banu Road, 2nd Floor, Office Number 4, Quetta, Balochistan Province, Pakistan; Cholmon Road, Quetta, Balochistan Province, Pakistan; Munsafi Road, Quetta, Balochistan Province, Pakistan; Abdul Samad Khan Street, Next to Fathma Jena Road, Kadari Place, 1st Floor, Shop Number 1, Quetta, Balochistan Province, Pakistan; Safar Bazaar, Garm Ser District, Helmand Province, Afghanistan; Main Bazaar, Safar, Helmand Province, Afghanistan; Money Exchange Market, Lashkar Gah, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, Lashkar Gah, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Helmand Province, Afghanistan; Hazar Joft, Garmser District, Helmand Province, Afghanistan; Ismat Bazaar, Marjah District, Helmand Province, Afghanistan; Zaranj, Nimruz Province, Afghanistan; Suite 8, 4th Floor, Sarrafi Market, District 1, Kandahar City, Kandahar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: TALIBAN).

HAJI ALIM HAWALA (a.k.a. HAJI HAKIM HAWALA; a.k.a. HAJI KHAIR ULLAH MONEY SERVICE; a.k.a. HAJI KHAIRULLAH AND ABDUL SATTAR AND COMPANY; a.k.a. HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE; a.k.a. HAJI KHAIRULLAH MONEY EXCHANGE; a.k.a. HAJI KHAIRULLAH-HAJI SATTAR SARAFI; a.k.a. HAJI SALAM HAWALA), Chohar Mir Road, Qandahari Bazaar, Quetta, Balochistan Province, Pakistan; Room Number 1, Abdul Sattar Plaza, Hafiz Saleem Street, Munsafi Road, Quetta, Balochistan Province, Pakistan; Shop Number 3, Dr. Bano Road, Quetta, Pakistan; Office Number 3, Dr. Bano Road, Near Fatima Jinnah Road, Quetta, Pakistan; Kachara Road, Naserullah Khan Chawk, Quetta, Pakistan; Wazir Mohammad Road, Quetta, Balochistan Province, Pakistan; Moishah Chowk Road, Lahore, Punjab Province, Pakistan; Karachi, Sindh Province, Pakistan; 2 Larran Road, Chaman, Balochistan Province, Pakistan; Chaman Central Bazaar, Chaman, Balochistan Province, Pakistan; Shah Zada Market, Shop Number 237, Kabul, Afghanistan; Sarai Shahzada, 3rd Floor, Shop Number 257, Kabul, Afghanistan; Sharai Shahzada Market, Kabul, Afghanistan;

Kandahar City Sarafi Market, 2nd Floor, Shop 21 and 22, Kandahar City, Kandahar Province, Afghanistan; New Sarafi Market, 2nd Floor, Kandahar City, Kandahar Province, Afghanistan; Safi Market, Kandahar City, Kandahar Province, Afghanistan; Gereshk City, Nahr-e Saraj District, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Lashkar Gah, Lashkar Gah District, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, 2nd Floor, Lashkar Gah District, Helmand Province, Afghanistan; Khorasan Market, 3rd Floor, Suite Number 196-197, Herat, Afghanistan; Shahre Naw, District 5, Khorasan Market, Herat, Afghanistan; Sarafi Market, Zaranj District, Nimroz Province, Afghanistan; Ansari Market, 2nd Floor, Nimroz, Afghanistan; Sarafi Market, Wesh, Afghanistan; Wesh, Spin Boldak District, Kandahar Province, Afghanistan; Sarafi Market, Farah, Afghanistan; Dubai, United Arab Emirates; Zahedan, Iran; Zabul, Iran; Peshawar, Khyber Paktunkhwa Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 1774308 (Pakistan); alt. Tax ID No. 0980338 (Pakistan); alt. Tax ID No. 3187777 (Pakistan); Afghan Money Service Provider License Number 044 (Afghanistan) [SDGT] (Linked To: TALIBAN).

HAJI BASEER HAWALA (a.k.a. HAJI ABDUL BASIR AND ZAR JAMEEL HAWALA; a.k.a. HAJI ABDUL BASIR EXCHANGE SHOP; a.k.a. HAJI BASHIR AND ZARJMIL HAWALA COMPANY; a.k.a. HAJI BASIR AND ZARJAMIL CURRENCY EXCHANGE; a.k.a. HAJI BASIR AND ZARJMIL COMPANY HAWALA; a.k.a. HAJI BASIR HAWALA; a.k.a. HAJI ZAR JAMIL, HAJI ABDUL BASEER MONEY CHANGER), Sanatan (variant Sanatin) Bazaar, Sanatan Bazaar Street, near Trench (variant Tranch) Road, Chaman, Balochistan Province, Pakistan; Quetta, Pakistan; Lahore, Pakistan; Peshawar, Pakistan; Karachi, Pakistan; Islamabad, Pakistan; Qandahar Province, Afghanistan; Herat Province, Afghanistan; Helmand Province, Afghanistan; Dubai, United Arab Emirates; Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HAJI BASHIR AND ZARJMIL HAWALA COMPANY (a.k.a. HAJI ABDUL BASIR AND ZAR JAMEEL HAWALA; a.k.a. HAJI ABDUL BASIR EXCHANGE SHOP; a.k.a. HAJI BASEER HAWALA; a.k.a. HAJI BASIR AND ZARJAMIL CURRENCY EXCHANGE; a.k.a.

HAJI BASIR AND ZARJMIL COMPANY HAWALA; a.k.a. HAJI BASIR HAWALA; a.k.a. HAJI ZAR JAMIL, HAJI ABDUL BASEER MONEY CHANGER), Sanatan (variant Sanatin) Bazaar, Sanatan Bazaar Street, near Trench (variant Tranch) Road, Chaman, Balochistan Province, Pakistan; Quetta, Pakistan; Lahore, Pakistan; Peshawar, Pakistan; Karachi, Pakistan; Islamabad, Pakistan; Qandahar Province, Afghanistan; Herat Province, Afghanistan; Helmand Province, Afghanistan; Dubai, United Arab Emirates; Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HAJI BASIR AND ZARJAMIL CURRENCY EXCHANGE (a.k.a. HAJI ABDUL BASIR AND ZAR JAMEEL HAWALA; a.k.a. HAJI ABDUL BASIR EXCHANGE SHOP; a.k.a. HAJI BASEER HAWALA; a.k.a. HAJI BASHIR AND ZARJMIL HAWALA COMPANY; a.k.a. HAJI BASIR AND ZARJMIL COMPANY HAWALA; a.k.a. HAJI BASIR HAWALA; a.k.a. HAJI ZAR JAMIL, HAJI ABDUL BASEER MONEY CHANGER), Sanatan (variant Sanatin) Bazaar, Sanatan Bazaar Street, near Trench (variant Tranch) Road, Chaman, Balochistan Province, Pakistan; Quetta, Pakistan; Lahore, Pakistan; Peshawar, Pakistan; Karachi, Pakistan; Islamabad, Pakistan; Qandahar Province, Afghanistan; Herat Province, Afghanistan; Helmand Province, Afghanistan; Dubai, United Arab Emirates; Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HAJI BASIR AND ZARJMIL COMPANY HAWALA (a.k.a. HAJI ABDUL BASIR AND ZAR JAMEEL HAWALA; a.k.a. HAJI ABDUL BASIR EXCHANGE SHOP; a.k.a. HAJI BASEER HAWALA; a.k.a. HAJI BASHIR AND ZARJMIL HAWALA COMPANY; a.k.a. HAJI BASIR AND ZARJAMIL CURRENCY EXCHANGE; a.k.a. HAJI BASIR HAWALA; a.k.a. HAJI ZAR JAMIL, HAJI ABDUL BASEER MONEY CHANGER), Sanatan (variant Sanatin) Bazaar, Sanatan Bazaar Street, near Trench (variant Tranch) Road, Chaman, Balochistan Province, Pakistan; Quetta, Pakistan; Lahore, Pakistan; Peshawar, Pakistan; Karachi, Pakistan; Islamabad, Pakistan; Qandahar Province, Afghanistan; Herat Province, Afghanistan; Helmand Province, Afghanistan; Dubai, United Arab Emirates; Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HAJI BASIR HAWALA (a.k.a. HAJI ABDUL BASIR AND ZAR JAMEEL HAWALA; a.k.a. HAJI ABDUL BASIR EXCHANGE SHOP; a.k.a. HAJI BASEER HAWALA; a.k.a. HAJI BASHIR AND ZARJMIL HAWALA COMPANY; a.k.a. HAJI BASIR AND ZARJAMIL CURRENCY EXCHANGE; a.k.a. HAJI BASIR AND ZARJMIL COMPANY HAWALA; a.k.a. HAJI ZAR JAMIL, HAJI ABDUL BASEER MONEY CHANGER), Sanatan (variant Sanatin) Bazaar, Sanatan Bazaar Street, near Trench (variant Tranch) Road, Chaman, Balochistan Province, Pakistan; Quetta, Pakistan; Lahore, Pakistan; Peshawar, Pakistan; Karachi, Pakistan; Islamabad, Pakistan; Qandahar Province, Afghanistan; Herat Province, Afghanistan; Helmand Province, Afghanistan; Dubai, United Arab Emirates; Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HAJI HAKIM HAWALA (a.k.a. HAJI ALIM HAWALA; a.k.a. HAJI KHAIR ULLAH MONEY SERVICE; a.k.a. HAJI KHAIRULLAH AND ABDUL SATTAR AND COMPANY; a.k.a. HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE; a.k.a. HAJI KHAIRULLAH MONEY EXCHANGE; a.k.a. HAJI KHAIRULLAH-HAJI SATTAR SARAFI; a.k.a. HAJI SALAM HAWALA), Chohar Mir Road, Qandahari Bazaar, Quetta, Balochistan Province, Pakistan; Room Number 1, Abdul Sattar Plaza, Hafiz Saleem Street, Munsafi Road, Quetta, Balochistan Province, Pakistan; Shop Number 3, Dr. Bano Road, Quetta, Pakistan; Office Number 3, Dr. Bano Road, Near Fatima Jinnah Road, Quetta, Pakistan; Kachara Road, Naserullah Khan Chawk, Quetta, Pakistan; Wazir Mohammad Road, Quetta, Balochistan Province, Pakistan; Moishah Chowk Road, Lahore, Punjab Province, Pakistan; Karachi, Sindh Province, Pakistan; 2 Larran Road, Chaman, Balochistan Province, Pakistan; Chaman Central Bazaar, Chaman, Balochistan Province, Pakistan; Shah Zada Market, Shop Number 237, Kabul, Afghanistan; Sarai Shahzada, 3rd Floor, Shop Number 257, Kabul, Afghanistan; Sharai Shahzada Market, Kabul, Afghanistan; Kandahar City Sarafi Market, 2nd Floor, Shop 21 and 22, Kandahar City, Kandahar Province, Afghanistan; New Sarafi Market, 2nd Floor, Kandahar City, Kandahar Province, Afghanistan; Safi Market, Kandahar City, Kandahar Province, Afghanistan; Gereshk City, Nahr-e Saraj District, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Lashkar Gah, Lashkar Gah District, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, 2nd Floor, Lashkar Gah District, Helmand Province, Afghanistan; Khorasan Market, 3rd Floor, Suite Number 196-197, Herat, Afghanistan; Shahre Naw, District 5, Khorasan Market, Herat, Afghanistan; Sarafi Market, Zaranj District, Nimroz Province, Afghanistan; Ansari Market, 2nd Floor, Nimroz, Afghanistan; Sarafi Market, Wesh, Afghanistan; Wesh, Spin Boldak District, Kandahar Province, Afghanistan; Sarafi Market, Farah, Afghanistan; Dubai, United Arab Emirates; Zahedan, Iran; Zabul, Iran; Peshawar, Khyber Paktunkhwa Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 1774308 (Pakistan); alt. Tax ID No. 0980338 (Pakistan); alt. Tax ID No. 3187777 (Pakistan); Afghan Money Service Provider License Number 044 (Afghanistan) [SDGT] (Linked To: TALIBAN).

HAJI HOSSEINI, Mojtaba (a.k.a. HAJIHOSSEINI, Mojtaba; a.k.a. HAJJI HOSEINI ROKNABADI, Mojtaba (Arabic: مجتبی حاجی حسینی رکن آبادی)), Iran; DOB 1991; POB Meybod, Yazd Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4480031332 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

HAJI HOSSEINI, Mostafa (a.k.a. HAJIHOSSEINI, Mostafa; a.k.a. HAJJI HOSEINI ROKNABADI, Mostafa (Arabic: مصطفی حاجی حسینی رکن آبادی)), Iran; DOB 1991; POB Meybod, Yazd Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4480031340 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

HAJI JUMA KHAN ORGANIZATION (a.k.a. "HJK ORGANIZATION"; a.k.a. "KHAN ORGANIZATION"), Afghanistan; Pakistan [SDNTK].

HAJI KHAIR ULLAH MONEY SERVICE (a.k.a. HAJI ALIM HAWALA; a.k.a. HAJI HAKIM HAWALA; a.k.a. HAJI KHAIRULLAH AND ABDUL SATTAR AND COMPANY; a.k.a. HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE; a.k.a. HAJI KHAIRULLAH MONEY EXCHANGE; a.k.a. HAJI KHAIRULLAH-HAJI SATTAR SARAFI; a.k.a. HAJI SALAM HAWALA), Chohar Mir Road, Qandahari Bazaar, Quetta, Balochistan Province, Pakistan; Room Number 1, Abdul Sattar Plaza, Hafiz Saleem Street, Munsafi

Road, Quetta, Balochistan Province, Pakistan; Shop Number 3, Dr. Bano Road, Quetta, Pakistan; Office Number 3, Dr. Bano Road, Near Fatima Jinnah Road, Quetta, Pakistan; Kachara Road, Naserullah Khan Chawk, Quetta, Pakistan; Wazir Mohammad Road, Quetta, Balochistan Province, Pakistan; Moishah Chowk Road, Lahore, Punjab Province, Pakistan; Karachi, Sindh Province, Pakistan; 2 Larran Road, Chaman, Balochistan Province, Pakistan; Chaman Central Bazaar, Chaman, Balochistan Province, Pakistan; Shah Zada Market, Shop Number 237, Kabul, Afghanistan; Sarai Shahzada, 3rd Floor, Shop Number 257, Kabul, Afghanistan; Sharai Shahzada Market, Kabul, Afghanistan; Kandahar City Sarafi Market, 2nd Floor, Shop 21 and 22, Kandahar City, Kandahar Province, Afghanistan; New Sarafi Market, 2nd Floor, Kandahar City, Kandahar Province, Afghanistan; Safi Market, Kandahar City, Kandahar Province, Afghanistan; Gereshk City, Nahr-e Saraj District, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Lashkar Gah, Lashkar Gah District, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, 2nd Floor, Lashkar Gah District, Helmand Province, Afghanistan; Khorasan Market, 3rd Floor, Suite Number 196-197, Herat, Afghanistan; Shahre Naw, District 5, Khorasan Market, Herat, Afghanistan; Sarafi Market, Zaranj District, Nimroz Province, Afghanistan; Ansari Market, 2nd Floor, Nimroz, Afghanistan; Sarafi Market, Wesh, Afghanistan; Wesh, Spin Boldak District, Kandahar Province, Afghanistan; Sarafi Market, Farah, Afghanistan; Dubai, United Arab Emirates; Zahedan, Iran; Zabul, Iran; Peshawar, Khyber Paktunkhwa Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 1774308 (Pakistan); alt. Tax ID No. 0980338 (Pakistan); alt. Tax ID No. 3187777 (Pakistan); Afghan Money Service Provider License Number 044 (Afghanistan) [SDGT] (Linked To: TALIBAN).

HAJI KHAIRULLAH AND ABDUL SATTAR AND COMPANY (a.k.a. HAJI ALIM HAWALA; a.k.a. HAJI HAKIM HAWALA; a.k.a. HAJI KHAIR ULLAH MONEY SERVICE; a.k.a. HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE; a.k.a. HAJI KHAIRULLAH MONEY EXCHANGE; a.k.a. HAJI KHAIRULLAH-HAJI SATTAR SARAFI; a.k.a. HAJI SALAM HAWALA), Chohar Mir Road, Qandahari Bazaar, Quetta, Balochistan

Province, Pakistan; Room Number 1, Abdul Sattar Plaza, Hafiz Saleem Street, Munsafi Road, Quetta, Balochistan Province, Pakistan; Shop Number 3, Dr. Bano Road, Quetta, Pakistan; Office Number 3, Dr. Bano Road, Near Fatima Jinnah Road, Quetta, Pakistan; Kachara Road, Naserullah Khan Chawk, Quetta, Pakistan; Wazir Mohammad Road, Quetta, Balochistan Province, Pakistan; Moishah Chowk Road, Lahore, Punjab Province, Pakistan; Karachi, Sindh Province, Pakistan; 2 Larran Road, Chaman, Balochistan Province, Pakistan; Chaman Central Bazaar, Chaman, Balochistan Province, Pakistan; Shah Zada Market, Shop Number 237, Kabul, Afghanistan; Sarai Shahzada, 3rd Floor, Shop Number 257, Kabul, Afghanistan; Sharai Shahzada Market, Kabul, Afghanistan; Kandahar City Sarafi Market, 2nd Floor, Shop 21 and 22, Kandahar City, Kandahar Province, Afghanistan; New Sarafi Market, 2nd Floor, Kandahar City, Kandahar Province, Afghanistan; Safi Market, Kandahar City, Kandahar Province, Afghanistan; Gereshk City, Nahr-e Saraj District, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Lashkar Gah, Lashkar Gah District, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, 2nd Floor, Lashkar Gah District, Helmand Province, Afghanistan; Khorasan Market, 3rd Floor, Suite Number 196-197, Herat, Afghanistan; Shahre Naw, District 5, Khorasan Market, Herat, Afghanistan; Sarafi Market, Zaranj District, Nimroz Province, Afghanistan; Ansari Market, 2nd Floor, Nimroz, Afghanistan; Sarafi Market, Wesh, Afghanistan; Wesh, Spin Boldak District, Kandahar Province, Afghanistan; Sarafi Market, Farah, Afghanistan; Dubai, United Arab Emirates; Zahedan, Iran; Zabul, Iran; Peshawar, Khyber Paktunkhwa Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 1774308 (Pakistan); alt. Tax ID No. 0980338 (Pakistan); alt. Tax ID No. 3187777 (Pakistan); Afghan Money Service Provider License Number 044 (Afghanistan) [SDGT] (Linked To: TALIBAN).

HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE (a.k.a. HAJI ALIM HAWALA; a.k.a. HAJI HAKIM HAWALA; a.k.a. HAJI KHAIR ULLAH MONEY SERVICE; a.k.a. HAJI KHAIRULLAH AND ABDUL SATTAR AND COMPANY; a.k.a. HAJI KHAIRULLAH MONEY EXCHANGE; a.k.a. HAJI KHAIRULLAH-HAJI SATTAR SARAFI; a.k.a. HAJI SALAM

HAWALA), Chohar Mir Road, Qandahari Bazaar, Quetta, Balochistan Province, Pakistan; Room Number 1, Abdul Sattar Plaza, Hafiz Saleem Street, Munsafi Road, Quetta, Balochistan Province, Pakistan; Shop Number 3, Dr. Bano Road, Quetta, Pakistan; Office Number 3, Dr. Bano Road, Near Fatima Jinnah Road, Quetta, Pakistan; Kachara Road, Naserullah Khan Chawk, Quetta, Pakistan; Wazir Mohammad Road, Quetta, Balochistan Province, Pakistan; Moishah Chowk Road, Lahore, Punjab Province, Pakistan; Karachi, Sindh Province, Pakistan; 2 Larran Road, Chaman, Balochistan Province, Pakistan; Chaman Central Bazaar, Chaman, Balochistan Province, Pakistan; Shah Zada Market, Shop Number 237, Kabul, Afghanistan; Sarai Shahzada, 3rd Floor, Shop Number 257, Kabul, Afghanistan; Sharai Shahzada Market, Kabul, Afghanistan; Kandahar City Sarafi Market, 2nd Floor, Shop 21 and 22, Kandahar City, Kandahar Province, Afghanistan; New Sarafi Market, 2nd Floor, Kandahar City, Kandahar Province, Afghanistan; Safi Market, Kandahar City, Kandahar Province, Afghanistan; Gereshk City, Nahr-e Saraj District, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Lashkar Gah, Lashkar Gah District, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, 2nd Floor, Lashkar Gah District, Helmand Province, Afghanistan; Khorasan Market, 3rd Floor, Suite Number 196-197, Herat, Afghanistan; Shahre Naw, District 5, Khorasan Market, Herat, Afghanistan; Sarafi Market, Zaranj District, Nimroz Province, Afghanistan; Ansari Market, 2nd Floor, Nimroz, Afghanistan; Sarafi Market, Wesh, Afghanistan; Wesh, Spin Boldak District, Kandahar Province, Afghanistan; Sarafi Market, Farah, Afghanistan; Dubai, United Arab Emirates; Zahedan, Iran; Zabul, Iran; Peshawar, Khyber Paktunkhwa Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 1774308 (Pakistan); alt. Tax ID No. 0980338 (Pakistan); alt. Tax ID No. 3187777 (Pakistan); Afghan Money Service Provider License Number 044 (Afghanistan) [SDGT] (Linked To: TALIBAN).

HAJI KHAIRULLAH MONEY EXCHANGE (a.k.a. HAJI ALIM HAWALA; a.k.a. HAJI HAKIM HAWALA; a.k.a. HAJI KHAIR ULLAH MONEY SERVICE; a.k.a. HAJI KHAIRULLAH AND ABDUL SATTAR AND COMPANY; a.k.a. HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE; a.k.a. HAJI KHAIRULLAH-HAJI

SATTAR SARAFI; a.k.a. HAJI SALAM HAWALA), Chohar Mir Road, Qandahari Bazaar, Quetta, Balochistan Province, Pakistan; Room Number 1, Abdul Sattar Plaza, Hafiz Saleem Street, Munsafi Road, Quetta, Balochistan Province, Pakistan; Shop Number 3, Dr. Bano Road, Quetta, Pakistan; Office Number 3, Dr. Bano Road, Near Fatima Jinnah Road, Quetta, Pakistan; Kachara Road, Naserullah Khan Chawk, Quetta, Pakistan; Wazir Mohammad Road, Quetta, Balochistan Province, Pakistan; Moishah Chowk Road, Lahore, Punjab Province, Pakistan; Karachi, Sindh Province, Pakistan; 2 Larran Road, Chaman, Balochistan Province, Pakistan; Chaman Central Bazaar, Chaman, Balochistan Province, Pakistan; Shah Zada Market, Shop Number 237, Kabul, Afghanistan; Sarai Shahzada, 3rd Floor, Shop Number 257, Kabul, Afghanistan; Sharai Shahzada Market, Kabul, Afghanistan; Kandahar City Sarafi Market, 2nd Floor, Shop 21 and 22, Kandahar City, Kandahar Province, Afghanistan; New Sarafi Market, 2nd Floor, Kandahar City, Kandahar Province, Afghanistan; Safi Market, Kandahar City, Kandahar Province, Afghanistan; Gereshk City, Nahr-e Saraj District, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Lashkar Gah, Lashkar Gah District, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, 2nd Floor, Lashkar Gah District, Helmand Province, Afghanistan; Khorasan Market, 3rd Floor, Suite Number 196-197, Herat, Afghanistan; Shahre Naw, District 5, Khorasan Market, Herat, Afghanistan; Sarafi Market, Zaranj District, Nimroz Province, Afghanistan; Ansari Market, 2nd Floor, Nimroz, Afghanistan; Sarafi Market, Wesh, Afghanistan; Wesh, Spin Boldak District, Kandahar Province, Afghanistan; Sarafi Market, Farah, Afghanistan; Dubai, United Arab Emirates; Zahedan, Iran; Zabul, Iran; Peshawar, Khyber Paktunkhwa Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 1774308 (Pakistan); alt. Tax ID No. 0980338 (Pakistan); alt. Tax ID No. 3187777 (Pakistan); Afghan Money Service Provider License Number 044 (Afghanistan) [SDGT] (Linked To: TALIBAN).

HAJI KHAIRULLAH-HAJI SATTAR SARAFI (a.k.a. HAJI ALIM HAWALA; a.k.a. HAJI HAKIM HAWALA; a.k.a. HAJI KHAIR ULLAH MONEY SERVICE; a.k.a. HAJI KHAIRULLAH AND ABDUL SATTAR AND COMPANY; a.k.a. HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE; a.k.a. HAJI KHAIRULLAH MONEY EXCHANGE; a.k.a. HAJI SALAM HAWALA), Chohar Mir Road, Qandahari Bazaar, Quetta, Balochistan Province, Pakistan; Room Number 1, Abdul Sattar Plaza, Hafiz Saleem Street, Munsafi Road, Quetta, Balochistan Province, Pakistan; Shop Number 3, Dr. Bano Road, Quetta, Pakistan; Office Number 3, Dr. Bano Road, Near Fatima Jinnah Road, Quetta, Pakistan; Kachara Road, Naserullah Khan Chawk, Quetta, Pakistan; Wazir Mohammad Road, Quetta, Balochistan Province, Pakistan; Moishah Chowk Road, Lahore, Punjab Province, Pakistan; Karachi, Sindh Province, Pakistan; 2 Larran Road, Chaman, Balochistan Province, Pakistan; Chaman Central Bazaar, Chaman, Balochistan Province, Pakistan; Shah Zada Market, Shop Number 237, Kabul, Afghanistan; Sarai Shahzada, 3rd Floor, Shop Number 257, Kabul, Afghanistan; Sharai Shahzada Market, Kabul, Afghanistan; Kandahar City Sarafi Market, 2nd Floor, Shop 21 and 22, Kandahar City, Kandahar Province, Afghanistan; New Sarafi Market, 2nd Floor, Kandahar City, Kandahar Province, Afghanistan; Safi Market, Kandahar City, Kandahar Province, Afghanistan; Gereshk City, Nahr-e Saraj District, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Lashkar Gah, Lashkar Gah District, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, 2nd Floor, Lashkar Gah District, Helmand Province, Afghanistan; Khorasan Market, 3rd Floor, Suite Number 196-197, Herat, Afghanistan; Shahre Naw, District 5, Khorasan Market, Herat, Afghanistan; Sarafi Market, Zaranj District, Nimroz Province, Afghanistan; Ansari Market, 2nd Floor, Nimroz, Afghanistan; Sarafi Market, Wesh, Afghanistan; Wesh, Spin Boldak District, Kandahar Province, Afghanistan; Sarafi Market, Farah, Afghanistan; Dubai, United Arab Emirates; Zahedan, Iran; Zabul, Iran; Peshawar, Khyber Paktunkhwa Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 1774308 (Pakistan); alt. Tax ID No. 0980338 (Pakistan); alt. Tax ID No. 3187777 (Pakistan); Afghan Money Service Provider License Number 044 (Afghanistan) [SDGT] (Linked To: TALIBAN).

HAJI LAL MOHAMMAD MONEY SERVICE PROVIDER (a.k.a. ALI SHER SHINWARY LTD.; a.k.a. LAHORE JAN SHANWARI EXCHANGE), Lahore Jan Shanwari Exchange, Ghulam Dastager Market, Shop Numbers 18-19, First Floor, Chowk Talashi, Jalalabad, Afghanistan; Ali Sher Shinwary Ltd., Second Floor, Shahzada Market, Kabul, Afghanistan; Shop No. 13, Second Floor, Sarai, Shahzada, Kabul, Afghanistan; Afghan Money Service Provider License Number 093 (Afghanistan) [SDNTK].

HAJI MOHAMMED QASIM HAWALA (a.k.a. HAJI MUHAMMAD QASIM SARAFI; a.k.a. MUSA KALIM HAWALA; a.k.a. NEW CHAGAI TRADING COMPANY; a.k.a. RAHAT LTD; a.k.a. RAHAT LTD. SARAFI; a.k.a. RAHAT TRADING COMPANY), Room 33, 5th Floor, Sarafi Market, Kandahar, Afghanistan; Shop 4, Azizi Bank, Haji Muhammad Isa Market, Wesh (Waish), Spin Boldak, Afghanistan; Dr Barno Road, Quetta, Pakistan; Haji Mohammed Plaza, Tol Aram Road, near Jamal Dean Afghani Road, Quetta, Pakistan; Kandari Bazar, Quetta, Pakistan; Safaar Bazaar, Garmsir, Afghanistan; Nimruz, Afghanistan; Chahgay Bazaar, Chahgay, Pakistan; Gereshk, Afghanistan; Chaman, Pakistan; Lashkar Gah, Afghanistan; Zahedan, Iran; Musa Qal'ah District Center Bazaar, Musa Qal'ah, Helmand Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HAJI MUHAMMAD QASIM SARAFI (a.k.a. HAJI MOHAMMED QASIM HAWALA; a.k.a. MUSA KALIM HAWALA; a.k.a. NEW CHAGAI TRADING COMPANY; a.k.a. RAHAT LTD; a.k.a. RAHAT LTD. SARAFI; a.k.a. RAHAT TRADING COMPANY), Room 33, 5th Floor, Sarafi Market, Kandahar, Afghanistan; Shop 4, Azizi Bank, Haji Muhammad Isa Market, Wesh (Waish), Spin Boldak, Afghanistan; Dr Barno Road, Quetta, Pakistan; Haji Mohammed Plaza, Tol Aram Road, near Jamal Dean Afghani Road, Quetta, Pakistan; Kandari Bazar, Quetta, Pakistan; Safaar Bazaar, Garmsir, Afghanistan; Nimruz, Afghanistan; Chahgay Bazaar, Chahgay, Pakistan; Gereshk, Afghanistan; Chaman, Pakistan; Lashkar Gah, Afghanistan; Zahedan, Iran; Musa Qal'ah District Center Bazaar, Musa Qal'ah, Helmand Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HAJI SALAM HAWALA (a.k.a. HAJI ALIM HAWALA; a.k.a. HAJI HAKIM HAWALA; a.k.a. HAJI KHAIR ULLAH MONEY SERVICE; a.k.a. HAJI KHAIRULLAH AND ABDUL SATTAR AND COMPANY; a.k.a. HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE; a.k.a. HAJI

KHAIRULLAH MONEY EXCHANGE; a.k.a. HAJI KHAIRULLAH-HAJI SATTAR SARAFI), Chohar Mir Road, Qandahari Bazaar, Quetta, Balochistan Province, Pakistan; Room Number 1, Abdul Sattar Plaza, Hafiz Saleem Street, Munsafi Road, Quetta, Balochistan Province, Pakistan; Shop Number 3, Dr. Bano Road, Quetta, Pakistan; Office Number 3, Dr. Bano Road, Near Fatima Jinnah Road, Quetta, Pakistan; Kachara Road, Naserullah Khan Chawk, Quetta, Pakistan; Wazir Mohammad Road, Quetta, Balochistan Province, Pakistan; Moishah Chowk Road, Lahore, Punjab Province, Pakistan; Karachi, Sindh Province, Pakistan; 2 Larran Road, Chaman, Balochistan Province, Pakistan; Chaman Central Bazaar, Chaman, Balochistan Province, Pakistan; Shah Zada Market, Shop Number 237, Kabul, Afghanistan; Sarai Shahzada, 3rd Floor, Shop Number 257, Kabul, Afghanistan; Sharai Shahzada Market, Kabul, Afghanistan; Kandahar City Sarafi Market, 2nd Floor, Shop 21 and 22, Kandahar City, Kandahar Province, Afghanistan; New Sarafi Market, 2nd Floor, Kandahar City, Kandahar Province, Afghanistan; Safi Market, Kandahar City, Kandahar Province, Afghanistan; Gereshk City, Nahr-e Saraj District, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Lashkar Gah, Lashkar Gah District, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, 2nd Floor, Lashkar Gah District, Helmand Province, Afghanistan; Khorasan Market, 3rd Floor, Suite Number 196-197, Herat, Afghanistan; Shahre Naw, District 5, Khorasan Market, Herat, Afghanistan; Sarafi Market, Zaranj District, Nimroz Province, Afghanistan; Ansari Market, 2nd Floor, Nimroz, Afghanistan; Sarafi Market, Wesh, Afghanistan; Wesh, Spin Boldak District, Kandahar Province, Afghanistan; Sarafi Market, Farah, Afghanistan; Dubai, United Arab Emirates; Zahedan, Iran; Zabul, Iran; Peshawar, Khyber Paktunkhwa Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 1774308 (Pakistan); alt. Tax ID No. 0980338 (Pakistan); alt. Tax ID No. 3187777 (Pakistan); Afghan Money Service Provider License Number 044 (Afghanistan) [SDGT] (Linked To: TALIBAN).

HAJI ZAR JAMIL, HAJI ABDUL BASEER MONEY CHANGER (a.k.a. HAJI ABDUL BASIR AND ZAR JAMEEL HAWALA; a.k.a. HAJI ABDUL BASIR EXCHANGE SHOP; a.k.a. HAJI BASEER HAWALA; a.k.a. HAJI BASHIR AND ZARJMIL HAWALA COMPANY; a.k.a. HAJI BASIR AND ZARJAMIL CURRENCY EXCHANGE; a.k.a. HAJI BASIR AND ZARJMIL COMPANY HAWALA; a.k.a. HAJI BASIR HAWALA), Sanatan (variant Sanatin) Bazaar, Sanatan Bazaar Street, near Trench (variant Tranch) Road, Chaman, Balochistan Province, Pakistan; Quetta, Pakistan; Lahore, Pakistan; Peshawar, Pakistan; Karachi, Pakistan; Islamabad, Pakistan; Qandahar Province, Afghanistan; Herat Province, Afghanistan; Helmand Province, Afghanistan; Dubai, United Arab Emirates; Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HAJI, Ali Ahmed (a.k.a. NAAJI, Ali Ahmed; a.k.a. NAJI, Ali Ahmed; a.k.a. NAJI, Cali Axmed; a.k.a. "NAJI, Ali"), Kismayo, Somalia; DOB 01 Jan 1974; nationality Somalia; Gender Male (individual) [SOMALIA].

HAJI, Ali Khatib (a.k.a. ALEX, Maiko Joseph; a.k.a. HAJI, Ali Khatibu; a.k.a. HASSAN, Ali Khatib Haji; a.k.a. SHAKUR, Abdallah; a.k.a. "SHIKUBA"; a.k.a. "SHKUBA"); DOB 05 Jun 1970; alt. DOB 01 Jan 1963; alt. DOB 08 Jun 1970; POB Zanzibar, Tanzania; alt. POB Dar es Salaam, Tanzania; nationality Tanzania; citizen Tanzania; Gender Male; Passport AB269600 (Tanzania); alt. Passport AB360821 (Tanzania); alt. Passport AB564505 (Tanzania); alt. Passport A0389018 (Tanzania); alt. Passport AB179561 (Tanzania); alt. Passport A0010167 (Tanzania) (individual) [SDNTK].

HAJI, Ali Khatibu (a.k.a. ALEX, Maiko Joseph; a.k.a. HAJI, Ali Khatib; a.k.a. HASSAN, Ali Khatib Haji; a.k.a. SHAKUR, Abdallah; a.k.a. "SHIKUBA"; a.k.a. "SHKUBA"); DOB 05 Jun 1970; alt. DOB 01 Jan 1963; alt. DOB 08 Jun 1970; POB Zanzibar, Tanzania; alt. POB Dar es Salaam, Tanzania; nationality Tanzania; citizen Tanzania; Gender Male; Passport AB269600 (Tanzania); alt. Passport AB360821 (Tanzania); alt. Passport AB564505 (Tanzania); alt. Passport A0389018 (Tanzania); alt. Passport AB179561 (Tanzania); alt. Passport A0010167 (Tanzania) (individual) [SDNTK].

HAJI, Mohamed Omar (a.k.a. MA'ALIN, Mohamed Omar; a.k.a. MAXAMED, Mohamed Cumar; a.k.a. MOA'LIN, Mohamed Haji Omar; a.k.a. MOHAMED, Mohamed Omar; a.k.a. "OMAROW, Mohamed"; a.k.a. "UMUROW, Ma'd"), Diinsor District, Bay, Somalia; Buur Hakaba District, Bay, Somalia; DOB 1976; POB Taflow Village, Berdaale District, Bay, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

HAJI, Sayid Abdullahi Adan (a.k.a. AADAN, Siciid Abdullahi; a.k.a. INO, Siciid Abdullah Haji), Tortoroow, Lower Shabelle, Somalia; DOB 1998; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

HAJIAN, Mehdi (Arabic: مهدی حاجیان) (a.k.a. HAJJIAN, Mehdi), Kermanshah, Iran; DOB 16 Aug 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3359178221 (Iran); LEF Commander for Kermanshah Province (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

HAJIHOSSEINI, Mojtaba (a.k.a. HAJI HOSSEINI, Mojtaba; a.k.a. HAJJI HOSEINI ROKNABADI, Mojtaba (Arabic: مجتبی حاجی حسینی رکن آبادی)), Iran; DOB 1991; POB Meybod, Yazd Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4480031332 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

HAJIHOSSEINI, Mostafa (a.k.a. HAJI HOSSEINI, Mostafa; a.k.a. HAJJI HOSEINI ROKNABADI, Mostafa (Arabic: مصطفی حاجی حسینی رکن آبادی)), Iran; DOB 1991; POB Meybod, Yazd Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4480031340 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

HAJIJ, Qasim (a.k.a. HEJEIJ, Kassem; a.k.a. HUJAYJ, Qasim Muhammad); DOB 05 Mar 1953; POB Lagos, Nigeria; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0000432 (Lebanon) issued 31 Jan 2013 expires 31 Jan 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

HAJIZADEH, Amir Ali, Iran; DOB 1961; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

HAJJ, Umar Ahmad Umar Ahmad (a.k.a. HAG, Omar Ahmed Omar Ahmed), Yemen; DOB 03

Feb 1994; POB Hodaidah, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 06138572 (Yemen) expires 26 Mar 2030 (individual) [SDGT] (Linked To: ANSARALLAH).

HAJJI HOSEINI ROKNABADI, Mojtaba (Arabic: مجتبی حاجی حسینی رکن آبادی) (a.k.a. HAJI HOSSEINI, Mojtaba; a.k.a. HAJIHOSSEINI, Mojtaba), Iran; DOB 1991; POB Meybod, Yazd Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4480031332 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

HAJJI HOSEINI ROKNABADI, Mostafa (Arabic: مصطفی حاجی حسینی رکن آبادی) (a.k.a. HAJI HOSSEINI, Mostafa; a.k.a. HAJIHOSSEINI, Mostafa), Iran; DOB 1991; POB Meybod, Yazd Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4480031340 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

HAJJIAN, Mehdi (a.k.a. HAJIAN, Mehdi (Arabic: مهدی حاجیان)), Kermanshah, Iran; DOB 16 Aug 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3359178221 (Iran); LEF Commander for Kermanshah Province (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

HAJJLU, Jalal Emami Ghareh (a.k.a. HAJLOU, Jalal Emami Ghareh); DOB 21 Mar 1969; POB Gha'emshahr, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 2161567098 (individual) [NPWMD] [IFSR] (Linked To: SHAHID KARIMI GROUP).

HAJLOU, Jalal Emami Ghareh (a.k.a. HAJJLU, Jalal Emami Ghareh); DOB 21 Mar 1969; POB Gha'emshahr, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 2161567098 (individual) [NPWMD] [IFSR] (Linked To: SHAHID KARIMI GROUP).

HAKEMZADEH, Farshad; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 005-1-61706-4 (Iran) (individual) [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

HAKIMAN SHARGH RESEARCH COMPANY, No. 0, Crystal Building, Ground Floor, Khomeini Shahr Ring Street, Azadegan Blvd., Central Sector, Khomeini Shahr City, Isfahan Province 8415683111, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 11 May 1999; National ID No. 10260357995 (Iran); Registration Number 2649 (Iran) [NPWMD] [IFSR].

HAKIMZADA KAUR, Eljeet (a.k.a. KAUR, Eljeet), Flat 17, 2nd FL Atlas Tower, Jamal Abdud Nasir Rd., Sharjah, United Arab Emirates; DOB 03 May 1959; nationality India; Gender Female; Passport Z2525822 (India) (individual) [SDNTK] (Linked To: HAKIMZADA, Jasmeet).

HAKIMZADA, Harmohan Singh (a.k.a. SING, Har Mohan), Flat 17, 2nd FL Atlas Tower, Jamal Abdud Nasir Rd., Sharjah, United Arab Emirates; DOB 23 Jun 1953; nationality India; Gender Male; Passport 1850327 (India); alt. Passport Z1432933 (India) (individual) [SDNTK] (Linked To: HAKIMZADA, Jasmeet).

HAKIMZADA, Jasmeet (a.k.a. SINGH, Jasmeet), Flat 17, 2nd FL Atlas Tower, Jamal Abdud Nasir Rd., Sharjah, United Arab Emirates; DOB 26 Jun 1979; nationality India; Gender Male; Passport Z2030393 (India) (individual) [SDNTK].

HAKIZIMANA, Apollinaire (a.k.a. LEPIC, Amikwe; a.k.a. "POETE"), Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1964; POB Rugogwe Cell, Mwiyanike Sector, Karago Commune, Gisenyi Prefecture, Rwanda; alt. POB Rubavu District, Western Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO] (Linked To: FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA).

HALAVANAU, Viktar Grigoriyevich (a.k.a. GOLOVANOV, Viktar Grigoriyevich; a.k.a. GOLOVANOV, Viktar Hryhoryavich; a.k.a. GOLOVANOV, Viktar Ryhoravich; a.k.a. GOLOVANOV, Viktor Grigoriyevich; a.k.a. GOLOVANOV, Viktor Hryhoryavich; a.k.a. GOLOVANOV, Viktor Ryhoravich; a.k.a. HALAVANAU, Viktar Hryhoryavich; a.k.a. HALAVANAU, Viktar Ryhoravich; a.k.a. HALAVANAU, Viktor Grigoriyevich; a.k.a. HALAVANAU, Viktor Hryhoryavich; a.k.a. HALAVANAU, Viktor Ryhoravich); DOB 1952; POB Borisov, Belarus; Minister of Justice (individual) [BELARUS].

HALAVANAU, Viktar Hryhoryavich (a.k.a. GOLOVANOV, Viktar Grigoriyevich; a.k.a. GOLOVANOV, Viktar Hryhoryavich; a.k.a. GOLOVANOV, Viktar Ryhoravich; a.k.a. GOLOVANOV, Viktor Grigoriyevich; a.k.a. GOLOVANOV, Viktor Hryhoryavich; a.k.a. GOLOVANOV, Viktar Ryhoravich; a.k.a. HALAVANAU, Viktar Grigoriyevich; a.k.a. HALAVANAU, Viktar Ryhoravich; a.k.a. HALAVANAU, Viktor Grigoriyevich; a.k.a. HALAVANAU, Viktor Hryhoryavich; a.k.a. HALAVANAU, Viktor Ryhoravich); DOB 1952; POB Borisov, Belarus; Minister of Justice (individual) [BELARUS].

HALAVANAU, Viktor Grigoriyevich (a.k.a. GOLOVANOV, Viktar Grigoriyevich; a.k.a. GOLOVANOV, Viktar Hryhoryavich; a.k.a. GOLOVANOV, Viktar Ryhoravich; a.k.a. GOLOVANOV, Viktor Grigoriyevich; a.k.a. GOLOVANOV, Viktor Hryhoryavich; a.k.a. GOLOVANOV, Viktor Ryhoravich; a.k.a. HALAVANAU, Viktar Grigoriyevich; a.k.a. HALAVANAU, Viktar Hryhoryavich; a.k.a. HALAVANAU, Viktar Ryhoravich; a.k.a. HALAVANAU, Viktor Hryhoryavich; a.k.a. HALAVANAU, Viktor Ryhoravich); DOB 1952; POB Borisov, Belarus; Minister of Justice (individual) [BELARUS].

HALAVANAU, Viktor Hryhoryavich (a.k.a. GOLOVANOV, Viktar Grigoriyevich; a.k.a. GOLOVANOV, Viktar Hryhoryavich; a.k.a. GOLOVANOV, Viktar Ryhoravich; a.k.a. GOLOVANOV, Viktor Grigoriyevich; a.k.a. GOLOVANOV, Viktor Hryhoryavich; a.k.a. GOLOVANOV, Viktor Ryhoravich; a.k.a. HALAVANAU, Viktar Grigoriyevich; a.k.a. HALAVANAU, Viktar Hryhoryavich; a.k.a. HALAVANAU, Viktar Ryhoravich; a.k.a. HALAVANAU, Viktor Grigoriyevich; a.k.a. HALAVANAU, Viktor Ryhoravich); DOB 1952; POB Borisov, Belarus; Minister of Justice (individual) [BELARUS].

HALAVANAU, Viktor Ryhoravich (a.k.a. GOLOVANOV, Viktar Grigoriyevich; a.k.a. GOLOVANOV, Viktar Hryhoryavich; a.k.a. GOLOVANOV, Viktar Ryhoravich; a.k.a.

GOLOVANOV, Viktor Grigoriyevich; a.k.a. GOLOVANOV, Viktor Hryhoryavich; a.k.a. GOLOVANOV, Viktor Ryhoravich; a.k.a. HALAVANAU, Viktar Grigoriyevich; a.k.a. HALAVANAU, Viktar Hryhoryavich; a.k.a. HALAVANAU, Viktar Ryhoravich; a.k.a. HALAVANAU, Viktor Grigoriyevich; a.k.a. HALAVANAU, Viktor Hryhoryavich); DOB 1952; POB Borisov, Belarus; Minister of Justice (individual) [BELARUS].

HALAVINS, Aleksejs, Riga, Latvia; DOB 19 Nov 1981; POB Riga, Latvia; nationality Latvia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport LV6197952 (Latvia) expires 28 Jul 2030; National ID No. 19118110919 (Latvia) (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

HALAWI, Hani (a.k.a. MANSOUR, Mohammad Yousef; a.k.a. MANSOUR, Mohammad Youssef; a.k.a. MANSUR, Mohammad Yusuf Ahmad; a.k.a. MANSUR, Muhammad Yusif Ahmad; a.k.a. MANSUR, Muhammad Yusuf Ahmad; a.k.a. SHEHAB, Sami; a.k.a. SHIHAB, Sami Hani; a.k.a. "HILLAWI, Jamal Hani"; a.k.a. "SAMI, Salem Bassem"; a.k.a. "SHIHAB, Muhammad Yusuf Mansur Sami"), Beirut, Lebanon; DOB 14 Sep 1970; alt. DOB 01 Jan 1974; alt. DOB 1980; POB Bint Jubayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HALEEL COMMODITIES L.L.C. (a.k.a. "HALEEL GROUP"), Office 601-A, P.O. Box 172532, Deira Twin Tower, Baniyas Road, Dubai, United Arab Emirates; Makkah Almukarramah Ave. 3, Mogadishu, Somalia; Website http://haleelcommodities.com; alt. Website www.haleel.co; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1052074 (United Arab Emirates); Certificate of Incorporation Number SCCI/1260/19 (Somalia); License 632562 (United Arab Emirates); Chamber of Commerce Number 178704 (United Arab Emirates) [SDGT] (Linked To: AL-SHABAAB).

HALEEL COMMODITIES LIMITED, Starehe, Starehe District, Nairobi, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Jan 2017; Trade License No. PVTAAABNC3 (Kenya) [SDGT] (Linked To: AWALE, Mohamed Jumale Ali).

HALEEL COMMODITIES LIMITED (a.k.a. HALEEL COMMODITIES LTD), King Fahad Plaza, Kampala, Uganda; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Apr 2016; Company Number 80010001140329 / 220184 (Uganda) [SDGT] (Linked To: HAYDAR, Farhan Hussein).

HALEEL COMMODITIES LTD (a.k.a. HALEEL COMMODITIES LIMITED), King Fahad Plaza, Kampala, Uganda; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Apr 2016; Company Number 80010001140329 / 220184 (Uganda) [SDGT] (Linked To: HAYDAR, Farhan Hussein).

HALEEL FINANCE LTD, Nicosia, Cyprus; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Mar 2018; Registration Number HE381288 (Cyprus) [SDGT] (Linked To: HALEEL COMMODITIES L.L.C.).

HALEEL HOLDINGS LTD, Zena Kanther 4, Agia Triada 3035, Limassol, Cyprus; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Nov 2017; Registration Number HE375900 (Cyprus) [SDGT] (Linked To: HALEEL COMMODITIES L.L.C.).

HALEEL LTD, Zena Kanther 4, Agia Triada 3035, Limassol, Cyprus; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Aug 2017; Registration Number HE372894 (Cyprus) [SDGT] (Linked To: HALEEL COMMODITIES L.L.C.).

HALFWIND LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY GALFVIND; a.k.a. LIMITED LIABILITY COMPANY GULFWIND), Per. Neishlotskii D. 23, Lit. A, Pomeshch. 10N, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804613602 (Russia); Registration Number 1187847004531 (Russia) [RUSSIA-EO14024].

HALHUL GANG (a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HALHUL SQUAD (a.k.a. HALHUL GANG; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HALILI, Nevzat; DOB 15 Sep 1946; POB Poroj, Macedonia (individual) [BALKANS].

HALIM, Mufti Muabdul (a.k.a. RAHEEM, Mufti Abdul; a.k.a. RAHIM, Mufti Abdul; a.k.a. RAHIM, Mufti Abdur; a.k.a. "USTAAD SHEHEB"), Karachi, Pakistan; DOB circa 1955; alt. DOB circa 1964; POB Sarghoda region, Punjab Province, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HALU MESRU SAVUNMA KUVVETI (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. KADEK; a.k.a. KGK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS; a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE; a.k.a. "HSK"; a.k.a. "KHK"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

HAMAD, Abdelbasit Alhaj Alhassan Haj (a.k.a. ALHASSAN, Abdelbaset Alhaj; a.k.a. HASAN, Abd-al-Basit Al-Hadj; a.k.a. HASSAN, Abdel Basit al-Hajj; a.k.a. MOHAMED, Abdel Basit Hag El-Hassan Hag; a.k.a. "AL-BASIT, Abd"); DOB 1979; POB Sudan; nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAMAD, Fathi (a.k.a. HAMAD, Fathy Ahmed; a.k.a. HAMMAD, Fathi Ahmad; a.k.a. HAMMAD, Fathi Ahmad Mohammad), Jabaliya, Gaza; DOB 1961; POB Jabaliya, Gaza Strip; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [NS-PLC].

HAMAD, Fathy Ahmed (a.k.a. HAMAD, Fathi; a.k.a. HAMMAD, Fathi Ahmad; a.k.a. HAMMAD, Fathi Ahmad Mohammad), Jabaliya, Gaza; DOB 1961; POB Jabaliya, Gaza Strip; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [NS-PLC].

HAMAD, Ghazi (Arabic: غازي حمد) (a.k.a. HAMAD, Ghazi Ahmad; a.k.a. "UMAR, Abu"), Saudi Arabia; Sao Paulo, Brazil; Azerbaijan; Qatar; DOB 1964; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A0028383 (Palestinian); alt. Passport A0027535 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HAMAD, Ghazi Ahmad (a.k.a. HAMAD, Ghazi (Arabic: غازي حمد); a.k.a. "UMAR, Abu"), Saudi Arabia; Sao Paulo, Brazil; Azerbaijan; Qatar; DOB 1964; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A0028383 (Palestinian); alt. Passport A0027535 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HAMADA, Alhoussein Ould (a.k.a. HAMMADA, Hussein Ould; a.k.a. "TABANKORT, Zakaria"), Mali; DOB 1976; alt. DOB 1984; alt. DOB 1985; alt. DOB 1986; POB Tabankort, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN; Linked To: AL-MULATHAMUN BATTALION).

HAMADI, Hamed Yussef (a.k.a. AL-HAMMADI, Hamid Yusif), Iraq; Former Minister of Culture and Information (individual) [IRAQ2].

HAMADI, Houssam Hasan (Arabic: حسام حسن حمادي), Beirut, Lebanon; DOB 24 Aug 1986; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR2070754 (Lebanon); National ID No. 000020043068 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

HAMADU, Abid (a.k.a. ABOU ZEID, Abdelhamid; a.k.a. ABU ZEID, Abdelhamid; a.k.a. ADEL, Youcef; a.k.a. HAMMADOU, Abid; a.k.a. "ABU ABDELLAH"); DOB 12 Dec 1965; POB Touggourt, Ouargla, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAMAMI, Brahim Ben Hedili Ben Mohamed, Via de' Carracci n.l5, Casalecchio di Reno, Bologna, Italy; DOB 20 Nov 1971; POB Goubellat, Tunisia; alt. POB Koubellat, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z106861 issued 18 Feb 2004 expires 17 Feb 2009 (individual) [SDGT].

HAMANI, Hamma (a.k.a. BANA, Hama; a.k.a. HAMANI, Mohammed; a.k.a. "DJANET, el Hadj Hama"); DOB 1967; POB Illizi, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [LIBYA3] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HAMANI, Mohammed (a.k.a. BANA, Hama; a.k.a. HAMANI, Hamma; a.k.a. "DJANET, el Hadj Hama"); DOB 1967; POB Illizi, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [LIBYA3] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HAMAS (a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HAMAS TV (a.k.a. AL-AQSA SATELLITE TELEVISION; a.k.a. AL-AQSA TV; a.k.a. SIRAJ AL-AQSA TV; a.k.a. THE AQSA LAMP), Jabaliya, Gaza, Palestinian; Website www.aqsatv.ps; Email Address info@aqsatv.ps; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Telephone: 0097282851500; Fax: 0097282858208 [SDGT].

HAMAS, Saidullah (a.k.a. JAN, Saidullah; a.k.a. KHAMAS, Sayedullah; a.k.a. KHAN, Abid; a.k.a. KHAN, Saidullah; a.k.a. "WAZIRI, Saidullah"); DOB 1982; alt. DOB 11 Sep 1985; POB Giyan District, Paktika Province, Afghanistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2170525247081 (Pakistan); Mulawi (individual) [SDGT].

HAMAWANDI, Kawa (a.k.a. AHMAD, Farhad Kanabi; a.k.a. OMAR ACHMED, Kaua), Lochhamer Str. 115, Munich 81477, Germany; Iraq; DOB 01 Jul 1971; POB Arbil, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Travel Document Number A0139243 (Germany) (individual) [SDGT].

HAMCHO INTERNATIONAL (a.k.a. HAMSHO GROUP; a.k.a. HAMSHO GROUP INTERNATIONAL; a.k.a. HAMSHO INTERNATIONAL; a.k.a. HAMSHO INTERNATIONAL GROUP), Baghdad Street, Building No. 31, P.O. Box 8254, Damascus, Syria; Hamsho Building, Free Zone Area, P.O. Box 8254, Syria [PAARSSR-EO13894].

HAMCHO, Ahmad Saber (Arabic: احمد صابر حمشو) (a.k.a. HAMCHO, Ahmad Saber Mohamad; a.k.a. HAMSHO, Ahmad Sabir Mohammed; a.k.a. HAMSHOU, Ahmed Saber Mohammed), Damascus, Syria; Dubai, United Arab Emirates; London, United Kingdom; DOB 25 Nov 1992; POB Damascus, Syria; nationality Syria; Gender Male; Passport N005364444 (Syria) (individual) [PAARSSR-EO13894].

HAMCHO, Ahmad Saber Mohamad (a.k.a. HAMCHO, Ahmad Saber (Arabic: احمد صابر حمشو); a.k.a. HAMSHO, Ahmad Sabir Mohammed; a.k.a. HAMSHOU, Ahmed Saber Mohammed), Damascus, Syria; Dubai, United Arab Emirates; London, United Kingdom; DOB 25 Nov 1992; POB Damascus, Syria; nationality Syria; Gender Male; Passport N005364444 (Syria) (individual) [PAARSSR-EO13894].

HAMCHO, Ali (a.k.a. HAMCHO, Ali Mohamad; a.k.a. HAMSHO, Ali Muhammad (Arabic: علي محمد حمشو); a.k.a. HAMSHOU, Ali Mohammed), Damascus, Syria; Paris, France; DOB 03 Nov

1998; POB Damascus, Syria; nationality Syria; Gender Male; Passport N005361042 (Syria) (individual) [PAARSSR-EO13894].

HAMCHO, Ali Mohamad (a.k.a. HAMCHO, Ali; a.k.a. HAMSHO, Ali Muhammad (Arabic: علي محمد حمشو); a.k.a. HAMSHOU, Ali Mohammed), Damascus, Syria; Paris, France; DOB 03 Nov 1998; POB Damascus, Syria; nationality Syria; Gender Male; Passport N005361042 (Syria) (individual) [PAARSSR-EO13894].

HAMCHO, Amre (Arabic: عمرو حمشو) (a.k.a. HAMCHO, Amre Mohamad; a.k.a. HAMSHO, Amr Mohamed; a.k.a. HAMSHO, Amrou Mohammed; a.k.a. HAMSHOU, Amrou Mohammed), Damascus, Syria; DOB 07 Mar 1995; POB Damascus, Syria; nationality Syria; Gender Male; Passport N005361043 (Syria) (individual) [PAARSSR-EO13894].

HAMCHO, Amre Mohamad (a.k.a. HAMCHO, Amre (Arabic: عمرو حمشو); a.k.a. HAMSHO, Amr Mohamed; a.k.a. HAMSHO, Amrou Mohammed; a.k.a. HAMSHOU, Amrou Mohammed), Damascus, Syria; DOB 07 Mar 1995; POB Damascus, Syria; nationality Syria; Gender Male; Passport N005361043 (Syria) (individual) [PAARSSR-EO13894].

HAMCHO, Mohamed (a.k.a. HAMSHO, Mohammad; a.k.a. HAMSHO, Mohammed Saber; a.k.a. HAMSHO, Muhammad; a.k.a. HAMSHOU, Mohammed; a.k.a. HAMSHU, Muhammad Sabir), Syria; DOB 20 May 1966; POB Damascus, Syria; nationality Syria; Gender Male; Passport 002954347 (Syria) (individual) [PAARSSR-EO13894].

HAMDAN, Mohamed (a.k.a. DAGALO, Mohamed Hamdan; a.k.a. DAGALO, Mohammed Hamdan; a.k.a. MOUSA, Mohammed Hamdan Daglo; a.k.a. "HEMEDTI"; a.k.a. "HEMETI"), Sudan; DOB 01 Jan 1974 to 31 Dec 1974; POB North Darfur, Sudan; nationality Sudan; Gender Male (individual) [SUDAN-EO14098].

HAMDAN, Salim Ahmad Salim (a.k.a. AL-JADAWI, Saqar; a.k.a. AL-JADDAW, Saqr); DOB 1965; POB Al-Mukalla, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00385937 (Yemen) (individual) [SDGT].

HAMDAN, Usama, Haret Hreik, Lebanon; DOB 1964; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAMDAR, Mohammed Galeb (a.k.a. AMADAR, Mohammed; a.k.a. AMADAR, Muamad; a.k.a. HAMDAR, Mouhamad Ghaleb; a.k.a. HAMDAR, Muamad Ghaleb; a.k.a. HAMDAR, Muhammad Ghaleb); DOB 01 Aug 1986; alt. DOB 01 Jan 1986; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E0063360 (Sierra Leone); alt. Passport RL-1108616 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

HAMDAR, Mouhamad Ghaleb (a.k.a. AMADAR, Mohammed; a.k.a. AMADAR, Muamad; a.k.a. HAMDAR, Mohammed Galeb; a.k.a. HAMDAR, Muamad Ghaleb; a.k.a. HAMDAR, Muhammad Ghaleb); DOB 01 Aug 1986; alt. DOB 01 Jan 1986; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E0063360 (Sierra Leone); alt. Passport RL-1108616 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

HAMDAR, Muamad Ghaleb (a.k.a. AMADAR, Mohammed; a.k.a. AMADAR, Muamad; a.k.a. HAMDAR, Mohammed Galeb; a.k.a. HAMDAR, Mouhamad Ghaleb; a.k.a. HAMDAR, Muhammad Ghaleb); DOB 01 Aug 1986; alt. DOB 01 Jan 1986; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E0063360 (Sierra Leone); alt. Passport RL-1108616 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

HAMDAR, Muhammad Ghaleb (a.k.a. AMADAR, Mohammed; a.k.a. AMADAR, Muamad; a.k.a. HAMDAR, Mohammed Galeb; a.k.a. HAMDAR, Mouhamad Ghaleb; a.k.a. HAMDAR, Muamad Ghaleb); DOB 01 Aug 1986; alt. DOB 01 Jan 1986; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E0063360 (Sierra Leone); alt. Passport RL-1108616 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

HAMDOUNI, Meherez (a.k.a. AL-AMDOUNI, Mehrez Ben Mahmoud Ben Sassi; a.k.a. AMDOUNI, Meherez ben Ahdoud ben; a.k.a. AMDOUNI, Mehrez; a.k.a. AMDOUNI, Mehrez ben Tah; a.k.a. FUSCO, Fabio; a.k.a. HASSAN, Mohamed; a.k.a. "ABU THALE"); DOB 18 Dec 1969; alt. DOB 25 May 1968; alt. DOB 18 Dec 1968; alt. DOB 14 Jul 1969; POB Tunis, Tunisia; alt. POB Naples, Italy; alt. POB Algeria; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G737411 (Tunisia) issued 24 Oct 1990 expires 20 Sep 1997; alt. Passport 0801888 (Bosnia and Herzegovina) (individual) [SDGT].

HAMEED, Waleed Khaled Hameed (a.k.a. AL-SAMARRA'I, Waleed Khaled Hameed (Arabic: وليد خالد حميد السامرائي)), Dubai, United Arab Emirates; DOB 13 Apr 1974; POB Baghdad, Iraq; nationality Iraq; alt. nationality Saint Kitts and Nevis; Gender Male; Passport RE0049517 (Saint Kitts and Nevis) expires 12 May 2026 (individual) [IRAN-EO13902].

HAMEEDI, Gula Khan (a.k.a. HAMIDI, Gul Muhammad; a.k.a. HAMIDI, Gula Khan), Afghanistan; Istanbul, Turkey; DOB 1976; POB Afghanistan; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport OR944957 (Afghanistan); Identification Number 99652828346; alt. Identification Number A387489 (individual) [SDGT] (Linked To: HAQQANI NETWORK).

HAMEIAH, Jamel (a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMEIAH, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel;

a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMEIAH, Mamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMEIEH, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMEIH, Jamill (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel;

a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMER AND NAIL CONSTRUCTION LIMITED, 1st Floor Anchor House, Cairo Road, Town Centre, Lusaka, Lusaka Province, Zambia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Mar 2017; Business Registration Number 120170002264 (Zambia) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

HAMER, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIAEH, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIAH, Jamiel (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil;

a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMID, Abdul Latif (a.k.a. HAMIDEH, Abdellatif (Arabic: عبد اللطيف حميده)), Syria; DOB 12 Jan 1977; POB Aleppo, Syria; nationality Syria; Gender Male; National ID No. 02020194015 (Syria) (individual) [PAARSSR-EO13894].

HAMID, Huseyini (a.k.a. MARALLU, Behnam Shahriyari; a.k.a. MIR VAKILI, Seyed Ali Akbar; a.k.a. MIRVAKILI, Seyed Aliakbar; a.k.a. MIRVAKILI, Seyedaliakbar; a.k.a. SHAHCHERAGHI, Seyed Hamid Reza; a.k.a. SHAHRIARI, Behnam; a.k.a. SHAHRIYARI, Behnam; a.k.a. SHAHRYARI, Behnam), Iran; DOB 1968; alt. DOB 22 Sep 1967; alt. DOB 30 Sep 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K47248790 (Iran) expires 20 Oct 2023; alt. Passport D10007350 (Iran) expires 13 Oct 2025 (individual) [SDGT] [IFSR].

HAMID, Mustafa (a.k.a. AL-MASRI, Abu al-Walid; a.k.a. AL-MISRI, Abu Walid; a.k.a. ATIYA, Mustafa; a.k.a. HAMID, Mustafa Muhammad 'Atiya; a.k.a. "AL-MAKKI, Hashim"; a.k.a. "AL-WALID, Abu"); DOB Mar 1945; POB Alexandria, Egypt; nationality Egypt; alt. nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAMID, Mustafa Muhammad 'Atiya (a.k.a. AL-MASRI, Abu al-Walid; a.k.a. AL-MISRI, Abu Walid; a.k.a. ATIYA, Mustafa; a.k.a. HAMID, Mustafa; a.k.a. "AL-MAKKI, Hashim"; a.k.a. "AL-WALID, Abu"); DOB Mar 1945; POB Alexandria, Egypt; nationality Egypt; alt. nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAMID, Osman Mohamed (a.k.a. MOHAMED, Osman Mohamed Hamed; a.k.a. MOHAMED, Osman Mohamed Hamid), Sudan; DOB 01 Jan 1966; POB Kadiqali, Sudan; nationality Sudan; Gender Male; Passport P05557591 (Sudan) expires 03 Mar 2024; National ID No. 11540384888 (Sudan) (individual) [SUDAN-EO14098].

HAMIDCO INVESTMENT LIMITED, Plot No. 5831, Kalundu, Lusaka, Lusaka Province, Zambia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 29 May 2014; Business Registration Number 120140122806 (Zambia) [SDGT] (Linked To: AYAD, Adnan).

HAMIDEH, Abdellatif (Arabic: عبد اللطيف حميده) (a.k.a. HAMID, Abdul Latif), Syria; DOB 12 Jan 1977; POB Aleppo, Syria; nationality Syria; Gender Male; National ID No. 02020194015 (Syria) (individual) [PAARSSR-EO13894].

HAMIDI, Esmail, Iran; DOB 29 Jul 1968; POB Tonekabon, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

HAMIDI, Gul Muhammad (a.k.a. HAMEEDI, Gula Khan; a.k.a. HAMIDI, Gula Khan), Afghanistan; Istanbul, Turkey; DOB 1976; POB Afghanistan; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport OR944957 (Afghanistan); Identification Number 99652828346; alt. Identification Number A387489 (individual) [SDGT] (Linked To: HAQQANI NETWORK).

HAMIDI, Gula Khan (a.k.a. HAMEEDI, Gula Khan; a.k.a. HAMIDI, Gul Muhammad), Afghanistan; Istanbul, Turkey; DOB 1976; POB Afghanistan; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport OR944957 (Afghanistan); Identification Number 99652828346; alt. Identification Number A387489 (individual) [SDGT] (Linked To: HAQQANI NETWORK).

HAMIDI, Mihrab Suhrab (a.k.a. HAMIDI, Mikhrab Sukhrab; a.k.a. MIHRAB, Suhrab Hamidi), Moscow, Russia; DOB 15 Dec 1970; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Passport P02458563 (Afghanistan); Tax ID No. 771387042305 (Russia) (individual) [SDGT] [IFSR] (Linked To: RPP LIMITED LIABILITY COMPANY).

HAMIDI, Mikhrab Sukhrab (a.k.a. HAMIDI, Mihrab Suhrab; a.k.a. MIHRAB, Suhrab Hamidi), Moscow, Russia; DOB 15 Dec 1970; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P02458563 (Afghanistan); Tax ID No. 771387042305 (Russia) (individual) [SDGT] [IFSR] (Linked To: RPP LIMITED LIABILITY COMPANY).

HAMIDI, Seyed Yahya (a.k.a. HAMIDI, Yahya; a.k.a. PANJAKI, Seyed Yahya Hosseiny; a.k.a. PANJAKI, Yahya Hosseini (Arabic: یحیی حسینی پنجکی); a.k.a. PANJAKI, Yahya Husseini), Iran; DOB 23 Jan 1975; POB Karaj, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T56344199 (Iran) expires 30 Mar 2027 (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

HAMIDI, Yahya (a.k.a. HAMIDI, Seyed Yahya; a.k.a. PANJAKI, Seyed Yahya Hosseiny; a.k.a. PANJAKI, Yahya Hosseini (Arabic: یحیی حسینی پنجکی); a.k.a. PANJAKI, Yahya Husseini), Iran; DOB 23 Jan 1975; POB Karaj, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T56344199 (Iran) expires 30 Mar 2027 (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

HAMIDIRAVARI, Reza (Arabic: رضا حمیدی راوری) (a.k.a. RAVARI, Reza), Iran; DOB 31 Oct 1963; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport V40150378 (Iran) expires 02 Jan 2022 (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

HAMIE, Daniel (a.k.a. HAMIEH, Daniel), Wojska Polskiego 23ABC, Suwalki, Podlaskie 16-400, Poland; Lebanon; DOB 30 Nov 2002; POB Bialystok, Poland; nationality Poland; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport ES7369838 (Poland) expires 11 Jul 2029; National ID No.

02313992539 (Poland) (individual) [SDGT] (Linked To: HAMIEH, Alaa Hassan).

HAMIE, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIE, Jamil Abdulkarim (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIE, Jamile (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIEAH, Jamiel (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH,

Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIEAH, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIEH, Alaa Hassan (Arabic: علاء حمية حسن), Zantout Street, Safi Darwich Building, 1st Floor, Dawhet El Hoss, Beirut, Lebanon; Southern Tariya, Baalbek, Lebanon; DOB 25 Jan 1980; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR3049063 (Lebanon) expires 06 Mar 2033; alt. Passport OA110548 (Canada); National ID No. 00003985449 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

HAMIEH, Daniel (a.k.a. HAMIE, Daniel), Wojska Polskiego 23ABC, Suwalki, Podlaskie 16-400, Poland; Lebanon; DOB 30 Nov 2002; POB Bialystok, Poland; nationality Poland; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport ES7369838 (Poland) expires 11 Jul 2029; National ID No. 02313992539 (Poland) (individual) [SDGT] (Linked To: HAMIEH, Alaa Hassan).

HAMIEH, Jamal (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIEH, Jamiel (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIEH, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIEH, Khaldoun, Syria; DOB 25 Dec 1973; nationality Lebanon; Gender Male; Passport LR1939852 (Lebanon) (individual) [PAARSSR-EO13894].

HAMIEH, Mamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIEH, Muhammad Hasan (a.k.a. HAMIYYAH, Muhammad Hasan), Lebanon; DOB 12 Sep 1983; POB Tariyah, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR3337699 (Lebanon) expires 27 Jul 2033; National ID No. 00003985448 (Lebanon) (individual) [SDGT] (Linked To: HAMIEH, Alaa Hassan).

HAMIEL, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIEYE, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil;

a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIEYYEH, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIL, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMITOV, Amir Makhsudovich (Cyrillic: ХАМИТОВ, Амир Махсудович), Russia; DOB 04 Feb 1975; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

HAMIYA, Abdul Jamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIYAH, Talal (a.k.a. HAMIYAH, Talal Husni; a.k.a. MEZERANI, Ismat); DOB 27 Nov 1952; alt. DOB 18 Mar 1960; alt. DOB 05 Mar 1958; alt. DOB 08 Dec 1958; POB Tarayya, Lebanon; alt. POB Sojad, Lebanon; nationality Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAMIYAH, Talal Husni (a.k.a. HAMIYAH, Talal; a.k.a. MEZERANI, Ismat); DOB 27 Nov 1952; alt. DOB 18 Mar 1960; alt. DOB 05 Mar 1958; alt. DOB 08 Dec 1958; POB Tarayya, Lebanon; alt. POB Sojad, Lebanon; nationality Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAMIYE, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIYYAH, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIYYAH, Muhammad Hasan (a.k.a. HAMIEH, Muhammad Hasan), Lebanon; DOB 12 Sep 1983; POB Tariyah, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR3337699 (Lebanon) expires 27 Jul 2033; National ID No. 00003985448 (Lebanon) (individual) [SDGT] (Linked To: HAMIEH, Alaa Hassan).

HAMIYYEH, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAML VA NAGHL ETEMAAD TARABARGROUS (a.k.a. TARABAR-GOROUS TRUST TRANSPORTATION), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

HAML VA NAGHL KALAHAYE RAHNAVARD SIMAN SEPAHAN (a.k.a. SEPAHAN CEMENT RAHNAVARD PRODUCTS

TRANSPORTATION), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

HAML VA NAGHL SEPEHR SIMAN MASHHAD (a.k.a. SEPEHR MASHAHD CEMENT TRANSPORTATION), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

HAMMAD, Fathi Ahmad (a.k.a. HAMAD, Fathi; a.k.a. HAMAD, Fathy Ahmed; a.k.a. HAMMAD, Fathi Ahmad Mohammad), Jabaliya, Gaza; DOB 1961; POB Jabaliya, Gaza Strip; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [NS-PLC].

HAMMAD, Fathi Ahmad Mohammad (a.k.a. HAMAD, Fathi; a.k.a. HAMAD, Fathy Ahmed; a.k.a. HAMMAD, Fathi Ahmad), Jabaliya, Gaza; DOB 1961; POB Jabaliya, Gaza Strip; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [NS-PLC].

HAMMADA, Hussein Ould (a.k.a. HAMADA, Alhoussein Ould; a.k.a. "TABANKORT, Zakaria"), Mali; DOB 1976; alt. DOB 1984; alt. DOB 1985; alt. DOB 1986; POB Tabankort, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN; Linked To: AL-MULATHAMUN BATTALION).

HAMMADI, Lu'ay Jasim (a.k.a. AL-JUBURI, Lu'ay Jasim Hammadi; a.k.a. AL-JUBURI, Lu'ay Jasim Hammadi Mahdi; a.k.a. "Hajji Lu'ay"), Mersin, Turkey; DOB 06 Oct 1970; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HAMMADOU, Abid (a.k.a. ABOU ZEID, Abdelhamid; a.k.a. ABU ZEID, Abdelhamid; a.k.a. ADEL, Youcef; a.k.a. HAMADU, Abid; a.k.a. "ABU ABDELLAH"); DOB 12 Dec 1965; POB Touggourt, Ouargla, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAMMAM, Yahya Abu (a.k.a. AKACHA, Jamel; a.k.a. DJAMEL, Akkacha; a.k.a. EL HAMMAM, Yahia Abou); DOB 1979; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAMMAMI, Omar (a.k.a. AL-AMRIKI, Abu Mansour; a.k.a. AL-AMRIKI, Abu Mansur; a.k.a. AL-AMRIKI, Abu Mansuur; a.k.a. HAMMAMI, Omar Shafik; a.k.a. HAMMAMI, Umar; a.k.a. "FAROUK"; a.k.a. "FAROUQ"); DOB 06 May 1984; POB Alabama, USA; Passport 403062567 (United States); SSN 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 (United States) (individual) [SOMALIA].

HAMMAMI, Omar Shafik (a.k.a. AL-AMRIKI, Abu Mansour; a.k.a. AL-AMRIKI, Abu Mansur; a.k.a. AL-AMRIKI, Abu Mansuur; a.k.a. HAMMAMI, Omar; a.k.a. HAMMAMI, Umar; a.k.a. "FAROUK"; a.k.a. "FAROUQ"); DOB 06 May 1984; POB Alabama, USA; Passport 403062567 (United States); SSN 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 (United States) (individual) [SOMALIA].

HAMMAMI, Umar (a.k.a. AL-AMRIKI, Abu Mansour; a.k.a. AL-AMRIKI, Abu Mansur; a.k.a. AL-AMRIKI, Abu Mansuur; a.k.a. HAMMAMI, Omar; a.k.a. HAMMAMI, Omar Shafik; a.k.a. "FAROUK"; a.k.a. "FAROUQ"); DOB 06 May 1984; POB Alabama, USA; Passport 403062567 (United States); SSN 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 (United States) (individual) [SOMALIA].

HAMMERBANDE (a.k.a. ANTIFA OST; a.k.a. ANTIFA-OST; a.k.a. "ANTIFA-EAST"; a.k.a. "HAMMER GANG"), Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2017 to 2018; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

HAMMID, Mohammed Tahir (a.k.a. "ABDELHAMID AL KURDI"), Via della Martinella 132, Parma, Italy; DOB 01 Nov 1975; POB Poshok, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Kurdish; arrested 31 Mar 2003 (individual) [SDGT].

HAMMUD, Abed Mahmoud (a.k.a. AL-TIKRITI, Abid Hamid Mahmud; a.k.a. MAHMOUD, Col. Abdel Hamid; a.k.a. MAHMUD, Abid Hamid bid Hamid); DOB circa 1957; POB al-Awja, near Tikrit, Iraq; nationality Iraq; Saddam Hussein al-Tikriti's presidential secretary and key advisor (individual) [IRAQ2].

HAMOON SEPAHAN COMMERCIAL TRADING, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

HAMOON SEPAHAN INVESTMENT, Iran [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

HAMOON SEPAHAN MANAGEMENT SERVICES, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

HAMRAHAN PISHRO TEJARAT (a.k.a. BAZARGANI HAMRAHAN PISHRO TEJARAT; a.k.a. HAMRAHAN PISHRO TEJARAT COMMERCIAL TRADING COMPANY; a.k.a. HAMRAHAN PISHRO TEJARAT TRADING COMPANY), No. 750, 10th Floor, Bahar Tower, Bahar Street, Tehran 1561636847, Iran; Website http://pishro-tejarat.com/about/fa; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ASHTARI, Mahmud).

HAMRAHAN PISHRO TEJARAT COMMERCIAL TRADING COMPANY (a.k.a. BAZARGANI HAMRAHAN PISHRO TEJARAT; a.k.a. HAMRAHAN PISHRO TEJARAT; a.k.a. HAMRAHAN PISHRO TEJARAT TRADING COMPANY), No. 750, 10th Floor, Bahar Tower, Bahar Street, Tehran 1561636847, Iran; Website http://pishro-tejarat.com/about/fa; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ASHTARI, Mahmud).

HAMRAHAN PISHRO TEJARAT TRADING COMPANY (a.k.a. BAZARGANI HAMRAHAN PISHRO TEJARAT; a.k.a. HAMRAHAN PISHRO TEJARAT; a.k.a. HAMRAHAN PISHRO TEJARAT COMMERCIAL TRADING COMPANY), No. 750, 10th Floor, Bahar Tower, Bahar Street, Tehran 1561636847, Iran; Website http://pishro-tejarat.com/about/fa; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ASHTARI, Mahmud).

HAMRAOUI, Kamel Ben Mouldi Ben Hassan (a.k.a. "KAMEL"; a.k.a. "KIMO"), Via Bertesi 27, Cremona, Italy; DOB 21 Oct 1977; POB Beja, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Passport P229856 issued 01 Nov 2002 expires 31 Oct 2007; arrested 1 Apr 2003 (individual) [SDGT].

HAMRIYAH STEEL FREE ZONE COMPANY (Arabic: الحمرية للحديد ش م ح) (a.k.a. HAMRIYAH STEEL FZC), PO Box 42142, Plot 4E-01, Jiddah Street, Hamriyah Free Zone Phase II, Sharjah, Sharjah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Aug 2008; Company Number 11582020 (United Arab Emirates); Business Registration Number 4326 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: HOLDINGOVAYA KOMPANIYA METALLOINVEST AO).

HAMRIYAH STEEL FZC (a.k.a. HAMRIYAH STEEL FREE ZONE COMPANY (Arabic: الحمرية للحديد ش م ح)), PO Box 42142, Plot 4E-01, Jiddah Street, Hamriyah Free Zone Phase II, Sharjah, Sharjah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Aug 2008; Company Number 11582020 (United Arab Emirates); Business Registration Number 4326 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: HOLDINGOVAYA KOMPANIYA METALLOINVEST AO).

HAMSHO GROUP (a.k.a. HAMCHO INTERNATIONAL; a.k.a. HAMSHO GROUP INTERNATIONAL; a.k.a. HAMSHO INTERNATIONAL; a.k.a. HAMSHO INTERNATIONAL GROUP), Baghdad Street, Building No. 31, P.O. Box 8254, Damascus, Syria; Hamsho Building, Free Zone Area, P.O. Box 8254, Syria [PAARSSR-EO13894].

HAMSHO GROUP INTERNATIONAL (a.k.a. HAMCHO INTERNATIONAL; a.k.a. HAMSHO GROUP; a.k.a. HAMSHO INTERNATIONAL; a.k.a. HAMSHO INTERNATIONAL GROUP), Baghdad Street, Building No. 31, P.O. Box 8254, Damascus, Syria; Hamsho Building, Free Zone Area, P.O. Box 8254, Syria [PAARSSR-EO13894].

HAMSHO INTERNATIONAL (a.k.a. HAMCHO INTERNATIONAL; a.k.a. HAMSHO GROUP; a.k.a. HAMSHO GROUP INTERNATIONAL; a.k.a. HAMSHO INTERNATIONAL GROUP), Baghdad Street, Building No. 31, P.O. Box 8254, Damascus, Syria; Hamsho Building, Free Zone Area, P.O. Box 8254, Syria [PAARSSR-EO13894].

HAMSHO INTERNATIONAL GROUP (a.k.a. HAMCHO INTERNATIONAL; a.k.a. HAMSHO GROUP; a.k.a. HAMSHO GROUP INTERNATIONAL; a.k.a. HAMSHO INTERNATIONAL), Baghdad Street, Building No. 31, P.O. Box 8254, Damascus, Syria; Hamsho Building, Free Zone Area, P.O. Box 8254, Syria [PAARSSR-EO13894].

HAMSHO, Ahmad Sabir Mohammed (a.k.a. HAMCHO, Ahmad Saber (Arabic: احمد صابر حمشو); a.k.a. HAMCHO, Ahmad Saber Mohamad; a.k.a. HAMSHOU, Ahmed Saber Mohammed), Damascus, Syria; Dubai, United Arab Emirates; London, United Kingdom; DOB 25 Nov 1992; POB Damascus, Syria; nationality Syria; Gender Male; Passport N005364444 (Syria) (individual) [PAARSSR-EO13894].

HAMSHO, Ali Muhammad (Arabic: علي محمد حمشو) (a.k.a. HAMCHO, Ali; a.k.a. HAMCHO, Ali Mohamad; a.k.a. HAMSHOU, Ali Mohammed), Damascus, Syria; Paris, France; DOB 03 Nov 1998; POB Damascus, Syria; nationality Syria; Gender Male; Passport N005361042 (Syria) (individual) [PAARSSR-EO13894].

HAMSHO, Amr Mohamed (a.k.a. HAMCHO, Amre (Arabic: عمرو حمشو); a.k.a. HAMCHO, Amre Mohamad; a.k.a. HAMSHO, Amrou Mohammed; a.k.a. HAMSHOU, Amrou Mohammed), Damascus, Syria; DOB 07 Mar 1995; POB Damascus, Syria; nationality Syria; Gender Male; Passport N005361043 (Syria) (individual) [PAARSSR-EO13894].

HAMSHO, Amrou Mohammed (a.k.a. HAMCHO, Amre (Arabic: عمرو حمشو); a.k.a. HAMCHO, Amre Mohamad; a.k.a. HAMSHO, Amr Mohamed; a.k.a. HAMSHOU, Amrou Mohammed), Damascus, Syria; DOB 07 Mar 1995; POB Damascus, Syria; nationality Syria; Gender Male; Passport N005361043 (Syria) (individual) [PAARSSR-EO13894].

HAMSHO, Mohammad (a.k.a. HAMCHO, Mohamed; a.k.a. HAMSHO, Mohammed Saber; a.k.a. HAMSHO, Muhammad; a.k.a. HAMSHOU, Mohammed; a.k.a. HAMSHU, Muhammad Sabir), Syria; DOB 20 May 1966; POB Damascus, Syria; nationality Syria; Gender Male; Passport 002954347 (Syria) (individual) [PAARSSR-EO13894].

HAMSHO, Mohammed Saber (a.k.a. HAMCHO, Mohamed; a.k.a. HAMSHO, Mohammad; a.k.a. HAMSHO, Muhammad; a.k.a. HAMSHOU, Mohammed; a.k.a. HAMSHU, Muhammad Sabir), Syria; DOB 20 May 1966; POB Damascus, Syria; nationality Syria; Gender Male; Passport 002954347 (Syria) (individual) [PAARSSR-EO13894].

HAMSHO, Muhammad (a.k.a. HAMCHO, Mohamed; a.k.a. HAMSHO, Mohammad; a.k.a. HAMSHO, Mohammed Saber; a.k.a. HAMSHOU, Mohammed; a.k.a. HAMSHU, Muhammad Sabir), Syria; DOB 20 May 1966; POB Damascus, Syria; nationality Syria; Gender Male; Passport 002954347 (Syria) (individual) [PAARSSR-EO13894].

HAMSHOU, Ahmed Saber Mohammed (a.k.a. HAMCHO, Ahmad Saber (Arabic: احمد صابر حمشو); a.k.a. HAMCHO, Ahmad Saber Mohamad; a.k.a. HAMSHO, Ahmad Sabir Mohammed), Damascus, Syria; Dubai, United Arab Emirates; London, United Kingdom; DOB 25 Nov 1992; POB Damascus, Syria; nationality Syria; Gender Male; Passport N005364444 (Syria) (individual) [PAARSSR-EO13894].

HAMSHOU, Ali Mohammed (a.k.a. HAMCHO, Ali; a.k.a. HAMCHO, Ali Mohamad; a.k.a. HAMSHO, Ali Muhammad (Arabic: علي محمد حمشو)), Damascus, Syria; Paris, France; DOB 03 Nov 1998; POB Damascus, Syria; nationality Syria; Gender Male; Passport N005361042 (Syria) (individual) [PAARSSR-EO13894].

HAMSHOU, Amrou Mohammed (a.k.a. HAMCHO, Amre (Arabic: عمرو حمشو); a.k.a. HAMCHO, Amre Mohamad; a.k.a. HAMSHO, Amr Mohamed; a.k.a. HAMSHO, Amrou Mohammed), Damascus, Syria; DOB 07 Mar 1995; POB Damascus, Syria; nationality Syria; Gender Male; Passport N005361043 (Syria) (individual) [PAARSSR-EO13894].

HAMSHOU, Mohammed (a.k.a. HAMCHO, Mohamed; a.k.a. HAMSHO, Mohammad; a.k.a. HAMSHO, Mohammed Saber; a.k.a. HAMSHO, Muhammad; a.k.a. HAMSHU, Muhammad Sabir), Syria; DOB 20 May 1966; POB Damascus, Syria; nationality Syria; Gender Male; Passport 002954347 (Syria) (individual) [PAARSSR-EO13894].

HAMSHU, Muhammad Sabir (a.k.a. HAMCHO, Mohamed; a.k.a. HAMSHO, Mohammad; a.k.a. HAMSHO, Mohammed Saber; a.k.a. HAMSHO, Muhammad; a.k.a. HAMSHOU, Mohammed), Syria; DOB 20 May 1966; POB Damascus, Syria; nationality Syria; Gender Male; Passport 002954347 (Syria) (individual) [PAARSSR-EO13894].

HAMUD, Faruq, al Hawl, Syria; DOB 02 Feb 1990; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HAMUDAT, General Maki Mustafa (a.k.a. AL-HAMADAT, General Maki; a.k.a. HAMUDAT, Maki; a.k.a. HMODAT, Mackie; a.k.a. MUSTAFA, Macki Hamoudat), Mosul, Iraq; DOB circa 1934; nationality Iraq (individual) [IRAQ2].

HAMUDAT, Maki (a.k.a. AL-HAMADAT, General Maki; a.k.a. HAMUDAT, General Maki Mustafa; a.k.a. HMODAT, Mackie; a.k.a. MUSTAFA, Macki Hamoudat), Mosul, Iraq; DOB circa 1934; nationality Iraq (individual) [IRAQ2].

HAMYH, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMZA BRIGADE (a.k.a. AL-HAMZA DIVISION; a.k.a. AL-HAMZAT DIVISION; a.k.a. FERQAT AL-HAMZA; a.k.a. FIRQA AL-HAMZA; a.k.a. HAMZA DIVISION (Arabic: فرقة الحمزة); a.k.a. HAMZA DIVISION SPECIAL FORCES; a.k.a. HAMZA TUMENI OZEL KUVVETLER; a.k.a. HAMZAT DIVISION), Al-Bab District, Aleppo Governorate, Syria; Afrin District, Aleppo Governorate, Syria [PAARSSR-EO13894].

HAMZA DIVISION (Arabic: فرقة الحمزة) (a.k.a. AL-HAMZA DIVISION; a.k.a. AL-HAMZAT DIVISION; a.k.a. FERQAT AL-HAMZA; a.k.a. FIRQA AL-HAMZA; a.k.a. HAMZA BRIGADE; a.k.a. HAMZA DIVISION SPECIAL FORCES; a.k.a. HAMZA TUMENI OZEL KUVVETLER; a.k.a. HAMZAT DIVISION), Al-Bab District, Aleppo Governorate, Syria; Afrin District, Aleppo Governorate, Syria [PAARSSR-EO13894].

HAMZA DIVISION SPECIAL FORCES (a.k.a. AL-HAMZA DIVISION; a.k.a. AL-HAMZAT DIVISION; a.k.a. FERQAT AL-HAMZA; a.k.a. FIRQA AL-HAMZA; a.k.a. HAMZA BRIGADE; a.k.a. HAMZA DIVISION (Arabic: فرقة الحمزة); a.k.a. HAMZA TUMENI OZEL KUVVETLER; a.k.a. HAMZAT DIVISION), Al-Bab District, Aleppo Governorate, Syria; Afrin District,

Aleppo Governorate, Syria [PAARSSR-EO13894].

HAMZA TUMENI OZEL KUVVETLER (a.k.a. AL-HAMZA DIVISION; a.k.a. AL-HAMZAT DIVISION; a.k.a. FERQAT AL-HAMZA; a.k.a. FIRQA AL-HAMZA; a.k.a. HAMZA BRIGADE; a.k.a. HAMZA DIVISION (Arabic: فرقة الحمزة); a.k.a. HAMZA DIVISION SPECIAL FORCES; a.k.a. HAMZAT DIVISION), Al-Bab District, Aleppo Governorate, Syria; Afrin District, Aleppo Governorate, Syria [PAARSSR-EO13894].

HAMZA, Abd al-Basit (a.k.a. KHAIR, Abdelbasit Hamza Elhassan Mohamed; a.k.a. "HAMZA, Abdelbasit"), Africa Street, Khartoum 12290, Sudan; DOB 28 Aug 1955; POB Marawi, Sudan; nationality Sudan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 101 0015 9792 (Sudan) (individual) [SDGT] (Linked To: HAMAS).

HAMZA, Amir (a.k.a. HAMZA, Maulana Ameer), Jamia Masjid, al Qadsia, Chauburji Chowk, Lahore, Pakistan; DOB 10 May 1959; POB Sheikhupura, Punjab Province, Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AB6217491 issued 01 Jun 2006 expires 01 Jun 2011; National ID No. 3520149847497 (Pakistan) (individual) [SDGT].

HAMZA, Maulana Ameer (a.k.a. HAMZA, Amir), Jamia Masjid, al Qadsia, Chauburji Chowk, Lahore, Pakistan; DOB 10 May 1959; POB Sheikhupura, Punjab Province, Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AB6217491 issued 01 Jun 2006 expires 01 Jun 2011; National ID No. 3520149847497 (Pakistan) (individual) [SDGT].

HAMZAT DIVISION (a.k.a. AL-HAMZA DIVISION; a.k.a. AL-HAMZAT DIVISION; a.k.a. FERQAT AL-HAMZA; a.k.a. FIRQA AL-HAMZA; a.k.a. HAMZA BRIGADE; a.k.a. HAMZA DIVISION (Arabic: فرقة الحمزة); a.k.a. HAMZA DIVISION SPECIAL FORCES; a.k.a. HAMZA TUMENI OZEL KUVVETLER), Al-Bab District, Aleppo Governorate, Syria; Afrin District, Aleppo Governorate, Syria [PAARSSR-EO13894].

HAMZZA YASIR, Abdelraouf Abu Zaid Mohamed (a.k.a. ABU ZAID MOHAMED, Abdel Raouf; a.k.a. ABUZAID, Abdul Rauf; a.k.a. MOHAMED

HAMZA, Abd Al-Ra'Ouf Abu Zaid; a.k.a. MUHAMMAD HAMZA, Abd-al-Ra'uf Abu Zayd; a.k.a. MUHAMMAD HAMZA, Abdul Raouf Abu Zeid; a.k.a. ZAYID HAMZA, Abdel Raouf Abu); DOB 01 Jan 1983; POB Sudan; nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAN, Cellat (a.k.a. HAN, Sahbaz; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Haji Shahbaz; a.k.a. ZADRAN, Shabbaz; a.k.a. ZADRAN, Shahbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

HAN, Chang-su (a.k.a. HAN, Jang Su), Moscow, Russia; DOB 08 Nov 1969; POB Pyongyang; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745420176 expires 19 Oct 2020; Foreign Trade Bank chief representative (individual) [NPWMD].

HAN, Chol Man (Korean: 한철만) (a.k.a. HAN, Ch'o'l-man), Shenyang, China; DOB 06 May 1978; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK3] (Linked To: KUMGANG BANK).

HAN, Ch'o'l-man (a.k.a. HAN, Chol Man (Korean: 한철만)), Shenyang, China; DOB 06 May 1978;

nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK3] (Linked To: KUMGANG BANK).

HAN, Dejian (Chinese Simplified: 韩德建), China; DOB 18 Dec 1989; POB Dongchangfu District, Liaocheng, Shandong Province; nationality China; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; National ID No. 371502198912183817 (China) (individual) [NPWMD] (Linked To: SHI, Qianpei).

HAN, Hong Gil (Korean: 한홍길) (a.k.a. HAN, Hong Kil), Dandong, China; DOB 20 Jan 1974; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 381410151 (Korea, North) (individual) [DPRK4] (Linked To: KORYO COMMERCIAL BANK LTD.).

HAN, Hong Kil (a.k.a. HAN, Hong Gil (Korean: 한홍길)), Dandong, China; DOB 20 Jan 1974; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 381410151 (Korea, North) (individual) [DPRK4] (Linked To: KORYO COMMERCIAL BANK LTD.).

HAN, Jang Su (a.k.a. HAN, Chang-su), Moscow, Russia; DOB 08 Nov 1969; POB Pyongyang; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745420176 expires 19 Oct 2020; Foreign Trade Bank chief representative (individual) [NPWMD].

HAN, Kon U (a.k.a. HAN, Ko'n-u; a.k.a. HAN, Kwon U; a.k.a. HAN, Kwo'n-u), Zhuhai, China; DOB 21 Aug 1962; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745434880; Korea Ryonbong General Corporation Representative in Zhuhai, China (individual) [DPRK2].

HAN, Ko'n-u (a.k.a. HAN, Kon U; a.k.a. HAN, Kwon U; a.k.a. HAN, Kwo'n-u), Zhuhai, China; DOB 21 Aug 1962; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745434880; Korea Ryonbong General Corporation Representative in Zhuhai, China (individual) [DPRK2].

HAN, Kwon U (a.k.a. HAN, Kon U; a.k.a. HAN, Ko'n-u; a.k.a. HAN, Kwo'n-u), Zhuhai, China; DOB 21 Aug 1962; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745434880; Korea Ryonbong General Corporation Representative in Zhuhai, China (individual) [DPRK2].

HAN, Kwo'n-u (a.k.a. HAN, Kon U; a.k.a. HAN, Ko'n-u; a.k.a. HAN, Kwon U), Zhuhai, China; DOB 21 Aug 1962; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745434880; Korea Ryonbong General Corporation Representative in Zhuhai, China (individual) [DPRK2].

HAN, Sahbaz (a.k.a. HAN, Cellat; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Haji Shahbaz; a.k.a. ZADRAN, Shabbaz; a.k.a. ZADRAN, Shahbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

HANA BANKING CORPORATION LTD (a.k.a. BRILLIANCE BANKING CORPORATION, LTD.; a.k.a. GORGEOUS BANK OF NORTH KOREA; a.k.a. HUALI BANK (Chinese Simplified: 朝鲜华丽银行); a.k.a. HWARYO BANK (Korean: 화려은행)), Haebangsan Hotel, Jungsong-Dong, Sungri Street, Central District, Pyongyang, Korea, North; Dandong, China; SWIFT/BIC BRBKKPP1; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

HANA ELECTRONIC JV COMPANY (a.k.a. HANA ELECTRONICS; a.k.a. HANA ELECTRONICS JVC), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

HANA ELECTRONICS (a.k.a. HANA ELECTRONIC JV COMPANY; a.k.a. HANA ELECTRONICS JVC), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

HANA ELECTRONICS JVC (a.k.a. HANA ELECTRONIC JV COMPANY; a.k.a. HANA ELECTRONICS), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

HANAFI, Khalid (a.k.a. HANAFI, Mohammad Khalid; a.k.a. HANAFI, Shaikh al-Hadith Mohammad Khalid; a.k.a. HANAFI, Shaykh

Muhammad Khalid; a.k.a. "KHALID, Mohamad"), Afghanistan; DOB 1971 to 1972; POB Kolam Shaheed, Doabi, Nuristan, Afghanistan; nationality Afghanistan; Gender Male (individual) [GLOMAG].

HANAFI, Mohammad Khalid (a.k.a. HANAFI, Khalid; a.k.a. HANAFI, Shaikh al-Hadith Mohammad Khalid; a.k.a. HANAFI, Shaykh Muhammad Khalid; a.k.a. "KHALID, Mohamad"), Afghanistan; DOB 1971 to 1972; POB Kolam Shaheed, Doabi, Nuristan, Afghanistan; nationality Afghanistan; Gender Male (individual) [GLOMAG].

HANAFI, Shaikh al-Hadith Mohammad Khalid (a.k.a. HANAFI, Khalid; a.k.a. HANAFI, Mohammad Khalid; a.k.a. HANAFI, Shaykh Muhammad Khalid; a.k.a. "KHALID, Mohamad"), Afghanistan; DOB 1971 to 1972; POB Kolam Shaheed, Doabi, Nuristan, Afghanistan; nationality Afghanistan; Gender Male (individual) [GLOMAG].

HANAFI, Shaykh Muhammad Khalid (a.k.a. HANAFI, Khalid; a.k.a. HANAFI, Mohammad Khalid; a.k.a. HANAFI, Shaikh al-Hadith Mohammad Khalid; a.k.a. "KHALID, Mohamad"), Afghanistan; DOB 1971 to 1972; POB Kolam Shaheed, Doabi, Nuristan, Afghanistan; nationality Afghanistan; Gender Male (individual) [GLOMAG].

HANAFIN, John Desmond, United Arab Emirates; DOB 10 Jul 1974; nationality Ireland; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Digital Currency Address - USDT 0x38735f03b30FbC022DdD06ABED01F0Ca82 3C6a94; Passport LT8338945 (Ireland) (individual) [RUSSIA-EO14024] (Linked To: HURIYA PRIVATE FZE LLE).

HAND OF MERCY (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif,

Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

HANDAL PEREZ, Jose Miguel (a.k.a. "CHEPE HANDAL"; a.k.a. "CHEPITO HANDAL"), Col Bella Vista, Casa No. 09, Camino a Rotulo de Coca Cola, San Pedro Sula, Cortes, Honduras; DOB 14 May 1974; POB Honduras; nationality Honduras; citizen Honduras; National ID No. 0501-1974-03523 (Honduras); Tax ID No. ERQ1IZE (Honduras) (individual) [SDNTK] (Linked To: CORPORACION HANDAL S. DE R.L.; Linked To: EASY CASH S. DE R.L.; Linked To: AUTO PARTES HANDAL S. DE R.L. DE C.V.; Linked To: SUPERTIENDAS HANDAL S. DE R.L.; Linked To: JM TROYA).

HANDASIEH (a.k.a. ORGANIZATION FOR ENGINEERING INDUSTRIES), PO Box 21120 Baramkeh, Damascus, Syria; PO Box 2849, Al Moutanabi Street, Damascus, Syria; PO Box 5966, Abou Bakr Al Seddeq St., Damascus, Syria [NPWMD].

HANG HUN SUAN CHAMKAT BANG KOK ATHI-FLORA DISAIN (a.k.a. BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP), 812/89 Ratchada Phisek Road, Din Daeng precinct, Huai Khwang district, Bangkok, Thailand [SDNTK].

HANG HUN SUAN CHAMKAT KRIN KHA REN (a.k.a. GREEN CAR RENT LIMITED PARTNERSHIP), 445/11 Soi Ramkamhaeng, 39 Lat Phrao Road, Wang Thong Lang, Bang Kapi district, Bangkok, Thailand [SDNTK].

HANGZHOU FUYANG KOTO MACHINERY (a.k.a. HANGZHOU FUYANG KOTO MACHINERY CO.; a.k.a. HANGZHOU FUYANG KOTO MACHINERY CO., LTD; a.k.a. KOTO MACHINERY CO., LTD; a.k.a. KOTO MACHINRY CO., LTD), No. 19 Jingping Road Fuchun Street, Fuyang Hangzhou, Zhejiang, China; No.3 hengliangting, Fuyang City, Zhejiang Province, China; Website https://kotomachinery.wixsite.com/kotomach/blank; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

HANGZHOU FUYANG KOTO MACHINERY CO. (a.k.a. HANGZHOU FUYANG KOTO MACHINERY; a.k.a. HANGZHOU FUYANG KOTO MACHINERY CO., LTD; a.k.a. KOTO MACHINERY CO., LTD; a.k.a. KOTO MACHINRY CO., LTD), No. 19 Jingping Road Fuchun Street, Fuyang Hangzhou, Zhejiang, China; No.3 hengliangting, Fuyang City, Zhejiang Province, China; Website https://kotomachinery.wixsite.com/kotomach/blank; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

HANGZHOU FUYANG KOTO MACHINERY CO., LTD (a.k.a. HANGZHOU FUYANG KOTO MACHINERY; a.k.a. HANGZHOU FUYANG KOTO MACHINERY CO.; a.k.a. KOTO MACHINERY CO., LTD; a.k.a. KOTO MACHINRY CO., LTD), No. 19 Jingping Road Fuchun Street, Fuyang Hangzhou, Zhejiang, China; No.3 hengliangting, Fuyang City, Zhejiang Province, China; Website https://kotomachinery.wixsite.com/kotomach/blank; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

HANGZHOU HONGYAN TRADING CO., LTD (a.k.a. CEC CHEMICAL CO., LTD.; a.k.a. CEC LIMITED; a.k.a. CEC LTD.; a.k.a. CEC PHARM CO LTD; a.k.a. CEC PHARMATECH LTD; a.k.a. CHINA ENRICHING CHEMISTRY; a.k.a. IAN LIMITED; a.k.a. SHANGHAI CANHE PHARMTECH CO LTD), Room 807, 8/F Building 6, No.333 Guiping Road, Shanghai 200233, China; 401, No.23, Changning Road 1277, Shanghai 200051, China; Website www.cecchem.com; alt. Website www.eric1234.com [SDNTK].

HANGZHOU JIEPEI INFORMATION TECHNOLOGY CO LTD (Chinese Simplified: 杭州捷配信息科技有限公司) (a.k.a. ALL-PCB SOLUTIONS LTD), Room 1201, West Building, Building 2, Xintiandi Business Center, Gongshu District, Hangzhou, Zhejiang 310000, China; Website www.jiepei.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 04 Jan 2015; Unified Social Credit Code (USCC) 91330103328163604H (China) [NPWMD] [IFSR] (Linked To: DEHGHAN FARSI, Mohamadreza).

HANGZHOU KEMING INTELLIGENCE TECHNOLOGY CO LTD (a.k.a. HANGZHOU

KEMING INTELLIGENT TECHNOLOGY CO LTD), No. C717, Building 2, No. 452, Da Street, No. 6, Baiyang Sub-District, Economic Technology Development Zone, Hangzhou, Zhejiang 310000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 330198000147649 (China); Unified Social Credit Code (USCC) 91330101MA27X1EW0D (China) [RUSSIA-EO14024].

HANGZHOU KEMING INTELLIGENT TECHNOLOGY CO LTD (a.k.a. HANGZHOU KEMING INTELLIGENCE TECHNOLOGY CO LTD), No. C717, Building 2, No. 452, Da Street, No. 6, Baiyang Sub-District, Economic Technology Development Zone, Hangzhou, Zhejiang 310000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 330198000147649 (China); Unified Social Credit Code (USCC) 91330101MA27X1EW0D (China) [RUSSIA-EO14024].

HANGZHOU XIANGHE TRADING CO LTD, Office 143, Floor 1, Building 1, 63 Jiuhuan Road, Shangcheng District, Hangzhou, Zhejiang Province, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Unified Social Credit Code (USCC) 91330102MAE1C08D6W (China) [UKRAINE-EO13662] [RUSSIA-EO14024].

HANHONG MEDICINE TECHNOLOGY HUBEI CO., LIMITED (a.k.a. HUBEI VAST CHEMICAL CO., LIMITED (Chinese Simplified: 湖北翰弘化工有限公司)), Office Unit B, ON 9/F, Thomson Commercial Building 8, Thomson Road, Hong Kong, China; Website www.vast-chem.com; Organization Established Date 30 Jun 2020; Registration Number 2956172 (Hong Kong) [ILLICIT-DRUGS-EO14059] (Linked To: DU, Changgen).

HANHONG MEDICINE TECHNOLOGY HUBEI CO., LTD. (Chinese Simplified: 翰弘医药科技湖北有限公司) (a.k.a. HANHONG PHARMACEUTICAL TECHNOLOGY CO., LTD. (Chinese Simplified: 湖北翰弘化工有限公司)), H0781, Bldg. 1, No. 58 Guanggu Road, East Lake New Technology Development Zone, Wuhan, Hubei Province 430000, China; Website www.hanhong-med.com; Phone Number 862786832068; Organization Established Date 03 Nov 2016; Unified Social Credit Code (USCC) 91420111MA4KP9GA7L (China) [ILLICIT-DRUGS-EO14059].

HANHONG PHARMACEUTICAL TECHNOLOGY CO., LTD. (Chinese Simplified: 湖北翰弘化工有限公司) (f.k.a. HANHONG MEDICINE TECHNOLOGY HUBEI CO., LTD. (Chinese Simplified: 翰弘医药科技湖北有限公司)), H0781, Bldg. 1, No. 58 Guanggu Road, East Lake New Technology Development Zone, Wuhan, Hubei Province 430000, China; Website www.hanhong-med.com; Phone Number 862786832068; Organization Established Date 03 Nov 2016; Unified Social Credit Code (USCC) 91420111MA4KP9GA7L (China) [ILLICIT-DRUGS-EO14059].

HANIEH, Ismail (a.k.a. HANIYA, Ismael; a.k.a. HANIYA, Ismail; a.k.a. HANIYAH, Ismael; a.k.a. HANIYAH, Ismail; a.k.a. HANIYEH, Ismail; a.k.a. HANIYEH, Ismail Abdel Salam Ahmed; a.k.a. HANIYEH, Ismayil; a.k.a. HANIYYAH, Ismail); DOB 1962; POB Shati refugee camp, Gaza Strip; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HANIFA EXCHANGE (a.k.a. HANIFA MONEY EXCHANGE OFFICE (Arabic: شركة حنيفة للصرافة); a.k.a. HANIFAH CURRENCY EXCHANGE; a.k.a. HANIFAH EXCHANGE COMPANY; a.k.a. HANIFEH EXCHANGE; a.k.a. HUNAIFA OFFICE), Albu Kamal, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Albu Kamal Branch only [SDGT] (Linked To: JUBAYR AL-RAWI, Fawaz Muhammad; Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HANIFA MONEY EXCHANGE OFFICE (Arabic: شركة حنيفة للصرافة) (a.k.a. HANIFA EXCHANGE; a.k.a. HANIFAH CURRENCY EXCHANGE; a.k.a. HANIFAH EXCHANGE COMPANY; a.k.a. HANIFEH EXCHANGE; a.k.a. HUNAIFA OFFICE), Albu Kamal, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Albu Kamal Branch only [SDGT] (Linked To: JUBAYR AL-RAWI, Fawaz Muhammad; Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HANIFAH CURRENCY EXCHANGE (a.k.a. HANIFA EXCHANGE; a.k.a. HANIFA MONEY EXCHANGE OFFICE (Arabic: شركة حنيفة للصرافة); a.k.a. HANIFAH EXCHANGE COMPANY; a.k.a. HANIFEH EXCHANGE; a.k.a. HUNAIFA OFFICE), Albu Kamal, Syria; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Albu Kamal Branch only [SDGT] (Linked To: JUBAYR AL-RAWI, Fawaz Muhammad; Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HANIFAH EXCHANGE COMPANY (a.k.a. HANIFA EXCHANGE; a.k.a. HANIFA MONEY EXCHANGE OFFICE (Arabic: شركة حنيفة للصرافة); a.k.a. HANIFAH CURRENCY EXCHANGE; a.k.a. HANIFEH EXCHANGE; a.k.a. HUNAIFA OFFICE), Albu Kamal, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Albu Kamal Branch only [SDGT] (Linked To: JUBAYR AL-RAWI, Fawaz Muhammad; Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HANIFEH EXCHANGE (a.k.a. HANIFA EXCHANGE; a.k.a. HANIFA MONEY EXCHANGE OFFICE (Arabic: شركة حنيفة للصرافة); a.k.a. HANIFAH CURRENCY EXCHANGE; a.k.a. HANIFAH EXCHANGE COMPANY; a.k.a. HUNAIFA OFFICE), Albu Kamal, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Albu Kamal Branch only [SDGT] (Linked To: JUBAYR AL-RAWI, Fawaz Muhammad; Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HANISTA DEVELOPER GROUP (a.k.a. HANISTA PROGRAMING GROUP (Arabic: گروه برنامه نویسی هانیستا)), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [HRIT-IR].

HANISTA PROGRAMING GROUP (Arabic: گروه برنامه نویسی هانیستا) (a.k.a. HANISTA DEVELOPER GROUP), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [HRIT-IR].

HANIYA, Ismael (a.k.a. HANIEH, Ismail; a.k.a. HANIYA, Ismail; a.k.a. HANIYAH, Ismael; a.k.a. HANIYAH, Ismail; a.k.a. HANIYEH, Ismail; a.k.a. HANIYEH, Ismail Abdel Salam Ahmed; a.k.a. HANIYEH, Ismayil; a.k.a. HANIYYAH, Ismail); DOB 1962; POB Shati refugee camp, Gaza Strip; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HANIYA, Ismail (a.k.a. HANIEH, Ismail; a.k.a. HANIYA, Ismael; a.k.a. HANIYAH, Ismael; a.k.a. HANIYAH, Ismail; a.k.a. HANIYEH, Ismail; a.k.a. HANIYEH, Ismail Abdel Salam Ahmed; a.k.a. HANIYEH, Ismayil; a.k.a. HANIYYAH, Ismail); DOB 1962; POB Shati

refugee camp, Gaza Strip; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HANIYAH, Ismael (a.k.a. HANIEH, Ismail; a.k.a. HANIYA, Ismael; a.k.a. HANIYA, Ismail; a.k.a. HANIYAH, Ismail; a.k.a. HANIYEH, Ismail; a.k.a. HANIYEH, Ismail Abdel Salam Ahmed; a.k.a. HANIYEH, Ismayil; a.k.a. HANIYYAH, Ismail); DOB 1962; POB Shati refugee camp, Gaza Strip; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HANIYAH, Ismail (a.k.a. HANIEH, Ismail; a.k.a. HANIYA, Ismael; a.k.a. HANIYA, Ismail; a.k.a. HANIYAH, Ismael; a.k.a. HANIYEH, Ismail; a.k.a. HANIYEH, Ismail Abdel Salam Ahmed; a.k.a. HANIYEH, Ismayil; a.k.a. HANIYYAH, Ismail); DOB 1962; POB Shati refugee camp, Gaza Strip; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HANIYEH, Ismail (a.k.a. HANIEH, Ismail; a.k.a. HANIYA, Ismael; a.k.a. HANIYA, Ismail; a.k.a. HANIYAH, Ismael; a.k.a. HANIYAH, Ismail; a.k.a. HANIYEH, Ismail Abdel Salam Ahmed; a.k.a. HANIYEH, Ismayil; a.k.a. HANIYYAH, Ismail); DOB 1962; POB Shati refugee camp, Gaza Strip; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HANIYEH, Ismail Abdel Salam Ahmed (a.k.a. HANIEH, Ismail; a.k.a. HANIYA, Ismael; a.k.a. HANIYA, Ismail; a.k.a. HANIYAH, Ismael; a.k.a. HANIYAH, Ismail; a.k.a. HANIYEH, Ismail; a.k.a. HANIYEH, Ismayil; a.k.a. HANIYYAH, Ismail); DOB 1962; POB Shati refugee camp, Gaza Strip; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HANIYEH, Ismayil (a.k.a. HANIEH, Ismail; a.k.a. HANIYA, Ismael; a.k.a. HANIYA, Ismail; a.k.a. HANIYAH, Ismael; a.k.a. HANIYAH, Ismail; a.k.a. HANIYEH, Ismail; a.k.a. HANIYEH, Ismail Abdel Salam Ahmed; a.k.a. HANIYYAH, Ismail); DOB 1962; POB Shati refugee camp, Gaza Strip; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HANIYYAH, Ismail (a.k.a. HANIEH, Ismail; a.k.a. HANIYA, Ismael; a.k.a. HANIYA, Ismail; a.k.a. HANIYAH, Ismael; a.k.a. HANIYAH, Ismail; a.k.a. HANIYEH, Ismail; a.k.a. HANIYEH, Ismail Abdel Salam Ahmed; a.k.a. HANIYEH, Ismayil); DOB 1962; POB Shati refugee camp, Gaza Strip; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HANLEY LIMITED, Queen Victoria House, 4th Floor 41-43 Victoria Street, Douglas IM1 2LF, Man, Isle of; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jan 2023; Registration Number 019301V (Man, Isle of) [RUSSIA-EO14024] (Linked To: POMEROL CAPITAL SA).

HANNADI, Mohamed (a.k.a. BEN HAMMEDI, Mohammed; a.k.a. BENHAMMEDI, Mohammed; a.k.a. BIN HAMMIDI, Muhammad Muhammad; a.k.a. "ABU AL QASSAM"; a.k.a. "ABU HAJIR"; a.k.a. "ABU HAJIR AL LIBI"; a.k.a. "HAMMEDI, Ben"; a.k.a. "PANHAMMEDI"), Midlands, United Kingdom; DOB 22 Sep 1966; POB Libya; citizen Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HANNOUN, Mahid Ahmad Mohammad (a.k.a. HANNOUN, Mohamad Mahmoud Ahmad; a.k.a. HANNOUN, Mohammad Mah'd Ahmed; a.k.a. HANOUN, Muhammad Mahoud Ahmad Awad), Via Bartolomeo Parodi N. 79 int. 1a, 16014 Ceranesi, Genoa, Italy; DOB 15 Jun 1962; POB Bodros, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T1005028 (Italy) expires 21 Jul 2027; National ID No. AX1539488 (Italy); Italian Fiscal Code HNNMMM62H15Z220R (Italy); Residency Number I19693469 (Italy) issued 07 Nov 2023 expires 16 Jun 2033 (individual) [SDGT] (Linked To: HAMAS).

HANNOUN, Mohamad Mahmoud Ahmad (a.k.a. HANNOUN, Mahid Ahmad Mohammad; a.k.a. HANNOUN, Mohammad Mah'd Ahmed; a.k.a. HANOUN, Muhammad Mahoud Ahmad Awad), Via Bartolomeo Parodi N. 79 int. 1a, 16014 Ceranesi, Genoa, Italy; DOB 15 Jun 1962; POB Bodros, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T1005028

(Italy) expires 21 Jul 2027; National ID No. AX1539488 (Italy); Italian Fiscal Code HNNMMM62H15Z220R (Italy); Residency Number I19693469 (Italy) issued 07 Nov 2023 expires 16 Jun 2033 (individual) [SDGT] (Linked To: HAMAS).

HANNOUN, Mohammad Mah'd Ahmed (a.k.a. HANNOUN, Mahid Ahmad Mohammad; a.k.a. HANNOUN, Mohamad Mahmoud Ahmad; a.k.a. HANOUN, Muhammad Mahoud Ahmad Awad), Via Bartolomeo Parodi N. 79 int. 1a, 16014 Ceranesi, Genoa, Italy; DOB 15 Jun 1962; POB Bodros, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T1005028 (Italy) expires 21 Jul 2027; National ID No. AX1539488 (Italy); Italian Fiscal Code HNNMMM62H15Z220R (Italy); Residency Number I19693469 (Italy) issued 07 Nov 2023 expires 16 Jun 2033 (individual) [SDGT] (Linked To: HAMAS).

HANOUN, Muhammad Mahoud Ahmad Awad (a.k.a. HANNOUN, Mahid Ahmad Mohammad; a.k.a. HANNOUN, Mohamad Mahmoud Ahmad; a.k.a. HANNOUN, Mohammad Mah'd Ahmed), Via Bartolomeo Parodi N. 79 int. 1a, 16014 Ceranesi, Genoa, Italy; DOB 15 Jun 1962; POB Bodros, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T1005028 (Italy) expires 21 Jul 2027; National ID No. AX1539488 (Italy); Italian Fiscal Code HNNMMM62H15Z220R (Italy); Residency Number I19693469 (Italy) issued 07 Nov 2023 expires 16 Jun 2033 (individual) [SDGT] (Linked To: HAMAS).

HANSURI, Muhammad Muhawad (a.k.a. CHIZARI, Mohsen); DOB 01 Apr 1959; POB Tehran, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

HAO, Mingjin (Chinese Traditional: 郝明金; Chinese Simplified: 郝明金), Beijing, China; DOB Dec 1956; POB Jiaxiang County, Shandong Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

HAOKUN ENERGY GROUP CO., LTD. (Chinese Simplified: 昊坤能源集团有限公司) (a.k.a. HAOKUN ENERGY GROUP COMPANY LIMITED; a.k.a. "HAOKUN ENERGY"), Building 6, Central District, Haidian District, Beijing 100191, China; Website www.haokunny.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Unified Social Credit Code (USCC) 911101053063517353 (China) [SDGT] (Linked To: CHINA HAOKUN ENERGY LIMITED).

HAOKUN ENERGY GROUP COMPANY LIMITED (a.k.a. HAOKUN ENERGY GROUP CO., LTD. (Chinese Simplified: 昊坤能源集团有限公司); a.k.a. "HAOKUN ENERGY"), Building 6, Central District, Haidian District, Beijing 100191, China; Website www.haokunny.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Unified Social Credit Code (USCC) 911101053063517353 (China) [SDGT] (Linked To: CHINA HAOKUN ENERGY LIMITED).

HAPILON, Isnilon Totoni (a.k.a. HAPILUN, Isnilon; a.k.a. HAPILUN, Isnilun; a.k.a. "ABU MUSAB"; a.k.a. "SALAHUDIN"; a.k.a. "TUAN ISNILON"); DOB 18 Mar 1966; alt. DOB 10 Mar 1967; POB Bulanza, Lantawan, Basilan, the Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAPILUN, Isnilon (a.k.a. HAPILON, Isnilon Totoni; a.k.a. HAPILUN, Isnilun; a.k.a. "ABU MUSAB"; a.k.a. "SALAHUDIN"; a.k.a. "TUAN ISNILON"); DOB 18 Mar 1966; alt. DOB 10 Mar 1967; POB Bulanza, Lantawan, Basilan, the Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAPILUN, Isnilun (a.k.a. HAPILON, Isnilon Totoni; a.k.a. HAPILUN, Isnilon; a.k.a. "ABU MUSAB"; a.k.a. "SALAHUDIN"; a.k.a. "TUAN ISNILON"); DOB 18 Mar 1966; alt. DOB 10 Mar 1967; POB Bulanza, Lantawan, Basilan, the Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAPJANGGANG SHIPPING CORP, Kumsong 3-dong, Mangyongdae-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and

510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5787684 [DPRK4].

HAPJANGGANG TRADING CORPORATION (Korean: 합장강무역회사), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type State-Owned Enterprise [NPWMD] (Linked To: MINISTRY OF ROCKET INDUSTRY).

HAQ, Abdul (a.k.a. AXIMU, Memetiming; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 653225197110100533 (China) (individual) [SDGT].

HAQ, Sanaul (a.k.a. UMAR, Asim; a.k.a. UMER, Asim), Afghanistan; Pakistan; Bangladesh; DOB 1974 to 1976; POB Sambhal, Uttar Pradesh, India; nationality India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Maulana (individual) [SDGT].

HAQANI, Saraj (a.k.a. HAQANI, Siraj; a.k.a. HAQANI, Sirajuddin; a.k.a. HAQQANI, Saraj; a.k.a. HAQQANI, Siraj; a.k.a. HAQQANI, Sirajuddin; a.k.a. MUHAMMAD, Sirajuddin Haqqani Jalaluddin Khwasa), Manba'ul uloom Madrasa, Miramshah, North Waziristan, FATA, NWFP, Pakistan; Dergey Manday Madrasa (North of Miramsha), North Waziristan, FATA, NWFP, Pakistan; Kela neighborhood/Danda neighborhood (2 km NW from Miramshah town), Pakistan; DOB 1977; alt. DOB 1978; alt. DOB 1970; POB Danda, Miramshah, Afghanistan; alt. POB Khowst Province, Afghanistan; alt. POB Neka District, Paktika, Afghanistan; alt. POB Srana Village, Garda Saray District, Paktya Province, Afghanistan; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAQANI, Siraj (a.k.a. HAQANI, Saraj; a.k.a. HAQANI, Sirajuddin; a.k.a. HAQQANI, Saraj; a.k.a. HAQQANI, Siraj; a.k.a. HAQQANI, Sirajuddin; a.k.a. MUHAMMAD, Sirajuddin Haqqani Jalaluddin Khwasa), Manba'ul uloom Madrasa, Miramshah, North Waziristan, FATA, NWFP, Pakistan; Dergey Manday Madrasa (North of Miramsha), North Waziristan, FATA, NWFP, Pakistan; Kela neighborhood/Danda neighborhood (2 km NW from Miramshah town), Pakistan; DOB 1977; alt. DOB 1978; alt. DOB 1970; POB Danda, Miramshah, Afghanistan; alt. POB Khowst Province, Afghanistan; alt. POB Neka District, Paktika, Afghanistan; alt. POB Srana Village, Garda Saray District, Paktya Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAQANI, Sirajuddin (a.k.a. HAQANI, Saraj; a.k.a. HAQANI, Siraj; a.k.a. HAQQANI, Saraj; a.k.a. HAQQANI, Siraj; a.k.a. HAQQANI, Sirajuddin; a.k.a. MUHAMMAD, Sirajuddin Haqqani Jalaluddin Khwasa), Manba'ul uloom Madrasa, Miramshah, North Waziristan, FATA, NWFP, Pakistan; Dergey Manday Madrasa (North of Miramsha), North Waziristan, FATA, NWFP, Pakistan; Kela neighborhood/Danda neighborhood (2 km NW from Miramshah town), Pakistan; DOB 1977; alt. DOB 1978; alt. DOB 1970; POB Danda, Miramshah, Afghanistan; alt. POB Khowst Province, Afghanistan; alt. POB Neka District, Paktika, Afghanistan; alt. POB Srana Village, Garda Saray District, Paktya Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAQQANI NETWORK (a.k.a. "HQN"), Afghanistan; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HAQQANI, Abdul Aziz (a.k.a. HAQQANI, Aziz); DOB 1987 to 1989; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAQQANI, Abdul Qadir (a.k.a. ABDUL BASEER, Abdul Qadeer Basir; a.k.a. AHMAT, Abdul Qadir; a.k.a. BASIR, Abdul Qadir; a.k.a. QADIR, Abdul; a.k.a. "Nasibullah"), Peshawar, Pakistan;

DOB 1964; POB Nangarhar Province, Afghanistan; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D000974 (Afghanistan) (individual) [SDGT] (Linked To: TALIBAN).

HAQQANI, Aziz (a.k.a. HAQQANI, Abdul Aziz); DOB 1987 to 1989; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAQQANI, Dr. Naseer (a.k.a. GHAIR, Dr. Alim; a.k.a. HAQQANI, Naseer; a.k.a. HAQQANI, Nashir; a.k.a. HAQQANI, Nasiruddin; a.k.a. HAQQANI, Nassir; a.k.a. "NASERUDDIN"); DOB 1972; POB Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAQQANI, Khaleel (a.k.a. HAQQANI, Khalil Ahmad; a.k.a. HAQQANI, Khalil Al-Rahman; a.k.a. HAQQANI, Khalil ur Rahman), Peshawar, Pakistan; Near Dirgha Mundei Madrassa, in Dirgha Mundei Village, near Miram Shah, North Waziristan Agency (NWA), FATA, Pakistan; Kayla Village, near Miram Shah, North Waziristan Agency (NWA), FATA, Pakistan; Sarana Zadran Village, Paktia, Afghanistan; DOB 01 Jan 1966; alt. DOB 1964; alt. DOB 1963; alt. DOB 1962; alt. DOB 1961; alt. DOB 1960; alt. DOB 1959; alt. DOB 1958; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Haji (individual) [SDGT].

HAQQANI, Khalil Ahmad (a.k.a. HAQQANI, Khaleel; a.k.a. HAQQANI, Khalil Al-Rahman; a.k.a. HAQQANI, Khalil ur Rahman), Peshawar, Pakistan; Near Dirgha Mundei Madrassa, in Dirgha Mundei Village, near Miram Shah, North Waziristan Agency (NWA), FATA, Pakistan; Kayla Village, near Miram Shah, North Waziristan Agency (NWA), FATA, Pakistan; Sarana Zadran Village, Paktia, Afghanistan; DOB 01 Jan 1966; alt. DOB 1964; alt. DOB 1963; alt. DOB 1962; alt. DOB 1961; alt. DOB 1960; alt. DOB 1959; alt. DOB 1958; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Haji (individual) [SDGT].

HAQQANI, Khalil Al-Rahman (a.k.a. HAQQANI, Khaleel; a.k.a. HAQQANI, Khalil Ahmad; a.k.a. HAQQANI, Khalil ur Rahman), Peshawar,

Pakistan; Near Dirgha Mundei Madrassa, in Dirgha Mundei Village, near Miram Shah, North Waziristan Agency (NWA), FATA, Pakistan; Kayla Village, near Miram Shah, North Waziristan Agency (NWA), FATA, Pakistan; Sarana Zadran Village, Paktia, Afghanistan; DOB 01 Jan 1966; alt. DOB 1964; alt. DOB 1963; alt. DOB 1962; alt. DOB 1961; alt. DOB 1960; alt. DOB 1959; alt. DOB 1958; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Haji (individual) [SDGT].

HAQQANI, Khalil ur Rahman (a.k.a. HAQQANI, Khaleel; a.k.a. HAQQANI, Khalil Ahmad; a.k.a. HAQQANI, Khalil Al-Rahman), Peshawar, Pakistan; Near Dirgha Mundei Madrassa, in Dirgha Mundei Village, near Miram Shah, North Waziristan Agency (NWA), FATA, Pakistan; Kayla Village, near Miram Shah, North Waziristan Agency (NWA), FATA, Pakistan; Sarana Zadran Village, Paktia, Afghanistan; DOB 01 Jan 1966; alt. DOB 1964; alt. DOB 1963; alt. DOB 1962; alt. DOB 1961; alt. DOB 1960; alt. DOB 1959; alt. DOB 1958; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Haji (individual) [SDGT].

HAQQANI, Naseer (a.k.a. GHAIR, Dr. Alim; a.k.a. HAQQANI, Dr. Naseer; a.k.a. HAQQANI, Nashir; a.k.a. HAQQANI, Nasiruddin; a.k.a. HAQQANI, Nassir; a.k.a. "NASERUDDIN"); DOB 1972; POB Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAQQANI, Nashir (a.k.a. GHAIR, Dr. Alim; a.k.a. HAQQANI, Dr. Naseer; a.k.a. HAQQANI, Naseer; a.k.a. HAQQANI, Nasiruddin; a.k.a. HAQQANI, Nassir; a.k.a. "NASERUDDIN"); DOB 1972; POB Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAQQANI, Nasiruddin (a.k.a. GHAIR, Dr. Alim; a.k.a. HAQQANI, Dr. Naseer; a.k.a. HAQQANI, Naseer; a.k.a. HAQQANI, Nashir; a.k.a. HAQQANI, Nassir; a.k.a. "NASERUDDIN"); DOB 1972; POB Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAQQANI, Nassir (a.k.a. GHAIR, Dr. Alim; a.k.a. HAQQANI, Dr. Naseer; a.k.a. HAQQANI,

Naseer; a.k.a. HAQQANI, Nashir; a.k.a. HAQQANI, Nasiruddin; a.k.a. "NASERUDDIN"); DOB 1972; POB Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAQQANI, Saraj (a.k.a. HAQANI, Saraj; a.k.a. HAQANI, Siraj; a.k.a. HAQANI, Sirajuddin; a.k.a. HAQQANI, Siraj; a.k.a. HAQQANI, Sirajuddin; a.k.a. MUHAMMAD, Sirajuddin Haqqani Jalaluddin Khwasa), Manba'ul uloom Madrasa, Miramshah, North Waziristan, FATA, NWFP, Pakistan; Dergey Manday Madrasa (North of Miramsha), North Waziristan, FATA, NWFP, Pakistan; Kela neighborhood/Danda neighborhood (2 km NW from Miramshah town), Pakistan; DOB 1977; alt. DOB 1978; alt. DOB 1970; POB Danda, Miramshah, Afghanistan; alt. POB Khowst Province, Afghanistan; alt. POB Neka District, Paktika, Afghanistan; alt. POB Srana Village, Garda Saray District, Paktya Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAQQANI, Siraj (a.k.a. HAQANI, Saraj; a.k.a. HAQANI, Siraj; a.k.a. HAQANI, Sirajuddin; a.k.a. HAQQANI, Saraj; a.k.a. HAQQANI, Sirajuddin; a.k.a. MUHAMMAD, Sirajuddin Haqqani Jalaluddin Khwasa), Manba'ul uloom Madrasa, Miramshah, North Waziristan, FATA, NWFP, Pakistan; Dergey Manday Madrasa (North of Miramsha), North Waziristan, FATA, NWFP, Pakistan; Kela neighborhood/Danda neighborhood (2 km NW from Miramshah town), Pakistan; DOB 1977; alt. DOB 1978; alt. DOB 1970; POB Danda, Miramshah, Afghanistan; alt. POB Khowst Province, Afghanistan; alt. POB Neka District, Paktika, Afghanistan; alt. POB Srana Village, Garda Saray District, Paktya Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAQQANI, Sirajuddin (a.k.a. HAQANI, Saraj; a.k.a. HAQANI, Siraj; a.k.a. HAQANI, Sirajuddin; a.k.a. HAQQANI, Saraj; a.k.a. HAQQANI, Siraj; a.k.a. MUHAMMAD, Sirajuddin Haqqani Jalaluddin Khwasa), Manba'ul uloom Madrasa, Miramshah, North Waziristan, FATA, NWFP, Pakistan; Dergey Manday Madrasa (North of Miramsha), North Waziristan, FATA, NWFP, Pakistan; Kela neighborhood/Danda neighborhood (2 km NW from Miramshah town), Pakistan; DOB 1977;

alt. DOB 1978; alt. DOB 1970; POB Danda, Miramshah, Afghanistan; alt. POB Khowst Province, Afghanistan; alt. POB Neka District, Paktika, Afghanistan; alt. POB Srana Village, Garda Saray District, Paktya Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAQQANI, Yahya (a.k.a. HAQQANI, Yahyah; a.k.a. HAQQANI, Yaya; a.k.a. "HAROON"), The Haqqani Madrassa Compound, Miram Shah, North Waziristan Agency (NWA), Federally Administered Tribal Areas (FATA), Pakistan; Miram Shah, NWA, FATA, Pakistan; Danda Village, Miram Shah, NWA, FATA, Pakistan; DOB 1982; alt. DOB 1978; POB Miram Shah, Pakistan; citizen Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAQQANI, Yahyah (a.k.a. HAQQANI, Yahya; a.k.a. HAQQANI, Yaya; a.k.a. "HAROON"), The Haqqani Madrassa Compound, Miram Shah, North Waziristan Agency (NWA), Federally Administered Tribal Areas (FATA), Pakistan; Miram Shah, NWA, FATA, Pakistan; Danda Village, Miram Shah, NWA, FATA, Pakistan; DOB 1982; alt. DOB 1978; POB Miram Shah, Pakistan; citizen Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAQQANI, Yaya (a.k.a. HAQQANI, Yahya; a.k.a. HAQQANI, Yahyah; a.k.a. "HAROON"), The Haqqani Madrassa Compound, Miram Shah, North Waziristan Agency (NWA), Federally Administered Tribal Areas (FATA), Pakistan; Miram Shah, NWA, FATA, Pakistan; Danda Village, Miram Shah, NWA, FATA, Pakistan; DOB 1982; alt. DOB 1978; POB Miram Shah, Pakistan; citizen Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HARA COMPANY (a.k.a. HARA INSTITUTE), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

HARA INSTITUTE (a.k.a. HARA COMPANY), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

HARA, Dzmitry Iurevich (Cyrillic: ГАРА, Дзмітрый Юр'евіч) (a.k.a. GORA, Dmitri; a.k.a. GORA, Dmitry Iurevich (Cyrillic: ГОРА, Дмитрий Юрьевич); a.k.a. GORA, Dmitry Yurievich), Minsk, Belarus; DOB 04 May 1970; POB Tbilisi, Georgia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

HARADINAJ, Daut; DOB 06 Apr 1978; POB Glodjane, Serbia and Montenegro (individual) [BALKANS].

HARAKAH SAWA'ID MISR (a.k.a. ARMS OF EGYPT MOVEMENT; a.k.a. HARAKAT SAWA'D MISR; a.k.a. HASM; a.k.a. HASM MOVEMENT; a.k.a. MOVEMENT OF EGYPT'S ARMS; a.k.a. MOVEMENT OF EGYPT'S FOREARMS; a.k.a. "HAMMS"; a.k.a. "HASAM"; a.k.a. "HASSAM"; a.k.a. "HASSM"), Beheira, Egypt; Beni Suef, Egypt; Cairo, Egypt; Giza, Egypt; Damietta, Egypt; Fayoum, Egypt; Qalyubia, Egypt; Turkey; Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HARAKAT AL-MUQAWAMA AL-ISLAMIYA (a.k.a. HAMAS; a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HARAKAT AL-NUJABA (Arabic: حركة النجباء) (a.k.a. AL-HAMAD BRIGADE; a.k.a. AL-NUJABA TV; a.k.a. AMMAR IBN YASIR BRIGADE; a.k.a. GOLAN LIBERATION BRIGADE; a.k.a. HARAKAT HEZBOLLAH AL-NUJABA; a.k.a. IMAM AL-HASAN AL-MUJTABA BRIGADE; a.k.a. MOVEMENT OF THE NOBLE ONES HEZBOLLAH; a.k.a. THE MOVEMENT OF THE NOBLE ONES), Iraq; Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2013; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

HARAKAT AL-SABIREEN (a.k.a. AL-SABIREEN; a.k.a. AL-SABIREEN FOR THE VICTORY OF PALESTINE; a.k.a. AL-SABIREEN MOVEMENT FOR SUPPORTING PALESTINE; a.k.a. AL-SABIRIN; a.k.a. A-SABRIN ORGANIZATION; a.k.a. MOVEMENT OF THE PATIENT ONES; a.k.a. MOVEMENT OF THOSE WHO ENDURE WITH PATIENCE; a.k.a. THE SABIREEN MOVEMENT; a.k.a. "HESN"), Gaza Strip, Palestinian; West Bank, Palestinian; Jerusalem, Israel; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HARAKAT AL-SADIQ WA AL-ATAA (a.k.a. ANSAR ALAH ALOFIA; a.k.a. HARAKAT ANSAR ALLAH AL AWFIYA FI SOURIYA; a.k.a. HARAKAT ANSAR ALLAH AL-AWFIYA (Arabic: حركة أنصار الله الأوفياء); a.k.a. KAYAN AL-SADIQ WA AL-ATAA; a.k.a. "GOD'S LOYAL SUPPORTERS"; a.k.a. "HONESTY AND GIVING ENTITY"; a.k.a. "THE MOVEMENT OF THE LOYAL PARTISANS OF GOD"), Iraq; Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2013; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

HARAKAT AL-SHABAAB AL-MUJAAHIDIIN (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [SOMALIA].

HARAKAT ANSAR ALLAH AL AWFIYA FI SOURIYA (a.k.a. ANSAR ALAH ALOFIA; a.k.a. HARAKAT AL-SADIQ WA AL-ATAA; a.k.a. HARAKAT ANSAR ALLAH AL-AWFIYA (Arabic: حركة أنصار الله الأوفياء); a.k.a. KAYAN AL-SADIQ WA AL-ATAA; a.k.a. "GOD'S LOYAL SUPPORTERS"; a.k.a. "HONESTY AND GIVING ENTITY"; a.k.a. "THE MOVEMENT OF THE LOYAL PARTISANS OF GOD"), Iraq; Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2013; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

HARAKAT ANSAR ALLAH AL-AWFIYA (Arabic: حركة أنصار الله الأوفياء) (a.k.a. ANSAR ALAH ALOFIA; a.k.a. HARAKAT AL-SADIQ WA AL-ATAA; a.k.a. HARAKAT ANSAR ALLAH AL AWFIYA FI SOURIYA; a.k.a. KAYAN AL-SADIQ WA AL-ATAA; a.k.a. "GOD'S LOYAL SUPPORTERS"; a.k.a. "HONESTY AND GIVING ENTITY"; a.k.a. "THE MOVEMENT OF THE LOYAL PARTISANS OF GOD"), Iraq; Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2013; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

HARAKAT HEZBOLLAH AL-NUJABA (a.k.a. AL-HAMAD BRIGADE; a.k.a. AL-NUJABA TV; a.k.a. AMMAR IBN YASIR BRIGADE; a.k.a. GOLAN LIBERATION BRIGADE; a.k.a. HARAKAT AL-NUJABA (Arabic: حركة النجباء); a.k.a. IMAM AL-HASAN AL-MUJTABA BRIGADE; a.k.a. MOVEMENT OF THE NOBLE ONES HEZBOLLAH; a.k.a. THE MOVEMENT OF THE NOBLE ONES), Iraq; Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2013; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

HARAKAT SAWA'D MISR (a.k.a. ARMS OF EGYPT MOVEMENT; a.k.a. HARAKAH SAWA'ID MISR; a.k.a. HASM; a.k.a. HASM MOVEMENT; a.k.a. MOVEMENT OF EGYPT'S ARMS; a.k.a. MOVEMENT OF EGYPT'S FOREARMS; a.k.a. "HAMMS"; a.k.a. "HASAM"; a.k.a. "HASSAM"; a.k.a. "HASSM"), Beheira, Egypt; Beni Suef, Egypt; Cairo, Egypt; Giza, Egypt; Damietta, Egypt; Fayoum, Egypt; Qalyubia, Egypt; Turkey; Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HARAKAT SHABAB AL-MUJAHIDIN (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB;

a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [SOMALIA].

HARAKAT SHAM AL-ISLAM (a.k.a. HARAKET SHAM AL-ISLAM; a.k.a. SHAM AL-ISLAM MOVEMENT; a.k.a. "SHAM AL-ISLAM"), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HARAKAT UL JIHAD AL ISLAMI (a.k.a. HARAKAT UL JIHAD ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD E ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD-I-ISLAMI/BANGLADESH; a.k.a. HARKAT UL JIHAD AL ISLAMI; a.k.a. HARKATUL JIHAD; a.k.a. HARKATUL JIHAD AL ISLAM; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HUJI-B; a.k.a. IDEK; a.k.a. ISLAMI DAWAT-E-KAFELA); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HARAKAT UL JIHAD ISLAMI BANGLADESH (a.k.a. HARAKAT UL JIHAD AL ISLAMI; a.k.a. HARAKAT UL-JIHAD E ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD-I-ISLAMI/BANGLADESH; a.k.a. HARKAT UL JIHAD AL ISLAMI; a.k.a. HARKATUL JIHAD; a.k.a. HARKATUL JIHAD AL ISLAM; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HUJI-B; a.k.a. IDEK; a.k.a. ISLAMI DAWAT-E-KAFELA); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HARAKAT UL JIHAD-E-ISLAMI (a.k.a. HARAKAT-UL JIHAD ISLAMI; a.k.a. HARKAT-AL-JIHAD-UL ISLAMI; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HARKAT-UL-JIHAD-AL ISLAMI; a.k.a. MOVEMENT OF ISLAMIC HOLY WAR; a.k.a. "HUJI"), Afghanistan; India; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HARAKAT UL-ANSAR (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. ANSAR-UL-UMMAH; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. JAMIAT UL-ANSAR; a.k.a. "HUA"; a.k.a. "HUM"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HARAKAT UL-JIHAD E ISLAMI BANGLADESH (a.k.a. HARAKAT UL JIHAD AL ISLAMI; a.k.a. HARAKAT UL JIHAD ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD-I-ISLAMI/BANGLADESH; a.k.a. HARKAT UL JIHAD AL ISLAMI; a.k.a. HARKATUL JIHAD; a.k.a. HARKATUL JIHAD AL ISLAM; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HUJI-B; a.k.a. IDEK; a.k.a. ISLAMI DAWAT-E-KAFELA); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HARAKAT UL-JIHAD-I-ISLAMI/BANGLADESH (a.k.a. HARAKAT UL JIHAD AL ISLAMI; a.k.a. HARAKAT UL JIHAD ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD E ISLAMI BANGLADESH; a.k.a. HARKAT UL JIHAD AL ISLAMI; a.k.a. HARKATUL JIHAD; a.k.a. HARKATUL JIHAD AL ISLAM; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HUJI-B; a.k.a. IDEK; a.k.a. ISLAMI DAWAT-E-KAFELA); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HARAKAT UL-MUJAHIDEEN (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. ANSAR-UL-UMMAH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. JAMIAT UL-ANSAR; a.k.a. "HUA"; a.k.a. "HUM"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HARAKAT UL-MUJAHIDIN (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. ANSAR-UL-UMMAH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. JAMIAT UL-ANSAR; a.k.a. "HUA"; a.k.a. "HUM"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HARAKAT-UL JIHAD ISLAMI (a.k.a. HARAKAT UL JIHAD-E-ISLAMI; a.k.a. HARKAT-AL-JIHAD-UL ISLAMI; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HARKAT-UL-JIHAD-AL ISLAMI; a.k.a. MOVEMENT OF ISLAMIC HOLY WAR; a.k.a. "HUJI"), Afghanistan; India;

Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HARAKATUL-SHABAAB AL MUJAAHIDIIN (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [SOMALIA].

HARAKET SHAM AL-ISLAM (a.k.a. HARAKAT SHAM AL-ISLAM; a.k.a. SHAM AL-ISLAM MOVEMENT; a.k.a. "SHAM AL-ISLAM"), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HARAM TRADING COMPANY (a.k.a. AL HARAM COMMERCIAL COMPANY; a.k.a. AL HARAM FOREIGN EXCHANGE CO. LTD; a.k.a. AL HARAM TRANSFER CO.; a.k.a. AL-HARAM COMPANY FOR MONEY TRANSFER; a.k.a. AL-HARAM EXCHANGE COMPANY; a.k.a. ALHARAM FOR EXCHANGE LTD; a.k.a. AL-HARM TRADING COMPANY; a.k.a. ARABISC HARAM; a.k.a. SHARIKAT AL-HARAM LIL-HIWALAT AL-MALIYYAH; a.k.a. TRADING AL-HARM COMPANY), Istanbul, Turkey; Mersin, Turkey; Gaziantep, Turkey; Antakya, Turkey; Reyhanli, Turkey; Iskenderun, Turkey; Belen, Turkey; Surmez, Turkey; Kirikhan, Turkey; Bursa, Turkey; Islahiye, Turkey; Alanya, Turkey; Urfa, Turkey; Antalya, Turkey; Narlica, Turkey; Ankara, Turkey; Izmir, Turkey; Konya, Turkey; Kayseri, Turkey; Turkey; Lebanon; Jordan; Sudan; Palestinian; Website www.arabisc-haram.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HARARA, Muyassir (a.k.a. AL-JIBURI, Muyassir; a.k.a. AL-JUBURI, Maysar Ali Musa Abdallah; a.k.a. AL-QAHTANI, Mus'ab; a.k.a. AL-SHAMMARI; a.k.a. AL-SHAMMARI, Muyassir; a.k.a. HASSAN, Muhammad Khalid); DOB 01 Jun 1976; POB Al-Shura, Mosul, Iraq; alt. POB Harara, Ninawa Province, Iraq; citizen Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HARAZ SHIPPING COMPANY LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HARAZALLAH, Salah Kamil (a.k.a. HERZALLAH, Salah Kamel; a.k.a. HERZALLAH, Salah Kamel Raghib; a.k.a. HIRZALLAH, Salah Kamil; a.k.a. HIRZALLAH, Salah Kamil Raghib (Arabic: صالح راغب حرزالله كمال)), Gaza; DOB 08 Jan 1960; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 911395259 (Israel); Electoral Registry No. 8105411 (Israel) (individual) [SDGT] (Linked To: HAMAS).

HARAZULLAH EXCHANGE AND GENERAL TRADING COMPANY LLC (a.k.a. HERZALLA EXCHANGE CO.; a.k.a. HERZALLAH COMPANY FOR MONEY; a.k.a. HERZALLAH COMPANY FOR MONEY - EXCHANGE; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY (Arabic: شركة حرزالله للصرافة والتجارة العامة); a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY LLC (Arabic: شركة حرزالله للصرافة والتجارة العامة المساهمة الخصوصية المحدودة); a.k.a. HERZALLAH EXCHANGE COMPANY; a.k.a. HERZALLAH EXCHANGE COMPANY AND TRANSFER), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Apr 2006; Organization Type: Other monetary intermediation; Identification Number 563141746 (Palestinian) [SDGT] (Linked To: HAMAS).

HARB, Abass Hussein (a.k.a. HARB, Abbas Hussein), Ave Pedro Melean, cruce con Calle No. 73, Local No. 22, Sector Santa Rosa, Valencia, Venezuela; Calle 10A No.12-21, Maicao, Colombia; Carrera 70 No. 76-50 BG 3, Barranquilla, Colombia; Calle 10 No 11-63, Maicao, Colombia; DOB 11 Nov 1979; POB Lebanon; Passport 1368212 (Venezuela); NIT # 6390001813 (Colombia); National ID No. 21495203 (Venezuela); alt. National ID No. 22465548 (Venezuela); National Foreign ID Number 264521 (Colombia); Matricula Mercantil No 398329 (Colombia); alt. Matricula Mercantil No 398330 (Colombia); alt. Matricula Mercantil No 076592 (Colombia); alt. Matricula Mercantil No 041789 (Colombia) (individual) [SDNTK] (Linked To: IMPORTADORA SILVANIA; Linked To: IMPORTADORA SILVANIA, C.A.).

HARB, Abbas Hussein (a.k.a. HARB, Abass Hussein), Ave Pedro Melean, cruce con Calle No. 73, Local No. 22, Sector Santa Rosa, Valencia, Venezuela; Calle 10A No.12-21, Maicao, Colombia; Carrera 70 No. 76-50 BG 3, Barranquilla, Colombia; Calle 10 No 11-63, Maicao, Colombia; DOB 11 Nov 1979; POB Lebanon; Passport 1368212 (Venezuela); NIT # 6390001813 (Colombia); National ID No. 21495203 (Venezuela); alt. National ID No. 22465548 (Venezuela); National Foreign ID Number 264521 (Colombia); Matricula Mercantil No 398329 (Colombia); alt. Matricula Mercantil No 398330 (Colombia); alt. Matricula Mercantil No 076592 (Colombia); alt. Matricula Mercantil No 041789 (Colombia) (individual) [SDNTK] (Linked To: IMPORTADORA SILVANIA; Linked To: IMPORTADORA SILVANIA, C.A.).

HARB, Ali Houssein (a.k.a. HARB, Ali Hussein), Calle 10A No. 11-63, Maicao, La Guajira, Colombia; Calle 13 No. 10-34 Centro, Maicao, La Guajira, Colombia; DOB 11 Aug 1976; alt. DOB 19 Aug 1976; nationality Lebanon; National ID No. 26405022 (Venezuela); National Foreign ID Number 254291 (Colombia) (individual) [SDNTK].

HARB, Ali Hussein (a.k.a. HARB, Ali Houssein), Calle 10A No. 11-63, Maicao, La Guajira, Colombia; Calle 13 No. 10-34 Centro, Maicao, La Guajira, Colombia; DOB 11 Aug 1976; alt. DOB 19 Aug 1976; nationality Lebanon; National ID No. 26405022 (Venezuela); National Foreign ID Number 254291 (Colombia) (individual) [SDNTK].

HARB, Chekri Mahmoud (a.k.a. "SHEKRY HARB"), c/o VARIEDADES HARB SPORT, Medellin, Colombia; c/o COMERCIAL JINAN S.A., Guatemala, Guatemala; c/o ALMACEN FUTURO NO. 1, Medellin, Colombia; Carerra 50 A, No 76-s-169, Torre 3, Apto. 319, Medellin, Colombia; DOB 25 Aug 1961; POB Lebanon; nationality Lebanon; citizen Colombia; Cedula No. 256820 (Colombia) (individual) [SDNT].

HARB, Hajj Ya'taqad Khalil (a.k.a. AHMAD, Sayyid; a.k.a. HARB, Khalil Yusif; a.k.a. HARB, Khalil Yusuf; a.k.a. HARB, Mustafa Khalil; a.k.a. MUSTAFA, Abu); DOB 09 Oct 1958; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HARB, Khalil Yusif (a.k.a. AHMAD, Sayyid; a.k.a. HARB, Hajj Ya'taqad Khalil; a.k.a. HARB, Khalil Yusuf; a.k.a. HARB, Mustafa Khalil; a.k.a. MUSTAFA, Abu); DOB 09 Oct 1958; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HARB, Khalil Yusuf (a.k.a. AHMAD, Sayyid; a.k.a. HARB, Hajj Ya'taqad Khalil; a.k.a. HARB, Khalil Yusif; a.k.a. HARB, Mustafa Khalil; a.k.a. MUSTAFA, Abu); DOB 09 Oct 1958; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HARB, Mostafa Habib (a.k.a. HARB, Mustafa Habib (Arabic: مصطفى حبيب حرب); a.k.a. HARB, Mustapha), Haruf, al-Nabatiyah, Lebanon; DOB 06 Aug 1973; POB Haruf, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

HARB, Mustafa Habib (Arabic: مصطفى حبيب حرب) (a.k.a. HARB, Mostafa Habib; a.k.a. HARB, Mustapha), Haruf, al-Nabatiyah, Lebanon; DOB 06 Aug 1973; POB Haruf, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT]

(Linked To: AL-QARD AL-HASSAN ASSOCIATION).

HARB, Mustafa Khalil (a.k.a. AHMAD, Sayyid; a.k.a. HARB, Hajj Ya'taqad Khalil; a.k.a. HARB, Khalil Yusif; a.k.a. HARB, Khalil Yusuf; a.k.a. MUSTAFA, Abu); DOB 09 Oct 1958; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HARB, Mustapha (a.k.a. HARB, Mostafa Habib; a.k.a. HARB, Mustafa Habib (Arabic: مصطفى حبيب حرب)), Haruf, al-Nabatiyah, Lebanon; DOB 06 Aug 1973; POB Haruf, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

HARBOUR SHIP MANAGEMENT LIMITED, Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Ap 22, Carrer de Pallars 193, Barcelona 08018, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number IMO 6235071 [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

HARDAN, As'ad (a.k.a. HARDAN, Assaad Halim; a.k.a. HARDAN, Assad); DOB 31 Jul 1951; POB Rashayya al-Fakhar, Lebanon; alt. POB Rashia al Foukhar, Lebanon; alt. POB Rashayya al-Fuqhar, Lebanon (individual) [LEBANON].

HARDAN, Assaad Halim (a.k.a. HARDAN, As'ad; a.k.a. HARDAN, Assad); DOB 31 Jul 1951; POB Rashayya al-Fakhar, Lebanon; alt. POB Rashia al Foukhar, Lebanon; alt. POB Rashayya al-Fuqhar, Lebanon (individual) [LEBANON].

HARDAN, Assad (a.k.a. HARDAN, As'ad; a.k.a. HARDAN, Assaad Halim); DOB 31 Jul 1951; POB Rashayya al-Fakhar, Lebanon; alt. POB Rashia al Foukhar, Lebanon; alt. POB Rashayya al-Fuqhar, Lebanon (individual) [LEBANON].

HARDBERRY LIMITED LIABILITY COMPANY (a.k.a. HARDBERRY RUSFACTOR LLC; a.k.a. KHARDBERRI RUSFAKTOR), Ul. Pererva D. 55, Kv. 22, Moscow 109451, Russia; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728845817 (Russia); Registration Number 1137746479310 (Russia) [RUSSIA-EO14024].

HARDBERRY RUSFACTOR LLC (a.k.a. HARDBERRY LIMITED LIABILITY COMPANY; a.k.a. KHARDBERRI RUSFAKTOR), Ul. Pererva D. 55, Kv. 22, Moscow 109451, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728845817 (Russia); Registration Number 1137746479310 (Russia) [RUSSIA-EO14024].

HARDSEA AGENCIES (f.k.a. SINOSE MARITIME; a.k.a. WITSHIPPING MARITIME PTE LTD), Hoe Chiang Road 10, #15-02a, Central Business District 089315, Singapore; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. 201131193Z (Singapore) [IRAN].

HARESH PETROCHEM PRIVATE LIMITED, B 3701, 37th Floor, Plot No 46, Kohinoor Square, N C Kelkar Marg, Opp. Shivsena Bhavan, Dadar, Shivaji Park, Mumbai, Maharashtra 400028, India; 510 Acme Plaza, Andheri, Mumbai, Maharashtra 400059, India; 405 Acme Plaza, Andheri, Mumbai, Maharashtra 400059, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 23 Mar 2004; C.I.N. U24100MH2004PTC145264 (India); Legal Entity Number 335800637C8Q95WWO552 [IRAN-EO13846].

HARICHEV, Aleksandr Dmitrievich (a.k.a. KHARICHEV, Aleksandr Dmitrievich; a.k.a. KHARICHEV, Alexander), Russia; DOB 08 Feb 1966; POB Kostroma, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

HARINGHTON PADRON, Katherine Nayarith; DOB 05 Dec 1971; POB Caracas, Venezuela; citizen Venezuela; Gender Female; Cedula No. 10.548.414 (Venezuela); Passport 042677664 (Venezuela) expires 25 Feb 2016; National Level Prosecutor, 20th District, Venezuela's Public Ministry (individual) [VENEZUELA].

HARIS NIZAR, Mohamad Irshad Mohamad (a.k.a. HARIS NIZAR, Mohamed Irshad Mohamed), 96-3 China Fort Road, Beruwala, Sri Lanka; DOB 27 Apr 1971; POB Beruwala, Sri Lanka; nationality Sri Lanka; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N5636241

(Sri Lanka) expires 04 Dec 2025 (individual) [SDGT] (Linked To: TALIB, Ahmed Luqman).

HARIS NIZAR, Mohamed Irshad Mohamed (a.k.a. HARIS NIZAR, Mohamad Irshad Mohamad), 96-3 China Fort Road, Beruwala, Sri Lanka; DOB 27 Apr 1971; POB Beruwala, Sri Lanka; nationality Sri Lanka; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N5636241 (Sri Lanka) expires 04 Dec 2025 (individual) [SDGT] (Linked To: TALIB, Ahmed Luqman).

HARIS, Muhammad (a.k.a. DAR, Muhammad Harris), Faisalabad, Pakistan; DOB 16 Jan 1986; POB Faisalabad, Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 3310030015409 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

HARKAT UL JIHAD AL ISLAMI (a.k.a. HARAKAT UL JIHAD AL ISLAMI; a.k.a. HARAKAT UL JIHAD ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD E ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD-I-ISLAMI/BANGLADESH; a.k.a. HARKATUL JIHAD; a.k.a. HARKATUL JIHAD AL ISLAM; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HUJI-B; a.k.a. IDEK; a.k.a. ISLAMI DAWAT-E-KAFELA); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HARKAT-AL-JIHAD-UL ISLAMI (a.k.a. HARAKAT UL JIHAD-E-ISLAMI; a.k.a. HARAKAT-UL JIHAD ISLAMI; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HARKAT-UL-JIHAD-AL ISLAMI; a.k.a. MOVEMENT OF ISLAMIC HOLY WAR; a.k.a. "HUJI"), Afghanistan; India; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HARKATUL JIHAD (a.k.a. HARAKAT UL JIHAD AL ISLAMI; a.k.a. HARAKAT UL JIHAD ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD E ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD-I-ISLAMI/BANGLADESH; a.k.a. HARKAT UL JIHAD AL ISLAMI; a.k.a. HARKATUL JIHAD AL ISLAM; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HUJI-B; a.k.a. IDEK; a.k.a. ISLAMI DAWAT-E-KAFELA); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HARKATUL JIHAD AL ISLAM (a.k.a. HARAKAT UL JIHAD AL ISLAMI; a.k.a. HARAKAT UL JIHAD ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD E ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD-I-ISLAMI/BANGLADESH; a.k.a. HARKAT UL JIHAD AL ISLAMI; a.k.a. HARKATUL JIHAD; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HUJI-B; a.k.a. IDEK; a.k.a. ISLAMI DAWAT-E-KAFELA); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HARKAT-UL-JEHAD-AL-ISLAMI (a.k.a. HARAKAT UL JIHAD AL ISLAMI; a.k.a. HARAKAT UL JIHAD ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD E ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD-I-ISLAMI/BANGLADESH; a.k.a. HARKAT UL JIHAD AL ISLAMI; a.k.a. HARKATUL JIHAD; a.k.a. HARKATUL JIHAD AL ISLAM; a.k.a. HUJI-B; a.k.a. IDEK; a.k.a. ISLAMI DAWAT-E-KAFELA); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HARKAT-UL-JEHAD-AL-ISLAMI (a.k.a. HARAKAT UL JIHAD-E-ISLAMI; a.k.a. HARAKAT-UL JIHAD ISLAMI; a.k.a. HARKAT-AL-JIHAD-UL ISLAMI; a.k.a. HARKAT-UL-JIHAD-AL ISLAMI; a.k.a. MOVEMENT OF ISLAMIC HOLY WAR; a.k.a. "HUJI"), Afghanistan; India; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HARKAT-UL-JIHAD-AL ISLAMI (a.k.a. HARAKAT UL JIHAD-E-ISLAMI; a.k.a. HARAKAT-UL JIHAD ISLAMI; a.k.a. HARKAT-AL-JIHAD-UL ISLAMI; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. MOVEMENT OF ISLAMIC HOLY WAR; a.k.a. "HUJI"), Afghanistan; India; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HARKUSHA, Hennadiy (a.k.a. GARKUSHA, Gennadiy Aleksandrovich (Cyrillic: ГАРКУША, Геннадий Александрович); a.k.a. GARKUSHA, Gennadiy Oleksandrovych (Cyrillic: ГАРКУША, Геннадій Олександрович)), 11 Petrenko St., Kherson, Kherson Region, Ukraine; DOB 26 Jan 1968; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2486201770 (Ukraine) (individual) [RUSSIA-EO14024].

HARMONIC STATE LIMITED, Phnom Penh, Cambodia; Company Number 2030628 (Virgin Islands, British) [TCO] (Linked To: CHEN, Zhi).

HARMONY GROVE CORPORATION, Suite 10, 3rd Floor, La Ciotat, Mont Fleuri, Mahe, Seychelles; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6457171 [UKRAINE-EO13662] [RUSSIA-EO14024].

HAROLD TRADING L.L.C (Arabic: هارولد لتجارة ش.ذ.م.م), Deira Naif, Dubai, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 20 Jul 2022; License 1082012 (United Arab Emirates); Economic Register Number (CBLS) 11913970 (United Arab Emirates) [IRAN-EO13846].

HAROONI, Hossein (a.k.a. HARUNI, Hosein Mohammad (Arabic: حسین محمد هارونی)), Tehran, Iran; DOB 09 Nov 1989; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1270285696 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: DADEH AFZAR ARMAN).

HAROUN, Ahmed Mohamed (a.k.a. HAROUN, Ahmed Mohammed; a.k.a. HARUN, Ahmad; a.k.a. HARUN, Ahmad Muhammad; a.k.a. HARUN, Ahmad Muhammed; a.k.a. HARUN, Mawlana Ahmad Muhammad); DOB 1964; POB Kordofan, Sudan; nationality Sudan; State Minister for Humanitarian Affairs; former State Minister for the Interior; former Coordinator of the Popular Police Forces (individual) [DARFUR].

HAROUN, Ahmed Mohammed (a.k.a. HAROUN, Ahmed Mohamed; a.k.a. HARUN, Ahmad; a.k.a. HARUN, Ahmad Muhammad; a.k.a. HARUN, Ahmad Muhammed; a.k.a. HARUN, Mawlana Ahmad Muhammad); DOB 1964; POB Kordofan, Sudan; nationality Sudan; State Minister for Humanitarian Affairs; former State Minister for the Interior; former Coordinator of the Popular Police Forces (individual) [DARFUR].

HAROUN, Fadhil (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HARRACH, Bekkay (a.k.a. AL HAFIDH ABU TALHA DER DEUTSCHE); DOB 04 Sep 1977; POB Berkane, Morocco; nationality Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 5208116575 (Germany) expires 07 Sep 2013; Driver's License No. J17001W6Z12; National ID No. 5209243072 (Germany) expires 07 Sep 2013; Believed to be in the Afghanistan/Pakistan border area (individual) [SDGT].

HARRY VICTOR SHIP MANAGEMENT AND OPERATION L.L.C (Arabic: هاري فيكتور لإدارة السفن و تشغيلها ش.ذ.م.م), 213 Atrium Centre, Khalid Bin Waleed Road, PO Box 44432, Dubai, United Arab Emirates; Organization Established Date 27 Jan 2020; Identification Number IMO 6142171; Business Registration Number 874638 (United Arab Emirates); Economic Register Number (CBLS) 11494758 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

HARUN, Ahmad (a.k.a. HAROUN, Ahmed Mohamed; a.k.a. HAROUN, Ahmed Mohammed; a.k.a. HARUN, Ahmad Muhammad; a.k.a. HARUN, Ahmad Muhammed; a.k.a. HARUN, Mawlana Ahmad Muhammad); DOB 1964; POB Kordofan, Sudan; nationality Sudan; State Minister for Humanitarian Affairs; former State Minister for the Interior; former Coordinator of the Popular Police Forces (individual) [DARFUR].

HARUN, Ahmad Muhammad (a.k.a. HAROUN, Ahmed Mohamed; a.k.a. HAROUN, Ahmed Mohammed; a.k.a. HARUN, Ahmad; a.k.a. HARUN, Ahmad Muhammed; a.k.a. HARUN, Mawlana Ahmad Muhammad); DOB 1964; POB Kordofan, Sudan; nationality Sudan; State Minister for Humanitarian Affairs; former State Minister for the Interior; former Coordinator of the Popular Police Forces (individual) [DARFUR].

HARUN, Ahmad Muhammed (a.k.a. HAROUN, Ahmed Mohamed; a.k.a. HAROUN, Ahmed Mohammed; a.k.a. HARUN, Ahmad; a.k.a. HARUN, Ahmad Muhammad; a.k.a. HARUN, Mawlana Ahmad Muhammad); DOB 1964; POB Kordofan, Sudan; nationality Sudan; State Minister for Humanitarian Affairs; former State Minister for the Interior; former Coordinator of the Popular Police Forces (individual) [DARFUR].

HARUN, Mawlana Ahmad Muhammad (a.k.a. HAROUN, Ahmed Mohamed; a.k.a. HAROUN, Ahmed Mohammed; a.k.a. HARUN, Ahmad; a.k.a. HARUN, Ahmad Muhammad; a.k.a. HARUN, Ahmad Muhammed); DOB 1964; POB Kordofan, Sudan; nationality Sudan; State Minister for Humanitarian Affairs; former State Minister for the Interior; former Coordinator of the Popular Police Forces (individual) [DARFUR].

HARUNI, Hosein Mohammad (Arabic: حسین محمد هارونی) (a.k.a. HAROONI, Hossein), Tehran, Iran; DOB 09 Nov 1989; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1270285696 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: DADEH AFZAR ARMAN).

HARZALLAH, Mohamed (a.k.a. HERZAL ALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed Falah; a.k.a. HERZALLAH, Mohammed Falah; a.k.a. HERZALLAH, Mohammed Falah Kamel; a.k.a. HERZALLAH, Muhammad; a.k.a. HIRZALLAH, Muhammad Fallah; a.k.a. HIRZALLAH, Muhammad Fallah Kamil (Arabic: محمد فلاح كمال حرزالله)), Gaza; DOB 09 Sep 1989; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 802413112 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HARZI, Ali (a.k.a. AL-HARZI, Ali Bin Al-tahar Bin Al-falah Al-ouni; a.k.a. HARZI, Ali Ouni); DOB 09 Mar 1986; POB Tunis, Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport W342058 (Tunisia) (individual) [SDGT].

HARZI, Ali Ouni (a.k.a. AL-HARZI, Ali Bin Al-tahar Bin Al-falah Al-ouni; a.k.a. HARZI, Ali); DOB 09 Mar 1986; POB Tunis, Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport W342058 (Tunisia) (individual) [SDGT].

HARZI, Tariq Tahir Falih 'Awni (a.k.a. AI-HARZI, Tariq Bin Tahir Bin Al-Falih Al-Auni; a.k.a. AI-HARZI, Tariq Tahir Falih Al-Awni; a.k.a. AL-HARAZI, Tarik Bin al-Falah al-Awny; a.k.a. AL-HARZI, Tariq Bin-Al-Tahar Bin Al Falih Al-'Awni; a.k.a. AL-HARZI, Tariq Tahir Faleh Al-Awni; a.k.a. AL-TUNISI, Abu 'Umar; a.k.a. AL-TUNISI, Tariq; a.k.a. AL-TUNISI, Tariq Abu 'Umar; a.k.a. AL-TUNISI, Tariq Abu Umar; a.k.a. EL HARAZI, Tarek Ben El Felah El Aouni; a.k.a. "HOUDOUD, Abu Omar"); DOB 03 May 1982; alt. DOB 05 Mar 1982; alt. DOB 1981; POB Tunis, Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z-050399 (individual) [SDGT].

HASA NEDERLAND B.V., Nieuwstraat 56 F, Sluis 4524 EG, Netherlands; 73/B Burgemeester Bosstraat, Rotterdam 3043 GC, Netherlands; Belgium; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Private Company; Branch Unit Number 000009753184 (Netherlands); Enterprise Number 0877031240 (Belgium); Registration Number 32065154 (Netherlands) [RUSSIA-EO14024] (Linked To: THE MOTHER ARK LTD).

HASAN DEQQOU TRADING (a.k.a. HASSAN DAQQOU TRADING), No. 142 Niha-Main Road, Zahle, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Jan 2014; Registration Number 4004501 (Lebanon) [SDGT] (Linked To: DAQQOU, Hassan Muhammad).

HASAN YUSUF, Ahmad (a.k.a. HASSAN NASIR AL ZUBAYDI, Sajjad; a.k.a. "ABU-MARYAM"), Iran; DOB 17 Mar 1986; alt. DOB 07 Jan 1986; POB Sitra, Bahrain; alt. POB Baghdad, Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HASAN, 'Abd al-Karim Ahmad (a.k.a. AL-AJOURI, Akram; a.k.a. AL-'AJURI, Abu Muhammad; a.k.a. AL-'AJURI, Akram; a.k.a. AL-AJURI, Akram Muhammad Salih), Damascus, Syria; DOB 1958; POB Jabaliya, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

HASAN, Abd-al-Basit Al-Hadj (a.k.a. ALHASSAN, Abdelbaset Alhaj; a.k.a. HAMAD, Abdelbasit Alhaj Alhassan Haj; a.k.a. HASSAN, Abdel Basit al-Hajj; a.k.a. MOHAMED, Abdel Basit Hag El-Hassan Hag; a.k.a. "AL-BASIT, Abd"); DOB 1979; POB Sudan; nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HASAN, Basam (a.k.a. AL-HASSAN, Bassam; a.k.a. HASAN, Bassam; a.k.a. HASSAN, Bassam); DOB 1961; alt. DOB 1960; alt. DOB 1962; POB Homs, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

HASAN, Bassam (a.k.a. AL-HASSAN, Bassam; a.k.a. HASAN, Basam; a.k.a. HASSAN, Bassam); DOB 1961; alt. DOB 1960; alt. DOB 1962; POB Homs, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

HASAN, Chelik (a.k.a. CELIK, Ozgur Hasan; a.k.a. CHELIK, Yozgyur Hasan), Turkey; DOB 19 May 1976; POB Istanbul, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 22694157006 (Turkey) (individual) [RUSSIA-EO14024] (Linked To: MIREX HAVACILIK VE SAVUNMA SANAYI TICARET ANONIM SERKETI).

HASAN, Hameed ul (a.k.a. HASSAN, Hameed ul; a.k.a. HASSAN, Hameedul), House number 4, Lane 4, Village flag 2, Dhalwan, Pasrur Tehsil, Sialkot District, Punjab Province, Pakistan; DOB 02 Jan 1980; alt. DOB 02 Nov 1980; POB Sialkot, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HASAN, Jamil (a.k.a. HASSAN, Jamil); DOB 1953; POB Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

HASAN, Kamal 'Ali (Arabic: كمال علي حسن) (a.k.a. AL-HASSAN, Kamal), Damascus, Syria; DOB 10 Jun 1967; nationality Syria; Gender Male; National ID No. 571778 (Syria) (individual) [PAARSSR-EO13894].

HASAN, Shaikh Daud (a.k.a. ANIS, Ibrahim Shaikh Mohd; a.k.a. AZIZ, Abdul Hamid Abdul; a.k.a. DILIP, Aziz; a.k.a. EBRAHIM, Dawood; a.k.a. HASSAN, Dawood; a.k.a. IBRAHIM, Anis; a.k.a. IBRAHIM, Dawood; a.k.a. IBRAHIM, Dawood Sheik; a.k.a. KASKAR, Dawood Ibrahim; a.k.a. REHMAN, Shaikh Ismail Abdul; a.k.a. SABRI, Dawood; a.k.a. SAHEB, Amir;

a.k.a. SETH, Iqbal), 617 CP Berar Society, Block 7-8, Karachi, Pakistan; House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

HASANI, Zhavit; DOB 05 May 1957; POB Tanusevci, Macedonia (individual) [BALKANS].

HASAR, Fatih (a.k.a. "AL-TURKI, Ubayd"); DOB 01 Sep 1989; POB Puturge, Turkey; citizen Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 56287253110 (individual) [SDGT].

HASAWANI, George (a.k.a. AL HASAWANI, George; a.k.a. HASWANI, George; a.k.a. HASWANI, Jurj; a.k.a. HESSWANI, Georges; a.k.a. HESWANI, George; a.k.a. HEWANI, George; a.k.a. KHESOUANI, George; a.k.a. KHESOUANI, Georges), Syria; DOB 26 Sep 1946; POB Yabrud, Syria; nationality Syria; alt. nationality Russia; Gender Male (individual) [PAARSSR-EO13894].

HAS-DEVELOPMENT JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO SG-DEVELOPMENT; f.k.a. GALS-DEVELOPMENT PAO; f.k.a. JOINT STOCK COMPANY HALS-DEVELOPMENT; f.k.a. PUBLIC JOINT STOCK COMPANY HALS-DEVELOPMENT; f.k.a. PUBLIC JOINT STOCK COMPANY SG-DEVELOPMENT; a.k.a. SG-DEVELOPMENT,

AO), d. 35 str. 1 Etazh 5, Pomeshch. I, Kom. 129, Prospekt Leningradski, Moscow 125284, Russia; Website www.hals-development.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jan 1994; Organization Type: Real estate activities on a fee or contract basis; Registration ID 1027739002510 (Russia); Tax ID No. 7706032060 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

HASH MAKER LIMITED LIABILITY COMPANY (a.k.a. OOO KHESH MEYKER), Ter. Oez Ppt Lipetsk Str. 4a, Office 021/41, Gryazi 398010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4802014206 (Russia); Registration Number 1214800010523 (Russia) [RUSSIA-EO14024].

HASHAN, Sayed Mohammad (a.k.a. AGHA, Torak; a.k.a. AGHA, Torek; a.k.a. AGHA, Toriq; a.k.a. SAYED, Toriq Agha), Pashtunabad, Quetta, Pakistan; DOB 01 Jan 1964 to 31 Dec 1966; alt. DOB 01 Jan 1961 to 31 Dec 1963; alt. DOB 1960; POB Kandahar Province, Afghanistan; alt. POB Pishin, Balochistan Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 5430312277059 (Pakistan); Haji (individual) [SDGT] (Linked To: TALIBAN).

HASHEM, Bahaa Addin (Arabic: بهاء الدين هاشم), Lebanon; DOB 18 Nov 1982; POB Damascus, Syria; nationality Syria; alt. nationality Saint Kitts and Nevis; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RE0151778 (Saint Kitts and Nevis) (individual) [SDGT] (Linked To: HIZBALLAH).

HASHEMI, Ali (a.k.a. HASHEMI, Sayyed Ali Seraj; a.k.a. SERAJHASHEMI, Seyed Ali), China; Iran; DOB 05 Sep 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID

No. 0452521629 (Iran) (individual) [NPWMD] [IFSR] (Linked To: BEIJING SHINY NIGHTS TECHNOLOGY DEVELOPMENT CO., LTD).

HASHEMI, Sayyed Ali Seraj (a.k.a. HASHEMI, Ali; a.k.a. SERAJHASHEMI, Seyed Ali), China; Iran; DOB 05 Sep 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0452521629 (Iran) (individual) [NPWMD] [IFSR] (Linked To: BEIJING SHINY NIGHTS TECHNOLOGY DEVELOPMENT CO., LTD).

HASHEMI, Sayyed Mohammad (a.k.a. HASHEMI, Seyed Mohammad; a.k.a. HASHEMI, Seyyed Mohammad), Iran; DOB 16 May 1965; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

HASHEMI, Seyed Mohammad (a.k.a. HASHEMI, Sayyed Mohammad; a.k.a. HASHEMI, Seyyed Mohammad), Iran; DOB 16 May 1965; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

HASHEMI, Seyed Morteza Minaye (Arabic: سید مرتضی مینای هاشمی), China; DOB 02 Mar 1984; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T96361497 (Iran) expires 16 Oct 2022; National ID No. 0073496464 (Iran) (individual) [SDGT] [IFSR] (Linked To: HIZBALLAH; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

HASHEMI, Seyyed Mohammad (a.k.a. HASHEMI, Sayyed Mohammad; a.k.a. HASHEMI, Seyed Mohammad), Iran; DOB 16 May 1965; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

HASHEMIFAR, Mohammad Reza (Arabic: محمد رضا هاشمی فر), Lorestan, Iran; Tuysarkan, Hamadan, Iran; DOB 22 May 1975; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport E25607570 (Iran) expires 12 Dec 2017; Law Enforcement Forces of the Islamic Republic of Iran Commander for Lorestan Province (individual) [IRAN-HR] (Linked To:

LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

HASHEMITABAR, Sayyed Asghar; DOB 23 Aug 1974; POB Sabzevar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport A30439933 (individual) [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

HASHIM, Abdul (a.k.a. HASHIM, Abul; a.k.a. RABBANI, Abul Hashim; a.k.a. SARWAR, Muhammad; a.k.a. "ABU ALI HASHIM"; a.k.a. "ABU HASHIM"; a.k.a. "ABU UL-HASHIM"), Lahore, Pakistan; DOB 01 Jan 1966 to 31 Dec 1968; POB Sheikhupura, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AK5995921 (Pakistan) issued 24 Mar 2007 expires 22 Mar 2012 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

HASHIM, Abul (a.k.a. HASHIM, Abdul; a.k.a. RABBANI, Abul Hashim; a.k.a. SARWAR, Muhammad; a.k.a. "ABU ALI HASHIM"; a.k.a. "ABU HASHIM"; a.k.a. "ABU UL-HASHIM"), Lahore, Pakistan; DOB 01 Jan 1966 to 31 Dec 1968; POB Sheikhupura, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AK5995921 (Pakistan) issued 24 Mar 2007 expires 22 Mar 2012 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

HASHIM, Yusef (a.k.a. HASHIM, Yusuf; a.k.a. "SADIQ, Hajji"; a.k.a. "SADIQ, Sayyid"), Al Zahrani, Lebanon; DOB 1962; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

HASHIM, Yusuf (a.k.a. HASHIM, Yusef; a.k.a. "SADIQ, Hajji"; a.k.a. "SADIQ, Sayyid"), Al Zahrani, Lebanon; DOB 1962; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

HASHIMI, Muzammil Iqbal (a.k.a. HASHMI, Muzammil Iqbal; a.k.a. "SAHIB, Hashmi"),

Pakistan; DOB 1969; alt. DOB 1970; alt. DOB 1971; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

HASHIMOTO, Hirofumi (a.k.a. KANG, Hong-Mun; a.k.a. KYO, Hirofumi); DOB 08 Jan 1947 (individual) [TCO].

HASHMI, Muzammil Iqbal (a.k.a. HASHIMI, Muzammil Iqbal; a.k.a. "SAHIB, Hashmi"), Pakistan; DOB 1969; alt. DOB 1970; alt. DOB 1971; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

HASM (a.k.a. ARMS OF EGYPT MOVEMENT; a.k.a. HARAKAH SAWA'ID MISR; a.k.a. HARAKAT SAWA'D MISR; a.k.a. HASM MOVEMENT; a.k.a. MOVEMENT OF EGYPT'S ARMS; a.k.a. MOVEMENT OF EGYPT'S FOREARMS; a.k.a. "HAMMS"; a.k.a. "HASAM"; a.k.a. "HASSAM"; a.k.a. "HASSM"), Beheira, Egypt; Beni Suef, Egypt; Cairo, Egypt; Giza, Egypt; Damietta, Egypt; Fayoum, Egypt; Qalyubia, Egypt; Turkey; Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HASM MOVEMENT (a.k.a. ARMS OF EGYPT MOVEMENT; a.k.a. HARAKAH SAWA'ID MISR; a.k.a. HARAKAT SAWA'D MISR; a.k.a. HASM; a.k.a. MOVEMENT OF EGYPT'S ARMS; a.k.a. MOVEMENT OF EGYPT'S FOREARMS; a.k.a. "HAMMS"; a.k.a. "HASAM"; a.k.a. "HASSAM"; a.k.a. "HASSM"), Beheira, Egypt; Beni Suef, Egypt; Cairo, Egypt; Giza, Egypt; Damietta, Egypt; Fayoum, Egypt; Qalyubia, Egypt; Turkey; Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HASNAIN, Syed Johar, Karachi, Pakistan; DOB 30 Dec 1987; nationality Pakistan; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. 4220106151401 (Pakistan) (individual) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

HASOURI, Mohammad Yousef (Arabic: محمد يوسف حاصوري) (a.k.a. AL-HASOURI, Muhammad Yousef (Arabic: محمد يوسف الحاصوري); a.k.a. HASOURI, Muhammad Yousef; a.k.a. HASOURI, Muhammed Yousef), Syria; DOB 1965; POB Talkalakh, Homs, Syria;

nationality Syria; Gender Male; Major General (individual) [PAARSSR-EO13894].

HASOURI, Muhammad Yousef (a.k.a. AL-HASOURI, Muhammad Yousef (Arabic: محمد يوسف الحاصوري); a.k.a. HASOURI, Mohammad Yousef (Arabic: محمد يوسف حاصوري); a.k.a. HASOURI, Muhammed Yousef), Syria; DOB 1965; POB Talkalakh, Homs, Syria; nationality Syria; Gender Male; Major General (individual) [PAARSSR-EO13894].

HASOURI, Muhammed Yousef (a.k.a. AL-HASOURI, Muhammad Yousef (Arabic: محمد يوسف الحاصوري); a.k.a. HASOURI, Mohammad Yousef (Arabic: محمد يوسف حاصوري); a.k.a. HASOURI, Muhammad Yousef), Syria; DOB 1965; POB Talkalakh, Homs, Syria; nationality Syria; Gender Male; Major General (individual) [PAARSSR-EO13894].

HASSALEH INTERNATIONAL CO (a.k.a. HASSALEH INTERNATIONAL COMPANY), 80 Broad Street, Monrovia, Liberia; Registration Country Liberia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number IMO 6270941 [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

HASSALEH INTERNATIONAL COMPANY (a.k.a. HASSALEH INTERNATIONAL CO), 80 Broad Street, Monrovia, Liberia; Registration Country Liberia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number IMO 6270941 [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

HASSAN ALIYANI, Ahmed Mahamud (a.k.a. HASSAN, Ahmad Mahmoud; a.k.a. HASSAN, Ahmed Mahmoud), Congo, Democratic Republic of the; DOB 21 Jul 1997; POB Tanga, Tanzania; nationality Tanzania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AB850901 (Tanzania) expires 01 Dec 2026; alt. Passport AB187304 (Tanzania) expires 28 Nov 2016 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO).

HASSAN AYACH EXCHANGE (a.k.a. AYASH EXCHANGE COMPANY SARL; a.k.a. AYASH XCHANGE CO.; a.k.a. HASSAN AYAS PARTNER EXCHANGE CO; a.k.a. HASSAN AYASH EXCHANGE COMPANY; a.k.a. HASSANE AYASH EXCHANGE CO. SARL; a.k.a. MAKDESSI SAYRAFI COMPANY),

Madame Curie St., Hamra St., Beirut, Lebanon [SDNTK].

HASSAN AYAS PARTNER EXCHANGE CO (a.k.a. AYASH EXCHANGE COMPANY SARL; a.k.a. AYASH XCHANGE CO.; a.k.a. HASSAN AYACH EXCHANGE; a.k.a. HASSAN AYASH EXCHANGE COMPANY; a.k.a. HASSANE AYASH EXCHANGE CO. SARL; a.k.a. MAKDESSI SAYRAFI COMPANY), Madame Curie St., Hamra St., Beirut, Lebanon [SDNTK].

HASSAN AYASH EXCHANGE COMPANY (a.k.a. AYASH EXCHANGE COMPANY SARL; a.k.a. AYASH XCHANGE CO.; a.k.a. HASSAN AYACH EXCHANGE; a.k.a. HASSAN AYAS PARTNER EXCHANGE CO; a.k.a. HASSANE AYASH EXCHANGE CO. SARL; a.k.a. MAKDESSI SAYRAFI COMPANY), Madame Curie St., Hamra St., Beirut, Lebanon [SDNTK].

HASSAN DAQQOU TRADING (a.k.a. HASAN DEQQOU TRADING), No. 142 Niha-Main Road, Zahle, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Jan 2014; Registration Number 4004501 (Lebanon) [SDGT] (Linked To: DAQQOU, Hassan Muhammad).

HASSAN DRUG TRAFFICKING ORGANIZATION (a.k.a. HASSAN DTO; a.k.a. SHKUBA DTO), Tanzania; South Africa [SDNTK].

HASSAN DTO (a.k.a. HASSAN DRUG TRAFFICKING ORGANIZATION; a.k.a. SHKUBA DTO), Tanzania; South Africa [SDNTK].

HASSAN NASIR AL ZUBAYDI, Sajjad (a.k.a. HASAN YUSUF, Ahmad; a.k.a. "ABU-MARYAM"), Iran; DOB 17 Mar 1986; alt. DOB 07 Jan 1986; POB Sitra, Bahrain; alt. POB Baghdad, Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HASSAN, Abdel Basit al-Hajj (a.k.a. ALHASSAN, Abdelbaset Alhaj; a.k.a. HAMAD, Abdelbasit Alhaj Alhassan Haj; a.k.a. HASAN, Abd-al-Basit Al-Hadj; a.k.a. MOHAMED, Abdel Basit Hag El-Hassan Hag; a.k.a. "AL-BASIT, Abd"); DOB 1979; POB Sudan; nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HASSAN, Abu (a.k.a. AMIRIAN, Amir; a.k.a. AZADFAR, Mansur; a.k.a. EYRLO, Hassan; a.k.a. EYRLOU, Hassan; a.k.a. IRLOO,

Hassan; a.k.a. IRLU, Hasan; a.k.a. IRLU, Hasan Azir), Sanaa, Yemen; DOB 11 Jun 1964; alt. DOB 1959; alt. DOB 1958; alt. DOB 1960; POB Rey, Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0089886348 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

HASSAN, Abu Yasir (a.k.a. "HASSAN, Yaseer"; a.k.a. "QASIM, Abu"), Cabo Delgado Province, Mozambique; DOB 1981 to 1983; POB Pwani Region, Tanzania; nationality Tanzania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HASSAN, Ahmad Mahmoud (a.k.a. HASSAN ALIYANI, Ahmed Mahamud; a.k.a. HASSAN, Ahmed Mahmoud), Congo, Democratic Republic of the; DOB 21 Jul 1997; POB Tanga, Tanzania; nationality Tanzania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AB850901 (Tanzania) expires 01 Dec 2026; alt. Passport AB187304 (Tanzania) expires 28 Nov 2016 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO).

HASSAN, Ahmed Mahmoud (a.k.a. HASSAN ALIYANI, Ahmed Mahamud; a.k.a. HASSAN, Ahmad Mahmoud), Congo, Democratic Republic of the; DOB 21 Jul 1997; POB Tanga, Tanzania; nationality Tanzania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AB850901 (Tanzania) expires 01 Dec 2026; alt. Passport AB187304 (Tanzania) expires 28 Nov 2016 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO).

HASSAN, Ali Abbas Othman (a.k.a. JEGA, Abbas; a.k.a. JEGA, Ali Abbas Usman), 6B Nouakchott Street, Wuse Zone 1, Abuja, Nigeria; DOB 1965; nationality Nigeria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR].

HASSAN, Ali Khatib Haji (a.k.a. ALEX, Maiko Joseph; a.k.a. HAJI, Ali Khatib; a.k.a. HAJI, Ali Khatibu; a.k.a. SHAKUR, Abdallah; a.k.a. "SHIKUBA"; a.k.a. "SHKUBA"); DOB 05 Jun 1970; alt. DOB 01 Jan 1963; alt. DOB 08 Jun 1970; POB Zanzibar, Tanzania; alt. POB Dar es Salaam, Tanzania; nationality Tanzania; citizen Tanzania; Gender Male; Passport AB269600 (Tanzania); alt. Passport AB360821 (Tanzania); alt. Passport AB564505 (Tanzania); alt. Passport A0389018 (Tanzania); alt. Passport AB179561 (Tanzania); alt. Passport A0010167 (Tanzania) (individual) [SDNTK].

HASSAN, Basil, Syria; DOB 1986 to 1988; POB Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HASSAN, Bassam (a.k.a. AL-HASSAN, Bassam; a.k.a. HASAN, Basam; a.k.a. HASAN, Bassam); DOB 1961; alt. DOB 1960; alt. DOB 1962; POB Homs, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

HASSAN, Dawood (a.k.a. ANIS, Ibrahim Shaikh Mohd; a.k.a. AZIZ, Abdul Hamid Abdul; a.k.a. DILIP, Aziz; a.k.a. EBRAHIM, Dawood; a.k.a. HASAN, Shaikh Daud; a.k.a. IBRAHIM, Anis; a.k.a. IBRAHIM, Dawood; a.k.a. IBRAHIM, Dawood Sheik; a.k.a. KASKAR, Dawood Ibrahim; a.k.a. REHMAN, Shaikh Ismail Abdul; a.k.a. SABRI, Dawood; a.k.a. SAHEB, Amir; a.k.a. SETH, Iqbal), 617 CP Berar Society, Block 7-8, Karachi, Pakistan; House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537

(Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

HASSAN, Hameed ul (a.k.a. HASAN, Hameed ul; a.k.a. HASSAN, Hameedul), House number 4, Lane 4, Village flag 2, Dhalwan, Pasrur Tehsil, Sialkot District, Punjab Province, Pakistan; DOB 02 Jan 1980; alt. DOB 02 Nov 1980; POB Sialkot, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HASSAN, Hameedul (a.k.a. HASAN, Hameed ul; a.k.a. HASSAN, Hameed ul), House number 4, Lane 4, Village flag 2, Dhalwan, Pasrur Tehsil, Sialkot District, Punjab Province, Pakistan; DOB 02 Jan 1980; alt. DOB 02 Nov 1980; POB Sialkot, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HASSAN, Hassan El Hajj (a.k.a. HASSAN, Hassan el-Hajj); DOB 22 Mar 1988; citizen Canada; alt. citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HASSAN, Hassan el-Hajj (a.k.a. HASSAN, Hassan El Hajj); DOB 22 Mar 1988; citizen Canada; alt. citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HASSAN, Jamil (a.k.a. HASAN, Jamil); DOB 1953; POB Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

HASSAN, Mohamed (a.k.a. AL-AMDOUNI, Mehrez Ben Mahmoud Ben Sassi; a.k.a. AMDOUNI, Meherez ben Ahdoud ben; a.k.a. AMDOUNI, Mehrez; a.k.a. AMDOUNI, Mehrez ben Tah; a.k.a. FUSCO, Fabio; a.k.a. HAMDOUNI, Meherez; a.k.a. "ABU THALE"); DOB 18 Dec 1969; alt. DOB 25 May 1968; alt. DOB 18 Dec 1968; alt. DOB 14 Jul 1969; POB Tunis, Tunisia; alt. POB Naples, Italy; alt. POB Algeria; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886; Passport G737411 (Tunisia) issued 24 Oct 1990 expires 20 Sep 1997; alt. Passport 0801888 (Bosnia and Herzegovina) (individual) [SDGT].

HASSAN, Muhammad Khalid (a.k.a. AL-JIBURI, Muyassir; a.k.a. AL-JUBURI, Maysar Ali Musa Abdallah; a.k.a. AL-QAHTANI, Mus'ab; a.k.a. AL-SHAMMARI; a.k.a. AL-SHAMMARI, Muyassir; a.k.a. HARARA, Muyassir); DOB 01 Jun 1976; POB Al-Shura, Mosul, Iraq; alt. POB Harara, Ninawa Province, Iraq; citizen Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HASSAN, Suheil (a.k.a. AL-HASAN, Suhayl Hasan), Syria; DOB 1964; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

HASSAN, Yaser (a.k.a. ABU DHESS, Mohamed; a.k.a. "ABU ALI"), Holdenweg 76, Essen 45143, Germany; DOB 01 Feb 1966; POB Hashmija, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; nationality possibly Palestinian;arrested 23 Apr 2002 (individual) [SDGT].

HASSANE AYASH EXCHANGE CO. SARL (a.k.a. AYASH EXCHANGE COMPANY SARL; a.k.a. AYASH XCHANGE CO.; a.k.a. HASSAN AYACH EXCHANGE; a.k.a. HASSAN AYAS PARTNER EXCHANGE CO; a.k.a. HASSAN AYASH EXCHANGE COMPANY; a.k.a. MAKDESSI SAYRAFI COMPANY), Madame Curie St., Hamra St., Beirut, Lebanon [SDNTK].

HASSANZADEH, Hasan (Arabic: حسن حسنزاده) (a.k.a. HASSANZADEH, Hassan), Tehran, Iran; DOB 21 Mar 1957; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; IRGC Brigadier General (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

HASSANZADEH, Hassan (a.k.a. HASSANZADEH, Hasan (Arabic: حسن حسنزاده)), Tehran, Iran; DOB 21 Mar 1957; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; IRGC Brigadier General (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

HASSAYN, Sayf Allah 'Umar bin (a.k.a. AAYADH, Abou; a.k.a. HASSINE, Saifallah Ben; a.k.a. HASSINE, Seifallah Ben; a.k.a. HOCINE, Seif Allah Ben; a.k.a. HUSSAYN, Sayf Allah bin; a.k.a. "AL-TUNISI, Abu Ayyad";

a.k.a. "AL-TUNISI, Abu Iyyadh"; a.k.a. "EL-TOUNSI, Abou Iyadh"; a.k.a. "IYADH, Abou"); DOB 08 Nov 1965; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HASSINE, Saifallah Ben (a.k.a. AAYADH, Abou; a.k.a. HASSAYN, Sayf Allah 'Umar bin; a.k.a. HASSINE, Seifallah Ben; a.k.a. HOCINE, Seif Allah Ben; a.k.a. HUSSAYN, Sayf Allah bin; a.k.a. "AL-TUNISI, Abu Ayyad"; a.k.a. "AL-TUNISI, Abu Iyyadh"; a.k.a. "EL-TOUNSI, Abou Iyadh"; a.k.a. "IYADH, Abou"); DOB 08 Nov 1965; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HASSINE, Seifallah Ben (a.k.a. AAYADH, Abou; a.k.a. HASSAYN, Sayf Allah 'Umar bin; a.k.a. HASSINE, Saifallah Ben; a.k.a. HOCINE, Seif Allah Ben; a.k.a. HUSSAYN, Sayf Allah bin; a.k.a. "AL-TUNISI, Abu Ayyad"; a.k.a. "AL-TUNISI, Abu Iyyadh"; a.k.a. "EL-TOUNSI, Abou Iyadh"; a.k.a. "IYADH, Abou"); DOB 08 Nov 1965; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HASWANI, George (a.k.a. AL HASAWANI, George; a.k.a. HASAWANI, George; a.k.a. HASWANI, Jurj; a.k.a. HESSWANI, Georges; a.k.a. HESWANI, George; a.k.a. HEWANI, George; a.k.a. KHESOUANI, George; a.k.a. KHESOUANI, Georges), Syria; DOB 26 Sep 1946; POB Yabrud, Syria; nationality Syria; alt. nationality Russia; Gender Male (individual) [PAARSSR-EO13894].

HASWANI, Jurj (a.k.a. AL HASAWANI, George; a.k.a. HASAWANI, George; a.k.a. HASWANI, George; a.k.a. HESSWANI, Georges; a.k.a. HESWANI, George; a.k.a. HEWANI, George; a.k.a. KHESOUANI, George; a.k.a. KHESOUANI, Georges), Syria; DOB 26 Sep 1946; POB Yabrud, Syria; nationality Syria; alt. nationality Russia; Gender Male (individual) [PAARSSR-EO13894].

HATARI, Musa (a.k.a. ATAR, Mussa; a.k.a. ATARI, Musah; a.k.a. MUSA, Atari; a.k.a. TAHIR, Musa; a.k.a. TARAH, Musah; a.k.a. TARAK, Musah; a.k.a. TARK, Musa), Songo, Kafia Kingi; DOB 1965; alt. DOB 1964; alt. DOB 1966; nationality Sudan (individual) [CAR] (Linked To: LORD'S RESISTANCE ARMY).

HATEF SHIPPING COMPANY LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary

Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HATKAEW COMPANY LTD. (a.k.a. BORISAT HAT KAEO CHAMKAT; a.k.a. HAD KAEW COMPANY LTD.), 275 Soi Thiam Ruammit, Ratchada Phisek Road, Huai Khwang district, Bangkok, Thailand [SDNTK].

HATSADIN, Phonsakunphaisan (a.k.a. LAO, Ssu; a.k.a. RUNGRIT, Thianphichet; a.k.a. WANG, Ssu; a.k.a. WANG, Wen Chou; a.k.a. WITTHAYA, Ngamthiralert; a.k.a. "LAO SSU"), Burma; DOB 01 Jan 1960; Passport P403726 (Thailand); National ID No. 3570700443258 (Thailand) (individual) [SDNTK].

HAUCHARD, Maxime (a.k.a. "Abou Abdallah Al Faransi"), Syria; DOB 17 Mar 1992; POB Normandy, France; nationality France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAUCORE LTD (a.k.a. SHANDONG HUAGUANG OPTOELECTRONICS CO. LTD (Chinese Simplified: 山东华光光电子股份有限公司)), Number 1835, Tianchen Road, Gaoxin District, Jinan 25000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Registration Number 370127000000576 (China); Unified Social Credit Code (USCC) 91370100863130396A (China) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY PRECISION LASER SYSTEMS).

HAUYING HUIZHOU DAYA BAY PETROCHEMICAL TERMINAL WAREHOUSING CO., LTD. (a.k.a. HUAYING HUIZHOU DAYA BAY PETROCHEMICAL TERMINAL STORAGE CO., LTD), No. 131 Seafood Street, Aotou Street, Daya Bay District, Huizhou, Guangdong 516200, China; Additional Sanctions Information - Subject to Secondary Sanctions; Unified Social Credit Code (USCC) 9144130055556327XA (China) [IRAN-EO13846].

HAVANA INTERNATIONAL BANK, LTD (a.k.a. HAVIN BANK LIMITED), 4th Floor, 189 Marsh Wall, London E14 9SH, United Kingdom; Edificio Atlantic, Oficina 4 H, Calle D No. 8 entre 1ra. y 3ra., Vedado, Plaza de la Revolucion, Havana 10400, Cuba; SWIFT/BIC HAVIGB2L; Website www.havanaintbank.co.uk; alt. Website www.hib.uk.com; Company Number 01074897 (United Kingdom) [CUBA].

HAVANATUR, 54 Rue Richelieu, Paris, France [CUBA].

HAVANATUR BAHAMAS LTD., East Bay Street, Nassau, Bahamas, The [CUBA].

HAVANATUR CHILE S.A. (f.k.a. GUAMATUR S.A.), Avenue 11 de Septiembre 2155, Edificio Panoramico, Torre C, Oficina 805, Providencia, Santiago, Chile [CUBA].

HAVANATUR S.A. (a.k.a. HAVANATUR, S.A.), Gerardo Medina No. 633, e/Avenue Borregos y Carretera de Vinales, Pinar del Rio, Cuba; Edificio Sierra Maestra, Calle 1era e/ 0 y 2, Miramar, Playa, Ciudad Habana, Cuba; Avenue 40 esq. 41 #4101, Cienfuegos, Cuba; 1ra. Rotonda Cayo Coco, Moron, Ciego de Avila, Cuba; Monteagudo e/Cuba y Carretera Central, Camaguey, Cuba; Frexes no. 172 e/Morales Lemus y Narciso Lopez, Holguin, Cuba; Calle 8 no. 56 e/1era. y 3ra. Rpto., Vista Allegre, Santiago de Cuba, Cuba; Hialeah, FL, United States; Maipu 464, Piso 10, Buenos Aires 1006, Argentina; Panama City, Panama; Avenue 3era e/ 33 y 34, Varadero, Cuba; C.U.I.T. 30-68074603-2 (Argentina) [CUBA].

HAVANATUR, S.A. (a.k.a. HAVANATUR S.A.), Gerardo Medina No. 633, e/Avenue Borregos y Carretera de Vinales, Pinar del Rio, Cuba; Edificio Sierra Maestra, Calle 1era e/ 0 y 2, Miramar, Playa, Ciudad Habana, Cuba; Avenue 40 esq. 41 #4101, Cienfuegos, Cuba; 1ra. Rotonda Cayo Coco, Moron, Ciego de Avila, Cuba; Monteagudo e/Cuba y Carretera Central, Camaguey, Cuba; Frexes no. 172 e/Morales Lemus y Narciso Lopez, Holguin, Cuba; Calle 8 no. 56 e/1era. y 3ra. Rpto., Vista Allegre, Santiago de Cuba, Cuba; Hialeah, FL, United States; Maipu 464, Piso 10, Buenos Aires 1006, Argentina; Panama City, Panama; Avenue 3era e/ 33 y 34, Varadero, Cuba; C.U.I.T. 30-68074603-2 (Argentina) [CUBA].

HAVANTUR CANADA INC. (a.k.a. 2904977 CANADA, INC.; a.k.a. CARIBE SOL), 818 rue Sherbrooke East, Montreal, Quebec H2L 1K3, Canada [CUBA].

HAVAPEYMAYI MELLI IRAN (a.k.a. IRAN AIR; a.k.a. IRAN AIR PJSC; a.k.a. IRANAIR; a.k.a. IRANAIR CARGO; a.k.a. THE AIRLINE OF THE ISLAMIC REPUBLIC OF IRAN; a.k.a. "HOMA"), Iran Air Building, Mehrabad Airport, Tehran, Iran; Postal Box 13185-775, Tehran, Iran; Central Airlines Department of the Islamic Republic of Iran, Tehran Karaj Special Road, Beginning of Mehrabad International Airport, Tehran, Iran; Website www.iranair.com; alt. Website www.iranair.co.ir; Additional Sanctions

Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 10100354259 (Iran); Registration Number 8132 (Iran) [IRAN] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

HAVCHENKO, Dmitrij Vasilevich (a.k.a. KHAVCHENKO, Dmitriy Vasilyevich (Cyrillic: ХАВЧЕНКО, Дмитрий Васильевич); a.k.a. KHAVCHENKO, Dmytro Vasylovych (Cyrillic: ХАВЧЕНКО, Дмитро Васильович)), Moscow, Russia; Crimea, Ukraine; DOB 06 Jan 1966; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

HAVIN BANK LIMITED (a.k.a. HAVANA INTERNATIONAL BANK, LTD), 4th Floor, 189 Marsh Wall, London E14 9SH, United Kingdom; Edificio Atlantic, Oficina 4 H, Calle D No. 8 entre 1ra. y 3ra., Vedado, Plaza de la Revolucion, Havana 10400, Cuba; SWIFT/BIC HAVIGB2L; Website www.havanaintbank.co.uk; alt. Website www.hib.uk.com; Company Number 01074897 (United Kingdom) [CUBA].

HAW, Aik (a.k.a. HEIN, Aung; a.k.a. HO, Chun Ting; a.k.a. HO, Chung Ting; a.k.a. HO, Hsiao; a.k.a. HOE, Aik; a.k.a. TE, Ho Chun; a.k.a. TIEN, Ho Chun; a.k.a. WIN, Aung; a.k.a. "AIK HAW"; a.k.a. "HO CHUN TING"; a.k.a. "HO, Aik"; a.k.a. "HSIO HO"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7 Oo Yim Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma);

National ID No. 029430 (Burma); alt. National ID No. 176089 (Burma); alt. National ID No. 272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

HAWATMA, Nayif (a.k.a. HAWATMAH, Nayif; a.k.a. HAWATMEH, Nayif; a.k.a. KHALID, Abu); DOB 1933; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Secretary General of DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION (individual) [SDGT].

HAWATMAH, Nayif (a.k.a. HAWATMA, Nayif; a.k.a. HAWATMEH, Nayif; a.k.a. KHALID, Abu); DOB 1933; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Secretary General of DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION (individual) [SDGT].

HAWATMEH, Nayif (a.k.a. HAWATMA, Nayif; a.k.a. HAWATMAH, Nayif; a.k.a. KHALID, Abu); DOB 1933; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Secretary General of DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION (individual) [SDGT].

HAWRANI, Habib; DOB 25 Mar 1969; Scientific Studies and Research Center Colonel (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

HAXHIREXHA, Kastriot; DOB 09 May 1961; POB Debar, Macedonia (individual) [BALKANS].

HAYAATULLAH, Haji (a.k.a. HAYATOLLAH, Haji; a.k.a. HAYATULLAH, Haji; a.k.a. HIYATULLAH, Haji; a.k.a. MUHAMMAD, Hayat Ullah Ghulam), Saeedabad, Pagi Road, Peshawar, Pakistan; Saeedabad, Pachagi Road, Peshawar, Pakistan; DOB 1957 to 1959; POB Nangalam Village, Dar-e-Pech, Kunar, Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport TR030544 (Afghanistan); alt. Passport TR035506 (Afghanistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: ISIL KHORASAN; Linked To: AL QA'IDA; Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HAYAT AL-DAM LIL-MUQAWAMA AL-ISLAMIYA (a.k.a. ISLAMIC RESISTANCE SUPPORT ASSOCIATION; a.k.a. ISLAMIC RESISTANCE SUPPORT ORGANIZATION), Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HAYAT JAFFRI, Muhammad Khizar (a.k.a. AL KARBALAI, Muhammad Khizar; a.k.a. HAYAT, Mohammad Khizar; a.k.a. HAYAT, Muhammad Khizar), Karachi, Pakistan; DOB 14 Jul 1994; POB Karachi, Pakistan; nationality Pakistan; Email Address khizarh11@yahoo.com; alt. Email Address khizarhayat.jaffri@yahoo.com; alt. Email Address muhammadkhizar.hayatjaffri@yahoo.com; alt. Email Address mygreentree59@yahoo.com; alt. Email Address khizar14hayat@gmail.com; alt. Email Address muhammadkhizarhayatjaffri@yahoo.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport EB617700 (Pakistan); National ID No. 4210191597005 (Pakistan) (individual) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

HAYAT TAHRIR AL-SHAM (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HAY'AT TAHRIR AL-SHAM (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HAYAT UR RAS AL-FURQAN (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL

AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HAYAT YOLU (Arabic: طريق الحياة) (a.k.a. HAYAT YOLU ASSOCIATION; a.k.a. HAYAT YOLU KALKINMA YARDIMLASMA EGITIM VE KULTUR DERNEGI), Cakmak, Sht., Burak Kurtulus Cd., No: 2, 34774, Umraniye, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2014; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization; Registered Charity No. 34-207-158 (Turkey) [SDGT] (Linked To: HAMAS).

HAYAT YOLU ASSOCIATION (a.k.a. HAYAT YOLU (Arabic: طريق الحياة); a.k.a. HAYAT YOLU KALKINMA YARDIMLASMA EGITIM VE KULTUR DERNEGI), Cakmak, Sht., Burak Kurtulus Cd., No: 2, 34774, Umraniye, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2014; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization; Registered Charity No. 34-207-158 (Turkey) [SDGT] (Linked To: HAMAS).

HAYAT YOLU KALKINMA YARDIMLASMA EGITIM VE KULTUR DERNEGI (a.k.a. HAYAT YOLU (Arabic: طريق الحياة); a.k.a. HAYAT YOLU ASSOCIATION), Cakmak, Sht., Burak Kurtulus Cd., No: 2, 34774, Umraniye, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2014; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization; Registered Charity No. 34-207-158 (Turkey) [SDGT] (Linked To: HAMAS).

HAYAT, Fazal (a.k.a. FAZLULLAH, Maulana; a.k.a. "Mullah Fazlullah"; a.k.a. "Mullah Radio"); DOB 1974; POB Swat, Pakistan; alt. POB Kuza Bandai village, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAYAT, Mohammad Khizar (a.k.a. AL KARBALAI, Muhammad Khizar; a.k.a. HAYAT JAFFRI, Muhammad Khizar; a.k.a. HAYAT, Muhammad Khizar), Karachi, Pakistan; DOB 14 Jul 1994; POB Karachi, Pakistan; nationality Pakistan; Email Address khizarh11@yahoo.com; alt. Email Address khizarhayat.jaffri@yahoo.com; alt. Email Address muhammadkhizar.hayatjaffri@yahoo.com; alt. Email Address mygreentree59@yahoo.com; alt. Email Address khizar14hayat@gmail.com; alt. Email Address muhammadkhizarhayatjaffri@yahoo.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport EB617700 (Pakistan); National ID No. 4210191597005 (Pakistan) (individual) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

HAYAT, Muhammad Khizar (a.k.a. AL KARBALAI, Muhammad Khizar; a.k.a. HAYAT JAFFRI, Muhammad Khizar; a.k.a. HAYAT, Mohammad Khizar), Karachi, Pakistan; DOB 14 Jul 1994; POB Karachi, Pakistan; nationality Pakistan; Email Address khizarh11@yahoo.com; alt. Email Address khizarhayat.jaffri@yahoo.com; alt. Email Address muhammadkhizar.hayatjaffri@yahoo.com; alt. Email Address mygreentree59@yahoo.com; alt. Email Address khizar14hayat@gmail.com; alt. Email Address muhammadkhizarhayatjaffri@yahoo.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport EB617700 (Pakistan); National ID No.

4210191597005 (Pakistan) (individual) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

HAYATOLLAH, Haji (a.k.a. HAYAATULLAH, Haji; a.k.a. HAYATULLAH, Haji; a.k.a. HIYATULLAH, Haji; a.k.a. MUHAMMAD, Hayat Ullah Ghulam), Saeedabad, Pagi Road, Peshawar, Pakistan; Saeedabad, Pachagi Road, Peshawar, Pakistan; DOB 1957 to 1959; POB Nangalam Village, Dar-e-Pech, Kunar, Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport TR030544 (Afghanistan); alt. Passport TR035506 (Afghanistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: ISIL KHORASAN; Linked To: AL QA'IDA; Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HAYATULLAH, Haji (a.k.a. HAYAATULLAH, Haji; a.k.a. HAYATOLLAH, Haji; a.k.a. HIYATULLAH, Haji; a.k.a. MUHAMMAD, Hayat Ullah Ghulam), Saeedabad, Pagi Road, Peshawar, Pakistan; Saeedabad, Pachagi Road, Peshawar, Pakistan; DOB 1957 to 1959; POB Nangalam Village, Dar-e-Pech, Kunar, Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport TR030544 (Afghanistan); alt. Passport TR035506 (Afghanistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: ISIL KHORASAN; Linked To: AL QA'IDA; Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HAYATURAS (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a.

JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HAYATUTRAS (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL

QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HAYDAMOUS, Joseph Elia (a.k.a. HAIDAMOUS, Joseph Elia; a.k.a. HAIDAMOUS, Joseph Ilya (Arabic: جوزيف ايليا هيدموس)), Lebanon; DOB 20 Sep 1965; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

HAYDAR KARAR CENTER (a.k.a. HEIDAR KARAR GROUP; a.k.a. HEIDAR KARRAR RESEARCH GROUP), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

HAYDAR, Farhan Hussein (a.k.a. HAIDER, Farhan Hussein), Somalia; South C, Monari Estate House No. 101, Nairobi, Kenya; DOB 1986; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 27478723 (Kenya) (individual) [SDGT] (Linked To: AL-SHABAAB).

HAYDAR, Muhammad (a.k.a. HAIDAR, Mohamad Ali; a.k.a. HAYDAR, Muhammad Ali; a.k.a. "HAYDAR, Abu Ali"); DOB 25 Nov 1959; POB Kabrika, Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 469/2005 (Lebanon) (individual) [SDGT].

HAYDAR, Muhammad Ali (a.k.a. HAIDAR, Mohamad Ali; a.k.a. HAYDAR, Muhammad;

a.k.a. "HAYDAR, Abu Ali"); DOB 25 Nov 1959; POB Kabrika, Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 469/2005 (Lebanon) (individual) [SDGT].

HAYDAR, Zuhayr; DOB 18 Dec 1965; Scientific Studies and Research Center Colonel (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

HAYDARI, Reza (a.k.a. HEIDARI, Reza (Arabic: رضا حيدری)), Iran; DOB 27 Dec 1957; POB Tehran, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0049509640 (Iran) (individual) [SDGT] [IFSR] (Linked To: YAZD INTERNATIONAL AIRWAYS COMPANY).

HAYEK, Hugo (a.k.a. SHAMKHANI, Hossein; a.k.a. SHAMKHANI, Mohammad Hossein (Arabic: محمد حسين شم خاني); a.k.a. "Hector"), United Arab Emirates; DOB 19 Apr 1984; POB Tehran, Iran; nationality Dominica; alt. nationality Iran; Gender Male; Passport T97659579 (Iran) expires 22 Jan 2029; alt. Passport R0191309 (Dominica) expires 20 Jul 2030; Identification Number 70293384 (Iran) (individual) [IRAN-EO13902].

HAY'ET TAHRIR AL-SHAM (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a.

"SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HAZIM KAKA (a.k.a. AL NOBANI, Ali; a.k.a. AL-OBEIDI, Ahmed Hassan Kaka; a.k.a. AL-UBAYDI, Ahmad Hassan Kaka), Al Humayra Village, Taza sub district, Iraq; Kurdi Al Nasir village, Iraq; DOB 1949; POB Baghdad, Iraq; nationality Iraq; Passport F032516 (Iraq) issued 04 May 1976 (individual) [IRAQ3].

HAZIME, Hussein Ali (a.k.a. HAZZIMA, Husain Ali; a.k.a. "Mourtada"), Harat Hreiq, Beirut, Lebanon; DOB 07 Dec 1967; POB Beirut, Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HAZZIMA, Husain Ali (a.k.a. HAZIME, Hussein Ali; a.k.a. "Mourtada"), Harat Hreiq, Beirut, Lebanon; DOB 07 Dec 1967; POB Beirut, Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HD COLLECTION, S.A. DE C.V., Boulevard Puerta de Hierro # 5210 8C, Col. Puerta de Hierro, Zapopan, Jalisco 45116, Mexico; R.F.C. HCO0911242K8 (Mexico) [SDNTK].

HD PARTS OY, Koivupuistontie 30, Vantaa 01510, Finland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Feb 1977; Tax ID No. 01085974 (Finland) [RUSSIA-EO14024].

HDASCO SHIPPING COMPANY (a.k.a. HAFEZ DARYA ARYA SHIPPING COMPANY; a.k.a. HAFEZ DARYA ARYA SHIPPING LINE; a.k.a. HAFEZ-E DARYAY-E ARIA SHIPPING LINES; f.k.a. HAFIZ DARYA SHIPPING COMPANY; f.k.a. HAFIZ-E-DARYA SHIPPING LINES; a.k.a. "HDAS CO."; f.k.a. "HDAS LINES"; a.k.a. "HDASCO"; f.k.a. "HDS LINES"; f.k.a. "HDSL"; f.k.a. "HDSLINES CO."), Asseman Tower, Pasdaran Street, Tehran, Iran; No 60, Pasdaran Avenue, 7th Neyestan Street, Ehteshamiyeh Square, Tehran, Iran; Website www.hdasco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order

13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 341417 (Iran) [IRAN] [IFCA].

HE, Daniel Y. (a.k.a. HE, Daniel Yi; a.k.a. HE, Yi), China; DOB 06 Jul 1965; POB Hangzhou, China; nationality China; Gender Male; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e); Passport G47432853 (China); alt. Passport G30884221 (China); President, Reach Group (individual) [IFCA] (Linked To: REACH HOLDING GROUP SHANGHAI CO., LTD.).

HE, Daniel Yi (a.k.a. HE, Daniel Y.; a.k.a. HE, Yi), China; DOB 06 Jul 1965; POB Hangzhou, China; nationality China; Gender Male; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e); Passport G47432853 (China); alt. Passport G30884221 (China); President, Reach Group (individual) [IFCA] (Linked To: REACH HOLDING GROUP SHANGHAI CO., LTD.).

HE, Jia Xuan (a.k.a. HE, Jiaxuan (Chinese Simplified: 何家璇)), China; DOB 31 Mar 1999;

POB Shanghai, China; nationality China; Gender Male; National ID No. 310115199903310135 (China) (individual) [ILLICIT-DRUGS-EO14059].

HE, Jiaxuan (Chinese Simplified: 何家璇) (a.k.a. HE, Jia Xuan), China; DOB 31 Mar 1999; POB Shanghai, China; nationality China; Gender Male; National ID No. 310115199903310135 (China) (individual) [ILLICIT-DRUGS-EO14059].

HE, Jing (Chinese Simplified: 何靖), Hong Kong; DOB Jun 1964; POB Zhanjiang, Guangdong Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149 (individual) [HK-EO13936].

HE, Yi (a.k.a. HE, Daniel Y.; a.k.a. HE, Daniel Yi), China; DOB 06 Jul 1965; POB Hangzhou, China; nationality China; Gender Male; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e); Passport G47432853 (China); alt. Passport G30884221 (China); President, Reach Group (individual) [IFCA] (Linked To: REACH HOLDING GROUP SHANGHAI CO., LTD.).

HEAD AEROSPACE GROUP (a.k.a. CHINA HEAD AEROSPACE TECHNOLOGY COMPANY; a.k.a. CHINA HEAD TECHNOLOGY CO), 5F, Bldg 5, Science and Technology Park, A-2 North Xisanhuan Road, Haidian District, Beijing 100021, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 110108010146888 (China); Unified Social Credit Code (USCC) 91110108661572276L (China) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

HEADEY INVESTMENTS LIMITED, Dimokritou, 15 Panaretos Eliena Complex, Flat 104, Potamos Germasogeias, Limassol 4041, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Dec 2014; Organization Type: Activities of holding companies;

Registration Number HE 339642 (Cyprus) [RUSSIA-EO14024] (Linked To: BASHKIROV, Aleksei Vladimirovich).

HEADQUARTERS OF RECONSTRUCTION OF HOLY SHRINES (a.k.a. RECONSTRUCTION ORGANIZATION OF HOLY SHRINES IN IRAQ (Arabic: ستاد بازسازی عتبات عالیات); a.k.a. RECONSTRUCTION ORGANIZATION OF THE HOLY SHRINES), No. 3, Shahid Mohammadi Alley, Shahid Sepahbod Gharani Street, Fardowsi Square, Tehran 15999-77111, Iran; Najaf, Iraq; Karbala, Iraq; Baghdad, Iraq; Samarra, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

HEANG, Him Bun (a.k.a. BUNHEANG, Hing; a.k.a. BUNHEUNG, Hing; a.k.a. HEANG, Hing Bun; a.k.a. HIENG, Hing Bun), Takhmao, Cambodia; 22, St. 118, Phnom Penh, Cambodia; DOB 01 Jan 1957; POB Cambodia; Gender Male (individual) [GLOMAG].

HEANG, Hing Bun (a.k.a. BUNHEANG, Hing; a.k.a. BUNHEUNG, Hing; a.k.a. HEANG, Him Bun; a.k.a. HIENG, Hing Bun), Takhmao, Cambodia; 22, St. 118, Phnom Penh, Cambodia; DOB 01 Jan 1957; POB Cambodia; Gender Male (individual) [GLOMAG].

HEATH, Noel Timothy (a.k.a. ZAMBA, Noel Heath; a.k.a. ZAMBO, Noel Heath), Cardin Avenue, Saint Kitts and Nevis; DOB 16 Dec 1949; POB St Kitts and Nevis; Passport 03574 (United Kingdom) (individual) [SDNTK].

HEAVY INDUSTRIAL FUELS (a.k.a. HEAVY INDUSTRIAL FUELS S.A.L. (HIF); a.k.a. HEAVY INDUSTRIAL FUELS SAL HIF; a.k.a. "HIF S.A.L."; a.k.a. "HIF SAL" (Arabic: " هيف ش.م.ل")), Baouchriyeh Street, Sad El Baouchriyeh, Mount Lebanon, Lebanon; Ghazieh Zahrani, Lebanon; P.O. Box 90326, Jdeidet, El Metn, Lebanon; Grey Center, 2nd Floor, Block A, Sin El Fil, Lebanon; Baabda, Lebanon; Website www.hiflb.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Feb 2008; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products;

Commercial Registry Number 2012021 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

HEAVY INDUSTRIAL FUELS S.A.L. (HIF) (a.k.a. HEAVY INDUSTRIAL FUELS; a.k.a. HEAVY INDUSTRIAL FUELS SAL HIF; a.k.a. "HIF S.A.L."; a.k.a. "HIF SAL" (Arabic: " هيف ش.م.ل")), Baouchriyeh Street, Sad El Baouchriyeh, Mount Lebanon, Lebanon; Ghazieh Zahrani, Lebanon; P.O. Box: 90326, Jdeidet, El Metn, Lebanon; Grey Center, 2nd Floor, Block A, Sin El Fil, Lebanon; Baabda, Lebanon; Website www.hiflb.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Feb 2008; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Commercial Registry Number 2012021 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

HEAVY INDUSTRIAL FUELS SAL HIF (a.k.a. HEAVY INDUSTRIAL FUELS; a.k.a. HEAVY INDUSTRIAL FUELS S.A.L. (HIF); a.k.a. "HIF S.A.L."; a.k.a. "HIF SAL" (Arabic: " هيف ش.م.ل")), Baouchriyeh Street, Sad El Baouchriyeh, Mount Lebanon, Lebanon; Ghazieh Zahrani, Lebanon; P.O. Box: 90326, Jdeidet, El Metn, Lebanon; Grey Center, 2nd Floor, Block A, Sin El Fil, Lebanon; Baabda, Lebanon; Website www.hiflb.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Feb 2008; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Commercial Registry Number 2012021 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

HEAVY OIL DISTRIBUTION CO SAL (a.k.a. HEAVY OIL DISTRIBUTION CO. HODICO SARL; a.k.a. HEAVY OIL DISTRIBUTION COMPANY HODICO S.A.L.; a.k.a. HEAVY OIL DISTRIBUTION COMPANY SAL; a.k.a. HEAVY OIL DISTRIBUTION COMPANY-HODECO (Arabic: هيفي أويل ديستريبشين كومباني - هوديكو); a.k.a. HODICO; a.k.a. HODICO SAL), Baabda, Lebanon; Queen's Plaza Center, Block C, Jdeideh Boulevard Street, Sin El-Fil, Baouchriyeh, Lebanon; PO Box 90326, Metn, Lebanon; Grey Center, 2nd Floor, P.O. Box: 90326, Jdeidet, El Metn, Lebanon; Website

www.hodico.com/; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Apr 2001; Commercial Registry Number 68648 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

HEAVY OIL DISTRIBUTION CO. HODICO SAL OFF-SHORE (a.k.a. HEAVY OIL DISTRIBUTION COMPANY HODECO S.A.L. OFF SHORE (Arabic: هيفي أويل دستريبشين - هوديكو ش.م.ل. أوف شور); a.k.a. HEAVY OIL DISTRIBUTION COMPANY HODICO SAL OFFSHORE; a.k.a. HODICO OFF SHORE), Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Feb 2007; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Commercial Registry Number 1801752 (Lebanon) [SDGT] (Linked To: OBEID, Boutros Georges; Linked To: ZGHEIB, Ali Nayef).

HEAVY OIL DISTRIBUTION CO. HODICO SARL (a.k.a. HEAVY OIL DISTRIBUTION CO SAL; a.k.a. HEAVY OIL DISTRIBUTION COMPANY HODICO S.A.L.; a.k.a. HEAVY OIL DISTRIBUTION COMPANY SAL; a.k.a. HEAVY OIL DISTRIBUTION COMPANY-HODECO (Arabic: هيفي أويل ديستريبشين كومباني - هوديكو); a.k.a. HODICO; a.k.a. HODICO SAL), Baabda, Lebanon; Queen's Plaza Center, Block C, Jdeideh Boulevard Street, Sin El-Fil, Baouchriyeh, Lebanon; PO Box 90326, Metn, Lebanon; Grey Center, 2nd Floor, P.O. Box: 90326, Jdeidet, El Metn, Lebanon; Website www.hodico.com/; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Apr 2001; Commercial Registry Number 68648 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

HEAVY OIL DISTRIBUTION COMPANY HODECO S.A.L. OFF SHORE (Arabic: هيفي أويل دستريبشين - هوديكو ش.م.ل. أوف شور) a.k.a. HEAVY OIL DISTRIBUTION CO. HODICO SAL OFF-SHORE; a.k.a. HEAVY OIL

DISTRIBUTION COMPANY HODICO SAL OFFSHORE; a.k.a. HODICO OFF SHORE), Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Feb 2007; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Commercial Registry Number 1801752 (Lebanon) [SDGT] (Linked To: OBEID, Boutros Georges; Linked To: ZGHEIB, Ali Nayef).

HEAVY OIL DISTRIBUTION COMPANY HODICO S.A.L. (a.k.a. HEAVY OIL DISTRIBUTION CO SAL; a.k.a. HEAVY OIL DISTRIBUTION CO. HODICO SARL; a.k.a. HEAVY OIL DISTRIBUTION COMPANY SAL; a.k.a. HEAVY OIL DISTRIBUTION COMPANY-HODECO (Arabic: - هيفي أويل ديستريشين كومباني هوديكو); a.k.a. HODICO; a.k.a. HODICO SAL), Baabda, Lebanon; Queen's Plaza Center, Block C, Jdeideh Boulevard Street, Sin El-Fil, Baouchriyeh, Lebanon; PO Box 90326, Metn, Lebanon; Grey Center, 2nd Floor, P.O. Box: 90326, Jdeidet, El Metn, Lebanon; Website www.hodico.com/; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Apr 2001; Commercial Registry Number 68648 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

HEAVY OIL DISTRIBUTION COMPANY HODICO SAL OFFSHORE (a.k.a. HEAVY OIL DISTRIBUTION CO. HODICO SAL OFF-SHORE; a.k.a. HEAVY OIL DISTRIBUTION COMPANY HODECO S.A.L. OFF SHORE (Arabic: هيفي أويل دستريشين - هوديكو ش.م.ل. أوف شور); a.k.a. HODICO OFF SHORE), Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Feb 2007; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Commercial Registry Number 1801752 (Lebanon) [SDGT] (Linked To: OBEID, Boutros Georges; Linked To: ZGHEIB, Ali Nayef).

HEAVY OIL DISTRIBUTION COMPANY SAL (a.k.a. HEAVY OIL DISTRIBUTION CO SAL; a.k.a. HEAVY OIL DISTRIBUTION CO. HODICO SARL; a.k.a. HEAVY OIL DISTRIBUTION COMPANY HODICO S.A.L.; a.k.a. HEAVY OIL DISTRIBUTION COMPANY-HODECO (Arabic: - هيفي أويل ديستريشين كومباني هوديكو); a.k.a. HODICO; a.k.a. HODICO SAL), Baabda, Lebanon; Queen's Plaza Center, Block C, Jdeideh Boulevard Street, Sin El-Fil, Baouchriyeh, Lebanon; PO Box 90326, Metn, Lebanon; Grey Center, 2nd Floor, P.O. Box: 90326, Jdeidet, El Metn, Lebanon; Website www.hodico.com/; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Apr 2001; Commercial Registry Number 68648 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

HEAVY OIL DISTRIBUTION COMPANY-HODECO (Arabic: - هيفي أويل ديستريشين كومباني هوديكو) (a.k.a. HEAVY OIL DISTRIBUTION CO SAL; a.k.a. HEAVY OIL DISTRIBUTION CO. HODICO SARL; a.k.a. HEAVY OIL DISTRIBUTION COMPANY HODICO S.A.L.; a.k.a. HEAVY OIL DISTRIBUTION COMPANY SAL; a.k.a. HODICO; a.k.a. HODICO SAL), Baabda, Lebanon; Queen's Plaza Center, Block C, Jdeideh Boulevard Street, Sin El-Fil, Baouchriyeh, Lebanon; PO Box 90326, Metn, Lebanon; Grey Center, 2nd Floor, P.O. Box: 90326, Jdeidet, El Metn, Lebanon; Website www.hodico.com/; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Apr 2001; Commercial Registry Number 68648 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

HEBBO, Mohammed (a.k.a. AL-HABU, Muhammad; a.k.a. AL-HABU, Muhammad Abd-al-Karim; a.k.a. AL-HEBO, Muhamad Ali; a.k.a. ALHOBO, Mohamad Abdulkarim; a.k.a. HABO, Muhammed; a.k.a. HABU, Muhammad), Hurriyet Caddesi, Sahinbey, Gaziantep, Turkey; Syria; Lebanon; DOB 01 Oct 1980; alt. DOB 15 Mar 1983; alt. DOB 01 Jan 1980; POB Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00814L001424 (Syria); National ID No. 2020409266 (Syria); alt. National ID No. 2020316097 (Syria); alt. National ID No. 10716775 (Syria) (individual) [SDGT] (Linked To: AL-HEBO JEWELRY COMPANY).

HEBEI ATUN TRADING CO., LTD. (Chinese Simplified: 河北艾豚商贸有限公司) (a.k.a. "HBATUN"), Haiyuetiandi B906, Qiaoxi Street, Shijiazhuang, Hebei, China; Room 1102, Bldg. D Haiyuetiandi No. 66 Yuhua West Road Qiaoxi District, Shijiazhuang, Hebei, China (Chinese Simplified: 裕华西路66号海悦天地D座1102室, 石家庄市, 河北省, China); Website www.atunchemical.com; Digital Currency Address - XBT 1JPfVv5cWRLx1js9NWxg46dG2CGbeRz4th; Unified Social Credit Code (USCC) 91130104MA09YL9T2W (China) [ILLICIT-DRUGS-EO14059].

HEBEI CROVELL BIOTECH CO., LTD. (Chinese Simplified: 河北克拉维尔生物科技有限公司), 2-2-1901, Huacheng Lvzhou Phase I, No. 169 Shengli South Street, Qiaoxi District, Shijiazhuang, Hebei 050000, China; Website www.hebeicrovell.com; Phone Number 8613273412322; Organization Established Date 04 Jan 2019; Unified Social Credit Code (USCC) 91130104MA0D4G9Q45 (China) [ILLICIT-DRUGS-EO14059].

HEBEI GUANLANG BIOTECHNOLOGY CO., LIMITED (Chinese Simplified: 河北冠朗生物科技有限公司), Room 1512, 15th Floor, Lucky Centre, 165-171 Wanchai Road, Wanchai, Hong Kong, China; Organization Established Date 17 Dec 2018; Registration Number 2778068 (Hong Kong) [ILLICIT-DRUGS-EO14059] (Linked To: DU, Changgen).

HEBEI GUANLANG BIOTECHNOLOGY CO., LTD. (Chinese Simplified: 河北冠朗生物科技有限公司) (f.k.a. SHIJIAZHUANG FA KE TRADING COMPANY), Room 2914, Bldg. B Weekend Max Mara, No. 108 West Zhongshan Road, Qiaoxi District, Shijiazhuang, Hebei Province 050000, China; Website www.guanlang-group.com; Phone Number 8619930505208; alt. Phone Number 8613273412322; Organization Established Date 30 Apr 2015; Unified Social Credit Code (USCC) 91130104336154011D (China) [ILLICIT-DRUGS-EO14059].

HEBEI HUANHAO BIOTECHNOLOGY CO., LTD., Room 1801, The MixC, Qiaoxi District, Shijiazhuang, Hebei 050000, China; Unified Social Credit Code (USCC)

91130104MA07T43608 (China) [ILLICIT-DRUGS-EO14059].

HEBEI SENNING AUTOMATED EQUIPMENT CO LTD (Chinese Simplified: 河北森宁自动化设备有限公司) (a.k.a. HEBEI SENNING INTERNATIONAL TRADING CO LTD (Chinese Simplified: 河北森宁国际贸易有限公司); a.k.a. "SUNNY INTERNATIONAL CO LTD"), No. 10-401, Blessgo Industry Park, Ying Bin Road, Yanjiao Development Zone, Sanhe, Langfang, Hebei, China (Chinese Simplified: 燕郊开发区迎宾北路西侧，孤山西路北侧百世金谷燕郊国际产业基地内10-401, 三河市，廊坊市，河北省, China); Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 May 2019; Unified Social Credit Code (USCC) 91131082MA0DJYYW35 (China) [NPWMD] [IFSR] (Linked To: RAYAN FAN KAV ANDISH CO).

HEBEI SENNING INTERNATIONAL TRADING CO LTD (Chinese Simplified: 河北森宁国际贸易有限公司) (a.k.a. HEBEI SENNING AUTOMATED EQUIPMENT CO LTD (Chinese Simplified: 河北森宁自动化设备有限公司); a.k.a. "SUNNY INTERNATIONAL CO LTD"), No. 10-401, Blessgo Industry Park, Ying Bin Road, Yanjiao Development Zone, Sanhe, Langfang, Hebei, China (Chinese Simplified: 燕郊开发区迎宾北路西侧，孤山西路北侧百世金谷燕郊国际产业基地内10-401, 三河市，廊坊市，河北省, China); Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 May 2019; Unified Social Credit Code (USCC) 91131082MA0DJYYW35 (China) [NPWMD] [IFSR] (Linked To: RAYAN FAN KAV ANDISH CO).

HEBEI XINHAI CHEMICAL GROUP CO., LTD. (Chinese Simplified: 河北鑫海化工集团有限公司), Middle Section of South Shugang Road, Huanghua Port, Bohai New District, Huangpi City, Cangzhou, Hebei Province 061109, China; Organization Established Date 23 Nov 2005; Organization Code 782590956 (China); Legal Entity Number 655600I0RTPZ3DFASH49; Registration Number 130932000001097 (China); Unified Social Credit Code (USCC) 911309837825909566 (China) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

HEBEI XIUNA COMMERCE AND TRADE CO, LTD. (a.k.a. HEBEI XIUNA TRADING CO., LTD. (Chinese Simplified: 河北休纳商贸有限公司)), Room 1408, Block F, Haiyue Tiandi, No. 66 Yuhua West Road, Qiaoxi District, Shijiazhuang, Hebei 050000, China; Email Address 319775872@qq.com; alt. Email Address Service1@Xiunashangmao.com; Phone Number 8615531133331; alt. Phone Number 8613102808677; Organization Established Date 26 Nov 2020; Unified Social Credit Code (USCC) 91130105MA0FRNGTXX (China) [ILLICIT-DRUGS-EO14059] (Linked To: DU, Changgen).

HEBEI XIUNA TRADING CO., LTD. (Chinese Simplified: 河北休纳商贸有限公司) (a.k.a. HEBEI XIUNA COMMERCE AND TRADE CO, LTD.), Room 1408, Block F, Haiyue Tiandi, No. 66 Yuhua West Road, Qiaoxi District, Shijiazhuang, Hebei 050000, China; Email Address 319775872@qq.com; alt. Email Address Service1@Xiunashangmao.com; Phone Number 8615531133331; alt. Phone Number 8613102808677; Organization Established Date 26 Nov 2020; Unified Social Credit Code (USCC) 91130105MA0FRNGTXX (China) [ILLICIT-DRUGS-EO14059] (Linked To: DU, Changgen).

HEBEI YAXIN RESTAURANT MANAGEMENT CO., LTD. (Chinese Simplified: 河北雅新餐饮管理有限公司), Qiaoxi District, Shijiazhuang, Hebei Province, China; Email Address 414192810@qq.com; Phone Number 8615175978802; Organization Established Date 16 Sep 2021; Unified Social Credit Code (USCC) 91130104MA7B2YLD31 (China) [ILLICIT-DRUGS-EO14059] (Linked To: WANG, Tianmin).

HEDAYAT, Reza (a.k.a. SARTAJI, Abas; a.k.a. SARTAJI, Abbas), Tehran, Iran; DOB 23 Aug 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M51368656 (Iran); National ID No. 6039648112 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

HEIDAR KARAR GROUP (a.k.a. HAYDAR KARAR CENTER; a.k.a. HEIDAR KARRAR RESEARCH GROUP), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

HEIDAR KARRAR RESEARCH GROUP (a.k.a. HAYDAR KARAR CENTER; a.k.a. HEIDAR KARAR GROUP), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

HEIDARI, Gholamhasan (Arabic: غلامحسن حیدری), Iran; DOB 03 Sep 1974; POB Fares, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5489526610 (Iran) (individual) [NPWMD] [IFSR] (Linked To: KHAZRA COMMUNICATIONS TECHNOLOGY SOLUTIONS).

HEIDARI, Hamidreza (Arabic: حمیدرضا حیدری), Iran; DOB 31 Jan 1990; POB Natanz, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1230008675 (Iran) (individual) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

HEIDARI, Kiyumars (Arabic: کیومرث حیدری) (a.k.a. HEYDARI, Kioumars), Iran; DOB 1964; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR].

HEIDARI, Mohammad Ali Mohammad Sadegh (a.k.a. HEYDARI, Mohammad Sadegh; a.k.a. MOUSA, Mohammad Sadegh Heidari (Arabic: محمد صادق حیدری موسی); a.k.a. MUSA, Mohammad Sadegh Heidari), Iran; DOB 23 Sep 1977; alt. DOB 24 Sep 1977; POB Shahrebabak, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3149555493 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: PARAVAR PARS COMPANY).

HEIDARI, Rahmatollah (Arabic: رحمت اله حیدری), Iran; DOB 22 Sep 1985; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2392019630 (Iran) (individual) [NPWMD] [IFSR] (Linked To: BAHARESTAN KISH COMPANY).

HEIDARI, Reza; DOB 10 Jan 1977; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A37899489 (Iran) expires 26 Jul 2021; alt.

Passport R24530943 (Iran) expires 23 Jun 2017 (individual) [SDGT] [IRGC] [IFSR].

HEIDARI, Reza (Arabic: رضا حیدری) (a.k.a. HAYDARI, Reza), Iran; DOB 27 Dec 1957; POB Tehran, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0049509640 (Iran) (individual) [SDGT] [IFSR] (Linked To: YAZD INTERNATIONAL AIRWAYS COMPANY).

HEILONGJIANG SHUNSHENG ECONOMIC AND TRADE DEVELOPMENT CO LTD, Room 301, Building S21, No. 5566 Maple Leaf Blue Peninsula, Zhigu Third Street, Songbei District, Harbin, Heilongjiang 150000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 09 Sep 2024; Unified Social Credit Code (USCC) 91230109MADXG1GK67 (China) [UKRAINE-EO13662] [RUSSIA-EO14024].

HEIN, Aung (a.k.a. HAW, Aik; a.k.a. HO, Chun Ting; a.k.a. HO, Chung Ting; a.k.a. HO, Hsiao; a.k.a. HOE, Aik; a.k.a. TE, Ho Chun; a.k.a. TIEN, Ho Chun; a.k.a. WIN, Aung; a.k.a. "AIK HAW"; a.k.a. "HO CHUN TING"; a.k.a. "HO, Aik"; a.k.a. "HSIO HO"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7 Oo Yim Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma); National ID No. 029430 (Burma); alt. National ID No. 176089 (Burma); alt. National ID No.

272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

HEIN, Zaw, Burma; DOB 01 Jan 1974 to 31 Dec 1975; citizen Burma; Gender Male (individual) [BURMA-EO14014].

HEJAB TEXTILE CO (a.k.a. HEJAB TEXTILE COMPANY; a.k.a. SHAHR-E KORD HIJAB TEXTILE COMPANY (Arabic: شرکت نساجی حجاب شهرکرد)), No. 47, 2nd Floor, Nahid Street, Mirzaye Shirazi Street, Between Ostad Motahari and Shahid Beheshti, Tehran, Iran; Kilometer 7, Khuzestan Road, Shahr-e Kord, Iran; 8 Baharestan, First Square, Shahr-e Kord Industrial Town, Shahr-e Kord, Iran; Unit 3, Moalem Street, Goldasht Town, Najaf Abad Road, Kilometer 20, Isfahan, Iran; Website https://hejabtextile.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10340048630 (Iran); Registration Number 1407 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

HEJAB TEXTILE COMPANY (a.k.a. HEJAB TEXTILE CO; a.k.a. SHAHR-E KORD HIJAB TEXTILE COMPANY (Arabic: شرکت نساجی حجاب شهرکرد)), No. 47, 2nd Floor, Nahid Street, Mirzaye Shirazi Street, Between Ostad Motahari and Shahid Beheshti, Tehran, Iran; Kilometer 7, Khuzestan Road, Shahr-e Kord, Iran; 8 Baharestan, First Square, Shahr-e Kord Industrial Town, Shahr-e Kord, Iran; Unit 3, Moalem Street, Goldasht Town, Najaf Abad Road, Kilometer 20, Isfahan, Iran; Website https://hejabtextile.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10340048630 (Iran); Registration Number 1407 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

HEJABI, Mahdi, Iran; DOB 26 Aug 1990; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R46314475 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

HEJAZI, Ali Asghar (a.k.a. HEJAZI, Asghar; a.k.a. HEJAZI, Asghar Sadegh; a.k.a. HEJAZI, Seyyed Ali Asghar; a.k.a. MIR-HEJAZI RUHANI, Ali Asqar; a.k.a. MIRHEJAZI, Ali; a.k.a. MIR-HEJAZI, Ali Asqar; a.k.a. MIR-HEJAZI, Asghar), Iran; DOB 08 Sep 1946; POB Esfahan, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Security

Deputy of Supreme Leader; Member of the Leader's Planning Chamber; Head of Security of Supreme Leader's Office; Deputy Chief of Staff of the Supreme Leader's Office (individual) [IRAN-HR] [IRAN-EO13876].

HEJAZI, Asghar (a.k.a. HEJAZI, Ali Asghar; a.k.a. HEJAZI, Asghar Sadegh; a.k.a. HEJAZI, Seyyed Ali Asghar; a.k.a. MIR-HEJAZI RUHANI, Ali Asqar; a.k.a. MIRHEJAZI, Ali; a.k.a. MIR-HEJAZI, Ali Asqar; a.k.a. MIR-HEJAZI, Asghar), Iran; DOB 08 Sep 1946; POB Esfahan, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Security Deputy of Supreme Leader; Member of the Leader's Planning Chamber; Head of Security of Supreme Leader's Office; Deputy Chief of Staff of the Supreme Leader's Office (individual) [IRAN-HR] [IRAN-EO13876].

HEJAZI, Asghar Sadegh (a.k.a. HEJAZI, Ali Asghar; a.k.a. HEJAZI, Asghar; a.k.a. HEJAZI, Seyyed Ali Asghar; a.k.a. MIR-HEJAZI RUHANI, Ali Asqar; a.k.a. MIRHEJAZI, Ali; a.k.a. MIR-HEJAZI, Ali Asqar; a.k.a. MIR-HEJAZI, Asghar), Iran; DOB 08 Sep 1946; POB Esfahan, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Security Deputy of Supreme Leader; Member of the Leader's Planning Chamber; Head of Security of Supreme Leader's Office; Deputy Chief of Staff of the Supreme Leader's Office (individual) [IRAN-HR] [IRAN-EO13876].

HEJAZI, Mohammad; DOB circa 1959; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

HEJAZI, Mohammed (a.k.a. HIJAZI, Mohamad Hussein (Arabic: محمد حسین حجازی); a.k.a. HIJAZI, Muhammad Husayn), Villa No. 1,251/9A Street, Al Mardaf, Dubai, United Arab Emirates; Abo Ghaleb Hamdan Building, Saint Therese Street, Hadath, Beirut, Lebanon; DOB 10 Oct 1974; POB Monrovia, Liberia; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR2006465 (Lebanon) expires 22 Feb 2031; Identification Number 2712653 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

HEJAZI, Seyyed Ali Asghar (a.k.a. HEJAZI, Ali Asghar; a.k.a. HEJAZI, Asghar; a.k.a. HEJAZI, Asghar Sadegh; a.k.a. MIR-HEJAZI RUHANI, Ali Asqar; a.k.a. MIRHEJAZI, Ali; a.k.a. MIR-HEJAZI, Ali Asqar; a.k.a. MIR-HEJAZI, Asghar), Iran; DOB 08 Sep 1946; POB Esfahan, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Security Deputy of Supreme Leader; Member of the Leader's Planning Chamber; Head of Security of Supreme Leader's Office; Deputy Chief of Staff of the Supreme Leader's Office (individual) [IRAN-HR] [IRAN-EO13876].

HEJEIJ, Kassem (a.k.a. HAJIJ, Qasim; a.k.a. HUJAYJ, Qasim Muhammad); DOB 05 Mar 1953; POB Lagos, Nigeria; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0000432 (Lebanon) issued 31 Jan 2013 expires 31 Jan 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

HEKHMARTYAR, Gulbuddin (a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HEKMETYAR, Gulbudin; a.k.a. HIKMETYAR, Golboddin; a.k.a. KHEKMATIYAR, Gulbuddin), Iran; DOB 01 Aug 1949; POB Konduz Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HEKMAT IRANIAN BANK (a.k.a. BANK HEKMAT IRANIAN; a.k.a. BANK-E HEKMAT IRANIAN), Argentine Circle, beginning of Africa St., Corner of 37th St., (Dara Cul-de-sac), No.26, Tehran, Iran; No. 26, Afrigha Ave, Argentina Sq., Tehran, Iran; No. 26, Africa Hwy, Argantin Sq., Tehran, Iran; Website www.hibank24.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: BANK SEPAH).

HEKMAT IRANIAN EXCHANGE AND FOREIGN CURRENCY SERVICES COMPANY, First Floor, No. 6, (27th) Shahideh Rachel Korrie Street, Zagros Street, Tehran 1514935663, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 02 Jan 2016; National ID No. 14005505784 (Iran); Company Number 484910 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

HEKMATIAR, Gulbuddin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HEKMETYAR, Gulbudin; a.k.a. HIKMETYAR, Golboddin; a.k.a. KHEKMATIYAR, Gulbuddin), Iran; DOB 01 Aug 1949; POB Konduz Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HEKMATYAR, Gulabudin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HEKMETYAR, Gulbudin; a.k.a. HIKMETYAR, Golboddin; a.k.a. KHEKMATIYAR, Gulbuddin), Iran; DOB 01 Aug 1949; POB Konduz Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HEKMATYAR, Gulbuddin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMETYAR, Gulbudin; a.k.a. HIKMETYAR, Golboddin; a.k.a. KHEKMATIYAR, Gulbuddin), Iran; DOB 01 Aug 1949; POB Konduz Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HEKMETYAR, Gulbudin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HIKMETYAR, Golboddin; a.k.a. KHEKMATIYAR, Gulbuddin), Iran; DOB 01 Aug 1949; POB Konduz Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HELAL, Mounir Ben Dhaou Ben Brahim Ben (a.k.a. HELEL, Mounir; a.k.a. HILEL, Mounir; a.k.a. "AL-TUNISI, Abu Maryam"; a.k.a. "IBRAHIM, Munir Bin Du Bin"; a.k.a. "RAHMAH, Abu"); DOB 10 May 1983; POB Ben Guerdane, Tunisia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HELBAWI, Mahdy Akil (a.k.a. AKIL, Madhy; a.k.a. AKIL, Mahdi Amer; a.k.a. AQIL, Mahdi Amer; a.k.a. AQIL, Mahdi Amir), Colombia; DOB 30 Oct 1987; POB Maicao, Colombia; nationality Lebanon; citizen Colombia; Gender Male; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Cedula No. 1126038243 (Colombia); Passport LR0159572 (Lebanon) expires 14 Nov 2021; alt. Passport PE092928 (Colombia); National ID No. 000050624602 (Lebanon); Identification Number 3664441 (Lebanon) (individual) [SDGT] (Linked To: RADA, Amer Mohamed Akil).

HELEL, Mounir (a.k.a. HELAL, Mounir Ben Dhaou Ben Brahim Ben; a.k.a. HILEL, Mounir; a.k.a. "AL-TUNISI, Abu Maryam"; a.k.a. "IBRAHIM, Munir Bin Du Bin"; a.k.a. "RAHMAH, Abu"); DOB 10 May 1983; POB Ben Guerdane, Tunisia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HELFORD DIRECTORS LIMITED, Haven Court, 5 Library Ramp, Gibraltar, United Kingdom [IRAQ2].

HELICS GEMB (a.k.a. HELICS GEMB BVBA), Hoveniersstraat 30, B. 199, Antwerpen 2018, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 May 2012; Organization Type: Chemicals and allied products wholesale; Registration Number 0845843067 (Belgium); alt. Registration Number 1003665-78 (Belgium) [SDGT] (Linked To: AMANA DIAM DMCC).

HELICS GEMB BVBA (a.k.a. HELICS GEMB), Hoveniersstraat 30, B. 199, Antwerpen 2018, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 May 2012; Organization Type: Chemicals and allied products wholesale; Registration Number 0845843067 (Belgium); alt. Registration Number 1003665-78 (Belgium) [SDGT] (Linked To: AMANA DIAM DMCC).

HEMED, Ahmed (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED HAMED"; a.k.a. "AHMED THE EGYPTIAN"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HEMERA INFOTECH FZCO (Arabic: هميرا إنفوتيك ش.م.ح), Dubai, United Arab Emirates;

Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 11437558 (United Arab Emirates); License 4041 (United Arab Emirates) [SDGT] (Linked To: ASADOLLAH, Hossein).

HEMERA LINES INC., Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 07 Sep 2022; Identification Number IMO 6358714; Company Number 116070 (Marshall Islands) [IRAN-EO13902].

HEMMAT PETROCHEMICAL COMPANY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

HEMMATI, Alireza; DOB Dec 1955; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR].

HEMMATIAN, Ali (Arabic: علی همتیان) (a.k.a. AMINIAN, Ali; a.k.a. "Raouf"), Iran; DOB 1982; alt. DOB 1983; POB Damghan, Semnan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRGC] [IRAN-HR].

HEMSI, Hosein (Arabic: حسین حمصی) (a.k.a. HOMSI, Hosein), Tehran, Iran; DOB 27 Oct 1982; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0532987276 (Iran) (individual) [NPWMD] [IFSR] (Linked To: FANAVARAN SANAT ERTEBATAT COMPANY).

HENAN JIAYUAN ALUMINIUM INDUSTRY CO., LTD (Chinese Simplified: 河南嘉源铝业有限公司) (a.k.a. HENAN JIAYUAN ALUMINUM INDUSTRY COMPANY, LIMITED), Rm. 1402, Unit 2, Building 27, Shangwu Inner Ring Rd, Zhengdong New Area, Zhengzhou, Henan, China; No. 1402, Unit 2, Building 27, Shangwu Inner Ring Road (Zhengdong), Zhengzhou Area, Pilot Free Trade Zone, Henan, China; Website www.jyalco.com; Additional Sanctions Information - Subject to Secondary Sanctions; United Social Credit Code Certificate (USCCC) 914101006905518610 (China) [NPWMD]

[IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

HENAN JIAYUAN ALUMINUM INDUSTRY COMPANY, LIMITED (a.k.a. HENAN JIAYUAN ALUMINIUM INDUSTRY CO., LTD (Chinese Simplified: 河南嘉源铝业有限公司)), Rm. 1402, Unit 2, Building 27, Shangwu Inner Ring Rd, Zhengdong New Area, Zhengzhou, Henan, China; No. 1402, Unit 2, Building 27, Shangwu Inner Ring Road (Zhengdong), Zhengzhou Area, Pilot Free Trade Zone, Henan, China; Website www.jyalco.com; Additional Sanctions Information - Subject to Secondary Sanctions; United Social Credit Code Certificate (USCCC) 914101006905518610 (China) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

HENAO JARAMILLO, Mario Alberto, Colombia; DOB 04 Sep 1966; Cedula No. 98519014 (Colombia) (individual) [SDNT].

HENAO MONTOYA, Arcangel de Jesus, Hacienda Coque, Cartago, Colombia; Carrera 4 No. 16-04 apt. 303, Cartago, Colombia; c/o AGRICOLA GANADERA HENAO GONZALEZ Y CIA. S.C.S., Cartago, Colombia; c/o COMPANIA AGROINVERSORA HENAGRO LTDA., Cartago, Colombia; c/o DESARROLLOS COMERCIALES E INDUSTRIALES HENAO GONZALEZ Y CIA. S.C.S., Cartago, Colombia; c/o MAQUINARIA TECNICA Y TIERRAS LTDA., Cartago, Colombia; c/o ORGANIZACION EMPRESARIAL A DE J HENAO M E HIJOS Y CIA. S.C.S., Cartago, Colombia; c/o AGROPECUARIA MIRALINDO S.A., Cartago, Colombia; c/o ARIZONA S.A., Cartago, Colombia; Carrera 8N No. 17A-12, Cartago, Colombia; Carrera 42 No. 5B-81, Cali, Colombia; DOB 07 Oct 1954; POB Cartago, Valle, Colombia; Cedula No. 16215230 (Colombia); Passport 16215230 (Colombia); NIT # 16215230-1 (Colombia) (individual) [SDNT].

HENAO MUNOZ, Jhon Fredey (a.k.a. ESPANA CAICEDO, Euclides; a.k.a. "JHONIER"; a.k.a. "JONIER"; a.k.a. "JONNIER"), Cauca Department, Colombia; DOB 29 Dec 1973; POB Albania, Caqueta Department, Colombia; citizen Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 17674103 (Colombia) (individual) [SDGT] (Linked To: REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY).

HENG HE BAVET CITY (a.k.a. HENG HE BAVET PROPERTY CO LTD; a.k.a. HENG HE CASINO; a.k.a. HENG HENG CASINO), Bavet Kandal, Bavet, Chantrea, Svay Rieng 20202, Cambodia; Organization Established Date 05 Oct 2018; Organization Type: Construction of buildings; Tax ID No. L001-901805208 (Cambodia); Registration Number 00036482 (Cambodia) [CYBER4].

HENG HE BAVET PROPERTY CO LTD (a.k.a. HENG HE BAVET CITY; a.k.a. HENG HE CASINO; a.k.a. HENG HENG CASINO), Bavet Kandal, Bavet, Chantrea, Svay Rieng 20202, Cambodia; Organization Established Date 05 Oct 2018; Organization Type: Construction of buildings; Tax ID No. L001-901805208 (Cambodia); Registration Number 00036482 (Cambodia) [CYBER4].

HENG HE CAMBODIA COMMERCIAL BANK PLC (a.k.a. HENGHE CAMBODIA COMMERCIAL BANK PLC; a.k.a. HH BANK CAMBODIA PLC; a.k.a. "HENG HE BANK"), 64, Preah Norodom Blvd, Corner Street 178, Sangkat Chey Chumneah, Khan Daun Penh, Phnom Penh, Cambodia; Building No B1, Group 4, Phum Pir, Sangkat Pir, Krong Preah Sihanouk, Preah Sihanouk, Cambodia; Mao Tse Toung Boulevard, Phnom Penh, Cambodia; Website https://hhbank.com.kh/; Organization Established Date 25 Dec 2019; Organization Type: Financial and Insurance Activities; Target Type Financial Institution; Tax ID No. L001-902001011 (Cambodia); Registration Number 00050134 (Cambodia) [CYBER4] (Linked To: CHEN, Ai Len; Linked To: SU, Liangsheng).

HENG HE CASINO (a.k.a. HENG HE BAVET CITY; a.k.a. HENG HE BAVET PROPERTY CO LTD; a.k.a. HENG HENG CASINO), Bavet Kandal, Bavet, Chantrea, Svay Rieng 20202, Cambodia; Organization Established Date 05 Oct 2018; Organization Type: Construction of buildings; Tax ID No. L001-901805208 (Cambodia); Registration Number 00036482 (Cambodia) [CYBER4].

HENG HENG CASINO (a.k.a. HENG HE BAVET CITY; a.k.a. HENG HE BAVET PROPERTY CO LTD; a.k.a. HENG HE CASINO), Bavet Kandal, Bavet, Chantrea, Svay Rieng 20202, Cambodia; Organization Established Date 05 Oct 2018; Organization Type: Construction of buildings; Tax ID No. L001-901805208 (Cambodia); Registration Number 00036482 (Cambodia) [CYBER4].

HENG, Tong (a.k.a. DONG, Lecheng (Chinese Simplified: 董勒成)), Kouk Chambak, Chom

Chao, Por Sen Chey, Phnom Penh, Cambodia; DOB 15 Dec 1968; POB Yunnan Province, China; nationality Cambodia; Gender Male; Passport N1922404 (Cambodia) expires 30 Jun 2031; alt. Passport E56812460 (China) expires 30 Jun 2025 (individual) [CYBER4].

HENGAM PETROCHEMICAL CO (a.k.a. HENGAM PETROCHEMICAL COMPANY), 4th Floor, No 22, 16th Avenue, Khlid Islomboli Street, Tehran 1513643911, Iran; 5th Street, Ahmed Ghasir Street, Khaled Eslamboli Avenue 22, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 1924 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

HENGAM PETROCHEMICAL COMPANY (a.k.a. HENGAM PETROCHEMICAL CO), 4th Floor, No 22, 16th Avenue, Khlid Islomboli Street, Tehran 1513643911, Iran; 5th Street, Ahmed Ghasir Street, Khaled Eslamboli Avenue 22, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 1924 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

HENGHE CAMBODIA COMMERCIAL BANK PLC (a.k.a. HENG HE CAMBODIA COMMERCIAL BANK PLC; a.k.a. HH BANK CAMBODIA PLC; a.k.a. "HENG HE BANK"), 64, Preah Norodom Blvd, Corner Street 178, Sangkat Chey Chumneah, Khan Daun Penh, Phnom Penh, Cambodia; Building No B1, Group 4, Phum Pir, Sangkat Pir, Krong Preah Sihanouk, Preah Sihanouk, Cambodia; Mao Tse Toung Boulevard, Phnom Penh, Cambodia; Website https://hhbank.com.kh/; Organization Established Date 25 Dec 2019; Organization Type: Financial and Insurance Activities; Target Type Financial Institution; Tax ID No. L001-902001011 (Cambodia); Registration Number 00050134 (Cambodia) [CYBER4] (Linked To: CHEN, Ai Len; Linked To: SU, Liangsheng).

HENGSHUI HESHUO CELLULOSE CO., LTD. (Chinese Simplified: 衡水和硕纤维素有限公司), East Side of Taishan Street, Yanhuan Circular Economy Park, Jizhou District, Hengshui, Hebei Province, China (Chinese Simplified: 泰山大街东侧, 盐化工循环经济园, 冀州区, 衡水市, 河北省, China); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Jan 2016; Unified Social Credit Code (USCC) 91131181MA07MANB7G (China) [RUSSIA-EO14024].

HENGSHUI YUANCHEM TRADING LIMITED (Chinese Simplified: 衡水元展贸易有限公司), No. 29 Qiantong Road, Qiaotou Town, Wuyi County, Hengshui City, Hebei Province, China (Chinese Simplified: 千童路29号, 桥头镇, 武邑县, 衡水市, 河北省, China); No. 365, Xinhua Street, Hengshui, Hebei Province, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Mar 2015; Unified Social Credit Code (USCC) 91131122335912693D (China) [RUSSIA-EO14024].

HENGTAI SHIPPING LIMITED, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island, Marshall Islands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6498321 [UKRAINE-EO13662] [RUSSIA-EO14024].

HENGYANG PETROCHEMICAL LOGISTICS CO., LIMITED (a.k.a. HENGYANG PETROCHEMICAL LOGISTICS LIMITED (Chinese Simplified: 恒阳石化物流有限公司)), 25 North Bridge Road, Singapore 179104, Singapore; 1 Hengyang Road, Shizhuang Industrial Park, New Harbor City, Jiangyin, Jiangsu 214446, China; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 2002; Business Registration Number 200807923K (Singapore); Registration Number 529900DDOTJZ269JMY62 (Singapore) [IRAN-EO13846].

HENGYANG PETROCHEMICAL LOGISTICS LIMITED (Chinese Simplified: 恒阳石化物流有限公司) (a.k.a. HENGYANG PETROCHEMICAL LOGISTICS CO., LIMITED), 25 North Bridge Road, Singapore 179104, Singapore; 1 Hengyang Road, Shizhuang Industrial Park, New Harbor City, Jiangyin, Jiangsu 214446, China; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 2002; Business Registration Number 200807923K (Singapore); Registration Number 529900DDOTJZ269JMY62 (Singapore) [IRAN-EO13846].

HENGYE TECH LIMITED, Unit D19, 3/F Wong King Ind Bldg No 2, Tai Yau St, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization

Established Date 18 Jan 2021; Company Number 3011963 (Hong Kong); Business Registration Number 72577108 (Hong Kong) [RUSSIA-EO14024].

HENNESEA HOLDINGS LIMITED, 1229, Al Sila Tower, Adgm Square, Al Maryah Island, Abu Dhabi, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2022; License 000008900 (United Arab Emirates); Economic Register Number (CBLS) 11978506 (United Arab Emirates) [RUSSIA-EO14024].

HENNY, Watson (a.k.a. DAVID, Andoson; a.k.a. KIM, Hyon U; a.k.a. KIM, Hyon Woo; a.k.a. KIM, Hyon Wu; a.k.a. PAK, Ch'in-hyo'k; a.k.a. PAK, Jin Hek; a.k.a. PAK, Jin Hyok; a.k.a. PARK, Jin Hyok); DOB 15 Aug 1984; alt. DOB 18 Oct 1984; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290333974 (Korea, North) (individual) [DPRK3].

HENRIQUEZ SOLORZANO, Borromeo Enrique (a.k.a. RIVERA ARIAS, Racson Mario; a.k.a. "EL DIABLITO"; a.k.a. "EL DIABLITO DE HOLLYWOOD"; a.k.a. "EL DIABLO"; a.k.a. "EL DIABLO PEQUENO"); DOB 27 Jul 1978; POB San Salvador, El Salvador; nationality El Salvador (individual) [TCO].

HEQ, Abdul (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 653225197110100533 (China) (individual) [SDGT].

HERA GAM LIMITED, Unit 18, 9th Floor, Tower A, New Mandarin Plaza, 14, Science Museum Road, Tsim Sha Tsui East, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-

Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6473636 [UKRAINE-EO13662] [RUSSIA-EO14024].

HERARD, Dimitri, Port-au-Prince, Haiti; DOB 04 Feb 1986; POB Port-au-Prince, Haiti; nationality Haiti; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport PP4605101 (Haiti); National ID No. 0042755946 (Haiti) (individual) [SDGT].

HERASIM, Aleh Ramualdavych (Cyrillic: ГЕРАСІМ, Алег Рамуальдавіч) (a.k.a. GERASIM, Oleg Romualdovich (Cyrillic: ГЕРАСИМ, Олег Ромуальдович)), Belarus; DOB 03 Mar 1962; POB Belarus; nationality Belarus; Gender Male; Passport MP3293367 (Belarus) expires 02 Feb 2027; National ID No. 3030362A074PB6 (Belarus) (individual) [BELARUS-EO14038].

HERBARIUM OFFICE MANAGEMENT LLC (a.k.a. GERBARIUM OFFICE MANAGEMENT LLC), Ul. Novyi Arbat D. 29, Kabinet 324, Moscow 121099, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7704877746 (Russia); Registration Number 5147746250890 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

HERCULES INTERNATIONAL SHIP, Care of Sambouk Shipping FCZ, Office 101, 1st Floor, FITCO Building No 3, Inside Fujairah Port, PO Box 50044, Fujairah, United Arab Emirates; 80 Broad Street, Monrovia, Liberia; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

HERJEZ LTDA. (a.k.a. CARNES CUERNAVACA), Avenida Ciudad de Cali No. 15A-91 Local-06, Bogota, Colombia; NIT # 900083653-1 (Colombia) [SDNTK].

HERMEX INTERNATIONAL CORP., Trust Company Complex, Ajeltake Island, Majuro 96960, Marshall Islands; Website hermexint.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 05 Apr 2022; Registration Number 113880 (Marshall Islands) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

HERMIS SHIPPING SA, Care of Sambouk Shipping FCZ, Office 101, 1st Floor, FITCO

Building No 3, Inside Fujairah Port, PO Box 50044, Fujairah, United Arab Emirates; Panama City, Panama; Monrovia, Liberia; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

HERNANDEZ AMAYA, Ena Elizabeth (a.k.a. DE HANDAL, Ena), San Pedro Sula, Cortes, Honduras; DOB 03 Sep 1978; nationality Honduras; National ID No. 0501-1978-08173 (Honduras) (individual) [SDNTK] (Linked To: J & E S. DE R.L. DE C.V.).

HERNANDEZ ARBOLEDA, Sandra Milena, c/o COMERCIALIZADORA DE CAFE DEL OCCIDENTE CODECAFE LTDA., Pereira, Risaralda, Colombia; c/o INVERSIONES MACARNIC PATINO Y CIA S.C.S., Pereira, Risaralda, Colombia; Cedula No. 42109136 (Colombia) (individual) [SDNT].

HERNANDEZ BARRON, Raul, Calle Congregacion Troncones y Potrerillos, Colonia Congrecaciones Troncones y Potrerillos, Coatzintla, Veracruz C.P. 93160, Mexico; DOB 04 Feb 1977; alt. DOB 16 Oct 1980; POB Poza Rica de Hidalgo, Veracruz; alt. POB Coatzintla, Veracruz; alt. POB Veracruz, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. HEBR770204HVZRRL02 (Mexico); Electoral Registry No. HRBRRL77020430H900 (Mexico); Cartilla de Servicio Militar Nacional C-528381 (Mexico); C.U.I.P. HEBR770204H30271467 (Mexico) (individual) [SDNTK].

HERNANDEZ DALA, Ivan (a.k.a. HERNANDEZ DALA, Ivan Rafael; a.k.a. HERNANDEZ, Ivan), Caracas, Capital District, Venezuela; DOB 18 May 1966; citizen Venezuela; Gender Male; Cedula No. 6961149 (Venezuela) (individual) [VENEZUELA].

HERNANDEZ DALA, Ivan Rafael (a.k.a. HERNANDEZ DALA, Ivan; a.k.a. HERNANDEZ, Ivan), Caracas, Capital District, Venezuela; DOB 18 May 1966; citizen Venezuela; Gender Male; Cedula No. 6961149 (Venezuela) (individual) [VENEZUELA].

HERNANDEZ DE HERNANDEZ, Socorro Elizabeth (Latin: HERNÁNDEZ DE HERNÁNDEZ, Socorro Elizabeth), Caracas, Capital District, Venezuela; DOB 11 Mar 1952; citizen Venezuela; Gender Female; Cedula No. 3977396 (Venezuela); Rector of Venezuela's National Electoral Council; Member of Venezuela's National Electoral Board (individual) [VENEZUELA].

HERNANDEZ GARCIA, Javier (a.k.a. LOPEZ LANDEROS, Geronimo; a.k.a. ZAMBADA GARCIA, Ismael; a.k.a. ZAMBADA GARCIA,

Ismael Mario; a.k.a. ZAMBADA, El Mayo; a.k.a. "El Mayo"; a.k.a. "Mayo"), Mexico; DOB 1948; POB Sinaloa, Mexico; nationality Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

HERNANDEZ GRISALES, Jesus David (a.k.a. "CHAPARRO"); DOB 25 Nov 1975; POB Medellin, Colombia; citizen Colombia; Cedula No. 98658284 (Colombia) (individual) [SDNTK].

HERNANDEZ JIMENEZ, Cesar (a.k.a. MONTERO PINZON, Julio Cesar; a.k.a. VELAZQUEZ BALTAZAR, Luis Armando; a.k.a. "Comandante Tarjetas"; a.k.a. "El Chess"; a.k.a. "El Chino"; a.k.a. "El Tarjetas"; a.k.a. "HERNANDEZ JIMENEZ, Francisco"; a.k.a. "Moreno"), Puerto Vallarta, Jalisco, Mexico; Estero del Cayman, Real Ixtapa, #137-A, Puerto Vallarta, Jalisco, Mexico; DOB 02 Jun 1982; alt. DOB 08 Nov 1982; alt. DOB 25 Aug 1986; alt. DOB 28 Jun 1977; POB Puerto Vallarta, Jalisco, Mexico; alt. POB Amatan, Chiapas, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; R.F.C. VEBL860825 (Mexico); C.U.R.P. MOPJ820602HJCNNL05 (Mexico); alt. C.U.R.P. MOPJ821108HJCNNL04 (Mexico); alt. C.U.R.P. VEBL860825HJCLLS05 (Mexico); alt. C.U.R.P. HEJC770628HCSRMS06 (Mexico); Electoral Registry No. GRMRLR82012730M700 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

HERNANDEZ LAREZ, Domingo Antonio, Capital District, Venezuela; DOB 09 Mar 1965; POB Venezuela; nationality Venezuela; Gender Male; Cedula No. 6133376 (Venezuela); Passport B0700456 (Venezuela) (individual) [VENEZUELA].

HERNANDEZ LAREZ, Johan Alexander, Venezuela; DOB 30 Jan 1971; POB Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Cedula No. 9888327 (Venezuela) (individual) [VENEZUELA].

HERNANDEZ LECHUGA, Luciano (a.k.a. HERNANDEZ LECHUGA, Lucio; a.k.a. HERNANDEZ LECHUGA, Raul Lucio), Mexico; Calle Astros 7, Col. Praxedis Balboa, Matamoros, Tamaulipas, Mexico; DOB 08 Feb 1976; POB Hidalgo, Mexico; alt. POB Piedras Negras, Coahuila, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

HERNANDEZ LECHUGA, Lucio (a.k.a. HERNANDEZ LECHUGA, Luciano; a.k.a.

HERNANDEZ LECHUGA, Raul Lucio), Mexico; Calle Astros 7, Col. Praxedis Balboa, Matamoros, Tamaulipas, Mexico; DOB 08 Feb 1976; POB Hidalgo, Mexico; alt. POB Piedras Negras, Coahuila, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

HERNANDEZ LECHUGA, Raul Lucio (a.k.a. HERNANDEZ LECHUGA, Luciano; a.k.a. HERNANDEZ LECHUGA, Lucio), Mexico; Calle Astros 7, Col. Praxedis Balboa, Matamoros, Tamaulipas, Mexico; DOB 08 Feb 1976; POB Hidalgo, Mexico; alt. POB Piedras Negras, Coahuila, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

HERNANDEZ MAZON, Sergio Isaias (a.k.a. "Chavelo"), Calle Estribo 3, Colonia El Rodeo, Nogales, Sonora, Mexico; DOB 23 Aug 1980; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. HEMS800823HSRRZR07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

HERNANDEZ MEDRANO, Ricardo (a.k.a. "Comando Exclusivo"; a.k.a. "El Makabelico"; a.k.a. "HERNANDEZ, Ricardo"), Nuevo Laredo, Tamaulipas, Mexico; DOB 13 Apr 1991; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. HEMR910413HTSRDC06 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DEL NORESTE).

HERNANDEZ MEJIA, Jorge Alberto, c/o ASES DE COMPETENCIA Y CIA. S.A., Medellin, Colombia; c/o FRANZUL S.A., Medellin, Colombia; c/o HIERROS DE JERUSALEM S.A., Medellin, Colombia; c/o TAXI AEREO ANTIOQUENO S.A., Medellin, Colombia; DOB 15 Jun 1962; Cedula No. 71530775 (Colombia) (individual) [SDNT].

HERNANDEZ MORENO, Arturo, c/o DEL NORTES CARNES FINAS SAN IGNACIO S.A. DE C.V., Chihuahua, Mexico; c/o INMOBILIARIA EL ESCORPION DEL NORTE S.A. DE C.V., Chihuahua, Mexico; c/o INMOBILIARIA EL PRESON S.A. DE C.V., Chihuahua, Mexico; Calle 16 No. 4016, Chihuahua, Chihuahua, Mexico; DOB 27 Nov 1962; POB Hidalgo Del Parral, Chihuaua, Mexico; nationality Mexico; citizen Mexico; R.F.C. HEMA-621127 (Mexico) (individual) [SDNTK].

HERNANDEZ PEREZ, Jumilca Sandivel, Mexico; DOB 23 Jan 1999; POB Chiapas, Mexico; nationality Mexico; Gender Female; C.U.R.P.

HEPJ990123MCSRRM02 (Mexico) (individual) [TCO] (Linked To: LOPEZ HUMAN SMUGGLING ORGANIZATION).

HERNANDEZ PULIDO, Maria Elda, Calle Juan de Dios Peza 1015, Colonia Mexico 22150, Tijuana, Baja California, Mexico; c/o Farmacia Vida Suprema, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o Distribuidora Imperial De Baja California, S.A. de C.V., Tijuana, Baja California, Mexico; DOB 18 Aug 1971; POB Baja California Norte, Mexico (individual) [SDNTK].

HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION (a.k.a. "HERNANDEZ SALAS TCO"), Mexicali, Mexico; Tijuana, Mexico; Organization Established Date 2018; Target Type Criminal Organization [TCO].

HERNANDEZ SALAS, Ofelia (a.k.a. "DONA LUPE"; a.k.a. "GUADALUPE"; a.k.a. "LA GUERA"; a.k.a. "LA LUPE"), Avenida Barreda #2318, Res. Quintas del Rey, Mexicali, Baja California, Mexico; Avenida Dinamarca S/N, Col. Orizaba, Mexicali, Baja California, Mexico; DOB 27 Jun 1962; POB Guerrero, Mexico; nationality Mexico; Gender Female; C.U.R.P. HESO620627MGRRLF03 (Mexico) (individual) [TCO] (Linked To: HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION).

HERNANDEZ SALAZAR, Maria A (a.k.a. SALAZAR DE GUZMAN, Alejandrina; a.k.a. SALAZAR HERNANDEZ DE GUZMAN, Maria; a.k.a. SALAZAR HERNANDEZ, Alejandra; a.k.a. SALAZAR HERNANDEZ, Alejandrina; a.k.a. SALAZAR HERNANDEZ, Alejandrina Maria; a.k.a. SALAZAR HERNANDEZ, Maria A; a.k.a. SALAZAR HERNANDEZ, Maria Alejandrina), Avenida Central 1191-35, Condominio Malaga, Colonia Parques de la Castellana, Zapopan, Jalisco, Mexico; Local 9 Zona E, Plaza Universidad, Zapopan, Jalisco, Mexico; Avenida Nayar #222, Colonia Ciudad del Sol, Zapopan, Jalisco, Mexico; Avenida Pablo Neruda #4341-E9, Colonia Villa Universitaria, Guadalajara, Jalisco, Mexico; Calle Mexico Independiente #733, Colonia Conjunto Patria, Zapopan, Jalisco, Mexico; Calle GK Chesterton #184, Zapopan, Jalisco, Mexico; Hidalgo 20 Naucalpan, Mexico City, DF, Mexico; Calle Quebec 606-B, Colonia Prados Providencia, Guadalajara, Mexico; Avenida Manuel Acuna 2929 C-6, Fraccionamiento Terranova, Guadalajara, Mexico; Calle Herrera y Cairo 2800, Local C6, Fraccionamiento Terranova, Guadalajara,

Jalisco, Mexico; Calle Rinconada del Abedul #126, Colonia Rinconada Guadalupe, Zapopan, Jalisco, Mexico; Conchas Chinas Condominiums, Puerto Vallarta, Jalisco, Mexico; DOB 17 Jul 1958; POB Culiacan, Sinaloa, Mexico; Passport 140302262 (Mexico); R.F.C. SAHA580717AP6 (Mexico); C.U.R.P. SAHA580717MSLLRL07 (Mexico) (individual) [SDNTK].

HERNANDEZ SANCHEZ, Federico, Av. Yugoslavia No. 130 Colonia Palmares de Orizaba, Mexicali, Baja California, Mexico; DOB 20 Apr 1980; POB Guanajuato, Mexico; nationality Mexico; Gender Male; C.U.R.P. HESF800420HGTRND02 (Mexico) (individual) [TCO] (Linked To: HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION).

HERNANDEZ SOMERO, Urbano, C. Mision de Mulege 2993, Colonia Zona Urbana Rio Tijuana, Tijuana, Baja California, Mexico; Avenida Manuela Herrera 590, Colonia Rio Reforma CP 22000, Tijuana, Baja California, Mexico; Avenida Manuela Herrera 592, Colonia Rio Reforma CP 22000, Tijuana, Baja California, Mexico; Avenida Del Bosque 4640, Colonia Jardines de Chapultepec, Tijuana, Baja California, Mexico; C. Hermosillo, Colonia Rancho El Grande CP 22000, Tijuana, Baja California, Mexico; Pda. Mercurio, Colonia Puerta De Hierro CP 22330, Tijuana, Baja California, Mexico; Pda. Del Cobre 0, Colonia Puerto De Hierro CP 22000, Tijuana, Baja California, Mexico; c/o COMPLEJO TURISTICO OASIS, S.A. DE C.V., Rosarito, Baja California, Mexico; c/o PLAYA MAR S.A. DE C.V., Tijuana, Baja California, Mexico; c/o INMOBILIARIA LA PROVINCIA S.A. DE C.V., Tijuana, Baja California, Mexico; c/o INMOBILIARIA ESTADO 29 S.A. DE C.V., Tijuana, Baja California, Mexico; c/o INMOBILIARIA TIJUANA COSTA S.A. DE C.V., Tijuana, Baja California, Mexico; DOB 25 May 1943; POB Mexicali, Baja California, Mexico; C.U.R.P. HESU430525HBCRMR13 (Mexico); alt. C.U.R.P. HESU430525HBCRMR05 (Mexico); alt. C.U.R.P. HEXU430525HBCRXR07 (Mexico); Immigration No. A38839964 (United States) (individual) [SDNTK].

HERNANDEZ VANEGAS, Karen Stefany, Guatemala; DOB 12 Mar 2002; POB Livingston Izabal, Guatemala; nationality Guatemala; citizen Guatemala; Gender Female (individual) [TCO] (Linked To: LOPEZ HUMAN SMUGGLING ORGANIZATION).

HERNANDEZ ZEA, Luis Antonio (a.k.a. "EL CAPITAN"), Carrera 53 No. 35-35, Bogota, Colombia; c/o INTERCONTINENTAL DE AVIACION S.A., Bogota, Colombia; c/o AEROVIAS ATLANTICO LTDA. AEROATLANTICO LTDA., Barranquilla, Colombia; c/o ASOCIACION TURISTICA INTERNACIONAL S.C.S., Bogota, Colombia; c/o CIA CONSTRUCTORA Y COMERCIALIZADORA DEL SUR LTDA., Bogota, Colombia; c/o GREEN ISLAND S.A., Bogota, Colombia; c/o INTERCONTINENTAL DE FINANCIACION AEREA  S.A., Bogota, Colombia; c/o INVERSIONES Y COMERCIALIZADORA INCOM LTDA., Cali, Colombia; c/o LARGO LEASING LTD., George Town, Cayman Islands; c/o TRANS PACIFIC WORLD LEASING LIMITED, Port Vila, Vanuatu; DOB 07 May 1960; POB Bogota, Colombia; Cedula No. 79252957 (Colombia); Passport P006320 (Colombia); alt. Passport PE022166 (Colombia) (individual) [SDNT].

HERNANDEZ, Adan (a.k.a. AMESCUA, Chuey; a.k.a. AMEZCUA CONTRERAS, Jesus; a.k.a. AMEZCUA CONTRERAS, Jose de Jesus; a.k.a. AMEZCUA, Chuy; a.k.a. AMEZCUA, Jose de Jesus); DOB 31 Jul 1964; alt. DOB 31 Jul 1964; alt. DOB 31 Jul 1965; POB Mexico (individual) [SDNTK].

HERNANDEZ, Ivan (a.k.a. HERNANDEZ DALA, Ivan; a.k.a. HERNANDEZ DALA, Ivan Rafael), Caracas, Capital District, Venezuela; DOB 18 May 1966; citizen Venezuela; Gender Male; Cedula No. 6961149 (Venezuela) (individual) [VENEZUELA].

HERO COMPANION LIMITED, Rm 502 New City Ctr, Kwun Tong, Hong Kong, China; Organization Established Date 25 Jul 2024; Business Registration Number 76855663 (Hong Kong) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

HERO OF RUSSIA AKHMAT KADYROV REGIONAL PUBLIC FUND (a.k.a. AKHMAD KADYROV FUND; a.k.a. AKHMAT KADYROV FOUNDATION (Cyrillic: ФОНД АХМАТА КАДЫРОВА); a.k.a. REGIONAL PUBLIC FUND NAMED AFTER HERO OF RUSSIA AKHMAT HAJI KADYROV (Cyrillic: РЕГИОНАЛЬНЫЙ ОБЩЕСТВЕННЫЙ ФОНД ИМ ГЕРОЯ РОССИИ АХМАТА ХАДЖИ КАДЫРОВА); a.k.a. REGIONALNY OBSHCHESTVENNY FOND IMENI GEROYA ROSSII AKHMATA KADYROVA), d. 5 korp., ofis, ul. A.Kadyrova Gudermes, Gudermesski Raion, Chechnya

366200, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2005504830 (Russia); Registration Number 1042000001713 (Russia) [GLOMAG] [RUSSIA-EO14024].

HEROIC TREASURE LIMITED, Virgin Islands, British; Organization Type: Activities of holding companies [GLOMAG] (Linked To: ZHUO, Xinrong).

HERRERA DUARTE, Jose Yunior, Venezuela; DOB 11 Nov 1972; POB Acarigua, Venezuela; nationality Venezuela; Gender Male; Cedula No. V11078860 (Venezuela) (individual) [VENEZUELA].

HERRERA MEDINA, Brandon Ernesto, Mexico; DOB 01 Aug 1993; POB Veracruz, Mexico; nationality Mexico; Gender Male; C.U.R.P. HEMB930801HVZRDR05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

HERRERA SANCHEZ, Carlo Omar (a.k.a. HERRERA SANCHEZ, Karlo Omar), Rosarito, Baja California, Mexico; DOB 19 Apr 1982; POB Baja California, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. HESK820419HBCRNR08 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

HERRERA SANCHEZ, Karlo Omar (a.k.a. HERRERA SANCHEZ, Carlo Omar), Rosarito, Baja California, Mexico; DOB 19 Apr 1982; POB Baja California, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. HESK820419HBCRNR08 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

HERRERA SANCHEZ, Mario Alberto, Rosarito, Baja California, Mexico; DOB 02 Apr 1981; POB Baja California, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. HESM810402HBCRNR04 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

HERRI BATASUNA (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. EPANASTATIKI PIRINES; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. POPULAR REVOLUTIONARY

STRUGGLE; a.k.a. XAKI; a.k.a. "ETA"; a.k.a. "K.A.S."); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HERSTEL TRADING LIMITED, Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 16 Sep 2020; Registration Number 106223 (Marshall Islands) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

HERYADI, Rudi, Bogor, West Java, Indonesia; DOB 21 Sep 1973; POB Cirebon, West Java, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B 2315612 (Indonesia) issued 15 Nov 2015 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HERZAL ALLAH, Mohamed (a.k.a. HARZALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed Falah; a.k.a. HERZALLAH, Mohammed Falah; a.k.a. HERZALLAH, Mohammed Falah Kamel; a.k.a. HERZALLAH, Muhammad; a.k.a. HIRZALLAH, Muhammad Fallah; a.k.a. HIRZALLAH, Muhammad Fallah Kamil (Arabic: محمد فلاح كمال حرزالله)), Gaza; DOB 09 Sep 1989; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 802413112 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HERZALLA EXCHANGE CO. (a.k.a. HARAZULLAH EXCHANGE AND GENERAL TRADING COMPANY LLC; a.k.a. HERZALLAH COMPANY FOR MONEY; a.k.a. HERZALLAH COMPANY FOR MONEY - EXCHANGE; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY (Arabic: شركة حرزاله للصرافة والتجارة العامة); a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY LLC (Arabic: شركة حرزاله للصرافة والتجارة العامة المساهمة الخصوصية المحدودة); a.k.a. HERZALLAH EXCHANGE COMPANY; a.k.a. HERZALLAH EXCHANGE COMPANY AND TRANSFER), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Apr 2006; Organization

Type: Other monetary intermediation; Identification Number 563141746 (Palestinian) [SDGT] (Linked To: HAMAS).

HERZALLAH COMPANY FOR MONEY (a.k.a. HARAZULLAH EXCHANGE AND GENERAL TRADING COMPANY LLC; a.k.a. HERZALLA EXCHANGE CO.; a.k.a. HERZALLAH COMPANY FOR MONEY - EXCHANGE; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY (Arabic: شركة حرزالله للصرافة والتجارة العامة); a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY LLC (Arabic: شركة حرزالله للصرافة والتجارة العامة المساهمة الخصوصية المحدودة)); a.k.a. HERZALLAH EXCHANGE COMPANY; a.k.a. HERZALLAH EXCHANGE COMPANY AND TRANSFER), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Apr 2006; Organization Type: Other monetary intermediation; Identification Number 563141746 (Palestinian) [SDGT] (Linked To: HAMAS).

HERZALLAH COMPANY FOR MONEY - EXCHANGE (a.k.a. HARAZULLAH EXCHANGE AND GENERAL TRADING COMPANY LLC; a.k.a. HERZALLA EXCHANGE CO.; a.k.a. HERZALLAH COMPANY FOR MONEY; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY (Arabic: شركة حرزالله للصرافة والتجارة العامة); a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY LLC (Arabic: شركة حرزالله للصرافة والتجارة العامة المساهمة الخصوصية المحدودة)); a.k.a. HERZALLAH EXCHANGE COMPANY; a.k.a. HERZALLAH EXCHANGE COMPANY AND TRANSFER), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Apr 2006; Organization Type: Other monetary intermediation; Identification Number 563141746 (Palestinian) [SDGT] (Linked To: HAMAS).

HERZALLAH EXCHANGE AND GENERAL TRADING (a.k.a. HARAZULLAH EXCHANGE AND GENERAL TRADING COMPANY LLC; a.k.a. HERZALLA EXCHANGE CO.; a.k.a. HERZALLAH COMPANY FOR MONEY; a.k.a. HERZALLAH COMPANY FOR MONEY - EXCHANGE; a.k.a. HERZALLAH EXCHANGE

AND GENERAL TRADING COMPANY (Arabic: شركة حرزالله للصرافة والتجارة العامة); a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY LLC (Arabic: شركة حرزالله للصرافة والتجارة العامة المساهمة الخصوصية المحدودة); a.k.a. HERZALLAH EXCHANGE COMPANY; a.k.a. HERZALLAH EXCHANGE COMPANY AND TRANSFER), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Apr 2006; Organization Type: Other monetary intermediation; Identification Number 563141746 (Palestinian) [SDGT] (Linked To: HAMAS).

HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY (Arabic: شركة حرزالله للصرافة والتجارة العامة) (a.k.a. HARAZULLAH EXCHANGE AND GENERAL TRADING COMPANY LLC; a.k.a. HERZALLA EXCHANGE CO.; a.k.a. HERZALLAH COMPANY FOR MONEY; a.k.a. HERZALLAH COMPANY FOR MONEY - EXCHANGE; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY LLC (Arabic: شركة حرزالله للصرافة والتجارة العامة المساهمة الخصوصية المحدودة); a.k.a. HERZALLAH EXCHANGE COMPANY; a.k.a. HERZALLAH EXCHANGE COMPANY AND TRANSFER), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Apr 2006; Organization Type: Other monetary intermediation; Identification Number 563141746 (Palestinian) [SDGT] (Linked To: HAMAS).

HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY LLC (Arabic: شركة حرزالله للصرافة والتجارة العامة المساهمة الخصوصية المحدودة) (a.k.a. HARAZULLAH EXCHANGE AND GENERAL TRADING COMPANY LLC; a.k.a. HERZALLA EXCHANGE CO.; a.k.a. HERZALLAH COMPANY FOR MONEY; a.k.a. HERZALLAH COMPANY FOR MONEY - EXCHANGE; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY (Arabic: شركة حرزالله للصرافة والتجارة العامة); a.k.a. HERZALLAH EXCHANGE COMPANY; a.k.a. HERZALLAH EXCHANGE COMPANY AND TRANSFER), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization

Established Date 24 Apr 2006; Organization Type: Other monetary intermediation; Identification Number 563141746 (Palestinian) [SDGT] (Linked To: HAMAS).

HERZALLAH EXCHANGE COMPANY (a.k.a. HARAZULLAH EXCHANGE AND GENERAL TRADING COMPANY LLC; a.k.a. HERZALLA EXCHANGE CO.; a.k.a. HERZALLAH COMPANY FOR MONEY; a.k.a. HERZALLAH COMPANY FOR MONEY - EXCHANGE; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY (Arabic: شركة حرزالله للصرافة والتجارة العامة); a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY LLC (Arabic: شركة حرزالله للصرافة والتجارة العامة المساهمة الخصوصية المحدودة); a.k.a. HERZALLAH EXCHANGE COMPANY AND TRANSFER), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Apr 2006; Organization Type: Other monetary intermediation; Identification Number 563141746 (Palestinian) [SDGT] (Linked To: HAMAS).

HERZALLAH EXCHANGE COMPANY AND TRANSFER (a.k.a. HARAZULLAH EXCHANGE AND GENERAL TRADING COMPANY LLC; a.k.a. HERZALLA EXCHANGE CO.; a.k.a. HERZALLAH COMPANY FOR MONEY; a.k.a. HERZALLAH COMPANY FOR MONEY - EXCHANGE; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY (Arabic: شركة حرزالله للصرافة والتجارة العامة); a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY LLC (Arabic: شركة حرزالله للصرافة والتجارة العامة المساهمة الخصوصية المحدودة); a.k.a. HERZALLAH EXCHANGE COMPANY), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Apr 2006; Organization Type: Other monetary intermediation; Identification Number 563141746 (Palestinian) [SDGT] (Linked To: HAMAS).

HERZALLAH, Mohamed (a.k.a. HARZALLAH, Mohamed; a.k.a. HERZAL ALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed Falah; a.k.a. HERZALLAH, Mohammed Falah; a.k.a. HERZALLAH, Mohammed Falah Kamel; a.k.a. HERZALLAH, Muhammad; a.k.a. HIRZALLAH, Muhammad Fallah; a.k.a. HIRZALLAH,

Muhammad Fallah Kamil (Arabic: محمد فلاح كمال حرزالله)), Gaza; DOB 09 Sep 1989; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 802413112 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HERZALLAH, Mohamed Falah (a.k.a. HARZALLAH, Mohamed; a.k.a. HERZAL ALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed; a.k.a. HERZALLAH, Mohammed Falah; a.k.a. HERZALLAH, Mohammed Falah Kamel; a.k.a. HERZALLAH, Muhammad; a.k.a. HIRZALLAH, Muhammad Fallah; a.k.a. HIRZALLAH, Muhammad Fallah Kamil (Arabic: محمد فلاح كمال حرزالله)), Gaza; DOB 09 Sep 1989; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 802413112 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HERZALLAH, Mohammed Falah (a.k.a. HARZALLAH, Mohamed; a.k.a. HERZAL ALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed Falah; a.k.a. HERZALLAH, Mohammed Falah Kamel; a.k.a. HERZALLAH, Muhammad; a.k.a. HIRZALLAH, Muhammad Fallah; a.k.a. HIRZALLAH, Muhammad Fallah Kamil (Arabic: محمد فلاح كمال حرزالله)), Gaza; DOB 09 Sep 1989; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 802413112 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HERZALLAH, Mohammed Falah Kamel (a.k.a. HARZALLAH, Mohamed; a.k.a. HERZAL ALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed Falah; a.k.a. HERZALLAH, Mohammed Falah; a.k.a. HERZALLAH, Muhammad; a.k.a. HIRZALLAH, Muhammad Fallah; a.k.a. HIRZALLAH, Muhammad Fallah Kamil (Arabic: محمد فلاح كمال حرزالله)), Gaza; DOB 09 Sep 1989; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 802413112 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HERZALLAH, Muhammad (a.k.a. HARZALLAH, Mohamed; a.k.a. HERZAL ALLAH, Mohamed;

a.k.a. HERZALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed Falah; a.k.a. HERZALLAH, Mohammed Falah; a.k.a. HERZALLAH, Mohammed Falah Kamel; a.k.a. HIRZALLAH, Muhammad Fallah; a.k.a. HIRZALLAH, Muhammad Fallah Kamil (Arabic: محمد فلاح كمال حرزالله)), Gaza; DOB 09 Sep 1989; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 802413112 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HERZALLAH, Naem Kamel (a.k.a. HIRZ-ALLAH, Na'im Kamil Raghib; a.k.a. HIRZALLAH, Na'im Kamil Raghib (Arabic: نعام كمال راغب حرزالله)), Gaza; DOB 16 Sep 1966; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 911395275 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HERZALLAH, Salah Kamel (a.k.a. HARAZALLAH, Salah Kamil; a.k.a. HERZALLAH, Salah Kamel Raghib; a.k.a. HIRZALLAH, Salah Kamil; a.k.a. HIRZALLAH, Salah Kamil Raghib (Arabic: صالح كمال راغب حرزالله)), Gaza; DOB 08 Jan 1960; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 911395259 (Israel); Electoral Registry No. 8105411 (Israel) (individual) [SDGT] (Linked To: HAMAS).

HERZALLAH, Salah Kamel Raghib (a.k.a. HARAZALLAH, Salah Kamil; a.k.a. HERZALLAH, Salah Kamel; a.k.a. HIRZALLAH, Salah Kamil; a.k.a. HIRZALLAH, Salah Kamil Raghib (Arabic: صالح كمال راغب حرزالله)), Gaza; DOB 08 Jan 1960; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 911395259 (Israel); Electoral Registry No. 8105411 (Israel) (individual) [SDGT] (Linked To: HAMAS).

HERZALLAH, Sameer Abdel Mueen Abed (a.k.a. HERZALLAH, Sameer Abdulmooti; a.k.a. HERZALLAH, Samer Abdulmoaien Abed; a.k.a. HERZALLAH, Samir; a.k.a. HIRZALLAH, Abd al-Mu'in 'Abd Ismail (Arabic: عبدالمعين عبد إسماعيل حرزالله); a.k.a. HIRZALLAH, Samir 'Abd Al-Mu'in 'Abd (Arabic: سمير عبدالمين عبد حرزالله)), Gaza; DOB 11 Jan 1978; POB Gaza Strip;

nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 900511445 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HERZALLAH, Sameer Abdulmooti (a.k.a. HERZALLAH, Sameer Abdel Mueen Abed; a.k.a. HERZALLAH, Samer Abdulmoaien Abed; a.k.a. HERZALLAH, Samir; a.k.a. HIRZALLAH, Abd al-Mu'in 'Abd Ismail (Arabic: عبدالمعين عبد إسماعيل حرزالله); a.k.a. HIRZALLAH, Samir 'Abd Al-Mu'in 'Abd (Arabic: سمير عبدالمين عبد حرزالله)), Gaza; DOB 11 Jan 1978; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 900511445 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HERZALLAH, Samer Abdulmoaien Abed (a.k.a. HERZALLAH, Sameer Abdel Mueen Abed; a.k.a. HERZALLAH, Sameer Abdulmooti; a.k.a. HERZALLAH, Samir; a.k.a. HIRZALLAH, Abd al-Mu'in 'Abd Ismail (Arabic: عبدالمعين عبد إسماعيل حرزالله); a.k.a. HIRZALLAH, Samir 'Abd Al-Mu'in 'Abd (Arabic: سمير عبدالمين عبد حرزالله)), Gaza; DOB 11 Jan 1978; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 900511445 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HERZALLAH, Samir (a.k.a. HERZALLAH, Sameer Abdel Mueen Abed; a.k.a. HERZALLAH, Sameer Abdulmooti; a.k.a. HERZALLAH, Samer Abdulmoaien Abed; a.k.a. HIRZALLAH, Abd al-Mu'in 'Abd Ismail (Arabic: عبدالمعين عبد إسماعيل حرزالله); a.k.a. HIRZALLAH, Samir 'Abd Al-Mu'in 'Abd (Arabic: سمير عبدالمين عبد حرزالله)), Gaza; DOB 11 Jan 1978; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 900511445 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HESA TRADE CENTER (a.k.a. IRAN AIRCRAFT MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: شرکت صنایع هواپیماسازی ایران); a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIES; a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE IRAN; a.k.a. "FTP CO."; a.k.a. "HAVA PEYMA SAZI-E IRAN"; a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HAVAPEYMA SAZI IRAN";

a.k.a. "HESA"; a.k.a. "HEVAPEIMASAZI"; a.k.a. "HTC"; a.k.a. "IAMCO"; a.k.a. "IAMI"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Isfahan - Tehran Freeway, Shahin Shahr, Isfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Isfahan, Iran; Shahih Shar Industrial Zone, Isfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

HESCO ENG & CON. CO (a.k.a. HESCO ENGINEERING & CONSTRUCTION CO; a.k.a. HESCO ENGINEERING AND CONSTRUCTION COMPANY LIMITED), Al Horani Building, Abdullah Ben Omer Street, Damascus, Syria; Suite 351, 10 Great Russell Street, London WC1B 3BQ, United Kingdom; Company Number 05527424 (United Kingdom) [PAARSSR-EO13894] (Linked To: HASWANI, George).

HESCO ENGINEERING & CONSTRUCTION CO (a.k.a. HESCO ENG & CON. CO; a.k.a. HESCO ENGINEERING AND CONSTRUCTION COMPANY LIMITED), Al Horani Building, Abdullah Ben Omer Street, Damascus, Syria; Suite 351, 10 Great Russell Street, London WC1B 3BQ, United Kingdom; Company Number 05527424 (United Kingdom) [PAARSSR-EO13894] (Linked To: HASWANI, George).

HESCO ENGINEERING AND CONSTRUCTION COMPANY LIMITED (a.k.a. HESCO ENG & CON. CO; a.k.a. HESCO ENGINEERING & CONSTRUCTION CO), Al Horani Building, Abdullah Ben Omer Street, Damascus, Syria; Suite 351, 10 Great Russell Street, London WC1B 3BQ, United Kingdom; Company Number 05527424 (United Kingdom) [PAARSSR-EO13894] (Linked To: HASWANI, George).

HESONG TRADING CORPORATION, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

HESSWANI, Georges (a.k.a. AL HASAWANI, George; a.k.a. HASAWANI, George; a.k.a. HASWANI, George; a.k.a. HASWANI, Jurj; a.k.a. HESWANI, George; a.k.a. HEWANI, George; a.k.a. KHESOUANI, George; a.k.a. KHESOUANI, Georges), Syria; DOB 26 Sep 1946; POB Yabrud, Syria; nationality Syria; alt. nationality Russia; Gender Male (individual) [PAARSSR-EO13894].

HESWANI, George (a.k.a. AL HASAWANI, George; a.k.a. HASAWANI, George; a.k.a. HASWANI, George; a.k.a. HASWANI, Jurj; a.k.a. HESSWANI, Georges; a.k.a. HEWANI, George; a.k.a. KHESOUANI, George; a.k.a. KHESOUANI, Georges), Syria; DOB 26 Sep 1946; POB Yabrud, Syria; nationality Syria; alt. nationality Russia; Gender Male (individual) [PAARSSR-EO13894].

HEWANI, George (a.k.a. AL HASAWANI, George; a.k.a. HASAWANI, George; a.k.a. HASWANI, George; a.k.a. HASWANI, Jurj; a.k.a. HESSWANI, Georges; a.k.a. HESWANI, George; a.k.a. KHESOUANI, George; a.k.a. KHESOUANI, Georges), Syria; DOB 26 Sep 1946; POB Yabrud, Syria; nationality Syria; alt. nationality Russia; Gender Male (individual) [PAARSSR-EO13894].

HEYDARI, Kioumars (a.k.a. HEIDARI, Kiyumars (Arabic: کیومرث حیدری)), Iran; DOB 1964; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR].

HEYDARI, Mohammad Sadegh (a.k.a. HEIDARI, Mohammad Ali Mohammad Sadegh; a.k.a. MOUSA, Mohammad Sadegh Heidari (Arabic: محمد صادق حیدری موسی); a.k.a. MUSA, Mohammad Sadegh Heidari), Iran; DOB 23 Sep 1977; alt. DOB 24 Sep 1977; POB Shahrebabak, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3149555493 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: PARAVAR PARS COMPANY).

HH BANK CAMBODIA PLC (a.k.a. HENG HE CAMBODIA COMMERCIAL BANK PLC; a.k.a. HENGHE CAMBODIA COMMERCIAL BANK PLC; a.k.a. "HENG HE BANK"), 64, Preah Norodom Blvd, Corner Street 178, Sangkat Chey Chumneah, Khan Daun Penh, Phnom Penh, Cambodia; Building No B1, Group 4, Phum Pir, Sangkat Pir, Krong Preah Sihanouk, Preah Sihanouk, Cambodia; Mao Tse Toung Boulevard, Phnom Penh, Cambodia; Website https://hhbank.com.kh/; Organization

Established Date 25 Dec 2019; Organization Type: Financial and Insurance Activities; Target Type Financial Institution; Tax ID No. L001-902001011 (Cambodia); Registration Number 00050134 (Cambodia) [CYBER4] (Linked To: CHEN, Ai Len; Linked To: SU, Liangsheng).

HIAST (a.k.a. HIGHER INSTITUTE OF APPLIED SCIENCE AND TECHNOLOGY; a.k.a. INSTITUT DES SCIENCES APPLIQUEES ET DE TECHNOLOGIE; a.k.a. INSTITUT SUPERIEUR DES SCIENCES APPLIQUEES ET DE TECHNOLOGIE; a.k.a. ISAT; a.k.a. ISSAT), P.O. Box 31983, Barzeh, Damascus, Syria [NPWMD].

HIDALGO PANDARES, Juan Carlos (a.k.a. "PANDARES, Juan Carlos"), Venezuela; DOB 20 Oct 1961; POB Maracay, Aragua, Venezuela; nationality Venezuela; Gender Male; Cedula No. V7220202 (Venezuela) (individual) [VENEZUELA].

HIDRI TRUST, Felket Street, Asmara, Eritrea; Organization Established Date 1994 [ETHIOPIA-EO14046].

HIDROBO AMOROSO, Elvis Eduardo, Aragua, Venezuela; DOB 04 Aug 1963; POB Caracas, Venezuela; citizen Venezuela; Gender Male; Cedula No. 7659695 (Venezuela); Second Vice President of Venezuela's Constituent Assembly (individual) [VENEZUELA].

HIDROPARK HIDROLIK PNOMATIK SAN VE TIC LTD STI, Mescit Mah. Ataturk Cad. Birmes San Sit B 10 Blok No. 12, Istanbul 34956, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Dec 2009; Business Registration Number 718052 (Turkey) [RUSSIA-EO14024].

HIENG, Hing Bun (a.k.a. BUNHEANG, Hing; a.k.a. BUNHEUNG, Hing; a.k.a. HEANG, Him Bun; a.k.a. HEANG, Hing Bun), Takhmao, Cambodia; 22, St. 118, Phnom Penh, Cambodia; DOB 01 Jan 1957; POB Cambodia; Gender Male (individual) [GLOMAG].

HIERROS DE JERUSALEM S.A., Calle 16 No. 41-210 of. 801, Medellin, Colombia; NIT # 830513468-6 (Colombia) [SDNT].

HIGH LAND PARK, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Mar 2014; Organization Type: Travel agency activities; Folio Mercantil No. N-2020017828 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: RIVERA MIRAMONTES, Carlos Humberto).

HIGH NUTRITION S.R.L. (a.k.a. HIGH NUTRITION SOCIEDAD DE RESPONSABILIDAD LIMITADA), Adolfo Carranza 2216, Buenos Aires, Argentina [SDNTK].

HIGH NUTRITION SOCIEDAD DE RESPONSABILIDAD LIMITADA (a.k.a. HIGH NUTRITION S.R.L.), Adolfo Carranza 2216, Buenos Aires, Argentina [SDNTK].

HIGH PRECISION WEAPONS JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION (a.k.a. AKTSIONERNOE OBSHCHESTVO NPO VYSOKOTOCHNYE KOMPLEKSY; a.k.a. JSC NPO HIGH PRECISION SYSTEMS (Cyrillic: АО НПО ВЫСОКОТОЧНЫЕ КОМПЛЕКСЫ); a.k.a. JSC NPO VYSOKOTOCHNYE KOMPLEKSY; a.k.a. NPO VYSOKOTOCHNYE KOMPLEKSY, AO), 21 str. 1, bulvar Gogolevski, Moscow 119019, Russia; 7 Kievskaya Str., Moscow 121059, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Feb 2009; Registration ID 1097746068012 (Russia); Tax ID No. 7704721192 (Russia); Government Gazette Number 60390527 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

HIGH SEAS PETROLEUM LLC (Arabic: هاي سيز ذ م م للنفط) (a.k.a. PETROFLEET ENERGY TRADING LLC (Arabic: بيتروفليت انيرجي للتجارة ذ م م)), Office 102, Al Zarooni Tower, Al-Mamzar, Dubai, United Arab Emirates; Office No 306, Al Mamzer, Deira, Dubai, United Arab Emirates; Organization Established Date 15 Jul 2021; Identification Number IMO 6243669; License 968668 (United Arab Emirates); Economic Register Number (CBLS) 11708243 (United Arab Emirates) [IRAN-EO13902] (Linked To: SAKR, Hatem Elsaid Farid Ibrahim).

HIGH VIEW SKYLINE INVESTMENT CO. LTD., Phnom Penh, Cambodia; Tax ID No. K003-901639643 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

HIGHER INSTITUTE OF APPLIED SCIENCE AND TECHNOLOGY (a.k.a. HIAST; a.k.a. INSTITUT DES SCIENCES APPLIQUEES ET DE TECHNOLOGIE; a.k.a. INSTITUT SUPERIEUR DES SCIENCES APPLIQUEES ET DE TECHNOLOGIE; a.k.a. ISAT; a.k.a. ISSAT), P.O. Box 31983, Barzeh, Damascus, Syria [NPWMD].

HIGHLAND GOLD MINING LIMITED, 26 New Street, Helier JE2 3RA, Jersey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 May 2002; Organization Type: Mining of other non-ferrous metal ores [RUSSIA-EO14024].

HIGHLINE LOGISTIC HK LIMITED, Unit No A222 3F Hang Fung Industrial Building Phase 2 No 2G Hok Yuen Street Hunghom, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 20 Jan 2021; C.R. No. 3013326 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

HIGHRISE PROPERTY INVESTMENTS PTY LTD, F2W1 The Paragon II, 16 Kings Road, Bedfordview, Johannesburg, Gauteng 2007, South Africa; P.O. Box 752368, Johannesburg, Gauteng 2047, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 14 Feb 2012; V.A.T. Number 4120261039 (South Africa); Tax ID No. 9410146170 (South Africa); Commercial Registry Number 2012/027862/07 (South Africa) [SDGT] (Linked To: OXFOCENTO PROPRIETARY LTD; Linked To: DIOTRIX PROPRIETARY LTD).

HIGHTRADE FINANCE LTD, Suite 305, Griffith Corporate Centre, Kingstown, Saint Vincent and the Grenadines; Registration Number 23905 IBC 2017 (Saint Vincent and the Grenadines) [CYBER2].

HIGUERA GUERRERO, Gilberto (a.k.a. "EL GILILLO"); DOB 14 Apr 1968; nationality Mexico (individual) [SDNTK].

HIGUERA GUERRERO, Ismael; DOB 17 Mar 1961; POB Mexico (individual) [SDNTK].

HIGUITA PERALTA, Jose Efer, Colombia; DOB 14 May 1959; POB Corinto, Cauca, Colombia; Gender Male; Cedula No. 6460433 (Colombia) (individual) [SDNTK].

HIJAZ PROVINCE OF THE ISLAMIC STATE (a.k.a. ISIL-SAUDI ARABIA; a.k.a. ISIS IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-SAUDI ARABIA; a.k.a. MUJAHIDEEN OF THE ARABIAN PENINSULA; a.k.a. WILAYAT AL-HARAMAYN; a.k.a. "AL-HIJAZ PROVINCE"; a.k.a. "NAJD PROVINCE"; a.k.a. "PROVINCE OF THE TWO HOLY PLACES"; a.k.a. "WILAYAT NAJD"), Hijaz and Asir Provinces, Najd region, Saudi Arabia; Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HIJAZI, Kassem (a.k.a. HIJAZI, Kassem Mohamad; a.k.a. HIJAZI, Kassem Mohamed), Ciudad del Este, Paraguay; DOB 15 Sep 1972; POB Foz de Iguacu, Brazil; Gender Male; RUC # 3481074-9 (Paraguay); National ID No. 4212398/SP (Brazil) (individual) [GLOMAG].

HIJAZI, Kassem Mohamad (a.k.a. HIJAZI, Kassem; a.k.a. HIJAZI, Kassem Mohamed), Ciudad del Este, Paraguay; DOB 15 Sep 1972; POB Foz de Iguacu, Brazil; Gender Male; RUC # 3481074-9 (Paraguay); National ID No. 4212398/SP (Brazil) (individual) [GLOMAG].

HIJAZI, Kassem Mohamed (a.k.a. HIJAZI, Kassem; a.k.a. HIJAZI, Kassem Mohamad), Ciudad del Este, Paraguay; DOB 15 Sep 1972; POB Foz de Iguacu, Brazil; Gender Male; RUC # 3481074-9 (Paraguay); National ID No. 4212398/SP (Brazil) (individual) [GLOMAG].

HIJAZI, Khalil Ahmad, Ciudad del Este, Paraguay; DOB 22 Aug 1961; POB Paraguay; nationality Paraguay; Gender Male; RUC # 1112312-5 (Paraguay) (individual) [GLOMAG] (Linked To: HIJAZI, Kassem Mohamad).

HIJAZI, Mohamad Hussein (Arabic: محمد حسين حجازي) (a.k.a. HEJAZI, Mohammed; a.k.a. HIJAZI, Muhammad Husayn), Villa No. 1,251/9A Street, Al Mardaf, Dubai, United Arab Emirates; Abo Ghaleb Hamdan Building, Saint Therese Street, Hadath, Beirut, Lebanon; DOB 10 Oct 1974; POB Monrovia, Liberia; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR2006465 (Lebanon) expires 22 Feb 2031; Identification Number 2712653 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

HIJAZI, Muhammad Husayn (a.k.a. HEJAZI, Mohammed; a.k.a. HIJAZI, Mohamad Hussein (Arabic: محمد حسين حجازي)), Villa No. 1,251/9A Street, Al Mardaf, Dubai, United Arab Emirates; Abo Ghaleb Hamdan Building, Saint Therese Street, Hadath, Beirut, Lebanon; DOB 10 Oct 1974; POB Monrovia, Liberia; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Passport LR2006465 (Lebanon) expires 22 Feb 2031; Identification Number 2712653 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

HIJAZI, Raed M (a.k.a. AL-AMRIKI, Abu-Ahmad; a.k.a. AL-HAWEN, Abu-Ahmad; a.k.a. AL-MAGHRIBI, Rashid; a.k.a. AL-SHAHID, Abu-Ahmad; a.k.a. HIJAZI, Riad), Jordan; DOB 1968; POB California, USA; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; SSN 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 (United States) (individual) [SDGT].

HIJAZI, Riad (a.k.a. AL-AMRIKI, Abu-Ahmad; a.k.a. AL-HAWEN, Abu-Ahmad; a.k.a. AL-MAGHRIBI, Rashid; a.k.a. AL-SHAHID, Abu-Ahmad; a.k.a. HIJAZI, Raed M), Jordan; DOB 1968; POB California, USA; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; SSN 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 (United States) (individual) [SDGT].

HIJAZI, Samir (a.k.a. AL-SURI, Faruq; a.k.a. HIJAZI, Samir 'Abd al-Latif; a.k.a. "AL-'ASKARI, Abu Hammam"; a.k.a. "AL-SHAMI, Abu Hammam"; a.k.a. "AL-SHAMI, Abu Humam"), Syria; DOB 1977; POB Damascus, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HURRAS AL-DIN).

HIJAZI, Samir 'Abd al-Latif (a.k.a. AL-SURI, Faruq; a.k.a. HIJAZI, Samir; a.k.a. "AL-'ASKARI, Abu Hammam"; a.k.a. "AL-SHAMI, Abu Hammam"; a.k.a. "AL-SHAMI, Abu Humam"), Syria; DOB 1977; POB Damascus, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HURRAS AL-DIN).

HIKMETYAR, Golboddin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HEKMETYAR, Gulbudin; a.k.a. KHEKMATIYAR, Gulbuddin), Iran; DOB 01 Aug 1949; POB Konduz Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HILAL AHMAR SOCIETY INDONESIA (a.k.a. HILAL AHMAR SOCIETY OF INDONESIA;

a.k.a. INDONESIA HILAL AHMAR SOCIETY FOR SYRIA; a.k.a. YAYASAN HILAL AHMAR), Lampung, Indonesia; Jakarta, Indonesia; Semarang, Indonesia; Yogyakarta, Indonesia; Solo, Indonesia; Surabaya, Indonesia; Makassar, Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HILAL AHMAR SOCIETY OF INDONESIA (a.k.a. HILAL AHMAR SOCIETY INDONESIA; a.k.a. INDONESIA HILAL AHMAR SOCIETY FOR SYRIA; a.k.a. YAYASAN HILAL AHMAR), Lampung, Indonesia; Jakarta, Indonesia; Semarang, Indonesia; Yogyakarta, Indonesia; Solo, Indonesia; Surabaya, Indonesia; Makassar, Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HILAL TRAVEL AGENCY (a.k.a. HILAL TRAVEL C.A.; a.k.a. KANAAN TRAVEL), Avenida Baralt, Esquina Maderero, Edificio Santa Isabel, Caracas, Venezuela; Avenida Baralt, Esquina Maderero, Edificio Santa Isabel, PB, Local 1, Caracas, Venezuela; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Document # 80074366 (Venezuela) [SDGT].

HILAL TRAVEL C.A. (a.k.a. HILAL TRAVEL AGENCY; a.k.a. KANAAN TRAVEL), Avenida Baralt, Esquina Maderero, Edificio Santa Isabel, Caracas, Venezuela; Avenida Baralt, Esquina Maderero, Edificio Santa Isabel, PB, Local 1, Caracas, Venezuela; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Document # 80074366 (Venezuela) [SDGT].

HILAL, Moussa (a.k.a. HILAL, Musa); DOB circa 1960; POB Kutum, North Darfur, Sudan; Sheikh and Paramount Chief of the Jalul Tribe in North Darfur (individual) [DARFUR].

HILAL, Musa (a.k.a. HILAL, Moussa); DOB circa 1960; POB Kutum, North Darfur, Sudan; Sheikh and Paramount Chief of the Jalul Tribe in North Darfur (individual) [DARFUR].

HILEL, Mounir (a.k.a. HELAL, Mounir Ben Dhaou Ben Brahim Ben; a.k.a. HELEL, Mounir; a.k.a. "AL-TUNISI, Abu Maryam"; a.k.a. "IBRAHIM, Munir Bin Du Bin"; a.k.a. "RAHMAH, Abu"); DOB 10 May 1983; POB Ben Guerdane,

Tunisia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HI-LOW PROPERTIES LTD., The Business Centre, Valley Road, Msida MSD 9060, Malta; D-U-N-S Number 52-024-2258; Trade License No. C 38094 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

HILOWLE, Abdiaziz Yusuf Dini (a.k.a. DIINI, Abdiaziz Yuusuf; a.k.a. DINI, Abdulaziz Youssouf; a.k.a. DINI, Abdulaziz Yusuf; a.k.a. DINI, Cabdicasiis Yusuf; a.k.a. DINI, Faysal Yusuf; a.k.a. DINI, Feisal Yussuf; a.k.a. DINI, Feyself Yusuf; a.k.a. HILOWLE, Cabdicasis Yusuf Diini), Madena Estate, House #4, South C, Nairobi, Kenya; Djibouti; DOB 01 Jan 1971; POB Galkayo, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 19RF00115 (Djibouti) expires 13 Nov 2022 (individual) [SDGT] (Linked To: AL-SHABAAB).

HILOWLE, Cabdicasis Yusuf Diini (a.k.a. DIINI, Abdiaziz Yuusuf; a.k.a. DINI, Abdulaziz Youssouf; a.k.a. DINI, Abdulaziz Yusuf; a.k.a. DINI, Cabdicasiis Yusuf; a.k.a. DINI, Faysal Yusuf; a.k.a. DINI, Feisal Yussuf; a.k.a. DINI, Feyself Yusuf; a.k.a. HILOWLE, Abdiaziz Yusuf Dini), Madena Estate, House #4, South C, Nairobi, Kenya; Djibouti; DOB 01 Jan 1971; POB Galkayo, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 19RF00115 (Djibouti) expires 13 Nov 2022 (individual) [SDGT] (Linked To: AL-SHABAAB).

HILOWLE, Omar Sheikh Ali, Uganda; DOB 1981; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P00238720 (Somalia); Tax ID No. 1010041103 (Somalia) (individual) [SDGT] (Linked To: AL-SHABAAB).

HIMICH, Abdelilah (a.k.a. "Abou Souleiman al-Firansi"; a.k.a. "Abu Souleymane"; a.k.a. "Abu Souleymane al-Faransi"; a.k.a. "Abu Souleymane the Frenchman"; a.k.a. "Abu Sulaiyman"; a.k.a. "Abu Sulaiyman al Fransi"; a.k.a. "Abu Sulayman al-Faransi"; a.k.a. "Abu Suleiman"; a.k.a. "Abu Suleyman"; a.k.a. "Abu Suleyman al-Faransi"; a.k.a. "Abu Suleyman al-Firansi"), al Bab, Syria; DOB Nov 1989; POB Morocco; nationality France; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 (individual) [SDGT].

HIN YUN TRADING COMPANY LIMITED (Chinese Traditional: 欣蘊貿易有限公司), Unit 04-05, 16th Floor, The Broadway, No. 54-62 Lockhart Road, Wanchai, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 10 Jun 2022; Company Number 3161638 (Hong Kong); Business Registration Number 74133562 (Hong Kong) [NPWMD] [IFSR] (Linked To: MA, Jie).

HIR, Musa Abdul (a.k.a. HIR, Zulkifli Abdul; a.k.a. HIR, Zulkifli Bin Abdul; a.k.a. ZULKIFLI, Abdul Hir bin; a.k.a. ZULKIFLI, Bin Abdul Hir; a.k.a. "MUSA ABDUL"); DOB 05 Jan 1966; alt. DOB 05 Oct 1966; POB Malaysia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HIR, Zulkifli Abdul (a.k.a. HIR, Musa Abdul; a.k.a. HIR, Zulkifli Bin Abdul; a.k.a. ZULKIFLI, Abdul Hir bin; a.k.a. ZULKIFLI, Bin Abdul Hir; a.k.a. "MUSA ABDUL"); DOB 05 Jan 1966; alt. DOB 05 Oct 1966; POB Malaysia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HIR, Zulkifli Bin Abdul (a.k.a. HIR, Musa Abdul; a.k.a. HIR, Zulkifli Abdul; a.k.a. ZULKIFLI, Abdul Hir bin; a.k.a. ZULKIFLI, Bin Abdul Hir; a.k.a. "MUSA ABDUL"); DOB 05 Jan 1966; alt. DOB 05 Oct 1966; POB Malaysia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HIREY, Mohamed Abdullah, Jilib, Middle Juba, Somalia; Kamsuuma, Lower Juba, Somalia; DOB 1954; alt. DOB 1955; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

HIRMAND SHIPPING COMPANY LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HIRZALLAH, Abd al-Mu'in 'Abd Ismail (Arabic: عبدالمعين عبد إسماعيل حرزالله) (a.k.a. HERZALLAH, Sameer Abdel Mueen Abed; a.k.a. HERZALLAH, Sameer Abdulmooti; a.k.a. HERZALLAH, Samer Abdulmoaien Abed; a.k.a.

HERZALLAH, Samir; a.k.a. HIRZALLAH, Samir 'Abd Al-Mu'in 'Abd (Arabic: سمير عبدالمين عبد حرزالله)), Gaza; DOB 11 Jan 1978; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 900511445 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HIRZALLAH, Muhammad Fallah (a.k.a. HARAZALLAH, Mohamed; a.k.a. HERZAL ALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed Falah; a.k.a. HERZALLAH, Mohammed Falah; a.k.a. HERZALLAH, Mohammed Falah Kamel; a.k.a. HERZALLAH, Muhammad; a.k.a. HIRZALLAH, Muhammad Fallah Kamil (Arabic: محمد فلاح كمال حرزالله)), Gaza; DOB 09 Sep 1989; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 802413112 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HIRZALLAH, Muhammad Fallah Kamil (Arabic: محمد فلاح كمال حرزالله) (a.k.a. HARZALLAH, Mohamed; a.k.a. HERZAL ALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed Falah; a.k.a. HERZALLAH, Mohammed Falah; a.k.a. HERZALLAH, Mohammed Falah Kamel; a.k.a. HERZALLAH, Muhammad; a.k.a. HIRZALLAH, Muhammad Fallah), Gaza; DOB 09 Sep 1989; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 802413112 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HIRZ-ALLAH, Na'im Kamil Raghib (a.k.a. HERZALLAH, Naem Kamel; a.k.a. HIRZALLAH, Na'im Kamil Raghib (Arabic: نعام كمال راغب حرزالله)), Gaza; DOB 16 Sep 1966; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 911395275 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HIRZALLAH, Na'im Kamil Raghib (Arabic: نعام كمال راغب حرزالله) (a.k.a. HERZALLAH, Naem Kamel; a.k.a. HIRZ-ALLAH, Na'im Kamil Raghib), Gaza; DOB 16 Sep 1966; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National

ID No. 911395275 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HIRZALLAH, Salah Kamil (a.k.a. HARAZALLAH, Salah Kamil; a.k.a. HERZALLAH, Salah Kamel; a.k.a. HERZALLAH, Salah Kamel Raghib; a.k.a. HIRZALLAH, Salah Kamil Raghib (Arabic: صالح كمال راغب حرزالله)), Gaza; DOB 08 Jan 1960; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 911395259 (Israel); Electoral Registry No. 8105411 (Israel) (individual) [SDGT] (Linked To: HAMAS).

HIRZALLAH, Salah Kamil Raghib (Arabic: صالح كمال راغب حرزالله) (a.k.a. HARAZALLAH, Salah Kamil; a.k.a. HERZALLAH, Salah Kamel; a.k.a. HERZALLAH, Salah Kamel Raghib; a.k.a. HIRZALLAH, Salah Kamil), Gaza; DOB 08 Jan 1960; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 911395259 (Israel); Electoral Registry No. 8105411 (Israel) (individual) [SDGT] (Linked To: HAMAS).

HIRZALLAH, Samir 'Abd Al-Mu'in 'Abd (Arabic: سمير عبدالمين عبد حرزالله) (a.k.a. HERZALLAH, Sameer Abdel Mueen Abed; a.k.a. HERZALLAH, Sameer Abdulmooti; a.k.a. HERZALLAH, Samer Abdulmoaien Abed; a.k.a. HERZALLAH, Samir; a.k.a. HIRZALLAH, Abd al-Mu'in 'Abd Ismail (Arabic: عبدالمعين عبد إسماعيل حرزالله)), Gaza; DOB 11 Jan 1978; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 900511445 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HIRZALLAH, Thafir (a.k.a. HIRZALLAH, Thair Abd Al Raziq Shukri (Arabic: ثائر عبدالرازق شكري حرزالله); a.k.a. HIRZALLAH, Thair Abd Al Razzaq Shukri; a.k.a. HIRZALLAH, Tha'ir 'Abd-al-Raziq Shukri), Gaza; DOB 14 Oct 1973; POB Israel; nationality Israel; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2001052383 (Israel); Electoral Registry No. 7602061 (Israel); Identification Number 700154933 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HIRZALLAH, Thair Abd Al Raziq Shukri (Arabic: ثائر عبدالرازق شكري حرزالله) (a.k.a. HIRZALLAH,

Thafir; a.k.a. HIRZALLAH, Thair Abd Al Razzaq Shukri; a.k.a. HIRZALLAH, Tha'ir 'Abd-al-Raziq Shukri), Gaza; DOB 14 Oct 1973; POB Israel; nationality Israel; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2001052383 (Israel); Electoral Registry No. 7602061 (Israel); Identification Number 700154933 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HIRZALLAH, Thair Abd Al Razzaq Shukri (a.k.a. HIRZALLAH, Thafir; a.k.a. HIRZALLAH, Thair Abd Al Raziq Shukri (Arabic: ثائر عبدالرازق شكري حرزالله); a.k.a. HIRZALLAH, Tha'ir 'Abd-al-Raziq Shukri), Gaza; DOB 14 Oct 1973; POB Israel; nationality Israel; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2001052383 (Israel); Electoral Registry No. 7602061 (Israel); Identification Number 700154933 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HIRZALLAH, Tha'ir 'Abd-al-Raziq Shukri (a.k.a. HIRZALLAH, Thafir; a.k.a. HIRZALLAH, Thair Abd Al Raziq Shukri (Arabic: ثائر عبدالرازق شكري حرزالله); a.k.a. HIRZALLAH, Thair Abd Al Razzaq Shukri), Gaza; DOB 14 Oct 1973; POB Israel; nationality Israel; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2001052383 (Israel); Electoral Registry No. 7602061 (Israel); Identification Number 700154933 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HISB'UL SHABAAB (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 [FTO] [SDGT] [SOMALIA].

HISHAM, Badran al-Turki (a.k.a. AL MAZIDIH, Badran Turki Hishan; a.k.a. AL MEZIDI, Badran Turki Hishan; a.k.a. AL-MAZIDIH, Badran Turki al-Hishan; a.k.a. AL-SHA'BANI, Badran Turki Hisham al-Mazidih; a.k.a. AL-TURKI, Badran; a.k.a. HISHAN, Badran Turki; a.k.a. SHALASH, Badran Turki Hayshan; a.k.a. "ABU 'ABDALLAH"; a.k.a. "ABU ABDULLAH"; a.k.a. "ABU 'AZZAM"; a.k.a. "ABU GHADIYAH"), Zabadani, Syria; DOB 1977; alt. DOB 1978; alt. DOB 1979; POB Mosul, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HISHAN, Badran Turki (a.k.a. AL MAZIDIH, Badran Turki Hishan; a.k.a. AL MEZIDI, Badran Turki Hishan; a.k.a. AL-MAZIDIH, Badran Turki al-Hishan; a.k.a. AL-SHA'BANI, Badran Turki Hisham al-Mazidih; a.k.a. AL-TURKI, Badran; a.k.a. HISHAM, Badran al-Turki; a.k.a. SHALASH, Badran Turki Hayshan; a.k.a. "ABU 'ABDALLAH"; a.k.a. "ABU ABDULLAH"; a.k.a. "ABU 'AZZAM"; a.k.a. "ABU GHADIYAH"), Zabadani, Syria; DOB 1977; alt. DOB 1978; alt. DOB 1979; POB Mosul, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HISHAN, Ghazy Fezzaa (a.k.a. AL MAZIDIH, Ghazy Fezza Hishan; a.k.a. "ABU FAYSAL"; a.k.a. "ABU GHAZZY"; a.k.a. "SHLASH, Mushari Abd Aziz Saleh"), Zabadani, Syria; DOB 1974; alt. DOB 1975; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HISHMAH, Ahmad (a.k.a. AL KHATIB, Ahmad; a.k.a. AL-KHATIB, Ahmad; a.k.a. EL KHATIB, Ahmad), Sao Paulo, Brazil; DOB 03 Jul 1969; alt. DOB 03 Jul 1967; POB Majdal Anjar, Lebanon; nationality Egypt; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0554365 (Lebanon) issued 20 Mar 2011 expires 29 Mar 2016; Tax ID No. 234.904.268-51 (Brazil) (individual) [SDGT].

HISSEIN, Abdoulaye (a.k.a. ABDOULAYE, Hissene; a.k.a. ABDOULAYE, Issene; a.k.a. HISSENE, Abdoulaye; a.k.a. ISSENE, Abdoulaye (Latin: ISSÈNE, Abdoulaye); a.k.a. RAMADANE, Abdoulaye Issene (Latin: RAMADANE, Abdoulaye Issène)), KM5,

Bangui, Central African Republic; Ndele, Bamingui-Bangoran Prefecture, Central African Republic; DOB 1967; POB Ndele, Bamingui-Bangoran Prefecture, Central African Republic; nationality Central African Republic; Gender Male; Passport D00000897 (Central African Republic) issued 05 Apr 2013 expires 04 Apr 2018 (individual) [CAR].

HISSENE, Abdoulaye (a.k.a. ABDOULAYE, Hissene; a.k.a. ABDOULAYE, Issene; a.k.a. HISSEIN, Abdoulaye; a.k.a. ISSENE, Abdoulaye (Latin: ISSÈNE, Abdoulaye); a.k.a. RAMADANE, Abdoulaye Issene (Latin: RAMADANE, Abdoulaye Issène)), KM5, Bangui, Central African Republic; Ndele, Bamingui-Bangoran Prefecture, Central African Republic; DOB 1967; POB Ndele, Bamingui-Bangoran Prefecture, Central African Republic; nationality Central African Republic; Gender Male; Passport D00000897 (Central African Republic) issued 05 Apr 2013 expires 04 Apr 2018 (individual) [CAR].

HITAL EXCHANGE (a.k.a. SARAFI SEYYED MOHAMMAD REZA ALE ALI AND PARTNERS; a.k.a. SEYYED MOHAMMAD REZA ALE ALI CURRENCY EXCHANGE), No. 2486, Tolu Shopping Center, Vali Asr Street, Tavanir Street, Tehran 1434853851, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 14005467510 (Iran); Registration Number 483939 (Iran) [SDGT] [IFSR] (Linked To: ALE ALI, Mohammad Reza).

HITTA, Asidan Ag (a.k.a. HITTA, Sidan Ag; a.k.a. HITTA, Siddan Ag; a.k.a. "ABU 'ABD AL-HAKIM"; a.k.a. "Abu Abdelhakim al-Kidali"; a.k.a. "Abu Qarwani"; a.k.a. "AL-QAYRAWANI, Abd-al-Hakim"), Kidal Region, Mali; DOB 1976; POB Kidal, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

HITTA, Sidan Ag (a.k.a. HITTA, Asidan Ag; a.k.a. HITTA, Siddan Ag; a.k.a. "ABU 'ABD AL-HAKIM"; a.k.a. "Abu Abdelhakim al-Kidali"; a.k.a. "Abu Qarwani"; a.k.a. "AL-QAYRAWANI, Abd-al-Hakim"), Kidal Region, Mali; DOB 1976; POB Kidal, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT]

[HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

HITTA, Siddan Ag (a.k.a. HITTA, Asidan Ag; a.k.a. HITTA, Sidan Ag; a.k.a. "ABU 'ABD AL-HAKIM"; a.k.a. "Abu Abdelhakim al-Kidali"; a.k.a. "Abu Qarwani"; a.k.a. "AL-QAYRAWANI, Abd-al-Hakim"), Kidal Region, Mali; DOB 1976; POB Kidal, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

HIVE AUTONOMOUS DRONE SOLUTIONS (a.k.a. LIMITED LIABILITY COMPANY DRONOPORT), Ul. Rabochaya, D. 93, Str. 2, Moscow 109544, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7734436065 (Russia); Registration Number 1207700279808 (Russia) [RUSSIA-EO14024].

HIYAT ORAZ AL ISLAMIYA (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HIYATULLAH, Haji (a.k.a. HAYAATULLAH, Haji; a.k.a. HAYATOLLAH, Haji; a.k.a. HAYATULLAH, Haji; a.k.a. MUHAMMAD, Hayat Ullah Ghulam), Saeedabad, Pagi Road, Peshawar, Pakistan; Saeedabad, Pachagi Road, Peshawar, Pakistan; DOB 1957 to 1959; POB Nangalam Village, Dar-e-Pech, Kunar, Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport TR030544 (Afghanistan); alt. Passport TR035506 (Afghanistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: ISIL KHORASAN; Linked To: AL QA'IDA; Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HIZBALLAH (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HIZBALLAH BRIGADES (a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KATA'IB HIZBALLAH; a.k.a. KHATA'IB HEZBOLLAH; a.k.a. KHATA'IB HIZBALLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'ABAS"; a.k.a. "KATIBAT ZAYD EBIN ALI"; a.k.a. "KATIBUT KARBALAH"), Iraq; Najaf, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; www.aleseb.com [FTO] [SDGT] [IRAQ3].

HIZBALLAH BRIGADES IN IRAQ (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KATA'IB HIZBALLAH; a.k.a. KHATA'IB HEZBOLLAH; a.k.a. KHATA'IB HIZBALLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'ABAS"; a.k.a. "KATIBAT ZAYD EBIN ALI"; a.k.a. "KATIBUT KARBALAH"), Iraq; Najaf, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; www.aleseb.com [FTO] [SDGT] [IRAQ3].

HIZBALLAH BRIGADES-IRAQ (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KATA'IB HIZBALLAH; a.k.a. KHATA'IB HEZBOLLAH; a.k.a. KHATA'IB HIZBALLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'ABAS"; a.k.a. "KATIBAT ZAYD EBIN ALI"; a.k.a. "KATIBUT KARBALAH"), Iraq; Najaf, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; www.aleseb.com [FTO] [SDGT] [IRAQ3].

HIZBALLAH ESO (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a.

ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HIZBALLAH INTERNATIONAL (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HIZBALLAH MARTYRS FOUNDATION (a.k.a. AL-MUA'ASSAT AL-SHAHID; a.k.a. AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION; a.k.a. AL-SHAHID FOUNDATION; a.k.a. AL-SHAHID ORGANIZATION; a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNDATION; a.k.a. LEBANESE MARTYR ASSOCIATION; a.k.a. LEBANESE MARTYR FOUNDATION; a.k.a. MARTYRS FOUNDATION IN LEBANON; a.k.a. MARTYRS INSTITUTE), P.O. Box 110 24, Bir al-Abed, Beirut, Lebanon; Biqa' Valley, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HIZBUL MUJAHIDEEN (a.k.a. HIZB-UL-MUJAHIDEEN; a.k.a. "HM"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HIZBUL SHABAAB (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [SOMALIA].

HIZB-UL-MUJAHIDEEN (a.k.a. HIZBUL MUJAHIDEEN; a.k.a. "HM"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HJ BANNISTER CONSTRUCTION CC, 38 Cunningham Rd, Umbilo, Durban, KwaZulu-Natal 4001, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Jul 1989; Tax ID No. 9126178202 (South Africa); Trade License No. 1989/023376/23 (South Africa); Enterprise Number B1989023376 (South Africa) [SDGT] (Linked To: AKBAR, Nufael; Linked To: AKBAR, Yunus Mohamad).

HK CINTY CO LIMITED, Room 2, 3/F, Ruby Commercial Building, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Jul 2022; Company Number 3169599 (Hong Kong); Business Registration Number 74213720 (Hong Kong) [RUSSIA-EO14024].

HK HENGBANGWEI ELECTRONICS LIMITED (Chinese Traditional: 香港恆邦微電子有限公司), Room 2, 21F, Hip Kwan Commercial Building, 38 Pitt Street, Yau Ma Tei, Kowloon, Hong Kong, China (Chinese Traditional: 協群商業大廈1樓02室, 油麻地碧街38號, 九龍, 香港, China); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Jun 2022; Company Number 3162098 (Hong Kong) [RUSSIA-EO14024].

HK LINK ASIA ELECTRONICS LIMITED, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Jul 2022; Business Registration Number 74241183 (Hong Kong) [RUSSIA-EO14024].

HK NICEST ELECTRIC TECHNOLOGY CO LIMITED, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Apr 2022; Company Number 3144798 (Hong Kong); Business Registration Number 73963914 (Hong Kong) [RUSSIA-EO14024].

HK SIHAI YINGTONG INDUSTRY CO., LIMITED (f.k.a. TROPICAL RAIN FOREST LOGISTICS CO., LIMITED), Des Voeux Road Central, Central and Western District, Hong Kong, China; Organization Established Date 17 Oct 2016; C.R. No. 2438373 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

HK SIHANG HAOCHEN TRADING LIMITED (Chinese Traditional: 香港思航皓宸貿易有限公司), 12th Floor San Toi Building 137-139, Connaught Road, Central Hong Kong, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Jan 2022; Commercial Registry Number 3117975 (Hong Kong) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

HKIM, Aik Hsam (a.k.a. APHICHART, Cheewinprapasi; f.k.a. HAI HSING, Sae Wei; a.k.a. SOONTHRON, Cheewinprapasri; a.k.a.

SUNTHORN, Chiwinpraphasi; a.k.a. WEI, Hsueh Lung; a.k.a. "CHAIRMAN KEUN"; a.k.a. "KEUN DONG"; a.k.a. "KEUN SEU CHANG"; a.k.a. "TI JUNG"; a.k.a. "WEI HSUEH LUNG"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; Pang Poi, Shan, Burma; Na Lot, Shan, Burma; 409/4, Soi Wachiratham Sathit 34, Khwaeng Bang Chak, Khet Phra Khanong, Bangkok, Thailand; DOB 1936; POB Chiang Rai, Thailand; Passport B265235 (Thailand); National Foreign ID Number 5570700010951 (Thailand) (individual) [SDNTK].

HLA, Aung (a.k.a. "AH BANG"; a.k.a. "AH PANG"; a.k.a. "HLA AUNG"), c/o YANGON AIRWAYS COMPANY LIMITED, Rangoon, Burma; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7, Corner of Inya Road & Oo Yin Street, Ward. 10, Kamayut, Yangon, Burma; Passport 706634 (Burma); alt. Passport 497797 (Burma) (individual) [SDNTK].

HLA, Daw Kyu Kyu (a.k.a. HLA, Kyu Kyu), Naypyitaw, Burma; DOB 13 Apr 1954; nationality Burma; Gender Female; National ID No. 12SAKANAN020151 (Burma) (individual) [BURMA-EO14014].

HLA, Kyu Kyu (a.k.a. HLA, Daw Kyu Kyu), Naypyitaw, Burma; DOB 13 Apr 1954; nationality Burma; Gender Female; National ID No. 12SAKANAN020151 (Burma) (individual) [BURMA-EO14014].

HLA, Sai Kyaw (a.k.a. SAI, Ko), Burma; DOB 06 Sep 1971; nationality Burma; Gender Male; Passport MB941865 (Burma); National ID No. 13MasakaN024010 (Burma) (individual) [BURMA-EO14014] [CYBER4] (Linked To: DEMOCRATIC KAREN BENEVOLENT ARMY).

HLAING, Chit (a.k.a. HLAING, U Chit; a.k.a. NAING, Chit; a.k.a. NAING, U Chit; a.k.a. NYAR, Sate Pyin), Burma; DOB Dec 1948; POB Kyee Nee Village, Chauk Township, Burma; nationality Burma; citizen Burma; Gender Male; Minister for Information (individual) [BURMA-EO14014].

HLAING, Khin, Burma; DOB 02 May 1968; Gender Male (individual) [GLOMAG].

HLAING, Ko Ko (a.k.a. HLAING, U Ko Ko), 3, IPRD Wing, East Shwegonedine Road, Bahan, Burma; DOB 24 Oct 1956; POB Myinmu, Burma; nationality Burma; citizen Burma; Gender Male; Passport OM003624 (Burma) issued 06 Sep 2011 expires 05 Sep 2016; National ID No. 8MAKANANG014283 (Burma);

Minister for International Cooperation (individual) [BURMA-EO14014].

HLAING, Min Aung, Burma; DOB 03 Jul 1956; POB Dawei, Burma; Gender Male (individual) [GLOMAG] [BURMA-EO14014].

HLAING, Than, Burma; DOB 1965; Gender Male; Deputy Minister for Home Affairs and Chief of Burma Police Force (individual) [BURMA-EO14014].

HLAING, U Chit (a.k.a. HLAING, Chit; a.k.a. NAING, Chit; a.k.a. NAING, U Chit; a.k.a. NYAR, Sate Pyin), Burma; DOB Dec 1948; POB Kyee Nee Village, Chauk Township, Burma; nationality Burma; citizen Burma; Gender Male; Minister for Information (individual) [BURMA-EO14014].

HLAING, U Ko Ko (a.k.a. HLAING, Ko Ko), 3, IPRD Wing, East Shwegonedine Road, Bahan, Burma; DOB 24 Oct 1956; POB Myinmu, Burma; nationality Burma; citizen Burma; Gender Male; Passport OM003624 (Burma) issued 06 Sep 2011 expires 05 Sep 2016; National ID No. 8MAKANANG014283 (Burma); Minister for International Cooperation (individual) [BURMA-EO14014].

HMODAT, Mackie (a.k.a. AL-HAMADAT, General Maki; a.k.a. HAMUDAT, General Maki Mustafa; a.k.a. HAMUDAT, Maki; a.k.a. MUSTAFA, Macki Hamoudat), Mosul, Iraq; DOB circa 1934; nationality Iraq (individual) [IRAQ2].

HMS GROUP JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO GRUPPA GMS; f.k.a. GRUPPA GMS OAO; f.k.a. INVESTITSIONNO PROMYSHLENNAYA GRUPPA GIDRAVLICHESKIE MASHINY I SISTEMY OOO; a.k.a. JOINT STOCK COMPANY HMS GROUP), Ul. Chayanova D. 7, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Mar 2004; Registration ID 5087746036483 (Russia); Tax ID No. 7708678325 (Russia); Government Gazette Number 72718329 (Russia) [RUSSIA-EO14024].

HMS TRADING FZE (Arabic: اتش إم إس للتجارة م ح م), Leased Office Building No. 10G-18, Hamriyah Free Zone, Sharjah, United Arab Emirates; Organization Established Date 13 Oct 2021; License 19632 (United Arab Emirates); Economic Register Number (CBLS) 11767967 (United Arab Emirates) [IRAN-EO13902] (Linked To: BANK-E SHAHR).

HO', Cho'ng So'n (a.k.a. HO, Jong Son), Korea, North; DOB 21 Nov 1964; POB Japan; nationality Korea, North; Gender Male;

Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 754120050 (Korea, North) (individual) [DPRK4] [CYBER4].

HO, Chun Ting (a.k.a. HAW, Aik; a.k.a. HEIN, Aung; a.k.a. HO, Chung Ting; a.k.a. HO, Hsiao; a.k.a. HOE, Aik; a.k.a. TE, Ho Chun; a.k.a. TIEN, Ho Chun; a.k.a. WIN, Aung; a.k.a. "AIK HAW"; a.k.a. "HO CHUN TING"; a.k.a. "HO, Aik"; a.k.a. "HSIO HO"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7 Oo Yim Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma); National ID No. 029430 (Burma); alt. National ID No. 176089 (Burma); alt. National ID No. 272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

HO, Chung Ting (a.k.a. HAW, Aik; a.k.a. HEIN, Aung; a.k.a. HO, Chun Ting; a.k.a. HO, Hsiao; a.k.a. HOE, Aik; a.k.a. TE, Ho Chun; a.k.a. TIEN, Ho Chun; a.k.a. WIN, Aung; a.k.a. "AIK HAW"; a.k.a. "HO CHUN TING"; a.k.a. "HO, Aik"; a.k.a. "HSIO HO"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY

LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7 Oo Yim Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma); National ID No. 029430 (Burma); alt. National ID No. 176089 (Burma); alt. National ID No. 272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

HO, Hsiao (a.k.a. HAW, Aik; a.k.a. HEIN, Aung; a.k.a. HO, Chun Ting; a.k.a. HO, Chung Ting; a.k.a. HOE, Aik; a.k.a. TE, Ho Chun; a.k.a. TIEN, Ho Chun; a.k.a. WIN, Aung; a.k.a. "AIK HAW"; a.k.a. "HO CHUN TING"; a.k.a. "HO, Aik"; a.k.a. "HSIO HO"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7 Oo Yim Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma); National ID No. 029430 (Burma); alt. National ID No. 176089 (Burma); alt. National ID No. 272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

HO, Jong Son (a.k.a. HO', Cho'ng So'n), Korea, North; DOB 21 Nov 1964; POB Japan; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 754120050 (Korea, North) (individual) [DPRK4] [CYBER4].

HO, Yong Chol (Korean: 허용철) (a.k.a. HO', Yong-ch'o'l), Dandong, China; DOB 12 Dec 1968; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK] (Linked To: KOREA DAESONG BANK).

HO, Yong Il (a.k.a. HO', Yo'ng-il), Dandong, China; DOB 09 Sep 1968; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

HO', Yong-ch'o'l (a.k.a. HO, Yong Chol (Korean: 허용철)), Dandong, China; DOB 12 Dec 1968; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK] (Linked To: KOREA DAESONG BANK).

HO', Yo'ng-il (a.k.a. HO, Yong Il), Dandong, China; DOB 09 Sep 1968; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

HOANG, Minh Quang, Hanoi, Vietnam; DOB 16 Nov 1993; POB Hanoi, Vietnam; nationality Vietnam; Gender Male; Digital Currency Address - XBT bc1qyy5pt5cx3zth8xlj92lq5y87dh8xv3nwgs4ncq; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; National ID No. 001093019421 (Vietnam) (individual) [DPRK4] (Linked To: YUN, Song Guk).

HOANG, Van Nguyen, Vietnam; DOB 20 Jul 1980; POB Nghe An, Vietnam; nationality Vietnam; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport C7177903 (Vietnam) issued 18 Apr 2019 expires 18 Apr 2029; National ID No. 013564395 (Vietnam) (individual) [NPWMD] (Linked To: KIM, Se Un).

HOAYEK, Marianne (Arabic: ماريان حويك) (a.k.a. ANDRIANOPOULOS, Marianne Alexandros; a.k.a. HOUWAYEK, Marianne Hamid; a.k.a. HOYEK, Marianne Hamid Gebrayel), Beirut, Lebanon; DOB 14 May 1980; POB Faytroun, Lebanon; nationality Lebanon; Gender Female; Passport RL3598301 (Lebanon) expires 11 Feb 2021; alt. Passport LR1934306 (Lebanon) expires 11 Nov 2030; National ID No. 000040732326 (Lebanon) (individual) [LEBANON].

HOCINE, Seif Allah Ben (a.k.a. AAYADH, Abou; a.k.a. HASSAYN, Sayf Allah 'Umar bin; a.k.a. HASSINE, Saifallah Ben; a.k.a. HASSINE, Seifallah Ben; a.k.a. HUSSAYN, Sayf Allah bin; a.k.a. "AL-TUNISI, Abu Ayyad"; a.k.a. "AL-TUNISI, Abu Iyyadh"; a.k.a. "EL-TOUNSI, Abou Iyadh"; a.k.a. "IYADH, Abou"); DOB 08 Nov 1965; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HODA SHIPPING COMPANY LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HODA TRADING (a.k.a. HODA TRADING CO.; a.k.a. HODA TRADING COMPANY; a.k.a. SUSTAINABLE ELECTRONIC DEVELOPMENT; a.k.a. SUSTAINABLE ELECTRONICS DEVELOPMENT; a.k.a. SUSTAINABLE ELECTRONICS DEVELOPMENT COMPANY), No. 34, Shahid Hesari (Southern Razan) St., Mirdamad Avenue, Tehran, Iran; Langari Street, Nobonyad Square, Pasdaran Avenue, Tehran, Iran; No. 225 Teymori St., Langari - Nobonyad Ave., Tehran, Iran; No.31, Across Nikan Hospital, Araj, Artesh Highway, Tehran, Iran; Website www.sedfirm.com; Additional Sanctions Information - Subject to Secondary Sanctions

[NPWMD] [IFSR] (Linked To: IRAN COMMUNICATION INDUSTRIES).

HODA TRADING CO. (a.k.a. HODA TRADING; a.k.a. HODA TRADING COMPANY; a.k.a. SUSTAINABLE ELECTRONIC DEVELOPMENT; a.k.a. SUSTAINABLE ELECTRONICS DEVELOPMENT; a.k.a. SUSTAINABLE ELECTRONICS DEVELOPMENT COMPANY), No. 34, Shahid Hesari (Southern Razan) St., Mirdamad Avenue, Tehran, Iran; Langari Street, Nobonyad Square, Pasdaran Avenue, Tehran, Iran; No. 225 Teymori St., Langari - Nobonyad Ave., Tehran, Iran; No.31, Across Nikan Hospital, Araj, Artesh Highway, Tehran, Iran; Website www.sedfirm.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN COMMUNICATION INDUSTRIES).

HODA TRADING COMPANY (a.k.a. HODA TRADING; a.k.a. HODA TRADING CO.; a.k.a. SUSTAINABLE ELECTRONIC DEVELOPMENT; a.k.a. SUSTAINABLE ELECTRONICS DEVELOPMENT; a.k.a. SUSTAINABLE ELECTRONICS DEVELOPMENT COMPANY), No. 34, Shahid Hesari (Southern Razan) St., Mirdamad Avenue, Tehran, Iran; Langari Street, Nobonyad Square, Pasdaran Avenue, Tehran, Iran; No. 225 Teymori St., Langari - Nobonyad Ave., Tehran, Iran; No.31, Across Nikan Hospital, Araj, Artesh Highway, Tehran, Iran; Website www.sedfirm.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN COMMUNICATION INDUSTRIES).

HODICO (a.k.a. HEAVY OIL DISTRIBUTION CO SAL; a.k.a. HEAVY OIL DISTRIBUTION CO. HODICO SARL; a.k.a. HEAVY OIL DISTRIBUTION COMPANY HODICO S.A.L.; a.k.a. HEAVY OIL DISTRIBUTION COMPANY SAL; a.k.a. HEAVY OIL DISTRIBUTION COMPANY-HODECO (Arabic: هيفي أويل ديستريبشين كومباني - هوديكو); a.k.a. HODICO SAL), Baabda, Lebanon; Queen's Plaza Center, Block C, Jdeideh Boulevard Street, Sin El-Fil, Baouchriyeh, Lebanon; PO Box 90326, Metn, Lebanon; Grey Center, 2nd Floor, P.O. Box: 90326, Jdeidet, El Metn, Lebanon; Website www.hodico.com/; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization

Established Date 01 Apr 2001; Commercial Registry Number 68648 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

HODICO OFF SHORE (a.k.a. HEAVY OIL DISTRIBUTION CO. HODICO SAL OFF-SHORE; a.k.a. HEAVY OIL DISTRIBUTION COMPANY HODECO S.A.L. OFF SHORE (Arabic: هيفي أويل دستريبشين - هوديكو ش.م.ل. أوف شور); a.k.a. HEAVY OIL DISTRIBUTION COMPANY HODICO SAL OFFSHORE), Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Feb 2007; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Commercial Registry Number 1801752 (Lebanon) [SDGT] (Linked To: OBEID, Boutros Georges; Linked To: ZGHEIB, Ali Nayef).

HODICO SAL (a.k.a. HEAVY OIL DISTRIBUTION CO SAL; a.k.a. HEAVY OIL DISTRIBUTION CO. HODICO SARL; a.k.a. HEAVY OIL DISTRIBUTION COMPANY HODICO S.A.L.; a.k.a. HEAVY OIL DISTRIBUTION COMPANY SAL; a.k.a. HEAVY OIL DISTRIBUTION COMPANY-HODECO (Arabic: هيفي أويل ديستريبشين كومباني - هوديكو); a.k.a. HODICO), Baabda, Lebanon; Queen's Plaza Center, Block C, Jdeideh Boulevard Street, Sin El-Fil, Baouchriyeh, Lebanon; PO Box 90326, Metn, Lebanon; Grey Center, 2nd Floor, P.O. Box: 90326, Jdeidet, El Metn, Lebanon; Website www.hodico.com/; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Apr 2001; Commercial Registry Number 68648 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

HODJAT ABADI, Mohsen Kargar (a.k.a. HODJATABADI, Mohsen Kargar; a.k.a. PARSAJAM, Mohsen; a.k.a. "KARGAR, Mohsen"); DOB 23 Aug 1964; POB Qom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N95873956 (Iran) expires 05 May 2020; National ID No. 038-1-57690-6 (Iran); Chairman of the Board, Rayan Roshd Afzar Company (individual) [NPWMD]

[IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

HODJATABADI, Mohsen Kargar (a.k.a. HODJAT ABADI, Mohsen Kargar; a.k.a. PARSAJAM, Mohsen; a.k.a. "KARGAR, Mohsen"); DOB 23 Aug 1964; POB Qom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N95873956 (Iran) expires 05 May 2020; National ID No. 038-1-57690-6 (Iran); Chairman of the Board, Rayan Roshd Afzar Company (individual) [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

HODROJ EXCHANGE S.A.R.L (Arabic: شركة حدرج للصيرفة ش.م.م) (a.k.a. HUDRUJ EXCHANGE), Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Sep 2009; Business Registration Number 2017574 (Lebanon) [SDGT] (Linked To: HUDROJ, Bilal).

HODROJ, Bilal (a.k.a. HODROJ, Bilal Yousef (Arabic: بلال يوسف حدرج); a.k.a. HUDROJ, Bilal; a.k.a. HUDRUJ, Bilal), Lebanon; DOB 10 Jul 1968; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR2435514 (Lebanon) expires 02 Nov 2031 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

HODROJ, Bilal Yousef (Arabic: بلال يوسف حدرج) (a.k.a. HODROJ, Bilal; a.k.a. HUDROJ, Bilal; a.k.a. HUDRUJ, Bilal), Lebanon; DOB 10 Jul 1968; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR2435514 (Lebanon) expires 02 Nov 2031 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

HOE, Aik (a.k.a. HAW, Aik; a.k.a. HEIN, Aung; a.k.a. HO, Chun Ting; a.k.a. HO, Chung Ting; a.k.a. HO, Hsiao; a.k.a. TE, Ho Chun; a.k.a. TIEN, Ho Chun; a.k.a. WIN, Aung; a.k.a. "AIK HAW"; a.k.a. "HO CHUN TING"; a.k.a. "HO, Aik"; a.k.a. "HSIO HO"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma;

c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7 Oo Yim Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma); National ID No. 029430 (Burma); alt. National ID No. 176089 (Burma); alt. National ID No. 272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

HOERYONG SHIPPING CO LTD, 108, Pongnam-dong, Pyongchon-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 5817786 [DPRK3].

HOHLER, Beti, The Hague, Netherlands; DOB 25 Jun 1981; nationality Slovenia; Gender Female; Passport PB1777160 (Slovenia) expires 30 May 2033 (individual) [ICC-EO14203].

HOJATI, Mohsen, c/o Fajr Industries Group, Tehran, Iran; DOB 28 Sep 1955; POB Najafabad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport G4506013 (Iran) (individual) [NPWMD] [IFSR].

HOKOUL SAL OFFSHORE, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1808820 (Lebanon) [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

HOLA SUN HOLIDAYS LIMITED, 146 Beaver Creek Road, Richmond Hill, Ontario L4B 1C2, Canada [CUBA].

HOLDEN INTERNATIONAL TRADING LIMITED, Room B3, 19/F, Tung Lee Commercial Building, 91-97 Jervois Street, Sheung Wan, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Sep 2022; Company Number 3189526 (Hong Kong); Legal Entity Number 984500UF0E1A360BED45; Business Registration Number 74414102 (Hong Kong) [RUSSIA-EO14024].

HOLDING COMPANY INTERROS OOO (a.k.a. HOLDINGOVAYA KOMPANIYA INTERROS OOO; a.k.a. KHOLDINGOVAYA KOMPANIYA INTERROS OOO (Cyrillic: ХОЛДИНГОВАЯ КОМПАНИЯ ИНТЕРРОС ООО)), Ulitsa Yakimanka B., 9, Moscow 119180, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1994; Tax ID No. 7706419639 (Russia); Registration Number 1157746314274 (Russia) [RUSSIA-EO14024].

HOLDING SECURITY STRUCTURE WOLF (a.k.a. DEFENSE HOLDING STRUCTURE 'WOLF'; a.k.a. KHOLDING OKHRANNYKH STRUKTUR VOLK; a.k.a. WOLF HOLDING COMPANY; a.k.a. 'WOLF' HOLDING OF SECURITY STRUCTURES), ul. Panferova d. 18, Moscow 119261, Russia; Nizhniye Mnevniki, 110, Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7736640919 (Russia) [UKRAINE-EO13660].

HOLDING VTB CAPITAL CJSC (a.k.a. KHOLDING VTB KAPITAL ZAKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. VTB CAPITAL HOLDING CJSC; a.k.a. VTB CAPITAL HOLDING ZAO; a.k.a. VTB CAPITAL HOLDINGS CLOSED JOINT STOCK COMPANY; a.k.a. VTB CAPITAL HONG KONG LIMITED; a.k.a. VTB CAPITAL JSC), 12 Presnenskaya nab., Moscow 123100, Russia; 4th Lesnoy Pereulok 4, Capital Plaza, Moscow 125047, Russia; Room 410, Stolyarniy Pereulok 3, bld 34, Moscow 123022, Russia; Unit 2301, 23/F, Cheung Kong Center, 2 Queen's Road Central, Hong Kong; Website http://vtbcapital.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 1097746344596 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

HOLDINGOVAYA KOMPANIYA INTERROS OOO (a.k.a. HOLDING COMPANY INTERROS OOO; a.k.a. KHOLDINGOVAYA KOMPANIYA INTERROS OOO (Cyrillic: ХОЛДИНГОВАЯ КОМПАНИЯ ИНТЕРРОС ООО)), Ulitsa Yakimanka B., 9, Moscow 119180, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1994; Tax ID No. 7706419639 (Russia); Registration Number 1157746314274 (Russia) [RUSSIA-EO14024].

HOLDINGOVAYA KOMPANIYA METALLOINVEST AO (Cyrillic: ХОЛДИНГОВАЯ КОМПАНИЯ МЕТАЛЛОИНВЕСТ АО), Shosse Rublevskoe, Dom 28, Et 11, Pom 1, Kom 4, Moscow, Moscow Region 121609, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Nov 2000; Tax ID No. 7705392230 (Russia); Registration Number 1027700006289 (Russia) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM).

HOLLYWOOD VAPE LABS, INC. (a.k.a. VALERIAN LABS DISTRIBUTION CORP.), 1130-1971 Broadway St, Port Coquitlam, British Columbia V3C 0C9, Canada; Company Number 800741142 (Canada); Registration Number BC1053173 (Canada) [ILLICIT-DRUGS-EO14059].

HOLV LUBRICANTS RUS LLC (a.k.a. KHOLV LUBRIKANTS RUS), Ul. Poltavskaya D. 30, Pomeshch. 1, Nizhniy Novgorod 603089, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5262328687 (Russia); Registration Number 1155262016755 (Russia) [RUSSIA-EO14024].

HOLY CONSTRUCTION FOUNDATION (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. CONSTRUCTION JIHAD; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHAD-AL-BINAA ASSOCIATION; a.k.a. JIHADU-I-BINAA; a.k.a. STRUGGLE FOR RECONSTRUCTION), Beirut, Lebanon; Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 [SDGT].

HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT (f.k.a. OCCUPIED LAND FUND), 525 International Parkway, Suite 509, Richardson, TX 75081, United States; P.O. Box 832390, Richardson, TX 75083, United States; 9250 S. Harlem Avenue, Bridgeview, IL, United States; 345 E. Railway Avenue, Paterson, NJ 07503, United States; Hebron, West Bank; Gaza Strip, undetermined; 12798 Rancho Penasquitos Blvd., Suite F, San Diego, CA 92128, United States; Jenin, West Bank; Shurta Street, 'Amira al-Ramuna, 4th Floor, Ramallah, West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; US FEIN 95-4227517; and other locations within the United States [SDGT].

HOLY WARRIORS BATTALION (a.k.a. AL MUJAHIDEEN BRIGADES; a.k.a. AL-MUJAHIDIN BRIGADES; a.k.a. ANSAR AL-MUJAHIDIN MOVEMENT; a.k.a. KHATIB AI-MUJAHIDIN), West Bank, Palestinian; Gaza Strip, Palestinian; Cairo, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HOLZVUD (a.k.a. KHOLTSVUD LLC; a.k.a. KHOLTSVUD OOO (Cyrillic: ООО ХОЛЬЦВУД); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLTSVUD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛЬЦВУД)), Ul. Smirnovskaya D. 10, Str. 8, Kabinet 8, Moscow 109052, Russia (Cyrillic: Ул. Смирновская, Д. 10, Стр. 8, Каб. 8, Москва 109052, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Sep 2014; Registration ID 5147746070368 (Russia); Tax ID No. 7722854607 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

HOMA SHIPPING COMPANY LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HOMAYUNFAL, Hamed (a.k.a. HOMAYUNFAL, Hamid), Iran; DOB 14 Feb 1987; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

HOMAYUNFAL, Hamid (a.k.a. HOMAYUNFAL, Hamed), Iran; DOB 14 Feb 1987; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

HOME AND AWAY LTD., Hai-Amarat (off May Street), Juba, South Sudan [GLOMAG] (Linked To: BOL MEL, Benjamin).

HOME CREDIT & FINANCE BANK LIMITED LIABILITY COMPANY (a.k.a. HOME CREDIT & FINANCE BANK LLC; a.k.a. HOME CREDIT AND FINANCE BANK LIMITED LIABILITY COMPANY; a.k.a. HOME CREDIT AND FINANCE BANK LLC; a.k.a. "HCF BANK"), Build. 1 Pravdi Str., 8, Moscow 125040, Russia; SWIFT/BIC HCFBRUMM; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7735057951 (Russia); Identification Number ADQ9VQ.00005.ME.643 (Russia); Legal Entity Number 2534007XNRQ38CWWDP74; Registration Number 1027700280937 (Russia) [RUSSIA-EO14024].

HOME CREDIT & FINANCE BANK LLC (a.k.a. HOME CREDIT & FINANCE BANK LIMITED LIABILITY COMPANY; a.k.a. HOME CREDIT AND FINANCE BANK LIMITED LIABILITY COMPANY; a.k.a. HOME CREDIT AND FINANCE BANK LLC; a.k.a. "HCF BANK"), Build. 1 Pravdi Str., 8, Moscow 125040, Russia; SWIFT/BIC HCFBRUMM; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7735057951 (Russia); Identification Number ADQ9VQ.00005.ME.643 (Russia); Legal Entity Number 2534007XNRQ38CWWDP74; Registration Number 1027700280937 (Russia) [RUSSIA-EO14024].

HOME CREDIT AND FINANCE BANK LIMITED LIABILITY COMPANY (a.k.a. HOME CREDIT & FINANCE BANK LIMITED LIABILITY COMPANY; a.k.a. HOME CREDIT & FINANCE BANK LLC; a.k.a. HOME CREDIT AND FINANCE BANK LLC; a.k.a. "HCF BANK"), Build. 1 Pravdi Str., 8, Moscow 125040, Russia; SWIFT/BIC HCFBRUMM; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No.

7735057951 (Russia); Identification Number ADQ9VQ.00005.ME.643 (Russia); Legal Entity Number 2534007XNRQ38CWWDP74; Registration Number 1027700280937 (Russia) [RUSSIA-EO14024].

HOME CREDIT AND FINANCE BANK LLC (a.k.a. HOME CREDIT & FINANCE BANK LIMITED LIABILITY COMPANY; a.k.a. HOME CREDIT & FINANCE BANK LLC; a.k.a. HOME CREDIT AND FINANCE BANK LIMITED LIABILITY COMPANY; a.k.a. "HCF BANK"), Build. 1 Pravdi Str., 8, Moscow 125040, Russia; SWIFT/BIC HCFBRUMM; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7735057951 (Russia); Identification Number ADQ9VQ.00005.ME.643 (Russia); Legal Entity Number 2534007XNRQ38CWWDP74; Registration Number 1027700280937 (Russia) [RUSSIA-EO14024].

HOME ELEGANCE COMERCIO DE MOVEIS EIRELI (Latin: HOME ELEGANCE COMÉRCIO DE MOVEIS EIRELI) (a.k.a. DAIANA PORTELLA COELHO COMERCIO DE MOVEIS E COLCHOES; a.k.a. MARROCOS MOVEIS E COLCHOES; a.k.a. MOHAMED AWAAD COMERCIO DE MOVEIS EIRELI; a.k.a. "HOME ELEGANCE"), Rua Dorezopolis, 669, Casa 03, Jardim Santa Clara, Guarulhos, Sao Paulo 07123-120, Brazil; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Oct 2018; Tax ID No. 31.746.200/0001-11 (Brazil) [SDGT] (Linked To: AWADD, Mohamed Sherif Mohamed Mohamed).

HOMSI, Hosein (a.k.a. HEMSI, Hosein (Arabic: حسين حمصى)), Tehran, Iran; DOB 27 Oct 1982; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0532987276 (Iran) (individual) [NPWMD] [IFSR] (Linked To: FANAVARAN SANAT ERTEBATAT COMPANY).

HONAR SHIPPING COMPANY LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HONESTWIN TECHNOLOGY CO LIMITED, Rm A, 12/F, ZJ 300 Wan Chai, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization

Established Date 31 Aug 2022; Business Registration Number 74383498 (Hong Kong) [RUSSIA-EO14024].

HONG KONG AEONIAN COMPLEX CO., LIMITED, Room 1002, No. 715 Hengkai Building, Changxing Road, Jiangbei District, Ningbo, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 27 Apr 2020; C.R. No. 2936467 (Hong Kong); Business Registration Number 71809722-000 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

HONG KONG ELECTRONICS (a.k.a. HONG KONG ELECTRONICS KISH CO), Sanaee St., Kish Island, Iran; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

HONG KONG ELECTRONICS KISH CO (a.k.a. HONG KONG ELECTRONICS), Sanaee St., Kish Island, Iran; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

HONG KONG HANGSHUN SHIPPING LIMITED (Chinese Simplified: 香港航顺船运有限公司) (a.k.a. HONG KONG HANGSHUN SHIPPING LTD), Flat 06, 17th Floor, Wellborne Commercial Centre, 8, Java Road, North Point, Hong Kong, China; Organization Established Date 09 Jul 2024; Identification Number IMO 0086990; Business Registration Number 76782345 (Hong Kong) [IRAN-EO13902].

HONG KONG HANGSHUN SHIPPING LTD (a.k.a. HONG KONG HANGSHUN SHIPPING LIMITED (Chinese Simplified: 香港航顺船运有限公司)), Flat 06, 17th Floor, Wellborne Commercial Centre, 8, Java Road, North Point, Hong Kong, China; Organization Established Date 09 Jul 2024; Identification Number IMO 0086990; Business Registration Number 76782345 (Hong Kong) [IRAN-EO13902].

HONG KONG HANYUAN SHIPPING CO LIMITED, Rm. 4, 16/F, Ho King Comm Ctr, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209; Organization Established Date 13 Jun 2022; Company Number 3161890 (Hong Kong); Business Registration Number 74136104 (Hong Kong) [UKRAINE-EO13662] [RUSSIA-EO14024].

HONG KONG HESHUN TRANS TRDG (a.k.a. HONG KONG HESHUN TRANSPORTATION TRADING LIMITED (Chinese Traditional: 香港和順運貿有限公司)), 6th Floor, Manulife Place, 348, Kwun Tong Road, Kwun Tong, Kowloon, Hong Kong, China; Organization Established Date 05 Apr 2024; Identification Number IMO 0017707; Company Number 3386263 (Hong Kong); Business Registration Number 76399342 (Hong Kong) [IRAN-EO13902].

HONG KONG HESHUN TRANSPORTATION TRADING LIMITED (Chinese Traditional: 香港和順運貿有限公司) (a.k.a. HONG KONG HESHUN TRANS TRDG), 6th Floor, Manulife Place, 348, Kwun Tong Road, Kwun Tong, Kowloon, Hong Kong, China; Organization Established Date 05 Apr 2024; Identification Number IMO 0017707; Company Number 3386263 (Hong Kong); Business Registration Number 76399342 (Hong Kong) [IRAN-EO13902].

HONG KONG HONG PANG GEMS & JEWELLERY CO., LTD. (a.k.a. HONG KONG HONG PANG GEMS AND JEWELLERY CO., LTD.; a.k.a. HONG PANG GEMS & JEWELLERY (HK) CO. LIMITED; a.k.a. HONG PANG GEMS AND JEWELLERY (HK) CO. LIMITED), Room 3605 36/F Wu Chung House, 213 Queen's Road East, Wan Chai, Hong Kong; 11, Huang Ching (Gold) Road, Between 64/65 Street, Myo Thit, Mandalay, Burma; 12th Floor C, Jade Exchange Center, 513-531, Canton Road, Kowloon, Hong Kong; 6A, 6D North Section, 7th Building, Chilung Park, 68 Sin Chung St., East City Drive, Beijing, China; No. 19, Hung Hua Bridge, Kunming, Yunnan, China; 28th and 29th Floor, Overseas Friendship Building, 2, Yun Chun Road, Lo Hu, Sham Cheng, Kuang Tung, China; Certificate of Incorporation Number 766810 (Hong Kong) [SDNTK].

HONG KONG HONG PANG GEMS AND JEWELLERY CO., LTD. (a.k.a. HONG KONG HONG PANG GEMS & JEWELLERY CO., LTD.; a.k.a. HONG PANG GEMS & JEWELLERY (HK) CO. LIMITED; a.k.a. HONG PANG GEMS AND JEWELLERY (HK) CO. LIMITED), Room 3605 36/F Wu Chung House, 213 Queen's Road East, Wan Chai, Hong Kong;

11, Huang Ching (Gold) Road, Between 64/65 Street, Myo Thit, Mandalay, Burma; 12th Floor C, Jade Exchange Center, 513-531, Canton Road, Kowloon, Hong Kong; 6A, 6D North Section, 7th Building, Chilung Park, 68 Sin Chung St., East City Drive, Beijing, China; No. 19, Hung Hua Bridge, Kunming, Yunnan, China; 28th and 29th Floor, Overseas Friendship Building, 2, Yun Chun Road, Lo Hu, Sham Cheng, Kuang Tung, China; Certificate of Incorporation Number 766810 (Hong Kong) [SDNTK].

HONG KONG INTERTRADE COMPANY, Hong Kong; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

HONG KONG KE.DO INTERNATIONAL TRADE CO., LIMITED, Room E, 3F, Southtex Building, 51 Tsun Tip Street, Kwun Tong, Kowloon, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Aug 2020; Commercial Registry Number 2967963 (Hong Kong); Business Registration Number 72130415-000 (Hong Kong) [NPWMD] [IFSR] (Linked To: P.B. SADR CO.).

HONG KONG PRIME TRADING CO LTD (a.k.a. HONG KONG PRIME TRADING CO., LIMITED (Chinese Traditional: 香港普萊姆貿易有限公司)), Unit 1410, 14th Floor, Hong Man Industrial Centre, 2, Hong Man Street, Chai Wan, Hong Kong, China; Organization Established Date 15 Feb 2024; Identification Number IMO 6484746; Business Registration Number 76217946 (Hong Kong) [IRAN-EO13902].

HONG KONG PRIME TRADING CO., LIMITED (Chinese Traditional: 香港普萊姆貿易有限公司) (a.k.a. HONG KONG PRIME TRADING CO LTD), Unit 1410, 14th Floor, Hong Man Industrial Centre, 2, Hong Man Street, Chai Wan, Hong Kong, China; Organization Established Date 15 Feb 2024; Identification Number IMO 6484746; Business Registration Number 76217946 (Hong Kong) [IRAN-EO13902].

HONG KONG QISU ELECTRONIC TECHNOLOGY CO LIMITED, Rm 705, 7/F, FA Yuen Coml Bldg, Mongkok, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Oct 2021; Business Registration Number 73439107 (Hong Kong) [RUSSIA-EO14024].

HONG KONG TIANLE INTERNATIONAL CO LIMITED (Chinese Traditional:

香港天樂國際有限公司), Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 27 Dec 2019; Company Number 2906297 (Hong Kong); Business Registration Number 71502619 (Hong Kong) [NPWMD] [IFSR] (Linked To: PISHTAZAN KAVOSH GOSTAR BOSHRA LLC).

HONG KONG YAYANG TRADING LIMITED (a.k.a. HONGKONG YAYANG TRADING LTD), Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Sep 2021; Company Number 73393791 (Hong Kong) [RUSSIA-EO14024].

HONG KONG YONGYE SHIPPING LIMITED, Room 1003, 10th Floor, Tower 1, Lippo Centre, 89, Queensway, Central Admiralty, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6361055 [UKRAINE-EO13662] [RUSSIA-EO14024].

HONG PANG ELECTRONIC INDUSTRIES LIMITED (f.k.a. GOLD MOUNT INDUSTRIAL COMPANY LIMITED; a.k.a. HONG PANG ELECTRONIC INDUSTRY CO., LTD.), 216, Corner of 49th St. and Maha Bandoola Rd., Pazundaung, Yangon, Burma; Hong Pang Wire Showroom, Room D, 80-81 35th Street, Mandalay, Burma [SDNTK].

HONG PANG ELECTRONIC INDUSTRY CO., LTD. (f.k.a. GOLD MOUNT INDUSTRIAL COMPANY LIMITED; a.k.a. HONG PANG ELECTRONIC INDUSTRIES LIMITED), 216, Corner of 49th St. and Maha Bandoola Rd., Pazundaung, Yangon, Burma; Hong Pang Wire Showroom, Room D, 80-81 35th Street, Mandalay, Burma [SDNTK].

HONG PANG GEMS & JEWELLERY (HK) CO. LIMITED (a.k.a. HONG KONG HONG PANG GEMS & JEWELLERY CO., LTD.; a.k.a. HONG KONG HONG PANG GEMS AND JEWELLERY CO., LTD.; a.k.a. HONG PANG GEMS AND JEWELLERY (HK) CO. LIMITED), Room 3605 36/F Wu Chung House, 213 Queen's Road East, Wan Chai, Hong Kong; 11, Huang Ching (Gold) Road, Between 64/65 Street, Myo Thit, Mandalay, Burma; 12th Floor C, Jade Exchange Center, 513-531, Canton Road, Kowloon, Hong Kong; 6A, 6D North Section, 7th Building, Chilung Park, 68 Sin Chung St., East City Drive, Beijing, China; No. 19, Hung Hua Bridge, Kunming, Yunnan, China; 28th and 29th Floor,

Overseas Friendship Building, 2, Yun Chun Road, Lo Hu, Sham Cheng, Kuang Tung, China; Certificate of Incorporation Number 766810 (Hong Kong) [SDNTK].

HONG PANG GEMS & JEWELLERY COMPANY LIMITED (a.k.a. HONG PANG GEMS AND JEWELLERY COMPANY LIMITED), 11, Ngui Shwe Wah Road, Between 64th and 65th Street, Chan Maya Thar Si Township, Mandalay, Burma [SDNTK].

HONG PANG GEMS AND JEWELLERY (HK) CO. LIMITED (a.k.a. HONG KONG HONG PANG GEMS & JEWELLERY CO., LTD.; a.k.a. HONG KONG HONG PANG GEMS AND JEWELLERY CO., LTD.; a.k.a. HONG PANG GEMS & JEWELLERY (HK) CO. LIMITED), Room 3605 36/F Wu Chung House, 213 Queen's Road East, Wan Chai, Hong Kong; 11, Huang Ching (Gold) Road, Between 64/65 Street, Myo Thit, Mandalay, Burma; 12th Floor C, Jade Exchange Center, 513-531, Canton Road, Kowloon, Hong Kong; 6A, 6D North Section, 7th Building, Chilung Park, 68 Sin Chung St., East City Drive, Beijing, China; No. 19, Hung Hua Bridge, Kunming, Yunnan, China; 28th and 29th Floor, Overseas Friendship Building, 2, Yun Chun Road, Lo Hu, Sham Cheng, Kuang Tung, China; Certificate of Incorporation Number 766810 (Hong Kong) [SDNTK].

HONG PANG GEMS AND JEWELLERY COMPANY LIMITED (a.k.a. HONG PANG GEMS & JEWELLERY COMPANY LIMITED), 11, Ngui Shwe Wah Road, Between 64th and 65th Street, Chan Maya Thar Si Township, Mandalay, Burma [SDNTK].

HONG PANG GENERAL TRADING COMPANY, LIMITED (f.k.a. HONG PANG IMPORT EXPORT GENERAL TRADING COMPANY LIMITED), 18, Kyaing Ngan St., Qtr. 2, Kyaington, Burma; 102, Lanmadaw St., Sarsy Qtr., Magway, Burma; 9, West of Market, Haw Gone Qtr., Taunggyi, Burma; 157, Pyihtaungsu Rd., Yuzana Qtr., Myitkyina, Burma; 216/222, Room C/D, (G/F), Bo Myat Tun Housing, Mahabandoola Road, Pazundaung Township, Yangon, Burma [SDNTK].

HONG PANG IMPORT EXPORT GENERAL TRADING COMPANY LIMITED (a.k.a. HONG PANG GENERAL TRADING COMPANY, LIMITED), 18, Kyaing Ngan St., Qtr. 2, Kyaington, Burma; 102, Lanmadaw St., Sarsy Qtr., Magway, Burma; 9, West of Market, Haw Gone Qtr., Taunggyi, Burma; 157, Pyihtaungsu Rd., Yuzana Qtr., Myitkyina, Burma; 216/222,

Room C/D, (G/F), Bo Myat Tun Housing, Mahabandoola Road, Pazundaung Township, Yangon, Burma [SDNTK].

HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma [SDNTK].

HONG PANG MINING COMPANY LIMITED, No. 216/222, Room No. C/D Ground Floor, Bo Myat Tun Housing, Mahabandoola Road, Pazundaung Township, Yangon, Burma [SDNTK].

HONG PANG TEXTILE COMPANY LIMITED, No. 216/222, Room C/D, Ground Floor, Bo Myat Tun Housing, Mahabandoola Road, Pazundaung Township, Yangon, Burma [SDNTK].

HONG, Jinhua, China; DOB 19 Jan 1972; nationality China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; National Foreign ID Number 210604197201190322 (China); Deputy General Manager, Dandong Hongxiang Industrial Development Co Ltd (individual) [NPWMD] (Linked To: DANDONG HONGXIANG INDUSTRIAL DEVELOPMENT CO LTD).

HONGKONG ALSHAHARI UNITED CORPORATION LIMITED, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 27 Jun 2016; Company Number 2395642 (Hong Kong); Business Registration Number 66349242 (Hong Kong) [SDGT] (Linked To: GUANGZHOU ALSHAHARI UNITED CORPORATION LIMITED).

HONGKONG CANWAY CO., LIMITED, Wai Yip Street, Kwun Tong, Hong Kong, China; Organization Established Date 14 Mar 2012; C.R. No. 1716519 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

HONGKONG CHIP LINE INTERNATIONAL CO, Rm 18 27/f Ho King Comm Ctr 2-16, Fa Yuen st, Mongkok, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Apr 2012; Company Number 1726998 (Hong Kong); Business Registration Number 59625007 (Hong Kong) [RUSSIA-EO14024].

HONGKONG HIMARK ELECTRON MODEL LIMITED, Rm D 10/F Tower A Billion CTR 1 Wang Kwong Rd, Kowloon Bay, Kowloon, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Sep 2017; Commercial Registry Number 2578406 (Hong Kong) [NPWMD] [IFSR] (Linked To: PISHGAM ELECTRONIC SAFEH COMPANY).

HONGKONG UNITOP GROUP LTD, Unit 2508A, Bank of America Tower, 12, Harcourt Road, Central, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Jun 2023; C.R. No. 3287498 (Hong Kong); Identification Number IMO 6428388 [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

HONGKONG WELL INTERNATIONAL TRADING LIMITED (Chinese Traditional: 香港如意國際貿易有限公司), Room 1607, Trend Centre 19 51 Cheung Lee Street Chai Wan, Hong Kong, China; Organization Established Date 20 Dec 2019; C.R. No. 2904608 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

HONGKONG YAQING SHIPPING CO LIMITED, Room 837, 8th Floor, Beverley Commercial Centre, 87-105, Chatham Road South, Tsim Sha Tsui, Kowloon, Hong Kong 999077, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number IMO 0025049; Company Number 3290721 (Hong Kong); Business Registration Number 75433632 (Hong Kong) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ARCTIC LNG 2).

HONGKONG YAYANG TRADING LTD (a.k.a. HONG KONG YAYANG TRADING LIMITED), Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Sep 2021; Company Number 73393791 (Hong Kong) [RUSSIA-EO14024].

HONGXIANG MARINE HONG KONG LTD (Chinese Traditional: 鴻祥海運(香港)有限公司), Room 1502, 15th Floor, Keen Hung Commercial Building, 80, Queen's Road East, Wan Chai, Hong Kong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North

Korea Sanctions Regulations section 510.214; Company Number IMO 5857588 [DPRK4].

HONGYUAN MARINE CO LTD (a.k.a. HONGYUAN MARINE CO LTD HONG UNION), Room 905, China Hong Centre, 717, Zhongxing Lu, Jiangdong Qu, Ningbo, Zhejiang 315040, China; R1003-1008, Heyuan Enterprise Square, 2993 Gonghexin Rd, Shanghai 315040, China; Website http://www.hong-union.com; Additional Sanctions Information - Subject to Secondary Sanctions; Identification Number IMO 5163651 [IRAN-EO13871].

HONGYUAN MARINE CO LTD HONG UNION (a.k.a. HONGYUAN MARINE CO LTD), Room 905, China Hong Centre, 717, Zhongxing Lu, Jiangdong Qu, Ningbo, Zhejiang 315040, China; R1003-1008, Heyuan Enterprise Square, 2993 Gonghexin Rd, Shanghai 315040, China; Website http://www.hong-union.com; Additional Sanctions Information - Subject to Secondary Sanctions; Identification Number IMO 5163651 [IRAN-EO13871].

HONOR BANK (a.k.a. EFTEKHAR BANK; a.k.a. HONORBANK; a.k.a. HONORBANK ZAO; a.k.a. ONER BANK; a.k.a. ONERBANK; a.k.a. ONER-BANK; a.k.a. ONERBANK ZAO), Ulitsa Klary Tsetkin 51, Minsk 220004, Belarus; SWIFT/BIC HNRBBY2X; Registration ID 807000227 (Belarus) issued 16 Oct 2009; all offices worldwide [IRAN].

HONORBANK (a.k.a. EFTEKHAR BANK; a.k.a. HONOR BANK; a.k.a. HONORBANK ZAO; a.k.a. ONER BANK; a.k.a. ONERBANK; a.k.a. ONER-BANK; a.k.a. ONERBANK ZAO), Ulitsa Klary Tsetkin 51, Minsk 220004, Belarus; SWIFT/BIC HNRBBY2X; Registration ID 807000227 (Belarus) issued 16 Oct 2009; all offices worldwide [IRAN].

HONORBANK ZAO (a.k.a. EFTEKHAR BANK; a.k.a. HONOR BANK; a.k.a. HONORBANK; a.k.a. ONER BANK; a.k.a. ONERBANK; a.k.a. ONER-BANK; a.k.a. ONERBANK ZAO), Ulitsa Klary Tsetkin 51, Minsk 220004, Belarus; SWIFT/BIC HNRBBY2X; Registration ID 807000227 (Belarus) issued 16 Oct 2009; all offices worldwide [IRAN].

HOOMER, Farhad (a.k.a. OMAR, Farhad; a.k.a. UMAR, Farhaad; a.k.a. 'UMAR, Farhad), 57 Spathodia Drive, Isipingo Hills, KwaZulu Natal 4133, South Africa; 72 Riley Road, Overport, Essenwood, Berea 4001, South Africa; 9 Nugget Road, Reservoir Hills, Durban 4090, South Africa; DOB 18 Nov 1976; nationality South Africa; citizen South Africa; Gender Male; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Passport A05256584 (South Africa); alt. Passport A04151202 (South Africa); National ID No. 7611185236087 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HOOPAD DARYA SHIPPING AGENCY COMPANY (a.k.a. HOOPAD DARYA SHIPPING AGENCY SERVICES; f.k.a. SOUTH WAY SHIPPING AGENCY), No. 101, Shabnam Alley, Ghaem Magham Street, Tehran, Iran; Hoopad Darya Shipping Agency Building, B.I.K. Port Complex, Bandar Imam Khomeini, Iran; Hoopad Darya Shipping Agency Building, Imam Khomeini Blvd, Bandar Abbas, Iran; Flat No. 2, 2nd Floor, SSL Building, Coastal Blvd, Between City Hall and Post Office, Khorramshahr, Iran; Opposite to City Post Office, No. 2 Telecommunications Center, Bandar Assaluyeh, Iran; PO Box 1589673134, Tehran, Iran; Website www.hdsac.net; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 349706 (Iran) [IRAN].

HOOPAD DARYA SHIPPING AGENCY SERVICES (a.k.a. HOOPAD DARYA SHIPPING AGENCY COMPANY; f.k.a. SOUTH WAY SHIPPING AGENCY), No. 101, Shabnam Alley, Ghaem Magham Street, Tehran, Iran; Hoopad Darya Shipping Agency Building, B.I.K. Port Complex, Bandar Imam Khomeini, Iran; Hoopad Darya Shipping Agency Building, Imam Khomeini Blvd, Bandar Abbas, Iran; Flat No. 2, 2nd Floor, SSL Building, Coastal Blvd, Between City Hall and Post Office, Khorramshahr, Iran; Opposite to City Post Office, No. 2 Telecommunications Center, Bandar Assaluyeh, Iran; PO Box 1589673134, Tehran, Iran; Website www.hdsac.net; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 349706 (Iran) [IRAN].

HOOPOE BUSINESS BROKERS LLC (f.k.a. HOOPOE SPORTS AGENT L.L.C.; a.k.a. HOOPOE SPORTS LLC), Office No. 2101 and 2102, 21st Floor, Emaar Boulevard Plaza, Tower 2, Dubai, United Arab Emirates; Organization Established Date 17 May 2017; Dubai Chamber of Commerce Membership No. 289666 (United Arab Emirates); Commercial Registry Number 1286684 (United Arab Emirates); Company Number 782807 (United Arab Emirates) [TCO].

HOOPOE SPORTS AGENT L.L.C. (f.k.a. HOOPOE BUSINESS BROKERS LLC; a.k.a.

HOOPOE SPORTS LLC), Office No. 2101 and 2102, 21st Floor, Emaar Boulevard Plaza, Tower 2, Dubai, United Arab Emirates; Organization Established Date 17 May 2017; Dubai Chamber of Commerce Membership No. 289666 (United Arab Emirates); Commercial Registry Number 1286684 (United Arab Emirates); Company Number 782807 (United Arab Emirates) [TCO].

HOOPOE SPORTS LLC (f.k.a. HOOPOE BUSINESS BROKERS LLC; f.k.a. HOOPOE SPORTS AGENT L.L.C.), Office No. 2101 and 2102, 21st Floor, Emaar Boulevard Plaza, Tower 2, Dubai, United Arab Emirates; Organization Established Date 17 May 2017; Dubai Chamber of Commerce Membership No. 289666 (United Arab Emirates); Commercial Registry Number 1286684 (United Arab Emirates); Company Number 782807 (United Arab Emirates) [TCO].

HORIZON ADVANCED SOLUTIONS GENERAL TRADING (a.k.a. HORIZON ADVANCED SOLUTIONS GENERAL TRADING - SOLE PROPRIETORSHIP L.L.C. (Arabic: هوريزون ادفانسيد سوليوشنز للتجارة العامة - شركة الشخص الواحد ذ م م)), Abu Dhabi, United Arab Emirates; Organization Established Date 23 Feb 2020; Organization Type: Wholesale and retail trade; License CN-2994419 (United Arab Emirates); Registration Number 11502966 (United Arab Emirates) [SUDAN-EO14098] (Linked To: CAPITAL TAP HOLDING L.L.C.).

HORIZON ADVANCED SOLUTIONS GENERAL TRADING - SOLE PROPRIETORSHIP L.L.C. (Arabic: هوريزون ادفانسيد سوليوشنز للتجارة العامة - شركة الشخص الواحد ذ م م) (a.k.a. HORIZON ADVANCED SOLUTIONS GENERAL TRADING), Abu Dhabi, United Arab Emirates; Organization Established Date 23 Feb 2020; Organization Type: Wholesale and retail trade; License CN-2994419 (United Arab Emirates); Registration Number 11502966 (United Arab Emirates) [SUDAN-EO14098] (Linked To: CAPITAL TAP HOLDING L.L.C.).

HORIZON HARVEST SHIPPING LLC (Arabic: هورايزون هارفيست للشحن ذ م م), Office No 103, Al Garhoud, Deira, Dubai, United Arab Emirates; Organization Established Date 30 Nov 2023; Identification Number IMO 6457931; License 1270880 (United Arab Emirates) [IRAN-EO13902].

HORMOGAN ELECTRICITY AND POWER GENERATION, Iran; Additional Sanctions Information - Subject to Secondary Sanctions

[IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

HORMOZ OIL REFINING COMPANY, Next to the Current Bandar Abbas Refinery, Bandar Abbas City, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

HORMOZ UREA FERTILIZER COMPANY, Iran; Website www.hormoz-fc.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

HORMOZGAN STEEL COMPANY (a.k.a. "HOSCO"), Shahid Rejaei Port Road KM 13, Bandar Abbas, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

HORRYZIN INTERNATIONAL TRADE CO., LIMITED (Chinese Traditional: 灝晟錦國際貿易有限公司), Hennessy Road, Wanchai, Hong Kong, China; 16/F, Kowloon Building, 555 Nathan Road, Mongkok, Kowloon, Hong Kong, China; Organization Established Date 30 Mar 2017; C.R. No. 2515317 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

HOSEINI MUNES, Sayyed Ahmad (Arabic: سيد احمد حسينى مونس), Tehran, Iran; DOB 18 Mar 1974; POB Ali Sadr, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4031738625 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT SPACE GROUP).

HOSEINI, Mohammad Ali (a.k.a. HOSSEINI, Mohammad Ali; a.k.a. "HOSEINI, Mohammadali"; a.k.a. "HOSSENI, M. Ali"), Iran; DOB 16 Sep 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U41608657 (Iran); National ID No. 0579705900 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JEHAD ORGANIZATION; Linked To: PARCHIN CHEMICAL INDUSTRIES).

HOSEINZADEH, Amin (a.k.a. KHANMIRI, Amin Hosseinzadeh), Iran; DOB 19 Feb 1989; POB Azarshahr, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport X20406521 (Iran) (individual) [IRAN-HR] (Linked To:

IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

HOSSEINI NEJAD TRADING CO. (a.k.a. ARFA PAINT COMPANY; a.k.a. ARFEH COMPANY; a.k.a. FARASEPEHR ENGINEERING COMPANY; a.k.a. IRAN SAFFRON COMPANY; a.k.a. IRANSAFFRON CO; a.k.a. SHETAB G; a.k.a. SHETAB GAMAN; a.k.a. SHETAB TRADING; a.k.a. Y.A.S. CO LTD.; a.k.a. YASA PART), West Lavansai, Tehran 009821, Iran; Sa'adat Abaad, Shahrdari Sq Sarv Building, 9th Floor, Unit 5, Tehran, Iran; No 17, Balooch Alley, Vaezi St, Shariati Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

HOSSEINI, Mohammad Ali (a.k.a. HOSEINI, Mohammad Ali; a.k.a. "HOSEINI, Mohammadali"; a.k.a. "HOSSENI, M. Ali"), Iran; DOB 16 Sep 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U41608657 (Iran); National ID No. 0579705900 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JEHAD ORGANIZATION; Linked To: PARCHIN CHEMICAL INDUSTRIES).

HOSSEINI, Sadegh (a.k.a. HOSSEINI, Seyed Sadegh (Arabic: سيد صادق حسينى)), Kurdistan, Iran; DOB 1963 to 1964; POB Dehloran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; IRGC Commander in Kurdistan (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

HOSSEINI, Sayyed Jabar; DOB 03 Oct 1955; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: LINER TRANSPORT KISH).

HOSSEINI, Sayyed Mojtaba (Arabic: سيد مجتبى حسينى), Iran; DOB 22 Mar 1974; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E65641045 (Iran) expires 14 Oct 2028; alt. Passport Y68396894 (Iran) expires 14 Oct 2029 (individual) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

HOSSEINI, Seyed Sadegh (Arabic: سيد صادق حسينى) (a.k.a. HOSSEINI, Sadegh), Kurdistan, Iran; DOB 1963 to 1964; POB Dehloran, Iran;

nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; IRGC Commander in Kurdistan (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

HOSTERIA LAS DOS PALMAS (a.k.a. FLOREZ HERMANOS LTDA.), Carrera 65 No. 34-35, Medellin, Colombia; NIT # 8000902368 (Colombia) [SDNT].

HOSTERIA LLANOGRANDE (a.k.a. LLANOTOUR LTDA.), Carretera Las Palmas cruce Aeropuerto Km. 3, Rionegro, Antioquia, Colombia; NIT # 890941440-4 (Colombia) [SDNT].

HOTEL CASA GRANDE - SARAJEVO, BOSNIA AND HERZEGOVINA, Velika Aleja 2, Sarajevo 71000, Bosnia and Herzegovina [SDNTK].

HOTEL CASA GRANDE - ULCINJ, MONTENEGRO, Donji Stoj B.B., Ulcinj 85360, Montenegro; Website www.casagrande-mne.com [SDNTK].

HOTEL HOLDING, S.R.O., Bratislava, Slovakia; Tax ID No. 2023153495 (Slovakia); Registration Number 45946892 (Slovakia) [GLOMAG] (Linked To: KOCNER, Marian).

HOTEL LAS TORRES (a.k.a. HOTELERA LOPEZ MATEOS S.A. DE C.V.), Boulevard Adolfo Lopez Mateos 1401, Mexicali, Baja California 21040, Mexico; Website https://hotelastorres.com/home.html; Phone Number +52 686 555 5920; Organization Established Date 08 May 2014; Organization Type: Short term accommodation activities; Tax ID No. HLM140508NU5 (Mexico) [TCO] (Linked To: HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION).

HOTEL MANAGEMENT INTERNATIONAL, LLC (a.k.a. VALLARTA GARDENS RESORTS, LLC), San Antonio, TX, United States; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 14 Nov 2012; Organization Type: Other reservation service and related activities; Tax ID No. 32049481941 (Texas) (United States) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: RIVERA MIRAMONTES, Carlos Humberto).

HOTEL PALACE (a.k.a. CIA. CONSTRUCTORA Y COMERCIALIZADORA DEL SUR LTDA.; a.k.a. COSUR LTDA.), Avenida El Dorado Entrada 2 Int. 6, Bogota, Colombia; NIT # 890329758-7 (Colombia) [SDNT].

HOTEL PLAZA, Avenida Madero 366, Centro Civico, Mexicali, Baja California 21100, Mexico; Website https://hotel-plaza-mexicali.negocio.site/; Phone Number +52 686-383-6864; Organization Type: Short term accommodation activities [TCO] (Linked To: HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION).

HOTEL REGENTE (a.k.a. ADMINISTRADORA DEL ORIENTE; a.k.a. ESTACION GUADALUPE), Guatemala; NIT # 7142099 (Guatemala) [SDNTK].

HOTEL SIN PECADOS (a.k.a. GAVIOTAS LTDA.; a.k.a. MOTEL CAMPO AMOR; a.k.a. "HOTEL SIN PK2"), Calle 4A No. 21-34 Circunvalar, Cartago, Valle, Colombia; NIT # 800032092-7 (Colombia) [SDNT].

HOTELERA LOPEZ MATEOS S.A. DE C.V. (a.k.a. HOTEL LAS TORRES), Boulevard Adolfo Lopez Mateos 1401, Mexicali, Baja California 21040, Mexico; Website https://hotelastorres.com/home.html; Phone Number +52 686 555 5920; Organization Established Date 08 May 2014; Organization Type: Short term accommodation activities; Tax ID No. HLM140508NU5 (Mexico) [TCO] (Linked To: HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION).

HOTELERA MUNDIAL, S.A., Panama; RUC # 22515-10-201355 (Panama) [SDNTK].

HOTELITO DESCONOCIDO, Playon de Mismaloya s/n, La Cruz de Loreto, Tomatlan, Jalisco 48460, Mexico; Blvd. Puerta de Hierro # 5210, Piso 8, Col. Puerta de Hierro, Zapopan, Jalisco 45116, Mexico; Website www.hotelito.com [SDNTK].

HOTH, Gatluak Nyang (a.k.a. "NYANGA, Hoth Gatluak"), Mayendit County, Unity, South Sudan; DOB 1982; POB Dablual Village, Mayendit County, Unity, South Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

HOTSANIUK, Iurii Mykhailovych (Cyrillic: ГОЦАНЮК, Юрій Михайлович) (a.k.a. GOTSANIUK, Jurij Mikhailovich; a.k.a. GOTSANYUK, Jury Mikhailovich; a.k.a. GOTSANYUK, Yuri Mikhailovich (Cyrillic: ГОЦАНЮК, Юрий Михайлович)), Simferopol, Ukraine; DOB 18 Jul 1966; POB Nove Selo, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

HOTSENKO, Vitaly (a.k.a. KHOTSENKO, Vitaliy Pavlovich (Cyrillic: ХОЦЕНКО, Виталий Павлович)), Donetsk, Ukraine; DOB 18 Mar 1986; POB Dnepropetrovsk, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

HOU, Xueyuan (Chinese Traditional: 侯雪員; Chinese Simplified: 侯雪员), No. 20-18, Xima Village, Shiliu Street, Donghai County, Jiangsu, China; DOB 07 Nov 1986; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 320722198611070815 (China) (individual) [NPWMD] [IFSR] (Linked To: INNOVIA ELECTRONIC TECHNOLOGY CO LIMITED).

HOUMAT ED DAAWA ES SALIFIYA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HOUMAT ED-DAAOUA ES-SALAFIA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR

SQUADRON), Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HOUMATE ED-DAAWA ES-SALAFIA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HOUMATE EL DA'AWAA ES-SALAFIYYA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HOUSE OF ART LIMITED, Suites 2111-13, 21/F, Prudential Tower, The Gateway, Harbour City, 21 Canton Road, Tsimshatsui, Kowloon, Hong Kong, China; Room 201, Yu To Sang Building, 37 Queen's Road Central, Hong Kong, China; Website www.house-of-art.com.hk; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 14 May 2014; Registration Number 2096541 (Hong Kong) [SDGT] (Linked To: MEGA GEMS PTY LTD).

HOUSING BANK - OF IRAN (a.k.a. BANK MASKAN), PO Box 11365/5699, No 247 3rd Floor Fedowsi Ave, Cross Sarhang Sakhaei St, Tehran, Iran; P.O. Box 11365-3499, Ferdowsi Ave, Cross Sarhang Sakhaie St, Tehran, Iran; Website www.bank-maskan.ir; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] [IRAN-EO13902].

HOUTHI NATIONAL COMMITTEE FOR PRISONERS AFFAIRS (a.k.a. NATIONAL COMMITTEE FOR PRISONERS AFFAIRS; a.k.a. "NCPA"), Sana'a, Yemen [GLOMAG].

HOUWAYEK, Marianne Hamid (a.k.a. ANDRIANOPOULOS, Marianne Alexandros; a.k.a. HOAYEK, Marianne (Arabic: ماريان حويك); a.k.a. HOYEK, Marianne Hamid Gebrayel), Beirut, Lebanon; DOB 14 May 1980; POB Faytroun, Lebanon; nationality Lebanon; Gender Female; Passport RL3598301 (Lebanon) expires 11 Feb 2021; alt. Passport LR1934306 (Lebanon) expires 11 Nov 2030; National ID No. 000040732326 (Lebanon) (individual) [LEBANON].

HOVTVIN, Yuriy Mykolayovych (Cyrillic: ГОВТВІН, Юрій Миколайович) (a.k.a. GOVTVIN, Yuriy Nikolaevich (Cyrillic: ГОВТВИН, Юрий Николаевич); a.k.a. GOVTVIN, Yuriy Nikolayevich), Square of the Heroes of the Great Patriotic War, 3, Luhansk, So-called Luhansk People's Republic, Ukraine; DOB 12 Apr 1968; nationality Ukraine; Gender Male (individual) [RUSSIA-EO14065].

HOYEK, Marianne Hamid Gebrayel (a.k.a. ANDRIANOPOULOS, Marianne Alexandros; a.k.a. HOAYEK, Marianne (Arabic: ماريان حويك); a.k.a. HOUWAYEK, Marianne Hamid), Beirut, Lebanon; DOB 14 May 1980; POB Faytroun, Lebanon; nationality Lebanon; Gender Female; Passport RL3598301 (Lebanon) expires 11 Feb 2021; alt. Passport LR1934306 (Lebanon) expires 11 Nov 2030; National ID No. 000040732326 (Lebanon) (individual) [LEBANON].

HOZDRA GROUP LIMITED, Unit D3, 11th Floor, Luk Hop Industrial Building, 8, Luk Hop Street, San Po Kong, Hong Kong, China; Organization Established Date 24 Mar 2025; Identification Number IMO 0220254; Business Registration Number 77900996 (Hong Kong) [IRAN-EO13902].

HRIBAK, Alenka (a.k.a. HRIBAR, Alenka; a.k.a. KARNER, Alenka), IV-044 Rozna Dolina Cesta, Ljubljana, Slovenia; DOB 04 Sep 1978; POB Ljubljana, Slovenia; citizen Slovenia; Registration ID 0409978505053 (Slovenia) (individual) [SDNTK].

HRIBAR, Alenka (a.k.a. HRIBAK, Alenka; a.k.a. KARNER, Alenka), IV-044 Rozna Dolina Cesta, Ljubljana, Slovenia; DOB 04 Sep 1978; POB Ljubljana, Slovenia; citizen Slovenia; Registration ID 0409978505053 (Slovenia) (individual) [SDNTK].

HRODNA TOBACCO FACTORY NEMAN (a.k.a. AAT HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: ААТ ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. GRODNO TOBACCO FACTORY NEMAN; a.k.a. GTF NEMAN; a.k.a. OAO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОАО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН); a.k.a. OJSC GRODNO TOBACCO FACTORY NEMAN; a.k.a. OPEN JOINT-STOCK COMPANY GRODNO TOBACCO FACTORY NEMAN; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН)), ul. Ordzhonikidze, d. 18, Grodno, Grodnenskaya Oblast 230771, Belarus (Cyrillic: ул. Орджоникидзе, д. 18, г. Гродно, Гродненская область 230771, Belarus); Organization Established Date 29 Dec 1996; Registration Number 500047627 (Belarus) [BELARUS-EO14038].

HRYB, Mikhail (a.k.a. GRIB, Mikhail (Cyrillic: ГРИБ, Михаил); a.k.a. GRIB, Mikhail Vyacheslavovich (Cyrillic: ГРИБ, Михаил Вячеславович)), Minsk, Belarus; DOB 29 Jul 1980; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

HS ATLANTICA LIMITED, 80 Broad Street, Monrovia, Liberia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number IMO 6356766 [RUSSIA-EO14024].

HSAI, U Sai Lone (a.k.a. HSAING, U Sai Lone; a.k.a. HSENG, Sai Lone; a.k.a. HSENG, Sai Long; a.k.a. SAING, Sai Lone; a.k.a. SAING, U Sai Lone), Naypyitaw, Burma; DOB 18 Apr 1947; nationality Burma; Gender Male; State Administrative Council Member (individual) [BURMA-EO14014].

HSAING, U Sai Lone (a.k.a. HSAI, U Sai Lone; a.k.a. HSENG, Sai Lone; a.k.a. HSENG, Sai Long; a.k.a. SAING, Sai Lone; a.k.a. SAING, U Sai Lone), Naypyitaw, Burma; DOB 18 Apr 1947; nationality Burma; Gender Male; State Administrative Council Member (individual) [BURMA-EO14014].

HSAN, Pwint (a.k.a. SAN, Pwint), Zayar Shwe Pyi Road, Naypyitaw, Burma; DOB 13 Jul 1961; POB Rangoon, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM000334 (Burma) issued 30 May 2011 expires 29 May 2021; National ID No. 12MARAKAN007186 (Burma); Union Minister of Commerce (individual) [BURMA-EO14014].

HSENG, Sai Lone (a.k.a. HSAI, U Sai Lone; a.k.a. HSAING, U Sai Lone; a.k.a. HSENG, Sai Long; a.k.a. SAING, Sai Lone; a.k.a. SAING, U Sai Lone), Naypyitaw, Burma; DOB 18 Apr 1947; nationality Burma; Gender Male; State Administrative Council Member (individual) [BURMA-EO14014].

HSENG, Sai Long (a.k.a. HSAI, U Sai Lone; a.k.a. HSAING, U Sai Lone; a.k.a. HSENG, Sai Lone; a.k.a. SAING, Sai Lone; a.k.a. SAING, U Sai Lone), Naypyitaw, Burma; DOB 18 Apr 1947; nationality Burma; Gender Male; State Administrative Council Member (individual) [BURMA-EO14014].

HSF DIS TICARET LIMITED SIRKETI, Emniyet Evleri M.E. Buyukdere CD Sapphire No: 1/1/1B04 Kagithane, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 19 Oct 2021; Chamber of Commerce Number 1325177 (Turkey); Registration Number 334856-5 (Turkey); Central Registration System Number 0464-1770-1330-0001 (Turkey) [IRAN-EO13871] (Linked To: KHOUZESTAN STEEL COMPANY).

HSI TRADING FZE, Office CI-I3I7Q, Ajman Free Zone, Ajman, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR).

HSING, Su (a.k.a. MYINT, Li; a.k.a. "SU HSING"; a.k.a. "U LI MYINT"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; 525 Merchant Street, Rangoon, Burma; Tangyan, Burma; National ID No. 13/Ta Ta Na (Naing)019077 (Burma) (individual) [SDNTK].

HTET, Hein (a.k.a. HTET, Ivan; a.k.a. HTET, U Hein), Burma; DOB 06 Nov 1987; nationality Burma; Gender Male; National ID No. 12DAGANAN029901 (Burma) (individual) [BURMA-EO14014].

HTET, Ivan (a.k.a. HTET, Hein; a.k.a. HTET, U Hein), Burma; DOB 06 Nov 1987; nationality Burma; Gender Male; National ID No. 12DAGANAN029901 (Burma) (individual) [BURMA-EO14014].

HTET, Kaung (a.k.a. HTET, U Kaung), Burma; DOB 03 Aug 1992; nationality Burma; Gender Male; National ID No. 12DAGANAN032517 (Burma) (individual) [BURMA-EO14014].

HTET, Theint Win, Burma; DOB 21 May 1999; nationality Burma; Gender Female; National ID No. 12/LAMANAN155055 (Burma) (individual) [BURMA-EO14014] (Linked To: ZAW, Thein Win).

HTET, U Hein (a.k.a. HTET, Hein; a.k.a. HTET, Ivan), Burma; DOB 06 Nov 1987; nationality Burma; Gender Male; National ID No. 12DAGANAN029901 (Burma) (individual) [BURMA-EO14014].

HTET, U Kaung (a.k.a. HTET, Kaung), Burma; DOB 03 Aug 1992; nationality Burma; Gender Male; National ID No. 12DAGANAN032517 (Burma) (individual) [BURMA-EO14014].

HTOO GROUP (a.k.a. HTOO GROUP OF COMPANIES; a.k.a. "HCG"), No. 5, Pyay Road, Hlaing Township, Yangon, Burma; Organization Type: Activities of holding companies; Target Type Private Company [BURMA-EO14014] (Linked To: ZA, Tay).

HTOO GROUP OF COMPANIES (a.k.a. HTOO GROUP; a.k.a. "HCG"), No. 5, Pyay Road, Hlaing Township, Yangon, Burma; Organization Type: Activities of holding companies; Target Type Private Company [BURMA-EO14014] (Linked To: ZA, Tay).

HTTS HANSEATIC TRADE TRUST & SHIPPING GMBH (a.k.a. HTTS HANSEATIC TRADE TRUST AND SHIPPING GMBH), Schottweg 5-7, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRB 109492 [IRAN].

HTTS HANSEATIC TRADE TRUST AND SHIPPING GMBH (a.k.a. HTTS HANSEATIC TRADE TRUST & SHIPPING GMBH), Schottweg 5-7, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRB 109492 [IRAN].

HTUN, Zaw Min (a.k.a. TUN, Zaw Min), Burma; DOB 20 Jul 2001; POB Burma; nationality Burma; Gender Male; National ID No. 9/PABATHA(N)010135 (Burma) (individual) [BURMA-EO14014].

HTUT, Soe, Burma; DOB 1960; Gender Male (individual) [BURMA-EO14014].

HU, Chi Shu (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

HU, Chishu (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"),

Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

HU, Lianhe (Chinese Simplified: 胡联合), China; DOB 04 Oct 1967; POB Shaoyang, Hunan, China; nationality China; Gender Male (individual) [GLOMAG].

HU, Xiaoxun, China; DOB 19 Oct 1975; POB China; nationality China; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport G00062763 (China) (individual) [RUSSIA-EO14024].

HU, Yongan; DOB 26 May 1976; POB China; citizen China; Passport E00957550 (China); National ID No. 410204197605261014 (China); Chinese Commercial Code 5170 3057 1344 (individual) [SDNTK] (Linked To: CEC LIMITED).

HU, Yunlu (Chinese Simplified: 胡运禄) (a.k.a. "HU, Hans"), China; DOB 01 Apr 1990; POB Yangxin County, Huangshi, Hubei, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 420222199004010512 (China) (individual) [NPWMD] [IFSR] (Linked To: ROCKET PCB SOLUTION LTD).

HUA, Shi Yu (a.k.a. SHI, Yuhua; a.k.a. YUHUA, Shi; a.k.a. "SHI, Arlex"), China; DOB 05 Aug 1976; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport PE0475719 (China) expires 14 Nov 2019 (individual) [NPWMD] [IFSR].

HUACHENG CO LTD (a.k.a. HWACHENG CO LIMITED (Chinese Traditional: 華誠股份有限公司)), RM. 2, 3/F., Ruby Commercial Building, 480 Nathan Road, KLN, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Company Number 3254024 (Hong Kong) [RUSSIA-EO14024].

HUALI BANK (Chinese Simplified: 朝鲜华丽银行) (a.k.a. BRILLIANCE BANKING CORPORATION, LTD.; a.k.a. GORGEOUS BANK OF NORTH KOREA; a.k.a. HANA BANKING CORPORATION LTD; a.k.a. HWARYO BANK (Korean: 화려은행)),

Haebangsan Hotel, Jungsong-Dong, Sungri Street, Central District, Pyongyang, Korea, North; Dandong, China; SWIFT/BIC BRBKKPP1; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

HUANG, Chieh, Koror, Palau; Hsinchu, Taiwan; DOB 05 Jan 1994; nationality Taiwan; Gender Female; Passport 351788588 (Taiwan) (individual) [TCO] (Linked To: GRAND LEGEND INTERNATIONAL ASSET MANAGEMENT GROUP CO. LTD.).

HUANG, Chin-Hua (a.k.a. HUANG, Jinee), Taiwan; DOB 08 Apr 1978; POB Taiwan; citizen Taiwan; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport 302114600 (Taiwan) expires 07 Oct 2020; Identification Number H222234242 (Taiwan) (individual) [NPWMD] [IFSR] (Linked To: DES INTERNATIONAL CO., LTD.).

HUANG, Jinee (a.k.a. HUANG, Chin-Hua), Taiwan; DOB 08 Apr 1978; POB Taiwan; citizen Taiwan; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport 302114600 (Taiwan) expires 07 Oct 2020; Identification Number H222234242 (Taiwan) (individual) [NPWMD] [IFSR] (Linked To: DES INTERNATIONAL CO., LTD.).

HUANG, Man Chi (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

HUANG, Manchi (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

HUANG, Wan Ken (a.k.a. HUANG, Wang Ken (Chinese Traditional: 黃旺根); a.k.a. HUANG, Wang-gen; a.k.a. HUANG, Wan-Ken), Taiwan; DOB 18 Jul 1960; nationality Taiwan; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

HUANG, Wang Ken (Chinese Traditional: 黃旺根) (a.k.a. HUANG, Wan Ken; a.k.a. HUANG, Wang-gen; a.k.a. HUANG, Wan-Ken), Taiwan; DOB 18 Jul 1960; nationality Taiwan; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

HUANG, Wang-gen (a.k.a. HUANG, Wan Ken; a.k.a. HUANG, Wang Ken (Chinese Traditional: 黃旺根); a.k.a. HUANG, Wan-Ken), Taiwan; DOB 18 Jul 1960; nationality Taiwan; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

HUANG, Wan-Ken (a.k.a. HUANG, Wan Ken; a.k.a. HUANG, Wang Ken (Chinese Traditional: 黃旺根); a.k.a. HUANG, Wang-gen), Taiwan;

DOB 18 Jul 1960; nationality Taiwan; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

HUANG, Xiaojun (Chinese Simplified: 黄晓君), No. 25 Taian Avenue, Shanwei, Guangdong, China; DOB 28 Nov 1988; POB China; nationality China; Gender Female; Digital Currency Address - XBT 3NEcQKZ8RwL2eDNhmMPpZ4td9vPsQh9JwM; Phone Number 8615113505076; alt. Phone Number 8618826483838; National ID No. 441581198811282748 (China) (individual) [ILLICIT-DRUGS-EO14059].

HUANG, Zhanpeng (Chinese Simplified: 黄展鹏), China; DOB 20 May 1994; POB China; nationality China; Gender Male; Phone Number 8615697580537; alt. Phone Number 8618826483838; alt. Phone Number 8618826483830; National ID No. 441522199405202831 (China) (individual) [ILLICIT-DRUGS-EO14059].

HUANGDAO INSPECTION AND CERTIFICATION CO., LTD (Chinese Simplified: 黄岛检验认证有限公司), Room 1216, No. 469 Changjiang M. Road, Huangdao, Qingdao, Shandong 266555, China; Room 1201, No. 150, Huanghe East Road, Pilot Free Trade Zone, Qingdao, Shandong 266000, China; Room 1803, #469, Changjiang Zhong Road, Huangdao, Qingdao, Shandong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Jul 2012; Unified Social Credit Code (USCC) 91370211599022395P (China) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

HUANGSHAN WANNAN MACHINERY CO., LTD. (a.k.a. SINO MACHINERY CO., LTD. (Chinese Simplified: 安徽新诺精工股份有限公司)), No. 51 West Huancheng Road, Yansi Town, Huizhou District, Huangshan, Anhui 245900, China; Website www.sinocnc.com.cn; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Aug 2017; Unified Social Credit Code (USCC) 91341000MA2NY77U6X (China) [RUSSIA-EO14024].

HUANYA INTERNATIONAL HOLDING GROUP (a.k.a. TRANS ASIA INTERNATIONAL HOLDING GROUP THAILAND COMPANY LIMITED), 100/20 Prasat Withee Road, Mae Sot, Tak 63110, Thailand; Organization Established Date 24 Feb 2020; Organization Type: Non-specialized wholesale trade; Registration Number 0635563000201 (Thailand) [BURMA-EO14014] [CYBER4].

HUASHUO SEMICONDUCTOR CO LTD (a.k.a. SHENZHEN HUASHUO SEMICONDUCTOR CO LTD (Chinese Simplified: 深圳市华朔半导体有限公司)), B1403, Huangjia Business Center, Minzhi Street, Shenzhen 518000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91440300359998807C (China) [RUSSIA-EO14024].

HUAXIA TRADING LTD (Chinese Traditional: 華夏貿易有限公司), Room 1509-09, Block B, International Financial Services Center, 181, Heji Jie, Yinzhou Qu, Ningbo, Zhejiang, China; Room 2, 3/F, Ruby Commercial Building, 480 Nathan Road, Kowloon, Hong Kong, China; Organization Established Date 13 Mar 2024; Identification Number IMO 6483748; Company Number 3377340 (Hong Kong); Business Registration Number 76309052 (Hong Kong) [IRAN-EO13902].

HUAXIN SHIPPING HONGKONG LTD (Chinese Traditional: 華信船務(香港)有限公司), Room 2105, Trend Centre, 29-31 Chueng Lee Street, Chai Wan, Hong Kong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5758476 [DPRK4].

HUAYING HUIZHOU DAYA BAY PETROCHEMICAL TERMINAL STORAGE CO., LTD (a.k.a. HAUYING HUIZHOU DAYA BAY PETROCHEMICAL TERMINAL WAREHOUSING CO., LTD.), No. 131 Seafood Street, Aotou Street, Daya Bay District, Huizhou, Guangdong 516200, China; Additional Sanctions Information - Subject to Secondary Sanctions; Unified Social Credit Code (USCC) 9144130055556327XA (China) [IRAN-EO13846].

HUBAREVA, Katerina Yuriivna (a.k.a. GUBAREVA, Ekaterina; a.k.a. GUBAREVA, Ekaterina Yurievna (Cyrillic: ГУБАРЕВА, Екатерина Юрьевна); a.k.a. GUBAREVA, Kateryna Yuriivna (Cyrillic: ГУБАРЕВА, Катерина Юріівна); a.k.a. GUBAREVA, Yekaterina; a.k.a. KRASKO, Ekaterina Yurievna), 3 B. Severnaya Street, Apt. 30, Donetsk, Donetsk Region, Ukraine; 101 Karl Marx Street, Apt. 10, Kahovka, Kherson Region, Ukraine; DOB 05 Jul 1983; nationality Ukraine; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3050117961 (Russia) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

HUBARYEV, Pavlo (a.k.a. GUBAREV, Pavel); DOB 10 Feb 1983; POB Sievierodonetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

HUBEI CHICA INDUSTRIAL CO., LTD. (a.k.a. "CHICA CHEM"), Room 11, 21st Floor, Unit A, Block A of Happiness Times (A-4 Block), Intersection of Jianqu Road and Xinhuqu Road, Jiang'An District, Wuhan, Hubei, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Sep 2018; Unified Social Credit Code (USCC) 91420102MA4L0PAU03 (China) [SDGT] (Linked To: ANSARALLAH).

HUBEI VAST CHEMICAL CO., LIMITED (Chinese Simplified: 湖北翰弘化工有限公司) (a.k.a. HANHONG MEDICINE TECHNOLOGY HUBEI CO., LIMITED), Office Unit B, ON 9/F, Thomson Commercial Building 8, Thomson Road, Hong Kong, China; Website www.vast-chem.com; Organization Established Date 30 Jun 2020; Registration Number 2956172 (Hong Kong) [ILLICIT-DRUGS-EO14059] (Linked To: DU, Changgen).

HUDROJ, Bilal (a.k.a. HODROJ, Bilal; a.k.a. HODROJ, Bilal Yousef (Arabic: بلال يوسف حدرج); a.k.a. HUDRUJ, Bilal), Lebanon; DOB 10 Jul 1968; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR2435514 (Lebanon) expires 02 Nov 2031 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

HUDRUJ EXCHANGE (a.k.a. HODROJ EXCHANGE S.A.R.L (Arabic: شركة حدرج للصيرفة ش.م.م)), Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Sep 2009;

Business Registration Number 2017574 (Lebanon) [SDGT] (Linked To: HUDROJ, Bilal).

HUDRUJ, Bilal (a.k.a. HODROJ, Bilal; a.k.a. HODROJ, Bilal Yousef (Arabic: بلال يوسف حدرج); a.k.a. HUDROJ, Bilal), Lebanon; DOB 10 Jul 1968; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR2435514 (Lebanon) expires 02 Nov 2031 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

HUIHAI HONG KONG SHIPPING CO LIMITED, Rm. 4, 16/F, Ho King Comm Ctr, 2 - 16 Fayuen St, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 30 May 2022; Company Number 3157252 (Hong Kong); Business Registration Number 74089456 (Hong Kong) [UKRAINE-EO13662] [RUSSIA-EO14024].

HUIHAI SHIP MANAGEMENT CO., LTD. (Chinese Simplified: 汇海船舶管理有限公司) (a.k.a. FENGHUI SHIP MANAGEMENT CO., LTD. (Chinese Traditional: 豐匯船舶管理有限公司); a.k.a. GLOBAL MARINE SHIP MANAGEMENT CO., LIMITED; a.k.a. GLOBAL MARINE SHIP MANAGEMENT CO., LTD. (Chinese Traditional: 匯海船舶管理有限公司)), Room 1708, Zhongshang Building, No. 100, Hong Kong Middle Road, Shinan District, Qingdao, Shandong Province, China; Flat C, 15th Floor, Unionway Commercial Centre, 283 Queens Road, Central, Hong Kong, China; Room 2108, 21/F, C Wu Building, 302-308 Hennessy Road, Wanchai, Hong Kong, China; Website www.GMSHIPS.com; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Identification Number IMO 5528362; Commercial Registry Number 1427788 (China) [IRAN-EO13846].

HUJAYJ, Qasim Muhammad (a.k.a. HAJIJ, Qasim; a.k.a. HEJEIJ, Kassem); DOB 05 Mar 1953; POB Lagos, Nigeria; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0000432 (Lebanon) issued 31 Jan 2013 expires 31 Jan 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

HUJI-B (a.k.a. HARAKAT UL JIHAD AL ISLAMI; a.k.a. HARAKAT UL JIHAD ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD E ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD-I-ISLAMI/BANGLADESH; a.k.a. HARKAT UL JIHAD AL ISLAMI; a.k.a. HARKATUL JIHAD; a.k.a. HARKATUL JIHAD AL ISLAM; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. IDEK; a.k.a. ISLAMI DAWAT-E-KAFELA); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HULM AL SAHRA ELECT DEVICES TR (a.k.a. HULM AL SAHRA ELECTRIC DEVICES TRADING (Arabic: حلم الصحراء لتجارة الاجهزه الكهربائيه); a.k.a. HULM AL SAHRA ELECTRIC DEVICES TRADING LTD), Building 38 Industrial Area No. 1, Al Dhaid City, Sharjah, United Arab Emirates; PO Box 62105, Sharjah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Apr 1999; Organization Type: Wholesale of electronic and telecommunications equipment and parts; Registration Number 11166971 (United Arab Emirates); alt. Registration Number 501015 (United Arab Emirates) [RUSSIA-EO14024].

HULM AL SAHRA ELECTRIC DEVICES TRADING (Arabic: حلم الصحراء لتجارة الاجهزه الكهربائيه) (a.k.a. HULM AL SAHRA ELECT DEVICES TR; a.k.a. HULM AL SAHRA ELECTRIC DEVICES TRADING LTD), Building 38 Industrial Area No. 1, Al Dhaid City, Sharjah, United Arab Emirates; PO Box 62105, Sharjah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Apr 1999; Organization Type: Wholesale of electronic and telecommunications equipment and parts; Registration Number 11166971 (United Arab Emirates); alt. Registration Number 501015 (United Arab Emirates) [RUSSIA-EO14024].

HULM AL SAHRA ELECTRIC DEVICES TRADING LTD (a.k.a. HULM AL SAHRA ELECT DEVICES TR; a.k.a. HULM AL SAHRA ELECTRIC DEVICES TRADING (Arabic: حلم الصحراء لتجارة الاجهزه الكهربائيه)), Building 38 Industrial Area No. 1, Al Dhaid City, Sharjah, United Arab Emirates; PO Box 62105, Sharjah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Apr 1999; Organization Type: Wholesale of electronic and telecommunications equipment and parts; Registration Number 11166971 (United Arab Emirates); alt. Registration Number 501015 (United Arab Emirates) [RUSSIA-EO14024].

HUMAM, Msuti (a.k.a. MASOUTI BIN MOHAMMED ADNAN, Mohammed Humam (Arabic: محمد همام مسوتى بن محمد عدنان); a.k.a. MASOUTI, Mohammad Humam; a.k.a. MASOUTI, Mohammad Hussam Mohammad Adnan; a.k.a. MASOUTI, Mohammed Hammam; a.k.a. MASOUTI, Mohammed Hammam Mohammed Adnan (Arabic: محمد همام محمد عدنان مسوتى); a.k.a. MASOUTI, Mohammed Humam Mohammed Adnan; a.k.a. MSOUTI, Mohammad Humam Mohammad Adnan), Damascus, Syria; DOB 1976; POB Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

HUMAN WELFARE FOUNDATION (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE";

a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HUMANITARE HILFSORGANISATION FUR PALASTINA (a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE; a.k.a. "ASP"), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, Geneva CH-1201, Switzerland; Gartnerstrasse 55, Basel CH-4109, Switzerland; Postfach 406, Basel CH-4109, Switzerland; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HUMANITARIAN WELFARE FOUNDATION (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-

AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

HUMANITERRE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

HUMANI'TERRE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR

SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

HUMAYDAH, Muhammad Abd-al-Halim (a.k.a. SALEH, Mohammed Abdel-Halim Hemaida); DOB 1988; alt. DOB 22 Sep 1988; alt. DOB 22 Sep 1989; POB Alexandria, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HUNAIFA OFFICE (a.k.a. HANIFA EXCHANGE; a.k.a. HANIFA MONEY EXCHANGE OFFICE (Arabic: شركة حنيفة للصرافة); a.k.a. HANIFAH CURRENCY EXCHANGE; a.k.a. HANIFAH EXCHANGE COMPANY; a.k.a. HANIFEH EXCHANGE), Albu Kamal, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Albu Kamal Branch only [SDGT] (Linked To: JUBAYR AL-RAWI, Fawaz Muhammad; Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HUNJIN TRADING CO. (a.k.a. KOREA HEUNGJIN TRADING COMPANY), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

HUNTSMAN INVESTMENTS CO. LTD. (Chinese Traditional: 邁羽有限公司), Taiwan; Identification Number 82824684 (Taiwan) [TCO] (Linked To: CHEN, Zhi).

HUNTSMAN INVESTMENTS PTE. LTD., Singapore; Identification Number 201908320R (Singapore) [TCO] (Linked To: CHEN, Zhi).

HUO, Liujun (Chinese Simplified: 霍留军), Xinjiang, China; DOB 1952; Gender Male (individual) [GLOMAG].

HURIYA PRIVATE CYPRUS LTD, 157 Athalassas, Strovolos 2015, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Feb 2021; Target Type Private Company; Registration Number C418778 (Cyprus) [RUSSIA-EO14024] (Linked To: HANAFIN, John Desmond).

HURIYA PRIVATE FZE LLE, Suite 1601 Lake Central Tower, Business Bay, Dubai, United Arab Emirates; Nuschelerstrasse 31, PO Box 8022, Zurich, Switzerland; Office 1919, 19 floor, The E18hteen Tower, Lusail, Doha, Qatar; Fujairah, United Arab Emirates; Albania; Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2018; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c. [RUSSIA-EO14024].

HURRAS AL-DIN (a.k.a. AL-QAIDA IN SYRIA; a.k.a. GUARDIANS OF RELIGION; a.k.a. SHAM AL-RIBAT; a.k.a. TANDHIM HURRAS AL-DEEN; a.k.a. TANZIM HURRAS AL-DIN; a.k.a. "AQ-S"), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

HURTADO OLASCOAGA, Adita (a.k.a. "La Venadita"), Mexico; DOB 06 Sep 1975; POB Guerrero, Mexico; nationality Mexico; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. HUOA750906MGRRLD02 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: LA NUEVA FAMILIA MICHOACANA).

HURTADO OLASCOAGA, Johnny (a.k.a. "EL MOJARRO"; a.k.a. "EL MUHADO"; a.k.a. "EL PESCADO"; a.k.a. "EL PEZ"), Mexico; DOB 01 Mar 1973; POB Guerrero, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. HUOJ730301HGRRLH02 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: LA NUEVA FAMILIA MICHOACANA).

HURTADO OLASCOAGA, Jose Alfredo (a.k.a. "EL FRESA"), Mexico; DOB 02 Sep 1984; POB Guerrero, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. HUOA840902HGRRLL03 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: LA NUEVA FAMILIA MICHOACANA).

HURTADO OLASCOAGA, Ubaldo (a.k.a. "Flaco"; a.k.a. "H1"), Mexico; DOB 09 May 1979; POB Guerrero, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. HUOU790509HGRRLB08 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: LA NUEVA FAMILIA MICHOACANA).

HURTADO PEREZ, Damaris del Carmen, Venezuela; DOB 03 Jul 1975; POB Barinas, Venezuela; nationality Venezuela; Gender Female; Cedula No. 12207076 (Venezuela) (individual) [VENEZUELA-EO13850].

HURTADO ROMERO, Jairo Jose, Carrera 42 No. 5B-81, Cali, Colombia; Carrera 8N No. 17A-12, Cartago, Colombia; c/o ARIZONA S.A., Cartago, Colombia; c/o MAQUINARIA TECNICA Y TIERRAS LTDA., Cali, Colombia; Cedula No. 13809079 (Colombia); Passport 13809079 (Colombia) (individual) [SDNT].

HURZHY, Andrei Anatolevich (a.k.a. GURZHII, Andrei Anatolevich; a.k.a. GURZHIY, Andrey Anatolievich (Cyrillic: ГУРЖИЙ, Андрей Анатольевич); a.k.a. GURZHY, Andrei; a.k.a. GURZHY, Andrei Anatolievich (Cyrillic: ГУРЖЫ, Андрэй Анатольевіч); a.k.a. GURZHY, Andrei Anatoljevich), Homel Oblast, Belarus; DOB 10 Oct 1975; nationality Belarus; Gender Male (individual) [BELARUS].

HUSAIN, Ali Saleh (a.k.a. 'ALA'LAH, 'Ali Salih Husayn; a.k.a. AL-TABUKI, Ali Saleh Husain; a.k.a. AL-TABUKI, 'Ali Salih Husayn al-Dhahak; a.k.a. AL-YEMENI, Abu Dhahak; a.k.a. 'ULA'LAH, 'Ali Salih Husayn; a.k.a. "DAHHAK, Abu"); DOB circa 1970; POB al-Hudaydah, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Individual's height is 5 feet 9 inches. (individual) [SDGT].

HUSAIN, Husain Ahmed Abdulla Ahmed (a.k.a. AL-DAMMAMI, Hussein Ahmad 'Abdallah Ahmad Hussein), Iran; Syria; DOB 16 Nov 1989; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1442486 (Bahrain) expires 01 Nov 2017 (individual) [SDGT] (Linked To: AL-ASHTAR BRIGADES).

HUSAIN, Zain Al-Abidin Muhammad (a.k.a. ABU ZUBEIDAH, Zeinulabideen Muhammed Husein; a.k.a. HUSAYN, Zayn al-Abidin Muhammad; a.k.a. HUSSEIN, Zayn al-Abidin Muhammad; a.k.a. "ABU ZUBAIDA"; a.k.a. "ABU ZUBAYDAH"), Guantanamo Bay detention center, Cuba; DOB 12 Mar 1971; POB Riyadh, Saudi Arabia; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 484824 (Egypt) issued 18 Jan 1984 (individual) [SDGT].

HUSARI, Bassam Ahmad (a.k.a. AL-HASRI, Bassam Ahmad; a.k.a. "AKHLAQ, Abu Ahmad"; a.k.a. "AL-SHAMI, Abu Ahmad"), Syria; DOB 01 Jan 1971 to 31 Dec 1971; alt. DOB 01 Jan 1969; POB Qalamun, Damascus Province, Syria; alt. POB Ghutah, Damascus Province, Syria; alt. POB Tadamon, Rif Dimashq, Syria; nationality Syria; alt. nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

HUSAYN, Ali Mohammad Ghulam (Arabic: علي محمد غلام حسين) (a.k.a. AL ANSSARI, Ali Mohammed Ghulam Hussein; a.k.a. AL-ANSSARI, Ali Mohammed Glam Hussin; a.k.a. HUSSEIN, Ali Mohammed Glam), London, United Kingdom; Baghdad, Iraq; DOB 21 Dec 1982; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A18729548 (Iraq) expires 05 Jul 2029; alt. Passport A6108682 (Iraq) expires 04 May 2020; alt. Passport R0118838 (Dominica) expires 07 Dec 2026; alt. Passport A3938880 (Iraq) expires 23 Feb 2022 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

HUSAYN, Saddam (a.k.a. AL-TIKRITI, Saddam Hussein; a.k.a. HUSSAIN, Saddam; a.k.a. HUSSEIN, Saddam; a.k.a. "ABU ALI"); DOB 28 Apr 1937; POB al-Awja, near Tikrit, Iraq; nationality Iraq; named in UNSCR 1483; President since 1979 (individual) [IRAQ2].

HUSAYN, Zayn al-Abidin Muhammad (a.k.a. ABU ZUBEIDAH, Zeinulabideen Muhammed Husein; a.k.a. HUSAIN, Zain Al-Abidin Muhammad; a.k.a. HUSSEIN, Zayn al-Abidin Muhammad; a.k.a. "ABU ZUBAIDA"; a.k.a. "ABU ZUBAYDAH"), Guantanamo Bay detention center, Cuba; DOB 12 Mar 1971; POB Riyadh, Saudi Arabia; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 484824 (Egypt) issued 18 Jan 1984 (individual) [SDGT].

HUSSAIN, Mavungal; DOB 03 Jun 1961; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2] (Linked To: KOREA MINING DEVELOPMENT TRADING CORPORATION).

HUSSAIN, Omar (a.k.a. "AL-BRITANI, Abu Sa'eed"), High Wycombe, Buckinghamshire, United Kingdom; DOB 01 Jan 1986 to 31 Dec 1987; nationality United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HUSSAIN, Saddam (a.k.a. AL-TIKRITI, Saddam Hussein; a.k.a. HUSAYN, Saddam; a.k.a. HUSSEIN, Saddam; a.k.a. "ABU ALI"); DOB 28 Apr 1937; POB al-Awja, near Tikrit, Iraq; nationality Iraq; named in UNSCR 1483; President since 1979 (individual) [IRAQ2].

HUSSAIN, Sakinah (a.k.a. JONES, Sally; a.k.a. JONES, Sally Anne; a.k.a. JONES, Sally-Anne Frances; a.k.a. "AL-BRITANI, Umm Hussain"), Syria; DOB 17 Nov 1968; POB Greenwich, England; nationality United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 519408086 (United Kingdom) issued 23 Sep 2013 expires 23 Sep 2023 (individual) [SDGT].

HUSSAIN, Zafar Anis Ishteyaq (a.k.a. ANIS, Zafar), United Arab Emirates; nationality India; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Residency Number 784-1973-1617539-3 (United Arab Emirates) (individual) [SDGT] (Linked To: FOURTEEN STAR SHIPPING MANAGEMENT).

HUSSAYN, Sayf Allah bin (a.k.a. AAYADH, Abou; a.k.a. HASSAYN, Sayf Allah 'Umar bin; a.k.a. HASSINE, Saifallah Ben; a.k.a. HASSINE, Seifallah Ben; a.k.a. HOCINE, Seif Allah Ben; a.k.a. "AL-TUNISI, Abu Ayyad"; a.k.a. "AL-TUNISI, Abu Iyyadh"; a.k.a. "EL-TOUNSI, Abou Iyadh"; a.k.a. "IYADH, Abou"); DOB 08 Nov 1965; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HUSSEIN, Ali Ahmed, Tortoroow, Lower Shabelle, Somalia; DOB 1980; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

HUSSEIN, Ali Mohammed Glam (a.k.a. AL ANSSARI, Ali Mohammed Ghulam Hussein; a.k.a. AL-ANSSARI, Ali Mohammed Glam Hussin; a.k.a. HUSAYN, Ali Mohammad Ghulam (Arabic: علي محمد غلام حسين)), London, United Kingdom; Baghdad, Iraq; DOB 21 Dec 1982; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A18729548 (Iraq) expires 05 Jul 2029; alt. Passport A6108682 (Iraq) expires 04 May 2020; alt. Passport R0118838 (Dominica) expires 07 Dec 2026; alt. Passport A3938880 (Iraq) expires 23 Feb 2022 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

HUSSEIN, Ashraf Said Ahmed (a.k.a. AL-CARDINAL, Ashraf Seed Ahmed; a.k.a. ALI, Ashraf Seedahmed Hussein; a.k.a. HUSSEIN, Ashraf Seed Ahmed; a.k.a. SEED AHMED, Asharaf; a.k.a. SEED AHMED, Ashraff; a.k.a. SEEDAHMED, Ashiraf; a.k.a. "ALI, Ashraf Sayed"; a.k.a. "HUSSEIN ALI, Ashraf"), 1 College Yard, Winchester Avenue, London, England NW6 7UA, United Kingdom; 207 Jersey Road, Osterley, London TW7 4RE, United Kingdom; Dubai, United Arab Emirates; DOB 01 Jan 1957 to 31 Jan 1957; POB Sudan; nationality Sudan; Gender Male; Passport B00018325 (Sudan) expires 16 Feb 2023; National ID No. 11945710905 (Sudan); alt.

National ID No. 784195754986941 (United Arab Emirates) (individual) [GLOMAG].

HUSSEIN, Ashraf Seed Ahmed (a.k.a. AL-CARDINAL, Ashraf Seed Ahmed; a.k.a. ALI, Ashraf Seedahmed Hussein; a.k.a. HUSSEIN, Ashraf Said Ahmed; a.k.a. SEED AHMED, Asharaf; a.k.a. SEED AHMED, Ashraff; a.k.a. SEEDAHMED, Ashiraf; a.k.a. "ALI, Ashraf Sayed"; a.k.a. "HUSSEIN ALI, Ashraf"), 1 College Yard, Winchester Avenue, London, England NW6 7UA, United Kingdom; 207 Jersey Road, Osterley, London TW7 4RE, United Kingdom; Dubai, United Arab Emirates; DOB 01 Jan 1957 to 31 Jan 1957; POB Sudan; nationality Sudan; Gender Male; Passport B00018325 (Sudan) expires 16 Feb 2023; National ID No. 11945710905 (Sudan); alt. National ID No. 784195754986941 (United Arab Emirates) (individual) [GLOMAG].

HUSSEIN, Atris (a.k.a. ATRIS, Hussein); DOB 11 Nov 1964; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HUSSEIN, Mahafudh Abubakar Ahmed Abdallah (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

HUSSEIN, Mansour Othman Aba (a.k.a. ABAHUSEYIN, Mansur Othman M; a.k.a. ABAHUSSAIN, Mansour Othman M.); DOB 11 Aug 1972; alt. DOB 10 Aug 1972; POB Majmaa, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport S059033 (Saudi Arabia) issued 22 Feb 2016 expires 28 Dec 2020 (individual) [GLOMAG].

HUSSEIN, Mazen Ali (a.k.a. SALAH MUHAMAD, Issa), Branderstrasse 28, Augsburg 86154, Germany; Hauzenberg 94051, Germany; DOB 01 Jan 1982; alt. DOB 01 Jan 1980; POB Baghdad, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Travel Document Number A0144378 (Germany) (individual) [SDGT].

HUSSEIN, Saddam (a.k.a. AL-TIKRITI, Saddam Hussein; a.k.a. HUSAYN, Saddam; a.k.a. HUSSAIN, Saddam; a.k.a. "ABU ALI"); DOB 28 Apr 1937; POB al-Awja, near Tikrit, Iraq; nationality Iraq; named in UNSCR 1483; President since 1979 (individual) [IRAQ2].

HUSSEIN, Sheikh Hassaan (a.k.a. ADAM, Sheikh Hassaan Hussein; a.k.a. OMAR, Hassan Mahad; a.k.a. OMAR, Hassan Mahat); DOB 10 Apr 1979; POB Garissa, Kenya; nationality Kenya; Passport A1180173 (Kenya) expires 20 Aug 2017; Kenyan ID No. 23446085 (Kenya) (individual) [SOMALIA].

HUSSEIN, Udai Saddam (a.k.a. AL-TIKRITI, Uday Saddam Hussein); DOB 1964; alt. DOB 1967; POB Baghdad, Iraq; nationality Iraq; Saddam Hussein al-Tikriti's eldest son; leader of paramilitary organization Fedayeen Saddam (individual) [IRAQ2].

HUSSEIN, Zayn al-Abidin Muhammad (a.k.a. ABU ZUBEIDAH, Zeinulabideen Muhammed Husein; a.k.a. HUSAIN, Zain Al-Abidin Muhammad; a.k.a. HUSAYN, Zayn al-Abidin Muhammad; a.k.a. "ABU ZUBAIDA"; a.k.a. "ABU ZUBAYDAH"), Guantanamo Bay detention center, Cuba; DOB 12 Mar 1971; POB Riyadh, Saudi Arabia; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 484824 (Egypt) issued 18 Jan 1984 (individual) [SDGT].

HUTHELE, Nasr Mohsen Ali (a.k.a. AL-SHAMMARI, Nasr), Baghdad, Iraq; DOB 27 Jan 1970; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A10575538 (Iraq) issued 09 Oct 2016 expires 07 Oct 2024; alt. Passport G2667703 (Iraq) issued 21 Feb 2009 expires 20 Feb 2017 (individual) [SDGT] (Linked To: HARAKAT AL-NUJABA).

HUWAYSH, Abd-al-Tawab Mullah; DOB 1957; alt. DOB 14 Mar 1942; POB Mosul or Baghdad, Iraq; nationality Iraq; deputy prime minister; director, Organization of Military Industrialization (individual) [IRAQ2].

HWACHENG CO LIMITED (Chinese Traditional: 華誠股份有限公司) (a.k.a. HUACHENG CO LTD), RM. 2, 3/F., Ruby Commercial Building, 480 Nathan Road, KLN, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Company Number 3254024 (Hong Kong) [RUSSIA-EO14024].

HWANG, Kil Su (Korean: 황길수), Congo, Democratic Republic of the; DOB 09 Dec 1973; POB Pyongyang, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

HWANG, Kyong Nam (a.k.a. HWANG, Su Man); DOB 06 Apr 1955; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472220033 (Korea, North) (individual) [DPRK2] (Linked To: KOREA MINING DEVELOPMENT TRADING CORPORATION).

HWANG, Pyong So (a.k.a. HWANG, Pyo'ng-so'), Korea, North; DOB 1940; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vice Chairman of the National Defense Commission (individual) [DPRK2] (Linked To: NATIONAL DEFENSE COMMISSION).

HWANG, Pyo'ng-so' (a.k.a. HWANG, Pyong So), Korea, North; DOB 1940; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vice Chairman of the National Defense Commission (individual) [DPRK2] (Linked To: NATIONAL DEFENSE COMMISSION).

HWANG, Su Man (a.k.a. HWANG, Kyong Nam); DOB 06 Apr 1955; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472220033 (Korea, North) (individual) [DPRK2] (Linked To: KOREA MINING DEVELOPMENT TRADING CORPORATION).

HWARYO BANK (Korean: 화려은행) (a.k.a. BRILLIANCE BANKING CORPORATION, LTD.; a.k.a. GORGEOUS BANK OF NORTH KOREA; a.k.a. HANA BANKING CORPORATION LTD; a.k.a. HUALI BANK (Chinese Simplified: 朝鲜华丽银行)), Haebangsan Hotel, Jungsong-Dong, Sungri Street, Central District, Pyongyang, Korea, North; Dandong, China; SWIFT/BIC BRBKKPP1; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

HWASONG SHIPPING CO LTD, Changgyong dong, Sosong-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 543400 [DPRK4].

HWEI, Jao (a.k.a. CHIO, Wai; a.k.a. SAECHOU, Thanchai; a.k.a. WAI, Chio; a.k.a. WEI, Chao; a.k.a. WEI, Jiao; a.k.a. WEI, Zhang; a.k.a. WEI, Zhao), Flat G, 19 FL Maple Mansion, Taikoo Shing, Quarry Bay, Hong Kong; Room 2410, 24/F, Block Q, Kornhill, Quarry Bay, Hong Kong; DOB 16 Sep 1952; POB Heilongjiang Province, China; alt. POB Liaoning Province, China; nationality China; Gender Male; Passport MA0269785 (Macau); alt. Passport M0178952 (China); alt. Passport MA0162634 (China); National ID No. 12756003 (Macau) (individual) [TCO] (Linked To: ZHAO WEI TCO).

HYDRA MARKET (a.k.a. HYDRA MARKETPLACE; a.k.a. "HYDRA"), Russia; Commonwealth of Independent States; Website http://hydram6esdjf6otepmr5c3vjyndsoddz22afphbbjznwb5ln2c6op7ad.onion/; alt. Website http://hydraclubbioknikokex7njhwuahc2l67lfiz7z36md2jvopda7nchid.onion/; Digital Currency Address - XBT 3K4rjdh8A5yi6LWvft2rbmyZvqEbPSSSX4; alt. Digital Currency Address - XBT 17mhyeBX617ABZ1ffThhUTJkHUcMvCkfd5; alt. Digital Currency Address - XBT

35qwVtMEohWDdBWRiCSR7azoP5cbY8SG1Q; alt. Digital Currency Address - XBT 35KAdTa2vqnJzitF2xiUzZn1Gmcas2Y465; alt. Digital Currency Address - XBT 35LScRJ8hzDvvWh9t9UA8bHGnGNVz3YEfa; alt. Digital Currency Address - XBT 1PJp8diNa89cVHpiT1VPu7EQ8LxYM5HX6v; alt. Digital Currency Address - XBT 17V7THwHMiDJmDwZK4unhE5HgKFJKx7VCe; alt. Digital Currency Address - XBT 3PiCnZrBvGfWAKQ9hr4cCpfaDjy64yNSpE; alt. Digital Currency Address - XBT 14gM1HuLVDELNHaFU22qpabjtiWek4HhV1; alt. Digital Currency Address - XBT 1GYuu9d5HPikafbys3k5Q3DRJq6debGsoB; alt. Digital Currency Address - XBT 3GXdtA6kbb4M5aqzZm5qqxcFDFRMW8LqdJ; alt. Digital Currency Address - XBT 1B11Ezqg3AXjFhMdRq5UpPDpNyriYNVtkn; alt. Digital Currency Address - XBT 16SPDQFFzgsoNSPiFFTfS8Dw8LLXqia4oc; alt. Digital Currency Address - XBT 19pPbUDvoSBZafkUCYkD2Z9AkuqqV6sWm7; alt. Digital Currency Address - XBT 3BQACtiMXYB9JpUMpkEWt9m8BzswpGHq4X; alt. Digital Currency Address - XBT 1DGsY4ww3BJnWXTsnmTgWa6UWdoRXgA1pX; alt. Digital Currency Address - XBT 1GcKLUUXodTQcLcPD7VLMgvCc4hs5Q775; alt. Digital Currency Address - XBT 1EvhBad5wCZYhBoAsGaciV6AvmZ1osLpeJ; alt. Digital Currency Address - XBT bc1qsmv6lkrw65l30yazdqpdjjtwzpvk9f8gfh0cy7; alt. Digital Currency Address - XBT bc1qs9u6j78e3utj08mwvqkkmqm9de5xk3g4yh8qtq; alt. Digital Currency Address - XBT 12VrYZgS1nmf9KHHped24xBb1aLLRpV2cT; alt. Digital Currency Address - XBT bc1q202ajnhxgg9d9jjczmg0g4usp6haqldyy2eakl; alt. Digital Currency Address - XBT 1NbGwQwt4uEhg2srAKppLf8QaF6fbp3PZG; alt. Digital Currency Address - XBT 13LQJQ1oJ9K7PsqsGfjNhoVv6UeU6hgzQz; alt. Digital Currency Address - XBT 1CG1aSCxUnbmv9G34ofxTQoHtuVnMLJtQV; alt. Digital Currency Address - XBT 3Kp8Qc5z7yevDeoQxhS5RSSKnEi5x7AQ43; alt. Digital Currency Address - XBT 331TS6DyASY7iU5CRA8UryBnkPS78fP2B1; alt. Digital Currency Address - XBT 1NvJm3jfZxENNyqws5BKQvhkLxg9chLJdo; alt. Digital Currency Address - XBT 1Licqjca74n8pmNaoARXLLqcTUTHFpxbXH; alt. Digital Currency Address - XBT 175BUqf8JCU1uoG1iTRKTacDa4uvJDUCw2;

alt. Digital Currency Address - XBT 1ANpca7g93BwptUJg1zV116v49zn9gjDi3; alt. Digital Currency Address - XBT 1BCWMwpR4M1nYUuuYe2bmzrNuwGoF9ZabA; alt. Digital Currency Address - XBT 18cFGAdYcvNHkuhXLBE7izQKCyUW8TzCJE; alt. Digital Currency Address - XBT 1QHxyuLGRMHfbNPJikV4Dwhfx45HWfUMWB; alt. Digital Currency Address - XBT 1GnFTy5F9qi5MfaRZfgdg2jkyT5xtAHvd8; alt. Digital Currency Address - XBT bc1quyc6j8ca84q9gjej5jjd2n8hra0vfu0j60fefs57p6e5rerkq07q0l5u3w; alt. Digital Currency Address - XBT 16p2UWTZwXRyK5bTHNVjdDyy1D3EQGsZf2; alt. Digital Currency Address - XBT 1CddRqw7oSPrT4tt5oXKyx2LiHJDPszy7y; alt. Digital Currency Address - XBT 1Hhe61Bwxs8Hd2WxzWY9FQyZicBiZGeSNW; alt. Digital Currency Address - XBT 1D3GuaS9eqKw8dWj9JFQtNufdRtysjSLxZ; alt. Digital Currency Address - XBT 1PWRKxkR5AU7Tc9zPqjdhtu1eGW1QZzs4y; alt. Digital Currency Address - XBT 1D1ej7zQzywWBDNXKNYpmH7Hso2U9koDG4; alt. Digital Currency Address - XBT 3KGQ3hX6eFYtBjTBFSdvdkzHmwZyYWLRQh; alt. Digital Currency Address - XBT 1LKE3XA9bf5JFqtGtCHzWj5QGxKGwMfXZw; alt. Digital Currency Address - XBT 1MtsQsw6n2jvJCWhpCw7jifTfD9Q3rBBVg; alt. Digital Currency Address - XBT 1KKaKujnqwJf7Cbm7JKAZGF3X9d4685m8n; alt. Digital Currency Address - XBT 1Ge8JodC2HiBiEuT7D3MoH6Fak6XrcT9Kf; alt. Digital Currency Address - XBT bc1qsmqpalp3gtgkltag4x3ygevmhh9y2hzk73t2ug; alt. Digital Currency Address - XBT 1E9uUnLbyfToazo95vmM3ysYnzgkrL7GeC; alt. Digital Currency Address - XBT 1HH8eiuaTMucTNyvGCUmAvmCZCtdMi8SqK; alt. Digital Currency Address - XBT 19FQzHibWDhSP8pKmJS3uagFYoisXtehzw; alt. Digital Currency Address - XBT 3DLGfN7hgsWXXSp9euXcnmWXLpFQuswW2t; alt. Digital Currency Address - XBT 1PXxwPVtYxZiCRp9LKq7aKMDFrhAQztvUE; alt. Digital Currency Address - XBT 1Q4tJjH2aBr3AJrzxqa4Z3jPpf5SDgF4jK; alt. Digital Currency Address - XBT 1PYtgFS2t6i57WdDvbRa7kPcsagGMBxzfg; alt. Digital Currency Address - XBT 16ZSAEfYpPCj3D94fsNt2okYj9Ue8mxy6T; alt. Digital Currency Address - XBT bc1qvlzfn6kmezv44d8kw0p5jsmxe6wchv3zc7g

sxs; alt. Digital Currency Address - XBT 3QVyoH4u3qT88uChAeJVhfB3r6maZt431y; alt. Digital Currency Address - XBT 1FFS6pX1TCKTNy668Mbk2Lyoem1qB48kYX; alt. Digital Currency Address - XBT 1Dpddb1TMjvmNQeYDqgyd1ww6cmwPJRdSk; alt. Digital Currency Address - XBT 3AjiWiUdKB5mcGUSS9mBeoHCeYJw3Zo8r6; alt. Digital Currency Address - XBT 1EtMuBPQnPCa3cecerdSH1SzydxnhbTmw; alt. Digital Currency Address - XBT 3CCmt5LjQ5yKkaFY1DWC2SbERVEtWRnSRD; alt. Digital Currency Address - XBT 1MQBDeRWsiJBf7K1VGjJ7PWEL6GJXMfmLg; alt. Digital Currency Address - XBT 1MbtT2ZsTtLp7EKZUV9r74cTyqvsMtTP2M; alt. Digital Currency Address - XBT 36yS87PLuW7sErLg1TY26WzaVarTim7AcC; alt. Digital Currency Address - XBT 3AYU365Tcjef7j9pdKF9Xe8rWpEpsH196t; alt. Digital Currency Address - XBT 148LKmyZT3FGE4x1GjsFN6RsAwcjzk5iuE; alt. Digital Currency Address - XBT 16EKTes8ahD8xvwisqjc2xSNLiG3fDHatW; alt. Digital Currency Address - XBT 3GuQjr7kkrR5EjpanMgyAuxuLgrjEUwe21; alt. Digital Currency Address - XBT 35eanEz5iYg2eYaxCtMrR4SCoypFqrBWUH; alt. Digital Currency Address - XBT 3QWUdP5taP4GrRuueVDud1eWetb7hc3wDH; alt. Digital Currency Address - XBT 3Czhm6xqn8odwz6jgTcjRrUjog28v6aVS8; alt. Digital Currency Address - XBT 1F7UL41qYm6TvnExZzPHBCyeENvX3XDEMS; alt. Digital Currency Address - XBT 123WBUDmSJv4GctdVEz6Qq6z8nXSKrJ4KX; alt. Digital Currency Address - XBT 3BCN3WgMRJwULTz1vsEQ7NZrBjwaUBf5Ca; alt. Digital Currency Address - XBT 35SwVFxosV3AsvnrBfzdXarqavRbvDyyxv; alt. Digital Currency Address - XBT 32pCmCWEjwhkLwh5BgLNAeBQFp5Gi1hv81; alt. Digital Currency Address - XBT 1G64TFMFVJTjhJXra6x74BBhsfSyiWaFtT; alt. Digital Currency Address - XBT 1A3iYY4c3dkgNYGewzYzr7EsqfBuWXibGo; alt. Digital Currency Address - XBT 3GAUBtrTtWp1D9yeXgr3wMg8B599QHa5m5; alt. Digital Currency Address - XBT 3HJN4jRa4mdfkey9JR9jUhr86yPwL86A3C; alt. Digital Currency Address - XBT 1EuUMPBCZtSd5pVVFEqmRqUSfU1qy6ASuL; alt. Digital Currency Address - XBT 1Pu1nAW7kCoSMThMs8QcpM8JxuByQDZgH; alt. Digital Currency Address - XBT

3QnWE5GVfQu3wVav91RuFkqip4Ti4NWqAY; alt. Digital Currency Address - XBT 1CNbhgxGRZvsWnEHotfXge7k2E1UPzBDC7; alt. Digital Currency Address - XBT 3HSZc4BLnQBznjSq7JvXgqNCZUUs3M9fZz; alt. Digital Currency Address - XBT 37dDBCexFPraKW4jGSqkE3NyG52YeZQbJx; alt. Digital Currency Address - XBT 1H8sDTTgJPBKw83EBZDLhXvetCbxZUMMZM; alt. Digital Currency Address - XBT 1BvJRBRp9ZZ6zLyuZaZsV7g3xP6JokdZQW; alt. Digital Currency Address - XBT bc1q237mvl0heyw0r38wd3xz8h5mar96rrwpams8pp; alt. Digital Currency Address - XBT 34dxZvijpBM1YkPybczbQ7DuGuKAnULdfS; alt. Digital Currency Address - XBT 1GkLN7DbA9mAtHNzQWNPANcdWbefaz4Gzm; alt. Digital Currency Address - XBT 13hfsQm6oCaDZehfYBSMFiJVAi1jsL6sQd; alt. Digital Currency Address - XBT 1Sf6e4xQv8muMZqYPTdRFf3e5o5eWcg9F; alt. Digital Currency Address - XBT bc1qj6j6p0jdefl6pvdzx3kx8245yy5mz6q4luhzes; alt. Digital Currency Address - XBT 1B3u21itzjgKtm7QsNQNCBpSkwzzeDHqrW; alt. Digital Currency Address - XBT 3JhPsVV3KnL9dBYGSZALS9EbrLr97R865a; alt. Digital Currency Address - XBT bc1qqf8kcc9m57xjqcvsvuf989nnl48ve6d2s24cx3; alt. Digital Currency Address - XBT 1HuYfoEwsfHgZiRhbhJrCd5ST3iksa8KEx; alt. Digital Currency Address - XBT 1J9wJH2bamZVxscXAvoDH4jvtGKb7sYFDm; alt. Digital Currency Address - XBT 34WWXwFKAsXL9zYxbeNPaPV6vDamkjQLUo; alt. Digital Currency Address - XBT 3PDmRwotTkRAFRLGTUrucCERp2JdM1q4ar; alt. Digital Currency Address - XBT 3AFcE2mbSSndcpYFgHoExSmjUc26ef2gQh; alt. Digital Currency Address - XBT 3P6PzdfETr4275Gn3veLkCyDxA1jV8fHKm; alt. Digital Currency Address - XBT 3HRExd8GKFskZC5inmVcpiyy9UWG7FVa6o; alt. Digital Currency Address - XBT 3MP7yBGSW2gkXVRE8S84T2j4KVgPh3rEzv; alt. Digital Currency Address - XBT 1K2fmE9hfhbRNSZoBvCBWZAvsS5idTUxBG; alt. Digital Currency Address - XBT 3ES6pqCueDPCnC4hCqhhYuey6gyiRJZw6E; alt. Digital Currency Address - XBT 3KvBX3jo69Qn8jHy44M33RYoeYcf8DdRBD; alt. Digital Currency Address - XBT 3K26aMKmnrv97Pj6YiFcqiXk2LxeHfhnG3; alt. Digital Currency Address - XBT 3BWP6ZQAhc4j5wR1b95zJAthJEFvhdees7;

alt. Digital Currency Address - XBT 3JuSgFrwnrNfuhvR4GpWAPmeJVot4xrEae; alt. Digital Currency Address - XBT 1DKGRGJXGNLAtTeFb9SNPNHtrkZ87q7qKi; alt. Digital Currency Address - XBT 361AkMKNNWYwZRsCE8pPNmoh5aQf4V7g4p; alt. Digital Currency Address - XBT 33fWcMdmsB2Ey4CEbVWbjGFkuevBSyP9nG; alt. Digital Currency Address - XBT 35aTjkBh4yeTypJsi9nuTdoMKHTsawKVgX; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 2015 [CYBER2].

HYDRA MARKETPLACE (a.k.a. HYDRA MARKET; a.k.a. "HYDRA"), Russia; Commonwealth of Independent States; Website http://hydram6esdjf6otepmr5c3vjyndsoddz22afphbbjznwb5ln2c6op7ad.onion/; alt. Website http://hydraclubbioknikokex7njhwuahc2l67lfiz7z36md2jvopda7nchid.onion/; Digital Currency Address - XBT 3K4rjdh8A5yi6LWvft2rbmyZvqEbPSSSX4; alt. Digital Currency Address - XBT 17mhyeBX617ABZ1ffThhUTJkHUcMvCkfd5; alt. Digital Currency Address - XBT 35qwVtMEohWDdBWRiCSR7azoP5cbY8SG1Q; alt. Digital Currency Address - XBT 35KAdTa2vqnJzitF2xiUzZn1Gmcas2Y465; alt. Digital Currency Address - XBT 35LScRJ8hzDvvWh9t9UA8bHGnGNVz3YEfa; alt. Digital Currency Address - XBT 1PJp8diNa89cVHpiT1VPu7EQ8LxYM5HX6v; alt. Digital Currency Address - XBT 17V7THwHMiDJmDwZK4unhE5HgKFJKx7VCe; alt. Digital Currency Address - XBT 3PiCnZrBvGfWAKQ9hr4cCpfaDjy64yNSpE; alt. Digital Currency Address - XBT 14gM1HuLVDELNHaFU22qpabjtiWek4HhV1; alt. Digital Currency Address - XBT 1GYuu9d5HPikafbys3k5Q3DRJq6debGsoB; alt. Digital Currency Address - XBT 3GXdtA6kbb4M5aqzZm5qqxcFDFRMW8LqdJ; alt. Digital Currency Address - XBT 1B11Ezqg3AXjFhMdRq5UpPDpNyriYNVtkn; alt. Digital Currency Address - XBT 16SPDQFFzgsoNSPiFFTfS8Dw8LLXqia4oc; alt. Digital Currency Address - XBT 19pPbUDvoSBZafkUCYkD2Z9AkuqqV6sWm7; alt. Digital Currency Address - XBT 3BQACtiMXYB9JpUMpkEWt9m8BzswpGHq4X; alt. Digital Currency Address - XBT 1DGsY4ww3BJnWXTsnmTgWa6UWdoRXgA1pX; alt. Digital Currency Address - XBT 1GcKLUUXodTQcLcPD7VLMgvCc4hs5Q775;

alt. Digital Currency Address - XBT 1EvhBad5wCZYhBoAsGaciV6AvmZ1osLpeJ; alt. Digital Currency Address - XBT bc1qsmv6lkrw65l30yazdqpdjjtwzpvk9f8gfh0cy7; alt. Digital Currency Address - XBT bc1qs9u6j78e3utj08mwvqkkmqm9de5xk3g4yh8qtq; alt. Digital Currency Address - XBT 12VrYZgS1nmf9KHHped24xBb1aLLRpV2cT; alt. Digital Currency Address - XBT bc1q202ajnhxgg9d9jjczmg0g4usp6haqldyy2eakl; alt. Digital Currency Address - XBT 1NbGwQwt4uEhg2srAKppLf8QaF6fbp3PZG; alt. Digital Currency Address - XBT 13LQJQ1oJ9K7PsqsGfjNhoVv6UeU6hgzQz; alt. Digital Currency Address - XBT 1CG1aSCxUnbmv9G34ofxTQoHtuVnMLJtQV; alt. Digital Currency Address - XBT 3Kp8Qc5z7yevDeoQxhS5RSSKnEi5x7AQ43; alt. Digital Currency Address - XBT 331TS6DyASY7iU5CRA8UryBnkPS78fP2B1; alt. Digital Currency Address - XBT 1NvJm3jfZxENNyqws5BKQvhkLxg9chLJdo; alt. Digital Currency Address - XBT 1Licqjca74n8pmNaoARXLLqcTUTHFpxbXH; alt. Digital Currency Address - XBT 175BUqf8JCU1uoG1iTRKTacDa4uvJDUCw2; alt. Digital Currency Address - XBT 1ANpca7g93BwptUJg1zV116v49zn9gjDi3; alt. Digital Currency Address - XBT 1BCWMwpR4M1nYUuuYe2bmzrNuwGoF9ZAbA; alt. Digital Currency Address - XBT 18cFGAdYcvNHkuhXLBE7izQKCyUW8TzCJE; alt. Digital Currency Address - XBT 1QHxyuLGRMHfbNPJikV4Dwhfx45HWfUMWB; alt. Digital Currency Address - XBT 1GnFTy5F9qi5MfaRZfgdg2jkyT5xtAHvd8; alt. Digital Currency Address - XBT bc1quyc6j8ca84q9gjej5jjd2n8hra0vfu0j60fefs57p6e5rerkq07q0l5u3w; alt. Digital Currency Address - XBT 16p2UWTZwXRyK5bTHNVjdDyy1D3EQGsZf2; alt. Digital Currency Address - XBT 1CddRqw7oSPrT4tt5oXKyx2LiHJDPszy7y; alt. Digital Currency Address - XBT 1Hhe61Bwxs8Hd2WxzWY9FQyZicBiZGeSNW; alt. Digital Currency Address - XBT 1D3GuaS9eqKw8dWj9JFQtNufdRtysjSLxZ; alt. Digital Currency Address - XBT 1PWRKxkR5AU7Tc9zPqjdhtu1eGW1QZzs4y; alt. Digital Currency Address - XBT 1D1ej7zQzywWBDNXKNYpmH7Hso2U9koDG4; alt. Digital Currency Address - XBT 3KGQ3hX6eFYtBjTBFSdvdkzHmwZyYWLRQh; alt. Digital Currency Address - XBT 1LKE3XA9bf5JFqtGtCHzWj5QGxKGwMfXZw;

alt. Digital Currency Address - XBT 1MtsQsw6n2jvJCWhpCw7jifTfD9Q3rBBVg; alt. Digital Currency Address - XBT 1KkaKujnqwJf7Cbm7JKAZGF3X9d4685m8n; alt. Digital Currency Address - XBT 1Ge8JodC2HiBiEuT7D3MoH6Fak6XrcT9Kf; alt. Digital Currency Address - XBT bc1qsmqpalp3gtgkltag4x3ygevmhh9y2hzk73t2ug; alt. Digital Currency Address - XBT 1E9uUnLbyfToazo95vmM3ysYnzgkrL7GeC; alt. Digital Currency Address - XBT 1HH8eiuaTMucTNyvGCUmAvmCZCtdMi8SqK; alt. Digital Currency Address - XBT 19FQzHibWDhSP8pKmJS3uagFYoisXtehzw; alt. Digital Currency Address - XBT 3DLGfN7hgsWXXSp9euXcnmWXLpFQuswW2t; alt. Digital Currency Address - XBT 1PXxwPVtYxZiCRp9LKq7aKMDFrhAQztvUE; alt. Digital Currency Address - XBT 1Q4tJjH2aBr3AJrzxqa4Z3jPpf5SDgF4jK; alt. Digital Currency Address - XBT 1PYtgFS2t6i57WdDvbRa7kPcsagGMBxzfg; alt. Digital Currency Address - XBT 16ZSAEfYpPCj3D94fsNt2okYj9Ue8mxy6T; alt. Digital Currency Address - XBT bc1qvlzfn6kmezv44d8kw0p5jsmxe6wchv3zc7gsxs; alt. Digital Currency Address - XBT 3QVyoH4u3qT88uChAeJVhfB3r6maZt431y; alt. Digital Currency Address - XBT 1FFS6pX1TCKTNy668Mbk2Lyoem1qB48kYX; alt. Digital Currency Address - XBT 1Dpddb1TMjvmNQeYDqgyd1ww6cmwPJRdSk; alt. Digital Currency Address - XBT 3AjiWiUdKB5mcGUSS9mBeoHCeYJw3Zo8r6; alt. Digital Currency Address - XBT 1EtMuBPQnPCa3cecerdSH1Szydxnhb Tmw; alt. Digital Currency Address - XBT 3CCmt5LjQ5yKkaFY1DWC2SbERVEtWRnSRD; alt. Digital Currency Address - XBT 1MQBDeRWsiJBf7K1VGjJ7PWEL6GJXMfmLg; alt. Digital Currency Address - XBT 1MbtT2ZsTtLp7EKZUV9r74cTyqvsMtTP2M; alt. Digital Currency Address - XBT 36yS87PLuW7sErLg1TY26WzaVarTim7AcC; alt. Digital Currency Address - XBT 3AYU365Tcjef7j9pdKF9Xe8rWpEpsH196t; alt. Digital Currency Address - XBT 148LKmyZT3FGE4x1GjsFN6RsAwcjzk5iuE; alt. Digital Currency Address - XBT 16EKTes8ahD8xvwisqjc2xSNLiG3fDHatW; alt. Digital Currency Address - XBT 3GuQjr7kkrR5EjpanMgyAuxuLgrjEUwe21; alt. Digital Currency Address - XBT 35eanEz5iYg2eYaxCtMrR4SCoypFqrBWUH; alt. Digital Currency Address - XBT

3QWUdP5taP4GrRuueVDud1eWetb7hc3wDH; alt. Digital Currency Address - XBT 3Czhm6xqn8odwz6jgTcjRrUjog28v6aVS8; alt. Digital Currency Address - XBT 1F7UL41qYm6TvnExZzPHBCyeENvX3XDEMS; alt. Digital Currency Address - XBT 123WBUDmSJv4GctdVEz6Qq6z8nXSKrJ4KX; alt. Digital Currency Address - XBT 3BCN3WgMRJwULTz1vsEQ7NZrBjwaUBf5Ca; alt. Digital Currency Address - XBT 35SwVFxosV3AsvnrBfzdXarqavRbvDyyxv; alt. Digital Currency Address - XBT 32pCmCWEjwhkLwh5BgLNAeBQFp5Gi1hv81; alt. Digital Currency Address - XBT 1G64TFMFVJTjhJXra6x74BBhsfSyiWaFtT; alt. Digital Currency Address - XBT 1A3iYY4c3dkgNYGewzYzr7EsqfBuWXibGo; alt. Digital Currency Address - XBT 3GAUBtrTtWp1D9yeXgr3wMg8B599QHa5m5; alt. Digital Currency Address - XBT 3HJN4jRa4mdfkey9JR9jUhr86yPwL86A3C; alt. Digital Currency Address - XBT 1EuUMPBCZtSd5pVVFEqmRqUSfU1qy6ASuL; alt. Digital Currency Address - XBT 1Pu1nAW7kCoSMThMs8QcpM8JxuByQDZgH; alt. Digital Currency Address - XBT 3QnWE5GVfQu3wVav91RuFkqip4Ti4NWqAY; alt. Digital Currency Address - XBT 1CNbhgxGRZvsWnEHotfXge7k2E1UPzBDC7; alt. Digital Currency Address - XBT 3HSZc4BLnQBznjSq7JvXgqNCZUUs3M9fZz; alt. Digital Currency Address - XBT 37dDBCexFPraKW4jGSqkE3NyG52YeZQbJx; alt. Digital Currency Address - XBT 1H8sDTTgJPBKw83EBZDLhXvetCbxZUMMZM; alt. Digital Currency Address - XBT 1BvJRBRp9ZZ6zLyuZaZsV7g3xP6JokdZQW; alt. Digital Currency Address - XBT bc1q237mvl0heyw0r38wd3xz8h5mar96rrwpams8pp; alt. Digital Currency Address - XBT 34dxZvijpBM1YkPybczbQ7DuGuKAnULdfS; alt. Digital Currency Address - XBT 1GkLN7DbA9mAtHNzQWNPANcdWbefaz4Gzm; alt. Digital Currency Address - XBT 13hfsQm6oCaDZehfYBSMFiJVAi1jsL6sQd; alt. Digital Currency Address - XBT 1Sf6e4xQv8muMZqYPTdRFf3e5o5eWcg9F; alt. Digital Currency Address - XBT bc1qj6j6p0jdefl6pvdzx3kx8245yy5mz6q4luhzes; alt. Digital Currency Address - XBT 1B3u21itzjgKtm7QsNQNCBpSkwzzeDHqrW; alt. Digital Currency Address - XBT 3JhPsVV3KnL9dBYGSZALS9EbrLr97R865a; alt. Digital Currency Address - XBT bc1qqf8kcc9m57xjqcvsvuf989nnl48ve6d2s24cx

3; alt. Digital Currency Address - XBT 1HuYfoEwsfHgZiRhbhJrCd5ST3iksa8KEx; alt. Digital Currency Address - XBT 1J9wJH2bamZVxscXAvoDH4jvtGKb7sYFDm; alt. Digital Currency Address - XBT 34WWXwFKAsXL9zYxbeNPaPV6vDamkjQLUo; alt. Digital Currency Address - XBT 3PDmRwotTkRAFRLGTUrucCERp2JdM1q4ar; alt. Digital Currency Address - XBT 3AFcE2mbSSndcpYFgHoExSmjUc26ef2gQh; alt. Digital Currency Address - XBT 3P6PzdfETr4275Gn3veLkCyDxA1jV8fHKm; alt. Digital Currency Address - XBT 3HRExd8GKFskZC5inmVcpiyy9UWG7FVa6o; alt. Digital Currency Address - XBT 3MP7yBGSW2gkXVRE8S84T2j4KVgPh3rEzv; alt. Digital Currency Address - XBT 1K2fmE9hfhbRNSZoBvCBWZAvsS5idTUxBG; alt. Digital Currency Address - XBT 3ES6pqCueDPCnC4hCqhhYuey6gyiRJZw6E; alt. Digital Currency Address - XBT 3KvBX3jo69Qn8jHy44M33RYoeYcf8DdRBD; alt. Digital Currency Address - XBT 3K26aMKmnrv97Pj6YiFcqiXk2LxeHfhnG3; alt. Digital Currency Address - XBT 3BWP6ZQAhc4j5wR1b95zJAthJEFvhdees7; alt. Digital Currency Address - XBT 3JuSgFrwnrNfuhvR4GpWAPmeJVot4xrEae; alt. Digital Currency Address - XBT 1DKGRGJXGNLAtTeFb9SNPNHtrkZ87q7qKi; alt. Digital Currency Address - XBT 361AkMKNNWYwZRsCE8pPNmoh5aQf4V7g4p; alt. Digital Currency Address - XBT 33fWcMdmsB2Ey4CEbVWbjGFkuevBSyP9nG; alt. Digital Currency Address - XBT 35aTjkBh4yeTypJsi9nuTdoMKHTsawKVgX; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 2015 [CYBER2].

HYDRO COMPANY FOR DRILLING EQUIPMENT RENTAL (a.k.a. HYDRO COMPANY S.A.L.; a.k.a. HYDRO DRILLING EQUIPMENT RENTAL S.A.L.), Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1024713 (Lebanon) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

HYDRO COMPANY S.A.L. (a.k.a. HYDRO COMPANY FOR DRILLING EQUIPMENT RENTAL; a.k.a. HYDRO DRILLING EQUIPMENT RENTAL S.A.L.), Lebanon; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1024713 (Lebanon) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

HYDRO DRILLING EQUIPMENT RENTAL S.A.L. (a.k.a. HYDRO COMPANY FOR DRILLING EQUIPMENT RENTAL; a.k.a. HYDRO COMPANY S.A.L.), Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1024713 (Lebanon) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

HYON, Gwang Il (a.k.a. HYON, Kwang Il), Korea, North; DOB 27 May 1961; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Department Director at the National Aerospace Development Administration (individual) [NPWMD] (Linked To: NATIONAL AEROSPACE DEVELOPMENT ADMINISTRATION).

HYON, Kwang Il (a.k.a. HYON, Gwang Il), Korea, North; DOB 27 May 1961; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Department Director at the National Aerospace Development Administration (individual) [NPWMD] (Linked To: NATIONAL AEROSPACE DEVELOPMENT ADMINISTRATION).

HYPER MACHINE TOOLS (a.k.a. CHONGQING FAGIMA ELECTROMECHANICAL EQUIPMENT CO LTD; a.k.a. ZHONGQING FA JIMA MECHANICAL EQUIPMENT CO LTD), 1701, Building 30, Xingyao Tiandi, Beibin Second Road, Jiangbei District, Chongqing 400000, China; Cai Fu Da Dao 2HAO 5-7, Yu Bei Qu, Chongqing 401120, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Dec 2017; Unified Social Credit Code (USCC) 91500000MA5YPY1U8R (China) [RUSSIA-EO14024].

HYPERCORE LTD, 120 Fleet Street, London EC4A 2BE, United Kingdom; Secondary sanctions risk: Ukraine-/Russia-Related

Sanctions Regulations, 31 CFR 589.201; Organization Established Date 03 Jul 2025; Company Number 16558658 (United Kingdom) [CAATSA - RUSSIA] [CYBER4] (Linked To: AEZA GROUP LLC).

HYPEREL FZCO, 342001, Unit 101 Ifza, Dubai Silicon Oasis, DDP Building A2, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Mar 2022; Economic Register Number (CBLS) 11868929 (United Arab Emirates) [RUSSIA-EO14024].

HYSA FORWARDERS S.A. DE C.V., Nuevo Leon, Mexico; Organization Established Date 10 Jun 2021; Organization Type: Retail sale of clothing, footwear and leather articles in specialized stores; Folio Mercantil No. 35583 (Mexico) [TCO] (Linked To: HYSA, Luftar; Linked To: HYSA, Arben).

HYSA HOLDINGS INC (a.k.a. GESTION HYSA INC), Montreal, Quebec, Canada; Organization Established Date 27 Oct 2011; Company Number 798018-3 (Canada); Business Number 842067886RC0001 (Canada) [TCO] (Linked To: HYSA, Luftar).

HYSA ORGANIZED CRIME GROUP, Mexico; Albania; Target Type Criminal Organization [TCO].

HYSA, Arben, Mexico; DOB 15 Sep 1970; POB Belsh, Albania; nationality Albania; Gender Male; Passport BJ4897370 (Albania) expires 09 Mar 2024; C.U.R.P. HAXA700915HNEYXR02 (Mexico) (individual) [TCO] (Linked To: HYSA ORGANIZED CRIME GROUP).

HYSA, Eselda (a.k.a. BAKU, Eselda), Ensenada, Baja California, Mexico; DOB 24 Jun 1987; POB Elbasan, Albania; nationality Albania; Gender Female (individual) [TCO] (Linked To: ENTRETENIMIENTO PALERMO S.A. DE C.V.).

HYSA, Fabjon, Canada; DOB 27 Sep 1993; POB Elbasan, Albania; nationality Albania; Gender Male; Passport 1893770 (Albania) expires 15 Jun 2006 (individual) [TCO] (Linked To: HYSA ORGANIZED CRIME GROUP).

HYSA, Fatos, Albania; DOB 15 Jun 1972; nationality Albania; Gender Male; Passport BF5921175 (Albania) expires 07 Jan 2031 (individual) [TCO] (Linked To: HYSA ORGANIZED CRIME GROUP).

HYSA, Luftar, Montreal, Quebec, Canada; Mexico; DOB 01 Mar 1967; POB Elbasan, Albania; nationality Albania; Gender Male; Passport BC5833174 (Albania) expires 22 Jul 2020; C.U.R.P. HAXL670301HNEYXF01

(Mexico) (individual) [TCO] (Linked To: HYSA ORGANIZED CRIME GROUP).

HYSA, Ramiz, Rosarito, Baja California, Mexico; DOB 08 Sep 1962; POB Belsh, Albania; nationality Albania; Gender Male; Passport BC5006114 (Albania) expires 05 Oct 2026 (individual) [TCO] (Linked To: HYSA ORGANIZED CRIME GROUP).

I A C INTERNATIONAL INC. (a.k.a. IAC INTERNATIONAL INC.; a.k.a. INTERNATIONAL AIRLINE CONSULTING), Miami, FL, United States; US FEIN 65-0842701; Business Registration Document # P9800004558 (United States) [SDNTK].

I AND S HOLDING COMPANY, S.A. (a.k.a. I&S HOLDING COMPANY, S.A.), Panama; RUC # 1199542-1-581763 (Panama) [SDNTK].

I JET GLOBAL DMCC (a.k.a. TRADE MED MIDDLE EAST; a.k.a. TRADE MID MIDDLE EAST; a.k.a. "IJET"), Unit No: 3504, 1 Lake Plaza, Plot No: JLT-PH2-T2A, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Plaza del Olivar, 1 4, Palma de Mallorca, Baleares H24 07002, Spain; 116/8, St. George's Road, St. Julians STJ3203, Malta; Damascus, Syria; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Oct 2014; Organization Type: Service activities incidental to air transportation; Registration Number DMCC19501 (United Arab Emirates) [RUSSIA-EO14024].

I SPHERA JOINT STOCK COMPANY (a.k.a. AO KRASNYI DELFIN; a.k.a. RED DOLPHIN JOINT STOCK COMPANY), Per. Khimicheskii D. 1, Lit. BE, Floor 3, Pomeshch. 60, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1077847590040 (Russia); Tax ID No. 7805439611 (Russia) [RUSSIA-EO14024].

I&S HOLDING COMPANY, S.A. (a.k.a. I AND S HOLDING COMPANY, S.A.), Panama; RUC # 1199542-1-581763 (Panama) [SDNTK].

I.C.I.C. KFT. (a.k.a. I.C.I.C. LTD.), Bocskai utca 9, Pecel 2119, Hungary; Organization Established Date 15 Jul 2021; Tax ID No. 27189173-1-13 (Hungary); Registration Number 13-09-214318 (Hungary) [BALKANS-EO14033] (Linked To: GRUEVSKI, Nikola).

I.C.I.C. LTD. (a.k.a. I.C.I.C. KFT.), Bocskai utca 9, Pecel 2119, Hungary; Organization Established Date 15 Jul 2021; Tax ID No. 27189173-1-13 (Hungary); Registration Number

13-09-214318 (Hungary) [BALKANS-EO14033] (Linked To: GRUEVSKI, Nikola).

I.P.C. INTERNATIONAL LIMITED, United Kingdom [IRAQ2].

I.P.C. MARKETING LIMITED, United Kingdom [IRAQ2].

IA INFOROS, OOO (Cyrillic: ООО ИА ИНФОРОС) (a.k.a. INFOROS INFORMATION AGENCY, CO, LTD.; a.k.a. NEWS AGENCY INFOROS), Moscow, Russia; Website inforos.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Type: News agency activities; Tax ID No. 5025021509 (Russia) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

IAC INTERNATIONAL INC. (a.k.a. I A C INTERNATIONAL INC.; a.k.a. INTERNATIONAL AIRLINE CONSULTING), Miami, FL, United States; US FEIN 65-0842701; Business Registration Document # P9800004558 (United States) [SDNTK].

IAKOVLEV, Pavel Aleksandrovich (a.k.a. YAKOVLEV, Pavel Alexandrovich), Russia; DOB 27 Jan 1968; POB Yekaterinburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 741501315015 (Russia) (individual) [RUSSIA-EO14024].

IAMSHCHIKOV, Artem (a.k.a. YAMSHCHIKOV, Artem Mikhailovich; a.k.a. YAMSHCHIKOV, Artem Mikhaylovich), Russia; DOB 11 Oct 1979; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 381000781179 (Russia) (individual) [RUSSIA-EO14024].

IAN LIMITED (a.k.a. CEC CHEMICAL CO., LTD.; a.k.a. CEC LIMITED; a.k.a. CEC LTD.; a.k.a. CEC PHARM CO LTD; a.k.a. CEC PHARMATECH LTD; a.k.a. CHINA ENRICHING CHEMISTRY; a.k.a. HANGZHOU HONGYAN TRADING CO., LTD; a.k.a. SHANGHAI CANHE PHARMTECH CO LTD), Room 807, 8/F Building 6, No.333 Guiping Road, Shanghai 200233, China; 401, No.23, Changning Road 1277, Shanghai 200051, China; Website www.cecchem.com; alt. Website www.eric1234.com [SDNTK].

IANBORISOV, Amir Bulatovich (a.k.a. YANBORISOV, Amir Bulatovich), 51 Rue de Prony, Paris, France; DOB 26 Jul 1996; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

IARA (a.k.a. AL-WAKALA AL-ISLAMIYA AL-AFRIKIA L'IL-IGHATHA; a.k.a. AL-WAKALA AL-ISLAMIYA L'IL-IGHATHA; a.k.a. ISLAMIC AFRICAN RELIEF AGENCY; a.k.a. ISLAMIC AMERICAN RELIEF AGENCY; a.k.a. ISLAMIC RELIEF AGENCY; a.k.a. "ISRA"), 201 E. Cherry Street, Suite D, Columbia, MO 65205, United States; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; all offices worldwide [SDGT].

IB REFORM JSC (a.k.a. JOINT STOCK COMPANY INFORMATION SECURITY REFORM; a.k.a. JSC IS REFORM), D. 125 Str. 1 Etazh 6 Pom. X Kom 23, Shosse Varshavskoe, Moscow 117587, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Jul 2019; Tax ID No. 7726482572 (Russia); Government Gazette Number 75059643 (Russia); Registration Number 1217700423654 (Russia) [RUSSIA-EO14024].

IBANEZ CARRANZA, Luz Del Carmen, The Hague, Netherlands; DOB 15 Jul 1955; POB Trujillo, Peru; nationality Peru; Gender Female; Passport D16005584 (Peru) (individual) [ICC-EO14203].

IBARRA CARDONA, Carlos Jesus Ivan, Calle Lago La Doga 5312, Tijuana, Baja California, Mexico; DOB 02 Dec 1986; POB Sonora, Mexico; Passport 970200221199 (Mexico) (individual) [SDNTK].

IBARRA CARDONA, Luis Gerardo, Calle Lago de La Doga 5312, Tijuana, Baja California, Mexico; DOB 28 Nov 1982; nationality Mexico; citizen Mexico; R.F.C. IACL821128 (Mexico) (individual) [SDNTK].

IBARRA DIAZ JR., Michael, Puerto Vallarta, Jalisco, Mexico; DOB 01 Jan 1980; POB Puerto Vallarta, Jalisco, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; R.F.C. IADM8001016LA (Mexico); C.U.R.P. IADM800101HJCBZC00 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

IBARRA FAVILA, Jose Gerardo, Calle Lago de La Doga  5312, Tijuana, Baja California, Mexico; DOB 09 Mar 1961; POB Durango, Mexico; R.F.C. IAFG610309 (Mexico) (individual) [SDNTK].

IBARRA YEPIS, Priciliano (a.k.a. IBARRA YEPIS, Prisciliano; a.k.a. IBARRA YEPIZ, Prisciliano; a.k.a. YBARRA YEPIS, Priciliano), Mexico; DOB 04 Jan 1977; POB Sonora, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. IAYP770104HSRBPR00 (Mexico) (individual) [SDNTK].

IBARRA YEPIS, Prisciliano (a.k.a. IBARRA YEPIS, Priciliano; a.k.a. IBARRA YEPIZ, Prisciliano; a.k.a. YBARRA YEPIS, Priciliano), Mexico; DOB 04 Jan 1977; POB Sonora, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. IAYP770104HSRBPR00 (Mexico) (individual) [SDNTK].

IBARRA YEPIZ, Prisciliano (a.k.a. IBARRA YEPIS, Priciliano; a.k.a. IBARRA YEPIS, Prisciliano; a.k.a. YBARRA YEPIS, Priciliano), Mexico; DOB 04 Jan 1977; POB Sonora, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. IAYP770104HSRBPR00 (Mexico) (individual) [SDNTK].

IBC MNE INTERNATIONAL BUSINESS CORPORATION DOO BAR (a.k.a. DRUSTVO SA OGRANICENOM ODGOVORNOSCU INTERNATIONAL BUSINESS CORPORATION BAR; a.k.a. INTERNATIONAL BUSINESS CORPORATION DOO BAR), Popa Dukljanina Br. 2A, Bar, Montenegro; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number 2829908 (Montenegro); Registration Number 50601731 (Montenegro) [RUSSIA-EO14024].

IBEX SHIPPING INC, Office 4, 1st Floor, Mitsi Building 1, Stasinou Avenue, Nicosia 1060, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number IMO 5344160 [RUSSIA-EO14024].

IBN ALHOUSSEYNI, Mohamed (a.k.a. AG ALHOUSSEINI, Houka Houka; a.k.a. IBN AL-HUSAYN, Muhammad), Zouera, Mali; DOB 1962; alt. DOB 1963; alt. DOB 1964; POB Ariaw, Tombouctou region, Mali; nationality Mali; Gender Male (individual) [MALI-EO13882].

IBN AL-HUSAYN, Muhammad (a.k.a. AG ALHOUSSEINI, Houka Houka; a.k.a. IBN ALHOUSSEYNI, Mohamed), Zouera, Mali; DOB 1962; alt. DOB 1963; alt. DOB 1964; POB Ariaw, Tombouctou region, Mali; nationality Mali; Gender Male (individual) [MALI-EO13882].

IBRAGIMOV, Turpal-Ali Vakhaevich (a.k.a. IBRAGIMOV, Turpal-Ali Vakhayevich (Cyrillic: ИБРАГИМОВ, Турпал-Али Вахаевич)), Chechen Republic, Russia; DOB 24 Jul 1979; POB Germenchuk, Chechen Republic, Russia; nationality Russia; citizen Russia; Gender Male;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 774317638795 (Russia) (individual) [RUSSIA-EO14024].

IBRAGIMOV, Turpal-Ali Vakhayevich (Cyrillic: ИБРАГИМОВ, Турпал-Али Вахаевич) (a.k.a. IBRAGIMOV, Turpal-Ali Vakhaevich), Chechen Republic, Russia; DOB 24 Jul 1979; POB Germenchuk, Chechen Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 774317638795 (Russia) (individual) [RUSSIA-EO14024].

IBRAHIM MUHAMMAD RASHID, Ma'ad (a.k.a. AL-ATILI, Ma'ad Ibrahim Muhammad Rashid (Arabic: معاد إبراهيم محمد رشيد العتيلي)), West Bank; DOB 15 Mar 1980; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 906168711 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

IBRAHIM, Aadan Yusuf Saciid (a.k.a. "ABDULLAHI, Hussein"), Beled Amin, Lower Shabelle, Somalia; DOB 1987; alt. DOB 1988; alt. DOB 1989; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

IBRAHIM, 'Abd Al-Baqi Muhammad (a.k.a. AL-BAKI, 'Abd; a.k.a. AL-BARI, 'Abd; a.k.a. BAKI, Abdul; a.k.a. BAQI, Abdul; a.k.a. BARI, Abdul; a.k.a. BARI, Abdul Baqi; a.k.a. BARI, Haji Abdul; a.k.a. IBRAHIM, 'Abd Labaqi Muhammad; a.k.a. ISHAQZAI, Rais Abdul Bari; a.k.a. "ABDELBAKI"); DOB 01 Jan 1953; alt. DOB 1952; POB Kandahar, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 306749 (Afghanistan) expires 28 Jun 2014; alt. Passport 47168 (Afghanistan) (individual) [SDGT].

IBRAHIM, 'Abd Labaqi Muhammad (a.k.a. AL-BAKI, 'Abd; a.k.a. AL-BARI, 'Abd; a.k.a. BAKI, Abdul; a.k.a. BAQI, Abdul; a.k.a. BARI, Abdul; a.k.a. BARI, Abdul Baqi; a.k.a. BARI, Haji Abdul; a.k.a. IBRAHIM, 'Abd Al-Baqi Muhammad; a.k.a. ISHAQZAI, Rais Abdul Bari; a.k.a. "ABDELBAKI"); DOB 01 Jan 1953; alt. DOB 1952; POB Kandahar, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 306749 (Afghanistan) expires 28 Jun 2014; alt. Passport 47168 (Afghanistan) (individual) [SDGT].

IBRAHIM, Ahmed (a.k.a. AL-UBRAHIMI, Ahmad; a.k.a. BRAHIMI, Ahmed), El Harrach, Algiers 16200, Algeria; DOB 24 Jun 1970; POB Beni Slimane, Medea, Algeria; nationality Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 309859713 (Algeria) expires 25 Oct 2031 (individual) [SDGT] (Linked To: HAMAS).

IBRAHIM, Al Hajj Alie (a.k.a. AL-WAFA, Ali Ibrahim; a.k.a. AL-WAFA, Alie Ibrahim; a.k.a. AL-WATFA, Ali Ibrahim; a.k.a. AL-WATFA, Alie Ibrahim), 26 Malama Thomas Street, Freetown, Sierra Leone; DOB 1969; POB Al Qalamun, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

IBRAHIM, Anis (a.k.a. ANIS, Ibrahim Shaikh Mohd; a.k.a. AZIZ, Abdul Hamid Abdul; a.k.a. DILIP, Aziz; a.k.a. EBRAHIM, Dawood; a.k.a. HASAN, Shaikh Daud; a.k.a. HASSAN, Dawood; a.k.a. IBRAHIM, Dawood; a.k.a. IBRAHIM, Dawood Sheik; a.k.a. KASKAR, Dawood Ibrahim; a.k.a. REHMAN, Shaikh Ismail Abdul; a.k.a. SABRI, Dawood; a.k.a. SAHEB, Amir; a.k.a. SETH, Iqbal), 617 CP Berar Society, Block 7-8, Karachi, Pakistan; House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

IBRAHIM, Ayman (a.k.a. IBRAHIM, Ayman Ahmad); DOB 01 Apr 1979; POB 'Adlun, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; General Manager, Unique Stars Mobile Phones LLC (individual) [SDGT] (Linked To: UNIQUE STARS MOBILE PHONES LLC).

IBRAHIM, Ayman Ahmad (a.k.a. IBRAHIM, Ayman); DOB 01 Apr 1979; POB 'Adlun, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; General Manager, Unique Stars Mobile Phones LLC (individual) [SDGT] (Linked To: UNIQUE STARS MOBILE PHONES LLC).

IBRAHIM, Dawood (a.k.a. ANIS, Ibrahim Shaikh Mohd; a.k.a. AZIZ, Abdul Hamid Abdul; a.k.a. DILIP, Aziz; a.k.a. EBRAHIM, Dawood; a.k.a. HASAN, Shaikh Daud; a.k.a. HASSAN, Dawood; a.k.a. IBRAHIM, Anis; a.k.a. IBRAHIM, Dawood Sheik; a.k.a. KASKAR, Dawood Ibrahim; a.k.a. REHMAN, Shaikh Ismail Abdul; a.k.a. SABRI, Dawood; a.k.a. SAHEB, Amir; a.k.a. SETH, Iqbal), 617 CP Berar Society, Block 7-8, Karachi, Pakistan; House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985;

alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

IBRAHIM, Dawood Sheik (a.k.a. ANIS, Ibrahim Shaikh Mohd; a.k.a. AZIZ, Abdul Hamid Abdul; a.k.a. DILIP, Aziz; a.k.a. EBRAHIM, Dawood; a.k.a. HASAN, Shaikh Daud; a.k.a. HASSAN, Dawood; a.k.a. IBRAHIM, Anis; a.k.a. IBRAHIM, Dawood; a.k.a. KASKAR, Dawood Ibrahim; a.k.a. REHMAN, Shaikh Ismail Abdul; a.k.a. SABRI, Dawood; a.k.a. SAHEB, Amir; a.k.a. SETH, Iqbal), 617 CP Berar Society, Block 7-8, Karachi, Pakistan; House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

IBRAHIM, Frere Petrus (a.k.a. MUJYAMBERE, Leopold; a.k.a. "ACHILLE"; a.k.a. "MUSENYERI"), Mwenga, South Kivu Province, Congo, Democratic Republic of the; DOB 17 Mar 1962; alt. DOB 1966; POB Kigali, Rwanda; citizen Rwanda; Colonel; Commander, FDLR CO 2nd Division (individual) [DRCONGO].

IBRAHIM, Haji (a.k.a. IBRAHIM, Haji Ehai; a.k.a. KHAN AFRIDI, Haji Ibrahim; a.k.a. KHAN, Haji Ibrahim); DOB 28 Sep 1957; POB Pakistan (individual) [SDNTK].

IBRAHIM, Haji Ehai (a.k.a. IBRAHIM, Haji; a.k.a. KHAN AFRIDI, Haji Ibrahim; a.k.a. KHAN, Haji Ibrahim); DOB 28 Sep 1957; POB Pakistan (individual) [SDNTK].

IBRAHIM, Jibril (a.k.a. FEDIEL, Gebreil Ibrahim Mohamed; a.k.a. MOHAMED, Gibril Ibrahim), Port Sudan, Sudan; DOB 10 May 1955; POB Altina, Sudan; nationality Sudan; Gender Male; Passport D00001664 (Sudan) expires 11 Aug 2029 (individual) [SUDAN-EO14098].

IBRAHIM, Khalil (a.k.a. MOHAMED, Khalil Ibrahim; a.k.a. TAHA, Khalil Ibrahim Mohamed Achar Foudail); DOB 15 Jun 1958; POB El Fasher, Sudan; alt. POB Al Fashir, Sudan; nationality Sudan; Registration ID 0179427 (France); National Foreign ID Number 4203016171 (France) issued 20 Feb 2004; Chairman, Justice and Equality Movement; Co-founder, National Redemption Front (individual) [DARFUR].

IBRAHIM, Maxamed Siidow Sheikh (a.k.a. SIIDOW, Maxamed), Lower Shabelle, Somalia; DOB 1972; alt. DOB 1973; alt. DOB 1974; POB Lower Shabelle, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

IBRAHIM, Mohamed Ahmed Elsayed Ahmed, Brazil; DOB 05 Apr 1977; POB Gharbeya, Egypt; citizen Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A09935181 (Egypt); Turkish Identification Number 99148469954 (Turkey) (individual) [SDGT] (Linked To: AL QA'IDA).

IBRAHIM, Mohammad Sholeh (a.k.a. IBRAHIM, Muh Sholeh; a.k.a. IBRAHIM, Muhammad Sholeh; a.k.a. IBRAHIM, Muhammad Soleh; a.k.a. IBRAHIM, Sholeh; a.k.a. IBROHIM, Muhammad Sholeh); DOB Sep 1958; POB Demak, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Ustad (individual) [SDGT].

IBRAHIM, Mohammed Hassan (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Hassan Dahir; a.k.a. AWES, Shaykh Hassan Dahir; a.k.a. AWEYES, Hassen Dahir; a.k.a. AWEYS, Ahmed Dahir; a.k.a. AWEYS, Hassan Dahir; a.k.a. AWEYS, Sheikh; a.k.a. AWEYS, Sheikh Hassan Dahir; a.k.a. DAHIR, Aweys Hassan; a.k.a. OAIS, Hassan Tahir; a.k.a. UWAYS, Hassan Tahir; a.k.a. "HASSAN, Sheikh"), Somalia; Eritrea; DOB 1935; nationality Somalia; citizen Somalia (individual) [SOMALIA].

IBRAHIM, Muh Sholeh (a.k.a. IBRAHIM, Mohammad Sholeh; a.k.a. IBRAHIM, Muhammad Sholeh; a.k.a. IBRAHIM, Muhammad Soleh; a.k.a. IBRAHIM, Sholeh; a.k.a. IBROHIM, Muhammad Sholeh); DOB Sep 1958; POB Demak, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Ustad (individual) [SDGT].

IBRAHIM, Muhammad; DOB 05 Aug 1964; alt. DOB 1958; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

IBRAHIM, Muhammad Makkawi (a.k.a. MAKAWI, Mohamed; a.k.a. MOHAMED, Mohamed Makawi Ibrahim; a.k.a. MOHAMED, Mohamed Makkawi Ibrahim); DOB 1984; POB Sudan; nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

IBRAHIM, Muhammad Sholeh (a.k.a. IBRAHIM, Mohammad Sholeh; a.k.a. IBRAHIM, Muh Sholeh; a.k.a. IBRAHIM, Muhammad Soleh; a.k.a. IBRAHIM, Sholeh; a.k.a. IBROHIM, Muhammad Sholeh); DOB Sep 1958; POB Demak, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Ustad (individual) [SDGT].

IBRAHIM, Muhammad Soleh (a.k.a. IBRAHIM, Mohammad Sholeh; a.k.a. IBRAHIM, Muh Sholeh; a.k.a. IBRAHIM, Muhammad Sholeh; a.k.a. IBRAHIM, Sholeh; a.k.a. IBROHIM, Muhammad Sholeh); DOB Sep 1958; POB Demak, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Ustad (individual) [SDGT].

IBRAHIM, Nasreen Hussein (Arabic: نسرين حسين إبراهيم) (a.k.a. IBRAHIM, Nisrine; a.k.a. IBRAHIM, Nsrin; a.k.a. IBRAHIM, Nsrin Hussin), Damascus, Syria; DOB 13 Nov 1975; POB Latakia, Syria; nationality Syria; Gender Female; National ID No. 06110008173 (Syria) (individual) [PAARSSR-EO13894].

IBRAHIM, Nisrine (a.k.a. IBRAHIM, Nasreen Hussein (Arabic: نسرين حسين إبراهيم); a.k.a. IBRAHIM, Nsrin; a.k.a. IBRAHIM, Nsrin Hussin), Damascus, Syria; DOB 13 Nov 1975; POB Latakia, Syria; nationality Syria; Gender Female; National ID No. 06110008173 (Syria) (individual) [PAARSSR-EO13894].

IBRAHIM, Nsrin (a.k.a. IBRAHIM, Nasreen Hussein (Arabic: نسرين حسين إبراهيم); a.k.a. IBRAHIM, Nisrine; a.k.a. IBRAHIM, Nsrin Hussin), Damascus, Syria; DOB 13 Nov 1975; POB Latakia, Syria; nationality Syria; Gender Female; National ID No. 06110008173 (Syria) (individual) [PAARSSR-EO13894].

IBRAHIM, Nsrin Hussin (a.k.a. IBRAHIM, Nasreen Hussein (Arabic: نسرين حسين إبراهيم); a.k.a. IBRAHIM, Nisrine; a.k.a. IBRAHIM, Nsrin), Damascus, Syria; DOB 13 Nov 1975; POB Latakia, Syria; nationality Syria; Gender Female; National ID No. 06110008173 (Syria) (individual) [PAARSSR-EO13894].

IBRAHIM, Osama Al Kuni (Arabic: أسامة الكوني ابراهيم) (a.k.a. AL KUNI, Osama; a.k.a. AL-MILAD, Osama; a.k.a. MILAD, Osama; a.k.a. "ZAWIYA, Osama"; a.k.a. "ZAWIYAH, Osama"), Zawiyah, Libya; DOB 04 Apr 1976; alt. DOB 02 Apr 1976; POB Tripoli, Libya; nationality Libya; Gender Male (individual) [LIBYA3].

IBRAHIM, Rana Hussein (Arabic: رنا حسين ابراهيم) (a.k.a. IBRAHIM, Rana Hussin), Damascus, Syria; DOB 07 Oct 1994; POB Damascus, Syria; nationality Syria; Gender Female; National ID No. 06110065397 (Syria) (individual) [PAARSSR-EO13894].

IBRAHIM, Rana Hussin (a.k.a. IBRAHIM, Rana Hussein (Arabic: رنا حسين ابراهيم)), Damascus, Syria; DOB 07 Oct 1994; POB Damascus, Syria; nationality Syria; Gender Female; National ID No. 06110065397 (Syria) (individual) [PAARSSR-EO13894].

IBRAHIM, Sadr, Afghanistan; DOB 1967; alt. DOB 1968; alt. DOB 1966; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TALIBAN).

IBRAHIM, Sholeh (a.k.a. IBRAHIM, Mohammad Sholeh; a.k.a. IBRAHIM, Muh Sholeh; a.k.a. IBRAHIM, Muhammad Sholeh; a.k.a. IBRAHIM, Muhammad Soleh; a.k.a. IBROHIM, Muhammad Sholeh); DOB Sep 1958; POB Demak, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Ustad (individual) [SDGT].

IBRAHIM, Yasar (a.k.a. IBRAHIM, Yassar; a.k.a. IBRAHIM, Yasser Hussein (Arabic: يسار حسين ابراهيم)), Syria; DOB 09 Apr 1983; POB Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

IBRAHIM, Yassar (a.k.a. IBRAHIM, Yasar; a.k.a. IBRAHIM, Yasser Hussein (Arabic: يسار حسين ابراهيم)), Syria; DOB 09 Apr 1983; POB Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

IBRAHIM, Yasser Hussein (Arabic: يسار حسين ابراهيم) (a.k.a. IBRAHIM, Yasar; a.k.a. IBRAHIM, Yassar), Syria; DOB 09 Apr 1983; POB Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

IBRAHIMI, Hasan Dahqan (a.k.a. EBRAHIMI, Hasan Dehghan); DOB 21 Mar 1961; POB Dezfool, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U19707756 (Iran) issued 12 May 2011 expires 11 May 2016 (individual) [SDGT] [IRGC] [IFSR].

IBROHIM, Muhammad Sholeh (a.k.a. IBRAHIM, Mohammad Sholeh; a.k.a. IBRAHIM, Muh Sholeh; a.k.a. IBRAHIM, Muhammad Sholeh; a.k.a. IBRAHIM, Muhammad Soleh; a.k.a. IBRAHIM, Sholeh); DOB Sep 1958; POB Demak, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Ustad (individual) [SDGT].

IBS EXPERTISE (a.k.a. OOO IBS EKSPERTIZA), ul. Skladochnaya d. 3, str. 1, Moscow 127018, Russia; sh. Dmitrovskoe, d. 9B, et. 5, pom. XIII, kom. 6, Moscow 127434, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713606622 (Russia); Registration Number 1067761849704 (Russia) [RUSSIA-EO14024].

IBS SOFT LTD (a.k.a. OOO IBS SOFT), ul. Skladochnaya d. 3, str. 1, Moscow, 127434, Russia; sh. Dmitrovskoe, d. 9B, et. 5, pom. XIII, kom. 14, Moscow 127434, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713721689 (Russia); Registration Number 1117746016013 (Russia) [RUSSIA-EO14024].

IC CONSTANTA LLC (a.k.a. KONSTANTA OOO; a.k.a. LIMITED LIABILITY COMPANY INSURANCE COMPANY KONSTANTA

(Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТРАХОВАЯ КОМПАНИЯ КОНСТАНТА); a.k.a. LIMITED LIABILITY COMPANY RNCB INSURANCE; a.k.a. LLC SK KONSTANTA (Cyrillic: ООО СК КОНСТАНТА); a.k.a. "CONSTANTA"; a.k.a. "KONSTANTA" (Cyrillic: "КОНСТАНТА")), d. 19 etazh 3 pom. 70, ul. Leninskaya Sloboda, Moscow 115280, Russia (Cyrillic: д. 19 етаж 3, помещ. 70, ул. Ленинская слобода, Москва 115280, Russia); st. Leninskaya Sloboda, house 19, floor 3, room. 70, Moscow 115280, Russia; vn. ter. Municipal district Danilovsky, Leninskaya Sloboda, house 19, floor 3, suite 70, Moscow 115280, Russia (Cyrillic: вн. тер г. муниципальный округ даниловский, ул. ленинская слобода, д. 19 етаж 3, помещ. 70, г. Москва 115280, Russia); Leninskaya Sloboda, house 19, floor 3, suite 70, Moscow 115280, Russia (Cyrillic: ул. Ленинская слобода, д. 19, этаж 3, помещ. 70, Москва 115280, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707447597 (Russia); Government Gazette Number 24544006 (Russia); Business Registration Number 1217700000011 (Russia) [RUSSIA-EO14024] [PEESA-EO14039].

IC HORVIK LLC (a.k.a. INTERNATIONAL COMPANY LIMITED LIABILITY COMPANY KHORVIK (Cyrillic: МЕЖДУНАРОДНАЯ КОМПАНИЯ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОРВИК)), 8 Melkovodny Lane, Floor 2, Suite 209, Russian Island, Primorskiy Region 690922, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2540270365 (Russia); Registration Number 1222500017574 (Russia) [RUSSIA-EO14024].

IC LLC ASTEKLING (a.k.a. INTERNATIONAL COMPANY LIMITED LIABILITY COMPANY ASTECLING (Cyrillic: МЕЖДУНАРОДНАЯ КОМПАНИЯ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АСТЕКЛИНГ)), Office 209, Floor 2, Building 8, Melkovodniy, Russky Island, Primorskiy Krai 690922, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2540276952 (Russia); Registration Number 123500012910 (Russia) [RUSSIA-EO14024].

IC ROSGOSSTRAKH PJSC (a.k.a. PJSC IC ROSGOSSTRAKH (Cyrillic: ПАО СК РОСГОССТРАХ); a.k.a. PUBLIC JOINT STOCK COMPANY INSURANCE COMPANY ROSGOSSTRAKH (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СТРАХОВАЯ

КОМПАНИЯ РОСГОССТРАХ); a.k.a. ROSGOSSTRAKH INSURANCE COMPANY GROUP), dom 3, ulitsa Parkovaya, Lyubertsy, Moscow Oblast 140002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707067683 (Russia); Registration Number 1027739049689 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

IC VELES CAPITAL LLC (a.k.a. IK VELES KAPITAL OOO), Nab. Krasnopresnenskaya d. 12, podyezd 7, floor 18, Tsentr Mezhdunarodnoi Torgovli-2, Moscow 123610, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Apr 2000; Tax ID No. 7709303960 (Russia); Identification Number YT68RV.99999.SL.643 (Russia); Legal Entity Number 253400GHQM8WGX9UET22; Registration Number 1027700098150 (Russia) [RUSSIA-EO14024].

ICEBERG CENTRAL DESIGN BUREAU (a.k.a. CENTRAL DESIGN BUREAU USC-ICEBERG JSC; a.k.a. JSC TSKB AYSBERG (Cyrillic: АО ЦКБ АЙСБЕРГ); a.k.a. UNITED SHIPBUILDING CORPORATION JSC AYSBERG CENTRAL DESIGN BUILDING; a.k.a. USC-ICEBERG CENTRAL DESIGN BUREAU), 36 Bolshoi Ave. V. I., St. Petersburg 199034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801005606 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

ICGOO ELECTRONICS LIMITED (Chinese Traditional: 創新在線電子有限公司), Unit 1-4, 8/F, Block B, Chung Mei Centre, 15B Hing Yip Street, Kwun Tong, Kowloon, Hong Kong, China; Website www.icgoo.net; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 28 Aug 2014; Registration Number 2138580 (Hong Kong) [NPWMD] [IFSR] (Linked To: RAYBEAM OPTRONICS CO. LTD.).

ICI (a.k.a. IRAN COMMUNICATION INDUSTRIES; a.k.a. IRAN COMMUNICATIONS INDUSTRIES GROUP; a.k.a. SANAYE MOKHABERAT IRAN), P.O. Box 19295-4731, Pasdaran Avenue, Tehran, Iran; P.O. Box 19575-131, 34 Apadana Avenue, Tehran, Iran; Shahid Langary Street, Nobonyad Square Ave., Pasdaran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ICL ELECTRONICS LIMITED LIABILITY COMPANY, ul. Sovetskaya zd. 278, Office 17(1004), Stolbishche, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1684000390 (Russia); Registration Number 1211600058780 (Russia) [RUSSIA-EO14024].

ICL TECHNO LIMITED LIABILITY COMPANY, Ul. Dorozhnaya D. 42, Usady 422624, Russia; Ul. Sovetskaya ZD. 278, Office 18 (1005), Stolbishche, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1624014670 (Russia); Registration Number 1161690055075 (Russia) [RUSSIA-EO14024].

ICON ENDUSTRI IHRACAT TICARET LIMITED SIRKETI, Seba Office, No: 21D-45, Ayazaga Mahallesi, Mimar Sinan Sokak, Sariyer, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 391001 (Turkey) [RUSSIA-EO14024].

IDA ASANSOR SAN VE TIC LTD (a.k.a. IDA ASANSOR SANAYII VE TICARET LIMITED SIRKETI; a.k.a. IDA ELEVATOR INDUSTRY AND TRADE LIMITED COMPANY), 5 1 Osb Mahallesi 9, Caddesi, Yesilyurt, Malatya 44900, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 13872 (Turkey) [RUSSIA-EO14024].

IDA ASANSOR SANAYII VE TICARET LIMITED SIRKETI (a.k.a. IDA ASANSOR SAN VE TIC LTD; a.k.a. IDA ELEVATOR INDUSTRY AND TRADE LIMITED COMPANY), 5 1 Osb Mahallesi 9, Caddesi, Yesilyurt, Malatya 44900, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 13872 (Turkey) [RUSSIA-EO14024].

IDA ELEVATOR INDUSTRY AND TRADE LIMITED COMPANY (a.k.a. IDA ASANSOR SAN VE TIC LTD; a.k.a. IDA ASANSOR SANAYII VE TICARET LIMITED SIRKETI), 5 1 Osb Mahallesi 9, Caddesi, Yesilyurt, Malatya 44900, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 13872 (Turkey) [RUSSIA-EO14024].

IDA, Laode (a.k.a. KHAN, Mohd Shahwal; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUBAROK, Muhamad; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "ABU SETA"; a.k.a. "AGUS SALIM"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

IDARA KHIDMAT-E-KHALQ (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

IDAROOS, Hashim Mohsen (a.k.a. AL HAMID, Hashim; a.k.a. AL-AIDAROOS, Hashim Mohsen; a.k.a. ALHAMAD, Hashem Mohssein Idroos; a.k.a. ALHAMED, Hossin Mohsen; a.k.a. ALHAMID, Hashim; a.k.a. AL-HAMID, Hashim

Muhsin Aydarus; a.k.a. AL-HAMID, Mohsan; a.k.a. AL-HAMSHI, Hashim al-Hamid; a.k.a. ALHMAID, Housin Mohsein; a.k.a. "ABU TAHIR"), Al Ghaydah, al-Mahrah Governorate, Yemen; Shabwah Governorate, Yemen; Mansoura, Aden, Yemen; Mukalla, Hadramawt Governorate, Yemen; Abyan Governorate, Yemen; Marib Governorate, Yemen; DOB 12 Dec 1985; POB Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 16010003042 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

IDEK (a.k.a. HARAKAT UL JIHAD AL ISLAMI; a.k.a. HARAKAT UL JIHAD ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD E ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD-I-ISLAMI/BANGLADESH; a.k.a. HARKAT UL JIHAD AL ISLAMI; a.k.a. HARKATUL JIHAD; a.k.a. HARKATUL JIHAD AL ISLAM; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HUJI-B; a.k.a. ISLAMI DAWAT-E-KAFELA); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

IDIAMS DMCC, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Oct 2012; Registration Number DMCC-32587 (United Arab Emirates); alt. Registration Number DMCC-3609 (United Arab Emirates); alt. Registration Number 11458255 (United Arab Emirates) [SDGT] (Linked To: AHMAD, Nazem Said).

IDRIES, Margani Idries Suliman (Arabic: ميرغني ادريس سليمان ادريس) (a.k.a. IDRIS, Al-Mirghani; a.k.a. SULEIMAN, El Mirghani Idris; a.k.a. SULEIMAN, Mirghani Idris; a.k.a. SULEIMAN, Mirghani Idriss), H 22 B 7, Northern Elsafia, Bahri, Khartoum, Sudan; DOB 28 Dec 1959; POB Bahri, Khartoum, Sudan; nationality Sudan; Gender Male; Passport B00018824 (Sudan) expires 09 May 2023 (individual) [SUDAN-EO14098].

IDRIS, Al-Fateh Abdullah (a.k.a. ADAM, Elfateh Abdullah Idris; a.k.a. "ABU LULU"; a.k.a. "ISSA ABU LULU"), Sudan; nationality Sudan; Gender Male; Rapid Support Forces Commander in Sudan (individual) [SUDAN-EO14098].

IDRIS, Al-Mirghani (a.k.a. IDRIES, Margani Idries Suliman (Arabic: ميرغني ادريس سليمان ادريس); a.k.a. SULEIMAN, El Mirghani Idris; a.k.a.

SULEIMAN, Mirghani Idris; a.k.a. SULEIMAN, Mirghani Idriss), H 22 B 7, Northern Elsafia, Bahri, Khartoum, Sudan; DOB 28 Dec 1959; POB Bahri, Khartoum, Sudan; nationality Sudan; Gender Male; Passport B00018824 (Sudan) expires 09 May 2023 (individual) [SUDAN-EO14098].

IDRO (a.k.a. INDUSTRIAL DEVELOPMENT AND RENOVATION ORGANIZATION OF IRAN; a.k.a. IRAN DEVELOPMENT & RENOVATION ORGANIZATION COMPANY; a.k.a. IRAN DEVELOPMENT AND RENOVATION ORGANIZATION COMPANY; a.k.a. SAWZEMANE GOSTARESH VA NOWSAZI SANAYE IRAN), Vali Asr Building, Jam e Jam Street, Vali Asr Avenue, Tehran 15815-3377, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

IDRONAUT S.R.L., Via Monte Amiata 10, Brugherio 20861, Italy; Website www.idronaut.it; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Dec 2000; Tax ID No. 13292880153 (Italy); Registration Number MB1635423 (Italy) [RUSSIA-EO14024] (Linked To: TECHNOPOLE COMPANY; Linked To: P.P. SHIRSHOV INSTITUTE OF OCEANOLOGY OF THE RUSSIAN ACADEMY OF SCIENCES).

IDRONEX (a.k.a. LIMITED LIABILITY COMPANY AIDRONEKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЙДРОНЕКС)), Suite 16, Letter A, Building 6, 63 Blagodatnaya Street, Saint Petersburg 196105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810781443 (Russia); Registration Number 1197847232220 (Russia) [RUSSIA-EO14024].

IEP FSUE (a.k.a. INSTRUMENT ENGINEERING PLANT FSUE; a.k.a. K A VOLODIN INSTRUMENT ENGINEERING PLANT FEDERAL STATE UNITARY ENTERPRISE; a.k.a. PREDSTAVITELSTVO FEDERALNOGO GOSUDARSTVENNOGO UNITARNOGO PREDPRIIATIIA PRIBOROSTROITELNYI ZAVOD IMENI K A VOLODINA), 13 Zarechnaia ul., Trekhgornyi 456082, Russia; 25 str. 1 Bolshaia Polianka ul., Moscow 119180, Russia; 24 Alleia Druzhby ul., Evpatoriia, Crimea 97493, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7405000428 (Russia); Registration Number 1027400661650 (Russia) [RUSSIA-EO14024].

IEVLEV, Igor Nikolaevich (Cyrillic: ИЕВЛЕВ, Игор Нииколаевич) (a.k.a. IEVLEV, Igor Nikolayevich), 17 Zelionie Allei, Flat 428, Moscow, Moscow Region, Russia; DOB 17 Jul 1977; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 502904657693 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ID SOLUTION).

IEVLEV, Igor Nikolayevich (a.k.a. IEVLEV, Igor Nikolaevich (Cyrillic: ИЕВЛЕВ, Игор Нииколаевич)), 17 Zelionie Allei, Flat 428, Moscow, Moscow Region, Russia; DOB 17 Jul 1977; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 502904657693 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ID SOLUTION).

IFD KAPITAL (a.k.a. CLOSED JOINT STOCK COMPANY 'IFD KAPITAL'; a.k.a. IFD KAPITAL GROUP; a.k.a. IFD-CAPITAL; a.k.a. IFDK, ZAO; a.k.a. IFD-KAPITAL; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO 'IFD KAPITAL'; f.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO IFD KARITAL), 6 naberezhnaya, Krasnopresnenskaya, Moscow 123100, Russia; Website www.ifdk.com; Email Address info@ifdk.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027703007452 (Russia); Tax ID No. 7703354743 (Russia); Government Gazette Number 59109241 (Russia) [UKRAINE-EO13685].

IFD KAPITAL GROUP (a.k.a. CLOSED JOINT STOCK COMPANY 'IFD KAPITAL'; a.k.a. IFD KAPITAL; a.k.a. IFD-CAPITAL; a.k.a. IFDK, ZAO; a.k.a. IFD-KAPITAL; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO 'IFD KAPITAL'; f.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO IFD KARITAL), 6 naberezhnaya, Krasnopresnenskaya, Moscow 123100, Russia; Website www.ifdk.com; Email Address info@ifdk.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027703007452 (Russia); Tax ID No. 7703354743 (Russia); Government Gazette Number 59109241 (Russia) [UKRAINE-EO13685].

IFD-CAPITAL (a.k.a. CLOSED JOINT STOCK COMPANY 'IFD KAPITAL'; a.k.a. IFD KAPITAL; a.k.a. IFD KAPITAL GROUP; a.k.a. IFDK, ZAO;

a.k.a. IFD-KAPITAL; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO 'IFD KAPITAL'; f.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO IFD KARITAL), 6 naberezhnaya, Krasnopresnenskaya, Moscow 123100, Russia; Website www.ifdk.com; Email Address info@ifdk.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027703007452 (Russia); Tax ID No. 7703354743 (Russia); Government Gazette Number 59109241 (Russia) [UKRAINE-EO13685].

IFDK, ZAO (a.k.a. CLOSED JOINT STOCK COMPANY 'IFD KAPITAL'; a.k.a. IFD KAPITAL; a.k.a. IFD KAPITAL GROUP; a.k.a. IFD-CAPITAL; a.k.a. IFD-KAPITAL; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO 'IFD KAPITAL'; f.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO IFD KARITAL), 6 naberezhnaya, Krasnopresnenskaya, Moscow 123100, Russia; Website www.ifdk.com; Email Address info@ifdk.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027703007452 (Russia); Tax ID No. 7703354743 (Russia); Government Gazette Number 59109241 (Russia) [UKRAINE-EO13685].

IFD-KAPITAL (a.k.a. CLOSED JOINT STOCK COMPANY 'IFD KAPITAL'; a.k.a. IFD KAPITAL; a.k.a. IFD KAPITAL GROUP; a.k.a. IFD-CAPITAL; a.k.a. IFDK, ZAO; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO 'IFD KAPITAL'; f.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO IFD KARITAL), 6 naberezhnaya, Krasnopresnenskaya, Moscow 123100, Russia; Website www.ifdk.com; Email Address info@ifdk.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027703007452 (Russia); Tax ID No. 7703354743 (Russia); Government Gazette Number 59109241 (Russia) [UKRAINE-EO13685].

IFIC (a.k.a. IRAN FOREIGN INVESTMENT COMPANY), No. 4, Saba Blvd., Africa Blvd., Tehran 19177, Iran; P.O. Box 19395-6947, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

IFIC HOLDING AG (a.k.a. IHAG), Koenigsallee 60 D, Dusseldorf 40212, Germany; Additional Sanctions Information - Subject to Secondary

Sanctions; Registration ID HRB 48032 (Germany); all offices worldwide [IRAN].

IFP (a.k.a. FADJR INDUSTRIES GROUP; a.k.a. FAJR INDUSTRIES GROUP; a.k.a. INDUSTRIAL FACTORIES OF PRECISION-MACHINERY; a.k.a. INSTRUMENTATION FACTORIES OF PRECISION MACHINERY; a.k.a. INSTRUMENTATION FACTORY PLANT; a.k.a. MOJTAME SANTY AJZAE DAGHIGH; a.k.a. NASR INDUSTRIES GROUP), P.O. Box 1985-777, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IFTIKHARI, Sayyid Husayn Musawi (a.k.a. EFTEKHARI, Sayyed Hosein Majid Musavi), Iran; DOB 17 Feb 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0040158721 (Iran) (individual) [NPWMD] [IRGC] [IFSR].

IGNATOV, Viktor Aleksandrovich (Cyrillic: ИГНАТОВ, Виктор Александрович), Russia; DOB 15 Oct 1968; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

IGNATOVA, Anastasia (a.k.a. CHEMEZOV, Anastasia; a.k.a. IGNATOVA, Anastasia Mikhailovna), Russia; DOB 1987; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770470614612 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CHEMEZOV, Sergei).

IGNATOVA, Anastasia Mikhailovna (a.k.a. CHEMEZOV, Anastasia; a.k.a. IGNATOVA, Anastasia), Russia; DOB 1987; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770470614612 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CHEMEZOV, Sergei).

IGNATOVA, Ekaterina (a.k.a. IGNATOVA, Yekaterina; a.k.a. IGNATOVA, Yekaterina Sergeyevna (Cyrillic: ИГНАТОВА, Екатерина Сергеевна)), 10 Presnenskaya Naberezhnaya, Moscow 123112, Russia; DOB 21 Mar 1968; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771406273815 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CHEMEZOV, Sergei).

IGNATOVA, Yekaterina (a.k.a. IGNATOVA, Ekaterina; a.k.a. IGNATOVA, Yekaterina Sergeyevna (Cyrillic: ИГНАТОВА, Екатерина Сергеевна)), 10 Presnenskaya Naberezhnaya, Moscow 123112, Russia; DOB 21 Mar 1968; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771406273815 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CHEMEZOV, Sergei).

IGNATOVA, Yekaterina Sergeyevna (Cyrillic: ИГНАТОВА, Екатерина Сергеевна) (a.k.a. IGNATOVA, Ekaterina; a.k.a. IGNATOVA, Yekaterina), 10 Presnenskaya Naberezhnaya, Moscow 123112, Russia; DOB 21 Mar 1968; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771406273815 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CHEMEZOV, Sergei).

IGOSHIN, Igor Nikolayevich (Cyrillic: ИГОШИН, Игорь Николаевич), Russia; DOB 11 Dec 1970; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

IGT INTERGESTIONS TRUST REG., Aeulestrasse 2, Vaduz 9490, Liechtenstein; Aeulestrasse 30, Vaduz 9490, Liechtenstein; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Aug 1993; Identification Number JB8LS5.99999.SL.438 (Liechtenstein); Legal Entity Number 391200PWMHBZMLPKTA05; Registration Number FL-0001.513.056-8 (Liechtenstein) [RUSSIA-EO14024] (Linked To: TRADE INITIATIVE ESTABLISHMENT).

IHAG (a.k.a. IFIC HOLDING AG), Koenigsallee 60 D, Dusseldorf 40212, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 48032 (Germany); all offices worldwide [IRAN].

IHAG TRADING GMBH, Koenigsallee 60 D, Dusseldorf 40212, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 37918 (Germany); all offices worldwide [IRAN].

IHCE SB RAS (a.k.a. FGBUN INSTITUTE OF HIGH CURRENT ELECTRONICS SIBERIAN BRANCH OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. INSTITUTE OF HIGH

CURRENT ELECTRONICS SIBERIAN BRANCH RUSSIAN ACADEMY OF SCIENCES), PR-KT Akademicheskii 2/3, Tomsk 634055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7021001375 (Russia); Registration Number 1027000871666 (Russia) [RUSSIA-EO14024].

IHRS (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

IHSAN CHARITY (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX

398, Hebron, West Bank, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

IHSAN, Muhammad (a.k.a. AHSAN, Muhammad; a.k.a. EHSAN, Muhammad; a.k.a. "ULLAH, Ehsan"), Sialkot, Pakistan; Islamabad, Pakistan; DOB 1970; alt. DOB 1971; alt. DOB 1972; POB Sialkot, Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

IHSRC (a.k.a. IRAN HELICOPTER SUPPORT AND RENEWAL COMPANY; a.k.a. IRANIAN HELICOPTERS' MAINTENANCE AND REPAIRS COMPANY; a.k.a. IRAN'S HELICOPTER RENOVATION AND LOGISTICS COMPANY; a.k.a. PANHA), Meherabad Airport Road, Azadi Square, Foroudgah Street, Meradj Avenue, Tehran, Iran; PO Box 13185-1688, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IHU (a.k.a. EMAM HOSEYN COMPREHENSIVE UNIVERSITY; a.k.a. IMAAM HOSSEIN UNIVERSITY; a.k.a. IMAM HOSEYN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY COMPLEX; a.k.a. IMAM HUSSEIN UNIVERSITY; a.k.a. UNIVERSITY OF IMAM HOSEYN), Near Fourth Square, Tehran Pars, Shahid Babaie Highway, near Hakimiyeh and Mini-city, Tehran, Iran; Kilometer 11, Shahid Babaei Highway, Tehran, Iran; Website www.ihu.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

IHYA TURAS AL-ISLAMI (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-

Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

IIC MSSR LLC (a.k.a. LIMITED LIABILITY COMPANY INTERNATIONAL INNOVATION CENTER FOR MARINE STRUCTURES AND SHIP REPAIR), Ul. Shkolnaya D. 16, Pomeshch. 4 I (24-27), Sovetskaya Gavan 682813, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2709017858 (Russia); Registration Number 1212700007640 (Russia) [RUSSIA-EO14024].

IJHA TURATH AL-ISLAMI (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

IK MMK-FINANS (a.k.a. INVESTITSIONNAYA KOMPANIYA MMK-FINANS; a.k.a. LIMITED LIABILITY COMPANY INVESTMENT COMPANY MMK-FINANS; a.k.a. LLC IK MMK-FINANS (Cyrillic: ООО ИК ММК-ФИНАНС); a.k.a. MMK-FINANS OOO; a.k.a.

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNAYA KOMPANIYA MMK-FINANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТИЦИОННАЯ КОМПАНИЯ ММК-ФИНАНС); f.k.a. RASCHETNO-FONDOVY TSENTR, ZAKRYTOE AKTSIONERNOE OBSHCHESTVO INVESTITSIONNAYA KOMPANIYA), 70, ul. Kirova Magnitogorsk, Chelyabinskaya Obl. 455019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 May 1996; Tax ID No. 7446045354 (Russia); Government Gazette Number 34565086 (Russia); Registration Number 1057421016047 (Russia) [RUSSIA-EO14024] (Linked To: PUBLICHNOE AKTSIONERNOE OBSCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT).

IK VELES KAPITAL OOO (a.k.a. IC VELES CAPITAL LLC), Nab. Krasnopresnenskaya d. 12, podyezd 7, floor 18, Tsentr Mezhdunarodnoi Torgovli-2, Moscow 123610, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Apr 2000; Tax ID No. 7709303960 (Russia); Identification Number YT68RV.99999.SL.643 (Russia); Legal Entity Number 253400GHQM8WGX9UET22; Registration Number 1027700098150 (Russia) [RUSSIA-EO14024].

IKANOVIC, Bajro; DOB 08 Nov 1976; POB Hrncici, Bratunac, Bosnia and Herzegovina; citizen Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. JMB 0811976181415 (Bosnia and Herzegovina) (individual) [SDGT].

IKAR GROUP (a.k.a. JOINT STOCK COMPANY ENGINEERING CENTER IKAR; a.k.a. JSC IKAR; a.k.a. "ICAR COMPANY"), Ul. Khutorskaya 2-YA D. 38A, Str. 9, Moscow 127287, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Jan 2003; Tax ID No. 7710449682; Registration Number 1037710001493 (Russia) [RUSSIA-EO14024].

IKEDA, Takashi (Japanese: 池田孝志); DOB 21 Jan 1945 (individual) [TCO] (Linked To: KOBE YAMAGUCHI-GUMI).

IKI RAN FGBU (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT KOSMICHESKIKH ISSLEDOVANI ROSSISKOI AKADEMII NAUK; a.k.a. SPACE RESEARCH INSTITUTE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "IKI RAS"), Ul Profsoyuznaya, D 84/32, Moscow 117997, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728113806 (Russia); Government Gazette Number 02698692 (Russia); Registration Number 1027739475279 (Russia) [RUSSIA-EO14024].

IK-MANAGEMENT LLC (a.k.a. LIMITED LIABILITY COMPANY IK-MENEDZHMENT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИК-МЕНЕДЖМЕНТ)), 3 Simferopolskoye Highway, Building 8, Floor 5, Room 509, Bulatnikovo Village, Leninskiy City, Moscow Region 142718, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Dec 2021; Tax ID No. 5003148734 (Russia); Registration Number 1215000132676 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

IKON PETROLEUM DMCC (a.k.a. VS PETROLEUM DMCC (Arabic: في اس بتروليوم (م.د.م.س)), Office 3902, 39th Floor, JBC1 Cluster G, JLT, Dubai, United Arab Emirates; Website www.ikonpetroleum.com; alt. Website www.vspetroleum.ae; Organization Established Date 19 Jul 2012; alt. Organization Established Date 24 Jun 2012; License DMCC-32378 (United Arab Emirates); Business Registration Number 3371 (United Arab Emirates); Economic Register Number (CBLS) 11458140 (United Arab Emirates) [IRAN-EO13902] (Linked To: SAID, Salim Ahmed).

IKONNIKOV, Vasily Nikolayevich (Cyrillic: ИКОННИКОВ, Василий Николаевич), Russia; DOB 26 Apr 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

IKORC (a.k.a. IMAM KHOMEINI SHAZAND OIL REFINING COMPANY; a.k.a. IMAM KHOMEINI ZHAZAND OIL REFINING), 20th Km of Borujerd Road, Arak 38671-41111, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 144518 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

IKS JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO SPETSIALIZIROVANNYI ZASTROISHCHIK IKS; a.k.a. "AO SZ IKS"; a.k.a. "IKS JSC"), 33 Oktyabrskaya St., Nizhny Novgorod 603005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 5263023906 (Russia); Registration Number 1025203020424 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

IKSORA OOO (a.k.a. LIMITED LIABILITY COMPANY IKSORA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИКСОРА)), 3 1-Ya Rybinskaya Street, Building 1, Floor 4, Office 1/2, Moscow 107113, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Dec 2007; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 5032180429 (Russia); Registration Number 1075032017125 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

ILAM PETROCHEMICAL (a.k.a. ILAM PETROCHEMICAL CO; a.k.a. ILAM PETROCHEMICAL COMPANY; a.k.a. ILAM PETROCHEMICAL INDUSTRIES), Afar Blvd - Below Shahid Hemmat Bridge - Ninth Gandhi Side - Building No. 2 Petrochemical Company - First Floor, Tehran, Iran; Ilam - Chawar - Ilam Petrochemical Complex, Iran; Website www.ilampetro.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 253861 (Iran) [NPWMD] (Linked To: IRANIAN INVESTMENT PETROCHEMICAL GROUP COMPANY).

ILAM PETROCHEMICAL CO (a.k.a. ILAM PETROCHEMICAL; a.k.a. ILAM PETROCHEMICAL COMPANY; a.k.a. ILAM PETROCHEMICAL INDUSTRIES), Afar Blvd - Below Shahid Hemmat Bridge - Ninth Gandhi Side - Building No. 2 Petrochemical Company - First Floor, Tehran, Iran; Ilam - Chawar - Ilam Petrochemical Complex, Iran; Website www.ilampetro.com; Additional Sanctions Information - Subject to Secondary Sanctions;

Registration Number 253861 (Iran) [NPWMD] (Linked To: IRANIAN INVESTMENT PETROCHEMICAL GROUP COMPANY).

ILAM PETROCHEMICAL COMPANY (a.k.a. ILAM PETROCHEMICAL; a.k.a. ILAM PETROCHEMICAL CO; a.k.a. ILAM PETROCHEMICAL INDUSTRIES), Afar Blvd - Below Shahid Hemmat Bridge - Ninth Gandhi Side - Building No. 2 Petrochemical Company - First Floor, Tehran, Iran; Ilam - Chawar - Ilam Petrochemical Complex, Iran; Website www.ilampetro.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 253861 (Iran) [NPWMD] (Linked To: IRANIAN INVESTMENT PETROCHEMICAL GROUP COMPANY).

ILAM PETROCHEMICAL INDUSTRIES (a.k.a. ILAM PETROCHEMICAL; a.k.a. ILAM PETROCHEMICAL CO; a.k.a. ILAM PETROCHEMICAL COMPANY), Afar Blvd - Below Shahid Hemmat Bridge - Ninth Gandhi Side - Building No. 2 Petrochemical Company - First Floor, Tehran, Iran; Ilam - Chawar - Ilam Petrochemical Complex, Iran; Website www.ilampetro.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 253861 (Iran) [NPWMD] (Linked To: IRANIAN INVESTMENT PETROCHEMICAL GROUP COMPANY).

IL-BRAZZOL (a.k.a. WORLD WATER FISHERIES LIMITED), 10 Quarry Garage, Gharghur, Malta; 22 Mensija Road, San Gwann SGN 1432, Malta; 6/13, Ibragg road, Tal-Balal, Swieqi, Malta; D-U-N-S Number 56-558-7594; V.A.T. Number MT15388917 (Malta); Trade License No. C 24129 (Malta); Company Number 4220856 [LIBYA3] (Linked To: DEBONO, Darren).

ILC CONSULTORES ADMINISTRATIVOS, S. DE R.L. DE C.V. (a.k.a. GRUPO ILC; a.k.a. ILC EXPORTACIONES, S. DE R.L. DE C.V.; a.k.a. RESTAURANTE EL HABANERO, S.A. DE C.V.; a.k.a. "EQUIPOSPA"; a.k.a. "PERFECT SILHOUETTE"; a.k.a. "ULTRAPHARMA"; a.k.a. "ULTRAVITAL"), General Victoriano Cepeda 2, Colonia Observatorio, Miguel Hidalgo, Mexico, Distrito Federal 11860, Mexico; Louisiana No. 24, Esq. Montana, Col. Napoles, Del. Benito Juarez, Mexico, Distrito Federal 03810, Mexico; Periferico Sur #102, Col. Observatorio, Del. Miguel Hidalgo, Mexico, Distrito Federal, Mexico; Huixquilucan, Estado de Mexico, Mexico; R.F.C. IEX-950713-L90 (Mexico); alt. R.F.C. ICA060810942 (Mexico) [SDNTK].

ILC EXPORTACIONES, S. DE R.L. DE C.V. (a.k.a. GRUPO ILC; a.k.a. ILC CONSULTORES ADMINISTRATIVOS, S. DE R.L. DE C.V.; a.k.a. RESTAURANTE EL HABANERO, S.A. DE C.V.; a.k.a. "EQUIPOSPA"; a.k.a. "PERFECT SILHOUETTE"; a.k.a. "ULTRAPHARMA"; a.k.a. "ULTRAVITAL"), General Victoriano Cepeda 2, Colonia Observatorio, Miguel Hidalgo, Mexico, Distrito Federal 11860, Mexico; Louisiana No. 24, Esq. Montana, Col. Napoles, Del. Benito Juarez, Mexico, Distrito Federal 03810, Mexico; Periferico Sur #102, Col. Observatorio, Del. Miguel Hidalgo, Mexico, Distrito Federal, Mexico; Huixquilucan, Estado de Mexico, Mexico; R.F.C. IEX-950713-L90 (Mexico); alt. R.F.C. ICA060810942 (Mexico) [SDNTK].

ILF SO RAN FGBU (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT LAZERNOI FIZIKI SIBIRSKOGO OTDELENIYA ROSSISKOI AKADEMII NAUK; a.k.a. INSTITUTE OF LASER PHYSICS OF THE SIBERIAN BRANCH OF THE RAS; a.k.a. INSTITUTE OF LASER PHYSICS OF THE SIBERIAN BRANCH OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. INSTITUTE OF LASER PHYSICS SB RAS; a.k.a. "ILP SB RAS"), 15B, prospekt Akademika Lavrenteva, Novosibirsk, Novosibirskaya Obl. 630090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Aug 1991; Tax ID No. 5408105471 (Russia); Government Gazette Number 11822515 (Russia); Registration Number 1025403665572 (Russia) [RUSSIA-EO14024].

ILIEV, Zarakh Binsionovich (Cyrillic: ИЛИЕВ, Зарах Бинсионович), Moscow, Russia; DOB 08 Sep 1966; POB Krasnaya Sloboda, Azerbaijan; nationality Russia; alt. nationality Azerbaijan; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 500102003928 (Russia) (individual) [RUSSIA-EO14024].

ILISHKIN, Ulan Vladimirovich, Russia; DOB 02 Nov 1960; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ILLC GEOPROMINING INVESTMENT (Cyrillic: МКООО ГЕОПРОМАЙНИНГ ИНВЕСТМЕНТ), d. 71-73 pom. XI pom. 15, ul. Oktyabrskaya, Kaliningrad 236004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3900012798 (Russia); Registration Number 1233900007318 (Russia) [RUSSIA-EO14024].

ILLUMOVE SA, Lausanne, Switzerland; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 26 Sep 2019; V.A.T. Number CHE-479.657.194 (Switzerland); Tax ID No. 479657194 (Switzerland); Registration Number CH-550.1.187.069-4 (Switzerland) [NPWMD] [IRGC] [IFSR] (Linked To: ABEDININAJAFABADI, Mohammad).

ILMENITE TMPE JSC (a.k.a. JOINT STOCK COMPANY TUGANSK MINING AND PROCESSING ENTERPRISE ILMENITE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТУГАНСКИЙ ГОРНО ОБОГАТИТЕЛЬНЫЙ КОМБИНАТ ИЛЬМЕНИТ); a.k.a. TGOK ILMENITE JSC; a.k.a. TUGANSKY GOK), ul. Zavodskaya d. 100, S. Oktyabrskoe 634583, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7014038550 (Russia); Registration Number 1027000762260 (Russia) [RUSSIA-EO14024].

ILMIEV, Vadim Viktorovich (a.k.a. ILMIIEV, Vadym; a.k.a. ILMIYEV, Vadim Viktorovich (Cyrillic: ИЛЬМИЕВ, Вадим Викторович)), Kherson Region, Ukraine; DOB 15 Aug 1966; POB Samarkand, Uzbekistan; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2433321334 (Ukraine) (individual) [RUSSIA-EO14024].

ILMIIEV, Vadym (a.k.a. ILMIEV, Vadim Viktorovich; a.k.a. ILMIYEV, Vadim Viktorovich (Cyrillic: ИЛЬМИЕВ, Вадим Викторович)), Kherson Region, Ukraine; DOB 15 Aug 1966; POB Samarkand, Uzbekistan; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2433321334 (Ukraine) (individual) [RUSSIA-EO14024].

ILMIYEV, Vadim Viktorovich (Cyrillic: ИЛЬМИЕВ, Вадим Викторович) (a.k.a. ILMIEV, Vadim Viktorovich; a.k.a. ILMIIEV, Vadym), Kherson Region, Ukraine; DOB 15 Aug 1966; POB Samarkand, Uzbekistan; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2433321334 (Ukraine) (individual) [RUSSIA-EO14024].

ILSIM INTERNATIONAL BANK, Pyongyang, Korea, North; SWIFT/BIC ILSIKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or

Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

ILTYAKOV, Alexander Vladimirovich (Cyrillic: ИЛЬТЯКОВ, Александр Владимирович), Russia; DOB 09 Oct 1971; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ILYAS, Naib Amir (a.k.a. AL-KASHMIRI, Elias; a.k.a. KASHMIRI, Mohammad Ilyas; a.k.a. KASHMIRI, Muhammad Ilyas), Thathi Village, Samahni, Bhimber District, Pakistan; DOB 02 Jan 1964; alt. DOB 10 Feb 1964; POB Bhimber, Samahani Valley, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Mufti or Maulana (individual) [SDGT].

ILYASHENKO, Andrey Vitalyevich, Russia; DOB 19 Dec 1958; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: INFOROS, OOO).

ILYENKO ELARA RESEARCH AND PRODUCTION COMPLEX OJSC (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNYI KOMPLEKS ELARA IMENI G.A. ILYENKO; a.k.a. AO ELARA; a.k.a. OPEN JOINT STOCK COMPANY ILYENKO ELARA RESEARCH AND PRODUCTION COMPLEX), Moskovsky Prospekt 40, Cheboksary, Chuvash Republic 428015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1970; Tax ID No. 2129017646 (Russia); Registration Number 1022101269123 (Russia) [RUSSIA-EO14024].

ILYNIKH, Vladimir Alekseyevich (Cyrillic: ИЛЬИНЫХ, Владимир Алексеевич), Russia; DOB 20 May 1975; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ILYUSHCHANKA, Aliaksandr Fedaravich (a.k.a. ILYUSHCHENKO, Aleksandr Fedorovich), 9 Building 5, Apartment 21 St Gamarnika Ya. B., S, Minsk, Belarus; DOB 26 May 1956; POB Minsk, Belarus; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 3260556A001PB0 (Belarus) (individual) [RUSSIA-EO14024] (Linked To: STATE SCIENTIFIC AND PRODUCTION ASSOCIATION OF POWDER METALLURGY).

ILYUSHCHENKO, Aleksandr Fedorovich (a.k.a. ILYUSHCHANKA, Aliaksandr Fedaravich), 9 Building 5, Apartment 21 St Gamarnika Ya. B., S, Minsk, Belarus; DOB 26 May 1956; POB Minsk, Belarus; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 3260556A001PB0 (Belarus) (individual) [RUSSIA-EO14024] (Linked To: STATE SCIENTIFIC AND PRODUCTION ASSOCIATION OF POWDER METALLURGY).

IM, Song Jin, Korea, North; DOB 13 Jul 1977; POB Moranbong District, Pyongyang, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

IM, Song Sun (Korean: 임성순), Korea, North; DOB 02 Sep 1965; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745335827 (Korea, North) (individual) [DPRK4].

IMAAM HOSSEIN UNIVERSITY (a.k.a. EMAM HOSEYN COMPREHENSIVE UNIVERSITY; a.k.a. IHU; a.k.a. IMAM HOSEYN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY COMPLEX; a.k.a. IMAM HUSSEIN UNIVERSITY; a.k.a. UNIVERSITY OF IMAM HOSEYN), Near Fourth Square, Tehran Pars, Shahid Babaie Highway, near Hakimiyeh and Mini-city, Tehran, Iran; Kilometer 11, Shahid Babaei Highway, Tehran, Iran; Website www.ihu.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

IMAM AL-BUKHARI BATTALION (a.k.a. IMAM AL-BUKHORIY BRIGADE; a.k.a. IMAM BUKHARI BATTALION; a.k.a. IMAM BUKHARI JAMAAT; a.k.a. IMAM BUKHORI JAMAAT; a.k.a. IMOM BUXORIY KATIBASI; a.k.a. KATIBAT AL-IMAM AL-BUKHARI; a.k.a. KATIBATUL IMOM AL-BUXORIY; a.k.a. "IBB"; a.k.a. "KIB"), Aleppo, Syria; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

IMAM AL-BUKHORIY BRIGADE (a.k.a. IMAM AL-BUKHARI BATTALION; a.k.a. IMAM BUKHARI BATTALION; a.k.a. IMAM BUKHARI JAMAAT; a.k.a. IMAM BUKHORI JAMAAT; a.k.a. IMOM BUXORIY KATIBASI; a.k.a. KATIBAT AL-IMAM AL-BUKHARI; a.k.a. KATIBATUL IMOM AL-BUXORIY; a.k.a. "IBB"; a.k.a. "KIB"), Aleppo, Syria; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

IMAM AL-HASAN AL-MUJTABA BRIGADE (a.k.a. AL-HAMAD BRIGADE; a.k.a. AL-NUJABA TV; a.k.a. AMMAR IBN YASIR BRIGADE; a.k.a. GOLAN LIBERATION BRIGADE; a.k.a. HARAKAT AL-NUJABA (Arabic: حركة النجباء); a.k.a. HARAKAT HEZBOLLAH AL-NUJABA; a.k.a. MOVEMENT OF THE NOBLE ONES HEZBOLLAH; a.k.a. THE MOVEMENT OF THE NOBLE ONES), Iraq; Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2013; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

IMAM ALI BRIGADES (a.k.a. AL-IMAM ALI BATTALIONS; a.k.a. KATA'IB AL-IMAM ALI (Arabic: كتائب الإمام علي); a.k.a. KATAIB ROUH ALLAH ISSA IBN MIRIAM), Iraq; Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Jun 2014; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

IMAM BUKHARI BATTALION (a.k.a. IMAM AL-BUKHARI BATTALION; a.k.a. IMAM AL-BUKHORIY BRIGADE; a.k.a. IMAM BUKHARI JAMAAT; a.k.a. IMAM BUKHORI JAMAAT; a.k.a. IMOM BUXORIY KATIBASI; a.k.a. KATIBAT AL-IMAM AL-BUKHARI; a.k.a. KATIBATUL IMOM AL-BUXORIY; a.k.a. "IBB"; a.k.a. "KIB"), Aleppo, Syria; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

IMAM BUKHARI JAMAAT (a.k.a. IMAM AL-BUKHARI BATTALION; a.k.a. IMAM AL-BUKHORIY BRIGADE; a.k.a. IMAM BUKHARI BATTALION; a.k.a. IMAM BUKHORI JAMAAT;

a.k.a. IMOM BUXORIY KATIBASI; a.k.a. KATIBAT AL-IMAM AL-BUKHARI; a.k.a. KATIBATUL IMOM AL-BUXORIY; a.k.a. "IBB"; a.k.a. "KIB"), Aleppo, Syria; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

IMAM BUKHORI JAMAAT (a.k.a. IMAM AL-BUKHARI BATTALION; a.k.a. IMAM AL-BUKHORIY BRIGADE; a.k.a. IMAM BUKHARI BATTALION; a.k.a. IMAM BUKHARI JAMAAT; a.k.a. IMOM BUXORIY KATIBASI; a.k.a. KATIBAT AL-IMAM AL-BUKHARI; a.k.a. KATIBATUL IMOM AL-BUXORIY; a.k.a. "IBB"; a.k.a. "KIB"), Aleppo, Syria; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

IMAM HOSEYN UNIVERSITY (a.k.a. EMAM HOSEYN COMPREHENSIVE UNIVERSITY; a.k.a. IHU; a.k.a. IMAAM HOSSEIN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY COMPLEX; a.k.a. IMAM HUSSEIN UNIVERSITY; a.k.a. UNIVERSITY OF IMAM HOSEYN), Near Fourth Square, Tehran Pars, Shahid Babaie Highway, near Hakimiyeh and Mini-city, Tehran, Iran; Kilometer 11, Shahid Babaei Highway, Tehran, Iran; Website www.ihu.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

IMAM HOSSEIN UNIVERSITY (a.k.a. EMAM HOSEYN COMPREHENSIVE UNIVERSITY; a.k.a. IHU; a.k.a. IMAAM HOSSEIN UNIVERSITY; a.k.a. IMAM HOSEYN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY COMPLEX; a.k.a. IMAM HUSSEIN UNIVERSITY; a.k.a. UNIVERSITY OF IMAM HOSEYN), Near Fourth Square, Tehran Pars, Shahid Babaie Highway, near Hakimiyeh and Mini-city, Tehran, Iran; Kilometer 11, Shahid Babaei Highway, Tehran, Iran; Website www.ihu.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

IMAM HOSSEIN UNIVERSITY COMPLEX (a.k.a. EMAM HOSEYN COMPREHENSIVE UNIVERSITY; a.k.a. IHU; a.k.a. IMAAM

HOSSEIN UNIVERSITY; a.k.a. IMAM HOSEYN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY; a.k.a. IMAM HUSSEIN UNIVERSITY; a.k.a. UNIVERSITY OF IMAM HOSEYN), Near Fourth Square, Tehran Pars, Shahid Babaie Highway, near Hakimiyeh and Mini-city, Tehran, Iran; Kilometer 11, Shahid Babaei Highway, Tehran, Iran; Website www.ihu.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

IMAM HUSSEIN UNIVERSITY (a.k.a. EMAM HOSEYN COMPREHENSIVE UNIVERSITY; a.k.a. IHU; a.k.a. IMAAM HOSSEIN UNIVERSITY; a.k.a. IMAM HOSEYN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY COMPLEX; a.k.a. UNIVERSITY OF IMAM HOSEYN), Near Fourth Square, Tehran Pars, Shahid Babaie Highway, near Hakimiyeh and Mini-city, Tehran, Iran; Kilometer 11, Shahid Babaei Highway, Tehran, Iran; Website www.ihu.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

IMAM KHOMEINI EMDAD COMMITTEE (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut,

Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

IMAM KHOMEINI FOUNDATION (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

IMAM KHOMEINI IMDAD COMMITTEE (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC

PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH) (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

IMAM KHOMEINI RELIEF ORGANIZATION (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

IMAM KHOMEINI SHAZAND OIL REFINING COMPANY (a.k.a. IKORC; a.k.a. IMAM KHOMEINI ZHAZAND OIL REFINING), 20th Km of Borujerd Road, Arak 38671-41111, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 144518 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

IMAM KHOMEINI SUPPORT COMMITTEE (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF

THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

IMAM KHOMEINI ZHAZAND OIL REFINING (a.k.a. IKORC; a.k.a. IMAM KHOMEINI SHAZAND OIL REFINING COMPANY), 20th Km of Borujerd Road, Arak 38671-41111, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 144518 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

IMAM KHOMEINY AID COMMITTEE (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd

Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

IMAMOVIC, Nusret (a.k.a. IMAMOVIC, Nusret Sulejman), Syria; DOB 26 Sep 1971; alt. DOB 26 Sep 1977; POB Miljanovci, Kalesija Municipality, Bosnia; nationality Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 349054; alt. Passport 3490054 (individual) [SDGT].

IMAMOVIC, Nusret Sulejman (a.k.a. IMAMOVIC, Nusret), Syria; DOB 26 Sep 1971; alt. DOB 26 Sep 1977; POB Miljanovci, Kalesija Municipality, Bosnia; nationality Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 349054; alt. Passport 3490054 (individual) [SDGT].

IMAN, Maimaiti (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 653225197110100533 (China) (individual) [SDGT].

IMANI, Seyyed Zia (Arabic: سید ضیاء ایمانی) (a.k.a. IMANI, Seyyed Zia al-Din (Arabic: سید ضیاء الدین ایمانی); a.k.a. IMANI, Zia (Arabic: ضیاء ایمانی)), Iran; POB Dodangeh, Mazandaran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5789707084 (Iran) (individual) [IRAN-EO13876] (Linked To: SINA BANK).

IMANI, Seyyed Zia al-Din (Arabic: سید ضیاء الدین ایمانی) (a.k.a. IMANI, Seyyed Zia (Arabic: سید ضیاء ایمانی); a.k.a. IMANI, Zia (Arabic: ضیاء ایمانی)), Iran; POB Dodangeh, Mazandaran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5789707084 (Iran) (individual) [IRAN-EO13876] (Linked To: SINA BANK).

IMANI, Zia (Arabic: ضیاء ایمانی) (a.k.a. IMANI, Seyyed Zia (Arabic: سید ضیاء ایمانی); a.k.a. IMANI, Seyyed Zia al-Din (Arabic: سید ضیاء الدین ایمانی)), Iran; POB Dodangeh, Mazandaran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5789707084 (Iran) (individual) [IRAN-EO13876] (Linked To: SINA BANK).

IMANIRAD, Arman; DOB 07 Jun 1984; POB Arak, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport WS188312 (Canada) (individual) [NPWMD] [IFSR] (Linked To: ALUMINAT).

IMANIRAD, Mohammad Javad; Additional Sanctions Information - Subject to Secondary Sanctions; Passport S7127156 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ALUMINAT).

IMANNET PASARGAD (a.k.a. EMENNET PASARGAD), Tehran, Iran; National ID No. 14008996506 (Iran); Business Registration Number 554267 (Iran) [ELECTION-EO13848].

IMARAT KAVKAZ (a.k.a. CAUCASUS EMIRATE; a.k.a. IMIRAT KAVKAZ; a.k.a. ISLAMIC EMIRATE OF THE CAUCASUS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

IMATEL FOR COMMUNICATIONS (Arabic: شركة ايماتيل للاتصالات) (a.k.a. EMATEL COMMUNICATIONS; a.k.a. EMATEL LLC; a.k.a. EMMA TEL LLC (Arabic: ايماتيل); a.k.a. EMMATEL; a.k.a. "EMATEL"), Shaalan, Damascus, Syria; Mazzeh Highway, Damascus, Syria; Behind Revolution Street, al-Lahoudiyeh, Tartous, Syria; New Zahira Highway, Al Zahira, Damascus, Syria; Marjeh, Damascus, Syria; Daraa Highway, Town Center, Damascus, Syria; Eastern Qalamoun, Rural Damascus, Syria; Flowers Street, Tartous, Syria; The Main Circle, Civilization Street, Homs, Syria; Quwatli Street, Homs, Syria; Murabit, Hama, Syria; Al Jamelaiah, Aleppo, Syria; Baghdad Street, Latakia, Syria; Latakia, Syria; March 8th Street, Latakia, Syria; University Highway, Al-Zahira, Latakia, Syria; Amara Street, Jeblah, Syria; Daraa, Syria; Al-Qamashil, Northeastern Region, Syria; Al-Hasakah, Syria; Deir Ezzor, Syria; Organization Type: Wholesale of electronic and telecommunications equipment and parts [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

IMATEL PLUS LLC (a.k.a. EMMA TEL PLUS LLC (Arabic: شركة ايماتيل بلس)), Damascus, Syria; Organization Established Date 17 Jan 2019; Organization Type: Wholesale of electronic and telecommunications equipment and parts [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

IMAXCHIP TECHNOLOGY CO., LIMITED (Chinese Traditional: 愛瑪芯科技有限公司), Room 705, 7/F. Fa Yuen Commercial Building, No. 75-77, Fa Yuen Street, Mong Kok, Kowloon, Hong Kong, China; 18E, Building 2, China Phoenix Building, Shennan Road, Futian District, Shenzhen 518000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 May 2018; Commercial Registry Number 2697983 (Hong Kong); Business Registration Number 69392858 (Hong Kong) [RUSSIA-EO14024].

IMB 24 SIETE, S.A. DE C.V., Mazatlan, Sinaloa, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 14 Jan 2020; Organization Type: Construction of buildings; Folio Mercantil No. N-2020001824 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: NUNEZ RIOS, Jose Raul).

IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a.

KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

IMDAD COMMITTEE FOR ISLAMIC CHARITY (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

IMEN SANAT ZAMAN FARA COMPANY (Arabic: شرکت ایمن صنعت زمان فرا), Shahrak-e-Jafar Abad-e-Jangal Rd, Naseriyeh, Tehran, Iran; Number 16, Kolezar alley, Farsian Street, Shahid Rezaiee Street, Azadegan Autobahn, Tehran, Iran; Number 16, Gholshan 14, Golestan Boulevard, Negarestan Boulevard, Sham Abad, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 103201991293 (Iran); Business Registration Number 369541 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

IMENIE TSARGRAD OOO, Pr-d Nagatinskii 1-1 d. 4, et 2 of 220, Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Nov 2006; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 7718611440 (Russia); Registration Number 1067759325150 (Russia) [RUSSIA-EO14024] (Linked To: TSARGRAD OOO).

IMENSAZEN CONSULTANT ENGINEERS INSTITUTE, No. 5/1, Niroo Alley, Padegan-e-Valiasr Street, Sepah Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

IMIDRO (a.k.a. IRAN MINING INDUSTRIES DEVELOPMENT AND RENOVATION ORGANIZATION; a.k.a. IRANIAN MINES AND MINERAL INDUSTRIES DEVELOPMENT AND RENOVATION; a.k.a. IRANIAN MINES AND MINING INDUSTRIES DEVELOPMENT AND RENOVATION ORGANIZATION), No. 39, Sepahbod Gharani Avenue, Ferdousi Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

IMINAI LIMITED (a.k.a. YIMINAI AUTOPARTS TRADING LIMITED), Rm C05A, 2/F, Tontex Indl Bldg, San Po Kong, Hong Kong, China; Organization Established Date 23 Aug 2018; Company Number 2737534 (Hong Kong); Business Registration Number 69791949 (Hong Kong) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

IMIRAT KAVKAZ (a.k.a. CAUCASUS EMIRATE; a.k.a. IMARAT KAVKAZ; a.k.a. ISLAMIC EMIRATE OF THE CAUCASUS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

IMIRBAKI, Arken (Chinese Simplified: 艾力更·依明巴海; Chinese Traditional: 艾力更依明巴海) (a.k.a. YIMINGBAHAI, Ailigeng), Beijing, China; DOB Sep 1953; POB Yengisar County, Xinjiang Uyghur Autonomous Region, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

IMOM BUXORIY KATIBASI (a.k.a. IMAM AL-BUKHARI BATTALION; a.k.a. IMAM AL-BUKHORIY BRIGADE; a.k.a. IMAM BUKHARI BATTALION; a.k.a. IMAM BUKHARI JAMAAT; a.k.a. IMAM BUKHORI JAMAAT; a.k.a. KATIBAT AL-IMAM AL-BUKHARI; a.k.a. KATIBATUL IMOM AL-BUXORIY; a.k.a. "IBB"; a.k.a. "KIB"), Aleppo, Syria; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

IMPAN-COL, S.A., Panama; RUC # 3058-123-47645 (Panama) [SDNTK].

IMPERIAL CASTRO, Eliseo (a.k.a. "CHEYO ANTRAX"), Mexico; DOB 17 Jan 1984; POB Culiacan, Sinaloa, Mexico; citizen Mexico; Gender Male; R.F.C. IECE840117RCA

(Mexico); C.U.R.P. IECE840117HSLMSL04 (Mexico) (individual) [SDNTK].

IMPERIAL YACHTS LIMITED (a.k.a. IMPERIAL YACHTS LTD; a.k.a. IMPERIAL YACHTS SARL), 27, Bd Albert 1Er, Ermanno Palace Bloc A-7ETG-N01, 98000, Monaco; Moscow, Russia; PO Box 437 Kensington Chambers, 46 50 Kensington Place, St Helier JE4 0ZE, Jersey; United Kingdom; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2005; Registration Number 08S04803 (Monaco) [RUSSIA-EO14024] (Linked To: KOCHMAN, Evgeniy Borisovich).

IMPERIAL YACHTS LTD (a.k.a. IMPERIAL YACHTS LIMITED; a.k.a. IMPERIAL YACHTS SARL), 27, Bd Albert 1Er, Ermanno Palace Bloc A-7ETG-N01, 98000, Monaco; Moscow, Russia; PO Box 437 Kensington Chambers, 46 50 Kensington Place, St Helier JE4 0ZE, Jersey; United Kingdom; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2005; Registration Number 08S04803 (Monaco) [RUSSIA-EO14024] (Linked To: KOCHMAN, Evgeniy Borisovich).

IMPERIAL YACHTS SARL (a.k.a. IMPERIAL YACHTS LIMITED; a.k.a. IMPERIAL YACHTS LTD), 27, Bd Albert 1Er, Ermanno Palace Bloc A-7ETG-N01, 98000, Monaco; Moscow, Russia; PO Box 437 Kensington Chambers, 46 50 Kensington Place, St Helier JE4 0ZE, Jersey; United Kingdom; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2005; Registration Number 08S04803 (Monaco) [RUSSIA-EO14024] (Linked To: KOCHMAN, Evgeniy Borisovich).

IMPERIYA 19-31 OOO (a.k.a. LIMITED LIABILITY COMPANY EMPIRE 19-31), ul. Novoselov 25/2, floor 2, komnata 4, d. Alfimovo, Stupino 142860, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Nov 2010; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 7703731504 (Russia); Registration Number 1107746906970 (Russia) [RUSSIA-EO14024] (Linked To: IMENIE TSARGRAD OOO).

IMPIRE SHIPPING (a.k.a. IMPIRE SHIPPING COMPANY; a.k.a. IMPIRE SHIPPING LIMITED), Greece; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IMPIRE SHIPPING COMPANY (a.k.a. IMPIRE SHIPPING; a.k.a. IMPIRE SHIPPING LIMITED), Greece; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IMPIRE SHIPPING LIMITED (a.k.a. IMPIRE SHIPPING; a.k.a. IMPIRE SHIPPING COMPANY), Greece; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IMPORTACIONES Y EXPORTACIONES NOBARO S.A. DE C.V., Avenida Lazaro Cardenas Numero 730, Nahuatzen, Michoacan, Mexico; Calle Rafael Gomez Campos Numero 249, Colonia El Carrierl, Mugica (Nueva Italia), Michoacan, Mexico; Francisco I Madero Numero 105, Colonia Centro, Mugica, Michoacan, Mexico; Calle Ignacio Allende S/N Casi Esquina Con Lazaro Cardenas Norte, Nueva Italia, Michoacan, Mexico; Esquina de Ignacio Allende Numero y Lazaro Cardenas Norte Numero 500, Nueva Italia, Michoacan, Mexico [SDNTK].

IMPORTACIONES Y NACIONAL MARCERLAB, S.A. DE C.V. (a.k.a. MACER INSTRUMENTS; a.k.a. MACERLAB; a.k.a. MACERLAB, S.A. DE C.V.), Culiacan, Sinaloa, Mexico; Website https://macerlab.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Mar 2024; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; R.F.C. INM240313S51 (Mexico); Folio Mercantil No. N-2024026134 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: LOPEZ ARAUJO, Cesar Elias).

IMPORTADORA JIREH, San Marcos, Guatemala; Organization Established Date 08 Sep 2017; Organization Type: Sale of motor vehicles; NIT # 59536969 (Guatemala) [ILLICIT-DRUGS-EO14059] (Linked To: MORALES CIFUENTES, Juan Jose).

IMPORTADORA LORENZANA, S.A. (a.k.a. IMPORTADORA Y EXPORTADORA LORENZANA), La Reforma, Zacapa, Guatemala; NIT # 35599 (Guatemala) [SDNTK].

IMPORTADORA SILVANIA, Carerra 70 No. 76-50 BG 3, Barranquilla, Colombia; Calle 10A No.12-21, Maicao, Colombia; Matricula Mercantil No 398330 (Colombia) [SDNTK].

IMPORTADORA SILVANIA, C.A., Ave Pedro Melean, cruce con Calle 73, Local No. 22, Sector Santa Rosa, Valencia, Carabobo, Venezuela; Tax ID No. RIF J-31069374-9 (Venezuela) [SDNTK].

IMPORTADORA Y EXPORTADORA LORENZANA (a.k.a. IMPORTADORA LORENZANA, S.A.), La Reforma, Zacapa, Guatemala; NIT # 35599 (Guatemala) [SDNTK].

IMPORTCLUB (a.k.a. CHIKA'S; a.k.a. CHIKA'S ACCESORIOS Y COSMETICOS; a.k.a. SIN-MEX IMPORTADORA, S.A. DE C.V.), Poniente 140 No. 639, Col. Industrial Vallejo, Mexico, Distrito Federal, Mexico; Pedro Loza No. 174, Col. Centro, Guadalajara, Jalisco, Mexico; Av. Juarez No. 496, Col. Centro, Guadalajara, Jalisco, Mexico; Alvaro Obregon No. 614, Col. San Juan de Dios, Guadalajara, Jalisco, Mexico; Plaza Centro Sur Local D-11, Guadalajara, Jalisco, Mexico; Magno Centro Joyero Sn. Juan de Dios Local 1038, Guadalajara, Jalisco, Mexico; Av. Javier Mina No. 26, Col. San Juan de Dios, Guadalajara, Jalisco, Mexico; Plaza Centro Sur Local I-9, Guadalajara, Jalisco, Mexico; Reforma 217-A, Col. Centro, Leon, Guanajuato, Mexico; Plaza Coliseo Local 11, Col. Centro, Leon, Guanajuato, Mexico; Riva Palacio No. 675 Sur, Col. Almada, Culiacan, Sinaloa, Mexico; Galerias San Miguel Local 40 K, Culiacan, Sinaloa, Mexico; Centro Joyero Local 31, Culiacan, Sinaloa, Mexico; Rubi No. 366-A, Col. Centro, Culiacan, Sinaloa, Mexico; Plaza Galerias Local 22, Col. Colinas de San Miguel, Culiacan, Sinaloa, Mexico; Plaza Fantasia, Calle del Carmen No. 82 Local 28, Distrito Federal, Mexico; Centro Joyero Local 21 y 25, Andador Allende No. 116 Oriente, Aguascalientes, Ags., Mexico; Centro Joyero de Toluca Local 8, Benito Juarez No. 109, Toluca, Estado Mexico, Mexico; Plaza de la Mujer Local 27, Morelos No. 133 Poniente, Monterrey, Nuevo Leon, Mexico; Parras 1750 Int. C, Col. Alamo Oriente, Tlaquepaque, Jalisco, Mexico; Poniente 140 No. 639, Col. Industrial Vallejo, Delegacion Azcapotzalco, Distrito Federal, Mexico; Ignacio Lopez Rayon No. 9104, Col. 1 de Mayo, Toluca, Mexico; Ignacio Lopez Rayon, Col. 5 de Mayo, Toluca, Mexico; Avenida Rayon 104, Col. Colonia Toluca de Lerdo Centro, Toluca, Estado de Mexico 50000, Mexico; Avenida Rayon 140 D, Col. Colonia Toluca de Lerdo Centro, Toluca, Estado de Mexico 50000, Mexico; R.F.C. SMI010730DH8 (Mexico) [SDNTK].

IMPORTEKS, ul. Svetlanskaya d.133, kvartira 16, Vladivostok 690001, Russia; 1st floor, 53b, Nekrasovskaya St., Vladivostok, Russia; Office

31, 7th floor, 16, Raketny Boulevard St., Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2543036719 (Russia); Registration Number 1132543023612 (Russia) [RUSSIA-EO14024].

IMPULS RESEARCH AND DEVELOPMENT ENTERPRISE (a.k.a. PAO NPP IMPULSE; a.k.a. PJSC RESEARCH AND PRODUCTION ASSOCIATION IMPULSE; a.k.a. PUBLIC JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE IMPULSE; a.k.a. PUBLICHNOE AKTCIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE IMPULS), 102 Mira Avenue, Moscow 129626, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Jun 1994; Target Type State-Owned Enterprise; Tax ID No. 7717022177 (Russia); Registration Number 1027700206511 (Russia) [RUSSIA-EO14024].

IMPULSE INTERNATIONAL S.A.L. OFFSHORE (a.k.a. STATURA S.A.L. OFFSHORE), Unesco Center, 4th Floor, Office No. 19, Verdun, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1801124 (Lebanon) [SDGT] (Linked To: AL-AMIN, Muhammad 'Abdallah).

IMPULSE S.A.R.L., Floor 4, Unesco Center, Verdun, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1003871 (Lebanon) [SDGT] (Linked To: AL-AMIN, Muhammad 'Abdallah).

IMS LTD, Unit 0195, Jalan Merdeka, Labuan, Malaysia; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 2012; Organization Type: Sea and coastal freight water transport; Identification Number IMO 5744389 [IRAN-EO13846].

IMSENGCO (a.k.a. GHESHM SHIPPING LINES MARINE AND ENGINEERING SERVICES CO; a.k.a. IRISL MARINE SERVICES; a.k.a. IRISL MARINE SERVICES AND ENGINEERING COMPANY), Iran shahr Street 221, Karimkhan Zand Avenue, Tehran, Iran; Website www.imsengco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IN SIRATEL (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEM'IJJETUL FURQAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, Sarajevo 71 000, Bosnia and Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia and Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

INAGAWA-KAI, 7-8-4 Roppongi, Minato-ku, Tokyo, Japan [TCO].

INAGLINSKY MINE (a.k.a. GOK INAGLINSKIY; a.k.a. JOINT STOCK COMPANY MINING AND COAL PREPARATION COMPLEX INAGLINSKIY), Building 1, Ter. 1 Denisovskiy, Neryungrinsky District 678960, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704531762 (Russia); Registration Number 1047796706033 (Russia) [RUSSIA-EO14024].

INAGRO LTDA. (a.k.a. INVERSIONES AGROINDUSTRIALES DEL ORIENTE LTDA.), Carrera 14 No. 13-56, Granada, Meta, Colombia; NIT # 822000899-6 (Colombia) [SDNTK].

INAND INDUSTRIES COMPANY LIMITED (a.k.a. CONG TY TNHH INAND INDUSTRIES), Floor 9, Building Minori, 67A Truong Dinh, Ward Truong Dinh, District Hai Ba Trung, Hanoi, Vietnam; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2022; Tax ID No. 0110203228 (Vietnam) [RUSSIA-EO14024].

INANLOO, Mitra (a.k.a. INANLU, Mitra (Arabic: میترا اینانلو)), Iran; DOB 23 Sep 1977; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 0059643390 (Iran) (individual) [NPWMD] [IFSR] (Linked To: MANDEGAR BASPAR KIMIYA COMPANY).

INANLU, Mitra (Arabic: میترا اینانلو) (a.k.a. INANLOO, Mitra), Iran; DOB 23 Sep 1977; nationality Iran; Additional Sanctions

Information - Subject to Secondary Sanctions; Gender Female; National ID No. 0059643390 (Iran) (individual) [NPWMD] [IFSR] (Linked To: MANDEGAR BASPAR KIMIYA COMPANY).

INAS, Moosa (a.k.a. ENAS, Moosa), Kalhaidhoo, Maldives; Male, Maldives; DOB 11 Dec 1985; POB Kalhaidhoo, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. A134920 (Maldives); Identification Number A096123 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

INAYA SHIP MANAGEMENT PRIVATE LIMITED (a.k.a. INAYA SHIP MANAGEMENT PVT LTD), Shop 1 and 2, Building 48F, 21st Commercial Street, Phase 2, Defence Housing Authority, Karachi, Pakistan; Organization Established Date 20 Aug 2020; Identification Number IMO 6176107; Registration Number 156059 (Pakistan) [IRAN-EO13902].

INAYA SHIP MANAGEMENT PVT LTD (a.k.a. INAYA SHIP MANAGEMENT PRIVATE LIMITED), Shop 1 and 2, Building 48F, 21st Commercial Street, Phase 2, Defence Housing Authority, Karachi, Pakistan; Organization Established Date 20 Aug 2020; Identification Number IMO 6176107; Registration Number 156059 (Pakistan) [IRAN-EO13902].

INAYATULLAH, Maulawi (a.k.a. ENAYATULLAH, Maulawi; a.k.a. FATEHULLAH, Mullah; a.k.a. "Ghowya"), Pakistan; DOB 1972; POB Chahar Darah District, Kunduz Province, Afghanistan; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TALIBAN).

INCE, Samet (a.k.a. YAYLA, Bulut); DOB 1981; POB Zonguldak, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

INDEFI SMARTBANK (a.k.a. INDEPENDENT DECENTRALIZED FINANCE SMARTBANK AND ECOSYSTEM), Russia; Website indefibank.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 2020; Organization Type: Financial and Insurance Activities [CYBER4] (Linked To: MENDELEEV, Sergey).

INDEPENDENT DECENTRALIZED FINANCE SMARTBANK AND ECOSYSTEM (a.k.a.

INDEFI SMARTBANK), Russia; Website indefibank.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 2020; Organization Type: Financial and Insurance Activities [CYBER4] (Linked To: MENDELEEV, Sergey).

INDEPENDENT INSURANCE GROUP LTD (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA NEZAVISIMAYA STRAKHOVAYA GRUPPA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТРАХОВАЯ КОМПАНИЯ НЕЗАВИСИМАЯ СТРАХОВАЯ ГРУППА); a.k.a. "NSG OOO"), Vspolniy Pereulok 18, bldg. 2, Moscow 123001, Russia; Website www.nsg-ins.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Mar 2003; Tax ID No. 7716227728 (Russia); Government Gazette Number 14139641 (Russia); Registration Number 1037716006360 (Russia) [RUSSIA-EO14024].

INDERSEN GLOBAL PTE LTD (a.k.a. CONFIDERI ADVISORY GROUP; a.k.a. CONFIDERI FAMILY OFFICE; a.k.a. CONFIDERI PTE LTD; f.k.a. POLINA CAPITAL PTE LTD), Bolshaya Serpukhovskaya Str., 25 Bld. 1, Moscow, Russia; Six Battery Road, Level 30, Singapore, Singapore; Tong Eng Building, 101 Cecil Street #16-04, Singapore 69533, Singapore; Cayman Islands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2010; Legal Entity Number 984500E975B997FA5E48; Registration Number 201207051Z (Singapore) [RUSSIA-EO14024].

INDIAN MUJAHEDEEN (a.k.a. INDIAN MUJAHIDEEN; a.k.a. INDIAN MUJAHIDIN; a.k.a. ISLAMIC SECURITY FORCE-INDIAN MUJAHIDEEN (ISF-IM)), India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

INDIAN MUJAHIDEEN (a.k.a. INDIAN MUJAHEDEEN; a.k.a. INDIAN MUJAHIDIN; a.k.a. ISLAMIC SECURITY FORCE-INDIAN MUJAHIDEEN (ISF-IM)), India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

INDIAN MUJAHIDIN (a.k.a. INDIAN MUJAHEDEEN; a.k.a. INDIAN MUJAHIDEEN; a.k.a. ISLAMIC SECURITY FORCE-INDIAN MUJAHIDEEN (ISF-IM)), India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

INDIO VITORIO S. DE P.R. DE R.L. DE C.V., Saucillo, Chihuahua, Mexico; R.F.C. IVI-030311-1L6 (Mexico) [SDNTK].

INDISOL MARKETING PRIVATE LIMITED, 1005 Wind Fall, Sahar Plaza Complex, M. V. Road, Andheri (East), Mumbai, Maharashtra 400059, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 2018; C.I.N. U51909MH2018PTC312069 (India) [IRAN-EO13846].

INDO GULF SHIP MANAGEMENT LLC, Office 1302, Golden Tower, 335, Buhaira Corniche Road, Al Majaz 1, PO Box 53269, Sharjah, United Arab Emirates; Website www.igsm.ae; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Jan 2020; Identification Number IMO 6189156; License 775899 (United Arab Emirates); Economic Register Number (CBLS) 11510621 (United Arab Emirates) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

INDONESIA HILAL AHMAR SOCIETY FOR SYRIA (a.k.a. HILAL AHMAR SOCIETY INDONESIA; a.k.a. HILAL AHMAR SOCIETY OF INDONESIA; a.k.a. YAYASAN HILAL AHMAR), Lampung, Indonesia; Jakarta, Indonesia; Semarang, Indonesia; Yogyakarta, Indonesia; Solo, Indonesia; Surabaya, Indonesia; Makassar, Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

INDONESIAN ISLAMIC WARRIORS' COUNCIL (a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

INDONESIAN MUJAHEDEEN COUNCIL (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

INDONESIAN MUJAHIDEEN COUNCIL (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

INDONESIAN MUJAHIDIN COUNCIL (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

INDUITEX LTDA., Avenida Libertadores, Bodega E-2, Zona Franca, Cucuta, Colombia; NIT # 9001451701 (Colombia) [SDNTK].

INDUSTRIA AGROPECUARIA SANTA ELENA LTDA. (a.k.a. CRIADERO LA LUISA E.U.),

Avenida 7 Norte No. 23N-81, Cali, Colombia; Avenida 7 Norte No. 23-77, Cali, Colombia; Calle 15 No. 26-400, Cali, Colombia; Jamundi, Valle, Colombia; NIT # 860503330-5 (Colombia) [SDNT].

INDUSTRIA DE PESCA SOBRE EL PACIFICO S.A (a.k.a. INPESCA S.A.), Km. 5 El Pinal, Buenaventura, Colombia; Av. Simon Bolivar Km. 5 El Pinal, Buenaventura, Colombia; NIT # 890302172-4 (Colombia) [SDNT].

INDUSTRIAL DEVELOPMENT AND RENOVATION ORGANIZATION OF IRAN (a.k.a. IDRO; a.k.a. IRAN DEVELOPMENT & RENOVATION ORGANIZATION COMPANY; a.k.a. IRAN DEVELOPMENT AND RENOVATION ORGANIZATION COMPANY; a.k.a. SAWZEMANE GOSTARESH VA NOWSAZI SANAYE IRAN), Vali Asr Building, Jam e Jam Street, Vali Asr Avenue, Tehran 15815-3377, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

INDUSTRIAL FACTORIES OF PRECISION-MACHINERY (a.k.a. FADJR INDUSTRIES GROUP; a.k.a. FAJR INDUSTRIES GROUP; a.k.a. IFP; a.k.a. INSTRUMENTATION FACTORIES OF PRECISION MACHINERY; a.k.a. INSTRUMENTATION FACTORY PLANT; a.k.a. MOJTAME SANTY AJZAE DAGHIGH; a.k.a. NASR INDUSTRIES GROUP), P.O. Box 1985-777, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

INDUSTRIAL RESOURCES GENERAL TRADING (Arabic: اندستر ريسورسز للتجارة العامة) (a.k.a. INDUSTRIAL RESOURCES GENERAL TRADING LLC), Al Hawai Tower, 88, Sheikh Zayed Road, 2nd Floor, Office 203, Dubai, United Arab Emirates; P.O. Box 74345, Dubai, United Arab Emirates; Website www.iruae.ae; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Sep 2010; Organization Type: Non-specialized wholesale trade; Business Registration Number 10469466 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

INDUSTRIAL RESOURCES GENERAL TRADING LLC (a.k.a. INDUSTRIAL RESOURCES GENERAL TRADING (Arabic: اندستر ريسورسز للتجارة العامة)), Al Hawai Tower, 88, Sheikh Zayed Road, 2nd Floor, Office 203, Dubai, United Arab Emirates; P.O. Box 74345, Dubai, United Arab Emirates; Website www.iruae.ae; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Organization Established Date 21 Sep 2010; Organization Type: Non-specialized wholesale trade; Business Registration Number 10469466 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

INDUSTRIAL SOLUTIONS, Baghdad Street 5, PO Box 6394, Damascus, Syria [NPWMD].

INDUSTRIAL TECHNOLOGIES GROUP FRANCE (a.k.a. "ITGF"), 2 Rue Charlie Chaplin, Bois-D'arcy 78390, France; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Mar 2015; Tax ID No. 810727040 (France) [RUSSIA-EO14024].

INDUSTRIAL UNITARY ENTERPRISE OIL BITUMEN PLANT (a.k.a. PROIZVODSTVENNOYE UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: ПРОИЗВОДСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД); a.k.a. UNITARNAYE PRADPRYEMSTVA NAFTABITUMNY ZAVOD (Cyrillic: УНІТАРНАЕ ПРАДПРЫЕМСТВА НАФТАБІТУМНЫ ЗАВОД); a.k.a. UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД); a.k.a. UNITARY ENTERPRISE NEFTEBITUMEN PLANT; a.k.a. UNITARY ENTERPRISE OIL BITUMEN PLANT; a.k.a. VYTVORCHAYE UNITARNAYE PRADPRYEMSTVA NAFTABITUMNY ZAVOD (Cyrillic: ВЫТВОРЧАЕ ЎНІТАРНАЕ ПРАДПРЫЕМСТВА НАФТАБІТУМНЫ ЗАВОД)), village Koleina, Lyadenskiy council, Chervenskiy district, Minsk oblast 223231, Belarus (Cyrillic: д. Колеина, Ляденский сельсовет, Червенский район, Минская область 223231, Belarus); Organization Established Date 23 Jun 2004; Registration Number 690296283 (Belarus) [BELARUS-EO14038].

INDUSTRIAL-COMMERCIAL PRIVATE UNITARY ENTERPRISE MINOTOR-SERVICE (a.k.a. MINOTOR-SERVICE ENTERPRISE; a.k.a. PROIZVODSTVENNO-TORGOVOYE CHASTNOYE UNITARNOYE PREDPRIYATIYE MINOTOR-SERVIS (Cyrillic: ПРОИЗВОДСТВЕННО-ТОРГОВОЕ ЧАСТНОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ МИНОТОР-СЕРВИС); a.k.a. UE MINOTOR-SERVICE; a.k.a. UP MINATOR-SERVIS (Cyrillic: УП МІНАТОР-СЭРВІС); a.k.a. UP MINOTOR-SERVIS (Cyrillic: УП МИНОТОР-

СЕРВИС); a.k.a. VYTVORCHA-HANDLEVAYE PRYVATNAYE UNITARNAYE PRADPRYEMSTVA MINATOR-SERVIS (Cyrillic: ВЫТВОРЧА-ГАНДЛЕВАЕ ПРЫВАТНАЕ УНІТАРНАЕ ПРАДПРЫЕМСТВА МІНАТОР-СЭРВІС)), ul. Karvata, d. 84, kom. 1, Minsk 220139, Belarus (Cyrillic: ул. Карвата, д. 84, ком. 1, г. Минск 220139, Belarus); Radialnaya str., 40, Minsk 220070, Belarus; Organization Established Date 1991; Registration Number 100665069 (Belarus) [BELARUS-EO14038].

INDUSTRIAS DE GANADEROS S.A. DE C.V. (a.k.a. DORA PASTEURIZA DE LECHE SANTA MONICA; a.k.a. LECHERIA SANTA MONICA; a.k.a. NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V.; a.k.a. SANTA MONICA DAIRY), Calle/Boulevard Doctor Mora 1230, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; Carretera Los Mochis Topolobampo, KM. 5.2, Los Mochis, Sinaloa, Mexico; Avenida Francisco Villa Norte 135, Colonia Ninos Heroes, Salvador Alvarado, Sinaloa 81400, Mexico; Carretera La Cruz KM 15 S/N, Colonia Arroyitos, La Cruz, Sinaloa 82700, Mexico; Chamizal S/N, La Cruz, Sinaloa 82700, Mexico; Carretera Internacional al Norte KM 1.5, 1207, Colonia Ejido Venadillo, Mazatlan, Sinaloa 82129, Mexico; Plaza Azul S/N, Colonia Las Brisas, Tecuala, Nayarit, Mexico; Calle Prolongacion Morelos y Matamoros S/N, Colonia Benito Juarez, Escuinapa, Sinaloa 82400, Mexico; Matamoros 5, Escuinapa, Sinaloa 82478, Mexico; Carretera Internacional 1845, Bodega 8 y 10, Colonia Zona Industrial 2, Ciudad Obregon, Sonora 85065, Mexico; Calle Sauces 384, Colonia Del Bosque, Guasave, Sinaloa 81020, Mexico; Calle Federalismo 2000, Colonia Recursos Hidraulicos, Culiacan, Sinaloa 80060, Mexico; Carretera Augstin Olachea Local 30, Colonia Pericues, La Paz, Baja California Sur 23090, Mexico; Avenida Vallarta 2141, Colonia Centro, Culiacan, Sinaloa 80060, Mexico; Carretera A Navolato, Colonia Bachigualato, Culiacan, Sinaloa 80060, Mexico; Calle Tomate 10 Bodega 34Y5, Colonia Mercado Abastos, Culiacan, Sinaloa 83170, Mexico; Carretera A Topolobampo 5, Colonia Ninos Heroes, Ahome, Sinaloa 81290, Mexico; Avenida Xicotencalth # 1795, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; Calle Central Local A10, Colonia Mercado Abastos, Cajeme, Sonora 85000, Mexico; Calle Jose Diego Abad 2923, Colonia Bachigualato,

Culiacan, Sinaloa 80140, Mexico; R.F.C. NIG-8802029-Y7 (Mexico) [SDNTK].

INEKO LLC (a.k.a. OOO INEKO (Cyrillic: ООО ИНЕКО)), Building 41, Zheleznodorozhniy Lane, Dmitrov, Moscow, Russia; 9 Melitopolskaya ul., Str. 3, Moscow, Russia; Website www.inekocom.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Apr 2018; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 5007104304 (Russia); Registration Number 1185007004973 (Russia) [RUSSIA-EO14024] (Linked To: TECHNOPOLE COMPANY).

INELSO OOO, ul. Gelsingforsskaya d. 3, lit. Z, pomeshch. 412, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813635698 (Russia); Registration Number 1197847128478 (Russia) [RUSSIA-EO14024].

INFANTE APARICIO, Pedro Jose (a.k.a. "APARICIO, Pedro Jose"), Caracas, Venezuela; DOB 01 Sep 1981; POB Caracas, Venezuela; nationality Venezuela; Gender Male; Cedula No. V15541220 (Venezuela) (individual) [VENEZUELA].

INFINITE FORCE CARGO SERVICE HK LIMITED, Unit 11, 9/F, Block B, Hoi Luen Industrial Centre, 55 Hoi Yuen Road, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Oct 2002; Company Number 0816883 (Hong Kong); Business Registration Number 33037731 (Hong Kong) [RUSSIA-EO14024].

INFINITUM ASSET SERVICES (a.k.a. AO SPETSIALIZIROVANNYI DEPOZITARII INFINITUM), Ul. Shabolovka D. 31, B, Moscow 115162, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7705380065 (Russia); Registration Number 1027739039283 (Russia) [RUSSIA-EO14024].

INFORION OOO (a.k.a. LIMITED LIABILITY COMPANY INFORION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНФОРИОН); a.k.a. LLC INFORION), Ul. Bolshaya Semenovskaya d. 45, Moscow 107023, Russia; Website inforion.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Feb 2006; Organization Type: Other information technology and computer service activities; Tax ID No. 7715592358 (Russia); Registration

Number 1067746288323 (Russia) [RUSSIA-EO14024].

INFORMAL ANARCHIST FEDERATION/INTERNATIONAL REVOLUTIONARY FRONT (a.k.a. FEDERAZIONE ANARCHICA INFORMALE/FRONTE RIVOLUZIONARIO INTERNAZIONALE; a.k.a. "AUGUSTO MASETTI INFORMAL ANARCHIST BRIGADE - INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "BRIGATA AUGUSTO MASETTI FEDERAZIONE ANARCHICA INFORMALE - FRONTE RIVOLUZIONARIO INTERNAZIONALE"; a.k.a. "CELLS AGAINST CAPITAL THE PRISON ITS JAILERS AND ITS CELLS"; a.k.a. "COOPERATIVA ARTIGIANA FUOCO E AFFINI"; a.k.a. "FAI/ANIMAL REVOLT"; a.k.a. "FAI/ARMED CELLS FOR INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/CELLS AGAINST CAPITA PRISON AND ITS JAILERS AND ITS CELLS"; a.k.a. "FAI/CRAFT COOPERATIVE FIRE AND SIMILAR/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/METROPOLITAN CELLS"; a.k.a. "FAI/NARODNAJA VOJLA"; a.k.a. "FAI/REVOLUTIONARY CELL LAMBROS FOUNTAS"; a.k.a. "FAI/REVOLUTIONARY NUCLEUS HORST FANTAZZINI"; a.k.a. "FAI/SISTERS IN ARMS MAURICIO MORALES NUCLEUS/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/TERRIBLE ANONYMOUS REVOLT"; a.k.a. "HARIS HATZIMIHELAKIS/INTERNATIONAL NERO"; a.k.a. "JULY 20 BRIGADE"; a.k.a. "JULY BRIGADE/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "SANTIAGO MALDONADO CELL"; a.k.a. "SANTIAGO MALDONADO CELL FAI-FRI"; a.k.a. "SORELLE IN ARMI, NUCLEO MAURICIO MORALES"), Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2003; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

INFORMATICS AND SERVICES CORPORATION (a.k.a. INFORMATICS SERVICES COMPANY; a.k.a. INFORMATICS SERVICES CORPORATION (Arabic: شرکت خدمات انفورماتیک)), Marjan Building, No. 6, Madadkaran Street, Shahnazari Street, Mother Square, Mirdamad Boulevard, Tehran

1545654311, Iran; Website www.isc.co.ir; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Dec 1993; National ID No. 10101455520 (Iran); Business Registration Number 101605 (Iran) [SDGT] [IFSR] (Linked To: BANK MARKAZI JOMHOURI ISLAMI IRAN).

INFORMATICS SERVICES COMPANY (a.k.a. INFORMATICS AND SERVICES CORPORATION; a.k.a. INFORMATICS SERVICES CORPORATION (Arabic: شرکت خدمات انفورماتیک)), Marjan Building, No. 6, Madadkaran Street, Shahnazari Street, Mother Square, Mirdamad Boulevard, Tehran 1545654311, Iran; Website www.isc.co.ir; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Dec 1993; National ID No. 10101455520 (Iran); Business Registration Number 101605 (Iran) [SDGT] [IFSR] (Linked To: BANK MARKAZI JOMHOURI ISLAMI IRAN).

INFORMATICS SERVICES CORPORATION (Arabic: شرکت خدمات انفورماتیک) (a.k.a. INFORMATICS AND SERVICES CORPORATION; a.k.a. INFORMATICS SERVICES COMPANY), Marjan Building, No. 6, Madadkaran Street, Shahnazari Street, Mother Square, Mirdamad Boulevard, Tehran 1545654311, Iran; Website www.isc.co.ir; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Dec 1993; National ID No. 10101455520 (Iran); Business Registration Number 101605 (Iran) [SDGT] [IFSR] (Linked To: BANK MARKAZI JOMHOURI ISLAMI IRAN).

INFORMATION SYSTEMS IRAN (a.k.a. ISIRAN), PO Box 15875-4337, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

INFORMATION TELECOMMUNICATION TECHNOLOGIES JOINT STOCK COMPANY (a.k.a. "INTELTECH JSC"; a.k.a. "INTELTEKH"), Ul. Kantemirovskaya D. 8, Saint Petersburg 197342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802030605 (Russia); Registration Number 1027801525608 (Russia) [RUSSIA-EO14024].

INFORMATSIYNE AGENSTVO ONLI N'YUZ TOV (Cyrillic: ІНФОРМАЦІЙНЕ АГЕНСТВО ОНЛІ Н'ЮЗ ТОВ) (a.k.a. "ONLY NEWS"), Vul. Hotkevicha Gnata 12, Of. 177, Kiev, Dniprovskyi R-N 02094, Ukraine; Website onmedia.io; Identification Number 42283491 (Ukraine) [ELECTION-EO13848] (Linked To: ZHURAVEL, Petro Anatoliyovich).

INFOROS INFORMATION AGENCY, CO, LTD. (a.k.a. IA INFOROS, OOO (Cyrillic: ООО ИА ИНФОРОС); a.k.a. NEWS AGENCY INFOROS), Moscow, Russia; Website inforos.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Type: News agency activities; Tax ID No. 5025021509 (Russia) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

INFOROS, OOO (Cyrillic: ООО ИА ИНФОРОС), Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Type: News agency activities; Identification Number 7727214569 (Russia) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

INFOTECH BALAKOVO LIMITED LIABILITY COMPANY, Ul. Chapaeva D. 26, Pomeshch. 7, Kormezhka 413835, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6439098794 (Russia); Registration Number 1216400002576 (Russia) [RUSSIA-EO14024].

INFRACOM COMMUNICATION NETWORKS FZE, No. 724, Jebel Ali Free Zone, Dubai, United Arab Emirates; P.O. Box 262995, Dubai, United Arab Emirates; Office 434, JAFZA 14, Dubai, United Arab Emirates; Website www.infracommunication.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 08 Nov 2009; Commercial Registry Number 133319 (United Arab Emirates); Chamber of Commerce Number 184048 (United Arab Emirates); Business Registration Number 119400 (United Arab Emirates) [NPWMD] [IFSR] (Linked To: RAH ROSHD INTERNATIONAL TRADE EXCHANGES DEVELOPMENT).

INFRASTRUKTURA MOLZHANINOVO (a.k.a. LLC INFRASTRUCTURE MOLZHANINOVO (Cyrillic: ООО ИНФРАСТРУКТУРА МОЛЖАНИНОВО); f.k.a. LLC RESAD (Cyrillic: ООО РЕСАД); f.k.a. RESAD LLC), ul.

Bryanskaya D. 5, et 4 pom. I kom 25, Moscow 121059, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733109347 (Russia); Registration Number 1027739071337 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

INGOSSTRAKH INSURANCE COMPANY, Ul. Pyatnitskaya D. 12, Str. 2, Moscow 117997, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7705042179 (Russia); Legal Entity Number 253400GMWZ0DBU6G0E87; Registration Number 1027739362474 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

INIS VVT (a.k.a. AUTONOMOUS NON PROFIT ORGANIZATION INSTITUTE FOR TESTING AND CERTIFICATION OF ARMAMENT AND MILITARY MATERIEL), PR-D Entuziatsov, D. 11, Moscow 111024, Russia; Ul. Elektrodnaya, D. 10, Moscow 111524, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jun 1999; Tax ID No. 7705285301 (Russia); Registration Number 1037739355488 (Russia) [RUSSIA-EO14024].

INJECT RESEARCH AND PRODUCTION ENTERPRISE LIMITED LIABILITY COMPANY (a.k.a. INJECT RME LLC; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE INZHEKT; a.k.a. "OOO NPP INZHEKT"), Ul. Elmashevskaya, Vladenie 3 A Office 1, Saratov 410033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6453142068 (Russia); Registration Number 1156451017436 (Russia) [RUSSIA-EO14024].

INJECT RME LLC (a.k.a. INJECT RESEARCH AND PRODUCTION ENTERPRISE LIMITED

LIABILITY COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE INZHEKT; a.k.a. "OOO NPP INZHEKT"), Ul. Elmashevskaya, Vladenie 3 A Office 1, Saratov 410033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6453142068 (Russia); Registration Number 1156451017436 (Russia) [RUSSIA-EO14024].

INKOP DOO CUPRIJA (a.k.a. GRADJEVINSKO PREDUZECE INKOP DOO CUPRIJA; a.k.a. "INKOP"), Karadordeva 6, Cuprija 35230, Serbia; Organization Established Date 12 May 1992; Organization Type: Construction of roads and railways; V.A.T. Number 100245351 (Serbia) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

INKOTECH LTD. (a.k.a. INKOTEKH), Nab. Vyborgskaya D. 55, K. 3, Lit. A, Pomeshch. 5-N, Saint Petersburg 194100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811285656 (Russia); Registration Number 1167847076825 (Russia) [RUSSIA-EO14024].

INKOTEKH (a.k.a. INKOTECH LTD.), Nab. Vyborgskaya D. 55, K. 3, Lit. A, Pomeshch. 5-N, Saint Petersburg 194100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811285656 (Russia); Registration Number 1167847076825 (Russia) [RUSSIA-EO14024].

INKUORTYN FIVE SRL (a.k.a. LA KUORA TERRAZA; a.k.a. LA TERRAZA DE LA KUORA; a.k.a. "LA KUORA"), Calle La Guardia No. 25, Villa Consuelo, Santo Domingo, Dominican Republic; Tax ID No. 131-45973-2 (Dominican Republic) [SDNTK].

INMA MALDIVES (a.k.a. INMA MALDIVES COMPANY), Dhekunu Thila, 5th floor, Sabudheyli Magu, Male, Maldives; Noor Villa, Rahdhebai Hingun, Male, Maldives; Website http://inma-maldives.business.site/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 May 2018; Organization Type: Wholesale of food, beverages and tobacco; Business Registration Number BP17202021 (Maldives) issued 09 May 2021; Registration Number P-0095/2018 (Maldives); Permit Number IG0641T102018 (Maldives) issued 07 May 2018 [SDGT] (Linked To: AHMED, Ameen).

INMA MALDIVES COMPANY (a.k.a. INMA MALDIVES), Dhekunu Thila, 5th floor, Sabudheyli Magu, Male, Maldives; Noor Villa, Rahdhebai Hingun, Male, Maldives; Website http://inma-maldives.business.site/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 May 2018; Organization Type: Wholesale of food, beverages and tobacco; Business Registration Number BP17202021 (Maldives) issued 09 May 2021; Registration Number P-0095/2018 (Maldives); Permit Number IG0641T102018 (Maldives) issued 07 May 2018 [SDGT] (Linked To: AHMED, Ameen).

INMAA 'AL' FOR ENGINEERING AND CONTRACTING SARL (a.k.a. AL-INMAA ENGINEERING AND CONTRACTING; a.k.a. AL-INMAA GROUP FOR ENGINEERING AND CONTRACTING), Ground Floor, Inmaa Building, New Airport Highway, Beirut, Lebanon; Airport Highway, Bir Hassan, Beirut, Lebanon; Aljadriya, Baghdad, Iraq; Aljazzar Road, Basra, Iraq; Al-Jaza'ir Street, 'Oman Neighborhood, Basra, Iraq; Website www.alinmaa.com.lb; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: TABAJA, Adham Husayn; Linked To: AL-INMAA GROUP FOR TOURISM WORKS, LLC).

INMOBILIARIA DEL RIO HUMAYA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; Organization Established Date 20 Aug 2003; Folio Mercantil No. 73228 (Mexico) [ILLICIT-DRUGS-EO14059].

INMOBILIARIA EL ESCORIAL LTDA., Carrera 4 No. 12-20 of. 206, Cartago, Valle, Colombia; Carrera 5 No. 18-20 Local 12, Cartago, Valle, Colombia; NIT # 800146869-2 (Colombia) [SDNT].

INMOBILIARIA EL ESCORPION DEL NORTE S.A. DE C.V., Chihuahua, Chihuahua, Mexico [SDNTK].

INMOBILIARIA EL PRESON S.A. DE C.V., Chihuahua, Chihuahua, Mexico [SDNTK].

INMOBILIARIA ESPARTA S.A. DE C.V., Avenida Negrete 220 Local 2B, Colonia Zona Central, Tijuana, Baja California, Mexico; R.F.C. IES-870805 (Mexico) [SDNTK].

INMOBILIARIA ESTADO 29 S.A. DE C.V., Ocampo 1860 4, Colonia Zona Central, Tijuana, Baja California, Mexico; Entre Juan Sarabia y

Plutarco Elias C., Tijuana, Baja California, Mexico; R.F.C. IEV-950628 (Mexico) [SDNTK].

INMOBILIARIA FER CADENA, Diagonal 23 #11-07 P.2, Cali, Valle, Colombia; Matricula Mercantil No 754962-2 (Cali) [SDNTK].

INMOBILIARIA FLORES CASTRO, S. DE R.L. DE C.V. (a.k.a. INMOVILIARIA FLORES CASTRO, S. DE R.L. DE C.V.), Zapopan, Jalisco, Mexico; Folio Mercantil No. 42969 (Jalisco) (Mexico) [SDNTK].

INMOBILIARIA GAXIOLA (f.k.a. DISTRIBUIDORA DE MUEBLES GAXIOLA HERMANOS; a.k.a. INMOBILIARIA GAXIOLA HERMANOS S.A. DE C.V.), Blvd. Francisco Eusebio km. 177-7, Col. 5 de Mayo, Hermosillo, Sonora 83010, Mexico; Blvd. L Encinas numero 581-A, Esquina Truqui, Colonia Pimentel, Hermosillo, Sonora, Mexico; Michoacan 404 Inter. 11, Colonia Cerrada Paraiso, Hermosillo, Sonora 83170, Mexico; Blvd. Jose Maria Morelos s/n y Ave 13 Col Colinas del Bachoco, Hermosilo, Sonora 83000, Mexico; Guadalajara, Jalisco, Mexico; R.F.C. IGH910522UM3 (Mexico); alt. R.F.C. DMG910522 (Mexico) [SDNTK].

INMOBILIARIA GAXIOLA HERMANOS S.A. DE C.V. (f.k.a. DISTRIBUIDORA DE MUEBLES GAXIOLA HERMANOS; a.k.a. INMOBILIARIA GAXIOLA), Blvd. Francisco Eusebio km. 177-7, Col. 5 de Mayo, Hermosillo, Sonora 83010, Mexico; Blvd. L Encinas numero 581-A, Esquina Truqui, Colonia Pimentel, Hermosillo, Sonora, Mexico; Michoacan 404 Inter. 11, Colonia Cerrada Paraiso, Hermosillo, Sonora 83170, Mexico; Blvd. Jose Maria Morelos s/n y Ave 13 Col Colinas del Bachoco, Hermosilo, Sonora 83000, Mexico; Guadalajara, Jalisco, Mexico; R.F.C. IGH910522UM3 (Mexico); alt. R.F.C. DMG910522 (Mexico) [SDNTK].

INMOBILIARIA INTEGRAL DEL PUERTO, S.A. DE C.V., Puerto Vallarta, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Jan 2007; Organization Type: Real estate activities on a fee or contract basis; Folio Mercantil No. 13988 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: IBARRA DIAZ JR., Michael).

INMOBILIARIA J & M CORP (a.k.a. INMOBILIARIA J AND M CORP), Panama; RUC # 884675-1-511785 (Panama) [SDNTK].

INMOBILIARIA J AND M CORP (a.k.a. INMOBILIARIA J & M CORP), Panama; RUC # 884675-1-511785 (Panama) [SDNTK].

INMOBILIARIA LA PROVINCIA S.A. DE C.V., Cuauhtemoc 6046 3 Libertad, Tijuana, Baja California, Mexico; R.F.C. IPR-931014 (Mexico) [SDNTK].

INMOBILIARIA LINARES LTDA., Carrera 4 No. 12-20 of. 206, Cartago, Valle, Colombia; NIT # 800146860-7 (Colombia) [SDNT].

INMOBILIARIA MULTI-TIENDAS, S.A., Panama; RUC # 1008619-1-537654 (Panama) [SDNTK].

INMOBILIARIA PASADENA LTDA., Carrera 4 No. 12-20 of. 206, Cartago, Valle, Colombia; NIT # 800146861-4 (Colombia) [SDNT].

INMOBILIARIA RIVERA MARADIAGA, S.A. DE C.V. (a.k.a. INRIMAR), Florencia Norte, Plaza America, Av Roble 201, Distrito Central, Francisco Morazan, Honduras; Barrio Los Laureles, Carretera Panamericana Norte contiguo a DIPPSA, Tocoa, Colon, Honduras; Barrio El Centro, Tocoa, Colon, Honduras; RTN 08019009234360 (Honduras) [SDNTK].

INMOBILIARIA ROFI S A, Av. George Washinton #500, Malecon Center Plaza, Su, Gazcue, Dominican Republic; Tax ID No. 101880821 (Dominican Republic) [GLOMAG].

INMOBILIARIA ROYPAL, S.A., Panama; RUC # 46966-79-305611 (Panama) [SDNTK].

INMOBILIARIA TIJUANA COSTA S.A. DE C.V., Agua Caliente 10440 9, Colonia Aviacion, Tijuana, Baja California, Mexico; Entre Abelardo L. Rodriguez y Avenida Del Rio, Tijuana, Baja California, Mexico; R.F.C. ITC-910503 (Mexico) [SDNTK].

INMOBILIARIA UNIVERSAL DEJA VU S.A. DE C.V., Puebla, Puebla, Mexico; Organization Established Date 18 Oct 2006; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. 36681 (Mexico) [ILLICIT-DRUGS-EO14059] (Linked To: BANUELOS RAMIREZ, Juan Carlos).

INMOVILIARIA FLORES CASTRO, S. DE R.L. DE C.V. (a.k.a. INMOBILIARIA FLORES CASTRO, S. DE R.L. DE C.V.), Zapopan, Jalisco, Mexico; Folio Mercantil No. 42969 (Jalisco) (Mexico) [SDNTK].

INMUEBLES SIERRA VISTA S.A. DE C.V., Hermosillo, Sonora, Mexico [SDNTK].

INMUEBLES Y DESARROLLOS WEST POINT, C.A. (f.k.a. PLM INMOBILIARIA C.A.), Av. Principal de Los Ruices, Edif. El Doral, piso 6, Ofic. 62, Urb. Los Ruices, Caracas, Venezuela; RIF # J-31242224-6 (Venezuela) [SDNTK].

INNFOCUS LIMITED LIABILITY COMPANY, Ul. Stakhanovskaya D. 54, Str. P, Office 211, Perm 614066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID

No. 5904343931 (Russia); Registration Number 1165958115730 (Russia) [RUSSIA-EO14024].

INNOCENT, Vitel Homme (a.k.a. INNOCENT, Vitel'homme; a.k.a. INNOCENT, Vitelhomme; a.k.a. VITEL'HOMME, Innocent; a.k.a. "VITEL HOMME"), Port-au-Prince, Haiti; DOB 08 Nov 1985 to 07 Nov 1986; nationality Haiti; Gender Male (individual) [GLOMAG].

INNOCENT, Vitelhomme (a.k.a. INNOCENT, Vitel Homme; a.k.a. INNOCENT, Vitel'homme; a.k.a. VITEL'HOMME, Innocent; a.k.a. "VITEL HOMME"), Port-au-Prince, Haiti; DOB 08 Nov 1985 to 07 Nov 1986; nationality Haiti; Gender Male (individual) [GLOMAG].

INNOCENT, Vitel'homme (a.k.a. INNOCENT, Vitel Homme; a.k.a. INNOCENT, Vitelhomme; a.k.a. VITEL'HOMME, Innocent; a.k.a. "VITEL HOMME"), Port-au-Prince, Haiti; DOB 08 Nov 1985 to 07 Nov 1986; nationality Haiti; Gender Male (individual) [GLOMAG].

INNODRAIV (a.k.a. INNODRIVE LIMITED LIABILITY COMPANY), Ul. Pionerskaya D. 30, Lit. B, Pomeshch. 306, Saint Petersburg 197110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811697554 (Russia); Registration Number 1187847162106 (Russia) [RUSSIA-EO14024].

INNODRIVE LIMITED LIABILITY COMPANY (a.k.a. INNODRAIV), Ul. Pionerskaya D. 30, Lit. B, Pomeshch. 306, Saint Petersburg 197110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811697554 (Russia); Registration Number 1187847162106 (Russia) [RUSSIA-EO14024].

INNOEDGE CLOUDSERVE PRIVATE LIMITED, 944, Block C, Sushant Lok Phase 1 Gurugram, Gurgaon 122001, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Jul 2022; Registration Number U72900HR2022PTC105231 (India) [RUSSIA-EO14024].

INNOVATION HUB LIMITED LIABILITY COMPANY (a.k.a. ROSATOM INNOHUB; a.k.a. "INNOHUB LLC"), Per. Bolshoi Tolmachevskii D. 4, Str. 1, Pomeshch. 4/1, Moscow 119017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9724042820 (Russia); Registration Number 1217700144738 (Russia) [RUSSIA-EO14024].

INNOVATIVE ENTERPRISE FORC PHOTONICS (a.k.a. LLC FE NTSVO PHOTONIKA; a.k.a. LLC INNOVATIVE ENTERPRISE NTSVO PHOTONIKA; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU INNOVATSIONNOE PREDPRIIATIE NTSVO FOTONIKA; a.k.a. OOO IP NTSVO FOTONIKA), 20 str. 3, Et 4 Pomeshch. I komn., 5 Proezd Nauchnvi, Moscow 117246, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736523556 (Russia); Registration Number 1057747239769 (Russia) [RUSSIA-EO14024].

INNOVIA ELECTRONIC TECHNOLOGY CO LIMITED (Chinese Traditional: 香港英諾電子科技有限公司), Unit D3, 11/F, Luk Hop Industrial Building, No. 8 Luk Hop Street, San Po Kong, Kowloon, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 15 Nov 2017; Business Registration Number 68485731 (Hong Kong) [NPWMD] [IFSR] (Linked To: LIU, Baoxia).

INNOVIO VENTURES, 944 Block C, Sushant Lok Phase 1, Gurgaon 122001, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number AAFFI1755F (India) [RUSSIA-EO14024].

INO, Siciid Abdullah Haji (a.k.a. AADAN, Siciid Abdullahi; a.k.a. HAJI, Sayid Abdullahi Adan), Tortoroow, Lower Shabelle, Somalia; DOB 1998; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

INOPTICS (a.k.a. INTELLEKTUALNYE SISTEMY NN LIMITED LIABILITY COMPANY), Ul. Libknekhta D. 41, K. 2, Dzerzhinsk 606020, Russia; Ul. Budennogo D. 5 V Of. 103, Dzerzhinsk 606026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5249106861 (Russia); Registration Number 1105249001593 (Russia) [RUSSIA-EO14024].

INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DANA ASTRA (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДАНА АСТРА) (a.k.a. FLLC DANA ASTRA; a.k.a. FOREIGN LIMITED LIABILITY COMPANY DANA ASTRA; a.k.a. IOOO DANA ASTRA (Cyrillic: ИООО ДАНА АСТРА); a.k.a. ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DANA ASTRA (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДАНА АСТРА); a.k.a. ZTAA DANA ASTRA (Cyrillic: ЗТАА ДАНА АСТРА)), ul. Petra Mstislavtsa, d. 9, pom. 9-13, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 9-13, г. Минск 220076, Belarus); Organization Established Date 21 Jan 2010; Registration Number 191295361 (Belarus) [BELARUS-EO14038].

INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SLAVKALIY (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЛАВКАЛИЙ) (a.k.a. FOREIGN LIMITED LIABILITY COMPANY SLAVKALI; a.k.a. IOOO SLAVKALI (Cyrillic: ИОOO СЛАВКАЛИЙ); a.k.a. SLAVKALI INOSTRANNOE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIYU; a.k.a. SLAVKALI IOOO; a.k.a. SLAVKALIY (Cyrillic: СЛАВКАЛИЙ); a.k.a. SLAVKALY FLLC; a.k.a. ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SLAUKALIY (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СЛАЎКАЛІЙ); a.k.a. ZTAA SLAUKALIY (Cyrillic: ЗТАА СЛАЎКАЛІЙ)), Lyubanskiy District, Pervomaiskaya St, Building 35, Office 3.1, Lyuban City, Minsk Oblast 223810, Belarus (Cyrillic: Любанский район, ул. Первомайская, д. 35, каб. 3.1, г. Любань, Минская область 223810, Belarus); d. 35, kab. 3.1, ul. Pervomaiskaya g. s/s, Lyuban Lyubanksi Raion, Minskaya Obl. 223810, Belarus; Organization Established Date 25 Oct 2011; Registration Number 191689538 (Belarus) [BELARUS-EO14038].

INOUE, Kunio (Japanese: 井上邦雄), 26-14 Hanakuma-cho Chuo-ku, Kobe-shi, Hyogo-ken, Japan (Japanese: 二十六番十四号花隈町中央区, 神戸市, 兵庫県, Japan); DOB 22 Aug 1948 (individual) [TCO] (Linked To: KOBE YAMAGUCHI-GUMI).

INOVEST LIMITED (f.k.a. LEISURE HOLIDAYS LIMITED), 18, Drive 41, Tumas Galea Street, Ta'Paris, Birkirkara BKR 04, Malta; D-U-N-S Number 52-023-9744; V.A.T. Number MT14324921 (Malta); Tax ID No. 14324921 (Malta); Trade License No. C 19766 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

INPESCA S.A. (a.k.a. INDUSTRIA DE PESCA SOBRE EL PACIFICO S.A), Km. 5 El Pinal, Buenaventura, Colombia; Av. Simon Bolivar Km. 5 El Pinal, Buenaventura, Colombia; NIT # 890302172-4 (Colombia) [SDNT].

INRESBANK LTD (a.k.a. INRESBANK OOO; a.k.a. INVESTITSIONNY RESPUBLIKANSKI BANK OBSHCHESTVO S OGRANICHENNOI

OTVETSTVENNOSTYU; a.k.a. INVESTMENT REPUBLIC BANK LLC; f.k.a. OOO KBK BANK), Ulitsa Bolshaya Semenovskaya, D. 32, Str. 1, Moscow 107023, Russia; SWIFT/BIC INKKRUM1; alt. SWIFT/BIC IREPRUMM; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: SMP BANK).

INRESBANK OOO (a.k.a. INRESBANK LTD; a.k.a. INVESTITSIONNY RESPUBLIKANSKI BANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. INVESTMENT REPUBLIC BANK LLC; f.k.a. OOO KBK BANK), Ulitsa Bolshaya Semenovskaya, D. 32, Str. 1, Moscow 107023, Russia; SWIFT/BIC INKKRUM1; alt. SWIFT/BIC IREPRUMM; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: SMP BANK).

INRIMAR (a.k.a. INMOBILIARIA RIVERA MARADIAGA, S.A. DE C.V.), Florencia Norte, Plaza America, Av Roble 201, Distrito Central, Francisco Morazan, Honduras; Barrio Los Laureles, Carretera Panamericana Norte contiguo a DIPPSA, Tocoa, Colon, Honduras; Barrio El Centro, Tocoa, Colon, Honduras; RTN 08019009234360 (Honduras) [SDNTK].

INSHAAT CO SARL, Baabda, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Feb 2005; Business Registration Number 2005265 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

INSPIRA INVEST A OOO (a.k.a. LIMITED LIABILITY COMPANY INSPIRA INVEST A (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНСПИРА ИНВЕСТ А); a.k.a. LLC INSPIRA INVEST A (Cyrillic: ООО ИНСПИРА ИНВЕСТ А)), et 1 pom 2 kom 28-1 of 1, dom 9, ulitsa Leninskaya Sloboda, Moscow 115280, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Apr 2017; Tax ID No. 7725367175 (Russia); Registration Number 1177746359834 (Russia) [RUSSIA-EO14024] (Linked To: PUCHKOV, Andrey Sergeyevich).

INSTAR LODZHISTIKS, OOO (a.k.a. INSTAR LOGISTICS), d. 20 str., 7 ofis 102V, ul. Elektrozavodskaya, Moscow 107023, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714136948 (Russia); Government Gazette Number 18631592 (Russia); Registration Number 1027739429981 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

INSTAR LOGISTICS (a.k.a. INSTAR LODZHISTIKS, OOO), d. 20 str., 7 ofis 102V, ul. Elektrozavodskaya, Moscow 107023, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714136948 (Russia); Government Gazette Number 18631592 (Russia); Registration Number 1027739429981 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

INSTITUT DES SCIENCES APPLIQUEES ET DE TECHNOLOGIE (a.k.a. HIAST; a.k.a. HIGHER INSTITUTE OF APPLIED SCIENCE AND TECHNOLOGY; a.k.a. INSTITUT SUPERIEUR DES SCIENCES APPLIQUEES ET DE TECHNOLOGIE; a.k.a. ISAT; a.k.a. ISSAT), P.O. Box 31983, Barzeh, Damascus, Syria [NPWMD].

INSTITUT GIPRONIKEL OOO (a.k.a. GIPRONICKEL INSTITUTE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INSTITUT GIPRONIKEL), d. 11, prospekt Grazhdanski, St. Petersburg 195220, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804349796 (Russia); Registration Number 5067847542967 (Russia) [RUSSIA-EO14024].

INSTITUT GIPROSTROIMOST-SANKT-PETERBURG, ZAO (a.k.a. AO 'INSTITUTE GIPROSTROYMOST-SAINT-PETERSBURG'; a.k.a. AO 'INSTITUTE GIPROSTROYMOST-SANKT-PETERBURG'; a.k.a. JSC 'INSTITUTE GIPROSTROYMOST-SAINT-PETERSBURG'; a.k.a. JSC 'INSTITUTE GIPROSTROYMOST-SANKT-PETERBURG'; f.k.a. ZAO 'INSTITUTE GIPROSTROYMOST SAINT-PETERSBURG'), 7 Yablochkova Street, St. Petersburg 197198, Russia; Website www.gpsm.ru; Email Address office@gpsm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037828021660 (Russia); Tax ID No. 7826717210 (Russia); Government Gazette Number 53289443 (Russia) [UKRAINE-EO13685].

INSTITUT KRIMINALISTIKI (a.k.a. CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ); a.k.a. CRIMINALISTICS INSTITUTE OF THE CENTER FOR SPECIAL TECHNOLOGY OF THE FSB OF RUSSIA (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ЦЕНТРА СПЕЦИАЛЬНОЙ ТЕХНИКИ ФСБ РОССИИ); a.k.a. FSB CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ФСБ); a.k.a. FSB SPECIAL TECHNOLOGY CENTER'S INSTITUTE OF CRIMINOLOGY; a.k.a. MILITARY UNIT 34435; a.k.a. RESEARCH INSTITUTE - 2; a.k.a. "NII-2"), Akademika Vargi Street 2, Moscow, Russia [NPWMD].

INSTITUT MORSKOGO PRIBOROSTROENIYA I ROBOTOTEKHNIKI (a.k.a. AUTONOMOUS NONPROFIT ORGANIZATION INSTITUTE OF MARINE INSTRUMENTATION AND ROBOTICS), Ul. Universitetskaya D. 31, Pom. 2.8, Sevastopol, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9200000727 (Russia); Registration Number 1209200006366 (Russia) [RUSSIA-EO14024].

INSTITUT PO PROEKTIROVANIYU PREDPRIYATY NEFTEPERERABATYVAYUSCHEY I NEFTEKHIMICHESKOY PROMYSHLENNOSTI, LIMITED LIABILITY COMPANY (a.k.a. LENGIPRONEFTEKHIM OOO; a.k.a. LIMITED LIABILITY COMPANY DESIGN AND ENGINEERING INSTITUTE FOR OIL REFINING AND PETROCHEMICAL ENTERPRISES; a.k.a. LIMITED LIABILITY COMPANY OIL REFINING AND PETROCHEMICAL FACILITIES DESIGN INSTITUTE; a.k.a. LLC LENGIPRONEFTEKHIM), D. 94, Obvodnogo Kanala, nab, St. Petersburg 196084, Russia; Email Address lgnch@lgnch.spb.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1057803105755 (Russia); Tax ID No. 7810327462 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-

Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

INSTITUT STROIPROEKT ZAKRYTOE AKTSIONERNOE OBSHCHESTVO (a.k.a. AKTSIONERNOE OBSHCESTVO INSTITUT STROIPROEKT; a.k.a. AO INSTITUT STROIPROEKT; a.k.a. AO INSTITUTE STROYPROEKT; a.k.a. INSTITUT STROIPROEKT, AO; a.k.a. INSTITUTE STROYPROECT; a.k.a. STROYPROEKT; a.k.a. STROYPROEKT ENGINEERING GROUP), D. 13 Korp. 2 LiteraA Prospekt Dunaiski, St. Petersburg 196158, Russia; 13/2 Dunaisky Prospect, St. Petersburg 196158, Russia; Website http://www.stpr.ru; Email Address Most@stpr.ru; alt. Email Address Murina@stpr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027810258673; Tax ID No. 7826688390; Government Gazette Number 11117863 [UKRAINE-EO13685].

INSTITUT STROIPROEKT, AO (a.k.a. AKTSIONERNOE OBSHCESTVO INSTITUT STROIPROEKT; a.k.a. AO INSTITUT STROIPROEKT; a.k.a. AO INSTITUTE STROYPROEKT; f.k.a. INSTITUT STROIPROEKT ZAKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. INSTITUTE STROYPROECT; a.k.a. STROYPROEKT; a.k.a. STROYPROEKT ENGINEERING GROUP), D. 13 Korp. 2 LiteraA Prospekt Dunaiski, St. Petersburg 196158, Russia; 13/2 Dunaisky Prospect, St. Petersburg 196158, Russia; Website http://www.stpr.ru; Email Address Most@stpr.ru; alt. Email Address Murina@stpr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027810258673; Tax ID No. 7826688390; Government Gazette Number 11117863 [UKRAINE-EO13685].

INSTITUT SUPERIEUR DES SCIENCES APPLIQUEES ET DE TECHNOLOGIE (a.k.a. HIAST; a.k.a. HIGHER INSTITUTE OF APPLIED SCIENCE AND TECHNOLOGY; a.k.a. INSTITUT DES SCIENCES APPLIQUEES ET DE TECHNOLOGIE; a.k.a. ISAT; a.k.a. ISSAT), P.O. Box 31983, Barzeh, Damascus, Syria [NPWMD].

INSTITUTE FOR DEFENSE EDUCATION AND RESEARCH (a.k.a. DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER; a.k.a. MOASSESE AMOZESH VA TAHGHIGHATI;

a.k.a. "DTSRC"; a.k.a. "MAVT CO."), Pasdaran Avenue, P.O. Box 19585/777, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

INSTITUTE FOR INFORMATION TRANSMISSION PROBLEMS OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERAL STATE BUDGETARY SCIENTIFIC INSTITUTION INSTITUTE FOR INFORMATION TRANSMISSION PROBLEMS NAMED AFTER A A KHARKEVICH OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. IPPI RAN; a.k.a. KHARKEVICH INSTITUTE), Per Bolshoi Karetnyi D 19, Str 1, Moscow 127994, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7707020131 (Russia); Registration Number 1037700064940 (Russia) [RUSSIA-EO14024].

INSTITUTE FOR SYSTEM PROGRAMMING OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERAL STATE BUDGETARY SCIENTIFIC INSTITUTION V P IVANNIKOV INSTITUTE FOR SYSTEM PROGRAMMING OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. INSTITUTE OF SYSTEM PROGRAMMING NAMED AFTER V P IVANNIKOV RAN; a.k.a. "ISP RAN"), Ul Aleksandra Solzhenitsyna D 25, Moscow 109004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7709006125 (Russia); Registration Number 1037700067327 (Russia) [RUSSIA-EO14024].

INSTITUTE OF APPLIED PHYSICS JSC (a.k.a. AO IPF; a.k.a. "INSTITUTE OF APPLIED PHYSICS IAP"), Ul. Arbuzova D. 1/1, Novosibirsk 630117, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5408106299 (Russia); Registration Number 1025403638831 (Russia) [RUSSIA-EO14024].

INSTITUTE OF HIGH CURRENT ELECTRONICS SIBERIAN BRANCH RUSSIAN ACADEMY OF SCIENCES (a.k.a. FGBUN INSTITUTE OF HIGH CURRENT ELECTRONICS SIBERIAN BRANCH OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. IHCE SB RAS), PR-KT Akademicheskii 2/3, Tomsk 634055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7021001375 (Russia); Registration

Number 1027000871666 (Russia) [RUSSIA-EO14024].

INSTITUTE OF INFORMATICS PROBLEMS OF RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERAL RESEARCH CENTER COMPUTER SCIENCE AND CONTROL OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERAL STATE INSTITUTION FEDERAL RESEARCH CENTER INFORMATICS AND MANAGEMENT OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FITS IU RAN; a.k.a. FRC CSC RAS; a.k.a. FRC IU RAS), ul. Vavilova, d. 44, k. 2, Moscow 119333, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7736051896 (Russia); Registration Number 1027739314030 (Russia) [RUSSIA-EO14024].

INSTITUTE OF LASER PHYSICS OF THE SIBERIAN BRANCH OF THE RAS (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT LAZERNOI FIZIKI SIBIRSKOGO OTDELENIYA ROSSISKOI AKADEMII NAUK; a.k.a. ILF SO RAN FGBU; a.k.a. INSTITUTE OF LASER PHYSICS OF THE SIBERIAN BRANCH OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. INSTITUTE OF LASER PHYSICS SB RAS; a.k.a. "ILP SB RAS"), 15B, prospekt Akademika Lavrenteva, Novosibirsk, Novosibirskaya Obl. 630090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Aug 1991; Tax ID No. 5408105471 (Russia); Government Gazette Number 11822515 (Russia); Registration Number 1025403665572 (Russia) [RUSSIA-EO14024].

INSTITUTE OF LASER PHYSICS OF THE SIBERIAN BRANCH OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT LAZERNOI FIZIKI SIBIRSKOGO OTDELENIYA ROSSISKOI AKADEMII NAUK; a.k.a. ILF SO RAN FGBU; a.k.a. INSTITUTE OF LASER PHYSICS OF THE SIBERIAN BRANCH OF THE RAS; a.k.a. INSTITUTE OF LASER PHYSICS SB RAS; a.k.a. "ILP SB RAS"), 15B, prospekt Akademika Lavrenteva, Novosibirsk, Novosibirskaya Obl. 630090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Aug 1991; Tax ID No. 5408105471 (Russia); Government Gazette Number 11822515 (Russia); Registration

Number 1025403665572 (Russia) [RUSSIA-EO14024].

INSTITUTE OF LASER PHYSICS SB RAS (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT LAZERNOI FIZIKI SIBIRSKOGO OTDELENIYA ROSSISKOI AKADEMII NAUK; a.k.a. ILF SO RAN FGBU; a.k.a. INSTITUTE OF LASER PHYSICS OF THE SIBERIAN BRANCH OF THE RAS; a.k.a. INSTITUTE OF LASER PHYSICS OF THE SIBERIAN BRANCH OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "ILP SB RAS"), 15B, prospekt Akademika Lavrenteva, Novosibirsk, Novosibirskaya Obl. 630090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Aug 1991; Tax ID No. 5408105471 (Russia); Government Gazette Number 11822515 (Russia); Registration Number 1025403665572 (Russia) [RUSSIA-EO14024].

INSTITUTE OF MECHANICS NAMED AFTER A YU ISHLINSKY RAS (a.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE INSTITUTE OF PROBLEMS OF MECHANICS NAMED AFTER A YU ISHLINSKY RUSSIAN ACADEMY OF SCIENCES; a.k.a. IPMECH RAS; a.k.a. IPMEKH RAN INSTITUT PROBLEM MEKHANIKI IM A YU ISHLINSKOGO RAN; a.k.a. ISHLINSKY INSTITUTE FOR PROBLEMS IN MECHANICS OF THE RUSSIAN ACADEMY OF SCIENCES), Prosp Vernadskogo D 101, Korp 1, Moscow 119526, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7729138338 (Russia); Registration Number 1037739426735 (Russia) [RUSSIA-EO14024].

INSTITUTE OF NUCLEAR PHYSICS OF THE SIBERIAN BRANCH OF THE USSR ACADEMY OF SCIENCE (a.k.a. BUDKER INSTITUTE OF NUCLEAR PHYSICS OF SB RAS; a.k.a. BUDKER INSTITUTE OF NUCLEAR PHYSICS OF SIBERIAN BRANCH RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT YADERNOL FIZIKI IM. G.I. BUDKERA SIBIRSKOGO OTDELENIYA ROSSISKOI AKADEMII NAUK; a.k.a. IYAF SO RAN FGBU; a.k.a. "BINP SB RAS"), Prospkt Akademika Lavrentyeva D 11, Novosibirsk 630090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Jul 1994; Tax

ID No. 5408105577 (Russia); Government Gazette Number 03533872 (Russia); Registration Number 1025403658136 (Russia) [RUSSIA-EO14024].

INSTITUTE OF PETROLEUM CHEMISTRY SIBERIAN BRANCH OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. IPC SB RAS (Cyrillic: ИХН СО РАН); a.k.a. IPCH SB RAS), Pr-T Akademicheskii D.4, Tomsk 634021, Russia; 3, Academichesky Ave., Tomsk 634021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Aug 1968; Tax ID No. 7021001022 (Russia); Government Gazette Number 03534067 (Russia); Registration Number 1027000876374 (Russia) [RUSSIA-EO14024].

INSTITUTE OF SOLID STATE PHYSICS OF THE ACADEMY OF SCIENCES SSSR (f.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE INSTITUTE OF SOLID STATE PHYSICS N.A. YU. A. OSIPYAN OF THE RUSSIAN ACADEMY OF SCIENCES; f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK BU; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK FGBU; a.k.a. OSIPYAN INSTITUTE OF SOLID STATE PHYSICS OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "IFTT RAN"; a.k.a. "ISSP RAS"), d. 2, ul. Akademika Osipyana, Chernogolovka, Moskovskaya Obl 142432, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Mar 1998; Tax ID No. 5031003120 (Russia); Government Gazette Number 02699796 (Russia); Registration Number 1025003915243 (Russia) [RUSSIA-EO14024].

INSTITUTE OF SPECTROSCOPY OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERAL STATE FINANCED INSTITUTION OF SCIENCE HIGHER EDUCATION INSTITUTION SPECTROSCOPY OF THE RUSSIAN FEDERATION ACADEMY OF SCIENCES; a.k.a. "ISAN"), Fizicheskaya Str., 5, Troitsk, Moscow 108840, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Jul 1992; Tax ID No. 5046005427 (Russia);

Registration Number 1035009350100 (Russia) [RUSSIA-EO14024].

INSTITUTE OF SYSTEM PROGRAMMING NAMED AFTER V P IVANNIKOV RAN (a.k.a. FEDERAL STATE BUDGETARY SCIENTIFIC INSTITUTION V P IVANNIKOV INSTITUTE FOR SYSTEM PROGRAMMING OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. INSTITUTE FOR SYSTEM PROGRAMMING OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "ISP RAN"), Ul Aleksandra Solzhenitsyna D 25, Moscow 109004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7709006125 (Russia); Registration Number 1037700067327 (Russia) [RUSSIA-EO14024].

INSTITUTE OF TECHNOLOGY OF ULTRA HARD AND NEW CARBON MATERIALS (a.k.a. FEDERAL STATE BUDGETARY INSTITUTION TECHNOLOGICAL INSTITUTION FOR SUPERHARD AND NOVEL CARBON MATERIALS; a.k.a. FGBNU TISNUM; a.k.a. FSBI TISNCM), Ul. Tsentralnaya, D. 7A, Troitsk 108840, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5046054720 (Russia); Registration Number 1025006036439 (Russia) [RUSSIA-EO14024].

INSTITUTE STROYPROECT (a.k.a. AKTSIONERNOE OBSHCESTVO INSTITUT STROIPROEKT; a.k.a. AO INSTITUT STROIPROEKT; a.k.a. AO INSTITUTE STROYPROEKT; f.k.a. INSTITUT STROIPROEKT ZAKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. INSTITUT STROIPROEKT, AO; a.k.a. STROYPROEKT; a.k.a. STROYPROEKT ENGINEERING GROUP), D. 13 Korp. 2 LiteraA Prospekt Dunaiski, St. Petersburg 196158, Russia; 13/2 Dunaisky Prospect, St. Petersburg 196158, Russia; Website http://www.stpr.ru; Email Address Most@stpr.ru; alt. Email Address Murina@stpr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027810258673; Tax ID No. 7826688390; Government Gazette Number 11117863 [UKRAINE-EO13685].

INSTITUTION CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE (a.k.a. AKRESCINA JAIL; a.k.a. AKRESTSINA; a.k.a. AKRESTSINA DETENTION CENTER; a.k.a.

AKRESTSINA JAIL; a.k.a. CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MINSK GUVD; a.k.a. CENTRE FOR ISOLATION OF OFFENDERS OF THE CHIEF DIRECTORATE OF THE INTERIOR OF MINSK EXECUTIVE COMMITTEE; a.k.a. OKRESTINA; a.k.a. OKRESTINA STREET DETENTION FACILITY; a.k.a. TSENTR IZALYATSYI PRAVANARUSHALNIKAU HUUS MINHARVYKANKAMA (Cyrillic: ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГУУС МІНГАРВЫКАНКАМА); a.k.a. TSENTR IZOLYATSII PRAVONARUSHITELEI GUVD MINGORISPOLKOMA (Cyrillic: ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГУВД МИНГОРИСПОЛКОМА); a.k.a. UCHREZHDENIYE TSENTR IZOLYATSII PRAVONARUSHITELEI GLAVNOVO UPRAVLENIYA VNUTRENNIKH DEL MINSKOVO GORODSKOVO ISPOLNITELNOVO KOMITETA (Cyrillic: УЧРЕЖДЕНИЕ ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГЛАВНОГО УПРАВЛЕНИЯ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. USTANOVA TSENTR IZALYATSYI PRAVANARUSHALNIKAU HALOUNAHA UPRAULENIYA UNUTRANYKH SPRAU MINSKAHA GARADSKOHA VYKANAUCHANA KAMITETA (Cyrillic: УСТАНОВА ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГАЛОЎНАГА ЎПРАЎЛЕННЯ ЎНУТРАНЫХ СПРАЎ МІНСКАГА ГАРАДСКОГА ВЫКАНАЎЧАГА КАМІТЭТА)), пер. 1-st Okrestina, d. 36, Minsk 220028, Belarus (Cyrillic: пер. 1-й Окрестина, д. 36, г. Минск 220028, Belarus); Registration Number 191291828 (Belarus) [BELARUS].

INSTITUTO NACIONAL DE LOS ESPACIOS ACUATICOS E INSULARES (a.k.a. "INEA"), Av. Orinoco, Edificio I.N.E.A., Caracas, Venezuela; Identification Number IMO 4166811 [VENEZUELA-EO13850].

INSTITUTO NACIONAL DE TURISMO DE CUBA, Spain [CUBA].

INSTRUMENT DESIGN BUREAU (a.k.a. JSC KBP INSTRUMENT DESIGN BUREAU; a.k.a. KBP INSTRUMENT DESIGN BUREAU; a.k.a. KBP INSTRUMENT DESIGN BUREAU; a.k.a. KBP INSTRUMENT DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. KONSTRUKTORSKOE BYURO PRIBOROSTROENIYA OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. "KBP OAO"), 59 Shcheglovskaya Zaseka ul.,

Tula 300001, Russia; Website www.kbptula.ru; Email Address kbkedr@tula.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1117154036911 (Russia); Government Gazette Number 07515747 (Russia) [UKRAINE-EO13661].

INSTRUMENT ENGINEERING PLANT FSUE (a.k.a. IEP FSUE; a.k.a. K A VOLODIN INSTRUMENT ENGINEERING PLANT FEDERAL STATE UNITARY ENTERPRISE; a.k.a. PREDSTAVITELSTVO FEDERALNOGO GOSUDARSTVENNOGO UNITARNOGO PREDPRIIATIIA PRIBOROSTROITELNYI ZAVOD IMENI K A VOLODINA), 13 Zarechnaia ul., Trekhgornyi 456082, Russia; 25 str. 1 Bolshaia Polianka ul., Moscow 119180, Russia; 24 Alleia Druzhby ul., Evpatoriia, Crimea 97493, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7405000428 (Russia); Registration Number 1027400661650 (Russia) [RUSSIA-EO14024].

INSTRUMENTATION FACTORIES OF PRECISION MACHINERY (a.k.a. FADJR INDUSTRIES GROUP; a.k.a. FAJR INDUSTRIES GROUP; a.k.a. IFP; a.k.a. INDUSTRIAL FACTORIES OF PRECISION-MACHINERY; a.k.a. INSTRUMENTATION FACTORY PLANT; a.k.a. MOJTAME SANTY AJZAE DAGHIGH; a.k.a. NASR INDUSTRIES GROUP), P.O. Box 1985-777, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

INSTRUMENTATION FACTORY PLANT (a.k.a. FADJR INDUSTRIES GROUP; a.k.a. FAJR INDUSTRIES GROUP; a.k.a. IFP; a.k.a. INDUSTRIAL FACTORIES OF PRECISION-MACHINERY; a.k.a. INSTRUMENTATION FACTORIES OF PRECISION MACHINERY; a.k.a. MOJTAME SANTY AJZAE DAGHIGH; a.k.a. NASR INDUSTRIES GROUP), P.O. Box 1985-777, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

INSURANCE COMPANY OF GAZ INDUSTRY SOGAZ (a.k.a. GAS INDUSTRY INSURANCE COMPANY SOGAZ; a.k.a. SOGAZ INSURANCE), PR-KT Akademika Sakharova D. 10, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7736035485 (Russia); Legal Entity

Number 253400L5RQK7PU6R7J04; Registration Number 1027739820921 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

INSURANCE COMPANY SBERBANK INSURANCE LIMITED LIABILITY COMPANY (a.k.a. LLC INSURANCE COMPANY SBERBANK INSURANCE; f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK OBSHCHEE STRAKHOVANIE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE; a.k.a. SBERBANK INSURANCE COMPANY LTD; a.k.a. SBERBANK INSURANCE IC LLC; a.k.a. SBERBANK STRAHOVANIE OOO SK; a.k.a. SK SBERBANK STRAHOVANIE LLC; a.k.a. STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE), 42 Bolshaya Yakimanka St., b. 1-2, office 209, Moscow 119049, Russia; 7 ul. Pavlovskaya, Moscow, Russia; 3 Poklonnaya Street, building 1, floor 1, office 3, Moscow 121170, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683479 (Russia); Tax ID No. 7706810747 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

INSURANCE COMPANY SBERBANK LIFE INSURANCE LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY INSURANCE COMPANY SBERBANK INSURANCE; a.k.a. SBERBANK LIFE INSURANCE IC LLC), 3 Poklonnaya St., Building 1, Moscow 121170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive

Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7744002123 (Russia); Registration Number 1037700051146 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

INT INVEST EOOD, 119 Ekzarh Yosif Str., Oborishte Distr., Sofia 1527, Bulgaria; 79, Ralevitsa Str., Vitosha Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2019; V.A.T. Number BG 205535941 (Bulgaria) [GLOMAG] (Linked To: INTRUST PLC EAD).

INT LTD EOOD, 119 Ul. Ekzarh Yosif Str., R-N Oborishte Distr, Sofia 1527, Bulgaria; 79, Ralevitsa Str., Vitosha Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2017; V.A.T. Number BG 204589523 (Bulgaria) [GLOMAG] (Linked To: PEEVSKI, Delyan Slavchev).

INTECH ENGINEERING LTD (a.k.a. OOO INTEKH INZHINIRING), Proezd Garazhnyi D. 1, Lit. K, Office 16, Saint Petersburg 192289, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810840000 (Russia); Registration Number 1117847384445 (Russia) [RUSSIA-EO14024].

INTEGRACION BADEVA, S.A. DE C.V., Puerto Vallarta, Jalisco, Mexico; Folio Mercantil No. 16553 (Mexico) [ILLICIT-DRUGS-EO14059].

INTEGRAL-UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA INTEGRAL, OAO (a.k.a. AAT INTEHRAL - KIRUIUCHAIA KAMPANIIA KHOLDYNGU INTEHRAL (Cyrillic: ААТ ІНТЭГРАЛ - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ ІНТЭГРАЛ); a.k.a. OAO INTEGRAL - MANAGEMENT HOLDING COMPANY INTEGRAL (Cyrillic: ОАО ИНТЕГРАЛ - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА ИНТЕГРАЛ); a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO INTEGRAL; a.k.a. PUBLIC JOINT STOCK COMPANY INTEGRAL (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ИНТЕГРАЛ)), I.P., d.121A, kom. 327, ul. Kazintsa g., Minsk, Belarus; Registration Number 100386629 (Belarus) [BELARUS-EO14038].

INTEGRATED SCIENTIFIC MICROWAVE TECHNOLOGY (a.k.a. INTEGRATED SCIENTIFIC MICROWAVE TECHNOLOGY SDN BHD; a.k.a. "ISM TECH"), 1-11 1st Floor, Jalan Padan Perdana 2 Dataran Pandan Prima, Kuala Lumpur 55100, Malaysia; Rm. 1014, Favor Industrial Centre 2-6 Kin Hong Street, Kwai Chung, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 May 2019; Registration Number 201901016612 (Malaysia) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

INTEGRATED SCIENTIFIC MICROWAVE TECHNOLOGY SDN BHD (a.k.a. INTEGRATED SCIENTIFIC MICROWAVE TECHNOLOGY; a.k.a. "ISM TECH"), 1-11 1st Floor, Jalan Padan Perdana 2 Dataran Pandan Prima, Kuala Lumpur 55100, Malaysia; Rm. 1014, Favor Industrial Centre 2-6 Kin Hong Street, Kwai Chung, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 May 2019; Registration Number 201901016612 (Malaysia) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

INTEGRITY TECHNOLOGY GROUP, INCORPORATED (Chinese Simplified: 永信至成科技集团股份有限公司) (a.k.a. BEIJING INTEGRITY TECHNOLOGY COMPANY, LIMITED; a.k.a. "YONGXIN ZHICHENG TECHNOLOGY GROUP COMPANY, LIMITED"), Room 103, Building 6, No. 9, Fenghao East Road, Haidian District, Beijing, China; Website www.integritytech.com.cn; Organization Established Date 02 Sep 2010; Organization Type: Computer programming activities; Equity Ticker 688244 CH; Unified Social Credit Code (USCC) 91110108562135265P (China) [CYBER2].

INTELECTO BUSINESS GROOP (a.k.a. PROMOTORA VALLARTA ONE, S.A. DE C.V.), Bucerias, Nayarit, Mexico; Avenida Paseo de los Heroes 10289, Piso 3 3006, Colonia Zona Urbana Rio Tijuana, Tijuana, Baja California C.P.22505, Mexico; Folio Mercantil No. 1769 (Mexico) [ILLICIT-DRUGS-EO14059].

INTELLEKT LLC (a.k.a. INTELLEKT OOO), Moscow, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 04 Mar 2019; Tax ID No. 7701080141 (Russia); Registration Number 1197746161711 (Russia) [DPRK2] (Linked To: KOZLOV, Sergey Mikhaylovich).

INTELLEKT OOO (a.k.a. INTELLEKT LLC), Moscow, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 04 Mar 2019; Tax ID No. 7701080141 (Russia); Registration Number 1197746161711 (Russia) [DPRK2] (Linked To: KOZLOV, Sergey Mikhaylovich).

INTELLEKT TELEKOM LIMITED LIABILITY COMPANY, Ul. Mashinostroitelei Str. 19, Pomeshch. 500/8-17, Yekaterinburg 620012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Apr 2022; Tax ID No. 6686141148 (Russia); Registration Number 1226600024034 (Russia) [RUSSIA-EO14024].

INTELLEKTUALNYE SISTEMY NN LIMITED LIABILITY COMPANY (a.k.a. INOPTICS), Ul. Libknekhta D. 41, K. 2, Dzerzhinsk 606020, Russia; Ul. Budennogo D. 5 V Of. 103, Dzerzhinsk 606026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5249106861 (Russia); Registration Number 1105249001593 (Russia) [RUSSIA-EO14024].

INTELLER LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕЛЛЕР) (a.k.a. INTELLER LLC (Cyrillic: ООО ИНТЕЛЛЕР)), ul. Sovetskaya (Pervomaiskii Mkr), D. 31, Pomeshch. 2, Kab. 1, Korolev, Moscow Oblast 141069, Russia (Cyrillic: УЛ. СОВЕТСКАЯ (ПЕРВОМАЙСКИЙ МКР), Д. 31, ПОМЕЩ. 2, КАБ.1, КОРОЛЁВ, МОСКОВСКАЯ ОБЛАСТЬ 141069, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Sep 2019; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 5018201606 (Russia); Government Gazette Number 41610288 (Russia); Business Registration Number 1195081071756 (Russia) [NPWMD] [RUSSIA-EO14024] (Linked To: AKTSIONERNOE OBSHCHESTVO RAU FARM).

INTELLER LLC (Cyrillic: ООО ИНТЕЛЛЕР) (a.k.a. INTELLER LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕЛЛЕР)), ul. Sovetskaya (Pervomaiskii

Mkr), D. 31, Pomeshch. 2, Kab. 1, Korolev, Moscow Oblast 141069, Russia (Cyrillic: УЛ. СОВЕТСКАЯ (ПЕРВОМАЙСКИЙ МКР), Д. 31, ПОМЕЩ. 2, КАБ.1, КОРОЛЁВ, МОСКОВСКАЯ ОБЛАСТЬ 141069, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Sep 2019; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 5018201606 (Russia); Government Gazette Number 41610288 (Russia); Business Registration Number 1195081071756 (Russia) [NPWMD] [RUSSIA-EO14024] (Linked To: AKTSIONERNOE OBSHCHESTVO RAU FARM).

INTELLEXA ANONYMI ETAIREIA (a.k.a. INTELLEXA S.A.), Vouliagmenis Avenue & 14 Hatzievaggelou, Elliniko 16777, Greece; Leof Vouliagmenis 47, Elliniko 16777, Greece; Irodou Attikou Streeet 7, Athens, Greece; Karaoli Dimitriou 1 & Vasiliss 1, 15231, Athens, Greece; Organization Established Date 11 Mar 2020; Organization Type: Other information technology and computer service activities; Tax ID No. 801326153 (Greece); Chamber of Commerce Number 154460701000 (Greece) [CYBER2].

INTELLEXA LIMITED (a.k.a. INTELLEXA LTD.), 3rd Floor Ulysses House, Foley Street, Dublin 1, Dublin D01W2T2, Ireland; Organization Established Date 30 Jan 2020; Organization Type: Other information technology and computer service activities; Company Number 665443 (Ireland) [CYBER2].

INTELLEXA LTD. (a.k.a. INTELLEXA LIMITED), 3rd Floor Ulysses House, Foley Street, Dublin 1, Dublin D01W2T2, Ireland; Organization Established Date 30 Jan 2020; Organization Type: Other information technology and computer service activities; Company Number 665443 (Ireland) [CYBER2].

INTELLEXA S.A. (a.k.a. INTELLEXA ANONYMI ETAIREIA), Vouliagmenis Avenue & 14 Hatzievaggelou, Elliniko 16777, Greece; Leof Vouliagmenis 47, Elliniko 16777, Greece; Irodou Attikou Streeet 7, Athens, Greece; Karaoli Dimitriou 1 & Vasiliss 1, 15231, Athens, Greece; Organization Established Date 11 Mar 2020; Organization Type: Other information technology and computer service activities; Tax ID No. 801326153 (Greece); Chamber of Commerce Number 154460701000 (Greece) [CYBER2].

INTER ALIMENT SAL OFF-SHORE (a.k.a. INTERALIMENT OFFSHORE COMPANY),

Verdun 732 Center 3377/74 Mousseitbeh, Dar El-Fatwa Sector, Rachid Karame Sreet, Beirut, Lebanon; Verdun - Center, 730, Section 74 of the property 3377, Area Msaytbeh Real Estate - the fifth floor, Beirut, Lebanon; 732 Center, 5th Floor, Verdun Street, Beirut, Lebanon; D-U-N-S Number 557757412; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 9611797101; Registration ID 1239305; Commercial Registry Number 1801267 (Lebanon) [SDGT] (Linked To: ASSI, Saleh).

INTER TOBACCO (f.k.a. JOINT LIMITED LIABILITY COMPANY INTERDORS (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРДОРС); a.k.a. LIMITED LIABILITY COMPANY INTER TOBACCO; a.k.a. LLC INTER TOBACCO; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU INTER TOBAKKO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕР ТОБАККО); a.k.a. OOO INTER TOBAKKO (Cyrillic: ООО ИНТЕР ТОБАККО); a.k.a. TAA INTER TABAKKA (Cyrillic: ТАА ІНТЭР ТАБАККА); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTER TABAKKA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭР ТАБАККА)), d. 131 (FEZ Minsk), Novodvorskiy village, Novodvorskiy village council, Minsk District, Minsk Oblast 223016, Belarus (Cyrillic: д. 131 (СЭЗ Минск), Новодворский сельсовет, с/с Новодворский, Минский район, Минская область 223016, Belarus); Organization Established Date 10 Oct 2002; Registration Number 808000714 (Belarus) [BELARUS-EO14038].

INTER TRADE 2021 EOOD (Cyrillic: ИНТЕР ТРЕЙД 2021), Rikkardo Vakkarini 10A, VH. 2, AP. Atelie 3, 1404, Sofia, Bulgaria; Organization Established Date 27 Mar 2017; V.A.T. Number BG204517463 (Bulgaria); Business Registration Number 204517463 (Bulgaria) [GLOMAG] (Linked To: MALINOV, Nikolay Simeonov).

INTERALIMENT OFFSHORE COMPANY (a.k.a. INTER ALIMENT SAL OFF-SHORE), Verdun 732 Center 3377/74 Mousseitbeh, Dar El-Fatwa Sector, Rachid Karame Sreet, Beirut, Lebanon; Verdun - Center, 730, Section 74 of the property 3377, Area Msaytbeh Real Estate - the fifth floor, Beirut, Lebanon; 732 Center, 5th Floor, Verdun Street, Beirut, Lebanon; D-U-N-S Number 557757412; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Phone Number 9611797101; Registration ID 1239305; Commercial Registry Number 1801267 (Lebanon) [SDGT] (Linked To: ASSI, Saleh).

INTERASIA TRADING GROUP LIMITED, Room 4, 16/F Ho King COMM Ctr, 2-16 Fayuen St, Mongkok Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Jan 2017; Business Registration Number 62709087 (Hong Kong) [RUSSIA-EO14024].

INTERCAD COMPANY LIMITED (a.k.a. LIMITED LIABILITY COMPANY INTERKAD), Pr-Kt Yuriya Gagarina D. 2, Lit. A, Pomeshch. 13-N Pom.28,29, Saint Petersburg 196105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813176194 (Russia); Registration Number 1027806880551 (Russia) [RUSSIA-EO14024].

INTERCONSULT, Panama [CUBA].

INTERCONTINENTAL BAUMASCHINEN (a.k.a. INTERCONTINENTAL BAUMASCHINEN UND NUTZFAHRZEUGE HANDELS GMBH), Noerdliche Auffahrtsallee 13, 80638, Muenchen, Bayern, Germany; Klugstrasse 71, 80637, Munich, Germany; Business Registration Document # HRB147158 [SDNTK].

INTERCONTINENTAL BAUMASCHINEN UND NUTZFAHRZEUGE HANDELS GMBH (a.k.a. INTERCONTINENTAL BAUMASCHINEN), Noerdliche Auffahrtsallee 13, 80638, Muenchen, Bayern, Germany; Klugstrasse 71, 80637, Munich, Germany; Business Registration Document # HRB147158 [SDNTK].

INTERCONTINENTAL DE FINANCIACION AEREA S.A. (a.k.a. INTERFIAR S.A.), Avenida El Dorado Entrada 2 Int. 6, Bogota, Colombia; NIT # 800043810-6 (Colombia) [SDNT].

INTERCORP LEGOCA, S.A. DE C.V., Avenida Fco I Madero 643, Colonia Guadalajara Centro, Guadalajara, Jalisco 44100, Mexico; Folio Mercantil No. 65256 (Mexico) [SDNTK].

INTERFIAR S.A. (a.k.a. INTERCONTINENTAL DE FINANCIACION AEREA S.A.), Avenida El Dorado Entrada 2 Int. 6, Bogota, Colombia; NIT # 800043810-6 (Colombia) [SDNT].

INTERMODAL MALDIVES, 20264 M. M. Aanooru, 1st Floor, Asaree Hingun, Male, Maldives; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number SP-0663/2022 (Maldives) [RUSSIA-EO14024].

INTERMOST LOGISTICS EAST CO LTD (a.k.a. INTERMOST LOGISTIKA VOSTOK), Pr-Kt

Vostochnyi D.3A, Nakhodka 692943, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2508079685 (Russia); Registration Number 1072508002566 (Russia) [RUSSIA-EO14024].

INTERMOST LOGISTIKA VOSTOK (a.k.a. INTERMOST LOGISTICS EAST CO LTD), Pr-Kt Vostochnyi D.3A, Nakhodka 692943, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2508079685 (Russia); Registration Number 1072508002566 (Russia) [RUSSIA-EO14024].

INTERNAL TROOPS OF THE MINISTRY OF INTERNAL AFFAIRS (Cyrillic: ВНУТРЕННИЕ ВОЙСКА МИНИСТЕРСТВА ВНУТРЕННЫХ ДЕЛ) (a.k.a. INTERNAL TROOPS OF THE MINISTRY OF INTERNAL AFFAIRS OF THE REPUBLIC OF BELARUS), 4 Gorodskoi Val, Minsk 220030, Belarus (Cyrillic: ул. Городской Вал, 4, Минск 220030, Belarus); Target Type Government Entity [BELARUS].

INTERNAL TROOPS OF THE MINISTRY OF INTERNAL AFFAIRS OF THE REPUBLIC OF BELARUS (a.k.a. INTERNAL TROOPS OF THE MINISTRY OF INTERNAL AFFAIRS (Cyrillic: ВНУТРЕННИЕ ВОЙСКА МИНИСТЕРСТВА ВНУТРЕННЫХ ДЕЛ)), 4 Gorodskoi Val, Minsk 220030, Belarus (Cyrillic: ул. Городской Вал, 4, Минск 220030, Belarus); Target Type Government Entity [BELARUS].

INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT RBK (a.k.a. ANO INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT (Cyrillic: АНО МЕЖДУНАРОДНОЕ АГЕНТСТВО СУВЕРЕННОГО РАЗВИТИЯ); a.k.a. AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ПО ИЗУЧЕНИЮ И РАЗВИТИЮ МЕЖДУНАРОДНОГО СОТРУДНИЧЕСТВА В ЭКОНОМИЧЕСКОЙ СФЕРЕ МЕЖДУНАРОДНОЕ АГЕНТСТВО СУВЕРЕННОГО РАЗВИТИЯ)), Prospekt Mira, dom 19, stroeniye 1, E/Pom/K/Of 1/I/6/17U, Moscow 129090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 May 2020; Tax ID No. 9702016897 (Russia); Registration Number 120770165727 (Russia) [RUSSIA-

EO14024] (Linked To: MALOFEYEV, Konstantin).

INTERNATIONAL AIRLINE CONSULTING (a.k.a. I A C INTERNATIONAL INC.; a.k.a. IAC INTERNATIONAL INC.), Miami, FL, United States; US FEIN 65-0842701; Business Registration Document # P9800004558 (United States) [SDNTK].

INTERNATIONAL AL QUDS INSTITUTE (a.k.a. AL QUDS INSTITUTE; a.k.a. AL QUDS INTERNATIONAL INSTITUTION; a.k.a. AL-QUDS FOUNDATION; a.k.a. AL-QUDS INTERNATIONAL FOUNDATION; a.k.a. INTERNATIONAL JERUSALEM FOUNDATION; a.k.a. JERUSALEM INTERNATIONAL ESTABLISHMENT; a.k.a. JERUSALEM INTERNATIONAL FOUNDATION; a.k.a. MU'ASSASAT AL-QUDS; a.k.a. THE INTERNATIONAL AL QUDS FOUNDATION; a.k.a. "IJF"), Hamra Street, Saroulla Building, 11th Floor; P.O. Box Beirut-Hamra 113/5647, Beirut, Lebanon; Website www.alquds-online.org; Email Address institution@alquds-online.org; alt. Email Address alquds_institution@yahoo.com; alt. Email Address info@alquds-city.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

INTERNATIONAL ANTICRISIS CENTER (Cyrillic: МЕЖДУНАРОДНЫЙ АНТИКРИЗИСНЫЙ ЦЕНТР), Russia; Website anticrisis.cc; Email Address info@anticrisis.cc; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

INTERNATIONAL BANK OF YEMEN Y.S.C. (Arabic: بنك اليمن الدولي) (a.k.a. YEMEN INTERNATIONAL BANK), P.O. Box 4444, Al Zubairi St., Sana'a, Yemen; SWIFT/BIC IBOYYESA; Website https://www.ibyemen.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1979; Target Type Financial Institution; Registration Number 436/21 (Yemen) [SDGT] (Linked To: ANSARALLAH).

INTERNATIONAL BATTALION (a.k.a. ISLAMIC PEACEKEEPING INTERNATIONAL BRIGADE; a.k.a. PEACEKEEPING BATTALION; a.k.a. THE INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC PEACEKEEPING ARMY; a.k.a.

THE ISLAMIC PEACEKEEPING BRIGADE); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

INTERNATIONAL BUSINESS CORPORATION DOO BAR (a.k.a. DRUSTVO SA OGRANICENOM ODGOVORNOSCU INTERNATIONAL BUSINESS CORPORATION BAR; a.k.a. IBC MNE INTERNATIONAL BUSINESS CORPORATION DOO BAR), Popa Dukljanina Br. 2A, Bar, Montenegro; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number 2829908 (Montenegro); Registration Number 50601731 (Montenegro) [RUSSIA-EO14024].

INTERNATIONAL CENTER FOR QUANTUM OPTICS AND QUANTUM TECHNOLOGIES LIMITED LIABILITY COMPANY (a.k.a. OOO MTSKT; a.k.a. RUSSIAN QUANTUM CENTER; a.k.a. "RQC"), 30 Bld., 1 Bolshoy Blvd, Skolkovo Innovation Center, Moscow 121205, Russia; 100 Novaya Street, Skolkovo Village, Odintsovo, Moscow Region 143026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743801910 (Russia); Registration Number 1107746994365 (Russia) [RUSSIA-EO14024].

INTERNATIONAL CHEMICAL JOINT VENTURE CORPORATION (a.k.a. CHOSON INTERNATIONAL CHEMICALS JOINT OPERATION COMPANY; a.k.a. CHOSUN INTERNATIONAL CHEMICALS JOINT OPERATION COMPANY; a.k.a. KOREA INTERNATIONAL CHEMICAL JOINT VENTURE COMPANY), Hamhung, South Hamgyong Province, Korea, North; Man gyongdae-kuyok, Pyongyang, Korea, North; Mangyungdae-gu, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

INTERNATIONAL COBALT CO. INC., Saskatchewan, AB, Canada [CUBA].

INTERNATIONAL COMPANY FOR INDUSTRIAL AND COMMERCIAL TECHNOLOGY (a.k.a. INTERNATIONAL TRADE AND INDUSTRIAL TECHNOLOGY ITRITEC GMBH; a.k.a. INTERNATIONAL TRADE AND TECHNOLOGY ITRITEC GMBH; a.k.a. "ITRITEC"; a.k.a. "ITRITEC COMPANY"), Tersteegenstr. 8, Dusseldorf 40474, Germany; St. Martin Tower, Floor 15, Franklinstrasse, 61-63, Frankfurt am

Main 60486, Germany; Website www.itritec.com; Additional Sanctions Information - Subject to Secondary Sanctions; V.A.T. Number DE261651351 (Germany); Tax ID No. 04523635052 (Germany); Registration Number HRB 84582 (Germany); alt. Registration Number HRB 59494 (Germany); alt. Registration Number 60313B84582 (Germany) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

INTERNATIONAL COMPANY JOINT STOCK COMPANY HIGHLAND GOLD, Building 8, Floor 2, Office 209, Melkovodniy, Russky Island, Primorskiy Krai 690922, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2540277272 (Russia); Registration Number 1232500014405 (Russia) [RUSSIA-EO14024].

INTERNATIONAL COMPANY JOINT STOCK COMPANY RASPERIA TRADING LIMITED (Cyrillic: МЕЖДУНАРОДНАЯ КОМПАНИЯ АКЦИОНЕРНОЕ ОБЩЕСТВО РАСПЕРИА ТРЕЙДИНГ ЛИМИТЕД) (a.k.a. МКАО RASPERIA TREIDING LIMITED), B-R Solnechnyi D. 25 Pomeshch, A/60, Kaliningrad 236006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Nov 2006; Tax ID No. 3906380371 (Russia); Legal Entity Number 253400ENFDC2JU84CJ30; Registration Number 1193926007153 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOE OBSHCHESTVO ILIADIS).

INTERNATIONAL COMPANY LIMITED LIABILITY COMPANY ASTECLING (Cyrillic: МЕЖДУНАРОДНАЯ КОМПАНИЯ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АСТЕКЛИНГ) (a.k.a. IC LLC ASTEKLING), Office 209, Floor 2, Building 8, Melkovodniy, Russky Island, Primorskiy Krai 690922, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2540276952 (Russia); Registration Number 123500012910 (Russia) [RUSSIA-EO14024].

INTERNATIONAL COMPANY LIMITED LIABILITY COMPANY KHORVIK (Cyrillic: МЕЖДУНАРОДНАЯ КОМПАНИЯ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОРВИК) (a.k.a. IC HORVIK LLC), 8 Melkovodny Lane, Floor 2, Suite 209, Russian Island, Primorskiy Region 690922, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID

No. 2540270365 (Russia); Registration Number 1222500017574 (Russia) [RUSSIA-EO14024].

INTERNATIONAL COMPANY LIMITED LIABILITY COMPANY LEDAMEN (Cyrillic: МЕЖДУНАРОДНАЯ КОМПАНИЯ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛЕДАМЕН), 25 Solnechniy Boulevard, Suite B/70, Kaliningrad, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3906391775 (Russia); Registration Number 1203900006310 (Russia) [RUSSIA-EO14024].

INTERNATIONAL DIAMOND INDUSTRIES (a.k.a. "IDI"), Kinshasa, Congo, Democratic Republic of the [GLOMAG] (Linked To: GERTLER, Dan).

INTERNATIONAL DIGITAL TECHNOLOGY CENTRE LIMITED LIABILITY COMPANY (Cyrillic: ЦЕНТРМЕЖДУНАРОДНЫХ ЦИФРОВЫХ ТЕХНОЛОГИЙ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. "CMCT LLC"), d. 28 etazh 13 kom. 40, shosse Rublevskoe, Moscow 121609, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Nov 2020; Organization Type: Activities of holding companies; Tax ID No. 9731072060 (Russia); Government Gazette Number 46260686 (Russia); Registration Number 1207700411137 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY USM TELECOM).

INTERNATIONAL EXPERTISE GROUP (a.k.a. INTERNATIONAL EXPERTISE GROUP LIMITED; a.k.a. INTERNATIONAL EXPERTISE GROUP LTD.), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

INTERNATIONAL EXPERTISE GROUP LIMITED (a.k.a. INTERNATIONAL EXPERTISE GROUP; a.k.a. INTERNATIONAL EXPERTISE GROUP LTD.), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

INTERNATIONAL EXPERTISE GROUP LTD. (a.k.a. INTERNATIONAL EXPERTISE GROUP; a.k.a. INTERNATIONAL EXPERTISE GROUP LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to

Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

INTERNATIONAL FINANCIAL CORPORATION EMAXON INC. (a.k.a. EMAXON FINANCE INTERNATIONAL INC.), 8356 Rue Labarre, Montreal, Quebec H4P2E7, Canada; Business Number 1160199932 (Canada) [GLOMAG] (Linked To: GERTLER, Dan).

INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

INTERNATIONAL GATEWAYS GROUP OF COMPANY LIMITED, Pyay Road No. 3X, Highland Avenue 6 Ward, 7 Mile, Mayangone Township, Yangon Region, Burma; Organization Type: Activities of holding companies; Target Type Private Company; Registration Number 182733636 (Burma) issued 29 Jun 2011 [BURMA-EO14014] (Linked To: AUNG, Naing Htut).

INTERNATIONAL GENERAL RESOURCING FZE, E.O.C. E2145, Ajman, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

INTERNATIONAL HELICOPTERS PROGRAMS LIMITED LIABILITY COMPANY (a.k.a. MEZHDUNARODNYE VERTOLETNYE PROGRAMMY OOO), Ul. Garshina D. 26/3, Lyubertsy, Tomilino 140070, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Jun 2009; Tax ID No. 5027150429 (Russia); Registration Number 1095027007008 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

INTERNATIONAL INDUSTRIAL DEVELOPMENT BANK, Jongpyong-Dong,

Pyong Chon District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

INTERNATIONAL INVESTMENT BANK (a.k.a. MEZHDUNARODNY INVESTITSIONNY BANK; a.k.a. "IIB"), Vaci ut, 188, Budapest H-1138, Hungary; Fo utca 1, Budapest H-1011, Hungary; 7 Mashi Poryvaevoy Street, Moscow 107078, Russia; SWIFT/BIC IIBMHU22; Website www.iib.int; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 10 Jul 1970; Target Type Financial Institution; Tax ID No. 30479900-1-51 (Hungary); alt. Tax ID No. 9909152110 (Russia); Legal Entity Number 2534000PHLD27VN98Y03 [UKRAINE-EO13662] [RUSSIA-EO14024].

INTERNATIONAL INVESTMENT DEVELOPMENT HOLDING A.S. (f.k.a. "R.E.N.T.A.L A.S."), Bratislava, Slovakia; Tax ID No. 2022037809 (Slovakia); Registration Number 35875551 (Slovakia) [GLOMAG] (Linked To: KOCNER, Marian).

INTERNATIONAL INVESTMENT HOTELS HOLDINGS A.S. (a.k.a. RENTA A.S.), Bratislava, Slovakia; Tax ID No. 2021969268 (Slovakia); Registration Number 35873990 (Slovakia) [GLOMAG] (Linked To: KOCNER, Marian).

INTERNATIONAL INVESTMENTS HOLDING S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 27387 (Mexico) [SDNTK].

INTERNATIONAL JERUSALEM FOUNDATION (a.k.a. AL QUDS INSTITUTE; a.k.a. AL QUDS INTERNATIONAL INSTITUTION; a.k.a. AL-QUDS FOUNDATION; a.k.a. AL-QUDS INTERNATIONAL FOUNDATION; a.k.a. INTERNATIONAL AL QUDS INSTITUTE; a.k.a. JERUSALEM INTERNATIONAL ESTABLISHMENT; a.k.a. JERUSALEM INTERNATIONAL FOUNDATION; a.k.a. MU'ASSASAT AL-QUDS; a.k.a. THE INTERNATIONAL AL QUDS FOUNDATION; a.k.a. "IJF"), Hamra Street, Saroulla Building, 11th Floor; P.O. Box Beirut-Hamra 113/5647, Beirut, Lebanon; Website www.alquds-online.org; Email Address institution@alquds-online.org; alt. Email Address alquds_institution@yahoo.com; alt. Email Address info@alquds-city.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

INTERNATIONAL LIMITED LIABILITY COMPANY INTERROS CAPITAL, Building 8, Apt. 210/2, Melkovodny Village, Russky Island, Vladivostok, Primorsky Krai 690922, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2540265679 (Russia); Business Registration Number 1212500029598 (Russia) [RUSSIA-EO14024] (Linked To: WHITELEAVE HOLDINGS LIMITED).

INTERNATIONAL LIMITED LIABILITY COMPANY INTERROS INVEST (Cyrillic: МЕЖДУНАРОДНАЯ КОМПАНИЯ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРРОС ИНВЕСТ) (f.k.a. INTERROS LIMITED; a.k.a. MK INTERROS INVEST; f.k.a. OLDERFREY HOLDINGS LIMITED), Building 8, Office 201/2, Melkovodny Village, Russky Island, Primorsky Krai 690922, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Jan 2023; Tax ID No. 2540273856 (Russia); Registration Number 1232500000325 (Russia) [RUSSIA-EO14024] (Linked To: POTANIN, Vladimir Olegovich).

INTERNATIONAL LIMITED LIABILITY COMPANY RUSSIAN COPPER COMPANY LIMITED (Cyrillic: МЕЖДУНАРОДНАЯ КОМПАНИЯ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАШН КОППЕР КОМПАНИ ЛИМИТЕД), Building 8, Office 205, Melkovodny Settlement, Russky Island, Primorski Krai 690922, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2540276825 (Russia); Registration Number 1232500012645 (Russia) [RUSSIA-EO14024].

INTERNATIONAL LIMITED LIABILITY COMPANY TMK STEEL HOLDING (Cyrillic: МЕЖДУНАРОДНАЯ КОМПАНИЯ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК СТИЛ ХОЛДИНГ), Building 8, Suite 116, Melkovodniy Village, Russkiy Island 690922, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2540277730 (Russia); Registration Number 1232500016374 (Russia) [RUSSIA-EO14024].

INTERNATIONAL MARINE MANAGEMENT FZE, P.O. Box 4422, Fujairah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: HALAVINS, Aleksejs).

INTERNATIONAL NON-PROFIT FOUNDATION CENTER FOR GEOPOLITICAL EXPERTISE (Cyrillic: МЕЖДУНАРОДНЫЙ НЕКОММЕРЧЕСКИЙ ФОНД ЦЕНТР ГЕОПОЛИТИЧЕСКИХ ЭКСПЕРТИЗ) (a.k.a. MNF TSENTR GEOPOLITICHESKIKH EKSPERTIZ (Cyrillic: МНФ ЦЕНТР ГЕОПОЛИТИЧЕСКИХ ЭКСПЕРТИЗ)), Ul. Dinamovskaya D.1a, Office 409, Moscow 109044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Dec 2000; Target Type Charity or Nonprofit Organization; Tax ID No. 7703259850 (Russia); Registration Number 1027739806940 (Russia) [CYBER2] [CAATSA - RUSSIA] [ELECTION-EO13848] [RUSSIA-EO14024] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

INTERNATIONAL PACIFIC TRADING, INC., Miami, FL, United States; US FEIN 65-0315268; Business Registration Document # V16155 (United States) [SDNTK].

INTERNATIONAL PARDISAN RIZVAN SHARQ (a.k.a. PARDISAN REZVAN SHARGH INTERNATIONAL PRIVATE JOINT STOCK COMPANY (Arabic: بین المللی پردیسان رضوان شرق)), Ground Floor, Mohammad Ghasemi, Plate 0, Rah Ahan Street, Amin Zeraati Street, Imam Reza, Central District, Behshahr County, Rostamkola, Mazandaran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 15 Sep 2015; National ID No. 14005229091 (Iran); Registration Number 4058 (Iran) [NPWMD] [IFSR] (Linked To: ROSTAMI SANI, Mostafa).

INTERNATIONAL PAYMENT SERVICE PROVIDER LLC (a.k.a. CRYPTEX), Euro House, Richmond Hill Road, P.O. Box 2897, Kingstown, Saint Vincent and the Grenadines; Website cryptex.net; Digital Currency Address - XBT 13JtX4h7G5ZuNK5mFudKGq9DHLvvMFuNuz; Digital Currency Address - ETH 0x0931cA4D13BB4ba75D9B7132AB690265D749a5E7; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Digital Currency

Address - LTC M8yFL6SFC6TreATegTyuSYkDfDRbisdpT3; Organization Established Date 01 Dec 2021; Digital Currency Address - TRX TTUDyVhhpCC1xJoPmWzdjLAzeoPwbSABdr; Business Registration Number 1628 (Saint Vincent and the Grenadines) [CYBER2] [RUSSIA-EO14024].

INTERNATIONAL REALTY & MAINTENANCE, S.A. DE C.V. (a.k.a. INTERNATIONAL REALTY AND MAINTENANCE, S.A. DE C.V.), Puerto Vallarta, Jalisco, Mexico; Organization Established Date 15 Oct 2016; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. N-2016030303 (Mexico) [ILLICIT-DRUGS-EO14059].

INTERNATIONAL REALTY AND MAINTENANCE, S.A. DE C.V. (a.k.a. INTERNATIONAL REALTY & MAINTENANCE, S.A. DE C.V.), Puerto Vallarta, Jalisco, Mexico; Organization Established Date 15 Oct 2016; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. N-2016030303 (Mexico) [ILLICIT-DRUGS-EO14059].

INTERNATIONAL SERVICES AGENCY S.A.S. (a.k.a. "A4SI"; a.k.a. "ACADEMY FOR SECURITY INSTRUCTION S.A.S."), Avenida Carrera 19 No. 97-31 Of. 603, Bogota, Colombia; Website https://a4si.com.co; NIT # 9010625922 (Colombia); Matricula Mercantil No 02792522 (Colombia) [SUDAN-EO14098].

INTERNATIONAL SETTLEMENT BANK LLC (a.k.a. MEZHDUNARODNYI RASCHETNYI BANK (Cyrillic: МЕЖДУНАРОДНЫЙ РАСЧЕТНЫЙ БАНК); a.k.a. MRB BANK (Cyrillic: КБ МРБ (ООО))), Stalin Street 20, Tskhinvali, South Ossetia, Georgia; Website https://mrb-bank.ru/; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 15 May 2015; Target Type Financial Institution; Registration Number 1159800030409 (Russia) [DPRK3] [RUSSIA-EO14024].

INTERNATIONAL SHIPPING BUREAU L.L.C (Arabic: انترناشيونال شيبينغ بيور ش.ذ.م.م) (a.k.a. INTERNATIONAL SHIPPING BUREAU LLC), Office M 7&9, Mezzanine Floor, Wast Al Mamzar Bldg, Al Mamzar St, Dubai, United Arab Emirates; Plot No. 134-822, Dubai, United

Arab Emirates; P.O. Box 14751, Dubai, United Arab Emirates; Website www.isbship.com; Organization Established Date 19 Feb 2005; Commercial Registry Number 72280 (United Arab Emirates); License 565880 (United Arab Emirates); Chamber of Commerce Number 94710 (United Arab Emirates); Economic Register Number (CBLS) 10823875 (United Arab Emirates) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

INTERNATIONAL SHIPPING BUREAU LLC (a.k.a. INTERNATIONAL SHIPPING BUREAU L.L.C (Arabic: انترناشيونال شيبينغ بيور ش.ذ.م.م)), Office M 7&9, Mezzanine Floor, Wast Al Mamzar Bldg, Al Mamzar St, Dubai, United Arab Emirates; Plot No. 134-822, Dubai, United Arab Emirates; P.O. Box 14751, Dubai, United Arab Emirates; Website www.isbship.com; Organization Established Date 19 Feb 2005; Commercial Registry Number 72280 (United Arab Emirates); License 565880 (United Arab Emirates); Chamber of Commerce Number 94710 (United Arab Emirates); Economic Register Number (CBLS) 10823875 (United Arab Emirates) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

INTERNATIONAL SIKH YOUTH FEDERATION (a.k.a. "ISYF"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

INTERNATIONAL SMART DIGITAL INTERFACE LIMITED LIABILITY COMPANY (a.k.a. INTERNATIONAL SMART DIGITAL INTERFACE LLC), 8730 Way Block No. 387, Almaabilah South, Muscat, Muscat Governorate, Oman; Al Seeb, South Al Mabilah, Muscat Governorate, Oman; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Mar 2018; Registration Number 1316463 (Oman) issued 26 Mar 2018 expires 05 Mar 2023 [SDGT] (Linked To: ANSARALLAH).

INTERNATIONAL SMART DIGITAL INTERFACE LLC (a.k.a. INTERNATIONAL SMART DIGITAL INTERFACE LIMITED LIABILITY COMPANY), 8730 Way Block No. 387, Almaabilah South, Muscat, Muscat Governorate, Oman; Al Seeb, South Al Mabilah, Muscat Governorate, Oman; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Mar 2018; Registration Number 1316463 (Oman) issued 26 Mar 2018

expires 05 Mar 2023 [SDGT] (Linked To: ANSARALLAH).

INTERNATIONAL TANKER LIMITED (a.k.a. "INTERNATIONAL TANKER LTD"), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

INTERNATIONAL TRADE AND INDUSTRIAL TECHNOLOGY ITRITEC GMBH (a.k.a. INTERNATIONAL COMPANY FOR INDUSTRIAL AND COMMERCIAL TECHNOLOGY; a.k.a. INTERNATIONAL TRADE AND TECHNOLOGY ITRITEC GMBH; a.k.a. "ITRITEC"; a.k.a. "ITRITEC COMPANY"), Tersteegenstr. 8, Dusseldorf 40474, Germany; St. Martin Tower, Floor 15, Franklinstrasse, 61-63, Frankfurt am Main 60486, Germany; Website www.itritec.com; Additional Sanctions Information - Subject to Secondary Sanctions; V.A.T. Number DE261651351 (Germany); Tax ID No. 04523635052 (Germany); Registration Number HRB 84582 (Germany); alt. Registration Number HRB 59494 (Germany); alt. Registration Number 60313B84582 (Germany) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

INTERNATIONAL TRADE AND TECHNOLOGY ITRITEC GMBH (a.k.a. INTERNATIONAL COMPANY FOR INDUSTRIAL AND COMMERCIAL TECHNOLOGY; a.k.a. INTERNATIONAL TRADE AND INDUSTRIAL TECHNOLOGY ITRITEC GMBH; a.k.a. "ITRITEC"; a.k.a. "ITRITEC COMPANY"), Tersteegenstr. 8, Dusseldorf 40474, Germany; St. Martin Tower, Floor 15, Franklinstrasse, 61-63, Frankfurt am Main 60486, Germany; Website www.itritec.com; Additional Sanctions Information - Subject to Secondary Sanctions; V.A.T. Number DE261651351 (Germany); Tax ID No. 04523635052 (Germany); Registration Number HRB 84582 (Germany); alt. Registration Number HRB 59494 (Germany); alt. Registration Number 60313B84582 (Germany) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

INTERNATIONAL UNION OF VIRTUAL MEDIA (a.k.a. IUVM), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [ELECTION-EO13848] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

INTERNET RESEARCH AGENCY LLC (a.k.a. AZIMUT LLC; a.k.a. GLAVSET LLC; a.k.a. GLAVSET, OOO; a.k.a. LAKHTA INTERNET RESEARCH; a.k.a. MEDIASINTEZ LLC; a.k.a. MEDIASINTEZ, OOO; a.k.a. MIXINFO LLC; a.k.a. NOVINFO LLC; a.k.a. NOVINFO, OOO), 55 Savushkina Street, St. Petersburg, Russia; d. 4 korp. 3 litera A pom. 9-N, ofis 238, ul. Optikov, St. Petersburg, Russia; d. 4 litera B pom. 22-N, ul. Starobelskaya, St. Petersburg, Russia; d. 79 litera A. pom 1-N, ul. Planernaya, St. Petersburg, Russia; 4 Optikov Street, Building 3, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [ELECTION-EO13848].

INTERNEWS 98 OOD, 126, Tsar Boris III Str./blvd., R-N Krasno Selo Distr, Sofia, Stolichna 1612, Bulgaria; Organization Established Date 1998; V.A.T. Number BG 121584837 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

INTERPAL (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1040094 [SDGT].

INTERPOLITREID OOO (a.k.a. INTERPOLYTRADE LIMITED COMPANY), ul. Sedova d. 37, lit. A, pom. 184-N Office 601, chast 2, Saint Petersburg, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Dec 2012; Tax ID No. 7811539798 (Russia); Registration Number 1129847026297 (Russia) [RUSSIA-EO14024] (Linked To: MUELLER, Markus Gerhard).

INTERPOLYTRADE LIMITED COMPANY (a.k.a. INTERPOLITREID OOO), ul. Sedova d. 37, lit.

A, pom. 184-N Office 601, chast 2, Saint Petersburg, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Dec 2012; Tax ID No. 7811539798 (Russia); Registration Number 1129847026297 (Russia) [RUSSIA-EO14024] (Linked To: MUELLER, Markus Gerhard).

INTERREGIONAL PUBLIC ORGANIZATION FOR THE PROMOTION OF DOMESTIC TRADITIONS AND CULTURAL HERITAGE VECHE (Cyrillic: МЕЖРЕГИОНАЛЬНАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ СОДЕЙСТВИЯ СОХРАНЕННИЮ ОТЕЧЕСТВЕННЫХ ТРАДИЦИЙ И КУЛЬТУРНОГО НАСЛЕДИЯ ВЕЧЕ) (a.k.a. MOO VECHE), 71 Ismailovskoe Highway, Building 4, Room 6, Office 9, Moscow 105187, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719288461 (Russia); Registration Number 1097799028348 (Russia) [RUSSIA-EO14024].

INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS (Cyrillic: МЕЖРЕГИОНАЛЬНАЧЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ СОЮЗ ДОБРОВОЛЬЦЕВ ДОНБАССА) (a.k.a. MOO SDD (Cyrillic: МОО СДД); a.k.a. UNION OF DONBAS VOLUNTEERS (Cyrillic: СОЮЗ ДОБРОВОЛЬЦЕВ ДОНБАССА)), ofis 2, str. 1, d. 7, ul. Fadeyeva, Moscow 125047, Russia; ul. Ulofa Palme, d. 1, podyezd C, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9710001943 (Russia); Registration Number 1157700015065 (Russia) [RUSSIA-EO14024].

INTERROS LIMITED (a.k.a. INTERNATIONAL LIMITED LIABILITY COMPANY INTERROS INVEST (Cyrillic: МЕЖДУНАРОДНАЯ КОМПАНИЯ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРРОС ИНВЕСТ); a.k.a. MK INTERROS INVEST; f.k.a. OLDERFREY HOLDINGS LIMITED), Building 8, Office 201/2, Melkovodny Village, Russky Island, Primorsky Krai 690922, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Jan 2023; Tax ID No. 2540273856 (Russia); Registration Number 1232500000325 (Russia) [RUSSIA-EO14024] (Linked To: POTANIN, Vladimir Olegovich).

INTERSEAS SHIPYARD LTD, East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions

[IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

INTERSERVIS NOVOPOLOTSKOE LLC (a.k.a. LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSK LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSKOYE OBSHCHESTVO S OGRANICHENNOY OTVESTVENNOSTYU INTERSERVIS (Cyrillic: НОВОПОЛОЦКОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРСЕРВИС); a.k.a. OOO INTERSERVIS (Cyrillic: ООО ИНТЕРСЕРВИС); a.k.a. TAA INTERSERVIS (Cyrillic: ТАА ІНТЭРСЭРВІС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTERSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭРСЭРВІС); a.k.a. "INTERSERVICE"; a.k.a. "LLC INTERSERVICE"), ul. Molodezhnaya, d. 7, kom. 110, Novopolotsk, Vitebsk oblast 211440, Belarus (Cyrillic: ул. Молодежная, д. 7, ком. 110, г. Новополоцк, Витебская область 211440, Belarus); Organization Established Date 13 May 1998; Registration Number 300577484 (Belarus) [BELARUS-EO14038].

INTERSTATE BANK (a.k.a. MEZHGOSUDARSTVENNYI BANK), 15, Shukov Street, Moscow 115162, Russia; SWIFT/BIC INEARUMM; Website www.isbnk.org; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 7700076777 (Russia); Legal Entity Number 253400RP1GTPC8W8AT76; Registration Number 1027739567228 (Russia) [RUSSIA-EO14024].

INTER-TRANS SP Z OO (a.k.a. INTER-TRANS SPOLKA Z OGRANICZONA ODPOWIEDZIALNOSCIA), Brzeska 97, lok. 211, Siedlce 08-110, Poland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Nov 2017; V.A.T. Number 8212655098 (Poland); Tax ID No. 368738723 (Poland); Registration Number 0000724475 (Poland) [RUSSIA-EO14024].

INTER-TRANS SPOLKA Z OGRANICZONA ODPOWIEDZIALNOSCIA (a.k.a. INTER-TRANS SP Z OO), Brzeska 97, lok. 211, Siedlce 08-110, Poland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Nov 2017; V.A.T. Number 8212655098 (Poland); Tax ID

No. 368738723 (Poland); Registration Number 0000724475 (Poland) [RUSSIA-EO14024].

INTHEME LAB (a.k.a. LIMITED LIABILITY COMPANY INTEM LAB), Ul. Nizhnyaya Krasnoselskaya, D. 40/12, K. 20, Office 710, Moscow 105066, Russia; Moskovsky Prospekt 38, Building 4, Cheboksary, Russia; 5/7 Sormovskaya St., Krasnodar 350018, Russia; 9 Deryabin Ave., Izhevsk 426054, Russia; 20 A. Ahmad Donish str., Yunusabad River, Tashkent 100180, Uzbekistan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7702445613 (Russia); Registration Number 1187746873390 (Russia) [RUSSIA-EO14024].

INTRA CHEM TRADING GMBH (a.k.a. INTRA-CHEM TRADING CO. (GMBH)), Schottweg 3, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB48416 (Germany); all offices worldwide [IRAN].

INTRA-CHEM TRADING CO. (GMBH) (a.k.a. INTRA CHEM TRADING GMBH), Schottweg 3, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB48416 (Germany); all offices worldwide [IRAN].

INTRACORP COMPANY LIMITED (a.k.a. INTRACORP LTD), P23 Tower, 11 Floor, 11/2 Soi Sukhumvit 23, Khlong Toei Nuea, Watthana, Bangkok 10110, Thailand; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2018; Registration Number 0105561091211 (Thailand) [RUSSIA-EO14024].

INTRACORP LTD (a.k.a. INTRACORP COMPANY LIMITED), P23 Tower, 11 Floor, 11/2 Soi Sukhumvit 23, Khlong Toei Nuea, Watthana, Bangkok 10110, Thailand; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2018; Registration Number 0105561091211 (Thailand) [RUSSIA-EO14024].

INTREPID NAVIGATORS S.A., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Feb 2022; Business Number 113129 (Marshall Islands) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

INTRO OTO YEDEK PARCA IMPORT EXPORT TRADE AND INDUSTRY LIMITED COMPANY (a.k.a. INTRO OTO YEDEK PARCA ITHALAT IHRACAT TICARET VE SANAYI LIMITED SIRKETI (Latin: İNTRO OTO YEDEK PARÇA İTHALAT İHRACAT TICARET VE SANAYI LIMITED ŞIRKETI)), Ciftepinar Mah Buyuk Agri Caddes, Agri 04400, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 4781107436 (Turkey); Registration Number 2668 (Turkey) [NPWMD] [IFSR] (Linked To: QIAN XI LONG TRADING CO LIMITED).

INTRO OTO YEDEK PARCA ITHALAT IHRACAT TICARET VE SANAYI LIMITED SIRKETI (Latin: İNTRO OTO YEDEK PARÇA İTHALAT İHRACAT TICARET VE SANAYI LIMITED ŞIRKETI) (a.k.a. INTRO OTO YEDEK PARCA IMPORT EXPORT TRADE AND INDUSTRY LIMITED COMPANY), Ciftepinar Mah Buyuk Agri Caddes, Agri 04400, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 4781107436 (Turkey); Registration Number 2668 (Turkey) [NPWMD] [IFSR] (Linked To: QIAN XI LONG TRADING CO LIMITED).

INTRUST EAD (a.k.a. INTRUST PLC EAD), 119 Ekzarh Yosif Str., R-N Oborishte Distr, Sofia 1527, Bulgaria; 79, Ralevitsa Str., Vitosha Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2017; Legal Entity Number 485100GBI2SE0KIX8T70; Registration Number 204589733 (Bulgaria) [GLOMAG] (Linked To: PEEVSKI, Delyan Slavchev).

INTRUST PLC EAD (a.k.a. INTRUST EAD), 119 Ekzarh Yosif Str., R-N Oborishte Distr, Sofia 1527, Bulgaria; 79, Ralevitsa Str., Vitosha Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2017; Legal Entity Number 485100GBI2SE0KIX8T70; Registration Number 204589733 (Bulgaria) [GLOMAG] (Linked To: PEEVSKI, Delyan Slavchev).

INTTRAFFIC EOOD (a.k.a. INTTRAFIK EOOD), 119 Ekzarh Yosif Str., Oborishte Distr., Sofia 1527, Bulgaria; 102, Balgaria blvd., Vitosha Distr., Apt. 59, Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2018; V.A.T. Number BG 205244843 (Bulgaria) [GLOMAG] (Linked To: INTRUST PLC EAD).

INTTRAFIK EOOD (a.k.a. INTTRAFFIC EOOD), 119 Ekzarh Yosif Str., Oborishte Distr., Sofia 1527, Bulgaria; 102, Balgaria blvd., Vitosha Distr., Apt. 59, Sofia, Stolichna 1618, Bulgaria;

Organization Established Date 2018; V.A.T. Number BG 205244843 (Bulgaria) [GLOMAG] (Linked To: INTRUST PLC EAD).

INVENTION BRIDGE SL, Calle Provenca 281 Planta 2 Despacho 9, Barcelona 08037, Spain; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Mar 2016; C.I.F. B66732785 (Spain); Registration Number HB 483203 (Spain) [RUSSIA-EO14024] (Linked To: OOO SERNIYA INZHINIRING).

INVERSIONES ADAG LTDA., Carrera 16 No. 96-64 of. 316, Bogota, Colombia; NIT # 830007842-8 (Colombia) [SDNTK].

INVERSIONES AGROINDUSTRIALES DEL ORIENTE LTDA. (a.k.a. INAGRO LTDA.), Carrera 14 No. 13-56, Granada, Meta, Colombia; NIT # 822000899-6 (Colombia) [SDNTK].

INVERSIONES C.P.C.L. Y CIA. S. EN C.S., Carrera 48 No. 25 B Sur 12, Envigado, Antioquia, Colombia; NIT # 900315175-8 (Colombia) [SDNTK].

INVERSIONES GANADERAS Y PALMERAS S.A. (a.k.a. GANAPALMAS S.A.), Calle 18 No. 6-31 of. 704, Bogota, Colombia; NIT # 900016274-6 (Colombia) [SDNTK].

INVERSIONES GANAGRO LTDA., Edif. Parque Santander of. 906, Villavicencio, Colombia; NIT # 900078332-0 (Colombia) [SDNTK].

INVERSIONES GILFE S.A., AK 15 No. 93-60, LC 121, Bogota, Colombia; NIT # 8301317025 (Colombia); Matricula Mercantil No 1326707 (Colombia) [SDNTK].

INVERSIONES IRIS MANUELA, S.A. (a.k.a. SERVICENTRO DEL LAGO; a.k.a. SERVIFIESTAS ELEGANCE), Guatemala City, Guatemala; NIT # 2688827-0 (Guatemala) [SDNTK].

INVERSIONES LA PLATA M & M S. EN C.A. (a.k.a. INVERSIONES LA PLATA M Y M), Carrera 18 No. 30 - 65, Manizales, Caldas, Colombia; Transversal 72 No. 16 - 11, Glorieta de Milan, Manizales, Caldas, Colombia; NIT # 900324723-2 (Colombia) [SDNTK].

INVERSIONES LA PLATA M Y M (a.k.a. INVERSIONES LA PLATA M & M S. EN C.A.), Carrera 18 No. 30 - 65, Manizales, Caldas, Colombia; Transversal 72 No. 16 - 11, Glorieta de Milan, Manizales, Caldas, Colombia; NIT # 900324723-2 (Colombia) [SDNTK].

INVERSIONES LA QUINTA Y CIA. LTDA., Diagonal 29 No. 36-10 of. 801, Cali, Colombia; Diagonal 27 No. 27-104, Cali, Colombia; NIT # 800160387-2 (Colombia) [SDNT].

INVERSIONES LAS ACACIAS Y CIA. LTDA., Carrera 17 No. 14-41, Acacias, Meta, Colombia; NIT # 822001081-3 (Colombia) [SDNTK].

INVERSIONES LAURITA L AND L SA (a.k.a. INVERSIONES LAURITA L&L SA), San Jose, Costa Rica; Tax ID No. 3-101-703720 (Costa Rica) [ILLICIT-DRUGS-EO14059] (Linked To: MC DONALD RODRIGUEZ, Estefania).

INVERSIONES LAURITA L&L SA (a.k.a. INVERSIONES LAURITA L AND L SA), San Jose, Costa Rica; Tax ID No. 3-101-703720 (Costa Rica) [ILLICIT-DRUGS-EO14059] (Linked To: MC DONALD RODRIGUEZ, Estefania).

INVERSIONES LDT, S.A., Panama; RUC # 40136-117-278301 (Panama) [SDNTK].

INVERSIONES LOS TUNJOS LTDA., Calle 62 No. 9A-82 of. 616, Bogota, Colombia; NIT # 830147501-1 (Colombia) [SDNTK].

INVERSIONES LUISITO, Aldea Espiritu Santo, Municipio de Florida, Departamento de Copan, Honduras [SDNTK].

INVERSIONES MACARNIC PATINO Y CIA S.C.S., Calle 19 No. 9-50, Ofc. 505, Pereira, Risaralda, Colombia; Carrera 8 No. 23-09, Ofc. 903, Pereira, Risaralda, Colombia; NIT # 816005011-4 (Colombia) [SDNT].

INVERSIONES MALAMAR R, C.A., Av. Intercomunal El Valle, Resid. Radio Caracas, Edif. Canaima, piso 9, Apto. 905, El Valle, Caracas, Venezuela; RIF # J-31267002-9 (Venezuela) [SDNTK].

INVERSIONES MINERAS H.D. EMPRESA UNIPERSONAL, Calle 16 No. 15-09, Caucasia, Antioquia, Colombia; Carrera 2A No. 19-15, Caucasia, Antioquia, Colombia; NIT # 811008231-3 (Colombia) [SDNTK].

INVERSIONES PMA 243, C.A., Calle Argentina, entre 3a y 4a Avenida, Casa No 86, Catia, Caracas, Venezuela; RIF # J-30835786-3 (Venezuela) [SDNTK].

INVERSIONES RODIME S.A., Panama; Folio Mercantil No. 364300 (Panama) [VENEZUELA-EO13850].

INVERSIONES TALADRO LTDA. (a.k.a. KUARZO DISCOTECA), Calle 1 K. 48 Anillo Vial, Villavicencio, Colombia; NIT # 900063810-4 (Colombia) [SDNTK].

INVERSIONES VALLE, Aldea Espiritu Santo, Municipio de Florida, Departamento de Copan, Honduras [SDNTK].

INVERSIONES Y COMERCIALIZADORA INCOM LTDA. (f.k.a. CONSTRUCTORA HENA LTDA.), Calle 12 No. 4-63, Cali, Colombia; NIT # 890329658-9 (Colombia) [SDNT].

INVERSIONES Y REPRESENTACIONES S.A. (a.k.a. IRSA S.A.), Carrera 43A No. 16A Sur - 38, Barrio El Poblado, Medellin, Colombia; NIT # 811040270-5 (Colombia) [SDNT].

INVERSIONES YOSARY, Honduras; Aldea Espiritu Santo, Municipio de Florida, Departamento de Copan, Honduras [SDNTK].

INVERSIONES ZANZIBAR (a.k.a. INVERSIONES ZANZIBAR SOCIEDAD ANONIMA), De la Estatua Montoya 2 Cuadras Arriba 1/2 Cuadras al Sur, Managua, Nicaragua; RUC # J0310000146314 (Nicaragua) [NICARAGUA].

INVERSIONES ZANZIBAR SOCIEDAD ANONIMA (a.k.a. INVERSIONES ZANZIBAR), De la Estatua Montoya 2 Cuadras Arriba 1/2 Cuadras al Sur, Managua, Nicaragua; RUC # J0310000146314 (Nicaragua) [NICARAGUA].

INVERSORA PANACOL S.A., Panama City, Panama; RUC # 720126-1-472906 (Panama) [SDNTK].

INVESTACAST PRECISION CASTINGS, LTD., 112 City Road, London, United Kingdom [IRAQ2].

INVESTCAPITALBANK (a.k.a. INVESTKAPITALBANK; a.k.a. OJSC INVESTCAPITALBANK; a.k.a. OPEN JOINT STOCK COMPANY INVESTCAPITALBANK), 100/1, Dostoevskogo Street, Ufa, Bashkortostan Republic 450077, Russia; SWIFT/BIC INAKRU41; Website http://www.investcapitalbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; License 2377 [UKRAINE-EO13661].

INVESTIGATIVE COMMITTEE OF BELARUS (a.k.a. BELARUSIAN INVESTIGATIVE COMMITTEE; a.k.a. INVESTIGATIVE COMMITTEE OF THE REPUBLIC OF BELARUS (Cyrillic: СЛЕДСТВЕННЫЙ КОМИТЕТ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. SLEDSTVENNIY KOMITET RESPUBLIKI BELARUS), Frunze St., bldg. 19, Minsk 220034, Belarus; Organization Established Date 12 Sep 2011; Target Type Government Entity [BELARUS-EO14038].

INVESTIGATIVE COMMITTEE OF THE REPUBLIC OF BELARUS (Cyrillic: СЛЕДСТВЕННЫЙ КОМИТЕТ РЕСПУБЛИКИ БЕЛАРУСЬ) (a.k.a. BELARUSIAN INVESTIGATIVE COMMITTEE; a.k.a. INVESTIGATIVE COMMITTEE OF BELARUS; a.k.a. SLEDSTVENNIY KOMITET RESPUBLIKI BELARUS), Frunze St., bldg. 19, Minsk 220034, Belarus; Organization Established Date 12 Sep 2011; Target Type Government Entity [BELARUS-EO14038].

INVESTITSIONNAYA GRUPPA PARTNERY OOO, ul. Selskokhozyaistvennaya d. 26, str. 6, pomeshch. II, kab. 20, Moscow 129226, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Apr 2017; Tax ID No. 7703425497 (Russia); Registration Number 1177746351276 (Russia) [RUSSIA-EO14024] (Linked To: VINER, Natan Adadievich).

INVESTITSIONNAYA KOMPANIYA A1 OOO (a.k.a. LIMITED LIABILITY COMPANY INVESTMENT COMPANY A1; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNAYA KOMPANIYA A1), d. 12 str. 1 ofis 415, ul. 3-Ya Magistralnaya, Moscow, Moscow 123007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Sep 2004; Tax ID No. 7709567988 (Russia); Registration Number 1047796703074 (Russia) [RUSSIA-EO14024].

INVESTITSIONNAYA KOMPANIYA MMK-FINANS (a.k.a. IK MMK-FINANS; a.k.a. LIMITED LIABILITY COMPANY INVESTMENT COMPANY MMK-FINANS; a.k.a. LLC IK MMK-FINANS (Cyrillic: ООО ИК ММК-ФИНАНС); a.k.a. MMK-FINANS OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNAYA KOMPANIYA MMK-FINANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТИЦИОННАЯ КОМПАНИЯ ММК-ФИНАНС); f.k.a. RASCHETNO-FONDOVY TSENTR, ZAKRYTOE AKTSIONERNOE OBSHCHESTVO INVESTITSIONNAYA KOMPANIYA), 70, ul. Kirova Magnitogorsk, Chelyabinskaya Obl. 455019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 May 1996; Tax ID No. 7446045354 (Russia); Government Gazette Number 34565086 (Russia); Registration Number 1057421016047 (Russia) [RUSSIA-EO14024] (Linked To: PUBLICHNOE AKTSIONERNOE OBSCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT).

INVESTITSIONNAYA KOMPANIYA SEPTEM (a.k.a. SEPTEM CAPITAL LIMITED LIABILITY COMPANY; a.k.a. SEPTEM CAPITAL LLC), Ul. Odesskaya D. 2, Pom. 6, Moscow 117638, Russia; Website septemcapital.ru; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703809863 (Russia); Registration Number 1147746436749 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

INVESTITSIONNO PROMYSHLENNAYA GRUPPA GIDRAVLICHESKIE MASHINY I SISTEMY OOO (a.k.a. AKTSIONERNOE OBSHCHESTVO GRUPPA GMS; f.k.a. GRUPPA GMS OAO; a.k.a. HMS GROUP JSC; a.k.a. JOINT STOCK COMPANY HMS GROUP), Ul. Chayanova D. 7, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Mar 2004; Registration ID 5087746036483 (Russia); Tax ID No. 7708678325 (Russia); Government Gazette Number 72718329 (Russia) [RUSSIA-EO14024].

INVESTITSIONNY RESPUBLIKANSKI BANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU (a.k.a. INRESBANK LTD; a.k.a. INRESBANK OOO; a.k.a. INVESTMENT REPUBLIC BANK LLC; f.k.a. OOO KBK BANK), Ulitsa Bolshaya Semenovskaya, D. 32, Str. 1, Moscow 107023, Russia; SWIFT/BIC INKKRUM1; alt. SWIFT/BIC IREPRUMM; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: SMP BANK).

INVESTKAPITALBANK (a.k.a. INVESTCAPITALBANK; a.k.a. OJSC INVESTCAPITALBANK; a.k.a. OPEN JOINT STOCK COMPANY INVESTCAPITALBANK), 100/1, Dostoevskogo Street, Ufa, Bashkortostan Republic 450077, Russia; SWIFT/BIC INAKRU41; Website http://www.investcapitalbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; License 2377 [UKRAINE-EO13661].

INVESTMENT BANK VESTA LIMITED LIABILITY COMPANY (a.k.a. BLANC BANK LIMITED LIABILITY COMPANY; a.k.a. BLANC BANK LLC), d. 9 str. 1, shosse Varshavskoe, Moscow 117105, Russia; SWIFT/BIC VSTARUMM; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 6027006032 (Russia); Identification Number ABTHPP.00007.ME.643 (Russia); Legal Entity Number 253400CW8F4L53HWU734;

Registration Number 1026000001796 (Russia) [RUSSIA-EO14024].

INVESTMENT REPUBLIC BANK LLC (a.k.a. INRESBANK LTD; a.k.a. INRESBANK OOO; a.k.a. INVESTITSIONNY RESPUBLIKANSKI BANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; f.k.a. OOO KBK BANK), Ulitsa Bolshaya Semenovskaya, D. 32, Str. 1, Moscow 107023, Russia; SWIFT/BIC INKKRUM1; alt. SWIFT/BIC IREPRUMM; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: SMP BANK).

INVESTRADE PORTFOY YONETIMI A.S. (Latin: INVESTRADE PORTFÖY YÖNETIMI A.Ş.) (a.k.a. INVESTRADE PORTFOY YONETIMI ANONIM SIRKETI (Latin: INVESTRADE PORTFÖY YÖNETİMİ ANONIM ŞIRKETI)), A Girisi, Imrahor Cadessi No. 23 A/1 Gursel Mahallesi 34400 Kagithane, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Nov 2017; Tax ID No. 4650572633 (Turkey); Trade License No. 107406 (Turkey) [SDGT] (Linked To: AL AHMAR, Hamid Abdullah Hussein).

INVESTRADE PORTFOY YONETIMI ANONIM SIRKETI (Latin: INVESTRADE PORTFÖY YÖNETİMİ ANONIM ŞIRKETI) (a.k.a. INVESTRADE PORTFOY YONETIMI A.S. (Latin: INVESTRADE PORTFÖY YÖNETİMI A.Ş.)), A Girisi, Imrahor Cadessi No. 23 A/1 Gursel Mahallesi 34400 Kagithane, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Nov 2017; Tax ID No. 4650572633 (Turkey); Trade License No. 107406 (Turkey) [SDGT] (Linked To: AL AHMAR, Hamid Abdullah Hussein).

INVESTTRADEBANK JSC (Cyrillic: ИНВЕСТТОРГБАНК АО) (a.k.a. JOINT STOCK COMMERCIAL BANK INVESTMENT TRADE BANK; a.k.a. JOINT STOCK COMPANY INVESTTRADEBANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ИНВЕСТТОРГБАНК); f.k.a. OJSC INVESTTRADEBANK; f.k.a. PJSC INVESTTRADEBANK; f.k.a. PUBLIC JOINT STOCK COMPANY INVESTTRADEBANK), 45 Dubininskaya Str, Moscow 115054, Russia (Cyrillic: УЛ. ДУБИНИНСКАЯ, Д.45, ГОРОД МОСКВА 115054, Russia); SWIFT/BIC

JSCVRUM2; Website itb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1994; Target Type Financial Institution; Tax ID No. 7717002773 (Russia); Registration Number 1027739543182 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK).

INZHENERNAYA FIRMA AB UNIVERSAL (a.k.a. LIMITED LIABILITY COMPANY ENGINEERING FIRM AB UNIVERSAL), Pr-D Kashirskii D.13, Moscow 115201, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5027000367 (Russia); Registration Number 1035010950974 (Russia) [RUSSIA-EO14024].

INZHENERNO TEKHNOLOGICHESKII CENTER ATM OOO (a.k.a. ETC ATM LIMITED; a.k.a. LIMITED LIABILITY COMPANY INZHENERNO TEKHNOLOGICHESKI TSENTR ATM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИИНЖЕНЕРНО ТЕХНОЛОГИЧЕСКИЙ ЦЕНТР АТМ); a.k.a. LLC ITTS ATM (Cyrillic: ООО ИТЦ АТМ)), ofis 310 vladenie 5A str. 1, shosse Volkovskoe, Mytishchi 141006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810504175 (Russia); Registration Number 1089847039590 (Russia) [RUSSIA-EO14024].

INZHINIRING GRUPP OOO (Cyrillic: ООО "ИНЖИНИРИНГ ГРУПП") (a.k.a. ООО IZOVAK ENGINEERING (Cyrillic: ООО "ИЗОВАК ИНЖИНИРИНГ"); a.k.a. "LLC ENGINEERING GROUP"), Ul. Lva Tolstogo D. 5, Str. 2, Floor 4, Pomeshch./Kom. 2/24 (V 416), Moscow 119021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Sep 2020; Tax ID No. 7708387990 (Russia); Government Gazette Number 45582270 (Russia); Registration Number 1207700340759 (Russia) [RUSSIA-EO14024].

INZHINIRINGOVYE RESHENIYA OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INZHINIRINGOVYE RESHENIYA; a.k.a. OOO INZHINIRINGOVYE RESHENIIA), PR-KT Khasana Tufana D. 22/9, KV. 163, Naberezhnyye Chelny, Republic of Tatarstan 423823, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Aug 2016; Tax ID No. 1650335670 (Russia); Registration Number 1161690140072 (Russia) [RUSSIA-EO14024].

INZINJERING-BN BIJELJINA D.O.O. (a.k.a. DRUSTVO SA OGRANICENOM ODGOVORNOSCU INZINJERING-BN BIJELJINA; a.k.a. INZINJERING-BN BIJELJINA LIMITED LIABILITY COMPANY), Dusana Baranina 1A, 76300, Bijeljina, Bosnia and Herzegovina; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Sep 2017; Tax ID No. 4404222340002 (Bosnia and Herzegovina); Registration Number 59-01-0064-17 (Bosnia and Herzegovina) [RUSSIA-EO14024].

INZINJERING-BN BIJELJINA LIMITED LIABILITY COMPANY (a.k.a. DRUSTVO SA OGRANICENOM ODGOVORNOSCU INZINJERING-BN BIJELJINA; a.k.a. INZINJERING-BN BIJELJINA D.O.O.), Dusana Baranina 1A, 76300, Bijeljina, Bosnia and Herzegovina; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Sep 2017; Tax ID No. 4404222340002 (Bosnia and Herzegovina); Registration Number 59-01-0064-17 (Bosnia and Herzegovina) [RUSSIA-EO14024].

INZUNZA INZUNZA, Gonzalo (a.k.a. ARAUJO INZUNZA, Gonzalo; a.k.a. LEON ANDRADE, Bernabe; a.k.a. "MACHO PRIETO"), Sonora, Mexico; Mexicali, Baja California, Mexico; DOB 17 Aug 1971; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 040016733 (Mexico); C.U.R.P. IUIG710817HSLNNN08 (Mexico) (individual) [SDNTK].

INZUNZA NORIEGA, Pedro, Mexico; DOB 24 Nov 1962; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. IUNP621124HSLNRD01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

INZUNZA ZAZUETA, Erik Tadeo (a.k.a. ALVAREZ INZUNZA, Juan Manuel; a.k.a. OSUNA GODOY, Rolando; a.k.a. SALAS ROJO, Juan Manuel; a.k.a. TAMAYO IBARRA, Juan Manuel; a.k.a. "REY MIDAS"), 1538 Calle Turmalina Dos, Colonia Stase, Culiacan, Sinaloa, Mexico; DOB 08 Aug 1981; POB Culiacan, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. AAIJ810808HSLLNN01 (Mexico); RFC AAIJ810808SX4 (Mexico) (individual) [SDNTK] (Linked To: OPERADORA EFICAZ PEGASO; Linked To: NUEVA ATUNERA TRITON S.A. DE C.V.).

IOC UK LTD (a.k.a. IRANIAN OIL COMPANY (U.K.) LIMITED), Riverside House, Riverside Drive, Aberdeen AB11 7LH, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 01019769 (United Kingdom); all offices worldwide [IRAN].

IOFFE INSTITUTE (a.k.a. FEDERAL STATE FINANCED INSTITUTION OF SCIENCE PHYSICS AND TECHNOLOGY INSTITUTE NAMED AFTER A. F. IOFFE OF THE RUSSIAN FEDERATION ACADEMY OF SCIENCES), 26 Politekhnicheskaya Str., Saint Petersburg 194021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Apr 1999; Tax ID No. 7802072267 (Russia); Registration Number 1037804006998 (Russia) [RUSSIA-EO14024].

IOFFE, Eduard (a.k.a. IOFFE, Eduard A); DOB 07 Jun 1970; nationality Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 713023636 (Russia) expires 20 Jan 2021; Deputy General Director for Commercial Affairs at Kalashnikov Concern and Izhevsky Mekhanichesky Zavod JSC (individual) [UKRAINE-EO13661] (Linked To: JOINT STOCK COMPANY CONCERN KALASHNIKOV; Linked To: IZHEVSKY MEKHANICHESKY ZAVOD JSC).

IOFFE, Eduard A (a.k.a. IOFFE, Eduard); DOB 07 Jun 1970; nationality Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 713023636 (Russia) expires 20 Jan 2021; Deputy General Director for Commercial Affairs at Kalashnikov Concern and Izhevsky Mekhanichesky Zavod JSC (individual) [UKRAINE-EO13661] (Linked To: JOINT STOCK COMPANY CONCERN KALASHNIKOV; Linked To: IZHEVSKY MEKHANICHESKY ZAVOD JSC).

IONICS NOMINEES LIMITED, 20 Vasilissis Freiderikis El Greco House, 1st Floor, Office 104, Nicosia 1066, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Nov 2002; Registration Number HE 134010 (Cyprus) [RUSSIA-EO14024] (Linked To: VASSILIADES, Christodoulos Georgiou).

IONOV TRANSKONTINENTAL, OOO (Cyrillic: ИОНОВ ТРАНСКОНТИНЕНТАЛ, ООО) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU IONOV TRANSKONTINENTAL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИОНОВ ТРАНСКОНТИНЕНТАЛ)), Prospekt Mira, d. 102, str. 32, kom. 4, Moscow 129626, Russia (Cyrillic: пр-кт Мира, д. 102, стр. 32, комната 4, Москва 129626, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Private Company; Registration ID 5167746072478 (Russia); Tax ID No. 9717043935 (Russia) [RUSSIA-EO14024] (Linked To: IONOV, Aleksandr Viktorovich).

IONOV, Aleksandr Viktorovich (Cyrillic: ИОНОВ, Александр Викторович) (a.k.a. IONOV, Alexander (Cyrillic: ИОНОВ, Александр)), Moscow, Russia; DOB 12 Dec 1989; nationality Russia; Website www.aionov.ru; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 717729719 (Russia); alt. Passport 4510927317 (Russia); Tax ID No. 774317334010 (Russia) (individual) [RUSSIA-EO14024].

IONOV, Alexander (Cyrillic: ИОНОВ, Александр) (a.k.a. IONOV, Aleksandr Viktorovich (Cyrillic: ИОНОВ, Александр Викторович)), Moscow, Russia; DOB 12 Dec 1989; nationality Russia; Website www.aionov.ru; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 717729719 (Russia); alt. Passport 4510927317 (Russia); Tax ID No. 774317334010 (Russia) (individual) [RUSSIA-EO14024].

IOOO DANA ASTRA (Cyrillic: ИОOO ДАНА АСТРА) (a.k.a. FLLC DANA ASTRA; a.k.a. FOREIGN LIMITED LIABILITY COMPANY DANA ASTRA; a.k.a. INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DANA ASTRA (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДАНА АСТРА); a.k.a. ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DANA ASTRA (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДАНА АСТРА); a.k.a. ZTAA DANA ASTRA (Cyrillic: ЗТАА ДАНА АСТРА)), ul. Petra Mstislavtsa, d. 9, pom. 9-13, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 9-13, г. Минск 220076, Belarus); Organization Established Date 21 Jan 2010; Registration Number 191295361 (Belarus) [BELARUS-EO14038].

IOOO SLAVKALI (Cyrillic: ИОOO СЛАВКАЛИЙ) (a.k.a. FOREIGN LIMITED LIABILITY COMPANY SLAVKALI; a.k.a. INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SLAVKALIY (Cyrillic:

ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЛАВКАЛИЙ); a.k.a. SLAVKALI INOSTRANNOE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIYU; a.k.a. SLAVKALI IOOO; a.k.a. SLAVKALIY (Cyrillic: СЛАВКАЛИЙ); a.k.a. SLAVKALY FLLC; a.k.a. ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SLAUKALIY (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СЛАЎКАЛІЙ); a.k.a. ZTAA SLAUKALIY (Cyrillic: ЗТАА СЛАЎКАЛІЙ)), Lyubanskiy District, Pervomaiskaya St, Building 35, Office 3.1, Lyuban City, Minsk Oblast 223810, Belarus (Cyrillic: Любанский район, ул. Первомайская, д. 35, каб. 3.1, г. Любань, Минская область 223810, Belarus); d. 35, kab. 3.1, ul. Pervomaiskaya g. s/s, Lyuban Lyubanksi Raion, Minskaya Obl. 223810, Belarus; Organization Established Date 25 Oct 2011; Registration Number 191689538 (Belarus) [BELARUS-EO14038].

IOPTC (a.k.a. IRANIAN OIL PIPELINES AND TELECOMMUNICATION CO.), Qarani Street, No. 135, Tehran, Tehran Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

IOVINE, Antonio (a.k.a. "O'NINNO"); DOB 20 Sep 1964; POB San Cipriano d'Aversa, Italy (individual) [TCO].

IPARRAGUIRRE GUENECHEA, Maria Soledad; DOB 25 Apr 1961; POB Escoriaza, Guipuzcoa Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 16.255.819 (Spain); Member ETA (individual) [SDGT].

IPATAU, Vadzim (Cyrillic: ІПАТАЎ, Вадзім) (a.k.a. IPATAU, Vadzim Dzmitrievich (Cyrillic: ІПАТАЎ, Вадзім Дзмітрыевіч); a.k.a. IPATOV, Vadim; a.k.a. IPATOV, Vadim Dmitrievich (Cyrillic: ИПАТОВ, Вадим Дмитриевич)), Minsk, Belarus; DOB 30 Oct 1964; POB Kolomyya, Ukraine; nationality Belarus; Gender Male (individual) [BELARUS].

IPATAU, Vadzim Dzmitrievich (Cyrillic: ІПАТАЎ, Вадзім Дзмітрыевіч) (a.k.a. IPATAU, Vadzim (Cyrillic: ІПАТАЎ, Вадзім); a.k.a. IPATOV, Vadim; a.k.a. IPATOV, Vadim Dmitrievich (Cyrillic: ИПАТОВ, Вадим Дмитриевич)),

Minsk, Belarus; DOB 30 Oct 1964; POB Kolomyya, Ukraine; nationality Belarus; Gender Male (individual) [BELARUS].

IPATOV, Vadim (a.k.a. IPATAU, Vadzim (Cyrillic: ІПАТАЎ, Вадзім); a.k.a. IPATAU, Vadzim Dzmitrievich (Cyrillic: ІПАТАЎ, Вадзім Дзмітрыевіч); a.k.a. IPATOV, Vadim Dmitrievich (Cyrillic: ИПАТОВ, Вадим Дмитриевич)), Minsk, Belarus; DOB 30 Oct 1964; POB Kolomyya, Ukraine; nationality Belarus; Gender Male (individual) [BELARUS].

IPATOV, Vadim Dmitrievich (Cyrillic: ИПАТОВ, Вадим Дмитриевич) (a.k.a. IPATAU, Vadzim (Cyrillic: ІПАТАЎ, Вадзім); a.k.a. IPATAU, Vadzim Dzmitrievich (Cyrillic: ІПАТАЎ, Вадзім Дзмітрыевіч); a.k.a. IPATOV, Vadim), Minsk, Belarus; DOB 30 Oct 1964; POB Kolomyya, Ukraine; nationality Belarus; Gender Male (individual) [BELARUS].

IPC SB RAS (Cyrillic: ИХН СО РАН) (a.k.a. INSTITUTE OF PETROLEUM CHEMISTRY SIBERIAN BRANCH OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. IPCH SB RAS), Pr-T Akademicheskii D.4, Tomsk 634021, Russia; 3, Academichesky Ave., Tomsk 634021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Aug 1968; Tax ID No. 7021001022 (Russia); Government Gazette Number 03534067 (Russia); Registration Number 1027000876374 (Russia) [RUSSIA-EO14024].

IPC2U LLC (a.k.a. AIPISI2YU), Ul. Stavropolskaya D. 84, Str. 1, Office 212, Moscow 109380, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Other information technology and computer service activities; Tax ID No. 7721557513 (Russia); Registration Number 1067746681155 (Russia) [RUSSIA-EO14024].

IPCH SB RAS (a.k.a. INSTITUTE OF PETROLEUM CHEMISTRY SIBERIAN BRANCH OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. IPC SB RAS (Cyrillic: ИХН СО РАН)), Pr-T Akademicheskii D.4, Tomsk 634021, Russia; 3, Academichesky Ave., Tomsk 634021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Aug 1968; Tax ID No. 7021001022 (Russia); Government Gazette Number 03534067 (Russia); Registration Number 1027000876374 (Russia) [RUSSIA-EO14024].

IPK FINVAL AO (a.k.a. AKTSIONERNOE OBSHCHESTVO IPK FINVAL), 2-I Yuzhnoportovyi PR D. 14/22, Moscow 115088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Oct 2014; Tax ID No. 7722860417 (Russia); Government Gazette Number 26121066 (Russia); Registration Number 5147746279621 (Russia) [RUSSIA-EO14024].

IPM LIMITED (a.k.a. B&W CONSULTING), Suite A, 6/F, Ritz Plaza, 122 Austin Road, Tsimshatsui, Kowloon, Hong Kong, China; 1080, Blindengasse 46/15, Vienna, Austria; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Nov 2012; Registration Number 1829992 (Hong Kong) [RUSSIA-EO14024].

IPMECH RAS (a.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE INSTITUTE OF PROBLEMS OF MECHANICS NAMED AFTER A YU ISHLINSKY RUSSIAN ACADEMY OF SCIENCES; a.k.a. INSTITUTE OF MECHANICS NAMED AFTER A YU ISHLINSKY RAS; a.k.a. IPMEKH RAN INSTITUT PROBLEM MEKHANIKI IM A YU ISHLINSKOGO RAN; a.k.a. ISHLINSKY INSTITUTE FOR PROBLEMS IN MECHANICS OF THE RUSSIAN ACADEMY OF SCIENCES), Prosp Vernadskogo D 101, Korp 1, Moscow 119526, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7729138338 (Russia); Registration Number 1037739426735 (Russia) [RUSSIA-EO14024].

IPMEKH RAN INSTITUT PROBLEM MEKHANIKI IM A YU ISHLINSKOGO RAN (a.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE INSTITUTE OF PROBLEMS OF MECHANICS NAMED AFTER A YU ISHLINSKY RUSSIAN ACADEMY OF SCIENCES; a.k.a. INSTITUTE OF MECHANICS NAMED AFTER A YU ISHLINSKY RAS; a.k.a. IPMECH RAS; a.k.a. ISHLINSKY INSTITUTE FOR PROBLEMS IN MECHANICS OF THE RUSSIAN ACADEMY OF SCIENCES), Prosp Vernadskogo D 101, Korp 1, Moscow 119526, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7729138338 (Russia); Registration Number 1037739426735 (Russia) [RUSSIA-EO14024].

IPP OIL PRODUCTS (CYPRUS) LIMITED, 12 Esperidon Street, 4th Floor, Nicosia 1087, Cyprus; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Public Registration Number C210706 [UKRAINE-EO13661].

IPPI RAN (a.k.a. FEDERAL STATE BUDGETARY SCIENTIFIC INSTITUTION INSTITUTE FOR INFORMATION TRANSMISSION PROBLEMS NAMED AFTER A A KHARKEVICH OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. INSTITUTE FOR INFORMATION TRANSMISSION PROBLEMS OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. KHARKEVICH INSTITUTE), Per Bolshoi Karetnyi D 19, Str 1, Moscow 127994, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7707020131 (Russia); Registration Number 1037700064940 (Russia) [RUSSIA-EO14024].

IPP-INTERNATIONAL PETROLEUM PRODUCTS LTD. (a.k.a. LTS HOLDING LIMITED), Rue du Conseil-General 20, Geneva 1204, Switzerland; Tortola, Virgin Islands, British; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

IPS PACIFIC COMPANY LIMITED, Suite 2207-09, 22/F, Tower Two, Lippo Centre, 89 Queensway, Admiralty, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2011; Business Registration Number 58189812-000 (Hong Kong); Registration Number 1584218 (Hong Kong) [RUSSIA-EO14024] (Linked To: TROFIMOV, Anton Sergeyevich).

IQBAL, Haji (a.k.a. IQBAL, Mohammad; a.k.a. IQBAL, Muhammad); DOB 01 Jan 1950; POB Lahore, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BW1332961 (Pakistan) expires 23 Jul 2011; National ID No. 3520229942967 (Pakistan); alt. National ID No. 27350277794 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

IQBAL, Imanat Ullah (a.k.a. AHMAD, Dilshad; a.k.a. AL-DAKHIL, 'Abd al-Rahman; a.k.a. AL-DAKHIL, Abdul Rehman; a.k.a. ALI, Amanat; a.k.a. ALI, Amanatullah; a.k.a. ALI, Amantullah; a.k.a. DILSHAD, Danish), Pakistan; DOB 01 Sep 1964; alt. DOB 01 Mar 1965 to 31 Mar 1965; POB Faisalabad, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

IQBAL, Malik Zafar (a.k.a. CHAUDHRY, Zafar Iqbal; a.k.a. IQBAL, Muhammad Zafar; a.k.a. IQBAL, Zafar; a.k.a. IQBAL, Zaffer; a.k.a. SHAHBAZ, Malik Zafar Iqbal; a.k.a. SHEHBAZ, Malik Zafar Iqbal), Masjid al-Qadesia, 4 Lake Road, Lahore, Pakistan; DOB 04 Oct 1953; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport DG5149481 issued 22 Aug 2006 expires 21 Aug 2011; alt. Passport A2815665; National ID No. 35202-4135948-7; alt. National ID No. 29553654234; Professor; Doctor (individual) [SDGT].

IQBAL, Mohammad (a.k.a. IQBAL, Haji; a.k.a. IQBAL, Muhammad); DOB 01 Jan 1950; POB Lahore, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BW1332961 (Pakistan) expires 23 Jul 2011; National ID No. 3520229942967 (Pakistan); alt. National ID No. 27350277794 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

IQBAL, Muhammad (a.k.a. IQBAL, Haji; a.k.a. IQBAL, Mohammad); DOB 01 Jan 1950; POB Lahore, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BW1332961 (Pakistan) expires 23 Jul 2011; National ID No. 3520229942967 (Pakistan); alt. National ID No. 27350277794 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

IQBAL, Muhammad Zafar (a.k.a. CHAUDHRY, Zafar Iqbal; a.k.a. IQBAL, Malik Zafar; a.k.a. IQBAL, Zafar; a.k.a. IQBAL, Zaffer; a.k.a. SHAHBAZ, Malik Zafar Iqbal; a.k.a. SHEHBAZ, Malik Zafar Iqbal), Masjid al-Qadesia, 4 Lake Road, Lahore, Pakistan; DOB 04 Oct 1953; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport DG5149481 issued 22 Aug 2006 expires 21 Aug 2011; alt. Passport A2815665; National ID No. 35202-4135948-7; alt. National ID No. 29553654234; Professor; Doctor (individual) [SDGT].

IQBAL, Zafar (a.k.a. CHAUDHRY, Zafar Iqbal; a.k.a. IQBAL, Malik Zafar; a.k.a. IQBAL, Muhammad Zafar; a.k.a. IQBAL, Zaffer; a.k.a.

SHAHBAZ, Malik Zafar Iqbal; a.k.a. SHEHBAZ, Malik Zafar Iqbal), Masjid al-Qadesia, 4 Lake Road, Lahore, Pakistan; DOB 04 Oct 1953; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport DG5149481 issued 22 Aug 2006 expires 21 Aug 2011; alt. Passport A2815665; National ID No. 35202-4135948-7; alt. National ID No. 29553654234; Professor; Doctor (individual) [SDGT].

IQBAL, Zaffer (a.k.a. CHAUDHRY, Zafar Iqbal; a.k.a. IQBAL, Malik Zafar; a.k.a. IQBAL, Muhammad Zafar; a.k.a. IQBAL, Zafar; a.k.a. SHAHBAZ, Malik Zafar Iqbal; a.k.a. SHEHBAZ, Malik Zafar Iqbal), Masjid al-Qadesia, 4 Lake Road, Lahore, Pakistan; DOB 04 Oct 1953; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport DG5149481 issued 22 Aug 2006 expires 21 Aug 2011; alt. Passport A2815665; National ID No. 35202-4135948-7; alt. National ID No. 29553654234; Professor; Doctor (individual) [SDGT].

IQSKLAD (a.k.a. LIMITED LIABILITY COMPANY UMNYI SKLAD; a.k.a. SMART WAREHOUSE GROUP OF COMPANIES - IQSKLAD), Elektrodnaya St. 11/1, Moscow 111524, Russia; 22nd km, Kievskoe Highway, Rumyantseva Business Center, dv4s4ke, Entrance 21, 2nd Floor, Office 223, Moscow 108811, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720575485 (Russia); Registration Number 1077746298630 (Russia) [RUSSIA-EO14024].

IRA ARMY COUNCIL (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. NEW IRISH REPUBLICAN ARMY; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. "NEW IRA"; a.k.a. "NIRA"; a.k.a. "REAL IRA"; a.k.a. "RIRA"), Ireland; Northern Ireland, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

IRAKEZA, Fred (a.k.a. NSANZUBUKIRE, Felicien); DOB 1967; POB Murama, Kinyinya, Rubungo, Kigali, Rwanda; nationality Rwanda; Lt. Col. (individual) [DRCONGO].

IRAN & SHARGH COMPANY (a.k.a. IRAN AND EAST COMPANY; a.k.a. IRAN AND SHARGH

COMPANY; a.k.a. IRANOSHARGH COMPANY; a.k.a. SHERKAT-E IRAN VA SHARGH), 827, North of Seyedkhandan Bridge, Shariati Street, P.O. Box 13185-1445, Tehran 16616, Iran; No. 41, Next to 23rd Alley, South Gandi St., Vanak Square, Tehran 15179, Iran; Website http://www.iranoshargh.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRAN & SHARGH LEASING COMPANY (a.k.a. IRAN AND EAST LEASING COMPANY; a.k.a. IRAN AND SHARGH LEASING COMPANY; a.k.a. SHERKAT-E LIZING-E IRAN VA SHARGH), 1st Floor, No. 33, Shahid Atefi Alley, Opposite Mellat Park, Vali-e-Asr Street, Tehran 1967933759, Iran; Website http://www.isleasingco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRAN ADVANCED TECHNOLOGIES COMPANY (a.k.a. ADVANCED TECHNOLOGIES COMPANY OF IRAN; f.k.a. GHANI SAZI ENRICHMENT; f.k.a. IRAN URANIUM ENRICHMENT COMPANY; f.k.a. IRANIAN ENRICHMENT COMPANY; a.k.a. "ADVANCED TECHNOLOGIES"; a.k.a. "ADVANCED TECHNOLOGIES COMPANY"; a.k.a. "ADVANCED TECHNOLOGIES HOLDING COMPANY"; a.k.a. "IATC"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103378982 (Iran); Registration Number 299780 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

IRAN AIR (a.k.a. HAVAPEYMAYI MELLI IRAN; a.k.a. IRAN AIR PJSC; a.k.a. IRANAIR; a.k.a. IRANAIR CARGO; a.k.a. THE AIRLINE OF THE ISLAMIC REPUBLIC OF IRAN; a.k.a. "HOMA"), Iran Air Building, Mehrabad Airport, Tehran, Iran; Postal Box 13185-775, Tehran, Iran; Central Airlines Department of the Islamic Republic of Iran, Tehran Karaj Special Road, Beginning of Mehrabad International Airport, Tehran, Iran; Website www.iranair.com; alt. Website www.iranair.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 10100354259 (Iran); Registration Number 8132 (Iran) [IRAN] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

IRAN AIR PJSC (a.k.a. HAVAPEYMAYI MELLI IRAN; a.k.a. IRAN AIR; a.k.a. IRANAIR; a.k.a. IRANAIR CARGO; a.k.a. THE AIRLINE OF

THE ISLAMIC REPUBLIC OF IRAN; a.k.a. "HOMA"), Iran Air Building, Mehrabad Airport, Tehran, Iran; Postal Box 13185-775, Tehran, Iran; Central Airlines Department of the Islamic Republic of Iran, Tehran Karaj Special Road, Beginning of Mehrabad International Airport, Tehran, Iran; Website www.iranair.com; alt. Website www.iranair.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 10100354259 (Iran); Registration Number 8132 (Iran) [IRAN] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

IRAN AIRCRAFT INDUSTRIES (a.k.a. IRAN AIRCRAFT INDUSTRIES CO.; a.k.a. "IACI"; a.k.a. "SAHA"), Km 3 Karaj Special Road, Ekbatan City, Azadi Square, Tehran, Iran; PO Box 14155-1449, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRAN AIRCRAFT INDUSTRIES CO. (a.k.a. IRAN AIRCRAFT INDUSTRIES; a.k.a. "IACI"; a.k.a. "SAHA"), Km 3 Karaj Special Road, Ekbatan City, Azadi Square, Tehran, Iran; PO Box 14155-1449, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRAN AIRCRAFT MANUFACTURING COMPANY (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: شرکت صنایع هواپیماسازی ایران); a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIES; a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE IRAN; a.k.a. "FTP CO."; a.k.a. "HAVA PEYMA SAZI-E IRAN"; a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HAVAPEYMA SAZI IRAN"; a.k.a. "HESA"; a.k.a. "HEVAPEIMASAZI"; a.k.a. "HTC"; a.k.a. "IAMCO"; a.k.a. "IAMI"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Isfahan - Tehran Freeway, Shahin Shahr, Isfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Isfahan, Iran; Shahih Shar Industrial Zone, Isfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: شرکت صنایع هواپیماسازی ایران) (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIES; a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE IRAN; a.k.a. "FTP CO."; a.k.a. "HAVA PEYMA SAZI-E IRAN"; a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HAVAPEYMA SAZI IRAN"; a.k.a. "HESA"; a.k.a. "HEVAPEIMASAZI"; a.k.a. "HTC"; a.k.a. "IAMCO"; a.k.a. "IAMI"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Isfahan - Tehran Freeway, Shahin Shahr, Isfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Isfahan, Iran; Shahih Shar Industrial Zone, Isfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

IRAN AIRCRAFT MANUFACTURING INDUSTRIES (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: شرکت صنایع هواپیماسازی ایران); a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE IRAN; a.k.a. "FTP CO."; a.k.a. "HAVA PEYMA SAZI-E IRAN"; a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HAVAPEYMA SAZI IRAN"; a.k.a. "HESA"; a.k.a. "HEVAPEIMASAZI"; a.k.a. "HTC"; a.k.a. "IAMCO"; a.k.a. "IAMI"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Isfahan - Tehran Freeway, Shahin Shahr, Isfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Isfahan, Iran; Shahih Shar Industrial Zone, Isfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

IRAN ALLOY STEEL COMPANY (a.k.a. "IASCO"), No. 51 Mashahir Ave., Ghaem Magham Farhani St., Karimkhan St., Tehran, Iran; Azadegan Blvd., Martyr Dehghan Manshadi Blvd., Km 24, IASCO Road, Yazd, Iran; Website www.iasco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 2220 (Iran) [IRAN-EO13871].

IRAN ALUMINIUM COMPANY (a.k.a. IRAN ALUMINUM COMPANY; a.k.a. IRANIAN ALUMINUM COMPANY; a.k.a. IRAN'S ALUMINUM COMPANY; a.k.a. "IRALCO"), No. 49 Mullah Sadra Street, Vanaq Square, After Kurdistan Crossroads, Tehran, Iran; P.O. Box 3, Arak, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 2600 (Iran) [IRAN-EO13871].

IRAN ALUMINUM COMPANY (a.k.a. IRAN ALUMINIUM COMPANY; a.k.a. IRANIAN ALUMINUM COMPANY; a.k.a. IRAN'S ALUMINUM COMPANY; a.k.a. "IRALCO"), No. 49 Mullah Sadra Street, Vanaq Square, After Kurdistan Crossroads, Tehran, Iran; P.O. Box 3, Arak, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 2600 (Iran) [IRAN-EO13871].

IRAN AND EAST COMPANY (a.k.a. IRAN & SHARGH COMPANY; a.k.a. IRAN AND SHARGH COMPANY; a.k.a. IRANOSHARGH COMPANY; a.k.a. SHERKAT-E IRAN VA SHARGH), 827, North of Seyedkhandan Bridge, Shariati Street, P.O. Box 13185-1445, Tehran 16616, Iran; No. 41, Next to 23rd Alley, South Gandi St., Vanak Square, Tehran 15179, Iran; Website http://www.iranoshargh.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRAN AND EAST LEASING COMPANY (a.k.a. IRAN & SHARGH LEASING COMPANY; a.k.a. IRAN AND SHARGH LEASING COMPANY; a.k.a. SHERKAT-E LIZING-E IRAN VA SHARGH), 1st Floor, No. 33, Shahid Atefi Alley, Opposite Mellat Park, Vali-e-Asr Street, Tehran 1967933759, Iran; Website http://www.isleasingco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRAN AND EGYPT SHIPPING COMPANY (a.k.a. IRAN AND EGYPT SHIPPING LINES; a.k.a. IRANO - MISR SHIPPING CO; a.k.a. IRANO MISR; a.k.a. IRANO MISR SHIPPING COMPANY; f.k.a. NEFERTITI SHIPPING AND MARITIME SERVICES), Building 6, Al Horreya Street, 1st Floor, El Attarin Area, 1016, Alexandria, Egypt; PO Box 1016, Alexandria, Egypt; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRAN AND EGYPT SHIPPING LINES (a.k.a. IRAN AND EGYPT SHIPPING COMPANY; a.k.a. IRANO - MISR SHIPPING CO; a.k.a. IRANO MISR; a.k.a. IRANO MISR SHIPPING COMPANY; f.k.a. NEFERTITI SHIPPING AND MARITIME SERVICES), Building 6, Al Horreya Street, 1st Floor, El Attarin Area, 1016, Alexandria, Egypt; PO Box 1016, Alexandria, Egypt; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRAN AND INDIA SHIPPING COMPANY (a.k.a. IRAN AND INDIA SHIPPING LINES; a.k.a. IRANO HIND SHIPPING COMPANY LTD), 18 Sedaghat St, Opposite Park Millat, Vali-e-Asr Ave, PO Box 15875-4647, Tehran, Iran; Website www.iranohind.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRAN AND INDIA SHIPPING LINES (a.k.a. IRAN AND INDIA SHIPPING COMPANY; a.k.a. IRANO HIND SHIPPING COMPANY LTD), 18 Sedaghat St, Opposite Park Millat, Vali-e-Asr Ave, PO Box 15875-4647, Tehran, Iran; Website www.iranohind.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRAN AND SHARGH COMPANY (a.k.a. IRAN & SHARGH COMPANY; a.k.a. IRAN AND EAST COMPANY; a.k.a. IRANOSHARGH COMPANY; a.k.a. SHERKAT-E IRAN VA SHARGH), 827, North of Seyedkhandan Bridge, Shariati Street, P.O. Box 13185-1445, Tehran 16616, Iran; No. 41, Next to 23rd Alley, South Gandi St., Vanak Square, Tehran 15179, Iran; Website http://www.iranoshargh.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRAN AND SHARGH LEASING COMPANY (a.k.a. IRAN & SHARGH LEASING COMPANY; a.k.a. IRAN AND EAST LEASING COMPANY; a.k.a. SHERKAT-E LIZING-E IRAN VA SHARGH), 1st Floor, No. 33, Shahid Atefi Alley, Opposite Mellat Park, Vali-e-Asr Street, Tehran 1967933759, Iran; Website http://www.isleasingco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRAN AVIATION INDUSTRIES ORGANIZATION (a.k.a. SAZMANE SANAYE HAVAI), Karaj Special Road, Mehrabad Airport, Tehran, Iran; Sepahbod Gharani 36, Tehran, Iran; 3th km Karaj Special Road, Aviation Industries Boulevard, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

IRAN CENTRAL IRON ORE COMPANY (Arabic: شرکت سنگ آهن مرکزی ایران) (a.k.a. "ICIOC"), Bafq Old Rd, Yazd 8975136748, Iran; Mohammad Dehestani Bafghi Boulevard, Yazd 8975136748, Iran; P.O. Box 1111, Tehran, Iran; Website www.icioc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 49 (Iran) [IRAN-EO13871].

IRAN CENTRIFUGE TECHNOLOGY COMPANY (a.k.a. "TESA"), Yousef Abad District, No. 1, 37th Street, Tehran, Iran; Khalij-e Fars Boulevard, Kilometre 10 of Atomic Energy Road, Rowshan Shahr, Third Moshtaq Street, Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRAN CHASSIS MANUFACTURING CO. (Arabic: شرکت شاسی ساز ایران), No. 279, 13th Km of Lashgari Hwy, Tehran 13999-39711, Iran; Hekmat Dahom Street, inside Bahman Diesel Co., Alborz Industrial Park, Qazvin, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 17 Mar 1992; National ID No. 10101337072 (Iran); Business Registration Number 89322 (Iran) [SDGT] [IFSR] (Linked To: ESFAHAN'S MOBARAKEH STEEL COMPANY).

IRAN CHEMICAL INDUSTRIES INVESTMENT COMPANY (Arabic: شرکت سرمایه گذاری صنایع شیمیایی ایران) (a.k.a. IRAN CHEMICAL INDUSTRIES INVESTMENT COMPANY PUBLIC JOINT STOCK; a.k.a. "ICIIC"), KM 15 of Isfahan-Teheran Road, Isfahan 8235144114, Iran; No. 16 Shahid Saidi St. Hafez Shirazi, Nelson Mandela St. Africa, Tehran 1967963735, Iran; Website www.iciiclab.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1984; National ID No. 10100970248 (Iran); Business Registration Number 8027 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

IRAN CHEMICAL INDUSTRIES INVESTMENT COMPANY PUBLIC JOINT STOCK (a.k.a. IRAN CHEMICAL INDUSTRIES INVESTMENT COMPANY (Arabic: شرکت سرمایه گذاری صنایع شیمیایی ایران); a.k.a. "ICIIC"), KM 15 of Isfahan-Teheran Road, Isfahan 8235144114, Iran; No. 16 Shahid Saidi St. Hafez Shirazi, Nelson Mandela St. Africa, Tehran 1967963735, Iran;

Website www.iciiclab.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1984; National ID No. 10100970248 (Iran); Business Registration Number 8027 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

IRAN COMBINE MANUFACTURING CO. (Arabic: شرکت کمباین سازی ایران), Ghaem Magham Farahani St., Motahhari Intersection, Magnolia Alley #37, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100514779 (Iran); Registration Number 11116 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

IRAN COMMUNICATION INDUSTRIES (a.k.a. ICI; a.k.a. IRAN COMMUNICATIONS INDUSTRIES GROUP; a.k.a. SANAYE MOKHABERAT IRAN), P.O. Box 19295-4731, Pasdaran Avenue, Tehran, Iran; P.O. Box 19575-131, 34 Apadana Avenue, Tehran, Iran; Shahid Langary Street, Nobonyad Square Ave., Pasdaran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRAN COMMUNICATIONS INDUSTRIES GROUP (a.k.a. ICI; a.k.a. IRAN COMMUNICATION INDUSTRIES; a.k.a. SANAYE MOKHABERAT IRAN), P.O. Box 19295-4731, Pasdaran Avenue, Tehran, Iran; P.O. Box 19575-131, 34 Apadana Avenue, Tehran, Iran; Shahid Langary Street, Nobonyad Square Ave., Pasdaran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRAN CUTTING TOOLS COMPANY (a.k.a. TABA; a.k.a. TABA COMPANY; a.k.a. TOWLID ABZAR BORESHI IRAN), Northwest of Karaj at Km 55 Qazvin (alt. Ghazvin) Highway, Haljerd, Iran; No. 66 Sarhang Sakhaei St., Hafez Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRAN DEVELOPMENT & RENOVATION ORGANIZATION COMPANY (a.k.a. IDRO; a.k.a. INDUSTRIAL DEVELOPMENT AND RENOVATION ORGANIZATION OF IRAN; a.k.a. IRAN DEVELOPMENT AND RENOVATION ORGANIZATION COMPANY; a.k.a. SAWZEMANE GOSTARESH VA NOWSAZI SANAYE IRAN), Vali Asr Building, Jam e Jam Street, Vali Asr Avenue, Tehran 15815-3377, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

IRAN DEVELOPMENT AND RENOVATION ORGANIZATION COMPANY (a.k.a. IDRO; a.k.a. INDUSTRIAL DEVELOPMENT AND RENOVATION ORGANIZATION OF IRAN; a.k.a. IRAN DEVELOPMENT & RENOVATION ORGANIZATION COMPANY; a.k.a. SAWZEMANE GOSTARESH VA NOWSAZI SANAYE IRAN), Vali Asr Building, Jam e Jam Street, Vali Asr Avenue, Tehran 15815-3377, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

IRAN DOCHARKH CO. (Arabic: شرکت دوچرخ ایران), No. 279, 13th Km of Lashgari Hwy, Tehran 13999-39711, Iran; Caspian Industrial Park, Qazvin, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Mar 2005; National ID No. 10102833952 (Iran); Business Registration Number 242690 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

IRAN ELECTRONIC DEVELOPMENT (a.k.a. IRAN ELECTRONIC DEVELOPMENT CO.; a.k.a. IRAN ELECTRONIC DEVELOPMENT COMPANY (Arabic: شرکت گسترش الکترونیک ایران); a.k.a. "IEDC"), Africa Street, Lower Than Haqqani Crossroad Kaman Alley, Way of Shahid Haghani, Kuchma Avenue, Tehran, Iran; Website http://www.iedc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102166006 (Iran); Registration Number 174201 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

IRAN ELECTRONIC DEVELOPMENT CO. (a.k.a. IRAN ELECTRONIC DEVELOPMENT; a.k.a. IRAN ELECTRONIC DEVELOPMENT COMPANY (Arabic: شرکت گسترش الکترونیک ایران); a.k.a. "IEDC"), Africa Street, Lower Than Haqqani Crossroad Kaman Alley, Way of Shahid Haghani, Kuchma Avenue, Tehran, Iran; Website http://www.iedc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102166006 (Iran); Registration Number 174201 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

IRAN ELECTRONIC DEVELOPMENT COMPANY (Arabic: شرکت گسترش الکترونیک ایران) (a.k.a. IRAN ELECTRONIC DEVELOPMENT; a.k.a. IRAN ELECTRONIC DEVELOPMENT CO.; a.k.a. "IEDC"), Africa Street, Lower Than Haqqani Crossroad Kaman Alley, Way of

Shahid Haghani, Kuchma Avenue, Tehran, Iran; Website http://www.iedc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102166006 (Iran); Registration Number 174201 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

IRAN ELECTRONICS INDUSTRIES (a.k.a. SAIRAN; a.k.a. SANAYE ELECTRONIC IRAN; a.k.a. SASAD IRAN ELECTRONICS INDUSTRIES; a.k.a. SHERKAT SANAYEH ELECTRONICS IRAN; a.k.a. "IEI"), P.O. Box 19575-365, Shahied Langari Street, Noboniad Sq, Pasdaran Ave, Saltanad Abad, Tehran, Iran; P.O. Box 71365-1174, Hossain Abad/Ardakan Road, Shiraz, Iran; Hossein Abad/Ardakan Road, P.O. Box 555, Shiraz 71365/1174, Iran; Shahid Langari Street, Nobonyad Square, Tehran, Iran; Website www.ieimil.ir; alt. Website www.ieicorp.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 829 [NPWMD] [IFSR] [IRAN-TRA].

IRAN EXPORT BANK (a.k.a. BANK SADERAT IRAN), PO Box 15745-631, Bank Saderat Tower, 43 Somayeh Avenue, Tehran, Iran; 16 rue de la Paix, Paris 75002, France; Postfach 160151, Friedenstr 4, D-60311, Frankfurt am Main, Germany; PO Box 4308, 25-29 Venizelou St, Athens, Attica GR 105 64, Greece; 3rd Floor, Aliktisad Bldg, Ras El Ein Street Baalbak, Baalbak, Lebanon; Saida Branch, Sida Riad Elsoleh St, Martyrs Sq, Saida, Lebanon; Borj Albarajneh Branch - 20 Alholom Bldg, Sahat Mreijeh, Kafaat St, Beirut, Lebanon; 1st Floor, Alrose Bldg, Verdun - Rashid Karame St, Beirut, Lebanon; PO Box 5126, Beirut, Lebanon; 3rd Floor, Mteco Centre, Mar Elias, Facing Al Hellow Barrak, POB 5126, Beirut, Lebanon; Alghobeiri Branch - Aljawhara Bldg, Ghobeiry Blvd, Beirut, Lebanon; PO Box 1269, Muscat 112, Oman; PO Box 4425, Salwa Rd, Doha, Qatar; PO Box 2256, Doha, Qatar; 2nd Floor, No 181 Makhtoomgholi Ave, Ashgabat, Turkmenistan; PO Box 700, Abu Dhabi, United Arab Emirates; PO Box 16, Liwara Street, Ajman, United Arab Emirates; PO Box 1140, Al-Am Road, Al-Ein, Al Ain, Abu Dhabi, United Arab Emirates; Bur Dubai, Khaled Bin Al Walid St, Dubai City, United Arab Emirates; Sheikh Zayed Rd, Dubai City, United Arab Emirates; PO Box 4182, Almaktoum Rd, Dubai City, United Arab Emirates; PO Box 4182, Murshid Bazar Branch, Dubai City, United Arab Emirates; PO Box 316, Bank Saderat Bldg,

Alaroda St, Borj Ave, Sharjah, United Arab Emirates; Ground Floor Business Room, Building Banke Khoon Road, Harat, Afghanistan; No. 56, Opposite of Security Department, Toraboz Khan Str., Kabul, Afghanistan; 5 Lothbury, London EC2R 7HD, United Kingdom; Postfach 112227, Deichstrasse 11, 20459, Hamburg, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; all offices worldwide [IRAN] [SDGT] [IFSR].

IRAN FOREIGN INVESTMENT COMPANY (a.k.a. IFIC), No. 4, Saba Blvd., Africa Blvd., Tehran 19177, Iran; P.O. Box 19395-6947, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

IRAN HELICOPTER SUPPORT AND RENEWAL COMPANY (a.k.a. IHSRC; a.k.a. IRANIAN HELICOPTERS' MAINTENANCE AND REPAIRS COMPANY; a.k.a. IRAN'S HELICOPTER RENOVATION AND LOGISTICS COMPANY; a.k.a. PANHA), Meherabad Airport Road, Azadi Square, Foroudgah Street, Meradj Avenue, Tehran, Iran; PO Box 13185-1688, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRAN INSURANCE COMPANY (a.k.a. BIMEH IRAN), 107 Dr Fatemi Avenue, Tehran 14155/6363, Iran; Abdolaziz-Al-Masaeed Building, Sheikh Maktoom St., Deira, P.O. Box 2004, Dubai, United Arab Emirates; P.O. Box 1867, Al Ain, Abu Dhabi, United Arab Emirates; P.O. Box 3281, Abu Dhabi, United Arab Emirates; P.O. Box 1666, Sharjah, United Arab Emirates; P.O. Box 849, Ras-Al-Khaimah, United Arab Emirates; P.O. Box 417, Muscat 113, Oman; P.O. Box 676, Salalah 211, Oman; P.O. Box 995, Manama, Bahrain; Al-Lami Center, Ali-Bin-Abi Taleb St. Sharafia, P.O. Box 11210, Jeddah 21453, Saudi Arabia; Al Alia Center, Salaheddine Rd., Al Malaz, P.O. Box 21944, Riyadh 11485, Saudi Arabia; Al Rajhi Bldg., 3rd Floor, Suite 23, Dhahran St., P.O. Box 1305, Dammam 31431, Saudi Arabia; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

IRAN MARINE INDUSTRIAL COMPANY SSA (a.k.a. IRAN MARINE INDUSTRIAL COMPANY, SADRA; a.k.a. IRAN SADRA; a.k.a. IRAN SHIP BUILDING CO.; a.k.a. SADRA; a.k.a. SHERKATE SANATI DARYAI IRAN), 3rd Floor Aftab Building, No. 3 Shafagh Street, Dadman Blvd, Phase 7, Shahrak Ghods, P.O. Box 14665-495, Tehran, Iran; Office E-43 Torre E- Piso 4, Centrao Commercial Lido Av., Francisco de Miranda, Caracas, Venezuela; Website www.sadra.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

IRAN MARINE INDUSTRIAL COMPANY, SADRA (a.k.a. IRAN MARINE INDUSTRIAL COMPANY SSA; a.k.a. IRAN SADRA; a.k.a. IRAN SHIP BUILDING CO.; a.k.a. SADRA; a.k.a. SHERKATE SANATI DARYAI IRAN), 3rd Floor Aftab Building, No. 3 Shafagh Street, Dadman Blvd, Phase 7, Shahrak Ghods, P.O. Box 14665-495, Tehran, Iran; Office E-43 Torre E- Piso 4, Centrao Commercial Lido Av., Francisco de Miranda, Caracas, Venezuela; Website www.sadra.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

IRAN MELLI BANK INVESTMENT COMPANY (f.k.a. BANK MELLI IRAN INVESTMENT COMPANY; a.k.a. NATIONAL DEVELOPMENT AND INVESTMENT GROUP; a.k.a. TOSEE MELLI GROUP INVESTMENT COMPANY; a.k.a. TOSE-E MELLI GROUP INVESTMENT COMPANY; a.k.a. TOSE-E MELLI GROUP INVESTMENT COMPANY PUBLIC SHAREHOLDING COMPANY; a.k.a. "TMGIC"), 2 Nader Alley, After Dr Vali e Asr Avenue, Tehran 15116, Iran; PO Box 15875-3898, Iran; Building 89, Khoddami Street, Vanak, Tehran 53158753898, Iran; Number 89, Shahid Khodami Street, After Kurdistan Bridge, Vanak Square, Iran; Vank Square, Shahid Khademi Street, after Kurdistan Bridge, No. 89, Tehran 1958698856, Iran; Website www.bmiic.ir; alt. Website www.en.tmgic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10101339590 (Iran); Registration Number 89584 (Iran) [SDGT] [IFSR] (Linked To: BANK MELLI IRAN).

IRAN MERINE SERVICES, Iran; Additional Sanctions Information - Subject to Secondary

Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

IRAN MINING INDUSTRIES DEVELOPMENT AND RENOVATION ORGANIZATION (a.k.a. IMIDRO; a.k.a. IRANIAN MINES AND MINERAL INDUSTRIES DEVELOPMENT AND RENOVATION; a.k.a. IRANIAN MINES AND MINING INDUSTRIES DEVELOPMENT AND RENOVATION ORGANIZATION), No. 39, Sepahbod Gharani Avenue, Ferdousi Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

IRAN MOBIN ELECTRONIC DEVELOPMENT COMPANY (Arabic: شرکت گسترش الکترونیک مبین ایران) (a.k.a. MOBIN IRAN ELECTRONICS DEVELOPMENT COMPANY), Ahmad Qassir Bokharest St., Argentine Sq., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103492170 (Iran); Registration Number 313314 (Iran) [IRAN-EO13876] (Linked To: EXECUTION OF IMAM KHOMEINI'S ORDER).

IRAN NUCLEAR REGULATORY AUTHORITY (a.k.a. "INRA"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

IRAN OIL TERMINALS COMPANY (a.k.a. IRANIAN OIL TERMINALS COMPANY (Arabic: شرکت پایانه های نفتی ایران)), Hafez Corner, National Iranian Oil Company Headquarters, Taleghani Street, Tehran 1514846116, Iran; No. 11, Pasdaran St., Hojjat Souri St., Tehran, Iran; Shomal Oil Terminal, Neka, Mazandaran, Iran; Mahshahr Oil Terminal, Bandar-e Mahshahr, Khuzestan, Iran; Kharg Oil Terminal, Kharg Island, Bushehr, Iran; South Pars Condensate Oil Terminal, Asaluyeh, Bushehr, Iran; Jask Oil Terminal, Jask, Hormozgan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 15 Mar 1999; National ID No. 10101920450 (Iran); Identification Number 411155817498 (Iran); Registration Number 149197 (Iran) [IRAN-EO13902].

IRAN OVERSEAS INVESTMENT BANK LIMITED (a.k.a. BANK SADERAT PLC; f.k.a. IRAN OVERSEAS INVESTMENT BANK PLC; f.k.a. IRAN OVERSEAS INVESTMENT CORPORATION LIMITED), 5 Lothbury, London EC2R 7HD, United Kingdom; PO Box 15175/584, 6th Floor, Sadaf Bldg, 1137 Vali Asr Ave, Tehran 15119-43885, Iran; Additional Sanctions Information - Subject to Secondary

Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; UK Company Number 01126618 (United Kingdom); all offices worldwide [IRAN] [SDGT] [IFSR].

IRAN OVERSEAS INVESTMENT BANK PLC (a.k.a. BANK SADERAT PLC; f.k.a. IRAN OVERSEAS INVESTMENT BANK LIMITED; f.k.a. IRAN OVERSEAS INVESTMENT CORPORATION LIMITED), 5 Lothbury, London EC2R 7HD, United Kingdom; PO Box 15175/584, 6th Floor, Sadaf Bldg, 1137 Vali Asr Ave, Tehran 15119-43885, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; UK Company Number 01126618 (United Kingdom); all offices worldwide [IRAN] [SDGT] [IFSR].

IRAN OVERSEAS INVESTMENT CORPORATION LIMITED (a.k.a. BANK SADERAT PLC; f.k.a. IRAN OVERSEAS INVESTMENT BANK LIMITED; f.k.a. IRAN OVERSEAS INVESTMENT BANK PLC), 5 Lothbury, London EC2R 7HD, United Kingdom; PO Box 15175/584, 6th Floor, Sadaf Bldg, 1137 Vali Asr Ave, Tehran 15119-43885, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; UK Company Number 01126618 (United Kingdom); all offices worldwide [IRAN] [SDGT] [IFSR].

IRAN PETROCHEMICAL COMMERCIAL COMPANY (a.k.a. PETROCHEMICAL COMMERCIAL COMPANY; a.k.a. SHERKATE BASARGANI PETROCHEMIE (SAHAMI KHASS); a.k.a. SHERKATE BAZARGANI PETRCHEMIE; a.k.a. "IPCC"; a.k.a. "PCC"), No. 1339, Vali Nejad Alley, Vali-e-Asr St., Vanak Sq., Tehran, Iran; INONU CAD. SUMER Sok., Zitas Bloklari C.2 Bloc D.H, Kozyatagi, Kadikoy, Istanbul, Turkey; Topcu Ibrahim Sokak No: 13 D: 7 Icerenkoy-Kadikoy, Istanbul, Turkey; 99-A, Maker Tower F, 9th Floor, Cuffe Parade, Colabe, Mumbai 400 005, India; No. 1014, Doosan We've Pavilion, 58, Soosong-Dong, Jongno-Gu, Seoul, Korea, South; Office No. 707, No. 10, Chao Waidajie, Chao Tang District, Beijing 100020, China; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

IRAN POOYA (a.k.a. IRAN POOYA; a.k.a. IRAN PUYA), No. 8, Haqani Exp. Way, Vanak Sq., 15187, Tehran, Iran; Main Office: Vanak Square, Shahid Haghaei Road after the Jahan-E-Kudak Junction, Block 33, Tehran, Iran; Plant: Kadim Karaj Road, Metri-E-Zarand 45 Boulevard, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 5566 [NPWMD] [IFSR].

IRAN POUYA (a.k.a. IRAN POOYA; a.k.a. IRAN PUYA), No. 8, Haqani Exp. Way, Vanak Sq., 15187, Tehran, Iran; Main Office: Vanak Square, Shahid Haghaei Road after the Jahan-E-Kudak Junction, Block 33, Tehran, Iran; Plant: Kadim Karaj Road, Metri-E-Zarand 45 Boulevard, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 5566 [NPWMD] [IFSR].

IRAN PUYA (a.k.a. IRAN POOYA; a.k.a. IRAN POUYA), No. 8, Haqani Exp. Way, Vanak Sq., 15187, Tehran, Iran; Main Office: Vanak Square, Shahid Haghaei Road after the Jahan-E-Kudak Junction, Block 33, Tehran, Iran; Plant: Kadim Karaj Road, Metri-E-Zarand 45 Boulevard, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 5566 [NPWMD] [IFSR].

IRAN SADRA (a.k.a. IRAN MARINE INDUSTRIAL COMPANY SSA; a.k.a. IRAN MARINE INDUSTRIAL COMPANY, SADRA; a.k.a. IRAN SHIP BUILDING CO.; a.k.a. SADRA; a.k.a. SHERKATE SANATI DARYAI IRAN), 3rd Floor Aftab Building, No. 3 Shafagh Street, Dadman Blvd, Phase 7, Shahrak Ghods, P.O. Box 14665-495, Tehran, Iran; Office E-43 Torre E- Piso 4, Centrao Commercial Lido Av., Francisco de Miranda, Caracas, Venezuela; Website www.sadra.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

IRAN SAFFRON COMPANY (a.k.a. ARFA PAINT COMPANY; a.k.a. ARFEH COMPANY; a.k.a. FARASEPEHR ENGINEERING COMPANY; a.k.a. HOSSEINI NEJAD TRADING CO.; a.k.a. IRANSAFFRON CO; a.k.a. SHETAB G; a.k.a. SHETAB GAMAN; a.k.a. SHETAB TRADING; a.k.a. Y.A.S. CO LTD.; a.k.a. YASA PART), West Lavansai, Tehran 009821, Iran; Sa'adat Abaad, Shahrdari Sq Sarv Building, 9th Floor, Unit 5, Tehran, Iran; No 17, Balooch Alley, Vaezi St, Shariati Ave, Tehran, Iran; Additional

Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRAN SHIP BUILDING CO. (a.k.a. IRAN MARINE INDUSTRIAL COMPANY SSA; a.k.a. IRAN MARINE INDUSTRIAL COMPANY, SADRA; a.k.a. IRAN SADRA; a.k.a. SADRA; a.k.a. SHERKATE SANATI DARYAI IRAN), 3rd Floor Aftab Building, No. 3 Shafagh Street, Dadman Blvd, Phase 7, Shahrak Ghods, P.O. Box 14665-495, Tehran, Iran; Office E-43 Torre E-Piso 4, Centrao Commercial Lido Av., Francisco de Miranda, Caracas, Venezuela; Website www.sadra.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

IRAN SPACE AGENCY, No 57/2, Saie St, Vali E Asr St, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRAN SPACE RESEARCH CENTER, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRAN TIRE CO. (Arabic: شرکت ایران تایر) (a.k.a. IRAN TIRE MANUFACTURING CO; a.k.a. IRAN TIRE MANUFACTURING COMPANY (Arabic: شرکت تولیدی ایران تایر); a.k.a. "IRAN TIRE"), Km 5 Karaj Makhsoos Road, Opposite Ghods Air Industries, Tehran 1398834711, Iran; 5th Km of Special Road Karaj, Tehran 1398834711, Iran; Website http://www.irantireco.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100387143 (Iran); Registration Number 9240 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

IRAN TIRE MANUFACTURING CO (a.k.a. IRAN TIRE CO. (Arabic: شرکت ایران تایر); a.k.a. IRAN TIRE MANUFACTURING COMPANY (Arabic: شرکت تولیدی ایران تایر); a.k.a. "IRAN TIRE"), Km 5 Karaj Makhsoos Road, Opposite Ghods Air Industries, Tehran 1398834711, Iran; 5th Km of Special Road Karaj, Tehran 1398834711, Iran; Website http://www.irantireco.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100387143 (Iran); Registration Number 9240 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

IRAN TIRE MANUFACTURING COMPANY (Arabic: شرکت تولیدی ایران تایر) (a.k.a. IRAN TIRE CO. (Arabic: شرکت ایران تایر); a.k.a. IRAN TIRE MANUFACTURING CO; a.k.a. "IRAN TIRE"),

Km 5 Karaj Makhsoos Road, Opposite Ghods Air Industries, Tehran 1398834711, Iran; 5th Km of Special Road Karaj, Tehran 1398834711, Iran; Website http://www.irantireco.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100387143 (Iran); Registration Number 9240 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

IRAN TRACTOR MANUFACTURING (a.k.a. IRAN TRACTOR MANUFACTURING COMPANY), Sephabod Gharani Avenue, Km 9/5 Karaj Special Road, Corner of Yazar Zarin Street, Opposite Shahab Khodro, Office of The Tractor Engineering, Tehran, Iran; Website www.itm.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY; Linked To: NEGIN SAHEL ROYAL INVESTMENT COMPANY).

IRAN TRACTOR MANUFACTURING COMPANY (a.k.a. IRAN TRACTOR MANUFACTURING), Sephabod Gharani Avenue, Km 9/5 Karaj Special Road, Corner of Yazar Zarin Street, Opposite Shahab Khodro, Office of The Tractor Engineering, Tehran, Iran; Website www.itm.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY; Linked To: NEGIN SAHEL ROYAL INVESTMENT COMPANY).

IRAN TRANSFO CO., 4th Km of Zanjan-Tehran Road, P.O. Box 4513651118, Zanjan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v) [IFCA].

IRAN URANIUM ENRICHMENT COMPANY (a.k.a. ADVANCED TECHNOLOGIES COMPANY OF IRAN; f.k.a. GHANI SAZI ENRICHMENT; a.k.a. IRAN ADVANCED TECHNOLOGIES COMPANY; f.k.a. IRANIAN ENRICHMENT COMPANY; a.k.a. "ADVANCED TECHNOLOGIES"; a.k.a. "ADVANCED TECHNOLOGIES COMPANY"; a.k.a. "ADVANCED TECHNOLOGIES HOLDING COMPANY"; a.k.a. "IATC"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103378982 (Iran); Registration Number 299780 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

IRAN ZAMIN BANK (a.k.a. BANK-E IRAN ZAMIN), Seyyed Jamal-oldin Asadabadi St., Corner of 68th St., No. 472, Tehran, Iran; Website www.izbank.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

IRAN ZINC MINES DEVELOPMENT COMPANY, No. 13, 8th Street, Ghaem Maghame Farahani Ave., Tehran, Iran; No. 45, 4th Street, Amir Alame Ghazanfarian Avenue, Etemadiyeh, Zanjan, Iran; Website www.IZMDC.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: TAKTAR INVESTMENT COMPANY).

IRANAGH, Gholamreza Radmard (a.k.a. RADMARD, Gholamreza), Iran; DOB 25 Jan 1984; POB Tabriz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport F35337357 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

IRANAIR (a.k.a. HAVAPEYMAYI MELLI IRAN; a.k.a. IRAN AIR; a.k.a. IRAN AIR PJSC; a.k.a. IRANAIR CARGO; a.k.a. THE AIRLINE OF THE ISLAMIC REPUBLIC OF IRAN; a.k.a. "HOMA"), Iran Air Building, Mehrabad Airport, Tehran, Iran; Postal Box 13185-775, Tehran, Iran; Central Airlines Department of the Islamic Republic of Iran, Tehran Karaj Special Road, Beginning of Mehrabad International Airport, Tehran, Iran; Website www.iranair.com; alt. Website www.iranair.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 10100354259 (Iran); Registration Number 8132 (Iran) [IRAN] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

IRANAIR CARGO (a.k.a. HAVAPEYMAYI MELLI IRAN; a.k.a. IRAN AIR; a.k.a. IRAN AIR PJSC; a.k.a. IRANAIR; a.k.a. THE AIRLINE OF THE ISLAMIC REPUBLIC OF IRAN; a.k.a. "HOMA"), Iran Air Building, Mehrabad Airport, Tehran, Iran; Postal Box 13185-775, Tehran, Iran; Central Airlines Department of the Islamic Republic of Iran, Tehran Karaj Special Road, Beginning of Mehrabad International Airport, Tehran, Iran; Website www.iranair.com; alt. Website www.iranair.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 10100354259 (Iran); Registration Number 8132 (Iran) [IRAN] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

IRANIAN ALUMINUM COMPANY (a.k.a. IRAN ALUMINIUM COMPANY; a.k.a. IRAN ALUMINUM COMPANY; a.k.a. IRAN'S ALUMINUM COMPANY; a.k.a. "IRALCO"), No. 49 Mullah Sadra Street, Vanaq Square, After Kurdistan Crossroads, Tehran, Iran; P.O. Box 3, Arak, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 2600 (Iran) [IRAN-EO13871].

IRANIAN ATLAS COMPANY, No. 5, 10th Baharestan, Pasdaran Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 59784 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: ANSAR BANK).

IRANIAN BASPAR PUYA COMPANY (a.k.a. "PARPO"), Level 7, Number 180, 14 Farai Street, 1 Street, Jay Industrial Town Neighborhood, South Qahhab Rural District, Isfahan 8159484811, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 02 Sep 2020; National ID No. 14009403224 (Iran); Registration Number 65464 (Iran) [SDGT] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

IRANIAN COMMISSION FOR REBUILDING SOUTHERN LEBANON (a.k.a. IRANIAN COMMISSION IN LEBANON; a.k.a. IRANIAN COMMITTEE FOR REBUILDING LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE CONTRIBUTION IN THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE

FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE TO RECONSTRUCT LEBANON; a.k.a. IRANIAN CONTRIBUTORY ORGANIZATION FOR RECONSTRUCTING LEBANON; a.k.a. IRANIAN HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN ORGANIZATION FOR REBUILDING LEBANON; a.k.a. IRANIAN ORGANIZATION FOR RECONSTRUCTION IN LEBANON; a.k.a. IRAN'S HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON), Near Iranian Embassy, Brazilia Building, 1st Floor, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

IRANIAN COMMISSION IN LEBANON (a.k.a. IRANIAN COMMISSION FOR REBUILDING SOUTHERN LEBANON; a.k.a. IRANIAN COMMITTEE FOR REBUILDING LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE CONTRIBUTION IN THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE TO RECONSTRUCT LEBANON; a.k.a. IRANIAN CONTRIBUTORY ORGANIZATION FOR RECONSTRUCTING LEBANON; a.k.a. IRANIAN HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN ORGANIZATION FOR REBUILDING LEBANON; a.k.a. IRANIAN ORGANIZATION FOR RECONSTRUCTION IN LEBANON; a.k.a. IRAN'S HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON), Near Iranian Embassy, Brazilia Building, 1st Floor, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

IRANIAN COMMITTEE FOR REBUILDING LEBANON (a.k.a. IRANIAN COMMISSION FOR REBUILDING SOUTHERN LEBANON; a.k.a. IRANIAN COMMISSION IN LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE CONTRIBUTION IN THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE TO RECONSTRUCT LEBANON; a.k.a. IRANIAN CONTRIBUTORY ORGANIZATION FOR RECONSTRUCTING LEBANON; a.k.a.

IRANIAN HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN ORGANIZATION FOR REBUILDING LEBANON; a.k.a. IRANIAN ORGANIZATION FOR RECONSTRUCTION IN LEBANON; a.k.a. IRAN'S HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON), Near Iranian Embassy, Brazilia Building, 1st Floor, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

IRANIAN COMMITTEE FOR THE CONTRIBUTION IN THE RECONSTRUCTION OF LEBANON (a.k.a. IRANIAN COMMISSION FOR REBUILDING SOUTHERN LEBANON; a.k.a. IRANIAN COMMISSION IN LEBANON; a.k.a. IRANIAN COMMITTEE FOR REBUILDING LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE TO RECONSTRUCT LEBANON; a.k.a. IRANIAN CONTRIBUTORY ORGANIZATION FOR RECONSTRUCTING LEBANON; a.k.a. IRANIAN HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN ORGANIZATION FOR REBUILDING LEBANON; a.k.a. IRANIAN ORGANIZATION FOR RECONSTRUCTION IN LEBANON; a.k.a. IRAN'S HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON), Near Iranian Embassy, Brazilia Building, 1st Floor, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

IRANIAN COMMITTEE FOR THE RECONSTRUCTION OF LEBANON (a.k.a. IRANIAN COMMISSION FOR REBUILDING SOUTHERN LEBANON; a.k.a. IRANIAN COMMISSION IN LEBANON; a.k.a. IRANIAN COMMITTEE FOR REBUILDING LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE CONTRIBUTION IN THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE TO RECONSTRUCT LEBANON; a.k.a. IRANIAN CONTRIBUTORY ORGANIZATION FOR RECONSTRUCTING LEBANON; a.k.a. IRANIAN HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN ORGANIZATION FOR REBUILDING LEBANON; a.k.a. IRANIAN ORGANIZATION FOR RECONSTRUCTION IN LEBANON; a.k.a.

IRAN'S HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON), Near Iranian Embassy, Brazilia Building, 1st Floor, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

IRANIAN COMMITTEE TO RECONSTRUCT LEBANON (a.k.a. IRANIAN COMMISSION FOR REBUILDING SOUTHERN LEBANON; a.k.a. IRANIAN COMMISSION IN LEBANON; a.k.a. IRANIAN COMMITTEE FOR REBUILDING LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE CONTRIBUTION IN THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN CONTRIBUTORY ORGANIZATION FOR RECONSTRUCTING LEBANON; a.k.a. IRANIAN HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN ORGANIZATION FOR REBUILDING LEBANON; a.k.a. IRANIAN ORGANIZATION FOR RECONSTRUCTION IN LEBANON; a.k.a. IRAN'S HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON), Near Iranian Embassy, Brazilia Building, 1st Floor, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

IRANIAN COMMUNICATIONS REGULATORY AUTHORITY (a.k.a. "SAZMAN-E TANZIM MOGHARARAT"), Ministry of Information and Communications Technology, P.O. Box 15598-4415, 1631713761, Tehran, Iran; Website http://www.cra.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

IRANIAN CONTRIBUTORY ORGANIZATION FOR RECONSTRUCTING LEBANON (a.k.a. IRANIAN COMMISSION FOR REBUILDING SOUTHERN LEBANON; a.k.a. IRANIAN COMMISSION IN LEBANON; a.k.a. IRANIAN COMMITTEE FOR REBUILDING LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE CONTRIBUTION IN THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE TO RECONSTRUCT LEBANON; a.k.a. IRANIAN HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON; a.k.a.

IRANIAN ORGANIZATION FOR REBUILDING LEBANON; a.k.a. IRANIAN ORGANIZATION FOR RECONSTRUCTION IN LEBANON; a.k.a. IRAN'S HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON), Near Iranian Embassy, Brazilia Building, 1st Floor, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

IRANIAN CYBER POLICE (a.k.a. FATA POLICE); Website http://www.cyberpolice.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

IRANIAN ENRICHMENT COMPANY (a.k.a. ADVANCED TECHNOLOGIES COMPANY OF IRAN; f.k.a. GHANI SAZI ENRICHMENT; a.k.a. IRAN ADVANCED TECHNOLOGIES COMPANY; f.k.a. IRAN URANIUM ENRICHMENT COMPANY; a.k.a. "ADVANCED TECHNOLOGIES"; a.k.a. "ADVANCED TECHNOLOGIES COMPANY"; a.k.a. "ADVANCED TECHNOLOGIES HOLDING COMPANY"; a.k.a. "IATC"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103378982 (Iran); Registration Number 299780 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

IRANIAN EXPORT DEVELOPMENT BANK (a.k.a. BANK TOSEE SADERAT IRAN; a.k.a. BANK TOSEH SADERAT IRAN; a.k.a. BANK TOSEYEH SADERAT IRAN; a.k.a. BANK TOWSEEH SADERAT IRAN; a.k.a. EXPORT DEVELOPMENT BANK OF IRAN; a.k.a. "EDBI"), No. 26, Tosee Tower (Export Development Building), Corner of 15th Street, Ahmad Qasir Avenue, Argentina Square, Tehran 1513815111, Iran; Website www.edbi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 86936 (Iran) [IRAN] [SDGT] [IFSR] (Linked To: MB BANK).

IRANIAN GHADIR IRON & STEEL CO. (a.k.a. IRANIAN GHADIR IRON AND STEEL CO.; a.k.a. "IGISCO"), 25th Km. Aradakan, Naein Road, Yazd, Iran; No. 1 34th Alley, Valiasr St., After Saei Park, Tehran, Iran; Website www.igisco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

IRANIAN GHADIR IRON AND STEEL CO. (a.k.a. IRANIAN GHADIR IRON & STEEL CO.; a.k.a. "IGISCO"), 25th Km. Aradakan, Naein Road, Yazd, Iran; No. 1 34th Alley, Valiasr St., After Saei Park, Tehran, Iran; Website www.igisco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

IRANIAN HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON (a.k.a. IRANIAN COMMISSION FOR REBUILDING SOUTHERN LEBANON; a.k.a. IRANIAN COMMISSION IN LEBANON; a.k.a. IRANIAN COMMITTEE FOR REBUILDING LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE CONTRIBUTION IN THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE TO RECONSTRUCT LEBANON; a.k.a. IRANIAN CONTRIBUTORY ORGANIZATION FOR RECONSTRUCTING LEBANON; a.k.a. IRANIAN ORGANIZATION FOR REBUILDING LEBANON; a.k.a. IRANIAN ORGANIZATION FOR RECONSTRUCTION IN LEBANON; a.k.a. IRAN'S HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON), Near Iranian Embassy, Brazilia Building, 1st Floor, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

IRANIAN HELICOPTERS' MAINTENANCE AND REPAIRS COMPANY (a.k.a. IHSRC; a.k.a. IRAN HELICOPTER SUPPORT AND RENEWAL COMPANY; a.k.a. IRAN'S HELICOPTER RENOVATION AND LOGISTICS COMPANY; a.k.a. PANHA), Meherabad Airport Road, Azadi Square, Foroudgah Street, Meradj Avenue, Tehran, Iran; PO Box 13185-1688, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRANIAN INVESTMENT PETROCHEMICAL GROUP COMPANY (a.k.a. IRANIAN PETROCHEMICAL INVESTMENT GROUP COMPANY), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND (a.k.a. IRGC JANGAL ORGANIZATION; a.k.a. IRGC-CEC; f.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS ELECTRONIC WARFARE AND CYBER DEFENSE ORGANIZATION), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] [HRIT-IR].

IRANIAN MARTYRS FUND (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES; a.k.a. AL-SHAHID CORPORATION; a.k.a. BONYAD SHAHID; a.k.a. BONYAD-E SHAHID; a.k.a. BONYAD-E SHAHID VA ISARGARAN; a.k.a. ES-SHAHID; a.k.a. MARTYRS FOUNDATION; a.k.a. SHAHID FOUNDATION; a.k.a. SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION), P.O. Box 15815-1394, Tehran 15900, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

IRANIAN MINES AND MINERAL INDUSTRIES DEVELOPMENT AND RENOVATION (a.k.a. IMIDRO; a.k.a. IRAN MINING INDUSTRIES DEVELOPMENT AND RENOVATION ORGANIZATION; a.k.a. IRANIAN MINES AND MINING INDUSTRIES DEVELOPMENT AND RENOVATION ORGANIZATION), No. 39, Sepahbod Gharani Avenue, Ferdousi Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

IRANIAN MINES AND MINING INDUSTRIES DEVELOPMENT AND RENOVATION ORGANIZATION (a.k.a. IMIDRO; a.k.a. IRAN MINING INDUSTRIES DEVELOPMENT AND RENOVATION ORGANIZATION; a.k.a. IRANIAN MINES AND MINERAL INDUSTRIES DEVELOPMENT AND RENOVATION), No. 39, Sepahbod Gharani Avenue, Ferdousi Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY (a.k.a. VEZARAT-E ETTELA'AT VA AMNIAT-E KESHVAR; a.k.a. "MOIS"; a.k.a. "VEVAK"), bounded roughly by Sanati Street on the west, 30th Street on the south, and Iraqi Street on the east, Tehran, Iran; Ministry of Intelligence, Second Negarestan Street, Pasdaran Avenue, Tehran, Iran; Additional

Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target Type Government Entity [SDGT] [IFSR] [IRAN-HR] [HRIT-IR] [CYBER2] [HOSTAGES-EO14078].

IRANIAN MINISTRY OF PETROLEUM (a.k.a. MINISTRY OF PETROLEUM), Iranian Ministry of Petroleum Building, Taleghani Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

IRANIAN NOVIN INDUSTRY DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

IRANIAN NOVIN SYSTEMS MANAGEMENT (a.k.a. MATIN SANAT NIK ANDISHAN; a.k.a. "MASNA"; a.k.a. "MSNA"), Unit 13, Number 13, Kuhestan-e Sheshom, Nobonyad Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRANIAN OIL COMPANY (U.K.) LIMITED (a.k.a. IOC UK LTD), Riverside House, Riverside Drive, Aberdeen AB11 7LH, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 01019769 (United Kingdom); all offices worldwide [IRAN].

IRANIAN OIL PIPELINES AND TELECOMMUNICATION CO. (a.k.a. IOPTC), Qarani Street, No. 135, Tehran, Tehran Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

IRANIAN OIL TERMINALS COMPANY (Arabic: شرکت پایانه های نفتی ایران) (a.k.a. IRAN OIL TERMINALS COMPANY), Hafez Corner, National Iranian Oil Company Headquarters, Taleghani Street, Tehran 1514846116, Iran; No. 11, Pasdaran St., Hojjat Souri St., Tehran, Iran; Shomal Oil Terminal, Neka, Mazandaran, Iran; Mahshahr Oil Terminal, Bandar-e Mahshahr, Khuzestan, Iran; Kharg Oil Terminal, Kharg Island, Bushehr, Iran; South Pars Condensate Oil Terminal, Asaluyeh, Bushehr, Iran; Jask Oil Terminal, Jask, Hormozgan, Iran; Additional Sanctions Information - Subject to Secondary

Sanctions; Organization Established Date 15 Mar 1999; National ID No. 10101920450 (Iran); Identification Number 411155817498 (Iran); Registration Number 149197 (Iran) [IRAN-EO13902].

IRANIAN ORGANIZATION FOR REBUILDING LEBANON (a.k.a. IRANIAN COMMISSION FOR REBUILDING SOUTHERN LEBANON; a.k.a. IRANIAN COMMISSION IN LEBANON; a.k.a. IRANIAN COMMITTEE FOR REBUILDING LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE CONTRIBUTION IN THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE TO RECONSTRUCT LEBANON; a.k.a. IRANIAN CONTRIBUTORY ORGANIZATION FOR RECONSTRUCTING LEBANON; a.k.a. IRANIAN HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN ORGANIZATION FOR RECONSTRUCTION IN LEBANON; a.k.a. IRAN'S HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON), Near Iranian Embassy, Brazilia Building, 1st Floor, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

IRANIAN ORGANIZATION FOR RECONSTRUCTION IN LEBANON (a.k.a. IRANIAN COMMISSION FOR REBUILDING SOUTHERN LEBANON; a.k.a. IRANIAN COMMISSION IN LEBANON; a.k.a. IRANIAN COMMITTEE FOR REBUILDING LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE CONTRIBUTION IN THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE TO RECONSTRUCT LEBANON; a.k.a. IRANIAN CONTRIBUTORY ORGANIZATION FOR RECONSTRUCTING LEBANON; a.k.a. IRANIAN HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN ORGANIZATION FOR REBUILDING LEBANON; a.k.a. IRAN'S HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON), Near Iranian Embassy, Brazilia Building, 1st Floor, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

IRANIAN PETROCHEMICAL INVESTMENT DEVELOPMENT MANAGEMENT COMPANY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

IRANIAN PETROCHEMICAL INVESTMENT GROUP COMPANY (a.k.a. IRANIAN INVESTMENT PETROCHEMICAL GROUP COMPANY), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

IRANIAN POLICE (a.k.a. IRAN'S LAW ENFORCEMENT FORCES; a.k.a. LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN; a.k.a. NAJA; a.k.a. NIRUYIH INTIZAMIYEH JUMHURIYIH ISLAMIYIH IRAN); Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR] [HRIT-IR].

IRANIAN POLICE SPECIAL UNITS (a.k.a. LEF SPECIAL UNITS; a.k.a. NAJA SPECIAL UNITS; a.k.a. SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES; a.k.a. YEGAN-E VIZHE (Arabic: یگان ویژه ناجا); a.k.a. "YEGOP"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

IRANIAN PRESS SUPERVISORY BOARD (a.k.a. PRESS SUPERVISORY BOARD), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

IRANIAN SPECIAL POLICE FORCES (a.k.a. IRAN'S COUNTER-TERROR SPECIAL FORCES; a.k.a. NIROO-YE VIZHE PASDAR-E VELAYAT; a.k.a. SUPREME LEADER'S GUARDIAN SPECIAL FORCES; a.k.a. "NOPO" (Arabic: "نوپو"); a.k.a. "PROVINCIAL SPECIAL FORCES"; a.k.a. "SPECIAL COUNTER-TERRORISM FORCE"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES).

IRANIAN TEJARAT OFOG PISHGAMAN BAZARGANI COMPANY (a.k.a. BAZARGANI PISHGAMAN GOSTARESH OFOQ TEJARAT IRANIAN COMPANY; a.k.a. IRANIAN TRADE HORIZON PIONEERS COMMERCIAL COMPANY; a.k.a. PISHGAMAN HORIZON DEVELOPMENT GOSTARESH OFOQ IRANIAN BUSINESS TRADING COMPANY;

a.k.a. PISHGAMAN HORIZON DEVELOPMENT IRANIAN BUSINESS TRADING COMPANY (Arabic: شرکت بازرگانی پیشگامان گسترش افق تجارت ایرانیان); a.k.a. "PISHGAMAN COMPANY"), Resalat Expressway, Not Reaching Africa Central Building of the Foundation for the Oppressed of the Islamic Revolution, Ninth Floor, Tehran 1519613511, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320843860 (Iran); Registration Number 433545 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

IRANIAN TITANIUM DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

IRANIAN TRADE HORIZON PIONEERS COMMERCIAL COMPANY (a.k.a. BAZARGANI PISHGAMAN GOSTARESH OFOQ TEJARAT IRANIAN COMPANY; a.k.a. IRANIAN TEJARAT OFOG PISHGAMAN BAZARGANI COMPANY; a.k.a. PISHGAMAN HORIZON DEVELOPMENT GOSTARESH OFOQ IRANIAN BUSINESS TRADING COMPANY; a.k.a. PISHGAMAN HORIZON DEVELOPMENT IRANIAN BUSINESS TRADING COMPANY (Arabic: شرکت بازرگانی پیشگامان گسترش افق تجارت ایرانیان); a.k.a. "PISHGAMAN COMPANY"), Resalat Expressway, Not Reaching Africa Central Building of the Foundation for the Oppressed of the Islamic Revolution, Ninth Floor, Tehran 1519613511, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320843860 (Iran); Registration Number 433545 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

IRANIAN TURBINE MANUFACTURING INDUSTRIES (a.k.a. DESIGN AND MANUFACTURE OF AIRCRAFT ENGINES; a.k.a. DESIGN AND MANUFACTURING OF AERO-ENGINE COMPANY (Arabic شرکت طراحی و ساخت موتورهاي هوایی); a.k.a. TURBINE ENGINE MANUFACTURING CO.; f.k.a. TURBINE ENGINE MANUFACTURING PLANT; a.k.a. "DAMA"; a.k.a. "SAMT"; f.k.a. "TEM"), Shishesh Mina Street, Karaj Special Road, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005160213 (Iran); Registration Number 22142 (Iran); alt. Registration Number 477457

(Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTION GUARD CORPS).

IRANO - MISR SHIPPING CO (a.k.a. IRAN AND EGYPT SHIPPING COMPANY; a.k.a. IRAN AND EGYPT SHIPPING LINES; a.k.a. IRANO MISR; a.k.a. IRANO MISR SHIPPING COMPANY; f.k.a. NEFERTITI SHIPPING AND MARITIME SERVICES), Building 6, Al Horreya Street, 1st Floor, El Attarin Area, 1016, Alexandria, Egypt; PO Box 1016, Alexandria, Egypt; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRANO HIND SHIPPING COMPANY LTD (a.k.a. IRAN AND INDIA SHIPPING COMPANY; a.k.a. IRAN AND INDIA SHIPPING LINES), 18 Sedaghat St, Opposite Park Millat, Vali-e-Asr Ave, PO Box 15875-4647, Tehran, Iran; Website www.iranohind.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRANO MISR (a.k.a. IRAN AND EGYPT SHIPPING COMPANY; a.k.a. IRAN AND EGYPT SHIPPING LINES; a.k.a. IRANO - MISR SHIPPING CO; a.k.a. IRANO MISR SHIPPING COMPANY; f.k.a. NEFERTITI SHIPPING AND MARITIME SERVICES), Building 6, Al Horreya Street, 1st Floor, El Attarin Area, 1016, Alexandria, Egypt; PO Box 1016, Alexandria, Egypt; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRANO MISR SHIPPING COMPANY (a.k.a. IRAN AND EGYPT SHIPPING COMPANY; a.k.a. IRAN AND EGYPT SHIPPING LINES; a.k.a. IRANO - MISR SHIPPING CO; a.k.a. IRANO MISR; f.k.a. NEFERTITI SHIPPING AND MARITIME SERVICES), Building 6, Al Horreya Street, 1st Floor, El Attarin Area, 1016, Alexandria, Egypt; PO Box 1016, Alexandria, Egypt; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRANOSHARGH COMPANY (a.k.a. IRAN & SHARGH COMPANY; a.k.a. IRAN AND EAST COMPANY; a.k.a. IRAN AND SHARGH COMPANY; a.k.a. SHERKAT-E IRAN VA SHARGH), 827, North of Seyedkhandan Bridge, Shariati Street, P.O. Box 13185-1445, Tehran 16616, Iran; No. 41, Next to 23rd Alley, South Gandi St., Vanak Square, Tehran 15179, Iran; Website http://www.iranoshargh.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRAN'S ALUMINUM COMPANY (a.k.a. IRAN ALUMINIUM COMPANY; a.k.a. IRAN ALUMINUM COMPANY; a.k.a. IRANIAN

ALUMINUM COMPANY; a.k.a. "IRALCO"), No. 49 Mullah Sadra Street, Vanaq Square, After Kurdistan Crossroads, Tehran, Iran; P.O. Box 3, Arak, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 2600 (Iran) [IRAN-EO13871].

IRAN'S COUNTER-TERROR SPECIAL FORCES (a.k.a. IRANIAN SPECIAL POLICE FORCES; a.k.a. NIROO-YE VIZHE PASDAR-E VELAYAT; a.k.a. SUPREME LEADER'S GUARDIAN SPECIAL FORCES; a.k.a. "NOPO" (Arabic: "نوپو"); a.k.a. "PROVINCIAL SPECIAL FORCES"; a.k.a. "SPECIAL COUNTER-TERRORISM FORCE"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES).

IRAN'S HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON (a.k.a. IRANIAN COMMISSION FOR REBUILDING SOUTHERN LEBANON; a.k.a. IRANIAN COMMISSION IN LEBANON; a.k.a. IRANIAN COMMITTEE FOR REBUILDING LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE CONTRIBUTION IN THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE TO RECONSTRUCT LEBANON; a.k.a. IRANIAN CONTRIBUTORY ORGANIZATION FOR RECONSTRUCTING LEBANON; a.k.a. IRANIAN HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN ORGANIZATION FOR REBUILDING LEBANON; a.k.a. IRANIAN ORGANIZATION FOR RECONSTRUCTION IN LEBANON), Near Iranian Embassy, Brazilia Building, 1st Floor, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

IRAN'S HELICOPTER RENOVATION AND LOGISTICS COMPANY (a.k.a. IHSRC; a.k.a. IRAN HELICOPTER SUPPORT AND RENEWAL COMPANY; a.k.a. IRANIAN HELICOPTERS' MAINTENANCE AND REPAIRS COMPANY; a.k.a. PANHA), Meherabad Airport Road, Azadi Square, Foroudgah Street, Meradj Avenue, Tehran, Iran; PO Box 13185-1688, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRAN'S LAW ENFORCEMENT FORCES (a.k.a. IRANIAN POLICE; a.k.a. LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN; a.k.a. NAJA; a.k.a. NIRUYIH INTIZAMIYEH JUMHURIYIH ISLAMIYIH IRAN); Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR] [HRIT-IR].

IRAN'S MORALITY POLICE (a.k.a. MORAL SECURITY POLICE (Arabic: پلیس امنیت اخلاقی)), Vozara Street, corner of 25th Street, District 6, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

IRAN'S NUCLEAR POWER PLANT CONSTRUCTION MANAGEMENT COMPANY (a.k.a. "MASNA"); Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

IRAN'S REVOLUTIONARY GUARD CORPS (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

IRAN'S REVOLUTIONARY GUARDS (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a.

IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

IRANSAFFRON CO (a.k.a. ARFA PAINT COMPANY; a.k.a. ARFEH COMPANY; a.k.a. FARASEPEHR ENGINEERING COMPANY; a.k.a. HOSSEINI NEJAD TRADING CO.; a.k.a. IRAN SAFFRON COMPANY; a.k.a. SHETAB G; a.k.a. SHETAB GAMAN; a.k.a. SHETAB TRADING; a.k.a. Y.A.S. CO LTD.; a.k.a. YASA PART), West Lavansai, Tehran 009821, Iran; Sa'adat Abaad, Shahrdari Sq Sarv Building, 9th Floor, Unit 5, Tehran, Iran; No 17, Balooch Alley, Vaezi St, Shariati Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRAN-VENEZUELA BI-NATIONAL BANK (a.k.a. "IVBB"), IVBB Headquarters, 30th Alley, No. 96, Khaled Eslamboli Street, (Vozara), PO Box 15175-598, Tehran 15119-57111, Iran; Website http://en.ivbb.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [IRAN] [SDGT] [IFSR] (Linked To: EXPORT DEVELOPMENT BANK OF IRAN).

IRAQ EXPRESS (a.k.a. FLY BAGHDAD (Arabic: فلاي بغداد); a.k.a. FLY BAGHDAD AIRLINES COMPANY), Hurriya Square, Building 66, Street 25, Sector 925, Babil Neighborhood, Baghdad, Iraq; Jamia Street, Jadriya, Baghdad, Iraq; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2014; Organization Type: Passenger air transport [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

IRAQI ALLIED SERVICES LIMITED, United Kingdom [IRAQ2].

IRAQI FREIGHT SERVICES LIMITED, United Kingdom [IRAQ2].

IRAQI TRADE CENTER, Dubai, United Arab Emirates [IRAQ2].

IRASCO ITALY (a.k.a. IRASCO S.R.L.), Via Di Francia 3, Genoa 16149, Italy; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID GE 348075 (Italy); all offices worldwide [IRAN].

IRASCO S.R.L. (a.k.a. IRASCO ITALY), Via Di Francia 3, Genoa 16149, Italy; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID GE 348075 (Italy); all offices worldwide [IRAN].

IRAY TECHNOLOGY CO LTD (a.k.a. YANTAI AIRUI OPTOELECTRONIC TECHNOLOGY CO LTD (Chinese Simplified: 烟台艾睿光电科技有限公司); a.k.a. YANTAI IRAY TECHNOLOGY CO LTD; a.k.a. "IRAY TECHNOLOGIES"), No. 11, Guiyang Street, Yantai Development Zone, Yantai, Shandong 264000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91370600557897249A (China) [RUSSIA-EO14024].

IRG (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC

REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

IRGC (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

IRGC AEROSPACE FORCE (a.k.a. AEROSPACE DIVISION OF IRGC; a.k.a. AEROSPACE FORCE OF THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. AFAGIR; a.k.a. AIR FORCE, IRGC (PASDARAN); a.k.a. IRGC AIR FORCE; a.k.a. IRGCAF; a.k.a. IRGCASF; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AEROSPACE FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AIR FORCE; a.k.a. SEPAH PASDARAN AIR FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt.

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [RUSSIA-EO14024].

IRGC AIR FORCE (a.k.a. AEROSPACE DIVISION OF IRGC; a.k.a. AEROSPACE FORCE OF THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. AFAGIR; a.k.a. AIR FORCE, IRGC (PASDARAN); a.k.a. IRGC AEROSPACE FORCE; a.k.a. IRGCAF; a.k.a. IRGCASF; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AEROSPACE FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AIR FORCE; a.k.a. SEPAH PASDARAN AIR FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [RUSSIA-EO14024].

IRGC AIR FORCE AL-GHADIR MISSILE COMMAND (a.k.a. IRGC MISSILE COMMAND; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AL-GHADIR MISSILE COMMAND), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

IRGC COOPERATIVE FOUNDATION (a.k.a. BONYAD TAAVON SEPAH; a.k.a. BONYAD-E TA'AVON-E; a.k.a. SEPAH COOPERATIVE FOUNDATION), Niayes Highway, Seoul Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

IRGC GROUND FORCES (a.k.a. ISLAMIC REVOLUTION GUARDS CORPS GROUND FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [IRGC].

IRGC INTELLIGENCE ORGANIZATION (a.k.a. IRGC-IO; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS INTELLIGENCE

ORGANIZATION), Iran [HOSTAGES-EO14078].

IRGC JANGAL ORGANIZATION (a.k.a. IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND; a.k.a. IRGC-CEC; f.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS ELECTRONIC WARFARE AND CYBER DEFENSE ORGANIZATION), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] [HRIT-IR].

IRGC MISSILE COMMAND (a.k.a. IRGC AIR FORCE AL-GHADIR MISSILE COMMAND; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AL-GHADIR MISSILE COMMAND), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

IRGC NAVY (a.k.a. ISLAMIC REVOLUTION GUARDS CORPS NAVAL FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [IRGC].

IRGCAF (a.k.a. AEROSPACE DIVISION OF IRGC; a.k.a. AEROSPACE FORCE OF THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. AFAGIR; a.k.a. AIR FORCE, IRGC (PASDARAN); a.k.a. IRGC AEROSPACE FORCE; a.k.a. IRGC AIR FORCE; a.k.a. IRGCASF; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AEROSPACE FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AIR FORCE; a.k.a. SEPAH PASDARAN AIR FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [RUSSIA-EO14024].

IRGCASF (a.k.a. AEROSPACE DIVISION OF IRGC; a.k.a. AEROSPACE FORCE OF THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. AFAGIR; a.k.a. AIR FORCE, IRGC (PASDARAN); a.k.a. IRGC AEROSPACE FORCE; a.k.a. IRGC AIR FORCE; a.k.a. IRGCAF; a.k.a. ISLAMIC

REVOLUTION GUARDS CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AEROSPACE FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AIR FORCE; a.k.a. SEPAH PASDARAN AIR FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [RUSSIA-EO14024].

IRGC-CEC (a.k.a. IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND; a.k.a. IRGC JANGAL ORGANIZATION; f.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS ELECTRONIC WARFARE AND CYBER DEFENSE ORGANIZATION), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] [HRIT-IR].

IRGC-IO (a.k.a. IRGC INTELLIGENCE ORGANIZATION; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS INTELLIGENCE ORGANIZATION), Iran [HOSTAGES-EO14078].

IRGC-QF (a.k.a. AL QODS; a.k.a. IRGC-QUDS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS-QODS FORCE; a.k.a. JERUSALEM FORCE; a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN); a.k.a. QODS (JERUSALEM) FORCE OF THE IRGC; a.k.a. QODS FORCE; a.k.a. QUDS FORCE; a.k.a. SEPAH-E QODS; a.k.a. SEPAH-E QODS (JERUSALEM FORCE)), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] [ELECTION-EO13848].

IRGC-QUDS FORCE (a.k.a. AL QODS; a.k.a. IRGC-QF; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS-QODS FORCE; a.k.a. JERUSALEM FORCE; a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN); a.k.a. QODS (JERUSALEM)

FORCE OF THE IRGC; a.k.a. QODS FORCE; a.k.a. QUDS FORCE; a.k.a. SEPAH-E QODS; a.k.a. SEPAH-E QODS (JERUSALEM FORCE)), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] [ELECTION-EO13848].

IRIDESCENT CO LTD (a.k.a. IRIDESCENT CO., LTD), Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Unit 07, Bangtai Industrial Park, 421, Guanghua Lu, Jiangbei Qu, Ningbo, Zhejiang 315100, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Feb 2022; Identification Number IMO 6311331; Registration Number 113186 (Marshall Islands) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

IRIDESCENT CO., LTD (a.k.a. IRIDESCENT CO LTD), Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Unit 07, Bangtai Industrial Park, 421, Guanghua Lu, Jiangbei Qu, Ningbo, Zhejiang 315100, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Feb 2022; Identification Number IMO 6311331; Registration Number 113186 (Marshall Islands) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

IRIE, Tadashi; DOB 09 Dec 1944; POB Uwajima, Ehime, Japan (individual) [TCO].

IRINVESTSHIP LIMITED (a.k.a. LONDON IRINVEST SHIP COMPANY), 10 Greycoat Place, London SW1P 1SB, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. 04110179 (United Kingdom) [IRAN].

IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRA ARMY COUNCIL; a.k.a. NEW IRISH REPUBLICAN ARMY; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. "NEW IRA"; a.k.a. "NIRA"; a.k.a. "REAL IRA"; a.k.a. "RIRA"), Ireland; Northern Ireland, United Kingdom; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

IRISL (a.k.a. ISLAMIC REPUBLIC OF IRAN SHIPPING LINES), Asseman Tower, Pasdaran Street, Tehran, Iran; P.O. Box 19395-177, Tehran, Iran; P.O. Box 1957614114, Tehran, Iran; No 523, Al Seman Tower Building, No 8: Narenjestan, Laveltani Street, Sayya Shirazi Square, Pasdaran Street, Tehran 1957617114, Iran; No 37 Aseman Tower Sayyade Shirazee Square, Pasdaran Avenue, PO Box 19395-1311, Tehran, Iran; Website www.irisl.net; IFCA Determination - Involved in the Shipping Sector; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Trade License No. 11670 (Iran); All Offices Worldwide [IRAN] [NPWMD] [IFSR] [IFCA].

IRISL CLUB (a.k.a. ISLAMIC REPUBLIC OF IRAN SHIPPING LINES COMFORT SERVICES; a.k.a. MARITIME WELFARE SERVICES INSTITUTE; a.k.a. SHIPPING WELFARE SERVICES INSTITUTE), Number 63, East Shahid Tajrlu Street, Shahid Tajrlu Square, Shian, Iran; Website www.irislclub.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRISL EUROPE GMBH, Schottweg 5, Hamburg 22087, Germany; Website www.irisl-europe.de; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRB 81573 [IRAN].

IRISL MARINE SERVICES (a.k.a. GHESHM SHIPPING LINES MARINE AND ENGINEERING SERVICES CO; a.k.a. IMSENGCO; a.k.a. IRISL MARINE SERVICES AND ENGINEERING COMPANY), Iran shahr Street 221, Karimkhan Zand Avenue, Tehran, Iran; Website www.imsengco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRISL MARINE SERVICES AND ENGINEERING COMPANY (a.k.a. GHESHM SHIPPING LINES MARINE AND ENGINEERING SERVICES CO; a.k.a. IMSENGCO; a.k.a. IRISL MARINE SERVICES), Iran shahr Street 221, Karimkhan Zand Avenue, Tehran, Iran; Website www.imsengco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRISL MARITIME TRAINING INSTITUTE (a.k.a. IRISL MTI), No. 63, East Tajarloo Ave, Tajarloo Square, Shiyan, Tehran, Iran; Reiesali Delvari Ave, Bushehr 7514618787, Iran; Farhang Ave, Khazar's Building, Anzali 4314695613, Iran; Website www.irmti.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRISL MTI (a.k.a. IRISL MARITIME TRAINING INSTITUTE), No. 63, East Tajarloo Ave, Tajarloo Square, Shiyan, Tehran, Iran; Reiesali Delvari Ave, Bushehr 7514618787, Iran; Farhang Ave, Khazar's Building, Anzali 4314695613, Iran; Website www.irmti.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRISL MULTIMODAL TRANSPORT CO., No. 25 Sanaei Street, Karim Khan Zand Street, Shahid Arabi Line, Tehran, Iran; Website www.irislmtc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 230766 [IRAN].

IR-ITAL (a.k.a. IRITAL SHIPPING LINES COMPANY; a.k.a. IRITAL SHIPPING S.R.L.), Via Gerolamo Morone 6, Milano 20121, Italy; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. GE0426505 (Italy) [IRAN].

IRITAL SHIPPING LINES COMPANY (a.k.a. IR-ITAL; a.k.a. IRITAL SHIPPING S.R.L.), Via Gerolamo Morone 6, Milano 20121, Italy; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. GE0426505 (Italy) [IRAN].

IRITAL SHIPPING S.R.L. (a.k.a. IR-ITAL; a.k.a. IRITAL SHIPPING LINES COMPANY), Via Gerolamo Morone 6, Milano 20121, Italy; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. GE0426505 (Italy) [IRAN].

IRKUT AIRCRAFT FACTORY (a.k.a. IRKUTSK AVIATION PLANT), 3, Novatorov St., Irkutsk 664020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1934; Target Type State-Owned Enterprise [RUSSIA-EO14024].

IRKUT CORP PJSC (a.k.a. IRKUT CORPORATION JOINT STOCK COMPANY; a.k.a. KORPORATSIYA IRKUT PAO; a.k.a. NP KORPORATSIYA IRKUT PAO; f.k.a. OAO SCIENTIFIC PRODUCTION CORPORATION IRKUT; a.k.a. PUBLIC JOINT STOCK COMPANY YAKOVLEV; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO NAUCHNO-PROIZVODSTVENNAYA IRKUT), 68, Leningradsky Prospekt, Moscow 125315, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 3807002509 (Russia); Registration Number 1023801428111 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

IRKUT CORPORATION JOINT STOCK COMPANY (a.k.a. IRKUT CORP PJSC; a.k.a. KORPORATSIYA IRKUT PAO; a.k.a. NP KORPORATSIYA IRKUT PAO; f.k.a. OAO SCIENTIFIC PRODUCTION CORPORATION IRKUT; a.k.a. PUBLIC JOINT STOCK COMPANY YAKOVLEV; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO NAUCHNO-PROIZVODSTVENNAYA IRKUT), 68, Leningradsky Prospekt, Moscow 125315, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 3807002509 (Russia); Registration Number 1023801428111 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

IRKUT-AVTOTRANS (a.k.a. IRKUT-AVTOTRANS OOO), ul Novatorov d 3, Irkutsk 664020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3810035769 (Russia); Registration Number 1043801430386 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKOVLEV).

IRKUT-AVTOTRANS OOO (a.k.a. IRKUT-AVTOTRANS), ul Novatorov d 3, Irkutsk 664020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3810035769 (Russia); Registration Number 1043801430386 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKOVLEV).

IRKUT-REMSTROI (a.k.a. IRKUT-REMSTROI OOO), ul Novatorov d 3, Irkutsk 664020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3810035310 (Russia); Registration Number 1043801429110 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKOVLEV).

IRKUT-REMSTROI OOO (a.k.a. IRKUT-REMSTROI), ul Novatorov d 3, Irkutsk 664020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3810035310 (Russia); Registration Number 1043801429110 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKOVLEV).

IRKUTSK AVIATION PLANT (a.k.a. IRKUT AIRCRAFT FACTORY), 3, Novatorov St., Irkutsk 664020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1934; Target Type State-Owned Enterprise [RUSSIA-EO14024].

IRKUTSKGEOFIZIKA AO (Cyrillic: ИРКУТСКГЕОФИЗИКА АО), Ulitsa Klary Tsetkin, Dom 9A, Irkutsk 664039, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3808228996 (Russia); Registration Number 1133850014165 (Russia) [RUSSIA-EO14024].

IRKUT-STANKO SERVICE (a.k.a. IRKUT-STANKO SERVIS OOO), ul Novatorov d 3, Irkutsk 664020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3810035303 (Russia); Registration Number 1043801429100 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKOVLEV).

IRKUT-STANKO SERVIS OOO (a.k.a. IRKUT-STANKO SERVICE), ul Novatorov d 3, Irkutsk 664020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3810035303 (Russia); Registration Number 1043801429100 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKOVLEV).

IRKUT-ZENIT OOO (a.k.a. SOTS IRKUT-ZENIT; a.k.a. SPORTIVNO-OZDOROVITELNYI TSENTR IRKUT-ZENIT), ul Aviastroitelei d 4 korp A, Irkutsk 664002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3810034846 (Russia); Registration Number 1043801428065 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKOVLEV).

IRLOO, Hassan (a.k.a. AMIRIAN, Amir; a.k.a. AZADFAR, Mansur; a.k.a. EYRLO, Hassan; a.k.a. EYRLOU, Hassan; a.k.a. HASSAN, Abu;

a.k.a. IRLU, Hasan; a.k.a. IRLU, Hasan Azir), Sanaa, Yemen; DOB 11 Jun 1964; alt. DOB 1959; alt. DOB 1958; alt. DOB 1960; POB Rey, Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0089886348 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

IRLU, Hasan (a.k.a. AMIRIAN, Amir; a.k.a. AZADFAR, Mansur; a.k.a. EYRLO, Hassan; a.k.a. EYRLOU, Hassan; a.k.a. HASSAN, Abu; a.k.a. IRLOO, Hassan; a.k.a. IRLU, Hasan Azir), Sanaa, Yemen; DOB 11 Jun 1964; alt. DOB 1959; alt. DOB 1958; alt. DOB 1960; POB Rey, Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0089886348 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

IRLU, Hasan Azir (a.k.a. AMIRIAN, Amir; a.k.a. AZADFAR, Mansur; a.k.a. EYRLO, Hassan; a.k.a. EYRLOU, Hassan; a.k.a. HASSAN, Abu; a.k.a. IRLOO, Hassan; a.k.a. IRLU, Hasan), Sanaa, Yemen; DOB 11 Jun 1964; alt. DOB 1959; alt. DOB 1958; alt. DOB 1960; POB Rey, Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0089886348 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

IRON MOUNTAIN ENTERPRISES LIMITED (a.k.a. IRON MOUNTAIN ENTREPRISES; a.k.a. "IMEL"), Virgin Islands, British [GLOMAG] (Linked To: ORIENTAL IRON COMPANY SPRL).

IRON MOUNTAIN ENTREPRISES (a.k.a. IRON MOUNTAIN ENTERPRISES LIMITED; a.k.a. "IMEL"), Virgin Islands, British [GLOMAG] (Linked To: ORIENTAL IRON COMPANY SPRL).

IRONHILL HOLDINGS LIMITED, Dimokritou, 15 Panaretos Eliena Complex, Flat 104, Potamos Germasogeias, Limassol 4041, Cyprus;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Mar 2014; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Registration Number HE 330753 (Cyprus) [RUSSIA-EO14024] (Linked To: BASHKIROV, Aleksei Vladimirovich).

IRONSTONE MARINE INVESTMENTS, SCF Unicom Tower, Maximos Plaza, a8, Maximou Michailidi Street, Neapolis, Limassol 3106, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Activities of holding companies; Target Type Private Company; Identification Number IMO 3001731 [RUSSIA-EO14024] (Linked To: PUTIN, Vladimir Vladimirovich).

IRS LASER TECHNOLOGY LIMITED LIABILITY COMPANY (a.k.a. IRS LAZER TEKHNOLODZHI; a.k.a. "IRS LASER TECH"), Ul. Komsomolskaya D. 19, Berezovskiy 623704, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Jun 2017; Tax ID No. 6678083936 (Russia); Registration Number 1176658062129 (Russia) [RUSSIA-EO14024].

IRS LAZER TEKHNOLODZHI (a.k.a. IRS LASER TECHNOLOGY LIMITED LIABILITY COMPANY; a.k.a. "IRS LASER TECH"), Ul. Komsomolskaya D. 19, Berezovskiy 623704, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Jun 2017; Tax ID No. 6678083936 (Russia); Registration Number 1176658062129 (Russia) [RUSSIA-EO14024].

IRSA S.A. (a.k.a. INVERSIONES Y REPRESENTACIONES S.A.), Carrera 43A No. 16A Sur - 38, Barrio El Poblado, Medellin, Colombia; NIT # 811040270-5 (Colombia) [SDNT].

IRTIQA FOR DEVELOPMENT AND QUALIFICATION TECHNICAL INSTITUTE, Sana'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2021 [SDGT] (Linked To: ANSARALLAH).

IRTVU (a.k.a. ISLAMIC RADIO AND TELEVISION UNION), Iran; Beirut, Lebanon; Kabul, Afghanistan; Additional Sanctions Information - Subject to Secondary Sanctions [ELECTION-EO13848] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

IS BANK, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO KOMMERCHESKI BANK INDUSTRIALNY SBEREGATELNY BANK; f.k.a. CLOSED JOINT STOCK COMPANY COMMERCIAL BANK 'INDUSTRIAL SAVINGS BANK'; a.k.a. JOINT-STOCK COMPANY COMMERCIAL BANK 'INDUSTRIAL SAVINGS BANK'; a.k.a. JSC CB 'IS BANK'), Eldoradovsky per 7, Moscow 125167, Russia; 29/UL, prospect Kirova, Simferopol, Crimea 295011, Ukraine; Building 160, Office 104, Kievskaya Street, Simferopol, Crimea 295493, Ukraine; Building 25, Lenin Street, Kerch, Crimea 298300, Ukraine; SWIFT/BIC RISBRUMM; BIK (RU) 044525349; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027739339715 (Russia); Tax ID No. 7744001673 (Russia); Government Gazette Number 40199908 (Russia) [UKRAINE-EO13685].

IS EAST ASIA DIVISION (a.k.a. DAWLATUL ISLAMIYAH WALIYATUL MASRIK; a.k.a. DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ; a.k.a. IS PHILIPPINES; a.k.a. ISIL IN THE PHILIPPINES; a.k.a. ISIL PHILIPPINES; a.k.a. ISIS BRANCH IN THE PHILIPPINES; a.k.a. ISIS IN THE PHILIPPINES; a.k.a. ISIS PHILIPPINE PROVINCE; a.k.a. ISIS-PHILIPPINES; a.k.a. ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA; a.k.a. ISLAMIC STATE IN THE PHILIPPINES; a.k.a. "DIWM"; a.k.a. "ISP"), Basilan, Philippines; Lanao del Sur Province, Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

IS EGYPT (a.k.a. IS-EGYPT; a.k.a. ISIS-EGYPT; a.k.a. ISLAMIC STATE EGYPT; a.k.a. ISLAMIC STATE IN EGYPT), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

IS PHILIPPINES (a.k.a. DAWLATUL ISLAMIYAH WALIYATUL MASRIK; a.k.a. DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ; a.k.a. IS EAST ASIA DIVISION; a.k.a. ISIL IN THE PHILIPPINES; a.k.a. ISIL PHILIPPINES; a.k.a. ISIS BRANCH IN THE PHILIPPINES; a.k.a. ISIS IN THE PHILIPPINES; a.k.a. ISIS PHILIPPINE PROVINCE; a.k.a. ISIS-PHILIPPINES; a.k.a. ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA; a.k.a. ISLAMIC STATE IN THE PHILIPPINES; a.k.a.

"DIWM"; a.k.a. "ISP"), Basilan, Philippines; Lanao del Sur Province, Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

'ISA, Abd-al-Rahman Fahiye (a.k.a. ISSE MOHAMUD, Abdirahman Fahiye; a.k.a. "ADEN, Ahmed"; a.k.a. "AL-SHARQAWI, Shaykh Abu-Mus'ab"; a.k.a. "FAHIYE, Abdirahman"), Somalia; DOB 1985; POB Bosaso, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

ISA, Muhammed Ibrahim (Arabic: محمد ابراهيم عيسى), Abu Dhabi, United Arab Emirates; DOB 01 Jan 1989; POB Nigeria; nationality Nigeria; citizen Nigeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A06125000 (Nigeria) (individual) [SDGT] (Linked To: BOKO HARAM).

ISAEV, Andrey Konstantinovich (Cyrillic: ИСАЕВ, Андрей Константинович), Russia; DOB 01 Oct 1964; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ISAEV, Beyshen Kasymovich, United Arab Emirates; DOB 24 Jul 1975; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 756769025 (Russia) (individual) [RUSSIA-EO14024].

ISAEV, Vladislav Vasilievich (Cyrillic: ИСАЕВ, Владислав Васильевич) (a.k.a. ISAEV, Vladislav Vasilyevich), Eseninskiy B-R 9 3 55, Moscow 109439, Russia; Simonovsky Val D. 15 P. 2, Moscow 115088, Russia; DOB 08 Aug 1969; POB Annino, Gryazinsky district, Lipetsk Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4514757030 (Russia); alt. National ID No. 4506039004 (Russia); Tax ID No. 771520635700 (Russia) (individual) [RUSSIA-EO14024] (Linked To: FEDERAL STATE UNITARY ENTERPRISE ZAPORIZHZHYA NUCLEAR POWER PLANT).

ISAEV, Vladislav Vasilyevich (a.k.a. ISAEV, Vladislav Vasilievich (Cyrillic: ИСАЕВ, Владислав Васильевич)), Eseninskiy B-R 9 3 55, Moscow 109439, Russia; Simonovsky Val. D. 15 P. 2, Moscow 115088, Russia; DOB 08

Aug 1969; POB Annino, Gryazinsky district, Lipetsk Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4514757030 (Russia); alt. National ID No. 4506039004 (Russia); Tax ID No. 771520635700 (Russia) (individual) [RUSSIA-EO14024] (Linked To: FEDERAL STATE UNITARY ENTERPRISE ZAPORIZHZHYA NUCLEAR POWER PLANT).

ISAH, Wali Adam (a.k.a. ALVI, Mohammad Masood Azhar; a.k.a. AZHAR, Masud; a.k.a. ESAH, Wali Adam), 1260/108, Block N0.6-B, Kausar Colony, Model Town-B, Bahawalpur, Punjab Province, Pakistan; Lahore City, Lahore District, Punjab Province, Pakistan; DOB 10 Jul 1968; alt. DOB 10 Jun 1968; POB Bahawalpur, Punjab Province, Pakistan; nationality Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Maulana (individual) [SDGT].

ISAIKIN, Aleksei Ivanovich (a.k.a. ISAIKIN, Alexey Ivanovich; a.k.a. ISAYKIN, Alexey Ivanovich), 19 bld. 1, Apt 54, Kosygina Street, Moscow 119334, Russia; DOB 09 Sep 1952; POB Talas, Kyrgyzstan; nationality Russia; alt. nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 550074072 (Russia); Tax ID No. 770405603410 (Russia) (individual) [RUSSIA-EO14024].

ISAIKIN, Alexey Ivanovich (a.k.a. ISAIKIN, Aleksei Ivanovich; a.k.a. ISAYKIN, Alexey Ivanovich), 19 bld. 1, Apt 54, Kosygina Street, Moscow 119334, Russia; DOB 09 Sep 1952; POB Talas, Kyrgyzstan; nationality Russia; alt. nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 550074072 (Russia); Tax ID No. 770405603410 (Russia) (individual) [RUSSIA-EO14024].

ISAKOV, Eduard Vladimirovich (Cyrillic: ИСАКОВ, Эдуард Владимирович), Russia; DOB 04 Oct 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ISAKOV, Vladimir Pavlovich (Cyrillic: ИСАКОВ, Владимир Павлович), Russia; DOB 25 Feb 1987; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State

Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ISAMUDDIN, Nurjaman Riduan (a.k.a. ISOMUDDIN, Riduan; a.k.a. NURJAMAN, Encep; a.k.a. "HAMBALI"; a.k.a. "NURJAMAN"), Guantanamo Bay detention center, Cuba; DOB 04 Apr 1964; alt. DOB 01 Apr 1964; POB Cianjur, West Java, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ISAT (a.k.a. HIAST; a.k.a. HIGHER INSTITUTE OF APPLIED SCIENCE AND TECHNOLOGY; a.k.a. INSTITUT DES SCIENCES APPLIQUEES ET DE TECHNOLOGIE; a.k.a. INSTITUT SUPERIEUR DES SCIENCES APPLIQUEES ET DE TECHNOLOGIE; a.k.a. ISSAT), P.O. Box 31983, Barzeh, Damascus, Syria [NPWMD].

ISAYKIN, Alexey Ivanovich (a.k.a. ISAIKIN, Aleksei Ivanovich; a.k.a. ISAIKIN, Alexey Ivanovich), 19 bld. 1, Apt 54, Kosygina Street, Moscow 119334, Russia; DOB 09 Sep 1952; POB Talas, Kyrgyzstan; nationality Russia; alt. nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 550074072 (Russia); Tax ID No. 770405603410 (Russia) (individual) [RUSSIA-EO14024].

ISAZA ARANGO, Ramon Maria; DOB 30 Sep 1940; POB Sonson, Antioquia, Colombia; Cedula No. 5812993 (Colombia) (individual) [SDNTK].

ISAZA SANCHEZ, Felix Alberto (a.k.a. "BETO"); DOB 24 Apr 1966; POB Envigado, Antioquia, Colombia; citizen Colombia; Cedula No. 98517169 (Colombia) (individual) [SDNTK].

ISAZA SANCHEZ, Nelson Dario (a.k.a. "NENE"); DOB 11 Aug 1967; POB Envigado, Antioquia, Colombia; citizen Colombia; Cedula No. 98521489 (Colombia) (individual) [SDNTK].

IS-EGYPT (a.k.a. IS EGYPT; a.k.a. ISIS-EGYPT; a.k.a. ISLAMIC STATE EGYPT; a.k.a. ISLAMIC STATE IN EGYPT), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISFAHAN CENTRAL PRISON (Arabic: زندان مرکزی اصفهان) (a.k.a. DASTGERD PRISON; a.k.a. ESFAHAN PRISON), Isfahan City, Isfahan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

ISFAHAN OPTIC INDUSTRIES COMPANY (a.k.a. ELECTRO OPTIC SAIRAN INDUSTRIES CO. (Arabic: صنایع الکترو اپتیک صایران); a.k.a. ESFAHAN OPTIC INDUSTRY; a.k.a. ESFAHAN OPTICS INDUSTRY; a.k.a. ISFAHAN OPTICAL INDUSTRY; a.k.a. ISFAHAN OPTICS INDUSTRIES; a.k.a. ISFAHAN OPTICS INDUSTRY; a.k.a. ISHAHAN OPTICS INDUSTRIES CO.; a.k.a. SANAYE-E OPTIKE ESFAHAN; a.k.a. SANOYE ELEKTRONIK SAIRAN; a.k.a. "ISFAHAN OPTICS"; a.k.a. "SAPA"), P.O. Box 81465-313, Kaveh Ave, Isfahan, Iran; Kaveh Street, Isfahan 814651117, Iran; Website https://sapa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1985; National ID No. 10260437477 (Iran); Registration Number 22928 (Iran) [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ISFAHAN OPTICAL INDUSTRY (a.k.a. ELECTRO OPTIC SAIRAN INDUSTRIES CO. (Arabic: صنایع الکترو اپتیک صایران); a.k.a. ESFAHAN OPTIC INDUSTRY; a.k.a. ESFAHAN OPTICS INDUSTRY; a.k.a. ISFAHAN OPTIC INDUSTRIES COMPANY; a.k.a. ISFAHAN OPTICS INDUSTRIES; a.k.a. ISFAHAN OPTICS INDUSTRY; a.k.a. ISHAHAN OPTICS INDUSTRIES CO.; a.k.a. SANAYE-E OPTIKE ESFAHAN; a.k.a. SANOYE ELEKTRONIK SAIRAN; a.k.a. "ISFAHAN OPTICS"; a.k.a. "SAPA"), P.O. Box 81465-313, Kaveh Ave, Isfahan, Iran; Kaveh Street, Isfahan 814651117, Iran; Website https://sapa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1985; National ID No. 10260437477 (Iran); Registration Number 22928 (Iran) [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ISFAHAN OPTICS INDUSTRIES (a.k.a. ELECTRO OPTIC SAIRAN INDUSTRIES CO. (Arabic: صنایع الکترو اپتیک صایران); a.k.a. ESFAHAN OPTIC INDUSTRY; a.k.a. ESFAHAN OPTICS INDUSTRY; a.k.a. ISFAHAN OPTIC INDUSTRIES COMPANY; a.k.a. ISFAHAN OPTICAL INDUSTRY; a.k.a. ISFAHAN OPTICS INDUSTRY; a.k.a. ISHAHAN OPTICS INDUSTRIES CO.; a.k.a. SANAYE-E OPTIKE ESFAHAN; a.k.a. SANOYE ELEKTRONIK SAIRAN; a.k.a. "ISFAHAN OPTICS"; a.k.a. "SAPA"), P.O. Box 81465-313, Kaveh Ave, Isfahan, Iran; Kaveh Street, Isfahan 814651117, Iran; Website https://sapa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1985; National ID No. 10260437477 (Iran); Registration Number 22928 (Iran) [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ISFAHAN OPTICS INDUSTRY (a.k.a. ELECTRO OPTIC SAIRAN INDUSTRIES CO. (Arabic: صنایع الکترو اپتیک صایران); a.k.a. ESFAHAN OPTIC INDUSTRY; a.k.a. ESFAHAN OPTICS INDUSTRY; a.k.a. ISFAHAN OPTIC INDUSTRIES COMPANY; a.k.a. ISFAHAN OPTICAL INDUSTRY; a.k.a. ISFAHAN OPTICS INDUSTRIES; a.k.a. ISHAHAN OPTICS INDUSTRIES CO.; a.k.a. SANAYE-E OPTIKE ESFAHAN; a.k.a. SANOYE ELEKTRONIK SAIRAN; a.k.a. "ISFAHAN OPTICS"; a.k.a. "SAPA"), P.O. Box 81465-313, Kaveh Ave, Isfahan, Iran; Kaveh Street, Isfahan 814651117, Iran; Website https://sapa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1985; National ID No. 10260437477 (Iran); Registration Number 22928 (Iran) [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ISHAHAN OPTICS INDUSTRIES CO. (a.k.a. ELECTRO OPTIC SAIRAN INDUSTRIES CO. (Arabic: صنایع الکترو اپتیک صایران); a.k.a. ESFAHAN OPTIC INDUSTRY; a.k.a. ESFAHAN OPTICS INDUSTRY; a.k.a. ISFAHAN OPTIC INDUSTRIES COMPANY; a.k.a. ISFAHAN OPTICAL INDUSTRY; a.k.a. ISFAHAN OPTICS INDUSTRIES; a.k.a. ISFAHAN OPTICS INDUSTRY; a.k.a. SANAYE-E OPTIKE ESFAHAN; a.k.a. SANOYE ELEKTRONIK SAIRAN; a.k.a. "ISFAHAN OPTICS"; a.k.a. "SAPA"), P.O. Box 81465-313, Kaveh Ave, Isfahan, Iran; Kaveh Street, Isfahan 814651117, Iran; Website https://sapa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1985; National ID No. 10260437477 (Iran); Registration Number 22928 (Iran) [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ISHAKZAI, Gul Agha (a.k.a. MULLAH GUL AGHA; a.k.a. MULLAH GUL AGHA AKHUND; a.k.a. "HAJI HIDAYATULLAH"; a.k.a. "HAYADATULLAH"; a.k.a. "HIDAYATULLAH"); DOB 1972; POB Band-e-Timor, Kandahar, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ISHAKZAI, Haji Lal Jan (a.k.a. ISHAQZAI, Haji Lal Jan; a.k.a. ISHAQZAI, Haji Lal Jan Muslim; a.k.a. ISHAQZAI, Hajji Lal Jan), Sangin District, Helmand Province, Afghanistan; DOB 11 Nov 1950; POB Helmand, Afghanistan; citizen Afghanistan (individual) [SDNTK].

ISHAQ, Malik (a.k.a. ISHAQ, Malik Mohammed; a.k.a. ISHAQ, Mohammed), Pakistan; DOB 1958; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ISHAQ, Malik Mohammed (a.k.a. ISHAQ, Malik; a.k.a. ISHAQ, Mohammed), Pakistan; DOB 1958; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ISHAQ, Mohammed (a.k.a. ISHAQ, Malik; a.k.a. ISHAQ, Malik Mohammed), Pakistan; DOB 1958; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ISHAQZAI, Haji Lal Jan (a.k.a. ISHAKZAI, Haji Lal Jan; a.k.a. ISHAQZAI, Haji Lal Jan Muslim; a.k.a. ISHAQZAI, Hajji Lal Jan), Sangin District, Helmand Province, Afghanistan; DOB 11 Nov 1950; POB Helmand, Afghanistan; citizen Afghanistan (individual) [SDNTK].

ISHAQZAI, Haji Lal Jan Muslim (a.k.a. ISHAKZAI, Haji Lal Jan; a.k.a. ISHAQZAI, Haji Lal Jan; a.k.a. ISHAQZAI, Hajji Lal Jan), Sangin District, Helmand Province, Afghanistan; DOB 11 Nov 1950; POB Helmand, Afghanistan; citizen Afghanistan (individual) [SDNTK].

ISHAQZAI, Hajji Lal Jan (a.k.a. ISHAKZAI, Haji Lal Jan; a.k.a. ISHAQZAI, Haji Lal Jan; a.k.a. ISHAQZAI, Haji Lal Jan Muslim), Sangin District, Helmand Province, Afghanistan; DOB 11 Nov 1950; POB Helmand, Afghanistan; citizen Afghanistan (individual) [SDNTK].

ISHAQZAI, Rais Abdul Bari (a.k.a. AL-BAKI, 'Abd; a.k.a. AL-BARI, 'Abd; a.k.a. BAKI, Abdul; a.k.a. BAQI, Abdul; a.k.a. BARI, Abdul; a.k.a. BARI, Abdul Baqi; a.k.a. BARI, Haji Abdul; a.k.a. IBRAHIM, 'Abd Al-Baqi Muhammad; a.k.a. IBRAHIM, 'Abd Labaqi Muhammad; a.k.a. "ABDELBAKI"); DOB 01 Jan 1953; alt. DOB 1952; POB Kandahar, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 306749 (Afghanistan) expires 28 Jun 2014; alt. Passport 47168 (Afghanistan) (individual) [SDGT].

ISHCHENKO, Dima (a.k.a. ISHCHENKO, Dmitry Olegovich (Cyrillic: ИЩЕНКО, Дмитрий

Олегович)), Belarus; DOB 24 Jan 1983; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 550098738 (Russia); National ID No. R0100000607471 (Belarus) (individual) [RUSSIA-EO14024] [BELARUS-EO14038].

ISHCHENKO, Dmitry Olegovich (Cyrillic: ИЩЕНКО, Дмитрий Олегович) (a.k.a. ISHCHENKO, Dima), Belarus; DOB 24 Jan 1983; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 550098738 (Russia); National ID No. R0100000607471 (Belarus) (individual) [RUSSIA-EO14024] [BELARUS-EO14038].

ISHIDA, Shoroku (a.k.a. BOKU, Taishun; a.k.a. PAK, Tae-Chun; a.k.a. PARK, Tae-joon); DOB 30 Oct 1932 (individual) [TCO].

ISHLINSKY INSTITUTE FOR PROBLEMS IN MECHANICS OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE INSTITUTE OF PROBLEMS OF MECHANICS NAMED AFTER A YU ISHLINSKY RUSSIAN ACADEMY OF SCIENCES; a.k.a. INSTITUTE OF MECHANICS NAMED AFTER A YU ISHLINSKY RAS; a.k.a. IPMECH RAS; a.k.a. IPMEKH RAN INSTITUT PROBLEM MEKHANIKI IM A YU ISHLINSKOGO RAN), Prosp Vernadskogo D 101, Korp 1, Moscow 119526, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7729138338 (Russia); Registration Number 1037739426735 (Russia) [RUSSIA-EO14024].

ISI MARITIME LIMITED, 147/1, St. Lucia Street, Valletta, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. C 28940 (Malta) [IRAN].

ISIL (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-

TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIL IN THE PHILIPPINES (a.k.a. DAWLATUL ISLAMIYAH WALIYATUL MASRIK; a.k.a. DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ; a.k.a. IS EAST ASIA DIVISION; a.k.a. IS PHILIPPINES; a.k.a. ISIL PHILIPPINES; a.k.a. ISIS BRANCH IN THE PHILIPPINES; a.k.a. ISIS IN THE PHILIPPINES; a.k.a. ISIS PHILIPPINE PROVINCE; a.k.a. ISIS-PHILIPPINES; a.k.a. ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA; a.k.a. ISLAMIC STATE IN THE PHILIPPINES; a.k.a. "DIWM"; a.k.a. "ISP"), Basilan, Philippines; Lanao del Sur Province, Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIL KHORASAN (a.k.a. ISIL'S SOUTH ASIA BRANCH; a.k.a. ISIS WILAYAT KHORASAN; a.k.a. ISISK; a.k.a. ISIS-K; a.k.a. IS-KHORASAN; a.k.a. ISLAMIC STATE KHURASAN; a.k.a. ISLAMIC STATE OF IRAQ AND LEVANT IN KHORASAN PROVINCE; a.k.a. ISLAMIC STATE'S KHORASAN PROVINCE; a.k.a. SOUTH ASIAN CHAPTER OF ISIL; a.k.a. THE ISLAMIC STATE OF IRAQ

AND ASH-SHAM - KHORASAN PROVINCE; a.k.a. THE ISLAMIC STATE OF IRAQ AND SYRIA - KHORASAN), Afghanistan; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIL PHILIPPINES (a.k.a. DAWLATUL ISLAMIYAH WALIYATUL MASRIK; a.k.a. DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ; a.k.a. IS EAST ASIA DIVISION; a.k.a. IS PHILIPPINES; a.k.a. ISIL IN THE PHILIPPINES; a.k.a. ISIS BRANCH IN THE PHILIPPINES; a.k.a. ISIS IN THE PHILIPPINES; a.k.a. ISIS PHILIPPINE PROVINCE; a.k.a. ISIS-PHILIPPINES; a.k.a. ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA; a.k.a. ISLAMIC STATE IN THE PHILIPPINES; a.k.a. "DIWM"; a.k.a. "ISP"), Basilan, Philippines; Lanao del Sur Province, Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIL SINAI PROVINCE (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIL-LIBYA (a.k.a. ISIS-LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-LIBYA; a.k.a. "ISIS-L"; a.k.a. "WILAYAT AL-TARABLUS"; a.k.a. "WILAYAT BARQA"; a.k.a. "WILAYAT FEZZAN"; a.k.a. "WILAYAT TARABLUS"; a.k.a. "WILAYAT TRIPOLITANIA"), Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIL'S SOUTH ASIA BRANCH (a.k.a. ISIL KHORASAN; a.k.a. ISIS WILAYAT

KHORASAN; a.k.a. ISISK; a.k.a. ISIS-K; a.k.a. IS-KHORASAN; a.k.a. ISLAMIC STATE KHURASAN; a.k.a. ISLAMIC STATE OF IRAQ AND LEVANT IN KHORASAN PROVINCE; a.k.a. ISLAMIC STATE'S KHORASAN PROVINCE; a.k.a. SOUTH ASIAN CHAPTER OF ISIL; a.k.a. THE ISLAMIC STATE OF IRAQ AND ASH-SHAM - KHORASAN PROVINCE; a.k.a. THE ISLAMIC STATE OF IRAQ AND SYRIA - KHORASAN), Afghanistan; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIL-SAUDI ARABIA (a.k.a. HIJAZ PROVINCE OF THE ISLAMIC STATE; a.k.a. ISIS IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-SAUDI ARABIA; a.k.a. MUJAHIDEEN OF THE ARABIAN PENINSULA; a.k.a. WILAYAT AL-HARAMAYN; a.k.a. "AL-HIJAZ PROVINCE"; a.k.a. "NAJD PROVINCE"; a.k.a. "PROVINCE OF THE TWO HOLY PLACES"; a.k.a. "WILAYAT NAJD"), Hijaz and Asir Provinces, Najd region, Saudi Arabia; Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISIL-YEMEN (a.k.a. ISIS IN YEMEN; a.k.a. ISLAMIC STATE IN YEMEN; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN YEMEN; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-YEMEN; a.k.a. "PROVINCE OF YEMEN"; a.k.a. "WILAYAT AL-YEMEN"), Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISIM ATR LIMITED, 147/1, St. Lucia Street, Valletta, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. C34477 (Malta) [IRAN].

ISIM SININ LIMITED, 147/1, St. Lucia Street, Valletta, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. C37437 (Malta) [IRAN].

ISIM TAJ MAHAL LIMITED, 147/1, St. Lucia Street, Valletta, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. C 41660 (Malta) [IRAN].

ISIRAN (a.k.a. INFORMATION SYSTEMS IRAN), PO Box 15875-4337, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ISIS (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIS BRANCH IN THE PHILIPPINES (a.k.a. DAWLATUL ISLAMIYAH WALIYATUL MASRIK; a.k.a. DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ; a.k.a. IS EAST ASIA DIVISION; a.k.a. IS PHILIPPINES; a.k.a. ISIL IN THE PHILIPPINES; a.k.a. ISIL PHILIPPINES; a.k.a. ISIS IN THE PHILIPPINES; a.k.a. ISIS PHILIPPINE PROVINCE; a.k.a. ISIS-PHILIPPINES; a.k.a. ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA; a.k.a. ISLAMIC STATE IN THE PHILIPPINES; a.k.a. "DIWM"; a.k.a. "ISP"), Basilan, Philippines; Lanao del Sur Province, Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIS IN EAST AFRICA (a.k.a. ABNAA UL-CALIPHA; a.k.a. ISIS-SOMALIA; a.k.a. ISLAMIC STATE IN SOMALIA; a.k.a. "ISS"), Puntland Region, Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISIS IN SAUDI ARABIA (a.k.a. HIJAZ PROVINCE OF THE ISLAMIC STATE; a.k.a. ISIL-SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-SAUDI ARABIA; a.k.a. MUJAHIDEEN OF THE ARABIAN PENINSULA; a.k.a. WILAYAT AL-HARAMAYN; a.k.a. "AL-HIJAZ PROVINCE"; a.k.a. "NAJD PROVINCE"; a.k.a. "PROVINCE OF THE TWO HOLY PLACES"; a.k.a. "WILAYAT NAJD"), Hijaz and Asir Provinces, Najd region, Saudi Arabia; Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISIS IN THE GREATER SAHARA (a.k.a. ISIS IN THE GREATER SAHEL; a.k.a. ISIS IN THE ISLAMIC SAHEL; a.k.a. ISIS-GS; a.k.a. ISLAMIC STATE IN THE GREATER SAHARA; a.k.a. ISLAMIC STATE OF THE GREATER SAHEL; a.k.a. "ISGS"), Mali; Niger; Burkina Faso; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISIS IN THE GREATER SAHEL (a.k.a. ISIS IN THE GREATER SAHARA; a.k.a. ISIS IN THE ISLAMIC SAHEL; a.k.a. ISIS-GS; a.k.a. ISLAMIC STATE IN THE GREATER SAHARA; a.k.a. ISLAMIC STATE OF THE GREATER SAHEL; a.k.a. "ISGS"), Mali; Niger; Burkina Faso; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISIS IN THE ISLAMIC SAHEL (a.k.a. ISIS IN THE GREATER SAHARA; a.k.a. ISIS IN THE GREATER SAHEL; a.k.a. ISIS-GS; a.k.a. ISLAMIC STATE IN THE GREATER SAHARA; a.k.a. ISLAMIC STATE OF THE GREATER SAHEL; a.k.a. "ISGS"), Mali; Niger; Burkina Faso; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISIS IN THE PHILIPPINES (a.k.a. DAWLATUL ISLAMIYAH WALIYATUL MASRIK; a.k.a.

DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ; a.k.a. IS EAST ASIA DIVISION; a.k.a. IS PHILIPPINES; a.k.a. ISIL IN THE PHILIPPINES; a.k.a. ISIL PHILIPPINES; a.k.a. ISIS BRANCH IN THE PHILIPPINES; a.k.a. ISIS PHILIPPINE PROVINCE; a.k.a. ISIS-PHILIPPINES; a.k.a. ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA; a.k.a. ISLAMIC STATE IN THE PHILIPPINES; a.k.a. "DIWM"; a.k.a. "ISP"), Basilan, Philippines; Lanao del Sur Province, Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIS IN YEMEN (a.k.a. ISIL-YEMEN; a.k.a. ISLAMIC STATE IN YEMEN; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN YEMEN; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-YEMEN; a.k.a. "PROVINCE OF YEMEN"; a.k.a. "WILAYAT AL-YEMEN"), Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISIS PHILIPPINE PROVINCE (a.k.a. DAWLATUL ISLAMIYAH WALIYATUL MASRIK; a.k.a. DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ; a.k.a. IS EAST ASIA DIVISION; a.k.a. IS PHILIPPINES; a.k.a. ISIL IN THE PHILIPPINES; a.k.a. ISIL PHILIPPINES; a.k.a. ISIS BRANCH IN THE PHILIPPINES; a.k.a. ISIS IN THE PHILIPPINES; a.k.a. ISIS-PHILIPPINES; a.k.a. ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA; a.k.a. ISLAMIC STATE IN THE PHILIPPINES; a.k.a. "DIWM"; a.k.a. "ISP"), Basilan, Philippines; Lanao del Sur Province, Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIS WEST AFRICA (a.k.a. ISIS WEST AFRICA PROVINCE; a.k.a. ISIS-WEST AFRICA; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA WEST AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-WEST AFRICA; a.k.a. ISLAMIC STATE WEST AFRICA PROVINCE; a.k.a. "ISIL-WA"; a.k.a. "ISIS-WA"; a.k.a. "ISISWAP"), Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIS WEST AFRICA PROVINCE (a.k.a. ISIS WEST AFRICA; a.k.a. ISIS-WEST AFRICA; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA WEST AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-WEST AFRICA; a.k.a. ISLAMIC STATE WEST AFRICA; a.k.a. ISLAMIC STATE WEST AFRICA PROVINCE; a.k.a. "ISIL-WA"; a.k.a. "ISIS-WA"; a.k.a. "ISISWAP"), Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIS WILAYAT KHORASAN (a.k.a. ISIL KHORASAN; a.k.a. ISIL'S SOUTH ASIA BRANCH; a.k.a. ISISK; a.k.a. ISIS-K; a.k.a. IS-KHORASAN; a.k.a. ISLAMIC STATE KHURASAN; a.k.a. ISLAMIC STATE OF IRAQ AND LEVANT IN KHORASAN PROVINCE; a.k.a. ISLAMIC STATE'S KHORASAN PROVINCE; a.k.a. SOUTH ASIAN CHAPTER OF ISIL; a.k.a. THE ISLAMIC STATE OF IRAQ AND ASH-SHAM - KHORASAN PROVINCE; a.k.a. THE ISLAMIC STATE OF IRAQ AND SYRIA - KHORASAN), Afghanistan; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIS-BANGLADESH (a.k.a. ABU JANDAL AL-BANGALI; a.k.a. CALIPHATE IN BANGLADESH; a.k.a. CALIPHATE'S SOLDIERS IN BANGLADESH; a.k.a. ISLAMIC STATE BANGLADESH; a.k.a. ISLAMIC STATE IN BANGLADESH; a.k.a. KHALIFAH'S SOLDIERS IN BENGAL; a.k.a. NEO-JAMAAT-UL MUJAHIDEEN BANGLADESH; a.k.a. SOLDIERS OF THE CALIPHATE IN BANGLADESH; a.k.a. "ISB"; a.k.a. "ISISB"; a.k.a. "NEO-JMB"; a.k.a. "NEW-JMB"), Dhaka, Bangladesh; Rangpur, Bangladesh; Sylhet, Bangladesh; Jhenaidah, Bangladesh; Singapore; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIS-CENTRAL AFRICA (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS; a.k.a. FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF"; a.k.a. "ADF/NALU"; a.k.a. "ISIS-DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [DRCONGO].

ISIS-EGYPT (a.k.a. IS EGYPT; a.k.a. IS-EGYPT; a.k.a. ISLAMIC STATE EGYPT; a.k.a. ISLAMIC STATE IN EGYPT), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISIS-GS (a.k.a. ISIS IN THE GREATER SAHARA; a.k.a. ISIS IN THE GREATER SAHEL; a.k.a. ISIS IN THE ISLAMIC SAHEL; a.k.a. ISLAMIC STATE IN THE GREATER SAHARA; a.k.a. ISLAMIC STATE OF THE GREATER SAHEL; a.k.a. "ISGS"), Mali; Niger; Burkina Faso; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISISK (a.k.a. ISIL KHORASAN; a.k.a. ISIL'S SOUTH ASIA BRANCH; a.k.a. ISIS WILAYAT KHORASAN; a.k.a. ISIS-K; a.k.a. IS-KHORASAN; a.k.a. ISLAMIC STATE KHURASAN; a.k.a. ISLAMIC STATE OF IRAQ AND LEVANT IN KHORASAN PROVINCE; a.k.a. ISLAMIC STATE'S KHORASAN PROVINCE; a.k.a. SOUTH ASIAN CHAPTER OF ISIL; a.k.a. THE ISLAMIC STATE OF IRAQ AND ASH-SHAM - KHORASAN PROVINCE; a.k.a. THE ISLAMIC STATE OF IRAQ AND SYRIA - KHORASAN), Afghanistan; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIS-K (a.k.a. ISIL KHORASAN; a.k.a. ISIL'S SOUTH ASIA BRANCH; a.k.a. ISIS WILAYAT KHORASAN; a.k.a. ISISK; a.k.a. IS-KHORASAN; a.k.a. ISLAMIC STATE KHURASAN; a.k.a. ISLAMIC STATE OF IRAQ AND LEVANT IN KHORASAN PROVINCE; a.k.a. ISLAMIC STATE'S KHORASAN PROVINCE; a.k.a. SOUTH ASIAN CHAPTER OF ISIL; a.k.a. THE ISLAMIC STATE OF IRAQ AND ASH-SHAM - KHORASAN PROVINCE; a.k.a. THE ISLAMIC STATE OF IRAQ AND SYRIA - KHORASAN), Afghanistan; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIS-LIBYA (a.k.a. ISIL-LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN LIBYA; a.k.a. ISLAMIC STATE OF

IRAQ AND THE LEVANT-LIBYA; a.k.a. "ISIS-L"; a.k.a. "WILAYAT AL-TARABLUS"; a.k.a. "WILAYAT BARQA"; a.k.a. "WILAYAT FEZZAN"; a.k.a. "WILAYAT TARABLUS"; a.k.a. "WILAYAT TRIPOLITANIA"), Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIS-PHILIPPINES (a.k.a. DAWLATUL ISLAMIYAH WALIYATUL MASRIK; a.k.a. DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ; a.k.a. IS EAST ASIA DIVISION; a.k.a. IS PHILIPPINES; a.k.a. ISIL IN THE PHILIPPINES; a.k.a. ISIL PHILIPPINES; a.k.a. ISIS BRANCH IN THE PHILIPPINES; a.k.a. ISIS IN THE PHILIPPINES; a.k.a. ISIS PHILIPPINE PROVINCE; a.k.a. ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA; a.k.a. ISLAMIC STATE IN THE PHILIPPINES; a.k.a. "DIWM"; a.k.a. "ISP"), Basilan, Philippines; Lanao del Sur Province, Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIS-SINAI PROVINCE (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIS-SOMALIA (a.k.a. ABNAA UL-CALIPHA; a.k.a. ISIS IN EAST AFRICA; a.k.a. ISLAMIC STATE IN SOMALIA; a.k.a. "ISS"), Puntland Region, Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISIS-TUNISIA (a.k.a. DAESH TUNISIA; a.k.a. ISIS-TUNISIA PROVINCE; a.k.a. JUND AL-KHILAFAH FI TUNIS; a.k.a. JUND AL-KHILAFAH IN TUNISIA; a.k.a. SOLDIERS OF THE CALIPHATE IN TUNISIA; a.k.a. TALA I JUND AL-KHILAFAH; a.k.a. "AJNAD"; a.k.a. "JUND AL KHILAFAH"; a.k.a. "JUND AL-KHILAFA"; a.k.a. "SOLDIERS OF THE CALIPHATE"; a.k.a. "VANGUARDS OF THE SOLDIERS OF THE CALIPHATE"), Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISIS-TUNISIA PROVINCE (a.k.a. DAESH TUNISIA; a.k.a. ISIS-TUNISIA; a.k.a. JUND AL-KHILAFAH FI TUNIS; a.k.a. JUND AL-KHILAFAH IN TUNISIA; a.k.a. SOLDIERS OF THE CALIPHATE IN TUNISIA; a.k.a. TALA I JUND AL-KHILAFAH; a.k.a. "AJNAD"; a.k.a. "JUND AL KHILAFAH"; a.k.a. "JUND AL-KHILAFA"; a.k.a. "SOLDIERS OF THE CALIPHATE"; a.k.a. "VANGUARDS OF THE SOLDIERS OF THE CALIPHATE"), Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISIS-WEST AFRICA (a.k.a. ISIS WEST AFRICA; a.k.a. ISIS WEST AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA WEST AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-WEST AFRICA; a.k.a. ISLAMIC STATE WEST AFRICA PROVINCE; a.k.a. "ISIL-WA"; a.k.a. "ISIS-WA"; a.k.a. "ISISWAP"), Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

IS-KHORASAN (a.k.a. ISIL KHORASAN; a.k.a. ISIL'S SOUTH ASIA BRANCH; a.k.a. ISIS WILAYAT KHORASAN; a.k.a. ISISK; a.k.a. ISIS-K; a.k.a. ISLAMIC STATE KHURASAN; a.k.a. ISLAMIC STATE OF IRAQ AND LEVANT IN KHORASAN PROVINCE; a.k.a. ISLAMIC STATE'S KHORASAN PROVINCE; a.k.a. SOUTH ASIAN CHAPTER OF ISIL; a.k.a. THE ISLAMIC STATE OF IRAQ AND ASH-SHAM - KHORASAN PROVINCE; a.k.a. THE ISLAMIC STATE OF IRAQ AND SYRIA - KHORASAN), Afghanistan; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISKRA ENGINEERING DESIGN BUREAU JSC NAMED AFTER I.I. KARTUKOV (a.k.a. JSC MBDB ISKRA; a.k.a. MKB ISKRA AO), Proezd Petrovsko-Razumovskii D. 28, Moscow 127287, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1946; Tax ID No. 7714288059 (Russia); Registration Number 1027714027395 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

ISKRITSKY, Mikhail (a.k.a. "Mty"; a.k.a. "Tropa"), Moscow, Russia; DOB 05 Nov 1981; nationality Russia; Email Address wet-dhg@rambler.ru; Gender Male (individual) [CYBER2].

ISLAMBOULI, Mohammad Shawqi; DOB 15 Jan 1955; POB Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 304555 (Egypt); Military Leader of ISLAMIC GAMA'AT (individual) [SDGT].

ISLAMI DAWAT-E-KAFELA (a.k.a. HARAKAT UL JIHAD AL ISLAMI; a.k.a. HARAKAT UL JIHAD ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD E ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD-I-ISLAMI/BANGLADESH; a.k.a. HARKAT UL JIHAD AL ISLAMI; a.k.a. HARKATUL JIHAD; a.k.a. HARKATUL JIHAD AL ISLAM; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HUJI-B; a.k.a. IDEK); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC AFRICAN RELIEF AGENCY (a.k.a. AL-WAKALA AL-ISLAMIYA AL-AFRIKIA L'IL-IGHATHA; a.k.a. AL-WAKALA AL-ISLAMIYA L'IL-IGHATHA; a.k.a. IARA; a.k.a. ISLAMIC AMERICAN RELIEF AGENCY; a.k.a. ISLAMIC RELIEF AGENCY; a.k.a. "ISRA"), 201 E. Cherry Street, Suite D, Columbia, MO 65205, United States; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; all offices worldwide [SDGT].

ISLAMIC AL SALAH SOCIETY (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC ALLIANCE OF DEMOCRATIC FORCES (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS; a.k.a. FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF"; a.k.a. "ADF/NALU"; a.k.a. "ISIS-DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [DRCONGO].

ISLAMIC AMERICAN RELIEF AGENCY (a.k.a. AL-WAKALA AL-ISLAMIYA AL-AFRIKIA L'IL-IGHATHA; a.k.a. AL-WAKALA AL-ISLAMIYA L'IL-IGHATHA; a.k.a. IARA; a.k.a. ISLAMIC AFRICAN RELIEF AGENCY; a.k.a. ISLAMIC RELIEF AGENCY; a.k.a. "ISRA"), 201 E. Cherry Street, Suite D, Columbia, MO 65205, United States; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; all offices worldwide [SDGT].

ISLAMIC ARMY (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC ARMY OF ADEN; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC CALL COMMITTEE (a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT ALDAWA AL ISLAMIAH; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; <Head Office> [SDGT].

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE

FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA;

a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.),

P.O. Box 2364, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC CHARITY EMDAD (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

ISLAMIC CHARITY EMDAD COMMITTEE (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE

FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

ISLAMIC EMDAD CHARITABLE COMMITTEE (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

ISLAMIC EMIRATE OF THE CAUCASUS (a.k.a. CAUCASUS EMIRATE; a.k.a. IMARAT KAVKAZ; a.k.a. IMIRAT KAVKAZ); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC GAMA'AT (a.k.a. AL-GAMA'AT; a.k.a. EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA; a.k.a. GAMA'A AL-ISLAMIYYA; a.k.a. ISLAMIC GROUP; a.k.a. "GI"; a.k.a. "IG"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC GROUP (a.k.a. AL-GAMA'AT; a.k.a. EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA; a.k.a. GAMA'A AL-ISLAMIYYA; a.k.a. ISLAMIC GAMA'AT; a.k.a. "GI"; a.k.a. "IG"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC HERITAGE RESTORATION SOCIETY (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS

ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-

KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

ISLAMIC HERITAGE REVIVAL PARTY (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a.

JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS

COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

ISLAMIC JIHAD (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC JIHAD GROUP (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; n.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ISLOMIY JIHOD ITTIHODI; n.k.a. ITTIHAD AL-JIHAD AL-ISLAMI; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY; a.k.a. "IJG"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC JIHAD GROUP OF UZBEKISTAN (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP; n.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ISLOMIY JIHOD ITTIHODI; n.k.a. ITTIHAD AL-JIHAD AL-ISLAMI; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY; a.k.a. "IJG"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC JIHAD IN PALESTINE (a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC JIHAD OF PALESTINE (a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN

PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC JIHAD ORGANIZATION (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC JIHAD UNION (IJU) (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; n.k.a. ISLOMIY JIHOD ITTIHODI; n.k.a. ITTIHAD AL-JIHAD AL-ISLAMI; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY; a.k.a. "IJG"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC MOVEMENT FOR REFORM (a.k.a. AL-HARAKAT AL-ISLAMIYAH LIL-ISLAH; a.k.a. AL-ISLAH; a.k.a. MOVEMENT FOR ISLAMIC REFORM IN ARABIA; a.k.a. MOVEMENT FOR REFORM IN ARABIA; a.k.a. "MIRA"), BM Box: MIRA, London WC1N 3XX, United Kingdom; 21 Blackstone Road, London NW2 6DA, United Kingdom; Safiee Suite, EBC House, Townsend Lane, London NW9 8LL, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; UK Company Number 03834450 (United Kingdom) [SDGT].

ISLAMIC MOVEMENT OF TALIBAN (a.k.a. TAHRIKE ISLAMI'A TALIBAN; a.k.a. TALEBAN; a.k.a. TALIBAN; a.k.a. TALIBAN ISLAMIC MOVEMENT; a.k.a. TALIBANO ISLAMI TAHRIK), Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC MOVEMENT OF UZBEKISTAN (a.k.a. "IMU"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC NATIONAL BANK COMPANY (a.k.a. ISLAMIC NATIONAL BANK OF GAZA; a.k.a. PALESTINE ISLAMIC NATIONAL BANK; a.k.a. "ISLAMIC NATIONAL BANK"; a.k.a. "NATIONAL AND ISLAMIC BANK"; a.k.a. "NATIONAL ISLAMIC BANK"), Al-Rimal District, Al Wandah Al Yarmuk Street junction, Gaza City, Gaza, Palestinian; Khan Yunis, Gaza, Palestinian; Website www.inb.ps; Email Address info@inb.ps; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 563201581 (Palestinian); Telephone: 97082881183; Fax: 97082881184 [SDGT].

ISLAMIC NATIONAL BANK OF GAZA (a.k.a. ISLAMIC NATIONAL BANK COMPANY; a.k.a. PALESTINE ISLAMIC NATIONAL BANK; a.k.a. "ISLAMIC NATIONAL BANK"; a.k.a. "NATIONAL AND ISLAMIC BANK"; a.k.a. "NATIONAL ISLAMIC BANK"), Al-Rimal District, Al Wandah Al Yarmuk Street junction, Gaza City, Gaza, Palestinian; Khan Yunis, Gaza, Palestinian; Website www.inb.ps; Email Address info@inb.ps; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 563201581 (Palestinian); Telephone: 97082881183; Fax: 97082881184 [SDGT].

ISLAMIC PEACEKEEPING INTERNATIONAL BRIGADE (a.k.a. INTERNATIONAL BATTALION; a.k.a. PEACEKEEPING BATTALION; a.k.a. THE INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC PEACEKEEPING ARMY; a.k.a. THE ISLAMIC PEACEKEEPING BRIGADE); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC RADIO AND TELEVISION UNION (a.k.a. IRTVU), Iran; Beirut, Lebanon; Kabul, Afghanistan; Additional Sanctions Information - Subject to Secondary Sanctions [ELECTION-EO13848] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ISLAMIC REGIMENT OF SPECIAL MEANING (a.k.a. THE AL-JIHAD-FISI-SABILILAH SPECIAL ISLAMIC REGIMENT; a.k.a. THE ISLAMIC SPECIAL PURPOSE REGIMENT; a.k.a. THE SPECIAL PURPOSE ISLAMIC REGIMENT); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC REGIONAL COOPERATION BANK (a.k.a. BANK-E TAAWON MANTAGHEEY-E ESLAMI; a.k.a. REGIONAL COOPERATION OF THE ISLAMIC BANK FOR DEVELOPMENT AND INVESTMENT), Building No. 59, District 929, Street No. 17, Arsat Al-Hindia, Al Masbah, Baghdad, Iraq; Tohid Street, Before Tohid Circle, No. 33, Upper Level of Eghtesad-e Novin Bank, Tehran 1419913464, Iran; Arsat Indian, 59 District-929, Street-17, Baghdad, Iraq; Arrasat Al Hindiya, Al Masbah Street, Baghdad, Iraq; SWIFT/BIC RCDFIQBA; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902] (Linked To: EGHTESAD NOVIN BANK).

ISLAMIC RELIEF AGENCY (a.k.a. AL-WAKALA AL-ISLAMIYA AL-AFRIKIA L'IL-IGHATHA; a.k.a. AL-WAKALA AL-ISLAMIYA L'IL-IGHATHA; a.k.a. IARA; a.k.a. ISLAMIC AFRICAN RELIEF AGENCY; a.k.a. ISLAMIC AMERICAN RELIEF AGENCY; a.k.a. "ISRA"), 201 E. Cherry Street, Suite D, Columbia, MO 65205, United States; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; all offices worldwide [SDGT].

ISLAMIC REPUBLIC OF IRAN - CHINA SHIPPING LINES, China; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ISLAMIC REPUBLIC OF IRAN - MIDDLE EAST SHIPPING LINES COMPANY, Next to CB hotel, Sharaf Building, Office No. 202, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ISLAMIC REPUBLIC OF IRAN AIR FORCE (a.k.a. "IRIAF"; a.k.a. "NAHAJA"), Doshan Tappeh Air Base, Tehran, Tehran Province, Iran; Website https://nahaja.aja.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-CON-ARMS-EO].

ISLAMIC REPUBLIC OF IRAN BROADCASTING (a.k.a. ISLAMIC REPUBLIC OF IRAN BROADCASTING ORG.; a.k.a. NATIONAL IRANIAN RADIO AND TELEVISION; a.k.a. "IRIB"), Jamejam Street, Valiasr Avenue, Tehran, Iran; Satellite Department, IRIB, Jame Jam St., Tehran, Iran; Department of IT-IRIB, P.O. Box 19395-333, Jaame Jam. St, Valiasr Ave, Tehran, Iran; IT Department, Fanni Building No 3, Jame jam, Valiasr St., Tehran, Iran; 200 Mosaddegh Avenue, Jaame Jam Street, Vali Asr Ave, P.O. Box 1333, Tehran 193933333, Iran; Fatemi Building, P.O. Box 15875 / 4333, Tehran, Iran; Website www.irib.ir; alt. Website http://iransat.irib.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 1792 [IRAN-TRA].

ISLAMIC REPUBLIC OF IRAN BROADCASTING ORG. (a.k.a. ISLAMIC REPUBLIC OF IRAN BROADCASTING; a.k.a. NATIONAL IRANIAN RADIO AND TELEVISION; a.k.a. "IRIB"), Jamejam Street, Valiasr Avenue, Tehran, Iran; Satellite Department, IRIB, Jame Jam St., Tehran, Iran; Department of IT-IRIB, P.O. Box 19395-333, Jaame Jam. St, Valiasr Ave, Tehran, Iran; IT Department, Fanni Building No 3, Jame jam, Valiasr St., Tehran, Iran; 200 Mosaddegh Avenue, Jaame Jam Street, Vali Asr Ave, P.O. Box 1333, Tehran 193933333, Iran; Fatemi Building, P.O. Box 15875 / 4333, Tehran, Iran; Website www.irib.ir; alt. Website http://iransat.irib.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 1792 [IRAN-TRA].

ISLAMIC REPUBLIC OF IRAN SHIPPING LINES (a.k.a. IRISL), Asseman Tower, Pasdaran Street, Tehran, Iran; P.O. Box 19395-177, Tehran, Iran; P.O. Box 1957614114, Tehran, Iran; No 523, Al Seman Tower Building, No 8: Narenjestan, Laveltani Street, Sayya Shirazi Square, Pasdaran Street, Tehran 1957617114, Iran; No 37 Aseman Tower Sayyade Shirazee Square, Pasdaran Avenue, PO Box 19395-1311, Tehran, Iran; Website www.irisl.net; IFCA Determination - Involved in the Shipping Sector; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Trade License No. 11670 (Iran); All Offices Worldwide [IRAN] [NPWMD] [IFSR] [IFCA].

ISLAMIC REPUBLIC OF IRAN SHIPPING LINES COMFORT SERVICES (a.k.a. IRISL CLUB; a.k.a. MARITIME WELFARE SERVICES INSTITUTE; a.k.a. SHIPPING WELFARE SERVICES INSTITUTE), Number 63, East Shahid Tajrlu Street, Shahid Tajrlu Square, Shian, Iran; Website www.irislclub.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ISLAMIC REPUBLIC OF IRAN SHIPPING LINES INVESTMENT (a.k.a. ISLAMIC REPUBLIC OF IRAN SHIPPING LINES INVESTMENT COMPANY), Sky Tower, No. 523, Pasdaran Ave, Farmanieh Ave, Farmanieh, District 1, Tehran 1939513111, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ISLAMIC REPUBLIC OF IRAN SHIPPING LINES INVESTMENT COMPANY (a.k.a. ISLAMIC REPUBLIC OF IRAN SHIPPING LINES INVESTMENT), Sky Tower, No. 523, Pasdaran Ave, Farmanieh Ave, Farmanieh, District 1, Tehran 1939513111, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ISLAMIC RESISTANCE MOVEMENT (a.k.a. HAMAS; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC RESISTANCE SUPPORT ASSOCIATION (a.k.a. HAYAT AL-DAM LIL-MUQAWAMA AL-ISLAMIYA; a.k.a. ISLAMIC RESISTANCE SUPPORT ORGANIZATION), Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC RESISTANCE SUPPORT ORGANIZATION (a.k.a. HAYAT AL-DAM LIL-MUQAWAMA AL-ISLAMIYA; a.k.a. ISLAMIC RESISTANCE SUPPORT ASSOCIATION), Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC REVOLUTION GUARDS CORPS (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

ISLAMIC REVOLUTION GUARDS CORPS AIR FORCE (a.k.a. AEROSPACE DIVISION OF IRGC; a.k.a. AEROSPACE FORCE OF THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. AFAGIR; a.k.a. AIR FORCE, IRGC (PASDARAN); a.k.a. IRGC

AEROSPACE FORCE; a.k.a. IRGC AIR FORCE; a.k.a. IRGCAF; a.k.a. IRGCASF; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AEROSPACE FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AIR FORCE; a.k.a. SEPAH PASDARAN AIR FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [RUSSIA-EO14024].

ISLAMIC REVOLUTION GUARDS CORPS GROUND FORCE (a.k.a. IRGC GROUND FORCES), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [IRGC].

ISLAMIC REVOLUTION GUARDS CORPS NAVAL FORCE (a.k.a. IRGC NAVY), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [IRGC].

ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ISLAMIC REVOLUTION MARTYRS FOUNDATION (a.k.a. AL-MUA'ASSAT AL-SHAHID; a.k.a. AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION; a.k.a. AL-SHAHID FOUNDATION; a.k.a. AL-SHAHID ORGANIZATION; a.k.a. HIZBALLAH MARTYRS FOUNDATION; a.k.a. LEBANESE MARTYR ASSOCIATION; a.k.a. LEBANESE MARTYR FOUNDATION; a.k.a. MARTYRS FOUNDATION IN LEBANON; a.k.a. MARTYRS INSTITUTE), P.O. Box 110 24, Bir al-Abed, Beirut, Lebanon; Biqa' Valley, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION (a.k.a. BONYAD MOSTAZAFAN; a.k.a. BONYAD MOSTAZAFAN ENGHELAB ESLAMI (Arabic: بنیاد مستضعفان انقلاب اسلامی); a.k.a. MOSTASZAFAN FOUNDATION OF ISLAMIC REVOLUTION; a.k.a. MOSTAZAFAN FOUNDATION; a.k.a. THE FOUNDATION OF THE OPPRESSED; a.k.a. "IRMF"; a.k.a. "MJF"), Bonyad Head Office, Africa Boulevard, Argentina Square, District 6, Tehran, Tehran Province, Iran; Website http://www.irmf.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100171920 (Iran) [IRAN-EO13876].

ISLAMIC REVOLUTIONARY CORPS (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

ISLAMIC REVOLUTIONARY GUARD CORPS (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE (a.k.a. AL QODS; a.k.a. IRGC-QF; a.k.a. IRGC-QUDS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS-QODS FORCE; a.k.a. JERUSALEM FORCE; a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN); a.k.a. QODS (JERUSALEM) FORCE OF THE IRGC; a.k.a. QODS FORCE; a.k.a. QUDS FORCE; a.k.a. SEPAH-E QODS; a.k.a. SEPAH-E QODS (JERUSALEM FORCE)), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] [ELECTION-EO13848].

ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE RESEARCH AND SELF SUFFICIENCY JEHAD ORGANIZATION (a.k.a.

ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF-SUFFICIENCY JEHAD ORGANIZATION), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION (a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE RESEARCH AND SELF SUFFICIENCY JEHAD ORGANIZATION; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF-SUFFICIENCY JEHAD ORGANIZATION), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF-SUFFICIENCY JEHAD ORGANIZATION (a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE RESEARCH AND SELF SUFFICIENCY JEHAD ORGANIZATION; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE (a.k.a. AEROSPACE DIVISION OF IRGC; a.k.a. AEROSPACE FORCE OF THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. AFAGIR; a.k.a. AIR FORCE, IRGC (PASDARAN); a.k.a. IRGC AEROSPACE FORCE; a.k.a. IRGC AIR FORCE; a.k.a. IRGCAF; a.k.a. IRGCASF; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AEROSPACE FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AIR FORCE; a.k.a. SEPAH PASDARAN AIR FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions

risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [RUSSIA-EO14024].

ISLAMIC REVOLUTIONARY GUARD CORPS AL-GHADIR MISSILE COMMAND (a.k.a. IRGC AIR FORCE AL-GHADIR MISSILE COMMAND; a.k.a. IRGC MISSILE COMMAND), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

ISLAMIC REVOLUTIONARY GUARD CORPS ELECTRONIC WARFARE AND CYBER DEFENSE ORGANIZATION (a.k.a. IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND; a.k.a. IRGC JANGAL ORGANIZATION; a.k.a. IRGC-CEC), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] [HRIT-IR].

ISLAMIC REVOLUTIONARY GUARD CORPS INTELLIGENCE ORGANIZATION (a.k.a. IRGC INTELLIGENCE ORGANIZATION; a.k.a. IRGC-IO), Iran [HOSTAGES-EO14078].

ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JEHAD ORGANIZATION (a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JIHAD ORGANIZATION; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS SELF-SUFFICIENCY JEHAD ORGANIZATION), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JIHAD ORGANIZATION (a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JEHAD ORGANIZATION; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS SELF-SUFFICIENCY JEHAD ORGANIZATION), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

ISLAMIC REVOLUTIONARY GUARD CORPS SELF-SUFFICIENCY JEHAD ORGANIZATION (a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JEHAD ORGANIZATION; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JIHAD ORGANIZATION), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

ISLAMIC REVOLUTIONARY GUARD CORPS-QODS FORCE (a.k.a. AL QODS; a.k.a. IRGC-QF; a.k.a. IRGC-QUDS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; a.k.a. JERUSALEM FORCE; a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN); a.k.a. QODS (JERUSALEM) FORCE OF THE IRGC; a.k.a. QODS FORCE; a.k.a. QUDS FORCE; a.k.a. SEPAH-E QODS; a.k.a. SEPAH-E QODS (JERUSALEM FORCE)), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] [ELECTION-EO13848].

ISLAMIC REVOLUTIONARY GUARDS (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

ISLAMIC REVOLUTIONARY GUARDS CORPS (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

ISLAMIC REVOLUTIONARY GUARDS CORPS AEROSPACE FORCE (a.k.a. AEROSPACE DIVISION OF IRGC; a.k.a. AEROSPACE FORCE OF THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. AFAGIR; a.k.a. AIR FORCE, IRGC (PASDARAN); a.k.a. IRGC AEROSPACE FORCE; a.k.a. IRGC AIR FORCE; a.k.a. IRGCAF; a.k.a. IRGCASF; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AIR FORCE; a.k.a. SEPAH PASDARAN AIR FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [RUSSIA-EO14024].

ISLAMIC REVOLUTIONARY GUARDS CORPS AIR FORCE (a.k.a. AEROSPACE DIVISION OF IRGC; a.k.a. AEROSPACE FORCE OF THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. AFAGIR; a.k.a. AIR FORCE, IRGC (PASDARAN); a.k.a. IRGC AEROSPACE FORCE; a.k.a. IRGC AIR FORCE; a.k.a. IRGCAF; a.k.a. IRGCASF; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AEROSPACE FORCE; a.k.a. SEPAH PASDARAN AIR FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [RUSSIA-EO14024].

ISLAMIC RIGHTEOUSNESS SOCIETY (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC SALAH FOUNDATION (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a.

ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC SALAH SOCIETY (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC SALVATION FOUNDATION (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS

AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC SALVATION SOCIETY (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC SECURITY FORCE-INDIAN MUJAHIDEEN (ISF-IM) (a.k.a. INDIAN MUJAHEDEEN; a.k.a. INDIAN MUJAHIDEEN; a.k.a. INDIAN MUJAHIDIN), India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH;

a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE - MOZAMBIQUE (a.k.a. AHL AL-SUNNA WA AL-JAMAA; a.k.a. AL-SHABAAB IN MOZAMBIQUE; a.k.a. ANSAAR KALIMAT ALLAH; a.k.a. ANSAR AL-SUNNA; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. "ADHERENTS TO THE TRADITIONS AND THE COMMUNITY"; a.k.a. "HELPERS OF TRADITION"; a.k.a. "ISIS-MOZAMBIQUE"; a.k.a. "SUPPORTERS OF THE WORD OF ALLAH"), Cabo Delgado Province, Mozambique; Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE BANGLADESH (a.k.a. ABU JANDAL AL-BANGALI; a.k.a. CALIPHATE IN BANGLADESH; a.k.a. CALIPHATE'S SOLDIERS IN BANGLADESH; a.k.a. ISIS-BANGLADESH; a.k.a. ISLAMIC STATE IN BANGLADESH; a.k.a. KHALIFAH'S SOLDIERS IN BENGAL; a.k.a. NEO-JAMAAT-UL MUJAHIDEEN BANGLADESH; a.k.a. SOLDIERS OF THE CALIPHATE IN BANGLADESH; a.k.a. "ISB"; a.k.a. "ISISB"; a.k.a. "NEO-JMB"; a.k.a. "NEW-JMB"), Dhaka, Bangladesh; Rangpur, Bangladesh; Sylhet,

Bangladesh; Jhenaidah, Bangladesh; Singapore; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE CENTRAL AFRICA PROVINCE (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS; a.k.a. FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF"; a.k.a. "ADF/NALU"; a.k.a. "ISIS-DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [DRCONGO].

ISLAMIC STATE CENTRAL AFRICA PROVINCE (a.k.a. AHL AL-SUNNA WA AL-JAMAA; a.k.a. AL-SHABAAB IN MOZAMBIQUE; a.k.a. ANSAAR KALIMAT ALLAH; a.k.a. ANSAR AL-SUNNA; a.k.a. ISLAMIC STATE - MOZAMBIQUE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. "ADHERENTS TO THE TRADITIONS AND THE COMMUNITY"; a.k.a. "HELPERS OF TRADITION"; a.k.a. "ISIS-MOZAMBIQUE"; a.k.a. "SUPPORTERS OF THE WORD OF ALLAH"), Cabo Delgado Province, Mozambique; Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE EGYPT (a.k.a. IS EGYPT; a.k.a. IS-EGYPT; a.k.a. ISIS-EGYPT; a.k.a. ISLAMIC STATE IN EGYPT), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC STATE IN BANGLADESH (a.k.a. ABU JANDAL AL-BANGALI; a.k.a. CALIPHATE IN BANGLADESH; a.k.a. CALIPHATE'S SOLDIERS IN BANGLADESH; a.k.a. ISIS-

BANGLADESH; a.k.a. ISLAMIC STATE BANGLADESH; a.k.a. KHALIFAH'S SOLDIERS IN BENGAL; a.k.a. NEO-JAMAAT-UL MUJAHIDEEN BANGLADESH; a.k.a. SOLDIERS OF THE CALIPHATE IN BANGLADESH; a.k.a. "ISB"; a.k.a. "ISISB"; a.k.a. "NEO-JMB"; a.k.a. "NEW-JMB"), Dhaka, Bangladesh; Rangpur, Bangladesh; Sylhet, Bangladesh; Jhenaidah, Bangladesh; Singapore; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE IN EGYPT (a.k.a. IS EGYPT; a.k.a. IS-EGYPT; a.k.a. ISIS-EGYPT; a.k.a. ISLAMIC STATE EGYPT), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA (a.k.a. DAWLATUL ISLAMIYAH WALIYATUL MASRIK; a.k.a. DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ; a.k.a. IS EAST ASIA DIVISION; a.k.a. IS PHILIPPINES; a.k.a. ISIL IN THE PHILIPPINES; a.k.a. ISIL PHILIPPINES; a.k.a. ISIS BRANCH IN THE PHILIPPINES; a.k.a. ISIS IN THE PHILIPPINES; a.k.a. ISIS PHILIPPINE PROVINCE; a.k.a. ISIS-PHILIPPINES; a.k.a. ISLAMIC STATE IN THE PHILIPPINES; a.k.a. "DIWM"; a.k.a. "ISP"), Basilan, Philippines; Lanao del Sur Province, Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE IN SOMALIA (a.k.a. ABNAA UL-CALIPHA; a.k.a. ISIS IN EAST AFRICA; a.k.a. ISIS-SOMALIA; a.k.a. "ISS"), Puntland Region, Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC STATE IN THE GREATER SAHARA (a.k.a. ISIS IN THE GREATER SAHARA; a.k.a. ISIS IN THE GREATER SAHEL; a.k.a. ISIS IN THE ISLAMIC SAHEL; a.k.a. ISIS-GS; a.k.a. ISLAMIC STATE OF THE GREATER SAHEL; a.k.a. "ISGS"), Mali; Niger; Burkina Faso; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC STATE IN THE PHILIPPINES (a.k.a. DAWLATUL ISLAMIYAH WALIYATUL MASRIK; a.k.a. DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ; a.k.a. IS EAST ASIA DIVISION; a.k.a. IS PHILIPPINES; a.k.a. ISIL IN THE PHILIPPINES; a.k.a. ISIL

PHILIPPINES; a.k.a. ISIS BRANCH IN THE PHILIPPINES; a.k.a. ISIS IN THE PHILIPPINES; a.k.a. ISIS PHILIPPINE PROVINCE; a.k.a. ISIS-PHILIPPINES; a.k.a. ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA; a.k.a. "DIWM"; a.k.a. "ISP"), Basilan, Philippines; Lanao del Sur Province, Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE IN THE SINAI (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE IN YEMEN (a.k.a. ISIL-YEMEN; a.k.a. ISIS IN YEMEN; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN YEMEN; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-YEMEN; a.k.a. "PROVINCE OF YEMEN"; a.k.a. "WILAYAT AL-YEMEN"), Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC STATE KHURASAN (a.k.a. ISIL KHORASAN; a.k.a. ISIL'S SOUTH ASIA BRANCH; a.k.a. ISIS WILAYAT KHORASAN; a.k.a. ISISK; a.k.a. ISIS-K; a.k.a. IS-KHORASAN; a.k.a. ISLAMIC STATE OF IRAQ AND LEVANT IN KHORASAN PROVINCE; a.k.a. ISLAMIC STATE'S KHORASAN PROVINCE; a.k.a. SOUTH ASIAN CHAPTER OF ISIL; a.k.a. THE ISLAMIC STATE OF IRAQ AND ASH-SHAM - KHORASAN PROVINCE; a.k.a. THE ISLAMIC STATE OF IRAQ AND SYRIA - KHORASAN), Afghanistan; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE OF IRAQ (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM;

a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE OF IRAQ AND AL-SHAM (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD

ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE OF IRAQ AND ASH-SHAM IN LIBYA (a.k.a. ISIL-LIBYA; a.k.a. ISIS-LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-LIBYA; a.k.a. "ISIS-L"; a.k.a. "WILAYAT AL-TARABLUS"; a.k.a. "WILAYAT BARQA"; a.k.a. "WILAYAT FEZZAN"; a.k.a. "WILAYAT TARABLUS"; a.k.a. "WILAYAT TRIPOLITANIA"), Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE OF IRAQ AND LEVANT IN KHORASAN PROVINCE (a.k.a. ISIL KHORASAN; a.k.a. ISIL'S SOUTH ASIA BRANCH; a.k.a. ISIS WILAYAT KHORASAN; a.k.a. ISISK; a.k.a. ISIS-K; a.k.a. IS-KHORASAN; a.k.a. ISLAMIC STATE KHURASAN; a.k.a. ISLAMIC STATE'S KHORASAN PROVINCE; a.k.a. SOUTH ASIAN CHAPTER OF ISIL; a.k.a. THE ISLAMIC STATE OF IRAQ AND ASH-SHAM - KHORASAN PROVINCE; a.k.a. THE ISLAMIC STATE OF IRAQ AND SYRIA - KHORASAN), Afghanistan; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE OF IRAQ AND SYRIA (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS; a.k.a. FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF"; a.k.a. "ADF/NALU"; a.k.a. "ISIS-DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [DRCONGO].

ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE (a.k.a. AHL AL-SUNNA WA AL-JAMAA; a.k.a. AL-SHABAAB IN MOZAMBIQUE; a.k.a. ANSAAR KALIMAT ALLAH; a.k.a. ANSAR AL-SUNNA; a.k.a. ISLAMIC STATE - MOZAMBIQUE; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. "ADHERENTS TO THE TRADITIONS AND THE COMMUNITY"; a.k.a. "HELPERS OF TRADITION"; a.k.a. "ISIS-MOZAMBIQUE"; a.k.a. "SUPPORTERS OF THE WORD OF ALLAH"), Cabo Delgado Province, Mozambique; Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE OF IRAQ AND SYRIA WEST AFRICA PROVINCE (a.k.a. ISIS WEST AFRICA; a.k.a. ISIS WEST AFRICA PROVINCE; a.k.a. ISIS-WEST AFRICA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-WEST AFRICA; a.k.a. ISLAMIC STATE WEST AFRICA PROVINCE; a.k.a. "ISIL-WA"; a.k.a. "ISIS-WA"; a.k.a. "ISISWAP"), Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE OF IRAQ AND THE LEVANT (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE OF IRAQ AND THE LEVANT - CAUCASUS PROVINCE (a.k.a. CAUCASUS WILAYAH; a.k.a. VILAYAT KAVKAZ; a.k.a. WILAYAH QAWKAZ; a.k.a. WILAYAT QAWQAZ; a.k.a. "CAUCASUS PROVINCE"), Dagestan, Russia; Chechnya, Russia; Ingushetia, Russia; Kabardino-Balkaria, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC STATE OF IRAQ AND THE LEVANT IN LIBYA (a.k.a. ISIL-LIBYA; a.k.a. ISIS-LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-LIBYA; a.k.a. "ISIS-L"; a.k.a. "WILAYAT AL-TARABLUS"; a.k.a. "WILAYAT BARQA"; a.k.a. "WILAYAT FEZZAN"; a.k.a. "WILAYAT TARABLUS"; a.k.a. "WILAYAT TRIPOLITANIA"), Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE OF IRAQ AND THE LEVANT IN SAUDI ARABIA (a.k.a. HIJAZ PROVINCE OF THE ISLAMIC STATE; a.k.a. ISIL-SAUDI ARABIA; a.k.a. ISIS IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-SAUDI ARABIA; a.k.a. MUJAHIDEEN OF THE ARABIAN PENINSULA; a.k.a. WILAYAT AL-HARAMAYN; a.k.a. "AL-HIJAZ PROVINCE"; a.k.a. "NAJD PROVINCE"; a.k.a. "PROVINCE OF THE TWO HOLY PLACES"; a.k.a. "WILAYAT NAJD"), Hijaz and Asir Provinces, Najd region, Saudi Arabia; Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC STATE OF IRAQ AND THE LEVANT IN YEMEN (a.k.a. ISIL-YEMEN; a.k.a. ISIS IN YEMEN; a.k.a. ISLAMIC STATE IN YEMEN; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-YEMEN; a.k.a. "PROVINCE OF YEMEN"; a.k.a. "WILAYAT AL-YEMEN"), Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC STATE OF IRAQ AND THE LEVANT-LIBYA (a.k.a. ISIL-LIBYA; a.k.a. ISIS-LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN LIBYA; a.k.a. "ISIS-L"; a.k.a. "WILAYAT AL-TARABLUS"; a.k.a. "WILAYAT BARQA"; a.k.a. "WILAYAT FEZZAN"; a.k.a. "WILAYAT TARABLUS"; a.k.a. "WILAYAT TRIPOLITANIA"), Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE OF IRAQ AND THE LEVANT-SAUDI ARABIA (a.k.a. HIJAZ PROVINCE OF THE ISLAMIC STATE; a.k.a. ISIL-SAUDI ARABIA; a.k.a. ISIS IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN SAUDI ARABIA; a.k.a. MUJAHIDEEN OF THE ARABIAN PENINSULA; a.k.a. WILAYAT AL-HARAMAYN; a.k.a. "AL-HIJAZ PROVINCE"; a.k.a. "NAJD PROVINCE"; a.k.a. "PROVINCE OF THE TWO HOLY PLACES"; a.k.a. "WILAYAT NAJD"), Hijaz and Asir Provinces, Najd region, Saudi Arabia; Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC STATE OF IRAQ AND THE LEVANT-WEST AFRICA (a.k.a. ISIS WEST AFRICA; a.k.a. ISIS WEST AFRICA PROVINCE; a.k.a. ISIS-WEST AFRICA; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA WEST AFRICA PROVINCE; a.k.a. ISLAMIC STATE WEST AFRICA PROVINCE; a.k.a. "ISIL-WA"; a.k.a. "ISIS-WA"; a.k.a. "ISISWAP"), Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE OF IRAQ AND THE LEVANT-YEMEN (a.k.a. ISIL-YEMEN; a.k.a. ISIS IN YEMEN; a.k.a. ISLAMIC STATE IN YEMEN; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN YEMEN; a.k.a. "PROVINCE OF YEMEN"; a.k.a. "WILAYAT AL-YEMEN"), Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a.

"THE STATE OF SINAI"), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE OF LANAO (a.k.a. IS-RANAO; a.k.a. MAUTE GROUP), Lanao del Sur, Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC STATE OF THE GREATER SAHEL (a.k.a. ISIS IN THE GREATER SAHARA; a.k.a. ISIS IN THE GREATER SAHEL; a.k.a. ISIS IN THE ISLAMIC SAHEL; a.k.a. ISIS-GS; a.k.a. ISLAMIC STATE IN THE GREATER SAHARA; a.k.a. "ISGS"), Mali; Niger; Burkina Faso; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISLAMIC STATE WEST AFRICA PROVINCE (a.k.a. ISIS WEST AFRICA; a.k.a. ISIS WEST AFRICA PROVINCE; a.k.a. ISIS-WEST AFRICA; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA WEST AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-WEST AFRICA; a.k.a. "ISIL-WA"; a.k.a. "ISIS-WA"; a.k.a. "ISISWAP"), Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE'S KHORASAN PROVINCE (a.k.a. ISIL KHORASAN; a.k.a. ISIL'S SOUTH ASIA BRANCH; a.k.a. ISIS WILAYAT KHORASAN; a.k.a. ISISK; a.k.a. ISIS-K; a.k.a. IS-KHORASAN; a.k.a. ISLAMIC STATE KHURASAN; a.k.a. ISLAMIC STATE OF IRAQ AND LEVANT IN KHORASAN PROVINCE; a.k.a. SOUTH ASIAN CHAPTER OF ISIL; a.k.a. THE ISLAMIC STATE OF IRAQ AND ASH-SHAM - KHORASAN PROVINCE; a.k.a. THE ISLAMIC STATE OF IRAQ AND SYRIA - KHORASAN), Afghanistan; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE-SINAI PROVINCE (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR

JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMOV, Dmitry Viktorovich (Cyrillic: ИСЛАМОВ, Дмитрий Викторович), Russia; DOB 05 Dec 1977; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ISLE INNOVATION INC, 20th Floor, Global Plaza Building, Calle 50, Panama City, Panama; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 2024; Identification Number IMO 0108938; Folio Mercantil No. 155758327 (Panama) [IRAN-EO13846].

ISLOMIY JIHOD ITTIHODI (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; n.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ITTIHAD AL-JIHAD AL-ISLAMI; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY; a.k.a. "IJG"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISMAEL, Ghassan Jaoudat (a.k.a. ISMAIL, Ghassan Jaoudat (Arabic: غسان جودت إسماعيل); a.k.a. SALAMEH, Ghassan), Aleppo, Syria; DOB 1960; POB Junaynat Ruslan, Darkoush, Drekish, Tartous, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

ISMAGILOV, Marat Maratovich (a.k.a. KHIMICH, Marat; a.k.a. SAVELOV, Marat Maratovich; a.k.a. SAVELOV-HIMICH, Marat), Austria; Singapore; 16 Malakhitovaya St, Apt 5, Novinki, Moscow 123103, Russia; DOB 15 Dec 1979; POB Grozny, Russia; nationality Russia; alt. nationality Israel; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 725260121 (Russia) issued 04 Jul 2013 expires 04 Jul 2023; alt. Passport 753383048 (Russia) issued 30 Jun 2016 expires 30 Jun 2026; alt. Passport 32395882 (Israel) issued 16 May 2018 expires 15 May 2023; National ID No. 4508457970

(Russia); alt. National ID No. 345133367 (Israel) (individual) [RUSSIA-EO14024].

ISMAIL FOR GENERAL TRADE (a.k.a. ISMAIL GENERAL TRADING (Arabic: اسماعيل للتجارة العامة); a.k.a. MOHAMED HASSANE ISMAIL), Khaldeh, Al Qubbah, King Mohammad Ismail, Section 5, Block B, Mount Lebanon, Lebanon; Mohamed Ismail Property, B Kobbe, Baabda, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Oct 2009; Registration Number 2018166 (Lebanon) [SDGT] (Linked To: ISMAIL, Mohamad Hassan).

ISMAIL GENERAL TRADING (Arabic: اسماعيل للتجارة العامة) (a.k.a. ISMAIL FOR GENERAL TRADE; a.k.a. MOHAMED HASSANE ISMAIL), Khaldeh, Al Qubbah, King Mohammad Ismail, Section 5, Block B, Mount Lebanon, Lebanon; Mohamed Ismail Property, B Kobbe, Baabda, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Oct 2009; Registration Number 2018166 (Lebanon) [SDGT] (Linked To: ISMAIL, Mohamad Hassan).

ISMAIL, Ahmad (Arabic: أحمد إسماعيل), Syria; DOB 01 Jan 1994; POB Tartous, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N00560431 (Syria) expires 01 May 2030 (individual) [SDGT] (Linked To: ANSARALLAH).

ISMA'IL, 'Ali 'Abd Al-Rahman (a.k.a. ABU GHAZALA, Muhammad Hisham Muhammad Isma'il; a.k.a. ABU LAYTH, Mansur; a.k.a. ABU SUWAYWIN, 'Ali 'Abd Al-Rahman; a.k.a. ABU-GHAZALAH, Muhammad Hisham Isma'il; a.k.a. ABU-GHAZALAH, Muhammad Hisham Muhammad; a.k.a. AL-FILISTINI, Abu Layth; a.k.a. "ABU GHAZALA"; a.k.a. "ABU GHAZALEH"); DOB 26 Dec 1962; POB Al-Zarqa, Jordan; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9621014947 (Jordan) (individual) [SDGT].

ISMAIL, Ghassan Jaoudat (Arabic: غسان جودت إسماعيل) (a.k.a. ISMAEL, Ghassan Jaoudat; a.k.a. SALAMEH, Ghassan), Aleppo, Syria; DOB 1960; POB Junaynat Ruslan, Darkoush, Drekish, Tartous, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

ISMAIL, Mohamad Hassan (Arabic: محمد حسن اسمعيل), Lyulin 408, Entrance B, Floor 5, Apt 95, Sofia, Bulgaria; Ramlet El Bayda, Fawaz Building, 4th Floor, Beirut, Lebanon; DOB 01 Jun 1985; POB Kounin, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR2096669 (Lebanon); alt. Passport LR0484848 expires 31 Jul 2022; Identification Number 1003688727 (Bulgaria) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

ISMAIL, Mohammed (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. AL-KHATAB, Abd Al Rahman; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ISMAIL, Samer (Arabic: سامر اسماعيل), Homs, Syria; DOB 25 Oct 1980; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

ISMAIL, Talib Husayn Ali Jarak (a.k.a. ESMAEL, Taleb H. A. J.), Block 8, Street 20, House No. 33, Jabriya, Kuwait; Street 21, Salem Al Mubarak Avenue, Block 20, Building 13, Salmiya, Kuwait; PO Box 3390, Safat 13034, Kuwait City, Kuwait; PO Box 126, Safat 13002, Kuwait City, Kuwait; Block 8, Street 103, Building 33, Apartment 33, Jabriya, Kuwait; Mubarak Al Kabir, Darwaza abdul Razak Square, Kuwait City, Kuwait; DOB 30 Apr 1956; POB Kuwait City, Kuwait; nationality Kuwait; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

ISMAILOV, Olimkhon (a.k.a. ISMAILOV, Olimkhon Makhmudjon Ugli; a.k.a. ISMAILOV, Olimxon; a.k.a. ISMAILOV, Olimxon Maxmudjon Ogli), Namangan, Uzbekistan; DOB 04 Oct 1996; POB Uzbekistan; nationality Uzbekistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport FA0643257 (Uzbekistan); Identification Number AA6548917 (Uzbekistan) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ISMAILOV, Olimkhon Makhmudjon Ugli (a.k.a. ISMAILOV, Olimkhon; a.k.a. ISMAILOV, Olimxon; a.k.a. ISMAILOV, Olimxon Maxmudjon Ogli), Namangan, Uzbekistan; DOB 04 Oct 1996; POB Uzbekistan; nationality Uzbekistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport FA0643257 (Uzbekistan); Identification Number AA6548917 (Uzbekistan) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ISMAILOV, Olimxon (a.k.a. ISMAILOV, Olimkhon; a.k.a. ISMAILOV, Olimkhon Makhmudjon Ugli; a.k.a. ISMAILOV, Olimxon Maxmudjon Ogli), Namangan, Uzbekistan; DOB 04 Oct 1996; POB Uzbekistan; nationality Uzbekistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport FA0643257 (Uzbekistan); Identification Number AA6548917 (Uzbekistan) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ISMAILOV, Olimxon Maxmudjon Ogli (a.k.a. ISMAILOV, Olimkhon; a.k.a. ISMAILOV, Olimkhon Makhmudjon Ugli; a.k.a. ISMAILOV, Olimxon), Namangan, Uzbekistan; DOB 04 Oct 1996; POB Uzbekistan; nationality Uzbekistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport FA0643257 (Uzbekistan); Identification Number AA6548917 (Uzbekistan) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ISMAILOV, Zaur; DOB 25 Jul 1975; alt. DOB 25 Jul 1978; POB Krasny Luch, Voroshilovgrad, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ISMAILOVA, Gulbahor Burkhanovna (a.k.a. ISMAILOVA, Gulbakhor Burkhanovna), Ustabayava 79, Apt 81-831, Tashkent 100187, Uzbekistan; DOB 22 Dec 1959; POB Tashkent, Uzbekistan; nationality Uzbekistan; alt. nationality Russia; alt. nationality Cyprus; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: THE SISTER TRUST).

ISMAILOVA, Gulbakhor Burkhanovna (a.k.a. ISMAILOVA, Gulbahor Burkhanovna), Ustabayava 79, Apt 81-831, Tashkent 100187, Uzbekistan; DOB 22 Dec 1959; POB Tashkent, Uzbekistan; nationality Uzbekistan; alt. nationality Russia; alt. nationality Cyprus; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: THE SISTER TRUST).

ISMAILOVA, Gulnoz Zunnurovna (a.k.a. KOCHAROVA, Gulnoz Zunnurovna), Russia; Cyprus; Switzerland; DOB 04 Oct 1982; POB Tashkent, Uzbekistan; nationality Russia; alt. nationality Cyprus; citizen Uzbekistan; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport K00224544 (Cyprus) issued 28 May 2015 expires 28 May 2025 (individual) [RUSSIA-EO14024] (Linked To: ALMENOR HOLDINGS LIMITED).

ISOMUDDIN, Riduan (a.k.a. ISAMUDDIN, Nurjaman Riduan; a.k.a. NURJAMAN, Encep; a.k.a. "HAMBALI"; a.k.a. "NURJAMAN"), Guantanamo Bay detention center, Cuba; DOB 04 Apr 1964; alt. DOB 01 Apr 1964; POB Cianjur, West Java, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ISP SB RAS (a.k.a. RZHANOV INSTITUTE OF SEMICONDUCTOR PHYSICS SB RAS; a.k.a. RZHANOV INSTITUTE OF SEMICONDUCTOR PHYSICS SIBERIAN BRANCH OF RUSSIAN ACADEMY OF SCIENCES), 13 Lavrentiev Aven., Novosibirsk 630090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5408100057 (Russia); Registration Number 1025403651283 (Russia) [RUSSIA-EO14024].

ISRAA CHARITABLE FOUNDATION NETHERLANDS (a.k.a. STG. INT. STEUN AANARMEN STICHTING ISRAA; a.k.a. STICHTING INTERNATIONALE STEUN RECHTSTREEKS AAARMEN; a.k.a. STICHTING ISRAA; a.k.a. "ISRAA"), Rotterdam, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Jul 2001; Target Type Charity or Nonprofit Organization; Business Registration Number 24328679 (Netherlands) [SDGT] (Linked To: HAMAS).

IS-RANAO (a.k.a. ISLAMIC STATE OF LANAO; a.k.a. MAUTE GROUP), Lanao del Sur, Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISS RESHETNEV (a.k.a. JSC ACADEMICIAN M.F. RESHETNEV INFORMATION SATELLITE SYSTEMS), 52, Lenin Street, Zheleznogorsk, Krasnoyarsk Region 662972, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 03 Mar 2008; Tax ID No. 2452034898 (Russia); Business Registration Number 1082452000290 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

ISSA E.U. (a.k.a. ISSA EMPRESA UNIPERSONAL; f.k.a. SARA GRIMBERG DE GUBEREK EMPRESA UNIPERSONAL), Calle 17 No. 68D-52, Bogota, Colombia; NIT # 8300486885 (Colombia); Matricula Mercantil No 745969 (Colombia) [SDNTK].

ISSA EMPRESA UNIPERSONAL (a.k.a. ISSA E.U.; f.k.a. SARA GRIMBERG DE GUBEREK EMPRESA UNIPERSONAL), Calle 17 No. 68D-52, Bogota, Colombia; NIT # 8300486885 (Colombia); Matricula Mercantil No 745969 (Colombia) [SDNTK].

ISSA, Aguila Saleh (a.k.a. ESSA, Agila Saleh; a.k.a. GWAIDER, Ageela Salah Issa; a.k.a. GWAIDER, Agila Saleh Issa; a.k.a. QUYDIR, Aqilah Salih; a.k.a. SALEH, Aqilah); DOB 01 Jun 1942; POB Elgubba, Libya; nationality Libya; Passport D001001 (Libya) issued 22 Jan 2015 expires 22 Jan 2017; President and Speaker of the Libyan House of Representatives (individual) [LIBYA3].

ISSA, Assef (a.k.a. AL-SHALISH, Dr. Asef; a.k.a. SHALEESH, Asef Isa; a.k.a. SHALEESH, Dr. Assef Essa; a.k.a. SHALISH, Asif), Damascus, Syria; DOB 01 Jan 1959; nationality Syria; Passport 4713277 (Syria) (individual) [IRAQ2].

ISSA, Issa Osman (a.k.a. ATTO, Abdullah; a.k.a. BUR, Abdullah; a.k.a. "AFADEY"; a.k.a. "MUSSE"; a.k.a. "SUDANI, Abdala"); DOB 1973; POB Malindi, Kenya; nationality Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ISSA, Marwan (a.k.a. 'ISSA, Marwan), Gaza, Palestinian; DOB 1965; POB Gaza; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

'ISSA, Marwan (a.k.a. ISSA, Marwan), Gaza, Palestinian; DOB 1965; POB Gaza; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ISSA, Sami (a.k.a. AL FIQAR, Dhu; a.k.a. BADR AL DIN, Mustafa; a.k.a. BADREDDINE, Mustafa Amine; a.k.a. BADREDDINE, Mustafa Youssef; a.k.a. SAAB, Elias Fouad; a.k.a. SA'B, Ilyas), Beirut, Lebanon; DOB 06 Apr 1961; POB Al-Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

ISSAT (a.k.a. HIAST; a.k.a. HIGHER INSTITUTE OF APPLIED SCIENCE AND TECHNOLOGY; a.k.a. INSTITUT DES SCIENCES APPLIQUEES ET DE TECHNOLOGIE; a.k.a. INSTITUT SUPERIEUR DES SCIENCES APPLIQUEES ET DE TECHNOLOGIE; a.k.a. ISAT), P.O. Box 31983, Barzeh, Damascus, Syria [NPWMD].

ISSE MOHAMUD, Abdirahman Fahiye (a.k.a. 'ISA, Abd-al-Rahman Fahiye; a.k.a. "ADEN, Ahmed"; a.k.a. "AL-SHARQAWI, Shaykh Abu-Mus'ab"; a.k.a. "FAHIYE, Abdirahman"), Somalia; DOB 1985; POB Bosaso, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

ISSENE, Abdoulaye (Latin: ISSÈNE, Abdoulaye) (a.k.a. ABDOULAYE, Hissene; a.k.a. ABDOULAYE, Issene; a.k.a. HISSEIN, Abdoulaye; a.k.a. HISSENE, Abdoulaye; a.k.a. RAMADANE, Abdoulaye Issene (Latin: RAMADANE, Abdoulaye Issène)), KM5, Bangui, Central African Republic; Ndele, Bamingui-Bangoran Prefecture, Central African Republic; DOB 1967; POB Ndele, Bamingui-Bangoran Prefecture, Central African Republic; nationality Central African Republic; Gender Male; Passport D00000897 (Central African Republic) issued 05 Apr 2013 expires 04 Apr 2018 (individual) [CAR].

ISTIKAMET (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEM'IJJETUL FURQAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. SIRAT), Put Mladih Muslimana 30a, Sarajevo 71 000, Bosnia and Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia and Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ISTOK E AND C JSC (a.k.a. ISTOK E&C JSC; a.k.a. ISTOK ENGINEERING AND CONSTRUCTION JOINT STOCK COMPANY; a.k.a. JSC KIS ISTOK), Ul. Krasnokazarmennaya D. 12, Str. 38, Floor/Pom./Komnata 2/Iv/19, Moscow 111250, Russia; ul. Oktiabrskaia, 11, Ozersk, Chelyabinsk Oblast, Russia; ul. Dibunovskaia, 55, litera a, Saint Petersburg 197183, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 9722006872 (Russia); Registration Number 1217700403690 (Russia) [RUSSIA-EO14024].

ISTOK E&C JSC (a.k.a. ISTOK E AND C JSC; a.k.a. ISTOK ENGINEERING AND CONSTRUCTION JOINT STOCK COMPANY; a.k.a. JSC KIS ISTOK), Ul. Krasnokazarmennaya D. 12, Str. 38, Floor/Pom./Komnata 2/Iv/19, Moscow 111250, Russia; ul. Oktiabrskaia, 11, Ozersk, Chelyabinsk Oblast, Russia; ul. Dibunovskaia, 55, litera a, Saint Petersburg 197183, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 9722006872 (Russia); Registration Number 1217700403690 (Russia) [RUSSIA-EO14024].

ISTOK ENGINEERING AND CONSTRUCTION JOINT STOCK COMPANY (a.k.a. ISTOK E AND C JSC; a.k.a. ISTOK E&C JSC; a.k.a. JSC KIS ISTOK), Ul. Krasnokazarmennaya D. 12, Str. 38, Floor/Pom./Komnata 2/Iv/19, Moscow 111250, Russia; ul. Oktiabrskaia, 11, Ozersk, Chelyabinsk Oblast, Russia; ul. Dibunovskaia, 55, litera a, Saint Petersburg 197183, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 9722006872 (Russia); Registration Number 1217700403690 (Russia) [RUSSIA-EO14024].

ISTOK RESEARCH AND PRODUCTION CORPORATION NAMED AFTER SHOKIN JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE

PREDPRIYATIE ISTOK IMENI A. I.SHOKINA; a.k.a. AO NPP ISTOK IM. SHOKINA; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. JSC RPC ISTOK NAMED AFTER SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER A.I. SHOKIN; a.k.a. RESEARCH AND PRODUCTION CORPORATION ISTOK), 2A Vokzalnaya Str., Fryazino, Moscow Region 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Dec 2013; Tax ID No. 5050108496 (Russia); Registration Number 1135050007400 (Russia) [RUSSIA-EO14024].

IT1 DIGITAL SOLUTIONS LIMITED LIABILITY COMPANY, ul. Godovikova d. 9, str. 17, floor 6, ch. pomeshch. 7, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9717102958 (Russia); Registration Number 1217700276859 (Russia) [RUSSIA-EO14024].

IT1 KHOLDING, ul. Godovikova d. 9, str. 17, floor 6, ch. pomeshch. 5, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9717096285 (Russia); Registration Number 1207700418331 (Russia) [RUSSIA-EO14024].

ITAM SB RAS (a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE NAUKI INSTITUT TEORETICHESKOI I PRIKLADNOI MEKHANIKI IM SA KHRISTIANOVICHA SIBIRSKOGO OTDELENIIA ROSSIISKOI AKADEMII NAUK; a.k.a. ITPM SO RAN; a.k.a. RUSSIAN ACADEMY OF SCIENCES SIBERIAN BRANCH KHRISTIANOVICH INSTITUTE OF THEORETICAL AND APPLIED MECHANICS), 4/1 Institutskaya ul., Novosibirsk 630090, Russia; 74 Taimyrskaia ul., Tyumen, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5408100018 (Russia); Registration Number 1025403641900 (Russia) [RUSSIA-EO14024].

ITAUGUA SERVICES INC, Monrovia, Liberia; United Arab Emirates; Organization Established Date 2024; Identification Number IMO 6487480 [IRAN-EO13902].

ITB LOGISTIKA OOO, ul. Malomoskovskaya d. 16, str. 1, komn. 10, Moscow 129164, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733871594 (Russia); Registration Number 1147746183420 (Russia) [RUSSIA-EO14024].

ITC CONSULTANTS CYPRUS LIMITED, Christodoylou Chatzipaylou 221 Helios Court, Floor No. 1, Limassol 3036, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Oct 1989; Organization Type: Management consultancy activities; Registration Number HE37569 (Cyprus) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

ITEKMA OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INNOVATSIONNYE TEKHNOLOGII I MATERIALY; a.k.a. "ITECMA"), D. 2 K. 121, Ul. Zavodskaya (Klimovsk Mkr.), Podolsk 142181, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5074050189 (Russia); Registration Number 1145074004723 (Russia) [RUSSIA-EO14024].

ITEKO KRAN (a.k.a. LIMITED LIABILITY COMPANY ITECO KRAN (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИТЕКО КРАН)), 94, Kievskoe Highway, Obninsk 249035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4025438097 (Russia); Registration Number 1134025006521 (Russia) [RUSSIA-EO14024].

ITG07 (a.k.a. ADVANCED PERSISTENT THREAT 39; a.k.a. APT39; a.k.a. CADELSPY; a.k.a. CHAFER; a.k.a. REMEXI), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ITHAKI MARITIME AND TRADING S.A., Global Plaza Tower, Calle 50, Panama City, Panama; Organization Established Date 2022; RUC # 155721579-2-2022 (Panama); Identification Number IMO 6329280 [IRAN-EO13902].

ITIC LLC FZ (Arabic: آيتيك ش.ذ.م.م-منطقة حرة), M Floor, Business Center 1, Nad Al Sheba, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 2203182.01 (United Arab Emirates) [RUSSIA-EO14024].

I'TILAF AL-KHAIR (a.k.a. 101 DAYS CAMPAIGN; a.k.a. CHARITY COALITION; a.k.a. COALITION OF GOOD; a.k.a. ETELAF AL-KHAIR; a.k.a. ETILAFU EL-KHAIR; a.k.a. I'TILAF AL-KHAYR; a.k.a. UNION OF GOOD), P.O. Box 136301, Jeddah 21313, Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

I'TILAF AL-KHAYR (a.k.a. 101 DAYS CAMPAIGN; a.k.a. CHARITY COALITION; a.k.a. COALITION OF GOOD; a.k.a. ETELAF AL-KHAIR; a.k.a. ETILAFU EL-KHAIR; a.k.a. I'TILAF AL-KHAIR; a.k.a. UNION OF GOOD), P.O. Box 136301, Jeddah 21313, Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ITK SYSTEM LLC (a.k.a. LIMITED LIABILITY COMPANY ITK SISTEMA), d. 3 pom. II kom. 4, per. Bolshoi Savvinski, Moscow 119435, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704397210 (Russia); Registration Number 1177746239142 (Russia) [RUSSIA-EO14024].

ITPM SO RAN (a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE NAUKI INSTITUT TEORETICHESKOI I PRIKLADNOI MEKHANIKI IM SA KHRISTIANOVICHA SIBIRSKOGO OTDELENIIA ROSSIISKOI AKADEMII NAUK; a.k.a. ITAM SB RAS; a.k.a. RUSSIAN ACADEMY OF SCIENCES SIBERIAN BRANCH KHRISTIANOVICH INSTITUTE OF THEORETICAL AND APPLIED MECHANICS), 4/1 Institutskaya ul., Novosibirsk 630090, Russia; 74 Taimyrskaia ul., Tyumen, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5408100018 (Russia); Registration Number 1025403641900 (Russia) [RUSSIA-EO14024].

ITQAN COMPANY (a.k.a. ETQAAN REAL ESTATE CO.; a.k.a. ITQAN REAL ESTATE; a.k.a. ITQAN REAL ESTATE CO.; a.k.a. ITQAN REAL ESTATE JSC (Arabic: إتقان العقارية ش.م.خ.)), Zakher Tower, Al Taawun Street, 2nd Floor, Al Mamzar Area, 63629, Sharjah, United Arab Emirates; P.O. Box 63629, Taawon (Al) Street, 2nd Floor, Zakher Tower, Sharjah, United Arab Emirates; Website www.itqan-realestate.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2004; Organization Type: Construction of buildings;

alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

ITQAN REAL ESTATE (a.k.a. ETQAAN ESTATE CO.; a.k.a. ITQAN COMPANY; a.k.a. ITQAN REAL ESTATE CO.; a.k.a. ITQAN REAL ESTATE JSC (Arabic: إتقان العقارية (ش.م.خ.)), Zakher Tower, Al Taawun Street, 2nd Floor, Al Mamzar Area, 63629, Sharjah, United Arab Emirates; P.O. Box 63629, Taawon (Al) Street, 2nd Floor, Zakher Tower, Sharjah, United Arab Emirates; Website www.itqan-realestate.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2004; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

ITQAN REAL ESTATE CO. (a.k.a. ETQAAN REAL ESTATE CO.; a.k.a. ITQAN COMPANY; a.k.a. ITQAN REAL ESTATE; a.k.a. ITQAN REAL ESTATE JSC (Arabic: إتقان العقارية (ش.م.خ.)), Zakher Tower, Al Taawun Street, 2nd Floor, Al Mamzar Area, 63629, Sharjah, United Arab Emirates; P.O. Box 63629, Taawon (Al) Street, 2nd Floor, Zakher Tower, Sharjah, United Arab Emirates; Website www.itqan-realestate.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2004; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

ITQAN REAL ESTATE JSC (Arabic: إتقان العقارية (ش.م.خ.) (a.k.a. ETQAAN REAL ESTATE CO.; a.k.a. ITQAN COMPANY; a.k.a. ITQAN REAL ESTATE; a.k.a. ITQAN REAL ESTATE CO.), Zakher Tower, Al Taawun Street, 2nd Floor, Al Mamzar Area, 63629, Sharjah, United Arab Emirates; P.O. Box 63629, Taawon (Al) Street, 2nd Floor, Zakher Tower, Sharjah, United Arab Emirates; Website www.itqan-realestate.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2004; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

ITRI, Sahar (a.k.a. AKHRAS, Sahar; a.k.a. AL-AKHRAS, Sahar Otri (Arabic: سحر عطري الاخرس); a.k.a. ATRI, Sahar; a.k.a. OTRI, Sahar; a.k.a. UTRI, Sahar), 34 Allan Way, London, United Kingdom; DOB Nov 1949; nationality United Kingdom; alt. nationality Syria; Gender Female (individual) [PAARSSR-EO13894].

ITS SIBIR (a.k.a. ETS SIBERIA; a.k.a. LLC ITS SIBIR), Severnoe shosse D 31, Krasnoyarsk 660020, Russia; Severnoye highway, 16a, Krasnoyarsk, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2466208907 (Russia); Registration Number 1082468021910 (Russia) [RUSSIA-EO14024].

ITSEC TEAM (a.k.a. AMN PARDAZESH KHARAZMI; a.k.a. "IT SECURITY & PENETRATION TESTING TEAM"; a.k.a. "POOYA DIGITAL SECURITY GROUP"), Unit 2, No. 129, Mir Ali Akbari St, Motahari Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CYBER2].

ITTIHAD AL-JIHAD AL-ISLAMI (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; n.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ISLOMIY JIHOD ITTIHODI; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY; a.k.a. "IJG"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

IUDAEVA, Ksenia Valentinovna (a.k.a. IUDAEVA, Kseniya Valentinovna; a.k.a. IUDAEVA, Xenia Valentinovna; a.k.a. IUDAEVA, Xeniya Valentinovna; a.k.a. YUDAEVA, Ksenia Valentinovna; a.k.a. YUDAEVA, Xenia Valentinovna; a.k.a. YUDAYEVA, Kseniya Valentinovna (Cyrillic: ЮДАЕВА, Ксения Валентиновна); a.k.a. YUDAYEVA, Xeniya Valentinovna), 4 Molodezhnaya St. Apt. 232, Moscow 119296, Russia; DOB 17 Mar 1970; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 220033553 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

IUDAEVA, Kseniya Valentinovna (a.k.a. IUDAEVA, Ksenia Valentinovna; a.k.a. IUDAEVA, Xenia Valentinovna; a.k.a. IUDAEVA, Xeniya Valentinovna; a.k.a. YUDAEVA, Ksenia Valentinovna; a.k.a. YUDAEVA, Xenia Valentinovna; a.k.a. YUDAYEVA, Kseniya Valentinovna (Cyrillic: ЮДАЕВА, Ксения Валентиновна); a.k.a. YUDAYEVA, Xeniya Valentinovna), 4 Molodezhnaya St. Apt. 232, Moscow 119296, Russia; DOB 17 Mar 1970; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 220033553 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

IUDAEVA, Xenia Valentinovna (a.k.a. IUDAEVA, Ksenia Valentinovna; a.k.a. IUDAEVA, Kseniya Valentinovna; a.k.a. IUDAEVA, Xeniya Valentinovna; a.k.a. YUDAEVA, Ksenia Valentinovna; a.k.a. YUDAEVA, Xenia Valentinovna; a.k.a. YUDAYEVA, Kseniya Valentinovna (Cyrillic: ЮДАЕВА, Ксения Валентиновна); a.k.a. YUDAYEVA, Xeniya Valentinovna), 4 Molodezhnaya St. Apt. 232, Moscow 119296, Russia; DOB 17 Mar 1970; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 220033553 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

IURASOV, Sergei Pavlovich (a.k.a. YURASOV, Sergey Pavlovich), Russia; DOB 04 Jan 1964; POB Dalniy (Kungur), Perm Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Tax ID No. 525616920000 (Russia) (individual) [RUSSIA-EO14024].

IUVM (a.k.a. INTERNATIONAL UNION OF VIRTUAL MEDIA), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [ELECTION-EO13848] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

IVAKIN, Yurii (a.k.a. IVAKIN, Yuriy Vladimirovich); DOB 13 Aug 1954; POB Perevalsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

IVAKIN, Yuriy Vladimirovich (a.k.a. IVAKIN, Yurii); DOB 13 Aug 1954; POB Perevalsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

IVANINSKIY, Oleg Ivanovich (Cyrillic: ИВАНИНСКИЙ, Олег Иванович), Russia; DOB 05 Jun 1966; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

IVANISHVILI, Bidzina Grigoris Dze (Georgian: ივანიშვილი, ბიძინა გრიგორის ძე; Cyrillic: ИВАНИШВИЛИ, Бидзина Григорьевич), Georgia; DOB 18 Feb 1956; POB Chorvila, Georgia; nationality Georgia; alt. nationality France; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

IVANKOVICH, Valerii Valerevich (a.k.a. IVANKOVICH, Valeriy Valeryevich; a.k.a. IVANKOVICH, Valery Valerevich (Cyrillic: ІВАНКОВІЧ, Валерый Валеревіч); a.k.a. IVANKOVICH, Valery Valerievich (Cyrillic: ИВАНКОВИЧ, Валерий Валерьевич)), Minsk, Belarus; DOB 15 Feb 1971; POB Navapolatsk, Belarus; nationality Belarus; Gender Male; Passport MP3896392 (Belarus); National Foreign ID Number 3150271E004PB5 (Belarus) (individual) [BELARUS-EO14038].

IVANKOVICH, Valeriy Valeryevich (a.k.a. IVANKOVICH, Valerii Valerevich; a.k.a. IVANKOVICH, Valery Valerevich (Cyrillic: ІВАНКОВІЧ, Валерый Валеревіч); a.k.a. IVANKOVICH, Valery Valerievich (Cyrillic: ИВАНКОВИЧ, Валерий Валерьевич)), Minsk, Belarus; DOB 15 Feb 1971; POB Navapolatsk, Belarus; nationality Belarus; Gender Male; Passport MP3896392 (Belarus); National Foreign ID Number 3150271E004PB5 (Belarus) (individual) [BELARUS-EO14038].

IVANKOVICH, Valery Valerevich (Cyrillic: ІВАНКОВІЧ, Валерый Валеревіч) (a.k.a. IVANKOVICH, Valerii Valerevich; a.k.a. IVANKOVICH, Valeriy Valeryevich; a.k.a. IVANKOVICH, Valery Valerievich (Cyrillic: ИВАНКОВИЧ, Валерий Валерьевич)), Minsk, Belarus; DOB 15 Feb 1971; POB Navapolatsk, Belarus; nationality Belarus; Gender Male; Passport MP3896392 (Belarus); National Foreign ID Number 3150271E004PB5 (Belarus) (individual) [BELARUS-EO14038].

IVANKOVICH, Valery Valerievich (Cyrillic: ИВАНКОВИЧ, Валерий Валерьевич) (a.k.a. IVANKOVICH, Valerii Valerevich; a.k.a. IVANKOVICH, Valeriy Valeryevich; a.k.a. IVANKOVICH, Valery Valerevich (Cyrillic: ІВАНКОВІЧ, Валерый Валеревіч)), Minsk, Belarus; DOB 15 Feb 1971; POB Navapolatsk, Belarus; nationality Belarus; Gender Male; Passport MP3896392 (Belarus); National Foreign ID Number 3150271E004PB5 (Belarus) (individual) [BELARUS-EO14038].

IVANOV JR., Sergey (a.k.a. IVANOV, Sergei Sergeevich (Cyrillic: ИВАНОВ, Сергеи Сергеевич); a.k.a. IVANOV, Sergey Sergeevich), 12 BLD 1 Rochdelskaya Street Apt 13, Moscow 123002, Russia; DOB 23 Oct 1980; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 759511560 (Russia) issued 29 Oct 2018 expires 29 Oct 2028 (individual) [RUSSIA-EO14024] (Linked To: IVANOV, Sergei Borisovich).

IVANOV, Aleksandr Aleksandrovich (a.k.a. IVANOV, Alexander), Moscow, Russia; DOB 14 Jun 1960; nationality Russia; Gender Male; Tax ID No. 771873416848 (Russia) (individual) [CAR] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

IVANOV, Alexander (a.k.a. IVANOV, Aleksandr Aleksandrovich), Moscow, Russia; DOB 14 Jun 1960; nationality Russia; Gender Male; Tax ID No. 771873416848 (Russia) (individual) [CAR] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

IVANOV, Andrey Nikolayevich (Cyrillic: ИВАНОВ, Андрей Николаевич), House - 113А, Ust-Labinskiy 352303, Russia; House - 36/ APPT - 3, Kolomna 140415, Russia; Moskovskaya Oblast, Russia; DOB 13 Apr 1983; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Identification Number M0381 (Russia); alt. Identification Number B90381 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

IVANOV, Anton (Cyrillic: ИВАНОВ, Антон) (a.k.a. IVANOV, Anton Mihaylovich; a.k.a. IVANOV, Anton Mikhaylovich), Moscow, Russia; DOB 26 Jan 1990; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 726716892 (Russia); National ID No. 4510584386 (Russia) (individual) [RUSSIA-EO14024].

IVANOV, Anton Mihaylovich (a.k.a. IVANOV, Anton (Cyrillic: ИВАНОВ, Антон); a.k.a. IVANOV, Anton Mikhaylovich), Moscow, Russia; DOB 26 Jan 1990; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 726716892 (Russia); National ID No. 4510584386 (Russia) (individual) [RUSSIA-EO14024].

IVANOV, Anton Mikhaylovich (a.k.a. IVANOV, Anton (Cyrillic: ИВАНОВ, Антон); a.k.a. IVANOV, Anton Mihaylovich), Moscow, Russia; DOB 26 Jan 1990; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 726716892 (Russia); National ID No. 4510584386 (Russia) (individual) [RUSSIA-EO14024].

IVANOV, Maksim Yevgenyevich (Cyrillic: ИВАНОВ, Максим Евгеньевич), Russia; DOB 23 May 1987; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

IVANOV, Maxim Anatolyevich (Cyrillic: ИВАНОВ, Максим Анатольевич), Russia; DOB 24 Nov 1967; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

IVANOV, Nikolay Nikolayevich (Cyrillic: ИВАНОВ, Николай Николаевич), Russia; DOB 17 Jan 1957; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

IVANOV, Sergei (a.k.a. IVANOV, Sergei Borisovich (Cyrillic: ИВАНОВ, Сергей

Борисович)), Moscow, Russia; DOB 31 Jan 1953; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

IVANOV, Sergei Borisovich (Cyrillic: ИВАНОВ, Сергей Борисович) (a.k.a. IVANOV, Sergei), Moscow, Russia; DOB 31 Jan 1953; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

IVANOV, Sergei Sergeevich (Cyrillic: ИВАНОВ, Сергеи Сергеевич) (a.k.a. IVANOV JR., Sergey; a.k.a. IVANOV, Sergey Sergeevich), 12 BLD 1 Rochdelskaya Street Apt 13, Moscow 123002, Russia; DOB 23 Oct 1980; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 759511560 (Russia) issued 29 Oct 2018 expires 29 Oct 2028 (individual) [RUSSIA-EO14024] (Linked To: IVANOV, Sergei Borisovich).

IVANOV, Sergey Borisovich (Cyrillic: ИВАНОВ, Сергей Борисович), Russia; DOB 19 Apr 1952; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

IVANOV, Sergey Sergeevich (a.k.a. IVANOV JR., Sergey; a.k.a. IVANOV, Sergei Sergeevich (Cyrillic: ИВАНОВ, Сергеи Сергеевич)), 12 BLD 1 Rochdelskaya Street Apt 13, Moscow 123002, Russia; DOB 23 Oct 1980; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 759511560 (Russia) issued 29 Oct 2018 expires 29 Oct 2028 (individual) [RUSSIA-EO14024] (Linked To: IVANOV, Sergei Borisovich).

IVANOV, Sergey Sergeevich (Cyrillic: ИВАНОВ, Сергей Сергеевич) (a.k.a. OMELNITSKII, Sergey Sergeevich (Cyrillic: ОМЕЛЬНИЦКИЙ, Сергей Сергеевич); a.k.a. "Taleon"; a.k.a. "UAPS"), St. Petersburg, Russia; DOB 02 Jun 1980; POB Russia; nationality Russia; Gender

Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 4015431802 (Russia) (individual) [RUSSIA-EO14024].

IVANOV, Timur (a.k.a. IVANOV, Timur Vadimovich), Russia; DOB 12 Aug 1975; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

IVANOV, Timur Vadimovich (a.k.a. IVANOV, Timur), Russia; DOB 12 Aug 1975; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

IVANOV, Victor Petrovich (a.k.a. IVANOV, Viktor); DOB 12 May 1950; alt. DOB 1952; POB Novgorod, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Director of the Federal Drug Control Service of the Russian Federation (FSKN) (individual) [UKRAINE-EO13661].

IVANOV, Viktor (a.k.a. IVANOV, Victor Petrovich); DOB 12 May 1950; alt. DOB 1952; POB Novgorod, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Director of the Federal Drug Control Service of the Russian Federation (FSKN) (individual) [UKRAINE-EO13661].

IVANOV, Vladimir Aleksandrovich (Cyrillic: ИВАНОВ, Владимир Александрович), Moscow, Russia; DOB 21 May 1987; POB Tambov Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 76439979 (Russia) expires 20 Apr 2031 (individual) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

IVANOV, Vladimir Valeryevich (Cyrillic: ИВАНОВ, Владимир Валерьевич), Russia; DOB 10 Feb 1971; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

IVANOVA, Elena Nikolaevna (Cyrillic: ИВАНОВА, Елена Николаевна), St. Petersburg, Russia; DOB 07 Nov 1964; POB Karamzino Village, Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport

737144264 (Russia); National ID No. 4009952155 (individual) [CYBER2] (Linked To: NPP PT OKEANOS, AO).

IVANOVA, Tatyana Grigoryevna, Russia; Kyrgyzstan; DOB 02 May 1975; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

IVANOVIC, Milan; DOB 05 Feb 1955 (individual) [BALKANS].

IVANYUZHENKOV, Boris Viktorovich (Cyrillic: ИВАНЮЖЕНКОВ, Борис Викторович), Russia; DOB 28 Feb 1966; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

IVASCHENKO, Konstantin Volodimirovich (a.k.a. IVASHCHENKO, Konstantin; a.k.a. IVASHCHENKO, Kostyantyn Volodymyrovych (Cyrillic: ІВАЩЕНКО, Костянтин Володимирович); a.k.a. IVASHHENKO, Konstantin Vladimirovich (Cyrillic: ИВАЩЕНКО, Константин Владимирович)), Mariupol, Ukraine; DOB 03 Oct 1963; POB Mariupol, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2328614173 (Ukraine) (individual) [RUSSIA-EO14024].

IVASHCHENKO, Konstantin (a.k.a. IVASCHENKO, Konstantin Volodimirovich; a.k.a. IVASHCHENKO, Kostyantyn Volodymyrovych (Cyrillic: ІВАЩЕНКО, Костянтин Володимирович); a.k.a. IVASHHENKO, Konstantin Vladimirovich (Cyrillic: ИВАЩЕНКО, Константин Владимирович)), Mariupol, Ukraine; DOB 03 Oct 1963; POB Mariupol, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2328614173 (Ukraine) (individual) [RUSSIA-EO14024].

IVASHCHENKO, Kostyantyn Volodymyrovych (Cyrillic: ІВАЩЕНКО, Костянтин Володимирович) (a.k.a. IVASCHENKO, Konstantin Volodimirovich; a.k.a. IVASHCHENKO, Konstantin; a.k.a. IVASHHENKO, Konstantin Vladimirovich (Cyrillic: ИВАЩЕНКО, Константин Владимирович)), Mariupol, Ukraine; DOB 03 Oct 1963; POB Mariupol, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Tax ID No. 2328614173 (Ukraine) (individual) [RUSSIA-EO14024].

IVASHHENKO, Konstantin Vladimirovich (Cyrillic: ИВАЩЕНКО, Константин Владимирович) (a.k.a. IVASCHENKO, Konstantin Volodimirovich; a.k.a. IVASHCHENKO, Konstantin; a.k.a. IVASHCHENKO, Kostyantyn Volodymyrovych (Cyrillic: ИВАЩЕНКО, Костянтин Володимирович)), Mariupol, Ukraine; DOB 03 Oct 1963; POB Mariupol, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2328614173 (Ukraine) (individual) [RUSSIA-EO14024].

IVENSKIKH, Irina Valentinovna (Cyrillic: ИВЕНСКИХ, Ирина Валентиновна), Russia; DOB 22 Jul 1972; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

IVK JOINT STOCK COMPANY (a.k.a. AO IVK; a.k.a. IVK JSC), Ul. Butyrskaya D. 75, Moscow 127015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7702157005 (Russia); Registration Number 1027700115453 (Russia) [RUSSIA-EO14024].

IVK JSC (a.k.a. AO IVK; a.k.a. IVK JOINT STOCK COMPANY), Ul. Butyrskaya D. 75, Moscow 127015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7702157005 (Russia); Registration Number 1027700115453 (Russia) [RUSSIA-EO14024].

IVLEV, Leonid Grigoryevich (Cyrillic: ИВЛЕВ, Леонид Григорьевич), Russia; DOB 01 May 1953; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

'IYAD, Adnan 'Ali (Arabic: عدنان علي عياد) (a.k.a. ADNAN, Ali Ayad; a.k.a. AYAD, Adnan), Lebanon; Germany; Morocco; Ethiopia; Iraq; Ghana; Nigeria; Turkey; DOB 10 Mar 1963; alt. DOB 01 Jan 1963; nationality Lebanon; alt. nationality Germany; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0435095 (Lebanon); alt. Passport C3T81VJJX (Germany) (individual) [SDGT] (Linked To: HIZBALLAH).

IYAF SO RAN FGBU (a.k.a. BUDKER INSTITUTE OF NUCLEAR PHYSICS OF SB RAS; a.k.a. BUDKER INSTITUTE OF NUCLEAR PHYSICS OF SIBERIAN BRANCH RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT YADERNOL FIZIKI IM. G.I. BUDKERA SIBIRSKOGO OTDELENIYA ROSSISKOI AKADEMII NAUK; f.k.a. INSTITUTE OF NUCLEAR PHYSICS OF THE SIBERIAN BRANCH OF THE USSR ACADEMY OF SCIENCE; a.k.a. "BINP SB RAS"), Prospkt Akademika Lavrentyeva D 11, Novosibirsk 630090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Jul 1994; Tax ID No. 5408105577 (Russia); Government Gazette Number 03533872 (Russia); Registration Number 1025403658136 (Russia) [RUSSIA-EO14024].

IYAMUREMYE, Gaston (a.k.a. BYIRINGIRO, Michel; a.k.a. RUMULI; a.k.a. RUMULI, Byiringiro Victor; a.k.a. RUMULI, Michel; a.k.a. RUMURI, Victor), Kibua, North Kivu, Congo, Democratic Republic of the; DOB 1948; POB Musanze District (Northern Province) Rwanda; alt. POB Nyakinama, Ruhengeri, Rwanda; FDLR President; FDLR 2nd Vice President; Brigadier General (individual) [DRCONGO].

IYARI (a.k.a. IYARI ALTO DISENO HUICHOL; a.k.a. IYARI DISENO DE COLECCION HUICHOL; a.k.a. IYARI DISENO Y MODA ETNICO), Av. De la Cultura No. 157, Col. Ciudad del Valle, Tepic, Nayarit C.P. 63157, Mexico; Naciones Unidas 4579-C, Patria Universidad, Zapopan, Jalisco, Mexico; Website www.iyari.com.mx; R.F.C. LOTA650825RF9 (Mexico) [GLOMAG].

IYARI ALTO DISENO HUICHOL (a.k.a. IYARI; a.k.a. IYARI DISENO DE COLECCION HUICHOL; a.k.a. IYARI DISENO Y MODA ETNICO), Av. De la Cultura No. 157, Col. Ciudad del Valle, Tepic, Nayarit C.P. 63157, Mexico; Naciones Unidas 4579-C, Patria Universidad, Zapopan, Jalisco, Mexico; Website www.iyari.com.mx; R.F.C. LOTA650825RF9 (Mexico) [GLOMAG].

IYARI DISENO DE COLECCION HUICHOL (a.k.a. IYARI; a.k.a. IYARI ALTO DISENO HUICHOL; a.k.a. IYARI DISENO Y MODA ETNICO), Av. De la Cultura No. 157, Col. Ciudad del Valle, Tepic, Nayarit C.P. 63157, Mexico; Naciones Unidas 4579-C, Patria Universidad, Zapopan, Jalisco, Mexico; Website

www.iyari.com.mx; R.F.C. LOTA650825RF9 (Mexico) [GLOMAG].

IYARI DISENO Y MODA ETNICO (a.k.a. IYARI; a.k.a. IYARI ALTO DISENO HUICHOL; a.k.a. IYARI DISENO DE COLECCION HUICHOL), Av. De la Cultura No. 157, Col. Ciudad del Valle, Tepic, Nayarit C.P. 63157, Mexico; Naciones Unidas 4579-C, Patria Universidad, Zapopan, Jalisco, Mexico; Website www.iyari.com.mx; R.F.C. LOTA650825RF9 (Mexico) [GLOMAG].

IYLA FOR TOURISM (a.k.a. ELLA TOURISM COMPANY (Arabic: شركة ايلا للسياحة)), Syria; Organization Established Date 16 Aug 2017; Organization Type: Tour operator activities [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

IZABAYO DEO (a.k.a. BIGARUKA IZABAYO, Deogratias; a.k.a. NZEYIMANA, Stanislas; a.k.a. "BIGARUKA"; a.k.a. "BIGARURA"), Kalonge, Masisi, North Kivu, Congo, Democratic Republic of the; Kibua, Congo, Democratic Republic of the; DOB 01 Jan 1966; alt. DOB 28 Aug 1966; alt. DOB 1967; POB Mugusa (Butare), Rwanda; citizen Rwanda; Brig. General; Deputy Overall Commander FOCA (individual) [DRCONGO].

IZADI, Mohammad Sa'id (a.k.a. IZADI, Muhammad Sa'id; a.k.a. IZADI, Ramazan; a.k.a. IZADI, Saeed; a.k.a. "ABEDINI, Sa'id"), Iran; Beirut, Lebanon; DOB 1964; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 9002446 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HAMAS).

IZADI, Muhammad Sa'id (a.k.a. IZADI, Mohammad Sa'id; a.k.a. IZADI, Ramazan; a.k.a. IZADI, Saeed; a.k.a. "ABEDINI, Sa'id"), Iran; Beirut, Lebanon; DOB 1964; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 9002446 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HAMAS).

IZADI, Ramazan (a.k.a. IZADI, Mohammad Sa'id; a.k.a. IZADI, Muhammad Sa'id; a.k.a. IZADI, Saeed; a.k.a. "ABEDINI, Sa'id"), Iran; Beirut, Lebanon; DOB 1964; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Passport 9002446 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HAMAS).

IZADI, Saeed (a.k.a. IZADI, Mohammad Sa'id; a.k.a. IZADI, Muhammad Sa'id; a.k.a. IZADI, Ramazan; a.k.a. "ABEDINI, Sa'id"), Iran; Beirut, Lebanon; DOB 1964; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 9002446 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HAMAS).

IZAJAWI, Ismail Hafeth (a.k.a. AL LAMI, Isma'il Hafiz; a.k.a. AL-LAMI, Ismail; a.k.a. AL-LAMI, Isma'il Hafith Abid 'Ali; a.k.a. AL-ZARGAWI, Ismai'il Hafuz; a.k.a. "DAR'A, Abu"; a.k.a. "DIRI, Abu"; a.k.a. "DURA, Abu"; a.k.a. "HAYDAR, Abu"), Sadr City, Baghdad, Iraq; Iran; DOB circa 1957; POB Baghdad, Iraq; citizen Iraq (individual) [IRAQ3].

IZHEVSK MOTOZAVOD AXION HOLDING JSC (a.k.a. AO IZHEVSKII MOTOZAVOD AKSION KHOLDING; a.k.a. JSC IZHEVSK MOTOR PLANT AKSION HOLDING), 90 Maksima Gorkogo Street, Izhevsk 426008, Russia; Per. Furmannyi D. 12 Str 1, Moscow 105062, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1826000616 (Russia); Registration Number 1021801140833 (Russia) [RUSSIA-EO14024].

IZHEVSK UNMANNED SYSTEMS RESEARCH AND PRODUCTION ASSOCIATED LIMITED LIABILITY COMPANY (f.k.a. IZHMASH-UNMANNED SYSTEMS COMPANY; a.k.a. LLC RESEARCH AND PRODUCTION ASSOCIATION IZHBS; a.k.a. OOO NAUCHNO-PROIZVODSTVENNOYE OBYEDINENIYE IZHEVSKIYE BESPILOTNYE SISTEMY (Cyrillic: ООО НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ИЖЕВСКИЕ БЕСПИЛОТНЫЕ СИСТЕМЫ); a.k.a. "NPO IZHBS"; a.k.a. "OOO NPO IZHBS"), Ordzhonikidze St., 2, Izhevsk, Udmurtia 426063, Russia (Cyrillic: УЛ. ОРДЖОНИКДЗЕ, Д. 2, ИЖЕВСК, УДМУРТСКАЯ РЕСПУБЛИКА 426063, Russia); Website www.izh-bs.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Oct 2006; Target Type Private Company; Tax ID No. 1831117433 (Russia) [RUSSIA-EO14024].

IZHEVSKIY MASHINOSTROITEL'NYI ZAVOD OAO (a.k.a. CONCERN KALASHNIKOV; a.k.a. JOINT STOCK COMPANY CONCERN KALASHNIKOV; a.k.a. JSC KALASHNIKOV CONCERN; a.k.a. KALASHNIKOV CONCERN; a.k.a. OJSC KALASHNIKOV CONCERN), 18 Krzhizhanovsky St, Bldg 4, Moscow 11728, Russia; 2/93 Deryabin Passage, Room 78, Izhevsk 426006, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1832090230 (Russia); Registration Number 1111832003018 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

IZHEVSKY MEKHANICHESKY ZAVOD JSC (a.k.a. BAIKAL), 8 Promyshlennaya Str., Izhevsk 426063, Russia; Website http://www.baikalinc.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

IZHLADABANK (a.k.a. JOINT STOCK COMPANY BYSTROBANK; a.k.a. PUBLIC JOINT STOCK COMPANY BYSTROBANK), Pushkinskaya Street 268, Izhevsk 426008, Russia; SWIFT/BIC BYJSRU33; Website www.bystrobank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 1831002591 (Russia); Legal Entity Number 25340000QGMWTRG3X533; Registration Number 1021800001508 (Russia) [RUSSIA-EO14024].

IZHMASH-UNMANNED SYSTEMS COMPANY (a.k.a. IZHEVSK UNMANNED SYSTEMS RESEARCH AND PRODUCTION ASSOCIATED LIMITED LIABILITY COMPANY; a.k.a. LLC RESEARCH AND PRODUCTION ASSOCIATION IZHBS; a.k.a. OOO NAUCHNO-PROIZVODSTVENNOYE OBYEDINENIYE IZHEVSKIYE BESPILOTNYE SISTEMY (Cyrillic: ООО НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ИЖЕВСКИЕ БЕСПИЛОТНЫЕ СИСТЕМЫ); a.k.a. "NPO IZHBS"; a.k.a. "OOO NPO IZHBS"), Ordzhonikidze St., 2, Izhevsk, Udmurtia 426063, Russia (Cyrillic: УЛ. ОРДЖОНИКДЗЕ, Д. 2, ИЖЕВСК, УДМУРТСКАЯ РЕСПУБЛИКА 426063, Russia); Website www.izh-bs.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Oct 2006; Target Type Private Company; Tax

ID No. 1831117433 (Russia) [RUSSIA-EO14024].

IZHNEFTEMASH PAO (a.k.a. PUBLIC JOINT STOCK COMPANY IZHNEFTEMASH (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ИЖНЕФТЕМАШ)), 2 Ordzhonikidze Street, Izhevsk 426063, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1835012826 (Russia); Registration Number 1021801650804 (Russia) [RUSSIA-EO14024].

IZIBITS OU (Latin: IZIBITS OÜ), Harju maakond, Kesklinna linnaosa, Roseni tn 13, Tallinn, Estonia; Registration Number 14407679 (Estonia) [CYBER2].

IZMAYLOV, Shamil (a.k.a. "Abu Hani"; a.k.a. "Abu Hanif"; a.k.a. "Abu Khalif"; a.k.a. "Abu Khanif"), Syria; DOB 01 Jan 1980 to 31 Dec 1980; POB Astrakhan, Russia; citizen Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

IZQUIERDO TORRES, Gerardo Jose (Latin: IZQUIERDO TORRES, Gerardo José), Caracas, Capital District, Venezuela; DOB 29 Mar 1961; citizen Venezuela; Gender Male; Cedula No. 6030540 (Venezuela); State Minister for the New Border of Peace (individual) [VENEZUELA].

IZRAITEL, Sergey Vladilenovich (a.k.a. KIRIYENKO, Sergei Vladilenovich (Cyrillic: КИРИЕНКО, Сергей Владиленович); a.k.a. KIRIYENKO, Sergey Vladenilovich), Moscow, Russia; DOB 26 Jul 1962; POB Sukhumi, Georgia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

IZTUETA BARANDICA, Enrique; DOB 30 Jul 1955; POB Santurce (Vizcaya Province), Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 14.929.950; member ETA (individual) [SDGT].

IZZ AL-DIN AL QASSAM BATTALIONS (a.k.a. HAMAS; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM

FORCES; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

IZZ AL-DIN AL QASSAM BRIGADES (a.k.a. HAMAS; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

IZZ AL-DIN AL QASSAM FORCES (a.k.a. HAMAS; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

IZZ AL-DIN AL-QASSIM BATTALIONS (a.k.a. HAMAS; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

IZZ AL-DIN AL-QASSIM BRIGADES (a.k.a. HAMAS; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM

BATTALIONS; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

IZZ AL-DIN AL-QASSIM FORCES (a.k.a. HAMAS; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

IZZ-AL-DIN, Hasan (a.k.a. SALWWAN, Samir; a.k.a. "GARBAYA, AHMED"; a.k.a. "SA-ID"), Lebanon; DOB 1963; POB Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

IZZAT, Dieman Abdulkadir (a.k.a. AL-JABBARI, Deiman Alhasenben Ali), Adolf-Braun Street 6, Nuremberg 90429, Germany; Fuerther Street 335, Nuremberg, Germany; Nuremberg Prison, Germany; DOB 04 Jul 1965; POB Kirkuk, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Travel Document Number A0141062 (Germany) (individual) [SDGT].

IZZITION E-TECHNOLOGY CO., LIMITED (Chinese Traditional: 伊奇信電子科技有限公司), Room 1001, Jiahe Building A, Zhong Hang Rd., Huaqiang North Subdistrict, Futian District, Shenzhen, China; Flat 1506, 15/F, Lucky Center, No. 165-171 Wan Chai Road, Hong Kong, China; RM 29, 22/F, Yan's Tower, 25-27 Wong Chuk Hang Road, Aberdeen, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Mar 2006; Commercial Registry Number 1033045 (Hong Kong) [RUSSIA-EO14024].

J & E S. DE R.L. DE C.V. (a.k.a. CLEOPATRA'S), 2 Nivel, Mall Galerias del

Valle, San Pedro Sula, Cortes, Honduras; Mall Megaplaza, La Ceiba, Cortes, Honduras; Santa Rosa de Copan, Copan, Honduras [SDNTK].

J & P ADVERTISING, S.A. DE C.V. (a.k.a. J AND P ADVERTISING, S.A. DE C.V.), Calle Alberta No. 2166, Col. Los Colomos, Guadalajara, Jalisco C.P. 44660, Mexico; Antioquia 2123-B, Col. Los Colomos, Guadalajara, Jalisco, Mexico; Website www.jp-adv.com; R.F.C. JAP090911D37 (Mexico) [SDNTK].

J AND P ADVERTISING, S.A. DE C.V. (a.k.a. J & P ADVERTISING, S.A. DE C.V.), Calle Alberta No. 2166, Col. Los Colomos, Guadalajara, Jalisco C.P. 44660, Mexico; Antioquia 2123-B, Col. Los Colomos, Guadalajara, Jalisco, Mexico; Website www.jp-adv.com; R.F.C. JAP090911D37 (Mexico) [SDNTK].

J M A SHIPPING INC., Panama City, Panama; Organization Established Date 27 Apr 2021; Identification Number IMO 6225751; Folio Mercantil No. 155705332 (Panama) [IRAN-EO13902].

J.S SERENITY TRADING FZE (Arabic: جيه إس سيرينيتي تريدنج م.م.ح), Business Center, Al Shmookh Building, UAQ Free Trade Zone, Umm Al Quwain, United Arab Emirates; Office No. 2101-53, Binary Tower, Business Bay, Dubai, United Arab Emirates; Organization Established Date 24 Apr 2019; License 6222 (United Arab Emirates) [IRAN-EO13902] (Linked To: MANSOUR ZARRIN GHALAM AND PARTNERS COMPANY).

JA FAR, Abu (a.k.a. JABER, Mohammad; a.k.a. JABIR, Mohammad; a.k.a. JABIR, Muhammad; a.k.a. JABIR, Muhammad Mahruz; a.k.a. JABIR, Muhammad Muhraz; a.k.a. JABIR, Muhammad Muhriz; a.k.a. JA'FAR, Abu); DOB 23 Jan 1957; POB Latakia, Syria; Passport N004871560 (Syria) (individual) [PAARSSR-EO13894].

JAADAN, Manal (a.k.a. AL-AHMAD, Manal; a.k.a. AL-AKHRAZ, Manal; a.k.a. AL-ASSAD, Manal (Arabic: منال الاسد)), Damascus, Syria; DOB 02 Feb 1970; POB Damascus, Syria; nationality Syria; Gender Female (individual) [PAARSSR-EO13894].

JA'AFARI DOLATABADI, Abbas (a.k.a. JAFARI DOLATABADI, Abbas; a.k.a. JAFARI DOLAT-ABADI, Abbas; a.k.a. JAFARI DOVLATABADI, Abbas; a.k.a. JAFARI DOWLATABADI, Abbas; a.k.a. JA'FARI-DOLATABADI, Abbas; a.k.a. JAFARI-DOLATABADI, Abbas; a.k.a. JA'FARI-DOWLATABADI, Abbas), Tehran Revolutionary and Public Court, Office of Tehran Prosecutor, Arag Circle, Tehran, Iran; DOB 1953; Additional

Sanctions Information - Subject to Secondary Sanctions; Prosecutor-General of Tehran; General and Revolutionary Prosecutor of Tehran; Tehran Public and Revolution Prosecutor; Tehran Public Prosecutor (individual) [IRAN-HR].

JABAR, Abdul (a.k.a. JABBAR, Abdul), 124 Yasir Ghaffar Town, Okara, Punjab, Pakistan; DOB 03 Feb 1977; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

JABARI, Abolfazl, Iran; DOB 27 Mar 1992; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

JABARIN, Zahar (a.k.a. JABARIN, Zaher; a.k.a. JABARIN, Zaher Ali Mousa; a.k.a. JABARIN, Zahir; a.k.a. JABBAREEN, Zahir Ali Mousa; a.k.a. JIBRIL, Zaher Ali Mousa), Iran; Turkey; DOB 11 Sep 1968; alt. DOB 09 Nov 1968; POB Salfit, West Bank, Palestinian; alt. POB Nablus, West Bank, Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2987250 (Palestinian); alt. Passport 26899900360 (Qatar); Identification Number 904121555 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

JABARIN, Zaher (a.k.a. JABARIN, Zahar; a.k.a. JABARIN, Zaher Ali Mousa; a.k.a. JABARIN, Zahir; a.k.a. JABBAREEN, Zahir Ali Mousa; a.k.a. JIBRIL, Zaher Ali Mousa), Iran; Turkey; DOB 11 Sep 1968; alt. DOB 09 Nov 1968; POB Salfit, West Bank, Palestinian; alt. POB Nablus, West Bank, Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2987250 (Palestinian); alt. Passport 26899900360 (Qatar); Identification Number 904121555 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

JABARIN, Zaher Ali Mousa (a.k.a. JABARIN, Zahar; a.k.a. JABARIN, Zaher; a.k.a. JABARIN, Zahir; a.k.a. JABBAREEN, Zahir Ali Mousa; a.k.a. JIBRIL, Zaher Ali Mousa), Iran; Turkey; DOB 11 Sep 1968; alt. DOB 09 Nov 1968; POB Salfit, West Bank, Palestinian; alt. POB Nablus, West Bank, Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Passport 2987250 (Palestinian); alt. Passport 26899900360 (Qatar); Identification Number 904121555 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

JABARIN, Zahir (a.k.a. JABARIN, Zahar; a.k.a. JABARIN, Zaher; a.k.a. JABARIN, Zaher Ali Mousa; a.k.a. JABBAREEN, Zahir Ali Mousa; a.k.a. JIBRIL, Zaher Ali Mousa), Iran; Turkey; DOB 11 Sep 1968; alt. DOB 09 Nov 1968; POB Salfit, West Bank, Palestinian; alt. POB Nablus, West Bank, Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2987250 (Palestinian); alt. Passport 26899900360 (Qatar); Identification Number 904121555 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

JABBAR, Abdul (a.k.a. JABAR, Abdul), 124 Yasir Ghaffar Town, Okara, Punjab, Pakistan; DOB 03 Feb 1977; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

JABBAREEN, Zahir Ali Mousa (a.k.a. JABARIN, Zahar; a.k.a. JABARIN, Zaher; a.k.a. JABARIN, Zaher Ali Mousa; a.k.a. JABARIN, Zahir; a.k.a. JIBRIL, Zaher Ali Mousa), Iran; Turkey; DOB 11 Sep 1968; alt. DOB 09 Nov 1968; POB Salfit, West Bank, Palestinian; alt. POB Nablus, West Bank, Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2987250 (Palestinian); alt. Passport 26899900360 (Qatar); Identification Number 904121555 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

JABBER IBN HAYAN (a.k.a. JABER IBN HAYAN; a.k.a. JABER IBN HAYAN LABORATORY; a.k.a. JABER IBN HAYAN RESEARCH LABORATORY; a.k.a. JABR IBN HAYAN MULTIPURPOSE LABORATORY; a.k.a. "JHL"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

JABER IBN HAYAN (a.k.a. JABBER IBN HAYAN; a.k.a. JABER IBN HAYAN LABORATORY; a.k.a. JABER IBN HAYAN RESEARCH LABORATORY; a.k.a. JABR IBN HAYAN MULTIPURPOSE LABORATORY; a.k.a. "JHL"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions

[IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

JABER IBN HAYAN LABORATORY (a.k.a. JABBER IBN HAYAN; a.k.a. JABER IBN HAYAN; a.k.a. JABER IBN HAYAN RESEARCH LABORATORY; a.k.a. JABR IBN HAYAN MULTIPURPOSE LABORATORY; a.k.a. "JHL"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

JABER IBN HAYAN RESEARCH LABORATORY (a.k.a. JABBER IBN HAYAN; a.k.a. JABER IBN HAYAN; a.k.a. JABER IBN HAYAN LABORATORY; a.k.a. JABR IBN HAYAN MULTIPURPOSE LABORATORY; a.k.a. "JHL"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

JABER, Abu Bakr Yunis (a.k.a. JABIR, Abu Bakr Yunis); DOB 1952; POB Jalo, Libya; Defense Minister; Major General (individual) [LIBYA2].

JABER, Aiman (a.k.a. JABER, Ayman; a.k.a. JABER, Ayman Mehriz; a.k.a. JABER, Ayman Mohriz; a.k.a. JABIR, Ayman; a.k.a. JABIR, Ayman Muhriz); DOB 17 Jan 1967; Passport 003308607 (Syria) (individual) [PAARSSR-EO13894].

JABER, Ayman (a.k.a. JABER, Aiman; a.k.a. JABER, Ayman Mehriz; a.k.a. JABER, Ayman Mohriz; a.k.a. JABIR, Ayman; a.k.a. JABIR, Ayman Muhriz); DOB 17 Jan 1967; Passport 003308607 (Syria) (individual) [PAARSSR-EO13894].

JABER, Ayman Mehriz (a.k.a. JABER, Aiman; a.k.a. JABER, Ayman; a.k.a. JABER, Ayman Mohriz; a.k.a. JABIR, Ayman; a.k.a. JABIR, Ayman Muhriz); DOB 17 Jan 1967; Passport 003308607 (Syria) (individual) [PAARSSR-EO13894].

JABER, Ayman Mohriz (a.k.a. JABER, Aiman; a.k.a. JABER, Ayman; a.k.a. JABER, Ayman Mehriz; a.k.a. JABIR, Ayman; a.k.a. JABIR, Ayman Muhriz); DOB 17 Jan 1967; Passport 003308607 (Syria) (individual) [PAARSSR-EO13894].

JABER, Mohammad (a.k.a. JA FAR, Abu; a.k.a. JABIR, Mohammad; a.k.a. JABIR, Muhammad; a.k.a. JABIR, Muhammad Mahruz; a.k.a. JABIR, Muhammad Muhraz; a.k.a. JABIR, Muhammad Muhriz; a.k.a. JA'FAR, Abu); DOB 23 Jan 1957; POB Latakia, Syria; Passport N004871560 (Syria) (individual) [PAARSSR-EO13894].

JABER, Osama (a.k.a. JABER, Ossama (Arabic: اسامة جابر); a.k.a. JABER, Oussama; a.k.a. JABR, Usama), Mayfadoun, Nabatieh, Lebanon; DOB 25 Jan 1972; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000005945759 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

JABER, Ossama (Arabic: اسامة جابر) (a.k.a. JABER, Osama; a.k.a. JABER, Oussama; a.k.a. JABR, Usama), Mayfadoun, Nabatieh, Lebanon; DOB 25 Jan 1972; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000005945759 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

JABER, Oussama (a.k.a. JABER, Osama; a.k.a. JABER, Ossama (Arabic: اسامة جابر); a.k.a. JABR, Usama), Mayfadoun, Nabatieh, Lebanon; DOB 25 Jan 1972; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000005945759 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JABHAT AL-NUSRAH (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JABHAT FATAH AL-SHAM (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE

LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JABHAT FATEH AL-SHAM (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JABHAT FATH AL SHAM (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR

LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JABHAT FATH AL-SHAM (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JABHET AL-NUSRAH (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JABIR AL-RAWI, Fawaz Muhamed (a.k.a. AL-ARWEE, Hajji Fouaz; a.k.a. AL-RAWI, Hajj Fawaz; a.k.a. JABUR AL-RAWI, Fawwaz; a.k.a. JUBAYR AL-RAWI, Fawaz Muhammad; a.k.a. JUBAYR AL-RAWI, Fawwaz Muhammad), Syria; DOB 1974; POB Albu Kamal, Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JABIR, Abu Bakr Yunis (a.k.a. JABER, Abu Bakr Yunis); DOB 1952; POB Jalo, Libya; Defense Minister; Major General (individual) [LIBYA2].

JABIR, Ayman (a.k.a. JABER, Aiman; a.k.a. JABER, Ayman; a.k.a. JABER, Ayman Mehriz; a.k.a. JABER, Ayman Mohriz; a.k.a. JABIR, Ayman Muhriz); DOB 17 Jan 1967; Passport 003308607 (Syria) (individual) [PAARSSR-EO13894].

JABIR, Ayman Muhriz (a.k.a. JABER, Aiman; a.k.a. JABER, Ayman; a.k.a. JABER, Ayman Mehriz; a.k.a. JABER, Ayman Mohriz; a.k.a. JABIR, Ayman); DOB 17 Jan 1967; Passport 003308607 (Syria) (individual) [PAARSSR-EO13894].

JABIR, Khalid Husayn Salih (a.k.a. GABER, Khaled Hussein Saleh; a.k.a. QAYLI, Khalid Husayn), Yemen; DOB 01 Aug 1992; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 06587862 (Yemen) expires 05 Jun 2028 (individual) [SDGT] (Linked To: ANSARALLAH).

JABIR, Mohammad (a.k.a. JA FAR, Abu; a.k.a. JABER, Mohammad; a.k.a. JABIR, Muhammad; a.k.a. JABIR, Muhammad Mahruz; a.k.a. JABIR, Muhammad Muhraz; a.k.a. JABIR, Muhammad Muhriz; a.k.a. JA'FAR, Abu); DOB 23 Jan 1957; POB Latakia, Syria; Passport N004871560 (Syria) (individual) [PAARSSR-EO13894].

JABIR, Muhammad (a.k.a. JA FAR, Abu; a.k.a. JABER, Mohammad; a.k.a. JABIR, Mohammad; a.k.a. JABIR, Muhammad Mahruz; a.k.a. JABIR, Muhammad Muhraz; a.k.a. JABIR, Muhammad Muhriz; a.k.a. JA'FAR, Abu); DOB 23 Jan 1957; POB Latakia, Syria; Passport N004871560 (Syria) (individual) [PAARSSR-EO13894].

JABIR, Muhammad Mahruz (a.k.a. JA FAR, Abu; a.k.a. JABER, Mohammad; a.k.a. JABIR, Mohammad; a.k.a. JABIR, Muhammad; a.k.a. JABIR, Muhammad Muhraz; a.k.a. JABIR, Muhammad Muhriz; a.k.a. JA'FAR, Abu); DOB 23 Jan 1957; POB Latakia, Syria; Passport N004871560 (Syria) (individual) [PAARSSR-EO13894].

JABIR, Muhammad Muhraz (a.k.a. JA FAR, Abu; a.k.a. JABER, Mohammad; a.k.a. JABIR, Mohammad; a.k.a. JABIR, Muhammad; a.k.a. JABIR, Muhammad Mahruz; a.k.a. JABIR, Muhammad Muhriz; a.k.a. JA'FAR, Abu); DOB 23 Jan 1957; POB Latakia, Syria; Passport N004871560 (Syria) (individual) [PAARSSR-EO13894].

JABIR, Muhammad Muhriz (a.k.a. JA FAR, Abu; a.k.a. JABER, Mohammad; a.k.a. JABIR, Mohammad; a.k.a. JABIR, Muhammad; a.k.a. JABIR, Muhammad Mahruz; a.k.a. JABIR, Muhammad Muhraz; a.k.a. JA'FAR, Abu); DOB 23 Jan 1957; POB Latakia, Syria; Passport N004871560 (Syria) (individual) [PAARSSR-EO13894].

JABOURI, Mashaan (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

JABR IBN HAYAN MULTIPURPOSE LABORATORY (a.k.a. JABBER IBN HAYAN; a.k.a. JABER IBN HAYAN; a.k.a. JABER IBN HAYAN LABORATORY; a.k.a. JABER IBN HAYAN RESEARCH LABORATORY; a.k.a. "JHL"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

JABR, Usama (a.k.a. JABER, Osama; a.k.a. JABER, Ossama (Arabic: اسامة جابر); a.k.a. JABER, Oussama), Mayfadoun, Nabatieh, Lebanon; DOB 25 Jan 1972; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000005945759 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

JABRIL, Ahmad (a.k.a. JIBRIL, Ahmad); DOB 1938; POB Ramleh, Israel; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Secretary General of POPULAR FRONT FOR THE LIBERATION OF PALESTINE - GENERAL COMMAND (individual) [SDGT].

JABUR AL-LAMI, Hamid Muhammad (a.k.a. 'ABD AL-YUNIS, Hamid Majid; a.k.a. AL-LAMI, Hamid Muhammad; a.k.a. AL-MASUI, Husayn Muhammad Jabur; a.k.a. AL-MUSAWI, Ali Mussa Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Jabur; a.k.a. AL-MUSUI, Hamid Muhammad Jabur; a.k.a. DAQDUQ, Ali Mussa); DOB 01 Sep 1969; alt. DOB 31 Dec 1971; alt. DOB 09 Aug 1971; alt. DOB 09 Sep 1970; alt. DOB 09 Aug 1969; alt. DOB 05 Mar 1972; POB Beirut, Lebanon; alt. POB Al-Karradah, Baghdad, Iraq; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

JABUR AL-RAWI, Fawwaz (a.k.a. AL-ARWEE, Hajji Fouaz; a.k.a. AL-RAWI, Hajj Fawaz; a.k.a. JABIR AL-RAWI, Fawaz Muhamed; a.k.a. JUBAYR AL-RAWI, Fawaz Muhammad; a.k.a. JUBAYR AL-RAWI, Fawwaz Muhammad), Syria; DOB 1974; POB Albu Kamal, Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JACBAC TECHNOLOGY DIS TICARET LIMITED SIRKETI, Istanbul Tower D:4, No: 17-19 Muratpasa Mahallesi, Istanbul 34040, Turkey; Muratpasa Mh. Uluyol Cd. Istanbul Tower Blok No: 17-19 Ic Kapi: 4 Bayrampasa, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Feb 2019; Tax ID No. 4830828574 (Turkey) [RUSSIA-EO14024].

JACOME DEL VALLE, Omar Alfredo (a.k.a. "EL PIOLO"), c/o CONSULTORIA EN CAMBIOS FALCON S.A. DE C.V., Huixquilucan, Estado de Mexico, Mexico; DOB 24 Oct 1958; POB Mexico; C.U.R.P. JAVO581024HDFCLM02 (Mexico) (individual) [SDNT].

JAD ALLAH, Waleed Mohammad Mustafa (a.k.a. JADALLAH, Walid Mohammed Mustafa; a.k.a. "JADALLAH, Walid"), Turkey; DOB 01 Jan 1958; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T199962 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

JADALI, Bahrami Ali (a.k.a. SHAYESTEH, Bahram Ali; a.k.a. SHAYESTEH, Bahrami Ali), 80331 Muenchen, Bayern, Germany; DOB 06 May 1963; alt. DOB 06 Aug 1963; alt. DOB 13 Jun 1958; POB Tehran, Iran (individual) [SDNTK].

JADALLAH, Walid Mohammed Mustafa (a.k.a. JAD ALLAH, Waleed Mohammad Mustafa; a.k.a. "JADALLAH, Walid"), Turkey; DOB 01 Jan 1958; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T199962 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

JADEED, Milad (a.k.a. JADID, Milad; a.k.a. JEDEED, Milad; a.k.a. JEDID, Milad (Arabic: ميلاد جديد)), Syria; DOB May 1963; POB Qardaha, Latakia, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

JADHRAN, Ibrahim (a.k.a. AL JADHRAN, Ibrahim Saeed Salem Awad Aissa Hamed Dawoud; a.k.a. AL-JADRAN AL-MAGHRIBI, Ibrahim Saad; a.k.a. JADHRAN, Ibrahim Saeed Salim; a.k.a. JATHRAN, Ibrahim), Libya; DOB 29 Oct 1982; alt. DOB 1979 to 1982; POB Ajdabia, Libya; nationality Libya; Gender Male; Passport S/263963 issued 08 Nov 2012; National ID No. 119820043341; Personal ID Card 137803 (individual) [LIBYA3].

JADHRAN, Ibrahim Saeed Salim (a.k.a. AL JADHRAN, Ibrahim Saeed Salem Awad Aissa Hamed Dawoud; a.k.a. AL-JADRAN AL-MAGHRIBI, Ibrahim Saad; a.k.a. JADHRAN, Ibrahim; a.k.a. JATHRAN, Ibrahim), Libya; DOB 29 Oct 1982; alt. DOB 1979 to 1982; POB Ajdabia, Libya; nationality Libya; Gender Male; Passport S/263963 issued 08 Nov 2012; National ID No. 119820043341; Personal ID Card 137803 (individual) [LIBYA3].

JADID, Milad (a.k.a. JADEED, Milad; a.k.a. JEDEED, Milad; a.k.a. JEDID, Milad (Arabic: ميلاد جديد)), Syria; DOB May 1963; POB Qardaha, Latakia, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

JADRAN, Mohammad-Omar (a.k.a. ZADRAN, Muhammad Omar); DOB 1958; POB Sultan Kheyl Village, Spera District, Khowst Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Maulawi; Mullah (individual) [SDGT].

JA'FAR, Abu (a.k.a. JA FAR, Abu; a.k.a. JABER, Mohammad; a.k.a. JABIR, Mohammad; a.k.a. JABIR, Muhammad; a.k.a. JABIR, Muhammad Mahruz; a.k.a. JABIR, Muhammad Muhraz; a.k.a. JABIR, Muhammad Muhriz); DOB 23 Jan 1957; POB Latakia, Syria; Passport N004871560 (Syria) (individual) [PAARSSR-EO13894].

JAFAR, Amir Abdulaziz (a.k.a. ALMTHAJE, Ameer Abdulazeez Jaafar; a.k.a. AL-MUTAHAJI, Amir 'Abd-al-'Aziz Ja'far; a.k.a. AL-TAA'EI, Amir; a.k.a. DIANAT, Amir; a.k.a. DIANAT, Amir Abdolaziz; a.k.a. DIANET, Amir; a.k.a. DIYANAT, Amir; a.k.a. MUSHTAQ, Abu), Iran; Iraq; Oman; DOB 15 Mar 1967; alt. DOB

25 Dec 1970; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport W44473918 (Iran); alt. Passport A12688767 (Iraq); alt. Passport F35307926 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

JAFAR, Anis Alawi (a.k.a. ARSALAN, Mike; a.k.a. BIN ZEIN, Hisyam; a.k.a. KECIL, Umar; a.k.a. PATEK, Omar; a.k.a. PATEK, Umar; a.k.a. "AL ABU SYEKH AL ZACKY"; a.k.a. "PAK TAEK"; a.k.a. "PA'TEK"; a.k.a. "UMANGIS MIKE"); DOB 20 Jul 1966; POB Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

JA'FARABADI, Ali, Iran; DOB 20 Sep 1975; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5718870888 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

JAFARI DOLATABADI, Abbas (a.k.a. JA'AFARI DOLATABADI, Abbas; a.k.a. JAFARI DOLAT-ABADI, Abbas; a.k.a. JAFARI DOVLATABADI, Abbas; a.k.a. JAFARI DOWLATABADI, Abbas; a.k.a. JA'FARI-DOLATABADI, Abbas; a.k.a. JAFARI-DOLATABADI, Abbas; a.k.a. JA'FARI-DOWLATABADI, Abbas), Tehran Revolutionary and Public Court, Office of Tehran Prosecutor, Arag Circle, Tehran, Iran; DOB 1953; Additional Sanctions Information - Subject to Secondary Sanctions; Prosecutor-General of Tehran; General and Revolutionary Prosecutor of Tehran; Tehran Public and Revolution Prosecutor; Tehran Public Prosecutor (individual) [IRAN-HR].

JAFARI DOLAT-ABADI, Abbas (a.k.a. JA'AFARI DOLATABADI, Abbas; a.k.a. JAFARI DOLATABADI, Abbas; a.k.a. JAFARI DOVLATABADI, Abbas; a.k.a. JAFARI DOWLATABADI, Abbas; a.k.a. JA'FARI-DOLATABADI, Abbas; a.k.a. JAFARI-DOLATABADI, Abbas; a.k.a. JA'FARI-DOWLATABADI, Abbas), Tehran Revolutionary and Public Court, Office of Tehran Prosecutor, Arag Circle, Tehran, Iran; DOB 1953; Additional Sanctions Information - Subject to Secondary Sanctions; Prosecutor-General of Tehran; General and Revolutionary Prosecutor of Tehran; Tehran Public and Revolution Prosecutor; Tehran Public Prosecutor (individual) [IRAN-HR].

JAFARI DOVLATABADI, Abbas (a.k.a. JA'AFARI DOLATABADI, Abbas; a.k.a. JAFARI DOLATABADI, Abbas; a.k.a. JAFARI DOLAT-ABADI, Abbas; a.k.a. JAFARI DOWLATABADI, Abbas; a.k.a. JA'FARI-DOLATABADI, Abbas; a.k.a. JAFARI-DOLATABADI, Abbas; a.k.a. JA'FARI-DOWLATABADI, Abbas), Tehran Revolutionary and Public Court, Office of Tehran Prosecutor, Arag Circle, Tehran, Iran; DOB 1953; Additional Sanctions Information - Subject to Secondary Sanctions; Prosecutor-General of Tehran; General and Revolutionary Prosecutor of Tehran; Tehran Public and Revolution Prosecutor; Tehran Public Prosecutor (individual) [IRAN-HR].

JAFARI DOWLATABADI, Abbas (a.k.a. JA'AFARI DOLATABADI, Abbas; a.k.a. JAFARI DOLATABADI, Abbas; a.k.a. JAFARI DOLAT-ABADI, Abbas; a.k.a. JAFARI DOVLATABADI, Abbas; a.k.a. JA'FARI-DOLATABADI, Abbas; a.k.a. JAFARI-DOLATABADI, Abbas; a.k.a. JA'FARI-DOWLATABADI, Abbas), Tehran Revolutionary and Public Court, Office of Tehran Prosecutor, Arag Circle, Tehran, Iran; DOB 1953; Additional Sanctions Information - Subject to Secondary Sanctions; Prosecutor-General of Tehran; General and Revolutionary Prosecutor of Tehran; Tehran Public and Revolution Prosecutor; Tehran Public Prosecutor (individual) [IRAN-HR].

JAFARI, Ali (a.k.a. JA'FARI, Mohammad Ali; a.k.a. JAFARI, Mohammad Ali; a.k.a. JAFARI-NAJAFABADI, Mohammad Ali; a.k.a. "JA'FARI, Aziz"), c/o IRGC, Tehran, Iran; DOB 01 Sep 1957; POB Yazd, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commander-in-Chief, Islamic Revolutionary Guard Corps; Commander, Islamic Revolutionary Guard Corps; Major General; Brigadier Commander (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR].

JA'FARI, Hasan (a.k.a. JAFARI, Hassan; a.k.a. KALESTAN, Hasan Jafari (Arabic: حسن جعفري كلستان)), Turkey; DOB 28 Nov 1991; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E65645407 (Iran); National ID No. 1630127760 (Iran) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

JAFARI, Hassan (a.k.a. JA'FARI, Hasan; a.k.a. KALESTAN, Hasan Jafari (Arabic: حسن جعفري كلستان)), Turkey; DOB 28 Nov 1991; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E65645407 (Iran); National ID No. 1630127760 (Iran) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

JAFARI, Mani; DOB 22 Mar 1977; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 10734 (Iran) (individual) [NPWMD] [IFSR].

JAFARI, Mehrdad, Iran; DOB 25 Dec 1986; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A65005073 (Iran); National ID No. 0080721966 (Iran) (individual) [IRAN-CON-ARMS-EO] (Linked To: QODS AVIATION INDUSTRIES).

JAFARI, Milad; DOB 20 Sep 1974; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport L8081303 (Iran) issued 14 Mar 2006 expires 14 Mar 2011 (individual) [NPWMD] [IFSR].

JA'FARI, Mohammad Agha (a.k.a. "JA'FARI, Mohammad"), Iran; DOB 1966; alt. DOB 1967; POB Kashan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AL-GHADIR MISSILE COMMAND).

JAFARI, Mohammad Ali (a.k.a. JAFARI, Ali; a.k.a. JA'FARI, Mohammad Ali; a.k.a. JAFARI-NAJAFABADI, Mohammad Ali; a.k.a. "JA'FARI, Aziz"), c/o IRGC, Tehran, Iran; DOB 01 Sep 1957; POB Yazd, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commander-in-Chief, Islamic Revolutionary Guard Corps; Commander, Islamic Revolutionary Guard Corps; Major General; Brigadier Commander (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR].

JA'FARI, Mohammad Ali (a.k.a. JAFARI, Ali; a.k.a. JAFARI, Mohammad Ali; a.k.a. JAFARI-NAJAFABADI, Mohammad Ali; a.k.a. "JA'FARI,

Aziz"), c/o IRGC, Tehran, Iran; DOB 01 Sep 1957; POB Yazd, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commander-in-Chief, Islamic Revolutionary Guard Corps; Commander, Islamic Revolutionary Guard Corps; Major General; Brigadier Commander (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR].

JAFARI, Mohammad Javad, Number 7 Daftari, Dawudieh, Shariati Avenue, Tehran, Iran; DOB 1945; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

JAFARIBANDARABADI, Mohammadreza (a.k.a. BANDARABADI, Mohammad Reza Jafari), Iran; DOB 29 Nov 1989; POB Yazd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M20385084 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

JAFARI-DOLATABADI, Abbas (a.k.a. JA'AFARI DOLATABADI, Abbas; a.k.a. JAFARI DOLATABADI, Abbas; a.k.a. JAFARI DOLAT-ABADI, Abbas; a.k.a. JAFARI DOVLATABADI, Abbas; a.k.a. JAFARI DOWLATABADI, Abbas; a.k.a. JA'FARI-DOLATABADI, Abbas; a.k.a. JA'FARI-DOWLATABADI, Abbas), Tehran Revolutionary and Public Court, Office of Tehran Prosecutor, Arag Circle, Tehran, Iran; DOB 1953; Additional Sanctions Information - Subject to Secondary Sanctions; Prosecutor-General of Tehran; General and Revolutionary Prosecutor of Tehran; Tehran Public and Revolution Prosecutor; Tehran Public Prosecutor (individual) [IRAN-HR].

JA'FARI-DOLATABADI, Abbas (a.k.a. JA'AFARI DOLATABADI, Abbas; a.k.a. JAFARI DOLATABADI, Abbas; a.k.a. JAFARI DOLAT-ABADI, Abbas; a.k.a. JAFARI DOVLATABADI, Abbas; a.k.a. JAFARI DOWLATABADI, Abbas; a.k.a. JAFARI-DOLATABADI, Abbas; a.k.a. JA'FARI-DOWLATABADI, Abbas), Tehran Revolutionary and Public Court, Office of Tehran Prosecutor, Arag Circle, Tehran, Iran; DOB 1953; Additional Sanctions Information - Subject to Secondary Sanctions; Prosecutor-General of Tehran; General and Revolutionary Prosecutor of Tehran; Tehran Public and Revolution Prosecutor; Tehran Public Prosecutor (individual) [IRAN-HR].

JA'FARI-DOWLATABADI, Abbas (a.k.a. JA'AFARI DOLATABADI, Abbas; a.k.a. JAFARI DOLATABADI, Abbas; a.k.a. JAFARI DOLAT-ABADI, Abbas; a.k.a. JAFARI DOVLATABADI, Abbas; a.k.a. JAFARI DOWLATABADI, Abbas; a.k.a. JA'FARI-DOLATABADI, Abbas; a.k.a. JAFARI-DOLATABADI, Abbas), Tehran Revolutionary and Public Court, Office of Tehran Prosecutor, Arag Circle, Tehran, Iran; DOB 1953; Additional Sanctions Information - Subject to Secondary Sanctions; Prosecutor-General of Tehran; General and Revolutionary Prosecutor of Tehran; Tehran Public and Revolution Prosecutor; Tehran Public Prosecutor (individual) [IRAN-HR].

JAFARI-NAJAFABADI, Mohammad Ali (a.k.a. JAFARI, Ali; a.k.a. JA'FARI, Mohammad Ali; a.k.a. JAFARI, Mohammad Ali; a.k.a. "JA'FARI, Aziz"), c/o IRGC, Tehran, Iran; DOB 01 Sep 1957; POB Yazd, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commander-in-Chief, Islamic Revolutionary Guard Corps; Commander, Islamic Revolutionary Guard Corps; Major General; Brigadier Commander (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR].

JAFFAR 'ALI, 'Abd al-Rahman Muhammad (a.k.a. JAFFAR, Abdulrahman Mohammad; a.k.a. JAFFER ALI, Abdul Rahman Mohamed; a.k.a. JAFFIR ALI, Abd al-Rahman; a.k.a. JAFFIR, 'Abd al-Rahman Muhammad; a.k.a. JAFIR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. "ABU MUHAMMAD AL-KHAL"; a.k.a. "'ALI AL-KHAL"); DOB 15 Jan 1968; POB Muharraq, Bahrain; nationality Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

JAFFAR, Abdulrahman Mohammad (a.k.a. JAFFAR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. JAFFER ALI, Abdul Rahman Mohamed; a.k.a. JAFFIR ALI, Abd al-Rahman; a.k.a. JAFFIR, 'Abd al-Rahman Muhammad; a.k.a. JAFIR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. "ABU MUHAMMAD AL-KHAL"; a.k.a. "'ALI AL-KHAL"); DOB 15 Jan 1968; POB Muharraq, Bahrain; nationality Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

JAFFER ALI, Abdul Rahman Mohamed (a.k.a. JAFFAR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. JAFFAR, Abdulrahman Mohammad; a.k.a. JAFFIR ALI, Abd al-Rahman; a.k.a. JAFFIR, 'Abd al-Rahman Muhammad; a.k.a. JAFIR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. "ABU MUHAMMAD AL-KHAL"; a.k.a. "'ALI AL-KHAL"); DOB 15 Jan 1968; POB Muharraq, Bahrain; nationality Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

JAFFIR ALI, Abd al-Rahman (a.k.a. JAFFAR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. JAFFAR, Abdulrahman Mohammad; a.k.a. JAFFER ALI, Abdul Rahman Mohamed; a.k.a. JAFFIR, 'Abd al-Rahman Muhammad; a.k.a. JAFIR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. "ABU MUHAMMAD AL-KHAL"; a.k.a. "'ALI AL-KHAL"); DOB 15 Jan 1968; POB Muharraq, Bahrain; nationality Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

JAFFIR, 'Abd al-Rahman Muhammad (a.k.a. JAFFAR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. JAFFAR, Abdulrahman Mohammad; a.k.a. JAFFER ALI, Abdul Rahman Mohamed; a.k.a. JAFFIR ALI, Abd al-Rahman; a.k.a. JAFIR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. "ABU MUHAMMAD AL-KHAL"; a.k.a. "'ALI AL-KHAL"); DOB 15 Jan 1968; POB Muharraq, Bahrain; nationality Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

JAFIELA BOUTIQUE, S.A. DE C.V. (a.k.a. LUSH STYLE; a.k.a. LUSH STYLE BOUTIQUE), Av. Naciones Unidas 5131 Local 3, Colonia Jardines Universidad, Zapopan, Jalisco, Mexico; Plaza Punto Rio, Blvd. Enrique Sanchez Alonso #1980 Local 7, Desarrollo Tres Rios, Culiacan, Sinaloa, Mexico; Folio Mercantil No. 95562 (Mexico) [SDNTK].

JAFIR 'ALI, 'Abd al-Rahman Muhammad (a.k.a. JAFFAR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. JAFFAR, Abdulrahman Mohammad; a.k.a. JAFFER ALI, Abdul Rahman Mohamed; a.k.a. JAFFIR ALI, Abd al-Rahman; a.k.a. JAFFIR, 'Abd al-Rahman Muhammad; a.k.a. "ABU MUHAMMAD AL-KHAL"; a.k.a. "'ALI AL-KHAL"); DOB 15 Jan 1968; POB Muharraq, Bahrain; nationality Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

JAHAN ARAS KISH, No. 5 Jam Tower, Unit 31, 6th Floor, Bidar Street, Elahieh, Tehran, Iran; No. 716 Sarina Tower 1, 7th Floor, Kish, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 10877 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: NAJAFPUR, Sa'id).

JAHAN DESTINATIONS TRAVEL AND TOURISM LLC, G/F, Falcon Tower, Riggat Al Buteen, Deira, P.O. Box 125327, Dubai, United Arab Emirates; Office No. 4, Riqat Albutain, Deira, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tourism License No. 585026 (United Arab Emirates); Registration Number 110323 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MAHAN AIR).

JAHAN FOOLAD SIRJAN (a.k.a. JAHAN FOOLAD STEEL COMPANY; a.k.a. SIRJAN JAHAN FOOLAD; a.k.a. SIRJAN JAHAN STEEL COMPLEX (Arabic: شرکت جهان فولاد سیرجان); a.k.a. "SJSCO"), 6th Bokharest Alley Bokharest Ave., Tehran, Iran; No. 2, Zhubin Alley, Shahidi Street, Haghani Highway, Vanak Square, Tehran, Iran; Cross of Gol Gohar Mining and Industrial Co. Shiraz Road 50 Km, Sirjan, Iran; Website www.sjsco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Commercial Registry Number 3191 (Iran) [IRAN-EO13871].

JAHAN FOOLAD STEEL COMPANY (a.k.a. JAHAN FOOLAD SIRJAN; a.k.a. SIRJAN JAHAN FOOLAD; a.k.a. SIRJAN JAHAN STEEL COMPLEX (Arabic: شرکت جهان فولاد سیرجان); a.k.a. "SJSCO"), 6th Bokharest Alley Bokharest Ave., Tehran, Iran; No. 2, Zhubin Alley, Shahidi Street, Haghani Highway, Vanak Square, Tehran, Iran; Cross of Gol Gohar Mining and Industrial Co. Shiraz Road 50 Km, Sirjan, Iran; Website www.sjsco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Commercial Registry Number 3191 (Iran) [IRAN-EO13871].

JAHAN TECH (a.k.a. JAHAN TECH PARS COMPANY; a.k.a. JAHAN TECH ROOYAN PARS), B18, Takhte-e-Jamshid Building, Science and Technology Park, Shiraz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

JAHAN TECH PARS COMPANY (a.k.a. JAHAN TECH; a.k.a. JAHAN TECH ROOYAN PARS), B18, Takhte-e-Jamshid Building, Science and Technology Park, Shiraz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

JAHAN TECH ROOYAN PARS (a.k.a. JAHAN TECH; a.k.a. JAHAN TECH PARS COMPANY), B18, Takhte-e-Jamshid Building, Science and Technology Park, Shiraz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

JAHANDUST, Mojtaba (a.k.a. MARGHUB, Mojtaba Jahandust (Arabic: مجتبی جهاندوست (مرغوب)), Iran; DOB 15 Apr 1985; POB Tehran, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0072441364 (Iran) (individual) [SDGT] [IRGC] (Linked To: KATA'IB HIZBALLAH).

JAHLEB, Ahmed (a.k.a. ALJIHLIB, Yousef; a.k.a. JAHLEB, Ahmed Sadu; a.k.a. JAHLEB, Ahmed Sadu Yousef; a.k.a. JAKHLAB, Ahmad Saado Yusuf), Turkey; DOB 23 Dec 1976; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P00018023 (Egypt) (individual) [SDGT] (Linked To: HAMAS).

JAHLEB, Ahmed Sadu (a.k.a. ALJIHLIB, Yousef; a.k.a. JAHLEB, Ahmed; a.k.a. JAHLEB, Ahmed Sadu Yousef; a.k.a. JAKHLAB, Ahmad Saado Yusuf), Turkey; DOB 23 Dec 1976; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P00018023 (Egypt) (individual) [SDGT] (Linked To: HAMAS).

JAHLEB, Ahmed Sadu Yousef (a.k.a. ALJIHLIB, Yousef; a.k.a. JAHLEB, Ahmed; a.k.a. JAHLEB, Ahmed Sadu; a.k.a. JAKHLAB, Ahmad Saado Yusuf), Turkey; DOB 23 Dec 1976; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P00018023 (Egypt) (individual) [SDGT] (Linked To: HAMAS).

JAHROMI, Mohammad Reza Moaref, Iran; DOB 26 Jan 1964; POB Tehran, Iran; nationality Iran; alt. nationality Canada; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport WJ787290

(Canada) expires 12 Jan 2013 (individual) [SDGT] [IFSR] (Linked To: MAHAN AIR).

JAIME EDERY C. & CIA. S. EN C. (a.k.a. LILIANA ESQUENAZI M. & CIA. S. C. S.; a.k.a. LILIANA ESQUENAZI M. AND CIA. S. C. S.), Calle 18 Norte No. 3N-24, Cali, Colombia; NIT # 800243259-5 (Colombia) [SDNTK].

JAIME JEREZ V. Y CIA. S.C.S. JERGAL S.C.S., Calle 25C No. 85C-52, Bogota, Colombia; NIT # 860525034-4 (Colombia) [SDNTK].

JAISH ALADL (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAISH AL-ADL (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAISH AL-ISLAM (a.k.a. ARMY OF ISLAM; a.k.a. JAYSH AL-ISLAM); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAISH AL-MUHAJIREEN WA ANSAR (a.k.a. AL-MUAJIRIN BRIGADE; a.k.a. ARMY OF

FOREIGN FIGHTERS AND SUPPORTERS; a.k.a. ARMY OF THE EMIGRANTS AND HELPERS; a.k.a. BRIGADE OF THE EMIGRANTS AND HELPERS; a.k.a. JAISH AL-MUHAJIREEN WAL-ANSAR; a.k.a. JAYSH AL-MUHAJIRIN AND AL-ANSAR ARMY; a.k.a. JAYSH AL-MUHAJIRIN WAL-ANSAR; a.k.a. KATEEB AL MUHAJIREEN WAL ANSAR; a.k.a. KATIBA AL-MUHAJIREEN; a.k.a. MUHAJIRIN AND ANSAR ARMY), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAISH AL-MUHAJIREEN WAL-ANSAR (a.k.a. AL-MUAJIRIN BRIGADE; a.k.a. ARMY OF FOREIGN FIGHTERS AND SUPPORTERS; a.k.a. ARMY OF THE EMIGRANTS AND HELPERS; a.k.a. BRIGADE OF THE EMIGRANTS AND HELPERS; a.k.a. JAISH AL-MUHAJIREEN WA ANSAR; a.k.a. JAYSH AL-MUHAJIRIN AND AL-ANSAR ARMY; a.k.a. JAYSH AL-MUHAJIRIN WAL-ANSAR; a.k.a. KATEEB AL MUHAJIREEN WAL ANSAR; a.k.a. KATIBA AL-MUHAJIREEN; a.k.a. MUHAJIRIN AND ANSAR ARMY), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAISH ANSAR AL-SUNNA (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. JUND AL-ISLAM; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAISH KHALED BIN ALWALEED (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAISH UL-ADL (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAISH-E-MOHAMMED (a.k.a. ARMY OF MOHAMMED; a.k.a. JAISH-I-MOHAMMED; a.k.a. KHUDAMUL ISLAM; a.k.a. KHUDDAM-UL-ISLAM; a.k.a. KUDDAM E ISLAMI; a.k.a. MOHAMMED'S ARMY; a.k.a. TEHRIK UL-FURQAAN), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAISH-I-MOHAMMED (a.k.a. ARMY OF MOHAMMED; a.k.a. JAISH-E-MOHAMMED; a.k.a. KHUDAMUL ISLAM; a.k.a. KHUDDAM-UL-ISLAM; a.k.a. KUDDAM E ISLAMI; a.k.a. MOHAMMED'S ARMY; a.k.a. TEHRIK UL-FURQAAN), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAKHLAB, Ahmad Saado Yusuf (a.k.a. ALJIHLIB, Yousef; a.k.a. JAHLEB, Ahmed; a.k.a. JAHLEB, Ahmed Sadu; a.k.a. JAHLEB, Ahmed Sadu Yousef), Turkey; DOB 23 Dec 1976; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P00018023 (Egypt) (individual) [SDGT] (Linked To: HAMAS).

JAKSIC, Marko; DOB 1954; POB Mitrovica, Serbia and Montenegro (individual) [BALKANS].

JAKUPI, Avdyl; DOB 20 Apr 1974; POB Stimlje, Kosovo, Serbia (individual) [BALKANS].

JALADIN, Wa'el Hamza (a.k.a. JALADIN, Wa'il Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JILDAN, Wail H.A.; a.k.a. JULAIDAN, Wa'el Hamza Abd Al-Fatah; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JULAYDAN, Wa'el Hamza; a.k.a. JULAYDAN, Wa'il Hamza; a.k.a. "ABU AL-HASAN AL MADANI"); DOB 22 Jan 1958; alt. DOB 20 Jan 1958; POB Al-Madinah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A-992535 (Saudi Arabia); alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT].

JALADIN, Wa'il Hamza (a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JILDAN, Wail H.A.; a.k.a. JULAIDAN, Wa'el Hamza Abd Al-Fatah; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JULAYDAN, Wa'el Hamza; a.k.a. JULAYDAN, Wa'il Hamza; a.k.a. "ABU AL-HASAN AL MADANI"); DOB 22 Jan 1958; alt. DOB 20 Jan 1958; POB Al-Madinah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A-992535 (Saudi Arabia); alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT].

JALAIDAN, Wa'el Hamza (a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALADIN, Wa'il Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JILDAN, Wail H.A.; a.k.a. JULAIDAN, Wa'el Hamza Abd Al-Fatah; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JULAYDAN, Wa'el Hamza; a.k.a. JULAYDAN, Wa'il Hamza; a.k.a. "ABU AL-HASAN AL MADANI"); DOB 22 Jan 1958; alt. DOB 20 Jan 1958; POB Al-Madinah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A-992535 (Saudi Arabia); alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT].

JALAIDAN, Wa'il Hamza (a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALADIN, Wa'il Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JILDAN, Wail H.A.; a.k.a. JULAIDAN, Wa'el Hamza Abd Al-Fatah; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JULAYDAN, Wa'el Hamza; a.k.a. JULAYDAN,

Wa'il Hamza; a.k.a. "ABU AL-HASAN AL MADANI"); DOB 22 Jan 1958; alt. DOB 20 Jan 1958; POB Al-Madinah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A-992535 (Saudi Arabia); alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT].

JALAL MAAB, Mohammad (Arabic: محمد جلال مآب) (a.k.a. JALALMAAB, Mohammad), Iran; Iraq; DOB 15 Oct 1963; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J32373111 (Iran); alt. Passport W40896197 (Iran); alt. Passport T47386425 (Iran); alt. Passport G10513532 (Iran); alt. Passport D10005655 (Iran); National ID No. 2991399554 (Iran) (individual) [SDGT] [IFSR] (Linked To: RECONSTRUCTION ORGANIZATION OF HOLY SHRINES IN IRAQ).

JALALAYAN, Ramin (a.k.a. JALALIAN, Ramin; a.k.a. JLALIYAN, Ramin), Tehran, Iran; Dubai, United Arab Emirates; DOB 09 Jun 1985; POB Tehran, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0079844758 (Iran) (individual) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

JALALI, Maysam (a.k.a. JALALI, Meysam), Iran; DOB 22 Mar 1987; POB Qorveh, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K45469660 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

JALALI, Meysam (a.k.a. JALALI, Maysam), Iran; DOB 22 Mar 1987; POB Qorveh, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K45469660 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

JALALIAN, Ramin (a.k.a. JALALAYAN, Ramin; a.k.a. JLALIYAN, Ramin), Tehran, Iran; Dubai, United Arab Emirates; DOB 09 Jun 1985; POB Tehran, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; National ID No. 0079844758 (Iran) (individual) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

JALALMAAB, Mohammad (a.k.a. JALAL MAAB, Mohammad (Arabic: محمد جلال مآب)), Iran; Iraq; DOB 15 Oct 1963; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J32373111 (Iran); alt. Passport W40896197 (Iran); alt. Passport T47386425 (Iran); alt. Passport G10513532 (Iran); alt. Passport D10005655 (Iran); National ID No. 2991399554 (Iran) (individual) [SDGT] [IFSR] (Linked To: RECONSTRUCTION ORGANIZATION OF HOLY SHRINES IN IRAQ).

JALALOV, Najmiddin (a.k.a. ABU YAHYA MUHAMMAD FATIH; a.k.a. JALOLOV, Najmiddin; a.k.a. JALOLOV, Najmiddin Kamolitdinovich; a.k.a. ZHALALOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmidin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmuddin Kamoldinovich; a.k.a. ZHANOV, Najmiddin Kamilidinovich; a.k.a. "ABDURAKHMON"; a.k.a. "YAHYO"; a.k.a. "YAKH'YO"), S. Jalilov Street 14, Khartu, Andijan region, Uzbekistan; DOB 01 Apr 1972; alt. DOB 1972; POB Andijan region, Uzbekistan; nationality Uzbekistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

JALIL, Inayatullah ur-Rahman (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil

Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

JALILI, Masoud, Number 3, Kagzar Alley, Shahid Hedayeti Avenue, Shahid Soleimani Expressway, Tehran 1675646611, Iran; DOB 08 Dec 1987; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0079491391 (Iran); Birth Certificate Number 49332 (Iran) (individual) [IRGC] [IFSR] [ELECTION-EO13848] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

JALILI, Rasool (a.k.a. JALILI, RASOUL), 90 Park Ave, Farahzadi St, Tehran, Iran; DOB 19 Aug 1961; POB Eghlid, Fars Province, Iran; Website http://www.jalili.ir; alt. Website http://sharif.edu/jalili; Email Address jalili@sharif.edu; alt. Email Address rjalili@yahoo.com; alt. Email Address rasoul.jalili@peykasa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Passport N15792968; Associate Professor, Department of Computer Engineering, Sharif University of Technology; Alternate Title, Editor-In-Chief of ISeCure; Alternate Title, Dean of Scientific and International Cooperation, Sharif University of Technology; Alternate Title, Head, Information Technology Group, Sharif University of Technology (individual) [IRAN-TRA].

JALILI, RASOUL (a.k.a. JALILI, Rasool), 90 Park Ave, Farahzadi St, Tehran, Iran; DOB 19 Aug 1961; POB Eghlid, Fars Province, Iran; Website http://www.jalili.ir; alt. Website http://sharif.edu/jalili; Email Address jalili@sharif.edu; alt. Email Address rjalili@yahoo.com; alt. Email Address rasoul.jalili@peykasa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Passport N15792968; Associate Professor, Department of Computer Engineering, Sharif University of Technology; Alternate Title, Editor-In-Chief of ISeCure; Alternate Title, Dean of Scientific and International Cooperation, Sharif

University of Technology; Alternate Title, Head, Information Technology Group, Sharif University of Technology (individual) [IRAN-TRA].

JALISCO NEW GENERATION CARTEL (a.k.a. CARTEL DE JALISCO NUEVA GENERACION; a.k.a. CJNG; a.k.a. NEW GENERATION CARTEL OF JALISCO), Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [SDNTK] [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

JALOLOV, Najmiddin (a.k.a. ABU YAHYA MUHAMMAD FATIH; a.k.a. JALALOV, Najmiddin; a.k.a. JALOLOV, Najmiddin Kamolitdinovich; a.k.a. ZHALALOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmidin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmuddin Kamoldinovich; a.k.a. ZHANOV, Najmiddin Kamilidinovich; a.k.a. "ABDURAKHMON"; a.k.a. "YAHYO"; a.k.a. "YAKH'YO"), S. Jalilov Street 14, Khartu, Andijan region, Uzbekistan; DOB 01 Apr 1972; alt. DOB 1972; POB Andijan region, Uzbekistan; nationality Uzbekistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

JALOLOV, Najmiddin Kamolitdinovich (a.k.a. ABU YAHYA MUHAMMAD FATIH; a.k.a. JALALOV, Najmiddin; a.k.a. JALOLOV, Najmiddin; a.k.a. ZHALALOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmidin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmuddin Kamoldinovich; a.k.a. ZHANOV, Najmiddin Kamilidinovich; a.k.a. "ABDURAKHMON"; a.k.a. "YAHYO"; a.k.a. "YAKH'YO"), S. Jalilov Street 14, Khartu, Andijan region, Uzbekistan; DOB 01 Apr 1972; alt. DOB 1972; POB Andijan region, Uzbekistan; nationality Uzbekistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

JALOUD, Sa'daa (a.k.a. AL-MARSUMI, Sa'da Jalut Hassam; a.k.a. AL-MARSUMI, Saddah Jaylut; a.k.a. JALOUT, Saddaa), Al Shajlah Village, Syria; As Susah Village, Syria; Baghuz, Syria; DOB 1955; alt. DOB 1956; citizen Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

JALOUT, Saddaa (a.k.a. AL-MARSUMI, Sa'da Jalut Hassam; a.k.a. AL-MARSUMI, Saddah Jaylut; a.k.a. JALOUD, Sa'daa), Al Shajlah Village, Syria; As Susah Village, Syria; Baghuz, Syria; DOB 1955; alt. DOB 1956; citizen Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

JAM PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی جم سهامی عام) (a.k.a. JAM PETROCHEMICAL COMPLEX), Pars Special Economic Energy Zone, Jam Petrochemical Co,, Assaluyeh, Boushehr Province 75118-11368, Iran; No. 27 Nezami St., Tavanir Ave, Tehran 1434853114, Iran; Website https://www.jpcomplex.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100777300 (Iran); Registration Number 32285 (Iran) [IRAN-EO13846] (Linked To: IRAN PETROCHEMICAL COMMERCIAL COMPANY).

JAM PETROCHEMICAL COMPLEX (a.k.a. JAM PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی جم سهامی عام)), Pars Special Economic Energy Zone, Jam Petrochemical Co,, Assaluyeh, Boushehr Province 75118-11368, Iran; No. 27 Nezami St., Tavanir Ave, Tehran 1434853114, Iran; Website https://www.jpcomplex.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100777300 (Iran); Registration Number 32285 (Iran) [IRAN-EO13846] (Linked To: IRAN PETROCHEMICAL COMMERCIAL COMPANY).

JAMA'A COMBATTANTE TUNISIEN (a.k.a. GCT; a.k.a. GROUPE COMBATTANT TUNISIEN; a.k.a. TUNISIAN COMBAT GROUP; a.k.a. TUNISIAN COMBATANT GROUP; a.k.a. "JCT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMAA ISLAMIYA (a.k.a. AL-JAMAA AL-ISLAMIYAH; a.k.a. AL-JAMAAH AL-ISLAMIYAH; a.k.a. JAMA'A ISLAMIYAH; a.k.a. JAMAA ISLAMIYAH; a.k.a. LEBANESE MUSLIM BROTHERHOOD (Arabic: الجماعة الاسلامية بلبنان); a.k.a. QUWAT AL-FAJR (Arabic: قوات الفجر); a.k.a. "AL-FAJER FORCES"; a.k.a. "AL-FAJR FORCES"; a.k.a. "ISLAMIC GROUP IN LEBANON"; a.k.a. "THE DAWN FORCES"; a.k.a. "THE FAJR FORCES"; a.k.a. "THE ISLAMIC GROUP"), Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1964;

Organization Type: Advocacy organization [FTO] [SDGT].

JAMAA ISLAMIYAH (a.k.a. AL-JAMAA AL-ISLAMIYAH; a.k.a. AL-JAMAAH AL-ISLAMIYAH; a.k.a. JAMAA ISLAMIYA; a.k.a. JAMA'A ISLAMIYAH; a.k.a. LEBANESE MUSLIM BROTHERHOOD (Arabic: الجماعة الاسلامية بلبنان); a.k.a. QUWAT AL-FAJR (Arabic: قوات الفجر); a.k.a. "AL-FAJER FORCES"; a.k.a. "AL-FAJR FORCES"; a.k.a. "ISLAMIC GROUP IN LEBANON"; a.k.a. "THE DAWN FORCES"; a.k.a. "THE FAJR FORCES"; a.k.a. "THE ISLAMIC GROUP"), Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1964; Organization Type: Advocacy organization [FTO] [SDGT].

JAMA'A ISLAMIYAH (a.k.a. AL-JAMAA AL-ISLAMIYAH; a.k.a. AL-JAMAAH AL-ISLAMIYAH; a.k.a. JAMAA ISLAMIYA; a.k.a. JAMAA ISLAMIYAH; a.k.a. LEBANESE MUSLIM BROTHERHOOD (Arabic: الجماعة الاسلامية بلبنان); a.k.a. QUWAT AL-FAJR (Arabic: قوات الفجر); a.k.a. "AL-FAJER FORCES"; a.k.a. "AL-FAJR FORCES"; a.k.a. "ISLAMIC GROUP IN LEBANON"; a.k.a. "THE DAWN FORCES"; a.k.a. "THE FAJR FORCES"; a.k.a. "THE ISLAMIC GROUP"), Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1964; Organization Type: Advocacy organization [FTO] [SDGT].

JAMAAH ANSHARUT DAULAH (a.k.a. JAMAAH ANSHARUT DAULAT; a.k.a. JEMAAH ANSHORUT DAULAH; a.k.a. "JAD"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMAAH ANSHARUT DAULAT (a.k.a. JAMAAH ANSHARUT DAULAH; a.k.a. JEMAAH ANSHORUT DAULAH; a.k.a. "JAD"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMAAH ANSHARUT TAUHID (a.k.a. JAMA'AH ANSHARUT TAUHID; a.k.a. JEMMAH ANSHARUT TAUHID; a.k.a. JEM'MAH ANSHARUT TAUHID; a.k.a. JEMMAH ANSHORUT TAUHID; a.k.a. LASKAR 99; a.k.a. "JAT"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAMA'AH ANSHARUT TAUHID (a.k.a. JAMAAH ANSHARUT TAUHID; a.k.a. JEMMAH ANSHARUT TAUHID; a.k.a. JEM'MAH ANSHARUT TAUHID; a.k.a. JEMMAH ANSHORUT TAUHID; a.k.a. LASKAR 99; a.k.a. "JAT"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAMA'AH IHYA AL-TURAZ AL-ISLAMI (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA, a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

JAMA'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL (a.k.a. ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH; a.k.a. JAMAAT AL DAWA ILA AL SUNNAH; a.k.a. JAMA'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA; a.k.a. JAMA'AT DA'WA AL-SUNNAT; a.k.a. JAMAAT UD DAWA IL AL QURAN AL SUNNAH; a.k.a. JAMAAT UL DAWA AL QURAN; a.k.a. JAMA'AT UL DAWA AL-QU'RAN; a.k.a. JAMAAT-UD-DAWA AL QURAN WAL SUNNAH; a.k.a. JAMIAT AL-DAWA AL-QURAN WAL-SUNNA; a.k.a. SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA; a.k.a. "JDQ"; a.k.a. "JDQS"; a.k.a. "SALAFI GROUP"), Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMAAT AL DAWA ILA AL SUNNAH (a.k.a. ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH; a.k.a. JAMA'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL; a.k.a. JAMA'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA; a.k.a. JAMA'AT DA'WA AL-SUNNAT; a.k.a. JAMAAT UD DAWA IL AL QURAN AL SUNNAH; a.k.a. JAMAAT UL DAWA AL QURAN; a.k.a. JAMA'AT UL DAWA AL-QU'RAN; a.k.a. JAMAAT-UD-DAWA AL QURAN WAL SUNNAH; a.k.a. JAMIAT AL-DAWA AL-QURAN WAL-SUNNA; a.k.a. SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA; a.k.a. "JDQ"; a.k.a. "JDQS"; a.k.a. "SALAFI GROUP"), Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMA'AT AL-DAWA (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAMA'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA (a.k.a. ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH; a.k.a. JAMA'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL; a.k.a. JAMAAT AL DAWA ILA AL SUNNAH; a.k.a. JAMA'AT DA'WA AL-SUNNAT; a.k.a. JAMAAT UD DAWA IL AL QURAN AL SUNNAH; a.k.a. JAMAAT UL DAWA AL QURAN; a.k.a. JAMA'AT UL DAWA AL-QU'RAN; a.k.a. JAMAAT-UD-DAWA AL QURAN WAL SUNNAH; a.k.a. JAMIAT AL-DAWA AL-QURAN WAL-SUNNA; a.k.a. SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA; a.k.a. "JDQ"; a.k.a. "JDQS"; a.k.a. "SALAFI GROUP"), Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMA'AT AL-JIHAD (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; n.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ISLOMIY JIHOD ITTIHODI; n.k.a. ITTIHAD AL-JIHAD AL-ISLAMI; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY; a.k.a. "IJG"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAMA'AT DA'WA AL-SUNNAT (a.k.a. ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH; a.k.a. JAMA'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL; a.k.a. JAMAAT AL DAWA ILA AL SUNNAH; a.k.a. JAMA'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA; a.k.a. JAMAAT UD DAWA IL AL QURAN AL SUNNAH; a.k.a. JAMAAT UL DAWA AL QURAN; a.k.a. JAMA'AT UL DAWA AL-QU'RAN; a.k.a. JAMAAT-UD-DAWA AL QURAN WAL SUNNAH; a.k.a. JAMIAT AL-DAWA AL-QURAN WAL-SUNNA; a.k.a. SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA; a.k.a. "JDQ"; a.k.a. "JDQS"; a.k.a. "SALAFI GROUP"), Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMAAT NOSRAT AL-ISLAM WAL-MOUSLIMIN (a.k.a. GROUP FOR THE SUPPORT OF ISLAM AND MUSLIMS; a.k.a. GROUP TO SUPPORT ISLAM AND MUSLIMS; a.k.a. JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN; a.k.a. NUSRAT AL-ISLAM WAL-MUSLIMEEN; a.k.a. "GNIM"; a.k.a. "GSIM"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN (a.k.a. GROUP FOR THE SUPPORT OF ISLAM AND MUSLIMS; a.k.a. GROUP TO SUPPORT ISLAM AND MUSLIMS; a.k.a. JAMAAT NOSRAT AL-ISLAM WAL-MOUSLIMIN; a.k.a. NUSRAT AL-ISLAM WAL-MUSLIMEEN; a.k.a. "GNIM"; a.k.a. "GSIM"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAMAAT UD DAWA IL AL QURAN AL SUNNAH (a.k.a. ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH; a.k.a. JAMA'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL; a.k.a. JAMAAT AL DAWA ILA AL SUNNAH; a.k.a. JAMA'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA; a.k.a. JAMA'AT DA'WA AL-SUNNAT; a.k.a. JAMAAT UL DAWA AL QURAN; a.k.a. JAMA'AT UL DAWA AL-QU'RAN; a.k.a. JAMAAT-UD-DAWA AL QURAN WAL SUNNAH; a.k.a. JAMIAT AL-DAWA AL-QURAN WAL-SUNNA; a.k.a. SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA; a.k.a. "JDQ"; a.k.a. "JDQS"; a.k.a. "SALAFI GROUP"), Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 [SDGT].

JAMAAT UD-DAAWA (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAMAAT UL DAWA AL QURAN (a.k.a. ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH; a.k.a. JAMA'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL; a.k.a. JAMAAT AL DAWA ILA AL SUNNAH; a.k.a. JAMA'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA; a.k.a. JAMA'AT DA'WA AL-SUNNAT; a.k.a. JAMAAT UD DAWA IL AL QURAN AL SUNNAH; a.k.a. JAMA'AT UL DAWA AL-QU'RAN; a.k.a. JAMAAT-UD-DAWA AL QURAN WAL SUNNAH; a.k.a. JAMIAT AL-DAWA AL-QURAN WAL SUNNAH; a.k.a. JAMIAT AL-DAWA AL-QURAN WAL-SUNNA; a.k.a. SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA; a.k.a. "JDQ"; a.k.a. "JDQS"; a.k.a. "SALAFI GROUP"), Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMA'AT UL DAWA AL-QU'RAN (a.k.a. ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH; a.k.a. JAMA'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL; a.k.a. JAMAAT AL DAWA ILA AL SUNNAH; a.k.a. JAMA'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA; a.k.a. JAMA'AT DA'WA AL-SUNNAT; a.k.a. JAMAAT UD DAWA IL AL QURAN AL SUNNAH; a.k.a. JAMAAT UL DAWA AL QURAN; a.k.a. JAMAAT-UD-DAWA AL QURAN WAL SUNNAH; a.k.a. JAMIAT AL-DAWA AL-QURAN WAL-SUNNA; a.k.a. SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA; a.k.a. "JDQ"; a.k.a. "JDQS"; a.k.a. "SALAFI GROUP"), Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMAAT UL-DAWAH (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-

KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAMA'AT UL-SARIA MOSQUE (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

JAMAAT-E-AHRAR (a.k.a. AAFIA SIDDIQUE BRIGADE; a.k.a. JAMAATUL AHRAR; a.k.a. JAMAATUL-AHRAR; a.k.a. JAMAAT-UL-AHRAR; a.k.a. JAMAAT-UL-AHRAR TTP; a.k.a. JAMATUL AHRAR; a.k.a. JAMAT-UL-AHRAR; a.k.a. TEHREEK-I-TALIBAN JAMAAT-UL-AHRAR; a.k.a. TEHRIK-E-TALIBAN PAKISTAN JAMAAT-E-AHRAR; a.k.a. "JUA"; a.k.a. "TTP-JA"; a.k.a. "TTP-JUA"), Afghanistan; Mohmand Tribal Agency, Pakistan; Bajaur Tribal Agency, Pakistan; Khyber Tribal Agency, Pakistan; Arakzai Tribal Agency, Pakistan; Charsadda, Pakistan; Peshawar, Pakistan; Swat, Pakistan; Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMA'AT-I-DAWAT (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL

TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAMAATI-UD-DAWA (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a.

JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAMA'ATU AHLIS SUNNA LIDDA'AWATI WAL-JIHAD (a.k.a. BOKO HARAM; a.k.a. JAMA'ATU AHLUS-SUNNAH LIDDA'AWATI WAL JIHAD; a.k.a. NIGERIAN TALIBAN; a.k.a. PEOPLE COMMITTED TO THE PROPHET'S TEACHINGS FOR PROPAGATION AND JIHAD; a.k.a. SUNNI GROUP FOR PREACHING AND JIHAD), Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAMA'ATU AHLUS-SUNNAH LIDDA'AWATI WAL JIHAD (a.k.a. BOKO HARAM; a.k.a. JAMA'ATU AHLIS SUNNA LIDDA'AWATI WAL-JIHAD; a.k.a. NIGERIAN TALIBAN; a.k.a. PEOPLE COMMITTED TO THE PROPHET'S TEACHINGS FOR PROPAGATION AND JIHAD; a.k.a. SUNNI GROUP FOR PREACHING AND JIHAD), Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAMA'ATU ANSARIL MUSLIMINA FI BILADIS SUDAN (a.k.a. ANSARU; a.k.a. ANSARUL MUSLIMINA FI BILADIS SUDAN; a.k.a. JAMA'ATU ANSARUL MUSLIMINA FI BILADIS-

SUDAN; a.k.a. VANGUARDS FOR THE PROTECTION OF MUSLIMS IN BLACK AFRICA; a.k.a. "JAMBS"), Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAMA'ATU ANSARUL MUSLIMINA FI BILADIS-SUDAN (a.k.a. ANSARU; a.k.a. ANSARUL MUSLIMINA FI BILADIS SUDAN; a.k.a. JAMA'ATU ANSARIL MUSLIMINA FI BILADIS SUDAN; a.k.a. VANGUARDS FOR THE PROTECTION OF MUSLIMS IN BLACK AFRICA; a.k.a. "JAMBS"), Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAMA'AT-UD-DA'AWA (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR

RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAMA'AT-UD-DA'AWAH (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAMAAT-UD-DAWA (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA;

a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAMAAT-UD-DAWA AL QURAN WAL SUNNAH (a.k.a. ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH; a.k.a. JAMA'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL; a.k.a. JAMAAT AL DAWA ILA AL SUNNAH; a.k.a. JAMA'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA; a.k.a. JAMA'AT DA'WA AL-SUNNAT; a.k.a. JAMAAT UD DAWA IL AL QURAN AL SUNNAH; a.k.a. JAMAAT UL DAWA AL QURAN; a.k.a. JAMA'AT UL DAWA AL-QU'RAN; a.k.a. JAMIAT AL-DAWA AL-QURAN WAL-SUNNA; a.k.a. SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA; a.k.a. "JDQ"; a.k.a. "JDQS"; a.k.a. "SALAFI GROUP"), Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMAATUL AHRAR (a.k.a. AAFIA SIDDIQUE BRIGADE; a.k.a. JAMAAT-E-AHRAR; a.k.a. JAMAATUL-AHRAR; a.k.a. JAMAAT-UL-AHRAR; a.k.a. JAMAAT-UL-AHRAR TTP; a.k.a. JAMATUL AHRAR; a.k.a. JAMAT-UL-AHRAR; a.k.a. TEHREEK-I-TALIBAN JAMAAT-UL-AHRAR; a.k.a. TEHRIK-E-TALIBAN PAKISTAN JAMAAT-E-AHRAR; a.k.a. "JUA"; a.k.a. "TTP-JA"; a.k.a. "TTP-JUA"), Afghanistan; Mohmand Tribal Agency, Pakistan; Bajaur Tribal Agency, Pakistan; Khyber Tribal Agency, Pakistan; Arakzai Tribal Agency, Pakistan; Charsadda, Pakistan; Peshawar, Pakistan; Swat, Pakistan; Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMAATUL-AHRAR (a.k.a. AAFIA SIDDIQUE BRIGADE; a.k.a. JAMAAT-E-AHRAR; a.k.a. JAMAATUL AHRAR; a.k.a. JAMAAT-UL-AHRAR; a.k.a. JAMAAT-UL-AHRAR TTP; a.k.a. JAMATUL AHRAR; a.k.a. JAMAT-UL-AHRAR; a.k.a. TEHREEK-I-TALIBAN JAMAAT-UL-AHRAR; a.k.a. TEHRIK-E-TALIBAN PAKISTAN JAMAAT-E-AHRAR; a.k.a. "JUA"; a.k.a. "TTP-JA"; a.k.a. "TTP-JUA"), Afghanistan; Mohmand Tribal Agency, Pakistan; Bajaur Tribal Agency, Pakistan; Khyber Tribal Agency, Pakistan; Arakzai Tribal Agency, Pakistan; Charsadda, Pakistan; Peshawar, Pakistan; Swat, Pakistan; Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMAAT-UL-AHRAR (a.k.a. AAFIA SIDDIQUE BRIGADE; a.k.a. JAMAAT-E-AHRAR; a.k.a. JAMAATUL AHRAR; a.k.a. JAMAATUL-AHRAR; a.k.a. JAMAAT-UL-AHRAR TTP; a.k.a. JAMATUL AHRAR; a.k.a. JAMAT-UL-AHRAR; a.k.a. TEHREEK-I-TALIBAN JAMAAT-UL-AHRAR; a.k.a. TEHRIK-E-TALIBAN PAKISTAN JAMAAT-E-AHRAR; a.k.a. "JUA"; a.k.a. "TTP-JA"; a.k.a. "TTP-JUA"), Afghanistan; Mohmand Tribal Agency, Pakistan; Bajaur Tribal Agency, Pakistan; Khyber Tribal Agency, Pakistan; Arakzai Tribal Agency, Pakistan; Charsadda, Pakistan; Peshawar, Pakistan; Swat, Pakistan; Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMAAT-UL-AHRAR TTP (a.k.a. AAFIA SIDDIQUE BRIGADE; a.k.a. JAMAAT-E-AHRAR; a.k.a. JAMAATUL AHRAR; a.k.a. JAMAATUL-AHRAR; a.k.a. JAMAAT-UL-

AHRAR; a.k.a. JAMATUL AHRAR; a.k.a. JAMAT-UL-AHRAR; a.k.a. TEHREEK-I-TALIBAN JAMAAT-UL-AHRAR; a.k.a. TEHRIK-E-TALIBAN PAKISTAN JAMAAT-E-AHRAR; a.k.a. "JUA"; a.k.a. "TTP-JA"; a.k.a. "TTP-JUA"), Afghanistan; Mohmand Tribal Agency, Pakistan; Bajaur Tribal Agency, Pakistan; Khyber Tribal Agency, Pakistan; Arakzai Tribal Agency, Pakistan; Charsadda, Pakistan; Peshawar, Pakistan; Swat, Pakistan; Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMAAT-UL-DAWA (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAMAH-YE SARYA MADRASSA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

JAMAIAT-UD-DAWA (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI

JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAMA'IT ELANUR AL-KHIRIYA (a.k.a. AL NOOR PRISONER SOCIETY; a.k.a. AL-NUR PRISONER ASSOCIATION; a.k.a. AL-NUR SOCIETY GAZA (Arabic: جمعية النور); a.k.a. EL-NUR SOCIETY), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2001; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

JAMAL EDDIN, Mohammed Nazer (a.k.a. JAMAL EDDINE, Natheer Ahmed Mohammed; a.k.a. JAMAL EDDINE, Nathier Ahmed Mohammed; a.k.a. JAMALEDDINE, Nazir Ahmad Mohammed (Arabic: نذير احمد محمد جمال الدين)), Damascus, Syria; DOB 02 Jan 1962; POB Damascus, Syria; nationality Syria; Gender Male; Passport N011612445 (Syria); alt. Passport 002-17-L022286 (Syria); National ID No. 010-30208342 (Syria) (individual) [PAARSSR-EO13894].

JAMAL EDDINE, Natheer Ahmed Mohammed (a.k.a. JAMAL EDDIN, Mohammed Nazer; a.k.a. JAMAL EDDINE, Nathier Ahmed Mohammed; a.k.a. JAMALEDDINE, Nazir Ahmad Mohammed (Arabic: نذير احمد محمد جمال الدين)), Damascus, Syria; DOB 02 Jan 1962; POB Damascus, Syria; nationality Syria; Gender Male; Passport N011612445 (Syria); alt. Passport 002-17-L022286 (Syria); National ID No. 010-30208342 (Syria) (individual) [PAARSSR-EO13894].

JAMAL EDDINE, Nathier Ahmed Mohammed (a.k.a. JAMAL EDDIN, Mohammed Nazer; a.k.a. JAMAL EDDINE, Natheer Ahmed Mohammed; a.k.a. JAMALEDDINE, Nazir Ahmad Mohammed (Arabic: نذير احمد محمد جمال الدين)), Damascus, Syria; DOB 02 Jan 1962; POB Damascus, Syria; nationality Syria; Gender Male; Passport N011612445 (Syria); alt. Passport 002-17-L022286 (Syria); National

ID No. 010-30208342 (Syria) (individual) [PAARSSR-EO13894].

JAMAL NETWORK (a.k.a. ABU AHMED GROUP; a.k.a. AL-QA'IDA IN EGYPT; a.k.a. MUHAMMAD JAMAL GROUP; a.k.a. MUHAMMAD JAMAL NETWORK), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMAL, Ibrahimi (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

JAMAL, Muhammad (a.k.a. 'ABDU, Muhammad Jamal; a.k.a. ABDU, Muhammad Jamal Ahmad; a.k.a. ABDUH, Mohammad Jamal; a.k.a. AHMAD, Muhammad Gamal Abu; a.k.a. AHMAD, Muhammad Jamal Abu; a.k.a. AHMED, Mohammad Jamal Abdo; a.k.a. AL KASHEF, Muhammad Jamal; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-Al Rahim; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-al Rahim Ahmad; a.k.a. AL-MASRI, Abu Ahmad); DOB 01 Jan 1964; alt. DOB 01 Feb 1964; POB Cairo, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

JAMAL, Sarah (a.k.a. AL-SAYYID, Sarah Jamal Muhammad (Arabic: ساره جمال محمد السيد); a.k.a. GAMAL, Sarah), Egypt; DOB 07 Jul 1985; POB Egypt; nationality Egypt; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT]

(Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JAMAL-AL-DIN, Hasan (a.k.a. JAMALEDDINE, Hassan); DOB 11 May 1983; POB Burj al-Burajne, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2589786 (Lebanon) expires 11 Feb 2019 (individual) [SDGT] (Linked To: HIZBALLAH; Linked To: TABAJA, Adham Husayn).

JAMALEDDINE, Hassan (a.k.a. JAMAL-AL-DIN, Hasan); DOB 11 May 1983; POB Burj al-Burajne, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2589786 (Lebanon) expires 11 Feb 2019 (individual) [SDGT] (Linked To: HIZBALLAH; Linked To: TABAJA, Adham Husayn).

JAMALEDDINE, Nazir Ahmad Mohammed (Arabic: نذير احمد محمد جمال الدين) (a.k.a. JAMAL EDDIN, Mohammed Nazer; a.k.a. JAMAL EDDINE, Natheer Ahmed Mohammed; a.k.a. JAMAL EDDINE, Nathier Ahmed Mohammed), Damascus, Syria; DOB 02 Jan 1962; POB Damascus, Syria; nationality Syria; Gender Male; Passport N011612445 (Syria); alt. Passport 002-17-L022286 (Syria); National ID No. 010-30208342 (Syria) (individual) [PAARSSR-EO13894].

JAMALI, Sayyed Kamal (a.k.a. MUSAVI, Sayyed Kamal); DOB 03 Jan 1958; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR].

JAMAME BROTHERS COMPANY (a.k.a. JAMAME BROTHERS COMPANY EXPORT & IMPORT; a.k.a. JAMAME BROTHERS COMPANY EXPORT AND IMPORT; a.k.a. JAMAME BROTHERS COMPANY LIMITED; a.k.a. JAMAME BROTHERS OF COMPANIES), Mogadishu, Somalia; Ali Naji Building, Shoping Street, Kismayo, Somalia; Organization Established Date 25 Jun 2010; Organization Type: Non-specialized wholesale trade; Certificate of Incorporation Number

SCCI/378/13 (Somalia) [SOMALIA] (Linked To: NAAJI, Ali Ahmed).

JAMAME BROTHERS COMPANY EXPORT & IMPORT (a.k.a. JAMAME BROTHERS COMPANY; a.k.a. JAMAME BROTHERS COMPANY EXPORT AND IMPORT; a.k.a. JAMAME BROTHERS COMPANY LIMITED; a.k.a. JAMAME BROTHERS OF COMPANIES), Mogadishu, Somalia; Ali Naji Building, Shoping Street, Kismayo, Somalia; Organization Established Date 25 Jun 2010; Organization Type: Non-specialized wholesale trade; Certificate of Incorporation Number SCCI/378/13 (Somalia) [SOMALIA] (Linked To: NAAJI, Ali Ahmed).

JAMAME BROTHERS COMPANY EXPORT AND IMPORT (a.k.a. JAMAME BROTHERS COMPANY; a.k.a. JAMAME BROTHERS COMPANY EXPORT & IMPORT; a.k.a. JAMAME BROTHERS COMPANY LIMITED; a.k.a. JAMAME BROTHERS OF COMPANIES), Mogadishu, Somalia; Ali Naji Building, Shoping Street, Kismayo, Somalia; Organization Established Date 25 Jun 2010; Organization Type: Non-specialized wholesale trade; Certificate of Incorporation Number SCCI/378/13 (Somalia) [SOMALIA] (Linked To: NAAJI, Ali Ahmed).

JAMAME BROTHERS COMPANY LIMITED (a.k.a. JAMAME BROTHERS COMPANY; a.k.a. JAMAME BROTHERS COMPANY EXPORT & IMPORT; a.k.a. JAMAME BROTHERS COMPANY EXPORT AND IMPORT; a.k.a. JAMAME BROTHERS OF COMPANIES), Mogadishu, Somalia; Ali Naji Building, Shoping Street, Kismayo, Somalia; Organization Established Date 25 Jun 2010; Organization Type: Non-specialized wholesale trade; Certificate of Incorporation Number SCCI/378/13 (Somalia) [SOMALIA] (Linked To: NAAJI, Ali Ahmed).

JAMAME BROTHERS OF COMPANIES (a.k.a. JAMAME BROTHERS COMPANY; a.k.a. JAMAME BROTHERS COMPANY EXPORT & IMPORT; a.k.a. JAMAME BROTHERS COMPANY EXPORT AND IMPORT; a.k.a. JAMAME BROTHERS COMPANY LIMITED), Mogadishu, Somalia; Ali Naji Building, Shoping Street, Kismayo, Somalia; Organization Established Date 25 Jun 2010; Organization Type: Non-specialized wholesale trade; Certificate of Incorporation Number SCCI/378/13 (Somalia) [SOMALIA] (Linked To: NAAJI, Ali Ahmed).

JAMARO CONSTRUCTORES S.A. DE C.V., Culiacan, Sinaloa, Mexico [SDNTK].

JAM'AT AL TAWHID WA'AL-JIHAD (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAMAT TAWHID WAL JIHAD FI GARBI AFRIQQIYA (a.k.a. MOVEMENT FOR ONENESS AND JIHAD IN WEST AFRICA; a.k.a. MOVEMENT FOR UNITY AND JIHAD IN WEST AFRICA; a.k.a. TAWHID WAL JIHAD IN WEST AFRICA; a.k.a. UNITY MOVEMENT FOR JIHAD IN WEST AFRICA; a.k.a. "MUJAO"; a.k.a. "MUJWA"; a.k.a. "TWJWA"), Gao, Mali; Bourem, Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMATUL AHRAR (a.k.a. AAFIA SIDDIQUE BRIGADE; a.k.a. JAMAAT-E-AHRAR; a.k.a. JAMAATUL AHRAR; a.k.a. JAMAATUL-AHRAR; a.k.a. JAMAAT-UL-AHRAR; a.k.a. JAMAAT-UL-AHRAR TTP; a.k.a. JAMAT-UL-AHRAR; a.k.a. TEHREEK-I-TALIBAN JAMAAT-UL-AHRAR; a.k.a. TEHRIK-E-TALIBAN PAKISTAN JAMAAT-E-AHRAR; a.k.a. "JUA"; a.k.a. "TTP-JA"; a.k.a. "TTP-JUA"), Afghanistan; Mohmand Tribal Agency, Pakistan; Bajaur Tribal Agency, Pakistan; Khyber Tribal Agency, Pakistan; Arakzai Tribal Agency, Pakistan; Charsadda, Pakistan; Peshawar, Pakistan; Swat, Pakistan; Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMAT-UL-AHRAR (a.k.a. AAFIA SIDDIQUE BRIGADE; a.k.a. JAMAAT-E-AHRAR; a.k.a. JAMAATUL AHRAR; a.k.a. JAMAATUL-AHRAR; a.k.a. JAMAAT-UL-AHRAR; a.k.a. JAMAAT-UL-AHRAR TTP; a.k.a. JAMATUL AHRAR; a.k.a. TEHREEK-I-TALIBAN JAMAAT-UL-AHRAR; a.k.a. TEHRIK-E-TALIBAN PAKISTAN JAMAAT-E-AHRAR; a.k.a. "JUA"; a.k.a. "TTP-JA"; a.k.a. "TTP-JUA"), Afghanistan; Mohmand Tribal Agency, Pakistan; Bajaur Tribal Agency, Pakistan; Khyber Tribal Agency, Pakistan; Arakzai Tribal Agency, Pakistan; Charsadda, Pakistan; Peshawar, Pakistan; Swat, Pakistan; Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMEAL, 'Anayet el-Rahman (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil

Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

JAMEAT-UL ASRYA MADRASSA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

JAMEEL, Inayat (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a.

"AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

JAMEHA-E-AL AHSERYA MADRASSA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

JAMES WILSON, Alejandro Antonio (a.k.a. "Turesky"), San Jose, Costa Rica; DOB 05 Oct 1972; POB Centro Central, Limon, Costa Rica; nationality Costa Rica; Gender Male; Cedula No. 701040769 (Costa Rica) (individual) [ILLICIT-DRUGS-EO14059].

JAMI'A AL-AHSAN AL-KHAYRIYYAH (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMIA AL-ASSARIA MADRASSA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

JAMI'A AL-SALAH (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMIA ASARIYA MADRASSA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

JAMIA ASRIYA MADRASSA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

JAMIA ASSARIA MADRASSA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA

MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

JAMIA IHYA UL TURATH (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMIA IHYA UL TURATH (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN

ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

JAMIA MADRASSA DUR UL KORAN WASUNA (a.k.a. GANJ MADRASSA; a.k.a. GANJOO MADRASSA; a.k.a. JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; a.k.a. MADRASA TALEEMUL QURAN WAL HADITH; a.k.a. MADRASA TALEEMUL QURAN WAL SUNNAH; a.k.a. MAWIYA MADRASSA; a.k.a. MOW-YA MADRASSA; a.k.a. TALALIM QURAN MADRASSA; a.k.a. TALEEM UL-QURAN MADRASSA; a.k.a. TASIN AL-QURAN ABU HAMZA), Gunj Gate, Phandu Road, Peshawar, Pakistan; Near the Baron Gate, Ganj area, Peshawar, Pakistan; Lahori and Yaka Tote Rd. at the intersection near the Ganj Gate, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMI'A SANABIL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JA'MIA SANBLE LLAGHATHA WA ALTINMIA (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA (a.k.a. GANJ MADRASSA; a.k.a. GANJOO MADRASSA; a.k.a. JAMIA MADRASSA DUR UL KORAN WASUNA; a.k.a. MADRASA TALEEMUL QURAN WAL HADITH; a.k.a. MADRASA TALEEMUL QURAN WAL SUNNAH; a.k.a. MAWIYA MADRASSA; a.k.a. MOW-YA MADRASSA; a.k.a. TALALIM QURAN MADRASSA; a.k.a. TALEEM UL-QURAN MADRASSA; a.k.a. TASIN AL-QURAN ABU HAMZA), Gunj Gate, Phandu Road, Peshawar, Pakistan; Near the Baron Gate, Ganj area, Peshawar, Pakistan; Lahori and Yaka Tote Rd. at the intersection near the Ganj Gate, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMIAE HAZAREA MADRASSA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA;

a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a.

RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA, a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

JAMIAT AL-BUSTAN AL-KHAYRIYAH CHARITY (a.k.a. AL JAMAIYAH AL BUSTAN; a.k.a. AL-BUSTAN ASSOCIATION; a.k.a. AL-BUSTAN CHARITY; a.k.a. AL-BUSTAN CHARITY ASSOCIATION; a.k.a. AL-BUSTAN CHARITY FOUNDATION; a.k.a. AL-BUSTAN CHARITY SOCIETY; a.k.a. AL-BUSTAN ORGANIZATION), Mazza, Damascus, Syria [PAARSSR-EO13894] (Linked To: MAKHLUF, Rami).

JAMIAT AL-DAWA AL-QURAN WAL-SUNNA (a.k.a. ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH; a.k.a. JAMA'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL; a.k.a. JAMAAT AL DAWA ILA AL SUNNAH; a.k.a. JAMA'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA; a.k.a. JAMA'AT DA'WA AL-SUNNAT; a.k.a. JAMAAT UD DAWA IL AL QURAN AL SUNNAH; a.k.a. JAMAAT UL DAWA AL QURAN; a.k.a. JAMA'AT UL DAWA AL-QU'RAN; a.k.a. JAMAAT-UD-DAWA AL QURAN WAL SUNNAH; a.k.a. SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA; a.k.a. "JDQ"; a.k.a. "JDQS"; a.k.a. "SALAFI GROUP"), Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMIAT AL-HAYA AL-SARAT (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC

HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMIAT AL-JIHAD AL-ISLAMI (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; n.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ISLOMIY JIHOD ITTIHODI; n.k.a. ITTIHAD AL-JIHAD AL-ISLAMI; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY; a.k.a. "IJG"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAMI'AT AL-SALAH AL-ISLAMI (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMIAT AYAT-UR-RHAS AL ISLAMIA (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMIAT IHIA AL-TURATH AL-ISLAMIYA (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA;

a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMIAT IHIA AL-TURATH AL-ISLAMIYA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a.

JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS

ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

JAMIAT IHYA UL TURATH AL ISLAMIA (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMIAT UL-ANSAR (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. ANSAR-UL-UMMAH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. "HUA"; a.k.a. "HUM"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAMIATUL IHYA UL TURATH (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-

HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

JAMIATUL-YAHYA UT TURAZ (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC

PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

JAMIL GEORGES, Fahd (a.k.a. JAMIL GEORGES, Fuad; a.k.a. YAMIL GEORGES, Fahd; a.k.a. "EL PADRINO"; a.k.a. "TURCO"), Ponta Pora, Mato Grosso do Sul, Brazil; Pedro Juan Caballero, Amambay, Paraguay; DOB 07 Jun 1941; nationality Lebanon; citizen Brazil; Cedula No. RG-013147 (Brazil) (individual) [SDNTK].

JAMIL GEORGES, Fuad (a.k.a. JAMIL GEORGES, Fahd; a.k.a. YAMIL GEORGES, Fahd; a.k.a. "EL PADRINO"; a.k.a. "TURCO"), Ponta Pora, Mato Grosso do Sul, Brazil; Pedro Juan Caballero, Amambay, Paraguay; DOB 07 Jun 1941; nationality Lebanon; citizen Brazil; Cedula No. RG-013147 (Brazil) (individual) [SDNTK].

JAMIL, Enayat al-Rahman (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

JAMIL, Enayaturrahman (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a.

"INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

JAMIL, Enayetul Rahman (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

JAMIL, Inayat al-Rahman (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN,

Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

JAMIL, Neameh Ahmad (a.k.a. JAMIL, Nehme Ahmad (Arabic: نعمة أحمد جميل); a.k.a. JAMIL, Nehmeh Ahmad; a.k.a. JAMIL, Nima Ahmad; a.k.a. JAMIL, Nima Ahmed; a.k.a. JAMIL, Ni'mah Ahmad; a.k.a. JAMIL, Nuama), Hay al-Madi, Baabda, Lebanon; DOB 08 Aug 1970; POB Aayet ech Chaab, Nabatiye, Bent Jbayl, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000010757716 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

JAMIL, Nehme Ahmad (Arabic: نعمة أحمد جميل) (a.k.a. JAMIL, Neameh Ahmad; a.k.a. JAMIL, Nehmeh Ahmad; a.k.a. JAMIL, Nima Ahmad; a.k.a. JAMIL, Nima Ahmed; a.k.a. JAMIL, Ni'mah Ahmad; a.k.a. JAMIL, Nuama), Hay al-Madi, Baabda, Lebanon; DOB 08 Aug 1970; POB Aayet ech Chaab, Nabatiye, Bent Jbayl, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000010757716 (Lebanon) (individual) [SDGT]

(Linked To: AL-QARD AL-HASSAN ASSOCIATION).

JAMIL, Nehmeh Ahmad (a.k.a. JAMIL, Neameh Ahmad; a.k.a. JAMIL, Nehme Ahmad (Arabic: نعمة أحمد جميل); a.k.a. JAMIL, Nima Ahmad; a.k.a. JAMIL, Nima Ahmed; a.k.a. JAMIL, Ni'mah Ahmad; a.k.a. JAMIL, Nuama), Hay al-Madi, Baabda, Lebanon; DOB 08 Aug 1970; POB Aayet ech Chaab, Nabatiye, Bent Jbayl, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000010757716 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

JAMIL, Nima Ahmad (a.k.a. JAMIL, Neameh Ahmad; a.k.a. JAMIL, Nehme Ahmad (Arabic: نعمة أحمد جميل); a.k.a. JAMIL, Nehmeh Ahmad; a.k.a. JAMIL, Nima Ahmed; a.k.a. JAMIL, Ni'mah Ahmad; a.k.a. JAMIL, Nuama), Hay al-Madi, Baabda, Lebanon; DOB 08 Aug 1970; POB Aayet ech Chaab, Nabatiye, Bent Jbayl, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000010757716 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

JAMIL, Nima Ahmed (a.k.a. JAMIL, Neameh Ahmad; a.k.a. JAMIL, Nehme Ahmad (Arabic: نعمة أحمد جميل); a.k.a. JAMIL, Nehmeh Ahmad; a.k.a. JAMIL, Nima Ahmad; a.k.a. JAMIL, Ni'mah Ahmad; a.k.a. JAMIL, Nuama), Hay al-Madi, Baabda, Lebanon; DOB 08 Aug 1970; POB Aayet ech Chaab, Nabatiye, Bent Jbayl, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000010757716 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

JAMIL, Ni'mah Ahmad (a.k.a. JAMIL, Neameh Ahmad; a.k.a. JAMIL, Nehme Ahmad (Arabic:

نعمة أحمد جميل); a.k.a. JAMIL, Nehmeh Ahmad; a.k.a. JAMIL, Nima Ahmad; a.k.a. JAMIL, Nima Ahmed; a.k.a. JAMIL, Nuama), Hay al-Madi, Baabda, Lebanon; DOB 08 Aug 1970; POB Aayet ech Chaab, Nabatiye, Bent Jbayl, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000010757716 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

JAMIL, Nuama (a.k.a. JAMIL, Neameh Ahmad; a.k.a. JAMIL, Nehme Ahmad (Arabic: نعمة أحمد جميل); a.k.a. JAMIL, Nehmeh Ahmad; a.k.a. JAMIL, Nima Ahmad; a.k.a. JAMIL, Nima Ahmed; a.k.a. JAMIL, Ni'mah Ahmad), Hay al-Madi, Baabda, Lebanon; DOB 08 Aug 1970; POB Aayet ech Chaab, Nabatiye, Bent Jbayl, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000010757716 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

JAMIN, Abu Bakr Muhammad Muhammad (a.k.a. AL-JAZA'IRI, Abu Ubaida; a.k.a. AL-JAZAIRI, Abu Ubaydah; a.k.a. GEUMMANE, Abu Bakr; a.k.a. GHUMAYN, Abu Bakr Muhammad Muhammad; a.k.a. GUEMMANE, Aboubakir; a.k.a. GUEMMANE, Aboubakr; a.k.a. GUEMMANE, Aboubekr; a.k.a. GUEMMANE, Abu Bakr Muhammad Muhammad; a.k.a. MAZOUZ, Kheireddine; a.k.a. MAZOUZI, Khayr al-Din; a.k.a. "LESAGE, Carol Jacques Ghislain"; a.k.a. "LESAGE, Jacques Ghislain"), Iran; DOB 31 Mar 1981; POB Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 98LH90556 (France) (individual) [SDGT] (Linked To: AL QA'IDA).

JAMITO AHIA TORAS AL-ISLAMI (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-

FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMIYAT (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; n.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ISLOMIY JIHOD ITTIHODI; n.k.a. ITTIHAD AL-JIHAD AL-ISLAMI; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY; a.k.a. "IJG"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JAM'IYAT AL TA'AWUN AL ISLAMIYYA (a.k.a. JAM'YAH TA'AWUN AL-ISLAMIA; a.k.a. JIT; a.k.a. SOCIETY OF ISLAMIC COOPERATION), Qandahar City, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAM'IYAT IHYA' AL-TURATH AL-ISLAMI (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS

CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE

COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

JAMIYYA ASRIYYA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

JAMMAL TRUST BANK (a.k.a. JAMMAL TRUST BANK S.A.L.; a.k.a. "JTB"), JTB Tower, Elias Hraoui Avenue, Beirut, Lebanon; Jammal Trust Bank SAL Building, Rashid Karame Ave, Beirut, Lebanon; PO Box 11-5640 & 13-5750, Bank's Bldg, Rashid Karameh Ave, Beirut, Lebanon; SCI La Balance, Boulevard Giscard D'estaing, Abidjan, Cote d Ivoire; 15A Burma Road, Apapa, Lagos State, Nigeria; 3rd Floor, Berkeley Court, 6/7 Pollen St, London W1S 1ND, United Kingdom; Al-Buss, Lebanon; Al Furzol, Lebanon; Baalbeck, Lebanon; Beirut, Lebanon; Bint Jbeil, Lebanon; Bourj El Barajneh, Lebanon; Dora, Lebanon; Ghazieh, Lebanon; Jbeil, Lebanon; Jwaya, Lebanon; Kana, Lebanon; Labwe, Lebanon; Marjeyoun, Lebanon; Nabatieh, Lebanon; Saida, Lebanon; Tibnin, Lebanon; Tripoli, Lebanon; Tyre, Lebanon; Verdun, Lebanon; Abidjan, Cote d Ivoire; Apapa, Nigeria; London, United Kingdom; SWIFT/BIC JTBKLBBE; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Branches Worldwide [SDGT] (Linked To: HIZBALLAH).

JAMMAL TRUST BANK S.A.L. (a.k.a. JAMMAL TRUST BANK; a.k.a. "JTB"), JTB Tower, Elias Hraoui Avenue, Beirut, Lebanon; Jammal Trust Bank SAL Building, Rashid Karame Ave, Beirut, Lebanon; PO Box 11-5640 & 13-5750, Bank's Bldg, Rashid Karameh Ave, Beirut, Lebanon; SCI La Balance, Boulevard Giscard D'estaing, Abidjan, Cote d Ivoire; 15A Burma Road, Apapa, Lagos State, Nigeria; 3rd Floor, Berkeley Court, 6/7 Pollen St, London W1S 1ND, United Kingdom; Al-Buss, Lebanon; Al Furzol, Lebanon; Baalbeck, Lebanon; Beirut, Lebanon; Bint Jbeil, Lebanon; Bourj El Barajneh, Lebanon; Dora, Lebanon; Ghazieh, Lebanon; Jbeil, Lebanon; Jwaya, Lebanon; Kana, Lebanon; Labwe, Lebanon; Marjeyoun, Lebanon; Nabatieh, Lebanon; Saida, Lebanon; Tibnin, Lebanon; Tripoli, Lebanon; Tyre, Lebanon; Verdun, Lebanon; Abidjan, Cote d Ivoire; Apapa, Nigeria; London, United Kingdom; SWIFT/BIC JTBKLBBE; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Branches Worldwide [SDGT] (Linked To: HIZBALLAH).

JAMMALI, Imed Ben Bechir Ben Hamda, via Dubini, n. 3, Gallarate,, Varese, Italy; DOB 25 Jan 1968; POB Menzel Temine, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K693812 issued 23 Apr 1999 expires 22 Apr 2004; Italian Fiscal Code JMMMDI68A25Z352D; Currently in jail in Tunisia (individual) [SDGT].

JAMMEAT EL-SALAH (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza,

Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAMMEH BABILI MANSA, Yahya AJJ (a.k.a. JAMMEH, Alhaji Dr. Abdul-Azziz Jemus Junkung; a.k.a. JAMMEH, Yahya; a.k.a. JAMMEH, Yahya Abdul-Aziz Jemus Junkung), Equatorial Guinea; DOB 25 May 1965; POB Kanilai, The Gambia; nationality The Gambia; Gender Male (individual) [GLOMAG].

JAMMEH, Alhaji Dr. Abdul-Azziz Jemus Junkung (a.k.a. JAMMEH BABILI MANSA, Yahya AJJ; a.k.a. JAMMEH, Yahya; a.k.a. JAMMEH, Yahya Abdul-Aziz Jemus Junkung), Equatorial Guinea; DOB 25 May 1965; POB Kanilai, The Gambia; nationality The Gambia; Gender Male (individual) [GLOMAG].

JAMMEH, Yahya (a.k.a. JAMMEH BABILI MANSA, Yahya AJJ; a.k.a. JAMMEH, Alhaji Dr. Abdul-Azziz Jemus Junkung; a.k.a. JAMMEH, Yahya Abdul-Aziz Jemus Junkung), Equatorial Guinea; DOB 25 May 1965; POB Kanilai, The Gambia; nationality The Gambia; Gender Male (individual) [GLOMAG].

JAMMEH, Yahya Abdul-Aziz Jemus Junkung (a.k.a. JAMMEH BABILI MANSA, Yahya AJJ; a.k.a. JAMMEH, Alhaji Dr. Abdul-Azziz Jemus Junkung; a.k.a. JAMMEH, Yahya), Equatorial Guinea; DOB 25 May 1965; POB Kanilai, The Gambia; nationality The Gambia; Gender Male (individual) [GLOMAG].

JAMMEH, Zeinab Zuma (a.k.a. JAMMEH, Zineb Souma Yahya; a.k.a. JAMMEH, Zineb Yahya), Equatorial Guinea; DOB 05 Oct 1977; POB Rabat, Morocco; nationality Equatorial Guinea; alt. nationality Morocco; Gender Female (individual) [GLOMAG].

JAMMEH, Zineb Souma Yahya (a.k.a. JAMMEH, Zeinab Zuma; a.k.a. JAMMEH, Zineb Yahya), Equatorial Guinea; DOB 05 Oct 1977; POB Rabat, Morocco; nationality Equatorial Guinea; alt. nationality Morocco; Gender Female (individual) [GLOMAG].

JAMMEH, Zineb Yahya (a.k.a. JAMMEH, Zeinab Zuma; a.k.a. JAMMEH, Zineb Souma Yahya), Equatorial Guinea; DOB 05 Oct 1977; POB Rabat, Morocco; nationality Equatorial Guinea; alt. nationality Morocco; Gender Female (individual) [GLOMAG].

JAMMOUL AND AYAD FOR INDUSTRY AND TRADE (a.k.a. BAKERIES AND PASTRIES JAMMOUL SARL; a.k.a. JAMOOL AND AYYAD COMPANY FOR INDUSTRY AND TRADE), Building 1046, Jiyeh, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Apr 2003; Business Registration Number 2000776 (Lebanon) [SDGT] (Linked To: AYAD, Adnan).

JAMOOL AND AYYAD COMPANY FOR INDUSTRY AND TRADE (a.k.a. BAKERIES AND PASTRIES JAMMOUL SARL; a.k.a. JAMMOUL AND AYAD FOR INDUSTRY AND TRADE), Building 1046, Jiyeh, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Apr 2003; Business Registration Number 2000776 (Lebanon) [SDGT] (Linked To: AYAD, Adnan).

JAMOOS, Abdal Nasser Sharif Mohammed Said (Arabic: عبد الناصر شريف محمد سعيد جاموس) (a.k.a. ABU SHARIF, Nasser (Arabic: ابو ناصر شريف); a.k.a. AL-JAMUS, 'Abd-al-Nasr Sharif), Iran; DOB 14 Jan 1966; POB Tulkarm, West Bank; alt. POB Thennaba, West Bank; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000083063 (Palestinian) (individual) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

JAMOUS, Hussam (a.k.a. AL-JAMUS, Umar; a.k.a. DA JAMOUS, Hussam; a.k.a. KHATTAB, Omar), Antakya, Hatay, Turkey; DOB 08 Jan 1983; alt. DOB 01 Aug 1983; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N006951090 (Syria); National ID No. 00413L0105232 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JAM'YAH TA'AWUN AL-ISLAMIA (a.k.a. JAM'IYAT AL TA'AWUN AL ISLAMIYYA; a.k.a. JIT; a.k.a. SOCIETY OF ISLAMIC COOPERATION), Qandahar City, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAN TECHNOLOGY TRADING LIMITED (a.k.a. GUTOWN TRADE LIMITED), Unit 1406B, The Belgian Bank Building, Nos. 721-725 Nathan Road, Kowloon, Hong Kong, China; Organization Established Date 16 Nov 2021; Business Registration Number 73544584 (Hong Kong) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

JAN, Lahor (a.k.a. JAN, Lahore), Shop No. 13, Second Floor, Sarai Shahzada, Kabul, Afghanistan; Pesha-khowr area of Achin District, Nangarhar Province, Afghanistan; DOB 1976; POB Nangarhar, Achin, Pesha, Afghanistan; alt. POB Jalalabad, Afghanistan; nationality Afghanistan; Tax ID No. 104-385-2-019 (Afghanistan); Tazkira National ID Card 932995 (Afghanistan); alt. Tazkira National ID Card 283528 (Afghanistan); alt. Tazkira National ID Card 128086 (Afghanistan) (individual) [SDNTK] (Linked To: LAHORE JAN SHANWARI EXCHANGE).

JAN, Lahore (a.k.a. JAN, Lahor), Shop No. 13, Second Floor, Sarai Shahzada, Kabul, Afghanistan; Pesha-khowr area of Achin District, Nangarhar Province, Afghanistan; DOB 1976; POB Nangarhar, Achin, Pesha, Afghanistan; alt. POB Jalalabad, Afghanistan; nationality Afghanistan; Tax ID No. 104-385-2-019 (Afghanistan); Tazkira National ID Card 932995 (Afghanistan); alt. Tazkira National ID Card 283528 (Afghanistan); alt. Tazkira National ID Card 128086 (Afghanistan) (individual) [SDNTK] (Linked To: LAHORE JAN SHANWARI EXCHANGE).

JAN, Malang (a.k.a. MOHAMMED, Wali; a.k.a. WAZIR, Malang), Wana, South Waziristan, Pakistan; DOB 1975; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

JAN, Saidullah (a.k.a. HAMAS, Saidullah; a.k.a. KHAMAS, Sayedullah; a.k.a. KHAN, Abid; a.k.a. KHAN, Saidullah; a.k.a. "WAZIRI, Saidullah"); DOB 1982; alt. DOB 11 Sep 1985; POB Giyan District, Paktika Province, Afghanistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2170525247081 (Pakistan); Mulawi (individual) [SDGT].

JANAT AL ANHAR GENERAL TRADING LLC (a.k.a. ABU SUMBOL GENERAL TRADING L.L.C (Arabic: ابو سمبل للتجارة العامة ش.ذ.م.م); a.k.a. JANAT ALANHAR GENERAL TRADING L.L.C (Arabic: جنة الانهار للتجارة العامة ذ.م.م); a.k.a. JANAT AL-ANHAR TRADING COMPANY; a.k.a. JANNAH AL ANHAR GENERAL TRADING LLC), PO Box 86973, Dubai, United Arab Emirates; Deira Al Riqqa, Dubai, United Arab Emirates; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 06 Sep 2000; alt. Organization Established Date 23 Dec 2021; Commercial Registry Number 1654359 (United Arab Emirates); License 1016292 (United Arab Emirates); Chamber of Commerce Number 383851 (United Arab Emirates); Business Registration Number 521012 (United Arab Emirates); Economic Register Number (CBLS) 10803911 (United Arab Emirates) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

JANAT ALANHAR GENERAL TRADING L.L.C (Arabic: جنة الانهار للتجارة العامة ذ.م.م) (a.k.a. ABU SUMBOL GENERAL TRADING L.L.C (Arabic: ابو سمبل للتجارة العامة ش.ذ.م.م); a.k.a. JANAT AL ANHAR GENERAL TRADING LLC; a.k.a. JANAT AL-ANHAR TRADING COMPANY; a.k.a. JANNAH AL ANHAR GENERAL TRADING LLC), PO Box 86973, Dubai, United Arab Emirates; Deira Al Riqqa, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 06 Sep 2000; alt. Organization Established Date 23 Dec 2021; Commercial Registry Number 1654359 (United Arab Emirates); License 1016292 (United Arab Emirates); Chamber of Commerce Number 383851 (United Arab Emirates); Business Registration Number 521012 (United Arab Emirates); Economic Register Number (CBLS) 10803911 (United Arab Emirates) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

JANAT AL-ANHAR TRADING COMPANY (a.k.a. ABU SUMBOL GENERAL TRADING L.L.C (Arabic: ابو سمبل للتجارة العامة ش.ذ.م.م); a.k.a. JANAT AL ANHAR GENERAL TRADING LLC; a.k.a. JANAT ALANHAR GENERAL TRADING L.L.C (Arabic: جنة الانهار للتجارة العامة ذ.م.م); a.k.a. JANNAH AL ANHAR GENERAL TRADING LLC), PO Box 86973, Dubai, United Arab Emirates; Deira Al Riqqa, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 06 Sep 2000; alt. Organization Established Date 23 Dec 2021; Commercial Registry Number 1654359 (United Arab Emirates); License 1016292 (United Arab Emirates); Chamber of Commerce Number 383851 (United Arab Emirates); Business Registration Number 521012 (United Arab

Emirates); Economic Register Number (CBLS) 10803911 (United Arab Emirates) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

JANE SHANG CO., LIMITED, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 2674480 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

JANG, Bom Su (a.k.a. JANG, Hyon U; a.k.a. JANG, Pom Su), Syria; DOB 15 Apr 1957; alt. DOB 22 Feb 1958; citizen Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Diplomatic Passport 836110034 expires 01 Jan 2020; Tanchon Commercial Bank Representative in Syria (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

JANG, Chang Ha (a.k.a. CHANG, Chang-ha); DOB 10 Jan 1964; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; President of Second Academy of Natural Sciences (individual) [DPRK2] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

JANG, Hyon U (a.k.a. JANG, Bom Su; a.k.a. JANG, Pom Su), Syria; DOB 15 Apr 1957; alt. DOB 22 Feb 1958; citizen Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Diplomatic Passport 836110034 expires 01 Jan 2020; Tanchon Commercial Bank Representative in Syria (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

JANG, Kuk Chol (a.k.a. CHANG, Kuk Ch'o'l), Vladivostok, Russia; DOB 03 Jul 1987; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 754420443 (Korea, North) (individual) [DPRK4] [CYBER4].

JANG, Kyong Hwa (a.k.a. CHANG, Kyong-hwa); DOB 13 Nov 1951; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Official at Second Academy of Natural Sciences (individual) [DPRK2] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

JANG, Myong Chol (a.k.a. CHANG, Myo' ng-ch'o' l), Shenyang, China; Dandong, China; DOB 09 Sep 1968; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

JANG, Myong-Jin (a.k.a. CHANG, Myong-Chin); DOB 1966; alt. DOB 1965; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

JANG, Pom Su (a.k.a. JANG, Bom Su; a.k.a. JANG, Hyon U), Syria; DOB 15 Apr 1957; alt. DOB 22 Feb 1958; citizen Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Diplomatic Passport 836110034 expires 01 Jan 2020; Tanchon Commercial Bank Representative in Syria (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

JANG, Song Chol; DOB 12 Mar 1967; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; KOMID representative in Russia (individual) [DPRK2].

JANG, Sung Nam, Dalian, China; DOB 14 Jul 1970; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport

563120368 (Korea, North) issued 22 Mar 2013 expires 22 Mar 2018; Chief of the Tangun Trading Corporation branch in Dalian, China (individual) [NPWMD] (Linked To: KOREA TANGUN TRADING CORPORATION).

JANG, Yong Son; DOB 20 Feb 1957; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; KOMID Representative in Iran (individual) [DPRK2].

JANGHORBANI, Hamid Reza (Arabic: حميد رضا جانقربانى), Isfahan, Iran; DOB 01 Aug 1973; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5129883047 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PISHGAM ELECTRONIC SAFEH COMPANY).

JANJALANI, Khadafi Abubakar (a.k.a. JANJALANI, Khadafy; a.k.a. JANJALANI, Khaddafy Abubakar; a.k.a. "ABU MUKTAR"); DOB 03 Mar 1975; POB Isabela, Basilan, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

JANJALANI, Khadafy (a.k.a. JANJALANI, Khadafi Abubakar; a.k.a. JANJALANI, Khaddafy Abubakar; a.k.a. "ABU MUKTAR"); DOB 03 Mar 1975; POB Isabela, Basilan, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

JANJALANI, Khaddafy Abubakar (a.k.a. JANJALANI, Khadafi Abubakar; a.k.a. JANJALANI, Khadafy; a.k.a. "ABU MUKTAR"); DOB 03 Mar 1975; POB Isabela, Basilan, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

JANKOVIC, Gojko; DOB 31 Oct 1954; POB Foca, Bosnia-Herzegovina; ICTY indictee at large; sub-commander of the military police in Foca (individual) [BALKANS].

JANNAH AL ANHAR GENERAL TRADING LLC (a.k.a. ABU SUMBOL GENERAL TRADING L.L.C (Arabic: ابو سمبل للتجارة العامة ش.ذ.م.م); a.k.a. JANAT AL ANHAR GENERAL TRADING LLC; a.k.a. JANAT ALANHAR GENERAL TRADING L.L.C (Arabic: جنة الانهار للتجارة العامة ذ.م.م); a.k.a. JANAT AL-ANHAR TRADING

COMPANY), PO Box 86973, Dubai, United Arab Emirates; Deira Al Riqqa, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 06 Sep 2000; alt. Organization Established Date 23 Dec 2021; Commercial Registry Number 1654359 (United Arab Emirates); License 1016292 (United Arab Emirates); Chamber of Commerce Number 383851 (United Arab Emirates); Business Registration Number 521012 (United Arab Emirates); Economic Register Number (CBLS) 10803911 (United Arab Emirates) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

JANNAT OSHIKLARI (a.k.a. KATIBAT AL TAWHID WAL JIHAD; a.k.a. KHATIBA AL-TAWHID WAL-JIHAD; a.k.a. TAWHID AND JIHAD BRIGADE; a.k.a. "KTJ"), Syria; Kyrgyzstan; Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JANNATI, Ahmad, Iran; DOB 22 Feb 1927; POB Ladan, Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

JANPRAPAPORN, Arin (a.k.a. CHANTARAPRAPAPORN, Arin; a.k.a. CHANTHRAPRAPHAPHON, Amarin; a.k.a. CHANTHRAPRAPHAPHON, Arin; a.k.a. CHANTRAPRAPAPORN, Arrin; a.k.a. CHATARAPRAPAPORN, Arin), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o BANGKOK SILK FLOWER COMPANY LTD., Bangkok, Thailand; DOB 05 May 1954; Passport M93116 (Thailand) (individual) [SDNTK].

JAQUEZ ARAUJO, Yadher Rafael (a.k.a. "JAKE MATE"; a.k.a. "JAQUE MATE"), Dominican Republic; DOB 15 Oct 1985; POB Santo Domingo, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 001-1733889-7 (Dominican Republic) (individual) [SDNTK].

JARACO S.A. (a.k.a. SOKTAR; a.k.a. TRADACO S.A.), 45 Route de Frontenex, Geneva CH-1207, Switzerland [IRAQ2].

JARDAN, Neli (a.k.a. PARUTENCO, Neli; a.k.a. PARUTENKO, Nelli Alekseyevna (Cyrillic: ПАРУТЕНКО, Нелли Алексеевна)), Russia; DOB 21 Mar 1962; nationality Russia; alt. nationality Moldova; Gender Female;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 504322957620 (Russia) (individual) [RUSSIA-EO14024].

JAREE-ARPAPORN, Hiran (a.k.a. CHARIAPAPORN, Hiran; a.k.a. CHARI-APAPORN, Hiran; a.k.a. CHARI-APHAPHON, Hiran; a.k.a. JAREE-ARPAPORN, Hirun; a.k.a. WU, Nan Hsiung), c/o A-TEAM CHEMICALS COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; DOB 03 Jan 1950; National ID No. 310062394060 (Thailand) (individual) [SDNTK].

JAREE-ARPAPORN, Hirun (a.k.a. CHARIAPAPORN, Hiran; a.k.a. CHARI-APAPORN, Hiran; a.k.a. CHARI-APHAPHON, Hiran; a.k.a. JAREE-ARPAPORN, Hiran; a.k.a. WU, Nan Hsiung), c/o A-TEAM CHEMICALS COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; DOB 03 Jan 1950; National ID No. 310062394060 (Thailand) (individual) [SDNTK].

JARFAN, Abdul Rab Saleh Ahmed Hussain (a.k.a. GARAFAN, Abdelrab; a.k.a. JARFAN, Abdul Rahab; a.k.a. JARFAN, Abdulrabb Saleh Ahmed; a.k.a. "TAHA, Abu"), Ibb Governorate, Yemen; DOB 04 Feb 1979; Gender Male (individual) [GLOMAG].

JARFAN, Abdul Rahab (a.k.a. GARAFAN, Abdelrab; a.k.a. JARFAN, Abdul Rab Saleh Ahmed Hussain; a.k.a. JARFAN, Abdulrabb Saleh Ahmed; a.k.a. "TAHA, Abu"), Ibb Governorate, Yemen; DOB 04 Feb 1979; Gender Male (individual) [GLOMAG].

JARFAN, Abdulrabb Saleh Ahmed (a.k.a. GARAFAN, Abdelrab; a.k.a. JARFAN, Abdul Rab Saleh Ahmed Hussain; a.k.a. JARFAN, Abdul Rahab; a.k.a. "TAHA, Abu"), Ibb Governorate, Yemen; DOB 04 Feb 1979; Gender Male (individual) [GLOMAG].

JAROSH, Petr Grigorievich (a.k.a. YAROSH, Petro; a.k.a. YAROSH, Pyotr), Crimea, Ukraine; DOB 30 Jan 1971; POB Skvortsovo village, Simferopol region, Crimea, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

JARQUIN JARQUIN, Aldrin Miguel (a.k.a. "CHAPARRITO"), Manzanillo, Colima, Mexico; DOB 18 Nov 1976; POB Nezahualcoyotl, Mexico, Mexico; nationality Mexico; Gender

Male; C.U.R.P. JAJA761118HMCRRL06 (Mexico) (individual) [SDNTK].

JARQUIN JARQUIN, Jose Jesus (a.k.a. "R32"), Manzanillo, Colima, Mexico; DOB 26 Jul 1984; POB Ixtlahuacan de los Membrillos, Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. JAJJ840726HJCRRS04 (Mexico) (individual) [SDNTK].

JARRAI-HAIKA-SEGI (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. EPANASTATIKI PIRINES; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. XAKI; a.k.a. "ETA"; a.k.a. "K.A.S."); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JARRAYA, Khalil (a.k.a. JARRAYA, Khalil Ben Ahmed Ben Mohamed; a.k.a. "ABDEL' AZIZ BEN NARVAN"; a.k.a. "AMR"; a.k.a. "AMRO"; a.k.a. "AMROU"; a.k.a. "BEN NARVAN ABDEL AZIZ"; a.k.a. "KHALIL YARRAYA"; a.k.a. "OMAR"), Via Bellaria n.10, Bologna, Italy; Via Lazio n.3, Bologna, Italy; DOB 08 Feb 1969; alt. DOB 15 Aug 1970; POB Sfax, Tunisia; alt. POB Sreka, ex-Yugoslavia; nationality Tunisia; alt. nationality Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K989895 (Tunisia) issued 26 Jul 1995 expires 25 Jul 2000 (individual) [SDGT].

JARRAYA, Khalil Ben Ahmed Ben Mohamed (a.k.a. JARRAYA, Khalil; a.k.a. "ABDEL' AZIZ BEN NARVAN"; a.k.a. "AMR"; a.k.a. "AMRO"; a.k.a. "AMROU"; a.k.a. "BEN NARVAN ABDEL AZIZ"; a.k.a. "KHALIL YARRAYA"; a.k.a. "OMAR"), Via Bellaria n.10, Bologna, Italy; Via Lazio n.3, Bologna, Italy; DOB 08 Feb 1969; alt. DOB 15 Aug 1970; POB Sfax, Tunisia; alt. POB Sreka, ex-Yugoslavia; nationality Tunisia; alt. nationality Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K989895 (Tunisia) issued 26 Jul 1995 expires 25 Jul 2000 (individual) [SDGT].

JARVIS CONGO SARL, No. 70 Batetela Avenue, Tilapia Building (Orange), 5th floor, Kinshasa, Congo, Democratic Republic of the; No. 790 Panda Avenue, Golf Quarter, Lubumbashi, Congo, Democratic Republic of the [GLOMAG] (Linked To: DEBOUTTE, Pieter Albert; Linked To: FLEURETTE PROPERTIES LIMITED).

JARVIS HK CO., LIMITED (a.k.a. SHENZHEN GUANGSHENDA ADVANCED EQUIPMENT CO., LTD.), No. 38-3, Longhua Yingtai Road, Shenzhen, China; 2F, Building 1, Pingliang Road, Shanghai, China; House 13, Street 28, F6/1, Islamabad, Pakistan; Room 1201, 12/F Tai Sang Bank Building 130-132 Des Vouex Road, Central, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Nov 2010; Business Registration Number 1532250 (Hong Kong) [RUSSIA-EO14024] (Linked To: HU, Xiaoxun).

JASHARI, Abdul (a.k.a. AL-ALBANI, Abu Qatada; a.k.a. AL-ALBANI, Abu-Qatadah; a.k.a. JASHARI, Abdulj; a.k.a. JASHARI, Abdyl; a.k.a. "IRAKI, Commander"), Syria; DOB 25 Sep 1976; POB Skopje, Macedonia; nationality North Macedonia, The Republic of; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

JASHARI, Abdulj (a.k.a. AL-ALBANI, Abu Qatada; a.k.a. AL-ALBANI, Abu-Qatadah; a.k.a. JASHARI, Abdul; a.k.a. JASHARI, Abdyl; a.k.a. "IRAKI, Commander"), Syria; DOB 25 Sep 1976; POB Skopje, Macedonia; nationality North Macedonia, The Republic of; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

JASHARI, Abdyl (a.k.a. AL-ALBANI, Abu Qatada; a.k.a. AL-ALBANI, Abu-Qatadah; a.k.a. JASHARI, Abdul; a.k.a. JASHARI, Abdulj; a.k.a. "IRAKI, Commander"), Syria; DOB 25 Sep 1976; POB Skopje, Macedonia; nationality North Macedonia, The Republic of; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

JASHN SAZ, Seifollah (a.k.a. JASHNSAZ, Seifollah; a.k.a. JASHNSAZ, Seyfollah); DOB 22 Mar 1958; POB Behbahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport R17589399 (Iran); alt. Passport T23700825 (Iran); Chairman & Director, Naftiran Intertrade Co. (NICO) Sarl; Chairman & Director, Naft Iran Intertrade Company Ltd.; Director, Hong Kong Intertrade Company; Chairman of the Board of Directors, Iranian Oil Company (U.K.) Limited;

Chairman & Director, Petro Suisse Intertrade Company (individual) [IRAN].

JASHNSAZ, Seifollah (a.k.a. JASHN SAZ, Seifollah; a.k.a. JASHNSAZ, Seyfollah); DOB 22 Mar 1958; POB Behbahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport R17589399 (Iran); alt. Passport T23700825 (Iran); Chairman & Director, Naftiran Intertrade Co. (NICO) Sarl; Chairman & Director, Naft Iran Intertrade Company Ltd.; Director, Hong Kong Intertrade Company; Chairman of the Board of Directors, Iranian Oil Company (U.K.) Limited; Chairman & Director, Petro Suisse Intertrade Company (individual) [IRAN].

JASHNSAZ, Seyfollah (a.k.a. JASHN SAZ, Seifollah; a.k.a. JASHNSAZ, Seifollah); DOB 22 Mar 1958; POB Behbahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport R17589399 (Iran); alt. Passport T23700825 (Iran); Chairman & Director, Naftiran Intertrade Co. (NICO) Sarl; Chairman & Director, Naft Iran Intertrade Company Ltd.; Director, Hong Kong Intertrade Company; Chairman of the Board of Directors, Iranian Oil Company (U.K.) Limited; Chairman & Director, Petro Suisse Intertrade Company (individual) [IRAN].

JASIM, Latif Nusayyif (a.k.a. JASSEM, Latif Nassif), Baghdad, Iraq; DOB 1941; Former Minister of Labor and Social Affairs (individual) [IRAQ2].

JASMINE CONTRACTING COMPANY (Arabic: شركة الياسمين التعهدات) (a.k.a. AL-YASMEEN CONTRACTING COMPANY; a.k.a. AL-YASMEEN FOR CONTRACTING; a.k.a. AL-YAZMEEN FOR CONTRACTING; a.k.a. YASMIN FOR CONTRACTING), Damascus, Syria; Organization Established Date 14 Dec 2017 [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

JASSEM, Khalil Ibrahim (a.k.a. AL ZAFIRI, Khalil Ibrahim; a.k.a. KHALIL, Ibrahim Mohamed; a.k.a. MOHAMMAD, Khalil Ibrahim), Refugee shelter Alte Ziegelei, Mainz 55128, Germany; DOB 02 Jul 1975; alt. DOB 02 May 1972; alt. DOB 03 Jul 1975; alt. DOB 1972; POB Dayr Az-Zawr, Syria; alt. POB Baghdad, Iraq; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Travel Document Number A0003900 (Germany); Temporary suspension of deportation No. T04338017, expired 08 May 2013, issued by Alien's Office of the city of Mainz (individual) [SDGT].

JASSEM, Latif Nassif (a.k.a. JASIM, Latif Nusayyif), Baghdad, Iraq; DOB 1941; Former Minister of Labor and Social Affairs (individual) [IRAQ2].

JASSO ROCHA, Oscar Arturo (a.k.a. JASSO SERRATOS, Oscar Arturo), Mexico City, Distrito Federal, Mexico; DOB 07 Dec 1964; POB Mexico City, Distrito Federal, Mexico; nationality Mexico; citizen Mexico; Passport 98330071201 (Mexico); Driver's License No. 2308565 (Mexico); C.U.R.P. JASO641207HDFSRS05 (Mexico) (individual) [SDNTK].

JASSO SERRATOS, Oscar Arturo (a.k.a. JASSO ROCHA, Oscar Arturo), Mexico City, Distrito Federal, Mexico; DOB 07 Dec 1964; POB Mexico City, Distrito Federal, Mexico; nationality Mexico; citizen Mexico; Passport 98330071201 (Mexico); Driver's License No. 2308565 (Mexico); C.U.R.P. JASO641207HDFSRS05 (Mexico) (individual) [SDNTK].

JATHRAN, Ibrahim (a.k.a. AL JADHRAN, Ibrahim Saeed Salem Awad Aissa Hamed Dawoud; a.k.a. AL-JADRAN AL-MAGHRIBI, Ibrahim Saad; a.k.a. JADHRAN, Ibrahim; a.k.a. JADHRAN, Ibrahim Saeed Salim), Libya; DOB 29 Oct 1982; alt. DOB 1979 to 1982; POB Ajdabia, Libya; nationality Libya; Gender Male; Passport S/263963 issued 08 Nov 2012; National ID No. 119820043341; Personal ID Card 137803 (individual) [LIBYA3].

JATRONICS SDN BHD, Suite 33-01 33rd Floor, Menara Keck Seng 203 Jalan Bukit Bintang, Kuala Lumpur 50100, Malaysia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 629642D (Malaysia) [RUSSIA-EO14024].

JAUA MILANO, Elias Jose (Latin: JAUA MILANO, Elías José), Miranda, Venezuela; DOB 16 Dec 1969; POB Caucagua, Miranda, Venezuela; citizen Venezuela; Gender Male; Cedula No. 10096662 (Venezuela); Head of Venezuela's Presidential Commission for the Constituent Assembly; Venezuela's Minister of Education; Venezuela's Sectoral Vice President of Social Development and the Revolution of Missions; Former Executive Vice President of Venezuela (individual) [VENEZUELA].

JAVAID, Nasir (a.k.a. JAVED, Haji Nasir; a.k.a. JAVED, Nasar; a.k.a. JAVED, Naser; a.k.a. JAVED, Nasir; a.k.a. JAVED, Qari Naser; a.k.a. JAVID, Nasser; a.k.a. "ABU ISHMAEL"), Mansehra District, Northwest Frontier Province, Pakistan; DOB circa 1956; alt. DOB circa 1958; alt. DOB circa 1965; POB Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; From Gujranwala, Punjab province, Pakistan (individual) [SDGT].

JAVANI, Yadollah (Arabic: یدالله جوانی), Iran; DOB 1962; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Deputy Political Commander (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

JAVANMARDI, Shahab (Arabic: شهاب جوانمردی) (a.k.a. JAVANMARDY, Shahab), 94 Motahari Ave, Tehran 1578775511, Iran; DOB 21 Mar 1974; POB Khoramshahr, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1829400819 (Iran) (individual) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

JAVANMARDY, Shahab (a.k.a. JAVANMARDI, Shahab (Arabic: شهاب جوانمردی)), 94 Motahari Ave, Tehran 1578775511, Iran; DOB 21 Mar 1974; POB Khoramshahr, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1829400819 (Iran) (individual) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

JAVAR, Saeed Hamidi (a.k.a. JOVAR, Said Hamidi), Tehran, Iran; DOB 16 Sep 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport F24341979 (Iran) expires 27 May 2017; National ID No. 0063519445 (Iran) (individual) [NPWMD] [IFSR] (Linked To: BEIJING SHINY NIGHTS TECHNOLOGY DEVELOPMENT CO., LTD).

JAVED, Haji Nasir (a.k.a. JAVAID, Nasir; a.k.a. JAVED, Nasar; a.k.a. JAVED, Naser; a.k.a. JAVED, Nasir; a.k.a. JAVED, Qari Naser; a.k.a. JAVID, Nasser; a.k.a. "ABU ISHMAEL"), Mansehra District, Northwest Frontier Province, Pakistan; DOB circa 1956; alt. DOB circa 1958; alt. DOB circa 1965; POB Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; From Gujranwala, Punjab province, Pakistan (individual) [SDGT].

JAVED, Nasar (a.k.a. JAVAID, Nasir; a.k.a. JAVED, Haji Nasir; a.k.a. JAVED, Naser; a.k.a. JAVED, Nasir; a.k.a. JAVED, Qari Naser; a.k.a. JAVID, Nasser; a.k.a. "ABU ISHMAEL"),

Mansehra District, Northwest Frontier Province, Pakistan; DOB circa 1956; alt. DOB circa 1958; alt. DOB circa 1965; POB Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; From Gujranwala, Punjab province, Pakistan (individual) [SDGT].

JAVED, Naser (a.k.a. JAVAID, Nasir; a.k.a. JAVED, Haji Nasir; a.k.a. JAVED, Nasar; a.k.a. JAVED, Nasir; a.k.a. JAVED, Qari Naser; a.k.a. JAVID, Nasser; a.k.a. "ABU ISHMAEL"), Mansehra District, Northwest Frontier Province, Pakistan; DOB circa 1956; alt. DOB circa 1958; alt. DOB circa 1965; POB Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; From Gujranwala, Punjab province, Pakistan (individual) [SDGT].

JAVED, Nasir (a.k.a. JAVAID, Nasir; a.k.a. JAVED, Haji Nasir; a.k.a. JAVED, Nasar; a.k.a. JAVED, Naser; a.k.a. JAVED, Qari Naser; a.k.a. JAVID, Nasser; a.k.a. "ABU ISHMAEL"), Mansehra District, Northwest Frontier Province, Pakistan; DOB circa 1956; alt. DOB circa 1958; alt. DOB circa 1965; POB Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; From Gujranwala, Punjab province, Pakistan (individual) [SDGT].

JAVED, Qari Naser (a.k.a. JAVAID, Nasir; a.k.a. JAVED, Haji Nasir; a.k.a. JAVED, Nasar; a.k.a. JAVED, Naser; a.k.a. JAVED, Nasir; a.k.a. JAVID, Nasser; a.k.a. "ABU ISHMAEL"), Mansehra District, Northwest Frontier Province, Pakistan; DOB circa 1956; alt. DOB circa 1958; alt. DOB circa 1965; POB Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; From Gujranwala, Punjab province, Pakistan (individual) [SDGT].

JAVEDAN MEHR TOOS, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

JAVID, Nasser (a.k.a. JAVAID, Nasir; a.k.a. JAVED, Haji Nasir; a.k.a. JAVED, Nasar; a.k.a. JAVED, Naser; a.k.a. JAVED, Nasir; a.k.a. JAVED, Qari Naser; a.k.a. "ABU ISHMAEL"), Mansehra District, Northwest Frontier Province, Pakistan; DOB circa 1956; alt. DOB circa 1958; alt. DOB circa 1965; POB Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; From Gujranwala, Punjab province, Pakistan (individual) [SDGT].

JAVIDAN, Ali Akbar (Arabic: على اکبر جاویدان),
Iran; DOB 21 Mar 1967; POB Iran; nationality
Iran; Additional Sanctions Information - Subject
to Secondary Sanctions; Gender Male; LEF
Commander for Kermanshah Province
(individual) [GLOMAG].

JAVIYA, Piyush Maganlal, India; DOB 01 Nov
1977; POB India; nationality India; Gender
Male; Executive Order 13846 information:
BLOCKING PROPERTY AND INTERESTS IN
PROPERTY.  Sec. 5(a)(iv); Identification
Number 09513982 (India) (individual) [IRAN-
EO13846].

JAWAD, Abou Hassan (a.k.a. CHEADE, Ali;
a.k.a. CHEHADE, Abou Hassan Ali; a.k.a.
CHEHADE, Ali Ahmad; a.k.a. JAWAD, Abu
Hassan; a.k.a. SHIHADI, Ali), Abidjan, Cote d
Ivoire; DOB 05 Jan 1961; POB Ansarie,
Lebanon; citizen Lebanon; Additional Sanctions
Information - Subject to Secondary Sanctions
Pursuant to the Hizballah Financial Sanctions
Regulations; Secondary sanctions risk: section
1(b) of Executive Order 13224, as amended by
Executive Order 13886; Passport RL0516070
(Lebanon) (individual) [SDGT].

JAWAD, Abu Hassan (a.k.a. CHEADE, Ali; a.k.a.
CHEHADE, Abou Hassan Ali; a.k.a. CHEHADE,
Ali Ahmad; a.k.a. JAWAD, Abou Hassan; a.k.a.
SHIHADI, Ali), Abidjan, Cote d Ivoire; DOB 05
Jan 1961; POB Ansarie, Lebanon; citizen
Lebanon; Additional Sanctions Information -
Subject to Secondary Sanctions Pursuant to the
Hizballah Financial Sanctions Regulations;
Secondary sanctions risk: section 1(b) of
Executive Order 13224, as amended by
Executive Order 13886; Passport RL0516070
(Lebanon) (individual) [SDGT].

JAWHIRAH COMPANY ISTANBUL (a.k.a.
JAWHIRAH EXCHANGE; f.k.a. OZAR
HEDIYELIK ESYA SANAYI VE TICARET
LIMITED SIRKETI; a.k.a. PIRLANT ISTANBUL
KUYUMCULUK TICARET LIMITED SIRKETI),
Mollafenari Mah. Gazi Sinanpasa Sok. Has
Ishani No. 14 K. 1 D. 22, Fatih, Istanbul, Turkey;
Website http://www.elitdiamond.net; Secondary
sanctions risk: section 1(b) of Executive Order
13224, as amended by Executive Order 13886;
Organization Established Date 01 Dec 2005;
Chamber of Commerce Number 571571
(Turkey); Central Registration System Number
0663-0297-8590-0016 (Turkey) [SDGT] (Linked
To: AL-JAMAL, Sa'id Ahmad Muhammad).

JAWHIRAH EXCHANGE (a.k.a. JAWHIRAH
COMPANY ISTANBUL; f.k.a. OZAR
HEDIYELIK ESYA SANAYI VE TICARET
LIMITED SIRKETI; a.k.a. PIRLANT ISTANBUL
KUYUMCULUK TICARET LIMITED SIRKETI),
Mollafenari Mah. Gazi Sinanpasa Sok. Has
Ishani No. 14 K. 1 D. 22, Fatih, Istanbul, Turkey;
Website http://www.elitdiamond.net; Secondary
sanctions risk: section 1(b) of Executive Order
13224, as amended by Executive Order 13886;
Organization Established Date 01 Dec 2005;
Chamber of Commerce Number 571571
(Turkey); Central Registration System Number
0663-0297-8590-0016 (Turkey) [SDGT] (Linked
To: AL-JAMAL, Sa'id Ahmad Muhammad).

JAYSH AL-ADL (a.k.a. ARMY OF GOD (GOD'S
ARMY); a.k.a. ARMY OF JUSTICE; a.k.a.
BALOCH PEOPLES RESISTANCE
MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-
ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN;
a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL;
a.k.a. JAISH UL-ADL; a.k.a. JEISH AL-ADL;
a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I
MOQAVEMAT-I-MARDOM-I IRAN; a.k.a.
JONDALLAH; a.k.a. JONDOLLAH; a.k.a.
JONDULLAH; a.k.a. JUNDALLAH; a.k.a.
JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a.
PEOPLE'S RESISTANCE MOVEMENT OF
IRAN (PMRI); a.k.a. SOLDIERS OF GOD;
a.k.a. THE POPULAR RESISTANCE
MOVEMENT OF IRAN), Iran; Pakistan;
Afghanistan; Secondary sanctions risk: section
1(b) of Executive Order 13224, as amended by
Executive Order 13886 [FTO] [SDGT].

JAYSH AL-ISLAM (a.k.a. ARMY OF ISLAM;
a.k.a. JAISH AL-ISLAM); Secondary sanctions
risk: section 1(b) of Executive Order 13224, as
amended by Executive Order 13886 [FTO]
[SDGT].

JAYSH AL-MUHAJIRIN AND AL-ANSAR ARMY
(a.k.a. AL-MUAJIRIN BRIGADE; a.k.a. ARMY
OF FOREIGN FIGHTERS AND
SUPPORTERS; a.k.a. ARMY OF THE
EMIGRANTS AND HELPERS; a.k.a. BRIGADE
OF THE EMIGRANTS AND HELPERS; a.k.a.
JAISH AL-MUHAJIREEN WA ANSAR; a.k.a.
JAISH AL-MUHAJIREEN WAL-ANSAR; a.k.a.
JAYSH AL-MUHAJIRIN WAL-ANSAR; a.k.a.
KATEEB AL MUHAJIREEN WAL ANSAR;
a.k.a. KATIBA AL-MUHAJIREEN; a.k.a.
MUHAJIRIN AND ANSAR ARMY), Syria;
Secondary sanctions risk: section 1(b) of
Executive Order 13224, as amended by
Executive Order 13886 [SDGT].

JAYSH AL-MUHAJIRIN WAL-ANSAR (a.k.a. AL-
MUAJIRIN BRIGADE; a.k.a. ARMY OF
FOREIGN FIGHTERS AND SUPPORTERS;
a.k.a. ARMY OF THE EMIGRANTS AND
HELPERS; a.k.a. BRIGADE OF THE
EMIGRANTS AND HELPERS; a.k.a. JAISH AL-
MUHAJIREEN WA ANSAR; a.k.a. JAISH AL-
MUHAJIREEN WAL-ANSAR; a.k.a. JAYSH AL-
MUHAJIRIN AND AL-ANSAR ARMY; a.k.a.
KATEEB AL MUHAJIREEN WAL ANSAR;
a.k.a. KATIBA AL-MUHAJIREEN; a.k.a.
MUHAJIRIN AND ANSAR ARMY), Syria;
Secondary sanctions risk: section 1(b) of
Executive Order 13224, as amended by
Executive Order 13886 [SDGT].

JAYSH AL-SHAAB (a.k.a. AL-SHA'BI
COMMITTEES; a.k.a. JAYSH AL-SHA'BI; a.k.a.
JISH SHAABI; a.k.a. SHA'BI COMMITTEES;
a.k.a. SHA'BI FORCE; a.k.a. SYRIAN
NATIONAL DEFENSE FORCE; a.k.a. SYRIAN
NATIONAL DEFENSE FORCES; a.k.a. "ARMY
OF THE PEOPLE"; a.k.a. "PEOPLE'S ARMY";
a.k.a. "POPULAR COMMITTEES"; a.k.a.
"POPULAR FORCES"; a.k.a. "SHA'BI"; a.k.a.
"THE POPULAR ARMY"), Syria [PAARSSR-
EO13894].

JAYSH AL-SHA'BI (a.k.a. AL-SHA'BI
COMMITTEES; a.k.a. JAYSH AL-SHAAB;
a.k.a. JISH SHAABI; a.k.a. SHA'BI
COMMITTEES; a.k.a. SHA'BI FORCE; a.k.a.
SYRIAN NATIONAL DEFENSE FORCE; a.k.a.
SYRIAN NATIONAL DEFENSE FORCES;
a.k.a. "ARMY OF THE PEOPLE"; a.k.a.
"PEOPLE'S ARMY"; a.k.a. "POPULAR
COMMITTEES"; a.k.a. "POPULAR FORCES";
a.k.a. "SHA'BI"; a.k.a. "THE POPULAR
ARMY"), Syria [PAARSSR-EO13894].

JAYSH KHALED BIN AL WALID (a.k.a. AL
YARMUK BRIGADE; a.k.a. ARMY OF KHALED
BIN ALWALEED; a.k.a. BRIGADE OF THE
YARMOUK MARTYRS; a.k.a. JAISH KHALED
BIN ALWALEED; a.k.a. JAYSH KHALID BIN-
AL-WALID; a.k.a. KATIBAH SHUHADA' AL-
YARMOUK; a.k.a. KHALID BIN AL-WALEED
ARMY; a.k.a. KHALID BIN AL-WALID ARMY;
a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a.
KHALID IBN AL-WALID ARMY; a.k.a. LIWA'
SHUHADA' AL-YARMOUK; a.k.a. MARTYRS
OF YARMOUK; a.k.a. SHOHADAA AL-
YARMOUK BRIGADE; a.k.a. SHUHADA AL
YARMOUK BRIGADE; a.k.a. SHUHDA AL-
YARMOUK; a.k.a. SUHADA'A AL-YARMOUK
BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a.
YARMOUK MARTYRS BRIGADE; a.k.a. "LSY";
a.k.a. "YMB"), Yarmouk Valley, Daraa Province,
Syria; Secondary sanctions risk: section 1(b) of
Executive Order 13224, as amended by
Executive Order 13886 [SDGT].

JAYSH KHALID BIN-AL-WALID (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JAYSH RAJAL AL-TARIQAH AL-NAQSHBANDIA (a.k.a. ARMED MEN OF THE NAQSHABANDI ORDER; a.k.a. ARMY OF THE MEN OF THE NAQSHBANDI ORDER; a.k.a. JAYSH RIJAL AL-TARIQ AL-NAQSHABANDI; a.k.a. MEN OF THE ARMY OF AL-NAQSHBANDIA WAY; a.k.a. NAQSHABANDI ARMY; a.k.a. NAQSHBANDI ARMY; a.k.a. "AMNO"; a.k.a. "JRN"; a.k.a. "JRTN"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website:  www.alnakshabandia-army.org; www.alnakshabndia-army.com [FTO] [SDGT] [IRAQ3].

JAYSH RIJAL AL-TARIQ AL-NAQSHABANDI (a.k.a. ARMED MEN OF THE NAQSHABANDI ORDER; a.k.a. ARMY OF THE MEN OF THE NAQSHBANDI ORDER; a.k.a. JAYSH RAJAL AL-TARIQAH AL-NAQSHBANDIA; a.k.a. MEN OF THE ARMY OF AL-NAQSHBANDIA WAY; a.k.a. NAQSHABANDI ARMY; a.k.a. NAQSHBANDI ARMY; a.k.a. "AMNO"; a.k.a. "JRN"; a.k.a. "JRTN"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website:  www.alnakshabandia-army.org; www.alnakshabndia-army.com [FTO] [SDGT] [IRAQ3].

JAZEERA PROPERTIES PVT LTD, Finuvaijeheyge, Samandhu Goalhi, Henveiru, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 19 Nov 2018;

Registration Number C-0976/2018 (Maldives) [SDGT] (Linked To: SHIYAM, Ali).

JAZEERAT ALMALDIFI (a.k.a. JAZEERATH AL MALDIFI; a.k.a. JAZEERATHALMALDIFI), Dhuveli, 1st Floor, Rahdhebai Magu, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Feb 2019; Organization Type: Real estate activities on a fee or contract basis; Registration Number P-0025/2019 (Maldives) [SDGT] (Linked To: AHMED, Ameen).

JAZEERATH AL MALDIFI (a.k.a. JAZEERAT ALMALDIFI; a.k.a. JAZEERATHALMALDIFI), Dhuveli, 1st Floor, Rahdhebai Magu, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Feb 2019; Organization Type: Real estate activities on a fee or contract basis; Registration Number P-0025/2019 (Maldives) [SDGT] (Linked To: AHMED, Ameen).

JAZEERATHALMALDIFI (a.k.a. JAZEERAT ALMALDIFI; a.k.a. JAZEERATH AL MALDIFI), Dhuveli, 1st Floor, Rahdhebai Magu, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Feb 2019; Organization Type: Real estate activities on a fee or contract basis; Registration Number P-0025/2019 (Maldives) [SDGT] (Linked To: AHMED, Ameen).

JAZIRA DAS INTERNATIONAL REFINDED OIL PRODUCTS TRADING L.L.C (Arabic: جزيرة داس انترناشيونال لتجارة مشتقات تكرير النفط ش.ذ.م.م) (a.k.a. JAZIRADAS INTL COMPANY), Office 1803, Nassima Business Tower, Sheikh Zayed Road, Dubai, United Arab Emirates; Hong Kong, China; License 729177 (United Arab Emirates); Economic Register Number (CBLS) 10921430 (United Arab Emirates) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

JAZIRADAS INTL COMPANY (a.k.a. JAZIRA DAS INTERNATIONAL REFINDED OIL PRODUCTS TRADING L.L.C (Arabic: جزيرة داس انترناشيونال لتجارة مشتقات تكرير النفط ش.ذ.م.م)), Office 1803, Nassima Business Tower, Sheikh Zayed Road, Dubai, United Arab Emirates; Hong Kong, China; License 729177 (United Arab Emirates); Economic Register Number (CBLS) 10921430 (United Arab

Emirates) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

JC AVANGARD (a.k.a. AVANGARD PLASTIK; a.k.a. JOINT STOCK COMPANY AVANGARD; a.k.a. JSC AVANGARD (Cyrillic: АО АВАНГАРД)), 78 Oktyabrskaya St., Safonovo, Smolensk Region 215500, Russia; Website www.avangard-plastik.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Nov 2008; Tax ID No. 6726504312 (Russia) [RUSSIA-EO14024].

JC CAR AUDIO, 05 Calle, Zona 1, Tecun Uman, San Marcos, Guatemala; NIT # 844191-K (Guatemala) [SDNTK].

JEBAA 2480 SAL (a.k.a. GEBAA 2480 SAL), Adnan Al Hakim Street, Al Wazeer Building, First Floor, Building No. 3672, Msaytbeh, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1013406 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

JEBELLI, Payman (a.k.a. JEBELLI, Peyman (Arabic: پیمان جبلی); a.k.a. JEBLI, Peyman), Tehran, Iran; DOB 25 Jan 1967; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10010071 (Iran) expires 25 Jun 2027; Director, Islamic Republic of Iran Broadcasting (individual) [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

JEBELLI, Peyman (Arabic: پیمان جبلی) (a.k.a. JEBELLI, Payman; a.k.a. JEBLI, Peyman), Tehran, Iran; DOB 25 Jan 1967; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10010071 (Iran) expires 25 Jun 2027; Director, Islamic Republic of Iran Broadcasting (individual) [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

JEBLI, Peyman (a.k.a. JEBELLI, Payman; a.k.a. JEBELLI, Peyman (Arabic: پیمان جبلی)), Tehran, Iran; DOB 25 Jan 1967; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10010071 (Iran) expires 25 Jun 2027; Director, Islamic Republic of Iran Broadcasting (individual) [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

JEDEED, Milad (a.k.a. JADEED, Milad; a.k.a. JADID, Milad; a.k.a. JEDID, Milad (Arabic: ميلاد

جديد)), Syria; DOB May 1963; POB Qardaha, Latakia, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

JEDI, Muhamad Wanndy bin Muhamad (a.k.a. JEDI, Muhamad Wanndy Mohamad; a.k.a. JEDI, Muhamad Wanndy Muhamad; a.k.a. JEDI, Muhammad Wanndy Bin Mohamed; a.k.a. WANNDY, Muhamad; a.k.a. "AL-FATEH, Abu Hamzah"; a.k.a. "AL-MALIZI, Abu Sayyaf"), Syria; DOB 16 Nov 1990; alt. DOB 1989 to 1991; POB Durian Tunggal, Malacca, Malaysia; nationality Malaysia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A33373751 (Malaysia); National ID No. 90116-04-5293 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JEDI, Muhamad Wanndy Mohamad (a.k.a. JEDI, Muhamad Wanndy bin Muhamad; a.k.a. JEDI, Muhamad Wanndy Muhamad; a.k.a. JEDI, Muhammad Wanndy Bin Mohamed; a.k.a. WANNDY, Muhamad; a.k.a. "AL-FATEH, Abu Hamzah"; a.k.a. "AL-MALIZI, Abu Sayyaf"), Syria; DOB 16 Nov 1990; alt. DOB 1989 to 1991; POB Durian Tunggal, Malacca, Malaysia; nationality Malaysia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A33373751 (Malaysia); National ID No. 90116-04-5293 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JEDI, Muhamad Wanndy Muhamad (a.k.a. JEDI, Muhamad Wanndy bin Muhamad; a.k.a. JEDI, Muhamad Wanndy Mohamad; a.k.a. JEDI, Muhammad Wanndy Bin Mohamed; a.k.a. WANNDY, Muhamad; a.k.a. "AL-FATEH, Abu Hamzah"; a.k.a. "AL-MALIZI, Abu Sayyaf"), Syria; DOB 16 Nov 1990; alt. DOB 1989 to 1991; POB Durian Tunggal, Malacca, Malaysia; nationality Malaysia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A33373751 (Malaysia); National ID No. 90116-04-5293 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JEDI, Muhammad Wanndy Bin Mohamed (a.k.a. JEDI, Muhamad Wanndy bin Muhamad; a.k.a. JEDI, Muhamad Wanndy Mohamad; a.k.a. JEDI, Muhamad Wanndy Muhamad; a.k.a. WANNDY, Muhamad; a.k.a. "AL-FATEH, Abu Hamzah"; a.k.a. "AL-MALIZI, Abu Sayyaf"), Syria; DOB 16 Nov 1990; alt. DOB 1989 to

1991; POB Durian Tunggal, Malacca, Malaysia; nationality Malaysia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A33373751 (Malaysia); National ID No. 90116-04-5293 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JEDID, Milad (Arabic: ميلاد جديد) (a.k.a. JADEED, Milad; a.k.a. JADID, Milad; a.k.a. JEDEED, Milad), Syria; DOB May 1963; POB Qardaha, Latakia, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

JEERI, Abdullahi (a.k.a. JERI, Abdullahi), Qunyo Barrow, Middle Juba, Somalia; Ceel Buur, Galguduud, Somalia; DOB 1976; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

JEGA, Abbas (a.k.a. HASSAN, Ali Abbas Othman; a.k.a. JEGA, Ali Abbas Usman), 6B Nouakchott Street, Wuse Zone 1, Abuja, Nigeria; DOB 1965; nationality Nigeria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR].

JEGA, Ali Abbas Usman (a.k.a. HASSAN, Ali Abbas Othman; a.k.a. JEGA, Abbas), 6B Nouakchott Street, Wuse Zone 1, Abuja, Nigeria; DOB 1965; nationality Nigeria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR].

JEISH AL-ADL (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JELASSI, Riadh Ben Belkassem Ben Mohamed; DOB 15 Dec 1970; POB Al-Mohamedia, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L276046 issued 01 Jul 1996 expires 30 Jun 2001 (individual) [SDGT].

JELAVIC, Ante; DOB 21 Oct 1963; POB Potprolog, Croatia (individual) [BALKANS].

JELIL, Youssef Ould Abdel (a.k.a. GHADER, El Hadj Ould Abdel; a.k.a. KHADER, Abdel; a.k.a. SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed; a.k.a. SALEM, Mohamed; a.k.a. SALIM, 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad; a.k.a. SOULEIMANE, Abou; a.k.a. "AL-MAURITANI, Sheikh Yunis"; a.k.a. "AL-MAURITANI, Younis"; a.k.a. "AL-MAURITANI, Yunis"; a.k.a. "CHINGHEITY"; a.k.a. "THE MAURITANIAN, Salih"; a.k.a. "THE MAURITANIAN, Shaykh Yunis"); DOB 1981; POB Saudi Arabia; nationality Mauritania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

JELISIC, Goran; DOB 07 Jun 1968; POB Bijeljina, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

JEMAA ISLAMIYA (a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAAH ISLAMIYYAH; a.k.a. "JI"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; founded by Abdullah Sungkar [FTO] [SDGT].

JEMAA ISLAMIYAH (a.k.a. JEMAA ISLAMIYA; a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAAH ISLAMIYYAH; a.k.a. "JI"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; founded by Abdullah Sungkar [FTO] [SDGT].

JEMA'A ISLAMIYAH (a.k.a. JEMAA ISLAMIYA; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAAH ISLAMIYYAH; a.k.a. "JI"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; founded by Abdullah Sungkar [FTO] [SDGT].

JEMAA ISLAMIYYA (a.k.a. JEMAA ISLAMIYA; a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAAH ISLAMIYYAH; a.k.a. "JI"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; founded by Abdullah Sungkar [FTO] [SDGT].

JEMA'A ISLAMIYYA (a.k.a. JEMAA ISLAMIYA; a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAAH ISLAMIYYAH; a.k.a. "JI"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; founded by Abdullah Sungkar [FTO] [SDGT].

JEMAA ISLAMIYYAH (a.k.a. JEMAA ISLAMIYA; a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAAH ISLAMIYYAH; a.k.a. "JI"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; founded by Abdullah Sungkar [FTO] [SDGT].

JEMA'A ISLAMIYYAH (a.k.a. JEMAA ISLAMIYA; a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH;

a.k.a. JEMAAH ISLAMIYYAH; a.k.a. "JI"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; founded by Abdullah Sungkar [FTO] [SDGT].

JEMAAH ANSHORUT DAULAH (a.k.a. JAMAAH ANSHARUT DAULAH; a.k.a. JAMAAH ANSHARUT DAULAT; a.k.a. "JAD"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JEMAAH ISLAMIAH (a.k.a. JEMAA ISLAMIYA; a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAAH ISLAMIYYAH; a.k.a. "JI"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; founded by Abdullah Sungkar [FTO] [SDGT].

JEMAAH ISLAMIYAH (a.k.a. JEMAA ISLAMIYA; a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAAH ISLAMIYYAH; a.k.a. "JI"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; founded by Abdullah Sungkar [FTO] [SDGT].

JEMA'AH ISLAMIYAH (a.k.a. JEMAA ISLAMIYA; a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAAH ISLAMIYYAH; a.k.a. "JI"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; founded by Abdullah Sungkar [FTO] [SDGT].

JEMAAH ISLAMIYYAH (a.k.a. JEMAA ISLAMIYA; a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH;

a.k.a. "JI"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; founded by Abdullah Sungkar [FTO] [SDGT].

JEMA'AH ISLAMIYYAH (a.k.a. JEMAA ISLAMIYA; a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYYAH; a.k.a. "JI"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; founded by Abdullah Sungkar [FTO] [SDGT].

JEMMAH ANSHARUT TAUHID (a.k.a. JAMAAH ANSHARUT TAUHID; a.k.a. JAMA'AH ANSHARUT TAUHID; a.k.a. JEM'MAH ANSHARUT TAUHID; a.k.a. JEMMAH ANSHORUT TAUHID; a.k.a. LASKAR 99; a.k.a. "JAT"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JEM'MAH ANSHARUT TAUHID (a.k.a. JAMAAH ANSHARUT TAUHID; a.k.a. JAMA'AH ANSHARUT TAUHID; a.k.a. JEMMAH ANSHARUT TAUHID; a.k.a. JEMMAH ANSHORUT TAUHID; a.k.a. LASKAR 99; a.k.a. "JAT"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JEMMAH ANSHORUT TAUHID (a.k.a. JAMAAH ANSHARUT TAUHID; a.k.a. JAMA'AH ANSHARUT TAUHID; a.k.a. JEMMAH ANSHARUT TAUHID; a.k.a. JEM'MAH ANSHARUT TAUHID; a.k.a. LASKAR 99; a.k.a. "JAT"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JENDOUBI, Faouzi Ben Mohamed Ben Ahmed (a.k.a. "SAID"; a.k.a. "SAMIR"), Via Agucchi n.250, Bologna, Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 30 Jan 1966; POB Beja, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K459698 issued 06 Mar 1999 expires 05 Mar 2004 (individual) [SDGT].

JENNIFER NAVIGATION LIMITED (a.k.a. JENNIFER NAVIGATION LTD.), 80 Broad

Street, Monrovia, Liberia; Identification Number IMO 4098018 [VENEZUELA-EO13850].

JENNIFER NAVIGATION LTD. (a.k.a. JENNIFER NAVIGATION LIMITED), 80 Broad Street, Monrovia, Liberia; Identification Number IMO 4098018 [VENEZUELA-EO13850].

JEP PETROCHEMICAL TRADING L.L.C (Arabic: جی إي بی لتجارة البتروكيماويات ش.ذ.م.م), Deira Al Murar, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Jun 2022; Business Registration Number 1078042 (United Arab Emirates); Economic Register Number (CBLS) 11899644 (United Arab Emirates) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

JEREZ GALEANO, Jaime, c/o INVERSIONES LOS TUNJOS LTDA., Bogota, Colombia; c/o JAIME JEREZ V. Y CIA. S.C.S. JERGAL S.C.S., Bogota, Colombia; Carrera 7 No. 145-38 Manzana 2 Int. 2 apto. 101, Bogota, Colombia; Calle 125 No. 21A-71 of. 302, Bogota, Colombia; Calle 125 No. 21A-71 of. 402, Bogota, Colombia; DOB 08 Apr 1969; POB Bogota, Colombia; Cedula No. 79484852 (Colombia) (individual) [SDNTK].

JEREZ PINEDA, Oscar Alberto, c/o HERJEZ LTDA., Bogota, Colombia; DOB 07 Aug 1968; POB Bogota, Colombia; Cedula No. 79133740 (Colombia) (individual) [SDNTK].

JERI, Abdullahi (a.k.a. JEERI, Abdullahi), Qunyo Barrow, Middle Juba, Somalia; Ceel Buur, Galguduud, Somalia; DOB 1976; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

JERUSALEM FORCE (a.k.a. AL QODS; a.k.a. IRGC-QF; a.k.a. IRGC-QUDS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS-QODS FORCE; a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN); a.k.a. QODS (JERUSALEM) FORCE OF THE IRGC; a.k.a. QODS FORCE; a.k.a. QUDS FORCE; a.k.a. SEPAH-E QODS; a.k.a. SEPAH-E QODS (JERUSALEM FORCE)), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] [ELECTION-EO13848].

JERUSALEM INTERNATIONAL ESTABLISHMENT (a.k.a. AL QUDS INSTITUTE; a.k.a. AL QUDS INTERNATIONAL INSTITUTION; a.k.a. AL-QUDS FOUNDATION; a.k.a. AL-QUDS INTERNATIONAL FOUNDATION; a.k.a. INTERNATIONAL AL QUDS INSTITUTE; a.k.a. INTERNATIONAL JERUSALEM FOUNDATION; a.k.a. JERUSALEM INTERNATIONAL FOUNDATION; a.k.a. MU'ASSASAT AL-QUDS; a.k.a. THE INTERNATIONAL AL QUDS FOUNDATION; a.k.a. "IJF"), Hamra Street, Saroulla Building, 11th Floor; P.O. Box Beirut-Hamra 113/5647, Beirut, Lebanon; Website www.alquds-online.org; Email Address institution@alquds-online.org; alt. Email Address alquds_institution@yahoo.com; alt. Email Address info@alquds-city.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JERUSALEM INTERNATIONAL FOUNDATION (a.k.a. AL QUDS INSTITUTE; a.k.a. AL QUDS INTERNATIONAL INSTITUTION; a.k.a. AL-QUDS FOUNDATION; a.k.a. AL-QUDS INTERNATIONAL FOUNDATION; a.k.a. INTERNATIONAL AL QUDS INSTITUTE; a.k.a. INTERNATIONAL JERUSALEM FOUNDATION; a.k.a. JERUSALEM INTERNATIONAL ESTABLISHMENT; a.k.a. MU'ASSASAT AL-QUDS; a.k.a. THE INTERNATIONAL AL QUDS FOUNDATION; a.k.a. "IJF"), Hamra Street, Saroulla Building, 11th Floor; P.O. Box Beirut-Hamra 113/5647, Beirut, Lebanon; Website www.alquds-online.org; Email Address institution@alquds-online.org; alt. Email Address alquds_institution@yahoo.com; alt. Email Address info@alquds-city.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JESTAR SANAT DELIJAN (a.k.a. GESTAR SANAT DELIJAN COMPANY; a.k.a. JESTAR SANAT DELIJAN COMPANY), No. 9 Shenasa Street, Vali-Asr Street, Tehran, Iran; Shenasa St., Valiasr St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2005; National ID No. 10861613201 (Iran); Registration Number 1041 (Iran) [NPWMD] [IFSR] (Linked To: HOSSEINI, Mohammad Ali).

JESTAR SANAT DELIJAN COMPANY (a.k.a. GESTAR SANAT DELIJAN COMPANY; a.k.a. JESTAR SANAT DELIJAN), No. 9 Shenasa

Street, Vali-Asr Street, Tehran, Iran; Shenasa St., Valiasr St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2005; National ID No. 10861613201 (Iran); Registration Number 1041 (Iran) [NPWMD] [IFSR] (Linked To: HOSSEINI, Mohammad Ali).

JETCOM 3D (a.k.a. LIMITED LIABILITY COMPANY OFFICE TECHNOLOGY JETCOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОФИСНАЯ ТЕХНИКА ДЖЕТКОМ)), 13 Startovaya Street, Building 1, Moscow 129336, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716589527 (Russia); Registration Number 1077761762165 (Russia) [RUSSIA-EO14024].

JETEE CO LTD (a.k.a. JETEE CO., LIMITED), Room 104, Unit 1, Building 1, 153, Gangpu Lu, Zhongshan Qu, Dalian, Liaoning, China; Rm A516 5/F Efficiency HSE, San Po Kong, Hong Kong, China; Organization Established Date 05 May 2022; Identification Number IMO 6318210; Business Registration Number 74014358 (Hong Kong) [IRAN-EO13902].

JETEE CO., LIMITED (a.k.a. JETEE CO LTD), Room 104, Unit 1, Building 1, 153, Gangpu Lu, Zhongshan Qu, Dalian, Liaoning, China; Rm A516 5/F Efficiency HSE, San Po Kong, Hong Kong, China; Organization Established Date 05 May 2022; Identification Number IMO 6318210; Business Registration Number 74014358 (Hong Kong) [IRAN-EO13902].

JETLINK TEXTILES TRADING, No. 1004 Dummy Deyar Developer Bldg., P.O. Box 203253, Dubai, United Arab Emirates; P.O. Box 41792, Office No. 1004 Deyaar Developer Building, Business Bay, Dubai, United Arab Emirates; P.O. Box 282158, Dubai, United Arab Emirates; P.O. Box 46584, Sheikh Zayed Road, Dubai, United Arab Emirates; Commercial Registry Number 1144902; License 717783 [TCO] (Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION).

JEUX ROSETTA INC (a.k.a. ROSETTA GAMING INC), Montreal, Quebec, Canada; Organization Established Date 17 Dec 2014; Company Number 912385-7 (Canada); Business Number 819833187RC0001 (Canada) [TCO] (Linked To: HYSA, Luftar).

JEWISH IDEA YESHIVA (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a.

DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JEWISH LEGION (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF

JEYSH AL-ADL (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JF LAREN (a.k.a. F FAGALAB; a.k.a. FAGALAB; a.k.a. FAVELA PRO, S.A. DE C.V.; a.k.a. JF LHABO; a.k.a. JF PRO), Guamuchil, Sinaloa, Mexico; Cerro Agudo, Sinaloa, Mexico; Website https://fagalab.com.mx; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Apr 2001; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; R.F.C. FPR0104048H9 (Mexico); Folio Mercantil No. 14897 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: FAVELA LOPEZ, Jorge Luis).

JF LHABO (a.k.a. F FAGALAB; a.k.a. FAGALAB; a.k.a. FAVELA PRO, S.A. DE C.V.; a.k.a. JF LAREN; a.k.a. JF PRO), Guamuchil, Sinaloa, Mexico; Cerro Agudo, Sinaloa, Mexico; Website https://fagalab.com.mx; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Apr 2001; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; R.F.C. FPR0104048H9 (Mexico); Folio Mercantil No. 14897 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: FAVELA LOPEZ, Jorge Luis).

JF PRO (a.k.a. F FAGALAB; a.k.a. FAGALAB; a.k.a. FAVELA PRO, S.A. DE C.V.; a.k.a. JF LAREN; a.k.a. JF LHABO), Guamuchil, Sinaloa, Mexico; Cerro Agudo, Sinaloa, Mexico; Website https://fagalab.com.mx; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Apr 2001; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; R.F.C. FPR0104048H9 (Mexico); Folio Mercantil No. 14897 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: FAVELA LOPEZ, Jorge Luis).

JHAN, Said (a.k.a. 'ABD AL-SALAM, Said Jan; a.k.a. 'ABDALLAH, Qazi; a.k.a. 'ABD-AL-SALAM, Sa'id Jan; a.k.a. ABDULLAH, Qazi; a.k.a. CAIRO, Aziz; a.k.a. KHAN, Farhan; a.k.a. SA'ID JAN, Qasi; a.k.a. WALID, Ibrahim; a.k.a. ZAIN KHAN, Dilawar Khan; a.k.a. "NANGIALI"); DOB 05 Feb 1981; alt. DOB 01 Jan 1972; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport OR801168 (Afghanistan) issued 28 Feb 2006 expires 27 Feb 2011; alt. Passport 4117921 (Pakistan) issued 09 Sep 2008 expires 09 Sep 2013; National ID No. 281020505755 (Kuwait); Passport OR801168 and Kuwaiti National ID No. 281020505755 issued under the name Said Jan 'Abd al-Salam; Passport 4117921 issued under the name Dilawar Khan Zain Khan (individual) [SDGT].

JI, Bingxuan (Chinese Simplified: 吉炳轩; Chinese Traditional: 吉炳軒), Beijing, China; DOB Nov 1951; POB Mengjin County, Henan Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

JI, Sang Jun (a.k.a. CHI, Sang-chun), Moscow, Russia; DOB 03 May 1971; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

JI, Songyan, China; DOB 15 Oct 1994; nationality China; National ID No. 310230199410154380 (China) (individual) [SDNTK].

JIAHE HENGDE TECHNOLOGY COMPANY (a.k.a. BEIJING JIAHEHENGDE TECHNOLOGY COMPANY LIMITED; a.k.a. JIAHEHENGDE TECHNOLOGY COMPANY LIMITED), Beijing, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Dec 2005; Unified Social Credit Code (USCC) 9111010878321053X0 (China) [RUSSIA-EO14024] (Linked To: LLC LASER COMPONENTS).

JIAHEHENGDE TECHNOLOGY COMPANY LIMITED (a.k.a. BEIJING JIAHEHENGDE TECHNOLOGY COMPANY LIMITED; a.k.a. JIAHE HENGDE TECHNOLOGY COMPANY), Beijing, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Dec 2005; Unified Social Credit Code (USCC) 9111010878321053X0 (China) [RUSSIA-EO14024] (Linked To: LLC LASER COMPONENTS).

JIAN, WenJi (a.k.a. KANG, Mun-kil), Korea, North; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS 472330208 (Korea, North) expires 04 Jul 2017 (individual) [NPWMD] (Linked To: NAMCHONGANG TRADING CORPORATION).

JIANG PING SHIPPING INCORPORATED, Panama City, Panama; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Dec 2021; Tax ID No. 155717034 (Panama) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

JIANGKANG FOOD LIMITED (f.k.a. CHONGMINGDAO INTERNATIONAL TRADING CO., LIMITED), Room 1-1, 4/F, Golden Dragon Industrial Center Phase 2, 162-170 Dalian Pai Road, Kwai Chung, New Territories, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Jun 2020; Company Number 2953975 (Hong Kong); Business Registration Number 71987776 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

JIANGSU BANGDEYA NEW MATERIAL TECHNOLOGY CO., LTD. (Chinese Simplified: 江苏邦得雅新材料科技有限公司), 8#-2-1211, Jinxiu Jiayuan, Jianguo West Road, Quanshan District, Xuzhou City, Jiangsu Province 221000, China (Chinese Simplified: 锦绣嘉园8#-2-1211, 建国西路, 泉山区, 徐州市, 江苏省 221000, China); Website www.bangdeyapharm.com; Phone Number 86017849577539; Organization Established Date 08 Jan 2021; Unified Social Credit Code (USCC) 91320311MA2507C946 (China) [ILLICIT-DRUGS-EO14059].

JIANGSU CATOFISH GENERAL ELECTRIC CO LTD (Chinese Simplified: 江苏猫换鱼通用电气有限公司) (a.k.a. JIANGSU MAOHUANYU COMMON ELECTRIC CO LTD), Room 109, Floor 1, No. 368, Zhening East Road, Nanjing 210000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91320117MA275YJP2Y (China) [RUSSIA-EO14024].

JIANGSU KUNYEE ENVIRONMENTAL TECHNOLOGIES COMPANY LTD (Chinese Simplified: 江苏坤奕环境工程有限公司) (a.k.a. JIANGSU KUNYI ENVIRONMENT TECHNOLOGY CO LTD), No. 7, Huanchuan Road, Huangtu Industrial Park, Wuxi, Jiangsu 214400, China; Huang Tu Zhen Huan Chuan Lu Zhao, Jiyang 214445, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Nov 2009; Registration Number 320281000260263 (China); Unified Social Credit Code (USCC) 9132028169787839XF (China) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU ROKEM SERVIS).

JIANGSU KUNYI ENVIRONMENT TECHNOLOGY CO LTD (a.k.a. JIANGSU KUNYEE ENVIRONMENTAL TECHNOLOGIES COMPANY LTD (Chinese Simplified: 江苏坤奕环境工程有限公司)), No. 7, Huanchuan Road, Huangtu Industrial Park, Wuxi, Jiangsu 214400, China; Huang Tu Zhen Huan Chuan Lu Zhao, Jiyang 214445, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Nov 2009; Registration Number 320281000260263 (China); Unified Social Credit Code (USCC) 9132028169787839XF (China) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU ROKEM SERVIS).

JIANGSU MAOHUANYU COMMON ELECTRIC CO LTD (a.k.a. JIANGSU CATOFISH GENERAL ELECTRIC CO LTD (Chinese Simplified: 江苏猫换鱼通用电气有限公司)), Room 109, Floor 1, No. 368, Zhening East Road, Nanjing 210000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91320117MA275YJP2Y (China) [RUSSIA-EO14024].

JIANGXI LIANSHENG TECHNOLOGY CO., LTD (Chinese Simplified: 江西连胜科技有限公司), No. 1015, Jinsha Third Rd., Xiaolan Economic Development Area, Nanchang, Jiangxi 330029, China; Website www.jxlszb.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jun 2011; Unified Social Credit Code (USCC) 913601215761389180 (China) [RUSSIA-EO14024].

JIANGXI XINTUO ENTERPRISE CO LTD (Chinese Simplified: 江西新拓实业有限公司) (a.k.a. JIANGXI XINTUO INDUSTRIAL CO LTD; a.k.a. "T MOTOR"), Room 2103, No. 39 Commercial Building, Xindu Town, Ziyang Avenue, High-tech Industrial Development Zone, Nanchang, Jiangxi, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91360106343241017B (China) [RUSSIA-EO14024].

JIANGXI XINTUO INDUSTRIAL CO LTD (a.k.a. JIANGXI XINTUO ENTERPRISE CO LTD (Chinese Simplified: 江西新拓实业有限公司); a.k.a. "T MOTOR"), Room 2103, No. 39 Commercial Building, Xindu Town, Ziyang Avenue, High-tech Industrial Development Zone, Nanchang, Jiangxi, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91360106343241017B (China) [RUSSIA-EO14024].

JIANGYIN FOREVERSUN CHEMICAL LOGISTICS CO., LTD. (Chinese Simplified: 江阴恒阳化工储运有限公司) (a.k.a. CHINA HOLDCO; a.k.a. JIANGYIN HENGYANG CHEMICAL STORAGE AND TRANSPORTATION CO., LTD; a.k.a. JIANGYIN HENGYANG PETROCHEMICAL LOGISTICS CO., LTD.), NO. 1 Hengyang Road, Shizhuang, Huangtu Town, Jiangyin City, Wuxi, Jiangsu 214400, China; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 2002; Unified Social Credit Code (USCC) 91320281743917610K (China) [IRAN-EO13846].

JIANGYIN HENGYANG CHEMICAL STORAGE AND TRANSPORTATION CO., LTD (a.k.a. CHINA HOLDCO; a.k.a. JIANGYIN FOREVERSUN CHEMICAL LOGISTICS CO., LTD. (Chinese Simplified: 江阴恒阳化工储运有限公司); a.k.a. JIANGYIN HENGYANG PETROCHEMICAL LOGISTICS CO., LTD.), NO. 1 Hengyang Road, Shizhuang, Huangtu Town, Jiangyin City, Wuxi, Jiangsu 214400, China; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 2002; Unified Social Credit Code (USCC) 91320281743917610K (China) [IRAN-EO13846].

JIANGYIN HENGYANG PETROCHEMICAL LOGISTICS CO., LTD. (a.k.a. CHINA HOLDCO; a.k.a. JIANGYIN FOREVERSUN CHEMICAL LOGISTICS CO., LTD. (Chinese Simplified: 江阴恒阳化工储运有限公司); a.k.a. JIANGYIN HENGYANG CHEMICAL STORAGE AND TRANSPORTATION CO., LTD), NO. 1 Hengyang Road, Shizhuang, Huangtu Town, Jiangyin City, Wuxi, Jiangsu 214400, China; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 2002; Unified Social Credit Code (USCC) 91320281743917610K (China) [IRAN-EO13846].

JIANGYIN MASCOT SPECIAL STEEL CO., LTD, No. 100 Huayuan Road, Changjing Town, Jiangyin City, Jiangsu Province, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v) [IFCA].

JIAXIANG ENERGY HOLDING PTE. LTD., 24 Raffles Place, #11-01 Clifford Centre, 048621, Singapore; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 201708444M (Singapore) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

JIAXIANG INDUSTRY HONG KONG LIMITED (a.k.a. JIAXIANG INDUSTRY LTD; a.k.a. JIAXIANG INDUSTRY LTD HONG KONG), Unit 1105, Hua Qin International Building, 340 Queen's Road Central, Hong Kong, Hong Kong; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); Commercial Registry Number 2026412 (Hong Kong) [IRAN-EO13846].

JIAXIANG INDUSTRY LTD (a.k.a. JIAXIANG INDUSTRY HONG KONG LIMITED; a.k.a. JIAXIANG INDUSTRY LTD HONG KONG), Unit 1105, Hua Qin International Building, 340 Queen's Road Central, Hong Kong, Hong Kong; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); Commercial Registry Number 2026412 (Hong Kong) [IRAN-EO13846].

JIAXIANG INDUSTRY LTD HONG KONG (a.k.a. JIAXIANG INDUSTRY HONG KONG LIMITED; a.k.a. JIAXIANG INDUSTRY LTD), Unit 1105, Hua Qin International Building, 340 Queen's Road Central, Hong Kong, Hong Kong; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); Commercial Registry Number 2026412 (Hong Kong) [IRAN-EO13846].

JIAXING YONGCHI MECHANICAL AND ELECTRICAL CO LTD, North of Shiwei Road (201, Building 3, Darong Lock Co Ltd), Yuxin Town, Nanhu District, Jiaxing, Zhejiang 314400, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jan 2013; Unified Social Credit Code (USCC) 91330401062011696W (China) [RUSSIA-EO14024].

JIBOURI, Mishan (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

JIBRIL, Ahmad (a.k.a. JABRIL, Ahmad); DOB 1938; POB Ramleh, Israel; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Secretary General of POPULAR FRONT FOR THE LIBERATION OF PALESTINE - GENERAL COMMAND (individual) [SDGT].

JIBRIL, Ali Yagoub (a.k.a. GIBRIL, Ali Yagoub; a.k.a. JIBRIL, Ali Yaqoub), Sudan; DOB 01 Jan 1964; POB Zalingei, Central Darfur, Sudan; nationality Sudan; Gender Male; National ID No. 20510589109 (Sudan) (individual) [SUDAN-EO14098].

JIBRIL, Ali Yaqoub (a.k.a. GIBRIL, Ali Yagoub; a.k.a. JIBRIL, Ali Yagoub), Sudan; DOB 01 Jan 1964; POB Zalingei, Central Darfur, Sudan; nationality Sudan; Gender Male; National ID No. 20510589109 (Sudan) (individual) [SUDAN-EO14098].

JIBRIL, Zaher Ali Mousa (a.k.a. JABARIN, Zahar; a.k.a. JABARIN, Zaher; a.k.a. JABARIN, Zaher Ali Mousa; a.k.a. JABARIN, Zahir; a.k.a. JABBAREEN, Zahir Ali Mousa), Iran; Turkey; DOB 11 Sep 1968; alt. DOB 09 Nov 1968; POB Salfit, West Bank, Palestinian; alt. POB Nablus, West Bank, Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2987250 (Palestinian); alt. Passport 26899900360

(Qatar); Identification Number 904121555 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

JIHAD AL BINAA (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. CONSTRUCTION JIHAD; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHAD-AL-BINAA ASSOCIATION; a.k.a. JIHADU-I-BINAA; a.k.a. STRUGGLE FOR RECONSTRUCTION), Beirut, Lebanon; Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JIHAD AL-BINA (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. CONSTRUCTION JIHAD; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHAD-AL-BINAA ASSOCIATION; a.k.a. JIHADU-I-BINAA; a.k.a. STRUGGLE FOR RECONSTRUCTION), Beirut, Lebanon; Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JIHAD CONSTRUCTION (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. CONSTRUCTION JIHAD; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHAD-AL-BINAA ASSOCIATION; a.k.a. JIHADU-I-BINAA; a.k.a. STRUGGLE FOR RECONSTRUCTION), Beirut, Lebanon; Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JIHAD CONSTRUCTION FOUNDATION (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. CONSTRUCTION JIHAD; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHAD-AL-BINAA ASSOCIATION; a.k.a. JIHADU-I-BINAA; a.k.a. STRUGGLE FOR RECONSTRUCTION), Beirut, Lebanon; Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JIHAD CONSTRUCTION INSTITUTION (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. CONSTRUCTION JIHAD; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD-AL-BINAA ASSOCIATION; a.k.a. JIHADU-I-BINAA; a.k.a. STRUGGLE FOR RECONSTRUCTION), Beirut, Lebanon; Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JIHAD, Abu (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. ALI, Hassan; a.k.a. AL-NUBI, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADHIL, Mustafa Mohamed; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. "ANIS, Abu"; a.k.a. "HUSSEIN"; a.k.a. "KHALID"; a.k.a. "YUSSRR, Abu"); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

JIHAD-AL-BINAA ASSOCIATION (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. CONSTRUCTION JIHAD; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL BINAA; a.k.a.

JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHADU-I-BINAA; a.k.a. STRUGGLE FOR RECONSTRUCTION), Beirut, Lebanon; Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JIHADU-I-BINAA (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. CONSTRUCTION JIHAD; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHAD-AL-BINAA ASSOCIATION; a.k.a. STRUGGLE FOR RECONSTRUCTION), Beirut, Lebanon; Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JIIS, Yasir, Middle Shabelle, Somalia; DOB 1984; alt. DOB 1985; alt. DOB 1986; alt. DOB 1987; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

JILDAN, Wail H.A. (a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALADIN, Wa'il Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JULAIDAN, Wa'el Hamza Abd Al-Fatah; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JULAYDAN, Wa'el Hamza; a.k.a. JULAYDAN, Wa'il Hamza; a.k.a. "ABU AL-HASAN AL MADANI"); DOB 22 Jan 1958; alt. DOB 20 Jan 1958; POB Al-Madinah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A-992535 (Saudi Arabia); alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT].

JILIN PROVINCE SHUNDA TRADING COMPANY LTD, Office 1901, China Trade International Unit 1, Renmin Street No. 146, Nanguan District, Changchun City, China;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Unified Social Credit Code (USCC) 91220000MAE2BG024F (China) [UKRAINE-EO13662] [RUSSIA-EO14024].

JIMENEZ CASTRO, Mario Alberto (a.k.a. "KASTOR"), Mexico; DOB 20 Oct 1988; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Gender Male; Digital Currency Address - ETH 0x9c2bc757b66f24d60f016b6237f8cdd414a879fa; C.U.R.P. JICM881020HSLMSR07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

JIMENEZ GONZALEZ, Abelardo (a.k.a. JIMENEZ GONZALEZ, Roberto Abelardo), Infanta 1506 Santa Rosa Y Estevez, Cerro, Cuba; DOB 22 Feb 1952; nationality Cuba; Gender Male; National ID No. 52022201646 (Cuba) (individual) [GLOMAG].

JIMENEZ GONZALEZ, Roberto Abelardo (a.k.a. JIMENEZ GONZALEZ, Abelardo), Infanta 1506 Santa Rosa Y Estevez, Cerro, Cuba; DOB 22 Feb 1952; nationality Cuba; Gender Male; National ID No. 52022201646 (Cuba) (individual) [GLOMAG].

JIMENEZ HERNANDEZ, Oscar Armando, Calle Ramon Castellanos 1037-A, Col. San Isidro, Guadalajara, Jalisco, Mexico; C Emilio Rabaza 2027, Col. Blanco y Cuellar, Guadalajara, Jalisco 44730, Mexico; DOB 30 Jun 1978; POB Guadalajara, Jalisco, Mexico; citizen Mexico; Gender Male; R.F.C. JIHO780630A70 (Mexico); Credencial electoral JMHROS78063014H200 (Mexico); alt. Credencial electoral JIHO78063014H200 (Mexico); C.U.R.P. JIHO780630HJCMRS07 (Mexico); alt. C.U.R.P. JIHO780730HJCMRS06 (Mexico); I.F.E. 069582506439 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION; Linked To: CORPORATIVO INMOBILIARIO UNIVERSAL, S.A. DE C.V.; Linked To: SERVICIOS EMPRESARIALES FICIE, S.A. DE C.V.).

JIMENEZ PEREZ, Jose Julian Bruno, Calle Rio Bravo, Colonia Revolucion, Tijuana, Baja California, Mexico; Avenida Independencia, Colonia Zona Urbana Rio Tijuana, Tijuana, Baja California, Mexico; c/o INMOBILIARIA LA PROVINCIA S.A. DE C.V., Tijuana, Baja California, Mexico; c/o INMOBILIARIA ESTADO 29 S.A. DE C.V., Tijuana, Baja California, Mexico; DOB 19 Jun 1961; POB Ensenada, Baja California, Mexico; C.U.R.P. #

JIPJ610619HBCMRL07 (Mexico) (individual) [SDNTK].

JIMENEZ TAPIA, Oscar Enrique (a.k.a. "El Tagayas"), Nayarit, Mexico; DOB 13 Dec 1985; POB Jalisco, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. JITO851213HJCMPS07 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

JIN BEI GROUP CO. LTD. (a.k.a. JINBEI CASINO), Cambodia; Tax ID No. K003-901704045 (Cambodia) [TCO] (Linked To: PRINCE GROUP TRANSNATIONAL CRIMINAL ORGANIZATION).

JIN MU MIAN (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

JIN MU MIAN (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd,

Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

JIN XIN NUO TRADING LIMITED (Chinese Traditional: 金信諾貿易有限公司), Office 3A-9, 12F, Kaiser Center No 18 Centre Street Sai Ying Pun, Hong Kong, China; Organization Established Date 08 Nov 2017; C.R. No. 2604785 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

JINAN KEWEI OPTICS CO LTD (Chinese Simplified: 济南科唯光学有限公司), Poly Zhongke Innovation Plaza, 190 meters due west of No. 66 Yantai Road, Huaiyin District, Jinan, Shandong Province 10-1427, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Nov 2022; Unified Social Credit Code (USCC) 91370103MAC1G8797H (China) [RUSSIA-EO14024].

JINBEI CASINO (a.k.a. JIN BEI GROUP CO. LTD.), Cambodia; Tax ID No. K003-901704045 (Cambodia) [TCO] (Linked To: PRINCE GROUP TRANSNATIONAL CRIMINAL ORGANIZATION).

JINDALLAE (a.k.a. CHO'NGSONG UNITED TRADING COMPANY; a.k.a. CHONGSONG YONHAP; a.k.a. CH'O'NGSONG YO'NHAP; a.k.a. CHOSUN CHAWO'N KAEBAL T'UJA HOESA; a.k.a. GREEN PINE ASSOCIATED CORPORATION; a.k.a. KU'MHAERYONG COMPANY LTD; a.k.a. NATURAL RESOURCES DEVELOPMENT AND INVESTMENT CORPORATION; a.k.a. SAENGP'IL COMPANY), c/o Reconnaissance General Bureau Headquarters, Hyongjesan-Guyok, Pyongyang, Korea, North; Nungrado, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

JING HE, Lin (a.k.a. LIN, Jinghe (Chinese Simplified: 林敬鹤); a.k.a. "LAM, Gary"; a.k.a. "NG, Ken"), China; DOB 03 Dec 1982; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 350500198212032535 (China) (individual)

[NPWMD] [IFSR] (Linked To: MATINKIA, Alireza).

JING MU MIANG COMPANY (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

JING MU MIANG COMPANY (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

JING PIN INC. (a.k.a. "JING PIN CENTURY HOTEL"; a.k.a. "JING PIN INC. CHINA KITCHEN"; a.k.a. "JING PIN OCEAN STAR HOTEL"; a.k.a. "OCEAN STAR GIFT SHOP"; a.k.a. "OCEAN STAR RESTAURANT"), P.O. Box 8064 Ngerbeched, Koror, Palau; Tax ID No. 015177 (Palau) [TCO] (Linked To: WANG, Guodan).

JINGHO TECHNOLOGY CO. LIMITED, Hong Kong; Business Registration Number 2088397 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

JINGHON ELECTRONICS LIMITED (a.k.a. SHENZHEN JINGHON ELECTRONICS LIMITED; a.k.a. SHENZHEN JINGHONG ELECTRONIC TECHNOLOGY CO. LTD.; a.k.a. "JH CIRCUITS"), #2F195, Block B, Building Gusuhuating, 38 Gushu First Road, Xixiang Street, Bao'an District, Shenzhen, Guangdong, China; Room 602, Building C, Qianwan High Technology Industrial Park, Bao'an District, Shenzhen, Guangdong, China; Website www.jhcircuits.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 29 Jun 2016; Unified Social Credit Code (USCC) 91440300MA5DFHBE0X (China) [SDGT] (Linked To: ANSARALLAH).

JINHOU INTERNATIONAL HOLDINGS CO., LTD. (Chinese Simplified: 金猴集团国际控股有限公司), No. 106, Heping Road, Weihai, Shandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

JINHU MINSHENG PHARMACEUTICAL MACHINERY CO. LTD (Chinese Simplified: 金湖明生制药机械有限公司) (a.k.a. "MINGSHENG PM"), No. 2 Plant, Bldg. 1, Zone A Industrial Concentration Area, Taji Town, Jinhu County, Jiangsu Province 211600, China; 238-1 Shenhua Road, Jinhu County, Huaian City, Jiangsu Province, China; Website www.jhminshengpm.com; Email Address mike@jhminshengpm.com; Phone Number 8651786800153; Organization Established Date 26 Apr 2013; Unified Social Credit Code (USCC) 913208310676114392 (China) [ILLICIT-DRUGS-EO14059].

JINHUA HAIRUN POWER TECHNOLOGY CO LTD, No. 260 Chang'an Road, Jiangbin Industrial Zone, Tongqin Town, Wuyi County, Jinhua, Zhejiang Province 321200, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Feb 2014; Company Number 330723000071657 (China); Unified Social Credit Code (USCC)

913307230927997015 (China) [RUSSIA-EO14024].

JINMINGSHENG TECHNOLOGY HK CO LIMITED, Room 1838, Guoli Building, Zhonhang Rd, Futian District, Shenzhen 518031, China; Room 61868 6/F, Golconda Trade Center, 163 Zhenhau Rd, Futian District, Shenzhen 518031, China; Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Dec 2008; Company Number 1292952 (Hong Kong); Business Registration Number 50093445 (Hong Kong) [RUSSIA-EO14024].

JINMYONG JOINT BANK, Korea, North; Dalian, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

JINPAI TECHNOLOGY HONG KONG CO., LTD. (a.k.a. KING PAI TECHNOLOGY CO., LTD.; a.k.a. KING-PAI TECHNOLOGY HK CO., LIMITED (Chinese Simplified: 金派科技(香港)有限公司)), Rm 13, 4/F Flourish Industrial Building, 33 Sheung Yee Road, Bay Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Aug 2008; Registration Number 1263702 (Hong Kong) [RUSSIA-EO14024].

JINSONG JOINT BANK, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

JINXIANG TRADING COMPANY (a.k.a. CHINA DANDONG KUMSANG TRADE COMPANY, LIMITED; a.k.a. DANDONG JINXIANG TRADE CO., LTD.; a.k.a. DANDONG METAL COMPANY), Room 303, Unit 2, Building Number 3, Number 99 Binjiang Lu (Road), Zhenxing District, Dandong, China; Room 303-01, Number 99-3, Binjiang Zhong Lu (Road), Dandong, China; Number 5, Tenth Street, Zhenxing District, Dandong, Liaoning, China; 245-11, Number 1 Wanlian Road, Shenhe District, Shenyang, China; Room 1101, No B, Jiadi Building, Business and Tourist, China; Room 303, Unit 2, 3 Haolou, Building 99 Binjiang Middle Rd., Zhenxing, Dandong, Liaoning 118000, China; Nationality of

Registration China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

JINYONG IT COOPERATION COMPANY (a.k.a. CHINYONG INFORMATION TECHNOLOGY COOPERATION COMPANY), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Other information technology and computer service activities [DPRK2].

JISH SHAABI (a.k.a. AL-SHA'BI COMMITTEES; a.k.a. JAYSH AL-SHAAB; a.k.a. JAYSH AL-SHA'BI; a.k.a. SHA'BI COMMITTEES; a.k.a. SHA'BI FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCES; a.k.a. "ARMY OF THE PEOPLE"; a.k.a. "PEOPLE'S ARMY"; a.k.a. "POPULAR COMMITTEES"; a.k.a. "POPULAR FORCES"; a.k.a. "SHA'BI"; a.k.a. "THE POPULAR ARMY"), Syria [PAARSSR-EO13894].

JISS, Aadan, Daaru Salaam, Middle Shabelle, Somalia; DOB 1977; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

JIT (a.k.a. JAM'IYAT AL TA'AWUN AL ISLAMIYYA; a.k.a. JAM'YAH TA'AWUN AL-ISLAMIA; a.k.a. SOCIETY OF ISLAMIC COOPERATION), Qandahar City, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JIUYOU NEW MATERIAL TECHNOLOGY SHANGHAI CO LTD (Chinese Simplified: 久囿新材料科技上海有限公司) (a.k.a. SHANGHAI JIUTAI NEW MATERIAL TECHNOLOGY CO LTD (Chinese Simplified: 上海久泰新材料有限公司); a.k.a. SHANGHAI NINESTEX NEW MATERIAL TECHNOLOGY CO LTD), Floor 2, No. 970, Yunhan Road, Nicheng Town, Pudong New District, Shanghai, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 22 May 2018; Unified Social Credit Code (USCC) 91310115MA1HA0PD4P

(China) [NPWMD] [IFSR] (Linked To: QIN, Jinhua).

JJ GONVER S. DE R.L. DE C.V., Tijuana, Baja California, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Nov 2018; Organization Type: Restaurants and mobile food service activities; Folio Mercantil No. N-2018089050 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: GONZALEZ LOMELI, Jesus).

JJGON, S.P.R. DE R.L. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 61698-1 (Mexico) [SDNTK].

JJO GENERAL TRADING GIDA SANAYI VE TICARET ANONIM SIRKETI, 12/340 Yesilkoy Mahallesi, Ataturk Caddesi, Bakirkoy, Istanbul 34149, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Jan 2020; Chamber of Commerce Number 1218127 (Turkey); Registration Number 228367-5 (Turkey) [SDGT] (Linked To: MAHAMUD, Abdi Nasir Ali).

JLALIYAN, Ramin (a.k.a. JALALAYAN, Ramin; a.k.a. JALALIAN, Ramin), Tehran, Iran; Dubai, United Arab Emirates; DOB 09 Jun 1985; POB Tehran, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0079844758 (Iran) (individual) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

JM PHARM (a.k.a. G.M. FARM SARL; a.k.a. GM FARM), Al Ghubayri, Beirut, Lebanon; Website gmfarmco.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Mar 2016; Organization Type: Non-specialized wholesale trade [SDGT] (Linked To: ATWI, Silvana).

JM PROVIDERS OFFICE, S.A. DE C.V., Blvd. Francisco Medina Ascencio S/N Int. 36, Col. Zona Hotelera Norte, Puerto Vallarta, Jalisco C.P. 48333, Mexico; Bahia de Banderas, Nayarit, Mexico; R.F.C. JPO151113I59 (Mexico); Folio Mercantil No. 2107 (Mexico) [ILLICIT-DRUGS-EO14059].

JM TROYA, 3 Ave y 14 Calle N.O., Barrio Las Acacias, Apartado Postal No 1018, San Pedro Sula, Cortes, Honduras; Ave Cricunvalacion, Esquina Opuesta al Teatro Francisco Saybe, San Pedro Sula, Cortes, Honduras [SDNTK].

JO, Chol (a.k.a. CHO, Ch'o'l; a.k.a. CHO, Il Woo; a.k.a. CHO, Il-U), Korea, North; DOB 10 May 1945; POB Musan, North Hamgyo'ng Province, North Korea; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 736410010 (Korea, North); Director of the Fifth Bureau of the Reconnaissance General Bureau (individual) [DPRK2].

JO, Chol Song (a.k.a. CHO, Ch'o'l-so'ng), Dandong, China; DOB 25 Sep 1984; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654320502 expires 16 Sep 2019; Korea Kwangson Banking Corporation Deputy Representative (individual) [NPWMD] (Linked To: KOREA KWANGSON BANKING CORP).

JO, Chun Ryong (a.k.a. CHO, Chun-ryong); DOB 04 Apr 1960; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Chairman of the Second Economic Committee (individual) [DPRK2] (Linked To: SECOND ECONOMIC COMMITTEE).

JO, Kyong Hun (Hangul: 조경훈) (a.k.a. CHO, Kyo'ng-hun), Korea, North; DOB 19 Jun 1990; POB Pyongyang, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 108432959 (Korea, North) issued 19 Oct 2018 expires 19 Oct 2023 (individual) [NPWMD] (Linked To: KOREA SOBAEKSU TRADING CORPORATION).

JO, Kyong-Chol (a.k.a. CHO, Kyo'ng-ch'o'l), Korea, North; DOB 1944 to 1945; POB Korea,

North; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; DPRK Director of Military Security Command (individual) [DPRK2].

JO, Yon Jun (a.k.a. CHO, Yon Chun), Korea, North; DOB 28 Sep 1937; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; First Vice Director of the Organization and Guidance Department (individual) [DPRK2].

JO, Yong Chol (a.k.a. CHO, Yong Chol), Syria; DOB 30 Sep 1973; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; North Korea's Ministry of State Security Official (individual) [DPRK2].

JO, Yong-Won (a.k.a. CHO, Yongwon), Korea, North; DOB 24 Oct 1957; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vice Director of the Organization and Guidance Department (individual) [DPRK2].

JOCWA CO., LIMITED, Flat 1512, 15/F, Lucky Centre, No. 165-171 Wanchai Road, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Feb 2022; Company Number 3129056 (Hong Kong); Registration Number 73805322 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

JOEMARS MACHINERY AND ELECTRIC INDUSTRIAL CO LTD, No. 66, Lane 124, Youyuan Rd, Sec. 1, Taichung City, Taichung Province 432008, Taiwan; No. 900, Lu Yang Jin Mao Road, Zhou Shi Town, Kunshan, Jiangsu, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Jul 1989; Business Registration Number 23397051 (Taiwan)

[NPWMD] [IFSR] (Linked To: CONTROL AFZAR TABRIZ CO LTD).

JOHN, Damion Patrick (a.k.a. RYAN, Damion Patrick; a.k.a. RYAN, Damion Patrick John; a.k.a. "HENRY, John"; a.k.a. "JOHN, Damien"; a.k.a. "JOHN, Damion"; a.k.a. "PATRICK, Damion"; a.k.a. "RYAN, Damien"; a.k.a. "RYAN, John"), British Columbia, Canada; DOB 14 Oct 1980; POB Canada; nationality Canada; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport WQ097521 (Canada); alt. Passport HK184430 (Canada) expires 15 Sep 2026; alt. Passport AK406531 (Canada) expires 11 Jan 2029 (individual) [IRAN-HR] (Linked To: ASAN, Nihat Abdul Kadir).

JOHNSON, Prince (a.k.a. JOHNSON, Prince Y.; a.k.a. JOHNSON, Prince Yormie), Nimba County, Liberia; DOB 06 Jul 1952; POB Gomaplay, Liberia; nationality Liberia; Gender Male (individual) [GLOMAG].

JOHNSON, Prince Y. (a.k.a. JOHNSON, Prince; a.k.a. JOHNSON, Prince Yormie), Nimba County, Liberia; DOB 06 Jul 1952; POB Gomaplay, Liberia; nationality Liberia; Gender Male (individual) [GLOMAG].

JOHNSON, Prince Yormie (a.k.a. JOHNSON, Prince; a.k.a. JOHNSON, Prince Y.), Nimba County, Liberia; DOB 06 Jul 1952; POB Gomaplay, Liberia; nationality Liberia; Gender Male (individual) [GLOMAG].

JOINT  STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE ALMAZ (a.k.a. AO NPP ALMAZ; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE ALMAZ; a.k.a. JSC RPE ALMAZ; a.k.a. SCIENTIFIC MANUFACTURING ENTERPRISE ALMAZ), Panfilova st., 1, Saratov 410033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Dec 2011; Tax ID No. 6453119615 (Russia); Registration Number 1116453009155 (Russia) [RUSSIA-EO14024].

JOINT INSTITUTE FOR HIGH TEMPERATURES OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE JOINT INSTITUTE FOR HIGH TEMPERATURES RAN; a.k.a. "JIHT RAS"; a.k.a. "OIVT RAN"), Ul. Izhorskaya D. 13, Str. 2, Moscow 125412, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713010798 (Russia); Registration Number 1027739271009 (Russia) [RUSSIA-EO14024].

JOINT LIMITED LIABILITY COMPANY BELINTE-ROBA (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛИНТЕ-РОБА) (f.k.a. BELINTE ROBE; f.k.a. BELINTE ROBES; a.k.a. LIMITED LIABILITY COMPANY DUBAI WATER FRONT; a.k.a. LLC DUBAI WATER FRONT; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DUBAI VOTER FRONT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДУБАЙ ВОТЕР ФРОНТ); a.k.a. ООО DUBAI VOTER FRONT (Cyrillic: ООО ДУБАЙ ВОТЕР ФРОНТ); a.k.a. TAA DUBAI VOTER FRONT (Cyrillic: ТАА ДУБАЙ ВОТЭР ФРОНТ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DUBAI VOTER FRONT (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДУБАЙ ВОТЭР ФРОНТ)), ul. Petra Mstislavtsa, d. 9, pom. 10 (kabinet 34), Minsk 220114, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10 (кабинет 34), г. Минск 220114, Belarus); Organization Established Date 30 Mar 2004; Registration Number 190527399 (Belarus) [BELARUS-EO14038].

JOINT LIMITED LIABILITY COMPANY INTERDORS (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРДОРС) (a.k.a. INTER TOBACCO; a.k.a. LIMITED LIABILITY COMPANY INTER TOBACCO; a.k.a. LLC INTER TOBACCO; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU INTER TOBAKKO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕР ТОБАККО); a.k.a. ООО INTER TOBAKKO (Cyrillic: ООО ИНТЕР ТОБАККО); a.k.a. TAA INTER TABAKKA (Cyrillic: ТАА ІНТЭР ТАБАККА); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTER TABAKKA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭР ТАБАККА)), d. 131 (FEZ Minsk), Novodvorskiy village, Novodvorskiy village council, Minsk District, Minsk Oblast 223016, Belarus (Cyrillic: д. 131 (СЭЗ Минск), Новодворский сельсовет, с/с Новодворский, Минский район, Минская область 223016, Belarus); Organization Established Date 10 Oct 2002; Registration Number 808000714 (Belarus) [BELARUS-EO14038].

JOINT PARTNERSHIP OF MOHAMMADREZA KHEDMATI AND ASSOCIATES (a.k.a. KHEDMATI AND COMPANY JOINT

PARTNERSHIP); Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 14006467155 (Iran); Registration ID 503586 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: VALADZAGHARD, Mohammadreza Khedmati; Linked To: KHODA'I, Mohammad Hasan).

JOINT PARTNERSHIP OF REZA SAKAN DASTGIRI AND ASSOCIATES (a.k.a. REZA SAKAN DASTGIRI AND PARTNERS LIABILITY PARTNERSHIP; a.k.a. REZA SAKAN DASTGIRI AND PARTNERS MAKU FREE ZONE TAZAMONI COMPANY; a.k.a. TAZAMONI REZA SAKAN DASTGIRI VA SHORAK; a.k.a. "SAKAN EXCHANGE"), No. 22, First Floor, Islaelzadeh Building, Shahid Javad Ghanbari Street, Bazargan, Maku Free Trade Zone, West Azerbaijan, Iran; Unit 22, Bostan Building, Shahid Javad Ghanbari Street, Bazargan, Maku, West Azerbaijan, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 14003282053 (Iran); Business Registration Number 905 (Iran) [SDGT] [IFSR] (Linked To: DASTGIRI, Reza Sakan).

JOINT PUBLIC STOCK COMPANY NEVSKOE DESIGN BUREAU (a.k.a. JOINT STOCK COMPANY NEVSKOYE PROJECT AND DESIGN BUREAU; a.k.a. JSC NEVSKOE PKB (Cyrillic: АО НЕВСКОЕ ПКБ); a.k.a. JSC NEVSKOYE PROYEKTNO-KONSTRUKTORSKOYE BYURO (Cyrillic: АО НЕВСКОЕ ПРОЕКТНО-КОНСТРУКТОРСКОЕ БЮРО); a.k.a. NEVSKOE DESIGN AND CONSTRUCTION OFFICE; a.k.a. NEVSKOE DESIGN BUREAU; a.k.a. NEVSKOE DESIGN BUREAU JPSC), Galerny Proezd 3, Saint-Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Sep 1995; Tax ID No. 7801074335 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK BANK OF THE GAS INDUSTRY GAZPROMBANK (a.k.a. BANK GPB JSC; a.k.a. GAZPROMBANK JOINT STOCK COMPANY (Cyrillic: ГАЗПРОМБАНК АКЦИОНЕРНОЕ ОБЩЕСТВО); f.k.a. GAZPROMBANK OPEN JOINT STOCK COMPANY), 16 Nametkina Street, Bldg. 1, Moscow 117420, Russia; 6 Enh-Taivan St.,

Ulaanbaatar 14250, Mongolia; 6 Floor, Business Center Q, Block A, Building 15A, Kabanbay Batyra Avenue, Astana 010000, Kazakhstan; 10/48 Malcha Marg, Diplomatic Enclave, Chanakyapuri, Delhi 110021, India; Central International Trade Center, Suite No. 1205, Tower C, No. 6A Jianguomenwai Avenue, Chaoyang, Liaoning 100022, China; SWIFT/BIC GAZPRUMM; Website www.gazprombank.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Jul 1990; alt. Organization Established Date 31 Jul 1990; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7744001497 (Russia); Legal Entity Number 253400WSS48YWMBUA688; Registration Number 1027700167110 (Russia); For more information on directives, please visit the following link: https://ofac.treasury.gov/sanctions-programs-and-country-information/ukraine-russia-related-sanctions#directives [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK BANK TRANSCAPITALBANK (a.k.a. JOINT STOCK COMMERCIAL BANK TRANSCAPITALBANK CLOSED JOINT STOCK COMPANY; f.k.a. OPEN JOINT STOCK BANK TRANSCAPITALBANK; a.k.a. PJSC TRANSKAPITALBANK; a.k.a. PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСКАПИТАЛБАНК); a.k.a. TKB BANK PJSC (Cyrillic: ТКБ БАНК ПАО); a.k.a.

TRANSCAPITALBANK PJSC; a.k.a. TRANSKAPITALBANK; a.k.a. "TKB PJSC"), 27/35, Voroncovskaya Ul., Moscow 109147, Russia; Bldg. 1, 24/2, Pokrovka str., Moscow 105062, Russia; SWIFT/BIC TJSCRUMM; Website www.tkbbank.ru; alt. Website tkbbank.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1992; Target Type Financial Institution; Tax ID No. 7709129705 (Russia); Registration Number 1027739186970 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMMERCIAL BANK - BANK OF MOSCOW OPEN JOINT STOCK COMPANY (f.k.a. AKTSIONERNY KOMMERCHESKI BANK BANK MOSKVY OTKRYTOE AKTSIONERNOE OBSCHCHESTVO; f.k.a. BANK MOSKVY PAO; f.k.a. BANK OF MOSCOW; a.k.a. BM BANK AO; a.k.a. BM BANK JSC; a.k.a. BM BANK PUBLIC JOINT STOCK COMPANY; a.k.a. PAO BM BANK), 8/15 Korp. 3 ul. Rozhdestvenka, Moscow 107996, Russia; Bld 3 8/15, Rozhdestvenka St., Moscow 107996, Russia; SWIFT/BIC MOSWRUMM; BIK (RU) 044525219; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 1027700159497 (Russia); Government Gazette Number 29292940 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

JOINT STOCK COMMERCIAL BANK AK BARS PUBLIC JOINT STOCK COMPANY (a.k.a. AK BARS BANK; a.k.a. AKTSIONERNY KOMMERCHESKI BANK AK BARS PAO), D. 1, ul. Dekabristov, Kazan 420066, Russia; SWIFT/BIC ARRSRU2K; Website www.akbars.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 26 Jul 2002; Target Type

Financial Institution; Tax ID No. 1653001805 (Russia); Identification Number ZDFUFB.00000.LE.643 (Russia); Legal Entity Number 253400XEMNQ5WBPN5635; Registration Number 1021600000124 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMMERCIAL BANK CHELINDBANK, 80, Karla Marksa Ul, Chelyabinsk 454091, Russia; SWIFT/BIC CHLBRU4C; Website www.chelindbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7453002182 (Russia); Registration Number 1027400000110 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMMERCIAL BANK INVESTMENT TRADE BANK (a.k.a. INVESTTRADEBANK JSC (Cyrillic: ИНВЕСТТОРГБАНК АО); a.k.a. JOINT STOCK COMPANY INVESTTRADEBANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ИНВЕСТТОРГБАНК); f.k.a. OJSC INVESTTRADEBANK; f.k.a. PJSC INVESTTRADEBANK; f.k.a. PUBLIC JOINT STOCK COMPANY INVESTTRADEBANK), 45 Dubininskaya Str, Moscow 115054, Russia (Cyrillic: УЛ. ДУБИНИНСКАЯ, Д.45, ГОРОД МОСКВА 115054, Russia); SWIFT/BIC JSCVRUM2; Website itb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1994; Target Type Financial Institution; Tax ID No. 7717002773 (Russia); Registration Number 1027739543182 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK).

JOINT STOCK COMMERCIAL BANK IZHKOMBANK (a.k.a. BANK IZHKOMBANK JSC; a.k.a. JOINT STOCK COMPANY DATABANK), Str Lenina 30, Izhevsk 426076, Russia; SWIFT/BIC IZHBRU31; Website www.izhcombank.ru; alt. Website online.databank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 1835047032 (Russia); Registration Number 1021800000090 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMMERCIAL BANK MOSCOW INDUSTRIAL BANK (a.k.a. JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK; a.k.a. JSC MOSCOW INDUSTRIAL BANK (Cyrillic: АО МОСКОВСКИИ ИНДУСТРИАЛЬНЫИ БАНК); a.k.a. MOSCOW INDUSTRIAL BANK PJSCB; f.k.a. MOSKOVSKI INDUSTRIALNY BANK PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; a.k.a. MOSKOVSKIJ INDUSTRIALNYJ BANK PJSCB; a.k.a. MOSKOVSKY INDUSTRIALNY BANK; f.k.a. PUBLIC JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK), Ordzhonikidze Street 5, Moscow 115419, Russia; SWIFT/BIC MINNRUMM; BIK (RU) 044525600; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Nov 1990; Target Type Financial Institution; Tax ID No. 7725039953 (Russia); Government Gazette Number 09317135 (Russia); Legal Entity Number 2534006SJ05GGKETEY75 (Russia); Registration Number 1027739179160 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMMERCIAL BANK NATIONAL RESERVE BANK JOINT STOCK COMPANY, 60 Letiya Oktyabrya Blvd., 10A, Moscow 117292, Russia; SWIFT/BIC NARNRUMM; Website www.nrb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7703211482 (Russia); Legal Entity Number 253400HTRLA4RF06MG88; Registration Number 1027700458224 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMMERCIAL BANK NOVIKOMBANK (Cyrillic: АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК НОВИКОМБАНК АКЦИОНЕРНОЕ ОБЩЕСТВО) (a.k.a. AKTSIONERNY KOMMERCHESKI BANK NOVIKOMBANK AKTSIONERNOE OBSHCHESTVO; a.k.a. AO AKB NOVIKOMBANK (Cyrillic: АО АКБ НОВИКОМБАНК); a.k.a. JOINT STOCK COMMERCIAL BANK NOVIKOMBANK JOINT STOCK COMPANY; f.k.a. NOVIKOMBANK AO; a.k.a. NOVIKOMBANK JCSB), bld.1,Polyanka Bolshaya str. 50/1, Moscow 119180, Russia (Cyrillic: ул. Полянка Большая, д. 50/1, стр. 1, Москва 119180, Russia); SWIFT/BIC CNOVRUMM; Website http://www.novikom.ru; BIK (RU) 044583162; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1993; Registration ID 1027739075891 (Russia); Tax ID No. 7706196340 (Russia); Government Gazette Number 17541272 (Russia); All offices worldwide. For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JOINT STOCK COMMERCIAL BANK NOVIKOMBANK JOINT STOCK COMPANY (a.k.a. AKTSIONERNY KOMMERCHESKI BANK NOVIKOMBANK AKTSIONERNOE OBSHCHESTVO; a.k.a. AO AKB NOVIKOMBANK (Cyrillic: АО АКБ НОВИКОМБАНК); a.k.a. JOINT STOCK COMMERCIAL BANK NOVIKOMBANK (Cyrillic: АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК НОВИКОМБАНК АКЦИОНЕРНОЕ ОБЩЕСТВО); f.k.a. NOVIKOMBANK AO; a.k.a. NOVIKOMBANK JCSB), bld.1,Polyanka Bolshaya str. 50/1, Moscow 119180, Russia (Cyrillic: ул. Полянка Большая, д. 50/1, стр. 1, Москва 119180, Russia); SWIFT/BIC CNOVRUMM; Website http://www.novikom.ru; BIK (RU) 044583162; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1993; Registration ID 1027739075891 (Russia); Tax ID No. 7706196340 (Russia); Government Gazette Number 17541272 (Russia); All offices worldwide. For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JOINT STOCK COMMERCIAL BANK PRIMORYE (a.k.a. AKB PRIMORYE PAO; f.k.a. JSCB PRIMORYE BANK; a.k.a. PJSCB PRIMORYE), UL. Svetlanskaya D. 47, Vladivostok 690990, Russia; SWIFT/BIC UNEPRU8V; Website https://www.primbank.ru/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 27 Jul 1994; Target Type Financial Institution; Tax ID No. 2536020789 (Russia); Legal Entity Number 25340019U0SFT4YC9G79; Registration Number 1022500000566 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMMERCIAL BANK ROSBANK (f.k.a. AKB ROSBANK OAO; f.k.a. AKB ROSBANK PAO; f.k.a. COMMERCIAL BANK NEZAVISIMOST; a.k.a. PUBLIC JOINT STOCK COMPANY ROSBANK; a.k.a. ROSBANK PJSC), 34 Mashy Poryvaevoy Street, Moscow 107078, Russia; PO Box 208, Moscow 107078, Russia; SWIFT/BIC RSBNRUMM; Website https://www.rosbank.ru/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 02 Mar 1993; Equity Ticker ROSB; ISIN RU000A0HHK26; Target Type Financial Institution; Tax ID No. 7730060164 (Russia); Legal Entity Number HOXMZG026UQNRK6J0C60; Registration Number 1027739460737 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMMERCIAL BANK RUBLEV (a.k.a. AKTSIONERNOE OBSHCHESTVO KOMMERCHESKI BANK RUBLEV; a.k.a. BANK RUBLEV; a.k.a. JSC CB 'RUBLEV'; a.k.a. RUBLEV BANK), Elokhovsky passage, Building 3, p. 2, Metro - Baumanskaya, Moscow 105066, Russia; 12 Sevastopol Street, Simferopol, Crimea, Ukraine; 6 Gogol Street, Sevastopol, Crimea, Ukraine; SWIFT/BIC COUERUMM; BIK (RU) 044525253; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027700159233 (Russia); Tax ID No. 7744001151 (Russia); Government Gazette Number 40100094 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMMERCIAL BANK SAROVBUSINESSBANK (a.k.a. JOINT STOCK COMPANY SAROVBUSINESSBANK; a.k.a. JSC SAROVBUSINESSBANK; f.k.a. PUBLIC JOINT STOCK COMPANY SAROVBUSINESSBANK), ul Silkina 13, Sarov, Nizhegorodskaya Oblast 607189, Russia; SWIFT/BIC SARORU2S; Website http://www.sbbank.ru; BIK (RU) 042202718; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

JOINT STOCK COMMERCIAL BANK SLAVIA JOINT STOCK COMPANY (a.k.a. JOINT STOCK COMMERCIAL BANK SLAVIYA CLOSED JOINT STOCK COMPANY; a.k.a. JSCB SLAVIA), ul. Kedrova 5A, Moscow 117292, Russia; SWIFT/BIC SJSMRUMM;

Website www.slaviabank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7726000596 (Russia); Legal Entity Number 2534004K7RR0YWR1QL22; Registration Number 1027739228758 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMMERCIAL BANK SLAVIYA CLOSED JOINT STOCK COMPANY (a.k.a. JOINT STOCK COMMERCIAL BANK SLAVIA JOINT STOCK COMPANY; a.k.a. JSCB SLAVIA), ul. Kedrova 5A, Moscow 117292, Russia; SWIFT/BIC SJSMRUMM; Website www.slaviabank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7726000596 (Russia); Legal Entity Number 2534004K7RR0YWR1QL22; Registration Number 1027739228758 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMMERCIAL BANK TRANSCAPITALBANK CLOSED JOINT STOCK COMPANY (a.k.a. JOINT STOCK BANK TRANSCAPITALBANK; f.k.a. OPEN JOINT STOCK BANK TRANSCAPITALBANK; a.k.a. PJSC TRANSKAPITALBANK; a.k.a. PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСКАПИТАЛБАНК); a.k.a. TKB BANK PJSC (Cyrillic: ТКБ БАНК ПАО); a.k.a. TRANSCAPITALBANK PJSC; a.k.a. TRANSKAPITALBANK; a.k.a. "TKB PJSC"), 27/35, Voroncovskaya Ul., Moscow 109147, Russia; Bldg. 1, 24/2, Pokrovka str., Moscow 105062, Russia; SWIFT/BIC TJSCRUMM; Website www.tkbbank.ru; alt. Website tkbbank.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1992; Target Type Financial Institution; Tax ID No. 7709129705 (Russia); Registration Number 1027739186970 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMMERCIAL MORTGAGE BANK AKIBANK PUBLIC JOINT STOCK COMPANY (a.k.a. COMMERCIAL JOINT STOCK MORTGAGE BANK AKIBANK), 88a Mira Avenue, Naberezhnye Chelny 423827, Russia; SWIFT/BIC AKOARU22; Website www.akibank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No.

1650002455 (Russia); Legal Entity Number 253400CM1NDPRTJUJQ96 (Russia); Registration Number 1021600000839 (Russia); Global Intermediary Identification Number 2A5KLS.99999.SL.643 [RUSSIA-EO14024].

JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN FEDERATION (f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN SOVIET FEDERATIVE SOCIALIST REPUBLIC; f.k.a. OJSC SBERBANK OF RUSSIA; f.k.a. OPEN JOINT STOCK COMPANY SBERBANK OF RUSSIA; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK ROSSII; a.k.a. PJSC SBERBANK (Cyrillic: ПАО СБЕРБАНК); a.k.a. PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕРБАНК РОССИИ); f.k.a. SBERBANK OF RSFSR; a.k.a. SBERBANK OF RUSSIA; a.k.a. SBERBANK ROSSII; f.k.a. SBERBANK ROSSII OAO; a.k.a. "SBERBANK INDIA"; a.k.a. "SBERBANK MUMBAI"), 19 ul. Vavilova, Moscow 117312, Russia (Cyrillic: ул. Вавилова, д. 19, Москва 117312, Russia); C305/306A Lufthansa Centre 50 Liangmaqiao Rd., Chaoyang District, Beijing 100027, China; upper ground floor and fourth floor, Birla Tower, 25-Barakhamba Road, New Delhi 110001, India; 81-B, 8th Floor, 5th North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra East, Mumbai, Maharashtra 400051, India; SWIFT/BIC SABRRUMM; Website www.sberbank.ru; alt. Website www.sberbank.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are

prohibited.; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7707083893 (Russia); Registration Number 1027700132195 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN SOVIET FEDERATIVE SOCIALIST REPUBLIC (f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN FEDERATION; f.k.a. OJSC SBERBANK OF RUSSIA; f.k.a. OPEN JOINT STOCK COMPANY SBERBANK OF RUSSIA; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK ROSSII; a.k.a. PJSC SBERBANK (Cyrillic: ПАО СБЕРБАНК); a.k.a. PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕРБАНК РОССИИ); f.k.a. SBERBANK OF RSFSR; a.k.a. SBERBANK OF RUSSIA; a.k.a. SBERBANK ROSSII; f.k.a. SBERBANK ROSSII OAO; a.k.a. "SBERBANK INDIA"; a.k.a. "SBERBANK MUMBAI"), 19 ul. Vavilova, Moscow 117312, Russia (Cyrillic: ул. Вавилова, д. 19, Москва 117312, Russia); C305/306A Lufthansa Centre 50 Liangmaqiao Rd., Chaoyang District, Beijing 100027, China; upper ground floor and fourth floor, Birla Tower, 25-Barakhamba Road, New Delhi 110001, India; 81-B, 8th Floor, 5th North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra East, Mumbai, Maharashtra 400051, India; SWIFT/BIC SABRRUMM; Website www.sberbank.ru; alt. Website www.sberbank.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives;

Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7707083893 (Russia); Registration Number 1027700132195 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMPANY 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI DOCKYARD (a.k.a. 10 SHIPYARD; a.k.a. AO 10 SRZ; a.k.a. JOINT STOCK COMPANY 10TH AWARDS OF THE LABOR RED BANNER A SHIP REPAIR FACTORY; a.k.a. JOINT-STOCK COMPANY 10 SRZ; a.k.a. JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY FACTORY; a.k.a. JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY ZAVOD (Cyrillic: АО 10 ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ СУДОРЕМОНТНЫЙ ЗАВОД)), 19, Lunina Str., Korp.1, Bld.2, Polyarny, Murmansk Region 184650, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Jun 2010; Tax ID No. 5116001041 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY 103 ARSENAL (a.k.a. AKTSIONERNOE OBSHCHESTVO 103 ARSENAL; a.k.a. "AO 103 ARSENAL"), D. 35 Mordovskaya ul., Saransk 430004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 1328001381 (Russia); Registration Number 1091328002358 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 103 ARSENAL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 103 АРСЕНАЛ) (a.k.a. 103 BRONETANKOVY REMONTNY ZAVOD PAO; a.k.a. JSC 103 ARMORED REPAIR PLANT; a.k.a. JSC 103 BTRZ (Cyrillic: АО 103 БТРЗ)), ul. Zavodskaya,

d. 1, pgt. Atamanovka, Chitinski raion, Zabaikalski kr. 672530, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Jun 1997; Tax ID No. 7524015624 (Russia); Registration Number 1097524000640 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 10TH AWARDS OF THE LABOR RED BANNER A SHIP REPAIR FACTORY (a.k.a. 10 SHIPYARD; a.k.a. AO 10 SRZ; a.k.a. JOINT STOCK COMPANY 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI DOCKYARD; a.k.a. JOINT-STOCK COMPANY 10 SRZ; a.k.a. JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY FACTORY; a.k.a. JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY ZAVOD (Cyrillic: АО 10 ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ СУДОРЕМОНТНЫЙ ЗАВОД)), 19, Lunina Str., Korp.1, Bld.2, Polyarny, Murmansk Region 184650, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Jun 2010; Tax ID No. 5116001041 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY 116 ARSENAL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 116 АРСЕНАЛ) (a.k.a. 116 ARSENAL PAO), ul. Lesozavodskaya, d. 1A, pgt. Krasnooktyabrski, Medvedevski raion, Mari El resp. 425202, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Dec 2009; Tax ID No. 1207011868 (Russia); Registration Number 1091218000719 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 140 REPAIR PLANT (a.k.a. 140 REMONTNY ZAVOD OAO; a.k.a. 140 REMONTNYI ZAVOD OAO (Cyrillic: OAO 140 РЕМОНТНЫЙ ЗАВОД); a.k.a. 140 REPAIR PLANT JOINT STOCK COMPANY; a.k.a. 140 REPAIR PLANT OPEN JOINT STOCK COMPANY; a.k.a. 140TH REPAIR PLANT JSC; a.k.a. JSC 140 REPAIR PLANT; a.k.a. OJSC 140 REPAIR PLANT), 19, Chalovskaya St., Borisov, Minsk Region 222512, Belarus; 19, L. Chalovskoi Str., Borisov 222512, Belarus; Organization Established Date 23 Dec 2009; Target Type State-Owned Enterprise; Government Gazette Number 14512525 (Belarus); Registration Number 600136102 (Belarus) [BELARUS-EO14038].

JOINT STOCK COMPANY 144 ARMORED REPAIR PLANT (a.k.a. JSC 144 ARMORED VEHICLE REPAIR PLANT), Building 2, Simska St., Yekaterinburg 620024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6674331056 (Russia); Registration Number 1096674009332 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 150 AIRCRAFT REPAIR PLANT (a.k.a. "150 AIRCRAFT REPAIR PLANT"; a.k.a. "AO 150 ARZ"), Ul. Garnizonnaya D. 4, Svetlyi, P. Lyublino-Novoe 238347, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Dec 1996; Tax ID No. 3913501370 (Russia); Registration Number 1093925016767 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JOINT STOCK COMPANY 163 ARMORED REPAIR PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 163 БРОНЕТАНКОВЫЙ РЕМОНТНЫЙ ЗАВОД) (a.k.a. 163 BRONETANKOVY REMONTNY ZAVOD OAO; a.k.a. JOINT STOCK COMPANY 163 BTRZ (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 163 БТРЗ)), pl. Tankistov, 1, Kushchevskaya, Krasnodar Territory 352030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Jan 1996; Tax ID No. 2340020470 (Russia); Registration Number 1092340000356 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 163 BTRZ (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 163 БТРЗ) (a.k.a. 163 BRONETANKOVY REMONTNY ZAVOD OAO; a.k.a. JOINT STOCK COMPANY 163 ARMORED REPAIR PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 163 БРОНЕТАНКОВЫЙ РЕМОНТНЫЙ ЗАВОД)), pl. Tankistov, 1, Kushchevskaya, Krasnodar Territory 352030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Jan 1996; Tax ID No. 2340020470 (Russia); Registration Number 1092340000356 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 171 SEPARATE DESIGN TECHNOLOGICAL BUREAU (a.k.a. AKTSIONERNOE OBSHCHESTVO 171 OTDELNOE KONSTRUKTORSKO TEKHNOLOGICHESKOE BIURO; a.k.a. AO 171 OKTB), D. 100 Admirala Lobova Ul., Murmansk 183017, Russia; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5190904177 (Russia); Registration Number 1095190006328 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 18TH NAVY SPECIAL DESIGN AND ENGINEERING OFFICE (a.k.a. AKTSIONERNOE OBSHCHESTVO 18 SPETSIALIZIROVANNOE KONSTRUKTORSKO TEKHNOLOGICHESKOE BIURO VOENNO MORSKOGO FLOTA; a.k.a. AO 18 SKTB VMF), Liniiya 11-Ya V.O., D. 8, Saint Petersburg 199034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7801497725 (Russia); Registration Number 1097847180650 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 195 REPAIR PLANT OF ROCKET AND ARTILLERY WEAPONS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 195 РЕМОНТНЫЙ РАКЕТНО-АРТИЛЛИЙСКОГО ВООРУЖЕНИЯ) (a.k.a. "195 RZ RAV AO" (Cyrillic: "АО 195 РЗ РАВ")), Raion Rosklyakovo, Murmansk, Murmansk Oblast 184635, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Apr 2009; Tax ID No. 5110002377 (Russia); Registration Number 1095110000292 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 261 REPAIR FACTORY OF FUEL FILLING AND TRANSPORTATION (a.k.a. 261ST REPAIR PLANT; a.k.a. AKTSIONERNOE OBSHCHESTVO 261 REMONTNYI ZAVOD SREDSTV ZAPRAVKI I TRANSPORTIROVANIIA GORIUCHEGO; a.k.a. AO 261 REMONTNYI ZAVOD), Pankovka, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5310015581 (Russia); Registration Number 1095321003260 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 31 STATE DESIGN INSTITUTE FOR SPECIAL CONSTRUCTION (a.k.a. AO 31 GPISS), B-R Smolenskii D. 19, Str. 1, Moscow 119121, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704730704 (Russia); Registration Number 1097746425370 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 356 AIRCRAFT REPAIR PLANT (a.k.a. "356 AIRCRAFT REPAIR PLANT"; a.k.a. "356 ARZ PAO"; a.k.a.

"AO 356 ARZ"), Ter. Engels 1, Engels 413101, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Dec 1997; Tax ID No. 64449042335 (Russia); Registration Number 1076449000870 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JOINT STOCK COMPANY 41 CENTRAL PLANT OF THE RAILWAY TECHNOLOGY (a.k.a. 41ST CENTRAL RAILWAY EQUIPMENT PLANT; a.k.a. AKTSIONERNOE OBSHCHESTVO 41 TSENTRALNYI ZAVOD ZHELEZNODOROZHNOI TEKHNIKI; a.k.a. AO 41 TSENTRALNYI ZAVOD), Proezd Proektiruemyi 4296, Vladenie 3, Lyubertsy 140008, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5027150193 (Russia); Registration Number 1095027006722 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 419 AIRCRAFT REPAIR PLANT (a.k.a. 419 AVIATION REPAIR PLANT; a.k.a. AIRCRAFT REPAIR PLANT NO 419; a.k.a. "419 ARZ"; a.k.a. "ARP 419"), 16 k. 2 Politruk Pasechnik Str., St. Petersburg 198326, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7807343496 (Russia); Registration Number 1097847146748 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 5 ARSENAL (a.k.a. AKTSIONERNOE OBSHCHESTVO 5 ARSENAL; a.k.a. "AO 5 ARSENAL"), D. 45 Ul. B. Khmelnitskogo, Alatyr 429826, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 2122006437 (Russia); Registration Number 1092131000180 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 51 CENTRAL DESIGN TECHNOLOGICAL INSTITUTE SHIP REPAIR (a.k.a. AKTSIONERNOE OBSHCHESTVO 51 TSENTRALNYI KONSTRUKTORSKO TEKHNOLOGICHESKII INSTITUT SUDOREMONTA; a.k.a. AO 51 TSKTIS), Ul. Mikhailovskaya, D.14, Lomonosov 198412, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7819310907 (Russia); Registration Number 1097847176822 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 53 ARSENAL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 53 АРСЕНАЛ) (a.k.a. 53 ARSENAL PAO), 1 Parkovaya St., Yuganets Worker's Settlement, Volodarskiy District, Nizhegorodskaya Region

606077, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Feb 2010; Tax ID No. 5214010100 (Russia); Registration Number 1105249001120 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 6 ARSENAL (a.k.a. AKTSIONERNOE OBSHCHESTVO 6 ARSENAL; a.k.a. "AO 6 ARSENAL"), RP. Burmakino, Yaroslavl Oblast 152290, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7621008421 (Russia); Registration Number 1097627002428 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 60 ARSENAL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 60 АРСЕНАЛ), 21 Gvardeyskaya St., Kaluga, Kaluga Region 248032, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Feb 2010; Tax ID No. 4029042561 (Russia); Registration Number 1104029000294 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 63 ARSENAL (a.k.a. "AO 63 ARSENAL"), Lipetsk, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 4823038078 (Russia); Registration Number 1094823014846 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 711 AIRCRAFT REPAIR PLANT (a.k.a. JSC 711 AIRCRAFT REPAIR PLANT; a.k.a. "711 ARZ AO"), Ul. Chkalova D.18, Borisoglebsk 397171, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Jun 1923; Tax ID No. 3604016369 (Russia); Registration Number 1063604012790 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JOINT STOCK COMPANY 75 ARSENAL (a.k.a. AKTSIONERNOE OBSHCHESTVO 75 ARSENAL), Sh. Moskovskoe, Serpukhov 142204, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5043040350 (Russia); Registration Number 1105043000622 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 78 CENTRAL ENGINEERING BASE (a.k.a. AO 78 TSENTRALNAYA INZHENERNAYA BAZA), D. 2 Ul. Karbysheva, Syzran 446024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-

Owned Enterprise; Tax ID No. 6325051400 (Russia); Registration Number 1096325001321 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 780 NAVIGATION TECHNICAL MEANS REPAIR PLANT (a.k.a. 780 REPAIR PLANT FOR NAVIGATION TECHNICAL EQUIPMENT; a.k.a. AKTSIONERNOE OBSHCHESTVO 780 REMONTNYI ZAVOD TEKHNICHESKIKH SREDSTV KORBLEVOZHDENIIA; a.k.a. AO 780 RZ TSK), d 15 Kostyleva Street, Lomonosov 198412, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7819310946 (Russia); Registration Number 1097847180639 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 81 ARMORED FIGHTING VEHICLES REPAIR PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO 81 BRONETANKOVYI REMONTNYI ZAVOD; a.k.a. JOINT STOCK COMPANY 81 BTRZ; a.k.a. "AO 81 BTRZ"), 7 Pugacheva per., Armavir 352919, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 2302060955 (Russia); Registration Number 1092302000922 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 81 BTRZ (a.k.a. AKTSIONERNOE OBSHCHESTVO 81 BRONETANKOVYI REMONTNYI ZAVOD; a.k.a. JOINT STOCK COMPANY 81 ARMORED FIGHTING VEHICLES REPAIR PLANT; a.k.a. "AO 81 BTRZ"), 7 Pugacheva per., Armavir 352919, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 2302060955 (Russia); Registration Number 1092302000922 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 810 AIRCRAFT REPAIR PLANT (a.k.a. "810 AIRCRAFT REPAIR PLANT"; a.k.a. "AO 810 ARZ"), Ul. Vertoletnaya D.1, Chita 672045, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Aug 1995; Tax ID No. 7536080716 (Russia); Registration Number 1077536006118 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JOINT STOCK COMPANY 99 PLANT OF AVIATION TECHNOLOGICAL EQUIPMENT (a.k.a. AKTSIONERNOE OBSHCHESTVO 99 ZAVOD AVIATSIONNOGO TEKHNOLOGICHESKOGO OBORUDOVANIIA;

a.k.a. "AO 99 ZATO"), 5 Dorozhnaya Street, Shcherbinka 142172, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7751520180 (Russia); Registration Number 1147746385500 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ABR MANAGEMENT (a.k.a. ABR MANAGEMENT AO (Cyrillic: АБР МЕНЕДЖМЕНТ АО); a.k.a. AKTSIONERNOE OBSHCHESTVO ABR MENEDZHMENT; a.k.a. AO ABR MANAGEMENT (Cyrillic: АО АБР МЕНЕДЖМЕНТ); a.k.a. AO ABR MENEDZHMENT; a.k.a. "ABR MANAGEMENT"), ul. Graftio, d. 7 litera A, g. Sankt-Peterburg 197022, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7842467053 (Russia); Registration Number 1117847707383 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: BANK ROSSIYA).

JOINT STOCK COMPANY ACHINSK REFINERY OF EASTERN PETROLEUM COMPANY (a.k.a. ACHINSK OIL REFINERY OF THE EASTERN OIL COMPANY; a.k.a. ACHINSK REFINERY; a.k.a. JSC ACHINSK OIL REFINERY VNK; a.k.a. OAO ACHINSK OIL REFINERY VNK; a.k.a. OJSC ACHINSK REFINERY; a.k.a. "JSC ANPZ VNK"), Achinsk Refinery industrial area, Bolsheuluisky district, Krasnoyarsk territory 662110, Russia; Email Address sekr1@anpz.rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2443000518 (Russia); Registration Number 1022401153532 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

JOINT STOCK COMPANY ADMIRALTY SHIPYARDS (a.k.a. JSC ADMIRALTEYSKIYE VERFI; a.k.a. JSC ADMIRALTY SHIPYARDS (Cyrillic: АО АДМИРАЛТЕЙСКИЕ ВЕРФИ)), Fontanka Emb., 203, St. Petersburg 190121,

Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Nov 2008; Tax ID No. 7839395419 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY AEROCON (a.k.a. AO AEROKON; Ul. Zhukovskogo, D. 1, Zhukovskiy 140180, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5013026848 (Russia); Registration Number 1025001627749 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY AEROELEKTROMASH (a.k.a. AKTSIONERNOE OBSHCHESTVO AEROELEKTROMASH; a.k.a. JSC AEROELEKTROMACH), 12 str. 15, ul. Bolshaia Novodmitrovskaia, Moscow 127015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715218978 (Russia); Registration Number 1027700055877 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY AEROSPACE DEFENSE CONCERN ALMAZ-ANTEY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН ВОЗДУШНО-КОСМИЧЕСКОЙ ОБОРОНЫ АЛМАЗ-АНТЕЙ) (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN VOZDUSHNO-KOSMICHESKOI OBORONY ALMAZ-ANTEI; a.k.a. AO KONTSERN VKO ALMAZ-ANTEI; a.k.a. JOINT STOCK COMPANY AIR AND SPACE DEFENSE CONCERN ALMAZ-ANTEY; a.k.a. JOINT-STOCK COMPANY CONCERN ALMAZ-ANTEY; a.k.a. JSC CONCERN VKO ALMAZ-ANTEY (Cyrillic: АО КОНЦЕРН ВКО АЛМАЗ-АНТЕЙ); f.k.a. OAO CONCERN PVO ALMAZ-ANTEY; f.k.a. OPEN JOINT STOCK COMPANY CONCERN PVO ALMAZ-ANTEY), D. 41, ul. Vereiskaya, Moscow 121471, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Nov 1991; Target Type State-Owned Enterprise; Tax ID No. 7731084175 (Russia); Government Gazette Number 11593871 (Russia); Registration Number 1027739001993 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JOINT STOCK COMPANY AEROSPACE SYSTEMS DESIGN BUREAU (a.k.a. AO OKB AEROKOSMICHESKIE SISTEMY; a.k.a. JOINT STOCK COMPANY DESIGN BUREAU AEROSPACE SYSTEMS; a.k.a. JSC EDB AEROSPACE SYSTEMS; a.k.a. JSC EXPERIMENTAL DESIGN BUREAU AEROSPACE SYSTEMS), Ul. Programmistov D. 4, Dubna 141983, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010041950 (Russia); Registration Number 1105010002240 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY AI-PETRI SANATORIUM (a.k.a. JOINT STOCK COMPANY SANATORIUM AY-PETRI; a.k.a. JSC SANATORIUM AY-PETRI), House 15, Alupkinskoye shosse, Urban Village Koreiz, City of Yalta, Crimea 298671, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103082749 (Russia); Registration Number 1169102093797 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY AIR AND SPACE DEFENSE CONCERN ALMAZ-ANTEY (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN VOZDUSHNO-KOSMICHESKOI OBORONY ALMAZ-ANTEI; a.k.a. AO KONTSERN VKO ALMAZ-ANTEI; a.k.a. JOINT STOCK COMPANY AEROSPACE DEFENSE CONCERN ALMAZ-ANTEY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН ВОЗДУШНО-КОСМИЧЕСКОЙ ОБОРОНЫ АЛМАЗ-АНТЕЙ); a.k.a. JOINT-STOCK COMPANY CONCERN ALMAZ-ANTEY; a.k.a. JSC CONCERN VKO ALMAZ-ANTEY (Cyrillic: АО КОНЦЕРН ВКО АЛМАЗ-АНТЕЙ); f.k.a. OAO CONCERN PVO ALMAZ-ANTEY; f.k.a. OPEN JOINT STOCK COMPANY CONCERN PVO ALMAZ-ANTEY), D. 41, ul. Vereiskaya, Moscow 121471, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Nov 1991; Target Type State-Owned Enterprise; Tax ID No. 7731084175 (Russia); Government Gazette Number 11593871 (Russia); Registration Number 1027739001993 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JOINT STOCK COMPANY AIRCRAFT SERVICE COMPANY (a.k.a. "AO ASK"), Ul. Vereiskaya, D. 39, Moscow 121357, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Jun 2008; Tax ID No. 7731595540 (Russia); Registration Number 1087746709423 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY AKMETRON (a.k.a. AO AKMETRON), Ul. Rabochaya, D. 93, Str. 2, Podyezd 2, 2 Et, Moscow 109544, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7723827170 (Russia); Registration Number 1127746079120 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY AKTIV (a.k.a. AO AKTIV), Nab. Kanala Griboedova D. 6/2, Lit. A, Saint Petersburg 191186, Russia; PR-KT Malyi V.O.D. 43, K. 2, Lit. V, Floor 2, Pomeshch. 31, Saint Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7813067004 (Russia); Registration Number 1027806881585 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ALEKSEEV CENTRAL HIDROFOIL DESIGN BUREAU (a.k.a. AO TSKB PO SPK IM RE ALEKSEEVA; a.k.a. JOINT STOCK COMPANY ALEKSEEV CENTRAL HYDROFOIL DESIGN BUREAU), Ul. Svobody D. 51, Nizhniy Novgorod 603003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5263001420 (Russia); Registration Number 1025204411286 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ALEKSEEV CENTRAL HYDROFOIL DESIGN BUREAU (a.k.a. AO TSKB PO SPK IM RE ALEKSEEVA; a.k.a. JOINT STOCK COMPANY ALEKSEEV CENTRAL HIDROFOIL DESIGN BUREAU), Ul. Svobody D. 51, Nizhniy Novgorod 603003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5263001420 (Russia); Registration Number 1025204411286 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ALEKSINSKII OPYTNYI MEHANICHESKII ZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АЛЕКСИНСКИЙ ОПЫТНЫЙ МЕХАНИЧЕСКИЙ ЗАВОД) (a.k.a. ALEKSINSKY EXPERIMENTAL MECHANICAL PLANT; a.k.a. "AO AOMZ"), ul. Metallistov, D. 10, Aleksin 301365, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7111504768 (Russia); Registration Number 1127154040122 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ALFA-BANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АЛЬФА-БАНК) (a.k.a. ALFA-BANK; a.k.a. AO ALFA-BANK (Cyrillic: АО АЛЬФА-БАНК); a.k.a. JSC ALFA-

BANK; f.k.a. OPEN JOINT STOCK COMPANY ALFA-BANK), Kalanchevskaya Street 27, Moscow 107078, Russia (Cyrillic: Ул. Каланчевская, Д.27, Город москва 107078, Russia); 27, Kalanchyovskaya Ul., Moscow 107078, Russia; SWIFT/BIC ALFARUMM; Website alfabank.ru; alt. Website alfabank.com; BIK (RU) 044525593; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1990; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7728168971 (Russia); Registration Number 1027700067328 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMPANY ALL-RUSSIAN RESEARCH INSTITUTE SIGNAL (a.k.a. AO VNII SIGNAL; a.k.a. OAO VNII SIGNAL; a.k.a. OAO VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT SIGNAL; a.k.a. OJSC ALL-RUSSIAN RESEARCH INSTITUTE SIGNAL; a.k.a. VNII SIGNAL JSC), 57 UL. Krupskoy, Kovrov, Vladimir Oblast 601903, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3305708964 (Russia); Registration Number 1103332000232 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ALL-RUSSIAN SCIENTIFIC RESEARCH DESIGN AND TECHNOLOGICAL INSTITUTE OF RELAY ENGINEERING WITH EXPERIMENTAL PRODUCTION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВСЕРОССИЙСКИЙ НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ПРОЕКТНО-КОНСТРУКТОРСКИЙ И ТЕХНОЛОГИЧЕСКИЙ ИНСТИТУТ РЕЛЕСТРОЕНИЯ С ОПЫТНЫМ ПРОИЗВОДСТВОМ) (a.k.a. "JSC VNIIR" (Cyrillic: "АО ВНИИР"); f.k.a. "OAO VNIIIR"), Prospekt I.Ya.Yakovleva d. 4, Cheboksary 428024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2128001516 (Russia); Government Gazette Number 00216823 (Russia); Registration Number 1022101131580 (Russia) [RUSSIA-EO14024] (Linked To: ASSET ELECTRO LLC).

JOINT STOCK COMPANY ALMAZ-ANTEY AIR DEFENSE CONCERN MAIN SYSTEM DESIGN BUREAU NAMED BY ACADEMICIAN A.A. RASPLETIN (a.k.a. A.A. RASPLETIN MAIN SYSTEM DESIGN BUREAU; a.k.a. ALMAZ-ANTEY GSKB; a.k.a. ALMAZ-ANTEY GSKB IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. ALMAZ-ANTEY MSDB; a.k.a. ALMAZ-ANTEY PVO 'AIR DEFENSE' CONCERN LEAD SYSTEMS DESIGN BUREAU OAO 'OPEN JOINT-STOCK COMPANY' IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. GOLOVNOYE SISTEMNOYE KONSTRUKTORSKOYE BYURO OPEN JOINT-STOCK COMPANY OF ALMAZ-ANTEY PVO CONCERN IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. JSC 'ALMAZ-ANTEY' MSDB; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA; a.k.a. "GSKB"), 16-80, Leningradsky Prospect, Moscow 125190, Russia; Website http://www.raspletin.ru/; Email Address info@raspletin.ru; alt. Email Address almaz_zakupki@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

JOINT STOCK COMPANY ANDREYEV ACOUSTICS INSTITUTE (a.k.a. AKTSIONERNOE OBSHCHESTVO AKUSTICHESKI INSTITUT IMENI AKADEMIKA NN ANDREEVA; a.k.a. "AO AKIN"; a.k.a. "JSC AKIN"), ul. Shvernika d. 4, Moscow 117449, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727804367 (Russia); Registration Number 1137746376074 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ANGSTREM (a.k.a. ANGSTREM JSC), 2str3 Shokina Square, Zelenograd, Moscow 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 23 Jun 1993; Tax ID No. 7735010706 (Russia); Registration Number 1027700140930 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMPANY ANTARES (a.k.a. AKTSIONERNOE OBSHCHESTVO ANTARES), 13 str. 1, pomeshch. 19 per. 4-i Likhachevskii, Moscow 125438, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743831248 (Russia); Registration Number 1117746785936 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ARCTUR (a.k.a. JSC ARKTUR), Ul Chaginskaya D. 4, Str. 13, Pomeshch. 6/2, Moscow 109380, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 24 Aug 2022; Tax ID No. 9725093383 (Russia); Registration Number 1227700519804 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMPANY ARDAL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АРДАЛ), d. 15 k. 2 litera A pom.66-N ofis 625, liniya 26-Ya V.O., St. Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7841098452 (Russia); Identification Number IMO 6371547; Registration Number 1227800048640 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ARGUMENT (a.k.a. ARGUMENT JSC; a.k.a. JSC ARGUMENT), Ul. 2-Ya Entuziastov D. 5, K. 40, Floor 4, Kom. 8A, Office 3, Moscow 111024, Russia; Office 36, ul Novorossiyskaya 163R, Gelendzhik, Krasnodarskiy Kray 353460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Dec 2020; Tax ID No. 7720649916 (Russia); Identification Number IMO 6297782; Registration Number 1207700471110 (Russia) [RUSSIA-EO14024] (Linked To: PUTIN, Vladimir Vladimirovich).

JOINT STOCK COMPANY ARGUS HOLDING (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АРГУС ХОЛДИНГ) (a.k.a. ARGUS-KHOLDING AO), Osnovinskaya St., Building 10, Floor 12, Office 1222, Ekaterinburg 620041, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Jan 2009; Tax ID No. 7718750919 (Russia); Registration Number 1097746027125 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ARGUS SFK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АРГУС СФК) (a.k.a. ARGUS SFK AO; a.k.a. ARGUS SFK OOO), Zavodskaya St., Building 1, Serovskiy District, Vostochny, Sverdlovsk Region 624975, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 May 2005; Tax ID No. 6680008541 (Russia); Registration Number 1186658094083 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ARGUS HOLDING).

JOINT STOCK COMPANY ARZAMAS MACHINE BUILDING PLANT (a.k.a. JOINT STOCK COMPANY ARZAMAS MACHINERY PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO ARZAMASSKIY MASHINOSTROITELNYI ZAVOD; a.k.a. "AO AMZ"), 2 May 9 St., Arzamas 607220, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5243001767 (Russia); Registration Number 1025201335730 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ARZAMAS MACHINERY PLANT (a.k.a. JOINT STOCK COMPANY ARZAMAS MACHINE BUILDING PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO ARZAMASSKIY MASHINOSTROITELNYI ZAVOD; a.k.a. "AO AMZ"), 2 May 9 St., Arzamas 607220, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5243001767 (Russia); Registration Number 1025201335730 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ARZAMASSKY PRIBOROSTROITELNY FACTORY NAMED AFTER P. I. PLANDINA (a.k.a. JOINT STOCK COMPANY ARZAMASSKY PRIBOROSTROITELNY ZAVOD IMENI PLANDINA; a.k.a. JSC ARZAMASSKY PRIBOROSTROITELNY ZAVOD NAMED AFTER PLANDIN), 50 Years of the Komsomola St., 8A, Arzamas, Nizhny Novgorod Region 607220, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Sep 1993; Tax ID No. 5243001742 (Russia); Registration Number 1025201334850 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ARZAMASSKY PRIBOROSTROITELNY ZAVOD IMENI PLANDINA (a.k.a. JOINT STOCK COMPANY ARZAMASSKY PRIBOROSTROITELNY FACTORY NAMED AFTER P. I. PLANDINA; a.k.a. JSC ARZAMASSKY

PRIBOROSTROITELNY ZAVOD NAMED AFTER PLANDIN), 50 Years of the Komsomola St., 8A, Arzamas, Nizhny Novgorod Region 607220, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Sep 1993; Tax ID No. 5243001742 (Russia); Registration Number 1025201334850 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ASCON (a.k.a. AO ASKON), Ul. Odoevskogo D.5, Lit. A, Saint Petersburg 199155, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7809009923 (Russia); Registration Number 1027810229908 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ASTEIS (a.k.a. AKTSIONERNOE OBSHCHESTVO ASTEIS; a.k.a. JSC ASTEYS), 28 Proezd Rezervnyi, Naberezhnye Chelny 423800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1650153253 (Russia); Registration Number 1071650002874 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ASTRONOMICAL SCIENTIFIC CENTER (a.k.a. "ANC"; a.k.a. "AO ANTS"), sh. Entusziastov, d. 56, str. 25, Moscow 111123, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733769696 (Russia); Registration Number 1117746444881 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ASTROPHYSIKA NATIONAL CENTRE OF LASER SYSTEMS AND COMPLEXES (a.k.a. AKTSIONERNOE OBSHCHESTVO NATSIONALNIY TSENTR LAZERNYKH SISTEM I KOMPLEKSOV ASTROFIZIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАЦИОНАЛЬНЫЙ ЦЕНТР ЛАЗЕРНЫХ СИСТЕМ И КОМПЛЕКСОВ АСТРОФИЗИКА); a.k.a. AO NTSLSK ASTROFIZIKA; a.k.a. GP NPO ASTROFIZIKA), Ul. Aleksandra Solzhenitsyna D. 27, Pomeshch. I, Moscow 109004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733826256 (Russia); Registration Number 1127747254744 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY AUTO FINANCE BANK (a.k.a. "CLOSED JOINT STOCK COMPANY BANK SIBIR"; a.k.a. "JOINT STOCK COMPANY RN BANK"), 29 Serebryanicheskaya nab., Moscow 109028, Russia; SWIFT/BIC RNBKRUMM; Website autofinancebank.ru; Secondary sanctions risk:

See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 5503067018 (Russia); Legal Entity Number 25340001RLM1RS3CX190; Registration Number 1025500003737 (Russia); Global Intermediary Identification Number 1MWB9D.99999.SL.643 [RUSSIA-EO14024].

JOINT STOCK COMPANY AVANGARD (a.k.a. AVANGARD PLASTIK; a.k.a. JC AVANGARD; a.k.a. JSC AVANGARD (Cyrillic: АО АВАНГАРД)), 78 Oktyabrskaya St., Safonovo, Smolensk Region 215500, Russia; Website www.avangard-plastik.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Nov 2008; Tax ID No. 6726504312 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY AVIASTAR-SP (a.k.a. AO AVIASTAR-SP; a.k.a. AVIASTAR-SP; a.k.a. AVIASTAR-SP AIRCRAFT MANUFACTURING ENTERPRISE; a.k.a. JSC AVIASTAR-SP (Cyrillic: АО АВИАСТАР-СП)), Antonova Avenue 1, Ulyanovsk 432072, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7328032711 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY AVIATION ELECTRONICS AND COMMUNICATION SYSTEMS (a.k.a. AKTSIONERNOE OBSHCHESTVO AVIATSIONNAIA ELEKTRONIKA I KOMMUNIKATSIONNYE SISTEMY; a.k.a. "AO AVEKS"), 15 Proezd Entuziastov, Suite 8A, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714041380 (Russia); Registration Number 1027700419636 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY AVIATION EQUIPMENT (a.k.a. AKTSIONERNOE OBSHCHESTVO TEKHNODINAMIKA; a.k.a. AO TEKHNODINAMIKA; a.k.a. JOINT STOCK COMPANY TEKHNODINAMIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТЕХНОДИНАМИКА); a.k.a. JSC TEKHNODINAMIKA (Cyrillic: АО ТЕХНОДИНАМИКА); a.k.a. TEKNODINAMIKA JSC), Ul. Bolshaya Tatarskaya D. 35, Str. 5, Moscow 115184, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1037719005873 (Russia); Tax ID No. 7719265496 (Russia);

Government Gazette Number 07543117 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JOINT STOCK COMPANY AVIONICA (a.k.a. JOINT STOCK COMPANY MOSCOW SCIENTIFIC AND PRODUCTION COMPLEX OF AVIONICA O V USPENSKY; a.k.a. JOINT STOCK COMPANY OTKRYTOVO TIPA MOSKOVSKIY NAUCHNO PROIZVODSTVENNYY KOMPLEKS AVIONIKA; a.k.a. MNPK AVIONIKA), 7 Obraztsova Street, Moscow 127055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715003820 (Russia); Registration Number 1027739158402 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY AVRORA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АВРОРА), d. 10, Suite I, Floor 34, Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9704004093 (Russia); Registration Number 1197746628640 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY AVTOAGREGAT (a.k.a. AKTSIONERNOE OBSHCHESTVO AVTOAGREGAT; a.k.a. "LAAZ"), 2A ul. Industrialnaia, Livny 303858, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5702000280 (Russia); Registration Number 1025700514718 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY AVTOVAZ (a.k.a. AO AVTOVAZ; a.k.a. OPEN JOINT STOCK COMPANY AVTOVAZ), Sh. Yuzhnoe D. 36, Tol'yatti 445024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 20 Jul 1966; Tax ID No. 6320002223 (Russia); Government Gazette Number 00232934 (Russia); Registration Number 1026301983113 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMPANY AZOVSKI OPTIKO MECHANICHESKY ZAVOD (a.k.a. AZOV OPTOMECHANICAL PLANT JSC; a.k.a. "AOMZ AO"), Ul. Promyshlennaya D. 5, Azov 346780, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Organization Established Date 04 Mar 1992; Tax ID No. 6140022069 (Russia); Registration Number 1046140009530 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JOINT STOCK COMPANY BALTIC SHIPBUILDING PLANT YANTAR (a.k.a. JOINT-STOCK COMPANY PSZ YANTAR; a.k.a. JOINT-STOCK COMPANY YANTAR SHIPYARD; a.k.a. JSC PRIBALTIYSKY SUDOSTROITELNY FACTORY YANTAR; a.k.a. JSC PRIBALTIYSKY SUDOSTROITELNY ZAVOD YANTAR (Cyrillic: АО ПРИБАЛТИЙСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД ЯНТАРЬ); a.k.a. JSC SHIPYARD YANTAR; a.k.a. YANTAR SHIPYARD), 1 Guskov Square, Kaliningrad, Kaliningrad Region 236005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Sep 1993; Tax ID No. 3900000111 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY BANK ACCEPT, 14 Ul Sovetskaya, Novosibirsk 630099, Russia; SWIFT/BIC AJSCRU55; Website www.akcept.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 5405114781 (Russia); Legal Entity Number 253400VYARQB5WNTUU06; Registration Number 1025400000427 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY BANK DOM RF, St. Vozdvizhenka 10, Moscow 125009, Russia; SWIFT/BIC BDRFRUMM; Website www.domrfbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Tax ID No. 7725038124 (Russia); Legal Entity Number 253400QBQPWTFL8FAS39; Registration Number 1037739527077 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMPANY BANK FINSERVICE, 2nd Floor, Office 1 Room No. 1, 23A, Tarasa Sherchenko Quay, Moscow 121151, Russia; SWIFT/BIC KOMXRUMM; Website www.finsb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7750004270 (Russia); Legal Entity Number

253400BT1SKX0A889G06 (Russia); Registration Number 1087711000013 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY BANK UNITED CAPITAL, Bldg. 2, Letter A, Gzhatskaya, 21, Saint Petersburg 195220, Russia; SWIFT/BIC UNCLRU2P; Website www.okbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7831001013 (Russia); Legal Entity Number 25340011K39ECHPV7N75; Registration Number 1027800003505 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY BARNAUL CARTRIDGE PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO BARNAULSKII PATRONNYI ZAVOD; a.k.a. "AO BPZ"), 28 P.S. Kulagina St, Barnaul 656002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2224080239 (Russia); Registration Number 1032202168305 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY BATTERY COMPANY RIGEL (Cyrillic: АО АККУМУЛЯТОРНАЯ КОМПАНИЯ РИГЕЛЬ) (a.k.a. BATTERY COMPANY RIGEL JSC; a.k.a. JSC AKKUMULYATORNAYA COMPANY RIGEL; a.k.a. JSC AKKUMULYATORNAYA KOMPANIYA RIGEL), Professora Popova st., 38, Saint Petersburg 197376, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813054118 (Russia); Registration Number 1027806869991 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY BELARUSREZINOTEKHNIKA (a.k.a. BELARUSREZINOTECHNIKA OJSC; a.k.a. "AO BRT"), 102 Minskaya Str., Bobruisk 213829, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Government Gazette Number 1494387000 (Belarus); Registration Number 70069297 (Belarus) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY 81 ARMORED FIGHTING VEHICLES REPAIR PLANT).

JOINT STOCK COMPANY BEMZ (a.k.a. BERDSKII ELECTROMEHANICHESKII ZAVOD AO; a.k.a. JOINT STOCK COMPANY BERDSK ELECTROMECHANICAL PLANT), Building 7, 7 Zelenaya Roshta Ulitsa, Berdsk 633009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5445007458 (Russia); Registration Number 1025404721583 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY BERDSK ELECTROMECHANICAL PLANT (a.k.a. BERDSKII ELECTROMEHANICHESKII ZAVOD AO; a.k.a. JOINT STOCK COMPANY BEMZ), Building 7, 7 Zelenaya Roshta Ulitsa, Berdsk 633009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5445007458 (Russia); Registration Number 1025404721583 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY BERG AB (a.k.a. AO BERG AB), Ul. Rechnikov D. 7, Str. 14, Moscow 115407, Russia; Ul. Sadovniki D. 2, Floor/Pomeshch 12/1, Moscow 115487, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725237190 (Russia); Registration Number 1037725041683 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY BIZNES PROYEKT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО БИЗНЕС ПРОЕКТ) (a.k.a. "JOINT STOCK COMPANY BUSINESS PROJECT"), 6 Gasheka Street, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9723144642 (Russia); Registration Number 1227700155275 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY BLACK SEA BANK OF DEVELOPMENT AND RECONSTRUCTION (a.k.a. AKTSIONERNOE OBSHCHESTVO CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII; a.k.a. BANK CHBRR, AO; f.k.a. BANK CHBRR, PAO; a.k.a. 'CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII, OTKRYTOE AKTSIONERNOE OBSHCHESTVO'; a.k.a. JSC 'BLACK SEA BANK FOR DEVELOPMENT & RECONSTRUCTION'; f.k.a. OPEN JOINT STOCK COMPANY BLACK SEA DEVELOPMENT AND RECONSTRUCTION BANK), 24 ul. Bolshevistskaya, Simferopol, Crimea 295001, Ukraine; BIK (RU) 043510101; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102030186 (Russia); Tax ID No. 9102019769 (Russia); Government Gazette Number 00204814 (Russia); License 3527 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY BOR GLASSWORKS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО БОРСКИЙ СТЕКОЛЬНЫЙ ЗАВОД) (a.k.a. JSC AGC BOR GLASSWORKS; a.k.a. "JSC BGW"), Bor 606440, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5246002261 (Russia);

Registration Number 1025201524237 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY BRYANSK AUTOMOBILE PLANT (a.k.a. AO BRYANSKI AVTOMOBILNY ZAVOD; a.k.a. BRYANSK AUTOMOBILE FACTORY; a.k.a. "AO BAZ"; a.k.a. "JSC BAF"), 1 Staleliteinaia Ul., Bryansk 241035, Russia; 20 Novaia Basmannaia Ul., Str. 8, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3255502838 (Russia); Registration Number 1083254005141 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY BRYANSK CHEMICAL PLANT OF 50 YEARS OF USSR (a.k.a. JOINT STOCK COMPANY BRYANSK CHEMICAL PLANT OF THE 50TH ANNIVERSARY OF THE USSR), Ul. Promploshchadka D 1, Seltso 241550, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3255517496 (Russia); Registration Number 1113256022505 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY BRYANSK CHEMICAL PLANT OF THE 50TH ANNIVERSARY OF THE USSR (a.k.a. JOINT STOCK COMPANY BRYANSK CHEMICAL PLANT OF 50 YEARS OF USSR), Ul. Promploshchadka D 1, Seltso 241550, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3255517496 (Russia); Registration Number 1113256022505 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY BUSINESS ENVIRONMENT (a.k.a. DELOVAYA SREDA JSC), 19 Vavilova St., Moscow 117997, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736641983 (Russia); Registration Number 1127746271355 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JOINT STOCK COMPANY BYSTRINSKAYA MINING COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО БЫСТРИНСКАЯ ГОРНАЯ КОМПАНИЯ), 59 Leninskaya Street, Floor 11, Suite 8, Petropavlovsk-Kamchatskiy 683001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4100002351 (Russia); Registration Number 1024101032097 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY BYSTROBANK (a.k.a. IZHLADABANK; a.k.a. PUBLIC JOINT STOCK COMPANY BYSTROBANK), Pushkinskaya Street 268, Izhevsk 426008,

Russia; SWIFT/BIC BYJSRU33; Website www.bystrobank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 1831002591 (Russia); Legal Entity Number 25340000QGMWTRG3X533; Registration Number 1021800001508 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CENTER OF RESEARCH AND TECHNOLOGY SERVICES DINAMIKA (a.k.a. CENTER FOR SCIENTIFIC AND TECHNICAL SERVICES DINAMIKA), Shkolnaya st., 9/18, Zhukovsky, Moscow Region 140184, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 May 1995; Tax ID No. 5013026936 (Russia); Registration Number 1025001624636 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CENTRAL DESIGN BUREAU FOR MARINE ENGINEERING RUBIN (a.k.a. JSC TSENTRALNOYE KONSTRUKTORSKOYE BYURO MORSKOY TEKHNIKI RUBIN (Cyrillic: АО ЦЕНТРАЛЬНОЕ КОНСТРУКТОРСКОЕ БЮРО МОРСКОЙ ТЕХНИКИ РУБИН); a.k.a. JSC TSKB MT RUBIN; a.k.a. RUBIN DESIGN BUREAU), 90 Marata Street, Saint-Petersburg 191119, Russia; Website CKB-RUBIN.RU/GLAVNAJA/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2008; Tax ID No. 7838418751 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY CENTRAL DESIGN BUREAU OF AUTOMATICS (a.k.a. CENTRAL DESIGN BUREAU FOR AUTOMATICS ENGINEERING JSC; a.k.a. "TSKBA AO"), PR-KT Kosmicheskii D. 24 A, Omsk 644027, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Sep 1949; Tax ID No. 5506202219 (Russia); Registration Number 1085543005976 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JOINT STOCK COMPANY CENTRAL MARINE DESIGN BUREAU ALMAZ (a.k.a. ALMAZ CENTRAL MARINE DESIGN BUREAU; a.k.a. ALMAZ CENTRAL MARINE DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. ALMAZ DESIGN BUREAU; a.k.a. JOINT-STOCK COMPANY CENTRAL SEA ENGINEERING

OFFICE ALMAZ; a.k.a. JOINT-STOCK COMPANY TSMKB ALMAZ; a.k.a. JSC TSENTRALNOYE MORSKOYE KONSTRUKTORSKOYE BYURO ALMAZ (Cyrillic: АО ЦЕНТРАЛЬНОЕ МОРСКОЕ КОНСТРУКТОРСКОЕ БЮРО АЛМАЗ)), Warshavskaya Street, 50, Saint-Petersburg 196128, Russia; 50 Varshavskaya Str., St. Petersburg 196070, Russia; Website www.almaz-kb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2008; Organization Type: Operation of sports facilities; Tax ID No. 7810537558 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY CENTRAL RESEARCH INSTITUTE CONCERN ELEKTROPRIBOR (a.k.a. CONCERN CSRI ELEKTROPRIBOR JSC; a.k.a. JOINT STOCK COMPANY CONCERN CENTRAL INSTITUTE FOR SCIENTIFIC RESEARCH ELEKTROPRIBOR), 30 Malaya Posadskaya Str., Saint Petersburg 197046, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Feb 2009; Tax ID No. 7813438763 (Russia); Registration Number 1097847057330 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CENTRAL RESEARCH INSTITUTE CYCLONE (a.k.a. AO TSNII TSIKLON), Sh. Shchelkovskoe D. 77, Moscow 107497, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Nov 1991; Tax ID No. 7718159209 (Russia); Registration Number 1027700223352 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JOINT STOCK COMPANY CENTRAL RESEARCH INSTITUTE OF MARINE ENGINEERING (a.k.a. CJSC TSENTRALNY NII SUDOVOGO MASHINOSTROYENIYA (Cyrillic: ЗАО ЦЕНТРАЛЬНЫЙ НИИ СУДОВОГО МАШИНОСТРОЕНИЯ); a.k.a. JSC CENTRAL RESEARCH INSTITUTE OF MARINE ENGINEERING; a.k.a. "TSNII SM"), Ul. Dudko, 3, Saint Petersburg 192029, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Jul 1970; Tax ID No. 7811044146 (Russia); Registration Number 1027806080675 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CENTRAL SCIENTIFIC PRODUCTION ASSOCIATION LENINETZ (a.k.a. JSC CSPA LENINETZ; a.k.a. PJSC CSPA LENINETZ), Pr-kt Yuriya Gagarina D. 34, Saint Petersburg 196143, Russia; Pr-kt Moskovskii D. 212, Lit. A, Office 0031, Saint Petersburg 196066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810240719 (Russia); Registration Number 1027804858146 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CENTRAL SCIENTIFIC RESEARCH INSTITUTE BUREVESTNIK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЦЕНТРАЛЬНЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ БУРЕВЕСТНИК) (a.k.a. JSC CRI BUREVESTNIK; a.k.a. TSNII BUREVESTNIK AO), 1A Shosse Sormovskoe, Nizhny Novgorod, Nizhny Novgorod Oblast 603950, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Apr 2008; alt. Organization Established Date 1970; Target Type State-Owned Enterprise; Tax ID No. 5259075468 (Russia); Government Gazette Number 07501544 (Russia); Registration Number 1085259003664 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CENTRAL SCIENTIFIC RESEARCH INSTITUTE FOR SPECIAL MACHINE BUILDING (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT SPETSIALNOGO MASHINOSTROENIIA; a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTRALNYJ NAUCHNO LSSLEDOVATELSKIJ LNSTITUT SPETSIALNOGO MASH; a.k.a. CENTRAL RESEARCH INSTITUTE FOR SPECIAL MACHINERY; a.k.a. "AO TSNIISM"; a.k.a. "CRISM JSC"), 34 Zavodskaya St., Khotkovo 141371, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5042003203 (Russia); Registration Number 1025005330646 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CHANNEL ONE (a.k.a. AO PERVYI KANAL (Cyrillic: АО ПЕРВЫЙ КАНАЛ); a.k.a. JOINT STOCK COMPANY CHANNEL ONE RUSSIA; a.k.a. JSC CHANNEL ONE), Akademika Koroleva D.12, Moscow 127427, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7717039300 (Russia); Registration Number 1027700222330 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CHANNEL ONE RUSSIA (a.k.a. AO PERVYI KANAL (Cyrillic: АО ПЕРВЫЙ КАНАЛ); a.k.a. JOINT STOCK COMPANY CHANNEL ONE; a.k.a. JSC CHANNEL ONE), Akademika Koroleva D.12, Moscow 127427, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7717039300 (Russia); Registration Number 1027700222330 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CHEBOKSARY PRODUCTION ASSOCIATION NAMED AFTER VI CHAPAEV (a.k.a. AKTSIONERNOE OBSHCHESTVO CHEBOKSARSKOE PROIZVODSTVENNOE OBEDINENIE IMENI VI CHAPAEVA), 1 Socialisticheskaia St., Cheboksary 428038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2130095159 (Russia); Registration Number 1112130014325 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CHELPIPE (a.k.a. JOINT STOCK COMPANY CHELYABINSK PIPE PLANT; a.k.a. JOINT STOCK COMPANY CHELYABINSK PIPE ROLLING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЧЕЛЯБИНСКИЙ ТРУБОПРОКАТНЫЙ ЗАВОД); a.k.a. JSC CHTPZ (Cyrillic: АО ЧТПЗ)), 21 Mashinostroiteley Street, Chelyabinsk 454129, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449006730 (Russia); Registration Number 1027402694186 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CHELYABINSK PIPE PLANT (a.k.a. JOINT STOCK COMPANY CHELPIPE; a.k.a. JOINT STOCK COMPANY CHELYABINSK PIPE ROLLING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЧЕЛЯБИНСКИЙ ТРУБОПРОКАТНЫЙ ЗАВОД); a.k.a. JSC CHTPZ (Cyrillic: АО ЧТПЗ)), 21 Mashinostroiteley Street, Chelyabinsk 454129, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449006730 (Russia); Registration Number 1027402694186 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CHELYABINSK PIPE ROLLING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЧЕЛЯБИНСКИЙ ТРУБОПРОКАТНЫЙ ЗАВОД) (a.k.a. JOINT STOCK COMPANY CHELPIPE; a.k.a. JOINT STOCK COMPANY CHELYABINSK PIPE

PLANT; a.k.a. JSC CHTPZ (Cyrillic: АО ЧТПЗ)), 21 Mashinostroiteley Street, Chelyabinsk 454129, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449006730 (Russia); Registration Number 1027402694186 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CHERNIGOVETS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЧЕРНИГОВЕЦ), 3 Territory Razrez, Cheringovski 652423, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4203001913 (Russia); Registration Number 1024200646887 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CHUKOTKA MINING GEOLOGICAL COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЧУКОТСКАЯ ГОРНО ГЕОЛОГИЧЕСКАЯ КОМПАНИЯ) (a.k.a. AKTSIONERNOE OBSHCHESTVO CHUKOTSKAYA GORNO GEOLOGICHESKAYA KOMPANIYA), d. 1/2, Ul. Yuzhnaya, Anadyr, Chukotka 689000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8709009294 (Russia); Registration Number 1028700587112 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CITYBIKE (a.k.a. AKTSIONERNOE OBSHCHESTVO SITIBAIK; a.k.a. SITIBAIK AO (Cyrillic: АО СИТИБАЙК)), Nab. Berezhkovskaya D. 20, Str. 9, Pomeshch. 1, Moscow 121059, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Nov 2012; Tax ID No. 7734691058 (Russia); Registration Number 1127747175160 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

JOINT STOCK COMPANY CLASS (a.k.a. "NPP KLASS"), Sh. Entuziastov, D 56, Str. 21, Moscow 111123, Russia; Ul. Sovetskaya D. 3, Floor 2, Kom. 2, Lukhovitsy 140501, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724032017 (Russia); Registration Number 1027700450975 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY COALMETBANK (a.k.a. UGLEMETBANK), Ul. Molodogvardeitsev D. 17B, Chelyabinsk 454138, Russia; SWIFT/BIC UGZARU55; Website www.coalmetbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 4214005204 (Russia); Legal Entity Number 2534001KM4BYJLLGW123;

Registration Number 1024200006434 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY COMMERCIAL BANK LANTA BANK (f.k.a. CLOSED JOINT STOCK COMPANY COMMERCIAL BANK LANTA BANK), 9 Novokuznetskaya Street, building 2, Moscow 115184, Russia; SWIFT/BIC COLKRUMM; Website http://www.lanta.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jun 1992; Target Type Financial Institution; Tax ID No. 7705260427 (Russia); Legal Entity Number 2534001F52UDT7V2KR58; Registration Number 1037739042912 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY COMMERCIAL BANK MODULBANK (a.k.a. REGIONAL CREDIT; a.k.a. REGIONALNY KREDIT), Pl. Oktyabrskaya, 1, Kostroma 156005, Russia; SWIFT/BIC MODBRU22; Website modulbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 2204000595 (Russia); Registration Number 1022200525841 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY COMMERCIAL BANK SOLIDARNOST, Ul. Kubysheva D. 90, Samara 443099, Russia; SWIFT/BIC SLDRRU3S; Website www.solid.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Oct 1990; Target Type Financial Institution; Tax ID No. 6316028910 (Russia); Identification Number BE8HW8.99999.SL.643 (Russia); Legal Entity Number 253400V4HY4PH2NE7E79; Registration Number 1026300001848 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY COMMERCIAL BANK URAL FD, 64 Ul Lenina, Perm 614990, Russia; SWIFT/BIC JSCORU4P; Website www.uralfd.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 5902300072 (Russia); Legal Entity Number 2534003K6H2HYV034349; Registration Number 1025900000048 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY COMMUNICATION EQUIPMENT (a.k.a. AAT TEKHNIKA SUVYAZI (Cyrillic: ААТ ТЭХНІКА СУВЯЗІ); a.k.a. OAO TEKHNIKA SVYAZI (Cyrillic: ОАО ТЕХНИКА СВЯЗИ); a.k.a. TEKHNIKA SVYAZI JSC), 1 Naberezhnaya str., Baran, Vitebsk Region 211011, Belarus; Target Type State-Owned

Enterprise; Tax ID No. 300209010 (Belarus) [BELARUS-EO14038] (Linked To: OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING).

JOINT STOCK COMPANY COMPANY SCAN (a.k.a. CLOSED JOINT STOCK COMPANY COMPANY SCAN; a.k.a. "JSC COMPANY SCAN"), Ul. Druzhby D.10B, Moscow 119330, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Apr 2010; Tax ID No. 7729652960 (Russia); Government Gazette Number 65369101 (Russia); Registration Number 1107746244330 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY COMPEL (a.k.a. "AO KOMPEL"), ul. Novokhokhlovskaya d. 23, str. 1, Moscow 109052, Russia; Pr-kt Volgogradskii d. 28A, pom I et 3 kom 6, Moscow 109316, Russia; Bolshoi pr-t V.O., 18, Saint Petersburg, Russia; K. Marksa pr-t, 57, Novosibirsk, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713005406 (Russia); Registration Number 1027700032161 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CONCERN AVRORA SCIENTIFIC AND PRODUCTION ASSOCIATION (a.k.a. AVRORA JSC; a.k.a. CONCERN AVRORA SCIENTIFIC AND PRODUCTION ASSOCIATION JSC; a.k.a. JOINT STOCK COMPANY CONCERN RESEARCH AND PRODUCTION ASSOCIATION AVRORA), 15 Karbysheva Str., Saint Petersburg 194021, Russia; 10 Nikolskaya Str., Shopping and Office Center Nikolskaya Plaza, Office No. 406, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Feb 2009; Tax ID No. 7802463197 (Russia); Registration Number 1097847058143 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CONCERN AVTOMATIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН АВТОМАТИКА) (a.k.a. AO KONTSERN AVTOMATIKA; a.k.a. JSC CONCERN AVTOMATIKA (Cyrillic: АО КОНЦЕРН АВТОМАТИКА)), Ul. Botanicheskaya D. 25, Moscow 127106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715906332 (Russia); Registration Number 1127746139564 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CONCERN CENTRAL INSTITUTE FOR SCIENTIFIC

RESEARCH ELEKTROPRIBOR (a.k.a. CONCERN CSRI ELEKTROPRIBOR JSC; a.k.a. JOINT STOCK COMPANY CENTRAL RESEARCH INSTITUTE CONCERN ELEKTROPRIBOR), 30 Malaya Posadskaya Str., Saint Petersburg 197046, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Feb 2009; Tax ID No. 7813438763 (Russia); Registration Number 1097847057330 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN GRANIT ELEKTRON; a.k.a. AO KONSTERN GRANIT ELEKTRON; a.k.a. JSC CONCERN GRANIT ELEKTRON), Ul. Gospitalnaya D. 3, Saint Petersburg 191014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1910; Tax ID No. 7842335610 (Russia); Registration Number 5067847016782 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JOINT STOCK COMPANY CONCERN KALASHNIKOV (a.k.a. CONCERN KALASHNIKOV; a.k.a. IZHEVSKIY MASHINOSTROITEL'NYI ZAVOD OAO; a.k.a. JSC KALASHNIKOV CONCERN; a.k.a. KALASHNIKOV CONCERN; a.k.a. OJSC KALASHNIKOV CONCERN), 18 Krzhizhanovsky St, Bldg 4, Moscow 11728, Russia; 2/93 Deryabin Passage, Room 78, Izhevsk 426006, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1832090230 (Russia); Registration Number 1111832003018 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JOINT STOCK COMPANY CONCERN OF RADIO ELECTRONIC TECHNOLOGIES (a.k.a. CONCERN RADIO ELECTRONIC TECHNOLOGIES; a.k.a. JOINT STOCK COMPANY CONCERN RADIO ELECTRONIC TECHNOLOGIES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН РАДИОЭЛЕКТРОННЫЕ ТЕХНОЛОГИИ); a.k.a. "KRET" (Cyrillic: "КРЭТ")), 20/1 Korp. 1 ul. Goncharnaya, Moscow 109240, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Registration ID 1097746084666 (Russia); Tax ID No. 7703695246 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JOINT STOCK COMPANY CONCERN OKEANPRIBOR (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN OKEANPRIBOR (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН ОКЕАНПРИБОР); a.k.a. AO KONTSERN OKEANPRIBOR (Cyrillic: АО КОНЦЕРН ОКЕАНПРИБОР); a.k.a. JSC CONCERN OKEANPRIBOR; a.k.a. KONTSERN OKEANPRIBOR, PAO), 46, Chkalovskii Prospect, St. Petersburg 197376, Russia; Website www.oceanpribor.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067847424160 (Russia); Tax ID No. 7813341546 (Russia) [UKRAINE-EO13662].

JOINT STOCK COMPANY CONCERN RADIO ELECTRONIC TECHNOLOGIES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН РАДИОЭЛЕКТРОННЫЕ ТЕХНОЛОГИИ) (a.k.a. CONCERN RADIO ELECTRONIC TECHNOLOGIES; a.k.a. JOINT STOCK COMPANY CONCERN OF RADIO ELECTRONIC TECHNOLOGIES; a.k.a. "KRET" (Cyrillic: "КРЭТ")), 20/1 Korp. 1 ul. Goncharnaya, Moscow 109240, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1097746084666 (Russia); Tax ID No. 7703695246 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JOINT STOCK COMPANY CONCERN RESEARCH AND PRODUCTION ASSOCIATION AVRORA (a.k.a. AVRORA JSC; a.k.a. CONCERN AVRORA SCIENTIFIC AND PRODUCTION ASSOCIATION JSC; a.k.a. JOINT STOCK COMPANY CONCERN AVRORA SCIENTIFIC AND PRODUCTION ASSOCIATION), 15 Karbysheva Str., Saint Petersburg 194021, Russia; 10 Nikolskaya Str., Shopping and Office Center Nikolskaya Plaza, Office No. 406, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Feb 2009; Tax ID No. 7802463197 (Russia); Registration Number 1097847058143 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR (a.k.a. AKTSIONERNOE OBSHCHESTVO

KONSTERN MORSKOE PODVONOE ORUZHIE GIDROPRIBOR; a.k.a. AO KONSTERN MPO GIDROPRIBOR; a.k.a. JSC CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR), PR-KT B. Sampsonievskii D. 24, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Sep 1943; Tax ID No. 7802375889 (Russia); Registration Number 1069847557394 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JOINT STOCK COMPANY CONCERN SOZVEZDIE (a.k.a. JSC CONCERN SOZVEZDIE), 14 Plekhanovskaya Street, Voronezh, Russia; 14 ul. Plekhanovskaya, Voronezh, Voronezhskaya obl. 394018, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1053600445337 [UKRAINE-EO13661].

JOINT STOCK COMPANY CONCERN URALVAGONZAVOD (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN URALVAGONZAVOD; a.k.a. AO KONTSERN URALVAGONZAVOD), 40 Bolshaya Yakimanka Street, Moscow 119049, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Apr 2018; Target Type State-Owned Enterprise; Tax ID No. 7706453206 (Russia); Registration Number 1187746432345 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CONSTRUCTION BUREAU FOR PRECISE MACHINERY NAMED AFTER A.E. NUDELMANA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНСТРУКТОРСКОЕ БЮРО ТОЧНОГО МАШИНОСТРОЕНИЯ ИМЕНИ А.Э. НУДЕЛЬМАНА) (a.k.a. A.E. NUDELMAN KB TOCHMASH JSC; a.k.a. A.E. NUDELMAN PRECISION ENGINEERING DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. JSC A.E. NUDELMAN DESIGN BUREAU OF PRECISION MACHINE BUILDING), St. Vvedenskogo 8, Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Nov 2011; Registration ID 1117746904417 (Russia); Tax ID No. 7728789425 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CORDIANT, ul. Sovetskaya 69, Yaroslavl 150003, Russia; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Tax ID No. 7601001509 (Russia); Registration Number 1027600842972 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CORPORATION MOSCOW INSTITUTE OF HEAT TECHNOLOGY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОРПОРАЦИЯ МОСКОВСКИЙ ИНСТИТУТ ТЕПЛОТЕХНИКИ) (a.k.a. JOINT STOCK COMPANY CORPORATION MOSCOW INSTITUTE OF THERMAL TECHNOLOGY; a.k.a. JSC CORPORATION MIHT; a.k.a. MOSCOW INSTITUTE OF THERMAL TECHNOLOGY), Berezovaya alleya, 10, Moscow 127273, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Dec 2010; Tax ID No. 7715842760 (Russia); Registration Number 5107746017033 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CORPORATION MOSCOW INSTITUTE OF THERMAL TECHNOLOGY (a.k.a. JOINT STOCK COMPANY CORPORATION MOSCOW INSTITUTE OF HEAT TECHNOLOGY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОРПОРАЦИЯ МОСКОВСКИЙ ИНСТИТУТ ТЕПЛОТЕХНИКИ); a.k.a. JSC CORPORATION MIHT; a.k.a. MOSCOW INSTITUTE OF THERMAL TECHNOLOGY), Berezovaya alleya, 10, Moscow 127273, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Dec 2010; Tax ID No. 7715842760 (Russia); Registration Number 5107746017033 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DAGDIZEL PLANT (a.k.a. FACTORY DAGDIZEL; a.k.a. JOINT STOCK COMPANY ZAVOD DAGDIZEL; a.k.a. ZAVOD DAGDIZEL OPEN JOINT STOCK COMPANY), 1, Lenin Street, Kaspiysk 368300, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1932; Tax ID No. 0545001919 (Russia); Registration Number 1020502130351 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

JOINT STOCK COMPANY DATABANK (a.k.a. BANK IZHKOMBANK JSC; a.k.a. JOINT STOCK COMMERCIAL BANK IZHKOMBANK), Str Lenina 30, Izhevsk 426076, Russia; SWIFT/BIC IZHBRU31; Website www.izhcombank.ru; alt. Website online.databank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Target Type Financial Institution; Tax ID No. 1835047032 (Russia); Registration Number 1021800000090 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DESIGN BUREAU AEROSPACE SYSTEMS (a.k.a. AO OKB AEROKOSMICHESKIE SISTEMY; a.k.a. JOINT STOCK COMPANY AEROSPACE SYSTEMS DESIGN BUREAU; a.k.a. JSC EDB AEROSPACE SYSTEMS; a.k.a. JSC EXPERIMENTAL DESIGN BUREAU AEROSPACE SYSTEMS), Ul. Programmistov D. 4, Dubna 141983, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010041950 (Russia); Registration Number 1105010002240 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DESIGN BUREAU FOR SHIP DESIGN VIMPEL (a.k.a. DESIGN OFFICE FOR SHIPBUILDING VYMPEL; a.k.a. JOINT STOCK COMPANY DESIGN OFFICE FOR SHIPBUILDING VYMPEL; a.k.a. OPEN JOINT-STOCK COMPANY DESIGN OFFICE FOR SHIPBUILDING VYMPEL; a.k.a. "DESIGN OFFICE VYMPEL"), 6 Nartov Str., Bldg.6, Nizhny Novgorod 603104, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 May 1993; Tax ID No. 5260001206 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY DESIGN CENTER FARVATER (a.k.a. AKTSIONERNOE OBSHCHESTVO KONSTRUKTORSKOE BYURO FARVATER; a.k.a. AO KB FARVATER; a.k.a. CLOSED JOINT STOCK COMPANY DESIGN BUREAU FARVATER; a.k.a. DESIGN CENTER FARVATER JSC), Nansena St., 154B, Rostov-on-Don 344010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6163106808 (Russia); Registration Number 1116195002307 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DESIGN CENTER SOYUZ (a.k.a. AKTSIONERNOE OBSHCHESTVO DIZAIN TSENTR SOYUZ), K. 100, KOM. 205, Zelenograd, Moscow 124482, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Apr 2015; Tax ID No. 7735143270 (Russia); Registration Number 1157746403033 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DESIGN OFFICE FOR SHIPBUILDING VYMPEL (a.k.a. DESIGN OFFICE FOR SHIPBUILDING VYMPEL; a.k.a.

JOINT STOCK COMPANY DESIGN BUREAU FOR SHIP DESIGN VIMPEL; a.k.a. OPEN JOINT-STOCK COMPANY DESIGN OFFICE FOR SHIPBUILDING VYMPEL; a.k.a. "DESIGN OFFICE VYMPEL"), 6 Nartov Str., Bldg.6, Nizhny Novgorod 603104, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 May 1993; Tax ID No. 5260001206 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY DESIGN OFFICE OF ELECTROITEMS (a.k.a. AKTSIONERNOE OBSHCHESTVO CONSTRUCTION BUREAU ELECTRICAL PRODUCTS XXI CENTURY; a.k.a. AO KBE XXI CENTURY; a.k.a. AO KBE XXI VEKA; a.k.a. JSC KBE XXI CENTURY; a.k.a. XXI CENTURY ELECTRO ITEMS DESIGN OFFICE JOINT STOCK COMPANY), Ul. Lermontova D. 2, Sarapul 427960, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1827013520 (Russia); Registration Number 1021800997228 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DESIGN TECHNOLOGY CENTER ELEKTRONIKA (a.k.a. ELECTRONICS EDC JSC; a.k.a. ELECTRONICS ENGINEERING AND DESIGN CENTER  JOINT STOCK COMPANY; a.k.a. ELEKTRONIKA ENGINEERING AND DESIGN CENTER JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMPANY KTTS ELEKTRONIKA), Building 119A Leninskiy Prospekt, 17A, 2nd Floor, Voronezh 394033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jan 2006; Tax ID No. 3661033667 (Russia); Registration Number 1063667000495 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DEVICES SERVICE TRADE (a.k.a. JOINT STOCK COMPANY PRIBORY SERVICE TORGOVLYA; a.k.a. PRIST), Ul. 2-I Donskoi Proezd D. 10 Stankonormal, Str. 4, 2-I Eta, Moscow 119071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7721212396 (Russia); Registration Number 1037700203364 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DIGITAL MANUFACTORY, Pr-Kt Nauki D. 14, K. 1, Kabinet 501, Dubna 141984, Russia; Ul. Programmistov, D. 4, Dubna 141983, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

5010058760 (Russia); Registration Number 1215000095750 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DIULBER SANATORIUM (a.k.a. JOINT STOCK COMPANY SANATORIUM DYULBER; a.k.a. JSC SANATORIUM DYULBER), House 19, Alupkinskoye shosse, Koreiz, Yalta, Crimea 298671, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103084143 (Russia); Registration Number 1179102009525 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY DUBNA CABLE PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO DUBNENSKII KABELNYI ZAVOD; a.k.a. JOINT STOCK COMPANY DUBNENSKY CABLE PLANT), Pr-Kt Nauki D. 14, K. 4, Dubna 141983, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010054903 (Russia); Registration Number 1185007007261 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DUBNA PLANT OF SWITCHING EQUIPMENT (a.k.a. AKTSIONERNOE OBSHCHESTVO DUBNENSKII ZAVOD KOMMUTATSIONNOI TEKHNIKI; a.k.a. DUBNA SWITCHING EQUIPMENT PLANT; a.k.a. JOINT STOCK COMPANY DUBNENSKY PLANT OF SWITCHING EQUIPMENT), Pr-Kt Nauki D. 14, K. 1, Pomeshch. 39, Dubna 141984, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010056160 (Russia); Registration Number 1195081030781 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DUBNENSKY CABLE PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO DUBNENSKII KABELNYI ZAVOD; a.k.a. JOINT STOCK COMPANY DUBNA CABLE PLANT), Pr-Kt Nauki D. 14, K. 4, Dubna 141983, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010054903 (Russia); Registration Number 1185007007261 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DUBNENSKY MACHINE BUILDING PLANT NAMED AFTER NP FEDOROV (a.k.a. AKTSIONERNOYE OBSHCHESTVO DUBNENSKIY MASHINOSTROITELNYY ZAVOD IMENI NP FODOROVA; a.k.a. DUBNA ENGINEERING PLANT; a.k.a. DUBNA MACHINE BUILDING PLANT), ul. Zhukovsky, d. 2, str. 1, Dubna, Moscow Region 141983, Russia; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010030050 (Russia); Registration Number 1045002200616 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DUBNENSKY PLANT OF SWITCHING EQUIPMENT (a.k.a. AKTSIONERNOE OBSHCHESTVO DUBNENSKII ZAVOD KOMMUTATSIONNOI TEKHNIKI; a.k.a. DUBNA SWITCHING EQUIPMENT PLANT; a.k.a. JOINT STOCK COMPANY DUBNA PLANT OF SWITCHING EQUIPMENT), Pr-Kt Nauki D. 14, K. 1, Pomeshch. 39, Dubna 141984, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010056160 (Russia); Registration Number 1195081030781 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DUKS (a.k.a. JOINT STOCK COMPANY DUX), 8 Pravdy Street, Moscow 125124, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714077682 (Russia); Registration Number 1027700010579 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DUX (a.k.a. JOINT STOCK COMPANY DUKS), 8 Pravdy Street, Moscow 125124, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714077682 (Russia); Registration Number 1027700010579 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY EAST SIBERIAN OIL AND GAS COMPANY (a.k.a. AO VOSTSIBNEFTEGAZ; a.k.a. JSC VOSTSIBNEFTEGAZ), Pr-Kt Mira D. 36, Krasnoyarsk 660049, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7710007910 (Russia); Registration Number 1028800000855 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ECHELON TECHNOLOGIES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЭШЕЛОН ТЕХНОЛОГИИ) (a.k.a. AKTSIONERNOE OBSCHESTVO ESHELON TEKHNOLOGII; a.k.a. AO ECHELON TECHNOLOGIES; a.k.a. JSC ECHELON TECHNOLOGIES), Ul. Elektrozavodskaya d. 24 Office 24, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Sep 2011; Tax ID No. 7718859120 (Russia); Registration Number 1117746703480 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ECHELON UNION FOR SCIENCE AND DEVELOPMENT (Cyrillic:

АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ЭШЕЛОН) (a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION ECHELON; a.k.a. JSC NPO ECHELON), D. 24 Str. 1, Ul. Elektrozavodskaya, Moscow, Russia 107023, Russia; Website www.npo.echelon.ru; alt. Website cnpo.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Nov 2007; Organization Type: Other information technology and computer service activities; Tax ID No. 7718676447 (Russia); Registration Number 1077762808683 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY EKA (a.k.a. ECOLOGY COSMONAUTICS AVIATION (Cyrillic: ЭКОЛОГИЯ КОСМОНАВТИКА АВИАЦИЯ); a.k.a. "AKTSIONERNOE OBSHCHESTVO EKA"; a.k.a. "AO EKA"), D. 1/4 Pionerskaya, Korolev 141090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5054002290 (Russia); Registration Number 1025002036730 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ELECOND (a.k.a. AO ELEKOND), 3 Kalinin Street, Sarapul 427968, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1827003592 (Russia); Registration Number 1021800993752 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ELECTROAVTOMATIKA, ul. Zavodskaya d. 9, Tolyatti 355008, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2636008464 (Russia); Registration Number 1022601979894 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ELECTRONIC COMPANY ELKUS (a.k.a. AKTSIONERNOE OBSHCHESTVO ELEKTRONNAIA KOMPANIIA ELKUS; a.k.a. ELCUS JSC), 10 Blagodatnaya ul., str. 1, Office 424, St. Petersburg 196128, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806002060 (Russia); Registration Number 1027804181965 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ELECTROTYAGA (a.k.a. AKTSIONERNOE OBSHCHESTVO ELEKTROTYAGA; a.k.a. AO ELEKTROTYAGA), Ul. Kalinina D. 50 A, Saint Petersburg 198099, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01

Nov 2001; Tax ID No. 7805230257 (Russia); Registration Number 1027802718437 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

JOINT STOCK COMPANY ELEKTRONNAYA MOSKVA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЭЛЕКТРОННАЯ МОСКВА), 11 Bolshoy Sukharevskiy Avenue, Building 1, Office 6, Moscow, Russia; Nizhniy Susalniy Avenue, Moscow 105064, Russia; 12 Yakovoapostolsky Lane, Building 1, Moscow 105064, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707314029 (Russia); Registration Number 1027707013806 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ELEMENT (a.k.a. ELEMENT GROUP), 12 Presnenskaya Waterfront, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Jul 2020; Tax ID No. 9703014282 (Russia); Registration Number 1207700245532 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ENERGIYA, P Elektrik D.1, Yelets 399775, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4821000142 (Russia); Registration Number 1024800789408 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ENGINEERING CENTER IKAR (a.k.a. IKAR GROUP; a.k.a. JSC IKAR; a.k.a. "ICAR COMPANY"), Ul. Khutorskaya 2-YA D. 38A, Str. 9, Moscow 127287, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Jan 2003; Tax ID No. 7710449682; Registration Number 1037710001493 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ENIKS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЭНИКС) (a.k.a. ENIKS AO; a.k.a. JSC ENIKS), 120 Korolenko St., Kazan, Tatarstan Republic 420094, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1661009974 (Russia); Business Registration Number 1031632202227 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY EVRAZ CONSOLIDATED WEST SIBERIAN METALLURGICAL PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO EVRAZ OBEDINENNY ZAPADNO SIBIRSKI METALLURGICHESKI KOMBINAT; a.k.a. "EVRAZ ZSMK AO"), d.16, shosse Kosmicheskoe (Zavodskoi R-N), Novokuznetsk, Kemerovo region 654043, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4218000951 (Russia); Registration Number 1024201670020 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY EVRAZ KACHKANARCKY ORE MINING AND PROCESSING PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO EVRAZ KACHKANARSKI GORNO OBOGATITELNY KOMBINAT; a.k.a. "EVRAZ KGOK AO"), d. 2, ul. Sverdlova, Kachkanar, Sverdlovsk region 624351, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6615001962 (Russia); Registration Number 1026601125308 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY EVRAZ NIZHNY TAGIL METALLURGICAL PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO EVRAZ NIZHNETAGILSKI METALLURGICHESKI KOMBINAT; a.k.a. "EVRAZ NTMK AO"), d.1, ul. Metallurgov, Nizhni Tagil, Sverdlovsk region 622025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Dec 1992; Tax ID No. 6623000680 (Russia); Registration Number 1026601367539 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY EVRAZ VANADY TULA (a.k.a. AKTSIONERNOE OBSHCHESTVO EVRAZ VANADI TULA; a.k.a. EVRAZ VANADI TULA AO; a.k.a. EVRAZ VANADII TULA), d.1, ul. Przhevalskogo, Tula, Tula region 300016, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7105008754 (Russia); Registration Number 1027100507103 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY EXMASH (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЭКСМАШ) (a.k.a. CJSC EKSMASH), Pomeshtenie 6, Etazh 2, Dom 54, Ulitsa Uchitelskaya, Tver 170001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6901090201 (Russia); Registration Number 1056900164188 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY EXPERIMENTAL DESICH BUREU COKOL (a.k.a. AO NPO OKB IM MP SIMONOVA; a.k.a. JSC SCIENTIFIC PRODUCTION ASSOCIATION EXPERIMENTAL DESIGN BUREAU NAMED AFTER M SIMONOV; a.k.a. OKB SIMONOV; a.k.a. OKB SOKOL; a.k.a. SIMONOV DESIGN BUREAU; a.k.a. SOKOL DESIGN BUREAU), 2A ul Akademika Pavlova St, Kazan 420036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1661007166 (Russia); Registration Number 1021603886622 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY EXPERIMENTAL DESIGN AND TECHNOLOGICAL BUREAU VALDAY (a.k.a. AKTSIONERNOE OBSHCHESTVO OPTIKO MEKHANICHESKOE KONSTRUKTORSKOE BYURO VALDAI; a.k.a. AO OKB VALDAI; a.k.a. OKB VALDAY), Pobedy St. 107, Bldg. 2, Valday 175400, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5302014601 (Russia); Registration Number 1175321001184 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY EXPERIMENTAL DESIGN BUREAU FAKEL (a.k.a. AKTSIONERNOE OBSHCHESTVO OPYTNOE KONSTRUKTORSKOE BYURO FAKEL; a.k.a. AO OKB FAKEL; a.k.a. JSC EDB FAKEL), Moskovskii PR D. 181, Kaliningrad 236001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 3906390669 (Russia); Government Gazette Number 44161069 (Russia); Registration Number 1203900004670 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY EXPERIMENTAL DESIGN BUREAU NAMED AFTER A.S. YAKOVLEV (a.k.a. JOINT STOCK COMPANY OKB NAMED AFTER A.S. YAKOVLEV; a.k.a. JOINT-STOCK COMPANY A.S. YAKOVLEV DESIGN BUREAU; a.k.a. JSC A.S. YAKOVLEV DB; a.k.a. OJSC OPYTNO-KONSTRUKTORSKOYE BYURO IM. A.S. YAKOVLEVA), 68 Leningradsky Ave, Moscow 125315, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Aug 1993; Tax ID No. 7714039849 (Russia); Registration Number 1027739252298 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKOVLEV).

JOINT STOCK COMPANY EXPERIMENTAL DESIGN BUREAU NOVATOR (a.k.a. AKTCIONERNOE OBSHESTVO OPITNOE KONSTRUKTORSKOE BYURO NOVATOR; a.k.a. AO OKB NOVATOR; a.k.a. NPO NOVATOR), 18 Kosmonautov Ave., Yekaterinburg 620017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6673092045 (Russia);

Registration Number 1026605611339 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY FACTORY CRIZO (a.k.a. AO ZAVOD KRIZO), Ul. Zheleznodorozhnaya D. 43, Gatchina 188304, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4705006552 (Russia); Registration Number 1024701241322 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОРПОРАЦИЯ РАЗВИТИЯ ДАЛЬНЕГО ВОСТОКА И АРКТИКИ) (a.k.a. CORPORATION FOR THE DEVELOPMENT OF THE FAR EAST AND THE ARCTIC; a.k.a. "JSC FEDC"; a.k.a. "JSC KRDV" (Cyrillic: "АО КРДВ")), d. 12 etazh 15 kom. A3, naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7723356562 (Russia); Registration Number 1057723007407 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY FAR EASTERN BANK (a.k.a. FAR EASTERN BANK (Cyrillic: ДАЛЬНЕВОСТОЧНЫЙ БАНК)), 27-a, Verkhneportovaya St., Vladivostok, Primorskiy Kray 690990, Russia; SWIFT/BIC FAEBRU8V; BIK (RU) 040507705; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 2540016961 (Russia); Legal Entity Number 253400YGH90JM0RMLU50 (Russia); Registration Number 1022500000786 (Russia) [DPRK3].

JOINT STOCK COMPANY FEDERAL SCIENTIFIC AND PRODUCTION CENTER SCIENTIFIC RESEARCH INSTITUTE OF APPLIED CHEMISTRY (a.k.a. AO FNPTS NII PRIKLADNOI KHIMII), Ul. Akademika Silina D. 3, Sergiyev Posad 141313, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5042120394 (Russia); Registration Number 1115042005638 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY FEDERAL SCIENTIFIC AND PRODUCTION CENTER TITAN BARRIKADY (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО-ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ТИТАН-БАРРИКАДЫ) (a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER TITAN BARRIKADY JSC; a.k.a. JSC FNPTS TITAN-BARRIKADY; a.k.a. TITAN DESIGN BUREAU; a.k.a. TITAN-BARRIKADY ENTERPRISE; a.k.a. TITAN-BARRIKADY FEDERAL RESEARCH AND DEVELOPMENT CENTRE; a.k.a. TITAN-BARRIKADY FNPTS AO; a.k.a. TITAN-BARRIKADY FNPTS AO FEDERAL RESEARCH AND PRODUCTION CENTER STOCK COMPANY; a.k.a. "TITAN-BARRIKADY"), Prospekt Imeni V.I. Lenina B/N, Volgograd 400071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3442110950 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY FEDOROVO RISORSES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ФЕДОРОВО РИСОРСЕС) (a.k.a. JSC FEDOROVO RESOURCES), 13 Sovetskaya Street, Floor 2, Suite 4, Lovozero Settlement 184592, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706403981 (Russia); Registration Number 1037706071116 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY FERROPRIBOR, Ul. Svobody D. 50, Krasnoe Selo 198320, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7807026923 (Russia); Registration Number 1027804594950 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY FIOLENT PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO ZAVOD FIOLENT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТБО ЗАВОД ФИОЛЕНТ); a.k.a. AO ZAVOD FIOLENT (Cyrillic: АО ЗАВОД ФИОЛЕНТ); a.k.a. JSC FIOLENT PLANT; a.k.a. ZAVOD FIOLENT, PAT), House 34/2, Kievskaya Street, Simferopol, Crimea 295017, Ukraine; Website www.phiolent.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102048745 (Russia); Registration Number 1149102099640 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY FLIGHT RESEARCH INSTITUTE N.A. M.M. GROMOV (a.k.a. AKTSIONERNOE OBSHCHESTVO LETNO-ISSLEDOVATELSKI INSTITUT IMENI M.M. GROMOVA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЛЕТНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ИМЕНИ М.М. ГРОМОВА); a.k.a. JSC FLIGHT RESEARCH INSTITUTE N.A. M.M. GROMOV (Cyrillic: АО ЛЕТНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ИМ. М.М. ГРОМОВА); a.k.a. JSC FRI N.A. M.M. GROMOV (Cyrillic: АО ЛИИ ИМ. М.М. ГРОМОВА); a.k.a. STATE FEDERAL UNITARY ENTERPRISE GROMOV FLIGHT RESEARCH INSTITUTE), D. 2a, Ul. Garnaeva, Zhukovskiy 140180, Russia (Cyrillic: д. 2А, ул. Гарнаева, Московская область, Жуковский 140180, Russia); Zhukovsky-2, Moscow region 140182, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1993; Target Type State-Owned Enterprise; Tax ID No. 5040114973 (Russia); Registration Number 1125040002823 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION ALMAZYUVELIREXPORT (a.k.a. FEDERAL STATE OWNED UNITARY ENTERPRISE FOREIGN TRADE ASSOCIATION ALMAZJUVELIREXPORT; a.k.a. VO ALMAZYUVELIREKSPORT AO), BR Zubovskii D. 25, K. 1, Moscow 119021, Russia; Ul. Ostozhenka D. 22/1, Moscow 119034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704485379 (Russia); Registration Number 1197746226886 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT (a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. JSC TEKHNOPROMEXPORT; a.k.a. JSC VO TEKHNOPROMEXPORT; a.k.a. OJSC TECHNOPROMEXPORT; a.k.a. OPEN JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VNESHNEEKONOMICHESKOE OBEDINENIE TEKHNOPROMEKSPORT; a.k.a. VO TEKHNOPROMEKSPORT, OAO; a.k.a. "JSC TPE"), d. 15 str. 2 ul. Novy Arbat, Moscow 119019, Russia; Email Address inform@tpe.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067746244026 (Russia); Tax ID No. 7705713236 (Russia); Government Gazette Number 02839043 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT (a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC

ASSOCIATION TECHNOPROMEXPORT; a.k.a. JSC TEKHNOPROMEXPORT; a.k.a. JSC VO TEKHNOPROMEXPORT; a.k.a. OJSC TECHNOPROMEXPORT; a.k.a. OPEN JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VNESHNEEKONOMICHESKOE OBEDINENIE TEKHNOPROMEKSPORT; a.k.a. VO TEKHNOPROMEKSPORT, OAO; a.k.a. "JSC TPE"), d. 15 str. 2 ul. Novy Arbat, Moscow 119019, Russia; Email Address inform@tpe.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067746244026 (Russia); Tax ID No. 7705713236 (Russia); Government Gazette Number 02839043 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY FOREIGN TRADE ASSOCIATION ELEKTRONINTORG (a.k.a. ELECTRONINTORG), Ukrainsky Blvd 8, Building 1, Moscow 121059, Russia; 4 Ivana Franko St., Building 10, Moscow 121108, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743592991 (Russia); Registration Number 1067746527606 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY FORTIANA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ФОРТИАНА), d. 10, Suite I, Floor 34, Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703022879 (Russia); Registration Number 1227700488003 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY GALICHSKII AVTOKRANOVYI ZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГАЛИЧСКИЙ АВТОКРАНОВЫЙ ЗАВОД) (a.k.a. GAKZ AO; a.k.a. GALICH MOBILE CRANES PLANT JSC; a.k.a. GALICH TRUCK CRANE PLANT), 27 ul. Gladysheva, Galich 157202, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4403000875 (Russia); Registration Number 1024401432450 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY GAVRILOV YAM MACHINE BUILDING PLANT AGAT (a.k.a. "JSC GMZ AGAT"), 1, Pr. Mashinostroiteley, Gavrilov Yam 152240, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7616002417 (Russia); Registration Number 1027601067944 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY GAZPROM AVTOMATIZATSIYA (a.k.a. GAZAVTOMATIKA; a.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO GAZPROM AVTOMATIZATSIYA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO GAZPROM AVTOMATIZATSIYA), 25, Savvinskaya Naberezhnaya, Moscow 119435, Russia; d. 3 pom. VI kom. 21, ul. Kirpichnye Vyemki Moscow, Moscow 117405, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Aug 1993; Tax ID No. 7704028125 (Russia); Government Gazette Number 00159093 (Russia); Registration Number 1027700055360 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY GAZPROM SPACE SYSTEMS (a.k.a. GAZPROM KOSMICHESKIE SISTEMY AO), ul. Moskovskaya, d. 77, lit. B, Shchelkovo 141108, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5018035691 (Russia); Registration Number 1025002045177 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY GAZSTROYPROM (a.k.a. AKTSIONERNOE OBSHCHESTVO GAZSTROIPROM; a.k.a. AO GAZSTROYPROM; a.k.a. GAZSTROIPROM AO), Ul. Tashkentskaya D. 3, Korpus 3 Lit. B, Saint Petersburg 196084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 21 Jun 2018; Tax ID No. 7842155505 (Russia); Government Gazette Number 29749701 (Russia); Registration Number 1187847178705 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMPANY GENBANK (a.k.a. AKTSIONERNOE OBSHCHESTVO GENBANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГЕНБАНК); a.k.a. CLOSED JOINT STOCK COMPANY GENBANK; a.k.a. GENBANK, AO (Cyrillic: ГЕНБАНК, АО); a.k.a. JSC GENBANK), Ozerkovskaya Naberezhnaya 12, Moscow 115184, Russia; Ulitsa Sevastopolskaya 13, Simferopol 295011, Ukraine; SWIFT/BIC GEOORUMM; Website www.genbank.ru; Email Address info@genbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1137711000074 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY GEOFIZICA COSMOS (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE GEOFIZIKA KOSMOS; a.k.a. AO NPP GEOFIZIKA KOSMOS), D. 11 Ul. Irkutskaya korp. 1, Moscow 107497, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7718649612 (Russia); Registration Number 5077746924074 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY GLOBATEK GROUP (a.k.a. AO GLOBATEK; a.k.a. GLOBATEK 3D), Sh Varshavskoe D. 42, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724739790 (Russia); Registration Number 1107746187999 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY GOSUDARSTVENNY RAKETNY CENTER NAMED AFTER AKADEMIKA V. P. MAKEYEVA (Cyrillic: АО ГОСУДАРСТВЕННЫЙ РАКЕТНЫЙ ЦЕНТР ИМЕНИ АКАДЕМИКА В.П.МАКЕЕВА) (a.k.a. JOINT STOCK COMPANY GRTS MAKEYEVA; a.k.a. MAKEYEV ROCKET DESIGN BUREAU; a.k.a. MAKEYEV STATE MISSILE CENTER; a.k.a. MAKEYEV STATE ROCKET CENTER), 1 Turgoyakskoye Highway, Miass, Chelyabinsk Region 456300, Russia; Website http://makeyev.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7415061109 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY GOZNAK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГОЗНАК), D. 3 Litera G, Ter. Petropavlovskaya Krepost, Saint Petersburg 197046, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7813252159 (Russia); Registration Number 1167847225281 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY GRAND SERVICE EXPRESS (a.k.a. AO GRAND SERVIS EKSPRESS; a.k.a. GRAND SERVICE EXPRESS (Cyrillic: ГРАНД СЕРВИС ЭКСПРЕСС); a.k.a. JOINT STOCK COMPANY TRANSPORT COMPANY GRAND SERVICE EXPRESS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСПОРТНАЯ КОМПАНИЯ ГРАНД СЕРВИС ЭКСПРЕСС); a.k.a. "GRAND EXPRESS" (Cyrillic: "ГРАНД ЭКСПРЕСС"); a.k.a. "JSC GSE"), 85 Sheremetevskaya St., Building 1, Moscow 129075, Russia; ul.

Sheremetevskaya, d. 85, str. 1, Moscow 129075, Russia; P.O. Box 15, Moscow 129075, Russia; a/ya 15, Moscow 129075, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7705445700 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY GROZNEFTEGAZ, Ul. Im S. SH. Lorsanova D. 2A, Grozny 364024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2020003571 (Russia); Registration Number 1022002543144 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY GRTS MAKEYEVA (a.k.a. JOINT STOCK COMPANY GOSUDARSTVENNY RAKETNY CENTER NAMED AFTER AKADEMIKA V. P. MAKEYEVA (Cyrillic: АО ГОСУДАРСТВЕННЫЙ РАКЕТНЫЙ ЦЕНТР ИМЕНИ АКАДЕМИКА В.П.МАКЕЕВА); a.k.a. MAKEYEV ROCKET DESIGN BUREAU; a.k.a. MAKEYEV STATE MISSILE CENTER; a.k.a. MAKEYEV STATE ROCKET CENTER), 1 Turgoyakskoye Highway, Miass, Chelyabinsk Region 456300, Russia; Website http://makeyev.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7415061109 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY GT MORSTROY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГТ МОРСТРОЙ) (a.k.a. GT MORSTROI AO), d. 5 litera B pom. 59-N, ul. Esenina, St. Petersburg 194354, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7814069678 (Russia); Registration Number 1027807582747 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY GUTA BANK, Building 3, Orlikov Lane 5, Moscow 107078, Russia; SWIFT/BIC TJSBRUMM; Website www.gutabank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 6905011218 (Russia); Legal Entity Number 253400C9UUE0CK2K7D34; Registration Number 1026900005307 (Russia); Global Intermediary Identification Number YE7BYQ.99999.SL.643 [RUSSIA-EO14024].

JOINT STOCK COMPANY HALS-DEVELOPMENT (a.k.a. AKTSIONERNOE OBSHCHESTVO SG-DEVELOPMENT; f.k.a. GALS-DEVELOPMENT PAO; f.k.a. HAS-DEVELOPMENT JSC; f.k.a. PUBLIC JOINT STOCK COMPANY HALS-DEVELOPMENT; f.k.a. PUBLIC JOINT STOCK COMPANY SG-DEVELOPMENT; a.k.a. SG-DEVELOPMENT, AO), d. 35 str. 1 Etazh 5, Pomeshch. I, Kom. 129, Prospekt Leningradski, Moscow 125284, Russia; Website www.hals-development.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jan 1994; Organization Type: Real estate activities on a fee or contract basis; Registration ID 1027739002510 (Russia); Tax ID No. 7706032060 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

JOINT STOCK COMPANY HELICOPTER SERVICE COMPANY (a.k.a. "AO VSK"; a.k.a. "HELICOPTER SERVICE COMPANY"; a.k.a. "VSK PAO"), Ul. Bolshaya Pionerskaya D. 1, Moscow 115054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Feb 2003; Tax ID No. 7704252960 (Russia); Registration Number 1037704005041 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JOINT STOCK COMPANY HMS GROUP (a.k.a. AKTSIONERNOE OBSHCHESTVO GRUPPA GMS; f.k.a. GRUPPA GMS OAO; a.k.a. HMS GROUP JSC; f.k.a. INVESTITSIONNO PROMYSHLENNAYA GRUPPA GIDRAVLICHESKIE MASHINY I SISTEMY OOO), Ul. Chayanova D. 7, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Mar 2004; Registration ID 5087746036483 (Russia); Tax ID No. 7708678325 (Russia); Government Gazette Number 72718329 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY HOLDING COMPANY YAKUTUGOL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ХОЛДИНГОВАЯ КОМПАНИЯ ЯКУТУГОЛЬ) (a.k.a. JSC HC YAKUTGOL (Cyrillic: АО ХК ЯКУТУГОЛЬ)), d. 3 k. 1, prospekt Lenina, Neryungri 678967, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1434026980 (Russia);

Registration Number 1021401009057 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY HOLDINGOVAYA KOMPANIYA SDS UGOL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ХОЛДИНГОВАЯ КОМПАНИЯ СДС УГОЛЬ) (a.k.a. JSC KHK SDS UGOL (Cyrillic: АО ХК СДС УГОЛЬ)), 7/2 prospekt Pritomski, Kemerovo 650066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4205105080 (Russia); Registration Number 1064205095360 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY IBS IT SERVICES (a.k.a. AO IBS IT USLUGI), ul. Skladochnaya d. 3, str. 1, Moscow 127018, Russia; sh. Dmitrovskoe, d. 9B, et. 5, pom. XIII, kom. 23, Moscow 127434, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713444361 (Russia); Registration Number 1177746672905 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY IIB CAPITAL (a.k.a. AO MIB KAPITAL; a.k.a. CJSC IIB CAPITAL), ul. Mashi Poryvaevoi d. 11, str. B, floor 1, pomeshch. 15, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Jul 2012; Tax ID No. 7708767021 (Russia); Registration Number 1127746575516 (Russia) [RUSSIA-EO14024] (Linked To: INTERNATIONAL INVESTMENT BANK).

JOINT STOCK COMPANY ILIADIS (a.k.a. AKTSIONERNOE OBSHCHESTVO ILIADIS), Per. 3-1 Syromyatnicheskii D. 3/9 Str. 1, Moscow 105120, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9709096348 (Russia); Registration Number 1237700470842 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ILYUSHIN FINANCE COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO ILYUSHIN FINANS KO; a.k.a. JSC ILYUSHIN FINANCE COMPANY; a.k.a. OJSC ILYUSHIN FINANCE; a.k.a. "AO IFK"; a.k.a. "IFC LEASING"; a.k.a. "JSC IFC"), Pr-kt Michurinskii, Olimpiiskaya Derevnya D. 1, Korp. 1, et. 4, Moscow 119602, Russia; Pr-kt Leninskii d. 43A, office 502, Voronezh 394004, Russia; 1st km of Rublevo-Uspenskoe Shosse, Building 6, Odintsovo, Moscow 143030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Mar 1999; Tax ID No.

3663029916 (Russia); Registration Number 1033600042332 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY INDUSTRIA REESTR (a.k.a. AO INDUSTRIYA REESTR), Ul. Khromova D. 1, Moscow 107601, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 3302021034 (Russia); Registration Number 1023301289153 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY INFORMATION SECURITY REFORM (a.k.a. IB REFORM JSC; a.k.a. JSC IS REFORM), D. 125 Str. 1 Etazh 6 Pom. X Kom 23, Shosse Varshavskoe, Moscow 117587, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Jul 2019; Tax ID No. 7726482572 (Russia); Government Gazette Number 75059643 (Russia); Registration Number 1217700423654 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY INKOMNEFT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ИНКОМНЕФТЬ) (a.k.a. AO INVESTITSIONNAYA NEFTYANAYA KOMPANIYA (Cyrillic: AO ИНВЕСТИЦИОННАЯ НЕФТЯНАЯ КОМПАНИЯ)), Ulitsa Mira, Dom 60, A, Pom.34, Nizhnevartovsk, Khanty-Mansi Autonomous Okrug-Yugra 628611, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Nov 1995; Organization Type: Support activities for other mining and quarrying; Tax ID No. 8620001545 (Russia); Registration Number 1028601870770 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY INSTITUTE FOR NETWORKING TECHNOLOGY (a.k.a. "JSC INT"), Liniya 17-YA V.O D. 54, Korp. 1, Lit. V, Saint Petersburg 199048, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7825347630 (Russia); Registration Number 1027809192333 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH ELEKTRONNOY TEKHNIKI (a.k.a. ELECTRONIC TECHNOLOGY RESEARCH INSTITUTE; a.k.a. JOINT STOCK COMPANY NIIET; a.k.a. RESEARCH INSTITUTE OF ELECTRONIC ENGINEERING), 5 Starykh Bolshevikov Str., Voronezh, Voronezh Region 394033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Oct 2012; Tax ID No.

3661057900 (Russia); Registration Number 1123668048789 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH MICROELECTRONIC EQUIPMENT PROGRESS (a.k.a. JOINT STOCK COMPANY NIIMA PROGRESS; a.k.a. MICROELECTRONICS RESEARCH INSTITUTE PROGRESS JSC; a.k.a. PROGRESS MRI JSC), 54 Cherepanovykh Driveway, Moscow 125183, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Nov 2012; Tax ID No. 7743869192 (Russia); Registration Number 1127747128662 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH POLYUS NAMED AFTER M. F. STELMAKHA (a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE POLYUS OF M.F. STELMAKH; a.k.a. NAUCHNO-ISSLEDOVATELSKIY INSTITUT POLYUS IMENI M. F. STELMAKHA; a.k.a. NII POLYUS; a.k.a. NII POLYUS IMENI M. F. STELMAKHA; a.k.a. POLYUS INSTITUTE), Building 1, 3 Vvedenskogo St., Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Aug 2012; Tax ID No. 7728816598 (Russia); Registration Number 1127746646510 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH VYCHISLITELNYKH KOMPLEKSOV NAMED AFTER M. A. KARTSEVA (a.k.a. AO NIIVK N.A. M.A. KARTSEV; a.k.a. JOINT STOCK COMPANY NIIVK NAMED AFTER M. A. KARTSEVA; a.k.a. JSC NII VYCHISLITELNYKH KOMPLEKSOV IM. M.A. KARTSEVA), Profsoyuznaya St., 108, Moscow 117437, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 May 1993; Tax ID No. 7728032882 (Russia); Registration Number 1037700128828 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY INSTITUTE OF ELECTRONIC CONTROL COMPUTERS NAMED AFTER I.S. BRUK (a.k.a. "JSC INEUM"), 24, Vavilova st., Moscow 119334, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736005096 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY INTEGRAL ZAPAD (a.k.a. AKTSIONERNOE OBSHCHESTVO

INTEGRAL ZAPAD), Ul. Babushkina D. 7, Office 21, Smolensk 214031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6732139675 (Russia); Registration Number 1176733001840 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY INTELLECT MASHINE (a.k.a. "JSC IM"), PR-KT Lakhtinskii, D. 85, K. 2, Lit. A, Floor 3, Office 10, PO PIB, Pomeshch #205-206, #209-210, Saint Petersburg 197229, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Apr 2022; Tax ID No. 7801711200 (Russia); Registration Number 1227800047496 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY INVESTGEOSERVIS (a.k.a. AO INVESTGEOSERVIS), Pr-Kt 60 Letiya Oktyabrya D. 10A, Pom XXII, Moscow 117036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7704627560 (Russia); Registration Number 1067760718871 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMPANY INVESTTRADEBANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ИНВЕСТТОРГБАНК) (a.k.a. INVESTTRADEBANK JSC (Cyrillic: ИНВЕСТТОРГБАНК АО); a.k.a. JOINT STOCK COMMERCIAL BANK INVESTMENT TRADE BANK; f.k.a. OJSC INVESTTRADEBANK; f.k.a. PJSC INVESTTRADEBANK; f.k.a. PUBLIC JOINT STOCK COMPANY INVESTTRADEBANK), 45 Dubininskaya Str, Moscow 115054, Russia (Cyrillic: УЛ. ДУБИНИНСКАЯ, Д.45, ГОРОД МОСКВА 115054, Russia); SWIFT/BIC JSCVRUM2; Website itb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1994; Target Type Financial Institution; Tax ID No. 7717002773 (Russia); Registration Number 1027739543182 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK).

JOINT STOCK COMPANY IPN STANKOSTROENIE (a.k.a. AKTSIONERNOE OBSHCHESTVO IPN STANKOSTROENIE; a.k.a. AO IPN STANKOSTROENIE), Ul. 3-ya yamskogo polya D. 2, K. 26, Moscow 125124, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

7457008611 (Russia); Registration Number 1177456104638 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY IZHEVSK ELECTROMECHANICAL PLANT KUPOL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ИЖЕВСКИЙ ЭЛЕКТРОМЕХАНИЧЕСКИЙ ЗАВОД КУПОЛ) (a.k.a. AKTSIONERNOE OBSHCHESTVO IZHEVSKI ELEKTROMEKHANICHESKI ZAVOD KUPOL; a.k.a. AO IEMZ KUPOL (Cyrillic: АО ИЭМЗ КУПОЛ); a.k.a. JSC IEMZ KUPOL), ul. Pesochnaya 3, Izhevsk, Udmurtia Republic 426033, Russia (Cyrillic: УЛИЦА ПЕСОЧНАЯ, 3, Город Ижевск, РЕСПУБЛИКА УДМУРТСКАЯ 426033, Russia); Website www.kupol.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 23 Apr 2002; alt. Organization Established Date 1957; Tax ID No. 1831083343 (Russia); Government Gazette Number 07502963 (Russia); Business Registration Number 1021801143374 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMPANY JOINT STOCK COMMERCIAL BANK INTERNATIONAL FINANCIAL CLUB (a.k.a. MFK BANK; a.k.a. "IFC BANK"), Presnenskaya Embankment, 10, Moscow 123112, Russia; SWIFT/BIC ICFIRUMM; Website www.mfk-bank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7744000038 (Russia); Registration Number 1027700056977 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY JUPITER PLANT (a.k.a. JSC ZAVOD YUPITER; a.k.a. ZAO ZAVOD YUPITER), Ul. Pobedy D. 107, Korp. 1, Valday 175400, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7838027959 (Russia); Registration Number 1057806863883 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KALUZHSKY NAUCHNO ISSLEDOVATELSKY RADIOTEKHNICHESKY HIGHER EDUCATION INSTITUTION (a.k.a. JOINT STOCK COMPANY KNIRTI; a.k.a. KALUGA RESEARCH INSTITUTE OF RADIO ENGINEERING JSC), Lenina st., 2, Zhukov, Kaluga Region 249192, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Jun 2012; Tax ID No. 4007017378 (Russia); Registration Number 1124011001058 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KAMCHATSKOE ZOLOTO (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КАМЧАТСКОЕ ЗОЛОТО), d. 59, etazh 13, pomeshch. 51, ul Leninskaya, Petropavlovsk Kamchatski, Kamchatski Krai 683001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4104000436 (Russia); Registration Number 1024101221902 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KAMENSKVOLOKNO, Ul. Saprygina D. 1, Kamensk Shakhtisky 347801, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6147019153 (Russia); Registration Number 1026102103466 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KARACHEV PLANT ELECTRODETAL, Ul. Gorkogo D. 1, Karachev 242500, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3254511340 (Russia); Registration Number 1113256013419 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KAZAN COMPRESSOR MACHINERY PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КАЗАНСКИЙ ЗАВОД КОМПРЕССОРНОГО МАШИНОСТРОЕНИЯ) (a.k.a. JSC KAZANKOMPRESSORMASH (Cyrillic: АО КАЗАНЬКОМПРЕССОРМАШ)), ul. Khalitova 1, Kazan 420029, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1660004878 (Russia); Registration Number 1021603620114 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KAZAN HELICOPTERS (a.k.a. AO KAZANSKII VERTOLETNYI ZAVOD; a.k.a. KAZAN HELICOPTERS; a.k.a. KAZANSKI VERTOLETNY ZAVOD AO), Ul. Tetsevskaya D. 14, Kazan 420085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1993; Tax ID No. 1656002652 (Russia); Registration Number 1021603881683 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JOINT STOCK COMPANY KB LUCH (a.k.a. AKTSIONERNOE OBSHCHESTVO KONSTUKTORSKOE BYURO LUCH (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНСТРУКТОРСКОЕ БЮРО ЛУЧ); a.k.a. JSC DB LUTCH; a.k.a. KB LUCH AO (Cyrillic: АО КБ ЛУЧ); a.k.a. LUCH DESIGN BUREAU JSC (Cyrillic: АО КОНСТРУКТОРСКОЕ БЮРО ЛУЧ)), Bul. Pobedy, D. 25, Rybinski, Yaroslavl 152920, Russia (Cyrillic: Бульвар Победы, Д. 25, Рыбинск, Ярославская Область 152920, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Nov 2004; alt. Organization Established Date circa 1955; Organization Type: Research and experimental development on natural sciences and engineering; Tax ID No. 7610063043 (Russia); Government Gazette Number 07507666 (Russia); Business Registration Number 1047601614390 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KERAMAX (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КЕРАМАКС), 11 Gogolevskiy Boulevard, Khamovniki Municipal District, Moscow 119019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9704212350 (Russia); Registration Number 1237700362602 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KHABAROVSK SHIPBUILDING YARD (a.k.a. JOINT-STOCK COMANY KHABAROVSKIY SHIPYARD; a.k.a. JOINT-STOCK COMPANY KHABAROVSKY SHIPBUILDING PLANT; a.k.a. JOINT-STOCK COMPANY KHSZ; a.k.a. JSC KHABAROVSK SHIPBUILDING YARD; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY FACTORY; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY ZAVOD (Cyrillic: АО ХАБАРОВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. KHABAROVSK SHIPBUILDING PLANT; a.k.a. KHABAROVSKIY SHIPBUILDING PLANT), Suvorova St, 1, Khabarovsk, Khabarovsk Territory 680003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Oct 2008; Tax ID No. 2723112662 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY KIROV ENERGOMASH PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO ZAVOD KIROV ENERGOMASH), Pr-kt Stachek, 47 litera i, pomeshch. 2-n, Kabinet 401, Saint Petersburg 198097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7805060301 (Russia); Registration Number 1027802714444 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KISELEVSKOYE POGRUZOCHNO TRANSPORTNOYE UPRAVLENIYE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КИСЕЛЕВСКОЕ ПОГРУЗОЧНО ТРАНСПОРТНОЕ УПРАВЛЕНИЕ) (a.k.a. KISELEVSKOE PTU PAO), d. 61 ul. Lenina, Kiselevsk 652700, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4211002340 (Russia); Registration Number 1024201256441 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KLINTSOVSKIY MOBILE CRANE PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КЛИНЦОВСКИЙ АВТОКРАНОВЫЙ ЗАВОД) (a.k.a. JOINT STOCK COMPANY KLINTSY MOBILE CRANES PLANT), 10 Dzerzhinskovo Street, Klintsy 243140, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3203000428 (Russia); Registration Number 1023201339700 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KLINTSY MOBILE CRANES PLANT (a.k.a. JOINT STOCK COMPANY KLINTSOVSKIY MOBILE CRANE PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КЛИНЦОВСКИЙ АВТОКРАНОВЫЙ ЗАВОД)), 10 Dzerzhinskovo Street, Klintsy 243140, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3203000428 (Russia); Registration Number 1023201339700 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KNIRTI (a.k.a. JOINT STOCK COMPANY KALUZHSKY NAUCHNO ISSLEDOVATELSKY RADIOTEKHNICHESKY HIGHER EDUCATION INSTITUTION; a.k.a. KALUGA RESEARCH INSTITUTE OF RADIO ENGINEERING JSC), Lenina st., 2, Zhukov, Kaluga Region 249192, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Jun 2012; Tax ID No. 4007017378 (Russia); Registration Number 1124011001058 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KOLOMENSKY ZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОЛОМЕНСКИЙ ЗАВОД) (a.k.a. AO KOLOMENSKI ZAVOD), 42 Partizan Street, Kolomna 140408, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5022013517 (Russia); Registration Number 1025002737242 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KOMMUNAROVSKIY GOLD MINE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОММУНАРОВСКИЙ РУДНИК), 15 Sovetskaya Street, Kommunar 655211, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1911000014 (Russia); Registration Number 1021900881936 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KONAR (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНАР), Ulitsa Eniseiskaya, Dom 8, Chelyabinsk 454010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7451064592 (Russia); Registration Number 1027403773484 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KOVROV ELECTROMECHANICAL PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO KOVROVSKII ELEKTROMEKHANICHESKII ZAVOD; a.k.a. "AO KEMZ"), 55 Krupskoi Street, Kovrov 601919, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3305004421 (Russia); Registration Number 1023301951177 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KRAFTVEY KORPOREYSHN PLS (a.k.a. AO KRAFTVEI KORPOREISHN PLS; a.k.a. AO KRAFTWAY PSC; a.k.a. CRAFTWAY CORPORATON PLS; a.k.a. JOINT STOCK COMPANY KRAFTWAY CORPORATION PLS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КРАФТВЭЙ КОРПОРЭЙШН ПЛС); a.k.a. JSC KRAFTVEY KORPOREYSHN PLS; a.k.a. JSC KRAFTWAY CORPORATION PLC), Sh. Kievskoe d. 64, Obninsk, Kaluga Region 249032, Russia; 16, 3rd Mytishchinskaya Street, Moscow 129626, Russia; Website kraftway.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Other information technology and computer service activities; Tax ID No. 5018037096 (Russia); Registration Number 1025002041525 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KRAFTWAY CORPORATION PLS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КРАФТВЭЙ КОРПОРЭЙШН ПЛС) (a.k.a. AO KRAFTVEI KORPOREISHN PLS; a.k.a. AO KRAFTWAY PSC; a.k.a. CRAFTWAY CORPORATON PLS; a.k.a. JOINT STOCK COMPANY KRAFTVEY KORPOREYSHN PLS; a.k.a. JSC KRAFTVEY KORPOREYSHN PLS; a.k.a. JSC KRAFTWAY CORPORATION PLC), Sh. Kievskoe d. 64, Obninsk, Kaluga Region 249032, Russia; 16, 3rd Mytishchinskaya Street, Moscow 129626, Russia; Website kraftway.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Other information technology and computer service activities; Tax ID No. 5018037096 (Russia); Registration Number 1025002041525 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KRASNODARSKIY AVTOCENTR KAMAZ, d. 125, ul. Krasnaya Stanitsa Dinskaya, Dinskoi Raion, Krasnodarski Kr. 353202, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Aug 2002; Tax ID No. 2330025470 (Russia); Government Gazette Number 26378374 (Russia); Registration Number 1022303612418 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

JOINT STOCK COMPANY KRASNOZNAMENSK SEMICONDUCTORS FACTORY ARSENAL (a.k.a. JOINT STOCK COMPANY KRASNOZNAMENSKIY PLANT OF SEMICONDUCTOR DEVICES ARSENAL), Ul. Svyazistov D. 9, Office 1, Krasnoznamensk 143090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5006237189 (Russia); Registration Number 1115032003074 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KRASNOZNAMENSKIY PLANT OF SEMICONDUCTOR DEVICES ARSENAL (a.k.a. JOINT STOCK COMPANY KRASNOZNAMENSK SEMICONDUCTORS FACTORY ARSENAL), Ul. Svyazistov D. 9, Office 1, Krasnoznamensk 143090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5006237189 (Russia); Registration Number 1115032003074 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KREDO (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КРЕДО) (a.k.a. "AO KREDO"), 4 ul. Olkhovskaia, korp. 2, et. 4, pom. 471, Moscow 105066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719668640 (Russia); Registration Number 1087746176341 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEW MEDIA HOLDING).

JOINT STOCK COMPANY KRONSHTADT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КРОНШТАДТ) (a.k.a. AKTSIONERNOE OBSHCHESTVO KRONSHTADT; a.k.a. AO KRONSHTADT), Descartes Business Center, Building 9, No. 18, Andropova Prospekt, Moscow 1115432, Russia (Cyrillic: Бизнес-

центр Декарт, д. 18, корп. 9, Пр. Андропова, Москва 1115432, Russia); Building 4, No. 54, Maliy Prospekt, Vasilevskiy Island, St. Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1990; Tax ID No. 7808035536 (Russia); Registration Number 1027809176141 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KRONSTADT MARINE PLANT (a.k.a. FEDERAL STATE UNITARY ENTERPRISE KRONSHTADTSKYY MORSKOY FACTORY MINOBORONY ROSSII; a.k.a. FEDERAL STATE UNITARY ENTERPRISE KRONSTADT MARINE PLANT OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. KRONSTADT MARINE PLANT), Kronstadt, St. Petrovskaya, 2, Kronstadt District, St. Petersburg 197762, Russia; Website kmolz.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Apr 1997; Tax ID No. 7818001991 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY KT - UNMANNED SYSTEMS (a.k.a. AO KT-UNMANNED SYSTEMS; a.k.a. "AO KRONSHTADT-UNMANNED SYSTEMS"; a.k.a. "AO KT - BESPILOTNYE SISTEMY"; a.k.a. "AO KT-BS"; a.k.a. "KT - UNMANNED SYSTEMS"), PR-KT Malyi V.O. D.54, K.5 Lit. P, Saint Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Apr 2012; Tax ID No. 7801572080 (Russia); Registration Number 1127847213361 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KTTS ELEKTRONIKA (a.k.a. ELECTRONICS EDC JSC; a.k.a. ELECTRONICS ENGINEERING AND DESIGN CENTER  JOINT STOCK COMPANY; a.k.a. ELEKTRONIKA ENGINEERING AND DESIGN CENTER JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMPANY DESIGN TECHNOLOGY CENTER ELEKTRONIKA), Building 119A Leninskiy Prospekt, 17A, 2nd Floor, Voronezh 394033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jan 2006; Tax ID No. 3661033667 (Russia); Registration Number 1063667000495 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KUMERTAU AVIATION PRODUCTION ENTERPRISE (a.k.a. KUMERTAU AVIATION PRODUCTION ENTERPRISE; a.k.a. "AO KUMAPP"; a.k.a. "JSC KUMAPE"), Ul. Novozarinskaya D. 15 A, Kumertau 453300, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jul 1992; Tax ID No. 0262016287 (Russia); Registration Number 1080262000609 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JOINT STOCK COMPANY LASERSERVICE (a.k.a. AO LAZERSERVIS), Ul. Vereiskaya, D. 39, Moscow 121357, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Oct 2000; Tax ID No. 7731280660 (Russia); Registration Number 1047731013857 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY LENMORNIIPROEKT (a.k.a. AKTSIONERNOE OBSHCHESTVO LENMORNIIPROEKT PO PROEKTIROVANIYU; a.k.a. LENMORNIIPROEKT PAO), Mezhevoi Kanal, 3, 2, Saint Petersburg 198035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805018067 (Russia); Registration Number 1027802723739 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY LISKINSKII ZAVOD MONTAZHNYKH ZAGOTOVOK (a.k.a. JSC LISKIMONTAZHKONSTRUKTSIYA), ul. Montazhnikov d. 1, Liski 397907, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3652000930 (Russia); Registration Number 1023601511284 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY LIT PHONON (a.k.a. OPEN JOINT STOCK COMPANY LIT FONON), Ul. Krasnobogatyrskaya D. 44, Str. 1, Moscow 107076, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718016680 (Russia); Registration Number 1027700256616 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY LOCKO BANK, Leningrad Prosp, D 39 building 80, Moscow 125167, Russia; SWIFT/BIC CLOKRUMM; Website http://www.lockobank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1994; Target Type Financial Institution; Tax ID No. 7750003943 (Russia); Identification Number 3QL4V4.99999.SL.643 (Russia); Legal Entity Number 253400BCBR616MTH6594

(Russia); Registration Number 1057711014195 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY LOMO (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЛОМО), 20 Ulitsa Chugunnaya, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jun 1993; Tax ID No. 7804002321 (Russia); Registration Number 1027802498514 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY LOYALTY PROGRAMS CENTER (a.k.a. CENTRE OF LOYALTY PROGRAMMES; a.k.a. LPC JSC), 3 Poklonnaya St., floor 3, office 120, Moscow 121170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7702770003 (Russia); Registration Number 1117746689840 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JOINT STOCK COMPANY LUCH PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO ZAVOD LUCH), 15 per. Sovetskii, Ostashkov 172735, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6913005680 (Russia); Registration Number 1026901811881 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY LYTKARINO OPTICAL GLASS PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO LYTKARINSKII ZAVOD OPTICHESKOGO STEKLA; a.k.a. "AO LZOS"; a.k.a. "JSC LZOS"), 1 ul. Parkovaia, Lytkarino 140080, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5026000300 (Russia); Registration Number 1025003178397 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MACHINE BUILDING DESIGN BUREAU (a.k.a. "AO KBM"), Ul. Sosinskaya D. 43, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jan 1993; Tax ID No. 7722307636 (Russia); Registration Number 1057709110436 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JOINT STOCK COMPANY MACHINE-BUILDING ENGINEERING OFFICE FAKEL NAMED AFTER AKADEMIKA P. D. GRUSHINA (a.k.a. ENGINEERING DESIGN BUREAU FAKEL; a.k.a. JOINT STOCK COMPANY MKB FAKEL; a.k.a. JSC EBD FAKEL), 33 Akademika

Grushina st., Khimki, Moscow Region 141401, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Oct 2002; Tax ID No. 5047051923 (Russia); Registration Number 1025006173664 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MAGNEZIT HOLDING (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО МАГНЕЗИТ ХОЛДИНГ), d. 43 str. 3 etazh 4 pom. XVI, ul. Bolshaya Polyanka, Moscow 119180, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9706028621 (Russia); Registration Number 1227700795541 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MAINTENANCE BASE OF AIRCRAFT INSTRUMENTS AND AERODROME EQUIPMENT (a.k.a. AKTSIONERNOE OBSHCHESTVO REMONTNAIA BAZA PO REMONTU AVIATSIONNYKH PRIBOROV I AERODROMNOI TEKHNIKI; a.k.a. FL AO REMBAZA; a.k.a. "AO REMBAZA"), D. 40 Ul. Titova, Balashov 412310, Russia; Nab. tarasa shevchenko d. 23 A, Moscow 121151, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6440020175 (Russia); Registration Number 1096440000425 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MALMYZH DIESEL ENGINE REPAIR PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO MALMYZHSKII ZAVOD PO REMONTU DIZELNYKH DVIGATELEI), ul. Druzhby D.2, Malmyzh 612921, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4317000543 (Russia); Registration Number 1024300612049 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УПРАВЛЯЮЩАЯ КОМПАНИЯ РОССИЙСКОГО ФОНДА ПРЯМЫХ ИНВЕСТИЦИЙ) (a.k.a. AKTSIONERNOE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSISKOGO FONDA PRYAMYKH INVESTITSI; a.k.a. AKTSIONERNOYE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSIYSKOGO FONDA PRYAMYKH INVESTITSIY; f.k.a. LIMITED LIABILITY COMPANY MANAGEMENT COMPANY OF RDIF; f.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RFPI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РФПИ); a.k.a. "AO UK RFPI" (Cyrillic: "АО УК РФПИ"); a.k.a. "JSC MC RDIF"), Naberezhnaya Presnenskaya, Dom 8 Stroyeniye 1, Etaj 7, Moscow 123112, Russia (Cyrillic: Набережная Пресненская, Дом 8, Строение 1, Этаж 7, Москва 123112, Russia); Website www.rdif.ru; alt. Website www.investinrussia.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Apr 2017; Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 7703425673 (Russia); Government Gazette Number 15110384 (Russia); Registration Number 1177746367017 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MANEL (a.k.a. AO MANEL), Ul. Vladimira Vysotskogo D. 25, Str. 12, Tomsk 634040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7017259678 (Russia); Registration Number 1107017006854 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MARI MACHINE BUILDING PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO MARIYSKII MASHINOSTROITELNYI ZAVOD; a.k.a. JSC MARI MACHINE BUILDING PLANT; a.k.a. MARI MACHINE BUILDING PLANT JSC; a.k.a. MARI MMZ; a.k.a. MARIYSKIY MACHINE-BUILDING PLANT OPEN JOINT STOCK COMPANY; a.k.a. OAO MARIYSKIY MASHINOSTROITELNYY ZAVOD; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO MARIYSKIY MASHINOSTROITELNYYZAVOD; a.k.a. "OAO MMZ"), 15, UL Suvorova 3, Yoshkar-Ola, Mary-EL 424003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1200001885 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MARINE ARCTIC GEOLOGICAL EXPEDITION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО МОРСКАЯ АРКТИЧЕСКАЯ ГЕОЛОГОРАЗВЕДОЧНАЯ ЭКСПЕДИЦИЯ) (a.k.a. "JSC MAGE"), Building 26, Sofi Perovskoy Street, Murmansk 183038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

5190100088 (Russia); Registration Number 1025100841039 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MARSHAL.GLOBAL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО МАРШАЛ.ГЛОБАЛ) (a.k.a. JSC MARSHAL.GLOBAL (Cyrillic: АО МАРШАЛ.ГЛОБАЛ)), ul. Krasnobogatyrskaya, d. 6, str. 6, et 1 komn 23, Moscow 107564, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Oct 2017; Tax ID No. 7703436139 (Russia); Registration Number 5177746148784 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MECHANICAL ENGINEERING RESEARCH INSTITUTE (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNOISSLEDOVATELSKI MASHINOSTROITELNY INSTITUT IMENI V V BAKHIREVA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНОИССЛЕДОВАТЕЛЬСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ИНСТИТУТ ИМЕНИ В В БАХИРЕВА); a.k.a. NIMI IM V V BAKHIREVA AO; a.k.a. NIMI NAMED AFTER V V BAHIREV JSC), Sh. Leningradskoe D. 58, Moscow 125212, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743873015 (Russia); Registration Number 1127747236341 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MECHEL MAINING (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО МЕЧЕЛ МАЙНИНГ) (a.k.a. JSC MECHEL MINING), Kab. 145, D. 1, Ul. Krasnoarmeiskaya, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5406437129 (Russia); Registration Number 1085406013846 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MEKHANIKA, 16 Elektrodnyi proezd, Moscow 111123, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743627436 (Russia); Registration Number 1077746097538 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MEMOTHERM MM, Ul. Bronnitskaya D. 15, Pomeshch. 68, Podolsk 142103, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722009140 (Russia); Registration Number 1027700037705 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY METEOR PLANT (a.k.a. AO ZAVOD METEOR; a.k.a. METEOR PLANT JSC), Ul. Gorkogo D. 1, Volzhskiy 404130, Russia; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Organization Established Date 17 Jul 1959; Tax ID No. 3435000717 (Russia); Registration Number 1023402012050 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JOINT STOCK COMPANY MIKRON (a.k.a. MIKRON JSC; f.k.a. NII MOLEKULYARNOI ELEKTRONIKI I ZAVOD MIKRON PAO; f.k.a. NIIME AND MIKRON; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NII MOLEKULYARNOY ELECKTRONIKI I ZAVOD MIKRON; a.k.a. PJSC MIKRON; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO MIKRON), 1st Zapadny Proezd 12/1, Zelenograd 124460, Russia; d. 6 str. 1, ul. Akademika Valieva, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 13 Jan 1994; Tax ID No. 7735007358 (Russia); Government Gazette Number 07589295 (Russia); Registration Number 1027700073466 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMPANY MIL MOSCOW HELICOPTER PLANT (a.k.a. JOINT STOCK COMPANY NATIONAL HELICOPTER CENTER MIL & KAMOV; a.k.a. JOINT STOCK COMPANY NATIONAL HELICOPTER CENTER MIL AND KAMOV), 1, Bolshaya Pionerskaya, Moscow 115054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1947; Tax ID No. 7718016666 (Russia); Registration Number 1027739032969 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JOINT STOCK COMPANY MILITARY INDUSTRIAL CONSORTIUM NPO MASHINOSTROYENIA (a.k.a. JOINT STOCK COMPANY MILITARY-INDUSTRIAL CORPORATION NPO MASHINOSTROYENIA; a.k.a. JSC MIC NPO MASHINOSTROYENIA; a.k.a. MIC NPO MASHINOSTROYENIA JSC; a.k.a. MIC NPO MASHINOSTROYENIYA JSC; a.k.a. MILITARY INDUSTRIAL CORPORATION NPO MASHINOSTROENIA OAO; a.k.a. OPEN JOINT STOCK COMPANY MILITARY INDUSTRIAL CORPORATION SCIENTIFIC AND PRODUCTION MACHINE BUILDING ASSOCIATION; a.k.a. VOENNO-PROMYSHLENNAYA KORPORATSIYA

NAUCHNO-PROIZVODSTVENNOE OBEDINENIE MASHINOSTROENIYA OAO; a.k.a. VPK NPO MASHINOSTROYENIYA), 33, Gagarina St., Reutov-town, Moscow Region 143966, Russia; 33 Gagarin Street, Reutov, Moscow Region 143966, Russia; 33 Gagarina ul., Reutov, Moskovskaya obl 143966, Russia; Website www.npomash.ru; Email Address export@npomash.ru; alt. Email Address vpk@npomash.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1075012001492 (Russia); Tax ID No. 5012039795 (Russia); Government Gazette Number 07501739 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JOINT STOCK COMPANY MILITARY-INDUSTRIAL CORPORATION NPO MASHINOSTROYENIA (a.k.a. JOINT STOCK COMPANY MILITARY INDUSTRIAL CONSORTIUM NPO MASHINOSTROYENIA; a.k.a. JSC MIC NPO MASHINOSTROYENIA; a.k.a. MIC NPO MASHINOSTROYENIA JSC; a.k.a. MIC NPO MASHINOSTROYENIYA JSC; a.k.a. MILITARY INDUSTRIAL CORPORATION NPO MASHINOSTROENIA OAO; a.k.a. OPEN JOINT STOCK COMPANY MILITARY INDUSTRIAL CORPORATION SCIENTIFIC AND PRODUCTION MACHINE BUILDING ASSOCIATION; a.k.a. VOENNO-PROMYSHLENNAYA KORPORATSIYA NAUCHNO-PROIZVODSTVENNOE OBEDINENIE MASHINOSTROENIYA OAO; a.k.a. VPK NPO MASHINOSTROYENIYA), 33, Gagarina St., Reutov-town, Moscow Region 143966, Russia; 33 Gagarin Street, Reutov, Moscow Region 143966, Russia; 33 Gagarina ul., Reutov, Moskovskaya obl 143966, Russia; Website www.npomash.ru; Email Address export@npomash.ru; alt. Email Address vpk@npomash.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1075012001492 (Russia); Tax ID No. 5012039795 (Russia); Government Gazette Number 07501739 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JOINT STOCK COMPANY MILITECH (a.k.a. MILITECH JSCO), Ul. Lukinskaya D. 4, Pomeshch. 1, Moscow 119634, Russia; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Organization Established Date 13 Sep 2022; Tax ID No. 9706026110 (Russia); Registration Number 1227700569810 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MINING AND COAL PREPARATION COMPLEX DENISOVSKIY (a.k.a. DENISOVSKY MINE; a.k.a. GOK DENISOVSKIY), ter. 1, Denisovski 1, Yakutiya 678960, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1434028995 (Russia); Registration Number 1031401726157 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MINING AND COAL PREPARATION COMPLEX INAGLINSKIY (a.k.a. GOK INAGLINSKIY; a.k.a. INAGLINSKY MINE), Building 1, Ter. 1 Denisovskiy, Neryungrinsky District 678960, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704531762 (Russia); Registration Number 1047796706033 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MIR BUSINESS BANK (a.k.a. BANK MELLI IRAN ZAO; a.k.a. JSC MB BANK; a.k.a. MB BANK; a.k.a. MB BANK, AO; a.k.a. MIR BIZNES BANK; a.k.a. MIR BIZNES BANK, AO; a.k.a. MIR BUSINESS BANK (Cyrillic: МИР БИЗНЕС БАНК); a.k.a. MIR BUSINESS BANK ZAO), 9/1 ul Mashkova, Moscow 105062, Russia; Russia; 9/1 Mashkova St., Moscow 105062, Russia; 6a Lenin Square Bld. A, Astrakhan 414000, Russia; Prechistenka Street, 36, Building 1, Moscow 119034, Russia; SWIFT/BIC MRBBRUMM; Website www.mbbru.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target Type Financial Institution; Tax ID No. 7744002363 (Russia); Legal Entity Number 253400XSDD336BT6BJ60; Registration Number 1027739669726 (Russia) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: BANK MELLI IRAN; Linked To: GLOBAL VISION GROUP).

JOINT STOCK COMPANY MKB FAKEL (a.k.a. ENGINEERING DESIGN BUREAU FAKEL; a.k.a. JOINT STOCK COMPANY MACHINE-BUILDING ENGINEERING OFFICE FAKEL NAMED AFTER AKADEMIKA P. D. GRUSHINA; a.k.a. JSC EBD FAKEL), 33 Akademika Grushina st., Khimki, Moscow Region 141401, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Organization Established Date 18 Oct 2002; Tax ID No. 5047051923 (Russia); Registration Number 1025006173664 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MORDOV RADIOELECTRONIC COMPANY (a.k.a. MORDOVIA RADIO ELECTRONIC COMPANY; a.k.a. "AO MPK"), Ul. Bolshaya Akademicheskaya D. 44, Korp. 2, Moscow 127550, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1324000130 (Russia); Registration Number 1111324000501 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MOSCOW AUTOMOTIVE FACTORY MOSKVICH (a.k.a. CLOSED JOINT STOCK COMPANY RENO RUSSIA; a.k.a. JSC MAF MOSKVICH; a.k.a. MOSCOW AUTOMOBILE PLANT MOSKVICH AO), Pr-Kt Volgogradskii D. 42, K. 36, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Aug 1998; Tax ID No. 7709259743 (Russia); Government Gazette Number 18609799 (Russia); Registration Number 1027739178202 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK (a.k.a. JOINT STOCK COMMERCIAL BANK MOSCOW INDUSTRIAL BANK; a.k.a. JSC MOSCOW INDUSTRIAL BANK (Cyrillic: АО МОСКОВСКИИ ИНДУСТРИАЛЬНЫИ БАНК); a.k.a. MOSCOW INDUSTRIAL BANK PJSCB; f.k.a. MOSKOVSKI INDUSTRIALNY BANK PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; a.k.a. MOSKOVSKIJ INDUSTRIALNYJ BANK PJSCB; a.k.a. MOSKOVSKY INDUSTRIALNY BANK; f.k.a. PUBLIC JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK), Ordzhonikidze Street 5, Moscow 115419, Russia; SWIFT/BIC MINNRUMM; BIK (RU) 044525600; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Nov 1990; Target Type Financial Institution; Tax ID No. 7725039953 (Russia); Government Gazette Number 09317135 (Russia); Legal Entity Number 2534006SJ05GGKETEY75 (Russia); Registration Number 1027739179160 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MOSCOW ORDER OF THE RED BANNER OF LABOR RESEARCH RADIO ENGINEERING INSTITUTE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО МОСКОВСКИЙ ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ НАЧНО-ИССЛЕДОВАТЕЛЪСКИЙ РАДИОТЕХНИЧЕСКИЙ ИНСТИТУТ) (a.k.a. AKTSIONERNOE OBSHCHESTVO MOSKOVSKI ORDENA TRUDOVOGO KRASNOGO ZNAMENI NAUCHNO-ISSLEDOVATELSKI RADIOTEKHNICHESKI INSTITUT; a.k.a. JOINT-STOCK COMPANY MOSCOW RESEARCH SCIENTIFIC RADIO COMMUNICATION INSTITUTE; a.k.a. JSC MNIRTI; a.k.a. MOSKOVSKI ORDENA TRUDOVOGO KRASNOGO ZNAMENI NAUCHNO-ISSLEDOVATELSKI RADIOTEKHNICHESKI INSTITUT PAO), 2/1 Bolshoi Trekhsvyatitelski Lane, Moscow 109028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jun 1992; Tax ID No. 7709899951 (Russia); Registration Number 1127746217422 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MOSCOW SCIENTIFIC AND PRODUCTION COMPLEX OF AVIONICA O V USPENSKY (a.k.a. JOINT STOCK COMPANY AVIONICA; a.k.a. JOINT STOCK COMPANY OTKRYTOVO TIPA MOSKOVSKIY NAUCHNO PROIZVODSTVENNYY KOMPLEKS AVIONIKA; a.k.a. MNPK AVIONIKA), 7 Obraztsova Street, Moscow 127055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715003820 (Russia); Registration Number 1027739158402 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MOSKOVSKIY MASHINOSTROITELNIY ZAVOD AVANGARD (a.k.a. JSC MOSCOW MACHINERY BUILDING PLANT AVANGARD; a.k.a. OAO MMZ AVANGARD; a.k.a. OJSC MOSCOW MACHINERY BUILDING PLANT AVANGARD; a.k.a. OPEN JOINT STOCK COMPANY MOSCOW MACHINERY BUILDING PLANT AVANGARD), Ul. Klary Tsetkin 33, Moscow 125130, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743065177 (Russia); Registration Number 1027743012890 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MOTOVILICHA PLANTS (a.k.a. MOTOVILIKHINSKIE ZAVODY), d. 35, str. 245, Ul. 1905, Perm 641014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5906009273 (Russia); Registration Number 1025901364708 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MUROM MACHINE BUILDING PLANT PRODUCTION ASSOCIATION, per. 4-i Lesnoi d. 4, office 488, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3334005395 (Russia); Registration Number 1053302121509 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MUROM SPECIAL DESIGN BUREAU (a.k.a. AKTSIONERNOE OBSHCHESTVO MUROMSKOE SPETSIALNOE KONSTRUKTORSKOE BYURO; a.k.a. "AO MUROMSKOE SKB"), 5 Karacharovskoe Highway, Murom 602251, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3307000983 (Russia); Registration Number 1086623002190 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NATIONAL AVIATION SERVICE COMPANY (a.k.a. NATIONAL AVIATION SERVICE COMPANY (Cyrillic: НАЦИОНАЛЬНАЯ АВИАЦИОННО-СЕРВИСНАЯ КОМПАНИЯ); a.k.a. "JSC NASC"), Proezd Yablochkova D. 5, Korpus 18, Ryazan 390023, Russia; Ul. Bolshaya Tatarskaya D. 35, Str. 4, Floor 2, Pomeshch. IX/Kom. 5, Moscow 115184, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Apr 1994; Target Type State-Owned Enterprise; Tax ID No. 6230116089 (Russia); Registration Number 1206200002249 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NATIONAL ENGINEERING CORPORATION (a.k.a. AKTSIONERNOE OBSHCHESTVO NATSIONALNAYA INZHINIRINGOVAYA KORPORATSIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАЦИОНАЛЬНАЯ ИНЖИНИРИНГОВАЯ КОМПАНИЯ); a.k.a. "AO NIK" (Cyrillic: "АО НИК"); a.k.a. "JSC NEC"), d. 3 korp. 2 pom, 71-N, pl. Konstitutsii, St. Petersburg 196247, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Oct 2014; Tax ID No. 7810942838 (Russia); Government Gazette Number 72473566 (Russia); Registration Number 1147847338902 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NATIONAL HELICOPTER CENTER MIL & KAMOV (f.k.a. JOINT STOCK COMPANY MIL MOSCOW HELICOPTER PLANT; a.k.a. JOINT STOCK COMPANY NATIONAL HELICOPTER CENTER MIL AND KAMOV), 1, Bolshaya

Pionerskaya, Moscow 115054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1947; Tax ID No. 7718016666 (Russia); Registration Number 1027739032969 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JOINT STOCK COMPANY NATIONAL HELICOPTER CENTER MIL AND KAMOV (f.k.a. JOINT STOCK COMPANY MIL MOSCOW HELICOPTER PLANT; a.k.a. JOINT STOCK COMPANY NATIONAL HELICOPTER CENTER MIL & KAMOV), 1, Bolshaya Pionerskaya, Moscow 115054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1947; Tax ID No. 7718016666 (Russia); Registration Number 1027739032969 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JOINT STOCK COMPANY NAUCHNO ISSLEDOVATELSKII INSTITUT STALI (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ СТАЛИ) (a.k.a. JSC RESEARCH INSTITUTE OF STEEL; a.k.a. "AO NII STALI"), d. 81A ul. Dubninskaya, Moscow 127411, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713070243 (Russia); Registration Number 1027739081556 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NEFTEGAZAVTOMATIKA (a.k.a. NEFTEGAZAVTOMATIKA AO (Cyrillic: НЕФТЕГАЗАВТОМАТИКА АО)), Shosse Varshavshoe 39, Moscow 113105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Aug 1992; Tax ID No. 7724230019 (Russia); Registration Number 1037739224973 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NEVA ELEKTRONIKA (a.k.a. NEVA ELECTRONICS JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НЕВА ЭЛЕКТРОНИКА); a.k.a. NEVA ELEKTRONIKA AO), Prospekt Yuriya Gagarina, Dom 2, Liter A, Pom. 20-N, Saint Petersburg 196105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Sep 2007; Tax ID No. 7813389280 (Russia); Registration Number 1077847571669 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NEVSKOYE PROJECT AND DESIGN BUREAU (a.k.a.

JOINT PUBLIC STOCK COMPANY NEVSKOE DESIGN BUREAU; a.k.a. JSC NEVSKOE PKB (Cyrillic: АО НЕВСКОЕ ПКБ); a.k.a. JSC NEVSKOYE PROYEKTNO-KONSTRUKTORSKOYE BYURO (Cyrillic: АО НЕВСКОЕ ПРОЕКТНО-КОНСТРУКТОРСКОЕ БЮРО); a.k.a. NEVSKOE DESIGN AND CONSTRUCTION OFFICE; a.k.a. NEVSKOE DESIGN BUREAU; a.k.a. NEVSKOE DESIGN BUREAU JPSC), Galerny Proezd 3, Saint-Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Sep 1995; Tax ID No. 7801074335 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY NEVSKY ZAVOD (a.k.a. NEVSKIY ZAVOD CLOSED COMPANY), Obukhovskoi Oborony Pr D. 51, St. Petersburg 192029, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806369727 (Russia); Registration Number 1077847587003 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NEW HOLDING 1 (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НОВЫЙ ХОЛДИНГ 1), 14 Spartakovskaya Square, Building 3, Suite 9N/2, Office 222, Basmannyy Municipal District, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701221935 (Russia); Registration Number 1227700618837 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NEW HOLDING 2 (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НОВЫЙ ХОЛДИНГ 2), 14 Spartakovskaya Square, Building 3, Suite 9N/2, Office 223, Basmannyy Municipal District, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701221928 (Russia); Registration Number 1227700618826 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

JOINT STOCK COMPANY NEW HOLDING 3 (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НОВЫЙ ХОЛДИНГ 3), 14 Spartakovskaya Square, Building 3, Suite 9N/2, Office 224, Basmannyy Municipal District, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701221910 (Russia); Registration Number 1227700618804 (Russia) [RUSSIA-EO14024]

(Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

JOINT STOCK COMPANY NEW SPACE CORPORATION (a.k.a. "NEW SPACE CORP"), d. 12 etazh 77 kom. 2.3 OFIS 14, naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703055602 (Russia); Registration Number 1217700511324 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NEW TOWERS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НОВЫЕ БАШНИ), 34 Mashi Poryvayevoy Street, Floor 4, Suite III, Room 20, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707459874 (Russia); Registration Number 1217700590469 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

JOINT STOCK COMPANY NIIET (a.k.a. ELECTRONIC TECHNOLOGY RESEARCH INSTITUTE; a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH ELEKTRONNOY TEKHNIKI; a.k.a. RESEARCH INSTITUTE OF ELECTRONIC ENGINEERING), 5 Starykh Bolshevikov Str., Voronezh, Voronezh Region 394033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Oct 2012; Tax ID No. 3661057900 (Russia); Registration Number 1123668048789 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NIIMA PROGRESS (a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH MICROELECTRONIC EQUIPMENT PROGRESS; a.k.a. MICROELECTRONICS RESEARCH INSTITUTE PROGRESS JSC; a.k.a. PROGRESS MRI JSC), 54 Cherepanovykh Driveway, Moscow 125183, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Nov 2012; Tax ID No. 7743869192 (Russia); Registration Number 1127747128662 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NIIME (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNOISLEDOVATELSKIY INSTITUT MOLEKULYARNOY ELEKTRONIKI; a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-ISSLEDOVATELSKI INSTITUT MOLEKULYARNOI ELEKTRONIKI; a.k.a. MOLECULAR ELECTRONICS RESEARCH INSTITUTE, JOINT STOCK COMPANY; a.k.a.

NAUCHNO ISSLEDOVATELSKI INSTITUT MOLEKULYARNOI ELEKTRONIKI AO; a.k.a. NIIME, AO), 1st Zapadny Proezd 12/1, Zelenograd 124460, Russia; d. 6 str. 1, ul. Akademika Valieva, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Sep 1964; Tax ID No. 7735579027 (Russia); Government Gazette Number 92611467 (Russia); Registration Number 1117746568829 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NIIVK NAMED AFTER M. A. KARTSEVA (a.k.a. AO NIIVK N.A. M.A. KARTSEV; a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH VYCHISLITELNYKH KOMPLEKSOV NAMED AFTER M. A. KARTSEVA; a.k.a. JSC NII VYCHISLITELNYKH KOMPLEKSOV IM. M.A. KARTSEVA), Profsoyuznaya St., 108, Moscow 117437, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 May 1993; Tax ID No. 7728032882 (Russia); Registration Number 1037700128828 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NIZHNY NOVGOROD PLANT OF THE 70TH ANNIVERSARY OF VICTORY (a.k.a. AO NIZHEGORODSKIY ZAVOD 70 LETIYA POBEDY; a.k.a. AO NZ 70 LETIYA POBEDY; a.k.a. ZAVOD 70 LETIYA POBEDY; a.k.a. "NZSLP"), 21 Sormovskoe Highway, Nizhny Novgorod 603052, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5259113339 (Russia); Registration Number 1145259004296 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NIZHNY NOVGOROD RESEARCH AND PRODUCTION ASSOCIATION NAMED AFTER MV FRUNZE (a.k.a. AKTSIONERNOE OBSHCHESTVO NIZHEGORODSKOE NAUCHNO PROIZVODSTVENNOE OBEDINENIE IMENI M V FRUNZE; a.k.a. AO NNPO IMENI M V FRUNZE; a.k.a. JSC NNRPA N A MV FRUNZE), 174, pr-kt Gagarina, GSP-299, Nizhny Novgorod 603950, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5261077695 (Russia); Registration Number 1115261005738 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NOBILITY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НОБИЛИТИ) (a.k.a. NOBILITY JSC (Cyrillic: АО НОБИЛИТИ)), Bolshoy Sampsonievsky pr., 60, lit. A, pom. 2N/1114, St. Petersburg 194044, Russia; Unit 2H114, Leter A, prospekt Bolshoy Sampsoniyevskiy 60, St. Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802706763 (Russia); Identification Number IMO 6195490; Business Registration Number 1207800055341 (Russia) [RUSSIA-EO14024] [PEESA-EO14039].

JOINT STOCK COMPANY NORTH DESIGN BUREAU (a.k.a. JSC NORTH PKB (Cyrillic: АО СЕВЕРНОЕ ПКБ); a.k.a. JSC SEVERNOYE PKB; a.k.a. SEVERNOE DESIGN BUREAU; a.k.a. SEVERNOE DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. SEVERNOYE DESIGN BUREAU), Ul. Korabelnaya, d. 6, Korpus 2, Letter A, St. Petersburg 198096, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Aug 2008; Tax ID No. 7805468860 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY NORTH WESTERN REGIONAL CENTER OF ALMAZ ANTEY CONCERN OBUKHOVSKY PLANT (a.k.a. JOINT STOCK COMPANY OBUKHOVSKY FACTORY; a.k.a. JSC GOZ OBUKHOV PLANT; a.k.a. JSC OBUKHOVSKIY PLANT NORTHWEST REGIONAL CENTER OF ALMAZ ANTEY CORPORATION; a.k.a. JSC SOP OBUCHOVSKY PLANT), Obukhovskoy Defense Ave., 120, Saint Petersburg 190012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Nov 2003; Tax ID No. 7811144648 (Russia); Registration Number 1037825058732 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NORTHERN PRODUCTION ASSOCIATION ARKTIKA (a.k.a. JSC SEVERNOYE PRODUCTION OBYEDINENIYE ARKTIKA (Cyrillic: АО СЕВЕРНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ АРКТИКА); a.k.a. JSC SPO ARKTIKA; a.k.a. PRODUCTION ASSOCIATION ARKTIKA), Archangelskoye Shosse, 34, Severodvinsk, Arkhangelsk Region 164500, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Jan 2008; Tax ID No. 2902057930 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY (a.k.a. JSC NSC ARKHANGELSK; a.k.a. OAO SEVERNOYE MORSKOYE PAROKHODSTVO; a.k.a. OJSC NORTHERN SHIPPING COMPANY; a.k.a. OPEN JSC NORTHERN SHIPPING COMPANY; a.k.a. "ANSC"; a.k.a. "OJSC NSC"), Nab. Severnoy Dviny, 36, Arkhangelsk 163000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2901008432 (Russia); Identification Number IMO 0555641 [RUSSIA-EO14024].

JOINT STOCK COMPANY NOVAYA ERA, 21 Partizanskaya Street, Saint Petersburg 195248, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806008174 (Russia); Registration Number 1027804176047 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NOVOSIBIRSK CARTRIDGE PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO NOVOSIBIRSKII PATRONNYI ZAVOD; a.k.a. "JSC NPZ"), Station Building St, Bldg. 30A, Office 307, Novosibirsk 630108, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5445115799 (Russia); Registration Number 1035404726246 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NOVOSIBIRSK INSTRUMENT MAKING PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO NOVOSIBIRSKII PRIBOROSTROITELNYI ZAVOD; a.k.a. "AO NPZ"), Ul. Dusi Kovalchuk D. 179/2, Novosibirsk 630049, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5402534261 (Russia); Registration Number 1115476008889 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NOVOSIBIRSK MECHANICAL PLANT ISKRA (a.k.a. AKTSIONERNOE OBSHCHESTVO NOVOSIBIRSKII MEKHANICHESKII ZAVOD ISKRA; a.k.a. AO NMZ ISKRA), Chekalina St., Building 8, Novosibirsk 630900, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5410039642 (Russia); Registration Number 1115476008890 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NOVOTROITSKII ZAVOD HROMOVYH SOEDINENII (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НОВОТРОЙЦКИЙ ЗАВОД ХРОМОВЫХ СОЕДИНЕНИЙ) (a.k.a. AO NZKHS), d. 49, ul.

Promyshlennaya, Novotroitsk 462353, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5607002135 (Russia); Registration Number 1025600820431 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NOVY LEASING (a.k.a. JOINT STOCK COMPANY NOVY LIZING), d. 6 k. 3 blok 2/1, ul. Azovskaya, Moscow 117149, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722176158 (Russia); Registration Number 1027739308300 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NOVY LIZING (a.k.a. JOINT STOCK COMPANY NOVY LEASING), d. 6 k. 3 blok 2/1, ul. Azovskaya, Moscow 117149, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722176158 (Russia); Registration Number 1027739308300 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NPC SPETSNEFTPRODUKT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НПЦ СПЕЦНЕФТЬПРОДУКТ), D. 19A etazh 8 Pom., I kom. 1-11, per. Khlebny, Moscow 121069, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1027739694454 (Russia); Registration Number 7706210718 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NPO STEKLOPLASTIC (a.k.a. NPO STEKLOPLASTIC), K. 3A, Solnechnogorsk, r/p Andreevka District, Moscow Region 141551, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5044000039 (Russia); Registration Number 1035008852097 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NPO SYSTEM (a.k.a. SIU SYSTEM JOINT STOCK COMPANY), Ul. Rochdelskaya 15/23, Moscow 123376, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703676733 (Russia); Registration Number 5087746210041 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NPP VNIIGIS (a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RESEARCH AND DESIGN INSTITUTE OF WELL LOGGING; a.k.a. "AO NPP VNIIGIS"), 1, ul. Gorkogo Oktyabrski, Bashkortostan Republic 452614, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Dec 1995; Tax ID No. 0265013492 (Russia); Government Gazette Number 01423872 (Russia);

Registration Number 1020201929439 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NS BANK (a.k.a. NS BANK), Dobrovolcheskaya 20 - 2, Moscow, 109004, Russia; SWIFT/BIC INUORUMM; Website www.nsbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7744001024 (Russia); Legal Entity Number 253400R2XBUSENB00758; Registration Number 1027739198200 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NTV BROADCASTING COMPANY (a.k.a. AO TELEKOMPANIYA NTV), ul. Akademika Koroleva d. 12, Moscow 127427, Russia; ul. Argunovskaya d. 5, Moscow 129075, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1993; Tax ID No. 7703191457 (Russia); Registration Number 1027739667218 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY OBNINSK RESEARCH AND PRODUCTION ENTERPRISE TECHNOLOGIYA NAMED AFTER A. G. ROMASHIN (a.k.a. JSC OBNINSKOYE NPP TEKHNOLOGIYA IM. A.G.ROMASHINA; a.k.a. JSC ORPE TECHNOLOGIYA NAMED AFTER A. G. ROMASHIN), 15 Kievskoye Shosse, Obninsk, Kaluga Region 249031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Dec 2011; Tax ID No. 4025431260 (Russia); Registration Number 1114025006160 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY OBORONAUTO (a.k.a. AO OBORONAVTO), Nab. Krasnopresnenskaya D. 12, Pomeshch. 1/18, Moscow 123610, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743376366 (Russia); Registration Number 1227700119679 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY OBUKHOVSKOYE (a.k.a. CJSC OBUKHOVSKOYE; a.k.a. OBUHOVSKOE JSC; a.k.a. SC OBUKHOVSKOYE), Tsvetochnaya st., 7, Saint Petersburg, 196084 Russia, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Jan 2002; alt. Organization Established Date 1994; Tax ID No. 7805025258 (Russia); Registration Number 1037811025152 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY OBUKHOVSKY FACTORY (a.k.a. JOINT STOCK COMPANY NORTH WESTERN REGIONAL CENTER OF ALMAZ ANTEY CONCERN OBUKHOVSKY PLANT; a.k.a. JSC GOZ OBUKHOV PLANT; a.k.a. JSC OBUKHOVSKIY PLANT NORTHWEST REGIONAL CENTER OF ALMAZ ANTEY CORPORATION; a.k.a. JSC SOP OBUCHOVSKY PLANT), Obukhovskoy Defense Ave., 120, Saint Petersburg 190012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Nov 2003; Tax ID No. 7811144648 (Russia); Registration Number 1037825058732 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ODK-KLIMOV (a.k.a. AO ODK-KLIMOV (Cyrillic: АО ОДК-КЛИМОВ); a.k.a. JOINT-STOCK COMPANY ODK-KLIMOV; a.k.a. ODK-KLIMOV), 11 Kantemirovskaya Str., Saint Petersburg 194100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802375335 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY OFS TECHNOLOGIES (a.k.a. OFS TECHNOLOGIES JSC), Proezd 1-I Krasnogvardeiskii D. 22, Str. 1, Floor/Pomeshch. 8/8.23, Mesto 174, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7714024384 (Russia); Registration Number 1027739299961 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMPANY OHANGARONSEMENT (a.k.a. AKHANGARANCEMENT JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АХАНГАРАНЦЕМЕНТ); a.k.a. OHANGARONSEMENT AKSIYADORLIK JAMIYATIGA), Promzona, g. Akhangaran, Tashkent Province 110300, Uzbekistan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Manufacture of articles of concrete, cement and plaster; Tax ID No. 200463344 (Uzbekistan) [RUSSIA-EO14024] (Linked To: AKKERMANN CEMENT CA LIMITED LIABILITY COMPANY).

JOINT STOCK COMPANY OKB NAMED AFTER A.S. YAKOVLEV (a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESIGN BUREAU NAMED AFTER A.S. YAKOVLEV; a.k.a. JOINT-STOCK COMPANY A.S.

YAKOVLEV DESIGN BUREAU; a.k.a. JSC A.S. YAKOVLEV DB; a.k.a. OJSC OPYTNO-KONSTRUKTORSKOYE BYURO IM. A.S. YAKOVLEVA), 68 Leningradsky Ave, Moscow 125315, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Aug 1993; Tax ID No. 7714039849 (Russia); Registration Number 1027739252298 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKOVLEV).

JOINT STOCK COMPANY OKTAVA (a.k.a. AKTSIONERNOE OBSHCHESTVO OKTAVA; a.k.a. OKTAVA PLANT), D. 24 Kaminskogo ul., Tula 300000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7107033763 (Russia); Registration Number 1027100967740 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY OKTOGLASS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОКТОГЛАСС) (a.k.a. "OCTOGLASS"), pom. II, etazh 23, d. 12, naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724402282 (Russia); Registration Number 1177746181249 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY OLOVYANNAYA RUDNAYA KOMPANIYA (a.k.a. "JSC ORK" (Cyrillic: "АО ОРК"); a.k.a. "TIN MINING COMPANY"), ul. Lenina 26A, Gorny 682707, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2717017562 (Russia); Registration Number 1102717000198 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY OMSK PLANT OF CIVIL AVIATION (a.k.a. JOINT STOCK COMPANY OMSKY FACTORY GRAZHDANSKOY AVIATSII; a.k.a. JSC OMSK CIVIL AVIATION PLANT; a.k.a. "JSC OZGA"), 112 Surovtseva Str, Omsk 644015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5507029944 (Russia); Registration Number 1025501378572 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY OMSK SCIENTIFIC RESEARCH INSTITUTE OF INSTRUMENT ENGINEERING (a.k.a. JOINT STOCK COMPANY OMSKIY NAUCHNO ISSLEDOVATELSKIY INSTITUT PRIBOROSTROENIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОМСКИЙ НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ПРИБОРОСТРОЕНИЯ); a.k.a.

OMSK INSTRUMENT RESEARCH INSTITUTE; a.k.a. "AO ONIIP"; a.k.a. "JSC ONIIP"), Ulitsa Maslennikova, Dom 231, Omsk 644009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5506218498 (Russia); Registration Number 1115543024574 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY OMSKIY NAUCHNO ISSLEDOVATELSKIY INSTITUT PRIBOROSTROENIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОМСКИЙ НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ПРИБОРОСТРОЕНИЯ) (a.k.a. JOINT STOCK COMPANY OMSK SCIENTIFIC RESEARCH INSTITUTE OF INSTRUMENT ENGINEERING; a.k.a. OMSK INSTRUMENT RESEARCH INSTITUTE; a.k.a. "AO ONIIP"; a.k.a. "JSC ONIIP"), Ulitsa Maslennikova, Dom 231, Omsk 644009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5506218498 (Russia); Registration Number 1115543024574 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY OMSKY FACTORY GRAZHDANSKOY AVIATSII (a.k.a. JOINT STOCK COMPANY OMSK PLANT OF CIVIL AVIATION; a.k.a. JSC OMSK CIVIL AVIATION PLANT; a.k.a. "JSC OZGA"), 112 Surovtseva Str, Omsk 644015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5507029944 (Russia); Registration Number 1025501378572 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY OMUTNINSK METALLURGICAL PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO OMUTNINSKI METALLURGICHESKI ZAVOD; a.k.a. "OMZ AO"), 2 Rus Kokovikhina, Omutninsk 612740, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Sep 2002; Tax ID No. 4322000130 (Russia); Government Gazette Number 00186329 (Russia); Registration Number 1024300962971 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY OPERATING ORGANIZATION OF ZAPORIZHZHYA NPP (a.k.a. JOINT STOCK COMPANY OPERATING ORGANIZATION ZAPORIZHZHYA NUCLEAR POWER PLANT; a.k.a. "JSC OE ZNPP"), Ferganskaya Street 25, Moscow, Russia; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Organization Established Date Oct 2022 [RUSSIA-EO14024].

JOINT STOCK COMPANY OPERATING ORGANIZATION ZAPORIZHZHYA NUCLEAR POWER PLANT (a.k.a. JOINT STOCK COMPANY OPERATING ORGANIZATION OF ZAPORIZHZHYA NPP; a.k.a. "JSC OE ZNPP"), Ferganskaya Street 25, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date Oct 2022 [RUSSIA-EO14024].

JOINT STOCK COMPANY OPTRON STAVROPOL (a.k.a. AKTSIONERNOE OBSCHESTVO OPTRON STAVROPOL; a.k.a. GAZTRON CORP; a.k.a. OPTRON STAVROPOL CORP), 431 Lenina Str., Stavropol 355000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2635078677 (Russia); Registration Number 1052600264254 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ORSKIY MACHINE BUILDING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОРСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ЗАВОД), 1 Krupskoy Street, Orsk 462431, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5613000880 (Russia); Registration Number 1025601999400 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY OTKRYTOVO TIPA MOSKOVSKIY NAUCHNO PROIZVODSTVENNYY KOMPLEKS AVIONIKA (a.k.a. JOINT STOCK COMPANY AVIONICA; a.k.a. JOINT STOCK COMPANY MOSCOW SCIENTIFIC AND PRODUCTION COMPLEX OF AVIONICA O V USPENSKY; a.k.a. MNPK AVIONIKA), 7 Obraztsova Street, Moscow 127055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715003820 (Russia); Registration Number 1027739158402 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY OZERNAYA MINING COMPANY (a.k.a. JOINT STOCK COMPANY OZGRK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОЗГРК)), 10 Naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9705126249 (Russia); Registration Number 1187746993114 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY OZGRK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОЗГРК) (a.k.a. JOINT STOCK COMPANY OZERNAYA

MINING COMPANY), 10 Naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9705126249 (Russia); Registration Number 1187746993114 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PENZENSKY NAUCHNO ISSLEDOVATELSKY ELEKTROTEKHNICHESKY HIGHER EDUCATION INSTITUTION (a.k.a. JSC PENZA ELECTROTECHNICAL RESEARCH INSTITUTE; a.k.a. "PNIEI JSC"), 9 Sovetskaya Str., Penza, Penza Region 440026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Dec 2011; Tax ID No. 5836649358 (Russia); Registration Number 1115836009255 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PERM SCIENTIFIC INDUSTRIAL INSTRUMENT MAKING COMPANY (a.k.a. OJSC PERM SCIENTIFIC AND PRODUCTION INSTRUMENT AND CONSTRUCTION COMPANY; a.k.a. PAO PNPPK; a.k.a. PUBLIC JOINT STOCK COMPANY PERM RESEARCH AND PRODUCTION INSTRUMENT MAKING COMPANY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO PERMSKAIA NAUCHNO PROIZVODSTVENNAIA PRIBOROSTROITELNAIA KOMPANIIA), 25th of October Street, Number 106, Perm 614990, Russia; 7 Obraztsova ul., Str. 5, Moscow, Russia; 2A Arkhitekturnaia (Sosnovyi Mkr.) ul., Arzamas, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5904000395 (Russia); Registration Number 1025900906349 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PERMSKIY ZAVOD MASHINOSTROITEL (a.k.a. AO PERMSKIY ZAVOD MASHINOSTROITEL; a.k.a. JSC PERM PLANT MASHINOSTROITEL; a.k.a. JSC PERMSKY ZAVOD MASHINOSTROITEL; a.k.a. MASHINOSTROITEL PERM FACTORY JSC), 57 Novozvyaginskaya Street, Perm 614014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Jun 2007; Tax ID No. 5906075029 (Russia); Registration Number 1075906004217 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PERSPECTIVE INDUSTRIAL AND INFRASTRUCTURAL TECHNOLOGIES (a.k.a. AO PPIT; a.k.a.

JOINT STOCK COMPANY PROMISING INDUSTRIAL AND INFRASTRUCTURE TECHNOLOGIES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПЕРСПЕКТИВНЫЕ ПРОМЫШЛЕННЫЕ И ИНФРАСТРУКТУРНЫЕ ТЕХНОЛОГИИ); a.k.a. JSC PERSPECTIVE INDUSTRIAL AND INFRASTRUCTURAL TECHNOLOGIES; a.k.a. JSC PPIT (Cyrillic: АО ППИТ)), Nab. Presnenskaya D. 8, Str. 1, ET. 7, Pom. I, Kom. 3 Rab. Mesto 7.10, Moscow 123112, Russia (Cyrillic: Пресненская наб., д. 8 стр. 1, эт. 7, пом. i, ком. 3 раб. место 7.10, город Москва 123112, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Aug 2021; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 9709073580 (Russia); Government Gazette Number 51643627 (Russia); Registration Number 1217700369193 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PERSPECTIVE TECHNOLOGIES CENTER (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTR PERSPEKTIVNYKH TEKHNOLOGI (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЦЕНТР ПЕРСПЕКТИВНЫХ ТЕХНОЛОГИЙ); a.k.a. "JSC CPT"; a.k.a. "TSPT AO" (Cyrillic: "АО ЦПТ")), Sh. Kashirskoe, D. 44, K. 2, Moscow 115409, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jul 1996; alt. Organization Established Date 22 Oct 2002; Tax ID No. 7724185856 (Russia); Government Gazette Number 42935911 (Russia); Registration Number 1027700343626 (Russia) [RUSSIA-EO14024] (Linked To: CJSC PERSPECTIVE TECHNOLOGIES AGENCY).

JOINT STOCK COMPANY PERVOURALSKIY NEW PIPE PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПЕРВОУРАЛЬСКИЙ НОВОТРУБНЫЙ ЗАВОД) (a.k.a. "JSC PNTZ" (Cyrillic: "АО ПНТЗ")), 1 Torgovaya Street, Pervouralsk 623100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6625004271 (Russia); Registration Number 1026601503840 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PETERSBURG SOCIAL COMMERCIAL BANK (a.k.a. JSC BANK PSCB; f.k.a. PETERSBURG SOCIAL COMMERCIAL BANK OPEN JOINT STOCK COMPANY), Ul. Shpalernaya D. 42, Saint Petersburg 191123, Russia; Moscow, Russia;

SWIFT/BIC PSOCRU2P; alt. SWIFT/BIC PSOCRUA1; Website http://www.pscb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Oct 1993; Target Type Financial Institution; Tax ID No. 7831000965 (Russia); Identification Number 3QL4V4.99999.SL.643 (Russia); Legal Entity Number 25340080MLWXGXT26935; Registration Number 1027800000227 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PLANT LEGMASH (a.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO BELORUSSKIY METALLURGICHESKIY ZAVOD; a.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO ZAVOD LEGMASH (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЗАВОД ЛЕГМАШ); a.k.a. ZAVOD SHVEINYKH MASHIN OAO), 17, per. Vostochny, Orsha 211390, Belarus; Tax ID No. 300228934 (Belarus) [BELARUS-EO14038].

JOINT STOCK COMPANY PLANT N9 (a.k.a. JSC ZAVOD NO. 9), Pl. 1I Pyatiletki, Yekaterinburg 620012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6673189640 (Russia); Registration Number 1086673012920 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PLASMA (a.k.a. JSC PLASMA; a.k.a. "AO PLAZMA"), Ul. Tsiolkovskogo D. 24, Ryazan 390023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1959; Tax ID No. 6230005886 (Russia); Registration Number 1026201102850 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JOINT STOCK COMPANY PLASTMASS PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПЛАСТМАСС ЗАВОД), 52 Pobedy Ave., Kopeysk, Chelyabinsk Region 456620, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7411009901 (Russia); Registration Number 1117411001388 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PMC WAGNER CENTER (a.k.a. AKTSIONERNOE OBSHCHESTVO CHVK VAGNER TSENTR; a.k.a. AKTSIONERNOE OBSHCHESTVO KONSALT), 15 Zolnaya St, Building 1, Room. 1-N, Ch. P. 194, Office 206, St. Petersburg 193318, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID

No. 7811783517 (Russia); Registration Number 1227800167242 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PO SEVMASH (a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION NORTHERN MACHINE-BUILDING ENTERPRISE; a.k.a. JOINT-STOCK COMPANY PRODUCTION ASSOCIATION SEVERNOYE MACHINE-BUILDING ENTERPRISE; a.k.a. JSC PRODUCTION OBYEDINENIYE SEVERNOYE MASHINOSTROITELNOYE (Cyrillic: АО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СЕВЕРНОЕ МАШИНОСТРОИТЕЛЬНОЕ ПРЕДПРИЯТИЕ); a.k.a. PRODUCTION ASSOCIATION SEVMASH), 58 Arkhangelskoye Highway, Severodvinsk, Arkhangelsk Region 164500, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jun 2008; Tax ID No. 2902059091 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY POLEMA, ul. Przhevalskogo D. 3, Tula 300016, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7105008070 (Russia); Registration Number 1027100684050 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY POLEMA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПОЛЕМА), Building 3, Przhevalskovo Street, Tula 300016, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7105008070 (Russia); Registration Number 1027100684050 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY POLIMER, Ul. Proizvodstvennaya D. 4, Chapayevsk, Russia 446100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1026303177119 (Russia); Tax ID No. 6335005315 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY POLIMETALL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПОЛИМЕТАЛЛ) (a.k.a. JOINT STOCK COMPANY POLYMETAL), prospekt Narodnogo Opolcheniya, d. 2 ofis 1063 Biznes-tsentr Gals, Saint Petersburg 198216, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 12 Mar 1998; Organization Type: Mining of other non-ferrous

metal ores; Registration ID 1027802743308 (Russia); Tax ID No. 7805104870 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMPANY POLYMETAL (a.k.a. JOINT STOCK COMPANY POLIMETALL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПОЛИМЕТАЛЛ)), prospekt Narodnogo Opolcheniya, d. 2 ofis 1063 Biznes-tsentr Gals, Saint Petersburg 198216, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 12 Mar 1998; Organization Type: Mining of other non-ferrous metal ores; Registration ID 1027802743308 (Russia); Tax ID No. 7805104870 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMPANY POLYUS ALDAN (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПОЛЮС АЛДАН), 14 Stroitelnaya Street, Nizhniy Kuranakh Town 678940, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Dec 2005; Organization Type: Mining of other non-ferrous metal ores; Registration ID 1051400027579 (Russia); Tax ID No. 1402046085 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY POLYUS).

JOINT STOCK COMPANY POLYUS KRASNOYARSK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПОЛЮС КРАСНОЯРСК), Building 2B, Belinsky Street, Severo-Eniseyskiy, Severo-Eniseyskiy District, Krasnoyarsk Territory, Russia; 3 Krasina Street, Building 1, Moscow 123056, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Aug 2002; Organization Type: Mining of other non-ferrous metal ores; Registration ID 1022401504740 (Russia); Tax ID No. 2434000335 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY POLYUS).

JOINT STOCK COMPANY POST BANK (a.k.a. POCHTA BANK; a.k.a. POST BANK JSC), Preobrazhenskaya ploshchad, 8, Moscow 107061, Russia; SWIFT/BIC POSBRUMM; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Tax ID No. 3232005484 (Russia); Identification Number DN2Q9U.99999.SL.643 (Russia);

Legal Entity Number 2534001VHLQ1L34HNW95; Registration Number 1023200000010 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMPANY PREPREG ADVANCED COMPOSITE MATERIALS (a.k.a. AKTSIONERNOE OBSHCHESTVO PREPREG-SOVREMENNYE KOMPOZITSIONNYE MATERIALY; a.k.a. PREPREG SKM AO; f.k.a. PREPREG-SOVREMENNYE KOMPOZITSIONNYE MATERIALY AO), Volgogradskii Prospekt D. 43, Korp. 3, Moscow 109316, Russia; 42, Bld. 5, Vologradskiy Avenue, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 May 2009; Tax ID No. 7729632610 (Russia); Government Gazette Number 61664530 (Russia); Registration Number 1097746268234 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PRIBORY SERVICE TORGOVLYA (a.k.a. JOINT STOCK COMPANY DEVICES SERVICE TRADE; a.k.a. PRIST), Ul. 2-I Donskoi Proezd D. 10 Stankonormal, Str. 4, 2-I Eta, Moscow 119071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7721212396 (Russia); Registration Number 1037700203364 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PRODUCTION ASSOCIATION NORTHERN MACHINE-BUILDING ENTERPRISE (a.k.a. JOINT STOCK COMPANY PO SEVMASH; a.k.a. JOINT-STOCK COMPANY PRODUCTION ASSOCIATION SEVERNOYE MACHINE-BUILDING ENTERPRISE; a.k.a. JSC PRODUCTION OBYEDINENIYE SEVERNOYE MASHINOSTROITELNOYE (Cyrillic: АО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СЕВЕРНОЕ МАШИНОСТРОИТЕЛЬНОЕ ПРЕДПРИЯТИЕ); a.k.a. PRODUCTION ASSOCIATION SEVMASH), 58 Arkhangelskoye Highway, Severodvinsk, Arkhangelsk Region 164500, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jun 2008; Tax ID No. 2902059091 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY PRODUCTION ASSOCIATION SEVER (a.k.a. PROIZVODSTVENNOYE OBYEDINENIYE SEVER; a.k.a. "PA SEVER"; a.k.a. "PO

SEVER"), 3 Obedineniya Str., Novosibirsk, Novosibirsk region 630020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Mar 2019; Registration Number 1195476022940 (Russia); alt. Registration Number 5410079229 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PRODUCTION ASSOCIATION STRELA (Cyrillic: АО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СТРЕЛА) (a.k.a. JSC PRODUCTION ASSOCIATION STRELA; a.k.a. JSC PRODUCTION OBYEDINENIYE STRELA; a.k.a. JSC PROIZVODSTVENNOYE OBYEDINENIYE STRELA; a.k.a. STRELA PA), 26, Shevchenko str., Orenburg 460005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Dec 2006; Tax ID No. 5609061432 (Russia); Registration Number 1065658011638 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PRODUCTION ASSOCIATION URAL OPTICAL AND MECHANICAL PLANT NAMED AFTER E.S. YALAMOV (a.k.a. JSC PA UOMP; a.k.a. URAL OPTICAL AND MECHANICAL PLANT; a.k.a. URALS OPTICAL MECHANICAL PLANT; a.k.a. "UOMZ"), 33B Vostochnaya St., Ekaterinburg 620100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 May 2010; Tax ID No. 6672315362 (Russia); Registration Number 1106672007738 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PRODUCTION ENTERPRISE RADAR 2633 (a.k.a. AKTSIONERNOE OBSHCHESTVO PROIZVODSTVENNOE PREDPRIIATIE RADAR 2633; a.k.a. AO RADAR 2633), 30 Smirnovskaya Street, Lyubertsy 140000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5027149374 (Russia); Registration Number 1095027005820 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PROFESSIONAL FOOTBALL CLUB CSKA (a.k.a. AO PFK TSSKA; a.k.a. JSC PFC CSKA), Ul. 3-ya Peschanaya, d, 2a, severo-zapadnoe administrativnoe zdanie, 10-I et, Moscow 125252, Russia; Website www.pfc-cska.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7734046851 (Russia); Registration Number 1027739880893 (Russia) [RUSSIA-EO14024]

(Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

JOINT STOCK COMPANY PROGRESS ARSENYEV AVIATION COMPANY (a.k.a. JSC AAC PROGRESS; a.k.a. PROGRESS ARSENYEV AVIATION COMPANY; a.k.a. "PROGRESS AO"), Pl. Lenina D. 5, Arsenyev 692335, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1936; Tax ID No. 2501002394 (Russia); Registration Number 1022500510350 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JOINT STOCK COMPANY PROIZVODSTVENNOE OBEDINENIE FORT (a.k.a. "JSC PO FORT" (Cyrillic: "АО ПО ФОРТ")), d. 3 litera E pom. 46N, proezd 3 I Rybatski, St. Petersburg 192177, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811671725 (Russia); Registration Number 1177847371085 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PROIZVODSTVENNOE OBYEDINENIE KRISTALL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ КРИСТАЛЛ) (a.k.a. AO PO KRISTALL (Cyrillic: АО ПО КРИСТАЛЛ); a.k.a. JSC PRODUCTION CORPORATION KRISTALL), d. 2, ul. Shkadova, Smolensk 214031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6731044928 (Russia); Registration Number 1036758337021 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PROMISING INDUSTRIAL AND INFRASTRUCTURE TECHNOLOGIES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПЕРСПЕКТИВНЫЕ ПРОМЫШЛЕННЫЕ И ИНФРАСТРУКТУРНЫЕ ТЕХНОЛОГИИ) (a.k.a. AO PPIT; a.k.a. JOINT STOCK COMPANY PERSPECTIVE INDUSTRIAL AND INFRASTRUCTURAL TECHNOLOGIES; a.k.a. JSC PERSPECTIVE INDUSTRIAL AND INFRASTRUCTURAL TECHNOLOGIES; a.k.a. JSC PPIT (Cyrillic: АО ППИТ)), Nab. Presnenskaya D. 8, Str. 1, ET. 7, Pom. I, Kom. 3 Rab. Mesto 7.10, Moscow 123112, Russia (Cyrillic: Пресненская наб, д. 8 стр. 1, эт. 7, пом. i, ком. 3 раб. место 7.10, город Москва 123112, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Aug 2021;

Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 9709073580 (Russia); Government Gazette Number 51643627 (Russia); Registration Number 1217700369193 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PROMTECH DUBNA (a.k.a. AO PROMTEKH DUBNA), Ul. Programmistov D. 4, Dubna 141983, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010041037 (Russia); Registration Number 1105010000974 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PROMTECH SERVICE (a.k.a. CLOSED JOINT STOCK COMPANY PROMTEH SERVIS), Ul. Programmistov D. 4, Dubna 141983, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5006013990 (Russia); Registration Number 1105015000496 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PROMTECH ULYANOVSK (a.k.a. JOINT STOCK COMPANY PROMTEKH ULYANOVSK), Proezd Pervykh Rezidentov D. 9, Portovaya Osobaya Ekonomicheskaya Zona, Ulyanovsk 433405, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7329009137 (Russia); Registration Number 1137329000060 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PROMTEKH IRKUTSK (a.k.a. AKTSIONERNOE OBSHCHESTVO PROMTEKH IRKUTSK), Ul. Traktovaya D. 31, Irkutsk 664014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3810058501 (Russia); Registration Number 1153850024723 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PROMTEKH KAZAN (a.k.a. AKTSIONERNOE OBSHCHESTVO PROMTEKH KAZAN), Ul. Dementyeva D. 1, K. 206, Kazan 420127, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1661051599 (Russia); Registration Number 1161690188857 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PROMTEKH ULYANOVSK (a.k.a. JOINT STOCK COMPANY PROMTECH ULYANOVSK), Proezd Pervykh Rezidentov D. 9, Portovaya Osobaya Ekonomicheskaya Zona, Ulyanovsk 433405, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7329009137 (Russia); Registration Number 1137329000060 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PUBLIC TRUST BANK (a.k.a. JSC NDBANK), St. Dubininskaya, 57, Building 1, Moscow 115054, Russia; SWIFT/BIC NADORUMM; Website www.ndb24.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7708018456 (Russia); Legal Entity Number 253400B8Y0FNJP628S19; Registration Number 1027739461694 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY QUORUM (a.k.a. ZAO AO KVORUM), Per. 2-I Kozhevnicheskii D. 12, Moscow 115114, Russia; Sh. Entuziastov D. 31D, Moscow 111123, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720123993 (Russia); Registration Number 1027700422628 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RADAR MMS (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE RADAR MMS; a.k.a. RADAR MMS NPP; a.k.a. SCIENTIFIC PRODUCTION ASSOCIATION RADAR MMS JSC), Novoselkovskaya st., 37A, Saint Petersburg 197375, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Oct 1993; Tax ID No. 7814027653 (Russia); Registration Number 1027807560186 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RADIO CONTROL TECHNOLOGIES (a.k.a. JOINT STOCK COMPANY RM TECHNOLOGIES), Ul. Sofyi Kovalevskoi D. 20, Korp. 1, Lit. A, Pom. 22N, Saint Petersburg 195256, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804436569 (Russia); Registration Number 1107847128729 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RADIOPRIBOR (a.k.a. JSC RADIOPRIBOR; a.k.a. OAO RADIOPRIBOR; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO RADIOPRIBOR; a.k.a. RADIOPRIBOR AO), Kazan, Republic of Tatarstan 420021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1659034109 (Russia); Registration Number 1021603465850 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RADIOPRIBORSNAB (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАДИОПРИБОРСНАБ), 31 Trudovaya St., Building 1, Mytishchi, Moscow Region 141014, Russia; Secondary sanctions risk: See Section

11 of Executive Order 14024.; Tax ID No. 7731631438 (Russia); Registration Number 1097746424181 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RADIOZAVOD (a.k.a. JSC RADIOZAVOD), Baidukova st., 1, Penza 440039, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Jan 2004; Tax ID No. 5835049799 (Russia); Registration Number 1045802500336 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RAMEC VS (a.k.a. AO RAMEK VS), 5th Verhniy lane, 1/A/2, Saint Petersburg 194292, Russia; Ul. Obruchevykh D. 1, Saint Petersburg 195220, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804060845 (Russia); Registration Number 1027802486502 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RAMENSKY INSTRUMENT ENGINEERING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД) (a.k.a. JOINT STOCK COMPANY RPZ; a.k.a. JOINT-STOCK COMPANY RAMENSKY PRIBOROSTROITELNY FACTORY; a.k.a. RAMENSKIY PRIBOROSTROITELNYY ZAVOD; a.k.a. RAMENSKOYE INSTRUMENT BUILDING PLANT (Cyrillic: РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. RAMENSKOYE INSTRUMENT DESIGN BUREAU; a.k.a. RAMENSKOYE INSTRUMENT ENGINEERING PLANT; a.k.a. RAMENSKOYE INSTRUMENT PLANT; a.k.a. RAMENSKOYE INSTRUMENT-MAKING DESIGN BUREAU; a.k.a. RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO; a.k.a. RAMENSKY INSTRUMENT-MAKING FACTORY; a.k.a. "RPKB"), Mikhalevicha st., 39, bldg. 20, 2/124, Ramenskoye, Moscow Region 140100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2001; Tax ID No. 5040001426 (Russia); Registration Number 1025005116839 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RASCHETNIYE RESHENIYA (a.k.a. JSC RASCHETNIYE RESHENIYA; a.k.a. LIMITED LIABILITY COMPANY NON-BANK CREDIT ORGANIZATION SETTLEMENT SOLUTIONS; a.k.a. "JSC SETTLEMENT SOLUTIONS"), Room XLIV, 11th floor, 118/1 Varshavskoye Shosse, Moscow 117587, Russia; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7727718421 (Russia); Registration Number 1107746390949 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JOINT STOCK COMPANY RAU PHARM (a.k.a. AKTSIONERNOE OBSHCHESTVO RAU FARM (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАУ ФАРМ); a.k.a. AO RAU FARM (Cyrillic: АО РАУ ФАРМ); a.k.a. JSC RAW FARM), ul. Mnevniki, D. 3, K. 1, ET/KOM 1/12, Moscow 123308, Russia (Cyrillic: УЛИЦА МНЁВНИКИ, ДОМ 3, КОРПУС 1, ЭТ/КОМ 1/12, МОСКВА 123308, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Oct 1999; alt. Organization Established Date 27 Aug 2002; Tax ID No. 7701220889 (Iran); Government Gazette Number 51115868 (Iran); Business Registration Number 1027739119650 (Russia) [NPWMD] [RUSSIA-EO14024] (Linked To: 27TH SCIENTIFIC CENTER).

JOINT STOCK COMPANY RAZREZ KOLYVANSKIY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАЗРЕЗ КОЛЫВАНСКИЙ) (a.k.a. AO SIBANTRATSIT; a.k.a. JSC SIBERIAN ANTHRACITE; a.k.a. SIBANTHRACITE JSC), ul. Sovetskaya d. 2A Pos., Litvyanski 633224, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 5406192366 (Russia); Registration Number 1025404670620 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMPANY RAZREZ SHESTAKI (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАЗРЕЗ ШЕСТАКИ), Gurevsk Town, Kemerovo 652780, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4232000174 (Russia); Registration Number 1024200661352 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RDC PARITET (a.k.a. JSC RDC PARITET), Per. 2-I Kozhevnicheskii

D. 12, Str. 2, Floor 3, Pomeshch. XVI, Komnata 4, Moscow 115114, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7723103642 (Russia); Registration Number 1027700534806 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY REDUCTOR - PM (a.k.a. AO REDUKTOR-PM; a.k.a. JSC REDUCTOR - PM), Pr-Kt Komsomolskii D. 93, Perm 614990, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Aug 1995; Tax ID No. 5948017501 (Russia); Registration Number 1025902394385 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JOINT STOCK COMPANY REGISTRATOR INTRACO (a.k.a. AO REGISTRATOR INTRAKO), Ul. Lenina 64, Perm 614990, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 5903027161 (Russia); Registration Number 1025900763063 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY REGISTRY SOCIETY STATUS (a.k.a. AO STATUS), Ul. Novorogozhskaya D. 32, Str. 1, Moscow 109544, Russia; Ul. Novokhokhlovskaya D. 23, Str. 1, Pomeshch. 1, Moscow 109052, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7707179242 (Russia); Registration Number 1027700003924 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY REMDIZEL (a.k.a. AKTSIONERNOE OBSHCHESTVO REMDIZEL), 40 Menzelinskii Trakt, Naberezhnye Chelny 423800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1650004741 (Russia); Registration Number 1021602015050 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY REMVOORUZHENIE (a.k.a. AKTSIONERNOE OBSHCHESTVO REMVOORUZHENIE; a.k.a. AO REMVOORUZHENIE), Ul. 4-ya tverskaya-yamskaya d. 20, str. 1, Moscow 125047, Russia; 22 Frunzenskaya Embankment, Building 2, Moscow 119160, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7704726257 (Russia); Registration Number 1097746264263 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND DESIGN INSTITUTE SEA THERMAL ENGINEERING (a.k.a. AO NII MORTEPLOTEKHNIKI; a.k.a. JSC RESEARCH & DESIGN INSTITUTE MORTEPLOTEKHNIKA; a.k.a. JSC RESEARCH AND DESIGN INSTITUTE MORTEPLOTEKHNIKA), Ul. Chernikova, D. 44, Lomonosov 189510, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Dec 1991; Tax ID No. 7819308094 (Russia); Registration Number 1047401500046 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE ALMAZ (a.k.a. AO NPP ALMAZ; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE ALMAZ; a.k.a. JSC RPE ALMAZ; a.k.a. SCIENTIFIC MANUFACTURING ENTERPRISE ALMAZ), Panfilova st., 1, Saratov 410033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Dec 2011; Tax ID No. 6453119615 (Russia); Registration Number 1116453009155 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE RADIOSVYAZ (a.k.a. AO NPP RADIOSVIAZ; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVIAZ; a.k.a. JSC NPP RADIOSVYAZ; a.k.a. JSC SPE RADIOSVYAZ; a.k.a. RESEARCH AND PRODUCTION ENTERPRISE RADIOSVYAZ; a.k.a. SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVYAZ JOINT STOCK COMPANY), 19 Dekabristov Str., Krasnoyarsk, Krasnoyarsk Territory 660021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Dec 2012; Tax ID No. 2460243408 (Russia); Registration Number 1122468072231 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE SAPFIR (a.k.a. AKTSIONERNOYE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOYE PREDPRIYATIYE SAPFIR; a.k.a. AO NPP SAPFIR; a.k.a. RESEARCH AND PRODUCTION ENTERPRISE SAPFIR JOINT STOCK COMPANY; a.k.a. RPE SAPFIR JSC; a.k.a. RPE SAPFIR PJSC), 53

Shcherbakovskaya Str., Moscow 105318, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Sep 1993; Tax ID No. 7719007689 (Russia); Registration Number 1027700070661 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND IMPLEMENTATION ENTERPRISE PROTEK (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO VNEDRENCHESKOE PREDPRIYATIE PROTEK), Ul. Bazovaya D. 6, Voronezh 394028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3665017521 (Russia); Registration Number 1023601555097 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION ELEKTROMEKHANIKI (a.k.a. JSC SCIENTIFIC AND PRODUCTION ASSOCIATION OF ELECTRO MECHANIC; a.k.a. NPO OF ELECTROMECHANICS), 31 Mendeleyeva Str., Miass, Chelyabinsk Region 456318, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jan 2005; Tax ID No. 7415044181 (Russia); Registration Number 1057407000683 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION ISKRA (a.k.a. PAO NPO ISKRA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ISKRA), 28 Akademika Vedeneeva ul., Perm 614038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5907001774 (Russia); Registration Number 1025901509798 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION KVANT (a.k.a. AO NPO KVANT; a.k.a. JSC R AND PA KVANT; a.k.a. JSC R&PA KVANT; a.k.a. JSC RESEARCH AND PRODUCTION ASSOCIATION KVANT; a.k.a. JSC RPA KVANT), Bolshaya Sankt-Peterburgskaya St., 73, Veliky Novgorod 173001, Russia; Website www.npp-kvant.kret.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Dec 2011; Target Type State-Owned Enterprise; Tax ID No. 5321151441 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION NAMED AFTER S. A. LAVOCHKINA (a.k.a. LAVOCHKIN

SCIENTIFIC RESEARCH ASSOCIATION; a.k.a. NAUCHNO PROIZVODSTVENNOYE OBYEDINENIYE IMENI LAVOCHKINA; a.k.a. NPO IMENI LAVOCHKINA; a.k.a. S.A. LAVOCHKIN NPO; a.k.a. S.A. LAVOCHKIN SCIENTIFIC PRODUCTION ASSOCIATION), 24 Leningradskaya Str., Khimki, Moscow region 141411, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 05 Apr 2017; Tax ID No. 5047196566 (Russia); Registration Number 1175029009363 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION RUSBITECH (a.k.a. AO NPO RUSBITEKH; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION RUSSIAN BASIC INFORMATION TECHNOLOGIES; a.k.a. RPA RUSBITECH JSC), Sh. Varshavskoe D. 26, Str. 11, Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726604816 (Russia); Registration Number 5087746137023 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION RUSSIAN BASIC INFORMATION TECHNOLOGIES (a.k.a. AO NPO RUSBITEKH; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION RUSBITECH; a.k.a. RPA RUSBITECH JSC), Sh. Varshavskoe D. 26, Str. 11, Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726604816 (Russia); Registration Number 5087746137023 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION TRANSCOM (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE TRANSKOM; a.k.a. AO NPO TRANSKOM), Proezd Entuziastov D. 19, Na Ter-Rii 403, Remontnogo Zavoda, Moscow 111024, Russia; 4 str.1, per. Malyi Ivanovskii, Moscow 109028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7709163294 (Russia); Registration Number 1027739687975 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION VOLNA (a.k.a.

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE ZAVOD VOLNA; a.k.a. AO NPO ZAVOD VOLNA; a.k.a. NPO ZAVOD VOLNA JSC), Ul. Marshala Gorova D. 29, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Sep 1993; Tax ID No. 7805047646 (Russia); Registration Number 1027802714158 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION CENTER NII MICRODEVICES (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNYI TSENTR NII MIKROPRIBOROV; a.k.a. AO NPTS NIIMP; a.k.a. JSC NPTS NIIMP), PR-KT Georgievskii D. 5, Str. 1, Kom. 63, Zelenograd 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735126901 (Russia); Registration Number 1037735024161 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION CENTER VIGSTAR (a.k.a. AO NPTS VIGSTAR), Proezd Dorozhnyi 1-I D. 8, Moscow 117545, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7726687555 (Russia); Registration Number 1117746976379 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION CONCERN BARL (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNY KONTSERN BARL; a.k.a. AO NPK BARL), Murmanskii PR D 14, Moscow 129075, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jul 2004; Tax ID No. 7717513841 (Russia); Government Gazette Number 74062057 (Russia); Registration Number 1047796519220 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE ISTOK IMENI A. I.SHOKINA; a.k.a. AO NPP ISTOK IM. SHOKINA; a.k.a. ISTOK RESEARCH AND PRODUCTION CORPORATION NAMED AFTER SHOKIN JSC; a.k.a. JSC RPC ISTOK NAMED AFTER SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER AI

SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER A.I. SHOKIN; a.k.a. RESEARCH AND PRODUCTION CORPORATION ISTOK), 2A Vokzalnaya Str., Fryazino, Moscow Region 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Dec 2013; Tax ID No. 5050108496 (Russia); Registration Number 1135050007400 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION KONSTRUKTORSKOYE BYURO MASHYNOSTROYENIYA (a.k.a. KOLOMNA MACHINE BUILDING DESIGN BUREAU; a.k.a. RESEARCH AND PRODUCTION CORPORATION KONSTRUKTORSKOYE BYURO MASHYNOSTROYENIYA; a.k.a. "JSC RPC KBM"), 42, Okskiy Prospekt, Kolomna, Moscow Region 140402, Russia; Website www.kbm.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2012; Tax ID No. 5022039177 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION PRECISION SYSTEMS AND INSTRUMENTS (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNAYA KORPORATSIYA SISTEMY PRETSIZIONNOGO PRIBOROSTROENIYA; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION PRECISION SYSTEMS AND INSTRUMENTS; a.k.a. SCIENTIFIC AND INDUSTRIAL CORPORATION PRECISION INSTRUMENT SYSTEMS; a.k.a. "AO NPK SPP"; a.k.a. "JSC RPC PSI"), ul. Aviamotornaya D. 53, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7722698108 (Russia); Government Gazette Number 07559035 (Russia); Registration Number 1097746629639 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNAIA KORPORATSIIA URALVAGONZAVOD IMENI F E

DZERZHINSKOGO; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION CORPORATION URALVAGONZAVOD NAMED AFTER F E DZERZHINSKY; a.k.a. NAUCHNO-PROIZVODSTVENNAYA KORPORATSIYA URALVAGONZAVOD OAO; a.k.a. NPK URALVAGONZAVOD OAO; a.k.a. OJSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD OAO; a.k.a. URALVAGONZAVOD CORPORATION; a.k.a. "UVZ"), 40 Bolshaya Yakimanka Street, Moscow 119049, Russia; 28 Vostochnoye Shosse, Nizhni Tagil, Sverdlovsk Region 66207, Russia; Pr-kt Lenina, d. 204, Rubtsovsk 658225, Russia; Pr-kt Lenina, d. 3, Chelyabinsk 454007, Russia; Ul. Pervomaiskaya d. 14, Volchansk 624941, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Mar 2008; Target Type State-Owned Enterprise; Tax ID No. 6623029538 (Russia); Registration Number 1086623002190 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE CIKLON TEST (a.k.a. AO NPP TSIKLON TEST; a.k.a. NPP CYCLONE TEST), Proezd Zavodskoi D. 4, Fryazino 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Dec 1991; Tax ID No. 5052022886 (Russia); Registration Number 1115050007676 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JOINT STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE IZMERITEL, UL. Babushkina D. 5, Smolensk 214031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6731036814 (Russia); Registration Number 1026701422076 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE RADAR MMS (a.k.a. JOINT STOCK COMPANY RADAR MMS; a.k.a. RADAR MMS NPP; a.k.a. SCIENTIFIC PRODUCTION ASSOCIATION RADAR MMS JSC), Novoselkovskaya st., 37A, Saint Petersburg 197375, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14

Oct 1993; Tax ID No. 7814027653 (Russia); Registration Number 1027807560186 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION SPACE CENTRE PROGRESS (a.k.a. AKTSIONERNOE OBSHCHESTVO RAKETNO KOSMICHESKII TSENTR PROGRESS; a.k.a. AO RKTS PROGRESS; a.k.a. TSSKB PROGRESS), 18 Zemetsa ul., Samara 443009, Russia; 13 Marshala Nedelina ul., Tsiolkovskii, Russia; 10 Lesnaia ul., Mirnyi, Russia; 8 Konstruktora Guskova str. 2, Zelenograd, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6312139922 (Russia); Registration Number 1146312005344 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH CENTER ELINS (a.k.a. ELINS STC JSC; a.k.a. JSC NAUCHNYY CENTER ELINS; a.k.a. JSC SCIENTIFIC AND TECHNICAL CENTER ELINS; a.k.a. SCIENTIFIC TECHNICAL CENTRE ELINS), Panfilovsky Pr., 10, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Mar 2010; Tax ID No. 7735567832 (Russia); Registration Number 1107746215455 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH CENTRE VITYAZ (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO TEKHNICHESKII TSENTR VITIAZ; a.k.a. AO NTTS VITYAZ), B-R Shchorsa D. 8, Korp. A, Bryansk 241022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 3233502337 (Russia); Registration Number 1093254005503 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH DESIGN AND TECHNOLOGICAL BUREAU ONEGA (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-ISSLEDOVATELSKOE PROEKTNO-TEKHNOLOGICHESKO BYURO ONEGA; a.k.a. JSC NAUCHNO-ISSLEDOVATELSKOYE PROYEKTNO-TEKHNOLOGICHESKOYE BYURO ONEGA (Cyrillic: АО НАУЧНО-ИССЛЕДОВАТЕЛЬСКОЕ ПРОЕКТНО-ТЕХНОЛОГИЧЕСКОЕ БЮРО ОНЕГА); a.k.a. JSC NIPTB ONEGA; a.k.a. ONEGA RESEARCH AND DEVELOPMENT TECHNOLOGICAL BUREAU), Mashinostoitelei Proezd, 12, Severodvinsk, Archangelsk region 164509, Russia; Website

WWW.ONEGASTAR.RU; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jan 2008; Tax ID No. 2902057961 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY RESEARCH INSTITUTE FOR AUTOMATED APPARATUS NAMED AFTER ACADEMICIAN V S SEMENIKHIN (a.k.a. AKTSIONERNOE OBSHCHESTVO ORDENA TRUDOVOGO KRASNOGO ZNAMENI NAUCHNOISSLEDOVATELSKII INSTITUT AVTOMATICHESKOI APPARATURY IM AKADEMIKA V S SEMENIKHINA; a.k.a. NIIAA NAMED AFTER ACADEMICIAN VS SEMENIKHIN FSUE; a.k.a. "AO NIIAA"), D. 78 Profsoyuznaya Ul., Moscow 117393, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7728795443 (Russia); Registration Number 1127746009500 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH INSTITUTE OF ELECTRONIC AND MECHANICAL DEVICES (a.k.a. JSC NII ELEKTRONNO-MEKHANICHESKIKH PRIBOROV; a.k.a. PENZA SCIENTIFIC RESEARCH INSTITUTE OF ELECTRO-MECHANICAL DEVICES; a.k.a. "JSC NIIEMP"; a.k.a. "JSC SRIEMI"), 44, Karakozova Street, Penza 440600, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5834054179 (Russia); Registration Number 1115834003185 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH INSTITUTE OF GRAPHITE-BASED MATERIALS NIIGRAFIT (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT KONSTRUKSIONNYKH MATERIALOV NA OSNOVE GRAFITA NIIGRAFIT; a.k.a. JSC NIIGRAFIT; f.k.a. NAUCHNO ISSLEDOVATELSKI INSTITUT KONSTRUKSIONNYKH MATERIALOV NA OSNOVE GRAFITA NIIGRAFIT AO; a.k.a. NIIGRAFIT AO (Cyrillic: НИИГРАФИТ)), Ul. Elektrodnyaya D. 2, Moscow 111141, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720723422 (Russia); Government Gazette Number 00200851 (Russia); Registration

Number 1117746574593 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH INSTITUTE OF PHYSICAL MEASUREMENTS (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT FIZICHESKIKH IZMERENII; a.k.a. "AO NIIFI"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF PHYSICAL INSTRUMENTS"), Str. 8/10, Ul. Volodarskogo, Penza 440026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5836636246 (Russia); Registration Number 1095836001304 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH INSTITUTE OF POLYMERIC MATERIAL (a.k.a. JSC SCIENTIFIC-RESEARCH INSTITUTE OF POLYMER MATERIALS; a.k.a. "AO NIIPM"), Ul. Chistopolskaya D. 16, Perm 614113, Russia; Ul. Galpernia D. 11, K. 3 Str. 50/2, Perm 614042, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5908051070 (Russia); Registration Number 1125908001670 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH INSTITUTE OF PRECISION INSTRUMENTS (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT TOCHNYKH PRIBOROV; a.k.a. JOINT STOCK COMPANY SCIENCE RESEARCH INSTITUTE FOR PRECISE INSTRUMENTS; a.k.a. "AO NII TP"; a.k.a. "JSC RIPI"), ul. Dekabristov, Vl 51, Moscow 127490, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7715784155 (Russia); Government Gazette Number 11482462 (Russia); Registration Number 1097746735481 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH INSTITUTE OF SEMICONDUCTOR DEVICES (a.k.a. "JSC NIIPP"; a.k.a. "JSC RISD"), Ul. Krasnoarmeiskaya D. 99A, Tomsk 634034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7017084932 (Russia); Registration Number 1037000170690 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH INSTITUTE POLYUS OF M.F. STELMAKH (a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH POLYUS NAMED AFTER M. F. STELMAKHA; a.k.a. NAUCHNO-ISSLEDOVATELSKIY INSTITUT POLYUS IMENI M. F. STELMAKHA; a.k.a. NII POLYUS; a.k.a. NII POLYUS IMENI M. F. STELMAKHA; a.k.a. POLYUS INSTITUTE), Building 1, 3 Vvedenskogo St., Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Aug 2012; Tax ID No. 7728816598 (Russia); Registration Number 1127746646510 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH PRODUCTION ENTERPRISE KVANT (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE KVANT; a.k.a. AO NPP KVANT; a.k.a. NPP QUANTUM), D. 16 3-ya Mytishchinskaya Ul., Moscow 129626, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7717585042 (Russia); Registration Number 5077746415533 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RIF (a.k.a. "AKTSIONERNOE OBSHCHESTVO RIF"), Ul. 13 Ya Liniya D.93, Rostov Na Donu 344019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6167003345 (Russia); Registration Number 1026104149829 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RIKOR ELECTRONICS (a.k.a. OPEN JOINT STOCK COMPANY RIKOR ELECTRONICS), Ul. Pobedy D. 9, Arzamas 607232, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5243001622 (Russia); Registration Number 1025201335279 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RIMERA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РИМЕРА), 40 Bolshoy Boulevard, Floor 5, Room 22, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715645176 (Russia); Registration Number 5077746604601 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RM TECHNOLOGIES (a.k.a. JOINT STOCK COMPANY RADIO CONTROL TECHNOLOGIES), Ul. Sofyi Kovalevskoi D. 20, Korp. 1, Lit. A, Pom. 22N, Saint Petersburg 195256, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804436569 (Russia); Registration Number 1107847128729 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ROSNEFTEFLOT, Nab. Presnenskaya D. 6, Str. 2, Delovoi Kompleks Imperiya, Moscow 109004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 6501096047 (Russia); Registration Number 1026500526590 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMPANY ROSPAN INTERNATIONAL, Ul. Geologorazvedchikov D. 16V, Novyy Urengoy 629306, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727004530 (Russia); Registration Number 1027739465632 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ROSSIYSKIYE KOSMICHESKIYE SISTEMY (a.k.a. ROSSIYSKIYE KOSMICHESKIYE SISTEMY; a.k.a. RUSSIAN SPACE SYSTEMS JSC; a.k.a. "RKS"; a.k.a. "RSS"), 53, Aviamotornaya Str., Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 23 Oct 2009; Tax ID No. 7722698789 (Russia); Registration Number 1097746649681 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMPANY ROYAL CREDIT BANK (a.k.a. "DZEMGI"), 100 letiya Vladivostoku Avenue, 155, 3rd Floor, Letter B, Vladivostok 690068, Russia; SWIFT/BIC ROCERU33; Website www.royal-bank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 2703006553 (Russia); Registration Number 1022700000685 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RPZ (a.k.a. JOINT STOCK COMPANY RAMENSKY INSTRUMENT ENGINEERING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. JOINT-STOCK COMPANY RAMENSKY PRIBOROSTROITELNY FACTORY; a.k.a. RAMENSKIY PRIBOROSTROITELNYY ZAVOD; a.k.a. RAMENSKOYE INSTRUMENT BUILDING PLANT (Cyrillic: РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. RAMENSKOYE INSTRUMENT DESIGN BUREAU; a.k.a. RAMENSKOYE INSTRUMENT ENGINEERING PLANT; a.k.a. RAMENSKOYE INSTRUMENT PLANT; a.k.a. RAMENSKOYE INSTRUMENT-MAKING DESIGN BUREAU;

a.k.a. RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO; a.k.a. RAMENSKY INSTRUMENT-MAKING FACTORY; a.k.a. "RPKB"), Mikhalevicha st., 39, bldg. 20, 2/124, Ramenskoye, Moscow Region 140100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2001; Tax ID No. 5040001426 (Russia); Registration Number 1025005116839 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RSK (a.k.a. JOINT STOCK COMPANY RUSSIAN GLASS COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РОССИЙСКАЯ СТЕКОЛЬНАЯ КОМПАНИЯ); a.k.a. "JSC RGC"; a.k.a. "RGC HOLDING COMPANY"), Building 3, 503 Vyborg Highway, Pargolovo, Saint Petersburg 194362, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802445776 (Russia); Registration Number 1089847341913 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RT LOGISTICS (a.k.a. AKTSIONERNOE OBSHCHESTVO RT LOGISTIKA), 4 str. 1, pl Andronevskaia, Moscow 105120, Russia; Nab. sofiiskaya d. 22, str. 1, Moscow 119072, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7708697381 (Russia); Registration Number 1097746111528 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RT-TEKHPRIEMKA (a.k.a. JSC RT-TEKHPRIEMKA; a.k.a. RT-TECHPRIEMKA), Per. Elektricheskii D. 1, Str. 12, Moscow 123557, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Jul 1991; Target Type State-Owned Enterprise; Tax ID No. 7714710760 (Russia); Registration Number 1077759874070 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JOINT STOCK COMPANY RUDNIK KARALVEEM (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РУДНИК КАРАЛЬВЕЕМ) (a.k.a. OJSC KARALVEEM MINE), Chukotski Autonomous Okrug 689450, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8703009509 (Russia); Registration Number 1038700020974 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RUSATOM ARCTIC, Proezd Kitaigorodskii, 7, Str. 1, Moscow 109012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9705215178 (Russia); Registration Number 1237700926825 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RUSSIAN COPPER COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РУССКАЯ МЕДНАЯ КОМПАНИЯ) (a.k.a. AO RUSSKAYA MEDNAYA COMPANY; a.k.a. "RCC GROUP"), 57 Gorkogo Street, Ekaterinburg, Sverdlovsk Region 620026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6670061296 (Russia); Registration Number 1046603513450 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RUSSIAN ELECTRIC MOTORS (a.k.a. JOINT STOCK COMPANY RUSSKIE ELEKTRICHESKIE DVIGATELI (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РУССКИЕ ЭЛЕКТРИЧЕСКИЕ ДВИГАТЕЛИ); a.k.a. "RED AO" (Cyrillic: "РЭД АО")), Ulitsa Eniseiskaya, Dom 8-I, Chelyabinsk 45410, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449126763 (Russia); Registration Number 1157449004833 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RUSSIAN GLASS COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РОССИЙСКАЯ СТЕКОЛЬНАЯ КОМПАНИЯ) (a.k.a. JOINT STOCK COMPANY RSK; a.k.a. "JSC RGC"; a.k.a. "RGC HOLDING COMPANY"), Building 3, 503 Vyborg Highway, Pargolovo, Saint Petersburg 194362, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802445776 (Russia); Registration Number 1089847341913 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RUSSIAN HELICOPTERS (a.k.a. AKTSIONERNOE OBSHCHESTVO VERTOLETY ROSSII; a.k.a. JSC RUSSIAN HELICOPTERS; a.k.a. OPEN JOINT STOCK COMPANY RUSSIAN HELICOPTERS; a.k.a. RUSSIAN HELICOPTERS JOINT STOCK COMPANY; a.k.a. VERTOLETY ROSSII AO), Entrance 9, 12, Krasnopresnenskaya emb., Moscow 123610, Russia; 1, Ul. Bolshaya Pionerskaya, Moscow 115054, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1077746003334 (Russia); Tax ID No. 7731559044 (Russia);

Government Gazette Number 98927243 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JOINT STOCK COMPANY RUSSIAN NATIONAL REINSURANCE COMPANY (a.k.a. "RNPK"; a.k.a. "RNRC"), Duat Place III Business Centre, Floor 5, 6 Gasheka Street, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type State-Owned Enterprise; Tax ID No. 7706440687 (Russia); Registration Number 1167746727378 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMPANY RUSSIAN REGIONAL DEVELOPMENT BANK (a.k.a. VSEROSSIYSKY BANK RAZVITIYA REGIONOV; a.k.a. "VBRR"), 65/1 Suschevsky Val, Moscow 129594, Russia; SWIFT/BIC RRDBRUMM; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7736153344 (Russia); Identification Number XC6QLI.00000.LE.643 (Russia); Legal Entity Number 549300FIJ3MYU0VX6Y72; Registration Number 1027739186914 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RUSSIAN RESEARCH INSTITUTE ELECTRONSTANDART (a.k.a. AO RNII ELEKTRONSTANDART; a.k.a. RNII ELECTRONSTANDARD), Ul. Tsvetochnaya D. 25, Korp. 3, Saint Petersburg 196006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1943; Tax ID No. 7810196298 (Russia); Registration Number 1027804880135 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JOINT STOCK COMPANY RUSSIAN STANDARD BANK, Ul. Tkatskaya 36, Moscow 105187, Russia; SWIFT/BIC RSJSRUMM; Website www.rsb.ru; alt. Website russianstandard.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jan 1992; Target Type Financial Institution; Tax ID No. 7707056547 (Russia); Legal Entity Number

549300F4ZEG3A9JDGZ08; Registration Number 1027739210630 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RUSSIAN TITANIUM RESOURCES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РУССКИЕ ТИТАНОВЫЕ РЕСУРСЫ) (a.k.a. JSC RUSTITAN (Cyrillic: АО РУСТИТАН)), d. 3 pom. I, per. 1-I Obydenski, Moscow 119034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7702711230 (Russia); Registration Number 1097746415315 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RUSSKIE ELEKTRICHESKIE DVIGATELI (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РУССКИЕ ЭЛЕКТРИЧЕСКИЕ ДВИГАТЕЛИ) (a.k.a. JOINT STOCK COMPANY RUSSIAN ELECTRIC MOTORS; a.k.a. "RED AO" (Cyrillic: "РЭД АО")), Ulitsa Eniseiskaya, Dom 8-I, Chelyabinsk 45410, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449126763 (Russia); Registration Number 1157449004833 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RYAZAN OIL REFINERY COMPANY (a.k.a. RYAZAN OIL REFINING COMPANY JOINT STOCK COMPANY; a.k.a. "AO RNPK"; a.k.a. "JSC RORC"), Yuzhnyi Promuzel D. 8, Ryazan 390011, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6227007322 (Russia); Registration Number 1026200870321 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RYAZAN RADIO PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO RIAZANSKII RADIOZAVOD), 11 ul. Lermontova, Ryazan 390023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6231006875 (Russia); Registration Number 1026201260447 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RYAZAN STATE INSTRUMENT MAKING ENTERPRISE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГОСУДАРСТВЕННЫЙ РЯЗАНСКИЙ ПРИБОРНЫЙ ЗАВОД) (a.k.a. RSIE, JOINT STOCK COMPANY), Seminarskaya st., 32, Ryazan 390000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Dec 2011; Tax ID No. 6234098539 (Russia); Registration Number 1116234013598 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RYAZANSKOE KONSTRUKTORSKOE BJURO GLOBUS (a.k.a. AO RKB GLOBUS; a.k.a. GLOBUS RYAZAN DESIGN BUREAU JSC; a.k.a. RKB GLOBUS PAO), Ul. Vysokovoltnaya D. 6, Ryazan 390013, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Oct 1955; Tax ID No. 6229060995 (Russia); Registration Number 1086229000560 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JOINT STOCK COMPANY SALAVAT CHEMICAL PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САЛАВАТСКИЙ ХИМИЧЕСКИЙ ЗАВОД) (a.k.a. SALAVAT CHEMICAL PLANT; a.k.a. "AO CX3"; a.k.a. "JSC SKHZ"), 30 Mologvardeytsev Street, Salavat, Republic of Bashkortostan 453256, Russia; Website www.salavathz.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Nov 2012; Tax ID No. 266036534 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SALEK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САЛЕК), D. 6, Ul. Bazovaya, Kiselevsk 652700, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5407207093 (Russia); Registration Number 1024201881857 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SALUTE (a.k.a. SALYUT AO; a.k.a. SALYUT JSC), Sh. Moskovskoe P. Mekhzavod D. 20, Samara 443028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Dec 1941; Tax ID No. 6313034986 (Russia); Registration Number 1026300840983 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JOINT STOCK COMPANY SAMARA METALLURGICAL PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САМАРСКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД) (a.k.a. "JSC SMZ" (Cyrillic: "АО СМЗ")), 29 Alma-Atinskaya Street, Building 33/34, Samara 443051, Russia; 10 Presnenskaya Embankment, Block B, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6310000160 (Russia); Registration Number 1026300763389 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SAMARA THERMAL POWER FOUNDATION (Cyrillic:

АКЦИОНЕРНОЕ ОБЩЕСТВО САМАРСКИЙ ТЕПЛОЭНЕРГЕТИЧЕСКИЙ ИМУЩЕСТВЕННЫЙ ФОНД) (a.k.a. SAMARA HEAT AND ENERGY PROPERTY FUND; a.k.a. SAMARA HEAT AND POWER PROPERTY FUND; a.k.a. SAMARA THERMAL POWER FDN JSC; a.k.a. SAMARSKIY TEPLOENERGETICHESKIY IMUSHCHESTVENNIY FOND; a.k.a. "STIF JSC" (Cyrillic: "АО СТИФ"); a.k.a. "STIF, AO"), Corp 6 A, Unit 2H, 1st Floor, Unit 95, prospekt Bolshoy Sampsoniyevskiy 60, St Petersburg 194044, Russia; Stepana Razina Street, 89, 2, 2, Samara, Samara Region 443099, Russia; d. 60 korp. 6 litera A pom. 2N, 1 etazh chast pom. 95, prospekt Bolshoi Sampsonievski, St. Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6317063064 (Russia); Identification Number IMO 6188586; Business Registration Number 1066317027787 (Russia) [RUSSIA-EO14024] [PEESA-EO14039].

JOINT STOCK COMPANY SAMARANEFTEGAS (a.k.a. AO SAMARANEFTEGAZ), Pr. Volzhskii D. 50, Samara 443071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6315229162 (Russia); Registration Number 1026300956990 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SANATORIUM AY-PETRI (a.k.a. JOINT STOCK COMPANY AI-PETRI SANATORIUM; a.k.a. JSC SANATORIUM AY-PETRI), House 15, Alupkinskoye shosse, Urban Village Koreiz, City of Yalta, Crimea 298671, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103082749 (Russia); Registration Number 1169102093797 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY SANATORIUM DYULBER (a.k.a. JOINT STOCK COMPANY DIULBER SANATORIUM; a.k.a. JSC SANATORIUM DYULBER), House 19, Alupkinskoye shosse, Koreiz, Yalta, Crimea 298671, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103084143 (Russia); Registration Number 1179102009525 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY SANATORIUM MISKHOR (a.k.a. JSC SANATORIUM MISKHOR), House 9, Alupkinskoye shosse,

Koreiz, Yalta, Crimea 298671, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103082756 (Russia); Registration Number 1169102093930 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY SAROVBUSINESSBANK (f.k.a. JOINT STOCK COMMERCIAL BANK SAROVBUSINESSBANK; a.k.a. JSC SAROVBUSINESSBANK; f.k.a. PUBLIC JOINT STOCK COMPANY SAROVBUSINESSBANK), ul Silkina 13, Sarov, Nizhegorodskaya Oblast 607189, Russia; SWIFT/BIC SARORU2S; Website http://www.sbbank.ru; BIK (RU) 042202718; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

JOINT STOCK COMPANY SARYLAKH SURMA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САРЫЛАХ СУРЬМА), ul. Sovetskaya 16 Pgt, Ust-Nera 678730, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1420002690 (Russia); Registration Number 1021400791763 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SBERBANK (a.k.a. AKTSIONERNE TOVARYSTVO SBERBANK; a.k.a. JSC SBERBANK; a.k.a. JSC SBERBANK OF RUSSIA; a.k.a. PUBLICHNE AKTSIONERNE TOVARYSTVO DOCHIRNII BANK SBERBANKU ROSII; f.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PRIVATE JOINT STOCK COMPANY; a.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PUBLIC JOINT STOCK COMPANY; a.k.a. SUBSIDIARY BANK SBERBANK OF RUSSIA PUBLIC JOINT STOCK COMPANY), 46 Volodymyrska street, Kyiv 01601, Ukraine; 46 Vladimirskaya St, Kyiv 01601, Ukraine; SWIFT/BIC SABRUAUK; Website www.sberbank.ua; alt. Website sbrf.com.ua; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-

foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 25959784 (Ukraine); Tax ID No. 259597826652 (Ukraine); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JOINT STOCK COMPANY SBERBANK AUTOMATED TRADE SYSTEM (a.k.a. JOINT STOCK COMPANY SBERBANK-AUTOMATED SYSTEM FOR TRADING; a.k.a. JSC SBERBANK-AUTOMATED SYSTEM FOR TRADING; a.k.a. SBERBANK-AST JSC; a.k.a. SBERBANK-AST ZAO; a.k.a. SBERBANK-AUTOMATED TRADING SYSTEM CLOSED JOINT STOCK COMPANY; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK AVTOMATIZIROVANNAYA SISTEMA TORGOV), d. 24 str. 2 ul. Novoslobodnaya, Moscow 127055, Russia; 12 B. Savvinsky Lane, building 9, floor 1, office 1, room 1, Moscow 119435, Russia; Website www.sberbank-ast.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027707000441 (Russia); Tax ID No. 7707308480 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JOINT STOCK COMPANY SBERBANK LEASING (a.k.a. CJSC SBERBANK LEASING; f.k.a. RUSSKO-GERMANSKAYA LIZINGOVAYA KOMPANIYA ZAO; a.k.a. SBERBANK LEASING JSC; a.k.a. SBERBANK LEASING ZAO; a.k.a. SBERBANK LIZING

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO), Novoivanovskoe workers settlement, Odintsovo, Moscow Region 143026, Russia; 6 Vorobievskoe shosse, Moscow 119285, Russia; Website www.sberleasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027739000728 (Russia); Tax ID No. 7707009586 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JOINT STOCK COMPANY SBERBANK PRIVATE PENSION FUND (a.k.a. CJSC NON-STATE PENSION FUND OF SBERBANK; f.k.a. NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA; a.k.a. NPF SBERBANKA ZAO; a.k.a. SBERBANK PPF JSC; a.k.a. SBERBANK PRIVATE PENSION FUND CLOSED JOINT STOCK COMPANY; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA), d. 31 G ul. Shabolovka, Moscow 115162, Russia; Website www.npfsberbanka.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147799009160 (Russia); Tax ID No. 7725352740 (Russia); For more

information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JOINT STOCK COMPANY SBERBANK TECHNOLOGIES (a.k.a. JOINT STOCK COMPANY SBERBANK TECHNOLOGY; a.k.a. SBERTECH JSC), 10 Novodanilovskaya Emb., Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736632467 (Russia); Registration Number 1117746533926 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JOINT STOCK COMPANY SBERBANK TECHNOLOGY (a.k.a. JOINT STOCK COMPANY SBERBANK TECHNOLOGIES; a.k.a. SBERTECH JSC), 10 Novodanilovskaya Emb., Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736632467 (Russia); Registration Number 1117746533926 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JOINT STOCK COMPANY SBERBANK-AUTOMATED SYSTEM FOR TRADING (a.k.a. JOINT STOCK COMPANY SBERBANK AUTOMATED TRADE SYSTEM; a.k.a. JSC SBERBANK-AUTOMATED SYSTEM FOR TRADING; a.k.a. SBERBANK-AST JSC; a.k.a. SBERBANK-AST ZAO; a.k.a. SBERBANK-AUTOMATED TRADING SYSTEM CLOSED JOINT STOCK COMPANY; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK AVTOMATIZIROVANNAYA SISTEMA TORGOV), d. 24 str. 2 ul. Novoslobodskaya, Moscow 127055, Russia; 12 B. Savvinsky Lane, building 9, floor 1, office 1, room 1, Moscow 119435, Russia; Website www.sberbank-ast.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022;

Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027707000441 (Russia); Tax ID No. 7707308480 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JOINT STOCK COMPANY SCAN (a.k.a. CLOSED JOINT STOCK COMPANY SCAN; a.k.a. "JSC SCAN"), Ul. Druzhby D.10 B, Moscow 119330, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Apr 2007; Tax ID No. 7729571904 (Russia); Government Gazette Number 80712625 (Russia); Registration Number 5077746460380 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENCE AND PRODUCTION ENTERPRISE AIR AND MARINE ELECTRONICS (a.k.a. JSC SPE AME; a.k.a. "NPP AME"), d. 29 litera O pom. 7-N ofis 70, ul. Marshala Govorova, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7819029855 (Russia); Registration Number 1037841007896 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENCE RESEARCH INSTITUTE FOR PRECISE INSTRUMENTS (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT TOCHNYKH PRIBOROV; a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF PRECISION INSTRUMENTS; a.k.a. "AO NII TP"; a.k.a. "JSC RIPI"), ul. Dekabristov, Vl 51, Moscow 127490, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7715784155 (Russia); Government Gazette Number 11482462 (Russia); Registration Number 1097746735481 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION CRITICAL INFORMATION SYSTEMS (a.k.a. "JSC NPO KIS"), Kitaigorodsky passage, 7, building 1, floor 1, Office 1035, ext. ter. Tagansky municipal district, Moscow 109012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9705178310 (Russia); Registration Number 1227700585353 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION ELECTROMASHINA (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ELEKTROMASHINA; a.k.a. AO NPO ELEKTROMASHINA), 2 Mashinostroiteley st, Chelyabinsk 454119, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449044990 (Russia); Registration Number 1047422507736 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION IMPULS (a.k.a. AO NPO IMPULS), Ul. Kirishakaya D. 2, Saint Petersburg 195299, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804478424 (Russia); Registration Number 1127847076202 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION PRIBOR NAMED AFTER S S GOLEMBIOVSKY (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE PRIBOR IMENI S S GOLEMBIOVSKOGO; a.k.a. AO NPO PRIBOR IMENI S S GOLEMBIOVSKOGO), 1 Kirovgradskaya St., Moscow 117587, Russia; 2 ul. Novorossiiskaia, Chelyabinsk, Russia; 3 ul. Sovnarkhoznaia, Noginsk 142400, Russia; 1/21 ul. 1-ia Krasnoarmeiskaia, Saint Petersburg, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726700943 (Russia); Registration Number 1127746541427 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION CENTER ELECTRONIC COMPUTING AND INFORMATION SYSTEMS (a.k.a. ELVEES R AND D CENTER JSC; a.k.a. ELVEES R&D CENTER JSC; a.k.a. ELVEES RESEARCH AND DEVELOPMENT CENTER JSC; a.k.a. JSC SPC ELVIS), Proyezd 4922, 4 Build.2, Zelenograd, Moscow 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735582816 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION CORPORATION URALVAGONZAVOD NAMED AFTER F E DZERZHINSKY (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNAIA KORPORATSIIA URALVAGONZAVOD IMENI F E DZERZHINSKOGO; a.k.a. JOINT STOCK

COMPANY RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. NAUCHNO-PROIZVODSTVENNAYA KORPORATSIYA URALVAGONZAVOD OAO; a.k.a. NPK URALVAGONZAVOD OAO; a.k.a. OJSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD OAO; a.k.a. URALVAGONZAVOD CORPORATION; a.k.a. "UVZ"), 40 Bolshaya Yakimanka Street, Moscow 119049, Russia; 28 Vostochnoye Shosse, Nizhni Tagil, Sverdlovsk Region 66207, Russia; Pr-kt Lenina, d. 204, Rubtsovsk 658225, Russia; Pr-kt Lenina, d. 3, Chelyabinsk 454007, Russia; Ul. Pervomaiskaya d. 14, Volchansk 624941, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Mar 2008; Target Type State-Owned Enterprise; Tax ID No. 6623029538 (Russia); Registration Number 1086623002190 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ENTERPRISE KALUZHSKIY PRIBOROSTROITELNYY ZAVOD TAYFUN (a.k.a. RESEARCH AND PRODUCTION ENTERPRISE KALUGA BASED INSTRUMENT MAKING PLANT TYPHOON JOINT STOCK COMPANY), Grabtsevskoe Shosse, 174, Kaluga 248035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4026005699 (Russia); Registration Number 1024001425513 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ENTERPRISE POLYOT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО ПРОИЗВОДСТВЕННОЕ ПРЕДПРИЯТИЕ ПОЛЕТ), Pl. Komsomolskaya D. 1, Nizhny Novgorod 603011, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Dec 2011; Tax ID No. 5258100129 (Russia); Registration Number 1115258007688 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC AND RESEARCH INSTITUTE OF ELECTRONIC ENGINEERING MATERIALS (a.k.a. "AO NIIMET"), Ul. Gagarina, D. 1, Kaluga 248650, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization

Established Date 22 Nov 1991; Tax ID No. 4026008516 (Russia); Registration Number 1024001177188 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JOINT STOCK COMPANY SCIENTIFIC AND TECHNICAL CENTER OF RADIOELECTRONIC WARFARE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР РАДИОЭЛЕКТРОННОЙ БОРЬБЫ) (a.k.a. AKTSIONERNOE OBSCHESTVO NAUCHNO-TEKHNICHESKI TSENTR RADIOELEKTRONNOI BORBY; a.k.a. AO NTTS REB; a.k.a. JSC NTTS REB (Cyrillic: АО НТЦ РЭБ); a.k.a. SCIENTIFIC-TECHNICAL CENTER FOR ELECTRONIC WARFARE (Cyrillic: НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР РАДИОЭЛЕКТРОННОЙ БОРЬБЫ)), d. 29 korp. 135, ul. vereiskaya, Moscow 121357, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Aug 2005; Tax ID No. 7731529843 (Russia); Government Gazette Number 78506999 (Russia); Registration Number 1057748002850 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC AND TECHNICAL COMPANY AZIMUT PHOTONICS (a.k.a. ZAO NTK AZIMUTH PHOTONICS), Ul. Lipetskaya D. 10, K. 2, KV 125, Moscow 115404, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706724914 (Russia); Registration Number 1097746561219 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC INDUSTRIAL CONCERN MANUFACTURING ENGINEERING (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNY KONTSERN TEKHNOLOGII MASHINOSTROENIYA; a.k.a. JSC SPC TECHMASH; a.k.a. NPK TEKHMASH OAO; a.k.a. OJSC MACHINE ENGINEERING TECHNOLOGIES; a.k.a. SCIENTIFIC INDUSTRIAL CONCERN MANUFACTURING ENGINEERING OJSC), d. 58 str. 4 shosse Leningradskoe, Moscow 125212, Russia; Ul. Bolshaya Tatarskaya D. 35, Str. 5, Moscow 115184, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06

Apr 2011; Registration ID 1117746260477 (Russia); Tax ID No. 7743813961 (Russia); Government Gazette Number 91420386 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION ANDROIDNAYA TEKHNIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ АНДРОЙДНАЯ ТЕХНИКА) (a.k.a. NPO ANDROIDNAYA TEKHNIKA AO; a.k.a. SPA ANDROID TECHNICS), Ulitsa Graivoronovskaya, Dom 23, Moscow 109518, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Nov 2009; Tax ID No. 7723738378 (Russia); Registration Number 1097746741894 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION BAZALT (a.k.a. AO NPO BAZALT; a.k.a. FEDERAL STATE UNITARY ENTERPRISE STATE RESEARCH AND PRODUCTION ENTERPRISE BAZALT; a.k.a. FSUE SRPE BAZALT), 32 Velyaminovskaya, Moscow 105318, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719830028 (Russia); Registration Number 1127747209501 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION ECHELON (a.k.a. JOINT STOCK COMPANY ECHELON UNION FOR SCIENCE AND DEVELOPMENT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ЭШЕЛОН); a.k.a. JSC NPO ECHELON), D. 24 Str. 1, Ul. Elektrozavodskaya, Moscow, Russia 107023, Russia; Website www.npo.echelon.ru; alt. Website cnpo.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Nov 2007; Organization Type: Other information technology and computer service activities; Tax ID No. 7718676447 (Russia); Registration

Number 1077762808683 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION ORION (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ORION; a.k.a. AO NPO ORION; a.k.a. ENTERPRISE RESEARCH DEVELOPMENT AND PRODUCTION CENTER ORION; a.k.a. JSC SPA ORION; a.k.a. ORION RESEARCH AND PRODUCTION ASSOCIATION), 9 Kosinskaya st., Moscow 111538, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7720770380 (Russia); Registration Number 1127747292738 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE AEROSILA (a.k.a. JSC SPE AEROSILA; a.k.a. NPP AEROSILA, AO), 6, Zhdanov Str, Stupino, Moscow region 142800, Russia; Website www.aerosila.ru; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Sep 2002; Tax ID No. 5045002261 (Russia); Business Registration Number 1025005917023 (Russia) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE KONTAKT (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE KONTAKT; a.k.a. AO NPP KONTAKT; a.k.a. JSC SPE KONTAKT; a.k.a. "NPP CONTACT"), 1, Ul. Spitsyna, Saratov, Saratovskaya Oblast 410086, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Dec 1991; Tax ID No. 6453097665 (Russia); Government Gazette Number 07619636 (Russia); Registration Number 1086453000567 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE PLANT ISKRA (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE ZAVOD ISKRA; a.k.a. AO NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE ZAVOD ISKRA; a.k.a. AO NPP ZAVOD ISKRA; a.k.a. JSC RESEARCH AND PRODUCTION ENTERPRISE PLANT ISKRA; a.k.a. NPP PLANT ISKRA), 75

Narimanov Avenue, Ulyanovsk 432030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Jun 2008; Target Type State-Owned Enterprise; Tax ID No. 7325081527 (Russia); Registration Number 1087325005756 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVIAZ (a.k.a. AO NPP RADIOSVIAZ; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE RADIOSVYAZ; a.k.a. JSC NPP RADIOSVYAZ; a.k.a. JSC SPE RADIOSVYAZ; a.k.a. RESEARCH AND PRODUCTION ENTERPRISE RADIOSVYAZ; a.k.a. SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVYAZ JOINT STOCK COMPANY), 19 Dekabristov Str., Krasnoyarsk, Krasnoyarsk Territory 660021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Dec 2012; Tax ID No. 2460243408 (Russia); Registration Number 1122468072231 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RADIY (a.k.a. AO NPP RADIY), Ul. Chasovaya D. 28, Moscow 125315, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7712001254 (Russia); Registration Number 1027700133141 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RESEARCH AND DESIGN INSTITUTE OF WELL LOGGING (a.k.a. JOINT STOCK COMPANY NPP VNIIGIS; a.k.a. "AO NPP VNIIGIS"), 1, ul. Gorkogo Oktyabrski, Bashkortostan Republic 452614, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Dec 1995; Tax ID No. 0265013492 (Russia); Government Gazette Number 01423872 (Russia); Registration Number 1020201929439 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RUSBAL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО ПРОИЗВОДСТВЕННОЕ ПРЕДПРИЯТИЕ РУСБАЛ) (a.k.a. AO NPP RUSBAL (Cyrillic: АО НРР РУСБАЛ); a.k.a. JSC SPE RUSBAL), d. 48, k. 1, ul. Svobody, Moscow 125364, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733182410 (Russia); Registration

Number 1047733040080 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE SALYUT (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE SALIUT; a.k.a. AO NPP SALYUT; a.k.a. NPP SALYUT JSC), Ul. Plekhanova, 6, Moscow 111123, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7720673002 (Russia); Registration Number 1097746763102 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE EKRAN (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT EKRAN; a.k.a. AO NII EKRAN), 24 Kirova Ave, Samara 443022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6319169796 (Russia); Registration Number 1136319002731 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE GIRICOND (a.k.a. AO NII GIRIKOND; a.k.a. RESEARCH INSTITUTE GIRIKOND), Ul. Kurchatova D. 10, Saint Petersburg 194223, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1939; Tax ID No. 7802144144 (Russia); Registration Number 1027801555143 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE OF COMMUNICATION AND CONTROL SYSTEMS (a.k.a. FEDERAL STATE UNITARY ENTERPRISE SCIENTIFIC RESEARCH INSTITUTE OF COMMUNICATION AND CONTROL SYSTEMS; a.k.a. JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE OF COMMUNICATION SYSTEMS AND AUTOMATED CONTROL SYSTEMS; a.k.a. JSC NIICS AND ACS; a.k.a. "AO NIISSU"), Starokaluzhskoe Shosse D. 58, Moscow 117630, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jan 1992; Tax ID No. 7728804257 (Russia); Registration Number 1127746262390 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE OF COMMUNICATION SYSTEMS AND

AUTOMATED CONTROL SYSTEMS (a.k.a. FEDERAL STATE UNITARY ENTERPRISE SCIENTIFIC RESEARCH INSTITUTE OF COMMUNICATION AND CONTROL SYSTEMS; a.k.a. JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE OF COMMUNICATION AND CONTROL SYSTEMS; a.k.a. JSC NIICS AND ACS; a.k.a. "AO NIISSU"), Starokaluzhskoe Shosse D. 58, Moscow 117630, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jan 1992; Tax ID No. 7728804257 (Russia); Registration Number 1127746262390 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE OF ELECTRICAL CARBON PRODUCTS (a.k.a. "AO NIIEI"), Per. Gorki D.1, Elektrougli 142455, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1946; Tax ID No. 5031099373 (Russia); Registration Number 1125031000093 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE PLATAN WITH PLANT (a.k.a. AO NII PLATAN S ZAVODOM PRI NII), Proezd Zavodskoi D. 2, Fryazino 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date Oct 1965; Tax ID No. 5052023047 (Russia); Registration Number 1115050010460 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JOINT STOCK COMPANY SCIENTIFIC-RESEARCH INSTITUTE OF MECHANIZATION OF KRASNOARMEYSK (a.k.a. "AO KNIIM"), Pr-Kt Ispytatelei D. 8, Krasnoarmeysk 141292, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5038087144 (Russia); Registration Number 1115038007534 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC-RESEARCH INSTITUTE VEKTOR (a.k.a. AO NII VEKTOR), ul. Akademika Pavlova d. 14-A, Saint Petersburg 197376, Russia; Ul. Kantemirovskaya D. 10, Saint Petersburg 197342, Russia; Website nii-vektor.ru; Email Address nii@nii-vektor.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1908; Tax ID No.

7813491943 (Russia); Trade License No. 1117847020400 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SEA PROJECT (a.k.a. ZAO SI PROEKT), Ul. Marshala Govorova D. 52, Saint Petersburg 198095, Russia; Pl. Konstitutsii D. 7, Lit. A, Pom. 146N, Saint Petersburg 196191, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7825503960 (Russia); Registration Number 1037843083849 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SEPARATELY CONSTRUCTOR TECHNOLOGIC OFFICE VEKTOR (a.k.a. AKTSIONERNOE OBSHCHESTVO OTDELNOE KONSTRUKTORSKO TEKHNOLOGICHESKOE BIURO VEKTOR; a.k.a. AO OKTB VEKTOR; a.k.a. OKTB VECTOR), D.4 Ul. Koroleva, Bataysk 346881, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6141032302 (Russia); Registration Number 1096181000585 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SEROV MECHANICAL PLANT (a.k.a. "JSC SMZ"), 10 ul. Aglomeratchikov, Serov 624981, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6680000479 (Russia); Registration Number 1116680000470 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SET 1 (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СЕТ 1), 38A Second Khutorskaya Street, Building 1, Floor 6, Office 614, Moscow 127287, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720166348 (Russia); Registration Number 1027700337906 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SEVASTOPOLSKY MORSKOY BANK (a.k.a. AKTSIONERNOE OBSHCHESTVO SEVASTOPOLSKIY MORSKOY BANK; a.k.a. AO SEVASTOPOLSKIY MORSKOY BANK; a.k.a. JSC SEVASTOPOLSKY MORSKOY BANK), 18a Brestska Street, Sevastopol, Crimea 99001, Ukraine; 18/A Ulitsa Brestskaya, Sevastopol, Crimea 299001, Ukraine; SWIFT/BIC MORKUAUK; Website www.morskoybank.com; Email Address root@morskoybank.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149204013397 [UKRAINE-EO13685].

JOINT STOCK COMPANY SEVERGAZBANK (a.k.a. AO BANK SGB), 3, Blagoveschenskaya Ul., Vologda 160001, Russia; SWIFT/BIC SGAZRU22; Website www.severgazbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 3525023780 (Russia); Legal Entity Number 2534005FGCP61AM3L807; Registration Number 1023500000160 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SEVERNIY PRESS (a.k.a. AO SEVERNYI PRESS; a.k.a. JSC SEVERNY PRESS; a.k.a. SEVERNY PRESS AO), Ul. Tallinskaya D. 7, Saint Petersburg 195196, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Feb 1992; Tax ID No. 7806337732 (Russia); Registration Number 1146444000010 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

JOINT STOCK COMPANY SEVERSKIY PIPE PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СЕВЕРСКИЙ ТРУБНЫЙ ЗАВОД) (a.k.a. "JSC STZ" (Cyrillic: "АО СТЗ")), 7 Vershinina Street, Polevskoy 623388, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6626002291 (Russia); Registration Number 1026601606118 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SHIP REPAIR CENTER 'ZVEZDOCHKA' (a.k.a. AO SHIP REPAIR CENTER 'ZVEZDOCHKA'; a.k.a. OAO SHIP REPAIR CENTER 'ZVEZDOCHKA'; a.k.a. SHIP REPAIR CENTER ZVEZDOCHKA; a.k.a. 'ZVEZDOCHKA' SHIPYARD), 12, proyezd Mashinostroiteley, Severodvinsk, Arkhangelskaya Oblast 164509, Russia; 13 Geroyev Sevastopolya Street, Sevastopol, Crimea 99001, Ukraine; Website www.star.ru; alt. Website http://starsmz.ru/; alt. Website http://sevmorzavod.com/; Email Address info@star.ru; alt. Email Address star_sev@mail.ru; alt. Email Address office@smp.com.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1082902002677 (Russia); Tax ID No. 2902060361 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY SHIPBUILDING CORPORATION AK BARS (a.k.a. JSC SHIPBUILDING CORPORATION AK BARS), Zavodskaya Str., 9a, Zelenodolsk, Republic of

Tatarstan 422546, Russia; Zavodskaya Str., 5, Zelenodolsk, Republic of Tatarstan 422546, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1648040380 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SHIPBUILDING PLANT LOTOS (a.k.a. JSC SUDOSTROITELNY FACTORY LOTOS (Cyrillic: АО СУДОСТРОИТЕЛЬНЫЙ ЗАВОД ЛОТОС); a.k.a. SHIPBUILDING PLANT LOTOS; a.k.a. "SHIPYARD LOTOS"), Narimanov, Beregovayas T., 3, Astrakhan Oblast 416111, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Jul 1997; Tax ID No. 3008003802 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY SHIPBUILDING PLANT NAMED AFTER B YE BUTOMA (a.k.a. AO SUDOSTROITELNYI ZAVOD IMENI BE BUTOMY), Ul. Tankistov D. 4, Kerch 298313, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9111022140 (Russia); Registration Number 1169102089353 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SHIPBUILDING PLANT SEVERNAYA VERF (a.k.a. PJSC SUDOSTROITELNY FACTORY SEVERNAYA VERF (Cyrillic: ПАО СУДОСТРОИТЕЛЬНЫЙ ЗАВОД СЕВЕРНАЯ ВЕРФЬ); a.k.a. PUBLIC JOINT STOCK COMPANY SHIPBUILDING PLANT SEVERNAYA VERF; a.k.a. SEVERNAYA SHIPYARD; a.k.a. SEVERNAYA VERF SHIPBUILDING PLANT), Korabelnaya Str., 6, St. Petersburg 198096, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Apr 1994; Tax ID No. 7805034277 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY SHIPREPAIRING CENTER ZVYOZDOCHKA (a.k.a. JOINT-STOCK COMPANY SHIP REPAIR CENTER ZVEZDOCHKA; a.k.a. JOINT-STOCK COMPANY TSS ZVEZDOCHKA; a.k.a. JSC CENTER SUDOREMONTA ZVEZDOCHKA (Cyrillic: АО ЦЕНТР СУДОРЕМОНТА ЗВЕЗДОЧКА); a.k.a. SC ZVYOZDOCHKA; a.k.a. SHIPREPAIRING CENTER ZVYOZDOCHKA), 12 Mashinostroiteley Passage, Severodvinsk, Arkhangelsk Region 164500, Russia; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Organization Established Date 12 Nov 2008; Tax ID No. 2902060361 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY SHVABE (a.k.a. AKTSIONERNOE OBSHCHESTVO SHVABE; a.k.a. AO SHVABE; f.k.a. SHVABE PAO), 176, Prospekt Mira, Moscow 129366, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Registration ID 1107746256727 (Russia); Tax ID No. 7717671799 (Russia); Government Gazette Number 07508641 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JOINT STOCK COMPANY SIBUGOLINVEST (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СИБУГОЛЬИНВЕСТ), Ofis 115, D. 7/2, Prospekt Pritomski, Kemerovo 650066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4205400857 (Russia); Registration Number 1214200015633 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY HOLDINGOVAYA KOMPANIYA SDS UGOL).

JOINT STOCK COMPANY SIGNALTEK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СИГНАЛТЕК) (a.k.a. AO SIGNALTEK; a.k.a. JSC SIGNALTEK; a.k.a. SIGNALTEK CLOSED CORPORATION), Ul. Ivovaya D. 2 Et/Pom/Kom 4/I/45, Moscow, Russia 129329, Russia; Website signaltec.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Sep 2011; Organization Type: Other information technology and computer service activities; Tax ID No. 7722756624 (Russia); Registration Number 1117746741210 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SINARSKIY PIPE PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СИНАРСКИЙ ТРУБНЫЙ ЗАВОД) (a.k.a. "JSC SINTZ" (Cyrillic: "АО СИНТЗ")), 1 Zavodskiy Passage Street, Kamensk-Uralskiy 623401,

Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6612000551 (Russia); Registration Number 1026600931686 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SITRONICS KT (a.k.a. SITRONICS KT JSC), Pr-Kt Malyi V.O D.54, Korp 5 Lit.P, Saint Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7819305720 (Russia); Registration Number 5067847533012 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SMOLENSK AIRCRAFT PLANT (a.k.a. JSC SMOLENSK AVIATION PLANT; a.k.a. SMOLENSK AIRCRAFT PLANT JSC; a.k.a. "AO SMAZ"), Ul. Frunze D. 74, Smolensk 214006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1926; Tax ID No. 6729001476 (Russia); Registration Number 1026701424056 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JOINT STOCK COMPANY SOEDINITEL (a.k.a. AKTSIONERNOE OBSHCHESTVO SOEDINITEL), Sh. Turgoyakskoe D. 11/5, Miass 456313, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7415015198 (Russia); Registration Number 1027400875149 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SOLIKAMSK PLANT URAL (a.k.a. AO SOLIKAMSKII ZAVOD URAL), Ul. Energetikov D. 19A, Solikamsk 618554, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5919015877 (Russia); Registration Number 1115919002561 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SOVCOMBANK LIFE (a.k.a. JSC SOVCOMBANK LIFE; a.k.a. SOVCOMBANK LIFE JSC), Ul. Butyrskaya, D. 76, P. 1, Moscow 127015, Russia; Website sovcomlife.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730058711 (Russia); Registration Number 1027739059754 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

JOINT STOCK COMPANY SOVCOMFLOT (a.k.a. JSC SOVCOMFLOT; a.k.a. PAO SOVCOMFLOT; a.k.a. PUBLIC JOINT STOCK COMPANY MODERN COMMERCIAL FLEET; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO SOVREMENNYY KOMMERCHESKIY FLOT; a.k.a. "SCF"; a.k.a.

"SCF GROUP"), Ul. Gasheka D. 6, Moscow 125047, Russia; Nab. Reki Moiki d.3, Lit. A, Saint Petersburg 191186, Russia; Building 3, Letter A, Moyka River Embankment, Saint Petersburg 191186, Russia; Website sovcomflot.ru; alt. Website www.scf-group.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7702060116 (Russia); Legal Entity Number 253400DYLWR5A6YAWJ69; Registration Number 1027739028712 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF INSTRUMENT MAKING AND AUTOMATION (a.k.a. OPEN JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF INSTRUMENT ENGINEERING AND AUTOMATION; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SPETSIALNOE KONSTRUKTORSKOE BIURO PRIBOROSTROENIIA I AVTOMATIKI; a.k.a. "OAO SKB PA"), 55 Krupskoi Street, Kovrov 601903, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3305016642 (Russia); Registration Number 1023301951045 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF THE CABLE INDUSTRY (a.k.a. "AO OKB KP"), Ul. Yadreevskaya D. 4, Mytishchi 141002, Russia; Ul. Kolpakova D. 77, Mytishchi 141008, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5029150262 (Russia); Registration Number 1115029003231 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF THE RUSSIAN MINISTRY OF DEFENSE (a.k.a. AO SKB MO RF; a.k.a. FSUE 766 UPTK; a.k.a. OAO 766 UPTK; a.k.a. OPEN JOINT STOCK COMPANY 766 MANAGEMENT OF PRODUCTION AND TECHNOLOGICAL EQUIPMENT), Ul. Institutskaya, D. 1, RP. Nakhabino, Krasnogorsk 143432, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5024076350 (Russia); Registration Number 1065024000513 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF TRANSPORT MECHANICAL ENGINEERING (a.k.a. AKTSIONERNOE OBSHCHESTVO SPETSIALNOE KONSTRUKTORSKOE BIURO TRANSPORTNOGOMASHINOSTROENIIA; a.k.a. AO SPETSMASH; a.k.a. SPECMASH KB), 47 Stachek Ave., Korp 2, Saint Petersburg 198097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805019624 (Russia); Registration Number 1027802749061 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SPECIAL DESIGN BUREAU TURBINA (a.k.a. JSC TURBINA SDB; a.k.a. OAO SKB TURBINA), 2B Lenin Avenue, Chelyabinsk 454007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 74522033815 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОСОБАЯ ЭКОНОМИЧЕСКАЯ ЗОНА ПРОМЫШЛЕННО-ПРОИЗВОДСТВЕННОГО ТИПА АЛАБУГА) (a.k.a. AKTSIONERNOE OBSHCHESTVO OSOBAYA EKONOMICHESKAYA ZONA PROMYSHLENNO-PROIZVODSTVENNOGO TIPA ALABUGA; a.k.a. AO OEZ PPT ALABUGA (Cyrillic: АО ОЭЗ ППТ АЛАБУГА)), ul. Sh-2 (Oez Alabuga Ter.) 4/1, Yelabuga, Tatarstan 423600, Russia (Cyrillic: ТЕРРИТОРИЯ ОЭЗ АЛАБУГА, УЛИЦА Ш-2, КОРПУС 4/1, Елабужский Район, Республика Татарстан 423600, Russia); Promploshchadka Alabuga, ul. Sh-2, Korp. 4/1, Yelabuga, Volga federal region, Republic of Tatarstan 423600, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 24 Jul 2006; Tax ID No. 1646019914 (Russia);

Government Gazette Number 95427882 (Russia); Registration Number 1061674037259 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE TECHNOPOLIS MOSCOW (a.k.a. JSC SEZ TECHNOPOLIS MOSCOW; f.k.a. SEZ ZELENOGRAD; f.k.a. TVZ ZELENOGRAD), Per. Pechatnikov D. 12, Moscow 107045, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735143008 (Russia); Registration Number 1157746364060 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SPECIAL RELAY SYSTEM DESIGN AND ENGINEERING BUREAU (a.k.a. "AO SKTB RT"), Ul. Nekhinskaya D. 55, Velikiy Novgorod 173025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 May 1992; Tax ID No. 5321095589 (Russia); Registration Number 1045300260940 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JOINT STOCK COMPANY SPECIAL RESEARCH BUREAU OF MOSCOW POWER ENGINEERING INSTITUTE (a.k.a. AKTSIONERNOE OBSHCHESTVO OSOBOE KONSTRUKTORSKOE BYURO MOSKOVSKOGO ENERGETICHESKOGO INSTITUTA; a.k.a. "AO OKB MEI"; a.k.a. "JSC OKB MEI"), ul. Krasnokazarmennaya D. 14, Moscow 111250, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7722701431 (Russia); Government Gazette Number 02066983 (Russia); Registration Number 1097746729816 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SPECIALIZED DESIGN TECHNOLOGY BUREAU ELEKTRONNYKH SYSTEM (a.k.a. JSC SPETSIALIZIROVANNOYE KONSTRUKTORSKO-TEKHNOLOGICHESKOYE BYURO ELEKTRONNYKH SYSTEM; a.k.a. SKTB ES, AO; a.k.a. SPECIALIZED ENGINEERING AND DESIGN BUREAU OF ELECTRONIC SYSTEMS JOINT STOCK COMPANY), 160 Leninsky Ave, Voronezh, Voronezh Region 394000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Aug 2006; Tax ID No. 3661036308 (Russia); Registration

Number 1063667253528 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SPETSTECHNIKA (a.k.a. AKTSIONERNOE OBSHCHESTVO SPETSTEKHNIKA; a.k.a. AO SPETSTEKHNIKA), Ozernyi, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6907010883 (Russia); Registration Number 1096908000760 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SR SPACE, ul. Usacheva d. 37, str. 1, Moscow 119048, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9724017598 (Russia); Registration Number 1207700264683 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SREDNE-NEVSKY SHIPBUILDING PLANT (a.k.a. JOINT STOCK COMPANY SREDNE-NEVSKY SHIPYARD; a.k.a. JSC SREDNE-NEVSKY SHIPYARD; a.k.a. JSC SREDNE-NEVSKY SUDOSTROITELNY FACTORY (Cyrillic: АО СРЕДНЕ-НЕВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. SREDNE-NEVSKY SHIPYARD; a.k.a. "JSC SNSZ"), Ponton, St. Factory, 10, St. Petersburg 196643, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Nov 2008; Tax ID No. 7817315385 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY SREDNE-NEVSKY SHIPYARD (a.k.a. JOINT STOCK COMPANY SREDNE-NEVSKY SHIPBUILDING PLANT; a.k.a. JSC SREDNE-NEVSKY SHIPYARD; a.k.a. JSC SREDNE-NEVSKY SUDOSTROITELNY FACTORY (Cyrillic: АО СРЕДНЕ-НЕВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. SREDNE-NEVSKY SHIPYARD; a.k.a. "JSC SNSZ"), Ponton, St. Factory, 10, St. Petersburg 196643, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Nov 2008; Tax ID No. 7817315385 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY STANKOMASHKOMPLEKS (a.k.a. AKTSIONERNOE OBSHCHESTVO STANKOMASHKOMPLEKS; a.k.a. STANKOMACHCOMPLEX COMPANY), Ul. Akademika Tupoleva D. 124, Tver 170019,

Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6901093347 (Russia); Registration Number 1056900216350 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY STAR (a.k.a. AO ODK-STAR; a.k.a. JSC UEC STAR), Ul. Kuibysheva D. 140A, Perm 614990, Russia; Website www.ao-star.ru; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1943; Tax ID No. 5904100329 (Russia); Business Registration Number 1025900895712 (Russia) [NPWMD] [IFSR] [RUSSIA-EO14024] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

JOINT STOCK COMPANY START (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СТАРТ), 2 Volgogradskiy Avenue, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9709079487 (Russia); Registration Number 1227700191663 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY STATE MACHINE BUILDING DESIGN BUREAU VYMPEL BY NAME I.I. TOROPOV (a.k.a. AO GOS MKB VYMPEL IM. I.I. TOROPOVA; a.k.a. GOS MKB VYMPEL IM. I.I. TOROPOVA AO; a.k.a. VYMPEL STATE ENGINEERING DESIGN BUREAU JSC NAMED AFTER I.I. TOROPOV), Sh. Volokolamskoe D. 90, Moscow 125424, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Dec 1991; Tax ID No. 7733546058 (Russia); Registration Number 1057747296166 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JOINT STOCK COMPANY STATE RESEARCH INSTITUTE OF INSTRUMENT ENGINEERING (a.k.a. AKTSIONERNOE OBSHCHESTVO GOSUDARSTVENNYI NAUCHNO ISSLEDOVATELSKII INSTITUT PRIBOROSTROENIIA; a.k.a. AO GOSNIIP), PR-KT Mira D. 125, Moscow 129226, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7717693545 (Russia); Registration Number 1117746132811 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY STATE SCIENTIFIC RESEARCH INSTITUTE KRISTALL (a.k.a. JSC GOSNII KRISTALL; a.k.a. JSC STATE SCIENTIFIC RESEARCH INSTITUTE KRISTALL; a.k.a. OAO GOSNII KRISTALL;

a.k.a. OJSC KRISTALL STATE RESEARCH INSTITUTE), UL. Zelenaya D. 6, Dzerzhinsk, Nizhni Novgorod Region 606007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Dec 1991; Tax ID No. 5249116549 (Russia); Registration Number 1115249009831 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY (a.k.a. AKTSIONERNOYE OBSHCHESTVO GOSUDARSTVENNAYA TRANSPORTNAYA LIZINGOVAYA KOMPANIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГОСУДАРСТВЕННАЯ ТРАНСПОРТНАЯ ЛИЗИНГОВАЯ КОМПАНИЯ); a.k.a. GTLK AO (Cyrillic: АО ГТЛК); a.k.a. JSC GTLK; a.k.a. PJSC GTLK; a.k.a. PJSC STLC; a.k.a. PUBLIC JOINT STOCK COMPANY STATE TRANSPORT LEASING COMPANY), 31A Leningradsky prospekt, Bldg 1, Moscow 125284, Russia; ul. Respubliki, D. 73, Kom. 100, Salekhard, Yamalo-Nenets Autonomous Region 629008, Russia (Cyrillic: ул. Республики, д. 73, ком. 100, г. Салехард, Ямало-Ненецкий Автономный Округ 629008, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7720261827 (Russia); Government Gazette Number 57992197 (Russia); Registration Number 1027739407189 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMPANY STEEL INDUSTRIAL COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO STALEPROMYSHLENNAYA KOMPANIYA; a.k.a. "AO SPK"; a.k.a. "JSC SPK"), Ul. Akademicheskaya D. 18, Yekaterinburg 620137, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6671197148 (Russia); Registration Number 1069671052868 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY STRATEGY PARTNERS GROUP (a.k.a. STRATEGY PARTNERS GROUP JSC; a.k.a. "SPG JSC"), 52 Kosmodamianskaya Nab. St, Building 2, Moscow 115054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736612855 (Russia); Registration Number 1107746025980 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JOINT STOCK COMPANY STRATIM (a.k.a. JSC STRATIM; a.k.a. STRATIM COMPANY; a.k.a. STRATIM DESIGN BUREAU), Pr-kt Federativnyi, D. 5, Korp. 1, Pomeshch. 1/1, Moscow 111399, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Jul 2023; Tax ID No. 7720901379 (Russia); Registration Number 1237700447324 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY STRATIM TECH (a.k.a. JSC STRATIM TECH), ul. Shipilovskaia, d. 64, korp. 1, pomeshch. 147, Moscow 115682, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Sep 2023; Tax ID No. 9724145543 (Russia); Registration Number 1237700601490 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY STROISERVIS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СТРОЙСЕРВИС) (a.k.a. JSC STROYSERVICE), 121 Prospekt Kuznetski, Kemerovo 650055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4234001215 (Russia); Registration Number 1024202052060 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY STROMMASHINA SHIELD (a.k.a. AKTSIONERNOE OBSHCHESTVO STROMMASHINA SHCHIT), Ul. 22 Partsyezda D. 10A, Samara 443022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6318196490 (Russia); Registration Number 1116318008135 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY STUPINO ENGINEERING PRODUCTIVE ENTERPRISE (a.k.a. STUPINO ENGINEERING PRODUCTION ENTERPRISE; a.k.a. STUPINO MACHINE PRODUCTION PLANT; a.k.a. "SMPP AO"), 42 Ulitsa Akademika Belova, Stupino 142800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1948; Tax ID No. 5045001885 (Russia); Registration Number 1025005917419 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JOINT STOCK COMPANY SUDOEXPORT (a.k.a. JOINT-STOCK COMPANY FOREIGN ECONOMIC ENTERPRISE SUDOEXPORT; a.k.a. JSC VNESHNEEKONOMICHESKOYE ENTERPRISE SUDOEXPORT (Cyrillic: АО ВНЕШНЕЭКОНОМИЧЕСКОЕ ПРЕДПРИЯТИЕ СУДОЭКСПОРТ); a.k.a. "SUDOEXPORT"), 11 Tikhvinsky Pereulok Bld.2, Moscow 127055, Russia; 11 Sadovaya-Kudrinskaya St., Moscow 123231, Russia; Website www.sudoexport.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Apr 2013; Tax ID No. 7703788275 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY SURGUTNEFTEGASBANK (a.k.a. CLOSED JOINT STOCK COMPANY SURGUTNEFTEGASBANK; a.k.a. JSC BANK SNGB; a.k.a. SNGB AO; a.k.a. ZAO SNGB), 19 Kukuyevitskogo Street, Surgut 628400, Russia; Website www.sngb.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1028600001792 (Russia); Tax ID No. 8602190258 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

JOINT STOCK COMPANY SVETLOVSKOE ENTERPRISE ERA (a.k.a. JOINT STOCK COMPANY SVETLOVSKY ENTERPRISE ERA; a.k.a. JOINT-STOCK COMPANY SVETLOVSKAYA ERA; a.k.a. JSC SP ERA (Cyrillic: АО СП ЭРА); a.k.a. JSCO SVETLOVSKY ENTERPRISE ERA; a.k.a. SVETLOVSKY ENTERPRISE ERA), Ul. Chaykinoy, 1, Svetly, Kaliningrad Region 238340, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jan 2003; Tax ID No. 3913007731 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY SVETLOVSKY ENTERPRISE ERA (a.k.a. JOINT STOCK COMPANY SVETLOVSKOE ENTERPRISE ERA; a.k.a. JOINT-STOCK COMPANY SVETLOVSKAYA ERA; a.k.a. JSC SP ERA (Cyrillic: АО СП ЭРА); a.k.a. JSCO SVETLOVSKY ENTERPRISE ERA; a.k.a. SVETLOVSKY ENTERPRISE ERA), Ul. Chaykinoy, 1, Svetly, Kaliningrad Region 238340, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jan 2003; Tax ID No. 3913007731 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY TAATTA BANK (a.k.a. BANK TAATTA; a.k.a. BANK TAATTA AKTSIONERNOE OBSHCHESTVO; a.k.a. JSC TAATTA BANK; a.k.a. TAATTA, AO), 36 ul. Chepalova, Yakutsk, Sakha (Yakutiya) Resp. 677018, Russia; Bld. 41, Bolshaya Morskaya Street, Sevastopol, Crimea 299011, Ukraine; Bld. 66, Kirova Avenue, Simferopol, Crimea, Ukraine; Bld. 36, Kulakova Street, Sevastopol, Crimea, Ukraine; SWIFT/BIC TAAARU8Y; BIK (RU) 049805709; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1021400000380 (Russia); Tax ID No. 1435126628 (Russia); Government Gazette Number 09287233 (Russia); License 1249 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY TAGANROG METALLURGICAL PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТАГАНРОГСКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД) (a.k.a. JSC TAGMET (Cyrillic: АО ТАГМЕТ)), 1 Zavodskaya Street, Taganrog 347905, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6154011797 (Russia); Registration Number 1026102572473 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY TECHNOLOGICAL ENTERPRISE PERM PLANT OF METAL WORKING CENTERS (a.k.a. AKTSIONERNOE OBSHCHESTVO SOVMESTNOE TEKHNOLOGICHESKOE PREDPRIYATIE PERMSKII ZAVOD METALLOOBRABATYVAYUSHCHIKH TSENTROV; a.k.a. PERM FACTORY METAL CENTERS STP STOCK COMPANY; a.k.a. "AO STP PZMTS"; a.k.a. "PZMC"), 155 Promyshlennaya Street, Perm 614065, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5905951227 (Russia); Registration Number 1145958055870 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY TECHNOROS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТЕХНОРОС), pom. N 74 d. 21 litera A, ul. Gzhatskaya, St. Petersburg 195220, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

7804062433 (Russia); Registration Number 1027802501980 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY TEKHNODINAMIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТЕХНОДИНАМИКА) (a.k.a. AKTSIONERNOE OBSCHESTVO TEKHNODINAMIKA; a.k.a. AO TEKHNODINAMIKA; a.k.a. JOINT STOCK COMPANY AVIATION EQUIPMENT; a.k.a. JSC TEKHNODINAMIKA (Cyrillic: АО ТЕХНОДИНАМИКА); a.k.a. TEKNODINAMIKA JSC), Ul. Bolshaya Tatarskaya D. 35, Str. 5, Moscow 115184, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1037719005873 (Russia); Tax ID No. 7719265496 (Russia); Government Gazette Number 07543117 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JOINT STOCK COMPANY TENTH BEARING PLANT (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU DESIATYI PODSHIPNIKOVYI ZAVOD; a.k.a. "LLC 10 GPZ"), zd. 1 str. 1 ul. Peskova, Rostov-On-Don 344091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6168111569 (Russia); Registration Number 1206100017331 (Russia) [RUSSIA-EO14024] (Linked To: AUTOMOBILE PLANT URAL JOINT STOCK COMPANY).

JOINT STOCK COMPANY TERRA TECH (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТЕРРА ТЕХ) (a.k.a. AKTSIONERNOE OBSHCHESTVO TERRA TEKH; a.k.a. AO TERRA TEKH (Cyrillic: АО ТЕРРА ТЕХ)), Ul. Aviamotornaya D. 53, Str. 1, Kom. 93, Moscow 111250, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Dec 2017; Target Type State-Owned Enterprise; Tax ID No. 7722429553 (Russia); Registration Number 5177746378431 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY TETIS PRO (a.k.a. AKTCIONERNOE OBSHESTVO TETIS PRO; a.k.a. TETHYS PRO JSC), Ul. Polyany D.54, Floor 3, PO Box 73, Moscow 117042, Russia; Polyany St., Building 54, Building 1, Moscow

142791, Russia; 19-21 Novo-Rybinskaya St., Office 330, Saint Petersburg 196084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724643714 (Russia); Registration Number 1077763809353 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES (a.k.a. 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JSC THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. LYOTNY OTRYAD 224; a.k.a. OJSC GOSUDARSTVENNAYA AVIAKOMPANIYA 224 LETNY OTRYAD (Cyrillic: ОАО ГОСУДАРСТВЕННАЯ АВИАКОМПАНИЯ 224 ЛЕТНЫЙ ОТРЯД); a.k.a. TTF AIR HEAVY LIFTING; a.k.a. "224 FU JSC"; a.k.a. "224TH FLIGHT UNIT"; a.k.a. "OAO 224 LO"), 10, Matrosskaya Tishina, B-14, POB-471, Moscow 107014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Oct 1971; Target Type State-Owned Enterprise; Tax ID No. 7718763393 (Russia); Registration Number 1097746281160 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

JOINT STOCK COMPANY THE CENTRAL RESEARCH INSTITUTE KURS (a.k.a. AO TSNII KURS), Ul. Kirpichnaya D. 34A, Moscow 105187, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7719584213 (Russia); Registration Number 1067746378798 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY THE ST. PETERSBURG'S SEA BUREAU OF MECHANICAL ENGINEERING MALACHITE (a.k.a. JOINT-STOCK COMPANY SAINT PETERSBURG CITY SEA OFFICE MECHANICAL ENGINEERING MALAKHIT; a.k.a. JOINT-STOCK COMPANY SPMBM MALAKHIT; a.k.a. JOINT-STOCK COMPANY ST. PETERSBURG MARINE DESIGN BUREAU MALACHITE; a.k.a. JSC SAINT-PETERSBURG MARINE DESIGN BUREAU MALACHITE; a.k.a. JSC SANKT-PETERBURGSKOYE MORSKOYE BYURO MASHINOSTROYENIYA MALAKHIT (Cyrillic: АО САНКТ-ПЕТЕРБУРГСКОЕ МОРСКОЕ БЮРО МАШИНОСТРОЕНИЯ МАЛАХИТ); a.k.a. MALACHITE DESIGN BUREAU), 18 Frunze Str., Saint-Petersburg 196135, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2008; Tax ID No.

7810537540 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY THE URAL DESIGN OFFICE OF TRANSPORT MECHANICAL ENGINEERING (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKOE KONSTRUKTORSKOE BIURO TRANSPORTNOGO MASHINOSTROENIIA; a.k.a. JOINT STOCK COMPANY URAL DESIGN BUREAU OF TRANSPORT ENGINEERING; a.k.a. "AO UKBTM"), Vostochnye shosse 38, Nizhny Tagil 622007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6623049453 (Russia); Registration Number 1086623004380 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY THE URALS SCIENTIFIC RESEARCH INSTITUTE OF COMPOSITE MATERIALS (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKI NAUCHNO-ISSLEDOVATELSKI INSTITUT KOMPOZITSIONNYKH MATERIALOV; a.k.a. UNIIKM AO; f.k.a. URALSKI NII KOMPOZITSIONNYKH MATERIALOV PAO), Ul. Novozvyaginskaya D. 57, Perm 614014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5906092190 (Russia); Government Gazette Number 07523132 (Russia); Registration Number 1095906003490 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY TIZOL (a.k.a. AO TIZOL), Ul. Malysheva D. 59, Lesnoy 624223, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6624002881 (Russia); Registration Number 1026601483886 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY TOGOVIY DOM ZVEZDA-STRELA (a.k.a. AKTSIONERNOE OBSHCHESTVO TRV INZHINIRING; a.k.a. TD ZVEZDA-STRELA OOO; a.k.a. TRV ENGINEERING JSC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРВ-ИНЖИНИРИНГ); a.k.a. TRV INZHINIRING AO (Cyrillic: АО ТРВ-ИНЖИНИРИНГ); a.k.a. ZVEZDA-STRELA TRADING HOUSE LLC (Cyrillic: ООО ТОРГОВЫЙ ДОМ ЗВЕЗДА-СТРЕЛА)), ul. Ordzhonikidze, D. 2A, Korolev, Moscow Oblast 141076, Russia (Cyrillic: УЛ ОРДЖОНИКИДЗЕ, Д. 2А, КОРОЛЁВ, МОСКОВСКАЯ ОБЛАСТЬ 141076, Russia); Website www.trv-e.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Organization Established Date 25 Dec 2006; Tax ID No. 5018205784 (Russia); Government Gazette Number 46252304 (Russia); Business Registration Number 1205000099941 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY TOMSK ELECTROTECHNICAL PLANT (a.k.a. "TETZ"), 51a Kirov Ave., Tomsk 634041, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7017298902 (Russia); Registration Number 1127017001605 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY TRADING HOUSE ROSEL (a.k.a. "AO TD ROSEL"), Ul. Kosmonavta Volkova D. 12, Moscow 127299, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Oct 2005; Tax ID No. 7718564221 (Russia); Registration Number 1057748776733 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JOINT STOCK COMPANY TRANSAVIAEXPORT AIRLINES (f.k.a. AAT AVIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: ААТ АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. AAT TAE AVIYA (Cyrillic: ААТ ТАЕ АВІЯ); f.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA AVIIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA TAE AVIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ТАЕ АВІЯ); f.k.a. AVIAKOMPANIYA TRANSAVIAEKSPORT OAO; a.k.a. JSC TRANSAVIAEXPORT AIRLINES; f.k.a. OAO AVIAKOMPANIYA TRANSAVIAEKSPORT (Cyrillic: ОАО АВИАКОМПАНИЯ ТРАНСАВИАЭКСПОРТ); a.k.a. OAO TAE AVIA (Cyrillic: ОАО ТАЕ АВИА); f.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO AVIAKOMPANIYA TRANSAVIAEKSPORT; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO TAE AVIA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАЕ АВИА); a.k.a. TRANSAVIAEXPORT AIRLINES), 44, Zakharova Str., Minsk 220034, Belarus (Cyrillic: Ул. Захарова, 44, Минск 220034, Belarus); d. 11, Ul. Pervomayskaya, Minsk 220034, Belarus (Cyrillic: д. 11, ул. Первомайская, Минск 220034, Belarus); Organization Established Date 28 Dec 1992; Registration Number 100027245 (Belarus) [BELARUS-EO14038].

JOINT STOCK COMPANY TRANSPORT COMPANY GRAND SERVICE EXPRESS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСПОРТНАЯ КОМПАНИЯ ГРАНД СЕРВИС ЭКСПРЕСС) (a.k.a. AO GRAND SERVIS EKSPRESS; a.k.a. GRAND SERVICE EXPRESS (Cyrillic: ГРАНД СЕРВИС ЭКСПРЕСС); a.k.a. JOINT STOCK COMPANY GRAND SERVICE EXPRESS; a.k.a. "GRAND EXPRESS" (Cyrillic: "ГРАНД ЭКСПРЕСС"); a.k.a. "JSC GSE"), 85 Sheremetevskaya St., Building 1, Moscow 129075, Russia; ul. Sheremetevskaya, d. 85, str. 1, Moscow 129075, Russia; P.O. Box 15, Moscow 129075, Russia; a/ya 15, Moscow 129075, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7705445700 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY TSNIRTI NAMED AFTER ACADEMICIAN A I BERG (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTRALNYI NAUCHNO ISSLEDOVATELSKII RADIOTEKHNICHESKII INSTITUIMENI AKADEMIKA A I BERGA; a.k.a. AO TSNIRTI IM AKADEMIKA A I BERGA; a.k.a. CENTRAL RESEARCH RADIO ENGINEERING INSTITUTE NAMED AFTER ACADEMICIAN A I BERG; a.k.a. "108 INSTITUTE"), 20 Nova Basmanna Street, Building 9, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701039940 (Russia); Registration Number 1167746458648 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY TUGANSK MINING AND PROCESSING ENTERPRISE ILMENITE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТУГАНСКИЙ ГОРНО ОБОГАТИТЕЛЬНЫЙ КОМБИНАТ ИЛЬМЕНИТ) (a.k.a. ILMENITE TMPE JSC; a.k.a. TGOK ILMENITE JSC; a.k.a. TUGANSKY GOK), ul. Zavodskaya d. 100, S. Oktyabrskoe 634583, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7014038550 (Russia); Registration Number 1027000762260 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY TULA CARTRIDGE WORKS (a.k.a. TULA CARTRIDGE PLANT; a.k.a. TULAMMO; a.k.a. "AO TPZ"), ul. Marata D. 47 B, Tula 300004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7105008338 (Russia); Registration Number 1027100507268 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY TULA MACHINE BUILDING PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO AKTSIONERNAIA KOMPANIIA TULAMASHZAVOD; a.k.a. AO TULSKIY MASHINOSTROITELNIY ZAVOD; a.k.a. JOINT STOCK COMPANY TULAMASHZAVOD; a.k.a. TULAMASHZAVOD PRODUCTION ASSOCIATION), 2 Mosina St., Tula 300002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7106002836 (Russia); Registration Number 1027100507114 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY TULAMASHZAVOD (a.k.a. AKTSIONERNOE OBSHCHESTVO AKTSIONERNAIA KOMPANIIA TULAMASHZAVOD; a.k.a. AO TULSKIY MASHINOSTROITELNIY ZAVOD; a.k.a. JOINT STOCK COMPANY TULA MACHINE BUILDING PLANT; a.k.a. TULAMASHZAVOD PRODUCTION ASSOCIATION), 2 Mosina St., Tula 300002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7106002836 (Russia); Registration Number 1027100507114 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY TULATOCHMASH (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТУЛАТОЧМАШ), Ul. Kominterna d. 24, Tula 300041, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7106002829 (Russia); Registration Number 1027100738565 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY TYUMEN BATTERY FACTORY (a.k.a. TYUMEN ACCUMULATOR PLANT), 103, Yamskaya Street, Tyumen 625001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7204001630 (Russia); Registration Number 1027200797392 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY UGOLNAYA KOMPANIYA KUZBASSRAZREZUGOL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УГОЛЬНАЯ КОМПАНИЯ КУЗБАССРАЗРЕЗУГОЛЬ) (a.k.a. AO UK KUZBASSRAZREZUGOL), 4A Pionerski Bulvar, Kemerovo 650054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 4205049090 (Russia); Registration

Number 1034205040935 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMPANY ULAN-UDE AVIATION PLANT (a.k.a. ULAN-UDE AVIATION PLANT; a.k.a. "AO U-UAZ"), Ul. Khorinskaya D. 1, Ulan-Ude 670009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Feb 1994; Tax ID No. 0323018510 (Russia); Registration Number 1020300887793 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JOINT STOCK COMPANY UMIRS (a.k.a. AO YUMIRS), Antonova st., 3, Penza 440600, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5835015359 (Russia); Registration Number 1025801217947 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY UNITED CREDIT BUREAU (a.k.a. "UCB JSC"), 9 B. Tatarskaya Street, floor 4, office 51, Moscow 115184, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7710561081 (Russia); Registration Number 1047796788819 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JOINT STOCK COMPANY UNITED ENGINE CORPORATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОБЪЕДИНЕННАЯ ДВИГАТЕЛЕСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ) (a.k.a. AKTSIONERNOE OBSHCHESTVO OBEDINENNAYA DVIGATELESTROITELNAYA KORPORATSIYA; a.k.a. UNITED ENGINE CORP JSC; a.k.a. "AO ODK" (Cyrillic: "АО ОДК")), 16, Budyonny Avenue, Moscow 105118, Russia; Per. Mayakovskogo D. 11, Moscow 109147, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 22 Nov 2007; Tax ID No. 7731644035 (Russia); Registration Number 1107746081717 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMPANY UNITED INVESTMENT GROUP (a.k.a. AKTSIONERNOE OBSHCHESTVO OBEDINENNAYA INVESTITSIONNAYA GRUPPA), Nab. Pirogovskaya D. 21, Lit. A, Pom/Kom 8-N/4, OF 57, Saint Petersburg 195277, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Organization Established Date 11 Jun 2019; Target Type Financial Institution; Tax ID No. 7802691764 (Russia); Registration Number 1197847134704 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY UNITED METALLURGICAL COMPANY (a.k.a. "AO OMK"), Nab. Ozerkovskaya D. 28, Str. 2, Moscow 115184, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 23 Nov 1992; Tax ID No. 7736030085 (Russia); Registration Number 1027700121173 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION (a.k.a. JSC UNITED SHIPBUILDING CORPORATION; a.k.a. UNITED SHIPBUILDING CORPORATION (Cyrillic: ОБЪЕДИНЕННАЯ СУДОСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. "JSC USC"; a.k.a. "OCK"; a.k.a. "OSK AO"), Ul. Marat, 90, St. Petersburg 191119, Russia; 11 Bolshaya Tatarskaya Str. Bld. B, Moscow 115184, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7838395215 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JOINT STOCK COMPANY URAL DESIGN BUREAU DETAL (a.k.a. AO UPKB DETAL; a.k.a. DETAL URAL DESIGN BUREAU JSC), Ul. Pionerskaya D.8, Kamensk-Uralskiy 623409, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1949; Tax ID No. 6612011546 (Russia); Registration Number 1026600930630 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JOINT STOCK COMPANY URAL DESIGN BUREAU OF TRANSPORT ENGINEERING (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKOE KONSTRUKTORSKOE BIURO TRANSPORTNOGO MASHINOSTROENIIA; a.k.a. JOINT STOCK COMPANY THE URAL DESIGN OFFICE OF TRANSPORT MECHANICAL ENGINEERING; a.k.a. "AO UKBTM"), Vostochynye shosse 38, Nizhny Tagil 622007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6623049453 (Russia); Registration Number 1086623004380 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY URAL HEAVY EQUIPMENT URALVAGONZAVOD (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKAYA BOLSHEGRUZNAYA TEKHNIKA URALVAGONZAVOD; a.k.a. AO UBT URALVAGONZAVOD; a.k.a. JOINT STOCK COMPANY URAL HEAVY LOAD TECHNIQUE URALVAGONZAVOD), Ul. Yunosti D. 10, Nizhniy Tagil 622018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6623009965 (Russia); Registration Number 1026601370267 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION CORPORATION URALVAGONZAVOD NAMED AFTER F E DZERZHINSKY).

JOINT STOCK COMPANY URAL HEAVY LOAD TECHNIQUE URALVAGONZAVOD (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKAYA BOLSHEGRUZNAYA TEKHNIKA URALVAGONZAVOD; a.k.a. AO UBT URALVAGONZAVOD; a.k.a. JOINT STOCK COMPANY URAL HEAVY EQUIPMENT URALVAGONZAVOD), Ul. Yunosti D. 10, Nizhniy Tagil 622018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6623009965 (Russia); Registration Number 1026601370267 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION CORPORATION URALVAGONZAVOD NAMED AFTER F E DZERZHINSKY).

JOINT STOCK COMPANY URAL MINING AND METALLURGICAL COMPANY (a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO URALSKAYA GORNO METALLURGICHESKAYA KOMPANIYA; a.k.a. "UMMC"), 1, prospekt Uspenski, Verkhnyaya Pyshma, Sverdlovsk region 624091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Oct 1999; Tax ID No. 6606013640 (Russia); Government Gazette Number 52306330 (Russia); Registration Number 1026600727713 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY URAL MOTOR VEHICLES PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO AVTOMOBILNYI ZAVOD URAL; a.k.a. AUTOMOBILE PLANT URAL JOINT STOCK COMPANY; a.k.a. "AO AZ URAL"), 1 Avtozavodtsev pr-kt, Miass 456304, Russia; Secondary sanctions risk: See Section

11 of Executive Order 14024.; Tax ID No. 7415029289 (Russia); Registration Number 1027400870826 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY URAL SCIENTIFIC AND TECHNOLOGICAL COMPLEX (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKII NAUCHNO TEKHNOLOGICHESKII KOMPLEKS; a.k.a. "AO UNTK"), Vostochnoe sh. 28a, Nizhny Tagil 622007, Russia; Ul. paradnaya d. 8, Saint Petersburg 191014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6667001522 (Russia); Registration Number 1026601368023 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY URALELEKTROMED (a.k.a. AKTSIONERNOE OBSHCHESTVO URALELEKTROMED; f.k.a. OPEN JOINT STOCK COMPANY URALELECTROMED; a.k.a. URALELEKTROMED AO; a.k.a. URALELEKTROMED JSC; a.k.a. URALELEKTROMED PUBLIC JOINT STOCK COMPANY), 1, Lenin Street, Lugovskoy 624091, Russia; 1, prospekt Uspenski Verkhnyaya Pyshma, Sverdlovsk region 624091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Dec 1992; Tax ID No. 6606003385 (Russia); Government Gazette Number 00194429 (Russia); Registration Number 1026600726657 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY URALREDMET (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УРАЛРЕДМЕТ), Ul. Petrova 59, Verkhnyaya Pyshma 624092, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6606002529 (Russia); Registration Number 1026600726701 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY URALS WORKS OF CIVIL AVIATION (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKI ZAVOD GRAZHDANSKOI AVIATSII; a.k.a. AO URAL CIVIL AVIATION FACTORY; a.k.a. "UZGA AO"), Ul. Bakhchivandzhi 2G,, Ekaterinburg, Svedlovskaya Oblast 620025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Mar 1939; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 6664013640 (Russia); Government Gazette Number 01128452 (Russia); Registration Number 1026605766560 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VAD (a.k.a. AKTSIONERNOE OBSHCHESTVO VAD; a.k.a. AO, VAD; a.k.a. CJSC VAD; a.k.a. JSC VAD; a.k.a. VAD, AO; a.k.a. ZAO VAD; a.k.a. "HIGH-QUALITY HIGHWAYS"), 133, ul. Chernyshevskogo, Vologda, Vologodskaya Obl 160019, Russia; 122 Grazhdanskiy Prospect, Suite 5, Liter A, St. Petersburg 195267, Russia; Website www.zaovad.com; Email Address office@zaovad.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037804006811 (Russia); Tax ID No. 7802059185 (Russia); Government Gazette Number 34390716 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY VAKUUM.RU (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВАКУУМ.РУ) (a.k.a. AKTSIONERNOE OBSHCHESTVO VAKUUM.RU; a.k.a. JSC VACUUM.RU (Cyrillic: АО ВАКУУМ.РУ)), Proezd Savelkinskii D. 4, E 13, Pom. XXI K 4 Of 4G, Zelenograd 124482, Russia; Passage No. 4922, Building 4, Floor 1, Room 55, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 May 2019; Organization Type: Wholesale of other machinery and equipment; Target Type Private Company; Tax ID No. 7735183762 (Russia); Government Gazette Number 39727818 (Russia); Registration Number 1197746343772 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VERHNETURINSKY MASHINOSTROITELNY ZAVOD (a.k.a. JOINT STOCK COMPANY VERKHNETURINSKY MACHINE BUILDING PLANT), Ul. Mashinostroitelei D. 2, Verkhnyaya Tura 624320, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6681000827 (Russia); Registration Number 1126681000820 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VERKHNETURINSKY MACHINE BUILDING PLANT (a.k.a. JOINT STOCK COMPANY VERHNETURINSKY MASHINOSTROITELNY ZAVOD), Ul. Mashinostroitelei D. 2, Verkhnyaya Tura 624320, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6681000827 (Russia); Registration Number 1126681000820 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VERKHNYAYA SALDA CHEMICAL CONTAINER PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO

VERKHNESALDINSKII ZAVOD KHIMICHESKIKH EMKOSTEI; a.k.a. "AO VZKHE"), 105 Molodezhny Poselok Street, Verkhnyaya Salda 624761, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6623136353 (Russia); Registration Number 1206600070918 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VISMUT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВИСМУТ), Kalganskiy District, Kozlovo Village, TOR Zabaykalye Territory, Zabaykalskiy 674347, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7536106570 (Russia); Registration Number 1097536007953 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VLADIMIR PLANT OF METAL HOSES (a.k.a. "AO VZM"), Kubysheva st., 26E, Vladimir 600035, Russia; Ul. Letnikovskaya D. 10, Str. 1, Pomeshch. IV, Kom. 11, Moscow 115114, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3328441019 (Russia); Registration Number 1063328003584 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VLADIMIR PRODUCTION AMALGAMATION TOCHMASH (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВЛАДИМИРСКОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ТОЧМАШ) (a.k.a. JSC VPA TOCHMASH; a.k.a. VLADIMIR TOCHMASH; a.k.a. VPO TOCHMASH AO; a.k.a. "TOCHMASH"), D. 1a Ul. Severnaya, Vladimir 600007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3329051460 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VNIIR PROGRESS (a.k.a. JSC VNIIR PROGRESS (Cyrillic: АО ВНИИР ПРОГРЕСС)), Prospekt I.Ya.Yakovleva d. 4, Cheboksary 428024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2130094170 (Russia); Government Gazette Number 94073637 (Russia); Registration Number 1112130013270 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALL-RUSSIAN SCIENTIFIC RESEARCH DESIGN AND TECHNOLOGICAL INSTITUTE OF RELAY ENGINEERING WITH EXPERIMENTAL PRODUCTION).

JOINT STOCK COMPANY VOENTORG (a.k.a. AKTSIONERNOE OBSHCHESTVO VOENTORG), 23 ul. Bolshaia Pirogovskaia, Moscow 119435, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Tax ID No. 7704726183 (Russia); Registration Number 1097746264186 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VOLOGODSKY OPTIKO MEKHANICHESKY FACTORY (a.k.a. JOINT STOCK COMPANY VOMZ; a.k.a. VOLOGDA OPTICAL AND MECHANICAL PLANT JSC), 54 Maltseva Str., Vologda, Vologda Region 160009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Apr 1994; Tax ID No. 3525023010 (Russia); Registration Number 1023500882437 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VOLSK MECHANICAL PLANT, 10 Vidim, Volsk 412921, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6441019849 (Russia); Registration Number 1106441000951 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VOLZHSKIY PIPE PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВОЛЖСКИЙ ТРУБНЫЙ ЗАВОД) (a.k.a. "JSC VTZ" (Cyrillic: "АО ВТЗ")), 6 Metallurgov Avenue, Volzhskiy 404119, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3435900186 (Russia); Registration Number 1023401997101 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VOMZ (a.k.a. JOINT STOCK COMPANY VOLOGODSKY OPTIKO MEKHANICHESKY FACTORY; a.k.a. VOLOGDA OPTICAL AND MECHANICAL PLANT JSC), 54 Maltseva Str., Vologda, Vologda Region 160009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Apr 1994; Tax ID No. 3525023010 (Russia); Registration Number 1023500882437 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VORONEZH CENTRAL DESIGN BUREAU POLUS (a.k.a. AO VTSKB POLYUS), Ul. Krasnodonskaya D. 16, Korp. B, Voronezh 394019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3662104575 (Russia); Registration Number 1053600512998 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VORONEZHSKY FACTORY POLUPROVODNIKOVYKH PRIBOROV-SBORKA (a.k.a. JOINT STOCK COMPANY VZPP-S; a.k.a. JSC VORONEZH SEMICONDUCTOR DEVICES PLANT-ASSEMBLY; a.k.a. VORONEZH SEMICONDUCTOR DEVICES FACTORY-ASSEMBLY; a.k.a. VZPP-S AO), 119A Leninsky Ave, Voronezh, Voronezh region 394033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Dec 2005; Tax ID No. 3661033635 (Russia); Registration Number 1053600592330 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VOSKRESENSKY AGGREGATION FACTORY (a.k.a. VOSKRESENSKIY AGGREGATE PLANT; a.k.a. "JSC VAF"), 6 Ul. Tsiolkovskogo, Beloozerskii 140250, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5005073080 (Russia); Registration Number 1235000011058 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VOTKINSKIY PLANT (a.k.a. JOINT STOCK COMPANY VOTKINSKIY ZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВОТКИНСКИЙ ЗАВОД); a.k.a. VOTKINSKI ZAVOD AO), Kirova St., Building 2, Votkinsk, Udmurt Republic 427430, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1828020110 (Russia); Registration Number 1101828001000 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VOTKINSKIY ZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВОТКИНСКИЙ ЗАВОД) (a.k.a. JOINT STOCK COMPANY VOTKINSKIY PLANT; a.k.a. VOTKINSKI ZAVOD AO), Kirova St., Building 2, Votkinsk, Udmurt Republic 427430, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1828020110 (Russia); Registration Number 1101828001000 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VREMYA CH, Ul. Osharskaya D. 67, Nizhniy Novgorod 603105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5262007965 (Russia); Registration Number 1025203723478 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VSEROSSIYSKY INSTITUTE FOR SCIENTIFIC RESEARCH RADIOTEKHNIKI (a.k.a. JSC ALL RUSSIAN RESEARCH INSTITUTE OF RADIO ENGINEERING; a.k.a. "VNIIRT"), 22 Bolshaya Pochtovaya st., Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Nov 2020; Tax ID No. 7701315700 (Russia); Registration Number 1027701015352 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VTB BANK KAZAKHSTAN (a.k.a. BANK VTB KAZAKHSTAN JOINT STOCK COMPANY; a.k.a. BANK VTB KAZAKHSTAN JSC; a.k.a. SUBSIDIARY JSC BANK VTB KAZAKHSTAN), 28 Timiryazev Street, Almaty 050040, Kazakhstan; SWIFT/BIC VTBAKZKZ; Website http://en.vtb-bank.kz/; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

JOINT STOCK COMPANY VTB DEVELOPMENT (a.k.a. AKTSIONERNOE OBSHCHESTVO VTB DEVELOPMENT; a.k.a. AO VTB DEVELOPMENT (Cyrillic: АО ВТБ ДЕВЕЛОПМЕНТ); a.k.a. VTB DEVELOPMENT AO), Ul. B. Morskaya D. 30, Saint Petersburg 190000, Russia; d. 11 litera A kom 560, per. Degtyarny, St. Petersburg 191144, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Jul 2005; Organization Type: Non-specialized wholesale trade; Tax ID No. 7838327945 (Russia); Registration Number 1057811461091 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

JOINT STOCK COMPANY VTB REGISTRAR (a.k.a. JSC VTB REGISTRAR; a.k.a. VTB REGISTRAR; a.k.a. VTB REGISTRAR CJSC; a.k.a. VTB REGISTRAR CLOSED JOINT STOCK COMPANY), 23, Pravdy Street, Moscow 125040, Russia; Website www.vtbreg.ru; BIK (RU) 044525745; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 1045605469744 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-

EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

JOINT STOCK COMPANY VYATSKOYE MASHINOSTROITELNOYE PREDPRIYATIYE AVITEK (a.k.a. AO VMP AVITEK; a.k.a. AVITEK VYATSKOE MACHINE BUILDING ENTERPRISE JSC; a.k.a. JSC VMP AVITEC; a.k.a. JSC VMP AVITEK; a.k.a. VYATKA MACHINERY PLANT AVITEC JSC), 1A Prospekt Oktyabrskiy, Kirov, Kirov Oblast 610047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4345047310 (Russia); Registration Number 1024301320977 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VZPP-S (a.k.a. JOINT STOCK COMPANY VORONEZHSKY FACTORY POLUPROVODNIKOVYKH PRIBOROV-SBORKA; a.k.a. JSC VORONEZH SEMICONDUCTOR DEVICES PLANT-ASSEMBLY; a.k.a. VORONEZH SEMICONDUCTOR DEVICES FACTORY-ASSEMBLY; a.k.a. VZPP-S AO), 119A Leninsky Ave, Voronezh, Voronezh region 394033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Dec 2005; Tax ID No. 3661033635 (Russia); Registration Number 1053600592330 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY YALTA FILM STUDIO (a.k.a. AKTSIONERNOE OBSCHESTVO 'YALTINSKAYA KINODSTUDIYA'; a.k.a. CJSC YALTA-FILM; a.k.a. FILM STUDIO YALTA-FILM; a.k.a. JSC YALTA FILM STUDIO; a.k.a. KINOSTUDIYA YALTA-FILM; a.k.a. OAO YALTINSKAYA KINOSTUDIYA; a.k.a. YALTA FILM STUDIO; a.k.a. YALTA FILM STUDIOS), Ulitsa Mukhina, Building 3, Yalta, Crimea 298063, Ukraine; Sevastopolskaya 4, Yalta, Crimea, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 30993572 [UKRAINE-EO13685].

JOINT STOCK COMPANY YAMALDORSTROY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЯМАЛДОРСТРОЙ) (a.k.a. AO YAMALDORSTROI), Room 26, Suite I, Floor 4, Building 1, 41 Vernadskovo Avenue, Moscow 119415, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6670189560 (Russia); Registration Number 1076670031547 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY YAROSLAVL RADIOWORKS (a.k.a. AKTSIONERNOE OBSCHESTVO YAROSLAVSKIY RADIOZAVOD), 13, Margolin Street, Yaroslavl 150010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7601000086 (Russia); Registration Number 1027600980990 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY YAROSLAVSKY EXPERIMENTAL MACHINES PLANT (a.k.a. AO YARZOM), Ul. Polushkina Roshcha D. 11, Yaroslavl 150044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7606002055 (Russia); Registration Number 1027600853543 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY YUZHNOYE NAUCHNO PROIZVODSTVENNOYE OBEDINENIYE PO MORSKIM GEOLOGORAZVEDOCHNYM RABOTAM (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЮЖНОЕ НАУЧНО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ПО МОРСКИМ ГЕОЛОГОРАЗВЕДОЧНЫМ РАБОТАМ) (a.k.a. GNTS FGUGP YUZHMORGEOLOGIYA; a.k.a. YUZHMORGEOLOGIYA AO (Cyrillic: ЮЖМОРГЕОЛОГИЯ АО)), Ulitsa Krymskaya, 20, Gelendzhik 353461, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2304070606 (Russia); Registration Number 1162304051370 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ZAVOD CHUVASHKABEL (a.k.a. CHEBOKSARSKU ZAVOD KABELNYKH IZDELI CHUVASHKABEL OAO; a.k.a. ZAVOD CHUVASHKABEL AO), Pr-D Kabelnyi D, 7, Cheboksary 428037, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2127009135 (Russia); Registration Number 1022100967635 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ZAVOD DAGDIZEL (a.k.a. FACTORY DAGDIZEL; a.k.a. JOINT STOCK COMPANY DAGDIZEL PLANT; a.k.a. ZAVOD DAGDIZEL OPEN JOINT STOCK COMPANY), 1, Lenin Street, Kaspiysk 368300, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1932; Tax ID No. 0545001919 (Russia); Registration Number 1020502130351 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

JOINT STOCK COMPANY ZAVOD KORPUSOV, Ul. Zavodskaya, D. 1, Vyksa 607061, Russia; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Tax ID No. 5247005096 (Russia); Registration Number 1025201638087 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ZAVOD KULAKOVA (a.k.a. AO ZAVOD IM. A.A.KULAKOVA; a.k.a. JSC ZAVOD KULAKOVA), Ul. Yablochkova D. 12, Saint Petersburg 197198, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jan 1992; Tax ID No. 7813346618 (Russia); Registration Number 5067847003428 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

JOINT STOCK COMPANY ZAVOLZHSKY CRAWLER VEHICLE PLANT (a.k.a. AO ZAVOLZHSKIY ZAVOD GUSENICHNIKH TYAGACHEY; a.k.a. ZAVOLZHSKY TRACKED TRACTOR PLANT; a.k.a. "AO ZZGT"; a.k.a. "JSC ZCVP"), 1 Zheleznodorozhnaya Street, Zavolzhe 606522, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5248031980 (Russia); Registration Number 1115248002110 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ZELENODOLSK PLANT NAMED AFTER A.M. GORKY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЗЕЛЕНОДОЛЬСКИЙ ЗАВОД ИМЕНИ А.М. ГОРЬКОГО) (a.k.a. JSC ZELENODOLSK PLANT NAMED AFTER A.M. GORKY (Cyrillic: АО ЗЕЛЕНОДОЛЬСКИЙ ЗАВОД ИМЕНИ А.М. ГОРЬКОГО); a.k.a. ZELENODOLSK SHIPYARD PLANT NAMED AFTER A.M. GORKY), 5, Zavodskaya St., Zelenodolsk, Republic of Tatarstan 422546, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13662].

JOINT STOCK COMPANY ZELENODOLSKY PROJECT AND DESIGN BUREAU (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЗЕЛЕНОДОЛЬСКОЕ ПРОЕКТНО-КОНСТРУКТОРСКОЕ БЮРО) (a.k.a. ZELENODOLSK DESIGN BUREAU JSC; a.k.a. ZELENODOLSKOE PKB AO), 41A Lenina St., Zelenodolsk, Tatarstan Republic 422540, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 May 2008; Tax ID No. 1648024290 (Russia); Registration Number 1081673001541 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ZENIT BELOMO (a.k.a. AAT ZENIT BELOMA (Cyrillic: ААТ ЗЕНІТ БЕЛОМА); a.k.a. JSC ZENIT BELOMO

(Cyrillic: ОАО ЗЕНИТ БЕЛОМО); a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO ZENIT BELOMO), 26 Chapayev Str., Vileyka, Minsk Region 222416, Belarus; Target Type State-Owned Enterprise; Tax ID No. 600102155 (Belarus) [BELARUS-EO14038].

JOINT STOCK COMPANY ZOLOTO SELIGDARA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЗОЛОТО СЕЛИГДАРА), Ul. 26 Piket, D. 12, Aldan 678900, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1402046014 (Russia); Registration Number 1051400025930 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ZVEZDA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЗВЕЗДА), d. 16 kab. 201, etazh 2, ul. Sovetskaya Pgt, Ust-Nera 678730, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1420041450 (Russia); Registration Number 1061420001994 (Russia) [RUSSIA-EO14024].

JOINT STOCK CORPORATION SHIPBUILDING AND SHIP REPAIR TECHNOLOGY CENTER (a.k.a. "AO TSTSS"; a.k.a. "JSC SSTC"), Ul. Promyshlennaya D. 7, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7805482938 (Russia); Registration Number 1097847011371 (Russia) [RUSSIA-EO14024].

JOINT STOCK HOLDING COMPANY BARNAULTRANSMASH (a.k.a. AKTSIONERNOE OBSCHESTVO HOLDINGOVAYA KOMPANIYA BARNAULTRANSMASH), 28 pr-kt Kalinina, Barnaul 656037, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2202000222 (Russia); Registration Number 1022201509395 (Russia) [RUSSIA-EO14024].

JOINT STOCK INVESTMENT COMMERCIAL BANK ENISEISK UNITED BANK, Pom. 25-26-27, 62 Karla Marksa Ul., Krasnoyarsk 660049, Russia; SWIFT/BIC EUJKRU55; Website www.united.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 2447002227 (Russia); Legal Entity Number 253400QH144H9FB5UK28; Registration Number 1022400000160 (Russia) [RUSSIA-EO14024].

JOINT VENTURE QUANTUM TECHNOLOGIES (a.k.a. LIMITED LIABILITY COMPANY SOVMESTNOYE PREDPRIYATIYE KVANTOVYE TEKHNOLOGII; a.k.a. LLC JOINT VENTURE KVANT; a.k.a. LLC JV KVANT; a.k.a. "SP QUANT"), 46 Varshavskoye Highway, Moscow 115230, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Mar 2020; Tax ID No. 7726464220 (Russia); Registration Number 1207700141032 (Russia) [RUSSIA-EO14024].

JOINT-STOCK COMANY KHABAROVSKIY SHIPYARD (a.k.a. JOINT STOCK COMPANY KHABAROVSK SHIPBUILDING YARD; a.k.a. JOINT-STOCK COMPANY KHABAROVSKY SHIPBUILDING PLANT; a.k.a. JOINT-STOCK COMPANY KHSZ; a.k.a. JSC KHABAROVSK SHIPBUILDING YARD; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY FACTORY; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY ZAVOD (Cyrillic: АО ХАБАРОВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. KHABAROVSK SHIPBUILDING PLANT; a.k.a. KHABAROVSKIY SHIPBUILDING PLANT), Suvorova St, 1, Khabarovsk, Khabarovsk Territory 680003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Oct 2008; Tax ID No. 2723112662 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY 10 SRZ (a.k.a. 10 SHIPYARD; a.k.a. AO 10 SRZ; a.k.a. JOINT STOCK COMPANY 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI DOCKYARD; a.k.a. JOINT STOCK COMPANY 10TH AWARDS OF THE LABOR RED BANNER A SHIP REPAIR FACTORY; a.k.a. JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY FACTORY; a.k.a. JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY ZAVOD (Cyrillic: АО 10 ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ СУДОРЕМОНТНЫЙ ЗАВОД)), 19, Lunina Str., Korp.1, Bld.2, Polyarny, Murmansk Region 184650, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Jun 2010; Tax ID No. 5116001041 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY 33 DOCKYARD (a.k.a. AKTSIONERNOE OBSHCHESTVO 33 SUDOREMONTNYI ZAVOD; a.k.a. JOINT-STOCK COMPANY 33 SRZ; a.k.a. JSC 33 SHIPYARD; a.k.a. JSC 33 SUDOREMONTNY FACTORY (Cyrillic: АО 33 СУДОРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC 33 SUDOREMONTNY ZAVOD), Russkay Embankment, 2, Baltiysk, Kaliningrad Region 238520, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2008; Tax ID No. 3901500276 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY 33 SRZ (a.k.a. AKTSIONERNOE OBSHCHESTVO 33 SUDOREMONTNYI ZAVOD; a.k.a. JOINT-STOCK COMPANY 33 DOCKYARD; a.k.a. JSC 33 SHIPYARD; a.k.a. JSC 33 SUDOREMONTNY FACTORY (Cyrillic: АО 33 СУДОРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC 33 SUDOREMONTNY ZAVOD), Russkay Embankment, 2, Baltiysk, Kaliningrad Region 238520, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2008; Tax ID No. 3901500276 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY A.S. YAKOVLEV DESIGN BUREAU (a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESIGN BUREAU NAMED AFTER A.S. YAKOVLEV; a.k.a. JOINT STOCK COMPANY OKB NAMED AFTER A.S. YAKOVLEV; a.k.a. JSC A.S. YAKOVLEV DB; a.k.a. OJSC OPYTNO-KONSTRUKTORSKOYE BYURO IM. A.S. YAKOVLEVA), 68 Leningradsky Ave, Moscow 125315, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Aug 1993; Tax ID No. 7714039849 (Russia); Registration Number 1027739252298 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKOVLEV).

JOINT-STOCK COMPANY B-CRYPTO (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО Б-КРИПТО) (a.k.a. AKTSIONERNOYE OBSHCHESTVO B-KRIPTO), Ter. Skolkovo Innovatsionnogo Tsentra, B-R Bolshoi, D. 42, Str. 1, Pomeshch. #1160, Moscow 121205, Russia; Website https://www.b-crypto.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Oct 2022; Tax ID No. 9731101346 (Russia) [RUSSIA-EO14024].

JOINT-STOCK COMPANY CENTRAL SEA ENGINEERING OFFICE ALMAZ (a.k.a. ALMAZ CENTRAL MARINE DESIGN BUREAU; a.k.a. ALMAZ CENTRAL MARINE DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. ALMAZ DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY CENTRAL MARINE DESIGN BUREAU ALMAZ; a.k.a. JOINT-STOCK COMPANY TSMKB ALMAZ; a.k.a. JSC TSENTRALNOYE MORSKOYE KONSTRUKTORSKOYE BYURO ALMAZ (Cyrillic: АО ЦЕНТРАЛЬНОЕ МОРСКОЕ КОНСТРУКТОРСКОЕ БЮРО АЛМАЗ)), Warshavskaya Street, 50, Saint-Petersburg 196128, Russia; 50 Varshavskaya Str., St. Petersburg 196070, Russia; Website www.almaz-kb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2008; Organization Type: Operation of sports facilities; Tax ID No. 7810537558 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY COMMERCIAL BANK 'INDUSTRIAL SAVINGS BANK' (a.k.a. AKTSIONERNOE OBSHCHESTVO KOMMERCHESKI BANK INDUSTRIALNY SBEREGATELNY BANK; f.k.a. CLOSED JOINT STOCK COMPANY COMMERCIAL BANK 'INDUSTRIAL SAVINGS BANK'; a.k.a. IS BANK, AO; a.k.a. JSC CB 'IS BANK'), Eldoradovsky per 7, Moscow 125167, Russia; 29/UL, prospect Kirova, Simferopol, Crimea 295011, Ukraine; Building 160, Office 104, Kievskaya Street, Simferopol, Crimea 295493, Ukraine; Building 25, Lenin Street, Kerch, Crimea 298300, Ukraine; SWIFT/BIC RISBRUMM; BIK (RU) 044525349; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027739339715 (Russia); Tax ID No. 7744001673 (Russia); Government Gazette Number 40199908 (Russia) [UKRAINE-EO13685].

JOINT-STOCK COMPANY COMMERCIAL BANK NORTH CREDIT (a.k.a. JSC CB NORTH CREDIT; a.k.a. NORTH CREDIT BANK), Building 27, Herzen Street, Vologda, Vologda Oblast 160000, Russia; Building 29a, Zhelyabova Street, Simferopol, Crimea 295011, Ukraine; ul. Gertsena 27, Vologda, Vologodskaya Oblast 160000, Russia; SWIFT/BIC NOCRRU21; BIK (RU) 041909769; Secondary sanctions risk: Ukraine-/Russia-

Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1022900001772 (Russia); Tax ID No. 2901009852 (Russia) [UKRAINE-EO13685].

JOINT-STOCK COMPANY CONCERN ALMAZ-ANTEY (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN VOZDUSHNO-KOSMICHESKOI OBORONY ALMAZ-ANTEI; a.k.a. AO KONTSERN VKO ALMAZ-ANTEI; a.k.a. JOINT STOCK COMPANY AEROSPACE DEFENSE CONCERN ALMAZ-ANTEY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН ВОЗДУШНО-КОСМИЧЕСКОЙ ОБОРОНЫ АЛМАЗ-АНТЕЙ); a.k.a. JOINT STOCK COMPANY AIR AND SPACE DEFENSE CONCERN ALMAZ-ANTEY; a.k.a. JSC CONCERN VKO ALMAZ-ANTEY (Cyrillic: АО КОНЦЕРН ВКО АЛМАЗ-АНТЕЙ); f.k.a. OAO CONCERN PVO ALMAZ-ANTEY; f.k.a. OPEN JOINT STOCK COMPANY CONCERN PVO ALMAZ-ANTEY), D. 41, ul. Vereiskaya, Moscow 121471, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Nov 1991; Target Type State-Owned Enterprise; Tax ID No. 7731084175 (Russia); Government Gazette Number 11593871 (Russia); Registration Number 1027739001993 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JOINT-STOCK COMPANY ENGINEERING OFFICE SPETSIALNOGO MASHINOSTROYENIYA (a.k.a. DESIGN BUREAU OF SPECIAL MACHINE BUILDING; a.k.a. DESIGN BUREAU OF SPECIAL MACHINE-BUILDING; a.k.a. DESIGN BUREAU OF SPECIAL MACHINEBUILDING AO (Cyrillic: АО КОНСТРУКТОРСКОЕ БЮРО СПЕЦИАЛЬНОГО МАШИНОСТРОЕНИЯ); a.k.a. JOINT-STOCK COMPANY KBSM; a.k.a. KBSM DESIGN BUREAU OF SPECIAL MACHINEBUILDING; a.k.a. "KBSM AO"), Obukhovskoy Oborony Ave, Saint Petersburg 192012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802205799 (Russia) [RUSSIA-EO14024].

JOINT-STOCK COMPANY FOREIGN ECONOMIC ENTERPRISE SUDOEXPORT (a.k.a. JOINT STOCK COMPANY SUDOEXPORT; a.k.a. JSC VNESHNEEKONOMICHESKOYE ENTERPRISE SUDOEXPORT (Cyrillic: АО ВНЕШНЕЭКОНОМИЧЕСКОЕ

ПРЕДПРИЯТИЕ СУДОЭКСПОРТ); a.k.a. "SUDOEXPORT"), 11 Tikhvinsky Pereulok Bld.2, Moscow 127055, Russia; 11 Sadovaya-Kudrinskaya St., Moscow 123231, Russia; Website www.sudoexport.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Apr 2013; Tax ID No. 7703788275 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY KBSM (a.k.a. DESIGN BUREAU OF SPECIAL MACHINE BUILDING; a.k.a. DESIGN BUREAU OF SPECIAL MACHINE-BUILDING; a.k.a. DESIGN BUREAU OF SPECIAL MACHINEBUILDING AO (Cyrillic: АО КОНСТРУКТОРСКОЕ БЮРО СПЕЦИАЛЬНОГО МАШИНОСТРОЕНИЯ); a.k.a. JOINT-STOCK COMPANY ENGINEERING OFFICE SPETSIALNOGO MASHINOSTROYENIYA; a.k.a. KBSM DESIGN BUREAU OF SPECIAL MACHINEBUILDING; a.k.a. "KBSM AO"), Obukhovskoy Oborony Ave, Saint Petersburg 192012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802205799 (Russia) [RUSSIA-EO14024].

JOINT-STOCK COMPANY KHABAROVSKY SHIPBUILDING PLANT (a.k.a. JOINT STOCK COMPANY KHABAROVSK SHIPBUILDING YARD; a.k.a. JOINT-STOCK COMANY KHABAROVSKIY SHIPYARD; a.k.a. JOINT-STOCK COMPANY KHSZ; a.k.a. JSC KHABAROVSK SHIPBUILDING YARD; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY FACTORY; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY ZAVOD (Cyrillic: АО ХАБАРОВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. KHABAROVSK SHIPBUILDING PLANT; a.k.a. KHABAROVSKIY SHIPBUILDING PLANT), Suvorova St, 1, Khabarovsk, Khabarovsk Territory 680003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Oct 2008; Tax ID No. 2723112662 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY KHSZ (a.k.a. JOINT STOCK COMPANY KHABAROVSK SHIPBUILDING YARD; a.k.a. JOINT-STOCK COMANY KHABAROVSKIY SHIPYARD; a.k.a. JOINT-STOCK COMPANY KHABAROVSKY SHIPBUILDING PLANT; a.k.a. JSC KHABAROVSK SHIPBUILDING YARD; a.k.a.

JSC KHABAROVSKY SUDOSTROITELNY FACTORY; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY ZAVOD (Cyrillic: АО ХАБАРОВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. KHABAROVSK SHIPBUILDING PLANT; a.k.a. KHABAROVSKIY SHIPBUILDING PLANT), Suvorova St, 1, Khabarovsk, Khabarovsk Territory 680003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Oct 2008; Tax ID No. 2723112662 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY MOSCOW RESEARCH SCIENTIFIC RADIO COMMUNICATION INSTITUTE (a.k.a. AKTSIONERNOE OBSHCHESTVO MOSKOVSKI ORDENA TRUDOVOGO KRASNOGO ZNAMENI NAUCHNO-ISSLEDOVATELSKI RADIOTEKHNICHESKI INSTITUT; a.k.a. JOINT STOCK COMPANY MOSCOW ORDER OF THE RED BANNER OF LABOR RESEARCH RADIO ENGINEERING INSTITUTE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО МОСКОВСКИЙ ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ НАЧНО-ИССЛЕДОВАТЕЛЪСКИЙ РАДИОТЕХНИЧЕСКИЙ ИНСТИТУТ); a.k.a. JSC MNIRTI; a.k.a. MOSKOVSKI ORDENA TRUDOVOGO KRASNOGO ZNAMENI NAUCHNO-ISSLEDOVATELSKI RADIOTEKHNICHESKI INSTITUT PAO), 2/1 Bolshoi Trekhsvyatitelski Lane, Moscow 109028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jun 1992; Tax ID No. 7709899951 (Russia); Registration Number 1127746217422 (Russia) [RUSSIA-EO14024].

JOINT-STOCK COMPANY NON-GOVERNMENTAL PENSION FUND FIRST INDUSTRIAL ALLIANCE (a.k.a. AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND PERVY PROMYSHLENNY ALYANS; a.k.a. AO NPF PERVYI PROMYSHLENNYI ALYANS; a.k.a. NON-STATE PENSION FUND FIRST INDUSTRIAL ALLIANCE; a.k.a. NPF PERVY PROMYSHLENNY ALYANS AO), 2E, ul. Vishnevskogo Kazan, Tatarstan Resp. 420097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Mar 1999; Tax ID No. 1655319199 (Russia); Government Gazette Number 50607380 (Russia); Registration Number 1151600000210 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

JOINT-STOCK COMPANY ODK-KLIMOV (a.k.a. AO ODK-KLIMOV (Cyrillic: АО ОДК-КЛИМОВ); a.k.a. JOINT STOCK COMPANY ODK-KLIMOV; a.k.a. ODK-KLIMOV), 11 Kantemirovskaya Str., Saint Petersburg 194100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802375335 (Russia) [RUSSIA-EO14024].

JOINT-STOCK COMPANY PRODUCTION ASSOCIATION SEVERNOYE MACHINE-BUILDING ENTERPRISE (a.k.a. JOINT STOCK COMPANY PO SEVMASH; a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION NORTHERN MACHINE-BUILDING ENTERPRISE; a.k.a. JSC PRODUCTION OBYEDINENIYE SEVERNOYE MASHINOSTROITELNOYE (Cyrillic: АО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СЕВЕРНОЕ МАШИНОСТРОИТЕЛЬНОЕ ПРЕДПРИЯТИЕ); a.k.a. PRODUCTION ASSOCIATION SEVMASH), 58 Arkhangelskoye Highway, Severodvinsk, Arkhangelsk Region 164500, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jun 2008; Tax ID No. 2902059091 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY PSZ YANTAR (a.k.a. JOINT STOCK COMPANY BALTIC SHIPBUILDING PLANT YANTAR; a.k.a. JOINT-STOCK COMPANY YANTAR SHIPYARD; a.k.a. JSC PRIBALTIYSKY SUDOSTROITELNY FACTORY YANTAR; a.k.a. JSC PRIBALTIYSKY SUDOSTROITELNY ZAVOD YANTAR (Cyrillic: АО ПРИБАЛТИЙСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД ЯНТАРЬ); a.k.a. JSC SHIPYARD YANTAR; a.k.a. YANTAR SHIPYARD), 1 Guskov Square, Kaliningrad, Kaliningrad Region 236005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Sep 1993; Tax ID No. 3900000111 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY RAMENSKY PRIBOROSTROITELNY FACTORY (a.k.a. JOINT STOCK COMPANY RAMENSKY INSTRUMENT ENGINEERING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. JOINT STOCK COMPANY RPZ; a.k.a. RAMENSKIY PRIBOROSTROITELNYY ZAVOD; a.k.a. RAMENSKOYE INSTRUMENT BUILDING PLANT (Cyrillic: РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. RAMENSKOYE INSTRUMENT DESIGN BUREAU; a.k.a. RAMENSKOYE INSTRUMENT ENGINEERING PLANT; a.k.a. RAMENSKOYE INSTRUMENT PLANT; a.k.a. RAMENSKOYE INSTRUMENT-MAKING DESIGN BUREAU; a.k.a. RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO; a.k.a. RAMENSKY INSTRUMENT-MAKING FACTORY; a.k.a. "RPKB"), Mikhalevicha st., 39, bldg. 20, 2/124, Ramenskoye, Moscow Region 140100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2001; Tax ID No. 5040001426 (Russia); Registration Number 1025005116839 (Russia) [RUSSIA-EO14024].

JOINT-STOCK COMPANY RENOVA GROUP OF COMPANIES (a.k.a. JSC RENOVA GROUP OF COMPANIES; a.k.a. RENOVA GROUP), V, 28 Balaklavskiy Prospekt, Moscow 117452, Russia; 40, Malaya Ordynka, Moscow 115184, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1047796880548; Tax ID No. 7727526670; Government Gazette Number 772701001 [UKRAINE-EO13662] (Linked To: VEKSELBERG, Viktor Feliksovich).

JOINT-STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE TOPAZ (a.k.a. AO NPP TOPAZ; a.k.a. CLOSED JOINT-STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE TOPAZ), 16k34 3 Mytishchinskaya Str., Moscow 129626, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jul 1997; Tax ID No. 5008011331 (Russia); Registration Number 1035001851125 (Russia) [RUSSIA-EO14024].

JOINT-STOCK COMPANY SAINT PETERSBURG CITY SEA OFFICE MECHANICAL ENGINEERING MALAKHIT (a.k.a. JOINT STOCK COMPANY THE ST. PETERSBURG'S SEA BUREAU OF MECHANICAL ENGINEERING MALACHITE; a.k.a. JOINT-STOCK COMPANY SPMBM

MALAKHIT; a.k.a. JOINT-STOCK COMPANY ST. PETERSBURG MARINE DESIGN BUREAU MALACHITE; a.k.a. JSC SAINT-PETERSBURG MARINE DESIGN BUREAU MALACHITE; a.k.a. JSC SANKT-PETERBURGSKOYE MORSKOYE BYURO MASHINOSTROYENIYA MALAKHIT (Cyrillic: АО САНКТ-ПЕТЕРБУРГСКОЕ МОРСКОЕ БЮРО МАШИНОСТРОЕНИЯ МАЛАХИТ); a.k.a. MALACHITE DESIGN BUREAU), 18 Frunze Str., Saint-Petersburg 196135, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2008; Tax ID No. 7810537540 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY SHIP REPAIR CENTER ZVEZDOCHKA (a.k.a. JOINT STOCK COMPANY SHIPREPAIRING CENTER ZVYOZDOCHKA; a.k.a. JOINT-STOCK COMPANY TSS ZVEZDOCHKA; a.k.a. JSC CENTER SUDOREMONTA ZVEZDOCHKA (Cyrillic: АО ЦЕНТР СУДОРЕМОНТА ЗВЕЗДОЧКА); a.k.a. SC ZVYOZDOCHKA; a.k.a. SHIPREPAIRING CENTER ZVYOZDOCHKA), 12 Mashinostroiteley Passage, Severodvinsk, Arkhangelsk Region 164500, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Nov 2008; Tax ID No. 2902060361 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY SPMBM MALAKHIT (a.k.a. JOINT STOCK COMPANY THE ST. PETERSBURG'S SEA BUREAU OF MECHANICAL ENGINEERING MALAKHIT; a.k.a. JOINT-STOCK COMPANY SAINT PETERSBURG CITY SEA OFFICE MECHANICAL ENGINEERING MALAKHIT; a.k.a. JOINT-STOCK COMPANY ST. PETERSBURG MARINE DESIGN BUREAU MALACHITE; a.k.a. JSC SAINT-PETERSBURG MARINE DESIGN BUREAU MALACHITE; a.k.a. JSC SANKT-PETERBURGSKOYE MORSKOYE BYURO MASHINOSTROYENIYA MALAKHIT (Cyrillic: АО САНКТ-ПЕТЕРБУРГСКОЕ МОРСКОЕ БЮРО МАШИНОСТРОЕНИЯ МАЛАХИТ); a.k.a. MALACHITE DESIGN BUREAU), 18 Frunze Str., Saint-Petersburg 196135, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization

Established Date 18 Nov 2008; Tax ID No. 7810537540 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY ST. PETERSBURG MARINE DESIGN BUREAU MALACHITE (a.k.a. JOINT STOCK COMPANY THE ST. PETERSBURG'S SEA BUREAU OF MECHANICAL ENGINEERING MALAKHIT; a.k.a. JOINT-STOCK COMPANY SAINT PETERSBURG CITY SEA OFFICE MECHANICAL ENGINEERING MALAKHIT; a.k.a. JOINT-STOCK COMPANY SPMBM MALAKHIT; a.k.a. JSC SAINT-PETERSBURG MARINE DESIGN BUREAU MALACHITE; a.k.a. JSC SANKT-PETERBURGSKOYE MORSKOYE BYURO MASHINOSTROYENIYA MALAKHIT (Cyrillic: АО САНКТ-ПЕТЕРБУРГСКОЕ МОРСКОЕ БЮРО МАШИНОСТРОЕНИЯ МАЛАХИТ); a.k.a. MALACHITE DESIGN BUREAU), 18 Frunze Str., Saint-Petersburg 196135, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2008; Tax ID No. 7810537540 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY SVETLOVSKAYA ERA (a.k.a. JOINT STOCK COMPANY SVETLOVSKOE ENTERPRISE ERA; a.k.a. JOINT STOCK COMPANY SVETLOVSKY ENTERPRISE ERA; a.k.a. JSC SP ERA (Cyrillic: АО СП ЭРА); a.k.a. JSCO SVETLOVSKY ENTERPRISE ERA; a.k.a. SVETLOVSKY ENTERPRISE ERA), Ul. Chaykinoy, 1, Svetly, Kaliningrad Region 238340, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jan 2003; Tax ID No. 3913007731 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY THE BERKAKIT-TOMMOT-YAKUTSK RAILWAY LINE'S CONSTRUCTION DIRECTORATE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДИРЕКЦИЯ ПО СТРОИТЕЛЬСТВУ ЖЕЛЕЗНОЙ ДОРОГИ БЕРКАКИТ-ТОММОТ-ЯКУТСК) (a.k.a. AKTSIONERNOE OBSHCHESTVO DIREKTSIYA PO STROITEL'STVU ZHELEZNOY DOROGI BERKAKIT-TOMMOT-YAKUTSK; a.k.a. JSC DSZHD BTYA (Cyrillic: АО ДСЖД БТЯ); a.k.a. OPEN JOINT-STOCK

COMPANY THE BERKAKIT-TOMMOT-YAKUTSK RAILWAY LINE'S CONSTRUCTION DIRECTORATE (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ДИРЕКЦИЯ ПО СТРОИТЕЛЬСТВУ ЖЕЛЕЗНОЙ ДОРОГИ БЕРКАКИТ-ТОММОТ-ЯКУТСК)), Mayakovsky street, building 14, Aldan, Republic of Sakha (Yakutia) 678900, Russia (Cyrillic: улица Маяковского, дом 14, город Алдан, Республика Саха (Якутия) 678900, Russia); Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1121402000213 (Russia); Tax ID No. 1402015986 (Russia) [UKRAINE-EO13685].

JOINT-STOCK COMPANY TRADING-FINANCIAL COMPANY KAMAZ (a.k.a. AKTSIONERNOE OBSHCHESTVO TORGOVO-FINANSOVAYA KOMPANIYA KAMAZ; a.k.a. JSC TFK KAMAZ; a.k.a. TFK KAMAZ AO; f.k.a. TORGOVO-FINANSOVAYA KOMPANIYA KAMAZ AO), Raion Avtomobilnogo Zavoda, ABK-421, Naberezhnyye Chelny 423800, Russia; 12, proezd Avtosborochny, Naberezhnye Chelny, Tatarstan Resp. 423800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Oct 1997; Tax ID No. 1653019048 (Russia); Government Gazette Number 47104250 (Russia); Registration Number 1021602019097 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

JOINT-STOCK COMPANY TSMKB ALMAZ (a.k.a. ALMAZ CENTRAL MARINE DESIGN BUREAU; a.k.a. ALMAZ CENTRAL MARINE DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. ALMAZ DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY CENTRAL MARINE DESIGN BUREAU ALMAZ; a.k.a. JOINT-STOCK COMPANY CENTRAL SEA ENGINEERING OFFICE ALMAZ; a.k.a. JSC TSENTRALNOYE MORSKOYE KONSTRUKTORSKOYE BYURO ALMAZ (Cyrillic: АО ЦЕНТРАЛЬНОЕ МОРСКОЕ КОНСТРУКТОРСКОЕ БЮРО АЛМАЗ)), Warshavskaya Street, 50, Saint-Petersburg 196128, Russia; 50 Varshavskaya Str., St. Petersburg 196070, Russia; Website www.almaz-kb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2008; Organization Type: Operation of sports facilities; Tax ID No. 7810537558 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK

COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY TSS ZVEZDOCHKA (a.k.a. JOINT STOCK COMPANY SHIPREPAIRING CENTER ZVYOZDOCHKA; a.k.a. JOINT-STOCK COMPANY SHIP REPAIR CENTER ZVEZDOCHKA; a.k.a. JSC CENTER SUDOREMONTA ZVEZDOCHKA (Cyrillic: АО ЦЕНТР СУДОРЕМОНТА ЗВЕЗДОЧКА); a.k.a. SC ZVYOZDOCHKA; a.k.a. SHIPREPAIRING CENTER ZVYOZDOCHKA), 12 Mashinostroiteley Passage, Severodvinsk, Arkhangelsk Region 164500, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Nov 2008; Tax ID No. 2902060361 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY YANTAR SHIPYARD (a.k.a. JOINT STOCK COMPANY BALTIC SHIPBUILDING PLANT YANTAR; a.k.a. JOINT-STOCK COMPANY PSZ YANTAR; a.k.a. JSC PRIBALTIYSKY SUDOSTROITELNY FACTORY YANTAR; a.k.a. JSC PRIBALTIYSKY SUDOSTROITELNY ZAVOD YANTAR (Cyrillic: АО ПРИБАЛТИЙСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД ЯНТАРЬ); a.k.a. JSC SHIPYARD YANTAR; a.k.a. YANTAR SHIPYARD), 1 Guskov Square, Kaliningrad, Kaliningrad Region 236005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Sep 1993; Tax ID No. 3900000111 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOK RIAK, Gabriel (a.k.a. JOK, Gabriel; a.k.a. MAKOL, Gabriel Jok Riak; a.k.a. MAKOL, Jok Riak; a.k.a. RIAK, Jock; a.k.a. RIAK, Jok), Wau, Western Bahr El Ghazal State, South Sudan; Unity State, South Sudan; DOB 1966; POB Bor, South Sudan; alt. POB Bor, Sudan; nationality South Sudan; Lieutenant General; Sector One Commander (individual) [SOUTH SUDAN].

JOK, Gabriel (a.k.a. JOK RIAK, Gabriel; a.k.a. MAKOL, Gabriel Jok Riak; a.k.a. MAKOL, Jok Riak; a.k.a. RIAK, Jock; a.k.a. RIAK, Jok), Wau, Western Bahr El Ghazal State, South Sudan; Unity State, South Sudan; DOB 1966; POB Bor, South Sudan; alt. POB Bor, Sudan; nationality South Sudan; Lieutenant General; Sector One Commander (individual) [SOUTH SUDAN].

JOKIC, Dragan; DOB 20 Aug 1957; POB Grbavci, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

JOKIC, Miodrag; DOB 1935; POB Mionica, Serbia and Montenegro; ICTY indictee (individual) [BALKANS].

JOMAA KHARFAN, Aiman Said (a.k.a. JOMAA, Aymen; a.k.a. JOMAA, Aymen Saeid; a.k.a. JOUMAA, Aiman; a.k.a. JOUMAA, Ayman Saied; a.k.a. JOUMAA, Eiman; a.k.a. JOUMHA, Aymen), Lebanon; Maicao, Colombia; Medellin, Colombia; DOB 21 Jun 1964; alt. DOB 15 Jun 1976; POB Al Karouan, Lebanon; alt. POB Barranquilla, Colombia; nationality Lebanon; alt. nationality Colombia; citizen Lebanon; alt. citizen Colombia; Cedula No. 84075050 (Colombia); Passport RL 0235074 (Lebanon); alt. Passport P013331 (Colombia) (individual) [SDNTK].

JOMAA, Aymen (a.k.a. JOMAA KHARFAN, Aiman Said; a.k.a. JOMAA, Aymen Saeid; a.k.a. JOUMAA, Aiman; a.k.a. JOUMAA, Ayman Saied; a.k.a. JOUMAA, Eiman; a.k.a. JOUMHA, Aymen), Lebanon; Maicao, Colombia; Medellin, Colombia; DOB 21 Jun 1964; alt. DOB 15 Jun 1976; POB Al Karouan, Lebanon; alt. POB Barranquilla, Colombia; nationality Lebanon; alt. nationality Colombia; citizen Lebanon; alt. citizen Colombia; Cedula No. 84075050 (Colombia); Passport RL 0235074 (Lebanon); alt. Passport P013331 (Colombia) (individual) [SDNTK].

JOMAA, Aymen Saeid (a.k.a. JOMAA KHARFAN, Aiman Said; a.k.a. JOMAA, Aymen; a.k.a. JOUMAA, Aiman; a.k.a. JOUMAA, Ayman Saied; a.k.a. JOUMAA, Eiman; a.k.a. JOUMHA, Aymen), Lebanon; Maicao, Colombia; Medellin, Colombia; DOB 21 Jun 1964; alt. DOB 15 Jun 1976; POB Al Karouan, Lebanon; alt. POB Barranquilla, Colombia; nationality Lebanon; alt. nationality Colombia; citizen Lebanon; alt. citizen Colombia; Cedula No. 84075050 (Colombia); Passport RL 0235074 (Lebanon); alt. Passport P013331 (Colombia) (individual) [SDNTK].

JOMIATUL EHYA-UT TURAJ (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL

COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

JOMIYATU-EHYA-UT TURAS AL ISLAMI (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA;

a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

JON, Hana Paul, 19 Tudor House, Windsor Way, Brook Green, London, United Kingdom (individual) [IRAQ2].

JON, Il Ho (Korean: 전일호) (a.k.a. CHON, Il Ho), Korea, North; DOB 20 Feb 1956; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214;

Passport PS463120423 (Korea, North) (individual) [DPRK2].

JON, Jin Yong (Korean: 전진영) (a.k.a. CHO'N, Chin-yo'ng; a.k.a. ZYON, Zin Yon), Moscow, Russia; DOB 05 Mar 1981; POB Pyongyang, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

JON, Myong Guk (a.k.a. CHO'N, Myo'ng-kuk; a.k.a. JON, Yong Sang), Syria; DOB 18 Oct 1976; alt. DOB 25 Aug 1976; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 4721202031 (Korea, North) expires 21 Feb 2017; Diplomatic Passport 836110035 expires 01 Jan 2020; Tanchon Commercial Bank Representative in Syria (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

JON, Yong Sang (a.k.a. CHO'N, Myo'ng-kuk; a.k.a. JON, Myong Guk), Syria; DOB 18 Oct 1976; alt. DOB 25 Aug 1976; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 4721202031 (Korea, North) expires 21 Feb 2017; Diplomatic Passport 836110035 expires 01 Jan 2020; Tanchon Commercial Bank Representative in Syria (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

JON, Yun Gun (Korean: 전연근) (a.k.a. CHO'N, Yo'n Ku'n), Laos; DOB 22 Apr 1973; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 927233154 (Korea, North) (individual) [DPRK2] (Linked To: PIONEER BENCONT STAR REAL ESTATE).

JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a.

FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JONDALLAH (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JONDOLLAH (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JONDULLAH (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a.

BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JONES, Sally (a.k.a. HUSSAIN, Sakinah; a.k.a. JONES, Sally Anne; a.k.a. JONES, Sally-Anne Frances; a.k.a. "AL-BRITANI, Umm Hussain"), Syria; DOB 17 Nov 1968; POB Greenwich, England; nationality United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 519408086 (United Kingdom) issued 23 Sep 2013 expires 23 Sep 2023 (individual) [SDGT].

JONES, Sally Anne (a.k.a. HUSSAIN, Sakinah; a.k.a. JONES, Sally; a.k.a. JONES, Sally-Anne Frances; a.k.a. "AL-BRITANI, Umm Hussain"), Syria; DOB 17 Nov 1968; POB Greenwich, England; nationality United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 519408086 (United Kingdom) issued 23 Sep 2013 expires 23 Sep 2023 (individual) [SDGT].

JONES, Sally-Anne Frances (a.k.a. HUSSAIN, Sakinah; a.k.a. JONES, Sally; a.k.a. JONES, Sally Anne; a.k.a. "AL-BRITANI, Umm Hussain"), Syria; DOB 17 Nov 1968; POB Greenwich, England; nationality United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 519408086 (United Kingdom) issued 23 Sep 2013 expires 23 Sep 2023 (individual) [SDGT].

JONG, In Chol, Laos; DOB 05 Jan 1979; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 390220044 (Korea, North) expires 12 May 2025 (individual) [DPRK3] (Linked To: CHONSURIM TRADING CORPORATION).

JONG, Kyong Thaek (a.k.a. CHO'NG, Kyo'ng-t'aek), Pyongyang, Korea, North; DOB 01 Jan 1961 to 31 Dec 1963; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Minister of State Security (individual) [DPRK2].

JONG, Man Bok (a.k.a. CHO'NG, Man-pok), Dandong, China; DOB 23 Dec 1958; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea Ryonbong General Corporation Representative in Dandong, China (individual) [DPRK2].

JONG, Song Ho (a.k.a. CHO'NG, So'ng-ho), Vladivostok, Russia; DOB 15 Nov 1972; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 109110001 (Korea, North) expires 05 Jan 2024 (individual) [DPRK4] (Linked To: JINMYONG JOINT BANK).

JONG, Song Hwa (Korean: 정성화); DOB 05 Feb 1970; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 927220230 (Korea, North) issued 11 May 2017 expires 11 May 2022 (individual) [DPRK4].

JONG, Sung Hyok (a.k.a. CHONG, Sung-hyok), Vladivostok, Russia; DOB 19 Aug 1971; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 754420338 (Korea, North) (individual) [DPRK3] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

JONG, Yong Nam, Minsk, Belarus; DOB 26 Jan 1966; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS 927120050 (Korea, North) (individual) [NPWMD].

JONG, Yong Su, Korea, North; DOB 15 Dec 1950; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563310172; Minister of Labor (individual) [DPRK2].

JOOD SARL (a.k.a. "JUD"), 423/6, Chiyah, Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Jun 2025; Organization Type: Wholesale of jewelry, watches, precious stones, and precious metals; Registration Number 2078233 (Lebanon); alt. Registration Number 6007003 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

JORDANIAN MUSLIM BROTHERHOOD (a.k.a. MUSLIM BROTHERHOOD GROUP (Arabic: جماعة الإخوان المسلمين); a.k.a. MUSLIM BROTHERHOOD IN JORDAN (Arabic: الإخوان المسلمين في الأردن); a.k.a. MUSLIM BROTHERHOOD SOCIETY), Amman, Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1945; Organization Type: Advocacy organization [SDGT] (Linked To: HAMAS).

JORGE J., Rodriguez Gomez (a.k.a. JORGE JESUS, Rodriguez Gomez; a.k.a. RODRIGUEZ GOMEZ, Jorge J; a.k.a. RODRIGUEZ GOMEZ, Jorge Jesus; a.k.a. RODRIGUEZ, Jorge), El Valle, Libertador, Capital District, Venezuela; DOB 09 Nov 1965; citizen Venezuela; Gender Male; Cedula No. 6823952 (Venezuela) (individual) [VENEZUELA].

JORGE JESUS, Rodriguez Gomez (a.k.a. JORGE J., Rodriguez Gomez; a.k.a.

RODRIGUEZ GOMEZ, Jorge J; a.k.a. RODRIGUEZ GOMEZ, Jorge Jesus; a.k.a. RODRIGUEZ, Jorge), El Valle, Libertador, Capital District, Venezuela; DOB 09 Nov 1965; citizen Venezuela; Gender Male; Cedula No. 6823952 (Venezuela) (individual) [VENEZUELA].

JOSEPH, Wilson (a.k.a. "BEENIE"; a.k.a. "BIG CHIEF"; a.k.a. "LAMO SANJOU"; a.k.a. "LANMO SAN JOU" (Latin: "LANMÒ SAN JOU"); a.k.a. "LANMOU100JOU"; a.k.a. "WILSON, Joseph"), Port-au-Prince, Haiti; DOB 28 Feb 1993; POB Lascahobas, Central Department, Haiti; nationality Haiti; Gender Male (individual) [GLOMAG].

JOSON PAEKHO MUYOK HOESA (a.k.a. KOREA PAEKHO TRADING CORPORATION; a.k.a. KOREA PAEKHO TRADING CORPORATION, LTD.; a.k.a. PAEKHO ARTS TRADING COMPANY; a.k.a. PAEKHO CONSTRUCTION SARL; a.k.a. PAEKHO FINE ART CORPORATION; a.k.a. PAEKHO TRADING COMPANY; a.k.a. WHITE TIGER TRADING COMPANY; a.k.a. "DEPARTMENT 30"; a.k.a. "KPTC"), Chongryu 3-dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

JOTRIN ELECTRONICS LIMITED (Chinese Traditional: 傑馳電子有限公司), Unit 3901, 39th Floor, Metropolitan Heights at Century Place, Number 3018, Shennan Middle Road, Futian District, Shenzhen 518031, China; Room G, 4th Floor, 1st Block, Golden Building, 152 Fuk Wah Street, Sham Shui Po, Kowloon, Hong Kong, China; Room 3702, Xinhao Edu, No. 7018, Caitian Road, Futian, Shenzhen 518038, China; A-2910, The Grand City, No. 386 East of Hanxi Avenue, Panyu District, Guangzhou 511400, China; Room 803, Chevalier House, 45-51 Chatham Road South, Tsim Sha Tsui, Kowloon, Hong Kong, China; Website www.jotrin.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 26 Jul 2011; Company Number 1643642 (Hong Kong) [NPWMD] [IFSR] (Linked To: PARDAZAN SYSTEM NAMAD ARMAN).

JOUD GENERAL TRADING (Arabic: جود للتجارة العامة), Nabatieh, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 05 Jul 2015; Registration Number 6003072 (Lebanon) [SDGT] (Linked To: ISMAIL, Mohamad Hassan).

JOUMAA MONEY LAUNDERING ORGANIZATION / DRUG TRAFFICKING ORGANIZATION (a.k.a. "JOUMAA MLO/DTO"), Beirut, Lebanon; Maicao, Colombia [SDNTK].

JOUMAA, Aiman (a.k.a. JOMAA KHARFAN, Aiman Said; a.k.a. JOMAA, Aymen; a.k.a. JOMAA, Aymen Saeid; a.k.a. JOUMAA, Ayman Saied; a.k.a. JOUMAA, Eiman; a.k.a. JOUMHA, Aymen), Lebanon; Maicao, Colombia; Medellin, Colombia; DOB 21 Jun 1964; alt. DOB 15 Jun 1976; POB Al Karouan, Lebanon; alt. POB Barranquilla, Colombia; nationality Lebanon; alt. nationality Colombia; citizen Lebanon; alt. citizen Colombia; Cedula No. 84075050 (Colombia); Passport RL 0235074 (Lebanon); alt. Passport P013331 (Colombia) (individual) [SDNTK].

JOUMAA, Ayman Saied (a.k.a. JOMAA KHARFAN, Aiman Said; a.k.a. JOMAA, Aymen; a.k.a. JOMAA, Aymen Saeid; a.k.a. JOUMAA, Aiman; a.k.a. JOUMAA, Eiman; a.k.a. JOUMHA, Aymen), Lebanon; Maicao, Colombia; Medellin, Colombia; DOB 21 Jun 1964; alt. DOB 15 Jun 1976; POB Al Karouan, Lebanon; alt. POB Barranquilla, Colombia; nationality Lebanon; alt. nationality Colombia; citizen Lebanon; alt. citizen Colombia; Cedula No. 84075050 (Colombia); Passport RL 0235074 (Lebanon); alt. Passport P013331 (Colombia) (individual) [SDNTK].

JOUMAA, Eiman (a.k.a. JOMAA KHARFAN, Aiman Said; a.k.a. JOMAA, Aymen; a.k.a. JOMAA, Aymen Saeid; a.k.a. JOUMAA, Aiman; a.k.a. JOUMAA, Ayman Saied; a.k.a. JOUMHA, Aymen), Lebanon; Maicao, Colombia; Medellin, Colombia; DOB 21 Jun 1964; alt. DOB 15 Jun 1976; POB Al Karouan, Lebanon; alt. POB Barranquilla, Colombia; nationality Lebanon; alt. nationality Colombia; citizen Lebanon; alt. citizen Colombia; Cedula No. 84075050 (Colombia); Passport RL 0235074 (Lebanon); alt. Passport P013331 (Colombia) (individual) [SDNTK].

JOUMANI, Lehbib Ould Ali Ould Said Ould (a.k.a. AL-SAHRAOUI, Adnan Abu Walid; a.k.a. AL-SAHRAWI, Adnan Abu Waleed; a.k.a. AL-SAHRAWI, Adnan Abu Walid; a.k.a. "AL SAHRAWI, Abu Walid"), Menaka, Mali; DOB 16 Feb 1973; POB Laayoune, Western Sahara; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

JOUMHA, Aymen (a.k.a. JOMAA KHARFAN, Aiman Said; a.k.a. JOMAA, Aymen; a.k.a. JOMAA, Aymen Saeid; a.k.a. JOUMAA, Aiman; a.k.a. JOUMAA, Ayman Saied; a.k.a. JOUMAA, Eiman), Lebanon; Maicao, Colombia; Medellin, Colombia; DOB 21 Jun 1964; alt. DOB 15 Jun 1976; POB Al Karouan, Lebanon; alt. POB Barranquilla, Colombia; nationality Lebanon; alt. nationality Colombia; citizen Lebanon; alt. citizen Colombia; Cedula No. 84075050 (Colombia); Passport RL 0235074 (Lebanon); alt. Passport P013331 (Colombia) (individual) [SDNTK].

JOUMILY, Ayad Hamed Mahal (a.k.a. AL-IRAQI, Abu Yahya; a.k.a. ALJAMALI, Ayad Hamed Mohl; a.k.a. AL-JUMAIL, Ayad Hamed Mohal; a.k.a. AL-JUMAILI, Ayad; a.k.a. AL-JUMAILI, Ayad Hamid; a.k.a. AL-JUMAILY, Iyad Hamed Mahl; a.k.a. AL-JUMAYLI, Iyad; a.k.a. MAHAR, Ayad Miuhammed; a.k.a. MAHAR, Ayad Muhammad; a.k.a. SHUAB, Ayad Hammed Muhal; a.k.a. "YAHYA, Abu"); DOB 01 Jan 1977; alt. DOB 01 Jul 1972; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JOURNAL KAMERTON (a.k.a. NETWORK LITERARY AND HISTORICAL MAGAZINE KAMERTON; a.k.a. WEB KAMERTON), Moscow, Russia; Website www.webkamerton.ru [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

JOURNEY INVESTMENT CO. (a.k.a. JOURNEY INVESTMENT COMPANY), Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 03 Jun 2022; Identification Number IMO 6339931; Registration Number 114762 (Marshall Islands) [IRAN-EO13902].

JOURNEY INVESTMENT COMPANY (a.k.a. JOURNEY INVESTMENT CO.), Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 03 Jun 2022; Identification Number IMO 6339931; Registration Number 114762 (Marshall Islands) [IRAN-EO13902].

JOVAR, Said Hamidi (a.k.a. JAVAR, Saeed Hamidi), Tehran, Iran; DOB 16 Sep 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport F24341979 (Iran)

expires 27 May 2017; National ID No. 0063519445 (Iran) (individual) [NPWMD] [IFSR] (Linked To: BEIJING SHINY NIGHTS TECHNOLOGY DEVELOPMENT CO., LTD).

JOVE HK LIMITED, 3/F Won Chung Ming Commercial House, 14-16 Wyndham Street, Central, Hong Kong, China; 68-70 Wellington Street, 3/F, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Jun 2011; Company Number 1618862 (Hong Kong); Business Registration Number 58538021 (Hong Kong) [RUSSIA-EO14024].

JOZA INDUSTRIAL COMPANY (a.k.a. JOZA INDUSTRIES COMPANY), P.O. Box 16595-159, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

JOZA INDUSTRIES COMPANY (a.k.a. JOZA INDUSTRIAL COMPANY), P.O. Box 16595-159, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

JP ORIENTAL INTERNATIONAL HOLDINGS LIMITED, Rm 912 9/F Hunghom Coml Ctr Blk B, Hunghom, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 11 Nov 2002; Company Number 0821175 (Hong Kong); Business Registration Number 33802039 (Hong Kong) [NPWMD] [IFSR] (Linked To: NARIN SEPEHR MOBIN ISATIS).

JR ALIMENTOS DEL MAR, S. DE R.L. DE C.V. (a.k.a. BOMBAY BEACH CLUB), Eucalipto 10102, Playas de Rosarito, Baja California 22700, Mexico; Website https://bombayrosarito.com/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Jul 2016; Organization Type: Restaurants and mobile food service activities; R.F.C. JAM160616N96 (Mexico); Folio Mercantil No. N-2016010379 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: GONZALEZ LOMELI, Jesus).

JR CONTROLADORA DE RESTAURANTES, S.A. DE C.V., Martin L. Guzman 259-3, Colonia Villa de Cortes, Delegacion Benito Juarez, Mexico City, Mexico; Folio Mercantil No. 325909 (Mexico) [SDNTK].

JS FRPC PA START NAMED AFTER MV PROTSENKO (a.k.a. FEDERAL SCIENTIFIC AND PRODUCTION CENTER MV PROTSENKO START PRODUCTION ASSOCIATION JSC (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СТАРТ ИМЕНИ МВ ПРОЦЕНКО); a.k.a. FNPTS PO START IM MV PROTSENKO AO; a.k.a. JSC FEDERALNY NAUCHNO PROIZVODSTVENNY CENTER PRODUCTION OBYEDINENIYE START IMENI MV PROTSENKO; a.k.a. M V PROTSENKO PA START), 1, Mira Prospekt, Zarechny, Penza Region 442960, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5838013374 (Russia); Registration Number 1185835003221 (Russia) [RUSSIA-EO14024].

JSB SOBINBANK (a.k.a. SOBINBANK), 15 Korp. 56 D. 4 Etazh ul. Rochdelskaya, Moscow 123022, Russia; 15/56 Rochdelskaya Street, Moscow 123022, Russia; SWIFT/BIC SBBARUMM; Website http://www.sobinbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027739051009; Government Gazette Number 09610355 [UKRAINE-EO13661].

JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY FACTORY (a.k.a. 10 SHIPYARD; a.k.a. AO 10 SRZ; a.k.a. JOINT STOCK COMPANY 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI DOCKYARD; a.k.a. JOINT STOCK COMPANY 10TH AWARDS OF THE LABOR RED BANNER A SHIP REPAIR FACTORY; a.k.a. JOINT-STOCK COMPANY 10 SRZ; a.k.a. JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY ZAVOD (Cyrillic: АО 10 ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ СУДОРЕМОНТНЫЙ ЗАВОД)), 19, Lunina Str., Korp.1, Bld.2, Polyarny, Murmansk Region 184650, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Jun 2010; Tax ID No. 5116001041 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY ZAVOD (Cyrillic: АО 10 ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ СУДОРЕМОНТНЫЙ ЗАВОД) (a.k.a. 10 SHIPYARD; a.k.a. AO 10 SRZ; a.k.a. JOINT STOCK COMPANY 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI DOCKYARD; a.k.a. JOINT STOCK COMPANY 10TH AWARDS OF THE LABOR RED BANNER A SHIP REPAIR FACTORY; a.k.a. JOINT-STOCK COMPANY 10 SRZ; a.k.a. JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY FACTORY), 19, Lunina Str., Korp.1, Bld.2, Polyarny, Murmansk Region 184650, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Jun 2010; Tax ID No. 5116001041 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC 103 ARMORED REPAIR PLANT (a.k.a. 103 BRONETANKOVY REMONTNY ZAVOD PAO; a.k.a. JOINT STOCK COMPANY 103 ARSENAL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 103 АРСЕНАЛ); a.k.a. JSC 103 BTRZ (Cyrillic: АО 103 БТРЗ)), ul. Zavodskaya, d. 1, pgt. Atamanovka, Chitinski raion, Zabaikalski kr. 672530, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Jun 1997; Tax ID No. 7524015624 (Russia); Registration Number 1097524000640 (Russia) [RUSSIA-EO14024].

JSC 103 BTRZ (Cyrillic: АО 103 БТРЗ) (a.k.a. 103 BRONETANKOVY REMONTNY ZAVOD PAO; a.k.a. JOINT STOCK COMPANY 103 ARSENAL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 103 АРСЕНАЛ); a.k.a. JSC 103 ARMORED REPAIR PLANT), ul. Zavodskaya, d. 1, pgt. Atamanovka, Chitinski raion, Zabaikalski kr. 672530, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Jun 1997; Tax ID No. 7524015624 (Russia); Registration Number 1097524000640 (Russia) [RUSSIA-EO14024].

JSC 140 REPAIR PLANT (a.k.a. 140 REMONTNY ZAVOD OAO; a.k.a. 140 REMONTNYI ZAVOD OAO (Cyrillic: OAO 140 РЕМОНТНЫЙ ЗАВОД); a.k.a. 140 REPAIR PLANT JOINT STOCK COMPANY; a.k.a. 140 REPAIR PLANT OPEN JOINT STOCK COMPANY; a.k.a. 140TH REPAIR PLANT JSC; a.k.a. JOINT STOCK COMPANY 140 REPAIR PLANT; a.k.a. OJSC 140 REPAIR PLANT), 19, Chalovskaya St., Borisov, Minsk Region 222512, Belarus; 19, L. Chalovskoi Str., Borisov 222512, Belarus; Organization Established Date 23 Dec 2009; Target Type State-Owned Enterprise; Government Gazette Number 14512525 (Belarus); Registration Number 600136102 (Belarus) [BELARUS-EO14038].

JSC 144 ARMORED VEHICLE REPAIR PLANT (a.k.a. JOINT STOCK COMPANY 144 ARMORED REPAIR PLANT), Building 2, Simska St., Yekaterinburg 620024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6674331056 (Russia); Registration Number 1096674009332 (Russia) [RUSSIA-EO14024].

JSC 33 SHIPYARD (a.k.a. AKTSIONERNOE OBSHCHESTVO 33 SUDOREMONTNYI ZAVOD; a.k.a. JOINT-STOCK COMPANY 33 DOCKYARD; a.k.a. JOINT-STOCK COMPANY 33 SRZ; a.k.a. JSC 33 SUDOREMONTNY FACTORY (Cyrillic: АО 33 СУДОРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC 33 SUDOREMONTNY ZAVOD), Russkay Embankment, 2, Baltiysk, Kaliningrad Region 238520, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2008; Tax ID No. 3901500276 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC 33 SUDOREMONTNY FACTORY (Cyrillic: АО 33 СУДОРЕМОНТНЫЙ ЗАВОД) (a.k.a. AKTSIONERNOE OBSHCHESTVO 33 SUDOREMONTNYI ZAVOD; a.k.a. JOINT-STOCK COMPANY 33 DOCKYARD; a.k.a. JOINT-STOCK COMPANY 33 SRZ; a.k.a. JSC 33 SHIPYARD; a.k.a. JSC 33 SUDOREMONTNY ZAVOD), Russkay Embankment, 2, Baltiysk, Kaliningrad Region 238520, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2008; Tax ID No. 3901500276 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC 33 SUDOREMONTNY ZAVOD (a.k.a. AKTSIONERNOE OBSHCHESTVO 33 SUDOREMONTNYI ZAVOD; a.k.a. JOINT-STOCK COMPANY 33 DOCKYARD; a.k.a. JOINT-STOCK COMPANY 33 SRZ; a.k.a. JSC 33 SHIPYARD; a.k.a. JSC 33 SUDOREMONTNY FACTORY (Cyrillic: АО 33 СУДОРЕМОНТНЫЙ ЗАВОД)), Russkay Embankment, 2, Baltiysk, Kaliningrad Region 238520, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2008; Tax ID No. 3901500276 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC 558 AIRCRAFT REPAIR PLANT (Cyrillic: ОАО 558 АВИАЦИОННЫЙ РЕМОНТНЫЙ ЗАВОД) (a.k.a. JSC 558TH AIRCRAFT REPAIR PLANT; a.k.a. "558 ARZ OAO"; a.k.a. "JSC 558 ARP"), bld. 7, 50 let VLKSM st., Baranovichi, Brest region 225415, Belarus (Cyrillic: 7, ул. 50 ВЛКСМ, Барановичи, Брестская обл. 225415, Belarus); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jun 1992; Registration Number 200166539 (Belarus) [RUSSIA-EO14024] [BELARUS-EO14038].

JSC 558TH AIRCRAFT REPAIR PLANT (a.k.a. JSC 558 AIRCRAFT REPAIR PLANT (Cyrillic: ОАО 558 АВИАЦИОННЫЙ РЕМОНТНЫЙ ЗАВОД); a.k.a. "558 ARZ OAO"; a.k.a. "JSC 558 ARP"), bld. 7, 50 let VLKSM st., Baranovichi, Brest region 225415, Belarus (Cyrillic: 7, ул. 50 ВЛКСМ, Барановичи, Брестская обл. 225415, Belarus); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jun 1992; Registration Number 200166539 (Belarus) [RUSSIA-EO14024] [BELARUS-EO14038].

JSC 560 ARMORED REPAIR PLANT, 16 Pervomaiskaya St, Vozzhaevka 676811, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2811005250 (Russia); Registration Number 1092804000255 (Russia) [RUSSIA-EO14024].

JSC 61ST ARMOR REPAIR PLANT (a.k.a. 61ST ARMORED VEHICLE REPAIR PLANT JOINT STOCK COMPANY; a.k.a. OJSC 61 BTRZ), 11 Zavodskaya dor., Strelna, St. Petersburg 198515, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7819310752 (Russia); Registration Number 1097847131678 (Russia) [RUSSIA-EO14024].

JSC 711 AIRCRAFT REPAIR PLANT (a.k.a. JOINT STOCK COMPANY 711 AIRCRAFT REPAIR PLANT; a.k.a. "711 ARZ AO"), Ul. Chkalova D.18, Borisoglebsk 397171, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Jun 1923; Tax ID No. 3604016369 (Russia); Registration Number 1063604012790 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JSC A.E. NUDELMAN DESIGN BUREAU OF PRECISION MACHINE BUILDING (a.k.a. A.E. NUDELMAN KB TOCHMASH JSC; a.k.a. A.E. NUDELMAN PRECISION ENGINEERING DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMPANY CONSTRUCTION BUREAU FOR PRECISE MACHINERY NAMED AFTER A.E. NUDELMANA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНСТРУКТОРСКОЕ БЮРО ТОЧНОГО МАШИНОСТРОЕНИЯ ИМЕНИ А.Э. НУДЕЛЬМАНА)), St. Vvedenskogo 8, Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Nov 2011; Registration ID 1117746904417 (Russia); Tax ID No. 7728789425 (Russia) [RUSSIA-EO14024].

JSC A.S. YAKOVLEV DB (a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESIGN BUREAU NAMED AFTER A.S. YAKOVLEV; a.k.a. JOINT STOCK COMPANY OKB NAMED AFTER A.S. YAKOVLEV; a.k.a. JOINT-STOCK COMPANY A.S. YAKOVLEV DESIGN BUREAU; a.k.a. OJSC OPYTNO-KONSTRUKTORSKOYE BYURO IM. A.S. YAKOVLEVA), 68 Leningradsky Ave, Moscow 125315, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Aug 1993; Tax ID No. 7714039849 (Russia); Registration Number 1027739252298 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKOVLEV).

JSC AAC PROGRESS (a.k.a. JOINT STOCK COMPANY PROGRESS ARSENYEV AVIATION COMPANY; a.k.a. PROGRESS ARSENYEV AVIATION COMPANY; a.k.a. "PROGRESS AO"), Pl. Lenina D. 5, Arsenyev 692335, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1936; Tax ID No. 2501002394 (Russia); Registration Number 1022500510350 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JSC ABS ZEIM AUTOMATION (Cyrillic: АО АБС ЗЭИМ АВТОМАТИЗАЦИЯ) (a.k.a. ABS ZEIM AVTOMATIZATSIYA OAO), d. 1 Ivana Yakoleva Avenue, Cheboksary 428003, Russia; Prospekt I.Ya.Yakovleva d. 1, Cheboksary 428020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2128006240 (Russia); Government Gazette Number 05784911 (Russia); Registration Number 1022101130314 (Russia) [RUSSIA-EO14024] (Linked To: ASSET AUTOMATION LLC).

JSC ACADEMICIAN M.F. RESHETNEV INFORMATION SATELLITE SYSTEMS (a.k.a. ISS RESHETNEV), 52, Lenin Street, Zheleznogorsk, Krasnoyarsk Region 662972, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 03 Mar 2008; Tax ID No. 2452034898 (Russia); Business Registration Number 1082452000290 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JSC ACADEMICIAN PILYUGIN CENTER (a.k.a. AO NPTSAP; a.k.a. RESEARCH AND PRODUCTION CENTER FOR AUTOMATION AND INSTRUMENTATION NAMED AFTER ACADEMIC NA PILYUGIN), Ul. Vvedenskogo D. 1, Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9728050571 (Russia); Registration Number 1217700553344 (Russia) [RUSSIA-EO14024].

JSC ACHINSK OIL REFINERY VNK (a.k.a. ACHINSK OIL REFINERY OF THE EASTERN OIL COMPANY; a.k.a. ACHINSK REFINERY; a.k.a. JOINT STOCK COMPANY ACHINSK REFINERY OF EASTERN PETROLEUM COMPANY; a.k.a. OAO ACHINSK OIL REFINERY VNK; a.k.a. OJSC ACHINSK REFINERY; a.k.a. "JSC ANPZ VNK"), Achinsk Refinery industrial area, Bolsheuluisky district, Krasnoyarsk territory 662110, Russia; Email Address sekr1@anpz.rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2443000518 (Russia); Registration Number 1022401153532 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

JSC ADDITIVE TECHNOLOGIES CENTER (a.k.a. JSC CENTER ADDITIVNYKH TEKHNOLOGY; a.k.a. "JSC ATC"), 7, Vishnevaya Str, Moscow 125362, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2018; Tax ID No. 7733325690 (Russia); Registration Number 1187746120407 (Russia) [RUSSIA-EO14024].

JSC ADMIRALTEYSKIYE VERFI (a.k.a. JOINT STOCK COMPANY ADMIRALTY SHIPYARDS; a.k.a. JSC ADMIRALTY SHIPYARDS (Cyrillic: АО АДМИРАЛТЕЙСКИЕ ВЕРФИ)), Fontanka Emb., 203, St. Petersburg 190121, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Nov 2008; Tax ID No. 7839395419 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC ADMIRALTY SHIPYARDS (Cyrillic: АО АДМИРАЛТЕЙСКИЕ ВЕРФИ) (a.k.a. JOINT STOCK COMPANY ADMIRALTY SHIPYARDS; a.k.a. JSC ADMIRALTEYSKIYE VERFI), Fontanka Emb., 203, St. Petersburg 190121, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Nov 2008; Tax ID No. 7839395419 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC AEROELEKTROMACH (a.k.a. AKTSIONERNOE OBSHCHESTVO AEROELEKTROMASH; a.k.a. JOINT STOCK COMPANY AEROELEKTROMASH), 12 str. 15, ul. Bolshaia Novodmitrovskaia, Moscow 127015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715218978 (Russia); Registration Number 1027700055877 (Russia) [RUSSIA-EO14024].

JSC AGAT - ELECTROMECHANICAL PLANT (a.k.a. AGAT - ELECTROMECHANICAL PLANT JSC; a.k.a. AGAT ELECTROMECHANICAL PLANT OJSC; a.k.a. AGAT-ELECTROMECHANICAL PLANT; a.k.a. AGAT-ELEKTROMEKHANICHESKI ZAVOD, OAO (Cyrillic: ОАО АГАТ-ЭЛЕКТРОМЕХАНИЧЕСКИЙ-ЗАВОД)), 117, bld. 3, Nezavisimosti Ave., Minsk 220114, Belarus; Nezavisimosti ave. 115, Minsk 220114, Belarus; 6 Volgogradskaya St., Minsk 220012, Belarus; Organization Established Date 23 Feb 1993; Target Type State-Owned Enterprise; Registration Number 100093400 (Belarus) [BELARUS-EO14038].

JSC AGAT-SYSTEM (Cyrillic: ОАО АГАТ-СИСТЕМ; Cyrillic: ААТ АГАТ-СІСТЭМ) (a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO AGAT-SISTEM), 51 Skoriny str, Minsk 220141, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100230470 (Belarus) [BELARUS-EO14038] (Linked To: OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING).

JSC AGC BOR GLASSWORKS (a.k.a. JOINT STOCK COMPANY BOR GLASSWORKS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО БОРСКИЙ СТЕКОЛЬНЫЙ ЗАВОД); a.k.a. "JSC BGW"), Bor 606440, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5246002261 (Russia); Registration Number 1025201524237 (Russia) [RUSSIA-EO14024].

JSC AGD DIAMONDS (a.k.a. AO AGD DAIMONDS), Pr-Kt Troitski D.168, Arkhangel'sk 163001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Apr 1931; Tax ID No. 2901071160 (Russia); Registration Number 1022900508036 (Russia) [RUSSIA-EO14024].

JSC AKKUMULYATORNAYA COMPANY RIGEL (a.k.a. BATTERY COMPANY RIGEL JSC; a.k.a. JOINT STOCK COMPANY BATTERY COMPANY RIGEL (Cyrillic: АО АККУМУЛЯТОРНАЯ КОМПАНИЯ РИГЕЛЬ); a.k.a. JSC AKKUMULYATORNAYA KOMPANIYA RIGEL), Professora Popova st., 38, Saint Petersburg 197376, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813054118 (Russia); Registration Number 1027806869991 (Russia) [RUSSIA-EO14024].

JSC AKKUMULYATORNAYA KOMPANIYA RIGEL (a.k.a. BATTERY COMPANY RIGEL JSC; a.k.a. JOINT STOCK COMPANY BATTERY COMPANY RIGEL (Cyrillic: АО АККУМУЛЯТОРНАЯ КОМПАНИЯ РИГЕЛЬ); a.k.a. JSC AKKUMULYATORNAYA COMPANY RIGEL), Professora Popova st., 38, Saint Petersburg 197376, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813054118 (Russia); Registration Number 1027806869991 (Russia) [RUSSIA-EO14024].

JSC AKONIT URAL (a.k.a. AKTSIONERNOE OBSHCHESTVO AKONIT URAL; a.k.a. "AO AUR"), Ter. Oez Alabuga, Ul. Sh-2 Str. 13A, Kab. 213, Yelabuga 423601, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6685160839 (Russia); Registration Number 1196658020470 (Russia) [RUSSIA-EO14024].

JSC ALEVKURP (a.k.a. OJSC ALEVKURP; a.k.a. OPEN JOINT STOCK COMPANY ALEVKURP; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO ALEVKURP (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО АЛЕВКУРП; Cyrillic: ОАО АЛЕВКУРП)), Korolev Stan, st. Moskovskaya, Borovlyansky, Minsk, Minsk Region 223027, Belarus; Organization Established Date 24 Sep 1996; Target Type State-Owned Enterprise; Tax ID No. 101148789 (Belarus) [BELARUS-EO14038].

JSC ALFA-BANK (a.k.a. ALFA-BANK; a.k.a. AO ALFA-BANK (Cyrillic: АО АЛЬФА-БАНК); a.k.a. JOINT STOCK COMPANY ALFA-BANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АЛЬФА-БАНК); f.k.a. OPEN JOINT STOCK COMPANY ALFA-BANK), Kalanchevskaya Street 27, Moscow 107078, Russia (Cyrillic: Ул. Каланчевская, Д.27, Город москва 107078, Russia); 27, Kalanchyovskaya Ul., Moscow 107078, Russia; SWIFT/BIC ALFARUMM; Website alfabank.ru; alt. Website alfabank.com; BIK (RU) 044525593; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1990; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7728168971 (Russia); Registration Number 1027700067328 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JSC ALL RUSSIAN RESEARCH INSTITUTE OF RADIO ENGINEERING (a.k.a. JOINT STOCK COMPANY VSEROSSIYSKY INSTITUTE FOR SCIENTIFIC RESEARCH RADIOTEKHNIKI; a.k.a. "VNIIRT"), 22 Bolshaya Pochtovaya st., Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Nov 2020; Tax ID No. 7701315700 (Russia); Registration Number 1027701015352 (Russia) [RUSSIA-EO14024].

JSC 'ALMAZ-ANTEY' MSDB (a.k.a. A.A. RASPLETIN MAIN SYSTEM DESIGN BUREAU; a.k.a. ALMAZ-ANTEY GSKB; a.k.a. ALMAZ-ANTEY GSKB IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. ALMAZ-ANTEY MSDB; a.k.a. ALMAZ-ANTEY PVO 'AIR DEFENSE' CONCERN LEAD SYSTEMS DESIGN BUREAU OAO 'OPEN JOINT-STOCK COMPANY' IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. GOLOVNOYE SISTEMNOYE KONSTRUKTORSKOYE BYURO OPEN JOINT-STOCK COMPANY OF ALMAZ-ANTEY PVO CONCERN IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. JOINT STOCK COMPANY ALMAZ-ANTEY AIR DEFENSE CONCERN MAIN SYSTEM DESIGN BUREAU NAMED BY ACADEMICIAN A.A. RASPLETIN; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA; a.k.a. "GSKB"), 16-80, Leningradsky Prospect, Moscow 125190, Russia; Website http://www.raspletin.ru/; Email Address info@raspletin.ru; alt. Email Address almaz_zakupki@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

JSC AMURSKY SUDOSTROITELNY ZAVOD (Cyrillic: ПАО АМУРСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД) (a.k.a. AMUR SHIPBUILDING PLANT; a.k.a. AMUR SHIPBUILDING PLANT PUBLIC COMPANY; a.k.a. PJSC AMURSKY SUDOSTROITELNY FACTORY; a.k.a. PUBLIC JOINT STOCK COMPANY AMURSKY SHIPBUILDING PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO AMURSKIY SUDOSTROITELNYI ZAVOD; a.k.a. "PJSC ASZ"), 1 Alleya Truda St., Komsomolsk-On-Amur, Khabarovsk Region 681000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Dec 1992; Tax ID No. 2703000015 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC ANGSTREM-T (a.k.a. AKTSIONERNOE OBSHCHESTVO ANGSTREM-T), pr-kt Georgievskii d. 7, Zelenograd 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1057735022377 (Russia); Tax ID No. 7735128151 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

JSC ARGUMENT (a.k.a. ARGUMENT JSC; a.k.a. JOINT STOCK COMPANY ARGUMENT), Ul. 2-Ya Entuziastov D. 5, K. 40, Floor 4, Kom. 8A, Office 3, Moscow 111024, Russia; Office 36, ul Novorossiyskaya 163R, Gelendzhik, Krasnodarskiy Kray 353460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Dec 2020; Tax ID No. 7720649916 (Russia); Identification Number IMO 6297782; Registration Number 1207700471110 (Russia) [RUSSIA-EO14024] (Linked To: PUTIN, Vladimir Vladimirovich).

JSC ARKTUR (a.k.a. JOINT STOCK COMPANY ARCTUR), Ul Chaginskaya D. 4, Str. 13, Pomeshch. 6/2, Moscow 109380, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 24 Aug 2022; Tax ID No. 9725093383 (Russia); Registration Number 1227700519804 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JSC ARZAMASSKY PRIBOROSTROITELNY ZAVOD NAMED AFTER PLANDIN (a.k.a. JOINT STOCK COMPANY ARZAMASSKY PRIBOROSTROITELNY FACTORY NAMED AFTER P. I. PLANDINA; a.k.a. JOINT STOCK COMPANY ARZAMASSKY PRIBOROSTROITELNY ZAVOD IMENI PLANDINA), 50 Years of the Komsomola St., 8A, Arzamas, Nizhny Novgorod Region 607220, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Sep 1993; Tax ID No. 5243001742 (Russia); Registration Number 1025201334850 (Russia) [RUSSIA-EO14024].

JSC ASTEYS (a.k.a. AKTSIONERNOE OBSHCHESTVO ASTEIS; a.k.a. JOINT STOCK COMPANY ASTEIS), 28 Proezd Rezervnyi, Naberezhnye Chelny 423800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1650153253 (Russia); Registration Number 1071650002874 (Russia) [RUSSIA-EO14024].

JSC AVANGARD (Cyrillic: АО АВАНГАРД) (a.k.a. AVANGARD PLASTIK; a.k.a. JC AVANGARD; a.k.a. JOINT STOCK COMPANY AVANGARD), 78 Oktyabrskaya St., Safonovo, Smolensk Region 215500, Russia; Website www.avangard-plastik.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Nov 2008; Tax ID No. 6726504312 (Russia) [RUSSIA-EO14024].

JSC AVIACON ZITOTRANS (a.k.a. AIR COMPANY AVIACON ZITOTRANS; a.k.a. AO AK AVIAKON TSITOTRANS; a.k.a. AVIACON AIR CARGO; a.k.a. OAO AVIAKOMPANIYA AVIAKON TSITOTRANS (Cyrillic: ОАО АВИАКОМПАНИЯ АВИАКОН ЦИТОТРАНС)), Ul. Belinskogo D. 56, Pom. 605, Yekaterinburg 620026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jun 1995; Organization Type: Freight air transport; Tax ID No. 6658039390 (Russia); Registration Number 1026602311240 (Russia) [RUSSIA-EO14024].

JSC AVIASTAR-SP (Cyrillic: АО АВИАСТАР-СП) (a.k.a. AO AVIASTAR-SP; a.k.a. AVIASTAR-SP; a.k.a. AVIASTAR-SP AIRCRAFT MANUFACTURING ENTERPRISE; a.k.a. JOINT STOCK COMPANY AVIASTAR-SP), Antonova Avenue 1, Ulyanovsk 432072, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7328032711 (Russia) [RUSSIA-EO14024].

JSC BALTIC PLANT (Cyrillic: АО БАЛТИЙСКИЙ ЗАВОД) (a.k.a. BALTIC PLANT (Cyrillic: БАЛТИЙСКИЙ ЗАВОД); a.k.a. BALTIC SHIPYARD; a.k.a. BALTIC SHIPYARD JSC), St. Oblique Line, House 16, St. Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801560631 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC BANK PSCB (a.k.a. JOINT STOCK COMPANY PETERSBURG SOCIAL COMMERCIAL BANK; f.k.a. PETERSBURG SOCIAL COMMERCIAL BANK OPEN JOINT STOCK COMPANY), Ul. Shpalernaya D. 42, Saint Petersburg 191123, Russia; Moscow, Russia; SWIFT/BIC PSOCRU2P; alt. SWIFT/BIC PSOCRUA1; Website http://www.pscb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Oct 1993; Target Type Financial Institution; Tax ID No. 7831000965 (Russia); Identification Number

3QL4V4.99999.SL.643 (Russia); Legal Entity Number 25340080MLWXGXT26935; Registration Number 1027800000227 (Russia) [RUSSIA-EO14024].

JSC BANK SNGB (a.k.a. CLOSED JOINT STOCK COMPANY SURGUTNEFTEGASBANK; a.k.a. JOINT STOCK COMPANY SURGUTNEFTEGASBANK; a.k.a. SNGB AO; a.k.a. ZAO SNGB), 19 Kukuyevitskogo Street, Surgut 628400, Russia; Website www.sngb.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1028600001792 (Russia); Tax ID No. 8602190258 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

JSC BAYKAL ELEKTRONIKS (a.k.a. BAIKAL ELECTRONICS JSC), Block B, 2nd Floor, Riga Land Business Center, 29 KM M9 Baltyia Highway, Krasnogorskiy District, Moscow Region 143421, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707767484 (Russia); Registration Number 1127746006926 (Russia) [RUSSIA-EO14024].

JSC BELSHINA (a.k.a. BELSHINA OAO; a.k.a. BELSHINA OJSC; a.k.a. BELSHINA TYRE WORKS OAO; f.k.a. RUP BELORUSSKY SHINNY KOMBINAT BELSHINA), Minsk Highway, Bobruisk, Mogilev region, Belarus; Minsk Highway Bobruisk, 213824, Mogilev Region, Belarus; Minskoye schosse Bobruisk 213824, Mogilevskaya oblast, Belarus [BELARUS].

JSC BIOGRAD (a.k.a. BIOGRAD LLC; a.k.a. BIOGRADE LTD; a.k.a. ZAO BIOGRAD), Ul. Mira 14, Kv 630, Saint Petersburg 197101, Russia; Pr-kt Petrovskii D. 14, Lit. A, Pom. 19N, Saint Petersburg 197110, Russia; Torzhkovskaya st. 5, BC Optima, Saint Petersburg 197342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813030678 (Russia); Registration Number 1027806867670 (Russia) [RUSSIA-EO14024].

JSC 'BLACK SEA BANK FOR DEVELOPMENT & RECONSTRUCTION' (a.k.a. AKTSIONERNOE OBSHCHESTVO CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII; a.k.a. BANK CHBRR, AO; f.k.a. BANK CHBRR, PAO; a.k.a. 'CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII, OTKRYTOE AKTSIONERNOE OBSHCHESTVO'; a.k.a. JOINT STOCK COMPANY BLACK SEA BANK OF DEVELOPMENT AND RECONSTRUCTION; f.k.a. OPEN JOINT STOCK COMPANY BLACK SEA DEVELOPMENT AND RECONSTRUCTION BANK), 24 ul. Bolshevistskaya, Simferopol, Crimea 295001, Ukraine; BIK (RU) 043510101; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102030186 (Russia); Tax ID No. 9102019769 (Russia); Government Gazette Number 00204814 (Russia); License 3527 (Russia) [UKRAINE-EO13685].

JSC CB 'IS BANK' (a.k.a. AKTSIONERNOE OBSHCHESTVO KOMMERCHESKI BANK INDUSTRIALNY SBEREGATELNY BANK; f.k.a. CLOSED JOINT STOCK COMPANY COMMERCIAL BANK 'INDUSTRIAL SAVINGS BANK'; a.k.a. IS BANK, AO; a.k.a. JOINT-STOCK COMPANY COMMERCIAL BANK 'INDUSTRIAL SAVINGS BANK'), Eldoradovsky per 7, Moscow 125167, Russia; 29/UL, prospect Kirova, Simferopol, Crimea 295011, Ukraine; Building 160, Office 104, Kievskaya Street, Simferopol, Crimea 295493, Ukraine; Building 25, Lenin Street, Kerch, Crimea 298300, Ukraine; SWIFT/BIC RISBRUMM; BIK (RU) 044525349; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027739339715 (Russia); Tax ID No. 7744001673 (Russia); Government Gazette Number 40199908 (Russia) [UKRAINE-EO13685].

JSC CB NORTH CREDIT (a.k.a. JOINT-STOCK COMPANY COMMERCIAL BANK NORTH CREDIT; a.k.a. NORTH CREDIT BANK), Building 27, Herzen Street, Vologda, Vologda Oblast 160000, Russia; Building 29a, Zhelyabova Street, Simferopol, Crimea 295011, Ukraine; ul. Gertsena 27, Vologda, Vologodskaya Oblast 160000, Russia; SWIFT/BIC NOCRRU21; BIK (RU) 041909769; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209; Registration ID 1022900001772 (Russia); Tax ID No. 2901009852 (Russia) [UKRAINE-EO13685].

JSC CB 'RUBLEV' (a.k.a. AKTSIONERNOE OBSHCHESTVO KOMMERCHESKI BANK RUBLEV; a.k.a. BANK RUBLEV; a.k.a. JOINT STOCK COMMERCIAL BANK RUBLEV; a.k.a. RUBLEV BANK), Elokhovsky passage, Building 3, p. 2, Metro - Baumanskaya, Moscow 105066, Russia; 12 Sevastopol Street, Simferopol, Crimea, Ukraine; 6 Gogol Street, Sevastopol, Crimea, Ukraine; SWIFT/BIC COUERUMM; BIK (RU) 044525253; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027700159233 (Russia); Tax ID No. 7744001151 (Russia); Government Gazette Number 40100094 (Russia) [UKRAINE-EO13685].

JSC CENTER ADDITIVNYKH TEKHNOLOGY (a.k.a. JSC ADDITIVE TECHNOLOGIES CENTER; a.k.a. "JSC ATC"), 7, Vishnevaya Str, Moscow 125362, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2018; Tax ID No. 7733325690 (Russia); Registration Number 1187746120407 (Russia) [RUSSIA-EO14024].

JSC CENTER SUDOREMONTA ZVEZDOCHKA (Cyrillic: АО ЦЕНТР СУДОРЕМОНТА ЗВЕЗДОЧКА) (a.k.a. JOINT STOCK COMPANY SHIPREPAIRING CENTER ZVYOZDOCHKA; a.k.a. JOINT-STOCK COMPANY SHIP REPAIR CENTER ZVEZDOCHKA; a.k.a. JOINT-STOCK COMPANY TSS ZVEZDOCHKA; a.k.a. SC ZVYOZDOCHKA; a.k.a. SHIPREPAIRING CENTER ZVYOZDOCHKA), 12 Mashinostroiteley Passage, Severodvinsk, Arkhangelsk Region 164500, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Nov 2008; Tax ID No. 2902060361 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC CENTRAL RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS (a.k.a. CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS (Cyrillic: ЦЕНТРАЛЬНЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ АВТОМАТИКИ И ГИДРАВЛИКИ); a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER CENTRAL RESEARCH INSTITUTE OF AUTOMATION

AND HYDRAULICS; a.k.a. TSENTRALNYY NAUCHNOISSLEDOVATELSKIY INSTITUT AVTOMATIKI I GIDRAVLIKI; a.k.a. TSNIIAG (Cyrillic: ЦНИИАГ)), 5 Sovetskoy Armii St., Moscow 127018, Russia; Website https://cniiag.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Jan 2012; Tax ID No. 7715900066 (Russia) [RUSSIA-EO14024].

JSC CENTRAL RESEARCH INSTITUTE OF MARINE ENGINEERING (a.k.a. CJSC TSENTRALNY NII SUDOVOGO MASHINOSTROYENIYA (Cyrillic: ЗАО ЦЕНТРАЛЬНЫЙ НИИ СУДОВОГО МАШИНОСТРОЕНИЯ); a.k.a. JOINT STOCK COMPANY CENTRAL RESEARCH INSTITUTE OF MARINE ENGINEERING; a.k.a. "TSNII SM"), Ul. Dudko, 3, Saint Petersburg 192029, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Jul 1970; Tax ID No. 7811044146 (Russia); Registration Number 1027806080675 (Russia) [RUSSIA-EO14024].

JSC CHANNEL ONE (a.k.a. AO PERVYI KANAL (Cyrillic: АО ПЕРВЫЙ КАНАЛ); a.k.a. JOINT STOCK COMPANY CHANNEL ONE; a.k.a. JOINT STOCK COMPANY CHANNEL ONE RUSSIA), Akademika Koroleva D.12, Moscow 127427, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7717039300 (Russia); Registration Number 1027700222330 (Russia) [RUSSIA-EO14024].

JSC CHTPZ (Cyrillic: АО ЧТПЗ) (a.k.a. JOINT STOCK COMPANY CHELPIPE; a.k.a. JOINT STOCK COMPANY CHELYABINSK PIPE PLANT; a.k.a. JOINT STOCK COMPANY CHELYABINSK PIPE ROLLING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЧЕЛЯБИНСКИЙ ТРУБОПРОКАТНЫЙ ЗАВОД)), 21 Mashinostroiteley Street, Chelyabinsk 454129, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449006730 (Russia); Registration Number 1027402694186 (Russia) [RUSSIA-EO14024].

JSC COAL MINE STEPNOY (a.k.a. RAZREZ STEPNOI OOO; a.k.a. RAZREZ STEPNOY COAL COMPANY JSC), Raichikhinsk 676770, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1903013877 (Russia); Registration Number 2043400526772 (Russia) [RUSSIA-EO14024].

JSC CONCERN AVTOMATIKA (Cyrillic: АО КОНЦЕРН АВТОМАТИКА) (a.k.a. AO

KONTSERN AVTOMATIKA; a.k.a. JOINT STOCK COMPANY CONCERN AVTOMATIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН АВТОМАТИКА)), Ul. Botanicheskaya D. 25, Moscow 127106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715906332 (Russia); Registration Number 1127746139564 (Russia) [RUSSIA-EO14024].

JSC CONCERN GRANIT ELEKTRON (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN GRANIT ELEKTRON; a.k.a. AO KONSTERN GRANIT ELEKTRON; a.k.a. JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON), Ul. Gospitalnaya D. 3, Saint Petersburg 191014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1910; Tax ID No. 7842335610 (Russia); Registration Number 5067847016782 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JSC CONCERN OKEANPRIBOR (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN OKEANPRIBOR (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН ОКЕАНПРИБОР); a.k.a. AO KONTSERN OKEANPRIBOR (Cyrillic: АО КОНЦЕРН ОКЕАНПРИБОР); a.k.a. JOINT STOCK COMPANY CONCERN OKEANPRIBOR; a.k.a. KONTSERN OKEANPRIBOR, PAO), 46, Chkalovskii Prospect, St. Petersburg 197376, Russia; Website www.oceanpribor.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067847424160 (Russia); Tax ID No. 7813341546 (Russia) [UKRAINE-EO13662].

JSC CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR (a.k.a. AKTSIONERNOE OBSHCHESTVO KONSTERN MORSKOE PODVONOE ORUZHIE GIDROPRIBOR; a.k.a. AO KONSTERN MPO GIDROPRIBOR; a.k.a. JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR), PR-KT B. Sampsonievskii D. 24, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Sep 1943; Tax ID No. 7802375889 (Russia); Registration Number 1069847557394 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JSC CONCERN SOZVEZDIE (a.k.a. JOINT STOCK COMPANY CONCERN SOZVEZDIE),

14 Plekhanovskaya Street, Voronezh, Russia; 14 ul. Plekhanovskaya, Voronezh, Voronezhskaya obl. 394018, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1053600445337 [UKRAINE-EO13661].

JSC CONCERN VKO ALMAZ-ANTEY (Cyrillic: АО КОНЦЕРН ВКО АЛМАЗ-АНТЕЙ) (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN VOZDUSHNO-KOSMICHESKOI OBORONY ALMAZ-ANTEI; a.k.a. AO KONTSERN VKO ALMAZ-ANTEI; a.k.a. JOINT STOCK COMPANY AEROSPACE DEFENSE CONCERN ALMAZ-ANTEY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН ВОЗДУШНО-КОСМИЧЕСКОЙ ОБОРОНЫ АЛМАЗ-АНТЕЙ); a.k.a. JOINT STOCK COMPANY AIR AND SPACE DEFENSE CONCERN ALMAZ-ANTEY; a.k.a. JOINT-STOCK COMPANY CONCERN ALMAZ-ANTEY; f.k.a. OAO CONCERN PVO ALMAZ-ANTEY; f.k.a. OPEN JOINT STOCK COMPANY CONCERN PVO ALMAZ-ANTEY), D. 41, ul. Vereiskaya, Moscow 121471, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Nov 1991; Target Type State-Owned Enterprise; Tax ID No. 7731084175 (Russia); Government Gazette Number 11593871 (Russia); Registration Number 1027739001993 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JSC CONSULTING GROUP POSTPROCESSOR, Ul. Presnenskii Val D. 17, Str. 1, Moscow 123557, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730617751 (Russia); Registration Number 1097746705759 (Russia) [RUSSIA-EO14024].

JSC CORPORATION MIHT (a.k.a. JOINT STOCK COMPANY CORPORATION MOSCOW INSTITUTE OF HEAT TECHNOLOGY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОРПОРАЦИЯ МОСКОВСКИЙ ИНСТИТУТ ТЕПЛОТЕХНИКИ); a.k.a. JOINT STOCK COMPANY CORPORATION MOSCOW INSTITUTE OF THERMAL TECHNOLOGY; a.k.a. MOSCOW INSTITUTE OF THERMAL TECHNOLOGY), Berezovaya alleya, 10, Moscow 127273, Russia; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Organization Established Date 14 Dec 2010; Tax ID No. 7715842760 (Russia); Registration Number 5107746017033 (Russia) [RUSSIA-EO14024].

JSC CRI BUREVESTNIK (a.k.a. JOINT STOCK COMPANY CENTRAL SCIENTIFIC RESEARCH INSTITUTE BUREVESTNIK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЦЕНТРАЛЬНЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ БУРЕВЕСТНИК); a.k.a. TSNII BUREVESTNIK AO), 1A Shosse Sormovskoe, Nizhny Novgorod, Nizhny Novgorod Oblast 603950, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Apr 2008; alt. Organization Established Date 1970; Target Type State-Owned Enterprise; Tax ID No. 5259075468 (Russia); Government Gazette Number 07501544 (Russia); Registration Number 1085259003664 (Russia) [RUSSIA-EO14024].

JSC CSPA LENINETZ (a.k.a. JOINT STOCK COMPANY CENTRAL SCIENTIFIC PRODUCTION ASSOCIATION LENINETZ; a.k.a. PJSC CSPA LENINETZ), Pr-kt Yuriya Gagarina D. 34, Saint Petersburg 196143, Russia; Pr-kt Moskovskii D. 212, Lit. A, Office 0031, Saint Petersburg 196066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810240719 (Russia); Registration Number 1027804858146 (Russia) [RUSSIA-EO14024].

JSC DB LUTCH (a.k.a. AKTSIONERNOE OBSHCHESTVO KONSTUKTORSKOE BYURO LUCH (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНСТРУКТОРСКОЕ БЮРО ЛУЧ); a.k.a. JOINT STOCK COMPANY KB LUCH; a.k.a. KB LUCH AO (Cyrillic: АО КБ ЛУЧ); a.k.a. LUCH DESIGN BUREAU JSC (Cyrillic: АО КОНСТРУКТОРСКОЕ БЮРО ЛУЧ)), Bul. Pobedy, D. 25, Rybinski, Yaroslavl 152920, Russia (Cyrillic: Бульвар Победы, Д. 25, Рыбинск, Ярославская Область 152920, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Nov 2004; alt. Organization Established Date circa 1955; Organization Type: Research and experimental development on natural sciences and engineering; Tax ID No. 7610063043 (Russia); Government Gazette Number 07507666 (Russia); Business Registration Number 1047601614390 (Russia) [RUSSIA-EO14024].

JSC DINUR (Cyrillic: АО ДИНУР) (a.k.a. CLOSED JOINT STOCK COMPANY ORDER

OF THE RED BANNER OF LABOR AND FRIENDSHIP OF PEOPLES PERVOURALSKIY SILICA PLANT NAMED AFTER EFIMA MOISEYEVICHA GRISHPUNA (Cyrillic: НЕПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ОРДЕНОВ ТРУДОВОГО КРАСНОГО ЗНАМЕНИ И ДРУЖБЫ НАРОДОВ ПЕРВОУРАЛЬСКИЙ ДИНАСОВЫЙ ЗАВОД ИМЕНИ ЕФИМА МОИСЕЕВИЧА ГРИШПУНА)), D. 1 ul. Ilicha, Pervouralsk 623013, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6625004698 (Russia); Registration Number 1026601501563 (Russia) [RUSSIA-EO14024].

JSC DRAGA (a.k.a. AO DRAGA), Ul. Novocheremushkinskaya D. 71/32, Moscow 117420, Russia; Ul. Bolshaya Zelenina D. 8, K. 2, Lit. A, Pomeshch. 42N, Saint Petersburg 197110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7704011964 (Russia); Registration Number 1037739162240 (Russia) [RUSSIA-EO14024].

JSC DSZHD BTYA (Cyrillic: АО ДСЖД БТЯ) (a.k.a. AKTSIONERNOE OBSHCHESTVO DIREKTSIYA PO STROITEL'STVU ZHELEZNOY DOROGI BERKAKIT-TOMMOT-YAKUTSK; a.k.a. JOINT-STOCK COMPANY THE BERKAKIT-TOMMOT-YAKUTSK RAILWAY LINE'S CONSTRUCTION DIRECTORATE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДИРЕКЦИЯ ПО СТРОИТЕЛЬСТВУ ЖЕЛЕЗНОЙ ДОРОГИ БЕРКАКИТ-ТОММОТ-ЯКУТСК); a.k.a. OPEN JOINT-STOCK COMPANY THE BERKAKIT-TOMMOT-YAKUTSK RAILWAY LINE'S CONSTRUCTION DIRECTORATE (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ДИРЕКЦИЯ ПО СТРОИТЕЛЬСТВУ ЖЕЛЕЗНОЙ ДОРОГИ БЕРКАКИТ-ТОММОТ-ЯКУТСК)), Mayakovsky street, building 14, Aldan, Republic of Sakha (Yakutia) 678900, Russia (Cyrillic: улица Маяковского, дом 14, город Алдан, Республика Саха (Якутия) 678900, Russia); Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1121402000213 (Russia); Tax ID No. 1402015986 (Russia) [UKRAINE-EO13685].

JSC EBD FAKEL (a.k.a. ENGINEERING DESIGN BUREAU FAKEL; a.k.a. JOINT STOCK COMPANY MACHINE-BUILDING ENGINEERING OFFICE FAKEL NAMED

AFTER AKADEMIKA P. D. GRUSHINA; a.k.a. JOINT STOCK COMPANY MKB FAKEL), 33 Akademika Grushina st., Khimki, Moscow Region 141401, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Oct 2002; Tax ID No. 5047051923 (Russia); Registration Number 1025006173664 (Russia) [RUSSIA-EO14024].

JSC ECHELON TECHNOLOGIES (a.k.a. AKTSIONERNOE OBSCHESTVO ESHELON TEKHNOLOGII; a.k.a. AO ECHELON TECHNOLOGIES; a.k.a. JOINT STOCK COMPANY ECHELON TECHNOLOGIES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЭШЕЛОН ТЕХНОЛОГИИ)), Ul. Elektrozavodskaya d. 24 Office 24, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Sep 2011; Tax ID No. 7718859120 (Russia); Registration Number 1117746703480 (Russia) [RUSSIA-EO14024].

JSC EDB AEROSPACE SYSTEMS (a.k.a. AO OKB AEROKOSMICHESKIE SISTEMY; a.k.a. JOINT STOCK COMPANY AEROSPACE SYSTEMS DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY DESIGN BUREAU AEROSPACE SYSTEMS; a.k.a. JSC EXPERIMENTAL DESIGN BUREAU AEROSPACE SYSTEMS), Ul. Programmistov D. 4, Dubna 141983, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010041950 (Russia); Registration Number 1105010002240 (Russia) [RUSSIA-EO14024].

JSC EDB FAKEL (a.k.a. AKTSIONERNOE OBSHCHESTVO OPYTNOE KONSTRUKTORSKOE BYURO FAKEL; a.k.a. AO OKB FAKEL; a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESIGN BUREAU FAKEL), Moskovskii PR D. 181, Kaliningrad 236001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 3906390669 (Russia); Government Gazette Number 44161069 (Russia); Registration Number 1203900004670 (Russia) [RUSSIA-EO14024].

JSC ELECTROVIPRYAMITEL (f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO ELECTROVIPRYAMITEL; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO ELECTROVIPRYAMITEL), 126, Proletarskaya Str, Saransk 430001, Russia; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1325013893 (Russia); Registration Number 1021301064950 (Russia) [RUSSIA-EO14024].

JSC ENERGIES (Cyrillic: АО ЭНЕРДЖИС) (f.k.a. AKTSIONERNOE OBSHCHESTVO TEKNIP ENERDZHIS RUS; f.k.a. TEKNIP RUS AO (Cyrillic: ТЕКНИП РУС АО)), d. 266 str. 1 pom. 8.1-N.152, 8 etazh, prospekt Ligovski, St. Petersburg 196006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810913731 (Russia); Registration Number 1027810258882 (Russia) [RUSSIA-EO14024].

JSC ENERGOSPECMONTAZH (a.k.a. ENERGOSPECMONTAZH JSC; a.k.a. JSC ENERGOSPETSMONTAZH (Cyrillic: АО ЭНЕРГОСПЕЦМОНТАЖ)), 27, Boytsovaya Street, Moscow 107150, Russia; House 43, structure 1, Kabinet 12 etazh 10, Highway Altufyevskoye, Moscow 127410, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718083574 (Russia); Public Registration Number 07629706 (Russia); Registration Number 1027739052912 [RUSSIA-EO14024].

JSC ENERGOSPETSMONTAZH (Cyrillic: АО ЭНЕРГОСПЕЦМОНТАЖ) (a.k.a. ENERGOSPECMONTAZH JSC; a.k.a. JSC ENERGOSPECMONTAZH), 27, Boytsovaya Street, Moscow 107150, Russia; House 43, structure 1, Kabinet 12 etazh 10, Highway Altufyevskoye, Moscow 127410, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718083574 (Russia); Public Registration Number 07629706 (Russia); Registration Number 1027739052912 [RUSSIA-EO14024].

JSC ENIKS (a.k.a. ENIKS AO; a.k.a. JOINT STOCK COMPANY ENIKS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЭНИКС)), 120 Korolenko St., Kazan, Tatarstan Republic 420094, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1661009974 (Russia); Business Registration Number 1031632202227 (Russia) [RUSSIA-EO14024].

JSC EXI BANK (a.k.a. EKSI BANK AO), Ul. Professora Popova D. 23, Saint Petersburg 197376, Russia; SWIFT/BIC JXIBRU2P; Website www.exibank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7831000940 (Russia); Registration Number 1027800000942 (Russia) [RUSSIA-EO14024].

JSC EXPERIMENTAL DESIGN BUREAU AEROSPACE SYSTEMS (a.k.a. AO OKB AEROKOSMICHESKIE SISTEMY; a.k.a. JOINT STOCK COMPANY AEROSPACE SYSTEMS DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY DESIGN BUREAU AEROSPACE SYSTEMS; a.k.a. JSC EDB AEROSPACE SYSTEMS), Ul. Programmistov D. 4, Dubna 141983, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010041950 (Russia); Registration Number 1105010002240 (Russia) [RUSSIA-EO14024].

JSC FAB RASSVET, ul. Bolshevolzhskaya d. 21, Dubna 141981, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010061227 (Russia); Registration Number 1235000068346 (Russia) [RUSSIA-EO14024].

JSC FAR EAST AND ARCTIC REGION DEVELOPMENT FUND (a.k.a. AO VEB.DV; f.k.a. FAR EAST AND BAIKAL REGION DEVELOPMENT FUND OJSC; a.k.a. JSC VEB.DV; f.k.a. OJSC THE FAR EAST AND BAIKAL REGION DEVELOPMENT FUND), Nab. Presnenskaya D. 10, pom II komn 8-59, Moscow 123112, Russia; Website fondvostok.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2721188289 (Russia); Registration Number 1112721010995 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

JSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER (a.k.a. AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДАЛЬНЕВОСТОЧНЫЙ ЦЕНТР СУДОСТРОЕНИЯ И СУДОРЕМОНТА); a.k.a. OJSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. "AO DTSSS" (Cyrillic: "АО ДЦСС"); a.k.a. "FESRC"; a.k.a. "FESRC JSC"; a.k.a. "JSC DCSS"; a.k.a. "JSC DTSSS"), 72 Svetlanskaya Ulitsa, Vladivostok,

Primorsky Territory 690001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2536196045 (Russia); Government Gazette Number 80952329 (Russia); Registration Number 1072536016211 (Russia) [RUSSIA-EO14024].

JSC FEDERALNY NAUCHNO PROIZVODSTVENNY CENTER PRODUCTION OBYEDINENIYE START IMENI MV PROTSENKO (a.k.a. FEDERAL SCIENTIFIC AND PRODUCTION CENTER MV PROTSENKO START PRODUCTION ASSOCIATION JSC (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СТАРТ ИМЕНИ МВ ПРОЦЕНКО); a.k.a. FNPTS PO START IM MV PROTSENKO AO; a.k.a. JS FRPC PA START NAMED AFTER MV PROTSENKO; a.k.a. M V PROTSENKO PA START), 1, Mira Prospekt, Zarechny, Penza Region 442960, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5838013374 (Russia); Registration Number 1185835003221 (Russia) [RUSSIA-EO14024].

JSC FEDOROVO RESOURCES (a.k.a. JOINT STOCK COMPANY FEDOROVO RISORSES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ФЕДОРОВО РИСОРСЕС)), 13 Sovetskaya Street, Floor 2, Suite 4, Lovozero Settlement 184592, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706403981 (Russia); Registration Number 1037706071116 (Russia) [RUSSIA-EO14024].

JSC FINVAL ENERGO (a.k.a. AO FINVAL ENERGO; a.k.a. JSC FINVAL ENERGY), Volgogradskii Prospekt D.32 K.11, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7721609835 (Russia); Registration Number 1087746104907 (Russia) [RUSSIA-EO14024].

JSC FINVAL ENERGY (a.k.a. AO FINVAL ENERGO; a.k.a. JSC FINVAL ENERGO), Volgogradskii Prospekt D.32 K.11, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7721609835 (Russia); Registration Number 1087746104907 (Russia) [RUSSIA-EO14024].

JSC FIOLENT PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO ZAVOD FIOLENT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТБО ЗАВОД ФИОЛЕНТ); a.k.a. AO ZAVOD FIOLENT (Cyrillic: АО ЗАВОД ФИОЛЕНТ); a.k.a. JOINT STOCK COMPANY FIOLENT PLANT; a.k.a.

ZAVOD FIOLENT, PAT), House 34/2, Kievskaya Street, Simferopol, Crimea 295017, Ukraine; Website www.phiolent.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102048745 (Russia); Registration Number 1149102099640 (Russia) [UKRAINE-EO13685].

JSC FLIGHT RESEARCH INSTITUTE N.A. M.M. GROMOV (Cyrillic: АО ЛЕТНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ИМ. М.М. ГРОМОВА) (a.k.a. AKTSIONERNOE OBSHCHESTVO LETNO-ISSLEDOVATELSKI INSTITUT IMENI M.M. GROMOVA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЛЕТНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ИМЕНИ М.М. ГРОМОВА); a.k.a. JOINT STOCK COMPANY FLIGHT RESEARCH INSTITUTE N.A. M.M. GROMOV; a.k.a. JSC FRI N.A. M.M. GROMOV (Cyrillic: АО ЛИИ ИМ. М.М. ГРОМОВА); a.k.a. STATE FEDERAL UNITARY ENTERPRISE GROMOV FLIGHT RESEARCH INSTITUTE), D. 2a, Ul. Garnaeva, Zhukovskiy 140180, Russia (Cyrillic: д. 2А, ул. Гарнаева, Московская область, Жуковский 140180, Russia); Zhukovsky-2, Moscow region 140182, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1993; Target Type State-Owned Enterprise; Tax ID No. 5040114973 (Russia); Registration Number 1125040002823 (Russia) [RUSSIA-EO14024].

JSC FNPTS TITAN-BARRIKADY (a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER TITAN BARRIKADY JSC; a.k.a. JOINT STOCK COMPANY FEDERAL SCIENTIFIC AND PRODUCTION CENTER TITAN BARRIKADY (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО-ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ТИТАН-БАРРИКАДЫ); a.k.a. TITAN DESIGN BUREAU; a.k.a. TITAN-BARRIKADY ENTERPRISE; a.k.a. TITAN-BARRIKADY FEDERAL RESEARCH AND DEVELOPMENT CENTRE; a.k.a. TITAN-BARRIKADY FNPTS AO; a.k.a. TITAN-BARRIKADY FNPTS AO FEDERAL RESEARCH AND PRODUCTION CENTER STOCK COMPANY; a.k.a. "TITAN-BARRIKADY"), Prospekt Imeni V.I. Lenina B/N, Volgograd 400071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3442110950 (Russia) [RUSSIA-EO14024].

JSC FRI N.A. M.M. GROMOV (Cyrillic: АО ЛИИ ИМ. М.М. ГРОМОВА) (a.k.a. AKTSIONERNOE

OBSHCHESTVO LETNO-ISSLEDOVATELSKI INSTITUT IMENI M.M. GROMOVA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЛЕТНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ИМЕНИ М.М. ГРОМОВА); a.k.a. JOINT STOCK COMPANY FLIGHT RESEARCH INSTITUTE N.A. M.M. GROMOV; a.k.a. JSC FLIGHT RESEARCH INSTITUTE N.A. M.M. GROMOV (Cyrillic: АО ЛЕТНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ИМ. М.М. ГРОМОВА); a.k.a. STATE FEDERAL UNITARY ENTERPRISE GROMOV FLIGHT RESEARCH INSTITUTE), D. 2a, Ul. Garnaeva, Zhukovskiy 140180, Russia (Cyrillic: д. 2А, ул. Гарнаева, Московская область, Жуковский 140180, Russia); Zhukovsky-2, Moscow region 140182, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1993; Target Type State-Owned Enterprise; Tax ID No. 5040114973 (Russia); Registration Number 1125040002823 (Russia) [RUSSIA-EO14024].

JSC GAZPROM SHELFPROJECT (a.k.a. AKTSIONERNOE OBSHCHESTVO GAZPROM SHELFPROEKT), Pr-Kt Leninskii D. 15A, Floor 9, Moscow 119071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type State-Owned Enterprise; Tax ID No. 7730250045 (Russia); Registration Number 1197746185691 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JSC GENBANK (a.k.a. AKTSIONERNOE OBSHCHESTVO GENBANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГЕНБАНК); a.k.a. CLOSED JOINT STOCK COMPANY GENBANK; a.k.a. GENBANK, AO (Cyrillic: ГЕНБАНК, АО); a.k.a. JOINT STOCK COMPANY GENBANK), Ozerkovskaya Naberezhnaya 12, Moscow 115184, Russia; Ulitsa Sevastopolskaya 13, Simferopol 295011, Ukraine; SWIFT/BIC GEOORUMM; Website www.genbank.ru; Email Address info@genbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1137711000074 (Russia) [UKRAINE-EO13685].

JSC GOSNII KRISTALL (a.k.a. JOINT STOCK COMPANY STATE SCIENTIFIC RESEARCH INSTITUTE KRISTALL; a.k.a. JSC STATE SCIENTIFIC RESEARCH INSTITUTE KRISTALL; a.k.a. OAO GOSNII KRISTALL;

a.k.a. OJSC KRISTALL STATE RESEARCH INSTITUTE), UL. Zelenaya D. 6, Dzerzhinsk, Nizhni Novgorod Region 606007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Dec 1991; Tax ID No. 5249116549 (Russia); Registration Number 1115249009831 (Russia) [RUSSIA-EO14024].

JSC GOSUDARSTVENNY NAUCHNY CENTER ROSSIYSKOY FEDERATSII TROITSKY INSTITUT INNOVATSIONNYKH I TERMOYADERNYKH ISSLEDOVANY (a.k.a. THE JOINT STOCK COMPANY STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION TROITSK INSTITUTE FOR INNOVATION AND FUSION RESEARCH (Cyrillic: АО ГОСУДАРСТВЕННЫЙ НАУЧНЫЙ ЦЕНТР РОССИЙСКОЙ ФЕДЕРАЦИИ ТРОИЦКИЙ ИНСТИТУТ ИННОВАЦИОННЫХ И ТЕРМОЯДЕРНЫХ ИССЛЕДОВАНИЙ); a.k.a. TROITSK INSTITUTE OF INNOVATIVE AND THERMONUCLEAR RESEARCH; a.k.a. TROITSKII INSTITUTE OF INNOVATIVE AND THERMONUCLEAR RESEARCH), Troitsk, st. Pushkovs, ow. 12, Moscow 108840, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7751002460 (Russia); Public Registration Number 08624272 (Russia); Registration Number 1157746176400 (Russia) [RUSSIA-EO14024].

JSC GOZ OBUKHOV PLANT (a.k.a. JOINT STOCK COMPANY NORTH WESTERN REGIONAL CENTER OF ALMAZ ANTEY CONCERN OBUKHOVSKY PLANT; a.k.a. JOINT STOCK COMPANY OBUKHOVSKY FACTORY; a.k.a. JSC OBUKHOVSKIY PLANT NORTHWEST REGIONAL CENTER OF ALMAZ ANTEY CORPORATION; a.k.a. JSC SOP OBUCHOVSKY PLANT), Obukhovskoy Defense Ave., 120, Saint Petersburg 190012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Nov 2003; Tax ID No. 7811144648 (Russia); Registration Number 1037825058732 (Russia) [RUSSIA-EO14024].

JSC GPTP GRANIT (a.k.a. AKTSIONERNOE OSCHEVSTVO GOLOVNOE PROIZVODSTVENNO-TEHNICHESKOE PREDPRIYATIE GRANIT; a.k.a. ALMAZ-ANTEY GPTP GRANITE; a.k.a. JSC HEAD TECHNOLOGICAL ENTERPRISE GRANIT; a.k.a. LEADING PRODUCTION AND TECHNICAL ENTERPRISE GRANIT), 7 Molodogvardeyskaya Str., Moscow 121467, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Oct 2002; Tax ID No. 7731263174 (Russia); Registration Number 1027731005323 (Russia) [RUSSIA-EO14024].

JSC GRODNO KHIMVOLOKNO (a.k.a. GRODNO CHEMICAL FIBRE OJSC; a.k.a. GRODNO KHIMVOLOKNO JSC; a.k.a. GRODNO KHIMVOLOKNO OAO), 4 Slavinskogo Street, 230026, Grodno, Belarus; ulitsa Slavinskogo 4, 230026, Grodno, Belarus; str. Slavinskogo 4, 230026, Grodno, Belarus [BELARUS].

JSC GRUPPA KREMNY EL (a.k.a. AKTSIONERNOE OBSHCHESTVO GRUPPA KREMNII EL; a.k.a. AO GRUPPA KREMNY EL; a.k.a. CJSC KREMNY AL GROUP; a.k.a. KREMNY GROUP), Krasnoarmeyskaya 103, Bryansk 241037, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 3234043140 (Russia); Registration Number 1023202741781 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JSC GTLK (a.k.a. AKTSIONERNOYE OBSHCHESTVO GOSUDARSTVENNAYA TRANSPORTNAYA LIZINGOVAYA KOMPANIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГОСУДАРСТВЕННАЯ ТРАНСПОРТНАЯ ЛИЗИНГОВАЯ КОМПАНИЯ); a.k.a. GTLK AO (Cyrillic: АО ГТЛК); a.k.a. JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY; a.k.a. PJSC GTLK; a.k.a. PJSC STLC; a.k.a. PUBLIC JOINT STOCK COMPANY STATE TRANSPORT LEASING COMPANY), 31A Leningradsky prospekt, Bldg 1, Moscow 125284, Russia; ul. Respubliki, D. 73, Kom. 100, Salekhard, Yamalo-Nenets Autonomous Region 629008, Russia (Cyrillic: ул. Республики, д. 73, ком. 100, г. Салехард, Ямало-Ненецкий Автономный Округ 629008, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7720261827 (Russia); Government Gazette Number 57992197 (Russia); Registration Number 1027739407189 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JSC HC YAKUTGOL (Cyrillic: АО ХК ЯКУТУГОЛЬ) (a.k.a. JOINT STOCK COMPANY HOLDING COMPANY YAKUTUGOL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ХОЛДИНГОВАЯ КОМПАНИЯ ЯКУТУГОЛЬ)), d. 3 k. 1, prospekt Lenina, Neryungri 678967, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1434026980 (Russia); Registration Number 1021401009057 (Russia) [RUSSIA-EO14024].

JSC HEAD TECHNOLOGICAL ENTERPRISE GRANIT (a.k.a. AKTSIONERNOE OSCHEVSTVO GOLOVNOE PROIZVODSTVENNO-TEHNICHESKOE PREDPRIYATIE GRANIT; a.k.a. ALMAZ-ANTEY GPTP GRANITE; a.k.a. JSC GPTP GRANIT; a.k.a. LEADING PRODUCTION AND TECHNICAL ENTERPRISE GRANIT), 7 Molodogvardeyskaya Str., Moscow 121467, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Oct 2002; Tax ID No. 7731263174 (Russia); Registration Number 1027731005323 (Russia) [RUSSIA-EO14024].

JSC HYDROMASH NAMED AFTER VI LUZYANIN (a.k.a. NIZHNY NOVGOROD JOINT STOCK COMPANY HYDROMASH NAMED AFTER VI LUZYANIN), Pr-kt Gagarina D. 22, Nizhniy Novgorod 603022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5262008630 (Russia); Registration Number 1025203720189 (Russia) [RUSSIA-EO14024].

JSC ICC MILANDR (a.k.a. JSC PKK MILANDR), Georgievskiy Prospekt, 5, Zelenograd, Moscow 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1993; Tax ID No. 7735040690 (Russia); Registration Number 1027739083921 (Russia) [RUSSIA-EO14024].

JSC IEMZ KUPOL (a.k.a. AKTSIONERNOE OBSHCHESTVO IZHEVSKI ELEKTROMEKHANICHESKI ZAVOD KUPOL; a.k.a. AO IEMZ KUPOL (Cyrillic: АО ИЭМЗ КУПОЛ); a.k.a. JOINT STOCK COMPANY IZHEVSK ELECTROMECHANICAL PLANT KUPOL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ИЖЕВСКИЙ ЭЛЕКТРОМЕХАНИЧЕСКИЙ ЗАВОД КУПОЛ)), ul. Pesochnaya 3, Izhevsk, Udmurtia Republic 426033, Russia (Cyrillic: УЛИЦА ПЕСОЧНАЯ, 3, Город Ижевск, РЕСПУБЛИКА УДМУРТСКАЯ 426033, Russia); Website www.kupol.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 23 Apr 2002; alt. Organization Established Date 1957; Tax ID No. 1831083343 (Russia); Government Gazette Number 07502963 (Russia); Business Registration Number 1021801143374 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JSC IKAR (a.k.a. IKAR GROUP; a.k.a. JOINT STOCK COMPANY ENGINEERING CENTER IKAR; a.k.a. "ICAR COMPANY"), Ul. Khutorskaya 2-YA D. 38A, Str. 9, Moscow 127287, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Jan 2003; Tax ID No. 7710449682; Registration Number 1037710001493 (Russia) [RUSSIA-EO14024].

JSC ILYUSHIN AVIATION COMPLEX (a.k.a. OAO ILYUSHIN AVIATION COMPLEX; a.k.a. OJSC ILYUSHIN AVIATION COMPLEX; a.k.a. OPEN JOINT STOCK COMPANY ILYUSHIN AVIATION COMPLEX; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO AVIATSIONNYI KOMPLEKS IM S. V ILYUSHINA; a.k.a. "OJSC IL"), 45G Leningradsky Avenue, Moscow 125190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; ISIN RU0007796926; Tax ID No. 7714027882 (Russia); Registration Number 1027739118659 (Russia) [RUSSIA-EO14024].

JSC ILYUSHIN FINANCE COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO ILYUSHIN FINANS KO; a.k.a. JOINT STOCK COMPANY ILYUSHIN FINANCE COMPANY; a.k.a. OJSC ILYUSHIN FINANCE; a.k.a. "AO IFK"; a.k.a. "IFC LEASING"; a.k.a. "JSC IFC"), Pr-kt Michurinskii, Olimpiiskaya Derevnya D. 1, Korp. 1, et. 4, Moscow 119602, Russia; Pr-kt Leninskii d. 43A, office 502, Voronezh 394004, Russia; 1st km of Rublevo-Uspenskoe Shosse, Building 6, Odintsovo, Moscow 143030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Mar 1999; Tax ID No. 3663029916 (Russia); Registration Number 1033600042332 (Russia) [RUSSIA-EO14024].

JSC INFRAVEB (a.k.a. AKTSIONERNOE OBSHCHESTVO VEB INFRASTRUKTURA; a.k.a. AO INFRAVEB), ul. Mashi Poryvaevoi D. 7 str. V, Moscow 107078, Russia; ul. Vozdvizhenka D. 7/6, str. 1, et/pom/kom 3/II/7, Moscow 119019, Russia; Website vebinfra.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704133578 (Russia); Registration Number 1027739088410 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

JSC INNOVATION WEAPONS TECHNOLOGIES (a.k.a. AO INNOVATSIONNYE ORUZHEINYE TEKHNOLOGII), PR-D 2-I Yuzhnoportovyi D. 16, Str. 8, Kom. 108, 109, Moscow 115088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7723633336 (Russia); Registration Number 1077761841860 (Russia) [RUSSIA-EO14024].

JSC 'INSTITUTE GIPROSTROYMOST-SAINT-PETERSBURG' (a.k.a. AO 'INSTITUTE GIPROSTROYMOST-SAINT-PETERSBURG'; a.k.a. AO 'INSTITUTE GIPROSTROYMOST-SANKT-PETERBURG'; f.k.a. INSTITUT GIPROSTROIMOST-SANKT-PETERBURG, ZAO; a.k.a. JSC 'INSTITUTE GIPROSTROYMOST-SANKT-PETERBURG'; f.k.a. ZAO 'INSTITUTE GIPROSTROYMOST SAINT-PETERSBURG'), 7 Yablochkova Street, St. Petersburg 197198, Russia; Website www.gpsm.ru; Email Address office@gpsm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037828021660 (Russia); Tax ID No. 7826717210 (Russia); Government Gazette Number 53289443 (Russia) [UKRAINE-EO13685].

JSC 'INSTITUTE GIPROSTROYMOST-SANKT-PETERBURG' (a.k.a. AO 'INSTITUTE GIPROSTROYMOST-SAINT-PETERSBURG'; a.k.a. AO 'INSTITUTE GIPROSTROYMOST-SANKT-PETERBURG'; f.k.a. INSTITUT GIPROSTROIMOST-SANKT-PETERBURG, ZAO; a.k.a. JSC 'INSTITUTE GIPROSTROYMOST-SAINT-PETERSBURG'; f.k.a. ZAO 'INSTITUTE GIPROSTROYMOST SAINT-PETERSBURG'), 7 Yablochkova Street, St. Petersburg 197198, Russia; Website www.gpsm.ru; Email Address office@gpsm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037828021660 (Russia); Tax ID No. 7826717210 (Russia); Government Gazette Number 53289443 (Russia) [UKRAINE-EO13685].

JSC IQB TECHNOLOGIES (a.k.a. AKTSIONERNOE OBSHCHESTVO AIKYUB TEKHNOLOGII), Km Mzhd Kievskoe 5-I D. 1, Str. 1,2, Kom. 87, Moscow 119950, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728361686 (Russia); Registration Number 1177746110233 (Russia) [RUSSIA-EO14024].

JSC IS REFORM (a.k.a. IB REFORM JSC; a.k.a. JOINT STOCK COMPANY INFORMATION SECURITY REFORM), D. 125 Str. 1 Etazh 6 Pom. X Kom 23, Shosse Varshavskoe, Moscow 117587, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Jul 2019; Tax ID No. 7726482572 (Russia); Government Gazette Number 75059643 (Russia); Registration Number 1217700423654 (Russia) [RUSSIA-EO14024].

JSC IZHEVSK MOTOR PLANT AKSION HOLDING (a.k.a. AO IZHEVSKII MOTOZAVOD AKSION KHOLDING; a.k.a. IZHEVSK MOTOZAVOD AXION HOLDING JSC), 90 Maksima Gorkogo Street, Izhevsk 426008, Russia; Per. Furmannyi D. 12 Str 1, Moscow 105062, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1826000616 (Russia); Registration Number 1021801140833 (Russia) [RUSSIA-EO14024].

JSC KALASHNIKOV CONCERN (a.k.a. CONCERN KALASHNIKOV; a.k.a. IZHEVSKIY MASHINOSTROITEL'NYI ZAVOD OAO; a.k.a. JOINT STOCK COMPANY CONCERN KALASHNIKOV; a.k.a. KALASHNIKOV CONCERN; a.k.a. OJSC KALASHNIKOV CONCERN), 18 Krzhizhanovsky St, Bldg 4, Moscow 11728, Russia; 2/93 Deryabin Passage, Room 78, Izhevsk 426006, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1832090230 (Russia); Registration Number 1111832003018 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JSC KAZAN OPTICAL AND MECHANICAL PLANT (a.k.a. KAZAN OPTICAL-MECHANICAL PLANT JOINT STOCK COMPANY; a.k.a. KAZANSKII OPTIKO-MEKHANICHESKII ZAVOD AO (Cyrillic: КАЗАНСКИЙ ОПТИКО-МЕХАИЧЕСКИЙ ЗАВОД АО)), 37 Lipatova St., Kazan, Tatarstan Republic 420075, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1660004229 (Russia); Business Registration Number 1021603617188 (Russia) [RUSSIA-EO14024].

JSC KAZANKOMPRESSORMASH (Cyrillic: АО КАЗАНЬКОМПРЕССОРМАШ) (a.k.a. JOINT

STOCK COMPANY KAZAN COMPRESSOR MACHINERY PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КАЗАНСКИЙ ЗАВОД КОМПРЕССОРНОГО МАШИНОСТРОЕНИЯ)), ul. Khalitova 1, Kazan 420029, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1660004878 (Russia); Registration Number 1021603620114 (Russia) [RUSSIA-EO14024].

JSC KB RADAR (a.k.a. KB RADAR - RADAR AND ELECTRONIC WARFARE SYSTEMS; a.k.a. KB RADAR - RADAR AND EW SYSTEMS; a.k.a. KB RADAR (Cyrillic: КБ РАДАР); a.k.a. KB RADAR OJSC; a.k.a. KB RADAR-UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA SISTEMY RADIOLOKATSII OAO; a.k.a. OJSC KB RADAR-MANAGING COMPANY HOLDING RADAR SYSTEM (Cyrillic: ОАО КБ РАДАР-УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА СИСТЕМЫ РАДИОЛОКАЦИИ); a.k.a. OPEN JOINT STOCK COMPANY KB RADAR-MANAGEMENT COMPANY HOLDING RADAR SYSTEMS), Partizanskii 64A, Minsk 220026, Belarus (Cyrillic: пр-т Партизанский, 64а, Минск 220026, Belarus); d.24, Nezhiloe pomeshchenie, ul Promyshlennaya, Minsk 220075, Belarus; Organization Established Date 2006; Registration Number 190699027 (Belarus) [BELARUS-EO14038].

JSC KBE XXI CENTURY (a.k.a. AKTSIONERNOE OBSHCHESTVO CONSTRUCTION BUREAU ELECTRICAL PRODUCTS XXI CENTURY; a.k.a. AO KBE XXI CENTURY; a.k.a. AO KBE XXI VEKA; a.k.a. JOINT STOCK COMPANY DESIGN OFFICE OF ELECTROITEMS; a.k.a. XXI CENTURY ELECTRO ITEMS DESIGN OFFICE JOINT STOCK COMPANY), Ul. Lermontova D. 2, Sarapul 427960, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1827013520 (Russia); Registration Number 1021800997228 (Russia) [RUSSIA-EO14024].

JSC KBP INSTRUMENT DESIGN BUREAU (a.k.a. INSTRUMENT DESIGN BUREAU; a.k.a. KBP INSTRUMENT DESIGN BUREAU; a.k.a. KBP INSTRUMENT DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. KONSTRUKTORSKOE BYURO PRIBOROSTROENIYA OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. "KBP OAO"), 59 Shcheglovskaya Zaseka ul., Tula 300001, Russia; Website www.kbptula.ru; Email Address kbkedr@tula.net; Secondary

sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1117154036911 (Russia); Government Gazette Number 07515747 (Russia) [UKRAINE-EO13661].

JSC KHABAROVSK SHIPBUILDING YARD (a.k.a. JOINT STOCK COMPANY KHABAROVSK SHIPBUILDING YARD; a.k.a. JOINT-STOCK COMANY KHABAROVSKIY SHIPYARD; a.k.a. JOINT-STOCK COMPANY KHABAROVSKY SHIPBUILDING PLANT; a.k.a. JOINT-STOCK COMPANY KHSZ; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY FACTORY; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY ZAVOD (Cyrillic: АО ХАБАРОВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. KHABAROVSK SHIPBUILDING PLANT; a.k.a. KHABAROVSKIY SHIPBUILDING PLANT), Suvorova St, 1, Khabarovsk, Khabarovsk Territory 680003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Oct 2008; Tax ID No. 2723112662 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC KHABAROVSKY SUDOSTROITELNY FACTORY (a.k.a. JOINT STOCK COMPANY KHABAROVSK SHIPBUILDING YARD; a.k.a. JOINT-STOCK COMANY KHABAROVSKIY SHIPYARD; a.k.a. JOINT-STOCK COMPANY KHABAROVSKY SHIPBUILDING PLANT; a.k.a. JOINT-STOCK COMPANY KHSZ; a.k.a. JSC KHABAROVSK SHIPBUILDING YARD; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY ZAVOD (Cyrillic: АО ХАБАРОВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. KHABAROVSK SHIPBUILDING PLANT; a.k.a. KHABAROVSKIY SHIPBUILDING PLANT), Suvorova St, 1, Khabarovsk, Khabarovsk Territory 680003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Oct 2008; Tax ID No. 2723112662 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC KHABAROVSKY SUDOSTROITELNY ZAVOD (Cyrillic: АО ХАБАРОВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД) (a.k.a. JOINT STOCK COMPANY KHABAROVSK SHIPBUILDING YARD; a.k.a. JOINT-STOCK COMANY KHABAROVSKIY SHIPYARD; a.k.a. JOINT-STOCK COMPANY KHABAROVSKY SHIPBUILDING PLANT; a.k.a. JOINT-STOCK

COMPANY KHSZ; a.k.a. JSC KHABAROVSK SHIPBUILDING YARD; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY FACTORY; a.k.a. KHABAROVSK SHIPBUILDING PLANT; a.k.a. KHABAROVSKIY SHIPBUILDING PLANT), Suvorova St, 1, Khabarovsk, Khabarovsk Territory 680003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Oct 2008; Tax ID No. 2723112662 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC KHK SDS UGOL (Cyrillic: АО ХК СДС УГОЛЬ) (a.k.a. JOINT STOCK COMPANY HOLDINGOVAYA KOMPANIYA SDS UGOL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ХОЛДИНГОВАЯ КОМПАНИЯ СДС УГОЛЬ)), 7/2 prospekt Pritomski, Kemerovo 650066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4205105080 (Russia); Registration Number 1064205095360 (Russia) [RUSSIA-EO14024].

JSC KIS ISTOK (a.k.a. ISTOK E AND C JSC; a.k.a. ISTOK E&C JSC; a.k.a. ISTOK ENGINEERING AND CONSTRUCTION JOINT STOCK COMPANY), Ul. Krasnokazarmennaya D. 12, Str. 38, Floor/Pom./Komnata 2/Iv/19, Moscow 111250, Russia; ul. Oktiabrskaia, 11, Ozersk, Chelyabinsk Oblast, Russia; ul. Dibunovskaia, 55, litera a, Saint Petersburg 197183, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 9722006872 (Russia); Registration Number 1217700403690 (Russia) [RUSSIA-EO14024].

JSC KOMPOZIT (a.k.a. AO KOMPOZIT), Ul. Pionerskaya D. 4, Korolev 141074, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Jan 2002; Tax ID No. 5018078448 (Russia); Registration Number 1025002043813 (Russia) [RUSSIA-EO14024].

JSC KONTSERN MORINFORMSISTEMA AGAT (a.k.a. CONCERN MORINFORMSYSTEM AGAT JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН МОРИНФОРМСИСТЕМА-АГАТ)), Entuziastov Shosse, 29, Moscow 105275, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720544208 (Russia); Registration Number 1067746239230 (Russia) [RUSSIA-EO14024].

JSC KRAFTVEY KORPOREYSHN PLS (a.k.a. AO KRAFTVEI KORPOREISHN PLS; a.k.a. AO KRAFTWAY PSC; a.k.a. CRAFTWAY CORPORATON PLS; a.k.a. JOINT STOCK COMPANY KRAFTVEY KORPOREYSHN PLS; a.k.a. JOINT STOCK COMPANY KRAFTWAY CORPORATION PLS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КРАФТВЭЙ КОРПОРЭЙШН ПЛС); a.k.a. JSC KRAFTWAY CORPORATION PLC), Sh. Kievskoe d. 64, Obninsk, Kaluga Region 249032, Russia; 16, 3rd Mytishchinskaya Street, Moscow 129626, Russia; Website kraftway.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Other information technology and computer service activities; Tax ID No. 5018037096 (Russia); Registration Number 1025002041525 (Russia) [RUSSIA-EO14024].

JSC KRAFTWAY CORPORATION PLC (a.k.a. AO KRAFTVEI KORPOREISHN PLS; a.k.a. AO KRAFTWAY PSC; a.k.a. CRAFTWAY CORPORATON PLS; a.k.a. JOINT STOCK COMPANY KRAFTVEY KORPOREYSHN PLS; a.k.a. JOINT STOCK COMPANY KRAFTWAY CORPORATION PLS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КРАФТВЭЙ КОРПОРЭЙШН ПЛС); a.k.a. JSC KRAFTVEY KORPOREYSHN PLS), Sh. Kievskoe d. 64, Obninsk, Kaluga Region 249032, Russia; 16, 3rd Mytishchinskaya Street, Moscow 129626, Russia; Website kraftway.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Other information technology and computer service activities; Tax ID No. 5018037096 (Russia); Registration Number 1025002041525 (Russia) [RUSSIA-EO14024].

JSC KUYBYSHEVSKY OIL REFINERY (a.k.a. AKTSIONERNOE OBSHCHESTVO KUIBYSHEVSKII NEFTEPERERABATYVAYUSHCHII ZAVOD; a.k.a. KUIBYSHEVSKY REFINERY; a.k.a. "AO KNPZ"), Ul. Groznenskaya D.25, Samara 443004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6314006396 (Russia); Registration Number 1026300894179 (Russia) [RUSSIA-EO14024].

JSC LISKIMONTAZHKONSTRUKTSIYA (a.k.a. JOINT STOCK COMPANY LISKINSKII ZAVOD MONTAZHNYKH ZAGOTOVOK), ul. Montazhnikov d. 1, Liski 397907, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

3652000930 (Russia); Registration Number 1023601511284 (Russia) [RUSSIA-EO14024].

JSC MAC VYMPEL (a.k.a. PUBLIC JOINT STOCK COMPANY VYMPEL INTERSTATE CORPORATION; a.k.a. VYMPEL INTERSTATE COMMERCIAL CORPORATION; a.k.a. VYMPEL MAK PAO DEFENSE CORPORATION; a.k.a. "VIMPEL"), 10, BLD. 1 Geroyev Panfilovtsev, Moscow 125480, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Sep 1992; Tax ID No. 7714041693 (Russia); Registration Number 1027700341855 (Russia) [RUSSIA-EO14024].

JSC MAF MOSKVICH (a.k.a. CLOSED JOINT STOCK COMPANY RENO RUSSIA; a.k.a. JOINT STOCK COMPANY MOSCOW AUTOMOTIVE FACTORY MOSKVICH; a.k.a. MOSCOW AUTOMOBILE PLANT MOSKVICH AO), Pr-Kt Volgogradskii D. 42, K. 36, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Aug 1998; Tax ID No. 7709259743 (Russia); Government Gazette Number 18609799 (Russia); Registration Number 1027739178202 (Russia) [RUSSIA-EO14024].

JSC MARI MACHINE BUILDING PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO MARIYSKII MASHINOSTROITELNYI ZAVOD; a.k.a. JOINT STOCK COMPANY MARI MACHINE BUILDING PLANT; a.k.a. MARI MACHINE BUILDING PLANT JSC; a.k.a. MARI MMZ; a.k.a. MARIYSKIY MACHINE-BUILDING PLANT OPEN JOINT STOCK COMPANY; a.k.a. OAO MARIYSKIY MASHINOSTROITELNYY ZAVOD; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO MARIYSKIY MASHINOSTROITELNYYZAVOD; a.k.a. "OAO MMZ"), 15, UL Suvorova 3, Yoshkar-Ola, Mary-EL 424003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1200001885 (Russia) [RUSSIA-EO14024].

JSC MARSHAL.GLOBAL (Cyrillic: АО МАРШАЛ.ГЛОБАЛ) (a.k.a. JOINT STOCK COMPANY MARSHAL.GLOBAL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО МАРШАЛ.ГЛОБАЛ)), ul. Krasnobogatyrskaya, d. 6, str. 6, et 1 komn 23, Moscow 107564, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Oct 2017; Tax ID No.

7703436139 (Russia); Registration Number 5177746148784 (Russia) [RUSSIA-EO14024].

JSC MB BANK (a.k.a. BANK MELLI IRAN ZAO; a.k.a. JOINT STOCK COMPANY MIR BUSINESS BANK; a.k.a. MB BANK; a.k.a. MB BANK, AO; a.k.a. MIR BIZNES BANK; a.k.a. MIR BIZNES BANK, AO; a.k.a. MIR BUSINESS BANK (Cyrillic: МИР БИЗНЕС БАНК); a.k.a. MIR BUSINESS BANK ZAO), 9/1 ul Mashkova, Moscow 105062, Russia; Russia; 9/1 Mashkova St., Moscow 105062, Russia; 6a Lenin Square Bld. A, Astrakhan 414000, Russia; Prechistenka Street, 36, Building 1, Moscow 119034, Russia; SWIFT/BIC MRBBRUMM; Website www.mbbru.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target Type Financial Institution; Tax ID No. 7744002363 (Russia); Legal Entity Number 253400XSDD336BT6BJ60; Registration Number 1027739669726 (Russia) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: BANK MELLI IRAN; Linked To: GLOBAL VISION GROUP).

JSC MBDB ISKRA (a.k.a. ISKRA ENGINEERING DESIGN BUREAU JSC NAMED AFTER I.I. KARTUKOV; a.k.a. MKB ISKRA AO), Proezd Petrovsko-Razumovskii D. 28, Moscow 127287, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1946; Tax ID No. 7714288059 (Russia); Registration Number 1027714027395 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JSC MECHEL MINING (a.k.a. JOINT STOCK COMPANY MECHEL MAINING (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО МЕЧЕЛ МАЙНИНГ)), Kab. 145, D. 1, Ul. Krasnoarmeiskaya, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5406437129 (Russia); Registration Number 1085406013846 (Russia) [RUSSIA-EO14024].

JSC MIC NPO MASHINOSTROYENIA (a.k.a. JOINT STOCK COMPANY MILITARY INDUSTRIAL CONSORTIUM NPO MASHINOSTROYENIA; a.k.a. JOINT STOCK COMPANY MILITARY-INDUSTRIAL CORPORATION NPO MASHINOSTROYENIA; a.k.a. MIC NPO MASHINOSTROYENIA JSC; a.k.a. MIC NPO MASHINOSTROYENIYA JSC; a.k.a. MILITARY INDUSTRIAL CORPORATION

NPO MASHINOSTROENIA OAO; a.k.a. OPEN JOINT STOCK COMPANY MILITARY INDUSTRIAL CORPORATION SCIENTIFIC AND PRODUCTION MACHINE BUILDING ASSOCIATION; a.k.a. VOENNO-PROMYSHLENNAYA KORPORATSIYA NAUCHNO-PROIZVODSTVENNOE OBEDINENIE MASHINOSTROENIYA OAO; a.k.a. VPK NPO MASHINOSTROENIYA), 33, Gagarina St., Reutov-town, Moscow Region 143966, Russia; 33 Gagarin Street, Reutov, Moscow Region 143966, Russia; 33 Gagarina ul., Reutov, Moskovskaya obl 143966, Russia; Website www.npomash.ru; Email Address export@npomash.ru; alt. Email Address vpk@npomash.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1075012001492 (Russia); Tax ID No. 5012039795 (Russia); Government Gazette Number 07501739 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JSC MINSK MECHANICAL PLANT NAMED AFTER S.I. VAVILOV MANAGEMENT COMPANY OF BELOMO HOLDING (Cyrillic: ОАО МИНСКИЙ МЕХАНИЧЕСКИЙ ЗАВОД ИМЕНИ С.И. ВАВИЛОВА УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОМО) (a.k.a. BELARUSIAN OPTICAL AND MECHANICAL ASSOCIATION; a.k.a. OAO MMZ IMENI S.I. VAVILOVA UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELOMO (Cyrillic: ОАО ММЗ ИМЕНИ С. И. ВАВИЛОВА УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОМО); a.k.a. OJSC MMW NAMED AFTER S.I. VAVILOV MANAGING COMPANY OF BELOMO HOLDING (Cyrillic: ААТ ММЗ ІМЯ С.І. ВАВІЛАВА КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛОМА); a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII MEKHANICHESKII ZAVOD IMENI S.I. VAVILOVA UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELOMO), 23 Makayonok St., Minsk 220114, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100185185 (Belarus); Government Gazette Number 14541426 (Belarus) [BELARUS-EO14038].

JSC MNIRTI (a.k.a. AKTSIONERNOE OBSHCHESTVO MOSKOVSKI ORDENA TRUDOVOGO KRASNOGO ZNAMENI NAUCHNO-ISSLEDOVATELSKI RADIOTEKHNICHESKI INSTITUT; a.k.a.

JOINT STOCK COMPANY MOSCOW ORDER OF THE RED BANNER OF LABOR RESEARCH RADIO ENGINEERING INSTITUTE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО МОСКОВСКИЙ ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ НАЧНО-ИССЛЕДОВАТЕЛЪСКИЙ РАДИОТЕХНИЧЕСКИЙ ИНСТИТУТ); a.k.a. JOINT-STOCK COMPANY MOSCOW RESEARCH SCIENTIFIC RADIO COMMUNICATION INSTITUTE; a.k.a. MOSKOVSKI ORDENA TRUDOVOGO KRASNOGO ZNAMENI NAUCHNO-ISSLEDOVATELSKI RADIOTEKHNICHESKI INSTITUT PAO), 2/1 Bolshoi Trekhsvyatitelski Lane, Moscow 109028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jun 1992; Tax ID No. 7709899951 (Russia); Registration Number 1127746217422 (Russia) [RUSSIA-EO14024].

JSC MODELING AND DIGITAL DOUBLES (a.k.a. JSC MTSD; a.k.a. SIMULATION & DIGITAL TWIN; a.k.a. SIMULATION AND DIGITAL TWIN), Ul. Suzdalskaya D.46, Office 203, Moscow 111672, Russia; Ul. Viktorenko D. 5, Str. 1, Floor 11, Pomeshch. 11.01, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720666171 (Russia); Registration Number 1097746511334 (Russia) [RUSSIA-EO14024].

JSC MORSKIYE NAVIGATSIONNYE SISTEMY (Cyrillic: АО МОРСКИЕ НАВИГАЦИОННЫЕ СИСТЕМЫ) (a.k.a. MARINE BRIDGE AND NAVIGATION SYSTEMS LTD), 19, Promyshlennaya street, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1991; Tax ID No. 7805013333 (Russia); Registration Number 1027802763240 (Russia) [RUSSIA-EO14024].

JSC MOSCOW CENTER OF SPARC TECHNOLOGIES (a.k.a. JSC MTSST; a.k.a. "JSC MCST"), 1, Bld. 23, Nagatinskaya Street, Moscow 117105, Russia; 51, Leninsky Ave, Moscow 119049, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736053886 (Russia); Registration Number 1027739148469 (Russia) [RUSSIA-EO14024].

JSC MOSCOW INDUSTRIAL BANK (Cyrillic: АО МОСКОВСКИИ ИНДУСТРИАЛЬНЫЙ БАНК) (a.k.a. JOINT STOCK COMMERCIAL BANK MOSCOW INDUSTRIAL BANK; a.k.a. JOINT STOCK COMPANY MOSCOW INDUSTRIAL

BANK; a.k.a. MOSCOW INDUSTRIAL BANK PJSCB; f.k.a. MOSKOVSKI INDUSTRIALNY BANK PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; a.k.a. MOSKOVSKIJ INDUSTRIALNYJ BANK PJSCB; a.k.a. MOSKOVSKY INDUSTRIALNY BANK; f.k.a. PUBLIC JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK), Ordzhonikidze Street 5, Moscow 115419, Russia; SWIFT/BIC MINNRUMM; BIK (RU) 044525600; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Nov 1990; Target Type Financial Institution; Tax ID No. 7725039953 (Russia); Government Gazette Number 09317135 (Russia); Legal Entity Number 2534006SJ05GGKETEY75 (Russia); Registration Number 1027739179160 (Russia) [RUSSIA-EO14024].

JSC MOSCOW MACHINERY BUILDING PLANT AVANGARD (a.k.a. JOINT STOCK COMPANY MOSKOVSKIY MASHINOSTROITELNIY ZAVOD AVANGARD; a.k.a. OAO MMZ AVANGARD; a.k.a. OJSC MOSCOW MACHINERY BUILDING PLANT AVANGARD; a.k.a. OPEN JOINT STOCK COMPANY MOSCOW MACHINERY BUILDING PLANT AVANGARD), Ul. Klary Tsetkin 33, Moscow 125130, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743065177 (Russia); Registration Number 1027743012890 (Russia) [RUSSIA-EO14024].

JSC MTSD (a.k.a. JSC MODELING AND DIGITAL DOUBLES; a.k.a. SIMULATION & DIGITAL TWIN; a.k.a. SIMULATION AND DIGITAL TWIN), Ul. Suzdalskaya D.46, Office 203, Moscow 111672, Russia; Ul. Viktorenko D. 5, Str. 1, Floor 11, Pomeshch. 11.01, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720666171 (Russia); Registration Number 1097746511334 (Russia) [RUSSIA-EO14024].

JSC MTSST (a.k.a. JSC MOSCOW CENTER OF SPARC TECHNOLOGIES; a.k.a. "JSC MCST"), 1, Bld. 23, Nagatinskaya Street, Moscow 117105, Russia; 51, Leninsky Ave, Moscow 119049, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736053886 (Russia); Registration Number 1027739148469 (Russia) [RUSSIA-EO14024].

JSC MULTIKLET (a.k.a. MULTICLET CORPORATION), Office 135, 2 Chelyuskintsev Str., International Business Center Micron, Yekaterinburg 620014, Russia; Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

6658365770 (Russia); Registration Number 1106658012746 (Russia) [RUSSIA-EO14024].

JSC MYTISHCHINSKI MACHINE-BUILDING PLANT (a.k.a. MYTISHCHI MACHINE BUILDING PLANT (Cyrillic: МЫТИЩИНСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. MYTISHCHINSKI MACHINOSTROITELNY ZAVOD, OAO; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO 'MYTISHCHINSKI MASHINOSTROITELNY ZAVOD'; a.k.a. "MMZ JSC"), 4 ul. Kolontsova Mytishchi, Mytishchinski Raion, Moscow Region 141009, Russia; Yaroslavl highway 33, Mytishchi, Moscow Region, Russia; VL 11 st. Frunze, Mytishchi, Moscow Region, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1095029003860 (Russia); Tax ID No. 5029126076 (Russia); Government Gazette Number 61540868 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JSC NAUCHNO ISSLEDOVATELSKY I KONSTRUKTORSKY INSTITUT MONTAZHNOY TECHNOLOGY ATOMSTROY (Cyrillic: АО НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ И КОНСТРУКТОРСКИЙ ИНСТИТУТ МОНТАЖНОЙ ТЕХНОЛОГИИ АТОМСТРОЙ) (a.k.a. JSC NAUCHNO ISSLEDOVATELSKY I KONSTRUKTORSKY INSTITUT MONTAZHNOY TEKHNOLOGII ATOMSTROY; a.k.a. NIKIMT ATOMSTROY; a.k.a. NIKIMT ATOMSTROY JSC), D. 43 Str. 2 Shosse Altufevskoe, Moscow 127410, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715719854 (Russia) [RUSSIA-EO14024].

JSC NAUCHNO ISSLEDOVATELSKY I KONSTRUKTORSKY INSTITUT MONTAZHNOY TEKHNOLOGII ATOMSTROY (a.k.a. JSC NAUCHNO ISSLEDOVATELSKY I KONSTRUKTORSKY INSTITUT MONTAZHNOY TECHNOLOGY ATOMSTROY (Cyrillic: АО НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ И КОНСТРУКТОРСКИЙ ИНСТИТУТ МОНТАЖНОЙ ТЕХНОЛОГИИ АТОМСТРОЙ); a.k.a. NIKIMT ATOMSTROY; a.k.a. NIKIMT ATOMSTROY JSC), D. 43 Str. 2 Shosse Altufevskoe, Moscow 127410, Russia; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Tax ID No. 7715719854 (Russia) [RUSSIA-EO14024].

JSC NAUCHNO-ISSLEDOVATELSKOYE PROYEKTNO-TEKHNOLOGICHESKOYE BYURO ONEGA (Cyrillic: АО НАУЧНО-ИССЛЕДОВАТЕЛЬСКОЕ ПРОЕКТНО-ТЕХНОЛОГИЧЕСКОЕ БЮРО ОНЕГА) (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-ISSLEDOVATELSKOE PROEKTNO-TEKHNOLOGICHESKO BYURO ONEGA; a.k.a. JOINT STOCK COMPANY RESEARCH DESIGN AND TECHNOLOGICAL BUREAU ONEGA; a.k.a. JSC NIPTB ONEGA; a.k.a. ONEGA RESEARCH AND DEVELOPMENT TECHNOLOGICAL BUREAU), Mashinostoitelei Proezd, 12, Severodvinsk, Archangelsk region 164509, Russia; Website WWW.ONEGASTAR.RU; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jan 2008; Tax ID No. 2902057961 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC NAUCHNYY CENTER ELINS (a.k.a. ELINS STC JSC; a.k.a. JOINT STOCK COMPANY RESEARCH CENTER ELINS; a.k.a. JSC SCIENTIFIC AND TECHNICAL CENTER ELINS; a.k.a. SCIENTIFIC TECHNICAL CENTRE ELINS), Panfilovsky Pr., 10, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Mar 2010; Tax ID No. 7735567832 (Russia); Registration Number 1107746215455 (Russia) [RUSSIA-EO14024].

JSC NDBANK (a.k.a. JOINT STOCK COMPANY PUBLIC TRUST BANK), St. Dubininskaya, 57, Building 1, Moscow 115054, Russia; SWIFT/BIC NADORUMM; Website www.ndb24.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7708018456 (Russia); Legal Entity Number 253400B8Y0FNJP628S19; Registration Number 1027739461694 (Russia) [RUSSIA-EO14024].

JSC NEVSKOE PKB (Cyrillic: АО НЕВСКОЕ ПКБ) (a.k.a. JOINT PUBLIC STOCK COMPANY NEVSKOE DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY NEVSKOYE PROJECT AND DESIGN BUREAU; a.k.a. JSC NEVSKOYE PROYEKTNO-KONSTRUKTORSKOYE BYURO (Cyrillic: АО НЕВСКОЕ ПРОЕКТНО-КОНСТРУКТОРСКОЕ

БЮРО); a.k.a. NEVSKOE DESIGN AND CONSTRUCTION OFFICE; a.k.a. NEVSKOE DESIGN BUREAU; a.k.a. NEVSKOE DESIGN BUREAU JPSC), Galerny Proezd 3, Saint-Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Sep 1995; Tax ID No. 7801074335 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC NEVSKOYE PROYEKTNO-KONSTRUKTORSKOYE BYURO (Cyrillic: АО НЕВСКОЕ ПРОЕКТНО-КОНСТРУКТОРСКОЕ БЮРО) (a.k.a. JOINT PUBLIC STOCK COMPANY NEVSKOE DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY NEVSKOYE PROJECT AND DESIGN BUREAU; a.k.a. JSC NEVSKOE PKB (Cyrillic: АО НЕВСКОЕ ПКБ); a.k.a. NEVSKOE DESIGN AND CONSTRUCTION OFFICE; a.k.a. NEVSKOE DESIGN BUREAU; a.k.a. NEVSKOE DESIGN BUREAU JPSC), Galerny Proezd 3, Saint-Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Sep 1995; Tax ID No. 7801074335 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC NGT (a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NGT; a.k.a. "NGT AO"), Ul. Fominskaya D.54, Perm 614058, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Oct 2002; Tax ID No. 5902186000 (Russia); Government Gazette Number 52275083 (Russia); Registration Number 1025900513935 (Russia) [RUSSIA-EO14024].

JSC NIAI ISTOCHNIK (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI PROEKTNO KONSTRUKTORSKI I TEKHNOLOGICHESKI AKKUMULYATORNY INSTITUT ISTOCHNIK), Ul. Dalya D. 10, Saint Petersburg 197376, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813054982 (Russia); Registration Number 1027806861477 (Russia) [RUSSIA-EO14024].

JSC NII ELEKTRONNO-MEKHANICHESKIKH PRIBOROV (a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF ELECTRONIC AND MECHANICAL DEVICES; a.k.a. PENZA SCIENTIFIC RESEARCH INSTITUTE OF

ELECTRO-MECHANICAL DEVICES; a.k.a. "JSC NIIEMP"; a.k.a. "JSC SRIEMI"), 44, Karakozova Street, Penza 440600, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5834054179 (Russia); Registration Number 1115834003185 (Russia) [RUSSIA-EO14024].

JSC NII VYCHISLITELNYKH KOMPLEKSOV IM. M.A. KARTSEVA (a.k.a. AO NIIVK N.A. M.A. KARTSEV; a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH VYCHISLITELNYKH KOMPLEKSOV NAMED AFTER M. A. KARTSEVA; a.k.a. JOINT STOCK COMPANY NIIVK NAMED AFTER M. A. KARTSEVA), Profsoyuznaya St., 108, Moscow 117437, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 May 1993; Tax ID No. 7728032882 (Russia); Registration Number 1037700128828 (Russia) [RUSSIA-EO14024].

JSC NIICS AND ACS (a.k.a. FEDERAL STATE UNITARY ENTERPRISE SCIENTIFIC RESEARCH INSTITUTE OF COMMUNICATION AND CONTROL SYSTEMS; a.k.a. JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE OF COMMUNICATION AND CONTROL SYSTEMS; a.k.a. JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE OF COMMUNICATION SYSTEMS AND AUTOMATED CONTROL SYSTEMS; a.k.a. "AO NIISSU"), Starokaluzhskoe Shosse D. 58, Moscow 117630, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jan 1992; Tax ID No. 7728804257 (Russia); Registration Number 1127746262390 (Russia) [RUSSIA-EO14024].

JSC NIIEVM (Cyrillic: ОАО НИИЭВМ; Cyrillic: ААТ НДІЭВМ) (a.k.a. AAT NAVUKOVA-DASLEDCHY INSTYTUT ELEKTRONNYKH VYLICHALNYKH MASHYN; a.k.a. COMPUTER RESEARCH INSTITUTE NIIEVM; a.k.a. OAO NAUCHNO-ISSLEDOVATELSKIY INSTITUT ELEKTRONNYKH VYCHISLITELNYKH MASHIN (Cyrillic: ОАО НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ЭЛЕКТРОННЫХ ВЫЧИСЛИТЕЛЬНЫХ МАШИН); a.k.a. OPEN JOINT STOCK COMPANY RESEARCH INSTITUTE OF ELECTRONIC COMPUTERS), 155 Bogdanovicha St., Minsk 220040, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100219724 (Belarus) [BELARUS-EO14038]

(Linked To: OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING).

JSC NIIGRAFIT (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT KONSTRUKSIONNYKH MATERIALOV NA OSNOVE GRAFITA NIIGRAFIT; a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF GRAPHITE-BASED MATERIALS NIIGRAFIT; f.k.a. NAUCHNO ISSLEDOVATELSKI INSTITUT KONSTRUKSIONNYKH MATERIALOV NA OSNOVE GRAFITA NIIGRAFIT AO; a.k.a. NIIGRAFIT AO (Cyrillic: НИИГРАФИТ)), Ul. Elektrodnyaya D. 2, Moscow 111141, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720723422 (Russia); Government Gazette Number 00200851 (Russia); Registration Number 1117746574593 (Russia) [RUSSIA-EO14024].

JSC NIIP (a.k.a. JSC V. TIKHOMIROV SCIENTIFIC RESEARCH INSTITUTE OF INSTRUMENT DESIGN; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT PRIBOROSTROENIYA IMENI V.V. TIKHOMIROVA), 3 Ul. Gagarina, Zhukovski, Moskovskaya Obl 140180, Russia; Gagarin Str, 3, Zhukovsky 140180, Russia; Website http://www.niip.ru; Email Address niip@niip.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1025001627859; Government Gazette Number 13185231 (Russia) [UKRAINE-EO13661].

JSC NIPTB ONEGA (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-ISSLEDOVATELSKOE PROEKTNO-TEKHNOLOGICHESKO BYURO ONEGA; a.k.a. JOINT STOCK COMPANY RESEARCH DESIGN AND TECHNOLOGICAL BUREAU ONEGA; a.k.a. JSC NAUCHNO-ISSLEDOVATELSKOYE PROYEKTNO-TEKHNOLOGICHESKOYE BYURO ONEGA (Cyrillic: АО НАУЧНО-ИССЛЕДОВАТЕЛЬСКОЕ ПРОЕКТНО-ТЕХНОЛОГИЧЕСКОЕ БЮРО ОНЕГА); a.k.a. ONEGA RESEARCH AND DEVELOPMENT TECHNOLOGICAL BUREAU), Mashinostoitelei Proezd, 12, Severodvinsk, Archangelsk region 164509, Russia; Website WWW.ONEGASTAR.RU; Secondary sanctions

risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jan 2008; Tax ID No. 2902057961 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC NNRPA N A MV FRUNZE (a.k.a. AKTSIONERNOE OBSHCHESTVO NIZHEGORODSKOE NAUCHNO PROIZVODSTVENNOE OBEDINENIE IMENI M V FRUNZE; a.k.a. AO NNPO IMENI M V FRUNZE; a.k.a. JOINT STOCK COMPANY NIZHNY NOVGOROD RESEARCH AND PRODUCTION ASSOCIATION NAMED AFTER MV FRUNZE), 174, pr-kt Gagarina, GSP-299, Nizhny Novgorod 603950, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5261077695 (Russia); Registration Number 1115261005738 (Russia) [RUSSIA-EO14024].

JSC NORTH PKB (Cyrillic: АО СЕВЕРНОЕ ПКБ) (a.k.a. JOINT STOCK COMPANY NORTH DESIGN BUREAU; a.k.a. JSC SEVERNOYE PKB; a.k.a. SEVERNOE DESIGN BUREAU; a.k.a. SEVERNOE DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. SEVERNOYE DESIGN BUREAU), Ul. Korabelnaya, d. 6, Korpus 2, Letter A, St. Petersburg 198096, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Aug 2008; Tax ID No. 7805468860 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC NOVIY REGISTRATOR (a.k.a. AO NOVYI REGISTRATOR), Ul. Buzheninova D. 30, Str. 1, Et/Pom/Kom 2/VI/32, Moscow 107996, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7719263354 (Russia); Registration Number 1037719000384 (Russia) [RUSSIA-EO14024].

JSC NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV (a.k.a. AO NOVOSIBIRSKIY AVIAREMONTNIY ZAVOD (Cyrillic: АО НОВОСИБИРСКИЙ АВИАРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC NOVOSIBIRSKY AVIAREMONTNY FACTORY; a.k.a. NOVOSIBIRSK AIRCRAFT ENTERPRISE; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P.

CHKALOV; a.k.a. NOVOSIBIRSK AVIATION FACTORY; a.k.a. NOVOSIBIRSK AVIATION PLANT; a.k.a. "NAPO"; a.k.a. "NAZ"), 15 Polzunov St., Novosibirsk 630051, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5402112867 (Russia) [RUSSIA-EO14024].

JSC NOVOSIBIRSKY AVIAREMONTNY FACTORY (a.k.a. AO NOVOSIBIRSKIY AVIAREMONTNIY ZAVOD (Cyrillic: АО НОВОСИБИРСКИЙ АВИАРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AIRCRAFT ENTERPRISE; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AVIATION FACTORY; a.k.a. NOVOSIBIRSK AVIATION PLANT; a.k.a. "NAPO"; a.k.a. "NAZ"), 15 Polzunov St., Novosibirsk 630051, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5402112867 (Russia) [RUSSIA-EO14024].

JSC NPO ALMAZ NAMED AFTER A.A. RASPLETIN (a.k.a. ALMAZ SCIENTIFIC PRODUCTION ASSOCIATION; a.k.a. PJSC NPO ALMAZ; a.k.a. PUBLIC JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION ALMAZ NAMED AFTER ACADEMICIAN A.A. RASPLETIN; a.k.a. PUBLICHNOE AKTCIONERNOE OBSHESTVO NAUCHNO-PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA), 80 Leningradsky prospect, building 16, Moscow 125190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1947; Tax ID No. 7712040285 (Russia); Registration Number 1027700118984 (Russia) [RUSSIA-EO14024].

JSC NPO ECHELON (a.k.a. JOINT STOCK COMPANY ECHELON UNION FOR SCIENCE AND DEVELOPMENT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ЭШЕЛОН); a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION ECHELON), D. 24 Str. 1, Ul. Elektrozavodskaya, Moscow, Russia 107023, Russia; Website www.npo.echelon.ru; alt. Website cnpo.ru; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Organization Established Date 22 Nov 2007; Organization Type: Other information technology and computer service activities; Tax ID No. 7718676447 (Russia); Registration Number 1077762808683 (Russia) [RUSSIA-EO14024].

JSC NPO HIGH PRECISION SYSTEMS (Cyrillic: АО НПО ВЫСОКОТОЧНЫЕ КОМПЛЕКСЫ) (a.k.a. AKTSIONERNOE OBSHCHESTVO NPO VYSOKOTOCHNYE KOMPLEKSY; a.k.a. HIGH PRECISION WEAPONS JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION; a.k.a. JSC NPO VYSOKOTOCHNYE KOMPLEKSY; a.k.a. NPO VYSOKOTOCHNYE KOMPLEKSY, AO), 21 str. 1, bulvar Gogolevski, Moscow 119019, Russia; 7 Kievskaya Str., Moscow 121059, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Feb 2009; Registration ID 1097746068012 (Russia); Tax ID No. 7704721192 (Russia); Government Gazette Number 60390527 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JSC NPO VYSOKOTOCHNYE KOMPLEKSY (a.k.a. AKTSIONERNOE OBSHCHESTVO NPO VYSOKOTOCHNYE KOMPLEKSY; a.k.a. HIGH PRECISION WEAPONS JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION; a.k.a. JSC NPO HIGH PRECISION SYSTEMS (Cyrillic: АО НПО ВЫСОКОТОЧНЫЕ КОМПЛЕКСЫ); a.k.a. NPO VYSOKOTOCHNYE KOMPLEKSY, AO), 21 str. 1, bulvar Gogolevski, Moscow 119019, Russia; 7 Kievskaya Str., Moscow 121059, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Feb 2009; Registration ID 1097746068012 (Russia); Tax ID No. 7704721192 (Russia); Government Gazette Number 60390527 (Russia); For more

information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JSC NPP PULSAR (a.k.a. ENTERPRISE SPE PULSAR JSC; a.k.a. JSC SPC PULSAR; a.k.a. OPEN JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ENTERPRISE PULSAR; a.k.a. SPE PULSAR), Pass. Okruzhnoy, House 27, Moscow 105187, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719846490 (Russia); Registration Number 1137746472599 (Russia) [RUSSIA-EO14024].

JSC NPP RADIOSVYAZ (a.k.a. AO NPP RADIOSVIAZ; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE RADIOSVYAZ; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVIAZ; a.k.a. JSC SPE RADIOSVYAZ; a.k.a. RESEARCH AND PRODUCTION ENTERPRISE RADIOSVYAZ; a.k.a. SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVYAZ JOINT STOCK COMPANY), 19 Dekabristov Str., Krasnoyarsk, Krasnoyarsk Territory 660021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Dec 2012; Tax ID No. 2460243408 (Russia); Registration Number 1122468072231 (Russia) [RUSSIA-EO14024].

JSC NPTS NIIMP (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNYI TSENTR NII MIKROPRIBOROV; a.k.a. AO NPTS NIIMP; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CENTER NII MICRODEVICES), PR-KT Georgievskii D. 5, Str. 1, Kom. 63, Zelenograd 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735126901 (Russia); Registration Number 1037735024161 (Russia) [RUSSIA-EO14024].

JSC NSC ARKHANGELSK (a.k.a. JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY; a.k.a. OAO SEVERNOYE MORSKOYE PAROKHODSTVO; a.k.a. OJSC NORTHERN SHIPPING COMPANY; a.k.a. OPEN JSC NORTHERN SHIPPING COMPANY; a.k.a. "ANSC"; a.k.a. "OJSC NSC"), Nab. Severnoy Dviny, 36, Arkhangelsk 163000, Russia; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Tax ID No. 2901008432 (Russia); Identification Number IMO 0555641 [RUSSIA-EO14024].

JSC NTTS REB (Cyrillic: АО НТЦ РЭБ) (a.k.a. AKTSIONERNOE OBSCHESTVO NAUCHNO-TEKHNICHESKI TSENTR RADIOELEKTRONNOI BORBY; a.k.a. AO NTTS REB; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND TECHNICAL CENTER OF RADIOELECTRONIC WARFARE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР РАДИОЭЛЕКТРОННОЙ БОРЬБЫ); a.k.a. SCIENTIFIC-TECHNICAL CENTER FOR ELECTRONIC WARFARE (Cyrillic: НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР РАДИОЭЛЕКТРОННОЙ БОРЬБЫ)), d. 29 korp. 135, ul. vereiskaya, Moscow 121357, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Aug 2005; Tax ID No. 7731529843 (Russia); Government Gazette Number 78506999 (Russia); Registration Number 1057748002850 (Russia) [RUSSIA-EO14024].

JSC OBNINSKOYE NPP TEKHNOLOGIYA IM. A.G.ROMASHINA (a.k.a. JOINT STOCK COMPANY OBNINSK RESEARCH AND PRODUCTION ENTERPRISE TECHNOLOGIYA NAMED AFTER A. G. ROMASHIN; a.k.a. JSC ORPE TECHNOLOGIYA NAMED AFTER A. G. ROMASHIN), 15 Kievskoye Shosse, Obninsk, Kaluga Region 249031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Dec 2011; Tax ID No. 4025431260 (Russia); Registration Number 1114025006160 (Russia) [RUSSIA-EO14024].

JSC OBUKHOVSKIY PLANT NORTHWEST REGIONAL CENTER OF ALMAZ ANTEY CORPORATION (a.k.a. JOINT STOCK COMPANY NORTH WESTERN REGIONAL CENTER OF ALMAZ ANTEY CONCERN OBUKHOVSKY PLANT; a.k.a. JOINT STOCK COMPANY OBUKHOVSKY FACTORY; a.k.a. JSC GOZ OBUKHOV PLANT; a.k.a. JSC SOP OBUCHOVSKY PLANT), Obukhovskoy Defense Ave., 120, Saint Petersburg 190012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Nov 2003; Tax ID No. 7811144648 (Russia); Registration Number 1037825058732 (Russia) [RUSSIA-EO14024].

JSC OMSK CIVIL AVIATION PLANT (a.k.a. JOINT STOCK COMPANY OMSK PLANT OF CIVIL AVIATION; a.k.a. JOINT STOCK COMPANY OMSKY FACTORY GRAZHDANSKOY AVIATSII; a.k.a. "JSC OZGA"), 112 Surovtseva Str, Omsk 644015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5507029944 (Russia); Registration Number 1025501378572 (Russia) [RUSSIA-EO14024].

JSC OMSK TRANSPORT MACHINE FACTORY OMSKTRANSMASH, 2 Krasny Per., Omsk 644005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5505204171 (Russia); Registration Number 1085543060734 (Russia) [RUSSIA-EO14024].

JSC ORPE TECHNOLOGIYA NAMED AFTER A. G. ROMASHIN (a.k.a. JOINT STOCK COMPANY OBNINSK RESEARCH AND PRODUCTION ENTERPRISE TECHNOLOGIYA NAMED AFTER A. G. ROMASHIN; a.k.a. JSC OBNINSKOYE NPP TEKHNOLOGIYA IM. A.G.ROMASHINA), 15 Kievskoye Shosse, Obninsk, Kaluga Region 249031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Dec 2011; Tax ID No. 4025431260 (Russia); Registration Number 1114025006160 (Russia) [RUSSIA-EO14024].

JSC PA UOMP (a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION URAL OPTICAL AND MECHANICAL PLANT NAMED AFTER E.S. YALAMOV; a.k.a. URAL OPTICAL AND MECHANICAL PLANT; a.k.a. URALS OPTICAL MECHANICAL PLANT; a.k.a. "UOMZ"), 33B Vostochnaya St., Ekaterinburg 620100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 May 2010; Tax ID No. 6672315362 (Russia); Registration Number 1106672007738 (Russia) [RUSSIA-EO14024].

JSC PENZA ELECTROTECHNICAL RESEARCH INSTITUTE (a.k.a. JOINT STOCK COMPANY PENZENSKY NAUCHNO ISSLEDOVATELSKY ELEKTROTEKHNICHESKY HIGHER EDUCATION INSTITUTION; a.k.a. "PNIEI JSC"), 9 Sovetskaya Str., Penza, Penza Region 440026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Dec 2011; Tax ID No. 5836649358 (Russia); Registration Number 1115836009255 (Russia) [RUSSIA-EO14024].

JSC PERM PLANT MASHINOSTROITEL (a.k.a. AO PERMSKIY ZAVOD MASHINOSTROITEL; a.k.a. JOINT STOCK COMPANY PERMSKIY ZAVOD MASHINOSTROITEL; a.k.a. JSC PERMSKY ZAVOD MASHINOSTROITEL; a.k.a. MASHINOSTROITEL PERM FACTORY JSC), 57 Novozvyaginskaya Street, Perm 614014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Jun 2007; Tax ID No. 5906075029 (Russia); Registration Number 1075906004217 (Russia) [RUSSIA-EO14024].

JSC PERMSKY ZAVOD MASHINOSTROITEL (a.k.a. AO PERMSKIY ZAVOD MASHINOSTROITEL; a.k.a. JOINT STOCK COMPANY PERMSKIY ZAVOD MASHINOSTROITEL; a.k.a. JSC PERM PLANT MASHINOSTROITEL; a.k.a. MASHINOSTROITEL PERM FACTORY JSC), 57 Novozvyaginskaya Street, Perm 614014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Jun 2007; Tax ID No. 5906075029 (Russia); Registration Number 1075906004217 (Russia) [RUSSIA-EO14024].

JSC PERSPECTIVE INDUSTRIAL AND INFRASTRUCTURAL TECHNOLOGIES (a.k.a. AO PPIT; a.k.a. JOINT STOCK COMPANY PERSPECTIVE INDUSTRIAL AND INFRASTRUCTURAL TECHNOLOGIES; a.k.a. JOINT STOCK COMPANY PROMISING INDUSTRIAL AND INFRASTRUCTURE TECHNOLOGIES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПЕРСПЕКТИВНЫЕ ПРОМЫШЛЕННЫЕ И ИНФРАСТРУКТУРНЫЕ ТЕХНОЛОГИИ); a.k.a. JSC PPIT (Cyrillic: АО ППИТ)), Nab. Presnenskaya D. 8, Str. 1, ET. 7, Pom. I, Kom. 3 Rab. Mesto 7.10, Moscow 123112, Russia (Cyrillic: Пресненская наб, д. 8 стр. 1, эт. 7, пом. i, ком. 3 раб. место 7.10, город Москва 123112, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Aug 2021; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 9709073580 (Russia); Government Gazette Number 51643627 (Russia); Registration Number 1217700369193 (Russia) [RUSSIA-EO14024].

JSC PFC CSKA (a.k.a. AO PFK TSSKA; a.k.a. JOINT STOCK COMPANY PROFESSIONAL FOOTBALL CLUB CSKA), Ul. 3-ya Peschanaya, d, 2a, severo-zapadnoe

administrativnoe zdanie, 10-I et, Moscow 125252, Russia; Website www.pfc-cska.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7734046851 (Russia); Registration Number 1027739880893 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

JSC PKK MILANDR (a.k.a. JSC ICC MILANDR), Georgievskiy Prospekt, 5, Zelenograd, Moscow 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1993; Tax ID No. 7735040690 (Russia); Registration Number 1027739083921 (Russia) [RUSSIA-EO14024].

JSC PLASMA (a.k.a. JOINT STOCK COMPANY PLASMA; a.k.a. "AO PLAZMA"), Ul. Tsiolkovskogo D. 24, Ryazan 390023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1959; Tax ID No. 6230005886 (Russia); Registration Number 1026201102850 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JSC PNITI (a.k.a. AKTSIONERNOE OBSHCHESTVO PERMSKI NAUCHNO-ISSLEDOVATELSKI TEKHNOLOGICHESKI INSTITUT (Cyrillic: АКЦИОНЕРНОЕ ОЬЩЕСТВО ПЕРМСКИЙ НАУЧНО-ИССЛЬСКИЙ ТЕХНОЛОГИЧЕСКИЙ ИНСТИТУТ); a.k.a. PERM SCIENTIFIC RESEARCH TECHNOLOGICAL INSTITUTE; f.k.a. PNITI PAO; a.k.a. PNITI, AO (Cyrillic: АО ПНИТИ)), Ul. Geroev Khasana D. 41, Perm 614990, Russia; D. 41 Korp. 1, Pm. A261, Ul. Geroev Khasana, Perm 614064, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5904000518 (Russia); Government Gazette Number 07501343 (Russia); Registration Number 1025900913390 (Russia) [RUSSIA-EO14024].

JSC POLAR MARINE GEOSURVEY EXPEDITION (a.k.a. AKTCIONERNOE OBSHESTVO POLYARNAYA MORSKAYA GEOLOGORAZVEDOCHNAYA EKSPEDITCIYA; a.k.a. "PMGE AO"; a.k.a. "PMGRE AO" (Cyrillic: "ПМГРЭ АО")), d.24 litera A, ul. Pobedy, Saint Petersburg 198412, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

7810639976 (Russia); Registration Number 1177847002354 (Russia) [RUSSIA-EO14024].

JSC POSITIVE TECHNOLOGIES (a.k.a. AKTSIONERNOE OBSHCHESTVO POZITIV TEKNOLODZHIZ (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПОЗИТИВ ТЕКНОЛОДЖИЗ); a.k.a. POZITIV TEKNOLODZHIZ, AO), d. 23A pom. V kom. 30, shosse Shchelkovskoe, Moscow 107241, Russia; Website www.ptsecurity.ru; alt. Website www.ptsecurity.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718668887 (Russia) [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024] (Linked To: FEDERAL SECURITY SERVICE).

JSC POWER MACHINES (a.k.a. OPEN JOINT STOCK COMPANY POWER MACHINES - ZTL, LMZ, ELECTROSILA, ENERGOMACHEXPORT; f.k.a. PJSC POWER MACHINES; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO SILOVYE MASHINY - ZTL, LMZ, ELEKTROSILA, ENERGOMASHEKSPORT; a.k.a. SILOVYE MASHINY, PAO), 3A Vatutina St., St. Petersburg 195009, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1027700004012 (Russia); Tax ID No. 7702080289 (Russia) [UKRAINE-EO13685] [RUSSIA-EO14024].

JSC PPIT (Cyrillic: АО ППИТ) (a.k.a. AO PPIT; a.k.a. JOINT STOCK COMPANY PERSPECTIVE INDUSTRIAL AND INFRASTRUCTURAL TECHNOLOGIES; a.k.a. JOINT STOCK COMPANY PROMISING INDUSTRIAL AND INFRASTRUCTURE TECHNOLOGIES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПЕРСПЕКТИВНЫЕ ПРОМЫШЛЕННЫЕ И ИНФРАСТРУКТУРНЫЕ ТЕХНОЛОГИИ); a.k.a. JSC PERSPECTIVE INDUSTRIAL AND INFRASTRUCTURE TECHNOLOGIES), Nab. Presnenskaya D. 8, Str. 1, ET. 7, Pom. I, Kom. 3 Rab. Mesto 7.10, Moscow 123112, Russia (Cyrillic: Пресненская наб, д. 8 стр. 1, эт. 7, пом. i, ком. 3 раб. место 7.10, город Москва 123112, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Aug 2021; Target Type Financial Institution; alt. Target

Type State-Owned Enterprise; Tax ID No. 9709073580 (Russia); Government Gazette Number 51643627 (Russia); Registration Number 1217700369193 (Russia) [RUSSIA-EO14024].

JSC PRIBALTIYSKY SUDOSTROITELNY FACTORY YANTAR (a.k.a. JOINT STOCK COMPANY BALTIC SHIPBUILDING PLANT YANTAR; a.k.a. JOINT-STOCK COMPANY PSZ YANTAR; a.k.a. JOINT-STOCK COMPANY YANTAR SHIPYARD; a.k.a. JSC PRIBALTIYSKY SUDOSTROITELNY ZAVOD YANTAR (Cyrillic: АО ПРИБАЛТИЙСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД ЯНТАРЬ); a.k.a. JSC SHIPYARD YANTAR; a.k.a. YANTAR SHIPYARD), 1 Guskov Square, Kaliningrad, Kaliningrad Region 236005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Sep 1993; Tax ID No. 3900000111 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC PRIBALTIYSKY SUDOSTROITELNY ZAVOD YANTAR (Cyrillic: АО ПРИБАЛТИЙСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД ЯНТАРЬ) (a.k.a. JOINT STOCK COMPANY BALTIC SHIPBUILDING PLANT YANTAR; a.k.a. JOINT-STOCK COMPANY PSZ YANTAR; a.k.a. JOINT-STOCK COMPANY YANTAR SHIPYARD; a.k.a. JSC PRIBALTIYSKY SUDOSTROITELNY FACTORY YANTAR; a.k.a. JSC SHIPYARD YANTAR; a.k.a. YANTAR SHIPYARD), 1 Guskov Square, Kaliningrad, Kaliningrad Region 236005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Sep 1993; Tax ID No. 3900000111 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC PRODUCTION ASSOCIATION STRELA (a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION STRELA (Cyrillic: АО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СТРЕЛА); a.k.a. JSC PRODUCTION OBYEDINENIYE STRELA; a.k.a. JSC PROIZVODSTVENNOYE OBYEDINENIYE STRELA; a.k.a. STRELA PA), 26, Shevchenko str., Orenburg 460005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Dec 2006; Tax ID No.

5609061432 (Russia); Registration Number 1065658011638 (Russia) [RUSSIA-EO14024].

JSC PRODUCTION CORPORATION KRISTALL (a.k.a. AO PO KRISTALL (Cyrillic: АО ПО КРИСТАЛЛ); a.k.a. JOINT STOCK COMPANY PROIZVODSTVENNOE OBYEDINENIE KRISTALL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ КРИСТАЛЛ)), d. 2, ul. Shkadova, Smolensk 214031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6731044928 (Russia); Registration Number 1036758337021 (Russia) [RUSSIA-EO14024].

JSC PRODUCTION OBYEDINENIYE SEVERNOYE MASHINOSTROITELNOYE (Cyrillic: АО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СЕВЕРНОЕ МАШИНОСТРОИТЕЛЬНОЕ ПРЕДПРИЯТИЕ) (a.k.a. JOINT STOCK COMPANY PO SEVMASH; a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION NORTHERN MACHINE-BUILDING ENTERPRISE; a.k.a. JOINT-STOCK COMPANY PRODUCTION ASSOCIATION SEVERNOYE MACHINE-BUILDING ENTERPRISE; a.k.a. PRODUCTION ASSOCIATION SEVMASH), 58 Arkhangelskoye Highway, Severodvinsk, Arkhangelsk Region 164500, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jun 2008; Tax ID No. 2902059091 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC PRODUCTION OBYEDINENIYE STRELA (a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION STRELA (Cyrillic: АО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СТРЕЛА); a.k.a. JSC PRODUCTION ASSOCIATION STRELA; a.k.a. JSC PROIZVODSTVENNOYE OBYEDINENIYE STRELA; a.k.a. STRELA PA), 26, Shevchenko str., Orenburg 460005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Dec 2006; Tax ID No. 5609061432 (Russia); Registration Number 1065658011638 (Russia) [RUSSIA-EO14024].

JSC PROIZVODSTVENNOYE OBYEDINENIYE STRELA (a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION STRELA (Cyrillic: АО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СТРЕЛА); a.k.a. JSC PRODUCTION ASSOCIATION STRELA; a.k.a.

JSC PRODUCTION OBYEDINENIYE STRELA; a.k.a. STRELA PA), 26, Shevchenko str., Orenburg 460005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Dec 2006; Tax ID No. 5609061432 (Russia); Registration Number 1065658011638 (Russia) [RUSSIA-EO14024].

JSC PROTON (a.k.a. AKTSIONERNOE OBSHCHESTVO PROTON; a.k.a. AO PROTON), ul. Leskova 19, Orel 302040, Russia; Moscow, Russia; Saratov, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5753018359 (Russia); Registration Number 1025700827283 (Russia) [RUSSIA-EO14024].

JSC PROTON-ELECTROTEX (a.k.a. AKTSIONERNOE OBSHCHESTVO PROTON-ELEKTROTEKS; a.k.a. AO PROTON-ELEKTROTEKS), ul. Leskova d. 19, pom. 27, of. 14, Orel 302040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5753020414 (Russia); Registration Number 1025700825248 (Russia) [RUSSIA-EO14024].

JSC R AND PA KVANT (a.k.a. AO NPO KVANT; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION KVANT; a.k.a. JSC R&PA KVANT; a.k.a. JSC RESEARCH AND PRODUCTION ASSOCIATION KVANT; a.k.a. JSC RPA KVANT), Bolshaya Sankt-Peterburgskaya St., 73, Veliky Novgorod 173001, Russia; Website www.npp-kvant.kret.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Dec 2011; Target Type State-Owned Enterprise; Tax ID No. 5321151441 (Russia) [RUSSIA-EO14024].

JSC R&PA KVANT (a.k.a. AO NPO KVANT; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION KVANT; a.k.a. JSC R AND PA KVANT; a.k.a. JSC RESEARCH AND PRODUCTION ASSOCIATION KVANT; a.k.a. JSC RPA KVANT), Bolshaya Sankt-Peterburgskaya St., 73, Veliky Novgorod 173001, Russia; Website www.npp-kvant.kret.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Dec 2011; Target Type State-Owned Enterprise; Tax ID No. 5321151441 (Russia) [RUSSIA-EO14024].

JSC RADIOPRIBOR (a.k.a. JOINT STOCK COMPANY RADIOPRIBOR; a.k.a. OAO RADIOPRIBOR; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO RADIOPRIBOR; a.k.a. RADIOPRIBOR AO), Kazan, Republic of Tatarstan 420021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1659034109 (Russia); Registration Number 1021603465850 (Russia) [RUSSIA-EO14024].

JSC RADIOZAVOD (a.k.a. JOINT STOCK COMPANY RADIOZAVOD), Baidukova st., 1, Penza 440039, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Jan 2004; Tax ID No. 5835049799 (Russia); Registration Number 1045802500336 (Russia) [RUSSIA-EO14024].

JSC RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO (a.k.a. RAMENSKOYE DESIGN COMPANY JOINT STOCK COMPANY; a.k.a. "JSC RDC"), Gurieva St., 2, Ramenskoye, Moscow Region 140103, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5040007594 (Russia); Registration Number 1025005118830 (Russia) [RUSSIA-EO14024].

JSC RASCHETNIYE RESHENIYA (a.k.a. JOINT STOCK COMPANY RASCHETNIYE RESHENIYA; a.k.a. LIMITED LIABILITY COMPANY NON-BANK CREDIT ORGANIZATION SETTLEMENT SOLUTIONS; a.k.a. "JSC SETTLEMENT SOLUTIONS"), Room XLIV, 11th floor, 118/1 Varshavskoye Shosse, Moscow 117587, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7727718421 (Russia); Registration Number 1107746390949 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JSC RAW FARM (a.k.a. AKTSIONERNOE OBSHCHESTVO RAU FARM (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАУ ФАРМ); a.k.a. AO RAU FARM (Cyrillic: АО РАУ ФАРМ); a.k.a. JOINT STOCK COMPANY RAU PHARM), ul. Mnevniki, D. 3, K. 1, ET/KOM 1/12, Moscow 123308, Russia (Cyrillic: УЛИЦА МНЁВНИКИ, ДОМ 3, КОРПУС 1, ЭТ/КОМ 1/12, МОСКВА 123308, Russia); Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Organization Established Date 05 Oct 1999; alt. Organization Established Date 27 Aug 2002; Tax ID No. 7701220889 (Iran); Government Gazette Number 51115868 (Iran); Business Registration Number 1027739119650 (Russia) [NPWMD] [RUSSIA-EO14024] (Linked To: 27TH SCIENTIFIC CENTER).

JSC RAWENSTVO (a.k.a. AO RAVENSTVO; a.k.a. SC RAWENSTVO), Ul. Promyshlennaya D. 19, Saint Petersburg 198099, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Mar 1988; Tax ID No. 7805395957 (Russia); Registration Number 1069847101169 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

JSC RDC PARITET (a.k.a. JOINT STOCK COMPANY RDC PARITET), Per. 2-I Kozhevnicheskii D. 12, Str. 2, Floor 3, Pomeshch. XVI, Komnata 4, Moscow 115114, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7723103642 (Russia); Registration Number 1027700534806 (Russia) [RUSSIA-EO14024].

JSC REDUCTOR - PM (a.k.a. AO REDUKTOR-PM; a.k.a. JOINT STOCK COMPANY REDUCTOR - PM), Pr-Kt Komsomolskii D. 93, Perm 614990, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Aug 1995; Tax ID No. 5948017501 (Russia); Registration Number 1025902394385 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JSC RENOVA GROUP OF COMPANIES (a.k.a. JOINT-STOCK COMPANY RENOVA GROUP OF COMPANIES; a.k.a. RENOVA GROUP), V, 28 Balaklavskiy Prospekt, Moscow 117452, Russia; 40, Malaya Ordynka, Moscow 115184, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1047796880548; Tax ID No. 7727526670; Government Gazette Number 772701001 [UKRAINE-EO13662] (Linked To: VEKSELBERG, Viktor Feliksovich).

JSC REPUBLICAN SPECIALREGISTRAR YAKUT FUND CENTER (a.k.a. AO RSR YAFTS), Per. Glukhoi D. 2, Korp. 1, Yakutsk 677007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No.

1435001668 (Russia); Registration Number 1021401046160 (Russia) [RUSSIA-EO14024].

JSC RESEARCH & DESIGN INSTITUTE MORTEPLOTEKHNIKA (a.k.a. AO NII MORTEPLOTEKHNIKI; a.k.a. JOINT STOCK COMPANY RESEARCH AND DESIGN INSTITUTE SEA THERMAL ENGINEERING; a.k.a. JSC RESEARCH AND DESIGN INSTITUTE MORTEPLOTEKHNIKA), Ul. Chernikova, D. 44, Lomonosov 189510, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Dec 1991; Tax ID No. 7819308094 (Russia); Registration Number 1047401500046 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

JSC RESEARCH AND DESIGN INSTITUTE MORTEPLOTEKHNIKA (a.k.a. AO NII MORTEPLOTEKHNIKI; a.k.a. JOINT STOCK COMPANY RESEARCH AND DESIGN INSTITUTE SEA THERMAL ENGINEERING; a.k.a. JSC RESEARCH & DESIGN INSTITUTE MORTEPLOTEKHNIKA), Ul. Chernikova, D. 44, Lomonosov 189510, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Dec 1991; Tax ID No. 7819308094 (Russia); Registration Number 1047401500046 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

JSC RESEARCH AND PRODUCTION ASSOCIATION KVANT (a.k.a. AO NPO KVANT; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION KVANT; a.k.a. JSC R AND PA KVANT; a.k.a. JSC R&PA KVANT; a.k.a. JSC RPA KVANT), Bolshaya Sankt-Peterburgskaya St., 73, Veliky Novgorod 173001, Russia; Website www.npp-kvant.kret.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Dec 2011; Target Type State-Owned Enterprise; Tax ID No. 5321151441 (Russia) [RUSSIA-EO14024].

JSC RESEARCH AND PRODUCTION COMPANY MAGNETON (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE OBYDINENIE MAGNETON; a.k.a. AO NPO MAGNETON), Ul. Kuibysheva D. 26, Vladimir 600035, Russia; Ul. Shchipok D. 18, Kom. 10, 10A, 10B, Floor 5, Moscow 115093, Russia;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3328100019 (Russia); Registration Number 1023301456364 (Russia) [RUSSIA-EO14024].

JSC RESEARCH AND PRODUCTION CORPORATION PRECISION SYSTEMS AND INSTRUMENTS (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNAYA KORPORATSIYA SISTEMY PRETSIZIONNOGO PRIBOROSTROENIYA; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION PRECISION SYSTEMS AND INSTRUMENTS; a.k.a. SCIENTIFIC AND INDUSTRIAL CORPORATION PRECISION INSTRUMENT SYSTEMS; a.k.a. "AO NPK SPP"; a.k.a. "JSC RPC PSI"), ul. Aviamotornaya D. 53, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7722698108 (Russia); Government Gazette Number 07559035 (Russia); Registration Number 1097746629639 (Russia) [RUSSIA-EO14024].

JSC RESEARCH AND PRODUCTION ENTERPRISE PLANT ISKRA (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE ZAVOD ISKRA; a.k.a. AO NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE ZAVOD ISKRA; a.k.a. AO NPP ZAVOD ISKRA; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE PLANT ISKRA; a.k.a. NPP PLANT ISKRA), 75 Narimanov Avenue, Ulyanovsk 432030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Jun 2008; Target Type State-Owned Enterprise; Tax ID No. 7325081527 (Russia); Registration Number 1087325005756 (Russia) [RUSSIA-EO14024].

JSC RESEARCH AND PRODUCTION SI VAVILOV (a.k.a. RESEARCH AND PRODUCTION CORPORATION SI VAVILOV SOI; a.k.a. RESEARCH AND TECHNOLOGICAL INSTITUTE OF OPTICAL MATERIALS ALL RUSSIA SCIENTIFIC CENTER SI VAVILOV STATE OPTICAL INSTITUTE; a.k.a. VAVILOV STATE OPTICAL INSTITUTE), Ul. Babushkina D. 36, Korp. 1, Saint Petersburg 192171, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811483834 (Russia); Registration Number 1117847038121 (Russia) [RUSSIA-EO14024].

JSC RESEARCH INSTITUTE OF STEEL (a.k.a. JOINT STOCK COMPANY NAUCHNO ISSLEDOVATELSKII INSTITUT STALI (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ СТАЛИ); a.k.a. "AO NII STALI"), d. 81A ul. Dubninskaya, Moscow 127411, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713070243 (Russia); Registration Number 1027739081556 (Russia) [RUSSIA-EO14024].

JSC RESEARCH INSTITUTE SUBMICRON (a.k.a. JSC SCIENTIFIC RESEARCH INSTITUTE SUBMICRON), 5, Bld. 2, Georgievsky Avenue, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735574607 (Russia) [RUSSIA-EO14024].

JSC RESURS (a.k.a. AO RESURS), PR-D Zavodskoi D. 4, Bogoroditsk 301830, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7112000210 (Russia); Registration Number 1027102670760 (Russia) [RUSSIA-EO14024].

JSC RN NYAGANNEFTEGAZ (a.k.a. AO RN NYAGANNEFTEGAZ), Ul. Sibirskaya D. 10, Korp. 1, Nyagan 628183, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8610010727 (Russia); Registration Number 1028601496725 (Russia) [RUSSIA-EO14024].

JSC ROSGEOLOGIA (Cyrillic: АО РОСГЕОЛОГИЯ) (a.k.a. AO ROSGEO (Cyrillic: АО РОСГЕО); a.k.a. ROSGEO; a.k.a. ROSGEOLOGIYA OAO; a.k.a. ROSGEOLOGY), Khersonskaya st., 43/3, Moscow 117246, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724294887 (Russia); Registration Number 1047724014040 (Russia) [RUSSIA-EO14024].

JSC RPA KVANT (a.k.a. AO NPO KVANT; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION KVANT; a.k.a. JSC R AND PA KVANT; a.k.a. JSC R&PA KVANT; a.k.a. JSC RESEARCH AND PRODUCTION ASSOCIATION KVANT), Bolshaya Sankt-Peterburgskaya St., 73, Veliky Novgorod 173001, Russia; Website www.npp-kvant.kret.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Dec 2011; Target Type State-Owned Enterprise; Tax ID No. 5321151441 (Russia) [RUSSIA-EO14024].

JSC RPC ISTOK NAMED AFTER SHOKIN (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE ISTOK IMENI A. I.SHOKINA; a.k.a. AO NPP ISTOK IM. SHOKINA; a.k.a. ISTOK RESEARCH AND PRODUCTION CORPORATION NAMED AFTER SHOKIN JSC; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER A.I. SHOKIN; a.k.a. RESEARCH AND PRODUCTION CORPORATION ISTOK), 2A Vokzalnaya Str., Fryazino, Moscow Region 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Dec 2013; Tax ID No. 5050108496 (Russia); Registration Number 1135050007400 (Russia) [RUSSIA-EO14024].

JSC RPE ALMAZ (a.k.a. AO NPP ALMAZ; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE ALMAZ; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE ALMAZ; a.k.a. SCIENTIFIC MANUFACTURING ENTERPRISE ALMAZ), Panfilova st., 1, Saratov 410033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Dec 2011; Tax ID No. 6453119615 (Russia); Registration Number 1116453009155 (Russia) [RUSSIA-EO14024].

JSC RT - PROJECT TECHNOLOGIES (a.k.a. AO RT-PROEKTNYE TEKHNOLOGII; a.k.a. RT-PROEKTNYE TEKHNOLOGII, PAO; a.k.a. RT-PROJECT TECHNOLOGY OPEN JOINT STOCK COMPANY), Berezhkovskaya Nab D. 6, Moscow 121059, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Sep 2011; Target Type State-Owned Enterprise; Tax ID No. 7724804619 (Russia); Registration Number 1117746729682 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JSC RT REGISTRAR (a.k.a. AO RT REGISTRATOR), Ul. Donskaya D. 13, Et. 1A, Pom. XII, Kom. 11, Moscow 119049, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 5407175878 (Russia); Registration Number 1025403189790 (Russia) [RUSSIA-EO14024].

JSC RT-TEKHPRIEMKA (a.k.a. JOINT STOCK COMPANY RT-TEKHPRIEMKA; a.k.a. RT-TECHPRIEMKA), Per. Elektricheskii D. 1, Str. 12, Moscow 123557, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Jul 1991; Target Type State-Owned Enterprise; Tax ID No. 7714710760 (Russia); Registration Number 1077759874070 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JSC RUSATOM OVERSIZ (a.k.a. RUSATOM OVERSEAS JOINT STOCK COMPANY; a.k.a. RUSATOM OVERSEAS JSC (Cyrillic: АО РУСАТОМ ОВЕРСИЗ); a.k.a. "RAOS JSC"), Simonov Plaza Business Centre, Leninskaya Sloboda Str. 26, building 5, Moscow 115280, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725413350 (Russia) [RUSSIA-EO14024].

JSC RUSELECTRONICS (Cyrillic: АО РОСЭЛЕКТРОНИКА) (a.k.a. AO ROSELEKTRONIKA; a.k.a. JSC RUSSIAN ELECTRONICS; a.k.a. OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО РОССИЙСКАЯ ЭЛЕКТРОНИКА)), 12 Kosmonavta Volkova, Moscow 127299, Russia; Ul. Vereiskaya D. 29, Str. 141, Moscow 121357, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Registration ID 1027739000475 (Russia); Tax ID No. 7710277994 (Russia); Government Gazette Number 48532918 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JSC RUSSIAN COAL (a.k.a. RUSSKI UGOL AO), d. 10, 4 etazh, kom. 1-13, ul. Petrovka, Moscow 107031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Tax ID No. 7705880068 (Russia); Registration Number 1097746061390 (Russia) [RUSSIA-EO14024].

JSC RUSSIAN ELECTRONICS (a.k.a. AO ROSELEKTRONIKA; a.k.a. JSC RUSELECTRONICS (Cyrillic: АО РОСЭЛЕКТРОНИКА); a.k.a. OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО РОССИЙСКАЯ ЭЛЕКТРОНИКА)), 12 Kosmonavta Volkova, Moscow 127299, Russia; Ul. Vereiskaya D. 29, Str. 141, Moscow 121357, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Registration ID 1027739000475 (Russia); Tax ID No. 7710277994 (Russia); Government Gazette Number 48532918 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JSC RUSSIAN EXPORT CENTER (a.k.a. AKTSIONERNOE OBSHCHESTVO ROSSIISKII EKSPORTNYI TSENTR; f.k.a. AO NATSIONALNY EKSPORTNY TSENTR; a.k.a. AO ROSSIISKII EKSPORTNYI TSENTR; a.k.a. AO ROSSISKI EKSPORTNY TSENTR), D. 12 etazh 13 pom. 1301, naberezhnaya Krasnopresnenskaya, Moscow 123610, Russia; Website exportcenter.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703376553 (Russia); Registration Number 1157746363994 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

JSC RUSSIAN HELICOPTERS (a.k.a. AKTSIONERNOE OBSHCHESTVO VERTOLETY ROSSII; a.k.a. JOINT STOCK COMPANY RUSSIAN HELICOPTERS; a.k.a. OPEN JOINT STOCK COMPANY RUSSIAN HELICOPTERS; a.k.a. RUSSIAN HELICOPTERS JOINT STOCK COMPANY; a.k.a. VERTOLETY ROSSII AO), Entrance 9, 12, Krasnopresnenskaya emb., Moscow 123610, Russia; 1, Ul. Bolshaya Pionerskaya,

Moscow 115054, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1077746003334 (Russia); Tax ID No. 7731559044 (Russia); Government Gazette Number 98927243 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JSC RUSTITAN (Cyrillic: АО РУСТИТАН) (a.k.a. JOINT STOCK COMPANY RUSSIAN TITANIUM RESOURCES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РУССКИЕ ТИТАНОВЫЕ РЕСУРСЫ)), d. 3 pom. I, per. 1-I Obydenski, Moscow 119034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7702711230 (Russia); Registration Number 1097746415315 (Russia) [RUSSIA-EO14024].

JSC SAINT-PETERSBURG MARINE DESIGN BUREAU MALACHITE (a.k.a. JOINT STOCK COMPANY THE ST. PETERSBURG'S SEA BUREAU OF MECHANICAL ENGINEERING MALACHITE; a.k.a. JOINT-STOCK COMPANY SAINT PETERSBURG CITY SEA OFFICE MECHANICAL ENGINEERING MALAKHIT; a.k.a. JOINT-STOCK COMPANY SPMBM MALAKHIT; a.k.a. JOINT-STOCK COMPANY ST. PETERSBURG MARINE DESIGN BUREAU MALACHITE; a.k.a. JSC SANKT-PETERBURGSKOYE MORSKOYE BYURO MASHINOSTROYENIYA MALAKHIT (Cyrillic: АО САНКТ-ПЕТЕРБУРГСКОЕ МОРСКОЕ БЮРО МАШИНОСТРОЕНИЯ МАЛАХИТ); a.k.a. MALACHITE DESIGN BUREAU), 18 Frunze Str., Saint-Petersburg 196135, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2008; Tax ID No. 7810537540 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC SANATORIUM AY-PETRI (a.k.a. JOINT STOCK COMPANY AI-PETRI SANATORIUM; a.k.a. JOINT STOCK COMPANY SANATORIUM AY-PETRI), House 15, Alupkinskoye shosse, Urban Village Koreiz, City of Yalta, Crimea 298671, Ukraine; Secondary

sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103082749 (Russia); Registration Number 1169102093797 (Russia) [UKRAINE-EO13685].

JSC SANATORIUM DYULBER (a.k.a. JOINT STOCK COMPANY DIULBER SANATORIUM; a.k.a. JOINT STOCK COMPANY SANATORIUM DYULBER), House 19, Alupkinskoye shosse, Koreiz, Yalta, Crimea 298671, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103084143 (Russia); Registration Number 1179102009525 (Russia) [UKRAINE-EO13685].

JSC SANATORIUM MISKHOR (a.k.a. JOINT STOCK COMPANY SANATORIUM MISKHOR), House 9, Alupkinskoye shosse, Koreiz, Yalta, Crimea 298671, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103082756 (Russia); Registration Number 1169102093930 (Russia) [UKRAINE-EO13685].

JSC SANKT-PETERBURGSKOYE MORSKOYE BYURO MASHINOSTROYENIYA MALAKHIT (Cyrillic: АО САНКТ-ПЕТЕРБУРГСКОЕ МОРСКОЕ БЮРО МАШИНОСТРОЕНИЯ МАЛАХИТ) (a.k.a. JOINT STOCK COMPANY THE ST. PETERSBURG'S SEA BUREAU OF MECHANICAL ENGINEERING MALACHITE; a.k.a. JOINT-STOCK COMPANY SAINT PETERSBURG CITY SEA OFFICE MECHANICAL ENGINEERING MALAKHIT; a.k.a. JOINT-STOCK COMPANY SPMBM MALAKHIT; a.k.a. JOINT-STOCK COMPANY ST. PETERSBURG MARINE DESIGN BUREAU MALACHITE; a.k.a. JSC SAINT-PETERSBURG MARINE DESIGN BUREAU MALACHITE; a.k.a. MALACHITE DESIGN BUREAU), 18 Frunze Str., Saint-Petersburg 196135, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2008; Tax ID No. 7810537540 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC SARATOVSKI RADIOPRIBORNYI ZAVOD (a.k.a. AKTSIONERNOE OBSHCHESTVO SARATOVSKI RADIOPRIBORNYI ZAVOD; a.k.a. "AO SRZ"; a.k.a. "SRZ PAO"), PR-KT 50 Let Oktyabrya D. 108, Saratov 410040, Russia; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Organization Established Date 1970; Tax ID No. 6453104288 (Russia); Registration Number 1096453002690 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

JSC SAROVBUSINESSBANK (f.k.a. JOINT STOCK COMMERCIAL BANK SAROVBUSINESSBANK; a.k.a. JOINT STOCK COMPANY SAROVBUSINESSBANK; f.k.a. PUBLIC JOINT STOCK COMPANY SAROVBUSINESSBANK), ul Silkina 13, Sarov, Nizhegorodskaya Oblast 607189, Russia; SWIFT/BIC SARORU2S; Website http://www.sbbank.ru; BIK (RU) 042202718; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

JSC SBERBANK (a.k.a. AKTSIONERNE TOVARYSTVO SBERBANK; a.k.a. JOINT STOCK COMPANY SBERBANK; a.k.a. JSC SBERBANK OF RUSSIA; a.k.a. PUBLICHNE AKTSIONERNE TOVARYSTVO DOCHIRNII BANK SBERBANKU ROSII; f.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PRIVATE JOINT STOCK COMPANY; a.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PUBLIC JOINT STOCK COMPANY; a.k.a. SUBSIDIARY BANK SBERBANK OF RUSSIA PUBLIC JOINT STOCK COMPANY), 46 Volodymyrska street, Kyiv 01601, Ukraine; 46 Vladimirskaya St, Kyiv 01601, Ukraine; SWIFT/BIC SABRUAUK; Website www.sberbank.ua; alt. Website sbrf.com.ua; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 25959784 (Ukraine); Tax ID No. 259597826652 (Ukraine); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JSC SBERBANK OF RUSSIA (a.k.a. AKTSIONERNE TOVARYSTVO SBERBANK; a.k.a. JOINT STOCK COMPANY SBERBANK; a.k.a. JSC SBERBANK; a.k.a. PUBLICHNE AKTSIONERNE TOVARYSTVO DOCHIRNII BANK SBERBANKU ROSII; f.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PRIVATE JOINT STOCK COMPANY; a.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PUBLIC JOINT STOCK COMPANY; a.k.a. SUBSIDIARY BANK SBERBANK OF RUSSIA PUBLIC JOINT STOCK COMPANY), 46 Volodymyrska street, Kyiv 01601, Ukraine; 46 Vladimirskaya St, Kyiv 01601, Ukraine; SWIFT/BIC SABRUAUK; Website www.sberbank.ua; alt. Website sbrf.com.ua; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 25959784 (Ukraine); Tax ID No. 259597826652 (Ukraine); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JSC SBERBANK-AUTOMATED SYSTEM FOR TRADING (a.k.a. JOINT STOCK COMPANY SBERBANK AUTOMATED TRADE SYSTEM; a.k.a. JOINT STOCK COMPANY SBERBANK-AUTOMATED SYSTEM FOR TRADING; a.k.a. SBERBANK-AST JSC; a.k.a. SBERBANK-AST ZAO; a.k.a. SBERBANK-AUTOMATED TRADING SYSTEM CLOSED JOINT STOCK COMPANY; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK AVTOMATIZIROVANNAYA SISTEMA TORGOV), d. 24 str. 2 ul. Novoslobodskaya, Moscow 127055, Russia; 12 B. Savvinsky Lane, building 9, floor 1, office 1, room 1, Moscow 119435, Russia; Website www.sberbank-ast.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027707000441 (Russia); Tax ID No. 7707308480 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JSC SCIENTIFIC AND PRODUCTION ASSOCIATION OF ELECTRO MECHANIC (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION ELEKTROMEKHANIKI; a.k.a. NPO OF ELECTROMECHANICS), 31 Mendeleyeva Str., Miass, Chelyabinsk Region 456318, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jan 2005; Tax ID No. 7415044181 (Russia); Registration Number 1057407000683 (Russia) [RUSSIA-EO14024].

JSC SCIENTIFIC AND PRODUCTION COMPANY KRYPTONIT (Cyrillic: КРИПТОНИТ) (a.k.a. KRYPTONIT NPC; a.k.a. KRYPTONITE NPK; a.k.a. NPK KRYPTONIT), 14 Spartakovskaya square, building 2, floor 3, room 4, Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701115253 (Russia); Business Registration Number 1187746695784 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HOLDING INTELLIGENT COMPUTER SYSTEMS).

JSC SCIENTIFIC AND TECHNICAL CENTER ELINS (a.k.a. ELINS STC JSC; a.k.a. JOINT STOCK COMPANY RESEARCH CENTER ELINS; a.k.a. JSC NAUCHNYY CENTER ELINS; a.k.a. SCIENTIFIC TECHNICAL CENTRE ELINS), Panfilovsky Pr., 10, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Organization Established Date 23 Mar 2010; Tax ID No. 7735567832 (Russia); Registration Number 1107746215455 (Russia) [RUSSIA-EO14024].

JSC SCIENTIFIC AND TECHNICAL CENTER ZASLON (a.k.a. ZASLON SCIENCE AND TECHNOLOGY CENTER), Koli Tomchaka St., 9, Saint Petersburg 196006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7826092350 (Russia); Registration Number 1027810228786 (Russia) [RUSSIA-EO14024].

JSC SCIENTIFIC PRODUCTION ASSOCIATION EXPERIMENTAL DESIGN BUREAU NAMED AFTER M SIMONOV (a.k.a. AO NPO OKB IM MP SIMONOVA; a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESICH BUREU COKOL; a.k.a. OKB SIMONOV; a.k.a. OKB SOKOL; a.k.a. SIMONOV DESIGN BUREAU; a.k.a. SOKOL DESIGN BUREAU), 2A ul Akademika Pavlova St, Kazan 420036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1661007166 (Russia); Registration Number 1021603886622 (Russia) [RUSSIA-EO14024].

JSC SCIENTIFIC RESEARCH INSTITUTE SUBMICRON (a.k.a. JSC RESEARCH INSTITUTE SUBMICRON), 5, Bld. 2, Georgievsky Avenue, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735574607 (Russia) [RUSSIA-EO14024].

JSC SCIENTIFIC-RESEARCH INSTITUTE OF POLYMER MATERIALS (a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF POLYMERIC MATERIAL; a.k.a. "AO NIIPM"), Ul. Chistopolskaya D. 16, Perm 614113, Russia; Ul. Galpernia D. 11, K. 3 Str. 50/2, Perm 614042, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5908051070 (Russia); Registration Number 1125908001670 (Russia) [RUSSIA-EO14024].

JSC SERVICE REESTR (a.k.a. AO SERVICE REESTR), Ul. Sretenka D. 12, Moscow 107045, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 8605006147 (Russia); Registration Number 1028601354055 (Russia) [RUSSIA-EO14024].

JSC SEVASTOPOLSKY MORSKOY BANK (a.k.a. AKTSIONERNOE OBSHCHESTVO SEVASTOPOLSKIY MORSKOY BANK; a.k.a. AO SEVASTOPOLSKIY MORSKOY BANK; a.k.a. JOINT STOCK COMPANY SEVASTOPOLSKY MORSKOY BANK), 18a Brestska Street, Sevastopol, Crimea 99001, Ukraine; 18/A Ulitsa Brestskaya, Sevastopol, Crimea 299001, Ukraine; SWIFT/BIC MORKUAUK; Website www.morskoybank.com; Email Address root@morskoybank.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149204013397 [UKRAINE-EO13685].

JSC SEVERNOYE PKB (a.k.a. JOINT STOCK COMPANY NORTH DESIGN BUREAU; a.k.a. JSC NORTH PKB (Cyrillic: АО СЕВЕРНОЕ ПКБ); a.k.a. SEVERNOE DESIGN BUREAU; a.k.a. SEVERNOE DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. SEVERNOYE DESIGN BUREAU), Ul. Korabelnaya, d. 6, Korpus 2, Letter A, St. Petersburg 198096, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Aug 2008; Tax ID No. 7805468860 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC SEVERNOYE PRODUCTION OBYEDINENIYE ARKTIKA (Cyrillic: АО СЕВЕРНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ АРКТИКА) (a.k.a. JOINT STOCK COMPANY NORTHERN PRODUCTION ASSOCIATION ARKTIKA; a.k.a. JSC SPO ARKTIKA; a.k.a. PRODUCTION ASSOCIATION ARKTIKA), Archangelskoye Shosse, 34, Severodvinsk, Arkhangelsk Region 164500, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Jan 2008; Tax ID No. 2902057930 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC SEVERNY PRESS (a.k.a. AO SEVERNYI PRESS; a.k.a. JOINT STOCK COMPANY SEVERNIY PRESS; a.k.a. SEVERNY PRESS AO), Ul. Tallinskaya D. 7, Saint Petersburg 195196, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Feb 1992; Tax ID No. 7806337732 (Russia); Registration Number 1146444000010 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

JSC SEZ TECHNOPOLIS MOSCOW (a.k.a. JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE TECHNOPOLIS MOSCOW; f.k.a. SEZ ZELENOGRAD; f.k.a. TVZ ZELENOGRAD), Per. Pechatnikov D. 12, Moscow 107045, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735143008 (Russia); Registration Number 1157746364060 (Russia) [RUSSIA-EO14024].

JSC SHIPBUILDING CORPORATION AK BARS (a.k.a. JOINT STOCK COMPANY SHIPBUILDING CORPORATION AK BARS), Zavodskaya Str., 9a, Zelenodolsk, Republic of Tatarstan 422546, Russia; Zavodskaya Str., 5, Zelenodolsk, Republic of Tatarstan 422546, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1648040380 (Russia) [RUSSIA-EO14024].

JSC SHIPYARD YANTAR (a.k.a. JOINT STOCK COMPANY BALTIC SHIPBUILDING PLANT YANTAR; a.k.a. JOINT-STOCK COMPANY PSZ YANTAR; a.k.a. JOINT-STOCK COMPANY YANTAR SHIPYARD; a.k.a. JSC PRIBALTIYSKY SUDOSTROITELNY FACTORY YANTAR; a.k.a. JSC PRIBALTIYSKY SUDOSTROITELNY ZAVOD YANTAR (Cyrillic: АО ПРИБАЛТИЙСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД ЯНТАРЬ); a.k.a. YANTAR SHIPYARD), 1 Guskov Square, Kaliningrad, Kaliningrad Region 236005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Sep 1993; Tax ID No. 3900000111 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC SHIPYARD 'ZALIV' (f.k.a. AO SHIPYARD 'ZALIV'; f.k.a. JSC ZALIV SHIPYARD; a.k.a. LLC SHIPYARD 'ZALIV'; f.k.a. OJSC ZALIV SHIPYARD; a.k.a. OOO SHIPYARD 'ZALIV'; a.k.a. ZALIV SHIPYARD LLC), 4 Tankistov Street, Kerch, Crimea 98310, Ukraine; Website http://www.zalivkerch.com/; alt. Website http://www.zaliv.com/; Email Address zaliv@zalivkerch.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

JSC SIBERIAN ANTHRACITE (a.k.a. AO SIBANTRATSIT; a.k.a. JOINT STOCK COMPANY RAZREZ KOLYVANSKIY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАЗРЕЗ КОЛЫВАНСКИЙ); a.k.a. SIBANTHRACITE JSC), ul. Sovetskaya d. 2A Pos., Litvyanski 633224, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209; Tax ID No. 5406192366 (Russia); Registration Number 1025404670620 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JSC SIBERIAN SERVICE COMPANY (Cyrillic: АО СИБИРСКАЯ СЕРВИСНАЯ КОМПАНИЯ) (a.k.a. AO SIBIRSKAYA SERVISNAYA KOMPANIYA; a.k.a. SIBERIA SERVICE CO CJSC), Dom 31A, Stroenie 1, Etazh 9, Prospekt Leningradskii, Moscow 125284, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0814118403 (Russia); Registration Number 1028601792878 (Russia) [RUSSIA-EO14024].

JSC SIGNALTEK (a.k.a. AO SIGNALTEK; a.k.a. JOINT STOCK COMPANY SIGNALTEK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СИГНАЛТЕК); a.k.a. SIGNALTEK CLOSED CORPORATION), Ul. Ivovaya D. 2 Et/Pom/Kom 4/I/45, Moscow, Russia 129329, Russia; Website signaltec.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Sep 2011; Organization Type: Other information technology and computer service activities; Tax ID No. 7722756624 (Russia); Registration Number 1117746741210 (Russia) [RUSSIA-EO14024].

JSC SLAVA (a.k.a. AO SLAVA; a.k.a. MOSCOW JOINT STOCK COMPANY SLAVA SECOND WATCH FACTORY), Ul. Verkhnaya d. 34, Str. 1, 2 Et, Pom. 8, Komn. 50, Moscow 125040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714046028 (Russia); Registration Number 1027700324530 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

JSC SMOLENSK AVIATION PLANT (a.k.a. JOINT STOCK COMPANY SMOLENSK AIRCRAFT PLANT; a.k.a. SMOLENSK AIRCRAFT PLANT JSC; a.k.a. "AO SMAZ"), Ul. Frunze D. 74, Smolensk 214006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1926; Tax ID No. 6729001476 (Russia); Registration Number 1026701424056 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JSC SOP OBUCHOVSKY PLANT (a.k.a. JOINT STOCK COMPANY NORTH WESTERN REGIONAL CENTER OF ALMAZ ANTEY CONCERN OBUKHOVSKY PLANT; a.k.a.

JOINT STOCK COMPANY OBUKHOVSKY FACTORY; a.k.a. JSC GOZ OBUKHOV PLANT; a.k.a. JSC OBUKHOVSKIY PLANT NORTHWEST REGIONAL CENTER OF ALMAZ ANTEY CORPORATION), Obukhovskoy Defense Ave., 120, Saint Petersburg 190012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Nov 2003; Tax ID No. 7811144648 (Russia); Registration Number 1037825058732 (Russia) [RUSSIA-EO14024].

JSC SOVCOMBANK LIFE (a.k.a. JOINT STOCK COMPANY SOVCOMBANK LIFE; a.k.a. SOVCOMBANK LIFE JSC), Ul. Butyrskaya, D. 76, P. 1, Moscow 127015, Russia; Website sovcomlife.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730058711 (Russia); Registration Number 1027739059754 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

JSC SOVCOMFLOT (a.k.a. JOINT STOCK COMPANY SOVCOMFLOT; a.k.a. PAO SOVCOMFLOT; a.k.a. PUBLIC JOINT STOCK COMPANY MODERN COMMERCIAL FLEET; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SOVREMENNYY KOMMERCHESKIY FLOT; a.k.a. "SCF"; a.k.a. "SCF GROUP"), Ul. Gasheka D. 6, Moscow 125047, Russia; Nab. Reki Moiki d.3, Lit. A, Saint Petersburg 191186, Russia; Building 3, Letter A, Moyka River Embankment, Saint Petersburg 191186, Russia; Website sovcomflot.ru; alt. Website www.scf-group.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024

Directive 3): 26 Mar 2022; Tax ID No. 7702060116 (Russia); Legal Entity Number 253400DYLWR5A6YAWJ69; Registration Number 1027739028712 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JSC SP ERA (Cyrillic: АО СП ЭРА) (a.k.a. JOINT STOCK COMPANY SVETLOVSKOE ENTERPRISE ERA; a.k.a. JOINT STOCK COMPANY SVETLOVSKY ENTERPRISE ERA; a.k.a. JOINT-STOCK COMPANY SVETLOVSKAYA ERA; a.k.a. JSCO SVETLOVSKY ENTERPRISE ERA; a.k.a. SVETLOVSKY ENTERPRISE ERA), Ul. Chaykinoy, 1, Svetly, Kaliningrad Region 238340, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jan 2003; Tax ID No. 3913007731 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC SPA ORION (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ORION; a.k.a. AO NPO ORION; a.k.a. ENTERPRISE RESEARCH DEVELOPMENT AND PRODUCTION CENTER ORION; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION ORION; a.k.a. ORION RESEARCH AND PRODUCTION ASSOCIATION), 9 Kosinskaya st., Moscow 111538, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7720770380 (Russia); Registration Number 1127747292738 (Russia) [RUSSIA-EO14024].

JSC SPC ELVIS (a.k.a. ELVEES R AND D CENTER JSC; a.k.a. ELVEES R&D CENTER JSC; a.k.a. ELVEES RESEARCH AND DEVELOPMENT CENTER JSC; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION CENTER ELECTRONIC COMPUTING AND INFORMATION SYSTEMS), Proyezd 4922, 4 Build.2, Zelenograd, Moscow 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735582816 (Russia) [RUSSIA-EO14024].

JSC SPC PULSAR (a.k.a. ENTERPRISE SPE PULSAR JSC; a.k.a. JSC NPP PULSAR; a.k.a. OPEN JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ENTERPRISE PULSAR; a.k.a. SPE PULSAR), Pass. Okruzhnoy, House 27, Moscow 105187, Russia; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Tax ID No. 7719846490 (Russia); Registration Number 1137746472599 (Russia) [RUSSIA-EO14024].

JSC SPC TECHMASH (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNY KONTSERN TEKHNOLOGII MASHINOSTROENIYA; a.k.a. JOINT STOCK COMPANY SCIENTIFIC INDUSTRIAL CONCERN MANUFACTURING ENGINEERING; a.k.a. NPK TEKHMASH OAO; a.k.a. OJSC MACHINE ENGINEERING TECHNOLOGIES; a.k.a. SCIENTIFIC INDUSTRIAL CONCERN MANUFACTURING ENGINEERING OJSC), d. 58 str. 4 shosse Leningradskoe, Moscow 125212, Russia; Ul. Bolshaya Tatarskaya D. 35, Str. 5, Moscow 115184, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Apr 2011; Registration ID 1117746260477 (Russia); Tax ID No. 7743813961 (Russia); Government Gazette Number 91420386 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JSC SPE AEROSILA (a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE AEROSILA; a.k.a. NPP AEROSILA, AO), 6, Zhdanov Str, Stupino, Moscow region 142800, Russia; Website www.aerosila.ru; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Sep 2002; Tax ID No. 5045002261 (Russia); Business Registration Number 1025005917023 (Russia) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

JSC SPE AME (a.k.a. JOINT STOCK COMPANY SCIENCE AND PRODUCTION ENTERPRISE AIR AND MARINE ELECTRONICS; a.k.a. "NPP AME"), d. 29 litera O pom. 7-N ofis 70, ul. Marshala Govorova, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7819029855 (Russia); Registration Number 1037841007896 (Russia) [RUSSIA-EO14024].

JSC SPE KONTAKT (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE KONTAKT; a.k.a. AO NPP KONTAKT; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE KONTAKT; a.k.a. "NPP CONTACT"), 1, Ul. Spitsyna, Saratov, Saratovskaya Oblast 410086, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Dec 1991; Tax ID No. 6453097665 (Russia); Government Gazette Number 07619636 (Russia); Registration Number 1086453000567 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JSC SPE RADIOSVYAZ (a.k.a. AO NPP RADIOSVIAZ; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE RADIOSVYAZ; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVIAZ; a.k.a. JSC NPP RADIOSVYAZ; a.k.a. RESEARCH AND PRODUCTION ENTERPRISE RADIOSVYAZ; a.k.a. SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVYAZ JOINT STOCK COMPANY), 19 Dekabristov Str., Krasnoyarsk, Krasnoyarsk Territory 660021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Dec 2012; Tax ID No. 2460243408 (Russia); Registration Number 1122468072231 (Russia) [RUSSIA-EO14024].

JSC SPE RUSBAL (a.k.a. AO NPP RUSBAL (Cyrillic: АО НПР РУСБАЛ); a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RUSBAL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО ПРОИЗВОДСТВЕННОЕ ПРЕДПРИЯТИЕ РУСБАЛ)), d. 48, k. 1, ul. Svobody, Moscow 125364, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733182410 (Russia); Registration Number 1047733040080 (Russia) [RUSSIA-EO14024].

JSC SPETSIALIZIROVANNOYE KONSTRUKTORSKO-TEKHNOLOGICHESKOYE BYURO ELEKTRONNYKH SYSTEM (a.k.a. JOINT STOCK COMPANY SPECIALIZED DESIGN TECHNOLOGY BUREAU ELEKTRONNYKH SYSTEM; a.k.a. SKTB ES, AO; a.k.a. SPECIALIZED ENGINEERING AND DESIGN BUREAU OF ELECTRONIC SYSTEMS JOINT

STOCK COMPANY), 160 Leninsky Ave, Voronezh, Voronezh Region 394000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Aug 2006; Tax ID No. 3661036308 (Russia); Registration Number 1063667253528 (Russia) [RUSSIA-EO14024].

JSC SPO ARKTIKA (a.k.a. JOINT STOCK COMPANY NORTHERN PRODUCTION ASSOCIATION ARKTIKA; a.k.a. JSC SEVERNOYE PRODUCTION OBYEDINENIYE ARKTIKA (Cyrillic: АО СЕВЕРНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ АРКТИКА); a.k.a. PRODUCTION ASSOCIATION ARKTIKA), Archangelskoye Shosse, 34, Severodvinsk, Arkhangelsk Region 164500, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Jan 2008; Tax ID No. 2902057930 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC SREDNE-NEVSKY SHIPYARD (a.k.a. JOINT STOCK COMPANY SREDNE-NEVSKY SHIPBUILDING PLANT; a.k.a. JOINT STOCK COMPANY SREDNE-NEVSKY SHIPYARD; a.k.a. JSC SREDNE-NEVSKY SUDOSTROITELNY FACTORY (Cyrillic: АО СРЕДНЕ-НЕВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. SREDNE-NEVSKY SHIPYARD; a.k.a. "JSC SNSZ"), Ponton, St. Factory, 10, St. Petersburg 196643, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Nov 2008; Tax ID No. 7817315385 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC SREDNE-NEVSKY SUDOSTROITELNY FACTORY (Cyrillic: АО СРЕДНЕ-НЕВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД) (a.k.a. JOINT STOCK COMPANY SREDNE-NEVSKY SHIPBUILDING PLANT; a.k.a. JOINT STOCK COMPANY SREDNE-NEVSKY SHIPYARD; a.k.a. JSC SREDNE-NEVSKY SHIPYARD; a.k.a. SREDNE-NEVSKY SHIPYARD; a.k.a. "JSC SNSZ"), Ponton, St. Factory, 10, St. Petersburg 196643, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Nov 2008; Tax ID No. 7817315385 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC START SCIENTIFIC AND PRODUCTION ENTERPRISE NAMED AFTER A.YASKIN (a.k.a. AKTSIONERNOYE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOYE PREDPRIYATIYE START IM. A.I. YASKINA; a.k.a. AO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE START IM. A.I. IASKINA; a.k.a. NPP START IM. A. I. YASKINA AO; a.k.a. OPEN JOINT STOCK COMPANY START SCIENTIFIC AND PRODUCTION ENTERPRISE NAMED AFTER A. YASKIN), 24 Pribaltiyskaya Str., Yekaterinburg, Sverdlovsk 620007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6662054224 (Russia) [RUSSIA-EO14024].

JSC STATE SCIENTIFIC RESEARCH INSTITUTE KRISTALL (a.k.a. JOINT STOCK COMPANY STATE SCIENTIFIC RESEARCH INSTITUTE KRISTALL; a.k.a. JSC GOSNII KRISTALL; a.k.a. OAO GOSNII KRISTALL; a.k.a. OJSC KRISTALL STATE RESEARCH INSTITUTE), UL. Zelenaya D. 6, Dzerzhinsk, Nizhni Novgorod Region 606007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Dec 1991; Tax ID No. 5249116549 (Russia); Registration Number 1115249009831 (Russia) [RUSSIA-EO14024].

JSC STRATIM (a.k.a. JOINT STOCK COMPANY STRATIM; a.k.a. STRATIM COMPANY; a.k.a. STRATIM DESIGN BUREAU), Pr-kt Federativnyi, D. 5, Korp. 1, Pomeshch. 1/1, Moscow 111399, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Jul 2023; Tax ID No. 7720901379 (Russia); Registration Number 1237700447324 (Russia) [RUSSIA-EO14024].

JSC STRATIM TECH (a.k.a. JOINT STOCK COMPANY STRATIM TECH), ul. Shipilovskaia, d. 64, korp. 1, pomeshch. 147, Moscow 115682, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Sep 2023; Tax ID No. 9724145543 (Russia); Registration Number 1237700601490 (Russia) [RUSSIA-EO14024].

JSC STROYSERVICE (a.k.a. JOINT STOCK COMPANY STROISERVIS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СТРОЙСЕРВИС)), 121 Prospekt Kuznetski, Kemerovo 650055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4234001215 (Russia); Registration Number 1024202052060 (Russia) [RUSSIA-EO14024].

JSC SUDOSTROITELNY FACTORY LOTOS (Cyrillic: АО СУДОСТРОИТЕЛЬНЫЙ ЗАВОД ЛОТОС) (a.k.a. JOINT STOCK COMPANY SHIPBUILDING PLANT LOTOS; a.k.a. SHIPBUILDING PLANT LOTOS; a.k.a. "SHIPYARD LOTOS"), Narimanov, Beregovayas T., 3, Astrakhan Oblast 416111, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Jul 1997; Tax ID No. 3008003802 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC SUEK (a.k.a. AKTSIONERNOE OBSHCHESTVO SIBIRSKAYA UGOLNAYA ENERGETICHESKAYA KOMPANIYA), d. 53 str. 7, ul. Dubininskaya, Moscow 115054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7708129854 (Russia); Registration Number 1027700151380 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JSC SVETLANA POLUPROVODNIKI (a.k.a. SVETLANA POLUPROVODNIKI PAO; a.k.a. SVETLANA SEMICONDUCTORS STOCK COMPANY; a.k.a. ZAO SVETLANA POLUPROVODNIKI), 27, Engels Prospect, Saint Petersburg 194156, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802002037 (Russia); Registration Number 1027801534485 (Russia) [RUSSIA-EO14024].

JSC SYNESIS (a.k.a. LLC SYNESIS (Cyrillic: ООО СИНЕЗИС); a.k.a. SINEZIS OOO), Platonova 20B, Minsk 220005, Belarus; d.20B, pom. 13, komnata 14, ul. Platonova, Minsk, Belarus; Organization Established Date 27 Dec 2007; Registration Number 190950894 (Belarus) [BELARUS-EO14038].

JSC TAATTA BANK (a.k.a. BANK TAATTA; a.k.a. BANK TAATTA AKTSIONERNOE OBSHCHESTVO; a.k.a. JOINT STOCK COMPANY TAATTA BANK; a.k.a. TAATTA, AO), 36 ul. Chepalova, Yakutsk, Sakha (Yakutiya) Resp. 677018, Russia; Bld. 41, Bolshaya Morskaya Street, Sevastopol, Crimea 299011, Ukraine; Bld. 66, Kirova Avenue, Simferopol, Crimea, Ukraine; Bld. 36, Kulakova Street, Sevastopol, Crimea, Ukraine; SWIFT/BIC TAAARU8Y; BIK (RU) 049805709; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID

1021400000380 (Russia); Tax ID No. 1435126628 (Russia); Government Gazette Number 09287233 (Russia); License 1249 (Russia) [UKRAINE-EO13685].

JSC TAGMET (Cyrillic: АО ТАГМЕТ) (a.k.a. JOINT STOCK COMPANY TAGANROG METALLURGICAL PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТАГАНРОГСКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД)), 1 Zavodskaya Street, Taganrog 347905, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6154011797 (Russia); Registration Number 1026102572473 (Russia) [RUSSIA-EO14024].

JSC TAIMYR FUEL COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO TAIMYRSKAYA TOPLIVNAYA KOMPANIYA; f.k.a. TAIMYRSKAYA TOPLIVNAYA KOMPANIYA AO; a.k.a. "JSC TTK"; a.k.a. "TTK AO"), 15, ul. Bograda, Krasnoyarsk, Krasnoyarsk region 660049, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2460047153 (Russia); Registration Number 1022401787418 (Russia) [RUSSIA-EO14024].

JSC TAMBOV PLANT OCTOBER (a.k.a. AKTSIONERNOE OBSHCHESTVO TAMBOVSKII ZAVOD OKTYABR; a.k.a. AO TZ OKTYABR; a.k.a. JSC TZ OCTOBER; a.k.a. TAMBOV PLANT OKTYABR JSC), Ul. Bastionnaya D. 1, Tambov 329028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6829014768 (Russia); Registration Number 1056882340173 (Russia) [RUSSIA-EO14024].

JSC TEKHNODINAMIKA (Cyrillic: АО ТЕХНОДИНАМИКА) (a.k.a. AKTSIONERNOE OBSHCHESTVO TEKHNODINAMIKA; a.k.a. AO TEKHNODINAMIKA; a.k.a. JOINT STOCK COMPANY AVIATION EQUIPMENT; a.k.a. JOINT STOCK COMPANY TEKHNODINAMIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТЕХНОДИНАМИКА); a.k.a. TEKNODINAMIKA JSC), Ul. Bolshaya Tatarskaya D. 35, Str. 5, Moscow 115184, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1037719005873 (Russia); Tax ID No. 7719265496 (Russia); Government Gazette Number 07543117 (Russia); For more information on directives, please visit the following link:

http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JSC TEKHNOPROMEXPORT (a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT; a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. JSC VO TEKHNOPROMEXPORT; a.k.a. OJSC TECHNOPROMEXPORT; a.k.a. OPEN JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VNESHNEEKONOMICHESKOE OBEDINENIE TEKHNOPROMEKSPORT; a.k.a. VO TEKHNOPROMEKSPORT, OAO; a.k.a. "JSC TPE"), d. 15 str. 2 ul. Novy Arbat, Moscow 119019, Russia; Email Address inform@tpe.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067746244026 (Russia); Tax ID No. 7705713236 (Russia); Government Gazette Number 02839043 (Russia) [UKRAINE-EO13685].

JSC TESTPRIBOR (a.k.a. AKTSIONERNOE OBSHCHESTVO TESTPRIBOR; a.k.a. AO TESTPRIBOR), ul. Planernaya d. 7A, Moscow 125480, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733627211 (Russia); Registration Number 1077761778423 (Russia) [RUSSIA-EO14024].

JSC TFK KAMAZ (a.k.a. AKTSIONERNOE OBSHCHESTVO TORGOVO-FINANSOVAYA KOMPANIYA KAMAZ; a.k.a. JOINT-STOCK COMPANY TRADING-FINANCIAL COMPANY KAMAZ; a.k.a. TFK KAMAZ AO; f.k.a. TORGOVO-FINANSOVAYA KOMPANIYA KAMAZ AO), Raion Avtomobilnogo Zavoda, ABK-421, Naberezhnyye Chelny 423800, Russia; 12, proezd Avtosborochny, Naberezhnye Chelny, Tatarstan Resp. 423800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Oct 1997; Tax ID No. 1653019048 (Russia); Government Gazette Number 47104250 (Russia); Registration Number 1021602019097 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

JSC THE 224TH FLIGHT UNIT STATE AIRLINES (a.k.a. 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. LYOTNY OTRYAD 224; a.k.a. OJSC GOSUDARSTVENNAYA AVIAKOMPANIYA 224 LETNY OTRYAD (Cyrillic: ОАО ГОСУДАРСТВЕННАЯ АВИАКОМПАНИЯ 224 ЛЕТНЫЙ ОТРЯД); a.k.a. TTF AIR HEAVY LIFTING; a.k.a. "224 FU JSC"; a.k.a. "224TH FLIGHT UNIT"; a.k.a. "OAO 224 LO"), 10, Matrosskaya Tishina, B-14, POB-471, Moscow 107014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Oct 1971; Target Type State-Owned Enterprise; Tax ID No. 7718763393 (Russia); Registration Number 1097746281160 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

JSC THE SPECIAL BOILER DESIGN BUREAU (a.k.a. AKTSIONERNOE OBSHCHESTVO SPETSIALNOE KONSTRUKTORSKOE BYURO KOTLOSTROENIYA; a.k.a. "AO SKBK"), Pr-kt Stachek D. 47, Lit. Ts, Kabinet 415, Saint Petersburg 198097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801064369 (Russia); Registration Number 1027800527347 (Russia) [RUSSIA-EO14024].

JSC THE ULYANOVSK CARTRIDGE WORKS (a.k.a. AKTSIONERNOE OBSHCHESTVO ULYANOVSKII PATRONNYI ZAVOD; a.k.a. ULNAMMO; a.k.a. "AO UPZ"), ul. Shoferov D. 1, Ulyanovsk 432007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7328500127 (Russia); Registration Number 1047301521520 (Russia) [RUSSIA-EO14024].

JSC TIKHORETSK MACHINE BUILDING PLANT (a.k.a. OPEN JOINT STOCK COMPANY TIKHORETSK MACHINE CONSTRUCTION PLANT V.V. VOROVSKY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO TIKHORETSKI MASHINOSTROITELNY ZAVOD IM V.V. VOROVSKOGO; a.k.a. TMCP V.V. VOROVSKY; a.k.a. TMZ IM. V.V. VOROVSKOGO PAO; a.k.a. V.V. VOROVSKY TIKHORETSK MACHINE CONSTRUCTION PLANT JOINT STOCK COMPANY), 3, Sokolnicheskaya Street, Moscow 107014, Russia; Krasnoarmeyskaya St., 67, Tikhoretsk, Krasnodar Territory 352127, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk:

Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 12 Nov 1992; Tax ID No. 2321003173 (Russia); Government Gazette Number 00210743 (Russia); Registration Number 1022303184738 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JSC TINKOFF BANK (a.k.a. KHIMMASHBANK; a.k.a. T-BANK; a.k.a. TINKOFF CREDIT SYSTEMS BANK CLOSED JOINT STOCK COMPANY), Ul. 2nd Khutorskaya, 38A, building 26, Moscow 127287, Russia; SWIFT/BIC TICSRUMM; Website www.tinkoff.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Tax ID No. 7710140679 (Russia); Identification Number TQWL8F.99999.SL.643 (Russia); Legal Entity Number 2534000KL0PLD6KG7T76; Registration Number 1027739642281 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JSC TRANSAVIAEXPORT AIRLINES (f.k.a. AAT AVIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: ААТ АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. AAT TAE AVIYA (Cyrillic: ААТ ТАЕ АВІЯ); f.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA AVIIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA TAE AVIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ТАЕ АВІЯ); f.k.a. AVIAKOMPANIYA TRANSAVIAEKSPORT OAO; a.k.a. JOINT STOCK COMPANY TRANSAVIAEXPORT AIRLINES; f.k.a. OAO AVIAKOMPANIYA TRANSAVIAEKSPORT (Cyrillic: ОАО АВИАКОМПАНИЯ ТРАНСАВИАЭКСПОРТ); a.k.a. OAO TAE AVIA (Cyrillic: ОАО ТАЕ АВИА); f.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO AVIAKOMPANIYA TRANSAVIAEKSPORT; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO TAE AVIA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАЕ АВИА); a.k.a. TRANSAVIAEXPORT AIRLINES), 44, Zakharova Str., Minsk 220034, Belarus (Cyrillic: Ул. Захарова, 44, Минск 220034, Belarus); d. 11, Ul. Pervomayskaya, Minsk 220034, Belarus (Cyrillic: д. 11, ул. Первомайская, Минск

220034, Belarus); Organization Established Date 28 Dec 1992; Registration Number 100027245 (Belarus) [BELARUS-EO14038].

JSC TRANS-FLOT (a.k.a. TRANS-FLOT JSC), ul Ventseka 1/97, Samara 443099, Russia; Website www.trans-flot.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

JSC TRANSPORT FREIGHT AGENCY (a.k.a. AKTSIONERNOE OBSHCHESTVO UPRAVLENIE TRANSPORTNYKH PEREVOZOK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УПРАВЛЕНИЕ ТРАНСПОРТНЫХ ПЕРЕВОЗОК); a.k.a. "UTP AO" (Cyrillic: "АО УТП")), Sh. Kashirskoe, D. 44, K. 2, Moscow 115409, Russia; Shosse Nizhnerostinskoye 28, Murmansk 183040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jul 1997; alt. Organization Established Date 29 Oct 2002; Tax ID No. 7723134190 (Russia); Identification Number IMO 5917661; Government Gazette Number 47260547 (Russia); Registration Number 1027700371742 (Russia) [RUSSIA-EO14024].

JSC TSENTRALNOYE KONSTRUKTORSKOYE BYURO MORSKOY TEKHNIKI RUBIN (Cyrillic: АО ЦЕНТРАЛЬНОЕ КОНСТРУКТОРСКОЕ БЮРО МОРСКОЙ ТЕХНИКИ РУБИН) (a.k.a. JOINT STOCK COMPANY CENTRAL DESIGN BUREAU FOR MARINE ENGINEERING RUBIN; a.k.a. JSC TSKB MT RUBIN; a.k.a. RUBIN DESIGN BUREAU), 90 Marata Street, Saint-Petersburg 191119, Russia; Website CKB-RUBIN.RU/GLAVNAJA/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2008; Tax ID No. 7838418751 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC TSENTRALNOYE MORSKOYE KONSTRUKTORSKOYE BYURO ALMAZ (Cyrillic: АО ЦЕНТРАЛЬНОЕ МОРСКОЕ КОНСТРУКТОРСКОЕ БЮРО АЛМАЗ) (a.k.a. ALMAZ CENTRAL MARINE DESIGN BUREAU; a.k.a. ALMAZ CENTRAL MARINE DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. ALMAZ DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY CENTRAL MARINE DESIGN BUREAU ALMAZ; a.k.a. JOINT-STOCK COMPANY CENTRAL SEA ENGINEERING OFFICE ALMAZ; a.k.a. JOINT-

STOCK COMPANY TSMKB ALMAZ), Warshavskaya Street, 50, Saint-Petersburg 196128, Russia; 50 Varshavskaya Str., St. Petersburg 196070, Russia; Website www.almaz-kb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2008; Organization Type: Operation of sports facilities; Tax ID No. 7810537558 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC TSKB AYSBERG (Cyrillic: АО ЦКБ АЙСБЕРГ) (a.k.a. CENTRAL DESIGN BUREAU USC-ICEBERG JSC; a.k.a. ICEBERG CENTRAL DESIGN BUREAU; a.k.a. UNITED SHIPBUILDING CORPORATION JSC AYSBERG CENTRAL DESIGN BUILDING; a.k.a. USC-ICEBERG CENTRAL DESIGN BUREAU), 36 Bolshoi Ave. V. I., St. Petersburg 199034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801005606 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC TSKB MT RUBIN (a.k.a. JOINT STOCK COMPANY CENTRAL DESIGN BUREAU FOR MARINE ENGINEERING RUBIN; a.k.a. JSC TSENTRALNOYE KONSTRUKTORSKOYE BYURO MORSKOY TEKHNIKI RUBIN (Cyrillic: АО ЦЕНТРАЛЬНОЕ КОНСТРУКТОРСКОЕ БЮРО МОРСКОЙ ТЕХНИКИ РУБИН); a.k.a. RUBIN DESIGN BUREAU), 90 Marata Street, Saint-Petersburg 191119, Russia; Website CKB-RUBIN.RU/GLAVNAJA/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2008; Tax ID No. 7838418751 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC TULSKY FACTORY RTI (a.k.a. SC TULA RUBBER TECHNICAL ARTICLES PLANT; a.k.a. TULA INDUSTRIAL RUBBER PRODUCTS PLANT), 15 Smidovich Str., Tula, Tula Region 300026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Mar 1993; Tax ID No. 7104001869 (Russia); Registration Number 1027100592090 (Russia) [RUSSIA-EO14024].

JSC TURBINA SDB (a.k.a. JOINT STOCK COMPANY SPECIAL DESIGN BUREAU TURBINA; a.k.a. OAO SKB TURBINA), 2B Lenin Avenue, Chelyabinsk 454007, Russia;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 74522033815 (Russia) [RUSSIA-EO14024].

JSC TZ OCTOBER (a.k.a. AKTSIONERNOE OBSHCHESTVO TAMBOVSKII ZAVOD OKTYABR; a.k.a. AO TZ OKTYABR; a.k.a. JSC TAMBOV PLANT OCTOBER; a.k.a. TAMBOV PLANT OKTYABR JSC), Ul. Bastionnaya D. 1, Tambov 329028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6829014768 (Russia); Registration Number 1056882340173 (Russia) [RUSSIA-EO14024].

JSC UEC PERM ENGINES (a.k.a. AKTSIONERNOE OBSHCHESTVO ODK PERMSKIE MOTORY; a.k.a. JSC UEC PERM MOTORS; a.k.a. PERM ENGINE COMPANY; a.k.a. PERM MOTOR PLANT; a.k.a. PERM MOTOROSTROITEL PRODUCTION ASSOCIATION; a.k.a. UNITED ENGINE CORPORATION PERM ENGINES RESEARCH AND PRODUCTION COMPLEX; a.k.a. "AO ODK PM"), 93 Komsomolskii Pr-kt, Perm 614990, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5904007312 (Russia); Registration Number 1025900893864 (Russia) [RUSSIA-EO14024].

JSC UEC PERM MOTORS (a.k.a. AKTSIONERNOE OBSHCHESTVO ODK PERMSKIE MOTORY; a.k.a. JSC UEC PERM ENGINES; a.k.a. PERM ENGINE COMPANY; a.k.a. PERM MOTOR PLANT; a.k.a. PERM MOTOROSTROITEL PRODUCTION ASSOCIATION; a.k.a. UNITED ENGINE CORPORATION PERM ENGINES RESEARCH AND PRODUCTION COMPLEX; a.k.a. "AO ODK PM"), 93 Komsomolskii Pr-kt, Perm 614990, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5904007312 (Russia); Registration Number 1025900893864 (Russia) [RUSSIA-EO14024].

JSC UEC STAR (a.k.a. AO ODK-STAR; a.k.a. JOINT STOCK COMPANY STAR), Ul. Kuibysheva D. 140A, Perm 614990, Russia; Website www.ao-star.ru; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1943; Tax ID No. 5904100329 (Russia); Business Registration Number 1025900895712 (Russia) [NPWMD] [IFSR] [RUSSIA-EO14024] (Linked To: IRAN

AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

JSC UNITED SHIPBUILDING CORPORATION (a.k.a. JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION; a.k.a. UNITED SHIPBUILDING CORPORATION (Cyrillic: ОБЪЕДИНЕННАЯ СУДОСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. "JSC USC"; a.k.a. "OCK"; a.k.a. "OSK AO"), Ul. Marat, 90, St. Petersburg 191119, Russia; 11 Bolshaya Tatarskaya Str. Bld. B, Moscow 115184, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7838395215 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JSC URALTRANSMASH (Cyrillic: АО УРАЛТРАНСМАШ) (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKIY ZAVOD TRANSPORTNOGO MASHINOSTROENIYA; a.k.a. THE URALS PLANT OF TRANSPORT ENGINEERING; a.k.a. URALS PLANT OF TRANSPORTATION MACHINERY JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УРАЛЬСКИЙ ЗАВОД ТРАНСПОРТНОГО МАШИНОСТРОЕНИЯ)), 29 Frontovykh Brigad St., Ekaterinburg, Sverdlovsk Region 620017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 May 2009; Tax ID No. 6659190900 (Russia); Business Registration Number 1096659005200 (Russia) [RUSSIA-EO14024].

JSC V. TIKHOMIROV SCIENTIFIC RESEARCH INSTITUTE OF INSTRUMENT DESIGN (a.k.a. JSC NIIP; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT PRIBOROSTROENIYA IMENI V.V. TIKHOMIROVA), 3 Ul. Gagarina, Zhukovski, Moskovskaya Obl 140180, Russia; Gagarin Str, 3, Zhukovsky 140180, Russia; Website http://www.niip.ru; Email Address niip@niip.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1025001627859; Government Gazette Number 13185231 (Russia) [UKRAINE-EO13661].

JSC VACUUM.RU (Cyrillic: АО ВАКУУМ.РУ) (a.k.a. AKTSIONERNOE OBSHCHESTVO VAKUUM.RU; a.k.a. JOINT STOCK COMPANY VAKUUM.RU (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВАКУУМ.РУ)), Proezd

Savelkinskii D. 4, E 13, Pom. XXI K 4 Of 4G, Zelenograd 124482, Russia; Passage No. 4922, Building 4, Floor 1, Room 55, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 May 2019; Organization Type: Wholesale of other machinery and equipment; Target Type Private Company; Tax ID No. 7735183762 (Russia); Government Gazette Number 39727818 (Russia); Registration Number 1197746343772 (Russia) [RUSSIA-EO14024].

JSC VAD (a.k.a. AKTSIONERNOE OBSHCHESTVO VAD; a.k.a. AO, VAD; a.k.a. CJSC VAD; a.k.a. JOINT STOCK COMPANY VAD; a.k.a. VAD, AO; a.k.a. ZAO VAD; a.k.a. "HIGH-QUALITY HIGHWAYS"), 133, ul. Chernyshevskogo, Vologda, Vologodskaya Obl 160019, Russia; 122 Grazhdanskiy Prospect, Suite 5, Liter A, St. Petersburg 195267, Russia; Website www.zaovad.com; Email Address office@zaovad.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037804006811 (Russia); Tax ID No. 7802059185 (Russia); Government Gazette Number 34390716 (Russia) [UKRAINE-EO13685].

JSC VEB.DV (a.k.a. AO VEB.DV; f.k.a. FAR EAST AND BAIKAL REGION DEVELOPMENT FUND OJSC; f.k.a. JSC FAR EAST AND ARCTIC REGION DEVELOPMENT FUND; f.k.a. OJSC THE FAR EAST AND BAIKAL REGION DEVELOPMENT FUND), Nab. Presnenskaya D. 10, pom II komn 8-59, Moscow 123112, Russia; Website fondvostok.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2721188289 (Russia); Registration Number 1112721010995 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

JSC VERHNEUFALEYSKY ZAVOD URALELEMENT (a.k.a. AKTSIONERNOE

OBSHCHESTVO VERKHNEUFALEISKII ZAVOD URALELEMENT; a.k.a. AO URALELEMENT), Ul. Dmitrieva D. 24, Verkhniy Ufaley 456800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 May 1992; Tax ID No. 7402006277 (Russia); Registration Number 1047401500046 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

JSC VLADIMIR PLANT OF PRECISION ALLOYS (a.k.a. AKTSIONERNOE OBSHCHESTVO VLADIMIRSKII ZAVOD PRETSIZIONNYKH SPLAVOV; a.k.a. AO VZPS), Ul Kuibysheva 26, Vladimir 600035, Russia; Per. Ozerkovskii D. 12, Pomeshch. I, Kom. 21, Moscow 115184, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3328459312 (Russia); Registration Number 1083328004044 (Russia) [RUSSIA-EO14024].

JSC VMP AVITEC (a.k.a. AO VMP AVITEK; a.k.a. AVITEK VYATSKOE MACHINE BUILDING ENTERPRISE JSC; a.k.a. JOINT STOCK COMPANY VYATSKOYE MASHINOSTROITELNOYE PREDPRIYATIYE AVITEK; a.k.a. JSC VMP AVITEK; a.k.a. VYATKA MACHINERY PLANT AVITEC JSC), 1A Prospekt Oktyabrskiy, Kirov, Kirov Oblast 610047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4345047310 (Russia); Registration Number 1024301320977 (Russia) [RUSSIA-EO14024].

JSC VMP AVITEK (a.k.a. AO VMP AVITEK; a.k.a. AVITEK VYATSKOE MACHINE BUILDING ENTERPRISE JSC; a.k.a. JOINT STOCK COMPANY VYATSKOYE MASHINOSTROITELNOYE PREDPRIYATIYE AVITEK; a.k.a. JSC VMP AVITEC; a.k.a. VYATKA MACHINERY PLANT AVITEC JSC), 1A Prospekt Oktyabrskiy, Kirov, Kirov Oblast 610047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4345047310 (Russia); Registration Number 1024301320977 (Russia) [RUSSIA-EO14024].

JSC VNESHNEEKONOMICHESKOYE ENTERPRISE SUDOEXPORT (Cyrillic: АО ВНЕШНЕЭКОНОМИЧЕСКОЕ ПРЕДПРИЯТИЕ СУДОЭКСПОРТ) (a.k.a. JOINT STOCK COMPANY SUDOEXPORT; a.k.a. JOINT-STOCK COMPANY FOREIGN ECONOMIC ENTERPRISE SUDOEXPORT; a.k.a. "SUDOEXPORT"), 11 Tikhvinsky Pereulok Bld.2, Moscow 127055, Russia; 11 Sadovaya-Kudrinskaya St., Moscow 123231,

Russia; Website www.sudoexport.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Apr 2013; Tax ID No. 7703788275 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC VNIIR PROGRESS (Cyrillic: АО ВНИИР ПРОГРЕСС) (a.k.a. JOINT STOCK COMPANY VNIIR PROGRESS), Prospekt I.Ya.Yakovleva d. 4, Cheboksary 428024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2130094170 (Russia); Government Gazette Number 94073637 (Russia); Registration Number 1112130013270 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALL-RUSSIAN SCIENTIFIC RESEARCH DESIGN AND TECHNOLOGICAL INSTITUTE OF RELAY ENGINEERING WITH EXPERIMENTAL PRODUCTION).

JSC VO TEKHNOPROMEXPORT (a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT; a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. JSC TEKHNOPROMEXPORT; a.k.a. OJSC TECHNOPROMEXPORT; a.k.a. OPEN JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VNESHNEEKONOMICHESKOE OBEDINENIE TEKHNOPROMEKSPORT; a.k.a. VO TEKHNOPROMEKSPORT, OAO; a.k.a. "JSC TPE"), d. 15 str. 2 ul. Novy Arbat, Moscow 119019, Russia; Email Address inform@tpe.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067746244026 (Russia); Tax ID No. 7705713236 (Russia); Government Gazette Number 02839043 (Russia) [UKRAINE-EO13685].

JSC VOLGOGRADNEFTEMASH (f.k.a. DOCHERNEE AKTSIONERNOE OBSHCHESTVO OTKRYTOGO TIPA VOLGOGRADNEFTEMASH ROSSIISKOGO AKTSIONERNOGO OBSHCHESTVA GAZPROM; a.k.a. OAO VOLGOGRADNEFTEMASH; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VOLGOGRADNEFTEMASH (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ВОЛГОГРАДНЕФТЕМАШ)), 45 Ulitsa Elektrolesovskaya, Volgograd, Volgogradskaya Oblast 400011, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: STROYGAZMONTAZH).

JSC VORKUTAUGOL (Cyrillic: АО ВОРКУТАУГОЛЬ), ul. Lenina d. 62, Vorkuta 169908, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1103019252 (Russia); Registration Number 1021100807452 (Russia) [RUSSIA-EO14024].

JSC VORONEZH SEMICONDUCTOR DEVICES PLANT-ASSEMBLY (a.k.a. JOINT STOCK COMPANY VORONEZHSKY FACTORY POLUPROVODNIKOVYKH PRIBOROV-SBORKA; a.k.a. JOINT STOCK COMPANY VZPP-S; a.k.a. VORONEZH SEMICONDUCTOR DEVICES FACTORY-ASSEMBLY; a.k.a. VZPP-S AO), 119A Leninsky Ave, Voronezh, Voronezh region 394033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Dec 2005; Tax ID No. 3661033635 (Russia); Registration Number 1053600592330 (Russia) [RUSSIA-EO14024].

JSC VOSTSIBNEFTEGAZ (a.k.a. AO VOSTSIBNEFTEGAZ; a.k.a. JOINT STOCK COMPANY EAST SIBERIAN OIL AND GAS COMPANY), Pr-Kt Mira D. 36, Krasnoyarsk 660049, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7710007910 (Russia); Registration Number 1028800000855 (Russia) [RUSSIA-EO14024].

JSC VPA TOCHMASH (a.k.a. JOINT STOCK COMPANY VLADIMIR PRODUCTION AMALGAMATION TOCHMASH (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВЛАДИМИРСКОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ТОЧМАШ); a.k.a. VLADIMIR TOCHMASH; a.k.a. VPO TOCHMASH AO; a.k.a. "TOCHMASH"), D. 1a Ul. Severnaya, Vladimir 600007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3329051460 (Russia) [RUSSIA-EO14024].

JSC VTB BANK (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No.

7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

JSC VTB BANK AZERBAIJAN (a.k.a. BANK VTB AZERBAIJAN OJSC; f.k.a. OJSC AF BANK; a.k.a. VTB BANK AZERBAIJAN OPEN JOINT STOCK COMPANY), 38 Khatai ave. Nasimi district, Baku AZ 1008, Azerbaijan; 60, Samed Vurgun str, Baku 1022, Azerbaijan; SWIFT/BIC VTBAAZ22; Website http://en.vtb.az/; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

JSC VTB BANK GEORGIA (a.k.a. VTB BANK GEORGIA JOINT STOCK COMPANY; a.k.a. VTB BANK GEORGIA JSC; f.k.a. "UNITED GEORGIAN BANK"), 14, G. Chanturia Street, Tbilisi 0114, Georgia; SWIFT/BIC UGEBGE22; Website www.vtb.com.ge; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

JSC VTB LEASING (a.k.a. AO VTB LIZING; a.k.a. VTB LEASING JOINT STOCK COMPANY; a.k.a. VTB LEASING JSC), Per. 2-I Volkonskii, D. 10, Moscow 127473, Russia; Ul. Vorontsovskaya, D. 43, Str.1, Moscow 109147, Russia; Website www.vtb-leasing.ru; Executive Order 13662 Directive Determination - Subject

to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Jun 2002; Organization Type: Financial leasing; Registration ID 1037700259244 (Russia); Tax ID No. 7709378229 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

JSC VTB REGISTRAR (a.k.a. JOINT STOCK COMPANY VTB REGISTRAR; a.k.a. VTB REGISTRAR; a.k.a. VTB REGISTRAR CJSC; a.k.a. VTB REGISTRAR CLOSED JOINT STOCK COMPANY), 23, Pravdy Street, Moscow 125040, Russia; Website www.vtbreg.ru; BIK (RU) 044525745; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 1045605469744 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

JSC YALTA FILM STUDIO (a.k.a. AKTSIONERNOE OBSHCHESTVO 'YALTINSKAYA KINODSTUDIYA'; a.k.a. CJSC YALTA-FILM; a.k.a. FILM STUDIO YALTA-FILM; a.k.a. JOINT STOCK COMPANY YALTA FILM STUDIO; a.k.a. KINOSTUDIYA YALTA-FILM; a.k.a. OAO YALTINSKAYA KINOSTUDIYA; a.k.a. YALTA FILM STUDIO; a.k.a. YALTA FILM STUDIOS), Ulitsa Mukhina, Building 3, Yalta, Crimea 298063, Ukraine; Sevastopolskaya 4, Yalta, Crimea, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 30993572 [UKRAINE-EO13685].

JSC ZALIV SHIPYARD (f.k.a. AO SHIPYARD 'ZALIV'; f.k.a. JSC SHIPYARD 'ZALIV'; a.k.a. LLC SHIPYARD 'ZALIV'; f.k.a. OJSC ZALIV SHIPYARD; a.k.a. OOO SHIPYARD 'ZALIV'; a.k.a. ZALIV SHIPYARD LLC), 4 Tankistov

Street, Kerch, Crimea 98310, Ukraine; Website http://www.zalivkerch.com/; alt. Website http://www.zaliv.com/; Email Address zaliv@zalivkerch.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

JSC ZARUBEZHGEOLOGIA (a.k.a. ZARUBEZHGEOLOGIYA AO (Cyrillic: ЗАРУБЕЖГЕОЛОГИЯ АО)), D. 69 kom. 210, Ul. Novocheremushkinskaya, Moscow 117418, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704680468 (Russia); Registration Number 1087746311553 (Russia) [RUSSIA-EO14024].

JSC ZAVOD KULAKOVA (a.k.a. AO ZAVOD IM. A.A.KULAKOVA; a.k.a. JOINT STOCK COMPANY ZAVOD KULAKOVA), Ul. Yablochkova D. 12, Saint Petersburg 197198, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jan 1992; Tax ID No. 7813346618 (Russia); Registration Number 5067847003428 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

JSC ZAVOD NO. 9 (a.k.a. JOINT STOCK COMPANY PLANT N9), Pl. 1I Pyatiletki, Yekaterinburg 620012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6673189640 (Russia); Registration Number 1086673012920 (Russia) [RUSSIA-EO14024].

JSC ZAVOD YUPITER (a.k.a. JOINT STOCK COMPANY JUPITER PLANT; a.k.a. ZAO ZAVOD YUPITER), Ul. Pobedy D. 107, Korp. 1, Valday 175400, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7838027959 (Russia); Registration Number 1057806863883 (Russia) [RUSSIA-EO14024].

JSC ZELENODOLSK PLANT NAMED AFTER A.M. GORKY (Cyrillic: АО ЗЕЛЕНОДОЛЬСКИЙ ЗАВОД ИМЕНИ А.М. ГОРЬКОГО) (a.k.a. JOINT STOCK COMPANY ZELENODOLSK PLANT NAMED AFTER A.M. GORKY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЗЕЛЕНОДОЛЬСКИЙ ЗАВОД ИМЕНИ А.М. ГОРЬКОГО); a.k.a. ZELENODOLSK SHIPYARD PLANT NAMED AFTER A.M. GORKY), 5, Zavodskaya St., Zelenodolsk, Republic of Tatarstan 422546, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13662].

JSC ZELENOGRAD NANOTECHNOLOGY CENTER, Bld. 6, Pl. IX, Office 17, Solnechnaya Alleya, Zelenograd, Moscow 124527, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735570680 (Russia) [RUSSIA-EO14024].

JSC ZENIT BELOMO (Cyrillic: ОАО ЗЕНИТ БЕЛОМО) (a.k.a. ААТ ZENIT BELOMA (Cyrillic: ААТ ЗЕНІТ БЕЛОМА); a.k.a. JOINT STOCK COMPANY ZENIT BELOMO; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO ZENIT BELOMO), 26 Chapayev Str., Vileyka, Minsk Region 222416, Belarus; Target Type State-Owned Enterprise; Tax ID No. 600102155 (Belarus) [BELARUS-EO14038].

JSCB ENERGOBANK, 13/52, Pushkina Street, Kazan 420111, Russia; SWIFT/BIC TRCBRU2K; Website www.energobank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 1653011835 (Russia); Legal Entity Number 253400A1C30ARX8W0205; Registration Number 1021600000289 (Russia) [RUSSIA-EO14024].

JSCB PRIMORYE BANK (a.k.a. AKB PRIMORYE PAO; a.k.a. JOINT STOCK COMMERCIAL BANK PRIMORYE; a.k.a. PJSCB PRIMORYE), UL. Svetlanskaya D. 47, Vladivostok 690990, Russia; SWIFT/BIC UNEPRU8V; Website https://www.primbank.ru/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 27 Jul 1994; Target Type Financial Institution; Tax ID No. 2536020789 (Russia); Legal Entity Number 25340019U0SFT4YC9G79; Registration Number 1022500000566 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

JSCB SLAVIA (a.k.a. JOINT STOCK COMMERCIAL BANK SLAVIA JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMMERCIAL BANK SLAVIYA CLOSED JOINT STOCK COMPANY), ul. Kedrova 5A, Moscow 117292, Russia; SWIFT/BIC SJSMRUMM; Website www.slaviabank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7726000596 (Russia); Legal Entity Number 2534004K7RR0YWR1QL22; Registration

Number 1027739228758 (Russia) [RUSSIA-EO14024].

JSCO SVETLOVSKY ENTERPRISE ERA (a.k.a. JOINT STOCK COMPANY SVETLOVSKOE ENTERPRISE ERA; a.k.a. JOINT STOCK COMPANY SVETLOVSKY ENTERPRISE ERA; a.k.a. JOINT-STOCK COMPANY SVETLOVSKAYA ERA; a.k.a. JSC SP ERA (Cyrillic: АО СП ЭРА); a.k.a. SVETLOVSKY ENTERPRISE ERA), Ul. Chaykinoy, 1, Svetly, Kaliningrad Region 238340, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jan 2003; Tax ID No. 3913007731 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JST GROUP LIMITED, 3/F Wong Chung Ming Commercial House, 16 Wyndham St., China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Nov 2017; Company Number 2613289 (Hong Kong); Business Registration Number 68540456 (Hong Kong) [RUSSIA-EO14024].

JT TRADING LIMITED (a.k.a. JT TRADING LTD), 210b Marua Road, Mount Wellington, Auckland 1051, New Zealand; Organization Established Date 20 May 2016; Organization Type: Wholesale and retail trade; alt. Organization Type: Maintenance and repair of motor vehicles; Company Number 6002468 (New Zealand); Business Number 9429042364061 (New Zealand) [ILLICIT-DRUGS-EO14059] (Linked To: LEUNG, Ho Kai).

JT TRADING LTD (a.k.a. JT TRADING LIMITED), 210b Marua Road, Mount Wellington, Auckland 1051, New Zealand; Organization Established Date 20 May 2016; Organization Type: Wholesale and retail trade; alt. Organization Type: Maintenance and repair of motor vehicles; Company Number 6002468 (New Zealand); Business Number 9429042364061 (New Zealand) [ILLICIT-DRUGS-EO14059] (Linked To: LEUNG, Ho Kai).

JTU ENERGY LIMITED, Unit A17, 29/F, Legend Tower, No. 7 Shing Yip Street, Kwun Tong, Kowloon, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 14 Feb 2023; Company Number 3232243 (Hong Kong); Business Registration Number 74846038 (Hong

Kong) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

JU, Chang Il (Korean: 주창일), Korea, North; DOB 15 Mar 1961; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director of the Workers' Party of Korea Propaganda and Agitation Department (individual) [DPRK2].

JU, Hyok (a.k.a. CHU, Hyo'k), Vladivostok, Russia; DOB 23 Nov 1986; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 836420186 (Korea, North) issued 28 Oct 2016 expires 28 Oct 2021; Foreign Trade Bank of the Democratic People's Republic of Korea representative (individual) [DPRK4].

JU, Kyu-Chang (a.k.a. CHU, Kyu-Chang; a.k.a. CHU, Kyu-Ch'ang); DOB 25 Nov 1928; POB Hamju County, South Hamgyong Province, Democratic People's Republic of Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

JUAREZ CARTEL (a.k.a. CARTEL DE JUAREZ; a.k.a. "CARRILLO FUENTES DRUG TRAFFICKING ORGANIZATION"; a.k.a. "LA LINEA"; a.k.a. "VCFO"), Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

JUAREZ RAMIREZ, Julio Antonio (a.k.a. JUAREZ, Julio), Quinta Esterlima Km. 152.5, San Bernardino, Suchitepequez, Guatemala; DOB 01 Dec 1980; POB Mazatenango, Guatemala; nationality Guatemala; Gender Male (individual) [GLOMAG].

JUAREZ, Julio (a.k.a. JUAREZ RAMIREZ, Julio Antonio), Quinta Esterlima Km. 152.5, San Bernardino, Suchitepequez, Guatemala; DOB 01 Dec 1980; POB Mazatenango, Guatemala; nationality Guatemala; Gender Male (individual) [GLOMAG].

JUAYTHINI, Husayn (a.k.a. ALJEITHNI, Hussein Mohammed Hussein; a.k.a. AL-JU'AITNI, Abu Mu'ath; a.k.a. AL-JU'AYTHINI, Husayn

Muhamad Husayn; a.k.a. AL-JU'AYTHINI, Husayn Muhammad; a.k.a. AL-JU'AYTHINI, Husayn Muhammad Husayn; a.k.a. JU'AYTHINI, Husayn Muhammad Husayn); DOB 03 May 1977; POB Al-Nusayirat refugee camp, Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0363464 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JU'AYTHINI, Husayn Muhammad Husayn (a.k.a. ALJEITHNI, Hussein Mohammed Hussein; a.k.a. AL-JU'AITNI, Abu Mu'ath; a.k.a. AL-JU'AYTHINI, Husayn Muhamad Husayn; a.k.a. AL-JU'AYTHINI, Husayn Muhammad; a.k.a. AL-JU'AYTHINI, Husayn Muhammad Husayn; a.k.a. JUAYTHINI, Husayn); DOB 03 May 1977; POB Al-Nusayirat refugee camp, Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0363464 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JUBAYR AL-RAWI, Fawaz Muhammad (a.k.a. AL-ARWEE, Hajji Fouaz; a.k.a. AL-RAWI, Hajj Fawaz; a.k.a. JABIR AL-RAWI, Fawaz Muhamed; a.k.a. JABUR AL-RAWI, Fawwaz; a.k.a. JUBAYR AL-RAWI, Fawwaz Muhammad), Syria; DOB 1974; POB Albu Kamal, Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JUBAYR AL-RAWI, Fawwaz Muhammad (a.k.a. AL-ARWEE, Hajji Fouaz; a.k.a. AL-RAWI, Hajj Fawaz; a.k.a. JABIR AL-RAWI, Fawaz Muhamed; a.k.a. JABUR AL-RAWI, Fawwaz; a.k.a. JUBAYR AL-RAWI, Fawaz Muhammad), Syria; DOB 1974; POB Albu Kamal, Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JUBURI, Mashan (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI,

Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

JUDEA POLICE (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JUDEAN CONGRESS (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a.

REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JUHANG AVIATION TECHNOLOGY SHENZHEN CO., LTD. (Chinese Simplified: 巨航航空科技深圳有限公司), 2205, No. 2, Logistics Center, Baoshui Logistics Center, Baoan Guoji Jichang Hangzhan, 4th Road, Hourui Community, Hangcheng Sub-District, Bao, Shenzhen, Guangdong 518099, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Mar 2021; Unified Social Credit Code (USCC) 91440300MA5GN73B4F (China) [RUSSIA-EO14024].

JUI CHENG SHIPPING CO LTD (a.k.a. JUI CHENG SHIPPING CO., LIMITED; a.k.a. JUI CHENG SHIPPING COMPANY LIMITED (Chinese Traditional: 瑞誠海運股份有限公司)), Care of Jui Zong Ship Management Co Ltd, 5th Floor, 551, Jiuru 1st Road, Sanmin District, Kaohsiung 80764, Taiwan; Room B, 21/F Kaikwong Commercial Building, 332 Lockhart Road, Wan Chai, Hong Kong; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Commercial Registry Number 0925906 (Hong Kong); Company Number IMO 5499198 [DPRK4].

JUI CHENG SHIPPING CO., LIMITED (a.k.a. JUI CHENG SHIPPING CO LTD; a.k.a. JUI CHENG SHIPPING COMPANY LIMITED (Chinese Traditional: 瑞誠海運股份有限公司)), Care of Jui Zong Ship Management Co Ltd, 5th Floor, 551, Jiuru 1st Road, Sanmin District, Kaohsiung 80764, Taiwan; Room B, 21/F Kaikwong Commercial Building, 332 Lockhart Road, Wan Chai, Hong Kong; Secondary sanctions risk:

North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Commercial Registry Number 0925906 (Hong Kong); Company Number IMO 5499198 [DPRK4].

JUI CHENG SHIPPING COMPANY LIMITED (Chinese Traditional: 瑞誠海運股份有限公司) (a.k.a. JUI CHENG SHIPPING CO LTD; a.k.a. JUI CHENG SHIPPING CO., LIMITED), Care of Jui Zong Ship Management Co Ltd, 5th Floor, 551, Jiuru 1st Road, Sanmin District, Kaohsiung 80764, Taiwan; Room B, 21/F Kaikwong Commercial Building, 332 Lockhart Road, Wan Chai, Hong Kong; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Commercial Registry Number 0925906 (Hong Kong); Company Number IMO 5499198 [DPRK4].

JUI ESCOBAR, Wildin Tulio (Latin: JUÍ ESCOBAR, Wildin Tulio), 6 Calle 5-181, Tecun Uman Zona 2, Ayutla, San Marcos, Guatemala; Kilometro 252 y medio, Tecun Uman, San Marcos, Guatemala; DOB 03 Nov 1968; POB Coatepeque, Quetzaltenango, Guatemala; nationality Guatemala; Gender Male; Cedula No. L-1220608 (Guatemala); Passport 00020608K (Guatemala); NIT # 7690495 (Guatemala); Driver's License No. 1112170002060K (Guatemala); C.U.I. 2891761150920 (Guatemala) (individual) [SDNTK] (Linked To: MULTISERVICIOS Y FINCA EL ENCANTO).

JUI PANG SHIPPING CO LTD (Chinese Traditional: 瑞邦海運股份有限公司), 5th Floor, 551, Jiuru 1st Road, Sanmin District, Kaohsiung City 80764, Taiwan; 5F-2 No 551 Jiouru 1st Road, Sanmin District, Kaohsiung, Taiwan; 4FL No. 198 Wencheng 2nd Road, Chengde Village, North District, Tainan, Taiwan; 193 San Kuan Rd, Tainan City 70247, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 1865817; Business Number 16111431 (Taiwan) [DPRK4].

JUI ZONG SHIP MANAGEMENT CO (a.k.a. JUI ZONG SHIP MANAGEMENT CO LTD (Chinese Traditional: 瑞榮船舶管理有限公司); a.k.a. JUI ZONG SHIP MANAGEMENT CO., LTD.), 5FL-2 No. 551 Jiouru 1st Road Sanmin Dist., Kaohsiung 80764, Taiwan; 5th Floor, 551, Jiuru 1st Road, Sanmin District, Kaohsiung City 80764, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5418446; Business Number 13195014 (Taiwan) [DPRK4].

JUI ZONG SHIP MANAGEMENT CO LTD (Chinese Traditional: 瑞榮船舶管理有限公司) (a.k.a. JUI ZONG SHIP MANAGEMENT CO; a.k.a. JUI ZONG SHIP MANAGEMENT CO., LTD.), 5FL-2 No. 551 Jiouru 1st Road Sanmin Dist., Kaohsiung 80764, Taiwan; 5th Floor, 551, Jiuru 1st Road, Sanmin District, Kaohsiung City 80764, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5418446; Business Number 13195014 (Taiwan) [DPRK4].

JUI ZONG SHIP MANAGEMENT CO., LTD. (a.k.a. JUI ZONG SHIP MANAGEMENT CO; a.k.a. JUI ZONG SHIP MANAGEMENT CO LTD (Chinese Traditional: 瑞榮船舶管理有限公司)), 5FL-2 No. 551 Jiouru 1st Road Sanmin Dist., Kaohsiung 80764, Taiwan; 5th Floor, 551, Jiuru 1st Road, Sanmin District, Kaohsiung City 80764, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5418446; Business Number 13195014 (Taiwan) [DPRK4].

JULAIDAN, Wa'el Hamza Abd Al-Fatah (a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALADIN, Wa'il Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JILDAN, Wail H.A.; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JULAYDAN, Wa'el Hamza; a.k.a. JULAYDAN, Wa'il Hamza; a.k.a. "ABU AL-HASAN AL MADANI"); DOB 22 Jan 1958; alt. DOB 20 Jan 1958; POB Al-Madinah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport

A-992535 (Saudi Arabia); alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT].

JULAIDAN, Wa'il Hamza (a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALADIN, Wa'il Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JILDAN, Wail H.A.; a.k.a. JULAIDAN, Wa'el Hamza Abd Al-Fatah; a.k.a. JULAYDAN, Wa'el Hamza; a.k.a. JULAYDAN, Wa'il Hamza; a.k.a. "ABU AL-HASAN AL MADANI"); DOB 22 Jan 1958; alt. DOB 20 Jan 1958; POB Al-Madinah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A-992535 (Saudi Arabia); alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT].

JULAYDAN, Wa'el Hamza (a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALADIN, Wa'il Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JILDAN, Wail H.A.; a.k.a. JULAIDAN, Wa'el Hamza Abd Al-Fatah; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JULAYDAN, Wa'il Hamza; a.k.a. "ABU AL-HASAN AL MADANI"); DOB 22 Jan 1958; alt. DOB 20 Jan 1958; POB Al-Madinah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A-992535 (Saudi Arabia); alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT].

JULAYDAN, Wa'il Hamza (a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALADIN, Wa'il Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JILDAN, Wail H.A.; a.k.a. JULAIDAN, Wa'el Hamza Abd Al-Fatah; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JULAYDAN, Wa'el Hamza; a.k.a. "ABU AL-HASAN AL MADANI"); DOB 22 Jan 1958; alt. DOB 20 Jan 1958; POB Al-Madinah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A-992535 (Saudi Arabia); alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT].

JULIET TRADING LIMITED, Workshop 60, 3rd Floor, Block A, East Sun Industrial Centre, 16, Shing Yip Street, Kowloon, Hong Kong, China; Organization Established Date 13 Jan 2022; Identification Number IMO 6384273; Company Number 3121026 (Hong Kong); Business

Registration Number 73724045 (Hong Kong) [IRAN-EO13902].

JULKIPLI, Salim (a.k.a. JULKIPLI, Salim Y Salamuddin; a.k.a. KIPLI, Sali), Philippines; DOB 20 Jun 1976; POB Tulay, Jolo Sulu, Philippines; nationality Philippines; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

JULKIPLI, Salim Y Salamuddin (a.k.a. JULKIPLI, Salim; a.k.a. KIPLI, Sali), Philippines; DOB 20 Jun 1976; POB Tulay, Jolo Sulu, Philippines; nationality Philippines; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

JULLEUCHTER BY PERKO (a.k.a. JULLEUCHTER BY PERKO FAMILY WORKSHOP; a.k.a. PERKO JULLEUCHTER; a.k.a. PERKO WORKSHOP FAMILY; a.k.a. "PERKO_JULLEUCHTER"; a.k.a. "PERKOWORKSHOP"), Kaluga, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Manufacture of other porcelain and ceramic products [RUSSIA-EO14024] (Linked To: LOSEV, Aleksey Vyacheslavovich).

JULLEUCHTER BY PERKO FAMILY WORKSHOP (a.k.a. JULLEUCHTER BY PERKO; a.k.a. PERKO JULLEUCHTER; a.k.a. PERKO WORKSHOP FAMILY; a.k.a. "PERKO_JULLEUCHTER"; a.k.a. "PERKOWORKSHOP"), Kaluga, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Manufacture of other porcelain and ceramic products [RUSSIA-EO14024] (Linked To: LOSEV, Aleksey Vyacheslavovich).

JUMBO HIGH LIMITED, Phnom Penh, Cambodia; Company Number 1984889 (Virgin Islands, British) [TCO] (Linked To: CHEN, Zhi).

JUME'AN, George, P.O. Box 1318, Amman, Jordan (individual) [IRAQ2].

JUNAYD, Shuwayb (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, Abdul Rahim Hammad Ahmad; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. "RAHIM, Abdul"), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

JUND AL KHALIFA-ALGERIA (a.k.a. CALIPHATE SOLDIERS OF ALGERIA; a.k.a. JUND AL-KHALIFA; a.k.a. JUND AL-KHALIFA FI ARD AL-JAZAYER; a.k.a. JUND AL-KHILAFA GROUP; a.k.a. JUND AL-KHILAFAH FI ARD AL-JAZA' IR; a.k.a. JUND AL-KHILAFAH IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN THE LAND OF ALGERIA; a.k.a. "JAK-A"), Kabylie region, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JUND AL-AQSA (a.k.a. SARAYAT AL-QUDS; a.k.a. SOLDIERS OF AL-AQSA; a.k.a. THE SOLDIERS OF AQSA; a.k.a. "JAA"), Idlib governorate, Syria; Hama governorate, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JUND AL-ISLAM (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JUND AL-KHALIFA (a.k.a. CALIPHATE SOLDIERS OF ALGERIA; a.k.a. JUND AL KHALIFA-ALGERIA; a.k.a. JUND AL-KHALIFA FI ARD AL-JAZAYER; a.k.a. JUND AL-KHILAFA GROUP; a.k.a. JUND AL-KHILAFAH FI ARD AL-JAZA' IR; a.k.a. JUND AL-KHILAFAH IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN THE LAND OF ALGERIA; a.k.a. "JAK-A"), Kabylie region, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JUND AL-KHALIFA FI ARD AL-JAZAYER (a.k.a. CALIPHATE SOLDIERS OF ALGERIA; a.k.a.

JUND AL KHALIFA-ALGERIA; a.k.a. JUND AL-KHALIFA; a.k.a. JUND AL-KHILAFA GROUP; a.k.a. JUND AL-KHILAFAH FI ARD AL-JAZA' IR; a.k.a. JUND AL-KHILAFAH IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN THE LAND OF ALGERIA; a.k.a. "JAK-A"), Kabylie region, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JUND AL-KHILAFA GROUP (a.k.a. CALIPHATE SOLDIERS OF ALGERIA; a.k.a. JUND AL KHALIFA-ALGERIA; a.k.a. JUND AL-KHALIFA; a.k.a. JUND AL-KHALIFA FI ARD AL-JAZAYER; a.k.a. JUND AL-KHILAFAH FI ARD AL-JAZA' IR; a.k.a. JUND AL-KHILAFAH IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN THE LAND OF ALGERIA; a.k.a. "JAK-A"), Kabylie region, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JUND AL-KHILAFAH FI ARD AL-JAZA' IR (a.k.a. CALIPHATE SOLDIERS OF ALGERIA; a.k.a. JUND AL KHALIFA-ALGERIA; a.k.a. JUND AL-KHALIFA; a.k.a. JUND AL-KHALIFA FI ARD AL-JAZAYER; a.k.a. JUND AL-KHILAFA GROUP; a.k.a. JUND AL-KHILAFAH IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN THE LAND OF ALGERIA; a.k.a. "JAK-A"), Kabylie region, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JUND AL-KHILAFAH FI TUNIS (a.k.a. DAESH TUNISIA; a.k.a. ISIS-TUNISIA; a.k.a. ISIS-TUNISIA PROVINCE; a.k.a. JUND AL-KHILAFAH IN TUNISIA; a.k.a. SOLDIERS OF THE CALIPHATE IN TUNISIA; a.k.a. TALA I JUND AL-KHILAFAH; a.k.a. "AJNAD"; a.k.a. "JUND AL KHILAFAH"; a.k.a. "JUND AL-KHILAFA"; a.k.a. "SOLDIERS OF THE CALIPHATE"; a.k.a. "VANGUARDS OF THE SOLDIERS OF THE CALIPHATE"), Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JUND AL-KHILAFAH IN ALGERIA (a.k.a. CALIPHATE SOLDIERS OF ALGERIA; a.k.a. JUND AL KHALIFA-ALGERIA; a.k.a. JUND AL-KHALIFA; a.k.a. JUND AL-KHALIFA FI ARD AL-JAZAYER; a.k.a. JUND AL-KHILAFA

GROUP; a.k.a. JUND AL-KHILAFAH FI ARD AL-JAZA' IR; a.k.a. SOLDIERS OF THE CALIPHATE IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN THE LAND OF ALGERIA; a.k.a. "JAK-A"), Kabylie region, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JUND AL-KHILAFAH IN TUNISIA (a.k.a. DAESH TUNISIA; a.k.a. ISIS-TUNISIA; a.k.a. ISIS-TUNISIA PROVINCE; a.k.a. JUND AL-KHILAFAH FI TUNIS; a.k.a. SOLDIERS OF THE CALIPHATE IN TUNISIA; a.k.a. TALA I JUND AL-KHILAFAH; a.k.a. "AJNAD"; a.k.a. "JUND AL KHILAFAH"; a.k.a. "JUND AL-KHILAFA"; a.k.a. "SOLDIERS OF THE CALIPHATE"; a.k.a. "VANGUARDS OF THE SOLDIERS OF THE CALIPHATE"), Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JUNDALLAH (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JUNDOLLAH (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran;

Pakistan; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JUNDULLAH (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

JUNDULLAH, Abdulheq (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 653225197110100533 (China) (individual) [SDGT].

JUNIOR INTERNACIONAL S.A. (a.k.a. JUNIOR INTERNATIONAL S.A.), Panama; RUC # 17458-23-164253 (Panama) [SDNTK].

JUNIOR INTERNATIONAL S.A. (a.k.a. JUNIOR INTERNACIONAL S.A.), Panama; RUC # 17458-23-164253 (Panama) [SDNTK].

JUNJU, Abdullah (a.k.a. ALIRABAKI, Steven; a.k.a. KYAGULANYI, Alilabaki; a.k.a. KYAGULANYI, David; a.k.a. LUUMU, Nicolas; a.k.a. MUHAMMAD, Hussein; a.k.a. MUKULU, Jamil; a.k.a. TALENGELANIMIRO; a.k.a. TALENGELANIMIRO, Musezi; a.k.a. TUTU, Mzee); DOB 1965; alt. DOB 01 Jan 1964; POB Kayunga, Uganda; alt. POB Ntoke Village, Ntenjeru Sub County, Kayunga District,

Uganda; nationality Uganda; Head of the Allied Democratic Forces; Commander, Allied Democratic Forces (individual) [DRCONGO].

JUNTARAPRAPORN, Aping (a.k.a. CHANTARAPRAPAPORN, Apinya; a.k.a. CHANTHRAPRAPHAPHON, Aphinya; a.k.a. CHANTRAPRAPAPORN, Apinya; a.k.a. CHATARAPRAPAPORN, Apinya), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o BANGKOK SILK FLOWER COMPANY LTD., Bangkok, Thailand; DOB 14 Jan 1955 (individual) [SDNTK].

JUPITER DYE CHEM PRIVATE LIMITED, Office No. 92A/93A, Mittal Court, Nariman Point, Mumbai, Maharashtra 400021, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 1977; C.I.N. U24230MH1977PTC019716 (India) [IRAN-EO13846].

JUPITER SEAWAYS SHIPPING, Care of Sambouk Shipping FCZ, Office 101, 1st Floor, FITCO Building No 3, Inside Fujairah Port, PO Box 50044, Fujairah, United Arab Emirates; 80 Broad Street, Monrovia, Liberia; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

JURJEVICH, Ryauzov Denis (a.k.a. RJAUZOW, Denis; a.k.a. RYAUZOV, Denis; a.k.a. RYAUZOV, Denis Yuryevich; a.k.a. RYAUZOW, Denis), Russia; DOB 23 May 1974; POB Omsk, Siberia, Russia; nationality Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

JUUK CHAW, Kuol Manyang (a.k.a. JUUK, Kuol Manyang), Juba, South Sudan; DOB 01 Jan 1945; POB Mathiang Village, South Sudan; nationality South Sudan; Gender Male; Passport D00002510 (South Sudan) (individual) [SOUTH SUDAN].

JUUK, Kuol Manyang (a.k.a. JUUK CHAW, Kuol Manyang), Juba, South Sudan; DOB 01 Jan 1945; POB Mathiang Village, South Sudan; nationality South Sudan; Gender Male; Passport D00002510 (South Sudan) (individual) [SOUTH SUDAN].

JUVENTA (a.k.a. YUVENTA), B-r Kronshtadtskii D. 39, K. 1, Pomeshch. I, Kom. 45, Rm. 5-9, Moscow 125499, Russia; Ul. Izhorskaya D. 13, Str. 2, Moscow 125412, Russia; Office 45/RM5-9, Bldg. 1, 39, Kronshtadtskiy Bulvar, Moscow 125499, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID

No. 7743146073 (Russia); Registration Number 1167746276202 (Russia) [RUSSIA-EO14024].

K A VOLODIN INSTRUMENT ENGINEERING PLANT FEDERAL STATE UNITARY ENTERPRISE (a.k.a. IEP FSUE; a.k.a. INSTRUMENT ENGINEERING PLANT FSUE; a.k.a. PREDSTAVITELSTVO FEDERALNOGO GOSUDARSTVENNOGO UNITARNOGO PREDPRIIATIIA PRIBOROSTROITELNYI ZAVOD IMENI K A VOLODINA), 13 Zarechnaia ul., Trekhgornyi 456082, Russia; 25 str. 1 Bolshaia Polianka ul., Moscow 119180, Russia; 24 Alleia Druzhby ul., Evpatoriia, Crimea 97493, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7405000428 (Russia); Registration Number 1027400661650 (Russia) [RUSSIA-EO14024].

K B HOTEL CO LTD (a.k.a. KAIBO HOTEL; a.k.a. KB HOTEL; a.k.a. KB HOTEL AND CASINO), Phum 6, Sangkat Buon, Mittakpheap, Preah Sihanouk 18204, Cambodia; Organization Established Date 31 Jan 2019; Organization Type: Short term accommodation activities; Tax ID No. B117-901902908 (Cambodia); Registration Number 00040174 (Cambodia) [CYBER4].

K B X INVESTMENT CO LTD (a.k.a. KBX INVESTMENT), Phum 9, Boeng Keng Kang Bei, Chamkar Mon, Phnom Penh 12304, Cambodia; Trapeang Chhuk, Teuk Thla, Sen Sok, Phnom Penh, Cambodia; Teuk Thla, Sen Sok, Phnom Penh, Cambodia; Organization Established Date 01 Aug 2017; Organization Type: Construction of buildings; Tax ID No. L001-901703948 (Cambodia); Registration Number 00026834 (Cambodia) [CYBER4] (Linked To: XU, Aimin).

K D RUBBER PLANTATION CO., LTD., 135, 110, Thmei, Ta Khmau, Ta Khmau, Kandal 8251, Cambodia; Company Number 00023622 (Cambodia) [GLOMAG] (Linked To: CHANDY, King).

K F D GENERAL TRADING L.L.C (Arabic: کی اف دی للتجارة العامة ش.ذ.م.م), Al Zarooni Building, Office #219, Naif, Deira, Dubai, United Arab Emirates; Website https://www.kfdgeneraltrading.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 May 2023; License 1182400 (United Arab Emirates); Economic Register Number (CBLS) 12056923 (United Arab Emirates) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

K SOFT ENGINEERING (a.k.a. K SOFT INZHINIRING LLC), LN. 26-ya V.O. D. 15, K. 2 LIT. A, Office 70N, Saint Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801296835 (Russia); Registration Number 1157847432258 (Russia) [RUSSIA-EO14024].

K SOFT INZHINIRING LLC (a.k.a. K SOFT ENGINEERING), LN. 26-ya V.O. D. 15, K. 2 LIT. A, Office 70N, Saint Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801296835 (Russia); Registration Number 1157847432258 (Russia) [RUSSIA-EO14024].

K TECHNOLOGIES JOINT STOCK COMPANY (a.k.a. K TECHNOLOGY JOINT STOCK COMPANY; a.k.a. "RTI, PAO"), Elektrozavodskaya St., 27, Bldg. 9, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713723559 (Russia); Registration Number 1117746115233 (Russia) [RUSSIA-EO14024].

K TECHNOLOGY JOINT STOCK COMPANY (a.k.a. K TECHNOLOGIES JOINT STOCK COMPANY; a.k.a. "RTI, PAO"), Elektrozavodskaya St., 27, Bldg. 9, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713723559 (Russia); Registration Number 1117746115233 (Russia) [RUSSIA-EO14024].

K.A. VALIEV PHYSICO-TECHNOLOGICAL INSTITUTE RAS (a.k.a. FEDERAL STATE FINANCED INSTITUTION OF SCIENCE PHYSICS AND TECHNOLOGY INSTITUTE NAMED AFTER K. A. VALIEVA OF THE RUSSIAN FEDERATION ACADEMY OF SCIENCES; a.k.a. FTIAN NAMED AFTER K. A. VALIEVA RAN; a.k.a. VALIEV INSTITUTE OF PHYSICS AND TECHNOLOGY OF RUSSIAN ACADEMY OF SCIENCES; a.k.a. VALIEV IPT RAS), 34 Nakhimovsky Ave, Moscow 117218, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Feb 1994; Tax ID No. 7727084140 (Russia); Registration Number 1037739352155 (Russia) [RUSSIA-EO14024].

K2016212771 SOUTH AFRICA PTY LTD (f.k.a. "INEOS TRADING PTY LTD"), 118 Mallinson Rd, Asherville, Durban, KwaZulu-Natal 4001, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Jun 2016; Tax ID No. 9954121167 (South Africa); Trade License No. 2016/212771/07 (South Africa); Enterprise

Number K2016212771 (South Africa) [SDGT] (Linked To: HOOMER, Farhad).

KABADHE, Ahmed, Jubaland, Somalia; Jilib, Middle Juba, Somalia; DOB 1975; alt. DOB 1976; alt. DOB 1977; alt. DOB 1978; alt. DOB 1979; alt. DOB 1980; POB Galkayo, Mudug, Galmudug, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

KABAEVA, Alina Maratovna (Cyrillic: КАБАЕВА, Алина Маратовна) (a.k.a. KABAYEVA, Alina), Switzerland; Russia; DOB 12 May 1983; POB Tashkent, Uzbekistan; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KABAREBE, James, Rwanda; DOB 23 Dec 1959; POB Rwanda; alt. POB Uganda; nationality Rwanda; Gender Male; Passport PD101127 (Rwanda) expires 01 Jul 2027; alt. Passport PD101374 (Rwanda) expires 14 Nov 2028; alt. Passport RW01119 (Rwanda) (individual) [DRCONGO].

KABAYEVA, Alina (a.k.a. KABAEVA, Alina Maratovna (Cyrillic: КАБАЕВА, Алина Маратовна)), Switzerland; Russia; DOB 12 May 1983; POB Tashkent, Uzbekistan; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KABYSHEV, Sergey Vladimirovich (Cyrillic: КАБЫШЕВ, Сергей Владимирович), Russia; DOB 04 Sep 1963; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KACH (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a.

NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KACHANAVA, Natallia Ivanauna (Cyrillic: КАЧАНАВА, Наталля Iванаўна) (a.k.a. KOCHANOVA, Natalia Ivanovna (Cyrillic: КОЧАНОВА, Наталья Ивановна); a.k.a. KOCHANOVA, Natalya), Minsk, Belarus; DOB 25 Sep 1960; POB Polotsk, Vitebsk Oblast, Belarus; nationality Belarus; Gender Female (individual) [BELARUS].

KACHANOV, Oleg Yurevich (Cyrillic: КАЧАНОВ, Олег Юрьевич), Moscow, Russia; DOB 29 Jun 1976; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KACHKAYEV, Pavel Ryurikovich (Cyrillic: КАЧКАЕВ, Павел Рюрикович), Russia; DOB 04 Oct 1951; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KACHOUEI PRISON (a.k.a. FARDIS PENITENTIARY; a.k.a. FARDIS PRISON; a.k.a. KACHOUI PRISON; a.k.a. KACHOUII PRISON), Mehrshahr, Karaj, Alborz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

KACHOUI PRISON (a.k.a. FARDIS PENITENTIARY; a.k.a. FARDIS PRISON; a.k.a. KACHOUEI PRISON; a.k.a. KACHOUII PRISON), Mehrshahr, Karaj, Alborz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

KACHOUII PRISON (a.k.a. FARDIS PENITENTIARY; a.k.a. FARDIS PRISON; a.k.a. KACHOUEI PRISON; a.k.a. KACHOUI PRISON), Mehrshahr, Karaj, Alborz, Iran;

Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

KACUBA, Sviatlana (a.k.a. KATSUBA, Sviatlana Piatrouna (Cyrillic: КАЦУБА, Святлана Пятроўна); a.k.a. KATSUBA, Sviatlana Piatrowna; a.k.a. KATSUBO, Svetlana; a.k.a. KATSUBO, Svetlana Petrovna (Cyrillic: КАЦУБО, Светлана Петровна)), Homel Oblast, Belarus; DOB 06 Aug 1959; POB Podilsk, Odessa Oblast, Ukraine; nationality Belarus; Gender Female (individual) [BELARUS].

KADDOURA, Ali Ahmad, Colombia; DOB 11 Jul 1964; nationality Lebanon; Cedula No. 199740 (Colombia) (individual) [SDNT].

KADEK (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI; a.k.a. KGK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS; a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE; a.k.a. "HSK"; a.k.a. "KHK"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

KADEM, Ahmad (a.k.a. DANESH PAZHU, Ahmad Khadem (Arabic: احمد خادم دانش پژو); a.k.a. KHADEM, Ahmad; a.k.a. SAYYEDOSHOHADA, Ahmad Khadem; a.k.a. SEYED AL-SHOHADA, Ahmad Khadem; a.k.a. SEYEDOSHOHADA, Ahmad Khadem (Arabic: احمد خادم سیدالشهدا)), Khuzestan, Iran; Lorestan, Iran; Kohgiluyeh and Boyer-Ahmad, Iran; DOB 27 Apr 1959; POB Shushtar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1881506428 (Iran); Commander of Karbala IRGC Operational Base (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

KADENKOV, Dmitry Mikhaylovich (Cyrillic: КАДЕНКОВ, Дмитрий Михайлович), Russia; DOB 03 May 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KADKHODAEE, Abbas Ali (a.k.a. KADKHODAEI ELYADERANI, Abbas Ali; a.k.a. KADKHODAEI, Abbas Ali; a.k.a. KADKHODAEI, Abbasali; a.k.a. KADKHODAI, Abbas Ali; a.k.a.

KADKHODA'I, Abbas Ali), Iran; DOB 1961; alt. DOB 1962; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

KADKHODAEI ELYADERANI, Abbas Ali (a.k.a. KADKHODAEE, Abbas Ali; a.k.a. KADKHODAEI, Abbas Ali; a.k.a. KADKHODAEI, Abbasali; a.k.a. KADKHODAI, Abbas Ali; a.k.a. KADKHODA'I, Abbas Ali), Iran; DOB 1961; alt. DOB 1962; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

KADKHODAEI, Abbas Ali (a.k.a. KADKHODAEE, Abbas Ali; a.k.a. KADKHODAEI ELYADERANI, Abbas Ali; a.k.a. KADKHODAEI, Abbasali; a.k.a. KADKHODAI, Abbas Ali; a.k.a. KADKHODA'I, Abbas Ali), Iran; DOB 1961; alt. DOB 1962; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

KADKHODAEI, Abbasali (a.k.a. KADKHODAEE, Abbas Ali; a.k.a. KADKHODAEI ELYADERANI, Abbas Ali; a.k.a. KADKHODAEI, Abbas Ali; a.k.a. KADKHODAI, Abbas Ali; a.k.a. KADKHODA'I, Abbas Ali), Iran; DOB 1961; alt. DOB 1962; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

KADKHODAI, Abbas Ali (a.k.a. KADKHODAEE, Abbas Ali; a.k.a. KADKHODAEI ELYADERANI, Abbas Ali; a.k.a. KADKHODAEI, Abbas Ali; a.k.a. KADKHODAEI, Abbasali; a.k.a. KADKHODA'I, Abbas Ali), Iran; DOB 1961; alt. DOB 1962; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

KADKHODA'I, Abbas Ali (a.k.a. KADKHODAEE, Abbas Ali; a.k.a. KADKHODAEI ELYADERANI, Abbas Ali; a.k.a. KADKHODAEI, Abbas Ali; a.k.a. KADKHODAEI, Abbasali; a.k.a. KADKHODAI, Abbas Ali), Iran; DOB 1961; alt. DOB 1962; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

KADYROV, Aleksandr Romanovych (a.k.a. KADYROV, Oleksandr; a.k.a. KADYROV, Oleksandr Romanovych; a.k.a. ONISHCHENKO, Aleksandr Romanovych; a.k.a. ONISHCHENKO, Oleksandr; a.k.a.

ONISHCHENKO, Oleksandr Romanovych (Cyrillic: ОНИЩЕНКО, Олександр Романович); a.k.a. ONYSHCHENKO, Oleksandr (Cyrillic: ОНИЩЕНКО, Олександр); a.k.a. ONYSHCHENKO, Oleksandr Romanovych), Germany; Redutnyi Pereulok 10A, Kiev, Ukraine; UL. Natalii Ushvii 4 G App. 36, Kiev 04108, Ukraine; DOB 31 Mar 1969; POB Russia; nationality Ukraine; Gender Male; Passport 2529210098 (Ukraine) expires 29 Mar 2021; alt. Passport EX600377 (Ukraine) issued 01 Oct 2013 expires 01 Oct 2023; National ID No. 2529210098 (Ukraine) (individual) [ELECTION-EO13848].

KADYROV, Oleksandr (a.k.a. KADYROV, Aleksandr Romanovych; a.k.a. KADYROV, Oleksandr Romanovych; a.k.a. ONISHCHENKO, Aleksandr Romanovych; a.k.a. ONISHCHENKO, Oleksandr; a.k.a. ONISHCHENKO, Oleksandr Romanovych (Cyrillic: ОНИЩЕНКО, Олександр Романович); a.k.a. ONYSHCHENKO, Oleksandr (Cyrillic: ОНИЩЕНКО, Олександр); a.k.a. ONYSHCHENKO, Oleksandr Romanovych), Germany; Redutnyi Pereulok 10A, Kiev, Ukraine; UL. Natalii Ushvii 4 G App. 36, Kiev 04108, Ukraine; DOB 31 Mar 1969; POB Russia; nationality Ukraine; Gender Male; Passport 2529210098 (Ukraine) expires 29 Mar 2021; alt. Passport EX600377 (Ukraine) issued 01 Oct 2013 expires 01 Oct 2023; National ID No. 2529210098 (Ukraine) (individual) [ELECTION-EO13848].

KADYROV, Oleksandr Romanovych (a.k.a. KADYROV, Aleksandr Romanovych; a.k.a. KADYROV, Oleksandr; a.k.a. ONISHCHENKO, Aleksandr Romanovych; a.k.a. ONISHCHENKO, Oleksandr; a.k.a. ONISHCHENKO, Oleksandr Romanovych (Cyrillic: ОНИЩЕНКО, Олександр Романович); a.k.a. ONYSHCHENKO, Oleksandr (Cyrillic: ОНИЩЕНКО, Олександр); a.k.a. ONYSHCHENKO, Oleksandr Romanovych), Germany; Redutnyi Pereulok 10A, Kiev, Ukraine; UL. Natalii Ushvii 4 G App. 36, Kiev 04108, Ukraine; DOB 31 Mar 1969; POB Russia; nationality Ukraine; Gender Male; Passport 2529210098 (Ukraine) expires 29 Mar 2021; alt. Passport EX600377 (Ukraine) issued 01 Oct 2013 expires 01 Oct 2023; National ID No. 2529210098 (Ukraine) (individual) [ELECTION-EO13848].

KADYROV, Ramzan Akhmadovich (a.k.a. KADYROV, Ramzan Akhmatovich (Cyrillic: КАДЫРОВ, Рамзан Ахматович)), Republic of Chechnya, Russia; Palm Jumeirah, Dubai, United Arab Emirates; DOB 05 Oct 1976; POB Tsenteroi, Republic of Chechnya, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [MAGNIT] [GLOMAG] [RUSSIA-EO14024].

KADYROV, Ramzan Akhmatovich (Cyrillic: КАДЫРОВ, Рамзан Ахматович) (a.k.a. KADYROV, Ramzan Akhmadovitch), Republic of Chechnya, Russia; Palm Jumeirah, Dubai, United Arab Emirates; DOB 05 Oct 1976; POB Tsenteroi, Republic of Chechnya, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [MAGNIT] [GLOMAG] [RUSSIA-EO14024].

KADYROVA, Aimana (a.k.a. KADYROVA, Aymani Nesievna (Cyrillic: КАДЫРОВА, Аймани Несиевна)), Russia; DOB 04 Aug 1953; POB Kurgamys, Pavlodar Region, Kazakhstan; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 200602168574 (Russia) (individual) [RUSSIA-EO14024] (Linked To: AKHMAT KADYROV FOUNDATION).

KADYROVA, Aishat Ramzanovna (a.k.a. KADYROVA, Ayshat Ramzanovna (Cyrillic: КАДЫРОВА, Айшат Рамзановна)), Republic of Chechnya, Russia; DOB 31 Dec 1998; POB Tsentoroy, Kurchaloyesvsky, Republic of Chechnya, Russia; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772975749950 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KADYROV, Ramzan Akhmatovich).

KADYROVA, Aymani Nesievna (Cyrillic: КАДЫРОВА, Аймани Несиевна) (a.k.a. KADYROVA, Aimana), Russia; DOB 04 Aug 1953; POB Kurgamys, Pavlodar Region, Kazakhstan; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 200602168574 (Russia) (individual) [RUSSIA-EO14024] (Linked To: AKHMAT KADYROV FOUNDATION).

KADYROVA, Ayshat Ramzanovna (Cyrillic: КАДЫРОВА, Айшат Рамзановна) (a.k.a. KADYROVA, Aishat Ramzanovna), Republic of Chechnya, Russia; DOB 31 Dec 1998; POB Tsentoroy, Kurchaloyesvsky, Republic of Chechnya, Russia; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772975749950 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KADYROV, Ramzan Akhmatovich).

KADYROVA, Karina Ramzanovna (Cyrillic: КАДЫРОВА, Карина Рамзановна) (a.k.a. KADYROVA, Khadizhat (Cyrillic: КАДЫРОВА, Хадижат)), Republic of Chechnya, Russia; DOB 17 Jan 2000; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 200606430092 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KADYROV, Ramzan Akhmatovich).

KADYROVA, Khadizhat (Cyrillic: КАДЫРОВА, Хадижат) (a.k.a. KADYROVA, Karina Ramzanovna (Cyrillic: КАДЫРОВА, Карина Рамзановна)), Republic of Chechnya, Russia; DOB 17 Jan 2000; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 200606430092 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KADYROV, Ramzan Akhmatovich).

KADYROVA, Medni Musaevna (Cyrillic: КАДЫРОВА, Медни Мусаевна) (a.k.a. AYADMIROVA, Medni Musaevna (Cyrillic: АЙДАМИРОВА, Медни Мусаевна); a.k.a. KADYROVA, Medny (Cyrillic: КАДЫРОВА, Медни)), Republic of Chechnya, Russia; Moscow, Russia; DOB 07 Sep 1978; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: KADYROV, Ramzan Akhmatovich).

KADYROVA, Medny (Cyrillic: КАДЫРОВА, Медни) (a.k.a. AYADMIROVA, Medni Musaevna (Cyrillic: АЙДАМИРОВА, Медни Мусаевна); a.k.a. KADYROVA, Medni Musaevna (Cyrillic: КАДЫРОВА, Медни Мусаевна)), Republic of Chechnya, Russia; Moscow, Russia; DOB 07 Sep 1978; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: KADYROV, Ramzan Akhmatovich).

KADYROVA, Tabarik Ramzanovna (Cyrillic: КАДЫРОВА, Табарик Рамзановна), Republic of Chechnya, Russia; DOB 13 Jul 2004; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual)

[RUSSIA-EO14024] (Linked To: KADYROV, Ramzan Akhmatovich).

KAFAK ENTERPRISES LIMITED, 88B, T/Balewa Road, Kano State, Nigeria; Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: FAWAZ, Mustapha Reda Darwish; Linked To: FAWAZ, Fouzi Reda Darwish).

KAFAR ZADE, Mekhti Fikret Ogly (a.k.a. GAFAR ZADA, Mehti; a.k.a. GAFAR ZADE, Mekhti Fikret; a.k.a. GAFAR ZADE, Mekhti Fikret Oglu; a.k.a. MEHTI, Gafar Zada), Moscow, Russia; DOB 30 Nov 1978; POB Azerbaijan; nationality Azerbaijan; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport C03895864 (Azerbaijan) issued 11 Apr 2022 expires 10 Apr 2032; National ID No. 0V9WV73 (Azerbaijan) (individual) [RUSSIA-EO14024].

KAFI, 'Ataalla Salman 'Abd (a.k.a. AL JABURI, Atallah Salman Kafi; a.k.a. ALAKT, Ataullah Salman; a.k.a. AL-JABURI, 'Atallah Salman Kafi; a.k.a. AL-JABURI, 'Attallah Salman 'Abd al-Kafi; a.k.a. AL-JABURI, Attallah Salman 'Abd Kafi; a.k.a. AL-KAFI, 'Attallah Salman 'Abd; a.k.a. KAFI, 'Ataallah Salman; a.k.a. KAFI, Atallah Salman Abd; a.k.a. "ABU HAQI"), Hawi al-Arishah Village, Hawijah District, Kirkuk Province, Iraq; Hawijah District, Kirkuk Province, Iraq; Rumanah Village, Kirkuk Province, Iraq; DOB 01 Jan 1973; POB Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

KAFI, 'Ataallah Salman (a.k.a. AL JABURI, Atallah Salman Kafi; a.k.a. ALAKT, Ataullah Salman; a.k.a. AL-JABURI, 'Atallah Salman Kafi; a.k.a. AL-JABURI, 'Attallah Salman 'Abd al-Kafi; a.k.a. AL-JABURI, Attallah Salman 'Abd Kafi; a.k.a. AL-KAFI, 'Attallah Salman 'Abd; a.k.a. KAFI, 'Ataalla Salman 'Abd; a.k.a. KAFI, Atallah Salman Abd; a.k.a. "ABU HAQI"), Hawi al-Arishah Village, Hawijah District, Kirkuk Province, Iraq; Hawijah District, Kirkuk Province, Iraq; Rumanah Village, Kirkuk Province, Iraq; DOB 01 Jan 1973; POB Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual)

[SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

KAFI, Atallah Salman Abd (a.k.a. AL JABURI, Atallah Salman Kafi; a.k.a. ALAKT, Ataullah Salman; a.k.a. AL-JABURI, 'Atallah Salman Kafi; a.k.a. AL-JABURI, 'Attallah Salman 'Abd al-Kafi; a.k.a. AL-JABURI, Attallah Salman 'Abd Kafi; a.k.a. AL-KAFI, 'Attallah Salman 'Abd; a.k.a. KAFI, 'Ataalla Salman 'Abd; a.k.a. KAFI, 'Ataallah Salman; a.k.a. "ABU HAQI"), Hawi al-Arishah Village, Hawijah District, Kirkuk Province, Iraq; Hawijah District, Kirkuk Province, Iraq; Rumanah Village, Kirkuk Province, Iraq; DOB 01 Jan 1973; POB Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

KAFOLATBANK (a.k.a. CJSC KAFOLATBANK), Apartment 4/1, Academics Rajabovs Street, Dushanbe, Tajikistan; SWIFT/BIC KACJTJ22; All offices worldwide [IRAN].

KAGANSKIY, Vladimir (a.k.a. KAGANSKIY, Vladimir Yakovlevich), Russia; DOB 23 Dec 1957; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 726105847 (Russia) (individual) [CYBER2] (Linked To: DIVETECHNOSERVICES).

KAGANSKIY, Vladimir Yakovlevich (a.k.a. KAGANSKIY, Vladimir), Russia; DOB 23 Dec 1957; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 726105847 (Russia) (individual) [CYBER2] (Linked To: DIVETECHNOSERVICES).

KAHANE (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a.

THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KAHANE CHAI (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KAHANE LIVES (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA;

a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KAHANE TZADAK (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA;

a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KAHANE.ORG (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KAHANETZADAK.COM (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a.

THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KAHVARIN, Iradj Mohammadi; Additional Sanctions Information - Subject to Secondary Sanctions; Passport X15232608 (Iran) (individual) [NPWMD] [IFSR] (Linked To: NEKA NOVIN).

KAHWA, Chief (a.k.a. KAHWA, Mandro Panga; a.k.a. KARIM, Yves Andoul; a.k.a. MANDRO, Kawa; a.k.a. MANDRO, Kawa Panga; a.k.a. MANDRO, Khawa Panga; a.k.a. MANDRO, Yves Khawa Panga; a.k.a. PANGA, Kawa); DOB 20 Aug 1973; POB Bunia, Democratic Republic of the Congo; former President, Party for Unity and Safeguarding of the Integrity of Congo (PUSIC) (individual) [DRCONGO].

KAHWA, Mandro Panga (a.k.a. KAHWA, Chief; a.k.a. KARIM, Yves Andoul; a.k.a. MANDRO, Kawa; a.k.a. MANDRO, Kawa Panga; a.k.a. MANDRO, Khawa Panga; a.k.a. MANDRO, Yves Khawa Panga; a.k.a. PANGA, Kawa); DOB 20 Aug 1973; POB Bunia, Democratic Republic of the Congo; former President, Party for Unity and Safeguarding of the Integrity of Congo (PUSIC) (individual) [DRCONGO].

KAI HENG LONG GLOBAL ENERGY (a.k.a. KAI HENG LONG GLOBAL ENERGY LIMITED (Chinese Traditional: 開興隆環球能源有限公司)), Room 1901, 19th Floor, Lee Garden One, 33 Hysan Avenue, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Aug 2013; Identification Number IMO 6165181; Business Registration Number 61926180 (Hong Kong) [SDGT] (Linked To: TALAQI GROUP).

KAI HENG LONG GLOBAL ENERGY LIMITED (Chinese Traditional: 開興隆環球能源有限公司) (a.k.a. KAI HENG LONG GLOBAL ENERGY), Room 1901, 19th Floor, Lee Garden One, 33 Hysan Avenue, Hong Kong, China; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Aug 2013; Identification Number IMO 6165181; Business Registration Number 61926180 (Hong Kong) [SDGT] (Linked To: TALAQI GROUP).

KAIBO HOTEL (a.k.a. K B HOTEL CO LTD; a.k.a. KB HOTEL; a.k.a. KB HOTEL AND CASINO), Phum 6, Sangkat Buon, Mittakpheap, Preah Sihanouk 18204, Cambodia; Organization Established Date 31 Jan 2019; Organization Type: Short term accommodation activities; Tax ID No. B117-901902908 (Cambodia); Registration Number 00040174 (Cambodia) [CYBER4].

KAIFENG CARBON CO., LTD. CHINA PINGMEI SHENMA GROUP (a.k.a. KAIFENG PINGMEI NEW CARBON MATERIALS TECHNOLOGY CO., LTD.; a.k.a. KAIFENG PINGMEI XINXINGTAN MATERIAL TECHNOLOGY CO., LTD.; a.k.a. "KFCC"), Dongiaobian Village, Shunhe Hui District, Kaifeng, Henan 475002, China; Donjiaobian Village, No. 310 National Highway, Kaifeng, Henan 475002, China; Biancun, East Suburbs, Shunhe District, Kaifeng, Henan Province 475002, China; Website www.kfcc.com.cn; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); Tax ID No. 410211742522406 (China); Unified Social Credit Code (USCC) 914102007425224065 (China) [IFCA] [IRAN-EO13871] (Linked To: PASARGAD STEEL COMPLEX).

KAIFENG PINGMEI NEW CARBON MATERIALS TECHNOLOGY CO., LTD. (a.k.a. KAIFENG CARBON CO., LTD. CHINA PINGMEI SHENMA GROUP; a.k.a. KAIFENG PINGMEI XINXINGTAN MATERIAL TECHNOLOGY CO., LTD.; a.k.a. "KFCC"), Dongiaobian Village, Shunhe Hui District, Kaifeng, Henan 475002, China; Donjiaobian Village, No. 310 National Highway, Kaifeng, Henan 475002, China; Biancun, East Suburbs, Shunhe District,

Kaifeng, Henan Province 475002, China; Website www.kfcc.com.cn; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); Tax ID No. 410211742522406 (China); Unified Social Credit Code (USCC) 914102007425224065 (China) [IFCA] [IRAN-EO13871] (Linked To: PASARGAD STEEL COMPLEX).

KAIFENG PINGMEI XINXINGTAN MATERIAL TECHNOLOGY CO., LTD. (a.k.a. KAIFENG CARBON CO., LTD. CHINA PINGMEI SHENMA GROUP; a.k.a. KAIFENG PINGMEI NEW CARBON MATERIALS TECHNOLOGY CO., LTD.; a.k.a. "KFCC"), Dongiaobian Village, Shunhe Hui District, Kaifeng, Henan 475002, China; Donjiaobian Village, No. 310 National Highway, Kaifeng, Henan 475002, China; Biancun, East Suburbs, Shunhe District, Kaifeng, Henan Province 475002, China; Website www.kfcc.com.cn; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); Tax ID No. 410211742522406 (China); Unified Social Credit Code (USCC) 914102007425224065 (China) [IFCA] [IRAN-EO13871] (Linked To: PASARGAD STEEL COMPLEX).

KAIGORODOV, Igor Veniaminovich (Cyrillic: КАЙГОРОДОВ, Игорь Вениаминович), Izhevsk, Russia; DOB 29 Nov 1974; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Tax ID No. 183475635611 (Russia); Russian State Individual Business Registration Number Pattern (OGRNIP) 315183100004295 (Russia) (individual) [RUSSIA-EO14024].

KAIKAI TECHNOLOGY CO., LTD. (a.k.a. EASTNINE CHEMICALS CO., LTD.; f.k.a. EASTNINE INTERNATIONAL TRADING CO., LTD.; a.k.a. NANJING KAIKAI POLYURETHANE CO., LTD.; a.k.a. NANJING KAIKAI TECHNOLOGY CO., LTD.), No. 3 Fangcao Garden, Longjiang District, Nanjing, Jiangsu 210038, China; Des Voeux Road, Hong Kong; No. 2, Zhongxin Group, Yanshanhe Village, Yangmiao Town, Yangzhou, Jiangsu 210038, China; Goldencard Building, No. 83 Suojing Road, Nanjing, Jiangsu 210000, China; 334 Te Atatu Road, Te Atatu South, Auckland, New Zealand; Website http://www.kk-pu.com; Email Address info@kk-pu.com; alt. Email Address kaikaitech@gmail.com; alt. Email Address kktech12345@gmail.com; Business Registration Document # 9429033056678 (New Zealand) [SDNTK].

KAINA, Innocent (a.k.a. KAYNA, Innocent); DOB 1978; POB Bunagana, Rutshuru territory, Democratic Republic of the Congo; Colonel (individual) [DRCONGO].

KAIRABA SHOPPING CENTER (a.k.a. KAIRABA SUPERMARKET), Kairaba Ave, P.O. Box 2176, Banjul, The Gambia; 62 Buckle Street, Banjul, The Gambia; Pipeline Road, Banjul, The Gambia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KAIRABA SUPERMARKET (a.k.a. KAIRABA SHOPPING CENTER), Kairaba Ave, P.O. Box 2176, Banjul, The Gambia; 62 Buckle Street, Banjul, The Gambia; Pipeline Road, Banjul, The Gambia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KAIRADIN, Raific Mohamad (a.k.a. YOUSEF, Rafik Mohamad), Kathe Dorsch Ring 21, Berlin 12353, Germany; Mannheim Prison, Germany; DOB 27 Aug 1974; POB Baghdad, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Travel

Document Number A0092301 (Germany) (individual) [SDGT].

KAITO NAVIGATION SA, 80 Broad Street, Monrovia, Liberia; Organization Established Date 2024; Identification Number IMO 0092021 [IRAN-EO13902].

KAIXUANMEN LIMITED (a.k.a. PLZCOME LIMITED; a.k.a. YUMIKO INTERNATIONAL FOOD TRADE LIMITED), Rm A206, 2/F, New Eason Ind Bldg, Kwun Tong, Hong Kong, China; Organization Established Date 18 Nov 2021; Company Number 3104028 (Hong Kong); Business Registration Number 73551953 (Hong Kong) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

KAJMAKOVIC, Diana (a.k.a. KAJMAKOVIC, Dijana), Bosnia and Herzegovina; DOB 22 Aug 1966; POB Sarajevo, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; citizen Bosnia and Herzegovina; Gender Female (individual) [BALKANS-EO14033].

KAJMAKOVIC, Dijana (a.k.a. KAJMAKOVIC, Diana), Bosnia and Herzegovina; DOB 22 Aug 1966; POB Sarajevo, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; citizen Bosnia and Herzegovina; Gender Female (individual) [BALKANS-EO14033].

KAJUJU, Mzee (a.k.a. BALUKU, Seka; a.k.a. BALUKU, Seka Musa; a.k.a. "LUMONDE"; a.k.a. "LUMU"; a.k.a. "MAKUBA"), Congo, Democratic Republic of the; North Kivu Province, Congo, Democratic Republic of the; DOB 1976; alt. DOB 1975; POB Kasese District, Rwenzururu Sub-Region, Western Uganda; nationality Uganda; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [GLOMAG].

KAKAR, Saleh Mohammad (a.k.a. "SALEH MOHAMMAD"); DOB 1962; POB Nulgham Village, Panjwai District, Kandahar, Afghanistan; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KAKAWAVU BAKONDE, Jerome (a.k.a. GAGAKWAVU, Jerome; a.k.a. GAKWAVU BOKANDE, Jerome; a.k.a. KAKWAVU BUKANDE, Jerome), Kinshasa, Congo, Democratic Republic of the; Aru, Congo, Democratic Republic of the; DOB 1964; POB Masisi, Nord-Kivu, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

KAKWAVU BUKANDE, Jerome (a.k.a. GAGAKWAVU, Jerome; a.k.a. GAKWAVU BOKANDE, Jerome; a.k.a. KAKAWAVU BAKONDE, Jerome), Kinshasa, Congo, Democratic Republic of the; Aru, Congo, Democratic Republic of the; DOB 1964; POB Masisi, Nord-Kivu, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

KALA ELECTRIC COMPANY (a.k.a. KALAYE ELECTRIC COMPANY), 33 Fifteenth (15th) Street, Seyed-Jamal-Eddin-Assad Abadi Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

KALA LIMITED (a.k.a. KALA NAFT LONDON LTD), NIOC House, 4 Victoria Street, Westminster, London SW1H 0NE, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 01517853 (United Kingdom); all offices worldwide [IRAN].

KALA NAFT CO SSK (a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

KALA NAFT COMPANY LTD (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

KALA NAFT LONDON LTD (a.k.a. KALA LIMITED), NIOC House, 4 Victoria Street, Westminster, London SW1H 0NE, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 01517853 (United Kingdom); all offices worldwide [IRAN].

KALA NAFT TEHRAN (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

KALA NAFT TEHRAN COMPANY (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH

KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

KALA PENSION TRUST LIMITED, C/O Kala Limited, N.I.O.C. House, 4 Victoria Street, London SW1H 0NE, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 01573317 (United Kingdom); all offices worldwide [IRAN].

KALABAYEVA, Valeriya, Russia; DOB 01 Oct 1997; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 653701605 (Russia) (individual) [NPWMD] [CYBER2] [ELECTION-EO13848] (Linked To: SOUTHFRONT).

KALACHOV, Zakhar (a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar

1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALAD, Belkasam (a.k.a. KALED, Belkasam; a.k.a. MOSTAFA, Damel; a.k.a. MOSTAFA, Djamal; a.k.a. MOSTEFA, Djamel; a.k.a. MOUSTFA, Djamel (Arabic: جمال مصطفى); a.k.a. "ALI BARKANI"; a.k.a. "MOUSTAFA"), Algeria; DOB 28 Sep 1973; alt. DOB 31 Dec 1979; alt. DOB 22 Aug 1973; alt. DOB 25 Sep 1973; POB Mehdia, Tiaret, Algeria; alt. POB Morocco; nationality Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KALAF, Fuad Mohamed (a.k.a. KALAF, Fuad Mohammed; a.k.a. KHALAF, Fuad; a.k.a. KHALAF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohammed; a.k.a. QALAF, Fuad Mohamed; a.k.a. SHANGOLE, Fuad; a.k.a. SHONGALE, Fouad; a.k.a. SHONGALE, Fuad; a.k.a. SHONGOLE, Fuad; a.k.a. SHONGOLE, Fuad Muhammad Khalaf; a.k.a. SONGALE, Fuad), Mogadishu, Somalia; DOB 28 Mar 1965; alt. DOB 28 May 1965; POB Somalia; nationality Somalia; alt. nationality Sweden; Gender Male (individual) [SOMALIA].

KALAF, Fuad Mohammed (a.k.a. KALAF, Fuad Mohamed; a.k.a. KHALAF, Fuad; a.k.a. KHALAF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohammed; a.k.a. QALAF, Fuad Mohamed; a.k.a. SHANGOLE, Fuad; a.k.a. SHONGALE, Fouad; a.k.a. SHONGALE, Fuad; a.k.a. SHONGOLE, Fuad; a.k.a. SHONGOLE, Fuad Muhammad Khalaf; a.k.a. SONGALE, Fuad), Mogadishu, Somalia; DOB 28 Mar 1965; alt. DOB 28 May 1965; POB Somalia; nationality Somalia; alt. nationality Sweden; Gender Male (individual) [SOMALIA].

KALAMI, Seyed Mohammad, Iran; DOB 14 Jun 1989; POB Kahnuj, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K27232571 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KALAN KISH SHIPPING CO (a.k.a. KALAN KISH SHIPPING LINES), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

KALAN KISH SHIPPING LINES (a.k.a. KALAN KISH SHIPPING CO), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

KALANTARI, Sajjad (a.k.a. KHODA'I, Mohammad Hasan); DOB 21 Sep 1983; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 444-973367-3 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KALASCHOV, Sachary Knyasevich (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASCHOW, Zachari (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASH, Zakhary (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASHNIK, Sergey Viktorovich (Cyrillic: КАЛАШНИК, Сергей Викторович), Russia; DOB 31 Mar 1978; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KALASHNIKOV CONCERN (a.k.a. CONCERN KALASHNIKOV; a.k.a. IZHEVSKIY MASHINOSTROITEL'NYI ZAVOD OAO; a.k.a. JOINT STOCK COMPANY CONCERN KALASHNIKOV; a.k.a. JSC KALASHNIKOV CONCERN; a.k.a. OJSC KALASHNIKOV CONCERN), 18 Krzhizhanovsky St, Bldg 4, Moscow 11728, Russia; 2/93 Deryabin Passage, Room 78, Izhevsk 426006, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1832090230 (Russia); Registration Number 1111832003018 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

KALASHNIKOV, Aleksandr (Cyrillic: КАЛАШНИКОВ, Александр) (a.k.a. KALASHNIKOV, Alexander Petrovich (Cyrillic: КАЛАШНИКОВ, Александр Петрович)), Russia; DOB 27 Jan 1964; POB Tatarsk, Novosibirsk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

KALASHNIKOV, Alexander Petrovich (Cyrillic: КАЛАШНИКОВ, Александр Петрович) (a.k.a. KALASHNIKOV, Aleksandr (Cyrillic: КАЛАШНИКОВ, Александр)), Russia; DOB 27 Jan 1964; POB Tatarsk, Novosibirsk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

KALASHNIKOV, Konstantin Sergeyevich (Cyrillic: КАЛАШНИКОВ, Константин Сергеевич) (a.k.a. KALASHNIKOV, Konstiantyn (Cyrillic: КАЛАШНІКОВ, Констянтин)), Moscow, Russia; DOB 26 Jan 1993; POB Donetsk, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport PU224040 (Ukraine) (individual) [RUSSIA-EO14024].

KALASHNIKOV, Konstiantyn (Cyrillic: КАЛАШНІКОВ, Констянтин) (a.k.a. KALASHNIKOV, Konstantin Sergeyevich (Cyrillic: КАЛАШНИКОВ, Константин Сергеевич)), Moscow, Russia; DOB 26 Jan 1993; POB Donetsk, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport PU224040 (Ukraine) (individual) [RUSSIA-EO14024].

KALASHNIKOV, Leonid Ivanovich (Cyrillic: КАЛАШНИКОВ, Леонид Иванович), Russia; DOB 06 Aug 1960; POB Stepnoy Dvorets, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KALASHOV, Marina (a.k.a. GOLDBERG, Marina Samuilovna; a.k.a. KALASHOVA, Marina), Burj Khalifa, Dubai, United Arab Emirates; DOB 15 Sep 1979; Passport 514763020 (Russia) (individual) [TCO].

KALASHOV, Sergio (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASHOV, Zachari (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASHOV, Zahar (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich;

a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASHOV, Zajar (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASHOV, Zakaria (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO

KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASHOV, Zakhar (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASHOV, Zakhar Kniezivich (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality

Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASHOV, Zakhary (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ) (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASHOVA, Marina (a.k.a. GOLDBERG, Marina Samuilovna; a.k.a. KALASHOV, Marina), Burj Khalifa, Dubai, United Arab Emirates; DOB 15 Sep 1979; Passport 514763020 (Russia) (individual) [TCO].

KALASIIOV, Zakhariy Kniazevich (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASOV, Zacharias (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASOV, Zaxar (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a.

KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALAYE ELECTRIC COMPANY (a.k.a. KALA ELECTRIC COMPANY), 33 Fifteenth (15th) Street, Seyed-Jamal-Eddin-Assad Abadi Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

KALAYE SABZ ORZ COMPANY (a.k.a. TAMIN KALAYE SABZ; a.k.a. TAMIN KALAYE SABZ ARAS COMPANY; a.k.a. TAMIN KALAYE SABZ COMPANY; a.k.a. "KSO COMPANY"; a.k.a. "TS CO."; a.k.a. "TS COMPANY"), No. 13, Unit 12, Sazman Ab Ave., Jenah Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 1463468660 (Iran); Company Number 10980302323 (Iran) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

KALAYEH NAFT CO (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH

KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

KALCO ALUMINUM COMPANY (a.k.a. KAVE KHOZESTAN ALUMINIUM CO.; a.k.a. KAVEH ALUMINUM KHUZESTAN; a.k.a. KAVEH KHOZESTAN ALUMINIUM; a.k.a. KAVEH KHOZESTAN ALUMINIUM COMPANY; a.k.a. KAVEH KHOZESTAN ALUMINUM COMPANY (Arabic: شرکت آلومینیوم کاوه خوزستان); a.k.a. KHUZESTAN KAVEH ALUMINUM COMPANY; a.k.a. "KALCO"), Building Alavi Golabi Street, Hafez Junction, Karimkhan Avenue, Tehran, Iran; Resalat Expressway, corner of Nelson Mandela Africa Blvd., Bonyad Complex, Tower 2, 9th Floor, Tehran, Iran; Website www.kalco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103583873 (Iran); Registration Number 321820 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

KALDANI, Rayan (a.k.a. AL-KALDANI, Rayyan; a.k.a. AL-KILDANI, Rayan; a.k.a. DODI, Rian Salim Sadeq), Palestine Street, DIST 505 ST 60 H 19, Baghdad, Iraq; DOB 03 Sep 1989; POB Baghdad, Iraq; nationality Iraq; Gender Male; National ID No. 00365298 (Iraq) (individual) [GLOMAG].

KALED, Belkasam (a.k.a. KALAD, Belkasam; a.k.a. MOSTAFA, Damel; a.k.a. MOSTAFA, Djamal; a.k.a. MOSTEFA, Djamel; a.k.a. MOUSTFA, Djamel (Arabic: جمال مصطفى); a.k.a. "ALI BARKANI"; a.k.a. "MOUSTAFA"), Algeria; DOB 28 Sep 1973; alt. DOB 31 Dec 1979; alt. DOB 22 Aug 1973; alt. DOB 25 Sep 1973; POB Mehdia, Tiaret, Algeria; alt. POB Morocco; nationality Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KALEDINA, Diana Evgenevna (Cyrillic: КАЛЕДИНА, Диана Евгеньевна), Russia; DOB 1981; POB St. Petersburg, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781662856885 (Russia) (individual) [RUSSIA-EO14024].

KALEEM, Musa (a.k.a. ALIZAI, Musa Khalim; a.k.a. BARICH, Musa Kalim; a.k.a. KALIM, Mohammed Musa; a.k.a. KALIM, Musa; a.k.a. KHALEEM, Musa; a.k.a. KHALIM, Musa; a.k.a. QALEM, Musa; a.k.a. QALIM, Musa), Chahgay Bazaar, Chahgay, Pakistan; Haji Mohammed Plaza, Tol Aram Road, Nearest Jamal Dean Afghani Road, Quetta, Pakistan; Dr Barno Road, Quetta, Pakistan; POB Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AD4756241 (Pakistan) issued 02 Nov 2008 expires 01 Nov 2013; National ID No. 54101-6356624-9 (Pakistan) (individual) [SDGT].

KALESTAN, Hasan Jafari (Arabic: حسن جعفری كلستان) (a.k.a. JA'FARI, Hasan; a.k.a. JAFARI, Hassan), Turkey; DOB 28 Nov 1991; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E65645407 (Iran); National ID No. 1630127760 (Iran) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

KALEV KATANGA, Mutondo (a.k.a. KALEV, Motono; a.k.a. KALEV, Mutundo; a.k.a. MUTOID, Kalev; a.k.a. MUTOMBO, Kalev; a.k.a. MUTOND, Kalev; a.k.a. MUTONDO KATANGA, Kalev; a.k.a. MUTONDO, Kalev; a.k.a. MUTUND, Kalev), 24 Avenue Ma Campagne, Quartier Ma Campagne Commune De Ngaliema, Kinshasa 00243, Congo, Democratic Republic of the; DOB 03 Mar 1957; POB Kasaji, Democratic Republic of the Congo; alt. POB Likasi, Katanga, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0004470 (Congo, Democratic Republic of the) issued 08 Jun 2012 expires 07 Jun 2017; Agence Nationale de Renseignements General Administrator (individual) [DRCONGO].

KALEV, Motono (a.k.a. KALEV KATANGA, Mutondo; a.k.a. KALEV, Mutundo; a.k.a. MUTOID, Kalev; a.k.a. MUTOMBO, Kalev; a.k.a. MUTOND, Kalev; a.k.a. MUTONDO KATANGA, Kalev; a.k.a. MUTONDO, Kalev; a.k.a. MUTUND, Kalev), 24 Avenue Ma Campagne, Quartier Ma Campagne Commune De Ngaliema, Kinshasa 00243, Congo, Democratic Republic of the; DOB 03 Mar 1957; POB Kasaji, Democratic Republic of the Congo; alt. POB Likasi, Katanga, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0004470 (Congo, Democratic Republic of the) issued 08 Jun 2012 expires 07 Jun 2017; Agence Nationale de Renseignements General Administrator (individual) [DRCONGO].

KALEV, Mutundo (a.k.a. KALEV KATANGA, Mutondo; a.k.a. KALEV, Motono; a.k.a. MUTOID, Kalev; a.k.a. MUTOMBO, Kalev; a.k.a. MUTOND, Kalev; a.k.a. MUTONDO KATANGA, Kalev; a.k.a. MUTONDO, Kalev; a.k.a. MUTUND, Kalev), 24 Avenue Ma Campagne, Quartier Ma Campagne Commune De Ngaliema, Kinshasa 00243, Congo, Democratic Republic of the; DOB 03 Mar 1957; POB Kasaji, Democratic Republic of the Congo; alt. POB Likasi, Katanga, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0004470 (Congo, Democratic Republic of the) issued 08 Jun 2012 expires 07 Jun 2017; Agence Nationale de Renseignements General Administrator (individual) [DRCONGO].

KALIM, Mohammed Musa (a.k.a. ALIZAI, Musa Khalim; a.k.a. BARICH, Musa Kalim; a.k.a. KALEEM, Musa; a.k.a. KALIM, Musa; a.k.a. KHALEEM, Musa; a.k.a. KHALIM, Musa; a.k.a. QALEM, Musa; a.k.a. QALIM, Musa), Chahgay Bazaar, Chahgay, Pakistan; Haji Mohammed Plaza, Tol Aram Road, Nearest Jamal Dean Afghani Road, Quetta, Pakistan; Dr Barno Road, Quetta, Pakistan; POB Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AD4756241 (Pakistan) issued 02 Nov 2008 expires 01 Nov 2013; National ID No. 54101-6356624-9 (Pakistan) (individual) [SDGT].

KALIM, Musa (a.k.a. ALIZAI, Musa Khalim; a.k.a. BARICH, Musa Kalim; a.k.a. KALEEM, Musa; a.k.a. KALIM, Mohammed Musa; a.k.a. KHALEEM, Musa; a.k.a. KHALIM, Musa; a.k.a. QALEM, Musa; a.k.a. QALIM, Musa), Chahgay Bazaar, Chahgay, Pakistan; Haji Mohammed

Plaza, Tol Aram Road, Nearest Jamal Dean Afghani Road, Quetta, Pakistan; Dr Barno Road, Quetta, Pakistan; POB Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AD4756241 (Pakistan) issued 02 Nov 2008 expires 01 Nov 2013; National ID No. 54101-6356624-9 (Pakistan) (individual) [SDGT].

KALIMATOV, Makhmud-Ali Maksharipovich (Cyrillic: КАЛИМАТОВ, Махмуд-Али Макшарипович), Ingushetia, Russia; DOB 09 Apr 1959; POB Ushkonyr, Almaty Region, Kazakhstan; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KALIMULLIN, Rustam Galiullovich (Cyrillic: КАЛИМУЛЛИН, Рустам Галиуллович), Russia; DOB 02 Jan 1958; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KALININ MACHINE PLANT JSC (a.k.a. KALININ MACHINE-BUILDING PLANT OPEN JOINT-STOCK COMPANY; a.k.a. KALININ MACHINERY PLANT-BRD; a.k.a. MASHINOSTROITEL'NYI ZAVOD IM. M.I. KALININA, G. YEKATERINBURG OAO; a.k.a. MZIK OAO; a.k.a. OPEN-END JOINT-STOCK COMPANY 'KALININ MACHINERY PLANT. YEKATERINBURG'; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MASHINOSTROITELNY ZAVOD IM.M.I.KALININA, G.EKATERINBURG), 18 prospekt Kosmonavtov, Ekaterinburg, Sverdlovskaya obl. 620017, Russia; Email Address info@zik.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

KALININ MACHINE-BUILDING PLANT OPEN JOINT-STOCK COMPANY (a.k.a. KALININ MACHINE PLANT JSC; a.k.a. KALININ MACHINERY PLANT-BRD; a.k.a. MASHINOSTROITEL'NYI ZAVOD IM. M.I. KALININA, G. YEKATERINBURG OAO; a.k.a. MZIK OAO; a.k.a. OPEN-END JOINT-STOCK COMPANY 'KALININ MACHINERY PLANT. YEKATERINBURG'; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MASHINOSTROITELNY ZAVOD IM.M.I.KALININA, G.EKATERINBURG), 18

prospekt Kosmonavtov, Ekaterinburg, Sverdlovskaya obl. 620017, Russia; Email Address info@zik.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

KALININ MACHINERY PLANT-BRD (a.k.a. KALININ MACHINE PLANT JSC; a.k.a. KALININ MACHINE-BUILDING PLANT OPEN JOINT-STOCK COMPANY; a.k.a. MASHINOSTROITEL'NYI ZAVOD IM. M.I. KALININA, G. YEKATERINBURG OAO; a.k.a. MZIK OAO; a.k.a. OPEN-END JOINT-STOCK COMPANY 'KALININ MACHINERY PLANT. YEKATERINBURG'; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MASHINOSTROITELNY ZAVOD IM.M.I.KALININA, G.EKATERINBURG), 18 prospekt Kosmonavtov, Ekaterinburg, Sverdlovskaya obl. 620017, Russia; Email Address info@zik.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

KALININ, Aleksandr (a.k.a. KALININ, Alexander; a.k.a. KALININ, Alexander Vladimirovich), Turkey; DOB 22 Feb 1974; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4513147020 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SANLITUN YATIRIM DIS TICARET LIMITED SIRKETI).

KALININ, Aleksandr Olegovich (Cyrillic: КАЛИНИН, Александр Олегович), Ulitsa Volodarskogo, 9, Apt. 21, Orekhovo - Zuyevo, Moscow Region 142600, Russia; DOB 13 Jun 1983; POB Moscow Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 721066388 (Russia); National ID No. 4605009658 (Russia) (individual) [RUSSIA-EO14024] (Linked To: GREDSTONE PTE LTD).

KALININ, Alexander (a.k.a. KALININ, Aleksandr; a.k.a. KALININ, Alexander Vladimirovich), Turkey; DOB 22 Feb 1974; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4513147020 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SANLITUN YATIRIM DIS TICARET LIMITED SIRKETI).

KALININ, Alexander Vladimirovich (a.k.a. KALININ, Aleksandr; a.k.a. KALININ,

Alexander), Turkey; DOB 22 Feb 1974; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4513147020 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SANLITUN YATIRIM DIS TICARET LIMITED SIRKETI).

KALININ, Vadim Konstantinovich (Cyrillic: КАЛИНИН, Вадим Константинович), Apartment 16, 9 Gagarina Street, Kharp 629405, Russia; DOB 07 Mar 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 663401241613 (Russia) (individual) [RUSSIA-EO14024].

KALININGRADNEFTEPRODUKT LLC (a.k.a. KALININGRADNEFTEPRODUKT OOO; a.k.a. LIMITED LIABILITY COMPANY KALININGRADNEFTEPRODUCT; a.k.a. LLC KALININGRADNEFTEPRODUCT), 22-b Komsomolskaya Ulitsa, Central District, Kaliningrad, Russia; Email Address knp@baltnet.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1023900589240 (Russia); Tax ID No. 3900000136 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

KALININGRADNEFTEPRODUKT OOO (a.k.a. KALININGRADNEFTEPRODUKT LLC; a.k.a. LIMITED LIABILITY COMPANY KALININGRADNEFTEPRODUCT; a.k.a. LLC KALININGRADNEFTEPRODUCT), 22-b Komsomolskaya Ulitsa, Central District, Kaliningrad, Russia; Email Address knp@baltnet.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1023900589240 (Russia); Tax ID No. 3900000136 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-

center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

KALINOUSKI, Siarhei Aliakseevich (Cyrillic: КАЛІНОЎСКІ, Сяргей Аляксеевіч) (a.k.a. KALINOVSKII, Sergei Alekseevich; a.k.a. KALINOVSKIY, Sergey Alekseevich (Cyrillic: КАЛИНОВСКИЙ, Сергей Алексеевич); a.k.a. KALINOVSKY, Sergei; a.k.a. KALINOWSKI, Siarhei Aliaksiejevich), Brest Oblast, Belarus; DOB 03 Jan 1969; nationality Belarus; Gender Male (individual) [BELARUS].

KALINOV, Konstantin Svyatoslavovich, Moscow, Russia; Tallinn, Estonia; DOB 19 May 1983; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KALINOVSKII, Sergei Alekseevich (a.k.a. KALINOUSKI, Siarhei Aliakseevich (Cyrillic: КАЛІНОЎСКІ, Сяргей Аляксеевіч); a.k.a. KALINOVSKIY, Sergey Alekseevich (Cyrillic: КАЛИНОВСКИЙ, Сергей Алексеевич); a.k.a. KALINOVSKY, Sergei; a.k.a. KALINOWSKI, Siarhei Aliaksiejevich), Brest Oblast, Belarus; DOB 03 Jan 1969; nationality Belarus; Gender Male (individual) [BELARUS].

KALINOVSKIY, Sergey Alekseevich (Cyrillic: КАЛИНОВСКИЙ, Сергей Алексеевич) (a.k.a. KALINOUSKI, Siarhei Aliakseevich (Cyrillic: КАЛІНОЎСКІ, Сяргей Аляксеевіч); a.k.a. KALINOVSKII, Sergei Alekseevich; a.k.a. KALINOVSKY, Sergei; a.k.a. KALINOWSKI, Siarhei Aliaksiejevich), Brest Oblast, Belarus; DOB 03 Jan 1969; nationality Belarus; Gender Male (individual) [BELARUS].

KALINOVSKY, Sergei (a.k.a. KALINOUSKI, Siarhei Aliakseevich (Cyrillic: КАЛІНОЎСКІ, Сяргей Аляксеевіч); a.k.a. KALINOVSKII, Sergei Alekseevich; a.k.a. KALINOVSKIY, Sergey Alekseevich (Cyrillic: КАЛИНОВСКИЙ, Сергей Алексеевич); a.k.a. KALINOWSKI, Siarhei Aliaksiejevich), Brest Oblast, Belarus; DOB 03 Jan 1969; nationality Belarus; Gender Male (individual) [BELARUS].

KALINOWSKI, Siarhei Aliaksiejevich (a.k.a. KALINOUSKI, Siarhei Aliakseevich (Cyrillic: КАЛІНОЎСКІ, Сяргей Аляксеевіч); a.k.a. KALINOVSKII, Sergei Alekseevich; a.k.a. KALINOVSKIY, Sergey Alekseevich (Cyrillic: КАЛИНОВСКИЙ, Сергей Алексеевич); a.k.a. KALINOVSKY, Sergei), Brest Oblast, Belarus; DOB 03 Jan 1969; nationality Belarus; Gender Male (individual) [BELARUS].

KALKAN, Duran (a.k.a. ERDEM, Selahattin); DOB 1954; alt. DOB 1958; POB Adana, Tufanbeyli, Turkey; alt. POB Derik, Turkey; citizen Turkey; Turkish Identification Number 18538165962 (Turkey) (individual) [SDNTK].

KALLAS, Mohamad El Mokhtar (a.k.a. KALLAS, Mohamed; a.k.a. KALLAS, Muhammad Al-Mukhtar); DOB 09 Jan 1987; POB Haret Hreik, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0665670 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH; Linked To: TABAJA, Adham Husayn).

KALLAS, Mohamed (a.k.a. KALLAS, Mohamad El Mokhtar; a.k.a. KALLAS, Muhammad Al-Mukhtar); DOB 09 Jan 1987; POB Haret Hreik, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0665670 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH; Linked To: TABAJA, Adham Husayn).

KALLAS, Muhammad Al-Mukhtar (a.k.a. KALLAS, Mohamad El Mokhtar; a.k.a. KALLAS, Mohamed); DOB 09 Jan 1987; POB Haret Hreik, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0665670 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH; Linked To: TABAJA, Adham Husayn).

KALLIOPE LIMITED, Suite 2, Portland House, Glacis Road, Gibraltar; Company Number 89681 (Gibraltar) [SDNTK].

KALOH HTOO BAW ARMED GROUP (a.k.a. DEMOCRATIC KAREN BENEVOLENT ARMY; a.k.a. DEMOCRATIC KAREN BUDDHIST ARMY; a.k.a. DEMOCRATIC KAREN BUDDHIST ARMY BRIGADE 5; a.k.a. KAREN KLO HTOO BAW ORGANIZATION; a.k.a. KLO HTOO BAW BATTALION; a.k.a. "DKBA"; a.k.a. "DKBA 5"; a.k.a. "KKO"), Sone See Myaing Village, Myawaddy, Karen State, Burma; Organization Established Date 08 Nov 2010; Target Type Armed Group [BURMA-EO14014] [CYBER4].

KALSIMIN (a.k.a. CALCIMIN), No. 12, St. Bilal Habashi, Khorramshahr Ave., Zanjan 4516773541, Iran; Second Floor, No. 13, Street 8th, Ghaem Magham Farahari Ave., Tehran 1586868513, Iran; Website www.calcimin.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: IRAN ZINC MINES DEVELOPMENT COMPANY).

KALTONA LIMITED SASU, Immeuble 1113, 8eme etage, No. 110 Boulevard Du 30 Juin, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-01271 (Congo, Democratic Republic of the) [GLOMAG] (Linked To: GEMINI S.A.S.U.).

KALUGA RESEARCH INSTITUTE OF RADIO ENGINEERING JSC (a.k.a. JOINT STOCK COMPANY KALUZHSKY NAUCHNO ISSLEDOVATELSKY RADIOTEKHNICHESKY HIGHER EDUCATION INSTITUTION; a.k.a. JOINT STOCK COMPANY KNIRTI), Lenina st., 2, Zhukov, Kaluga Region 249192, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Jun 2012; Tax ID No. 4007017378 (Russia); Registration Number 1124011001058 (Russia) [RUSSIA-EO14024].

KALUME, Andre (a.k.a. ANDRE, Karume; a.k.a. KARUME, Andrew; a.k.a. NZABAMWITA, Lucien; a.k.a. NZABANITA, Lucien); DOB 15 Sep 1966; POB Kinyami, Byumba Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO].

KALVAND, Ali, Tehran, Iran; DOB 24 Feb 1981; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10535869 (Iran) expires 14 Jul 2029; alt. Passport N57400649 (Iran) expires 02 Jul 2027 (individual) [NPWMD] [IFSR].

KAMALI, Ali, Iran; DOB 09 Jan 1993; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport F38965053 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KAMALI, Hadi (a.k.a. ZAVARAKI, Hadi Jamshidi), Karaj, Iran; DOB 23 Apr 1986; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0082700958 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KAMALI, Hossein Zare (Arabic: حسین زارع کمالی), Iran; DOB 27 Jun 1961; POB Mehriz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R57381834 (Iran) expires 01 Jul 2027; IRGC Commander for Hamadan Province (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

KAMALVANDI, Behrouz, Iran; DOB 1955; alt. DOB 1956; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

KAMARA, Issa, Tijuana, Baja California, Mexico; DOB 17 Jul 1990; nationality Sierra Leone; citizen Sierra Leone; Gender Male; Phone Number 23275356626 (individual) [TCO] (Linked To: ABDUL KARIM CONTEH HUMAN SMUGGLING ORGANIZATION).

KAMARAN INDUSTRY & INVESTMENT CO (a.k.a. KAMARAN INDUSTRY AND INVESTMENT COMPANY (Arabic: شركة كمران للصناعة والاستثمار)), P.O. Box 14, Hada'a Street, Sana'a, Yemen; Website www.kamaran.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1963; Organization Type: Wholesale of food, beverages and tobacco [SDGT] (Linked To: ANSARALLAH).

KAMARAN INDUSTRY AND INVESTMENT COMPANY (Arabic: شركة كمران للصناعة والاستثمار) (a.k.a. KAMARAN INDUSTRY & INVESTMENT CO), P.O. Box 14, Hada'a Street, Sana'a, Yemen; Website www.kamaran.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1963; Organization Type: Wholesale of food, beverages and tobacco [SDGT] (Linked To: ANSARALLAH).

KAMAZ LEASING CO OAO (a.k.a. KAMAZ LEASING COMPANY INC.; a.k.a. LEASING COMPANY KAMAZ INCORPORATED; a.k.a. LIZINGOVAYA KOMPANIYA KAMAZ PAO), PR-KT Avtozavodskii D. 2, Naberezhnyye Chelny 423827, Russia; Prospect Avtozavodskii, 2, Naberezhnyye Chelny, Tatarstan 423827, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Aug 2005; Tax ID No. 1650130591 (Russia); Government Gazette Number 78681685 (Russia); Registration Number 1051614089944 (Russia) [RUSSIA-EO14024].

KAMAZ LEASING COMPANY INC. (a.k.a. KAMAZ LEASING CO OAO; a.k.a. LEASING COMPANY KAMAZ INCORPORATED; a.k.a. LIZINGOVAYA KOMPANIYA KAMAZ PAO), PR-KT Avtozavodskii D. 2, Naberezhnyye Chelny 423827, Russia; Prospect Avtozavodskii, 2, Naberezhnyye Chelny, Tatarstan 423827, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Aug 2005; Tax ID No. 1650130591 (Russia); Government Gazette Number 78681685 (Russia); Registration Number 1051614089944 (Russia) [RUSSIA-EO14024].

KAMAZ PAO (a.k.a. KAMAZ PJSC; a.k.a. KAMAZ PTC; a.k.a. KAMAZ PUBLICLY TRADED COMPANY; a.k.a. KAMSKOE OBEDINENIE PO PROIZVODSTVU BOLSHEGRUZNYKH AVTOMOBILEI KAMAZ), d. 2, prospekt Avtozavodski, Naberezhnye Chelny, Tatarstan Resp. 423827, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1969; Tax ID No. 1650032058 (Russia); Government Gazette Number 00231515 (Russia); Registration Number 1021602013971 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

KAMAZ PJSC (a.k.a. KAMAZ PAO; a.k.a. KAMAZ PTC; a.k.a. KAMAZ PUBLICLY TRADED COMPANY; a.k.a. KAMSKOE OBEDINENIE PO PROIZVODSTVU BOLSHEGRUZNYKH AVTOMOBILEI KAMAZ), d. 2, prospekt Avtozavodski, Naberezhnye Chelny, Tatarstan Resp. 423827, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1969; Tax ID No. 1650032058 (Russia); Government Gazette Number 00231515 (Russia); Registration Number 1021602013971 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

KAMAZ PTC (a.k.a. KAMAZ PAO; a.k.a. KAMAZ PJSC; a.k.a. KAMAZ PUBLICLY TRADED COMPANY; a.k.a. KAMSKOE OBEDINENIE PO PROIZVODSTVU BOLSHEGRUZNYKH AVTOMOBILEI KAMAZ), d. 2, prospekt Avtozavodski, Naberezhnye Chelny, Tatarstan Resp. 423827, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1969; Tax ID No. 1650032058 (Russia); Government Gazette Number 00231515 (Russia); Registration Number 1021602013971 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

KAMAZ PUBLICLY TRADED COMPANY (a.k.a. KAMAZ PAO; a.k.a. KAMAZ PJSC; a.k.a. KAMAZ PTC; a.k.a. KAMSKOE OBEDINENIE PO PROIZVODSTVU BOLSHEGRUZNYKH AVTOMOBILEI KAMAZ), d. 2, prospekt Avtozavodski, Naberezhnye Chelny, Tatarstan Resp. 423827, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1969; Tax ID No. 1650032058 (Russia); Government Gazette Number 00231515 (Russia); Registration Number 1021602013971 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

KAMBAR, Abu Yasir (a.k.a. KAMBAR, Abubakar; a.k.a. KAMBAR, Abubakar Adam; a.k.a. YASIR, Abu), Nigeria; DOB 1977; POB Maiduguri, Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KAMBAR, Abubakar (a.k.a. KAMBAR, Abu Yasir; a.k.a. KAMBAR, Abubakar Adam; a.k.a. YASIR, Abu), Nigeria; DOB 1977; POB Maiduguri, Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KAMBAR, Abubakar Adam (a.k.a. KAMBAR, Abu Yasir; a.k.a. KAMBAR, Abubakar; a.k.a. YASIR, Abu), Nigeria; DOB 1977; POB Maiduguri, Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KAMBIZ NABIZADEH AND PARTNERS EXCHANGE (Arabic: شرکاء صراف کامبیزنبی زاده

(a.k.a. شرکت تضامنى نبى زاده و شرکاء :Arabic; و NABI ZADEH EXCHANGE; a.k.a. SARAFI KAMBIZ NABIZADEH VA SHORAKA), No. 3, First Floor, End of Yeganeh Street, End of Sonbol Street, Shahid Doctor Lavanasi Boulevard, Hesar-e Buali, Tairish, Central District, Shemiranat County, Tehran, Tehran Province 1954657114, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 11 Jan 2017; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; National ID No. 14006486022 (Iran); Business Registration Number 504036 (Iran) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

KAMBO, Tarandzhit Singkh (a.k.a. KAMBO, Taranjeet), Zanevsky Prospect, House 63, Saint Petersburg 195213, Russia; DOB 29 Mar 1976; POB India; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 750028082 (Russia) expires 24 May 2024 (individual) [RUSSIA-EO14024] (Linked To: OOO SOFT PLYUS).

KAMBO, Taranjeet (a.k.a. KAMBO, Tarandzhit Singkh), Zanevsky Prospect, House 63, Saint Petersburg 195213, Russia; DOB 29 Mar 1976; POB India; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 750028082 (Russia) expires 24 May 2024 (individual) [RUSSIA-EO14024] (Linked To: OOO SOFT PLYUS).

KAMCEV, Jordan (a.k.a. KAMCEV, Orce), North Macedonia, The Republic of; DOB 24 Jul 1970; POB Skopje, North Macedonia; nationality North Macedonia, The Republic of; Gender Male; National ID No. 2407970450009 (North Macedonia, The Republic of) (individual) [BALKANS-EO14033].

KAMCEV, Orce (a.k.a. KAMCEV, Jordan), North Macedonia, The Republic of; DOB 24 Jul 1970; POB Skopje, North Macedonia; nationality North Macedonia, The Republic of; Gender Male; National ID No. 2407970450009 (North Macedonia, The Republic of) (individual) [BALKANS-EO14033].

KAMCEVA, Ratka Kunoska (a.k.a. KUNOSKA-KAMCEVA, Ratka), North Macedonia, The Republic of; DOB 16 Oct 1945; nationality North Macedonia, The Republic of; Gender Female (individual) [BALKANS-EO14033] (Linked To: KAMCEV, Jordan).

KAMCHEV CONSULTING (a.k.a. KAMCHEV KONSALTING SKOPJE DOOEL), Skupi 3A, Karposh 1020, North Macedonia, The Republic of; Organization Established Date 31 Jan 2008; Tax ID No. MK4030008017701 (North Macedonia, The Republic of) [BALKANS-EO14033] (Linked To: KAMCEVA, Ratka Kunoska).

KAMCHEV KONSALTING SKOPJE DOOEL (a.k.a. KAMCHEV CONSULTING), Skupi 3A, Karposh 1020, North Macedonia, The Republic of; Organization Established Date 31 Jan 2008; Tax ID No. MK4030008017701 (North Macedonia, The Republic of) [BALKANS-EO14033] (Linked To: KAMCEVA, Ratka Kunoska).

KAMCHI, Asanbeka (a.k.a. ASANBEK, Kamchi; a.k.a. ASANBEK, Kamchy; a.k.a. KOLBAEV, Kamchi; a.k.a. KOLBAEV, Kamchibek; a.k.a. KOLBAYEV, Kamchi (Cyrillic: КОЛЬБАЕВ, КАМЧЫ); a.k.a. KOLBAYEV, Kamchibek (Cyrillic: КОЛЬБАЕВ, КАМЧИБЕК); a.k.a. KOLBAYEV, Kamchy; a.k.a. KOLBAYEV, Kamchybek Asanbekovich; a.k.a. "KAMCHI BISHKEKSKIY" (Cyrillic: "КАМЧИ БИШКЕКСКИЙ"); a.k.a. "KOLYA-KYRGYZ"), Bahar 1 Sector, C09-T02 Tower, Apartment 3203, Dubai 31672, United Arab Emirates; Murjan 6, Jumeirah Beach Residences, Dubai, United Arab Emirates; DOB 03 Aug 1974; alt. DOB 01 Jan 1973; POB Cholpon-Ata, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; Passport AC2499982 (Kyrgyzstan); alt. Passport AC732709 (Kyrgyzstan); Identification Number 20308197410028 (Kyrgyzstan); alt. Identification Number 1002001 (Kyrgyzstan) (individual) [SDNTK] [TCO] (Linked To: THIEVES-IN-LAW).

KAMEL, Mohamed (a.k.a. EL HEIT, Ali; a.k.a. "ALI DI ROMA"), Via D. Fringuello, 20, Rome, Italy; Milan, Italy; DOB 20 Mar 1970; alt. DOB 30 Jan 1971; POB Rouba, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KAMEL, Mustafa (a.k.a. AL-MASRI, Abu Hamza; a.k.a. AL-MISRI, Abu Hamza; a.k.a. EMAN, Adam Ramsey; a.k.a. MUSTAFA, Mustafa Kamel), 9 Albourne Road, Shepherds Bush, London W12 OLW, United Kingdom; 8 Adie Road, Hammersmith, London W6 OPW, United Kingdom; DOB 15 Apr 1958; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KAMENSK URALSKY METALLURGICAL WORKS JOINT STOCK COMPANY (a.k.a. PUBLIC JOINT STOCK COMPANY KAMENSK URALSKIY METALLURGICHESKIY ZAVOD (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КАМЕНСК УРАЛЬСКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД); a.k.a. "PJSC KUMZ" (Cyrillic: "ПАО КУМЗ")), ul. Zavodskaya 5, Kamensk-Uralski 623405, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6665002150 (Russia); Registration Number 1026600930707 (Russia) [RUSSIA-EO14024].

KAMI GROUP LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KAMI GRUPP), Ul. Bolshaya Semenovskay D. 40, Str. 13, Floor 3, Pom. 307, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Nov 2015; Tax ID No. 7719429480 (Russia); Government Gazette Number 14126265 (Russia); Registration Number 5157746020526 (Russia) [RUSSIA-EO14024].

KAMILHAN LOJISTIK DIS TICARET LIMITED SIRKETI, Giyimkent Sitesi B74 Apartman, No-79-A Orucreis Mahallesi, Istanbul 34235, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Jul 2019; Business Registration Number 198987 (Turkey) [RUSSIA-EO14024].

KAMITET DZYARZHAUNAI BIASPEKI RESPUBLIKI BELARUS (Cyrillic: КАМІТЭТ ДЗЯРЖАЎНАЙ БЯСПЕКІ РЭСПУБЛІКІ БЕЛАРУСЬ) (a.k.a. BELARUSIAN KGB; a.k.a. BELARUSIAN STATE SECURITY COMMITTEE; a.k.a. KOMITET GOSUDARSTVENNOI BEZOPASNOSTI RESPUBLIKI BELARUS (Cyrillic: КОМИТЕТ ГОСУДАРСТВЕННОЙ БЕЗОПАСНОСТИ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. STATE SECURITY COMMITTEE OF THE REPUBLIC OF BELARUS), Nezalezhnastsi Avenue, 17, Minsk 220030, Belarus; Komsomolskaya str., 30, Minsk 220030, Belarus; Target Type Government Entity [BELARUS].

KAMKABEL (a.k.a. KAMSKII KABEL; a.k.a. KAMSKIY KABEL LLC; a.k.a. LLC KAMSKY KABEL; a.k.a. OOO KAMSKIJ KABEL), Ul. Gaivinskaya D. 105, Perm 614030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5904184047 (Russia); Registration Number 1085904004779 (Russia) [RUSSIA-EO14024].

KAMMOUN, Mehdi (a.k.a. KAMMOUN, Mehdi Ben Mohamed Ben Mohamed), Via Masina n.7, Milan, Italy; DOB 03 Apr 1968; POB Tunis, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M307707 issued 12 Apr 2000 expires 11 Apr 2005; Italian Fiscal Code KMMMHD68D03Z352N (Italy) (individual) [SDGT].

KAMMOUN, Mehdi Ben Mohamed Ben Mohamed (a.k.a. KAMMOUN, Mehdi), Via Masina n.7, Milan, Italy; DOB 03 Apr 1968; POB Tunis, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M307707 issued 12 Apr 2000 expires 11 Apr 2005; Italian Fiscal Code KMMMHD68D03Z352N (Italy) (individual) [SDGT].

KAMNEV, Georgy Petrovich (Cyrillic: КАМНЕВ, Георгий Петрович), Russia; DOB 05 Jan 1983; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KAMPIS, Dimitrios Alexandros (a.k.a. CAMBIS, Dimitris; a.k.a. "KLIMT, Gustav"); DOB 14 Oct 1963; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAN].

KAMSHILOV, Oleg Anatolievich, Crimea, Ukraine; DOB 1969; POB Piketnoy Marjanovsky District, Omsk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KAMSKII KABEL (a.k.a. KAMKABEL; a.k.a. KAMSKIY KABEL LLC; a.k.a. LLC KAMSKY KABEL; a.k.a. OOO KAMSKIJ KABEL), Ul. Gaivinskaya D. 105, Perm 614030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5904184047 (Russia); Registration Number 1085904004779 (Russia) [RUSSIA-EO14024].

KAMSKIY KABEL LLC (a.k.a. KAMKABEL; a.k.a. KAMSKII KABEL; a.k.a. LLC KAMSKY KABEL; a.k.a. OOO KAMSKIJ KABEL), Ul. Gaivinskaya D. 105, Perm 614030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5904184047 (Russia); Registration Number 1085904004779 (Russia) [RUSSIA-EO14024].

KAMSKOE OBEDINENIE PO PROIZVODSTVU BOLSHEGRUZNYKH AVTOMOBILEI KAMAZ (a.k.a. KAMAZ PAO; a.k.a. KAMAZ PJSC; a.k.a. KAMAZ PTC; a.k.a. KAMAZ PUBLICLY TRADED COMPANY), d. 2, prospekt Avtozavodski, Naberezhnye Chelny, Tatarstan Resp. 423827, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1969; Tax ID No. 1650032058 (Russia); Government Gazette Number 00231515 (Russia); Registration Number 1021602013971 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

KAMSKY COMMERCIAL BANK (a.k.a. LIMITED LIABILITY COMPANY KAMA KOMMERCIAL; a.k.a. "KAMCOMBANK"), Gidrostroiteley Street, Building 21, Naberezhnyye Chelny 423800, Russia; SWIFT/BIC KACORU21; Website www.kamkombank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 1650025163 (Russia); Legal Entity Number 25300F1C0J3H75V5935; Registration Number 2021600000840 (Russia) [RUSSIA-EO14024].

KAMYSHANOVA, Aleksandra Aleksandrovna, Russia; DOB 29 Nov 1986; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: INFOROS, OOO).

KAMYSHEV, Denis Valentinovich, Russia; DOB Nov 1975; nationality Russia; alt. nationality United Kingdom; alt. nationality South Africa; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KAN, Andrew (a.k.a. KAN, Andrew Kai Yan; a.k.a. KAN, Kai Yan (Chinese Simplified: 简启恩)), Hong Kong; DOB 22 Sep 1969; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport K03981162 (Hong Kong) expires 28 Mar 2024 (individual) [HK-EO13936].

KAN, Andrew Kai Yan (a.k.a. KAN, Andrew; a.k.a. KAN, Kai Yan (Chinese Simplified: 简启恩)), Hong Kong; DOB 22 Sep 1969; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law

116-149; Passport K03981162 (Hong Kong) expires 28 Mar 2024 (individual) [HK-EO13936].

KAN, Kai Yan (Chinese Simplified: 简启恩) (a.k.a. KAN, Andrew; a.k.a. KAN, Andrew Kai Yan), Hong Kong; DOB 22 Sep 1969; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport K03981162 (Hong Kong) expires 28 Mar 2024 (individual) [HK-EO13936].

KANAAN TRAVEL (a.k.a. HILAL TRAVEL AGENCY; a.k.a. HILAL TRAVEL C.A.), Avenida Baralt, Esquina Maderero, Edificio Santa Isabel, Caracas, Venezuela; Avenida Baralt, Esquina Maderero, Edificio Santa Isabel, PB, Local 1, Caracas, Venezuela; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Document # 80074366 (Venezuela) [SDGT].

KANAAN, Fauzi (a.k.a. CANAAN, Fazi; a.k.a. CAN'AN, Faouzi; a.k.a. GANAN, Fauzi; a.k.a. KANAAN, Maustaf Fawzi (Faouzi); a.k.a. KAN'AN, Fawzi; a.k.a. KAN'AN, Fawzi Mustafa; a.k.a. KANAN, Fouzi), Calle 2, Residencias Cosmos, Fifth Floor, Apartment 5D, La Urbina, Caracas, Venezuela; Esquina Bucare, Building 703, Second Floor, Apartment 20, Caracas, Venezuela; DOB 07 Jun 1943; alt. DOB Feb 1943; alt. DOB 01 Jun 1943; POB Lebanon; alt. POB Betechelida, Lebanon; alt. POB Baalbeck, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0877677 (Venezuela); National ID No. V-6.919.272 (Venezuela) (individual) [SDGT].

KANAAN, Maustaf Fawzi (Faouzi) (a.k.a. CANAAN, Fazi; a.k.a. CAN'AN, Faouzi; a.k.a. GANAN, Fauzi; a.k.a. KANAAN, Fauzi; a.k.a. KAN'AN, Fawzi; a.k.a. KAN'AN, Fawzi Mustafa; a.k.a. KANAN, Fouzi), Calle 2, Residencias Cosmos, Fifth Floor, Apartment 5D, La Urbina, Caracas, Venezuela; Esquina Bucare, Building 703, Second Floor, Apartment 20, Caracas, Venezuela; DOB 07 Jun 1943; alt. DOB Feb 1943; alt. DOB 01 Jun 1943; POB Lebanon; alt. POB Betechelida, Lebanon; alt. POB Baalbeck, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0877677 (Venezuela); National ID No. V-6.919.272 (Venezuela) (individual) [SDGT].

KANAFER, Hicham (a.k.a. KANAFER, Hisham; a.k.a. KHANAFAR, Hisham; a.k.a. KHANAFER, Hicham Nmer; a.k.a. KHANAFIR, Hisham); DOB 23 May 1965; POB Ainata, Lebanon; alt. POB Kuntair, The Gambia; nationality Lebanon; alt. nationality The Gambia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1617889 (Lebanon) (individual) [SDGT].

KANAFER, Hisham (a.k.a. KANAFER, Hicham; a.k.a. KHANAFAR, Hisham; a.k.a. KHANAFER, Hicham Nmer; a.k.a. KHANAFIR, Hisham); DOB 23 May 1965; POB Ainata, Lebanon; alt. POB Kuntair, The Gambia; nationality Lebanon; alt. nationality The Gambia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1617889 (Lebanon) (individual) [SDGT].

KAN'AN, Fawzi (a.k.a. CANAAN, Fazi; a.k.a. CAN'AN, Faouzi; a.k.a. GANAN, Fauzi; a.k.a. KANAAN, Fauzi; a.k.a. KANAAN, Maustaf Fawzi (Faouzi); a.k.a. KAN'AN, Fawzi Mustafa; a.k.a. KANAN, Fouzi), Calle 2, Residencias Cosmos, Fifth Floor, Apartment 5D, La Urbina, Caracas, Venezuela; Esquina Bucare, Building 703, Second Floor, Apartment 20, Caracas, Venezuela; DOB 07 Jun 1943; alt. DOB Feb 1943; alt. DOB 01 Jun 1943; POB Lebanon; alt. POB Betechelida, Lebanon; alt. POB Baalbeck, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0877677 (Venezuela); National ID No. V-6.919.272 (Venezuela) (individual) [SDGT].

KAN'AN, Fawzi Mustafa (a.k.a. CANAAN, Fazi; a.k.a. CAN'AN, Faouzi; a.k.a. GANAN, Fauzi; a.k.a. KANAAN, Fauzi; a.k.a. KANAAN, Maustaf Fawzi (Faouzi); a.k.a. KAN'AN, Fawzi; a.k.a. KANAN, Fouzi), Calle 2, Residencias Cosmos, Fifth Floor, Apartment 5D, La Urbina, Caracas, Venezuela; Esquina Bucare, Building 703,

Second Floor, Apartment 20, Caracas, Venezuela; DOB 07 Jun 1943; alt. DOB Feb 1943; alt. DOB 01 Jun 1943; POB Lebanon; alt. POB Betechelida, Lebanon; alt. POB Baalbeck, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0877677 (Venezuela); National ID No. V-6.919.272 (Venezuela) (individual) [SDGT].

KANAN, Fouzi (a.k.a. CANAAN, Fazi; a.k.a. CAN'AN, Faouzi; a.k.a. GANAN, Fauzi; a.k.a. KANAAN, Fauzi; a.k.a. KANAAN, Maustaf Fawzi (Faouzi); a.k.a. KAN'AN, Fawzi; a.k.a. KAN'AN, Fawzi Mustafa), Calle 2, Residencias Cosmos, Fifth Floor, Apartment 5D, La Urbina, Caracas, Venezuela; Esquina Bucare, Building 703, Second Floor, Apartment 20, Caracas, Venezuela; DOB 07 Jun 1943; alt. DOB Feb 1943; alt. DOB 01 Jun 1943; POB Lebanon; alt. POB Betechelida, Lebanon; alt. POB Baalbeck, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0877677 (Venezuela); National ID No. V-6.919.272 (Venezuela) (individual) [SDGT].

KANAN, Radwan (a.k.a. AL-ADANI, Abu 'Abd al-Rahman; a.k.a. AL-NAQAZ, Basil Muhsin Ahmad; a.k.a. KANNA, Radwan; a.k.a. QANAN, Radwan Muhammad Husayn Ali), Aden, Yemen; al-Tawilah, Kraytar District, Aden, Yemen; DOB 07 Sep 1975; alt. DOB 1982; POB Abyan Governorate, Khanfar, Al-Rumilah, Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIL-YEMEN).

KANAYEV, Alexey Valerianovich (Cyrillic: КАНАЕВ, Алексей Валерианович), Russia; DOB 30 Sep 1971; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KANCHAN POLYMERS, Room No. 204, Sowcarpet, 2nd Floor, No. 69, Wall Tax Road, Chennai, Tamil Nadu 600079, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 10

Aug 2022; Legal Entity Number 9845004FD751Q7711C43 (India) [IRAN-EO13846].

KANDELAKI, Tina (Cyrillic: КАНДЕЛАКИ, Тина) (a.k.a. KANDELAKI, Tnatin), Krylatskie Holmi St. 37-269, Moscow 121614, Russia; DOB 10 Nov 1975; POB Tblisi, Georgia; nationality Russia; alt. nationality Georgia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 757242217 (Russia) (individual) [RUSSIA-EO14024] (Linked To: BROVKO, Vasily Yuryevich).

KANDELAKI, Tnatin (a.k.a. KANDELAKI, Tina (Cyrillic: КАНДЕЛАКИ, Тина)), Krylatskie Holmi St. 37-269, Moscow 121614, Russia; DOB 10 Nov 1975; POB Tblisi, Georgia; nationality Russia; alt. nationality Georgia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 757242217 (Russia) (individual) [RUSSIA-EO14024] (Linked To: BROVKO, Vasily Yuryevich).

KANDI, Omid Moosazadeh Hamzeh (a.k.a. KANDI, Omid Mousazadeh), Iran; DOB 18 Dec 1988; POB Salmas, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KANDI, Omid Mousazadeh (a.k.a. KANDI, Omid Moosazadeh Hamzeh), Iran; DOB 18 Dec 1988; POB Salmas, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KANDIHO, Abel, Uganda; DOB 11 Jun 1970; POB Mbarara, Uganda; nationality Uganda; Gender Male; Passport DA025622 (Uganda) expires 29 Mar 2027 (individual) [GLOMAG].

KANG, Chol Hak (Korean: 강철학) (a.k.a. KANG, Ch'o'l-hak), Shenyang, China; DOB 06 Sep 1962; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

KANG, Chol Su, Linjiang, China; DOB 13 Feb 1969; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214; Passport 472234895 (Korea, North); Korea Ryonbong General Corporation Official (individual) [NPWMD] (Linked To: KOREA RYONBONG GENERAL CORPORATION).

KANG, Ch'o'l-hak (a.k.a. KANG, Chol Hak (Korean: 강철학)), Shenyang, China; DOB 06 Sep 1962; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

KANG, Hong-Mun (a.k.a. HASHIMOTO, Hirofumi; a.k.a. KYO, Hirofumi); DOB 08 Jan 1947 (individual) [TCO].

KANG, Kyong Il (a.k.a. KANG, Kyo'ng-il), Tehran, Iran; DOB 01 Sep 1969; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563210175 (Korea, North) (individual) [DPRK] (Linked To: GREEN PINE ASSOCIATED CORPORATION).

KANG, Kyo'ng-il (a.k.a. KANG, Kyong Il), Tehran, Iran; DOB 01 Sep 1969; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563210175 (Korea, North) (individual) [DPRK] (Linked To: GREEN PINE ASSOCIATED CORPORATION).

KANG, Min, Beijing, China; DOB 07 May 1980; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563132918 expires 04 Feb 2018; Korea Daesong Bank representative (individual) [DPRK4].

KANG, Mun-kil (a.k.a. JIAN, WenJi), Korea, North; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions

Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS 472330208 (Korea, North) expires 04 Jul 2017 (individual) [NPWMD] (Linked To: NAMCHONGANG TRADING CORPORATION).

KANG, Myong Chol (a.k.a. PAK, Han Se), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290410121 (Korea, North); Vice Chairman of the Second Economic Committee (individual) [NPWMD] (Linked To: SECOND ECONOMIC COMMITTEE).

KANG, Phil Hun (a.k.a. KANG, Pil Hoon; a.k.a. KANG, P'il-Hun), Korea, North; DOB 11 Jun 1943; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director of the General Political Bureau of the Ministry of People's Security (individual) [DPRK2].

KANG, Phyong Guk (a.k.a. KANG, Pyong Guk; a.k.a. KANG, P'yo'ng-kuk), Beijing, China; DOB 07 Jun 1978; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK] (Linked To: GREEN PINE ASSOCIATED CORPORATION).

KANG, Pil Hoon (a.k.a. KANG, Phil Hun; a.k.a. KANG, P'il-Hun), Korea, North; DOB 11 Jun 1943; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director of the General Political Bureau of the Ministry of People's Security (individual) [DPRK2].

KANG, P'il-Hun (a.k.a. KANG, Phil Hun; a.k.a. KANG, Pil Hoon), Korea, North; DOB 11 Jun 1943; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director of the

General Political Bureau of the Ministry of People's Security (individual) [DPRK2].

KANG, Pyong Guk (a.k.a. KANG, Phyong Guk; a.k.a. KANG, P'yo'ng-kuk), Beijing, China; DOB 07 Jun 1978; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK] (Linked To: GREEN PINE ASSOCIATED CORPORATION).

KANG, P'yo'ng-kuk (a.k.a. KANG, Phyong Guk; a.k.a. KANG, Pyong Guk), Beijing, China; DOB 07 Jun 1978; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK] (Linked To: GREEN PINE ASSOCIATED CORPORATION).

KANG, Ryong; DOB 21 Aug 1968; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; KOMID official in Syria (individual) [DPRK2].

KANG, Song Nam, Korea, North; DOB 28 Jul 1962; POB North P'yo'ngan Province, North Korea; citizen Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654410025 (Korea, North) expires 14 Oct 2019; Bureau Director (individual) [DPRK3] (Linked To: MINISTRY OF STATE SECURITY).

KANGAN PETRO REFINING (a.k.a. KANGAN PETRO REFINING COMPANY; a.k.a. KANGAN PETRO REFINING PRIVATE JOINT STOCK COMPANY (Arabic: شرکت پترو پالایش کنگان سهامی خاص); a.k.a. PETRO PALAYESH KANGAN; a.k.a. PISHKESVATAN-E MOJARAB-E PARSI COMMERCIAL SERVICES (Arabic: خدمات بازرگانی پیش کسوتان مجرب پارس شرکت سهامی خاص)), Nezami Ganjavi Neighborhood, Abbaspoor Street, Shahin Street, Number 1, 5th Floor, Unit 10, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Nov 2012; Commercial

Registry Number 10320829716 (Iran) [IRAN-EO13846].

KANGAN PETRO REFINING COMPANY (a.k.a. KANGAN PETRO REFINING; a.k.a. KANGAN PETRO REFINING PRIVATE JOINT STOCK COMPANY (Arabic: شرکت پترو پالایش کنگان سهامی خاص); a.k.a. PETRO PALAYESH KANGAN; a.k.a. PISHKESVATAN-E MOJARAB-E PARSI COMMERCIAL SERVICES (Arabic: خدمات بازرگانی پیش کسوتان مجرب پارس شرکت سهامی خاص)), Nezami Ganjavi Neighborhood, Abbaspoor Street, Shahin Street, Number 1, 5th Floor, Unit 10, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Nov 2012; Commercial Registry Number 10320829716 (Iran) [IRAN-EO13846].

KANGAN PETRO REFINING PRIVATE JOINT STOCK COMPANY (Arabic: پترو پالایش کنگان شرکت سهامی خاص) (a.k.a. KANGAN PETRO REFINING; a.k.a. KANGAN PETRO REFINING COMPANY; a.k.a. PETRO PALAYESH KANGAN; a.k.a. PISHKESVATAN-E MOJARAB-E PARSI COMMERCIAL SERVICES (Arabic: خدمات بازرگانی پیش کسوتان مجرب پارس شرکت سهامی خاص)), Nezami Ganjavi Neighborhood, Abbaspoor Street, Shahin Street, Number 1, 5th Floor, Unit 10, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Nov 2012; Commercial Registry Number 10320829716 (Iran) [IRAN-EO13846].

KANGBONG TRADING CORPORATION, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KANGEN MARITIME CORPORATION, 1st Floor, Dekk House, Zippora Street, Providence Industrial Estate, Port Victoria, Mahe, Seychelles; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number IMO 6466051 [UKRAINE-EO13662] [RUSSIA-EO14024].

KANILAI FAMILY FARMS (a.k.a. KANILAI FARMS LIMITED; a.k.a. KANILAI WORNI FAMILY FARMS LTD; a.k.a. KANILAI WORNI

FARMS), Kanilai, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

KANILAI FARMS LIMITED (a.k.a. KANILAI FAMILY FARMS; a.k.a. KANILAI WORNI FAMILY FARMS LTD; a.k.a. KANILAI WORNI FARMS), Kanilai, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

KANILAI GROUP INTERNATIONAL (a.k.a. KGI INTERNATIONAL COMPANY LTD), Banjul, The Gambia; P.O. Box 3070 Serrekunda, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

KANILAI WORNI FAMILY FARMS LTD (a.k.a. KANILAI FAMILY FARMS; a.k.a. KANILAI FARMS LIMITED; a.k.a. KANILAI WORNI FARMS), Kanilai, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

KANILAI WORNI FARMS (a.k.a. KANILAI FAMILY FARMS; a.k.a. KANILAI FARMS LIMITED; a.k.a. KANILAI WORNI FAMILY FARMS LTD), Kanilai, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

KANISHCHEV, Pavel; DOB 1986; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KANIYAT MILITIA (f.k.a. "7TH BRIGADE"; a.k.a. "9TH BRIGADE"; a.k.a. "AL-KANI MILITIA"; a.k.a. "AL-KANIYAT"; a.k.a. "KANI BRIGADE"; a.k.a. "KANIAT"; a.k.a. "KANIYAT"; a.k.a. "KANYAT"; f.k.a. "TARHUNA 7TH BRIGADE"; f.k.a. "TARHUNA BRIGADE"), Libya [GLOMAG].

KANNA, Radwan (a.k.a. AL-ADANI, Abu 'Abd al-Rahman; a.k.a. AL-NAQAZ, Basil Muhsin Ahmad; a.k.a. KANAN, Radwan; a.k.a. QANAN, Radwan Muhammad Husayn Ali), Aden, Yemen; al-Tawilah, Kraytar District, Aden, Yemen; DOB 07 Sep 1975; alt. DOB 1982; POB Abyan Governorate, Khanfar, Al-Rumilah, Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIL-YEMEN).

KANNIAPPAN, JR, Ezekial, Kuala Lumpur, Malaysia; DOB 10 Jul 1980; nationality Malaysia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A36564463 (Malaysia) (individual) [SDGT] (Linked To: MERKUR ENERGY PORT SERVICES SDN BHD).

KANOGLU, Hidayet, Rize, Turkey; DOB 30 Jan 1973; POB Ankara, Turkey; nationality Turkey; Additional Sanctions Information - Subject to

Secondary Sanctions; Gender Male (individual) [NPWMD] (Linked To: SAZEH MORAKAB CO. LTD).

KANOKOV, Arsen (a.k.a. KANOKOV, Arsen Bashirovich (Cyrillic: КАНОКОВ, Арсен Баширович)), Russia; DOB 22 Feb 1957; POB Shitkhala, Kabardino-Balkaria, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773001202577 (Russia); Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KANOKOV, Arsen Bashirovich (Cyrillic: КАНОКОВ, Арсен Баширович) (a.k.a. KANOKOV, Arsen), Russia; DOB 22 Feb 1957; POB Shitkhala, Kabardino-Balkaria, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773001202577 (Russia); Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KANOKOV, Timur Borisovich (Cyrillic: КАНОКОВ, Тимур Борисович), Russia; DOB 24 Sep 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KANONIERI KURDEBI (a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

KANONIERI QURDEBI (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-

ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

KANONIERI QURDI (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

KANSO FISHING AGENCY LIMITED, Kissy Dockyard, Freetown, Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: QANSU, Ali Muhammad).

KANSO, Ali Mohamed (a.k.a. KANSOU, Ali Mohamed; a.k.a. QANSU, Ali; a.k.a. QANSU, Ali Muhammad), Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; 5 Guma Valley Drive, Spur Road, Freetown, Sierra Leone; Haret Hreik, Lebanon; DOB 01 Oct 1967; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL3504023 (Lebanon); alt. Passport RL 522139 (Lebanon) (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

KANSO, Jehad (a.k.a. KANSO, Jehad Mohamed; a.k.a. KANSO, Jihad; a.k.a. KANSO, Jihad Mohamad; a.k.a. KANSOU, Jihad; a.k.a. KANSOU, Jihad Mohamad; a.k.a. KANSU, Jehad; a.k.a. QANSAWH, Jehad; a.k.a. QANSO, Jehad; a.k.a. QANSU, Jihad; a.k.a. QANSU, Jihad Muhammad), Jinah-Hafez Al Asad Street, Abedah Building-1st Floor, Beirut, Lebanon; Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; DOB 10 Feb 1966; Additional Sanctions Information - Subject

to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2647015 (Lebanon); alt. Passport 127298342 (Venezuela) (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

KANSO, Jehad Mohamed (a.k.a. KANSO, Jehad; a.k.a. KANSO, Jihad; a.k.a. KANSO, Jihad Mohamad; a.k.a. KANSOU, Jihad; a.k.a. KANSOU, Jihad Mohamad; a.k.a. KANSU, Jehad; a.k.a. QANSAWH, Jehad; a.k.a. QANSO, Jehad; a.k.a. QANSU, Jihad; a.k.a. QANSU, Jihad Muhammad), Jinah-Hafez Al Asad Street, Abedah Building-1st Floor, Beirut, Lebanon; Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; DOB 10 Feb 1966; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2647015 (Lebanon); alt. Passport 127298342 (Venezuela) (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

KANSO, Jihad (a.k.a. KANSO, Jehad; a.k.a. KANSO, Jehad Mohamed; a.k.a. KANSO, Jihad Mohamad; a.k.a. KANSOU, Jihad; a.k.a. KANSOU, Jihad Mohamad; a.k.a. KANSU, Jehad; a.k.a. QANSAWH, Jehad; a.k.a. QANSO, Jehad; a.k.a. QANSU, Jihad; a.k.a. QANSU, Jihad Muhammad), Jinah-Hafez Al Asad Street, Abedah Building-1st Floor, Beirut, Lebanon; Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; DOB 10 Feb 1966; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2647015 (Lebanon); alt. Passport 127298342 (Venezuela) (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

KANSO, Jihad Mohamad (a.k.a. KANSO, Jehad; a.k.a. KANSO, Jehad Mohamed; a.k.a. KANSO, Jihad; a.k.a. KANSOU, Jihad; a.k.a. KANSOU, Jihad Mohamad; a.k.a. KANSU, Jehad; a.k.a. QANSAWH, Jehad; a.k.a. QANSO, Jehad;

a.k.a. QANSU, Jihad; a.k.a. QANSU, Jihad Muhammad), Jinah-Hafez Al Asad Street, Abedah Building-1st Floor, Beirut, Lebanon; Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; DOB 10 Feb 1966; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2647015 (Lebanon); alt. Passport 127298342 (Venezuela) (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

KANSOU, Ali Mohamed (a.k.a. KANSO, Ali Mohamed; a.k.a. QANSU, Ali; a.k.a. QANSU, Ali Muhammad), Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; 5 Guma Valley Drive, Spur Road, Freetown, Sierra Leone; Haret Hreik, Lebanon; DOB 01 Oct 1967; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL3504023 (Lebanon); alt. Passport RL 522139 (Lebanon) (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

KANSOU, Jihad (a.k.a. KANSO, Jehad; a.k.a. KANSO, Jehad Mohamed; a.k.a. KANSO, Jihad; a.k.a. KANSO, Jihad Mohamad; a.k.a. KANSOU, Jihad Mohamad; a.k.a. KANSU, Jehad; a.k.a. QANSAWH, Jehad; a.k.a. QANSO, Jehad; a.k.a. QANSU, Jihad; a.k.a. QANSU, Jihad Muhammad), Jinah-Hafez Al Asad Street, Abedah Building-1st Floor, Beirut, Lebanon; Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; DOB 10 Feb 1966; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2647015 (Lebanon); alt. Passport 127298342 (Venezuela) (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

KANSOU, Jihad Mohamad (a.k.a. KANSO, Jehad; a.k.a. KANSO, Jehad Mohamed; a.k.a. KANSO, Jihad; a.k.a. KANSO, Jihad Mohamad; a.k.a. KANSOU, Jihad; a.k.a. KANSU, Jehad; a.k.a. QANSAWH, Jehad; a.k.a. QANSO, Jehad; a.k.a. QANSU, Jihad; a.k.a. QANSU, Jihad Muhammad), Jinah-Hafez Al Asad Street, Abedah Building-1st Floor, Beirut, Lebanon; Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; DOB 10 Feb 1966; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2647015 (Lebanon); alt. Passport 127298342 (Venezuela) (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

KANSU, Jehad (a.k.a. KANSO, Jehad; a.k.a. KANSO, Jehad Mohamed; a.k.a. KANSO, Jihad; a.k.a. KANSO, Jihad Mohamad; a.k.a. KANSOU, Jihad; a.k.a. KANSOU, Jihad Mohamad; a.k.a. QANSAWH, Jehad; a.k.a. QANSO, Jehad; a.k.a. QANSU, Jihad; a.k.a. QANSU, Jihad Muhammad), Jinah-Hafez Al Asad Street, Abedah Building-1st Floor, Beirut, Lebanon; Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; DOB 10 Feb 1966; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2647015 (Lebanon); alt. Passport 127298342 (Venezuela) (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

KANTI LINES INC., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 10 May 2024; Identification Number IMO 6503481; Business Registration Number 125878 (Marshall Islands) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

KANTRAJI, Amir Hachem (a.k.a. ALKANTRANJI, Amir Hachem; a.k.a. KATRA, Amir; a.k.a. KATRANGI, Amir; a.k.a. KATRANGI, Amir Hachem; a.k.a. KATRANJI, Amir; a.k.a. KATRANJI, Amir Hachem; a.k.a. KATRANJI, Amir Hashem); DOB 24 Jun 1966; POB Hama, Syria; nationality Syria; Managing Director and Co-founder of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KANYAMA TSHISIKU, Celestin (a.k.a. KANYAMA, Celestin (Latin: KANYAMA, Céléstin); a.k.a. KANYAMA, Celestin Cishiku); DOB 04 Oct 1960; POB Kananga, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport OB0637580 issued 20 May 2014 expires 19 May 2019; Kinshasa Police Chief (individual) [DRCONGO].

KANYAMA, Celestin (Latin: KANYAMA, Céléstin) (a.k.a. KANYAMA TSHISIKU, Celestin; a.k.a. KANYAMA, Celestin Cishiku); DOB 04 Oct 1960; POB Kananga, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport OB0637580 issued 20 May 2014 expires 19 May 2019; Kinshasa Police Chief (individual) [DRCONGO].

KANYAMA, Celestin Cishiku (a.k.a. KANYAMA TSHISIKU, Celestin; a.k.a. KANYAMA, Celestin (Latin: KANYAMA, Céléstin)); DOB 04 Oct 1960; POB Kananga, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport OB0637580 issued 20 May 2014 expires 19 May 2019; Kinshasa Police Chief (individual) [DRCONGO].

KANYUKA, Lawrence Kingston (a.k.a. KINGSTON, Lawrence Kanyuka), North Kivu, Congo, Democratic Republic of the; 12 Rue Chevalier, Saint-Maur-des-Fosses 94210, France; 66 Cranberry Lane, London E16 4PE, United Kingdom; 27 Old Gloucester Street, London WC1N 3AX, United Kingdom; DOB 19 Jul 1970; POB Kinshasa, Congo, Democratic Republic of the; nationality Congo, Democratic Republic of the; alt. nationality United Kingdom; Gender Male; Passport 518058784 (United Kingdom) expires 10 Jul 2024 (individual) [DRCONGO] (Linked To: M23).

KAPERE, Otim (a.k.a. BASHIR, Ali Lalobo; a.k.a. KONY, Ali; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLA, Ali Mohammed; a.k.a. LABOLO, Ali Mohammad; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Bashir; a.k.a. LALOBO, Ali Mohammed; a.k.a. SALONGO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Bashir"; a.k.a. "Caesar"; a.k.a. "MOHAMMED, Ali"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

KAPIDZIC, Esad (a.k.a. KAPIDZIC, Eso), Serbia; DOB 23 Jun 1959; alt. DOB 23 Jun 1958; POB Prijepolje, Montenegro; nationality Serbia; Gender Male (individual) [GLOMAG] (Linked To: TESIC, Slobodan).

KAPIDZIC, Eso (a.k.a. KAPIDZIC, Esad), Serbia; DOB 23 Jun 1959; alt. DOB 23 Jun 1958; POB Prijepolje, Montenegro; nationality Serbia; Gender Male (individual) [GLOMAG] (Linked To: TESIC, Slobodan).

KAPLUNNIK, Irina Aleksandrovna, Moscow, Russia; Bulgaria; DOB 1969; nationality Russia; alt. nationality Bulgaria; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KAPO-AVTOTRANS OOO (a.k.a. LIMITED LIABILITY COMPANY KAPO-AVTOTRANS; a.k.a. PSK AVIASTROI), ul Dementyeva d 2B, Kazan 420127, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1661022799 (Russia); Registration Number 1081690078700 (Russia) [RUSSIA-EO14024] (Linked To: TUPOLEV PUBLIC JOINT STOCK COMPANY).

KAPTAN, Mustafa Omer, Turkey; DOB 12 Jan 2003; POB Fatih, Turkey; citizen Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U25122157 (Turkey) expires 29 Sep 2031; National ID No. 24374076362 (Turkey) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KAR, Mavlut (a.k.a. AL UBAYDA, Mulfit Kar Iiyas; a.k.a. ALMANCI, Abdurrahman; a.k.a. KAR, Mawlud; a.k.a. KAR, Meluvet; a.k.a. KAR, Mevlut; a.k.a. KAR, Mivlut; a.k.a. YUSOV, Yanal; a.k.a. ZIKARA, Mevlut; a.k.a. "ABDULLAH THE TURK"; a.k.a. "ABU OBEIDAH AL TURKI"; a.k.a. "ABU OBEJD EL-TURKI"; a.k.a. "ABU UDEJF EL-TURKI"; a.k.a. "AL TURKI KYOSEV"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

KAR, Mawlud (a.k.a. AL UBAYDA, Mulfit Kar Iiyas; a.k.a. ALMANCI, Abdurrahman; a.k.a. KAR, Mavlut; a.k.a. KAR, Meluvet; a.k.a. KAR, Mevlut; a.k.a. KAR, Mivlut; a.k.a. YUSOV, Yanal; a.k.a. ZIKARA, Mevlut; a.k.a. "ABDULLAH THE TURK"; a.k.a. "ABU OBEIDAH AL TURKI"; a.k.a. "ABU OBEJD EL-TURKI"; a.k.a. "ABU UDEJF EL-TURKI"; a.k.a. "AL TURKI KYOSEV"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

KAR, Meluvet (a.k.a. AL UBAYDA, Mulfit Kar Iiyas; a.k.a. ALMANCI, Abdurrahman; a.k.a. KAR, Mavlut; a.k.a. KAR, Mawlud; a.k.a. KAR, Mevlut; a.k.a. KAR, Mivlut; a.k.a. YUSOV, Yanal; a.k.a. ZIKARA, Mevlut; a.k.a. "ABDULLAH THE TURK"; a.k.a. "ABU OBEIDAH AL TURKI"; a.k.a. "ABU OBEJD EL-TURKI"; a.k.a. "ABU UDEJF EL-TURKI"; a.k.a. "AL TURKI KYOSEV"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

KAR, Mevlut (a.k.a. AL UBAYDA, Mulfit Kar Iiyas; a.k.a. ALMANCI, Abdurrahman; a.k.a. KAR, Mavlut; a.k.a. KAR, Mawlud; a.k.a. KAR, Meluvet; a.k.a. KAR, Mivlut; a.k.a. YUSOV, Yanal; a.k.a. ZIKARA, Mevlut; a.k.a. "ABDULLAH THE TURK"; a.k.a. "ABU OBEIDAH AL TURKI"; a.k.a. "ABU OBEJD EL-TURKI"; a.k.a. "ABU UDEJF EL-TURKI"; a.k.a. "AL TURKI KYOSEV"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

KAR, Mivlut (a.k.a. AL UBAYDA, Mulfit Kar Iiyas; a.k.a. ALMANCI, Abdurrahman; a.k.a. KAR, Mavlut; a.k.a. KAR, Mawlud; a.k.a. KAR, Meluvet; a.k.a. KAR, Mevlut; a.k.a. YUSOV, Yanal; a.k.a. ZIKARA, Mevlut; a.k.a. "ABDULLAH THE TURK"; a.k.a. "ABU OBEIDAH AL TURKI"; a.k.a. "ABU OBEJD EL-TURKI"; a.k.a. "ABU UDEJF EL-TURKI"; a.k.a. "AL TURKI KYOSEV"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

KARA INDUSTRIAL TRADING GMBH, Am Seestern 8, Dusseldorf 40457, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 23 Sep 2014; V.A.T. Number DE29782687 (Germany); Legal Entity Number 549300BYIOZP5U0LN442 (Germany); Registration Number HRB 73611 (Germany) [IRAN-EO13871] (Linked To: KHOUZESTAN STEEL COMPANY).

KARABA, Alfred Fatuyo (a.k.a. FATIYO, Alfred; a.k.a. FUTOYI, Alfred; a.k.a. FUTUYO, Alfred; a.k.a. KARABA, Alfred Futuyo), Yambio, Western Equatoria, South Sudan; DOB 1971 to 1973; POB Sudan; Gender Male (individual) [SOUTH SUDAN].

KARABA, Alfred Futuyo (a.k.a. FATIYO, Alfred; a.k.a. FUTOYI, Alfred; a.k.a. FUTUYO, Alfred; a.k.a. KARABA, Alfred Fatuyo), Yambio, Western Equatoria, South Sudan; DOB 1971 to 1973; POB Sudan; Gender Male (individual) [SOUTH SUDAN].

KARADENIZ GEMI INSA SANAYI VE TICARET ANONIM SIRKETI (a.k.a. BULUT SHIPYARD; a.k.a. BULUTLAR GEMI TERSANECILIK SANAYI TICARET LIMITED SIRKETI), Ic Kapi No: 101 Balkan Sk. No: 5/1, Cevizdere Mah. Unye, Ordu, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1901402835 (Turkey); Registration Number 5937 (Turkey) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

KARADH AL-HASSAN (a.k.a. AL-QARD AL-HASSAN ASSOCIATION; a.k.a. AL-QUARD AL-HASSAN ASSOCIATION; a.k.a. AL-QUARDH AL-HASSAN ASSOCIATION), Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KARADZIC, Luka, Dubrovacka Street No 14, Belgrade, Serbia; Janka Vukotica Street No 24, Rastoci, Municipality of Niksic, Montenegro; DOB 31 Jul 1951; alt. DOB 01 Jul 1951; POB Savnik, Serbia and Montenegro; alt. POB Petnic, Serbia and Montenegro (individual) [BALKANS].

KARADZIC, Radovan; DOB 19 Jun 1945; POB Petnica, Serbia and Montenegro; ICTY indictee at large; former president of the Republika Srpska (individual) [BALKANS].

KARADZIC-JOVICEVIC, Sonja; DOB 22 May 1967; POB Sarajevo, Bosnia-Herzegovina (individual) [BALKANS].

KARAEU, Yuriy Khadzymuratavich (Cyrillic: КАРАЕЎ, Юрый Хаджымуратавіч) (a.k.a. KARAEV, Yuri; a.k.a. KARAEV, Yuriy (Cyrillic: КАРАЕВ, Юрий); a.k.a. KARAEV, Yuriy Khadzimuratovich (Cyrillic: КАРАЕВ, Юрий Хаджимуратович); a.k.a. KARAYEV, Yuri), Minsk, Belarus; DOB 21 Jun 1966; POB Vladikavkaz, Russian Federation; nationality Belarus; Gender Male (individual) [BELARUS].

KARAEV, Yuri (a.k.a. KARAEU, Yuriy Khadzymuratavich (Cyrillic: КАРАЕЎ, Юрый Хаджымуратавіч); a.k.a. KARAEV, Yuriy (Cyrillic: КАРАЕВ, Юрий); a.k.a. KARAEV, Yuriy Khadzimuratovich (Cyrillic: КАРАЕВ, Юрий Хаджимуратович); a.k.a. KARAYEV, Yuri), Minsk, Belarus; DOB 21 Jun 1966; POB Vladikavkaz, Russian Federation; nationality Belarus; Gender Male (individual) [BELARUS].

KARAEV, Yuriy (Cyrillic: КАРАЕВ, Юрий) (a.k.a. KARAEU, Yuriy Khadzymuratavich (Cyrillic: КАРАЕЎ, Юрый Хаджымуратавіч); a.k.a. KARAEV, Yuri; a.k.a. KARAEV, Yuriy Khadzimuratovich (Cyrillic: КАРАЕВ, Юрий Хаджимуратович); a.k.a. KARAYEV, Yuri), Minsk, Belarus; DOB 21 Jun 1966; POB Vladikavkaz, Russian Federation; nationality Belarus; Gender Male (individual) [BELARUS].

KARAEV, Yuriy Khadzimuratovich (Cyrillic: КАРАЕВ, Юрий Хаджимуратович) (a.k.a. KARAEU, Yuriy Khadzymuratavich (Cyrillic: КАРАЕЎ, Юрый Хаджымуратавіч); a.k.a. KARAEV, Yuri; a.k.a. KARAEV, Yuriy (Cyrillic: КАРАЕВ, Юрий); a.k.a. KARAYEV, Yuri), Minsk, Belarus; DOB 21 Jun 1966; POB

Vladikavkaz, Russian Federation; nationality Belarus; Gender Male (individual) [BELARUS].

KARAFARIN BANK (a.k.a. BANK-E KARAFARIN), Zafar St. No. 315, Between Vali Asr and Jordan, Tehran, Iran; SWIFT/BIC KBIDIRTH; Website www.karafarinbank.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

KARAGHULLY, Labeed A., Iraq; General Manager of REAL ESTATE BANK (individual) [IRAQ2].

KARAJ NUCLEAR RESEARCH CENTER FOR AGRICULTURE AND MEDICINE (a.k.a. AGRICULTURAL, MEDICAL, AND INDUSTRIAL RESEARCH CENTER; f.k.a. NUCLEAR RESEARCH CENTER FOR AGRICULTURE AND MEDICINE; a.k.a. "AMIRC"; f.k.a. "NRCAM"), Karaj, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE).

KARAKEYAN, Roberto Albertovich (a.k.a. CHOLOKYAN, Roberto; a.k.a. KARAKEYAN, Ruben Albertovich; a.k.a. TATULIAN, Ruben Albertovich (Cyrillic: ТАТУЛЯН, РУБЕН АЛЬБЕРТОВИЧ); a.k.a. TATULYAN, Ruben Albertovich; a.k.a. "ROBIK"; a.k.a. "ROBSON" (Cyrillic: "РОБСОН")), Trident Grand Residence, Unit 604, Dubai Marina, Dubai 93743, United Arab Emirates; DOB 08 Dec 1969; POB Sochi, Russia; Gender Male; Passport 710091868 (Russia); Tax ID No. 231704411067 (Russia); Identification Number 312236712500061 (Russia); alt. Identification Number 0184214173 (Russia) (individual) [TCO] (Linked To: VESNA HOTEL AND SPA; Linked To: NOVYI VEK - MEDIA; Linked To: THIEVES-IN-LAW).

KARAKEYAN, Ruben Albertovich (a.k.a. CHOLOKYAN, Roberto; a.k.a. KARAKEYAN, Roberto Albertovich; a.k.a. TATULIAN, Ruben Albertovich (Cyrillic: ТАТУЛЯН, РУБЕН АЛЬБЕРТОВИЧ); a.k.a. TATULYAN, Ruben Albertovich; a.k.a. "ROBIK"; a.k.a. "ROBSON" (Cyrillic: "РОБСОН")), Trident Grand Residence, Unit 604, Dubai Marina, Dubai 93743, United Arab Emirates; DOB 08 Dec 1969; POB Sochi, Russia; Gender Male; Passport 710091868 (Russia); Tax ID No. 231704411067 (Russia); Identification Number 312236712500061 (Russia); alt. Identification Number 0184214173 (Russia) (individual) [TCO] (Linked To: VESNA HOTEL AND SPA;

Linked To: NOVYI VEK - MEDIA; Linked To: THIEVES-IN-LAW).

KARAKI, Ali (a.k.a. KARAKI, Muhammad; a.k.a. KARAKI, Muhammad 'Ali; a.k.a. "AL-FADL, Abu"); DOB 25 Feb 1967; POB Ein Bousewar, Lebanon; citizen Guinea; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL1025526 (Lebanon) issued 14 May 2007 expires 13 May 2012 (individual) [SDGT].

KARAKI, Muhammad (a.k.a. KARAKI, Ali; a.k.a. KARAKI, Muhammad 'Ali; a.k.a. "AL-FADL, Abu"); DOB 25 Feb 1967; POB Ein Bousewar, Lebanon; citizen Guinea; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL1025526 (Lebanon) issued 14 May 2007 expires 13 May 2012 (individual) [SDGT].

KARAKI, Muhammad 'Ali (a.k.a. KARAKI, Ali; a.k.a. KARAKI, Muhammad; a.k.a. "AL-FADL, Abu"); DOB 25 Feb 1967; POB Ein Bousewar, Lebanon; citizen Guinea; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL1025526 (Lebanon) issued 14 May 2007 expires 13 May 2012 (individual) [SDGT].

KARAM AZIZI, ALLAH (Arabic: اله کرم عزیزی), Karaj, Iran; DOB 22 Jun 1976; POB Mamasani, Fars Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2391217552 (Iran); Warden of Rajaee Shahr Prison (individual) [GLOMAG].

KARAMAAD SYSTEMS MANAGEMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

KARAMAN, Aleksandr (a.k.a. CARAMAN, Aleksandru; a.k.a. KARAMAN, Alexander; a.k.a. KARAMAN, Oleksandr); DOB 26 Jul 1956; POB Republic of Mordovia, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KARAMAN, Alexander (a.k.a. CARAMAN, Aleksandru; a.k.a. KARAMAN, Aleksandr; a.k.a. KARAMAN, Oleksandr); DOB 26 Jul 1956; POB Republic of Mordovia, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KARAMAN, Oleksandr (a.k.a. CARAMAN, Aleksandru; a.k.a. KARAMAN, Aleksandr; a.k.a. KARAMAN, Alexander); DOB 26 Jul 1956; POB Republic of Mordovia, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KARAMI, Hassan (Arabic: حسن کرمی), Iran; DOB 1960; POB Urmia, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES).

KARAMI, Mohammad (Arabic: محمد کرمی), Sistan and Baluchistan, Iran; DOB 27 Jan 1966; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K50849392 (Iran) expires 23 Sep 2024 (individual) [CAATSA - IRAN].

KARAMIAN, Vakhtang (a.k.a. KARAMYAN, Vakhtang); DOB 19 Apr 1991; nationality Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 727409284 (Russia) expires 28 Mar 2023; Middle East Business Development Director at Kalashnikov Concern (individual) [UKRAINE-EO13661] (Linked To: JOINT STOCK COMPANY CONCERN KALASHNIKOV).

KARAMYAN, Vakhtang (a.k.a. KARAMIAN, Vakhtang); DOB 19 Apr 1991; nationality Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 727409284 (Russia) expires 28 Mar 2023; Middle East Business Development Director at Kalashnikov Concern (individual) [UKRAINE-EO13661] (Linked To: JOINT STOCK COMPANY CONCERN KALASHNIKOV).

KARANDA, Pavel Leonidovich (Cyrillic: КАРАНДА, Павел Леонидович), Crimea, Ukraine; DOB 1964; POB Omsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KARAOLI, Panagiota, 40 Filosofou Lapithi, Limassol, Cyprus; DOB 24 Jun 1974; nationality Cyprus; Gender Female; Passport E003856 (individual) [CYBER2].

KARA-OOL, Sholban Valerievich (Cyrillic: КАРА-ООЛ, Шолбан Валерьевич), Russia; DOB 18 Jul 1966; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KARASAVIDI, Dmitrii (Cyrillic: КАРАСАВИДИ, Дмитрий) (a.k.a. KARASAVIDI, Dmitriy), Moscow, Russia; DOB 09 Jul 1985; Email Address 2000@911.af; alt. Email Address dm.karasavi@yandex.ru; Gender Male; Digital Currency Address - XBT 1Q6saNmqKkyFB9mFR68Ck8F7Dp7dTopF2W; alt. Digital Currency Address - XBT 1DDA93oZPn7wte2eR1ABwcFoxUFxkKMwCf; Digital Currency Address - ETH 0xd882cfc20f52f2599d84b8e8d58c7fb62cfe344b; Digital Currency Address - XMR 5be5543ff73456ab9f2d207887e2af87322c651ea1a873c5b25b7ffae456c320; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Digital Currency Address - LTC LNwgtMxcKUQ51dw7bQL1yPQjBVZh6QEqsd; Digital Currency Address - ZEC t1g7wowvQ8gn2v8jrU1biyJ26sieNqNsBJy; Digital Currency Address - DASH XnPFsRWTaSgiVauosEwQ6dEitGYXgwznz2; Digital Currency Address - BTG GPwg61XoHqQPNmAucFACuQ5H9sGCDv9TpS; Digital Currency Address - ETC 0xd882cfc20f52f2599d84b8e8d58c7fb62cfe344b; Passport 75 5276391 (Russia) expires 29 Jun 2027 (individual) [CYBER2].

KARASAVIDI, Dmitriy (a.k.a. KARASAVIDI, Dmitrii (Cyrillic: КАРАСАВИДИ, Дмитрий)), Moscow, Russia; DOB 09 Jul 1985; Email Address 2000@911.af; alt. Email Address dm.karasavi@yandex.ru; Gender Male; Digital Currency Address - XBT 1Q6saNmqKkyFB9mFR68Ck8F7Dp7dTopF2W; alt. Digital Currency Address - XBT 1DDA93oZPn7wte2eR1ABwcFoxUFxkKMwCf; Digital Currency Address - ETH 0xd882cfc20f52f2599d84b8e8d58c7fb62cfe344b; Digital Currency Address - XMR 5be5543ff73456ab9f2d207887e2af87322c651ea1a873c5b25b7ffae456c320; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Digital Currency Address - LTC LNwgtMxcKUQ51dw7bQL1yPQjBVZh6QEqsd; Digital Currency Address - ZEC t1g7wowvQ8gn2v8jrU1biyJ26sieNqNsBJy; Digital Currency Address - DASH XnPFsRWTaSgiVauosEwQ6dEitGYXgwznz2; Digital Currency Address - BTG GPwg61XoHqQPNmAucFACuQ5H9sGCDv9Tp

S; Digital Currency Address - ETC 0xd882cfc20f52f2599d84b8e8d58c7fb62cfe344b; Passport 75 5276391 (Russia) expires 29 Jun 2027 (individual) [CYBER2].

KARASIN, Grigory Borisovich (Cyrillic: КАРАСИН, Григорий Борисович), Russia; DOB 23 Aug 1949; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KARAT INDUSTRY CO., LTD., No. 110 Baiyun Street, Dalian, Liaoning, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

KARATE, Mahad (a.k.a. KARATE, Mahad Mohamed Ali; a.k.a. KARATE, Mahad Warsame Qalley; a.k.a. WARSAME, Abdirahim Mohamed); DOB 1957 to 1962; POB Xarardheere, Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KARATE, Mahad Mohamed Ali (a.k.a. KARATE, Mahad; a.k.a. KARATE, Mahad Warsame Qalley; a.k.a. WARSAME, Abdirahim Mohamed); DOB 1957 to 1962; POB Xarardheere, Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KARATE, Mahad Warsame Qalley (a.k.a. KARATE, Mahad; a.k.a. KARATE, Mahad Mohamed Ali; a.k.a. WARSAME, Abdirahim Mohamed); DOB 1957 to 1962; POB Xarardheere, Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KARAVATSKII, Pavel Yuryevich (Cyrillic: КАРАВАЦКИЙ, Павел Юрьевич) (a.k.a. KARAVATSKIY, Pavel; a.k.a. KARAVATSKY, Pavel), Russia; DOB 25 Jan 1983; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 503508082690 (Russia) (individual) [CYBER4] (Linked To: GARANTEX EUROPE OU).

KARAVATSKIY, Pavel (a.k.a. KARAVATSKII, Pavel Yuryevich (Cyrillic: КАРАВАЦКИЙ, Павел Юрьевич); a.k.a. KARAVATSKY, Pavel), Russia; DOB 25 Jan 1983; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201; Tax ID No. 503508082690 (Russia) (individual) [CYBER4] (Linked To: GARANTEX EUROPE OU).

KARAVATSKY, Pavel (a.k.a. KARAVATSKII, Pavel Yuryevich (Cyrillic: КАРАВАЦКИЙ, Павел Юрьевич); a.k.a. KARAVATSKIY, Pavel), Russia; DOB 25 Jan 1983; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 503508082690 (Russia) (individual) [CYBER4] (Linked To: GARANTEX EUROPE OU).

KARAYEV, Yuri (a.k.a. KARAEU, Yuriy Khadzymuratavich (Cyrillic: КАРАЕЎ, Юрый Хаджымуратавіч); a.k.a. KARAEV, Yuri; a.k.a. KARAEV, Yuriy (Cyrillic: КАРАЕВ, Юрий); a.k.a. KARAEV, Yuriy Khadzimuratovich (Cyrillic: КАРАЕВ, Юрий Хаджимуратович)), Minsk, Belarus; DOB 21 Jun 1966; POB Vladikavkaz, Russian Federation; nationality Belarus; Gender Male (individual) [BELARUS].

KARAYILAN, Murat; DOB 05 Jun 1954; alt. DOB 1950; POB Konak, Turkey; nationality Turkey (individual) [SDNTK].

KARBASIAN, Masoud (a.k.a. KARBASIAN, Mas'ud); DOB 14 Jun 1956; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D10002096 (Iran) expires 26 Aug 2022; National ID No. 1286504104 (Iran) (individual) [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN OIL COMPANY).

KARBASIAN, Mas'ud (a.k.a. KARBASIAN, Masoud); DOB 14 Jun 1956; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D10002096 (Iran) expires 26 Aug 2022; National ID No. 1286504104 (Iran) (individual) [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN OIL COMPANY).

KARBONTEKS (a.k.a. LIMITED LIABILITY COMPANY CARBONTEX), Ul. Zaraiskaya D. 21, Pom. 306 Office 0401, Moscow 109428, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9721111539 (Russia); Registration Number 1207700454884 (Russia) [RUSSIA-EO14024].

KARDIAM (a.k.a. CARDIAM; a.k.a. KARDIAM BVBA), Hoveniersstraat 30, Box 145, Antwerp

2018, Belgium; Email Address kardiam.bvba@skynet.be; V.A.T. Number 0430.033.662 (Belgium); Branch Unit Number 2030.515.945 (Belgium); Enterprise Number 0430.033.662 (Belgium) [CAR].

KARDIAM BVBA (a.k.a. CARDIAM; a.k.a. KARDIAM), Hoveniersstraat 30, Box 145, Antwerp 2018, Belgium; Email Address kardiam.bvba@skynet.be; V.A.T. Number 0430.033.662 (Belgium); Branch Unit Number 2030.515.945 (Belgium); Enterprise Number 0430.033.662 (Belgium) [CAR].

KARDIAN, Ari, Cempakawarna Rt, Tasikmalaya, West Java, Indonesia; DOB 16 Feb 1990; POB Tasikmalaya, West Java, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A 8799177 (Indonesia) expires 28 Aug 2019 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

KAREEM, Aras Habib (a.k.a. KAREEM, Aras Habib Mohamed; a.k.a. KARIM, Aras Habib; a.k.a. "HABIB, Aras"), Iraq; DOB 06 Aug 1967; POB Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KAREEM, Aras Habib Mohamed (a.k.a. KAREEM, Aras Habib; a.k.a. KARIM, Aras Habib; a.k.a. "HABIB, Aras"), Iraq; DOB 06 Aug 1967; POB Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KAREEM, Djibril Abdul (a.k.a. BADRI, Gabril Abdul Kareem; a.k.a. BAREY, Djibril Abdul Kareem; a.k.a. BARI, Gabril Abdul Karim), Darfur, Sudan; DOB circa 1961; Colonel for the National Movement for Reform and Development (NMRD) (individual) [DARFUR].

KARELIN, Aleksandr Alexandrovich (a.k.a. KARELIN, Alexander Alexandrovich (Cyrillic: КАРЕЛИН, Александр Александрович)), Russia; DOB 19 Sep 1967; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member

of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KARELIN, Alexander Alexandrovich (Cyrillic: КАРЕЛИН, Александр Александрович) (a.k.a. KARELIN, Aleksandr Alexandrovich), Russia; DOB 19 Sep 1967; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KARELOVA, Galina Nikolayevna (Cyrillic: КАРЕЛОВА, Галина Николаевна), Russia; DOB 29 Jun 1960; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KAREN BORDER GUARD FORCE (a.k.a. KAREN NATIONAL ARMY; a.k.a. KAYIN BORDER GUARD FORCE; a.k.a. KAYIN NATIONAL ARMY), Karen State, Burma; Organization Established Date Apr 2009; Target Type Criminal Organization [TCO] [BURMA-EO14014].

KAREN KLO HTOO BAW ORGANIZATION (a.k.a. DEMOCRATIC KAREN BENEVOLENT ARMY; a.k.a. DEMOCRATIC KAREN BUDDHIST ARMY; a.k.a. DEMOCRATIC KAREN BUDDHIST ARMY BRIGADE 5; a.k.a. KALOH HTOO BAW ARMED GROUP; a.k.a. KLO HTOO BAW BATTALION; a.k.a. "DKBA"; a.k.a. "DKBA 5"; a.k.a. "KKO"), Sone See Myaing Village, Myawaddy, Karen State, Burma; Organization Established Date 08 Nov 2010; Target Type Armed Group [BURMA-EO14014] [CYBER4].

KAREN NATIONAL ARMY (a.k.a. KAREN BORDER GUARD FORCE; a.k.a. KAYIN BORDER GUARD FORCE; a.k.a. KAYIN NATIONAL ARMY), Karen State, Burma; Organization Established Date Apr 2009; Target Type Criminal Organization [TCO] [BURMA-EO14014].

KARGINOV, Sergey Genrikhovich (Cyrillic: КАРГИНОВ, Сергей Генрихович), Russia; DOB 05 Sep 1969; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KARGO SERVIS OOO (a.k.a. AO CARGO SERVICE CENTER; a.k.a. CARGO SERVICE

CENTRE; a.k.a. CARGO SERVICE LIMITED LIABILITY COMPANY), proezd 5-I Predportovyi d. 26, lit. e, pomeshch. 1.29, office 2, Saint Petersburg 196240, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810853472 (Russia); Registration Number 1117847644265 (Russia) [RUSSIA-EO14024].

KARIAKIN, Aleksey (a.k.a. KARYAKIN, Aleksey; a.k.a. KARYAKIN, Alexei; a.k.a. KARYAKIN, Alexei Vyacheslavovich); DOB 07 Apr 1980; POB Stahanov, Luhansk Oblast, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KARIBU AFRICA SERVICES SA (a.k.a. KARIBU DRC; a.k.a. KARIBU WEST; f.k.a. MANICA DRC SPRL), Avenue Panda No. 790, Lubumbashi, Congo, Democratic Republic of the; Avenue Batetela No. 70, Kinshasa, Congo, Democratic Republic of the [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

KARIBU AU DEVELOPMENT DURABLE AU CONGO (a.k.a. FLEURETTE DUTCH GROUP; a.k.a. FLEURETTE GROUP; a.k.a. FLEURETTE PROPERTIES LIMITED; a.k.a. GROUPE FLEURETTE; a.k.a. VENTORA INVESTMENTS S.A.SU), Strawinskylaan 335, WTC, B-Tower 3rd floor, Amsterdam 1077 XX, Netherlands; Gustav Mahlerplein 60, 7th Floor, ITO Tower, Amsterdam 1082 MA, Netherlands; 70 Batetela Avenue, Tilapia Building, 5th floor, Gombe, Kinshasa, Congo, Democratic Republic of the; 57/63 Line Wall Road, Gibraltar GX11 1AA, Gibraltar; 8eme Etage, Immeuble 1113, Boulevard Du 30 Juin No 110, Commune De La Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-00630 (Congo, Democratic Republic of the); Public Registration Number 99450 (Gibraltar) [GLOMAG] (Linked To: GERTLER, Dan).

KARIBU DRC (a.k.a. KARIBU AFRICA SERVICES SA; a.k.a. KARIBU WEST; f.k.a. MANICA DRC SPRL), Avenue Panda No. 790, Lubumbashi, Congo, Democratic Republic of the; Avenue Batetela No. 70, Kinshasa, Congo, Democratic Republic of the [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

KARIBU WEST (a.k.a. KARIBU AFRICA SERVICES SA; a.k.a. KARIBU DRC; f.k.a. MANICA DRC SPRL), Avenue Panda No. 790, Lubumbashi, Congo, Democratic Republic of the; Avenue Batetela No. 70, Kinshasa, Congo,

Democratic Republic of the [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

KARIM ALI, Ali Abdel (a.k.a. ABD-AL-KARIM ALI, Ali; a.k.a. ABD-AL-KARIM, Ali; a.k.a. ABDULKARIM ALI, Ali; a.k.a. ABDULKARIM, Ali; a.k.a. KARIM ALI, Ali Abdul; a.k.a. KARIM, Ali Abdul); DOB 1953; POB Latakia Governorate, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

KARIM ALI, Ali Abdul (a.k.a. ABD-AL-KARIM ALI, Ali; a.k.a. ABD-AL-KARIM, Ali; a.k.a. ABDULKARIM ALI, Ali; a.k.a. ABDULKARIM, Ali; a.k.a. KARIM ALI, Ali Abdel; a.k.a. KARIM, Ali Abdul); DOB 1953; POB Latakia Governorate, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

KARIM, Ali Abdul (a.k.a. ABD-AL-KARIM ALI, Ali; a.k.a. ABD-AL-KARIM, Ali; a.k.a. ABDULKARIM ALI, Ali; a.k.a. ABDULKARIM, Ali; a.k.a. KARIM ALI, Ali Abdel; a.k.a. KARIM ALI, Ali Abdul); DOB 1953; POB Latakia Governorate, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

KARIM, Aras Habib (a.k.a. KAREEM, Aras Habib; a.k.a. KAREEM, Aras Habib Mohamed; a.k.a. "HABIB, Aras"), Iraq; DOB 06 Aug 1967; POB Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KARIM, Jamil Abdul (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

KARIM, Shakeel (a.k.a. FAZAL, Shakeel Karim; a.k.a. "KAREEM, Shakeel"), Mohallah Gharib Abad Post Office Hathian, Dist. Mardan, Mardan, KPK, Pakistan; DOB 01 Jan 1975; POB Mardan, Pakistan; nationality Pakistan; citizen Pakistan; Email Address shksma@gmail.com; Gender Male; Passport AF5164852 (Pakistan) issued 01 Oct 2011 expires 29 Sep 2016 (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

KARIM, Yves Andoul (a.k.a. KAHWA, Chief; a.k.a. KAHWA, Mandro Panga; a.k.a. MANDRO, Kawa; a.k.a. MANDRO, Kawa Panga; a.k.a. MANDRO, Khawa Panga; a.k.a. MANDRO, Yves Khawa Panga; a.k.a. PANGA, Kawa); DOB 20 Aug 1973; POB Bunia, Democratic Republic of the Congo; former President, Party for Unity and Safeguarding of the Integrity of Congo (PUSIC) (individual) [DRCONGO].

KARIMA, Abdollah (a.k.a. "VAHID"); DOB 21 Mar 1979; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 093-343402-2; Birth Certificate Number 4043 (individual) [CYBER2].

KARIMI SABET, Javad (a.k.a. KARIMI-SABET, Javad), Iran; DOB 01 Jan 1973; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

KARIMI, Ahmad (Arabic: احمد کریمی) (a.k.a. KARIMI, Ahmad Hasan), Tehran, Iran; DOB 11 Dec 1962; POB Qom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0382947983 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: BONYAD TAAVON SEPAH).

KARIMI, Ahmad Hasan (a.k.a. KARIMI, Ahmad (Arabic: احمد کریمی)), Tehran, Iran; DOB 11 Dec 1962; POB Qom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0382947983 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: BONYAD TAAVON SEPAH).

KARIMI, Farzin (Arabic: فرزین کریمی) (a.k.a. MAZLGHANCHAY, Farzin Karimi (Arabic: فرزین کریمی مزلقانچای); a.k.a. MAZLQANCHAY, Farzin Karimi), Iran; DOB 07 Dec 1992; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0440273961 (Iran) (individual) [HRIT-IR] (Linked To: RAVIN ACADEMY).

KARIMI, Leila (a.k.a. KARIMI, Leyla), Tehran, Iran; United Arab Emirates; DOB 12 Jul 1986; nationality Iran; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: ALPA TRADING - FZCO).

KARIMI, Leyla (a.k.a. KARIMI, Leila), Tehran, Iran; United Arab Emirates; DOB 12 Jul 1986; nationality Iran; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: ALPA TRADING - FZCO).

KARIMI, Maziar (a.k.a. KARIMI, Mazyar), Koln, Germany; DOB 23 Sep 1973; nationality Iran; alt. nationality Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1755530048 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

KARIMI, Mazyar (a.k.a. KARIMI, Maziar), Koln, Germany; DOB 23 Sep 1973; nationality Iran; alt. nationality Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1755530048 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

KARIMIADEGANI, Afsaneh (a.k.a. KARIMI-ADEGANI, Afsaneh); DOB 06 Jul 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport F35323181 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

KARIMI-ADEGANI, Afsaneh (a.k.a. KARIMIADEGANI, Afsaneh); DOB 06 Jul 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport F35323181 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

KARIMIAN, Mohammad Sadegh, Tehran, Iran; DOB 22 May 1987; POB Semirom, Esfahan, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T47389358 (Iran) expires 30 Jan 2024; National ID No. 1209880970 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC

REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KARIMI-SABET, Javad (a.k.a. KARIMI SABET, Javad), Iran; DOB 01 Jan 1973; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

KARIMOVA, Goulnara (a.k.a. KARIMOVA, Goulnora Islamovna; a.k.a. KARIMOVA, Gulnara; a.k.a. "Googoosha"), Tashkent, Uzbekistan; DOB 08 Jul 1972; POB Fergana, Uzbekistan; nationality Uzbekistan; citizen Uzbekistan; Gender Female; Passport DA0006735 (Uzbekistan) (individual) [GLOMAG].

KARIMOVA, Goulnora Islamovna (a.k.a. KARIMOVA, Goulnara; a.k.a. KARIMOVA, Gulnara; a.k.a. "Googoosha"), Tashkent, Uzbekistan; DOB 08 Jul 1972; POB Fergana, Uzbekistan; nationality Uzbekistan; citizen Uzbekistan; Gender Female; Passport DA0006735 (Uzbekistan) (individual) [GLOMAG].

KARIMOVA, Gulnara (a.k.a. KARIMOVA, Goulnara; a.k.a. KARIMOVA, Goulnora Islamovna; a.k.a. "Googoosha"), Tashkent, Uzbekistan; DOB 08 Jul 1972; POB Fergana, Uzbekistan; nationality Uzbekistan; citizen Uzbekistan; Gender Female; Passport DA0006735 (Uzbekistan) (individual) [GLOMAG].

KARIMULLAH, Haji (a.k.a. BARAKZAI, Haji Khairullah; a.k.a. KHAIRULLAH, Haji; a.k.a. KHEIRULLAH, Haji; a.k.a. KHERULLAH, Haji; a.k.a. MOHAMMAD, Hajji Khair; a.k.a. ULLAH, Haji Khair), Abdul Manan Chowk, Pashtunabad, Quetta, Pakistan; DOB 1965; POB Zumbaleh Village, Nahr-e Saraj District, Helmand Province, Afghanistan; alt. POB Qal'ah Abdulla, Pakistan; alt. POB Mirmadaw Village, Gereshk District, Helmand Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BP4199631 (Pakistan) expires 25 Jun 2014; National ID No. 5440005229635 (Pakistan) (individual) [SDGT] (Linked To: TALIBAN; Linked To: HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE).

KARKHANEJATE SANAYE HAVAPAYMAIE IRAN (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: شرکت صنایع هواپیماسازی ایران); a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIES; a.k.a. "FTP CO."; a.k.a. "HAVA PEYMA SAZI-E IRAN"; a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HAVAPEYMA SAZI IRAN"; a.k.a. "HESA"; a.k.a. "HEVAPEIMASAZI"; a.k.a. "HTC"; a.k.a. "IAMCO"; a.k.a. "IAMI"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Isfahan - Tehran Freeway, Shahin Shahr, Isfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Isfahan, Iran; Shahih Shar Industrial Zone, Isfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

KARLIN, Alexander Bogdanovich (Cyrillic: КАРЛИН, Александр Богданович), Russia; DOB 29 Oct 1951; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KARLOV, Gennady Vyacheslavovich (Cyrillic: КАРЛОВ, Геннадий Вячеславович); DOB 27 Feb 1960; alt. DOB 1966; Gender Male (individual) [MAGNIT].

KARLOV, Georgy Aleksandrovich (Cyrillic: КАРЛОВ, Георгий Александрович), Russia; DOB 04 Jan 1971; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KARMANI LAB S.A. DE C.V. (a.k.a. FORNELY LAB S.A. DE C.V.), Naucalpan de Juarez, Mexico, Mexico; Organization Established Date 10 Apr 2014; Organization Type: Non-specialized wholesale trade; Folio Mercantil No. 23513 (Mexico) [ILLICIT-DRUGS-EO14059] (Linked To: RIVERA IBARRA, Gerardo).

KARMAZINA, Raisa Vasilievna (Cyrillic: КАРМАЗИНА, Раиса Васильевна), Russia; DOB 09 Jan 1951; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KARMOOSH, Muwafaq Mustafa Mohammed Ali (a.k.a. AL KASAB, Muwafaq Mustafa Muhammad Ali; a.k.a. AL-KARMOUSH, Muafaq Mustafa Mohammed; a.k.a. AL-KARMUSH, Muwafaq Mustafa; a.k.a. AL-KARMUSH, Muwafaq Mustafa Muhammad 'Ali; a.k.a. AL-KARMUSH, Muwaffaq Mustafa; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad 'Ali Mahmud; a.k.a. EL KHARMOUSH, Muwaffaq Mustafa Mohammad; a.k.a. KARMUSH, Muwaffaq; a.k.a. MUHAMMAD, Muwaffaq Mustafa; a.k.a. "Abu Salah"; a.k.a. "AL-'AFRI, Abu Salah"); DOB 01 Feb 1973; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A5476394 (Iraq) (individual) [SDGT].

KARMUSH, Muwaffaq (a.k.a. AL KASAB, Muwafaq Mustafa Muhammad Ali; a.k.a. AL-KARMOUSH, Muafaq Mustafa Mohammed; a.k.a. AL-KARMUSH, Muwafaq Mustafa; a.k.a. AL-KARMUSH, Muwafaq Mustafa Muhammad 'Ali; a.k.a. AL-KARMUSH, Muwaffaq Mustafa; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad 'Ali Mahmud; a.k.a. EL KHARMOUSH, Muwaffaq Mustafa Mohammad; a.k.a. KARMOOSH, Muwafaq Mustafa Mohammed Ali; a.k.a. MUHAMMAD, Muwaffaq Mustafa; a.k.a. "Abu Salah"; a.k.a. "AL-'AFRI, Abu Salah"); DOB 01 Feb 1973; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A5476394 (Iraq) (individual) [SDGT].

KARNEEB, Ali (a.k.a. KARNIB, Ali Mohamad (Arabic: علي محمد كرنيب); a.k.a. KARNIB, Ali Mohammed), Hadatha Bint Jbeil, Nabatieh, Lebanon; DOB 21 Feb 1987; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000004783501 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

KARNEEV SYSTEMS (a.k.a. GIT SISTEMS), sh. Entuziastov d. 56, str. 32, of. 429, Moscow 111123, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID

No. 7719478367 (Russia); Registration Number 1187746462419 (Russia) [RUSSIA-EO14024].

KARNER D.O.O. LJUBLJANA, 177 V Murglah, Ljubljana 1000, Slovenia; Registration ID 5621208 (Slovenia); Tax ID No. 16437748 (Slovenia) [SDNTK].

KARNER, Alenka (a.k.a. HRIBAK, Alenka; a.k.a. HRIBAR, Alenka), IV-044 Rozna Dolina Cesta, Ljubljana, Slovenia; DOB 04 Sep 1978; POB Ljubljana, Slovenia; citizen Slovenia; Registration ID 0409978505053 (Slovenia) (individual) [SDNTK].

KARNER, Matevz (a.k.a. KOVAC, Matevz), Malci Beliceve 107, Ljubljana, Slovenia; DOB 19 Jul 1978; POB Ljubljana, Slovenia; nationality Slovenia; Passport P01104005 (Slovenia); Registration ID 1907978500063 (Slovenia) (individual) [SDNTK] (Linked To: BAMEX LIMITED; Linked To: PALEA D.O.O.; Linked To: KARNER D.O.O. LJUBLJANA; Linked To: PABAS HOLDING CORP.).

KARNER, Mihael (a.k.a. TOPOLOVEC, Jozef), Locnikarijeva ulica 7, 1000, Ljubljana, Slovenia; Rozna Dolina, Cesta IV 44, Ljubljana, Slovenia; V Murglah 177, Ljubljana, Slovenia; DOB 13 Mar 1975; POB Ljubljana, Slovenia; nationality Slovenia; Passport PZ2420022110 (Slovenia); alt. Passport PB06005902 (Slovenia); Personal ID Card 00246412491303975500493 (Slovenia) expires 17 Dec 2018; alt. Personal ID Card 002464124 (Slovenia) expires 17 Dec 2018 (individual) [SDNTK] (Linked To: MERIDEIS D.O.O.; Linked To: PANYA AG; Linked To: VELINVESTMENT D.O.O.; Linked To: SAGAX INVESTMENT GROUP LTD.; Linked To: KALLIOPE LIMITED; Linked To: KARNER D.O.O. LJUBLJANA; Linked To: NORTHSTAR TRADING CORPORATION; Linked To: AMMERSHAM COMMERCIAL VENTURES LIMITED; Linked To: NORTH GROUP HOLDING CORP.).

KARNIB, Ali Mohamad (Arabic: علي محمد كرنيب) (a.k.a. KARNEEB, Ali; a.k.a. KARNIB, Ali Mohammed), Hadatha Bint Jbeil, Nabatieh, Lebanon; DOB 21 Feb 1987; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000004783501 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

KARNIB, Ali Mohammed (a.k.a. KARNEEB, Ali; a.k.a. KARNIB, Ali Mohamad (Arabic: علي محمد كرنيب)), Hadatha Bint Jbeil, Nabatieh, Lebanon; DOB 21 Feb 1987; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000004783501 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

KAROON PETROCHEMICAL (a.k.a. KAROON PETROCHEMICAL CO; a.k.a. KAROUN PETROCHEMICAL COMPANY; a.k.a. KRNPC), No 17, Shahid Khalilzadeh Ally, Vanak Square, Valiasr Street, Tehran 1965754351, Iran; Block 6, Petrochemical Zone Site 2, Special Economic Zone, Imam Khomeini Port, Mahshahr, Tehran 1965754351, Iran; Site 2, Central Office Address, Special Industrial Zone, Mahshahr, Khuzestan, Iran; Site 2, Karoon Petrochemical Complex, 6358159385, Iran; P.O. Box 1969754351, Tehran, Iran; Website www.krnpc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 9645 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

KAROON PETROCHEMICAL CO (a.k.a. KAROON PETROCHEMICAL; a.k.a. KAROUN PETROCHEMICAL COMPANY; a.k.a. KRNPC), No 17, Shahid Khalilzadeh Ally, Vanak Square, Valiasr Street, Tehran 1965754351, Iran; Block 6, Petrochemical Zone Site 2, Special Economic Zone, Imam Khomeini Port, Mahshahr, Tehran 1965754351, Iran; Site 2, Central Office Address, Special Industrial Zone, Mahshahr, Khuzestan, Iran; Site 2, Karoon Petrochemical Complex, 6358159385, Iran; P.O. Box 1969754351, Tehran, Iran; Website www.krnpc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 9645 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

KAROUN PETROCHEMICAL COMPANY (a.k.a. KAROON PETROCHEMICAL; a.k.a. KAROON PETROCHEMICAL CO; a.k.a. KRNPC), No 17, Shahid Khalilzadeh Ally, Vanak Square, Valiasr Street, Tehran 1965754351, Iran; Block 6, Petrochemical Zone Site 2, Special Economic Zone, Imam Khomeini Port, Mahshahr, Tehran 1965754351, Iran; Site 2, Central Office

Address, Special Industrial Zone, Mahshahr, Khuzestan, Iran; Site 2, Karoon Petrochemical Complex, 6358159385, Iran; P.O. Box 1969754351, Tehran, Iran; Website www.krnpc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 9645 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

KARPAVICIUS, Rokas (a.k.a. KARPIS, Rokas), Lithuania; Santa Cruz de Tenerife, Spain; DOB 04 Jan 1980; POB Lithuania; nationality Lithuania; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

KARPE, Jurga, Spain; DOB 29 Mar 1981; nationality Lithuania; Gender Female (individual) [ILLICIT-DRUGS-EO14059] (Linked To: KARPIS AG).

KARPENKA, Ihar (a.k.a. KARPENKA, Ihar Vasilievich; a.k.a. KARPENKA, Ihar Vasilyevich (Cyrillic: КАРПЕНКА, Ігар Васільевіч); a.k.a. KARPENKO, Igor Vasilievich (Cyrillic: КАРПЕНКО, Игорь Васильевич)), Minsk, Belarus; DOB 28 Apr 1964; POB Novokuznetsk, Russia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

KARPENKA, Ihar Vasilievich (a.k.a. KARPENKA, Ihar; a.k.a. KARPENKA, Ihar Vasilyevich (Cyrillic: КАРПЕНКА, Ігар Васільевіч); a.k.a. KARPENKO, Igor Vasilievich (Cyrillic: КАРПЕНКО, Игорь Васильевич)), Minsk, Belarus; DOB 28 Apr 1964; POB Novokuznetsk, Russia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

KARPENKA, Ihar Vasilyevich (Cyrillic: КАРПЕНКА, Ігар Васільевіч) (a.k.a. KARPENKA, Ihar; a.k.a. KARPENKA, Ihar Vasilievich; a.k.a. KARPENKO, Igor Vasilievich (Cyrillic: КАРПЕНКО, Игорь Васильевич)), Minsk, Belarus; DOB 28 Apr 1964; POB Novokuznetsk, Russia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

KARPENKO, Igor Vasilievich (Cyrillic: КАРПЕНКО, Игорь Васильевич) (a.k.a. KARPENKA, Ihar; a.k.a. KARPENKA, Ihar Vasilievich; a.k.a. KARPENKA, Ihar Vasilyevich (Cyrillic: КАРПЕНКА, Ігар Васільевіч)), Minsk, Belarus; DOB 28 Apr 1964; POB Novokuznetsk, Russia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

KARPENKOV, Nikolai (Cyrillic: КАРПЕНКОВ, Николай) (a.k.a. KARPENKOV, Nikolai Nikolaevich (Cyrillic: КАРПЕНКОВ, Николай Николаевич); a.k.a. KARPIANKOU, Mikalai (Cyrillic: КАРПЯНКОЎ, Мікалай); a.k.a.

KARPIANKOU, Mikalay; a.k.a. KARPYANKOU, Mikalay), Minsk, Belarus; DOB 06 Sep 1968; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KARPENKOV, Nikolai Nikolaevich (Cyrillic: КАРПЕНКОВ, Николай Николаевич) (a.k.a. KARPENKOV, Nikolai (Cyrillic: КАРПЕНКОВ, Николай); a.k.a. KARPIANKOU, Mikalai (Cyrillic: КАРПЯНКОЎ, Мікалай); a.k.a. KARPIANKOU, Mikalay; a.k.a. KARPYANKOU, Mikalay), Minsk, Belarus; DOB 06 Sep 1968; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KARPIANKOU, Mikalai (Cyrillic: КАРПЯНКОЎ, Мікалай) (a.k.a. KARPENKOV, Nikolai (Cyrillic: КАРПЕНКОВ, Николай); a.k.a. KARPENKOV, Nikolai Nikolaevich (Cyrillic: КАРПЕНКОВ, Николай Николаевич); a.k.a. KARPIANKOU, Mikalay; a.k.a. KARPYANKOU, Mikalay), Minsk, Belarus; DOB 06 Sep 1968; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KARPIANKOU, Mikalay (a.k.a. KARPENKOV, Nikolai (Cyrillic: КАРПЕНКОВ, Николай); a.k.a. KARPENKOV, Nikolai Nikolaevich (Cyrillic: КАРПЕНКОВ, Николай Николаевич); a.k.a. KARPIANKOU, Mikalai (Cyrillic: КАРПЯНКОЎ, Мікалай); a.k.a. KARPYANKOU, Mikalay), Minsk, Belarus; DOB 06 Sep 1968; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KARPIS AG, Banhofstrasse 20, Zug 6300, Switzerland; Organization Established Date 14 Dec 2021; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No. 181046704 (Switzerland); Legal Entity Number 875500KMMBZ815XS0H29; Registration Number CH-170.3.046.619-4 (Switzerland) [ILLICIT-DRUGS-EO14059] (Linked To: KARPAVICIUS, Rokas).

KARPIS, Rokas (a.k.a. KARPAVICIUS, Rokas), Lithuania; Santa Cruz de Tenerife, Spain; DOB 04 Jan 1980; POB Lithuania; nationality Lithuania; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

KARPOV, Anatoly Yevgenyevich (Cyrillic: КАРПОВ, Анатолий Евгеньевич), Russia; DOB 23 May 1951; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KARPOV, Pavel; DOB 27 Aug 1977; POB Moscow, Russia (individual) [MAGNIT].

KARPYANKOU, Mikalay (a.k.a. KARPENKOV, Nikolai (Cyrillic: КАРПЕНКОВ, Николай); a.k.a. KARPENKOV, Nikolai Nikolaevich (Cyrillic: КАРПЕНКОВ, Николай Николаевич); a.k.a. KARPIANKOU, Mikalai (Cyrillic: КАРПЯНКОЎ, Мікалай); a.k.a. KARPIANKOU, Mikalay), Minsk, Belarus; DOB 06 Sep 1968; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KARST, OOO (a.k.a. CONSTRUCTION HOLDING COMPANY OLD CITY - KARST; a.k.a. OBSHCESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KARST; a.k.a. "KARST LTD."; a.k.a. "LLC KARST"), D. 4 Litera A Pomeshchenie 69 ul. Kapitanskaya, St. Petersburg 199397, Russia; 4 Kapitanskaya Street, Unit A, Office 69-N, St. Petersburg 199397, Russia; Website http://www.oldcitykarst.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037800012711; Tax ID No. 7801106690; Government Gazette Number 48937526 [UKRAINE-EO13685].

KARTAL EXIM DIS TICARET LIMITED SIRKETI, Zeynep Apt., No: 7-5 Zeytinlik Mahallesi, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jul 2022; Tax ID No. 5261519659 (Turkey); Business Registration Number 391396 (Turkey) [RUSSIA-EO14024].

KARTAL, Remzi; DOB 05 May 1948; POB Van, Dibekozu, Turkey; citizen Turkey; Turkish Identification Number 10298480866 (Turkey) (individual) [SDNTK].

KARTAPOLOV, Andrey Valeriyevich (Cyrillic: КАРТАПОЛОВ, Андрей Валериевич), Russia; DOB 09 Nov 1963; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KARTI MOHAMED, Ali Ahmed, Burry B 6, House 402, Khartoum, Sudan; DOB 11 Mar 1953; POB Hagar Elassal, Sudan; nationality Sudan; Gender Male; National ID No. 11822483949 (Sudan) (individual) [SUDAN-EO14098].

KARUME, Andrew (a.k.a. ANDRE, Karume; a.k.a. KALUME, Andre; a.k.a. NZABAMWITA, Lucien; a.k.a. NZABANITA, Lucien); DOB 15 Sep 1966; POB Kinyami, Byumba Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO].

KARUSISI, Ruki, Kigali, Rwanda; DOB 05 Jun 1974; POB Kinshasa, Democratic Republic of the Congo; nationality Rwanda; Gender Male (individual) [DRCONGO].

KARYAGIN, Valentin Olegovich (a.k.a. "Globus"), Volgograd, Russia; DOB 19 Apr 1992; nationality Russia; Email Address valentin.karyagin@gmail.com; alt. Email Address globus290382@yandex.ru; alt. Email Address valentinka.ne@mail.ru; alt. Email Address v.karyagin@neovox.ru; Gender Male (individual) [CYBER2].

KARYAKIN, Aleksey (a.k.a. KARIAKIN, Aleksey; a.k.a. KARYAKIN, Alexei; a.k.a. KARYAKIN, Alexei Vyacheslavovich); DOB 07 Apr 1980; POB Stahanov, Luhansk Oblast, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KARYAKIN, Alexei (a.k.a. KARIAKIN, Aleksey; a.k.a. KARYAKIN, Aleksey; a.k.a. KARYAKIN, Alexei Vyacheslavovich); DOB 07 Apr 1980; POB Stahanov, Luhansk Oblast, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KARYAKIN, Alexei Vyacheslavovich (a.k.a. KARIAKIN, Aleksey; a.k.a. KARYAKIN, Aleksey; a.k.a. KARYAKIN, Alexei); DOB 07 Apr 1980; POB Stahanov, Luhansk Oblast, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KASAADA, Muzamil (a.k.a. KASADA, Kasadha; a.k.a. KASADHA, Amisi; a.k.a. KIRBAKI, Muzamir; a.k.a. KIRIBAKI, Muzamir; a.k.a. "Kalume"; a.k.a. "Karume"), Congo, Democratic Republic of the; DOB 1975 to 1981; POB Iganga District, Busoga Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

KASADA, Kasadha (a.k.a. KASAADA, Muzamil; a.k.a. KASADHA, Amisi; a.k.a. KIRBAKI, Muzamir; a.k.a. KIRIBAKI, Muzamir; a.k.a. "Kalume"; a.k.a. "Karume"), Congo, Democratic Republic of the; DOB 1975 to 1981; POB Iganga District, Busoga Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

KASADHA, Amisi (a.k.a. KASAADA, Muzamil; a.k.a. KASADA, Kasadha; a.k.a. KIRBAKI, Muzamir; a.k.a. KIRIBAKI, Muzamir; a.k.a.

"Kalume"; a.k.a. "Karume"), Congo, Democratic Republic of the; DOB 1975 to 1981; POB Iganga District, Busoga Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

KASAEI, Soheila (Arabic: سهيلا كسايى) (a.k.a. KASA'I, Soheila; a.k.a. KASA'I, Soheyla), Tehran, Iran; DOB 30 Jun 1975; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport T34583776 (Iran) expires 18 Aug 2020; National ID No. 0062452169 (Iran); Birth Certificate Number 1876 (Iran) (individual) [IRAN-EO13846] (Linked To: DOURAN SOFTWARE TECHNOLOGIES).

KASA'I, Soheila (a.k.a. KASAEI, Soheila (Arabic: سهيلا كسايى); a.k.a. KASA'I, Soheyla), Tehran, Iran; DOB 30 Jun 1975; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport T34583776 (Iran) expires 18 Aug 2020; National ID No. 0062452169 (Iran); Birth Certificate Number 1876 (Iran) (individual) [IRAN-EO13846] (Linked To: DOURAN SOFTWARE TECHNOLOGIES).

KASA'I, Soheyla (a.k.a. KASAEI, Soheila (Arabic: سهيلا كسايى); a.k.a. KASA'I, Soheila), Tehran, Iran; DOB 30 Jun 1975; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport T34583776 (Iran) expires 18 Aug 2020; National ID No. 0062452169 (Iran); Birth Certificate Number 1876 (Iran) (individual) [IRAN-EO13846] (Linked To: DOURAN SOFTWARE TECHNOLOGIES).

KASAT, Kamla Kanayalal, 96 Arudh Niwas, Hindu Colony, 3rd Lane, Dadar, Mumbai, Maharashtra 400014, India; DOB 04 Jul 1953; POB Parbhani Maharashtra, India; nationality India; Gender Female; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Passport P0276130 (India); Identification Number 02941790 (India) (individual) [IRAN-EO13846].

KASAT, Kunal Kanaiyalal (a.k.a. KASAT, Kunal Kanayalal), 96 Arudh Niwas, Hindu Colony, 3rd Lane, Dadar (E), Mumbai, Maharashtra 400014, India; Singapore, Singapore; DOB 12 Nov 1981; POB Mumbai, Maharashtra, India; nationality India; Gender Male; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Passport Z3884961 (India); National ID No.

S8169820A (Singapore); Identification Number 02943387 (India) (individual) [IRAN-EO13846].

KASAT, Kunal Kanayalal (a.k.a. KASAT, Kunal Kanaiyalal), 96 Arudh Niwas, Hindu Colony, 3rd Lane, Dadar (E), Mumbai, Maharashtra 400014, India; Singapore, Singapore; DOB 12 Nov 1981; POB Mumbai, Maharashtra, India; nationality India; Gender Male; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Passport Z3884961 (India); National ID No. S8169820A (Singapore); Identification Number 02943387 (India) (individual) [IRAN-EO13846].

KASAT, Poonam Kunal, B 3701, 37th Floor, Plot No 46, Kohinoor Square, N C Kelkar Marg, Opp. Shivsena Bhavan, Dadar, Shivaji Park, Mumbai, Maharashtra 400028, India; Singapore, Singapore; DOB 10 Jan 1980; POB Moran Dibrugarh, Assam, India; nationality India; Gender Female; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Passport Z3813461 (India); National ID No. S8067271C (Singapore); Identification Number 05312763 (India) (individual) [IRAN-EO13846].

KASB INTERNATIONAL LLC (a.k.a. FIRST FURAT TRADING LLC), 10th Floor, Citi Bank Building, Oud Metha Road, Oud Metha, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone Number: (971) (4) (3248000) [IRAN].

KASBAR, Samer (Arabic: سامر كسبار) (a.k.a. KASBAR, Samir), United Arab Emirates; DOB 18 Jun 1972; nationality Syria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 013561783 (Syria) (individual) [SDGT] (Linked To: HIZBALLAH).

KASBAR, Samir (a.k.a. KASBAR, Samer (Arabic: سامر كسبار)), United Arab Emirates; DOB 18 Jun 1972; nationality Syria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 013561783 (Syria) (individual) [SDGT] (Linked To: HIZBALLAH).

KASENOV, Adilet Zhakypovich; DOB 08 Jun 1983; POB Naryn, Kyrgyzstan; nationality

Kyrgyzstan; Passport AC1049097 (Kyrgyzstan) (individual) [TCO].

KASHANI, Alireza (a.k.a. KASHANIMEHR, Alireza; a.k.a. XASHANIMEHR, Alireza), Iran; DOB 13 Mar 1990; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport R40925019 (Iran) expires 14 Mar 2022; alt. Passport X15243089 (Iran) expires 05 Feb 2014 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KASHANIMEHR, Alireza (a.k.a. KASHANI, Alireza; a.k.a. XASHANIMEHR, Alireza), Iran; DOB 13 Mar 1990; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport R40925019 (Iran) expires 14 Mar 2022; alt. Passport X15243089 (Iran) expires 05 Feb 2014 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KASHIAN, Sajjad (a.k.a. "NABAVI, Kiarash"), Iran; DOB 17 Sep 1994; nationality Iran; Gender Male; National ID No. 4560134669 (Iran) (individual) [ELECTION-EO13848].

KASHIN, Valerii Mikhailovich (a.k.a. KASHIN, Valery Mikhailovich), Russia; DOB 14 Sep 1947; POB Chernivtsi, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 502207611476 (Russia) (individual) [RUSSIA-EO14024].

KASHIN, Valery Mikhailovich (a.k.a. KASHIN, Valerii Mikhailovich), Russia; DOB 14 Sep 1947; POB Chernivtsi, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 502207611476 (Russia) (individual) [RUSSIA-EO14024].

KASHIN, Vladimir Ivanovich (Cyrillic: КАШИН, Владимир Иванович), Russia; DOB 10 Aug 1948; POB Nazarevo, Ryazan Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KASHINA, Irina Nikolayevna (Cyrillic: КАШИНА, Ирина Николаевна), Russia; DOB 27 Jul 1956; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024]

(Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

KASHLAF, Mohamed (a.k.a. KASHLAF, Mohammed Al Amin Al-Arabi (Arabic: محمد الأمين العربي كشلاف); a.k.a. KHUSHLAF, Mohamed; a.k.a. KOSHLAF, Mohamed (Arabic: محمد كشلاف); a.k.a. KOSHLAF, Mohamed al-Aameen al-Arabi; a.k.a. "Al Qasseb"), Zawiya, Libya; DOB 12 Dec 1985; alt. DOB 02 Dec 1985; POB Zawiya, Libya; nationality Libya; Gender Male; Passport C17HLRL3 issued 30 Dec 2015 (individual) [LIBYA3].

KASHLAF, Mohammed Al Amin Al-Arabi (Arabic: محمد الأمين العربي كشلاف) (a.k.a. KASHLAF, Mohamed; a.k.a. KHUSHLAF, Mohamed; a.k.a. KOSHLAF, Mohamed (Arabic: محمد كشلاف); a.k.a. KOSHLAF, Mohamed al-Aameen al-Arabi; a.k.a. "Al Qasseb"), Zawiya, Libya; DOB 12 Dec 1985; alt. DOB 02 Dec 1985; POB Zawiya, Libya; nationality Libya; Gender Male; Passport C17HLRL3 issued 30 Dec 2015 (individual) [LIBYA3].

KASHMIR FREEDOM MOVEMENT (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-

JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

KASHMIR RESISTANCE FRONT (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

KASHMIRI, Mohammad Ilyas (a.k.a. AL-KASHMIRI, Elias; a.k.a. ILYAS, Naib Amir; a.k.a. KASHMIRI, Muhammad Ilyas), Thathi Village, Samahni, Bhimber District, Pakistan; DOB 02 Jan 1964; alt. DOB 10 Feb 1964; POB Bhimber, Samahani Valley, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Mufti or Maulana (individual) [SDGT].

KASHMIRI, Muhammad Ilyas (a.k.a. AL-KASHMIRI, Elias; a.k.a. ILYAS, Naib Amir; a.k.a. KASHMIRI, Mohammad Ilyas), Thathi Village, Samahni, Bhimber District, Pakistan; DOB 02 Jan 1964; alt. DOB 10 Feb 1964; POB Bhimber, Samahani Valley, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Mufti or Maulana (individual) [SDGT].

KASHTIRANI-E JONOUB KHAT-E IRAN (a.k.a. SOUTH SHIPPING LINES - IRAN LINE), No 119 Shabnam Alley, Ghaem Magham Street, Tehran, Iran; Website www.sslil.net; IFCA Determination - Involved in the Shipping Sector; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IFCA].

KASIVISWANATHAN NAGA, Nagarajan Sundar Poongulam (a.k.a. NAGARAJAN, Sundar), 32 Westlands Close, Hayes UB3 4PY, United Kingdom; Sint-Theresiastraat 33, Antwerp 2600, Belgium; DOB 27 Aug 1957; POB Madurai-Tamilnadu, India; nationality India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z1871965 (India) expires 04 Feb 2019; Residency Number 114078810 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

KASKAR, Anees Ibrahim (a.k.a. KASKAR, Shaikh Anis Ibrahim; a.k.a. "EBRAHIM, Sayed Omar Haji"; a.k.a. "IBRAHIM, Haji Anees"), Pakistan; DOB 05 May 1960; POB Mumbai, India; nationality India (individual) [SDNTK].

KASKAR, Dawood Ibrahim (a.k.a. ANIS, Ibrahim Shaikh Mohd; a.k.a. AZIZ, Abdul Hamid Abdul; a.k.a. DILIP, Aziz; a.k.a. EBRAHIM, Dawood; a.k.a. HASAN, Shaikh Daud; a.k.a. HASSAN, Dawood; a.k.a. IBRAHIM, Anis; a.k.a. IBRAHIM, Dawood; a.k.a. IBRAHIM, Dawood Sheik; a.k.a. REHMAN, Shaikh Ismail Abdul; a.k.a. SABRI, Dawood; a.k.a. SAHEB, Amir; a.k.a. SETH, Iqbal), 617 CP Berar Society, Block 7-8, Karachi, Pakistan; House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi,

Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

KASKAR, Shaikh Anis Ibrahim (a.k.a. KASKAR, Anees Ibrahim; a.k.a. "EBRAHIM, Sayed Omar Haji"; a.k.a. "IBRAHIM, Haji Anees"), Pakistan; DOB 05 May 1960; POB Mumbai, India; nationality India (individual) [SDNTK].

KASKARIY, Abdulaziz (a.k.a. CASCARI, Abdulaziz), Street 11/5, Number 4, Apartment 9, Istanbul, Zeytinburnu District 34025, Turkey; 2nd Floor, 32 Itaewon-ro 14-gil, Itaewon 1-dong, Yongsan-gu, Seoul, Korea, South; DOB 09 Jun 1991; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TURKOCA IMPORT EXPORT TRANSIT CO., LTD.).

KASLI NUCLEAR WEAPONS DEVELOPMENT CENTER (a.k.a. CHELYABINSK-70; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ACADEMICIAN E.I. ZABABKHIN ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. RUSSIAN FEDERAL NUCLEAR CENTER - ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. VSEROSSIYSKY NAUCHNO-ISSLEDOVATELSKIY INSTITUT TEKHNICHESKOY FIZIKI; a.k.a. ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. ZABABAKHIN INSTITUTE; a.k.a. "RFNC-VNIITF"; a.k.a. "VNIITF"), P.O. Box 245, Snezhinsk, Chelyabinsk Region 456770, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1955; Tax ID No. 7423000572 (Russia); Registration Number 1027401350932 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

KASMURI, Abdul Manaf (a.k.a. KASMURI, Lt. Col. (Rtd). Abd Manaf); DOB 29 May 1955; POB Malaysia; nationality Malaysia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KASMURI, Lt. Col. (Rtd). Abd Manaf (a.k.a. KASMURI, Abdul Manaf); DOB 29 May 1955; POB Malaysia; nationality Malaysia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KASSA, Abraha (a.k.a. KASSA, Wedi; a.k.a. NEMARIAM, Abraha Kassa), Eritrea; DOB 15 Jul 1953; POB Eritrea; nationality Eritrea; Gender Male; Passport D000294 (Eritrea) (individual) [ETHIOPIA-EO14046].

KASSA, Wedi (a.k.a. KASSA, Abraha; a.k.a. NEMARIAM, Abraha Kassa), Eritrea; DOB 15 Jul 1953; POB Eritrea; nationality Eritrea; Gender Male; Passport D000294 (Eritrea) (individual) [ETHIOPIA-EO14046].

KASSAN, Ali Mohamad (a.k.a. KAZAN, Ali Muhammad; a.k.a. QAZAN, Ali Mohamad), Avenue Taroba, 1005 Edificio Beatriz Mendes, Apt 1704, Foz do Iguacu, Brazil; DOB 19 Dec 1967; POB Taibe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0089044 (Lebanon) (individual) [SDGT].

KASSEER, Issa Hussein (a.k.a. KASSIR, Issa Hussein (Arabic: عيسى حسين قصير); a.k.a. KSIR, Isa; a.k.a. QASIR, 'Isa Husayn), Deir Qanoun en Nahr, Tyre, South Governorate, Lebanon; DOB 21 Jul 1977; POB El Kouayt, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000004334212 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

KASSEM, Naim (a.k.a. QASIM, Naim; a.k.a. QASSEM, Naim), Lebanon; DOB 1953; POB Kafr Fila, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Deputy Secretary General of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

KASSIR, Ali (a.k.a. GHASEMI, Naser; a.k.a. GHASIR, Ali; a.k.a. GHASSIR, Ali; a.k.a. QASIR, Ali; a.k.a. QASIR, 'Ali), Iran; DOB 29 Jul 1992; alt. DOB 29 Jul 1990; POB Deir Kanoun El Nahr, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 3367620 (Lebanon) expires 28 Aug 2020 (individual) [SDGT] (Linked To: QASEMI, Rostam; Linked To: HIZBALLAH).

KASSIR, Issa Hussein (Arabic: عيسى حسين قصير) (a.k.a. KASSEER, Issa Hussein; a.k.a. KSIR, Isa; a.k.a. QASIR, 'Isa Husayn), Deir Qanoun en Nahr, Tyre, South Governorate, Lebanon; DOB 21 Jul 1977; POB El Kouayt, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000004334212 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

KASSIR, Mohamad Jaafar (a.k.a. QASIR, Ja'afar Mohamed; a.k.a. QASIR, Ja'far Muhammad; a.k.a. QASIR, Muhammad Jafar Muhammad (Arabic: محمد جعفر محمد قصير)), Lebanon; DOB 24 May 1990; nationality Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR3609663 (Lebanon); alt. Passport LR1395783 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

KASSIR, Mohammed Jaafar (a.k.a. QASIR, Muhammad; a.k.a. QASIR, Muhammad Jafar; a.k.a. "EYNAKI"; a.k.a. "FADI"; a.k.a. "GHOLI, Hossein"; a.k.a. "MAJID"; a.k.a. "SALAH, Shaykh"), Syria; DOB 12 Feb 1967; POB Dayr Qanun Al-Nahr, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

KASSOUMA FZC (a.k.a. GOLDEN STAR CO; a.k.a. GOLDEN STAR INTERNATIONAL FREIGHT LIMITED; a.k.a. GOLDEN STAR TRADING & INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING AND INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING INTERNATIONAL FREIGHT; a.k.a. SHAREKAT GOLDEN STAR; a.k.a. SMART LOGISTICS F.S.S.A.L; a.k.a. SMART LOGISTICS OFFSHORE; a.k.a. SMART LOGISTICS TRADING & INTERNATIONAL FREIGHT; a.k.a. SMART LOGISTICS TRADING AND INTERNATIONAL FREIGHT), Al Awqaf building, 5th floor, Victoria Bridge, Damascus, Syria; 2 Floor, Inana Bldg, Damascus Free Zone, Damascus, Syria; Room 707, Fulijinxi Business Center, No. 05, Fuchang Road, Haizhu District, Guangzhou, China; Al Alshiah, Mar Mekheal Church, Amicho Building, 3rd Floor, Beirut, Lebanon; Office 112, First Floor, Al Manara Building, Port Street, Beirut, Lebanon; Website www.goldenstar-co.com [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KASTSIANOK, Siarhei Uladzimiravich (Cyrillic: КАСЦЯНОК, Сяргей Уладзіміравіч) (a.k.a. KOSTENOK, Sergey Vladimirovich (Cyrillic: КОСТЕНОК, Сергей Владимирович)), Belarus; DOB 10 Dec 1984; POB Riga, Latvia; nationality Belarus; Gender Male; Passport MC3337847 (Belarus); National ID No. 3101284C003PB0 (Belarus) (individual) [BELARUS-EO14038] (Linked To: LLC GROSVER GRUP).

KASTYUKEVICH, Igor Yuryevich (Cyrillic: КАСТЮКЕВИЧ, Игорь Юрьевич), Russia; DOB 06 Dec 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State

Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KAT DENNINGS LIMITED, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 27 May 2022; Company Number 3157024 (Hong Kong); Business Registration Number 74087153 (Hong Kong) [UKRAINE-EO13662] [RUSSIA-EO14024].

KATAEV, Aiub (a.k.a. KATAEV, Ayub Vakhaevich (Cyrillic: КАТАЕВ, Аюб Вахаевич); a.k.a. KATAEV, Ayubkhan Vakhaevich (Cyrillic: КАТАЕВ, Аюбхан Вахаевич)); DOB 01 Dec 1984; alt. DOB 01 Dec 1980; nationality Russia; Gender Male (individual) [MAGNIT].

KATAEV, Ayub Vakhaevich (Cyrillic: КАТАЕВ, Аюб Вахаевич) (a.k.a. KATAEV, Aiub; a.k.a. KATAEV, Ayubkhan Vakhaevich (Cyrillic: КАТАЕВ, Аюбхан Вахаевич)); DOB 01 Dec 1984; alt. DOB 01 Dec 1980; nationality Russia; Gender Male (individual) [MAGNIT].

KATAEV, Ayubkhan Vakhaevich (Cyrillic: КАТАЕВ, Аюбхан Вахаевич) (a.k.a. KATAEV, Aiub; a.k.a. KATAEV, Ayub Vakhaevich (Cyrillic: КАТАЕВ, Аюб Вахаевич)); DOB 01 Dec 1984; alt. DOB 01 Dec 1980; nationality Russia; Gender Male (individual) [MAGNIT].

KATA'IB ABU FADL AL-ABBAS (a.k.a. BATTALION OF THE SAYYID'S MARTYRS; a.k.a. KATA'IB KARBALA; a.k.a. KATA'IB SAYYID AL-SHUHADA (Arabic: كتائب سيد الشهداء); a.k.a. THE MASTER OF THE MARTYRS BRIGADE; a.k.a. "KSS"), Iraq; Syria; Lebanon; Website www.saidshuhada.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date May 2013; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

KATA'IB AL-IMAM ALI (Arabic: كتائب الإمام علي) (a.k.a. AL-IMAM ALI BATTALIONS; a.k.a. IMAM ALI BRIGADES; a.k.a. KATAIB ROUH ALLAH ISSA IBN MIRIAM), Iraq; Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Jun 2014; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

KATA'IB HEZBOLLAH (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HIZBALLAH; a.k.a. KHATA'IB

HEZBOLLAH; a.k.a. KHATA'IB HIZBALLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'ABAS"; a.k.a. "KATIBAT ZAYD EBIN ALI"; a.k.a. "KATIBUT KARBALAH"), Iraq; Najaf, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; www.aleseb.com [FTO] [SDGT] [IRAQ3].

KATA'IB HIZBALLAH (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KHATA'IB HEZBOLLAH; a.k.a. KHATA'IB HIZBALLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'ABAS"; a.k.a. "KATIBAT ZAYD EBIN ALI"; a.k.a. "KATIBUT KARBALAH"), Iraq; Najaf, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; www.aleseb.com [FTO] [SDGT] [IRAQ3].

KATA'IB KARBALA (a.k.a. BATTALION OF THE SAYYID'S MARTYRS; a.k.a. KATA'IB ABU FADL AL-ABBAS; a.k.a. KATA'IB SAYYID AL-SHUHADA (Arabic: كتائب سيد الشهداء); a.k.a. THE MASTER OF THE MARTYRS BRIGADE; a.k.a. "KSS"), Iraq; Syria; Lebanon; Website www.saidshuhada.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date May 2013; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

KATAIB ROUH ALLAH ISSA IBN MIRIAM (a.k.a. AL-IMAM ALI BATTALIONS; a.k.a. IMAM ALI BRIGADES; a.k.a. KATA'IB AL-IMAM ALI (Arabic: كتائب الإمام علي)), Iraq; Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Jun 2014; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

KATA'IB SAYYID AL-SHUHADA (Arabic: كتائب سيد الشهداء) (a.k.a. BATTALION OF THE SAYYID'S MARTYRS; a.k.a. KATA'IB ABU FADL AL-ABBAS; a.k.a. KATA'IB KARBALA; a.k.a. THE MASTER OF THE MARTYRS BRIGADE; a.k.a. "KSS"), Iraq; Syria; Lebanon;

Website www.saidshuhada.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date May 2013; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

KATANGA, Germain; DOB 28 Apr 1978; POB Mambasa, Mambasa Territory, Ituri District, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

KATARJI, Hussam (a.k.a. AL-QATIRJI, Hossam (Arabic: حسام القاطرجي); a.k.a. AL-QATIRJI, Hussam; a.k.a. BIN AHMED RUSHDI AL-QATIRJI, Hussam (Arabic: حسام بن أحمد رشدي قاطرجي); a.k.a. KATERJI, Hussam; a.k.a. KHATARJI, Hussam; a.k.a. KHATIRJI, Hussam; a.k.a. QATARJI, Hossam; a.k.a. QATERJI, Hussam; a.k.a. QATIRJI BIN AHMED RUSHDI, Hussam (Arabic: حسام قاطرجي بن احمد رشدي)), Syria; DOB 11 Jan 1982; POB Raqqa, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QATIRJI COMPANY).

KATEBI, Ruhollah, Moscow, Russia; DOB 11 Sep 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4609412802 (Iran) (individual) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

KATEEB AL MUHAJIREEN WAL ANSAR (a.k.a. AL-MUAJIRIN BRIGADE; a.k.a. ARMY OF FOREIGN FIGHTERS AND SUPPORTERS; a.k.a. ARMY OF THE EMIGRANTS AND HELPERS; a.k.a. BRIGADE OF THE EMIGRANTS AND HELPERS; a.k.a. JAISH AL-MUHAJIREEN WA ANSAR; a.k.a. JAISH AL-MUHAJIREEN WAL-ANSAR; a.k.a. JAYSH AL-MUHAJIRIN AND AL-ANSAR ARMY; a.k.a. JAYSH AL-MUHAJIRIN WAL-ANSAR; a.k.a. KATIBA AL-MUHAJIREEN; a.k.a. MUHAJIRIN AND ANSAR ARMY), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KATEHON (a.k.a. ANALITICHESKI TSENTR KATEKHON OOO; a.k.a. ANALITICHESKII TSENTR KATEKHON), ul. Gorbunova d. 2, str. 3, e 9 pom II of 89, Moscow 121596, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Feb 2016; Organization Type: Management consultancy activities; Tax

ID No. 9710007769 (Russia); Registration Number 1167746154432 (Russia) [RUSSIA-EO14024] (Linked To: TSARGRAD OOO).

KATERJI GROUP COMPANY (a.k.a. AL-QATIRJI COMPANY; a.k.a. AL-SHAM AND AL-DARWISH COMPANY; a.k.a. KATERJI GROUP LTD; a.k.a. KHATIRJI GROUP), Mazzah, Damascus, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Activities of holding companies [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KATERJI GROUP LTD (a.k.a. AL-QATIRJI COMPANY; a.k.a. AL-SHAM AND AL-DARWISH COMPANY; a.k.a. KATERJI GROUP COMPANY; a.k.a. KHATIRJI GROUP), Mazzah, Damascus, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Activities of holding companies [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KATERJI, 'Abbas; DOB 01 Jan 2006; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 016021971 (Syria) expires 17 Oct 2024 (individual) [SDGT] (Linked To: AL-QATIRJI COMPANY).

KATERJI, Hussam (a.k.a. AL-QATIRJI, Hossam (Arabic: حسام القاطرجي); a.k.a. AL-QATIRJI, Hussam; a.k.a. BIN AHMED RUSHDI AL-QATIRJI, Hussam (Arabic: حسام بن أحمد رشدي قاطرجي); a.k.a. KATARJI, Hussam; a.k.a. KHATARJI, Hussam; a.k.a. KHATIRJI, Hussam; a.k.a. QATARJI, Hossam; a.k.a. QATERJI, Hussam; a.k.a. QATIRJI BIN AHMED RUSHDI, Hussam (Arabic: حسام قاطرجي بن احمد رشدي)), Syria; DOB 11 Jan 1982; POB Raqqa, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QATIRJI COMPANY).

KATHIO, Muhammad Umar (a.k.a. AL-SINDHI, Abdallah; a.k.a. AL-SINDHI, Abdullah; a.k.a. AL-SINDI, Abdullah; a.k.a. AZMARAI, Umar Siddique Kathio; a.k.a. CHANDIO, Umar Kathio; a.k.a. CHANDUO, Umar; a.k.a. CHANDYO, Omar; a.k.a. KATIO, Muhammad Umar Sidduque; a.k.a. OMER, Muhammad; a.k.a. SINDHI, 'Abdallah; a.k.a. UMAR, Muhammad),

Karachi, Pakistan; Miram Shah, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1977; POB Saudi Arabia; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 466-77-221879 (Pakistan); alt. National ID No. 42201-015024707-7 (individual) [SDGT].

KATIBA AL-MUHAJIREEN (a.k.a. AL-MUAJIRIN BRIGADE; a.k.a. ARMY OF FOREIGN FIGHTERS AND SUPPORTERS; a.k.a. ARMY OF THE EMIGRANTS AND HELPERS; a.k.a. BRIGADE OF THE EMIGRANTS AND HELPERS; a.k.a. JAISH AL-MUHAJIREEN WA ANSAR; a.k.a. JAISH AL-MUHAJIREEN WAL-ANSAR; a.k.a. JAYSH AL-MUHAJIRIN AND AL-ANSAR ARMY; a.k.a. JAYSH AL-MUHAJIRIN WAL-ANSAR; a.k.a. KATEEB AL MUHAJIREEN WAL ANSAR; a.k.a. MUHAJIRIN AND ANSAR ARMY), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KATIBAH SHUHADA' AL-YARMOUK (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KATIBAT AL TAWHID WAL JIHAD (a.k.a. JANNAT OSHIKLARI; a.k.a. KHATIBA AL-TAWHID WAL-JIHAD; a.k.a. TAWHID AND JIHAD BRIGADE; a.k.a. "KTJ"), Syria; Kyrgyzstan; Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KATIBAT AL-IMAM AL-BUKHARI (a.k.a. IMAM AL-BUKHARI BATTALION; a.k.a. IMAM AL-BUKHORIY BRIGADE; a.k.a. IMAM BUKHARI

BATTALION; a.k.a. IMAM BUKHARI JAMAAT; a.k.a. IMAM BUKHORI JAMAAT; a.k.a. IMOM BUXORIY KATIBASI; a.k.a. KATIBATUL IMOM AL-BUXORIY; a.k.a. "IBB"; a.k.a. "KIB"), Aleppo, Syria; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KATIBAT ANSAR AL-SHARIA IN BENGHAZI (a.k.a. AL-RAYA ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A BRIGADE; a.k.a. ANSAR AL-SHARI'A IN BENGHAZI; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. ANSAR AL-SHARIAH; a.k.a. ANSAR AL-SHARIAH BRIGADE; a.k.a. ANSAR AL-SHARIAH-BENGHAZI; a.k.a. SOLDIERS OF THE SHARIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Benghazi, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

KATIBAT EL AHOUAL (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KATIBAT EL AHOUEL (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES

SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KATIBATUL IMOM AL-BUXORIY (a.k.a. IMAM AL-BUKHARI BATTALION; a.k.a. IMAM AL-BUKHORIY BRIGADE; a.k.a. IMAM BUKHARI BATTALION; a.k.a. IMAM BUKHARI JAMAAT; a.k.a. IMAM BUKHORI JAMAAT; a.k.a. IMOM BUXORIY KATIBASI; a.k.a. KATIBAT AL-IMAM AL-BUKHARI; a.k.a. "IBB"; a.k.a. "KIB"), Aleppo, Syria; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KATINA D.O.O. (a.k.a. KATINA DRUSTVO S OGRANICENOM ODGOVORNOSCU ZA NEKRETNINE I UGOSTITELJSTVO), Trg zrvata fasizma 6, Zagreb 10000, Croatia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jun 2003; Tax ID No. 22558501304 (Croatia); Registration Number 01737015 (Croatia) [RUSSIA-EO14024] (Linked To: TOKAREVA, Maiya Nikolaevna).

KATINA DRUSTVO S OGRANICENOM ODGOVORNOSCU ZA NEKRETNINE I UGOSTITELJSTVO (a.k.a. KATINA D.O.O.), Trg zrvata fasizma 6, Zagreb 10000, Croatia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jun 2003; Tax ID No. 22558501304 (Croatia); Registration Number 01737015 (Croatia) [RUSSIA-EO14024] (Linked To: TOKAREVA, Maiya Nikolaevna).

KATINTIMA, Norbert Basengezi (a.k.a. KATINTIMA, Norbert Bashengezi), 15 Joli Parc, Ma Campagne, Kinshasa 00243, Congo, Democratic Republic of the; DOB 10 Jan 1958; POB Kashiramo-Kaziba, South Kivu, Congo, Democratic Republic of the; alt. POB Rwanda; nationality Congo, Democratic Republic of the; alt. nationality Rwanda; Gender Male; Vice-President of the Independent National Electoral Commission (individual) [DRCONGO].

KATINTIMA, Norbert Bashengezi (a.k.a. KATINTIMA, Norbert Basengezi), 15 Joli Parc, Ma Campagne, Kinshasa 00243, Congo,

Democratic Republic of the; DOB 10 Jan 1958; POB Kashiramo-Kaziba, South Kivu, Congo, Democratic Republic of the; alt. POB Rwanda; nationality Congo, Democratic Republic of the; alt. nationality Rwanda; Gender Male; Vice-President of the Independent National Electoral Commission (individual) [DRCONGO].

KATIO, Muhammad Umar Sidduque (a.k.a. AL-SINDHI, Abdallah; a.k.a. AL-SINDHI, Abdullah; a.k.a. AL-SINDI, Abdullah; a.k.a. AZMARAI, Umar Siddique Kathio; a.k.a. CHANDIO, Umar Kathio; a.k.a. CHANDUO, Umar; a.k.a. CHANDYO, Omar; a.k.a. KATHIO, Muhammad Umar; a.k.a. OMER, Muhammad; a.k.a. SINDHI, 'Abdallah; a.k.a. UMAR, Muhammad), Karachi, Pakistan; Miram Shah, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1977; POB Saudi Arabia; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 466-77-221879 (Pakistan); alt. National ID No. 42201-015024707-7 (individual) [SDGT].

KATKONEFT (a.k.a. LIMITED LIABILITY COMPANY CATKONEFT), Ul. Yantarnaya D. 8, Kogalym 628481, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 8608180009 (Russia); Registration Number 1028601441582 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

KATOD, ul. Padunskaya, d. 3, Novosibirsk 630047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5402535005 (Russia); Registration Number 1115476016700 (Russia) [RUSSIA-EO14024].

KATRA, Amir (a.k.a. ALKANTRANJI, Amir Hachem; a.k.a. KANTRAJI, Amir Hachem; a.k.a. KATRANGI, Amir; a.k.a. KATRANGI, Amir Hachem; a.k.a. KATRANJI, Amir; a.k.a. KATRANJI, Amir Hachem; a.k.a. KATRANJI, Amir Hashem); DOB 24 Jun 1966; POB Hama, Syria; nationality Syria; Managing Director and Co-founder of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANGI ELECTRONICS (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a.

EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

KATRANGI FOR ELECTRONICS INDUSTRIES (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street,

Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

KATRANGI TRADING (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

KATRANGI, Amir (a.k.a. ALKANTRANJI, Amir Hachem; a.k.a. KANTRAJI, Amir Hachem; a.k.a. KATRA, Amir; a.k.a. KATRANGI, Amir Hachem; a.k.a. KATRANJI, Amir; a.k.a. KATRANJI, Amir Hachem; a.k.a. KATRANJI, Amir Hashem); DOB 24 Jun 1966; POB Hama, Syria; nationality Syria; Managing Director and Co-founder of Electronic Katrangi Group

(individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANGI, Amir Hachem (a.k.a. ALKANTRANJI, Amir Hachem; a.k.a. KANTRAJI, Amir Hachem; a.k.a. KATRA, Amir; a.k.a. KATRANGI, Amir; a.k.a. KATRANJI, Amir; a.k.a. KATRANJI, Amir Hachem; a.k.a. KATRANJI, Amir Hashem); DOB 24 Jun 1966; POB Hama, Syria; nationality Syria; Managing Director and Co-founder of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANGI, Houssam (a.k.a. EL KATRANGI, Houssam Hachem; a.k.a. EL KATRANJI, Houssam Hachem; a.k.a. KATRANGI, Houssam Hachem; a.k.a. KATRANGI, Hussam; a.k.a. KATRANJI, Houssam Hachem; a.k.a. KATRANKI, Houssam Hashem; a.k.a. QATRANJI, Hussam), Khansa Jnah, Beirut, Lebanon; DOB 27 Nov 1973; POB Ramlet El Baida, Lebanon; nationality Lebanon; Co-founder and Associate of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANGI, Houssam Hachem (a.k.a. EL KATRANGI, Houssam Hachem; a.k.a. EL KATRANJI, Houssam Hachem; a.k.a. KATRANGI, Houssam; a.k.a. KATRANGI, Hussam; a.k.a. KATRANJI, Houssam Hachem; a.k.a. KATRANKI, Houssam Hashem; a.k.a. QATRANJI, Hussam), Khansa Jnah, Beirut, Lebanon; DOB 27 Nov 1973; POB Ramlet El Baida, Lebanon; nationality Lebanon; Co-founder and Associate of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANGI, Hussam (a.k.a. EL KATRANGI, Houssam Hachem; a.k.a. EL KATRANJI, Houssam Hachem; a.k.a. KATRANGI, Houssam; a.k.a. KATRANGI, Houssam Hachem; a.k.a. KATRANJI, Houssam Hachem; a.k.a. KATRANKI, Houssam Hashem; a.k.a. QATRANJI, Hussam), Khansa Jnah, Beirut, Lebanon; DOB 27 Nov 1973; POB Ramlet El Baida, Lebanon; nationality Lebanon; Co-founder and Associate of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANGI, Maher (a.k.a. EL KATRANGI, Maher Hachem; a.k.a. EL KATRANJI, Maher Hachem; a.k.a. KATRANGI, Maher Hachem; a.k.a. KATRANGI, Maher Mohamad; a.k.a. KATRANJI, Maher Hachem; a.k.a. KATRANJI, Maher Hashem), Khansa Jnah, Beirut, Lebanon; DOB 06 Jul 1967; POB Hama, Syria;

nationality Syria; Co-founder and Associate of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANGI, Maher Hachem (a.k.a. EL KATRANGI, Maher Hachem; a.k.a. EL KATRANJI, Maher Hachem; a.k.a. KATRANGI, Maher; a.k.a. KATRANGI, Maher Mohamad; a.k.a. KATRANJI, Maher Hachem; a.k.a. KATRANJI, Maher Hashem), Khansa Jnah, Beirut, Lebanon; DOB 06 Jul 1967; POB Hama, Syria; nationality Syria; Co-founder and Associate of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANGI, Maher Mohamad (a.k.a. EL KATRANGI, Maher Hachem; a.k.a. EL KATRANJI, Maher Hachem; a.k.a. KATRANGI, Maher; a.k.a. KATRANGI, Maher Hachem; a.k.a. KATRANJI, Maher Hachem; a.k.a. KATRANJI, Maher Hashem), Khansa Jnah, Beirut, Lebanon; DOB 06 Jul 1967; POB Hama, Syria; nationality Syria; Co-founder and Associate of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANGI, Mohamad (a.k.a. ALKTRANJI, Mohammed; a.k.a. KATRANJI, Mohammed); DOB 1928 (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANJI LABS (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1

floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

KATRANJI, Amir (a.k.a. ALKANTRANJI, Amir Hachem; a.k.a. KANTRAJI, Amir Hachem; a.k.a. KATRA, Amir; a.k.a. KATRANGI, Amir; a.k.a. KATRANGI, Amir Hachem; a.k.a. KATRANJI, Amir Hachem; a.k.a. KATRANJI, Amir Hashem); DOB 24 Jun 1966; POB Hama, Syria; nationality Syria; Managing Director and Co-founder of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANJI, Amir Hachem (a.k.a. ALKANTRANJI, Amir Hachem; a.k.a. KANTRAJI, Amir Hachem; a.k.a. KATRA, Amir; a.k.a. KATRANGI, Amir; a.k.a. KATRANGI, Amir Hachem; a.k.a. KATRANJI, Amir; a.k.a. KATRANJI, Amir Hashem); DOB 24 Jun 1966; POB Hama, Syria; nationality Syria; Managing Director and Co-founder of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANJI, Amir Hashem (a.k.a. ALKANTRANJI, Amir Hachem; a.k.a. KANTRAJI, Amir Hachem; a.k.a. KATRA, Amir; a.k.a. KATRANGI, Amir; a.k.a. KATRANGI, Amir Hachem; a.k.a. KATRANJI, Amir; a.k.a. KATRANJI, Amir Hachem); DOB 24 Jun 1966; POB Hama, Syria; nationality Syria; Managing Director and Co-founder of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANJI, Houssam Hachem (a.k.a. EL KATRANGI, Houssam Hachem; a.k.a. EL KATRANJI, Houssam Hachem; a.k.a. KATRANGI, Houssam; a.k.a. KATRANGI, Houssam Hachem; a.k.a. KATRANGI, Hussam; a.k.a. KATRANKI, Houssam Hashem; a.k.a. QATRANJI, Hussam), Khansa Jnah, Beirut, Lebanon; DOB 27 Nov 1973; POB Ramlet El Baida, Lebanon; nationality Lebanon; Co-founder and Associate of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANJI, Maher Hachem (a.k.a. EL KATRANGI, Maher Hachem; a.k.a. EL

KATRANGI, Maher Hachem; a.k.a. KATRANGI, Maher; a.k.a. KATRANGI, Maher Hachem; a.k.a. KATRANGI, Maher Mohamad; a.k.a. KATRANJI, Maher Hashem), Khansa Jnah, Beirut, Lebanon; DOB 06 Jul 1967; POB Hama, Syria; nationality Syria; Co-founder and Associate of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANJI, Maher Hashem (a.k.a. EL KATRANGI, Maher Hachem; a.k.a. EL KATRANJI, Maher Hachem; a.k.a. KATRANGI, Maher; a.k.a. KATRANGI, Maher Hachem; a.k.a. KATRANGI, Maher Mohamad; a.k.a. KATRANJI, Maher Hachem), Khansa Jnah, Beirut, Lebanon; DOB 06 Jul 1967; POB Hama, Syria; nationality Syria; Co-founder and Associate of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANJI, Mohammed (a.k.a. ALKTRANJI, Mohammed; a.k.a. KATRANGI, Mohamad); DOB 1928 (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANKI, Houssam Hashem (a.k.a. EL KATRANGI, Houssam Hachem; a.k.a. EL KATRANJI, Houssam Hachem; a.k.a. KATRANGI, Houssam; a.k.a. KATRANGI, Houssam Hachem; a.k.a. KATRANGI, Hussam; a.k.a. KATRANJI, Houssam Hachem; a.k.a. QATRANJI, Hussam), Khansa Jnah, Beirut, Lebanon; DOB 27 Nov 1973; POB Ramlet El Baida, Lebanon; nationality Lebanon; Co-founder and Associate of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATREID LLC (a.k.a. LIMITED LIABILITY COMPANY KATRADE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КАТРЕЙД)), Pom. 6, Etazh 4, D. 7/1 Krasninskaya St. 2-Ya, Smolensk 214004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6731071061 (Russia); Registration Number 1086731013544 (Russia) [RUSSIA-EO14024].

KATSUBA, Sviatlana Piatrouna (Cyrillic: КАЦУБА, Святлана Пятроўна) (a.k.a. KACUBA, Sviatlana; a.k.a. KATSUBA, Sviatlana Piatrowna; a.k.a. KATSUBO, Svetlana; a.k.a. KATSUBO, Svetlana Petrovna (Cyrillic: КАЦУБО, Светлана Петровна)), Homel Oblast, Belarus; DOB 06 Aug 1959; POB Podilsk, Odessa Oblast, Ukraine; nationality Belarus; Gender Female (individual) [BELARUS].

KATSUBA, Sviatlana Piatrowna (a.k.a. KACUBA, Sviatlana; a.k.a. KATSUBA, Sviatlana Piatrouna (Cyrillic: КАЦУБА, Святлана Пятроўна); a.k.a. KATSUBO, Svetlana; a.k.a. KATSUBO, Svetlana Petrovna (Cyrillic: КАЦУБО, Светлана Петровна)), Homel Oblast, Belarus; DOB 06 Aug 1959; POB Podilsk, Odessa Oblast, Ukraine; nationality Belarus; Gender Female (individual) [BELARUS].

KATSUBO, Svetlana (a.k.a. KACUBA, Sviatlana; a.k.a. KATSUBA, Sviatlana Piatrouna (Cyrillic: КАЦУБА, Святлана Пятроўна); a.k.a. KATSUBA, Sviatlana Piatrowna; a.k.a. KATSUBO, Svetlana Petrovna (Cyrillic: КАЦУБО, Светлана Петровна)), Homel Oblast, Belarus; DOB 06 Aug 1959; POB Podilsk, Odessa Oblast, Ukraine; nationality Belarus; Gender Female (individual) [BELARUS].

KATSUBO, Svetlana Petrovna (Cyrillic: КАЦУБО, Светлана Петровна) (a.k.a. KACUBA, Sviatlana; a.k.a. KATSUBA, Sviatlana Piatrouna (Cyrillic: КАЦУБА, Святлана Пятроўна); a.k.a. KATSUBA, Sviatlana Piatrowna; a.k.a. KATSUBO, Svetlana), Homel Oblast, Belarus; DOB 06 Aug 1959; POB Podilsk, Odessa Oblast, Ukraine; nationality Belarus; Gender Female (individual) [BELARUS].

KATZ, Laurin, Switzerland; DOB 15 Jan 1988; POB Zurich, Switzerland; nationality Switzerland; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: KERIMOVA, Gulnara Suleymanovna).

KAUR, Eljeet (a.k.a. HAKIMZADA KAUR, Eljeet), Flat 17, 2nd FL Atlas Tower, Jamal Abdud Nasir Rd., Sharjah, United Arab Emirates; DOB 03 May 1959; nationality India; Gender Female; Passport Z2525822 (India) (individual) [SDNTK] (Linked To: HAKIMZADA, Jasmeet).

KAUROV, Valerii Volodymyrovych (a.k.a. KAUROV, Valeriy; a.k.a. KAUROV, Valery; a.k.a. KAUROV, Valery Vladimirovich); DOB 02 Apr 1956; POB Odessa, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KAUROV, Valeriy (a.k.a. KAUROV, Valerii Volodymyrovych; a.k.a. KAUROV, Valery; a.k.a. KAUROV, Valery Vladimirovich); DOB 02 Apr 1956; POB Odessa, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KAUROV, Valery (a.k.a. KAUROV, Valerii Volodymyrovych; a.k.a. KAUROV, Valeriy; a.k.a. KAUROV, Valery Vladimirovich); DOB 02 Apr 1956; POB Odessa, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KAUROV, Valery Vladimirovich (a.k.a. KAUROV, Valerii Volodymyrovych; a.k.a. KAUROV, Valeriy; a.k.a. KAUROV, Valery); DOB 02 Apr 1956; POB Odessa, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KAVAN ELECTRONIC CO., LTD (a.k.a. KAVAN ELECTRONIC COMPANY; a.k.a. KAVAN ELECTRONIC SADR ARIA ENGINEERING LIMITED LIABILITY COMPANY; a.k.a. KAVAN ELECTRONICS BEHRAD LIMITED LIABILITY COMPANY), No. 63, Unit 4, Shahrara, Patrice Lumumba St., Abshori Sharghi St., Tehran 1445934911, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Jul 2016; National ID No. 14005997725 (Iran); Registration Number 495080 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

KAVAN ELECTRONIC COMPANY (a.k.a. KAVAN ELECTRONIC CO., LTD; a.k.a. KAVAN ELECTRONIC SADR ARIA ENGINEERING LIMITED LIABILITY COMPANY; a.k.a. KAVAN ELECTRONICS BEHRAD LIMITED LIABILITY COMPANY), No. 63, Unit 4, Shahrara, Patrice Lumumba St., Abshori Sharghi St., Tehran 1445934911, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Jul 2016; National ID No. 14005997725 (Iran); Registration Number 495080 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

KAVAN ELECTRONIC SADR ARIA ENGINEERING LIMITED LIABILITY COMPANY (a.k.a. KAVAN ELECTRONIC CO., LTD; a.k.a. KAVAN ELECTRONIC COMPANY; a.k.a. KAVAN ELECTRONICS BEHRAD LIMITED LIABILITY COMPANY), No. 63, Unit 4, Shahrara, Patrice Lumumba St., Abshori Sharghi St., Tehran 1445934911, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Jul 2016; National ID No. 14005997725 (Iran); Registration Number 495080 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

KAVAN ELECTRONICS BEHRAD LIMITED LIABILITY COMPANY (a.k.a. KAVAN ELECTRONIC CO., LTD; a.k.a. KAVAN ELECTRONIC COMPANY; a.k.a. KAVAN ELECTRONIC SADR ARIA ENGINEERING LIMITED LIABILITY COMPANY), No. 63, Unit 4, Shahrara, Patrice Lumumba St., Abshori Sharghi St., Tehran 1445934911, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Jul 2016; National ID No. 14005997725 (Iran); Registration Number 495080 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

KAVDZHARADZE, Maksim Gennadyevich (Cyrillic: КАВДЖАРАДЗЕ, Максим Геннадьевич) (a.k.a. KAVDZHARADZE, Maxim), Russia; DOB 10 Jun 1969; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772425762316 (Russia); Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KAVDZHARADZE, Maxim (a.k.a. KAVDZHARADZE, Maksim Gennadyevich (Cyrillic: КАВДЖАРАДЗЕ, Максим Геннадьевич)), Russia; DOB 10 Jun 1969; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772425762316 (Russia); Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KAVE COFFEE S A (a.k.a. KAVE COFFEE S.A.), Panama; Calle A No. 310 entre 3ra y 5ta, Municipio Playa, Havana, Cuba; RUC # 22044-123-197519 (Panama) [CUBA].

KAVE COFFEE S.A. (a.k.a. KAVE COFFEE S A), Panama; Calle A No. 310 entre 3ra y 5ta, Municipio Playa, Havana, Cuba; RUC # 22044-123-197519 (Panama) [CUBA].

KAVE KHOZESTAN ALUMINIUM CO. (a.k.a. KALCO ALUMINUM COMPANY; a.k.a. KAVEH ALUMINUM KHUZESTAN; a.k.a. KAVEH KHOZESTAN ALUMINIUM; a.k.a. KAVEH KHOZESTAN ALUMINIUM COMPANY; a.k.a. KAVEH KHOZESTAN ALUMINUM COMPANY (Arabic: شرکت آلومینیوم کاوه خوزستان); a.k.a. KHUZESTAN KAVEH ALUMINUM COMPANY; a.k.a. "KALCO"), Building Alavi Golabi Street, Hafez Junction, Karimkhan Avenue, Tehran, Iran; Resalat Expressway, corner of Nelson Mandela Africa Blvd., Bonyad Complex, Tower 2, 9th Floor, Tehran, Iran; Website www.kalco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103583873 (Iran); Registration Number 321820 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

KAVE, S.A., Panama [CUBA].

KAVEH ALUMINUM KHUZESTAN (a.k.a. KALCO ALUMINUM COMPANY; a.k.a. KAVE KHOZESTAN ALUMINIUM CO.; a.k.a. KAVEH KHOZESTAN ALUMINIUM; a.k.a. KAVEH KHOZESTAN ALUMINIUM COMPANY; a.k.a. KAVEH KHOZESTAN ALUMINUM COMPANY (Arabic: شرکت آلومینیوم کاوه خوزستان); a.k.a. KHUZESTAN KAVEH ALUMINUM COMPANY; a.k.a. "KALCO"), Building Alavi Golabi Street, Hafez Junction, Karimkhan Avenue, Tehran, Iran; Resalat Expressway, corner of Nelson Mandela Africa Blvd., Bonyad Complex, Tower 2, 9th Floor, Tehran, Iran; Website www.kalco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103583873 (Iran); Registration Number 321820 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

KAVEH CUTTING TOOLS (a.k.a. KAVEH CUTTING TOOLS COMPANY; a.k.a. KAVEH CUTTING TOOLS COMPLEX; a.k.a. KAVEH CUTTING TOOLS FACTORIES), Km 4 of Khalaj Road, End of Seyedi Street, Mashad, Iran; P.O. Box 91735-549, Mashad, Iran; 3rd Km of Khalaj Road, Seyyedi Street, Mashad 91638, Iran; Khalaj Rd., End of Seyyedi Alley, Mashad, Iran; Moqan St., Pasdaran St., Pasdaran Cross Rd., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

KAVEH CUTTING TOOLS COMPANY (a.k.a. KAVEH CUTTING TOOLS; a.k.a. KAVEH CUTTING TOOLS COMPLEX; a.k.a. KAVEH CUTTING TOOLS FACTORIES), Km 4 of

Khalaj Road, End of Seyedi Street, Mashad, Iran; P.O. Box 91735-549, Mashad, Iran; 3rd Km of Khalaj Road, Seyyedi Street, Mashad 91638, Iran; Khalaj Rd., End of Seyyedi Alley, Mashad, Iran; Moqan St., Pasdaran St., Pasdaran Cross Rd., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

KAVEH CUTTING TOOLS COMPLEX (a.k.a. KAVEH CUTTING TOOLS; a.k.a. KAVEH CUTTING TOOLS COMPANY; a.k.a. KAVEH CUTTING TOOLS FACTORIES), Km 4 of Khalaj Road, End of Seyedi Street, Mashad, Iran; P.O. Box 91735-549, Mashad, Iran; 3rd Km of Khalaj Road, Seyyedi Street, Mashad 91638, Iran; Khalaj Rd., End of Seyyedi Alley, Mashad, Iran; Moqan St., Pasdaran St., Pasdaran Cross Rd., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

KAVEH CUTTING TOOLS FACTORIES (a.k.a. KAVEH CUTTING TOOLS; a.k.a. KAVEH CUTTING TOOLS COMPANY; a.k.a. KAVEH CUTTING TOOLS COMPLEX), Km 4 of Khalaj Road, End of Seyedi Street, Mashad, Iran; P.O. Box 91735-549, Mashad, Iran; 3rd Km of Khalaj Road, Seyyedi Street, Mashad 91638, Iran; Khalaj Rd., End of Seyyedi Alley, Mashad, Iran; Moqan St., Pasdaran St., Pasdaran Cross Rd., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

KAVEH EAST STEEL COMPANY (a.k.a. KAVEH SHARGH STEEL CO. (Arabic: شرکت فولاد شرق کاوه); a.k.a. KAVEH SHARGH STEEL COMPANY), Resalat Expressway, not far from Afriqa Expressway, Bonyad Mostazafan Central Building, Third Floor, Tehran, Iran; Website http://kes.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102942460 (Iran); Registration Number 253834 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

KAVEH KHOZESTAN ALUMINIUM (a.k.a. KALCO ALUMINUM COMPANY; a.k.a. KAVE KHOZESTAN ALUMINIUM CO.; a.k.a. KAVEH ALUMINUM KHUZESTAN; a.k.a. KAVEH KHOZESTAN ALUMINIUM COMPANY; a.k.a. KAVEH KHOZESTAN ALUMINUM COMPANY (Arabic: شرکت آلومینیوم کاوه خوزستان); a.k.a. KHUZESTAN KAVEH ALUMINUM COMPANY; a.k.a. "KALCO"), Building Alavi Golabi Street, Hafez Junction, Karimkhan Avenue, Tehran, Iran; Resalat Expressway, corner of Nelson

Mandela Africa Blvd., Bonyad Complex, Tower 2, 9th Floor, Tehran, Iran; Website www.kalco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103583873 (Iran); Registration Number 321820 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

KAVEH KHOZESTAN ALUMINIUM COMPANY (a.k.a. KALCO ALUMINUM COMPANY; a.k.a. KAVE KHOZESTAN ALUMINIUM CO.; a.k.a. KAVEH ALUMINUM KHUZESTAN; a.k.a. KAVEH KHOZESTAN ALUMINIUM; a.k.a. KAVEH KHOZESTAN ALUMINUM COMPANY (Arabic: شرکت آلومینیوم کاوه خوزستان); a.k.a. KHUZESTAN KAVEH ALUMINUM COMPANY; a.k.a. "KALCO"), Building Alavi Golabi Street, Hafez Junction, Karimkhan Avenue, Tehran, Iran; Resalat Expressway, corner of Nelson Mandela Africa Blvd., Bonyad Complex, Tower 2, 9th Floor, Tehran, Iran; Website www.kalco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103583873 (Iran); Registration Number 321820 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

KAVEH KHOZESTAN ALUMINUM COMPANY (Arabic: شرکت آلومینیوم کاوه خوزستان) (a.k.a. KALCO ALUMINUM COMPANY; a.k.a. KAVE KHOZESTAN ALUMINIUM CO.; a.k.a. KAVEH ALUMINUM KHUZESTAN; a.k.a. KAVEH KHOZESTAN ALUMINIUM; a.k.a. KAVEH KHOZESTAN ALUMINIUM COMPANY; a.k.a. KHUZESTAN KAVEH ALUMINUM COMPANY; a.k.a. "KALCO"), Building Alavi Golabi Street, Hafez Junction, Karimkhan Avenue, Tehran, Iran; Resalat Expressway, corner of Nelson Mandela Africa Blvd., Bonyad Complex, Tower 2, 9th Floor, Tehran, Iran; Website www.kalco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103583873 (Iran); Registration Number 321820 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

KAVEH METHANOL COMPANY (a.k.a. KAVEH PETROCHEMICAL CO.), Kaveh Building #4, Oshan Blvd., Sayad Shirazi Highway, Tehran, Iran; KM5 Dayyer to Bushehr Coasta Road, Bandar Dayyer, Bushehr, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization

Established Date 17 Apr 2004; Registration Number 219476 (Iran) [IRAN-EO13846].

KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY (Arabic: شرکت گسترش صنایع معدنی کاوه پارس) (a.k.a. GHOSTARESHE SANAYIE MADANI KAWEH PARS; a.k.a. KAVEH-PARS MINING INDUSTRIES DEVELOPMENT COMPANY; a.k.a. SHERKATE SANAYE MADANIYE KAVEH PARS; a.k.a. "KAVEH PARS"; a.k.a. "KMID"), 9th Floor, Central Building, No 0, Resalat Highway - Bonyad Mostazafan, Modares Hwy, District 3, Tehran, Tehran Province 1519613519, Iran; Argentina Square, Beginning of Africa Highway, Bonyad Mostazafan Building Number 1, Tehran, Iran; Africa Boulevard, No. 5, End of Arash Street, Tehran, Iran; Website http://kpars.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103057702 (Iran); Registration Number 272808 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

KAVEH PETROCHEMICAL CO. (a.k.a. KAVEH METHANOL COMPANY), Kaveh Building #4, Oshan Blvd., Sayad Shirazi Highway, Tehran, Iran; KM5 Dayyer to Bushehr Coasta Road, Bandar Dayyer, Bushehr, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 17 Apr 2004; Registration Number 219476 (Iran) [IRAN-EO13846].

KAVEH SHARGH STEEL CO. (Arabic: شرکت فولاد شرق کاوه) (a.k.a. KAVEH EAST STEEL COMPANY; a.k.a. KAVEH SHARGH STEEL COMPANY), Resalat Expressway, not far from Afriqa Expressway, Bonyad Mostazafan Central Building, Third Floor, Tehran, Iran; Website http://kes.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102942460 (Iran); Registration Number 253834 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

KAVEH SHARGH STEEL COMPANY (a.k.a. KAVEH EAST STEEL COMPANY; a.k.a. KAVEH SHARGH STEEL CO. (Arabic: شرکت فولاد شرق کاوه)), Resalat Expressway, not far from Afriqa Expressway, Bonyad Mostazafan Central Building, Third Floor, Tehran, Iran; Website http://kes.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102942460 (Iran);

Registration Number 253834 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

KAVEH-PARS MINING INDUSTRIES DEVELOPMENT COMPANY (a.k.a. GHOSTARESHE SANAYIE MADANI KAWEH PARS; a.k.a. KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY (Arabic: شرکت گسترش صنایع معدنی کاوه پارس); a.k.a. SHERKATE SANAYE MADANIYE KAVEH PARS; a.k.a. "KAVEH PARS"; a.k.a. "KMID"), 9th Floor, Central Building, No 0, Resalat Highway - Bonyad Mostazafan, Modares Hwy, District 3, Tehran, Tehran Province 1519613519, Iran; Argentina Square, Beginning of Africa Highway, Bonyad Mostazafan Building Number 1, Tehran, Iran; Africa Boulevard, No. 5, End of Arash Street, Tehran, Iran; Website http://kpars.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103057702 (Iran); Registration Number 272808 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

KAVERZINA, Irina Viktorovna, Russia; DOB 18 Jul 1986; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

KAVIAN PETROCHEMICAL (Arabic: پتروشیمی کاویان) (a.k.a. KAVIAN PETROCHEMICAL CO.; a.k.a. KAVIAN PETROCHEMICAL COMMERCIAL; a.k.a. KAVIAN PETROCHEMICAL COMPANY; a.k.a. KAVIAN PETROCHEMICAL CORPORATION; a.k.a. KAVIAN PETROCHEMICAL PRIVATE JOINT STOCK COMPANY (Arabic: شرکت پتروشیمی کاویان سهامی خاص)), Fatemi Street West Corner Khazan Alley, Plaque 2, Tehran, Iran; Petro Kavian, Asalouye, Bushehr 7539175146, Iran; Pars Special Energy Economic Zone, Kavian Petrochemical Complex, Asalouyeh, Iran; North Kargar Street, Plaque 310, Fourth Floor, Tehran, Iran; West Fatemi Street, Corner of Khazan Alley, Number 2, Tehran, Iran; Ashrafi Esfahani Highway, Fourth Road Punak, Falahzadeh Boulevard, Plaque 40, Floor 5, Tehran, Iran; 4th Floor No. 310, North Kargar Ave., Shahid Fatemi Cross Upsards, Tehran, Iran; Kavian Petrochemical Co., PSEEZ, Asaluyeh, Iran; Website www.petrokavian.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES

FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10102953996 (Iran); Registration Number 255100 (Iran) [IRAN-EO13846].

KAVIAN PETROCHEMICAL CO. (a.k.a. KAVIAN PETROCHEMICAL (Arabic: پتروشیمی کاویان); a.k.a. KAVIAN PETROCHEMICAL COMMERCIAL; a.k.a. KAVIAN PETROCHEMICAL COMPANY; a.k.a. KAVIAN PETROCHEMICAL CORPORATION; a.k.a. KAVIAN PETROCHEMICAL PRIVATE JOINT STOCK COMPANY (Arabic: شرکت پتروشیمی کاویان سهامی خاص)), Fatemi Street West Corner Khazan Alley, Plaque 2, Tehran, Iran; Petro Kavian, Asalouye, Bushehr 7539175146, Iran; Pars Special Energy Economic Zone, Kavian Petrochemical Complex, Asalouyeh, Iran; North Kargar Street, Plaque 310, Fourth Floor, Tehran, Iran; West Fatemi Street, Corner of Khazan Alley, Number 2, Tehran, Iran; Ashrafi Esfahani Highway, Fourth Road Punak, Falahzadeh Boulevard, Plaque 40, Floor 5, Tehran, Iran; 4th Floor No. 310, North Kargar Ave., Shahid Fatemi Cross Upsards, Tehran, Iran; Kavian Petrochemical Co., PSEEZ, Asaluyeh, Iran; Website www.petrokavian.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information:

SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10102953996 (Iran); Registration Number 255100 (Iran) [IRAN-EO13846].

KAVIAN PETROCHEMICAL COMMERCIAL (a.k.a. KAVIAN PETROCHEMICAL (Arabic: پتروشیمی کاویان); a.k.a. KAVIAN PETROCHEMICAL CO.; a.k.a. KAVIAN PETROCHEMICAL COMPANY; a.k.a. KAVIAN PETROCHEMICAL CORPORATION; a.k.a. KAVIAN PETROCHEMICAL PRIVATE JOINT STOCK COMPANY (Arabic: شرکت پتروشیمی کاویان سهامی خاص)), Fatemi Street West Corner Khazan Alley, Plaque 2, Tehran, Iran; Petro Kavian, Asalouye, Bushehr 7539175146, Iran; Pars Special Energy Economic Zone, Kavian Petrochemical Complex, Asalouyeh, Iran; North Kargar Street, Plaque 310, Fourth Floor, Tehran, Iran; West Fatemi Street, Corner of Khazan Alley, Number 2, Tehran, Iran; Ashrafi Esfahani Highway, Fourth Road Punak, Falahzadeh Boulevard, Plaque 40, Floor 5, Tehran, Iran; 4th Floor No. 310, North Kargar Ave., Shahid Fatemi Cross Upsards, Tehran, Iran; Kavian Petrochemical Co., PSEEZ, Asaluyeh, Iran; Website www.petrokavian.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10102953996 (Iran); Registration Number 255100 (Iran) [IRAN-EO13846].

KAVIAN PETROCHEMICAL COMPANY (a.k.a. KAVIAN PETROCHEMICAL (Arabic: پتروشیمی کاویان); a.k.a. KAVIAN PETROCHEMICAL CO.; a.k.a. KAVIAN PETROCHEMICAL COMMERCIAL; a.k.a. KAVIAN PETROCHEMICAL CORPORATION; a.k.a. KAVIAN PETROCHEMICAL PRIVATE JOINT STOCK COMPANY (Arabic: شرکت پتروشیمی کاویان سهامی خاص)), Fatemi Street West Corner Khazan Alley, Plaque 2, Tehran, Iran; Petro Kavian, Asalouye, Bushehr 7539175146, Iran; Pars Special Energy Economic Zone, Kavian Petrochemical Complex, Asalouyeh, Iran; North Kargar Street, Plaque 310, Fourth Floor, Tehran, Iran; West Fatemi Street, Corner of Khazan Alley, Number 2, Tehran, Iran; Ashrafi Esfahani Highway, Fourth Road Punak, Falahzadeh Boulevard, Plaque 40, Floor 5, Tehran, Iran; 4th Floor No. 310, North Kargar Ave., Shahid Fatemi Cross Upsards, Tehran, Iran; Kavian Petrochemical Co., PSEEZ, Asaluyeh, Iran; Website www.petrokavian.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10102953996 (Iran); Registration Number 255100 (Iran) [IRAN-EO13846].

KAVIAN PETROCHEMICAL CORPORATION (a.k.a. KAVIAN PETROCHEMICAL (Arabic: پتروشیمی کاویان); a.k.a. KAVIAN PETROCHEMICAL CO.; a.k.a. KAVIAN PETROCHEMICAL COMMERCIAL; a.k.a. KAVIAN PETROCHEMICAL COMPANY; a.k.a. KAVIAN PETROCHEMICAL PRIVATE JOINT STOCK COMPANY (Arabic: شرکت پتروشیمی کاویان سهامی خاص)), Fatemi Street West Corner Khazan Alley, Plaque 2, Tehran, Iran; Petro Kavian, Asalouye, Bushehr 7539175146, Iran; Pars Special Energy Economic Zone, Kavian Petrochemical Complex, Asalouyeh, Iran; North Kargar Street, Plaque 310, Fourth Floor, Tehran, Iran; West Fatemi Street, Corner of Khazan Alley, Number 2, Tehran, Iran; Ashrafi Esfahani Highway, Fourth Road Punak, Falahzadeh Boulevard, Plaque 40, Floor 5, Tehran, Iran; 4th Floor No. 310, North Kargar Ave., Shahid Fatemi Cross Upsards, Tehran, Iran; Kavian Petrochemical Co., PSEEZ, Asaluyeh, Iran; Website www.petrokavian.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10102953996 (Iran); Registration Number 255100 (Iran) [IRAN-EO13846].

KAVIAN PETROCHEMICAL PRIVATE JOINT STOCK COMPANY (Arabic: شرکت پتروشیمی کاویان سهامی خاص) (a.k.a. KAVIAN PETROCHEMICAL (Arabic: پتروشیمی کاویان); a.k.a. KAVIAN PETROCHEMICAL CO.; a.k.a. KAVIAN PETROCHEMICAL COMMERCIAL; a.k.a. KAVIAN PETROCHEMICAL COMPANY; a.k.a. KAVIAN PETROCHEMICAL CORPORATION), Fatemi Street West Corner Khazan Alley, Plaque 2, Tehran, Iran; Petro Kavian, Asalouye, Bushehr 7539175146, Iran; Pars Special Energy Economic Zone, Kavian Petrochemical Complex, Asalouyeh, Iran; North Kargar Street, Plaque 310, Fourth Floor, Tehran, Iran; West Fatemi Street, Corner of Khazan Alley, Number 2, Tehran, Iran; Ashrafi Esfahani Highway, Fourth Road Punak, Falahzadeh Boulevard, Plaque 40, Floor 5, Tehran, Iran; 4th Floor No. 310, North Kargar Ave., Shahid Fatemi Cross Upsards, Tehran, Iran; Kavian Petrochemical Co., PSEEZ, Asaluyeh, Iran; Website www.petrokavian.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec.

5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10102953996 (Iran); Registration Number 255100 (Iran) [IRAN-EO13846].

KAVINOV, Artem Alexandrovich (Cyrillic: КАВИНОВ, Артем Александрович), Russia; DOB 03 Sep 1969; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KAVKAZSKY KOMSELKHOZBANK (a.k.a. BANK ROSTFINANCE; a.k.a. LLC COMMERCIAL BANK ROSTFINANCE; a.k.a. OOO CB ROSTFINANS; a.k.a. ROSTFINANS), St 1st Mayskaya, 13a/11a, Rostov-on-Don 344037, Russia; SWIFT/BIC ROSFRU2A; Website www.rostfinance.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 2332006024 (Russia); Legal Entity Number 253400LTWKWWN6SQCF62; Registration Number 1022300003021 (Russia) [RUSSIA-EO14024].

KAVOSH GOSTAR BOSHRA LLC (a.k.a. PISHTAZAN KAVOSH GOSTAR BASHARA LLC; a.k.a. PISHTAZAN KAVOSH GOSTAR BOSHRA LLC (Arabic: پیشتازان کاوش گستر بشرا); a.k.a. PISHTAZAN KAVOSH GOSTAR BUSHRA COMPANY LLC; a.k.a. PISHTAZAN KAVOSH GOSTAR BUSHRA LLC; a.k.a. "PKGB"), Unit 4, Number 1, Khanjari Alley, between Shahid Bagheri Highway and Seraj, Farjam Avenue, Tehran 1685914195, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 02 Oct 2012; National ID No. 14002836456 (Iran); Registration Number 428840 (Iran) [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

KAVOSHGARAN ASMAN MOJ GHADIR COMPANY (a.k.a. KAVOSHGARAN ASMAN MOJ GHADIR PRIVATE JOINT STOCK COMPANY), Unit 2, First Floor, No. 63, Sabzevar Acacia Street, Sarvestan, Eighty Meter Street, Railway Town, Central District, Tehran County, Tehran, Tehran 1494934943, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization

Established Date 26 Sep 2016; National ID No. 14006195595 (Iran); Registration Number 498898 (Iran) [NPWMD] [IFSR] (Linked To: REZAEI, Bahram).

KAVOSHGARAN ASMAN MOJ GHADIR PRIVATE JOINT STOCK COMPANY (a.k.a. KAVOSHGARAN ASMAN MOJ GHADIR COMPANY), Unit 2, First Floor, No. 63, Sabzevar Acacia Street, Sarvestan, Eighty Meter Street, Railway Town, Central District, Tehran County, Tehran, Tehran 1494934943, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 26 Sep 2016; National ID No. 14006195595 (Iran); Registration Number 498898 (Iran) [NPWMD] [IFSR] (Linked To: REZAEI, Bahram).

KAWOUK, Nabil (a.k.a. QAOUK, Nabil (Arabic: نبيل قاووق); a.k.a. QAWOOK, Sheikh Nabil; a.k.a. QAWOUK, Sheikh Nabil; a.k.a. QAWUQ, Nabil Yahy), Ebba, Nabatieh, Lebanon; DOB 20 May 1964; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

KAWTARANI, Muhammad (a.k.a. AL-KAWTHARANI, Jafar; a.k.a. AL-KAWTHARANI, Muhammad; a.k.a. KAWTHARANI, Mohammad; a.k.a. KAWTHARANI, Muhammad); DOB 1945; alt. DOB 1959; alt. DOB 1961; POB Najaf, Iraq; nationality Lebanon; alt. nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KAWTHARANI, Adnan Hussein (a.k.a. AL-KAWTHARANI, Adnan; a.k.a. KAWTHARANI, Adnan Mahmud; a.k.a. KAWTHRANI, Adnan; a.k.a. KUTHERANI, Adnan), Al Zahrani, Lebanon; Najaf, Iraq; DOB 02 Sep 1954; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

KAWTHARANI, Adnan Mahmud (a.k.a. AL-KAWTHARANI, Adnan; a.k.a. KAWTHARANI, Adnan Hussein; a.k.a. KAWTHRANI, Adnan;

a.k.a. KUTHERANI, Adnan), Al Zahrani, Lebanon; Najaf, Iraq; DOB 02 Sep 1954; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

KAWTHARANI, Mohammad (a.k.a. AL-KAWTHARANI, Jafar; a.k.a. AL-KAWTHARANI, Muhammad; a.k.a. KAWTARANI, Muhammad; a.k.a. KAWTHARANI, Muhammad); DOB 1945; alt. DOB 1959; alt. DOB 1961; POB Najaf, Iraq; nationality Lebanon; alt. nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KAWTHARANI, Muhammad (a.k.a. AL-KAWTHARANI, Jafar; a.k.a. AL-KAWTHARANI, Muhammad; a.k.a. KAWTARANI, Muhammad; a.k.a. KAWTHARANI, Mohammad); DOB 1945; alt. DOB 1959; alt. DOB 1961; POB Najaf, Iraq; nationality Lebanon; alt. nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KAWTHRANI, Adnan (a.k.a. AL-KAWTHARANI, Adnan; a.k.a. KAWTHARANI, Adnan Hussein; a.k.a. KAWTHARANI, Adnan Mahmud; a.k.a. KUTHERANI, Adnan), Al Zahrani, Lebanon; Najaf, Iraq; DOB 02 Sep 1954; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

KAY ZONE BUILDERS & DEVELOPERS (a.k.a. KAY ZONE BUILDERS AND DEVELOPERS), House #D-85, Block-5, Clifton, Karachi, Pakistan [TCO] (Linked To: KHANANI, Hozaifa Javed).

KAY ZONE BUILDERS AND DEVELOPERS (a.k.a. KAY ZONE BUILDERS & DEVELOPERS), House #D-85, Block-5, Clifton, Karachi, Pakistan [TCO] (Linked To: KHANANI, Hozaifa Javed).

KAY ZONE GENERAL TRADING LLC, Office No. 412, Abdul Ahmed Al Zarouni Building, Deira, Dubai, United Arab Emirates; Registration ID 1046349 (United Arab Emirates); Dubai Chamber of Commerce Membership No. 175229; Trade License No. 626883 (United Arab Emirates) [TCO] (Linked To: KHANANI, Obaid Altaf).

KAYA, Mehmet, Turkey; DOB 01 Jan 1988; POB Mardin, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 35006048398 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

KAYA, Serkan (a.k.a. AL-DIN, Haroun Mansour Yaqoub Nasser (Arabic: هاروم منصور يعقوب ناصرالدين); a.k.a. ALDIN, Haroun Nasser; a.k.a. NASIR-AL-DIN, Harun Mansur Ya'qub; a.k.a. NASR-AL-DIN, Harun), Istanbul, Turkey; DOB 05 Jun 1970; POB Hebron, West Bank; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 904273463 (Palestinian); alt. National ID No. 12216148308 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

KAYALI, Taher (Arabic: طاهر كيالى) (a.k.a. AL-KAYALI, Taher; a.k.a. CAIALI, Taer; a.k.a. KAYALI, Taher Abdel Karim), Syria; DOB 11 Jul 1960; POB Aleppo, Syria; nationality Syria; Gender Male; National ID No. 02010229257 (Syria) (individual) [PAARSSR-EO13894].

KAYALI, Taher Abdel Karim (a.k.a. AL-KAYALI, Taher; a.k.a. CAIALI, Taer; a.k.a. KAYALI, Taher (Arabic: طاهر كيالى)), Syria; DOB 11 Jul 1960; POB Aleppo, Syria; nationality Syria; Gender Male; National ID No. 02010229257 (Syria) (individual) [PAARSSR-EO13894].

KAYAN AL-SADIQ WA AL-ATAA (a.k.a. ANSAR ALAH ALOFIA; a.k.a. HARAKAT AL-SADIQ WA AL-ATAA; a.k.a. HARAKAT ANSAR ALLAH AL AWFIYA FI SOURIYA; a.k.a. HARAKAT ANSAR ALLAH AL-AWFIYA (Arabic: حركة أنصار الله الأوفياء); a.k.a. "GOD'S LOYAL SUPPORTERS"; a.k.a. "HONESTY AND GIVING ENTITY"; a.k.a. "THE MOVEMENT OF THE LOYAL PARTISANS OF GOD"), Iraq; Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2013; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

KAYIHURA, Kale (a.k.a. MUHWEZI, Edward Kalekezi Kayihura); DOB 26 Dec 1955;

nationality Uganda; Gender Male; Passport DA024329 (individual) [GLOMAG].

KAYIN BORDER GUARD FORCE (a.k.a. KAREN BORDER GUARD FORCE; a.k.a. KAREN NATIONAL ARMY; a.k.a. KAYIN NATIONAL ARMY), Karen State, Burma; Organization Established Date Apr 2009; Target Type Criminal Organization [TCO] [BURMA-EO14014].

KAYIN NATIONAL ARMY (a.k.a. KAREN BORDER GUARD FORCE; a.k.a. KAREN NATIONAL ARMY; a.k.a. KAYIN BORDER GUARD FORCE), Karen State, Burma; Organization Established Date Apr 2009; Target Type Criminal Organization [TCO] [BURMA-EO14014].

KAYIRA, Muhammad Mzee (a.k.a. MAHAMMAD, Kayiira; a.k.a. MUHAMADI, Kahira; a.k.a. MUHAMMAD, Kayiira; a.k.a. "Kaida"; a.k.a. "Karida"; a.k.a. "Ogundipe"), Congo, Democratic Republic of the; DOB 1963 to 1969; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

KAYNA, Innocent (a.k.a. KAINA, Innocent); DOB 1978; POB Bunagana, Rutshuru territory, Democratic Republic of the Congo; Colonel (individual) [DRCONGO].

KAYODE, Abiola Ayorinde, Nigeria; DOB 14 Nov 1987; nationality Nigeria; Gender Male; Passport A05637743 (Nigeria) (individual) [CYBER2].

KAYRA ELECTRONICS LTD CO (a.k.a. KAYRA ELEKTRONIK LIMITED SIRKETI), 38 Ada Ata 3/3 Ofis Plaza, K:4 Atasehir Bulvari 39 Nolu Bagimsiz Bolom, Atasehir, Istanbul 34758, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 551477 (Turkey) [RUSSIA-EO14024] (Linked To: ALICE COMPONENTS CO LIMITED).

KAYRA ELEKTRONIK LIMITED SIRKETI (a.k.a. KAYRA ELECTRONICS LTD CO), 38 Ada Ata 3/3 Ofis Plaza, K:4 Atasehir Bulvari 39 Nolu Bagimsiz Bolom, Atasehir, Istanbul 34758, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 551477 (Turkey) [RUSSIA-EO14024] (Linked To: ALICE COMPONENTS CO LIMITED).

KAYYUMI, Vahid (a.k.a. GHAYUMI, Vahid; a.k.a. QAYUMI, Vahid; a.k.a. QIYUMI, Wahid), Ankara, Turkey; Shiraz, Iran; DOB 30 May 1976; POB Marvdasht, Iran; nationality Iran; Additional Sanctions Information - Subject to

Secondary Sanctions; Gender Male; Passport U22259345 (Turkey) expires 29 Aug 2029; alt. Passport Z52116903 (Iran); National ID No. 2431845990 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

KAZA'I, Ahmad (a.k.a. KHAZAI, Ahmad), Iran; DOB 30 Mar 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D9014415 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KAZAKEVICH, Genadz Arkadzievich (a.k.a. KAZAKEVICH, Gennadi; a.k.a. KAZAKEVICH, Gennadi Arkadievich (Cyrillic: КАЗАКЕВИЧ, Геннадий Аркадьевич); a.k.a. KAZAKEVICH, Gennady (Cyrillic: КАЗАКЕВИЧ, Геннадий); a.k.a. KAZAKEVICH, Gennady Arkadyevich; a.k.a. KAZAKEVICH, Henadz; a.k.a. KAZAKEVICH, Henadz Arkadzievich (Cyrillic: КАЗАКЕВІЧ, Генадзь Аркадзьевіч)), Minsk, Belarus; DOB 14 Feb 1975; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KAZAKEVICH, Gennadi (a.k.a. KAZAKEVICH, Genadz Arkadzievich; a.k.a. KAZAKEVICH, Gennadi Arkadievich (Cyrillic: КАЗАКЕВИЧ, Геннадий Аркадьевич); a.k.a. KAZAKEVICH, Gennady (Cyrillic: КАЗАКЕВИЧ, Геннадий); a.k.a. KAZAKEVICH, Gennady Arkadyevich; a.k.a. KAZAKEVICH, Henadz; a.k.a. KAZAKEVICH, Henadz Arkadzievich (Cyrillic: КАЗАКЕВІЧ, Генадзь Аркадзьевіч)), Minsk, Belarus; DOB 14 Feb 1975; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KAZAKEVICH, Gennadi Arkadievich (Cyrillic: КАЗАКЕВИЧ, Геннадий Аркадьевич) (a.k.a. KAZAKEVICH, Genadz Arkadzievich; a.k.a. KAZAKEVICH, Gennadi; a.k.a. KAZAKEVICH, Gennady (Cyrillic: КАЗАКЕВИЧ, Геннадий); a.k.a. KAZAKEVICH, Gennady Arkadyevich; a.k.a. KAZAKEVICH, Henadz; a.k.a. KAZAKEVICH, Henadz Arkadzievich (Cyrillic: КАЗАКЕВІЧ, Генадзь Аркадзьевіч)), Minsk, Belarus; DOB 14 Feb 1975; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KAZAKEVICH, Gennady (Cyrillic: КАЗАКЕВИЧ, Геннадий) (a.k.a. KAZAKEVICH, Genadz Arkadzievich; a.k.a. KAZAKEVICH, Gennadi; a.k.a. KAZAKEVICH, Gennadi Arkadievich (Cyrillic: КАЗАКЕВИЧ, Геннадий Аркадьевич); a.k.a. KAZAKEVICH, Gennady Arkadyevich;

a.k.a. KAZAKEVICH, Henadz; a.k.a. KAZAKEVICH, Henadz Arkadzievich (Cyrillic: КАЗАКЕВІЧ, Генадзь Аркадзьевіч)), Minsk, Belarus; DOB 14 Feb 1975; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KAZAKEVICH, Gennady Arkadyevich (a.k.a. KAZAKEVICH, Genadz Arkadzievich; a.k.a. KAZAKEVICH, Gennadi; a.k.a. KAZAKEVICH, Gennadi Arkadievich (Cyrillic: КАЗАКЕВИЧ, Геннадий Аркадьевич); a.k.a. KAZAKEVICH, Gennady (Cyrillic: КАЗАКЕВИЧ, Геннадий); a.k.a. KAZAKEVICH, Henadz; a.k.a. KAZAKEVICH, Henadz Arkadzievich (Cyrillic: КАЗАКЕВІЧ, Генадзь Аркадзьевіч)), Minsk, Belarus; DOB 14 Feb 1975; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KAZAKEVICH, Henadz (a.k.a. KAZAKEVICH, Genadz Arkadzievich; a.k.a. KAZAKEVICH, Gennadi; a.k.a. KAZAKEVICH, Gennadi Arkadievich (Cyrillic: КАЗАКЕВИЧ, Геннадий Аркадьевич); a.k.a. KAZAKEVICH, Gennady (Cyrillic: КАЗАКЕВИЧ, Геннадий); a.k.a. KAZAKEVICH, Gennady Arkadyevich; a.k.a. KAZAKEVICH, Henadz Arkadzievich (Cyrillic: КАЗАКЕВІЧ, Генадзь Аркадзьевіч)), Minsk, Belarus; DOB 14 Feb 1975; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KAZAKEVICH, Henadz Arkadzievich (Cyrillic: КАЗАКЕВІЧ, Генадзь Аркадзьевіч) (a.k.a. KAZAKEVICH, Genadz Arkadzievich; a.k.a. KAZAKEVICH, Gennadi; a.k.a. KAZAKEVICH, Gennadi Arkadievich (Cyrillic: КАЗАКЕВИЧ, Геннадий Аркадьевич); a.k.a. KAZAKEVICH, Gennady (Cyrillic: КАЗАКЕВИЧ, Геннадий); a.k.a. KAZAKEVICH, Gennady Arkadyevich; a.k.a. KAZAKEVICH, Henadz), Minsk, Belarus; DOB 14 Feb 1975; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KAZAKOV, Viktor Alekseyevich (Cyrillic: КАЗАКОВ, Виктор Алексеевич), Russia; DOB 04 Apr 1949; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KAZAKOVA, Olga Mikhailovna (Cyrillic: КАЗАКОВА, Ольга Михайловна), Russia; DOB 30 May 1968; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the

Russian Federation (individual) [RUSSIA-EO14024].

KAZAKOVA, VALENTINA LVOVNA (Cyrillic: КАЗАКОВА, Валентина Львовна) (a.k.a. KAZAKOVA, Valentyna Lvivna), Moscow, Russia; DOB 06 Jul 1969; POB Tula, Tula Region, Russia; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KAZAKOVA, Valentyna Lvivna (a.k.a. KAZAKOVA, VALENTINA LVOVNA (Cyrillic: КАЗАКОВА, Валентина Львовна)), Moscow, Russia; DOB 06 Jul 1969; POB Tula, Tula Region, Russia; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KAZAN HELICOPTERS (a.k.a. AO KAZANSKII VERTOLETNYI ZAVOD; a.k.a. JOINT STOCK COMPANY KAZAN HELICOPTERS; a.k.a. KAZANSKI VERTOLETNY ZAVOD AO), Ul. Tetsevskaya D. 14, Kazan 420085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1993; Tax ID No. 1656002652 (Russia); Registration Number 1021603881683 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

KAZAN OPTICAL-MECHANICAL PLANT JOINT STOCK COMPANY (a.k.a. JSC KAZAN OPTICAL AND MECHANICAL PLANT; a.k.a. KAZANSKII OPTIKO-MEKHANICHESKII ZAVOD AO (Cyrillic: КАЗАНСКИЙ ОПТИКО-МЕХАНИЧЕСКИЙ ЗАВОД АО)), 37 Lipatova St., Kazan, Tatarstan Republic 420075, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1660004229 (Russia); Business Registration Number 1021603617188 (Russia) [RUSSIA-EO14024].

KAZAN PLANT ELECTRIC DEVICE OPEN JOINT STOCK COMPANY (a.k.a. OPEN JOINT STOCK COMPANY KAZAN PLANT ELECTROPRIBOR; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO KAZANSKII ZAVOD ELEKTROPRIBOR), Ul. Nikolaya Ershova D. 20, Kazan 420061, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1655064494 (Russia); Registration Number 1041621021749 (Russia) [RUSSIA-EO14024].

KAZAN SHIPPING INCORPORATED, Office OT 17-32, 17th Floor, Office Tower, Central Park Towers, Dubai, United Arab Emirates; Unit

27610-001, Building A1, IFZA Business Park, DDP, Dubai Silicon Oasis, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number IMO 1142781 [RUSSIA-EO14024].

KAZAN SYNTHETIC RUBBER PLANT JSC (a.k.a. OTKRITOE AKTCIONERNOE OBSHESTVO KAZANSKIJ ZAVOD SINTETICHESKOGO KAUCHUKA; a.k.a. "JSC KZSK"; a.k.a. "OAO KZSK"), 1 Lebedeva Str., Kazan, Republic of Tatarstan 420054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Jun 2002; Tax ID No. 1659032038 (Russia); Registration Number 1021603463485 (Russia) [RUSSIA-EO14024].

KAZAN SYNTHETIC RUBBER PLANT JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO KAZANSKII ZAVOD SINTETICHESKOGO KAUCHUKA; a.k.a. "AO KZSK"), ul. Lebedeva d. 1, pomeshch. 4, Kazan 420054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7608030523 (Russia); Registration Number 1177627028039 (Russia) [RUSSIA-EO14024].

KAZAN, Ali Muhammad (a.k.a. KASSAN, Ali Mohamad; a.k.a. QAZAN, Ali Mohamad), Avenue Taroba, 1005 Edificio Beatriz Mendes, Apt 1704, Foz do Iguacu, Brazil; DOB 19 Dec 1967; POB Taibe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0089044 (Lebanon) (individual) [SDGT].

KAZANKOV, Sergey Ivanovich (Cyrillic: КАЗАНКОВ, Сергей Иванович), Russia; DOB 09 Oct 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KAZANOKOV, Krym Olievich (Cyrillic: КАЗАНОКОВ, Крым Олиевич), Russia; DOB 19 Jul 1962; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KAZANSKI VERTOLETNY ZAVOD AO (a.k.a. AO KAZANSKII VERTOLETNYI ZAVOD; a.k.a.

JOINT STOCK COMPANY KAZAN HELICOPTERS; a.k.a. KAZAN HELICOPTERS), Ul. Tetsevskaya D. 14, Kazan 420085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1993; Tax ID No. 1656002652 (Russia); Registration Number 1021603881683 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

KAZANSKII GOSUDARSTVENNYI KAZENNYI POROKHOVOI ZAVOD (a.k.a. FEDERAL STATE ENTERPRISE KAZAN FEDERAL STATE GUNPOWDER PLANT; a.k.a. "KGKPZ"), ul. Pervogo Maya D. 14, Kazan 420032, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 1656025681 (Russia); Registration Number 1031624002937 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

KAZANSKII OPTIKO-MEKHANICHESKII ZAVOD AO (Cyrillic: КАЗАНСКИЙ ОПТИКО-МЕХАИЧЕСКИЙ ЗАВОД АО) (a.k.a. JSC KAZAN OPTICAL AND MECHANICAL PLANT; a.k.a. KAZAN OPTICAL-MECHANICAL PLANT JOINT STOCK COMPANY), 37 Lipatova St., Kazan, Tatarstan Republic 420075, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1660004229 (Russia); Business Registration Number 1021603617188 (Russia) [RUSSIA-EO14024].

KAZAZAEV, Andrei Petrovich (a.k.a. KAZAZAEV, Andrey Petrovich), Russia; DOB 19 Nov 1964; POB Uglich, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 330515309950 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY VA DEGTYAREV PLANT).

KAZAZAEV, Andrey Petrovich (a.k.a. KAZAZAEV, Andrei Petrovich), Russia; DOB 19 Nov 1964; POB Uglich, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 330515309950 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY VA DEGTYAREV PLANT).

KAZEMABAD, Mahmoud Bagheri (a.k.a. BAGHERI, Mahmud Kazemabad; a.k.a. BAGHERI-KAZEMABAD, Mahmud; a.k.a. KAZEMABAD, Mahmud Bagheri; a.k.a. KZEMABAD, Mahmoud Bagheri; a.k.a.

"BAGHERI, Mahmoud"; a.k.a. "BAGHERI, Mahmud"), Iran; DOB 26 Jun 1965; POB Meybod, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J32377129 (Iran) expires 31 Aug 2020; National ID No. 448947941 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AL-GHADIR MISSILE COMMAND).

KAZEMABAD, Mahmud Bagheri (a.k.a. BAGHERI, Mahmud Kazemabad; a.k.a. BAGHERI-KAZEMABAD, Mahmud; a.k.a. KAZEMABAD, Mahmoud Bagheri; a.k.a. KZEMABAD, Mahmoud Bagheri; a.k.a. "BAGHERI, Mahmoud"; a.k.a. "BAGHERI, Mahmud"), Iran; DOB 26 Jun 1965; POB Meybod, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J32377129 (Iran) expires 31 Aug 2020; National ID No. 448947941 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AL-GHADIR MISSILE COMMAND).

KAZEMI, Mohammad (a.k.a. KAZEMI, Mohammad Reza; a.k.a. KAZEMIAN, Mohammad Reza), Turkey; DOB 18 Sep 1981; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M49571636 (Iran) expires 03 Aug 2024; National ID No. 0075700247 (Iran) (individual) [SDGT] [IFSR] (Linked To: AMINI, Meghdad).

KAZEMI, Mohammad (Arabic: محمد كاظمی), Tehran, Iran; DOB 11 Jul 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Brigadier General (individual) [IRGC] [IFSR] [IRAN-HR] [HOSTAGES-EO14078] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS INTELLIGENCE ORGANIZATION).

KAZEMI, Mohammad Reza (a.k.a. KAZEMI, Mohammad; a.k.a. KAZEMIAN, Mohammad Reza), Turkey; DOB 18 Sep 1981; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Passport M49571636 (Iran) expires 03 Aug 2024; National ID No. 0075700247 (Iran) (individual) [SDGT] [IFSR] (Linked To: AMINI, Meghdad).

KAZEMI, Seyyed Mohammad Hosein Musa (a.k.a. "ZAMANI, Hosein"), Iran; DOB 18 Jun 1997; nationality Iran; Gender Male; National ID No. 0020372604 (Iran) (individual) [ELECTION-EO13848].

KAZEMIAN, Mohammad Reza (a.k.a. KAZEMI, Mohammad; a.k.a. KAZEMI, Mohammad Reza), Turkey; DOB 18 Sep 1981; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M49571636 (Iran) expires 03 Aug 2024; National ID No. 0075700247 (Iran) (individual) [SDGT] [IFSR] (Linked To: AMINI, Meghdad).

KAZEMIFAR, Reza (a.k.a. RAHMAN, Reza Kazemifar (Arabic: رضا کاظمیفر رحمان)), Tehran, Iran; DOB 02 Jun 1987; POB Ilam, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 4501201381 (Iran); Birth Certificate Number 3946 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

KAZIKAEV, Valeri (a.k.a. KAZIKAEV, Valery Dzekovic; a.k.a. KAZIKAEV, Valery Dzhekovich; a.k.a. KAZIKAYEV, Valeriy Dzhekovich), Italy; Znievska 3060/8, Bratislava-Petrzalka 85106, Slovakia; Russia; DOB 13 Nov 1954; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 531143127 (Russia) issued 30 Jun 2016 expires 30 Jun 2026; Tax ID No. KZKVRY54S13Z154C (Italy) (individual) [RUSSIA-EO14024].

KAZIKAEV, Valery Dzekovic (a.k.a. KAZIKAEV, Valeri; a.k.a. KAZIKAEV, Valery Dzhekovich; a.k.a. KAZIKAYEV, Valeriy Dzhekovich), Italy; Znievska 3060/8, Bratislava-Petrzalka 85106, Slovakia; Russia; DOB 13 Nov 1954; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 531143127 (Russia) issued 30 Jun 2016 expires 30 Jun 2026; Tax ID No.

KZKVRY54S13Z154C (Italy) (individual) [RUSSIA-EO14024].

KAZIKAEV, Valery Dzhekovich (a.k.a. KAZIKAEV, Valeri; a.k.a. KAZIKAEV, Valery Dzekovic; a.k.a. KAZIKAYEV, Valeriy Dzhekovich), Italy; Znievska 3060/8, Bratislava-Petrzalka 85106, Slovakia; Russia; DOB 13 Nov 1954; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 531143127 (Russia) issued 30 Jun 2016 expires 30 Jun 2026; Tax ID No. KZKVRY54S13Z154C (Italy) (individual) [RUSSIA-EO14024].

KAZIKAYEV, Valeriy Dzhekovich (a.k.a. KAZIKAEV, Valeri; a.k.a. KAZIKAEV, Valery Dzekovic; a.k.a. KAZIKAEV, Valery Dzhekovich), Italy; Znievska 3060/8, Bratislava-Petrzalka 85106, Slovakia; Russia; DOB 13 Nov 1954; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 531143127 (Russia) issued 30 Jun 2016 expires 30 Jun 2026; Tax ID No. KZKVRY54S13Z154C (Italy) (individual) [RUSSIA-EO14024].

KAZIM, Rashid Taan; nationality Iraq; Ba'th party regional command chairman, al-Anbar (individual) [IRAQ2].

KAZSTANEX, Mkr Shanyrak -1, Ul. Otemisuly D. 166, Almaty, Kazakhstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Mar 2011; Business Number 110340017087 (Kazakhstan) [RUSSIA-EO14024].

KB HOTEL (a.k.a. K B HOTEL CO LTD; a.k.a. KAIBO HOTEL; a.k.a. KB HOTEL AND CASINO), Phum 6, Sangkat Buon, Mittakpheap, Preah Sihanouk 18204, Cambodia; Organization Established Date 31 Jan 2019; Organization Type: Short term accommodation activities; Tax ID No. B117-901902908 (Cambodia); Registration Number 00040174 (Cambodia) [CYBER4].

KB HOTEL AND CASINO (a.k.a. K B HOTEL CO LTD; a.k.a. KAIBO HOTEL; a.k.a. KB HOTEL), Phum 6, Sangkat Buon, Mittakpheap, Preah Sihanouk 18204, Cambodia; Organization Established Date 31 Jan 2019; Organization Type: Short term accommodation activities; Tax ID No. B117-901902908 (Cambodia); Registration Number 00040174 (Cambodia) [CYBER4].

KB INVESTMENTS LIMITED, Office 5B, Level 8, Portomaso Business Tower, Portomaso Avenue, St Julians STJ 4011, Malta; D-U-N-S Number 53-399-9713; Trade License No. C 72745 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

KB KHIM MASH (a.k.a. AKTSIONERNOE OBSHCHESTVO KONSTRUKTORSKOE BIURO KHIMICHESKOGO MASHINOSTROENIIA IMENI AM ISAEVA; a.k.a. AM ISAYEV CHEMICAL ENGINEERING DESIGN BUREAU; a.k.a. AO KBKHIMMASH IM AM ISAEVA; a.k.a. DESIGN BUREAU FOR CHEMICAL MACHINE BUILDING; a.k.a. DESIGN BUREAU OF CHEMICAL MACHINE BUILDING KBKHM), 12 Bogomolova St., Korolyev 141070, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5018202198 (Russia); Registration Number 1195081083878 (Russia) [RUSSIA-EO14024].

KB LINES LIMITED (a.k.a. KB LINES LTD.), Office 5B, Level 8, Portomaso Tower, St. Julians STJ 4011, Malta; D-U-N-S Number 53-400-0843; V.A.T. Number MT23058705 (Malta); Tax ID No. 23058705 (Malta); Trade License No. C 73647 (Malta); Company Number 5905876 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

KB LINES LTD. (a.k.a. KB LINES LIMITED), Office 5B, Level 8, Portomaso Tower, St. Julians STJ 4011, Malta; D-U-N-S Number 53-400-0843; V.A.T. Number MT23058705 (Malta); Tax ID No. 23058705 (Malta); Trade License No. C 73647 (Malta); Company Number 5905876 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

KB LUCH AO (Cyrillic: АО КБ ЛУЧ) (a.k.a. AKTSIONERNOE OBSHCHESTVO KONSTUKTORSKOE BYURO LUCH (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНСТРУКТОРСКОЕ БЮРО ЛУЧ); a.k.a. JOINT STOCK COMPANY KB LUCH; a.k.a. JSC DB LUTCH; a.k.a. LUCH DESIGN BUREAU JSC (Cyrillic: АО КОНСТРУКТОРСКОЕ БЮРО ЛУЧ)), Bul. Pobedy, D. 25, Rybinsk, Yaroslavl 152920, Russia (Cyrillic: Бульвар Победы, Д. 25, Рыбинск, Ярославская Область 152920, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Nov 2004; alt. Organization Established Date circa 1955; Organization Type: Research and experimental development on natural sciences and engineering; Tax ID No. 7610063043 (Russia); Government Gazette Number 07507666 (Russia); Business

Registration Number 1047601614390 (Russia) [RUSSIA-EO14024].

KB RADAR - RADAR AND ELECTRONIC WARFARE SYSTEMS (a.k.a. JSC KB RADAR; a.k.a. KB RADAR - RADAR AND EW SYSTEMS; a.k.a. KB RADAR (Cyrillic: КБ РАДАР); a.k.a. KB RADAR OJSC; a.k.a. KB RADAR-UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA SISTEMY RADIOLOKATSII OAO; a.k.a. OJSC KB RADAR-MANAGING COMPANY HOLDING RADAR SYSTEM (Cyrillic: ОАО КБ РАДАР-УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА СИСТЕМЫ РАДИОЛОКАЦИИ); a.k.a. OPEN JOINT STOCK COMPANY KB RADAR-MANAGEMENT COMPANY HOLDING RADAR SYSTEMS), Partizanskii 64A, Minsk 220026, Belarus (Cyrillic: пр-т Партизанский, 64a, Минск 220026, Belarus); d.24, Nezhiloe pomeshchenie, ul Promyshlennaya, Minsk 220075, Belarus; Organization Established Date 2006; Registration Number 190699027 (Belarus) [BELARUS-EO14038].

KB RADAR - RADAR AND EW SYSTEMS (a.k.a. JSC KB RADAR; a.k.a. KB RADAR - RADAR AND ELECTRONIC WARFARE SYSTEMS; a.k.a. KB RADAR (Cyrillic: КБ РАДАР); a.k.a. KB RADAR OJSC; a.k.a. KB RADAR-UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA SISTEMY RADIOLOKATSII OAO; a.k.a. OJSC KB RADAR-MANAGING COMPANY HOLDING RADAR SYSTEM (Cyrillic: ОАО КБ РАДАР-УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА СИСТЕМЫ РАДИОЛОКАЦИИ); a.k.a. OPEN JOINT STOCK COMPANY KB RADAR-MANAGEMENT COMPANY HOLDING RADAR SYSTEMS), Partizanskii 64A, Minsk 220026, Belarus (Cyrillic: пр-т Партизанский, 64a, Минск 220026, Belarus); d.24, Nezhiloe pomeshchenie, ul Promyshlennaya, Minsk 220075, Belarus; Organization Established Date 2006; Registration Number 190699027 (Belarus) [BELARUS-EO14038].

KB RADAR (Cyrillic: КБ РАДАР) (a.k.a. JSC KB RADAR; a.k.a. KB RADAR - RADAR AND ELECTRONIC WARFARE SYSTEMS; a.k.a. KB RADAR - RADAR AND EW SYSTEMS; a.k.a. KB RADAR OJSC; a.k.a. KB RADAR-UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA SISTEMY RADIOLOKATSII OAO; a.k.a. OJSC KB RADAR-MANAGING COMPANY HOLDING RADAR SYSTEM (Cyrillic: ОАО КБ РАДАР-УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА СИСТЕМЫ

РАДИОЛОКАЦИИ); a.k.a. OPEN JOINT STOCK COMPANY KB RADAR-MANAGEMENT COMPANY HOLDING RADAR SYSTEMS), Partizanskii 64A, Minsk 220026, Belarus (Cyrillic: пр-т Партизанский, 64а, Минск 220026, Belarus); d.24, Nezhiloe pomeshchenie, ul Promyshlennaya, Minsk 220075, Belarus; Organization Established Date 2006; Registration Number 190699027 (Belarus) [BELARUS-EO14038].

KB RADAR OJSC (a.k.a. JSC KB RADAR; a.k.a. KB RADAR - RADAR AND ELECTRONIC WARFARE SYSTEMS; a.k.a. KB RADAR - RADAR AND EW SYSTEMS; a.k.a. KB RADAR (Cyrillic: КБ РАДАР); a.k.a. KB RADAR-UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA SISTEMY RADIOLOKATSII OAO; a.k.a. OJSC KB RADAR-MANAGING COMPANY HOLDING RADAR SYSTEM (Cyrillic: ОАО КБ РАДАР-УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА СИСТЕМЫ РАДИОЛОКАЦИИ); a.k.a. OPEN JOINT STOCK COMPANY KB RADAR-MANAGEMENT COMPANY HOLDING RADAR SYSTEMS), Partizanskii 64A, Minsk 220026, Belarus (Cyrillic: пр-т Партизанский, 64а, Минск 220026, Belarus); d.24, Nezhiloe pomeshchenie, ul Promyshlennaya, Minsk 220075, Belarus; Organization Established Date 2006; Registration Number 190699027 (Belarus) [BELARUS-EO14038].

KB RADAR-UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA SISTEMY RADIOLOKATSII OAO (a.k.a. JSC KB RADAR; a.k.a. KB RADAR - RADAR AND ELECTRONIC WARFARE SYSTEMS; a.k.a. KB RADAR - RADAR AND EW SYSTEMS; a.k.a. KB RADAR (Cyrillic: КБ РАДАР); a.k.a. KB RADAR OJSC; a.k.a. OJSC KB RADAR-MANAGING COMPANY HOLDING RADAR SYSTEM (Cyrillic: ОАО КБ РАДАР-УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА СИСТЕМЫ РАДИОЛОКАЦИИ); a.k.a. OPEN JOINT STOCK COMPANY KB RADAR-MANAGEMENT COMPANY HOLDING RADAR SYSTEMS), Partizanskii 64A, Minsk 220026, Belarus (Cyrillic: пр-т Партизанский, 64а, Минск 220026, Belarus); d.24, Nezhiloe pomeshchenie, ul Promyshlennaya, Minsk 220075, Belarus; Organization Established Date 2006; Registration Number 190699027 (Belarus) [BELARUS-EO14038].

KB UNMANNED HELICOPTERS LLC (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KB BESPILOTNYE VERTOLETY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КБ БЕСПИЛОТНЫЕ ВЕРТОЛЕТЫ); a.k.a. "UAVHELI"), d. 47, korp. 14, ul. Yanki Mavra, Minsk 220015, Belarus; Organization Established Date 26 Apr 2017; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 192807396 (Belarus) [BELARUS-EO14038].

KB VALKIRIYA (a.k.a. LIMITED LIABILITY COMPANY KONSTRUKTORSKOE BYURO VALKIRIYA; a.k.a. VALKYRIE CONSTRUCTION BUREAU), DVLD 1A, Borisovo 141342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Oct 2022; Tax ID No. 5042160830 (Russia); Registration Number 1225000121686 (Russia) [RUSSIA-EO14024].

KB VOSTOK (a.k.a. KB VOSTOK OOO (Cyrillic: ООО КБ ВОСТОК); a.k.a. KONSTRUKTORSKOE BYURO VOSTOK; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KONSTRUKTORSKOE BYURO VOSTOK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОНСТРУКТОРСКОЕ БЮРО ВОСТОК); a.k.a. VOSTOK DESIGN BUREAU), ul. Elektrozavodskaya, D. 63, Office 2, Ryazan, Ryazan Oblast 390023, Russia; Website vostok-kb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Jul 2023; Organization Type: Manufacture of air and spacecraft and related machinery; Digital Currency Address - USDT TLM3zA3EWycoDX4ZX4gKze7sgfbdkntTum; Tax ID No. 6234204579 (Russia); Government Gazette Number 57929885 (Russia); Business Registration Number 1236200005612 (Russia) [RUSSIA-EO14024].

KB VOSTOK OOO (Cyrillic: ООО КБ ВОСТОК) (a.k.a. KB VOSTOK; a.k.a. KONSTRUKTORSKOE BYURO VOSTOK; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KONSTRUKTORSKOE BYURO VOSTOK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОНСТРУКТОРСКОЕ БЮРО ВОСТОК); a.k.a. VOSTOK DESIGN BUREAU), ul. Elektrozavodskaya, D. 63, Office 2, Ryazan, Ryazan Oblast 390023, Russia; Website vostok-kb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Jul 2023; Organization Type: Manufacture of air and spacecraft and related machinery; Digital Currency Address - USDT TLM3zA3EWycoDX4ZX4gKze7sgfbdkntTum; Tax ID No. 6234204579 (Russia); Government Gazette Number 57929885 (Russia); Business Registration Number 1236200005612 (Russia) [RUSSIA-EO14024].

KBP INSTRUMENT DESIGN BUREAU (a.k.a. INSTRUMENT DESIGN BUREAU; a.k.a. JSC KBP INSTRUMENT DESIGN BUREAU; a.k.a. KBP INSTRUMENT DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. KONSTRUKTORSKOE BYURO PRIBOROSTROENIYA OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. "KBP OAO"), 59 Shcheglovskaya Zaseka ul., Tula 300001, Russia; Website www.kbptula.ru; Email Address kbkedr@tula.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1117154036911 (Russia); Government Gazette Number 07515747 (Russia) [UKRAINE-EO13661].

KBP INSTRUMENT DESIGN BUREAU JOINT STOCK COMPANY (a.k.a. INSTRUMENT DESIGN BUREAU; a.k.a. JSC KBP INSTRUMENT DESIGN BUREAU; a.k.a. KBP INSTRUMENT DESIGN BUREAU; a.k.a. KONSTRUKTORSKOE BYURO PRIBOROSTROENIYA OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. "KBP OAO"), 59 Shcheglovskaya Zaseka ul., Tula 300001, Russia; Website www.kbptula.ru; Email Address kbkedr@tula.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1117154036911 (Russia); Government Gazette Number 07515747 (Russia) [UKRAINE-EO13661].

KBR TEKHNOLOGII TOO (a.k.a. "KBR TECHNOLOGIES LLP"), ul. Konstitutsii Kazakhstana d. 18, Petropavl, Kazakhstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 May 2022; Registration Number 220540015744 (Kazakhstan) [RUSSIA-EO14024] (Linked To: FABCENTER LLC; Linked To: OSTEC-ARTTOOL LTD; Linked To: OSTEC-SMT LTD; Linked To: OSTEC-INTEGRA LTD).

KBSM DESIGN BUREAU OF SPECIAL MACHINEBUILDING (a.k.a. DESIGN BUREAU

OF SPECIAL MACHINE BUILDING; a.k.a. DESIGN BUREAU OF SPECIAL MACHINE-BUILDING; a.k.a. DESIGN BUREAU OF SPECIAL MACHINEBUILDING AO (Cyrillic: АО КОНСТРУКТОРСКОЕ БЮРО СПЕЦИАЛЬНОГО МАШИНОСТРОЕНИЯ); a.k.a. JOINT-STOCK COMPANY ENGINEERING OFFICE SPETSIALNOGO MASHINOSTROYENIYA; a.k.a. JOINT-STOCK COMPANY KBSM; a.k.a. "KBSM AO"), Obukhovskoy Oborony Ave, Saint Petersburg 192012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802205799 (Russia) [RUSSIA-EO14024].

KBT-RUS (a.k.a. KVT-RUS (Cyrillic: КВТ-РУС); a.k.a. KVT-RUS LLC; a.k.a. KVT-RUS, OOO (Cyrillic: ООО, КВТ-РУС); a.k.a. LIMITED LIABILITY COMPANY KVT-RUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КВТ-РУС)), 6,2 Pudovkina St., Moscow 119285, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; CAATSA Section 235 Information: EXPORT SANCTIONS Sec. 235(a)(2); alt. CAATSA Section 235 Information: FOREIGN EXCHANGE. Sec 235(a)(7); alt. CAATSA Section 235 Information: BANKING TRANSACTIONS. Sec 235(a)(8); alt. CAATSA Section 235 Information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec 235(a)(9); alt. CAATSA Section 235 Information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec 235(a)(10); Tax ID No. 7729675572 (Russia); Identification Number IMO 6202271; Business Registration Number 1117746121899 (Russia) [CAATSA -RUSSIA] [RUSSIA-EO14024] [PEESA-EO14039].

KBX INVESTMENT (a.k.a. K B X INVESTMENT CO LTD), Phum 9, Boeng Keng Kang Bei, Chamkar Mon, Phnom Penh 12304, Cambodia; Trapeang Chhuk, Teuk Thla, Sen Sok, Phnom Penh, Cambodia; Teuk Thla, Sen Sok, Phnom Penh, Cambodia; Organization Established Date 01 Aug 2017; Organization Type: Construction of buildings; Tax ID No. L001-901703948 (Cambodia); Registration Number 00026834 (Cambodia) [CYBER4] (Linked To: XU, Aimin).

KCST (a.k.a. COMMITTEE FOR SPACE TECHNOLOGY; a.k.a. DEPARTMENT OF SPACE TECHNOLOGY OF NORTH KOREA; a.k.a. DPRK COMMITTEE FOR SPACE TECHNOLOGY; a.k.a. KOREAN COMMITTEE FOR SPACE TECHNOLOGY), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KDG ENGINEERING PRIVATE LIMITED, A-62, Second Floor, Okhla Industrial Area Phase II, New Delhi, Okhla Industrial Estate, South Delhi, Delhi 110020, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. AADCK6206E (India); Registration Number U29253DL2009PTC188102 (India) [RUSSIA-EO14024].

KDS SHIPPING LIMITED, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 27 Jun 2023; Identification Number IMO 6420851; Registration Number 120646 (Marshall Islands) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

KECIL, Umar (a.k.a. ARSALAN, Mike; a.k.a. BIN ZEIN, Hisyam; a.k.a. JAFAR, Anis Alawi; a.k.a. PATEK, Omar; a.k.a. PATEK, Umar; a.k.a. "AL ABU SYEKH AL ZACKY"; a.k.a. "PAK TAEK"; a.k.a. "PA'TEK"; a.k.a. "UMANGIS MIKE"); DOB 20 Jul 1966; POB Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KEELY SHIPTRADE LIMITED, Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 14 Nov 2023; Identification Number IMO 6458957; Business Registration Number 122823 (Marshall Islands) [IRAN-EO13902] (Linked To: BABYLON NAVIGATION DMCC).

KEEN WELL INTERNATIONAL LIMITED, Unit 1105, Hua Qin Int'l Bldg, 340 Queens RD Central, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 06 Jul 2018; C.R. No. 2718630 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

KEENCLOUD LIMITED, 11 Catherine Place, Westminister, London, United Kingdom [IRAQ2].

KEIS STUDIO (a.k.a. "CASE PLATFORM"; a.k.a. "CASE STUDIO"), Ul. Nikolaeva D. 12, Office 804, Novosibirsk 630090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5408006270 (Russia); Registration Number 1155476112770 (Russia) [RUSSIA-EO14024].

KEISMAIO GENERAL TRADING (a.k.a. KISMAYO GENERAL TRADING; a.k.a. KISMAYO GENERAL TRADING L.L.C; a.k.a. KISMAYO GENERAL TRADING LLC), 18A Street, Corniche Deira, Deira, Dubai, United Arab Emirates; PO Box 64871, Deira, Dubai, United Arab Emirates; PO Box 80367, Dubai, United Arab Emirates; Al Hamriya, Dubai, United Arab Emirates; Organization Established Date 05 May 2002; Organization Type: Non-specialized wholesale trade; Identification Number 68753 (United Arab Emirates); alt. Identification Number 59260 (United Arab Emirates); License 533917 (United Arab Emirates) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

KEISSAR, Sina (a.k.a. "sina_molove"); DOB 20 May 1990; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2].

KEITA, Karim, Cote d Ivoire; Sebenicoro, Bamako, Mali; DOB 31 Aug 1979; POB Paris, France; nationality Mali; Gender Male; Passport DA0002236 (Mali) issued 20 Dec 2018 expires 19 Dec 2023; National ID No. 179FR920098004 D (Mali) (individual) [GLOMAG].

KEKOTECH EQUIPMENT LIMITED, Unit C, 8/F, Dan 6, No. 6 Fui Yiu Kok Street, Tsuen Wan, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Company Number 0739194 (Hong Kong); Business Registration Number 31526104 (Hong Kong) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY AK MICROTECH).

KELDYSH INSTITUTE OF APPLIED MATHEMATICS (a.k.a. KELDYSH INSTITUTE OF APPLIED MATHEMATICS OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "KIAM"), pl. Miusskaya, d. 4, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7710063939 (Russia); Registration Number 1037739115787 (Russia) [RUSSIA-EO14024].

KELDYSH INSTITUTE OF APPLIED MATHEMATICS OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. KELDYSH INSTITUTE OF APPLIED MATHEMATICS; a.k.a. "KIAM"), pl. Miusskaya, d. 4, Moscow 125047, Russia;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7710063939 (Russia); Registration Number 1037739115787 (Russia) [RUSSIA-EO14024].

KELJMENDI, Besnik (a.k.a. KELMENDI, Besnik); DOB 30 Oct 1980; POB Pec, Kosovo; Passport 5661746 (Bosnia and Herzegovina) (individual) [SDNTK] (Linked To: N.P.T.T. DONA-SHELL).

KELJMENDI, Elvis (a.k.a. KELMENDI, Elvis), Pec, Kosovo; DOB 03 May 1978; POB Prizren, Kosovo; Personal ID Card 0305978934868 (Montenegro) (individual) [SDNTK].

KELJMENDI, Liridon (a.k.a. KELMENDI, Liridon); DOB 01 Jan 1983; POB Pec, Kosovo; Passport 5239319 (Bosnia and Herzegovina); alt. Passport 005452254 (Bosnia and Herzegovina) (individual) [SDNTK].

KELJMENDI, Naser Meto (a.k.a. KELMENDI, Naser), Edhema Eke Dzubura 20, Ilidza, Bosnia and Herzegovina; Velika Aleja Street, no. 2, Ilidza, Bosnia and Herzegovina; DOB 15 Feb 1957; POB Pec, Kosovo; citizen Bosnia and Herzegovina; Passport 4843868 (Bosnia and Herzegovina); National ID No. 1502957172694 (Bosnia and Herzegovina) (individual) [SDNTK] (Linked To: DONATA COMPANY D.O.O.; Linked To: N.P.T.T. DONA-SHELL; Linked To: HOTEL CASA GRANDE - SARAJEVO, BOSNIA AND HERZEGOVINA; Linked To: HOTEL CASA GRANDE - ULCINJ, MONTENEGRO; Linked To: PREDSTAVNISTVO CASAGRANDE EXPORT-IMPORT).

KELMENDI, Besnik (a.k.a. KELJMENDI, Besnik); DOB 30 Oct 1980; POB Pec, Kosovo; Passport 5661746 (Bosnia and Herzegovina) (individual) [SDNTK] (Linked To: N.P.T.T. DONA-SHELL).

KELMENDI, Donata, Pec (Peje), Kosovo; DOB 16 Sep 1992 (individual) [SDNTK] (Linked To: HOTEL CASA GRANDE - ULCINJ, MONTENEGRO).

KELMENDI, Elvis (a.k.a. KELJMENDI, Elvis), Pec, Kosovo; DOB 03 May 1978; POB Prizren, Kosovo; Personal ID Card 0305978934868 (Montenegro) (individual) [SDNTK].

KELMENDI, Liridon (a.k.a. KELJMENDI, Liridon); DOB 01 Jan 1983; POB Pec, Kosovo; Passport 5239319 (Bosnia and Herzegovina); alt. Passport 005452254 (Bosnia and Herzegovina) (individual) [SDNTK].

KELMENDI, Naser (a.k.a. KELJMENDI, Naser Meto), Edhema Eke Dzubura 20, Ilidza, Bosnia and Herzegovina; Velika Aleja Street, no. 2, Ilidza, Bosnia and Herzegovina; DOB 15 Feb 1957; POB Pec, Kosovo; citizen Bosnia and Herzegovina; Passport 4843868 (Bosnia and Herzegovina); National ID No. 1502957172694 (Bosnia and Herzegovina) (individual) [SDNTK] (Linked To: DONATA COMPANY D.O.O.; Linked To: N.P.T.T. DONA-SHELL; Linked To: HOTEL CASA GRANDE - SARAJEVO, BOSNIA AND HERZEGOVINA; Linked To: HOTEL CASA GRANDE - ULCINJ, MONTENEGRO; Linked To: PREDSTAVNISTVO CASAGRANDE EXPORT-IMPORT).

KENANI, Emirhan (a.k.a. SERIFI ZINDASTI, Naci; a.k.a. SERIFI-ZINDASTI, Naci; a.k.a. SHARIFI ZINDASHTI, Naji; a.k.a. SHARIFI-ZINDASHTI, Naji; a.k.a. SHARIFI-ZINDASHTI, Naji Ibrahim (Arabic: ناجی ابراهیم شریفی زیندشتی)), Orumiyeh, West Azerbaijan, Iran; DOB 31 May 1974; POB Orumiyeh, Iran; nationality Iran; alt. nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2753229112 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KENIN INSTRUMENTS (a.k.a. FAVELAB; a.k.a. FAVELAB, S.A. DE C.V.), Los Mochis, Sinaloa, Mexico; Ahome, Sinaloa, Mexico; Hermosillo, Sonora, Mexico; Mexicali, Baja California, Mexico; La Paz, Baja California Sur, Mexico; Website https://favelab.com.mx; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Feb 2021; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; R.F.C. FAV210203NC9 (Mexico); Folio Mercantil No. N-2021014599 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: FAVELA LOPEZ, Francisco).

KENIUKH, Igor Grigorevich (Cyrillic: КЕНЮХ, Игорь Григорьевич) (a.k.a. KENIUKH, Ihar Ryhoravich (Cyrillic: КЕНЮХ, Ігар Рыгоравіч); a.k.a. KENJUCH, Igor Grigorjevitj; a.k.a. KENJUCH, Ihar Ryhoravitj), Budyonnovo, 15-36, Minsk, Belarus (Cyrillic: Будённого, 15-36, Минск, Belarus); Magnitaya, 30-20, Minsk, Belarus (Cyrillic: Магнитная, 30-20, Минск, Belarus); DOB 21 Jan 1980; POB Homel Oblast, Belarus; nationality Belarus; Gender Male; National ID No. 3210180H066PB2 (Belarus); Tax ID No. AB9050449 (Belarus) (individual) [BELARUS-EO14038].

KENIUKH, Ihar Ryhoravich (Cyrillic: КЕНЮХ, Ігар Рыгоравіч) (a.k.a. KENIUKH, Igor Grigorevich (Cyrillic: КЕНЮХ, Игорь Григорьевич); a.k.a. KENIUKH, Ihar Ryhoravich (Cyrillic: КЕНЮХ, Ігар Рыгоравіч); a.k.a. KENJUCH, Igor Grigorjevitj; a.k.a. KENJUCH, Ihar Ryhoravitj), Budyonnovo, 15-36, Minsk, Belarus (Cyrillic: Будённого, 15-36, Минск, Belarus); Magnitaya, 30-20, Minsk, Belarus (Cyrillic: Магнитная, 30-20, Минск, Belarus); DOB 21 Jan 1980; POB Homel Oblast, Belarus; nationality Belarus; Gender Male; National ID No. 3210180H066PB2 (Belarus); Tax ID No. AB9050449 (Belarus) (individual) [BELARUS-EO14038].

KENJUCH, Igor Grigorjevitj (a.k.a. KENIUKH, Igor Grigorevich (Cyrillic: КЕНЮХ, Игорь Григорьевич); a.k.a. KENIUKH, Ihar Ryhoravich (Cyrillic: КЕНЮХ, Ігар Рыгоравіч); a.k.a. KENJUCH, Ihar Ryhoravitj), Budyonnovo, 15-36, Minsk, Belarus (Cyrillic: Будённого, 15-36, Минск, Belarus); Magnitaya, 30-20, Minsk, Belarus (Cyrillic: Магнитная, 30-20, Минск, Belarus); DOB 21 Jan 1980; POB Homel Oblast, Belarus; nationality Belarus; Gender Male; National ID No. 3210180H066PB2 (Belarus); Tax ID No. AB9050449 (Belarus) (individual) [BELARUS-EO14038].

KENJUCH, Ihar Ryhoravitj (a.k.a. KENIUKH, Igor Grigorevich (Cyrillic: КЕНЮХ, Игорь Григорьевич); a.k.a. KENIUKH, Ihar Ryhoravich (Cyrillic: КЕНЮХ, Ігар Рыгоравіч); a.k.a. KENJUCH, Igor Grigorjevitj), Budyonnovo, 15-36, Minsk, Belarus (Cyrillic: Будённого, 15-36, Минск, Belarus); Magnitaya, 30-20, Minsk, Belarus (Cyrillic: Магнитная, 30-20, Минск, Belarus); DOB 21 Jan 1980; POB Homel Oblast, Belarus; nationality Belarus; Gender Male; National ID No. 3210180H066PB2 (Belarus); Tax ID No. AB9050449 (Belarus) (individual) [BELARUS-EO14038].

KENZO SUSHI (a.k.a. OPERADORA LOS FAMOSOS, S.A. DE C.V.; a.k.a. OPERADORA LOS FAMOSOS, S.A.P.I. DE C.V.), Calle Ottawa #1568 T, Plaza Fusion Galerias, Colonia Providencia, Guadalajara, Jalisco, Mexico; Av. Providencia 1568, Providencia, Guadalajara, Jalisco 44630, Mexico; Av. Real Acueducto #360 Int 1-A, Zapopan, Jalisco, Mexico; Website www.kenzosushi.mx; R.F.C. OFA101214KG1 (Mexico) [SDNTK].

KEOT, Dipankar (a.k.a. KEOT, Dipankar Mohan), Chennai, Tamil Nadu, India; Hong Kong, China; DOB 29 Nov 1972; POB Muralpur, India; nationality India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

National ID No. R6932311 (Hong Kong) (individual) [SDGT] (Linked To: INDO GULF SHIP MANAGEMENT LLC).

KEOT, Dipankar Mohan (a.k.a. KEOT, Dipankar), Chennai, Tamil Nadu, India; Hong Kong, China; DOB 29 Nov 1972; POB Muralpur, India; nationality India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. R6932311 (Hong Kong) (individual) [SDGT] (Linked To: INDO GULF SHIP MANAGEMENT LLC).

KERAMAX TRADE HOUSE LTD (a.k.a. LIMITED LIABILITY COMPANY TORGOVYY DOM KERAMAKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГОВЫЙ ДОМ КЕРАМАКС)), Room 4, Floor 13, Building 2, 26a Lenina Avenue, Chelyabinsk, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7453298557 (Russia); Registration Number 1167456107060 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY KERAMAX).

KERCH COMMERCIAL SEAPORT (a.k.a. KERCH MERCHANT SEA PORT; a.k.a. KERCH SEA PORT; a.k.a. PORT OF KERCH; a.k.a. SEAPORT OF KERCH; a.k.a. STATE ENTERPRISE KERCH COMMERCIAL SEA PORT; a.k.a. STATE ENTERPRISE KERCH SEA COMMERCIAL PORT), Kirova Street 28, Kerch, Crimea 98312, Ukraine; 28 Kirova Str., Kerch, Crimea 98312, Ukraine; 28, Kirov Str., Kerch, Crimea 98312, Ukraine; Ul. Kirov, 28, Kerch, Crimea 98312, Ukraine; ul Kirova 28, Kerch 98312, Ukraine; Website http://www.kerchport.com; alt. Website http://www.ukrport.org.ua; Email Address kmtp@kerch.sf.ukrtel.net; alt. Email Address referent.port@mail.ru; alt. Email Address kmtp@trport.kerch.crimea.com; UN/LOCODE UA KEH; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125554 [UKRAINE-EO13685].

KERCH MERCHANT SEA PORT (a.k.a. KERCH COMMERCIAL SEAPORT; a.k.a. KERCH SEA PORT; a.k.a. PORT OF KERCH; a.k.a. SEAPORT OF KERCH; a.k.a. STATE ENTERPRISE KERCH COMMERCIAL SEA PORT; a.k.a. STATE ENTERPRISE KERCH SEA COMMERCIAL PORT), Kirova Street 28, Kerch, Crimea 98312, Ukraine; 28 Kirova Str., Kerch, Crimea 98312, Ukraine; 28, Kirov Str., Kerch, Crimea 98312, Ukraine; Ul. Kirov, 28,

Kerch, Crimea 98312, Ukraine; ul Kirova 28, Kerch 98312, Ukraine; Website http://www.kerchport.com; alt. Website http://www.ukrport.org.ua; Email Address kmtp@kerch.sf.ukrtel.net; alt. Email Address referent.port@mail.ru; alt. Email Address kmtp@trport.kerch.crimea.com; UN/LOCODE UA KEH; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125554 [UKRAINE-EO13685].

KERCH SEA PORT (a.k.a. KERCH COMMERCIAL SEAPORT; a.k.a. KERCH MERCHANT SEA PORT; a.k.a. PORT OF KERCH; a.k.a. SEAPORT OF KERCH; a.k.a. STATE ENTERPRISE KERCH COMMERCIAL SEA PORT; a.k.a. STATE ENTERPRISE KERCH SEA COMMERCIAL PORT), Kirova Street 28, Kerch, Crimea 98312, Ukraine; 28 Kirova Str., Kerch, Crimea 98312, Ukraine; 28, Kirov Str., Kerch, Crimea 98312, Ukraine; Ul. Kirov, 28, Kerch, Crimea 98312, Ukraine; ul Kirova 28, Kerch 98312, Ukraine; Website http://www.kerchport.com; alt. Website http://www.ukrport.org.ua; Email Address kmtp@kerch.sf.ukrtel.net; alt. Email Address referent.port@mail.ru; alt. Email Address kmtp@trport.kerch.crimea.com; UN/LOCODE UA KEH; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125554 [UKRAINE-EO13685].

KERIMOV, Said Suleimanovich (a.k.a. KERIMOV, Said Suleymanovich), Apt 270, Build. 31, Pyatnitskoe Shosse, Moscow 123430, Russia; DOB 06 Jul 1995; POB Moscow, Russia; alt. POB Makhachkala, Republic of Dagestan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 724109376 (Russia) issued 17 Apr 2013 expires 17 Apr 2023; National ID No. 4515180935 (Russia); Tax ID No. 773382620676 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KERIMOV, Suleiman Abusaidovich).

KERIMOV, Said Suleymanovich (a.k.a. KERIMOV, Said Suleimanovich), Apt 270, Build. 31, Pyatnitskoe Shosse, Moscow 123430, Russia; DOB 06 Jul 1995; POB Moscow, Russia; alt. POB Makhachkala, Republic of Dagestan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 724109376 (Russia) issued 17 Apr 2013

expires 17 Apr 2023; National ID No. 4515180935 (Russia); Tax ID No. 773382620676 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KERIMOV, Suleiman Abusaidovich).

KERIMOV, Suleiman Abusaidovich (Cyrillic: КЕРИМОВ, Сулейман Абусаидович) (a.k.a. KERIMOV, Suleyman), Moscow, Russia; Antibes, France; DOB 12 Mar 1966; POB Derbent, Dagestan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KERIMOV, Suleyman (a.k.a. KERIMOV, Suleiman Abusaidovich (Cyrillic: КЕРИМОВ, Сулейман Абусаидович)), Moscow, Russia; Antibes, France; DOB 12 Mar 1966; POB Derbent, Dagestan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KERIMOVA, Amina Suleymanovna (a.k.a. KERIMOVA, Aminat Suleymanovna), Apt. 270, Build. 31, Pyatnitskoe Shosse, Moscow 123430, Russia; DOB 26 Sep 2003; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 724263564 (Russia) issued 26 Apr 2013 expires 26 Apr 2023 (individual) [RUSSIA-EO14024] (Linked To: KERIMOV, Suleiman Abusaidovich).

KERIMOVA, Aminat Suleymanovna (a.k.a. KERIMOVA, Amina Suleymanovna), Apt. 270, Build. 31, Pyatnitskoe Shosse, Moscow 123430, Russia; DOB 26 Sep 2003; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 724263564 (Russia) issued 26 Apr 2013 expires 26 Apr 2023 (individual) [RUSSIA-EO14024] (Linked To: KERIMOV, Suleiman Abusaidovich).

KERIMOVA, Firuza Nazimovna (a.k.a. KHANBALAEVA, Firuza Nazimovna), Apt. 270, Build. 31, Pyatnitskoe Shosse, Moscow 123430, Russia; DOB 22 Dec 1967; alt. DOB 22 Oct

1967; POB Makhachkala, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 724348524 (Russia) issued 06 May 2013 expires 06 May 2023; National ID No. 4512970434 (Russia); Tax ID No. 052901215575 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KERIMOV, Suleiman Abusaidovich).

KERIMOVA, Gulnara Suleymanovna, Apt. 270, Build. 31, Pyatnitskoe Shosse, Moscow 123430, Russia; DOB 29 Apr 1990; POB Makhachkala, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: KERIMOV, Suleiman Abusaidovich).

KERMAN SHIPPING COMPANY LIMITED, 143/1 Tower Road, Sliema, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. C 37423 (Malta) [IRAN].

KERMANSHAH PETROCHEMICAL INDUSTRIES CO., No. 14, Salman St., North Sheikh Bahaei St., Mollasadra Ave., Tehran 1991713441, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); National ID No. 10660049146 (Iran) [IRAN-EO13846].

KESAEV, Igor Albertovich (Cyrillic: КЕСАЕВ, Игорь Альбертович) (a.k.a. KESAEV, Ihor Albertovych; a.k.a. KESAYEV, Igor Albertovich), Moscow, Russia; DOB 30 Oct 1966; POB Vladikavkaz, North Ossetia-Alania Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770604683378 (Russia) (individual) [RUSSIA-EO14024].

KESAEV, Ihor Albertovych (a.k.a. KESAEV, Igor Albertovich (Cyrillic: КЕСАЕВ, Игорь Альбертович); a.k.a. KESAYEV, Igor Albertovich), Moscow, Russia; DOB 30 Oct 1966; POB Vladikavkaz, North Ossetia-Alania Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770604683378 (Russia) (individual) [RUSSIA-EO14024].

KESAYEV, Igor Albertovich (a.k.a. KESAEV, Igor Albertovich (Cyrillic: КЕСАЕВ, Игорь Альбертович); a.k.a. KESAEV, Ihor Albertovych), Moscow, Russia; DOB 30 Oct

1966; POB Vladikavkaz, North Ossetia-Alania Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770604683378 (Russia) (individual) [RUSSIA-EO14024].

KETABACHI, Mehrdada Akhlaghi (a.k.a. KETABCHI, Merhdada Akhlaghi), c/o AIO, Langare Street, Nobonyad Square, Tehran, Iran; c/o SBIG, Tehran, Iran; DOB 10 Sep 1958; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport A0030940 (Iran) (individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

KETABCHI, Merhdada Akhlaghi (a.k.a. KETABACHI, Mehrdada Akhlaghi), c/o AIO, Langare Street, Nobonyad Square, Tehran, Iran; c/o SBIG, Tehran, Iran; DOB 10 Sep 1958; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport A0030940 (Iran) (individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

KEY ADVISORS PTE. LTD., Singapore; Identification Number 202103680K (Singapore) [TCO] (Linked To: CHEN, Xiuling).

KEYHAN SANJESH AZMA (a.k.a. KEYHAN SANJESH AZMA TECHNICAL QUANTITY & QUALITY INTERNATIONAL INSPECTION CO.; a.k.a. KEYHAN SANJESH AZMA TECHNICAL QUANTITY & QUALITY INT'L INSPECTION CO.; a.k.a. KEYHAN SANJESH AZMA TECHNICAL QUANTITY AND QUALITY INTERNATIONAL INSPECTION CO. (Arabic: بازرسی فنی کمی و کیفی بین المللی کیهان سنجش آزما)), Unit 3, No. 4, Arang Alley, Azodi St., Valiasr Sq., Tehran 1598753313, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 2018 [IRAN-EO13846].

KEYHAN SANJESH AZMA TECHNICAL QUANTITY & QUALITY INTERNATIONAL INSPECTION CO. (a.k.a. KEYHAN SANJESH AZMA; a.k.a. KEYHAN SANJESH AZMA TECHNICAL QUANTITY & QUALITY INT'L INSPECTION CO.; a.k.a. KEYHAN SANJESH AZMA TECHNICAL QUANTITY AND QUALITY INTERNATIONAL INSPECTION CO. (Arabic: بازرسی فنی کمی و کیفی بین المللی کیهان سنجش آزما)), Unit 3, No. 4, Arang Alley, Azodi St., Valiasr Sq., Tehran 1598753313, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846

information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 2018 [IRAN-EO13846].

KEYHAN SANJESH AZMA TECHNICAL QUANTITY & QUALITY INT'L INSPECTION CO. (a.k.a. KEYHAN SANJESH AZMA; a.k.a. KEYHAN SANJESH AZMA TECHNICAL QUANTITY & QUALITY INTERNATIONAL INSPECTION CO.; a.k.a. KEYHAN SANJESH AZMA TECHNICAL QUANTITY AND QUALITY INTERNATIONAL INSPECTION CO. (Arabic: بازرسی فنی کمی و کیفی بین المللی کیهان سنجش آزما)), Unit 3, No. 4, Arang Alley, Azodi St., Valiasr Sq., Tehran 1598753313, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 2018 [IRAN-EO13846].

KEYHAN SANJESH AZMA TECHNICAL QUANTITY AND QUALITY INTERNATIONAL INSPECTION CO. (Arabic: بازرسی فنی کمی و کیفی بین المللی کیهان سنجش آزما) (a.k.a. KEYHAN SANJESH AZMA; a.k.a. KEYHAN SANJESH AZMA TECHNICAL QUANTITY & QUALITY INTERNATIONAL INSPECTION CO.; a.k.a. KEYHAN SANJESH AZMA TECHNICAL QUANTITY & QUALITY INT'L INSPECTION CO.), Unit 3, No. 4, Arang Alley, Azodi St., Valiasr Sq., Tehran 1598753313, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 2018 [IRAN-EO13846].

KEZEVADZE, Mirza, Tbilisi, Georgia; DOB 23 May 1980; POB Terjola, Georgia; nationality Georgia; Gender Male (individual) [GLOMAG].

KFAR TAPUAH FUND (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KOACH; a.k.a.

MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KGB ALFA (a.k.a. ALFA SPETZNAZ; a.k.a. KGB ALPHA (Cyrillic: КГБ АЛЬФА); a.k.a. "ALPHA GROUP"; a.k.a. "ALPHA UNIT"), Minsk, Belarus [BELARUS].

KGB ALPHA (Cyrillic: КГБ АЛЬФА) (a.k.a. ALFA SPETZNAZ; a.k.a. KGB ALFA; a.k.a. "ALPHA GROUP"; a.k.a. "ALPHA UNIT"), Minsk, Belarus [BELARUS].

KGI INTERNATIONAL COMPANY LTD (a.k.a. KANILAI GROUP INTERNATIONAL), Banjul, The Gambia; P.O. Box 3070 Serrekunda, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

KGK (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI; a.k.a. KADEK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS; a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE; a.k.a. "HSK"; a.k.a. "KHK"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

KHABAROVSK SHIPBUILDING PLANT (a.k.a. JOINT STOCK COMPANY KHABAROVSK SHIPBUILDING YARD; a.k.a. JOINT-STOCK COMANY KHABAROVSKIY SHIPYARD; a.k.a. JOINT-STOCK COMPANY KHABAROVSKY SHIPBUILDING PLANT; a.k.a. JOINT-STOCK COMPANY KHSZ; a.k.a. JSC KHABAROVSK SHIPBUILDING YARD; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY FACTORY; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY ZAVOD (Cyrillic: АО ХАБАРОВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. KHABAROVSKIY SHIPBUILDING PLANT), Suvorova St, 1, Khabarovsk, Khabarovsk Territory 680003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Oct 2008; Tax ID No. 2723112662 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

KHABAROVSKIY SHIPBUILDING PLANT (a.k.a. JOINT STOCK COMPANY KHABAROVSK SHIPBUILDING YARD; a.k.a. JOINT-STOCK COMANY KHABAROVSKIY SHIPYARD; a.k.a. JOINT-STOCK COMPANY KHABAROVSKY SHIPBUILDING PLANT; a.k.a. JOINT-STOCK COMPANY KHSZ; a.k.a. JSC KHABAROVSK SHIPBUILDING YARD; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY FACTORY; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY ZAVOD (Cyrillic: АО ХАБАРОВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. KHABAROVSK SHIPBUILDING PLANT), Suvorova St, 1, Khabarovsk, Khabarovsk Territory 680003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Oct 2008; Tax ID No. 2723112662 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

KHABIROV, Radii Faritovich (a.k.a. KHABIROV, Radiy Faritovich (Cyrillic: ХАБИРОВ, Радий Фаритович); a.k.a. KHABIROV, Rady Faritovich; a.k.a. KHABIROV, Radyi Faritovich), Bashkortostan Republic, Russia; DOB 20 Mar 1964; POB Sayranovo, Bashkortostan Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 027810331775 (Russia) (individual) [RUSSIA-EO14024].

KHABIROV, Radiy Faritovich (Cyrillic: ХАБИРОВ, Радий Фаритович) (a.k.a. KHABIROV, Radii Faritovich; a.k.a. KHABIROV, Rady Faritovich; a.k.a. KHABIROV, Radyi Faritovich), Bashkortostan Republic, Russia; DOB 20 Mar 1964; POB Sayranovo, Bashkortostan Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 027810331775 (Russia) (individual) [RUSSIA-EO14024].

KHABIROV, Rady Faritovich (a.k.a. KHABIROV, Radii Faritovich; a.k.a. KHABIROV, Radiy Faritovich (Cyrillic: ХАБИРОВ, Радий Фаритович); a.k.a. KHABIROV, Radyi Faritovich), Bashkortostan Republic, Russia; DOB 20 Mar 1964; POB Sayranovo, Bashkortostan Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 027810331775 (Russia) (individual) [RUSSIA-EO14024].

KHABIROV, Radyi Faritovich (a.k.a. KHABIROV, Radii Faritovich; a.k.a. KHABIROV, Radiy Faritovich (Cyrillic: ХАБИРОВ, Радий Фаритович); a.k.a. KHABIROV, Rady Faritovich), Bashkortostan Republic, Russia; DOB 20 Mar 1964; POB Sayranovo, Bashkortostan Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 027810331775 (Russia) (individual) [RUSSIA-EO14024].

KHACHATUROV, Tigran Garikovich, Moscow, Russia; DOB 07 Feb 1979; POB Yerevan, Armenia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KHADEM, Ahmad (a.k.a. DANESH PAZHU, Ahmad Khadem (Arabic: احمد خادم دانش پژو); a.k.a. KADEM, Ahmad; a.k.a. SAYYEDOSHOHADA, Ahmad Khadem; a.k.a. SEYED AL-SHOHADA, Ahmad Khadem; a.k.a. SEYEDOSHOHADA, Ahmad Khadem (Arabic: احمد خادم سیدالشهدا)), Khuzestan, Iran; Lorestan, Iran; Kohgiluyeh and Boyer-Ahmad, Iran; DOB 27 Apr 1959; POB Shushtar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1881506428 (Iran); Commander of Karbala IRGC Operational Base (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

KHADEMI, Majid (Arabic: مجید خادمی), Tehran, Iran; DOB 06 Sep 1962; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2571042165 (Iran); Islamic Revolutionary Guard Corps Intelligence Organization Commander (individual) [IRGC] [IFSR] [IRAN-

HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

KHADEMI, Mohammad (a.k.a. KHADEMI, Mohammad Reza; a.k.a. KHADEMI, Mohammad Rida Esfandiar (Arabic: محمد رضا اسفندیار خادمی)), Dubai, United Arab Emirates; DOB 05 Apr 1966; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

KHADEMI, Mohammad Reza (a.k.a. KHADEMI, Mohammad; a.k.a. KHADEMI, Mohammad Rida Esfandiar (Arabic: محمد رضا اسفندیار خادمی)), Dubai, United Arab Emirates; DOB 05 Apr 1966; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

KHADEMI, Mohammad Rida Esfandiar (Arabic: محمد رضا اسفندیار خادمی) (a.k.a. KHADEMI, Mohammad; a.k.a. KHADEMI, Mohammad Reza), Dubai, United Arab Emirates; DOB 05 Apr 1966; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

KHADER, Abdel (a.k.a. GHADER, El Hadj Ould Abdel; a.k.a. JELIL, Youssef Ould Abdel; a.k.a. SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed; a.k.a. SALEM, Mohamed; a.k.a. SALIM, 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad; a.k.a. SOULEIMANE, Abou; a.k.a. "AL-MAURITANI, Sheikh Yunis"; a.k.a. "AL-MAURITANI, Younis"; a.k.a. "AL-MAURITANI, Yunis"; a.k.a. "CHINGHEITY"; a.k.a. "THE MAURITANIAN, Salih"; a.k.a. "THE MAURITANIAN, Shaykh Yunis"); DOB 1981; POB Saudi Arabia; nationality Mauritania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHADIJA SHIP MANAGEMENT PRIVATE LIMITED (a.k.a. KHADIJA SHIP MANAGEMENT PVT; a.k.a. KHADIJA SHIP MANAGEMENT PVT LTD), Shop 1/2, Adarsh Chawl, Anand Nagar, Jogeshwari (W), Mumbai 400102, India; Off No 512, B Wing, Mumbai City, Maharashtra 400053, India; Unit D-605, 6th Floor, Crystal Plaza Premises Chs Ltd, Opp. Infinity Mall, New Link Road, Anderi - W, Mumbai, Maharashtra 400053, India; 512, 5th Floor, Samarth Aishwarya, Off K.L. Walawalkar Road, Oshiwara, Andheri West, Mumbai, India; Website www.khadijasm.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 247118 (India); alt. Registration Number U74999MH2013PTC247118 (India) [SDGT] (Linked To: MEHDI GROUP).

KHADIJA SHIP MANAGEMENT PVT (a.k.a. KHADIJA SHIP MANAGEMENT PRIVATE LIMITED; a.k.a. KHADIJA SHIP MANAGEMENT PVT LTD), Shop 1/2, Adarsh Chawl, Anand Nagar, Jogeshwari (W), Mumbai 400102, India; Off No 512, B Wing, Mumbai City, Maharashtra 400053, India; Unit D-605, 6th Floor, Crystal Plaza Premises Chs Ltd, Opp. Infinity Mall, New Link Road, Anderi - W, Mumbai, Maharashtra 400053, India; 512, 5th Floor, Samarth Aishwarya, Off K.L. Walawalkar Road, Oshiwara, Andheri West, Mumbai, India; Website www.khadijasm.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 247118 (India); alt. Registration Number U74999MH2013PTC247118 (India) [SDGT] (Linked To: MEHDI GROUP).

KHADIJA SHIP MANAGEMENT PVT LTD (a.k.a. KHADIJA SHIP MANAGEMENT PRIVATE LIMITED; a.k.a. KHADIJA SHIP MANAGEMENT PVT), Shop 1/2, Adarsh Chawl, Anand Nagar, Jogeshwari (W), Mumbai 400102, India; Off No 512, B Wing, Mumbai City, Maharashtra 400053, India; Unit D-605, 6th Floor, Crystal Plaza Premises Chs Ltd, Opp. Infinity Mall, New Link Road, Anderi - W, Mumbai, Maharashtra 400053, India; 512, 5th Floor, Samarth Aishwarya, Off K.L. Walawalkar Road, Oshiwara, Andheri West, Mumbai, India; Website www.khadijasm.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 247118 (India); alt. Registration Number U74999MH2013PTC247118 (India) [SDGT] (Linked To: MEHDI GROUP).

KHADOUR, Tawfiq Muhammad (Arabic: توفيق محمد خضور) (a.k.a. KHADUR, Tawfiq Ahmad), Syria; DOB 1966; POB Hilat Ara, Jablah, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

KHADUR, Tawfiq Ahmad (a.k.a. KHADOUR, Tawfiq Muhammad (Arabic: توفيق محمد خضور)), Syria; DOB 1966; POB Hilat Ara, Jablah, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

KHAFAJA, Hawraa Ayoub (a.k.a. AYOUB, Hawraa; a.k.a. AYYUB, Hawra' 'Abdallah (Arabic: حوراء عبدالله أيوب)), Nabatiyeh, Lebanon; Istanbul, Turkey; Beirut, Lebanon; DOB 07 Aug 1993; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0120320 (Lebanon) expires 17 Oct 2021; alt. Passport RL1933427 (Lebanon) expires 04 Dec 2015; National ID No. 000003169112 (Lebanon); alt. National ID No. 3646702 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

KHAFAJA, Jamil (a.k.a. KHAFAJA, Jamil Mohamad (Arabic: جميل محمد كفاجه); a.k.a. KHAFAJA, Jamil Muhammad; a.k.a. KHAFAJAH, Jamil Mohammed), Aley, Lebanon; Nabatiyeh, Lebanon; DOB 07 Jan 1984; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR1504942 (Lebanon) expires 22 Jul 2024; National ID No. 000015411369 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

KHAFAJA, Jamil Mohamad (Arabic: جميل محمد كفاجه) (a.k.a. KHAFAJA, Jamil; a.k.a. KHAFAJA, Jamil Muhammad; a.k.a. KHAFAJAH, Jamil Mohammed), Aley, Lebanon; Nabatiyeh, Lebanon; DOB 07 Jan 1984; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR1504942 (Lebanon) expires 22 Jul 2024; National ID No. 000015411369 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

KHAFAJA, Jamil Muhammad (a.k.a. KHAFAJA, Jamil; a.k.a. KHAFAJA, Jamil Mohamad (Arabic: جميل محمد كفاجه); a.k.a. KHAFAJAH,

Jamil Mohammed), Aley, Lebanon; Nabatiyeh, Lebanon; DOB 07 Jan 1984; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR1504942 (Lebanon) expires 22 Jul 2024; National ID No. 000015411369 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

KHAFAJAH, Jamil Mohammed (a.k.a. KHAFAJA, Jamil; a.k.a. KHAFAJA, Jamil Mohamad (Arabic: جميل محمد كفاجه); a.k.a. KHAFAJA, Jamil Muhammad), Aley, Lebanon; Nabatiyeh, Lebanon; DOB 07 Jan 1984; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR1504942 (Lebanon) expires 22 Jul 2024; National ID No. 000015411369 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

KHAFIF, Ali Muftin (a.k.a. AL BAIDHANI, Ali Meften Khafeef (Arabic: علي مفتن خفيف البيضاني); a.k.a. ALBAIDHANI, Ali Meften), Baghdad, Iraq; DOB 08 Oct 1964; POB Baghdad, Iraq; nationality Iraq; alt. nationality Saint Kitts and Nevis; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RE0087198 (Saint Kitts and Nevis); alt. Passport A13403695 (Iraq) expires 13 May 2026; alt. Passport A9433259 (Iraq) expires 28 Feb 2023; alt. Passport D1026416 (Iraq) expires 15 Dec 2025; National ID No. 196419514244 (Iraq) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KHAIDARSHINA, Gulnara, Russia; DOB 29 Aug 1983; POB Pskov, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KHAIMOURZINA, Elmira Abdulbarievna (Cyrillic: ХАЙМУРЗИНА, Эльмира Абдулбариевна) (a.k.a. KHAIMOURZINA, Elmira), Moscow, Russia; DOB 05 Apr 1974; POB Arkhangelka, Kazakhstan; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KHAIMURZINA, Elmira (a.k.a. KHAIMOURZINA, Elmira Abdulbarievna (Cyrillic: ХАЙМУРЗИНА, Эльмира Абдулбариевна)), Moscow, Russia; DOB 05 Apr 1974; POB Arkhangelka, Kazakhstan; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KHAING, Thet Thet (a.k.a. KHINE, Daw Thet Thet; a.k.a. KHINE, Thet Thet), 127A Dhamazadei Road, Kamayut, Rangoon, Burma; DOB 19 Aug 1967; POB Mogok, Burma; nationality Burma; citizen Burma; Gender Female; Passport MB132403 (Burma) issued 07 May 2015 expires 06 May 2020; National ID No. 9MAKANAN034200 (Burma); Minister of Social Welfare, Relief, and Resettlement (individual) [BURMA-EO14014].

KHAIR, Abdelbasit Hamza Elhassan Mohamed (a.k.a. HAMZA, Abd al-Basit; a.k.a. "HAMZA, Abdelbasit"), Africa Street, Khartoum 12290, Sudan; DOB 28 Aug 1955; POB Marawi, Sudan; nationality Sudan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 101 0015 9792 (Sudan) (individual) [SDGT] (Linked To: HAMAS).

KHAIRULLAH, Haji (a.k.a. BARAKZAI, Haji Khairullah; a.k.a. KARIMULLAH, Haji; a.k.a. KHEIRULLAH, Haji; a.k.a. KHERULLAH, Haji; a.k.a. MOHAMMAD, Hajji Khair; a.k.a. ULLAH, Haji Khair), Abdul Manan Chowk, Pashtunabad, Quetta, Pakistan; DOB 1965; POB Zumbaleh Village, Nahr-e Saraj District, Helmand Province, Afghanistan; alt. POB Qal'ah Abdulla, Pakistan; alt. POB Mirmadaw Village, Gereshk District, Helmand Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BP4199631 (Pakistan) expires 25 Jun 2014; National ID No. 5440005229635 (Pakistan) (individual) [SDGT] (Linked To: TALIBAN; Linked To: HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE).

KHAIRY, Abderrahmane Ould Mohamed Lemine Ould Mohamed (a.k.a. EL KHAIRY, Hamad; a.k.a. KHEIROU, Amada Ould; a.k.a. KHEIROU, Hamada Ould Mohamed; a.k.a. "QUMQUM, Abou"); DOB 1970; POB Nouakchott, Mauritania; nationality Mauritania; alt. nationality Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport

A1447120 (Mali) expires 19 Oct 2011; Identification Number 47911 (Mali) issued 17 Oct 2006 (individual) [SDGT].

KHAITIAN PRESIZHN (a.k.a. HAITIAN PRECISION LLC), Proezd Novovladykinskii D. 8, Str. 5, Moscow 127106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733375405 (Russia); Registration Number 1217700496958 (Russia) [RUSSIA-EO14024].

KHAJEH FARD, Afshin, Tehran, Iran; DOB 22 Nov 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1819457850 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN AVIATION INDUSTRIES ORGANIZATION).

KHAKI, Parviz (a.k.a. "MARTIN"); DOB 26 Aug 1968; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

KHAKI, Reza (Arabic: خاکی رضا), Iran; DOB 01 Aug 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M38549339 (Iran) expires 05 Nov 2021; National ID No. 1199127795 (Iran) (individual) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

KHALAF, Ahmed Abdullah Abid (a.k.a. ABED, Ahmed Abdullah; a.k.a. AL-JUBOURI, Ahmad Abdullah; a.k.a. AL-JUBOURI, Ahmed; a.k.a. "Abu Mazen"; a.k.a. "Abu Mazin"), Iraq; DOB 01 Jul 1967; POB Baghdad, Iraq; nationality Iraq; Gender Male; Passport D1017310 (Iraq) expires 14 Apr 2025; National ID No. 00318953 (Iraq) (individual) [GLOMAG].

KHALAF, Fuad (a.k.a. KALAF, Fuad Mohamed; a.k.a. KALAF, Fuad Mohammed; a.k.a. KHALAF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohammed; a.k.a. QALAF, Fuad Mohamed; a.k.a. SHANGOLE, Fuad; a.k.a. SHONGALE, Fouad; a.k.a. SHONGALE, Fuad; a.k.a. SHONGOLE, Fuad; a.k.a. SHONGOLE, Fuad Muhammad Khalaf; a.k.a. SONGALE, Fuad), Mogadishu, Somalia; DOB 28 Mar 1965; alt. DOB 28 May 1965; POB Somalia; nationality Somalia; alt. nationality Sweden; Gender Male (individual) [SOMALIA].

KHALAF, Fuad Mohamed (a.k.a. KALAF, Fuad Mohamed; a.k.a. KALAF, Fuad Mohammed; a.k.a. KHALAF, Fuad; a.k.a. KHALIF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohammed; a.k.a. QALAF, Fuad Mohamed; a.k.a. SHANGOLE, Fuad; a.k.a. SHONGALE, Fouad;

a.k.a. SHONGALE, Fuad; a.k.a. SHONGOLE, Fuad; a.k.a. SHONGOLE, Fuad Muhammad Khalaf; a.k.a. SONGALE, Fuad), Mogadishu, Somalia; DOB 28 Mar 1965; alt. DOB 28 May 1965; POB Somalia; nationality Somalia; alt. nationality Sweden; Gender Male (individual) [SOMALIA].

KHALAFALLAH, Abdallah Ahmed Abdallah (a.k.a. ABDALLA, Ahmed; a.k.a. ABDALLA, Akhmed Abdalla Khalafalla; a.k.a. AHMED, Abdalla Khalafalla Abdalla), Pishonevskaya 20-1, Flat 76, Odessa, Odessa 65026, Ukraine; Apt. 5405, Amna Tower, Al Habtoor City, Dubai, United Arab Emirates; DOB 14 Mar 1978; POB Omdurman, Sudan; nationality Ukraine; Gender Male; Passport PU669310 (Ukraine) expires 20 Sep 2032; alt. Passport PU683987 (Ukraine) expires 28 Oct 2032; alt. Passport FM684476 (Ukraine) expires 05 Apr 2028; alt. Passport FB793884 (Ukraine) expires 09 Sep 2025 (individual) [SUDAN-EO14098] (Linked To: DEFENSE INDUSTRIES SYSTEM).

KHALAGH TADBIR PARS CO., No. 18, Azadegan Alley, Qaem Maqam-e-Farahani St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

KHALED ABU AL-ABBAS BRIGADE (a.k.a. AL-MULATHAMUN BATTALION; a.k.a. AL-MULATHAMUN BRIGADE; a.k.a. AL-MULATHAMUN MASKED ONES BRIGADE; a.k.a. AL-MURABITOUN; a.k.a. AL-MUWAQQI'UN BIL-DIMA; a.k.a. SIGNATORIES IN BLOOD; a.k.a. SIGNED-IN-BLOOD BATTALION; a.k.a. THOSE SIGNED IN BLOOD BATTALION; a.k.a. THOSE WHO SIGN IN BLOOD; a.k.a. "MASKED MEN BRIGADE"; a.k.a. "THE SENTINELS"; a.k.a. "WITNESSES IN BLOOD"), Algeria; Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

KHALED AL-CAMBODI, Abu (a.k.a. PRAKASH, Neil Christopher), Syria; Iraq; DOB 07 May 1991; POB Melbourne, Australia; nationality Australia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N4325853 (Australia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

KHALED, Abdulbaqi Mohammed (a.k.a. KHALED, Abul Baki; a.k.a. KHALED, Abul Baki Mohammed; a.k.a. MOHAMMED, Abd' al-Baki; a.k.a. "ABU KHAWLA"), Birmingham, United

Kingdom; DOB 18 Aug 1957; POB Tripoli, Libya; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHALED, Abul Baki (a.k.a. KHALED, Abdulbaqi Mohammed; a.k.a. KHALED, Abul Baki Mohammed; a.k.a. MOHAMMED, Abd' al-Baki; a.k.a. "ABU KHAWLA"), Birmingham, United Kingdom; DOB 18 Aug 1957; POB Tripoli, Libya; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHALED, Abul Baki Mohammed (a.k.a. KHALED, Abdulbaqi Mohammed; a.k.a. KHALED, Abul Baki; a.k.a. MOHAMMED, Abd' al-Baki; a.k.a. "ABU KHAWLA"), Birmingham, United Kingdom; DOB 18 Aug 1957; POB Tripoli, Libya; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHALED, Al-Tohamy (a.k.a. AL-TUHAMI, Khaled; a.k.a. KHALED, al-Tuhami; a.k.a. KHALED, Tohami); DOB 1946; POB Genzur, Libya; General; Director of the Internal Security Office (individual) [LIBYA2].

KHALED, al-Tuhami (a.k.a. AL-TUHAMI, Khaled; a.k.a. KHALED, Al-Tohamy; a.k.a. KHALED, Tohami); DOB 1946; POB Genzur, Libya; General; Director of the Internal Security Office (individual) [LIBYA2].

KHALED, Gulsah (a.k.a. KHALED, Gulshah; a.k.a. OZEL, Gulsah; a.k.a. OZEL, Gulshah; a.k.a. YIGIDOGLU, Gulsah (Latin: YIĞIDOĞLU, Gülşah)), Istanbul, Turkey; DOB 02 Feb 1992; POB Yahyali, Turkey; nationality Turkey; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 24470205352 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

KHALED, Gulshah (a.k.a. KHALED, Gulsah; a.k.a. OZEL, Gulsah; a.k.a. OZEL, Gulshah; a.k.a. YIGIDOGLU, Gulsah (Latin: YIĞIDOĞLU, Gülşah)), Istanbul, Turkey; DOB 02 Feb 1992; POB Yahyali, Turkey; nationality Turkey; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 24470205352 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

KHALED, Tohami (a.k.a. AL-TUHAMI, Khaled; a.k.a. KHALED, Al-Tohamy; a.k.a. KHALED, al-

Tuhami); DOB 1946; POB Genzur, Libya; General; Director of the Internal Security Office (individual) [LIBYA2].

KHALEEM, Musa (a.k.a. ALIZAI, Musa Khalim; a.k.a. BARICH, Musa Kalim; a.k.a. KALEEM, Musa; a.k.a. KALIM, Mohammed Musa; a.k.a. KALIM, Musa; a.k.a. KHALIM, Musa; a.k.a. QALEM, Musa; a.k.a. QALIM, Musa), Chahgay Bazaar, Chahgay, Pakistan; Haji Mohammed Plaza, Tol Aram Road, Nearest Jamal Dean Afghani Road, Quetta, Pakistan; Dr Barno Road, Quetta, Pakistan; POB Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AD4756241 (Pakistan) issued 02 Nov 2008 expires 01 Nov 2013; National ID No. 54101-6356624-9 (Pakistan) (individual) [SDGT].

KHALFAN, Ahmed (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHALID BIN AL-WALEED ARMY (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY";

a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KHALID BIN AL-WALID ARMY (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALID BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KHALID BIN-AL-WALID ARMY (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALID BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KHALID IBN AL-WALID ARMY (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALID BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY;

a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KHALID, Abu (a.k.a. HAWATMA, Nayif; a.k.a. HAWATMAH, Nayif; a.k.a. HAWATMEH, Nayif); DOB 1933; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Secretary General of DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION (individual) [SDGT].

KHALID, Saifullah, Lahore, Pakistan; DOB 1968; POB Kasur, Pakistan; citizen Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

KHALIDI COMPANY (a.k.a. AL KHALDI COMPANY LLC; a.k.a. AL KHALDI GOLD AND EXCHANGE COMPANY; a.k.a. ALKHALEDI JEWELRY COMPANY; a.k.a. AL-KHALIDI COMPANY; a.k.a. AL-KHALIDI EXCHANGE; a.k.a. AL-KHALIDI JEWELRY SHOP; a.k.a. AL-KHALIDI MONEY EXCHANGE; a.k.a. AL-KHALIDI MONEY TRANSFER OFFICE; a.k.a. AL-KHALIDY JEWELRY COMPANY; a.k.a. KHALIDI COMPANY FOR JEWELRY), Cankaya Mahallesi, Silifke Cd. Akdeniz, Mersin 33070, Turkey; 7 Ilkbahar Cd, Bursa, Turkey; Raqqah, Syria; Nishtaman building second floor, New Borsa, Irbil, Iraq; Kapali Carsi, Reisoglu Sk., No: 25-27 Beyazit-Fatih, Istanbul, Turkey; Atikali Mahallesi, Fevzi Pasa Cd. 98-100, Fatih, Istanbul 34087, Turkey; Sanliurfa Market Yildiz Field Maidan, Sanliurfa, Turkey; Yildiz field, Sanliurfa, Turkey; Kapali Carsi, Istanbul, Turkey; Aksaray, Istanbul, Turkey; Zeytoun Bourno, Istanbul, Turkey; Iquitli Mimat Akef Street, Istanbul, Turkey; Oak Square, Istanbul, Turkey; Asnioret, Istanbul, Turkey; Independence, Mersin, Turkey; Sarashieh, Anteb, Turkey; Al-Sharshieh, Bursa, Turkey; Al-Sharsheh, Adana, Turkey; Gaziantep, Turkey; Dayr Az Zawr, Syria; Al Mayadin, Syria; Ismet Inonu Buvari 86, Mersin 33050, Turkey; Halaskar Gazi Caddesi 224, Istanbul 34384, Turkey;

Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

KHALIDI COMPANY FOR JEWELRY (a.k.a. AL KHALDI COMPANY LLC; a.k.a. AL KHALDI GOLD AND EXCHANGE COMPANY; a.k.a. ALKHALEDI JEWELRY COMPANY; a.k.a. AL-KHALIDI COMPANY; a.k.a. AL-KHALIDI EXCHANGE; a.k.a. AL-KHALIDI JEWELRY SHOP; a.k.a. AL-KHALIDI MONEY EXCHANGE; a.k.a. AL-KHALIDI MONEY TRANSFER OFFICE; a.k.a. AL-KHALIDY JEWELRY COMPANY; a.k.a. KHALIDI COMPANY), Cankaya Mahallesi, Silifke Cd. Akdeniz, Mersin 33070, Turkey; 7 Ilkbahar Cd, Bursa, Turkey; Raqqah, Syria; Nishtaman building second floor, New Borsa, Irbil, Iraq; Kapali Carsi, Reisoglu Sk., No: 25-27 Beyazit-Fatih, Istanbul, Turkey; Atikali Mahallesi, Fevzi Pasa Cd. 98-100, Fatih, Istanbul 34087, Turkey; Sanliurfa Market Yildiz Field Maidan, Sanliurfa, Turkey; Yildiz field, Sanliurfa, Turkey; Kapali Carsi, Istanbul, Turkey; Aksaray, Istanbul, Turkey; Zeytoun Bourno, Istanbul, Turkey; Iquitli Mimat Akef Street, Istanbul, Turkey; Oak Square, Istanbul, Turkey; Asnioret, Istanbul, Turkey; Independence, Mersin, Turkey; Sarashieh, Anteb, Turkey; Al-Sharshieh, Bursa, Turkey; Al-Sharsheh, Adana, Turkey; Gaziantep, Turkey; Dayr Az Zawr, Syria; Al Mayadin, Syria; Ismet Inonu Buvari 86, Mersin 33050, Turkey; Halaskar Gazi Caddesi 224, Istanbul 34384, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

KHALIF, Adale (a.k.a. ABDALE, Qaaliif; a.k.a. ADALE, Khalif; a.k.a. CADALE, Qaliif; a.k.a. CADE, Qaliif; a.k.a. WARSAME, Khalif Mohamed), Qunyo Barrow, Middle Juba, Somalia; Buulo Fulaay, Somalia; DOB 01 Jan 1964; alt. DOB 01 Jan 1968; POB Somalia; nationality Djibouti; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 11120061B (Djibouti) (individual) [SDGT] (Linked To: AL-SHABAAB).

KHALIF, Fuad Mohamed (a.k.a. KALAF, Fuad Mohamed; a.k.a. KALAF, Fuad Mohammed; a.k.a. KHALAF, Fuad; a.k.a. KHALAF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohammed; a.k.a. QALAF, Fuad Mohamed; a.k.a. SHANGOLE, Fuad; a.k.a. SHONGALE, Fouad;

a.k.a. SHONGALE, Fuad; a.k.a. SHONGOLE, Fuad; a.k.a. SHONGOLE, Fuad Muhammad Khalaf; a.k.a. SONGALE, Fuad), Mogadishu, Somalia; DOB 28 Mar 1965; alt. DOB 28 May 1965; POB Somalia; nationality Somalia; alt. nationality Sweden; Gender Male (individual) [SOMALIA].

KHALIF, Fuad Mohammed (a.k.a. KALAF, Fuad Mohamed; a.k.a. KALAF, Fuad Mohammed; a.k.a. KHALAF, Fuad; a.k.a. KHALAF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohamed; a.k.a. QALAF, Fuad Mohamed; a.k.a. SHANGOLE, Fuad; a.k.a. SHONGALE, Fouad; a.k.a. SHONGOLE, Fuad; a.k.a. SHONGOLE, Fuad; a.k.a. SHONGOLE, Fuad Muhammad Khalaf; a.k.a. SONGALE, Fuad), Mogadishu, Somalia; DOB 28 Mar 1965; alt. DOB 28 May 1965; POB Somalia; nationality Somalia; alt. nationality Sweden; Gender Male (individual) [SOMALIA].

KHALIF, Idris Ali 'Awad (a.k.a. AL-FAY, Idris Ali Awad Khalif; a.k.a. AL-FAY, Idris 'Ali 'Awwad; a.k.a. "Abu Sayf al-Samara'i"; a.k.a. "Mullah Idris"), Owainat Village, Owainat District, Salah Ad Din Province, Iraq; Turkey; Albu Dur, Tikrit, Salah-ad Din Province, Iraq; DOB 01 Jul 1971; POB Albu Dur, Tikrit, Salah-ad Din Province, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHALIFAH'S SOLDIERS IN BENGAL (a.k.a. ABU JANDAL AL-BANGALI; a.k.a. CALIPHATE IN BANGLADESH; a.k.a. CALIPHATE'S SOLDIERS IN BANGLADESH; a.k.a. ISIS-BANGLADESH; a.k.a. ISLAMIC STATE BANGLADESH; a.k.a. ISLAMIC STATE IN BANGLADESH; a.k.a. NEO-JAMAAT-UL MUJAHIDEEN BANGLADESH; a.k.a. SOLDIERS OF THE CALIPHATE IN BANGLADESH; a.k.a. "ISB"; a.k.a. "ISISB"; a.k.a. "NEO-JMB"; a.k.a. "NEW-JMB"), Dhaka, Bangladesh; Rangpur, Bangladesh; Sylhet, Bangladesh; Jhenaidah, Bangladesh; Singapore; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

KHALIJ-E FARS (PERSIAN GULF) SHIPPING LINES (a.k.a. PERSIAN GULF SHIPPING LINES LTD; a.k.a. "PGSL"), Strovolos Center, Flat No. 204, Floor No. 2, Strovolou 77, Nicosia 2018, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. C334268 (Cyprus) [IRAN].

KHALIL, Ahmad Murtadha Ahmad (a.k.a. KHALIL, Dr. Ahmad Murtada Ahmad), Iraq; Former Minister of Transport and Communications (individual) [IRAQ2].

KHALIL, Ali Hassan (Arabic: علي حسن خليل), Bir Hasan, Lebanon; DOB 15 Jul 1964; POB Khiyam, Lebanon; citizen Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHALIL, Ayyad Nazmi Salih (a.k.a. AL-TOUBASI, Iyad; a.k.a. AL-TUBASI, Iyad; a.k.a. KHALIL, Eyad Nazmi Saleh; a.k.a. KHALIL, Iyad Nazmi Salih; a.k.a. "ABU-JULAYBIB"; a.k.a. "AL-DARDA', Abu"; a.k.a. "AL-URDUNI, Abu-Julaybib"), Syria; DOB 01 Jan 1974 to 31 Dec 1974; POB Syria; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 286062 (Jordan) issued 05 Apr 1999 expires 04 Apr 2004; alt. Passport 654781 (Jordan) issued 01 Jan 2008 to 31 Dec 2010 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

KHALIL, Dr. Ahmad Murtada Ahmad (a.k.a. KHALIL, Ahmad Murtadha Ahmad), Iraq; Former Minister of Transport and Communications (individual) [IRAQ2].

KHALIL, Eyad Nazmi Saleh (a.k.a. AL-TOUBASI, Iyad; a.k.a. AL-TUBASI, Iyad; a.k.a. KHALIL, Ayyad Nazmi Salih; a.k.a. KHALIL, Iyad Nazmi Salih; a.k.a. "ABU-JULAYBIB"; a.k.a. "AL-DARDA', Abu"; a.k.a. "AL-URDUNI, Abu-Julaybib"), Syria; DOB 01 Jan 1974 to 31 Dec 1974; POB Syria; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 286062 (Jordan) issued 05 Apr 1999 expires 04 Apr 2004; alt. Passport 654781 (Jordan) issued 01 Jan 2008 to 31 Dec 2010 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

KHALIL, Ezedin Abdel Aziz (a.k.a. AL-ABADIN, Zayn; a.k.a. AL-SURI, Yaseen; a.k.a. AL-SURI, Yasin; a.k.a. KHALIL, Izz al-Din Abd al-Farid); DOB 1982; POB al-Qamishli, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ethnicity Kurdish (individual) [SDGT].

KHALIL, Faisal Rahman (a.k.a. KHALIL, Fazl ur-Rahman; a.k.a. KHALIL, Fazlur Rehman; a.k.a. KHALIL, Fazl-ur Rehman), Kheyaban Sir Sayed, Street Two, Sector B27, Rawalpindi, Pakistan; Shams Colony, Islamabad, Pakistan; DOB 1963; POB Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CR9158341 (Pakistan); National ID No. 6110104398349 (Pakistan); alt. National ID No. 14963091647 (Pakistan); Maulana; Moulana; Qari (individual) [SDGT] (Linked To: HARAKAT UL-MUJAHIDEEN).

KHALIL, Fazl ur-Rahman (a.k.a. KHALIL, Faisal Rahman; a.k.a. KHALIL, Fazlur Rehman; a.k.a. KHALIL, Fazl-ur Rehman), Kheyaban Sir Sayed, Street Two, Sector B27, Rawalpindi, Pakistan; Shams Colony, Islamabad, Pakistan; DOB 1963; POB Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CR9158341 (Pakistan); National ID No. 6110104398349 (Pakistan); alt. National ID No. 14963091647 (Pakistan); Maulana; Moulana; Qari (individual) [SDGT] (Linked To: HARAKAT UL-MUJAHIDEEN).

KHALIL, Fazlur Rehman (a.k.a. KHALIL, Faisal Rahman; a.k.a. KHALIL, Fazl ur-Rahman; a.k.a. KHALIL, Fazl-ur Rehman), Kheyaban Sir Sayed, Street Two, Sector B27, Rawalpindi, Pakistan; Shams Colony, Islamabad, Pakistan; DOB 1963; POB Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CR9158341 (Pakistan); National ID No. 6110104398349 (Pakistan); alt. National ID No. 14963091647 (Pakistan); Maulana; Moulana; Qari (individual) [SDGT] (Linked To: HARAKAT UL-MUJAHIDEEN).

KHALIL, Fazl-ur Rehman (a.k.a. KHALIL, Faisal Rahman; a.k.a. KHALIL, Fazl ur-Rahman; a.k.a. KHALIL, Fazlur Rehman), Kheyaban Sir Sayed, Street Two, Sector B27, Rawalpindi, Pakistan; Shams Colony, Islamabad, Pakistan; DOB 1963; POB Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CR9158341 (Pakistan); National ID No. 6110104398349 (Pakistan); alt. National ID No. 14963091647 (Pakistan); Maulana; Moulana; Qari (individual) [SDGT] (Linked To: HARAKAT UL-MUJAHIDEEN).

KHALIL, Hassan (a.k.a. EL KHALIL, Hassan Kazem), Lebanon; DOB 09 May 1979; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 3030829 (Lebanon) expires 20 Jan 2020 (individual) [SDGT] (Linked To: HIZBALLAH).

KHALIL, Hossein (a.k.a. AL-KHALIL, Husayn; a.k.a. KHALIL, Husain; a.k.a. KHALIL, Hussein), Lebanon; DOB 1955; POB Burj Al Barajinah, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Political Adviser to the Secretary General of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

KHALIL, Husain (a.k.a. AL-KHALIL, Husayn; a.k.a. KHALIL, Hossein; a.k.a. KHALIL, Hussein), Lebanon; DOB 1955; POB Burj Al Barajinah, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Political Adviser to the Secretary General of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

KHALIL, Hussein (a.k.a. AL-KHALIL, Husayn; a.k.a. KHALIL, Hossein; a.k.a. KHALIL, Husain), Lebanon; DOB 1955; POB Burj Al Barajinah, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Political Adviser to the Secretary General of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

KHALIL, Ibrahim Mohamed (a.k.a. AL ZAFIRI, Khalil Ibrahim; a.k.a. JASSEM, Khalil Ibrahim; a.k.a. MOHAMMAD, Khalil Ibrahim), Refugee shelter Alte Ziegelei, Mainz 55128, Germany; DOB 02 Jul 1975; alt. DOB 02 May 1972; alt. DOB 03 Jul 1975; alt. DOB 1972; POB Dayr Az-Zawr, Syria; alt. POB Baghdad, Iraq; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Travel Document Number A0003900 (Germany); Temporary suspension of deportation No. T04338017, expired 08 May 2013, issued by Alien's Office of the city of Mainz (individual) [SDGT].

KHALIL, Iyad Nazmi Salih (a.k.a. AL-TOUBASI, Iyad; a.k.a. AL-TUBASI, Iyad; a.k.a. KHALIL, Ayyad Nazmi Salih; a.k.a. KHALIL, Eyad Nazmi Saleh; a.k.a. "ABU-JULAYBIB"; a.k.a. "AL-DARDA', Abu"; a.k.a. "AL-URDUNI, Abu-Julaybib"), Syria; DOB 01 Jan 1974 to 31 Dec 1974; POB Syria; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 286062 (Jordan) issued 05 Apr 1999 expires 04 Apr 2004; alt. Passport 654781 (Jordan) issued 01 Jan 2008 to 31 Dec 2010 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

KHALIL, Izz al-Din Abd al-Farid (a.k.a. AL-ABADIN, Zayn; a.k.a. AL-SURI, Yaseen; a.k.a. AL-SURI, Yasin; a.k.a. KHALIL, Ezedin Abdel Aziz); DOB 1982; POB al-Qamishli, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ethnicity Kurdish (individual) [SDGT].

KHALIL, Khaled (Arabic: خالد خليل) (a.k.a. KHALIL, Khaled Mohammed; a.k.a. KHALIL, Khaled Muhammad), Yemen; DOB 01 Jan 1987; POB Capital Municipality, Al-Safiyah District, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 06280482 (Yemen) issued 2025; Identification Number 01010047101 (Yemen) (individual) [SDGT] (Linked To: ANSARALLAH).

KHALIL, Khaled Mohammed (a.k.a. KHALIL, Khaled (Arabic: خالد خليل); a.k.a. KHALIL, Khaled Muhammad), Yemen; DOB 01 Jan 1987; POB Capital Municipality, Al-Safiyah District, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 06280482 (Yemen) issued 2025; Identification Number 01010047101 (Yemen) (individual) [SDGT] (Linked To: ANSARALLAH).

KHALIL, Khaled Muhammad (a.k.a. KHALIL, Khaled (Arabic: خالد خليل); a.k.a. KHALIL, Khaled Mohammed), Yemen; DOB 01 Jan 1987; POB Capital Municipality, Al-Safiyah District, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 06280482 (Yemen) issued 2025; Identification Number 01010047101 (Yemen) (individual) [SDGT] (Linked To: ANSARALLAH).

KHALIL, Qahtan (Arabic: قحطان خليل), Syria; DOB 1964; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

KHALILI, Jamshid; DOB 23 Sep 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Y28308325 (Iran) (individual) [IRAN].

KHALILZADEH, Mohammad (a.k.a. ZADEH, Mohammed Khalil), Iran; DOB 02 Jan 1983; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport L42320339 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KHALIM, Musa (a.k.a. ALIZAI, Musa Khalim; a.k.a. BARICH, Musa Kalim; a.k.a. KALEEM, Musa; a.k.a. KALIM, Mohammed Musa; a.k.a. KALIM, Musa; a.k.a. KHALEEM, Musa; a.k.a. QALEM, Musa; a.k.a. QALIM, Musa), Chahgay Bazaar, Chahgay, Pakistan; Haji Mohammed Plaza, Tol Aram Road, Nearest Jamal Dean Afghani Road, Quetta, Pakistan; Dr Barno Road, Quetta, Pakistan; POB Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AD4756241 (Pakistan) issued 02 Nov 2008 expires 01 Nov 2013; National ID No. 54101-6356624-9 (Pakistan) (individual) [SDGT].

KHALIMOV, Gulmurod, Syria; DOB 14 May 1975; POB Varzob, Tajikistan; citizen Tajikistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 018840 (Tajikistan) (individual) [SDGT].

KHALIQ, Muhammad Ahmed (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 653225197110100533 (China) (individual) [SDGT].

KHALIULLIN, Maksim Marselevich (Cyrillic: ХАЛИУЛЛИН, Максим Марселевич) (a.k.a. "KAGAS"), Chelyabinsk, Russia; DOB 28 Feb 1993; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

KHALOUZAI, Asmatullah (a.k.a. KHALOZAI, Ismatullah; a.k.a. "KHEL, Sher Omar"), Kabul City, Kabul District, Kabul Province, Afghanistan; DOB 01 Jan 1995; POB Baba Zangi Village, Fabri Qand City, Baghlan-e Jadid District, Baghlan Province, Afghanistan; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIL KHORASAN).

KHALOZAI, Ismatullah (a.k.a. KHALOUZAI, Asmatullah; a.k.a. "KHEL, Sher Omar"), Kabul City, Kabul District, Kabul Province, Afghanistan; DOB 01 Jan 1995; POB Baba Zangi Village, Fabri Qand City, Baghlan-e Jadid District, Baghlan Province, Afghanistan; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIL KHORASAN).

KHAMAS, Sayedullah (a.k.a. HAMAS, Saidullah; a.k.a. JAN, Saidullah; a.k.a. KHAN, Abid; a.k.a. KHAN, Saidullah; a.k.a. "WAZIRI, Saidullah"); DOB 1982; alt. DOB 11 Sep 1985; POB Giyan District, Paktika Province, Afghanistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2170525247081 (Pakistan); Mulawi (individual) [SDGT].

KHAMCHIEV, Belan Bagaudinovich (Cyrillic: ХАМЧИЕВ, Белан Багаудинович), Russia; DOB 07 Dec 1960; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KHAMENEI, Ali Husseini, Iran; DOB 19 Apr 1939; POB Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Supreme Leader of Iran (individual) [IRAN-EO13876].

KHAMENEI, Mojtaba (a.k.a. KHAMENEI, Sayyed Mojtaba Hosseini), Iran; DOB 1969; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

KHAMENEI, Sayyed Mojtaba Hosseini (a.k.a. KHAMENEI, Mojtaba), Iran; DOB 1969; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary

Sanctions; Gender Male (individual) [IRAN-EO13876].

KHAMER, Hamid Reza (a.k.a. KHAMR, Hamid Reza), Tehran, Iran; DOB 24 Nov 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2754194371 (Iran) (individual) [IRAN-EO13902].

KHAMIRZAEV, Adam (a.k.a. GUZUN, Andrei; a.k.a. OLIFERCHIK, Adam Islamovych; a.k.a. "Adam Abu Darrar AL-SHISHANI"), Turkey; Potsdam, Germany; DOB 15 Dec 1985; POB Troitskaya, Russia; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

KHAMIS, Imad Mohammad Deeb; DOB 01 Aug 1961; POB near Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

KHAMIS, Reda Ali, Al-Halusiyah 34, Tyre, Lebanon; DOB 20 Sep 1967; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3194104 (Lebanon) (individual) [SDGT] (Linked To: HAMAS).

KHAMR, Hamid Reza (a.k.a. KHAMER, Hamid Reza), Tehran, Iran; DOB 24 Nov 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2754194371 (Iran) (individual) [IRAN-EO13902].

KHAMZAEV, Sultan Sultanbiyevich (Cyrillic: ХАМЗАЕВ, Бийсултан Султанбиевич), Russia; DOB 24 May 1982; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KHAN & SCHIRINDEL GMBH (a.k.a. KHAN AND SCHIRINDEL GMBH), Schwalbacher Strasse 19, Weisbaden 65185, Germany; C.R. No. HRB20555 (Germany) [SDNTK].

KHAN AFRIDI, Haji Ibrahim (a.k.a. IBRAHIM, Haji; a.k.a. IBRAHIM, Haji Ehai; a.k.a. KHAN, Haji Ibrahim); DOB 28 Sep 1957; POB Pakistan (individual) [SDNTK].

KHAN AND SCHIRINDEL GMBH (a.k.a. KHAN & SCHIRINDEL GMBH), Schwalbacher Strasse 19, Weisbaden 65185, Germany; C.R. No. HRB20555 (Germany) [SDNTK].

KHAN GALAT KHAN, Shahbaz (a.k.a. HAN, Cellat; a.k.a. HAN, Sahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Haji Shahbaz; a.k.a. ZADRAN, Shabbaz; a.k.a. ZADRAN, Shahbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

KHAN JALAT KHAN, Shahbaz (a.k.a. HAN, Cellat; a.k.a. HAN, Sahbaz; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Haji Shahbaz; a.k.a. ZADRAN, Shabbaz; a.k.a. ZADRAN, Shahbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

KHAN ZADRAN, Shahbaz (a.k.a. HAN, Cellat; a.k.a. HAN, Sahbaz; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Haji Shahbaz; a.k.a. ZADRAN, Shabbaz; a.k.a.

ZADRAN, Shahbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

KHAN, Abdul Qadeer (a.k.a. ZAMAN, Hayder); DOB 27 Apr 1936; POB Bhopal, India; nationality Pakistan; Passport D000428 (Pakistan) (individual) [NPWMD].

KHAN, Abdullah (a.k.a. AFGHAN, Shear; a.k.a. AFGHAN, Sher; a.k.a. AFGHAN, Shir; a.k.a. AZIZ, Mohammad); DOB 1962; alt. DOB 1959; POB Pakistan (individual) [SDNTK].

KHAN, Abdullah (a.k.a. MUNTAZER, Abdullah; a.k.a. MUNTAZIR, Abdullah); DOB 17 Jan 1974; POB Abbottabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3520203526763 (Pakistan) (individual) [SDGT].

KHAN, Abid (a.k.a. HAMAS, Saidullah; a.k.a. JAN, Saidullah; a.k.a. KHAMAS, Sayedullah; a.k.a. KHAN, Saidullah; a.k.a. "WAZIRI, Saidullah"); DOB 1982; alt. DOB 11 Sep 1985; POB Giyan District, Paktika Province, Afghanistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2170525247081 (Pakistan); Mulawi (individual) [SDGT].

KHAN, Abid (a.k.a. ABID, Thakur; a.k.a. ALI, Abid; a.k.a. KHAN, Abid Ali; a.k.a. "ABID"), Hakim Abad, Nowshera, KPK, Pakistan; KPK, Pakistan; DOB 13 Mar 1981; POB Nowshera, Pakistan; nationality Pakistan; citizen Pakistan; Email Address thakurabid@gmail.com; alt. Email Address pakistancopy@gmail.com; Gender Male; Passport DA 1790252 (Pakistan) (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

KHAN, Abid Ali (a.k.a. ABID, Thakur; a.k.a. ALI, Abid; a.k.a. KHAN, Abid; a.k.a. "ABID"), Hakim

Abad, Nowshera, KPK, Pakistan; KPK, Pakistan; DOB 13 Mar 1981; POB Nowshera, Pakistan; nationality Pakistan; citizen Pakistan; Email Address thakurabid@gmail.com; alt. Email Address pakistancopy@gmail.com; Gender Male; Passport DA 1790252 (Pakistan) (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

KHAN, Ali (a.k.a. KHAN, Nafir Ali; a.k.a. KHAN, Nasir Ali; a.k.a. KHAN, Nazir Ali; a.k.a. KHAN, Nisan Ali; a.k.a. KHAN, Nisar Ali; a.k.a. NASIR, Ali Khan; a.k.a. NASIR, Khan Ali); DOB 01 Oct 1955; POB Pakistan (individual) [SDNTK].

KHAN, Anwar Ahmed (a.k.a. AHMED, Rao Anwar; a.k.a. ANWAR, Rao; a.k.a. KHAN, Anwar Ahmed Rao; a.k.a. KHAN, Rao Anwar Ahmed), Pakistan; DOB 01 Jan 1959; POB Karachi, Pakistan; nationality Pakistan; Gender Male; Passport MU-4112252 (Pakistan) issued 27 May 2014 expires 26 May 2019 (individual) [GLOMAG].

KHAN, Anwar Ahmed Rao (a.k.a. AHMED, Rao Anwar; a.k.a. ANWAR, Rao; a.k.a. KHAN, Anwar Ahmed; a.k.a. KHAN, Rao Anwar Ahmed), Pakistan; DOB 01 Jan 1959; POB Karachi, Pakistan; nationality Pakistan; Gender Male; Passport MU-4112252 (Pakistan) issued 27 May 2014 expires 26 May 2019 (individual) [GLOMAG].

KHAN, Anwar Latif (a.k.a. KHAN, Mohammad Anwar Latif), Bangladesh; DOB 01 Dec 1971; POB Bogra, Bangladesh; nationality Bangladesh; Gender Male; National ID No. 1590698127721 (Bangladesh) (individual) [GLOMAG] (Linked To: RAPID ACTION BATTALION).

KHAN, Asad (a.k.a. KHAN, Haji Asad; a.k.a. KHAN, Mohammed; a.k.a. MOHADMMADHASNI, Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan Zarkari; a.k.a. MOHMMADHASNI, Asad Khan; a.k.a. MUHAMMADHASNI, Asad Khan; a.k.a. ZARKARI, Asad Khan; a.k.a. "ASAD, Haji"; a.k.a. "HAJI ABDULLAH"), Nimroz, Afghanistan; Kabul, Afghanistan; Karachi, Pakistan; Basalani, Afghanistan; Balochistan, Pakistan; Dubai, United Arab Emirates; DOB 01 Jan 1955; POB Nimroz, Afghanistan; citizen Afghanistan; Passport OR1126692 (Afghanistan) (individual) [SDNTK].

KHAN, Bahawal (a.k.a. AYUBI, Salahuddin), South Waziristan, Pakistan; Paktika, Afghanistan; Zabul, Afghanistan; Helmand,

Afghanistan; Kandahar, Afghanistan; DOB 1979; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHAN, Dilawar (a.k.a. KHAN, Dilawar Khan Nadir), Peshawar, Khyber Pahktunkhwa Province, Pakistan; DOB 1982; alt. DOB 1981; POB Lower Dir, Khyber Pakhtunkhwa Province, Pakistan; nationality Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

KHAN, Dilawar Khan Nadir (a.k.a. KHAN, Dilawar), Peshawar, Khyber Pahktunkhwa Province, Pakistan; DOB 1982; alt. DOB 1981; POB Lower Dir, Khyber Pakhtunkhwa Province, Pakistan; nationality Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

KHAN, Farhan (a.k.a. 'ABD AL-SALAM, Said Jan; a.k.a. 'ABDALLAH, Qazi; a.k.a. 'ABD-AL-SALAM, Sa'id Jan; a.k.a. ABDULLAH, Qazi; a.k.a. CAIRO, Aziz; a.k.a. JHAN, Said; a.k.a. SA'ID JAN, Qasi; a.k.a. WALID, Ibrahim; a.k.a. ZAIN KHAN, Dilawar Khan; a.k.a. "NANGIALI"); DOB 05 Feb 1981; alt. DOB 01 Jan 1972; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport OR801168 (Afghanistan) issued 28 Feb 2006 expires 27 Feb 2011; alt. Passport 4117921 (Pakistan) issued 09 Sep 2008 expires 09 Sep 2013; National ID No. 281020505755 (Kuwait); Passport OR801168 and Kuwaiti National ID No. 281020505755 issued under the name Said Jan 'Abd al-Salam; Passport 4117921 issued under the name Dilawar Khan Zain Khan (individual) [SDGT].

KHAN, German Borisovich (Cyrillic: ХАН, Герман Борисович), Moscow, Russia; DOB 24 Oct 1961; POB Kyiv, Ukraine; nationality Russia; alt. nationality Israel; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KHAN, Hafez Sayed (a.k.a. AHMAD, Sayed; a.k.a. HAFIZ, Said Khan; a.k.a. KHAN, Hafiz Saeed; a.k.a. KHAN, Hafiz Sa'id; a.k.a. KHAN, Hafiz Said; a.k.a. KHAN, Hafiz Said Muhammad; a.k.a. KHAN, Shaykh Hafidh Sa'id;

a.k.a. KHAN, Wali Hafiz Sayid; a.k.a. SAEED, Hafiz; a.k.a. SA'ID, Hafiz); DOB 01 Jan 1976 to 31 Dec 1978; alt. DOB 01 Jan 1977 to 31 Dec 1979; POB Mamondzowi Village, Orakzai Agency, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHAN, Hafiz Saeed (a.k.a. AHMAD, Sayed; a.k.a. HAFIZ, Said Khan; a.k.a. KHAN, Hafez Sayed; a.k.a. KHAN, Hafiz Sa'id; a.k.a. KHAN, Hafiz Said; a.k.a. KHAN, Hafiz Said Muhammad; a.k.a. KHAN, Shaykh Hafidh Sa'id; a.k.a. KHAN, Wali Hafiz Sayid; a.k.a. SAEED, Hafiz; a.k.a. SA'ID, Hafiz); DOB 01 Jan 1976 to 31 Dec 1978; alt. DOB 01 Jan 1977 to 31 Dec 1979; POB Mamondzowi Village, Orakzai Agency, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHAN, Hafiz Said (a.k.a. AHMAD, Sayed; a.k.a. HAFIZ, Said Khan; a.k.a. KHAN, Hafez Sayed; a.k.a. KHAN, Hafiz Saeed; a.k.a. KHAN, Hafiz Sa'id; a.k.a. KHAN, Hafiz Said Muhammad; a.k.a. KHAN, Shaykh Hafidh Sa'id; a.k.a. KHAN, Wali Hafiz Sayid; a.k.a. SAEED, Hafiz; a.k.a. SA'ID, Hafiz); DOB 01 Jan 1976 to 31 Dec 1978; alt. DOB 01 Jan 1977 to 31 Dec 1979; POB Mamondzowi Village, Orakzai Agency, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHAN, Hafiz Sa'id (a.k.a. AHMAD, Sayed; a.k.a. HAFIZ, Said Khan; a.k.a. KHAN, Hafez Sayed; a.k.a. KHAN, Hafiz Saeed; a.k.a. KHAN, Hafiz Said; a.k.a. KHAN, Hafiz Said Muhammad; a.k.a. KHAN, Shaykh Hafidh Sa'id; a.k.a. KHAN, Wali Hafiz Sayid; a.k.a. SAEED, Hafiz; a.k.a. SA'ID, Hafiz); DOB 01 Jan 1976 to 31 Dec 1978; alt. DOB 01 Jan 1977 to 31 Dec 1979; POB Mamondzowi Village, Orakzai Agency, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHAN, Hafiz Said Muhammad (a.k.a. AHMAD, Sayed; a.k.a. HAFIZ, Said Khan; a.k.a. KHAN, Hafez Sayed; a.k.a. KHAN, Hafiz Saeed; a.k.a. KHAN, Hafiz Sa'id; a.k.a. KHAN, Hafiz Said; a.k.a. KHAN, Shaykh Hafidh Sa'id; a.k.a. KHAN, Wali Hafiz Sayid; a.k.a. SAEED, Hafiz; a.k.a. SA'ID, Hafiz); DOB 01 Jan 1976 to 31 Dec 1978; alt. DOB 01 Jan 1977 to 31 Dec 1979;

POB Mamondzowi Village, Orakzai Agency, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHAN, Haji Asad (a.k.a. KHAN, Asad; a.k.a. KHAN, Mohammed; a.k.a. MOHADMMADHASNI, Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan Zarkari; a.k.a. MOHMMADHASNI, Asad Khan; a.k.a. MUHAMMADHASNI, Asad Khan; a.k.a. ZARKARI, Asad Khan; a.k.a. "ASAD, Haji"; a.k.a. "HAJI ABDULLAH"), Nimroz, Afghanistan; Kabul, Afghanistan; Karachi, Pakistan; Basalani, Afghanistan; Balochistan, Pakistan; Dubai, United Arab Emirates; DOB 01 Jan 1955; POB Nimroz, Afghanistan; citizen Afghanistan; Passport OR1126692 (Afghanistan) (individual) [SDNTK].

KHAN, Haji Faizullah (a.k.a. NOOR, Haji Faizullah; a.k.a. NOORI, Haji Faizullah; a.k.a. NOORZAI, Haji Pazullah; a.k.a. NOORZAI, Hajji Faizullah Khan; a.k.a. NOREZAI, Haji Faizuulah Khan; a.k.a. "HAJI FIAZULLAH"; a.k.a. "HAJI MULLAH FAIZULLAH"), Boghra Road, Miralzei Village, Chaman, Baluchistan Province, Pakistan; DOB 1966; alt. DOB 1961; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; POB Lowy Kariz, Spin Boldak District, Kandahar Province, Afghanistan; alt. POB Kadanay, Spin Boldak District, Kandahar Province, Afghanistan; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tribe: Noorzai; Subtribe: Miralzai (individual) [SDGT].

KHAN, Haji Ibrahim (a.k.a. IBRAHIM, Haji; a.k.a. IBRAHIM, Haji Ehai; a.k.a. KHAN AFRIDI, Haji Ibrahim); DOB 28 Sep 1957; POB Pakistan (individual) [SDNTK].

KHAN, Haji Mohammad, c/o NEW ANSARI MONEY EXCHANGE, Afghanistan; DOB 1980; POB Kandahar, Afghanistan; citizen Afghanistan; Passport TR040526 (Afghanistan); National ID No. 242606 (Afghanistan) (individual) [SDNTK].

KHAN, Hizb Ullah Astam (a.k.a. MOAZZAM, Hizbullah Qari; a.k.a. "Hazab Allah"; a.k.a. "Hazab Ullah"; a.k.a. "Hazeb Ullah"; a.k.a. "Hazib Ullah"; a.k.a. "Hiz Bullah"; a.k.a. "Hizb Allah"; a.k.a. "Hizb Ullah"; a.k.a. "Hizbulah"; a.k.a. "Hizbullah"; a.k.a. "Qari Hizbullah"), House Number 5, Akhunabad, Shaheen Muslim Town, Peshawar, Pakistan; House Number 5, Akhunabad, Chok Yadagr Branch, Peshawar,

Pakistan; Matin, Darah-ye Pech District, Kunar Province, Afghanistan; DOB 01 Mar 1982; alt. DOB 03 Jan 1982; POB Peshawar, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1730113198199 (Pakistan) (individual) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

KHAN, Karim Asad Ahmad, The Hague, Netherlands; DOB 30 Mar 1970; POB Edinburgh, United Kingdom; nationality United Kingdom; Gender Male; Passport 518353876 (United Kingdom) (individual) [ICC-EO14203].

KHAN, Madi (a.k.a. KHAN, Mali); DOB 1965; POB Sarana Village, Paktia Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Haji (individual) [SDGT].

KHAN, Mali (a.k.a. KHAN, Madi); DOB 1965; POB Sarana Village, Paktia Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Haji (individual) [SDGT].

KHAN, Maulawi Adam (a.k.a. ACHEKZAI, Maulawi Adam Khan; a.k.a. "ADAM, Maulawi"; a.k.a. "ADAM, Molawi"), Chaman, Balochistan Province, Pakistan; DOB 1972; alt. DOB 1970; alt. DOB 1971; alt. DOB 1973; alt. DOB 1974; alt. DOB 1975; POB Qandahar, Afghanistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHAN, Mohammad Anwar Latif (a.k.a. KHAN, Anwar Latif), Bangladesh; DOB 01 Dec 1971; POB Bogra, Bangladesh; nationality Bangladesh; Gender Male; National ID No. 1590698127721 (Bangladesh) (individual) [GLOMAG] (Linked To: RAPID ACTION BATTALION).

KHAN, Mohammad Naushad Alam (a.k.a. KHAN, Muhammad Nawshad Alam; a.k.a. KHAN, Muhammad Nowshad Alam; a.k.a. KHAN, Naushad Aalam; a.k.a. KHAN, Rahat Hasan); DOB 10 Aug 1971; alt. DOB Dec 1970; POB Karachi, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport YZ4107191 (Pakistan) issued 15 Apr 2008 expires 14 Apr 2013; alt. Passport A6169832 (Pakistan); alt. Passport YZ4107192 (Pakistan) issued 19 Feb 2009 expires 18 Feb 2014; alt.

Passport A8235074 (Pakistan); National ID No. 4200004347195 (Pakistan); alt. National ID No. 50492460414 (Pakistan); Holder of a Pakistan passport; Holder of a Bangladesh passport (individual) [SDGT].

KHAN, Mohammed (a.k.a. KHAN, Asad; a.k.a. KHAN, Haji Asad; a.k.a. MOHADMMADHASNI, Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan Zarkari; a.k.a. MOHMMADHASNI, Asad Khan; a.k.a. MUHAMMADHASNI, Asad Khan; a.k.a. ZARKARI, Asad Khan; a.k.a. "ASAD, Haji"; a.k.a. "HAJI ABDULLAH"), Nimroz, Afghanistan; Kabul, Afghanistan; Karachi, Pakistan; Basalani, Afghanistan; Balochistan, Pakistan; Dubai, United Arab Emirates; DOB 01 Jan 1955; POB Nimroz, Afghanistan; citizen Afghanistan; Passport OR1126692 (Afghanistan) (individual) [SDNTK].

KHAN, Mohd Shahwal (a.k.a. IDA, Laode; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUBAROK, Muhamad; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "ABU SETA"; a.k.a. "AGUS SALIM"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHAN, Muhammad Nawshad Alam (a.k.a. KHAN, Mohammad Naushad Alam; a.k.a. KHAN, Muhammad Nowshad Alam; a.k.a. KHAN, Naushad Aalam; a.k.a. KHAN, Rahat Hasan); DOB 10 Aug 1971; alt. DOB Dec 1970; POB Karachi, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport YZ4107191 (Pakistan) issued 15 Apr 2008 expires 14 Apr 2013; alt. Passport A6169832 (Pakistan); alt. Passport YZ4107192 (Pakistan) issued 19 Feb 2009 expires 18 Feb 2014; alt. Passport A8235074 (Pakistan); National ID No. 4200004347195 (Pakistan); alt. National ID No. 50492460414 (Pakistan); Holder of a Pakistan passport; Holder of a Bangladesh passport (individual) [SDGT].

KHAN, Muhammad Nowshad Alam (a.k.a. KHAN, Mohammad Naushad Alam; a.k.a. KHAN, Muhammad Nawshad Alam; a.k.a. KHAN, Naushad Aalam; a.k.a. KHAN, Rahat Hasan); DOB 10 Aug 1971; alt. DOB Dec 1970; POB

Karachi, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport YZ4107191 (Pakistan) issued 15 Apr 2008 expires 14 Apr 2013; alt. Passport A6169832 (Pakistan); alt. Passport YZ4107192 (Pakistan) issued 19 Feb 2009 expires 18 Feb 2014; alt. Passport A8235074 (Pakistan); National ID No. 4200004347195 (Pakistan); alt. National ID No. 50492460414 (Pakistan); Holder of a Pakistan passport; Holder of a Bangladesh passport (individual) [SDGT].

KHAN, Mustafa Hajji Muhammad (a.k.a. AL-MADANI, Abu Gharib; a.k.a. GHUL, Hassan; a.k.a. GUL, Hasan; a.k.a. GUL, Hassan; a.k.a. MAHMUD, Khalid; a.k.a. MUHAMMAD, Mustafa; a.k.a. SHAHJI, Ahmad; a.k.a. "ABU-SHAIMA"; a.k.a. "ABU-SHAYMA"); DOB Aug 1977; alt. DOB Sep 1977; alt. DOB 1976; POB Madinah, Saudi Arabia; alt. POB Sangrar, Sindh Province, Pakistan; nationality Pakistan; alt. nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHAN, Nafir Ali (a.k.a. KHAN, Ali; a.k.a. KHAN, Nasir Ali; a.k.a. KHAN, Nazir Ali; a.k.a. KHAN, Nisan Ali; a.k.a. KHAN, Nisar Ali; a.k.a. NASIR, Ali Khan; a.k.a. NASIR, Khan Ali); DOB 01 Oct 1955; POB Pakistan (individual) [SDNTK].

KHAN, Nasir Ali (a.k.a. KHAN, Ali; a.k.a. KHAN, Nafir Ali; a.k.a. KHAN, Nazir Ali; a.k.a. KHAN, Nisan Ali; a.k.a. KHAN, Nisar Ali; a.k.a. NASIR, Ali Khan; a.k.a. NASIR, Khan Ali); DOB 01 Oct 1955; POB Pakistan (individual) [SDNTK].

KHAN, Naushad Aalam (a.k.a. KHAN, Mohammad Naushad Alam; a.k.a. KHAN, Muhammad Nawshad Alam; a.k.a. KHAN, Muhammad Nowshad Alam; a.k.a. KHAN, Rahat Hasan); DOB 10 Aug 1971; alt. DOB Dec 1970; POB Karachi, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport YZ4107191 (Pakistan) issued 15 Apr 2008 expires 14 Apr 2013; alt. Passport A6169832 (Pakistan); alt. Passport YZ4107192 (Pakistan) issued 19 Feb 2009 expires 18 Feb 2014; alt. Passport A8235074 (Pakistan); National ID No. 4200004347195 (Pakistan); alt. National ID No. 50492460414 (Pakistan); Holder of a Pakistan passport; Holder of a Bangladesh passport (individual) [SDGT].

KHAN, Naveed Qamar (a.k.a. QAMAR, Naved; a.k.a. QAMAR, Naveed; a.k.a. QAMAR, Navid; a.k.a. QAMAR, Nuwayd), Flat #R9, Nauman

Grand Sati, Gulistan Johar, Block 17, Karachi Sharqi, Karachi Province, Sindh, Pakistan; DOB 27 Oct 1971; POB Bahawalnagar, Pakistan; alt. POB Lahore, Punjab Province, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport ZG4109521 (Pakistan) issued 07 Jun 2008 expires 06 Jun 2013; National ID No. 4220149109527 (Pakistan); alt. National ID No. 35171469484 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

KHAN, Nazhat Shameem, The Hague, Netherlands; DOB 16 Nov 1960; POB Suva, Fiji; nationality Fiji; Gender Female; Passport 002258 (Fiji) expires 17 Apr 2024 (individual) [ICC-EO14203].

KHAN, Nazir Ali (a.k.a. KHAN, Ali; a.k.a. KHAN, Nafir Ali; a.k.a. KHAN, Nasir Ali; a.k.a. KHAN, Nisan Ali; a.k.a. KHAN, Nisar Ali; a.k.a. NASIR, Ali Khan; a.k.a. NASIR, Khan Ali); DOB 01 Oct 1955; POB Pakistan (individual) [SDNTK].

KHAN, Nisan Ali (a.k.a. KHAN, Ali; a.k.a. KHAN, Nafir Ali; a.k.a. KHAN, Nasir Ali; a.k.a. KHAN, Nazir Ali; a.k.a. KHAN, Nisar Ali; a.k.a. NASIR, Ali Khan; a.k.a. NASIR, Khan Ali); DOB 01 Oct 1955; POB Pakistan (individual) [SDNTK].

KHAN, Nisar Ali (a.k.a. KHAN, Ali; a.k.a. KHAN, Nafir Ali; a.k.a. KHAN, Nasir Ali; a.k.a. KHAN, Nazir Ali; a.k.a. KHAN, Nisan Ali; a.k.a. NASIR, Ali Khan; a.k.a. NASIR, Khan Ali); DOB 01 Oct 1955; POB Pakistan (individual) [SDNTK].

KHAN, Rahat Hasan (a.k.a. KHAN, Mohammad Naushad Alam; a.k.a. KHAN, Muhammad Nawshad Alam; a.k.a. KHAN, Muhammad Nowshad Alam; a.k.a. KHAN, Naushad Aalam); DOB 10 Aug 1971; alt. DOB Dec 1970; POB Karachi, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport YZ4107191 (Pakistan) issued 15 Apr 2008 expires 14 Apr 2013; alt. Passport A6169832 (Pakistan); alt. Passport YZ4107192 (Pakistan) issued 19 Feb 2009 expires 18 Feb 2014; alt. Passport A8235074 (Pakistan); National ID No. 4200004347195 (Pakistan); alt. National ID No. 50492460414 (Pakistan); Holder of a Pakistan passport; Holder of a Bangladesh passport (individual) [SDGT].

KHAN, Rao Anwar Ahmed (a.k.a. AHMED, Rao Anwar; a.k.a. ANWAR, Rao; a.k.a. KHAN, Anwar Ahmed; a.k.a. KHAN, Anwar Ahmed Rao), Pakistan; DOB 01 Jan 1959; POB Karachi, Pakistan; nationality Pakistan; Gender Male; Passport MU-4112252 (Pakistan) issued

27 May 2014 expires 26 May 2019 (individual) [GLOMAG].

KHAN, Saidullah (a.k.a. HAMAS, Saidullah; a.k.a. JAN, Saidullah; a.k.a. KHAMAS, Sayedullah; a.k.a. KHAN, Abid; a.k.a. "WAZIRI, Saidullah"); DOB 1982; alt. DOB 11 Sep 1985; POB Giyan District, Paktika Province, Afghanistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2170525247081 (Pakistan); Mulawi (individual) [SDGT].

KHAN, Sayed Habib Ahmad (a.k.a. KHAN, Syed Habib Ahmad; a.k.a. "HABIB, Sayed"), Kuwait; Arzan Qemat Area, PD 12, Kabul City, Afghanistan; DOB 1970; POB Kunar Province, Afghanistan; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Residency Number 270010174266 (Kuwait) issued 25 Apr 2016 expires 24 Jun 2018 (individual) [SDGT] (Linked To: NEJAAT SOCIAL WELFARE ORGANIZATION).

KHAN, Shahbaz (a.k.a. HAN, Cellat; a.k.a. HAN, Sahbaz; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Haji Shahbaz; a.k.a. ZADRAN, Shabbaz; a.k.a. ZADRAN, Shahbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

KHAN, Shaykh Hafidh Sa'id (a.k.a. AHMAD, Sayed; a.k.a. HAFIZ, Said Khan; a.k.a. KHAN, Hafez Sayed; a.k.a. KHAN, Hafiz Saeed; a.k.a. KHAN, Hafiz Sa'id; a.k.a. KHAN, Hafiz Said; a.k.a. KHAN, Hafiz Said Muhammad; a.k.a. KHAN, Wali Hafiz Sayid; a.k.a. SAEED, Hafiz; a.k.a. SA'ID, Hafiz); DOB 01 Jan 1976 to 31 Dec 1978; alt. DOB 01 Jan 1977 to 31 Dec 1979; POB Mamondzowi Village, Orakzai Agency, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHAN, Sherbaz, c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; Peshawar, Pakistan; P.O. Box 33651, Dubai, United Arab Emirates; DOB 03 Apr 1979; POB Khyber Agency, Pakistan; citizen Pakistan; Passport 137987 (Pakistan) (individual) [SDNTK].

KHAN, Syed Habib Ahmad (a.k.a. KHAN, Sayed Habib Ahmad; a.k.a. "HABIB, Sayed"), Kuwait; Arzan Qemat Area, PD 12, Kabul City, Afghanistan; DOB 1970; POB Kunar Province, Afghanistan; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Residency Number 270010174266 (Kuwait) issued 25 Apr 2016 expires 24 Jun 2018 (individual) [SDGT] (Linked To: NEJAAT SOCIAL WELFARE ORGANIZATION).

KHAN, Wali Hafiz Sayid (a.k.a. AHMAD, Sayed; a.k.a. HAFIZ, Said Khan; a.k.a. KHAN, Hafez Sayed; a.k.a. KHAN, Hafiz Saeed; a.k.a. KHAN, Hafiz Sa'id; a.k.a. KHAN, Hafiz Said; a.k.a. KHAN, Hafiz Said Muhammad; a.k.a. KHAN, Shaykh Hafidh Sa'id; a.k.a. SAEED, Hafiz; a.k.a. SA'ID, Hafiz); DOB 01 Jan 1976 to 31 Dec 1978; alt. DOB 01 Jan 1977 to 31 Dec 1979; POB Mamondzowi Village, Orakzai Agency, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHANAFAR, Hisham (a.k.a. KANAFER, Hicham; a.k.a. KANAFER, Hisham; a.k.a. KHANAFER, Hicham Nmer; a.k.a. KHANAFIR, Hisham); DOB 23 May 1965; POB Ainata, Lebanon; alt. POB Kuntair, The Gambia; nationality Lebanon; alt. nationality The Gambia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1617889 (Lebanon) (individual) [SDGT].

KHANAFER, Hicham Nmer (a.k.a. KANAFER, Hicham; a.k.a. KANAFER, Hisham; a.k.a. KHANAFAR, Hisham; a.k.a. KHANAFIR, Hisham); DOB 23 May 1965; POB Ainata, Lebanon; alt. POB Kuntair, The Gambia; nationality Lebanon; alt. nationality The Gambia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1617889 (Lebanon) (individual) [SDGT].

KHANAFIR, Hisham (a.k.a. KANAFER, Hicham; a.k.a. KANAFER, Hisham; a.k.a. KHANAFAR, Hisham; a.k.a. KHANAFER, Hicham Nmer); DOB 23 May 1965; POB Ainata, Lebanon; alt. POB Kuntair, The Gambia; nationality Lebanon; alt. nationality The Gambia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1617889 (Lebanon) (individual) [SDGT].

KHANANI, Hozaifa Javed (a.k.a. KHANANI, Huzaifa Jawed), House No D-85 Block 5, Clifton, Karachi, Pakistan; DOB 04 May 1987; Passport AF6899813 (Pakistan); National ID No. 4220197869815 (Pakistan) (individual) [TCO] (Linked To: KAY ZONE BUILDERS & DEVELOPERS; Linked To: UNICO TEXTILES; Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION).

KHANANI, Huzaifa Jawed (a.k.a. KHANANI, Hozaifa Javed), House No D-85 Block 5, Clifton, Karachi, Pakistan; DOB 04 May 1987; Passport AF6899813 (Pakistan); National ID No. 4220197869815 (Pakistan) (individual) [TCO] (Linked To: KAY ZONE BUILDERS & DEVELOPERS; Linked To: UNICO TEXTILES; Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION).

KHANANI, Javaid (a.k.a. KHANANI, Javed; a.k.a. KHANANI, Javed Muhammad; a.k.a. KHANANI, Javeed; a.k.a. KHANANI, Muhammad Javed), D-85 Block, Clifton, Karachi, Pakistan; Third Floor, Penthouse, Osma Terrace PECHS, Flat No 9/1, Block 2, Karachi, Pakistan; DOB 02 May 1961; citizen Pakistan; Passport DW4100432 (individual) [TCO] (Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION).

KHANANI, Javed (a.k.a. KHANANI, Javaid; a.k.a. KHANANI, Javed Muhammad; a.k.a. KHANANI, Javeed; a.k.a. KHANANI, Muhammad Javed), D-85 Block, Clifton, Karachi, Pakistan; Third Floor, Penthouse, Osma Terrace PECHS, Flat

No 9/1, Block 2, Karachi, Pakistan; DOB 02 May 1961; citizen Pakistan; Passport DW4100432 (individual) [TCO] (Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION).

KHANANI, Javed Muhammad (a.k.a. KHANANI, Javaid; a.k.a. KHANANI, Javed; a.k.a. KHANANI, Javeed; a.k.a. KHANANI, Muhammad Javed), D-85 Block, Clifton, Karachi, Pakistan; Third Floor, Penthouse, Osma Terrace PECHS, Flat No 9/1, Block 2, Karachi, Pakistan; DOB 02 May 1961; citizen Pakistan; Passport DW4100432 (individual) [TCO] (Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION).

KHANANI, Javeed (a.k.a. KHANANI, Javaid; a.k.a. KHANANI, Javed; a.k.a. KHANANI, Javed Muhammad; a.k.a. KHANANI, Muhammad Javed), D-85 Block, Clifton, Karachi, Pakistan; Third Floor, Penthouse, Osma Terrace PECHS, Flat No 9/1, Block 2, Karachi, Pakistan; DOB 02 May 1961; citizen Pakistan; Passport DW4100432 (individual) [TCO] (Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION).

KHANANI, Muhammad Javed (a.k.a. KHANANI, Javaid; a.k.a. KHANANI, Javed; a.k.a. KHANANI, Javed Muhammad; a.k.a. KHANANI, Javeed), D-85 Block, Clifton, Karachi, Pakistan; Third Floor, Penthouse, Osma Terrace PECHS, Flat No 9/1, Block 2, Karachi, Pakistan; DOB 02 May 1961; citizen Pakistan; Passport DW4100432 (individual) [TCO] (Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION).

KHANANI, Obaid Altaf (a.k.a. "AHMED, Obaid"), Apt 411 and 412, Juma Al Majid Bldg, Tower B, Al Nadha, Sharjah, United Arab Emirates; 107 Kings Road, Old Trafford, Manchester, Lancashire M16 9WY, United Kingdom; DOB 20 Jul 1987; POB Karachi, Pakistan; Passport BF4108623 (Pakistan) (individual) [TCO] (Linked To: KAY ZONE GENERAL TRADING LLC; Linked To: LANDTEK DEVELOPERS; Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION; Linked To: AL ZAROONI EXCHANGE).

KHANBALAEVA, Firuza Nazimovna (a.k.a. KERIMOVA, Firuza Nazimovna), Apt. 270, Build. 31, Pyatnitskoe Shosse, Moscow 123430, Russia; DOB 22 Dec 1967; alt. DOB 22 Oct 1967; POB Makhachkala, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 724348524 (Russia) issued 06 May

2013 expires 06 May 2023; National ID No. 4512970434 (Russia); Tax ID No. 052901215575 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KERIMOV, Suleiman Abusaidovich).

KHANFORA, Alaa (a.k.a. KHANFORAH, Mohammed Alaa Omer; a.k.a. KHANFOURA, Alaa; a.k.a. KHANFURAH, 'Ala'; a.k.a. KHANFURAH, Alaa; a.k.a. KHANFURAN, Alaa), Reyhanli, Hatay, Turkey; DOB 01 Jan 1986; alt. DOB 1985; POB al-Habit, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHANFORAH, Mohammed Alaa Omer (a.k.a. KHANFORA, Alaa; a.k.a. KHANFOURA, Alaa; a.k.a. KHANFURAH, 'Ala'; a.k.a. KHANFURAH, Alaa; a.k.a. KHANFURAN, Alaa), Reyhanli, Hatay, Turkey; DOB 01 Jan 1986; alt. DOB 1985; POB al-Habit, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHANFOURA, Alaa (a.k.a. KHANFORA, Alaa; a.k.a. KHANFORAH, Mohammed Alaa Omer; a.k.a. KHANFURAH, 'Ala'; a.k.a. KHANFURAH, Alaa; a.k.a. KHANFURAN, Alaa), Reyhanli, Hatay, Turkey; DOB 01 Jan 1986; alt. DOB 1985; POB al-Habit, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHANFURAH, 'Ala' (a.k.a. KHANFORA, Alaa; a.k.a. KHANFORAH, Mohammed Alaa Omer; a.k.a. KHANFOURA, Alaa; a.k.a. KHANFURAH, Alaa; a.k.a. KHANFURAN, Alaa), Reyhanli, Hatay, Turkey; DOB 01 Jan 1986; alt. DOB 1985; POB al-Habit, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHANFURAH, Alaa (a.k.a. KHANFORA, Alaa; a.k.a. KHANFORAH, Mohammed Alaa Omer; a.k.a. KHANFOURA, Alaa; a.k.a. KHANFURAH, 'Ala'; a.k.a. KHANFURAN, Alaa), Reyhanli, Hatay, Turkey; DOB 01 Jan 1986; alt. DOB 1985; POB al-Habit, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHANFURAN, Alaa (a.k.a. KHANFORA, Alaa; a.k.a. KHANFORAH, Mohammed Alaa Omer; a.k.a. KHANFOURA, Alaa; a.k.a. KHANFURAH, 'Ala'; a.k.a. KHANFURAH, Alaa), Reyhanli,

Hatay, Turkey; DOB 01 Jan 1986; alt. DOB 1985; POB al-Habit, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHANI, Mohammad (a.k.a. ARDESTANI, Mohammad Mahdi Khanpour (Arabic: محمدمهدی خانپور اردستانی); a.k.a. KHANPUR, Ali Akbar; a.k.a. KHANPUR, Mohammad Mehdi Ali Akbar), Iran; Venezuela; DOB 21 Sep 1980; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A37895565 (Iran) expires 25 Jul 2021; National ID No. 1189355825 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KHANI, Mostafa Majid (a.k.a. KHANI, Mostafa Mohammad), Lebanon; DOB 23 Jul 1961; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J48713107 (Iran) expires 10 Jun 2024; alt. Passport D100009693 (Iran) expires 12 Apr 2027 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KHANI, Mostafa Mohammad (a.k.a. KHANI, Mostafa Majid), Lebanon; DOB 23 Jul 1961; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J48713107 (Iran) expires 10 Jun 2024; alt. Passport D100009693 (Iran) expires 12 Apr 2027 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KHANMIRI, Amin Hosseinzadeh (a.k.a. HOSEINZADEH, Amin), Iran; DOB 19 Feb 1989; POB Azarshahr, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport X20406521 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KHANPUR, Ali Akbar (a.k.a. ARDESTANI, Mohammad Mahdi Khanpour (Arabic: محمدمهدی خانپور اردستانی); a.k.a. KHANI, Mohammad; a.k.a. KHANPUR, Mohammad Mehdi Ali Akbar), Iran; Venezuela; DOB 21 Sep 1980; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A37895565 (Iran) expires 25 Jul 2021; National ID No. 1189355825 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KHANPUR, Mohammad Mehdi Ali Akbar (a.k.a. ARDESTANI, Mohammad Mahdi Khanpour (Arabic: محمدمهدی خانپور اردستانی); a.k.a. KHANI, Mohammad; a.k.a. KHANPUR, Ali Akbar), Iran; Venezuela; DOB 21 Sep 1980; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A37895565 (Iran) expires 25 Jul 2021; National ID No. 1189355825 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KHAPSIROKOV, Murat Krym-Gerievich (Cyrillic: ХАПСИРОКОВ, Мурат Крым-Гериевич), Russia; DOB 26 Jan 1978; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KHARAMPURNEFTEGAZ, UL. 1 Panel D. 3, Proizvodstvennaya Baza 0028, Floor 2 Kabinet 9, Gubkinskiy 629830, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7536125117 (Russia); Registration Number 1127536001262 (Russia) [RUSSIA-EO14024].

KHARANEKA, Viacheslau (Cyrillic: ХАРАНЕКА, Вячаслаў) (a.k.a. KHORONEKO, Vyacheslav Vasilyevich (Cyrillic: ХОРОНЕКО, Вячеслав Васильевич)), Minsk, Belarus; DOB 1964; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

KHARAZISHVILI, Zviad (a.k.a. "KHAREBA"), Micro District III, Gldani Bldg 68, Apt. 71, Tbilisi, Georgia; DOB 20 Mar 1975; POB Kareli, Georgia; nationality Georgia; Gender Male (individual) [GLOMAG].

KHARCHENKO, Ekaterina Vladimirovna (Cyrillic: ХАРЧЕНКО, Екатерина Владимировна), Russia; DOB 11 Aug 1977; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KHARDBERRI RUSFAKTOR (a.k.a. HARDBERRY LIMITED LIABILITY COMPANY; a.k.a. HARDBERRY RUSFACTOR LLC), Ul. Pererva D. 55, Kv. 22, Moscow 109451, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728845817 (Russia); Registration Number 1137746479310 (Russia) [RUSSIA-EO14024].

KHARG PETROCHEMICAL (a.k.a. KHARG PETROCHEMICAL COMPANY LIMITED (Arabic: شرکت پتروشیمی خارک سهامی عام); a.k.a. "KPC"), No. 40 Dodjamjou St., North Dibaji St., P.O. Box No. 19615-317, Tehran 1951994511, Iran; Website http://www.khargpetrochemical.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100455748 (Iran); Registration Number 11569 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

KHARG PETROCHEMICAL COMPANY LIMITED (Arabic: شرکت پتروشیمی خارک سهامی عام) (a.k.a. KHARG PETROCHEMICAL; a.k.a. "KPC"), No. 40 Dodjamjou St., North Dibaji St., P.O. Box No. 19615-317, Tehran 1951994511, Iran; Website http://www.khargpetrochemical.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100455748 (Iran); Registration Number 11569 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

KHARICHEV, Aleksandr Dmitrievich (a.k.a. HARICHEV, Aleksandr Dmitrievich; a.k.a. KHARICHEV, Alexander), Russia; DOB 08 Feb 1966; POB Kostroma, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KHARICHEV, Alexander (a.k.a. HARICHEV, Aleksandr Dmitrievich; a.k.a. KHARICHEV, Aleksandr Dmitrievich), Russia; DOB 08 Feb 1966; POB Kostroma, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KHARID-E BARTAR ELECTRONIC PARS (a.k.a. BUY BEST ELECTRONIC PARS COMPANY; a.k.a. "BUY BEST ELECTRONIC"), Block No. 20, 3rd Floor, North Unit, Sadeqiyeh Square, Shahid Ayatollah Ashrafi Esfahani Highway, Marvdasht St, District 14, Tehran 1451613418, Iran; Number 20, Unit 7, Marvdasht Street, 2nd Sadeghiyeh Square, Tehran, Iran; Number 110, First Floor, Tavakol Shopping Center, Tehran, Iran; 1201 Room, Guo Li Building-Zhonghang Road, Futian District, Shenzhen, China; Website https://buybestelectronic.com; alt. Website https://bbe.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 20 Oct 2009; National ID No. 10104073089 (Iran); Registration Number 358871 (Iran) [NPWMD] [IFSR] (Linked To: JAVAR, Saeed Hamidi).

KHARITON INSTITUTE (a.k.a. ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. ARZAMAS-16; a.k.a. AVANGARD ELECTROMECHANICAL PLANT; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. SAROV NUCLEAR WEAPONS PLANT; a.k.a. VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT EKSPERIMENTALNOY; a.k.a. "RFNC-VNIIEF"; a.k.a. "VNIIEF"), 10 Muzrukov Ave, Sarov, Nizhny Novgorod Region 607188, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1992; Tax ID No. 5254001230 (Russia); Registration Number 1025202199791 (Russia) [RUSSIA-EO14024].

KHARITONOV, Nikolay Mikhaylovich (Cyrillic: ХАРИТОНОВ, Николай Михайлович), Russia; DOB 30 Oct 1948; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KHARKEVICH INSTITUTE (a.k.a. FEDERAL STATE BUDGETARY SCIENTIFIC INSTITUTION INSTITUTE FOR INFORMATION TRANSMISSION PROBLEMS NAMED AFTER A A KHARKEVICH OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. INSTITUTE FOR INFORMATION TRANSMISSION PROBLEMS OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. IPPI RAN), Per Bolshoi Karetnyi D 19, Str 1, Moscow 127994, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7707020131 (Russia); Registration Number 1037700064940 (Russia) [RUSSIA-EO14024].

KHAROUBI, Ali (a.k.a. KHARROUBI, Ali Mohamed), c/o ELLISSA HOLDING, Lebanon; c/o SOLMAR, Lebanon; c/o ELLISSA GROUP SA, Benin; c/o AGROPHEN, Benin; c/o ELLISSA SHIPPING, Benin; c/o YAMEN BENIN SARL, Benin; c/o ELLISSA PARC COTONOU, Benin; c/o ELLISSA MEGASTORE, Benin; c/o SOCIETE ELLISSA GROUP CONGO, Congo, Republic of the; c/o ELLISSA EXCHANGE COMPANY, Lebanon; DOB 08 Jul 1970; nationality Lebanon; citizen Lebanon; Passport RL0603911 (Lebanon) (individual) [SDNTK].

KHAROUBI, Jamal Mohamad, Lebanon; DOB 01 Nov 1976; POB Saida, Lebanon; citizen

Lebanon; Passport RL0068313 (Lebanon) (individual) [SDNTK].

KHARROUBI, Ali Mohamed (a.k.a. KHAROUBI, Ali), c/o ELLISSA HOLDING, Lebanon; c/o SOLMAR, Lebanon; c/o ELLISSA GROUP SA, Benin; c/o AGROPHEN, Benin; c/o ELLISSA SHIPPING, Benin; c/o YAMEN BENIN SARL, Benin; c/o ELLISSA PARC COTONOU, Benin; c/o ELLISSA MEGASTORE, Benin; c/o SOCIETE ELLISSA GROUP CONGO, Congo, Republic of the; c/o ELLISSA EXCHANGE COMPANY, Lebanon; DOB 08 Jul 1970; nationality Lebanon; citizen Lebanon; Passport RL0603911 (Lebanon) (individual) [SDNTK].

KHARTIS DV LLC (a.k.a. LIMITED LIABILITY COMPANY HARTIS DV (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХАРТИС ДВ)), 35 Svobodiy St., Building 5, Floor 1, Office 1, Room No. 4, Moscow 125362, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733753978 (Russia); Registration Number 5107746026262 (Russia) [RUSSIA-EO14024].

KHASANOV, Murat Ruslanovich (Cyrillic: ХАСАНОВ, Мурат Русланович), Russia; DOB 10 Dec 1970; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KHASHAYBAN, Fahad H.A. (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHASIBAN, Fahad H.A. (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz;

a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHASIKOV, Batu Sergeevich (a.k.a. KHASIKOV, Batu Sergeyevich (Cyrillic: ХАСИКОВ, Бату Сергеевич)), Kalmykia Republic, Russia; DOB 28 Jun 1980; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KHASIKOV, Batu Sergeyevich (Cyrillic: ХАСИКОВ, Бату Сергеевич) (a.k.a. KHASIKOV, Batu Sergeevich), Kalmykia Republic, Russia; DOB 28 Jun 1980; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KHATA'IB HEZBOLLAH (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KATA'IB HIZBALLAH; a.k.a. KHATA'IB HIZBALLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'ABAS"; a.k.a. "KATIBAT ZAYD EBIN ALI"; a.k.a. "KATIBUT KARBALAH"), Iraq; Najaf, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; www.aleseb.com [FTO] [SDGT] [IRAQ3].

KHATA'IB HIZBALLAH (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KATA'IB HIZBALLAH; a.k.a. KHATA'IB HEZBOLLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a.

"ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'ABAS"; a.k.a. "KATIBAT ZAYD EBIN ALI"; a.k.a. "KATIBUT KARBALAH"), Iraq; Najaf, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; www.aleseb.com [FTO] [SDGT] [IRAQ3].

KHATAM AL-ANBYA (a.k.a. GHORB KHATAM; a.k.a. KHATAM OL AMBIA; a.k.a. KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH), No. 221, Phase 4, North Falamak-Zarafshan Intersection, Shahrak-E-Ghods, Tehran 14678, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

KHATAM OL AMBIA (a.k.a. GHORB KHATAM; a.k.a. KHATAM AL-ANBYA; a.k.a. KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH), No. 221, Phase 4, North Falamak-Zarafshan Intersection, Shahrak-E-Ghods, Tehran 14678, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH (a.k.a. GHORB KHATAM; a.k.a. KHATAM AL-ANBYA; a.k.a. KHATAM OL AMBIA), No. 221, Phase 4, North Falamak-Zarafshan Intersection, Shahrak-E-Ghods, Tehran 14678, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

KHATARJI, Hussam (a.k.a. AL-QATIRJI, Hossam (Arabic: حسام القاطرجي); a.k.a. AL-QATIRJI, Hussam; a.k.a. BIN AHMED RUSHDI AL-QATIRJI, Hussam (Arabic: حسام بن أحمد رشدي قاطرجي); a.k.a. KATARJI, Hussam; a.k.a. KATERJI, Hussam; a.k.a. KHATIRJI, Hussam; a.k.a. QATARJI, Hossam; a.k.a. QATERJI, Hussam; a.k.a. QATIRJI BIN AHMED RUSHDI, Hussam (Arabic: حسام قاطرجي بن احمد رشدي)), Syria; DOB 11 Jan 1982; POB Raqqa, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QATIRJI COMPANY).

KHATIB AI-MUJAHIDIN (a.k.a. AL MUJAHIDEEN BRIGADES; a.k.a. AL-MUJAHIDIN BRIGADES; a.k.a. ANSAR AL-MUJAHIDIN MOVEMENT; a.k.a. HOLY WARRIORS BATTALION), West Bank, Palestinian; Gaza Strip, Palestinian; Cairo, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KHATIB, Esmail (Arabic: اسماعیل خطیب) (a.k.a. KHATIB, Seyed Esmaeil (Arabic: سید اسماعیل خطیب)), Iran; DOB 1960 to 1961; POB Ghayenat, South Khorasan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IFSR] [IRAN-HR] [CYBER2] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KHATIB, Seyed Esmaeil (Arabic: سید اسماعیل خطیب) (a.k.a. KHATIB, Esmail (Arabic: اسماعیل خطیب)), Iran; DOB 1960 to 1961; POB Ghayenat, South Khorasan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IFSR] [IRAN-HR] [CYBER2] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KHATIBA AL-TAWHID WAL-JIHAD (a.k.a. JANNAT OSHIKLARI; a.k.a. KATIBAT AL TAWHID WAL JIHAD; a.k.a. TAWHID AND JIHAD BRIGADE; a.k.a. "KTJ"), Syria; Kyrgyzstan; Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KHATIBI AGHADA, Ahmad (Arabic: احمد خطیبی عقدا) (a.k.a. KHATIBI, Ahmad), Iran; DOB 21 Mar 1977; POB Ardakan, Yazd Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT 1H939dom7i4WDLCKyGbXUp3fs9CSTNRzgL; alt. Digital Currency Address - XBT bc1q3y5v2khlyvemcz042wl98dzflywr8ghglqws6s; alt. Digital Currency Address - XBT bc1qx3e2axj3wsfn0ndtvlwmkghmmgm4583nqg8ngk; Passport K30843288 (Iran); National ID No. 4449889711 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

KHATIBI, Ahmad (a.k.a. KHATIBI AGHADA, Ahmad (Arabic: احمد خطیبی عقدا)), Iran; DOB 21 Mar 1977; POB Ardakan, Yazd Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT 1H939dom7i4WDLCKyGbXUp3fs9CSTNRzgL; alt. Digital Currency Address - XBT

bc1q3y5v2khlyvemcz042wl98dzflywr8ghglqws6s; alt. Digital Currency Address - XBT bc1qx3e2axj3wsfn0ndtvlwmkghmmgm4583nqg8ngk; Passport K30843288 (Iran); National ID No. 4449889711 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

KHATIRJI GROUP (a.k.a. AL-QATIRJI COMPANY; a.k.a. AL-SHAM AND AL-DARWISH COMPANY; a.k.a. KATERJI GROUP COMPANY; a.k.a. KATERJI GROUP LTD), Mazzah, Damascus, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Activities of holding companies [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KHATIRJI, Hussam (a.k.a. AL-QATIRJI, Hossam (Arabic: حسام القاطرجي); a.k.a. AL-QATIRJI, Hussam; a.k.a. BIN AHMED RUSHDI AL-QATIRJI, Hussam (Arabic: حسام بن أحمد رشدي قاطرجي); a.k.a. KATARJI, Hussam; a.k.a. KATERJI, Hussam; a.k.a. KHATARJI, Hussam; a.k.a. QATARJI, Hossam; a.k.a. QATERJI, Hussam; a.k.a. QATIRJI BIN AHMED RUSHDI, Hussam (Arabic: حسام قاطرجي بن احمد رشدي)), Syria; DOB 11 Jan 1982; POB Raqqa, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QATIRJI COMPANY).

KHATTAB HEZBALLAH (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KATA'IB HIZBALLAH; a.k.a. KHATA'IB HEZBOLLAH; a.k.a. KHATA'IB HIZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'ABAS"; a.k.a. "KATIBAT ZAYD EBIN ALI"; a.k.a. "KATIBUT KARBALAH"), Iraq; Najaf, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; www.aleseb.com [FTO] [SDGT] [IRAQ3].

KHATTAB, Omar (a.k.a. AL-JAMUS, Umar; a.k.a. DA JAMOUS, Hussam; a.k.a. JAMOUS, Hussam), Antakya, Hatay, Turkey; DOB 08 Jan 1983; alt. DOB 01 Aug 1983; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N006951090 (Syria); National ID No.

00413L0105232 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

KHATTALAH, Ahmed Abu (a.k.a. BUKHATTALAH, Ahmad), Benghazi, Libya; DOB 1970 to 1972; POB Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHAVARMIANEH BANK (a.k.a. MIDDLE EAST BANK), No. 22, Second Floor Sabounchi St., Shahid Beheshti Ave., Tehran, Iran; SWIFT/BIC KHMIIRTH; Website www.middleeastbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; All offices worldwide [IRAN] [IRAN-EO13902].

KHAVCHENKO, Dmitriy Vasilyevich (Cyrillic: ХАВЧЕНКО, Дмитрий Васильевич) (a.k.a. HAVCHENKO, Dmitrij Vasilevich; a.k.a. KHAVCHENKO, Dmytro Vasylovych (Cyrillic: ХАВЧЕНКО, Дмитро Васильович)), Moscow, Russia; Crimea, Ukraine; DOB 06 Jan 1966; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

KHAVCHENKO, Dmytro Vasylovych (Cyrillic: ХАВЧЕНКО, Дмитро Васильович) (a.k.a. HAVCHENKO, Dmitrij Vasilevich; a.k.a. KHAVCHENKO, Dmitriy Vasilyevich (Cyrillic: ХАВЧЕНКО, Дмитрий Васильевич)), Moscow, Russia; Crimea, Ukraine; DOB 06 Jan 1966; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

KHAWAJA, Mohamad (Arabic: محمد خواجه) (a.k.a. KHAWAJAH, Muhammad; a.k.a. KHAWAJAH, Muhammad Ali), Dubai, United Arab Emirates; DOB 12 Mar 1970; POB Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL3566341 (Lebanon); alt. Passport RL0742799 (Lebanon); alt. Passport LR1800603 (Lebanon) expires 27 Sep 2030; Identification Number 78419700969812 (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

KHAWAJAH, Muhammad (a.k.a. KHAWAJA, Mohamad (Arabic: محمد خواجه); a.k.a. KHAWAJAH, Muhammad Ali), Dubai, United Arab Emirates; DOB 12 Mar 1970; POB Lebanon; Gender Male; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL3566341 (Lebanon); alt. Passport RL0742799 (Lebanon); alt. Passport LR1800603 (Lebanon) expires 27 Sep 2030; Identification Number 78419700969812 (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

KHAWAJAH, Muhammad Ali (a.k.a. KHAWAJA, Mohamad (Arabic: محمد خواجه); a.k.a. KHAWAJAH, Muhammad), Dubai, United Arab Emirates; DOB 12 Mar 1970; POB Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL3566341 (Lebanon); alt. Passport RL0742799 (Lebanon); alt. Passport LR1800603 (Lebanon) expires 27 Sep 2030; Identification Number 78419700969812 (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

KHAWAR, Abdallah Ghanim Mahfuz Muslim (a.k.a. AL-KHAWAR, Abdullah Ghalib Mahfuz Muslim; a.k.a. AL-KHOWAR, Abdullah; a.k.a. KHAWAR, Abdullah Ghanem Mahfouz Muslim; a.k.a. KHOWAR, Abdullah); DOB 17 Aug 1981; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 28163402296 (individual) [SDGT].

KHAWAR, Abdullah Ghanem Mahfouz Muslim (a.k.a. AL-KHAWAR, Abdullah Ghalib Mahfuz Muslim; a.k.a. AL-KHOWAR, Abdullah; a.k.a. KHAWAR, Abdallah Ghanim Mahfuz Muslim; a.k.a. KHOWAR, Abdullah); DOB 17 Aug 1981; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 28163402296 (individual) [SDGT].

KHAYBAR COMPANY (a.k.a. KHAYBARCO; a.k.a. KHEYBAR COMPANY; a.k.a. SHERKAT SAHAMI KHASS KHAYBAR), No 97, Ghaem Magham Farahani Ave, Tehran 1589653313, Iran; PO Box 15815-1966, Tehran, Iran; Website www.khaybarco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Chamber of Commerce Number 11047591 (Iran); Registration Number 63383 (Iran) [IRAN].

KHAYBARCO (a.k.a. KHAYBAR COMPANY; a.k.a. KHEYBAR COMPANY; a.k.a. SHERKAT SAHAMI KHASS KHAYBAR), No 97, Ghaem Magham Farahani Ave, Tehran 1589653313, Iran; PO Box 15815-1966, Tehran, Iran; Website www.khaybarco.ir; Additional Sanctions Information - Subject to Secondary

Sanctions; Chamber of Commerce Number 11047591 (Iran); Registration Number 63383 (Iran) [IRAN].

KHAZAI, Ahmad (a.k.a. KAZA'I, Ahmad), Iran; DOB 30 Mar 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D9014415 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KHAZALI NETWORK (a.k.a. AL-TAYAR AL-RISALI; a.k.a. ASA'IB AHL AL-HAQ; a.k.a. ASA'IB AHL AL-HAQ MIN AL-IRAQ; a.k.a. ASA'IB AHL AL-HAQQ; a.k.a. ASAIB AL HAQ; a.k.a. KHAZALI SPECIAL GROUP; a.k.a. KHAZALI SPECIAL GROUPS NETWORK; a.k.a. LEAGUE OF THE RIGHTEOUS; a.k.a. QAZALI NETWORK; a.k.a. "AAH"; a.k.a. "THE MISSIONARY CURRENT"; a.k.a. "THE PEOPLE OF THE CAVE"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

KHAZALI SPECIAL GROUP (a.k.a. AL-TAYAR AL-RISALI; a.k.a. ASA'IB AHL AL-HAQ; a.k.a. ASA'IB AHL AL-HAQ MIN AL-IRAQ; a.k.a. ASA'IB AHL AL-HAQQ; a.k.a. ASAIB AL HAQ; a.k.a. KHAZALI NETWORK; a.k.a. KHAZALI SPECIAL GROUPS NETWORK; a.k.a. LEAGUE OF THE RIGHTEOUS; a.k.a. QAZALI NETWORK; a.k.a. "AAH"; a.k.a. "THE MISSIONARY CURRENT"; a.k.a. "THE PEOPLE OF THE CAVE"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

KHAZALI SPECIAL GROUPS NETWORK (a.k.a. AL-TAYAR AL-RISALI; a.k.a. ASA'IB AHL AL-HAQ; a.k.a. ASA'IB AHL AL-HAQ MIN AL-IRAQ; a.k.a. ASA'IB AHL AL-HAQQ; a.k.a. ASAIB AL HAQ; a.k.a. KHAZALI NETWORK; a.k.a. KHAZALI SPECIAL GROUP; a.k.a. LEAGUE OF THE RIGHTEOUS; a.k.a. QAZALI NETWORK; a.k.a. "AAH"; a.k.a. "THE MISSIONARY CURRENT"; a.k.a. "THE PEOPLE OF THE CAVE"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

KHAZAR SEA SHIPPING LINES (Cyrillic: ХАЗАР СИ ШИППИНГ ЛАЙНЗ) (a.k.a. DARYA-YE KHAZAR SHIPPING LINES), Shahid Mostafa Khomeini Street, Ghazian Street, PO Box 43145/1711-324, Bandar Azali 4315671145, Iran; Mostafa Khomeini St. Ghazian, PO BOX

4315671145, Anzali Free Zone, Iran; 4/1 Savushkina Street, Astrakhan 414056, Russia; Website www.khazarshipping.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024. [IRAN] [RUSSIA-EO14024].

KHAZAR STEEL CO. (a.k.a. KHAZAR STEEL ROLLING), Rasht, Rasht Industrial City, at the end of Madras Boulevard, Rasht, Iran; Valiasr Str., after Dastgardi, at the beginning of Nasri Alley, No. 2551, Tehran 196864311, Iran; Rasht, Iran; No. 4, 3rd. Alley, Niloofar St., Khorram Shahr St., Tehran 1968643111, Iran; Website www.khazarsteel.co; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102629319 (Iran); Registration Number 221659 (Iran) [IRAN-EO13871].

KHAZAR STEEL ROLLING (a.k.a. KHAZAR STEEL CO.), Rasht, Rasht Industrial City, at the end of Madras Boulevard, Rasht, Iran; Valiasr Str., after Dastgardi, at the beginning of Nasri Alley, No. 2551, Tehran 196864311, Iran; Rasht, Iran; No. 4, 3rd. Alley, Niloofar St., Khorram Shahr St., Tehran 1968643111, Iran; Website www.khazarsteel.co; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102629319 (Iran); Registration Number 221659 (Iran) [IRAN-EO13871].

KHAZE, Karim (a.k.a. LIU, Jhon; a.k.a. OMAR, Asem; a.k.a. ZAHEDI, Mostafa; a.k.a. "IBRAHIM, Mohammad"; a.k.a. "IBRAHIM, Mohammed"); DOB 29 Jun 1978; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

KHAZEIN, Mahmoud (Arabic: محمود خاضعين), Iran; DOB 21 Nov 1978; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0067024564 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KHAZRA COMMUNICATIONS TECHNOLOGY SOLUTIONS (Arabic: شرکت راهیابان فناوری ارتباطات خضراء) (a.k.a. KHAZRA ERTEBAT CO; a.k.a. KHAZRA ERTEBATAT FANAVARI RAHYABAN; a.k.a. RAHIABAN FANAVARI ERTEBATAT KHAZRA), Unit 2, Second Floor, Number 58, Shahid Ismaeili Shakiyabi Sharghi Street, 37th Street, Narmak, Central Sector, Tehran District, Tehran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary

Sanctions; National ID No. 10103966853 (Iran); Registration Number 349085 (Iran) [NPWMD] [IFSR] (Linked To: SHIRAZ ELECTRONICS INDUSTRIES).

KHAZRA ERTEBAT CO (a.k.a. KHAZRA COMMUNICATIONS TECHNOLOGY SOLUTIONS (Arabic: شرکت راهيابان فناوری ارتباطات خضراء); a.k.a. KHAZRA ERTEBATAT FANAVARI RAHYABAN; a.k.a. RAHIABAN FANAVARI ERTEBATAT KHAZRA), Unit 2, Second Floor, Number 58, Shahid Ismaeili Shakiyabi Sharghi Street, 37th Street, Narmak, Central Sector, Tehran District, Tehran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103966853 (Iran); Registration Number 349085 (Iran) [NPWMD] [IFSR] (Linked To: SHIRAZ ELECTRONICS INDUSTRIES).

KHAZRA ERTEBATAT FANAVARI RAHYABAN (a.k.a. KHAZRA COMMUNICATIONS TECHNOLOGY SOLUTIONS (Arabic: شرکت راهيابان فناوری ارتباطات خضراء); a.k.a. KHAZRA ERTEBAT CO; a.k.a. RAHIABAN FANAVARI ERTEBATAT KHAZRA), Unit 2, Second Floor, Number 58, Shahid Ismaeili Shakiyabi Sharghi Street, 37th Street, Narmak, Central Sector, Tehran District, Tehran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103966853 (Iran); Registration Number 349085 (Iran) [NPWMD] [IFSR] (Linked To: SHIRAZ ELECTRONICS INDUSTRIES).

KHAZUEVA, Fatima Shaykhievna (Cyrillic: ХАЗУЕВА, Фатима Шайхиевна), Republic of Chechnya, Russia; Moscow, Russia; DOB 26 Jun 1991; POB Makhkety, Vedensky District, Republic of Chechnya, Russia; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: KADYROV, Ramzan Akhmatovich).

KHEDMATI AND COMPANY JOINT PARTNERSHIP (a.k.a. JOINT PARTNERSHIP OF MOHAMMADREZA KHEDMATI AND ASSOCIATES); Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 14006467155 (Iran); Registration ID 503586 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: VALADZAGHARD, Mohammadreza Khedmati; Linked To: KHODA'I, Mohammad Hasan).

KHEDRI JAHAN DARYA CO (a.k.a. KHEDRI JAHAN DARYA SHIPPING PORT COMMERCIAL COMPANY), 1st Floor No. 11 Before Davood Eslami Street Junction Gilane Gharbi Street, 2nd Boostan Street, Pasdaran Street, Tehran, Tehran Province 1664867853, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number IMO 4213219 [SDGT] [IFSR] (Linked To: KHEDRI, Abdolhossein).

KHEDRI JAHAN DARYA SHIPPING PORT COMMERCIAL COMPANY (a.k.a. KHEDRI JAHAN DARYA CO), 1st Floor No. 11 Before Davood Eslami Street Junction Gilane Gharbi Street, 2nd Boostan Street, Pasdaran Street, Tehran, Tehran Province 1664867853, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number IMO 4213219 [SDGT] [IFSR] (Linked To: KHEDRI, Abdolhossein).

KHEDRI, Abdolhossein (a.k.a. KHEDRI, Abdolhossein Heid; a.k.a. KHEDRI, Abdul Hossein; a.k.a. KHODRI, Abed Al Hsein Heid), Iran; DOB May 1971; POB Bushehr Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KHEDRI, Abdolhossein Heid (a.k.a. KHEDRI, Abdolhossein; a.k.a. KHEDRI, Abdul Hossein; a.k.a. KHODRI, Abed Al Hsein Heid), Iran; DOB May 1971; POB Bushehr Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KHEDRI, Abdul Hossein (a.k.a. KHEDRI, Abdolhossein; a.k.a. KHEDRI, Abdolhossein Heid; a.k.a. KHODRI, Abed Al Hsein Heid), Iran; DOB May 1971; POB Bushehr Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC

REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KHEIROU, Amada Ould (a.k.a. EL KHAIRY, Hamad; a.k.a. KHAIRY, Abderrahmane Ould Mohamed Lemine Ould Mohamed; a.k.a. KHEIROU, Hamada Ould Mohamed; a.k.a. "QUMQUM, Abou"); DOB 1970; POB Nouakchott, Mauritania; nationality Mauritania; alt. nationality Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A1447120 (Mali) expires 19 Oct 2011; Identification Number 47911 (Mali) issued 17 Oct 2006 (individual) [SDGT].

KHEIROU, Hamada Ould Mohamed (a.k.a. EL KHAIRY, Hamad; a.k.a. KHAIRY, Abderrahmane Ould Mohamed Lemine Ould Mohamed; a.k.a. KHEIROU, Amada Ould; a.k.a. "QUMQUM, Abou"); DOB 1970; POB Nouakchott, Mauritania; nationality Mauritania; alt. nationality Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A1447120 (Mali) expires 19 Oct 2011; Identification Number 47911 (Mali) issued 17 Oct 2006 (individual) [SDGT].

KHEIRULLAH, Haji (a.k.a. BARAKZAI, Haji Khairullah; a.k.a. KARIMULLAH, Haji; a.k.a. KHAIRULLAH, Haji; a.k.a. KHERULLAH, Haji; a.k.a. MOHAMMAD, Hajji Khair; a.k.a. ULLAH, Haji Khair), Abdul Manan Chowk, Pashtunabad, Quetta, Pakistan; DOB 1965; POB Zumbaleh Village, Nahr-e Saraj District, Helmand Province, Afghanistan; alt. POB Qal'ah Abdulla, Pakistan; alt. POB Mirmadaw Village, Gereshk District, Helmand Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BP4199631 (Pakistan) expires 25 Jun 2014; National ID No. 5440005229635 (Pakistan) (individual) [SDGT] (Linked To: TALIBAN; Linked To: HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE).

KHEITI HOLDING GROUP (a.k.a. KHITI HOLDING COMPANY; a.k.a. KHITI HOLDING GROUP (Arabic: مجموعة خيتي القابضة); a.k.a. KHITI HOLDING PRIVATE JSC), Mazzeh Highway, Damascus, Syria; Mashroa Domar, Damascus, Syria; Website www.khaitiholding.com; alt. Website www.khitiholding.com; Organization Established Date 2018; Organization Type: Activities of holding companies [PAARSSR-EO13894] (Linked To: KHITI, Amer Taysir).

KHEITI, Amer Tayseer (a.k.a. KHEITI, Amer Taysir; a.k.a. KHITI, Amer Taysir (Arabic: عامر تيسير خيتي)), Damascus, Syria; DOB 31 Jul 1980; POB Douma, Syria; nationality Syria; alt. nationality Sudan; Gender Male (individual) [PAARSSR-EO13894].

KHEITI, Amer Taysir (a.k.a. KHEITI, Amer Tayseer; a.k.a. KHITI, Amer Taysir (Arabic: عامر تيسير خيتي)), Damascus, Syria; DOB 31 Jul 1980; POB Douma, Syria; nationality Syria; alt. nationality Sudan; Gender Male (individual) [PAARSSR-EO13894].

KHEKMATIYAR, Gulbuddin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HEKMETYAR, Gulbudin; a.k.a. HIKMETYAR, Golboddin), Iran; DOB 01 Aug 1949; POB Konduz Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHERSONTSEV, Aleksey Igorevich (Cyrillic: ХЕРСОНЦЕВ, Алексей Игоревич) (a.k.a. KHERSONTSEV, Alexey Ihorovych), Moscow, Russia; DOB 21 Aug 1980; POB Lesnoy, Sverdlovsk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 663004268009 (Russia) (individual) [RUSSIA-EO14024].

KHERSONTSEV, Alexey Ihorovych (a.k.a. KHERSONTSEV, Aleksey Igorevich (Cyrillic: ХЕРСОНЦЕВ, Алексей Игоревич)), Moscow, Russia; DOB 21 Aug 1980; POB Lesnoy, Sverdlovsk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 663004268009 (Russia) (individual) [RUSSIA-EO14024].

KHERULLAH, Haji (a.k.a. BARAKZAI, Haji Khairullah; a.k.a. KARIMULLAH, Haji; a.k.a. KHAIRULLAH, Haji; a.k.a. KHEIRULLAH, Haji; a.k.a. MOHAMMAD, Hajji Khair; a.k.a. ULLAH, Haji Khair), Abdul Manan Chowk, Pashtunabad, Quetta, Pakistan; DOB 1965; POB Zumbaleh Village, Nahr-e Saraj District, Helmand Province, Afghanistan; alt. POB Qal'ah Abdulla, Pakistan; alt. POB Mirmadaw Village, Gereshk District, Helmand Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BP4199631 (Pakistan) expires 25 Jun 2014; National ID No. 5440005229635 (Pakistan) (individual) [SDGT]

(Linked To: TALIBAN; Linked To: HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE).

KHESHAIBAN, Fahad H.A. (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHESHAYBAN, Fahad H.A. (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHESOUANI, George (a.k.a. AL HASAWANI, George; a.k.a. HASAWANI, George; a.k.a. HASWANI, George; a.k.a. HASWANI, Jurj; a.k.a. HESSWANI, Georges; a.k.a. HESWANI, George; a.k.a. HEWANI, George; a.k.a. KHESOUANI, Georges), Syria; DOB 26 Sep 1946; POB Yabrud, Syria; nationality Syria; alt. nationality Russia; Gender Male (individual) [PAARSSR-EO13894].

KHESOUANI, Georges (a.k.a. AL HASAWANI, George; a.k.a. HASAWANI, George; a.k.a. HASWANI, George; a.k.a. HASWANI, Jurj;

a.k.a. HESSWANI, Georges; a.k.a. HESWANI, George; a.k.a. HEWANI, George; a.k.a. KHESOUANI, George), Syria; DOB 26 Sep 1946; POB Yabrud, Syria; nationality Syria; alt. nationality Russia; Gender Male (individual) [PAARSSR-EO13894].

KHEYBAR COMPANY (a.k.a. KHAYBAR COMPANY; a.k.a. KHAYBARCO; a.k.a. SHERKAT SAHAMI KHASS KHAYBAR), No 97, Ghaem Magham Farahani Ave, Tehran 1589653313, Iran; PO Box 15815-1966, Tehran, Iran; Website www.khaybarco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Chamber of Commerce Number 11047591 (Iran); Registration Number 63383 (Iran) [IRAN].

KHFEEF, Aqeil Mftine (a.k.a. AL BAIDHANI, Aqeel; a.k.a. AL BAIDHANI, Aqeel Meften Khafeef (Arabic: عقيل مفتن خفيف البيضاني); a.k.a. ALBAIDHANI, Aqeel; a.k.a. AL-BAYDANI, Aqeil Mftine Khfeef), Baghdad, Iraq; DOB 14 Feb 1979; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A10904401 (Iraq) expires 05 Feb 2024; alt. Passport D1024435 (Iraq) expires 18 Jan 2025; alt. Passport A16949890 (Iraq) expires 20 Oct 2027; alt. Passport B12992004 (Iraq) expires 03 Apr 2032; National ID No. 01953961 (Iraq); alt. National ID No. 1979652754854 (Iraq) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KHIABANI, Hossein Modarres (Arabic: حسين مدرس خياباني), Sistan and Baluchistan, Iran; DOB Mar 1968 to Mar 1969; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Governor of Sistan and Baluchistan province (individual) [IRAN-HR].

KHIABANI, Mohammad Reza Modarres, Iran; DOB 30 Jul 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY

OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e) (individual) [IFCA] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

KHIDR, Isa, Syria; DOB 27 Jan 1969; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

KHIMICH, Marat (a.k.a. ISMAGILOV, Marat Maratovich; a.k.a. SAVELOV, Marat Maratovich; a.k.a. SAVELOV-HIMICH, Marat), Austria; Singapore; 16 Malakhitovaya St, Apt 5, Novinki, Moscow 123103, Russia; DOB 15 Dec 1979; POB Grozny, Russia; nationality Russia; alt. nationality Israel; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 725260121 (Russia) issued 04 Jul 2013 expires 04 Jul 2023; alt. Passport 753383048 (Russia) issued 30 Jun 2016 expires 30 Jun 2026; alt. Passport 32395882 (Israel) issued 16 May 2018 expires 15 May 2023; National ID No. 4508457970 (Russia); alt. National ID No. 345133367 (Israel) (individual) [RUSSIA-EO14024].

KHIMINA, Yelena; DOB 11 Sep 1953; POB Moscow, Russia (individual) [MAGNIT].

KHIMMASHBANK (a.k.a. JSC TINKOFF BANK; a.k.a. T-BANK; a.k.a. TINKOFF CREDIT SYSTEMS BANK CLOSED JOINT STOCK COMPANY), Ul. 2nd Khutorskaya, 38A, building 26, Moscow 127287, Russia; SWIFT/BIC TICSRUMM; Website www.tinkoff.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Tax ID No. 7710140679 (Russia); Identification Number TQWL8F.99999.SL.643 (Russia); Legal Entity Number 2534000KL0PLD6KG7T76; Registration Number 1027739642281 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

KHIMTREID (a.k.a. LIMITED LIABILITY COMPANY HIMTREYD), Ul. Dekabristov D. 115, Pomeshch. 39, Kazan 420034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1661034040 (Russia); Registration Number 1121690069082 (Russia) [RUSSIA-EO14024].

KHINE, Daw Thet Thet (a.k.a. KHAING, Thet Thet; a.k.a. KHINE, Thet Thet), 127A Dhamazadei Road, Kamayut, Rangoon, Burma; DOB 19 Aug 1967; POB Mogok, Burma; nationality Burma; citizen Burma; Gender Female; Passport MB132403 (Burma) issued 07 May 2015 expires 06 May 2020; National ID No. 9MAKANAN034200 (Burma); Minister of Social Welfare, Relief, and Resettlement (individual) [BURMA-EO14014].

KHINE, Oo Oo (a.k.a. "OO OO KHINE"; a.k.a. "U OO OO KHINE"), c/o YANGON AIRWAYS COMPANY LIMITED, Rangoon, Burma; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; 15 Bongyi Street, Lanmadaw Township, Rangoon, Burma; Passport A056782 (Burma); National ID No. 009016 (Burma) (individual) [SDNTK].

KHINE, Thet Thet (a.k.a. KHAING, Thet Thet; a.k.a. KHINE, Daw Thet Thet), 127A Dhamazadei Road, Kamayut, Rangoon, Burma; DOB 19 Aug 1967; POB Mogok, Burma; nationality Burma; citizen Burma; Gender Female; Passport MB132403 (Burma) issued 07 May 2015 expires 06 May 2020; National ID No. 9MAKANAN034200 (Burma); Minister of Social Welfare, Relief, and Resettlement (individual) [BURMA-EO14014].

KHINSHTEIN, Alexander Evseyevich (Cyrillic: ХИНШТЕЙН, Александр Евсеевич), Russia; DOB 26 Oct 1974; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KHITI HOLDING COMPANY (a.k.a. KHEITI HOLDING GROUP; a.k.a. KHITI HOLDING GROUP (Arabic: مجموعة خيتي القابضة); a.k.a. KHITI HOLDING PRIVATE JSC), Mazzeh Highway, Damascus, Syria; Mashroa Domar, Damascus, Syria; Website www.khaitiholding.com; alt. Website www.khitiholding.com; Organization Established Date 2018; Organization Type: Activities of holding companies [PAARSSR-EO13894] (Linked To: KHITI, Amer Taysir).

KHITI HOLDING GROUP (Arabic: مجموعة خيتي القابضة) (a.k.a. KHEITI HOLDING GROUP; a.k.a. KHITI HOLDING COMPANY; a.k.a. KHITI HOLDING PRIVATE JSC), Mazzeh Highway, Damascus, Syria; Mashroa Domar, Damascus, Syria; Website www.khaitiholding.com; alt. Website www.khitiholding.com; Organization Established Date 2018; Organization Type:

Activities of holding companies [PAARSSR-EO13894] (Linked To: KHITI, Amer Taysir).

KHITI HOLDING PRIVATE JSC (a.k.a. KHEITI HOLDING GROUP; a.k.a. KHITI HOLDING COMPANY; a.k.a. KHITI HOLDING GROUP (Arabic: مجموعة خيتي القابضة)), Mazzeh Highway, Damascus, Syria; Mashroa Domar, Damascus, Syria; Website www.khaitiholding.com; alt. Website www.khitiholding.com; Organization Established Date 2018; Organization Type: Activities of holding companies [PAARSSR-EO13894] (Linked To: KHITI, Amer Taysir).

KHITI, Amer Taysir (Arabic: عامر تيسير خيتي) (a.k.a. KHEITI, Amer Tayseer; a.k.a. KHEITI, Amer Taysir), Damascus, Syria; DOB 31 Jul 1980; POB Douma, Syria; nationality Syria; alt. nationality Sudan; Gender Male (individual) [PAARSSR-EO13894].

KHIUS ULUSLARARASI TICARET VE LOJISTIK ANONIM SIRKETI, Ic Kapi No: 502 Blok No: 11 Yildirimlar Is Merkezi, Celiktepe Mah., Ismet Inonu Cad., Kagithane, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 440504-5 (Turkey) [RUSSIA-EO14024].

KHLEBNIKOV, Viacheslav (a.k.a. KHLEBNIKOV, Vyacheslav Georgievich); DOB 09 Jul 1967 (individual) [MAGNIT].

KHLEBNIKOV, Vyacheslav Georgievich (a.k.a. KHLEBNIKOV, Viacheslav); DOB 09 Jul 1967 (individual) [MAGNIT].

KHLOPONIN, Gleb Maksimovich (Cyrillic: ХЛОПОНИН, Глеб Максимович), 3 Pionerskaya Street, Apt 144, Zheleznodorozhny, Moscow Oblast 143987, Russia; DOB 16 Feb 1985; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 601302569578 (Russia) (individual) [RUSSIA-EO14024].

KHLYAKINA, Oksana Vladimirovna (Cyrillic: ХЛЯКИНА, Оксана Владимировна), Russia; DOB 28 Nov 1969; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KHODADADI, Soghra (Arabic: صغری خدادادی) (a.k.a. TAGHANAKE, Soghra Khodadadi; a.k.a. TAGHANAKI, Soghra Khodadadi), Varamin, Tehran, Iran; DOB 27 Mar 1971; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions;

Gender Female; Passport B50799950 (Iran) (individual) [CAATSA - IRAN].

KHODA'I, Mohammad Hasan (a.k.a. KALANTARI, Sajjad); DOB 21 Sep 1983; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 444-973367-3 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KHODAKOVSKIY, Aleksandr (a.k.a. KHODAKOVSKY, Alexander; a.k.a. KHODAKOVSKYY, Oleksandr Sergeyevich); DOB 18 Dec 1972; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KHODAKOVSKY, Alexander (a.k.a. KHODAKOVSKIY, Aleksandr; a.k.a. KHODAKOVSKYY, Oleksandr Sergeyevich); DOB 18 Dec 1972; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KHODAKOVSKYY, Oleksandr Sergeyevich (a.k.a. KHODAKOVSKIY, Aleksandr; a.k.a. KHODAKOVSKY, Alexander); DOB 18 Dec 1972; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KHODOTOV, Yevgeniy Garryevich (Cyrillic: ХОДОТОВ, Евгений Гаррьевич) (a.k.a. KHODOTOV, Yevgeny), Central African Republic; DOB 21 Mar 1964; POB Leningrad, Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 4008748289 (Russia) (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

KHODOTOV, Yevgeny (a.k.a. KHODOTOV, Yevgeniy Garryevich (Cyrillic: ХОДОТОВ, Евгений Гаррьевич)), Central African Republic; DOB 21 Mar 1964; POB Leningrad, Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 4008748289 (Russia) (individual) [UKRAINE-EO13661] [CYBER2]

[ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

KHODR, Abou Ali (a.k.a. Al-Jaja; a.k.a. BIN ALI, Khodr Taher (Arabic: خضر طاهر بن علي); a.k.a. KHODR, Abu Ali (Arabic: ابو علي خضر); a.k.a. TAHER, Khader Ali; a.k.a. TAHER, Kheder Ali; a.k.a. TAHER, Khider Ali; a.k.a. TAHER, Khodr Ali (Arabic: خضر علي طاهر); a.k.a. "AL-KHUDUR, Khudhur Taher"; a.k.a. "JIJEH, Abu Ali"), Damascus, Syria; Tartous, Syria; DOB 1976; POB Safita, Tartous, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

KHODR, Abu Ali (Arabic: ابو علي خضر) (a.k.a. Al-Jaja; a.k.a. BIN ALI, Khodr Taher (Arabic: خضر طاهر بن علي); a.k.a. KHODR, Abou Ali; a.k.a. TAHER, Khader Ali; a.k.a. TAHER, Kheder Ali; a.k.a. TAHER, Khider Ali; a.k.a. TAHER, Khodr Ali (Arabic: خضر علي طاهر); a.k.a. "AL-KHUDUR, Khudhur Taher"; a.k.a. "JIJEH, Abu Ali"), Damascus, Syria; Tartous, Syria; DOB 1976; POB Safita, Tartous, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

KHODRI, Abed Al Hsein Heid (a.k.a. KHEDRI, Abdolhossein; a.k.a. KHEDRI, Abdolhossein Heid; a.k.a. KHEDRI, Abdul Hossein), Iran; DOB May 1971; POB Bushehr Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KHODRO SANAT MOROJEN (a.k.a. MOTOJEN AUTO INDUSTRY COMPANY), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

KHOKHLOV, Andrei Vladimirovich, Russia; DOB 02 Jun 1980; POB Murom, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 503117548207 (Russia) (individual) [RUSSIA-EO14024] (Linked To: NOVASTREAM LIMITED; Linked To: RADIOAVTOMATIKA LLC).

KHOKHLOVA, Olga Nikolayevna (Cyrillic: ХОХЛОВА, Ольга Николаевна), Russia; DOB 18 Nov 1957; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of

the Russian Federation (individual) [RUSSIA-EO14024].

KHOKHLUN, Andrei Rostislavovich (a.k.a. KHOKHLUN, Andrey), Russia; DOB 04 Dec 1966; POB Tashkent, Uzbekistan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773501047190 (Russia) (individual) [RUSSIA-EO14024].

KHOKHLUN, Andrey (a.k.a. KHOKHLUN, Andrei Rostislavovich), Russia; DOB 04 Dec 1966; POB Tashkent, Uzbekistan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773501047190 (Russia) (individual) [RUSSIA-EO14024].

KHOLDING OKHRANNYKH STRUKTUR VOLK (a.k.a. DEFENSE HOLDING STRUCTURE 'WOLF'; a.k.a. HOLDING SECURITY STRUCTURE WOLF; a.k.a. WOLF HOLDING COMPANY; a.k.a. 'WOLF' HOLDING OF SECURITY STRUCTURES), ul. Panferova d. 18, Moscow 119261, Russia; Nizhniye Mnevniki, 110, Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7736640919 (Russia) [UKRAINE-EO13660].

KHOLDING VTB KAPITAL ZAKRYTOE AKTSIONERNOE OBSHCHESTVO (a.k.a. HOLDING VTB CAPITAL CJSC; a.k.a. VTB CAPITAL HOLDING CJSC; a.k.a. VTB CAPITAL HOLDING ZAO; a.k.a. VTB CAPITAL HOLDINGS CLOSED JOINT STOCK COMPANY; a.k.a. VTB CAPITAL HONG KONG LIMITED; a.k.a. VTB CAPITAL JSC), 12 Presnenskaya nab., Moscow 123100, Russia; 4th Lesnoy Pereulok 4, Capital Plaza, Moscow 125047, Russia; Room 410, Stolyarniy Pereulok 3, bld 34, Moscow 123022, Russia; Unit 2301, 23/F, Cheung Kong Center, 2 Queen's Road Central, Hong Kong; Website http://vtbcapital.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 1097746344596 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-

EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

KHOLDINGOVAYA KOMPANIYA INTERROS OOO (Cyrillic: ХОЛДИНГОВАЯ КОМПАНИЯ ИНТЕРРОС ООО) (a.k.a. HOLDING COMPANY INTERROS OOO; a.k.a. HOLDINGOVAYA KOMPANIYA INTERROS OOO), Ulitsa Yakimanka B., 9, Moscow 119180, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1994; Tax ID No. 7706419639 (Russia); Registration Number 1157746314274 (Russia) [RUSSIA-EO14024].

KHOLTSVUD LLC (a.k.a. HOLZVUD; a.k.a. KHOLTSVUD OOO (Cyrillic: ООО ХОЛЬЦВУД); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLTSVUD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛЬЦВУД)), Ul. Smirnovskaya D. 10, Str. 8, Kabinet 8, Moscow 109052, Russia (Cyrillic: Ул. Смирновская, Д. 10, Стр. 8, Каб. 8, Москва 109052, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Sep 2014; Registration ID 5147746070368 (Russia); Tax ID No. 7722854607 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

KHOLTSVUD OOO (Cyrillic: ООО ХОЛЬЦВУД) (a.k.a. HOLZVUD; a.k.a. KHOLTSVUD LLC; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLTSVUD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛЬЦВУД)), Ul. Smirnovskaya D. 10, Str. 8, Kabinet 8, Moscow 109052, Russia (Cyrillic: Ул. Смирновская, Д. 10, Стр. 8, Каб. 8, Москва 109052, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Sep 2014; Registration ID 5147746070368 (Russia); Tax ID No. 7722854607 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

KHOLV LUBRIKANTS RUS (a.k.a. HOLV LUBRICANTS RUS LLC), Ul. Poltavskaya D. 30, Pomeshch. 1, Nizhniy Novgorod 603089, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5262328687 (Russia); Registration Number 1155262016755 (Russia) [RUSSIA-EO14024].

KHOMEINI CHARITABLE FOUNDATION (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

KHOMEINI SOCIAL HELP COMMITTEE (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

KHOMENKO, Igor Vladimirovich, Russia; DOB 23 Aug 1968; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KHOMENKO, Tatyana Valentinovna, Russia; DOB 06 Jul 1969; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 500103405764 (Russia) (individual) [RUSSIA-EO14024].

KHOON GROUP LIMITED, Hong Kong, China; Business Registration Number 69884417 (Hong Kong) [TCO] (Linked To: CHEN, Zhi).

KHOR, Gleb Yakovlevich (Cyrillic: ХОР, Глеб Яковлевич), Russia; DOB 08 Apr 1963; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KHORAMABADI, Abdolsamad, Iran; DOB 01 Jul 1960; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-TRA].

KHORASAN AMMUNITION AND METALLURGY INDUSTRIES (a.k.a. KHORASAN METALLURGY INDUSTRIES; a.k.a. KHORASAN METALOGY INDUSTRIES; a.k.a. SANAYE METOLOGIE IRAN; a.k.a. THE METALLURGY INDUSTRIES OF KHORASAN), Khalaj Road, End of Seyedi Street, Mashad, Iran; P.O. Box 91735-549, Mashad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

KHORASAN METALLURGY INDUSTRIES (a.k.a. KHORASAN AMMUNITION AND METALLURGY INDUSTRIES; a.k.a. KHORASAN METALOGY INDUSTRIES; a.k.a. SANAYE METOLOGIE IRAN; a.k.a. THE METALLURGY INDUSTRIES OF KHORASAN), Khalaj Road, End of Seyedi Street, Mashad, Iran; P.O. Box 91735-549, Mashad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

KHORASAN METALOGY INDUSTRIES (a.k.a. KHORASAN AMMUNITION AND

METALLURGY INDUSTRIES; a.k.a. KHORASAN METALLURGY INDUSTRIES; a.k.a. SANAYE METOLOGIE IRAN; a.k.a. THE METALLURGY INDUSTRIES OF KHORASAN), Khalaj Road, End of Seyedi Street, Mashad, Iran; P.O. Box 91735-549, Mashad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

KHORASAN STEEL COMPANY (a.k.a. KHORASAN STEEL COMPLEX JOINT STOCK COMPANY), PO Box 91735-866, 27, Felestine Boulevard, Mashhad, Iran; Website www.khorasansteel.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 6581 (Iran) [IRAN-EO13871].

KHORASAN STEEL COMPLEX JOINT STOCK COMPANY (a.k.a. KHORASAN STEEL COMPANY), PO Box 91735-866, 27, Felestine Boulevard, Mashhad, Iran; Website www.khorasansteel.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 6581 (Iran) [IRAN-EO13871].

KHORASANI NIASARI, Mohammad (Arabic: محمد خراسانی نیاسری), Iran; DOB 15 Mar 1973; POB Tehran, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Y68396891 (Iran) expires 14 Aug 2029; National ID No. 0055693563 (Iran) (individual) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

KHORASHADIZADEH, Ali (a.k.a. "Iranvisacart"; a.k.a. "Mastercartaria"), Iran; DOB 21 Sep 1979; POB Tehran, Iran; nationality Iran; Email Address iranvisacart@yahoo.com; alt. Email Address mastercartaria@yahoo.com; alt. Email Address alikhorashadi@yahoo.com; alt. Email Address toppglasses@gmail.com; alt. Email Address iranian_boy5@yahoo.com; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT 149w62rY42aZBox8fGcmqNsXUzSStKeq8C; Passport T14553558 (Iran) issued 28 Oct 2008 expires 29 Oct 2013 (individual) [CYBER2].

KHORKINA, Darya Andreevna (a.k.a. KHORKINA, Darya Andreyevna (Cyrillic: ХОРКИНА, Дарья Андреевна); a.k.a. KHORKINA, Darya Andriivna), Russia; DOB 23 May 1989; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 501811794222 (Russia) (individual) [RUSSIA-EO14024].

KHORKINA, Darya Andreyevna (Cyrillic: ХОРКИНА, Дарья Андреевна) (a.k.a. KHORKINA, Darya Andreevna; a.k.a. KHORKINA, Darya Andriivna), Russia; DOB 23 May 1989; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 501811794222 (Russia) (individual) [RUSSIA-EO14024].

KHORKINA, Darya Andriivna (a.k.a. KHORKINA, Darya Andreevna; a.k.a. KHORKINA, Darya Andreyevna (Cyrillic: ХОРКИНА, Дарья Андреевна)), Russia; DOB 23 May 1989; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 501811794222 (Russia) (individual) [RUSSIA-EO14024].

KHOROKHORDIN, Oleg Leonidovich (Cyrillic: ХОРОХОРДИН, Олег Леонидович), Altay Republic, Russia; DOB 03 Apr 1972; POB Glushkina, Altay Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KHORONEKO, Vyacheslav Vasilyevich (Cyrillic: ХОРОНЕКО, Вячеслав Васильевич) (a.k.a. KHARANEKA, Viacheslau (Cyrillic: ХАРАНЕКА, Вячаслаў)), Minsk, Belarus; DOB 1964; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

KHOROSHAN MARITIME COMPANY (a.k.a. OGHYANOUS KHOROSHAN KISH; a.k.a. OGHYANOUS-E KHOROUSHAN-E KISH SHIPPING LINES), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

KHOROSHEV, Dmitrii Yuryevich (a.k.a. KHOROSHEV, Dmitriy Yurevich; a.k.a. KHOROSHEV, Dmitry Yuryevich; a.k.a. YURIEVICH, Dmitry; a.k.a. "LOCKBITSUPP"), Russia; DOB 17 Apr 1993; POB Russian Federation; nationality Russia; citizen Russia; Email Address khoroshev1@icloud.com; alt. Email Address sitedev5@yandex.ru; Gender Male; Digital Currency Address - XBT bc1qvhnfknw852ephxyc5hm4q520zmvf9maphe tc9z; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 2018278055 (Russia); alt. Passport 2006801524 (Russia); Tax ID No. 366110340670 (Russia) (individual) [CYBER2].

KHOROSHEV, Dmitriy Yurevich (a.k.a. KHOROSHEV, Dmitrii Yuryevich; a.k.a. KHOROSHEV, Dmitry Yuryevich; a.k.a. YURIEVICH, Dmitry; a.k.a. "LOCKBITSUPP"), Russia; DOB 17 Apr 1993; POB Russian Federation; nationality Russia; citizen Russia; Email Address khoroshev1@icloud.com; alt. Email Address sitedev5@yandex.ru; Gender Male; Digital Currency Address - XBT bc1qvhnfknw852ephxyc5hm4q520zmvf9maphe tc9z; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 2018278055 (Russia); alt. Passport 2006801524 (Russia); Tax ID No. 366110340670 (Russia) (individual) [CYBER2].

KHOROSHEV, Dmitry Yuryevich (a.k.a. KHOROSHEV, Dmitrii Yuryevich; a.k.a. KHOROSHEV, Dmitriy Yurevich; a.k.a. YURIEVICH, Dmitry; a.k.a. "LOCKBITSUPP"), Russia; DOB 17 Apr 1993; POB Russian Federation; nationality Russia; citizen Russia; Email Address khoroshev1@icloud.com; alt. Email Address sitedev5@yandex.ru; Gender Male; Digital Currency Address - XBT bc1qvhnfknw852ephxyc5hm4q520zmvf9maphe tc9z; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 2018278055 (Russia); alt. Passport 2006801524 (Russia); Tax ID No. 366110340670 (Russia) (individual) [CYBER2].

KHORRAM DEL, Hamid (a.k.a. KHORRAMDEL, Hamid (Arabic: حمید خرم دل)), Bagh Zahra Mehrgan 9 P 211, Bushehr, Iran; DOB 15 Jul 1973; POB Bushehr, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3500565093 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

KHORRAMDEL, Hamid (Arabic: حمید خرم دل) (a.k.a. KHORRAM DEL, Hamid), Bagh Zahra Mehrgan 9 P 211, Bushehr, Iran; DOB 15 Jul 1973; POB Bushehr, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3500565093 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

KHORS AIR (a.k.a. AVIAKOMPANIYA KHORS, TOV; a.k.a. KHORS AIRCOMPANY; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'AVIAKOMPANIYA 'KHORS'; a.k.a. "HORS AIRLINES LTD."), 60 Volunska Street, Kiev 03151, Ukraine; Bud. 34 Bul.Lesi Ukrainky, Kyiv 01133, Ukraine; Lesi

Ukraini Bulvar 34, Kiev 252133, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Government Gazette Number 04937956 (Ukraine) [SDGT] [IFSR].

KHORS AIRCOMPANY (a.k.a. AVIAKOMPANIYA KHORS, TOV; a.k.a. KHORS AIR; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'AVIAKOMPANIYA 'KHORS'; a.k.a. "HORS AIRLINES LTD."), 60 Volunska Street, Kiev 03151, Ukraine; Bud. 34 Bul.Lesi Ukrainky, Kyiv 01133, Ukraine; Lesi Ukraini Bulvar 34, Kiev 252133, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Government Gazette Number 04937956 (Ukraine) [SDGT] [IFSR].

KHORSHEVA, Nataliya (a.k.a. KHORSHEVA, Natalya; a.k.a. KHORSHEVA, Natalya Ivanovna), Luhansk, Ukraine; DOB 14 Jul 1972; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KHORSHEVA, Natalya (a.k.a. KHORSHEVA, Nataliya; a.k.a. KHORSHEVA, Natalya Ivanovna), Luhansk, Ukraine; DOB 14 Jul 1972; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KHORSHEVA, Natalya Ivanovna (a.k.a. KHORSHEVA, Nataliya; a.k.a. KHORSHEVA, Natalya), Luhansk, Ukraine; DOB 14 Jul 1972; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KHOSH GHADAM, Mehdi (a.k.a. KHOSHGHADAM, Mehdi (Arabic: مهدی خوش قدم)), A-1-5, Cita Damansara, PJU 3/27, Sunway Damansara, Petaling Jaya, Selangor 47810, Malaysia; Tehran, Iran; DOB 15 Dec 1983; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T19665422; National ID No. 0072155434 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARDAZAN SYSTEM NAMAD ARMAN).

KHOSHGHADAM, Mehdi (Arabic: مهدی خوش قدم) (a.k.a. KHOSH GHADAM, Mehdi), A-1-5, Cita Damansara, PJU 3/27, Sunway Damansara, Petaling Jaya, Selangor 47810, Malaysia; Tehran, Iran; DOB 15 Dec 1983; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T19665422; National ID No. 0072155434 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARDAZAN SYSTEM NAMAD ARMAN).

KHOSRAVI, Mohammad Hossein (Arabic: محمد حسین خسروی), Sistan and Baluchistan, Iran; DOB 23 Sep 1974; POB Birjand, South Khorasan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0653027761 (Iran); Director-General of Sistan and Baluchistan Province Prisons (individual) [IRAN-HR].

KHOSROWTAJ, Mojtaba; DOB 09 Nov 1952; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D9016371 (Iran) (individual) [IRAN].

KHOT, Arif Ibrahim, Mumbai, India; DOB 21 Aug 1970; POB Mumbai, India; nationality India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z6684898 (India) expires 10 Mar 2032 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

KHOTIMSKI, Dmitri Vladimirovich (a.k.a. KHOTIMSKIY, Dmitry Vladimirovich (Cyrillic: ХОТИМСКИЙ, Дмитрий Владимирович)), Berezhlovskaya naberejnaya 4, flat 75, Moscow, Russia; DOB 29 Jun 1973; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 751600476 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

KHOTIMSKI, Sergei Vladimirovich (a.k.a. KHOTIMSKIY, Sergey Vladimirovich; a.k.a. KHOTIMSKIY, Sergey Vladimirovich (Cyrillic: ХОТИМСКИЙ, Сергей Владимирович)), Victory Square 1, block B, flat 347, Moscow, Russia; DOB 12 Apr 1978; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 716765654 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

KHOTIMSKIY, Dmitry Vladimirovich (Cyrillic: ХОТИМСКИЙ, Дмитрий Владимирович) (a.k.a. KHOTIMSKI, Dmitri Vladimirovich), Berezhlovskaya naberejnaya 4, flat 75, Moscow, Russia; DOB 29 Jun 1973; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 751600476 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

KHOTIMSKIY, Sergey Vladimirovich (a.k.a. KHOTIMSKI, Sergei Vladimirovich; a.k.a. KHOTIMSKIY, Sergey Vladimirovich (Cyrillic: ХОТИМСКИЙ, Сергей Владимирович)), Victory Square 1, block B, flat 347, Moscow, Russia; DOB 12 Apr 1978; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 716765654 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

KHOTIMSKIY, Sergey Vladimirovich (Cyrillic: ХОТИМСКИЙ, Сергей Владимирович) (a.k.a. KHOTIMSKI, Sergei Vladimirovich; a.k.a. KHOTIMSKIY, Sergey Vladimirovich), Victory Square 1, block B, flat 347, Moscow, Russia; DOB 12 Apr 1978; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 716765654 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

KHOTSENKO, Vitaliy Pavlovich (Cyrillic: ХОЦЕНКО, Виталий Павлович) (a.k.a. HOTSENKO, Vitaly), Donetsk, Ukraine; DOB 18 Mar 1986; POB Dnepropetrovsk, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KHOTU TENT (a.k.a. LIMITED LIABILITY COMPANY HOTU TENT), Truda St., 1, Yakutsk 677000, Russia; Ul. Kirova D. 31/1, Kv. 92, Yakutsk 677027, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1435347144 (Russia); Registration Number 1191447014714 (Russia) [RUSSIA-EO14024].

KHOUIER, Hamama Ould (a.k.a. KOIYA, Hamza Ould; a.k.a. "MEHRI, Hamama"; a.k.a. "TABANKORT, Hamza"), Mali; DOB 1982; alt. DOB 1981; alt. DOB 1988; POB Tabankort, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886

(individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN; Linked To: AL-MULATHAMUN BATTALION).

KHOURI, Mudalal (a.k.a. KHOURY, Mudallal; a.k.a. KHURI, Mudalal; a.k.a. KHURI, Mudalal Mtanyus), Russia; DOB 18 Jun 1957; POB Khoms, Syria; nationality Russia; Gender Male (individual) [PAARSSR-EO13894].

KHOURY, Mudallal (a.k.a. KHOURI, Mudalal; a.k.a. KHURI, Mudalal; a.k.a. KHURI, Mudalal Mtanyus), Russia; DOB 18 Jun 1957; POB Khoms, Syria; nationality Russia; Gender Male (individual) [PAARSSR-EO13894].

KHOUZESTAN OXIN STEEL COMPANY (a.k.a. KHOZESTAN OXIN STEEL COMPANY; a.k.a. KHUZESTAN OXIN STEEL COMPANY; a.k.a. OXIN STEEL COMPANY), Bandar Imam Khomeini (Blk) Road, 10 KM, Ahvaz 61788-13111, Iran; Website www.oxinsteel.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 248247 (Iran) [IRAN-EO13871].

KHOUZESTAN PETROCHEMICAL COMPANY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

KHOUZESTAN STEEL COMPANY (a.k.a. KHUZESTAN STEEL COMPANY), 10th Km. of Ahwaz-Bahdar Imam Khomeini Road, Ahwaz, Iran; PO Box 1378, Ahvaz, Khuzestan 61788-13111, Iran; Website www.ksc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 3199 (Iran) [IRAN-EO13871].

KHOVALYG, Vladislav Tovarishchtayovich (Cyrillic: ХОВАЛЫГ, Владислав Товарищтайович), Tuva Republic, Russia; DOB 24 Dec 1967; POB Teeli, Tuva Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KHOVANSKAYA, Galina Petrovna (Cyrillic: ХОВАНСКАЯ, Галина Петровна), Russia; DOB 23 Aug 1943; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KHOWAR, Abdullah (a.k.a. AL-KHAWAR, Abdullah Ghalib Mahfuz Muslim; a.k.a. AL-KHOWAR, Abdullah; a.k.a. KHAWAR, Abdallah

Ghanim Mahfuz Muslim; a.k.a. KHAWAR, Abdullah Ghanem Mahfouz Muslim); DOB 17 Aug 1981; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 28163402296 (individual) [SDGT].

KHOZESTAN OXIN STEEL COMPANY (a.k.a. KHOUZESTAN OXIN STEEL COMPANY; a.k.a. KHUZESTAN OXIN STEEL COMPANY; a.k.a. OXIN STEEL COMPANY), Bandar Imam Khomeini (Blk) Road, 10 KM, Ahvaz 61788-13111, Iran; Website www.oxinsteel.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 248247 (Iran) [IRAN-EO13871].

KHRENIN, Victor (a.k.a. KHRENIN, Viktar Genadzevich (Cyrillic: ХРЭНІН, Віктар Генадзевіч); a.k.a. KHRENIN, Viktar Gienadzjevich; a.k.a. KHRENIN, Viktar Henadzevich (Cyrillic: ХРЭНІН, Віктар Генадзьевіч); a.k.a. KHRENIN, Viktor Gennadievich (Cyrillic: ХРЕНИН, Виктор Геннадьевич)), Minsk, Belarus; DOB 01 Aug 1971; POB Novogrudok, Grodno Region, Belarus; nationality Belarus; Gender Male; Passport KH2594621 (Belarus); National ID No. 3010871K003PB1 (Belarus) (individual) [BELARUS-EO14038].

KHRENIN, Viktar Genadzevich (Cyrillic: ХРЭНІН, Віктар Генадзевіч) (a.k.a. KHRENIN, Victor; a.k.a. KHRENIN, Viktar Gienadzjevich; a.k.a. KHRENIN, Viktar Henadzevich (Cyrillic: ХРЭНІН, Віктар Генадзьевіч); a.k.a. KHRENIN, Viktor Gennadievich (Cyrillic: ХРЕНИН, Виктор Геннадьевич)), Minsk, Belarus; DOB 01 Aug 1971; POB Novogrudok, Grodno Region, Belarus; nationality Belarus; Gender Male; Passport KH2594621 (Belarus); National ID No. 3010871K003PB1 (Belarus) (individual) [BELARUS-EO14038].

KHRENIN, Viktar Gienadzjevich (a.k.a. KHRENIN, Victor; a.k.a. KHRENIN, Viktar Genadzevich (Cyrillic: ХРЭНІН, Віктар Генадзевіч); a.k.a. KHRENIN, Viktar Henadzevich (Cyrillic: ХРЭНІН, Віктар Генадзьевіч); a.k.a. KHRENIN, Viktor Gennadievich (Cyrillic: ХРЕНИН, Виктор Геннадьевич)), Minsk, Belarus; DOB 01 Aug 1971; POB Novogrudok, Grodno Region, Belarus; nationality Belarus; Gender Male; Passport KH2594621 (Belarus); National ID No. 3010871K003PB1 (Belarus) (individual) [BELARUS-EO14038].

KHRENIN, Viktar Henadzevich (Cyrillic: ХРЭНІН, Віктар Генадзьевіч) (a.k.a. KHRENIN, Victor;

a.k.a. KHRENIN, Viktar Genadzevich (Cyrillic: ХРЭНІН, Віктар Генадзевіч); a.k.a. KHRENIN, Viktar Gienadzjevich; a.k.a. KHRENIN, Viktor Gennadievich (Cyrillic: ХРЕНИН, Виктор Геннадьевич)), Minsk, Belarus; DOB 01 Aug 1971; POB Novogrudok, Grodno Region, Belarus; nationality Belarus; Gender Male; Passport KH2594621 (Belarus); National ID No. 3010871K003PB1 (Belarus) (individual) [BELARUS-EO14038].

KHRENIN, Viktor Gennadievich (Cyrillic: ХРЕНИН, Виктор Геннадьевич) (a.k.a. KHRENIN, Victor; a.k.a. KHRENIN, Viktar Genadzevich (Cyrillic: ХРЭНІН, Віктар Генадзевіч); a.k.a. KHRENIN, Viktar Gienadzjevich; a.k.a. KHRENIN, Viktar Henadzevich (Cyrillic: ХРЭНІН, Віктар Генадзьевіч)), Minsk, Belarus; DOB 01 Aug 1971; POB Novogrudok, Grodno Region, Belarus; nationality Belarus; Gender Male; Passport KH2594621 (Belarus); National ID No. 3010871K003PB1 (Belarus) (individual) [BELARUS-EO14038].

KHRISTENKO, Viktor Borisovich (Cyrillic: ХРИСТЕНКО, Виктор Борисович), Moscow, Russia; DOB 28 Aug 1957; POB Chelyabinsk, Chelyabinsk Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 745301741951 (Russia) (individual) [RUSSIA-EO14024] (Linked To: GOLIKOVA, Tatyana Alekseyevna).

KHRISTOFOROV, Vasili (a.k.a. KHRISTOFOROV, Vasiliy Aleksandrovich (Cyrillic: ХРИСТОФОРОВ, ВАСИЛИЙ АЛЕКСАНДРОВИЧ); a.k.a. "VASYA VOSKRES"; a.k.a. "VOSKRES" (Cyrillic: "ВОСКРЕС")), Murjan 6 Sector, Tower D01-T03.1, Apartment 401, Dubai 39409, United Arab Emirates; 19 Berezovaya St., Apt. 152, Nizhny Novgorod, Russia; 2 Kommunalnaya Street, Vryazino, Shchelkovsky, Moscow, Russia; Apartment 2, House 4, Komsomolskaya Street, Fryazino Settlement, Moscow, Russia; DOB 12 Mar 1972; POB Dzerzhinsk, Nizhny Novgorod, Russia; nationality Russia; Gender Male; Passport 637186356 (Russia); alt. Passport 530266990 (Russia); alt. Passport 1175427; National ID No. 76481815 (United Arab Emirates); alt. National ID No. 2202546110 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KHRISTOFOROV, Vasiliy Aleksandrovich (Cyrillic: ХРИСТОФОРОВ, ВАСИЛИЙ АЛЕКСАНДРОВИЧ) (a.k.a. KHRISTOFOROV,

Vasili; a.k.a. "VASYA VOSKRES"; a.k.a. "VOSKRES" (Cyrillic: "ВОСКРЕС")), Murjan 6 Sector, Tower D01-T03.1, Apartment 401, Dubai 39409, United Arab Emirates; 19 Berezovaya St., Apt. 152, Nizhny Novgorod, Russia; 2 Kommunalnaya Street, Vryazino, Shchelkovsky, Moscow, Russia; Apartment 2, House 4, Komsomolskaya Street, Fryazino Settlement, Moscow, Russia; DOB 12 Mar 1972; POB Dzerzhinsk, Nizhny Novgorod, Russia; nationality Russia; Gender Male; Passport 637186356 (Russia); alt. Passport 530266990 (Russia); alt. Passport 1175427; National ID No. 76481815 (United Arab Emirates); alt. National ID No. 2202546110 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KHROMOS ENGINEERING (a.k.a. KHROMOS INZHINIRING), Lermontova street, house 16, Dzerzhinsk 606000, Russia; BTs Neo Geo, Butlerova street, house 17, Moscow 117342, Russia; Dzhebel Ali Industrial Zone 1, Street 95, Building 05, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5249111131 (Russia); Registration Number 1105249006235 (Russia) [RUSSIA-EO14024].

KHROMOS INZHINIRING (a.k.a. KHROMOS ENGINEERING), Lermontova street, house 16, Dzerzhinsk 606000, Russia; BTs Neo Geo, Butlerova street, house 17, Moscow 117342, Russia; Dzhebel Ali Industrial Zone 1, Street 95, Building 05, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5249111131 (Russia); Registration Number 1105249006235 (Russia) [RUSSIA-EO14024].

KHROMOV, Vladimir Viktorovich (Cyrillic: ХРОМОВ, Владимир Викторович), Russia; DOB 15 Aug 1977; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773605429838 (Russia) (individual) [RUSSIA-EO14024].

KHRTZ PAO (a.k.a. AKTSIONERNOE OBSHCHESTVO KHABAROVSKIY RADIOTEKHNICHESKIY ZAVOD; a.k.a. OAO KHRTZ; a.k.a. OJSC KHABAROVSK RADIO ENGINEERING PLANT; a.k.a. OPEN JOINT STOCK COMPANY KHABAROVSK RADIO ENGINEERING PLANT), D. 8 K. V, Per. Kedrovy, Khabarovsk 68004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

2723118304 (Russia); Registration Number 1092723002778 (Russia) [RUSSIA-EO14024].

KHRYAKOV, Aleksandr Vitaliyovych (a.k.a. KHRYAKOV, Alexander; a.k.a. KHRYAKOV, Alexander Vitaliyovych; a.k.a. KHRYAKOV, Alexandr; a.k.a. KHRYAKOV, Oleksandr; a.k.a. KHRYAKOV, Oleksandr Vitaliyovych), Donetsk, Ukraine; DOB 06 Nov 1958; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KHRYAKOV, Alexander (a.k.a. KHRYAKOV, Aleksandr Vitaliyovych; a.k.a. KHRYAKOV, Alexander Vitaliyovych; a.k.a. KHRYAKOV, Alexandr; a.k.a. KHRYAKOV, Oleksandr; a.k.a. KHRYAKOV, Oleksandr Vitaliyovych), Donetsk, Ukraine; DOB 06 Nov 1958; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KHRYAKOV, Alexander Vitaliyovych (a.k.a. KHRYAKOV, Aleksandr Vitaliyovych; a.k.a. KHRYAKOV, Alexander; a.k.a. KHRYAKOV, Alexandr; a.k.a. KHRYAKOV, Oleksandr; a.k.a. KHRYAKOV, Oleksandr Vitaliyovych), Donetsk, Ukraine; DOB 06 Nov 1958; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KHRYAKOV, Alexandr (a.k.a. KHRYAKOV, Aleksandr Vitaliyovych; a.k.a. KHRYAKOV, Alexander; a.k.a. KHRYAKOV, Alexander Vitaliyovych; a.k.a. KHRYAKOV, Oleksandr; a.k.a. KHRYAKOV, Oleksandr Vitaliyovych), Donetsk, Ukraine; DOB 06 Nov 1958; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KHRYAKOV, Oleksandr (a.k.a. KHRYAKOV, Aleksandr Vitaliyovych; a.k.a. KHRYAKOV, Alexander; a.k.a. KHRYAKOV, Alexander Vitaliyovych; a.k.a. KHRYAKOV, Alexandr; a.k.a. KHRYAKOV, Oleksandr Vitaliyovych), Donetsk, Ukraine; DOB 06 Nov 1958; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KHRYAKOV, Oleksandr Vitaliyovych (a.k.a. KHRYAKOV, Aleksandr Vitaliyovych; a.k.a. KHRYAKOV, Alexander; a.k.a. KHRYAKOV,

Alexander Vitaliyovych; a.k.a. KHRYAKOV, Alexandr; a.k.a. KHRYAKOV, Oleksandr), Donetsk, Ukraine; DOB 06 Nov 1958; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KHUBEZOV, Dmitry Anatolievich (Cyrillic: ХУБЕЗОВ, Дмитрий Анатольевич), Russia; DOB 20 Dec 1971; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KHUCHIEV, Muslim Magomedovich (Cyrillic: ХУЧИЕВ, Муслим Магомедович), Chechen Republic, Russia; DOB 05 Aug 1971; POB Zakan-Yurt, Achkhoy-Martan District, Chechen Republic, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771409546605 (Russia) (individual) [RUSSIA-EO14024].

KHUDAIBERGANOVA, Yulduz, Uzbekistan; DOB 1979; POB Urgench, Uzbekistan; nationality Uzbekistan; Gender Female (individual) [GLOMAG].

KHUDAMUL ISLAM (a.k.a. ARMY OF MOHAMMED; a.k.a. JAISH-E-MOHAMMED; a.k.a. JAISH-I-MOHAMMED; a.k.a. KHUDDAM-UL-ISLAM; a.k.a. KUDDAM E ISLAMI; a.k.a. MOHAMMED'S ARMY; a.k.a. TEHRIK UL-FURQAAN), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

KHUDDAM-UL-ISLAM (a.k.a. ARMY OF MOHAMMED; a.k.a. JAISH-E-MOHAMMED; a.k.a. JAISH-I-MOHAMMED; a.k.a. KHUDAMUL ISLAM; a.k.a. KUDDAM E ISLAMI; a.k.a. MOHAMMED'S ARMY; a.k.a. TEHRIK UL-FURQAAN), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

KHUM THAW COMPANY LIMITED, 261 Wichayanont Road, Chang Moi, Muang, Chiang Mai 50300, Thailand; Registration ID 0505535000804 (Thailand) issued 28 Feb 1992 [SDNTK].

KHUN SA (a.k.a. CHAN, Changtrakul; a.k.a. CHANG, Chi Fu; a.k.a. CHANG, Shi-Fu; a.k.a. CHANG, Xifu; a.k.a. CHANGTRAKUL, Chan); DOB 17 Feb 1933; alt. DOB 07 Jan 1932; alt.

DOB 12 Feb 1932; POB Burma (individual) [SDNTK].

KHUN, Saeng (a.k.a. CHANG, Ping Yun); DOB 07 Jan 1940; POB Burma (individual) [SDNTK].

KHURI, Imad Mtanyus; DOB 03 Oct 1964; nationality Syria; citizen Russia; Gender Male (individual) [PAARSSR-EO13894].

KHURI, Mudalal (a.k.a. KHOURI, Mudalal; a.k.a. KHOURY, Mudallal; a.k.a. KHURI, Mudalal Mtanyus), Russia; DOB 18 Jun 1957; POB Khoms, Syria; nationality Russia; Gender Male (individual) [PAARSSR-EO13894].

KHURI, Mudalal Mtanyus (a.k.a. KHOURI, Mudalal; a.k.a. KHOURY, Mudallal; a.k.a. KHURI, Mudalal), Russia; DOB 18 Jun 1957; POB Khoms, Syria; nationality Russia; Gender Male (individual) [PAARSSR-EO13894].

KHUSHAIBAN, Fahd (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KHUSHBU HONING PRIVATE LIMITED, F24/1 MIDC Shiroli, Kolhapur, Mahrashtra 416122, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 May 2020; Tax ID No. AAICK0855G (India); Registration Number U36990PN2020PTC190864 (India) [RUSSIA-EO14024].

KHUSHLAF, Mohamed (a.k.a. KASHLAF, Mohamed; a.k.a. KASHLAF, Mohammed Al Amin Al-Arabi (Arabic: محمد الأمين العربي كشلاف); a.k.a. KOSHLAF, Mohamed (Arabic: محمد كشلاف); a.k.a. KOSHLAF, Mohamed al-Aameen al-Arabi; a.k.a. "Al Qasseb"), Zawiya, Libya; DOB 12 Dec 1985; alt. DOB 02 Dec 1985; POB Zawiya, Libya; nationality Libya; Gender Male; Passport C17HLRL3 issued 30 Dec 2015 (individual) [LIBYA3].

KHUSNULLIN, Marat Shakirzyanovich (Cyrillic: ХУСНУЛЛИН, Марат Шакирзянович), Russia; DOB 09 Aug 1966; POB Kazan, Tatarstan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 165500496700 (Russia) (individual) [RUSSIA-EO14024].

KHUSYAYNOVA, Elena Alekseevna, St. Petersburg, Russia; DOB 17 Feb 1974; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 639092215 (Russia) (individual) [CYBER2] (Linked To: LIMITED LIABILITY COMPANY CONCORD MANAGEMENT AND CONSULTING).

KHUTAEV, Khusein (Cyrillic: ХУТАЕВ, Хусейн) (a.k.a. KHUTAEV, Khusein Merlovich (Cyrillic: ХУТАЕВ, Хусейн Мерлович); a.k.a. KHUTAEV, Khussein; a.k.a. KHUTAYEV, Hussein), Achkhoy-Martan, Chechen Republic, Russia; DOB 1975; POB Stavropol Territory, Russia; nationality Russia; Gender Male (individual) [MAGNIT].

KHUTAEV, Khusein Merlovich (Cyrillic: ХУТАЕВ, Хусейн Мерлович) (a.k.a. KHUTAEV, Khusein (Cyrillic: ХУТАЕВ, Хусейн); a.k.a. KHUTAEV, Khussein; a.k.a. KHUTAYEV, Hussein), Achkhoy-Martan, Chechen Republic, Russia; DOB 1975; POB Stavropol Territory, Russia; nationality Russia; Gender Male (individual) [MAGNIT].

KHUTAEV, Khussein (a.k.a. KHUTAEV, Khusein (Cyrillic: ХУТАЕВ, Хусейн); a.k.a. KHUTAEV, Khusein Merlovich (Cyrillic: ХУТАЕВ, Хусейн Мерлович); a.k.a. KHUTAYEV, Hussein), Achkhoy-Martan, Chechen Republic, Russia; DOB 1975; POB Stavropol Territory, Russia; nationality Russia; Gender Male (individual) [MAGNIT].

KHUTAYEV, Hussein (a.k.a. KHUTAEV, Khusein (Cyrillic: ХУТАЕВ, Хусейн); a.k.a. KHUTAEV, Khusein Merlovich (Cyrillic: ХУТАЕВ, Хусейн Мерлович); a.k.a. KHUTAEV, Khussein), Achkhoy-Martan, Chechen Republic, Russia; DOB 1975; POB Stavropol Territory, Russia; nationality Russia; Gender Male (individual) [MAGNIT].

KHUZESTAN KAVEH ALUMINUM COMPANY (a.k.a. KALCO ALUMINUM COMPANY; a.k.a. KAVE KHOZESTAN ALUMINIUM CO.; a.k.a. KAVEH ALUMINUM KHUZESTAN; a.k.a. KAVEH KHOZESTAN ALUMINIUM; a.k.a. KAVEH KHOZESTAN ALUMINIUM COMPANY; a.k.a. KAVEH KHOZESTAN ALUMINUM

COMPANY (Arabic: شرکت آلومینیوم کاوه خوزستان); a.k.a. "KALCO"), Building Alavi Golabi Street, Hafez Junction, Karimkhan Avenue, Tehran, Iran; Resalat Expressway, corner of Nelson Mandela Africa Blvd., Bonyad Complex, Tower 2, 9th Floor, Tehran, Iran; Website www.kalco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103583873 (Iran); Registration Number 321820 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

KHUZESTAN OXIN STEEL COMPANY (a.k.a. KHOUZESTAN OXIN STEEL COMPANY; a.k.a. KHOZESTAN OXIN STEEL COMPANY; a.k.a. OXIN STEEL COMPANY), Bandar Imam Khomeini (Blk) Road, 10 KM, Ahvaz 61788-13111, Iran; Website www.oxinsteel.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 248247 (Iran) [IRAN-EO13871].

KHUZESTAN STEEL COMPANY (a.k.a. KHOUZESTAN STEEL COMPANY), 10th Km. of Ahwaz-Bahdar Imam Khomeini Road, Ahwaz, Iran; PO Box 1378, Ahvaz, Khuzestan 61788-13111, Iran; Website www.ksc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 3199 (Iran) [IRAN-EO13871].

KHVOSHCH, Sergei Timofeevich (a.k.a. KHVOSHCH, Sergey Timofeyevich; a.k.a. KHVOSHCH, Serhiy Tymofiyovych), 11/1 - 121 Kosygina, St. Petersburg 195426, Russia; DOB 31 May 1951; POB Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780600994989 (Russia) (individual) [RUSSIA-EO14024].

KHVOSHCH, Sergey Timofeyevich (a.k.a. KHVOSHCH, Sergei Timofeevich; a.k.a. KHVOSHCH, Serhiy Tymofiyovych), 11/1 - 121 Kosygina, St. Petersburg 195426, Russia; DOB 31 May 1951; POB Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780600994989 (Russia) (individual) [RUSSIA-EO14024].

KHVOSHCH, Serhiy Tymofiyovych (a.k.a. KHVOSHCH, Sergei Timofeevich; a.k.a. KHVOSHCH, Sergey Timofeyevich), 11/1 - 121 Kosygina, St. Petersburg 195426, Russia; DOB 31 May 1951; POB Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID

No. 780600994989 (Russia) (individual) [RUSSIA-EO14024].

KIA NIROU (a.k.a. BLOCK NIROU SUN CO; a.k.a. BNSA CO; a.k.a. NEKA NOVIN; a.k.a. NEKU NIROU TAVAN CO; a.k.a. NIKSA NIROU), Unit 7, No. 12, 13th Street, Mir-Emad St., Motahary Avenue, Tehran 15875-6653, Iran; No. 2, 3rd Floor, Simorgh St., Dr. Shariati Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

KIBER SERVICE (a.k.a. KIBER SERVIS, OOO), Ul. Bolshaya Dekabrskaya D. 13, Pomeshch, I Kom 5b, Moscow 123022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Aug 2018; Tax ID No. 7725496205 (Russia); Business Registration Number 1187746748507 (Russia) [RUSSIA-EO14024].

KIBER SERVIS, OOO (a.k.a. KIBER SERVICE), Ul. Bolshaya Dekabrskaya D. 13, Pomeshch, I Kom 5b, Moscow 123022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Aug 2018; Tax ID No. 7725496205 (Russia); Business Registration Number 1187746748507 (Russia) [RUSSIA-EO14024].

KIBIRGE, Amigo (a.k.a. AMIGO, Mzee; a.k.a. AMIGO, Simba; a.k.a. KIBIRIGE, Amigo; a.k.a. MUHAMMAND, Kibirige), Congo, Democratic Republic of the; DOB 1975 to 1979; POB Masaka District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

KIBIRIGE, Amigo (a.k.a. AMIGO, Mzee; a.k.a. AMIGO, Simba; a.k.a. KIBIRGE, Amigo; a.k.a. MUHAMMAND, Kibirige), Congo, Democratic Republic of the; DOB 1975 to 1979; POB Masaka District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

KIBIS, Boris Borisovich; DOB 20 Nov 1977; nationality Russia (individual) [MAGNIT].

KIDANE, Amanuel (a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahman; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

KIDMA TECH OJSC (a.k.a. AAT KIDMA TEK (Cyrillic: ААТ КІДМА ТЭК); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA KIDMA TEK (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА КІДМА ТЭК); f.k.a. BSVT - NEW TECHNOLOGIES; f.k.a. BSVT-NT; a.k.a. OAO KIDMA TEK (Cyrillic: ОАО КИДМА ТЕК); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BSVT-NOVIYE TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БСВТ-НОВЫЕ ТЕХНОЛОГИИ); a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO KIDMA TEK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КИДМА ТЕК)), Room 20, Administrative Building 187, Soltysa St., Minsk 220070, Belarus; D. 5/1, Ustenskiy Selsovyet, Vitebskaya Oblast, Orshanskiy Rayon, Ag. Ustye 211003, Belarus (Cyrillic: Д. 5/1, Устенский сельсовет, Витебская Область, Оршанский Район, аг. Устье 211003, Belarus); Organization Established Date 18 Jul 2012; Registration Number 191607211 (Belarus) [BELARUS-EO14038].

KIDYAEV, Viktor Borisovich (Cyrillic: КИДЯЕВ, Виктор Борисович), Russia; DOB 09 Jul 1956; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KIFANE, Abderrahmane, Via S. Biagio, 32, Sant'Anastasia, Naples, Italy; Via S. Biagio, 35, Sant'Anastasia, Naples, Italy; DOB 07 Mar 1963; POB Casablanca, Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KIL, Jong Hun; DOB 20 Feb 1972; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472410022; KOMID Representative in Namibia (individual) [DPRK2].

KILIMNIK, Konstantin Viktorovich (Cyrillic: КИЛИМНИК, Константин Викторович), Moscow, Russia; Kyiv, Ukraine; DOB 27 Apr 1970; POB Kyiv, Ukraine; nationality Ukraine; citizen Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 752512703 (Russia) (individual) [UKRAINE-EO13660] [ELECTION-EO13848] (Linked To: YANUKOVYCH, Viktor Fedorovych).

KIM IL MILITARY UNIVERSITY (a.k.a. COMMAND AUTOMATION COLLEGE OF THE CHOSUN PEOPLE'S ARMY; a.k.a. KIM IL POLITICAL MILITARY UNIVERSITY; a.k.a. KIM IL SUNG MILITARY UNIVERSITY; a.k.a. KIM IL-SUNG UNIVERSITY AUTOMATION UNIVERSITY; a.k.a. MILITARY CAMP 144 OF THE KOREAN PEOPLE'S ARMY; a.k.a. MIRIM COLLEGE; a.k.a. MIRIM UNIVERSITY; a.k.a. NO. 144 MILITARY CAMP OF THE CHOSUN PEOPLE'S ARMY; a.k.a. PYONGYANG UNIVERSITY OF AUTOMATION; a.k.a. UNIVERSITY OF AUTOMATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 1981; Target Type Government Entity [DPRK2].

KIM IL POLITICAL MILITARY UNIVERSITY (a.k.a. COMMAND AUTOMATION COLLEGE OF THE CHOSUN PEOPLE'S ARMY; a.k.a. KIM IL MILITARY UNIVERSITY; a.k.a. KIM IL SUNG MILITARY UNIVERSITY; a.k.a. KIM IL-SUNG UNIVERSITY AUTOMATION UNIVERSITY; a.k.a. MILITARY CAMP 144 OF THE KOREAN PEOPLE'S ARMY; a.k.a. MIRIM COLLEGE; a.k.a. MIRIM UNIVERSITY; a.k.a. NO. 144 MILITARY CAMP OF THE CHOSUN PEOPLE'S ARMY; a.k.a. PYONGYANG UNIVERSITY OF AUTOMATION; a.k.a. UNIVERSITY OF AUTOMATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 1981; Target Type Government Entity [DPRK2].

KIM IL SUNG MILITARY UNIVERSITY (a.k.a. COMMAND AUTOMATION COLLEGE OF THE CHOSUN PEOPLE'S ARMY; a.k.a. KIM IL MILITARY UNIVERSITY; a.k.a. KIM IL POLITICAL MILITARY UNIVERSITY; a.k.a. KIM IL-SUNG UNIVERSITY AUTOMATION UNIVERSITY; a.k.a. MILITARY CAMP 144 OF THE KOREAN PEOPLE'S ARMY; a.k.a. MIRIM COLLEGE; a.k.a. MIRIM UNIVERSITY; a.k.a. NO. 144 MILITARY CAMP OF THE CHOSUN

PEOPLE'S ARMY; a.k.a. PYONGYANG UNIVERSITY OF AUTOMATION; a.k.a. UNIVERSITY OF AUTOMATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 1981; Target Type Government Entity [DPRK2].

KIM IL-SUNG UNIVERSITY AUTOMATION UNIVERSITY (a.k.a. COMMAND AUTOMATION COLLEGE OF THE CHOSUN PEOPLE'S ARMY; a.k.a. KIM IL MILITARY UNIVERSITY; a.k.a. KIM IL POLITICAL MILITARY UNIVERSITY; a.k.a. KIM IL SUNG MILITARY UNIVERSITY; a.k.a. MILITARY CAMP 144 OF THE KOREAN PEOPLE'S ARMY; a.k.a. MIRIM COLLEGE; a.k.a. MIRIM UNIVERSITY; a.k.a. NO. 144 MILITARY CAMP OF THE CHOSUN PEOPLE'S ARMY; a.k.a. PYONGYANG UNIVERSITY OF AUTOMATION; a.k.a. UNIVERSITY OF AUTOMATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 1981; Target Type Government Entity [DPRK2].

KIM, CHIN-SO'K (a.k.a. KIM, HYOK CHOL; a.k.a. KIM, TONG MYONG; a.k.a. KIM, Tong-Myo'ng; a.k.a. "KIM, JIN SOK"); DOB 1964; alt. DOB 28 Aug 1962; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290320764 (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

KIM, Chol (a.k.a. KIM, Ch'o'l), Dalian, China; DOB 27 Sep 1964; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea United Development Bank Representative (individual) [DPRK4].

KIM, Ch'o'l (a.k.a. KIM, Chol), Dalian, China; DOB 27 Sep 1964; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea United Development Bank Representative (individual) [DPRK4].

KIM, Chol Nam, Korea, North; DOB 19 Feb 1970; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563120238 (Korea, North); President of Korea Kumsan Trading Corporation (individual) [NPWMD] (Linked To: KOREA KUMSAN TRADING CORPORATION).

KIM, Chol Sam; DOB 11 Mar 1971; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Treasurer, Daedong Credit Bank (individual) [NPWMD].

KIM, Cho'ng-man (a.k.a. KIM, Jong Man), Korea, North; Zhuhai, China; DOB 16 Jul 1956; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 918320780; Korea United Development Bank representative (individual) [DPRK4].

KIM, Cho'ng-sik (a.k.a. KIM, Jong Sik), Korea, North; DOB 01 Jan 1967 to 31 Dec 1969; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Deputy Director of the Workers' Party of Korea Military Industry Department (individual) [DPRK2].

KIM, Chung Chong (a.k.a. KIM, Jung Jong), Vietnam; DOB 07 Nov 1966; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 199421147 (Korea, North) expires 29 Dec 2014; alt. Passport 381110042 (Korea, North) expires 25 Jan 2016; alt. Passport 563210184 (Korea, North) expires 18 Jun 2018; Tanchon Commercial Bank Representative in Vietnam (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

KIM, Geum Cheol (Korean: 김금철) (a.k.a. "KIM, Geum Chol"; a.k.a. "KIM, Kum-Chol"), Korea, North; DOB 1961; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; President of Pyongyang University of Automation (individual) [DPRK2].

KIM, Hak Song (a.k.a. KIM, Song Chol); DOB 26 Mar 1968; alt. DOB 15 Oct 1970; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654120219 (Korea, North) expires 24 Feb 2019; alt. Passport 381420565 (Korea, North) expires 23 Nov 2016 (individual) [NPWMD] (Linked To: KOREA MINING DEVELOPMENT TRADING CORPORATION).

KIM, Ho Gyu (a.k.a. KIM, Ho Kyu; a.k.a. KIM, Ho'-kyu; a.k.a. KIM, Ho-Kyu; a.k.a. PARK, Aleksei), Nakhodka, Russia; DOB 15 Sep 1970; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea Ryonbong General Corporation Official (individual) [DPRK2].

KIM, Ho Kyu (a.k.a. KIM, Ho Gyu; a.k.a. KIM, Ho'-kyu; a.k.a. KIM, Ho-Kyu; a.k.a. PARK, Aleksei), Nakhodka, Russia; DOB 15 Sep 1970; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea Ryonbong General Corporation Official (individual) [DPRK2].

KIM, Ho'-kyu (a.k.a. KIM, Ho Gyu; a.k.a. KIM, Ho Kyu; a.k.a. KIM, Ho-Kyu; a.k.a. PARK, Aleksei), Nakhodka, Russia; DOB 15 Sep 1970; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons

Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea Ryonbong General Corporation Official (individual) [DPRK2].

KIM, Ho-Kyu (a.k.a. KIM, Ho Gyu; a.k.a. KIM, Ho Kyu; a.k.a. KIM, Ho'-kyu; a.k.a. PARK, Aleksei), Nakhodka, Russia; DOB 15 Sep 1970; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea Ryonbong General Corporation Official (individual) [DPRK2].

KIM, Hyok Chol (a.k.a. KIM, Hyo'k-ch'o'l), Zhuhai, China; DOB 09 Jul 1978; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472235761 expires 06 Jun 2017; Korea United Development Bank representative (individual) [DPRK4].

KIM, HYOK CHOL (a.k.a. KIM, CHIN-SO'K; a.k.a. KIM, TONG MYONG; a.k.a. KIM, Tong-Myo'ng; a.k.a. "KIM, JIN SOK"); DOB 1964; alt. DOB 28 Aug 1962; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290320764 (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

KIM, Hyo'k-ch'o'l (a.k.a. KIM, Hyok Chol), Zhuhai, China; DOB 09 Jul 1978; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472235761 expires 06 Jun 2017; Korea United Development Bank representative (individual) [DPRK4].

KIM, Hyon U (a.k.a. DAVID, Andoson; a.k.a. HENNY, Watson; a.k.a. KIM, Hyon Woo; a.k.a. KIM, Hyon Wu; a.k.a. PAK, Ch'in-hyo'k; a.k.a. PAK, Jin Hek; a.k.a. PAK, Jin Hyok; a.k.a. PARK, Jin Hyok); DOB 15 Aug 1984; alt. DOB 18 Oct 1984; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or

Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290333974 (Korea, North) (individual) [DPRK3].

KIM, Hyon Woo (a.k.a. DAVID, Andoson; a.k.a. HENNY, Watson; a.k.a. KIM, Hyon U; a.k.a. KIM, Hyon Wu; a.k.a. PAK, Ch'in-hyo'k; a.k.a. PAK, Jin Hek; a.k.a. PAK, Jin Hyok; a.k.a. PARK, Jin Hyok); DOB 15 Aug 1984; alt. DOB 18 Oct 1984; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290333974 (Korea, North) (individual) [DPRK3].

KIM, Hyon Wu (a.k.a. DAVID, Andoson; a.k.a. HENNY, Watson; a.k.a. KIM, Hyon U; a.k.a. KIM, Hyon Woo; a.k.a. PAK, Ch'in-hyo'k; a.k.a. PAK, Jin Hek; a.k.a. PAK, Jin Hyok; a.k.a. PARK, Jin Hyok); DOB 15 Aug 1984; alt. DOB 18 Oct 1984; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290333974 (Korea, North) (individual) [DPRK3].

KIM, Il Nam (a.k.a. KIM, Il-Nam), Korea, North; DOB 09 Apr 1958; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Chief, South Hamgyong Province, Ministry of State Security (individual) [DPRK2].

KIM, Il-Nam (a.k.a. KIM, Il Nam), Korea, North; DOB 09 Apr 1958; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Chief, South Hamgyong Province, Ministry of State Security (individual) [DPRK2].

KIM, Jong Man (a.k.a. KIM, Cho'ng-man), Korea, North; Zhuhai, China; DOB 16 Jul 1956; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea

Sanctions Regulations section 510.214; Passport 918320780; Korea United Development Bank representative (individual) [DPRK4].

KIM, Jong Sik (a.k.a. KIM, Cho'ng-sik), Korea, North; DOB 01 Jan 1967 to 31 Dec 1969; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Deputy Director of the Workers' Party of Korea Military Industry Department (individual) [DPRK2].

KIM, Jong Un, Korea, North; DOB 08 Jan 1984; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Chairman of the Workers' Party of Korea (individual) [DPRK3].

KIM, Jung Jong (a.k.a. KIM, Chung Chong), Vietnam; DOB 07 Nov 1966; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 199421147 (Korea, North) expires 29 Dec 2014; alt. Passport 381110042 (Korea, North) expires 25 Jan 2016; alt. Passport 563210184 (Korea, North) expires 18 Jun 2018; Tanchon Commercial Bank Representative in Vietnam (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

KIM, Kang Jin (a.k.a. KIM, Kang-chin), Korea, North; DOB 22 Apr 1961; POB Pyongyang, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director, External Construction Bureau (individual) [DPRK2].

KIM, Kang-chin (a.k.a. KIM, Kang Jin), Korea, North; DOB 22 Apr 1961; POB Pyongyang, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations

section 510.214; Director, External Construction Bureau (individual) [DPRK2].

KIM, Ki Nam, Korea, North; DOB 28 Aug 1929; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director of the Workers' Party of Korea Propaganda and Agitation Department (individual) [DPRK2].

KIM, Kun, Cambodia; DOB 01 Jan 1954; POB Chan Toung Village, Sralap Commune, Tbaung Khmum District, Cambodia; Gender Male; Passport N0000259216 (Cambodia) expires 10 Jun 2025; alt. Passport D0002907 (Cambodia) (individual) [GLOMAG].

KIM, Kwang Chun; DOB 20 Apr 1967; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea Ryungseng Trading Corporation Representative in Shenyang, China (individual) [DPRK2].

KIM, Kwang Hyok, Burma; DOB 20 Apr 1970; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654210025 (Korea, North); Korean Mining Development Trading Corporation Representative in Burma (individual) [DPRK2] (Linked To: KOREA MINING DEVELOPMENT TRADING CORPORATION).

KIM, Kwang Yon; DOB 30 Jul 1966; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563210059 (individual) [DPRK2].

KIM, Kwang-Il, Beijing, China; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tanchon Commercial Bank Deputy Representative to Beijing, China (individual) [NPWMD].

KIM, Kyong Hak (a.k.a. KIM, Kyo'ng-hak), Zhuhai, China; DOB 27 Nov 1973; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654231856; Korea Ryonbong General Corporation Representative in Zhuhai, China (individual) [DPRK2].

KIM, Kyong Hyok (a.k.a. KIM, Kyo'ng-hyo'k), Shanghai, China; DOB 05 Nov 1985; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Cheil Credit Bank representative (individual) [DPRK4].

KIM, Kyong Il (a.k.a. KIM, Kyo'ng-il), Libya; DOB 01 Aug 1979; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 836210029; Foreign Trade Bank of the Democratic People's Republic of Korea deputy chief representative in Libya (individual) [DPRK2].

KIM, Kyong Nam (a.k.a. KIM, Kyo'ng-Nam), Russia; DOB 11 Jul 1976; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Foreign Trade Bank of the Democratic People's Republic of Korea Representative in Russia (individual) [NPWMD] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

KIM, Kyong Ok, Korea, North; DOB 01 Jan 1937 to 31 Dec 1938; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; First Vice Director of the Organization and Guidance Department (individual) [DPRK2].

KIM, Kyo'ng-hak (a.k.a. KIM, Kyong Hak), Zhuhai, China; DOB 27 Nov 1973; nationality Korea, North; Secondary sanctions risk: North

Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654231856; Korea Ryonbong General Corporation Representative in Zhuhai, China (individual) [DPRK2].

KIM, Kyo'ng-hyo'k (a.k.a. KIM, Kyong Hyok), Shanghai, China; DOB 05 Nov 1985; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Cheil Credit Bank representative (individual) [DPRK4].

KIM, Kyo'ng-il (a.k.a. KIM, Kyong Il), Libya; DOB 01 Aug 1979; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 836210029; Foreign Trade Bank of the Democratic People's Republic of Korea deputy chief representative in Libya (individual) [DPRK2].

KIM, Kyo'ng-Nam (a.k.a. KIM, Kyong Nam), Russia; DOB 11 Jul 1976; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Foreign Trade Bank of the Democratic People's Republic of Korea Representative in Russia (individual) [NPWMD] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

KIM, Kyu; DOB 30 Jul 1968; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; KOMID External Affairs Officer (individual) [DPRK2].

KIM, Lidia (a.k.a. KIM, Lidia Egorovna; a.k.a. KIM, Lidiia; a.k.a. KIM, Lidiya); DOB 23 Mar 1955; citizen Kyrgyzstan; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02NO133036

(Russia); alt. Passport AN1912357 (individual) [SDGT] [IFSR].

KIM, Lidia Egorovna (a.k.a. KIM, Lidia; a.k.a. KIM, Lidiia; a.k.a. KIM, Lidiya); DOB 23 Mar 1955; citizen Kyrgyzstan; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02NO133036 (Russia); alt. Passport AN1912357 (individual) [SDGT] [IFSR].

KIM, Lidiia (a.k.a. KIM, Lidia; a.k.a. KIM, Lidia Egorovna; a.k.a. KIM, Lidiya); DOB 23 Mar 1955; citizen Kyrgyzstan; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02NO133036 (Russia); alt. Passport AN1912357 (individual) [SDGT] [IFSR].

KIM, Lidiya (a.k.a. KIM, Lidia; a.k.a. KIM, Lidia Egorovna; a.k.a. KIM, Lidiia); DOB 23 Mar 1955; citizen Kyrgyzstan; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 02NO133036 (Russia); alt. Passport AN1912357 (individual) [SDGT] [IFSR].

KIM, Man Chun (a.k.a. KIM, Man-ch'un), No. 567 Xinshi Street, Linjiang City, China; DOB 25 May 1966; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS654320308; Korea Ryonbong General Corporation Representative in Linjiang, China (individual) [DPRK2].

KIM, Man-ch'un (a.k.a. KIM, Man Chun), No. 567 Xinshi Street, Linjiang City, China; DOB 25 May 1966; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS654320308; Korea Ryonbong General Corporation Representative in Linjiang, China (individual) [DPRK2].

KIM, Min Chol, Vietnam; DOB 21 Sep 1967; POB North Korea; nationality Korea, North;

Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Diplomat at North Korean Embassy (individual) [DPRK2].

KIM, Mun Chol (a.k.a. KIM, Mun-ch'o'l), Dandong, China; DOB 25 Mar 1957; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea United Development Bank representative (individual) [DPRK3] (Linked To: KOREA UNITED DEVELOPMENT BANK).

KIM, Mun-ch'o'l (a.k.a. KIM, Mun Chol), Dandong, China; DOB 25 Mar 1957; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea United Development Bank representative (individual) [DPRK3] (Linked To: KOREA UNITED DEVELOPMENT BANK).

KIM, Myong Chol (a.k.a. KIM, Myo'ng-Ch'o'l), Paris, France; DOB 12 May 1972; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 836210080 (Korea, North) expires 14 May 2021 (individual) [DPRK3] (Linked To: SEK STUDIO).

KIM, Myong Gi (a.k.a. KO, Tae Hun); DOB 25 May 1972; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563120630 (Korea, North) expires 20 Mar 2018; Tanchon Commercial Bank Representative (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

KIM, Myong Jin (Korean: 김명진) (a.k.a. KIM, Myo'ng-chin), Beijing, China; DOB 18 Feb 1980; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and

510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK].

KIM, Myo'ng-chin (a.k.a. KIM, Myong Jin (Korean: 김명진)), Beijing, China; DOB 18 Feb 1980; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK].

KIM, Myo'ng-Ch'o'l (a.k.a. KIM, Myong Chol), Paris, France; DOB 12 May 1972; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 836210080 (Korea, North) expires 14 May 2021 (individual) [DPRK3] (Linked To: SEK STUDIO).

KIM, Nam Ung, Moscow, Russia; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654110043 (Korea, North); Ilsim International Bank representative (individual) [DPRK3] (Linked To: ILSIM INTERNATIONAL BANK).

KIM, Pyong Chan (a.k.a. KIM, Pyo'ng-ch'an), Korea, North; Zhuhai, China; DOB 09 Jun 1961; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Workers' Party of Korea Official (individual) [DPRK2].

KIM, Pyo'ng-ch'an (a.k.a. KIM, Pyong Chan), Korea, North; Zhuhai, China; DOB 09 Jun 1961; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Workers' Party of Korea Official (individual) [DPRK2].

KIM, Sang Man (Korean: 김상만) (a.k.a. KIM, Sangman), Russia; Korea, North; DOB 25 Apr 1965; POB North Pyongan Province, North Korea; nationality Korea, North; Gender Male;

Digital Currency Address - XBT 1D6gG9iKEhPitTcWRJiniuj1jYM2hNeAfJ; alt. Digital Currency Address - XBT 1FCNgfZWpYMeYhy9t18AAkTBu8AsdoAc1Z; Digital Currency Address - ETH 0x97b1043abd9e6fc31681635166d430a458d14f9c; alt. Digital Currency Address - ETH 0xb6f5ec1a0a9cd1526536d3f0426c429529471f40; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Digital Currency Address - USDT 0xb6f5ec1a0a9cd1526536d3f0426c429529471f40; Digital Currency Address - USDC 0xb6f5ec1a0a9cd1526536d3f0426c429529471f40; Passport 109420132 (Korea, North) issued 16 Oct 2019 expires 16 Oct 2024; alt. Passport 827220538 (Korea, North); alt. Passport 563220082 (Korea, North) (individual) [DPRK4].

KIM, Sang-ho, Yanji, China; DOB 16 May 1957; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563337601; Korea Daesong Bank representative (individual) [DPRK4].

KIM, Sangman (a.k.a. KIM, Sang Man (Korean: 김상만)), Russia; Korea, North; DOB 25 Apr 1965; POB North Pyongan Province, North Korea; nationality Korea, North; Gender Male; Digital Currency Address - XBT 1D6gG9iKEhPitTcWRJiniuj1jYM2hNeAfJ; alt. Digital Currency Address - XBT 1FCNgfZWpYMeYhy9t18AAkTBu8AsdoAc1Z; Digital Currency Address - ETH 0x97b1043abd9e6fc31681635166d430a458d14f9c; alt. Digital Currency Address - ETH 0xb6f5ec1a0a9cd1526536d3f0426c429529471f40; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Digital Currency Address - USDT 0xb6f5ec1a0a9cd1526536d3f0426c429529471f40; Digital Currency Address - USDC 0xb6f5ec1a0a9cd1526536d3f0426c429529471f40; Passport 109420132 (Korea, North) issued 16 Oct 2019 expires 16 Oct 2024; alt. Passport 827220538 (Korea, North); alt. Passport 563220082 (Korea, North) (individual) [DPRK4].

KIM, Se Gon; DOB 13 Nov 1969; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472310104 (Korea, North); Representative of Ministry of Atomic Energy Industry (individual) [NPWMD] (Linked To: MINISTRY OF ATOMIC ENERGY INDUSTRY).

KIM, Se Un (Hangul: 김세운) (a.k.a. KIM, Se-u'n), Ho Chi Minh City, Vietnam; DOB 25 Mar 1978; POB Nampho, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 390120007 (Korea, North) issued 09 Jan 2020 expires 09 Jan 2025 (individual) [NPWMD] (Linked To: KOREA SOBAEKSU TRADING CORPORATION).

KIM, Se-u'n (a.k.a. KIM, Se Un (Hangul: 김세운)), Ho Chi Minh City, Vietnam; DOB 25 Mar 1978; POB Nampho, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 390120007 (Korea, North) issued 09 Jan 2020 expires 09 Jan 2025 (individual) [NPWMD] (Linked To: KOREA SOBAEKSU TRADING CORPORATION).

KIM, Sok Chol, Burma; DOB 08 May 1955; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472310082; North Korean Ambassador to Burma (individual) [DPRK2].

KIM, Song (a.k.a. KIM, So'ng), Linjiang, China; DOB 11 Jan 1964; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Representative of the Korea Ryonbong General Corporation in Linjiang, China (individual) [DPRK2].

KIM, So'ng (a.k.a. KIM, Song), Linjiang, China; DOB 11 Jan 1964; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Representative of the Korea Ryonbong General Corporation in Linjiang, China (individual) [DPRK2].

KIM, Song Chol (a.k.a. KIM, Hak Song); DOB 26 Mar 1968; alt. DOB 15 Oct 1970; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654120219 (Korea, North) expires 24 Feb 2019; alt. Passport 381420565 (Korea, North) expires 23 Nov 2016 (individual) [NPWMD] (Linked To: KOREA MINING DEVELOPMENT TRADING CORPORATION).

KIM, Song Hun (a.k.a. KIM, So'ng-hun), Shenyang, China; DOB 10 Apr 1978; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745235023 (Korea, North) (individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

KIM, So'ng-hun (a.k.a. KIM, Song Hun), Shenyang, China; DOB 10 Apr 1978; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745235023 (Korea, North) (individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

KIM, Son-gwang (a.k.a. KIM, Son-kwang; a.k.a. KIM, Sou-gwang; a.k.a. KIM, Sou-kwang; a.k.a. KIM, Su-gwang; a.k.a. KIM, Su-Kwang); DOB 18 Aug 1976; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North

Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

KIM, Son-kwang (a.k.a. KIM, Son-gwang; a.k.a. KIM, Sou-gwang; a.k.a. KIM, Sou-kwang; a.k.a. KIM, Su-gwang; a.k.a. KIM, Su-Kwang); DOB 18 Aug 1976; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

KIM, Sou-gwang (a.k.a. KIM, Son-gwang; a.k.a. KIM, Son-kwang; a.k.a. KIM, Sou-kwang; a.k.a. KIM, Su-gwang; a.k.a. KIM, Su-Kwang); DOB 18 Aug 1976; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

KIM, Sou-kwang (a.k.a. KIM, Son-gwang; a.k.a. KIM, Son-kwang; a.k.a. KIM, Sou-gwang; a.k.a. KIM, Su-gwang; a.k.a. KIM, Su-Kwang); DOB 18 Aug 1976; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

KIM, Su Gil (Korean: 김수길) (a.k.a. KIM, Su-kil), Korea, North; DOB 1950; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

KIM, Su II, Ho Chi Minh City, Vietnam; DOB 04 Mar 1985; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 108220348 (Korea, North) expires 18 May 2023; alt. Passport 745220480 (Korea, North) expires 02 Jun 2020; Munitions Industry Department Representative in Vietnam (individual) [DPRK2].

KIM, Su-gwang (a.k.a. KIM, Son-gwang; a.k.a. KIM, Son-kwang; a.k.a. KIM, Sou-gwang; a.k.a.

KIM, Sou-kwang; a.k.a. KIM, Su-Kwang); DOB 18 Aug 1976; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

KIM, Su-kil (a.k.a. KIM, Su Gil (Korean: 김수길)), Korea, North; DOB 1950; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

KIM, Su-Kwang (a.k.a. KIM, Son-gwang; a.k.a. KIM, Son-kwang; a.k.a. KIM, Sou-gwang; a.k.a. KIM, Sou-kwang; a.k.a. KIM, Su-gwang); DOB 18 Aug 1976; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

KIM, Tong Chol (a.k.a. KIM, Tong-ch'o'l), Shenyang, China; DOB 28 Jan 1966; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Foreign Trade Bank of the Democratic People's Republic of Korea official (individual) [DPRK2].

KIM, TONG MYONG (a.k.a. KIM, CHIN-SO'K; a.k.a. KIM, HYOK CHOL; a.k.a. KIM, Tong-Myo'ng; a.k.a. "KIM, JIN SOK"); DOB 1964; alt. DOB 28 Aug 1962; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290320764 (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

KIM, Tong-chol, 34 Herbst Street, Windhoek, Namibia; DOB 07 Aug 1968; POB North Korea; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214; Passport 472336944 issued 10 Sep 2012 expires 10 Sep 2017; Managing Director, Mansudae Overseas Projects; Director, Mansudae Overseas Projects Architectural and Technical Services (PTY) Ltd.; Deputy Managing Director, Qingdao Construction (Namibia) CC (individual) [DPRK3] (Linked To: MANSUDAE OVERSEAS PROJECT GROUP OF COMPANIES; Linked To: MANSUDAE OVERSEAS PROJECTS ARCHITECTURAL AND TECHNICAL SERVICES (PTY) LIMITED; Linked To: QINGDAO CONSTRUCTION (NAMIBIA) CC).

KIM, Tong-ch'o'l (a.k.a. KIM, Tong Chol), Shenyang, China; DOB 28 Jan 1966; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Foreign Trade Bank of the Democratic People's Republic of Korea official (individual) [DPRK2].

KIM, Tong-ho, Vietnam; DOB 18 Aug 1969; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745310111 (Korea, North); Tanchon Commercial Bank representative (individual) [DPRK3].

KIM, Tong-Myo'ng (a.k.a. KIM, CHIN-SO'K; a.k.a. KIM, HYOK CHOL; a.k.a. KIM, TONG MYONG; a.k.a. "KIM, JIN SOK"); DOB 1964; alt. DOB 28 Aug 1962; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290320764 (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

KIM, Ung Sun (Korean: 김응순) (a.k.a. KIM, U'ng-sun), Khabarovsk, Russia; DOB 23 Jun 1964; POB S. Phyongan, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 754110065 (Korea, North) issued 13

Feb 2024 expires 13 Feb 2029 (individual) [DPRK2].

KIM, U'ng-sun (a.k.a. KIM, Ung Sun (Korean: 김응순)), Khabarovsk, Russia; DOB 23 Jun 1964; POB S. Phyongan, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 754110065 (Korea, North) issued 13 Feb 2024 expires 13 Feb 2029 (individual) [DPRK2].

KIM, Won Hong (a.k.a. KIM, Wo'n-hong), Korea, North; DOB 17 Jul 1945; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Minister of State Security (individual) [DPRK2].

KIM, Wo'n-hong (a.k.a. KIM, Won Hong), Korea, North; DOB 17 Jul 1945; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Minister of State Security (individual) [DPRK2].

KIM, Yevgeniy Radionovich, Moscow, Russia; DOB 01 Jul 1979; POB Tashkent, Uzbekistan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4508488884 (Russia) issued 18 May 2006 (individual) [RUSSIA-EO14024].

KIM, Yo Jong (a.k.a. KIM, Yo'-cho'ng), Korea, North; DOB 26 Sep 1989; Gender Female; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vice Director of the Workers' Party of Korea Propaganda and Agitation Department (individual) [DPRK2].

KIM, Yo'-cho'ng (a.k.a. KIM, Yo Jong), Korea, North; DOB 26 Sep 1989; Gender Female; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214; Vice Director of the Workers' Party of Korea Propaganda and Agitation Department (individual) [DPRK2].

KIM, Yon Hui, Shenyang, China; DOB 01 Dec 1979; nationality Korea, North; Gender Female; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 836238034 (Korea, North) (individual) [NPWMD].

KIM, Yong Bok (Korean: 김영복) (a.k.a. "KIM, Yongbok"), Korea, North; DOB 27 Jul 1957; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654420047 (Korea, North); Deputy Chief of the Korean People's Army General Staff (individual) [DPRK2].

KIM, Yong Chol (a.k.a. KIM, Yong-Chol; a.k.a. KIM, Young-Cheol; a.k.a. KIM, Young-Chol; a.k.a. KIM, Young-Chul); DOB circa 1947; alt. DOB circa 1946; POB Pyongan-Pukto, North Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK].

KIM, Yong Chol; DOB 18 Feb 1962; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; KOMID Representative in Iran (individual) [DPRK2].

KIM, Yong Ju (a.k.a. KIM, Yo'ng-chu), Beijing, China; DOB 23 Apr 1984; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 108110084 (Korea, North) (individual) [DPRK2] (Linked To: KOREA MINING DEVELOPMENT TRADING CORPORATION).

KIM, Yong Su (a.k.a. KIM, Yo'ng-su), Vietnam; DOB 09 Feb 1969; nationality Korea, North;

Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654435458 expires 26 Nov 2019; Chief Representative of the Marine Transport Office in Vietnam (individual) [DPRK2].

KIM, Yong-Chol (a.k.a. KIM, Yong Chol; a.k.a. KIM, Young-Cheol; a.k.a. KIM, Young-Chol; a.k.a. KIM, Young-Chul); DOB circa 1947; alt. DOB circa 1946; POB Pyongan-Pukto, North Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK].

KIM, Yo'ng-chu (a.k.a. KIM, Yong Ju), Beijing, China; DOB 23 Apr 1984; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 108110084 (Korea, North) (individual) [DPRK2] (Linked To: KOREA MINING DEVELOPMENT TRADING CORPORATION).

KIM, Yo'ng-su (a.k.a. KIM, Yong Su), Vietnam; DOB 09 Feb 1969; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654435458 expires 26 Nov 2019; Chief Representative of the Marine Transport Office in Vietnam (individual) [DPRK2].

KIM, Young-Cheol (a.k.a. KIM, Yong Chol; a.k.a. KIM, Yong-Chol; a.k.a. KIM, Young-Chol; a.k.a. KIM, Young-Chul); DOB circa 1947; alt. DOB circa 1946; POB Pyongan-Pukto, North Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK].

KIM, Young-Chol (a.k.a. KIM, Yong Chol; a.k.a. KIM, Yong-Chol; a.k.a. KIM, Young-Cheol; a.k.a. KIM, Young-Chul); DOB circa 1947; alt. DOB circa 1946; POB Pyongan-Pukto, North

Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK].

KIM, Young-Chul (a.k.a. KIM, Yong Chol; a.k.a. KIM, Yong-Chol; a.k.a. KIM, Young-Cheol; a.k.a. KIM, Young-Chol); DOB circa 1947; alt. DOB circa 1946; POB Pyongan-Pukto, North Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK].

KIMENYI, Gilbert (a.k.a. KIMENYI, Nyembo; a.k.a. UWIMBABAZI, Sebastien; a.k.a. "MANZI"; a.k.a. "NYEMBO"), Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1968; POB Gatoki Cell, Murunda Sector, Rutsiro Commune, Kibuye Prefecture, Rwanda; alt. POB Rutsiro District, Western Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO] (Linked To: FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA).

KIMENYI, Nyembo (a.k.a. KIMENYI, Gilbert; a.k.a. UWIMBABAZI, Sebastien; a.k.a. "MANZI"; a.k.a. "NYEMBO"), Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1968; POB Gatoki Cell, Murunda Sector, Rutsiro Commune, Kibuye Prefecture, Rwanda; alt. POB Rutsiro District, Western Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO] (Linked To: FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA).

KIMIA PAKHSH SHARGH (a.k.a. KIMIYA PAKHSH SHARGH; a.k.a. KIMIYA PAKHSH SHARGH CO. LTD; a.k.a. KIMIYA PAKHSH SHARGH GROUP; a.k.a. "KIMIA"; a.k.a. "KIMIA CO., LTD."), No. 6, West Zartosht Ave, Between Joybar & Valiasr, Tehran, Iran; West Zoroaster, Between Joybar and Valiasr, No. 6, Box: 42670, Tehran, Iran; First Floor, No. 10, The 11th Alley, Prideful Streets, Martyr Beheshti, Sarafraz Street, Beheshti Avenue, Tehran, Iran; No. 1, Next to Mehr Credit Institute, Zartosht Street, Tehran 1415863911, Iran; Website https://kps-co.com; alt. Website www.kps-co.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102179854 (Iran); Registration Number 175612 (Iran) [NPWMD] [IFSR] (Linked To:

THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

KIMIA PART SIVAN (a.k.a. KIMIA PART SIVAN COMPANY LLC (Arabic: شرکت کیمیا پارت سیوان با مسئولیت محدود); a.k.a. "KIMIA PARTS SIBON"; a.k.a. "KIMIYA PARS SEBON"; a.k.a. "KIPAS"), 1st Street, 6th Side Street, No. 81, Jey Industrial Park, Isfahan 8376100000, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10320661315 (Iran); Registration Number 47779 (Iran); alt. Registration Number 414950 (Iran) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KIMIA PART SIVAN COMPANY LLC (Arabic: شرکت کیمیا پارت سیوان با مسئولیت محدود) (a.k.a. KIMIA PART SIVAN; a.k.a. "KIMIA PARTS SIBON"; a.k.a. "KIMIYA PARS SEBON"; a.k.a. "KIPAS"), 1st Street, 6th Side Street, No. 81, Jey Industrial Park, Isfahan 8376100000, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10320661315 (Iran); Registration Number 47779 (Iran); alt. Registration Number 414950 (Iran) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KIMIA SADR PASARGAD COMPANY (Arabic: شرکت کیمیا صدر پاسارگاد), Unit 501, 5th Floor, No. 19, Giti Boulevard, Madras Highway, Amaniyeh, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 28 Feb 2011; National ID No. 10320488736 (Iran); Tax ID No. 411381133454 (Iran); Registration Number 398544 (Iran) [IRAN-EO13902].

KIMIAYE PARS KHAVARMIANEH PETROCHEMICAL CO. (Arabic: پتروشیمی کیمیای پارس خاورمیانه) (a.k.a. MIDDLE EAST KIMIAYE PARS CO.; a.k.a. MIDDLE EAST KIMIYA PARS CO.; a.k.a. "MEKPCO"), 2 J St., Abushahr St., Pars Energy Special Economic Zone, Petrochemical Square, Asalouyeh Port 7511895551, Iran; No. 3, 4th Floor, West Saro St., Corner of Aseman, Sa'adat Abad, Tehran 1998133734, Iran; Website www.mekpco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2007 [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

KIMIYA PAKHSH SHARGH (a.k.a. KIMIA PAKHSH SHARGH; a.k.a. KIMIYA PAKHSH SHARGH CO. LTD; a.k.a. KIMIYA PAKHSH SHARGH GROUP; a.k.a. "KIMIA"; a.k.a. "KIMIA CO., LTD."), No. 6, West Zartosht Ave, Between Joybar & Valiasr, Tehran, Iran; West Zoroaster, Between Joybar and Valiasr, No. 6, Box: 42670, Tehran, Iran; First Floor, No. 10, The 11th Alley, Prideful Streets, Martyr Beheshti, Sarafraz Street, Beheshti Avenue, Tehran, Iran; No. 1, Next to Mehr Credit Institute, Zartosht Street, Tehran 1415863911, Iran; Website https://kps-co.com; alt. Website www.kps-co.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102179854 (Iran); Registration Number 175612 (Iran) [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

KIMIYA PAKHSH SHARGH CO. LTD (a.k.a. KIMIA PAKHSH SHARGH; a.k.a. KIMIYA PAKHSH SHARGH; a.k.a. KIMIYA PAKHSH SHARGH GROUP; a.k.a. "KIMIA"; a.k.a. "KIMIA CO., LTD."), No. 6, West Zartosht Ave, Between Joybar & Valiasr, Tehran, Iran; West Zoroaster, Between Joybar and Valiasr, No. 6, Box: 42670, Tehran, Iran; First Floor, No. 10, The 11th Alley, Prideful Streets, Martyr Beheshti, Sarafraz Street, Beheshti Avenue, Tehran, Iran; No. 1, Next to Mehr Credit Institute, Zartosht Street, Tehran 1415863911, Iran; Website https://kps-co.com; alt. Website www.kps-co.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102179854 (Iran); Registration Number 175612 (Iran) [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

KIMIYA PAKHSH SHARGH GROUP (a.k.a. KIMIA PAKHSH SHARGH; a.k.a. KIMIYA PAKHSH SHARGH; a.k.a. KIMIYA PAKHSH SHARGH CO. LTD; a.k.a. "KIMIA"; a.k.a. "KIMIA CO., LTD."), No. 6, West Zartosht Ave, Between Joybar & Valiasr, Tehran, Iran; West Zoroaster, Between Joybar and Valiasr, No. 6, Box: 42670, Tehran, Iran; First Floor, No. 10, The 11th Alley, Prideful Streets, Martyr Beheshti, Sarafraz Street, Beheshti Avenue, Tehran, Iran; No. 1, Next to Mehr Credit Institute, Zartosht Street, Tehran 1415863911, Iran; Website https://kps-co.com; alt. Website www.kps-co.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102179854 (Iran); Registration Number 175612 (Iran) [NPWMD]

[IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

KIMPAS KIMYEVI MADDELER PAZARLAMA TICARET VE SANAYII ANONIM SIRKETI (Latin: KİMPAŞ KİMYEVİ MADDELER PAZARLAMA TİCARET VE SANAYİİ ANONİM ŞİRKETİ), D:205-206 Nidakule Atasehir, No:3 Barbaros Mahallesi Begonya Sokak, Atasehir, Istanbul 34746, Turkey; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 1976; Registration Number 142495 (Turkey) [IRAN-EO13846].

KIMSUKY (a.k.a. "APT43"; a.k.a. "ARCHIPELAGO"; a.k.a. "BLACK BANSHEE"; a.k.a. "EMERALD SLEET"; a.k.a. "NICKEL KIMBALL"; a.k.a. "THALLIUM"; a.k.a. "VELVET CHOLLIMA"), Korea, North; Website onerearth.xyz; alt. Website sovershopp.online; alt. Website mofa.lat; alt. Website janskinmn.lol; alt. Website supermeasn.lat; alt. Website bookstarrtion.online; alt. Website cdredos.site; alt. Website scemsal.site; alt. Website somelmark.store; Email Address hongsiao@naver.com; alt. Email Address teriparl25@gmail.com; alt. Email Address seanchung.hanvoice@hotmail.com; alt. Email Address pkurui9999@gmail.com; alt. Email Address ssdkfdlsfd@gmail.com; alt. Email Address haris2022100@outlook.com; alt. Email Address bing2020@outlook.kr; alt. Email Address marksigal1001@gmail.com; alt. Email Address donghyunkim1010@gmail.com; alt. Email Address hong_xiao@naver.com; alt. Email Address sm.carls0000@gmail.com; alt. Email Address kennedypamla@gmail.com; alt. Email Address ds1kdie@aol.com; alt. Email Address ds1kde@daum.net; alt. Email Address yoon.dasl@yahoo.com; alt. Email Address syshim10@mofa.lat; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

KINAHAN JUNIOR, Christopher Vincent (a.k.a. "CHRISTY JNR."), 1404 Iris Blue Building, Dubai Marina, P.O. Box 11850, Dubai, United Arab Emirates; Calle Edificio El Noray, 2 Piso 1 B, Marbella, Spain; Urbanizacion Acosta Los Flamingos Golf, Bloque 82 D, Benahavis, Marbella, Spain; DOB 24 Sep 1980; alt. DOB 30 May 1981; POB Dublin, Ireland; nationality Ireland; citizen Ireland; Gender Male; Passport

PW2418905 (Ireland); alt. Passport PT0298836 (Ireland); alt. Passport PN8384153 (Ireland); alt. Passport 512964060 (United Kingdom); Identification Number 784198027625874 (United Arab Emirates); alt. Identification Number 166622091 (United Arab Emirates); alt. Identification Number 077449510 (United Arab Emirates) (individual) [TCO] (Linked To: KINAHAN ORGANIZED CRIME GROUP).

KINAHAN ORGANISED CRIME GROUP (a.k.a. KINAHAN ORGANIZED CRIME GROUP; a.k.a. "KOCG"), Ireland; United Kingdom; Spain; Netherlands; Dubai, United Arab Emirates; Target Type Criminal Organization [TCO].

KINAHAN ORGANIZED CRIME GROUP (a.k.a. KINAHAN ORGANISED CRIME GROUP; a.k.a. "KOCG"), Ireland; United Kingdom; Spain; Netherlands; Dubai, United Arab Emirates; Target Type Criminal Organization [TCO].

KINAHAN, Christopher Vincent (a.k.a. "KINAHAN SENIOR, Christy"; a.k.a. "O'BRIEN, Christopher"; a.k.a. "THE DAPPER DON"), Dubai, United Arab Emirates; Calle Muntaner 325, Planta 6, 4, Barcelona 08021, Spain; Calle Los Geranios, Villa Indelo N 244, San Pedro De Alcantara, Marbella, Spain; Urbanizacion Torre Bermeja, N 1501, Estepona, Spain; DOB 23 Mar 1957; alt. DOB 19 Nov 1952; alt. DOB 23 May 1957; POB Cabra, Ireland; alt. POB Perivale, Middlesex, United Kingdom; alt. POB London, United Kingdom; alt. POB Dublin, Ireland; nationality Ireland; citizen Ireland; Gender Male; Passport PD3265994 (Ireland); alt. Passport 094456153 (United Kingdom); alt. Passport 707265430 (United Kingdom); alt. Passport C181651D (United Kingdom); alt. Passport 701191749 (United Kingdom) (individual) [TCO] (Linked To: KINAHAN ORGANIZED CRIME GROUP).

KINAHAN, Daniel Joseph, 14 Palm Jumeirah, Dubai 378149, United Arab Emirates; Avda Juan Ramon Jimenez 2, Urbanizacion Cortijo Blanco, San Pedro de Alcantaras, Malaga 29670, Spain; Calle Galicia No 71 A, Guadalmina Baja, Estepona, Spain; DOB 25 Jun 1977; alt. DOB 26 May 1979; POB Dublin, Ireland; nationality Ireland; citizen Ireland; alt. citizen United Kingdom; Gender Male; Passport PB1642995 (Ireland); alt. Passport PW1900911 (Ireland); alt. Passport P008448 (Ireland); alt. Passport PD4435945 (Ireland); alt. Passport 704043374 (United Kingdom); Identification Number 784197715087538 (United Arab Emirates); alt. Identification Number 076822265 (United Arab Emirates); alt. Identification

Number 195762701 (United Arab Emirates) (individual) [TCO] (Linked To: KINAHAN ORGANIZED CRIME GROUP).

KINEF (a.k.a. KINEF OOO; a.k.a. LIMITED LIABILITY COMPANY PRODUCTION ASSOCIATION KIRISHINEFTEORGSINTEZ; a.k.a. LLC KINEF), d. 1 Shosse Entuziastov, Kirishi, Leningradskaya Oblast 187110, Russia; Website http://www.kinef.ru; Email Address kinef@kinef.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1024701478735 (Russia); Tax ID No. 4708007089 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

KINEF OOO (a.k.a. KINEF; a.k.a. LIMITED LIABILITY COMPANY PRODUCTION ASSOCIATION KIRISHINEFTEORGSINTEZ; a.k.a. LLC KINEF), d. 1 Shosse Entuziastov, Kirishi, Leningradskaya Oblast 187110, Russia; Website http://www.kinef.ru; Email Address kinef@kinef.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1024701478735 (Russia); Tax ID No. 4708007089 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

KING PAI TECHNOLOGY CO., LTD. (a.k.a. JINPAI TECHNOLOGY HONG KONG CO., LTD.; a.k.a. KING-PAI TECHNOLOGY HK CO., LIMITED (Chinese Simplified: 金派科技(香港)有限公司)), Rm 13, 4/F Flourish Industrial Building, 33 Sheung Yee Road, Bay Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11

Aug 2008; Registration Number 1263702 (Hong Kong) [RUSSIA-EO14024].

KING ROMANS COMPANY LIMITED, 292, Wiang, Chiang Saen, Chiang Rai 57150, Thailand; 292 Mu. 1, Tambon Wiang, Chiang Saen District, Chiang Rai, Thailand; 422/44 Chang Khlan Road, Tambon Chang Khlang, Mueang District, Chiang Mai, Thailand; Registration ID 0575552000132 (Thailand) [TCO] (Linked To: WEI, Zhao; Linked To: RUNGTAWANKHIRI, Nat).

KING ROMANS GROUP COMPANY LTD (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

KING ROMANS GROUP COMPANY LTD (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

KING TRADE B.V., Purcellstraat 4, GZ, Boxtel 5283, Netherlands; Organization Established Date 31 Mar 2021; Tax ID No. 862449704 (Netherlands) [ILLICIT-DRUGS-EO14059] (Linked To: DE KONING, Martinus Pterus Henrikus).

KINGISEPP MACHINE BUILDING PLANT LLC (a.k.a. KMZ CO LTD; a.k.a. LIMITED LIABILITY COMPANY KINGISEPSKY MACHINE BUILDING PLANT), Prkt Slavy D. 52, Kor/Lit. 1/A, Pom. 51N, Saint Petersburg 192241, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7816562511 (Russia); Registration Number 1137847194187 (Russia) [RUSSIA-EO14024].

KINGLY WON INTERNATIONAL CO., LTD., Marshall Islands; Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH 96960, Marshall Islands; Taiwan; 8th Floor, Number 466, Section 2, Neihu Road, Taipei, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Commercial Registry Number 90132 (Marshall Islands) [DPRK3] (Linked To: TSANG, Yung Yuan).

KINGMAX HOBBY CO LIMITED (a.k.a. DONGGUAN BINONG AVIATION PAISHE TECHNOLOGY CO LTD; a.k.a. DONGGUAN BINONG TECHNOLOGY CO LTD (Chinese Simplified: 东莞碧浓科技有限公司); a.k.a. "KINGMAX HOBBY"), Zone 39, Weijian First Rd., Chashan Town, Dongguan 523000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 914419005517077668 (China) [RUSSIA-EO14024].

KING-PAI TECHNOLOGY HK CO., LIMITED (Chinese Simplified: 金派科技(香港)有限公司) (a.k.a. JINPAI TECHNOLOGY HONG KONG CO., LTD.; a.k.a. KING PAI TECHNOLOGY CO., LTD.), Rm 13, 4/F Flourish Industrial Building, 33 Sheung Yee Road, Bay Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Aug 2008; Registration Number 1263702 (Hong Kong) [RUSSIA-EO14024].

KINGS ROMAN INTERNATIONAL COMPANY, LIMITED (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM

KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

KINGS ROMAN RESORT AND CASINO (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

KINGS ROMAN RESORT AND CASINO (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon,

Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

KINGS ROMANS CASINO (a.k.a. KINGS ROMANS GROUP; a.k.a. ZHAO WEI NARCOTICS TRAFFICKING GROUP; a.k.a. ZHAO WEI TCO), Laos; Thailand; Burma; China [TCO].

KINGS ROMANS CASINO (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

KINGS ROMANS CASINO (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

KINGS ROMANS GROUP (a.k.a. KINGS ROMANS CASINO; a.k.a. ZHAO WEI NARCOTICS TRAFFICKING GROUP; a.k.a. ZHAO WEI TCO), Laos; Thailand; Burma; China [TCO].

KINGS ROMANS GROUP (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

KINGS ROMANS GROUP (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a.

DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

KINGSTON FRESH LTD, 27 Old Gloucester Street, London WC1N 3AX, United Kingdom; Organization Established Date 05 Oct 2016; Organization Type: Other food service activities; Company Number 10410781 (United Kingdom) [DRCONGO] (Linked To: KINGSTON, Lawrence Kanyuka).

KINGSTON HOLDING, 229 Rue Saint Honore, Paris, Ile-de-France 75001, France; Website https://kingstonholding.com; Organization Established Date 25 Aug 2017; Organization Type: Other business support service activities n.e.c.; Business Registration Number 831709902 (France) [DRCONGO] (Linked To: KINGSTON, Lawrence Kanyuka).

KINGSTON, Lawrence Kanyuka (a.k.a. KANYUKA, Lawrence Kingston), North Kivu,

Congo, Democratic Republic of the; 12 Rue Chevalier, Saint-Maur-des-Fosses 94210, France; 66 Cranberry Lane, London E16 4PE, United Kingdom; 27 Old Gloucester Street, London WC1N 3AX, United Kingdom; DOB 19 Jul 1970; POB Kinshasa, Congo, Democratic Republic of the; nationality Congo, Democratic Republic of the; alt. nationality United Kingdom; Gender Male; Passport 518058784 (United Kingdom) expires 10 Jul 2024 (individual) [DRCONGO] (Linked To: M23).

KINGTAIM KHEDMAN RUS, Ul. Rabochaya D. 2A, K. 22A, Office 206V, Khimki 141401, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5047249930 (Russia); Registration Number 1215000033478 (Russia) [RUSSIA-EO14024].

KINLERE TRADING LIMITED (a.k.a. GREEND INTERNATIONAL TRADING LIMITED; a.k.a. LUDI TRADING LIMITED), Rm 1406B, 14/F, The Belgian Bank Building, Hong Kong, China; Organization Established Date 15 Nov 2021; Company Number 3102514 (Hong Kong); Business Registration Number 73536533 (Hong Kong) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

KINOATIS (a.k.a. KINOATIS LLC; a.k.a. LIMITED LIABILITY COMPANY KINOATIS; a.k.a. LLC KINOATIS), Ul. Polkovaya D. 3, Str. 6, ET/POM/KOM 6/1/1, 3, Moscow 127018, Russia; Ul. Polkovaya, d. 3, Str. 6, r. 13, Moscow 127018, Russia; 36613 Polkovaya, Moscow, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 23 Jun 2004; Tax ID No. 7743531082; Business Registration Number 1047796451658 [DPRK3] (Linked To: SEK STUDIO).

KINOATIS LLC (a.k.a. KINOATIS; a.k.a. LIMITED LIABILITY COMPANY KINOATIS; a.k.a. LLC KINOATIS), Ul. Polkovaya D. 3, Str. 6, ET/POM/KOM 6/1/1, 3, Moscow 127018, Russia; Ul. Polkovaya, d. 3, Str. 6, r. 13, Moscow 127018, Russia; 36613 Polkovaya, Moscow, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization

Established Date 23 Jun 2004; Tax ID No. 7743531082; Business Registration Number 1047796451658 [DPRK3] (Linked To: SEK STUDIO).

KINOSTUDIYA YALTA-FILM (a.k.a. AKTSIONERNOE OBSHCHESTVO 'YALTINSKAYA KINODSTUDIYA'; a.k.a. CJSC YALTA-FILM; a.k.a. FILM STUDIO YALTA-FILM; a.k.a. JOINT STOCK COMPANY YALTA FILM STUDIO; a.k.a. JSC YALTA FILM STUDIO; a.k.a. OAO YALTINSKAYA KINOSTUDIYA; a.k.a. YALTA FILM STUDIO; a.k.a. YALTA FILM STUDIOS), Ulitsa Mukhina, Building 3, Yalta, Crimea 298063, Ukraine; Sevastopolskaya 4, Yalta, Crimea, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 30993572 [UKRAINE-EO13685].

KINTALEG LIMITED, 57/63, Line Wall Road, Gibraltar GX11 1AA, Gibraltar; Organization Type: Activities of holding companies; Target Type Private Company [GLOMAG] (Linked To: MUKONDA MAYANDU, Alain).

KIPLI, Sali (a.k.a. JULKIPLI, Salim; a.k.a. JULKIPLI, Salim Y Salamuddin), Philippines; DOB 20 Jun 1976; POB Tulay, Jolo Sulu, Philippines; nationality Philippines; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KIRA INTERNATIONAL TRADE CO LIMITED, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Jul 2018; Company Number 2721404 (Hong Kong); Business Registration Number 69628930 (Hong Kong) [RUSSIA-EO14024].

KIRAKOSYAN, Ruben Ruslanovich, Russia; DOB 03 Mar 1980; citizen Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD] (Linked To: GEFEST-M LLC; Linked To: KOREA TANGUN TRADING CORPORATION).

KIRAM, Mohammad Reza Lahaman (a.k.a. KIRAM, Mohd Reza; a.k.a. "AL-FILIPINI, Abu Abdul Rahman"), Syria; DOB 03 Mar 1990; POB Zamboanga City, Zamboanga del Sur, Philippines; nationality Philippines; citizen Philippines; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

KIRAM, Mohd Reza (a.k.a. KIRAM, Mohammad Reza Lahaman; a.k.a. "AL-FILIPINI, Abu Abdul Rahman"), Syria; DOB 03 Mar 1990; POB Zamboanga City, Zamboanga del Sur, Philippines; nationality Philippines; citizen Philippines; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

KIRBAKI, Muzamir (a.k.a. KASAADA, Muzamil; a.k.a. KASADA, Kasadha; a.k.a. KASADHA, Amisi; a.k.a. KIRIBAKI, Muzamir; a.k.a. "Kalume"; a.k.a. "Karume"), Congo, Democratic Republic of the; DOB 1975 to 1981; POB Iganga District, Busoga Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

KIRBINSKY OPEN PIT MINE (a.k.a. LLC COAL MINE KIRBINSKY; a.k.a. RAZREZ KIRBINSKI OOO), d. 43, pom. 405N, kom. 20, Prospekt Druzhby Narodov, Abakan 655016, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1901116323 (Russia); Registration Number 1131901005620 (Russia) [RUSSIA-EO14024].

KIRIBAKI, Muzamir (a.k.a. KASAADA, Muzamil; a.k.a. KASADA, Kasadha; a.k.a. KASADHA, Amisi; a.k.a. KIRBAKI, Muzamir; a.k.a. "Kalume"; a.k.a. "Karume"), Congo, Democratic Republic of the; DOB 1975 to 1981; POB Iganga District, Busoga Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

KIRILLOVA, Anastasiya Sergeyevna, Russia; DOB 31 Dec 1986; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: INFOROS, OOO).

KIRISHIAVTOSERVIS OOO (a.k.a. LIMITED LIABILITY COMPANY KIRISHIAVTOSERVIS; a.k.a. LLC KIRISHIAVTOSERVIS), Lit A, 12 Smolenskaya Ulitsa, St. Petersburg 196084, Russia; Website www.kirishiavtoservis.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Registration ID 1057807804064 (Russia); Tax ID No. 7840016802 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

KIRIUSHKIN, Oleg (a.k.a. KIRYUSHKIN, Oleg Nikolayevich), Sredniy V. O. Pr-Kt, House #85, Apartment 129, Saint Petersburg, Russia; DOB 24 Jan 1948; nationality Russia; alt. nationality Germany; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport C1P3KMKC1 (Germany); Tax ID No. 784190488817 (Russia) (individual) [RUSSIA-EO14024].

KIRIYANOV, Artem Yurievich (Cyrillic: КИРЬЯНОВ, Артем Юрьевич), Russia; DOB 12 Jan 1977; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KIRIYENKO, Sergei Vladilenovich (Cyrillic: КИРИЕНКО, Сергей Владиленович) (f.k.a. IZRAITEL, Sergey Vladilenovich; a.k.a. KIRIYENKO, Sergey Vladenilovich), Moscow, Russia; DOB 26 Jul 1962; POB Sukhumi, Georgia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KIRIYENKO, Sergey Vladenilovich (f.k.a. IZRAITEL, Sergey Vladilenovich; a.k.a. KIRIYENKO, Sergei Vladilenovich (Cyrillic: КИРИЕНКО, Сергей Владиленович)), Moscow, Russia; DOB 26 Jul 1962; POB Sukhumi, Georgia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KIRIYENKO, Vladimir (a.k.a. KIRIYENKO, Vladimir Sergeevich (Cyrillic: КИРИЕНКО, Владимир Сергеевич)), Nesivizhsky Pereulok 12 Bld 1 Flat 16, Moscow 119021, Russia; DOB 27 May 1983; POB Nizhny Novgorod, Russia; nationality Russia; Gender Male; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Passport 731167796 (Russia) issued 06 Sep 2013 expires 17 Feb 2022 (individual) [RUSSIA-EO14024] (Linked To: KIRIYENKO, Sergei Vladilenovich).

KIRIYENKO, Vladimir Sergeevich (Cyrillic: КИРИЕНКО, Владимир Сергеевич) (a.k.a. KIRIYENKO, Vladimir), Nesivizhsky Pereulok 12 Bld 1 Flat 16, Moscow 119021, Russia; DOB 27 May 1983; POB Nizhny Novgorod, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 731167796 (Russia) issued 06 Sep 2013 expires 17 Feb 2022 (individual) [RUSSIA-EO14024] (Linked To: KIRIYENKO, Sergei Vladilenovich).

KIROVSKI ZAVOD MAYAK PAO (a.k.a. MAYAK PLANT OF KIROV PJSC; a.k.a. PUBLIC JOINT STOCK COMPANY KIROV PLANT MAYAK; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO KIROVSKII ZAVOD MAIAK), 67 Molodoi Gvardii, Kirov 610000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4345000947 (Russia); Registration Number 1024301308371 (Russia) [RUSSIA-EO14024].

KIROVSKI ZAVOD OAO (a.k.a. KIROVSKI ZAVOD PAO; a.k.a. KIROVSKII ZAVOD; a.k.a. KIROVSKY ZAVOD GROUP; a.k.a. KIROVSKY ZAVOD PUBLIC JOINT STOCK COMPANY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO KIROVSKI ZAVOD), PR-KT Stachek D. 47, Saint Petersburg 198097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Nov 1992; Tax ID No. 7805019279 (Russia); Government Gazette Number 07519047 (Russia); Registration Number 1027802712365 (Russia) [RUSSIA-EO14024].

KIROVSKI ZAVOD PAO (f.k.a. KIROVSKI ZAVOD OAO; a.k.a. KIROVSKII ZAVOD; a.k.a. KIROVSKY ZAVOD GROUP; a.k.a. KIROVSKY ZAVOD PUBLIC JOINT STOCK COMPANY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO KIROVSKI ZAVOD), PR-KT Stachek D. 47, Saint Petersburg 198097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Nov 1992; Tax ID No. 7805019279 (Russia); Government Gazette Number 07519047 (Russia); Registration Number 1027802712365 (Russia) [RUSSIA-EO14024].

KIROVSKII ZAVOD (f.k.a. KIROVSKI ZAVOD OAO; a.k.a. KIROVSKI ZAVOD PAO; a.k.a. KIROVSKY ZAVOD GROUP; a.k.a. KIROVSKY ZAVOD PUBLIC JOINT STOCK COMPANY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO KIROVSKI ZAVOD), PR-KT Stachek D. 47, Saint Petersburg 198097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Nov 1992; Tax ID No. 7805019279 (Russia); Government Gazette Number 07519047 (Russia); Registration Number 1027802712365 (Russia) [RUSSIA-EO14024].

KIROVSKY ZAVOD GROUP (f.k.a. KIROVSKI ZAVOD OAO; a.k.a. KIROVSKI ZAVOD PAO; a.k.a. KIROVSKII ZAVOD; a.k.a. KIROVSKY ZAVOD PUBLIC JOINT STOCK COMPANY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO KIROVSKI ZAVOD), PR-KT Stachek D. 47, Saint Petersburg 198097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Nov 1992; Tax ID No. 7805019279 (Russia); Government Gazette Number 07519047 (Russia); Registration Number 1027802712365 (Russia) [RUSSIA-EO14024].

KIROVSKY ZAVOD PUBLIC JOINT STOCK COMPANY (f.k.a. KIROVSKI ZAVOD OAO; a.k.a. KIROVSKI ZAVOD PAO; a.k.a. KIROVSKII ZAVOD; a.k.a. KIROVSKY ZAVOD GROUP; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO KIROVSKI ZAVOD), PR-KT Stachek D. 47, Saint Petersburg 198097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Nov 1992; Tax ID No. 7805019279 (Russia); Government Gazette Number 07519047 (Russia); Registration Number 1027802712365 (Russia) [RUSSIA-EO14024].

KIRYANOV, Victor Nikolayevich (Cyrillic: КИРЬЯНОВ, Виктор Николаевич) (a.k.a. KIRYANOV, Viktor Nikolaevich), Palme Ulofa 7-24, Moscow 119049, Russia; DOB 29 Dec 1952; POB Tikhvin, Leningrad Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 120011801 (Russia) (individual) [RUSSIA-EO14024].

KIRYANOV, Viktor Nikolaevich (a.k.a. KIRYANOV, Victor Nikolayevich (Cyrillic: КИРЬЯНОВ, Виктор Николаевич)), Palme Ulofa 7-24, Moscow 119049, Russia; DOB 29

Dec 1952; POB Tikhvin, Leningrad Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 120011801 (Russia) (individual) [RUSSIA-EO14024].

KIRYANOVA, Tatiana Borisovna (Cyrillic: КИРЬЯНОВА, Татьяна Борисовна) (f.k.a. EGEREVA, Tatyana Borisovna (Cyrillic: ЕГЕРЕВА, Татьяна Борисовна); f.k.a. GORLACH, Tatyana Borisovna (Cyrillic: ГОРЛАЧ, Татьяна Борисовна)), Str. Profsoyuznaya 136-1-200, Moscow 117321, Russia; DOB 20 Apr 1966; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 714842540 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KIRYANOV, Victor Nikolayevich).

KIRYUSHKIN, Oleg Nikolayevich (a.k.a. KIRIUSHKIN, Oleg), Sredniy V. O. Pr-Kt, House #85, Apartment 129, Saint Petersburg, Russia; DOB 24 Jan 1948; nationality Russia; alt. nationality Germany; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport C1P3KMKC1 (Germany); Tax ID No. 784190488817 (Russia) (individual) [RUSSIA-EO14024].

KISELEV, Dmitry Konstantinovich (Cyrillic: КИСЕЛЕВ, Дмитрий Константинович) (a.k.a. KISELYOV, Dmitry Konstantinovich (Cyrillic: КИСЕЛЁВ, Дмитрий Константинович)), Moscow, Russia; DOB 26 Apr 1954; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771911447529 (Russia) (individual) [RUSSIA-EO14024] (Linked To: FEDERAL STATE UNITARY ENTERPRISE INTERNATIONAL INFORMATION AGENCY ROSSIYA SEGODNYA).

KISELEV, Mikhail Sergeyevich (Cyrillic: КИСЕЛЁВ, Михаил Сергеевич), Russia; DOB 18 Jun 1986; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KISELEVSKOE PTU PAO (a.k.a. JOINT STOCK COMPANY KISELEVSKOYE POGRUZOCHNO TRANSPORTNOYE UPRAVLENIYE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КИСЕЛЕВСКОЕ ПОГРУЗОЧНО ТРАНСПОРТНОЕ УПРАВЛЕНИЕ)), d. 61 ul. Lenina, Kiselevsk 652700, Russia; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Tax ID No. 4211002340 (Russia); Registration Number 1024201256441 (Russia) [RUSSIA-EO14024].

KISELYOV, Dmitry Konstantinovich (Cyrillic: КИСЕЛЁВ, Дмитрий Константинович) (a.k.a. KISELEV, Dmitry Konstantinovich (Cyrillic: КИСЕЛЕВ, Дмитрий Константинович)), Moscow, Russia; DOB 26 Apr 1954; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771911447529 (Russia) (individual) [RUSSIA-EO14024] (Linked To: FEDERAL STATE UNITARY ENTERPRISE INTERNATIONAL INFORMATION AGENCY ROSSIYA SEGODNYA).

KISH ASIA NAVAK, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

KISH INTERNATIONAL BANK (a.k.a. KISH INTERNATIONAL BANK OFFSHORE COMPANY PJS), NBO-9, Andisheh Blvd, Sanayi Street, Kish Island, Iran; All offices worldwide [IRAN].

KISH INTERNATIONAL BANK OFFSHORE COMPANY PJS (a.k.a. KISH INTERNATIONAL BANK), NBO-9, Andisheh Blvd, Sanayi Street, Kish Island, Iran; All offices worldwide [IRAN].

KISH MECHATRONICS CO, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 26 Jul 2005; National ID No. 10861551083 (Iran); Registration Number 3473 (Iran) [NPWMD] [IFSR] (Linked To: HAKEMZADEH, Farshad).

KISH P AND I CLUB (a.k.a. KISH PROTECTION AND INDEMNITY CLUB; a.k.a. "KPI"), Suite 6, 96 Maalek Ashtar Street Andisheh Blvd. Kish Island, 7941777844, Iran; No-82, 2nd Floor, Soltani St., Nelson Mandela Blvd, Tehran 19677-13855, Iran; Website http://www.kishpandi.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: MEHDI GROUP).

KISH PROTECTION AND INDEMNITY CLUB (a.k.a. KISH P AND I CLUB; a.k.a. "KPI"), Suite 6, 96 Maalek Ashtar Street Andisheh Blvd. Kish Island, 7941777844, Iran; No-82, 2nd Floor, Soltani St., Nelson Mandela Blvd, Tehran 19677-13855, Iran; Website http://www.kishpandi.com; Additional Sanctions Information - Subject to Secondary Sanctions;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: MEHDI GROUP).

KISH ROOYA-E ZENDEGI, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

KISH SOUTH KAVEH COMPANY (a.k.a. KISH SOUTH KAVEH STEEL COMPANY (Arabic: شرکت فولاد کاوه جنوب کیش); a.k.a. SKS STEEL COMPANY; a.k.a. SOUTH KAVEH STEEL CO.; a.k.a. SOUTH KAVEH STEEL COMPANY; a.k.a. STEEL KAVEH SOUTH KISH; a.k.a. "SKS CO."), No. 1/2 Seventh Ave., North Falamak-zarafshan intersections, Phase 4, Shahrak-E Gharb, Tehran, Iran; Persian Gulf Special Economic Zone, 13th Km Shahid Rajaee Highway, Bandar Abbas, Hormozgan, Iran; Next to Behjat Park, No. 12, Apartment Complex Kaveh Golabi Stre, Karimkhan Zand Avenue, Tehran, Iran; Quds District West District, Phase 4, North Felaamak St., Corner of Seventh Alley, No. 2/1, Tehran 1467883741, Iran; Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861569320 (Iran); Registration Number 7103 (Iran) [IRAN-EO13871] [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

KISH SOUTH KAVEH STEEL COMPANY (Arabic: شرکت فولاد کاوه جنوب کیش) (a.k.a. KISH SOUTH KAVEH COMPANY; a.k.a. SKS STEEL COMPANY; a.k.a. SOUTH KAVEH STEEL CO.; a.k.a. SOUTH KAVEH STEEL COMPANY; a.k.a. STEEL KAVEH SOUTH KISH; a.k.a. "SKS CO."), No. 1/2 Seventh Ave., North Falamak-zarafshan intersections, Phase 4, Shahrak-E Gharb, Tehran, Iran; Persian Gulf Special Economic Zone, 13th Km Shahid Rajaee Highway, Bandar Abbas, Hormozgan, Iran; Next to Behjat Park, No. 12, Apartment Complex Kaveh Golabi Stre, Karimkhan Zand Avenue, Tehran, Iran; Quds District West District, Phase 4, North Felaamak St., Corner of Seventh Alley, No. 2/1, Tehran 1467883741, Iran; Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861569320 (Iran); Registration Number 7103 (Iran) [IRAN-EO13871] [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

KISHK, Samir; DOB 14 May 1955; POB Gharbia, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KISLOV, Andrey Igoryevich (Cyrillic: КИСЛОВ, Андрей Игоревич), Russia; DOB 29 Aug 1958; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KISLYAK, Sergei Ivanovich (Cyrillic: КИСЛЯК, Сергей Иванович), Russia; DOB 07 Sep 1950; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KISLYAKOV, Mikhail Leonidovich (Cyrillic: КИСЛЯКОВ, Михаил Леонидович), Russia; DOB 18 Nov 1975; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KISMAYO GENERAL TRADING (a.k.a. KEISMAIO GENERAL TRADING; a.k.a. KISMAYO GENERAL TRADING L.L.C; a.k.a. KISMAYO GENERAL TRADING LLC), 18A Street, Corniche Deira, Deira, Dubai, United Arab Emirates; PO Box 64871, Deira, Dubai, United Arab Emirates; PO Box 80367, Dubai, United Arab Emirates; Al Hamriya, Dubai, United Arab Emirates; Organization Established Date 05 May 2002; Organization Type: Non-specialized wholesale trade; Identification Number 68753 (United Arab Emirates); alt. Identification Number 59260 (United Arab Emirates); License 533917 (United Arab Emirates) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

KISMAYO GENERAL TRADING L.L.C (a.k.a. KEISMAIO GENERAL TRADING; a.k.a. KISMAYO GENERAL TRADING; a.k.a. KISMAYO GENERAL TRADING LLC), 18A Street, Corniche Deira, Deira, Dubai, United Arab Emirates; PO Box 64871, Deira, Dubai, United Arab Emirates; PO Box 80367, Dubai, United Arab Emirates; Al Hamriya, Dubai, United Arab Emirates; Organization Established Date 05 May 2002; Organization Type: Non-specialized wholesale trade; Identification Number 68753 (United Arab Emirates); alt. Identification Number 59260 (United Arab Emirates); License 533917 (United Arab

Emirates) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

KISMAYO GENERAL TRADING LLC (a.k.a. KEISMAIO GENERAL TRADING; a.k.a. KISMAYO GENERAL TRADING; a.k.a. KISMAYO GENERAL TRADING L.L.C), 18A Street, Corniche Deira, Deira, Dubai, United Arab Emirates; PO Box 64871, Deira, Dubai, United Arab Emirates; PO Box 80367, Dubai, United Arab Emirates; Al Hamriya, Dubai, United Arab Emirates; Organization Established Date 05 May 2002; Organization Type: Non-specialized wholesale trade; Identification Number 68753 (United Arab Emirates); alt. Identification Number 59260 (United Arab Emirates); License 533917 (United Arab Emirates) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

KITAEVA, Irina Viktorovna (a.k.a. NIKOLAEVA, Irina Viktorovna (Cyrillic: НИКОЛАЕВА, Ирина Викторовна)), Russia; DOB 15 Jul 1983; POB Troitsk, Russia; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4607444893 (Russia); Tax ID No. 504603132375 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OOO SERNIYA INZHINIRING).

KITOKO FOOD FARM (a.k.a. KITOKOFOOD, SPRL; a.k.a. LA FERME KITOKO FOOD; a.k.a. "KITOKO"), 70 Avenue Batetela, Immeuble Tilapia, 5e etage, Gombe, Kinshasa, Congo, Democratic Republic of the; Along the N'sele River 50km (30 miles) outside Kinshasa, Congo, Democratic Republic of the [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

KITOKOFOOD, SPRL (a.k.a. KITOKO FOOD FARM; a.k.a. LA FERME KITOKO FOOD; a.k.a. "KITOKO"), 70 Avenue Batetela, Immeuble Tilapia, 5e etage, Gombe, Kinshasa, Congo, Democratic Republic of the; Along the N'sele River 50km (30 miles) outside Kinshasa, Congo, Democratic Republic of the [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

KIVIKO, Irina Valerievna; DOB 05 Sep 1970; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KIVIRCIK, Ali (a.k.a. ALTUG, Risa; a.k.a. ALTUN, Ali Riza; a.k.a. RIZA, Ebubekir); DOB 01 Jan 1956; POB Kucuk Sobecimen, Turkey; nationality Turkey (individual) [SDNTK].

KIYASHKO, Andrey Vladimirovich (Cyrillic: КИЯШКО, Андрей Владимирович), Horoshevskoe Shosse 64-367, Moscow 117499, Russia; DOB 11 Dec 1988; POB Krasnodar, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KIYOTA, Jiro (a.k.a. SIN, Byon-Gyu); DOB 1940; POB Japan (individual) [TCO].

KIZEEV, Mikhail Vladimirovich (Cyrillic: КИЗЕЕВ, Михаил Владимирович), Russia; DOB 31 Mar 1978; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KIZLYAR ELECTRO-MECHANICAL PLANT (a.k.a. CONCERN KEMZ OJSC; a.k.a. KIZLYAR ELECTROMECHANICAL PLANT JSC; a.k.a. OJSC KONTSERN KIZLYARSKY ELEKTROMEKHANICHESKY FACTORY), Kutuzov st. 1, Kizlyar, Dagestan Rep., Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 547003781 (Russia); Registration Number 1020502308507 (Russia) [RUSSIA-EO14024].

KIZLYAR ELECTROMECHANICAL PLANT JSC (a.k.a. CONCERN KEMZ OJSC; a.k.a. KIZLYAR ELECTRO-MECHANICAL PLANT; a.k.a. OJSC KONTSERN KIZLYARSKY ELEKTROMEKHANICHESKY FACTORY), Kutuzov st. 1, Kizlyar, Dagestan Rep., Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 547003781 (Russia); Registration Number 1020502308507 (Russia) [RUSSIA-EO14024].

KJRC-BOSNIA AND HERZEGOVINA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a.

JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

KK YAMATERU (a.k.a. YAMAKI, K.K. (Japanese: 株式会社山輝)), 5-10-11, Shinohara Nakamachi, Nada-ku, Kobe, Hyogo 657-0066, Japan (Japanese: 灘区篠原中町五丁目１０番１１号, 神戸市, 兵庫県 657-0066, Japan); Company Number 1400-01-004182 (Japan) [TCO] (Linked To: YAMAGUCHI-GUMI; Linked To: MORIO, Utao; Linked To: TSUDA, Chikara).

KKBC (a.k.a. BORDER TRADE SETTLEMENT BANK; a.k.a. DPRK BORDER TRADE SETTLEMENT BANK; a.k.a. KOREA KWANGSON BANKING CORP; a.k.a. "BTSB"), Jungson-dong, Sungri Street, Central District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KKCMTSH (a.k.a. NATIONAL COMMITTEE FOR THE LIBERATION AND PROTECTION OF ALBANIAN LANDS) [BALKANS].

KKVY BUCERIAS, S.A. DE C.V. (a.k.a. KVY BUCERIAS, S.A. DE C.V.), Guadalajara, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Sep 2022; Organization Type: Real estate activities on a fee or contract basis; Folio Mercantil No. N-2022067653 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: IBARRA DIAZ JR., Michael).

KLARET AVIATION LIMITED, Louloupis Court, Floor No: 7, Christodoylou Chatzipaylou 205, Limassol 3036, Cyprus; 720 West Bay Road, P.O. Box 601, Buckingham Square, Grand Cayman KY1-9006, Cayman Islands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Feb 2018; Registration Number O3170 (Cyprus) [RUSSIA-EO14024] (Linked To: THE SISTER TRUST).

KLAS KIMYASAL URUNLER TICARET LIMITED SIRKETI, Molla Fenari Mah. Carsikapa Cad.

Centilmen, Han No: 20 IC Kapi No: 96, Fatih, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 100889-8 (Turkey) [NPWMD] [IFSR] (Linked To: GOK, Mahmut).

KLEMENTEV, Mikhail (a.k.a. KLEMENTYEV, Mikhail Alekseyevich), Turkey; DOB 30 Dec 1988; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

KLEMENTYEV, Mikhail Alekseyevich (a.k.a. KLEMENTEV, Mikhail), Turkey; DOB 30 Dec 1988; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

KLIMINA, Evgeniia (a.k.a. KLIMINA, Evgeniia Aleksandrovna; a.k.a. KLIMINA, Jane; a.k.a. KLIMINA, Yevgeniya; a.k.a. KLIMINA, Yevgeniya Aleksandrovna), Moscow, Russia; Saint Petersburg, Russia; DOB 21 Dec 1978; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 713169679 (Russia) expires 03 Feb 2021 (individual) [RUSSIA-EO14024].

KLIMINA, Evgeniia Aleksandrovna (a.k.a. KLIMINA, Evgeniia; a.k.a. KLIMINA, Jane; a.k.a. KLIMINA, Yevgeniya; a.k.a. KLIMINA, Yevgeniya Aleksandrovna), Moscow, Russia; Saint Petersburg, Russia; DOB 21 Dec 1978; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 713169679 (Russia) expires 03 Feb 2021 (individual) [RUSSIA-EO14024].

KLIMINA, Jane (a.k.a. KLIMINA, Evgeniia; a.k.a. KLIMINA, Evgeniia Aleksandrovna; a.k.a. KLIMINA, Yevgeniya; a.k.a. KLIMINA, Yevgeniya Aleksandrovna), Moscow, Russia; Saint Petersburg, Russia; DOB 21 Dec 1978; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 713169679 (Russia) expires 03 Feb 2021 (individual) [RUSSIA-EO14024].

KLIMINA, Yevgeniya (a.k.a. KLIMINA, Evgeniia; a.k.a. KLIMINA, Evgeniia Aleksandrovna; a.k.a. KLIMINA, Jane; a.k.a. KLIMINA, Yevgeniya Aleksandrovna), Moscow, Russia; Saint Petersburg, Russia; DOB 21 Dec 1978; POB Russia; nationality Russia; Gender Female;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 713169679 (Russia) expires 03 Feb 2021 (individual) [RUSSIA-EO14024].

KLIMINA, Yevgeniya Aleksandrovna (a.k.a. KLIMINA, Evgeniia; a.k.a. KLIMINA, Evgeniia Aleksandrovna; a.k.a. KLIMINA, Jane; a.k.a. KLIMINA, Yevgeniya), Moscow, Russia; Saint Petersburg, Russia; DOB 21 Dec 1978; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 713169679 (Russia) expires 03 Feb 2021 (individual) [RUSSIA-EO14024].

KLIMOV, Andrei Akardyevich (a.k.a. KLIMOV, Andrey Akardyevich (Cyrillic: КЛИМОВ, Андрей Аркадьевич)), Russia; DOB 09 Nov 1954; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KLIMOV, Andrey Akardyevich (Cyrillic: КЛИМОВ, Андрей Аркадьевич) (a.k.a. KLIMOV, Andrei Akardyevich), Russia; DOB 09 Nov 1954; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KLIMOVSK SPECIALIZED AMMUNITION PLANT JSC KSAP (a.k.a. CLOSED JOINT STOCK COMPANY KLIMOVSKIY SPECIALIZED AMMUNITION PLANT (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КЛИМОВСКИЙ СПЕЦИАЛИЗИРОВАННЫЙ ПАТРОННЫЙ ЗАВОД); a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO KLIMOVSKI SPETSIALIZIROVANNY PATRONNY ZAVOD), Ul. R.Lyuksemburg 18A, Tarusa 249100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5021011845 (Russia) [RUSSIA-EO14024].

KLINGE, Marco, Dubai, United Arab Emirates; DOB 19 Feb 1975; POB Osterberg, Germany; nationality Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Identification Number 02667099 (India) (individual) [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

KLINPAUER (a.k.a. "CLEANPOWER"), Ul. Smirnovskaya D. 25, Str. 8, Floor 1, Pomeshch. 16V, Moscow 109052, Russia; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Tax ID No. 7743346040 (Russia); Registration Number 1207700314381 (Russia) [RUSSIA-EO14024].

KLIOSA LIMITED, 6023 Afstralias 6, Larnaca 3017, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Jun 2009; Organization Type: Non-specialized wholesale trade; Registration Number C250934 (Cyprus) [RUSSIA-EO14024] (Linked To: VOLFOVICH, Alexander).

KLISHAS, Andrei (a.k.a. KLISHAS, Andrey Aleksandrovich (Cyrillic: КЛИШАС, Андрей Александрович)), Russia; DOB 09 Nov 1972; POB Yekaterinburg, Sverdlovsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KLISHAS, Andrey Aleksandrovich (Cyrillic: КЛИШАС, Андрей Александрович) (a.k.a. KLISHAS, Andrei), Russia; DOB 09 Nov 1972; POB Yekaterinburg, Sverdlovsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KLISHIN, Mikhail Alekseevich, Russia; DOB 09 Oct 1954; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

KLIUIEV, Andrii Petrovych (a.k.a. KLUEV, Andriy; a.k.a. KLYUEV, Andriy; a.k.a. KLYUYEV, Andrey; a.k.a. KLYUYEV, Andriy Petrovych); DOB 12 Aug 1964; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KLO HTOO BAW BATTALION (a.k.a. DEMOCRATIC KAREN BENEVOLENT ARMY; a.k.a. DEMOCRATIC KAREN BUDDHIST ARMY; a.k.a. DEMOCRATIC KAREN BUDDHIST ARMY BRIGADE 5; a.k.a. KALOH HTOO BAW ARMED GROUP; a.k.a. KAREN KLO HTOO BAW ORGANIZATION; a.k.a.

"DKBA"; a.k.a. "DKBA 5"; a.k.a. "KKO"), Sone See Myaing Village, Myawaddy, Karen State, Burma; Organization Established Date 08 Nov 2010; Target Type Armed Group [BURMA-EO14014] [CYBER4].

KLUAI YUAI, Choi Luang (a.k.a. CHANG, Chin Sung; a.k.a. "AH SUNG"), Shan State, Burma; 57/2 , Mu 4, Tambon Pa Pae, Amphur Mae Taeng, Chiang Mai, Thailand; DOB 20 Dec 1959; National ID No. 3550700628151 (Thailand) (individual) [SDNTK].

KLUEV, Andriy (a.k.a. KLIUIEV, Andrii Petrovych; a.k.a. KLYUEV, Andriy; a.k.a. KLYUYEV, Andrey; a.k.a. KLYUYEV, Andriy Petrovych); DOB 12 Aug 1964; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KLYCHKOV, Andrey Evgenyevich (Cyrillic: КЛЫЧКОВ, Андрей Евгеньевич), Orel Region, Russia; DOB 02 Sep 1979; POB Kaliningrad, Kaliningrad Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 390406666037 (Russia) (individual) [RUSSIA-EO14024].

KLYUCHEVYE INFORMATSIONNYE SISTEMY (a.k.a. LIMITED LIABILITY COMPANY KEY INFORMATION SYSTEMS (Cyrillic: КЛЮЧЕВЫЕ ИНФОРМАЦИОННЫЕ СИСТЕМЫ)), Ul. Elektrozavodskaya d. 24, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Jul 2014; Tax ID No. 7718990822 (Russia); Registration Number 1147746835830 (Russia) [RUSSIA-EO14024].

KLYUEV, Andriy (a.k.a. KLIUIEV, Andrii Petrovych; a.k.a. KLUEV, Andriy; a.k.a. KLYUYEV, Andrey; a.k.a. KLYUYEV, Andriy Petrovych); DOB 12 Aug 1964; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KLYUEV, Dmitry Vladislavovich (a.k.a. KLYUYEV, Dmitriy); DOB 10 Aug 1967 (individual) [MAGNIT].

KLYUKIN, Mikhail Vasilyevich (Cyrillic: КЛЮКИН, Михаил Васильевич), 1st Krasnoarmeyskiy per. 4 flat 187, Mytishi, Moscow, Russia; DOB 22 Sep 1977; POB Kirov, Russia; nationality Russia; alt. nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Passport K00299010 (Cyprus) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

KLYUYEV, Andrey (a.k.a. KLIUIEV, Andrii Petrovych; a.k.a. KLUEV, Andriy; a.k.a. KLYUEV, Andriy; a.k.a. KLYUYEV, Andriy Petrovych); DOB 12 Aug 1964; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KLYUYEV, Andriy Petrovych (a.k.a. KLIUIEV, Andrii Petrovych; a.k.a. KLUEV, Andriy; a.k.a. KLYUEV, Andriy; a.k.a. KLYUYEV, Andrey); DOB 12 Aug 1964; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KLYUYEV, Dmitriy (a.k.a. KLYUEV, Dmitry Vladislavovich); DOB 10 Aug 1967 (individual) [MAGNIT].

KMZ CO LTD (a.k.a. KINGISEPP MACHINE BUILDING PLANT LLC; a.k.a. LIMITED LIABILITY COMPANY KINGISEPSKY MACHINE BUILDING PLANT), Prkt Slavy D. 52, Kor/Lit. 1/A, Pom. 51N, Saint Petersburg 192241, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7816562511 (Russia); Registration Number 1137847194187 (Russia) [RUSSIA-EO14024].

KNAAPO (Cyrillic: КНААПО) (a.k.a. KOMSOMOLSK-ON-AMUR AIRCRAFT PRODUCTION ASSOCIATION; a.k.a. KOMSOMOLSK-ON-AMUR AVIATION PLANT), 1 Sovetskaya Str., Komsomolsk On Amur 681018, Russia; Website www.knaapo.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2703019760 (Russia) [RUSSIA-EO14024].

KNEZEVIC, Dusan; DOB 23 Jun 1955; POB Orlovci, Bosnia-Herzegovina; ICTY indictee in custody (individual) [BALKANS].

KNH GLOBAL PRIVATE LIMITED (a.k.a. KNH SHIPPING LTD.; a.k.a. KNH SHIPPING PRIVATE LIMITED; a.k.a. KNH SHIPPING PVT LTD), Shop No. 8, Mayur Complex, Faridi Nagar Cimap, Chandan Road, Indra Nagar, Lucknow, Uttar Pradesh 226016, India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.I.N. U63090UP2019PTC117063 (India); Registration Number 117603 (India) issued 17

May 2019 [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

KNH SHIPPING LTD. (a.k.a. KNH GLOBAL PRIVATE LIMITED; a.k.a. KNH SHIPPING PRIVATE LIMITED; a.k.a. KNH SHIPPING PVT LTD), Shop No. 8, Mayur Complex, Faridi Nagar Cimap, Chandan Road, Indra Nagar, Lucknow, Uttar Pradesh 226016, India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.I.N. U63090UP2019PTC117063 (India); Registration Number 117603 (India) issued 17 May 2019 [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

KNH SHIPPING PRIVATE LIMITED (a.k.a. KNH GLOBAL PRIVATE LIMITED; a.k.a. KNH SHIPPING LTD.; a.k.a. KNH SHIPPING PVT LTD), Shop No. 8, Mayur Complex, Faridi Nagar Cimap, Chandan Road, Indra Nagar, Lucknow, Uttar Pradesh 226016, India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.I.N. U63090UP2019PTC117063 (India); Registration Number 117603 (India) issued 17 May 2019 [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

KNH SHIPPING PVT LTD (a.k.a. KNH GLOBAL PRIVATE LIMITED; a.k.a. KNH SHIPPING LTD.; a.k.a. KNH SHIPPING PRIVATE LIMITED), Shop No. 8, Mayur Complex, Faridi Nagar Cimap, Chandan Road, Indra Nagar, Lucknow, Uttar Pradesh 226016, India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.I.N. U63090UP2019PTC117063 (India); Registration Number 117603 (India) issued 17 May 2019 [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

KNIAGININ, Vladimir Nikolaevich (a.k.a. KNIAGININ, Vladimir Nikolayevich; a.k.a. KNYAGININ, Vladimir Nikolaevich (Cyrillic: КНЯГИНИН, Владимир Николаевич); a.k.a. KNYAGININ, Vladimir Nikolayevich), Russia; DOB 20 Jan 1961; POB Abakan, Khakasia Republic, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: AO ABR MANAGEMENT).

KNIAGININ, Vladimir Nikolayevich (a.k.a. KNIAGININ, Vladimir Nikolaevich; a.k.a. KNYAGININ, Vladimir Nikolaevich (Cyrillic:

КНЯГИНИН, Владимир Николаевич); a.k.a. KNYAGININ, Vladimir Nikolayevich), Russia; DOB 20 Jan 1961; POB Abakan, Khakasia Republic, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: AO ABR MANAGEMENT).

KNOKKE HEIST SUPPORT CORPORATION MANAGEMENT, Paul Parmentierlaan 121, Knokke-Heist 8300, Belgium; Nyckeesstraat 4, Knokke-Heist 8300, Belgium; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Nov 2019; Target Type Private Company; Branch Unit Number 2299715293 (Belgium); Registration Number 0737640854 (Belgium) [RUSSIA-EO14024] (Linked To: DE GEETERE, Hans).

KNOWLES, JR., Samuel (a.k.a. KNOWLES, Samuel); DOB 28 May 1959; POB Bahamas (individual) [SDNTK].

KNOWLES, Samuel (a.k.a. KNOWLES, JR., Samuel); DOB 28 May 1959; POB Bahamas (individual) [SDNTK].

KNRP INDONESIA (a.k.a. KOMITE NASIONAL UNTUK RAKYAT PALESTINA; a.k.a. NATIONAL COMMITTEE FOR THE PALESTINIAN PEOPLE), Jl. Jabir No. 11 B, Ragunan, Pasar Minggu, Jakarta 12550, Indonesia; Website https://knrp.org/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 May 2006; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

KNS GROUP LLC (a.k.a. KNS GROUP OOO (Cyrillic: КНС ГРУПП ООО); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVESTSTVENNOSTYU KNS GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КНС ГРУПП); a.k.a. "YADRO" (Cyrillic: "ЯДРО")), Rochdelskaya street, house 15, building 15, floor 4, unit 4, room 4, Moscow 123376, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701411241 (Russia); Business Registration Number 5147746249668 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HOLDING INTELLIGENT COMPUTER SYSTEMS).

KNS GROUP OOO (Cyrillic: КНС ГРУПП ООО) (a.k.a. KNS GROUP LLC; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVESTSTVENNOSTYU KNS GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КНС ГРУПП); a.k.a. "YADRO" (Cyrillic: "ЯДРО")), Rochdelskaya street, house 15, building 15, floor 4, unit 4, room 4, Moscow 123376, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701411241 (Russia); Business Registration Number 5147746249668 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HOLDING INTELLIGENT COMPUTER SYSTEMS).

KNYAGININ, Vladimir Nikolaevich (Cyrillic: КНЯГИНИН, Владимир Николаевич) (a.k.a. KNIAGININ, Vladimir Nikolaevich; a.k.a. KNIAGININ, Vladimir Nikolayevich; a.k.a. KNYAGININ, Vladimir Nikolayevich), Russia; DOB 20 Jan 1961; POB Abakan, Khakasia Republic, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: AO ABR MANAGEMENT).

KNYAGININ, Vladimir Nikolayevich (a.k.a. KNIAGININ, Vladimir Nikolaevich; a.k.a. KNIAGININ, Vladimir Nikolayevich; a.k.a. KNYAGININ, Vladimir Nikolaevich (Cyrillic: КНЯГИНИН, Владимир Николаевич)), Russia; DOB 20 Jan 1961; POB Abakan, Khakasia Republic, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: AO ABR MANAGEMENT).

KNYAZEV, Igor Anatolyevich, St. Petersburg, Russia; DOB 26 Jul 1986; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 780532513677 (Russia) (individual) [CAATSA - RUSSIA] [CYBER4] (Linked To: AEZA GROUP LLC).

KNYRIK, Konstantin Sergeyevich, Crimea, Ukraine; DOB 14 Aug 1989; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 910406732278 (Russia) (individual) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: NEWSFRONT; Linked To: FEDERAL SECURITY SERVICE).

KO, Chol Man (a.k.a. KO, Ch'o'l-man), Shenyang, China; DOB 30 Sep 1967; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472420180; Foreign Trade Bank of the Democratic People's Republic of Korea representative (individual) [DPRK2].

KO, Ch'o'l-Chae, Dalian, China; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Deputy Representative, KOMID (individual) [NPWMD].

KO, Ch'o'l-man (a.k.a. KO, Chol Man), Shenyang, China; DOB 30 Sep 1967; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472420180; Foreign Trade Bank of the Democratic People's Republic of Korea representative (individual) [DPRK2].

KO, Il Hwan (a.k.a. KO, Il-hwan), Shenyang, China; DOB 28 Aug 1967; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 927220424 expires 12 Jun 2022; Korea Daesong Bank Official (individual) [DPRK4].

KO, Il-hwan (a.k.a. KO, Il Hwan), Shenyang, China; DOB 28 Aug 1967; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 927220424 expires 12 Jun 2022; Korea Daesong Bank Official (individual) [DPRK4].

KO, Maung (a.k.a. KO, U Maung), Burma; DOB 17 Jun 1950; nationality Burma; citizen Burma; Gender Male; National ID No. 1MAKATANAING033491 (Burma); Mandalay Region Chief Minister (individual) [BURMA-EO14014].

KO, Tae Hun (a.k.a. KIM, Myong Gi); DOB 25 May 1972; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214; Passport 563120630 (Korea, North) expires 20 Mar 2018; Tanchon Commercial Bank Representative (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

KO, U Maung (a.k.a. KO, Maung), Burma; DOB 17 Jun 1950; nationality Burma; citizen Burma; Gender Male; National ID No. 1MAKATANAING033491 (Burma); Mandalay Region Chief Minister (individual) [BURMA-EO14014].

KOACH (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KOBAN SHIPPING L.L.C (Arabic: كوبان للشحن ش.ذ.م.م), Office 1108, Conrad Office Tower, Sheikh Zayed Road, Dubai, United Arab Emirates; Al Khabeesi, Deira, Dubai, United Arab Emirates; Organization Established Date 18 Mar 2019; Identification Number IMO 6134958; Registration Number 829349 (United Arab Emirates); Economic Register Number (CBLS) 11342434 (United Arab Emirates)

[IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

KOBE YAMAGUCHI-GUMI (Japanese: 神戸山口組), 88-1 Shizuki, Awaji-shi, Hyogo-ken, Japan (Japanese: 八十八番地ー志筑, 淡路市, 兵庫県, Japan) [TCO] (Linked To: YAKUZA).

KOBEISSI, Abd Al Menhem (a.k.a. AL-QUBAYSI, Abd-al-Munim; a.k.a. KOBEISSI, Abdel Menhem; a.k.a. KOBEISSI, Abdul Menhem; a.k.a. KOBEISSY, Abdul Menhem; a.k.a. KUBAYSY, Abd Al Munhim; a.k.a. QUBAYSI, Abd Al Menhem); DOB 01 Jan 1964; alt. DOB 1961; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 1622378 (Lebanon) (individual) [SDGT].

KOBEISSI, Abdel Menhem (a.k.a. AL-QUBAYSI, Abd-al-Munim; a.k.a. KOBEISSI, Abd Al Menhem; a.k.a. KOBEISSI, Abdul Menhem; a.k.a. KOBEISSY, Abdul Menhem; a.k.a. KUBAYSY, Abd Al Munhim; a.k.a. QUBAYSI, Abd Al Menhem); DOB 01 Jan 1964; alt. DOB 1961; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 1622378 (Lebanon) (individual) [SDGT].

KOBEISSI, Abdul Menhem (a.k.a. AL-QUBAYSI, Abd-al-Munim; a.k.a. KOBEISSI, Abd Al Menhem; a.k.a. KOBEISSI, Abdel Menhem; a.k.a. KOBEISSY, Abdul Menhem; a.k.a. KUBAYSY, Abd Al Munhim; a.k.a. QUBAYSI, Abd Al Menhem); DOB 01 Jan 1964; alt. DOB 1961; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 1622378 (Lebanon) (individual) [SDGT].

KOBEISSY, Abdul Menhem (a.k.a. AL-QUBAYSI, Abd-al-Munim; a.k.a. KOBEISSI, Abd Al Menhem; a.k.a. KOBEISSI, Abdel Menhem; a.k.a. KOBEISSI, Abdul Menhem; a.k.a. KUBAYSY, Abd Al Munhim; a.k.a. QUBAYSI, Abd Al Menhem); DOB 01 Jan 1964; alt. DOB

1961; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 1622378 (Lebanon) (individual) [SDGT].

KOBETS, Aleksandr Yurevich (Cyrillic: КОБЕЦ, Александр Юрьевич) (a.k.a. KOBETS, Oleksandr Yuriyovych (Cyrillic: КОБЕЦЬ, Олександр Юрійович)), Kherson Region, Ukraine; DOB 27 Sep 1959; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2181924159 (Ukraine) (individual) [RUSSIA-EO14024].

KOBETS, Oleksandr Yuriyovych (Cyrillic: КОБЕЦЬ, Олександр Юрійович) (a.k.a. KOBETS, Aleksandr Yurevich (Cyrillic: КОБЕЦ, Александр Юрьевич)), Kherson Region, Ukraine; DOB 27 Sep 1959; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2181924159 (Ukraine) (individual) [RUSSIA-EO14024].

KOBI INTERNATIONAL COMPANY, Room A1, 14 Floor, Success Industrial Building, No. 17 Sheung Hei St., San Po Kong, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Nov 2008; Target Type Private Company; Registration Number 39988825-000 (Hong Kong) [RUSSIA-EO14024].

KOBOLT TRADING FZ LLC, PO Box 10055, office AB216, Administration Building, RAKEZ Business Zone-FZ, Ras Al Khaimah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 100488566900003 (United Arab Emirates); License 5020807 (United Arab Emirates); Economic Register Number (CBLS) 11401274 (United Arab Emirates) [RUSSIA-EO14024].

KOBYLKIN, Dmitry Nikolaevich (Cyrillic: КОБЫЛКИН, Дмитрий Николаевич), Russia; DOB 07 Jul 1971; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOBZEV, Igor Ivanovich (Cyrillic: КОБЗЕВ, Игорь Иванович), Irkutsk Region, Russia; DOB 29 Oct 1966; POB Voronezh, Voronezh Region, Russia; nationality Russia; citizen Russia;

Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 366218895903 (Russia) (individual) [RUSSIA-EO14024].

KOC GEMICILIK VE TASIMACILIK DIS TICARET LIMITED SIRKETI, Ic Kapi No: 301, Vural Han No: 36 Bab-I Ali Cad. Alemdar Mah., Fatih, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Sea and coastal freight water transport; Registration Number 352819-5 (Turkey) [RUSSIA-EO14024].

KOCAK, Abdul Wahab (a.k.a. KOCAK, Abdulvahap (Arabic: عبدالوهاب كوچاك); a.k.a. KOCAK, Abdulvahhab; a.k.a. KOCHAK, Abdulvahap), Turkey; DOB 09 Sep 1999; POB Adiyaman, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U12429867 (Turkey) expires 18 Mar 2021 (individual) [IRAN-HR] (Linked To: SHARIFI-ZINDASHTI, Naji Ibrahim).

KOCAK, Abdulvahap (Arabic: عبدالوهاب كوچاك) (a.k.a. KOCAK, Abdul Wahab; a.k.a. KOCAK, Abdulvahhab; a.k.a. KOCHAK, Abdulvahap), Turkey; DOB 09 Sep 1999; POB Adiyaman, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U12429867 (Turkey) expires 18 Mar 2021 (individual) [IRAN-HR] (Linked To: SHARIFI-ZINDASHTI, Naji Ibrahim).

KOCAK, Abdulvahhab (a.k.a. KOCAK, Abdul Wahab; a.k.a. KOCAK, Abdulvahap (Arabic: عبدالوهاب كوچاك); a.k.a. KOCHAK, Abdulvahap), Turkey; DOB 09 Sep 1999; POB Adiyaman, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U12429867 (Turkey) expires 18 Mar 2021 (individual) [IRAN-HR] (Linked To: SHARIFI-ZINDASHTI, Naji Ibrahim).

KOCAK, Ali (Arabic: على كوچک) (a.k.a. KOCHAK, Ali), Orumiyeh, West Azerbaijan Province, Iran; Turkey; DOB 30 Sep 1985; POB Adiyaman Kahta, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 20926131442 (Turkey) (individual) [IRAN-HR] (Linked To: SHARIFI-ZINDASHTI, Naji Ibrahim).

KOCHAK, Abdulvahap (a.k.a. KOCAK, Abdul Wahab; a.k.a. KOCAK, Abdulvahap (Arabic: عبدالوهاب كوچاك); a.k.a. KOCAK, Abdulvahhab), Turkey; DOB 09 Sep 1999; POB Adiyaman, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U12429867 (Turkey) expires 18 Mar 2021 (individual) [IRAN-HR] (Linked To: SHARIFI-ZINDASHTI, Naji Ibrahim).

KOCHAK, Ali (a.k.a. KOCAK, Ali (Arabic: على كوچک)), Orumiyeh, West Azerbaijan Province, Iran; Turkey; DOB 30 Sep 1985; POB Adiyaman Kahta, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 20926131442 (Turkey) (individual) [IRAN-HR] (Linked To: SHARIFI-ZINDASHTI, Naji Ibrahim).

KOCHANOVA, Natalia Ivanovna (Cyrillic: КОЧАНОВА, Наталья Ивановна) (a.k.a. KACHANAVA, Natallia Ivanauna (Cyrillic: КАЧАНАВА, Наталля Іванаўна); a.k.a. KOCHANOVA, Natalya), Minsk, Belarus; DOB 25 Sep 1960; POB Polotsk, Vitebsk Oblast, Belarus; nationality Belarus; Gender Female (individual) [BELARUS].

KOCHANOVA, Natalya (a.k.a. KACHANAVA, Natallia Ivanauna (Cyrillic: КАЧАНАВА, Наталля Іванаўна); a.k.a. KOCHANOVA, Natalia Ivanovna (Cyrillic: КОЧАНОВА, Наталья Ивановна)), Minsk, Belarus; DOB 25 Sep 1960; POB Polotsk, Vitebsk Oblast, Belarus; nationality Belarus; Gender Female (individual) [BELARUS].

KOCHAROV, Vakhtang Ernstovich, Russia; United Arab Emirates; DOB 03 Mar 1982; POB Baku, Azerbaijan; nationality Russia; alt. nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport K00224516 (Cyprus) expires 28 May 2025 (individual) [RUSSIA-EO14024].

KOCHAROVA, Gulnoz Zunnurovna (a.k.a. ISMAILOVA, Gulnoz Zunnurovna), Russia; Cyprus; Switzerland; DOB 04 Oct 1982; POB Tashkent, Uzbekistan; nationality Russia; alt. nationality Cyprus; citizen Uzbekistan; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport K00224544 (Cyprus) issued 28 May 2015 expires 28 May 2025 (individual) [RUSSIA-EO14024] (Linked To: ALMENOR HOLDINGS LIMITED).

KOCHI, Haji Shahbaz Khan (a.k.a. HAN, Cellat; a.k.a. HAN, Sahbaz; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Haji Shahbaz; a.k.a. ZADRAN, Shabbaz; a.k.a. ZADRAN, Shahbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

KOCHIEV, Robert Ivanovich (Cyrillic: КОЧИЕВ, Роберт Иванович), Russia; DOB 16 Mar 1966; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOCHKIN, Aleksander Viktorovich (a.k.a. KOCHKIN, Alexander Viktorovich), Russia; DOB 10 Feb 1957; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: NPK TEKHMASH OAO).

KOCHKIN, Alexander Viktorovich (a.k.a. KOCHKIN, Aleksander Viktorovich), Russia; DOB 10 Feb 1957; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: NPK TEKHMASH OAO).

KOCHMAN, Evgenii Borisovich (a.k.a. KOCHMAN, Evgeniy Borisovich (Cyrillic: КОЧМАН, Евгений Борисович)), Russia; Monaco; France; DOB 25 Aug 1980; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770465009803 (Russia) (individual) [RUSSIA-EO14024].

KOCHMAN, Evgeniy Borisovich (Cyrillic: КОЧМАН, Евгений Борисович) (a.k.a. KOCHMAN, Evgenii Borisovich), Russia; Monaco; France; DOB 25 Aug 1980; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770465009803 (Russia) (individual) [RUSSIA-EO14024].

KOCNER, Marian, Slovakia; DOB 17 May 1963; POB Ruzomberok, Slovakia; nationality Slovakia; Gender Male; Passport 4305176196 (Slovakia) expires 31 Mar 2025 (individual) [GLOMAG].

KOD BEZOPASNOSTI (a.k.a. LLC SECURITY CODE (Cyrillic: ООО КОД БЕЗОПАСНОСТИ)), 1-I Nagatinskii Proezd D. 10, Str. 1, Moscow 115230, Russia; A/YA 66 Postbox 66, Moscow 115127, Russia; PR-D Murmanskii D. 14, K. 1, Moscow 129075, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Manufacture of computers and peripheral equipment; alt. Organization Type: Computer programming activities; Tax ID No. 7715719244 (Russia); Registration Number 5087746212241 (Russia) [RUSSIA-EO14024].

KODE SHIMIYAIE OREH LORDEGAN (a.k.a. LORDEGAN PETROCHEMICAL CO.; a.k.a. LORDEGAN UREA FERTILIZER CO.; a.k.a. LORDEGAN UREA FERTILIZER COMPANY), No. 48, Saadat Abad, Farahzadi Boulevard, Nakhlestan Street, Golestan Alley-I, Tehran 1517769513, Iran; 3rd Floor, No. 24, Kafi Abadi Street, Pesyan Street, Moghadas Ardebili Avenue, Zaferanieh, Tehran 1987957553, Iran; Beginning of Kashan Boulevard, Second Floor, No. 2, Shahrekord, Iran; P.O. Box 1517769513, Tehran, Iran; Website www.lordegan.co; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 7603 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

KODOKAI (a.k.a. KODO-KAI (Japanese: 弘道会); a.k.a. KOUDOU-KAI; a.k.a. SANDAIME KODO-KAI (Japanese: 三代目弘道会); a.k.a. THIRD KODO-KAI), 1-117 Shukuatocho, Nakamura Ward, Nagoya, Aichi, Japan (Japanese: 1-117 宿跡町中村区, 名古屋市, 愛知県, Japan) [TCO] (Linked To: YAMAGUCHI-GUMI; Linked To: TAKAYAMA, Kiyoshi; Linked To: SHINODA, Kenichi).

KODO-KAI (Japanese: 弘道会) (a.k.a. KODOKAI; a.k.a. KOUDOU-KAI; a.k.a. SANDAIME KODO-KAI (Japanese: 三代目弘道会); a.k.a. THIRD KODO-KAI), 1-117 Shukuatocho, Nakamura Ward, Nagoya, Aichi, Japan (Japanese: 1-117 宿跡町中村区, 名古屋市, 愛知県, Japan) [TCO] (Linked To: YAMAGUCHI-GUMI; Linked To: TAKAYAMA, Kiyoshi; Linked To: SHINODA, Kenichi).

KOFMAN, Aleksandr Igorevich (a.k.a. KOFMAN, Oleksandr); DOB 30 Aug 1977; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KOFMAN, Oleksandr (a.k.a. KOFMAN, Aleksandr Igorevich); DOB 30 Aug 1977; Secondary sanctions risk: Ukraine-/Russia-Related

Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KOGAN, Alexander Borisovich (Cyrillic: КОГАН, Александр Борисович), Russia; DOB 26 Feb 1969; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOGOGIN, Sergei Anatolyevich (Cyrillic: КОГОГИН, Сергей Анатольевич) (a.k.a. KOGOGIN, Sergey), Russia; DOB 16 Nov 1957; POB Bolshie Klyuchi village, Zelenodolsk Region, the Republic of Tatarstan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 164804995925 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

KOGOGIN, Sergey (a.k.a. KOGOGIN, Sergei Anatolyevich (Cyrillic: КОГОГИН, Сергей Анатольевич)), Russia; DOB 16 Nov 1957; POB Bolshie Klyuchi village, Zelenodolsk Region, the Republic of Tatarstan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 164804995925 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

KOGOGINA, Alfia Gumarovna (Cyrillic: КОГОГИНА, Альфия Гумаровна), Russia; DOB 22 Feb 1968; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOH KONG CASINO RESORT (a.k.a. KOH KONG RESORT; a.k.a. KOH KONG RESORT AND CASINO; a.k.a. KOH RONG RESORT AND CASINO), Phum Cham Yeam, Khum Paklong, Srok Mondul Seyma, AH123, Khum Pak Khlang, Cambodia; Email Address info@kohkongresort.com; Phone Number 85 51 155 5706; Organization Established Date 1998; Organization Type: Short term accommodation activities [GLOMAG] (Linked To: LY, Yong Phat).

KOH KONG RESORT (a.k.a. KOH KONG CASINO RESORT; a.k.a. KOH KONG RESORT AND CASINO; a.k.a. KOH RONG RESORT AND CASINO), Phum Cham Yeam, Khum Paklong, Srok Mondul Seyma, AH123,

Khum Pak Khlang, Cambodia; Email Address info@kohkongresort.com; Phone Number 85 51 155 5706; Organization Established Date 1998; Organization Type: Short term accommodation activities [GLOMAG] (Linked To: LY, Yong Phat).

KOH KONG RESORT AND CASINO (a.k.a. KOH KONG CASINO RESORT; a.k.a. KOH KONG RESORT; a.k.a. KOH RONG RESORT AND CASINO), Phum Cham Yeam, Khum Paklong, Srok Mondul Seyma, AH123, Khum Pak Khlang, Cambodia; Email Address info@kohkongresort.com; Phone Number 85 51 155 5706; Organization Established Date 1998; Organization Type: Short term accommodation activities [GLOMAG] (Linked To: LY, Yong Phat).

KOH RONG RESORT AND CASINO (a.k.a. KOH KONG CASINO RESORT; a.k.a. KOH KONG RESORT; a.k.a. KOH KONG RESORT AND CASINO), Phum Cham Yeam, Khum Paklong, Srok Mondul Seyma, AH123, Khum Pak Khlang, Cambodia; Email Address info@kohkongresort.com; Phone Number 85 51 155 5706; Organization Established Date 1998; Organization Type: Short term accommodation activities [GLOMAG] (Linked To: LY, Yong Phat).

KOHANA CO LTD (a.k.a. KOHANA COMPANY LIMITED), Hong Kong, China; 19th Floor, New Taizhou Mansion, Taizhou, Zhejiang, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2023; Identification Number IMO 6431603; Company Number 3306110 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

KOHANA COMPANY LIMITED (a.k.a. KOHANA CO LTD), Hong Kong, China; 19th Floor, New Taizhou Mansion, Taizhou, Zhejiang, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2023; Identification Number IMO 6431603; Company Number 3306110 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

KOHAS AG, Route des Arsenaux 15, Fribourg, FR 1700, Switzerland; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By

U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; C.R. No. CH-217.0.135.719-4 (Switzerland) [NPWMD].

KOI, Wan Kuok (a.k.a. KUOK-KUI, Wan; a.k.a. "Broken Tooth"; a.k.a. "Brokentooth"; a.k.a. "GUOJU, Yin"; a.k.a. "KUI, Bung Nga"), Macau; DOB 29 Jul 1955; Gender Male; Passport 31135083 (Portugal) expires 27 Mar 2023 (individual) [GLOMAG].

KOIJEE, Jefferson (a.k.a. KOIJEE, Jefferson Tamba), 21 Street Sinkor, Monrovia, Liberia; DOB 07 Sep 1985; POB Monrovia, Liberia; nationality Liberia; Gender Male; Passport DP0003662 (Liberia) issued 27 Jan 2023 expires 27 Jan 2025 (individual) [GLOMAG].

KOIJEE, Jefferson Tamba (a.k.a. KOIJEE, Jefferson), 21 Street Sinkor, Monrovia, Liberia; DOB 07 Sep 1985; POB Monrovia, Liberia; nationality Liberia; Gender Male; Passport DP0003662 (Liberia) issued 27 Jan 2023 expires 27 Jan 2025 (individual) [GLOMAG].

KOIL TRADE FZCO (a.k.a. TRIOLIN TRADE FZCO (Arabic: ح م ش ترید تریولین)), Dubai, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 2023; Economic Register Number (CBLS) 12084826 (United Arab Emirates) [IRAN-EO13846].

KOIYA, Hamza Ould (a.k.a. KHOUIER, Hamama Ould; a.k.a. "MEHRI, Hamama"; a.k.a. "TABANKORT, Hamza"), Mali; DOB 1982; alt. DOB 1981; alt. DOB 1988; POB Tabankort, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN; Linked To: AL-MULATHAMUN BATTALION).

KOJIC, Radomir (a.k.a. "MINEUR"); DOB 23 Nov 1950; POB Bijela Voda, Sokolac Canton, Bosnia-Herzegovina; Passport 3943074 (Bosnia and Herzegovina) issued 27 Sep 2002; Passport issued in Sarajevo, Bosnia-Herzegovina (individual) [BALKANS].

KOKOREV, Alexander Aleksandrovich, Russia; DOB 23 Sep 1973; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KOKOREV, Sergei, Montenegro; DOB 04 Oct 1986; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Passport 761579971 (Russia) (individual) [RUSSIA-EO14024].

KOKOREVA, Natalia Vasilyevna, Russia; DOB 28 May 1979; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KOKOV, Kazbek Valerevich (a.k.a. KOKOV, Kazbek Valeryevich (Cyrillic: КОКОВ, Казбек Валерьевич)), Kabardino-Balkaria Republic, Russia; DOB 20 Jul 1973; POB Nalchik, Kabardino-Balkaria Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 071306654254 (Russia) (individual) [RUSSIA-EO14024].

KOKOV, Kazbek Valeryevich (Cyrillic: КОКОВ, Казбек Валерьевич) (a.k.a. KOKOV, Kazbek Valerevich), Kabardino-Balkaria Republic, Russia; DOB 20 Jul 1973; POB Nalchik, Kabardino-Balkaria Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 071306654254 (Russia) (individual) [RUSSIA-EO14024].

KOKSOKHIMTRANS LTD. (a.k.a. KOKSOKHIMTRANS OOO; a.k.a. LLC KOKSOKHIMTRANS (Cyrillic: ООО КОКСОХИМТРАНС)), Rakhmanovskiy lane, 4, bld. 1, Morskoy House, Moscow 127994, Russia; prospekt Olimpiyskiy 14, Moscow 129090, Russia; d. 1, kab. 602, etazh 6, ul. Vasilisy Kozhinoi, Moscow 121096, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707294809 (Russia); Government Gazette Number 57067113 (Russia); Business Registration Number 1037739709138 (Russia) [UKRAINE-EO13685] [RUSSIA-EO14024] [PEESA-EO14039].

KOKSOKHIMTRANS OOO (a.k.a. KOKSOKHIMTRANS LTD.; a.k.a. LLC KOKSOKHIMTRANS (Cyrillic: ООО КОКСОХИМТРАНС)), Rakhmanovskiy lane, 4, bld. 1, Morskoy House, Moscow 127994, Russia; prospekt Olimpiyskiy 14, Moscow 129090, Russia; d. 1, kab. 602, etazh 6, ul. Vasilisy Kozhinoi, Moscow 121096, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707294809 (Russia); Government Gazette Number 57067113 (Russia); Business Registration Number 1037739709138 (Russia) [UKRAINE-EO13685] [RUSSIA-EO14024] [PEESA-EO14039].

KOL, Abud Stephen Thiong (a.k.a. THIONGKOL, Abud Stephen), South Sudan; DOB 23 Feb 1962; Gender Male (individual) [GLOMAG].

KOLAHDOZMAHALEH, Mohammad Ali Riazi (Arabic: محمدعلی ریاضی کلاهدوز محله), Iran; DOB 11 Jul 1965; POB Lahijan, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N53815679 (Iran) expires 24 May 2026; National ID No. 5179046432 (Iran) (individual) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

KOLBAEV, Kamchi (a.k.a. ASANBEK, Kamchi; a.k.a. ASANBEK, Kamchy; a.k.a. KAMCHI, Asanbeka; a.k.a. KOLBAEV, Kamchibek; a.k.a. KOLBAYEV, Kamchi (Cyrillic: КОЛЬБАЕВ, КАМЧЫ); a.k.a. KOLBAYEV, Kamchibek (Cyrillic: КОЛЬБАЕВ, КАМЧИБЕК); a.k.a. KOLBAYEV, Kamchy; a.k.a. KOLBAYEV, Kamchybek Asanbekovich; a.k.a. "KAMCHI BISHKEKSKIY" (Cyrillic: "КАМЧИ БИШКЕКСКИЙ"); a.k.a. "KOLYA-KYRGYZ"), Bahar 1 Sector, C09-T02 Tower, Apartment 3203, Dubai 31672, United Arab Emirates; Murjan 6, Jumeirah Beach Residences, Dubai, United Arab Emirates; DOB 03 Aug 1974; alt. DOB 01 Jan 1973; POB Cholpon-Ata, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; Passport AC2499982 (Kyrgyzstan); alt. Passport AC732709 (Kyrgyzstan); Identification Number 20308197410028 (Kyrgyzstan); alt. Identification Number 1002001 (Kyrgyzstan) (individual) [SDNTK] [TCO] (Linked To: THIEVES-IN-LAW).

KOLBAEV, Kamchibek (a.k.a. ASANBEK, Kamchi; a.k.a. ASANBEK, Kamchy; a.k.a. KAMCHI, Asanbeka; a.k.a. KOLBAEV, Kamchi; a.k.a. KOLBAYEV, Kamchi (Cyrillic: КОЛЬБАЕВ, КАМЧЫ); a.k.a. KOLBAYEV, Kamchibek (Cyrillic: КОЛЬБАЕВ, КАМЧИБЕК); a.k.a. KOLBAYEV, Kamchy; a.k.a. KOLBAYEV, Kamchybek Asanbekovich; a.k.a. "KAMCHI BISHKEKSKIY" (Cyrillic: "КАМЧИ БИШКЕКСКИЙ"); a.k.a. "KOLYA-KYRGYZ"), Bahar 1 Sector, C09-T02 Tower, Apartment 3203, Dubai 31672, United Arab Emirates; Murjan 6, Jumeirah Beach Residences, Dubai, United Arab Emirates; DOB 03 Aug 1974; alt.

DOB 01 Jan 1973; POB Cholpon-Ata, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; Passport AC2499982 (Kyrgyzstan); alt. Passport AC732709 (Kyrgyzstan); Identification Number 20308197410028 (Kyrgyzstan); alt. Identification Number 1002001 (Kyrgyzstan) (individual) [SDNTK] [TCO] (Linked To: THIEVES-IN-LAW).

KOLBAYEV, Kamchi (Cyrillic: КОЛЬБАЕВ, КАМЧЫ) (a.k.a. ASANBEK, Kamchi; a.k.a. ASANBEK, Kamchy; a.k.a. KAMCHI, Asanbeka; a.k.a. KOLBAEV, Kamchi; a.k.a. KOLBAEV, Kamchibek; a.k.a. KOLBAYEV, Kamchibek (Cyrillic: КОЛЬБАЕВ, КАМЧИБЕК); a.k.a. KOLBAYEV, Kamchy; a.k.a. KOLBAYEV, Kamchybek Asanbekovich; a.k.a. "KAMCHI BISHKEKSKIY" (Cyrillic: "КАМЧИ БИШКЕКСКИЙ"); a.k.a. "KOLYA-KYRGYZ"), Bahar 1 Sector, C09-T02 Tower, Apartment 3203, Dubai 31672, United Arab Emirates; Murjan 6, Jumeirah Beach Residences, Dubai, United Arab Emirates; DOB 03 Aug 1974; alt. DOB 01 Jan 1973; POB Cholpon-Ata, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; Passport AC2499982 (Kyrgyzstan); alt. Passport AC732709 (Kyrgyzstan); Identification Number 20308197410028 (Kyrgyzstan); alt. Identification Number 1002001 (Kyrgyzstan) (individual) [SDNTK] [TCO] (Linked To: THIEVES-IN-LAW).

KOLBAYEV, Kamchibek (Cyrillic: КОЛЬБАЕВ, КАМЧИБЕК) (a.k.a. ASANBEK, Kamchi; a.k.a. ASANBEK, Kamchy; a.k.a. KAMCHI, Asanbeka; a.k.a. KOLBAEV, Kamchi; a.k.a. KOLBAEV, Kamchibek; a.k.a. KOLBAYEV, Kamchi (Cyrillic: КОЛЬБАЕВ, КАМЧЫ); a.k.a. KOLBAYEV, Kamchy; a.k.a. KOLBAYEV, Kamchybek Asanbekovich; a.k.a. "KAMCHI BISHKEKSKIY" (Cyrillic: "КАМЧИ БИШКЕКСКИЙ"); a.k.a. "KOLYA-KYRGYZ"), Bahar 1 Sector, C09-T02 Tower, Apartment 3203, Dubai 31672, United Arab Emirates; Murjan 6, Jumeirah Beach Residences, Dubai, United Arab Emirates; DOB 03 Aug 1974; alt. DOB 01 Jan 1973; POB Cholpon-Ata, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; Passport AC2499982 (Kyrgyzstan); alt. Passport AC732709 (Kyrgyzstan); Identification Number 20308197410028 (Kyrgyzstan); alt. Identification Number 1002001 (Kyrgyzstan) (individual) [SDNTK] [TCO] (Linked To: THIEVES-IN-LAW).

KOLBAYEV, Kamchy (a.k.a. ASANBEK, Kamchi; a.k.a. ASANBEK, Kamchy; a.k.a. KAMCHI, Asanbeka; a.k.a. KOLBAEV, Kamchi; a.k.a.

KOLBAEV, Kamchibek; a.k.a. KOLBAYEV, Kamchi (Cyrillic: КОЛЬБАЕВ, КАМЧЫ); a.k.a. KOLBAYEV, Kamchibek (Cyrillic: КОЛЬБАЕВ, КАМЧИБЕК); a.k.a. KOLBAYEV, Kamchybek Asanbekovich; a.k.a. "KAMCHI BISHKEKSKIY" (Cyrillic: "КАМЧИ БИШКЕКСКИЙ"); a.k.a. "KOLYA-KYRGYZ"), Bahar 1 Sector, C09-T02 Tower, Apartment 3203, Dubai 31672, United Arab Emirates; Murjan 6, Jumeirah Beach Residences, Dubai, United Arab Emirates; DOB 03 Aug 1974; alt. DOB 01 Jan 1973; POB Cholpon-Ata, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; Passport AC2499982 (Kyrgyzstan); alt. Passport AC732709 (Kyrgyzstan); Identification Number 20308197410028 (Kyrgyzstan); alt. Identification Number 1002001 (Kyrgyzstan) (individual) [SDNTK] [TCO] (Linked To: THIEVES-IN-LAW).

KOLBAYEV, Kamchybek Asanbekovich (a.k.a. ASANBEK, Kamchi; a.k.a. ASANBEK, Kamchy; a.k.a. KAMCHI, Asanbeka; a.k.a. KOLBAEV, Kamchi; a.k.a. KOLBAEV, Kamchibek; a.k.a. KOLBAYEV, Kamchi (Cyrillic: КОЛЬБАЕВ, КАМЧЫ); a.k.a. KOLBAYEV, Kamchibek (Cyrillic: КОЛЬБАЕВ, КАМЧИБЕК); a.k.a. KOLBAYEV, Kamchy; a.k.a. "KAMCHI BISHKEKSKIY" (Cyrillic: "КАМЧИ БИШКЕКСКИЙ"); a.k.a. "KOLYA-KYRGYZ"), Bahar 1 Sector, C09-T02 Tower, Apartment 3203, Dubai 31672, United Arab Emirates; Murjan 6, Jumeirah Beach Residences, Dubai, United Arab Emirates; DOB 03 Aug 1974; alt. DOB 01 Jan 1973; POB Cholpon-Ata, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; Passport AC2499982 (Kyrgyzstan); alt. Passport AC732709 (Kyrgyzstan); Identification Number 20308197410028 (Kyrgyzstan); alt. Identification Number 1002001 (Kyrgyzstan) (individual) [SDNTK] [TCO] (Linked To: THIEVES-IN-LAW).

KOLBIN, Peter (a.k.a. KOLBIN, Petr; a.k.a. KOLBIN, Petr Viktorovich; a.k.a. KOLBIN, Pyotr); DOB 02 Jan 1952; POB Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

KOLBIN, Petr (a.k.a. KOLBIN, Peter; a.k.a. KOLBIN, Petr Viktorovich; a.k.a. KOLBIN, Pyotr); DOB 02 Jan 1952; POB Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

KOLBIN, Petr Viktorovich (a.k.a. KOLBIN, Peter; a.k.a. KOLBIN, Petr; a.k.a. KOLBIN, Pyotr); DOB 02 Jan 1952; POB Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

KOLBIN, Pyotr (a.k.a. KOLBIN, Peter; a.k.a. KOLBIN, Petr; a.k.a. KOLBIN, Petr Viktorovich); DOB 02 Jan 1952; POB Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

KOLBIN, Sergei Nikolayevich (a.k.a. KOLBIN, Sergey Nikolayevich (Cyrillic: КОЛБИН, Сергей Николаевич)), Russia; DOB 29 Oct 1969; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOLBIN, Sergey Nikolayevich (Cyrillic: КОЛБИН, Сергей Николаевич) (a.k.a. KOLBIN, Sergei Nikolayevich), Russia; DOB 29 Oct 1969; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOLCHANOV, Vasili Aleksandrovich (Cyrillic: КОЛЧАНОВ, Василий Александрович) (a.k.a. KOLCHANOV, Vasiliy Aleksandrovich; a.k.a. KOLCHANOV, Vasily); DOB 25 Mar 1946; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Profinet Director General (individual) [DPRK4] (Linked To: PROFINET PTE. LTD.).

KOLCHANOV, Vasiliy Aleksandrovich (a.k.a. KOLCHANOV, Vasili Aleksandrovich (Cyrillic: КОЛЧАНОВ, Василий Александрович); a.k.a. KOLCHANOV, Vasily); DOB 25 Mar 1946; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Profinet Director General (individual) [DPRK4] (Linked To: PROFINET PTE. LTD.).

KOLCHANOV, Vasily (a.k.a. KOLCHANOV, Vasili Aleksandrovich (Cyrillic: КОЛЧАНОВ, Василий Александрович); a.k.a.

KOLCHANOV, Vasiliy Aleksandrovich); DOB 25 Mar 1946; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Profinet Director General (individual) [DPRK4] (Linked To: PROFINET PTE. LTD.).

KOLEDA, Mariya Vasilevna (a.k.a. KOLEDA, Mariya Vasilyevna (Cyrillic: КОЛЕДА, Мария Васильевна); a.k.a. KOLEDA, Mariya Vasylivna (Cyrillic: КОЛЄДА, Марія Василівна)), Russia; DOB 07 Jun 1991; POB Saint Petersburg, Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

KOLEDA, Mariya Vasilyevna (Cyrillic: КОЛЕДА, Мария Васильевна) (a.k.a. KOLEDA, Mariya Vasilevna; a.k.a. KOLEDA, Mariya Vasylivna (Cyrillic: КОЛЄДА, Марія Василівна)), Russia; DOB 07 Jun 1991; POB Saint Petersburg, Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

KOLEDA, Mariya Vasylivna (Cyrillic: КОЛЄДА, Марія Василівна) (a.k.a. KOLEDA, Mariya Vasilevna; a.k.a. KOLEDA, Mariya Vasilyevna (Cyrillic: КОЛЕДА, Мария Васильевна)), Russia; DOB 07 Jun 1991; POB Saint Petersburg, Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

KOLESNIK, Andrey Ivanovich (Cyrillic: КОЛЕСНИК, Андрей Иванович), Russia; DOB 26 Feb 1960; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOLESNIKOV, Mikhail Vladimirovich (Cyrillic: КОЛЕСНИКОВ, МИХАИЛ ВЛАДИМИРОВИЧ), Russia; DOB 28 May 1960; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772706274117 (Russia) (individual) [RUSSIA-EO14024].

KOLESNIKOV, Oleg Alekseyevich (Cyrillic: КОЛЕСНИКОВ, Олег Алексеевич), Russia; DOB 11 Sep 1968; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOLLER, Bruno, Switzerland; DOB 14 Aug 1956; nationality Switzerland; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport X7607094 (Switzerland) (individual) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

KOLNET LIMITED (a.k.a. GBD LIMITED), Afstralias 6, Limassol 3017, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Aug 1998; Organization Type: Non-specialized wholesale trade; Registration Number C96489 (Cyprus) [RUSSIA-EO14024] (Linked To: VOLFOVICH, Alexander).

KOLOKOLTSEV, Vladimir Alexandrovich (Cyrillic: КОЛОКОЛТСЕВ, Владимир Александрович), Moscow, Russia; DOB 11 May 1961; POB Nizhny Lomov, Penza Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KOLOMEITSEV, Nikolai Vasilyevich (a.k.a. KOLOMEITSEV, Nikolay Vasilievich (Cyrillic: КОЛОМЕЙЦЕВ, Николай Васильевич); a.k.a. KOLOMEYTSEV, Nikolay Vasilyevich), Russia; DOB 01 Sep 1956; POB Rostov Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOLOMEITSEV, Nikolay Vasilievich (Cyrillic: КОЛОМЕЙЦЕВ, Николай Васильевич) (a.k.a. KOLOMEITSEV, Nikolai Vasilyevich; a.k.a. KOLOMEYTSEV, Nikolay Vasilyevich), Russia; DOB 01 Sep 1956; POB Rostov Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOLOMEYTSEV, Nikolay Vasilyevich (a.k.a. KOLOMEITSEV, Nikolai Vasilyevich; a.k.a. KOLOMEITSEV, Nikolay Vasilievich (Cyrillic:

КОЛОМЕЙЦЕВ, Николай Васильевич)), Russia; DOB 01 Sep 1956; POB Rostov Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOLOMNA MACHINE BUILDING DESIGN BUREAU (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION KONSTRUKTORSKOYE BYURO MASHYNOSTROYENIYA; a.k.a. RESEARCH AND PRODUCTION CORPORATION KONSTRUKTORSKOYE BYURO MASHYNOSTROYENIYA; a.k.a. "JSC RPC KBM"), 42, Okskiy Prospekt, Kolomna, Moscow Region 140402, Russia; Website www.kbm.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2012; Tax ID No. 5022039177 (Russia) [RUSSIA-EO14024].

KOLOSOV, Bogdan (a.k.a. KOLOSOV, Bogdan Valeryevich), House 177, Apt. 64, Izhevsk, Udmurtskaya Respublika 426060, Russia; DOB 06 May 1985; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] (Linked To: JOINT STOCK COMPANY CONCERN KALASHNIKOV).

KOLOSOV, Bogdan Valeryevich (a.k.a. KOLOSOV, Bogdan), House 177, Apt. 64, Izhevsk, Udmurtskaya Respublika 426060, Russia; DOB 06 May 1985; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] (Linked To: JOINT STOCK COMPANY CONCERN KALASHNIKOV).

KOLTSOV, Anton Viktorovich (Cyrillic: КОЛЬЦОВ, Антон Викторович), Zaporizhzhia, Ukraine; DOB 24 Jun 1973; POB Cherepovets, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KOLUNOV, Sergey Vladimirovich (Cyrillic: КОЛУНОВ, Сергей Владимирович), Russia; DOB 22 Mar 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOLYCHEV, Vladimir Vladimirovich (Cyrillic: КОЛЫЧЕВ, Владимир Владимирович), Moscow, Russia; DOB 24 Jun 1983; POB Chernoe, Moscow Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

KOLYUSHIN, Yevgeny Ivanovich (Cyrillic: КОЛЮШИН, Евгений Иванович), Moscow, Russia; DOB 08 Oct 1947; POB Cherepovets, Vologda region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KOMANA HOLDINGS LLC (a.k.a. SOVCOMBANK SECURITIES LIMITED), Chapo Central, Flat No: 1, Floor No: 1, Spyrou Kyprianoy 20, Nicosia 1075, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number C339207 (Cyprus) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

KOMANOV, Viktor Alekseevich, Russia; DOB 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KOMAROV, Andrey Ilyich (Cyrillic: КОМАРОВ, Андрей Ильич), Russia; DOB 11 Oct 1966; POB Chelyabinsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773606418645 (Russia) (individual) [RUSSIA-EO14024].

KOMAROV, Artem Andreyevich (Cyrillic: КОМАРОВ, Артем Андреевич), Russia; DOB 16 May 1990; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773610875362 (Russia) (individual) [RUSSIA-EO14024].

KOMAROV, Igor Anatolievich (a.k.a. KOMAROV, Igor Anatolyevich (Cyrillic: КОМАРОВ, Игорь Анатольевич)), Russia; DOB 25 May 1964; POB Engels, Saratov Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KOMAROV, Igor Anatolyevich (Cyrillic: КОМАРОВ, Игорь Анатольевич) (a.k.a. KOMAROV, Igor Anatolievich), Russia; DOB 25 May 1964; POB Engels, Saratov Region,

Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KOMAROV, Kirill Borisovich (Cyrillic: КОМАРОВ, Кирилл Борисович), 2nd Cossachy Lane, 4-1-12, Moscow 119180, Russia; DOB 29 Dec 1973; POB Saint Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4518901082 (Russia); alt. National ID No. 6597046656 (Russia); Tax ID No. 770506548638 (Russia) (individual) [RUSSIA-EO14024].

KOMAROV, Klim Andreyevich (Cyrillic: КОМАРОВ, Клим Андреевич), Russia; DOB 21 Jun 1996; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773602526671 (Russia) (individual) [RUSSIA-EO14024].

KOMAROVA, Natalia Vladimirovna (a.k.a. KOMAROVA, Natalya Vladimirovna (Cyrillic: КОМАРОВА, Наталья Владимировна)), Khanty-Mansiysk Autonomous Region, Russia; DOB 21 Oct 1955; POB Yazvo, Pskov Region, Russia; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 890400636784 (Russia) (individual) [RUSSIA-EO14024].

KOMAROVA, Natalya Vladimirovna (Cyrillic: КОМАРОВА, Наталья Владимировна) (a.k.a. KOMAROVA, Natalia Vladimirovna), Khanty-Mansiysk Autonomous Region, Russia; DOB 21 Oct 1955; POB Yazvo, Pskov Region, Russia; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 890400636784 (Russia) (individual) [RUSSIA-EO14024].

KOMBINAT KAMENSKI FKP (a.k.a. FEDERAL STATE ENTERPRISE KAMENSKY COMBINE; a.k.a. FEDERALNOE KAZENNOE PREDPRIYATIE KOMBINAT KAMENSKI; a.k.a. "KOMBINAT KAMENSKII"), Ul. Saprygina D.8, Kamensk-Shakhtinskiy 347801, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6147025090 (Russia); Registration Number 1066147003658 (Russia) [RUSSIA-EO14024].

KOMBIT LLC (a.k.a. LIMITED LIABILITY COMPANY COMBIT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОМБИТ)), Ofis 411, Litera A, D. 14A

Promyshlennaya Ul., Saint Petersburg 198099, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805679772 (Russia); Registration Number 1167847318374 (Russia) [RUSSIA-EO14024].

KOMINVEX DOO BEOGRAD (a.k.a. PREDUZECE ZA TRGOVINU I INZENJERING POSLOVE KOMINVEX DOO BEOGRAD RAKOVICA), Nikole Marakovica 21/VI/36, Belgrade 11090, Serbia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 104004847 (Serbia); Registration Number 20047038 (Serbia) [RUSSIA-EO14024].

KOMITE EMDAD EMAM (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

KOMITE NASIONAL UNTUK RAKYAT PALESTINA (a.k.a. KNRP INDONESIA; a.k.a. NATIONAL COMMITTEE FOR THE PALESTINIAN PEOPLE), Jl. Jabir No. 11 B, Ragunan, Pasar Minggu, Jakarta 12550, Indonesia; Website https://knrp.org/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Organization Established Date 08 May 2006; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

KOMITET GOSUDARSTVENNOI BEZOPASNOSTI RESPUBLIKI BELARUS (Cyrillic: КОМИТЕТ ГОСУДАРСТВЕННОЙ БЕЗОПАСНОСТИ РЕСПУБЛИКИ БЕЛАРУСЬ) (a.k.a. BELARUSIAN KGB; a.k.a. BELARUSIAN STATE SECURITY COMMITTEE; a.k.a. KAMITET DZYARZHAUNAI BIASPEKI RESPUBLIKI BELARUS (Cyrillic: КАМІТЭТ ДЗЯРЖАЎНАЙ БЯСПЕКІ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. STATE SECURITY COMMITTEE OF THE REPUBLIC OF BELARUS), Nezalezhnastsi Avenue, 17, Minsk 220030, Belarus; Komsomolskaya str., 30, Minsk 220030, Belarus; Target Type Government Entity [BELARUS].

KOMLEV, Vladimir Valerievich (Cyrillic: КОМЛЕВ, Владимир Валерьевич) (a.k.a. KOMLEV, Vladimir Valeryevich), Russia; DOB 11 Apr 1966; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KOMLEV, Vladimir Valeryevich (a.k.a. KOMLEV, Vladimir Valerievich (Cyrillic: КОМЛЕВ, Владимир Валерьевич)), Russia; DOB 11 Apr 1966; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KOMMERCHESKI BANK UKRSIBBANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU (a.k.a. CETELEM BANK LIMITED LIABILITY COMPANY; a.k.a. CETELEM BANK LLC (Cyrillic: СЕТЕЛЕМ БАНК ООО); a.k.a. SETELEM BANK LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕТЕЛЕМ БАНК); a.k.a. SETELEM BANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. SETELEM BANK OOO), 26 ul. Pravdy, Moscow 125124, Russia (Cyrillic: ул. Правды, д. 26, г. Москва 125124, Russia); SWIFT/BIC CETBRUMM; Website www.cetelem.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive

Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027739664260 (Russia); Tax ID No. 6452010742 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

KOMMERCHESKI BANK YAROSLAVICH, PAO (f.k.a. COMMERCIAL JOINT-STOCK INCORPORATION BANK YAROSLAVICH; a.k.a. PJSC BANK VVB; a.k.a. PUBLIC JOINT-STOCK COMPANY BANK VVB; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO BANK VVB; a.k.a. PUBLICHNOYE JOINT-STOCK COMPANY BANK VVB; a.k.a. VVB, PAO), 3A ul., 4-ya Bastionnaya, Sevastopol, Crimea 299011, Ukraine; Voronina, 10, Sevastopol, Crimea 299011, Ukraine; 39A Ul. Suvorova, Sevastopol, Crimea, Ukraine; 5 Per. Pionerskiy, Simferopol, Crimea, Ukraine; SWIFT/BIC YARORU21; BIK (RU) 046711106; alt. BIK (RU) 043510133; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

KOMNOV, Dmitriy; DOB 17 May 1977; POB Kashira Region, Moscow, Russia (individual) [MAGNIT].

KOMOTKO, 12 Pop Lukina, Belgrade, Serbia; Registration ID 17307746 (Serbia); Tax ID No. 100036378 (Serbia) [BALKANS].

KOMOTSKY, Boris Olegovich (Cyrillic: КОМОЦКИЙ, Борис Олегович), Russia; DOB 31 Jan 1956; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOMPANIYA AMG (a.k.a. ALFA MACHINERY GROUP), ul. Kuskovskaya d. 20A, pom. XIIA komn. 114, Moscow 111141, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720821959 (Russia); Registration Number 1147746889531 (Russia) [RUSSIA-EO14024].

KOMPANIYA GAZ-ALYANS, OOO (a.k.a. COMPANY GAZ-ALLIANCE LLC; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KOMPANIYA GAZ-ALYANS), 15 Ul., Svobody, Nizhni Novgorod, Nizhegorodskaya Obl. 603003, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1142311010885 (Russia) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC; Linked To: LUHANSK PEOPLE'S REPUBLIC; Linked To: ZAO VNESHTORGSERVIS).

KOMPANIYA INTERVESP OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KOMPANIYA INTERVESP), d. 6B pom. 605, ul. Artyukhinoi, Moscow 109390, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Nov 2017; Tax ID No. 9723038796 (Russia); Government Gazette Number 20366523 (Russia); Registration Number 5177746268530 (Russia) [RUSSIA-EO14024].

KOMPANIYA RUSMARKET (a.k.a. LLC COMPANY RUSMARKET), Ul. Dekabristov D. 2, K. 2, Kv. 115, Moscow 127562, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9710035597 (Russia); Registration Number 1177746959950 (Russia) [RUSSIA-EO14024].

KOMPLIGA (a.k.a. COMPLIGA), Per. Spasskii D. 14/35, Lit. A, Pom. 71N, Office 405, Saint Petersburg 190031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7838083791 (Russia); Registration Number 1187847376441 (Russia) [RUSSIA-EO14024].

KOMPONENTA AO (a.k.a. KOMPONENTA INC), ul. Vyborgskaya d. 16, str. 1, pom. X kom 2, Moscow 125212, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743669411 (Russia); Registration Number 1077763331436 (Russia) [RUSSIA-EO14024].

KOMPONENTA INC (a.k.a. KOMPONENTA AO), ul. Vyborgskaya d. 16, str. 1, pom. X kom 2, Moscow 125212, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743669411 (Russia); Registration Number 1077763331436 (Russia) [RUSSIA-EO14024].

KOMSOMOLSK REFINERY (a.k.a. LLC RN KOMSOMOLSKIY NPZ; a.k.a. LLC RN-KOMSOMOLSK REFINERY; a.k.a. RN

KOMSOMOLSKIY REFINERY LLC; a.k.a. RN-KOMSOMOLSKI NPZ OOO), 115 Leningradskaya st., Komsomolsk-on-Amur, Khabarovsk region 681007, Russia; Email Address knpz@rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2703032881 (Russia); Registration Number 1052740255358 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

KOMSOMOLSK-ON-AMUR AIRCRAFT PRODUCTION ASSOCIATION (a.k.a. KNAAPO (Cyrillic: КНААПО); a.k.a. KOMSOMOLSK-ON-AMUR AVIATION PLANT), 1 Sovetskaya Str., Komsomolsk On Amur 681018, Russia; Website www.knaapo.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2703019760 (Russia) [RUSSIA-EO14024].

KOMSOMOLSK-ON-AMUR AVIATION PLANT (a.k.a. KNAAPO (Cyrillic: КНААПО); a.k.a. KOMSOMOLSK-ON-AMUR AIRCRAFT PRODUCTION ASSOCIATION), 1 Sovetskaya Str., Komsomolsk On Amur 681018, Russia; Website www.knaapo.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2703019760 (Russia) [RUSSIA-EO14024].

KONARS, Robert (a.k.a. GEBERT, Markus; a.k.a. GELOWICZ, Abdullah; a.k.a. GELOWICZ, Fritz Martin; a.k.a. GELOWICZ, Fritz Martin Abdullah; a.k.a. GELOWITZ, Fritz Martin Abdullah; a.k.a. "BENZL"), Boefinger Weg 20, Ulm 89075, Germany; Eberhardstrasse 70, Ulm 89073, Germany; DOB 01 Sep 1979; alt. DOB 10 Apr 1979; POB Munich, Germany; alt. POB Liege, Belgium; citizen Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 7020069907 (Germany); Personal ID Card 7020783883; currently incarcerated at Stuttgart-Stammheim, Germany (individual) [SDGT].

KONDRAKHIN, Leontiy Andreyevich (Cyrillic: КОНДРАХИН, Леонтий Андреевич), Krylatskie Holmi St. 37-269, Moscow 121614, Russia; DOB 28 Apr 2001; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 651944506 (Russia) (individual) [RUSSIA-EO14024] (Linked To: BROVKO, Vasily Yuryevich).

KONDRAKHINA, Melania (a.k.a. KONDRAKHINA, Melaniya Andreyevna (Cyrillic: КОНДРАХИН, Мелания Андреевна)), Krylatskie Holmi St. 37-269, Moscow 121614, Russia; DOB 11 Jan 2000; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 651944507 (Russia) (individual) [RUSSIA-EO14024] (Linked To: BROVKO, Vasily Yuryevich).

KONDRAKHINA, Melaniya Andreyevna (Cyrillic: КОНДРАХИН, Мелания Андреевна) (a.k.a. KONDRAKHINA, Melania), Krylatskie Holmi St. 37-269, Moscow 121614, Russia; DOB 11 Jan 2000; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 651944507 (Russia) (individual) [RUSSIA-EO14024] (Linked To: BROVKO, Vasily Yuryevich).

KONDRATENKO, Aleksey Nikolayevich (Cyrillic: КОНДРАТЕНКО, Алексей Николаевич), Russia; DOB 16 Dec 1969; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KONDRATENKO, Maxim Dmitrievich, Russia; DOB 31 Jul 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KONDRATEV, Ivan (a.k.a. KONDRATIEV, Ivan Gennadievich (Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич); a.k.a. KONDRATYEV, Ivan; a.k.a. "@AL3XL7"; a.k.a. "@BASSTERLORD"; a.k.a. "@BASSTERLORD 0170742922"; a.k.a. "@SINNER6546"; a.k.a. "@SINNER911"; a.k.a. "BASSTERLORD"; a.k.a. "EDITOR"; a.k.a. "FISHEYE"; a.k.a. "INVESTORLIFE1"; a.k.a. "JACKROCK#3337"; a.k.a. "SIN998A"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT

bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45hexr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h60n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6ng6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e4120d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

KONDRATIEV, Ivan Gennadievich (Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич) (a.k.a. KONDRATEV, Ivan; a.k.a. KONDRATYEV, Ivan; a.k.a. "@AL3XL7"; a.k.a. "@BASSTERLORD"; a.k.a. "@BASSTERLORD 0170742922"; a.k.a. "@SINNER6546"; a.k.a. "@SINNER911"; a.k.a. "BASSTERLORD"; a.k.a. "EDITOR"; a.k.a. "FISHEYE"; a.k.a. "INVESTORLIFE1"; a.k.a. "JACKROCK#3337"; a.k.a. "SIN998A"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45hexr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h60n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6ng6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e4120d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

KONDRATIEV, Veniamin Ivanovich (a.k.a. KONDRATYEV, Veniamin Ivanovich (Cyrillic: КОНДРАТЬЕВ, Вениамин Иванович)), Krasnodar Territory, Russia; DOB 01 Sep 1970; POB Prokopevsk, Kemerovo Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KONDRATYEV, Ivan (a.k.a. KONDRATEV, Ivan; a.k.a. KONDRATIEV, Ivan Gennadievich (Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич); a.k.a. "@AL3XL7"; a.k.a. "@BASSTERLORD"; a.k.a. "@BASSTERLORD 0170742922"; a.k.a. "@SINNER6546"; a.k.a. "@SINNER911"; a.k.a. "BASSTERLORD"; a.k.a. "EDITOR"; a.k.a. "FISHEYE"; a.k.a. "INVESTORLIFE1"; a.k.a. "JACKROCK#3337"; a.k.a. "SIN998A"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45hexr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h60n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6ng6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e4120d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

KONDRATYEV, Veniamin Ivanovich (Cyrillic: КОНДРАТЬЕВ, Вениамин Иванович) (a.k.a. KONDRATIEV, Veniamin Ivanovich), Krasnodar Territory, Russia; DOB 01 Sep 1970; POB Prokopevsk, Kemerovo Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KONDRATYUK, Nikolai Fyodorovich (Cyrillic: КОНДРАТЮК, Николай Фёдорович), Russia; DOB 11 Jul 1957; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KONEISTO CONSULTING (a.k.a. KONEISTO INTERNATIONAL OY; a.k.a. KONEISTO TECHNOLOGY), Hirsalantie 11, Jorvas 02420, Finland; Salmitie 3, Masala 02430, Finland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Jan 1993; V.A.T. Number FI09221256 (Finland); Identification Number 0922125-6 (Finland); Registration Number 554.917 (Finland) [RUSSIA-EO14024].

KONEISTO INTERNATIONAL OY (a.k.a. KONEISTO CONSULTING; a.k.a. KONEISTO TECHNOLOGY), Hirsalantie 11, Jorvas 02420, Finland; Salmitie 3, Masala 02430, Finland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Jan 1993; V.A.T. Number FI09221256 (Finland); Identification Number 0922125-6 (Finland); Registration Number 554.917 (Finland) [RUSSIA-EO14024].

KONEISTO TECHNOLOGY (a.k.a. KONEISTO CONSULTING; a.k.a. KONEISTO INTERNATIONAL OY), Hirsalantie 11, Jorvas 02420, Finland; Salmitie 3, Masala 02430, Finland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Jan 1993; V.A.T. Number FI09221256 (Finland); Identification Number 0922125-6 (Finland); Registration Number 554.917 (Finland) [RUSSIA-EO14024].

KONFERUM (a.k.a. LIMITED LIABILITY COMPANY CONFERUM), Ul. Betonnaya D. 13A, Pomeshch. I/Floor 2, Staraya Kupavna 142450, Russia; Shchelkovskoe shosse, 54B, Balashikha, Moscow 143900, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5001077887 (Russia); Registration Number 1105001002370 (Russia) [RUSSIA-EO14024].

KONG, Hok Lai (Chinese Simplified: 江学礼) (a.k.a. KONG, Kelvin; a.k.a. KONG, Kelvin Hok Lai), Hong Kong; DOB 22 May 1972; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport K03327564 (Hong Kong) expires 14 May 2023; National ID No. K0278408 (Hong Kong) (individual) [HK-EO13936].

KONG, Kelvin (a.k.a. KONG, Hok Lai (Chinese Simplified: 江学礼); a.k.a. KONG, Kelvin Hok Lai), Hong Kong; DOB 22 May 1972; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport K03327564 (Hong Kong) expires 14 May 2023; National ID No. K0278408 (Hong Kong) (individual) [HK-EO13936].

KONG, Kelvin Hok Lai (a.k.a. KONG, Hok Lai (Chinese Simplified: 江学礼); a.k.a. KONG, Kelvin), Hong Kong; DOB 22 May 1972; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport K03327564 (Hong Kong) expires 14 May 2023; National ID No. K0278408 (Hong Kong) (individual) [HK-EO13936].

KONGRA-GEL (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI; a.k.a. KADEK; a.k.a. KGK; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS; a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE; a.k.a. "HSK"; a.k.a. "KHK"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

KONIG, Emilie, Syria; DOB 09 Dec 1984; POB Ploemeur, France; nationality France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KONIJANE STRATEGIC MARKETING, Abidjan-Cocody Angre 8eme Tranche, Les Residences Eve La Djibi, Lot no 664, Ilot 28, 05 Boite Postale Numero 2647, Abidjan, Cote d Ivoire; Organization Established Date 02 Mar 2021; Commercial Registry Number CI-ABJ-03-2021-B13-01153 (Cote d Ivoire) [GLOMAG].

KONING MARINE CORP, Care of Sambouk Shipping FCZ, Office 101, 1st Floor, FITCO Building No 3, Inside Fujairah Port, PO Box 50044, Fujairah, United Arab Emirates; 80 Broad Street, Monrovia, Liberia; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

KONKORD MENEDZHMENT I KONSALTING, OOO (a.k.a. LIMITED LIABILITY COMPANY CONCORD MANAGEMENT AND CONSULTING; a.k.a. LLC CONCORD MANAGEMENT AND CONSULTING; a.k.a.

OBSHCHESTVO S OGRANNICHENNOI OTVETSTVENNOSTYU KONKORD MENEDZHMENT I KONSALTING), D. 13 Litera A, Pom. 2-N N4, Naberezhnaya Reki Fontanki, St. Petersburg 191011, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037843002515 [UKRAINE-EO13661] [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

KONOMAR GEMI ELEKTRIK VE ELEKTRONIK LIMITED SIRKETI, No: 49 Istasyon Mahallesi, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5760525158 (Turkey); Business Registration Number 59678 (Turkey) [RUSSIA-EO14024].

KONONOV, Vladimir (a.k.a. KONONOV, Vladimir P.; a.k.a. KONONOV, Vladimir Petrovich; a.k.a. KONONOV, Volodimir); DOB 14 Oct 1974; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KONONOV, Vladimir Mikhaylovich (Cyrillic: КОНОНОВ, Владимир Михайлович), Russia; DOB 13 Mar 1958; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KONONOV, Vladimir P. (a.k.a. KONONOV, Vladimir; a.k.a. KONONOV, Vladimir Petrovich; a.k.a. KONONOV, Volodimir); DOB 14 Oct 1974; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KONONOV, Vladimir Petrovich (a.k.a. KONONOV, Vladimir; a.k.a. KONONOV, Vladimir P.; a.k.a. KONONOV, Volodimir); DOB 14 Oct 1974; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KONONOV, Volodimir (a.k.a. KONONOV, Vladimir; a.k.a. KONONOV, Vladimir P.; a.k.a. KONONOV, Vladimir Petrovich); DOB 14 Oct 1974; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KONOSAG TRADING LIMITED, Rm D3, 11/F, Luk Hop Indl Bldg, San Po Kong, Hong Kong, China; Organization Established Date 04 Jul 2024; Business Registration Number 76765525 (Hong Kong) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

KONOVALOV, Aleksandr Vladimirovich (Cyrillic: КОНОВАЛОВ, Александр Владимирович) (a.k.a. KONOVALOV, Alexander Vladimirovich), Moscow, Russia; DOB 09 Jun 1968; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781001222343 (Russia) (individual) [RUSSIA-EO14024].

KONOVALOV, Alexander Vladimirovich (a.k.a. KONOVALOV, Aleksandr Vladimirovich (Cyrillic: КОНОВАЛОВ, Александр Владимирович)), Moscow, Russia; DOB 09 Jun 1968; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781001222343 (Russia) (individual) [RUSSIA-EO14024].

KONOVALOV, Valentin Olegovich (Cyrillic: КОНОВАЛОВ, Валентин Олегович), Khakasia Republic, Russia; DOB 30 Nov 1987; POB Okhotsk, Khabarovsk Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KONOVEEV, Yuriy (Cyrillic: КОНОВЕЕВ, Юрий), Russia; DOB 07 May 1987; POB Rivne, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KONSTANTA OOO (a.k.a. IC CONSTANTA LLC; a.k.a. LIMITED LIABILITY COMPANY INSURANCE COMPANY KONSTANTA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТРАХОВАЯ КОМПАНИЯ КОНСТАНТА); a.k.a. LIMITED LIABILITY COMPANY RNCB INSURANCE; a.k.a. LLC SK KONSTANTA (Cyrillic: ООО СК КОНСТАНТА); a.k.a. "CONSTANTA"; a.k.a. "KONSTANTA" (Cyrillic: "КОНСТАНТА")), d. 19 etazh 3 pom. 70, ul. Leninskaya Sloboda, Moscow 115280, Russia (Cyrillic: д. 19 етаж 3, помещ. 70, ул. Ленинская слобода, Москва 115280, Russia); st. Leninskaya Sloboda, house 19, floor 3, room. 70, Moscow 115280, Russia; vn. ter. Municipal district Danilovsky, Leninskaya Sloboda, house 19, floor 3, suite 70, Moscow 115280, Russia (Cyrillic: вн. тер г. муниципальный округ даниловский, ул. ленинская слобода, д. 19 етаж 3, помещ. 70, г. Москва 115280, Russia); Leninskaya Sloboda, house 19, floor 3, suite 70, Moscow 115280, Russia (Cyrillic: ул. Ленинская слобода, д. 19, этаж 3, помещ. 70, Москва 115280, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707447597 (Russia); Government Gazette Number 24544006 (Russia); Business Registration Number 1217700000011 (Russia) [RUSSIA-EO14024] [PEESA-EO14039].

KONSTANTINOV, Vladimir Andreyevich; DOB 19 Nov 1956; POB Vladimirovka, Moldova; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KONSTRUKTORSKOE BYURO PRIBOROSTROENIYA OTKRYTOE AKTSIONERNOE OBSHCHESTVO (a.k.a. INSTRUMENT DESIGN BUREAU; a.k.a. JSC KBP INSTRUMENT DESIGN BUREAU; a.k.a. KBP INSTRUMENT DESIGN BUREAU; a.k.a. KBP INSTRUMENT DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. "KBP OAO"), 59 Shcheglovskaya Zaseka ul., Tula 300001, Russia; Website www.kbptula.ru; Email Address kbkedr@tula.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1117154036911 (Russia); Government Gazette Number 07515747 (Russia) [UKRAINE-EO13661].

KONSTRUKTORSKOE BYURO VOSTOK (a.k.a. KB VOSTOK; a.k.a. KB VOSTOK OOO (Cyrillic: ООО КБ ВОСТОК); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KONSTRUKTORSKOE BYURO VOSTOK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОНСТРУКТОРСКОЕ БЮРО ВОСТОК); a.k.a. VOSTOK DESIGN BUREAU), ul. Elektrozavodskaya, D. 63, Office 2, Ryazan, Ryazan Oblast 390023, Russia; Website vostok-kb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Jul 2023; Organization Type: Manufacture of air and spacecraft and related machinery; Digital Currency Address - USDT TLM3zA3EWycoDX4ZX4gKze7sgfbdkntTum; Tax ID No. 6234204579 (Russia); Government Gazette Number 57929885 (Russia); Business Registration Number 1236200005612 (Russia) [RUSSIA-EO14024].

KONTRAKT OOO, Ul. Avtozavodskaya D. 14, Moscow 115280, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Sep 2006; Tax ID No. 7725581394 (Russia); Registration Number 5067746473537 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

KONTROLES (a.k.a. KONTROLES ELECTRONICOS DE BAJA CALIFORNIA, S.A. DE C.V.), Ave. Azueta 11750, Col. Libertad, Tijuana, Baja California CP 22400, Mexico; R.F.C. KEB-020222-380 (Mexico) [SDNTK].

KONTROLES ELECTRONICOS DE BAJA CALIFORNIA, S.A. DE C.V. (a.k.a. KONTROLES), Ave. Azueta 11750, Col. Libertad, Tijuana, Baja California CP 22400, Mexico; R.F.C. KEB-020222-380 (Mexico) [SDNTK].

KONTSERN BELLESBUMPROM (Cyrillic: КОНЦЕРН БЕЛЛЕСБУМПРОМ) (a.k.a. BELARUSIAN PRODUCTION AND TRADE CONCERN OF TIMBER WOODWORKING AND PULP AND PAPER INDUSTRY (Cyrillic: БЕЛОРУССКИЙ ПРОИЗВОДСТВЕННО ТОРГОВЫЙ КОНЦЕРН ЛЕСНОЙ ДЕРЕВООБРАБАТЫВАЮЩЕЙ И ЦЕЛЛЮЛОЗНО БУМАЖНОЙ ПРОМЫШЛЕННОСТИ); a.k.a. BIELARUSKI VYTVORCHA HANDLIOVY KANCERN LIASNOJ DREVAAPRACOWCHAJ I CELIULOZNA PAPIAROVAJ PRAMYSLOVASCI (Cyrillic: БЕЛАРУСКІ ВЫТВОРЧА ГАНДЛЁВЫ КАНЦЭРН ЛЯСНОЙ ДРЭВААПРАЦОЎЧАЙ I ЦЭЛЮЛОЗНА ПАПЯРОВАЙ ПРАМЫСЛОВАСЦІ)), GSP, K. Marx Street, 16, Minsk 220030, Belarus; Organization Established Date 21 Jun 1991; Target Type State-Owned Enterprise; Tax ID No. 100377850 (Belarus) [BELARUS-EO14038].

KONTSERN OKEANPRIBOR, PAO (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN OKEANPRIBOR (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН ОКЕАНПРИБОР); a.k.a. AO KONTSERN OKEANPRIBOR (Cyrillic: АО КОНЦЕРН ОКЕАНПРИБОР); a.k.a. JOINT STOCK COMPANY CONCERN OKEANPRIBOR; a.k.a. JSC CONCERN OKEANPRIBOR), 46, Chkalovskii Prospect, St. Petersburg 197376, Russia; Website www.oceanpribor.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067847424160 (Russia); Tax ID No. 7813341546 (Russia) [UKRAINE-EO13662].

KONTSERN VEGA AO (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN RADIOSTROENIYA VEGA; a.k.a. RADIO ENGINEERING CORPORATION VEGA), Prospekt Kutuzovski 34, Moscow 121170, Russia; Ul. Akademika Pavlova, 14A, St. Petersburg 197376, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7730170167 (Russia); Registration Number 1037730020844 (Russia) [RUSSIA-EO14024].

KONTUR OOO, ul. Novoselov d. 25/2, floor 2, komnata 26, d. Alfimovo, Stupino 142860, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 May 2014; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 5077029058 (Russia); Registration Number 1145043002345 (Russia) [RUSSIA-EO14024] (Linked To: IMPERIYA 19-31 OOO).

KONY, Ali (a.k.a. BASHIR, Ali Lalobo; a.k.a. KAPERE, Otim; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLA, Ali Mohammed; a.k.a. LABOLO, Ali Mohammad; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Bashir; a.k.a. LALOBO, Ali Mohammed; a.k.a. SALONGO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Bashir"; a.k.a. "Caesar"; a.k.a. "MOHAMMED, Ali"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

KONY, Ali Mohammed (a.k.a. BASHIR, Ali Lalobo; a.k.a. KAPERE, Otim; a.k.a. KONY, Ali; a.k.a. LABOLA, Ali Mohammed; a.k.a. LABOLO, Ali Mohammad; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Bashir; a.k.a. LALOBO, Ali Mohammed; a.k.a. SALONGO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Bashir"; a.k.a. "Caesar"; a.k.a. "MOHAMMED, Ali"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

KONY, Joseph, Haute-Kotto, Central African Republic; Vakaga, Central African Republic; Kafia Kingi; Southern Darfur, Sudan; Congo, Democratic Republic of the; DOB 1961; alt. DOB 1963; alt. DOB 1965; alt. DOB 1959; alt. DOB 1960; alt. DOB 18 Sep 1964; POB Odek, Omoro, Gulu, Uganda; alt. POB Palaro Village, Palaro Parish, Omoro County, Gulu District, Uganda; alt. POB Atyak, Uganda; nationality Uganda; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commander of the Lord's Resistance Army (individual) [SDGT] [CAR] (Linked To: LORD'S RESISTANCE ARMY).

KONY, Salim (a.k.a. KONY, Salim Saleh; a.k.a. OBOL, Simon Salim; a.k.a. OGARO, Salim; a.k.a. OGARO, Salim Saleh Obol; a.k.a. SALEH, Salim; a.k.a. SALIM, Okolu), Kafia Kingi; Central African Republic; DOB 1992; alt. DOB 1991; alt. DOB 1993 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

KONY, Salim Saleh (a.k.a. KONY, Salim; a.k.a. OBOL, Simon Salim; a.k.a. OGARO, Salim; a.k.a. OGARO, Salim Saleh Obol; a.k.a. SALEH, Salim; a.k.a. SALIM, Okolu), Kafia Kingi; Central African Republic; DOB 1992; alt. DOB 1991; alt. DOB 1993 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

KOOCHAK ZAIE, Ebrahim (a.k.a. KOUCHAKZAEI, Ebrahim (Arabic: ابراهيم كوچکزایی); a.k.a. KOUCHEKZAEI, Ebrahim; a.k.a. KUCHKZA'I, Ebrahim Mohammad), Iran; DOB 1963 to 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; LEF Colonel (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

KOOCHI, Shahbaz (a.k.a. HAN, Cellat; a.k.a. HAN, Sahbaz; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Haji Shahbaz; a.k.a. ZADRAN, Shabbaz; a.k.a. ZADRAN, Shahbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB

Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

KOPIN, Roman Valentinovich (Cyrillic: КОПИН, Роман Валентинович), Chukotka Autonomous Region, Russia; DOB 05 Mar 1974; POB Kostroma, Kostroma Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KOPTEV, Yuri Nikolaevich (a.k.a. KOPTEV, Yury Nikolayevich (Cyrillic: КОПТЕВ, Юрий Николаевич)), 1, Nevskogo, 10, Moscow 141071, Russia; Russia; DOB 13 Mar 1940; POB Stavropol, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Diplomatic Passport 10055910 (Russia) (individual) [RUSSIA-EO14024].

KOPTEV, Yury Nikolayevich (Cyrillic: КОПТЕВ, Юрий Николаевич) (a.k.a. KOPTEV, Yuri Nikolaevich), 1, Nevskogo, 10, Moscow 141071, Russia; Russia; DOB 13 Mar 1940; POB Stavropol, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Diplomatic Passport 10055910 (Russia) (individual) [RUSSIA-EO14024].

KORA MEDIA CORPORATION LTD, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

KORCHIK, Dmitri Aleksandrovich (a.k.a. KORCHIK, Dmitrii Aleksandrovich; a.k.a. KORCHIK, Dmitriy; a.k.a. KORCHIK, Dmitry Aleksandrovich (Cyrillic: КОРЧИК, Дмитрий Александрович); a.k.a. KORCHYK, Dzmitriy Alyaksandravich (Cyrillic: КОРЧЫК, Дзмітрый Аляксандравіч)), Gomel, Belarus; DOB 1968; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038] (Linked To: OPEN JOINT STOCK COMPANY BYELORUSSIAN STEEL WORKS MANAGEMENT COMPANY OF HOLDING BYELORUSSIAN METALLURGICAL COMPANY).

KORCHIK, Dmitrii Aleksandrovich (a.k.a. KORCHIK, Dmitri Aleksandrovich; a.k.a. KORCHIK, Dmitriy; a.k.a. KORCHIK, Dmitry Aleksandrovich (Cyrillic: КОРЧИК, Дмитрий Александрович); a.k.a. KORCHYK, Dzmitriy Alyaksandravich (Cyrillic: КОРЧЫК, Дзмітрый Аляксандравіч)), Gomel, Belarus; DOB 1968; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038]

(Linked To: OPEN JOINT STOCK COMPANY BYELORUSSIAN STEEL WORKS MANAGEMENT COMPANY OF HOLDING BYELORUSSIAN METALLURGICAL COMPANY).

KORCHIK, Dmitriy (a.k.a. KORCHIK, Dmitri Aleksandrovich; a.k.a. KORCHIK, Dmitrii Aleksandrovich; a.k.a. KORCHIK, Dmitry Aleksandrovich (Cyrillic: КОРЧИК, Дмитрий Александрович); a.k.a. KORCHYK, Dzmitriy Alyaksandravich (Cyrillic: КОРЧЫК, Дзмітрый Аляксандравіч)), Gomel, Belarus; DOB 1968; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038] (Linked To: OPEN JOINT STOCK COMPANY BYELORUSSIAN STEEL WORKS MANAGEMENT COMPANY OF HOLDING BYELORUSSIAN METALLURGICAL COMPANY).

KORCHIK, Dmitry Aleksandrovich (Cyrillic: КОРЧИК, Дмитрий Александрович) (a.k.a. KORCHIK, Dmitri Aleksandrovich; a.k.a. KORCHIK, Dmitrii Aleksandrovich; a.k.a. KORCHIK, Dmitriy; a.k.a. KORCHYK, Dzmitriy Alyaksandravich (Cyrillic: КОРЧЫК, Дзмітрый Аляксандравіч)), Gomel, Belarus; DOB 1968; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038] (Linked To: OPEN JOINT STOCK COMPANY BYELORUSSIAN STEEL WORKS MANAGEMENT COMPANY OF HOLDING BYELORUSSIAN METALLURGICAL COMPANY).

KORCHYK, Dzmitriy Alyaksandravich (Cyrillic: КОРЧЫК, Дзмітрый Аляксандравіч) (a.k.a. KORCHIK, Dmitri Aleksandrovich; a.k.a. KORCHIK, Dmitrii Aleksandrovich; a.k.a. KORCHIK, Dmitriy; a.k.a. KORCHIK, Dmitry Aleksandrovich (Cyrillic: КОРЧИК, Дмитрий Александрович)), Gomel, Belarus; DOB 1968; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038] (Linked To: OPEN JOINT STOCK COMPANY BYELORUSSIAN STEEL WORKS MANAGEMENT COMPANY OF HOLDING BYELORUSSIAN METALLURGICAL COMPANY).

KORDELI, Ul. Mikhalkovskaya D. 63B, Str. 2, Et/Pom/Kom 4/XXI/1R, Moscow 125438, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743058187 (Russia); Registration Number 1037739256609 (Russia) [RUSSIA-EO14024].

KORDEX AO (a.k.a. AO KORDEKS (Cyrillic: АО КОРДЕКС); a.k.a. KORDEX JOINT STOCK

COMPANY; f.k.a. KORDEX OOO; a.k.a. NEPUBLICHNOE AKTSIONERNOE OBSCHCHESTVO KORDEX), 44, shosse Yaroslavskoe, Moscow 129337, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Nov 2009; Organization Type: Management consultancy activities; Tax ID No. 7716823181 (Russia); Government Gazette Number 63681478 (Russia); Registration Number 1167746394881 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

KORDEX JOINT STOCK COMPANY (a.k.a. AO KORDEKS (Cyrillic: АО КОРДЕКС); a.k.a. KORDEX AO; f.k.a. KORDEX OOO; a.k.a. NEPUBLICHNOE AKTSIONERNOE OBSCHCHESTVO KORDEX), 44, shosse Yaroslavskoe, Moscow 129337, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Nov 2009; Organization Type: Management consultancy activities; Tax ID No. 7716823181 (Russia); Government Gazette Number 63681478 (Russia); Registration Number 1167746394881 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

KORDEX OOO (a.k.a. AO KORDEKS (Cyrillic: АО КОРДЕКС); a.k.a. KORDEX AO; a.k.a. KORDEX JOINT STOCK COMPANY; a.k.a. NEPUBLICHNOE AKTSIONERNOE OBSCHCHESTVO KORDEX), 44, shosse Yaroslavskoe, Moscow 129337, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Nov 2009; Organization Type: Management consultancy activities; Tax ID No. 7716823181 (Russia); Government Gazette Number 63681478 (Russia); Registration Number 1167746394881 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

KORDIC, Dario; DOB 14 Dec 1960; POB Sarajevo, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

KOREA ACHIM SHIPPING CO, Sochang-dong, Chung-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5936312 [DPRK4].

KOREA AMNOKGANG TECHNOLOGY DEVELOPMENT COMPANY (Korean: 조선압록강기술개발회사) (a.k.a. AMNOKGANG TECHNOLOGY DEVELOPMENT COMPANY (Korean: 압록강기술개발회사; Chinese Simplified: 鸭绿江技术开发公司); a.k.a. AMNOKGANG TECHNOLOGY DEVELOPMENT CORPORATION; a.k.a. KOREA APROKGANG TECHNOLOGY COMPANY; a.k.a. YALU RIVER TECHNOLOGY DEVELOPMENT COMPANY), South Hamgyong, Korea, North; Pothonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0xcB74874f1e06Fcf80A306e06e5379A44B488bA2D; alt. Digital Currency Address - ETH 0x0330070FD38Ec3bB94F58FA55D40368271E9e54A; alt. Digital Currency Address - ETH 0x9Be599d7867f5E1a2D7Ec6dB9710dF2b98A15573; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 1982; Organization Type: Other information technology and computer service activities; Digital Currency Address - TRX TNrX2FwrHKoo4XACGkmSzqeK4pdnKYn6Z7; alt. Digital Currency Address - TRX TEEYCuGDyeNkuDj4u6GQRXxXo3Nh29r2vP; alt. Digital Currency Address - TRX TZB4NrX7k9ZsV6PRc1GigAztLL8WHpLvwP; alt. Digital Currency Address - TRX TDe2UNAvuUnTbbDo7518eMe3TXN5qJW8Ft [DPRK4].

KOREA ANSAN SHIPPING COMPANY (a.k.a. KOREA ANSAN SHPG CO), Pyongchon 1-dong, Pyongchon-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5676084 [DPRK4].

KOREA ANSAN SHPG CO (a.k.a. KOREA ANSAN SHIPPING COMPANY), Pyongchon 1-dong, Pyongchon-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5676084 [DPRK4].

KOREA APROKGANG TECHNOLOGY COMPANY (a.k.a. AMNOKGANG TECHNOLOGY DEVELOPMENT COMPANY (Korean: 압록강기술개발회사; Chinese Simplified: 鸭绿江技术开发公司); a.k.a. AMNOKGANG TECHNOLOGY DEVELOPMENT CORPORATION; a.k.a. KOREA AMNOKGANG TECHNOLOGY DEVELOPMENT COMPANY (Korean: 조선압록강기술개발회사); a.k.a. YALU RIVER TECHNOLOGY DEVELOPMENT COMPANY), South Hamgyong, Korea, North; Pothonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0xcB74874f1e06Fcf80A306e06e5379A44B488bA2D; alt. Digital Currency Address - ETH 0x0330070FD38Ec3bB94F58FA55D40368271E9e54A; alt. Digital Currency Address - ETH 0x9Be599d7867f5E1a2D7Ec6dB9710dF2b98A15573; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 1982; Organization Type: Other information technology and computer service activities; Digital Currency Address - TRX TNrX2FwrHKoo4XACGkmSzqeK4pdnKYn6Z7; alt. Digital Currency Address - TRX TEEYCuGDyeNkuDj4u6GQRXxXo3Nh29r2vP; alt. Digital Currency Address - TRX TZB4NrX7k9ZsV6PRc1GigAztLL8WHpLvwP; alt. Digital Currency Address - TRX TDe2UNAvuUnTbbDo7518eMe3TXN5qJW8Ft [DPRK4].

KOREA BUYON SHIPPING CO (a.k.a. KOREAN BUYON SHIPPING CO. LTD.; a.k.a. KOREAN BUYON SHIPPING COMPANY LIMITED), Wonsan, Kangwon-do, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 5057119 [DPRK3].

KOREA CHANGGWANG CREDIT BANK (f.k.a. CHANGGWANG CREDIT BANK; a.k.a. TANCHON COMMERCIAL BANK), Saemul 1-Dong Pyongchon District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and

510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA CHILSONG TRADING CORPORATION (a.k.a. CH'I'LSO'NG TRADING; a.k.a. CHILSONG TRADING COMPANY; a.k.a. CHILSONG TRADING CORP.; a.k.a. CHILSONG TRADING CORPORATION; a.k.a. CHILSUNG TRADING COMPANY), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

KOREA CHOLSAN GENERAL TRADING CORPORATION (Cyrillic: ГЕНЕРАЛЬНАЯ ТОРГОВАЯ КОМПАНИЯ ЧХОЛСАН КНДР) (a.k.a. CHKHOLSAN; a.k.a. CHOLSAN TRADING COMPANY; a.k.a. CHOLSON LLC (Cyrillic: ООО ЧХОЛСАН)), Russia; Tongdaewon District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

KOREA CHONSURIM TRADING CORPORATION (a.k.a. CHONSURIM TRADING CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Other information technology and computer service activities [DPRK3].

KOREA COMPLEX EQUIPMENT IMPORT CORPORATION, Rakwon-dong, Pothonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA COMPUTER CENTER (a.k.a. CHOSON COMPUTER CENTER; a.k.a. CHUNG SUN COMPUTER CENTER; a.k.a. KOREA

COMPUTER COMPANY), Pyongyang, Korea, North; Germany; China; Syria; India; United Arab Emirates; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA COMPUTER COMPANY (a.k.a. CHOSON COMPUTER CENTER; a.k.a. CHUNG SUN COMPUTER CENTER; a.k.a. KOREA COMPUTER CENTER), Pyongyang, Korea, North; Germany; China; Syria; India; United Arab Emirates; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA DAEBONG SHIPPING CO, Ansan 1-dong, Pyongchon-guyok, Pyongyang, Korea, North; Nationality of Registration Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number 5145243 [DPRK4].

KOREA DAESONG BANK (a.k.a. CHOSON TAESONG UNHAENG; a.k.a. TAESONG BANK), Segori-dong, Gyongheung St., Potonggang District, Pyongyang, Korea, North; SWIFT/BIC KDBKKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; PHONE 850 2 381 8221; PHONE 850 2 18111 ext. 8221; FAX 850 2 381 4576; TELEX 360230 and 37041 KDP KP; TGMS daesongbank; EMAIL kdb@co.chesin.com [DPRK].

KOREA DAESONG GENERAL TRADING CORPORATION (a.k.a. DAESONG TRADING; a.k.a. DAESONG TRADING COMPANY; a.k.a. KOREA DAESONG TRADING COMPANY; a.k.a. KOREA DAESONG TRADING CORPORATION), Pulgan Gori Dong 1, Potonggang District, Pyongyang City, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214; PHONE 850 2 18111 8204/8208; PHONE 850 2 381 8208/4188; FAX 850 2 381 4431/4432; EMAIL daesong@co.chesin.com [DPRK].

KOREA DAESONG TRADING COMPANY (a.k.a. DAESONG TRADING; a.k.a. DAESONG TRADING COMPANY; a.k.a. KOREA DAESONG GENERAL TRADING CORPORATION; a.k.a. KOREA DAESONG TRADING CORPORATION), Pulgan Gori Dong 1, Potonggang District, Pyongyang City, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; PHONE 850 2 18111 8204/8208; PHONE 850 2 381 8208/4188; FAX 850 2 381 4431/4432; EMAIL daesong@co.chesin.com [DPRK].

KOREA DAESONG TRADING CORPORATION (a.k.a. DAESONG TRADING; a.k.a. DAESONG TRADING COMPANY; a.k.a. KOREA DAESONG GENERAL TRADING CORPORATION; a.k.a. KOREA DAESONG TRADING COMPANY), Pulgan Gori Dong 1, Potonggang District, Pyongyang City, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; PHONE 850 2 18111 8204/8208; PHONE 850 2 381 8208/4188; FAX 850 2 381 4431/4432; EMAIL daesong@co.chesin.com [DPRK].

KOREA DAIZIN TRADING CORP. (a.k.a. 126 ECONOMIC EXCHANGE COMPANY; a.k.a. DAEJIN TRADING GENERAL CORPORATION (Korean: 대진무역총회사); a.k.a. KOREA DAIZIN TRADING CORPORATION; a.k.a. KOREA TAEJIN TRADING; a.k.a. KOREA TAEJIN TRADING CORPORATION; a.k.a. KOREA TAIJIN TRADE CORPORATION; a.k.a. TAECHIN TRADING CORPORATION; a.k.a. TAEJIN TRADING COMPANY; a.k.a. TAEJIN TRADING CORPORATION; a.k.a. TAEJIN TRADING GENERAL COMPANY), Hu'ngbu-dong, Moranbong District, Pyongyang, Korea, North; Hanoi, Vietnam; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea

Sanctions Regulations section 510.214; Organization Type: Mining of hard coal [DPRK2] [DPRK3].

KOREA DAIZIN TRADING CORPORATION (a.k.a. 126 ECONOMIC EXCHANGE COMPANY; a.k.a. DAEJIN TRADING GENERAL CORPORATION (Korean: 대진무역총회사); a.k.a. KOREA DAIZIN TRADING CORP.; a.k.a. KOREA TAEJIN TRADING; a.k.a. KOREA TAEJIN TRADING CORPORATION; a.k.a. KOREA TAIJIN TRADE CORPORATION; a.k.a. TAECHIN TRADING CORPORATION; a.k.a. TAEJIN TRADING COMPANY; a.k.a. TAEJIN TRADING CORPORATION; a.k.a. TAEJIN TRADING GENERAL COMPANY), Hu'ngbu-dong, Moranbong District, Pyongyang, Korea, North; Hanoi, Vietnam; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Mining of hard coal [DPRK2] [DPRK3].

KOREA EXPO JOINT VENTURE (a.k.a. CHOSUN EXPO; a.k.a. CHOSUN EXPO JOINT VENTURE; a.k.a. KOREA EXPO JOINT VENTURE CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA EXPO JOINT VENTURE CORPORATION (a.k.a. CHOSUN EXPO; a.k.a. CHOSUN EXPO JOINT VENTURE; a.k.a. KOREA EXPO JOINT VENTURE), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA FOREIGN INSURANCE COMPANY (a.k.a. KOREA NATIONAL INSURANCE COMPANY; a.k.a. KOREA NATIONAL INSURANCE CORPORATION), Central District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA FOREIGN TECHNICAL TRADE CENTER, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA GENERAL COMPANY FOR EXTERNAL CONSTRUCTION (a.k.a. KOREA GENERAL CONSTRUCTION; a.k.a. KOREA GENERAL CORPORATION FOR EXTERNAL CONSTRUCTION; a.k.a. "GENCO"; a.k.a. "KOGEN"; a.k.a. "ZENKO" (Cyrillic: **"ЗЕНКО"**)), Korea, North; Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

KOREA GENERAL CONSTRUCTION (a.k.a. KOREA GENERAL COMPANY FOR EXTERNAL CONSTRUCTION; a.k.a. KOREA GENERAL CORPORATION FOR EXTERNAL CONSTRUCTION; a.k.a. "GENCO"; a.k.a. "KOGEN"; a.k.a. "ZENKO" (Cyrillic: **"ЗЕНКО"**)), Korea, North; Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

KOREA GENERAL CORPORATION FOR EXTERNAL CONSTRUCTION (a.k.a. KOREA GENERAL COMPANY FOR EXTERNAL CONSTRUCTION; a.k.a. KOREA GENERAL CONSTRUCTION; a.k.a. "GENCO"; a.k.a. "KOGEN"; a.k.a. "ZENKO" (Cyrillic: **"ЗЕНКО"**)), Korea, North; Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

KOREA HAEGUMGANG TRADING CORPORATION (a.k.a. HAEGU'MGANG TRADING COMPANY; a.k.a. KOREA RIMYONGSU TRADING CORPORATION; a.k.a. NAEGU'NGANG TRADING COMPANY), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

KOREA HEUNGJIN TRADING COMPANY (a.k.a. HUNJIN TRADING CO.), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA HYOKSIN EXPORT AND IMPORT CORPORATION (a.k.a. KOREA HYOKSIN TRADING CORPORATION), Rakwon-dong, Pothonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA HYOKSIN TRADING CORPORATION (a.k.a. KOREA HYOKSIN EXPORT AND IMPORT CORPORATION), Rakwon-dong, Pothonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA INTERNATIONAL CHEMICAL JOINT VENTURE COMPANY (a.k.a. CHOSON INTERNATIONAL CHEMICALS JOINT OPERATION COMPANY; a.k.a. CHOSUN INTERNATIONAL CHEMICALS JOINT OPERATION COMPANY; a.k.a. INTERNATIONAL CHEMICAL JOINT VENTURE CORPORATION), Hamhung, South Hamgyong Province, Korea, North; Man gyongdae-kuyok, Pyongyang, Korea, North; Mangyungdae-gu, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA KUMBYOL TRADING COMPANY (a.k.a. KUMBYOL TRADING; a.k.a. KUMBYOL TRADING COMPANY OF NORTH KOREAN WORKERS' PARTY), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

KOREA KUMRYONG TRADING COMPANY (a.k.a. CHANGGWANG SINYONG CORPORATION; a.k.a. DPRKN MINING DEVELOPMENT TRADING COOPERATION; a.k.a. EXTERNAL TECHNOLOGY GENERAL CORPORATION; a.k.a. KOREA MINING DEVELOPMENT TRADING CORPORATION; a.k.a. KOREAN MINING AND INDUSTRIAL DEVELOPMENT CORPORATION; a.k.a. NORTH KOREAN MINING DEVELOPMENT TRADING CORPORATION; a.k.a. "KOMID"), Central District, Pyongyang, Korea, North; Beijing, China; Moscow, Russia; Tehran, Iran; Damascus, Syria; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK2].

KOREA KUMSAN TRADING CORPORATION, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] (Linked To: GENERAL BUREAU OF ATOMIC ENERGY).

KOREA KUMUNSAN SHIPPING CO, Pongnam-dong, Pyongchon-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5110478 [DPRK4].

KOREA KURYONGGANG TRADING CORPORATION (a.k.a. KOREA TANGUN TRADING CORPORATION; a.k.a. RYUNG SENG TRADING CORPORATION; a.k.a. RYUNGSENG TRADING CORPORATION; a.k.a. RYUNGSONG TRADING CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK2].

KOREA KURYONGGANG TRADING CORPORATION (a.k.a. KOREA KUWOLSAN TRADING CORPORATION; a.k.a. KOREA RYENHAP 2 TRADING CORPORATION; a.k.a. KOREA TANGUN TRADING CORPORATION; a.k.a. RYUNG SENG TRADING CORPORATION; a.k.a. RYUNGSENG TRADING CORPORATION; a.k.a. RYUNGSONG TRADING CORPORATION; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES FOREIGN AFFAIRS BUREAU), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [NPWMD].

KOREA KUWOLSAN TRADING CORPORATION (a.k.a. KOREA KURYONGGANG TRADING CORPORATION; a.k.a. KOREA RYENHAP 2 TRADING CORPORATION; a.k.a. KOREA TANGUN TRADING CORPORATION; a.k.a. RYUNG SENG TRADING CORPORATION; a.k.a. RYUNGSENG TRADING CORPORATION; a.k.a. RYUNGSONG TRADING CORPORATION; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES FOREIGN AFFAIRS BUREAU), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [NPWMD].

KOREA KWANGSON BANKING CORP (a.k.a. BORDER TRADE SETTLEMENT BANK; a.k.a. DPRK BORDER TRADE SETTLEMENT BANK; a.k.a. KKBC; a.k.a. "BTSB"), Jungson-dong, Sungri Street, Central District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA KWANGSONG TRADING CORPORATION, Rakwon-dong, Pothonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or

Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA MANDAL CREDIT BANK (a.k.a. MANDAL CREDIT BANK; a.k.a. "ANSAN"; a.k.a. "KMCB"), P'yo'ngch'o'n District, Ansan 2-dong, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Financial Institution [DPRK4].

KOREA MANGYONGDAE COMPUTER TECHNOLOGY CORP. (a.k.a. KOREA MANGYONGDAE COMPUTER TECHNOLOGY CORPORATION; a.k.a. MANGYONGDAE COMPUTER TECHNOLOGY), Songhung-dong, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Other information technology and computer service activities [DPRK4].

KOREA MANGYONGDAE COMPUTER TECHNOLOGY CORPORATION (a.k.a. KOREA MANGYONGDAE COMPUTER TECHNOLOGY CORP.; a.k.a. MANGYONGDAE COMPUTER TECHNOLOGY), Songhung-dong, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Other information technology and computer service activities [DPRK4].

KOREA MARINE & INDUSTRIAL TRDG (a.k.a. KOREA MARINE AND INDUSTRIAL TRDG), Changgyong 2-dong, Sosong-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5928635 [DPRK4].

KOREA MARINE AND INDUSTRIAL TRDG (a.k.a. KOREA MARINE & INDUSTRIAL TRDG), Changgyong 2-dong, Sosong-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations,

sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5928635 [DPRK4].

KOREA MINING DEVELOPMENT TRADING CORPORATION (a.k.a. CHANGGWANG SINYONG CORPORATION; a.k.a. DPRKN MINING DEVELOPMENT TRADING COOPERATION; a.k.a. EXTERNAL TECHNOLOGY GENERAL CORPORATION; a.k.a. KOREA KUMRYONG TRADING COMPANY; a.k.a. KOREAN MINING AND INDUSTRIAL DEVELOPMENT CORPORATION; a.k.a. NORTH KOREAN MINING DEVELOPMENT TRADING CORPORATION; a.k.a. "KOMID"), Central District, Pyongyang, Korea, North; Beijing, China; Moscow, Russia; Tehran, Iran; Damascus, Syria; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK2].

KOREA MIRAE SHIPPING CO. LTD. (a.k.a. EAST SEA SHIPPING COMPANY; a.k.a. HAEYANG CREW MANAGEMENT COMPANY; a.k.a. OCEAN MARITIME MANAGEMENT COMPANY LIMITED), Dongheung-dong Changgwang Street, Chung-ku, PO Box 125, Pyongyang, Korea, North; Donghung Dong, Central District, PO Box 120, Pyongyang, Korea, North; No. 10, 10th Floor, Unit 1, Wu Wu Lu 32-1, Zhong Shan Qu, Dalian City, Liaoning Province, China; 22 Jin Cheng Jie, Zhong Shan Qu, Dalian City, Liaoning Province, China; 43-39 Lugovaya, Vladivostok, Russia; CPO Box 120, Tonghung-dong, Chung-gu, Pyongyang, Korea, North; Bangkok, Thailand; Lima, Peru; Port Said, Egypt; Singapore; Brazil; Hong Kong, China; Shenzhen, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 1790183 [DPRK].

KOREA MYONGDOK SHIPPING CO, Chilgol 2-dong, Mangyongdae-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5985863 [DPRK4].

KOREA NAMGANG TRADING CORPORATION (a.k.a. DPRK NAMGANG TRADING COMPANY), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3] [DPRK-NKSPEA].

KOREA NAMHUNG TRADING CORPORATION (a.k.a. KOREA TAERYONGGANG TRADING CORPORATION; a.k.a. NAM CHON GANG CORPORATION; a.k.a. NAMCHONGANG TRADING; a.k.a. NAMCHONGANG TRADING CORPORATION; a.k.a. NAMHUNG; a.k.a. NOMCHONGANG TRADING CO.; a.k.a. "NCG"), Pyongyang, Korea, North; Chilgol, Mangyongdae District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA NATIONAL INSURANCE COMPANY (a.k.a. KOREA FOREIGN INSURANCE COMPANY; a.k.a. KOREA NATIONAL INSURANCE CORPORATION), Central District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA NATIONAL INSURANCE CORPORATION (a.k.a. KOREA FOREIGN INSURANCE COMPANY; a.k.a. KOREA NATIONAL INSURANCE COMPANY), Central District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA OCEAN SHIPPING AGENCY, Moranbong District, Pyongyang, Korea, North; Namp'o Branch, Namp'o, South P'yo'ngan Province, Korea, North; Hungnam Branch, Hungnam, South Hamgyong Province, Korea, North; Chongjin Branch, Songphyong District, Chongjin, North Hamgyong Province, Korea, North; Haeju Branch, Haeju, South Hwanghae Province, Korea, North; Songnim Branch, Songnim, North Hwanghae Province, Korea, North; Wonsan Branch, Wonsan, Kangwon Province, Korea, North; Rason Branch, Rason, North Hamgyong Province, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA OIL EXPLORATION COMPANY (a.k.a. CHOSUN OIL EXPLORATION COMPANY; a.k.a. KOREA OIL EXPLORATION CORPORATION; a.k.a. "KOEC"), Ulam Dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA OIL EXPLORATION CORPORATION (a.k.a. CHOSUN OIL EXPLORATION COMPANY; a.k.a. KOREA OIL EXPLORATION COMPANY; a.k.a. "KOEC"), Ulam Dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA OSONG SHIPPING CORPORATION (a.k.a. OSONG SHIPPING COMPANY; a.k.a. OSONG SHIPPING CORPORATION), Kansong-dong, Pyongchon-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 2006; Company Number 5619960 (Korea, North) [DPRK3].

KOREA PAEK SOL TRADING (a.k.a. BAEKSOL TRADING; a.k.a. BAEKSUL TRADING; a.k.a. PAEK SOL TRADING CORPORATION; a.k.a. PAEKSO'L CORPORATION; a.k.a. PAEKSOL TRADING CORPORATION; a.k.a. PAEKSO'L TRADING CORPORATION), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and

510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA PAEKHO TRADING CORPORATION (a.k.a. JOSON PAEKHO MUYOK HOESA; a.k.a. KOREA PAEKHO TRADING CORPORATION, LTD.; a.k.a. PAEKHO ARTS TRADING COMPANY; a.k.a. PAEKHO CONSTRUCTION SARL; a.k.a. PAEKHO FINE ART CORPORATION; a.k.a. PAEKHO TRADING COMPANY; a.k.a. WHITE TIGER TRADING COMPANY; a.k.a. "DEPARTMENT 30"; a.k.a. "KPTC"), Chongryu 3-dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

KOREA PAEKHO TRADING CORPORATION, LTD. (a.k.a. JOSON PAEKHO MUYOK HOESA; a.k.a. KOREA PAEKHO TRADING CORPORATION; a.k.a. PAEKHO ARTS TRADING COMPANY; a.k.a. PAEKHO CONSTRUCTION SARL; a.k.a. PAEKHO FINE ART CORPORATION; a.k.a. PAEKHO TRADING COMPANY; a.k.a. WHITE TIGER TRADING COMPANY; a.k.a. "DEPARTMENT 30"; a.k.a. "KPTC"), Chongryu 3-dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

KOREA PONGNAESAN TRADING CORPORATION (Korean: 조선봉래산무역회사) (a.k.a. DEPARTMENT 53 OF THE MINISTRY OF THE PEOPLE'S ARMED FORCES; a.k.a. "BUREAU 53"; a.k.a. "DEPARTMENT 53"), Pyongyang, Korea, North; Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

KOREA PUGANG TRADING CORPORATION, Rakwon-dong, Pothonggang District, Pyongyang, Korea, North; Secondary sanctions

risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA RIMYONGSU TRADING CORPORATION (a.k.a. HAEGU'MGANG TRADING COMPANY; a.k.a. KOREA HAEGUMGANG TRADING CORPORATION; a.k.a. NAEGU'NGANG TRADING COMPANY), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

KOREA ROUNSAN TRADING CORPORATION, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type State-Owned Enterprise [NPWMD] (Linked To: MINISTRY OF ROCKET INDUSTRY).

KOREA RUNGRADO GENERAL TRADING CORPORATION (a.k.a. RUNGRADO TRADE COMPANY; a.k.a. RYNRADO (Cyrillic: РЫНРАДО); a.k.a. RYNRADO GENERAL TRADING CORPORATION), Korea, North; Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

KOREA RUNGRADO RYONGAK TRADING CO, Pulgunkori 2-dong, Potonggang-guyok, Pyongyang, Korea, North; Nationality of Registration Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number 5787653 [DPRK4].

KOREA RUNGRADO SHIPPING CO, Pulgunkori 1-dong, Potonggang-guyok, Pyongyang, Korea, North; Nationality of Registration Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons

Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number 1414592 [DPRK4].

KOREA RYENGWANG TRADING CORPORATION (a.k.a. KOREA RYONGWANG TRADING CORPORATION), Rakwon-dong, Pothonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA RYENHA MACHINERY J/V CORPORATION (a.k.a. CHOSUN YUNHA MACHINERY JOINT OPERATION COMPANY; a.k.a. KOREA RYONHA MACHINERY JOINT VENTURE CORPORATION; a.k.a. RYONHA MACHINERY JOINT VENTURE CORPORATION), Mangungdae-gu, Pyongyang, Korea, North; Mangyongdae District, Pyongyang, Korea, North; Central District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA RYENHAP 2 TRADING CORPORATION (a.k.a. KOREA KURYONGGANG TRADING CORPORATION; a.k.a. KOREA KUWOLSAN TRADING CORPORATION; a.k.a. KOREA TANGUN TRADING CORPORATION; a.k.a. RYUNG SENG TRADING CORPORATION; a.k.a. RYUNGSENG TRADING CORPORATION; a.k.a. RYUNGSONG TRADING CORPORATION; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES FOREIGN AFFAIRS BUREAU), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [NPWMD].

KOREA RYONBONG GENERAL CORPORATION (a.k.a. KOREA YONBONG GENERAL CORPORATION; f.k.a. LYONGAKSAN GENERAL TRADING CORPORATION), Pot'onggang District, Pyongyang, Korea, North; Rakwon-dong, Pothonggang District, Pyongyang, Korea, North;

Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA RYONGWANG TRADING CORPORATION (a.k.a. KOREA RYENGWANG TRADING CORPORATION), Rakwon-dong, Pothonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA RYONHA MACHINERY JOINT VENTURE CORPORATION (a.k.a. CHOSUN YUNHA MACHINERY JOINT OPERATION COMPANY; a.k.a. KOREA RYENHA MACHINERY J/V CORPORATION; a.k.a. RYONHA MACHINERY JOINT VENTURE CORPORATION), Mangungdae-gu, Pyongyang, Korea, North; Mangyongdae District, Pyongyang, Korea, North; Central District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA SAENAL TECHNOLOGY TRADING CORPORATION (a.k.a. CHOSUN SAENAL TRADING; a.k.a. CHOSUN SAENAL TRADING COMPANY (Korean: 조선새날무역회사); a.k.a. CHOSUN SAENAL TRADING CORPORATION; a.k.a. KOREA SAENAL TRADING; a.k.a. KOREA SAENAL TRADING CORPORATION; a.k.a. SAENAL TRADING CORPORATION (Korean: 새날무역회사)), Ryugyong-dong No.1, Pothonggang District, Pyongyang, Korea, North; Chunso'ng Ward, Central District, Pyongyang, Korea, North; KoJungsong-dong Central District, KP, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

KOREA SAENAL TRADING (a.k.a. CHOSUN SAENAL TRADING; a.k.a. CHOSUN SAENAL TRADING COMPANY (Korean: 조선새날무역회사); a.k.a. CHOSUN SAENAL

TRADING CORPORATION; a.k.a. KOREA SAENAL TECHNOLOGY TRADING CORPORATION; a.k.a. KOREA SAENAL TRADING CORPORATION; a.k.a. SAENAL TRADING CORPORATION (Korean: 새날무역회사)), Ryugyong-dong No.1, Pothonggang District, Pyongyang, Korea, North; Chunso'ng Ward, Central District, Pyongyang, Korea, North; KoJungsong-dong Central District, KP, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

KOREA SAENAL TRADING CORPORATION (a.k.a. CHOSUN SAENAL TRADING; a.k.a. CHOSUN SAENAL TRADING COMPANY (Korean: 조선새날무역회사); a.k.a. CHOSUN SAENAL TRADING CORPORATION; a.k.a. KOREA SAENAL TECHNOLOGY TRADING CORPORATION; a.k.a. KOREA SAENAL TRADING; a.k.a. SAENAL TRADING CORPORATION (Korean: 새날무역회사)), Ryugyong-dong No.1, Pothonggang District, Pyongyang, Korea, North; Chunso'ng Ward, Central District, Pyongyang, Korea, North; KoJungsong-dong Central District, KP, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

KOREA SAMILPO SHIPPING CO, Tonghung-dong, Chung-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 1701459 [DPRK3].

KOREA SAMJONG SHIPPING CO, Tonghung-dong, Chung-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5954061 [DPRK4].

KOREA SAMMA SHIPPING CO (a.k.a. KOREA SAMMA SHPG CO), Rakrang 3-dong, Rakrang-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5145892 [DPRK4].

KOREA SAMMA SHPG CO (a.k.a. KOREA SAMMA SHIPPING CO), Rakrang 3-dong, Rakrang-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5145892 [DPRK4].

KOREA SINJIN TRADING CORPORATION (a.k.a. CHOSUN SINJIN TRADING COMPANY (Korean: 조선신진무역회사); a.k.a. CHOSUN SINJIN TRADING CORPORATION; a.k.a. SINJIN GENERAL TRADING CORPORATION), Mangyeongdae District, Chilgol 1 dong, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Wholesale and retail trade [DPRK2].

KOREA SOBAEKSU TRADING CORPORATION (a.k.a. KOREA SOBAEKSU UNITED CO.; a.k.a. KOREA SOBAEKSU UNITED CORPORATION; a.k.a. SOBAEKSU UNITED CORP.; a.k.a. SOBAEKU UNITED CORP), Huale St. Aojing Park Building 23, Unit 2 12-01, Zhongshan District, Dalian, Liaoning, China; 5 Center St., Xinxing District, Donggang City, Dandong, Liaoning, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Other information technology and computer service activities [NPWMD] (Linked To: MUNITIONS INDUSTRY DEPARTMENT).

KOREA SOBAEKSU UNITED CO. (a.k.a. KOREA SOBAEKSU TRADING CORPORATION; a.k.a. KOREA SOBAEKSU UNITED CORPORATION; a.k.a. SOBAEKSU UNITED CORP.; a.k.a. SOBAEKU UNITED CORP), Huale St. Aojing Park Building 23, Unit 2 12-01, Zhongshan District, Dalian, Liaoning, China; 5 Center St., Xinxing District, Donggang City, Dandong, Liaoning, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Other information technology and computer service activities [NPWMD] (Linked To: MUNITIONS INDUSTRY DEPARTMENT).

KOREA SOBAEKSU UNITED CORPORATION (a.k.a. KOREA SOBAEKSU TRADING CORPORATION; a.k.a. KOREA SOBAEKSU UNITED CO.; a.k.a. SOBAEKSU UNITED CORP.; a.k.a. SOBAEKU UNITED CORP), Huale St. Aojing Park Building 23, Unit 2 12-01, Zhongshan District, Dalian, Liaoning, China; 5 Center St., Xinxing District, Donggang City, Dandong, Liaoning, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Other information technology and computer service activities [NPWMD] (Linked To: MUNITIONS INDUSTRY DEPARTMENT).

KOREA SONGKWANG GENERAL TRADING CORPORATION (a.k.a. KOREA SONGKWANG TRADING GENERAL CORPORATION), Tongmun 3-dong, Tongdaewo'n District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

KOREA SONGKWANG TRADING GENERAL CORPORATION (a.k.a. KOREA SONGKWANG GENERAL TRADING CORPORATION), Tongmun 3-dong, Tongdaewo'n District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

KOREA SOUTH-SOUTH COOPERATION CORPORATION (a.k.a. NAM NAM GENERAL CORPORATION; a.k.a. NAM-NAM (SOUTH-SOUTH) COOPERATIVE GENERAL COMPANY), Central District, Pyongyang, Korea, North; China; Russia; Poland; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA SUNGRISAN TRADING CORPORATION (a.k.a. SUNGNISAN TRADING CORPORATION (Korean: 조선승리산무역회사)), Chungsong 2-dong, Nangnang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type State-Owned Enterprise [NPWMD] (Linked To: MINISTRY OF ROCKET INDUSTRY).

KOREA TAEJIN TRADING (a.k.a. 126 ECONOMIC EXCHANGE COMPANY; a.k.a. DAEJIN TRADING GENERAL CORPORATION (Korean: 대진무역총회사); a.k.a. KOREA DAIZIN TRADING CORP.; a.k.a. KOREA DAIZIN TRADING CORPORATION; a.k.a. KOREA TAEJIN TRADING CORPORATION; a.k.a. KOREA TAIJIN TRADE CORPORATION; a.k.a. TAECHIN TRADING CORPORATION; a.k.a. TAEJIN TRADING COMPANY; a.k.a. TAEJIN TRADING CORPORATION; a.k.a. TAEJIN TRADING GENERAL COMPANY), Hu'ngbu-dong, Moranbong District, Pyongyang, Korea, North; Hanoi, Vietnam; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Mining of hard coal [DPRK2] [DPRK3].

KOREA TAEJIN TRADING CORPORATION (a.k.a. 126 ECONOMIC EXCHANGE COMPANY; a.k.a. DAEJIN TRADING GENERAL CORPORATION (Korean: 대진무역총회사); a.k.a. KOREA DAIZIN TRADING CORP.; a.k.a. KOREA DAIZIN TRADING CORPORATION; a.k.a. KOREA TAEJIN TRADING; a.k.a. KOREA TAIJIN TRADE CORPORATION; a.k.a. TAECHIN TRADING CORPORATION; a.k.a. TAEJIN TRADING COMPANY; a.k.a. TAEJIN TRADING CORPORATION; a.k.a. TAEJIN TRADING GENERAL COMPANY), Hu'ngbu-dong, Moranbong District, Pyongyang, Korea, North; Hanoi, Vietnam; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Mining of hard coal [DPRK2] [DPRK3].

KOREA TAERYONGGANG TRADING CORPORATION (a.k.a. KOREA NAMHUNG TRADING CORPORATION; a.k.a. NAM CHON GANG CORPORATION; a.k.a. NAMCHONGANG TRADING; a.k.a. NAMCHONGANG TRADING CORPORATION; a.k.a. NAMHUNG; a.k.a. NOMCHONGANG TRADING CO.; a.k.a. "NCG"), Pyongyang, Korea, North; Chilgol, Mangyongdae District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA TAESONG TRADING COMPANY, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA TAIJIN TRADE CORPORATION (a.k.a. 126 ECONOMIC EXCHANGE COMPANY; a.k.a. DAEJIN TRADING GENERAL CORPORATION (Korean: 대진무역총회사); a.k.a. KOREA DAIZIN TRADING CORP.; a.k.a. KOREA DAIZIN TRADING CORPORATION; a.k.a. KOREA TAEJIN TRADING; a.k.a. KOREA TAEJIN TRADING CORPORATION; a.k.a. TAECHIN TRADING CORPORATION; a.k.a. TAEJIN TRADING COMPANY; a.k.a. TAEJIN TRADING CORPORATION; a.k.a. TAEJIN TRADING GENERAL COMPANY), Hu'ngbu-dong, Moranbong District, Pyongyang, Korea, North; Hanoi, Vietnam; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Mining of hard coal [DPRK2] [DPRK3].

KOREA TANGUN TRADING CORPORATION (a.k.a. KOREA KURYONGGANG TRADING CORPORATION; a.k.a. RYUNG SENG TRADING CORPORATION; a.k.a. RYUNGSENG TRADING CORPORATION; a.k.a. RYUNGSONG TRADING CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK2].

KOREA TANGUN TRADING CORPORATION (a.k.a. KOREA KURYONGGANG TRADING CORPORATION; a.k.a. KOREA KUWOLSAN TRADING CORPORATION; a.k.a. KOREA RYENHAP 2 TRADING CORPORATION; a.k.a. RYUNG SENG TRADING CORPORATION; a.k.a. RYUNGSENG TRADING CORPORATION; a.k.a. RYUNGSONG TRADING CORPORATION; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES FOREIGN AFFAIRS BUREAU), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [NPWMD].

KOREA TRADE BANK (a.k.a. FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA; a.k.a. MOOYOKBANK; a.k.a. NORTH KOREA'S FOREIGN TRADE BANK), FTB Building, Jungsong-dong, Central District, Pyongyang, Korea, North; SWIFT/BIC FTBDKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK3].

KOREA UNGUM COMPANY (a.k.a. KOREA UNGUM CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA UNGUM CORPORATION (a.k.a. KOREA UNGUM COMPANY), Pyongyang,

Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA UNITED DEVELOPMENT BANK, Pyongyang, Korea, North; SWIFT/BIC KUDBKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA UNPHA SHIPPING & TRADING (a.k.a. KOREA UNPHA SHIPPING AND TRADING), Puksong-dong, Pyongchon-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 6005935 [DPRK4].

KOREA UNPHA SHIPPING AND TRADING (a.k.a. KOREA UNPHA SHIPPING & TRADING), Puksong-dong, Pyongchon-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 6005935 [DPRK4].

KOREA YONBONG GENERAL CORPORATION (a.k.a. KOREA RYONBONG GENERAL CORPORATION; f.k.a. LYONGAKSAN GENERAL TRADING CORPORATION), Pot'onggang District, Pyongyang, Korea, North; Rakwon-dong, Pothonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA YUJONG SHIPPING CO LTD, Puksong 2-dong, Pyongchon-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations

section 510.214; Company Number IMO 5434358 [DPRK4].

KOREA ZINC INDUSTRIAL GROUP (a.k.a. KOREA ZINC INDUSTRY GENERAL CORPORATION; a.k.a. KOREA ZINC INDUSTRY GROUP; a.k.a. NORTH KOREAN ZINC INDUSTRY GROUP), Korea, North; Dalian, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA ZINC INDUSTRY GENERAL CORPORATION (a.k.a. KOREA ZINC INDUSTRIAL GROUP; a.k.a. KOREA ZINC INDUSTRY GROUP; a.k.a. NORTH KOREAN ZINC INDUSTRY GROUP), Korea, North; Dalian, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA ZINC INDUSTRY GROUP (a.k.a. KOREA ZINC INDUSTRIAL GROUP; a.k.a. KOREA ZINC INDUSTRY GENERAL CORPORATION; a.k.a. NORTH KOREAN ZINC INDUSTRY GROUP), Korea, North; Dalian, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA ZUZAGBONG MARITIME LTD, Kinmaul-dong, Moranbong-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 1991835 [DPRK3].

KOREAN BUYON SHIPPING CO. LTD. (a.k.a. KOREA BUYON SHIPPING CO; a.k.a. KOREAN BUYON SHIPPING COMPANY LIMITED), Wonsan, Kangwon-do, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 5057119 [DPRK3].

KOREAN BUYON SHIPPING COMPANY LIMITED (a.k.a. KOREA BUYON SHIPPING CO; a.k.a. KOREAN BUYON SHIPPING CO. LTD.), Wonsan, Kangwon-do, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 5057119 [DPRK3].

KOREAN COMMITTEE FOR SPACE TECHNOLOGY (a.k.a. COMMITTEE FOR SPACE TECHNOLOGY; a.k.a. DEPARTMENT OF SPACE TECHNOLOGY OF NORTH KOREA; a.k.a. DPRK COMMITTEE FOR SPACE TECHNOLOGY; a.k.a. KCST), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREAN FOREIGN TRADE COMPANY OKRYU (Chinese Simplified: 朝鲜玉流贸易会社) (a.k.a. KOREYSKAYA VNESHNETORGOVAYA KOMPANIYA OKRYU (Cyrillic: КОРЕЙСКАЯ ВНЕШНЕТОРГОВАЯ КОМПАНИЯ ОКРЮ); a.k.a. OKRYU TRADING COMPANY (Korean: 조선옥류무역회사); a.k.a. OKRYU TRADING CORPORATION; a.k.a. "OKRYU TRADE CO." (Cyrillic: "КОМПАНИЯ ОКРЮ")), Phyongchon District, Pyongyang, Korea, North; Rason, Korea, North; Email Address okryu@star-co.net.kp; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

KOREAN MINING AND INDUSTRIAL DEVELOPMENT CORPORATION (a.k.a. CHANGGWANG SINYONG CORPORATION; a.k.a. DPRKN MINING DEVELOPMENT TRADING COOPERATION; a.k.a. EXTERNAL TECHNOLOGY GENERAL CORPORATION; a.k.a. KOREA KUMRYONG TRADING COMPANY; a.k.a. KOREA MINING DEVELOPMENT TRADING CORPORATION; a.k.a. NORTH KOREAN MINING DEVELOPMENT TRADING CORPORATION; a.k.a. "KOMID"), Central District, Pyongyang, Korea, North; Beijing, China; Moscow, Russia; Tehran, Iran; Damascus, Syria; Secondary

sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK2].

KOREAN PEOPLE'S ARMY, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREAN PEOPLE'S ARMY SECURITY BUREAU (a.k.a. MILITARY SECURITY BUREAU; a.k.a. MILITARY SECURITY COMMAND), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREAN POLISH SHPG CO LTD, Kinmaul-dong, Moranbong-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 1267131 [DPRK3].

KOREAN WORKERS PARTY, PROPAGANDA AND AGITATION DEPARTMENT (a.k.a. PROPAGANDA AND AGITATION DEPARTMENT; a.k.a. PROPAGANDA AND AGITATION DEPARTMENT, WORKERS PARTY OF KOREA), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREYSKAYA VNESHNETORGOVAYA KOMPANIYA OKRYU (Cyrillic: КОРЕЙСКАЯ ВНЕШНЕТОРГОВАЯ КОМПАНИЯ ОКРЮ) (a.k.a. KOREAN FOREIGN TRADE COMPANY OKRYU (Chinese Simplified: 朝鲜玉流贸易会社); a.k.a. OKRYU TRADING COMPANY (Korean: 조선옥류무역회사); a.k.a. OKRYU TRADING CORPORATION; a.k.a. "OKRYU TRADE CO." (Cyrillic: "КОМПАНИЯ ОКРЮ")), Phyongchon District, Pyongyang, Korea, North; Rason, Korea, North; Email

Address okryu@star-co.net.kp; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

KORINETS, Andrey Stanislavovich (Cyrillic: КОРИНЕЦ, Андрей Станиславович) (a.k.a. DOGUZHIEV, Alexey; a.k.a. WRIGHT, Ian Colin), Syktyvkar, Komi Republic, Russia; DOB 18 May 1987; POB Syktyvkar, Komi Republic, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 8707233962 (Russia) (individual) [CYBER2].

KORNET, Igor (a.k.a. KORNET, Igor Aleksandrovich; a.k.a. KORNET, Ihor), Luhansk, Ukraine; DOB 29 Apr 1973; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KORNET, Igor Aleksandrovich (a.k.a. KORNET, Igor; a.k.a. KORNET, Ihor), Luhansk, Ukraine; DOB 29 Apr 1973; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KORNET, Ihor (a.k.a. KORNET, Igor; a.k.a. KORNET, Igor Aleksandrovich), Luhansk, Ukraine; DOB 29 Apr 1973; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KORNIYENKO, Alexey Viktorovich (Cyrillic: КОРНИЕНКО, Алексей Викторович), Russia; DOB 22 Jul 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOROBKO, Mykola Oleksiiovych (a.k.a. KOROBKO, Nikolai Alekseevich), Russia; DOB 14 Jan 1950; POB Solenoye, Kalmykia, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 7301193828 (Russia); alt. Passport 0710012691 (Russia); Tax ID No. 732800060667 (Russia) (individual) [RUSSIA-EO14024].

KOROBKO, Nikolai Alekseevich (a.k.a. KOROBKO, Mykola Oleksiiovych), Russia; DOB

14 Jan 1950; POB Solenoye, Kalmykia, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 7301193828 (Russia); alt. Passport 0710012691 (Russia); Tax ID No. 732800060667 (Russia) (individual) [RUSSIA-EO14024].

KOROBOV, Igor (a.k.a. KOROBOV, Igor Valentinovich); DOB 03 Aug 1956; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 100119726 (Russia); alt. Passport 100115101 (Russia); Chief of GRU (individual) [CYBER2] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

KOROBOV, Igor Valentinovich (a.k.a. KOROBOV, Igor); DOB 03 Aug 1956; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 100119726 (Russia); alt. Passport 100115101 (Russia); Chief of GRU (individual) [CYBER2] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

KOROBOVA, Olga Vladimirovna (Cyrillic: КОРОБОВА, Ольга Владимировна), Russia; DOB 15 Sep 1978; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOROLEV, Sergey Borisovich (Cyrillic: КОРОЛЕВ, Сергей Борисович) (a.k.a. KOROLYOV, Sergei Borisovich), Moscow, Russia; DOB 25 Jul 1962; POB Bishkek, Kyrgyzstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KOROLYOV, Sergei Borisovich (a.k.a. KOROLEV, Sergey Borisovich (Cyrillic: КОРОЛЕВ, Сергей Борисович)), Moscow, Russia; DOB 25 Jul 1962; POB Bishkek, Kyrgyzstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KOROVIN, Valerii Mikhailovich (a.k.a. KOROVIN, Valery Mikhaylovich (Cyrillic: КОРОВИН, Валерий Михайлович)), Moscow, Russia; DOB 31 May 1977; POB Vladivostok, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Tax ID No. 504700223250 (Russia); Russian State Individual Business Registration Number Pattern (OGRNIP) 305504719503200 (Russia) (individual) [ELECTION-EO13848] [RUSSIA-EO14024] (Linked To: INTERNATIONAL NON-PROFIT FOUNDATION CENTER FOR GEOPOLITICAL EXPERTISE).

KOROVIN, Valery Mikhaylovich (Cyrillic: КОРОВИН, Валерий Михайлович) (a.k.a. KOROVIN, Valerii Mikhailovich), Moscow, Russia; DOB 31 May 1977; POB Vladivostok, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 504700223250 (Russia); Russian State Individual Business Registration Number Pattern (OGRNIP) 305504719503200 (Russia) (individual) [ELECTION-EO13848] [RUSSIA-EO14024] (Linked To: INTERNATIONAL NON-PROFIT FOUNDATION CENTER FOR GEOPOLITICAL EXPERTISE).

KORPORATIVNAYA REGISTRATORSKAYA KOMPANIYA (a.k.a. "KRK"), Ul. Vasilisy Kozhinoi D. 1, Et/Pom/Kom 4/I/75, Moscow 121096, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7730253529 (Russia); Registration Number 1197746576125 (Russia) [RUSSIA-EO14024].

KORPORATSIYA GAAN (a.k.a. LIMITED LIABILITY COMPANY GAAN CORPORATION), Ul. Talalikhina D. 41, Str. 9, Pomeshch. IX, Komnata 15B, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722460151 (Russia); Registration Number 1187746507816 (Russia) [RUSSIA-EO14024].

KORPORATSIYA IRKUT PAO (a.k.a. IRKUT CORP PJSC; a.k.a. IRKUT CORPORATION JOINT STOCK COMPANY; a.k.a. NP KORPORATSIYA IRKUT PAO; f.k.a. OAO SCIENTIFIC PRODUCTION CORPORATION IRKUT; a.k.a. PUBLIC JOINT STOCK COMPANY YAKOVLEV; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO NAUCHNO-PROIZVODSTVENNAYA IRKUT), 68, Leningradsky Prospekt, Moscow 125315, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 3807002509 (Russia); Registration Number 1023801428111 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

KORUS CONSULTING CIS LLC (a.k.a. KORUS CONSULTING SNG; a.k.a. LIMITED LIABILITY COMPANY KORUS CONSULTING CIS), Room 1N, 68 letter N Bolshoy Sampsonievskiy Ave, St. Petersburg 194100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801392271 (Russia); Registration Number 1057812752502 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

KORUS CONSULTING SNG (a.k.a. KORUS CONSULTING CIS LLC; a.k.a. LIMITED LIABILITY COMPANY KORUS CONSULTING CIS), Room 1N, 68 letter N Bolshoy Sampsonievskiy Ave, St. Petersburg 194100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801392271 (Russia); Registration Number 1057812752502 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

KORUS DISTRIBUTION LIMITED (a.k.a. LIMITED LIABILITY COMPANY SBERBANK FACTORING; a.k.a. SBERBANK FACTORING LLC; a.k.a. SBERBANK FAKTORING), Room I, 31a/bld. 1 Leningradsky Ave, Moscow 125284, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7802754982 (Russia); Registration Number 1117847260794 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

KORYO BANK, Koryo Bank Building, Pulgun Street, Pyongyang, Korea, North; SWIFT/BIC KORBKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; all offices worldwide [DPRK3].

KORYO COMMERCIAL BANK LTD., Pyongyang, Korea, North; Beijing, China; Shenyang, China; SWIFT/BIC KCBKKPP1; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

KORYO CREDIT DEVELOPMENT BANK (a.k.a. DAESONG CREDIT DEVELOPMENT BANK; a.k.a. KORYO GLOBAL CREDIT BANK; a.k.a. KORYO GLOBAL TRUST BANK), Yanggakdo International Hotel, RYUS, Pyongyang, Korea, North; SWIFT/BIC KGCBKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; all offices worldwide [DPRK3].

KORYO GLOBAL CREDIT BANK (a.k.a. DAESONG CREDIT DEVELOPMENT BANK; a.k.a. KORYO CREDIT DEVELOPMENT BANK; a.k.a. KORYO GLOBAL TRUST BANK), Yanggakdo International Hotel, RYUS, Pyongyang, Korea, North; SWIFT/BIC KGCBKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; all offices worldwide [DPRK3].

KORYO GLOBAL TRUST BANK (a.k.a. DAESONG CREDIT DEVELOPMENT BANK; a.k.a. KORYO CREDIT DEVELOPMENT BANK; a.k.a. KORYO GLOBAL CREDIT BANK), Yanggakdo International Hotel, RYUS, Pyongyang, Korea, North; SWIFT/BIC KGCBKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; all offices worldwide [DPRK3].

KORZYUK, Dmitriy (Cyrillic: КОРЗЮК, Дмитрий) (a.k.a. KORZYUK, Dmitriy Mikhaylovich (Cyrillic: КОРЗЮК, Дмитрий Михайлович)), Belarus; DOB 06 Oct 1971; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

KORZYUK, Dmitriy Mikhaylovich (Cyrillic: КОРЗЮК, Дмитрий Михайлович) (a.k.a. KORZYUK, Dmitriy (Cyrillic: КОРЗЮК, Дмитрий)), Belarus; DOB 06 Oct 1971; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

KOS, Milojica; DOB 01 Apr 1963; POB Lamovita, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

KOSACHEV, Konstantin Iosifovich (Cyrillic: КОСАЧЕВ, Константин Иосифович), Russia;

DOB 17 Sep 1962; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KOSAKOVA, Anna, 65 Avenue Georges Mandel, Paris 75016, France; DOB 25 Nov 1976; POB Senaki, Georgia; nationality Ukraine; Gender Female (individual) [LEBANON].

KOSAR COMPANY (a.k.a. AL-KAWTHAR FOUNDATION; a.k.a. BAHJAT AL KAWTHAR COMPANY FOR CONSTRUCTION AND TRADING LTD.), Khabateh, Toosi St., Najaf, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KOSARAYAN FARD, Ali Pejman Mahmud (a.k.a. CASARYANIFARD, Pejman; a.k.a. KOSARAYANIFARD, Pejman Mahmood; f.k.a. KOSARIAN FARD; a.k.a. KOSARIAN FARD, Pejman; a.k.a. KOSARIAN, Amir; a.k.a. KOSARYANI-FARD, Pejman), P.O. Box 52404, Dubai, United Arab Emirates; DOB 27 Feb 1973; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C20423657 (individual) [SDGT].

KOSARAYANIFARD, Pejman Mahmood (a.k.a. CASARYANIFARD, Pejman; a.k.a. KOSARAYAN FARD, Ali Pejman Mahmud; f.k.a. KOSARIAN FARD; a.k.a. KOSARIAN FARD, Pejman; a.k.a. KOSARIAN, Amir; a.k.a. KOSARYANI-FARD, Pejman), P.O. Box 52404, Dubai, United Arab Emirates; DOB 27 Feb 1973; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C20423657 (individual) [SDGT].

KOSARIAN FARD (a.k.a. CASARYANIFARD, Pejman; a.k.a. KOSARAYAN FARD, Ali Pejman Mahmud; a.k.a. KOSARAYANIFARD, Pejman Mahmood; a.k.a. KOSARIAN FARD, Pejman; a.k.a. KOSARIAN, Amir; a.k.a. KOSARYANI-FARD, Pejman), P.O. Box 52404, Dubai, United Arab Emirates; DOB 27 Feb 1973; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886; Passport C20423657 (individual) [SDGT].

KOSARIAN FARD, Pejman (a.k.a. CASARYANIFARD, Pejman; a.k.a. KOSARAYAN FARD, Ali Pejman Mahmud; a.k.a. KOSARAYANIFARD, Pejman Mahmood; f.k.a. KOSARIAN FARD; a.k.a. KOSARIAN, Amir; a.k.a. KOSARYANI-FARD, Pejman), P.O. Box 52404, Dubai, United Arab Emirates; DOB 27 Feb 1973; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C20423657 (individual) [SDGT].

KOSARIAN, Amir (a.k.a. CASARYANIFARD, Pejman; a.k.a. KOSARAYAN FARD, Ali Pejman Mahmud; a.k.a. KOSARAYANIFARD, Pejman Mahmood; f.k.a. KOSARIAN FARD; a.k.a. KOSARIAN FARD, Pejman; a.k.a. KOSARYANI-FARD, Pejman), P.O. Box 52404, Dubai, United Arab Emirates; DOB 27 Feb 1973; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C20423657 (individual) [SDGT].

KOSARYANI-FARD, Pejman (a.k.a. CASARYANIFARD, Pejman; a.k.a. KOSARAYAN FARD, Ali Pejman Mahmud; a.k.a. KOSARAYANIFARD, Pejman Mahmood; f.k.a. KOSARIAN FARD; a.k.a. KOSARIAN FARD, Pejman; a.k.a. KOSARIAN, Amir), P.O. Box 52404, Dubai, United Arab Emirates; DOB 27 Feb 1973; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C20423657 (individual) [SDGT].

KOSENKO, Irina (a.k.a. SAMSONENKO, Irina), Skopje, North Macedonia, The Republic of; DOB 16 Jan 1973; POB Rostov-on-Don, Russia; nationality North Macedonia, The Republic of; Gender Female; National ID No. 1601973455122 (North Macedonia, The Republic of) (individual) [BALKANS-EO14033] (Linked To: KAMCEV, Jordan).

KOSHELEV, Vladimir Alekseyevich (Cyrillic: КОШЕЛЕВ, Владимир Алексеевич), Russia; DOB 01 Oct 1974; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOSHLAF, Mohamed (Arabic: محمد كشلاف) (a.k.a. KASHLAF, Mohamed; a.k.a. KASHLAF, Mohammed Al Amin Al-Arabi (Arabic: محمد العربي كشلاف الأمين); a.k.a. KHUSHLAF, Mohamed; a.k.a. KOSHLAF, Mohamed al-

Aameen al-Arabi; a.k.a. "Al Qasseb"), Zawiya, Libya; DOB 12 Dec 1985; alt. DOB 02 Dec 1985; POB Zawiya, Libya; nationality Libya; Gender Male; Passport C17HLRL3 issued 30 Dec 2015 (individual) [LIBYA3].

KOSHLAF, Mohamed al-Aameen al-Arabi (a.k.a. KASHLAF, Mohamed; a.k.a. KASHLAF, Mohammed Al Amin Al-Arabi (Arabic: محمد العربي كشلاف الأمين); a.k.a. KHUSHLAF, Mohamed; a.k.a. KOSHLAF, Mohamed (Arabic: محمد كشلاف); a.k.a. "Al Qasseb"), Zawiya, Libya; DOB 12 Dec 1985; alt. DOB 02 Dec 1985; POB Zawiya, Libya; nationality Libya; Gender Male; Passport C17HLRL3 issued 30 Dec 2015 (individual) [LIBYA3].

KOSIKHINA, Natalya Vladimirovna (a.k.a. KOSYKHINA, Natalia Vladimirovna (Cyrillic: КОСИХИНА, Наталия Владимировна)), Russia; DOB 07 Aug 1972; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOSMOSAVIA OOO (a.k.a. LIMITED LIABILITY COMPANY KOSMOSAVIA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОСМОСАВИА)), 10 Pskovskaya St., Building 1, Floor 11, Office 297, Moscow 127253, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9715264294 (Russia); Registration Number 1167746608974 (Russia) [RUSSIA-EO14024].

KOSOV, Nikolai (a.k.a. KOSOV, Nikolay Nikolayevich), Budapest, Hungary; DOB 30 Jun 1955; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KOSOV, Nikolay Nikolayevich (a.k.a. KOSOV, Nikolai), Budapest, Hungary; DOB 30 Jun 1955; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KOSSIEV, Sergey Leonidovich (Cyrillic: КОССИЕВ, Сергей Леонидович) (a.k.a. KOSSIYEV, Sergei); DOB 19 May 1975; Gender Male; Head of the Institution, Captain of Internal Service, Penal Colony IK-7 (individual) [MAGNIT].

KOSSIYEV, Sergei (a.k.a. KOSSIEV, Sergey Leonidovich (Cyrillic: КОССИЕВ, Сергей Леонидович)); DOB 19 May 1975; Gender

Male; Head of the Institution, Captain of Internal Service, Penal Colony IK-7 (individual) [MAGNIT].

KOSTENKO, Elena Nikolaevna (a.k.a. KOSTENKO, Olena Mykolaivna), Novoannivka Street, No. 9, Krasnodonsky District, Luhansk Region, Ukraine; DOB 13 Nov 1968; POB Krasnodonsky, Ukraine; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KOSTENKO, Natalya Vasilyevna (Cyrillic: КОСТЕНКО, Наталья Васильевна), Russia; DOB 09 Aug 1980; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOSTENKO, Olena Mykolaivna (a.k.a. KOSTENKO, Elena Nikolaevna), Novoannivka Street, No. 9, Krasnodonsky District, Luhansk Region, Ukraine; DOB 13 Nov 1968; POB Krasnodonsky, Ukraine; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KOSTENOK, Sergey Vladimirovich (Cyrillic: КОСТЕНОК, Сергей Владимирович) (a.k.a. KASTSIANOK, Siarhei Uladzimiravich (Cyrillic: КАСЦЯНОК, Сяргей Уладзіміравіч)), Belarus; DOB 10 Dec 1984; POB Riga, Latvia; nationality Belarus; Gender Male; Passport MC3337847 (Belarus); National ID No. 3101284C003PB0 (Belarus) (individual) [BELARUS-EO14038] (Linked To: LLC GROSVER GRUP).

KOSTIN, Andrey Leonidovich, Moscow, Russia; DOB 21 Sep 1956; POB Moscow, Russian Federation; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

KOSTIN, Vladislav Vyacheslavovich, Russia; DOB 28 Oct 1983; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772410397702 (Russia) (individual) [RUSSIA-EO14024].

KOSTIOUK, Evgueni, Alzey, Germany; Poland; DOB 13 Jun 1954; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11

of Executive Order 14024. (individual) [RUSSIA-EO14024].

KOSTOV, Nikolay Lyudmilo (a.k.a. ROSTOV, Nicholas; a.k.a. SEPIASHVILI, Moshe Israel; a.k.a. SHUSHANASHVILI, Kajaver; a.k.a. SHUSHANASHVILI, Kakha; a.k.a. SHUSHANASHVILI, Kakhaber Pavlovich; a.k.a. "KAKHA RUSTAVSKIY"), 8 Rukavishnikov Street, Mariinskiy Posad, Chuvash Republic, Russia; DOB 08 Feb 1972; POB Rustavi, Georgia; alt. POB Kutaisi, Georgia; nationality Georgia (individual) [TCO].

KOSTRUBITSKY, Aleksey Aleksandrovich (Cyrillic: КОСТРУБИЦКИЙ, Алексей Александрович) (a.k.a. KOSTRUBITSKY, Olexiy Oleksandrovych), in/h A-0050, Donetsk, Ukraine; DOB 24 Aug 1978; POB Russia; nationality Ukraine; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2872516676 (Ukraine) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024] (Linked To: MINISTRY OF EMERGENCY SITUATIONS OF THE DONETSK PEOPLE'S REPUBLIC).

KOSTRUBITSKY, Olexiy Oleksandrovych (a.k.a. KOSTRUBITSKY, Aleksey Aleksandrovich (Cyrillic: КОСТРУБИЦКИЙ, Алексей Александрович)), in/h A-0050, Donetsk, Ukraine; DOB 24 Aug 1978; POB Russia; nationality Ukraine; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2872516676 (Ukraine) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024] (Linked To: MINISTRY OF EMERGENCY SITUATIONS OF THE DONETSK PEOPLE'S REPUBLIC).

KOSTYUKOV, Igor (a.k.a. KOSTYUKOV, Igor Olegovich); DOB 21 Feb 1961; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 100130896 (Russia); alt. Passport 100132253 (Russia); First Deputy Chief of GRU (individual) [CYBER2] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

KOSTYUKOV, Igor Olegovich (a.k.a. KOSTYUKOV, Igor); DOB 21 Feb 1961; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201; Passport 100130896 (Russia); alt. Passport 100132253 (Russia); First Deputy Chief of GRU (individual) [CYBER2] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

KOSYKHINA, Natalia Vladimirovna (Cyrillic: КОСИХИНА, Наталия Владимировна) (a.k.a. KOSIKHINA, Natalya Vladimirovna), Russia; DOB 07 Aug 1972; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOTEKIN, Roman Aleksandrovich, Zelenograd, BLD 146, Moscow 124482, Russia; DOB 05 Nov 1985; POB Shuya, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 736017311 (Russia) issued 01 Sep 2014 expires 01 Sep 2024; National ID No. 2405194435 (Russia) (individual) [RUSSIA-EO14024].

KOTELNIKOV, Maksim Alekseyevich (Cyrillic: КОТЕЛНИКОВ, Максим Алексеевич), 3 Krashenikova St., Flat 9, Novosibirsk 633476, Russia; DOB 31 Jan 1985; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 543850129194 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY OMP).

KOTEY, Alex (a.k.a. KOTEY, Alexanda; a.k.a. KOTEY, Alexanda Amon; a.k.a. KOTEY, Alexander; a.k.a. KOTEY, Alexe; a.k.a. KOTEY, Allexanda; a.k.a. "AL-BARITANI, Abu-Salih"; a.k.a. "SALIH, Abu"), Ar Raqqah, Syria; DOB 13 Dec 1983; POB Paddington, London, United Kingdom; nationality Ghana; alt. nationality Greece; alt. nationality Cyprus; alt. nationality United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KOTEY, Alexanda (a.k.a. KOTEY, Alex; a.k.a. KOTEY, Alexanda Amon; a.k.a. KOTEY, Alexander; a.k.a. KOTEY, Alexe; a.k.a. KOTEY, Allexanda; a.k.a. "AL-BARITANI, Abu-Salih"; a.k.a. "SALIH, Abu"), Ar Raqqah, Syria; DOB 13 Dec 1983; POB Paddington, London, United Kingdom; nationality Ghana; alt. nationality Greece; alt. nationality Cyprus; alt. nationality United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 (individual) [SDGT].

KOTEY, Alexanda Amon (a.k.a. KOTEY, Alex; a.k.a. KOTEY, Alexanda; a.k.a. KOTEY, Alexander; a.k.a. KOTEY, Alexe; a.k.a. KOTEY, Allexanda; a.k.a. "AL-BARITANI, Abu-Salih"; a.k.a. "SALIH, Abu"), Ar Raqqah, Syria; DOB 13 Dec 1983; POB Paddington, London, United Kingdom; nationality Ghana; alt. nationality Greece; alt. nationality Cyprus; alt. nationality United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KOTEY, Alexander (a.k.a. KOTEY, Alex; a.k.a. KOTEY, Alexanda; a.k.a. KOTEY, Alexanda Amon; a.k.a. KOTEY, Alexe; a.k.a. KOTEY, Allexanda; a.k.a. "AL-BARITANI, Abu-Salih"; a.k.a. "SALIH, Abu"), Ar Raqqah, Syria; DOB 13 Dec 1983; POB Paddington, London, United Kingdom; nationality Ghana; alt. nationality Greece; alt. nationality Cyprus; alt. nationality United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KOTEY, Alexe (a.k.a. KOTEY, Alex; a.k.a. KOTEY, Alexanda; a.k.a. KOTEY, Alexanda Amon; a.k.a. KOTEY, Alexander; a.k.a. KOTEY, Allexanda; a.k.a. "AL-BARITANI, Abu-Salih"; a.k.a. "SALIH, Abu"), Ar Raqqah, Syria; DOB 13 Dec 1983; POB Paddington, London, United Kingdom; nationality Ghana; alt. nationality Greece; alt. nationality Cyprus; alt. nationality United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KOTEY, Allexanda (a.k.a. KOTEY, Alex; a.k.a. KOTEY, Alexanda; a.k.a. KOTEY, Alexanda Amon; a.k.a. KOTEY, Alexander; a.k.a. KOTEY, Alexe; a.k.a. "AL-BARITANI, Abu-Salih"; a.k.a. "SALIH, Abu"), Ar Raqqah, Syria; DOB 13 Dec 1983; POB Paddington, London, United Kingdom; nationality Ghana; alt. nationality Greece; alt. nationality Cyprus; alt. nationality United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KOTI CORP, Panama City, Panama; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North

Korea Sanctions Regulations section 510.214; Company Number IMO 5982254 [DPRK4].

KOTKIN, Sergey Nikolayevich (Cyrillic: КОТКИН, Сергей Николаевич), Russia; DOB 11 Mar 1956; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOTO MACHINERY CO., LTD (a.k.a. HANGZHOU FUYANG KOTO MACHINERY; a.k.a. HANGZHOU FUYANG KOTO MACHINERY CO.; a.k.a. HANGZHOU FUYANG KOTO MACHINERY CO., LTD; a.k.a. KOTO MACHINRY CO., LTD), No. 19 Jingping Road Fuchun Street, Fuyang Hangzhou, Zhejiang, China; No.3 hengliangting, Fuyang City, Zhejiang Province, China; Website https://kotomachinery.wixsite.com/kotomach/blank; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

KOTO MACHINRY CO., LTD (a.k.a. HANGZHOU FUYANG KOTO MACHINERY; a.k.a. HANGZHOU FUYANG KOTO MACHINERY CO.; a.k.a. HANGZHOU FUYANG KOTO MACHINERY CO., LTD; a.k.a. KOTO MACHINERY CO., LTD), No. 19 Jingping Road Fuchun Street, Fuyang Hangzhou, Zhejiang, China; No.3 hengliangting, Fuyang City, Zhejiang Province, China; Website https://kotomachinery.wixsite.com/kotomach/blank; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

KOTYAKOV, Anton Olegovich (Cyrillic: КОТЯКОВ, Антон Олегович), Moscow, Russia; DOB 15 Aug 1980; POB Samara, Samara Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 631903462483 (Russia) (individual) [RUSSIA-EO14024].

KOUCHAKZAEI, Ebrahim (Arabic: ابراهیم کوچکزایی) (a.k.a. KOOCHAK ZAIE, Ebrahim; a.k.a. KOUCHEKZAEI, Ebrahim; a.k.a. KUCHKZA'I, Ebrahim Mohammad), Iran; DOB 1963 to 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; LEF Colonel (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

KOUCHEKZAEI, Ebrahim (a.k.a. KOOCHAK ZAIE, Ebrahim; a.k.a. KOUCHAKZAEI, Ebrahim (Arabic: ابراهیم کوچکزایی); a.k.a. KUCHKZA'I, Ebrahim Mohammad), Iran; DOB 1963 to 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; LEF Colonel (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

KOUDOU-KAI (a.k.a. KODOKAI; a.k.a. KODO-KAI (Japanese: 弘道会); a.k.a. SANDAIME KODO-KAI (Japanese: 三代目弘道会); a.k.a. THIRD KODO-KAI), 1-117 Shukuatocho, Nakamura Ward, Nagoya, Aichi, Japan (Japanese: 1-117 宿跡町中村区, 名古屋市, 愛知県, Japan) [TCO] (Linked To: YAMAGUCHI-GUMI; Linked To: TAKAYAMA, Kiyoshi; Linked To: SHINODA, Kenichi).

KOUFFA, Amadou (a.k.a. KOUFFA, Hamadou; a.k.a. KOUFFA, Hamadoun; a.k.a. "BARRY, Amadou"), Mali; DOB 1958; POB Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

KOUFFA, Hamadou (a.k.a. KOUFFA, Amadou; a.k.a. KOUFFA, Hamadoun; a.k.a. "BARRY, Amadou"), Mali; DOB 1958; POB Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

KOUFFA, Hamadoun (a.k.a. KOUFFA, Amadou; a.k.a. KOUFFA, Hamadou; a.k.a. "BARRY, Amadou"), Mali; DOB 1958; POB Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

KOUMTA MADJI, Martin (a.k.a. KOUMTAMADJI, Martin Nadingar; a.k.a. MISKINE, Abdoulaye; a.k.a. NKOUMTAMADJI, Martin), Congo, Republic of the; DOB 05 Oct 1965; alt. DOB 03 Mar 1965; POB Kobo, Central African Republic; alt. POB Ndinaba, Chad; nationality Chad; General (individual) [CAR].

KOUMTAMADJI, Martin Nadingar (a.k.a. KOUMTA MADJI, Martin; a.k.a. MISKINE,

Abdoulaye; a.k.a. NKOUMTAMADJI, Martin), Congo, Republic of the; DOB 05 Oct 1965; alt. DOB 03 Mar 1965; POB Kobo, Central African Republic; alt. POB Ndinaba, Chad; nationality Chad; General (individual) [CAR].

KOUNOU, Ousmane Illasou (a.k.a. DJIBO, Halid Illiassou; a.k.a. DJIBO, Ousmane Illiassou; a.k.a. "CHAFFORI, Petit"; a.k.a. "CHAPORI, Aboubacar"; a.k.a. "CHAPORI, Petit"; a.k.a. "CHAPPORI, Petit"; a.k.a. "ILLIASSOU, Djibbo"; a.k.a. "TCHAPORI, Petit"), Menaka Region, Mali; I-n-Arabane, Mali; Tillaberi Region, Niger; DOB 1984; POB Niger; nationality Niger; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KOURF OOO (Cyrillic: ООО КОУРФ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KOURF (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОУРФ)), Pr-Kt Oktyabrskii D. 111/119, Pom. 1, Komnata 6, Floor 2, Lyubertsy 140002, Russia (Cyrillic: Проспект Октябрьский, Дом 111/119, Помещение 1, Комната 6, Этаж 2, Люберцы 140002, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Apr 2010; Tax ID No. 5027160402 (Russia); Registration Number 1105027004213 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

KOURMPANOV, Nourmourad (a.k.a. KURBANOV, Nuri; a.k.a. KURBANOV, Nurmurad; a.k.a. KURBANOV, Nurmurat), Cyprus; DOB 17 Oct 1962; POB Turkmenistan; nationality Turkmenistan; citizen Russia; Gender Male (individual) [BELARUS-EO14038] (Linked To: OKB TSP SCIENTIFIC PRODUCTION LIMITED LIABILITY COMPANY).

KOVAC, Matevz (a.k.a. KARNER, Matevz), Malci Beliceve 107, Ljubljana, Slovenia; DOB 19 Jul 1978; POB Ljubljana, Slovenia; nationality Slovenia; Passport P01104005 (Slovenia); Registration ID 1907978500063 (Slovenia) (individual) [SDNTK] (Linked To: BAMEX LIMITED; Linked To: PALEA D.O.O.; Linked To: KARNER D.O.O. LJUBLJANA; Linked To: PABAS HOLDING CORP.).

KOVAC, Tomislav (a.k.a. "TOMO"); DOB 04 Dec 1959; POB Sarajevo, Bosnia-Herzegovina; Passport 412959171315 (Bosnia and Herzegovina) (individual) [BALKANS].

KOVACEVIC, Vladimir; DOB 15 Jan 1961; ICTY indictee (individual) [BALKANS].

KOVACH, Dmitriy Aleksandrovich (Cyrillic: КОВАЧ, Дмитрий Александрович), Myastrovskaya St., 24-63, Minsk, Belarus (Cyrillic: ул. Мястровская, 24-63, г. Минск, Belarus); DOB 14 Jan 1979; nationality Belarus; Gender Male; National ID No. 3140179M004PB1 (Belarus); Tax ID No. MA6914146 (Belarus) (individual) [BELARUS-EO14038].

KOVALCHUK, Boris Yurievich (Cyrillic: КОВАЛЬЧУК, Борис Юрьевич), Russia; DOB 01 Dec 1977; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780150854932 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KOVALCHUK, Yuri Valentinovich).

KOVALCHUK, Dmytro Volodymyrovych (Cyrillic: КОВАЛЬЧУК, Дмитро Володимирович), Str. 9 A Grushevskogo Apt V 5 1, Kiev 01021, Ukraine; DOB 13 Jun 1987; POB Ukraine; nationality Ukraine; Gender Male; Identification Number 3194020675 (Ukraine) (individual) [ELECTION-EO13848] (Linked To: DERKACH, Andrii Leonidovych).

KOVALCHUK, Kira Valentinovna (Cyrillic: КОВАЛЬЧУК, Кира Валентиновна), Moscow, Russia; DOB 18 May 1971; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 643267033 (Russia); Tax ID No. 770305521971 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KOVALCHUK, Kirill Mikhailovich).

KOVALCHUK, Kirill Mikhailovich (Cyrillic: КОВАЛЬЧУК, Кирилл Михайлович) (a.k.a. KOVALCHUK, Kyrylo Mykhailovych; a.k.a. KOVALCHUK, Kyrylo Mykhaylovych (Cyrillic: КОВАЛЬЧУК, Кирило Михайлович)), Moscow, Russia; DOB 22 Dec 1968; POB Moscow, Russia; alt. POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 643267034 (Russia); Tax ID No. 773600308808 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: AO ABR MANAGEMENT).

KOVALCHUK, Kyrylo Mykhailovych (a.k.a. KOVALCHUK, Kirill Mikhailovich (Cyrillic: КОВАЛЬЧУК, Кирилл Михайлович); a.k.a.

KOVALCHUK, Kyrylo Mykhailovych (Cyrillic: КОВАЛЬЧУК, Кирило Михайлович)), Moscow, Russia; DOB 22 Dec 1968; POB Moscow, Russia; alt. POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 643267034 (Russia); Tax ID No. 773600308808 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: AO ABR MANAGEMENT).

KOVALCHUK, Kyrylo Mykhaylovych (Cyrillic: КОВАЛЬЧУК, Кирило Михайлович) (a.k.a. KOVALCHUK, Kirill Mikhailovich (Cyrillic: КОВАЛЬЧУК, Кирилл Михайлович); a.k.a. KOVALCHUK, Kyrylo Mykhailovych), Moscow, Russia; DOB 22 Dec 1968; POB Moscow, Russia; alt. POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 643267034 (Russia); Tax ID No. 773600308808 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: AO ABR MANAGEMENT).

KOVALCHUK, Stepan Kirillovich (Cyrillic: КОВАЛЬЧУК, Степан Кириллович), Moscow, Russia; DOB 03 May 1994; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 644557612 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KOVALCHUK, Kirill Mikhailovich).

KOVALCHUK, Tatiana Aleksandrovna (a.k.a. KOVALCHUK, Tatyana Aleksandrovna (Cyrillic: КОВАЛЬЧУК, Татьяна Александровна); a.k.a. KOVALCHUK, Tatyana Alexandrovna), Russia; DOB 08 Feb 1968; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 51N0128733 (Russia); Tax ID No. 780150859761 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KOVALCHUK, Yuri Valentinovich).

KOVALCHUK, Tatyana Aleksandrovna (Cyrillic: КОВАЛЬЧУК, Татьяна Александровна) (a.k.a. KOVALCHUK, Tatiana Aleksandrovna; a.k.a. KOVALCHUK, Tatyana Alexandrovna), Russia; DOB 08 Feb 1968; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Passport 51N0128733 (Russia); Tax ID No. 780150859761 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KOVALCHUK, Yuri Valentinovich).

KOVALCHUK, Tatyana Alexandrovna (a.k.a. KOVALCHUK, Tatiana Aleksandrovna; a.k.a. KOVALCHUK, Tatyana Aleksandrovna (Cyrillic: КОВАЛЬЧУК, Татьяна Александровна)), Russia; DOB 08 Feb 1968; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 51N0128733 (Russia); Tax ID No. 780150859761 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KOVALCHUK, Yuri Valentinovich).

KOVALCHUK, Yuri Valentinovich (Cyrillic: КОВАЛЧУК, Юрий Валентинович) (a.k.a. KOVALCHUK, Yuriy Valentynovych (Cyrillic: КОВАЛЬЧУК, Юрій Валентинович); a.k.a. KOVALCHUK, Yury Valentinovich), Russia; DOB 25 Jul 1951; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780105029790 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: AO ABR MANAGEMENT).

KOVALCHUK, Yuriy Valentynovych (Cyrillic: КОВАЛЬЧУК, Юрій Валентинович) (a.k.a. KOVALCHUK, Yuri Valentinovich (Cyrillic: КОВАЛЧУК, Юрий Валентинович); a.k.a. KOVALCHUK, Yury Valentinovich), Russia; DOB 25 Jul 1951; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780105029790 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: AO ABR MANAGEMENT).

KOVALCHUK, Yury Valentinovich (a.k.a. KOVALCHUK, Yuri Valentinovich (Cyrillic: КОВАЛЧУК, Юрий Валентинович); a.k.a. KOVALCHUK, Yuriy Valentynovych (Cyrillic: КОВАЛЬЧУК, Юрій Валентинович)), Russia; DOB 25 Jul 1951; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780105029790 (Russia) (individual)

[UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: AO ABR MANAGEMENT).

KOVALENKO, Andrey; DOB 30 Dec 1985; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KOVALENKO, Vladimir Vladislavovich (Cyrillic: КОВАЛЕНКО, Владимир Владиславович), 19A Khrustaleva St., Office 32, Sevastopol, Crimea Autonomous Region, Ukraine; DOB 04 Feb 1962; POB Luhansk, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 231523814307 (Russia); alt. Tax ID No. 2268026995 (Ukraine) (individual) [RUSSIA-EO14024] (Linked To: ALL RUSSIAN CHILDREN AND YOUTH MILITARY PATRIOTIC PUBLIC MOVEMENT YOUTH ARMY).

KOVALEV, Anatoliy Sergeyevich, Russia; DOB 02 Aug 1991; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

KOVALEV, Vitaliy (a.k.a. KOVALEV, Vitaly Nikolayevich; a.k.a. "Ben"; a.k.a. "Bentley"), Russia; DOB 23 Jun 1988; nationality Russia; Gender Male (individual) [CYBER2].

KOVALEV, Vitaly Nikolayevich (a.k.a. KOVALEV, Vitaliy; a.k.a. "Ben"; a.k.a. "Bentley"), Russia; DOB 23 Jun 1988; nationality Russia; Gender Male (individual) [CYBER2].

KOVALSKIY, Andrey Vechislavovich (a.k.a. PLOTNITSKIY, Andrey; a.k.a. STREL, Andrey), Moscow, Russia; DOB 25 Jul 1989; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: EVIL CORP).

KOVAY DESARROLLOS (a.k.a. FARO GRILL; a.k.a. GRUPO KOVAY; a.k.a. MARINE DIAMOND; a.k.a. NAVIS BY LA CRUZ; a.k.a. QUIYA RESIDENCES; a.k.a. SANTA JULIA SEASIDE LIVING; a.k.a. SELVARA SIGNATURE COLLECTION; a.k.a. VG DESARROLLOS DE LA BAHIA, S.A. DE C.V.; a.k.a. ZUL BY LA CRUZ), Guadalajara, Jalisco, Mexico; Nayarit, Mexico; Website https://kovaydesarrollos.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Jan 2013;

Organization Type: Real estate activities on a fee or contract basis; Folio Mercantil No. N-2020017740 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: RIVERA MIRAMONTES, Carlos Humberto).

KOVAY GARDENS (a.k.a. VALLARTA GARDENS), La Cruz de Huanacaxtle, Nayarit, Mexico; Website https://kovaygardens.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2002; Organization Type: Short term accommodation activities [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

KOVITIDI, Olga (a.k.a. KOVITIDI, Olga Fedorovna (Cyrillic: КОВИТИДИ, Ольга Федоровна)), Russia; DOB 07 May 1962; POB Simferopol, Crimea, Ukraine; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOVITIDI, Olga Fedorovna (Cyrillic: КОВИТИДИ, Ольга Федоровна) (a.k.a. KOVITIDI, Olga), Russia; DOB 07 May 1962; POB Simferopol, Crimea, Ukraine; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOVPAK, Lev Igorevich (Cyrillic: КОВПАК, Лев Игоревич), Russia; DOB 23 Oct 1978; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOVRIGIN, Mikhail Anatolyevich, Russia; DOB 28 Jan 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KOVROV MECHANICAL PLANT (a.k.a. KOVROV MECHANICAL PLANT PJSC (Cyrillic: ПАО КОВРОВСКИЙ МЕХАНИЧЕСКИЙ ЗАВОД); a.k.a. "PJSC KMZ"), 26, Sotsialisticheskaya Street, Kovrov, Vladimirskaya oblast 601909, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3305004397 (Russia) [RUSSIA-EO14024].

KOVROV MECHANICAL PLANT PJSC (Cyrillic: ПАО КОВРОВСКИЙ МЕХАНИЧЕСКИЙ ЗАВОД) (a.k.a. KOVROV MECHANICAL PLANT; a.k.a. "PJSC KMZ"), 26, Sotsialisticheskaya Street, Kovrov, Vladimirskaya oblast 601909, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3305004397 (Russia) [RUSSIA-EO14024].

KOVTUN, Dmitri, Russia; DOB 1965; Gender Male (individual) [MAGNIT].

KOZACHEK, Nikolay Yuryevich, Russia; DOB 29 Jul 1989; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

KOZAK, Dmitry; DOB 07 Nov 1958; POB Kirovograd, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Prime Minister of the Russian Federation (individual) [UKRAINE-EO13661].

KOZAK, Taras Romanovych, Ukraine; DOB 06 Apr 1972; POB Lviv, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KOZENKO, Andrei (a.k.a. KOZENKO, Andrey Dmitrievich (Cyrillic: КОЗЕНКО, Андрей Дмитриевич); a.k.a. KOZENKO, Andrii Dmytrovych (Cyrillic: КОЗЕНКО, Андрій Дмитрович)), Ukraine; Russia; DOB 03 Aug 1981; POB Simferopol, Crimea, Ukraine; nationality Ukraine; alt. nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

KOZENKO, Andrey Dmitrievich (Cyrillic: КОЗЕНКО, Андрей Дмитриевич) (a.k.a. KOZENKO, Andrei; a.k.a. KOZENKO, Andrii Dmytrovych (Cyrillic: КОЗЕНКО, Андрій Дмитрович)), Ukraine; Russia; DOB 03 Aug 1981; POB Simferopol, Crimea, Ukraine; nationality Ukraine; alt. nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

KOZENKO, Andrii Dmytrovych (Cyrillic: КОЗЕНКО, Андрій Дмитрович) (a.k.a. KOZENKO, Andrei; a.k.a. KOZENKO, Andrey Dmitrievich (Cyrillic: КОЗЕНКО, Андрей Дмитриевич)), Ukraine; Russia; DOB 03 Aug 1981; POB Simferopol, Crimea, Ukraine; nationality Ukraine; alt. nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

KOZHANOVA, Irina Andreyevna (Cyrillic: КОЖАНОВА, Ирина Андреевна), Russia; DOB 06 Jul 1987; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOZHEMIAKO, Oleh Mykolaiovych (a.k.a. KOZHEMYAKO, Oleg Nikolayevich (Cyrillic: КОЖЕМЯКО, Олег Николаевич)), Primorye Region, Russia; DOB 17 Mar 1962; POB Chernigovka, Primorye Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772451305972 (Russia) (individual) [RUSSIA-EO14024].

KOZHEMYAKO, Oleg Nikolayevich (Cyrillic: КОЖЕМЯКО, Олег Николаевич) (a.k.a. KOZHEMIAKO, Oleh Mykolaiovych), Primorye Region, Russia; DOB 17 Mar 1962; POB Chernigovka, Primorye Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772451305972 (Russia) (individual) [RUSSIA-EO14024].

KOZHEVNIKOV, Vyacheslav Evgenevich (Cyrillic: КОЖЕВНИКОВ, Вячеслав Евгеньевич), Russia; DOB 08 Jul 1974; POB Ufa, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 027302496045 (Russia) (individual) [RUSSIA-EO14024].

KOZHIN, Vladimir Igorevich (Cyrillic: КОЖИН, Владимир Игоревич), Russia; DOB 28 Feb 1959; POB Troitsk, Chelyabinsk Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or

589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KOZITSYN, Mykola (a.k.a. KOZITSYN, Mykola Ivanovych; a.k.a. KOZITSYN, Nikolai; a.k.a. KOZITSYN, Nikolay); DOB 20 Jun 1956; POB Donetsk Region; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KOZITSYN, Mykola Ivanovych (a.k.a. KOZITSYN, Mykola; a.k.a. KOZITSYN, Nikolai; a.k.a. KOZITSYN, Nikolay); DOB 20 Jun 1956; POB Donetsk Region; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KOZITSYN, Nikolai (a.k.a. KOZITSYN, Mykola; a.k.a. KOZITSYN, Mykola Ivanovych; a.k.a. KOZITSYN, Nikolay); DOB 20 Jun 1956; POB Donetsk Region; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KOZITSYN, Nikolay (a.k.a. KOZITSYN, Mykola; a.k.a. KOZITSYN, Mykola Ivanovych; a.k.a. KOZITSYN, Nikolai); DOB 20 Jun 1956; POB Donetsk Region; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KOZLOV, Aleksandr Aleksandrovich (Cyrillic: КОЗЛОВ, Александр Александрович) (a.k.a. KOZLOV, Alexander Alexandrovich), Moscow, Russia; DOB 02 Jan 1981; POB Yuzhno-Sakhalinsk, Sakhalin Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 280602036120 (Russia) (individual) [RUSSIA-EO14024].

KOZLOV, Aleksandr Sergeyevich (Cyrillic: КОЗЛОВ, Александр Сергеевич), 16-8-32 Glinki Street, Pushkin City, Saint Petersburg 196601, Russia; DOB 07 Aug 1969; POB Saint Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 782023355772 (Russia) (individual) [RUSSIA-EO14024].

KOZLOV, Alexander Alexandrovich (a.k.a. KOZLOV, Aleksandr Aleksandrovich (Cyrillic:

КОЗЛОВ, Александр Александрович)), Moscow, Russia; DOB 02 Jan 1981; POB Yuzhno-Sakhalinsk, Sakhalin Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 280602036120 (Russia) (individual) [RUSSIA-EO14024].

KOZLOV, Ilya Pavlovich (Cyrillic: КОЗЛОВ, Илья Павлович), Moscow, Russia; DOB 17 Oct 1973; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KOZLOV, Sergei Mikhailovich (a.k.a. KOZLOV, Sergey Mikhaylovich), Moscow, Russia; DOB 31 May 1960; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 723367854 (Russia) expires 04 Mar 2023 (individual) [DPRK2] (Linked To: JON, Jin Yong).

KOZLOV, Sergey Mikhailovich (a.k.a. KOZLOV, Sergei Mikhailovich), Moscow, Russia; DOB 31 May 1960; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 723367854 (Russia) expires 04 Mar 2023 (individual) [DPRK2] (Linked To: JON, Jin Yong).

KOZLOVSKY, Alexander Nikolayevich (Cyrillic: КОЗЛОВСКИЙ, Александр Николаевич), Russia; DOB 05 May 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOZYAKOV, Sergey (a.k.a. KOZYAKOV, Sergey Yurievich; a.k.a. KOZYAKOV, Serhiy); DOB 29 Sep 1982; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KOZYAKOV, Sergey Yurievich (a.k.a. KOZYAKOV, Sergey; a.k.a. KOZYAKOV, Serhiy); DOB 29 Sep 1982; Secondary sanctions risk: Ukraine-/Russia-Related

Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KOZYAKOV, Serhiy (a.k.a. KOZYAKOV, Sergey; a.k.a. KOZYAKOV, Sergey Yurievich); DOB 29 Sep 1982; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KOZYURA, Oleg Grigorievich (a.k.a. KOZYURA, Oleg Grigoryevich); DOB 19 Dec 1962; POB Zaporozhye, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Office of the Federal Migration Service in the City of Sevastopol (individual) [UKRAINE-EO13660].

KOZYURA, Oleg Grigoryevich (a.k.a. KOZYURA, Oleg Grigorievich); DOB 19 Dec 1962; POB Zaporozhye, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Office of the Federal Migration Service in the City of Sevastopol (individual) [UKRAINE-EO13660].

KPA UNIT 586 (a.k.a. CHONGCH'AL CH'ONGGUK; a.k.a. RECONNAISSANCE GENERAL BUREAU; a.k.a. "RGB"), Hyongjesan-Guyok, Pyongyang, Korea, North; Nungrado, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK] [DPRK2].

KPD S.A., Calle 18 Norte, No. 3N-24, Oficina 602, Cali, Colombia; NIT # 9000420320 (Colombia) [SDNTK].

KPSK, OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'KRYMSKAYA PERVAYA STRAKHOVAYA KOMPANIYA'; a.k.a. OOO 'KRYMSKAYA PERVAYA STRAKHOVAYA KOMPANIYA'), 29 ul. Karla Marksa, Simferopol, Crimea 295006, Ukraine; Website kpsk-ins.ru; Email Address kpsk-ins@yandex.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102007933 (Russia); Tax ID No. 9102006047 (Russia); Government Gazette Number 00132598 (Russia) [UKRAINE-EO13685].

KRADOOMPORN, Chanikan (a.k.a. KRADOOMPORN, Varee; a.k.a. KRADOOMPORN, Wari; a.k.a.

KRADUMPHON, Chanikan; a.k.a. KRADUMPHON, Wari; a.k.a. KRADUMPORN, Chanikan; a.k.a. KRADUMPORN, Varee; a.k.a. KRADUMPORN, Waree; a.k.a. KRAPUMPORN, Varee; a.k.a. KRATUMPORN, Varee), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 18 Mar 1960; National ID No. 3570900151480 (Thailand) (individual) [SDNTK].

KRADOOMPORN, Chinwong (a.k.a. KRADUMPHON, Sombun; a.k.a. KRADUMPORN, Chinawong; a.k.a. KRADUMPORN, Chinwong; a.k.a. KRADUMPORN, Somboon; a.k.a. KRAPOOMPORN, Somboon; a.k.a. KRAPUMPORN, Somboon; a.k.a. KRATUMPORN, Somboon), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 06 May 1959; National ID No. 3570900151471 (Thailand) (individual) [SDNTK].

KRADOOMPORN, Varee (a.k.a. KRADOOMPORN, Chanikan; a.k.a. KRADOOMPORN, Wari; a.k.a. KRADUMPHON, Chanikan; a.k.a. KRADUMPHON, Wari; a.k.a. KRADUMPORN, Chanikan; a.k.a. KRADUMPORN, Varee; a.k.a. KRADUMPORN, Waree; a.k.a. KRAPUMPORN, Varee; a.k.a. KRATUMPORN, Varee), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang

Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 18 Mar 1960; National ID No. 3570900151480 (Thailand) (individual) [SDNTK].

KRADOOMPORN, Wari (a.k.a. KRADOOMPORN, Chanikan; a.k.a. KRADOOMPORN, Varee; a.k.a. KRADUMPHON, Chanikan; a.k.a. KRADUMPHON, Wari; a.k.a. KRADUMPORN, Chanikan; a.k.a. KRADUMPORN, Varee; a.k.a. KRADUMPORN, Waree; a.k.a. KRAPUMPORN, Varee; a.k.a. KRATUMPORN, Varee), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 18 Mar 1960; National ID No. 3570900151480 (Thailand) (individual) [SDNTK].

KRADUMPHON, Chanikan (a.k.a. KRADOOMPORN, Chanikan; a.k.a. KRADOOMPORN, Varee; a.k.a. KRADOOMPORN, Wari; a.k.a. KRADUMPHON, Wari; a.k.a. KRADUMPORN, Chanikan; a.k.a. KRADUMPORN, Varee; a.k.a. KRADUMPORN, Waree; a.k.a. KRAPUMPORN, Varee; a.k.a. KRATUMPORN, Varee), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD.,

Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 18 Mar 1960; National ID No. 3570900151480 (Thailand) (individual) [SDNTK].

KRADUMPHON, Sombun (a.k.a. KRADOOMPORN, Chinwong; a.k.a. KRADUMPORN, Chinawong; a.k.a. KRADUMPORN, Chinwong; a.k.a. KRADUMPORN, Somboon; a.k.a. KRAPOOMPORN, Somboon; a.k.a. KRAPUMPORN, Somboon; a.k.a. KRATUMPORN, Somboon), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 06 May 1959; National ID No. 3570900151471 (Thailand) (individual) [SDNTK].

KRADUMPHON, Wari (a.k.a. KRADOOMPORN, Chanikan; a.k.a. KRADOOMPORN, Varee; a.k.a. KRADOOMPORN, Wari; a.k.a. KRADUMPHON, Chanikan; a.k.a. KRADUMPORN, Chanikan; a.k.a. KRADUMPORN, Varee; a.k.a. KRADUMPORN, Waree; a.k.a. KRAPUMPORN, Varee; a.k.a. KRATUMPORN, Varee), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand;

DOB 18 Mar 1960; National ID No. 3570900151480 (Thailand) (individual) [SDNTK].

KRADUMPORN IMPORT EXPORT COMPANY LTD., 4 Mu 1, Tambon Wiang Phang Kham, Mae Sai district, Chiang Rai, Thailand [SDNTK].

KRADUMPORN, Chanikan (a.k.a. KRADOOMPORN, Chanikan; a.k.a. KRADOOMPORN, Varee; a.k.a. KRADOOMPORN, Wari; a.k.a. KRADUMPHON, Chanikan; a.k.a. KRADUMPHON, Wari; a.k.a. KRADUMPORN, Varee; a.k.a. KRADUMPORN, Waree; a.k.a. KRAPUMPORN, Varee; a.k.a. KRATUMPORN, Varee), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 18 Mar 1960; National ID No. 3570900151480 (Thailand) (individual) [SDNTK].

KRADUMPORN, Chinawong (a.k.a. KRADOOMPORN, Chinwong; a.k.a. KRADUMPHON, Sombun; a.k.a. KRADUMPORN, Chinwong; a.k.a. KRADUMPORN, Somboon; a.k.a. KRAPOOMPORN, Somboon; a.k.a. KRAPUMPORN, Somboon; a.k.a. KRATUMPORN, Somboon), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 06 May 1959; National ID No. 3570900151471 (Thailand) (individual) [SDNTK].

KRADUMPORN, Chinwong (a.k.a. KRADOOMPORN, Chinwong; a.k.a.

KRADUMPHON, Sombun; a.k.a. KRADUMPORN, Chinawong; a.k.a. KRADUMPORN, Somboon; a.k.a. KRAPOOMPORN, Somboon; a.k.a. KRAPUMPORN, Somboon; a.k.a. KRATUMPORN, Somboon), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 06 May 1959; National ID No. 3570900151471 (Thailand) (individual) [SDNTK].

KRADUMPORN, Somboon (a.k.a. KRADOOMPORN, Chinwong; a.k.a. KRADUMPHON, Sombun; a.k.a. KRADUMPORN, Chinawong; a.k.a. KRADUMPORN, Chinwong; a.k.a. KRAPOOMPORN, Somboon; a.k.a. KRAPUMPORN, Somboon; a.k.a. KRATUMPORN, Somboon), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 06 May 1959; National ID No. 3570900151471 (Thailand) (individual) [SDNTK].

KRADUMPORN, Varee (a.k.a. KRADOOMPORN, Chanikan; a.k.a. KRADOOMPORN, Varee; a.k.a. KRADOOMPORN, Wari; a.k.a. KRADUMPHON, Chanikan; a.k.a. KRADUMPHON, Wari; a.k.a. KRADUMPORN, Chanikan; a.k.a. KRADUMPORN, Waree; a.k.a. KRAPUMPORN, Varee; a.k.a. KRATUMPORN, Varee), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO

SUPPLY COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 18 Mar 1960; National ID No. 3570900151480 (Thailand) (individual) [SDNTK].

KRADUMPORN, Waree (a.k.a. KRADOOMPORN, Chanikan; a.k.a. KRADOOMPORN, Varee; a.k.a. KRADOOMPORN, Wari; a.k.a. KRADUMPHON, Chanikan; a.k.a. KRADUMPHON, Wari; a.k.a. KRADUMPORN, Chanikan; a.k.a. KRADUMPORN, Varee; a.k.a. KRAPUMPORN, Varee; a.k.a. KRATUMPORN, Varee), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 18 Mar 1960; National ID No. 3570900151480 (Thailand) (individual) [SDNTK].

KRAIUSHKIN, Evgenii (a.k.a. KRAIUSHKIN, Evgenii Vladimirovich; a.k.a. KRAYUSHIN, Evgeny; a.k.a. KRAYUSHKIN, Evgeniy), 19 74 Miryy Microdistrict, Uglich, Yaroslavl Region 152620, Russia; Building 41, 3 Zheleznodorozhniy Lane, Dmitrov, Moscow, Russia; 9 Melitopolskaya ul., Str. 3, Moscow, Russia; DOB 28 Mar 1990; POB Uglich, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 730727217 (Russia) expires 19 Jun 2023; National ID No. 7812932944 (Russia) (individual) [RUSSIA-EO14024] (Linked To: TECHNOPOLE COMPANY).

KRAIUSHKIN, Evgenii Vladimirovich (a.k.a. KRAIUSHKIN, Evgenii; a.k.a. KRAYUSHIN, Evgeny; a.k.a. KRAYUSHKIN, Evgeniy), 19 74

Miryy Microdistrict, Uglich, Yaroslavl Region 152620, Russia; Building 41, 3 Zheleznodorozhniy Lane, Dmitrov, Moscow, Russia; 9 Melitopolskaya ul., Str. 3, Moscow, Russia; DOB 28 Mar 1990; POB Uglich, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 730727217 (Russia) expires 19 Jun 2023; National ID No. 7812932944 (Russia) (individual) [RUSSIA-EO14024] (Linked To: TECHNOPOLE COMPANY).

KRAKERN LIMITED, Level 8/5B Portomaso Business Tower, St. Julians, Malta; D-U-N-S Number 53-400-4559; Trade License No. C 76398 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

KRAKHOTSIN, Yauheni Yurevich (Cyrillic: КРАХОЦІН, Яўгеній Юревіч) (a.k.a. KROKHOTIN, Evgeniy Yurievich (Cyrillic: КРОХОТИН, Евгений Юрьевич)), Belarus; DOB 26 Feb 1965; POB Belarus; nationality Belarus; Gender Male; Passport MP2682225 (Belarus) expires 26 Feb 2065; National ID No. 3260265C035PB4 (Belarus) (individual) [BELARUS-EO14038].

KRANS, Maksim Iosifovich, Russia; DOB 08 Mar 1950; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: INFOROS, OOO).

KRAPE MYRTLE CO LTD, 149 Donggang Jiedao, Putuo Qu, Zhoushan, Zhejiang 316100, China; Rm D5 5/F King Yip Fty Bldg, 59 King Yip St, Kwun Tong, Kowloon, Hong Kong, China; Identification Number IMO 6342210; Registration Number 74094750 (Hong Kong) issued 31 May 2022 [VENEZUELA-EO13850].

KRAPOOMPORN, Somboon (a.k.a. KRADOOMPORN, Chinwong; a.k.a. KRADUMPHON, Sombun; a.k.a. KRADUMPORN, Chinawong; a.k.a. KRADUMPORN, Chinwong; a.k.a. KRADUMPORN, Somboon; a.k.a. KRAPUMPORN, Somboon; a.k.a. KRATUMPORN, Somboon), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE

COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 06 May 1959; National ID No. 3570900151471 (Thailand) (individual) [SDNTK].

KRAPUMPORN, Somboon (a.k.a. KRADOOMPORN, Chinwong; a.k.a. KRADUMPHON, Sombun; a.k.a. KRADUMPORN, Chinawong; a.k.a. KRADUMPORN, Chinwong; a.k.a. KRADUMPORN, Somboon; a.k.a. KRAPOOMPORN, Somboon; a.k.a. KRATUMPORN, Somboon), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 06 May 1959; National ID No. 3570900151471 (Thailand) (individual) [SDNTK].

KRAPUMPORN, Varee (a.k.a. KRADOOMPORN, Chanikan; a.k.a. KRADOOMPORN, Varee; a.k.a. KRADOOMPORN, Wari; a.k.a. KRADUMPHON, Chanikan; a.k.a. KRADUMPHON, Wari; a.k.a. KRADUMPORN, Chanikan; a.k.a. KRADUMPORN, Varee; a.k.a. KRADUMPORN, Waree; a.k.a. KRATUMPORN, Varee), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 18 Mar 1960; National ID No. 3570900151480 (Thailand) (individual) [SDNTK].

KRASHENINNIKOV, Pavel Vladimirovich (Cyrillic: КРАШЕНИННИКОВ, Павел Владимирович), Russia; DOB 21 Jun 1964; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KRASKO, Ekaterina Yurievna (a.k.a. GUBAREVA, Ekaterina; a.k.a. GUBAREVA, Ekaterina Yurievna (Cyrillic: ГУБАРЕВА, Екатерина Юрьевна); a.k.a. GUBAREVA, Kateryna Yuriivna (Cyrillic: ГУБАРЕВА, Катерина Юріївна); a.k.a. GUBAREVA, Yekaterina; a.k.a. HUBAREVA, Katerina Yuriivna), 3 B. Severnaya Street, Apt. 30, Donetsk, Donetsk Region, Ukraine; 101 Karl Marx Street, Apt. 10, Kahovka, Kherson Region, Ukraine; DOB 05 Jul 1983; nationality Ukraine; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3050117961 (Russia) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

KRASNOSHTANOV, Anton Alekseyevich (Cyrillic: КРАСНОШТАНОВ, Антон Алексеевич), Russia; DOB 10 Jun 1986; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KRASNOV, Igor (Cyrillic: КРАСНОВ, Игорь) (a.k.a. KRASNOV, Igor Victorovich (Cyrillic: КРАСНОВ, Игорь Викторович); a.k.a. KRASNOV, Igor Viktorovich), 6-3 Michurinsky Prospekt, Moscow, Russia; DOB 24 Dec 1975; POB Arkhangelsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KRASNOV, Igor Victorovich (Cyrillic: КРАСНОВ, Игорь Викторович) (a.k.a. KRASNOV, Igor (Cyrillic: КРАСНОВ, Игорь); a.k.a. KRASNOV, Igor Viktorovich), 6-3 Michurinsky Prospekt, Moscow, Russia; DOB 24 Dec 1975; POB Arkhangelsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KRASNOV, Igor Viktorovich (a.k.a. KRASNOV, Igor (Cyrillic: КРАСНОВ, Игорь); a.k.a. KRASNOV, Igor Victorovich (Cyrillic: КРАСНОВ, Игорь Викторович)), 6-3 Michurinsky Prospekt, Moscow, Russia; DOB 24 Dec 1975; POB Arkhangelsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KRASNOV, Nikita Vladimirovich (a.k.a. "ACESCOM"), Berezovoy Roshchi Proezd, 10, AP. 144, Moscow 125252, Russia; DOB 13 Jan 1996; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 710280633 (Russia) expires 09 Apr 2020 (individual) [RUSSIA-EO14024].

KRASNOYARSKKRAIUGOL AO, ul. Maerchaka d. 34A, Krasnoyarsk 660075, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2460001984 (Russia); Registration Number 1022401786373 (Russia) [RUSSIA-EO14024].

KRASNOYE SORMOVO SHIPYARD (a.k.a. PJSC FACTORY KRASNOYE SORMOVO (Cyrillic: ПАО ЗАВОД КРАСНОЕ СОРМОВО); a.k.a. PUBLIC JOINT STOCK COMPANY KRASNOYE SORMOVO SHIPYARD; a.k.a. PUBLIC JOINT STOCK COMPANY ZAVOD KRASNOYE SORMOVO), 1 Barrikad St., Nizhnynovgorod 603950, Russia; St. Barricade, 1, Nizhny Novgorod, Nizhny Novgorod Region 603003, Russia; Website WWW.KRSORMOVO.NNOV.RU; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 May 1994; Tax ID No. 5263006629 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

KRASOV, Andrey Leonidovich (Cyrillic: КРАСОВ, Андрей Леонидович), Russia; DOB 27 Jan 1967; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KRASOVSKIY, Maksim Borisovich, Russia; DOB 28 Jan 1970; nationality Russia; citizen Russia;

Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 4514985443 (Russia) (individual) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: INFOROS, OOO).

KRATOL AVIATION (a.k.a. KRATOL AVIATION COMPANY; a.k.a. KRATOL AVIATION 'FZC'), 125 M2, Warehouse Q3-211, Sharjah Airport, Free Zone Sharjah, Sharjah, United Arab Emirates; PO BOX 121539, Sharjah, United Arab Emirates; Moscow, Russia; Website http://www.kratol-aviation.ae; Organization Established Date Jan 2008; alt. Organization Established Date 27 Feb 2021; Organization Type: Passenger air transport; Target Type Private Company; Business Registration Number 11612822 (United Arab Emirates) [CAR] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

KRATOL AVIATION COMPANY (a.k.a. KRATOL AVIATION; a.k.a. KRATOL AVIATION 'FZC'), 125 M2, Warehouse Q3-211, Sharjah Airport, Free Zone Sharjah, Sharjah, United Arab Emirates; PO BOX 121539, Sharjah, United Arab Emirates; Moscow, Russia; Website http://www.kratol-aviation.ae; Organization Established Date Jan 2008; alt. Organization Established Date 27 Feb 2021; Organization Type: Passenger air transport; Target Type Private Company; Business Registration Number 11612822 (United Arab Emirates) [CAR] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

KRATOL AVIATION 'FZC' (a.k.a. KRATOL AVIATION; a.k.a. KRATOL AVIATION COMPANY), 125 M2, Warehouse Q3-211, Sharjah Airport, Free Zone Sharjah, Sharjah, United Arab Emirates; PO BOX 121539, Sharjah, United Arab Emirates; Moscow, Russia; Website http://www.kratol-aviation.ae; Organization Established Date Jan 2008; alt. Organization Established Date 27 Feb 2021; Organization Type: Passenger air transport; Target Type Private Company; Business Registration Number 11612822 (United Arab Emirates) [CAR] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

KRATOV, Dmitry Borisovich; DOB 16 Jul 1964 (individual) [MAGNIT].

KRATUMPORN, Somboon (a.k.a. KRADOOMPORN, Chinwong; a.k.a. KRADUMPHON, Sombun; a.k.a. KRADUMPORN, Chinawong; a.k.a. KRADUMPORN, Chinwong; a.k.a.

KRADUMPORN, Somboon; a.k.a. KRAPOOMPORN, Somboon; a.k.a. KRAPUMPORN, Somboon), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 06 May 1959; National ID No. 3570900151471 (Thailand) (individual) [SDNTK].

KRATUMPORN, Varee (a.k.a. KRADOOMPORN, Chanikan; a.k.a. KRADOOMPORN, Varee; a.k.a. KRADOOMPORN, Wari; a.k.a. KRADUMPHON, Chanikan; a.k.a. KRADUMPHON, Wari; a.k.a. KRADUMPORN, Chanikan; a.k.a. KRADUMPORN, Varee; a.k.a. KRADUMPORN, Waree; a.k.a. KRAPUMPORN, Varee), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 18 Mar 1960; National ID No. 3570900151480 (Thailand) (individual) [SDNTK].

KRAVCHENKO, Denis Borisovich (Cyrillic: КРАВЧЕНКО, Денис Борисович), Russia; DOB 17 Apr 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KRAVCHENKO, Vladimir Kasimirovich (Cyrillic: КРАВЧЕНКО, Владимир Казимирович), Russia; DOB 12 Jun 1964; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal

Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KRAVERTON CONSTRUCTION AND DEVELOPMENT LIMITED, Unit 1405B 14/F, The Belgian Bank Building, Nos. 721-725 Nathan Road, Mongkok, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Mar 2018; Registration Number 2662339 (Hong Kong) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

KRAVERTON CONSTRUCTION AND DEVELOPMENT LP (a.k.a. KRAVERTON LP), Suite 1, 4 Queen Street, Edinburgh, Scotland EH2 1JE, United Kingdom; 101 Rose Street South Lane, Edinburgh, Scotland EH2 3JG, United Kingdom; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 May 2016; UK Company Number SL026856 (United Kingdom) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

KRAVERTON LP (f.k.a. KRAVERTON CONSTRUCTION AND DEVELOPMENT LP), Suite 1, 4 Queen Street, Edinburgh, Scotland EH2 1JE, United Kingdom; 101 Rose Street South Lane, Edinburgh, Scotland EH2 3JG, United Kingdom; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 May 2016; UK Company Number SL026856 (United Kingdom) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

KRAVTSOV, Sergei Sergeevich (f.k.a. BRAUN, Sergey Sergeevich (Cyrillic: БРАУН, Сергей Сергеевич); a.k.a. KRAVTSOV, Sergej Sergeevich; a.k.a. KRAVTSOV, Sergey Sergeevich (Cyrillic: КРАВЦОВ, Сергей Сергеевич)), Karetny Ryad Street, House 2, Moscow, Russia; DOB 17 Mar 1974; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772803716511 (Russia) (individual) [RUSSIA-EO14024].

KRAVTSOV, Sergej Sergeevich (f.k.a. BRAUN, Sergey Sergeevich (Cyrillic: БРАУН, Сергей Сергеевич); a.k.a. KRAVTSOV, Sergei Sergeevich; a.k.a. KRAVTSOV, Sergey Sergeevich (Cyrillic: КРАВЦОВ, Сергей Сергеевич)), Karetny Ryad Street, House 2, Moscow, Russia; DOB 17 Mar 1974; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11

of Executive Order 14024.; Tax ID No. 772803716511 (Russia) (individual) [RUSSIA-EO14024].

KRAVTSOV, Sergey Sergeevich (Cyrillic: КРАВЦОВ, Сергей Сергеевич) (f.k.a. BRAUN, Sergey Sergeevich (Cyrillic: БРАУН, Сергей Сергеевич); a.k.a. KRAVTSOV, Sergei Sergeevich; a.k.a. KRAVTSOV, Sergej Sergeevich), Karetny Ryad Street, House 2, Moscow, Russia; DOB 17 Mar 1974; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772803716511 (Russia) (individual) [RUSSIA-EO14024].

KRAYUSHIN, Evgeny (a.k.a. KRAIUSHKIN, Evgenii; a.k.a. KRAIUSHKIN, Evgenii Vladimirovich; a.k.a. KRAYUSHKIN, Evgeniy), 19 74 Miryy Microdistrict, Uglich, Yaroslavl Region 152620, Russia; Building 41, 3 Zheleznodorozhniy Lane, Dmitrov, Moscow, Russia; 9 Melitopolskaya ul., Str. 3, Moscow, Russia; DOB 28 Mar 1990; POB Uglich, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 730727217 (Russia) expires 19 Jun 2023; National ID No. 7812932944 (Russia) (individual) [RUSSIA-EO14024] (Linked To: TECHNOPOLE COMPANY).

KRAYUSHKIN, Evgeniy (a.k.a. KRAIUSHKIN, Evgenii; a.k.a. KRAIUSHKIN, Evgenii Vladimirovich; a.k.a. KRAYUSHIN, Evgeny), 19 74 Miryy Microdistrict, Uglich, Yaroslavl Region 152620, Russia; Building 41, 3 Zheleznodorozhniy Lane, Dmitrov, Moscow, Russia; 9 Melitopolskaya ul., Str. 3, Moscow, Russia; DOB 28 Mar 1990; POB Uglich, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 730727217 (Russia) expires 19 Jun 2023; National ID No. 7812932944 (Russia) (individual) [RUSSIA-EO14024] (Linked To: TECHNOPOLE COMPANY).

KRECHETOV, Andrei Alexandrovich; DOB 22 Sep 1981 (individual) [MAGNIT].

KREKAR, Mullah (a.k.a. AHMAD, Najmuddin Faraj; a.k.a. FARRAJ, Fateh Najm Eddine; a.k.a. NAJMUDDIN, Faraj Ahmad), Heimdalsgate 36-V, 0578 Oslo, Norway; DOB 07 Jul 1956; alt. DOB 17 Jun 1963; POB Olaqloo Sharbajer Village, al-Sulaymaniyah Governorate, Iraq; citizen Iraq; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 (individual) [SDGT].

KREMLEVA, Irina Vladimirovna (Cyrillic: КРЕМЛЕВА, Ирина Владимировна), Russia; DOB 25 Apr 1968; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

KREMNY GROUP (a.k.a. AKTSIONERNOE OBSHCHESTVO GRUPPA KREMNII EL; a.k.a. AO GRUPPA KREMNY EL; a.k.a. CJSC KREMNY AL GROUP; a.k.a. JSC GRUPPA KREMNY EL), Krasnoarmeyskaya 103, Bryansk 241037, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 3234043140 (Russia); Registration Number 1023202741781 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

KREMSONT ALLIANCE CORP. (a.k.a. KREMSONT COMMERCIAL INC.), Corner of Eyre Street and Hutson Street, Blake Building, No. 302, Belize City, Belize [PAARSSR-EO13894] (Linked To: KHURI, Mudalal).

KREMSONT COMMERCIAL INC. (a.k.a. KREMSONT ALLIANCE CORP.), Corner of Eyre Street and Hutson Street, Blake Building, No. 302, Belize City, Belize [PAARSSR-EO13894] (Linked To: KHURI, Mudalal).

KRESHT, Ali Ahmad (a.k.a. KRISHT, Ali; a.k.a. KRISHT, Ali Ahmad (Arabic: علي أحمد كريشت)), Kresht Building, 1st Floor, Abbasieh, Lebanon; Borj el-Chemali, Tyre, Lebanon; DOB 17 Jul 1977; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000040120529 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

KRESS, Viktor (a.k.a. KRESS, Viktor Melkhiorovich (Cyrillic: КРЕСС, Виктор Мельхиорович)), Russia; DOB 16 Nov 1948; POB Kostroma Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KRESS, Viktor Melkhiorovich (Cyrillic: КРЕСС, Виктор Мельхиорович) (a.k.a. KRESS, Viktor), Russia; DOB 16 Nov 1948; POB Kostroma Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KRIANGKRAI, Tuangwitthayakun (a.k.a. SAO KUAY, Sae Tung; a.k.a. TUAN, Ming Cheng; a.k.a. TUAN, Shao Kuei; a.k.a. "MI CHUNG"; a.k.a. "MING CHUNG"; a.k.a. "TA KUEI"; a.k.a. "TUAN SHAO KUEI"), Mong Kyawt, Shan, Burma; DOB 05 Nov 1950; National ID No. 5500900040846 (Thailand) (individual) [SDNTK].

KRIBRUM JSC (a.k.a. AO KRIBRUM), Ul. Vereiskaya, D. 29, Str. 134, Pom. 2N/7, Moscow 121357, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731661104 (Russia); Registration Number 1107746952433 (Russia) [RUSSIA-EO14024].

KRILLO, Pavlo Valeriyovich (Cyrillic: КРИЛЛО, Павло Валерійович) (a.k.a. KRYLLO, Pavel; a.k.a. KRYLLO, Pavel Velerevich (Cyrillic: КРЫЛЛО, Павел Валерьевич)), Sevastopol, Ukraine; DOB 01 Dec 1981; POB Omsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

KRINITSYN, Oleg Anatolyevich (Cyrillic: КРИНИЦЫН, Олег Анатольевич), Russia; DOB 12 May 1971; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 342304942480 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY RSB-GROUP).

KRIOGENMASH OAO (a.k.a. CRYOGENMASH; a.k.a. CRYOGENMASH JOINT STOCK COMPANY; f.k.a. OPEN JOINT STOCK COMPANY CRYOGENMASH; a.k.a. OPEN JOINT-STOCK COMPANY KRIOGENNOGO MASHINOSTROYENIA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO KRIOGENNOGO MASHINOSTROENIYA), 67, Lenin Avenue, Balashikha, Moscow Region 143907, Russia; 36 Lenina Prospekt, Balashikha G. 143907, Russia; Website www.cryogenmash.ru; Executive Order 13662 Directive Determination - Subject to Directive 1;

Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Oct 1945; Registration ID 1025000513878 (Russia); Tax ID No. 5001000066 (Russia); Government Gazette Number 05747985 (Russia); For more information on directives, please visit the following link: https://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMBANK JOINT STOCK COMPANY).

KRIOTREID INZHINIRING (a.k.a. CRYOTRADE ENGINEERING), Pr-d Polesskii D. 14A, Et 1, Pom. II, Kom 1, Moscow 125367, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733250163 (Russia); Registration Number 1157746856519 (Russia) [RUSSIA-EO14024].

KRIP TEKHNO (a.k.a. ALEKSANDROVSKY PLANT OF SEMICONDUCTOR DEVICES), Ul. Institutskaya D. 23A, Office 492 Floor 3, Aleksandrov 601654, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3301035524 (Russia); Registration Number 1173328012330 (Russia) [RUSSIA-EO14024].

KRIPTO PRO OOO (a.k.a. LIMITED LIABILITY COMPANY CRYPTO PRO), Ul. Sushchevskii Val 18, Moscow 127018, Russia; Proezd Izmailovskii D. 10, K. 2, Pomeshch. 4/1, Moscow 105037, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7717107991 (Russia); Registration Number 1037700085444 (Russia) [RUSSIA-EO14024].

KRISHT, Ali (a.k.a. KRESHT, Ali Ahmad; a.k.a. KRISHT, Ali Ahmad (Arabic: علي أحمد كريشت)), Kresht Building, 1st Floor, Abbasieh, Lebanon; Borj el-Chemali, Tyre, Lebanon; DOB 17 Jul 1977; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000040120529 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

KRISHT, Ali Ahmad (Arabic: علي أحمد كريشت) (a.k.a. KRESHT, Ali Ahmad; a.k.a. KRISHT, Ali), Kresht Building, 1st Floor, Abbasieh,

Lebanon; Borj el-Chemali, Tyre, Lebanon; DOB 17 Jul 1977; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000040120529 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

KRISTIANO GR 53 JSC AD, 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2017; Government Gazette Number 204642716 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

KRIVONOSOV, Sergey Vladimirovich (Cyrillic: КРИВОНОСОВ, Сергей Владимирович), Russia; DOB 29 May 1971; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KRIVORUCHKO, Aleksei Yurievich (Cyrillic: КРИВОРУЧКО, Алексей Юрьевич) (a.k.a. KRIVORUCHKO, Aleksey; a.k.a. KRIVORUCHKO, Alexei), Russia; DOB 17 Jul 1975; POB Stavropol, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KRIVORUCHKO, Aleksey (a.k.a. KRIVORUCHKO, Alex; a.k.a. KRIVORUCHKO, Alexei); DOB 25 Aug 1977; POB Moscow Region, Russia (individual) [MAGNIT].

KRIVORUCHKO, Aleksey (a.k.a. KRIVORUCHKO, Aleksei Yurievich (Cyrillic: КРИВОРУЧКО, Алексей Юрьевич); a.k.a. KRIVORUCHKO, Alexei), Russia; DOB 17 Jul 1975; POB Stavropol, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KRIVORUCHKO, Alex (a.k.a. KRIVORUCHKO, Aleksey; a.k.a. KRIVORUCHKO, Alexei); DOB 25 Aug 1977; POB Moscow Region, Russia (individual) [MAGNIT].

KRIVORUCHKO, Alexei (a.k.a. KRIVORUCHKO, Aleksey; a.k.a. KRIVORUCHKO, Alex); DOB 25 Aug 1977; POB Moscow Region, Russia (individual) [MAGNIT].

KRIVORUCHKO, Alexei (a.k.a. KRIVORUCHKO, Aleksei Yurievich (Cyrillic: КРИВОРУЧКО, Алексей Юрьевич); a.k.a. KRIVORUCHKO, Aleksey), Russia; DOB 17 Jul 1975; POB Stavropol, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KRIVORUCHKO, Ekaterina Vladimirovna (a.k.a. TOROPOVA, Ekaterina Vladimirovna; a.k.a. TOROPOVA, Yekaterina), Russia; DOB 26 Mar 1986; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: KRIVORUCHKO, Aleksei Yurievich).

KRNOJELAC, Milorad; DOB 25 Jul 1940; POB Birotici, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

KRNPC (a.k.a. KAROON PETROCHEMICAL; a.k.a. KAROON PETROCHEMICAL CO; a.k.a. KAROUN PETROCHEMICAL COMPANY), No 17, Shahid Khalilzadeh Ally, Vanak Square, Valiasr Street, Tehran 1965754351, Iran; Block 6, Petrochemical Zone Site 2, Special Economic Zone, Imam Khomeini Port, Mahshahr, Tehran 1965754351, Iran; Site 2, Central Office Address, Special Industrial Zone, Mahshahr, Khuzestan, Iran; Site 2, Karoon Petrochemical Complex, 6358159385, Iran; P.O. Box 1969754351, Tehran, Iran; Website www.krnpc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 9645 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

KROKHOTIN, Evgeniy Yurievich (Cyrillic: КРОХОТИН, Евгений Юрьевич) (a.k.a. KRAKHOTSIN, Yauheni Yurevich (Cyrillic: КРАХОЦІН, Яўгеній Юревіч)), Belarus; DOB 26 Feb 1965; POB Belarus; nationality Belarus; Gender Male; Passport MP2682225 (Belarus) expires 26 Feb 2065; National ID No. 3260265C035PB4 (Belarus) (individual) [BELARUS-EO14038].

KRONSTADT MARINE PLANT (a.k.a. FEDERAL STATE UNITARY ENTERPRISE KRONSHTADTSKYY MORSKOY FACTORY

MINOBORONY ROSSII; a.k.a. FEDERAL STATE UNITARY ENTERPRISE KRONSTADT MARINE PLANT OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. JOINT STOCK COMPANY KRONSTADT MARINE PLANT), Kronstadt, St. Petrovskaya, 2, Kronstadt District, St. Petersburg 197762, Russia; Website kmolz.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Apr 1997; Tax ID No. 7818001991 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

KRSTIC, Radislav; DOB 15 Feb 1948; POB Nedjeljiste, Vlasenica, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

KRU OVERSEAS LIMITED, Flat 1102, The Oval, 3 Krinou, Agios Athanasios 4103, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jul 2017; Legal Entity Number 213800J6SWA4WAIR6X45; Registration Number HE371978 (Cyprus) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UGOLNAYA KOMPANIYA KUZBASSRAZREZUGOL).

KRUCHINA, Anastasia Vladimirovna (a.k.a. POTANINA, Anastasia Vladimirovna (Cyrillic: ПОТАНИНА, Анастасия Владимировна); a.k.a. POTANINA, Anastasiya Vladimirovna), 3-7, Skatertny Pereulok, Moscow 121069, Russia; DOB 30 Apr 1984; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530370637 (Russia); National ID No. 4507487205 (Russia); Tax ID No. 770302055000 (Russia) (individual) [RUSSIA-EO14024] (Linked To: POTANIN, Vladimir Olegovich).

KRUGLY, Vladimir Igorevich (Cyrillic: КРУГЛЫЙ, Владимир Игоревич), Russia; DOB 27 May 1955; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KRUGOVOV, Anton Alekseevich (Cyrillic: КРУГОВОВ, Антон Алексеевич) (a.k.a. KRUGOVOV, Anton Alekseyevich), Russia; DOB 08 Aug 1981; POB Kurchatov, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 718255951 (Russia); National ID No. 2006744304 (Russia) (individual) [RUSSIA-EO14024] (Linked To: MAJORY LLP; Linked To: OOO SERNIYA INZHINIRING).

KRUGOVOV, Anton Alekseyevich (a.k.a. KRUGOVOV, Anton Alekseevich (Cyrillic: КРУГОВОВ, Антон Алексеевич)), Russia; DOB 08 Aug 1981; POB Kurchatov, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 718255951 (Russia); National ID No. 2006744304 (Russia) (individual) [RUSSIA-EO14024] (Linked To: MAJORY LLP; Linked To: OOO SERNIYA INZHINIRING).

KRUNIC, Savko (a.k.a. KRUNIC, Savo), Sokolac, Bosnia and Herzegovina; DOB 27 Jan 1958; POB Sokolac, Bosnia-Herzegovina; Passport 3667905 (Bosnia and Herzegovina); Director, Srpska Sume Forestry Company, Sokolac, Bosnia-Herzegovina (individual) [BALKANS].

KRUNIC, Savo (a.k.a. KRUNIC, Savko), Sokolac, Bosnia and Herzegovina; DOB 27 Jan 1958; POB Sokolac, Bosnia-Herzegovina; Passport 3667905 (Bosnia and Herzegovina); Director, Srpska Sume Forestry Company, Sokolac, Bosnia-Herzegovina (individual) [BALKANS].

KRUPS MM LIMITED LIABILITY COMPANY, d. 26 str. 1 etazh/kom. 7/714, prospect Volgogradski, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9722025924 (Russia); Registration Number 1227700434994 (Russia) [RUSSIA-EO14024].

KRYEZIU, Izmet; DOB 03 Oct 1954; POB Pagarusha-Malishev, Serbia and Montenegro (individual) [BALKANS].

KRYLLO, Pavel (a.k.a. KRILLO, Pavlo Valeriyovich (Cyrillic: КРИЛЛО, Павло Валерійович); a.k.a. KRYLLO, Pavel Velerevich (Cyrillic: КРЫЛЛО, Павел Валерьевич)), Sevastopol, Ukraine; DOB 01 Dec 1981; POB Omsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

KRYLLO, Pavel Velerevich (Cyrillic: КРЫЛЛО, Павел Валерьевич) (a.k.a. KRILLO, Pavlo Valeriyovich (Cyrillic: КРИЛЛО, Павло Валерійович); a.k.a. KRYLLO, Pavel), Sevastopol, Ukraine; DOB 01 Dec 1981; POB Omsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

KRYLOV STATE CENTER (a.k.a. FEDERAL STATE UNITARY ENTERPRISE KRYLOVSKY STATE RESEARCH CENTER; a.k.a. KRYLOV STATE RESEARCH CENTER (Cyrillic: КРЫЛОВСКИЙ ГОСУДАРСТВЕННЫЙ НАУЧНЫЙ ЦЕНТР); a.k.a. KRYLOV STATE SCIENTIFIC CENTER FEDERAL STATE UNITARY ENTERPRISE), 44, Moskovskoe shosse, St. Petersburg 196158, Russia; Slavyanskaya pl., d. 2/5/4, str. 3, Moscow 109240, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Sep 2001; Tax ID No. 7810213747 (Russia); Registration Number 1027804905303 (Russia) [RUSSIA-EO14024].

KRYLOV STATE RESEARCH CENTER (Cyrillic: КРЫЛОВСКИЙ ГОСУДАРСТВЕННЫЙ НАУЧНЫЙ ЦЕНТР) (a.k.a. FEDERAL STATE UNITARY ENTERPRISE KRYLOVSKY STATE RESEARCH CENTER; a.k.a. KRYLOV STATE CENTER; a.k.a. KRYLOV STATE SCIENTIFIC CENTER FEDERAL STATE UNITARY ENTERPRISE), 44, Moskovskoe shosse, St. Petersburg 196158, Russia; Slavyanskaya pl., d. 2/5/4, str. 3, Moscow 109240, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Sep 2001; Tax ID No. 7810213747 (Russia); Registration Number 1027804905303 (Russia) [RUSSIA-EO14024].

KRYLOV STATE SCIENTIFIC CENTER FEDERAL STATE UNITARY ENTERPRISE (a.k.a. FEDERAL STATE UNITARY ENTERPRISE KRYLOVSKY STATE RESEARCH CENTER; a.k.a. KRYLOV STATE CENTER; a.k.a. KRYLOV STATE RESEARCH CENTER (Cyrillic: КРЫЛОВСКИЙ ГОСУДАРСТВЕННЫЙ НАУЧНЫЙ ЦЕНТР)), 44, Moskovskoe shosse, St. Petersburg 196158, Russia; Slavyanskaya pl., d. 2/5/4, str. 3, Moscow 109240, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Sep 2001; Tax ID No. 7810213747 (Russia); Registration Number 1027804905303 (Russia) [RUSSIA-EO14024].

KRYLOV, Vladimir, Russia; DOB 11 Jan 1995; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KRYLOVA, Aleksandra Yuryevna, Russia; DOB 01 Jul 1986; Gender Female; Secondary

sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

KRYM SMT OOO LLC (a.k.a. LLC CMT CRIMEA; a.k.a. OOO 'CMT-K'; a.k.a. OOO 'SMT-K'; a.k.a. SMT-CRIMEA; a.k.a. SMT-K; a.k.a. SOVMORTRANS-CRIMEA), ul. Zoi Zhiltsovoy, d. 15, office 51, Simferopol, Crimea, Ukraine; Vokzalnoye Highway 140, Kerch, Ukraine; Anapskoye Highway 1, Temryuk, Russia; Email Address info@smt-k.ru; alt. Email Address info@parom-k.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

KRYMPATRIOTTSENTR (a.k.a. GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE DOPOLNITELNOGO OBRAZOVANIYA RESPUBLIKI KRYM REGIONALNY TSENTR PO PODGOTOVKE K VOENNOI SLUZHBE I VOENNO-PATRIOTICHESKOMU VOSPITANIYU (Cyrillic: РЕГИОНАЛЬНЫЙ ЦЕНТР ПО ПОДГОТОВКЕ К ВОЕННОЙ СЛУЖБЕ И ВОЕННО ПАТРИОТИЧЕСКОМУ ВОСПИТАНИЮ.); a.k.a. REGIONAL CENTER FOR PREPARATION FOR MILITARY SERVICE AND MILITARY PATRIOTIC EDUCATION.; a.k.a. STATE BUDGETARY EDUCATIONAL INSTITUTION OF ADDITIONAL EDUCATION OF THE REPUBLIC OF CRIMEA CRIMEA PATRIOT CENTER (Cyrillic: ГОСУДАРСТВЕННОЕ БЮДЖЕТНОЕ ОБРАЗОВАТЕЛЬНОЕ УЧРЕЖДЕНИЕ ДОПОЛНИТЕЛЬНОГО ОБРАЗОВАНИЯ РЕСПУБЛИКИ КРЫМ КРЫМПАТРИОТЦЕНТР)), 60 Let Oktyabrya Street, Building 13/64, Simferopol, Crimea 295044, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Jun 2015; Tax ID No. 9102187450 (Russia); Registration Number 1159102101180 (Russia) [RUSSIA-EO14024].

KRYMSKE RESPUBLIKANSKE PIDPRYEMSTVO AZOVSKY LIKEROGORILCHANY ZAVOD (a.k.a. AZOVSKY LIKEROGORILCHANY ZAVOD, KRYMSKE RESPUBLIKANSKE PIDPRYEMSTVO; a.k.a. AZOVSKY LIKEROVO-DOCHNY ZAVOD; a.k.a. CRIMEAN ENTERPRISE AZOV DISTILLERY PLANT; a.k.a. CRIMEAN REPUBLICAN ENTERPRISE AZOV DISTILLERY; a.k.a. CRIMEAN REPUBLICAN ENTERPRISE AZOVSKY LIKEROVODOCHNY ZAVOD), Bud. 40 vul. Zaliznychna, Smt Azovske, Dzhankoisky R-N, Crimea 96178, Ukraine; 40 Railway St., Azov, Dzhankoy District 96178, Ukraine; 40 Zeleznodorozhnaya str., Azov, Jankoysky District 96178, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01271681 (Ukraine) [UKRAINE-EO13685].

KRYMTEPLOELEKTROTSENTRAL, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO KRYMTEPLOELEKTROTSENTRAL; a.k.a. AO, KRIMTETS; a.k.a. KRYMTETS, AO), 1, ul. Montazhnaya Pgt. Gresovski, Simferopol, Crimea 295493, Ukraine; Website www.krimtec.com; Email Address e.hmelnitskiy@krimtec.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102070194 (Russia); Government Gazette Number 00828288 (Russia); Registration Number 1159102014169 (Russia) [UKRAINE-EO13685].

KRYMTETS, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO KRYMTEPLOELEKTROTSENTRAL; a.k.a. AO, KRIMTETS; f.k.a. KRYMTEPLOELEKTROTSENTRAL, AO), 1, ul. Montazhnaya Pgt. Gresovski, Simferopol, Crimea 295493, Ukraine; Website www.krimtec.com; Email Address e.hmelnitskiy@krimtec.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102070194 (Russia); Government Gazette Number 00828288 (Russia); Registration Number 1159102014169 (Russia) [UKRAINE-EO13685].

KRYMZHD (a.k.a. CRIMEAN RAILWAY; a.k.a. FEDERAL STATE UNITARY ENTERPRISE 'CRIMEAN RAILWAY'; a.k.a. THE RAILWAYS OF CRIMEA), 34 Pavlenko Street, Simferopol, Republic of Crimea 95006, Ukraine; Website http://www.crimearw.ru; Email Address ngkkjd@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1159102022738; V.A.T. Number 9102157783 [UKRAINE-EO13685].

KRYPTONIT NPC (a.k.a. JSC SCIENTIFIC AND PRODUCTION COMPANY KRYPTONIT (Cyrillic: КРИПТОНИТ); a.k.a. KRYPTONITE NPK; a.k.a. NPK KRYPTONIT), 14 Spartakovskaya square, building 2, floor 3, room 4, Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701115253 (Russia); Business Registration Number 1187746695784 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HOLDING INTELLIGENT COMPUTER SYSTEMS).

KRYPTONITE NPK (a.k.a. JSC SCIENTIFIC AND PRODUCTION COMPANY KRYPTONIT (Cyrillic: КРИПТОНИТ); a.k.a. KRYPTONIT NPC; a.k.a. NPK KRYPTONIT), 14 Spartakovskaya square, building 2, floor 3, room 4, Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701115253 (Russia); Business Registration Number 1187746695784 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HOLDING INTELLIGENT COMPUTER SYSTEMS).

KRYUKOV, Oleg Vasilyevich (Cyrillic: КРЮКОВ, Олег Васильевич), Yubileynaya street, 3A, 61, Elektrostal, Moscow Oblast 144009, Russia; DOB 18 Mar 1954; POB Kireevsk, Tula Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4605438291 (Russia); Tax ID No. 505304982249 (Russia) (individual) [RUSSIA-EO14024].

KS INTERNATIONAL TRADERS (a.k.a. "KS PHARMACY"), Mumbai, Maharashtra 400095, India; Website www.ksinternationalpharmacy.com; Organization Established Date 27 Dec 2022; Tax ID No. 27AAZFK8713F2ZQ (India) [ILLICIT-DRUGS-EO14059] (Linked To: SHAIKH, Khizar Mohammad Iqbal).

KSEOPROM, Sh. Ochakovskoe d. 34, Et/Pom/Kom/Of 4/VII/24/6, Moscow 119530, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032295331 (Russia); Registration Number 1185053006016 (Russia) [RUSSIA-EO14024].

KSIAN LIMITED LIABILITY COMPANY, UL Zhurnalistov D. 2A, Pomeshch. 404V, Kazan 420029, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Mar 2023; Tax ID No. 168025061 (Russia); Registration Number 1231600011378 (Russia) [RUSSIA-EO14024].

KSIR, Isa (a.k.a. KASSEER, Issa Hussein; a.k.a. KASSIR, Issa Hussein (Arabic: عيسى حسين قصير); a.k.a. QASIR, 'Isa Husayn), Deir Qanoun

en Nahr, Tyre, South Governorate, Lebanon; DOB 21 Jul 1977; POB El Kouayt, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000004334212 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

KSK GROUP (a.k.a. "OOO KSK"), Ul. Zemlyanoi Val D. 68/18, Str. 3, Moscow 109004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725685410 (Russia); Registration Number 1107746010052 (Russia) [RUSSIA-EO14024].

KTB SUDOKOMPOZIT, GUP (a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRIM KONSTRUKTORSKO-TECHNOLOGICHESKOE BYURO SUDOKOMPOZIT (Cyrillic: ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ РЕСПУБЛИКИ КРЫМ КОНСТРУКТОРСКО ТЕХНОЛОГИЧЕСКОЕ БЮРО СУДОКОМПОЗИТ); a.k.a. GUP RK KTB SUDOKOMPOZIT (Cyrillic: ГУП РК КТБ СУДОКОМПОЗИТ); a.k.a. STATE UNITARY ENTERPRISE IN THE REPUBLIC OF CRIMEA DESIGN-TECHNOLOGY BUREAU SUDOKOMPOZIT; a.k.a. SUDOKOMPOZIT DESIGN AND TECHNOLOGICAL BUREAU), House 14, Kuibysheva Street, Feodosia, Crimea 298100, Ukraine; Website http://sudocompozit.ru/; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9108007745 (Russia); Government Gazette Number 00745510 (Russia); Registration Number 1149102094680 (Russia) [UKRAINE-EO13685].

KTH GROUP SPOL SRO, Teslova 18211/15, Bratislava 82102, Slovakia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Jun 1995; Tax ID No. 2020940834 (Slovakia); Registration Number 31396879 (Slovakia) [RUSSIA-EO14024] (Linked To: KAZIKAEV, Valery Dzhekovich).

KU, Cha-hyo'ng (a.k.a. KU, Ja Hyong), Libya; DOB 08 Sep 1957; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or

Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Foreign Trade Bank of the Democratic People's Republic of Korea chief representative in Libya (individual) [DPRK2].

KU, Ja Hyong (a.k.a. KU, Cha-hyo'ng), Libya; DOB 08 Sep 1957; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Foreign Trade Bank of the Democratic People's Republic of Korea chief representative in Libya (individual) [DPRK2].

KU, Seung Sub (a.k.a. KU, Sung Sop; a.k.a. KU, Su'ng-so'p; a.k.a. KU, Young Hyok), Shenyang, China; DOB 07 Nov 1959; POB Pyongan-bukdo, North Korea; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 321233 (Korea, North); Consul General, Shenyang, China (individual) [DPRK2].

KU, Sung Sop (a.k.a. KU, Seung Sub; a.k.a. KU, Su'ng-so'p; a.k.a. KU, Young Hyok), Shenyang, China; DOB 07 Nov 1959; POB Pyongan-bukdo, North Korea; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 321233 (Korea, North); Consul General, Shenyang, China (individual) [DPRK2].

KU, Su'ng-so'p (a.k.a. KU, Seung Sub; a.k.a. KU, Sung Sop; a.k.a. KU, Young Hyok), Shenyang, China; DOB 07 Nov 1959; POB Pyongan-bukdo, North Korea; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 321233 (Korea, North); Consul General, Shenyang, China (individual) [DPRK2].

KU, Young Hyok (a.k.a. KU, Seung Sub; a.k.a. KU, Sung Sop; a.k.a. KU, Su'ng-so'p), Shenyang, China; DOB 07 Nov 1959; POB Pyongan-bukdo, North Korea; nationality Korea,

North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 321233 (Korea, North); Consul General, Shenyang, China (individual) [DPRK2].

KUAC, Gregory Deng (a.k.a. ADUOL, Gregory Deng Kuac; a.k.a. DIMITRY, Gregory Vasili; a.k.a. KUACH, Gregory Deng; a.k.a. YALOURIS, Gregory Vasilis Dimitry), Juba, South Sudan; DOB 01 Jan 1961; POB Ajogo, South Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

KUACH, Gregory Deng (a.k.a. ADUOL, Gregory Deng Kuac; a.k.a. DIMITRY, Gregory Vasili; a.k.a. KUAC, Gregory Deng; a.k.a. YALOURIS, Gregory Vasilis Dimitry), Juba, South Sudan; DOB 01 Jan 1961; POB Ajogo, South Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

KUAI NUENG, Sae Chang (a.k.a. SHIH, Kuo Neng; a.k.a. "AH SAN"; a.k.a. "SHI KWAN NEINK"; a.k.a. "SHIH KUO NENG"), Tachilek, Shan, Burma; DOB 1964 (individual) [SDNTK].

KUAJIAN, Michael (a.k.a. KUAJIEN DUER MAYOK, Michael; a.k.a. KUAJIEN, Michael), Nairobi, Kenya; DOB 01 Jan 1979; nationality South Sudan; Gender Male (individual) [GLOMAG].

KUAJIEN DUER MAYOK, Michael (a.k.a. KUAJIAN, Michael; a.k.a. KUAJIEN, Michael), Nairobi, Kenya; DOB 01 Jan 1979; nationality South Sudan; Gender Male (individual) [GLOMAG].

KUAJIEN, Michael (a.k.a. KUAJIAN, Michael; a.k.a. KUAJIEN DUER MAYOK, Michael), Nairobi, Kenya; DOB 01 Jan 1979; nationality South Sudan; Gender Male (individual) [GLOMAG].

KUARZO DISCOTECA (a.k.a. INVERSIONES TALADRO LTDA.), Calle 1 K. 48 Anillo Vial, Villavicencio, Colombia; NIT # 900063810-4 (Colombia) [SDNTK].

KUBAN AGRO (a.k.a. AGROHOLDING KUBAN; a.k.a. KUBAN AGROHOLDING), 77 Mira St., Ust-Labinsk, Krasnodar Territory 352330, Russia; 1 Montazhnaya St., Ust-Labinsk, Krasnodar Territory, Russia; 116 Mira St., Ust-Labinsk, Krasnodar Territory, Russia; 1 G. Konshinykh St., Krasnodar Territory, Russia; 2 Rabochaya St., Ust-Labinsk, Krasnodar Territory, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] [UKRAINE-EO13662] (Linked To: DERIPASKA, Oleg Vladimirovich; Linked To: BASIC ELEMENT LIMITED).

KUBAN AGROHOLDING (a.k.a. AGROHOLDING KUBAN; a.k.a. KUBAN AGRO), 77 Mira St., Ust-Labinsk, Krasnodar Territory 352330, Russia; 1 Montazhnaya St., Ust-Labinsk, Krasnodar Territory, Russia; 116 Mira St., Ust-Labinsk, Krasnodar Territory, Russia; 1 G. Konshinykh St., Krasnodar Territory, Russia; 2 Rabochaya St., Ust-Labinsk, Krasnodar Territory, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] [UKRAINE-EO13662] (Linked To: DERIPASKA, Oleg Vladimirovich; Linked To: BASIC ELEMENT LIMITED).

KUBAYSY, Abd Al Munhim (a.k.a. AL-QUBAYSI, Abd-al-Munim; a.k.a. KOBEISSI, Abd Al Menhem; a.k.a. KOBEISSI, Abdel Menhem; a.k.a. KOBEISSI, Abdul Menhem; a.k.a. KOBEISSY, Abdul Menhem; a.k.a. QUBAYSI, Abd Al Menhem); DOB 01 Jan 1964; alt. DOB 1961; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 1622378 (Lebanon) (individual) [SDGT].

KUBILAY, Sari (a.k.a. SARI, Kubilav; a.k.a. SARI, Kubilay), Istanbul, Turkey; DOB 27 May 1991; POB Seyhan, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A08J00530 (Turkey); National ID No. 21691072558 (Turkey) (individual) [SDGT] (Linked To: KATIBAT AL TAWHID WAL JIHAD).

KUBRAKOU, Ivan Uladzimiravich (Cyrillic: КУБРАКОЎ, Іван Уладзіміравіч) (a.k.a. KUBRAKOV, Ivan (Cyrillic: КУБРАКОВ, Иван); a.k.a. KUBRAKOV, Ivan Vladimirovich (Cyrillic: КУБРАКОВ, Иван Владимирович)), Minsk, Belarus; DOB 05 May 1975; POB Malinawka, Mahilyou Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KUBRAKOV, Ivan (Cyrillic: КУБРАКОВ, Иван) (a.k.a. KUBRAKOU, Ivan Uladzimiravich (Cyrillic: КУБРАКОЎ, Іван Уладзіміравіч; a.k.a. KUBRAKOV, Ivan Vladimirovich (Cyrillic: КУБРАКОВ, Иван Владимирович)), Minsk,

Belarus; DOB 05 May 1975; POB Malinawka, Mahilyou Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KUBRAKOV, Ivan Vladimirovich (Cyrillic: КУБРАКОВ, Иван Владимирович) (a.k.a. KUBRAKOU, Ivan Uladzimiravich (Cyrillic: КУБРАКОЎ, Іван Уладзіміравіч); a.k.a. KUBRAKOV, Ivan (Cyrillic: КУБРАКОВ, Иван)), Minsk, Belarus; DOB 05 May 1975; POB Malinawka, Mahilyou Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KUBURA, Amir; DOB 04 Mar 1964; POB Kakanj, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

KUCHEROV, Oleg Vyacheslavovich (a.k.a. "GABR"), Samara, Russia; DOB 03 Jun 1973; POB Togliatti, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] [CYBER4] (Linked To: ZELENYUK, Sergey Sergeyevich).

KUCHI, Ahmed Jan (a.k.a. WAZIR, Ahmed Jan; a.k.a. ZADRAN, Ahmed Jan); DOB 1963; POB Barlah Village, Qareh Bagh District, Ghazni Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

KUCHKZA'I, Ebrahim Mohammad (a.k.a. KOOCHAK ZAIE, Ebrahim; a.k.a. KOUCHAKZAEI, Ebrahim (Arabic: ابراهیم کوچکزایی); a.k.a. KOUCHEKZAEI, Ebrahim), Iran; DOB 1963 to 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; LEF Colonel (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

KUCHMENT, Mikhail Lvovich (Cyrillic: КУЧМЕНТ, Михаил Львович), Demiana Bednogo Street, 23, block 1, flat 40, Moscow, Russia; DOB 28 Aug 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 756767859 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

KUCHUMOVA, Nadezhda Leonidovna (a.k.a. KUCHUMOVA, Nadia), St. Petersburg, Russia; DOB 28 Nov 1980; POB St. Petersburg, Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201;

Passport 753982883 (Russia); National ID No. 4003756042 (individual) [CYBER2] (Linked To: NPP PT OKEANOS, AO).

KUCHUMOVA, Nadia (a.k.a. KUCHUMOVA, Nadezhda Leonidovna), St. Petersburg, Russia; DOB 28 Nov 1980; POB St. Petersburg, Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 753982883 (Russia); National ID No. 4003756042 (individual) [CYBER2] (Linked To: NPP PT OKEANOS, AO).

KUDDAM E ISLAMI (a.k.a. ARMY OF MOHAMMED; a.k.a. JAISH-E-MOHAMMED; a.k.a. JAISH-I-MOHAMMED; a.k.a. KHUDAMUL ISLAM; a.k.a. KHUDDAM-UL-ISLAM; a.k.a. MOHAMMED'S ARMY; a.k.a. TEHRIK UL-FURQAAN), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

KUDOKAI (a.k.a. FIFTH KUDO-KAI; a.k.a. GODAIME KUDO-KAI; a.k.a. KUDO-KAI), 1-1-12 Kantake Kokurakita-ku, Kitakyushu City, Fukuoka, Japan [TCO].

KUDO-KAI (a.k.a. FIFTH KUDO-KAI; a.k.a. GODAIME KUDO-KAI; a.k.a. KUDOKAI), 1-1-12 Kantake Kokurakita-ku, Kitakyushu City, Fukuoka, Japan [TCO].

KUDRIAVTSEV, Gennadii Ivanovich (a.k.a. KUDRYAVTSEV, Gennady Ivanovich), Russia; DOB 20 Aug 1947; POB Dalian, China; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 183303235868 (Russia) (individual) [RUSSIA-EO14024].

KUDRIN, Aleksey Leonidovich (Cyrillic: КУДРИН, Алексей Леонидович), Moscow, Russia; DOB 12 Oct 1960; POB Dobele, Latvia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773600493205 (Russia) (individual) [RUSSIA-EO14024].

KUDRYAKOV, Dmitry; DOB 11 Dec 1964; POB Irkutsk, Russia; nationality Russia; Gender Male; Passport 531079231 (Russia) expires 24 Mar 2026; NIT # 79478034 (Guatemala); C.U.I. 3749997750101 (Guatemala) (individual) [GLOMAG].

KUDRYASHOV, Sergei Ivanovich (a.k.a. KUDRYASHOV, Sergey Ivanovich), Russia; DOB 25 Jul 1967; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related

Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 702203156990 (Russia) (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

KUDRYASHOV, Sergey Ivanovich (a.k.a. KUDRYASHOV, Sergei Ivanovich), Russia; DOB 25 Jul 1967; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 702203156990 (Russia) (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

KUDRYASHOVA, Olga (a.k.a. BEGLOVA, Olga Aleksandrovna (Cyrillic: БЕГЛОВА, Ольга Александровна); a.k.a. BEGLOVA, Olga Alexandrova), Russia; DOB 11 May 1985; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: BEGLOV, Aleksandr Dmitrievich).

KUDRYAVTSEV, Gennady Ivanovich (a.k.a. KUDRIAVTSEV, Gennadii Ivanovich), Russia; DOB 20 Aug 1947; POB Dalian, China; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 183303235868 (Russia) (individual) [RUSSIA-EO14024].

KUDRYAVTSEV, Konstantin (Cyrillic: КУДРЯВЦЕВ, Константин) (a.k.a. KUDRYAVTSEV, Konstantin Borisovich; a.k.a. SOKOLOV, Konstantin; a.k.a. SOKOLOV, Konstantin Yevgenievich), Russia; DOB 28 Apr 1980; alt. DOB 28 Apr 1979; nationality Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

KUDRYAVTSEV, Konstantin Borisovich (a.k.a. KUDRYAVTSEV, Konstantin (Cyrillic: КУДРЯВЦЕВ, Константин); a.k.a. SOKOLOV, Konstantin; a.k.a. SOKOLOV, Konstantin Yevgenievich), Russia; DOB 28 Apr 1980; alt. DOB 28 Apr 1979; nationality Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

KUGEL LIMITED LIABILITY COMPANY, Ul. Zapadnaya (Tekhnopark Promzona), Vladenie 16, Office 2, Rp. Gorki Leninskie, Vidnoe 142712, Russia; 4, Naberezhnaya Str., Senitsa Settlement, Minsk 223056, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7721742033 (Russia); Registration Number 1117746935800 (Russia) [RUSSIA-EO14024].

KUHI, Fatemeh Sarlak (Arabic: فاطمه سرلک کوهی) (a.k.a. MEHDI, Fatemeh Sarlak Kuhi), Tehran, Iran; DOB 07 Oct 1995; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 0018445829 (Iran) (individual) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

KUIBYSHEVSKY REFINERY (a.k.a. AKTSIONERNOE OBSHCHESTVO KUIBYSHEVSKII NEFTEPERERABATYVAYUSHCHII ZAVOD; a.k.a. JSC KUYBYSHEVSKY OIL REFINERY; a.k.a. "AO KNPZ"), Ul. Groznenskaya D.25, Samara 443004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6314006396 (Russia) Registration Number 1026300894179 (Russia) [RUSSIA-EO14024].

KUJUNDZIC, Predrag (a.k.a. "PREDO"); DOB 30 Jan 1961; POB Suho Polje, Doboj, Bosnia-Herzegovina (individual) [BALKANS].

KUKPANG KWAHAK-WON (a.k.a. 2ND ACADEMY OF NATURAL SCIENCES; a.k.a. ACADEMY OF NATURAL SCIENCES; a.k.a. CHAYON KWAHAK-WON; a.k.a. CHE 2 CHAYON KWAHAK-WON; a.k.a. NATIONAL DEFENSE ACADEMY; a.k.a. SANSRI; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES RESEARCH INSTITUTE), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KULASHOVA, Anna (Cyrillic: КУЛАШОВА, Анна) (a.k.a. DUDORINA, Anna; a.k.a. KULASHOVA, Anna Vladimirovna), Moscow, Russia; DOB 29 Apr 1971; POB Dmitrov, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 727209099 (Russia); National ID No. 4516724548 (Russia) (individual) [RUSSIA-EO14024].

KULASHOVA, Anna Vladimirovna (a.k.a. DUDORINA, Anna; a.k.a. KULASHOVA, Anna (Cyrillic: КУЛАШОВА, Анна)), Moscow, Russia; DOB 29 Apr 1971; POB Dmitrov, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 727209099 (Russia);

National ID No. 4516724548 (Russia) (individual) [RUSSIA-EO14024].

KULEMEKOV, Vladimir (a.k.a. KULEMEKOV, Vladimir Janovich), 64-1-215 Choroshevskoye Shosse, Moscow 123007, Russia; 9 2nd Verkhny Mikhailovsky Proezd, Building 2, Moscow 115007, Russia; DOB 26 Mar 1946; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: DE GEETERE, Hans).

KULEMEKOV, Vladimir Janovich (a.k.a. KULEMEKOV, Vladimir), 64-1-215 Choroshevskoye Shosse, Moscow 123007, Russia; 9 2nd Verkhny Mikhailovsky Proezd, Building 2, Moscow 115007, Russia; DOB 26 Mar 1946; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: DE GEETERE, Hans).

KULIK, Konstantin (a.k.a. KULYK, Konstantin (Cyrillic: КУЛИК, Костянтин); a.k.a. KULYK, Konstantyn Hennadiyovych; a.k.a. KULYK, Kostiantyn; a.k.a. KULYK, Kostyantyn), Ukraine; DOB 03 Nov 1977; nationality Ukraine; Gender Male (individual) [ELECTION-EO13848].

KULIK, Vadim (a.k.a. KULIK, Vadim Valerievich (Cyrillic: КУЛИК, Вадим Валерьевич)), Russia; DOB 14 Aug 1972; POB Nalchik, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KULIK, Vadim Valerievich (Cyrillic: КУЛИК, Вадим Валерьевич) (a.k.a. KULIK, Vadim), Russia; DOB 14 Aug 1972; POB Nalchik, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KULIKOVSKIH, Nina Germanovna (Cyrillic: КУЛИКОВСКИХ, Нина Германовна) (a.k.a. KULIKOVSKIKH, Nina Germanovna), Russia; DOB 05 Feb 1961; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KULIKOVSKIKH, Nina Germanovna (a.k.a. KULIKOVSKIH, Nina Germanovna (Cyrillic: КУЛИКОВСКИХ, Нина Германовна)), Russia; DOB 05 Feb 1961; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of

the Russian Federation (individual) [RUSSIA-EO14024].

KULINICH, Larisa (Cyrillic: КУЛИНИЧ, Лариса) (a.k.a. KULINICH, Larisa Vitalievna (Cyrillic: КУЛИНИЧ, Лариса Витальевна)), Simferopol, Crimea, Ukraine; DOB 02 Mar 1976; POB Ostapovka, Mirgorod District, Poltava Oblast, Ukraine; nationality Ukraine; alt. nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KULINICH, Larisa Vitalievna (Cyrillic: КУЛИНИЧ, Лариса Витальевна) (a.k.a. KULINICH, Larisa (Cyrillic: КУЛИНИЧ, Лариса)), Simferopol, Crimea, Ukraine; DOB 02 Mar 1976; POB Ostapovka, Mirgorod District, Poltava Oblast, Ukraine; nationality Ukraine; alt. nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KULIYEVA, Adelina (a.k.a. DAL, Jackline; a.k.a. TURKMEN, Selina), Turkmenistan; United Arab Emirates; DOB 03 Dec 1990; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TRANSMART DMCC).

KULYGINA, Olga Ivanovna (Cyrillic: КУЛЫГИНА, Ольга Ивановна) (a.k.a. KULYHINA, Olha Ivanivna (Cyrillic: КУЛИГІНА, Ольга Іваніна)), Moscow, Russia; DOB 14 Sep 1972; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

KULYHINA, Olha Ivanivna (Cyrillic: КУЛИГІНА, Ольга Іваніна) (a.k.a. KULYGINA, Olga Ivanovna (Cyrillic: КУЛЫГИНА, Ольга Ивановна)), Moscow, Russia; DOB 14 Sep 1972; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

KULYK, Konstantin (Cyrillic: КУЛИК, Костянтин) (a.k.a. KULIK, Konstantin; a.k.a. KULYK, Konstantyn Hennadiyovych; a.k.a. KULYK, Kostiantyn; a.k.a. KULYK, Kostyantyn), Ukraine; DOB 03 Nov 1977; nationality Ukraine; Gender Male (individual) [ELECTION-EO13848].

KULYK, Konstantyn Hennadiyovych (a.k.a. KULIK, Konstantin; a.k.a. KULYK, Konstantin (Cyrillic: КУЛИК, Костянтин); a.k.a. KULYK, Kostiantyn; a.k.a. KULYK, Kostyantyn), Ukraine; DOB 03 Nov 1977; nationality Ukraine; Gender Male (individual) [ELECTION-EO13848].

KULYK, Kostiantyn (a.k.a. KULIK, Konstantin; a.k.a. KULYK, Konstantin (Cyrillic: КУЛИК, Костянтин); a.k.a. KULYK, Konstantyn Hennadiyovych; a.k.a. KULYK, Kostyantyn), Ukraine; DOB 03 Nov 1977; nationality Ukraine; Gender Male (individual) [ELECTION-EO13848].

KULYK, Kostyantyn (a.k.a. KULIK, Konstantin; a.k.a. KULYK, Konstantin (Cyrillic: КУЛИК, Костянтин); a.k.a. KULYK, Konstantyn Hennadiyovych; a.k.a. KULYK, Kostiantyn), Ukraine; DOB 03 Nov 1977; nationality Ukraine; Gender Male (individual) [ELECTION-EO13848].

KUMAR, Akhilesh; DOB 15 Jun 1976; POB Patna, India; nationality India; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Seafarer's Identification Document MUM 85917 (India) expires 11 Nov 2023 (individual) [SDGT] (Linked To: MEHDI GROUP).

KUMAR, Sudhir, L-172, Road N-7, Street N-5, Near P S Bedi Building, Mahipalpur, Delhi 110037, India; DOB 15 Nov 1984; nationality India; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. BTTPK0620D (India) (individual) [RUSSIA-EO14024].

KUMBA, Gabriel Amisi (a.k.a. AMISI, Nkumba; a.k.a. "Tango Fort"; a.k.a. "Tango Four"); DOB 28 May 1964; nationality Congo, Democratic Republic of the; Gender Male; Major General; Commander of the First Defense Zone; Former Armed Forces of the Democratic Republic of the Congo land forces commander (individual) [DRCONGO].

KUMBYOL TRADING (a.k.a. KOREA KUMBYOL TRADING COMPANY; a.k.a. KUMBYOL TRADING COMPANY OF NORTH KOREAN WORKERS' PARTY), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

KUMBYOL TRADING COMPANY OF NORTH KOREAN WORKERS' PARTY (a.k.a. KOREA KUMBYOL TRADING COMPANY; a.k.a. KUMBYOL TRADING), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

KUMERTAU AVIATION PRODUCTION ENTERPRISE (a.k.a. JOINT STOCK COMPANY KUMERTAU AVIATION PRODUCTION ENTERPRISE; a.k.a. "AO KUMAPP"; a.k.a. "JSC KUMAPE"), Ul. Novozarinskaya D. 15 A, Kumertau 453300, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jul 1992; Tax ID No. 0262016287 (Russia); Registration Number 1080262000609 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

KUMGANG BANK, Kumgang Bank Building, Jungsong-don, Pyongyang, Korea, North; SWIFT/BIC KMBKKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; all offices worldwide [DPRK3].

KU'MHAERYONG COMPANY LTD (a.k.a. CHO'NGSONG UNITED TRADING COMPANY; a.k.a. CHONGSONG YONHAP; a.k.a. CH'O'NGSONG YO'NHAP; a.k.a. CHOSUN CHAWO'N KAEBAL T'UJA HOESA; a.k.a. GREEN PINE ASSOCIATED CORPORATION; a.k.a. JINDALLAE; a.k.a. NATURAL RESOURCES DEVELOPMENT AND INVESTMENT CORPORATION; a.k.a. SAENGP'IL COMPANY), c/o Reconnaissance General Bureau Headquarters, Hyongjesan-Guyok, Pyongyang, Korea, North; Nungrado, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

KUMIN, Vadim Valentinovich (Cyrillic: КУМИН, Вадим Валентинович), Russia; DOB 01 Jan 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KUMPILOV, Murat Karalbiyevich (Cyrillic: КУМПИЛОВ, Мурат Каральбиевич), Adygeya

Republic, Russia; DOB 27 Feb 1973; POB Ulyap, Adygeya Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 010200122926 (Russia) (individual) [RUSSIA-EO14024].

KUMU LIMITED (Chinese Traditional: 枯木有限公司), Flat 1512, 15/F, Lucky Centre, No. 165-171 Wan Chai Road, Wan Chai, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 14 Sep 2022; Company Number 3189948 (Hong Kong); Business Registration Number 74418350 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

KUNARAC, Dragoljub; DOB 15 May 1960; POB Foca, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

KUNFUTH, Abbas Khalaf, House 21, Lane 17, Subdivision 603, Dragh District, Al-Mansour; DOB 1955; POB Baghdad, Iraq (individual) [IRAQ2].

KUNLUN HOLDING COMPANY LTD., Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola VG1110, Virgin Islands, British; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii) [IRAN-EO13846].

KUNLUN SHIPPING COMPANY LIMITED (Chinese Traditional: 香港昆侖船務有限公司), 17th Floor, Siu Ying Commercial Building, 151-155 Queen's Road Central, Hong Kong; Building 5, 815 Dongdaming Lu, Hongkou Qu, Shanghai 200082, China; Website www.kunlunholding.com; Email Address admin@sinocpa.com; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Business Registration Number 1298446 [IRAN-EO13846].

KUNOSKA-KAMCEVA, Ratka (a.k.a. KAMCEVA, Ratka Kunoska), North Macedonia, The Republic of; DOB 16 Oct 1945; nationality North Macedonia, The Republic of; Gender Female (individual) [BALKANS-EO14033] (Linked To: KAMCEV, Jordan).

KUNTSEVICH, Alena Kanstantsinauna (Cyrillic: КУНЦЭВІЧ, Алена Канстанцінаўна) (a.k.a. KUNTSEVICH, Yelena Konstantinovna (Cyrillic: КУНЦЕВИЧ, Елена Константиновна)), Minsk Oblast, Belarus; DOB 1971; nationality Belarus; Gender Female (individual) [BELARUS-EO14038].

KUNTSEVICH, Yelena Konstantinovna (Cyrillic: КУНЦЕВИЧ, Елена Константиновна) (a.k.a. KUNTSEVICH, Alena Kanstantsinauna (Cyrillic: КУНЦЭВІЧ, Алена Канстанцінаўна)), Minsk Oblast, Belarus; DOB 1971; nationality Belarus; Gender Female (individual) [BELARUS-EO14038].

KUOK-KUI, Wan (a.k.a. KOI, Wan Kuok; a.k.a. "Broken Tooth"; a.k.a. "Brokentooth"; a.k.a. "GUOJU, Yin"; a.k.a. "KUI, Bung Nga"), Macau; DOB 29 Jul 1955; Gender Male; Passport 31135083 (Portugal) expires 27 Mar 2023 (individual) [GLOMAG].

KUOL, Santino Deng (a.k.a. WOL, Santino Deng; a.k.a. WUOL, Santino Deng); DOB 09 Nov 1962; POB Aweil, South Sudan; alt. POB Aweil, Sudan; Major General; Sudan People's Liberation Army Third Division Commander (individual) [SOUTH SUDAN].

KUPA LINES INCORPORATED, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island MH96960, Marshall Islands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6315113 [UKRAINE-EO13662] [RUSSIA-EO14024].

KUPRIYANOV, Aleksey Aleksandrovich (a.k.a. KUPRIYANOV, Alexey Aleksandrovich), Russia; DOB 18 Feb 1981; POB Ryazan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 622905256403 (Russia) (individual) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT).

KUPRIYANOV, Alexey Aleksandrovich (a.k.a. KUPRIYANOV, Aleksey Aleksandrovich), Russia; DOB 18 Feb 1981; POB Ryazan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 622905256403 (Russia) (individual) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT).

KURBANOV, Nuri (a.k.a. KOURMPANOV, Nourmourad; a.k.a. KURBANOV, Nurmurad; a.k.a. KURBANOV, Nurmurat), Cyprus; DOB 17 Oct 1962; POB Turkmenistan; nationality Turkmenistan; citizen Russia; Gender Male (individual) [BELARUS-EO14038] (Linked To: OKB TSP SCIENTIFIC PRODUCTION LIMITED LIABILITY COMPANY).

KURBANOV, Nurmurad (a.k.a. KOURMPANOV, Nourmourad; a.k.a. KURBANOV, Nuri; a.k.a. KURBANOV, Nurmurat), Cyprus; DOB 17 Oct 1962; POB Turkmenistan; nationality Turkmenistan; citizen Russia; Gender Male (individual) [BELARUS-EO14038] (Linked To: OKB TSP SCIENTIFIC PRODUCTION LIMITED LIABILITY COMPANY).

KURBANOV, Nurmurat (a.k.a. KOURMPANOV, Nourmourad; a.k.a. KURBANOV, Nuri; a.k.a. KURBANOV, Nurmurad), Cyprus; DOB 17 Oct 1962; POB Turkmenistan; nationality Turkmenistan; citizen Russia; Gender Male (individual) [BELARUS-EO14038] (Linked To: OKB TSP SCIENTIFIC PRODUCTION LIMITED LIABILITY COMPANY).

KURBANOV, Rizvan Daniyalovich (Cyrillic: КУРБАНОВ, Ризван Даниялович), Russia; DOB 03 Jan 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KURCHALOI DISTRICT BRANCH OF THE MVD OF RUSSIA (Cyrillic: ОТДЕЛ МВД РОССИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ) (a.k.a. KURCHALOI DISTRICT MVD BRANCH (Cyrillic: ОТДЕЛ МВД ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT OF THE CHECHEN REPUBLIC BRANCH OF THE MINISTRY OF INTERNAL AFFAIRS OF THE RUSSIAN FEDERATION (Cyrillic: ОТДЕЛ МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИЙСКОЙ ФЕДЕРАЦИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ ЧЕЧЕНСКОЙ РЕСПУБЛИКИ); a.k.a. KURCHALOI DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOI OMVD (Cyrillic: КУРЧАЛОЕВСКОЕ ОМВД); a.k.a. KURCHALOI POLICE; a.k.a. KURCHALOI ROVD (Cyrillic: КУРЧАЛОЕВСКОЕ РОВД); a.k.a. KURCHALOY DIVISION OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS; a.k.a. KURCHALOY POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY POLICE DEPARTMENT; a.k.a. MINISTRY OF INTERNAL AFFAIRS IN KURCHALOYEVSKY DISTRICT), 163a A.A. Kadyrov Prospekt, Kurchaloi, Kurchaloi District, Chechen Republic 366329, Russia (Cyrillic: Дом 163 А, Проспект А.А.  Кадырова, Город Курчалой, Район Курчалоевский, Чеченская Республика 366329, Russia); 83 A.Kh.  Kadyrov Street, Kurchaloi village, Kurchaloi district, Chechen Republic, Russia (Cyrillic: улица А-Х.Кадырова, №83, село Курчалой, Курчалоевский район, Чеченская республика, Russia); Organization Established Date 16 Nov 2004; Tax ID No. 2027000900 (Russia); Registration Number 1042002408140 (Russia) [MAGNIT].

KURCHALOI DISTRICT MVD BRANCH (Cyrillic: ОТДЕЛ МВД ПО КУРЧАЛОЕВСКОМУ РАЙОНУ) (a.k.a. KURCHALOI DISTRICT BRANCH OF THE MVD OF RUSSIA (Cyrillic: ОТДЕЛ МВД РОССИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT OF THE CHECHEN REPUBLIC BRANCH OF THE MINISTRY OF INTERNAL AFFAIRS OF THE RUSSIAN FEDERATION (Cyrillic: ОТДЕЛ МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИЙСКОЙ ФЕДЕРАЦИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ ЧЕЧЕНСКОЙ РЕСПУБЛИКИ); a.k.a. KURCHALOI DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOI OMVD (Cyrillic: КУРЧАЛОЕВСКОЕ ОМВД); a.k.a. KURCHALOI POLICE; a.k.a. KURCHALOI ROVD (Cyrillic: КУРЧАЛОЕВСКОЕ РОВД); a.k.a. KURCHALOY DIVISION OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS; a.k.a. KURCHALOY POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY POLICE DEPARTMENT; a.k.a. MINISTRY OF INTERNAL AFFAIRS IN KURCHALOYEVSKY DISTRICT), 163a A.A. Kadyrov Prospekt, Kurchaloi, Kurchaloi District, Chechen Republic 366329, Russia (Cyrillic: Дом 163 А, Проспект А.А.  Кадырова, Город Курчалой, Район Курчалоевский, Чеченская Республика 366329, Russia); 83 A.Kh.  Kadyrov Street, Kurchaloi village, Kurchaloi district, Chechen Republic, Russia (Cyrillic: улица А-Х.Кадырова, №83, село Курчалой, Курчалоевский район, Чеченская республика, Russia); Organization Established Date 16 Nov 2004; Tax ID No. 2027000900 (Russia); Registration Number 1042002408140 (Russia) [MAGNIT].

KURCHALOI DISTRICT OF THE CHECHEN REPUBLIC BRANCH OF THE MINISTRY OF INTERNAL AFFAIRS OF THE RUSSIAN FEDERATION (Cyrillic: ОТДЕЛ МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИЙСКОЙ ФЕДЕРАЦИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ ЧЕЧЕНСКОЙ РЕСПУБЛИКИ) (a.k.a. KURCHALOI DISTRICT BRANCH OF THE MVD OF RUSSIA (Cyrillic: ОТДЕЛ МВД РОССИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT MVD BRANCH (Cyrillic: ОТДЕЛ МВД ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOI OMVD (Cyrillic: КУРЧАЛОЕВСКОЕ ОМВД); a.k.a. KURCHALOI POLICE; a.k.a. KURCHALOI ROVD (Cyrillic: КУРЧАЛОЕВСКОЕ РОВД); a.k.a. KURCHALOY DIVISION OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS; a.k.a. KURCHALOY POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY POLICE DEPARTMENT; a.k.a. MINISTRY OF INTERNAL AFFAIRS IN KURCHALOYEVSKY DISTRICT), 163a A.A. Kadyrov Prospekt, Kurchaloi, Kurchaloi District, Chechen Republic 366329, Russia (Cyrillic: Дом 163 А, Проспект А.А.  Кадырова, Город Курчалой, Район

Курчалоевский, Чеченская Республика 366329, Russia); 83 A.Kh.  Kadyrov Street, Kurchaloi village, Kurchaloi district, Chechen Republic, Russia (Cyrillic: улица А-Х.Кадырова, №83, село Курчалой, Курчалоевский район, Чеченская республика, Russia); Organization Established Date 16 Nov 2004; Tax ID No. 2027000900 (Russia); Registration Number 1042002408140 (Russia) [MAGNIT].

KURCHALOI DISTRICT POLICE DEPARTMENT (a.k.a. KURCHALOI DISTRICT BRANCH OF THE MVD OF RUSSIA (Cyrillic: ОТДЕЛ МВД РОССИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT MVD BRANCH (Cyrillic: ОТДЕЛ МВД ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT OF THE CHECHEN REPUBLIC BRANCH OF THE MINISTRY OF INTERNAL AFFAIRS OF THE RUSSIAN FEDERATION (Cyrillic: ОТДЕЛ МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИЙСКОЙ ФЕДЕРАЦИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ ЧЕЧЕНСКОЙ РЕСПУБЛИКИ); a.k.a. KURCHALOI OMVD (Cyrillic: КУРЧАЛОЕВСКОЕ ОМВД); a.k.a. KURCHALOI POLICE; a.k.a. KURCHALOI ROVD (Cyrillic: КУРЧАЛОЕВСКОЕ РОВД); a.k.a. KURCHALOY DIVISION OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS; a.k.a. KURCHALOY POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY POLICE DEPARTMENT; a.k.a. MINISTRY OF INTERNAL AFFAIRS IN KURCHALOYEVSKY DISTRICT), 163a A.A. Kadyrov Prospekt, Kurchaloi, Kurchaloi District, Chechen Republic 366329, Russia (Cyrillic: Дом 163 А, Проспект А.А.  Кадырова, Город Курчалой, Район Курчалоевский, Чеченская Республика 366329, Russia); 83 A.Kh.  Kadyrov Street, Kurchaloi village, Kurchaloi district, Chechen Republic, Russia (Cyrillic: улица А-Х.Кадырова, №83, село Курчалой, Курчалоевский район, Чеченская республика, Russia); Organization Established Date 16 Nov 2004; Tax ID No. 2027000900 (Russia); Registration Number 1042002408140 (Russia) [MAGNIT].

KURCHALOI OMVD (Cyrillic: КУРЧАЛОЕВСКОЕ ОМВД) (a.k.a. KURCHALOI DISTRICT BRANCH OF THE MVD OF RUSSIA (Cyrillic: ОТДЕЛ МВД РОССИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT MVD BRANCH

(Cyrillic: ОТДЕЛ МВД ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT OF THE CHECHEN REPUBLIC BRANCH OF THE MINISTRY OF INTERNAL AFFAIRS OF THE RUSSIAN FEDERATION (Cyrillic: ОТДЕЛ МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИЙСКОЙ ФЕДЕРАЦИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ ЧЕЧЕНСКОЙ РЕСПУБЛИКИ); a.k.a. KURCHALOI DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOI POLICE; a.k.a. KURCHALOI ROVD (Cyrillic: КУРЧАЛОЕВСКОЕ РОВД); a.k.a. KURCHALOY DIVISION OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS; a.k.a. KURCHALOY POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY POLICE DEPARTMENT; a.k.a. MINISTRY OF INTERNAL AFFAIRS IN KURCHALOYEVSKY DISTRICT), 163a A.A. Kadyrov Prospekt, Kurchaloi, Kurchaloi District, Chechen Republic 366329, Russia (Cyrillic: Дом 163 А, Проспект А.А. Кадырова, Город Курчалой, Район Курчалоевский, Чеченская Республика 366329, Russia); 83 A.Kh. Kadyrov Street, Kurchaloi village, Kurchaloi district, Chechen Republic, Russia (Cyrillic: улица А-Х.Кадырова, №83, село Курчалой, Курчалоевский район, Чеченская республика, Russia); Organization Established Date 16 Nov 2004; Tax ID No. 2027000900 (Russia); Registration Number 1042002408140 (Russia) [MAGNIT].

KURCHALOI POLICE (a.k.a. KURCHALOI DISTRICT BRANCH OF THE MVD OF RUSSIA (Cyrillic: ОТДЕЛ МВД РОССИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT MVD BRANCH (Cyrillic: ОТДЕЛ МВД ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT OF THE CHECHEN REPUBLIC BRANCH OF THE MINISTRY OF INTERNAL AFFAIRS OF THE RUSSIAN FEDERATION (Cyrillic: ОТДЕЛ МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИЙСКОЙ ФЕДЕРАЦИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ ЧЕЧЕНСКОЙ РЕСПУБЛИКИ); a.k.a. KURCHALOI DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOI OMVD (Cyrillic: КУРЧАЛОЕВСКОЕ ОМВД); a.k.a. KURCHALOI ROVD (Cyrillic: КУРЧАЛОЕВСКОЕ РОВД); a.k.a. KURCHALOY DIVISION OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS; a.k.a.

KURCHALOY POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY POLICE DEPARTMENT; a.k.a. MINISTRY OF INTERNAL AFFAIRS IN KURCHALOYEVSKY DISTRICT), 163a A.A. Kadyrov Prospekt, Kurchaloi, Kurchaloi District, Chechen Republic 366329, Russia (Cyrillic: Дом 163 А, Проспект А.А. Кадырова, Город Курчалой, Район Курчалоевский, Чеченская Республика 366329, Russia); 83 A.Kh. Kadyrov Street, Kurchaloi village, Kurchaloi district, Chechen Republic, Russia (Cyrillic: улица А-Х.Кадырова, №83, село Курчалой, Курчалоевский район, Чеченская республика, Russia); Organization Established Date 16 Nov 2004; Tax ID No. 2027000900 (Russia); Registration Number 1042002408140 (Russia) [MAGNIT].

KURCHALOI ROVD (Cyrillic: КУРЧАЛОЕВСКОЕ РОВД) (a.k.a. KURCHALOI DISTRICT BRANCH OF THE MVD OF RUSSIA (Cyrillic: ОТДЕЛ МВД РОССИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT MVD BRANCH (Cyrillic: ОТДЕЛ МВД ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT OF THE CHECHEN REPUBLIC BRANCH OF THE MINISTRY OF INTERNAL AFFAIRS OF THE RUSSIAN FEDERATION (Cyrillic: ОТДЕЛ МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИЙСКОЙ ФЕДЕРАЦИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ ЧЕЧЕНСКОЙ РЕСПУБЛИКИ); a.k.a. KURCHALOI DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOI OMVD (Cyrillic: КУРЧАЛОЕВСКОЕ ОМВД); a.k.a. KURCHALOI POLICE; a.k.a. KURCHALOY DIVISION OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS; a.k.a. KURCHALOY POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY POLICE DEPARTMENT; a.k.a. MINISTRY OF INTERNAL AFFAIRS IN KURCHALOYEVSKY DISTRICT), 163a A.A. Kadyrov Prospekt, Kurchaloi, Kurchaloi District, Chechen Republic 366329, Russia (Cyrillic: Дом 163 А, Проспект А.А. Кадырова, Город Курчалой, Район Курчалоевский, Чеченская Республика 366329, Russia); 83 A.Kh. Kadyrov Street, Kurchaloi village, Kurchaloi district, Chechen Republic, Russia (Cyrillic: улица А-Х.Кадырова, №83, село Курчалой, Курчалоевский район, Чеченская

республика, Russia); Organization Established Date 16 Nov 2004; Tax ID No. 2027000900 (Russia); Registration Number 1042002408140 (Russia) [MAGNIT].

KURCHALOY DIVISION OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS (a.k.a. KURCHALOI DISTRICT BRANCH OF THE MVD OF RUSSIA (Cyrillic: ОТДЕЛ МВД РОССИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT MVD BRANCH (Cyrillic: ОТДЕЛ МВД ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT OF THE CHECHEN REPUBLIC BRANCH OF THE MINISTRY OF INTERNAL AFFAIRS OF THE RUSSIAN FEDERATION (Cyrillic: ОТДЕЛ МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИЙСКОЙ ФЕДЕРАЦИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ ЧЕЧЕНСКОЙ РЕСПУБЛИКИ); a.k.a. KURCHALOI DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOI OMVD (Cyrillic: КУРЧАЛОЕВСКОЕ ОМВД); a.k.a. KURCHALOI POLICE; a.k.a. KURCHALOI ROVD (Cyrillic: КУРЧАЛОЕВСКОЕ РОВД); a.k.a. KURCHALOY POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY POLICE DEPARTMENT; a.k.a. MINISTRY OF INTERNAL AFFAIRS IN KURCHALOYEVSKY DISTRICT), 163a A.A. Kadyrov Prospekt, Kurchaloi, Kurchaloi District, Chechen Republic 366329, Russia (Cyrillic: Дом 163 А, Проспект А.А. Кадырова, Город Курчалой, Район Курчалоевский, Чеченская Республика 366329, Russia); 83 A.Kh. Kadyrov Street, Kurchaloi village, Kurchaloi district, Chechen Republic, Russia (Cyrillic: улица А-Х.Кадырова, №83, село Курчалой, Курчалоевский район, Чеченская республика, Russia); Organization Established Date 16 Nov 2004; Tax ID No. 2027000900 (Russia); Registration Number 1042002408140 (Russia) [MAGNIT].

KURCHALOY POLICE DEPARTMENT (a.k.a. KURCHALOI DISTRICT BRANCH OF THE MVD OF RUSSIA (Cyrillic: ОТДЕЛ МВД РОССИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT MVD BRANCH (Cyrillic: ОТДЕЛ МВД ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT OF THE CHECHEN REPUBLIC BRANCH OF THE MINISTRY OF INTERNAL AFFAIRS OF THE RUSSIAN FEDERATION (Cyrillic: ОТДЕЛ

МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИЙСКОЙ ФЕДЕРАЦИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ ЧЕЧЕНСКОЙ РЕСПУБЛИКИ); a.k.a. KURCHALOI DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOI OMVD (Cyrillic: КУРЧАЛОЕВСКОЕ ОМВД); a.k.a. KURCHALOI POLICE; a.k.a. KURCHALOI ROVD (Cyrillic: КУРЧАЛОЕВСКОЕ РОВД); a.k.a. KURCHALOY DIVISION OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS; a.k.a. KURCHALOYEVSKY DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY POLICE DEPARTMENT; a.k.a. MINISTRY OF INTERNAL AFFAIRS IN KURCHALOYEVSKY DISTRICT), 163a A.A. Kadyrov Prospekt, Kurchaloi, Kurchaloi District, Chechen Republic 366329, Russia (Cyrillic: Дом 163 А, Проспект А.А. Кадырова, Город Курчалой, Район Курчалоевский, Чеченская Республика 366329, Russia); 83 A.Kh. Kadyrov Street, Kurchaloi village, Kurchaloi district, Chechen Republic, Russia (Cyrillic: улица А-Х.Кадырова, №83, село Курчалой, Курчалоевский район, Чеченская республика, Russia); Organization Established Date 16 Nov 2004; Tax ID No. 2027000900 (Russia); Registration Number 1042002408140 (Russia) [MAGNIT].

KURCHALOYEVSKY DISTRICT POLICE DEPARTMENT (a.k.a. KURCHALOI DISTRICT BRANCH OF THE MVD OF RUSSIA (Cyrillic: ОТДЕЛ МВД РОССИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT MVD BRANCH (Cyrillic: ОТДЕЛ МВД ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT OF THE CHECHEN REPUBLIC BRANCH OF THE MINISTRY OF INTERNAL AFFAIRS OF THE RUSSIAN FEDERATION (Cyrillic: ОТДЕЛ МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИЙСКОЙ ФЕДЕРАЦИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ ЧЕЧЕНСКОЙ РЕСПУБЛИКИ); a.k.a. KURCHALOI DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOI OMVD (Cyrillic: КУРЧАЛОЕВСКОЕ ОМВД); a.k.a. KURCHALOI POLICE; a.k.a. KURCHALOI ROVD (Cyrillic: КУРЧАЛОЕВСКОЕ РОВД); a.k.a. KURCHALOY DIVISION OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS; a.k.a. KURCHALOY POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY POLICE DEPARTMENT; a.k.a. MINISTRY OF INTERNAL AFFAIRS IN KURCHALOYEVSKY DISTRICT), 163a A.A. Kadyrov Prospekt, Kurchaloi, Kurchaloi District, Chechen Republic 366329, Russia (Cyrillic: Дом 163 А, Проспект А.А. Кадырова, Город Курчалой, Район Курчалоевский, Чеченская Республика 366329, Russia); 83 A.Kh. Kadyrov Street, Kurchaloi village, Kurchaloi district, Chechen Republic, Russia (Cyrillic: улица А-Х.Кадырова, №83, село Курчалой, Курчалоевский район, Чеченская республика, Russia); Organization Established Date 16 Nov 2004; Tax ID No. 2027000900 (Russia); Registration Number 1042002408140 (Russia) [MAGNIT].

KURCHALOYEVSKY POLICE DEPARTMENT (a.k.a. KURCHALOI DISTRICT BRANCH OF THE MVD OF RUSSIA (Cyrillic: ОТДЕЛ МВД РОССИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT MVD BRANCH (Cyrillic: ОТДЕЛ МВД ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT OF THE CHECHEN REPUBLIC BRANCH OF THE MINISTRY OF INTERNAL AFFAIRS OF THE RUSSIAN FEDERATION (Cyrillic: ОТДЕЛ МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИЙСКОЙ ФЕДЕРАЦИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ ЧЕЧЕНСКОЙ РЕСПУБЛИКИ); a.k.a. KURCHALOI DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOI OMVD (Cyrillic: КУРЧАЛОЕВСКОЕ ОМВД); a.k.a. KURCHALOI POLICE; a.k.a. KURCHALOI ROVD (Cyrillic: КУРЧАЛОЕВСКОЕ РОВД); a.k.a. KURCHALOY DIVISION OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS; a.k.a. KURCHALOY POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY DISTRICT POLICE DEPARTMENT; a.k.a. MINISTRY OF INTERNAL AFFAIRS IN KURCHALOYEVSKY DISTRICT), 163a A.A. Kadyrov Prospekt, Kurchaloi, Kurchaloi District, Chechen Republic 366329, Russia (Cyrillic: Дом 163 А, Проспект А.А. Кадырова, Город Курчалой, Район Курчалоевский, Чеченская Республика 366329, Russia); 83 A.Kh. Kadyrov Street, Kurchaloi village, Kurchaloi district, Chechen Republic, Russia (Cyrillic: улица А-Х.Кадырова, №83, село Курчалой, Курчалоевский район, Чеченская республика, Russia); Organization Established Date 16 Nov 2004; Tax ID No. 2027000900 (Russia); Registration Number 1042002408140 (Russia) [MAGNIT].

KURCHENKO, Sergei (a.k.a. KURCHENKO, Sergey Vitalievich; a.k.a. KURCHENKO, Sergii; a.k.a. KURCHENKO, Serhiy; a.k.a. KURCHENKO, Serhiy Vitaliyovych); DOB 21 Sep 1985; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KURCHENKO, Sergey Vitalievich (a.k.a. KURCHENKO, Sergei; a.k.a. KURCHENKO, Sergii; a.k.a. KURCHENKO, Serhiy; a.k.a. KURCHENKO, Serhiy Vitaliyovych); DOB 21 Sep 1985; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KURCHENKO, Sergii (a.k.a. KURCHENKO, Sergei; a.k.a. KURCHENKO, Sergey Vitalievich; a.k.a. KURCHENKO, Serhiy; a.k.a. KURCHENKO, Serhiy Vitaliyovych); DOB 21 Sep 1985; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KURCHENKO, Serhiy (a.k.a. KURCHENKO, Sergei; a.k.a. KURCHENKO, Sergey Vitalievich; a.k.a. KURCHENKO, Sergii; a.k.a. KURCHENKO, Serhiy Vitaliyovych); DOB 21 Sep 1985; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KURCHENKO, Serhiy Vitaliyovych (a.k.a. KURCHENKO, Sergei; a.k.a. KURCHENKO, Sergey Vitalievich; a.k.a. KURCHENKO, Sergii; a.k.a. KURCHENKO, Serhiy); DOB 21 Sep 1985; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KURD, Ibrahim (a.k.a. ASAN, Nihat; a.k.a. ASAN, Nihat Abdul Kadir (Arabic: نههات عبدالقدير آسان); a.k.a. ASAN, Nihat Abdulkadir; a.k.a. ASHAN, Nihat; a.k.a. EBRAHIMIHARKIAN, Ramin; a.k.a. "BAHTIYAR"), Orumiyeh, West Azerbaijan, Iran; DOB 01 Oct 1981; alt. DOB 11 Nov 1981; POB Van, Turkey; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U13927927 (Turkey) expires 25 Jan 2027; National ID No. 2751062326 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KURDISTAN BATTALION OF ISLAMIC STATE IN IRAQ (a.k.a. AL-QA'IDA KURDISH

BATTALIONS; a.k.a. KURDISTAN BRIGADE OF AL-QAEDA IN IRAQ; a.k.a. KURDISTAN BRIGADES; a.k.a. "AQKB"), Iran; Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KURDISTAN BRIGADE OF AL-QAEDA IN IRAQ (a.k.a. AL-QA'IDA KURDISH BATTALIONS; a.k.a. KURDISTAN BATTALION OF ISLAMIC STATE IN IRAQ; a.k.a. KURDISTAN BRIGADES; a.k.a. "AQKB"), Iran; Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KURDISTAN BRIGADES (a.k.a. AL-QA'IDA KURDISH BATTALIONS; a.k.a. KURDISTAN BATTALION OF ISLAMIC STATE IN IRAQ; a.k.a. KURDISTAN BRIGADE OF AL-QAEDA IN IRAQ; a.k.a. "AQKB"), Iran; Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KURDISTAN CEMENT (a.k.a. SIMAN-E KURDISTAN), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

KURDISTAN FREE LIFE PARTY (a.k.a. FREE LIFE PARTY OF KURDISTAN; a.k.a. PARTIYA JIYANA AZAD A KURDISTANE; a.k.a. PARTY OF FREE LIFE OF KURDISTAN; a.k.a. PEJAK; a.k.a. PEZHAK; a.k.a. PJAK), Qandil Mountain, Irbil Governorate, Iraq; Razgah, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KURDISTAN FREEDOM AND DEMOCRACY CONGRESS (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI; a.k.a. KADEK; a.k.a. KGK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN PEOPLE'S CONGRESS; a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE; a.k.a. "HSK"; a.k.a. "KHK"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

KURDISTAN FREEDOM HAWKS (a.k.a. TEYREBAZEN AZADIYA KURDISTAN; a.k.a. THE FREEDOM HAWKS OF KURDISTAN; a.k.a. "TAK"); Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KURDISTAN PEOPLE'S CONGRESS (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI; a.k.a. KADEK; a.k.a. KGK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE; a.k.a. "HSK"; a.k.a. "KHK"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

KURDISTAN WORKERS' PARTY (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI; a.k.a. KADEK; a.k.a. KGK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE; a.k.a. "HSK"; a.k.a. "KHK"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

KURDIUMOV, Aleksandr Borisovich (Cyrillic: КУРДЮМОВ, Александр Борисович) (a.k.a. KURDYUMOV, Alexander), Moscow, Russia; DOB 26 Nov 1967; POB Nizhny Novgorod, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KURDOS SHIPPING INC., Suites D&E, 20th Floor, Global Plaza Tower, Calle 50, Panama City, Panama; Organization Established Date 17 Jul 2008; Identification Number IMO 5409641; Registration Number 625159 (Panama) [IRAN-EO13902].

KURDYUMOV, Alexander (a.k.a. KURDIUMOV, Aleksandr Borisovich (Cyrillic: КУРДЮМОВ, Александр Борисович)), Moscow, Russia; DOB 26 Nov 1967; POB Nizhny Novgorod, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KURENKOV, Aleksandr Vyacheslavovich (Cyrillic: КУРЕНКОВ, Александр Вячеславович) (a.k.a. KURENKOV, Alexander

Vyacheslavovich), Moscow, Russia; DOB 02 Jun 1972; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 502723272765 (Russia) (individual) [RUSSIA-EO14024].

KURENKOV, Alexander Vyacheslavovich (a.k.a. KURENKOV, Aleksandr Vyacheslavovich (Cyrillic: КУРЕНКОВ, Александр Вячеславович)), Moscow, Russia; DOB 02 Jun 1972; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 502723272765 (Russia) (individual) [RUSSIA-EO14024].

KUREPINA, Tatyana Vladimirovna (a.k.a. ARTYAKOVA, Tatiana Vladimirovna (Cyrillic: АРТЯКОВА, Татьяна Владимировна)), A 148 3 Chobotovskaya Street, Moscow 119634, Russia; DOB 23 Dec 1960; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 512034624 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ARTYAKOV, Vladimir Vladimirovich).

KURGANMASHZAVOD (a.k.a. KURGANMASHZAVOD PJSC; a.k.a. KURGANMASHZAVOD PUBLIC JOINT-STOCK COMPANY; a.k.a. PJSC KURGANSKY MASHINOSTROITELNY FACTORY (Cyrillic: ПАО КУРГАНСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ЗАВОД)), 17 Mashinostroitely Ave. Letter 1J, Kurgan 640021, Russia; Website www.kurganmash.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Mar 1992; Target Type State-Owned Enterprise; Tax ID No. 4501008142 (Russia) [RUSSIA-EO14024].

KURGANMASHZAVOD PJSC (a.k.a. KURGANMASHZAVOD; a.k.a. KURGANMASHZAVOD PUBLIC JOINT-STOCK COMPANY; a.k.a. PJSC KURGANSKY MASHINOSTROITELNY FACTORY (Cyrillic: ПАО КУРГАНСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ЗАВОД)), 17 Mashinostroitely Ave. Letter 1J, Kurgan 640021, Russia; Website www.kurganmash.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Mar 1992; Target Type State-Owned Enterprise; Tax ID No. 4501008142 (Russia) [RUSSIA-EO14024].

KURGANMASHZAVOD PUBLIC JOINT-STOCK COMPANY (a.k.a. KURGANMASHZAVOD; a.k.a. KURGANMASHZAVOD PJSC; a.k.a. PJSC KURGANSKY MASHINOSTROITELNY FACTORY (Cyrillic: ПАО КУРГАНСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ЗАВОД)), 17 Mashinostroitely Ave. Letter 1J, Kurgan 640021, Russia; Website www.kurganmash.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Mar 1992; Target Type State-Owned Enterprise; Tax ID No. 4501008142 (Russia) [RUSSIA-EO14024].

KURGANPRIBOR JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNOPROIZVODSTVENNOE OBEDINENIE KURGANPRIBOR (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНОПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ КУРГАНПРИБОР); a.k.a. AO NPO KURGANPRIBOR (Cyrillic: АО НПО КУРГАНПРИБОР)), Ul. Yastrzhembskogo D. 41A, Kurgan 640007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4501129676 (Russia); Registration Number 1074501002839 (Russia) [RUSSIA-EO14024].

KURIAN, Jacob, Kerala, India; DOB 20 May 1981; POB Kaduna, Nigeria; nationality India; Gender Male; Passport Z6460547 (India) expires 12 Jun 2033 (individual) [IRAN-EO13902] (Linked To: NEO SHIPPING INC.).

KURINNIY, Aleksey Vladimirovich (Cyrillic: КУРИННЫЙ, Алексей Владимирович) (a.k.a. KURINNY, Alexey Vladimirovich), Russia; DOB 18 Jan 1974; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KURINNY, Alexey Vladimirovich (a.k.a. KURINNIY, Aleksey Vladimirovich (Cyrillic: КУРИННЫЙ, Алексей Владимирович)), Russia; DOB 18 Jan 1974; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KURORT LIVADIYA OOO, ul. Baturina d. 44, Livadia 298655, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Feb 2016; Organization Type: Other human health activities; Tax ID No. 9102204257 (Russia);

Registration Number 1169102055451 (Russia) [RUSSIA-EO14024] (Linked To: TSARGRAD OOO).

KURORT TSARGRAD SPAS-TESHILOVO OOO (f.k.a. UPRAVLYAYUSHCHAYA KOMPANIYA UST-KACHKA ZAKRYTOE AKTSIONERNOE OBSHCHESTVO), D. Spas-Teshilovo, Serpukhov 142260, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Apr 2005; Organization Type: Other human health activities; Tax ID No. 5043066510 (Russia); Registration Number 1195074004377 (Russia) [RUSSIA-EO14024] (Linked To: IMENIE TSARGRAD OOO).

KURORT ZOLOTOE KOLTSO (Cyrillic: КУРОРТ ЗОЛОТОЕ КОЛЬЦО) (a.k.a. LLC KURORT ZOLOTOE KOLTSO; a.k.a. LLC RESORT ZOLOTOE KOLTSO), ul. Svobody D. 8, office 6, g. Pereslavl-Zalesskii, 152020, Russia; Shosse Varshavskoe D 47, korp 4, Moscow 114230, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724331673 (Russia); Registration Number 1157746795733 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

KUROV, Artem (Cyrillic: КУРОВ, Артем) (a.k.a. "NANED"), Kaluga, Obninsk, Russia; DOB 30 Mar 1993; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 2912565616 (Russia) (individual) [CYBER2].

KURSK PRIBOR JSC AVIAAVTOMATIKA (a.k.a. LIMITED LIABILITY COMPANY OPITNO KONSTRUKTORSKOE BUREAU AVIAAVTOMATIKA; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU OPYTNO KONSTRUKTORSKOE BIURO AVIAAVTOMATIKA; a.k.a. OOO OKB AVIAAVTOMATIKA), 47 Zapolnaia ul., Kursk 305040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4632071042 (Russia); Registration Number 1064632050152 (Russia) [RUSSIA-EO14024].

KURSKII AKKUMULYATORNYI ZAVOD, Pr-t Leninskogo Komsomola D. 40, Office 116, Kursk 305026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4632167682 (Russia); Registration Number 1124632011217 (Russia) [RUSSIA-EO14024].

KURYAZOV, Anvar, Uzbekistan; DOB 1984; POB Yangiaryk District, Uzbekistan; nationality Uzbekistan; Gender Male (individual) [GLOMAG].

KUSAYKO, Tatyana Alekseyevna (Cyrillic: КУСАЙКО, Татьяна Алексеевна), Russia; DOB 15 Jan 1960; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KUSHNAREV, Vitaliy Vasilyevich (Cyrillic: КУШНАРЁВ, Виталий Васильевич), Russia; DOB 01 May 1975; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KUSIUK, Sergey (a.k.a. KUSYUK, Sergej Nikolaevich; a.k.a. KUSYUK, Serhiy; a.k.a. KYSYUK, Sergei), Moscow, Russia; DOB 01 Dec 1966; POB Malaya Mochulka, Vinnitska, Ukraine; nationality Ukraine; alt. nationality Russia; Gender Male (individual) [GLOMAG].

KUSOV, Ivan Sergeyevich (Cyrillic: КУСОВ, Іван Сергеевич) (a.k.a. KUSOV, Ivan Serhiiovych (Cyrillic: КУСОВ, Іван Сергійович)), Ukraine; DOB 24 Jan 1987; POB Semey, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 234003231706 (Russia) (individual) [RUSSIA-EO14024].

KUSOV, Ivan Serhiiovych (Cyrillic: КУСОВ, Іван Сергійович) (a.k.a. KUSOV, Ivan Sergeyevich (Cyrillic: КУСОВ, Іван Сергеевич)), Ukraine; DOB 24 Jan 1987; POB Semey, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 234003231706 (Russia) (individual) [RUSSIA-EO14024].

KUSYUK, Sergej Nikolaevich (a.k.a. KUSIUK, Sergey; a.k.a. KUSYUK, Serhiy; a.k.a. KYSYUK, Sergei), Moscow, Russia; DOB 01 Dec 1966; POB Malaya Mochulka, Vinnitska, Ukraine; nationality Ukraine; alt. nationality Russia; Gender Male (individual) [GLOMAG].

KUSYUK, Serhiy (a.k.a. KUSIUK, Sergey; a.k.a. KUSYUK, Sergej Nikolaevich; a.k.a. KYSYUK, Sergei), Moscow, Russia; DOB 01 Dec 1966; POB Malaya Mochulka, Vinnitska, Ukraine; nationality Ukraine; alt. nationality Russia; Gender Male (individual) [GLOMAG].

KUTEPOV, Andrey Viktorovich (Cyrillic: КУТЕПОВ, Андрей Викторович), Russia; DOB

06 Apr 1971; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KUTHERANI, Adnan (a.k.a. AL-KAWTHARANI, Adnan; a.k.a. KAWTHARANI, Adnan Hussein; a.k.a. KAWTHARANI, Adnan Mahmud; a.k.a. KAWTHRANI, Adnan), Al Zahrani, Lebanon; Najaf, Iraq; DOB 02 Sep 1954; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

KUVSHINNIKOV, Oleg Aleksandrovich (Cyrillic: КУВШИННИКОВ, Олег Александрович) (a.k.a. KUVSHINNIKOV, Oleg Alexandrovich), Vologda Region, Russia; DOB 02 Feb 1965; POB Cherepovets, Vologda Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 352803590135 (Russia) (individual) [RUSSIA-EO14024].

KUVSHINNIKOV, Oleg Alexandrovich (a.k.a. KUVSHINNIKOV, Oleg Aleksandrovich (Cyrillic: КУВШИННИКОВ, Олег Александрович)), Vologda Region, Russia; DOB 02 Feb 1965; POB Cherepovets, Vologda Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 352803590135 (Russia) (individual) [RUSSIA-EO14024].

KUWAIT GENERAL COMMITTEE FOR AID (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr,

Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

KUWAITI HERITAGE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI,

SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA, a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

KUWAN CO., LIMITED, Flat 1512, 15/F, Lucky Centre, No. 165-171 Wan Chai Road, Wan Chai, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Mar 2022; Company Number 3134417 (Hong Kong); Business Registration Number 73859208 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

KUYVASHEV, Evgeniy Vladimirovich (Cyrillic: КУЙВАШЕВ, Евгений Владимирович), Sverdlovsk Region, Russia; DOB 16 Mar 1971; POB Lugovskoy, Khanty-Mansiysk Autonomous Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 861900337721 (Russia) (individual) [RUSSIA-EO14024].

KUZEY LOGISTICS TASIMACILIK ITHALAT IHRACAT SANAYI VE DIS TICARET LIMITED SIRKETI (a.k.a. KUZEY LOGISTICS TASIMACILIK ITHALAT IHRACAT VE DIS TICARET LIMITED SIRKETI; a.k.a. KUZEY LOJISTIK), Oruchreish Neighborhood, Giyimkent Street, B228, Block 58A, Esenler, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6010494326 (Turkey); Identification Number 601049432600001 (Turkey); Istanbul Chamber of Comm. No. 93964-5 (Turkey) [RUSSIA-EO14024].

KUZEY LOGISTICS TASIMACILIK ITHALAT IHRACAT VE DIS TICARET LIMITED SIRKETI (a.k.a. KUZEY LOGISTICS TASIMACILIK ITHALAT IHRACAT SANAYI VE DIS TICARET LIMITED SIRKETI; a.k.a. KUZEY LOJISTIK), Oruchreish Neighborhood, Giyimkent Street, B228, Block 58A, Esenler, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6010494326 (Turkey); Identification Number 601049432600001 (Turkey); Istanbul Chamber of Comm. No. 93964-5 (Turkey) [RUSSIA-EO14024].

KUZEY LOJISTIK (a.k.a. KUZEY LOGISTICS TASIMACILIK ITHALAT IHRACAT SANAYI VE DIS TICARET LIMITED SIRKETI; a.k.a. KUZEY LOGISTICS TASIMACILIK ITHALAT IHRACAT

VE DIS TICARET LIMITED SIRKETI), Oruchreish Neighborhood, Giyimkent Street, B228, Block 58A, Esenler, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6010494326 (Turkey); Identification Number 601049432600001 (Turkey); Istanbul Chamber of Comm. No. 93964-5 (Turkey) [RUSSIA-EO14024].

KUZIN, Aleksandr Yuryevich (Cyrillic: КУЗИН, Александр Юрьевич) (a.k.a. KUZIN, Alexander), Central African Republic; DOB 05 Jun 1980; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 723668000 (Russia) expires 18 Mar 2023 (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

KUZIN, Alexander (a.k.a. KUZIN, Aleksandr Yuryevich (Cyrillic: КУЗИН, Александр Юрьевич)), Central African Republic; DOB 05 Jun 1980; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 723668000 (Russia) expires 18 Mar 2023 (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

KUZMENKA, Ihar Uladzimiravich (a.k.a. KUZMENKO, Igor Vladimirovich), No. 57, Sergey Gritsevts St., Orsha Bolbasovo Town, Vitebsk Region, Belarus; DOB 11 Nov 1967; POB Kagan, Uzbekistan; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 3111167A014PB1 (Belarus) (individual) [RUSSIA-EO14024].

KUZMENKO, Igor Vladimirovich (a.k.a. KUZMENKA, Ihar Uladzimiravich), No. 57, Sergey Gritsevts St., Orsha Bolbasovo Town, Vitebsk Region, Belarus; DOB 11 Nov 1967; POB Kagan, Uzbekistan; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 3111167A014PB1 (Belarus) (individual) [RUSSIA-EO14024].

KUZMICH, Tatyana Aleksandrovna (Cyrillic: КУЗЬМИЧ, Татьяна Александровна) (a.k.a. KUZ'MYCH, Tetyana Oleksandrivna (Cyrillic: КУЗЬМИЧ, Тетяна Олександрівна)), Apt. 20, 42 Moskovskaya St., Kherson, Kherson Region, Ukraine; DOB 10 Apr 1968; nationality Ukraine;

Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2493701564 (Ukraine) (individual) [RUSSIA-EO14024].

KUZMICHEV, Alexei (a.k.a. KUZMICHEV, Alexey Viktorovich; a.k.a. KUZMICHYOV, Aleksey Viktorovich (Cyrillic: КУЗЬМИЧЁВ, Алексей Викторович)), France; DOB 15 Oct 1962; POB Kirov, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KUZMICHEV, Alexey Viktorovich (a.k.a. KUZMICHEV, Alexei; a.k.a. KUZMICHYOV, Aleksey Viktorovich (Cyrillic: КУЗЬМИЧЁВ, Алексей Викторович)), France; DOB 15 Oct 1962; POB Kirov, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KUZMICHYOV, Aleksey Viktorovich (Cyrillic: КУЗЬМИЧЁВ, Алексей Викторович) (a.k.a. KUZMICHEV, Alexei; a.k.a. KUZMICHEV, Alexey Viktorovich), France; DOB 15 Oct 1962; POB Kirov, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

KUZMIN, Anton Yuryevich (a.k.a. LESTAFIER, Anton; a.k.a. LESTAFYE, Anton Yuryevich), Russia; DOB 08 Mar 1983; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 763579648 (Russia); Tax ID No. 503611829859 (Russia) (individual) [RUSSIA-EO14024].

KUZMIN, Denis Igorevich, Russia; DOB 18 Dec 1990; Gender Male (individual) [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

KUZMIN, Dmitry Gennadyevich (Cyrillic: КУЗЬМИН, Дмитрий Геннадьевич), Russia; DOB 28 Jun 1975; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KUZMIN, Mikhail Vladimirovich (Cyrillic: КУЗЬМИН, Михаил Владимирович), Russia; DOB 05 Aug 1955; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KUZMIN, Pavel Vladimirovich, Verhnie Polya Street, 14 Build 1, Apt. 300, Moscow 109341, Russia; DOB 27 Dec 1981; POB Uzlovaya, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 7003029772 (Russia) (individual) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Konstantin; Linked To: TSARGRAD OOO).

KUZ'MYCH, Tetyana Oleksandrivna (Cyrillic: КУЗЬМИЧ, Тетяна Олександрівна) (a.k.a. KUZMICH, Tatyana Aleksandrovna (Cyrillic: КУЗЬМИЧ, Татьяна Александровна)), Apt. 20, 42 Moskovskaya St., Kherson, Kherson Region, Ukraine; DOB 10 Apr 1968; nationality Ukraine; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2493701564 (Ukraine) (individual) [RUSSIA-EO14024].

KUZNETSOV ODK (a.k.a. KUZNETSOV PAO; a.k.a. KUZNETSOV PUBLIC JOINT-STOCK COMPANY (Cyrillic: ПАО ОДК-КУЗНЕЦОВ); a.k.a. ODK-KUZNETSOV; a.k.a. PJSC ODK-KUZNETSOV; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-KUZNETSOV), 29 Zavodskoye Highway, Samara, Samara Region 443052, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6319033379 (Russia) [RUSSIA-EO14024].

KUZNETSOV PAO (a.k.a. KUZNETSOV ODK; a.k.a. KUZNETSOV PUBLIC JOINT-STOCK COMPANY (Cyrillic: ПАО ОДК-КУЗНЕЦОВ); a.k.a. ODK-KUZNETSOV; a.k.a. PJSC ODK-KUZNETSOV; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-KUZNETSOV), 29 Zavodskoye Highway, Samara, Samara Region 443052, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6319033379 (Russia) [RUSSIA-EO14024].

KUZNETSOV PUBLIC JOINT-STOCK COMPANY (Cyrillic: ПАО ОДК-КУЗНЕЦОВ) (a.k.a. KUZNETSOV ODK; a.k.a. KUZNETSOV PAO; a.k.a. ODK-KUZNETSOV; a.k.a. PJSC ODK-KUZNETSOV; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-KUZNETSOV), 29 Zavodskoye Highway, Samara, Samara Region 443052, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6319033379 (Russia) [RUSSIA-EO14024].

KUZNETSOV, Andrey Anatolyevich (Cyrillic: КУЗНЕЦОВ, Андрей Анатольевич), Russia; DOB 29 May 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State

Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KUZNETSOV, Artem (a.k.a. KUZNETSOV, Artyom); DOB 28 Feb 1975; POB Baku, Azerbaijan (individual) [MAGNIT].

KUZNETSOV, Artyom (a.k.a. KUZNETSOV, Artem); DOB 28 Feb 1975; POB Baku, Azerbaijan (individual) [MAGNIT].

KUZNETSOV, Dmitry Vadimovich (Cyrillic: КУЗНЕЦОВ, Дмитрий Вадимович), Russia; DOB 05 Mar 1975; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KUZNETSOV, Eduard Anatolievich (Cyrillic: КУЗНЕЦОВ, Эдуард Анатольевич), Russia; DOB 29 May 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KUZNETSOV, Stanislav Konstantinovich (Cyrillic: КУЗНЕЦОВ, Станислав Константинович), Russia; DOB 25 Jul 1962; POB Leipzig, Germany; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

KUZNETSOVA, Anastasiya Viktorivna (Cyrillic: КУЗНЕЦОВА, Анастасія Вікторівна) (a.k.a. KUZNETSOVA, Anastasiya Viktorovna (Cyrillic: КУЗНЕЦОВА, Анастасия Викторовна)), Donetsk, Ukraine; DOB 20 Jul 1970; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

KUZNETSOVA, Anastasiya Viktorovna (Cyrillic: КУЗНЕЦОВА, Анастасия Викторовна) (a.k.a. KUZNETSOVA, Anastasiya Viktorivna (Cyrillic: КУЗНЕЦОВА, Анастасія Вікторівна)), Donetsk, Ukraine; DOB 20 Jul 1970; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

KUZNETSOVA, Anna Yurievna (Cyrillic: КУЗНЕЦОВА, Анна Юрьевна), Russia; DOB 03 Jan 1982; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the

State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KVALITET, Ul. Prigranichnaya D. 1, Floor 1, Vorota/Office 30/1, Novosibirsk 630068, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5473001698 (Russia); Registration Number 1215400050942 (Russia) [RUSSIA-EO14024].

KVAND IS OOO, d. 57, 1-2-3 etazh, ul. Parnikovaya g., Minsk 220076, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jul 2010; Tax ID No. 191306418 (Belarus) [RUSSIA-EO14024].

KVANT SCIENTIFIC RESEARCH INSTITUTE (a.k.a. NAUCHNO-ISSLEDOVATELSKIY INSTITUT KVANT; a.k.a. NII KVANT; a.k.a. RUSSIAN FEDERAL STATE UNITARY ENTERPRISE SCIENTIFIC RESEARCH INSTITUTE KVANT), Khovrino District, Moscow, Russia; St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [CAATSA - RUSSIA] (Linked To: FEDERAL SECURITY SERVICE).

KVANTEK LIMITED, Unit 704, 7/F, 135 Bonham Strand Trade CTR Sheung Wan, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Feb 2020; Company Number 71602328 (Hong Kong) [RUSSIA-EO14024].

KVANTORFORM (a.k.a. QUANTORFORM), Pr-D 2-I Yuzhnoportovyi D. 16, Str. 2, Floor 1, Komn. 101A, 101-108, Moscow 115088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731199056 (Russia); Registration Number 1027739562421 (Russia) [RUSSIA-EO14024].

KVANTUM LLC (a.k.a. LIMITED LIABILITY COMPANY QUANTUM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КВАНТУМ)), Pom. 3/1, Str. 1, D. 16 Vyborgskaya, Moscow 125212, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Nov 2017; Tax ID No. 7743233079 (Russia); Registration Number 5177746201298 (Russia) [RUSSIA-EO14024].

KVARTA VK (a.k.a. KVARTA VK OOO; a.k.a. LIMITED LIABILITY COMPANY KVARTA VK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КВАРТА ВК); a.k.a. LLC KVARTA VK; a.k.a. QVARTA VK

COMPANY LIMITED; a.k.a. "QUARTA"), D. 9 Str. 1 Pomeshch/Etazh 3/0/2 Pomeshch/Kom III; IV/1-8, 8, Naberezhnaya Moskvoretskaya, Moscow 109240, Russia; Website quarta.su; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Other information technology and computer service activities; Tax ID No. 7704198800 (Russia); Registration Number 1027700300693 (Russia) [RUSSIA-EO14024].

KVARTA VK OOO (a.k.a. KVARTA VK; a.k.a. LIMITED LIABILITY COMPANY KVARTA VK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КВАРТА ВК); a.k.a. LLC KVARTA VK; a.k.a. QVARTA VK COMPANY LIMITED; a.k.a. "QUARTA"), D. 9 Str. 1 Pomeshch/Etazh 3/0/2 Pomeshch/Kom III; IV/1-8, 8, Naberezhnaya Moskvoretskaya, Moscow 109240, Russia; Website quarta.su; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Other information technology and computer service activities; Tax ID No. 7704198800 (Russia); Registration Number 1027700300693 (Russia) [RUSSIA-EO14024].

KVAZAR OOO (a.k.a. LIMITED LIABILITY COMPANY KVAZAR), ul. Promyshlennaya d. 19, lit. R, office 304, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805753313 (Russia); Registration Number 1197847145748 (Russia) [RUSSIA-EO14024].

KVITKA, Ivan Ivanovich (Cyrillic: КВИТКА, Иван Иванович), Russia; DOB 04 May 1967; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KVOCKA, Miroslav; DOB 01 Jan 1957; POB Maricka, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

KVT-RUS (Cyrillic: КВТ-РУС) (a.k.a. KBT-RUS; a.k.a. KVT-RUS LLC; a.k.a. KVT-RUS, OOO (Cyrillic: ООО, КВТ-РУС); a.k.a. LIMITED LIABILITY COMPANY KVT-RUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КВТ-РУС)), 6,2 Pudovkina St., Moscow 119285, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; CAATSA Section 235 Information: EXPORT SANCTIONS Sec. 235(a)(2); alt. CAATSA Section 235 Information: FOREIGN EXCHANGE. Sec 235(a)(7); alt. CAATSA Section 235

Information: BANKING TRANSACTIONS. Sec 235(a)(8); alt. CAATSA Section 235 Information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec 235(a)(9); alt. CAATSA Section 235 Information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec 235(a)(10); Tax ID No. 7729675572 (Russia); Identification Number IMO 6202271; Business Registration Number 1117746121899 (Russia) [CAATSA - RUSSIA] [RUSSIA-EO14024] [PEESA-EO14039].

KVT-RUS LLC (a.k.a. KBT-RUS; a.k.a. KVT-RUS (Cyrillic: КВТ-РУС); a.k.a. KVT-RUS, OOO (Cyrillic: ООО, КВТ-РУС); a.k.a. LIMITED LIABILITY COMPANY KVT-RUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КВТ-РУС)), 6,2 Pudovkina St., Moscow 119285, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; CAATSA Section 235 Information: EXPORT SANCTIONS Sec. 235(a)(2); alt. CAATSA Section 235 Information: FOREIGN EXCHANGE. Sec 235(a)(7); alt. CAATSA Section 235 Information: BANKING TRANSACTIONS. Sec 235(a)(8); alt. CAATSA Section 235 Information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec 235(a)(9); alt. CAATSA Section 235 Information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec 235(a)(10); Tax ID No. 7729675572 (Russia); Identification Number IMO 6202271; Business Registration Number 1117746121899 (Russia) [CAATSA - RUSSIA] [RUSSIA-EO14024] [PEESA-EO14039].

KVT-RUS, OOO (Cyrillic: ООО, КВТ-РУС) (a.k.a. KBT-RUS; a.k.a. KVT-RUS (Cyrillic: КВТ-РУС); a.k.a. KVT-RUS LLC; a.k.a. LIMITED LIABILITY COMPANY KVT-RUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КВТ-РУС)), 6,2 Pudovkina St., Moscow 119285, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; CAATSA Section 235 Information: EXPORT SANCTIONS Sec. 235(a)(2); alt. CAATSA Section 235 Information: FOREIGN EXCHANGE. Sec 235(a)(7); alt. CAATSA Section 235 Information: BANKING TRANSACTIONS. Sec 235(a)(8); alt. CAATSA Section 235 Information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec 235(a)(9); alt. CAATSA Section 235 Information: BAN ON INVESTMENT IN EQUITY OR DEBT OF

SANCTIONED PERSON. Sec 235(a)(10); Tax ID No. 7729675572 (Russia); Identification Number IMO 6202271; Business Registration Number 1117746121899 (Russia) [CAATSA - RUSSIA] [RUSSIA-EO14024] [PEESA-EO14039].

KVY BUCERIAS, S.A. DE C.V. (a.k.a. KKVY BUCERIAS, S.A. DE C.V.), Guadalajara, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Sep 2022; Organization Type: Real estate activities on a fee or contract basis; Folio Mercantil No. N-2022067653 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: IBARRA DIAZ JR., Michael).

KWAK, Chong-chol (a.k.a. KWAK, Jong-chol), Dubai, United Arab Emirates; DOB 01 Jan 1975; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563220533 (Korea, North) (individual) [DPRK4].

KWAK, Jong-chol (a.k.a. KWAK, Chong-chol), Dubai, United Arab Emirates; DOB 01 Jan 1975; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563220533 (Korea, North) (individual) [DPRK4].

KWEIDER, Muhammad (a.k.a. KWEITER, Muhammad; a.k.a. QASSAR, Samir; a.k.a. QUAYDIR, Muhammad; a.k.a. QUWAYDIR, Muhammed Bin-Muhammed Faris), Damascus, Syria; DOB 21 Jul 1967; Gender Male; Passport 004123298; Scientific Studies and Research Center Contracts Director (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

KWEITER, Muhammad (a.k.a. KWEIDER, Muhammad; a.k.a. QASSAR, Samir; a.k.a. QUAYDIR, Muhammad; a.k.a. QUWAYDIR, Muhammed Bin-Muhammed Faris), Damascus, Syria; DOB 21 Jul 1967; Gender Male; Passport 004123298; Scientific Studies and Research Center Contracts Director (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

KWEK, Kee Seng, 637 Choa Chu Kang North 6, #04-243, 680637, Singapore; DOB 19 Nov 1959; POB Singapore; nationality Singapore; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport K1437696A (Singapore) issued 20 Aug 2019 expires 25 Mar 2025; Identification Number S1380562H (Singapore) (individual) [DPRK4].

KYA, La Bo (a.k.a. "CHA LA BO"; a.k.a. "JA LA BO"; a.k.a. "KYA LA BO"), Nakawngmu, Shan, Burma; Wan Hong, Shan, Burma; DOB 1940; alt. DOB 1942 (individual) [SDNTK].

KYAGULANYI, Alilabaki (a.k.a. ALIRABAKI, Steven; a.k.a. JUNJU, Abdullah; a.k.a. KYAGULANYI, David; a.k.a. LUUMU, Nicolas; a.k.a. MUHAMMAD, Hussein; a.k.a. MUKULU, Jamil; a.k.a. TALENGELANIMIRO; a.k.a. TALENGELANIMIRO, Musezi; a.k.a. TUTU, Mzee); DOB 1965; alt. DOB 01 Jan 1964; POB Kayunga, Uganda; alt. POB Ntoke Village, Ntenjeru Sub County, Kayunga District, Uganda; nationality Uganda; Head of the Allied Democratic Forces; Commander, Allied Democratic Forces (individual) [DRCONGO].

KYAGULANYI, David (a.k.a. ALIRABAKI, Steven; a.k.a. JUNJU, Abdullah; a.k.a. KYAGULANYI, Alilabaki; a.k.a. LUUMU, Nicolas; a.k.a. MUHAMMAD, Hussein; a.k.a. MUKULU, Jamil; a.k.a. TALENGELANIMIRO; a.k.a. TALENGELANIMIRO, Musezi; a.k.a. TUTU, Mzee); DOB 1965; alt. DOB 01 Jan 1964; POB Kayunga, Uganda; alt. POB Ntoke Village, Ntenjeru Sub County, Kayunga District, Uganda; nationality Uganda; Head of the Allied Democratic Forces; Commander, Allied Democratic Forces (individual) [DRCONGO].

KYAING, Myint (a.k.a. KYAING, U Myint), Burma; DOB 17 Apr 1957; nationality Burma; citizen Burma; Gender Male; Minister for Labor, Immigration, and Population (individual) [BURMA-EO14014].

KYAING, Pauk (a.k.a. OO, Saw Myint; a.k.a. OO, U Saw Myint), Burma; DOB 02 Feb 1965; POB Hpapun, Burma; nationality Burma; Gender Male; National ID No. 3KAKAYAN164612 (Burma); Chief Minister of Kayin State (individual) [BURMA-EO14014].

KYAING, U Myint (a.k.a. KYAING, Myint), Burma; DOB 17 Apr 1957; nationality Burma; citizen Burma; Gender Male; Minister for Labor,

Immigration, and Population (individual) [BURMA-EO14014].

KYAW, Maung Maung, Burma; DOB 23 Jul 1964; nationality Burma; Gender Male; National ID No. 12/BAHANA(N)010023 (Burma) (individual) [BURMA-EO14014].

KYAW, Win Paing, Burma; DOB 29 May 1996; nationality Burma; Gender Male; National ID No. 12/LAMANAN151183 (Burma) (individual) [BURMA-EO14014] (Linked To: ZAW, Thein Win).

KYEI NILAR COMPANY (a.k.a. KYEI NILAR COMPANY LIMITED; a.k.a. KYEI NILAR COMPANY LTD.; a.k.a. STAR SAPPHIRE CO. LTD.; a.k.a. STAR SAPPHIRE COMPANY LIMITED; a.k.a. STAR SAPPHIRE GROUP; a.k.a. STAR SAPPHIRE GROUP OF COMPANIES), No. 30 B, Room 701/702, Yadanar Inya Condo, Than Lwin Road, Bahan Township, Yangon, Burma; Room 201, Building C, Takhatho Yeikmon Housing, New University Avenue Road, Bahan, Yangon, Burma; Organization Established Date 18 Nov 1999; Organization Type: Activities of holding companies [BURMA-EO14014] (Linked To: LATT, Tun Min).

KYEI NILAR COMPANY LIMITED (a.k.a. KYEI NILAR COMPANY; a.k.a. KYEI NILAR COMPANY LTD.; a.k.a. STAR SAPPHIRE CO. LTD.; a.k.a. STAR SAPPHIRE COMPANY LIMITED; a.k.a. STAR SAPPHIRE GROUP; a.k.a. STAR SAPPHIRE GROUP OF COMPANIES), No. 30 B, Room 701/702, Yadanar Inya Condo, Than Lwin Road, Bahan Township, Yangon, Burma; Room 201, Building C, Takhatho Yeikmon Housing, New University Avenue Road, Bahan, Yangon, Burma; Organization Established Date 18 Nov 1999; Organization Type: Activities of holding companies [BURMA-EO14014] (Linked To: LATT, Tun Min).

KYEI NILAR COMPANY LTD. (a.k.a. KYEI NILAR COMPANY; a.k.a. KYEI NILAR COMPANY LIMITED; a.k.a. STAR SAPPHIRE CO. LTD.; a.k.a. STAR SAPPHIRE COMPANY LIMITED; a.k.a. STAR SAPPHIRE GROUP; a.k.a. STAR SAPPHIRE GROUP OF COMPANIES), No. 30 B, Room 701/702, Yadanar Inya Condo, Than Lwin Road, Bahan Township, Yangon, Burma; Room 201, Building C, Takhatho Yeikmon Housing, New University Avenue Road, Bahan, Yangon, Burma; Organization Established Date 18 Nov 1999; Organization Type: Activities of holding

companies [BURMA-EO14014] (Linked To: LATT, Tun Min).

KYLO SHIPPING INC., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 10 May 2024; Identification Number IMO 6502638; Business Registration Number 125864 (Marshall Islands) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

KYO, Hirofumi (a.k.a. HASHIMOTO, Hirofumi; a.k.a. KANG, Hong-Mun); DOB 08 Jan 1947 (individual) [TCO].

KYRGYZ TRANS AVIA (a.k.a. KYRGYZTRANSAVIA AIRLINES), Bulvar Erkindik 35, Bishkek, Kyrgyzstan; 32 Razzakova Street, Bishkek 720040, Kyrgyzstan; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

KYRGYZTRANSAVIA AIRLINES (a.k.a. KYRGYZ TRANS AVIA), Bulvar Erkindik 35, Bishkek, Kyrgyzstan; 32 Razzakova Street, Bishkek 720040, Kyrgyzstan; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

KYSYUK, Sergei (a.k.a. KUSIUK, Sergey; a.k.a. KUSYUK, Sergej Nikolaevich; a.k.a. KUSYUK, Serhiy), Moscow, Russia; DOB 01 Dec 1966; POB Malaya Mochulka, Vinnitska, Ukraine; nationality Ukraine; alt. nationality Russia; Gender Male (individual) [GLOMAG].

KZEMABAD, Mahmoud Bagheri (a.k.a. BAGHERI, Mahmud Kazemabad; a.k.a. BAGHERI-KAZEMABAD, Mahmud; a.k.a. KAZEMABAD, Mahmoud Bagheri; a.k.a. KAZEMABAD, Mahmud Bagheri; a.k.a. "BAGHERI, Mahmoud"; a.k.a. "BAGHERI, Mahmud"), Iran; DOB 26 Jun 1965; POB Meybod, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J32377129 (Iran) expires 31 Aug 2020; National ID No. 448947941 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AL-GHADIR MISSILE COMMAND).

L D S COMPUTER SYSTEMS TRADING LLC, 302-038 Dubai Investment Park First, Dubai,

United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 1078686 (United Arab Emirates) [RUSSIA-EO14024].

L. INMO INMOBILIARIA (a.k.a. L-INMO, S.A. DE C.V.; a.k.a. L-INMO, SOCIEDAD ANONIMA DE CAPITAL VARIABLE), Distrito Federal, Mexico; Carretera Tepic-Aguamilpa Sin Numero, Fraccion de la Parcela 75 Z-2 P1/1 del ejido de La Cantera, clave catastral 1-7-D21-D3-6215, Tepic, Nayarit, Mexico; Carretera Tepic-Aguamilpa Sin Numero, Fraccion de la Parcela 75 Z-2 P1/1 del ejido de La Cantera, clave catastral 1-7-D21-D3-6218, Tepic, Nayarit, Mexico; R.F.C. LIN1412111Q0 (Mexico) [GLOMAG].

L.D. LANDAU INSTITUTE FOR THEORETICAL PHYSICS OF RUSSIAN ACADEMY OF SCIENCES, Akademika Semenova av., 1A, Chernogolovka, Moscow Region 142432, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5031002141 (Russia); Registration Number 1035006108895 (Russia) [RUSSIA-EO14024].

L.Y.P. GROUP (a.k.a. L.Y.P. GROUP CO., LTD), Neang Kok, Bak Khlang, Mondol Seima, Koh Kong 9351, Cambodia; N. 205-209, Mao Tse Tong Boulevard, Sangkat, Toul Svay Prey I, Khan Chamkamo, Phnom Penh, Cambodia; Website www.lypgroup.com; Email Address fc@gardencityhotel.com.kh; Organization Established Date 28 Sep 2017; Organization Type: Short term accommodation activities; Tax ID No. L001-360000010 (Cambodia) [GLOMAG] (Linked To: LY, Yong Phat).

L.Y.P. GROUP CO., LTD (a.k.a. L.Y.P. GROUP), Neang Kok, Bak Khlang, Mondol Seima, Koh Kong 9351, Cambodia; N. 205-209, Mao Tse Tong Boulevard, Sangkat, Toul Svay Prey I, Khan Chamkamo, Phnom Penh, Cambodia; Website www.lypgroup.com; Email Address fc@gardencityhotel.com.kh; Organization Established Date 28 Sep 2017; Organization Type: Short term accommodation activities; Tax ID No. L001-360000010 (Cambodia) [GLOMAG] (Linked To: LY, Yong Phat).

LA CAMELIA RESTAURANTE & CANTINA (a.k.a. CAMELIAS BAR; a.k.a. CAMELIAS BAR, S.A. DE C.V.; a.k.a. RESTAURANTE BAR LA CAMELIA; a.k.a. "LA CAMELIA"), Guadalajara, Jalisco, Mexico; Av. Chapalita 50, Guadalajara, Jalisco, Mexico; Lazaro Cardenas 2729 y Arboledas, Guadalajara, Jalisco, Mexico; Mariano Otero 1499, Col. Verde Valle,

Guadalajara, Jalisco, Mexico; Folio Mercantil No. 26075 (Jalisco) (Mexico) [SDNTK].

LA COMPANIA GENERAL DE NIQUEL (a.k.a. GENERAL NICKEL SA), Cuba [CUBA].

LA COMPANIA TIENDAS UNIVERSO S.A. (a.k.a. WWW.CUBA-SHOP.NET) [CUBA].

LA CROSSE GROUP INC, Vanterpool Plaza, 2nd Floor, Wickhams Cay 1, Road Town, Tortola, Virgin Islands, British; Registration ID 268379 (Virgin Islands, British) [SDNTK].

LA CUPOLA D'ORO (a.k.a. ASSOCIAZIONE BENEFICA LA CUPOLA D'ORO; a.k.a. "GOLDEN DOME CHARITY ASSOCIATION"), Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Mar 2024; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

LA EMPRESA CUBANA DE FLETES (a.k.a. CUBAN FREIGHT ENTERPRISE; a.k.a. CUFLET), Pyongyang, Korea, North; Moscow, Russia; Barcelona, Spain; Rostock, Germany; Genoa, Italy; Syczecin, Poland; Rotterdam, Netherlands; Mexico; Buenos Aires, Argentina; Montreal, Canada; Varna, Bulgaria [CUBA].

LA FAMILIA MICHOACANA, Michoacan, Mexico; Guerrero, Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

LA FERME KITOKO FOOD (a.k.a. KITOKO FOOD FARM; a.k.a. KITOKOFOOD, SPRL; a.k.a. "KITOKO"), 70 Avenue Batetela, Immeuble Tilapia, 5e etage, Gombe, Kinshasa, Congo, Democratic Republic of the; Along the N'sele River 50km (30 miles) outside Kinshasa, Congo, Democratic Republic of the [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

LA FIRMA MIRANDA, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 47864 (Mexico); alt. Folio Mercantil No. 65256 (Mexico) [SDNTK].

LA FLORIDA INVESTMENTS GROUP LLC, Sunny Isles, FL, United States; Registration ID L12000070773 (United States) [SDNTK].

LA FONDATION FAMILLE GERTLER (a.k.a. GERTLER FAMILY FOUNDATION), Congo, Democratic Republic of the [GLOMAG] (Linked To: GERTLER, Dan).

LA GRAN VIA ZONA LIBRE, S.A., Panama; RUC # 26025-152-221903 (Panama); alt. RUC # 26025-152-221909 (Panama) [SDNTK].

LA HACIENDA (USA), LLC, Miami, FL, United States; US FEIN 650964520 (United States);

Business Registration Document # L99000003231 (United States) [SDNTK].

LA HACIENDA DE TIJUANA, S. DE R.L. DE C.V. (a.k.a. COCINA ANTIGUA, S. DE R.L. DE C.V.; a.k.a. HACIENDA CIEN ANOS DE TIJUANA, S. DE R.L. DE C.V.), Blvd. Sanchez Taboada S/N, No. 10451, Zona Rio, Fte. de Saverios e Arreola y cion accesso, Tijuana, Baja California, Mexico; Calle Jose Maria Velazco No. 1407, Colonia Zona Rio, Baja California, Mexico; Sanchez Taboada 10451, Rio Tijuana, Arreola y Cjon de Acceso Frente a Saveri, Tijuana, Baja California, Mexico; R.F.C. HTI010702GR7 (Mexico); alt. R.F.C. CAN010702DF8 (Mexico) [SDNTK].

LA KUORA TERRAZA (a.k.a. INKUORTYN FIVE SRL; a.k.a. LA TERRAZA DE LA KUORA; a.k.a. "LA KUORA"), Calle La Guardia No. 25, Villa Consuelo, Santo Domingo, Dominican Republic; Tax ID No. 131-45973-2 (Dominican Republic) [SDNTK].

LA MAYIZA (a.k.a. LOS MAYOS), Culiacan, Sinaloa, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target Type Criminal Organization [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

LA NUEVA FAMILIA MICHOACANA (a.k.a. "LNFM"), Guerrero, Mexico; Michoacan, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

LA NUEVA MARQUETALIA (a.k.a. NEW MARQUETALIA; a.k.a. SECOND MARQUETALIA; a.k.a. SEGUNDA MARQUETALIA; a.k.a. "ARMED ORGANIZED RESIDUAL GROUP SEGUNDA MARQUETALIA"; a.k.a. "FARC DISSIDENTS SEGUNDA MARQUETALIA"; a.k.a. "FARC-D SEGUNDA MARQUETALIA"; a.k.a. "GAO-R SEGUNDA MARQUETALIA"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL SEGUNDA MARQUETALIA"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP SEGUNDA MARQUETALIA"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS SEGUNDA MARQUETALIA"), Colombia; Venezuela; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

LA OFICINA DE ENVIGADO, Medellin, Colombia [SDNTK].

LA RIVIERA (a.k.a. GRUPO WISA, S.A.), Calle 15 entre Avenida Santa Isabel y Avenida Roosevelt, Zona Libre de Colon, Colon, Panama; Torre Generali, Piso 11 y 12, Calle 54 Este y Avenida Samuel Lewis, Panama, Panama; Colombia; Guatemala; Belize; Costa Rica; El Salvador; Mexico; Bolivia; Honduras; Nicaragua; Uruguay; RUC # 645451-1-458900 (Panama) [SDNTK].

LA RIVIERA, PANAMA, S.A., Panama; RUC # 556399-1-444264 (Panama) [SDNTK].

LA TASAJERA DE FUENTE DE ORO, Km. 1 Fuente de Oro Via Granada, Fuente de Oro, Meta, Colombia; Matricula Mercantil No 00118073 (Colombia) [SDNTK].

LA TERRAZA DE LA KUORA (a.k.a. INKUORTYN FIVE SRL; a.k.a. LA KUORA TERRAZA; a.k.a. "LA KUORA"), Calle La Guardia No. 25, Villa Consuelo, Santo Domingo, Dominican Republic; Tax ID No. 131-45973-2 (Dominican Republic) [SDNTK].

LA TIENDA DE MINGO, Calle 5 D No. 6 125, Medellin, Colombia; Matricula Mercantil No 16218702 (Medellin) [SDNTK].

LA TIJERA PARQUE INDUSTRIAL (a.k.a. GRUPO IMPERGOZA, S.A. DE C.V.; a.k.a. PROVENZA CENTER), Av. Adolfo Lopez Mateos No. 5565, Col. Santa Anita, Tlajomulco de Zuniga, Jalisco C.P. 46645, Mexico; Av. Camino A La Tijera No. 806, Col. La Tijera, Tlajomulco de Zuniga, Jalisco C.P. 45645, Mexico; R.F.C. GIM-081015-SIA (Mexico) [SDNTK].

LA VITALICIA (a.k.a. SEGUROS LA VITALICIA C.A.), Caracas, Venezuela; National ID No. J310205361 (Venezuela) [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

LAABOUDI, Morad (a.k.a. LAABOUDI, Mourad; a.k.a. "ABU ISMAIL"; a.k.a. "AL-MAGHRIBI, Abu Ismail"; a.k.a. "AL-MAGRABI, Abu Isma'il"); DOB 26 Feb 1993; citizen Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport UZ6430184 (Morocco); National ID No. CD595054 (Morocco) (individual) [SDGT].

LAABOUDI, Mourad (a.k.a. LAABOUDI, Morad; a.k.a. "ABU ISMAIL"; a.k.a. "AL-MAGHRIBI, Abu Ismail"; a.k.a. "AL-MAGRABI, Abu Isma'il"); DOB 26 Feb 1993; citizen Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Passport UZ6430184 (Morocco); National ID No. CD595054 (Morocco) (individual) [SDGT].

LAAGOUB, Abdelkader, via Europa, 4 - Paderno Ponchielli, Cremona, Italy; DOB 23 Apr 1966; POB Casablanca, Morocco; nationality Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Italian Fiscal Code LGBBLK66D23Z330U (individual) [SDGT].

LABELLA, Omar (a.k.a. DE LAVILLA, Mike; a.k.a. LAVILLA, Mile D.; a.k.a. LAVILLA, Omar; a.k.a. LAVILLA, Ramo; a.k.a. LAVILLA, Reuben; a.k.a. LAVILLA, Reuben Omar; a.k.a. LAVILLA, Reymund; a.k.a. LAVILLA, Ruben Pestano, Jr.; a.k.a. LOBILLA, Shaykh Omar; a.k.a. MUDDARIS, Abdullah; a.k.a. SHARIEF, Ahmad Omar), 10th Avenue, Caloocan City, Manila, Philippines; Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; DOB 04 Oct 1972; POB Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

LABICO SAL (OFF SHORE) (a.k.a. LABICO SAL OFFSHORE), Bou Ghannam Building, Azhar Street, Kobbe Doha, Aramoun, Aaley, Lebanon; Labico Building, Azhar Street, Aramoun, Aaley, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ZEAITER, Ali).

LABICO SAL OFFSHORE (a.k.a. LABICO SAL (OFF SHORE)), Bou Ghannam Building, Azhar Street, Kobbe Doha, Aramoun, Aaley, Lebanon; Labico Building, Azhar Street, Aramoun, Aaley, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ZEAITER, Ali).

LABIN, Romain (a.k.a. LABIN, Roman Viktorovich), Moscow, Russia; Avenue Dolez 243, Uccle 1180, Belgium; DOB 17 Jul 1984; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

LABIN, Roman Viktorovich (a.k.a. LABIN, Romain), Moscow, Russia; Avenue Dolez 243,

Uccle 1180, Belgium; DOB 17 Jul 1984; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

LABIN, Ruslan Viktorovich, Avenue Dolez 243, Uccle 1180, Belgium; Russia; DOB 28 Dec 1988; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773576249965 (Russia) (individual) [RUSSIA-EO14024].

LABIN, Victor Guennadievitch (a.k.a. LABIN, Viktor Gennadevich), Avenue Winston Churchill 59 B.11, Brussels 1180, Belgium; Avenue Dolez 243, Uccle 1180, Belgium; DOB 11 Mar 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4508527239 (Russia) (individual) [RUSSIA-EO14024].

LABIN, Viktor Gennadevich (a.k.a. LABIN, Victor Guennadievitch), Avenue Winston Churchill 59 B.11, Brussels 1180, Belgium; Avenue Dolez 243, Uccle 1180, Belgium; DOB 11 Mar 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4508527239 (Russia) (individual) [RUSSIA-EO14024].

LABOLA, Ali Mohammed (a.k.a. BASHIR, Ali Lalobo; a.k.a. KAPERE, Otim; a.k.a. KONY, Ali; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLO, Ali Mohammad; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Bashir; a.k.a. LALOBO, Ali Mohammed; a.k.a. SALONGO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Bashir"; a.k.a. "Caesar"; a.k.a. "MOHAMMED, Ali"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

LABOLO, Ali Mohammad (a.k.a. BASHIR, Ali Lalobo; a.k.a. KAPERE, Otim; a.k.a. KONY, Ali; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLA, Ali Mohammed; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Bashir; a.k.a. LALOBO, Ali Mohammed; a.k.a. SALONGO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Bashir"; a.k.a. "Caesar"; a.k.a. "MOHAMMED, Ali"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

LABORATORIOS WILLMAR, S.A. DE C.V., Calle Esteban Loera 481, Colonia Beatriz Hernandez, Guadalajara, Jalisco 44760, Mexico; Calle Esteban Loera No. 481, Colonia Zona Obrera,

Guadalajara, Jalisco 44760, Mexico; Los Placeres No. 1030, Colonia Chapalita, Guadalajara, Jalisco 44100, Mexico; R.F.C. LW1760923BT6 (Mexico) [SDNTK].

LABORIN ARCHULETA, Clara Elena, Mexico; DOB 19 Feb 1964; POB Agua Prieta, Sonora, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. LAAC640219MSRBRL06 (Mexico) (individual) [SDNTK].

LABRA AVILES, Jesus Abraham (a.k.a. AVILES, Jesus Labra; a.k.a. "CHUY LABRA"); DOB 1945; nationality Mexico (individual) [SDNTK].

LABSAINTIFIK, Mkr Yubileinyi, Ul. Komitetskaya D. 7A, Pomeshch. 08, Office 7, Korolev 141090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5018203360 (Russia); Registration Number 1205000019510 (Russia) [RUSSIA-EO14024].

LABUTIS, Victor (a.k.a. LABUTIS, Virginijus), Lithuania; DOB 16 Feb 1972; POB Lithuania; nationality Lithuania; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

LABUTIS, Virginijus (a.k.a. LABUTIS, Victor), Lithuania; DOB 16 Feb 1972; POB Lithuania; nationality Lithuania; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

LACAVA EVANGELISTA, Rafael (a.k.a. LACAVA EVANGELISTA, Rafael Alejandro; a.k.a. LACAVA, Rafael), Carabobo, Venezuela; DOB 03 Sep 1968; Gender Male; Cedula No. 8611651 (Venezuela) (individual) [VENEZUELA].

LACAVA EVANGELISTA, Rafael Alejandro (a.k.a. LACAVA EVANGELISTA, Rafael; a.k.a. LACAVA, Rafael), Carabobo, Venezuela; DOB 03 Sep 1968; Gender Male; Cedula No. 8611651 (Venezuela) (individual) [VENEZUELA].

LACAVA, Rafael (a.k.a. LACAVA EVANGELISTA, Rafael; a.k.a. LACAVA EVANGELISTA, Rafael Alejandro), Carabobo, Venezuela; DOB 03 Sep 1968; Gender Male; Cedula No. 8611651 (Venezuela) (individual) [VENEZUELA].

LACNO S.R.O., Cintorinska 9, Bratislava 81108, Slovakia; D-U-N-S Number 361680273; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; V.A.T. Number SK2024170423 (Slovakia) [CYBER2] (Linked To: DIVETECHNOSERVICES).

LADINO AVILA, Jaime Arturo (a.k.a. COLOSIO, Vincente; a.k.a. CONTREAS, Miguel Angel; a.k.a. "EL OJON"; a.k.a. "FAYO"), c/o GRUPO ROLA S.A. DE C.V., Colima, Colima, Mexico;

Calle Jesus Ponce 1083, Colonia Jardin Vista Hermosa, Colima, Colima, Mexico; DOB 24 Jul 1964; alt. DOB 26 Aug 1962; alt. DOB 13 Nov 1964; nationality Mexico; citizen Mexico; R.F.C. LAAJ640724 (Mexico); C.U.R.P. LAAJ640724HCMDVM07 (Mexico) (individual) [SDNTK].

LADOGA MENEDZHMENT, OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU LADOGA MENEDZHMENT; a.k.a. OOO LADOGA MANAGEMENT), 10, naberezhnaya Presnenskaya, Moscow 123317, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1147748143971; Tax ID No. 7729442761; Government Gazette Number 29437172 [UKRAINE-EO13662] (Linked To: SHAMALOV, Kirill Nikolaevich).

LADOGA OOO, Ul. Vyatskaya D. 49, Str. 15, Kom. 10A, Moscow 127015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jun 2016; Organization Type: Short term accommodation activities; Tax ID No. 7743160455; Registration Number 1167746583740 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

LADOGA SHIPPING COMPANY LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU SUDOKHODNAIA KOMPANIIA LADOGA; a.k.a. OOO SK LADOGA), Office 18, ulitsa Kirova 1, Astrakhan 414000, Russia; 3 Gogol St., building 2, letter A, room 55, Astrakhan 414024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3016048892 (Russia); Identification Number IMO 5252029; Registration Number 1063016028877 (Russia) [RUSSIA-EO14024].

LADRILLERA LA CANDELARIA LTDA., Avenida 6 Norte No. 17N-92, of. 514, Cali, Colombia; Correg. Buchitolo, Vereda Tres Esquinas, Candelaria, Colombia; NIT # 800119741-4 (Colombia) [SDNT].

LAGAZAURI, Mileri, 19 MR Building 4, Apt 12, Rustavi, Georgia; DOB 23 Nov 1977; POB Akhmeta, Georgia; nationality Georgia; Gender Male; Passport 18AD22156 (Georgia) issued 21 May 2019 expires 21 May 2029 (individual) [GLOMAG].

LAGGAR PRO, OOO (Cyrillic: ООО ЛАГГАР ПРО) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU LAGGAR PRO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛАГГАР ПРО)), ul. Ovarazhnaya, Str. 190B, Pomeshch. 19, Afonino, Nizhni Novgorod Oblast 607680, Russia (Cyrillic: УЛИЦА ОВРАЖНАЯ, ДОМ 190Б, ПОМЕЩЕНИЕ 19, АФОНИНО, ОБЛАСТЬ НИЖЕГОРОДСКАЯ 607680, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Jun 2018; Tax ID No. 5250070144 (Russia); Government Gazette Number 29336583 (Russia); Business Registration Number 1185275034218 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY IZHEVSK ELECTROMECHANICAL PLANT KUPOL).

LAGOSMARINE LIMITED, Andrea Araoyzou 2, Limassol 4150, Cyprus; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Oct 2019; Registration Number HE402876 (Cyprus) [UKRAINE-EO13662] [RUSSIA-EO14024].

LAGUNA MAR INTERNACIONAL, S.A., Panama; RUC # 212214-1-397111 (Panama) [SDNTK].

LAHBOUS, Mohamed (a.k.a. ENNOUINI, Mohamed), Algeria; Mali; DOB 1978; nationality Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

LAHIC ENERGY MAHDUD MASULIYYATLI CAMIYYATI, Qizil Sharq Harbi Shahar, Baku AZ1065, Azerbaijan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Oct 2019; Tax ID No. 1306384861 (Azerbaijan) [RUSSIA-EO14024].

LAHORE JAN SHANWARI EXCHANGE (a.k.a. ALI SHER SHINWARY LTD.; a.k.a. HAJI LAL MOHAMMAD MONEY SERVICE PROVIDER), Lahore Jan Shanwari Exchange, Ghulam Dastager Market, Shop Numbers 18-19, First Floor, Chowk Talashi, Jalalabad, Afghanistan; Ali Sher Shinwary Ltd., Second Floor, Shahzada Market, Kabul, Afghanistan; Shop No. 13, Second Floor, Sarai, Shahzada, Kabul, Afghanistan; Afghan Money Service Provider License Number 093 (Afghanistan) [SDNTK].

LAI, Leonard (a.k.a. LAI, Yong Chian); DOB 16 Jun 1958; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport E3251534E (Singapore) expires 20 Mar 2018 (individual) [DPRK].

LAI, Yong Chian (a.k.a. LAI, Leonard); DOB 16 Jun 1958; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport E3251534E (Singapore) expires 20 Mar 2018 (individual) [DPRK].

LAIFINVEST OOO (a.k.a. LIMITED LIABILITY COMPANY LAIFINVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛАЙФИНВЕСТ)), Room 416, Floor 24, Section I, Building 10, Testovskaya Street, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703427737 (Russia); Registration Number 1177746506046 (Russia) [RUSSIA-EO14024] (Linked To: KHRISTENKO, Viktor Borisovich).

LAINEY SHIPPING LIMITED, Room 06, 17th Floor Wellborne Commercial 8, Java Road, North Point, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Nov 2023; Identification Number IMO 6452873; Company Number 3340414 (Hong Kong) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

LAJNA ALDAWA ALISALMIAH (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT ALDAWA AL ISLAMIAH; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LAJNA ALDAWA ALISLAMIA (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT

ALDAWA AL ISLAMIAH; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LAJNA ALDAWA ALISLAMIYA (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT ALDAWA AL ISLAMIAH; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LAJNA AL-IGHATHA AL-FILISTINI (a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE; a.k.a. "ASP"), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, Geneva CH-1201, Switzerland; Gartnerstrasse 55, Basel CH-4109, Switzerland; Postfach 406, Basel CH-4109, Switzerland; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LAJNAT AL DAAWA AL ISLAMIYA (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT ALDAWA AL ISLAMIAH; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LAJNAT AL DAAWA AL ISLAMIYYA (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAWA; a.k.a.

LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT ALDAWA AL ISLAMIAH; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LAJNAT AL DAWA (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT ALDAWA AL ISLAMIAH; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LAJNAT AL DAWA AL ISLAMIA (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT ALDAWA AL ISLAMIAH; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LAJNAT AL D'AWA AL ISLAMIAK (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT ALDAWA AL ISLAMIAH; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LAJNAT ALDAWA AL ISLAMIAH (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT

ALDAWA ALISLAMIA), Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LAJNAT ALDAWA ALISLAMIA (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT ALDAWA AL ISLAMIAH), Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LAJNAT AL-IHYA AL-TURATH AL-ISLAMI (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF

ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA;

a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].
LAJNAT IHYA AL-TURATH AL-ISLAMI (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a.

JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS

EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

LAJNAT UL MASA EIDATUL AFGHANIA (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LAJNATUL FURQAN (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LAKE FOREST SP Z O O (a.k.a. LAKE FOREST SPOLKA Z OGRANICZONA ODPOWIEDZIALNOSCIA (Latin: LAKE FOREST SPÓŁKA Z OGRANICZONĄ ODPOWIEDZIALNOŚCIĄ)), Ul. Solec 18, b21, Warsaw 00-410, Poland; Organization Established Date 12 May 2017; Organization Type: Wholesale and retail trade; Tax ID No. 5272808753 (Poland); Registration Number 367279905 (Poland) [ILLICIT-DRUGS-EO14059] (Linked To: KARPAVICIUS, Rokas).

LAKE FOREST SPOLKA Z OGRANICZONA ODPOWIEDZIALNOSCIA (Latin: LAKE FOREST SPÓŁKA Z OGRANICZONĄ ODPOWIEDZIALNOŚCIĄ) (a.k.a. LAKE FOREST SP Z O O), Ul. Solec 18, b21, Warsaw 00-410, Poland; Organization Established Date 12 May 2017; Organization Type: Wholesale and retail trade; Tax ID No. 5272808753 (Poland); Registration Number 367279905 (Poland) [ILLICIT-DRUGS-EO14059] (Linked To: KARPAVICIUS, Rokas).

LAKE VIEW SHIP MANAGEMENT PRIVATE LIMITED (a.k.a. LAKE VIEW SHIPPING CO LTD), Office No 101, 1st Floor, Aaradhaya Park, Phase 1, Primus, behind Thakur Mall, near Dahisar Check Naka, Mira Road (East), Thane, Vasai, Maharashtra 401107, India; Website https://www.lakeviewshipmanagement.in; Organization Established Date 05 Apr 2023; Identification Number IMO 6409732; alt. Identification Number U52292MH2023PTC400107 (India); Registration Number 400107 (India) [IRAN-EO13902].

LAKE VIEW SHIPPING CO LTD (a.k.a. LAKE VIEW SHIP MANAGEMENT PRIVATE LIMITED), Office No 101, 1st Floor, Aaradhaya Park, Phase 1, Primus, behind Thakur Mall, near Dahisar Check Naka, Mira Road (East), Thane, Vasai, Maharashtra 401107, India; Website https://www.lakeviewshipmanagement.in; Organization Established Date 05 Apr 2023; Identification Number IMO 6409732; alt. Identification Number U52292MH2023PTC400107 (India); Registration Number 400107 (India) [IRAN-EO13902].

LAKHTA INTERNET RESEARCH (a.k.a. AZIMUT LLC; a.k.a. GLAVSET LLC; a.k.a. GLAVSET, OOO; a.k.a. INTERNET RESEARCH AGENCY LLC; a.k.a. MEDIASINTEZ LLC; a.k.a. MEDIASINTEZ, OOO; a.k.a. MIXINFO LLC; a.k.a. NOVINFO LLC; a.k.a. NOVINFO, OOO), 55 Savushkina Street, St. Petersburg, Russia; d. 4 korp. 3 litera A pom. 9-N, ofis 238, ul. Optikov, St. Petersburg, Russia; d. 4 litera B pom. 22-N, ul. Starobelskaya, St. Petersburg, Russia; d. 79 litera A. pom 1-N, ul. Planernaya, St. Petersburg, Russia; 4 Optikov Street, Building 3, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [ELECTION-EO13848].

LAKHTA PARK PREMIUM, OOO (Cyrillic: ЛАХТА ПАРК ПРЕМИУМ), St. Petersburg, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810764381 (Russia) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Pavel Evgenyevich).

LAKHTA PARK, OOO (Cyrillic: ЛАХТА ПАРК), Pargolovo, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7807381808 (Russia) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Pavel Evgenyevich).

LAKHTA PLAZA, OOO (Cyrillic: ЛАХТА ПЛАЗА), St. Petersburg, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801634178 (Russia) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Pavel Evgenyevich).

LAKHVI, Zaki-ur-Rehman (a.k.a. ARSHAD, Abu Waheed Irshad Ahmad; a.k.a. LAKVI, Zaki Ur-Rehman; a.k.a. LAKVI, Zakir Rehman; a.k.a. REHMAN, Zakir; a.k.a. UR-REHMAN, Zaki; a.k.a. "CHACHAJEE"), Barahkoh, P.O. DO, Tehsil and District Islamabad, Pakistan; Chak No. 18/IL, Rinala Khurd, Tehsil Rinala Khurd, District Okara, Pakistan; DOB 30 Dec 1960; POB Okara, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AC8342321 (Pakistan) issued 22 Aug 2007 expires 20 Aug 2012; alt. Passport A4827048 (Pakistan); National ID No. 61101-9618232-1 (Pakistan); alt. National ID No. 33960047268 (Pakistan) (individual) [SDGT].

LAKOKRASKA OAO (a.k.a. LAKOKRASKA OPEN JOINT-STOCK COMPANY), 71 Ignatova Street, Grodnenskaya Region, Lida 231300, Belarus; ul. Ignatova, 71, Grodnenskaya oblast, Lida 231300, Belarus [BELARUS].

LAKOKRASKA OPEN JOINT-STOCK COMPANY (a.k.a. LAKOKRASKA OAO), 71 Ignatova Street, Grodnenskaya Region, Lida 231300, Belarus; ul. Ignatova, 71, Grodnenskaya oblast, Lida 231300, Belarus [BELARUS].

LAKVI, Zaki Ur-Rehman (a.k.a. ARSHAD, Abu Waheed Irshad Ahmad; a.k.a. LAKHVI, Zaki-ur-Rehman; a.k.a. LAKVI, Zakir Rehman; a.k.a. REHMAN, Zakir; a.k.a. UR-REHMAN, Zaki; a.k.a. "CHACHAJEE"), Barahkoh, P.O. DO, Tehsil and District Islamabad, Pakistan; Chak No. 18/IL, Rinala Khurd, Tehsil Rinala Khurd, District Okara, Pakistan; DOB 30 Dec 1960; POB Okara, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AC8342321 (Pakistan) issued 22 Aug 2007 expires 20 Aug 2012; alt. Passport A4827048 (Pakistan); National ID No. 61101-9618232-1 (Pakistan); alt. National ID No. 33960047268 (Pakistan) (individual) [SDGT].

LAKVI, Zakir Rehman (a.k.a. ARSHAD, Abu Waheed Irshad Ahmad; a.k.a. LAKHVI, Zaki-ur-Rehman; a.k.a. LAKVI, Zaki Ur-Rehman; a.k.a. REHMAN, Zakir; a.k.a. UR-REHMAN, Zaki; a.k.a. "CHACHAJEE"), Barahkoh, P.O. DO, Tehsil and District Islamabad, Pakistan; Chak No. 18/IL, Rinala Khurd, Tehsil Rinala Khurd, District Okara, Pakistan; DOB 30 Dec 1960; POB Okara, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AC8342321 (Pakistan) issued 22 Aug 2007 expires 20 Aug 2012; alt. Passport A4827048 (Pakistan); National ID No. 61101-9618232-1 (Pakistan); alt. National ID No. 33960047268 (Pakistan) (individual) [SDGT].

LALEH PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی لاله), Boulevard Ivanak and Farahzadi Boulevard, Second Phase, No. 18, Tehran, Iran; No. 18, 2nd Alley, 1st Street, Khwarazm Street, Zarafshan Street, Phase 4, Shahrak-e Gharb, Tehran, Iran; Website www.lapc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 11 Sep 2002; National ID No. 10102340914 (Iran); Business Registration Number 192133 (Iran) [IRAN-EO13846] (Linked To: MARUN PETROCHEMICAL COMPANY).

LALOBO, Ali (a.k.a. BASHIR, Ali Lalobo; a.k.a. KAPERE, Otim; a.k.a. KONY, Ali; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLA, Ali Mohammed; a.k.a. LABOLO, Ali Mohammad; a.k.a. LALOBO, Ali Bashir; a.k.a. LALOBO, Ali Mohammed; a.k.a. SALONGO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Bashir"; a.k.a. "Caesar";

a.k.a. "MOHAMMED, Ali"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

LALOBO, Ali Bashir (a.k.a. BASHIR, Ali Lalobo; a.k.a. KAPERE, Otim; a.k.a. KONY, Ali; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLA, Ali Mohammed; a.k.a. LABOLO, Ali Mohammad; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Mohammed; a.k.a. SALONGO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Bashir"; a.k.a. "Caesar"; a.k.a. "MOHAMMED, Ali"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

LALOBO, Ali Mohammed (a.k.a. BASHIR, Ali Lalobo; a.k.a. KAPERE, Otim; a.k.a. KONY, Ali; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLA, Ali Mohammed; a.k.a. LABOLO, Ali Mohammad; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Bashir; a.k.a. SALONGO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Bashir"; a.k.a. "Caesar"; a.k.a. "MOHAMMED, Ali"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

LALOVIC, Dragan (a.k.a. "MATE"); DOB 14 Jun 1953; POB Vlaholje, nr Kalinovik, Bosnia-Herzegovina (individual) [BALKANS].

LAM CHENG, Carrie Yuet-ngor (a.k.a. LAM CHENG, Yuet-ngor (Chinese Simplified: 林郑月娥; Chinese Traditional: 林鄭月娥); a.k.a. LAM, Carrie), Victoria House, No. 15 Barker Road, The Peak, Hong Kong; DOB 13 May 1957; POB Hong Kong; nationality Hong Kong; Gender Female; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport KJ0505670 (Hong Kong) issued 13 Apr 2016 expires 13 Apr 2026; National ID No. D3356664 (Hong Kong); Chief Executive of the Hong Kong Special Administrative Region (individual) [HK-EO13936].

LAM CHENG, Yuet-ngor (Chinese Simplified: 林郑月娥; Chinese Traditional: 林鄭月娥) (a.k.a. LAM CHENG, Carrie Yuet-ngor; a.k.a. LAM, Carrie), Victoria House, No. 15 Barker Road, The Peak, Hong Kong; DOB 13 May 1957; POB Hong Kong; nationality Hong Kong; Gender Female; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport KJ0505670 (Hong

Kong) issued 13 Apr 2016 expires 13 Apr 2026; National ID No. D3356664 (Hong Kong); Chief Executive of the Hong Kong Special Administrative Region (individual) [HK-EO13936].

LAM, Carrie (a.k.a. LAM CHENG, Carrie Yuet-ngor; a.k.a. LAM CHENG, Yuet-ngor (Chinese Simplified: 林郑月娥; Chinese Traditional: 林鄭月娥)), Victoria House, No. 15 Barker Road, The Peak, Hong Kong; DOB 13 May 1957; POB Hong Kong; nationality Hong Kong; Gender Female; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport KJ0505670 (Hong Kong) issued 13 Apr 2016 expires 13 Apr 2026; National ID No. D3356664 (Hong Kong); Chief Executive of the Hong Kong Special Administrative Region (individual) [HK-EO13936].

LAM, John Top (a.k.a. TUT, John Top Lam), Nairobi 248-00100, Kenya; DOB 12 Sep 1979; POB Ayod, South Sudan; nationality South Sudan; Gender Male; Passport R00339720 (South Sudan) issued 21 Mar 2016 expires 21 Mar 2021; National ID No. 000119903 (South Sudan) (individual) [GLOMAG].

LAM, Paul Ting Kwok (a.k.a. LAM, Ting Kwok (Chinese Traditional: 林定國); a.k.a. LAM, Ting Kwok Paul; a.k.a. LIN, Dingguo (Chinese Simplified: 林定国)), Hong Kong, China; DOB 26 Mar 1968; POB Hong Kong, China; nationality China; citizen China; Gender Male; Passport 610884285 (China); National ID No. 265113530948 (China) (individual) [HK-EO13936].

LAM, Ting Kwok (Chinese Traditional: 林定國) (a.k.a. LAM, Paul Ting Kwok; a.k.a. LAM, Ting Kwok Paul; a.k.a. LIN, Dingguo (Chinese Simplified: 林定国)), Hong Kong, China; DOB 26 Mar 1968; POB Hong Kong, China; nationality China; citizen China; Gender Male; Passport 610884285 (China); National ID No. 265113530948 (China) (individual) [HK-EO13936].

LAM, Ting Kwok Paul (a.k.a. LAM, Paul Ting Kwok; a.k.a. LAM, Ting Kwok (Chinese Traditional: 林定國); a.k.a. LIN, Dingguo (Chinese Simplified: 林定国)), Hong Kong, China; DOB 26 Mar 1968; POB Hong Kong, China; nationality China; citizen China; Gender Male; Passport 610884285 (China); National ID No. 265113530948 (China) (individual) [HK-EO13936].

LAMA FOOD INTERNATIONAL OFF SHORE S.A.L. (a.k.a. LAMA FOODS INTERNATIONAL

OFFSHORE S.A.L.; a.k.a. LAMA FOODS INTERNATIONAL S.A.R.L.), Unesco Center, 4th Floor, Office No. 19, Verdun, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1012499 (Lebanon) [SDGT] (Linked To: AL-AMIN, Muhammad 'Abdallah).

LAMA FOODS INTERNATIONAL OFFSHORE S.A.L. (a.k.a. LAMA FOOD INTERNATIONAL OFF SHORE S.A.L.; a.k.a. LAMA FOODS INTERNATIONAL S.A.R.L.), Unesco Center, 4th Floor, Office No. 19, Verdun, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1012499 (Lebanon) [SDGT] (Linked To: AL-AMIN, Muhammad 'Abdallah).

LAMA FOODS INTERNATIONAL S.A.R.L. (a.k.a. LAMA FOOD INTERNATIONAL OFF SHORE S.A.L.; a.k.a. LAMA FOODS INTERNATIONAL OFFSHORE S.A.L.), Unesco Center, 4th Floor, Office No. 19, Verdun, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1012499 (Lebanon) [SDGT] (Linked To: AL-AMIN, Muhammad 'Abdallah).

LAMA FOODS S.A.R.L., Airport Road, Dahieh Area, Cocodi sector, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1005341 (Lebanon) [SDGT] (Linked To: AL-AMIN, Muhammad 'Abdallah).

LAMBERT, Joseph, Haiti; DOB 05 Feb 1961; POB Jacmel, Haiti; nationality Haiti; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

LAMEYKIN, Dmitriy Viktorovich (Cyrillic: ЛАМЕЙКИН, Дмитрий Викторович), Russia; DOB 27 Feb 1977; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State

Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LAMINADO PROFESIONAL AUTOMOTRIZ ELTE, S.A. DE C.V. (a.k.a. "CENTRO DE REPARACION ELITE"), Puerto Vallarta, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Mar 2015; Organization Type: Sale of motor vehicle parts and accessories; Folio Mercantil No. 16717 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: IBARRA DIAZ JR., Michael).

LANA TV, Beirut, Lebanon [PAARSSR-EO13894] (Linked To: FOZ, Samer).

LAND METICS SARL (a.k.a. LANDMATICS LLC; a.k.a. LANDMATICS SARL), Building 380, Hamra Street, Ras Beirut Sector, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Sep 2011; Business Registration Number 1014202 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

LANDAETA HERNANDEZ, Eryk Manuel (a.k.a. "Eryk"), Colombia; DOB 29 Aug 1982; nationality Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 15978329 (Venezuela) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

LANDMATICS LLC (a.k.a. LAND METICS SARL; a.k.a. LANDMATICS SARL), Building 380, Hamra Street, Ras Beirut Sector, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Sep 2011; Business Registration Number 1014202 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

LANDMATICS SARL (a.k.a. LAND METICS SARL; a.k.a. LANDMATICS LLC), Building 380, Hamra Street, Ras Beirut Sector, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Sep 2011; Business Registration Number 1014202 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

LANDMETICS OFF SHORE (a.k.a. LANDMETICS SAL OFF-SHORE), Jalloul Property, Hamra Street, Hamra, Beirut,

Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Sep 2011; Business Registration Number 1805433 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

LANDMETICS SAL OFF-SHORE (a.k.a. LANDMETICS OFF SHORE), Jalloul Property, Hamra Street, Hamra, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Sep 2011; Business Registration Number 1805433 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

LANDTEK DEVELOPERS, 5th Floor, Emerald Tower, G-19, Block-5, Clifton Road, Clifton, Karachi, Pakistan [TCO] (Linked To: KHANANI, Obaid Altaf).

LANG, Jonha (a.k.a. GANGSHAN, Lang), Yuhong District, Shenyang, China; DOB 15 Dec 1978; nationality China; citizen China; Gender Male; Citizen's Card Number 211226197812154256 (China) (individual) [PAARSSR-EO13894] (Linked To: T-RUBBER CO., LTD).

LANIT INCORPORATED, Proezd Murmanskii, D 14, Korp. 1, Moscow 129075, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727004113 (Russia); Registration Number 1027739031572 (Russia) [RUSSIA-EO14024].

LANTRATOVA, Yana Valeryevna (Cyrillic: ЛАНТРАТОВА, Яна Валерьевна), Russia; DOB 14 Dec 1988; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LAO, Ssu (a.k.a. HATSADIN, Phonsakunphaisan; a.k.a. RUNGRIT, Thianphichet; a.k.a. WANG, Ssu; a.k.a. WANG, Wen Chou; a.k.a. WITTHAYA, Ngamthiralert; a.k.a. "LAO SSU"), Burma; DOB 01 Jan 1960; Passport P403726 (Thailand); National ID No. 3570700443258 (Thailand) (individual) [SDNTK].

LAPO, Anatol (a.k.a. LAPO, Anatol Piatrovich (Cyrillic: ЛАПО, Анатоль Пятровіч); a.k.a. LAPPO, Anatoliy Petrovich (Cyrillic: ЛАППО, Анатолий Петрович); a.k.a. LAPPO, Anatoly), ul. Yana Chechota 26, kv. 63, Minsk, Belarus (Cyrillic: ул. Яна Чечота 26, кв. 63, Минск,

Belarus); Community Garden Voskhod-1, 22, Korenevskiy village council, Grodno oblast, Belarus (Cyrillic: сад.тов-во Восход-1, 22, Кореневский с/с, Гродненская обл., Belarus); DOB 24 May 1963; POB Kulakovka village, Belynichskiy district, Mahilyow oblast, Belarus; nationality Belarus; Gender Male; National ID No. 3240563K033PB5 (Belarus) (individual) [BELARUS-EO14038].

LAPO, Anatol Piatrovich (Cyrillic: ЛАПО, Анатоль Пятровіч) (a.k.a. LAPO, Anatol; a.k.a. LAPPO, Anatoliy Petrovich (Cyrillic: ЛАППО, Анатолий Петрович); a.k.a. LAPPO, Anatoly), ul. Yana Chechota 26, kv. 63, Minsk, Belarus (Cyrillic: ул. Яна Чечота 26, кв. 63, Минск, Belarus); Community Garden Voskhod-1, 22, Korenevskiy village council, Grodno oblast, Belarus (Cyrillic: сад.тов-во Восход-1, 22, Кореневский с/с, Гродненская обл., Belarus); DOB 24 May 1963; POB Kulakovka village, Belynichskiy district, Mahilyow oblast, Belarus; nationality Belarus; Gender Male; National ID No. 3240563K033PB5 (Belarus) (individual) [BELARUS-EO14038].

LAPPO, Anatoliy Petrovich (Cyrillic: ЛАППО, Анатолий Петрович) (a.k.a. LAPO, Anatol; a.k.a. LAPO, Anatol Piatrovich (Cyrillic: ЛАПО, Анатоль Пятровіч); a.k.a. LAPPO, Anatoly), ul. Yana Chechota 26, kv. 63, Minsk, Belarus (Cyrillic: ул. Яна Чечота 26, кв. 63, Минск, Belarus); Community Garden Voskhod-1, 22, Korenevskiy village council, Grodno oblast, Belarus (Cyrillic: сад.тов-во Восход-1, 22, Кореневский с/с, Гродненская обл., Belarus); DOB 24 May 1963; POB Kulakovka village, Belynichskiy district, Mahilyow oblast, Belarus; nationality Belarus; Gender Male; National ID No. 3240563K033PB5 (Belarus) (individual) [BELARUS-EO14038].

LAPPO, Anatoly (a.k.a. LAPO, Anatol; a.k.a. LAPO, Anatol Piatrovich (Cyrillic: ЛАПО, Анатоль Пятровіч); a.k.a. LAPPO, Anatoliy Petrovich (Cyrillic: ЛАППО, Анатолий Петрович)), ul. Yana Chechota 26, kv. 63, Minsk, Belarus (Cyrillic: ул. Яна Чечота 26, кв. 63, Минск, Belarus); Community Garden Voskhod-1, 22, Korenevskiy village council, Grodno oblast, Belarus (Cyrillic: сад.тов-во Восход-1, 22, Кореневский с/с, Гродненская обл., Belarus); DOB 24 May 1963; POB Kulakovka village, Belynichskiy district, Mahilyow oblast, Belarus; nationality Belarus; Gender Male; National ID No. 3240563K033PB5 (Belarus) (individual) [BELARUS-EO14038].

LAPSHOV, Pavel Vladimirovich; DOB 07 Jul 1976; nationality Russia (individual) [MAGNIT].

LAPYR, Uladzimir Iosifavich (Cyrillic: ЛАПЫР, Уладзімір Іосіфавіч) (a.k.a. LAPYR, Uladzimir Iosifavitj; a.k.a. LAPYR, Vladimir Iosifovich; a.k.a. LAPYR, Vladimir Iosifovitj; a.k.a. LAPYR, Vladimir Yosifovich (Cyrillic: ЛАПЫРЬ, Владимир Иосифович)), Severnaya ulitsa, 51, Miory, Belarus (Cyrillic: Северная улица, 51, Миоры, Belarus); DOB 21 Aug 1977; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

LAPYR, Uladzimir Iosifavitj (a.k.a. LAPYR, Uladzimir Iosifavich (Cyrillic: ЛАПЫР, Уладзімір Іосіфавіч); a.k.a. LAPYR, Vladimir Iosifovich; a.k.a. LAPYR, Vladimir Iosifovitj; a.k.a. LAPYR, Vladimir Yosifovich (Cyrillic: ЛАПЫРЬ, Владимир Иосифович)), Severnaya ulitsa, 51, Miory, Belarus (Cyrillic: Северная улица, 51, Миоры, Belarus); DOB 21 Aug 1977; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

LAPYR, Vladimir Iosifovich (a.k.a. LAPYR, Uladzimir Iosifavich (Cyrillic: ЛАПЫР, Уладзімір Іосіфавіч); a.k.a. LAPYR, Uladzimir Iosifavitj; a.k.a. LAPYR, Vladimir Iosifovitj; a.k.a. LAPYR, Vladimir Yosifovich (Cyrillic: ЛАПЫРЬ, Владимир Иосифович)), Severnaya ulitsa, 51, Miory, Belarus (Cyrillic: Северная улица, 51, Миоры, Belarus); DOB 21 Aug 1977; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

LAPYR, Vladimir Iosifovitj (a.k.a. LAPYR, Uladzimir Iosifavich (Cyrillic: ЛАПЫР, Уладзімір Іосіфавіч); a.k.a. LAPYR, Uladzimir Iosifavitj; a.k.a. LAPYR, Vladimir Iosifovich; a.k.a. LAPYR, Vladimir Yosifovich (Cyrillic: ЛАПЫРЬ, Владимир Иосифович)), Severnaya ulitsa, 51, Miory, Belarus (Cyrillic: Северная улица, 51, Миоры, Belarus); DOB 21 Aug 1977; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

LAPYR, Vladimir Yosifovich (Cyrillic: ЛАПЫРЬ, Владимир Иосифович) (a.k.a. LAPYR, Uladzimir Iosifavich (Cyrillic: ЛАПЫР, Уладзімір Іосіфавіч); a.k.a. LAPYR, Uladzimir Iosifavitj; a.k.a. LAPYR, Vladimir Iosifovich; a.k.a. LAPYR, Vladimir Iosifovitj), Severnaya ulitsa, 51, Miory, Belarus (Cyrillic: Северная улица, 51, Миоры, Belarus); DOB 21 Aug 1977; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

LAR VORTO SERVICES LIMITED, Orthodoxou Tower, Floor 3, 44 Inomenon Ethnon, Larnaca 6042, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Nov 2015; Target Type Private Company; Business Registration Number HE348790 (Cyprus) [RUSSIA-EO14024] (Linked To: ERINER LIMITED).

LARA ALVAREZ, Jose Luis (a.k.a. ARELLANO FELIX, Francisco Javier; a.k.a. ARELLANO FELIX, Javier; a.k.a. BELTRAN MEZA, Ramon; a.k.a. DIAZ MEDINA, Javier); DOB 21 Nov 1969; alt. DOB 12 Dec 1969; POB Culiacan, Sinaloa, Mexico (individual) [SDNTK].

LAREDO DON JUAN, Ismael (a.k.a. LAREDO DONJUAN, Ismael; a.k.a. LAREDO, Ismael), Cuernavaca, Morelos, Mexico; DOB 28 Aug 1983; POB Acapulco de Juarez, Guerrero, Mexico; citizen Mexico; Gender Male; R.F.C. LADI830828T92 (Mexico); C.U.R.P. LADI830828HGRRNS08 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

LAREDO DON JUAN, Job (a.k.a. LAREDO DONJUAN, Job; a.k.a. LAREDO, Antonio; a.k.a. RODRIGUEZ, Antonio; a.k.a. "GORDO"), Cuernavaca, Morelos, Mexico; DOB 17 Mar 1968; POB San Miguel Totolapan, Guerrero, Mexico; citizen Mexico; Gender Male; R.F.C. LADJ6803175F6 (Mexico); alt. R.F.C. LADJ6803178D1 (Mexico); C.U.R.P. LADJ680317HGRRNB04 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

LAREDO DONJUAN, Ismael (a.k.a. LAREDO DON JUAN, Ismael; a.k.a. LAREDO, Ismael), Cuernavaca, Morelos, Mexico; DOB 28 Aug 1983; POB Acapulco de Juarez, Guerrero, Mexico; citizen Mexico; Gender Male; R.F.C. LADI830828T92 (Mexico); C.U.R.P. LADI830828HGRRNS08 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

LAREDO DONJUAN, Job (a.k.a. LAREDO DON JUAN, Job; a.k.a. LAREDO, Antonio; a.k.a. RODRIGUEZ, Antonio; a.k.a. "GORDO"), Cuernavaca, Morelos, Mexico; DOB 17 Mar 1968; POB San Miguel Totolapan, Guerrero, Mexico; citizen Mexico; Gender Male; R.F.C. LADJ6803175F6 (Mexico); alt. R.F.C. LADJ6803178D1 (Mexico); C.U.R.P. LADJ680317HGRRNB04 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

LAREDO DONJUAN, Ruben, Sn Francisco 471, Santa Ana Zicatecoyan, Tlatlaya, Estado de Mexico C.P. 51571, Mexico; DOB 02 Sep 1974;

POB General Heliodoro Castillo, Guerrero, Mexico; citizen Mexico; Gender Male; R.F.C. LADR7409021W3 (Mexico); C.U.R.P. LADR740902HGRRNB14 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

LAREDO DRUG TRAFFICKING ORGANIZATION (a.k.a. LAREDO DTO), Mexico [SDNTK].

LAREDO DTO (a.k.a. LAREDO DRUG TRAFFICKING ORGANIZATION), Mexico [SDNTK].

LAREDO ESTRADA, Andres, Mexico; DOB 01 Dec 1973; POB Tlapehuala, Guerrero, Mexico; citizen Mexico; Gender Male; R.F.C. LAEA731201TB0 (Mexico); National ID No. 15097300311 (Mexico); C.U.R.P. LAEA731201HGRRSN07 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

LAREDO, Antonio (a.k.a. LAREDO DON JUAN, Job; a.k.a. LAREDO DONJUAN, Job; a.k.a. RODRIGUEZ, Antonio; a.k.a. "GORDO"), Cuernavaca, Morelos, Mexico; DOB 17 Mar 1968; POB San Miguel Totolapan, Guerrero, Mexico; citizen Mexico; Gender Male; R.F.C. LADJ6803175F6 (Mexico); alt. R.F.C. LADJ6803178D1 (Mexico); C.U.R.P. LADJ680317HGRRNB04 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

LAREDO, Ismael (a.k.a. LAREDO DON JUAN, Ismael; a.k.a. LAREDO DONJUAN, Ismael), Cuernavaca, Morelos, Mexico; DOB 28 Aug 1983; POB Acapulco de Juarez, Guerrero, Mexico; citizen Mexico; Gender Male; R.F.C. LADI830828T92 (Mexico); C.U.R.P. LADI830828HGRRNS08 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

LARGE RANGE LIMITED, 80 Broad Street, Monrovia, Liberia; Identification Number IMO 6002286 [VENEZUELA-EO13850].

LARGO LEASING LTD., c/o T.R.C. Corporate Services Limited P.O. Box 1982, George Town, Cayman Islands [SDNT].

LARI, 'Ali Ridha Qasabi (a.k.a. LARI, 'Ali Ridha Qassabi; a.k.a. QASSABI, Alireda Bashi M R), Qatar; DOB 1959; nationality Qatar; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1001546 (individual) [SDGT] (Linked To: HIZBALLAH).

LARI, 'Ali Ridha Qassabi (a.k.a. LARI, 'Ali Ridha Qasabi; a.k.a. QASSABI, Alireda Bashi M R),

Qatar; DOB 1959; nationality Qatar; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1001546 (individual) [SDGT] (Linked To: HIZBALLAH).

LARIJANI, Ali (Arabic: علی لاریجانی) (a.k.a. LARIJANI, Ali Ardeshir), Tehran, Iran; DOB 03 Jun 1958; POB Najaf, Iraq; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10010646 (Iran) expires 05 Sep 2027 (individual) [IRAN-EO13876] (Linked To: KHAMENEI, Ali Husseini).

LARIJANI, Ali Ardeshir (a.k.a. LARIJANI, Ali (Arabic: علی لاریجانی)), Tehran, Iran; DOB 03 Jun 1958; POB Najaf, Iraq; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10010646 (Iran) expires 05 Sep 2027 (individual) [IRAN-EO13876] (Linked To: KHAMENEI, Ali Husseini).

LARIJANI, Sadegh (a.k.a. LARIJANI, Sadegh Amoli; a.k.a. LARIJANI, Sadeq; a.k.a. LARIJANI, Sadeq Ardeshir; a.k.a. LARIJANI-AMOLI, Sadegh Ardeshir), Iran; DOB 1960; POB Najaf, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Ayatollah; Head of the Judiciary (individual) [IRAN-HR].

LARIJANI, Sadegh Amoli (a.k.a. LARIJANI, Sadegh; a.k.a. LARIJANI, Sadeq; a.k.a. LARIJANI, Sadeq Ardeshir; a.k.a. LARIJANI-AMOLI, Sadegh Ardeshir), Iran; DOB 1960; POB Najaf, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Ayatollah; Head of the Judiciary (individual) [IRAN-HR].

LARIJANI, Sadeq (a.k.a. LARIJANI, Sadegh; a.k.a. LARIJANI, Sadegh Amoli; a.k.a. LARIJANI, Sadeq Ardeshir; a.k.a. LARIJANI-AMOLI, Sadegh Ardeshir), Iran; DOB 1960; POB Najaf, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Ayatollah; Head of the Judiciary (individual) [IRAN-HR].

LARIJANI, Sadeq Ardeshir (a.k.a. LARIJANI, Sadegh; a.k.a. LARIJANI, Sadegh Amoli; a.k.a. LARIJANI, Sadeq; a.k.a. LARIJANI-AMOLI, Sadegh Ardeshir), Iran; DOB 1960; POB Najaf, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Ayatollah; Head of the Judiciary (individual) [IRAN-HR].

LARIJANI-AMOLI, Sadegh Ardeshir (a.k.a. LARIJANI, Sadegh; a.k.a. LARIJANI, Sadegh Amoli; a.k.a. LARIJANI, Sadeq; a.k.a. LARIJANI, Sadeq Ardeshir), Iran; DOB 1960; POB Najaf, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Ayatollah; Head of the Judiciary (individual) [IRAN-HR].

LARIN, Oleg (a.k.a. LARIN, Oleg Valentinovich (Cyrillic: ЛАРИН, Олег Валентинович)), Yesenina st., 79-108, Minsk, Belarus (Cyrillic: ул. Есенина, 79-108, г. Минск, Belarus); DOB 09 Oct 1973; nationality Belarus; Gender Male; National ID No. 3091073M001PB6 (Belarus); Tax ID No. AB6103853 (Belarus) (individual) [BELARUS-EO14038].

LARIN, Oleg Valentinovich (Cyrillic: ЛАРИН, Олег Валентинович) (a.k.a. LARIN, Oleg), Yesenina st., 79-108, Minsk, Belarus (Cyrillic: ул. Есенина, 79-108, г. Минск, Belarus); DOB 09 Oct 1973; nationality Belarus; Gender Male; National ID No. 3091073M001PB6 (Belarus); Tax ID No. AB6103853 (Belarus) (individual) [BELARUS-EO14038].

LARIONOVA, Tatiana Petrovna (Cyrillic: ЛАРИОНОВА, Татьяна Петровна), Russia; DOB 02 Jul 1955; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LARK HOLDINGS PTE LTD (a.k.a. MGI PTE LTD; f.k.a. SINO RS ADVISORY PTE LTD), 77 Robinson Road #16-00, Singapore 068896, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Feb 2015; Registration Number 201505110K (Singapore) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT).

LARMENDEZ PITALUA, Omar (a.k.a. LORMENDES PITALUA, Omar; a.k.a. LORMENDEZ PATALUA, Omar; a.k.a. LORMENDEZ PITALUA, Omar), Mexico; DOB 18 Jan 1972; POB Lecheria Tultitlan, Mexico; alt. POB Tlalnepantla De Baz, Mexico, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. LOPO720118HMCRTM01 (Mexico) (individual) [SDNTK].

LAROSA, Five Rose, Bahaarumagu 0808, Guraidhoo, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Non-specialized wholesale trade; Registration Number SP-0624/2018 (Maldives); Permit Number IG0724T102018 (Maldives) issued 22 May 2018 [SDGT] (Linked To: SHAMIL, Hussain).

LARRANAGA HERRERA, Jesus Norberto (a.k.a. "Chuy"; a.k.a. "El 30"; a.k.a. "Treinta"), Culiacan, Sinaloa, Mexico; DOB 14 Apr 1993; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LAHJ930414HSLRRS06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

LARRYCOM FOR INVESTMENT LTD, PO Box 6239, Khartoum, Sudan; Almanshia, Africa Road, Business Block, Khartoum, Sudan; Website www.larrycom-invest.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2002; Organization Type: Activities of holding companies [SDGT] (Linked To: KHAIR, Abdelbasit Hamza Elhassan Mohamed).

LAS FLORES CABANAS (n.k.a. CABANAS LA LOMA; n.k.a. CABANAS LA LOMA EN RENTA; n.k.a. CABANAS LA LOMA TAPALPA; a.k.a. CABANAS LAS FLORES), Km 5.4 Carretera Tapalpa - San Gabriel, Tapalpa, Jalisco 49340, Mexico; Website www.cabanaslasflores.com; alt. Website www.cabanaslalomatapalpa.com [SDNTK].

LAS INGENIERIAS S.A.S., Calle 144 16-34, Apto. 404, Bogota 1020, Colombia; Condominio Quintas De La Rioja, Casa 10, Etapa 1, Pereira, Risaralda, Colombia; Website lasingenierias.com; NIT # 9005892411 (Colombia) [SDNTK].

LASA PERU S.A.C., Jr. Emilio Althaus 748, Int. 3, Lima, Peru; RUC # 20509588091 (Peru) [SDNTK].

LASERBEE (a.k.a. LAZERBI), Pr-kt Kosygina D. 33, K. 1 Lit. A, Pomeshch. 1-N, Office 17, Saint Petersburg 195298, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1197847249236 (Russia); Tax ID No. 7806568352 (Russia) [RUSSIA-EO14024].

LASERCHIPS FZCO (Arabic: ليزر تشيبس ش م ح), Dubai Silicon Oasis, DSO-IFZA-21645, IFZA Properties, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 22209 (United Arab Emirates) [RUSSIA-EO14024].

LASERCUT LIMITED LIABILITY COMPANY, Pr-kt Obukhovskoi Oborony D. 70, K. 2 Lit. A, Pomeshch 1N, 2N, 3N, 4N, Kom. 105, 224, Saint Petersburg 192029, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7839090657 (Russia); Registration Number 1177847291962 (Russia) [RUSSIA-EO14024].

LASHGARIAN, Hamid Reza (Arabic: حمیدرضا لشگریان) (a.k.a. LASHGARIAN, Hamidreza), Iran; DOB 21 Mar 1961; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D10006686 (Iran) expires 17 Feb 2025; alt. Passport N46460034 (Iran) expires 08 Sep 2023; alt. Passport D10012058 (Iran) expires 01 May 2028; National ID No. 0046455922 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

LASHGARIAN, Hamidreza (a.k.a. LASHGARIAN, Hamid Reza (Arabic: حمیدرضا لشگریان)), Iran; DOB 21 Mar 1961; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D10006686 (Iran) expires 17 Feb 2025; alt. Passport N46460034 (Iran) expires 08 Sep 2023; alt. Passport D10012058 (Iran) expires 01 May 2028; National ID No. 0046455922 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

LASHGARIAN, Mahdi (Arabic: مهدی لشگریان) (a.k.a. LASHGARIAN, Mehdi), Iran; DOB 02 Jun 1989; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M56717088 (Iran) expires 08 Jun 2027; National ID No. 0010365044 (Iran); Birth Certificate Number 136544 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

LASHGARIAN, Mehdi (a.k.a. LASHGARIAN, Mahdi (Arabic: مهدی لشگریان)), Iran; DOB 02 Jun 1989; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M56717088 (Iran) expires 08 Jun 2027; National ID No. 0010365044 (Iran); Birth Certificate Number 136544 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

LASHKAR E JHANGVI (a.k.a. LASHKAR E JHANGVI AL-ALAMI; a.k.a. LASHKAR E JHANGVI AL-ALMI; a.k.a. LASHKAR I JHANGVI; a.k.a. LASHKAR-I-JHANGVI; a.k.a. LEJ AL-ALAMI; a.k.a. "LJ"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

LASHKAR E JHANGVI AL-ALAMI (a.k.a. LASHKAR E JHANGVI; a.k.a. LASHKAR E JHANGVI AL-ALMI; a.k.a. LASHKAR I JHANGVI; a.k.a. LASHKAR-I-JHANGVI; a.k.a. LEJ AL-ALAMI; a.k.a. "LJ"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

LASHKAR E JHANGVI AL-ALMI (a.k.a. LASHKAR E JHANGVI; a.k.a. LASHKAR E JHANGVI AL-ALAMI; a.k.a. LASHKAR I JHANGVI; a.k.a. LASHKAR-I-JHANGVI; a.k.a. LEJ AL-ALAMI; a.k.a. "LJ"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

LASHKAR E-TAYYIBA (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

LASHKAR E-TOIBA (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

LASHKAR I JHANGVI (a.k.a. LASHKAR E JHANGVI; a.k.a. LASHKAR E JHANGVI AL-ALAMI; a.k.a. LASHKAR E JHANGVI AL-ALMI; a.k.a. LASHKAR-I-JHANGVI; a.k.a. LEJ AL-ALAMI; a.k.a. "LJ"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

LASHKAREVA, Nadezhda Vitalevna (Cyrillic: ЛАШКАРЕВА, Надежда Витальевна) (a.k.a. LASHKAROVA, Nadiya Vitaliivna (Cyrillic: ЛАШКАРЬОВА, Надія Віталіївна); a.k.a. LASHKARYOVA, Nadezhda Vitalyevna (Cyrillic: ЛАШКАРЁВА, Надежда Витальевна)), Dnipro, Ukraine; Krasnyy Luch, Ukraine; DOB 08 Nov 1961; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

LASHKAR-I-JHANGVI (a.k.a. LASHKAR E JHANGVI; a.k.a. LASHKAR E JHANGVI AL-ALAMI; a.k.a. LASHKAR E JHANGVI AL-ALMI; a.k.a. LASHKAR I JHANGVI; a.k.a. LEJ AL-ALAMI; a.k.a. "LJ"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

LASHKAR-I-TAIBA (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE

PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

LASHKAROVA, Nadiya Vitaliivna (Cyrillic: ЛАШКАРЬОВА, Надія Віталіївна) (a.k.a. LASHKAREVA, Nadezhda Vitalevna (Cyrillic: ЛАШКАРЕВА, Надежда Витальевна); a.k.a. LASHKARYOVA, Nadezhda Vitalyevna (Cyrillic: ЛАШКАРЁВА, Надежда Витальевна)), Dnipro, Ukraine; Krasnyy Luch, Ukraine; DOB 08 Nov 1961; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

LASHKARYOVA, Nadezhda Vitalyevna (Cyrillic: ЛАШКАРЁВА, Надежда Витальевна) (a.k.a. LASHKAREVA, Nadezhda Vitalevna (Cyrillic: ЛАШКАРЕВА, Надежда Витальевна); a.k.a. LASHKAROVA, Nadiya Vitaliivna (Cyrillic: ЛАШКАРЬОВА, Надія Віталіївна)), Dnipro, Ukraine; Krasnyy Luch, Ukraine; DOB 08 Nov 1961; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

LASIAKIN, Aliaksandr Mikhailavich (a.k.a. LASIAKIN, Aliaksandr Mikhajlavich; a.k.a. LASYAKIN, Aliaksandr Mikhailavich (Cyrillic: ЛАСЯКІН, Аляксандр Міхайлавіч); a.k.a. LOSIAKIN, Aleksandr Mikhailovich; a.k.a. LOSYAKIN, Aleksandr; a.k.a. LOSYAKIN, Alexander; a.k.a. LOSYAKIN, Alexander Mikhailovich (Cyrillic: ЛОСЯКИН, Александр Михайлович)), Vitebsk, Belarus; DOB 21 Jul 1957; POB Novaya Belitsa, Vitebsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LASIAKIN, Aliaksandr Mikhailavich (a.k.a. LASIAKIN, Aliaksandr Mikhajlavich; a.k.a. LASYAKIN, Aliaksandr Mikhailavich (Cyrillic: ЛАСЯКІН, Аляксандр Міхайлавіч); a.k.a. LOSIAKIN, Aleksandr Mikhailovich; a.k.a. LOSYAKIN, Aleksandr; a.k.a. LOSYAKIN, Alexander; a.k.a. LOSYAKIN, Alexander Mikhailovich (Cyrillic: ЛОСЯКИН, Александр Михайлович)), Vitebsk, Belarus; DOB 21 Jul 1957; POB Novaya Belitsa, Vitebsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LASKAR 99 (a.k.a. JAMAAH ANSHARUT TAUHID; a.k.a. JAMA'AH ANSHARUT TAUHID; a.k.a. JEMMAH ANSHARUT TAUHID; a.k.a. JEM'MAH ANSHARUT TAUHID; a.k.a. JEMMAH ANSHORUT TAUHID; a.k.a. "JAT"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

LASKAR MUJAHIDIN (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LASKAR MUJAHIDIN INDONESIA (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LASKAR MUJAHIDIN MAJELIS MUJAHIDIN (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEEN

COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LASSARD, Sh. Varshavskoe D. 26, Str. 11, Pomeshch. 1TS, Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4025442914 (Russia); Registration Number 1154025001030 (Russia) [RUSSIA-EO14024].

LASTSIX TRADING LIMITED (a.k.a. OKHAR TRADING LIMITED; a.k.a. SAIGO INTERNATIONAL TRADING CO., LIMITED), Room 613, 6/F, Blk A Hoplite Ind Center No.3-5, Wang Tai Rd, Hong Kong, China; Organization Established Date 22 Mar 2021; Company Number 3030638 (Hong Kong); Business Registration Number 72809197 (Hong Kong) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

LASYAKIN, Aliaksandr Mikhailavich (Cyrillic: ЛАСЯКІН, Аляксандр Міхайлавіч) (a.k.a. LASIAKIN, Aliaksandr Mikhailavich; a.k.a. LASIAKIN, Aliaksandr Mikhajlavich; a.k.a. LOSIAKIN, Aleksandr Mikhailovich; a.k.a. LOSYAKIN, Aleksandr; a.k.a. LOSYAKIN, Alexander; a.k.a. LOSYAKIN, Alexander Mikhailovich (Cyrillic: ЛОСЯКИН, Александр Михайлович)), Vitebsk, Belarus; DOB 21 Jul 1957; POB Novaya Belitsa, Vitebsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LATHYRUS SHIPPING COMPANY, 80 Broad Street, Monrovia, Liberia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2024; Identification Number IMO 6498685; Registration Number C-126303 (Liberia) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: HALAVINS, Aleksejs).

LATICOM LTD, 4806-I Proezd Zelenograd, 4 St, Moscow, Russia; Proezd 4922-I D. 4, Str. 3, Pomeshch. 3/1, Zelenograd 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735528382 (Russia); Registration Number 5077746296800 (Russia) [RUSSIA-EO14024].

LATORTUE, Youri, Haiti; DOB 13 Nov 1967; POB Gonaives, Artibonite, Haiti; nationality Haiti; Gender Male; National ID No. 05-01-99-1967-11-00001 (Haiti) (individual) [ILLICIT-DRUGS-EO14059].

LATT, Tun Min, 201, Tetkatho Yeikmon Condo-C, New University Avenue, Bahan Township, Yangon 11201, Burma; 45 Zayathukha Road, 54-Thuwunna Thingangyun Township, Yangon 11072, Burma; DOB 06 Feb 1969; POB Yangon, Burma; nationality Burma; Gender Male; Passport ME444441 (Burma) issued 13 Sep 2019 expires 12 Sep 2024; National ID No. 12/DAGANAN004114 (Burma) (individual) [BURMA-EO14014].

LATVIAN TRANSIT BUSINESS ASSOCIATION (a.k.a. LATVIJAS TRANZITA BIZNESA ASOCIACIJA; a.k.a. TRANSIT BUSINESS ASSOCIATION OF LATVIA), 66 Dzintaru iela, Ventspils LV-3602, Latvia; Tax ID No. 40008008110 (Latvia) [GLOMAG] (Linked To: LEMBERGS, Aivars).

LATVIJAS TRANZITA BIZNESA ASOCIACIJA (a.k.a. LATVIAN TRANSIT BUSINESS ASSOCIATION; a.k.a. TRANSIT BUSINESS ASSOCIATION OF LATVIA), 66 Dzintaru iela, Ventspils LV-3602, Latvia; Tax ID No. 40008008110 (Latvia) [GLOMAG] (Linked To: LEMBERGS, Aivars).

LAU, Chi Wai (Chinese Traditional: 劉賜蕙) (a.k.a. LAU, Edwina; a.k.a. LAU, Edwina Chi Wai; a.k.a. LIU, Cihui (Chinese Simplified: 刘赐蕙)), Hong Kong, China; DOB 29 Jul 1965; POB Hong Kong, China; nationality China; Gender Female; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport HA1338416 (Hong Kong) expires 27 May 2015; National ID No. D5545251 (Hong Kong) (individual) [HK-EO13936].

LAU, Edwina (a.k.a. LAU, Chi Wai (Chinese Traditional: 劉賜蕙); a.k.a. LAU, Edwina Chi Wai; a.k.a. LIU, Cihui (Chinese Simplified: 刘赐蕙)), Hong Kong, China; DOB 29 Jul 1965; POB Hong Kong, China; nationality China; Gender Female; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport HA1338416 (Hong Kong) expires 27 May 2015; National ID No. D5545251 (Hong Kong) (individual) [HK-EO13936].

LAU, Edwina Chi Wai (a.k.a. LAU, Chi Wai (Chinese Traditional: 劉賜蕙); a.k.a. LAU, Edwina; a.k.a. LIU, Cihui (Chinese Simplified: 刘赐蕙)), Hong Kong, China; DOB 29 Jul 1965; POB Hong Kong, China; nationality China; Gender Female; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport HA1338416 (Hong Kong) expires 27 May 2015; National ID No. D5545251 (Hong Kong) (individual) [HK-EO13936].

LAURENTSYEU, Anton Kanstantsinavich (a.k.a. LAVRENTIEV, Anton Konstantinovich), 34 apt. 56, St. Ivan Bogatyreva, Rogachev City, Gomel Region, Belarus; DOB 09 Apr 1989; POB Tashkent, Uzbekistan; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 3090489M023PB4 (Belarus) (individual) [RUSSIA-EO14024].

LAVIAN, Arash (a.k.a. LAVIYAN, Arash), Iran; DOB 08 Jun 1979; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0057951780 (Iran) (individual) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

LAVIDA CORPORATION LIMITED, Rm 4, 16/F, Ho King Comm Ctr, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Nov 2022; Company Number 3212723 (Hong Kong); Business Registration Number 74648222 (Hong Kong) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

LAVILLA, Mile D. (a.k.a. DE LAVILLA, Mike; a.k.a. LABELLA, Omar; a.k.a. LAVILLA, Omar; a.k.a. LAVILLA, Ramo; a.k.a. LAVILLA, Reuben; a.k.a. LAVILLA, Reuben Omar; a.k.a. LAVILLA, Reymund; a.k.a. LAVILLA, Ruben Pestano, Jr.; a.k.a. LOBILLA, Shaykh Omar; a.k.a. MUDDARIS, Abdullah; a.k.a. SHARIEF, Ahmad Omar), 10th Avenue, Caloocan City, Manila, Philippines; Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; DOB 04 Oct 1972; POB Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

LAVILLA, Omar (a.k.a. DE LAVILLA, Mike; a.k.a. LABELLA, Omar; a.k.a. LAVILLA, Mile D.; a.k.a. LAVILLA, Ramo; a.k.a. LAVILLA, Reuben; a.k.a. LAVILLA, Reuben Omar; a.k.a. LAVILLA, Reymund; a.k.a. LAVILLA, Ruben Pestano, Jr.; a.k.a. LOBILLA, Shaykh Omar; a.k.a. MUDDARIS, Abdullah; a.k.a. SHARIEF, Ahmad Omar), 10th Avenue, Caloocan City, Manila, Philippines; Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; DOB 04 Oct 1972; POB Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

LAVILLA, Ramo (a.k.a. DE LAVILLA, Mike; a.k.a. LABELLA, Omar; a.k.a. LAVILLA, Mile D.; a.k.a. LAVILLA, Omar; a.k.a. LAVILLA, Reuben; a.k.a. LAVILLA, Reuben Omar; a.k.a. LAVILLA, Reymund; a.k.a. LAVILLA, Ruben Pestano, Jr.; a.k.a. LOBILLA, Shaykh Omar; a.k.a. MUDDARIS, Abdullah; a.k.a. SHARIEF, Ahmad Omar), 10th Avenue, Caloocan City, Manila, Philippines; Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; DOB 04 Oct 1972; POB Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

LAVILLA, Reuben (a.k.a. DE LAVILLA, Mike; a.k.a. LABELLA, Omar; a.k.a. LAVILLA, Mile D.; a.k.a. LAVILLA, Omar; a.k.a. LAVILLA, Ramo; a.k.a. LAVILLA, Reuben Omar; a.k.a. LAVILLA, Reymund; a.k.a. LAVILLA, Ruben Pestano, Jr.; a.k.a. LOBILLA, Shaykh Omar; a.k.a. MUDDARIS, Abdullah; a.k.a. SHARIEF, Ahmad Omar), 10th Avenue, Caloocan City, Manila, Philippines; Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; DOB 04 Oct 1972; POB Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

LAVILLA, Reuben Omar (a.k.a. DE LAVILLA, Mike; a.k.a. LABELLA, Omar; a.k.a. LAVILLA, Mile D.; a.k.a. LAVILLA, Omar; a.k.a. LAVILLA, Ramo; a.k.a. LAVILLA, Reuben; a.k.a. LAVILLA, Reymund; a.k.a. LAVILLA, Ruben Pestano, Jr.; a.k.a. LOBILLA, Shaykh Omar; a.k.a. MUDDARIS, Abdullah; a.k.a. SHARIEF, Ahmad Omar), 10th Avenue, Caloocan City, Manila, Philippines; Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; DOB 04 Oct 1972; POB Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

LAVILLA, Reymund (a.k.a. DE LAVILLA, Mike; a.k.a. LABELLA, Omar; a.k.a. LAVILLA, Mile D.; a.k.a. LAVILLA, Omar; a.k.a. LAVILLA, Ramo; a.k.a. LAVILLA, Reuben; a.k.a. LAVILLA, Reuben Omar; a.k.a. LAVILLA, Ruben Pestano, Jr.; a.k.a. LOBILLA, Shaykh Omar; a.k.a. MUDDARIS, Abdullah; a.k.a. SHARIEF, Ahmad Omar), 10th Avenue, Caloocan City, Manila, Philippines; Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; DOB 04 Oct 1972; POB Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

LAVILLA, Ruben Pestano, Jr. (a.k.a. DE LAVILLA, Mike; a.k.a. LABELLA, Omar; a.k.a. LAVILLA, Mile D.; a.k.a. LAVILLA, Omar; a.k.a. LAVILLA, Ramo; a.k.a. LAVILLA, Reuben; a.k.a. LAVILLA, Reuben Omar; a.k.a. LAVILLA, Reymund; a.k.a. LOBILLA, Shaykh Omar; a.k.a. MUDDARIS, Abdullah; a.k.a. SHARIEF, Ahmad Omar), 10th Avenue, Caloocan City, Manila, Philippines; Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; DOB 04 Oct 1972; POB Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

LAVINA PULS (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVESTVENNOSTYU LAVINA PULS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕГННОЙ ОТВЕТСТВЕННОСТЬЮ ЛАВИНА ПУЛЬС); a.k.a. OOO LAVINA PULS (Cyrillic: ООО ЛАВИНА ПУЛЬС)), d. 6 kab. 103, ul. 2-Ya Ostankinskaya, Moscow 129515, Russia; Website www.lavinapuls.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Oct 2016; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7704374171 (Russia); Government Gazette Number 04897659 (Russia); Registration Number 5167746073150 (Russia) [RUSSIA-EO14024].

LAVINYA PLAST KIMYEVI MADDELER VE PETROL URUNLERI NAKLIYE SANAYI IC VE DIS TICARET ANONIM SIRKETI, Nidapark K.Sehir D Blok, No:47Dj Kayabasi Mahallesi Kayasehir Bulvari, Basaksehir, Istanbul, Turkey; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 2015; Registration Number 967562 (Turkey) [IRAN-EO13846].

LAVIYAN, Arash (a.k.a. LAVIAN, Arash), Iran; DOB 08 Jun 1979; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0057951780 (Iran) (individual) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

LAVOCHKIN SCIENTIFIC RESEARCH ASSOCIATION (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION NAMED AFTER S. A. LAVOCHKINA; a.k.a. NAUCHNO PROIZVODSTVENNOYE OBYEDINENIYE IMENI LAVOCHKINA; a.k.a. NPO IMENI LAVOCHKINA; a.k.a. S.A. LAVOCHKIN NPO; a.k.a. S.A. LAVOCHKIN SCIENTIFIC PRODUCTION ASSOCIATION), 24 Leningradskaya Str., Khimki, Moscow region 141411, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 05 Apr 2017; Tax ID No. 5047196566 (Russia); Registration Number 1175029009363 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

LAVRENKOV, Igor Valerievich (Cyrillic: ЛАВРЕНКОВ, Игорь Валерьевич), Surat Thani 84320, Thailand; Chaoyang District, Beijing, China; DOB 30 Jan 1974; POB Russia; nationality Saint Kitts and Nevis; alt. nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport RE0028598 (Saint Kitts and Nevis); alt. Passport RE0013455 (Saint Kitts and Nevis); alt. Passport 51NO5354610 (Russia) (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

LAVRENTIEV, Anton Konstantinovich (a.k.a. LAURENTSYEU, Anton Kanstantsinavich), 34 apt. 56, St. Ivan Bogatyreva, Rogachev City, Gomel Region, Belarus; DOB 09 Apr 1989; POB Tashkent, Uzbekistan; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 3090489M023PB4 (Belarus) (individual) [RUSSIA-EO14024].

LAVRENTYEV INSTITUTE OF HYDRODYNAMICS OF SIBERIAN BRANCH OF RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERAL STATE BUDGETARY INSTITUTE OF SCIENCE INSTITUTE OF HYDRODYNAMICS NAMED AFTER M A LAVRENTYEV OF THE SIBERIAN BRANCH OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "IGIL SO RAN"), Prosp Akademika Lavrentyeva 15, Novosibirsk 630090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5408100064 (Russia); Registration Number 1025403648600 (Russia) [RUSSIA-EO14024].

LAVRIK, Valentina Vasilevna (Cyrillic: ЛАВРИК, Валентина Васильевна), Crimea, Ukraine; DOB 25 Feb 1969; POB Khomenky, Vinnytsia Region, Ukraine; nationality Ukraine; alt. nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2525814485 (Ukraine); alt. Tax ID No. 910901957068 (Russia) (individual) [RUSSIA-EO14024].

LAVRINENKO, Alexey Fodorovich (Cyrillic: ЛАВРИНЕНКО, Алексей Фёдорович), Russia; DOB 20 Aug 1955; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LAVRISHCHEV, Andrei Vasilyevich (a.k.a. LAVRISHCHEV, Andrey Vasilyevich (Cyrillic: ЛАВРИЩЕВ, Андрей Васильевич); a.k.a. "LAVRISHEV, Andrei V"), Russia; DOB 12 Oct 1959; POB Blagoveshchensk, Amur Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

LAVRISHCHEV, Andrey Vasilyevich (Cyrillic: ЛАВРИЩЕВ, Андрей Васильевич) (a.k.a. LAVRISHCHEV, Andrei Vasilyevich; a.k.a. "LAVRISHEV, Andrei V"), Russia; DOB 12 Oct 1959; POB Blagoveshchensk, Amur Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

LAVROV, Sergei Viktorovich (Cyrillic: ЛАВРОВ, Сергей Викторович) (a.k.a. LAVROV, Sergey), Russia; DOB 21 Mar 1950; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Minister of Foreign Affairs of the Russian Federation (individual) [RUSSIA-EO14024].

LAVROV, Sergey (a.k.a. LAVROV, Sergei Viktorovich (Cyrillic: ЛАВРОВ, Сергей Викторович)), Russia; DOB 21 Mar 1950; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Minister of Foreign Affairs of the Russian Federation (individual) [RUSSIA-EO14024].

LAVROVA, Maria Aleksandrovna (Cyrillic: ЛАВРОВА, Мария Александровна), Russia; DOB 04 Apr 1950; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

LAVROVA, Yekaterina Sergeyevna (Cyrillic: ЛАВРОВА, Екатерина Сергеевна) (a.k.a. VINOKUROVA, Yekaterina Sergeyevna (Cyrillic: ВИНОКУРОВА, Екатерина Сергеевна)), Russia; DOB 03 Apr 1983; POB New York, United States; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN (a.k.a. IRANIAN POLICE; a.k.a. IRAN'S LAW ENFORCEMENT FORCES; a.k.a. NAJA; a.k.a. NIRUYIH INTIZAMIYEH JUMHURIYIH ISLAMIYIH IRAN); Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR] [HRIT-IR].

LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN COOPERATIVE FOUNDATION (a.k.a. BONYAD TA'AVON OF NAJA; a.k.a. NIROOYE ENTEZAMI JOMHORI ESLAMI BONYAD TA'AVON; a.k.a. "LAW ENFORCEMENT FORCES COOPERATIVE FOUNDATION"; a.k.a. "POLICE COOPERATIVE FOUNDATION"), Hekmat Complex, At the Beginning of Marzdaran Boulevard, Sheikh Fazlollah Nuri Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100477865 (Iran); Registration ID 12322 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

LAYTH, Umm (a.k.a. MAHMOOD, Aqsa), Raqqa, Syria; DOB 11 May 1994; POB Glasgow, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 720134834 (United Kingdom) issued 27 Jun 2012 expires 27 Jun 2022; National ID No. 3520162676986 (Pakistan) (individual) [SDGT].

LAZAREVIC, Vladimir; DOB 23 Mar 1949; POB Gricar (individual) [BALKANS].

LAZARUS GROUP (a.k.a. "APPLEWORM"; a.k.a. "APT-C-26"; a.k.a. "GROUP 77"; a.k.a. "GUARDIANS OF PEACE"; a.k.a. "HIDDEN COBRA"; a.k.a. "OFFICE 91"; a.k.a. "RED DOT"; a.k.a. "TEMP.HERMIT"; a.k.a. "THE NEW ROMANTIC CYBER ARMY TEAM"; a.k.a. "WHOIS HACKING TEAM"; a.k.a. "ZINC"), Potonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0x098B716B8Aaf21512996dC57EB0615e2383E2f96; alt. Digital Currency Address - ETH 0xa0e1c89Ef1a489c9C7dE96311eD5Ce5D32c20E4B; alt. Digital Currency Address - ETH 0x3Cffd56B47B7b41c56258D9C7731ABaDc360E073; alt. Digital Currency Address - ETH 0x53b6936513e738f44FB50d2b9476730C0Ab3Bfc1; alt. Digital Currency Address - ETH 0x35fB6f6DB4fb05e6A4cE86f2C93691425626d4b1; alt. Digital Currency Address - ETH 0xF7B31119c2682c88d88D455dBb9d5932c65Cf1bE; alt. Digital Currency Address - ETH 0x3e37627dEAA754090fBFbb8bd226c1CE66D255e9; alt. Digital Currency Address - ETH 0x08723392Ed15743cc38513C4925f5e6be5c17243; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

LAZCANO LAZCANO, Heriberto, Mariano Zavala 51, Seccion 16, Matamoros, Tamaulipas, Mexico; Ciudad Miguel Aleman, Tamaulipas, Mexico; DOB 25 Dec 1974; alt. DOB 25 Jan 1974; alt. DOB 01 Jan 1970; POB Hidalgo, Mexico; alt. POB Pachuca, Hidalgo, Mexico; nationality Mexico; citizen Mexico; R.F.C. LALH741225 (Mexico); C.U.R.P.

LALH741225HHGZZR03 (Mexico) (individual) [SDNTK].

LAZERBI (a.k.a. LASERBEE), Pr-kt Kosygina D. 33, K. 1 Lit. A, Pomeshch. 1-N, Office 17, Saint Petersburg 195298, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1197847249236 (Russia); Tax ID No. 7806568352 (Russia) [RUSSIA-EO14024].

LAZERFORM (a.k.a. LIMITED LIABILITY COMPANY LASERFORM), Ul. Avtomotornaya D. 1/3, Str. 2, Floor 6, Pomeshch. I Komnata 11, Moscow 125438, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722748800 (Russia); Registration Number 1117746445849 (Russia) [RUSSIA-EO14024].

LAZERNYE KOMPONENTY OOO (a.k.a. LLC LASER COMPONENTS (Cyrillic: ООО ЛАЗЕРНЫЕ КОМПОНЕНТЫ)), Shosse Varshavskoe, Dom 1, Stroenie 17, Etazh 2, Komnata 1, Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704811495 (Russia); Registration Number 1127746532616 (Russia) [RUSSIA-EO14024].

LAZURIT CENTRAL DESIGN BUREAU JOINT STOCK COMPANY (a.k.a. AKTSIONERNOYE OBSHCHESTVO TSENTRALNOYE KONSTRUKTORSKOYE BYURO LAZURIT (Cyrillic: ЦЕНТРАЛЬНОЕ КОНСТРУКТОРСКОЕ БЮРО ЛАЗУРИТ); a.k.a. AO TSKB LAZURIT), 57 Ulitsa Svobody, Nizhni Novgorod 603003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Feb 1994; Tax ID No. 5263000105 (Russia); Registration Number 1025204408910 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

LAZUTKINA, Yulia Viktorovna (Cyrillic: ЛАЗУТКИНА, Юлия Викторовна) (a.k.a. LAZUTKINA, Yuliya Viktorovna), Russia; DOB 11 Mar 1981; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LAZUTKINA, Yuliya Viktorovna (a.k.a. LAZUTKINA, Yulia Viktorovna (Cyrillic: ЛАЗУТКИНА, Юлия Викторовна)), Russia; DOB 11 Mar 1981; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LE GROUPE SALAFISTE POUR LA PREDICATION ET LE COMBAT (a.k.a. AL-QA'IDA IN THE ISLAMIC MAGHREB; a.k.a. AQIM; a.k.a. GSPC; a.k.a. SALAFIST GROUP FOR CALL AND COMBAT; a.k.a. SALAFIST GROUP FOR PREACHING AND COMBAT; a.k.a. TANZIM AL-QA'IDA FI BILAD AL-MAGHRIB AL-ISLAMIYA); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

LE MONDE MARINE SERVICES LIMITED, 80 Broad Street, Monrovia, Liberia; Organization Established Date 2023; Identification Number IMO 6443668 [IRAN-EO13902].

LE RESEAU DE SOLIDARITE AUX PRISONNIERS PALESTINIENS SAMIDOUN (a.k.a. SAMIDOUN; a.k.a. SAMIDOUN PALESTINIAN PRISONER SOLIDARITY NETWORK; a.k.a. "HIRAK"), Vancouver, British Columbia, Canada; London, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2011 to 2012; National ID No. 12793741 (Canada); UK Company Number 13885242 (United Kingdom) [SDGT] (Linked To: POPULAR FRONT FOR THE LIBERATION OF PALESTINE).

LEADER (HONG KONG) INTERNATIONAL TRADING LIMITED (a.k.a. LEADER INTERNATIONAL TRADING LIMITED), Room 1610 Nan Fung Tower, 173 Des Voeux Road, Hong Kong; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

LEADER INTERNATIONAL TRADING LIMITED (a.k.a. LEADER (HONG KONG) INTERNATIONAL TRADING LIMITED), Room 1610 Nan Fung Tower, 173 Des Voeux Road, Hong Kong; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

LEADING CAPITAL INVESTMENT LTD, Virgin Islands, British; 70 Charlotte Street, London W1T 4QG, United Kingdom; Apartment 6.2, 10 Lancelot Place, London SW7 1DR, United Kingdom; Car Park Space 34, 10 Lancelot Place, London SW7 1DS, United Kingdom; Secondary sanctions risk: See Section 11 of Executive Order 14024. [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LEADING EDGE SOURCING CORPORATION (a.k.a. SOURCE1WELLNESS), Plaza 2000 Building, 10th Floor, Calle 50, Panama City 0834-1987, Panama; P.O. Box 831, 34 Hudson Bay Avenue, Kirkland Lake, Ontario P2N 1Z3, Canada; Website http://lescpanama.com; alt. Website http://www.sourceonewellness.com; RUC # 22565211782546 (Panama) [SDNTK].

LEADING PRODUCTION AND TECHNICAL ENTERPRISE GRANIT (a.k.a. AKTSIONERNOE OSCHEVSTVO GOLOVNOE PROIZVODSTVENNO-TEHNICHESKOE PREDPRIYATIE GRANIT; a.k.a. ALMAZ-ANTEY GPTP GRANITE; a.k.a. JSC GPTP GRANIT; a.k.a. JSC HEAD TECHNOLOGICAL ENTERPRISE GRANIT), 7 Molodogvardeyskaya Str., Moscow 121467, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Oct 2002; Tax ID No. 7731263174 (Russia); Registration Number 1027731005323 (Russia) [RUSSIA-EO14024].

LEAGUE OF THE RIGHTEOUS (a.k.a. AL-TAYAR AL-RISALI; a.k.a. ASA'IB AHL AL-HAQ; a.k.a. ASA'IB AHL AL-HAQ MIN AL-IRAQ; a.k.a. ASA'IB AHL AL-HAQQ; a.k.a. ASAIB AL HAQ; a.k.a. KHAZALI NETWORK; a.k.a. KHAZALI SPECIAL GROUP; a.k.a. KHAZALI SPECIAL GROUPS NETWORK; a.k.a. QAZALI NETWORK; a.k.a. "AAH"; a.k.a. "THE MISSIONARY CURRENT"; a.k.a. "THE PEOPLE OF THE CAVE"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

LEAL JIMENEZ, Joaquin, Mexico; DOB 17 Jul 1992; POB Guanajuato, Mexico; citizen Mexico; Gender Male; C.U.R.P. LEJJ920717HGTLMQ01 (Mexico) (individual) [VENEZUELA-EO13850].

LEASING COMPANY KAMAZ INCORPORATED (a.k.a. KAMAZ LEASING CO OAO; a.k.a. KAMAZ LEASING COMPANY INC.; a.k.a. LIZINGOVAYA KOMPANIYA KAMAZ PAO), PR-KT Avtozavodskii D. 2, Naberezhnyye

Chelny 423827, Russia; Prospect Avtozavodskii, 2, Naberezhnyye Chelny, Tatarstan 423827, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Aug 2005; Tax ID No. 1650130591 (Russia); Government Gazette Number 78681685 (Russia); Registration Number 1051614089944 (Russia) [RUSSIA-EO14024].

LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

LEBANESE COMMUNICATION GROUP (a.k.a. LEBANESE MEDIA GROUP), Al Manar Building, Ahmad Kassir Street, Haret Hriek, Baabda, Lebanon; Abed Al Nour Street, Haret Hriek, PO Box 354/25, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Commercial Registry Number 59531 (Lebanon) [SDGT].

LEBANESE COMPANY FOR INFORMATION AND STUDIES SARL (Arabic: الشركة اللبنانية للاعلام والدراسات) (a.k.a. LEBANESE COMPANY FOR MEDIA AND STUDIES LLC; a.k.a. "LCIS"), Taysir Shararah Building, Floor 3, Jinah, Lebanon; Sheikh Building, 5th floor, Nazlat al Sarola, Mneimneh Street, Al Hamra, Beirut, Lebanon; Snoubra Building, 6th Floor, Sami el Solh Street, Badaro, Beirut, Lebanon; Website http://lcis.media; alt. Website www.imarwaiktissad.com; alt. Website www.greenarea.me; alt. Website www.russia-now.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 1004003 (Lebanon) issued 03 Aug 2005 [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

LEBANESE COMPANY FOR MEDIA AND STUDIES LLC (a.k.a. LEBANESE COMPANY FOR INFORMATION AND STUDIES SARL (Arabic: الشركة اللبنانية للاعلام والدراسات); a.k.a. "LCIS"), Taysir Shararah Building, Floor 3, Jinah, Lebanon; Sheikh Building, 5th floor, Nazlat al Sarola, Mneimneh Street, Al Hamra, Beirut, Lebanon; Snoubra Building, 6th Floor, Sami el Solh Street, Badaro, Beirut, Lebanon; Website http://lcis.media; alt. Website www.imarwaiktissad.com; alt. Website www.greenarea.me; alt. Website www.russia-now.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 1004003 (Lebanon) issued 03 Aug 2005 [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

LEBANESE COMPANY FOR PUBLICATION AND RESEARCH (a.k.a. LEBANESE COMPANY FOR PUBLISHING, MEDIA, AND RESEARCH (Arabic: الشركة اللبنانية للنشر والاعلام والابحاث ش.م.م)), Sheikh Building, 5th Floor, Mneimneh Street, Al Hamra, Beirut, Lebanon; Snoubra Building, 6th floor, Sami El Solh Street, Badaro, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 1005025 (Lebanon) issued 17 Nov 2005 [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

LEBANESE COMPANY FOR PUBLISHING, MEDIA, AND RESEARCH (Arabic: الشركة اللبنانية للنشر والاعلام والابحاث ش.م.م) (a.k.a. LEBANESE COMPANY FOR PUBLICATION AND RESEARCH), Sheikh Building, 5th Floor, Mneimneh Street, Al Hamra, Beirut, Lebanon; Snoubra Building, 6th floor, Sami El Solh Street, Badaro, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 1005025 (Lebanon) issued 17 Nov 2005 [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

LEBANESE HEZBOLLAH (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

LEBANESE HIZBALLAH (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD

ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

LEBANESE MARTYR ASSOCIATION (a.k.a. AL-MUA'ASSAT AL-SHAHID; a.k.a. AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION; a.k.a. AL-SHAHID FOUNDATION; a.k.a. AL-SHAHID ORGANIZATION; a.k.a. HIZBALLAH MARTYRS FOUNDATION; a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNDATION; a.k.a. LEBANESE MARTYR FOUNDATION; a.k.a. MARTYRS FOUNDATION IN LEBANON; a.k.a. MARTYRS INSTITUTE), P.O. Box 110 24, Bir al-Abed, Beirut, Lebanon; Biqa' Valley, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LEBANESE MARTYR FOUNDATION (a.k.a. AL-MUA'ASSAT AL-SHAHID; a.k.a. AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION; a.k.a. AL-SHAHID FOUNDATION; a.k.a. AL-SHAHID ORGANIZATION; a.k.a. HIZBALLAH MARTYRS FOUNDATION; a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNDATION; a.k.a. LEBANESE MARTYR ASSOCIATION; a.k.a. MARTYRS FOUNDATION IN LEBANON; a.k.a. MARTYRS INSTITUTE), P.O. Box 110 24, Bir al-Abed, Beirut, Lebanon; Biqa' Valley, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LEBANESE MEDIA GROUP (a.k.a. LEBANESE COMMUNICATION GROUP), Al Manar Building, Ahmad Kassir Street, Haret Hriek, Baabda, Lebanon; Abed Al Nour Street, Haret Hriek, PO Box 354/25, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 59531 (Lebanon) [SDGT].

LEBANESE MUSLIM BROTHERHOOD (Arabic: الجماعة الإسلامية بلبنان) (a.k.a. AL-JAMAA AL-ISLAMIYAH; a.k.a. AL-JAMAAH AL-ISLAMIYAH; a.k.a. JAMAA ISLAMIYA; a.k.a. JAMA'A ISLAMIYAH; a.k.a. JAMAA ISLAMIYAH; a.k.a. QUWAT AL-FAJR (Arabic: قوات الفجر); a.k.a. "AL-FAJER FORCES"; a.k.a. "AL-FAJR FORCES"; a.k.a. "ISLAMIC GROUP IN LEBANON"; a.k.a. "THE DAWN FORCES"; a.k.a. "THE FAJR FORCES"; a.k.a. "THE ISLAMIC GROUP"), Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1964; Organization Type: Advocacy organization [FTO] [SDGT].

LEBANESE UNITED GROUP SAL, Ground Floor, Burj al Jazira Building, Tarik El- Jdideh, Malaab Al Baladi, Beirut, Lebanon; Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 May 2016; Commercial Registry Number 2045634 (Lebanon) [SDGT] (Linked To: AYYUB, Fatimah 'Abdallah; Linked To: MURTADA, Mahasin Mahmud; Linked To: AYYUB, Hawra' 'Abdallah).

LEBEDEV PHYSICAL INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERAL STATE FINANCED INSTITUTION OF SCIENCE PHYSICAL HIGHER EDUCATION INSTITUTION NAMED AFTER P. N. LEBEDEVA OF THE RUSSIAN FEDERATION ACADEMY SCIENCES; a.k.a. "FIAN"; a.k.a. "LPI RAS"), 53 Leninsky Ave, Moscow 119991, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Oct 2001; Tax ID No. 7736037394 (Russia); Registration Number 1027739617960 (Russia) [RUSSIA-EO14024].

LEBEDEV, Dmitri Alekseevich (Cyrillic: ЛЕБЕДЕВ, Дмитрий Алексеевич), Russia; DOB 30 Mar 1968; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: AO ABR MANAGEMENT).

LEBEDEV, Oleg Aleksandrovich (Cyrillic: ЛЕБЕДЕВ, Олег Александрович), Russia; DOB 12 Oct 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LEBEDEV, Vladimir Albertovich (Cyrillic: ЛЕБЕДЕВ, Владимир Альбертович), Russia; DOB 23 Apr 1962; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LEBEDEV, Yevgeny Viktorovich (Cyrillic: ЛЕБЕДЕВ, Евгений Викторович), Russia; DOB 12 Dec 1957; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LEBEDINSKI GOK AO (a.k.a. LEBEDINSKIY GOK JSC; a.k.a. LEBEDINSKIY GORNO OBOGATITELNIY KOMBINAT JOINT STOCK COMPANY (Cyrillic: ЛЕБЕДИНСКИЙ ГОРНО ОБОГАТИТЕЛЬНЫЙ КОМБИНАТ АКЦИОНЕРНОЕ ОБЩЕСТВО); n.k.a. "LGOK"), Industrial Site of LGOK, Gubkin, Belgorod Oblast 309191, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1971; Organization Type: Mining of iron ores; Tax ID No. 3127000014 (Russia); Registration Number 1023102257914 (Russia) [RUSSIA-EO14024] (Linked To: HOLDINGOVAYA KOMPANIYA METALLOINVEST AO).

LEBEDINSKIY GOK JSC (a.k.a. LEBEDINSKI GOK AO; a.k.a. LEBEDINSKIY GORNO OBOGATITELNIY KOMBINAT JOINT STOCK COMPANY (Cyrillic: ЛЕБЕДИНСКИЙ ГОРНО ОБОГАТИТЕЛЬНЫЙ КОМБИНАТ АКЦИОНЕРНОЕ ОБЩЕСТВО); n.k.a. "LGOK"), Industrial Site of LGOK, Gubkin, Belgorod Oblast 309191, Russia; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Organization Established Date 1971; Organization Type: Mining of iron ores; Tax ID No. 3127000014 (Russia); Registration Number 1023102257914 (Russia) [RUSSIA-EO14024] (Linked To: HOLDINGOVAYA KOMPANIYA METALLOINVEST AO).

LEBEDINSKIY GORNO OBOGATITELNIY KOMBINAT JOINT STOCK COMPANY (Cyrillic: ЛЕБЕДИНСКИЙ ГОРНО ОБОГАТИТЕЛЬНЫЙ КОМБИНАТ АКЦИОНЕРНОЕ ОБЩЕСТВО) (a.k.a. LEBEDINSKI GOK AO; a.k.a. LEBEDINSKIY GOK JSC; n.k.a. "LGOK"), Industrial Site of LGOK, Gubkin, Belgorod Oblast 309191, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1971; Organization Type: Mining of iron ores; Tax ID No. 3127000014 (Russia); Registration Number 1023102257914 (Russia) [RUSSIA-EO14024] (Linked To: HOLDINGOVAYA KOMPANIYA METALLOINVEST AO).

LEBRA MOON GENERAL TRADING LLC, Office 503, Centurion Star Building B, Al Etihad Road, Port Saeed, Dubai, United Arab Emirates; P.O. 185331, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; License 735469 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ANSAR EXCHANGE).

LECHERIA SANTA MONICA (a.k.a. DORA PASTEURIZA DE LECHE SANTA MONICA; f.k.a. INDUSTRIAS DE GANADEROS S.A. DE C.V.; a.k.a. NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V.; a.k.a. SANTA MONICA DAIRY), Calle/Boulevard Doctor Mora 1230, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; Carretera Los Mochis Topolobampo, KM. 5.2, Los Mochis, Sinaloa, Mexico; Avenida Francisco Villa Norte 135, Colonia Ninos Heroes, Salvador Alvarado, Sinaloa 81400, Mexico; Carretera La Cruz KM 15 S/N, Colonia Arroyitos, La Cruz, Sinaloa 82700, Mexico; Chamizal S/N, La Cruz, Sinaloa 82700, Mexico; Carretera Internacional al Norte KM 1.5, 1207, Colonia Ejido Venadillo, Mazatlan, Sinaloa 82129, Mexico; Plaza Azul S/N, Colonia Las Brisas, Tecuala, Nayarit, Mexico; Calle Prolongacion Morelos y Matamoros S/N, Colonia Benito Juarez, Escuinapa, Sinaloa 82400, Mexico; Matamoros 5, Escuinapa,

Sinaloa 82478, Mexico; Carretera Internacional 1845, Bodega 8 y 10, Colonia Zona Industrial 2, Ciudad Obregon, Sonora 85065, Mexico; Calle Sauces 384, Colonia Del Bosque, Guasave, Sinaloa 81020, Mexico; Calle Federalismo 2000, Colonia Recursos Hidraulicos, Culiacan, Sinaloa 80060, Mexico; Carretera Augstin Olachea Local 30, Colonia Pericues, La Paz, Baja California Sur 23090, Mexico; Avenida Vallarta 2141, Colonia Centro, Culiacan, Sinaloa 80060, Mexico; Carretera A Navolato, Colonia Bachigualato, Culiacan, Sinaloa 80060, Mexico; Calle Tomate 10 Bodega 34Y5, Colonia Mercado Abastos, Culiacan, Sinaloa 83170, Mexico; Carretera A Topolobampo 5, Colonia Ninos Heroes, Ahome, Sinaloa 81290, Mexico; Avenida Xicotencalth # 1795, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; Calle Central Local A10, Colonia Mercado Abastos, Cajeme, Sonora 85000, Mexico; Calle Jose Diego Abad 2923, Colonia Bachigualato, Culiacan, Sinaloa 80140, Mexico; R.F.C. NIG-8802029-Y7 (Mexico) [SDNTK].

LECHKHADZHIEV, Ruslan Abdulvakhiyevich (Cyrillic: ЛЕЧХАДЖИЕВ, Руслан Абдулвахиевич), Russia; DOB 02 Jul 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LECHUGA LICONA, Alfonso, Mexico; DOB 14 Jan 1971; POB San Bartolo Tutotepec, Hidalgo, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. LELA710114HHGCCL08 (Mexico) (individual) [SDNTK].

LEDA LIMITED LIABILITY COMPANY (a.k.a. "LLC LEDA"), Ul. Gorbunova D. 2, Str. 3, Pomeshch. 31/2, Moscow 121596, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Feb 2014; Tax ID No. 7731466061 (Russia); Registration Number 1147746159549 (Russia) [RUSSIA-EO14024].

LEDKOV, Grigory Petrovich (Cyrillic: ЛЕДКОВ, Григорий Петрович), Russia; DOB 26 Mar 1969; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LEDRA NOMINEES LIMITED, 20 Vasilissis Freiderikis El Greco House, Apartment 104, Nicosia 1066, Cyprus; 15 Agiou Pavlou, Nicosia

1105, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number HE 60096 (Cyprus) [RUSSIA-EO14024] (Linked To: VASSILIADES, Christodoulos Georgiou).

LEDRA TRUSTEE SERVICES LIMITED, 15 Agiou Pavlou, Nicosia 1105, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number HE 97387 (Cyprus) [RUSSIA-EO14024] (Linked To: VASSILIADES, Christodoulos Georgiou).

LEDRA TRUSTEES LIMITED, 15 Agiou Pavlou, Nicosia 1105, Cyprus; 20 Vasilissis Freiderikis El Greco House, Apartment 104, Nicosia 1066, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number HE 60095 (Cyprus) [RUSSIA-EO14024] (Linked To: VASSILIADES, Christodoulos Georgiou).

LEE, Dongjin (a.k.a. DONGJIN, Lee; a.k.a. "LEE, DJ"), Korea, South; DOB 10 Jul 1962; POB Busan, South Korea; nationality Korea, South; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport M72673454 (Korea, South); alt. Passport M10069085 (Korea, South) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY AK MICROTECH).

LEE, John (a.k.a. LEE, John Ka-chiu; a.k.a. LEE, Ka Chiu (Chinese Traditional: 李家超); a.k.a. "LI, Jiachao"), Flat A, 5/F, Block 2, King's Park Villa, No. 1 King's Park Rise, Homantin, Kowloon, Hong Kong; DOB 07 Dec 1957; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. G0286787 (Hong Kong); Secretary for Security (individual) [HK-EO13936].

LEE, John Ka-chiu (a.k.a. LEE, John; a.k.a. LEE, Ka Chiu (Chinese Traditional: 李家超); a.k.a. "LI, Jiachao"), Flat A, 5/F, Block 2, King's Park Villa, No. 1 King's Park Rise, Homantin, Kowloon, Hong Kong; DOB 07 Dec 1957; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. G0286787 (Hong Kong); Secretary for Security (individual) [HK-EO13936].

LEE, Ka Chiu (Chinese Traditional: 李家超) (a.k.a. LEE, John; a.k.a. LEE, John Ka-chiu; a.k.a. "LI, Jiachao"), Flat A, 5/F, Block 2, King's Park Villa, No. 1 King's Park Rise, Homantin, Kowloon, Hong Kong; DOB 07 Dec 1957; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of

2020 - Public Law 116-149; National ID No. G0286787 (Hong Kong); Secretary for Security (individual) [HK-EO13936].

LEE, Karl (a.k.a. LI, Fangwei), China; c/o LIMMT ECONOMIC AND TRADE COMPANY, LTD., 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; DOB 18 Sep 1972; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

LEE, Kwai-wah (a.k.a. LI, Guihua (Chinese Simplified: 李桂华); a.k.a. LI, Kwai-wah (Chinese Traditional: 李桂華); a.k.a. LI, Steve Kwai-wah), Flat B, 22 Floor, Block 30, Laguna City, Lam Tin, Kowloon City, Hong Kong, China; DOB 22 Nov 1964; POB Hong Kong, China; nationality China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport K06749109 (Hong Kong) expires 06 Sep 2028; National ID No. D4017081 (Hong Kong) (individual) [HK-EO13936].

LEE, Lap Shun (a.k.a. "LEE, Francis"), China; DOB 17 Jan 1972; POB Hong Kong, China; nationality China; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

LEF SPECIAL UNITS (a.k.a. IRANIAN POLICE SPECIAL UNITS; a.k.a. NAJA SPECIAL UNITS; a.k.a. SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES; a.k.a. YEGAN-E VIZHE (Arabic: یگان ویژه ناجا); a.k.a. "YEGOP"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

LEGAL INTELLIGENCE GROUP LIMITED, Suite 1, 4 Montpelier Street, Knightsbridge, London SW7 1EE, United Kingdom; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Company Number 04092367 (United Kingdom) [RUSSIA-EO14024] (Linked To: VIKTOROV, Maksim Valeryevich).

LEGO INVESTMENTS EOOD (Cyrillic: ЛЕГО ИНВЕСТМЪНТС ЕООД), ul. Saborana, 2A, Sofia 1000, Bulgaria; Organization Established Date 2014; Company Number 202890848 (Bulgaria) [GLOMAG] (Linked To: RAHMANI, Ajmal).

LEGRA SOTOLONGO, Roberto (Latin: LEGRÁ SOTOLONGO, Roberto), Havana, Cuba; DOB 1955; POB Baracoa, Cuba; nationality Cuba; Gender Male; Deputy Chief of the General Staff Revolutionary Armed Forces and Chief of the

Directorate of Operations of the FAR (individual) [GLOMAG].

LE-HUA ELEC F CO. LTD (a.k.a. LE-HUA ELECTRONIC FIELD CO. LIMITED), Room B, 5/F, Building 2, Guilong Jiayuan Gui Yuan North Road, Guiyuan Neighborhood St Office, Luohu District, Shenzhen, Guangdong, China; 15th Floor, Ming Shang Ge Building, Bao'an Street, Luo Hu Area, Shenzhen, Guangdong, China; Flat/Room 1610, Nan Fung Tower, 173 Des Voeux Road Central, Hong Kong; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: CHERRI, Adel Mohamad).

LE-HUA ELECTRONIC FIELD CO. LIMITED (a.k.a. LE-HUA ELEC F CO. LTD), Room B, 5/F, Building 2, Guilong Jiayuan Gui Yuan North Road, Guiyuan Neighborhood St Office, Luohu District, Shenzhen, Guangdong, China; 15th Floor, Ming Shang Ge Building, Bao'an Street, Luo Hu Area, Shenzhen, Guangdong, China; Flat/Room 1610, Nan Fung Tower, 173 Des Voeux Road Central, Hong Kong; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: CHERRI, Adel Mohamad).

LEI, Bo (Chinese Simplified: 雷波), Chongqing, China; DOB 14 Aug 1977; POB Chongqing, China; nationality China; Gender Male; Passport G42787399 (China); National ID No. 510214197708143017 (China) (individual) [TCO] (Linked To: PRINCE GROUP TRANSNATIONAL CRIMINAL ORGANIZATION).

LEI, Guojian (Chinese Simplified: 雷国建) (a.k.a. "LEI, Jack"), China; DOB 21 May 1983; POB Boyang County, Jiangxi, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 362330198305216238 (China) (individual) [NPWMD] [IFSR] (Linked To: RAYMING TECHNOLOGY).

LEI, Zhang (a.k.a. CHANG, Eric; a.k.a. ZHANG, Lei; a.k.a. ZHANG, Shi); DOB 03 Jan 1976; POB Shanghai, China; citizen China; Passport G23851362 (China); alt. Passport W76048374 (China); National ID No. 320202197601030513 (China); Chinese Commercial Code 1728 4320

(individual) [SDNTK] (Linked To: CEC LIMITED).

LEISURE HOLIDAYS LIMITED (a.k.a. INOVEST LIMITED), 18, Drive 41, Tumas Galea Street, Ta'Paris, Birkirkara BKR 04, Malta; D-U-N-S Number 52-023-9744; V.A.T. Number MT14324921 (Malta); Tax ID No. 14324921 (Malta); Trade License No. C 19766 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

LEJ AL-ALAMI (a.k.a. LASHKAR E JHANGVI; a.k.a. LASHKAR E JHANGVI AL-ALAMI; a.k.a. LASHKAR E JHANGVI AL-ALMI; a.k.a. LASHKAR I JHANGVI; a.k.a. LASHKAR-I-JHANGVI; a.k.a. "LJ"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

LELIKOV, Dmitriy Yurievich (a.k.a. LELIKOV, Dmitry Yuryevich (Cyrillic: ЛЕЛИКОВ, Дмитрий Юрьевич)), 23 Tiz Vatutinki, Moscow Region 142793, Russia; DOB 09 May 1968; POB Groznyy, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 514408956 (Russia); National ID No. 4606153352 (Russia) (individual) [RUSSIA-EO14024].

LELIKOV, Dmitry Yuryevich (Cyrillic: ЛЕЛИКОВ, Дмитрий Юрьевич) (a.k.a. LELIKOV, Dmitriy Yurievich), 23 Tiz Vatutinki, Moscow Region 142793, Russia; DOB 09 May 1968; POB Groznyy, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 514408956 (Russia); National ID No. 4606153352 (Russia) (individual) [RUSSIA-EO14024].

LELO DE LA REA, Horacio (a.k.a. LELO DE LARREA VENTIMILLA, Horacio Edmundo), Calle 20 de Noviembre 390, Colonia del Toro, Puerto Vallarta, Jalisco 48296, Mexico; Valle Kino 179, Colonia Valle Dorado, Bahia de Banderas, Nayarit, Mexico; DOB 03 Oct 1973; POB Distrito Federal, Mexico; nationality Mexico; Gender Male; R.F.C. LEVH731003EP3 (Mexico); C.U.R.P. LEVH731003HDFLNR03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

LELO DE LARREA VENTIMILLA, Horacio Edmundo (a.k.a. LELO DE LA REA, Horacio), Calle 20 de Noviembre 390, Colonia del Toro, Puerto Vallarta, Jalisco 48296, Mexico; Valle Kino 179, Colonia Valle Dorado, Bahia de Banderas, Nayarit, Mexico; DOB 03 Oct 1973; POB Distrito Federal, Mexico; nationality

Mexico; Gender Male; R.F.C. LEVH731003EP3 (Mexico); C.U.R.P. LEVH731003HDFLNR03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

LEMBERGS, Aivars, Ventspils, Latvia; DOB 26 Sep 1953; POB Jekabpils, Latvia; nationality Latvia; Gender Male (individual) [GLOMAG].

LENACHIM COMPANY LIMITED (a.k.a. LIMITED LIABILITY COMPANY LENAKHIM), Ul Marshala Govorova D. 29, Saint Petersburg 198095, Russia; Khimichesky Per., D. 1, Litera AN, Pomesh 10-N, Chast Pom 3, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805182187 (Russia); Registration Number 1027802746179 (Russia) [RUSSIA-EO14024].

LENGIPRONEFTEKHIM OOO (a.k.a. INSTITUT PO PROEKTIROVANIYU PREDPRIYATY NEFTEPERERABATYVAYUSCHEY I NEFTEKHIMICHESKOY PROMYSHLENNOSTI, LIMITED LIABILITY COMPANY; a.k.a. LIMITED LIABILITY COMPANY DESIGN AND ENGINEERING INSTITUTE FOR OIL REFINING AND PETROCHEMICAL ENTERPRISES; a.k.a. LIMITED LIABILITY COMPANY OIL REFINING AND PETROCHEMICAL FACILITIES DESIGN INSTITUTE; a.k.a. LLC LENGIPRONEFTEKHIM), D. 94, Obvodnogo Kanala, nab, St. Petersburg 196084, Russia; Email Address lgnch@lgnch.spb.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1057803105755 (Russia); Tax ID No. 7810327462 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

LENINGRAD LASER SYSTEMS (a.k.a. AKTSIONERNOE OBSHCHESTVO LLS), Ul. Yablochkova D. 20, Lit. Ya. Office 408, Saint Petersburg 197198, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813261308 (Russia); Registration Number 1167847373209 (Russia) [RUSSIA-EO14024].

LENINOGORSKREMSERVICE LIMITED LIABILITY COMPANY (a.k.a. "LRS LLC"), Ul. Chaikovskogo D. 9A, K. 9/1, Leninogorsk 423250, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 1649015690 (Russia); Registration Number 1071689002923 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

LENKABEL (a.k.a. LIMITED LIABILITY COMPANY LENCABEL; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU LENCABEL), Ul. Samoilovoi D. 5, Lit. I, Pomeshch. 11N, Office 31-32, Saint Petersburg 192102, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7816339601 (Russia); Registration Number 1167847387366 (Russia) [RUSSIA-EO14024].

LENMORNIIPROEKT PAO (a.k.a. AKTSIONERNOE OBSHCHESTVO LENMORNIIPROEKT PO PROEKTIROVANIYU; a.k.a. JOINT STOCK COMPANY LENMORNIIPROEKT), Mezhevoi Kanal, 3, 2, Saint Petersburg 198035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805018067 (Russia); Registration Number 1027802723739 (Russia) [RUSSIA-EO14024].

LENPROMTRANSPROEKT CJSC (a.k.a. LENPROMTRANSPROYEKT (Cyrillic: АО ЛЕНПРОМТРАНСПРОЕКТ); a.k.a. LENPROMTRANSPROYEKT JOINT-STOCK COMPANY), Kondrat'yevskiy Prospekt 15, building 5/1, 223, St. Petersburg 195197, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7825064262 (Russia); Business Registration Number 1027809210054 (Russia) [UKRAINE-EO13685].

LENPROMTRANSPROYEKT (Cyrillic: АО ЛЕНПРОМТРАНСПРОЕКТ) (a.k.a. LENPROMTRANSPROEKT CJSC; a.k.a. LENPROMTRANSPROYEKT JOINT-STOCK COMPANY), Kondrat'yevskiy Prospekt 15, building 5/1, 223, St. Petersburg 195197, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7825064262 (Russia); Business Registration Number 1027809210054 (Russia) [UKRAINE-EO13685].

LENPROMTRANSPROYEKT JOINT-STOCK COMPANY (a.k.a. LENPROMTRANSPROEKT CJSC; a.k.a. LENPROMTRANSPROYEKT (Cyrillic: АО ЛЕНПРОМТРАНСПРОЕКТ)), Kondrat'yevskiy Prospekt 15, building 5/1, 223, St. Petersburg 195197, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7825064262 (Russia); Business Registration Number 1027809210054 (Russia) [UKRAINE-EO13685].

LENSHIN, Roman Yurevich (a.k.a. LENSHIN, Roman Yuryevich (Cyrillic: ЛЕНЬШИН, Роман Юрьевич); a.k.a. LENSHYN, Roman Yuriiovich (Cyrillic: ЛЕНЬШИН, Роман Юрійович)), Russia; DOB 02 Aug 1976; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773576584106 (Russia) (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

LENSHIN, Roman Yuryevich (Cyrillic: ЛЕНЬШИН, Роман Юрьевич) (a.k.a. LENSHIN, Roman Yurevich; a.k.a. LENSHYN, Roman Yuriiovich (Cyrillic: ЛЕНЬШИН, Роман Юрійович)), Russia; DOB 02 Aug 1976; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773576584106 (Russia) (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

LENSHYN, Roman Yuriiovich (Cyrillic: ЛЕНЬШИН, Роман Юрійович) (a.k.a. LENSHIN, Roman Yurevich; a.k.a. LENSHIN, Roman Yuryevich (Cyrillic: ЛЕНЬШИН, Роман Юрьевич)), Russia; DOB 02 Aug 1976; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773576584106 (Russia) (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

LENSKAYA, Elena Anatolievna (Cyrillic: ЛЕНСКАЯ, Елена Анатольевна) (a.k.a. LENSKAYA, Yelena), Moscow, Russia; DOB 22 Jan 1979; nationality Russia; Gender Female; Tax ID No. 770905658030 (Russia); Judge of the Basmannyy District Court in Moscow (individual) [GLOMAG].

LENSKAYA, Yelena (a.k.a. LENSKAYA, Elena Anatolievna (Cyrillic: ЛЕНСКАЯ, Елена Анатольевна)), Moscow, Russia; DOB 22 Jan 1979; nationality Russia; Gender Female; Tax

ID No. 770905658030 (Russia); Judge of the Basmannyy District Court in Moscow (individual) [GLOMAG].

LEON ALVARADO, Samuel, Mexico; DOB 02 Jul 1988; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LEAS880702HSLNLM08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

LEON ANDRADE, Bernabe (a.k.a. ARAUJO INZUNZA, Gonzalo; a.k.a. INZUNZA INZUNZA, Gonzalo; a.k.a. "MACHO PRIETO"), Sonora, Mexico; Mexicali, Baja California, Mexico; DOB 17 Aug 1971; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 040016733 (Mexico); C.U.R.P. IUIG710817HSLNNN08 (Mexico) (individual) [SDNTK].

LEON RODRIGUEZ, Juvenal (a.k.a. "GALLO"), Mexico; DOB 01 Sep 1976; POB Guanajuato, Mexico; nationality Mexico; Gender Male; C.U.R.P. LERJ760901HGTNDV06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

LEON SANTIESTEBAN, Carlos Alberto; DOB 14 Oct 1970; POB Navolato, Sinaloa, Mexico; R.F.C. LESC701014JM6 (Mexico); C.U.R.P. LESC701014HSLNNR08 (Mexico) (individual) [SDNTK] (Linked To: ESTACIONES DE SERVICIOS CANARIAS, S.A. DE C.V.; Linked To: GASODIESEL Y SERVICIOS ANCONA, S.A. DE C.V.; Linked To: GASOLINERA ALAMOS COUNTRY, S.A. DE C.V.; Linked To: GASOLINERA Y SERVICIOS VILLABONITA, S.A. DE C.V.; Linked To: PETROBARRANCOS, S.A. DE C.V.; Linked To: SERVICIOS CHULAVISTA, S.A. DE C.V.).

LEON VALDEZ, Jesus Manuel (a.k.a. "El Guero de Las Trancas"; a.k.a. "El Guero Trancas"; a.k.a. "Guero de Las Trancas"; a.k.a. "Guero Trancas"), Las Trancas, Tamazula, Durango, Mexico; DOB 08 May 1977; POB Durango, Mexico; nationality Mexico; Gender Male; C.U.R.P. LEVJ770508HDGNLS02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

LEON, Manzi (a.k.a. MANZI, Leo; a.k.a. MUGARAGU, Leodomir), Katoyi, North Kivu, Congo, Democratic Republic of the; DOB 1954; alt. DOB 1953; POB Kigali, Rwanda; alt. POB Rushashi (Northern Province), Rwanda; FDLR/FOCA Chief of Staff; Brigadier General (individual) [DRCONGO].

LEONE MARTINEZ, Miguel Jose (a.k.a. LEONE, Miguel), Severo Diaz 38, Col. Ladron de Guevara, Guadalajara, Jalisco 44600, Mexico; DOB 16 May 1980; citizen Italy; alt. citizen Venezuela; Website www.miguelleone.com; Gender Male; Passport YA1867648 (Italy) (individual) [SDNTK] (Linked To: LOS CUINIS).

LEONE, Miguel (a.k.a. LEONE MARTINEZ, Miguel Jose), Severo Diaz 38, Col. Ladron de Guevara, Guadalajara, Jalisco 44600, Mexico; DOB 16 May 1980; citizen Italy; alt. citizen Venezuela; Website www.miguelleone.com; Gender Male; Passport YA1867648 (Italy) (individual) [SDNTK] (Linked To: LOS CUINIS).

LEONOV, Oleg Yurievich (Cyrillic: ЛЕОНОВ, Олег Юрьевич), Russia; DOB 10 Sep 1970; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LEONOV, Sergey Dmitriyevich (Cyrillic: ЛЕОНОВ, Сергей Дмитриевич), Russia; DOB 09 May 1983; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LEPAJE SALAZAR, Nelson Reinaldo, Aragua, Venezuela; DOB 24 Apr 1969; citizen Venezuela; Gender Male; Cedula No. 10049353 (Venezuela); Passport 064906043 (Venezuela) expires 12 Jan 2016; alt. Passport 009551291 (Venezuela) expires 04 Mar 2013; Acted in the Capacity of the Head of the Office of the National Treasury (individual) [VENEZUELA].

LEPIC, Amikwe (a.k.a. HAKIZIMANA, Apollinaire; a.k.a. "POETE"), Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1964; POB Rugogwe Cell, Mwiyanike Sector, Karago Commune, Gisenyi Prefecture, Rwanda; alt. POB Rubavu District, Western Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO] (Linked To: FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA).

LEPIN, Vladimir Nikolaevich, Russia; DOB 28 Jul 1959; POB Tambov, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN KALASHNIKOV).

LEPUS SAI LIMITED, Unit 13, 12/F, One Vita Supreme, Tuen Mun, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Company Number 3237451 (Hong Kong); Business Registration Number 74898491 (Hong Kong) [UKRAINE-EO13662] [RUSSIA-EO14024].

LERCH, Gotthard, Kreuzbergstrasse 4, 9472 Grabs, St Gallen Canton, Switzerland; DOB 21 Dec 1942; POB Germany; nationality Germany; Passport 3545767791D (Germany) issued 07 Aug 1998 expires 06 Aug 2008; alt. Passport 3545767791 (Germany) (individual) [NPWMD].

LERMA TRADING S.A., Calle 53a Este, Panama; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

LESCHANKA, Aliaksandr Mikalayevich (Cyrillic: ЛЕШЧАНКА, Аляксандр Мікалаевіч) (a.k.a. LESHCHENKO, Aleksandr Nikolaevich (Cyrillic: ЛЕЩЕНКО, Александр Николаевич)), Belarus; DOB 10 Nov 1965; POB Minsk, Belarus; nationality Belarus; Gender Male; National ID No. 3101165A043PB4 (Belarus) (individual) [BELARUS-EO14038] (Linked To: LIMITED LIABILITY COMPANY TOCHNAYA MEKHANIKA).

LESHCHENKO, Aleksandr Nikolaevich (Cyrillic: ЛЕЩЕНКО, Александр Николаевич) (a.k.a. LESCHANKA, Aliaksandr Mikalayevich (Cyrillic: ЛЕШЧАНКА, Аляксандр Мікалаевіч)), Belarus; DOB 10 Nov 1965; POB Minsk, Belarus; nationality Belarus; Gender Male; National ID No. 3101165A043PB4 (Belarus) (individual) [BELARUS-EO14038] (Linked To: LIMITED LIABILITY COMPANY TOCHNAYA MEKHANIKA).

LESHCHENKO, Mikhail Aleksandrovich, Russia; DOB 20 Mar 1975; POB Naberezhnye Chelny, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4508512143 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MARSHAL.GLOBAL).

LESTAFIER, Anton (a.k.a. KUZMIN, Anton Yuryevich; a.k.a. LESTAFYE, Anton Yuryevich), Russia; DOB 08 Mar 1983; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 763579648 (Russia); Tax ID No. 503611829859 (Russia) (individual) [RUSSIA-EO14024].

LESTAFYE, Anton Yuryevich (a.k.a. KUZMIN, Anton Yuryevich; a.k.a. LESTAFIER, Anton), Russia; DOB 08 Mar 1983; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 763579648 (Russia); Tax ID No. 503611829859 (Russia) (individual) [RUSSIA-EO14024].

LESUN, Anatoliy Fodorovich (Cyrillic: ЛЕСУН, Анатолий Фёдорович), Russia; DOB 27 Feb 1959; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LETT TRONIC GROUP LIMITED (Chinese Traditional: 樂芯電子集團有限公司), Unit 3, Floor 6, 31 Tonkin Street, Hengbang Commercial Building, Cheung Sha Wan, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Company Number 3176428 (Hong Kong) [RUSSIA-EO14024].

LEUNG, Ho Kai (a.k.a. LEUNG, Ho-Kar; a.k.a. "LEUNG, Jackie"), New Zealand; DOB 19 Aug 1978; nationality New Zealand; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

LEUNG, Ho-Kar (a.k.a. LEUNG, Ho Kai; a.k.a. "LEUNG, Jackie"), New Zealand; DOB 19 Aug 1978; nationality New Zealand; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

LEVCHENKO, Sergey Georgiyevich (Cyrillic: ЛЕВЧЕНКО, Сергей Георгиевич), Russia; DOB 02 Nov 1953; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LEVERAGE, S.A., San Martin 323, Piso 14, Buenos Aires, Argentina [CUBA].

LEVICHEV, Nikolay Vladimirovich (Cyrillic: ЛЕВИЧЕВ, Николай Владимирович), Moscow, Russia; DOB 28 May 1953; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

LEVIN FOTONIKS (a.k.a. LEVIN PHOTONICS LLC), Pr-d Zavodskoi D. 2, Pomeshch. 704-707, Fryazino 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9723084440 (Russia); Registration Number 1197746285626 (Russia) [RUSSIA-EO14024].

LEVIN PHOTONICS LLC (a.k.a. LEVIN FOTONIKS), Pr-d Zavodskoi D. 2, Pomeshch. 704-707, Fryazino 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9723084440 (Russia); Registration Number 1197746285626 (Russia) [RUSSIA-EO14024].

LEVIN, Dmitrii Olegovich (a.k.a. LEVIN, Dmitriy Olegovich (Cyrillic: ЛЕВИН, Дмитрий Олегович); a.k.a. LEVIN, Dmitry Olegovich), Apt. 5, H.3-14, Glazovsky Pereulok, Moscow 119002, Russia; DOB 27 Aug 1965; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530294714 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

LEVIN, Dmitriy Olegovich (Cyrillic: ЛЕВИН, Дмитрий Олегович) (a.k.a. LEVIN, Dmitrii Olegovich; a.k.a. LEVIN, Dmitry Olegovich), Apt. 5, H.3-14, Glazovsky Pereulok, Moscow 119002, Russia; DOB 27 Aug 1965; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530294714 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

LEVIN, Dmitry Olegovich (a.k.a. LEVIN, Dmitrii Olegovich; a.k.a. LEVIN, Dmitriy Olegovich (Cyrillic: ЛЕВИН, Дмитрий Олегович)), Apt. 5, H.3-14, Glazovsky Pereulok, Moscow 119002, Russia; DOB 27 Aug 1965; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530294714 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

LEVIN, Nikolai Aleksandrovich (a.k.a. LEVIN, Nikolai Alexandrovich; a.k.a. LEVINE, Nikolai), Moscow, Russia; DOB 21 May 1985; POB Lukhovitsy, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 757015613 (Russia) expires 21 Feb 2028; Tax ID No. 507202968432 (Russia) (individual) [RUSSIA-EO14024].

LEVIN, Nikolai Alexandrovich (a.k.a. LEVIN, Nikolai Aleksandrovich; a.k.a. LEVINE, Nikolai), Moscow, Russia; DOB 21 May 1985; POB Lukhovitsy, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 757015613 (Russia) expires 21 Feb 2028; Tax ID No. 507202968432 (Russia) (individual) [RUSSIA-EO14024].

LEVINE, Nikolai (a.k.a. LEVIN, Nikolai Aleksandrovich; a.k.a. LEVIN, Nikolai Alexandrovich), Moscow, Russia; DOB 21 May 1985; POB Lukhovitsy, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 757015613 (Russia) expires 21 Feb 2028; Tax ID No. 507202968432 (Russia) (individual) [RUSSIA-EO14024].

LEVITIN, Igor Evgenevich (a.k.a. LEVITIN, Igor Evgenyevich; a.k.a. LEVITIN, Igor Yevgenyevich (Cyrillic: ЛЕВИТИН, Игорь Евгеньевич)), Moscow, Russia; DOB 21 Feb 1952; POB Tsebrykove, Odessa Region, Ukraine; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770200213419 (Russia) (individual) [RUSSIA-EO14024].

LEVITIN, Igor Evgenyevich (a.k.a. LEVITIN, Igor Evgenevich; a.k.a. LEVITIN, Igor Yevgenyevich (Cyrillic: ЛЕВИТИН, Игорь Евгеньевич)), Moscow, Russia; DOB 21 Feb 1952; POB Tsebrykove, Odessa Region, Ukraine; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770200213419 (Russia) (individual) [RUSSIA-EO14024].

LEVITIN, Igor Yevgenyevich (Cyrillic: ЛЕВИТИН, Игорь Евгеньевич) (a.k.a. LEVITIN, Igor Evgenevich; a.k.a. LEVITIN, Igor Evgenyevich), Moscow, Russia; DOB 21 Feb 1952; POB Tsebrykove, Odessa Region, Ukraine; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770200213419 (Russia) (individual) [RUSSIA-EO14024].

LEWAA AL-THAWRA (a.k.a. BANNER OF THE REVOLUTION; a.k.a. LIWA AL THOWRA; a.k.a. LIWA AL-THAWRA; a.k.a. LIWA AL-THAWRAH; a.k.a. LIWA' AL-THAWRAH; a.k.a. LIWAA AL-THAWRA; a.k.a. THE REVOLUTION BRIGADE), Qalyubia, Egypt; Monofeya, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LEYVA ESCANDON, Edgardo, Apt. 513, Calle Tampico, Colonia Cacho, Tijuana, Baja California, Mexico; DOB 17 Sep 1969; POB Tijuana, Baja California, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. LEEE690917HBCYSD02 (Mexico) (individual) [SDNTK].

LGM PROCESS DIS TICARET LIMITED, No: 1/64 Skyport Sitesi Blok, Yakupli Mahallesi Hurriyet Bulvari, Beylikduzu, Istanbul, Turkey;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 808473 (Turkey) [RUSSIA-EO14024].

LH PRO-GAMING S.A. DE C.V., Nuevo Leon, Mexico; Organization Established Date 25 Apr 2019; Organization Type: Other amusement and recreation activities; Folio Mercantil No. 48625 (Mexico) [TCO] (Linked To: HYSA, Luftar; Linked To: HYSA, Arben).

LH RENTAL S.A. DE C.V., Nuevo Leon, Mexico; Organization Established Date 20 May 2019; Organization Type: Manufacture of industrial, electric and electronic machinery; Folio Mercantil No. 48939 (Mexico) [TCO] (Linked To: HYSA, Arben).

LI, Cheng He (a.k.a. RI, Song-hyok), Beijing, China; DOB 19 Mar 1965; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654234735 (Korea, North) (individual) [DPRK3].

LI, Cheng Yu (a.k.a. BOONTHAWEE, Sae Jang; a.k.a. BUNTHAWEE, Sae Chang; a.k.a. BUNTHAWEE, Sae Jang; a.k.a. "AH LI KO"; a.k.a. "LI CHENG YU"), Shan, Burma; 199/132, Mu 8, Tambon Non Jom, Amphur San Sai, Chiang Mai, Thailand; 725, Mu 10, Tambon Nong Bua, Amphur Chaiprakan, Chiang Mai, Thailand; DOB 06 Jun 1961; Passport X638456 (Thailand); National ID No. 5502100007251 (Thailand) (individual) [SDNTK].

LI, Fangwei (a.k.a. LEE, Karl), China; c/o LIMMT ECONOMIC AND TRADE COMPANY, LTD., 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; DOB 18 Sep 1972; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

LI, Fangyue, Vogesenstr. 16, Hamburg 22049, Germany; DOB 03 Apr 1977; POB Xian, China; nationality China; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport E90597546 (China); National ID No. 610121197704033656 (China) (individual) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU ROKEM SERVIS).

LI, Guihua (Chinese Simplified: 李桂华) (a.k.a. LEE, Kwai-wah; a.k.a. LI, Kwai-wah (Chinese Traditional: 李桂華); a.k.a. LI, Steve Kwai-wah), Flat B, 22 Floor, Block 30, Laguna City, Lam Tin, Kowloon City, Hong Kong, China; DOB 22 Nov 1964; POB Hong Kong, China; nationality China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport K06749109 (Hong Kong) expires 06 Sep 2028; National ID No. D4017081 (Hong Kong) (individual) [HK-EO13936].

LI, Hong Ri (Chinese Simplified: 李红日) (a.k.a. LI, Hongri; a.k.a. RI, Hong-il), China; DOB 05 Jul 1964; nationality China; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK3] (Linked To: RI, Song-hyok).

LI, Hongri (a.k.a. LI, Hong Ri (Chinese Simplified: 李红日); a.k.a. RI, Hong-il), China; DOB 05 Jul 1964; nationality China; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK3] (Linked To: RI, Song-hyok).

LI, Jiadong (Chinese Simplified: 李家东) (a.k.a. "blackjack1987"; a.k.a. "khaleesi"), Anshan, Liaoning, China (Chinese Simplified: 鞍山, 辽宁, China); DOB 10 Jan 1987; nationality China; Gender Male; Digital Currency Address - XBT 1EfMVkxQQuZfBdocpJu6RUsCJvenQWbQyE; alt. Digital Currency Address - XBT 17UVSMegvrzfobKC82dHXpzZLtLcqzW9stF; alt. Digital Currency Address - XBT 39eboeqYNFe2VoLC3mUGx4dh6GNhLB3D2q; alt. Digital Currency Address - XBT 39fhoB2DohisGBbHvvfmkdPdShT75CNHdX; alt. Digital Currency Address - XBT 3E6rY4dSCDW6y2bzJNwrjvTtdmMQjB6yeh; alt. Digital Currency Address - XBT 3EeR8FbcPbkcGj77D6ttneJxmsr3Nu7KGV; alt. Digital Currency Address - XBT 3HQRveQzPifZorZLDXHernc5zjoZax8U9f; alt. Digital Currency Address - XBT 3JXKQ81JzBqVbB8VHdV9Jtd7auWokkdPgY; alt. Digital Currency Address - XBT 3KHfXU24Bt3YD5Ef4J7uNp2buCuhrxfGen; alt. Digital Currency Address - XBT 3LbDu1rUXHNyiz4i8eb3KwkSSBMf7C583D; alt. Digital Currency Address - XBT 3MN8nYo1tt5hLxMwMbxDkXWd7Xu522hb9P; alt. Digital Currency Address - XBT 3N6WeZ6i34taX8Ditser6LKWBcXmt2XXL4;

Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Phone Number 8613314257947; alt. Phone Number 8618004121000; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number 210302198701102136 (China) (individual) [DPRK3] [CYBER2] (Linked To: LAZARUS GROUP).

LI, Jiangzhou (Chinese Simplified: 李江舟), Hong Kong, China; DOB Jan 1968; POB Qianshan City, Anhui Province, China; nationality China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149 (individual) [HK-EO13936].

LI, Kai Shou (a.k.a. "LI KAI SHOU"), Huay Aw, Shan, Burma; DOB 1949 (individual) [SDNTK].

LI, Kwai-wah (Chinese Traditional: 李桂華) (a.k.a. LEE, Kwai-wah; a.k.a. LI, Guihua (Chinese Simplified: 李桂华); a.k.a. LI, Steve Kwai-wah), Flat B, 22 Floor, Block 30, Laguna City, Lam Tin, Kowloon City, Hong Kong, China; DOB 22 Nov 1964; POB Hong Kong, China; nationality China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport K06749109 (Hong Kong) expires 06 Sep 2028; National ID No. D4017081 (Hong Kong) (individual) [HK-EO13936].

LI, Shangfu (Chinese Simplified: 李尚福); DOB 01 Feb 1958 to 28 Feb 1958; POB Chengdu, Sichuan Province, China; citizen China; Gender Male; CAATSA Section 235 Information: FOREIGN EXCHANGE. Sec 235(a)(7); alt. CAATSA Section 235 Information: BANKING TRANSACTIONS. Sec 235(a)(8); alt. CAATSA Section 235 Information: EXCLUSION OF CORPORATE OFFICERS. Sec 235(a)(11); alt. CAATSA Section 235 Information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec 235(a)(9); Director of Equipment Development Department (individual) [CAATSA - RUSSIA] (Linked To: EQUIPMENT DEVELOPMENT DEPARTMENT).

LI, Steve Kwai-wah (a.k.a. LEE, Kwai-wah; a.k.a. LI, Guihua (Chinese Simplified: 李桂华); a.k.a. LI, Kwai-wah (Chinese Traditional: 李桂華)), Flat B, 22 Floor, Block 30, Laguna City, Lam Tin, Kowloon City, Hong Kong, China; DOB 22 Nov 1964; POB Hong Kong, China; nationality China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport

K06749109 (Hong Kong) expires 06 Sep 2028; National ID No. D4017081 (Hong Kong) (individual) [HK-EO13936].

LI, Thet (a.k.a. LI, Tian (Chinese Simplified: 李添)), London, United Kingdom; DOB 06 Jul 1987; POB Beijing, China; nationality China; citizen Cambodia; Gender Male; Passport RV091789 (Vanuatu) (individual) [TCO] (Linked To: PRINCE GROUP TRANSNATIONAL CRIMINAL ORGANIZATION).

LI, Tian (Chinese Simplified: 李添) (a.k.a. LI, Thet), London, United Kingdom; DOB 06 Jul 1987; POB Beijing, China; nationality China; citizen Cambodia; Gender Male; Passport RV091789 (Vanuatu) (individual) [TCO] (Linked To: PRINCE GROUP TRANSNATIONAL CRIMINAL ORGANIZATION).

LI, Yi (Chinese Simplified: 李奕), Room 202, No. 6, Lane 5848, North Zhang Yang Road, Pu Dong District, Shanghai, China; DOB 23 Feb 1975; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e); National ID No. 310224197502233514 (individual) [IRAN-EO13846].

LI, Ying, Linfen, Shaanxi, China; DOB 05 Aug 1989; nationality China; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EB4394573 (China) expires 01 Nov 2027; National ID No. 14262319890805062X (China) (individual) [SDGT] (Linked To: SHANXI SHUTONG IMPORT AND EXPORT TRADE CO. LTD.).

LI, Yongxin (a.k.a. "LEE, Emma"), China; DOB 24 Feb 1987; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female (individual) [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

LI, Youmin, China; DOB 19 Jul 1973; POB Jilin, China; nationality China; Gender Female; Passport G48428458 (China) issued 14 Feb 2011 expires 13 Feb 2021; National ID No. 120103197307196727 (China) (individual) [IRAN-EO13846].

LI, Zeming, Zhejiang, China; DOB 22 May 1985; POB Zhejiang, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport EE2360309 (China) issued 24 Aug 2018 expires 23 Aug 2028 (individual) [NPWMD] [IFSR] (Linked To: ZHEJIANG QINGJI IND. CO., LTD).

LI, Zhenyu (Chinese Simplified: 励振羽) (a.k.a. ZHENYU, Li), Dalian, China; DOB 07 Jun 1965; POB Dandong, China; nationality China; Gender Male; Passport E63646378 (China) issued 27 Nov 2015 expires 26 Nov 2025; National ID No. 210211196506075832 (China) (individual) [GLOMAG].

LIA CO L.L.C. (a.k.a. LIA COMPANY (Arabic: شركة ليا); a.k.a. "LEAH COMPANY"), Damascus, Syria; Organization Established Date 30 Jan 2011 [PAARSSR-EO13894] (Linked To: MASOUTI, Mohammed Hammam Mohammed Adnan).

LIA COMPANY (Arabic: شركة ليا) (a.k.a. LIA CO L.L.C.; a.k.a. "LEAH COMPANY"), Damascus, Syria; Organization Established Date 30 Jan 2011 [PAARSSR-EO13894] (Linked To: MASOUTI, Mohammed Hammam Mohammed Adnan).

LIAGIN, Roman (a.k.a. LIAHIN, Roman; a.k.a. LYAGIN, Roman; a.k.a. LYAHIN, Roman); DOB 30 May 1980; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

LIAHIN, Roman (a.k.a. LIAGIN, Roman; a.k.a. LYAGIN, Roman; a.k.a. LYAHIN, Roman); DOB 30 May 1980; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

LIAN LIHUI INTERNATIONAL CO LTD (Chinese Traditional: 聯力惠國際有限公司) (a.k.a. UNIHUI INTERNATIONAL LIMITED), Room 32 11/F Lee Ka Indl Bldg 8 Ng Fong St, San Po Kong, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Company Number 2880808 (Hong Kong); Business Registration Number 71243857 (Hong Kong) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU SV POLIMER).

LIANG, Ching-fang (a.k.a. BOONCHUA, Chanchira; a.k.a. BOONCHUA, Chanjira; a.k.a. CHANCHIRA, Boochuea; a.k.a. "CHE FONG";

a.k.a. "CHEFONG"; a.k.a. "JEH FONG"), c/o KHUM THAW COMPANY LIMITED, Chiang Mai, Thailand; c/o SANGSIRI KANKASET COMPANY LIMITED, Chiang Mai, Thailand; 261, Wichayanon Road, Tambon Chang Moi, Amphur Muang, Chiang Mai, Thailand; DOB 15 May 1951; National Foreign ID Number 350991386390 (Thailand) issued 28 Oct 1952 expires 14 May 2009 (individual) [SDNTK].

LIAONING CHINA TRADE INDUSTRY CO., LTD. (Chinese Simplified: 辽宁中贸实业有限公司) (a.k.a. LIAONING ZHONGMAO INDUSTRIAL CO., LTD), Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 21 Jun 2019; Unified Social Credit Code (USCC) 91210600MA0YQP7Y0B (China) [DPRK2] (Linked To: DEPARTMENT 53 OF THE MINISTRY OF THE PEOPLE'S ARMED FORCES).

LIAONING DANXING INTERNATIONAL FORWARDING CO. LTD. (Chinese Simplified: 辽宁丹兴国际货运有限公司), Room D1302, Langham Place, East Harbour, No. 11 Zhubao Street, Ganglong Road, Dalian, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 912102002426633544B [DPRK4].

LIAONING INDUSTRY & TRADE CO., LTD. (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO

METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

LIAONING INDUSTRY AND TRADE CO., LTD. (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

LIAONING ZHONGMAO INDUSTRIAL CO., LTD (a.k.a. LIAONING CHINA TRADE INDUSTRY CO., LTD. (Chinese Simplified: 辽宁中贸实业有限公司)), Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 21 Jun 2019; Unified Social Credit Code (USCC) 91210600MA0YQP7Y0B (China) [DPRK2] (Linked To: DEPARTMENT 53 OF THE MINISTRY OF THE PEOPLE'S ARMED FORCES).

LIASHENKA, Ihar Vasilevich (Cyrillic: ЛЯШЭНКА, Ігар Васільевіч) (a.k.a. LYASHENKO, Igor (Cyrillic: ЛЯШЕНКО, Игорь); a.k.a. LYASHENKO, Igor Vasilyevich (Cyrillic: ЛЯШЕНКО, Игорь Васильевич)), Belarus; DOB 05 Nov 1974; POB Ochamchire, Georgia; nationality Belarus; Gender Male (individual) [BELARUS].

LIBAN OUI SARL, 1 Ouzai St, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: GHAFFAR, Haidar Houssam Al-Din Abdul).

LIBAN TRADING (a.k.a. AL-LIIBAAN GENERAL TRADING CO.; a.k.a. LIIBAAN GENERAL TRADING CO.; a.k.a. LIIBAAN TRADING; a.k.a. LIIBAN TRADING), Bosaso, Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 14(RV. NO: 103100149) (Somalia) [SDGT] (Linked To: YUSUF, Mohamed Mire Ali; Linked To: MOHAMED, Liibaan Yousuf).

LIBERATION ARMY OF PRESEVO, MEDVEDJA, AND BUJANOVAC (a.k.a. UCPMB) [BALKANS].

LIBERATION OF AL-SHAM COMMISSION (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LIBERATION OF THE LEVANT ORGANISATION (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LIBERATION STRUGGLE (a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. "ELA"; a.k.a. "JUNE 78"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LIBERATION TIGERS OF TAMIL EELAM (a.k.a. ELLALAN FORCE; a.k.a. LTTE; a.k.a. TAMIL

TIGERS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

LIBERTY SHIPPING CO LTD (Chinese Traditional: 利百船務有公司), Room D, 3rd Floor, Thomson Commercial Building, 8-10 Thomson Road, Wan Chai, Hong Kong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5513586 [DPRK4].

LIBRE ABORDO, S.A. DE C.V., Av. Constituyentes 345 Oficina 208, Colonia Daniel Garza, Alcaldia Miguel Hidalgo, Mexico City C.P. 11830, Mexico; RFC LAB100708RW2 (Mexico) [VENEZUELA-EO13850].

LIBYAN ISLAMIC FIGHTING GROUP; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LICON MUNOZ, Jorge Arturo, Mexico; c/o CORRALES SAN IGNACIO S.P.R. DE R.L. DE C.V., Saucillo, Chihuahua, Mexico; c/o CORRALES SAN IGNACIO L.L.C., Presidio, TX, United States; DOB 17 May 1974; nationality Mexico; citizen Mexico; C.U.R.P. LIMJ740517HCHCXR09 (Mexico); Immigration No. A7800002 Border Crossing (United States) (individual) [SDNTK].

LICUL, Noah (a.k.a. LYCUL, Noah), Croatia; DOB 2002; alt. DOB 2003; nationality Croatia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: THE TERRORGRAM COLLECTIVE).

LIDERMASH STANKI, Ul. Kuskovskaya D. 20A, Kom. 6, Moscow 111141, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707427544 (Russia); Registration Number 1197746134948 (Russia) [RUSSIA-EO14024].

LIEMETA AG, Schliessa 16, Triesen 9495, Liechtenstein; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Mar 2016; Legal Entity Number 875500HOXPGEOJIZCR36; Registration Number FL-0002.516.776-6 (Liechtenstein) [RUSSIA-EO14024] (Linked To: DIEGELMANN, Axel Paul).

LIFE CARE CENTER DOOEL (a.k.a. LIVE KER CENTER; a.k.a. SISTINA LAJF KEAR SENTAR SKOPJE DOOEL), Skupi 3A, Karposh 1020, North Macedonia, The Republic of; Tax ID No. MK4058012514363 (North Macedonia, The Republic of) [BALKANS-EO14033] (Linked To: SAMSONENKO, Irina).

LI-FORCE (a.k.a. LIFORS), ul. Vavilova D. 10A, Tomsk 634055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7017434753 (Russia); Registration Number 1177031086649 (Russia) [RUSSIA-EO14024].

LIFORS (a.k.a. LI-FORCE), ul. Vavilova D. 10A, Tomsk 634055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7017434753 (Russia); Registration Number 1177031086649 (Russia) [RUSSIA-EO14024].

LIFSHITS, Artem Mikhaylovich (Cyrillic: ЛИФШИЦ, Артем Михайлович), Primorsky Prospect 159, Saint Petersburg 197374, Russia; DOB 26 Dec 1992; nationality Russia; Email Address mycryptodeals@yandex.ru; alt. Email Address artemlv@hotmail.com; Gender Male; Digital Currency Address - XBT 12udabs2TkX7NXCSj6KpqXfakjE52ZPLhz; alt. Digital Currency Address - XBT 1DT3tenf14cxz9WFNxmYrXFbB6TFiVWA9U; Digital Currency Address - ETH 0x901bb9583b24d97e995513c6778dc6888ab6870e; alt. Digital Currency Address - ETH 0xa7e5d5a720f06526557c513402f2e6b5fa20b008; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Phone Number 79110354982; Digital Currency Address - LTC Leo3j36nn1JcsUQruytQhFUdCdCH5YHMR3; Digital Currency Address - DASH Xs3vzQmNvAxRa3Xo8XzQqUb3BMgb9EogF4; Passport 719032284 (individual) [CYBER2] [ELECTION-EO13848].

LIGHT AIRPLANES DESIGN AND MANUFACTURING INDUSTRIES (a.k.a. GHODS AVIATION INDUSTRIES; a.k.a. QODS AVIATION INDUSTRIES; a.k.a. QODS RESEARCH CENTER), P.O. Box 15875-1834, Km 5 Karaj Special Road, Tehran, Iran; Unit (or Suite) 207, Saleh Blvd, Tehran, Iran; Unit 207, Tarajit Maydane Taymori (or Teimori) Square, Basiri Building, Tarasht, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 14005441856 (Iran); Registration Number 483250 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

LIGHT INFANTRY DIVISION 66 (a.k.a. 66TH LIGHT INFANTRY DIVISION; a.k.a. "66 LID"; a.k.a. "#66 DIVISION"; a.k.a. "DIV. 66"; a.k.a. "LID 66"), Pyay Township, Bago Region, Burma; Target Type Government Entity [BURMA-EO14014].

LIGHTSHIP MANAGEMENT LTD, ul Chornomorskoho Kozatstva 115, Odessa 65003, Ukraine; India; United Arab Emirates; Bulgaria; Website www.light-shipmanagement.com; Organization Established Date 2020; Identification Number IMO 6141155 [IRAN-EO13902].

LIGHTSPEED DISTRIBUTION FZCO (Arabic: ايت سبيد ديستربيوشن ش م ح), P.O. Box 18037, Warehouse RA08GB03, Jebel Ali Free Zone North, Jebel Ali, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 3202 (United Arab Emirates) [RUSSIA-EO14024].

LIIBAAN GENERAL TRADING CO. (a.k.a. AL-LIIBAAN GENERAL TRADING CO.; a.k.a. LIBAN TRADING; a.k.a. LIIBAAN TRADING; a.k.a. LIIBAN TRADING), Bosaso, Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 14(RV. NO: 103100149) (Somalia) [SDGT] (Linked To: YUSUF, Mohamed Mire Ali; Linked To: MOHAMED, Liibaan Yousuf).

LIIBAAN TRADING (a.k.a. AL-LIIBAAN GENERAL TRADING CO.; a.k.a. LIBAN TRADING; a.k.a. LIIBAAN GENERAL TRADING CO.; a.k.a. LIIBAN TRADING), Bosaso, Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 14(RV. NO: 103100149) (Somalia) [SDGT] (Linked To: YUSUF, Mohamed Mire Ali; Linked To: MOHAMED, Liibaan Yousuf).

LIIBAN TRADING (a.k.a. AL-LIIBAAN GENERAL TRADING CO.; a.k.a. LIBAN TRADING; a.k.a. LIIBAAN GENERAL TRADING CO.; a.k.a. LIIBAAN TRADING), Bosaso, Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 14(RV. NO: 103100149) (Somalia) [SDGT] (Linked To: YUSUF, Mohamed Mire Ali; Linked To: MOHAMED, Liibaan Yousuf).

LIKE WISE, Shop No 5, Jamshed Quarter, Karachi, Pakistan; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Phone Number 923452179668; Registration Number 4220198261523 (Pakistan) [CYBER2] [ELECTION-EO13848] (Linked To: RAZA, Mohsin; Linked To: RAZA, Mujtaba Ali).

LIKHACHEV, Aleksei Evgenyevich (a.k.a. LIKHACHEV, Alexey Evgenyevich (Cyrillic: ЛИХАЧЕВ, Алексей Евгеньевич); a.k.a. LIKHACHEV, Alexey Yevgenyevich), 21-306 Naberezhnaya Tarasa Shevchenko, Moscow 121151, Russia; DOB 23 Dec 1962; POB Arzamas-75, Sarov, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 2208081700 (Russia); alt. National ID No. 2203884025 (Russia); Tax ID No. 526100407083 (Russia) (individual) [RUSSIA-EO14024].

LIKHACHEV, Alexey Evgenyevich (Cyrillic: ЛИХАЧЕВ, Алексей Евгеньевич) (a.k.a. LIKHACHEV, Aleksei Evgenyevich; a.k.a. LIKHACHEV, Alexey Yevgenyevich), 21-306 Naberezhnaya Tarasa Shevchenko, Moscow 121151, Russia; DOB 23 Dec 1962; POB Arzamas-75, Sarov, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 2208081700 (Russia); alt. National ID No. 2203884025 (Russia); Tax ID No. 526100407083 (Russia) (individual) [RUSSIA-EO14024].

LIKHACHEV, Alexey Yevgenyevich (a.k.a. LIKHACHEV, Aleksei Evgenyevich; a.k.a. LIKHACHEV, Alexey Evgenyevich (Cyrillic: ЛИХАЧЕВ, Алексей Евгеньевич)), 21-306 Naberezhnaya Tarasa Shevchenko, Moscow 121151, Russia; DOB 23 Dec 1962; POB Arzamas-75, Sarov, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 2208081700 (Russia); alt. National ID No. 2203884025 (Russia); Tax ID No. 526100407083 (Russia) (individual) [RUSSIA-EO14024].

LIKHACHEV, Vitaly Viktorovich (Cyrillic: ЛИХАЧЁВ, Виталий Викторович), Russia; DOB 22 Feb 1964; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LILANI, Mujtaba Ali (a.k.a. RAZA, Mujtaba; a.k.a. RAZA, Mujtaba Ali), Karachi, Pakistan; DOB 21 Oct 1987; nationality Pakistan; Email Address threatcc@gmail.com; alt. Email Address mujtaba@forwarderz.com; Gender Male; Digital Currency Address - XBT 1KSAbh5trMCTZwhiNsuUQvfTtSSTT8zqRk; alt. Digital Currency Address - XBT 1BiUFjzH6wsT73U3tfy4aXHCQsYQHzjk5h; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Digital Currency Address - LTC LeKvNdNEzgQkzVVnRdV3fAu2DSF1nLsNw6; Digital Currency Address - XVG DFFJhnQNZf8rf67tYnesPu7MuGUpYtzv7Z; National ID No. 4220104113771 (Pakistan) (individual) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

LILIANA ESQUENAZI M. & CIA. S. C. S. (f.k.a. JAIME EDERY C. & CIA. S. EN C.; a.k.a. LILIANA ESQUENAZI M. AND CIA. S. C. S.), Calle 18 Norte No. 3N-24, Cali, Colombia; NIT # 800243259-5 (Colombia) [SDNTK].

LILIANA ESQUENAZI M. AND CIA. S. C. S. (f.k.a. JAIME EDERY C. & CIA. S. EN C.; a.k.a. LILIANA ESQUENAZI M. & CIA. S. C. S.), Calle 18 Norte No. 3N-24, Cali, Colombia; NIT # 800243259-5 (Colombia) [SDNTK].

LILY SUITES COMPANY LIMITED, 198/31 Moo 9 Bang Lamung, Chon Buri 20150, Thailand; 198/29 Moo 9, Bang Lamung, Chon Buri 20150, Thailand; Registration Number 0205555023446 (Thailand) issued 30 Jul 2012 [CYBER2].

LIMAJ, Fatmir; DOB 04 Feb 1971; POB Banja, Serbia and Montenegro; ICTY indictee (individual) [BALKANS].

LIMARENKO, Valeriy Igorevich (Cyrillic: ЛИМАРЕНКО, Валерий Игоревич), Sakhalin Region, Russia; DOB 19 Oct 1960; POB Kharkiv, Kharkiv Region, Ukraine; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

LIMITED 0DAY TECHNOLOGIES (a.k.a. 0DAY TECHNOLOGIES; a.k.a. LLC ZIROUDEY TEKHNOLODZHIS (Cyrillic: ООО ЗИРОУДЭЙ ТЕХНОЛОДЖИС); a.k.a. "LTD 0DT"), UL. Profsoyuznaya D. 125, Floor Tsokolnyi, Pomeshch. I. Kom. 14, Moscow 117647, Russia; St. Vvedenskogo, House 23A, Structure 3, etazh 4, Room XIV, Room 62, Rm1b, Moscow 117342, Russia; Website https://0day.llc/; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Organization Established Date 29 Dec 2001; Organization Type: Other information technology and computer service activities; Target Type Private Company; Registration ID 5117746070558 (Russia); Tax ID No. 7728795098 (Russia) [RUSSIA-EO14024].

LIMITED COMPANY LASER SYSTEMS (a.k.a. "LASER SYSTEMS LTD."), Ul. Svyazi D.34 Liter A, Strelna 198515, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7819039902 (Russia); Registration Number 1187847309913 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY 2050 ADDITIVE TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ 2050 АДДИТИВЫЕ ТЕХНОЛОГИИ) (a.k.a. "LLC 2050 AT" (Cyrillic: "ООО 2050 АТ")), 4 Samokatnaya Street, Building 45, Moscow 111033, Russia; 1 Bolshoy Gnezdnikovskiy Lane, Building 2, Moscow 125009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703465267 (Russia); Registration Number 1187746803881 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY 3D MALL (a.k.a. "3D MOLL"; a.k.a. "3DMALL"), Sh. Dmitrovskoe D. 9A, Str. 1, Et./Pomeshch. 2/Iii, Kom. 18, 35, 35A, Moscow 127434, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731323828 (Russia); Registration Number 1167746742602 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY 4TEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ 4ТЕСТ), UL. Usievicha D. 23, POM.IA ET 1 KOM 1-5, 9A, 10-12, Moscow 125315, Russia; Website www.4test.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Apr 2016; Tax ID No. 7702399942 (Russia); Registration Number 1167746353257 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY 4U AIRCRAFT TECHNIK, D. 141 Pom. VII Kom. 26, Ul. Lyublinskaya, Moscow 109382, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9723125946 (Russia); Registration Number 1217700472131 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY 7TV MEDIA GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ 7ТВ МЕДИА ГРУППА) (a.k.a. ООО 7TV

MEDIA GRUPPA), korp. 2, et. 4, pom. 464/14, Moscow 105066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701009470 (Russia); Registration Number 1157746835894 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEW MEDIA HOLDING).

LIMITED LIABILITY COMPANY A AVERS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ А АВЕРС), Dom 36, Etazh 4 Komnata 419, Skakovaya Ulitsa, Moscow 125040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714997376 (Russia); Registration Number 1177746670870 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY A1 (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU A1; a.k.a. "A1 OOO"; a.k.a. "OOO A1"), d. 12 etazh 13 pom. IAZH kom. 43, naberezhnaya Krasnopresnenskaya, Moscow, Moscow 123610, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Nov 2017; Tax ID No. 7703437911 (Russia); Registration Number 5177746257035 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AB OPTIKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АБ ОПТИКС), 4a Mikhailova St., Room 3, Suite 176, Office 206/5, Moscow 109428, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771301588857 (Russia); Registration Number 1127746455430 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ABAKAN AIR (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU ABAKAN EIR), Nab. Presnenskaya D. 12, kom. A37, 24th Floor, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Freight air transport; Tax ID No. 2455024143 (Russia); Registration Number 1052455020837 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ABS ELECTROTECHNICS (a.k.a. ABS ELECTROTEKHNIKA LLC (Cyrillic: ООО АБС ЭЛЕКТРОТЕХНИКА); f.k.a. VOLZHSKI ELEKTROSHCHIT LLC), Prospekt I.Ya.Yakovleva d. 1, Cheboksary 428020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2127328438 (Russia); Government Gazette Number 71015494 (Russia); Registration Number 1032127016107 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALL-RUSSIAN SCIENTIFIC RESEARCH DESIGN AND TECHNOLOGICAL INSTITUTE OF RELAY ENGINEERING WITH EXPERIMENTAL PRODUCTION).

LIMITED LIABILITY COMPANY ACTIVE BUSINESS CONSULT (a.k.a. AKTIVBIZNESKOLLEKSHN, OOO; a.k.a. LIMITED LIABILITY COMPANY ACTIVEBUSINESSCOLLECTION; a.k.a. LLC ACTIVEBUSINESSCOLLECTION; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AKTIVBIZNESKOLLEKSHN; a.k.a. "ABC LLC"), 19 Vavilova St., Moscow 117997, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1137746390572 (Russia); Tax ID No. 7736659589 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY ACTIVEBUSINESSCOLLECTION (a.k.a. AKTIVBIZNESKOLLEKSHN, OOO; a.k.a. LIMITED LIABILITY COMPANY ACTIVE BUSINESS CONSULT; a.k.a. LLC ACTIVEBUSINESSCOLLECTION; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AKTIVBIZNESKOLLEKSHN; a.k.a. "ABC LLC"), 19 Vavilova St., Moscow 117997, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1137746390572 (Russia); Tax ID No. 7736659589 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY ADDITIVE TECHNOLOGY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АДДИТИВ ТЕХНОЛОДЖИ) (a.k.a. ADDITIVE TECHNOLOGY GROUP), 25 Chapayeva Street, Letter A, Floor 6, Suite 158, Saint Petersburg 197046, Russia; 65 Aviamotornaya Street, Building 1, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7839070717 (Russia); Registration Number 1167847343190 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ADM SYSTEMS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АДМ СИСТЕМЫ) (a.k.a. "OOO ADM SISTEMY"), Uralskaya street, house 4, letter B, floor 5, room 29N, Saint Petersburg 199155, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804514697 (Russia); Registration Number 1137847334745 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CITADEL).

LIMITED LIABILITY COMPANY ADVANTA ELECTRO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АДВАНТА ЭЛЕКТРО), 3 Chernyshevskovo Lane, Floor 2, Office No. 13, Moscow 127473, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7710973254 (Russia); Registration Number 5147746439979 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ADVANTA M SPB, Ul. Samoilovoi D. 5, Lit. S, Office 10, Pom. 21N-12, Saint Petersburg 192102, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811692203 (Russia); Registration Number 1187847122121 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AEON MINING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЕОН МАЙНИНГ), d. 3A str. 6 etazh 1 pom. 4, ul 1-Ya Frunzenskaya, Moscow 119146, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9704075859 (Russia); Registration Number 1217700311014 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AERLYON TECHNOLOGIES (a.k.a. LIMITED LIABILITY COMPANY NEW TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВЫЕ ТЕХНОЛОГИИ)), 10 Likhachyova St, Room 2, Office 9K, Moscow 115193, Russia; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9725117563 (Russia); Registration Number 1237700188274 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AERO-HIT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЭРО-ХИТ) (a.k.a. LLC AERO-HIT (Cyrillic: ООО АЭРО-ХИТ)), Sh. Mateveevskoe, D. 28A, Pomeshch. 26, Khabarovsk 680031, Russia (Cyrillic: Ш МАТВЕЕВСКОЕ, Д. 28А, ПОМЕЩ. 26, ХАБАРОВСК 680031, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jun 2023; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 2700012608 (Russia); Government Gazette Number 52200010 (Russia); Business Registration Number 1232700009398 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AEROMAKS (a.k.a. AEROMAX GROUP; a.k.a. AEROMAX LTD), Per. Milyutinskii D. 13, Str. 1, Floor 5, Pomeshch 1, Kom. 12, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jan 2017; Tax ID No. 7725347482 (Russia); Registration Number 1177746007900 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AEROSCAN (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЭРОСКАН) (a.k.a. OOO AEROSKAN), 3 Perunovskiy Lane, Building 2, Floor 2, Room 11, Moscow 127055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5603045794 (Russia); Registration Number 1175658025179 (Russia) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Nikita Aleksandrovich).

LIMITED LIABILITY COMPANY AFINOR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АФИНОР), Ul Bykovskogo D. 1, Voskresensk 140208, Russia; Website afinor.biz; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Mar 1999; Tax ID No. 5005028619 (Russia); Registration Number 1025000930350 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AFM SERVERS, Pr-Kt Leningradskii D. 72/4, Moscow, Russia; Sh. Volokolamskoe D. 2, Et 16 Pom.I Kom 6, Moscow 125080, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Tax ID No. 7725150863 (Russia); Registration Number 1037739570989 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AFORRA DEVELOPMENT, ul. Bolshaya Yakimanka, d. 26, E/pom./kom 1/IV/9V, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706418970 (Russia); Registration Number 1157746261078 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY AFORRA ENGINEERING (a.k.a. AFORRA INZHINIRING OOO), vn.ter.g. munitsipalny okrug Yakimanka, per 2-i Babegorodski, d.29, etazh 3, pomeshch. 1, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706432622 (Russia); Registration Number 1167746072977 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY AFORRA MANAGEMENT (a.k.a. AFORRA MENEDZHMENT OOO), ul. Bolshaya Yakimanka, d. 26, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Management consultancy activities; Tax ID No. 7706428094 (Russia); Registration Number 1157746943606 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AFORRA PROPERTY (a.k.a. AFORRA PROPERTI OOO), ul. Bolshaya Yakimanka, d. 26, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706430209 (Russia); Registration Number 5157746095722 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY AGRISOVGAZ, Ul. Mirnaya D. 3, Maloyaroslavets 249092, Russia; Sector A, Floor 8, Moscow International Business Center, Tower 2000, 23A Tarasa Shevchenko Embankment, Moscow 121151, Russia; 51st Industrialniy Proezd, Fyodorovskoye Industrial Park, Annolovo Settlement, Tosnenskiy District, Leningrad Region 187046, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4011003730 (Russia); Registration Number 1024000691725 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AHD KUTUZOVSKIY TOWERS (Cyrillic:

ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АХД КУТУЗОВСКИЙ ТАУЭРС), d. 3A str. 4, ul, 1-Ya Frunzenskaya, Moscow 119146, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9704209728 (Russia); Registration Number 1237700299737 (Russia) [RUSSIA-EO14024] (Linked To: LLC AEON HOLDING DEVELOPMENT).

LIMITED LIABILITY COMPANY AHD SOUTH PORT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АХД ЮЖНЫЙ ПОРТ), d. 3A str. 4, ul, 1-Ya Frunzenskaya, Moscow 119146, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9704214132 (Russia); Registration Number 1237700409154 (Russia) [RUSSIA-EO14024] (Linked To: LLC AEON HOLDING DEVELOPMENT).

LIMITED LIABILITY COMPANY AIDRONEKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЙДРОНЕКС) (a.k.a. IDRONEX), Suite 16, Letter A, Building 6, 63 Blagodatnaya Street, Saint Petersburg 196105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810781443 (Russia); Registration Number 1197847232220 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AK MICROTECH (a.k.a. AK MIKROTEKH; a.k.a. "LLC AKM"), Sh. Varshavskoe d. 118, k. 1, floor 19 kom 3, Moscow 117587, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731339867 (Russia); Registration Number 5167746451648 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AKFORTA (Cyrillic: ОСОО АКФОРТА) (a.k.a. LLC AKFORT), 25 Street Maldybaeva, Bishkek 720055, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 03007200410115 (Kyrgyzstan) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AKROL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АКРОЛ), Prospekt Ispytatelei, Dom 33, Liter A, Pomeshtenie 3N Ofis 14, Saint Petersburg 197349, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Feb 2014; Tax ID No. 7814603709 (Russia); Registration Number 1147847075375 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AKTIV R (a.k.a. AKTIV R OOO), vn.ter.g. munitsipalny okrug Krylatskoe, ul. Osennyaya, d. 23, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9731086458 (Russia); Registration Number 1217700603713 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY ALABUGA DEVELOPMENT (a.k.a. ALABUGA DEVELOPMENT OOO (Cyrillic: ООО АЛАБУГА ДЕВЕЛОПМЕНТ); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ALABUGA DEVELOPMENT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛАБУГА ДЕВЕЛОПМЕНТ)), Ter. OEZ Alabuga, ul. Sh-2, K. 4, Pomeshch. 8, 9, 11, 12, 13, 14, Yelabuga, Volga federal region, Republic of Tatarstan, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Nov 2016; Organization Type: Construction of buildings; Tax ID No. 1646043699 (Russia); Registration Number 1161690175338 (Russia); alt. Registration Number 05726291 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

LIMITED LIABILITY COMPANY ALABUGA EXIM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛАБУГА ЭКСИМ) (a.k.a. LLC ALABUGA EXIM (Cyrillic: ООО АЛАБУГА ЭКСИМ)), ul. Sh-2 (OEZ Alabuga Ter.), Str. 5/12, Pomeshch. 102, Yelabuga, Republic of Tatarstan 423601, Russia (Cyrillic: УЛ Ш-2 (ТЕР. ОЭЗ АЛАБУГА), СТР. 5/12, ПОМЕЩ. 102, Елабуга, Республика Татарстан 423601, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Oct 2022; Organization Type: Other transportation support activities; Tax ID No. 1674003017 (Russia); Government Gazette Number 78356100 (Russia); Registration Number 1221600079634 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ALABUGA MACHINERY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛАБУГА МАШИНЕРИ) (a.k.a. LLC ALABUGA MACHINERY (Cyrillic: ООО АЛАБУГА МАШИНЕРИ)), Ter. OEZ Alabuga, ul. Sh-2, 5/12, Pomeshch. 110, Yelabuga, Volga federal region, Tatarstan, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Oct 2022; Tax ID No. 1674003000 (Russia); Registration Number 1221600079623 (Russia); alt. Registration Number 78358398 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

LIMITED LIABILITY COMPANY ALABUGA-FIBRE (a.k.a. ALABUGA-VOLOKNO OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ALABUGA-VOLOKNO), Territoriya Oez Alabuga, Ul. Sh-2 Korp. 4/1, Yelabuga 423600, Russia; Ul. Sh-2 Oez Alabuga Terr. Str 11/9, Volga 423601, Russia; Ul. Krzhizhanovskogo D. 14, Korp. 3, Moscow 117218, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Aug 2011; Tax ID No. 1646031132 (Russia); Government Gazette Number 30371716 (Russia); Registration Number 1111674004045 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ALFA INSTRUMENTS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛЬФА ИНСТРУМЕНТС), Ul Lineinaya D.28, Office 515, Novosibirsk, 630049, Russia; Website alfa-instr.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Jul 2013; Tax ID No. 5402565306 (Russia); Registration Number 1135476111870 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ALFA-INVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛЬФА-ИНВЕСТ), Ul. Kooperativnaya D. 1, Zelenodolsk 422541, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Jun 2003; Tax ID No. 1648013530 (Russia); Registration Number 1031644204921 (Russia) [RUSSIA-EO14024] (Linked To: KOGOGIN, Sergei Anatolyevich).

LIMITED LIABILITY COMPANY ALFAKOMPONENT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛЬФАКОМПОНЕНТ), 140E Leninskiy Avenue, Office 407A, Saint Petersburg 198216, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804607729 (Russia); Registration Number 1177847326910 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ALGORITM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛГОРИТМ) (a.k.a. LLC ALGORITM (Cyrillic: ООО АЛГОРИТМ)), 33 Pobedy Avenue, Cherepovets, Vologda Region 162614, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3528112847 (Russia); Registration Number 1063528067272 (Russia) [RUSSIA-EO14024] (Linked To: MORDASHOV, Alexey Aleksandrovich).

LIMITED LIABILITY COMPANY ALIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "АЛИС") (a.k.a. "ALIAS LLC"; a.k.a. "ALIS LLC" (Cyrillic: "ООО АЛИС")), Office 222, Building 23, Kirova Street, Vladivostok, Primorsky Krai 690068, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 30 Sep 2016; Tax ID No. 2543103179 (Russia); Registration Number 1162536087230 (Russia) [DPRK2] (Linked To: CHINYONG INFORMATION TECHNOLOGY COOPERATION COMPANY).

LIMITED LIABILITY COMPANY ALLRUS (a.k.a. ALLRUS GROUP), Ul. Krasnoproletarskaya D. 16, Str. 2, Floor 3, Moscow 127473, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707637710 (Russia); Registration Number 1077759803362 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ALTEGRITY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛЬТЕГРИТИ), 1Ts d. 11 pom., ul. 4-Ya Magistralnaya, Moscow 123308, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716619740 (Russia); Registration Number 5087746394269 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ALTERNATIVA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛЬТЕРНАТИВА), Ulitsa Hohryakova, Dom 74, Ofis 1401, Ekaterinburg, Sverdlovsk Oblast 620014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Aug 2016; Tax ID No. 6671051653 (Russia); Registration Number 1169658092856 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AM LOGISTICS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ

ОТВЕТСТВЕННОСТЬЮ АМ ЛОГИСТИКА) (a.k.a. LLC AM LOGISTICS (Cyrillic: ООО АМ ЛОГИСТИКА)), d. 11 kv. 3, ul. 4-Ya Krasnoarmeiskaya, St. Petersburg 190005, Russia; Website amlogistics.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Oct 2013; Tax ID No. 7839486793 (Russia); Government Gazette Number 31906071 (Russia); Business Registration Number 1137847419599 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AMITRON ELEKTRONIKS (a.k.a. AMITRON ELECTRONICS LLC), Ul. Kulakova, D. 20, Str. 1-A, Office 608, Moscow 123592, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7734240231 (Russia); Registration Number 1027739858145 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AMS TEKHNIKA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АМС ТЕХНИКА) (a.k.a. AMS TEHNIKA LLC), d. 9 str. 25 etazh 2 pom. II, Komn. 44, ul. Godovikova, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9717115403 (Russia); Registration Number 1227700325270 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AMURSKAYA GORNO RUDNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АМУРСКАЯ ГОРНО РУДНАЯ КОМПАНИЯ) (a.k.a. ООО AMURSKAYA GRK), d. 4A etazh 1 pom. I, Kom. 4, Ofis 4-2, ul. Kutuzovskaya, Odintsovo 143001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032208321 (Russia); Registration Number 1155032006821 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY AMURSKIY METALLURGICHESKIY KOMBINAT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АМУРСКИЙ МЕТАЛЛУРГИЧЕСКИЙ КОМБИНАТ) (a.k.a. LLC AMUR METALLURGICAL COMBINE), ul. Lenina 26A, Gorny 682707, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2700015609 (Russia); Registration Number 1232700012401 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ANALYTICAL MANUFACTURE (a.k.a. ANALITICHESKAYA MANUFAKTURA OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ANALITICHESKAYA MANUFAKTURA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АНАЛИТИЧЕСКАЯ МАНУФАКТУРА); a.k.a. "ANALYTICAL MANUFACTORY"), Sh. Rublevskoe, D. 9, ET/POM/KOM 1/I/10B, Moscow 121108, Russia (Cyrillic: Ш. РУБЛЁВСКОЕ, Д. 9, ЭТ/ПОМ/КОМ 1/I/10Б, МОСКВА 121108, Russia); Website amanuf.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jan 2018; Organization Type: Non-specialized wholesale trade; Tax ID No. 9701098128 (Russia); Government Gazette Number 23281390 (Russia); Business Registration Number 1187746024696 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ANGAR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АНГАР) (a.k.a. "LLC ANGAR"), domovladenie 71A, ul. Knyshevskogo, Mineralnye Vody 357202, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1112651014475 (Russia); Registration Number 2630800190 (Russia) [RUSSIA-EO14024] (Linked To: S 7 ENGINEERING LLC).

LIMITED LIABILITY COMPANY ANGAR 22, d. 26 str. 2 pom. 1N/2, ul. Ryabinovaya, Moscow 121471, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9729329914 (Russia); Registration Number 1227700560405 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ANTARES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АНТАРЕС) (a.k.a. ANTARES LLC; a.k.a. ANTARES OOO (Cyrillic: ООО АНТАРЕС)), Ul. Smirnovskaya d. 10, Str. 8. kabinet 10, Moscow 109052, Russia (Cyrillic: Ул. Смирновская, д. 10, стр. 8, каб. 10, Москва 109052, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jun 2017; Tax ID No. 7722399997 (Russia); Registration Number 7722399997 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

LIMITED LIABILITY COMPANY ANTELS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АНТЭЛС) (a.k.a. ANTELS OOO), 1005 Stavskovo Street, 79A, Velikie Luki City, Pskov Region 182100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Oct 2009; Tax ID No.

6025034034 (Russia); Registration Number 1096025002590 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY API FAKTORI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АПИ ФАКТОРИ) (a.k.a. ООО API FAKTORI), 42 Bolshoy Boulevard, Building 1, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9731065480 (Russia); Registration Number 1207700201114 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY RIMERA).

LIMITED LIABILITY COMPANY APPLIED MECHANICK (a.k.a. LLC APPLIED MECHANICS), Ul. 15-YA Parkovaya D. 5, Kom. 213, Moscow 105203, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7709885571 (Russia); Registration Number 1117746735182 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY APPLIED TECHNOLOGIES (a.k.a. PRIKLADNYE TEKHNOLOGII), Ul. Staroderevenskaya D. 11, K. 2 Lit. A, Office 310, Saint Petersburg 197374, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Dec 2023; Tax ID No. 7814832339 (Russia); Registration Number 1237800145791 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ARCTIC ENERGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АРКТИК ЭНЕРДЖИС), Land Plot 1, Mezhdurechye np., Territory of Advanced Development Stolitsa Arktiki, Kolskiy District, Murmansk Region 184363, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5105013824 (Russia); Registration Number 1205100005329 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ARCTIC LNG 2 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АРКТИК СПГ 2) (a.k.a. ООО ARKTIK SPG 2), d. 9 kab. 117, mikroraion Slavyanski, Novy Urengoi 629309, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 8904075357 (Russia); Registration Number 1148904001278 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ARCTICGEO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ

ОТВЕТСТВЕННОСТЬЮ АРКТИКГЕО), per. Denezhny 9/6, Moscow 119002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9704209069 (Russia); Registration Number 1237700286647 (Russia) [RUSSIA-EO14024] (Linked To: LLC RUSSIAN ENERGY GROUP).

LIMITED LIABILITY COMPANY ARENDOFF (a.k.a. ARENDOFF OOO), per. Sezzhinski, d. 3 str. 1, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7710724547 (Russia); Registration Number 1087746891594 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY ARKTIK LOGISTIK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АРКТИК ЛОГИСТИК), d. 4A etazh 1 pom. I, Kom. 3, Ofis 25-4, ul. Kutuzovskaya, Odintsovo 143001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032265457 (Russia); Registration Number 1165032062326 (Russia) [RUSSIA-EO14024] (Linked To: LLC VU DIKSON).

LIMITED LIABILITY COMPANY ARMEKS, d. 26 pom. 7/11N/2, ul. Leninskaya Sloboda, Moscow 115280, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725688443 (Russia); Registration Number 1107746116840 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ARMOR ENGINEERING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АРМОР ИНЖИНИРИНГ) (a.k.a. OOO ARMOR INZHINIRING), Komnata 6, Etazh 1, Stroenie 1, Dom 20, Ulitsa Krasnaya Sosna, Moscow 129337, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716774495 (Russia); Registration Number 1147746520239 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ARTEL STARATELEI POISK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АРТЕЛЬ СТАРАТЕЛЕЙ ПОИСК), Ul. Poiskovaya ZD. 9 S., Akimovka 658342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2251001116 (Russia); Registration Number 1022202218411 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ARTEL STARATELEI SININDA 1 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АРТЕЛЬ СТАРАТЕЛЕЙ СИНИНДА 1) (a.k.a. LLC SININDA 1), Ul. Taezhnaya d. 43, Pgt.

Nizhneangarsk 671710, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0317001998 (Russia); Registration Number 1020300795305 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ASATRYAN (a.k.a. ASATRYAN LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АСАТРЯН); a.k.a. ASATRYAN LLC (Cyrillic: ООО АСАТРЯН)), Office 2, Dom 113/5, Vokzalnaya Street, Artyomovsky Urban Okrug, Artyom, Primorsky Krai 692760, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 10 Jun 2021; Tax ID No. 2502065020 (Russia); Registration Number 1212500013934 (Russia) [DPRK3] (Linked To: ASATRYAN, Gayk).

LIMITED LIABILITY COMPANY ASERVICE (a.k.a. OOO AVIASERVIS), Pl. Morskoi Slavy D. 1, Lit. A, Chast Pomeshcheniya 3-N, Chast Pomeshcheniya #691, Saint Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801671250 (Russia); Registration Number 1197847181388 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ASR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АСР), 29, ul. Zagorodnaya, Berezniki 618421, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Aug 2005; Tax ID No. 5911045608 (Russia); Registration Number 1055904535191 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ASTECLING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АСТЕКЛИНГ) (a.k.a. LLC ASTEKLING), 10 Naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703017678 (Russia); Registration Number 1207700340594 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ASTRAKOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АСТРАКОМ) (a.k.a. ASTRACOM CO. LTD.), Shpalernaya Street, Building 24, Letter A, Warehouse 1-N, Office 6 & 7, Saint Petersburg 191123, Russia; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Tax ID No. 7804085896 (Russia); Registration Number 1027802483972 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ASTRON AERO, Ul. Parkovaya D. 1, Office 14, Lytkarino 140080, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Mar 2016; Tax ID No. 5027238514 (Russia); Registration Number 1165027052431 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ATLANT S (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АТЛАНТ С) (a.k.a. ATLANT S LIMITED; a.k.a. ATLANT S OOO; a.k.a. LLC ATLANT S (Cyrillic: ООО АТЛАНТ С)), et 1 pom 1 kom 17, dom 20, ulitsa Pleshcheyeva, Moscow 127560, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Mar 1992; Tax ID No. 7715023288 (Russia); Registration Number 1027700084312 (Russia) [RUSSIA-EO14024] (Linked To: PUCHKOV, Andrey Sergeyevich).

LIMITED LIABILITY COMPANY ATLAS REAL ESTATE (a.k.a. ATLAS NEDVIZHIMOST OOO), prospekt Kutuzovski, d. 24, etazh 1 pom. XVII kom. 26, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730710599 (Russia); Registration Number 1147746869896 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY ATM GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АТМ ГРУПП) (a.k.a. "ATM GROUP"), ofis 306 vladenie 5A str. 1, shosse Volkovskoe, Mytishchi 141006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5029111665 (Russia); Registration Number 1085029001309 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ATM TEKHNOLODZHI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АТМ ТЕХНОЛОДЖИ) (a.k.a. "ATM TECHNOLOGY"), ofis 311 vladenie 5A str. 1, shosse Volkovskoe, Mytishchi 141006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5029079316 (Russia); Registration Number 1045005519866 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ATOMAYZ (a.k.a. ATOMYZE; a.k.a. ATOMYZE RUSSIA; a.k.a. OBSHCHESTVO S OGRANICHENNOY

OTVETSTVENNOSTYU ATOMAIZ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АТОМАЙЗ)), Nab. Presnenskaya D. 12, Pomeshch. 2/59, Moscow 123112, Russia; Website https://www.atomyze.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Nov 2020; Tax ID No. 9703021466 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AURORA SEA PORT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МОРСКОЙ ПОРТ АВРОРА) (a.k.a. "LLC ASP"), Suite 10, 2 Postnikova Street, Fokino 692880, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2512466969 (Russia); Registration Number 1192536018399 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AURUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АУРУС), 4/1 Sh-2 Street (Special Economic Zone of the Alabuga territory), Building 4, Suite 33, Republic of Tatarstan 423601, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743237789 (Russia); Registration Number 5177746340998 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AUTO HOLDING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АВТО ХОЛДИНГ) (a.k.a. LIMITED LIABILITY COMPANY LADA AUTO HOLDING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛАДА АВТО ХОЛДИНГ)), 3 Gorokhovskiy Lane, Building 3, Suite 9, Moscow 105064, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701184553 (Russia); Registration Number 1217700437415 (Russia) [RUSSIA-EO14024] (Linked To: FEDERAL STATE UNITARY ENTERPRISE CENTRAL ORDER OF THE RED BANNER SCIENTIFIC RESEARCH AUTOMOBILE AND AUTOMOTIVE ENGINES INSTITUTE NAMI).

LIMITED LIABILITY COMPANY AUTOMIZATION AND COMMUNICATION SERVICE (a.k.a. AVTOMATIZATSIYA I SVYAZ SERVICE), Ul. 9P D. 25, Kabinet 1, Nizhnevartovsk 628624, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8605016748 (Russia); Registration Number 1038602103671 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AVANTAGE ENGINEERING (a.k.a. "AVANTAZH INZHINIRING OOO"), Pl. Malaya Sukharevskaya, D. 12, Moscow 127051, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Nov 2009; Tax ID No. 2317054947 (Russia); Registration Number 1092367003882 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AVBIS, Pr-D Anadyrskii D. 21, Pomeshch. VI, Kom.6, Moscow 129327, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701840794 (Russia); Registration Number 1097746340878 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AVIAKOMPANIYA DALNEVOSTOCHNAYA KSM (a.k.a. AVIAKOMPANIYA DALNEVOSTOCHNAYA KSM OOO), ul. Pionerskaya d. 39, pomeshch. 1001, Komsomolsk-on-Amur 681000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Oct 2014; Organization Type: Freight air transport; Tax ID No. 2703080980 (Russia); Registration Number 1142703004014 (Russia) [RUSSIA-EO14024] (Linked To: ALIEV, Murat Magomedovich).

LIMITED LIABILITY COMPANY AVIAKOMPANIYA POBEDA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АВИАКОМПАНИЯ ПОБЕДА) (a.k.a. LLC BUDGET CARRIER (Cyrillic: ООО БЮДЖЕТНЫЙ ПЕРЕВОЗЧИК); a.k.a. POBEDA AIRLINES), Kilometr Kievskoe Shosse 22-I (P Moskovskii), Domovladen 4, Stroenie 1, Moskovsky 108811, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9705001313 (Russia); Registration Number 5147746103380 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AVIALYUKSSERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АВИАЛЮКССЕРВИС), Room 14, Suite I, Building 7, 3 Skladochnaya Street, Moscow 127018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715482274 (Russia); Registration Number 1157746417652 (Russia) [RUSSIA-EO14024] (Linked To: KOZLOV, Aleksandr Sergeyevich).

LIMITED LIABILITY COMPANY AVIATEKSIM, Ul. Parkovaya 9-YA D. 37, Korp. 2, Pom. 63, Moscow 105264, Russia; Secondary sanctions

risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719188717 (Russia); Registration Number 1027739516111 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AVIATION ENGINEERING AND SERVICES COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНЖЕНЕРНО АВИАЦИОННЫЙ СЕРВИСНЫЙ ЦЕНТР) (a.k.a. "AESC LLC"), D. 19 Str. 7, Shosse Zavodskoe, Moscow 119027, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733339365 (Russia); Registration Number 1197746260480 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AVIATRADE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АВИАТРЭЙД) (a.k.a. AVIATRADE LLC; a.k.a. AVIATREID, OOO), d. 59 kv. 228, ul., Kholmogorova, Izhevsk, Udmurtia Republic 426065, Russia; Organization Established Date 31 Mar 2017 [SUDAN-EO14098].

LIMITED LIABILITY COMPANY AVISTO (a.k.a. LIMITED LIABILITY COMPANY AVYSTO), Ploshchadka OAO Stoilenskii Gok, Staryy Oskol 309500, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3128055665 (Russia); Registration Number 1063128021758 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AVYSTO (a.k.a. LIMITED LIABILITY COMPANY AVISTO), Ploshchadka OAO Stoilenskii Gok, Staryy Oskol 309500, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3128055665 (Russia); Registration Number 1063128021758 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AXALIT LAB, Ul. Mamina-Sibiryaka Str. 101, Pomeshch. 11/1, Yekaterinburg 620000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6670518783 (Russia); Registration Number 1236600056098 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AXALIT SOFT, Ul. Smazchikov D. 3, Kv. 307, Yekaterinburg 620041, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6670451183 (Russia); Registration Number 1176658028315 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AY GOU 3DE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЙ ГОУ 3ДЭ) (a.k.a. "IGO3D RUSSIA"), 84 Stavropolskaya Street, Building 1, Floor 1, Office 101, Moscow 109380,

Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701384189 (Russia); Registration Number 1147746032059 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AYAKS (a.k.a. AYAKS OOO), ul. Bolshaya Yakimanka, d. 22, pom. XIII chast kom. 3, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706809452 (Russia); Registration Number 1147746522582 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY BAIKAL TRADING COMPANY, Ul Galiaskara Kamala D. 4A, Pomeshch. 10, Kazan 420021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Aug 2022; Tax ID No. 1655484450 (Russia); Registration Number 1221600066995 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BALTINFOCOM (a.k.a. BALTINFOKOM; a.k.a. LIMITED LIABILITY COMPANY BALTINFOKOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БАЛТИНФОКОМ); a.k.a. LLC BALTINFOCOM; a.k.a. OOO BALTINFOKOM), Pr-Kt Yaroslavskii D.78, Lit. A, Pom.19N, Saint Petersburg 194214, Russia; 7H, 71, Komstromskoy Avenue, Saint Petersburg 194214, Russia; Website www.baltinfocom.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jul 2007; Organization Type: Other information technology and computer service activities; Tax ID No. 7810481785 (Russia); Registration Number 1077847481535 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BALTINFOKOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БАЛТИНФОКОМ) (a.k.a. BALTINFOKOM; a.k.a. LIMITED LIABILITY COMPANY BALTINFOCOM; a.k.a. LLC BALTINFOCOM; a.k.a. OOO BALTINFOKOM), Pr-Kt Yaroslavskii D.78, Lit. A, Pom.19N, Saint Petersburg 194214, Russia; 7H, 71, Komstromskoy Avenue, Saint Petersburg 194214, Russia; Website www.baltinfocom.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jul 2007; Organization Type: Other information technology and computer service activities; Tax ID No. 7810481785 (Russia); Registration

Number 1077847481535 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BALTMASH (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БАЛТМАШ), d. 117 litera A pom. 3N Ofis 2, ul. Sadovaya, St. Petersburg 190008, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811205530 (Russia); Registration Number 1157847196330 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BANK INNOVATION SYSTEMS (a.k.a. LIMITED LIABILITY COMPANY BANKOVSKIE INNOVATSIONNYE SISTEMY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БАНКОВСКИЕ ИННОВАЦИОННЫЕ СИСТЕМЫ); a.k.a. "LLC BIS" (Cyrillic: "ООО БИС")), Ul. Belinskogo 163V, Ekaterinburg 620089, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 1655102291 (Russia); Registration Number 1051622162932 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BANK ORANGE, Letter a, Room 13-H, Ul. Ruzovskaya, 16, Lit. A, Saint Petersburg 190013, Russia; SWIFT/BIC PRSBRU2P; Website www.bankorange.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 3803202000 (Russia); Legal Entity Number 253400D0R1WTEK19WM57; Registration Number 1023800000322 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BANK ROUND (a.k.a. FERROBANK LLC; a.k.a. SEVERO VOSTOCHNY INVESTICIONNY BANK), Shosse Rublevskoe 28, Moscow 121609, Russia; SWIFT/BIC SVIBRUMM; Website www.round.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7712002554 (Russia); Legal Entity Number 2534007K00A37GLA3D37; Registration Number 1027700140753 (Russia); Global Intermediary Identification Number WMPFR8.99999.SL.643 [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BANK TOCHKA, Proezd 1-I Veshnyakovskii D. 1, Str. 8, Floor 1, Pomeshch. 43, Moscow 109456, Russia; SWIFT/BIC LCTCRUMM; Website www.tochka.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Target Type Financial Institution; Tax ID No. 9721194461 (Russia); Registration Number 1237700005157 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BANKOVSKIE INNOVATSIONNYE SISTEMY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БАНКОВСКИЕ ИННОВАЦИОННЫЕ СИСТЕМЫ) (a.k.a. LIMITED LIABILITY COMPANY BANK INNOVATION SYSTEMS; a.k.a. "LLC BIS" (Cyrillic: "ООО БИС")), Ul. Belinskogo 163V, Ekaterinburg 620089, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 1655102291 (Russia); Registration Number 1051622162932 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BASEALT (a.k.a. BASEALT LLC), d. 75,  ofis 307, ul. Butyrskaya, Moscow 127015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714350892 (Russia); Registration Number 1157746734837 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BASHNEFT POLUS (a.k.a. OOO BASHNEFT POLUS), Ul. Chernyshevskogo D. 60, Ufa 450076, Russia; Ul. Im V.I. Lenina D.31, Nar'Yan-Mar 166000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2983998001 (Russia); Registration Number 1108383000549 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BASTION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БАСТИОН), Michurinskiy avenue, house 27, building 5, Floor 3, room 25, Moscow 119607, Russia (Cyrillic: Проспект Мичуринский, Дом 27, Корпус 5, Эт 3, Пом 25, Москва 119607, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701115327 (Russia); Registration Number 1187746696785 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CITADEL).

LIMITED LIABILITY COMPANY BAZTUBE (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU BAZTYUB), 5B St. Sukhogryadskaya, Zhodino 222161, Belarus; 2A Zelenoborskaya Ul., Zhodzina 222161, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 691738570 (Belarus); Government Gazette Number 504412066000 (Belarus) [RUSSIA-EO14024] (Linked To: JOINT STOCK

COMPANY 81 ARMORED FIGHTING VEHICLES REPAIR PLANT).

LIMITED LIABILITY COMPANY BELINVEST-ENGINEERING (a.k.a. BELINVEST-ENGINEERING; a.k.a. BELINVEST-INZHINIRING OOO; a.k.a. LLC BELINVEST-ENGINEERING), 2 Melnikaite Str., office 10, Minsk 220004, Belarus; Organization Established Date 01 Jun 2011; Registration Number 191450284 (Belarus) [BELARUS-EO14038] (Linked To: BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION BELINVESTBANK JOINT STOCK COMPANY).

LIMITED LIABILITY COMPANY BELKAZTRANS (a.k.a. BELKAZTRANS (Cyrillic: БЕЛКАЗТРАНС); a.k.a. LLC BELKAZTRANS; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BELKAZTRANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛКАЗТРАНС); a.k.a. OOO BELKAZTRANS (Cyrillic: ООО БЕЛКАЗТРАНС); a.k.a. TAA BELKAZTRANS (Cyrillic: ТАА БЕЛКАЗТРАНС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU BELKAZTRANS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ БЕЛКАЗТРАНС)), pr-t Pobeditelei, d. 20 korpus 3, pom. 215, Minsk 220020, Belarus (Cyrillic: пр-т Победителей, д. 20 корпус 3, пом. 215, г. Минск 220020, Belarus); Organization Established Date 26 Oct 2010; Registration Number 191434523 (Belarus) [BELARUS].

LIMITED LIABILITY COMPANY BELOVSKII PROMYSHLENNYI ZHELEZNODOROZHNYI TRANSPORT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛОВСКИЙ ПРОМЫШЛЕННЫЙ ЖЕЛЕЗНОДОРОЖНЫЙ ТРАНСПОРТ) (a.k.a. LLC BELOVOPROMZHELDORTRANS), d. 13 Mikroraion Tekhnologicheski, Belovo 652644, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4202023632 (Russia); Registration Number 1034202006486 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BELSEKYURITIGRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛСЕКЬЮРИТИГРУПП) (f.k.a. BELSECURITYGROUP; a.k.a. GARDSERVICE; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU GARDSERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАРДСЕРВИС); a.k.a. OOO GARDSERVIS (Cyrillic: ООО ГАРДСЕРВИС); a.k.a. TAA HARDSERVIS (Cyrillic: ТАА ГАРДСЭРВІС; a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU HARDSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ГАРДСЭРВІС)), Karvata St., Building 85, Minsk 220138, Belarus (Cyrillic: ул. Карвата, д. 85, Минск 220138, Belarus); Organization Established Date 19 Nov 2019; Registration Number 193344802 (Belarus) [BELARUS-EO14038].

LIMITED LIABILITY COMPANY BELTRANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛТРАНС), d. 17 ul. Gromovoi, Belovo 652616, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4202015913 (Russia); Registration Number 1024200543234 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BERG ENGINEERING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕРГ ИНЖИНИРИНГ) (a.k.a. LIMITED LIABILITY COMPANY BERG INZHINIRING), d. 26 Etazh 1 ul. Industrialnoe Shosse, Ufa 450027, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0274153104 (Russia); Registration Number 1100280045700 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BERG INZHINIRING (a.k.a. LIMITED LIABILITY COMPANY BERG ENGINEERING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕРГ ИНЖИНИРИНГ)), d. 26 Etazh 1 ul. Industrialnoe Shosse, Ufa 450027, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0274153104 (Russia); Registration Number 1100280045700 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BERING METALS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕРИНГ МЕТАЛС), d. 10, etazh 34, Naberezhnaya Tower, Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703077116 (Russia); Registration Number 1227700134826 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BEYSKIY PROMYSHLENNO TRANSPORTNYY KOMPLEKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЙСКИЙ ПРОМЫШЛЕННО ТРАНСПОРТНЫЙ КОМПЛЕКС) (a.k.a. "LLC BPTK"), Building 1, 43 Lenina Avenue, Abakan 655017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1902029264 (Russia); Registration Number 1191901002996 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BIK INFORM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БИК ИНФОРМ), 9 Bumazhnaya St., Room 1A, Office 201-209, Saint Petersburg 190020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805109081 (Russia); Registration Number 1027802766529 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BIMEISTER (a.k.a. SNH MEISTERSOFT), Mikroraion Barybino, Bulv 60 let SSSR d 6. 13, Domodedovo 142060, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5009049994 (Russia); Registration Number 1055001518241 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BITVAN, Trakt Troitskii D. 9, Office 3, Chelyabinsk 454053, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7451298738 (Russia); Registration Number 1107451004979 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BIYA KHIM, Ul. Eduarda Geideka D. 1, Biysk 659300, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2204011974 (Russia); Registration Number 1022200567949 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BODOR, Sh. Schelkovskoe D. 5, Str. 1, Office 520, 523, Moscow 105122, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9718083987 (Russia); Registration Number 5177746314169 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BONUM CAPITAL (a.k.a. BONUM CAPITAL LLC; a.k.a. BONUM KEPITAL OOO), per. Staromonetnyi d. 37, str. 1, pom. I, floor 3, komn. 15, Moscow 119017, Russia; per. Romanov d. 4, et/pom/kom 4/I/32, Moscow 125009, Russia; Tsvetnoy b-r, 15, building 1, room 63, Moscow 127051, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Sep 2011; Organization Type: Trusts, funds and similar financial entities; Tax ID No. 7722757160 (Russia); Legal Entity Number 253400XGWKKNWUCF4147; Registration

Number 1117746760130 (Russia) [RUSSIA-EO14024] (Linked To: ALIEV, Murat Magomedovich).

LIMITED LIABILITY COMPANY BONUM INVESTMENTS (a.k.a. BONUM INVESTMENTS OOO), per. Romanov d. 4, et/pom/kom 4/I/30, Moscow 125009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Feb 2015; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No. 7706417487 (Russia); Registration Number 1157746124656 (Russia) [RUSSIA-EO14024] (Linked To: ALIEV, Murat Magomedovich).

LIMITED LIABILITY COMPANY BONUM MANAGEMENT (a.k.a. BONUM MENEDZHMENT OOO), B-r Tsvetnoi d. 15, str. 1, pomeshch. 59, Moscow 127051, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Dec 2016; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No. 7706444723 (Russia); Registration Number 5167746424621 (Russia) [RUSSIA-EO14024] (Linked To: BONUM CAPITAL CYPRUS LTD).

LIMITED LIABILITY COMPANY BR INVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БР ИНВЕСТ), Room 200, Suite Part 1-N, Letter A, 74 Dor V Kamenku, Saint Petersburg 197350, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7814801852 (Russia); Registration Number 1217800193027 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BREMINO GROUP (a.k.a. BREMINO GROUP LLC; a.k.a. OBSHCHESTVO S OGRANNICHENOY OTVETSTVENNOSTYU BREMINO GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БРЕМИНО ГРУПП); a.k.a. OOO BREMINO GRUPP (Cyrillic: ООО БРЕМИНО ГРУПП); a.k.a. TAA BREMINA GRUP (Cyrillic: ТАА БРЭМІНА ГРУП); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU BREMINA GRUP (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ БРЭМІНА ГРУП)), ul. Zavodskaya, d. 1K, pom. 1, gp. Bolbasovo, Orsha district, Vitebsk oblast 211004, Belarus (Cyrillic: ул. Заводская, д. 1К, пом. 1, гп. Болбасово, Оршанский район, Витебская

область 211004, Belarus); Organization Established Date 05 Nov 2013; Registration Number 691598938 (Belarus) [BELARUS-EO14038].

LIMITED LIABILITY COMPANY BRIDGE BEARING (a.k.a. BRIDGE BEAR LLC; a.k.a. LIMITED LIABILITY COMPANY BRIDZH BEAR), d. 9 nezh.pomeshch. 6, ul. Kharlova, Chelyabinsk 454108, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449145068 (Russia); Registration Number 1217400032134 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BRIDZH BEAR (a.k.a. BRIDGE BEAR LLC; a.k.a. LIMITED LIABILITY COMPANY BRIDGE BEARING), d. 9 nezh.pomeshch. 6, ul. Kharlova, Chelyabinsk 454108, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449145068 (Russia); Registration Number 1217400032134 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BRIZANT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БРИЗАНТ), ofis 401 d. 121А, Prospect Kuznetski, Kemerovo 650055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4205401177 (Russia); Registration Number 1214200016469 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BROKER EXPERT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БРОКЕР ЭКСПЕРТ) (a.k.a. "BROKER EKSPERT LLC"; a.k.a. "LLC BROKER EXPERT" (Cyrillic: "ООО БРОКЕР ЭКСПЕРТ")), Pom. 3N, Liter M, 6, Ul. Tsvetochnaya, St. Petersburg 196084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Feb 2015; Organization Type: Non-specialized wholesale trade; Tax ID No. 7810336185 (Russia); Registration Number 1157847037105 (Russia) [RUSSIA-EO14024] (Linked To: BOIS ROUGE SARLU).

LIMITED LIABILITY COMPANY BS TRADE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БС ТРЕЙД), d. 12 pom. 23/64, naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703142206 (Russia); Registration Number 1237700287758 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BSF CAPITAL, Ul. Arbat D. 6/2, Pomeshch. 1/1/4, Office 303,

Moscow 119019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9704160790 (Russia); Registration Number 1227700537360 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BSP GLOBAL (a.k.a. BSP SECURITY; a.k.a. LLC BSP GLOBAL), ul. Im. Selezneva d. 2, k. 5, pomeshch. 5/1, Krasnodar 350059, Russia; ul. Im Shevchenko, d. 152/4, pomeshchenie 204/2, Krasnodar 350001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2309154426 (Russia); Registration Number 1172375014470 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BURILNYE TRUBY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БУРИЛЬНЫЕ ТРУБЫ) (a.k.a. "DRILL PIPES LIMITED"), ul. Trudovye Rezervy 3, Kamensk-Uralski 623405, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6612021897 (Russia); Registration Number 1069612021907 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BUSINESSPROMESTATE (a.k.a. BIZNESPROMESTEIT), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Apr 2013; Tax ID No. 7731481060 (Russia); Registration Number 5147746189069 (Russia) [RUSSIA-EO14024] (Linked To: GARSHIN, Vadim Veniaminovich; Linked To: RAZORENOV, Aleksandr Gennadievich).

LIMITED LIABILITY COMPANY BVK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БВК), Ulitsa Eniseiskaya, d. 52, Chelyabinsk 454010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449106598 (Russia); Registration Number 1117449006432 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CARBON (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КАРБОН) (a.k.a. LIMITED LIABILITY COMPANY KARBON; f.k.a. NOVAPORT TSENTRALNAYA AZIYA OOO), d. 3A str. 6 etazh 1 pom. 21, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704493235 (Russia); Registration Number 1197746372735 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CARBONTEX (a.k.a. KARBONTEKS), Ul. Zaraiskaya D. 21, Pom. 306 Office 0401, Moscow 109428, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9721111539 (Russia); Registration Number 1207700454884 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CATKONEFT (a.k.a. KATKONEFT), Ul. Yantarnaya D. 8, Kogalym 628481, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 8608180009 (Russia); Registration Number 1028601441582 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CENTER OF PURCHASES AND LOGISTICS OF THE HELICOPTER INDUSTRY (a.k.a. "TSZL VI OOO"), Per. 3-I Kotelnicheskii D. 6, Str. 1, Moscow 115172, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Oct 2009; Tax ID No. 7731636010 (Russia); Registration Number 1097746637779 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

LIMITED LIABILITY COMPANY CENTER SPRUT T (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦЕНТР СПРУТ Т) (a.k.a. LLC TSENTR SPRUT T), Ulitsa Krasnokazarmennaya, Dom 3, Stroenie 5, Moscow 111250, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7734220468 (Russia); Registration Number 1037739346590 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CHARTER GREEN LIGHT MOSCOW (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЧАРТЕР ГРИН ЛАЙТ МОСКВА) (a.k.a. LLC CHGLM), Nauchny Proezd, 19 Business Center 9 Acrov, Moscow 117246, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2015; Tax ID No. 7701088013 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CHELYABINSKIY ZAVOD PO PROIZVODSTVU KOKSOKHIMICHESKOY PRODUKTSII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЧЕЛЯБИНСКИЙ ЗАВОД ПО ПРОИЗВОДСТВУ КОКСОХИМИЧЕСКОЙ ПРОДУКЦИИ) (a.k.a. LLC MECHEL KOKS (Cyrillic: ООО МЕЧЕЛ КОКС)), d. 14 ul. Paveletskaya 2-Ya, Chelyabinsk 454047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7450043423 (Russia); Registration Number 1067450023156 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MECHEL MAINING).

LIMITED LIABILITY COMPANY CHERMET SERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЧЕРМЕТ СЕРВИС), d. 12 etazh 3 kom. 328, per. Bolshoi Demidovski, Moscow 105005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6674176315 (Russia); Registration Number 1069674020460 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CHEYNCHIP (a.k.a. CHAINCHIP LLC), d. 20 str. 1A, ul. Kulakova, Moscow 123592, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7705406940 (Russia); Registration Number 1027739777240 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CHIPDEVICE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЧИПДЕВАЙС), 5 Rizhskaya, Corpus 1 Building A, Suite 5N, Unit 27, 28, Office 416, St. Petersburg 195196, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806598766 (Russia); Registration Number 1227800066999 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CHISTIE GAZY PLYUS (a.k.a. LIMITED LIABILITY COMPANY CLEAN GASES PLUS; a.k.a. "CHISTYE GAZY PLYUS"), Ul. Tvardovskogo D. 3, Str. 2, Office 1, Novosibirsk 630068, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5409002937 (Russia); Registration Number 1165476068504 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CITADEL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦИТАДЕЛЬ) (a.k.a. CITADEL OOO; a.k.a. LLC TSITADEL (Cyrillic: ООО ЦИТАДЕЛЬ); a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU TSITADEL; a.k.a. TSITADEL GROUP; a.k.a. "CITADEL HOLDING"; a.k.a. "CITADEL LLC"), Michurinskiy avenue, House 27, Apartment 5, Floor 2, Room 6, Moscow 119607, Russia (Cyrillic: Пр-Кт Мичуринский, Д. 27, К. 5, Этаж 2, Ком. 6, Москва 119607, Russia); Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701012339 (Russia); Registration Number 11577467895690 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CLEAN GASES PLUS (a.k.a. LIMITED LIABILITY COMPANY CHISTIE GAZY PLYUS; a.k.a. "CHISTYE GAZY PLYUS"), Ul. Tvardovskogo D. 3, Str. 2, Office 1, Novosibirsk 630068, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5409002937 (Russia); Registration Number 1165476068504 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CNC VOLGA, Ul. Narskoe Lesnichestvo D. 28, Office 102, Naro-Fominsk 143302, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Aug 2022; Tax ID No. 5030103242 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY COAL COMPANY RAZREZ BEYSKIY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УГОЛЬНАЯ КОМПАНИЯ РАЗРЕЗ БЕЙСКИЙ), Building 1, 43 Lenina Avenue, Abakan 655017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1900004698 (Russia); Registration Number 1211900004106 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY COALSTAR SEA TERMINAL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МОРСКОЙ ТЕРМИНАЛ КОУЛСТАР) (a.k.a. LLC COALSTAR MARINE TERMINAL; a.k.a. "LLC CST"), Office 104, 2 Administrative Town, Nakhodka 692904, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704485266 (Russia); Registration Number 1197746226017 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY COALSTAR TRANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОУЛСТАР ТРАНС), Room 15, Floor 7, 6 Gasheka Street, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9710096381 (Russia); Registration Number 1227700130305 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY COMBIT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОМБИТ) (a.k.a. KOMBIT LLC), Ofis 411, Litera A, D. 14A Promyshlennaya Ul., Saint Petersburg 198099,

Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805679772 (Russia); Registration Number 1167847318374 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY COMFORT MAX (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОМФОРТ МАКС), 21 Novoryazanskoye Highway, Office 23, Tomilino, Lyuberetskiy, Moscow Region, Russia; 3 Rubtsovskaya Embankment, Building 1, Office 1101, Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701964528 (Russia); Registration Number 1127746555870 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY COMPANY SCAN (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОМПАНИЯ СКАН), UL Zoi I Aleksandra Kosmodemyanskikh, D. 26/21, Str. 1, Pom. 1/4, Moscow, 125130, Russia; Leningradskoe sh., d. 4, corp. 1, 1 et., pom. III, Moscow 125080, Russia; Website comscan.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Nov 2011; Tax ID No. 7734668980 (Russia); Registration Number 1117746953400 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CONCORD MANAGEMENT AND CONSULTING (a.k.a. KONKORD MENEDZHMENT I KONSALTING, OOO; a.k.a. LLC CONCORD MANAGEMENT AND CONSULTING; a.k.a. OBSHCHESTVO S OGRANNICHENNOI OTVETSTVENNOSTYU KONKORD MENEDZHMENT I KONSALTING), D. 13 Litera A, Pom. 2-N N4, Naberezhnaya Reki Fontanki, St. Petersburg 191011, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037843002515 [UKRAINE-EO13661] [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

LIMITED LIABILITY COMPANY CONDOR TRADING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОНДОР ТРЕЙДИНГ), Ul. Chugunnaya, d. 20 k. Litera S Pom. 9N, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 May 2012; Tax ID No. 7804485277 (Russia); Registration Number 1127847263290 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY LOMO).

LIMITED LIABILITY COMPANY CONFERUM (a.k.a. KONFERUM), Ul. Betonnaya D. 13A, Pomeshch. I/Floor 2, Staraya Kupavna 142450, Russia; Shchelkovskoe shosse, 54B, Balashikha, Moscow 143900, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5001077887 (Russia); Registration Number 1105001002370 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CONSTRUCTION BUREAU OF INTEGRATED SYSTEMS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОНСТРУКТОРСКОЕ БЮРО ИНТЕГРИРОВАННЫХ СИСТЕМ) (a.k.a. "INTEGRATED SYSTEMS DESIGN BUREAU"), Building 1, 61 Lenin Street, Tarusa 249100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703371192 (Russia); Registration Number 1037703022158 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CONSTRUCTION COMPANY CONSOL-STROI LTD (a.k.a. LIMITED LIABILITY COMPANY KONSTRUCTION COMPANY KONSOL STROI LTD; a.k.a. LLC CONSOL-STROI LTD; a.k.a. LLC CONSOL-STROI LTD CONSTRUCTION COMPANY; a.k.a. LLC SK CONSOL-STROI LTD; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STROITELNAYA KOMPANIYA KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD, OOO; a.k.a. STROITELNAYA KOMPANIYA KONSOL-STROI LTD), House 16, Borodina Street, Simferopol, Crimea 295033, Ukraine; Website consolstroy.ru; alt. Website consol-stroi.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102070229 (Russia); Government Gazette Number 00823523 (Russia); Registration Number 1159102014170 (Russia) [UKRAINE-EO13685].

LIMITED LIABILITY COMPANY CRYPTO EXPLORER (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU KRIPTO EKSPLORER (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРИПТО ЭКСПЛОРЕР)), Ul. Karla Marksa D. 13A, K. 1, Pomeshch. 43, Ulyanovsk 432071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Oct 2022; Tax ID No. 7300009215 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CRYPTO PRO (a.k.a. KRIPTO PRO OOO), Ul. Sushchevskii Val 18, Moscow 127018, Russia; Proezd Izmailovskii D. 10, K. 2, Pomeshch. 4/1, Moscow 105037, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7717107991 (Russia); Registration Number 1037700085444 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CYBERSECURITY LABORATORY (Cyrillic: ЛАБОРАТОРИЯ КИБЕРБЕЗОПАСНОСТИ), Ul. Gorkogo d. 9, Office KH2-KH5, Floor 2, Sevastopol 299001, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Nov 2015; Tax ID No. 9204558128 (Russia); Registration Number 1159204030358 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CYBERSTEEL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КИБЕРСТАЛЬ), 18 Lenina Street, Floor 4, Suite 410, Pervouralsk 623101, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6684036797 (Russia); Registration Number 1206600028315 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CYBERSTEEL ALABUGA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КИБЕРСТАЛЬ АЛАБУГА), SH-2 Street, Building 5/12, Suite 142, Elabuga 423601, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1646049669 (Russia); Registration Number 1216600067694 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CYBERSTEEL PROJECT 2 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КИБЕРСТАЛЬ ПРОЕКТ 2), 2 Surgutskaya Street, Floor 7, Room 709, Almetyevsk 423458, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1644099086 (Russia); Registration Number 1216600067705 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY DALNEVOSTOCHNAYA GORNO RUDNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДАЛЬНЕВОСТОЧНАЯ ГОРНО РУДНАЯ КОМПАНИЯ) (a.k.a. "OOO DGRK"), d. 4A etazh 1 pom. I, Kom. 7, Ofis 12-6, ul. Kutuzovskaya, Odintsovo 143001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

5032208240 (Russia); Registration Number 1155032006810 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY DATA 51 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДАТА 51), 22 Lenina Street, Floor 3, Office 313/2, Apatity 184209, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5118004778 (Russia); Registration Number 1205100002425 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HYPERSPACE).

LIMITED LIABILITY COMPANY DELAZIYA (a.k.a. DELASIA), Ul. Vasi Alekseeva D. 6, Lit. A, Pomeshch. 1-N, Office 322, Saint Petersburg 198188, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810778923 (Russia); Registration Number 1197847214685 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY DEPOSITARY AND CORPORATE TECHNOLOGIES (a.k.a. "DCT LTD"), Ul. Stromynka D. 4, Korp. 1, Moscow 107014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7729520219 (Russia); Registration Number 1057746181272 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY DEREVOOBRABATYVAYUSHCHAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДЕРЕВООБРАБАТЫВАЮЩАЯ КОМПАНИЯ) (a.k.a. "WOOD PROCESSING COMPANY LTD"), ul. Zavodskaya 5, Kamensk-Uralski 623405, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6612021872 (Russia); Registration Number 1069612021929 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY KAMENSK URALSKIY METALLURGICHESKIY ZAVOD).

LIMITED LIABILITY COMPANY DESIGN AND ENGINEERING INSTITUTE FOR OIL REFINING AND PETROCHEMICAL ENTERPRISES (a.k.a. INSTITUT PO PROEKTIROVANIYU PREDPRIYATY NEFTEPERERABATYVAYUSCHEY I NEFTEKHIMICHESKOY PROMYSHLENNOSTI, LIMITED LIABILITY COMPANY; a.k.a. LENGIPRONEFTEKHIM OOO; a.k.a. LIMITED LIABILITY COMPANY OIL REFINING AND PETROCHEMICAL FACILITIES DESIGN INSTITUTE; a.k.a. LLC LENGIPRONEFTEKHIM), D. 94, Obvodnogo

Kanala, nab, St. Petersburg 196084, Russia; Email Address lgnch@lgnch.spb.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1057803105755 (Russia); Tax ID No. 7810327462 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

LIMITED LIABILITY COMPANY DEVICE CONSULTING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДЕВАЙС КОНСАЛТИНГ) (a.k.a. DEVAIS KONSALTING OOO; a.k.a. DEVICE CONSULTING CO. LTD.), 6A Aerodromnaya St., Office 45, Saint Petersburg 197348, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Oct 2002; Tax ID No. 7814128203 (Russia); Registration Number 1027807571550 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY DIAPAZON (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДИАПАЗОН), 1 Morskoy Slavie Square, Building A, Suite 3-N, Office 6036, St. Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805742375 (Russia); Registration Number 1197847026277 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY DIGITAL CENTER HYPERSPACE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦИФРОВОЙ ЦЕНТР ГИПЕРСПЭЙС), 81 Novorossiyskaya Street, Floor 3, Room 6, Chelyabinsk 454129, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7451457307 (Russia); Registration Number 1217400045917 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY DIGITAL TECHNOLOGIES (a.k.a. TSIFROVYE TEKHNOLOGII; a.k.a. "DIGITAL TECHNOLOGIES LLC"), 19 Vavilova Street, Moscow 117312, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736252313 (Russia); Registration Number 1157746819966 (Russia) [RUSSIA-

EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY DISTRIBUTED LEDGER TECHNOLOGY (a.k.a. DISTRIBUTED LEDGER SYSTEMS LLC; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SISTEMY RASPREDELENNOGO REYESTRA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИСТЕМЫ РАСПРЕДЕЛЕННОГО РЕЕСТРА); a.k.a. "DISTRIBUTED REGISTRY SYSTEMS"; a.k.a. "MASTERCHAIN"), Ul. Kompozitorskaya D. 17, Et./Pom.7/I, Kom. 11-17, Moscow 121099, Russia; Website https://www.masterchain.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 May 2021; Tax ID No. 9704063885 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY DM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ДМ") (a.k.a. "DM, LLC"), 4-N-3/413, CH.P./Ofis, Liter A, 6B, Ul. Tallinskaya, St. Petersburg 195196, Russia; House 6, Litera A, Office 302, Tallinskaya Street, St. Petersburg City 195196, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Nov 2017; Organization Type: Non-specialized wholesale trade; Tax ID No. 7806293796 (Russia); Registration Number 781434142955 (Russia) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

LIMITED LIABILITY COMPANY DM TECHNOLOGIES, Proezd Starpetrovskii D. 1A, Pomeshch. 3/1, Moscow 125130, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9725082127 (Russia); Registration Number 1227700242252 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY DORIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДОРИС), 118 40 Years of Victory St., Office 43, Izhevsk 426058, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1841050040 (Russia); Registration Number 1151841003401 (Russia) [RUSSIA-EO14024] (Linked To: OSETROVA, Maria Aleksandrovna).

LIMITED LIABILITY COMPANY DRAKE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДРЕЙК) (a.k.a. LIMITED LIABILITY COMPANY DREYK; a.k.a. "LLC DRAKE" (Cyrillic: "ООО ДРЕЙК")), ul. Sh-

2 (OEZ Alabuga Ter.), Str. 5/12, Pomeshch. 126, Yelabuga, Republic of Tatarstan 423601, Russia (Cyrillic: УЛ Ш-2 (ОЭЗ АЛАБУГА ТЕР.), СТР. 5/12, ПОМЕЩ. 126, Елабуга, Республика Татарстан 423601, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 May 2019; Tax ID No. 1646047020 (Russia); Government Gazette Number 39455544 (Russia); Registration Number 1191690040519 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY DREYK (a.k.a. LIMITED LIABILITY COMPANY DRAKE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДРЕЙК); a.k.a. "LLC DRAKE" (Cyrillic: "ООО ДРЕЙК")), ul. Sh-2 (OEZ Alabuga Ter.), Str. 5/12, Pomeshch. 126, Yelabuga, Republic of Tatarstan 423601, Russia (Cyrillic: УЛ Ш-2 (ОЭЗ АЛАБУГА ТЕР.), СТР. 5/12, ПОМЕЩ. 126, Елабуга, Республика Татарстан 423601, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 May 2019; Tax ID No. 1646047020 (Russia); Government Gazette Number 39455544 (Russia); Registration Number 1191690040519 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY DRONOPORT (a.k.a. HIVE AUTONOMOUS DRONE SOLUTIONS), Ul. Rabochaya, D. 93, Str. 2, Moscow 109544, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7734436065 (Russia); Registration Number 1207700279808 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY DUBAI WATER FRONT (f.k.a. BELINTE ROBE; f.k.a. BELINTE ROBES; f.k.a. JOINT LIMITED LIABILITY COMPANY BELINTE-ROBA (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛИНТЕ-РОБА); a.k.a. LLC DUBAI WATER FRONT; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DUBAI VOTER FRONT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДУБАЙ ВОТЕР ФРОНТ); a.k.a. OOO DUBAI VOTER FRONT (Cyrillic: ООО ДУБАЙ ВОТЕР ФРОНТ); a.k.a. TAA DUBAI VOTER FRONT (Cyrillic: ТАА ДУБАЙ ВОТЭР ФРОНТ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DUBAI VOTER FRONT (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ

АДКАЗНАСЦЮ ДУБАЙ ВОТЭР ФРОНТ)), ul. Petra Mstislavtsa, d. 9, pom. 10 (kabinet 34), Minsk 220114, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10 (кабинет 34), г. Минск 220114, Belarus); Organization Established Date 30 Mar 2004; Registration Number 190527399 (Belarus) [BELARUS-EO14038].

LIMITED LIABILITY COMPANY DURMA RUSYA, Ul. Neftegazovskaya D. 2, Nizhny Novgorod 603704, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5260317048 (Russia); Registration Number 1115260023702 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY DV HOLDING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДВ ХОЛДИНГ), 10 Naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703117094 (Russia); Registration Number 1227700739958 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY DZHET SNAB (a.k.a. LLC JET SNAB), D. 164 pom. 19, Ul. A. Nevskogo, Kaliningrad 236029, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3906260444 (Russia); Registration Number 1123926011934 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY DZHI EL EL RUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДЖИ ЭЛ ЭЛ РУС), 4 Rubtsovskaya Embankment, Building 3, Floor 1, Suite VII, Room 4, Office 15, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701182919 (Russia); Registration Number 1217700390214 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY INVESTMENT DECISIONS 3).

LIMITED LIABILITY COMPANY EASTERN TRADING TRANSPORT COMPANY (a.k.a. VOSTOCHNAYA TORGOVO TRANSPORTNAYA KOMPANIYA; a.k.a. "TRANSPORT COMPANY LLC VTTK"), Ul. Lva Tolstogo D. 12, Pomeshch.VII 9, Khabarovsk 680000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2722046689 (Russia); Registration Number 1152722003037 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ECHELON INNOVATIONS (Cyrillic: ЭШЕЛОН ИННОВАЦИИ) (a.k.a. ESHELON INNOVATSII;

a.k.a. LLC ECHELON INNOVATIONS), Ul. Elektrozavodskaya d. 24, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Aug 2013; Tax ID No. 7718945192 (Russia); Registration Number 1137746780490 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY EDISON (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭДИСОН) (a.k.a. LLC EDISON), 125367, Vn. Ter. G. Municipal District Pokrovskoe-Streshnevo, Pr-d polesskiy, d. 16, Str. I, Pomeshch. 36/1/2, Moscow, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Jun 2024; Tax ID No. 7733447427 (Russia); Registration Number 1247700410880 (Russia) [SDGT] (Linked To: GHAIRAT, Sohrab).

LIMITED LIABILITY COMPANY EKROPROMSTROY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭКРОПРОМСТРОЙ), Room 821 (820), Floor 8, Building 9, Microdistrict Slavyansky, Novy Urengoy 629309, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708149233 (Russia); Registration Number 1027700153106 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY EKSIKYUSHN ER DI SI (a.k.a. EKSIKYUSHN RDC; a.k.a. "EXECUTION COMPANY"), Ul. Yaroslavskaya, D. 8, K. 5, Moscow 129164, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7717783213 (Russia); Registration Number 1147746462368 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY EKSITON, ul. Chugunova d. 15A, office 19, kom. 1, Ramenskoye 140105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5040179240 (Russia); Registration Number 1225000061043 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY EKSPRESS IMPORT (a.k.a. OOO EKSPRESS IMPORT (Cyrillic: ООО ЭКСПРЕСС ИМПОРТ)), d. 5 k. 10 pom. V, ul. 2-Ya Entuziastov, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720379089 (Russia); Registration Number 1177746412722 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ELECOM (a.k.a. CANDY PLACE LIMITED LIABILITY

COMPANY), Ul. Chertanovskaya D. 11, K. 1, KV. 91, Moscow 117208, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Mar 2021; Tax ID No. 7726474109 (Russia); Registration Number 1217700088704 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ELECTROCOM VPK (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ELEKTROKOM VPK; a.k.a. "ELECTROCOM SPB"), Pr-Kt Prosveshcheniya D. 99, Lit. A, Pomeshch., 180N Office 1, Saint Petersburg 195299, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7840062534 (Russia); Registration Number 1177847049049 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ELEKTRON KOMPONENT, d. 4 pom. IV kom. 1, RM 5/5, ul. Rudnevka, Moscow 111675, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720861327 (Russia); Registration Number 1227700071697 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ELEKTROPANEL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭЛЕКТРОПАНЕЛЬ), d. 1A pom. 50K/3, shosse Varshavskoe, Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9726029550 (Russia); Registration Number 1227700817398 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ELEKTROPROFI, Ul. Mira D. 65/2, 3 et, Novosibirsk 630024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5407222077 (Russia); Registration Number 1025403195476 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ELESAR GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭЛЕСАР ГРУПП), Office 315, Suite 4-N, Floor 3, 27A Verbnaya Street, Saint Petersburg 197375, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806575286 (Russia); Registration Number 1207800103301 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ELGA DOROGA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭЛЬГА ДОРОГА), D. 3, K. 2, Pom. 212, Ul. Luzhnikov, Neryungri 678962, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID

No. 1434048712 (Russia); Registration Number 1161434050029 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ELGA ENGINEERING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭЛЬГА ИНЖИНИРИНГ), D. 6, Str. 2, Etazh 47, Pom. 4732, Naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703087403 (Russia); Registration Number 1227700272348 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ELGA FACTORIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭЛЬГА ФАБРИКИ), Vladenie 29 K. 4, Prospekt Druzhby Narodov, Neryungri 678960, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703051044 (Russia); Registration Number 1217700468391 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ELGAUGOL).

LIMITED LIABILITY COMPANY ELGA FACTORIES 2 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭЛЬГА ФАБРИКИ 2), D. 27 Etazh 2 Pom. 204, Prospekt Lenina, Neryungri 678960, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1400021832 (Russia); Registration Number 1231400004802 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ELGA FACTORIES 3 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭЛЬГА ФАБРИКИ 3), Prospekt Druzhby Narodov 4, Neryungri 678967, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1400028700 (Russia); Registration Number 1231400011721 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ELGA MAGISTRAL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭЛЬГА МАГИСТРАЛЬ), D. 6 Str. 2, Pom. 1A/21, Naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703150077 (Russia); Registration Number 1237700462900 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ELGA STROY MINING SERVICE).

LIMITED LIABILITY COMPANY ELGA MARINE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭЛЬГА МАРИН), Ul.

Istomina 51A, Khabarovsk 680000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2700020824 (Russia); Registration Number 1232700017681 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ELGA MINING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭЛЬГА МАЙНИНГ), Prospekt Druzhby Narodov 4, Neryungri 678967, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703035726 (Russia); Registration Number 1217700248534 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ELGA MINING 2 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭЛЬГА МАЙНИНГ 2), Prospekt Druzhby Narodov 4, Neryungri 678967, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1400031573 (Russia); Registration Number 1241400001567 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ELGA STROY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭЛЬГА СТРОЙ), D. 6 Str. 2 Etazh 21 Pom. 1A, Kabinet N22, naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703039590 (Russia); Registration Number 1217700319363 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ELGA STROY MINING SERVICE).

LIMITED LIABILITY COMPANY ELGA STROY MINING SERVICE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭЛЬГА СТРОЙ МАЙНИНГ СЕРВИС) (a.k.a. "ESMS LLC"), D. 6 Str. 2 Etazh 39, pomeshch./kom. I/16-2, Naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703043276 (Russia); Registration Number 1217700374902 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ELGA TRANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭЛЬГА ТРАНС), D. 10, Ofis 213, Ul. Mokhortova, Tynda 676282, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2808022915 (Russia); Registration Number 1102808000096 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ELGALOGISTICS, D. 19, Ofis 5, Ul. Yadrintsevskaya, Novosibirsk 630091, Russia; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Tax ID No. 5406803590 (Russia); Registration Number 1205400000190 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ELGAUGOL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭЛЬГАУГОЛЬ), D. 3 K. 2, Ul. Luzhnikov, Neryungri 678962, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1434045743 (Russia); Registration Number 1131434000961 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ELIARS, Konstruktora Guskova st., 8, bldg. 1, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735140825 (Russia); Registration Number 1157746097629 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ELIKS M (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭЛИКС М) (a.k.a. "ELIX M"), 17A Novolesnaya Street, Suite 1N, Room 14, Moscow 127055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707380568 (Russia); Registration Number 1177746228670 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ELLAND POLYUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭЛЛАНД ПОЛЮС), Room 11, Suite In Floor 7, Building 1, 8 Presnenskaya Embankment, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722683239 (Russia); Registration Number 1097746190630 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY TSENTRALNYY DEPOZITARIY FONDOV; Linked To: LIMITED LIABILITY COMPANY FINANSOVAYA KOMPANIYA LINIYA INVESTITSIY).

LIMITED LIABILITY COMPANY ELUENTLABORATORIZ (a.k.a. ELYUENTLABORATORIZ OOO (Cyrillic: ООО ЭЛЮЕНТЛАБОРАТОРИЗ); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ELYUENTLABORATORIZ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭЛЮЕНТЛАБОРАТОРИЗ)), Ul. Ivana Franko, D. 4, K. 2, ET 2, Pom #1, Kom #27, Moscow 121108, Russia (Cyrillic: УЛ. ИВАНА ФРАНКО, Д. 4, К. 2,, ЭТ 2 ПОМ No1 КОМ No27, Москва 121108, Russia); Website eluent.ru; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Dec 2017; Organization Type: Non-specialized wholesale trade; Tax ID No. 9715310575 (Russia); Government Gazette Number 22529861 (Russia); Business Registration Number 5177746372403 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY EMERGENCY DIGITAL SOLUTIONS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭМЕРДЖЕНСИ ДИДЖИТАЛ СОЛЮШЕНС) (a.k.a. "LLC EDS"), 3 Perunovskiy Lane, Building 2, Office 2, Moscow 127055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9715315319 (Russia); Registration Number 1187746421664 (Russia) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Nikita Aleksandrovich).

LIMITED LIABILITY COMPANY EMIRATES BLUE SKY (f.k.a. FOREIGN LIMITED LIABILITY COMPANY ZOMEX INVESTMENT (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗОМЕКС ИНВЕСТМЕНТ); a.k.a. LLC EMIRATES BLUE SKY; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU EMIREITS BLYU SKAI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭМИРЕЙТС БЛЮ СКАЙ); a.k.a. ООО EMIREITS BLYU SKAI (Cyrillic: ООО ЭМИРЕЙТС БЛЮ СКАЙ); a.k.a. TAA EMIREITS BLYU SKAI (Cyrillic: ТАА ЭМИРЭЙТС БЛЮ СКАЙ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU EMIREITS BLYU SKAI (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ЭМІРЭЙТС БЛЮ СКАЙ); f.k.a. "ZOMEX"), ul. Petra Mstislavtsa, d. 9, pom. 10-44, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10-44, г. Минск 220076, Belarus); Organization Established Date 08 Sep 2008; Registration ID 191061449 (Belarus) [BELARUS-EO14038].

LIMITED LIABILITY COMPANY EMPIRE 19-31 (a.k.a. IMPERIYA 19-31 OOO), ul. Novoselov 25/2, floor 2, komnata 4, d. Alfimovo, Stupino 142860, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Nov 2010; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 7703731504 (Russia); Registration Number 1107746906970

(Russia) [RUSSIA-EO14024] (Linked To: IMENIE TSARGRAD OOO).

LIMITED LIABILITY COMPANY EMS EKSPERT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЕМС ЭКСПЕРТ), Office 3, 1 Lenina Square, Shchekino 301248, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7107551966 (Russia); Registration Number 1147154034158 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY EMT, Pr-kt Leningradskii D. 80, Korp. G, Of. 801, Moscow 125190, Russia; Pr-d Staropetrovskii D. 7A, Str. 6, Office 710, Moscow 125130, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714582188 (Russia); Registration Number 1047796965754 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ENERGETICHESKAYA KOMPANIYA SIBMAINING (Cyrillic: INTERNATIONAL NAME: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭНЕРГЕТИЧЕСКАЯ КОМПАНИЯ СИБМАЙНИНГ) (a.k.a. LLC EC SIBMINING (Cyrillic: ООО ЭК СИБМАЙНИГ)), Office 303, 121 Pisareva Street, Novosibirsk 630005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4217128701 (Russia); Registration Number 1104217007421 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ENERGO ARSENAL, Ul. Mashinnaya D. 3 A, kv. 78, Yekaterinburg 620142, Russia; 194 March 8th Street, Yekaterinburg, Sverdlovsk Region 620142, Russia; Ul. Bisertskaya D. 34, Yekaterinburg 620024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6674369395 (Russia); Registration Number 1106674022729 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ENERGOPROM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭНЕРГОПРОМ), Usovo Village, Building 100, Block B, Floor 3, Suite 5, Odintsovo, Moscow Region 143084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032216308 (Russia); Registration Number 1155032010143 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY ENGINEERING CENTER OF ADDITIVE TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНЖИНИРИНГОВЫЙ ЦЕНТР АДДИТИВНЫХ

ТЕХНОЛОГИЙ) (a.k.a. "LLC EC AT" (Cyrillic: "ООО ИЦ АТ")), 2 Gorbunova Street, Building 2, Room 719, Moscow 121596, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731395300 (Russia); Registration Number 1187746029756 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ENGINEERING FIRM AB UNIVERSAL (a.k.a. INZHENERNAYA FIRMA AB UNIVERSAL), Pr-D Kashirskii D.13, Moscow 115201, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5027000367 (Russia); Registration Number 1035010950974 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ENTEP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭНТЕП) (a.k.a. "AVIATOR RC"), 12 Bianki St., Building 2, Room 112, Moscow 108811, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7721809577 (Russia); Registration Number 1137746953695 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ENTRAR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭНТРАР), d. 1 ofis 24, pl. Metallistov, Vorkuta 169901, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1103047002 (Russia); Registration Number 1221100004730 (Russia) [RUSSIA-EO14024] (Linked To: JSC VORKUTAUGOL).

LIMITED LIABILITY COMPANY EPLEKS GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭПЛЕКС ГРУПП) (a.k.a. APLEX GROUP LIMITED LIABILITY COMPANY), Pomeshch. 302, D. 26B, Ul. Sverdlova, Novaya Balakhna 606403, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5248044066 (Russia); Registration Number 1215200020837 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY MEZHREGIONSTROY).

LIMITED LIABILITY COMPANY ETM PHOTONICS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЕТМ ФОТОНИКС), Ul. Rentgena D. 7, Lit. A, Pomeshch. 1-N, Office 300, Saint Petersburg 197101, Russia; D. 8 2nd Roshchinsky Proezd, Str. 1, Office 121, Moscow 115419, Russia; Website etm-p.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Feb 2021;

Tax ID No. 7813650745 (Russia); Registration Number 1217800019051 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY EURASIAN TECHNOLOGICAL ALLIANCE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЕВРАЗИЙСКИЙ ТЕХНОЛОГИЧЕСКИЙ АЛЬЯНС), D. 1 Pom. 2/1, Proezd Soloviny, Moscow 117593, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727496899 (Russia); Registration Number 1227700332133 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY EUROTRANSEXPEDITION (a.k.a. OOO EVROTRANSEKSPEDITSIYA), naberezhnaya Novodanilovskaya, d. 4A, pom. II, kom. 22I-22S, 18, 19, Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726756897 (Russia); Registration Number 5147746148853 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY EVOCORP (a.k.a. LIMITED LIABILITY COMPANY UPRAVLYAYUSHCHAYA KOMPANIYA EVOKORP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ ЭВОКОРП)), Office 404, 20 Daev Lane, Moscow 107045, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704319734 (Russia); Registration Number 1157746545076 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY EVRAZIYA (a.k.a. BUROVAYA KOMPANIYA EURASIA LLC (Cyrillic: БУРОВАЯ КОМПАНИЯ ЕВРАЗИЯ ООО); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU BUROVAYA KOMPANIYA EVRAZIYA; a.k.a. "BKE OOO" (Cyrillic: "БКЕ ООО")), 40, 2 Ulitsa Narodnogo Opolcheniya, Moscow 123298, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8608049090 (Russia); Registration Number 1028601443034 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY EVROSEL, ul. Zavodskaya d. 3, Zhukovski 140184, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701898723 (Russia); Registration Number 1107746981187 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY EXPERIMENTAL DESIGN BUREAU TEKHNIKA (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU

OPYTNO KONSTRUKTORSKOE BYURO TEKHNIKA), Ul. Novaya Zarya D.6, Moscow 115191, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725568298 (Russia); Registration Number 1067746522392 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FARAD, Pr-d Polesskii d. 16, str. 1, pomeshch. 9/1/2, Moscow 125367, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Sep 2022; Tax ID No. 7751231607 (Russia); Registration Number 1227700544268 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FARVATER (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФАРВАТЕР), d. 43 pom. 419, ul. Khabarovksaya, Yuzhno-Sakhalinsk 693020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6500001532 (Russia); Identification Number IMO 6289218; Registration Number 1226500000341 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FASTEIR INTERNESHNL, ul. Ryabinovaya 14, Moscow 1212471, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743844350 (Russia); Registration Number 1127746105893 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FATTURA, d. 40 str. 1 pom. 22/22 proezd Marinoi Roshchi 3-I, Moscow 127018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743235414 (Russia); Registration Number 5177746267529 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FAVARIS (a.k.a. FAWARIS LIMITED LIABILITY COMPANY), Zavodskoi proezd, d. 2, k. 1, pom. 557, Fryazino 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5050159050 (Russia); Registration Number 1235000047446 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FEDOROVO KHOLDING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФЕДОРОВО ХОЛДИНГ), 40 Bolshoy Boulevard, Floor 5, Room 121, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9709056553 (Russia); Registration Number 1197746676478 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FEDOROVO MINERALZ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФЕДОРОВО МИНЕРАЛЗ), 40 Bolshoy Boulevard, Floor 5, Room 119, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9709056240 (Russia); Registration Number 1197746652399 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FEMILI OFIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФЕМИЛИ ОФИС) (a.k.a. FEMILI OFIS OOO), 3 1-Ya Rybinskaya Street, Building 1, Floor 4, Office 27/1, Moscow 107113, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Aug 2014; Tax ID No. 7718994619 (Russia); Registration Number 1147746941858 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

LIMITED LIABILITY COMPANY FERTOING (a.k.a. FERTOING LTD; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FERTOING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФЕРТОИНГ); a.k.a. OOO FERTOING (Cyrillic: ООО ФЕРТОИНГ)), Pulkovskoe Highway, House 40, Apartment 4, Letter A, Office A7060, St. Petersburg 196158, Russia; Shosse Pulkovskoe, Dom 40, Kvartira 4, Litera A, Ofis A7060, Gorod Sankt-Peterburg 196158, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802208912 (Russia); Registration Number 1037804040031 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FIBET NAMI ADVANCED ENGINEERING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФИБЕТ НАМИ ПЕРЕДОВОЙ ИНЖЕНИРИНГ) (a.k.a. LLC FIBET NAMI (Cyrillic: ООО ФИБЕТ НАМИ)), 2 Avtomotornaya Street, Building 1, Office 221, Moscow 125438, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743345640 (Russia); Registration Number 1207700302545 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FIDESIS (a.k.a. FIDESIS LLC; a.k.a. FIDESYS), Ul. Leninskie Gory D. 1 Str. 77 Nauchnyi Park Mgu Im M V Lomonosova Office 402, Moscow 119234, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

7725692471 (Russia); Registration Number 1107746291443 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FIFTH ELEMENT TRADING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПЯТЫЙ ЭЛЕМЕНТ ТРЕЙДИНГ) (a.k.a. PYATY ELEMENT TREIDING OOO; a.k.a. PYATYI ELEMENT TRADING OOO), 7 Talinnskaya St., Room 1-N, Office 350 Letter O, Saint Petersburg 195196, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806221953 (Russia); Registration Number 1167847086835 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FINANCE DECISIONS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФИНАНСОВЫЕ РЕШЕНИЯ), 14 Spartakovskaya Square, Building 3, Suite 9N/2, Basmannyy Municipal District, Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9729311995 (Russia); Registration Number 1217700369105 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NEW HOLDING 2).

LIMITED LIABILITY COMPANY FINANSOVAYA KOMPANIYA LINIYA INVESTITSIY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФИНАНСОВАЯ КОМПАНИЯ ЛИНИЯ ИНВЕСТИЦИЙ), Suite 11N/7, Building 1, 8 Presnenskaya Embankment, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718581509 (Russia); Registration Number 1067746469560 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY UPRAVLYAYUSHCHAYA KOMPANIYA EVOKORP; Linked To: VIKTOROV, Maksim Valeryevich).

LIMITED LIABILITY COMPANY FIRDAWS (a.k.a. FIRDAUS LIMITED; a.k.a. FIRDAWS LLC (Cyrillic: ООО ФИРДАУС); a.k.a. FIRDAWS LTD), UL. Kabardinskaya D. 22/24, Floor 2, Grozny, Republic of Chechnya 364024, Russia; Makhachkala, Republic of Dagestan, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established 15 Apr 2011; Tax ID No. 2013002217 (Russia); Registration Number 1112031000872 (Russia) [RUSSIA-EO14024] (Linked To: KADYROVA, Ayshat Ramzanovna).

LIMITED LIABILITY COMPANY FIRST LOGISTICS COMPANY (a.k.a. "LLC PLK"),

d.20 k. 4 pom. 31, ul, Rechnaya, Krasnogorsk 143403, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5024237311 (Russia); Registration Number 1235000128340 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FIVEL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФИВЕЛ), Building 7, Letter O, Tallinskaya St., Room 1N, Office 352, St. Petersburg 195196, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811700461 (Russia); Registration Number 1187847192048 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FLEK, 2-I, d. 3 per. Beloyarski, Perm 614065, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5905042158 (Russia); Registration Number 1025901209608 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEFTSERVICEHOLDING).

LIMITED LIABILITY COMPANY FLEMSTED (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФЛЕМСТЭД), d. 1/8 str. 6 etazh 3 pom. I kom. 6, per. 4-I Syromyatnicheski, Moscow 105120, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7709959777 (Russia); Registration Number 1147746886033 (Russia) [RUSSIA-EO14024] (Linked To: LLC AEON HOLDING DEVELOPMENT).

LIMITED LIABILITY COMPANY FO-MENEDZHMENT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФО-МЕНЕДЖМЕНТ) (a.k.a. FO-MENEDZHMENT OOO), 3 1-Ya Rybinskaya Street, Building 1, Floor 4, Office 27/2, Moscow 107113, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Jan 2016; Tax ID No. 7718294952 (Russia); Registration Number 1167746092260 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

LIMITED LIABILITY COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT (a.k.a. OBSCHESTVO S OGRANICHENNOI OTVESTVENNOSTYU VNESHNEEKONOMICHESKOE OBEDINENIE TEKHNOPROMEKSPORT; a.k.a. OOO VO TECHNOPROMEXPORT; a.k.a. OOO VO TPE), Novyi Arbat Str. 15, Building 2, Moscow

119019, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1147746527279 (Russia); Tax ID No. 7704863782e (Russia) [UKRAINE-EO13685].

LIMITED LIABILITY COMPANY FOREPOST TRADING (a.k.a. FOREPOST TRADING LLC), ul. Generala Antonova d. 3A, Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719667861 (Russia); Registration Number 1087746148962 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FORT DIALOG (a.k.a. "FORT DIALOGUE"), Ul. Pushkina D. 33, Korpus 2, Office 209, Ufa 450093, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0275908848 (Russia); Registration Number 1160280122573 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FORT DIALOG SERVICE (a.k.a. FORT DIALOG SERVIS OOO), Pr-Kt Moskovskii D. 140, Naberezhnyye Chelny 423812, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1650092709 (Russia); Registration Number 1021602021935 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FORTAP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФОРТАП), 3M Dudko St., Room 6N, Office 1-4D, Ivanovskiy Municipal District, St. Petersburg 192029, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780227226010 (Russia); Registration Number 1227800043404 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FORTIANA INVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФОРТИАНА ИНВЕСТ), d. 10, Naberezhnaya Tower, Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703102203 (Russia); Registration Number 1227700488003 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FORTUNA (a.k.a. FORTUNA LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФОРТУНА); a.k.a. "FORTUNA LLC" (Cyrillic: "ООО ФОРТУНА")), Office 5, Dom 113/5, Vokzalnaya Street, Artyomovsky Urban Okrug, Artyom, Primorsky Krai 692760, Russia; Secondary sanctions risk: North Korea

Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 21 Apr 2023; Tax ID No. 2502071778 (Russia); Registration Number 1232500011149 (Russia) [DPRK3] (Linked To: ASATRYAN, Gayk).

LIMITED LIABILITY COMPANY FORUM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФОРУМ) (a.k.a. "OOO FORUM"), 15 Olimpiyskaya Street, Suite 8, Novogorsk Micro District, Khimki, Moscow Oblast 141435, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Jul 2006; Organization Type: Real estate activities with own or leased property; Tax ID No. 7703600646 (Russia); Registration Number 1067746829292 (Russia) [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

LIMITED LIABILITY COMPANY FOTOPARK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФОТОПАРК), 113A Buynakskovo St., Office 13, Izberbash 368501, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0562070207 (Russia); Registration Number 1080562000342 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GAAN CORPORATION (a.k.a. KORPORATSIYA GAAN), Ul. Talalikhina D. 41, Str. 9, Pomeshch. IX, Komnata 15B, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722460151 (Russia); Registration Number 1187746507816 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GALFVIND (a.k.a. HALFWIND LIMITED LIABILITY COMPANY; a.k.a. LIMITED LIABILITY COMPANY GULFWIND), Per. Neishlotskii D. 23, Lit. A, Pomeshch. 10N, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804613602 (Russia); Registration Number 1187847004531 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GALIKA MET (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАЛИКА МЕТ), D. 8A, Et 1 Ofis 110, Ul. Lesnaya, Elektrostal 144011, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714247775 (Russia); Registration Number 1027739562289 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GALIKA SERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАЛИКА СЕРВИС), D. 69/75 Etazh 3 Kom. 16 17 Ofis 333, Ul. Vavilova, Moscow 117335, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736321503 (Russia); Registration Number 1197746231847 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GALIKA SKD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАЛИКА СКД), D. 8A, Etazh 2, Kabinet 202, Ul. Lesnaya, Elektrostal 144011, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5053044226 (Russia); Registration Number 1175053003510 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GALIKA TSENTR TEKHNOLOGI I SERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАЛИКА ЦЕНТР ТЕХНОЛОГИЙ И СЕРВИС) (a.k.a. LLC GALIKA CENTER TEKHNOLOGII I SERVIS; a.k.a. LLC GALIKA TSTS (Cyrillic: ООО ГАЛИКА ЦТС)), d. 38A, etazh 4, ofis 401, Moskovskaya, Khimki 141420, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714837936 (Russia); Registration Number 1117746311385 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GARANTIYA (a.k.a. GARANTIYA OOO), bulvar Tverskoi, d. 15 str. 2, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703610362 (Russia); Registration Number 5067746901426 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY GARANT-SV (a.k.a. GARANT-SV; a.k.a. GARANT-SV LIMITED LIABILITY COMPANY; a.k.a. GARANT-SV LLC; a.k.a. GARANT-SV, OOO; a.k.a. LLC GARANT-SV; a.k.a. OOO GARANT-SV), House 9, Generala Ostryakova Street, Opolznevoye Village, Yalta, Crimea 298685, Ukraine; 9, Generala Ostryakova St., Opolznevoye, Yalta, Crimea 298685, Ukraine; Website http://mriyaresort.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103007830 (Russia); Registration Number 1149102066740 (Russia) [UKRAINE-EO13685].

LIMITED LIABILITY COMPANY GARDA TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С

ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАРДА ТЕХНОЛОГИИ), Rodionova street, house 192, building 1, room 153, office 901, Nizhniy Novgorod, Nizhegorodskaya oblast 603093, Russia (Cyrillic: Улица Родионова, Дом 192, Корпус 1, Помещение 153, Офис 901, Нижний Новгород, Нижегородская Область 603093, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5260443081 (Russia); Registration Number 1175275040346 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CITADEL).

LIMITED LIABILITY COMPANY GAZPROM BURENIYE (f.k.a. BUROVAYA KOMPANIYA OAO GAZPROM, DOCHERNEE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. GAZPROM BURENIE, OOO; a.k.a. GAZPROM BURENIYE LLC; a.k.a. GAZPROM DRILLING; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GAZPROM BURENIE), 12A, ul. Nametkina, Moscow 117420, Russia; Website www.burgaz.ru; Email Address mail@burgaz.gazprom.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1028900620319; Tax ID No. 5003026493; Government Gazette Number 00156251 [UKRAINE-EO13662] (Linked To: ROTENBERG, Igor Arkadyevich).

LIMITED LIABILITY COMPANY GAZPROM INVEST (a.k.a. GAZPROM INVEST; a.k.a. GAZPROM INVEST, OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'GAZPROM INVEST'), d. 6 litera D ul. Startovaya, St. Petersburg 196210, Russia; Website zapad-invest.gazprom.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Registration ID 1077847507759 (Russia); Tax ID No. 7810483334 (Russia); Government Gazette Number 82129203 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM).

LIMITED LIABILITY COMPANY GAZPROM LINDE ENGINEERING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАЗПРОМ ЛИНДЕ ИНЖИНИРИНГ) (a.k.a. "GLE LLC"; a.k.a. "LLC GL ENGINEERING" (Cyrillic: "ООО ГЛ ИНЖИНИРИНГ")), d. 12 k. str. 1 pom. 1N chast pomeshch. 409, ul. Shkiperski Protok, St. Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0266023912 (Russia); Registration Number 1040203382845 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GAZPROM NEDRA, ul. Novocheremushkinskaya D. 65, Moscow 117418, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7709769582 (Russia); Registration Number 1077763601948 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GAZPROMNEFT ANGARA, Naberezhnaya Sinopskaya 22A, Saint Petersburg 191167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8905034804 (Russia); Registration Number 1058900801552 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GAZPROMNEFT DEVELOPMENT (a.k.a. GAZPROMNEFT RAZVITIYE), d. 2-4 litera B, per. Zoologicheski, Saint Petersburg 197198, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728639370 (Russia); Registration Number 1077762622574 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GAZPROMNEFT REGIONAL SALES, Per. Vilenskii D. 14, Lit. A, Office 203, Saint Petersburg 191014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 4703105075 (Russia); Registration Number 1084703003384 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GDK BAIMSKAYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГДК БАИМСКАЯ), ul. Dezhneva d. 1, Anadyr 689000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7705825797 (Russia); Registration Number 1087746085866 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GEA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЭА) (a.k.a. GEA ООО (Cyrillic: ООО ГЭА); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GEA), Ter. OEZ Alabuga, Ul. Sh-2, Str. 5/12, Pomeshch. 36, Yelabuga, Volga federal region, Tatarstan, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Mar 2020; Organization Type: Manufacture of pulp, paper and paperboard; Tax ID No. 1646048200 (Russia); Registration Number 1201600024878 (Russia); alt. Registration Number 43974020 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

LIMITED LIABILITY COMPANY GENERAL CONTRACTOR MFS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЕНЕРАЛЬНЫЙ ПОДРЯДЧИК МФС) (a.k.a. "ООО GP MFS"), 22a Ryabinovaya Street, Building 2, Moscow 121471, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704539433 (Russia); Registration Number 1047796934195 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY PIK GENPODRYAD).

LIMITED LIABILITY COMPANY GEOPROMAINING VERKHNE MENKECHE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЕОПРОМАЙНИНГ ВЕРХНЕ МЕНКЕЧЕ) (a.k.a. GPM VERKHNE MENKECHE LLC), d. 4 pom. 13, etazh 1, ul. Magadanskaya, Pos. Khandyga 678720, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707674550 (Russia); Registration Number 5087746087040 (Russia) [RUSSIA-EO14024] (Linked To: LLC HOLDING GPM).

LIMITED LIABILITY COMPANY GEOS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЕОС) (a.k.a. ООО GEOS), 42 Kommunisticheskaya St., Floor 4, Office 11, Novorossiysk, Krasnodar Region 353900, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Aug 2018; Tax ID No. 2315207531 (Russia); Registration Number 1182375065828 (Russia) [RUSSIA-EO14024] (Linked To: POZHIDAEV, Igor Vladimirovich).

LIMITED LIABILITY COMPANY GEOSCAN (a.k.a. GEOSCAN LTD), ul. Shatelena 26 A, Saint Petersburg 194021, Russia; Politekhnicheskaya street, building 22, complex

L, room 1-N, room 12, St. Petersburg 194021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801450808 (Russia); Registration Number 1077847632818 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GERMES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЕРМЕС), d. 1 ul. Neftyanaya, ofis 307 B, Khabarovsk 680022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2700004565 (Russia); Registration Number 1232700001071 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GEYSER GOLD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЕЙЗЕР ГОЛД), 40 Bolshoy Boulevard, Floor 5, Room 109, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9731074646 (Russia); Registration Number 1217700033176 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HYPERSPACE).

LIMITED LIABILITY COMPANY GK IMPERATIV UKRAINE (Cyrillic: ТОВАРИСТВО З ОБМЕЖЕНОЮ ВІДПОВІДАЛЬНІСТЮ ГК ІМПЕРАТИВ УКРАЇНА) (a.k.a. GK IMPERATIV UKRAINA LLC), No: 55, St. Romencka, Kharkiv 61070, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 15 Feb 2018; Tax ID No. 41944229 (Ukraine); Business Registration Number 14801020000075971 (Ukraine) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

LIMITED LIABILITY COMPANY GK TRIZ ROBOTICS (a.k.a. GK TRIZ ROBOTIKS; a.k.a. TRIZROBOTICS), Pl. 1-I Pyatiletki D. 1, Office 26, Yekaterinburg 620012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6686099714 (Russia); Registration Number 1176658097362 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GLENIKS TEKHNOLODZHIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЛЕНИКС ТЕХНОЛОДЖИС), d. 3A str. 6 etazh 2 pom. 2, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704472556 (Russia); Registration Number 1197746037631 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GLOBAL CONCEPTS GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЛОБАЛЬНЫЕ КОНЦЕПЦИИ ГРУПП) (a.k.a. GLOBAL VISION GROUP; a.k.a. "LLC GKG" (Cyrillic: "ООО ГКГ")), Office I Room 7, Building 3, House 22, Staromonetny Lane, Moscow 119180, Russia; Russia; Staromonetne STR 22/3, Moscow, Russia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] (Linked To: ALCHWIKI, Mhd Amer).

LIMITED LIABILITY COMPANY GLOBALTEK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЛОБАЛТЭК) (a.k.a. GLOBALTEC LLC), Room 22, Suite I, Floor 13, Building 2, 6 Presnenskaya Embankment, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Construction of utility projects; Tax ID No. 9705138011 (Russia); Registration Number 1197746621930 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GLOBALVOENTREYDING LTD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЛОБАЛВОЕНТРЕЙДИНГ ЛТД) (a.k.a. GLOBALVOENTREIDING LTD OOO; a.k.a. LLC GLOBALVOENTRAIDING LTD), 3 1-Ya Rybinskaya Street, Building 1, Floor 4, Office 9/2, Moscow 107113, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Oct 2002; Tax ID No. 7709388844 (Russia); Registration Number 1027709015641 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GOLFESTEIT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГОЛЬФЭСТЕЙТ) (a.k.a. GOLFESTEIT OOO), Room 416, Floor 24, Section I, Building 10, Testovskaya Street, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703427840 (Russia); Registration Number 1177746513273 (Russia) [RUSSIA-EO14024] (Linked To: KHRISTENKO, Viktor Borisovich).

LIMITED LIABILITY COMPANY GORA GOLDEN RATIO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГОРА ГОЛДЕН РАТИО) (a.k.a. "LLC GORA" (Cyrillic: "ООО ГОРА")), 40 Bolshoy Boulevard, Floor 5, Room 118, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9731087042 (Russia); Registration Number 1217700632632 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GPB IT1, ul. Godovikova d. 9, str. 17, floor 6, ch. pomeshch. 7, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9717102235 (Russia); Registration Number 1217700240504 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GRK BYSTRINSKOE (a.k.a. LLC GRK BYSTRINSKOE; a.k.a. "GRK BYSTRINSKOYE"), d. 99g soor. 1, ul. Shilova, Chita, Zabaykalskiy kray 672038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701568891 (Russia); Registration Number 1047796898600 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GROSS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГРОСС) (a.k.a. GROSS LTD), ul. Leningradskaya 2, Asbest 624261, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Real estate activities with own or leased property; Tax ID No. 6603019147 (Russia); Registration Number 1069603008452 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NATSIONALNAYA SURMYANAYA KOMPANIYA).

LIMITED LIABILITY COMPANY GROUP OF COMPANIES AKVARIUS (a.k.a. LLC GRUPPA AKVARIUS; a.k.a. LLC PRODUCTION COMPANY AQUARIUS; a.k.a. "AQUARIUS"), Vl6str1 22 km Kiyevskoye Highway, Moscow 119027, Russia; Kievskoe Shosse, 22-km, 6, Bldg. 1, Moscow 108811, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jan 2003; Tax ID No. 7701321693 (Russia); Registration Number 1037701002217 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GROUP OF COMPANIES MKC (a.k.a. GRUPPA KOMPANII MKS), Victorenko Str. 5, Building 1, Business Center, Victory Plaza, 9th Floor, Office 8A, Moscow 125167, Russia; Voronezhskaya Str. 5, Letter A, Section 27H, Office 224, St.

Petersburg 191119, Russia; Kirova Str. 63, Office 206, Beryozovsky 623700, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6604025432 (Russia); Registration Number 1096604002384 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GROUP OF COMPANIES SPETSMETALLMASTER (a.k.a. THE LIMITED LIABILITY COMPANY GROUP OF THE COMPANIES SPECIALMETALLMASTER), Pr-Kt Ryazanskii D. 8A, Str. 24, Et/Pom/Komn 4/I/44-54, Moscow 109428, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722326685 (Russia); Registration Number 1157746420512 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GRUPPA MAGNEZIT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГРУППА МАГНЕЗИТ) (a.k.a. MAGNEZIT GROUP LLC), Ul. Solnechnaya 34, Satka 456910, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7417011270 (Russia); Registration Number 1047408000199 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GS INVESTMENTS (a.k.a. LIMITED LIABILITY COMPANY HS INVESTMENTS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГС ИНВЕСТМЕНТС)), 40 Bolshoy Boulevard, Floor 5, Room 120, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Activities of holding companies; Tax ID No. 9731092500 (Russia); Registration Number 1227700269147 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GULFWIND (a.k.a. HALFWIND LIMITED LIABILITY COMPANY; a.k.a. LIMITED LIABILITY COMPANY GALFVIND), Per. Neishlotskii D. 23, Lit. A, Pomeshch. 10N, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804613602 (Russia); Registration Number 1187847004531 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY HARTIS DV (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХАРТИС ДВ) (a.k.a. KHARTIS DV LLC), 35 Svobodiy St., Building 5, Floor 1, Office 1, Room No. 4, Moscow 125362, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733753978 (Russia); Registration Number 5107746026262 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY HEAD POINT (a.k.a. LLC HEAD POINT), Ul. Bolshaya Pochtovaya, D. 26, Str. 1, Et/Pom/Kom/Of. 6/I/2B/1, Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704503123 (Russia); Registration Number 1037739904707 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY HERMLE VOSTOK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХЕРМЛЕ ВОСТОК), d. 9 str. 25 pom. 2, kom. 1-16, ul. Godovikova, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715582208 (Russia); Registration Number 1057748940974 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY HIMTREYD (a.k.a. KHIMTREID), Ul. Dekabristov D. 115, Pomeshch. 39, Kazan 420034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1661034040 (Russia); Registration Number 1121690069082 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY HOLDING CHOOSE RADIO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛДИНГ ВЫБЕРИ РАДИО) (a.k.a. OOO KHOLDING VYBERI RADIO), 4 Olkhovskaya Street, Building 2, Floor 5, Suite Part 544, Basmannyy Municipal District, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726361659 (Russia); Registration Number 5157746080575 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEW MEDIA HOLDING).

LIMITED LIABILITY COMPANY HOLDING COMPANY YUESEM (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛДИНГОВАЯ КОМПАНИЯ ЮЭСЭМ); a.k.a. OOO KHK YUESEM (Cyrillic: ООО ХК ЮЭСЭМ); a.k.a. USM HOLDINGS LIMITED), D. 28 Etazh 13 Kom. 21 Shosse Rublevskoe, Moscow, Russia 121609, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9731001285 (Russia); Registration Number 1187746450231 (Russia) [UKRAINE-EO13662]

[RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

LIMITED LIABILITY COMPANY HOLDING FINANCE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛДИНГ ФИНАНС), 1 Triumfalniy Drive, Sirius Settlement, Krasnodar, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No. 9703080126 (Russia); Registration Number 1227700164174 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY HOLDING INTELLIGENT COMPUTER SYSTEMS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛДИНГ ИНТЕЛЛЕКТУАЛЬНЫЕ КОМПЬЮТЕРНЫЕ СИСТЕМЫ) (a.k.a. "IKS HOLDING" (Cyrillic: "ИКС ХОЛДИНГ"); a.k.a. "X-HOLDING"), Michurinskiy avenue, house 27, apartment 5, floor 4, room 9, Moscow, Ramenki District 119607, Russia (Chinese Traditional: Пр-Кт Мичуринский, Д. 27, К. 5, Этаж 4, Помещ. 9, Москва, Муниципальный Округ Раменки 119607, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701124836 (Russia); Registration Number 1187746987317 (Russia) [RUSSIA-EO14024] (Linked To: CHEREPENNIKOV, Anton Andreyevich).

LIMITED LIABILITY COMPANY HORIZON AERO (a.k.a. GORIZONT AERO), Ul. Malaya Proletarskaya, D. 41, KV. 23, Yaroslavl 150001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Nov 2023; Tax ID No. 7604394537 (Russia); Registration Number 1237600011043 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY HOTU TENT (a.k.a. KHOTU TENT), Truda St., 1, Yakutsk 677000, Russia; Ul. Kirova D. 31/1, Kv. 92, Yakutsk 677027, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1435347144 (Russia); Registration Number 1191447014714 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY HS INVESTMENTS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГС ИНВЕСТМЕНТС) (a.k.a. LIMITED LIABILITY COMPANY GS INVESTMENTS), 40 Bolshoy Boulevard, Floor 5, Room 120, Moscow 121205, Russia; Secondary sanctions

risk: See Section 11 of Executive Order 14024.; Organization Type: Activities of holding companies; Tax ID No. 9731092500 (Russia); Registration Number 1227700269147 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY HYPERSPACE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГИПЕРСПЭЙС), 40 Bolshoy Boulevard, Floor 5, Room 81, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Activities of holding companies; Tax ID No. 9731083520 (Russia); Registration Number 1217700446171 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY HYPERSPACE TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГИПЕРСПЭЙС ТЕХНОЛОГИИ), 2 Surgutskaya Street, Room 301, Almetyevsk 423461, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Computer programming activities; Tax ID No. 1644100380 (Russia); Registration Number 1221600058899 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY RIMERA).

LIMITED LIABILITY COMPANY I MACHINE TECHNOLOGY (a.k.a. AI MASHIN TEKHNOLODZHI), Pr-kt Mira d. 95, pomeshch. 80, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718835552 (Russia); Registration Number 1117746078262 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY I T C (a.k.a. AI TI SI), Ul. Akademika Konstantinova D. 4, K. 1 Lit. A, Pomeshch 7N, Office 202, Saint Petersburg 195427, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Aug 2003; Tax ID No. 5406259282 (Russia); Registration Number 1035402500781 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY IBS INFINISOFT, 1-I Volokolamskii proezd, d. 10, str. 1, et/pom. 1/I, kom. 58, Moscow 123060, Russia; sh. Dmitrovskoe, d. 9B, Moscow 127434, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713605227 (Russia); Registration Number 1067761258190 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ID SOLUTION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЙДИ СОЛЮШН),

60B Dorozhnaya St., Office 421, Moscow 117405, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5003091492 (Russia); Registration Number 5115003000327 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY IK-MENEDZHMENT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИК-МЕНЕДЖМЕНТ) (a.k.a. IK-MANAGEMENT LLC), 3 Simferopolskoye Highway, Building 8, Floor 5, Room 509, Bulatnikovo Village, Leninskiy City, Moscow Region 142718, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Dec 2021; Tax ID No. 5003148734 (Russia); Registration Number 1215000132676 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

LIMITED LIABILITY COMPANY IKSORA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИКСОРА) (a.k.a. IKSORA OOO), 3 1-Ya Rybinskaya Street, Building 1, Floor 4, Office 1/2, Moscow 107113, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Dec 2007; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 5032180429 (Russia); Registration Number 1075032017125 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

LIMITED LIABILITY COMPANY IMEX EXPERT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИМЕКС ЭКСПЕРТ), 16/17 Bolshaya Sovetskaya St., Office V 53, Smolensk 214000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6732236950 (Russia); Registration Number 1226700018753 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INDIGO 3D (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНДИГО 3Д), Suite 2, Building 29, 30A Gazety Krasnoyarskiy Rabochiy Avenue, Krasnoyarsk 660004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2462068991 (Russia); Registration Number 1202400020415 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INDUSTRIAL PARK STANKOMASH (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНДУСТРИАЛЬНЫЙ ПАРК СТАНКОМАШ) (a.k.a. STANKOMASH LLC), Ulitsa Eniseiskaya, Dom 8, Chelyabinsk 454010,

Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449059203 (Russia); Registration Number 1157449000488 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INFERIT, Proezd Zavodskoi D. 2, K. 1, Office 512, Fryazino 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5050155270 (Russia); Registration Number 1225000052661 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INFORION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНФОРИОН) (a.k.a. INFORION OOO; a.k.a. LLC INFORION), Ul. Bolshaya Semenovskaya d. 45, Moscow 107023, Russia; Website inforion.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Feb 2006; Organization Type: Other information technology and computer service activities; Tax ID No. 7715592358 (Russia); Registration Number 1067746288323 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INFRASTRACTURE HOLDING 1 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНФРАСТРУКТУРНЫЙ ХОЛДИНГ 1), 4 Olkhovskaya Street, Building 2, Floor 4, Suite 456, Basmannyy Municipal District, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701209173 (Russia); Registration Number 1227700342935 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY INFRASTRACTURE HOLDING 2 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНФРАСТРУКТУРНЫЙ ХОЛДИНГ 2), 4 Olkhovskaya Street, Building 2, Floor 4, Suite 461, Basmannyy Municipal District, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701209102 (Russia); Registration Number 1227700341824 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NEW HOLDING 1).

LIMITED LIABILITY COMPANY INFRASTRACTURE HOLDING 3 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНФРАСТРУКТУРНЫЙ ХОЛДИНГ 3), 4 Olkhovskaya Street, Building 2, Floor 4, Suite

456, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701214046 (Russia); Registration Number 1227700453364 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEW DECISIONS 3).

LIMITED LIABILITY COMPANY INFRASTRACTURE HOLDING 4 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНФРАСТРУКТУРНЫЙ ХОЛДИНГ 4), 4 Olkhovskaya Street, Building 2, Floor 4, Suite 461, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701214014 (Russia); Registration Number 1227700452693 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEW DECISIONS 3).

LIMITED LIABILITY COMPANY INFRASTRUCTURE CORPORATION AEON (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНФРАСТРУКТУРНАЯ КОРПОРАЦИЯ АЕОН) (a.k.a. OOO IK AEON (Cyrillic: ООО ИК АЕОН)), d. 3A str. 6, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704661909 (Russia); Registration Number 1077760229656 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INFRASTRUCTURE PROJECTS MANAGEMENT COMPANY (a.k.a. MANAGEMENT COMPANY FOR INFRASTRUCTURE PROJECTS; a.k.a. UPRAVLYAYUSHCHAYA KOMPANIYA INFRASTRUKTURNYKH PROEKTOV; a.k.a. "LLC UKIP"; a.k.a. "UKIP"; a.k.a. "UKIP, OOO"), Sevastopolskaya Street, House 41/2, Simferopol, Crimea 295024, Ukraine; Email Address fnatali@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102045582 (Russia); Government Gazette Number 00742767 (Russia); Registration Number 1149102091654 (Russia) [UKRAINE-EO13685].

LIMITED LIABILITY COMPANY INKOR (a.k.a. LLC INKOR), Ul. Goleva D. 10A, Perm 614081, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Sep 2014; Tax ID No. 5905950978 (Russia); Government Gazette Number 35770183 (Russia); Registration

Number 1145958052844 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INNOVATIVE EDUCATION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИННОВАЦИОННОЕ ОБРАЗОВАНИЕ), 40 Bolshoy Boulevard, Floor 5, Room 110, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9731074580 (Russia); Registration Number 1217700032450 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HYPERSPACE).

LIMITED LIABILITY COMPANY INSPIRA INVEST A (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНСПИРА ИНВЕСТ А) (a.k.a. INSPIRA INVEST A OOO; a.k.a. LLC INSPIRA INVEST A (Cyrillic: ООО ИНСПИРА ИНВЕСТ А)), et 1 pom 2 kom 28-1 of 1, dom 9, ulitsa Leninskaya Sloboda, Moscow 115280, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Apr 2017; Tax ID No. 7725367175 (Russia); Registration Number 1177746359834 (Russia) [RUSSIA-EO14024] (Linked To: PUCHKOV, Andrey Sergeyevich).

LIMITED LIABILITY COMPANY INSURANCE COMPANY KONSTANTA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТРАХОВАЯ КОМПАНИЯ КОНСТАНТА) (a.k.a. IC CONSTANTA LLC; a.k.a. KONSTANTA OOO; a.k.a. LIMITED LIABILITY COMPANY RNCB INSURANCE; a.k.a. LLC SK KONSTANTA (Cyrillic: ООО СК КОНСТАНТА); a.k.a. "CONSTANTA"; a.k.a. "KONSTANTA" (Cyrillic: "КОНСТАНТА")), d. 19 etazh 3 pom. 70, ul. Leninskaya Sloboda, Moscow 115280, Russia (Cyrillic: д. 19 этаж 3, помещ. 70, ул. Ленинская слобода, Москва 115280, Russia); st. Leninskaya Sloboda, house 19, floor 3, room. 70, Moscow 115280, Russia; vn. ter. Municipal district Danilovsky, Leninskaya Sloboda, house 19, floor 3, suite 70, Moscow 115280, Russia (Cyrillic: вн. тер г. муниципальный округ даниловский, ул. ленинская слобода, д. 19 этаж 3, помещ. 70, г. Москва 115280, Russia); Leninskaya Sloboda, house 19, floor 3, suite 70, Moscow 115280, Russia (Cyrillic: ул. Ленинская слобода, д. 19, этаж 3, помещ. 70, Москва 115280, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707447597 (Russia); Government Gazette Number 24544006 (Russia); Business

Registration Number 1217700000011 (Russia) [RUSSIA-EO14024] [PEESA-EO14039].

LIMITED LIABILITY COMPANY INSURANCE COMPANY SBERBANK INSURANCE (a.k.a. INSURANCE COMPANY SBERBANK LIFE INSURANCE LIMITED LIABILITY COMPANY; a.k.a. SBERBANK LIFE INSURANCE IC LLC), 3 Poklonnaya St., Building 1, Moscow 121170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7744002123 (Russia); Registration Number 1037700051146 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY INTECHCARD (a.k.a. OOO INTEKHKARD (Cyrillic: ООО ИНТЕХКАРД)), d. 9 str. 31, ul. Godovikova, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701314914 (Russia); Registration Number 1027701010820 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INTEGRATED ELECTRON OPTICAL SYSTEMS (a.k.a. "IEOS"), Ul. Volnaya D. 35, Et. 2 Pom. 1, Moscow 105187, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701867725 (Russia); Registration Number 1107746151314 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INTEGRATED SOLUTIONS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОМПЛЕКСНЫЕ РЕШЕНИЯ), 13 Perevedenovskiy Lane, Building 18, Suite 21N/3, Basmannyy Municipal District, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701245870 (Russia); Registration Number 1237700265593 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY INTEM LAB (a.k.a. INTHEME LAB), Ul. Nizhnyaya Krasnoselskaya, D. 40/12, K. 20, Office 710, Moscow 105066, Russia; Moskovsky Prospekt 38, Building 4, Cheboksary, Russia; 5/7

Sormovskaya St., Krasnodar 350018, Russia; 9 Deryabin Ave., Izhevsk 426054, Russia; 20 A. Ahmad Donish str., Yunusabad River, Tashkent 100180, Uzbekistan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7702445613 (Russia); Registration Number 1187746873390 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INTER PODSHIPNIK GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕР ПОДШИПНИК ГРУПП) (a.k.a. "IPG OOO"), d. 13 k. B, ul. Initsiativnaya, Ufa 450032, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0277930574 (Russia); Registration Number 1180280048673 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INTER TOBACCO (a.k.a. INTER TOBACCO; f.k.a. JOINT LIMITED LIABILITY COMPANY INTERDORS (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРДОРС); a.k.a. LLC INTER TOBACCO; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU INTER TOBAKKO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕР ТОБАККО); a.k.a. OOO INTER TOBAKKO (Cyrillic: ООО ИНТЕР ТОБАККО); a.k.a. TAA INTER TABAKKA (Cyrillic: ТАА ІНТЭР ТАБАККА); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTER TABAKKA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭР ТАБАККА)), d. 131 (FEZ Minsk), Novodvorskiy village, Novodvorskiy village council, Minsk District, Minsk Oblast 223016, Belarus (Cyrillic: д. 131 (СЭЗ Минск), Новодворский сельсовет, с/с Новодворский, Минский район, Минская область 223016, Belarus); Organization Established Date 10 Oct 2002; Registration Number 808000714 (Belarus) [BELARUS-EO14038].

LIMITED LIABILITY COMPANY INTERKAD (a.k.a. INTERCAD COMPANY LIMITED), Pr-Kt Yuriya Gagarina D. 2, Lit. A, Pomeshch. 13-N Pom.28,29, Saint Petersburg 196105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813176194 (Russia); Registration Number 1027806880551 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INTERNATIONAL BUSINESS CORPORATION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖДУНАРОДНЫЙ БИЗНЕС КОРПОРАЦИЯ) (a.k.a. "LLC IBC"), 27 Yartsevskaya St., Apt. 172, Room 1, Moscow 121552, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9731103375 (Russia); Registration Number 1227700743940 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INTERNATIONAL CONGRESSES AND EXHIBITIONS (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU MEZHDUNARODNYE KONGRESSY I VYSTAVKI; a.k.a. "OOO MKV"), 44, et. 1 pom I kom 16 ul. Marshala Timoshenko, Moscow 121359, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727613771 (Russia); Registration Number 5077746774200 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INTERNATIONAL INNOVATION CENTER FOR MARINE STRUCTURES AND SHIP REPAIR (a.k.a. IIC MSSR LLC), Ul. Shkolnaya D. 16, Pomeshch. 4 I (24-27), Sovetskaya Gavan 682813, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2709017858 (Russia); Registration Number 1212700007640 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INTERNATIONAL TRANSPORTATION SERVICES (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU MEZHDUNARODNYE TRANSPORTNYE USLUGI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖДУНАРОДНЫЕ ТРАНСПОРТНЫЕ УСЛУГИ); a.k.a. "ITS LLC"; a.k.a. "OOO MTU" (Cyrillic: "ООО МТУ")), ul. Pushkina, 66, Astrakhan, Astrakhan Oblast 414006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Jun 2004; Tax ID No. 7730509361 (Russia); Registration Number 1047796470226 (Russia) [RUSSIA-EO14024] (Linked To: KHAZAR SEA SHIPPING LINES).

LIMITED LIABILITY COMPANY INTERREGIONCONSTRUCTION (a.k.a. LIMITED LIABILITY COMPANY MEZHREGIONSTROY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖРЕГИОНСТРОЙ); a.k.a. "LLC IRC"), Pomeshch. 4/2, D. 3, Ul. Marshala Sokolovskogo, Moscow 123060, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

7725675317 (Russia); Registration Number 1097746504778 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INTERREGIONCONSTRUCTION VST (a.k.a. LIMITED LIABILITY COMPANY MEZHREGIONSTROY RVS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖРЕГИОНСТРОЙ РВС); a.k.a. LLC IRC VST), Office 77, Kom. 3, Floor 1, Str. 3, D. 14, Pl. Spartakovskaya, Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701197231 (Russia); Registration Number 1227700085106 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY MEZHREGIONSTROY).

LIMITED LIABILITY COMPANY INTERREGIONGASCONSTRUCTION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖРЕГИОНГАЗСТРОЙ) (a.k.a. LIMITED LIABILITY COMPANY LIDER STROY; a.k.a. LLC IRGS), Office 20G, Kom. 1G, Floor 1, Str. 50, D. 35, Ul. Nizhnyaya Krasnoselskaya, Moscow 105066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701193519 (Russia); Registration Number 1227700002870 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY MEZHREGIONSTROY).

LIMITED LIABILITY COMPANY INTERSERVICE (a.k.a. INTERSERVIS NOVOPOLOTSKOE LLC; a.k.a. NOVOPOLOTSK LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSKOYE OBSHCHESTVO S OGRANICHENNOY OTVESTVENNOSTYU INTERSERVIS (Cyrillic: НОВОПОЛОЦКОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРСЕРВИС); a.k.a. OOO INTERSERVIS (Cyrillic: ООО ИНТЕРСЕРВИС); a.k.a. TAA INTERSERVIS (Cyrillic: ТАА ІНТЭРСЭРВІС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTERSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭРСЭРВІС); a.k.a. "INTERSERVICE"; a.k.a. "LLC INTERSERVICE"), ul. Molodezhnaya, d. 7, kom. 110, Novopolotsk, Vitebsk oblast 211440, Belarus (Cyrillic: ул. Молодежная, д. 7, ком. 110, г. Новополоцк, Витебская область 211440, Belarus); Organization Established Date 13 May 1998; Registration Number 300577484 (Belarus) [BELARUS-EO14038].

LIMITED LIABILITY COMPANY INTERSERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРСЕРВИС), Suite 1/6, Building 2, 11 1-ly Volkonskiy Lane, Moscow 127473, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720714114 (Russia); Registration Number 1117746254647 (Russia) [RUSSIA-EO14024] (Linked To: KOZLOV, Aleksandr Sergeyevich).

LIMITED LIABILITY COMPANY INTERVESP M, 20A Kuskovskaya Street, Moscow 111141, Russia; Pr-Kt Zelenyi 20, Et 12 Pom I kom 4, Moscow 111397, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706441909 (Russia); Registration Number 1167746856738 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INVENT (a.k.a. "INVENT LTD"), Ul. Marata D. 15, Nizhny Novgorod 603002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5257114908 (Russia); Registration Number 1105257000970 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INVEST GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТ ГРУПП), 3 Perunovskiy Lane, Building 2, Floor 3, Room 17, Moscow 127055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7203451749 (Russia); Registration Number 1187232014991 (Russia) [RUSSIA-EO14024] (Linked To: ZAKHAROVA, Svetlana Nikolaevna).

LIMITED LIABILITY COMPANY INVEST STANKO, Ul. Spartakovskaya D. 5/7, Office 4, Khimki 141400, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5047120398 (Russia); Registration Number 1105047013752 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INVESTMENT COMPANY A1 (a.k.a. INVESTITSIONNAYA KOMPANIYA A1 OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNAYA KOMPANIYA A1), d. 12 str. 1 ofis 415, ul. 3-Ya Magistralnaya, Moscow, Moscow 123007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Sep 2004; Tax ID No. 7709567988 (Russia); Registration Number 1047796703074 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INVESTMENT COMPANY MMK-FINANS (a.k.a. IK MMK-FINANS; a.k.a. INVESTITSIONNAYA KOMPANIYA MMK-FINANS; a.k.a. LLC IK MMK-FINANS (Cyrillic: ООО ИК ММК-ФИНАНС); a.k.a. MMK-FINANS OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNAYA KOMPANIYA MMK-FINANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТИЦИОННАЯ КОМПАНИЯ ММК-ФИНАНС); f.k.a. RASCHETNO-FONDOVY TSENTR, ZAKRYTOE AKTSIONERNOE OBSHCHESTVO INVESTITSIONNAYA KOMPANIYA), 70, ul. Kirova Magnitogorsk, Chelyabinskaya Obl. 455019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 May 1996; Tax ID No. 7446045354 (Russia); Government Gazette Number 34565086 (Russia); Registration Number 1057421016047 (Russia) [RUSSIA-EO14024] (Linked To: PUBLICHNOE AKTSIONERNOE OBSHCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT).

LIMITED LIABILITY COMPANY INVESTMENT CONSULTANT ELBRUS CAPITAL (a.k.a. CAPELLA CAPITAL LIMITED LIABILITY COMPANY (Cyrillic: ООО КАПЕЛЛА КАПИТАЛ)), 3/10 Elektricheskiy pereulok, building 1, office 1N/6, Presnenskiy District, Moscow 123557, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703036511 (Russia); Registration Number 1217700261613 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INVESTMENT DECISIONS 1 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТИЦИОННЫЕ РЕШЕНИЯ 1), 14 Spartakovskaya Square, Building 3, Suite 9N/2, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 1237700043866 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY INVESTMENT DECISIONS 2 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТИЦИОННЫЕ РЕШЕНИЯ 2), 14 Spartakovskaya Square, Building 3, Suite 9N/2, Office 247, Moscow, Russia; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701230175 (Russia); Registration Number 1227700795816 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY INVESTMENT DECISIONS 3 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТИЦИОННЫЕ РЕШЕНИЯ 3), 14 Spartakovskaya Square, Building 3, Suite 9N/2, Office 245, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701230231 (Russia); Registration Number 1227700795882 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY INVESTMENT DECISIONS 5 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТИЦИОННЫЕ РЕШЕНИЯ 5), 13 Perevedenovskiy Lane, Building 18, Suite 21N/3, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701245911 (Russia); Registration Number 1237700265770 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY INVESTMENT DECISIONS 6 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТИЦИОННЫЕ РЕШЕНИЯ 6), 13 Perevedenovskiy Lane, Building 18, Suite 21N/3, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701245929 (Russia); Registration Number 1237700265802 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY INVESTMENT DECISIONS 7 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТИЦИОННЫЕ РЕШЕНИЯ 7), 13 Perevedenovskiy Lane, Building 18, Suite 21N/3, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701245904 (Russia); Registration Number 1237700265703 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY INZHENERNO TEKHNOLOGICHESKI TSENTR ATM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИИНЖЕНЕРНО

ТЕХНОЛОГИЧЕСКИЙ ЦЕНТР АТМ) (a.k.a. ETC ATM LIMITED; a.k.a. INZHENERNO TEKHNOLOGICHESKII CENTER ATM OOO; a.k.a. LLC ITTS ATM (Cyrillic: ООО ИТЦ АТМ)), ofis 310 vladenie 5A str. 1, shosse Volkovskoe, Mytishchi 141006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810504175 (Russia); Registration Number 1089847039590 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INZHINIRINGOVIY TSENTR AVTONOMNAYA ENERGETIKA (a.k.a. LLC ITS AVTONOMNAYA ENERGETIKA), d. 5 pom. 3A, prospekt Georgievski, Moscow 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720450380 (Russia); Registration Number 1197746005357 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INZHINIRINGOVYI TSENTR PO OSNASHCHENIYU PROIZVODSTV (a.k.a. ENGINEERING CENTER FOR INDUSTRIAL EQUIPMENT), Pr-kt Svetlanovskii D. 121, K. 1 Str. 1, Pomeshch. #71-N, Saint Petersburg 195297, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7814766333 (Russia); Registration Number 1197847201903 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INZHTEPLOPROGRESS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНЖТЕПЛОПРОГРЕСС), 26 Novodmitrovskaya Street, Floor 1, Suite 6, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9715415698 (Russia); Registration Number 1227700148312 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY IRBIS SKY TECH (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИРБИС СКАЙ ТЕХ) (a.k.a. "OOO IST" (Cyrillic: "ООО ИСТ")), 2 Shukinskaya St., Ground Floor, Rooms 32 & 33, Moscow 123182, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722754271 (Russia); Registration Number 1117746657280 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ISHIMBAY SPECIALIZED CHEMICAL PLANT OF CATALYST (a.k.a. "ISCPC LLC"), Ul. Levyi Bereg D. 6, Ishimbay 453203, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Apr 2006; Tax ID No.

0261014551 (Russia); Registration Number 1060261010996 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ISKUSSTVO KRASOTY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИСКУССТВО КРАСОТЫ), Leninskiy Avenue, Building 44, Moscow 117334, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Mar 2011; Tax ID No. 7718841475 (Russia); Registration Number 1117746230161 (Russia) [RUSSIA-EO14024] (Linked To: SUROVIKINA, Anna Borisovna).

LIMITED LIABILITY COMPANY IT1, ul. Godovikova d. 9, str. 17, str. 17, floor 6, pomeshch. 1,2,15,17,19, ch. 3,5,7, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010028861 (Russia); Registration Number 1065010021284 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY IT1 NOVATIONS, ul. Godovikova d. 9, str. 17, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9717144517 (Russia); Registration Number 1237700663727 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY IT1 RTK, ul. Godovikova d. 9, str. 17, floor 6, ch. pomeshch. 7, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9717097105 (Russia); Registration Number 1207700470273 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY IT1 SOLUTIONS, ul. Godovikova d. 9, str. 17, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9717134195 (Russia); Registration Number 1237700297944 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY IT1 TECHNOLOGIES, Proezd triumfalnyi d. 1, Pgt. Sirius 354340, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2367029103 (Russia); Registration Number 1232300003320 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ITA TECHNOLOGY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИТА ТЕХНОЛОДЖИ), d. 17 k. 2 etazah 2 pm. 5, per. Perevedenovski, Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

7720127853 (Russia); Registration Number 1027739391910 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ITC (a.k.a. AITISI), Ul. Radio D. 24, K. 1, Office 008, Moscow 105005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Apr 2003; Tax ID No. 5406251910 (Russia); Registration Number 1035402483412 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ITECO KRAN (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИТЕКО КРАН) (a.k.a. ITEKO KRAN), 94, Kievskoe Highway, Obninsk 249035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4025438097 (Russia); Registration Number 1134025006521 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ITK SISTEMA (a.k.a. ITK SYSTEM LLC), d. 3 pom. II kom. 4, per. Bolshoi Savvinski, Moscow 119435, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704397210 (Russia); Registration Number 1177746239142 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY JSC UNMANNED TECHNOLOGIES (a.k.a. OOO AO BESPILOTNYE TEKHNOLOGII; a.k.a. "BPLA TECH"), Proezd Khlebozavodskii, D. 7, Str. 9, Pomeshch 19/N, Office 2412, Moscow 115230, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jan 2023; Tax ID No. 9724118500 (Russia); Registration Number 1237700049180 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY K ARMA (a.k.a. LIMITED LIABILITY COMPANY K.ARMA), Ul. Mechnikova D. 40, Kv. 27, Kolomna 140412, Russia; Oktiabrskoy Revolutsii st., 354A, Kolomna 140408, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5022071237 (Russia); Registration Number 1225000028879 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY K.ARMA (a.k.a. LIMITED LIABILITY COMPANY K ARMA), Ul. Mechnikova D. 40, Kv. 27, Kolomna 140412, Russia; Oktiabrskoy Revolutsii st., 354A, Kolomna 140408, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5022071237 (Russia); Registration Number 1225000028879 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KALEIDOSKOP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КАЛЕЙДОСКОП), House 2, Building 2, Paveletskaya square, Moscow 115054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Dec 2016; Tax ID No. 9705083235 (Russia); Registration Number 5167746427063 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KALININGRAD BALTTRANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КАЛИНИНГРАД БАЛТТРАНС) (a.k.a. "LIMITED LIABILITY COMPANY KBT"), 16 Zavodskaya Street, Apartment 3, Ozerki Village, Gvardeyskiy District, Kaliningrad Region, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3916016237 (Russia); Registration Number 1173926026130 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KALININGRADNEFTEPRODUCT (a.k.a. KALININGRADNEFTEPRODUKT LLC; a.k.a. KALININGRADNEFTEPRODUKT OOO; a.k.a. LLC KALININGRADNEFTEPRODUCT), 22-b Komsomolskaya Ulitsa, Central District, Kaliningrad, Russia; Email Address knp@baltnet.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1023900589240 (Russia); Tax ID No. 3900000136 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

LIMITED LIABILITY COMPANY KAMA KOMMERCIAL (a.k.a. KAMSKY COMMERCIAL BANK; a.k.a. "KAMCOMBANK"), Gidrostroiteley Street, Building 21, Naberezhnyye Chelny 423800, Russia; SWIFT/BIC KACORU21; Website www.kamkombank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 1650025163 (Russia); Legal Entity Number 25300F1C0J3H75V5935; Registration Number 2021600000840 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KAMCHATSKAYA GORNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КАМЧАТСКАЯ ГОРНАЯ КОМПАНИЯ) (a.k.a. ООО KAMCHATSKAIA GORNAIA KOMPANIIA), 59 Leninskaya Street, Floor 11, Suite 6, Petropavlovsk-Kamchatskiy 683001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4100041537 (Russia); Registration Number 1224100000387 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY GORA GOLDEN RATIO).

LIMITED LIABILITY COMPANY KAPITAL GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КАПИТАЛ ГРУПП), etazh 4 d. 121A, prospekt Kuznetski, Kemerovo 650055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4205329788 (Russia); Registration Number 1164205067146 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STROISERVIS).

LIMITED LIABILITY COMPANY KAPO-AVTOTRANS (a.k.a. KAPO-AVTOTRANS OOO; a.k.a. PSK AVIASTROI), ul Dementyeva d 2B, Kazan 420127, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1661022799 (Russia); Registration Number 1081690078700 (Russia) [RUSSIA-EO14024] (Linked To: TUPOLEV PUBLIC JOINT STOCK COMPANY).

LIMITED LIABILITY COMPANY KAPO-ZHILBILTSERVIS (a.k.a. UK KAPO-ZHBS; a.k.a. UK KAPO-ZHILBYTSERVIS OOO), ul Akademika Pavlova d 9, Kazan 420127, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1661022862 (Russia); Registration Number 1081690080450 (Russia) [RUSSIA-EO14024] (Linked To: TUPOLEV PUBLIC JOINT STOCK COMPANY).

LIMITED LIABILITY COMPANY KAPRON, d. 20 pom. P9 ofis 38B, ul. Sovetskaya, Nizhni Novgorod 603002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704795902 (Russia); Registration Number 1117746943731 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KARBON (a.k.a. LIMITED LIABILITY COMPANY CARBON (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КАРБОН); f.k.a.

NOVAPORT TSENTRALNAYA AZIYA OOO), d. 3A str. 6 etazh 1 pom. 21, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704493235 (Russia); Registration Number 1197746372735 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KASPIYSKAYA ENERGIYA ADMINISTRATION OFFICE (a.k.a. CASPIAN ENERGY MANAGEMENT LIMITED LIABILITY COMPANY; a.k.a. CASPIAN ENERGY PROJECTS LIMITED LIABILITY COMPANY; a.k.a. CNRG MANAGEMENT; f.k.a. CNRG PROJECTS; f.k.a. CRN GROUP; a.k.a. "CNRG"), 60, Admiral Nakhimov St., Astrakhan 414018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Feb 2011; Tax ID No. 3017065795 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

LIMITED LIABILITY COMPANY KATRADE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КАТРЕЙД) (a.k.a. KATREID LLC), Pom. 6, Etazh 4, D. 7/1 Krasninskaya St. 2-Ya, Smolensk 214004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6731071061 (Russia); Registration Number 1086731013544 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KB ATAMANOVA (a.k.a. ATAMANOV DESIGN BUREAU), Ul. Ryabinova, D. 53, Moscow 121471, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jul 2023; Tax ID No. 7734481300 (Russia); Registration Number 1237700493161 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KB RUS, Ul. Platonova, D. 4, Chast Pomeshcheniya II, Office 302, Voronezh 394018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3664239120 (Russia); Registration Number 1183668045615 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KEKO R, Pr-d Zavodskoi, D. 2, Office 625A, Fryazino 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5050129055 (Russia); Registration Number 1165050056203 (Russia) [RUSSIA-EO14024] (Linked To: KHOKHLUN, Andrei Rostislavovich).

LIMITED LIABILITY COMPANY KERAMAKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КЕРАМАКС), Office 12, Suite 1, Shop 5, 21 Mashinostroiteley Street, Chelyabinsk 454129, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449136458 (Russia); Registration Number 1187456019893 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY KERAMAX).

LIMITED LIABILITY COMPANY KERAMAKS LIZING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КЕРАМАКС ЛИЗИНГ) (a.k.a. "TRAVEL ART LLC"), 11 Gogolevskiy Boulevard, Moscow 119019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9704210466 (Russia); Registration Number 1237700317227 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY KERAMAX).

LIMITED LIABILITY COMPANY KERAMAKS METALLURGICHESKIYE MATERIALY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КЕРАМАКС МЕТАЛЛУРГИЧЕСКИЕ МАТЕРИАЛЫ) (a.k.a. "ООО KMM"), Room 11, Suite 1, 21 Mashinostroiteley Street, Chelyabinsk, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449150131 (Russia); Registration Number 1237400021286 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY KERAMAX).

LIMITED LIABILITY COMPANY KERAMAKS PROFESSIONALNYE SVAROCHNYE RESHENIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КЕРАМАКС ПРОФЕССИОНАЛЬНЫЕ СВАРОЧНЫЕ РЕШЕНИЯ), 11 Gogolevskiy Boulevard, Moscow 119019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9704084589 (Russia); Registration Number 1217700392832 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY KERAMAX).

LIMITED LIABILITY COMPANY KERAMAKS VERKHNYAYA SALDA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КЕРАМАКС ВЕРХНЯЯ САЛДА), 1/1 Vladislava Tetyukhina Street, Verkhnyaya Salda, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6623143079 (Russia); Registration Number 1236600029060 (Russia) [RUSSIA-EO14024]

(Linked To: JOINT STOCK COMPANY KERAMAX).

LIMITED LIABILITY COMPANY KEY INFORMATION SYSTEMS (Cyrillic: КЛЮЧЕВЫЕ ИНФОРМАЦИОННЫЕ СИСТЕМЫ) (a.k.a. KLYUCHEVYE INFORMATSIONNYE SISTEMY), Ul. Elektrozavodskaya d. 24, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Jul 2014; Tax ID No. 7718990822 (Russia); Registration Number 1147746835830 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KEYDZHI RUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КЕЙДЖИ РУС) (a.k.a. "LLC KGI RUS"), vladenie 165a etazh 5 kom. 25, shosse Yuzhnoe, Togliatti 445043, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6317150951 (Russia); Registration Number 1206300068468 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KHAVERIM (a.k.a. CHAVERIM; a.k.a. LLC HAVERIM), nab. Oktyabrskaya d. 104, k. 1 lit. p, office 401, Saint Petersburg 193079, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811753791 (Russia); Registration Number 1207800168520 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KINGISEPSKY MACHINE BUILDING PLANT (a.k.a. KINGISEPP MACHINE BUILDING PLANT LLC; a.k.a. KMZ CO LTD), Prkt Slavy D. 52, Kor/Lit. 1/A, Pom. 51N, Saint Petersburg 192241, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7816562511 (Russia); Registration Number 1137847194187 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KINOATIS (a.k.a. KINOATIS; a.k.a. KINOATIS LLC; a.k.a. LLC KINOATIS), Ul. Polkovaya D. 3, Str. 6, ET/POM/KOM 6/1/1, 3, Moscow 127018, Russia; Ul. Polkovaya, d. 3, Str. 6, r. 13, Moscow 127018, Russia; 36613 Polkovaya, Moscow, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 23 Jun 2004; Tax ID No. 7743531082; Business Registration Number 1047796451658 [DPRK3] (Linked To: SEK STUDIO).

LIMITED LIABILITY COMPANY KIRISHIAVTOSERVIS (a.k.a. KIRISHIAVTOSERVIS OOO; a.k.a. LLC KIRISHIAVTOSERVIS), Lit A, 12 Smolenskaya Ulitsa, St. Petersburg 196084, Russia; Website www.kirishiavtoservis.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1057807804064 (Russia); Tax ID No. 7840016802 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КИСМЕТ КАПИТАЛ ГРУП) (a.k.a. ООО YUTV GRUPPA), 4 Olkhovskaya Street, Building 2, Floor 4, Suite 470, Moscow 105066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726415826 (Russia); Registration Number 5177746159542 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KISMET CONSULTING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КИСМЕТ КОНСАЛТИНГ), 4 Olkhovskaya Street, Building 2, Floor 4, Suite 433, Moscow 105066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701074350 (Russia); Registration Number 1177746450947 (Russia) [RUSSIA-EO14024] (Linked To: TAVRIN, Ivan Vladimirovich).

LIMITED LIABILITY COMPANY KISMET TELECOM INFRASTRUCTURE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КИСМЕТ ТЕЛЕКОМ ИНФРАСТРУКТУРА), 4 Olkhovskaya Street, Building 2, Floor 4, Suite 472, Basmannyy Municipal District, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701122980 (Russia); Registration Number 1187746877273 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY KISMET TELECOM INFRASTRUCTURE 2 (Cyrillic:

ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КИСМЕТ ТЕЛЕКОМ ИНФРАСТРУКТУРА 2), 4 Olkhovskaya Street, Building 2, Floor 4, Suite Part 463, Basmannyy Municipal District, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701188727 (Russia); Registration Number 1217700533973 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET TELECOM INFRASTRUCTURE).

LIMITED LIABILITY COMPANY KLAUDRAN (a.k.a. CLOUDRUN LIMITED LIABILITY COMPANY; a.k.a. CLOUDRUN LLC), d. 28 litera D ofis 33Zh, Prospekt Polyustrovski, Saint Petersburg 195197, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Aug 2021; Tax ID No. 7804685734 (Russia); Business Registration Number 1217800124508 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KLER END KLARTE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КЛЭР ЭНД КЛАРТЭ) (a.k.a. CLAIRE & CLARTE; a.k.a. CLAIRE AND CLARTE), Office 212, Suite II, Floor 2, Building 1, 3 Dobrolyubova Street, Moscow 127254, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7709467662 (Russia); Registration Number 1157746833705 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KLIN GLASSWORKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КЛИНСКИЙ СТЕКОЛЬНЫЙ ЗАВОД) (a.k.a. LLC AGC FLAT GLASS KLIN; a.k.a. "LLC KGW"), 36 Sosnovyy Bor Street, Spas-Zaulok Village, Klin 141667, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5020033028 (Russia); Registration Number 1035003950321 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KM GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КМ ГРУПП), D. 56, Sh. Entusiastov, Et 2 Pom 2202, Str 25, Moscow 111123, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720775290 (Russia); Registration Number 1137746159198 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KMT, Ul. Bolshaya Semenovskaya D. 40, Str. 13, Floor 2, Pomeshch. 203, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9719010156 (Russia); Registration Number 1207700463145 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KNAUER ENGINEERING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КНАУЭР ИНЖИНИРИНГ), d. 3 k. 2 kv. 669, ul. Bolshaya Filevskaya, Moscow 121087, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730292430 (Russia); Registration Number 1227700783034 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KNT KAT (a.k.a. "KNT GROUP"), Ul. Kommunisticheskaya D. 116, Kv. 48, Sterlitamak 453100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Jul 2018; Tax ID No. 0268084396 (Russia); Registration Number 1180280043580 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KOLIBRI GROUP (a.k.a. LLC KOLIBRI GROUP (Cyrillic: ООО КОЛИБРИ ГРУПП)), 123308, Vn. Ter. G. Municipal District, Khoroshevo-Mnevniki, Pr-kt Mashala Zhukova, d. 2, Pomeshch. 19/3, Moscow, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 29 Aug 2024; Tax ID No. 9734004492 (Russia); Registration Number 1247700583888 (Russia) [SDGT] (Linked To: GHAIRAT, Sohrab).

LIMITED LIABILITY COMPANY KONSTRUCTION COMPANY KONSOL STROI LTD (a.k.a. LIMITED LIABILITY COMPANY CONSTRUCTION COMPANY CONSOL-STROI LTD; a.k.a. LLC CONSOL-STROI LTD; a.k.a. LLC CONSOL-STROI LTD CONSTRUCTION COMPANY; a.k.a. LLC SK CONSOL-STROI LTD; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STROITELNAYA KOMPANIYA KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD, OOO; a.k.a. STROITELNAYA KOMPANIYA KONSOL-STROI LTD), House 16, Borodina Street, Simferopol, Crimea 295033, Ukraine; Website consolstroy.ru; alt. Website consol-stroi.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102070229 (Russia); Government Gazette Number 00823523 (Russia); Registration

Number 1159102014170 (Russia) [UKRAINE-EO13685].

LIMITED LIABILITY COMPANY KONSTRUKTORSKOE BYURO VALKIRIYA (a.k.a. KB VALKIRIYA; a.k.a. VALKYRIE CONSTRUCTION BUREAU), DVLD 1A, Borisovo 141342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Oct 2022; Tax ID No. 5042160830 (Russia); Registration Number 1225000121686 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KORNET (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОРНЕТ) (a.k.a. "CORNET OOO"), d. 8 str. 16, ul. Eniseiskaya, Chelyabinsk 454010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7460000605 (Russia); Registration Number 1127460000898 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KORUS CONSULTING CIS (a.k.a. KORUS CONSULTING CIS LLC; a.k.a. KORUS CONSULTING SNG), Room 1N, 68 letter N Bolshoy Sampsonievskiy Ave, St. Petersburg 194100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801392271 (Russia); Registration Number 1057812752502 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY KOSMOSAVIA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОСМОСАВИА) (a.k.a. KOSMOSAVIA OOO), 10 Pskovskaya St., Building 1, Floor 11, Office 297, Moscow 127253, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9715264294 (Russia); Registration Number 1167746608974 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KOULSTAR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОУЛСТАР) (a.k.a. "LLC COALSTAR"), Room 19, Floor 7, 6 Gasheka Street, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704445577 (Russia); Registration Number 5177746031623 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KRASNOYARSKAYA ENERGETICHESKAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРАСНОЯРСКАЯ ЭНЕРГЕТИЧЕСКАЯ

КОМПАНИЯ) (a.k.a. OOO KEK), str. 100 blok B etazh 2, pom. 4, Odintsovo 143084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032216280 (Russia); Registration Number 1155032010121 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY KRDV AMURSKAYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРДВ АМУРСКАЯ), d. 38 ofis 315, ul. Amurskaya, Blagoveshchensk 675002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2801236107 (Russia); Registration Number 1172801012218 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION).

LIMITED LIABILITY COMPANY KRDV BURYATIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРДВ БУРЯТИЯ), d. 63 pom. 15, ul. Smolina, Ulan-Ude 670000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0326566560 (Russia); Registration Number 1190327003635 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION).

LIMITED LIABILITY COMPANY KRDV CHUKOTKA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРДВ ЧУКОТКА), ul. Otke 2, Anadyr 689000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8709908580 (Russia); Registration Number 1208700000080 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION).

LIMITED LIABILITY COMPANY KRDV KAMCHATKA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРДВ КАМЧАТКА), d. 23 ofis 402, prospekt Karla Marksa, Petropavlovsk-Kamchatski 683031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4101175340 (Russia); Registration Number 1164101053203 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION).

LIMITED LIABILITY COMPANY KRDV MURMANSK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРДВ МУРМАНСК), d. 82 ofis 918, prospekt Lenina, Murmansk 183038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5190084118 (Russia); Registration Number 1205100003118 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION).

LIMITED LIABILITY COMPANY KRDV PRIMORYE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРДВ ПРИМОРЬЕ), d. 17 ofis 608, prospekt Okeanski, Vladivostok 690091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2540253377 (Russia); Registration Number 1192536030928 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION).

LIMITED LIABILITY COMPANY KRDV SAKHALIN AND KURILY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРДВ САХАЛИН И КУРИЛЫ), d. 36 etazh 1, ul. Imeni Antona Buyukly, Yuzhno-Sakhalinsk 693007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6501288292 (Russia); Registration Number 1166501060637 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION).

LIMITED LIABILITY COMPANY KRDV YAKUTIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРДВ ЯКУТИЯ), ul. Komsomolskaya (Kangalassy Mkr.) 7, Yakutsk 677903, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1435282264 (Russia); Registration Number 1141447007240 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION).

LIMITED LIABILITY COMPANY KRDV YUZHNAYA YAKUTIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРДВ ЮЖНАЯ ЯКУТИЯ), ul. Karla Marksa 21, Neryungri 678960, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1434049723 (Russia); Registration Number 1171447001065 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK

COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION).

LIMITED LIABILITY COMPANY KRDV ZABAYKALYE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРДВ ЗАБАЙКАЛЬЕ), d. 47 pom. 3, ul. Smolenskaya, Chita 672012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7536174812 (Russia); Registration Number 1197536001200 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION).

LIMITED LIABILITY COMPANY KRIOGAZ VYSOTSK (a.k.a. CRYOGAS VYSOTSK LIMITED LIABILITY COMPANY), d. 3 str. 96, proezd Kislitsinski, Vysotskaya Ter., Leningradskaya Obl. 188909, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728863750 (Russia); Registration Number 5137746148876 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KRIOGENAVIA NN, Ul. Koreiskaya, D. 24, Office 2, Nizhny Novgorod 603081, Russia; Ul. Larina, D. 13, Office 2, Nizhny Novgorod 603512, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Mar 2003; Tax ID No. 5261036956 (Russia); Registration Number 1035205638676 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KROKUS NANOELEKTRONIKA (a.k.a. CROCUS NANOELECTRONICS), 42k5 Volgogradsky Ave, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 May 2011; Tax ID No. 7710889933 (Russia); Registration Number 1117746411529 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KRONA BANK (a.k.a. COMMERCIAL BANK TRUSTCOMBANK LIMITED LIABILITY COMPANY), ul. Dzerzhinskogo 29, Irkutsk 664007, Russia; SWIFT/BIC TRUKRU61; Website www.krona-bank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 3807000886 (Russia); Registration Number 1023800000245 (Russia); Global Intermediary Identification Number GMVGE1.99999.SL.643 [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KRYAZH INVEST (Cyrillic: ОБЩЕСТВО С

ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРЯЖ ИНВЕСТ), 18 Izumrudnaya Street, Suite 20N/5, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716981269 (Russia); Registration Number 1237700286526 (Russia) [RUSSIA-EO14024] (Linked To: LLC HOLDING GPM).

LIMITED LIABILITY COMPANY KSK LTD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КСК ЛТД), proezd 2-I Yuzhnoportovy d. 21, Moscow 115432, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7723012890 (Russia); Registration Number 1037739312764 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY YUP 2).

LIMITED LIABILITY COMPANY KSP TREID (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КСП ТРЕЙД), D. 2/38 Pom. 02P, Shosse Korovinskoe, Moscow 127486, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713786975 (Russia); Registration Number 1147746402066 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KUZBASSRAZREZUGOL VZRYVPROM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КУЗБАССРАЗРЕЗУГОЛЬ ВЗРЫВПРОМ) (a.k.a. ООО KRU VZRYVPROM), 4A Pionerski Bulvar, Kemerovo 650054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4234009327 (Russia); Registration Number 1024202050795 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KVARTA VK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КВАРТА ВК) (a.k.a. KVARTA VK; a.k.a. KVARTA VK OOO; a.k.a. LLC KVARTA VK; a.k.a. QVARTA VK COMPANY LIMITED; a.k.a. "QUARTA"), D. 9 Str. 1 Pomeshch/Etazh 3/0/2 Pomeshch/Kom III; IV/1-8, 8, Naberezhnaya Moskvoretskaya, Moscow 109240, Russia; Website quarta.su; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Other information technology and computer service activities; Tax ID No. 7704198800 (Russia); Registration Number 1027700300693 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KVAZAR (a.k.a. KVAZAR OOO), ul. Promyshlennaya d. 19, lit. R, office 304, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805753313 (Russia); Registration Number 1197847145748 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KVT-RUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КВТ-РУС) (a.k.a. KBT-RUS; a.k.a. KVT-RUS (Cyrillic: КВТ-РУС); a.k.a. KVT-RUS LLC; a.k.a. KVT-RUS, OOO (Cyrillic: ООО, КВТ-РУС)), 6,2 Pudovkina St., Moscow 119285, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; CAATSA Section 235 Information: EXPORT SANCTIONS Sec. 235(a)(2); alt. CAATSA Section 235 Information: FOREIGN EXCHANGE. Sec 235(a)(7); alt. CAATSA Section 235 Information: BANKING TRANSACTIONS. Sec 235(a)(8); alt. CAATSA Section 235 Information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec 235(a)(9); alt. CAATSA Section 235 Information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec 235(a)(10); Tax ID No. 7729675572 (Russia); Identification Number IMO 6202271; Business Registration Number 1117746121899 (Russia) [CAATSA - RUSSIA] [RUSSIA-EO14024] [PEESA-EO14039].

LIMITED LIABILITY COMPANY KYIV SQUARE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КИЕВСКАЯ ПЛОЩАДЬ) (a.k.a. ООО KIEVSKAIA PLOSHCHAD), 2 Kievskovo Vokzala Square, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730051836 (Russia); Registration Number 1157746121400 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KYNSKO CHASELSKOE NEFTEGAZ, Ul. 50 Let Oktyabrya D. 14, Floor 15 Office 42, Tyumen 625048, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7705856587 (Russia); Registration Number 5087746092451 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LAB SERVICE (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU LAB SERVIS), 17 Pobedy Ul, korp. 1, kv. 355, Elektrostal 144007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5031144393 (Russia); Registration Number 1225000010322 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LADA AUTO HOLDING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛАДА АВТО ХОЛДИНГ) (a.k.a. LIMITED LIABILITY COMPANY AUTO HOLDING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АВТО ХОЛДИНГ)), 3 Gorokhovskiy Lane, Building 3, Suite 9, Moscow 105064, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701184553 (Russia); Registration Number 1217700437415 (Russia) [RUSSIA-EO14024] (Linked To: FEDERAL STATE UNITARY ENTERPRISE CENTRAL ORDER OF THE RED BANNER SCIENTIFIC RESEARCH AUTOMOBILE AND AUTOMOTIVE ENGINES INSTITUTE NAMI).

LIMITED LIABILITY COMPANY LAIFINVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛАЙФИНВЕСТ) (a.k.a. LAIFINVEST OOO), Room 416, Floor 24, Section I, Building 10, Testovskaya Street, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703427737 (Russia); Registration Number 1177746506046 (Russia) [RUSSIA-EO14024] (Linked To: KHRISTENKO, Viktor Borisovich).

LIMITED LIABILITY COMPANY LAND TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗЕМЕЛЬНЫЕ ТЕХНОЛОГИИ) (a.k.a. ООО ZEMELNYE TEKHNOLOGII), 29 Vereyskaya Street, Building 134, Office V215, Khimki, Moscow Oblast 121357, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Mar 2006; Organization Type: Real estate activities with own or leased property; Tax ID No. 7703583101 (Russia); Registration Number 1067746329914 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY FORUM).

LIMITED LIABILITY COMPANY LANMAX (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛАНМАКС), 22nd Kilometer Kievsksoe Highway, House 6, Building 1, Moscow 142784, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701870982 (Russia); Registration Number 1107746238324 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LASERFORM (a.k.a. LAZERFORM), Ul. Avtomotornaya D. 1/3, Str. 2, Floor 6, Pomeshch. I Komnata 11, Moscow 125438, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722748800 (Russia); Registration

Number 1117746445849 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LAYAVOZHNEFTEGAZ (a.k.a. LVNG LLC), zd. 28 pom. 113, ul. Im I.P.Vyucheiskogo, Naryan-Mar 166000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2983013832 (Russia); Registration Number 1212900001621 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LEGAL CONSULTING COMPANY TRO YA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЮРИДИЧЕСКАЯ КОНСАЛТИНГОВАЯ КОМПАНИЯ ТРО Я) (a.k.a. LLC YUKC TRO YA; a.k.a. LLC YUKK TRO YA; a.k.a. TRO YA LLC; a.k.a. TRO YA OSOO), Lower Lugovaya St 217, Tokmok 724201, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 01510201210159 (Kyrgyzstan); Government Gazette Number 27645894 (Kyrgyzstan) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LEGION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛЕГИОН), 53 Volgogradskiy Avenue, Floor 1, Suite II, Room 2, Moscow 109125, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722342422 (Russia); Registration Number 1157746933299 (Russia) [RUSSIA-EO14024] (Linked To: STRAMILOV, Igor Mikhailovich).

LIMITED LIABILITY COMPANY LEGION KOMPLEKT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛЕГИОН КОМПЛЕКТ), 13 Ilmenskiy Drive, Building 3, Floor 1, Room 1, Office 1, Moscow 127238, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743232702 (Russia); Registration Number 5177746188219 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LEGION KOMPLEKT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛЕГИОН КОМПЛЕКТ) (a.k.a. "LLC LEKO" (Cyrillic: "ООО ЛЕКО")), Floor 1, Room B2 office 35, 17 Vavilova street, Moscow 117312, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743208298 (Russia); Registration Number 1177746464378 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LENAKHIM (a.k.a. LENACHIM COMPANY LIMITED), Ul Marshala Govorova D. 29, Saint Petersburg 198095, Russia; Khimichesky Per., D. 1, Litera AN, Pomesh 10-N, Chast Pom 3, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805182187 (Russia); Registration Number 1027802746179 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LENCABEL (a.k.a. LENKABEL; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU LENCABEL), Ul. Samoilovoi D. 5, Lit. I, Pomeshch. 11N, Office 31-32, Saint Petersburg 192102, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7816339601 (Russia); Registration Number 1167847387366 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LEX PRIME (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛЕКС ПРАЙМ), soor. 12, str. 1, pom. 8/4 P, kom. 8.5, naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703110243 (Russia); Registration Number 1227700603635 (Russia) [RUSSIA-EO14024] (Linked To: TROTSENKO, Gleb Romanovich).

LIMITED LIABILITY COMPANY LIDER STROY (a.k.a. LIMITED LIABILITY COMPANY INTERREGIONGASCONSTRUCTION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖРЕГИОНГАЗСТРОЙ); a.k.a. LLC IRGS), Office 20G, Kom. 1G, Floor 1, Str. 50, D. 35, Ul. Nizhnyaya Krasnoselskaya, Moscow 105066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701193519 (Russia); Registration Number 1227700002870 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY MEZHREGIONSTROY).

LIMITED LIABILITY COMPANY LIONTECH S (a.k.a. LIONTEKH S), Pr-kt Leninskii D. 153, Pom.286N, Saint Petersburg 196247, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810521798 (Russia); Registration Number 1089847262977 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LIQUIFIED NATURAL GAS YAKUTIA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЖИЖЕННЫЙ ПРИРОДНЫЙ ГАЗ ЯКУТИЯ) (a.k.a. LIMITED LIABILITY COMPANY SZHIZHENNYI PRIRODNYI GAZ YAKUTIA; a.k.a. LNG YAKUTIA LLC), ofis 102, k. 2 d. 4 prospekt Lenina, Yakutsk 677000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1400026781 (Russia); Registration Number 1231400009785 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LIS GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛИС ГРУПП), 36 Khamovnicheskiy Val Street, Suite 14N, Room 5, Moscow 119048, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704398990 (Russia); Registration Number 1177746270129 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LISTVYANSKIY ENRICHMENT COMPLEX (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОБОГАТИТЕЛЬНЫЙ КОМПЛЕКС ЛИСТВЯНСКИЙ), zd. 50 pom. 1, ul. Sovetskaya, Myski 652840, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4214040706 (Russia); Registration Number 1194205019634 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY RAZREZ KOLYVANSKIY).

LIMITED LIABILITY COMPANY LITHIUMION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛИТИУМИОН) (a.k.a. LITHIUMION LTD), Office 1, Suite 110-N (Suite Part 17), Letter A, 20 Bolshaya Pushkarskaya Street, Kronverkskoye Municipal District, Saint Petersburg 197198, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813668213 (Russia); Registration Number 1227800142415 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LOBAEV ROBOTICS (Cyrillic: БЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛОБАЕВ РОБОТИКС), Building 1, 61 Lenin Street, Tarusa 249100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4018011000 (Russia); Registration Number 1164027052870 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LOGIK AY SI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛОГИК АЙ СИ) (a.k.a. "LIMITED LIABILITY COMPANY LOGIK"), Office 317 P.M. 1, Suite 2N, Letter L, Building 6, 32 19-ya Liniya V.O., Saint Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801686049 (Russia);

Registration Number 1207800097889 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LOGISTIC INTERNATIONAL SERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛОГИСТИК ИНТЕРНЕЙШНЛ СЕРВИС) (a.k.a. LOGISTIK INTERNEYSHNL SERVIS OOO), d. 7 str. 1 ofis 411, ul. Radio, Moscow 105005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701048399 (Russia); Registration Number 1167746806952 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LUKOIL PERM (a.k.a. LUKOIL PERM), Ul. Lenina D. 62, Perm 614990, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5902201970 (Russia); Registration Number 1035900103997 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MACHINE BUILDING ASSOCIATION PRESSMASH (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТАНКОСТРОИТЕЛЬНОЕ ОБЪЕДИНЕНИЕ ПРЕССМАШ), Ulitsa Baumanskaya, Dom 7, Stroenie 1, Et 2, Kom 55, Moscow 105005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701032600 (Russia); Registration Number 1167746175442 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MACHINE BUILDING FACTORY FORT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТАНКОСТРОИТЕЛЬНЫЙ ЗАВОД ФОРТ), ofis 35 d. 3 litera E pom. 46N, proezd 3 I Rybatski, St. Petersburg 192177, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811790169 (Russia); Registration Number 1237800090593 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MACHINE BUILDING PLANT TONAR (a.k.a. LIMITED LIABILITY COMPANY PRODUCTION AND COMMERCIAL FIRM TONAR; a.k.a. MZ TONAR; a.k.a. OOO MZ TONAR), Ul. 1-Aya Leninskaya D. 76 A, Srednyaya Matrenka 142635, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 30 Nov 1990; Tax ID No. 5034016022 (Russia); Government Gazette Number 48806669 (Russia); Registration

Number 1025007458200 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MAGISTRAL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МАГИСТРАЛЬ), 7 Starykh Bolshevikov Street, Gus Khrustalnyy 601501, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3304002502 (Russia); Registration Number 1023300593227 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MAIGEOPROM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МАЙГЕОПРОМ), D. 76, Ul. Petra Alekseeva, Yakutsk 677015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1400021670 (Russia); Registration Number 1231400004648 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKUTSKAYA TOPLIVNO ENERGETICHESKAYA KOMPANIYA).

LIMITED LIABILITY COMPANY MAKETIR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МАКЕТИР), 12 Khudyakova Street, Suite 32, Office 201, Chelyabinsk 454080, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7448151686 (Russia); Registration Number 1127448010161 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MALVIN SYSTEMS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МАЛВИН СИСТЕМС) (a.k.a. "MALVINE SYSTEMS"), Michurinskiy avenue, house 27, floor 3, Room 22, building 5, Moscow 119706, Russia (Cyrillic: Проспект Мичуринский, Дом 27, Эт 3, Пом 22, Корпус 5, Москва 119706, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7729557963 (Russia); Registration Number 5067746886532 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CITADEL).

LIMITED LIABILITY COMPANY MANAGEMENT COMPANY ABAMET (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ АБАМЕТ) (a.k.a. ABAMET MANAGEMENT LTD; a.k.a. UK ABAMET OOO), vladenie 1 kab. 229, ul. Sportivnaya, Naro-Fominsk 143322, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5003071129 (Russia); Registration Number 1095003002808 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MANAGEMENT COMPANY ELGA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ ЭЛЬГА) (a.k.a. UK ELSI OOO), D. 6 Str. 2 Etazh 21 Pom. IA, Naberezhnaya Presnenskaya, Moscow 123317, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703012207 (Russia); Registration Number 1207700160293 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MANAGEMENT COMPANY FORT DIALOG (a.k.a. UPRAVLYAYUSHCHAYA KOMPANIYA FORT DIALOG), Pr-Kt Moskovskii D. 140, Office 215, Naberezhnyye Chelny 423812, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1650164664 (Russia); Registration Number 1071650026139 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MANAGEMENT COMPANY OF RDIF (a.k.a. AKTSIONERNOE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSISKOGO FONDA PRYAMYKH INVESTITSI; a.k.a. AKTSIONERNOYE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSIYSKOGO FONDA PRYAMYKH INVESTITSIY; a.k.a. JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УПРАВЛЯЮЩАЯ КОМПАНИЯ РОССИЙСКОГО ФОНДА ПРЯМЫХ ИНВЕСТИЦИЙ); f.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RFPI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РФПИ); a.k.a. "AO UK RFPI" (Cyrillic: "АО УК РФПИ"); a.k.a. "JSC MC RDIF"), Naberezhnaya Presnenskaya, Dom 8 Stroyeniye 1, Etaj 7, Moscow 123112, Russia (Cyrillic: Набережная Пресненская, Дом 8, Строение 1, Этаж 7, Москва 123112, Russia); Website www.rdif.ru; alt. Website www.investinrussia.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Apr 2017; Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 7703425673 (Russia); Government Gazette Number 15110384 (Russia); Registration Number 1177746367017 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MANAGEMENT COMPANY POLYUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ ПОЛЮС) (a.k.a. MC POLYUS LLC (Cyrillic: ООО УК ПОЛЮС)), d. 3 str. 1 kab. 801, ul. Krasina, Moscow 123056, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Activities of holding companies; Registration ID 1167746068236 (Russia); Tax ID No. 7703405099 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY POLYUS).

LIMITED LIABILITY COMPANY MANAGEMENT COMPANY SIBANTHRACITE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ СИБАНТРАЦИТ), d. 21 str. 12 pom. 196N, ul. Presnenski Val, Moscow 123557, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703160290 (Russia); Registration Number 1237700760428 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MANAGEMENT COMPANY UGC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ ЮГК) (a.k.a. OOO UK YUGK (Cyrillic: ООО УК ЮГК)), D. 20 Ofis 210, Ul. Kooperativnaya, Plast 457035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7451258929 (Russia); Registration Number 1077451028907 (Russia) [RUSSIA-EO14024] (Linked To: STRUKOV, Konstantin Ivanovich).

LIMITED LIABILITY COMPANY MANAGEMENT METALLURGICAL COMPANY STEEL (a.k.a. OOO UGMK STAL; a.k.a. OOO UMK STAL; a.k.a. "LLC MMC STEEL"; a.k.a. "MMC STEEL CORPORATION"), zd. 1 k. 1 ofis 407, prospekt Uspenski, Verkhnyaya Pyshma 624091, Russia; 125 Uspenskiy ave., Verkhnyaya Pyshma 624097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6606021264 (Russia); Registration Number 1056600304683 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MAPPER, Pr-kt Volgogradskii D. 42, Korp. 5, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743859476 (Russia); Registration Number 1127746548126 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MARITIME ASSISTANCE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МАРИТАЙМ АССИСТАНС) (a.k.a. MARITIME ASSISTANCE LLC (Cyrillic: ООО МАРИТАЙМ АССИСТАНС)), Sadovaya-Kudrinskaya street, building 32-1, office XII on 6th fl., cabinet 4d, Moscow 123001, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7718075252 (Russia); Government Gazette Number 770301001 (Russia); Registration Number 1157746142960 (Russia) [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

LIMITED LIABILITY COMPANY MARKET FUND ADMINISTRATION (a.k.a. SBERBANK FUND ADMINISTRATION LIMITED LIABILITY COMPANY; a.k.a. "MARKET FA LLC"), 79 V. Lenina St, room 8, Derbent, Dagestan 368602, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7736618039 (Russia); Registration Number 1107746400827 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY MARKETING ASSOCIATION PSKOVNEFTEPRODUCT (a.k.a. LIMITED LIABILITY COMPANY PSKOVNEFTEPRODUCT; a.k.a. PSKOVNEFTEPRODUKT OOO), 4 Oktyabrsky Prospekt, Pskov 180000, Russia; Website http://www.pskovnefteprodukt.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1026000970049 (Russia); Tax ID No. 6027042337 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

LIMITED LIABILITY COMPANY MARKETING ASSOCIATION TVERNEFTEPRODUCT (a.k.a. LLC MA TVERNEFTEPRODUCT; a.k.a. SBYTOVOE OBYEDINENIE TVERNEFTEPRODUKT; a.k.a. SO TVERNEFTEPRODUKT OOO), 6 Novotorzhskaya Ulitsa, Tver, Russia; Website www.tvernefteprodukt.ru; Email Address tnp@dep.tvcom.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1026900510647 (Russia); Tax ID No. 6905041501 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

LIMITED LIABILITY COMPANY MASHEKS SERVICE (a.k.a. MASHEX SERVICE), Sh. Kashirskoe D. 3, K. 2 Str. 9, Pomeshch 1/4, Moscow 115230, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9724026730 (Russia); Registration Number 1207700407848 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MASTER RM, Ul. Privolnaya D. 70, K. 1, E/Pom/Komn 2/XII/45, Moscow 109431, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7721755900 (Russia); Registration Number 1127746299780 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MAXTECH (a.k.a. LIMITED LIABILITY COMPANY MAXTEH; a.k.a. MAKSTECH; a.k.a. MAKSTEKH; a.k.a. MAXTECH IT SOLUTIONS; a.k.a. MAXTECH SOLUTIONS; a.k.a. MAXTECHSOLUTIONS; a.k.a. "MAX AI"; a.k.a. "MAXAI"), ul. Ilimskaya d. 5, k.2, office Z 303, Moscow 127576, Russia; ul. Novgorodskaya d. 1, ofis A 212, Moscow 127576, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Feb 2017; Tax ID No. 9715291467 (Russia); Registration Number 1177746103303 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MAXTEH (a.k.a. LIMITED LIABILITY COMPANY MAXTECH; a.k.a. MAKSTECH; a.k.a. MAKSTEKH; a.k.a. MAXTECH IT SOLUTIONS; a.k.a. MAXTECH SOLUTIONS; a.k.a. MAXTECHSOLUTIONS; a.k.a. "MAX AI"; a.k.a. "MAXAI"), ul. Ilimskaya d. 5, k.2, office Z 303, Moscow 127576, Russia;

ul. Novgorodskaya d. 1, ofis A 212, Moscow 127576, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Feb 2017; Tax ID No. 9715291467 (Russia); Registration Number 1177746103303 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MDIKAM EK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МДИКАМ ЭК), 3 Gostinichnaya Street, Moscow 127106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9715229613 (Russia); Registration Number 5157746087384 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MECHEL INFORMATSIONNYYE TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЧЕЛ ИНФОРМАЦИОННЫЕ ТЕХНОЛОГИИ) (a.k.a. LLC MECHEL INFOTEKH (Cyrillic: ООО МЕЧЕЛ ИНФОТЕХ)), d. 14 korp. ZD. ATS ofis 2. 10, ul. Paveletskaya 2-Ya, Chelyabinsk 454047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7460042450 (Russia); Registration Number 1187456023886 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MECHEL MAINING).

LIMITED LIABILITY COMPANY MEDIA 1 MANAGEMENT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕДИА 1 МЕНЕДЖМЕНТ), 4 ul. Olkhovskaia, korp. 2, et. 4, Moscow 105066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707653712 (Russia); Registration Number 1087746178453 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEW MEDIA HOLDING).

LIMITED LIABILITY COMPANY MEEHANITE (a.k.a. "MECHANITE"), Sh. Yuzhnoe D. 16v, Nizhniy Novgorod 603123, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5256089670 (Russia); Registration Number 1095256004370 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MEGASTEK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕГАСТЕК) (a.k.a. GLASS COMPANY MEGASTEK), 7 Starykh Bolshevikov Street, Gus Khrustalnyy 601501, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

3304016625 (Russia); Registration Number 1083304000955 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MEKHATRONIKA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕХАТРОНИКА), Ul. Lebedeva-Kumacha D. 2A, Pomeshcheniya 47, 48, 49, 50, 51, Ivanovo 153021, Russia; Website mtronics.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Nov 2012; Tax ID No. 3702686347 (Russia); Registration Number 1123702031760 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MELYTEC TESTING, Ul. Obrucheva D. 34/63, Str. 2, Pomeshch. I, Kom. 2,2A, Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9728043214 (Russia); Registration Number 1217700369303 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MENSOR GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕНСОР ГРУПП) (a.k.a. "MENSOR GROUP"), d. ZD. 88 etazh / kom. 5/N507, ul. Sotsialisticheskaya, Rostov-on-Don 344002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7721296082 (Russia); Registration Number 1157746334305 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MERKATOR HOLDING, Per. Mamonovskii D. 4, Str. 1, Moscow 123001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7709401982 (Russia); Registration Number 1037709006312 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MERKURIY SERVISEZ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕРКУРИЙ СЕРВИСЕЗ) (a.k.a. MERKURI SERVISEZ OOO), 3 1-Ya Rybinskaya Street, Building 1, Floor 4, Complex 1/5, Sokolniki Municipal District, Moscow 107113, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Aug 2014; Tax ID No. 7718994601 (Russia); Registration Number 1147746941726 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

LIMITED LIABILITY COMPANY METALLMASH, Ul. Dinamovskaya D. 1A, Office 231, Moscow 109044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID

No. 9705075682 (Russia); Registration Number 1167746860005 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY METALMASTER, Pr-d 4-I Roshchinskii D. 18, Str. 7, Moscow 115191, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725844340 (Russia); Registration Number 5147746191005 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY METEKSIM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕТЭКСИМ), d. 7 litera A pom. 14-N N3, ul. Konstantina Zaslonova, St. Petersburg 191119, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7838342742 (Russia); Registration Number 1067847013662 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MEZHREGIONGIDROSTROY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖРЕГИОНГИДРОСТРОЙ) (a.k.a. LLC MRGS; a.k.a. MEZHREGIONGIDROSTROI), Chast #1304, Lit. A, Pomeshch., D. 93A, Nab. Obvodnogo Kanala, Saint Petersburg 191119, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7838103021 (Russia); Registration Number 1227800028543 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY MEZHREGIONSTROY).

LIMITED LIABILITY COMPANY MEZHREGIONSTROY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖРЕГИОНСТРОЙ) (a.k.a. LIMITED LIABILITY COMPANY INTERREGIONCONSTRUCTION; a.k.a. "LLC IRC"), Pomeshch. 4/2, D. 3, Ul. Marshala Sokolovskogo, Moscow 123060, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725675317 (Russia); Registration Number 1097746504778 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MEZHREGIONSTROY RVS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖРЕГИОНСТРОЙ РВС) (a.k.a. LIMITED LIABILITY COMPANY INTERREGIONCONSTRUCTION VST; a.k.a. LLC IRC VST), Office 77, Kom. 3, Floor 1, Str. 3, D. 14, Pl. Spartakovskaya, Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

9701197231 (Russia); Registration Number 1227700085106 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY MEZHREGIONSTROY).

LIMITED LIABILITY COMPANY MFI SOFT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МФИ СОФТ), Rodionova street, house 192, building 1, Nizhniy Novgorod, Nizhegordoskaya oblast 603093, Russia (Cyrillic: Ул. Родионова, Дом 192, Строение 1, Нижний Новгород, Нижегородская Область 603093, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5260146265 (Russia); Registration Number 1055238018098 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CITADEL).

LIMITED LIABILITY COMPANY MICROPRIBOR (a.k.a. "MICPB"), ul. Karla Marksa, d. 244, office 62, Izhevsk 426008, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1831205707 (Russia); Registration Number 1221800006581 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MILITARY INDUSTRIAL COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОЕННО ПРОМЫШЛЕННАЯ КОМПАНИЯ) (a.k.a. VOENNO PROMYSHLENNAYA KOMPANIYA; a.k.a. "LLC MIC"; a.k.a. "OOO VPK" (Cyrillic: "ООО ВПК")), 15 Rochdelskaya Street, Building 8, Floor 3, Unit I, Rooms 10-14, Moscow 123376, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703602065 (Russia); Registration Number 1067746915191 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MILITARY TRANSPORTATION (a.k.a. VOENNYYE PEREVOZKI OOO), Per. Malyi Sukharevskii D. 9, Str. 1, Pomeshch. 11/1/2 RM9, Moscow 127051, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7702826697 (Russia); Registration Number 5137746100729 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MILLING MACHINES (a.k.a. FREZERNYE STANKI; a.k.a. "ROUTER"), Alleya Berezovaya D. 8, Kv. 10, Zelenograd 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5044115015 (Russia); Registration Number 1195007003212 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MINT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МИНТ), Room 7, Suite I, Floor 3, Building 1, 4 Myasnitskiy Drive, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Apr 2022; Tax ID No. 9701203573 (Russia); Registration Number 1227700228986 (Russia) [RUSSIA-EO14024] (Linked To: BELOUSOVA, Yevgeniya Alekseyevna).

LIMITED LIABILITY COMPANY MIRP INTELLECTUAL SYSTEMS (a.k.a. MIRP INTELLECTUAL SYSTEMS INC; a.k.a. "MIRP IS LTD"), Dimitrovskoe SH D. 100, Str. 2, Moscow 127591, Russia; Lenina st., 13-11, Dubna 141983, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010036848 (Russia); Registration Number 1085010000822 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MLM NEVA TREYD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЛМ НЕВА ТРЕЙД), Suite 20N, Letter A, 4A Efimova Street, Saint Petersburg 190031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7826734706 (Russia); Registration Number 1027810255043 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MOBULA, Pr-kt Zelenyi D. 20, Pomeshch. 29N/9, Moscow 111397, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Mar 2023; Tax ID No. 7720891709 (Russia); Registration Number 1237700192861 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MODERN CONVERSION TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОВРЕМЕННЫЕ КОНВЕРСИОННЫЕ ТЕХНОЛОГИИ) (a.k.a. LLC SKT (Cyrillic: ООО СКТ)), 35 Bolshaya Tatarskaya Street, Building 7-9, Floor 3, Office 2, Room 3, Moscow 115184, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724807761 (Russia); Registration Number 1117746810939 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MODERN FORGING TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОВРЕМЕННЫЕ КУЗНЕЧНЫЕ ТЕХНОЛОГИИ) (a.k.a. "ООО

SKT"), ul. Eniseiskaya 8F, Chelyabinsk 454010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449138889 (Russia); Registration Number 1197456017395 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MODERN MARINE ARCTIC TRANSPORT SPG (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОВРЕМЕННЫЙ МОРСКОЙ АРКТИЧЕСКИЙ ТРАНСПОРТ СПГ) (a.k.a. OOO SMART LNG; a.k.a. OOO SMART SPG), ul. Udaltsova 2, Moscow 119415, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9729290230 (Russia); Registration Number 1197746631653 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MOLOT AERO, Ul. Svobody, D. 106, KV. 1, Pomeshch 6, Kirov 610002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Feb 2023; Tax ID No. 4345522911 (Russia); Registration Number 1234300001110 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MORSKOI PORT SUKHODOL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МОРСКОЙ ПОРТ СУХОДОЛ) (a.k.a. LLC SUKHODOL SEAPORT), 56 Leninskaya St., Romanovka 692821, Russia; 24 Okeansky Avenue, Vladivostok 690091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2503030460 (Russia); Registration Number 1122503001136 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MORTRANSSERVICE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МОРТРАНССЕРВИС) (a.k.a. LLC MORTRANSERVIS; a.k.a. MORTRANSSERVICE LLC MOSCOW; a.k.a. MORTRANSSERVIS OOO), ul Viktora Gyugo, Building 1, 3rd Floor, Room 15, Office 302, 303, Kaliningrad 129110, Russia; zd. 1 pom. 16, KAB. 403 (4 ET.), ul. V. Gyugo, Kaliningrad 236006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707847556 (Russia); Identification Number IMO 5933437; Business Registration Number 5147746277036 (Russia) [RUSSIA-EO14024] [PEESA-EO14039].

LIMITED LIABILITY COMPANY MOSCOW ARMS COMPANY (a.k.a. MOSKOVSKAYA ORUZHEINAYA KOMPANIYA; a.k.a. "BESPOKE GUN"), Ul. Novoslobodskaya Vld. 1,

Stroenie 1, Mytishchi 141009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5012086643 (Russia); Registration Number 1145012005335 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MOSCOW BUSINESS BROKERAGE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МОСКОВСКИЙ БИЗНЕС БРОКЕРИДЖ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MOSKOVSKI BIZNES BROKERIDZH; a.k.a. "LLC MBB"), 29 Kalmykova St., Apt. 37, Chelyabinsk 454052, Russia; 26 Malaya Bronnaya St., Building 2, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7460055442 (Russia); Registration Number 1227400005546 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MTM PRO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МТМ ПРО), Office 205, 18 Vyazemskaya Street, Tula, Russia; 11, Ulitsa Przhevalskogo, Tula 300004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7723786727 (Russia); Registration Number 1117746071761 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MTM PROIZVODSTVO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МТМ ПРОИЗВОДСТВО), Pom. 12 D. 11 Litera A2, Ul. Przhevalskogo, Tula, 300016, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7105042353 (Russia); Registration Number 1157154007955 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MURMANSK TRANSGAZ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МУРМАНСК ТРАНСГАЗ) (a.k.a. MURMANSK TRANSGAS LIMITED LIABILITY COMPANY), 4A Spolokhi St., Murmansk 183025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5190095159 (Russia); Registration Number 1235100002202 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MUSHROOM RAINBOW (a.k.a. GRIBNAYA RADUGA OOO), ul. Volodsarkogo, d. 70 ofis 4/1, Kursk, Kursk oblast, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4611013515 (Russia); Registration Number 1154611000114 (Russia) [RUSSIA-EO14024]

(Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY MV (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МВ), ul. Lenina d. 62, Vorkuta 169908, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1103002065 (Russia); Registration Number 1101103000272 (Russia) [RUSSIA-EO14024] (Linked To: JSC VORKUTAUGOL).

LIMITED LIABILITY COMPANY MYTISHINSKY INSTRUMENT MAKING PLANT (a.k.a. MYTISHCHI INSTRUMENT ENGINEERING PLANT; a.k.a. MYTISHCHINSKII PRIBOROSTROITELNYI ZAVOD; a.k.a. "MIEP LLC"), 1-I Silikatnyi Per D.12, Mytishchi 141004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5029217125 (Russia); Registration Number 1175029001641 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY N CHIP MSK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ Н ЧИП МСК) (a.k.a. LLC NANOCHIP MSK (Cyrillic: ООО НАНОЧИП МСК)), 3 Musorgskovo St., Floor 3, Room 317, Moscow 127490, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733380370 (Russia); Registration Number 1227700087340 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NAFTAGAZ DRILLING (a.k.a. "LLC NG DRILLING"), Promuzel Pelei Panel 13, Noyabrsk 629800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 8905053564 (Russia); Registration Number 1138905000090 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NAMI INNOVATIVE COMPONENTS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАМИ ИННОВАЦИОННЫЕ КОМПОНЕНТЫ) (a.k.a. LLC NAMI IC (Cyrillic: ООО НАМИ ИК); a.k.a. OOO NAMI INNOVATSIONNYE KOMPONENTY), 1 Roberta Bosha Street, Preobrazhenka village 443532, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6330056813 (Russia); Registration Number 1136330001235 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NANOCHIP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ

ОТВЕТСТВЕННОСТЬЮ НАНОЧИП), 142 Bolokolamskoe Highway, Office 468, Moscow 125464, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733308984 (Russia); Registration Number 5167746406207 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NATIONAL CENTRE FOR INFORMATION SECURITY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАЦИОНАЛЬНЫЙ ЦЕНТР ИНФОРМАЦИОННОЙ БЕЗОПАСНОСТИ) (a.k.a. NATSINFOBEZ), Berezhkovskaya nab, 38, bldg. 1, room 32, Moscow 121059, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730232060 (Russia); Registration Number 1177746261736 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NATSIONALNAYA SURMYANAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАЦИОНАЛЬНАЯ СУРЬМЯНАЯ КОМПАНИЯ) (a.k.a. "OOO NSK"), str. 23 etazh 10/ pom. 17, ul. Posadskaya, Ekaterinburg 620102, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6684002660 (Russia); Registration Number 1126684003104 (Russia) [RUSSIA-EO14024] (Linked To: LLC HOLDING GPM).

LIMITED LIABILITY COMPANY NAUCHNO PROIZVODSTVENNOE OBYEDINENIE GRAN (a.k.a. GRAN SCIENTIFIC AND PRODUCTION ASSOCIATION; a.k.a. NAUCHNO PROIZVODSTVENNOE OBYEDINENIE GRAN; a.k.a. NPO GRAN; a.k.a. "LIMITED LIABILITY COMPANY GRAN"; a.k.a. "NPP GERAN"), PR-KT Lenina, D. 21V, Office 516/8, Chelyabinsk 454090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7451461159 (Russia); Registration Number 1227400042264 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NAUCHNO PROIZVODSTVENNOE OBYEDINENIE KAISANT (a.k.a. NPO KAYSANT), Proezd Stroitelnyi D. 7A, K. 28, Pomeshch 224, Moscow 125632, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Oct 2022; Tax ID No. 7733393203 (Russia); Registration Number 1227700641805 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE NEVAAPPARAT (a.k.a. LLC NPP

NEVAAPPARAT), Suite 8-N, Letter A, Building 17, Sofiyskaya Street, Municipality District Volkovskoe, Saint Petersburg 192236, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804687467 (Russia); Registration Number 1217800159390 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE TECHNOPROEKT (a.k.a. LIMITED LIABILITY COMPANY NPP TEKNOPROEKT), d. 75, prospekt Pobedy, Penza 440060, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5835034400 (Russia); Registration Number 1025801209334 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NAUCHNO PROIZVODSTVENNOYE PREDPRIYATIYE KERAMAKS INZHINIRING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАУЧНО ПРОИЗВОДСТВЕННОЕ ПРЕДПРИЯТИЕ КЕРАМАКС ИНЖИНИРИНГ), Room 3, Office 1301, Building 2, 26a Lenina Avenue, Chelyabinsk, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7452161447 (Russia); Registration Number 1227400048204 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY KERAMAX).

LIMITED LIABILITY COMPANY NAUCHNO-PROIZVODSTVENNOYE OBYEDINENIYE RADIOVOLNA (a.k.a. LLC RESEARCH AND PRODUCTION ASSOCIATION RADIOVOLNA; a.k.a. NPO RADIOVOLNA), Kozhevennaya Liniya, 1-3 lit. P., Office 1N, Saint Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Aug 2012; Tax ID No. 7838478782 (Russia); Registration Number 1127847413649 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NAVIGATOR (a.k.a. NAVIGATOR GROUP OF COMPANIES), Pr. Mira D. 176, Moscow 129366, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716688038 (Russia); Registration Number 1117746328590 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NAVIMAKS GROUP (a.k.a. NAVIMAKS GRUPP), Sh. Korovinskoe D. 10, Str. 2, Office 3, Moscow 127486, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-

Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7715851725 (Russia); Registration Number 1117746101770 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NDN (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НДН), 9А Obukhovskaya St., Solnechnogorsk, Moscow region 141503, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5044118129 (Russia); Registration Number 1205000010600 (Russia) [RUSSIA-EO14024] (Linked To: GRIGORIEV, Grigoriy Igorevich).

LIMITED LIABILITY COMPANY NEBESNAYA MEKHANIKA (a.k.a. SKYMEC), Ul. Profsoyuznaya, D. 84/32, K. 1, Pomeshch 1/3, Moscow 117485, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Aug 2014; Tax ID No. 7723918518 (Russia); Registration Number 1147746964144 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NEFTGAZISSLEDOVANIYE (a.k.a. LIMITED LIABILITY COMPANY NGI; a.k.a. "NS DIGITAL"), 5 ul. Neftyanikov, Dobryanka 618703, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5904352492 (Russia); Registration Number 1175958027959 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEFTSERVICEHOLDING).

LIMITED LIABILITY COMPANY NEFTSERVICEHOLDING (a.k.a. LIMITED LIABILITY COMPANY NEFTSERVISKHOLDING; a.k.a. "LLC NSKH"), d. 20 Prospekt Komsomolski, Perm 614990, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5902193222 (Russia); Registration Number 1035900101027 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NEFTSERVISKHOLDING (a.k.a. LIMITED LIABILITY COMPANY NEFTSERVICEHOLDING; a.k.a. "LLC NSKH"), d. 20 Prospekt Komsomolski, Perm 614990, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5902193222 (Russia); Registration Number 1035900101027 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NEIT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НЕЙТ), 29 Bogatyrsk

Avenue, Building 1A, Apartment 44, Saint Petersburg 197372, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7814824786 (Russia); Registration Number 1237800077140 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NEMCHINOVO INVESTMENTS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НЕМЧИНОВО ИНВЕСТМЕНТС) (a.k.a. NEMCHINOVO INVESTMENTS OOO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НЕМЧИНОВО ИНВЕСТМЕНТС)), Moskovskaya obl., ul. Lesnaya, d. 27, Odintsovo d. Nemchinovo, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7705267567 (Russia); Business Registration Number 1027739120716 (Russia) [RUSSIA-EO14024] (Linked To: SHUVALOVA, Maria Igorevna).

LIMITED LIABILITY COMPANY NEOVEYTUS (a.k.a. LLC NEOVEITUS; a.k.a. NEOVEITUS), Ul. Malaya Pirogovskaya D.16, Moscow 119435, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704838264 (Russia); Registration Number 1137746534430 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NERUDNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НЕРУДНАЯ КОМПАНИЯ) (a.k.a. "LLC NK"), d. 38 ofis 214, ul. Nikolaya Chumichova, Belgorod 308009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3123445260 (Russia); Registration Number 1183123029440 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NEVA TOOL FACTORY (a.k.a. SOCIETY WITH LIMITED LIABILITY NEVA TOOL FACTORY; a.k.a. "NTF LTD"), PR-D 3-I Rybatskii D. 3, Lit. A, Pomeshch. 56.1, Saint Petersburg 192177, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811540183 (Russia); Registration Number 1129847035009 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NEW CITY (a.k.a. NOVY GOROD OOO), ul. Solnechnaya, d. 3, pom. 97 ofis 17, Zhukovski, Moscow oblast, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5040130894 (Russia); Registration Number 1145040006506 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY NEW COMMUNAL TECHNOLOGIES (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NOVYE KOMMUNALNYE TEKHNOLOGII; a.k.a. "LIMITED LIABILITY COMPANY NKT" (Cyrillic: "ООО НКТ")), D. 2 Pom. 11, Kvartal Lenryba Pos., Ust-Luga 188472, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813283206 (Russia); Registration Number 1177847238942 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NEW DECISIONS 1 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВЫЕ РЕШЕНИЯ 1), 14 Spartakovskaya Square, Building 3, Suite 9N/2, Office 218, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701216903 (Russia); Registration Number 1227700523412 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY NEW DECISIONS 2 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВЫЕ РЕШЕНИЯ 2), 14 Spartakovskaya Square, Building 3, Suite 9N/2, Office 214, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701216886 (Russia); Registration Number 1227700523368 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY NEW DECISIONS 3 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВЫЕ РЕШЕНИЯ 3), 14 Spartakovskaya Square, Building 3, Suite 9N/2, Office 220, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701216879 (Russia); Registration Number 1227700523357 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY NEW DECISIONS 4 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВЫЕ РЕШЕНИЯ 4), 14 Spartakovskaya Square, Building 3, Suite 9N/2, Office 219, Basmannyy Municipal District, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701216822 (Russia); Registration Number 1227700521510 (Russia) [RUSSIA-EO14024]

(Linked To: JOINT STOCK COMPANY NEW HOLDING 1).

LIMITED LIABILITY COMPANY NEW DECISIONS 5 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВЫЕ РЕШЕНИЯ 5), 13 Perevedenovskiy Lane, Building 18, Suite 21N/3, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701245936 (Russia); Registration Number 1237700265835 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY NEW MEDIA HOLDING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВЫЙ МЕДИА ХОЛДИНГ) (a.k.a. ООО NOVYI MEDIA KHOLDING), 4 ul. Olkhovskaia, korp. 2, et. 4, pom. 464/15, Moscow 105066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701000319 (Russia); Registration Number 1157746629963 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY NEW OIL COMPANY EAST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВАЯ НЕФТЯНАЯ КОМПАНИЯ ВОСТОК) (a.k.a. LLC NNK EAST (Cyrillic: ООО ННК ВОСТОК)), ul. Poltavskaya, dom 8A, pomeshchenie 12, Smolensk, Smolensk Oblast 214025, Russia (Cyrillic: ул. Полтавская, дом 8А, помещение 12, г. Смоленск, Смоленская Область 214025, Russia); Organization Established Date 27 Nov 2020; Tax ID No. 6732204331 (Russia); Registration Number 1206700019041 (Russia) [BELARUS-EO14038].

LIMITED LIABILITY COMPANY NEW TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВЫЕ ТЕХНОЛОГИИ) (a.k.a. LIMITED LIABILITY COMPANY AERLYON TECHNOLOGIES), 10 Likhachyova St, Room 2, Office 9K, Moscow 115193, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9725117563 (Russia); Registration Number 1237700188274 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NEWTON TECHNICS (a.k.a. LLC NEWTON TECHNIKS), Ferrosplavnaya st., 126A, office 4204, Chelyabinsk 454084, Russia; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Tax ID No. 7453330433 (Russia); Registration Number 1197456035215 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NEYUTON ITM (a.k.a. ENGINEERING CENTER SDM LLC; a.k.a. NEWTON ITM; a.k.a. NEYUTON ITM), Prkt Mira D. 102, Str. 31, Pomeshch 4N/3, Moscow 129626, Russia; 13/3 Tikhaya St., Floor 4, r/p Zarechye, Odintsovo 143085, Russia; 69 km MKAD, OOK ZAO Greenwood, Bld. 9, Putilkovo 143085, Russia; 28A Pulkovo Highway, Pulkovo Star, Saint Petersburg 196158, Russia; 4B Automobile Street, Pushkin, Saint Petersburg, 196650, Russia; 79 Chkalov Street, Kozelsk 249722, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032295067 (Russia); Registration Number 1185024007398 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NGI (a.k.a. LIMITED LIABILITY COMPANY NEFTGAZISSLEDOVANIYE; a.k.a. "NS DIGITAL"), 5 ul. Neftyanikov, Dobryanka 618703, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5904352492 (Russia); Registration Number 1175958027959 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEFTSERVICEHOLDING).

LIMITED LIABILITY COMPANY NIKOLIYA (a.k.a. NIKOLIYA OOO), bulvar Tverskoi, d. 15 str. 2, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7710972620 (Russia); Registration Number 5147746404306 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY NISSA DIGISPACE, Proezd Mukomolnyi D. 4A, Str. 2, Floor/Kom. 2/207, Moscow 123290, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731581138 (Russia); Registration Number 1077763331623 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NON-BANK CREDIT ORGANIZATION RUSSIAN FINANCIAL SOCIETY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НЕБАНКОВСКАЯ КРЕДИТНАЯ ОРГАНИЗАЦИЯ РУССКОЕ ФИНАНСОВОЕ ОБЩЕСТВО) (a.k.a. LLC NCO RUSSIAN FINANCIAL SOCIETY (Cyrillic: НКО РУССКОЕ ФИНАНСОВОЕ ОБЩЕСТВО ООО)), house 9/26, building 1, Shchipok street, Moscow 115054, Russia; Secondary sanctions risk:

North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 7744002860 (Russia); alt. Tax ID No. 770501001 (Russia); Registration Number 1027744004903 (Russia) [NPWMD].

LIMITED LIABILITY COMPANY NON-BANK CREDIT ORGANIZATION SETTLEMENT SOLUTIONS (a.k.a. JOINT STOCK COMPANY RASCHETNIYE RESHENIYA; a.k.a. JSC RASCHETNIYE RESHENIYA; a.k.a. "JSC SETTLEMENT SOLUTIONS"), Room XLIV, 11th floor, 118/1 Varshavskoye Shosse, Moscow 117587, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7727718421 (Russia); Registration Number 1107746390949 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY NORILSK INDUSTRIAL TRANSPORT (a.k.a. NORILSKII PROMYSHLENNYI TRANSPORT; a.k.a. NORILSKPROMTRANSPORT OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NORILSKI PROMYSHLENNY TRANSPORT), d. 6 k. V, ul. Oktyabrskaya, Norilsk, Krasnoyarsk region 663316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2457063821 (Russia); Registration Number 1072457002749 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NORNICKEL SFERA, North Tower, 8 Testovskaya Street, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703095933 (Russia); Registration Number 1227700394415 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NORNICKEL SPUTNIK, d. 11 k. 2 kom. 511, proezd Staropetrovski, Moscow 125130, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

7743773042 (Russia); Registration Number 1107746199043 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NORNIKEL TECHNICAL SERVICES (a.k.a. LLC NN TECHNICAL SERVICES; a.k.a. "NN TEKHNICHESKIE SERVISY"), d. 11 litera A kom. 391, prospekt Grazhdanski, St. Petersburg 195220, Russia; Promyshlennaya Zona OOO Norilskgeologiya D.1, Norilsk 663330, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2457063268 (Russia); Registration Number 1062457033770 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NORTH DIAMOND COMPANY (a.k.a. LIMITED LIABILITY COMPANY SEVERNAYA ALMAZNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕВЕРНАЯ АЛМАЗНАЯ КОМПАНИЯ)), d. 1 pom. 31, pl. Metallistov, Vorkuta 169901, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3528130677 (Russia); Registration Number 1073528012700 (Russia) [RUSSIA-EO14024] (Linked To: JSC VORKUTAUGOL).

LIMITED LIABILITY COMPANY NORTHERN TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕВЕРНЫЕ ТЕХНОЛОГИИ), d. 63 litera A chast pomeshch. 3-N kom. 60-65 OFIS 221, ul. Zhukovskogo, St. Petersburg 191036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7840064348 (Russia); Registration Number 1177847106458 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NORTHWESTERN BEARING COMPANY (a.k.a. SEVERO ZAPADNAYA PODSHIPNIKOVAYA KOMPANIYA), Polyustrovskii Prt D. 70, Saint Petersburg 195197, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7826058631 (Russia); Registration Number 1027810311572 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NOVAPRINT 3D (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВАПРИНТ 3Д), 3 Nobelya Street, Moscow 121205, Russia; 30 Bolshoy Boulevard, Building 1, Floor 2, Suite 430, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9731020834 (Russia); Registration Number 5187746028311 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NOVATEK MURMANSK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВАТЭК МУРМАНСК), 4a ul. Spolokhi, Murmansk 183025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5112000907 (Russia); Registration Number 1155190006454 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NOVELCO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВЕЛКО) (a.k.a. LIMITED LIABILITY COMPANY NOVELKO), 2/2 Aeroportovskaya St., Office 210-2, Solnechnogorsk, Moscow Region 141580, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733744331 (Russia); Registration Number 1107746720322 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NOVELCO GLOBAL FORWARDING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВЕЛКО ГЛОБАЛ ФОРВАРДИНГ) (a.k.a. "LLC NGF"), 2 Gorbunova St., Building 3, Room 300, Moscow 121596, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733777418 (Russia); Registration Number 1117746710190 (Russia) [RUSSIA-EO14024] (Linked To: GRIGORIEV, Grigoriy Igorevich).

LIMITED LIABILITY COMPANY NOVELKO (a.k.a. LIMITED LIABILITY COMPANY NOVELCO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВЕЛКО)), 2/2 Aeroportovskaya St., Office 210-2, Solnechnogorsk, Moscow Region 141580, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733744331 (Russia); Registration Number 1107746720322 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NOVENKO RUSSLEND (a.k.a. NOVENCO RUSSIA), Sh. Varshavskoe d. 17, et 3 kab 309, Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Mar 2018; Tax ID No. 7726424450 (Russia); Registration Number 1187746252803 (Russia) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

LIMITED LIABILITY COMPANY NOVGORODNEFTEPRODUCT (a.k.a. NOVGORODNEFTEPRODUCT OOO; a.k.a. NOVGORODNEFTEPRODUKT LLC), d. 20 Germana Ulitsa, Veliky Novgorod,

Novgorodskaya Oblast 173002, Russia; Email Address office@nnp.surgutneftegas.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1025300788644 (Russia); Tax ID No. 5321059365 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

LIMITED LIABILITY COMPANY NOVOGORSK REAL ESTATE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВОГОРСК НЕДВИЖИМОСТЬ) (a.k.a. ООО NOVOGORSK NEDVIZHIMOST), 15 Olimpiyskaya Street, Suite 14, Khimki, Moscow Oblast 141435, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Dec 2011; Organization Type: Real estate activities with own or leased property; Tax ID No. 7729699051 (Russia); Registration Number 5117746034225 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY FORUM).

LIMITED LIABILITY COMPANY NPC ANTEY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НРК АНТЕЙ) (a.k.a. "REDFAB"), 4 Gelsingforsskaya Street, Building 1, Floor 3A, Saint Petersburg 194044, Russia; 39 Khersonskaya Street, Letter A, Suite Part 4-N No. 143, Saint Petersburg 191167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7814642289 (Russia); Registration Number 1167847114016 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NPF KAVIANT, Ul. Malysheva D. 12B, Office 403, Yekaterinburg 620014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6686044680 (Russia); Registration Number 1146686005344 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NPK TESART (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НПК ТЕСАРТ), UL Tsiolkovskogo D. 19, Kabinet 318, Tomsk 634015, Russia; Website tesart.ru; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Organization Established Date 07 May 2015; Tax ID No. 7017376646 (Russia); Registration Number 1157017008170 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NPO TSENTROTEKH (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC PRODUCTION ASSOCIATION TSENTROTEKH; a.k.a. LIMITED LIABILITY COMPANY URAL GAS CENTRIFUGE MANUFACTURING PLANT; a.k.a. OOO URALSKII ZAVOD GAZOVYKH TSENTRIFUG), ZD. 2 ul. Dzerzhinskogo, Novouralsk 620000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6629020796 (Russia); Registration Number 1076629000690 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NPO UTESOV, Ul. Professorov Bogoslavskikh, 5A, Office 312, Donetsk 283045, Ukraine; Tula, Russia; Slavyansky Boulevard, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Apr 2023; Tax ID No. 9308024040 (Russia); Registration Number 1239300004206 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NPP TEKNOPROEKT (a.k.a. LIMITED LIABILITY COMPANY NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE TECHNOPROEKT), d. 75, prospekt Pobedy, Penza 440060, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5835034400 (Russia); Registration Number 1025801209334 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NR-DEL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НР-ДЕЛ) (a.k.a. LLC NR-DEL (Cyrillic: ООО НР-ДЕЛ)), ul. Sh-2 (OEZ Alabuga Ter.), Str. 5/12, Pomeshch. 202, Yelabuga, Republic of Tatarstan 423601, Russia (Cyrillic: УЛ Ш-2 (ТЕР. ОЭЗ АЛАБУГА), СТР. 5/12, ПОМЕЩ. 202, Елабуга, Республика Татарстан 423601, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Oct 2022; Tax ID No. 1674003095 (Russia); Government Gazette Number 71723222 (Russia); Registration Number 1221600082296 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NSKH AZIYA DRILLING (a.k.a. LLC NSH ASIA DRILLING),

83 ul. Trukhina, Dobryanka 618703, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1095914000390 (Russia); Registration Number 5914024719 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NTC ARSENAL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НТЦ АРСЕНАЛ) (a.k.a. LTD NTC ARSENAL; a.k.a. NTTS ARSENAL), Ul. Varshavskaya D. 5A, Lit. R, Pomeshch. 8-N, Kom. 17, Saint Petersburg 196128, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810912488 (Russia); Registration Number 1217800012055 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY OBORONNYE INITSIATIVY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОБОРОННЫЕ ИНИЦИАТИВЫ; Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ АБАРОННЫЯ ІНІЦЫЯТЫВЫ) (a.k.a. ООО OBORONNYE INITSIATIVY (Cyrillic: ООО ОБОРОННЫЕ ИНИЦИАТИВЫ); a.k.a. TAA ABARONNYJA INITSYJATYVY (Cyrillic: ТАА АБАРОННЫЯ ІНІЦЫЯТЫВЫ); a.k.a. "DEFENSE INITIATIVES COMPANY"), Perehodnaya str. 64, building 3, office 5, Minsk 220070, Belarus (Cyrillic: ул. Переходная, д. 64 корпус 3, каб. 5, Минск 220070, Belarus); Registration Number 191288292 (Belarus) [BELARUS-EO14038].

LIMITED LIABILITY COMPANY OBSKY GAS CHEMICAL COMPLEX (a.k.a. LLC OBSKY GCC), Ul. Khudi Seroko D. 39, Pomeshch. 20, Yar Sale 629700, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 8901037441 (Russia); Registration Number 1198901000121 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY OBYEDINENIYE POSTAVSHIKOV (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОБЪЕДИНЕНИЕ ПОСТАВЩИКОВ) (a.k.a. LIMITED LIABILITY COMPANY SIEYBIJI PARTS; a.k.a. LLC OBEDINENIE POSTAVSHIKOV), Ofis T57, Kom. 4, Etazh 1, Pomeshch. 2, 18 Generala Beloborodova Ul., Moscow 125222, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733366400 (Russia); Registration Number 1217700115335 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY OCTOBER (a.k.a. LIMITED LIABILITY COMPANY OKTYABR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОКТЯБРЬ)), 9 Luchistaya Street, Odintsovo 143085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032308975 (Russia); Registration Number 1195081044454 (Russia) [RUSSIA-EO14024] (Linked To: KOMAROV, Andrey Ilyich).

LIMITED LIABILITY COMPANY OFFICE TECHNOLOGY JETCOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОФИСНАЯ ТЕХНИКА ДЖЕТКОМ) (a.k.a. JETCOM 3D), 13 Startovaya Street, Building 1, Moscow 129336, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716589527 (Russia); Registration Number 1077761762165 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY OFITREYD (a.k.a. OFITRADE; a.k.a. OFITREID), Ul. Sholokhova D. 7, Kv. 145, Moscow 119634, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7729779003 (Russia); Registration Number 1147746897396 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY OIL REFINING AND PETROCHEMICAL FACILITIES DESIGN INSTITUTE (a.k.a. INSTITUT PO PROEKTIROVANIYU PREDPRIYATY NEFTEPERERABATYVAYUSCHEY I NEFTEKHIMICHESKOY PROMYSHLENNOSTI, LIMITED LIABILITY COMPANY; a.k.a. LENGIPRONEFTEKHIM OOO; a.k.a. LIMITED LIABILITY COMPANY DESIGN AND ENGINEERING INSTITUTE FOR OIL REFINING AND PETROCHEMICAL ENTERPRISES; a.k.a. LLC LENGIPRONEFTEKHIM), D. 94, Obvodnogo Kanala, nab, St. Petersburg 196084, Russia; Email Address lgnch@lgnch.spb.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1057803105755 (Russia); Tax ID No. 7810327462 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx

[UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

LIMITED LIABILITY COMPANY OIL SERVICE GARANT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОЙЛ СЕРВИС ГАРАНТ), ul. Ulyanovskaya d. 52/55, Office 20, 21, Samara 443001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 6315646631 (Russia); Registration Number 1126315005948 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY OIL TERMINAL BELOKAMENKA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НЕФТЯНОЙ ТЕРМИНАЛ БЕЛОКАМЕНКА) (a.k.a. NT BELOKAMENKA OOO), ul. Marata d. 26, Murmansk 183010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5190120165 (Russia); Registration Number 1035100188331 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY OKTANTA (a.k.a. OKTANTA NDT), Ul. Mayakovskogo D. 22, Kv. 34, Saint Petersburg 191014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 May 2010; Tax ID No. 7841425639 (Russia); Registration Number 1107847143557 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY OKTYABR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОКТЯБРЬ) (a.k.a. LIMITED LIABILITY COMPANY OCTOBER), 9 Luchistaya Street, Odintsovo 143085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032308975 (Russia); Registration Number 1195081044454 (Russia) [RUSSIA-EO14024] (Linked To: KOMAROV, Andrey Ilyich).

LIMITED LIABILITY COMPANY OMP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОМП), 3 Stanislavskogo St., Building 31/1, Floor 1, Office 2, Novosibirsk 630079, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5403049953 (Russia); Registration Number 1195476035171 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ONSINT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОНСИНТ), Building 2,

5 Georgievskiy Avenue, Zelenograd, Russia; 4 4922nd Drive, Building 2, Floor 2, Suite 1, Room 7, 7a, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735184967 (Russia); Registration Number 1197746530629 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY OPITNO KONSTRUKTORSKOE BUREAU AVIAAVTOMATIKA (a.k.a. KURSK PRIBOR JSC AVIAAVTOMATIKA; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU OPYTNO KONSTRUKTORSKOE BIURO AVIAAVTOMATIKA; a.k.a. OOO OKB AVIAAVTOMATIKA), 47 Zapolnaia ul., Kursk 305040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4632071042 (Russia); Registration Number 1064632050152 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY OPTIMA INVEST (a.k.a. OPTIMA INVEST OOO), ul. Lyusinovskaya, d. 28/19 str. 6, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7705993897 (Russia); Registration Number 1127746621804 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY OPYTNO KONSTRUKTORSKOE BYURO SOKOL, Ul. Luch D. 24/1a, Pomeshch. 115, Zhukovskiy, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9723163892 (Russia); Registration Number 1227700478587 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ORBITA CAPITAL PARTNERS (a.k.a. ORBITA KAPITAL PARTNERZ), Per. Bolshoi Savvinskii D. 8, Str. 1, Pomeshch. 1, Chast/Kom. 6, Moscow 119435, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706453157 (Russia); Registration Number 1187746417979 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ORELMETALLPOYLMER (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОРЕЛМЕТАЛЛПОЛИМЕР), 45 Olkhovskaya St., Building 3, Floor 1, Room 1, Office 10, Moscow 105066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5249143334 (Russia); Registration Number 1155249005856 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ORGANIC & PRINTED ELECTRONICS TECHNOLOGIES (a.k.a. LIMITED LIABILITY COMPANY ORGANIC AND PRINTED ELECTRONICS TECHNOLOGIES; a.k.a. "TOPE"), Sh. Shchelkovskoe D.77, Office 1602, Moscow 107207, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718809369 (Russia); Registration Number 1107746454749 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ORGANIC AND PRINTED ELECTRONICS TECHNOLOGIES (a.k.a. LIMITED LIABILITY COMPANY ORGANIC & PRINTED ELECTRONICS TECHNOLOGIES; a.k.a. "TOPE"), Sh. Shchelkovskoe D.77, Office 1602, Moscow 107207, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718809369 (Russia); Registration Number 1107746454749 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY OSNOVA LAB (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОСНОВА ЛАБ), Spartakovskaya square, house 14, building 2, Moscow 105082, Russia (Cyrillic: Площадь Спартаковская, Дом 14, стр 2, Москва 105082, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701100976 (Russia); Registration Number 1157746344755 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CITADEL).

LIMITED LIABILITY COMPANY OSTOZHENKA 19 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОСТОЖЕНКА 19) (a.k.a. LLC OSTOZHENKA 19 (Cyrillic: ООО ОСТОЖЕНКА 19); a.k.a. OSTOZHENKA 19; a.k.a. OSTOZHENKA 19 OOO), etazh/pom 3/14, stroenie 1, dom 19, ulitsa Ostozhenka, Moscow 119034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Oct 2013; Tax ID No. 7703798019 (Russia); Registration Number 1137746907781 (Russia) [RUSSIA-EO14024] (Linked To: TOKAREVA, Maiya Nikolaevna).

LIMITED LIABILITY COMPANY OZERNAYA ENERGETICHESKAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОЗЕРНАЯ ЭНЕРГЕТИЧЕСКАЯ КОМПАНИЯ) (a.k.a. "ООО OEK"), str. 100 blok B etazh 3, pom. 4, Odintsovo 143084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032216322 (Russia);

Registration Number 1155032010110 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY PENZA BEARING PLANT (a.k.a. PENZENSKII PODSHIPNIKOVYI ZAVOD), Ul. Antonova D. 3, Kabinet 91, Penza 440629, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5834018533 (Russia); Registration Number 1025801102051 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PERM ENGINEERING TECHNICAL CENTER GEOFIZIKA (a.k.a. LIMITED LIABILITY COMPANY PITTS GEOFIZIKA), 3 Proezd Elektronny, Dobryanka 618703, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5914022670 (Russia); Registration Number 1075914000360 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEFTSERVICEHOLDING).

LIMITED LIABILITY COMPANY PERM OIL MACHINE COMPANY, Ul. Teknicheskaya D. 5, Perm 614070, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jun 1996; Tax ID No. 5906999380 (Russia); Registration Number 1145958033055 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PERMNEFTEOTDACHA, d. 70 ul. Trukhina, Dobryanka 618703, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5914016154 (Russia); Registration Number 1025901794412 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEFTSERVICEHOLDING).

LIMITED LIABILITY COMPANY PFMK, d. 1, ul. Kooperativnaya, Zelenodolsk, Zelenodolski Raion, Tatarstan Resp. 422541, Russia; Ul. Privokzalnaya D. 5, Zelenodolsk 422546, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Feb 2008; Tax ID No. 1648023497 (Russia); Government Gazette Number 83465274 (Russia); Registration Number 1081673000650 (Russia) [RUSSIA-EO14024] (Linked To: KOGOGIN, Sergei Anatolyevich).

LIMITED LIABILITY COMPANY PHOENIX (a.k.a. FENIKS), Ul. Nizhegorodskaya D. 86, K. B, Pomeshch. 5/1, Moscow 109052, Russia; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Tax ID No. 6829115653 (Russia); Registration Number 1156829008489 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PIK GENPODRYAD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПИК ГЕНПОДРЯД), 35 Nikulinskaya Street, Building 1, Floor 5, Room Part 19, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9729297250 (Russia); Registration Number 1207700210343 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY PIK KORPORATSIYA).

LIMITED LIABILITY COMPANY PIK KORPORATSIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПИК КОРПОРАЦИЯ), 19 Barrikadnaya Street, Building 1, Moscow 123242, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703255661 (Russia); Registration Number 1027739093843 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY PIK SPECIALIZED HOMEBUILDER).

LIMITED LIABILITY COMPANY PIK PLUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПИК ПЛЮС), 19 Barrikadnaya Street, Building 1, Floor 7, Suite I, Room 7, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703067812 (Russia); Registration Number 1157746111995 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PIKASO 3D (a.k.a. PICASO 3D LLC), Pr-D 4922-I D. 4, Str. 3, Floor 3, Pom.I Komna 21, Zelenograd 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735607524 (Russia); Registration Number 1147748027460 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PITERSNAB, Ul. Ordinarnaya D. 20, Lit. A, Pomeshch. 15-N, Rabochee Mesto #2, Saint Petersburg 197136, Russia; St. Repishcheva 14R, Saint Petersburg, Russia; 13 Moskovskoe Highway, Saint Petersburg, Russia; Parnas, 5th Upper Lane, 15, Saint Petersburg, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813660013 (Russia); Registration Number 1227800000614 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PITTS GEOFIZIKA (a.k.a. LIMITED LIABILITY COMPANY PERM ENGINEERING

TECHNICAL CENTER GEOFIZIKA), 3 Proezd Elektronny, Dobryanka 618703, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5914022670 (Russia); Registration Number 1075914000360 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEFTSERVICEHOLDING).

LIMITED LIABILITY COMPANY PK KOMPRESSOR CHLB (a.k.a. PK COMPRESSOR LLC), Ul. Neglinnaya D. 21, Office 1, Chelyabinsk 454106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7448177081 (Russia); Registration Number 1157448002700 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PLANT FOR THE PRODUCTION OF PROPELLER STEERING COLUMNS SAPPHIRE (a.k.a. LLC PLANT VRK SAPPHIRE; a.k.a. VRK SAPPHIRE PLANT; a.k.a. ZAVOD PO PROIZVODSTVU VINTO-RULEVYKH KOLONOK SAPFIR; a.k.a. ZAVOD VRK SAPFIR), Ul. Stepana Lebedeva D. 1, Bolshoi Kamen 692801, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2503032563 (Russia); Registration Number 1162503050038 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PLASTIK STROYMARKET (a.k.a. PLASTIK STROIMARKET), Belyakovsky lane, 46, office 5, Tver 170006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6950139428 (Russia); Registration Number 1116952045870 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PLATAN ENERGO, Ul. Begovaya D. 6A, Kom. 4, Moscow 125284, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7734731776 (Russia); Registration Number 1147746983230 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PNEUMORESURS (a.k.a. ARMATUREN GROUP LIMITED COMPANY; a.k.a. PNEVMORESURS), ul. Yakornaya d. 13, lit. a, pomeshch. 8-n, kom. # 30, office # 401B, Saint Petersburg 195027, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7839380885 (Russia); Registration Number 1089847164230 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY POINTER, Ul. Kurlyandskaya D. 28, Lit. V, Pomeshch. 54-N, Kom. 106, Saint Petersburg 190020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7841082477 (Russia); Registration Number 1197847073115 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY POLAR CONSTRUCTION COMPANY (a.k.a. LIMITED LIABILITY ZAPOLARNAYA CONSTRUCTION COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ZAPOLYARNAYA STROITELNAYA KOMPANIYA; a.k.a. ZAPOLYARNAYA STROITELNAYA KOMPANIYA; a.k.a. "ZSK OOO"), Ul. Betonnaya D. 13A, Pomeshch. I/Floor 2, Staraya Kupavna 142450, Russia; 8, ul. Taimyrskaya, Norilsk, Krasnoyarsk region 663330, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2457061775 (Russia); Registration Number 1062457022880 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY POLAR LITHIUM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПОЛЯРНЫЙ ЛИТИЙ), Floor 3, Office 18, 22 Per. Bolshoi Drovyanoi, Moscow 109004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9709083109 (Russia); Registration Number 1227700407538 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY POLYARNAYA ENERGETICHESKAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПОЛЯРНАЯ ЭНЕРГЕТИЧЕСКАЯ КОМПАНИЯ) (a.k.a. "OOO PEK"), Usovo Village, Building 100, Block B, Floor 2, Suite 5, Odintsovo, Moscow Region 143084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032216273 (Russia); Registration Number 1155032010100 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY POLYARNAYA GORNO RUDNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПОЛЯРНАЯ ГОРНО РУДНАЯ КОМПАНИЯ) (a.k.a. "OOO PGRK"), Usovo Village, Building 100, Block B, Floor 2, Suite 10, Odintsovo, Moscow Region 143084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707332797 (Russia); Registration Number

1157746092745 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY POLYEZNY ELEMENT 5 (a.k.a. "LLC PE 5"), Str. 1, D. 1, Ul 2-Ya Karacharovskaya, Vn. Ter. G. Municipal District Nizhehorodskiy, Moscow 109202, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9721206357 (Russia); Registration Number 1237700342131 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY POLYMER PIPE PLANT (a.k.a. MOSCOW PLANT FDPLAST; a.k.a. ZAVOD POLIMERNYKH TRUB), Ul. Velozavodskaya D. 11/1, Kv. 137, Moscow 115280, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722370589 (Russia); Registration Number 1167746690638 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY POLYUS SERVICE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПОЛЮС СЕРВИС), d. 3 str. 1 etazh 6 kab. 616, ul. Krasina, Moscow 123056, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Oct 2020; Registration ID 1207700408376 (Russia); Tax ID No. 9703020720 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY POLYUS).

LIMITED LIABILITY COMPANY PORT ELGA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПОРТ ЭЛЬГА), D. 51A, Ofis 201, Ul. Istomina, Khabarovsk 680000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2721251572 (Russia); Registration Number 1212700011886 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY POWER OF YAKUTIA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИЛА ЯКУТИИ) (a.k.a. LIMITED LIABILITY COMPANY SILA YAKUTII), d. 1 kv. 77, ul. Bogdana Chizhika, Yakutsk 677000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1400014828 (Russia); Registration Number 1221400011678 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY POWERCOM RUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПАУЭРКОМ РУС), d. 2 str. 1 etazh 2, Pomeshch. XXXII kom. 10, ul. 2-Ya Kabelnaya, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Tax ID No. 9722023765 (Russia); Registration Number 1227700358115 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY POZITIVINFO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПОЗИТИВИНФО), 42 Leytenanta Yanalova Street, Letter B, Floor 5, Suite 7, Kaliningrad, Kaliningrad Region, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3904605140 (Russia); Registration Number 1093925003677 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PRAVOURMISKOE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРАВОУРМИЙСКОЕ), ul. Lenina 26A, Gorny 682707, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2717015290 (Russia); Registration Number 1072717000179 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PRECISION LASER SYSTEMS (a.k.a. PRETSIZIONNYE LAZERNYE SISTEMY), Ul. Komsomola D. 1-3, Lit. S, Pomeshch. 1n, Saint Petersburg 195009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804522899 (Russia); Registration Number 1137847498876 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PREPREG-DUBNA (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PREPREG-DUBNA; a.k.a. PREPREG-DUBNA, OOO), Ul. Elektrodnyaya D. 8, Dubna 141981, Russia; D. 8, Ul. Tekhnologicheskaya, Dubna, Moskovskaya Obl. 141981, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Apr 2011; Tax ID No. 5010043203 (Russia); Government Gazette Number 90160486 (Russia); Registration Number 1115010001138 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PRESSMAN PREMIUM PACKAGING NOVGOROD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРЕССМАН ПРЕМИУМ ПЭКЕДЖИНГ НОВГОРОД), 15 Rabochaya Street, Velikiy Novgorod 173008, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5321070760 (Russia); Registration Number 1025300780361 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PRESSMAN PREMIUM PACKAGING SPB (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРЕССМАН ПРЕМИУМ ПЭКЕДЖИНГ СПБ), 59 Svobody Street, Room 2, Krasnoye Selo, Saint Petersburg 198320, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7842315276 (Russia); Registration Number 1057810360948 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PRESSMAN SOFT PACKAGING NOVGOROD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРЕССМАН СОФТ ПЭКЕДЖИНГ НОВГОРОД), 9 Rabochaya Street, Velikiy Novgorod 173008, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5321099632 (Russia); Registration Number 1045300284743 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HS INVESTMENTS).

LIMITED LIABILITY COMPANY PRIME RADAR TECHNOLOGY (a.k.a. "LLC PRT"), PR-D 2-I Zapadnyi D. 1, Str. 1, Zelenograd 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735207283 (Russia); Registration Number 1247700269013 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PRIUS ELECTRONICS (a.k.a. PRIUS ELEKTRONICS), Ul. Bolshaya Akademicheskaya D. 44, K. 2, Floor Pomeshch. Kom. 9, XIV, 6, 6A, Moscow 127434, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743353866 (Russia); Registration Number 1217700042230 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PRIVATE SECURITY ORGANIZATION GAZPROMNEFT OKHRANA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЧАСТНАЯ ОХРАННАЯ ОРГАНИЗАЦИЯ ГАЗПРОМНЕФТЬ ОХРАНА), d. 1 etazh 2, Pomeshch. 20, prospect Gubkina, Omsk 644065, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5501282179 (Russia); Registration Number 1235500004960 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PRIVATE SECURITY ORGANIZATION LEGAT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЧАСТНАЯ ОХРАННАЯ ОРГАНИЗАЦИЯ ЛЕГАТ), 2 Shukinskaya St., Ground Floor, Room 35, Moscow 123182, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707350926 (Russia); Registration

Number 1157746835806 (Russia) [RUSSIA-EO14024] (Linked To: STRAMILOV, Igor Mikhailovich).

LIMITED LIABILITY COMPANY PRIVATE SECURITY ORGANIZATION RSB-GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЧАСТНАЯ ОХРАННАЯ ОРГАНИЩАЦИЯ РСБ-ГРУПП) (a.k.a. LLC PSO RSB-GROUP (Cyrillic: ООО ЧОО РСБ-ГРУПП); a.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU CHASTNAYA OKHRANNAYA ORGANIZATSIYA RSB-GRUPP; a.k.a. OOO CHOO RSB-GRUPP), Ulitsa Krzhizhanovskogo, D. 14, K. 2, Pom I Komn 1;2, Moskva 117218, Russia (Cyrillic: Улица Кржижановского, Д. 14, К. 2, Пом I Комн 1;2, Москва 117218, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Nov 2008; Tax ID No. 7718731144 (Russia); Registration Number 5087746401573 (Russia) [RUSSIA-EO14024] (Linked To: KRINITSYN, Oleg Anatolyevich).

LIMITED LIABILITY COMPANY PRODUCTION AND COMMERCIAL COMPANY VIVA (a.k.a. PROIZVODSTVENNO KOMMERCHESKAYA KOMPANIYA VIVA), Ul. Bolshava Dorogomilovskaya D. 6, Str. 1, Pom. 1 Komnaty 1-7; 7A, Moscow 121059, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730611735 (Russia); Registration Number 1097746363043 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PRODUCTION AND COMMERCIAL FIRM TONAR (a.k.a. LIMITED LIABILITY COMPANY MACHINE BUILDING PLANT TONAR; a.k.a. MZ TONAR; a.k.a. OOO MZ TONAR), Ul. 1-Aya Leninskaya D. 76 A, Srednyaya Matrenka 142635, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 30 Nov 1990; Tax ID No. 5034016022 (Russia); Government Gazette Number 48806669 (Russia); Registration Number 1025007458200 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PRODUCTION ASSOCIATION INSISTENCE (a.k.a. PROIZVODSTVENNOE OBYEDINENIE INSISTENS), Ul. Krasnolesya D. 139, Kv. 43, Yekaterinburg 620105, Russia; Blagodatnaya st., 76K, Yekaterinburg 620087, Russia;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6658486704 (Russia); Registration Number 1169658055335 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PRODUCTION ASSOCIATION KIRISHINEFTEORGSINTEZ (a.k.a. KINEF; a.k.a. KINEF OOO; a.k.a. LLC KINEF), d. 1 Shosse Entuziastov, Kirishi, Leningradskaya Oblast 187110, Russia; Website http://www.kinef.ru; Email Address kinef@kinef.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1024701478735 (Russia); Tax ID No. 4708007089 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

LIMITED LIABILITY COMPANY PRODUCTION PLANT NAMED AFTER SHAUMYAN (a.k.a. PROIZVODSTVO ZAVOD IMENI SHAUMYANA; a.k.a. SHAUMYAN PLANT), Prd 3-I Rybatskii D. 3, Lit. R, Pomeshch. 5N/406, Saint Petersburg 192177, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805666029 (Russia); Registration Number 1147847428717 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROFFLAB (Cyrillic: ПРОФФЛАБ ЖООПКЕРЧИЛИГИ ЧЕКТЕЛГЕН КООМУ; Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОФФЛАБ) (a.k.a. LLC PROFFLAB (Cyrillic: ЖЧК ПРОФФЛАБ); a.k.a. OSOO PROFFLAB; a.k.a. PROFFLAB LIMITED LIABILITY COMPANY), 2, 179 Toktogula, Bishkek, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 01703202210047 (Kyrgyzstan); Registration Number 204218-3300-OOO (Kyrgyzstan) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROFI GLASS PLUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОФИ ГЛАСС ПЛЮС), : Dom 3, Korpus V, Pereulok Mashinostroitelnyi, Rostov-on-Don 344090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID

No. 6168088172 (Russia); Registration Number 1166196088310 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROFISTAIL, d. 2 str. 3 pom. 246, ul. Gorbunova, Moscow 121596, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9715288182 (Russia); Registration Number 5167746490610 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROIZVODSTVENNO TORGOVAYA KOMPANIYA APRIORI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОИЗВОДСТВЕННО ТОРГОВАЯ КОМПАНИЯ АПРИОРИ) (a.k.a. LLC PTK APRIORI (Cyrillic: ООО ПТК АПРИОРИ)), d. 20 str. 1G pom. II, ul. Kulakova, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7734729801 (Russia); Registration Number 1147746865001 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROIZVODSTVENNYE RESHENIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОИЗВОДСТВЕННЫЕ РЕШЕНИЯ), Ofis 210 str. 1, Ul. 28 Km Kad, Leningradskaya Oblast 188660, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802632896 (Russia); Registration Number 1177847305679 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROIZVOSTVENNAYA KOMMERCHESKAYA FIRMA GAZNEFTEMASH (a.k.a. GAZNEFTEMASH LLC; a.k.a. PKF GAZNEFTEMASH), Km Kievskoe Shosse 22-1, Domovladenie 4, Str. 5, Moscow 108811, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jun 2008; Tax ID No. 7727653358 (Russia); Registration Number 1087746698137 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROJECT CONSULTING BUREAU ECHELON (Cyrillic: ПРОЕКТНО-КОНСАЛТИНГОВОЕ БЮРО ЭШЕЛОН) (a.k.a. LLC PKB ECHELON; a.k.a. PROEKTNO-KONSALTINGOVOE BYURO ESHELON), Ul. Elektrozavodskaya d. 24, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jul 2014; Tax ID No. 7718990935 (Russia); Registration Number 1147746837677 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROMBIZNES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ

ОТВЕТСТВЕННОСТЬЮ ПРОМБИЗНЕС), str. 100 blok B etazh 2, pom. 10, Odintsovo 143084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032208184 (Russia); Registration Number 1155032006832 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY PROMELEKTRO ENGINEERING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОМЭЛЕКТРО ИНЖИНИРИНГ) (a.k.a. PROMELECTRO ENGINEERING OOO; a.k.a. PROMELEKTRO INZHINIRING), 9 Bolshoy Spasoglinishchevskiy Lane, Building 1, Floor 3, Room 32, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 1167746607511 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROMELEKTROSERVIS, ul. Geroev Khasana 83, Perm 614025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5904057881 (Russia); Registration Number 1025900915468 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROMISING INVESTMENTS (a.k.a. "PERSPECTIVE INVESTMENTS LIMITED LIABILITY COMPANY"; a.k.a. "PROMISING INVESTMENTS LLC"), 46 Molodezhnaya St., Office 335, Odintsovo, Moscow Region 143007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 5032218680 (Russia); Registration Number 1105032001458 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY PROMLOGISTIKA, d. 14 pom. 210, ul. Krutitski Val, Moscow 109044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9723082202 (Russia); Registration Number 1197746170544 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROMRESHENIE (Cyrillic: ОБЩЕСТВО С

ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОМРЕШЕНИЕ), Usovo Village, Building 100, Block B, Floor 3, Suite 5, Odintsovo, Moscow Region 143084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032216298 (Russia); Registration Number 1155032010132 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY PROMTEHPOSTAVKA (a.k.a. LIMITED LIABILITY COMPANY PROMTEKHPOSTAVKA), Ter. Grinvud Str. 9, Pomeshch. 123, Putilkovo 143440, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5024190818 (Russia); Registration Number 1185053042350 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROMTEKHEKSPERT (a.k.a. "PTE OOO"), ul. Novgorodskaya d. 1, floor 2 pom. A 212, Moscow 127576, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Dec 2003; Tax ID No. 7743515789 (Russia); Registration Number 1037789060165 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROMTEKHNOLOGIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОМТЕХНОЛОГИЯ) (a.k.a. LLC PROMTEKHNOLOGIYA (Cyrillic: ООО ПРОМТЕХНОЛОГИЯ); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU PROMTEKHNOLOGIYA; a.k.a. OOO PROMTEKHNOLOGIYA; a.k.a. PROMTECHNOLOGIA LLC; a.k.a. "ORSIS"; a.k.a. "PROMTECHNOLOGIES"; a.k.a. "PROMTEHNOLOGYA"), 14 Podyomnaya St., Housing 8, Moscow 109052, Russia; 19 Smirnovskaya St., Moscow, Russia; Ul. Krzhizhanovskogo, D. 29, K. 2, Antresol 1, Pomeschenie IV, Komnata 1, Moscow 117218, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708696860 (Russia); Government Gazette Number 772701001 (Russia); Registration Number 1097746084908 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROMTEKHPOSTAVKA (a.k.a. LIMITED LIABILITY COMPANY PROMTEHPOSTAVKA), Ter. Grinvud Str. 9, Pomeshch. 123, Putilkovo 143440, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID

No. 5024190818 (Russia); Registration Number 1185053042350 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROSPEKT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОСПЕКТ), 42 Leytenanta Yanalova Street, Letter B, Floor 5, Suite 502/2, Kaliningrad, Kaliningrad Region, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3906386743 (Russia); Registration Number 1193926017185 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY POZITIVINFO).

LIMITED LIABILITY COMPANY PROTEKTOR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОТЕКТОР) (a.k.a. LLC LAMPUR; a.k.a. "LLC PROPARTS"), K. 7, D. 7A Proezd Stroitelny, Moscow 125362, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9731012061 (Russia); Registration Number 1187746854140 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROTEY SPETSTEKHNIKA (a.k.a. PROTEI ST LTD), Pr-kt Bolshoi Sampsonievskii D. 60, BTS Telekom, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802471913 (Russia); Registration Number 1097847159321 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PSB-FOREKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПСБ-ФОРЕКС) (a.k.a. FUND FOR NON-BANKING TECHNOLOGIES LIMITED LIABILITY COMPANY; a.k.a. PSB-FOREKS LLC; a.k.a. PSB-FOREKS OOO; a.k.a. "FNBT LLC" (Cyrillic: "ООО ФНБТ")), D. 7, Str. 8, Pom. III Kom. N1 Etazh 2, Naberezhnaya Derbenevskaya, Moscow 115114, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jul 2016; Tax ID No. 7725323192 (Russia); Registration Number 1167746652193 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

LIMITED LIABILITY COMPANY PSKOVNEFTEPRODUCT (a.k.a. LIMITED LIABILITY COMPANY MARKETING ASSOCIATION PSKOVNEFTEPRODUCT; a.k.a. PSKOVNEFTEPRODUKT OOO), 4 Oktyabrsky Prospekt, Pskov 180000, Russia; Website http://www.pskovnefteprodukt.ru; Executive Order 13662 Directive Determination

- Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1026000970049 (Russia); Tax ID No. 6027042337 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

LIMITED LIABILITY COMPANY PT ELEKTRONIK (a.k.a. "PT ELECTRONIC"; a.k.a. "PT ELECTRONICS"), Ul. Ivana Fomina, D. 6, Lit. B, Pom. 337, Saint Petersburg 194295, Russia; Dor. V Kamenku, D. 64, K. 2, Str. 1, Pom. 1-N, 2-N, Saint Petersburg 197350, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802606871 (Russia); Registration Number 1167847490524 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PTERO, B-R Ramenskii, D. 1, Moscow 119607, Russia; Vernadskogo Ave. 12D, Moscow 119415, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Apr 2017; Tax ID No. 7714989706 (Russia); Registration Number 1177746381086 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PUMORI ENGINEERING INVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПУМОРИ ИНЖИНИРИНГ ИНВЕСТ), Office 105, Building 3, Monterskaya Street, Ekaterinburg 620085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6671121491 (Russia); Registration Number 1026605231091 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PUMORI NORTHWEST (a.k.a. PUMORI NORTH WEST LLC), Ul. Sedova D. 11, Korp. 2 Lit. A, Saint Petersburg 192019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811354892 (Russia); Registration Number 5067847381290 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PUMPING COMPANY KRON (a.k.a. NASOSNAYA KOMPANIYA KRON), Ul. Mosina D. 6, OF. 101, Tula 300041, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax

ID No. 7103031370 (Russia); Registration Number 1037100122894 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PUTORANSKAYA GORNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПУТОРАНСКАЯ ГОРНАЯ КОМПАНИЯ) (a.k.a. "OOO PGK"), str. 100 blok B etazh 2, pom. 5, Odintsovo 143084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032216227 (Russia); Registration Number 1155032010088 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY PYASINSKAYA GORNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПЯСИНСКАЯ ГОРНАЯ КОМПАНИЯ) (a.k.a. OOO PYASGK), str. 100 blok B etazh 3, pom. 4, Odintsovo 143084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032216266 (Russia); Registration Number 1155032010099 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY QUANTUM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КВАНТУМ) (a.k.a. KVANTUM LLC), Pom. 3/1, Str. 1, D. 16 Vyborgskaya, Moscow 125212, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Nov 2017; Tax ID No. 7743233079 (Russia); Registration Number 5177746201298 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY QUANTUM OPTICS (a.k.a. OOO QUANTUM OPTICS; a.k.a. QUANTUM OPTICS LTD), Ul. Serdobolskaya D. 64, Lit. K, Pomeshch. 11-N, Kom. 10, Saint Petersburg 197342, Russia; Beloostrovskaya 22, Office 415, Saint Petersburg 197342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801562614 (Russia); Registration Number 1117847563921 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RADIO REKLAMA NN (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАДИО РЕКЛАМА НН), 32 Belinskogo Street, Office 301, Nizhniy Novgorod, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5260450762 (Russia); Registration Number 1175275087030 (Russia) [RUSSIA-EO14024]

(Linked To: LIMITED LIABILITY COMPANY INFRASTRACTURE HOLDING 1).

LIMITED LIABILITY COMPANY RADIO REKLAMA VOLOGDA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РРВ) (a.k.a. LIMITED LIABILITY COMPANY RRV; a.k.a. "OOO RADIO REKLAMA VOLOGDA"), 7 Lesnaya Street, Tverskoy Municipal District, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3525419372 (Russia); Registration Number 1183525002968 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY INFRASTRACTURE HOLDING 2).

LIMITED LIABILITY COMPANY RADIOCOMP (a.k.a. LLC RADIOKOMP; a.k.a. OBSHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU RADIOKOMP), Ul Aviamotornaya d. 8A, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722251800 (Russia); Registration Number 1027739746616 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RADIOIZMERENIYA, ul. Soldatskaya, d. 8, pomeshch. 205-2, Kazan 420066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1658229360 (Russia); Registration Number 1201600086852 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RADIOPRIBORSNAB (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАДИОПРИБОРСНАБ), 31 Trudovaya St., Building 1, Office 111, Mytishchi, Moscow Region 141014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5029221971 (Russia); Registration Number 1175029015457 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RAFORT (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RAFORT; a.k.a. RAFORT LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАФОРТ); a.k.a. RAFORT, OOO (Cyrillic: ООО РАФОРТ); a.k.a. "LIMITED LIABILITY COMPANY RUBIN" (Cyrillic: "ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУБИН"); a.k.a. "RAFORT"; a.k.a. "RUBIN, OOO" (Cyrillic: "ООО РУБИН")), Apartment 40, Building 43, Tatarskaya Street, Ryazan, Ryazan Oblast 390005, Russia; Secondary sanctions risk:

North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 6234061793 (Russia); Business Registration Number 1086234013051 (Russia) issued 16 Oct 2008 [DPRK] (Linked To: GAZARYAN, Rafael Anatolyevich).

LIMITED LIABILITY COMPANY RASPADSKAYA COAL COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RASPADSKAYA UGOLNAYA KOMPANIYA; a.k.a. OOO RASPADSKAYA COAL COMPANY; a.k.a. RASPADSKAYA UGOLNAYA KOMPANIYA; a.k.a. "RUK OOO"), d. 33, Ofis 201, Prospekt Kurako (Kuibyshevski R-N), Novokuznetsk, Kemerovo region 654006, Russia; PR. Kurako D. 33, Novokuznetsk 654027, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4253029657 (Russia); Registration Number 1154253003750 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RASSVET (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАССВЕТ), d. 5 k. 3 kv. 233, ul. Kakhovka, Moscow 117303, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727461014 (Russia); Registration Number 1217700097702 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY AHD SOUTH PORT).

LIMITED LIABILITY COMPANY RAZREZ BEREZOVSKIY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАЗРЕЗ БЕРЕЗОВСКИЙ), d. 9, str. 16, ul. Mira, Pos. Kalachevo 653212, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4223035452 (Russia); Registration Number 1044223000799 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RAZREZ BOGATYR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАЗРЕЗ БОГАТЫРЬ), Office 212, 42 Komsomolskaya Street, Iskitim 633209, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5446021342 (Russia); Registration Number 1215400013212 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RAZREZ KUZNETSKIY YUZHNYY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАЗРЕЗ КУЗНЕЦКИЙ ЮЖНЫЙ), d. 50 pom.

6, ul. Sovetskaya, Myski 652840, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4205375400 (Russia); Registration Number 1184205023640 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RAZREZ LEMBEROVSKIY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАЗРЕЗ ЛЕМБЕРОВСКИЙ), d. 4A etazh 1 pom. I, Kom. 1, Ofis 2A, ul. Kutuzovskaya, Odintsovo 143001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032224041 (Russia); Registration Number 1155032013377 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY RAZREZ MALINOVSKIY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАЗРЕЗ МАЛИНОВСКИЙ), d. 9 k. 1 ofis 232, ul. Pirogova, Novokuznetsk 654005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4217195000 (Russia); Registration Number 1194205014057 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RAZREZ PERMYAKOVSKIY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАЗРЕЗ ПЕРМЯКОВСКИЙ), Karakan Village, Kemerovo 652673, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4231003020 (Russia); Registration Number 1024200540561 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RAZREZ POLYARNIY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАЗРЕЗ ПОЛЯРНЫЙ), str. 100 blok B etazh 1, pom. 6, Odintsovo 143084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032231539 (Russia); Registration Number 1165032052162 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CARBON).

LIMITED LIABILITY COMPANY RAZREZ VERKHNETESHSKIY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАЗРЕЗ ВЕРХНЕТЕШСКИЙ), d. 50 pom. 2, ul. Sovetskaya, Myski 652840, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4214040054 (Russia); Registration Number 1184205015972 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY RAZREZ KOLYVANSKIY).

LIMITED LIABILITY COMPANY RAZREZ VOSTOCHNYY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАЗРЕЗ ВОСТОЧНЫЙ), d. 16 pom. kab. 1/1, prospekt Mira Rabochi pos., Linevo 633216, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5443005705 (Russia); Registration Number 1155476078042 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RB-ESTEIT (a.k.a. RB-ESTEIT OOO), ul. Akademika Zhukova d. 25A, et/pom/of 4/17/404, Dzerzhinskiy 140090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Dec 2018; Organization Type: Real estate activities with own or leased property; Tax ID No. 5027271906 (Russia); Registration Number 1185027032794 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY BONUM INVESTMENTS).

LIMITED LIABILITY COMPANY RCC TRADING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РМК ТРЕЙДИНГ) (f.k.a. LLC RCC HOLDING COMPANY), 57 Gorkogo Street, Ekaterinburg, Sverdlovsk Region 620075, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6671210688 (Russia); Registration Number 1226600015135 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RECHNIKOV INVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РЕЧНИКОВ ИНВЕСТ), d. 12 k. 1 pom. 17/1, ul. Kolomenskaya, Moscow 115142, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725682120 (Russia); Registration Number 1097746752421 (Russia) [RUSSIA-EO14024] (Linked To: LLC AEON DEVELOPMENT).

LIMITED LIABILITY COMPANY REDMETKONTSENTRAT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РЕДМЕТКОНЦЕНТРАТ), d. 151 etazh 3 pom. 322, ul. Lyublinskaya, Moscow 109341, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1097746433597 (Russia); Tax ID No. 7723723420 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY REDUT SECURITY (a.k.a. LIMITED LIABILITY COMPANY REDUT-BEZOPASNOST; a.k.a. PMC REDUT; a.k.a. PRIVATE MILITARY COMPANY REDOUBT; a.k.a. PRIVATE MILITARY COMPANY REDUT), Belarus; Ukraine; Ul. Dubininskaya D. 61, Pom. IV, Komnata 35, Moscow 115054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Dec 2019; Organization Type: Private security activities; Tax ID No. 9725026517 (Russia); Registration Number 1197746727530 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY REDUT-BEZOPASNOST (a.k.a. LIMITED LIABILITY COMPANY REDUT SECURITY; a.k.a. PMC REDUT; a.k.a. PRIVATE MILITARY COMPANY REDOUBT; a.k.a. PRIVATE MILITARY COMPANY REDUT), Belarus; Ukraine; Ul. Dubininskaya D. 61, Pom. IV, Komnata 35, Moscow 115054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Dec 2019; Organization Type: Private security activities; Tax ID No. 9725026517 (Russia); Registration Number 1197746727530 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY REGIONALNYE PROEKTNO STROITELNYE SISTEMY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РЕГИОНАЛЬНЫЕ ПРОЕКТНО СТРОИТЕЛЬНЫЕ СИСТЕМЫ), Office 101, D. 24, Ul. Krasnoflotskaya, Omsk 644099, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5503064754 (Russia); Registration Number 1025500745577 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY MEZHREGIONSTROY).

LIMITED LIABILITY COMPANY REIL TREIN SERVICE (a.k.a. "RAIL TRAIN SERVICE"; a.k.a. "RAILTRAINSERVICE"), Ul. Kakhovka D. 10, K. 3, Moscow 117461, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727769031 (Russia); Registration Number 5117746041100 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY REMONTNO PROIZVODSTVENNAYA BAZA KOLMAR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РЕМОНТНО-ПРОИЗВОДСТВЕННАЯ БАЗА КОЛМАР) (a.k.a. LIMITED LIABILITY COMPANY REPAIR AND PRODUCTION BASE KOLMAR; a.k.a. "LLC RPBK"), ul. Sovetskaya 70, pos., Chulman 678981, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1434050856 (Russia); Registration Number

1181447004991 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MINING AND COAL PREPARATION COMPLEX DENISOVSKIY).

LIMITED LIABILITY COMPANY REMSTAL (a.k.a. LLC REMSTAL (Cyrillic: ООО РЕМСТАЛЬ)), ofis 105, d. 3, prospekt Mira, Sovetskaya Gavan 682800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2709017223 (Russia); Registration Number 1202700008917 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY REOLGREID SERVICE, Ul Ekvatornaya D. 8, Novosibirsk 630060, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5408277505 (Russia); Registration Number 1105473000896 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY REPAIR AND PRODUCTION BASE KOLMAR (a.k.a. LIMITED LIABILITY COMPANY REMONTNO PROIZVODSTVENNAYA BAZA KOLMAR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РЕМОНТНО-ПРОИЗВОДСТВЕННАЯ БАЗА КОЛМАР); a.k.a. "LLC RPBK"), ul. Sovetskaya 70, pos., Chulman 678981, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1434050856 (Russia); Registration Number 1181447004991 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MINING AND COAL PREPARATION COMPLEX DENISOVSKIY).

LIMITED LIABILITY COMPANY RESEARCH AND DEVELOPMENT CENTER ECOPROMSERTIFIKA (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU NAUCHNO PROIZVODSTVENNYI TSENTR EKOPROMSERTIFIKA; a.k.a. OOO NPTS EKOPROMSERTIFIKA), D. 4 UI. Verkhnyaya Radishchevskaya, str. 3, pom. III komn 1i, Moscow 109240, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7705564792 (Russia); Registration Number 1037739896149 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RESEARCH AND PRODUCTION CENTER KROPUS PO (a.k.a. SCIENTIFIC AND PRODUCTION CENTER OF NON DESTRUCTIVE TESTING), Ul. 200-Letiya Goroda D.2, Noginsk 142400, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5031052390 (Russia); Registration Number 1035006104363 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RESEARCH AND PRODUCTION COMPANY MAKROOPTIKA (a.k.a. MACROOPTICA LTD; a.k.a. NPK MAKROOPTIKA LLC), Proezd Yablochkova D. 5, Str. 47, Floor/Kom 2/2.5, Ryazan 390023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727768951 (Russia); Registration Number 5117746039439 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RESEARCH AND PRODUCTION COMPANY OPTOLINK (a.k.a. LLC RPC OPTOLINK; a.k.a. NPK OPTOLINK LLC; a.k.a. OOO NPK OPTOLINK; a.k.a. OPTOLINK RPC LLC; a.k.a. SCIENTIFIC PRODUCTION COMPANY OPTOLINK; a.k.a. SPC OPTOLINK), 6A Sosnovaya Alley, Building 5, Zelenograd, Moscow 124489, Russia; Pr-d 4806 d. 5, g. Zelenograd, Moscow 124498, Russia; Saratov, Russia; Arzamas, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Jul 2001; Tax ID No. 7735105059 (Russia); Registration Number 1027700040719 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RESEARCH AND PRODUCTION ENTERPRISE ANTARES (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE ANTARES; a.k.a. OOO NPP ANTARES), ul. im. Radishcheva A. N., 27, Saratov 410012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6452000776 (Russia); Registration Number 1026402660250 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RESEARCH INSTITUTION ISON ORBITAL DYNAMICS (a.k.a. RDI ISON OD), Pr-kt Gagarina, d. 3/8, pomeshch. 010, Lyubertsy 140015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5027327002 (Russia); Registration Number 1245000032970 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RESURS (a.k.a. "LLC RESOURCE"), Ul. Aerodromnaya D. 6, Lit. B, Pomeshch. 7.2, Saint Petersburg 197348, Russia; PR-KT Lenina D. 1, Lit. A, Izhorskie Zavody Vkhod s Pr. Lenina D. 1, Cherez Glavnuyu Prokhodnuyu, Kolpino 196651, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813543768 (Russia); Registration Number 1127847473533 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RESURS GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РЕСУРС ГРУПП), Room 69, Building 14, 38A 2-Ya Khutorskaya Street, Moscow 127287, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703353740 (Russia); Registration Number 1027703000313 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY REVOLEMC (a.k.a. REVOLEMS), Ul. Gorbunova D. 2, Str. 2, Office 616, 618, Moscow 121596, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719481419 (Russia); Registration Number 1187746790153 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY REYNOLDS ENGINEERING (a.k.a. LLC REYNOLDSENGINEERING; a.k.a. REINOLDS INZHINIRING), D.9, Str. 21 Pomeshch. 1.1 (Floor 1), Kom. 1.1.1 Ul. Godovikova, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9717103694 (Russia); Registration Number 1217700319627 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RI2 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РИ2), d. 12 k. 1 pom. 17/1, ul. Kolomenskaya, Moscow 115142, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725363004 (Russia); Registration Number 1177746279215 (Russia) [RUSSIA-EO14024] (Linked To: LLC AEON DEVELOPMENT).

LIMITED LIABILITY COMPANY RIGINTEL, Ofis 200V, Etazh 2, vkhod 6d, 54zh ul. Stakhanovskaya, Perm 614066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5906161782 (Russia); Registration Number 1195958031060 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RIMERA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РИМЕРА), 2 Ordzhonikidze Street, Suite 93, Izhevsk 426063, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1800001767 (Russia); Registration Number 1231800012069 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RIMERA ALNAS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РИМЕРА АЛНАС), 2 Surgutskaya Street, Almetyevsk 423458, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

1644091030 (Russia); Registration Number 1171690117290 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RIMERA SERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РИМЕРА СЕРВИС), 40 Bolshoy Boulevard, Floor 5, Room 37, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7705907626 (Russia); Registration Number 1107746018060 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY RIMERA).

LIMITED LIABILITY COMPANY RIVER PARK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РИВЕР ПАРК), d. 12 k. 1 pom. 17/1, ul. Kolomenskaya, Moscow 115142, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725834292 (Russia); Registration Number 1147746766155 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY RECHNIKOV INVEST).

LIMITED LIABILITY COMPANY RMK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РМК) (a.k.a. ROSMETALLKOMPLEKT AO), D. 26 litera A pom. 9N, Ul. Gorokhovaya, Saint Petersburg 191023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7840054004 (Russia); Registration Number 1167847286530 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RN BASHNIPINEFT (Cyrillic: ООО РН БАШНИПИНЕФТЬ) (a.k.a. RN BASHNIPINEFT LLC), Ulitsa Lenina, 86, 1, Ufa, Bashkortostan Republic 450006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Oct 2006; Organization Type: Research and experimental development on natural sciences and engineering; Tax ID No. 0278127289 (Russia); Registration Number 1060278107780 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RN KAT, Ul. Tekhnicheskaya D. 32, Korpus 159, Pom. 2, Sterlitamak 453110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Aug 2018; Tax ID No. 0268084491 (Russia); Registration Number 1180280045725 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RN KRASNODARNEFTEGAZ, Ul. Kubanskaya Naberezhnaya D. 47, Krasnodar 350000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2309095298 (Russia); Registration Number 1052304983785 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RN PURNEFTEGAZ, MKR 10-I D.3, Gubkinskiy 629830, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8913006455 (Russia); Registration Number 1058901407707 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RN SERVICE (a.k.a. "RN SERVICE"), Malyi Kaluzhskii Per D. 15, Str. 3, Moscow 119071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7706660065 (Russia); Registration Number 5077746876257 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RN TUAPSE OIL REFINERY, Ul. Sochinskaya D.1, Tuapse 352800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2365004375 (Russia); Registration Number 1052313098683 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RNCB INSURANCE (a.k.a. IC CONSTANTA LLC; a.k.a. KONSTANTA OOO; a.k.a. LIMITED LIABILITY COMPANY INSURANCE COMPANY KONSTANTA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТРАХОВАЯ КОМПАНИЯ КОНСТАНТА); a.k.a. LLC SK KONSTANTA (Cyrillic: ООО СК КОНСТАНТА); a.k.a. "CONSTANTA"; a.k.a. "KONSTANTA" (Cyrillic: "КОНСТАНТА")), d. 19 etazh 3 pom. 70, ul. Leninskaya Sloboda, Moscow 115280, Russia (Cyrillic: д. 19 этаж 3, помещ. 70, ул. Ленинская слобода, Москва 115280, Russia); st. Leninskaya Sloboda, house 19, floor 3, room. 70, Moscow 115280, Russia; vn. ter. Municipal district Danilovsky, Leninskaya Sloboda, house 19, floor 3, suite 70, Moscow 115280, Russia (Cyrillic: вн. тер г. муниципальный округ даниловский, ул. ленинская слобода, д. 19 этаж 3, помещ. 70, г. Москва 115280, Russia); Leninskaya Sloboda, house 19, floor 3, suite 70, Moscow 115280, Russia (Cyrillic: ул. Ленинская слобода, д. 19, этаж 3, помещ. 70, Москва 115280, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707447597 (Russia); Government Gazette Number 24544006 (Russia); Business

Registration Number 1217700000011 (Russia) [RUSSIA-EO14024] [PEESA-EO14039].

LIMITED LIABILITY COMPANY ROBOAVIA UNMANNED SYSTEMS (a.k.a. BESPILOTNYE SISTEMY ROBOAVIA), Ul. 9 Yanvarya D. 262/2, V Lit. A1, Office 1-4, Voronezh 394020, Russia; Simferopol, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3666218510 (Russia); Registration Number 1173668023957 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ROSIZOLIT, Ul. Naberezhnaya D. 1, Pomeshch. 10, Kirovsk 187342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810865781 (Russia); Registration Number 1127847216210 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ROSKAPSTROY CLEAN WATER (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РОСКАПСТРОЙ ЧИСТЫЕ ВОДЫ) (a.k.a. LLC RKS CHV (Cyrillic: ООО РКС ЧВ); a.k.a. RKS CLEAR VODY LLC), 2 Turgenevskaya Square, Office 2P, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713489203 (Russia); Registration Number 1227700271700 (Russia) [RUSSIA-EO14024] (Linked To: FEDERAL AUTONOMOUS INSTITUTION ROSKAPSTROY).

LIMITED LIABILITY COMPANY ROSKAPSTROY INFRASTRUCTURAL PROJECTS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РОСКАПСТРОЙ ИНФРАСТРУКТУРНЫЕ ПРОЕКТЫ) (a.k.a. LLC RKS INFRASTRUCTURE (Cyrillic: ООО РКС ИНФРАСТРУКТУРА)), 2 Igarsky Drive, Office II, Room 2, Moscow 129329, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9715421726 (Russia); Registration Number 1227700366321 (Russia) [RUSSIA-EO14024] (Linked To: FEDERAL AUTONOMOUS INSTITUTION ROSKAPSTROY).

LIMITED LIABILITY COMPANY ROSKAPSTROY NOVOROSSIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РОСКАПСТРОЙ НОВОРОССИЯ) (a.k.a. "RKS NR LLC"), 1 Altufevskoye Highway, Moscow 127106, Russia; 45 Milchakova St., Office 4A, Rostov-on-Don, Russia; per. Nakhimova, d. 6, Mariupol, Donetsk Region 87500, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6168116983 (Russia); Registration Number

1226100012115 (Russia) [RUSSIA-EO14024] (Linked To: FEDERAL AUTONOMOUS INSTITUTION ROSKAPSTROY).

LIMITED LIABILITY COMPANY ROSTSHIPSERVICE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РОСТШИПСЕРВИС) (a.k.a. LIMITED LIABILITY COMPANY ROSTSHIPSERVIS; a.k.a. ООО ROSTSHIPSERVIS), Ulitsa Kayani, 18, 302, Rostov-on-Don, Rostov Oblast 344019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 May 2005; Tax ID No. 6165122403 (Russia); Registration Number 1056165052492 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ROSTSHIPSERVIS (a.k.a. LIMITED LIABILITY COMPANY ROSTSHIPSERVICE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РОСТШИПСЕРВИС); a.k.a. ООО ROSTSHIPSERVIS), Ulitsa Kayani, 18, 302, Rostov-on-Don, Rostov Oblast 344019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 May 2005; Tax ID No. 6165122403 (Russia); Registration Number 1056165052492 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RRV (a.k.a. LIMITED LIABILITY COMPANY RADIO REKLAMA VOLOGDA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РРВ); a.k.a. "ООО RADIO REKLAMA VOLOGDA"), 7 Lesnaya Street, Tverskoy Municipal District, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3525419372 (Russia); Registration Number 1183525002968 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY INFRASTRACTURE HOLDING 2).

LIMITED LIABILITY COMPANY RSB-GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РСБ-ГРУПП) (a.k.a. LLC RSB-GROUP (Cyrillic: ООО РСБ-ГРУПП); a.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU RSB-GRUPP; a.k.a. "RUSSIAN SECURITY SYSTEMS"), Ulitsa Dnepropetrovskaya, Dom 3, Korpus 5, Et 1, Pom III, K 8 0 6-6, Moskva 117525, Russia (Cyrillic: Улица Днепропетровская, Дом 3, Корпус 5, Эт 1, Пом III, К 8 0 6-6, Москва 117525, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Nov 2005;

Tax ID No. 7726531639 (Russia); Registration Number 1057749205942 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RSK LABS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РСК ПАБС) (a.k.a. RSK LABS ООО), 4 Lugovaya Street, Building 5, Office 19, Skolkovo Innovation Center Territory, Moscow, Moscow Region 143026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731315070 (Russia); Registration Number 1167746423316 (Russia) [RUSSIA-EO14024] (Linked To: SHMELEV, Alexey Borisovich).

LIMITED LIABILITY COMPANY RTK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РТК), 1 Visokovoltniy Drive, Building 49, Floor 2, Room 1, Office 28, Moscow 127566, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9715415169 (Russia); Registration Number 1227700125510 (Russia) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Nikita Aleksandrovich).

LIMITED LIABILITY COMPANY RUDNIY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУДНЫЙ) (a.k.a. ООО RUDNIY (Cyrillic: ООО РУДНЫЙ); a.k.a. "RUDNY LLC"), Narodnoy Voli St., Building 24, Office 5, Ekaterinburg, Sverdlovsk Region 620063, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 May 2019; Tax ID No. 6671096252 (Russia); Registration Number 1196658038774 (Russia) [RUSSIA-EO14024] (Linked To: SUROVIKINA, Anna Borisovna).

LIMITED LIABILITY COMPANY RUSGAZBURENIE, d. 12A pom. 14, etazh 17, ul. Nametkina, Moscow 117420, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704459330 (Russia); Registration Number 1187746735010 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RUSMEDTORG (a.k.a. ANKOR ООО; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RUSMEDTORG (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУСМЕДТОРГ; a.k.a. RUSMEDTORG ООО (Cyrillic: ООО РУСМЕДТОРГ)), Ul. Pokrovka, D. 2/1, Str. 2, Pom. 1, Komn. 6, Moscow 101000, Russia; Ul. Lenskaya, D. 2/21, Pom III, Kom 2, ET 5, Moscow 129327, Russia (Cyrillic: УЛ. ЛЕНСКАЯ, Д. 2/21, ПОМ III, КОМ 2, ЭТ 5,

МОСКВА 129327, Russia); Website rusmedtorg.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Jul 2002; alt. Organization Established Date 05 Jun 2002; Organization Type: Non-specialized wholesale trade; Tax ID No. 7727218122 (Russia); Government Gazette Number 58687987 (Russia); Business Registration Number 1027700009732 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RUSSIAN DIGITAL SOLUTIONS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУССКИЕ ЦИФРОВЫЕ РЕШЕНИЯ) (a.k.a. LLC RUS.DIGITAL; a.k.a. LLC RUS.TSIFRA (Cyrillic: ООО РУС.ЦИФРА); a.k.a. RUSSKIE TSIFROVYE RESHENIYA), ul. Vyatskaya, d. 70, pomeshch./floor 1/4, kom. #5, Moscow 127015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Feb 2021; Tax ID No. 7714468703 (Russia); Registration Number 1217700056991 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Kirill Konstantinovich).

LIMITED LIABILITY COMPANY RUSSIAN EAGLE (a.k.a. "RUSSKII OREL"), Ul. Kotelnicheskaya D. 24A, Lyubertsy 140000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5027128078 (Russia); Registration Number 1075027014754 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RUSSKAYA LABORATORIYA VOZDUSHNOGO TRANSPORTA (a.k.a. RUSSIAN AIR TRANSPORT LABORATORY LLC; a.k.a. "RLVT"), Ul. Ryazanskaya, D. 3D, Office 3, Tula 300026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Sep 2022; Tax ID No. 7100027464 (Russia); Registration Number 1227100012369 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RUSSUL (a.k.a. RUSSUL ООО), vn.ter.g. munitsipalny okrug Yakimanka, per 2-i Babegorodski, d.29, pomeshch. 11, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9706016513 (Russia); Registration Number 1217700270831 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY RUSTEKH TD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУСТЕХ ТД), Office

220, Suite 26N No. 1, Letter A, Building 1, 12 Mebelnaya Street, Saint Petersburg 197374, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811631539 (Russia); Registration Number 1167847473474 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RUSTMASH, Ul. Lenina D. 1, Korp. 120, Taldom 141960, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Jul 2010; Tax ID No. 5078019486 (Russia); Registration Number 1105010001909 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RUTARGET (a.k.a. RUTARGET LIMITED; a.k.a. RUTARGET LLC), Room 1-N, 29 Letter A, Line 18, of Vasilyevsky Island, St. Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801579142 (Russia); Registration Number 1127847377118 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY RVC MANAGEMENT COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РВК) (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RVK; a.k.a. RUSSIAN VENTURE COMPANY (Cyrillic: РОССИЙСКАЯ ВЕНЧУРНАЯ КОМПАНИЯ); a.k.a. RVC MANAGEMENT COMPANY LLC; a.k.a. "LLC MC RVC"; a.k.a. "LLC UK RVK"; a.k.a. "OOO UK RVK" (Cyrillic: "ООО УК РВК")), D. 8, Str. 1, Etaj 12, Nab. Presnenskaya, Moscow 123112, Russia (Cyrillic: Дом 8, Строение 1 Этаж 12, Набережная Пресненская, Москва 123112, Russia); Website https://rvc.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Dec 2020; Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 9703024347 (Russia); Government Gazette Number 33185693 (Russia); Registration Number 1207700502547 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND).

LIMITED LIABILITY COMPANY RYABINOVOYE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РЯБИНОВОЕ), ul. 26 Piket, d. 12, Aldan 678900, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1402014478 (Russia); Registration Number 1041400016250 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RYBINSKAYA VERF, ul. Sudostroitelnaya, d. ZD. 1A, Rybinski raion, Sudoverf, Yaroslavskaya obl. 152978, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Aug 2008; Tax ID No. 7610128727 (Russia); Registration Number 1187627030766 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SAFEDATA (a.k.a. TSENTR KHRANENIYA DANNYKH; a.k.a. "LIMITED LIABILITY COMPANY DATA STORAGE CENTER"), Nikitskii Per D.7 Str.1, Moscow 125009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703616170 (Russia); Registration Number 1067759957275 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SAINT-PETERSBURG INTERNATIONAL BANKING CONFERENCE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ САНКТ-ПЕТЕРБУРГСКАЯ МЕЖДУНАРОДНАЯ БАНКОВСКАЯ КОНФЕРЕНЦИЯ) (a.k.a. PSB AVTOFAKTORING; a.k.a. SAINT-PETERSBURG INTERNATIONAL BANKING CONFERENCE LLC), Ul. Smirnovskaya D. 10, Str. 8, Komnata 7, Moscow 109052, Russia; d. 42, Moskovskoe Shosse, Sergiev Posad, Moscow Oblast 141300, Russia (Cyrillic: д. 42, Московское Шоссе, Сергиев Посад, Московская Область 141300, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Dec 2010; Tax ID No. 5042116461 (Russia); Registration Number 1105042007806 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

LIMITED LIABILITY COMPANY SAKHA DOICH DIAMAN (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ САХА-ДОЙЧ ДИАМАНТ), 10 Zavodskaya Street, Neryungri 678960, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1434008212 (Russia); Registration Number 1021401008188 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY HOLDING COMPANY YAKUTUGOL).

LIMITED LIABILITY COMPANY SAMOLAZOVSKOE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ САМОЛАЗОВСКОЕ), Ul. Megino-Kangalasskaya 24, Aldan 678900, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1402025092 (Russia); Registration Number 1191447010270 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SANATORIY IM. M.V.FRUNZE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ САНАТОРИЙ ИМ. М.В.ФРУНЗЕ) (a.k.a. SANATORI IM. M.V.FRUNZE OOO), 87 Kurortnyy Avenue, Sochi, Krasnodar Region, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Dec 2014; Tax ID No. 2319057693 (Russia); Registration Number 1142367014723 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

LIMITED LIABILITY COMPANY SANSARA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ САНСАРА), Suite 103, Building 1, 31 Lugovaya Street, Dubna 141981, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010055304 (Russia); Registration Number 1185007010660 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SASOVSKI LITEINY ZAVOD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ САСОВСКИЙ ЛИТЕЙНЫЙ ЗАВОД) (a.k.a. LLC SASOVSKII LITEINYI ZAVOD; a.k.a. "LLC SLZ" (Cyrillic: "ООО СЛЗ")), Ul. Pushkina 21, Sasovo 391430, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6232004750 (Russia); Registration Number 1026201399729 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SBERBANK CAPITAL (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SBERBANK KAPITAL; a.k.a. SBERBANK CAPITAL LIMITED LIABILITY COMPANY; a.k.a. SBERBANK CAPITAL LLC; a.k.a. SBERBANK KAPITAL OOO), d.19 ul. Vavilova, Moscow 117997, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives,

please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1087746887678 (Russia); Tax ID No. 7736581290 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY SBERBANK CIB HOLDING (a.k.a. SB KIB KHOLDING; a.k.a. SBERBANK CIB HOLDING LLC), 19 Vavilova St., Moscow 117312, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7709297379 (Russia); Registration Number 1027700057428 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY SBERBANK FACTORING (a.k.a. KORUS DISTRIBUTION LIMITED; a.k.a. SBERBANK FACTORING LLC; a.k.a. SBERBANK FAKTORING), Room I, 31a/bld. 1 Leningradsky Ave, Moscow 125284, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7802754982 (Russia); Registration Number 1117847260794 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY SBERBANK FINANCIAL COMPANY (a.k.a. LLC SBERBANK FINANCIAL COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FINANSOVAYA KOMPANIYA SBERBANKA; a.k.a. SBERBANK FINANCE COMPANY LIMITED LIABILITY COMPANY; a.k.a. SBERBANK FINANCE LLC; a.k.a. SBERBANK-FINANCE; a.k.a. SBERBANK-FINANS OOO), d. 29/16 per. Sivtsev Vrazhek, Moscow 119002, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1107746399903 (Russia); Tax ID No. 7736617998 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY SBERBANK INSURANCE BROKER (a.k.a. LLC INSURANCE BROKER OF SBERBANK; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVOI BROKER SBERBANKA; a.k.a. OOO STRAKHOVOI BROKER SBERBANKA; a.k.a. SBERBANK INSURANCE BROKER LLC), 42 Bolshaya Yakimanka St., b. 1-2, office 206, Moscow 119049, Russia; 1 Vasilisy Kozhinoy Street, building 1, floor 11, room 30, Moscow 121096, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022;

Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683468 (Russia); Tax ID No. 7706810730 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY SBERBANK INVESTMENTS (a.k.a. SBERBANK INVESTMENTS LLC; a.k.a. SBERBANK INVESTMENTS OOO), 46 Molodezhnaya St., Odintsovo, Moscow Region 143002, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 5039441 (Russia); Registration Number 1105032007761 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY SBERBANK REAL ESTATE CENTER (a.k.a. TSENTR NEDVIZHIMOSTI OT SBERBANKA; a.k.a. "SREC LLC"), 32/1 Kutuzovsky Ave, Moscow 121170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736249247 (Russia); Registration Number 1157746652150 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY SBERBANK SERVICE (a.k.a. SBERBANK SERVICE LLC; a.k.a. SBERBANK-SERVICE), 18 Suschevsky Val Street, floor 7, Moscow 127018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736663049 (Russia); Registration Number 1137746703709 (Russia) [RUSSIA-EO14024]

(Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY SBYTOVAYA ENERGETICHESKAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СБЫТОВАЯ ЭНЕРГЕТИЧЕСКАЯ КОМПАНИЯ), Ul. Chugunnaya, d. 20 Litera N Pom. 3-N, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Feb 2007; Tax ID No. 7804355599 (Russia); Registration Number 1077847010340 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY LOMO).

LIMITED LIABILITY COMPANY SCIENCE AND TECHNOLOGY PARK SKOLKOVO (a.k.a. LLC TEKHNOPARK SKOLKOVO; a.k.a. TECHNOPARK SKOLKOVO LIMITED LIABILITY COMPANY), 42 str 1 Skolkovo Innovatsionnogo Tsentra Territory, Bolshoy Boulevard, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Dec 2010; Tax ID No. 7701902970 (Russia); Registration Number 5107746075949 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION AMB (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU NAUCHNO PROIZVODSTVENNOE OBEDINENIE AMB), 14 Severnaia ul., litera r, pomeshch. 9-n chast pomeshcheniia 13-39, Saint Petersburg 196655, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804516528 (Russia); Registration Number 1137847368295 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION NAUKASOFT (a.k.a. NAUCHNO PROIZVODSTVENNOE OBYEDINENIE NAUKASOFT), Ul. Godovikova d. 9, Str. 4, Floor 1, Pomeshch./Kom 1.1/1.1.4,, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 1127746234230 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION OF STRUCTURAL MATERIALS PROMETEY (a.k.a. LLC SCIENTIFIC AND PRODUCTION ASSOCIATION OF STRUCTURAL MATERIALS PROMETHEUS; a.k.a. "NPO KM PROMETEI"), Ul. Ivana Chernykh D. 31-33, Lit.

B, Office 519, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7838431079 (Russia); Registration Number 1097847247530 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SCIENTIFIC AND PRODUCTION CENTER SKADA (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU NAUCHNO PROIZVODSTVENNYI TSENTR SKADA; a.k.a. OOO NPTS SKADA), P13 Nezhiloe pomeshch., 46, ul. Ulianova, Nizhny Novgorod 603155, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5260015030 (Russia); Registration Number 1025203017982 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SCIENTIFIC AND PRODUCTION COMPANY TEKHINKOM (Cyrillic: ООО НПФ ТЕХИНКОМ) (a.k.a. LLC SCIENTIFIC AND PRODUCTION FIRM TECHINKOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАУЧНО-ПРОИЗВОДСТВЕННАЯ ФИРМА ТЕХИНКОМ); a.k.a. NPF TEHINKOM OOO), 28K Himikov St., St. Petersburg, St. Petersburg Region 195030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806102473 (Russia); Registration Number 1037816033530 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SCIENTIFIC AND TECHNICAL CENTER ORION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАУЧНО ТЕХНИЧЕСКИЙ ЦЕНТР ОРИОН) (a.k.a. NTTS ORION OOO), 7A Gostinichnaya St., Suite 1/1, Room/Office 1/B-08, Moscow 127106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9715302790 (Russia); Registration Number 1177746509621 (Russia) [RUSSIA-EO14024] (Linked To: OSETROVA, Maria Aleksandrovna).

LIMITED LIABILITY COMPANY SCIENTIFIC PRODUCTION ASSOCIATION TSENTROTEKH (a.k.a. LIMITED LIABILITY COMPANY NPO TSENTROTEKH; a.k.a. LIMITED LIABILITY COMPANY URAL GAS CENTRIFUGE MANUFACTURING PLANT; a.k.a. OOO URALSKII ZAVOD GAZOVYKH TSENTRIFUG), ZD. 2 ul. Dzerzhinskogo, Novouralsk 620000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6629020796 (Russia);

Registration Number 1076629000690 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SCIENTIFIC PRODUCTION COMPANY ADVENT (a.k.a. "NPP ADVENT"), Nab. Obvodnogo Kanala D. 227, Korpus 1, Saint Petersburg 190020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7839348320 (Russia); Registration Number 1069847569714 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SCIENTIFIC PRODUCTION COMPANY ELECTRONIC OPTICAL AND MECHANICAL SYSTEMS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТВЕННОСТЬЮ НАУЧНО ПРОИЗВОДСТВЕННЫЙ КОМПЛЕКС ЭЛЕКТРОННЫЕ ОПТИЧЕСКИЕ И МЕХАНИЧЕСКИЕ СИСТЕМЫ) (a.k.a. "LLC NPC EOMS" (Cyrillic: "ООО НПК ЭОМС"); a.k.a. "NPK EOMS"), d. 1, str. 17, etazh/komnata 2/1, shosse Varshavskoe, Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726401559 (Russia); Registration Number 1177746419960 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SCIENTIFIC PRODUCTION CORPORATION TOMILINSKY ELECTRONICS FACTORY (a.k.a. LLC NPP TEZ; a.k.a. NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE TOMILINSKII ELEKTRONNYI ZAVOD; a.k.a. NPP TEZ; a.k.a. TOMILINSKY ELECTRONICS FACTORY), Ul. Garshina, D. 11, Tomolino 140070, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5027095560 (Russia); Registration Number 1035005022326 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SCIENTIFIC RESEARCH INSTITUTE FOR PRECISION MECHANICS (a.k.a. NUACHNO ISSLEDOVATELSKII INSTITUT TOCHNOI MEKHANIKI), Ul. Lenina D. 39, Chelyabinsk 454902, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7453288132 (Russia); Registration Number 1157453010670 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SCIENTIFIC RESEARCH INSTITUTE OF ORGANIC TECHNOLOGIES INORGANIC CHEMISTRY AND BIOTECHNOLOGY (a.k.a. NIITONKH AND BT LLC; a.k.a. OOO NIITONKH I BT; a.k.a. RESEARCH INSTITUTE OF ORGANIC INORGANIC CHEMISTRY AND BIOTECHNOLOGY; a.k.a. SCIENTIFIC

RESEARCH INSTITUTE TECHNOLOGY ORGANIC NOT ORGANIC CHEMISTRY AND BIOLOGY TECHNOLOGY LIMITED LIABILITY COMPANY; a.k.a. "SARNII"), Ul. Bolshaya Sadovaya D. 239, Saratov 410005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6452941195 (Russia); Registration Number 1096450002373 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SCIENTIFIC-PRODUCTION FIRM RADIO-ELECTRONIC TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАУЧНО- ПРОИЗВОДСТВЕННАЯ ФИРМА РАДИОЭЛЕКТРОННЫЕ ТЕХНОЛОГИИ) (a.k.a. NPF RET ООО (Cyrillic: ООО НПФ РЭТ)), d. 21 pom. I kom. 7 ofis 10V, per. Poryadkovy, Moscow 127055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Jan 2018; Tax ID No. 7707404353 (Russia); Registration Number 1187746042230 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SD RUD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СД РУД), Kabinet 17, Lit. A, Pomeshch. 17N, D. 1-3, Ul. Malaya Konyushennaya, Saint Petersburg 191186, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7840112961 (Russia); Registration Number 1247800044348 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY MEZHREGIONSTROY).

LIMITED LIABILITY COMPANY SDS INNOVATSII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СДС ИННОВАЦИИ), Kab. 114, D. 7/2, Prospekt Pritomski, Kemerovo 650066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9731007671 (Russia); Registration Number 1187746728432 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY HOLDINGOVAYA KOMPANIYA SDS UGOL).

LIMITED LIABILITY COMPANY SEA COMMERCIAL PORT LAVNA (a.k.a. LLC SCP LAVNA (Cyrillic: ООО МТП ЛАВНА)), Uchastok No 3, 4, 5, ter. Tor Stolitsa Arktiki, Murmansk Oblast, 184363, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5190152248 (Russia); Registration Number 1065190091328 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SEPTEMBER (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕНТЯБРЬ) (a.k.a. SENTYABR OOO), 46 Kolyvanova Street, Ozersk 456784, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7422041110 (Russia); Registration Number 1077422003339 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SERVICE PLATFORM, Proezd triumfalnyi d. 1, Pgt. Sirius 354340, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9717107561 (Russia); Registration Number 1217700531652 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SERVISNYY TSENTR SDS UGOL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕРВИСНЫЙ ЦЕНТР СДС УГОЛЬ), 96 Ul. Proektnaya, Prokopevsk 653007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4223131692 (Russia); Registration Number 1234200004390 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY HOLDINGOVAYA KOMPANIYA SDS UGOL).

LIMITED LIABILITY COMPANY SEVERNAYA ALMAZNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕВЕРНАЯ АЛМАЗНАЯ КОМПАНИЯ) (a.k.a. LIMITED LIABILITY COMPANY NORTH DIAMOND COMPANY), d. 1 pom. 31, pl. Metallistov, Vorkuta 169901, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3528130677 (Russia); Registration Number 1073528012700 (Russia) [RUSSIA-EO14024] (Linked To: JSC VORKUTAUGOL).

LIMITED LIABILITY COMPANY SEVERNAYA ENERGETICHESKAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕВЕРНАЯ ЭНЕРГЕТИЧЕСКАЯ КОМПАНИЯ) (a.k.a. "OOO SEK"), d. 4A etazh 1 pom. I, KOM. 4, OFIS 11-8, ul. Kutuzovskaya, Odintsovo 143001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032216379 (Russia); Registration Number 1155032010176 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY SEVERNAYA ZVEZDA, Ul. Zastavskaya D.33, Lit. D, Office #23, Saint Petersburg 196084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

7814356111 (Russia); Registration Number 5067847463063 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SEVEROMUYSKIY TONNEL 2 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕВЕРОМУЙСКИЙ ТОННЕЛЬ 2) (a.k.a. "LLC SMT 2"), ul. Lenina 6A Pgt., Severomuisk 671564, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0326567740 (Russia); Registration Number 1190327005615 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY RAZREZ KOLYVANSKIY).

LIMITED LIABILITY COMPANY SFINKS SECURE LOGISTICS, Ul. Dubininskaya D. 57, Str. 2, Moscow 125493, Russia; Ul. Smolnaya D. 12, Office 07A, Moscow 125493, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743698003 (Russia); Registration Number 1087746798908 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SHAHTA N 12 (a.k.a. LIMITED LIABILITY COMPANY SHAKHTA N 12 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ШАХТА N 12)), d. 2A ul. Chumova, Kiselevsk 652705, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4220023963 (Russia); Registration Number 1034220000870 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SHAKHTA LISTVYAZHNAYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ШАХТА ЛИСТВЯЖНАЯ), D. 1 Mikroraion Listvyazhny, Belovo 652614, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5410145930 (Russia); Registration Number 1025403911664 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SHAKHTA N 12 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ШАХТА N 12) (a.k.a. LIMITED LIABILITY COMPANY SHAHTA N 12), d. 2A ul. Chumova, Kiselevsk 652705, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4220023963 (Russia); Registration Number 1034220000870 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SHAKHTOUPRAVLENIYE MAISKOYE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ШАХТОУПРАВЛЕНИЕ МАЙСКОЕ), 14 Shkolnyy Lane, Prokopevskiy District,

Oktyabrskiy 653222, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4205101039 (Russia); Registration Number 1064205056850 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SHIPBUILDING COMPLEX ZVEZDA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СУДОСТРОИТЕЛЬНЫЙ КОМПЛЕКС ЗВЕЗДА) (a.k.a. ООО SSK ZVEZDA (Cyrillic: ООО ССК ЗВЕЗДА)), ul. Alleya Truda 19V, Bolshoi Kamen 692806, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 2503032517 (Russia); Registration Number 1152503000539 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SHOOTING AND BENCH COMPLEX ALTAYSKY STRELOK (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU STRELKOVO STENDOVYI KOMPLEKS ALTAISKII STRELOK; a.k.a. SHOOTING CENTER ALTAY SHOOTER LTD; a.k.a. "LLC CCK EXPERT"; a.k.a. "OOO SSK AS"), Shadrino village, Barnaul 656000, Russia; 28 Ulitsa Kulagina, Barnaul 656012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2224083790 (Russia); Registration Number 1032202181516 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY BARNAUL CARTRIDGE PLANT).

LIMITED LIABILITY COMPANY SHUSHARY AVTO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ШУШАРЫ АВТО), 115 Sofiyskaya Street, Building A, Suite 601.224, Saint Petersburg 196624, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743405994 (Russia); Registration Number 1237700021855 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SIAISI, B-r Andreya Tarkovskogo d. 9, kv. 13, Poselenie Vnukovskoe 108850, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728192029 (Russia); Registration Number 1157746095748 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SIBANTHRACITE PORT SERVICES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИБАНТРАЦИТ ПОРТ СЕРВИСИС), zd. 3A etazh 9 pom. 906/3, ul. Portovaya, Nakhodka 692904, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2508130405 (Russia); Registration Number 1172536014970 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY RAZREZ KOLYVANSKIY).

LIMITED LIABILITY COMPANY SIBANTHRACITE TEPLOSET (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИБАНТРАЦИТ ТЕПЛОСЕТЬ), ul. Sovetskaya d. 2A Pos., Listvyanski 633224, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5443004807 (Russia); Registration Number 1135483000091 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY RAZREZ KOLYVANSKIY).

LIMITED LIABILITY COMPANY SIBIRSKAYA UGOLNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИБИРСКАЯ УГОЛЬНАЯ КОМПАНИЯ) (a.k.a. ООО SIBUGOL), d. 4A etazh 1 pom. I, Kom. 14, Ofis 7D, ul. Kutuzovskaya, Odintsovo 143001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032216202 (Russia); Registration Number 1155032010066 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY SIBIRSKIY INSTITUT GORNOVO DELA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИБИРСКИЙ ИНСТИТУТ ГОРНОГО ДЕЛА) (a.k.a. LLC SIGD (Cyrillic: ООО СИГД)), Pom. 3, D. 7/2, Prospekt Pritomski, Kemerovo 650066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4223035036 (Russia); Registration Number 1034223011570 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY HOLDINGOVAYA KOMPANIYA SDS UGOL).

LIMITED LIABILITY COMPANY SIEYBIJI PARTS (a.k.a. LIMITED LIABILITY COMPANY OBYEDINENIYE POSTAVSHIKOV (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОБЪЕДИНЕНИЕ ПОСТАВЩИКОВ); a.k.a. LLC OBEDINENIE POSTAVSHIKOV), Ofis T57, Kom. 4, Etazh 1, Pomeshch. 2, 18 Generala Beloborodova Ul., Moscow 125222, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733366400 (Russia); Registration Number 1217700115335 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SIGMA PARTNERS, Ul. Lenina D. 10, Office 201A, Kostroma 156000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 05 Jul 2023; Tax ID No. 4400015270 (Russia); Registration Number 1234400003463 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SIGNAL-INVEST (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SIGNAL-INVEST; a.k.a. SIGNAL-INVEST OOO), ul. 5-1 Kvartal, Engels-19 Mkr, Privolzhski 413119, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6449031372 (Russia); Registration Number 1026401975973 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SIGNATEK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИГНАТЕК), Michurinskiy avenue, house 27, building 5, Moscow 119607, Russia (Cyrillic: Проспект Мичуринский, Дом 27, Корпус 5, Москва 119607, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 540811457 (Russia); Registration Number 1025403649534 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CITADEL).

LIMITED LIABILITY COMPANY SILA YAKUTII (a.k.a. LIMITED LIABILITY COMPANY POWER OF YAKUTIA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИЛА ЯКУТИИ)), d. 1 kv. 77, ul. Bogdana Chizhika, Yakutsk 677000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1400014828 (Russia); Registration Number 1221400011678 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SIMBIRSKOE KONSTRUKTORSKOE BYURO PIRANYA (a.k.a. SIMBIRSK DESIGN BUREAU; a.k.a. SKB PIRANHA; a.k.a. SKB PIRANYA), Ul. Gagarina, D. 7/15, Office 1, Ulyanovsk 432071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7300024069 (Russia); Registration Number 1237300010430 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SINARAPROMTRANS (Cyrillic: ОБЩЕСТВО С

ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИНАРАПРОМТРАНС), 86 Belinskovo Street, Section 7, Floor 16, Suite 9, Ekaterinburg 620026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6685034577 (Russia); Registration Number 1136685010660 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SINARATRANSAUTO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИНАРАТРАНСАВТО) (a.k.a. "LLC STA" (Cyrillic: "ООО СТА")), 86 Belinskovo Street, Floor 16, Suite 10, Ekaterinburg 620026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6612015639 (Russia); Registration Number 1056600622451 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SIROKKO TECHNOLOGY (a.k.a. SIROKKO TEKHNOLODZHI), Ul. Yunosti D. 13, Moscow 111395, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718286334 (Russia); Registration Number 5157746099176 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SKALA R, Ul. Godovikova D. 9, Str. 17, Floor 7, Pomeshch. 7, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9717098243 (Russia); Registration Number 1217700023782 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SKAY17 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СКАЙ17) (a.k.a. ООО SKAI17; a.k.a. "SKY17"), d. 19 k. 4 kv. 368, ul. Eletskaya, Moscow 115583, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9729098657 (Russia); Registration Number 1177746619137 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SKIF (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СКИФ), 4A Pionerski Bulvar, Kemerovo 650054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4205200671 (Russia); Registration Number 1104205008896 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UGOLNAYA KOMPANIYA KUZBASSRAZREZUGOL).

LIMITED LIABILITY COMPANY SKY FRAME (a.k.a. LLC SKY FRAME (Cyrillic: ООО СКАЙ ФРЕЙМ)), 129327, Vn. Ter. G. Municipal District, Babushkinskiy, Ul Menzhinskogo, D. 3, Pomeshch. I, Kom. 25, Moscow, Russia;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Mar 2019; Tax ID No. 7716934251 (Russia); Registration Number 1197746202280 (Russia) [SDGT] (Linked To: GHAIRAT, Sohrab).

LIMITED LIABILITY COMPANY SMARTMET (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СМАРТМЕТ), 21 Mashinostroiteley Street, Floor 6, Suite 8, Room 12, Chelyabinsk 454119, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449145935 (Russia); Registration Number 1217400046819 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SMARTS QUANTTELECOM (a.k.a. QUANTTELECOM LLC), LN. 6-YA V.O. D. 59, K. 1 Lit. B, Pomeshch. 17/6N, Saint Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802875514 (Russia); Registration Number 1147847376720 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SMT-ILOGIC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СМТ-АЙЛОГИК) (a.k.a. SMT AILOGIK OOO), Ulitsa Mineralnaya, Dom 13, Litera A, Pomeshtenie 15N, Saint Petersburg 195197, Russia; 17 Nepokorennyh Avenue, Building 4, Letter V, Room 5N, Saint Petersburg 195220, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Nov 2015; Tax ID No. 7804552300 (Russia); Registration Number 1157847407156 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SOCHI RAZVITIYE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОЧИ РАЗВИТИЕ), Office 609, 22 Staronasypnaya Street, Sochi 354340, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813224786 (Russia); Registration Number 1157847219947 (Russia) [RUSSIA-EO14024] (Linked To: KOZLOV, Aleksandr Sergeyevich).

LIMITED LIABILITY COMPANY SOL GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОЛ ГРУПП), Pom. 14, Etazh 4, 7/1 Krasninskaya St. 2-Ya, Smolensk 214004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Jan 2023; Organization Type: Wholesale of

other machinery and equipment; Tax ID No. 6732241816 (Russia); Registration Number 1236700000195 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SOUTHERN PROJECT (a.k.a. LLC SOUTHERN PROJECT; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU YUZHNY PROEKT; a.k.a. YUZHNY PROEKT, OOO), Room 15-H, Litera A, House 2, Rastrelli Place, City of St. Petersburg 191124, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7842144503 (Russia); Registration Number 1177847378279 (Russia) [UKRAINE-EO13661] [UKRAINE-EO13685] (Linked To: BANK ROSSIYA; Linked To: KOVALCHUK, Yuri Valentinovich).

LIMITED LIABILITY COMPANY SOVMESTNOE PREDPRIYATIE BARZASSKOYE TOVARISHTESTVO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОВМЕСТНОЕ ПРЕДПРИЯТИЕ БАРЗАССКОЕ ТОВАРИЩЕСТВО) (a.k.a. OOO SP BARZASSKOE TOVARISHCHESTVO), 1V ul. N. Barzas, Berezovski 652421, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4203000074 (Russia); Registration Number 1024200648207 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SOVMESTNOYE PREDPRIYATIYE KVANTOVYE TEKHNOLOGII (a.k.a. JOINT VENTURE QUANTUM TECHNOLOGIES; a.k.a. LLC JOINT VENTURE KVANT; a.k.a. LLC JV KVANT; a.k.a. "SP QUANT"), 46 Varshavskoye Highway, Moscow 115230, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Mar 2020; Tax ID No. 7726464220 (Russia); Registration Number 1207700141032 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SOVREMENNOE OBORUDOVANIE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОВРЕМЕННОЕ ОБОРУДОВАНИЕ) (a.k.a. "DDM.LAB"; a.k.a. "LIMITED LIABILITY COMPANY MODERN EQUIPMENT"), d. 1, ofis 804.4, ul. Vasilisy Kozhinoy, Moscow 121096, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7729391644 (Russia); Registration Number 1037739782057 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SOVREMENNYE GORNO TRANSPORTNYE TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОВРЕМЕННЫЕ ГОРНО ТРАНСПОРТНЫЕ ТЕХНОЛОГИИ) (a.k.a. "LLC SGTT"), d. 93 pom. 201, prospekt Kosta, Vladikavkaz 362008, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1513075148 (Russia); Registration Number 1191513002020 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY RAZREZ KOLYVANSKIY).

LIMITED LIABILITY COMPANY SOVRUDNIK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОВРУДНИК), 1 Naberezhnaya Street, Severo Eniseyskiy 663282, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2434012299 (Russia); Registration Number 1022401506896 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SP ROMANTIKA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СП РОМАНТИКА), d. 6 ul. Yunosti, Mezhdurechensk 652877, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4205131682 (Russia); Registration Number 1074205012056 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY UGOLNAYA KOMPANIYA YUZHNYI KUZBASS).

LIMITED LIABILITY COMPANY SPACE COMMUNICATIONS (a.k.a. OOO KOSKOM; a.k.a. "KOSMICHESKIE KOMMUNIKATSII"), ul. Aviamotornaya, d. 53, k. 1, et. 6, kom. 91, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704313605 (Russia); Registration Number 1157746350046 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SPECIAL DEPOSITORY PARTNER (a.k.a. SD PARTNER LLC), Ul. Mashi Poryvaevoi D. 34, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7707177816 (Russia); Registration Number 1027739461551 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SPECIALIZED DEPOSITORY COMPANY GARANT (a.k.a. SDK GARANT), Nab. Krasnopresnenskaya D. 8, Et. 10, Office 1032, Moscow 123100, Russia; Ul. Sokolnicheskii Val D. 37, Moscow 107113, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7714184726 (Russia); Registration Number 1027739142463 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SPECIALIZED DEVELOPER ALABUGA SOUTH PARK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СПЕЦИАЛИЗИРОВАННЫЙ ЗАСТРОЙЩИК АЛАБУГА ЮЖНЫЙ ПАРК) (a.k.a. LLC SPECIALIZED DEVELOPER ALABUGA SOUTH PARK (Cyrillic: ООО СПЕЦИАЛИЗИРОВАННЫЙ ЗАСТРОЙЩИК АЛАБУГА ЮЖНЫЙ ПАРК)), ul. Sh-2 (OEZ Alabuga Ter.), D. 15/5, Pomeshch. 3, Yelabuga, Republic of Tatarstan 423601, Russia (Cyrillic: УЛ Ш-2 (ТЕР. ОЭЗ АЛАБУГА), Д. 15/5, ПОМЕЩ. 3, Елабуга, Республика Татарстан 423601, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jun 2023; Organization Type: Construction of buildings; Tax ID No. 1674005078 (Russia); Government Gazette Number 52120883 (Russia); Registration Number 1231600029825 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SPECTRUM (a.k.a. SPEKTRUM OOO), Ul. Yalagina D. 3, Pomeshcheniya 10-14, 16, 17, Elektrostal, Russia 144010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5053068643 (Russia); Registration Number 1105053000656 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SPETSPROEKT 2 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СПЕЦПРОЕКТ 2), Pom. 20, Str. 1, D. 9 Kulakov per., Moscow 129626, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701665084 (Russia); Registration Number 1067746715200 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SPETSTECHNOTRADE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СПЕЦТЕХНОТРЕЙД), 11 Mekhanizatorskiy Lane, Office 105, Izhevsk 426028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1832137908 (Russia); Registration Number 1161832056210 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SPETSTEKHNIKA (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU SPETSTEKHNIKA), 5 str. 1, et 6 pom I kom 2

ul. Lva Tolstogo, Moscow 119021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716738401 (Russia); Registration Number 1137746151047 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SPETSVOLTAZH (a.k.a. OOO SPETSVOLTAZH; a.k.a. SPECVOLT), ul. Kantemirovskaya d. 12, lit. A, pomeshch. # 19-N office 18, Saint Petersburg 194100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802634149 (Russia); Registration Number 1177847317306 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SPRING ELEKTRONIKS (a.k.a. SPRING ELECTRONICS), Prkt Malookhtinskii D. 61, Lit. A, Pomeshch. 2-N, Office 5/2, Saint Petersburg 195112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806259957 (Russia); Registration Number 1177847007381 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SPRUT TECHNOLOGY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СПРУТ ТЕХНОЛОГИЯ), D. 54G pom. 1005, prospekt Im Vakhitova, Naberezhnye Chelny 423816, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1650301536 (Russia); Registration Number 1151650001821 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SPUTNIK ELECTRONICS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СПУТНИК ЭЛЕКТРОНИКС) (a.k.a. "LLC SPEL"), 12 Gavanskaya St., Building 2B, Room 1-N, Office 1, St. Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801636859 (Russia); Registration Number 1147847296960 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SPUTNIK SPETSPOSTAVKA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СПУТНИК СПЕЦПОСТАВКА) (a.k.a. LLC SPUTNIK SP (Cyrillic: ООО СПУТНИК СП)), 12 Gavanskaya St., Room 2B, Suite 5N, Office 2, Saint Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801692370 (Russia); Registration Number 1207800172216 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SREDNEVOLZHSKY BEARING PLANT (a.k.a. SREDNEVOLZHSKII PODSHIPNIKOVYI

ZAVOD), Prkt Kirova D. 10, Samara 443022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6319130781 (Russia); Registration Number 1066319099604 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SREDNEVOLZHSKY STANKOZAVOD (a.k.a. "SVSZ"), Ul. Naberezhnaya Reki Samary 1, Samara 443036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6311144662 (Russia); Registration Number 1136311005258 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SSK PORT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ССК ПОРТ) (a.k.a. OOO SSK PORT), 23A Admiral Fadeyev St., Office 17, Sevastopol 299057, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Jul 2017; Tax ID No. 9201521828 (Russia); Registration Number 1179204006640 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY STANKOMASH (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТАНКОМАШ), d. 8, str. 14, Ul. Eniseiskaya, Chelyabinsk 454010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449109207 (Russia); Registration Number 1127449003110 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY START AERO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТАРТ АЭРО), d. 3A str. 6 etazh 1 pom, 2, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704366124 (Russia); Registration Number 1167746706379 (Russia) [RUSSIA-EO14024] (Linked To: TROTSENKO, Gleb Romanovich).

LIMITED LIABILITY COMPANY STATUS COMPLAINS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТАТУС КОМПЛАЙНС) (a.k.a. LLC STATUS COMPLAINS; a.k.a. STATUS COMPLIANCE; a.k.a. STATUS KOMPLAINS; a.k.a. STATUS KOMPLAINS OOO; a.k.a. "STATUS-IT"), Ul. Bolshaya Semenovskaya D. 45, Moscow, Russia 107023, Russia; Website status-it.com/index/php/ru; alt. Website status-it.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Other information technology and computer service activities; Tax ID No. 7719404118

(Russia); Registration Number 1157746136052 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY STEK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТЕК), 11A Mayakovskovo Drive, Suite 23, Ivanteevka, Pushkino 141280, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5038121317 (Russia); Registration Number 1165038052585 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY STERLITAMAK CATALYST PLANT (a.k.a. STERLITAMAKSKII ZAVOD KATALIZATOROV; a.k.a. "SZK OOO"), Ul. Tekhnicheskaya 32, Sterlitamak 453110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Feb 2004; Tax ID No. 0268033994 (Russia); Registration Number 1040203421378 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY STG LOGISTIC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТГ ЛОГИСТИК) (a.k.a. OOO STG LOGISTIK; a.k.a. STG STROYTRANSGAZ LOGISTIC; a.k.a. "STG LOGISTIC"), 12 Universitetsky Ave, Moscow 119330, Russia; Damascus, Syria; Organization Established Date 04 Sep 2009; Tax ID No. 5027148148 (Russia); Registration Number 1095027004236 (Russia) [PAARSSR-EO13894].

LIMITED LIABILITY COMPANY STILSOFT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТИЛСОФТ), 15 Mayakovskovo St., Office 111, Stavropol, Stavropol Krai 355012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2634806725 (Russia); Registration Number 1122651024924 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY STK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТК) (a.k.a. "STK OOO"), Room 416, Floor 24, Section I, Building 10, Testovskaya Street, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703425458 (Russia); Registration Number 1177746349153 (Russia) [RUSSIA-EO14024] (Linked To: KHRISTENKO, Viktor Borisovich).

LIMITED LIABILITY COMPANY STM, Ul. Nizhnyaya Krasnoselskaya D. 40/12, K. 20, Moscow 105066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719844990 (Russia); Registration

Number 1137746418776 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY STORK (a.k.a. STORK OOO), ul. Festivalnaya, d. 17, k. 1 etazh 1 pom. I kom. 3, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706795979 (Russia); Registration Number 1137746501771 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY STOTECHNO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТОТЕХНО), Pom. 2, Etazh 16, D. 23D Eniseiskaya St., Vladivostok 690039, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2543175769 (Russia); Registration Number 1232500013613 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY STRELOI (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRELOI; a.k.a. STRELOI OOO; a.k.a. STRELOY LLC), Per. Dmitrovskii D. 13, Office 7, Saint Petersburg 191025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Nov 2013; Tax ID No. 7840498176 (Russia); Registration Number 1137847445999 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY STROITELNYE I KOMMUNALNYE TEKHNOLOGII (a.k.a. VOLL INDUSTRIAL), Sh. Varshavskoe D. 150, K. 1, Moscow 117534, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727435631 (Russia); Registration Number 1197746730642 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY STROYGAZMONTAZH (a.k.a. STROYGAZMONTAZH; a.k.a. STROYGAZMONTAZH CORPORATION; a.k.a. "SGM"), 53 prospekt Vernadskogo, Moscow 119415, Russia; Website www.ooosgm.com; alt. Website www.ooosgm.ru; Email Address info@ooosgm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

LIMITED LIABILITY COMPANY STROYITELNAYA DNOUGLUBITELNAYA KOMPANIA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТРОИТЕЛЬНАЯ ДНОУГЛУБИТЕЛЬНАЯ КОМПАНИЯ) (a.k.a. "LIMITED LIABILITY

COMPANY CONSTRUCTION DREDGING COMPANY"), Office 233, Pomeshch. 9N/2, Str. 3, D. 14, Pl. Spartakovskaya, Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701225263 (Russia); Registration Number 1227700685937 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY STROYTEKHNOLOGIYA (a.k.a. STROITEKHNOLOGIYA), Ul. Industrialnaya (Klimovsk Mkr.) D. 13, Pomeshch 15/6, Podolsk 142180, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5036121865 (Russia); Registration Number 1125074009840 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY STUDIYA PIKSADZHIO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТУДИЯ ПИКСАДЖИО) (a.k.a. STUDIA PIXAGIO; a.k.a. STUDIO PIXAGIO), Office 115, Suite 20N No. 16, Letter A, Building 1, 12 Mebelnaya Street, Saint Petersburg 197374, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801278473 (Russia); Registration Number 1157847140263 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SUPERCONDUCTING NANOTECHNOLOGY (a.k.a. CLOSED JOINT STOCK COMPANY SUPERCONDUCTING NANOTECHNOLOGY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SVERKHPROVODNIKOVYE NANOTEKHNOLOGII; a.k.a. SCONTEL; a.k.a. SKONTEL AO; a.k.a. SKONTEL OOO), 5 str. 1 etazh 4 pom. I kom. 14, ul. Lva Tolstogo, Moscow 119021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Jan 2005; Tax ID No. 7704445168 (Russia); Government Gazette Number 19634279 (Russia); Registration Number 5177746003815 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SZHIZHENNYI PRIRODNYI GAZ YAKUTIA (a.k.a. LIMITED LIABILITY COMPANY LIQUIFIED NATURAL GAS YAKUTIA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЖИЖЕННЫЙ ПРИРОДНЫЙ ГАЗ ЯКУТИЯ); a.k.a. LNG YAKUTIA LLC), ofis 102, k. 2 d. 4 prospekt Lenina, Yakutsk 677000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1400026781 (Russia); Registration Number 1231400009785 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY T TRI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ Т ТРИ), Suite Part 1N, Letter L, Building 2, 4 Aleksandra Matrosova Street, Saint Petersburg 194100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Manufacture of furniture; Tax ID No. 7826720301 (Russia); Registration Number 1027810282532 (Russia) [RUSSIA-EO14024] (Linked To: KOZLOV, Aleksandr Sergeyevich; Linked To: ROTENBERG, Boris Romanovich).

LIMITED LIABILITY COMPANY TAGULSKOE, Ul. 78 Dobrovolcheskoi Brigady 15, Krasnoyarsk 660077, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2464051552 (Russia); Registration Number 1032402517311 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TALDINSKOYE POGRUZOCHNO TRANSPORTNOYE UPRAVLENIYE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТАЛДИНСКОЕ ПОГРУЗОЧНО ТРАНСПОРТНОЕ УПРАВЛЕНИЕ) (a.k.a. TALDINSKOE PTU OOO), d. 15 ul. Tsentralnaya, S. Terentevskoe, 653206, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4223036128 (Russia); Registration Number 1044223003637 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TAMARIKS (a.k.a. "TAMARIX"), d. 40 litera A, prospekt Kultury, St. Petersburg 194292, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811527560 (Russia); Registration Number 1127847402880 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TAYMYRSKAYA GORNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТАЙМЫРСКАЯ ГОРНАЯ КОМПАНИЯ) (a.k.a. "OOO TGK"), d. 4A etazh 1 pom. I, Kom. 9, Ofis 13, ul. Kutuzovskaya, Odintsovo 143001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032216210 (Russia); Registration Number 1155032010077 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY TAYMYRSKIE RESURSY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТАЙМЫРСКИЕ РЕСУРСЫ), d. 11 etazh 4 kab. 6, ul. Minskaya, Moscow 121108, Russia; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Tax ID No. 9731007826 (Russia); Registration Number 1187746734340 (Russia) [RUSSIA-EO14024] (Linked To: LLC VU DIKSON).

LIMITED LIABILITY COMPANY TBS (a.k.a. TBS SEMI), Ul. Kievskaya D. 7, Et 4, Komnata 8, Moscow 121059, Russia; Nizhny Susalny Lane 5, Building 4, Moscow 105064, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Feb 2012; Tax ID No. 7730660563 (Russia); Registration Number 1127746120622 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TBS LOGISTIKA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТБС ЛОГИСТИКА) (a.k.a. "TBS LOGISTICS"), zd. 4 etazh 1 pom. 39, ul. Dalnyaya, Dudinka 647000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 2469003947 (Russia); Registration Number 1182468063360 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TC ELEMENT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТК ЭЛЕМЕНТ), d. 1 str. 6 kom. 7;8, shosse Varshavskoe, Moscow 117105, Russia; Website element-msc.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 May 2011; Tax ID No. 7705949312 (Russia); Registration Number 1117746362876 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TD AGROAKHTUBA (a.k.a. LIMITED LIABILITY COMPANY TORGOVYY DOM AGROAKHTUBA), Building 4ZH, Drive 2-y Industrialnyy, Volzhsky 404130, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3435099914 (Russia); Registration Number 1093435001880 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TD ELEKTROTEKHMONTAZH (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТД ЭЛЕКТРОТЕХМОНТАЖ), d. 44 litera B etazh 6 kom. 118, ul. 7-Ya Sovetskaya, St. Petersburg 191144, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804526950 (Russia); Registration Number 1147847063638 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TECHNICAL CENTER WINDEQ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ

ТЕХНИЧЕСКИЙ ЦЕНТР ВИНДЕК) (a.k.a. TECHNICAL CENTER VINDEK LLC), 1B/3 Pokrovskaya St., Office 69, Selkhoztekhnika Square, Podolsk 142116, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726551240 (Russia); Registration Number 1067757986493 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TECHNICAL SERVICE CENTER (a.k.a. "LLC TSTS"), 1 per. Transportny, Dobryanka 618703, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5941003330 (Russia); Registration Number 1025901794203 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEFTSERVICEHOLDING).

LIMITED LIABILITY COMPANY TECHNICAL SERVICE CENTER DELTA-AERO (a.k.a. DELTA-AERO TECHNICAL SERVICE CENTER LLC; a.k.a. LLC TSTO DELTA-AERO), Vn. Ter. Settlement Moskovsky, Kievskoe Highway 22 km, household 4, building 1, floor 6, room/office 620 A/37, Moscow 108511, Russia; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 12 Apr 2021; Tax ID No. 7730263823 (Russia); Business Registration Number 1217700171809 (Russia) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

LIMITED LIABILITY COMPANY TECHSTROYKOMPLEKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХСТРОЙКОМПЛЕКС) (a.k.a. TEKHSTROIKOMPLEKS; a.k.a. "LLC TSK"), Floor Tsokolnyi, D. 2, Proezd Akademicheskii, Dudareva 625063, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7203449108 (Russia); Registration Number 1187232011504 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY MEZHREGIONSTROY).

LIMITED LIABILITY COMPANY TEK KOM MANUFACTURING (a.k.a. TEK KOM MANUFACTURING LLC), Nab. Presnenskaya D. 10, BTS Bashnya Na Naberezhnoi, Blok S, 52 Floor, Moscow 123317, Russia; Str. 1V, Pom.2.11, Promzona Borovlevo 2 179540, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703444041 (Russia); Registration Number 1187746275870 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TEKHARGOS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХАРГОС), Lower Krasnoselskaya street, house 35, floor 9, Unit 1, room 17, building 64, Moscow 105066, Russia (Cyrillic: Улица Красносельская Нижн., Дом 35, Эт 9, Пом I, Ком 17, Строение 64, Москва 105066, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716856518 (Russia); Registration Number 1177746436560 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CITADEL).

LIMITED LIABILITY COMPANY TEKHNOLOGIYA RAZVITIYA OTKRYTYKH SISTEM (a.k.a. "TECHNOLOGY OF OPEN SYSTEMS DEVELOPMENT"), Ul. Bolshaya Pochtovaya D. 26 V, Str. 1, Kom. 401, Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706818288 (Russia); Registration Number 51477464256 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TEKHNOPARK ROBOTOTEKHNIKA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНОПАРК РОБОТЕХНИКА), ul. 8 Marta, d. 25 k. 1, str. 12, Magnitogorsk, Chelyabinskaya obl 455010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Dec 2015; Tax ID No. 7455024488 (Russia); Business Registration Number 1157456025462 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION ANDROIDNAYA TEKHNIKA).

LIMITED LIABILITY COMPANY TEKHSPETSKOMPLEKT (a.k.a. "LLC TSK"), Pr-d Garazhnyy, D. 1, Liter U, Office 2-3, Saint Petersburg 192289, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810090372 (Russia); Registration Number 1077847031118 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TELECOM AND MICROELECTRONICS INDUSTRIES (a.k.a. "LLC TMI"), d. 3A str. 1 etazh 7 pom. 4, ul. Malaya Semenovskaya, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2015; Tax ID No. 9717000138 (Russia); Registration Number 1157746817546 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TELP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕЛП), D. 8 pom. 61,

pl. Pobedy, Lipetsk 398001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4800008013 (Russia); Registration Number 1234800006539 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TENRON, Ul. Saikina D. 13, K. 1, Moscow 115193, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7710643062 (Russia); Registration Number 5067746491930 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TERRA GRUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕРРА ГРУП), Building 3 Sosnovaya Street, Kashino Village 624005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6658244536 (Russia); Registration Number 1069658101512 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HYPERSPACE).

LIMITED LIABILITY COMPANY TERRA STAL GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕРРА СТАЛ ГРУПП) (a.k.a. TD TERRA STAL), Room 30, Suite XXXV, Floor 5, 40 Bolshoy Boulevard, Skolkovo Innovation Center, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9710069317 (Russia); Registration Number 1187746865822 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TERRITORIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕРРИТОРИЯ), d. 8 kv. 15, ul. Chemodanova, Pevek 689400, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8706006954 (Russia); Registration Number 1208700000409 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY THREEAGRO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРИАГРО), 40 Bolshoy Boulevard, Suite XXXV, Room 25, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9731073191 (Russia); Registration Number 1207700462364 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TIKHOOKEANSKAYA GORNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТИХООКЕАНСКАЯ ГОРНАЯ КОМПАНИЯ) (a.k.a. OOO TIKHOOKEANSKAIA GORNAIA

KOMPANIIA), 2 Volgogradskiy Avenue, Floor 11, Room 9, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9709077962 (Russia); Registration Number 1227700067539 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY GORA GOLDEN RATIO).

LIMITED LIABILITY COMPANY TIMECHIPS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТАЙМЧИПС) (a.k.a. OOO TAIMCHIPS), Room 20, Suite 2N, Letter A, Building 4, 2 Kalinina Street, Saint Petersburg 198099, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802777764 (Russia); Registration Number 1127847065697 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TITUL (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU TITUL), Ul. Krasina, 7 str. 2, kom. 3, Moscow 123056, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703474952 (Russia); Registration Number 1197746281897 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TKKH-INVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТКХ-ИНВЕСТ) (a.k.a. LLC TKKH-INVEST (Cyrillic: ООО ТКХ-ИНВЕСТ); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TKKH-INVEST; a.k.a. OOO TKH-INVEST; a.k.a. OOO TKKH-INVEST), Prechistenka st., D. 38, floor 3 room 29, Moscow 119034, Russia (Cyrillic: ул Пречистенка, д. 38, этаж 3 ком. 29, город Москва 119034, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Nov 2013; Tax ID No. 7736666723 (Russia); Government Gazette Number 18935553 (Russia); Registration Number 5137746019989 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TM TECH, Ul. Bolshaya Pochtovaya D. 26 V, Str. 1, Kom. 403, Moscow 105082, Russia; Moskovskoe sh., 20, Ryazan, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719898900 (Russia); Registration Number 5147746464234 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TMK BUSINESS SERVICES CENTER (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК ЦЕНТР БИЗНЕС УСЛУГ) (a.k.a. "LLC TMK TSBU" (Cyrillic: "ООО ТМК ЦБУ")), 51

Rozy Lyuksemburg Street, Ekaterinburg 620026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6658256450 (Russia); Registration Number 1076658001640 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TMK OIL FIELD SERVICES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК НЕФТЕГАЗСЕРВИС) (a.k.a. "LLC TMK NGS" (Cyrillic: "ООО ТМК НГС")), 51 Rozy Lyuksemburg Street, Ekaterinburg 620026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6672257248 (Russia); Registration Number 1086672000030 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY PIPE METALLURGICAL COMPANY).

LIMITED LIABILITY COMPANY TMK PIPELINE SOLUTIONS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК ТРУБОПРОВОДНЫЕ РЕШЕНИЯ) (a.k.a. "LLC TMK TR" (Cyrillic: "ООО ТМК ТР")), 21 Mashinostroiteley Street, Suite 1, Chelyabinsk 454129, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449145822 (Russia); Registration Number 1217400044256 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TMK PREMIUM SERVICES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК ПРЕМИУМ СЕРВИС), 51 Rozy Lyuksemburg, Ekaterinburg 620026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6672244954 (Russia); Registration Number 1076672034340 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY PIPE METALLURGICAL COMPANY).

LIMITED LIABILITY COMPANY TMK TAYMIR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК ТАЙМЫР), 41 Sovetskaya Street, Floor 2, Suites 2, 3, 4, 6, 7, Dudinka 647000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8620023080 (Russia); Registration Number 1188617001902 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TMK TECHNICAL SERVICE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК ТЕХНИЧЕСКИЙ СЕРВИС) (a.k.a. LLC TMK TECHSERVICE (Cyrillic: ООО ТМК ТЕХСЕРВИС)), 51 Rozy Lyuksemburg Street, Floor 1, Suite 99, Ekaterinburg 620026, Russia; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Tax ID No. 6626016720 (Russia); Registration Number 1069626005283 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY PIPE METALLURGICAL COMPANY).

LIMITED LIABILITY COMPANY TMK YARTSEVSKIY METALLURGICAL PLANT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК ЯРЦЕВСКИЙ МЕТЗАВОД) (a.k.a. LIMITED LIABILITY COMPANY TMK YARTSEVSKIY METZAVOD; a.k.a. LLC TMK YAMZ (Cyrillic: ООО ТМК ЯМЗ)), 3 First Liteynaya Street, Office 107, Yartsevo 215805, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6623122216 (Russia); Registration Number 1176658047862 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TMK YARTSEVSKIY METZAVOD (a.k.a. LIMITED LIABILITY COMPANY TMK YARTSEVSKIY METALLURGICAL PLANT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК ЯРЦЕВСКИЙ МЕТЗАВОД); a.k.a. LLC TMK YAMZ (Cyrillic: ООО ТМК ЯМЗ)), 3 First Liteynaya Street, Office 107, Yartsevo 215805, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6623122216 (Russia); Registration Number 1176658047862 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TOCHNAYA MEKHANIKA (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TOCHNAYA MEKHANIKA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОЧНАЯ МЕХАНИКА); a.k.a. "PRECISION MECHANICS LLC"), UL. Kazintsa 9/121A, Minsk 220108, Belarus; Organization Established Date 05 Feb 2009; Organization Type: Manufacture of other fabricated metal products n.e.c.; Tax ID No. 191111141 (Belarus) [BELARUS-EO14038].

LIMITED LIABILITY COMPANY TORGOVYY DOM AGROAKHTUBA (a.k.a. LIMITED LIABILITY COMPANY TD AGROAKHTUBA), Building 4ZH, Drive 2-y Industrialnyy, Volzhsky 404130, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3435099914 (Russia); Registration Number 1093435001880 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TORGOVYY DOM KERAMAKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГОВЫЙ ДОМ КЕРАМАКС) (a.k.a.

KERAMAX TRADE HOUSE LTD), Room 4, Floor 13, Building 2, 26a Lenina Avenue, Chelyabinsk, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7453298557 (Russia); Registration Number 1167456107060 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY KERAMAX).

LIMITED LIABILITY COMPANY TORGOVYY DOM PPZ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГОВЫЙ ДОМ ППЗ), 62A Petrakova Street, Novokuznetsk 654034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4253036774 (Russia); Registration Number 1174205000562 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TORGOVYY DOM SDS TREYD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГОВЫЙ ДОМ СДС ТРЕЙД) (a.k.a. LLC SDS TREID; a.k.a. LLC TD SDS TRADE (Cyrillic: ООО ТД СДС ТРЕЙД)), D. 45, Ul. Tereshkovoi, Kemerovo 650036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4205101769 (Russia); Registration Number 1064205065517 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY HOLDINGOVAYA KOMPANIYA SDS UGOL).

LIMITED LIABILITY COMPANY TORGOVYY DOM VOLFRAM MOLIBDEN (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГОВЫЙ ДОМ ВОЛЬФРАМ МОЛИБДЕН) (a.k.a. "LLC TD VM"), d. 35 str. 9 etazh / kom. 5/12, ul. Nizhnyaya Krasnoselskaya, Moscow 105066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701122109 (Russia); Registration Number 1187746807269 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TORGRECHTRANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГРЕЧТРАНС), ul. Kuznetski Most 19 str. 1, Moscow 107031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7702845869 (Russia); Registration Number 5147746159897 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KSK LTD).

LIMITED LIABILITY COMPANY TOTALZED (a.k.a. TOTAL Z LLC), Km Kievskoe Shosse 22-I (P Moskovskii) Vld. 4, Str. 2, Moscow 142784, Russia; Secondary sanctions risk: See Section

11 of Executive Order 14024.; Tax ID No. 7751011471 (Russia); Registration Number 1157746943419 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TPK FOLIPLAST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТПК ФОЛИПЛАСТ), 11 Pamirskaya Street, Letter N, Nizhniy Novgorod 603032, Russia; 2 Dobrolyubova Street, Building 1, Moscow 127254, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5258100217 (Russia); Registration Number 1125258000097 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TPK SIB (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТПК СИБ), d. 186, litera Z, pom. 3, ul. Voikova, Gurevsk, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5433970914 (Russia); Registration Number 1195476039990 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KUZBASSRAZREZUGOL VZRYVPROM).

LIMITED LIABILITY COMPANY TRADE HOUSE KYUTEK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГОВЫЙ ДОМ КЬЮТЭК) (a.k.a. LLC TD KYUTEK; a.k.a. TD KYUTEK OOO; a.k.a. TH QTECH LLC), D. 36, Str. 2, Etazh 7 Komn 63, Ul. Ryabinovaya, Moscow 121471, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7729490282 (Russia); Registration Number 1167746094284 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TRADE INDUSTRIAL COMPLEX RZM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГОВО ПРОИЗВОДСТВЕННЫЙ КОМПЛЕКС РЗМ) (a.k.a. TPK RZM LLC), Tseh 3, Dom 6, Shosse Kudrinskoe, Pushkino 141201, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5038106044 (Russia); Registration Number 1145038003142 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TRADING AND PRODUCTION COMPLEX MAXIMUM (a.k.a. LLC TPK MAXIMUM; a.k.a. TORGOVO PROIZVODSTVENNYI KOMPLEKS MAKSIMUM; a.k.a. TPK MAKSIMUM), Ul. Malakhovskogo D. 52, Pomeshch. 10, Voronezh 394019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3662204227 (Russia); Registration

Number 1143668026435 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TRADING HOUSE LOBAEV ARMS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГОВЫЙ ДОМ ЛОБАЕВ АРМС), Building 1, 61 Lenin Street, Tarusa 249100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4018011096 (Russia); Registration Number 1164027059382 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TRADING HOUSE VECTOR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГОВЫЙ ДОМ ВЕКТОР) (a.k.a. LLC TRADING HOUSE VECTOR (Cyrillic: ООО ТОРГОВЫЙ ДОМ ВЕКТОР)), Ul. Rossiiskaya, D. 2A, KV. 10, Irkutsk, Irkutsk Oblast 664025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Oct 2008; Tax ID No. 3808184570 (Russia); Government Gazette Number 87059789 (Russia); Business Registration Number 1083808013178 (Russia) [RUSSIA-EO14024] (Linked To: YAMSHCHIKOV, Artem Mikhailovich).

LIMITED LIABILITY COMPANY TRADING PRODUCTION COMPANY ARGUS NV (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU TORGOVO PROMYSHLENNAIA KOMPANIIA ARGUS NV; a.k.a. OOO TPK ARGUS NV), 16 Dzershinsk Ul., Dzerzhinsky 140090, Russia; 7 Kosinskaya St., Moscow 111538, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731459018 (Russia); Registration Number 5137746039008 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TRANSIT SERVICE BISHKEK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРАНЗИТ СЕРВИС БИШКЕК) (a.k.a. TSB LIMITED LIABILITY COMPANY (Cyrillic: ТСБ ЖООПКЕРЧИЛИГИ ЧЕКТЕЛГЕН КООМУ); a.k.a. TSB ZHCHK; a.k.a. "OSOO TSB"), 13a ul. Shirokaya, Prigorodny aiylny aimak, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 01108201510101 (Kyrgyzstan); Registration Number 148050-3308-OOO (Kyrgyzstan) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TRANSLINEINVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРАНСЛАЙНИНВЕСТ) (a.k.a. ООО

TRANSLAININVEST), 17 Bolshoy Levshinskiy Lane, Room II, Moscow 119034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Activities of holding companies; Tax ID No. 7704311301 (Russia); Registration Number 1157746279316 (Russia) [RUSSIA-EO14024] (Linked To: BASHKIROV, Aleksei Vladimirovich).

LIMITED LIABILITY COMPANY TRANSLOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРАНСЛОМ), d. 12 etazh / kom. 4/2, per. Bolshoi Demidovski, Moscow 105005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4345217731 (Russia); Registration Number 1074345063198 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TRANSLOMMARKET (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРАНСЛОММАРКЕТ), d. 2 k. 2, ul. Argunovskaya, Moscow 129075, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8620022584 (Russia); Registration Number 1168617055023 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TRANSSERVIS (a.k.a. OBSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TRANSSERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРАНССЕРВИС); a.k.a. OOO TRANSSERVIS (Cyrillic: ООО ТРАНССЕРВИС); a.k.a. TRANSSERVICE LLC), D. 35 Prospekt Gubkina, Omsk, Omskaya Oblast 664035, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: OOO TRANSOIL).

LIMITED LIABILITY COMPANY TRAST KONG (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРАСТ КОНГ) (a.k.a. TRAST KONG OOO), 27/4 Bolshaya Bronnaya, Building 1, Moscow, Russia; 2 Institutski Lane, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Sep 2002; Tax ID No. 7710438578 (Russia); Registration Number 1027710010151 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

LIMITED LIABILITY COMPANY TREIDKOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРЕЙДКОМ), d. 38

ofis 2, ul. Nikolaya Chumichova, Belgorod 308009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1173123041200 (Russia); Tax ID No. 3123426676 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TREYD METALL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРЕЙД МЕТАЛЛ), d. 2 k. 2, ul. Argunovskaya, Moscow 129075, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1635009343 (Russia); Registration Number 1111675001129 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TREYDSTROYTSENTR (a.k.a. "LLC TSTS"), Room 1, Building 4, Lane 3-y Mitinskiy, Moscow 125368, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733887322 (Russia); Registration Number 1147746785625 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TRIBIT (a.k.a. LLC TRIBIT; a.k.a. TRIBIT; a.k.a. TRIBIT OOO), d. 27/8 pom. P53, ul. Varvarskaya, Nizhni Novgorod Region 603006, Russia; Website tribit.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Sep 2018; Organization Type: Other information technology and computer service activities; Tax ID No. 5260457937 (Russia); Registration Number 1185275050905 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TRIMIX (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU 3MKH; a.k.a. "3MX"), 16, litera A, Ul. Khoshimina, Pomeshch. 2-n of. 3.1.17, St. Petersburg 194358, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802942873 (Russia); Registration Number 1237800084235 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TSENTRALNYY DEPOZITARIY FONDOV (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦЕНТРАЛЬНЫЙ ДЕПОЗИТАРИЙ ФОНДОВ), Suite 11N/7, Building 1, 8 Presnenskaya Embankment, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7816097864 (Russia); Registration Number 1037843110690 (Russia) [RUSSIA-EO14024] (Linked To: VIKTOROV, Maksim Valeryevich).

LIMITED LIABILITY COMPANY TSIFRA (a.k.a. ZYFRA), PR-KT Leninskii, D. 15A, Moscow

119071, Russia; PR-KT Vernadskogo, D. 6, Pom. 28, Moscow 119311, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704245507 (Russia); Registration Number 1027704005780 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TSK GRANDAVTO, Sh. Severnoe D. 17I, Krasnoyarsk 660118, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2452200390 (Russia); Registration Number 1112452001584 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TSRTI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦРТИ), d. 3A str. 5 etazh 1 pom. A1, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704452856 (Russia); Registration Number 1187746293360 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY INFRASTRUCTURE CORPORATION AEON).

LIMITED LIABILITY COMPANY TSVETNOY MIR (a.k.a. TSVETNOI MIR; a.k.a. "COLOR WORLD LTD"), Ul. Very Voloshinoi D. 27, Kv. 72, Mytishchi 141014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5029114546 (Russia); Registration Number 1085029004257 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TU RITEYL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТУ РИТЕЙЛ) (a.k.a. OOO TU RETAIL; a.k.a. OOO TU RITEIL), d. 12, pomesch. 5/52, Naberezhnaya Prenenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725305764 (Russia); Registration Number 1167746134324 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TUBES 2000 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРУБЫ 2000), 14 Gorkovo Street, Office 303, Elektrostal 144002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5053019653 (Russia); Registration Number 1025007114230 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY PIPE METALLURGICAL COMPANY).

LIMITED LIABILITY COMPANY TUBOR, Ul. Ivana Franko d. 48, Str. 1, Moscow 121351, Russia; Secondary sanctions risk: See Section

11 of Executive Order 14024.; Tax ID No. 5246018014 (Russia); Registration Number 1027739221290 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TVK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТВК), 5 str. 1, D. ZD., Mikroraion Listvyazhny, Belovo 652614, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4202026697 (Russia); Registration Number 1054202026317 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY SHAKHTA LISTVYAZHNAYA).

LIMITED LIABILITY COMPANY TYUMEN PETROLEUM RESEARCH CENTER (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TYUMENSKI NEFTYANOI NAUCHNY TSENTR; a.k.a. TNNTS LIMITED LIABILITY COMPANY; a.k.a. TPRC LIMITED LIABILITY COMPANY), d. 42, ul. Maksima Gorkogo Tyumen, Tyumen region 625048, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Oct 2000; Tax ID No. 7202157173 (Russia); Government Gazette Number 5544280 (Russia); Registration Number 1077203000434 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY UGOLNAYA KOMPANIYA RAZREZ MAYRYKHSKIY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УГОЛЬНАЯ КОМПАНИЯ РАЗРЕЗ МАЙРЫХСКИЙ) (a.k.a. COAL COMPANY MAIRYKHSKY OPEN PIT MINE LTD; a.k.a. RAZREZ MAYRYKHSKY COAL COMPANY LLC), Altayskiy District 655682, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1901116203 (Russia); Registration Number 1131901005510 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY UGOLNYY POTOK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УГОЛЬНЫЙ ПОТОК), 11 Gogolevskiy Boulevard, Khamovniki Municipal District, Moscow 119019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9704245363 (Russia); Registration Number 1247700466837 (Russia) [RUSSIA-EO14024] (Linked To: KOMAROV, Artem Andreyevich).

LIMITED LIABILITY COMPANY ULTRAN ELECTRONIC COMPONENTS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УЛЬТРАН ЭЛЕКТРОННЫЕ КОМПОНЕНТЫ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ULTRAN ELEKTRONNYE KOMPONENTY; a.k.a. ULTRAN EK OOO (Cyrillic: ООО УЛЬТРАН ЭК)), d. 22, litera L, pom. 1-N, kom. 8, ul. Politekhnicheskaya, St. Petersburg 194021, Russia; Website ultran.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Jun 2018; Tax ID No. 7802669110 (Russia); Government Gazette Number 29702993 (Russia); Business Registration Number 1187847176330 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY UMMC NFMP (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU UGMK OTSM; a.k.a. UGMK OTSM OOO; a.k.a. UMMC NONFERROUS METALS PROCESSING LIMITED LIABILITY COMPANY), Ul. Petrova D. 59, Lit. D., Verkhnyaya Pyshma 624092, Russia; str. 1 kab. 206, prospekt Uspenski, Verkhnyaya Pyshma, Sverdlovsk region 624091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 May 2007; Tax ID No. 6606024709 (Russia); Government Gazette Number 81180857 (Russia); Registration Number 1076606001152 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY UMNYI SKLAD (a.k.a. IQSKLAD; a.k.a. SMART WAREHOUSE GROUP OF COMPANIES - IQSKLAD), Elektrodnaya St. 11/1, Moscow 111524, Russia; 22nd km, Kievskoe Highway, Rumyantseva Business Center, dv4s4ke, Entrance 21, 2nd Floor, Office 223, Moscow 108811, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720575485 (Russia); Registration Number 1077746298630 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY UNDYTKAN (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УНДЫТКАН), D. 6 Str. 2 Pom. 1A/21, Naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727480507 (Russia); Registration Number 1217700618629 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ELGAUGOL).

LIMITED LIABILITY COMPANY UNIMATIK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УНИМАТИК), str. 45,

ul. Vostochnaya, Ekaterinburg 620100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6672197493 (Russia); Registration Number 1056604520499 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY UNIQUE LAB (a.k.a. YUNIK LEB), Ul. Bumazhnaya D. 17, Lit. A, Pomeshch. 268B, Saint Petersburg 190020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7839071647 (Russia); Registration Number 1167847364233 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY UNITED LIFESAVING TECHNOLOGIES (a.k.a. UNITED RESCUE TECHNOLOGIES), Per Poryadkovyi D. 21, Moscow 127055, Russia; Ul. Eniseiskaya D. 7, K. 3, Floor 2, Komnata 4, Moscow 129344, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707768262 (Russia); Registration Number 1127746038584 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY UNMANNED SYSTEMS (a.k.a. BESPILOTNYE SISTEMY), Ul. 10 Let Oktyabrya D. 24, Kv. 62, Izhevsk 426011, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1831156383 (Russia); Registration Number 1121831007759 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY UNMANNED TECHNOLOGIES OF MORDOVIA (a.k.a. OOO BESPILOTNYE TEKHNOLOGII MORDOVII; a.k.a. "BTM"), Ul. Lodygina, D. 3, Pomeshch 36, Saransk 430034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Aug 2023; Tax ID No. 1300007070 (Russia); Registration Number 1231300003373 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY UPRAVLYAYUSHCHAYA KOMPANIYA EVOKORP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ ЭВОКОРП) (a.k.a. LIMITED LIABILITY COMPANY EVOCORP), Office 404, 20 Daev Lane, Moscow 107045, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704319734 (Russia); Registration Number 1157746545076 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY UPRAVLYAYUSHCHAYA KOMPANIYA MECHEL MAINING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ МЕЧЕЛ

МАЙНИНГ) (a.k.a. LLC MECHEL MINING MANAGEMENT COMPANY; a.k.a. LLC UK MECHEL MAINING (Cyrillic: ООО УК МЕЧЕЛ МАЙНИНГ)), d. 1 ul. Krasnoarmeiskaya, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5410020539 (Russia); Registration Number 1085410004811 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY UPTS VORKUTA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПТС ВОРКУТА), ul. Gornyakov d. 13, Vorkuta 169901, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1103042163 (Russia); Registration Number 1071103004312 (Russia) [RUSSIA-EO14024] (Linked To: JSC VORKUTAUGOL).

LIMITED LIABILITY COMPANY URAL EDUCATIONAL RESIDENCE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УРАЛЬСКАЯ ОБРАЗОВАТЕЛЬНАЯ РЕЗИДЕНЦИЯ), Building 3 Sosnovaya Street, Kashino Village 624005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6685187238 (Russia); Registration Number 1216600030393 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HYPERSPACE).

LIMITED LIABILITY COMPANY URAL GAS CENTRIFUGE MANUFACTURING PLANT (a.k.a. LIMITED LIABILITY COMPANY NPO TSENTROTEKH; a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC PRODUCTION ASSOCIATION TSENTROTEKH; a.k.a. OOO URALSKII ZAVOD GAZOVYKH TSENTRIFUG), ZD. 2 ul. Dzerzhinskogo, Novouralsk 620000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6629020796 (Russia); Registration Number 1076629000690 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY URALDRONZAVOD, PR-KT Akademika Sakharova, D. 41, KV. 118, Yekaterinburg 620105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6671284030 (Russia); Registration Number 1236600057011 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY URALHELICOM (a.k.a. URAL HELICOPTER COMPANY; a.k.a. URALSKAYA VERTOLETNAYA KOMPANIYA), Ul. Botanicheskaya D.30, Yekaterinburg 620137, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6625029332 (Russia); Registration Number 1036601478980 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY URALKRAN (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УРАЛКРАН), d.1, Ulitsa Gogolya, Sukhoi Log 624802, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6633009724 (Russia); Registration Number 1056600220170 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY USM TELECOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЮЭСЭМ ТЕЛЕКОМ) (a.k.a. OOO YUESEM TELEKOM), Rublevskoe Highway, Building 28, Floor 13, Room 40, Moscow 121609, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jun 2018; Tax ID No. 9731003959 (Russia); Registration Number 1187746556150 (Russia) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM).

LIMITED LIABILITY COMPANY VARNA MINERALS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВАРНА МИНЕРАЛЗ) (a.k.a. OOO VARNA MINERALZ), 40 Bolshoy Boulevard, Floor 5, Room 116, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9709066167 (Russia); Registration Number 1207700385628 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HYPERSPACE).

LIMITED LIABILITY COMPANY VECTOR, ul. Tashkentskaya, d. 4, k. 2, lit. U, pomeshch. 20-N, office 15, 16, Saint Petersburg 196006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805790530 (Russia); Registration Number 1227800033097 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VECTOR ETALON (a.k.a. VEKTOR ETALON), Nab. Obvodnogo Kanala D. 138, K. 1, Lit. V, Pomeshch. 5 N 20, Kom. 401 Chast, Saint Petersburg 190020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805764499 (Russia); Registration Number 1207800042009 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VEGA OM, Ul. Gertsena D. 270, Omsk 644116, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5503061471 (Russia); Registration Number 1025500737987 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VEGA STRATEGIC SERVICES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЕГА СТРАТЕДЖИК СЕРВИСЕС) (a.k.a. VEGACY; a.k.a. "PMC VEGA"), 51 Marshala Tukhachevskovo St., Apt. 229, Moscow 123103, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7734727145 (Russia); Registration Number 1147746737423 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VEKTOR IKS (a.k.a. "VECTORX"), Ter. Innovatsionnogo Tsentra Skolkovo, B-R Bolshoi, D. 42, Str. 1, Floor 3, Pom. 1014, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731342796 (Russia); Registration Number 1177746035389 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VELES TRUST (a.k.a. VELES TRAST OOO; a.k.a. VELES TRUST LLC), Per. Khokhlovskii d. 16, str. 1, Moscow 109028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Aug 2006; Tax ID No. 7703603950 (Russia); Registration Number 5067746107391 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VELESSTORE, Ul. Galernaya D. 20-22, Lit. A, Pomeshch. 144N, 145N, 153N, 155N, 156N, 157N, 158N, Office 401, Saint Petersburg 190098, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7838098822 (Russia); Registration Number 1217800174140 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VELIKOLUKSKY BATTERY PLANT IMPULS (a.k.a. VELIKOLUKSKII AKKUMULYATORNYI ZAVOD IMPULS; a.k.a. "VAZ IMPULS"), Ul. Gogolya D. 3, Pomeshch 3, Velikiye Luki 182115, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722384856 (Russia); Registration Number 5167746421431 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VELOKS, d. 19 litera R kom. 434, ul. Promyshlennaya, St. Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805759989 (Russia); Registration Number 1197847240480 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VERESK, vladenie 1 ofis 933, shosse Mezhdunarodnoe, Khimki 141402, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5047089966 (Russia); Registration Number 1075047014921 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VERTIKAL ALABUGA (a.k.a. VERTIKAL ALABUGA LLC), Ter. Oez Alabuga, Ul. Sh-2 Str. 15/9, Yelabuga 423601, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1646034493 (Russia); Registration Number 1131674000963 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VERUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЕРУС) (a.k.a. VERUS CONSULTING GROUP; a.k.a. "LLC VERUS"), Per. Balakirevskii D. 23, Floor 3, Pomeshch. 309 Komnata 1, Office 45, Moscow 105082, Russia; Office 45, Room 1, Facility 309, Floor 3, Building 23, Balakirevskiy Lane, Basmanny Municipal District Federal Intracity Territory, Moscow 105082, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 10 Feb 2021; Tax ID No. 9701170663 (Russia); Registration Number 1217700053493 (Russia) [DPRK] (Linked To: MKRTYCHEV, Ashot).

LIMITED LIABILITY COMPANY VIKTORIANSKIY PARK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВИКТОРИАНСКИЙ ПАРК), 20 Daev Lane, Moscow 107045, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708719980 (Russia); Registration Number 1107746349259 (Russia) [RUSSIA-EO14024] (Linked To: NEKOMMERCHESKAYA ORGANIZATSIYA FOND INVESTITSIONNYKH PROGRAMM).

LIMITED LIABILITY COMPANY VIPAKS+, Presnenskaya nab., 12, Floor 41,, Office 5, Moscow 115162, Russia; Ul. Krasnova D. 24, Perm 614000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5902140005 (Russia); Registration Number 1025900518181 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VIRSEMI, Ul. Lenina D. 328, K. 7, Kv. 14, Tolyatti 355003, Russia; Lenina st., 431, Stavropol 355029,

Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2635240873 (Russia); Registration Number 1192651008648 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VLADEKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЛАДЕКС) (a.k.a. LLC VLADEKS (Cyrillic: ООО ВЛАДЕКС); a.k.a. "VLADEX"), ul. Volkhovskaya, d. 29, office 505, Vladivostok 690018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Mar 2018; Tax ID No. 2543123270 (Russia); Registration Number 1182536008710 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Kirill Konstantinovich).

LIMITED LIABILITY COMPANY VLADEKS KHOLDING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЛАДЕКС ХОЛДИНГ) (a.k.a. LLC VLADEKS KHOLDING (Cyrillic: ООО ВЛАДЕКС ХОЛДИНГ)), ul. Arbat, d. 6/2, e 4, pom. I, k 1, of 48, Moscow 119019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jul 2018; Tax ID No. 7704457928 (Russia); Registration Number 1187746643370 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Kirill Konstantinovich).

LIMITED LIABILITY COMPANY VLADIKAVKAZ TECHNOLOGIKAL CENTER BASPIK (a.k.a. LIMITED LIABILITY COMPANY VLADIKAVKAZ TECHNOLOGY CENTER BASPIK; a.k.a. OOO VTTS BASPIK), Ul. Nikolaeva 44, Korp. 6, Vladikavkaz 362021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1503002091 (Russia); Registration Number 1021500671719 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VLADIKAVKAZ TECHNOLOGY CENTER BASPIK (a.k.a. LIMITED LIABILITY COMPANY VLADIKAVKAZ TECHNOLOGIKAL CENTER BASPIK; a.k.a. OOO VTTS BASPIK), Ul. Nikolaeva 44, Korp. 6, Vladikavkaz 362021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1503002091 (Russia); Registration Number 1021500671719 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VMK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВМК) (a.k.a. VMK OOO SAMARA (Cyrillic: ВМК ООО САМАРА)), 1A Smyshlyayevskoye Highway, Office 258,

Zubchaninovka village, Samara, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6312121234 (Russia); Registration Number 1126312007800 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VOLGA DNEPR AIRLINES (a.k.a. AVIAKOMPANIYA VOLGA DNEPR; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU AVIAKOMPANIIA VOLGA DNEPR), D. 14 Karbysheva ul., Ulyanovsk 432072, Russia; 28B Mezhdunarodnoe sh., str. 2, et. 4 kom. 443, Moscow 141400, Russia; Hanoi, Vietnam; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Freight air transport; Tax ID No. 7328510118 (Russia); Registration Number 1077328004841 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VOLGA DNEPR MOSCOW (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU VOLGA DNEPR MOSKVA; a.k.a. VOLGA DNEPR GROUP), 28B Str. 3 Mezhdunarodnoe sh., Moscow 141411, Russia; D. 17, Korp 4 Krylatskaya Ul., Moscow 121614, Russia; 1010 Air China Building, 36 Xiaoyun road, Chaoyang district, Beijing 100027, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704223366 (Russia); Registration Number 1027700590521 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VOLGOGRAD SHIP ENGINEERING PLANT (a.k.a. VOLGOGRADSKII ZAVOD SUDOVOGO MASHINOSTROENIYA; a.k.a. "VZSM"), Ul. Im. Arsenyeva D.2, Kabinet 17, Volgograd 400112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3461065380 (Russia); Registration Number 1193443012553 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VOLGOGRADPROMPROEKT, Ul. Promyslovaya, D. 47, Volgograd 400057, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3447025850 (Russia); Registration Number 1073461005672 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VOPLOSHCHENIYE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОПЛОЩЕНИЕ) (a.k.a. "EPIT"), Apartment 54, 76/39 Shamilya Usmanova Street,

Naberezhniye Chelny 423823, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1650350558 (Russia); Registration Number 1171690064215 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VORKUTA MANAGEMENT COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОРКУТИНСКАЯ УПРАВЛЯЮЩАЯ КОМПАНИЯ), d. 62 pom. 702, ul. Lenina, Vorkuta 169908, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1103046601 (Russia); Registration Number 1211100005368 (Russia) [RUSSIA-EO14024] (Linked To: LLC RUSSIAN ENERGY GROUP).

LIMITED LIABILITY COMPANY VOSKHOD DIGITAL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОСХОД ДИДЖИТАЛ), 12 Presnenskaya Embankment, Floor 67, Office 8.1, Presnenskiy Municipal District, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Sep 2022; Tax ID No. 9703105878 (Russia); Registration Number 1227700539857 (Russia) [RUSSIA-EO14024] (Linked To: SARKISOV, Ruslan Eduardovich).

LIMITED LIABILITY COMPANY VOSKHOD MANAGEMENT COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ ВОСХОД) (a.k.a. "VMC LLC"), 17 Okeanskiy Avenue, Office T9, Vladivostok, Primorskiy Krai 690091, Russia; 3 Dolgoprudnenskoye Highway, Complex XI, Floor 4, Room 32, Northern Municipal District, Moscow 127495, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Oct 2021; Tax ID No. 9715408154 (Russia); Registration Number 1217700508563 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VOSTOCHNO SIBIRSKAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОСТОЧНО СИБИРСКАЯ КОМПАНИЯ) (a.k.a. "OOO VSK"), d. 76, Ul. Petra Alekseeva, Yakutsk 677015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1435277560 (Russia); Registration Number 1141447001926 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKUTSKAYA TOPLIVNO ENERGETICHESKAYA KOMPANIYA).

LIMITED LIABILITY COMPANY VOSTOK OIL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОСТОК ОЙЛ), d. 15 pom. 73, etazh 6, ul. 78 Dobrovolcheskoi Brigady, Krasnoyarsk 660077, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727568649 (Russia); Registration Number 1067746343708 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VOSTOK ZOLOTO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОСТОК ЗОЛОТО) (a.k.a. LLC VOSTOK GOLD), d. 104 pom, ofis 5/16, ul. Zhuravleva, Chita 672012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7536181111 (Russia); Registration Number 1207500001851 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VOSTOKGEOLOGIA (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VOSTOKGEOLOGIYA), d. 35B Str. 9, ul. Traktovaya, Chita, Zabaykalskiy kray 672014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7536076678 (Russia); Registration Number 1067536053485 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VOZDUSHNYI TRAKTAT (a.k.a. OOO VOZDUSHNY TRAKT), MVR Levoberezhnyi, Proezd Uyutnyi, D. 1, KV. 34, Vysokaya Gora 300045, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Nov 2022; Tax ID No. 7100046925 (Russia); Registration Number 1237100015767 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VTB COMMERCIAL FINANCE (a.k.a. VTB COMMERCIAL FINANCE LLC (Cyrillic: ООО ВТБ КОММЕРЧЕСКОЕ ФИНАНСИРОВАНИЕ)), Nab. Presnenskaya D. 6, Str. 2, Floor 6, Pomeshch.1, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Apr 2021; Target Type Financial Institution; Tax ID No. 9703032732 (Russia); Registration Number 1217700186440 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

LIMITED LIABILITY COMPANY VTB DC (a.k.a. LLC VTB DC; a.k.a. VTB DC LIMITED; a.k.a. VTB DC LTD), Room 47, office XIV, 8 Brestskaya Street, Moscow 125047, Russia; d. 35 str. 1, Prospect Leningradski, Moscow 125284, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2011; Registration Number 5117746058733 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

LIMITED LIABILITY COMPANY VTB INFRASTRUCTURE INVESTMENTS (a.k.a. LLC VTB INFRASTRUCTURE INVESTMENTS (Cyrillic: ООО ВТБ ИНФРАСТРУКТУРНЫЕ ИНВЕСТИЦИИ); a.k.a. VTB INFRASTRUKTURNYE INVESTITSII), Presnenskay Nab D. 10, Floor 15, Pomeshchenie III, Moscow 123112, Russia; d. 12 etazh 20 Mesto 20.41V, naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 May 2012; Organization Type: Other business support service activities n.e.c.; Tax ID No. 7703768889 (Russia); Government Gazette Number 09824582 (Russia); Registration Number 1127746409801 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

LIMITED LIABILITY COMPANY WAREHOUSE FORESS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СКЛАД ФОРЕСС), d. 7A str. 3, proezd Staropetrovski, Moscow 125130, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743417301 (Russia); Registration Number 1237700330438 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY WELLTECH (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЭЛЛТЕХ), ul. Noyabrskaya d. 7, floor 3, kabinet 315, 316, Kogalym 628486, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No.

8608062534 (Russia); Registration Number 1228600007943 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY WHITE GOLD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛОЕ ЗОЛОТО), D. 13 Str. 2, Etazh/Pomeshch./Komnata Tsokolny/III/1, Ul. Pyatnitskaya, Moscow 115035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9705157832 (Russia); Registration Number 1217700335490 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY WITH FOREIGN INVESTMENTS ZALOG (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ С ИНОСТРАННЫМИ ИНВЕСТИЦИЯМИ ЗАЛОГ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ZALOG; a.k.a. ZALOG OOO), d. 22 pom. 305, ul. Martyna Mezhlauka, Kazan, Tatarstan Resp. 420021, Russia; Ul. Kooperativnaya 1, Zelenodolsk 422541, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2002; Tax ID No. 1648011501 (Russia); Government Gazette Number 57238810 (Russia); Registration Number 1021606761175 (Russia) [RUSSIA-EO14024] (Linked To: KOGOGIN, Sergei Anatolyevich).

LIMITED LIABILITY COMPANY WORLD OF FASTENERS TD (a.k.a. MIR KREPEZHA TD), Sh. Golovinskoe D. 3, Pomeshch. 4N, Moscow 125212, Russia; Golovinskoe shosse, 5A, Moscow 125212, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743157075 (Russia); Registration Number 1167746505552 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY YACHT CLUB RIVER PARK NAGATINO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЯХТ КЛУБ РИВЕР ПАРК НАГАТИНО), d. 7 str. 1 kom. 3, ul. Rechnikov, Moscow 115407, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9725010010 (Russia); Registration Number 1197746307109 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY RI2).

LIMITED LIABILITY COMPANY YADRO FAB DUBNA (a.k.a. LLC YADRO FAB DUBNA; a.k.a. YADRO FAB DUBNA OOO), 4 Programmistov Str., Dubna, Moscow Region 141983, Russia; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Organization Established Date 26 May 2020; Tax ID No. 5010057397 (Russia); Registration Number 1205000041245 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY YAKUTSKAYA RUDNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЯКУТСКАЯ РУДНАЯ КОМПАНИЯ) (a.k.a. LLC YAKUT ORE COMPANY; a.k.a. "LLC YARK"), Neryungri, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1400003086 (Russia); Registration Number 1211400013582 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY YAKUTSTROIPROEKT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЯКУТСТРОЙПРОЕКТ), k. 5 pom. 207 d. 12, per. Troitski 1-I, Moscow 129090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9702005302 (Russia); Registration Number 1197746522247 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY YANSKAYA GORNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЯНСКАЯ ГОРНАЯ КОМПАНИЯ) (a.k.a. "OOO YAGK"), Usovo Village, Building 100, Block B, Floor 1, Suite 6, Odintsovo, Moscow Region 143084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736244961 (Russia); Registration Number 1157746396191 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY YARSPETSPOSTAVKA, Ul. Malays Proletarskaya ZD. 18A, Pomeshch. 53/3, Yaroslavl 150001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7604383648 (Russia); Registration Number 1227600004279 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY YATEK INVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЯТЭК ИНВЕСТ), Ofis 318, D. 76, Ul. Petra Alekseeva, Yakutsk 677015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1435328335 (Russia); Registration Number 1181447000052 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKUTSKAYA TOPLIVNO ENERGETICHESKAYA KOMPANIYA).

LIMITED LIABILITY COMPANY YATEK LOGISTIKA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЯТЭК ЛОГИСТИКА), Ofis 107 d. 76, Ul. Petra Alekseeva, Yakutsk 677015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1435325920 (Russia); Registration Number 1171447014067 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKUTSKAYA TOPLIVNO ENERGETICHESKAYA KOMPANIYA).

LIMITED LIABILITY COMPANY YOOMONEY (a.k.a. YOOMONEY LIMITED LIABILITY COMPANY; a.k.a. YOOMONEY LLC), 82 bld. 2 Sadovnicheskaya St., Moscow 115035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7736554890 (Russia); Registration Number 1077746365113 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY YUMAK (a.k.a. UMAC LLC), Ul. Krasnobogatyrskaya D. 44, Str. 1, Moscow 107076, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727655443 (Russia); Registration Number 1087746781572 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY YUNA ENGINEERING (a.k.a. YUNA ENGINEERING LLC; a.k.a. YUNA INZHINIRING), 12 Academic Ilyushin Str., Moscow 123290, Russia; d. 16 pom. 628 Fryazino, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Oct 2022; Tax ID No. 7714494904 (Russia); Government Gazette Number 57792038 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY YUP 2 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЮП 2) (a.k.a. "OOO IUP 2"), d. 10 str. 12 etazh 4 Sluzhebn. kom. 14, proezd 2-I Yuzhnoportovy, Moscow 115432, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9723103371 (Russia); Registration Number

1207700303788 (Russia) [RUSSIA-EO14024] (Linked To: LLC AEON HOLDING DEVELOPMENT).

LIMITED LIABILITY COMPANY YURSKI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЮРСКИЙ) (a.k.a. LLC IURSKI), Ul. 26 Piket, D. 12, Aldan 678900, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730257548 (Russia); Registration Number 1207700192732 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY YUZHPOLYMETAL HOLDING (a.k.a. "YPH GROUP"; a.k.a. "YUPKH"), Shosse Varshavskoe D 56, Moscow 117638, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726383028 (Russia); Registration Number 1167746707358 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ZALA AERO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗАЛА АЭРО) (a.k.a. ZALA AERO GROUP), 9 Salyama Adilya St., Office 3, Moscow 123154, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1841001815 (Russia); Registration Number 1091841000624 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ZENIT FAKTORING MSP (a.k.a. OOO ZENIT FACTORING MSP), Ul. Odesskaya D. 2, Floor 14, Pom. V, Kom. 23, Moscow 117638, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Feb 2016; Target Type Financial Institution; Tax ID No. 7728330720 (Russia); Registration Number 1167746163991 (Russia) [RUSSIA-EO14024] (Linked To: BANK ZENIT PUBLIC JOINT STOCK COMPANY).

LIMITED LIABILITY COMPANY ZENIT FINANS (a.k.a. OOO ZENIT FINANCE), Ul. Odesskaya D. 2, Floor 18, Pomeshch. II, Moscow 117638, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Jan 2018; Target Type Financial Institution; Tax ID No. 7702428209 (Russia); Registration Number 1187746040910 (Russia) [RUSSIA-EO14024] (Linked To: BANK ZENIT PUBLIC JOINT STOCK COMPANY).

LIMITED LIABILITY COMPANY ZENIT LIZING (a.k.a. OOO ZENIT LEASING), Ul. Odesskaya D. 2, Floor 13, Pom. II, Moscow 117638, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 May 2018; Target Type

Financial Institution; Tax ID No. 7702431360 (Russia); Registration Number 1187746462826 (Russia) [RUSSIA-EO14024] (Linked To: BANK ZENIT PUBLIC JOINT STOCK COMPANY).

LIMITED LIABILITY COMPANY ZHELTUGINSKAYA MINING COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЖЕЛТУГИНСКАЯ ГОРНОРУДНАЯ КОМПАНИЯ) (a.k.a. LLC ZHELTUGINSKAYA GRK (Cyrillic: ООО ЖЕЛТУГИНСКАЯ ГРК)), TOR Zabaykalye Territory, Klyuchevskiy Urban Settlement, Mogochinskiy District, Zabaykalskiy Territory 673741, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7536164405 (Russia); Registration Number 1177536001411 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ZHEMCHUZHINA ARKTIKI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЖЕМЧУЖИНА АРКТИКИ), d. 1 kab. 24, pl. Metallistov, Vorkuta 169901, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1103046915 (Russia); Registration Number 1221100003409 (Russia) [RUSSIA-EO14024] (Linked To: JSC VORKUTAUGOL).

LIMITED LIABILITY COMPANY ZIMENS YOKOGAWA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗИМЕНС ЯКАГАВА) (a.k.a. LLC ZIMENS YOKOGAWA (Cyrillic: ООО ЗИМЕНС ЯКАГАВА)), ul. Sh-2 (OEZ Alabuga Ter.), Str. 5/12, Pomeshch. 201, Yelabuga, Republic of Tatarstan 423601, Russia (Cyrillic: УЛ Ш-2 (ТЕР. ОЭЗ АЛАБУГА), СТР. 5/12, ПОМЕЩ. 201, Елабуга, Республика Татарстан 423601, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Oct 2022; Tax ID No. 1674003024 (Russia); Government Gazette Number 78387980 (Russia); Registration Number 1221600079645 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY CORPORATION GELIOS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЕЛИОС) (a.k.a. "HELIOS"), Liniya 11-ya v.o. d. 38, Lit. A, Pom. 80, Saint Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 May 2013; Tax ID No. 7801602842 (Russia) [RUSSIA-EO14024] (Linked To: NON-PROFIT PARTNERSHIP REVIVAL OF MARITIME TRADITIONS).

LIMITED LIABILITY CORPORATION TRADING HOUSE EPK (a.k.a. TORGOVIY DOM EPK; a.k.a. "OOO TD EPK"), ul. Novoostapovskaya, d. 5, str. 14, et. 2, kom. 4, Moscow 115088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725136315 (Russia); Registration Number 1027700136859 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY PARTNERSHIP DA GROUP 22, 13 Abay Avenue, Sariarka District, Astana, Kazakhstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number 220340015320 (Kazakhstan) [RUSSIA-EO14024].

LIMITED LIABILITY PARTNERSHIP ELEM GROUP (Cyrillic: ТОВАРИЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭЛЕМ ГРУПП), Ulitsa Nauriyzbai Batiyra, Dom 8, Almaty, Kazakhstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number 220340015717 (Kazakhstan) [RUSSIA-EO14024].

LIMITED LIABILITY ZAPOLARNAYA CONSTRUCTION COMPANY (a.k.a. LIMITED LIABILITY COMPANY POLAR CONSTRUCTION COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ZAPOLYARNAYA STROITELNAYA KOMPANIYA; a.k.a. ZAPOLYARNAYA STROITELNAYA KOMPANIYA; a.k.a. "ZSK OOO"), Ul. Betonnaya D. 13A, Pomeshch. I/Floor 2, Staraya Kupavna 142450, Russia; 8, ul. Taimyrskaya, Norilsk, Krasnoyarsk region 663330, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2457061775 (Russia); Registration Number 1062457022880 (Russia) [RUSSIA-EO14024].

LIMITED TRADE DEVELOPMENT CHIMTECH-R, Ul. Komsomolskaya D. 15A, Et/Kom 13/20, Lyubertsy 140005, Russia; Ul Kosyakova D. 13, Roshal 140730, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5049013761 (Russia); Registration Number 1035010102071 (Russia) [RUSSIA-EO14024].

LIMITED TRADE DEVELOPMENT MACHINE GROUP (a.k.a. MACHINE GROUP LTD; a.k.a. "MACHINEGROUP"), Ul. Troitskaya D. 9, K. 1, Pomeshch. 1/1, Moscow 129090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722854163 (Russia); Registration Number 5147746023640 (Russia) [RUSSIA-EO14024].

LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD. (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD. (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional

Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD. (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

LIMMT ECONOMIC AND TRADE COMPANY, LTD. (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning

116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

LIMON BLACK STAR FC, Limon, Costa Rica; Organization Established Date 2022; Organization Type: Activities of sports clubs [ILLICIT-DRUGS-EO14059] (Linked To: GAMBOA SANCHEZ, Celso Manuel).

LIMON ELENES, Jeuri (a.k.a. "Fox"; a.k.a. "Prude"; a.k.a. "Royal Nuevo"; a.k.a. "Rzr"), Mexico; DOB 28 Apr 1976; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LIEJ760428HSLMLR02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

LIMON SANCHEZ, Alfonso; DOB 27 Jan 1971; POB Badiraguato, Sinaloa, Mexico; nationality Mexico; Gender Male; R.F.C. LISA-710127-D64 (Mexico); C.U.R.P. LISA710127HSLMNL07 (Mexico) (individual) [SDNTK].

LIMON SANCHEZ, Ovidio, Calle Plan de Iguala #2951, Colonia Emiliano Zapata, Culiacan, Sinaloa, Mexico; DOB 24 Jul 1968; alt. DOB 24 Jun 1968; alt. DOB 16 Oct 1962; POB Badiraguato, Sinaloa, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. LISO680724HSLMNV03 (Mexico) (individual) [SDNTK].

LIMON VAZQUEZ, Carlos Mario, Mexico; DOB 25 May 2003; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LIVC030525HSLMZRA2 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

LIMONIUM PETROCHEMICALS TRADING LLC SOC (Arabic: ليمونيوم لتجارة البتروكيماويات ذ م م ش و ش) (a.k.a. DESERT OASIS PETROCHEMICAL TRADING COMPANY LLC), Office No 104-116, al Garhoud, Deira, Dubai, United Arab Emirates; Organization Established Date 02 Mar 2020; License 882813 (United Arab Emirates); Chamber of Commerce Number 337011 (United Arab Emirates); Economic Register Number (CBLS) 11506198 (United Arab Emirates) [IRAN-EO13902].

LIN, Becky (a.k.a. LIN, Qing (Chinese Simplified: 林青)), 1205, Block H, No. 1168 Sunshine Haibin Garden, Houbaibin Road, Nanshan District, Shenzhen, Guangdong, China; DOB 29 Mar 1983; POB Jiujiang, Jiangxi Province, China; nationality China; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number

360402198303292112 (China) (individual) [RUSSIA-EO14024].

LIN, Dingguo (Chinese Simplified: 林定国) (a.k.a. LAM, Paul Ting Kwok; a.k.a. LAM, Ting Kwok (Chinese Traditional: 林定國); a.k.a. LAM, Ting Kwok Paul), Hong Kong, China; DOB 26 Mar 1968; POB Hong Kong, China; nationality China; citizen China; Gender Male; Passport 610884285 (China); National ID No. 265113530948 (China) (individual) [HK-EO13936].

LIN, Jinghe (Chinese Simplified: 林敬鹤) (a.k.a. JING HE, Lin; a.k.a. "LAM, Gary"; a.k.a. "NG, Ken"), China; DOB 03 Dec 1982; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 350500198212032535 (China) (individual) [NPWMD] [IFSR] (Linked To: MATINKIA, Alireza).

LIN, Qing (Chinese Simplified: 林青) (a.k.a. LIN, Becky), 1205, Block H, No. 1168 Sunshine Haibin Garden, Houbaibin Road, Nanshan District, Shenzhen, Guangdong, China; DOB 29 Mar 1983; POB Jiujiang, Jiangxi Province, China; nationality China; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number 360402198303292112 (China) (individual) [RUSSIA-EO14024].

LIN, Zuoyou (Chinese Simplified: 林作友), Jinxing Village, Shitang Town, Wenling City, Zhejiang, China; No. 445, Xia Hu, Che Guan Village, Shitang Town, Wenling City, Zhejiang, China; DOB 10 Apr 1975; POB Wenling County, Taizhou District, Zhejiang Province, China; nationality China; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); Residency Number 332623197504107459 (China); Director (individual) [IRAN-EO13846] (Linked To: SINO ENERGY SHIPPING HONGKONG LIMITED).

LINARES CASTILLO, Jose Evaristo (a.k.a. "DON EVARISTO"); DOB 27 Jul 1965; POB Restrepo, Meta, Colombia; Cedula No. 3273595 (Colombia) (individual) [SDNTK].

LINBURG INDUSTRIES LTD., Alpha Centre, Providence Office, Number 22, Mahe, Seychelles; Blanicka 590/3, Vinohrady, Prague 120 000, Czech Republic; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration Number 191335 (Seychelles) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

LINER TRANSPORT KISH (a.k.a. "LTK"), Central Office: Office No. 141, Ground Floor, Kish City Services Building, Kish Island, Iran; Tehran Office: Add: No. 10, 3 Floor, Unit 6, Ebrahimi Junction 8th Bostan St., Tehran, Iran; Tehran Terminal Office: No. 537, Polygam Street, Mahmoud Abad Road, Khavar Shahr, Tehran, Iran; Bandar Abbas Office: No. 7, 1st Floor, Dehghan Building, Shohada (Yadbood) Square, Bandar Abbas, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

LINGHAO INDUSTRY SHANGHAI CO LTD (a.k.a. REG AUTO SHANGHAI INDUSTRY LTD (Chinese Simplified: 菱浩实业上海有限公司)), Room 3804, Shanghai Life Financial Center, 88 Yincheng Road, Pudong New Area, Shanghai 200120, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91310115MA1K49P10N (China) [RUSSIA-EO14024].

LINGOE PROCESS ENGINEERING LIMITED, Rm 1902 Easey Commercial Building, Wan Chai, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 20 Feb 2018; Commercial Registry Number 2657710 (Hong Kong) [NPWMD] [IFSR] (Linked To: ZHEJIANG QINGJI IND. CO., LTD).

LINKER FZE, Warehouse A2-037.P, Saif Zone M2, Sharjah International Airport, Sharjah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 17979 (United Arab Emirates) [RUSSIA-EO14024].

L-INMO, S.A. DE C.V. (a.k.a. L. INMO INMOBILIARIA; a.k.a. L-INMO, SOCIEDAD ANONIMA DE CAPITAL VARIABLE), Distrito Federal, Mexico; Carretera Tepic-Aguamilpa Sin Numero, Fraccion de la Parcela 75 Z-2 P1/1 del ejido de La Cantera, clave catastral 1-7-D21-D3-6215, Tepic, Nayarit, Mexico; Carretera Tepic-Aguamilpa Sin Numero, Fraccion de la Parcela 75 Z-2 P1/1 del ejido de La Cantera, clave catastral 1-7-D21-D3-6218, Tepic, Nayarit, Mexico; R.F.C. LIN1412111Q0 (Mexico) [GLOMAG].

L-INMO, SOCIEDAD ANONIMA DE CAPITAL VARIABLE (a.k.a. L. INMO INMOBILIARIA; a.k.a. L-INMO, S.A. DE C.V.), Distrito Federal, Mexico; Carretera Tepic-Aguamilpa Sin Numero, Fraccion de la Parcela 75 Z-2 P1/1 del ejido de La Cantera, clave catastral 1-7-D21-D3-6215, Tepic, Nayarit, Mexico; Carretera Tepic-Aguamilpa Sin Numero, Fraccion de la Parcela 75 Z-2 P1/1 del ejido de La Cantera, clave catastral 1-7-D21-D3-6218, Tepic, Nayarit, Mexico; R.F.C. LIN1412111Q0 (Mexico) [GLOMAG].

LINS, Alexander Franz Josef, Matschils 5, Triesen 9495, Liechtenstein; DOB 1967; nationality Austria; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

LIONTEKH S (a.k.a. LIMITED LIABILITY COMPANY LIONTECH S), Pr-kt Leninskii D. 153, Pom.286N, Saint Petersburg 196247, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810521798 (Russia); Registration Number 1089847262977 (Russia) [RUSSIA-EO14024].

LIPA, Kirill Valerevich (a.k.a. LIPA, Kirill Valerievich (Cyrillic: ЛИПА, Кирилл Валерьевич)), Russia; DOB 22 Sep 1970; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772129762718 (Russia) (individual) [RUSSIA-EO14024].

LIPA, Kirill Valerievich (Cyrillic: ЛИПА, Кирилл Валерьевич) (a.k.a. LIPA, Kirill Valerevich), Russia; DOB 22 Sep 1970; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772129762718 (Russia) (individual) [RUSSIA-EO14024].

LIPANDIN, Vladimir Vitalievich (Cyrillic: ЛИПАНДИН, Владимир Витальевич) (a.k.a. LIPANDIN, Volodymyr Vitalyovych (Cyrillic: ЛІПАНДІН, Володимир Вітальович)), 10 Mayakovskogo St, Kherson, Kherson Region, Ukraine; DOB 17 Feb 1971; POB Kyiv, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport TT 103777 (Ukraine); Tax ID No. 2598011553 (Ukraine) (individual) [RUSSIA-EO14024].

LIPANDIN, Volodymyr Vitalyovych (Cyrillic: ЛІПАНДІН, Володимир Вітальович) (a.k.a. LIPANDIN, Vladimir Vitalievich (Cyrillic: ЛИПАНДИН, Владимир Витальевич)), 10

Mayakovskogo St, Kherson, Kherson Region, Ukraine; DOB 17 Feb 1971; POB Kyiv, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport TT 103777 (Ukraine); Tax ID No. 2598011553 (Ukraine) (individual) [RUSSIA-EO14024].

LIPETSKII MEKHANICHESKII ZAVOD (a.k.a. "OOO LMZ"), ul. Krasnozavodskaya, d. 1, office 201, Lipetsk 398006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4824096058 (Russia); Registration Number 1184827011302 (Russia) [RUSSIA-EO14024].

LIRA SOTELO, Alfonso (a.k.a. BAHENA MARTINEZ, Rogelio; a.k.a. "EL ATLANTE"), Mexico; DOB 24 May 1970; alt. DOB 02 Dec 1970; POB Mexico City, D.F., Mexico; alt. POB Ixtlahuatenco Pedro Ascencio Alquisiras, Guerrero, Mexico; citizen Mexico; Gender Male; Passport G02447186 (Mexico) issued 01 Apr 2010 expires 01 Apr 2016; R.F.C. LISA7005242Y8 (Mexico); National ID No. 25887069638 (Mexico); C.U.R.P. LISA700524HDFRTL03 (Mexico) (individual) [SDNTK].

LIRA SOTELO, Alma Delia, Mexico; DOB 14 Apr 1972; POB Mexico City, D.F., Mexico; citizen Mexico; Gender Female; C.U.R.P. LISA720414MDFRTL08 (Mexico) (individual) [SDNTK].

LIRA SOTELO, Javier (a.k.a. "EL CARNICERO"; a.k.a. "EL HANNIBAL"), Mexico; DOB 16 Jul 1965; POB Mexico City, D.F., Mexico; citizen Mexico; Gender Male; C.U.R.P. LISJ650716HDFRTV04 (Mexico); RFC LISJ650716SD0 (Mexico) (individual) [SDNTK].

LISHENKO, Ilia (a.k.a. LISHENKO, Ilya), Shanghai, China; DOB 02 Mar 1990; POB Krasnoyarsk-45, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 767980925 (Russia) expires 01 Jul 2032; National ID No. 0409925444 (Russia) (individual) [RUSSIA-EO14024].

LISHENKO, Ilya (a.k.a. LISHENKO, Ilia), Shanghai, China; DOB 02 Mar 1990; POB Krasnoyarsk-45, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 767980925 (Russia) expires 01 Jul 2032; National ID No. 0409925444 (Russia) (individual) [RUSSIA-EO14024].

LISITSYN, Anatoly Ivanovich (Cyrillic: ЛИСИЦЫН, Анатолий Иванович), Russia; DOB 26 Jun 1947; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LISSOVSKI, Sergey Fodorovich (Cyrillic: ЛИСОВСКИЙ, Сергей Фёдорович), Russia; DOB 25 Apr 1960; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LISYUK, Aleksey Vasilyevich (Cyrillic: ЛИСЮК, Алексей Васильевич), Russia; DOB 1984; POB Ussuriysk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

LITHIUM ELEMENT JOINT STOCK COMPANY (a.k.a. AO LITII ELEMENT), Ul. Im Ordzhonikidze G.K D. 11A, Saratov 410015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6451115083 (Russia); Registration Number 1026402485581 (Russia) [RUSSIA-EO14024].

LITHIUMION LTD (a.k.a. LIMITED LIABILITY COMPANY LITHIUMION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛИТИУМИОН)), Office 1, Suite 110-N (Suite Part 17), Letter A, 20 Bolshaya Pushkarskaya Street, Kronverkskoye Municipal District, Saint Petersburg 197198, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813668213 (Russia); Registration Number 1227800142415 (Russia) [RUSSIA-EO14024].

LITOGRAFIA VARON, Carrera 34 #35-51, Cali, Valle, Colombia; Matricula Mercantil No 566466-2 (Cali) [SDNTK].

LITVIN, Vladimir Zalmanovich (Cyrillic: ЛИТВИН, Владимир Залманович), 26 2nd Tverskaya Yamskaya Street Apt 30, Moscow 125047, Russia; DOB 30 Mar 1953; POB Irkutsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530002999 (Russia); National ID No. 4504647853 (Russia) (individual) [RUSSIA-EO14024].

LITVINENKO, Vladimir Stefanovic (a.k.a. LITVINENKO, Vladimir Stefanovich (Cyrillic: ЛИТВИНЕНКО, Владимир Стефанович)), St. Petersburg, Russia; DOB 14 Aug 1955; POB Krasnodar territory, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780151794940 (Russia) (individual) [RUSSIA-EO14024] (Linked To: FEDERAL STATE BUDGET EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SAINT PETERSBURG MINING UNIVERSITY).

LITVINENKO, Vladimir Stefanovich (Cyrillic: ЛИТВИНЕНКО, Владимир Стефанович) (a.k.a. LITVINENKO, Vladimir Stefanovic), St. Petersburg, Russia; DOB 14 Aug 1955; POB Krasnodar territory, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780151794940 (Russia) (individual) [RUSSIA-EO14024] (Linked To: FEDERAL STATE BUDGET EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SAINT PETERSBURG MINING UNIVERSITY).

LITVINOVA, Larisa Anatolievna; DOB 18 Nov 1963 (individual) [MAGNIT].

LITVYAKOVA, Anzhelika Anatolyevna, Russia; DOB 11 Feb 1970; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 241102625389 (Russia) (individual) [RUSSIA-EO14024].

LIU, Baojuan (Chinese Simplified: 刘宝娟; Chinese Traditional: 劉寶娟), No. 20-18, Xima Village, Shiliu Street, Donghai County, Jiangsu, China; DOB 02 Aug 1987; POB Linqu County, Weifang City, Shandong, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 37072419870802186X (China) (individual) [NPWMD] [IFSR] (Linked To: LIU, Baoxia).

LIU, Baoxia (Chinese Simplified: 刘保霞) (a.k.a. "LAU, Emily"; a.k.a. "LIU, Emily"), Beijing, China; DOB 10 Sep 1981; POB Shandong, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport G28882492 (China) expires 04 May 2018; National ID No. 370724198109101905 (China) (individual) [NPWMD] [IFSR] (Linked To: SHIRAZ ELECTRONICS INDUSTRIES).

LIU, Cihui (Chinese Simplified: 刘赐蕙) (a.k.a. LAU, Chi Wai (Chinese Traditional: 劉賜蕙); a.k.a. LAU, Edwina; a.k.a. LAU, Edwina Chi Wai), Hong Kong, China; DOB 29 Jul 1965; POB Hong Kong, China; nationality China; Gender Female; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport HA1338416 (Hong Kong) expires 27 May 2015;

National ID No. D5545251 (Hong Kong) (individual) [HK-EO13936].

LIU, Cuiying (Chinese Simplified: 刘翠英; Chinese Traditional: 劉翠英), Dezhou, Shandong, China (Chinese Simplified: 德州市, 山东, China; Chinese Traditional: 德州市, 山東, China); DOB 12 Dec 1955; Gender Female; Chinese Commercial Code 0491 5050 5391; Citizen's Card Number 371482195512120326 (China) (individual) [SDNTK].

LIU, Jhon (a.k.a. KHAZE, Karim; a.k.a. OMAR, Asem; a.k.a. ZAHEDI, Mostafa; a.k.a. "IBRAHIM, Mohammad"; a.k.a. "IBRAHIM, Mohammed"); DOB 29 Jun 1978; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

LIU, Jingping (Chinese Simplified: 刘京平) (a.k.a. TAYLOR, Jina), 21 Angullia Park #27-03, Singapore 239974, Singapore; 98/273 31H2 Reflection Jomtien Beach, Pattaya Condo Na Jomtien Sattahip, Chonburi 20250, Thailand; 8-102 Baihewan Tongzhou District, Beijing, China; Tong Zhou Qu K2 Bai He Wan 8 Hao Lou 102, Beijing 100000, China; DOB 11 Jul 1965; POB Hunan, China; nationality China; alt. nationality Saint Kitts and Nevis; Gender Female; Passport EA98197210 (China); alt. Passport RE0124671 (Saint Kitts and Nevis) issued 13 May 2022 expires 12 May 2032; National ID No. 110108196507116061 (China) (individual) [CYBER2].

LIU, Lizhi (Chinese Simplified: 刘理志) (a.k.a. "ENJOYGANZHOU"; a.k.a. "LIU, Steve"; a.k.a. "LIU, Steven"; a.k.a. "NICE LIZHI"; a.k.a. "NICELIZHI"; a.k.a. "XXL4"), No. 2 Shaguo Group, Yangmei Village, Huangjin Ridge, Zhanggong District, Ganzhou, Jiangxi, China; Lianhang Road, No. 1698, 5 Building, Pujiang Town, Minxing District, Shanghai, China; Lulian Road, 100 Alley, No. 5, Room 1202, Pujiang Town, Minxing District, Shanghai, China; Puxinggong Road, 9688, Alley No. 5, Haiwan Town, Fengxian District, Shanghai, China; DOB 13 Nov 1984; POB Zhanggong District, Ganzhou, Jiangxi, China; nationality China; Gender Male; National ID No. 36070219841113373X (China) (individual) [CYBER3] (Linked To: FUNNULL TECHNOLOGY INC).

LIVE KER CENTER (a.k.a. LIFE CARE CENTER DOOEL; a.k.a. SISTINA LAJF KEAR SENTAR SKOPJE DOOEL), Skupi 3A, Karposh 1020, North Macedonia, The Republic of; Tax ID No. MK4058012514363 (North Macedonia, The Republic of) [BALKANS-EO14033] (Linked To: SAMSONENKO, Irina).

LIWA AL THOWRA (a.k.a. BANNER OF THE REVOLUTION; a.k.a. LEWAA AL-THAWRA; a.k.a. LIWA AL-THAWRA; a.k.a. LIWA AL-THAWRAH; a.k.a. LIWA' AL-THAWRAH; a.k.a. LIWAA AL-THAWRA; a.k.a. THE REVOLUTION BRIGADE), Qalyubia, Egypt; Monofeya, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LIWA AL-THAWRA (a.k.a. BANNER OF THE REVOLUTION; a.k.a. LEWAA AL-THAWRA; a.k.a. LIWA AL THOWRA; a.k.a. LIWA AL-THAWRAH; a.k.a. LIWA' AL-THAWRAH; a.k.a. LIWAA AL-THAWRA; a.k.a. THE REVOLUTION BRIGADE), Qalyubia, Egypt; Monofeya, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LIWA AL-THAWRAH (a.k.a. BANNER OF THE REVOLUTION; a.k.a. LEWAA AL-THAWRA; a.k.a. LIWA AL THOWRA; a.k.a. LIWA AL-THAWRA; a.k.a. LIWA' AL-THAWRAH; a.k.a. LIWAA AL-THAWRA; a.k.a. THE REVOLUTION BRIGADE), Qalyubia, Egypt; Monofeya, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LIWA' AL-THAWRAH (a.k.a. BANNER OF THE REVOLUTION; a.k.a. LEWAA AL-THAWRA; a.k.a. LIWA AL THOWRA; a.k.a. LIWA AL-THAWRA; a.k.a. LIWA AL-THAWRAH; a.k.a. LIWAA AL-THAWRA; a.k.a. THE REVOLUTION BRIGADE), Qalyubia, Egypt; Monofeya, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LIWA FATEMIYOUN (a.k.a. FATEMIOUN BRIGADE; a.k.a. FATEMIOUN MILITARY DIVISION; a.k.a. FATEMIYOUN; a.k.a. FATEMIYOUN BATTALION; a.k.a. FATEMIYOUN DIVISION (Arabic: لواء فاطميون); a.k.a. FATEMIYOUN FORCE; a.k.a. FATEMIYYUN), Syria; Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] [IRAN-HR] [PAARSSR-EO13894] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

LIWA' SHUHADA' AL-YARMOUK (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LIWA ZAYNABIYOUN (a.k.a. ZAYNABIYOUN BRIGADE; a.k.a. ZEYNABIYUN BRIGADE; a.k.a. ZEYNABIYYUN; a.k.a. ZEYNABIYYUN BRIGADE), Syria; Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

LIWAA AL-THAWRA (a.k.a. BANNER OF THE REVOLUTION; a.k.a. LEWAA AL-THAWRA; a.k.a. LIWA AL THOWRA; a.k.a. LIWA AL-THAWRA; a.k.a. LIWA AL-THAWRAH; a.k.a. LIWA' AL-THAWRAH; a.k.a. THE REVOLUTION BRIGADE), Qalyubia, Egypt; Monofeya, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LIWINAG, Armando (a.k.a. SISON, Jose Maria), Netherlands; DOB 08 Feb 1938; POB Llocos Sur Northern Luzon, Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

LIZANO COLMENTER, Pablo Ernesto, Venezuela; DOB 15 Sep 1973; POB Maracaibo, Venezuela; nationality Venezuela; Gender Male; Cedula No. V12059932 (Venezuela) (individual) [VENEZUELA].

LIZARRAGA MARTINEZ, Victor (a.k.a. "El 20"; a.k.a. "El Veinte"), Tacuichamona, Culiacan, Sinaloa, Mexico; Pueblos Unidos, Culiacan, Sinaloa, Mexico; DOB 23 Mar 1972; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LIMV720323HSLZRC07

(Mexico) (individual) [ILLICIT-DRUGS-EO14059].

LIZARRAGA SANCHEZ, Karla Gabriela (a.k.a. "LIZARRAGA, Gaby"), Mexico; DOB 14 Jun 1993; POB Sinaloa, Mexico; nationality Mexico; Gender Female; C.U.R.P. LISK930614MSLZNR04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

LIZASO, Jurdan Martitegui (a.k.a. MARTITEGUI, Jurdan; a.k.a. "ARLAS"); DOB 10 May 1980; POB Durango, Vizcaya, Spain; nationality Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 45 626 584 (Spain) (individual) [SDGT].

LIZINGOVAYA KOMPANIYA KAMAZ PAO (a.k.a. KAMAZ LEASING CO OAO; a.k.a. KAMAZ LEASING COMPANY INC.; a.k.a. LEASING COMPANY KAMAZ INCORPORATED), PR-KT Avtozavodskii D. 2, Naberezhnyye Chelny 423827, Russia; Prospect Avtozavodskii, 2, Naberezhnyye Chelny, Tatarstan 423827, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Aug 2005; Tax ID No. 1650130591 (Russia); Government Gazette Number 78681685 (Russia); Registration Number 1051614089944 (Russia) [RUSSIA-EO14024].

LK VOLGA LIMITED LIABILITY COMPANY, Pr-kt Lenina D. 82, Office 818, Murmansk 183038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 20 Oct 2014; Tax ID No. 4704095905 (Russia); Registration Number 1144704001837 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

LKCK (a.k.a. NATIONAL MOVEMENT FOR THE LIBERATION OF KOSOVO) [BALKANS].

LKKA COMPANY LIMITED, Per. Stroitelnyi 5, Elektrostal 144001, Russia; Ul. Lesnaya D. 8A, Pomeshch. 201, 203-211, Elektrostal 144011, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7723718597 (Russia); Registration Number 1097746330637 (Russia) [RUSSIA-EO14024].

LL ELECTRONIC LIMITED, Blok A, Hillier Comm Building 15/F, Bonham Strand East 65-67, Sheung Wan, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Aug 2013; Company Number 1955667 (Hong Kong); Business Registration Number 61920752 (Hong Kong) [RUSSIA-EO14024].

LLADROVICI, Ramiz; DOB 03 Jan 1966 (individual) [BALKANS].

LLANOS GAZIA, Jorge Luis (a.k.a. LLANOS GAZZIA, Jorge Luis), c/o AUDIO ALARMAS, S.A. DE C.V., Zapopan, Jalisco, Mexico; c/o BASALTOS TONALA, S.A. DE C.V., Tonala, Jalisco, Mexico; Avenida Lomas del Bosque No. 2700-42, Zapopan, Jalisco, Mexico; Calle Palmas No. 42, Colonia Lomas del Bosque, Zapopan, Jalisco C.P. 45110, Mexico; Jamundi, Colombia; Asuncion No. 747 Int. 702, Providencia, Guadalajara, Jalisco C.P. 44630, Mexico; DOB 20 Jun 1957; POB Cali, Colombia; nationality Italy; citizen Colombia; alt. citizen Mexico; Cedula No. 16446807 (Colombia); R.F.C. LAGJ570620KV4 (Mexico); Credencial electoral LLGZJR57062088H900 (Mexico); C.U.R.P. LAGJ570620HNELZR00 (Mexico) (individual) [SDNTK].

LLANOS GAZZIA, Jorge Luis (a.k.a. LLANOS GAZIA, Jorge Luis), c/o AUDIO ALARMAS, S.A. DE C.V., Zapopan, Jalisco, Mexico; c/o BASALTOS TONALA, S.A. DE C.V., Tonala, Jalisco, Mexico; Avenida Lomas del Bosque No. 2700-42, Zapopan, Jalisco, Mexico; Calle Palmas No. 42, Colonia Lomas del Bosque, Zapopan, Jalisco C.P. 45110, Mexico; Jamundi, Colombia; Asuncion No. 747 Int. 702, Providencia, Guadalajara, Jalisco C.P. 44630, Mexico; DOB 20 Jun 1957; POB Cali, Colombia; nationality Italy; citizen Colombia; alt. citizen Mexico; Cedula No. 16446807 (Colombia); R.F.C. LAGJ570620KV4 (Mexico); Credencial electoral LLGZJR57062088H900 (Mexico); C.U.R.P. LAGJ570620HNELZR00 (Mexico) (individual) [SDNTK].

LLANOTOUR LTDA. (a.k.a. HOSTERIA LLANOGRANDE), Carretera Las Palmas cruce Aeropuerto Km. 3, Rionegro, Antioquia, Colombia; NIT # 890941440-4 (Colombia) [SDNT].

LLC 24X7 PANOPTES (Cyrillic: ООО 24X7 ПАНОПТЕС) (a.k.a. 24X7 PANOPTES; a.k.a. ООО 24X7 PANOPTES), Platonova st. 20B-2, Minsk 220005, Belarus (Cyrillic: ул. Платонова, 20Б-2, Минск 220005, Belarus); Registration Number 192603494 (Belarus) [BELARUS-EO14038].

LLC A INVEST (Cyrillic: ООО А ИНВЕСТ), d. 3A str. 6 etazh 2 pom. 5, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9704171584 (Russia); Registration Number 1227700669350 (Russia) [RUSSIA-EO14024].

LLC ABZ BELYI RAST (Cyrillic: ООО АБЗ БЕЛЫЙ РАСТ), 163 Belyi Rast Village, Dmitrovskiy, Moscow Region, Russia; d. 130 k. 1 pom. XVI, shosse Leningradskoe, Moscow 125445, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7734391431 (Russia); Registration Number 1167746903830 (Russia) [RUSSIA-EO14024].

LLC ACTIVEBUSINESSCOLLECTION (a.k.a. AKTIVBIZNESKOLLEKSHN, OOO; a.k.a. LIMITED LIABILITY COMPANY ACTIVE BUSINESS CONSULT; a.k.a. LIMITED LIABILITY COMPANY ACTIVEBUSINESSCOLLECTION; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AKTIVBIZNESKOLLEKSHN; a.k.a. "ABC LLC"), 19 Vavilova St., Moscow 117997, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1137746390572 (Russia); Tax ID No. 7736659589 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LLC ADDITIVE ENGINEERING (a.k.a. ADDITIVNYI INZHINIRING), Pr-Kt Volgogradskii D. 42, Str. 24, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703465098 (Russia); Registration Number 1187746795004 (Russia) [RUSSIA-EO14024].

LLC AEON DEVELOPMENT (Cyrillic: ООО АЕОН ДЕВЕЛОПМЕНТ), d. 3A str. 4, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704640264 (Russia); Registration Number 5077746304136 (Russia) [RUSSIA-EO14024] (Linked To: LLC AEON HOLDING DEVELOPMENT).

LLC AEON HOLDING DEVELOPMENT (Cyrillic: ООО АЕОН ХОЛДИНГ ДЕВЕЛОПМЕНТ), d. 3A str. 6, etazh 1 pom. 29, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Tax ID No. 7704365995 (Russia); Registration Number 1167746703850 (Russia) [RUSSIA-EO14024].

LLC AERO-HIT (Cyrillic: ООО АЭРО-ХИТ) (a.k.a. LIMITED LIABILITY COMPANY AERO-HIT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЭРО-ХИТ)), Sh. Mateveevskoe, D. 28A, Pomeshch. 26, Khabarovsk 680031, Russia (Cyrillic: Ш МАТВЕЕВСКОЕ, Д. 28A, ПОМЕЩ. 26, ХАБАРОВСК 680031, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jun 2023; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 2700012608 (Russia); Government Gazette Number 52200010 (Russia); Business Registration Number 1232700009398 (Russia) [RUSSIA-EO14024].

LLC AG TERMINAL (a.k.a. AG TERMINAL OOO; a.k.a. AVIA GROUP TERMINAL LIMITED LIABILITY COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AVIA GRUPP TERMINAL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АВИА ГРУПП ТЕРМИНАЛ)), Ter. Aeroport Sheremetyevo, Khimki, Moscovskaya Oblast 141400, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: AVIA GROUP LLC).

LLC AGC FLAT GLASS KLIN (a.k.a. LIMITED LIABILITY COMPANY KLIN GLASSWORKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КЛИНСКИЙ СТЕКОЛЬНЫЙ ЗАВОД); a.k.a. "LLC KGW"), 36 Sosnovyy Bor Street, Spas-Zaulok Village, Klin 141667, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5020033028 (Russia); Registration Number 1035003950321 (Russia) [RUSSIA-EO14024].

LLC AKFORT (a.k.a. LIMITED LIABILITY COMPANY AKFORTA (Cyrillic: ОСОО АКФОРТА)), 25 Street Maldybaeva, Bishkek 720055, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 03007200410115 (Kyrgyzstan) [RUSSIA-EO14024].

LLC ALABUGA EXIM (Cyrillic: ООО АЛАБУГА ЭКСИМ) (a.k.a. LIMITED LIABILITY COMPANY ALABUGA EXIM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛАБУГА ЭКСИМ)), ul. Sh-2 (OEZ Alabuga Ter.), Str. 5/12, Pomeshch. 102, Yelabuga, Republic of Tatarstan 423601, Russia (Cyrillic: УЛ Ш-2 (ТЕР. ОЭЗ АЛАБУГА), СТР. 5/12, ПОМЕЩ. 102, Елабуга, Республика Татарстан 423601, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Oct 2022; Organization Type: Other transportation support activities; Tax ID No. 1674003017 (Russia); Government Gazette Number 78356100 (Russia); Registration Number 1221600079634 (Russia) [RUSSIA-EO14024].

LLC ALABUGA MACHINERY (Cyrillic: ООО АЛАБУГА МАШИНЕРИ) (a.k.a. LIMITED LIABILITY COMPANY ALABUGA MACHINERY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛАБУГА МАШИНЕРИ)), Ter. OEZ Alabuga, ul. Sh-2, 5/12, Pomeshch. 110, Yelabuga, Volga federal region, Tatarstan, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Oct 2022; Tax ID No. 1674003000 (Russia); Registration Number 1221600079623 (Russia); alt. Registration Number 78358398 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

LLC ALGORITM (Cyrillic: ООО АЛГОРИТМ) (a.k.a. LIMITED LIABILITY COMPANY ALGORITM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛГОРИТМ)), 33 Pobedy Avenue, Cherepovets, Vologda Region 162614, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3528112847 (Russia); Registration Number 1063528067272 (Russia) [RUSSIA-EO14024] (Linked To: MORDASHOV, Alexey Aleksandrovich).

LLC ALTRABETA, Per. 1-I Verkhnii d. 6, lit. A, office 211, Saint Petersburg 194292, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802646313 (Russia); Registration Number 1177847399498 (Russia) [RUSSIA-EO14024].

LLC ALYURTEKH (Cyrillic: ООО АЛЮРТЕХ), UL. Tyulenina 10G, Kalodzishchy 223051, Belarus; Organization Established Date 31 May 2010; Organization Type: Manufacture of other fabricated metal products n.e.c.; Tax ID No. 691303982 (Belarus) [BELARUS-EO14038].

LLC AM LOGISTICS (Cyrillic: ООО АМ ЛОГИСТИКА) (a.k.a. LIMITED LIABILITY COMPANY AM LOGISTICS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АМ ЛОГИСТИКА)), d. 11 kv. 3, ul. 4-Ya Krasnoarmeiskaya, St. Petersburg 190005, Russia; Website amlogistics.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Oct 2013; Tax ID No. 7839486793 (Russia); Government Gazette Number 31906071 (Russia); Business Registration Number 1137847419599 (Russia) [RUSSIA-EO14024].

LLC AMUR METALLURGICAL COMBINE (a.k.a. LIMITED LIABILITY COMPANY AMURSKIY METALLURGICHESKIY KOMBINAT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АМУРСКИЙ МЕТАЛЛУРГИЧЕСКИЙ КОМБИНАТ)), ul. Lenina 26A, Gorny 682707, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2700015609 (Russia); Registration Number 1232700012401 (Russia) [RUSSIA-EO14024].

LLC APPLICATA (a.k.a. APPLIKATA; a.k.a. "3D FORMAT"), Pr-D Stroitelnyi D. 7A, K. 28, Pomeshch. 219, Moscow 125362, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733287011 (Russia); Registration Number 1167746511008 (Russia) [RUSSIA-EO14024].

LLC APPLIED MECHANICS (a.k.a. LIMITED LIABILITY COMPANY APPLIED MECHANICK), Ul. 15-YA Parkovaya D. 5, Kom. 213, Moscow 105203, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7709885571 (Russia); Registration Number 1117746735182 (Russia) [RUSSIA-EO14024].

LLC ARKTICHESKAYA PEREVALKA (a.k.a. ARCTIC TRANSSHIPMENT LIMITED LIABILITY COMPANY (Cyrillic: АРКТИЧЕСКАЯ ПЕРЕВАЛКА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); a.k.a. LLC NOVATEK ZAPADNAYA ARKTIKA), 59 Leninskaya Street, Office 705, Petropavlovsk-Kamchatskiy, Kamchatskiy Territory 683001, Russia; Spolokhi Street, Building 4A, Floor 4, Room 14, Murmansk, Murmansk Region 183025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5190080642 (Russia); Registration Number 1195190002875 (Russia) [RUSSIA-EO14024].

LLC ARMZ MINING MACHINES (Cyrillic: ООО АРМЗ ГОРНЫЕ МАШИНЫ) (a.k.a. ARMZ MINING MACHINERY; f.k.a. LLC FIRMA

GEOSTAR), 1 Avtodoroga N 46, Office 47, 48, Krasnokamensk Municipal Regional City, Zabaykalskiy Territory 674674, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5213000558 (Russia); Registration Number 1025201099032 (Russia) [RUSSIA-EO14024].

LLC ARSENAL (Cyrillic: ООО АРСЕНАЛ), Ul. Bashilovskaya Zd. 18, str. 69, Krasnoyarsk 660111, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2465316804 (Russia); Registration Number 1142468044179 (Russia) [RUSSIA-EO14024].

LLC ASTEKLING (a.k.a. LIMITED LIABILITY COMPANY ASTECLING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АСТЕКЛИНГ)), 10 Naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703017678 (Russia); Registration Number 1207700340594 (Russia) [RUSSIA-EO14024].

LLC ATLANT S (Cyrillic: ООО АТЛАНТ С) (a.k.a. ATLANT S LIMITED; a.k.a. ATLANT S ООО; a.k.a. LIMITED LIABILITY COMPANY ATLANT S (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АТЛАНТ С)), et 1 pom 1 kom 17, dom 20, ulitsa Pleshcheyeva, Moscow 127560, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Mar 1992; Tax ID No. 7715023288 (Russia); Registration Number 1027700084312 (Russia) [RUSSIA-EO14024] (Linked To: PUCHKOV, Andrey Sergeyevich).

LLC AUKCION (a.k.a. AUCTION LIMITED LIABILITY COMPANY; a.k.a. AUKCION LIMITED LIABILITY COMPANY; a.k.a. AUKTSION ООО; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AUKTSION), d.14 shosse Entuziastov, Moscow 111024, Russia; Room 12, room IB, ground floor, 32 Leninsky Ave, Moscow, Russia; Website www.aukcion-sbrf.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1027700256297 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-

EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LLC BAIKAL CENTER (a.k.a. BAIKAL.TSENTR; a.k.a. TSENTR RAZVITIYA BAIKALSKOGO REGIONA), Vozdvizhenka d. 7/6, str. 1, pomeshch. 10, Moscow 119019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704732846 (Russia); Registration Number 1097746515240 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC BALTINFOCOM (a.k.a. BALTINFOKOM; a.k.a. LIMITED LIABILITY COMPANY BALTINFOCOM; a.k.a. LIMITED LIABILITY COMPANY BALTINFOKOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БАЛТИНФОКОМ); a.k.a. ООО BALTINFOKOM), Pr-Kt Yaroslavskii D.78, Lit. A, Pom.19N, Saint Petersburg 194214, Russia; 7H, 71, Komstromskoy Avenue, Saint Petersburg 194214, Russia; Website www.baltinfocom.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jul 2007; Organization Type: Other information technology and computer service activities; Tax ID No. 7810481785 (Russia); Registration Number 1077847481535 (Russia) [RUSSIA-EO14024].

LLC BELINVEST-ENGINEERING (a.k.a. BELINVEST-ENGINEERING; a.k.a. BELINVEST-INZHINIRING ООО; a.k.a. LIMITED LIABILITY COMPANY BELINVEST-ENGINEERING), 2 Melnikaite Str., office 10, Minsk 220004, Belarus; Organization Established Date 01 Jun 2011; Registration Number 191450284 (Belarus) [BELARUS-EO14038] (Linked To: BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION BELINVESTBANK JOINT STOCK COMPANY).

LLC BELKAZTRANS (a.k.a. BELKAZTRANS (Cyrillic: БЕЛКАЗТРАНС); a.k.a. LIMITED LIABILITY COMPANY BELKAZTRANS; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BELKAZTRANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛКАЗТРАНС); a.k.a. ООО BELKAZTRANS (Cyrillic: ООО БЕЛКАЗТРАНС); a.k.a. TAA BELKAZTRANS (Cyrillic: ТАА БЕЛКАЗТРАНС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU BELKAZTRANS (Cyrillic:

ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ БЕЛКАЗТРАНС)), pr-t Pobeditelei, d. 20 korpus 3, pom. 215, Minsk 220020, Belarus (Cyrillic: пр-т Победителей, д. 20 корпус 3, пом. 215, г. Минск 220020, Belarus); Organization Established Date 26 Oct 2010; Registration Number 191434523 (Belarus) [BELARUS].

LLC BELOVOPROMZHELDORTRANS (a.k.a. LIMITED LIABILITY COMPANY BELOVSKII PROMYSHLENNYI ZHELEZNODOROZHNYI TRANSPORT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛОВСКИЙ ПРОМЫШЛЕННЫЙ ЖЕЛЕЗНОДОРОЖНЫЙ ТРАНСПОРТ)), d. 13 Mikroraion Tekhnologicheski, Belovo 652644, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4202023632 (Russia); Registration Number 1034202006486 (Russia) [RUSSIA-EO14024].

LLC BP INZHINIRING (Cyrillic: ООО БП ИНЖИНИРИНГ), d. 14 str. 2 etazh 1 pom. I kom. 28, ul. Bolshaya Novodmitrovskaya, Moscow 127015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9715387264 (Russia); Registration Number 1207700264750 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY INFRASTRUCTURE CORPORATION AEON).

LLC BSP GLOBAL (a.k.a. BSP SECURITY; a.k.a. LIMITED LIABILITY COMPANY BSP GLOBAL), ul. Im. Selezneva d. 2, k. 5, pomeshch. 5/1, Krasnodar 350059, Russia; ul. Im Shevchenko, d. 152/4, pomeshchenie 204/2, Krasnodar 350001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2309154426 (Russia); Registration Number 1172375014470 (Russia) [RUSSIA-EO14024].

LLC BUDGET CARRIER (Cyrillic: ООО БЮДЖЕТНЫЙ ПЕРЕВОЗЧИК) (a.k.a. LIMITED LIABILITY COMPANY AVIAKOMPANIYA POBEDA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АВИАКОМПАНИЯ ПОБЕДА); a.k.a. POBEDA AIRLINES), Kilometr Kievskoe Shosse 22-I (P Moskovskii), Domovladen 4, Stroenie 1, Moskovsky 108811, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9705001313 (Russia); Registration Number 5147746103380 (Russia) [RUSSIA-EO14024].

LLC CENTER OF THE SCIENCE RESEARCH AND PRODUCTION WORKS (a.k.a. CENTER

FOR SCIENTIFIC-RESEARCH AND PRODUCTION WORK; a.k.a. TSENTR NAUCHNO ISSLEDOVATELSKIKH I PROIZVODSTVENNYKH RABOT (Cyrillic: ЦЕНТР НАУЧНО ИССЛЕДОВАТЕЛЬСКИХ И ПРОИЗВОДСТВЕННЫХ РАБОТ); a.k.a. "LLC CNIPR"), Ul. Tsentralnaya d. 19, Kogalym 628483, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 8608053410 (Russia); Registration Number 1088608000436 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

LLC CHELYABINSK TRACTOR PLANT URALTRAK (a.k.a. CHTZ URALTRAK), 3 Lenin Ave, office 1, Chelyabinsk 454007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7452027843 (Russia); Registration Number 1027403766830 (Russia) [RUSSIA-EO14024].

LLC CHGLM (a.k.a. LIMITED LIABILITY COMPANY CHARTER GREEN LIGHT MOSCOW (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЧАРТЕР ГРИН ЛАЙТ МОСКВА)), Nauchny Proezd, 19 Business Center 9 Acrov, Moscow 117246, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2015; Tax ID No. 7701088013 (Russia) [RUSSIA-EO14024].

LLC CITYIMPEX (a.k.a. CITIIMPEX; a.k.a. SITIIMPEKS), Ul. Leninskaya Sloboda D. 26, Pomeshch 32/124, Moscow 115280, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9725112364 (Russia); Registration Number 1237700066900 (Russia) [RUSSIA-EO14024].

LLC CMT CRIMEA (a.k.a. KRYM SMT OOO LLC; a.k.a. OOO 'CMT-K'; a.k.a. OOO 'SMT-K'; a.k.a. SMT-CRIMEA; a.k.a. SMT-K; a.k.a. SOVMORTRANS-CRIMEA), ul. Zoi Zhiltsovoy, d. 15, office 51, Simferopol, Crimea, Ukraine; Vokzalnoye Highway 140, Kerch, Ukraine; Anapskoye Highway 1, Temryuk, Russia; Email Address info@smt-k.ru; alt. Email Address info@parom-k.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

LLC COAL MINE KIRBINSKY (a.k.a. KIRBINSKY OPEN PIT MINE; a.k.a. RAZREZ KIRBINSKI OOO), d. 43, pom. 405N, kom. 20, Prospekt Druzhby Narodov, Abakan 655016, Russia;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1901116323 (Russia); Registration Number 1131901005620 (Russia) [RUSSIA-EO14024].

LLC COALSTAR MARINE TERMINAL (a.k.a. LIMITED LIABILITY COMPANY COALSTAR SEA TERMINAL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МОРСКОЙ ТЕРМИНАЛ КОУЛСТАР); a.k.a. "LLC CST"), Office 104, 2 Administrative Town, Nakhodka 692904, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704485266 (Russia); Registration Number 1197746226017 (Russia) [RUSSIA-EO14024].

LLC COMMERCIAL BANK AGROSOYUZ (Cyrillic: ООО КОММЕРЧЕСКИЙ ВАНК АГРОСОЮЗ; Cyrillic: ООО КВ АГРОСОЮЗ) (a.k.a. AGROSOYUZ (Cyrillic: АГРОСОЮЗ); a.k.a. AGROSOYUZ LLC (Cyrillic: АГРОСОЮЗ ООО); a.k.a. COMMERCIAL BANK AGROSOYUZ (Cyrillic: КОММЕРЧЕСКИЙ ВАНК АГРОСОЮЗ)), Ulanskiy pereulok, number 13 building 1, Moscow 101000, Russia; SWIFT/BIC AGSZRU31; alt. SWIFT/BIC AGSZRU33; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

LLC COMMERCIAL BANK ROSTFINANCE (a.k.a. BANK ROSTFINANCE; a.k.a. KAVKAZSKY KOMSELKHOZBANK; a.k.a. OOO CB ROSTFINANS; a.k.a. ROSTFINANS), St 1st Mayskaya, 13a/11a, Rostov-on-Don 344037, Russia; SWIFT/BIC ROSFRU2A; Website www.rostfinance.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 2332006024 (Russia); Legal Entity Number 253400LTWKWWN6SQCF62; Registration Number 1022300003021 (Russia) [RUSSIA-EO14024].

LLC COMPANY RUSMARKET (a.k.a. KOMPANIYA RUSMARKET), Ul. Dekabristov D. 2, K. 2, Kv. 115, Moscow 127562, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9710035597 (Russia); Registration Number 1177746959950 (Russia) [RUSSIA-EO14024].

LLC COMPANY TEKHNOPOL (a.k.a. LLC KOMPANIYA TEKHNOPOL; a.k.a. TECHNOPOLE COMPANY), 5-183 Entuziastov Str., Dubna 141980, Russia; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1992; Tax ID No. 5010027226 (Russia); Registration Number 1025001414283 (Russia) [RUSSIA-EO14024].

LLC CONCORD MANAGEMENT AND CONSULTING (a.k.a. KONKORD MENEDZHMENT I KONSALTING, OOO; a.k.a. LIMITED LIABILITY COMPANY CONCORD MANAGEMENT AND CONSULTING; a.k.a. OBSHCHESTVO S OGRANNICHENNOI OTVETSTVENNOSTYU KONKORD MENEDZHMENT I KONSALTING), D. 13 Litera A, Pom. 2-N N4, Naberezhnaya Reki Fontanki, St. Petersburg 191011, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037843002515 [UKRAINE-EO13661] [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

LLC CONSOL-STROI LTD (a.k.a. LIMITED LIABILITY COMPANY CONSTRUCTION COMPANY CONSOL-STROI LTD; a.k.a. LIMITED LIABILITY COMPANY KONSTRUCTION COMPANY KONSOL STROI LTD; a.k.a. LLC CONSOL-STROI LTD CONSTRUCTION COMPANY; a.k.a. LLC SK CONSOL-STROI LTD; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STROITELNAYA KOMPANIYA KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD, OOO; a.k.a. STROITELNAYA KOMPANIYA KONSOL-STROI LTD), House 16, Borodina Street, Simferopol, Crimea 295033, Ukraine; Website consolstroy.ru; alt. Website consol-stroi.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102070229 (Russia); Government Gazette Number 00823523 (Russia); Registration Number 1159102014170 (Russia) [UKRAINE-EO13685].

LLC CONSOL-STROI LTD CONSTRUCTION COMPANY (a.k.a. LIMITED LIABILITY COMPANY CONSTRUCTION COMPANY CONSOL-STROI LTD; a.k.a. LIMITED LIABILITY COMPANY KONSTRUCTION COMPANY KONSOL STROI LTD; a.k.a. LLC CONSOL-STROI LTD; a.k.a. LLC SK CONSOL-STROI LTD; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STROITELNAYA KOMPANIYA KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD, OOO; a.k.a.

STROITELNAYA KOMPANIYA KONSOL-STROI LTD), House 16, Borodina Street, Simferopol, Crimea 295033, Ukraine; Website consolstroy.ru; alt. Website consol-stroi.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102070229 (Russia); Government Gazette Number 00823523 (Russia); Registration Number 1159102014170 (Russia) [UKRAINE-EO13685].

LLC DELION (a.k.a. "ECOGET"), Ul. Artilleriiskaya D. 111, Office 2, Chelyabinsk 454007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7447228801 (Russia); Registration Number 1137447009908 (Russia) [RUSSIA-EO14024].

LLC DKO ELEKTRONSCHIK (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVENNOSTYU DOM KOMPONENTOV I OBORUDOVANIYA ELEKTRONSCHIK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДОМ КОМПОНЕНТОВ И ОБОРУДОВАНИЯ ЭЛЕКТРОНЩИК)), 23 Novokhokhlovskaya St., Building 1, Office 324, Moscow 109052, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Apr 2005; Tax ID No. 7725535824 (Russia); Registration Number 1057746560970 (Russia) [RUSSIA-EO14024].

LLC DUBAI WATER FRONT (f.k.a. BELINTE ROBE; f.k.a. BELINTE ROBES; f.k.a. JOINT LIMITED LIABILITY COMPANY BELINTE-ROBA (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛИНТЕ-РОБА); a.k.a. LIMITED LIABILITY COMPANY DUBAI WATER FRONT; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DUBAI VOTER FRONT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДУБАЙ ВОТЕР ФРОНТ); a.k.a. OOO DUBAI VOTER FRONT (Cyrillic: ООО ДУБАЙ ВОТЕР ФРОНТ); a.k.a. TAA DUBAI VOTER FRONT (Cyrillic: ТАА ДУБАЙ ВОТЭР ФРОНТ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DUBAI VOTER FRONT (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДУБАЙ ВОТЭР ФРОНТ)), ul. Petra Mstislavtsa, d. 9, pom. 10 (kabinet 34), Minsk 220114, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10 (кабинет 34), г. Минск 220114, Belarus); Organization Established Date 30 Mar 2004; Registration

Number 190527399 (Belarus) [BELARUS-EO14038].

LLC EC SIBMINING (Cyrillic: ООО ЭК СИБМАЙНИГ) (a.k.a. LIMITED LIABILITY COMPANY ENERGETICHESKAYA KOMPANIYA SIBMAINING (Cyrillic: INTERNATIONAL NAME: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭНЕРГЕТИЧЕСКАЯ КОМПАНИЯ СИБМАЙНИНГ)), Office 303, 121 Pisareva Street, Novosibirsk 630005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4217128701 (Russia); Registration Number 1104217007421 (Russia) [RUSSIA-EO14024].

LLC ECHELON INNOVATIONS (a.k.a. ESHELON INNOVATSII; a.k.a. LIMITED LIABILITY COMPANY ECHELON INNOVATIONS (Cyrillic: ЭШЕЛОН ИННОВАЦИИ)), Ul. Elektrozavodskaya d. 24, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Aug 2013; Tax ID No. 7718945192 (Russia); Registration Number 1137746780490 (Russia) [RUSSIA-EO14024].

LLC ECO SHIPPING (a.k.a. ECO SHIPPING LLC RUS; a.k.a. EKO SHIPPING LIMITED LIABILITY COMPANY), Office 207, ul Karla Marksa 15, Arkhangelsk 162000, Russia; d. 8 str. 1, Prichalnaya Isakogorki, Arkhangelsk 163035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2901223574 (Russia); Registration Number 1122901001475 (Russia) [RUSSIA-EO14024].

LLC EDISON (a.k.a. LIMITED LIABILITY COMPANY EDISON (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭДИСОН)), 125367, Vn. Ter. G. Municipal District Pokrovskoe-Streshnevo, Pr-d polesskiy, d. 16, Str. I, Pomeshch. 36/1/2, Moscow, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Jun 2024; Tax ID No. 7733447427 (Russia); Registration Number 1247700410880 (Russia) [SDGT] (Linked To: GHAIRAT, Sohrab).

LLC ELEKKOM LOGISTICS (a.k.a. ELEKKOM LOGISTIK), Pr. I. Ya. Yakovleva D. 3, Of. 908, Cheboksary 428020, Russia; Pr-Kt I. Ya. Yakovelva Zd. 3, Floor 8, Cheboksary 428003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

2130133291 (Russia); Registration Number 1142130002442 (Russia) [RUSSIA-EO14024].

LLC ELSITON KOMPONENT, ul. Nikitina d. 20, office 409, Novosibirsk 630009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5405453030 (Russia); Registration Number 1125476064779 (Russia) [RUSSIA-EO14024].

LLC EMIRATES BLUE SKY (f.k.a. FOREIGN LIMITED LIABILITY COMPANY ZOMEX INVESTMENT (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗОМЕКС ИНВЕСТМЕНТ); a.k.a. LIMITED LIABILITY COMPANY EMIRATES BLUE SKY; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU EMIREITS BLYU SKAI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭМИРЕЙТС БЛЮ СКАЙ); a.k.a. OOO EMIREITS BLYU SKAI (Cyrillic: ООО ЭМИРЕЙТС БЛЮ СКАЙ); a.k.a. TAA EMIREITS BLYU SKAI (Cyrillic: ТАА ЭМИРЭЙТС БЛЮ СКАЙ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU EMIREITS BLYU SKAI (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ЭМІРЭЙТС БЛЮ СКАЙ); f.k.a. "ZOMEX"), ul. Petra Mstislavtsa, d. 9, pom. 10-44, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10-44, г. Минск 220076, Belarus); Organization Established Date 08 Sep 2008; Registration ID 191061449 (Belarus) [BELARUS-EO14038].

LLC ENGINE OF PROGRESS (a.k.a. DVIGATEL PROGRESSA; a.k.a. "LIDER 3D"), Sh. Varshavskoe D. 17, Str. 6, Kom. 18, Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6230114074 (Russia); Registration Number 1196234010719 (Russia) [RUSSIA-EO14024].

LLC ETALON PRO, ul. Lenina d. 146, office 203, Izhevsk 426075, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1841055627 (Russia); Registration Number 1151832011561 (Russia) [RUSSIA-EO14024].

LLC EVROMIKROTEKH (a.k.a. EUROMICROTECH; a.k.a. "EMT OOO"), ul. Vaneeva d. 205, office 506, Nizhniy Novgorod 603122, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5262367076 (Russia); Registration Number 1195275054523 (Russia) [RUSSIA-EO14024].

LLC EXPERIMENTAL DESIGN OFFICE AVIAAUTOMATIKA (a.k.a. AVIAAVTOMATIKA

NAMED AFTER V. TARASOV JSC), Zapolnaya st., 47, Kursk 305040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Oct 2006; Tax ID No. 4632071042 (Russia); Registration Number 1064632050152 (Russia) [RUSSIA-EO14024].

LLC F2 INNOVATIONS, Ul. Akademika Koroleva D. 21D, Perm 614068, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9731015129 (Russia); Registration Number 1187746926333 (Russia) [RUSSIA-EO14024].

LLC FE NTSVO PHOTONIKA (a.k.a. INNOVATIVE ENTERPRISE FORC PHOTONICS; a.k.a. LLC INNOVATIVE ENTERPRISE NTSVO PHOTONIKA; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU INNOVATSIONNOE PREDPRIIATIE NTSVO FOTONIKA; a.k.a. OOO IP NTSVO FOTONIKA), 20 str. 3, Et 4 Pomeshch. l komn., 5 Proezd Nauchnvi, Moscow 117246, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736523556 (Russia); Registration Number 1057747239769 (Russia) [RUSSIA-EO14024].

LLC FIBET NAMI (Cyrillic: ООО ФИБЕТ НАМИ) (a.k.a. LIMITED LIABILITY COMPANY FIBET NAMI ADVANCED ENGINEERING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФИБЕТ НАМИ ПЕРЕДОВОЙ ИНЖЕНИРИНГ)), 2 Avtomotornaya Street, Building 1, Office 221, Moscow 125438, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743345640 (Russia); Registration Number 1207700302545 (Russia) [RUSSIA-EO14024].

LLC FIRMA GEOSTAR (a.k.a. ARMZ MINING MACHINERY; a.k.a. LLC ARMZ MINING MACHINES (Cyrillic: ООО АРМЗ ГОРНЫЕ МАШИНЫ)), 1 Avtodoroga N 46, Office 47, 48, Krasnokamensk Municipal Regional City, Zabaykalskiy Territory 674674, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5213000558 (Russia); Registration Number 1025201099032 (Russia) [RUSSIA-EO14024].

LLC FORTA (Cyrillic: ООО ФОРТА) (a.k.a. FORTA ENGINEERING CENTER LLC), 4 Shvernika Street, Building 2, Floor 6, Suite I, Room 612, Moscow 117036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization

Established Date 04 Jun 2019; Tax ID No. 7727420642 (Russia); Registration Number 1197746359271 (Russia) [RUSSIA-EO14024].

LLC GALIKA CENTER TEKHNOLOGII I SERVIS (a.k.a. LIMITED LIABILITY COMPANY GALIKA TSENTR TEKHNOLOGI I SERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАЛИКА ЦЕНТР ТЕХНОЛОГИЙ И СЕРВИС); a.k.a. LLC GALIKA TSTS (Cyrillic: ООО ГАЛИКА ЦТС)), d. 38A, etazh 4, ofis 401, Moskovskaya, Khimki 141420, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714837936 (Russia); Registration Number 1117746311385 (Russia) [RUSSIA-EO14024].

LLC GALIKA TSTS (Cyrillic: ООО ГАЛИКА ЦТС) (a.k.a. LIMITED LIABILITY COMPANY GALIKA TSENTR TEKHNOLOGI I SERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАЛИКА ЦЕНТР ТЕХНОЛОГИЙ И СЕРВИС); a.k.a. LLC GALIKA CENTER TEKHNOLOGII I SERVIS), d. 38A, etazh 4, ofis 401, Moskovskaya, Khimki 141420, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714837936 (Russia); Registration Number 1117746311385 (Russia) [RUSSIA-EO14024].

LLC GARANT-SV (a.k.a. GARANT-SV; a.k.a. GARANT-SV LIMITED LIABILITY COMPANY; a.k.a. GARANT-SV LLC; a.k.a. GARANT-SV, OOO; a.k.a. LIMITED LIABILITY COMPANY GARANT-SV; a.k.a. OOO GARANT-SV), House 9, Generala Ostryakova Street, Opolznevoye Village, Yalta, Crimea 298685, Ukraine; 9, Generala Ostryakova St., Opolznevoye, Yalta, Crimea 298685, Ukraine; Website http://mriyaresort.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103007830 (Russia); Registration Number 1149102066740 (Russia) [UKRAINE-EO13685].

LLC GAZPROM SPG PORTOVAIA (a.k.a. GAZPROM LNG PORTOVAYA LLC; a.k.a. GAZPROM SPG PORTOVAYA LIMITED LIABILITY COMPANY (Cyrillic: ГАЗПРОМ СПГ ПОРТОВАЯ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)), d. 20-22 litera A, ul. Galernaya, Saint Petersburg 190000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728173890 (Russia); Registration Number 1027700311760 (Russia) [RUSSIA-EO14024].

LLC GEOPROMAINING (Cyrillic: ООО ГЕОПРОМАЙНИНГ), d. 58 etazh 10 kom. 11, 12,16, prospekt Nakhimovski, Moscow 117335, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706683947 (Russia); Registration Number 1087746303479 (Russia) [RUSSIA-EO14024] (Linked To: LLC HOLDING GPM).

LLC GLOBALVOENTRAIDING LTD (a.k.a. GLOBALVOENTREIDING LTD OOO; a.k.a. LIMITED LIABILITY COMPANY GLOBALVOENTREYDING LTD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЛОБАЛВОЕНТРЕЙДИНГ ЛТД)), 3 1-Ya Rybinskaya Street, Building 1, Floor 4, Office 9/2, Moscow 107113, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Oct 2002; Tax ID No. 7709388844 (Russia); Registration Number 1027709015641 (Russia) [RUSSIA-EO14024].

LLC GOLFSTRIM (Cyrillic: ООО ГОЛЬФСТРИМ), Ul. Tsekhovaya 1, Almetyevsk 423450, Russia; ul. Bolshaya Cheremushkinskaya d. 34, kom. 64-65, Moscow 117218, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 1650289328 (Russia); Registration Number 1141650013042 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

LLC GRANT INSTRUMENT, Ul. Tsvetochnaya D. 16, Str. 1, Pomeshch. 425, Saint Petersburg 196006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7807042570 (Russia); Registration Number 1037819007522 (Russia) [RUSSIA-EO14024].

LLC GRK BYSTRINSKOE (a.k.a. LIMITED LIABILITY COMPANY GRK BYSTRINSKOE; a.k.a. "GRK BYSTRINSKOYE"), d. 99g soor. 1, ul. Shilova, Chita, Zabaykalskiy kray 672038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701568891 (Russia); Registration Number 1047796898600 (Russia) [RUSSIA-EO14024].

LLC GROSVER GRUP (Cyrillic: ООО ГРОСВЕР ГРУП), UL. Korzhenevskogo 14, Minsk 220108, Belarus; St. Novo-Moskovskaya, 5, Smolensk 214012, Russia; Organization Established Date 23 Jan 2012; Tax ID No. 191695746 (Belarus) [BELARUS-EO14038].

LLC GROUP 99 (Cyrillic: ООО ГРУППА 99) (a.k.a. "GRUPPA 99"), 57 Dubinskaya St., Bldg 3, Moscow 115054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2012; Tax ID No. 7731141263 (Russia); Registration Number 1117746608462 (Russia) [RUSSIA-EO14024].

LLC GRUPPA AKVARIUS (a.k.a. LIMITED LIABILITY COMPANY GROUP OF COMPANIES AKVARIUS; a.k.a. LLC PRODUCTION COMPANY AQUARIUS; a.k.a. "AQUARIUS"), Vl6str1 22 km Kiyevskoye Highway, Moscow 119027, Russia; Kievskoe Shosse, 22-km, 6, Bldg. 1, Moscow 108811, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jan 2003; Tax ID No. 7701321693 (Russia); Registration Number 1037701002217 (Russia) [RUSSIA-EO14024].

LLC GUDZON SHIPPING CO (a.k.a. GUDZON SHIPPING CO LLC; a.k.a. OOO GUDZON SHIPPING CO; a.k.a. SK GUDZON, OOO), ul Tigorovaya 20A, Vladivostok, Primorskiy kray 690091, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5753988 [DPRK4].

LLC HAVERIM (a.k.a. CHAVERIM; a.k.a. LIMITED LIABILITY COMPANY KHAVERIM), nab. Oktyabrskaya d. 104, k. 1 lit. p, office 401, Saint Petersburg 193079, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811753791 (Russia); Registration Number 1207800168520 (Russia) [RUSSIA-EO14024].

LLC HEAD POINT (a.k.a. LIMITED LIABILITY COMPANY HEAD POINT), Ul. Bolshaya Pochtovaya, D. 26, Str. 1, Et/Pom/Kom/Of. 6/I/2B/1, Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704503123 (Russia); Registration Number 1037739904707 (Russia) [RUSSIA-EO14024].

LLC HOLDING GPM (Cyrillic: ООО ХОЛДИНГ ГПМ), d. 18 pom. 20N/5 ofis 6E, ul. Izumrudnaya, Moscow 129346, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716978587 (Russia); Registration Number 1237700115564 (Russia) [RUSSIA-EO14024].

LLC IC ABROS (a.k.a. THE LIMITED LIABILITY COMPANY INVESTMENT COMPANY ABROS), 2 Liter a Pl. Rastrelli, St. Petersburg 191124, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Government Gazette Number 72426791; Telephone: 7812 3358979 [UKRAINE-EO13661].

LLC IK MMK-FINANS (Cyrillic: ООО ИК ММК-ФИНАНС) (a.k.a. IK MMK-FINANS; a.k.a. INVESTITSIONNAYA KOMPANIYA MMK-FINANS; a.k.a. LIMITED LIABILITY COMPANY INVESTMENT COMPANY MMK-FINANS; a.k.a. MMK-FINANS OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNAYA KOMPANIYA MMK-FINANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТИЦИОННАЯ КОМПАНИЯ ММК-ФИНАНС); f.k.a. RASCHETNO-FONDOVY TSENTR, ZAKRYTOE AKTSIONERNOE OBSHCHESTVO INVESTITSIONNAYA KOMPANIYA), 70, ul. Kirova Magnitogorsk, Chelyabinskaya Obl. 455019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 May 1996; Tax ID No. 7446045354 (Russia); Government Gazette Number 34565086 (Russia); Registration Number 1057421016047 (Russia) [RUSSIA-EO14024] (Linked To: PUBLICHNOE AKTSIONERNOE OBSCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT).

LLC INFORION (a.k.a. INFORION OOO; a.k.a. LIMITED LIABILITY COMPANY INFORION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНФОРИОН)), Ul. Bolshaya Semenovskaya d. 45, Moscow 107023, Russia; Website inforion.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Feb 2006; Organization Type: Other information technology and computer service activities; Tax ID No. 7715592358 (Russia); Registration Number 1067746288323 (Russia) [RUSSIA-EO14024].

LLC INFRASTRUCTURE MOLZHANINOVO (Cyrillic: ООО ИНФРАСТРУКТУРА МОЛЖАНИНОВО) (a.k.a. INFRASTRUKTURA MOLZHANINOVO; f.k.a. LLC RESAD (Cyrillic: ООО РЕСАД); f.k.a. RESAD LLC), ul. Bryanskaya D. 5, et 4 pom. I kom 25, Moscow

121059, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733109347 (Russia); Registration Number 1027739071337 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC INKOR (a.k.a. LIMITED LIABILITY COMPANY INKOR), Ul. Goleva D. 10A, Perm 614081, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Sep 2014; Tax ID No. 5905950978 (Russia); Government Gazette Number 35770183 (Russia); Registration Number 1145958052844 (Russia) [RUSSIA-EO14024].

LLC INNO BETON 21, Sh. Volokolamskoe ZD. 119, Pomeshch. 24, Rumyantsevo 143560, Russia; 26 km Novorizhskoe shosse, Business Center Riga Land, Building 6, Krasnogorsk 143421, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5017124589 (Russia); Registration Number 1205000104297 (Russia) [RUSSIA-EO14024].

LLC INNOTECH SOLUTIONS (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU INNOTEKH SOLYUSHNS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИННОТЕХ СОЛЮШНС)), 104-105, Pobediteley avenue, Minsk 220062, Belarus; 21B-4, 9, Kulman Street, Minsk 220100, Belarus; Organization Established Date Oct 2018; Target Type State-Owned Enterprise; Tax ID No. 193156727 (Belarus) [BELARUS-EO14038] (Linked To: OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING).

LLC INNOVATIVE ENTERPRISE NTSVO PHOTONIKA (a.k.a. INNOVATIVE ENTERPRISE FORC PHOTONICS; a.k.a. LLC FE NTSVO PHOTONIKA; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU INNOVATSIONNOE

PREDPRIIATIE NTSVO FOTONIKA; a.k.a. OOO IP NTSVO FOTONIKA), 20 str. 3, Et 4 Pomeshch. l komn., 5 Proezd Nauchnvi, Moscow 117246, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736523556 (Russia); Registration Number 1057747239769 (Russia) [RUSSIA-EO14024].

LLC INSPIRA INVEST A (Cyrillic: ООО ИНСПИРА ИНВЕСТ А) (a.k.a. INSPIRA INVEST A OOO; a.k.a. LIMITED LIABILITY COMPANY INSPIRA INVEST A (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНСПИРА ИНВЕСТ А)), et 1 pom 2 kom 28-1 of 1, dom 9, ulitsa Leninskaya Sloboda, Moscow 115280, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Apr 2017; Tax ID No. 7725367175 (Russia); Registration Number 1177746359834 (Russia) [RUSSIA-EO14024] (Linked To: PUCHKOV, Andrey Sergeyevich).

LLC INSURANCE BROKER OF SBERBANK (a.k.a. LIMITED LIABILITY COMPANY SBERBANK INSURANCE BROKER; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVOI BROKER SBERBANKA; a.k.a. OOO STRAKHOVOI BROKER SBERBANKA; a.k.a. SBERBANK INSURANCE BROKER LLC), 42 Bolshaya Yakimanka St., b. 1-2, office 206, Moscow 119049, Russia; 1 Vasilisy Kozhinoy Street, building 1, floor 11, room 30, Moscow 121096, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683468 (Russia); Tax ID No. 7706810730 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LLC INSURANCE COMPANY SBERBANK INSURANCE (a.k.a. INSURANCE COMPANY SBERBANK INSURANCE LIMITED LIABILITY COMPANY; f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK OBSHCHEE STRAKHOVANIE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE; a.k.a. SBERBANK INSURANCE COMPANY LTD; a.k.a. SBERBANK INSURANCE IC LLC; a.k.a. SBERBANK STRAHOVANIE OOO SK; a.k.a. SK SBERBANK STRAHOVANIE LLC; a.k.a. STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE), 42 Bolshaya Yakimanka St., b. 1-2, office 209, Moscow 119049, Russia; 7 ul. Pavlovskaya, Moscow, Russia; 3 Poklonnaya Street, building 1, floor 1, office 3, Moscow 121170, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683479 (Russia); Tax ID No. 7706810747 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LLC INTER TOBACCO (a.k.a. INTER TOBACCO; f.k.a. JOINT LIMITED LIABILITY COMPANY INTERDORS (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРДОРС); a.k.a. LIMITED LIABILITY COMPANY INTER TOBACCO; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU INTER TOBAKKO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕР ТОБАККО); a.k.a. OOO INTER TOBAKKO (Cyrillic: ООО ИНТЕР ТОБАККО); a.k.a. TAA INTER TABAKKA (Cyrillic: ТАА ІНТЭР ТАБАККА); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTER TABAKKA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭР ТАБАККА)), d. 131 (FEZ Minsk), Novodvorskiy village, Novodvorskiy village council, Minsk District, Minsk Oblast 223016, Belarus (Cyrillic: д. 131 (СЭЗ Минск), Новодворский сельсовет, с/с Новодворский, Минский район, Минская область 223016, Belarus); Organization Established Date 10 Oct 2002; Registration Number 808000714 (Belarus) [BELARUS-EO14038].

LLC INTERRESURS, Ul. Marshala Govorova D. 35, Korpus 4 Lit. I, Pom.30-N, Office 717, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7839504717 (Russia); Registration Number 1147847385124 (Russia) [RUSSIA-EO14024].

LLC IQ COMPONENTS (a.k.a. AI KYU KOMPONENTS), ul. Salova d. 45, lit. Ya, pomeshch. 1N komnata 35, Saint Petersburg 192102, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7816691806 (Russia); Registration Number 1197847052963 (Russia) [RUSSIA-EO14024].

LLC IRC VST (a.k.a. LIMITED LIABILITY COMPANY INTERREGIONCONSTRUCTION VST; a.k.a. LIMITED LIABILITY COMPANY MEZHREGIONSTROY RVS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖРЕГИОНСТРОЙ РВС)), Office 77, Kom. 3, Floor 1, Str. 3, D. 14, Pl. Spartakovskaya, Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701197231 (Russia); Registration Number 1227700085106 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY MEZHREGIONSTROY).

LLC IRGS (a.k.a. LIMITED LIABILITY COMPANY INTERREGIONGASCONSTRUCTION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖРЕГИОНГАЗСТРОЙ); a.k.a. LIMITED LIABILITY COMPANY LIDER STROY), Office 20G, Kom. 1G, Floor 1, Str. 50, D. 35, Ul. Nizhnyaya Krasnoselskaya, Moscow 105066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701193519 (Russia); Registration Number

1227700002870 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY MEZHREGIONSTROY).

LLC ITS AVTONOMNAYA ENERGETIKA (a.k.a. LIMITED LIABILITY COMPANY INZHINIRINGOVIY TSENTR AVTONOMNAYA ENERGETIKA), d. 5 pom. 3A, prospekt Georgievski, Moscow 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720450380 (Russia); Registration Number 1197746005357 (Russia) [RUSSIA-EO14024].

LLC ITS SIBIR (a.k.a. ETS SIBERIA; a.k.a. ITS SIBIR), Severnoe shosse D 31, Krasnoyarsk 660020, Russia; Severnoye highway, 16a, Krasnoyarsk, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2466208907 (Russia); Registration Number 1082468021910 (Russia) [RUSSIA-EO14024].

LLC ITTS ATM (Cyrillic: ООО ИТЦ АТМ) (a.k.a. ETC ATM LIMITED; a.k.a. INZHENERNO TEKHNOLOGICHESKII CENTER ATM OOO; a.k.a. LIMITED LIABILITY COMPANY INZHENERNO TEKHNOLOGICHESKI TSENTR ATM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИИНЖЕНЕРНО ТЕХНОЛОГИЧЕСКИЙ ЦЕНТР АТМ)), ofis 310 vladenie 5A str. 1, shosse Volkovskoe, Mytishchi 141006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810504175 (Russia); Registration Number 1089847039590 (Russia) [RUSSIA-EO14024].

LLC IURSKI (a.k.a. LIMITED LIABILITY COMPANY YURSKI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЮРСКИЙ)), Ul. 26 Piket, D. 12, Aldan 678900, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730257548 (Russia); Registration Number 1207700192732 (Russia) [RUSSIA-EO14024].

LLC JET SNAB (a.k.a. LIMITED LIABILITY COMPANY DZHET SNAB), D. 164 pom. 19, Ul. A. Nevskogo, Kaliningrad 236029, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3906260444 (Russia); Registration Number 1123926011934 (Russia) [RUSSIA-EO14024].

LLC JOINT VENTURE KVANT (a.k.a. JOINT VENTURE QUANTUM TECHNOLOGIES; a.k.a. LIMITED LIABILITY COMPANY SOVMESTNOYE PREDPRIYATIYE KVANTOVYE TEKHNOLOGII; a.k.a. LLC JV KVANT; a.k.a. "SP QUANT"), 46 Varshavskoye Highway, Moscow 115230, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Mar 2020; Tax ID No. 7726464220 (Russia); Registration Number 1207700141032 (Russia) [RUSSIA-EO14024].

LLC JV KVANT (a.k.a. JOINT VENTURE QUANTUM TECHNOLOGIES; a.k.a. LIMITED LIABILITY COMPANY SOVMESTNOYE PREDPRIYATIYE KVANTOVYE TEKHNOLOGII; a.k.a. LLC JOINT VENTURE KVANT; a.k.a. "SP QUANT"), 46 Varshavskoye Highway, Moscow 115230, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Mar 2020; Tax ID No. 7726464220 (Russia); Registration Number 1207700141032 (Russia) [RUSSIA-EO14024].

LLC KALININGRADNEFTEPRODUCT (a.k.a. KALININGRADNEFTEPRODUKT LLC; a.k.a. KALININGRADNEFTEPRODUKT OOO; a.k.a. LIMITED LIABILITY COMPANY KALININGRADNEFTEPRODUCT), 22-b Komsomolskaya Ulitsa, Central District, Kaliningrad, Russia; Email Address knp@baltnet.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1023900589240 (Russia); Tax ID No. 3900000136 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

LLC KAMSKY KABEL (a.k.a. KAMKABEL; a.k.a. KAMSKII KABEL; a.k.a. KAMSKIY KABEL LLC; a.k.a. OOO KAMSKIJ KABEL), Ul. Gaivinskaya D. 105, Perm 614030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5904184047 (Russia); Registration Number 1085904004779 (Russia) [RUSSIA-EO14024].

LLC KB 78, Ul. Serdobolskaya D. 64, Lit. E, Pomeshch. 4-N, Kom. 13, Saint Petersburg 197342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Manufacture of other special-purpose machinery; Tax ID No.

7842200726 (Russia); Registration Number 1227800027510 (Russia) [RUSSIA-EO14024].

LLC KINEF (a.k.a. KINEF; a.k.a. KINEF OOO; a.k.a. LIMITED LIABILITY COMPANY PRODUCTION ASSOCIATION KIRISHINEFTEORGSINTEZ), d. 1 Shosse Entuziastov, Kirishi, Leningradskaya Oblast 187110, Russia; Website http://www.kinef.ru; Email Address kinef@kinef.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1024701478735 (Russia); Tax ID No. 4708007089 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

LLC KINOATIS (a.k.a. KINOATIS; a.k.a. KINOATIS LLC; a.k.a. LIMITED LIABILITY COMPANY KINOATIS), Ul. Polkovaya D. 3, Str. 6, ET/POM/KOM 6/1/1, 3, Moscow 127018, Russia; Ul. Polkovaya, d. 3, Str. 6, r. 13, Moscow 127018, Russia; 36613 Polkovaya, Moscow, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 23 Jun 2004; Tax ID No. 7743531082; Business Registration Number 1047796451658 [DPRK3] (Linked To: SEK STUDIO).

LLC KIRISHIAVTOSERVIS (a.k.a. KIRISHIAVTOSERVIS OOO; a.k.a. LIMITED LIABILITY COMPANY KIRISHIAVTOSERVIS), Lit A, 12 Smolenskaya Ulitsa, St. Petersburg 196084, Russia; Website www.kirishiavtoservis.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1057807804064 (Russia); Tax ID No. 7840016802 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-

center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

LLC KOKSOKHIMTRANS (Cyrillic: ООО КОКСОХИМТРАНС) (a.k.a. KOKSOKHIMTRANS LTD.; a.k.a. KOKSOKHIMTRANS OOO), Rakhmanovskiy lane, 4, bld. 1, Morskoy House, Moscow 127994, Russia; prospekt Olimpiyskiy 14, Moscow 129090, Russia; d. 1, kab. 602, etazh 6, ul. Vasilisy Kozhinoi, Moscow 121096, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707294809 (Russia); Government Gazette Number 57067113 (Russia); Business Registration Number 1037739709138 (Russia) [UKRAINE-EO13685] [RUSSIA-EO14024] [PEESA-EO14039].

LLC KOLIBRI GROUP (Cyrillic: ООО КОЛИБРИ ГРУПП) (a.k.a. LIMITED LIABILITY COMPANY KOLIBRI GROUP), 123308, Vn. Ter. G. Municipal District, Khoroshevo-Mnevniki, Pr-kt Mashala Zhukova, d. 2, Pomeshch. 19/3, Moscow, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 29 Aug 2024; Tax ID No. 9734004492 (Russia); Registration Number 1247700583888 (Russia) [SDGT] (Linked To: GHAIRAT, Sohrab).

LLC KOMPANIYA TEKHNOPOL (a.k.a. LLC COMPANY TEKHNOPOL; a.k.a. TECHNOPOLE COMPANY), 5-183 Entuziastov Str., Dubna 141980, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1992; Tax ID No. 5010027226 (Russia); Registration Number 1025001414283 (Russia) [RUSSIA-EO14024].

LLC KURORT ZOLOTOE KOLTSO (a.k.a. KURORT ZOLOTOE KOLTSO (Cyrillic: КУРОРТ ЗОЛОТОЕ КОЛЬЦО); a.k.a. LLC RESORT ZOLOTOE KOLTSO), ul. Svobody D. 8, office 6, g. Pereslavl-Zalesskii, 152020, Russia; Shosse Varshavskoe D 47, korp 4, Moscow 114230, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724331673 (Russia); Registration Number 1157746795733 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC KVARTA VK (a.k.a. KVARTA VK; a.k.a. KVARTA VK OOO; a.k.a. LIMITED LIABILITY COMPANY KVARTA VK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КВАРТА ВК); a.k.a. QVARTA VK COMPANY LIMITED; a.k.a. "QUARTA"), D. 9 Str. 1 Pomeshch/Etazh 3/0/2 Pomeshch/Kom III; IV/1-8, 8, Naberezhnaya Moskvoretskaya, Moscow 109240, Russia; Website quarta.su; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Other information technology and computer service activities; Tax ID No. 7704198800 (Russia); Registration Number 1027700300693 (Russia) [RUSSIA-EO14024].

LLC LABORATORY OF ADDITIVE TECHNOLOGIES (a.k.a. LLC LASER DEVICES AND TECHNOLOGIES (Cyrillic: ООО ЛАЗЕРНЫЕ ПРИБОРЫ И ТЕХНОЛОГИИ; Cyrillic: ТАА ЛАЗЕРНЫЯ ПРЫБОРЫ I ТЭХНАЛОГII); a.k.a. ООО LABORATORIYA ADDITIVNYKH TEKHNOLOGIY (Cyrillic: ООО ЛАБОРАТОРИЯ АДДИТИВНЫХ ТЕХНОЛОГИЙ); a.k.a. TAA LABARATORYYA ADYTYUNYKH TECHNALOHIY (Cyrillic: ТАА ЛАБАРАТОРЫЯ АДЫТЫЎНЫХ ТЭХНАЛОГIЙ)), Pekinskiy bld. 22, Minsk 222205, Belarus; Tsentralnaya Str. 2, room ll6, Yutski 222744, Belarus; Organization Established Date 09 Feb 2017; Tax ID No. 691827047 (Belarus) [BELARUS-EO14038].

LLC LAMPUR (a.k.a. LIMITED LIABILITY COMPANY PROTEKTOR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОТЕКТОР); a.k.a. "LLC PROPARTS"), K. 7, D. 7A Proezd Stroitelny, Moscow 125362, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9731012061 (Russia); Registration Number 1187746854140 (Russia) [RUSSIA-EO14024].

LLC LASER COMPONENTS (Cyrillic: ООО ЛАЗЕРНЫЕ КОМПОНЕНТЫ) (a.k.a. LAZERNYE KOMPONENTY OOO), Shosse Varshavskoe, Dom 1, Stroenie 17, Etazh 2, Komnata 1, Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704811495 (Russia); Registration Number 1127746532616 (Russia) [RUSSIA-EO14024].

LLC LASER DEVICES AND TECHNOLOGIES (Cyrillic: ООО ЛАЗЕРНЫЕ ПРИБОРЫ И ТЕХНОЛОГИИ; Cyrillic: ТАА ЛАЗЕРНЫЯ ПРЫБОРЫ I ТЭХНАЛОГII) (a.k.a. LLC LABORATORY OF ADDITIVE TECHNOLOGIES; a.k.a. ООО LABORATORIYA ADDITIVNYKH TEKHNOLOGIY (Cyrillic: ООО ЛАБОРАТОРИЯ АДДИТИВНЫХ ТЕХНОЛОГИЙ); a.k.a. TAA LABARATORYYA ADYTYUNYKH TECHNALOHIY (Cyrillic: ТАА ЛАБАРАТОРЫЯ АДЫТЫЎНЫХ ТЭХНАЛОГIЙ)), Pekinskiy bld. 22, Minsk 222205, Belarus; Tsentralnaya Str. 2, room ll6, Yutski 222744, Belarus; Organization Established Date 09 Feb 2017; Tax ID No. 691827047 (Belarus) [BELARUS-EO14038].

LLC LENGIPRONEFTEKHIM (a.k.a. INSTITUT PO PROEKTIROVANIYU PREDPRIYATY NEFTEPERERABATYVAYUSCHEY I NEFTEKHIMICHESKOY PROMYSHLENNOSTI, LIMITED LIABILITY COMPANY; a.k.a. LENGIPRONEFTEKHIM OOO; a.k.a. LIMITED LIABILITY COMPANY DESIGN AND ENGINEERING INSTITUTE FOR OIL REFINING AND PETROCHEMICAL ENTERPRISES; a.k.a. LIMITED LIABILITY COMPANY OIL REFINING AND PETROCHEMICAL FACILITIES DESIGN INSTITUTE), D. 94, Obvodnogo Kanala, nab, St. Petersburg 196084, Russia; Email Address lgnch@lgnch.spb.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1057803105755 (Russia); Tax ID No. 7810327462 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

LLC MA TVERNEFTEPRODUCT (a.k.a. LIMITED LIABILITY COMPANY MARKETING ASSOCIATION TVERNEFTEPRODUCT; a.k.a. SBYTOVOE OBYEDINENIE TVERNEFTEPRODUKT; a.k.a. SO TVERNEFTEPRODUKT OOO), 6 Novotorzhskaya Ulitsa, Tver, Russia; Website www.tvernefteproduct.ru; Email Address tnp@dep.tvcom.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related

Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1026900510647 (Russia); Tax ID No. 6905041501 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

LLC MASHIMPORT, Ul. Bolshaia Semenovskaia, 40 Str. 13, Et. 4 pomeshch. 403, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719717008 (Russia); Registration Number 1097746058552 (Russia) [RUSSIA-EO14024].

LLC MATRITSA (a.k.a. MATRIX LIMITED; a.k.a. MATRIX LLC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МАТРИЦА); a.k.a. MATRIX LTD (Cyrillic: ООО МАТРИЦА); a.k.a. OPERATION ZERO; a.k.a. OPZERO), Sh. Petergofskoe, 73, Letter T, Office 26/1, Room 1, Municipal District Sosnovaya Polyana, Saint Petersburg 198206, Russia; Website opzero.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 27 Sep 2021; Organization Type: Computer programming activities; PAIPA Section 2 Information: BLOCKING OF PROPERTY (entity). Sec.2(b)(1)(A) - All property and interests in property of this entity are blocked, and all transactions with this entity are prohibited, except for the importation of goods.; alt. PAIPA Section 2 Information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec.2(b)(1)(D) - United States financial institutions are prohibited from making loans or providing credits to this entity totaling more than $10,000,000 in any 12-month period, subject to the exception set forth in PAIPA Section 2(b)(1)(D).; alt. PAIPA Section 2 Information: FOREIGN EXCHANGE. Sec.2(b)(1)(H) - Transactions in foreign exchange that are subject to the jurisdiction of the United States and in which this entity has any interest are prohibited.; alt. PAIPA Section 2 Information: BANKING TRANSACTIONS. Sec.2(b)(1)(I) - Any transfers of credit or payments between financial institutions or by, through, or to any financial institution, to the extent that such transfers or payments are subject to the jurisdiction of the United States and involve any

interest of this entity, are prohibited.; alt. PAIPA Section 2 Information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec.2(b)(1)(J) - Any United States person is prohibited from investing in or purchasing significant amounts of equity or debt instruments of this entity.; Tax ID No. 7807251301 (Russia); Registration Number 1217800148609 (Russia) [CAATSA - RUSSIA] [CYBER4] [PAIPA].

LLC MECHEL INFOTEKH (Cyrillic: ООО МЕЧЕЛ ИНФОТЕХ) (a.k.a. LIMITED LIABILITY COMPANY MECHEL INFORMATSIONNYYE TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЧЕЛ ИНФОРМАЦИОННЫЕ ТЕХНОЛОГИИ)), d. 14 korp. ZD. ATS ofis 2. 10, ul. Paveletskaya 2-Ya, Chelyabinsk 454047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7460042450 (Russia); Registration Number 1187456023886 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MECHEL MAINING).

LLC MECHEL KOKS (Cyrillic: ООО МЕЧЕЛ КОКС) (a.k.a. LIMITED LIABILITY COMPANY CHELYABINSKIY ZAVOD PO PROIZVODSTVU KOKSOKHIMICHESKOY PRODUKTSII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЧЕЛЯБИНСКИЙ ЗАВОД ПО ПРОИЗВОДСТВУ КОКСОХИМИЧЕСКОЙ ПРОДУКЦИИ)), d. 14 ul. Paveletskaya 2-Ya, Chelyabinsk 454047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7450043423 (Russia); Registration Number 1067450023156 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MECHEL MAINING).

LLC MECHEL MINING MANAGEMENT COMPANY (a.k.a. LIMITED LIABILITY COMPANY UPRAVLYAYUSHCHAYA KOMPANIYA MECHEL MAINING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ МЕЧЕЛ МАЙНИНГ); a.k.a. LLC UK MECHEL MAINING (Cyrillic: ООО УК МЕЧЕЛ МАЙНИНГ)), d. 1 ul. Krasnoarmeiskaya, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5410020539 (Russia); Registration Number 1085410004811 (Russia) [RUSSIA-EO14024].

LLC MELYTEC (a.k.a. "MELITEK"), Ul. Obrucheva D. 34/63, Str. 2, Moscow 117342,

Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728644821 (Russia); Registration Number 1077764798979 (Russia) [RUSSIA-EO14024].

LLC MINATEKH (a.k.a. MINATEH), ul. Tkatskaya d. 5, str. 1, floor 3, Moscow 105318, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719404005 (Russia); Registration Number 1157746133654 (Russia) [RUSSIA-EO14024].

LLC MIR STANOCHKINA (a.k.a. LLC MIR STANOCHNIK), Ul. Narodnaya D. 14, Str. 3, Et Podval Pom.I Kom 2, Moscow 115172, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7705737205 (Russia); Registration Number 1067746716443 (Russia) [RUSSIA-EO14024].

LLC MIR STANOCHNIK (a.k.a. LLC MIR STANOCHKINA), Ul. Narodnaya D. 14, Str. 3, Et Podval Pom.I Kom 2, Moscow 115172, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7705737205 (Russia); Registration Number 1067746716443 (Russia) [RUSSIA-EO14024].

LLC MORTRANSERVIS (a.k.a. LIMITED LIABILITY COMPANY MORTRANSSERVICE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МОРТРАНССЕРВИС); a.k.a. MORTRANSSERVICE LLC MOSCOW; a.k.a. MORTRANSSERVIS OOO), ul Viktora Gyugo, Building 1, 3rd Floor, Room 15, Office 302, 303, Kaliningrad 129110, Russia; zd. 1 pom. 16, KAB. 403 (4 ET.), ul. V. Gyugo, Kaliningrad 236006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707847556 (Russia); Identification Number IMO 5933437; Business Registration Number 5147746277036 (Russia) [RUSSIA-EO14024] [PEESA-EO14039].

LLC MOSPRESS (a.k.a. MOSPRESS METAL SPINNING AND FLOW FORMING FACTORY), Ul. Akademika Koroleva D. 13, Str. 1, Et 4 Pom. III Kom 23, Moscow 129515, Russia; Akademika Koroleva st., 13, bldg. 1, office 455, Moscow 129515, Russia; 1-Y Verkhniy Pereulok, 12B, Saint Petersburg, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5075029260 (Russia); Registration Number 1165075051404 (Russia) [RUSSIA-EO14024].

LLC MOT (a.k.a. OOO MOT), UL. Moskovskaya 202B/8-2, Brest 224020, Belarus; Organization Established Date 25 Sep 2016; Organization Type: Manufacture of other fabricated metal

products n.e.c.; Tax ID No. 291194100 (Belarus) [BELARUS-EO14038].

LLC MRGS (a.k.a. LIMITED LIABILITY COMPANY MEZHREGIONGIDROSTROY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖРЕГИОНГИДРОСТРОЙ); a.k.a. MEZHREGIONGIDROSTROI), Chast #1304, Lit. A, Pomeshch., D. 93A, Nab. Obvodnogo Kanala, Saint Petersburg 191119, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7838103021 (Russia); Registration Number 1227800028543 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY MEZHREGIONSTROY).

LLC MTK KRASO (a.k.a. METAL TRADING COMPANY KRASO; a.k.a. METALLOTORGOVAYA KOMPANIYA KRASO), Pr-kt Druzhby D. 55, Novokuznetsk 654000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1104217000645 (Russia); Tax ID No. 4217121858 (Russia) [RUSSIA-EO14024].

LLC MURMANSK LNG (Cyrillic: ООО МУРМАНСК СПГ), ul. Spolokhi 4a, Murmansk 183025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5190097702 (Russia); Registration Number 1235100006338 (Russia) [RUSSIA-EO14024].

LLC NAMI IC (Cyrillic: ООО НАМИ ИК) (a.k.a. LIMITED LIABILITY COMPANY NAMI INNOVATIVE COMPONENTS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАМИ ИННОВАЦИОННЫЕ КОМПОНЕНТЫ); a.k.a. ООО NAMI INNOVATSIONNYE KOMPONENTY), 1 Roberta Bosha Street, Preobrazhenka village 443532, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6330056813 (Russia); Registration Number 1136330001235 (Russia) [RUSSIA-EO14024].

LLC NANOCHIP MSK (Cyrillic: ООО НАНОЧИП МСК) (a.k.a. LIMITED LIABILITY COMPANY N CHIP MSK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ Н ЧИП МСК)), 3 Musorgskovo St., Floor 3, Room 317, Moscow 127490, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733380370 (Russia); Registration Number 1227700087340 (Russia) [RUSSIA-EO14024].

LLC NCO RUSSIAN FINANCIAL SOCIETY (Cyrillic: НКО РУССКОЕ ФИНАНСОВОЕ ОБЩЕСТВО ООО) (a.k.a. LIMITED LIABILITY COMPANY NON-BANK CREDIT ORGANIZATION RUSSIAN FINANCIAL SOCIETY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НЕБАНКОВСКАЯ КРЕДИТНАЯ ОРГАНИЗАЦИЯ РУССКОЕ ФИНАНСОВОЕ ОБЩЕСТВО)), house 9/26, building 1, Shchipok street, Moscow 115054, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 7744002860 (Russia); alt. Tax ID No. 770501001 (Russia); Registration Number 1027744004903 (Russia) [NPWMD].

LLC NEOVEITUS (a.k.a. LIMITED LIABILITY COMPANY NEOVEYTUS; a.k.a. NEOVEITUS), Ul. Malaya Pirogovskaya D.16, Moscow 119435, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704838264 (Russia); Registration Number 1137746534430 (Russia) [RUSSIA-EO14024].

LLC NEWTON TECHNIKS (a.k.a. LIMITED LIABILITY COMPANY NEWTON TECHNICS), Ferrosplavnaya st., 126A, office 4204, Chelyabinsk 454084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7453330433 (Russia); Registration Number 1197456035215 (Russia) [RUSSIA-EO14024].

LLC NIZHNEKAMSK MECHANICAL PLANT (a.k.a. "NMZ"), Ter. Promzona ZD. 32, Office 1, Nizhnekamsk 423570, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1651091698 (Russia); Registration Number 1221600057150 (Russia) [RUSSIA-EO14024].

LLC NM-TEKH (a.k.a. NM-TEKH), pr-kt Georgievskii d. 7, Zelenograd 124498, Russia; al. Solnechnaya d. 6, floor 1 pom. xii office 4, 4a, Zelenograd 124527, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735183410 (Russia); Registration Number 1197746306790 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC NN TECHNICAL SERVICES (a.k.a. LIMITED LIABILITY COMPANY NORNIKEL TECHNICAL SERVICES; a.k.a. "NN TEKHNICHESKIE SERVISY"), d. 11 litera A kom. 391, prospekt Grazhdanski, St. Petersburg 195220, Russia; Promyshlennaya Zona OOO Norilskgeologiya D.1, Norilsk 663330, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2457063268 (Russia); Registration Number 1062457033770 (Russia) [RUSSIA-EO14024].

LLC NNK EAST (Cyrillic: ООО ННК ВОСТОК) (a.k.a. LIMITED LIABILITY COMPANY NEW OIL COMPANY EAST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВАЯ НЕФТЯНАЯ КОМПАНИЯ ВОСТОК)), ul. Poltavskaya, dom 8A, pomeshchenie 12, Smolensk, Smolensk Oblast 214025, Russia (Cyrillic: ул. Полтавская, дом 8А, помещение 12, г. Смоленск, Смоленская Область 214025, Russia); Organization Established Date 27 Nov 2020; Tax ID No. 6732204331 (Russia); Registration Number 1206700019041 (Russia) [BELARUS-EO14038].

LLC NORILSKYI OBESPECHIVAUSHYI COMPLEX (a.k.a. NORILSKI OBESPECHIVAYUSHCHI KOMPLEKS OOO; a.k.a. NORILSKY OBESPECHIVAYUSHCHY KOMPLEKS LIMITED LIABILITY COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NORILSKI OBESPECHIVAYUSHCHI KOMPLEKS), 64, ul. Nansena, Norilsk, Krasnoyarsk region 663319, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2457061920 (Russia); Registration Number 1062457024123 (Russia) [RUSSIA-EO14024].

LLC NOVASTREAM (Cyrillic: ООО НОВОСТРИМ) (a.k.a. NOVASTREAM LIMITED; a.k.a. NOVASTREAM LTD; a.k.a. ООО NOVASTREAM), Ul. Severnaya D. 2A, Pomeshch. 51, Vladimir 600007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Apr 2022; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 3329101270 (Russia); Registration Number 1223300003079 (Russia) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

LLC NOVATEK ZAPADNAYA ARKTIKA (a.k.a. ARCTIC TRANSSHIPMENT LIMITED LIABILITY COMPANY (Cyrillic: АРКТИЧЕСКАЯ ПЕРЕВАЛКА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); a.k.a. LLC ARKTICHESKAYA PEREVALKA), 59 Leninskaya Street, Office 705,

Petropavlovsk-Kamchatskiy, Kamchatskiy Territory 683001, Russia; Spolokhi Street, Building 4A, Floor 4, Room 14, Murmansk, Murmansk Region 183025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5190080642 (Russia); Registration Number 1195190002875 (Russia) [RUSSIA-EO14024].

LLC NOVILAB MOBAYL (a.k.a. NOVILAB MOBILE LIMITED LIABILITY COMPANY; a.k.a. NOVILAB MOBILE OOO; a.k.a. NOVILAB MOBILE, LLC (Cyrillic: ООО НОВИЛАБ МОБАЙЛ)), Sh Kashirskoe D. 31, Moscow 115409, Russia; st. Kaspuyskaya, house 22, korpus 1, structure 5, E5, room IX, 17a, office 13, Moscow 115304, Russia; Website novilabmobile.com; alt. Website novilabmobile.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Sep 2010; Organization Type: Other information technology and computer service activities; Target Type Private Company; Registration ID 1107746723776 (Russia); Tax ID No. 7724759532 (Russia) [RUSSIA-EO14024].

LLC NOVYE PROEKTY (a.k.a. NOVYE PROYEKTY; a.k.a. NOVYYE PROEKTY), Km Mzhd Kievsko 5-I d. 1, Str. 1, 2, Komnata 21, Moscow 121059, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102196207 (Russia); Government Gazette Number 00998197 (Russia); Registration Number 1159102120550 (Russia) [UKRAINE-EO13685].

LLC NPP NEVAAPPARAT (a.k.a. LIMITED LIABILITY COMPANY NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE NEVAAPPARAT), Suite 8-N, Letter A, Building 17, Sofiyskaya Street, Municipality District Volkovskoe, Saint Petersburg 192236, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804687467 (Russia); Registration Number 1217800159390 (Russia) [RUSSIA-EO14024].

LLC NPP TEZ (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC PRODUCTION CORPORATION TOMILINSKY ELECTRONICS FACTORY; a.k.a. NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE TOMILINSKII ELEKTRONNYI ZAVOD; a.k.a. NPP TEZ; a.k.a. TOMILINSKY ELECTRONICS FACTORY), Ul. Garshina, D. 11, Tomolino 140070, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID

No. 5027095560 (Russia); Registration Number 1035005022326 (Russia) [RUSSIA-EO14024].

LLC NR-DEL (Cyrillic: ООО НР-ДЕЛ) (a.k.a. LIMITED LIABILITY COMPANY NR-DEL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НР-ДЕЛ)), ul. Sh-2 (OEZ Alabuga Ter.), Str. 5/12, Pomeshch. 202, Yelabuga, Republic of Tatarstan 423601, Russia (Cyrillic: УЛ Ш-2 (ТЕР. ОЭЗ АЛАБУГА), СТР. 5/12, ПОМЕЩ. 202, Елабуга, Республика Татарстан 423601, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Oct 2022; Tax ID No. 1674003095 (Russia); Government Gazette Number 71723222 (Russia); Registration Number 1221600082296 (Russia) [RUSSIA-EO14024].

LLC NSH ASIA DRILLING (a.k.a. LIMITED LIABILITY COMPANY NSKH AZIYA DRILLING), 83 ul. Trukhina, Dobryanka 618703, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1095914000390 (Russia); Registration Number 5914024719 (Russia) [RUSSIA-EO14024].

LLC OBEDINENIE POSTAVSHIKOV (a.k.a. LIMITED LIABILITY COMPANY OBYEDINENIYE POSTAVSHIKOV (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОБЪЕДИНЕНИЕ ПОСТАВЩИКОВ); a.k.a. LIMITED LIABILITY COMPANY SIEYBIJI PARTS), Ofis T57, Kom. 4, Etazh 1, Pomeshch. 2, 18 Generala Beloborodova Ul., Moscow 125222, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733366400 (Russia); Registration Number 1217700115335 (Russia) [RUSSIA-EO14024].

LLC OBSKY GCC (a.k.a. LIMITED LIABILITY COMPANY OBSKY GAS CHEMICAL COMPLEX), Ul. Khudi Seroko D. 39, Pomeshch. 20, Yar Sale 629700, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 8901037441 (Russia); Registration Number 1198901000121 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

LLC ONELEC (a.k.a. LLC ONELEK), Moskovskiy pr, 19 korpus 10, pomeshchenie 2, Cheboksary, Russia; ploshchad Zhuravleva, d. 10, str 3, ofis 33, Moscow, Russia; ul. Bolshaya Tatarskaya d. 21, str. 8, komnata 213, Moscow 115184,

Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7709988048 (Russia); Registration Number 1177746113709 (Russia) [RUSSIA-EO14024].

LLC ONELEK (a.k.a. LLC ONELEC), Moskovskiy pr, 19 korpus 10, pomeshchenie 2, Cheboksary, Russia; ploshchad Zhuravleva, d. 10, str 3, ofis 33, Moscow, Russia; ul. Bolshaya Tatarskaya d. 21, str. 8, komnata 213, Moscow 115184, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7709988048 (Russia); Registration Number 1177746113709 (Russia) [RUSSIA-EO14024].

LLC OPTIMUS DRIVE (a.k.a. OPTIMUS DRAIV), Ul. Bolshaya Pochtovaya D. 26V, Str. 2, Pomeshch. 2/1, Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9718040380 (Russia); Registration Number 5167746448260 (Russia) [RUSSIA-EO14024].

LLC OSTOZHENKA 19 (Cyrillic: ООО ОСТОЖЕНКА 19) (a.k.a. LIMITED LIABILITY COMPANY OSTOZHENKA 19 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОСТОЖЕНКА 19); a.k.a. OSTOZHENKA 19; a.k.a. OSTOZHENKA 19 ООО), etazh/pom 3/14, stroenie 1, dom 19, ulitsa Ostozhenka, Moscow 119034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Oct 2013; Tax ID No. 7703798019 (Russia); Registration Number 1137746907781 (Russia) [RUSSIA-EO14024] (Linked To: TOKAREVA, Maiya Nikolaevna).

LLC PECHENGASTROY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PECHENGSKOE STROITELNOE OBEDINENIE; a.k.a. PECHENGASTROI OOO), Ter. Promploshchadka Kgmk, Monchegorsk, Murmansk region 184507, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5107916719 (Russia); Registration Number 1165190055007 (Russia) [RUSSIA-EO14024].

LLC PKB ECHELON (a.k.a. LIMITED LIABILITY COMPANY PROJECT CONSULTING BUREAU ECHELON (Cyrillic: ПРОЕКТНО-КОНСАЛТИНГОВОЕ БЮРО ЭШЕЛОН); a.k.a. PROEKTNO-KONSALTINGOVOE BYURO ESHELON), Ul. Elektrozavodskaya d. 24, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jul 2014; Tax ID No. 7718990935 (Russia); Registration

Number 1147746837677 (Russia) [RUSSIA-EO14024].

LLC PLANAR (a.k.a. OOO PLANAR (Cyrillic: ООО ПЛАНАР); a.k.a. PLANAR ELEMENTS; a.k.a. THE PLANAR COMPANY (Cyrillic: КОМПАНИЯ ПЛАНАР)), Office 1, 76 Likhvintseva St., Izhevsk 426034, Russia; Office 23, Building 2, Corpus 58, 1 Partiynyy Pereulok Lane, Moscow 115093, Russia; Website planar-elements.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1833015934 (Russia) [RUSSIA-EO14024].

LLC PLANT VRK SAPPHIRE (a.k.a. LIMITED LIABILITY COMPANY PLANT FOR THE PRODUCTION OF PROPELLER STEERING COLUMNS SAPPHIRE; a.k.a. VRK SAPPHIRE PLANT; a.k.a. ZAVOD PO PROIZVODSTVU VINTO-RULEVYKH KOLONOK SAPFIR; a.k.a. ZAVOD VRK SAPFIR), Ul. Stepana Lebedeva D. 1, Bolshoi Kamen 692801, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2503032563 (Russia); Registration Number 1162503050038 (Russia) [RUSSIA-EO14024].

LLC PRODUCTION COMPANY AQUARIUS (a.k.a. LIMITED LIABILITY COMPANY GROUP OF COMPANIES AKVARIUS; a.k.a. LLC GRUPPA AKVARIUS; a.k.a. "AQUARIUS"), Vl6str1 22 km Kiyevskoye Highway, Moscow 119027, Russia; Kievskoe Shosse, 22-km, 6, Bldg. 1, Moscow 108811, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jan 2003; Tax ID No. 7701321693 (Russia); Registration Number 1037701002217 (Russia) [RUSSIA-EO14024].

LLC PROFFLAB (Cyrillic: ЖЧК ПРОФФЛАБ) (a.k.a. LIMITED LIABILITY COMPANY PROFFLAB (Cyrillic: ПРОФФЛАБ ЖООПКЕРЧИЛИГИ ЧЕКТЕЛГЕН КООМУ; Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОФФЛАБ); a.k.a. OSOO PROFFLAB; a.k.a. PROFFLAB LIMITED LIABILITY COMPANY), 2, 179 Toktogula, Bishkek, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 01703202210047 (Kyrgyzstan); Registration Number 204218-3300-OOO (Kyrgyzstan) [RUSSIA-EO14024].

LLC PROGOROD (a.k.a. NOVYE GORODSKIE PROEKTY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NOVYE GORODSKIE PROEKTY; a.k.a. OOO PROGOROD), d. 10 etazh 7 pom. XIII kom. 2,ul. Vozdvizhenka, Moscow 125009, Russia;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9704013161 (Russia); Registration Number 1207700089101 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC PROMTEKHNOLOGIYA (Cyrillic: ООО ПРОМТЕХНОЛОГИЯ) (a.k.a. LIMITED LIABILITY COMPANY PROMTEKHNOLOGIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОМТЕХНОЛОГИЯ); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU PROMTEKHNOLOGIYA; a.k.a. OOO PROMTEKHNOLOGIYA; a.k.a. PROMTECHNOLOGIA LLC; a.k.a. "ORSIS"; a.k.a. "PROMTECHNOLOGIES"; a.k.a. "PROMTEHNOLOGYA"), 14 Podyomnaya St., Housing 8, Moscow 109052, Russia; 19 Smirnovskaya St., Moscow, Russia; Ul. Krzhizhanovskogo, D. 29, K. 2, Antresol 1, Pomeschenie IV, Komnata 1, Moscow 117218, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708696860 (Russia); Government Gazette Number 772701001 (Russia); Registration Number 1097746084908 (Russia) [RUSSIA-EO14024].

LLC PSO RSB-GROUP (Cyrillic: ООО ЧОО РСБ-ГРУПП) (a.k.a. LIMITED LIABILITY COMPANY PRIVATE SECURITY ORGANIZATION RSB-GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЧАСТНАЯ ОХРАННАЯ ОРГАНИЩАЦИЯ РСБ-ГРУПП); a.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU CHASTNAYA OKHRANNAYA ORGANIZATSIYA RSB-GRUPP; a.k.a. OOO CHOO RSB-GRUPP), Ulitsa Krzhizhanovskogo, D. 14, K. 2, Pom I Komn 1;2, Moskva 117218, Russia (Cyrillic: Улица Кржижановского, Д. 14, К. 2, Пом I Комн 1;2, Москва 117218, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Nov 2008; Tax ID No. 7718731144 (Russia); Registration Number 5087746401573 (Russia) [RUSSIA-EO14024] (Linked To: KRINITSYN, Oleg Anatolyevich).

LLC PTK APRIORI (Cyrillic: ООО ПТК АПРИОРИ) (a.k.a. LIMITED LIABILITY COMPANY PROIZVODSTVENNO TORGOVAYA KOMPANIYA APRIORI (Cyrillic:

ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОИЗВОДСТВЕННО ТОРГОВАЯ КОМПАНИЯ АПРИОРИ)), d. 20 str. 1G pom. II, ul. Kulakova, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7734729801 (Russia); Registration Number 1147746865001 (Russia) [RUSSIA-EO14024].

LLC RADIOKOMP (a.k.a. LIMITED LIABILITY COMPANY RADIOCOMP; a.k.a. OBSHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU RADIOKOMP), Ul Aviamotornaya d. 8A, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722251800 (Russia); Registration Number 1027739746616 (Russia) [RUSSIA-EO14024].

LLC RADIOLINE (a.k.a. RADIOLAIN; a.k.a. RADIOLINE LTD), PR-KT Volgogradskii, D. 42, K. 5, Floor 2, Pom. I, Kom. 1, Moscow 109316, Russia; Ul. Khimikov 28, BC H2O, Office 1207, Saint Petersburg 195030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718837905 (Russia); Registration Number 1117746143228 (Russia) [RUSSIA-EO14024].

LLC RCC HOLDING COMPANY (a.k.a. LIMITED LIABILITY COMPANY RCC TRADING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РМК ТРЕЙДИНГ)), 57 Gorkogo Street, Ekaterinburg, Sverdlovsk Region 620075, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6671210688 (Russia); Registration Number 1226600015135 (Russia) [RUSSIA-EO14024].

LLC REMSTAL (Cyrillic: ООО РЕМСТАЛЬ) (a.k.a. LIMITED LIABILITY COMPANY REMSTAL), ofis 105, d. 3, prospekt Mira, Sovetskaya Gavan 682800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2709017223 (Russia); Registration Number 1202700008917 (Russia) [RUSSIA-EO14024].

LLC RESAD (Cyrillic: ООО РЕСАД) (a.k.a. INFRASTRUKTURA MOLZHANINOVO; a.k.a. LLC INFRASTRUCTURE MOLZHANINOVO (Cyrillic: ООО ИНФРАСТРУКТУРА МОЛЖАНИНОВО); f.k.a. RESAD LLC), ul. Bryanskaya D. 5, et 4 pom. I kom 25, Moscow 121059, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733109347 (Russia); Registration Number 1027739071337 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC RESEARCH & PRODUCTION ENTERPRISE PRIMA (a.k.a. LLC RESEARCH AND PRODUCTION ENTERPRISE PRIMA; a.k.a. NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE PRIMA; a.k.a. NPP PRIMA), Ul. Svobody 63, Nizhniy Novgorod 603003, Russia; 1Zh, Sormovskoye Shosse, Nizhny Novgorod 603950, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jan 1992; Tax ID No. 5257013402 (Russia); Registration Number 1025202403710 (Russia) [RUSSIA-EO14024].

LLC RESEARCH AND PRODUCTION ASSOCIATION 3D INTEGRATION (a.k.a. NAUCHNO PROIZVODSTVENNOE OBYEDINENIE 3D INTEGRATSIYA; a.k.a. NPO 3D INTEGRATSIYA), Sh. Dmitrovskoe D. 9, Str. 3, Pmeshch. 1/1, Moscow 127434, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5001109779 (Russia); Registration Number 1165001053007 (Russia) [RUSSIA-EO14024].

LLC RESEARCH AND PRODUCTION ASSOCIATION IZHBS (a.k.a. IZHEVSK UNMANNED SYSTEMS RESEARCH AND PRODUCTION ASSOCIATED LIMITED LIABILITY COMPANY; f.k.a. IZHMASH-UNMANNED SYSTEMS COMPANY; a.k.a. OOO NAUCHNO-PROIZVODSTVENNOYE OBYEDINENIYE IZHEVSKIYE BESPILOTNYE SISTEMY (Cyrillic: ООО НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ИЖЕВСКИЕ БЕСПИЛОТНЫЕ СИСТЕМЫ); a.k.a. "NPO IZHBS"; a.k.a. "OOO NPO IZHBS"), Ordzhonikidze St., 2, Izhevsk, Udmurtia 426063, Russia (Cyrillic: УЛ. ОРДЖОНИКИДЗЕ, Д. 2, ИЖЕВСК, УДМУРТСКАЯ РЕСПУБЛИКА 426063, Russia); Website www.izh-bs.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25

Oct 2006; Target Type Private Company; Tax ID No. 1831117433 (Russia) [RUSSIA-EO14024].

LLC RESEARCH AND PRODUCTION ASSOCIATION RADIOVOLNA (a.k.a. LIMITED LIABILITY COMPANY NAUCHNO-PROIZVODSTVENNOYE OBYEDINENIYE RADIOVOLNA; a.k.a. NPO RADIOVOLNA), Kozhevennaya Liniya, 1-3 lit. P., Office 1N, Saint Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Aug 2012; Tax ID No. 7838478782 (Russia); Registration Number 1127847413649 (Russia) [RUSSIA-EO14024].

LLC RESEARCH AND PRODUCTION ENTERPRISE PRIMA (a.k.a. LLC RESEARCH & PRODUCTION ENTERPRISE PRIMA; a.k.a. NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE PRIMA; a.k.a. NPP PRIMA), Ul. Svobody 63, Nizhniy Novgorod 603003, Russia; 1Zh, Sormovskoye Shosse, Nizhny Novgorod 603950, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jan 1992; Tax ID No. 5257013402 (Russia); Registration Number 1025202403710 (Russia) [RUSSIA-EO14024].

LLC RESORT ZOLOTOE KOLTSO (a.k.a. KURORT ZOLOTOE KOLTSO (Cyrillic: КУРОРТ ЗОЛОТОЕ КОЛЬЦО); a.k.a. LLC KURORT ZOLOTOE KOLTSO), ul. Svobody D. 8, office 6, g. Pereslavl-Zalesskii, 152020, Russia; Shosse Varshavskoe D 47, korp 4, Moscow 114230, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724331673 (Russia); Registration Number 1157746795733 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC REYNOLDSENGINEERING (a.k.a. LIMITED LIABILITY COMPANY REYNOLDS ENGINEERING; a.k.a. REINOLDS INZHINIRING), D.9, Str. 21 Pomeshch. 1.1 (Floor 1), Kom. 1.1.1 Ul. Godovikova, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9717103694 (Russia); Registration Number 1217700319627 (Russia) [RUSSIA-EO14024].

LLC RKS CHV (Cyrillic: ООО РКС ЧВ) (a.k.a. LIMITED LIABILITY COMPANY ROSKAPSTROY CLEAN WATER (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ

ОТВЕТСТВЕННОСТЬЮ РОСКАПСТРОЙ ЧИСТЫЕ ВОДЫ); a.k.a. RKS CLEAR VODY LLC), 2 Turgenevskaya Square, Office 2P, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713489203 (Russia); Registration Number 1227700271700 (Russia) [RUSSIA-EO14024] (Linked To: FEDERAL AUTONOMOUS INSTITUTION ROSKAPSTROY).

LLC RKS INFRASTRUCTURE (Cyrillic: ООО РКС ИНФРАСТРУКТУРА) (a.k.a. LIMITED LIABILITY COMPANY ROSKAPSTROY INFRASTRUCTURAL PROJECTS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РОСКАПСТРОЙ ИНФРАСТРУКТУРНЫЕ ПРОЕКТЫ)), 2 Igarsky Drive, Office II, Room 2, Moscow 129329, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9715421726 (Russia); Registration Number 1227700366321 (Russia) [RUSSIA-EO14024] (Linked To: FEDERAL AUTONOMOUS INSTITUTION ROSKAPSTROY).

LLC RM DESIGN AND DEVELOPMENT (a.k.a. OSOO RM DIZAYN AND DEVELOPMENT; a.k.a. OSOO RM DIZAYN END DEVELOPMENT; a.k.a. RM DESIGN&DEVELOPMENT; a.k.a. RM DESIGNANDDEVELOPMENT; a.k.a. RM DIZAIN AND DEVELOPMENT OSOO), Chyngyza Atymatova Str., 303, Bishkek 720016, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Mar 2022; Tax ID No. 01703202210110 (Kyrgyzstan) [RUSSIA-EO14024].

LLC RN KOMSOMOLSKIY NPZ (a.k.a. KOMSOMOLSK REFINERY; a.k.a. LLC RN-KOMSOMOLSK REFINERY; a.k.a. RN KOMSOMOLSKIY REFINERY LLC; a.k.a. RN-KOMSOMOLSKI NPZ OOO), 115 Leningradskaya st., Komsomolsk-on-Amur, Khabarovsk region 681007, Russia; Email Address knpz@rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2703032881 (Russia); Registration Number 1052740255358 (Russia); For more information on directives, please visit

the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

LLC RN-KOMSOMOLSK REFINERY (a.k.a. KOMSOMOLSK REFINERY; a.k.a. LLC RN KOMSOMOLSKIY NPZ; a.k.a. RN KOMSOMOLSKIY REFINERY LLC; a.k.a. RN-KOMSOMOLSKI NPZ OOO), 115 Leningradskaya st., Komsomolsk-on-Amur, Khabarovsk region 681007, Russia; Email Address knpz@rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2703032881 (Russia); Registration Number 1052740255358 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

LLC RPC OPTOLINK (a.k.a. LIMITED LIABILITY COMPANY RESEARCH AND PRODUCTION COMPANY OPTOLINK; a.k.a. NPK OPTOLINK LLC; a.k.a. OOO NPK OPTOLINK; a.k.a. OPTOLINK RPC LLC; a.k.a. SCIENTIFIC PRODUCTION COMPANY OPTOLINK; a.k.a. SPC OPTOLINK), 6A Sosnovaya Alley, Building 5, Zelenograd, Moscow 124489, Russia; Pr-d 4806 d. 5, g. Zelenograd, Moscow 124498, Russia; Saratov, Russia; Arzamas, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Jul 2001; Tax ID No. 7735105059 (Russia); Registration Number 1027700040719 (Russia) [RUSSIA-EO14024].

LLC RSB-GROUP (Cyrillic: ООО РСБ-ГРУПП) (a.k.a. LIMITED LIABILITY COMPANY RSB-GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РСБ-ГРУПП); a.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU RSB-GRUPP; a.k.a. "RUSSIAN SECURITY SYSTEMS"), Ulitsa Dnepropetrovskaya, Dom 3, Korpus 5, Et 1, Pom III, K 8 0 6-6, Moskva 117525, Russia (Cyrillic: Улица Днепропетровская, Дом 3, Корпус 5, Эт 1, Пом III, К 8 0 6-6, Москва 117525, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Nov 2005; Tax ID No. 7726531639 (Russia); Registration Number 1057749205942 (Russia) [RUSSIA-EO14024].

LLC RUS.DIGITAL (a.k.a. LIMITED LIABILITY COMPANY RUSSIAN DIGITAL SOLUTIONS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУССКИЕ ЦИФРОВЫЕ РЕШЕНИЯ); a.k.a. LLC RUS.TSIFRA (Cyrillic: ООО РУС.ЦИФРА); a.k.a. RUSSKIE TSIFROVYE RESHENIYA), ul. Vyatskaya, d. 70, pomeshch./floor 1/4, kom. #5, Moscow 127015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Feb 2021; Tax ID No. 7714468703 (Russia); Registration Number 1217700056991 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Kirill Konstantinovich).

LLC RUS.TSIFRA (Cyrillic: ООО РУС.ЦИФРА) (a.k.a. LIMITED LIABILITY COMPANY RUSSIAN DIGITAL SOLUTIONS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУССКИЕ ЦИФРОВЫЕ РЕШЕНИЯ); a.k.a. LLC RUS.DIGITAL; a.k.a. RUSSKIE TSIFROVYE RESHENIYA), ul. Vyatskaya, d. 70, pomeshch./floor 1/4, kom. #5, Moscow 127015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Feb 2021; Tax ID No. 7714468703 (Russia); Registration Number 1217700056991 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Kirill Konstantinovich).

LLC RUSCHEMTRADE, st. Mashinostroitelnyj, 3, Rostov-on-Don 344090, Russia; 86/1, Temryuk, Krasnodar 353500, Russia; Website http://ruschemtrade.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

LLC RUSSIAN ENERGY GROUP (Cyrillic: ООО ГРУППА РУССКАЯ ЭНЕРГИЯ) (a.k.a. OOO GRUPPA RUSSKAYA ENERGIYA; a.k.a. OOO RUSSKAYA ENERGIYA), d. 14 str. 5 etazh 1 pom. 2, per. Butikovski, Moscow 119034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714456916 (Russia); Registration Number 1207700001486 (Russia) [RUSSIA-EO14024].

LLC RUSSKOYE VREMYA (a.k.a. AQUANIKA; a.k.a. AQUANIKA LLC; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RUSSKOE VREMYA; a.k.a. RUSSKOE VREMYA OOO; a.k.a. RUSSKOYE VREMYA LLC), 47A, Sevastopolskiy Ave., of. 304, Moscow 117186, Russia; 1/2 Rodnikovaya ul., Savasleika s., Kulebakski raion, Nizhegorodskaya oblast 607007, Russia; Website http://www.aquanika.com; alt. Website http://aquanikacompany.ru; Email Address office@aquanika.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1075247000036 [UKRAINE-EO13661].

LLC SASOVSKII LITEINYI ZAVOD (a.k.a. LIMITED LIABILITY COMPANY SASOVSKI LITEINY ZAVOD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ САСОВСКИЙ ЛИТЕЙНЫЙ ЗАВОД); a.k.a. "LLC SLZ" (Cyrillic: "ООО СЛЗ")), Ul. Pushkina 21, Sasovo 391430, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6232004750 (Russia); Registration Number 1026201399729 (Russia) [RUSSIA-EO14024].

LLC SAYANO PARTISANSKIY (a.k.a. RAZREZ SAYANO PARTIZANSKI OOO), ul. Suvorova d. 21, Ivanovka 663542, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2430002701 (Russia); Registration Number 1032400980072 (Russia) [RUSSIA-EO14024].

LLC SBERBANK FINANCIAL COMPANY (a.k.a. LIMITED LIABILITY COMPANY SBERBANK FINANCIAL COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FINANSOVAYA KOMPANIYA SBERBANKA; a.k.a. SBERBANK FINANCE COMPANY LIMITED LIABILITY COMPANY; a.k.a. SBERBANK FINANCE LLC; a.k.a. SBERBANK-FINANCE; a.k.a. SBERBANK-FINANS OOO), d. 29/16 per. Sivtsev Vrazhek, Moscow 119002, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-

and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1107746399903 (Russia); Tax ID No. 7736617998 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LLC SCIENTIFIC AND PRODUCTION ASSOCIATION OF STRUCTURAL MATERIALS PROMETHEUS (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION OF STRUCTURAL MATERIALS PROMETEY; a.k.a. "NPO KM PROMETEI"), Ul. Ivana Chernykh D. 31-33, Lit. B, Office 519, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7838431079 (Russia); Registration Number 1097847247530 (Russia) [RUSSIA-EO14024].

LLC SCIENTIFIC AND PRODUCTION FIRM TECHINKOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАУЧНО-ПРОИЗВОДСТВЕННАЯ ФИРМА ТЕХИНКОМ) (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC AND PRODUCTION COMPANY TEKHINKOM (Cyrillic: ООО НПФ ТЕХИНКОМ); a.k.a. NPF TEHINKOM OOO), 28K Himikov St., St. Petersburg, St. Petersburg Region 195030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806102473 (Russia); Registration Number 1037816033530 (Russia) [RUSSIA-EO14024].

LLC SCIENTIFIC PRODUCTION ENTERPRISE DIGITAL SOLUTIONS (a.k.a. ASIC AND ELECTRONIC ENGINEERING DESIGN CENTER DIGITAL SOLUTIONS JSC), Room 4, Office 1, 3rd Floor, Building 7, House 9a, 2nd Sinichkina Str., Moscow 111020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715500090 (Russia) [RUSSIA-EO14024].

LLC SCP LAVNA (Cyrillic: ООО МТП ЛАВНА) (a.k.a. LIMITED LIABILITY COMPANY SEA COMMERCIAL PORT LAVNA), Uchastok No 3, 4, 5, ter. Tor Stolitsa Arktiki, Murmansk Oblast, 184363, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID

No. 5190152248 (Russia); Registration Number 1065190091328 (Russia) [RUSSIA-EO14024].

LLC SDS TREID (a.k.a. LIMITED LIABILITY COMPANY TORGOVYY DOM SDS TREYD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГОВЫЙ ДОМ СДС ТРЕЙД); a.k.a. LLC TD SDS TRADE (Cyrillic: ООО ТД СДС ТРЕЙД)), D. 45, Ul. Tereshkovoi, Kemerovo 650036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4205101769 (Russia); Registration Number 1064205065517 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY HOLDINGOVAYA KOMPANIYA SDS UGOL).

LLC SECURITY CODE (Cyrillic: ООО КОД БЕЗОПАСНОСТИ) (a.k.a. KOD BEZOPASNOSTI), 1-I Nagatinskii Proezd D. 10, Str. 1, Moscow 115230, Russia; A/YA 66 Postbox 66, Moscow 115127, Russia; PR-D Murmanskii D. 14, K. 1, Moscow 129075, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Manufacture of computers and peripheral equipment; alt. Organization Type: Computer programming activities; Tax ID No. 7715719244 (Russia); Registration Number 5087746212241 (Russia) [RUSSIA-EO14024].

LLC SEMICOR, d. 13 str. 43 pom., 2/1, ul. 2-Ya Zvenigorodskaya, Moscow 123022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Jun 2023; Tax ID No. 9701252482 (Russia); Government Gazette Number 54329073 (Russia); Business Registration Number 1237700430505 (Russia) [RUSSIA-EO14024].

LLC SERVICE FLY BISHKEK (a.k.a. SERVIS FLAI BISHKEK), ofis 0/21, 115 ul. Ibraimova, Bishkek 720021, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 00305202310220 (Kyrgyzstan); Registration Number 217565-3301-OOO (Kyrgyzstan) [RUSSIA-EO14024].

LLC SHIPYARD 'ZALIV' (f.k.a. AO SHIPYARD 'ZALIV'; f.k.a. JSC SHIPYARD 'ZALIV'; f.k.a. JSC ZALIV SHIPYARD; f.k.a. OJSC ZALIV SHIPYARD; a.k.a. OOO SHIPYARD 'ZALIV'; a.k.a. ZALIV SHIPYARD LLC), 4 Tankistov Street, Kerch, Crimea 98310, Ukraine; Website http://www.zalivkerch.com/; alt. Website http://www.zaliv.com/; Email Address zaliv@zalivkerch.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

LLC SIBCAPITAL (Cyrillic: ООО СИБКАПИТАЛ) (a.k.a. BASHKIR INDUSTRIAL HOLDING LLC; a.k.a. BASHKIRSKIY PROMYSHLENNYI HOLDING OOO; a.k.a. BPKH OOO; a.k.a. OOO BASHKIR INDUSTRIAL HOLDING COMPANY), d. 42 etazh 2 pom. 12, ul. Sotsialisticheskaya, Blagoveshchensk 453434, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0258954788 (Russia); Registration Number 1210200047969 (Russia) [RUSSIA-EO14024].

LLC SIBUGLEMET GROUP (a.k.a. GRUPPA SIBUGLEMET), ul. Mashi Poryvaevoi d. 34, kom. 3, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708320240 (Russia); Registration Number 1177746596268 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC SIGD (Cyrillic: ООО СИГД) (a.k.a. LIMITED LIABILITY COMPANY SIBIRSKIY INSTITUT GORNOVO DELA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИБИРСКИЙ ИНСТИТУТ ГОРНОГО ДЕЛА)), Pom. 3, D. 7/2, Prospekt Pritomski, Kemerovo 650066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4223035036 (Russia); Registration Number 1034223011570 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY HOLDINGOVAYA KOMPANIYA SDS UGOL).

LLC SININDA 1 (a.k.a. LIMITED LIABILITY COMPANY ARTEL STARATELEI SININDA 1 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АРТЕЛЬ СТАРАТЕЛЕЙ СИНИНДА 1)), Ul. Taezhnaya d. 43, Pgt. Nizhneangarsk 671710, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0317001998 (Russia); Registration Number 1020300795305 (Russia) [RUSSIA-EO14024].

LLC SINTO, Pr-kt Moskovskii D. 12, Yaroslavl 150001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7604079550 (Russia); Registration Number 1057600652988 (Russia) [RUSSIA-EO14024].

LLC SK CONSOL-STROI LTD (a.k.a. LIMITED LIABILITY COMPANY CONSTRUCTION COMPANY CONSOL-STROI LTD; a.k.a. LIMITED LIABILITY COMPANY KONSTRUCTION COMPANY KONSOL STROI

LTD; a.k.a. LLC CONSOL-STROI LTD; a.k.a. LLC CONSOL-STROI LTD CONSTRUCTION COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STROITELNAYA KOMPANIYA KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD, OOO; a.k.a. STROITELNAYA KOMPANIYA KONSOL-STROI LTD), House 16, Borodina Street, Simferopol, Crimea 295033, Ukraine; Website consolstroy.ru; alt. Website consol-stroi.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102070229 (Russia); Government Gazette Number 00823523 (Russia); Registration Number 1159102014170 (Russia) [UKRAINE-EO13685].

LLC SK KONSTANTA (Cyrillic: ООО СК КОНСТАНТА) (a.k.a. IC CONSTANTA LLC; a.k.a. KONSTANTA OOO; a.k.a. LIMITED LIABILITY COMPANY INSURANCE COMPANY KONSTANTA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТРАХОВАЯ КОМПАНИЯ КОНСТАНТА); a.k.a. LIMITED LIABILITY COMPANY RNCB INSURANCE; a.k.a. "CONSTANTA"; a.k.a. "KONSTANTA" (Cyrillic: "КОНСТАНТА")), d. 19 etazh 3 pom. 70, ul. Leninskaya Sloboda, Moscow 115280, Russia (Cyrillic: д. 19 этаж 3, помещ. 70, ул. Ленинская слобода, Москва 115280, Russia); st. Leninskaya Sloboda, house 19, floor 3, room. 70, Moscow 115280, Russia; vn. ter. Municipal district Danilovsky, Leninskaya Sloboda, house 19, floor 3, suite 70, Moscow 115280, Russia (Cyrillic: вн. тер г. муниципальный округ даниловский, ул. ленинская слобода, д. 19 этаж 3, помещ. 70, г. Москва 115280, Russia); Leninskaya Sloboda, house 19, floor 3, suite 70, Moscow 115280, Russia (Cyrillic: ул. Ленинская слобода, д. 19, этаж 3, помещ. 70, Москва 115280, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707447597 (Russia); Government Gazette Number 24544006 (Russia); Business Registration Number 1217700000011 (Russia) [RUSSIA-EO14024] [PEESA-EO14039].

LLC SKT (Cyrillic: ООО СКТ) (a.k.a. LIMITED LIABILITY COMPANY MODERN CONVERSION TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОВРЕМЕННЫЕ КОНВЕРСИОННЫЕ ТЕХНОЛОГИИ)), 35 Bolshaya Tatarskaya Street, Building 7-9, Floor 3, Office 2, Room 3, Moscow 115184, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724807761 (Russia); Registration Number 1117746810939 (Russia) [RUSSIA-EO14024].

LLC SKY FRAME (Cyrillic: ООО СКАЙ ФРЕЙМ) (a.k.a. LIMITED LIABILITY COMPANY SKY FRAME), 129327, Vn. Ter. G. Municipal District, Babushkinskiy, UI Menzhinskogo, D. 3, Pomeshch. I, Kom. 25, Moscow, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Mar 2019; Tax ID No. 7716934251 (Russia); Registration Number 1197746202280 (Russia) [SDGT] (Linked To: GHAIRAT, Sohrab).

LLC SONIS (Cyrillic: ООО СОНИС) (a.k.a. SONIS CO), Ul. Polkovnika Militsii Kurochkina D. 19, Pomeshch. 12, 13, Troitsk 108841, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Manufacture of chemicals and chemical products; Tax ID No. 7705768066 (Russia); Registration Number 1067760630937 (Russia) [RUSSIA-EO14024].

LLC SOUTHERN PROJECT (a.k.a. LIMITED LIABILITY COMPANY SOUTHERN PROJECT; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU YUZHNY PROEKT; a.k.a. YUZHNY PROEKT, OOO), Room 15-H, Litera A, House 2, Rastrelli Place, City of St. Petersburg 191124, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7842144503 (Russia); Registration Number 1177847378279 (Russia) [UKRAINE-EO13661] [UKRAINE-EO13685] (Linked To: BANK ROSSIYA; Linked To: KOVALCHUK, Yuri Valentinovich).

LLC SOVFRACHT MANAGEMENT COMPANY (a.k.a. MANAGEMENT COMPANY SOVFRAKHT LTD; a.k.a. SOVFRACHT MANAGEMENT COMPANY; a.k.a. SOVFRACHT MANAGEMENT COMPANY LLC; a.k.a. SOVFRACHT MANAGING COMPANY LLC), Dobroslobodskaya, 3 BC Basmanov, Moscow 105066, Russia; Email Address general@sovfracht.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

LLC SPC LASERS AND APPARATUS TM, Proezd 4922-I D. 4, Str. 4, Floor 1, Pomeshch. 1, Komn. 18, Zelenograd 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735090927 (Russia); Registration Number 1027700257782 (Russia) [RUSSIA-EO14024].

LLC SPC MICROSYSTEMS (a.k.a. NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE MIKROSISTEMA; a.k.a. NPP MIKROSISTEMA; a.k.a. "PHAUF"), Pr-d Zavodskoi D. 2, K. 1, Pomeshch. 132, Fryazino 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5050130928 (Russia); Registration Number 1175050002434 (Russia) [RUSSIA-EO14024].

LLC SPECIAL ORGANIZATION FOR PROJECT FINANCE FACTORY OF PROJECT FINANCE (a.k.a. SPETSIALIZIROVANNOE OBSHCHESTVO PROEKTNOGO FINANSIROVANIYA FABRIKA PROEKTNOGO FINANSIROVANIYA; a.k.a. "PROJECT FINANCE FACTORY"), pr-kt Akademika Sakharova d. 9, komnata 220, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708330489 (Russia); Registration Number 1187746103885 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC SPECIALIZED DEVELOPER ALABUGA SOUTH PARK (Cyrillic: ООО СПЕЦИАЛИЗИРОВАННЫЙ ЗАСТРОЙЩИК АЛАБУГА ЮЖНЫЙ ПАРК) (a.k.a. LIMITED LIABILITY COMPANY SPECIALIZED DEVELOPER ALABUGA SOUTH PARK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СПЕЦИАЛИЗИРОВАННЫЙ ЗАСТРОЙЩИК АЛАБУГА ЮЖНЫЙ ПАРК)), ul. Sh-2 (OEZ Alabuga Ter.), D. 15/5, Pomeshch. 3, Yelabuga, Republic of Tatarstan 423601, Russia (Cyrillic: УЛ Ш-2 (ТЕР. ОЭЗ АЛАБУГА), Д. 15/5, ПОМЕЩ. 3, Елабуга, Республика Татарстан 423601, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jun 2023; Organization Type: Construction of buildings; Tax ID No. 1674005078 (Russia); Government Gazette Number 52120883 (Russia); Registration Number 1231600029825 (Russia) [RUSSIA-EO14024].

LLC SPETSAVIA (Cyrillic: ООО СПЕЦАВИА) (a.k.a. AMT-SPECAVIA; a.k.a. AMT-SPETSAVIA; a.k.a. AMT-SPETSAVIA GROUP), Building 8, Office 1,

Novoyaroslavskaya Station, Yaroslavl, Yaroslavl Region 150023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7604289701 (Russia); Government Gazette Number 21740072 (Russia); Registration Number 1157627030406 (Russia) [RUSSIA-EO14024].

LLC SPETSELSERVIS (a.k.a. SPECELSERVIS), ul Kakhovka, d. 20, str. 2 k. 56, Moscow 117461, Russia; ul. Elektrozavodskaya, d. 24, of. A214, A215, Moscow 107023, Russia; ul. Sushchevskaya d. 21, pod. 2, Moscow 127055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727191914 (Russia); Registration Number 1037739375024 (Russia) [RUSSIA-EO14024].

LLC SPUTNIK SP (Cyrillic: ООО СПУТНИК СП) (a.k.a. LIMITED LIABILITY COMPANY SPUTNIK SPETSPOSTAVKA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СПУТНИК СПЕЦПОСТАВКА)), 12 Gavanskaya St., Room 2B, Suite 5N, Office 2, Saint Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801692370 (Russia); Registration Number 1207800172216 (Russia) [RUSSIA-EO14024].

LLC STATUS COMPLAINS (a.k.a. LIMITED LIABILITY COMPANY STATUS COMPLAINS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТАТУС КОМПЛАЙНС); a.k.a. STATUS COMPLIANCE; a.k.a. STATUS KOMPLAINS; a.k.a. STATUS KOMPLAINS OOO; a.k.a. "STATUS-IT"), Ul. Bolshaya Semenovskaya D. 45, Moscow, Russia 107023, Russia; Website status-it.com/index/php/ru; alt. Website status-it.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Other information technology and computer service activities; Tax ID No. 7719404118 (Russia); Registration Number 1157746136052 (Russia) [RUSSIA-EO14024].

LLC SUKHODOL SEAPORT (a.k.a. LIMITED LIABILITY COMPANY MORSKOI PORT SUKHODOL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МОРСКОЙ ПОРТ СУХОДОЛ)), 56 Leninskaya St., Romanovka 692821, Russia; 24 Okeansky Avenue, Vladivostok 690091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2503030460 (Russia); Registration Number 1122503001136 (Russia) [RUSSIA-EO14024].

LLC SYMPHONY (Cyrillic: ООО СИМФОНИЯ), Lane Yakovoapostolsky, 15, Moscow 105064, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Nov 2022; Tax ID No. 9709087135 (Russia); Registration Number 1227700713217 (Russia) [RUSSIA-EO14024].

LLC SYNESIS (Cyrillic: ООО СИНЕЗИС) (a.k.a. JSC SYNESIS; a.k.a. SINEZIS OOO), Platonova 20B, Minsk 220005, Belarus; d.20B, pom. 13, komnata 14, ul. Platonova, Minsk, Belarus; Organization Established Date 27 Dec 2007; Registration Number 190950894 (Belarus) [BELARUS-EO14038].

LLC TC NORD PROJECT (a.k.a. NORD PROJECT LLC TRANSPORT COMPANY; a.k.a. TC NORD PROJECT; a.k.a. TK NORD PROJECT; a.k.a. "LLC NORD PROJECT"; a.k.a. "NORD PROJECT"), Office 410, 47 Uritskogo St, Arkhangelsk 163060, Russia; Office 335H, Liter A, Prospekt Leninskiy 153, St. Petersburg 196247, Russia; Office 308, House 71 Korpus 1, Naberezhnaya Severnoy Dviny, Arkhangelsk 163069, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2901201732 (Russia); Identification Number IMO 5825809 [RUSSIA-EO14024].

LLC TD KYUTEK (a.k.a. LIMITED LIABILITY COMPANY TRADE HOUSE KYUTEK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГОВЫЙ ДОМ КЬЮТЭК); a.k.a. TD KYUTEK OOO; a.k.a. TH QTECH LLC), D. 36, Str. 2, Etazh 7 Komn 63, Ul. Ryabinovaya, Moscow 121471, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7729490282 (Russia); Registration Number 1167746094284 (Russia) [RUSSIA-EO14024].

LLC TD SDS TRADE (Cyrillic: ООО ТД СДС ТРЕЙД) (a.k.a. LIMITED LIABILITY COMPANY TORGOVYY DOM SDS TREYD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГОВЫЙ ДОМ СДС ТРЕЙД); a.k.a. LLC SDS TREID), D. 45, Ul. Tereshkovoi, Kemerovo 650036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4205101769 (Russia); Registration Number 1064205065517 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY HOLDINGOVAYA KOMPANIYA SDS UGOL).

LLC TEKHNOPARK SKOLKOVO (a.k.a. LIMITED LIABILITY COMPANY SCIENCE AND TECHNOLOGY PARK SKOLKOVO; a.k.a. TECHNOPARK SKOLKOVO LIMITED LIABILITY COMPANY), 42 str 1 Skolkovo Innovatsionnogo Tsentra Territory, Bolshoy Boulevard, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Dec 2010; Tax ID No. 7701902970 (Russia); Registration Number 5107746075949 (Russia) [RUSSIA-EO14024].

LLC TELLUR ELEKTRONIKS (a.k.a. TELLUR ELECTRONICS), ul. Butlerova d. 17, floor/komn 4/49, Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720355306 (Russia); Registration Number 1167746991312 (Russia) [RUSSIA-EO14024].

LLC TESTKOMPLEKT, ul. Verkhnyaya Krasnoselskaya d. 2/1, str. 1, floor 3, pomeshch. 317, Moscow 107140, Russia; ul. Kolpakova, d. 24A, ofis 5.06, Mytishchi, Moscow oblast, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5029208152 (Russia); Registration Number 1165029051472 (Russia) [RUSSIA-EO14024].

LLC TITAN-AVANGARD (Cyrillic: ООО ТИТАН-АВАНГАРД) (a.k.a. "ADDITIVE SOLUTIONS" (Cyrillic: "АДДИТИВНЫЕ РЕШЕНИЯ"); a.k.a. "ADDSOL"), Kotlyakovskaya Street, Building 3, Structure 1, Floor 1, Moscow, Moscow Region 115201, Russia; 2nd Kotlyakovsky Lane, 18, Moscow 115201, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6685127341 (Russia); Registration Number 1176658015412 (Russia) [RUSSIA-EO14024].

LLC TKKH-INVEST (Cyrillic: ООО ТКХ-ИНВЕСТ) (a.k.a. LIMITED LIABILITY COMPANY TKKH-INVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТКХ-ИНВЕСТ); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TKKH-INVEST; a.k.a. OOO TKH-INVEST; a.k.a. OOO TKKH-INVEST), Prechistenka st., D. 38, floor 3 room 29, Moscow 119034, Russia (Cyrillic: ул Пречистенка, д. 38, этаж 3 ком. 29, город Москва 119034, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Nov 2013; Tax ID No. 7736666723 (Russia); Government Gazette Number 18935553 (Russia); Registration Number 5137746019989 (Russia) [RUSSIA-EO14024].

LLC T-KOMPONENT SP (a.k.a. "T-COMPONENT"), Pr-kt Leninskii d. 153, floor 2 pom. 60N office 215, Saint Petersburg 196247, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810656900 (Russia); Registration Number 1177847066990 (Russia) [RUSSIA-EO14024].

LLC TMK TECHSERVICE (Cyrillic: ООО ТМК ТЕХСЕРВИС) (a.k.a. LIMITED LIABILITY COMPANY TMK TECHNICAL SERVICE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК ТЕХНИЧЕСКИЙ СЕРВИС)), 51 Rozy Lyuksemburg Street, Floor 1, Suite 99, Ekaterinburg 620026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6626016720 (Russia); Registration Number 1069626005283 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY PIPE METALLURGICAL COMPANY).

LLC TMK YAMZ (Cyrillic: ООО ТМК ЯМЗ) (a.k.a. LIMITED LIABILITY COMPANY TMK YARTSEVSKIY METALLURGICAL PLANT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК ЯРЦЕВСКИЙ МЕТЗАВОД); a.k.a. LIMITED LIABILITY COMPANY TMK YARTSEVSKIY METZAVOD), 3 First Liteynaya Street, Office 107, Yartsevo 215805, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6623122216 (Russia); Registration Number 1176658047862 (Russia) [RUSSIA-EO14024].

LLC TORGOVY KVARTAL-NOVOSIBIRSK, Ul. Frunze d. 238, Novosibirsk 630112, Russia; Website www.sibmoll.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5405230467 (Russia); Registration Number 1025401906639 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC TPK MAXIMUM (a.k.a. LIMITED LIABILITY COMPANY TRADING AND PRODUCTION COMPLEX MAXIMUM; a.k.a. TORGOVO PROIZVODSTVENNYI KOMPLEKS MAKSIMUM; a.k.a. TPK MAKSIMUM), Ul. Malakhovskogo D. 52, Pomeshch. 10, Voronezh 394019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3662204227 (Russia); Registration Number 1143668026435 (Russia) [RUSSIA-EO14024].

LLC TRADING HOUSE ENERGOSPETSKOMPLEKT (a.k.a. TD ESKO LIMITED; a.k.a. TRADING HOUSE ESKO), Ul. Pionerskaya, Floor / Pomesch Polupodval, Lit. A., Kom. 10-12, Krasnogorsk 143402, Russia; Promyshlennaya St., House 16A, Yaroslavl 150064, Russia; Ul. Gilyarovskogo, Dom 51, Moscow 129110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7702790095 (Russia); Registration Number 1127746401419 (Russia) [RUSSIA-EO14024].

LLC TRADING HOUSE STANKOMASHSTROY (a.k.a. TRADING COMPANY SMS LIMITED; a.k.a. "LLC TD SMS"), Ul. Bugrovka M. D. 20, Penza 440011, Russia; 9A Germana Titova St., Penza 440028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5835109448 (Russia); Registration Number 1145835004545 (Russia) [RUSSIA-EO14024].

LLC TRADING HOUSE VECTOR (Cyrillic: ООО ТОРГОВЫЙ ДОМ ВЕКТОР) (a.k.a. LIMITED LIABILITY COMPANY TRADING HOUSE VECTOR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГОВЫЙ ДОМ ВЕКТОР)), Ul. Rossiiskaya, D. 2A, KV. 10, Irkutsk, Irkutsk Oblast 664025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Oct 2008; Tax ID No. 3808184570 (Russia); Government Gazette Number 87059789 (Russia); Business Registration Number 1083808013178 (Russia) [RUSSIA-EO14024] (Linked To: YAMSHCHIKOV, Artem Mikhailovich).

LLC TREST ROSSPETSENERGOMONTAZH (Cyrillic: ООО ТРЕСТ РОССПЕЦЭНЕРГОМОНТАЖ) (a.k.a. ООО TREST ROSSPETSENERGOMONTAZH; a.k.a. TREST ROSSPETSENERGOMONTAZH OOO; a.k.a. TRUST ROSSPETSENERGOMONTAZH), Promzona Kaes, Udomlya 171840, Russia; D. 3, Pl. Svobody, G. Nizhnii Novgorod, Oblast Nizhegorodskaya 603006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6916013425 (Russia); Public Registration Number 57302715 (Russia) [RUSSIA-EO14024].

LLC TRIBIT (a.k.a. LIMITED LIABILITY COMPANY TRIBIT; a.k.a. TRIBIT; a.k.a. TRIBIT OOO), d. 27/8 pom. P53, ul. Varvarskaya, Nizhni Novgorod Region 603006, Russia; Website tribit.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Sep 2018; Organization Type: Other information technology and computer service activities; Tax ID No. 5260457937 (Russia); Registration Number 1185275050905 (Russia) [RUSSIA-EO14024].

LLC TSENTR SPRUT T (a.k.a. LIMITED LIABILITY COMPANY CENTER SPRUT T (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦЕНТР СПРУТ Т)), Ulitsa Krasnokazarmennaya, Dom 3, Stroenie 5, Moscow 111250, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7734220468 (Russia); Registration Number 1037739346590 (Russia) [RUSSIA-EO14024].

LLC TSENTRTEKHKHIMMASH (Cyrillic: ООО ЦЕНТРТЕХХИММАШ), d. 23 str. 1 etazh / kom. 2/14, ul. Bolshaya Novodmitrovkaya, Moscow 127015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725539970 (Russia); Registration Number 1057747090280 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY FLEMSTED).

LLC TSITADEL (Cyrillic: ООО ЦИТАДЕЛЬ) (a.k.a. CITADEL OOO; a.k.a. LIMITED LIABILITY COMPANY CITADEL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦИТАДЕЛЬ); a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU TSITADEL; a.k.a. TSITADEL GROUP; a.k.a. "CITADEL HOLDING"; a.k.a. "CITADEL LLC"), Michurinskiy avenue, House 27, Apartment 5, Floor 2, Room 6, Moscow 119607, Russia (Cyrillic: Пр-Кт Мичуринский, Д. 27, К. 5, Этаж 2, Ком. 6, Москва 119607, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701012339 (Russia); Registration Number 11577467895690 (Russia) [RUSSIA-EO14024].

LLC TSMRBANK (a.k.a. BANK CENTER FOR INTERNATIONAL SETTLEMENTS LLC; a.k.a. BANK TSENTR MEZHDUNARODNYKH RASCHETOV OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. TSMRBANK, OOO), ul. Palikha, d. 10, Str. 7, Moscow 127055, Russia; Website www.nko-cmr.ru; Email Address cmr@cmrbank.ru; BIK (RU) 044525059; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt.

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration ID 1157700005759 (Russia); Tax ID No. 7750056670 (Russia); Government Gazette Number 45000256 (Russia) [UKRAINE-EO13660] [DPRK3] [RUSSIA-EO14024].

LLC TSTO DELTA-AERO (a.k.a. DELTA-AERO TECHNICAL SERVICE CENTER LLC; a.k.a. LIMITED LIABILITY COMPANY TECHNICAL SERVICE CENTER DELTA-AERO), Vn. Ter. Settlement Moskovsky, Kievskoe Highway 22 km, household 4, building 1, floor 6, room/office 620 A/37, Moscow 108511, Russia; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 12 Apr 2021; Tax ID No. 7730263823 (Russia); Business Registration Number 1217700171809 (Russia) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

LLC TURBO KING, Proezd Avtosborochnyi D. 10, Naberezhnyye Chelny 423800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1650384878 (Russia); Registration Number 1191690088853 (Russia) [RUSSIA-EO14024].

LLC UK MECHEL MAINING (Cyrillic: ООО УК МЕЧЕЛ МАЙНИНГ) (a.k.a. LIMITED LIABILITY COMPANY UPRAVLYAYUSHCHAYA KOMPANIYA MECHEL MAINING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ МЕЧЕЛ МАЙНИНГ); a.k.a. LLC MECHEL MINING MANAGEMENT COMPANY), d. 1 ul. Krasnoarmeiskaya, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5410020539 (Russia); Registration Number 1085410004811 (Russia) [RUSSIA-EO14024].

LLC VALTEX-ST (Cyrillic: ООО ВАЛТЕКС-НТ) (a.k.a. VALTEX SCIENCE AND TECHNOLOGY), Pr Staryi Zykovskii D. 5, Pom. IV, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Feb 2008; Tax ID No. 7714973551 (Russia); Registration Number 1177746136600 (Russia) [RUSSIA-EO14024].

LLC VEB CAPITAL (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNA YA KOMPANIYA VNESHEKONOMBANKA; a.k.a. OOO VEB KAPITAL; a.k.a. VEB CAPITAL), d. 7 str. A ul. Mashi Poryvaevoi, Moscow 107078, Russia; Website vebcapital.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Dec 2009; Tax ID No. 7708710924 (Russia); Registration Number 1097746831709 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC VEB SERVICE (a.k.a. VEB SERVICE; a.k.a. VEB SERVIS), PR-KT Akademika Sakharova D. 9, Komnata 205 K, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708325680 (Russia); Registration Number 1177746934023 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC VEB VENTURES (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VEB VENCHURS; f.k.a. OOO VEB INNOVATSIYA; a.k.a. OOO VEB VENCHURS; f.k.a. VEB INNOVATIONS; a.k.a. VEB VENCHURS), D. 2 etazh 7, Ul. Bleza Paskalya Ter. Skolkovo Innovatsionnogo, Moscow 121205, Russia; Website vebinnovations.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731373995 (Russia); Registration Number 1177746639036 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC VEB.RF ASSET MANAGEMENT (a.k.a. VEB.RF UPRAVLENIE AKTIVAMI), B-R 31 Novinskii D., Floor 7, Pomeshch. I. Kom 16, Moscow 123242, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9704032929 (Russia); Registration Number 1207700367930 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC VEST-OST (a.k.a. "WEST-OST"), Gotvalda ul. 21/2, Yekaterinburg 620107, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6670249749 (Russia); Registration Number 1096670008434 (Russia) [RUSSIA-EO14024].

LLC VLADEKS (Cyrillic: ООО ВЛАДЕКС) (a.k.a. LIMITED LIABILITY COMPANY VLADEKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЛАДЕКС); a.k.a. "VLADEX"), ul. Volkhovskaya, d. 29, office 505, Vladivostok 690018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Mar 2018; Tax ID No. 2543123270 (Russia); Registration Number 1182536008710 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Kirill Konstantinovich).

LLC VLADEKS KHOLDING (Cyrillic: ООО ВЛАДЕКС ХОЛДИНГ) (a.k.a. LIMITED LIABILITY COMPANY VLADEKS KHOLDING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЛАДЕКС ХОЛДИНГ)), ul. Arbat, d. 6/2, e 4, pom. I, k 1, of 48, Moscow 119019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jul 2018; Tax ID No. 7704457928 (Russia); Registration Number 1187746643370 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Kirill Konstantinovich).

LLC VNIIGAZ (a.k.a. GAZPROM VNIIGAZ; a.k.a. GAZPROM VNIIGAZ, OOO (Cyrillic: ООО ГАЗПРОМ ВНИИГАЗ); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'NAUCHNO-ISSLEDOVATELSKI INSTITUT PRIRODNYKH GAZOV I GAZOVYKH TEKHNOLOGI - GAZPROM VNIIGAZ' (Cyrillic: НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ПРИРОДНЫХ ГАЗОВ И ГАЗОВЫХ ТЕХНОЛОГИЙ - ГАЗПРОМ ВНИИГАЗ); f.k.a. "ALL UNION SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES"; a.k.a. "LIMITED LIABILITY COMPANY SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES"; a.k.a. "VNIGAZ"), 15 Gazovikov St., bld. 1, Razvilka, Leninski Raion, Moskovskaya obl. 142717, Russia; Sevastopolskaya St. 1A, Ukhta, Komi

Republic, Russia; Website www.vniigaz.ru; Email Address adm@vniigaz.gazprom.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jun 1999; Registration ID 1025000651598; Tax ID No. 5003028155; Government Gazette Number 31323949; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM).

LLC VOLGOGRAD MACHINE BUILDING COMPANY VGTZ (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU VOLGOGRADSKAIA MASHINOSTROITELNAIA KOMPANIIA VGTZ; a.k.a. VOLGOGRAD MACHINE BUILDING COMPANY LIMITED LIABILITY COMPANY; a.k.a. VOLGOGRAD TRACTOR PLANT; a.k.a. "OOO VMK VGTZ"), 1 Dzerzhinskogo Pl, Volgograd 400006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3441023695 (Russia); Registration Number 1023402461752 (Russia) [RUSSIA-EO14024].

LLC VOSTOK GOLD (a.k.a. LIMITED LIABILITY COMPANY VOSTOK ZOLOTO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОСТОК ЗОЛОТО)), d. 104 pom, ofis 5/16, ul. Zhuravleva, Chita 672012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7536181111 (Russia); Registration Number 1207500001851 (Russia) [RUSSIA-EO14024].

LLC VOSTOK TRADING (a.k.a. VOSTOK TRADING LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОСТОК ТРЕЙДИНГ); a.k.a. VOSTOK TRADING LLC (Cyrillic: ООО ВОСТОК ТРЕЙДИНГ); a.k.a. "EAST TRADING"), Kv. 10, 54 Volodarskogo Ulitsa, Ussuriysk, Primorsky Krai 692519, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214;

Organization Established Date 30 Apr 2015; Tax ID No. 2511092929 (Russia); Registration Number 1152511001785 (Russia) [DPRK4] [RUSSIA-EO14024].

LLC VTB DC (a.k.a. LIMITED LIABILITY COMPANY VTB DC; a.k.a. VTB DC LIMITED; a.k.a. VTB DC LTD), Room 47, office XIV, 8 Brestskaya Street, Moscow 125047, Russia; d. 35 str. 1, Prospect Leningradski, Moscow 125284, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2011; Registration Number 5117746058733 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

LLC VTB INFRASTRUCTURE INVESTMENTS (Cyrillic: ООО ВТБ ИНФРАСТРУКТУРНЫЕ ИНВЕСТИЦИИ) (a.k.a. LIMITED LIABILITY COMPANY VTB INFRASTRUCTURE INVESTMENTS; a.k.a. VTB INFRASTRUKTURNYE INVESTITSII), Presnenskay Nab D. 10, Floor 15, Pomeshchenie III, Moscow 123112, Russia; d. 12 etazh 20 Mesto 20.41V, naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 May 2012; Organization Type: Other business support service activities n.e.c.; Tax ID No. 7703768889 (Russia); Government Gazette Number 09824582 (Russia); Registration Number 1127746409801 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

LLC VU DIKSON (Cyrillic: ООО ВУ ДИКСОН) (a.k.a. OOO VOSTOKUGOL DIKSON), ul. Voronina 2A Pgt., Dikson 647340, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2469003640 (Russia); Registration Number 1172468032549 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LLC VYGON CONSULTING (f.k.a. ENERGETICHESKI TSENTR OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VYGON

KONSALTING; a.k.a. VYGON CONSULTING; a.k.a. VYGON KONSALTING OOO), d. 12 pod/et/pom 3/16/1609, Naberezhnaya Krasnopresnenskaya, Moscow 123610, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Sep 2013; Organization Type: Management consultancy activities; Tax ID No. 7717761234 (Russia); Residency Number 1137746787705 (Russia); Government Gazette Number 18141830 (Russia) [RUSSIA-EO14024].

LLC WEAPON FIRM LEVSHA T (a.k.a. GUN MAKING COMPANY LEVSHA T LLC; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU ORUZHEINAIA FIRMA LEVSHA T), 1A Sovetskaya St, Building 95-037, Pom/floor 11/2 lit. e3, Tula 300041, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7107049851 (Russia); Registration Number 1027100978300 (Russia) [RUSSIA-EO14024].

LLC YADRO FAB DUBNA (a.k.a. LIMITED LIABILITY COMPANY YADRO FAB DUBNA; a.k.a. YADRO FAB DUBNA OOO), 4 Programmistov Str., Dubna, Moscow Region 141983, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 May 2020; Tax ID No. 5010057397 (Russia); Registration Number 1205000041245 (Russia) [RUSSIA-EO14024].

LLC YAKUT ORE COMPANY (a.k.a. LIMITED LIABILITY COMPANY YAKUTSKAYA RUDNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЯКУТСКАЯ РУДНАЯ КОМПАНИЯ); a.k.a. "LLC YARK"), Neryungri, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1400003086 (Russia); Registration Number 1211400013582 (Russia) [RUSSIA-EO14024].

LLC YUKC TRO YA (a.k.a. LIMITED LIABILITY COMPANY LEGAL CONSULTING COMPANY TRO YA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЮРИДИЧЕСКАЯ КОНСАЛТИНГОВАЯ КОМПАНИЯ ТРО Я); a.k.a. LLC YUKK TRO YA; a.k.a. TRO YA LLC; a.k.a. TRO YA OSOO), Lower Lugovaya St 217, Tokmok 724201, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 01510201210159 (Kyrgyzstan); Government Gazette Number 27645894 (Kyrgyzstan) [RUSSIA-EO14024].

LLC YUKK TRO YA (a.k.a. LIMITED LIABILITY COMPANY LEGAL CONSULTING COMPANY TRO YA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЮРИДИЧЕСКАЯ КОНСАЛТИНГОВАЯ КОМПАНИЯ ТРО Я); a.k.a. LLC YUKC TRO YA; a.k.a. TRO YA LLC; a.k.a. TRO YA OSOO), Lower Lugovaya St 217, Tokmok 724201, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 01510201210159 (Kyrgyzstan); Government Gazette Number 27645894 (Kyrgyzstan) [RUSSIA-EO14024].

LLC ZAVOD SPETSAGREGAT, UL. 8 Iyulya 10 A, Miass 456300, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7448069375 (Russia); Registration Number 1057422041005 (Russia) [RUSSIA-EO14024].

LLC ZHELTUGINSKAYA GRK (Cyrillic: ООО ЖЕЛТУГИНСКАЯ ГРК) (a.k.a. LIMITED LIABILITY COMPANY ZHELTUGINSKAYA MINING COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЖЕЛТУГИНСКАЯ ГОРНОРУДНАЯ КОМПАНИЯ)), TOR Zabaykalye Territory, Klyuchevskiy Urban Settlement, Mogochinskiy District, Zabaykalskiy Territory 673741, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7536164405 (Russia); Registration Number 1177536001411 (Russia) [RUSSIA-EO14024].

LLC ZHEMCHUZHNY LOTOS (a.k.a. PEARL LOTUS LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЖЕМЧУЖНЫЙ ЛОТОС)), k. 1 d. 13/3, ul. Sadovaya-Chernogryazskaya, Moscow 105064, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730281967 (Russia); Registration Number 1227700400520 (Russia) [RUSSIA-EO14024].

LLC ZIMENS YOKOGAWA (Cyrillic: ООО ЗИМЕНС ЯКАГАВА) (a.k.a. LIMITED LIABILITY COMPANY ZIMENS YOKOGAWA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗИМЕНС ЯКАГАВА)), ul. Sh-2 (OEZ Alabuga Ter.), Str. 5/12, Pomeshch. 201, Yelabuga, Republic of Tatarstan 423601, Russia (Cyrillic: УЛ Ш-2 (ТЕР. ОЭЗ АЛАБУГА), СТР. 5/12, ПОМЕЩ. 201, Елабуга, Республика Татарстан 423601, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Oct 2022; Tax ID No.

1674003024 (Russia); Government Gazette Number 78387980 (Russia); Registration Number 1221600079645 (Russia) [RUSSIA-EO14024].

LLC ZIROUDEY TEKHNOLODZHIS (Cyrillic: ООО ЗИРОУДЭЙ ТЕХНОЛОДЖИС) (a.k.a. 0DAY TECHNOLOGIES; a.k.a. LIMITED 0DAY TECHNOLOGIES; a.k.a. "LTD 0DT"), UL. Profsoyuznaya D. 125, Floor Tsokolnyi, Pomeshch. I. Kom. 14, Moscow 117647, Russia; St. Vvedenskogo, House 23A, Structure 3, etazh 4, Room XIV, Room 62, Rm1b, Moscow 117342, Russia; Website https://0day.llc/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Dec 2001; Organization Type: Other information technology and computer service activities; Target Type Private Company; Registration ID 5117746070558 (Russia); Tax ID No. 7728795098 (Russia) [RUSSIA-EO14024].

LMG LIGHTHOUSE TRUST REG, Austrasse 14, P.O. Box 254, Triesen 9495, Liechtenstein; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Nov 2009; Legal Entity Number 529900V5BDH8G1KWHI29; Registration Number FL-0002.332.190-4 (Liechtenstein) [RUSSIA-EO14024].

LMJ TRADING LTD, Colchester, Essex, United Kingdom; Organization Established Date 22 Aug 2019; Company Number 12170407 (United Kingdom) [ILLICIT-DRUGS-EO14059] (Linked To: FALLON, John Anthony).

LNG ALPHA SHIPPING PTE LTD (a.k.a. SCF NYK ALPHA SHIPPING PTE LTD), #17-05, 190 Middle Road, Fortune Centre, Singapore 188979, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 202133190E (Singapore) [RUSSIA-EO14024].

LNG BETA SHIPPING PTE LTD (a.k.a. SCF NYK BETA SHIPPING PTE LTD), #17-05, 190 Middle Road, Fortune Centre, Singapore 188979, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 202133061D (Singapore) [RUSSIA-EO14024] (Linked To: NEW TRANSSHIPMENT FZE).

LNG DELTA SHIPPING PTE LTD (a.k.a. SCF NYK DELTA SHIPPING PTE LTD), #17-05, 190 Middle Road, Fortune Centre, Singapore 188979, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 202133053M (Singapore)

[RUSSIA-EO14024] (Linked To: NEW TRANSSHIPMENT FZE).

LNG GAMMA SHIPPING PTE LTD (a.k.a. SCF NYK GAMMA SHIPPING PTE LTD), #17-05, 190 Middle Road, Fortune Centre, Singapore 188979, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 202133056E (Singapore) [RUSSIA-EO14024] (Linked To: NEW TRANSSHIPMENT FZE).

LNG YAKUTIA LLC (a.k.a. LIMITED LIABILITY COMPANY LIQUIFIED NATURAL GAS YAKUTIA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЖИЖЕННЫЙ ПРИРОДНЫЙ ГАЗ ЯКУТИЯ); a.k.a. LIMITED LIABILITY COMPANY SZHIZHENNYI PRIRODNYI GAZ YAKUTIA), ofis 102, k. 2 d. 4 prospekt Lenina, Yakutsk 677000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1400026781 (Russia); Registration Number 1231400009785 (Russia) [RUSSIA-EO14024].

LO, Stephen (a.k.a. LO, Stephen Wai-chung; a.k.a. LO, Wai-chung (Chinese Traditional: 盧偉聰; Chinese Simplified: 卢伟聪)), Hong Kong; DOB 19 Nov 1961; POB Hong Kong; nationality Hong Kong; Gender Male; National ID No. E8586768 (Hong Kong) (individual) [HK-EO13936].

LO, Stephen Wai-chung (a.k.a. LO, Stephen; a.k.a. LO, Wai-chung (Chinese Traditional: 盧偉聰; Chinese Simplified: 卢伟聪)), Hong Kong; DOB 19 Nov 1961; POB Hong Kong; nationality Hong Kong; Gender Male; National ID No. E8586768 (Hong Kong) (individual) [HK-EO13936].

LO, Wai-chung (Chinese Traditional: 盧偉聰; Chinese Simplified: 卢伟聪) (a.k.a. LO, Stephen; a.k.a. LO, Stephen Wai-chung), Hong Kong; DOB 19 Nov 1961; POB Hong Kong; nationality Hong Kong; Gender Male; National ID No. E8586768 (Hong Kong) (individual) [HK-EO13936].

LOAN, Waseem Raouf (a.k.a. BUTT, Abdul Majid; a.k.a. LOAN, Waseem Rauf; a.k.a. LON RAOUF, Wasim Raouf; a.k.a. LOUN, Waseem Raouf; a.k.a. LOUN, Waseem Rauf; a.k.a. LOUN, Waseem Rouf; a.k.a. RASHI, Abdul Majid; a.k.a. RASHID, Abdul Majid), c/o AL AMLOOD TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Pakistan; DOB 03 Mar 1966; POB Lahore, Pakistan; citizen Pakistan; Passport AA8908881 (Pakistan);

Identification Number 35200-5407888-5 (Pakistan) (individual) [SDNTK].

LOAN, Waseem Rauf (a.k.a. BUTT, Abdul Majid; a.k.a. LOAN, Waseem Raouf; a.k.a. LON RAOUF, Wasim Raouf; a.k.a. LOUN, Waseem Raouf; a.k.a. LOUN, Waseem Rauf; a.k.a. LOUN, Waseem Rouf; a.k.a. RASHI, Abdul Majid; a.k.a. RASHID, Abdul Majid), c/o AL AMLOOD TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Pakistan; DOB 03 Mar 1966; POB Lahore, Pakistan; citizen Pakistan; Passport AA8908881 (Pakistan); Identification Number 35200-5407888-5 (Pakistan) (individual) [SDNTK].

LOBACH, Tatyana Georgiyevna (Cyrillic: ЛОБАЧ, Татьяна Георгиевна), Russia; DOB 08 Jan 1974; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LOBAEV, Nikolay Yevgenyevich (Cyrillic: ЛОБАЕВ, Николай Евгеньевич), Russia; DOB 01 Jun 1974; POB Rostov-On-Don, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771986198929 (Russia) (individual) [RUSSIA-EO14024].

LOBAEV, Vladislav Yevgenyevich (Cyrillic: ЛОБАЕВ, Владислав Евгеньевич), Russia; DOB 04 Apr 1972; POB Rostov-On-Don, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 402911672932 (Russia) (individual) [RUSSIA-EO14024].

LOBAEVA, Elena Anatolyevna (Cyrillic: ЛОБАЕВА, Елена Анатольевна), Russia; DOB 23 Jan 1974; POB Volgograd, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770471404343 (Russia) (individual) [RUSSIA-EO14024].

LOBAYE INVEST (a.k.a. LOBAYE INVEST SARL; a.k.a. LOBAYE INVEST SARLU), Avenue Martyrs Rue 5-064, Bangui, Central African Republic; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Mining of other non-ferrous metal ores [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

LOBAYE INVEST SARL (a.k.a. LOBAYE INVEST; a.k.a. LOBAYE INVEST SARLU), Avenue Martyrs Rue 5-064, Bangui, Central African Republic; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Mining of other non-ferrous metal ores [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

LOBAYE INVEST SARLU (a.k.a. LOBAYE INVEST; a.k.a. LOBAYE INVEST SARL), Avenue Martyrs Rue 5-064, Bangui, Central African Republic; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Mining of other non-ferrous metal ores [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

LOBILLA, Shaykh Omar (a.k.a. DE LAVILLA, Mike; a.k.a. LABELLA, Omar; a.k.a. LAVILLA, Mile D.; a.k.a. LAVILLA, Omar; a.k.a. LAVILLA, Ramo; a.k.a. LAVILLA, Reuben; a.k.a. LAVILLA, Reuben Omar; a.k.a. LAVILLA, Reymund; a.k.a. LAVILLA, Ruben Pestano, Jr.; a.k.a. MUDDARIS, Abdullah; a.k.a. SHARIEF, Ahmad Omar), 10th Avenue, Caloocan City, Manila, Philippines; Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; DOB 04 Oct 1972; POB Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

LOENGO SHIPPING AND TRADER LIMITED, Suite 212, 2nd Floor, Block A, La Ciotat, Mont Fleuri, Mahe, Seychelles; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6419331 [UKRAINE-EO13662] [RUSSIA-EO14024].

LOGAID, ul. 1-ya Volskaya d. 26, floor 2, kom #9, Moscow 111674, Russia; Ryazanskiy prospekt, dom 10, stroenie 2, Moscow 109428, Russia; ul. Svobody 95k2, 1 podyezd, 1 etazh, Moscow 125481, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7721831364 (Russia); Registration Number 1147746464095 (Russia) [RUSSIA-EO14024].

LOGAN MOREY, Elvis Angus (a.k.a. "BURTON BURGESS"); DOB 28 Jul 1963; POB Toledo District, Belize; Passport P0017003 (Belize); SSN 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 (United States) (individual) [SDNT].

LOGARCHEO AG (a.k.a. LOGARCHEO S.A.), Chemin du Carmel, 1661 Le Paquier-Montbarry, Switzerland; US FEIN CH-217-0-431-423-3 (United States) [IRAQ2].

LOGARCHEO S.A. (f.k.a. LOGARCHEO AG), Chemin du Carmel, 1661 Le Paquier-Montbarry, Switzerland; US FEIN CH-217-0-431-423-3 (United States) [IRAQ2].

LOGINOV, Ilya (a.k.a. LOGINOV, Ilya Alekseyevich (Cyrillic: ЛОГИНОВ, Илья Алексеевич)); DOB 02 Jul 1971; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy General Director for Legal Support at Sovfracht (individual) [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

LOGINOV, Ilya Alekseyevich (Cyrillic: ЛОГИНОВ, Илья Алексеевич) (a.k.a. LOGINOV, Ilya); DOB 02 Jul 1971; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy General Director for Legal Support at Sovfracht (individual) [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

LOGINOV, Vyacheslav Yuryevich (Cyrillic: ЛОГИНОВ, Вячеслав Юрьевич), Russia; DOB 09 Jan 1979; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LOGINOVA, Anna Evgenyevna (a.k.a. PUTINA, Anna Evgenyevna; a.k.a. TSIVILEVA, Anna Evgenyevna); DOB 09 May 1972; POB Ivanovo, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771921270207 (Russia) (individual) [RUSSIA-EO14024].

LOGISTICA Y TRANSPORTE NORVAL LTDA., Avenida Boyaca No. 68-24, Bogota, Colombia; NIT # 900224846-0 (Colombia) [SDNTK].

LOGISTIK INTERNEYSHNL SERVIS OOO (a.k.a. LIMITED LIABILITY COMPANY LOGISTIC INTERNATIONAL SERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛОГИСТИК ИНТЕРНЕЙШНЛ СЕРВИС)), d. 7 str. 1 ofis 411, ul. Radio, Moscow 105005, Russia; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Tax ID No. 9701048399 (Russia); Registration Number 1167746806952 (Russia) [RUSSIA-EO14024].

LOGISTIKA DOVERIYA OOO (a.k.a. OOO LOGISTIKA DOVERIIA; a.k.a. TRUST LOGISTIC; a.k.a. TRUST LOGISTICS LLC), Vladenie 5 Etazh/Pom.3/321, Khimki 141402, Russia; ul. Engelsa, 27, et. 2 pomeshch. 89, Khimki, Moscow 141402, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 May 2012; Tax ID No. 7721758555 (Russia); Registration Number 1127746399098 (Russia) [RUSSIA-EO14024] (Linked To: AKIFYEV, Pavel Viktorovich).

LOGISTIQUE ECONOMIQUE ETRANGERE SARLU, Enceinte Mai, Route De Ndres, Quartier Boy-Rabe, Arrondissement 4, Bangui, Central African Republic; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date Oct 2020; Organization Type: Non-specialized wholesale trade; Business Registration Number CA/BG2020B1559 (Central African Republic) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY BROKER EXPERT).

LOGOS MARINE PTE. LTD., 7 Kaki Bukit Rd 1, #02-09, Singapore 415937, Singapore; Organization Established Date 14 Nov 2003; Identification Number IMO 5838566; Registration Number 200311616H (Singapore) [IRAN-EO13902].

LOGOV, Roman, Shanghai, China; DOB 24 Dec 1982; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

LOGUNOV, Oleg; DOB 04 Feb 1962; POB Irkutsk Region, Russia (individual) [MAGNIT].

LOGUNTSOV, Sergey, Saint Petersburg, Russia; DOB 15 Jul 1983; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

LOIRE SHIPPING INC., 50th Street, Global Plaza Building, 20th Floor, Office E, Panama City, Panama; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 29 Nov 2019; Identification Number IMO 6137379; Folio Mercantil No. 155688469 (Panama) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

LOKESH MACHINES LIMITED, B-29, EEIE, Stage II, Hyderabad, Telangana 500037, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Dec 1983; Tax ID No. AAACL4244L (India); Registration Number L29219TG1983PLC004319 (India) [RUSSIA-EO14024].

LOKSHIN, Alexander Markovich (Cyrillic: ЛОКШИН, Александр Маркович), Vladimirskaya Str. 8-1-51, Moscow 111123, Russia; DOB 11 Oct 1957; POB Chita, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4518655538 (Russia); alt. National ID No. 6602655180 (Russia); Tax ID No. 772027610836 (Russia) (individual) [RUSSIA-EO14024].

LOKWANG, Okot (a.k.a. LUKWANG, Okot; a.k.a. LUKWENG, Okot; a.k.a. LUKWONG, Okot), Songo, Kafia Kingi; Central African Republic; DOB 1975; alt. DOB 1974; alt. DOB 1976; alt. DOB 1981; alt. DOB 1982; alt. DOB 1980; POB Palabek, Uganda; alt. POB Padibe Lamwu District, Uganda; nationality Uganda (individual) [CAR] (Linked To: LORD'S RESISTANCE ARMY).

LOLA LOLITA 1110, S. DE R.L. DE C.V. (a.k.a. LOLALOLITA 1110, S. DE R.L. DE C.V.), Av. Vallarta 1110, Col. Americana, Guadalajara, Jalisco 44160, Mexico; Guadalajara, Jalisco, Mexico; Website www.lolalolita.com; Folio Mercantil No. 60645 (Jalisco) (Mexico) [SDNTK].

LOLALIMES, La Reforma, Zacapa, Guatemala [SDNTK].

LOLALOLITA 1110, S. DE R.L. DE C.V. (a.k.a. LOLA LOLITA 1110, S. DE R.L. DE C.V.), Av. Vallarta 1110, Col. Americana, Guadalajara, Jalisco 44160, Mexico; Guadalajara, Jalisco, Mexico; Website www.lolalolita.com; Folio Mercantil No. 60645 (Jalisco) (Mexico) [SDNTK].

LOMORO, Martin Elia (a.k.a. LOMORO, Martin Elias; a.k.a. LOMURO, Martin Elia), Juba, South Sudan; DOB 28 Dec 1957; citizen South Sudan; alt. citizen Sudan; Gender Male; Passport D00002571 (South Sudan); alt. Passport D00009058 (Sudan) (individual) [SOUTH SUDAN].

LOMORO, Martin Elias (a.k.a. LOMORO, Martin Elia; a.k.a. LOMURO, Martin Elia), Juba, South Sudan; DOB 28 Dec 1957; citizen South Sudan; alt. citizen Sudan; Gender Male; Passport D00002571 (South Sudan); alt. Passport

D00009058 (Sudan) (individual) [SOUTH SUDAN].

LOMURO, Martin Elia (a.k.a. LOMORO, Martin Elia; a.k.a. LOMORO, Martin Elias), Juba, South Sudan; DOB 28 Dec 1957; citizen South Sudan; alt. citizen Sudan; Gender Male; Passport D00002571 (South Sudan); alt. Passport D00009058 (Sudan) (individual) [SOUTH SUDAN].

LON RAOUF, Wasim Raouf (a.k.a. BUTT, Abdul Majid; a.k.a. LOAN, Waseem Raouf; a.k.a. LOAN, Waseem Rauf; a.k.a. LOUN, Waseem Raouf; a.k.a. LOUN, Waseem Rauf; a.k.a. LOUN, Waseem Rouf; a.k.a. RASHI, Abdul Majid; a.k.a. RASHID, Abdul Majid), c/o AL AMLOOD TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Pakistan; DOB 03 Mar 1966; POB Lahore, Pakistan; citizen Pakistan; Passport AA8908881 (Pakistan); Identification Number 35200-5407888-5 (Pakistan) (individual) [SDNTK].

LONDON IRINVEST SHIP COMPANY (a.k.a. IRINVESTSHIP LIMITED), 10 Greycoat Place, London SW1P 1SB, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. 04110179 (United Kingdom) [IRAN].

LONDONO ZAPATA, Jesus Antonio, c/o INVERSIONES AGROINDUSTRIALES DEL ORIENTE LTDA., Granada, Meta, Colombia; Calle 14 No. 13-86/90, Fuentedeoro, Meta, Colombia; Calle 47 Bis No. 28-55, Villavicencio, Colombia; Carrera 14 No. 14-04/06, Fuentedeoro, Meta, Colombia; Finca Juanchito, Vereda Iraca, San Martin, Meta, Colombia; Finca La Rivera I, Vereda La Luna, Fuentedeoro, Meta, Colombia; Finca La Rivera II, Vereda Pto. Poveda, Fuentedeoro, Meta, Colombia; Finca Verdum, Vereda Iraca, San Martin, Meta, Colombia; Finca Verdum Ligia, Vereda Iraca, Fuentedeoro, Meta, Colombia; Finca Villa Maria, Vereda Pto. Poveda, Fuentedeoro, Meta, Colombia; DOB 24 Aug 1954; POB Tulua, Valle, Colombia; Cedula No. 6633775 (Colombia) (individual) [SDNTK].

LONG WORTH GOODS WHOLESALERS L.L.C, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Dec 2020; Company Number 1531597 (United Arab Emirates); License 923911 (United Arab Emirates); Chamber of Commerce Number 351258 (United Arab Emirates) [SDGT] [IFSR]

(Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

LONGEVITY SHIPPING LIMITED, Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 16 Jan 2025; Identification Number IMO 0241856; Registration Number 129722 (Marshall Islands) [IRAN-EO13902].

LONGFORD TRADING L.L.C (Arabic: لونجفورد للتجارة ش.ذ.م.م), P.O. Box 385002, Office 204, Essa Al Othman Building, Deira, Dubai, United Arab Emirates; Organization Established Date 12 Jul 2021; Business Registration Number 967661 (United Arab Emirates); Economic Register Number (CBLS) 11704982 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

LONGSTONE TECHNOLOGY CO LIMITED (Chinese Traditional: 香港長石科技有限公司), Unit D3, 11/F, Luk Hop Industrial Building, No. 8 Luk Hop Street, San Po Kong, Kowloon, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 15 Nov 2017; Business Registration Number 68485587 (Hong Kong) [NPWMD] [IFSR] (Linked To: LIU, Baojuan).

LOOR, Ivan Ivanovich (Cyrillic: ЛООР, Иван Иванович), Russia; DOB 11 Dec 1955; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LOPATIN, Anton Igorevich (Cyrillic: ЛОПАТИН, Антон Игоревич), Moscow, Russia; DOB 04 Sep 1974; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

LOPEZ AISPURO, Armando; DOB 27 Oct 1969; POB Culiacan, Sinaloa, Mexico; citizen Mexico (individual) [SDNTK].

LOPEZ AMBROSIO, Whiskey Hans, Guatemala; DOB 03 Nov 1999; POB Malacatan, Guatemala; nationality Guatemala; citizen Guatemala; Gender Male (individual) [TCO] (Linked To: LOPEZ HUMAN SMUGGLING ORGANIZATION).

LOPEZ ARAUJO, Cesar Elias, Culiacan, Sinaloa, Mexico; DOB 27 Feb 1981; POB Sinaloa, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; R.F.C. LOAC810227EM4 (Mexico); C.U.R.P. LOAC810227HSLPRS03 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: FAVELA LOPEZ, Victor Andres).

LOPEZ BELLO, Samark Jose (a.k.a. LOPEZ DELGADO, Samark), Caracas, Venezuela; DOB 27 Jul 1974; POB Venezuela; citizen Venezuela; Gender Male; Passport 122560011 (Venezuela); alt. Passport 055439970 (Venezuela); alt. Passport 002494535 (Venezuela); Identification Number 11.208.888 (Venezuela) (individual) [SDNTK] (Linked To: PROFIT CORPORATION, C.A.; Linked To: YAKIMA TRADING CORPORATION; Linked To: GRUPO SAHECT, C.A.; Linked To: ALFA ONE, C.A.; Linked To: SMT TECNOLOGIA, C.A.; Linked To: SERVICIOS TECNOLOGICOS INDUSTRIALES, C.A.; Linked To: MFAA HOLDINGS LIMITED; Linked To: 1425 BRICKELL AVE 63-F LLC; Linked To: 1425 BRICKELL AVENUE UNIT 46B, LLC; Linked To: 1425 BRICKELL AVENUE 64E LLC; Linked To: AGUSTA GRAND I LLC; Linked To: 200G PSA HOLDINGS LLC).

LOPEZ CENTENO, Jose Francisco (a.k.a. LOPEZ, Jose Francisco; a.k.a. "Chico"); DOB 17 Sep 1950; nationality Nicaragua; Gender Male; Passport C0915261 (Nicaragua) (individual) [GLOMAG].

LOPEZ DELGADO, Samark (a.k.a. LOPEZ BELLO, Samark Jose), Caracas, Venezuela; DOB 27 Jul 1974; POB Venezuela; citizen Venezuela; Gender Male; Passport 122560011 (Venezuela); alt. Passport 055439970 (Venezuela); alt. Passport 002494535 (Venezuela); Identification Number 11.208.888 (Venezuela) (individual) [SDNTK] (Linked To: PROFIT CORPORATION, C.A.; Linked To: YAKIMA TRADING CORPORATION; Linked To: GRUPO SAHECT, C.A.; Linked To: ALFA ONE, C.A.; Linked To: SMT TECNOLOGIA, C.A.; Linked To: SERVICIOS TECNOLOGICOS INDUSTRIALES, C.A.; Linked To: MFAA HOLDINGS LIMITED; Linked To: 1425 BRICKELL AVE 63-F LLC; Linked To: 1425 BRICKELL AVENUE UNIT 46B, LLC; Linked To: 1425 BRICKELL AVENUE 64E LLC; Linked To: AGUSTA GRAND I LLC; Linked To: 200G PSA HOLDINGS LLC).

LOPEZ ESCOBAR, Ronaldo Galindo (a.k.a. "Tio Roni"), San Francisco Nueva Reforma, Malacatan, Guatemala; DOB 14 Sep 1977; POB Guatemala; nationality Guatemala; citizen Guatemala; Gender Male; Passport 000510054

(Guatemala) (individual) [TCO] (Linked To: LOPEZ HUMAN SMUGGLING ORGANIZATION).

LOPEZ GOMEZ, Roberto Jose, Col. Pereira, CST 2C. S. 2C. O. Casa No. 1341, Managua, Managua, Nicaragua; DOB 22 Apr 1963; POB Madrid, Spain; Gender Male; National ID No. 8882204630000A (Nicaragua) (individual) [NICARAGUA].

LOPEZ GUERRERO, Ismael (a.k.a. GODINA GUERRERO, Gilberto), Nuevo Laredo, Tamaulipas, Mexico; DOB 01 Jun 1978; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Passport A085434793 (Mexico); C.U.R.P. LOGI780601HTSPRS05 (Mexico) (individual) [SDNTK] (Linked To: CARTEL DEL NORESTE).

LOPEZ GUTIERREZ, Rodolfo Francisco, Residencial El Dorado #125, Managua, Nicaragua; DOB 03 Oct 1953; POB Jinotega, Nicaragua; nationality Nicaragua; Gender Male; Passport C01190809 (Nicaragua) issued 02 Mar 2012 expires 02 Mar 2022; National ID No. 2410310530001B (Nicaragua) (individual) [NICARAGUA].

LOPEZ HERNANDEZ, Josue (a.k.a. "El Colima"), Mexico; DOB 20 Dec 1976; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. LOHJ761220HGRPRS05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: LA NUEVA FAMILIA MICHOACANA).

LOPEZ HUERTA, Arnoldo (a.k.a. LOPEZ RUEDA, Jose Arnoldo; a.k.a. RUEDA MEDINA, Jose Arnoldo; a.k.a. "EL FLACO"; a.k.a. "FLACO"; a.k.a. "LA MINSA"; a.k.a. "MODELO"); DOB 15 Dec 1969; alt. DOB 27 Dec 1969; POB Michoacan, Mexico; alt. POB Paracuaro, Mexico; nationality Mexico; C.U.R.P. RUMA691215HMNDDR08 (Mexico) (individual) [SDNTK].

LOPEZ HUMAN SMUGGLING ORGANIZATION, Mexico; Guatemala; Target Type Criminal Organization [TCO].

LOPEZ LANDEROS, Geronimo (a.k.a. HERNANDEZ GARCIA, Javier; a.k.a. ZAMBADA GARCIA, Ismael; a.k.a. ZAMBADA GARCIA, Ismael Mario; a.k.a. ZAMBADA, El Mayo; a.k.a. "El Mayo"; a.k.a. "Mayo"), Mexico; DOB 1948; POB Sinaloa, Mexico; nationality Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

LOPEZ LANDEY, Midian Patricia (a.k.a. ZAMBADA NIEBLA, Midiam Patricia; a.k.a. ZAMBADA NIEBLA, Midian Patricia; a.k.a. ZAMBADA NIEBLA, Miriam), c/o NUEVA

INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o JAMARO CONSTRUCTORES S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ESTABLO PUERTO RICO S.A. DE C.V., Culiacan, Sinaloa, Mexico; Calle Gabino Vazquez # 1206, Colonia Los Pinos, Culiacan, Sinaloa, Mexico; Calle Ciudad de Hermosillo # 1168, Fraccionamiento Las Quintas, Culiacan, Sinaloa, Mexico; Calle Lago Cuitzeo 1394, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; DOB 04 Mar 1971; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 97040022206 (Mexico); R.F.C. ZANM-710304-RN2 (Mexico); C.U.R.P. ZANM710304MSLMBD14 (Mexico); alt. C.U.R.P. ZANM710304MSLMBDO6 (Mexico) (individual) [SDNTK].

LOPEZ LONDONO, Henry de Jesus (a.k.a. "MI SANGRE"); DOB 15 Feb 1971; POB Medellin, Antioquia, Colombia; citizen Colombia; Cedula No. 71721132 (Colombia) (individual) [SDNTK] (Linked To: H Y J COMERCIALIZADORA INTERNACIONAL LTDA).

LOPEZ LOPEZ, Gilberto, Mazatlan, Sinaloa, Mexico; DOB 25 Feb 1981; POB Culiacan, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LOLG810225HSLPPL07 (Mexico) (individual) [TCO] (Linked To: ENTRETENIMIENTO PALERMO S.A. DE C.V.).

LOPEZ LOPEZ, Servando (a.k.a. "EL HUEVO"), Mexico; DOB 17 Sep 1974; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LOLS740917HSLPPR01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

LOPEZ MIERA, Alvaro (Latin: LÓPEZ MIERA, Álvaro), Cuba; DOB 26 Dec 1943; POB Havana, Cuba; nationality Cuba; Gender Male (individual) [GLOMAG].

LOPEZ NUNEZ, Damaso (a.k.a. "EL LICENCIADO"), Avenida Nicolas Bravo No. 1607, Colonia Guadalupe, Culiacan, Sinaloa 80220, Mexico; Calle Escobedo No. 24, Localidad El Dorado, Culiacan, Sinaloa 80450, Mexico; DOB 22 Feb 1966; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. LOND6602221Y5 (Mexico); alt. R.F.C. LOND660222SE7 (Mexico); C.U.R.P. LOND660222HSLPXM05 (Mexico) (individual) [SDNTK].

LOPEZ OSPINA, Carlos Antonio, c/o AGROESPINAL S.A., Medellin, Colombia; c/o ASES DE COMPETENCIA Y CIA. S.A., Medellin, Colombia; c/o GRUPO FALCON S.A., Medellin, Colombia; Calle 50 No. 65-42 of. 205, Medellin, Colombia; DOB 06 Mar 1926; alt. DOB 03 Jun 1926; Cedula No. 3311296 (Colombia) (individual) [SDNT].

LOPEZ PEREZ, Gricelda (a.k.a. LOPEZ PEREZ, Griselda Natividad; a.k.a. PEREZ ROJO, Karla), Cerro de las Siete Gotas #642, Fraccionamiento Colinas de San Miguel, Culiacan, Sinaloa, Mexico; DOB 19 Aug 1959; alt. DOB 30 Dec 1966; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. LOPG590819MSLPRR04 (Mexico); alt. C.U.R.P. LOPG661230MSLPRR04 (Mexico) (individual) [SDNTK].

LOPEZ PEREZ, Griselda Natividad (a.k.a. LOPEZ PEREZ, Gricelda; a.k.a. PEREZ ROJO, Karla), Cerro de las Siete Gotas #642, Fraccionamiento Colinas de San Miguel, Culiacan, Sinaloa, Mexico; DOB 19 Aug 1959; alt. DOB 30 Dec 1966; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. LOPG590819MSLPRR04 (Mexico); alt. C.U.R.P. LOPG661230MSLPRR04 (Mexico) (individual) [SDNTK].

LOPEZ PEREZ, Noel, Mexico; DOB 21 May 1980; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LOPN800521HSLPRL00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

LOPEZ POBLANO DE ARRIOLA, Beatriz Raquel (a.k.a. LOPEZ POBLANO, Beatriz Raquel; a.k.a. LOPEZ PORTILLO, Beatriz Raquel), c/o CHIHUAHUA FOODS S.A. DE C.V., Cuauhtemoc, Mexico; c/o INDIO VITORIO S. DE P.R. DE R.L. DE C.V., Saucillo, Mexico; c/o INMOBILIARIA EL PRESON S.A. DE C.V., Chihuahua, Mexico; Calle Sierra San Diego No. 2502, Chihuahua, Chihuahua, Mexico; DOB 11 Apr 1968; alt. DOB 11 Apr 1971; POB Delicias, Chihuahua, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

LOPEZ POBLANO, Beatriz Raquel (a.k.a. LOPEZ POBLANO DE ARRIOLA, Beatriz Raquel; a.k.a. LOPEZ PORTILLO, Beatriz Raquel), c/o CHIHUAHUA FOODS S.A. DE C.V., Cuauhtemoc, Mexico; c/o INDIO VITORIO S. DE P.R. DE R.L. DE C.V., Saucillo, Mexico; c/o INMOBILIARIA EL PRESON S.A. DE C.V., Chihuahua, Mexico; Calle Sierra San Diego No. 2502, Chihuahua, Chihuahua, Mexico; DOB 11 Apr 1968; alt. DOB 11 Apr 1971; POB Delicias, Chihuahua, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

LOPEZ PORTILLO, Beatriz Raquel (a.k.a. LOPEZ POBLANO DE ARRIOLA, Beatriz Raquel; a.k.a. LOPEZ POBLANO, Beatriz Raquel), c/o CHIHUAHUA FOODS S.A. DE C.V., Cuauhtemoc, Mexico; c/o INDIO VITORIO S. DE P.R. DE R.L. DE C.V., Saucillo, Mexico; c/o INMOBILIARIA EL PRESON S.A. DE C.V., Chihuahua, Mexico; Calle Sierra San Diego No. 2502, Chihuahua, Chihuahua, Mexico; DOB 11 Apr 1968; alt. DOB 11 Apr 1971; POB Delicias, Chihuahua, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

LOPEZ RUEDA, Jose Arnoldo (a.k.a. LOPEZ HUERTA, Arnoldo; a.k.a. RUEDA MEDINA, Jose Arnoldo; a.k.a. "EL FLACO"; a.k.a. "FLACO"; a.k.a. "LA MINSA"; a.k.a. "MODELO"); DOB 15 Dec 1969; alt. DOB 27 Dec 1969; POB Michoacan, Mexico; alt. POB Paracuaro, Mexico; nationality Mexico; C.U.R.P. RUMA691215HMNDDR08 (Mexico) (individual) [SDNTK].

LOPEZ TORRES, Ana Lilia, Mar de Cortes Num. Ext. 39, Luis Donaldo Colosio, Tepic, Nayarit 63178, Mexico; Av. de la Cultura Num. Ext. 157, Ciudad del Valle, Tepic, Nayarit 63157, Mexico; Doctor Mateo del Regil Numero MZ-3, Colonia Doctor Leyva Medina, clave catastral 1-59-11-180-17, Tepic, Nayarit, Mexico; DOB 25 Aug 1965; POB Sinaloa, Mexico; nationality Mexico; Gender Female; C.U.R.P. LOTA650825MSLPRN09 (Mexico) (individual) [GLOMAG].

LOPEZ TREJO, Fernando, Calle Abasolo No. 15, Colonia Miguel Aleman, Comitan, Chiapas C.P. 3000, Mexico; DOB 11 Apr 1971; POB Tamaulipas; nationality Mexico; citizen Mexico; C.U.R.P. LOTF710412HTSPRR03 (Mexico); Cartilla de Servicio Militar Nacional B7439509 (Mexico) (individual) [SDNTK].

LOPEZ VARGAS, Richard (a.k.a. LOPEZ VARGAS, Richard Jesus), Caracas, Capital District, Venezuela; DOB 24 Nov 1964; Gender Male; Cedula No. 6166221 (Venezuela) (individual) [VENEZUELA].

LOPEZ VARGAS, Richard Jesus (a.k.a. LOPEZ VARGAS, Richard), Caracas, Capital District, Venezuela; DOB 24 Nov 1964; Gender Male; Cedula No. 6166221 (Venezuela) (individual) [VENEZUELA].

LOPEZ VEGA, Edwin Danney (a.k.a. "Pecho de Rata"), Limon, Costa Rica; DOB 02 Jan 1977; POB Centro Central, Limon, Costa Rica; nationality Costa Rica; Gender Male; Cedula No. 701210791 (Costa Rica) (individual) [ILLICIT-DRUGS-EO14059].

LOPEZ, Antonio Santiago (a.k.a. MENDOZA PENA, Sergio; a.k.a. PENA MENDOZA, Sergio;

a.k.a. PENA MENDOZA, Sergio Arturo Sanchez; a.k.a. PENA SOLIS, Sergio; a.k.a. SOLIS, Rene Carlos), Miguel Hidalgo 410, Concordia, Nuevo Laredo, Tamaulipas, Mexico; Calle Decima, Colonia Las Fuentes, Reynosa, Tamaulipas, Mexico; DOB 25 Jan 1973; alt. DOB 1970; nationality Mexico; citizen Mexico (individual) [SDNTK].

LOPEZ, Cesar (a.k.a. ARROYAVE RUIZ, Elkin Alberto), Carrera 9 No. 71D-10, Cali, Colombia; DOB 03 Sep 1968; POB Caucasia, Antioquia, Colombia; Cedula No. 4652820 (Colombia) (individual) [SDNTK].

LOPEZ, Favian Felipe (a.k.a. VARELLA LOPEZ, Ton; a.k.a. VERA LOPEZ, Fabian Felipe; a.k.a. VERA LOPEZ, Felipe), Mexico; DOB 28 Oct 1967; POB Guadalajara, Jalisco, Mexico; C.U.R.P. VELF671028HJCRPL08 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS).

LOPEZ, Jose Francisco (a.k.a. LOPEZ CENTENO, Jose Francisco; a.k.a. "Chico"); DOB 17 Sep 1950; nationality Nicaragua; Gender Male; Passport C0915261 (Nicaragua) (individual) [GLOMAG].

LOPEZ, Luis (a.k.a. AMEZCUA CONTRERAS, Luis Ignacio; a.k.a. AMEZCUA, Luis; a.k.a. CONTRERAS, Luis C.; a.k.a. LOZANO, Eduardo; a.k.a. OCHOA, Salvador; a.k.a. RODRIGUEZ LOPEZ, Sergio); DOB 22 Feb 1964; alt. DOB 21 Feb 1964; alt. DOB 21 Feb 1974; POB Mexico (individual) [SDNTK].

LORA ENTERPRISES LIMITED, Virgin Islands, British [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED; Linked To: ZUPPA HOLDINGS LIMITED).

LORDEGAN PETROCHEMICAL CO. (a.k.a. KODE SHIMIYAIE OREH LORDEGAN; a.k.a. LORDEGAN UREA FERTILIZER CO.; a.k.a. LORDEGAN UREA FERTILIZER COMPANY), No. 48, Saadat Abad, Farahzadi Boulevard, Nakhlestan Street, Golestan Alley-I, Tehran 1517769513, Iran; 3rd Floor, No. 24, Kafi Abadi Street, Pesyan Street, Moghadas Ardebili Avenue, Zaferanieh, Tehran 1987957553, Iran; Beginning of Kashan Boulevard, Second Floor, No. 2, Shahrekord, Iran; P.O. Box 1517769513, Tehran, Iran; Website www.lordegan.co; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 7603 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

LORDEGAN UREA FERTILIZER CO. (a.k.a. KODE SHIMIYAIE OREH LORDEGAN; a.k.a. LORDEGAN PETROCHEMICAL CO.; a.k.a. LORDEGAN UREA FERTILIZER COMPANY),

No. 48, Saadat Abad, Farahzadi Boulevard, Nakhlestan Street, Golestan Alley-I, Tehran 1517769513, Iran; 3rd Floor, No. 24, Kafi Abadi Street, Pesyan Street, Moghadas Ardebili Avenue, Zaferanieh, Tehran 1987957553, Iran; Beginning of Kashan Boulevard, Second Floor, No. 2, Shahrekord, Iran; P.O. Box 1517769513, Tehran, Iran; Website www.lordegan.co; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 7603 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

LORDEGAN UREA FERTILIZER COMPANY (a.k.a. KODE SHIMIYAIE OREH LORDEGAN; a.k.a. LORDEGAN PETROCHEMICAL CO.; a.k.a. LORDEGAN UREA FERTILIZER CO.), No. 48, Saadat Abad, Farahzadi Boulevard, Nakhlestan Street, Golestan Alley-I, Tehran 1517769513, Iran; 3rd Floor, No. 24, Kafi Abadi Street, Pesyan Street, Moghadas Ardebili Avenue, Zaferanieh, Tehran 1987957553, Iran; Beginning of Kashan Boulevard, Second Floor, No. 2, Shahrekord, Iran; P.O. Box 1517769513, Tehran, Iran; Website www.lordegan.co; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 7603 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

LORDKIPANIDZE, Gocha, Netherlands; DOB 03 Feb 1964; POB Poti, Georgia; nationality Georgia; Gender Male; Diplomatic Passport 10DP04141 (Georgia) expires 18 Feb 2026 (individual) [ICC-EO14203].

LORD'S RESISTANCE ARMY (a.k.a. LORD'S RESISTANCE MOVEMENT; a.k.a. LORD'S RESISTANCE MOVEMENT/ARMY; a.k.a. "LRA"; a.k.a. "LRM"; a.k.a. "LRM/A"), Vakaga, Central African Republic; Haute-Kotto, Central African Republic; Basse-Kotto, Central African Republic; Haut-Mbomou, Central African Republic; Mbomou, Central African Republic; Haut-Uolo, Congo, Democratic Republic of the; Bas-Uolo, Congo, Democratic Republic of the; Kafia Kingi [CAR].

LORD'S RESISTANCE MOVEMENT (a.k.a. LORD'S RESISTANCE ARMY; a.k.a. LORD'S RESISTANCE MOVEMENT/ARMY; a.k.a. "LRA"; a.k.a. "LRM"; a.k.a. "LRM/A"), Vakaga, Central African Republic; Haute-Kotto, Central African Republic; Basse-Kotto, Central African Republic; Haut-Mbomou, Central African Republic; Mbomou, Central African Republic; Haut-Uolo, Congo, Democratic Republic of the; Bas-Uolo, Congo, Democratic Republic of the; Kafia Kingi [CAR].

LORD'S RESISTANCE MOVEMENT/ARMY (a.k.a. LORD'S RESISTANCE ARMY; a.k.a. LORD'S RESISTANCE MOVEMENT; a.k.a. "LRA"; a.k.a. "LRM"; a.k.a. "LRM/A"), Vakaga, Central African Republic; Haute-Kotto, Central African Republic; Basse-Kotto, Central African Republic; Haut-Mbomou, Central African Republic; Mbomou, Central African Republic; Haut-Uolo, Congo, Democratic Republic of the; Bas-Uolo, Congo, Democratic Republic of the; Kafia Kingi [CAR].

LORENA DEL MAR, S.A. DE C.V., Mexico City, Mexico; Folio Mercantil No. 324168 (Mexico) [SDNTK].

LORENZANA CORDON, Eliu Elixander, La Reforma, Zacapa, Guatemala; DOB 29 Nov 1971; POB Guatemala; nationality Guatemala; citizen Guatemala; Cedula No. R-19 4478 (Guatemala) (individual) [SDNTK].

LORENZANA CORDON, Haroldo Geremias (a.k.a. LORENZANA CORDON, Haroldo Jeremias; a.k.a. "CHUCHI"; a.k.a. "CHUCHY"), La Reforma, Zacapa, Guatemala; DOB 04 Jun 1966; POB Guatemala; nationality Guatemala; citizen Guatemala; Cedula No. R-19 3649 (Guatemala) (individual) [SDNTK].

LORENZANA CORDON, Haroldo Jeremias (a.k.a. LORENZANA CORDON, Haroldo Geremias; a.k.a. "CHUCHI"; a.k.a. "CHUCHY"), La Reforma, Zacapa, Guatemala; DOB 04 Jun 1966; POB Guatemala; nationality Guatemala; citizen Guatemala; Cedula No. R-19 3649 (Guatemala) (individual) [SDNTK].

LORENZANA CORDON, Marta Julia, La Reforma, Zacapa, Guatemala; DOB 18 Jun 1976; POB Guatemala; nationality Guatemala; citizen Guatemala; Cedula No. R19 5468 (Guatemala); NIT # 7142099 (Guatemala) (individual) [SDNTK].

LORENZANA CORDON, Ovaldino, La Reforma, Zacapa, Guatemala; DOB 06 Aug 1968; POB Guatemala; nationality Guatemala; citizen Guatemala; Cedula No. R19 3934 (Guatemala); NIT # 4968093 (Guatemala) (individual) [SDNTK].

LORENZANA CORDON, Valdemar (a.k.a. LORENZANA CORDON, Waldemar), Zacapa, Guatemala; DOB 25 Apr 1965; POB Guatemala; nationality Guatemala; citizen Guatemala; Cedula No. R-1900003298 (Guatemala) (individual) [SDNTK].

LORENZANA CORDON, Waldemar (a.k.a. LORENZANA CORDON, Valdemar), Zacapa, Guatemala; DOB 25 Apr 1965; POB Guatemala; nationality Guatemala; citizen

Guatemala; Cedula No. R-1900003298 (Guatemala) (individual) [SDNTK].

LORENZANA LIMA, Valdemar (a.k.a. LORENZANA LIMA, Waldemar), La Reforma, Zacapa, Guatemala; DOB 19 Feb 1940; POB Guatemala; nationality Guatemala; citizen Guatemala; Cedula No. R-1900001817 (Guatemala) (individual) [SDNTK].

LORENZANA LIMA, Waldemar (a.k.a. LORENZANA LIMA, Valdemar), La Reforma, Zacapa, Guatemala; DOB 19 Feb 1940; POB Guatemala; nationality Guatemala; citizen Guatemala; Cedula No. R-1900001817 (Guatemala) (individual) [SDNTK].

LORIS TURIZM ORGANIZASYON ITHALAT VE IHRACAT LIMITED SIRKETI (Latin: LORIS TURIZM ORGANIZASYON İTHALAT VE İHRACAT LIMITED ŞIRKETI), Agri 04400, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 6091328358 (Turkey); Registration Number 2819 (Turkey) [NPWMD] [IFSR] (Linked To: HIN YUN TRADING COMPANY LIMITED).

LORMENDES PITALUA, Omar (a.k.a. LARMENDEZ PITALUA, Omar; a.k.a. LORMENDEZ PATALUA, Omar; a.k.a. LORMENDEZ PITALUA, Omar), Mexico; DOB 18 Jan 1972; POB Lecheria Tultitlan, Mexico; alt. POB Tlalnepantla De Baz, Mexico, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. LOPO720118HMCRTM01 (Mexico) (individual) [SDNTK].

LORMENDEZ PATALUA, Omar (a.k.a. LARMENDEZ PITALUA, Omar; a.k.a. LORMENDES PITALUA, Omar; a.k.a. LORMENDEZ PITALUA, Omar), Mexico; DOB 18 Jan 1972; POB Lecheria Tultitlan, Mexico; alt. POB Tlalnepantla De Baz, Mexico, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. LOPO720118HMCRTM01 (Mexico) (individual) [SDNTK].

LORMENDEZ PITALUA, Omar (a.k.a. LARMENDEZ PITALUA, Omar; a.k.a. LORMENDES PITALUA, Omar; a.k.a. LORMENDEZ PATALUA, Omar), Mexico; DOB 18 Jan 1972; POB Lecheria Tultitlan, Mexico; alt. POB Tlalnepantla De Baz, Mexico, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. LOPO720118HMCRTM01 (Mexico) (individual) [SDNTK].

LOS AUTODEFENSAS GAITANISTAS DE COLOMBIA (a.k.a. BANDA CRIMINAL DE URABA; a.k.a. CLAN DEL GOLFO; a.k.a. CLAN USUGA; a.k.a. GULF CLAN; a.k.a. LOS URABENOS (Latin: LOS URABEÑOS)),

Colombia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [SDNTK] [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

LOS CABALLEROS TEMPLARIOS, Mexico [SDNTK].

LOS CACHIROS, Honduras [SDNTK].

LOS CHAPITOS, Culiacan, Sinaloa, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target Type Criminal Organization [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

LOS CHATAS, Bello, Antioquia, Colombia [SDNTK].

LOS CHONEROS (a.k.a. "AGUILAS"; a.k.a. "FATALES"; a.k.a. "THE CHONEROS"), Ecuador; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

LOS CUINIS (a.k.a. LOS CUINIS DRUG TRAFFICKING ORGANIZATION; a.k.a. LOS QUINIS), Mexico [SDNTK].

LOS CUINIS DRUG TRAFFICKING ORGANIZATION (a.k.a. LOS CUINIS; a.k.a. LOS QUINIS), Mexico [SDNTK].

LOS GUEROS (a.k.a. "LOS ASQUELINES"; a.k.a. "LOS CALABAZOS"; a.k.a. "LOS GUERITOS"; a.k.a. "LOS GUERITOS DE TECATITLAN"; a.k.a. "LOS GUERRITOS"; a.k.a. "LOS GUERROS"; a.k.a. "RODRIGUEZ OLIVERA DTO"), Coto Cataluna No. 84, Zapopan, Jalisco, Mexico; Coto Cataluna No. 92, Zapopan, Jalisco, Mexico; Pablo Neruda No. 3583, Guadalajara, Jalisco, Mexico; Sendero de los Pinos No. 55, Zapopan, Jalisco, Mexico; Coto Villa Coral No. 23, Residencial Villa Palma 200, Zapopan, Jalisco, Mexico; Coto Murcia No. 16, Zapopan, Jalisco, Mexico; San Eliseo No. 1695, Zapopan, Jalisco, Mexico [SDNTK].

LOS HUISTAS DRUG TRAFFICKING ORGANIZATION (a.k.a. "LOS HUISTAS DTO"), Santa Ana Huista, Huehuetenango, Guatemala; San Antonio Huista, Huehuetenango, Guatemala; La Democracia, Huehuetenango, Guatemala; Target Type Criminal Organization [ILLICIT-DRUGS-EO14059].

LOS LOBOS DRUG TRAFFICKING ORGANIZATION (a.k.a. "LOS LOBOS"; a.k.a.

"THE LOBOS"), Ecuador; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

LOS MAYOS (a.k.a. LA MAYIZA), Culiacan, Sinaloa, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target Type Criminal Organization [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

LOS POCHOS DRUG TRAFFICKING ORGANIZATION (a.k.a. "LOS POCHOS DTO"; a.k.a. "MORALES CIFUENTES DRUG TRAFFICKING  ORGANIZATION"; a.k.a. "MORALES CIFUENTES DTO"; a.k.a. "SUNIGA RODRIGUEZ DRUG TRAFFICKING ORGANIZATION" (Latin: "SUÑIGA RODRIGUEZ DRUG TRAFFICKING ORGANIZATION")), Ayutla, San Marcos, Guatemala; Tecun Uman, Guatemala; Guatemala City, Guatemala; Tapachula, Mexico; Mexico City, Mexico; Target Type Criminal Organization [SDNTK] [ILLICIT-DRUGS-EO14059].

LOS QUINIS (a.k.a. LOS CUINIS; a.k.a. LOS CUINIS DRUG TRAFFICKING ORGANIZATION), Mexico [SDNTK].

LOS RASTROJOS, Colombia; Ecuador; Venezuela [SDNTK].

LOS ROJOS, Mexico [ILLICIT-DRUGS-EO14059].

LOS URABENOS (Latin: LOS URABEÑOS) (a.k.a. BANDA CRIMINAL DE URABA; a.k.a. CLAN DEL GOLFO; a.k.a. CLAN USUGA; a.k.a. GULF CLAN; a.k.a. LOS AUTODEFENSAS GAITANISTAS DE COLOMBIA), Colombia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [SDNTK] [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

LOS VALLES DRUG TRAFFICKING ORGANIZATION (a.k.a. VALLE VALLE DRUG TRAFFICKING ORGANIZATION) [SDNTK].

LOS VIAGRAS (a.k.a. CARTEL DE LOS VIAGRAS; a.k.a. LOS VIAGRAS CARTEL), Mexico; Target Type Criminal Organization [ILLICIT-DRUGS-EO14059].

LOS VIAGRAS CARTEL (a.k.a. CARTEL DE LOS VIAGRAS; a.k.a. LOS VIAGRAS), Mexico;

Target Type Criminal Organization [ILLICIT-DRUGS-EO14059].

LOSEV, Aleksey Vyacheslavovich (Cyrillic: ЛОСЕВ, Алексей Вячеславович) (a.k.a. LOSEV, Alexey Vyacheslavovich; a.k.a. PERKO, Alexey; a.k.a. "KALUGA, Perko"), Kalugskaya Street, DOM 48, KV. 9, Kaluga, Kalugskaya Oblast 248009, Russia; DOB 10 Apr 1986; POB Kaluga, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 750643398 (Russia); National ID No. 2907229130 (Russia); Tax ID No. 402903661126 (Russia) (individual) [RUSSIA-EO14024].

LOSEV, Alexey Vyacheslavovich (a.k.a. LOSEV, Aleksey Vyacheslavovich (Cyrillic: ЛОСЕВ, Алексей Вячеславович); a.k.a. PERKO, Alexey; a.k.a. "KALUGA, Perko"), Kalugskaya Street, DOM 48, KV. 9, Kaluga, Kalugskaya Oblast 248009, Russia; DOB 10 Apr 1986; POB Kaluga, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 750643398 (Russia); National ID No. 2907229130 (Russia); Tax ID No. 402903661126 (Russia) (individual) [RUSSIA-EO14024].

LOSIAKIN, Aleksandr Mikhailovich (a.k.a. LASIAKIN, Aliaksandr Mikhailavich; a.k.a. LASIAKIN, Aliaksandr Mikhajlavich; a.k.a. LASYAKIN, Aliaksandr Mikhailavich (Cyrillic: ЛАСЯКІН, Аляксандр Міхайлавіч); a.k.a. LOSYAKIN, Aleksandr; a.k.a. LOSYAKIN, Alexander; a.k.a. LOSYAKIN, Alexander Mikhailovich (Cyrillic: ЛОСЯКИН, Александр Михайлович)), Vitebsk, Belarus; DOB 21 Jul 1957; POB Novaya Belitsa, Vitebsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LOSYAKIN, Aleksandr (a.k.a. LASIAKIN, Aliaksandr Mikhailavich; a.k.a. LASIAKIN, Aliaksandr Mikhajlavich; a.k.a. LASYAKIN, Aliaksandr Mikhailavich (Cyrillic: ЛАСЯКІН, Аляксандр Міхайлавіч); a.k.a. LOSIAKIN, Aleksandr Mikhailovich; a.k.a. LOSYAKIN, Alexander; a.k.a. LOSYAKIN, Alexander Mikhailovich (Cyrillic: ЛОСЯКИН, Александр Михайлович)), Vitebsk, Belarus; DOB 21 Jul 1957; POB Novaya Belitsa, Vitebsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LOSYAKIN, Alexander (a.k.a. LASIAKIN, Aliaksandr Mikhailavich; a.k.a. LASIAKIN, Aliaksandr Mikhajlavich; a.k.a. LASYAKIN, Aliaksandr Mikhailavich (Cyrillic: ЛАСЯКІН, Аляксандр Міхайлавіч); a.k.a. LOSIAKIN, Aleksandr Mikhailovich; a.k.a. LOSYAKIN, Aleksandr; a.k.a. LOSYAKIN, Alexander Mikhailovich (Cyrillic: ЛОСЯКИН, Александр Михайлович)), Vitebsk, Belarus; DOB 21 Jul 1957; POB Novaya Belitsa, Vitebsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LOSYAKIN, Alexander Mikhailovich (Cyrillic: ЛОСЯКИН, Александр Михайлович) (a.k.a. LASIAKIN, Aliaksandr Mikhailavich; a.k.a. LASIAKIN, Aliaksandr Mikhajlavich; a.k.a. LASYAKIN, Aliaksandr Mikhailavich (Cyrillic: ЛАСЯКІН, Аляксандр Міхайлавіч); a.k.a. LOSIAKIN, Aleksandr Mikhailovich; a.k.a. LOSYAKIN, Aleksandr; a.k.a. LOSYAKIN, Alexander), Vitebsk, Belarus; DOB 21 Jul 1957; POB Novaya Belitsa, Vitebsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LOTFI, Benham, Iran; DOB 20 Jan 1993; POB Marand, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

LOTSMANOV, Dmitriy Nikolayevich (Cyrillic: ЛОЦМАНОВ, Дмитрий Николаевич), Russia; DOB 02 Mar 1975; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LOTTERY BG LTD. (a.k.a. LOTTERY BG OOD), 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2014; Government Gazette Number 203018962 (Bulgaria) [GLOMAG] (Linked To: VABO 2012 EOOD).

LOTTERY BG OOD (a.k.a. LOTTERY BG LTD.), 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2014; Government Gazette Number 203018962 (Bulgaria) [GLOMAG] (Linked To: VABO 2012 EOOD).

LOTTERY DISTRIBUTIONS LTD (a.k.a. LOTTERY DISTRIBUTIONS OOD (Cyrillic: ЛОТЕРИ ДИСТРИБЮШЪНС ООД)), 1 Koloman Str., Krasno selo Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2004; Government Gazette Number 131251717 (Bulgaria) [GLOMAG] (Linked To: EUROSADRUZHIE OOD).

LOTTERY DISTRIBUTIONS OOD (Cyrillic: ЛОТЕРИ ДИСТРИБЮШЪНС ООД) (a.k.a. LOTTERY DISTRIBUTIONS LTD), 1 Koloman Str., Krasno selo Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2004; Government Gazette Number 131251717 (Bulgaria) [GLOMAG] (Linked To: EUROSADRUZHIE OOD).

LOU TRADING AND INVESTMENT CO LTD (a.k.a. LOU TRADING AND INVESTMENT COMPANY LIMITED; a.k.a. LOU TRADING AND INVESTMENT COMPANY LTD), Juba, South Sudan; Tax ID No. 100108046 (South Sudan) [GLOMAG] (Linked To: AJING ATER, Kur).

LOU TRADING AND INVESTMENT COMPANY LIMITED (a.k.a. LOU TRADING AND INVESTMENT CO LTD; a.k.a. LOU TRADING AND INVESTMENT COMPANY LTD), Juba, South Sudan; Tax ID No. 100108046 (South Sudan) [GLOMAG] (Linked To: AJING ATER, Kur).

LOU TRADING AND INVESTMENT COMPANY LTD (a.k.a. LOU TRADING AND INVESTMENT CO LTD; a.k.a. LOU TRADING AND INVESTMENT COMPANY LIMITED), Juba, South Sudan; Tax ID No. 100108046 (South Sudan) [GLOMAG] (Linked To: AJING ATER, Kur).

LOUBIRI, Habib Ben Ahmed (a.k.a. AL-LOUBIRI, Habib Ben Ahmed), via Brughiera, n. 5, Castronno, Varese, Italy; DOB 17 Nov 1961; POB Menzel Temime, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M 788439 issued 20 Oct 2001 expires 19 Oct 2006; Italian Fiscal Code LBRHBB61S17Z352F (individual) [SDGT].

LOUCA, Housam (a.k.a. LOUCA, Houssam; a.k.a. LOUCA, Husam; a.k.a. LOUCA, Hussam; a.k.a. LOUKA, Husam Muhammad (Arabic: حسام محمد لوقا); a.k.a. LOUKA, Hussam (Arabic: حسام لوقا); a.k.a. LUKA, Hussam; a.k.a. LUQA, Husam; a.k.a. LUQA, Hussam), Damascus, Syria; DOB 1964; POB Damascus, Syria; alt. POB Khanasser, Aleppo, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

LOUCA, Houssam (a.k.a. LOUCA, Housam; a.k.a. LOUCA, Husam; a.k.a. LOUCA, Hussam; a.k.a. LOUKA, Husam Muhammad (Arabic: حسام محمد لوقا); a.k.a. LOUKA, Hussam (Arabic: حسام لوقا); a.k.a. LUKA, Hussam; a.k.a. LUQA, Husam; a.k.a. LUQA, Hussam), Damascus,

Syria; DOB 1964; POB Damascus, Syria; alt. POB Khanasser, Aleppo, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

LOUCA, Husam (a.k.a. LOUCA, Housam; a.k.a. LOUCA, Houssam; a.k.a. LOUCA, Hussam; a.k.a. LOUKA, Husam Muhammad (Arabic: حسام محمد لوقا); a.k.a. LOUKA, Hussam (Arabic: حسام لوقا); a.k.a. LUKA, Hussam; a.k.a. LUQA, Husam; a.k.a. LUQA, Hussam), Damascus, Syria; DOB 1964; POB Damascus, Syria; alt. POB Khanasser, Aleppo, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

LOUCA, Hussam (a.k.a. LOUCA, Housam; a.k.a. LOUCA, Houssam; a.k.a. LOUCA, Husam; a.k.a. LOUKA, Husam Muhammad (Arabic: حسام محمد لوقا); a.k.a. LOUKA, Hussam (Arabic: حسام لوقا); a.k.a. LUKA, Hussam; a.k.a. LUQA, Husam; a.k.a. LUQA, Hussam), Damascus, Syria; DOB 1964; POB Damascus, Syria; alt. POB Khanasser, Aleppo, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

LOUIE, Daniel Maurice; DOB 23 Dec 1955; POB Kapuskasing, Ontario, Canada; nationality Canada; Passport QH005189 (Canada); Driver's License No. L6802-15365-51223 (Canada); Pilot License Number PL00825 (Barbados) (individual) [SDNTK] (Linked To: LEADING EDGE SOURCING CORPORATION; Linked To: RESEARCH FX CONSULTANTS LIMITED; Linked To: SOURCE1HERBS).

LOUIE, Francine Denise (a.k.a. LOUIE, Francine Denise Marie; a.k.a. SAWYER, Francine Denise); DOB 17 Sep 1958; POB Ontario, Canada; citizen Canada; Passport QD872059 (Canada) (individual) [SDNTK].

LOUIE, Francine Denise Marie (a.k.a. LOUIE, Francine Denise; a.k.a. SAWYER, Francine Denise); DOB 17 Sep 1958; POB Ontario, Canada; citizen Canada; Passport QD872059 (Canada) (individual) [SDNTK].

LOUIE, Kevin Gim; DOB 01 May 1976; POB Canada; citizen Canada; Passport QA762643 (Canada) (individual) [SDNTK] (Linked To: LEADING EDGE SOURCING CORPORATION; Linked To: RESEARCH FX CONSULTANTS LIMITED; Linked To: SOURCE1HERBS).

LOUIS MARINE SHIPHOLDING ENT (a.k.a. LOUIS MARINE SHIPHOLDING ENTERPRISES S.A.), Daire 18, Blok U, Mimarbasi Sokagi, Evliya Celebi Mah, 1, Tuzla, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Organization Established Date 2023; RUC # 155736653-2-2023 (Panama); Identification Number IMO 6447484 [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

LOUIS MARINE SHIPHOLDING ENTERPRISES S.A. (a.k.a. LOUIS MARINE SHIPHOLDING ENT), Daire 18, Blok U, Mimarbasi Sokagi, Evliya Celebi Mah, 1, Tuzla, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2023; RUC # 155736653-2-2023 (Panama); Identification Number IMO 6447484 [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

LOUKA, Husam Muhammad (Arabic: حسام محمد لوقا) (a.k.a. LOUCA, Housam; a.k.a. LOUCA, Houssam; a.k.a. LOUCA, Husam; a.k.a. LOUCA, Hussam; a.k.a. LOUKA, Hussam (Arabic: حسام لوقا); a.k.a. LUKA, Hussam; a.k.a. LUQA, Husam; a.k.a. LUQA, Hussam), Damascus, Syria; DOB 1964; POB Damascus, Syria; alt. POB Khanasser, Aleppo, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

LOUKA, Hussam (Arabic: حسام لوقا) (a.k.a. LOUCA, Housam; a.k.a. LOUCA, Houssam; a.k.a. LOUCA, Husam; a.k.a. LOUCA, Hussam; a.k.a. LOUKA, Husam Muhammad (Arabic: حسام محمد لوقا); a.k.a. LUKA, Hussam; a.k.a. LUQA, Husam; a.k.a. LUQA, Hussam), Damascus, Syria; DOB 1964; POB Damascus, Syria; alt. POB Khanasser, Aleppo, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

LOUN, Waseem Raouf (a.k.a. BUTT, Abdul Majid; a.k.a. LOAN, Waseem Raouf; a.k.a. LOAN, Waseem Rauf; a.k.a. LON RAOUF, Wasim Raouf; a.k.a. LOUN, Waseem Rauf; a.k.a. LOUN, Waseem Rouf; a.k.a. RASHI, Abdul Majid; a.k.a. RASHID, Abdul Majid), c/o AL AMLOOD TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Pakistan; DOB 03 Mar 1966; POB Lahore, Pakistan; citizen Pakistan; Passport AA8908881 (Pakistan); Identification Number 35200-5407888-5 (Pakistan) (individual) [SDNTK].

LOUN, Waseem Rauf (a.k.a. BUTT, Abdul Majid; a.k.a. LOAN, Waseem Raouf; a.k.a. LOAN, Waseem Rauf; a.k.a. LON RAOUF, Wasim Raouf; a.k.a. LOUN, Waseem Raouf; a.k.a.

LOUN, Waseem Rouf; a.k.a. RASHI, Abdul Majid; a.k.a. RASHID, Abdul Majid), c/o AL AMLOOD TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Pakistan; DOB 03 Mar 1966; POB Lahore, Pakistan; citizen Pakistan; Passport AA8908881 (Pakistan); Identification Number 35200-5407888-5 (Pakistan) (individual) [SDNTK].

LOUN, Waseem Rouf (a.k.a. BUTT, Abdul Majid; a.k.a. LOAN, Waseem Raouf; a.k.a. LOAN, Waseem Rauf; a.k.a. LON RAOUF, Wasim Raouf; a.k.a. LOUN, Waseem Raouf; a.k.a. LOUN, Waseem Rauf; a.k.a. RASHI, Abdul Majid; a.k.a. RASHID, Abdul Majid), c/o AL AMLOOD TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Pakistan; DOB 03 Mar 1966; POB Lahore, Pakistan; citizen Pakistan; Passport AA8908881 (Pakistan); Identification Number 35200-5407888-5 (Pakistan) (individual) [SDNTK].

LOUNICI, Djamel; DOB 01 Feb 1962; POB Algiers, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

LOUW, Shaun, South Africa; DOB 21 May 1968; POB South Africa; nationality South Africa; citizen South Africa; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport A05050112 (South Africa) expires 17 Nov 2025; National ID No. 6805215258084 (South Africa) (individual) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

LOWAA KHAT AL-NARR (a.k.a. AL-AMSHAT; f.k.a. BANNER OF THE LINE OF FIRE BRIGADE; a.k.a. SULEIMAN SHAH BRIGADE; a.k.a. SULTAN SULEIMAN SHAH BRIGADE (Arabic: لواء السلطان سليمان شاه); a.k.a. SULTAN SULEIMAN SHAH DIVISION (Arabic: فرقة السلطان سليمان شاه)), Afrin District, Aleppo Governorate, Syria; Organization Established Date 2011 [PAARSSR-EO13894].

LOWELL LIMITED, Rm 09 27 F Ho King Comm Ctr 2 16 Fa Yuen St, Mongkok, Hong Kong, China; Organization Established Date 15 Apr 2021; C.R. No. 3038530 (Hong Kong); Business Registration Number 72888797-000 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

LOYA PLANCARTE, Dionicio (a.k.a. LOYA PLANCARTE, Dionisio; a.k.a. "EL TIO"), Calle

Sin Nombre 100, Cenobio Moreno, Apatzingan, Michoacan 60710, Mexico; Joan Sebastian Bach 87, 2-B, Col Bosque de la Loma, Morelia, Michoacan, Mexico; La Calle Prolongacion Finlandia, Fracc Arboledas, Morelia, Michoacan, Mexico; DOB 21 Oct 1955; POB Michoacan, Mexico; R.F.C. LOPD5510214S1 (Mexico) (individual) [SDNTK].

LOYA PLANCARTE, Dionisio (a.k.a. LOYA PLANCARTE, Dionicio; a.k.a. "EL TIO"), Calle Sin Nombre 100, Cenobio Moreno, Apatzingan, Michoacan 60710, Mexico; Joan Sebastian Bach 87, 2-B, Col Bosque de la Loma, Morelia, Michoacan, Mexico; La Calle Prolongacion Finlandia, Fracc Arboledas, Morelia, Michoacan, Mexico; DOB 21 Oct 1955; POB Michoacan, Mexico; R.F.C. LOPD5510214S1 (Mexico) (individual) [SDNTK].

LOYA VILCHEZ, Tarcela (a.k.a. "Comrade Olga"); DOB 1967 to 1969; POB Tambobamba community, Ayacucho district, Province of Huanta, Ayacucho Region, Peru; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

LOYALIST VOLUNTEER FORCE (a.k.a. "LVF"), United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

LOZA HERNANDEZ, Miguel, Periferico Sur No. 4091, Unidad Habitacional Emilio Porte Gil, Delegacion Tlalpan, Mexico, D.F., Mexico; DOB 11 Dec 1961; POB Fresnillo, Zacatecas, Mexico; nationality Mexico; Tax ID No. 06796108238 (Mexico); C.U.R.P. LOHM611211HZSZRG11 (Mexico) (individual) [SDNTK].

LOZADA, Santander (a.k.a. MANCUSO GOMEZ, Salvatore), Calle 64 No. 8A-56, Monteria, Cordoba, Colombia; DOB 17 Aug 1964; POB Monteria, Cordoba, Colombia; Cedula No. 6892624 (Colombia) (individual) [SDNTK].

LOZANO, Eduardo (a.k.a. AMEZCUA CONTRERAS, Luis Ignacio; a.k.a. AMEZCUA, Luis; a.k.a. CONTRERAS, Luis C.; a.k.a. LOPEZ, Luis; a.k.a. OCHOA, Salvador; a.k.a. RODRIGUEZ LOPEZ, Sergio); DOB 22 Feb 1964; alt. DOB 21 Feb 1964; alt. DOB 21 Feb 1974; POB Mexico (individual) [SDNTK].

LOZGACHEVA, Ekaterina, Russia; DOB 23 Mar 1984; POB Dzerzhinsk, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

LPC JSC (a.k.a. CENTRE OF LOYALTY PROGRAMMES; a.k.a. JOINT STOCK COMPANY LOYALTY PROGRAMS CENTER), 3 Poklonnaya St., floor 3, office 120, Moscow 121170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7702770003 (Russia); Registration Number 1117746689840 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LPK (a.k.a. POPULAR MOVEMENT OF KOSOVO) [BALKANS].

LSS GLOBAL INSAAT SANAYI VE TICARET LIMITED SIRKETI, Skyport Sit. No: 1/64 Hurriyet Bul. Yakuplu Mah., Beylikduzu, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 155362-5 (Turkey) [RUSSIA-EO14024].

LTD BINA GROUP (a.k.a. BINA GRUPP), Ul. Elektrozavodskaya D. 27, Str. 7, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7706725428 (Russia); Registration Number 1097746585452 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

LTD NISSA DISTRIBUTION (a.k.a. OOO NISSA DISTRIBUTSIYA), Ul. Minskaya D. 1G, K. 2, Pom.II Kom 13, Of 5, 3, Moscow 119285, Russia; Proezd Mukomolnyi D. 4A/2, Moscow 123290, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7729374938 (Russia); Registration Number 1037739345115 (Russia) [RUSSIA-EO14024].

LTD NTC ARSENAL (a.k.a. LIMITED LIABILITY COMPANY NTC ARSENAL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НТЦ АРСЕНАЛ); a.k.a. NTTS ARSENAL), Ul. Varshavskaya D. 5A, Lit. R, Pomeshch. 8-N, Kom. 17, Saint Petersburg 196128, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810912488 (Russia); Registration Number 1217800012055 (Russia) [RUSSIA-EO14024].

LTD NTC PRIVODNAYA TEKHNIKA (a.k.a. NAUCHNO TEKHNICHESKII TSENTR PRIVODNAYA TEKHNIKA; a.k.a. NTTS PRIVODNAYA TEKHNIKA; a.k.a. SCIENTIFIC AND TECHNICAL CENTER PRIVODNAYA TEHNIKA LIMITED LIABILITY COMPANY), Ul. 40-Letiya Oktyabrya D. 19, Chelyabinsk

454007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Feb 2000; Tax ID No. 7453060480 (Russia); Registration Number 1027402926891 (Russia) [RUSSIA-EO14024].

LTS HOLDING LIMITED (f.k.a. IPP-INTERNATIONAL PETROLEUM PRODUCTS LTD.), Rue du Conseil-General 20, Geneva 1204, Switzerland; Tortola, Virgin Islands, British; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

LTTE (a.k.a. ELLALAN FORCE; a.k.a. LIBERATION TIGERS OF TAMIL EELAM; a.k.a. TAMIL TIGERS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

LU, Chin Shun (a.k.a. CHA, Ta Fa; a.k.a. CHATURONG, Taiyai; a.k.a. CHATURONG, Thaiyai; a.k.a. "CHA TA FA"; a.k.a. "LU TA FA"; a.k.a. "TA FA"), Burma; 29, Wawi Sub-district, Mae Suai District, Chiang Rai, Thailand; DOB 05 Mar 1958; National ID No. 3501000250521 (Thailand) (individual) [SDNTK].

LU, Hezheng, Room 810, No. 760, Qinzhou Road, Xuhui District, Shanghai, China; Guangzhou, Guangdong, China; DOB 06 Apr 1974; POB Shanghai, China; nationality China; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; National ID No. 31010619740406283X (China) (individual) [DPRK3] (Linked To: SEK STUDIO).

LU, Huaying, United Arab Emirates; DOB 01 Dec 1978; nationality China; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Passport EJ5513114 (China) (individual) [NPWMD] (Linked To: SIM, Hyon Sop).

LU, Xinning (Chinese Simplified: 卢新宁; Chinese Traditional: 盧新寧), Hong Kong; DOB Dec 1966; POB Huai'an, Jiangsu Province, China; citizen China; Gender Female; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149 (individual) [HK-EO13936].

LUAN BIRD SHIPPING SERVICE L.L.C (Arabic: لوان بيرد لخدمات الشحن ش.ذ.م.م), Dubai, United Arab Emirates; Secondary sanctions risk:

section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 31 May 2024; License 1370455 (United Arab Emirates); Economic Register Number (CBLS) 12385076 (United Arab Emirates) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

LUBANGA, Thomas (a.k.a. DYILO, Thomas Lubanga); DOB 29 Dec 1960; POB Djiba, Utcha Sector, Djugu Territory, Ituri District, Orientale Province, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

LUCENA RAMIREZ, Tibisay (Latin: LUCENA RAMÍREZ, Tibisay), El Recreo, Libertador, Capital District, Venezuela; DOB 26 Apr 1959; POB Barquisimeto, Lara, Venezuela; citizen Venezuela; Gender Female; Cedula No. 5224732 (Venezuela); Passport 3802006 (Venezuela); President of Venezuela's National Electoral Council; President of Venezuela's National Board of Elections (individual) [VENEZUELA].

LUCERO DE MARTINEZ, Sandra (a.k.a. LUCERO VALENZUELA, Sandra; a.k.a. VALENCIA ZAZUETA, Sandra; a.k.a. VALENZUELA, Sandra), Mexico; DOB 29 Oct 1969; POB Nogales, Sonora, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. VAZS691029MSRLZN04 (Mexico); alt. C.U.R.P. VAZS691029HSRLZN04 (Mexico) (individual) [SDNTK].

LUCERO IMPORT S.A.C., Calle Soledad 113, Interior 301, Lima, Peru; RUC # 20432287221 (Peru) [SDNTK].

LUCERO VALENZUELA, Sandra (a.k.a. LUCERO DE MARTINEZ, Sandra; a.k.a. VALENCIA ZAZUETA, Sandra; a.k.a. VALENZUELA, Sandra), Mexico; DOB 29 Oct 1969; POB Nogales, Sonora, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. VAZS691029MSRLZN04 (Mexico); alt. C.U.R.P. VAZS691029HSRLZN04 (Mexico) (individual) [SDNTK].

LUCES OSORIO, Guillermo Antonio, Urbanizacion Base Aragua, 2da Avenida, Edificio Piedra Pintada, Torre B, PH 2B, Maracay, Aragua 2101, Venezuela; DOB 23 Oct 1970; POB Aragua, Venezuela; nationality Venezuela; Gender Male; Cedula No. V-9656271 (Venezuela); Passport 095146311 (Venezuela) issued 13 Jun 2014 expires 12 Jun 2019 (individual) [VENEZUELA].

LUCH DESIGN BUREAU JSC (Cyrillic: AO КОНСТРУКТОРСКОЕ БЮРО ЛУЧ) (a.k.a.

AKTSIONERNOE OBSHCHESTVO KONSTUKTORSKOE BYURO LUCH (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНСТРУКТОРСКОЕ БЮРО ЛУЧ); a.k.a. JOINT STOCK COMPANY KB LUCH; a.k.a. JSC DB LUTCH; a.k.a. KB LUCH AO (Cyrillic: АО КБ ЛУЧ)), Bul. Pobedy, D. 25, Rybinski, Yaroslavl 152920, Russia (Cyrillic: Бульвар Победы, Д. 25, Рыбинск, Ярославская Область 152920, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Nov 2004; alt. Organization Established Date circa 1955; Organization Type: Research and experimental development on natural sciences and engineering; Tax ID No. 7610063043 (Russia); Government Gazette Number 07507666 (Russia); Business Registration Number 1047601614390 (Russia) [RUSSIA-EO14024].

LUCHENGTECH CO. LTD (a.k.a. BEIJING LUCHENG WEIYE TECHNOLOGY DEVELOPMENT COMPANY LIMITED (Chinese Traditional: 北京鲁成伟业科技发展有限公司)), Room b311, Yinyan Building, No. 23, Anningzhuang East Road, Qinghe, Haidan District, Beijing 100085, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Dec 2005; Tax ID No. 110108783965860 (China); Registration Number 110108009239044 (China); Unified Social Credit Code (USCC) 91110114783965860W (China) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY SMT-ILOGIC).

LUCIANO HOTEL AND SPA (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU LUCHANO; a.k.a. "LUCHANO OOO"), ul. Ostrovskogo d. 26, office 43/3, Kazan 420111, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1655148063 (Russia); Registration Number 1071690070100 (Russia) [RUSSIA-EO14024] (Linked To: MINNIKHANOVA, Gulsina Akhatovna).

LUCKY OCEAN SHIPPING LIMITED, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Room 522, 129, Xishan Lu, Pudong Xinqu, Shanghai, China; Organization Established Date 10 Oct 2023; Company Number 122169 (Marshall Islands); Registration Number IMO 6445103 [IRAN-EO13902].

LUDI TRADING LIMITED (a.k.a. GREEND INTERNATIONAL TRADING LIMITED; a.k.a.

KINLERE TRADING LIMITED), Rm 1406B, 14/F, The Belgian Bank Building, Hong Kong, China; Organization Established Date 15 Nov 2021; Company Number 3102514 (Hong Kong); Business Registration Number 73536533 (Hong Kong) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

LUETH, Michael Makuei (a.k.a. LUETH, Michael Makwei; a.k.a. MAKUEI, Michael; a.k.a. MAKUEI, Michael Makuei Lueth), Juba, South Sudan; DOB 1947; POB Bor, South Sudan; alt. POB Bor, Sudan; nationality South Sudan; alt. nationality Sudan; alt. nationality Kenya; Gender Male; Minister of Information and Broadcasting; Minister of Information, Broadcasting, Telecommunication and Postal Services; Government Spokesperson (individual) [SOUTH SUDAN].

LUETH, Michael Makwei (a.k.a. LUETH, Michael Makuei; a.k.a. MAKUEI, Michael; a.k.a. MAKUEI, Michael Makuei Lueth), Juba, South Sudan; DOB 1947; POB Bor, South Sudan; alt. POB Bor, Sudan; nationality South Sudan; alt. nationality Sudan; alt. nationality Kenya; Gender Male; Minister of Information and Broadcasting; Minister of Information, Broadcasting, Telecommunication and Postal Services; Government Spokesperson (individual) [SOUTH SUDAN].

LUFINDO HOLDING LIMITED (a.k.a. LUFINDO HOLDING LTD), Seychelles; Identification Number IMO 6174627 [IRAN-EO13902].

LUFINDO HOLDING LTD (a.k.a. LUFINDO HOLDING LIMITED), Seychelles; Identification Number IMO 6174627 [IRAN-EO13902].

LUGANSK PEOPLE'S REPUBLIC (Cyrillic: ЛУГАНСКАЯ НАРОДНАЯ РЕСПУБЛИКА) (a.k.a. LUHANSK PEOPLE'S REPUBLIC (Cyrillic: ЛУГАНСЬКА НАРОДНА РЕСПУБЛІКА); a.k.a. PEOPLE'S REPUBLIC OF LUHANSK), Luhansk Region, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Unrecognized Government Entity [UKRAINE-EO13660] [RUSSIA-EO14065].

LUGO ARMAS, Bladimir Humberto (a.k.a. LUGO ARMAS, Vladimir Humberto), Caracas, Capital District, Venezuela; DOB 18 Nov 1968; Gender Male; Cedula No. 8760081 (Venezuela); Commander of the Special Unit to the Federal Legislative Palace of Venezuela's Bolivarian National Guard (individual) [VENEZUELA].

LUGO ARMAS, Vladimir Humberto (a.k.a. LUGO ARMAS, Bladimir Humberto), Caracas, Capital District, Venezuela; DOB 18 Nov 1968; Gender Male; Cedula No. 8760081 (Venezuela); Commander of the Special Unit to the Federal Legislative Palace of Venezuela's Bolivarian National Guard (individual) [VENEZUELA].

LUGO GOMEZ, Eustiquio Jose (Latin: LUGO GÓMEZ, Eustiquio José), Caracas, Capital District, Venezuela; DOB 09 Mar 1964; Gender Male; Cedula No. 8435812 (Venezuela) (individual) [VENEZUELA].

LUGO LEON, Toribio Alberto (Latin: LUGO LEÓN, Toribio Alberto), Mexico; DOB 26 Aug 1986; POB Sinaloa, Sinaloa, Mexico; citizen Mexico; Gender Male; C.U.R.P. LULT860826HSLGNR06 (Mexico); RFC LULT8608269R2 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

LUGOVOI, Andrei Konstantinovich (a.k.a. LUGOVOY, Andrey Konstantinovich (Cyrillic: ЛУГОВОЙ, Андрей Константинович)), Russia; DOB 19 Sep 1966; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [MAGNIT] [RUSSIA-EO14024].

LUGOVOY, Andrey Konstantinovich (Cyrillic: ЛУГОВОЙ, Андрей Константинович) (a.k.a. LUGOVOI, Andrei Konstantinovich), Russia; DOB 19 Sep 1966; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [MAGNIT] [RUSSIA-EO14024].

LUHANSK PEOPLE'S REPUBLIC (Cyrillic: ЛУГАНСЬКА НАРОДНА РЕСПУБЛІКА) (a.k.a. LUGANSK PEOPLE'S REPUBLIC (Cyrillic: ЛУГАНСКАЯ НАРОДНАЯ РЕСПУБЛИКА); a.k.a. PEOPLE'S REPUBLIC OF LUHANSK), Luhansk Region, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Unrecognized Government Entity [UKRAINE-EO13660] [RUSSIA-EO14065].

LUI, Wai Ming (a.k.a. PAK, Bong Nam; a.k.a. PAK, Pong Nam; a.k.a. PAK, Pong-nam), Shenyang, China; DOB 06 May 1969; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; ILSIM International Bank Representative in Shenyang, China (individual) [DPRK4].

LUIS A. HERNANDEZ Z Y CIA. S.C.S. (a.k.a. ASOCIACION TURISTICA INTERNACIONAL S.C.S.), Carrera 35 No. 53-53, Bogota, Colombia; NIT # 890325040-4 (Colombia) [SDNT].

LUKA, Hussam (a.k.a. LOUCA, Housam; a.k.a. LOUCA, Houssam; a.k.a. LOUCA, Husam; a.k.a. LOUCA, Hussam; a.k.a. LOUKA, Husam Muhammad (Arabic: حسام محمد لوقا); a.k.a. LOUKA, Hussam (Arabic: حسام لوقا); a.k.a. LUQA, Husam; a.k.a. LUQA, Hussam), Damascus, Syria; DOB 1964; POB Damascus, Syria; alt. POB Khanasser, Aleppo, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

LUKASHENKA, Alyaksandr Hryhoryavich (a.k.a. LUKASHENKA, Alyaksandr Ryhorovich (Cyrillic: ЛУКАШЭНКА, Аляксандр Рыгоравіч); a.k.a. LUKASHENKO, Aleksander Grigoriyevich; a.k.a. LUKASHENKO, Aleksandr Grigorevich (Cyrillic: ЛУКАШЕНКО, Александр Григорьевич); a.k.a. LUKASHENKO, Alexander Grigoryevich; a.k.a. LUKASHENKO, Alexandr Grigorievich), Official residence of the President of the Republic of Belarus Drozdiy, pr-d Drozdiy, 11, Minsk, Belarus (Cyrillic: официальная резиденция Президента Республики Беларусь Дрозды, пр-д Дрозды, 11, Минск, Belarus); 38 Karl Marx St., Minsk, Belarus; DOB 30 Aug 1954; alt. DOB 31 Aug 1954; POB Kopys, Vitebsk oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LUKASHENKA, Alyaksandr Ryhorovich (Cyrillic: ЛУКАШЭНКА, Аляксандр Рыгоравіч) (a.k.a. LUKASHENKA, Alyaksandr Hryhoryavich; a.k.a. LUKASHENKO, Aleksander Grigoriyevich; a.k.a. LUKASHENKO, Aleksandr Grigorevich (Cyrillic: ЛУКАШЕНКО, Александр Григорьевич); a.k.a. LUKASHENKO, Alexander Grigoryevich; a.k.a. LUKASHENKO, Alexandr Grigorievich), Official residence of the President of the Republic of Belarus Drozdiy, pr-d Drozdiy, 11, Minsk, Belarus (Cyrillic: официальная резиденция Президента Республики Беларусь Дрозды, пр-д Дрозды, 11, Минск, Belarus); 38 Karl Marx St., Minsk, Belarus; DOB 30 Aug 1954; alt. DOB 31 Aug 1954; POB Kopys, Vitebsk oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LUKASHENKA, Dzmitry (a.k.a. LUKASHENKA, Dzmitry Aliaksandravich (Cyrillic: ЛУКАШЭНКА, Дзмітрый Аляксандравіч); a.k.a. LUKASHENKO, Dmitri Aleksandrovich; a.k.a. LUKASHENKO, Dmitriy (Cyrillic: ЛУКАШЕНКО, Дмитрий); a.k.a. LUKASHENKO, Dmitry; a.k.a. LUKASHENKO, Dmitry Aleksandrovich (Cyrillic: ЛУКАШЕНКО, Дмитрий Александрович)), Belarus; DOB 23 Mar 1980; POB Mahilyow, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LUKASHENKA, Dzmitry Aliaksandravich (Cyrillic: ЛУКАШЭНКА, Дзмітрый Аляксандравіч) (a.k.a. LUKASHENKA, Dzmitry; a.k.a. LUKASHENKO, Dmitri Aleksandrovich; a.k.a. LUKASHENKO, Dmitriy (Cyrillic: ЛУКАШЕНКО, Дмитрий); a.k.a. LUKASHENKO, Dmitry; a.k.a. LUKASHENKO, Dmitry Aleksandrovich (Cyrillic: ЛУКАШЕНКО, Дмитрий Александрович)), Belarus; DOB 23 Mar 1980; POB Mahilyow, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LUKASHENKA, Halina Radzivonawna (a.k.a. LUKASHENKO, Galina Rodionovna (Cyrillic: ЛУКАШЕНКО, Галина Родионовна)), Belarus; DOB 01 Jan 1955; nationality Belarus; Gender Female (individual) [BELARUS].

LUKASHENKA, Victor Aliaksandravich (a.k.a. LUKASHENKA, Viktar Aliaksandravich; a.k.a. LUKASHENKA, Viktor Aliaksandravich; a.k.a. LUKASHENKO, Victor Aliaksandravich; a.k.a. LUKASHENKO, Viktar Aliaksandravich; a.k.a. LUKASHENKO, Viktor Aliaksandravich); DOB 1976; POB Mogilev, Belarus; Head of Presidential Guard; Also identified as National Security Advisor (individual) [BELARUS].

LUKASHENKA, Viktar Aliaksandravich (a.k.a. LUKASHENKA, Victor Aliaksandravich; a.k.a. LUKASHENKA, Viktor Aliaksandravich; a.k.a. LUKASHENKO, Victor Aliaksandravich; a.k.a. LUKASHENKO, Viktar Aliaksandravich; a.k.a. LUKASHENKO, Viktor Aliaksandravich); DOB 1976; POB Mogilev, Belarus; Head of Presidential Guard; Also identified as National Security Advisor (individual) [BELARUS].

LUKASHENKA, Viktor Aliaksandravich (a.k.a. LUKASHENKA, Victor Aliaksandravich; a.k.a. LUKASHENKA, Viktar Aliaksandravich; a.k.a. LUKASHENKO, Victor Aliaksandravich; a.k.a. LUKASHENKO, Viktar Aliaksandravich; a.k.a. LUKASHENKO, Viktor Aliaksandravich); DOB 1976; POB Mogilev, Belarus; Head of Presidential Guard; Also identified as National Security Advisor (individual) [BELARUS].

LUKASHENKO, Aleksander Grigoriyevich (a.k.a. LUKASHENKA, Alyaksandr Hryhoryavich; a.k.a. LUKASHENKA, Alyaksandr Ryhorovich (Cyrillic: ЛУКАШЭНКА, Аляксандр Рыгоравіч); a.k.a. LUKASHENKO, Aleksandr Grigorevich (Cyrillic: ЛУКАШЕНКО, Александр Григорьевич); a.k.a. LUKASHENKO, Alexander Grigoryevich; a.k.a. LUKASHENKO, Alexandr Grigorievich), Official residence of the President of the Republic of Belarus Drozdiy, pr-d Drozdiy, 11, Minsk, Belarus (Cyrillic: официальная резиденция Президента Республики Беларусь Дрозды, пр-д Дрозды, 11, Минск, Belarus); 38 Karl Marx St., Minsk, Belarus; DOB 30 Aug 1954; alt. DOB 31 Aug 1954; POB Kopys, Vitebsk oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LUKASHENKO, Aleksandr Grigorevich (Cyrillic: ЛУКАШЕНКО, Александр Григорьевич) (a.k.a. LUKASHENKA, Alyaksandr Hryhoryavich; a.k.a. LUKASHENKA, Alyaksandr Ryhorovich (Cyrillic: ЛУКАШЭНКА, Аляксандр Рыгоравіч); a.k.a. LUKASHENKO, Aleksander Grigoriyevich; a.k.a. LUKASHENKO, Alexander Grigoryevich; a.k.a. LUKASHENKO, Alexandr Grigorievich), Official residence of the President of the Republic of Belarus Drozdiy, pr-d Drozdiy, 11, Minsk, Belarus (Cyrillic: официальная резиденция Президента Республики Беларусь Дрозды, пр-д Дрозды, 11, Минск, Belarus); 38 Karl Marx St., Minsk, Belarus; DOB 30 Aug 1954; alt. DOB 31 Aug 1954; POB Kopys, Vitebsk oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LUKASHENKO, Alexander Grigoryevich (a.k.a. LUKASHENKA, Alyaksandr Hryhoryavich; a.k.a. LUKASHENKA, Alyaksandr Ryhorovich (Cyrillic: ЛУКАШЭНКА, Аляксандр Рыгоравіч); a.k.a. LUKASHENKO, Aleksander Grigoriyevich; a.k.a. LUKASHENKO, Aleksandr Grigorevich (Cyrillic: ЛУКАШЕНКО, Александр Григорьевич); a.k.a. LUKASHENKO, Alexandr Grigorievich), Official residence of the President of the Republic of Belarus Drozdiy, pr-d Drozdiy, 11, Minsk, Belarus (Cyrillic: официальная резиденция Президента Республики Беларусь Дрозды, пр-д Дрозды, 11, Минск, Belarus); 38 Karl Marx St., Minsk, Belarus; DOB 30 Aug 1954; alt. DOB 31 Aug 1954; POB Kopys, Vitebsk oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LUKASHENKO, Alexandr Grigorievich (a.k.a. LUKASHENKA, Alyaksandr Hryhoryavich; a.k.a. LUKASHENKA, Alyaksandr Ryhorovich (Cyrillic:

ЛУКАШЭНКА, Аляксандр Рыгоравіч); a.k.a. LUKASHENKO, Aleksander Grigoriyevich; a.k.a. LUKASHENKO, Aleksandr Grigorevich (Cyrillic: ЛУКАШЕНКО, Александр Григорьевич); a.k.a. LUKASHENKO, Alexander Grigoryevich), Official residence of the President of the Republic of Belarus Drozdiy, pr-d Drozdiy, 11, Minsk, Belarus (Cyrillic: официальная резиденция Президента Республики Беларусь Дрозды, пр-д Дрозды, 11, Минск, Belarus); 38 Karl Marx St., Minsk, Belarus; DOB 30 Aug 1954; alt. DOB 31 Aug 1954; POB Kopys, Vitebsk oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LUKASHENKO, Dmitri Aleksandrovich (a.k.a. LUKASHENKA, Dzmitry; a.k.a. LUKASHENKA, Dzmitry Aliaksandravich (Cyrillic: ЛУКАШЭНКА, Дзмітрый Аляксандравіч); a.k.a. LUKASHENKO, Dmitriy (Cyrillic: ЛУКАШЕНКО, Дмитрий); a.k.a. LUKASHENKO, Dmitry; a.k.a. LUKASHENKO, Dmitry Aleksandrovich (Cyrillic: ЛУКАШЕНКО, Дмитрий Александрович)), Belarus; DOB 23 Mar 1980; POB Mahilyow, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LUKASHENKO, Dmitriy (Cyrillic: ЛУКАШЕНКО, Дмитрий) (a.k.a. LUKASHENKA, Dzmitry; a.k.a. LUKASHENKA, Dzmitry Aliaksandravich (Cyrillic: ЛУКАШЭНКА, Дзмітрый Аляксандравіч); a.k.a. LUKASHENKO, Dmitri Aleksandrovich; a.k.a. LUKASHENKO, Dmitry; a.k.a. LUKASHENKO, Dmitry Aleksandrovich (Cyrillic: ЛУКАШЕНКО, Дмитрий Александрович)), Belarus; DOB 23 Mar 1980; POB Mahilyow, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LUKASHENKO, Dmitry (a.k.a. LUKASHENKA, Dzmitry; a.k.a. LUKASHENKA, Dzmitry Aliaksandravich (Cyrillic: ЛУКАШЭНКА, Дзмітрый Аляксандравіч); a.k.a. LUKASHENKO, Dmitri Aleksandrovich; a.k.a. LUKASHENKO, Dmitriy (Cyrillic: ЛУКАШЕНКО, Дмитрий); a.k.a. LUKASHENKO, Dmitry Aleksandrovich (Cyrillic: ЛУКАШЕНКО, Дмитрий Александрович)), Belarus; DOB 23 Mar 1980; POB Mahilyow, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LUKASHENKO, Dmitry Aleksandrovich (Cyrillic: ЛУКАШЕНКО, Дмитрий Александрович) (a.k.a. LUKASHENKA, Dzmitry; a.k.a. LUKASHENKA, Dzmitry Aliaksandravich (Cyrillic: ЛУКАШЭНКА, Дзмітрый Аляксандравіч); a.k.a. LUKASHENKO, Dmitri Aleksandrovich; a.k.a. LUKASHENKO, Dmitriy

(Cyrillic: ЛУКАШЕНКО, Дмитрий); a.k.a. LUKASHENKO, Dmitry), Belarus; DOB 23 Mar 1980; POB Mahilyow, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LUKASHENKO, Galina Rodionovna (Cyrillic: ЛУКАШЕНКО, Галина Родионовна) (a.k.a. LUKASHENKA, Halina Radzivonawna), Belarus; DOB 01 Jan 1955; nationality Belarus; Gender Female (individual) [BELARUS].

LUKASHENKO, Victor Aliaksandravich (a.k.a. LUKASHENKA, Victor Aliaksandravich; a.k.a. LUKASHENKA, Viktar Aliaksandravich; a.k.a. LUKASHENKA, Viktor Aliaksandravich; a.k.a. LUKASHENKO, Viktar Aliaksandravich; a.k.a. LUKASHENKO, Viktor Aliaksandravich); DOB 1976; POB Mogilev, Belarus; Head of Presidential Guard; Also identified as National Security Advisor (individual) [BELARUS].

LUKASHENKO, Viktar Aliaksandravich (a.k.a. LUKASHENKA, Victor Aliaksandravich; a.k.a. LUKASHENKA, Viktar Aliaksandravich; a.k.a. LUKASHENKA, Viktor Aliaksandravich; a.k.a. LUKASHENKO, Victor Aliaksandravich; a.k.a. LUKASHENKO, Viktor Aliaksandravich); DOB 1976; POB Mogilev, Belarus; Head of Presidential Guard; Also identified as National Security Advisor (individual) [BELARUS].

LUKASHENKO, Viktor Aliaksandravich (a.k.a. LUKASHENKA, Victor Aliaksandravich; a.k.a. LUKASHENKA, Viktar Aliaksandravich; a.k.a. LUKASHENKA, Viktor Aliaksandravich; a.k.a. LUKASHENKO, Victor Aliaksandravich; a.k.a. LUKASHENKO, Viktar Aliaksandravich); DOB 1976; POB Mogilev, Belarus; Head of Presidential Guard; Also identified as National Security Advisor (individual) [BELARUS].

LUKASHEV, Aleksey Viktorovich, Russia; DOB 07 Nov 1990; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

LUKIC, Milan; DOB 06 Sep 1967; POB Foca, Bosnia-Herzegovina; ICTY indictee at large (individual) [BALKANS].

LUKIC, Sredoje; DOB 05 Apr 1961; POB Visegrad, Bosnia-Herzegovina; ICTY indictee at large (individual) [BALKANS].

LUKIC, Sreten; DOB 28 Mar 1955; POB Visegrad municipality, Bosnia and Herzegovina (individual) [BALKANS].

LUKIN, Sergei (a.k.a. LUKIN, Sergey Nikolaevich (Cyrillic: ЛУКИН, Сергей Николаевич)), Russia; DOB 07 Jul 1954; POB Perlevka,

Semiluksky District, Voronezh Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LUKIN, Sergei Anatolevich (a.k.a. LUKIN, Sergey Anatolyevich), Russia; DOB 17 Sep 1983; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 710606343114 (Russia) (individual) [RUSSIA-EO14024].

LUKIN, Sergey Anatolyevich (a.k.a. LUKIN, Sergei Anatolevich), Russia; DOB 17 Sep 1983; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 710606343114 (Russia) (individual) [RUSSIA-EO14024].

LUKIN, Sergey Nikolaevich (Cyrillic: ЛУКИН, Сергей Николаевич) (a.k.a. LUKIN, Sergei), Russia; DOB 07 Jul 1954; POB Perlevka, Semiluksky District, Voronezh Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LUKOIL (Cyrillic: ЛУКОЙЛ) (a.k.a. LUKOIL OAO; a.k.a. LUKOIL OIL COMPANY; a.k.a. NEFTYANAYA KOMPANIYA LUKOIL OOO; a.k.a. NK LUKOIL OAO; a.k.a. PUBLIC JOINT-STOCK COMPANY OIL COMPANY LUKOIL (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НЕФТЯНАЯ КОМПАНИЯ ЛУКОЙЛ)), 11 Sretenski boulevard, Moscow 101000, Russia; Website www.lukoil.ru; Email Address info@lukoil.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1027700035769 (Russia); Tax ID No. 7708004767 (Russia); Government Gazette Number 00044434 (Russia); Legal Entity Number 549300LCJ1UJXHYBWI24; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

LUKOIL AIK (a.k.a. LUKOIL AIK A LIMITED LIABILITY COMPANY), Ul. Mira D. 23 A, Kogalym 628484, Russia; Secondary sanctions

risk: See Section 11 of Executive Order 14024.; Tax ID No. 8608059605 (Russia); Registration Number 1178617009251 (Russia) [RUSSIA-EO14024].

LUKOIL AIK A LIMITED LIABILITY COMPANY (a.k.a. LUKOIL AIK), Ul. Mira D. 23 A, Kogalym 628484, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8608059605 (Russia); Registration Number 1178617009251 (Russia) [RUSSIA-EO14024].

LUKOIL KALININGRADMORNEFT (a.k.a. LUKOIL KMN), Ul. Kievskaya D. 23, Kaliningrad 236039, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3900004998 (Russia); Registration Number 1023901643061 (Russia) [RUSSIA-EO14024].

LUKOIL KMN (a.k.a. LUKOIL KALININGRADMORNEFT), Ul. Kievskaya D. 23, Kaliningrad 236039, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3900004998 (Russia); Registration Number 1023901643061 (Russia) [RUSSIA-EO14024].

LUKOIL OAO (a.k.a. LUKOIL (Cyrillic: ЛУКОЙЛ); a.k.a. LUKOIL OIL COMPANY; a.k.a. NEFTYANAYA KOMPANIYA LUKOIL OOO; a.k.a. NK LUKOIL OAO; a.k.a. PUBLIC JOINT-STOCK COMPANY OIL COMPANY LUKOIL (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НЕФТЯНАЯ КОМПАНИЯ ЛУКОЙЛ)), 11 Sretenski boulevard, Moscow 101000, Russia; Website www.lukoil.ru; Email Address info@lukoil.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1027700035769 (Russia); Tax ID No. 7708004767 (Russia); Government Gazette Number 00044434 (Russia); Legal Entity Number 549300LCJ1UJXHYBWI24; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

LUKOIL OIL COMPANY (a.k.a. LUKOIL (Cyrillic: ЛУКОЙЛ); a.k.a. LUKOIL OAO; a.k.a. NEFTYANAYA KOMPANIYA LUKOIL OOO; a.k.a. NK LUKOIL OAO; a.k.a. PUBLIC JOINT-STOCK COMPANY OIL COMPANY LUKOIL (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НЕФТЯНАЯ КОМПАНИЯ

ЛУКОЙЛ)), 11 Sretenski boulevard, Moscow 101000, Russia; Website www.lukoil.ru; Email Address info@lukoil.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1027700035769 (Russia); Tax ID No. 7708004767 (Russia); Government Gazette Number 00044434 (Russia); Legal Entity Number 549300LCJ1UJXHYBWI24; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

LUKOIL PERM (a.k.a. LIMITED LIABILITY COMPANY LUKOIL PERM), Ul. Lenina D. 62, Perm 614990, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5902201970 (Russia); Registration Number 1035900103997 (Russia) [RUSSIA-EO14024].

LUKOIL WEST SIBERIA LIMITED (a.k.a. LUKOIL ZAPADNAYA SIBIR), Ul. Pribaltiiskaya D. 20, Kogalym 628484, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8608048498 (Russia); Registration Number 1028601441978 (Russia) [RUSSIA-EO14024].

LUKOIL ZAPADNAYA SIBIR (a.k.a. LUKOIL WEST SIBERIA LIMITED), Ul. Pribaltiiskaya D. 20, Kogalym 628484, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8608048498 (Russia); Registration Number 1028601441978 (Russia) [RUSSIA-EO14024].

LUKOVIC, Milorad Ulemek (a.k.a. "LEGIJA"); DOB 15 Mar 1968; POB Belgrade, Serbia and Montenegro (individual) [BALKANS].

LUKWANG, Okot (a.k.a. LOKWANG, Okot; a.k.a. LUKWENG, Okot; a.k.a. LUKWONG, Okot), Songo, Kafia Kingi; Central African Republic; DOB 1975; alt. DOB 1974; alt. DOB 1976; alt. DOB 1981; alt. DOB 1982; alt. DOB 1980; POB Palabek, Uganda; alt. POB Padibe Lamwu District, Uganda; nationality Uganda (individual) [CAR] (Linked To: LORD'S RESISTANCE ARMY).

LUKWENG, Okot (a.k.a. LOKWANG, Okot; a.k.a. LUKWANG, Okot; a.k.a. LUKWONG, Okot), Songo, Kafia Kingi; Central African Republic; DOB 1975; alt. DOB 1974; alt. DOB 1976; alt.

DOB 1981; alt. DOB 1982; alt. DOB 1980; POB Palabek, Uganda; alt. POB Padibe Lamwu District, Uganda; nationality Uganda (individual) [CAR] (Linked To: LORD'S RESISTANCE ARMY).

LUKWONG, Okot (a.k.a. LOKWANG, Okot; a.k.a. LUKWANG, Okot; a.k.a. LUKWENG, Okot), Songo, Kafia Kingi; Central African Republic; DOB 1975; alt. DOB 1974; alt. DOB 1976; alt. DOB 1981; alt. DOB 1982; alt. DOB 1980; POB Palabek, Uganda; alt. POB Padibe Lamwu District, Uganda; nationality Uganda (individual) [CAR] (Linked To: LORD'S RESISTANCE ARMY).

LUKYANENKO, Valerii Vasilyevich (Cyrillic: ЛУКЬЯНЕНКО, Валерий Васильевич) (a.k.a. LUKYANENKO, Valery), Russia; DOB 1955; POB Novosibirsk Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

LUKYANENKO, Valery (a.k.a. LUKYANENKO, Valerii Vasilyevich (Cyrillic: ЛУКЬЯНЕНКО, Валерий Васильевич)), Russia; DOB 1955; POB Novosibirsk Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

LULE ONE SERVICES INC, 80 Broad Street, Monrovia, Liberia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2023; Identification Number IMO 6495401; Registration Number C-126723 (Liberia) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: HALAVINS, Aleksejs).

LUMBER MARINE SA, Office OT 17-32, 17th Floor, Office Tower, Central Park Towers, Dubai, United Arab Emirates; 80 Broad Street, Monrovia, Liberia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number IMO 5463420 [RUSSIA-EO14024].

LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES) (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

LUMINOR LOGISTICS (a.k.a. LUMINOR OY), Hakintie 7A, Vantaa, Uusimaa 01380, Finland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Dec 2015; Tax ID No. 2725693-8 (Finland) [RUSSIA-EO14024] (Linked To: TEMIN, Gabriel).

LUMINOR OY (a.k.a. LUMINOR LOGISTICS), Hakintie 7A, Vantaa, Uusimaa 01380, Finland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Dec 2015; Tax ID No. 2725693-8 (Finland) [RUSSIA-EO14024] (Linked To: TEMIN, Gabriel).

LUMINOUS GLOW LIMITED, Phnom Penh, Cambodia; Company Number 1992019 (Virgin Islands, British) [TCO] (Linked To: CHEN, Zhi).

LUMISA, Muhamad (a.k.a. LUMISA, Muhammed; a.k.a. "KATO, L."; a.k.a. "LUMINSA"; a.k.a. "LUMWISA"; a.k.a. "Mukade"; a.k.a. "Mukake"), Congo, Democratic Republic of the; DOB 1959; alt. DOB 1959 to 1965; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

LUMISA, Muhammed (a.k.a. LUMISA, Muhamad; a.k.a. "KATO, L."; a.k.a. "LUMINSA"; a.k.a. "LUMWISA"; a.k.a. "Mukade"; a.k.a. "Mukake"), Congo, Democratic Republic of the; DOB 1959; alt. DOB 1959 to 1965; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

LUNA MEZA, Osiris (a.k.a. LUNA, Osiris), San Salvador, El Salvador; DOB 08 Feb 1989; POB San Salvador, El Salvador; nationality El Salvador; Gender Male; Passport A04056212 (El Salvador) expires 11 Aug 2020; National ID No. 040562123 (El Salvador) (individual) [GLOMAG].

LUNA, Osiris (a.k.a. LUNA MEZA, Osiris), San Salvador, El Salvador; DOB 08 Feb 1989; POB San Salvador, El Salvador; nationality El Salvador; Gender Male; Passport A04056212 (El Salvador) expires 11 Aug 2020; National ID No. 040562123 (El Salvador) (individual) [GLOMAG].

LUO, Chuanxu, China; DOB 15 Jan 1986; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; National Foreign ID Number 210621198601152385 (China); Financial Manager, Dandong Hongxiang Industrial Development Co Ltd (individual) [NPWMD] (Linked To: DANDONG HONGXIANG INDUSTRIAL DEVELOPMENT CO LTD).

LUO, Huining (Chinese Simplified: 骆惠宁; Chinese Traditional: 駱惠寧), Hong Kong; DOB 05 Oct 1954; POB Dangtu, China; nationality China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. 340103195410053558 (China); Director, Hong Kong Liaison Office (individual) [HK-EO13936].

LUQA, Husam (a.k.a. LOUCA, Housam; a.k.a. LOUCA, Houssam; a.k.a. LOUCA, Husam; a.k.a. LOUCA, Hussam; a.k.a. LOUKA, Husam Muhammad (Arabic: حسام محمد لوقا); a.k.a. LOUKA, Hussam (Arabic: حسام لوقا); a.k.a. LUKA, Hussam; a.k.a. LUQA, Hussam), Damascus, Syria; DOB 1964; POB Damascus, Syria; alt. POB Khanasser, Aleppo, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

LUQA, Hussam (a.k.a. LOUCA, Housam; a.k.a. LOUCA, Houssam; a.k.a. LOUCA, Husam; a.k.a. LOUCA, Hussam; a.k.a. LOUKA, Husam Muhammad (Arabic: حسام محمد لوقا); a.k.a. LOUKA, Hussam (Arabic: حسام لوقا); a.k.a. LUKA, Hussam; a.k.a. LUQA, Husam), Damascus, Syria; DOB 1964; POB Damascus, Syria; alt. POB Khanasser, Aleppo, Syria;

nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

LUQMAN, Abu (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

LUQUIN RODRIGUEZ, Brayan Moises, Calle Mezquitan 194, Barrio Santa Maria, Puerto Vallarta, Jalisco 48325, Mexico; Las Palmas 35, Colonia Nuevo Vallarta, Jarretaderas, Nayarit, Mexico; DOB 06 Nov 1992; POB Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. LURB921106HJCQDR01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

LUSEIA MARINE SERVICES CO LTD, Room 06, 13a/f., South Tower World Finance Centre Harbour City 17 Canton Road, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Company Number 3108454 (Hong Kong); Business Registration Number 73596751 (Hong Kong) [UKRAINE-EO13662] [RUSSIA-EO14024].

LUSH STYLE (a.k.a. JAFIELA BOUTIQUE, S.A. DE C.V.; a.k.a. LUSH STYLE BOUTIQUE), Av. Naciones Unidas 5131 Local 3, Colonia Jardines Universidad, Zapopan, Jalisco, Mexico; Plaza Punto Rio, Blvd. Enrique Sanchez Alonso #1980 Local 7, Desarrollo Tres Rios, Culiacan, Sinaloa, Mexico; Folio Mercantil No. 95562 (Mexico) [SDNTK].

LUSH STYLE BOUTIQUE (a.k.a. JAFIELA BOUTIQUE, S.A. DE C.V.; a.k.a. LUSH STYLE), Av. Naciones Unidas 5131 Local 3, Colonia Jardines Universidad, Zapopan, Jalisco, Mexico; Plaza Punto Rio, Blvd. Enrique Sanchez Alonso #1980 Local 7, Desarrollo Tres Rios, Culiacan, Sinaloa, Mexico; Folio Mercantil No. 95562 (Mexico) [SDNTK].

LUSHNIKOV, Alan Valerevich (a.k.a. LUSHNIKOV, Alan Valeryevich (Cyrillic: ЛУШНИКОВ, Алан Валерьевич)), Russia; DOB 10 Aug 1976; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 782509889604 (Russia) (individual) [RUSSIA-EO14024].

LUSHNIKOV, Alan Valeryevich (Cyrillic: ЛУШНИКОВ, Алан Валерьевич) (a.k.a. LUSHNIKOV, Alan Valerevich), Russia; DOB 10 Aug 1976; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 782509889604 (Russia) (individual) [RUSSIA-EO14024].

LUSHTAKU, Sami; DOB 20 Feb 1961; POB Srbica, Serbia and Montenegro (individual) [BALKANS].

LUSTRO INDUSTRY LIMITED, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 2929380 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

LUUMU, Nicolas (a.k.a. ALIRABAKI, Steven; a.k.a. JUNJU, Abdullah; a.k.a. KYAGULANYI, Alilabaki; a.k.a. KYAGULANYI, David; a.k.a. MUHAMMAD, Hussein; a.k.a. MUKULU, Jamil; a.k.a. TALENGELANIMIRO; a.k.a. TALENGELANIMIRO, Musezi; a.k.a. TUTU, Mzee); DOB 1965; alt. DOB 01 Jan 1964; POB Kayunga, Uganda; alt. POB Ntoke Village, Ntenjeru Sub County, Kayunga District, Uganda; nationality Uganda; Head of the Allied Democratic Forces; Commander, Allied Democratic Forces (individual) [DRCONGO].

LUZHANSKAYA, Anna Yuryevna, Russia; DOB 03 Jun 1983; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 750275444 (Russia); Tax ID No. 773770174460 (Russia) (individual) [RUSSIA-EO14024].

LUZY TECHNOLOGIES LLC, 778 Boylston Street, Unit 6B, Boston, MA 02199, United States; DE, United States; File Number 7136973 (Delaware) (United States) [VENEZUELA-EO13850].

LVNG LLC (a.k.a. LIMITED LIABILITY COMPANY LAYAVOZHNEFTEGAZ), zd. 28 pom. 113, ul. Im I.P.Vyucheiskogo, Naryan-Mar 166000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID

No. 2983013832 (Russia); Registration Number 1212900001621 (Russia) [RUSSIA-EO14024].

LVOVA-BELOVA, Maria Alexeyevna (Cyrillic: ЛЬВОВА-БЕЛОВА, Мария Алексеевна), Russia; DOB 25 Oct 1984; POB Penza, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 583712612853 (Russia) (individual) [RUSSIA-EO14024].

LWIN, Thura San, Burma; DOB 17 Mar 1959; POB Yangon, Burma; Gender Male (individual) [GLOMAG].

LY, Yong Phat (a.k.a. "PAD SUPA"; a.k.a. "PAT SUPAPHA"; a.k.a. "PHAT SUPHAPHA"; a.k.a. "PHAT, Suphapha"; a.k.a. "PUT SUPAPA"), 9352 Moo 1 Wangkraja Amphur Muang, Trat Trat 23000, Thailand; DOB 07 Jan 1958; POB Thmor Sor Village, Thmor Sor Commune, Botum Sakor District, Koh Kong Province, Cambodia; alt. POB Trat, Thailand; nationality Cambodia; alt. nationality Thailand; Gender Male; National ID No. 5230200031049 (Thailand) (individual) [GLOMAG].

LYABIKHOV, Roman Mikhaylovich (Cyrillic: ЛЯБИХОВ, Роман Михайлович), Russia; DOB 07 May 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LYAGIN, Roman (a.k.a. LIAGIN, Roman; a.k.a. LIAHIN, Roman; a.k.a. LYAHIN, Roman); DOB 30 May 1980; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

LYAHIN, Roman (a.k.a. LIAGIN, Roman; a.k.a. LIAHIN, Roman; a.k.a. LYAGIN, Roman); DOB 30 May 1980; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

LYASHENKO, Igor (Cyrillic: ЛЯШЕНКО, Игорь) (a.k.a. LIASHENKA, Ihar Vasilevich (Cyrillic: ЛЯШЭНКА, Ігар Васільевіч); a.k.a. LYASHENKO, Igor Vasilyevich (Cyrillic: ЛЯШЕНКО, Игорь Васильевич)), Belarus; DOB 05 Nov 1974; POB Ochamchire, Georgia; nationality Belarus; Gender Male (individual) [BELARUS].

LYASHENKO, Igor Vasilyevich (Cyrillic: ЛЯШЕНКО, Игорь Васильевич) (a.k.a. LIASHENKA, Ihar Vasilevich (Cyrillic:

ЛЯШЭНКА, Ігар Васільевіч); a.k.a. LYASHENKO, Igor (Cyrillic: ЛЯШЕНКО, Игорь)), Belarus; DOB 05 Nov 1974; POB Ochamchire, Georgia; nationality Belarus; Gender Male (individual) [BELARUS].

LYCUL, Noah (a.k.a. LICUL, Noah), Croatia; DOB 2002; alt. DOB 2003; nationality Croatia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: THE TERRORGRAM COLLECTIVE).

LYONED TRADING L.L.C (Arabic: ليونيد للتجارة ش.ذ.م.م), Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 31 May 2022; Registration Number 1067691 (United Arab Emirates); Economic Register Number (CBLS) 11885567 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

LYONGAKSAN GENERAL TRADING CORPORATION (a.k.a. KOREA RYONBONG GENERAL CORPORATION; a.k.a. KOREA YONBONG GENERAL CORPORATION), Pot'onggang District, Pyongyang, Korea, North; Rakwon-dong, Pothonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

LYOTNY OTRYAD 224 (a.k.a. 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JSC THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. OJSC GOSUDARSTVENNAYA AVIAKOMPANIYA 224 LETNY OTRYAD (Cyrillic: ОАО ГОСУДАРСТВЕННАЯ АВИАКОМПАНИЯ 224 ЛЕТНЫЙ ОТРЯД); a.k.a. TTF AIR HEAVY LIFTING; a.k.a. "224 FU JSC"; a.k.a. "224TH FLIGHT UNIT"; a.k.a. "OAO 224 LO"), 10, Matrosskaya Tishina, B-14, POB-471, Moscow 107014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Oct 1971; Target Type State-Owned Enterprise; Tax ID No. 7718763393 (Russia); Registration Number 1097746281160 (Russia) [RUSSIA-EO14024]

(Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

LYRARI GROUP LTD, Hudsun Chambers, P.O. Box 986, Road Town, Tortola, Virgin Islands, British; Organization Established Date 2023; Identification Number IMO 6466926 [IRAN-EO13902].

LYSKOVSKII ELEKTROTEKHNICHESKII ZAVOD, ul. 1-ya Zavodskaya D.1, Lyskovo 606210, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5222000882 (Russia); Registration Number 1025200937508 (Russia) [RUSSIA-EO14024].

LYUBARSKIY, Roman Valeryevich (Cyrillic: ЛЮБАРСКИЙ, Роман Валерьевич), Russia; DOB 16 Jul 1980; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LYUBIMOVA, Olga Borisovna (Cyrillic: ЛЮБИМОВА, Ольга Борисовна), Moscow, Russia; DOB 31 Dec 1980; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770406735144 (Russia) (individual) [RUSSIA-EO14024].

LYUTOVA, Nataliya Leonidivna (Cyrillic: ЛЮТОВА, Наталія Леонідівна) (a.k.a. DESIATOVA, Natalia; a.k.a. DESYATOVA, Natalya Leonidovna (Cyrillic: ДЕСЯТОВА, Наталя Леонідівна; Cyrillic: ДЕСЯТОВА, Наталья Леонидовна); a.k.a. LYUTOVA, Nataliya Leonidovna (Cyrillic: ЛЮТОВА, Наталия Леонидовна)), 122 Ilyushi Kulika St., Apartment 89, Kherson, Kherson region 73009, Ukraine; DOB 11 Jul 1966; nationality Ukraine; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2429802748 (Ukraine) (individual) [RUSSIA-EO14024].

LYUTOVA, Nataliya Leonidovna (Cyrillic: ЛЮТОВА, Наталия Леонидовна) (a.k.a. DESIATOVA, Natalia; a.k.a. DESYATOVA, Natalya Leonidovna (Cyrillic: ДЕСЯТОВА, Наталя Леонідівна; Cyrillic: ДЕСЯТОВА, Наталья Леонидовна); a.k.a. LYUTOVA, Nataliya Leonidivna (Cyrillic: ЛЮТОВА, Наталія Леонідівна)), 122 Ilyushi Kulika St., Apartment 89, Kherson, Kherson region 73009, Ukraine; DOB 11 Jul 1966; nationality Ukraine; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID

No. 2429802748 (Ukraine) (individual) [RUSSIA-EO14024].

LZMAR TRADING LIMITED, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Feb 2023; Company Number 3228966 (Hong Kong); Business Registration Number 74812849 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

M AND S TRADING (a.k.a. M AND S TRADING HK), Room 14F A, Success Industrial Building, No. 17 Sheung Hei St, San Po Kong, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Private Company; Registration Number 51875901000 (Hong Kong) [RUSSIA-EO14024] (Linked To: DE GEETERE, Hans).

M AND S TRADING HK (a.k.a. M AND S TRADING), Room 14F A, Success Industrial Building, No. 17 Sheung Hei St, San Po Kong, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Private Company; Registration Number 51875901000 (Hong Kong) [RUSSIA-EO14024] (Linked To: DE GEETERE, Hans).

M D S HENG HE INVESTMENT CO LTD, Sangkum Thmei, Thma Da, Veal Veaeng, Pursat, Cambodia; Phum 14, Tonle Basak, Chamkar Mon, Phnom Penh 12301, Cambodia; Organization Established Date 05 Oct 2018; Organization Type: Construction of buildings; Tax ID No. K002-901805259 (Cambodia); Registration Number 00036483 (Cambodia) [CYBER4].

M D S THMORDA S E Z CO., LTD. (a.k.a. MDS THMORDA SEZ), 10 AB, 271, Tuek L'ak Bei, Tuol Kouk, Phnom Penh, Cambodia; Company Number 00019416 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

M FINANS (a.k.a. M-FINANCE LLC; a.k.a. M-FINANS, OOO (Cyrillic: ООО М-ФИНАНС); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'M-FINANS'), d. 138 korp. 1 litera V pom. 5N-18, naberezhnaya Obvodnogo Kanala, St. Petersburg, St. Petersburg 190020, Russia (Cyrillic: ДОМ 138 КОРПУС 1, ЛИТЕР В ПОМ5Н-18, ОБВОДНОГО КАНАЛА НАБ, САНКТ ПЕТЕРБУРГ Г, САНКТ ПЕТЕРБУРГ 190020, Russia); Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209; Tax ID No. 7839042420 (Russia); Government Gazette Number 27397712 (Russia); Registration Number 1157847290920 (Russia) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

M I N S GENERAL TRADING L.L.C. (Arabic: ام اي ان اس للتجارة العامة ش ذ م م) (a.k.a. CAPITAL TAP GENERAL TRADING L.L.C. (Arabic: كابيتال تاب للتجارة العامة ش.ذ.م.م); a.k.a. ELRAKIZA GENERAL TRADING L.L.C. (Arabic: الركيزة للتجارة العامة ذ.م.م)), 406, Business Bay, Royal Class Business Centre, Dubai, United Arab Emirates; PO Box 416657, 44 & 43, Dubai Municipality, Dubai, United Arab Emirates; Organization Established Date 18 Feb 2019; Organization Type: Wholesale and retail trade; License 826794 (United Arab Emirates); Registration Number 11337684 (United Arab Emirates) [SUDAN-EO14098] (Linked To: AHMMED, Abu Dharr Abdul Nabi Habiballa).

M INVEST, OOO (Cyrillic: ООО М ИНВЕСТ), d. 76 korp. 4 litera A ofis N620, prospekt Obukhovskoi Oborony, St. Petersburg, Russia; Khartoum, Sudan; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7811636632 (Russia); Government Gazette Number 06513574 (Russia); Registration Number 1177847044066 (Russia) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

M K A SHIPPING INC, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 24 May 2022; Identification Number IMO 6323643; Registration Number 114584 (Marshall Islands) [IRAN-EO13902].

M LEASING LLC, Baumanskaya Ul., D.7, Str. 1, Of. 301, Moscow 105005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701173086 (Russia); Identification Number IMO 6246853 [RUSSIA-EO14024].

M STAR INTERNATIONAL TRADING CO LIMITED (a.k.a. M STAR INTERNATIONAL TRADING CO LTD (Chinese Traditional: 美星國際貿易有限公司)), Unit D19, 3/F Wong King Industrial Building, No. 2 Tai Yau Street, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 61365134 (Hong Kong) [RUSSIA-EO14024].

M STAR INTERNATIONAL TRADING CO LTD (Chinese Traditional: 美星國際貿易有限公司) (a.k.a. M STAR INTERNATIONAL TRADING CO LIMITED), Unit D19, 3/F Wong King Industrial Building, No. 2 Tai Yau Street, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 61365134 (Hong Kong) [RUSSIA-EO14024].

M V PROTSENKO PA START (a.k.a. FEDERAL SCIENTIFIC AND PRODUCTION CENTER MV PROTSENKO START PRODUCTION ASSOCIATION JSC (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СТАРТ ИМЕНИ МВ ПРОЦЕНКО); a.k.a. FNPTS PO START IM MV PROTSENKO AO; a.k.a. JS FRPC PA START NAMED AFTER MV PROTSENKO; a.k.a. JSC FEDERALNY NAUCHNO PROIZVODSTVENNY CENTER PRODUCTION OBYEDINENIYE START IMENI MV PROTSENKO), 1, Mira Prospekt, Zarechny, Penza Region 442960, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5838013374 (Russia); Registration Number 1185835003221 (Russia) [RUSSIA-EO14024].

M. BABAIE INDUSTRIES (a.k.a. SHAHID BABAIE INDUSTRIES; a.k.a. SHAHID BABAIE INDUSTRIES COMPLEX; a.k.a. SHAHID BABAII INDUSTRIES CO.), P.O. Box 16535-176, Tehran 16548, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

M. D. S. IMPORT EXPORT CO., LTD. (a.k.a. MDS IMPORT EXPORT; a.k.a. MDS IMPORT EXPORT CO., LTD.), 10 AB, Tuek L'ak Bei, Tuol Kouk, Phnom Penh, Cambodia; Tax ID No. K005-105000833 (Cambodia); Company Number 00019488 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

M. MARINE S.A.L. OFFSHORE, Unesco Center, 4th Floor, Office No. 19, Verdun, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1804696 (Lebanon) [SDGT] (Linked To: AL-AMIN, Muhammad 'Abdallah).

M.A.T.S.A. S.A. DE C.V. (a.k.a. MANTENIMIENTO, AERONAUTICA, TRANSPORTE, Y SERVICIOS AEREOS S.A. DE C.V.), Calle 2, Hangar 10, Lot 19, Aeropuerto Internacional de Toluca, Toluca, Mexico, Mexico; R.F.C. MAT-021004-B99 (Mexico) [SDNTK].

M.S.P.-KALA (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

M.T.T. LTDA. (a.k.a. MAQUINARIA TECNICA Y TIERRAS LTDA.), Carrera 4A No. 16-04, Cartago, Colombia; Carrera 42 No. 5B-81, Cali, Colombia; NIT # 800084233-1 (Colombia) [SDNT].

M.V. FRUNZE ARSENAL DESIGN BUREAU JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO KONSTRUKTORSKOE BYURO ARSENAL IMENI M.V. FRUNZE; a.k.a. AO KB ARSENAL), ul. Komsomola, D.1-3, Saint Petersburg 195009, Russia; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7804588900 (Russia); Government Gazette Number 06506278 (Russia); Registration Number 1177847042229 (Russia) [RUSSIA-EO14024].

M/S AREN SHIP MANAGEMENT (a.k.a. AREN SHIP MANAGEMENT), BH Tower, 36A, Road No 7, Ranavola, Dhaka 1230, Bangladesh; Organization Established Date 2019; Identification Number IMO 6088476; Business Registration Number P-43221 (Bangladesh) [IRAN-EO13902].

M/S OSAMA KHAIRY HAFEZ TRADING EST. (a.k.a. AL-OSAMA TRADING CO. LTD.; a.k.a. AL-'USAMA TRADING COMPANY; a.k.a. ASYAF GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING & INVESTMENT; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING AND INVESTMENT; a.k.a. DAN ISDICO; a.k.a. OSAMA TRADING COMPANY LTD; a.k.a. "AL-'USAMAH COMPANY"; a.k.a. "ASAMA COMMERCIAL COMPANY"; a.k.a. "ASAMA COMPANY"; a.k.a. "NURIN COMPANY"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; 504 & 7102, Ibrahim Shakir Building, Hail Street Rowais, Near Caravan Center, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah, Saudi Arabia; Riyadh 14213, Saudi Arabia; Dammam, Saudi Arabia; Al Kharaj, Saudi Arabia; Qasim, Saudi Arabia; Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-AGHA, Abu Ubaydah Khayri Hafiz; Linked To: HAMAS).

M/S WELFARE & DEVELOPMENT ORGANIZATION (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

M/S. AL ZAROONI EXCHANGE (a.k.a. AL ZAROONI EXCHANGE; a.k.a. ALZROONI EXCHANGE), P.O. Box 116348, Dubai, United Arab Emirates; Near Florida Hotel, Building of Abdul Rahim Mohd. Ismail Badri, Al Sabkha Street, Naif Road, Deira, Dubai, United Arab Emirates; Sikhat Al Khail Road, Dubai, United Arab Emirates; Website www.alzarooniexchange.ae; C.R. No. 91715; Dubai Chamber of Commerce Membership No. 70103; RTN 823410101; License 535436 [TCO].

M23 (a.k.a. ARMEE REVOLUTIONAIRE CONGOLAISE; a.k.a. CONGOLESE REVOLUTIONARY ARMY; a.k.a. MARCH 23 MOVEMENT; a.k.a. MOUVEMENT DU 23 MARS), North-Kivu, Congo, Democratic Republic of the; Website www.m23mars.org [DRCONGO].

MA GOLD TRADERS PTY LTD, 38 Cunningham Rd, Umbilo, Durban, KwaZulu-Natal 4000, South Africa; P.O. Box 27, Westwood, KwaZulu-Natal 3633, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Jan 2019; Tax ID No. 9263261233 (South Africa); Trade License No. 2019/032950/07 (South Africa); Enterprise Number K2019032950 (South Africa) [SDGT] (Linked To: AKBAR, Nufael).

MA, Jie (Chinese Simplified: 马捷), Xining, Qinghai, China; DOB 18 Dec 1982; POB Chengdong District, Xining, Qinghai, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 630102198212180413 (China) (individual) [NPWMD] [IFSR] (Linked To: OJE PARVAZ MADO NAFAR COMPANY).

MA, Xiaohong, China; DOB 15 Dec 1971; nationality China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport G31122619 (China) issued 02 Sep 2008 expires 01 Sep 2018; National Foreign ID Number 210603197112150023 (China); Director of Dandong Hongxiang Industrial Development Co Ltd (individual) [NPWMD] (Linked To: DANDONG HONGXIANG INDUSTRIAL DEVELOPMENT CO LTD).

MA'ADEN-E ZOGHAL SANG SHARGH (a.k.a. SHARQ COALMINES), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

MA'ALIN, Mohamed Omar (a.k.a. HAJI, Mohamed Omar; a.k.a. MAXAMED, Mohamed Cumar; a.k.a. MOA'LIN, Mohamed Haji Omar; a.k.a. MOHAMED, Mohamed Omar; a.k.a. "OMAROW, Mohamed"; a.k.a. "UMUROW, Ma'd"), Diinsor District, Bay, Somalia; Buur Hakaba District, Bay, Somalia; DOB 1976; POB Taflow Village, Berdaale District, Bay, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

MAAROUFI, Tarek Ben Habib Ben Al-Toumi; DOB 23 Nov 1965; POB Ghardimaou, Tunisia; alt. POB Ghar el-dimaa, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E590976 (Tunisia) issued 19 Jun 1987 expires 18 Jun 1992 (individual) [SDGT].

MAATH ABDULLAH DAEL IMPORT AND EXPORT (a.k.a. DA'IL IMPORT AND EXPORT; a.k.a. MOAZ ABDULLA DAEL FOR IMPORT

AND EXPORT (Arabic: معاذ عبدالله دائل للإستيراد والتصدير)), North 60th Street, Sana'a, Yemen; 50th Street, Hodeidah, Yemen; Tahrir Street, Hodeidah, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target Type Private Company [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

MABANZA, Myrna Adijul (a.k.a. MABANZA, Myrna Ajijul; a.k.a. MABANZA, Myrna Ajilul), Basilan Province, Philippines; Zamboanga City, Philippines; DOB 11 Jul 1991; nationality Philippines; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 73320881AG1191MAM20000; alt. Identification Number 200801087; alt. Identification Number 140000900032 (individual) [SDGT] (Linked To: ISIS-PHILIPPINES).

MABANZA, Myrna Ajijul (a.k.a. MABANZA, Myrna Adijul; a.k.a. MABANZA, Myrna Ajilul), Basilan Province, Philippines; Zamboanga City, Philippines; DOB 11 Jul 1991; nationality Philippines; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 73320881AG1191MAM20000; alt. Identification Number 200801087; alt. Identification Number 140000900032 (individual) [SDGT] (Linked To: ISIS-PHILIPPINES).

MABANZA, Myrna Ajilul (a.k.a. MABANZA, Myrna Adijul; a.k.a. MABANZA, Myrna Ajijul), Basilan Province, Philippines; Zamboanga City, Philippines; DOB 11 Jul 1991; nationality Philippines; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 73320881AG1191MAM20000; alt. Identification Number 200801087; alt. Identification Number 140000900032 (individual) [SDGT] (Linked To: ISIS-PHILIPPINES).

MABNA INSTITUTE, Mirdamad, Naft Jonubi, Taban Alley, Plaque 2/1, Unit 102, Tehran, Iran; East Shahid Hemmat Highway, North Emam Ali Highway, East Artesh Highway, Town of Qa'em, Banafsheh Street, Second Door, Plaque 2, Tehran, Iran; Ansariyeh Boulevard, 6th Bustan, Plaque 488, 4515736541, Zanjan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CYBER2].

MABRAK, Yazid (a.k.a. ABU OBEIDA, Youcef; a.k.a. ABU UBAYDAH, Yusuf; a.k.a. AL 'ANABI, Abu 'Ubaydah Yusuf; a.k.a. AL-ANABI, Yusuf Abu-'Ubaydah; a.k.a. AL-ANNABI, Abou Obeida Youssef; a.k.a. AL-INABI, Abu-Ubaydah Yusuf; a.k.a. MEBRAK, Yazid; a.k.a. YAZID, Mebrak; a.k.a. YAZID, Mibrak; a.k.a. YAZID, Yousif Abu Obayda; a.k.a. "ABOU YOUCEF"), Algeria; DOB 01 Jan 1969; POB Annaba, Algeria; citizen Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MABROOKA TRADING CO L.L.C. (a.k.a. MABROOKA TRADING COMPANY), 3rd Floor, Office No. 306, Al Dana Centre, Al Maktoum Street, Next to Metropolitan Palace Hotel, Al Riqqa, Al Muraqqabat, Deira, Dubai, United Arab Emirates; P.O. Box 33634, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 500871 [NPWMD] [IFSR] (Linked To: NAVID COMPOSITE MATERIAL COMPANY).

MABROOKA TRADING COMPANY (a.k.a. MABROOKA TRADING CO L.L.C.), 3rd Floor, Office No. 306, Al Dana Centre, Al Maktoum Street, Next to Metropolitan Palace Hotel, Al Riqqa, Al Muraqqabat, Deira, Dubai, United Arab Emirates; P.O. Box 33634, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 500871 [NPWMD] [IFSR] (Linked To: NAVID COMPOSITE MATERIAL COMPANY).

MAC DONALD, Brett Warrick, South Africa; DOB 03 Jul 1975; POB South Africa; nationality South Africa; citizen South Africa; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 7507035002085 (South Africa) (individual) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

MACCLINTOCK, Yakoob (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

MACER INSTRUMENTS (a.k.a. IMPORTACIONES Y NACIONAL MARCERLAB, S.A. DE C.V.; a.k.a. MACERLAB; a.k.a. MACERLAB, S.A. DE C.V.), Culiacan, Sinaloa, Mexico; Website https://macerlab.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Mar 2024; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; R.F.C. INM240313S51 (Mexico); Folio Mercantil No. N-2024026134 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: LOPEZ ARAUJO, Cesar Elias).

MACERA INTERNATIONAL LIMITED, 22/F, 3 Lockhart Road, Wanchai, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Aug 2023; Company Number 3310627 (Hong Kong); Business Registration Number 75634331 (Hong Kong) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MACERLAB (a.k.a. IMPORTACIONES Y NACIONAL MARCERLAB, S.A. DE C.V.; a.k.a. MACER INSTRUMENTS; a.k.a. MACERLAB, S.A. DE C.V.), Culiacan, Sinaloa, Mexico; Website https://macerlab.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Mar 2024; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; R.F.C. INM240313S51 (Mexico); Folio Mercantil No. N-

2024026134 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: LOPEZ ARAUJO, Cesar Elias).

MACERLAB, S.A. DE C.V. (a.k.a. IMPORTACIONES Y NACIONAL MARCERLAB, S.A. DE C.V.; a.k.a. MACER INSTRUMENTS; a.k.a. MACERLAB), Culiacan, Sinaloa, Mexico; Website https://macerlab.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Mar 2024; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; R.F.C. INM240313S51 (Mexico); Folio Mercantil No. N-2024026134 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: LOPEZ ARAUJO, Cesar Elias).

MACHADO REQUENA, Marcos Javier, Caracas, Venezuela; DOB 18 Jun 1981; POB Venezuela; nationality Venezuela; Gender Male; Cedula No. V-15334084 (Venezuela); Passport 093061892 (Venezuela) expires 15 Feb 2021 (individual) [VENEZUELA] (Linked To: EX-CLE SOLUCIONES BIOMETRICAS C.A.).

MACHADO TORRES, Ernesto, Mexico; DOB 15 Apr 1984; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. MATE840415HSLCRR00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MACHANGA LTD., Kampala, Uganda [DRCONGO].

MACHERBE, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

MACHINE GROUP LTD (a.k.a. LIMITED TRADE DEVELOPMENT MACHINE GROUP; a.k.a. "MACHINEGROUP"), Ul. Troitskaya D. 9, K. 1, Pomeshch. 1/1, Moscow 129090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722854163 (Russia); Registration Number 5147746023640 (Russia) [RUSSIA-EO14024].

MACHINE LEARNING LAB S.R.O., Opletalova 1015/55, Prague 11000, Czech Republic; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Dec 2015; Trade License No. 04653670 (Czech Republic) [RUSSIA-EO14024] (Linked To: KLIMINA, Yevgeniya).

MACHINE PARDAZAN CO. (a.k.a. MACHINE PARDAZAN CO. LTD.; a.k.a. MACHINE PARDAZAN LTD.), Number 39, Alvand St., 1st Floor, Argentine Square, Tehran, Iran; Km 12 Karadj Special Rd., North Chitgar, Rajaii Ave., Number 1, Tehran, Iran; No. 7, Daftari Ave., Zafar St., Shariati St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MACHINE PARDAZAN CO. LTD. (a.k.a. MACHINE PARDAZAN CO.; a.k.a. MACHINE PARDAZAN LTD.), Number 39, Alvand St., 1st Floor, Argentine Square, Tehran, Iran; Km 12 Karadj Special Rd., North Chitgar, Rajaii Ave., Number 1, Tehran, Iran; No. 7, Daftari Ave., Zafar St., Shariati St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MACHINE PARDAZAN LTD. (a.k.a. MACHINE PARDAZAN CO.; a.k.a. MACHINE PARDAZAN CO. LTD.), Number 39, Alvand St., 1st Floor, Argentine Square, Tehran, Iran; Km 12 Karadj Special Rd., North Chitgar, Rajaii Ave., Number 1, Tehran, Iran; No. 7, Daftari Ave., Zafar St., Shariati St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MACHINE SAZI ARAK CO. LTD. (a.k.a. MACHINE SAZI ARAK COMPANY P J S C; a.k.a. MACHINE SAZI ARAK SSA; a.k.a. MASHIN SAZI ARAK; a.k.a. "MSA"), P.O. Box 148, Arak 351138, Iran; Arak, Km 4 Tehran Road, Arak, Markazi Province, Iran; No. 1, Northern Kargar Street, Tehran 14136, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

MACHINE SAZI ARAK COMPANY P J S C (a.k.a. MACHINE SAZI ARAK CO. LTD.; a.k.a. MACHINE SAZI ARAK SSA; a.k.a. MASHIN SAZI ARAK; a.k.a. "MSA"), P.O. Box 148, Arak 351138, Iran; Arak, Km 4 Tehran Road, Arak, Markazi Province, Iran; No. 1, Northern Kargar Street, Tehran 14136, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

MACHINE SAZI ARAK SSA (a.k.a. MACHINE SAZI ARAK CO. LTD.; a.k.a. MACHINE SAZI

ARAK COMPANY P J S C; a.k.a. MASHIN SAZI ARAK; a.k.a. "MSA"), P.O. Box 148, Arak 351138, Iran; Arak, Km 4 Tehran Road, Arak, Markazi Province, Iran; No. 1, Northern Kargar Street, Tehran 14136, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

MACIAS TREVIZO, Ernesto Alonso, Mexico; DOB 07 Feb 1996; POB Chihuahua, Mexico; nationality Mexico; Gender Male; C.U.R.P. MATE960207HCHCRR07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MACIAS VILLAMAR, Jose Adolfo (a.k.a. "Fito"), Ecuador; DOB 30 Sep 1979; POB Santa Ana, Manabi, Ecuador; nationality Ecuador; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

MACKA INVEST CO LTD (a.k.a. MACKA INVEST COMPANY LIMITED), Banjulding, West Coast, The Gambia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transportation and storage [SDGT] [IFSR] (Linked To: MAHAN AIR).

MACKA INVEST COMPANY LIMITED (a.k.a. MACKA INVEST CO LTD), Banjulding, West Coast, The Gambia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transportation and storage [SDGT] [IFSR] (Linked To: MAHAN AIR).

MACPAR MAKINA (a.k.a. MACPAR MAKINA SAN VE TIC A.S.; a.k.a. "MAKPA"), Sehidler Caddesi No: 79/2 Tuzla, Istanbul 34940, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Istanbul Chamber of Comm. No. 537070 (Turkey) [NPWMD] [IFSR].

MACPAR MAKINA SAN VE TIC A.S. (a.k.a. MACPAR MAKINA; a.k.a. "MAKPA"), Sehidler Caddesi No: 79/2 Tuzla, Istanbul 34940, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Istanbul Chamber of Comm. No. 537070 (Turkey) [NPWMD] [IFSR].

MACRO EMS LTD (a.k.a. OOO MAKRO EMS), Ul. Sveaborgskaya D.12, Lit. A, Saint Petersburg 196105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810895610 (Russia); Registration Number 1129847011150 (Russia) [RUSSIA-EO14024].

MACRO TEAM LTD (a.k.a. MAKRO TIM LIMITED LIABILITY COMPANY (Cyrillic: МАКРО ТИМ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)),

Prospekt Zelenyi, 2, Moscow 111141, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720134018 (Russia); Registration Number 1027739020759 (Russia) [RUSSIA-EO14024].

MACROOPTICA LTD (a.k.a. LIMITED LIABILITY COMPANY RESEARCH AND PRODUCTION COMPANY MAKROOPTIKA; a.k.a. NPK MAKROOPTIKA LLC), Proezd Yablochkova D. 5, Str. 47, Floor/Kom 2/2.5, Ryazan 390023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727768951 (Russia); Registration Number 5117746039439 (Russia) [RUSSIA-EO14024].

MAD KANDALU COMPANY (a.k.a. MAD KANDALU SHIPBUILDING COOPERATIVE; a.k.a. MAD KANDALU SHIPBUILDING COOPERATIVE QESHM; a.k.a. MADKANDALOU COMPANY; a.k.a. QESHM MADKANDALOO SHIPBUILDING COOPERATIVE CO), Qeshm Island, Iran; Website www.madkandaloo.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

MAD KANDALU SHIPBUILDING COOPERATIVE (a.k.a. MAD KANDALU COMPANY; a.k.a. MAD KANDALU SHIPBUILDING COOPERATIVE QESHM; a.k.a. MADKANDALOU COMPANY; a.k.a. QESHM MADKANDALOO SHIPBUILDING COOPERATIVE CO), Qeshm Island, Iran; Website www.madkandaloo.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

MAD KANDALU SHIPBUILDING COOPERATIVE QESHM (a.k.a. MAD KANDALU COMPANY; a.k.a. MAD KANDALU SHIPBUILDING COOPERATIVE; a.k.a. MADKANDALOU COMPANY; a.k.a. QESHM MADKANDALOO SHIPBUILDING COOPERATIVE CO), Qeshm Island, Iran; Website www.madkandaloo.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

MADAEV, Lova (a.k.a. AL-SHISHANI, Muslim Abu al-Walid; a.k.a. MADAEV, Murad; a.k.a. MADAYEV, Murad Akhmadovich; a.k.a. MARGOSHVILI, Lova; a.k.a. MARGOSHVILI, Murad; a.k.a. MARGOSHVILI, Murad Muslim Akhmetovich; a.k.a. MARGOSHVILI, Muslim Akhmetovich Georgik; a.k.a. MARGOSHVILI, Muslim Akmadovich; a.k.a. "Artur"; a.k.a.

"Dzhordzhik"; a.k.a. "Dzhorzhik"; a.k.a. "Kus"; a.k.a. "Muslim Georgia"); DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 08091001080 (individual) [SDGT].

MADAEV, Murad (a.k.a. AL-SHISHANI, Muslim Abu al-Walid; a.k.a. MADAEV, Lova; a.k.a. MADAYEV, Murad Akhmadovich; a.k.a. MARGOSHVILI, Lova; a.k.a. MARGOSHVILI, Murad; a.k.a. MARGOSHVILI, Murad Muslim Akhmetovich; a.k.a. MARGOSHVILI, Muslim Akhmetovich Georgik; a.k.a. MARGOSHVILI, Muslim Akmadovich; a.k.a. "Artur"; a.k.a. "Dzhordzhik"; a.k.a. "Dzhorzhik"; a.k.a. "Kus"; a.k.a. "Muslim Georgia"); DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 08091001080 (individual) [SDGT].

MADA'IN NOVIN TRADERS (Arabic: شرکت سهامی (خاص متاجر نوین مدائن) a.k.a. MATAJER NOVIN MADA'EN COMPANY), Lashgarak Road, Artesh Highway, Shahid Hossein Arab Halavasi Street, No. 11, Ground Floor, Tehran 1955633311, Iran; Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 515671 (Iran) [SDGT] [IFSR] (Linked To: SABURINEZHAD, Hasan).

MADANIPOUR, Mahmoud, 93 Chiltern Road, Sutton, SM2 5QZ, Surry, United Kingdom; Iran; DOB 19 Jul 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Y42996343 (Iran) expires 10 Oct 2022 (individual) [SDGT] [IFSR] (Linked To: MOBIN INTERNATIONAL LIMITED).

MADAYEV, Murad Akhmadovich (a.k.a. AL-SHISHANI, Muslim Abu al-Walid; a.k.a. MADAEV, Lova; a.k.a. MADAEV, Murad; a.k.a. MARGOSHVILI, Lova; a.k.a. MARGOSHVILI, Murad; a.k.a. MARGOSHVILI, Murad Muslim Akhmetovich; a.k.a. MARGOSHVILI, Muslim Akhmetovich Georgik; a.k.a. MARGOSHVILI, Muslim Akmadovich; a.k.a. "Artur"; a.k.a. "Dzhordzhik"; a.k.a. "Dzhorzhik"; a.k.a. "Kus";

a.k.a. "Muslim Georgia"); DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 08091001080 (individual) [SDGT].

MADE IN ITALY MOTORCYCLES LIMITED, Colchester, Essex, United Kingdom; Website www.madeinitalymotorcycles.com; Organization Established Date 14 Aug 2009; Organization Type: Sale of motor vehicles; Company Number 06991327 (United Kingdom) [ILLICIT-DRUGS-EO14059] (Linked To: FALLON, John Anthony).

MADHI, Shahriyar, Iran; DOB 21 Mar 1993; POB Tabriz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MADINA AT TAUHEED WAU MUJAHEDEEN (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS; a.k.a. FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF"; a.k.a. "ADF/NALU"; a.k.a. "ISIS-DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [DRCONGO].

MADKANDALOU COMPANY (a.k.a. MAD KANDALU COMPANY; a.k.a. MAD KANDALU SHIPBUILDING COOPERATIVE; a.k.a. MAD KANDALU SHIPBUILDING COOPERATIVE QESHM; a.k.a. QESHM MADKANDALOO SHIPBUILDING COOPERATIVE CO), Qeshm Island, Iran; Website www.madkandaloo.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

MADRASA TALEEMUL QURAN WAL HADITH (a.k.a. GANJ MADRASSA; a.k.a. GANJOO MADRASSA; a.k.a. JAMIA MADRASSA DUR UL KORAN WASUNA; a.k.a. JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; a.k.a. MADRASA TALEEMUL QURAN WAL SUNNAH; a.k.a. MAWIYA MADRASSA; a.k.a. MOW-YA MADRASSA; a.k.a. TALALIM QURAN MADRASSA; a.k.a. TALEEM UL-QURAN MADRASSA; a.k.a. TASIN AL-QURAN ABU HAMZA), Gunj Gate, Phandu Road, Peshawar, Pakistan; Near the Baron Gate, Ganj area, Peshawar, Pakistan; Lahori and Yaka Tote Rd. at the intersection near the Ganj Gate, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MADRASA TALEEMUL QURAN WAL SUNNAH (a.k.a. GANJ MADRASSA; a.k.a. GANJOO MADRASSA; a.k.a. JAMIA MADRASSA DUR UL KORAN WASUNA; a.k.a. JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; a.k.a. MADRASA TALEEMUL QURAN WAL HADITH; a.k.a. MAWIYA MADRASSA; a.k.a. MOW-YA MADRASSA; a.k.a. TALALIM QURAN MADRASSA; a.k.a. TALEEM UL-QURAN MADRASSA; a.k.a. TASIN AL-QURAN ABU HAMZA), Gunj Gate, Phandu Road, Peshawar, Pakistan; Near the Baron Gate, Ganj area, Peshawar, Pakistan; Lahori and Yaka Tote Rd. at the intersection near the Ganj Gate, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MADRASSA JAMIA AL-ASRIA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

MADRASSA TALIM QURAN USONA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

MADRID FRANCO, Cecilia, Calle 3 sur No. 53-90, Medellin, Colombia; DOB 31 Mar 1962; nationality Colombia; citizen Colombia; Cedula No. 31885071 (Colombia); Passport AJ525603 (Colombia) (individual) [SDNT].

MADURO GUERRA, Nicolas Ernesto (Latin: MADURO GUERRA, Nicolás Ernesto), Caracas, Capital District, Venezuela; DOB 21 Jun 1990; Gender Male; Cedula No. 19398759 (Venezuela) (individual) [VENEZUELA].

MADURO MOROS, Nicolas (Latin: MADURO MOROS, Nicolás), Caracas, Capital District, Venezuela; DOB 23 Nov 1962; POB Caracas, Venezuela; citizen Venezuela; Gender Male; Cedula No. 5892464 (Venezuela); President of the Bolivarian Republic of Venezuela (individual) [VENEZUELA] [IRAN-CON-ARMS-EO].

MADYVA (a.k.a. DISTRIBUIDORA DE HERMOSILLO GAXIOLA HERMANOS S.A. DE C.V.), Fco. Eusebio Kino 177-7, Col. 5 de Mayo, Hermosillo, Sonora 83010, Mexico; Blvd. Luis Encinas 581, Esquina Alberto Truqui, Colonia Pimentel, Hermosillo, Sonora, Mexico; Guadalajara, Jalisco, Mexico; R.F.C. DHG900717NV3 (Mexico) [SDNTK].

MADYVA (a.k.a. GRUPO INDUSTRIAL GAXIOLA; a.k.a. GRUPO INDUSTRIAL GAXIOLA HERMANOS S.A. DE C.V.), Calle del Oro, Esq. Vinedo, Colonia Parque Industrial, Hermosillo, Sonora 83299, Mexico; Luis Encinas y Alberto Truqui, Hermosillo, Sonora, Mexico; Guadalajara, Jalisco, Mexico; R.F.C. GIG910522BR8 (Mexico) [SDNTK].

MADZHARSKA, Penka Ivanova, Bulgaria; DOB 08 Jun 1977; POB Rakovski, Bulgaria; nationality Bulgaria; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 388702412 (Bulgaria) expires 23 Sep 2027; National ID No. 7706084516 (Bulgaria) (individual) [SDGT] [IFSR] (Linked To: NIROOMAND TOOMAJ, Elyas).

MAE SAI K.D.P. COMPANY LTD. (a.k.a. BORISAT MAE SAI KHE. DI. PHI. CHAMKAT; a.k.a. MAESAI K.D.P. COMPANY LTD.), 4 Mu 1, Tambon Wiang Phang Kham, Mae Sai district, Chiang Rai, Thailand [SDNTK].

MAESAI K.D.P. COMPANY LTD. (a.k.a. BORISAT MAE SAI KHE. DI. PHI. CHAMKAT; a.k.a. MAE SAI K.D.P. COMPANY LTD.), 4 Mu 1, Tambon Wiang Phang Kham, Mae Sai district, Chiang Rai, Thailand [SDNTK].

MAFTAH, Elmobruk (a.k.a. AL MABROOK, Muftah; a.k.a. AL-FATHALI, Al-Mabruk; a.k.a. AL-FATHALI, Al-Mabruk Muftah Muhammad; a.k.a. EL MABRUK, Muftah; a.k.a. EL MOBRUK, Maftah; a.k.a. ELMABRUK, Maftah Mohamed; a.k.a. ELMABRUK, Mustah; a.k.a. "AL HAK, Al Haj Abd"; a.k.a. "AL HAQQ, Al Hajj Abd"; a.k.a. "AL-HAQ, Haj 'Abd"; a.k.a. "AL-HAQQ, Al-Hajj 'Abd"), undetermined; DOB 01 May 1950; POB Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MAGANA ALCIDES, Ramon (a.k.a. ALCIDES MAGANA, Ramon; a.k.a. ALCIDES MAGANE, Ramon; a.k.a. ALCIDES MAYENA, Ramon; a.k.a. ALCIDEZ MAGANA, Ramon; a.k.a. GONZALEZ QUIONES, Jorge; a.k.a. MAGANA, Jorge; a.k.a. MAGNA ALCIDEDES, Ramon; a.k.a. MATA, Alcides; a.k.a. RAMON MAGANA, Alcedis; a.k.a. RAMON MAGANA, Alcides; a.k.a. ROMERO, Antonio); DOB 04 Sep 1957 (individual) [SDNTK].

MAGANA, Jorge (a.k.a. ALCIDES MAGANA, Ramon; a.k.a. ALCIDES MAGANE, Ramon; a.k.a. ALCIDES MAYENA, Ramon; a.k.a. ALCIDEZ MAGANA, Ramon; a.k.a. GONZALEZ QUIONES, Jorge; a.k.a. MAGANA ALCIDES, Ramon; a.k.a. MAGNA ALCIDEDES, Ramon; a.k.a. MATA, Alcides; a.k.a. RAMON MAGANA, Alcedis; a.k.a. RAMON MAGANA, Alcides; a.k.a. ROMERO, Antonio); DOB 04 Sep 1957 (individual) [SDNTK].

MAGANOV, Nail Ulfatovich, Russia; DOB 28 Jul 1958; POB Almetyevsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 164401094935 (Russia) (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

MAGARACH AGRICULTURAL COMPANY OF NATIONAL INSTITUTE OF WINE AND GRAPES MAGARACH (a.k.a. AGROFIRMA MAGARACH NATSIONALNOGO INSTYTUTU VYNOGRADU I VYNA MAGARACH, DP; a.k.a. DERZHAVNE PIDPRYEMSTVO AGROFIRMA MAGARACH NATSIONALNOGO INSTYTUTU VYNOGRADU I VYNA MAGARACH; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE AGRO-FIRMA MAGARACH NACIONALNOGO INSTITUTA VINOGRADA I VINA MAGARACH; a.k.a. STATE ENTERPRISE AGRICULTURAL COMPANY MAGARACH NATIONAL INSTITUTE OF VINE AND WINE MAGARACH; a.k.a. STATE ENTERPRISE MAGARACH OF THE NATIONAL INSTITUTE OF WINE), Bud. 9 vul. Chapaeva, S.Viline, Bakhchysaraisky R-N, Crimea 98433, Ukraine; 9 Chapayeva str., Vilino, Bakhchisaray Region, Crimea 98433, Ukraine; 9 Chapayeva str., Vilino, Bakhchisarayski district 98433, Ukraine; 9, Chapaeva Str., Vilino, Bakhchisaray Region, Crimea 98433, Ukraine; Website http://magarach-institut.ru/; Email Address magar@ukr.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 11231070006000476 (Ukraine); Government Gazette Number 31332064 (Ukraine) [UKRAINE-EO13685].

MAGED, Mohamed Nayef (Arabic: محمد نايف ماجد) (a.k.a. MAJED, Mohamed), 13 Kherbet Selm, Bent Jbeil, Lebanon; DOB 30 Sep 1989; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

MAGELLANIC PHOENIX MARINE AND TRADING LIMITED, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 16 Nov 2020; Company Number 2993979 (Hong Kong) [IRAN-EO13871] (Linked To: KHOUZESTAN STEEL COMPANY).

MAGHAM, Mohammad; DOB 16 Sep 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport H22452336 (Iran) (individual) [NPWMD] [IFSR].

MAGHFOORI, Mehdi (a.k.a. MAGHFOORI, Mohammad Mahdi), Iran; DOB 20 Dec 1969; POB Kerman, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H60608748 (Iran) expires 14 Dec 2027; alt. Passport V52959616 (Iran) expires 02 Feb 2026; National ID No. 2982420694 (Iran) (individual) [SDGT] [IFSR] (Linked To: MAHAN AIR).

MAGHFOORI, Mohammad Mahdi (a.k.a. MAGHFOORI, Mehdi), Iran; DOB 20 Dec 1969; POB Kerman, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H60608748 (Iran) expires 14 Dec 2027; alt. Passport V52959616 (Iran) expires 02 Feb 2026; National ID No. 2982420694 (Iran) (individual) [SDGT] [IFSR] (Linked To: MAHAN AIR).

MAGHSOUDI, Hasan Fazli (a.k.a. MAGHSOUDI, Hassan Fazli), Iran; DOB 21 Sep 1984; POB Nur, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Y35787473 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MAGHSOUDI, Hassan Fazli (a.k.a. MAGHSOUDI, Hasan Fazli), Iran; DOB 21 Sep 1984; POB Nur, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Y35787473 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MAGIC ESTHETIC SALON SA, San Jose, Costa Rica; Tax ID No. 3-101-800676 (Costa Rica) [ILLICIT-DRUGS-EO14059] (Linked To: MC DONALD RODRIGUEZ, Estefania; Linked To: MC DONAL RODRIGUEZ, Anita Yorleny).

MAGICAL EAGLE LIMITED, Rm 502 New City Ctr, Kwun Tong, Hong Kong, China; Organization Established Date 25 Jul 2024; Business Registration Number 76855396 (Hong Kong) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

MAGLES SHOURA AL-MUJAHDDIN (a.k.a. MAJLIS SHURA AL-MUJAHEDIN FI AKNAF BAYT AL-MAQDIS; a.k.a. MAJLIS SHURA AL-MUJAHIDEEN; a.k.a. MAJLIS SHURA AL-MUJAHIDIN; a.k.a. MUJAHIDEEN SHURA COUNCIL; a.k.a. MUJAHIDEEN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM; a.k.a. MUJAHIDIN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM; a.k.a. "MSC"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MAGNA ALCIDEDES, Ramon (a.k.a. ALCIDES MAGANA, Ramon; a.k.a. ALCIDES MAGANE, Ramon; a.k.a. ALCIDES MAYENA, Ramon; a.k.a. ALCIDEZ MAGANA, Ramon; a.k.a. GONZALEZ QUIONES, Jorge; a.k.a. MAGANA ALCIDES, Ramon; a.k.a. MAGANA, Jorge; a.k.a. MATA, Alcides; a.k.a. RAMON MAGANA, Alcedis; a.k.a. RAMON MAGANA, Alcides; a.k.a. ROMERO, Antonio); DOB 04 Sep 1957 (individual) [SDNTK].

MAGNETON JOINT STOCK COMPANY, Ul. Kurchatova D. 9, Saint Petersburg 194223, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802053803 (Russia); Registration Number 1027801538610 (Russia) [RUSSIA-EO14024].

MAGNEZIT GROUP LLC (a.k.a. LIMITED LIABILITY COMPANY GRUPPA MAGNEZIT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГРУППА МАГНЕЗИТ)), Ul. Solnechnaya 34, Satka 456910, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7417011270 (Russia); Registration Number 1047408000199 (Russia) [RUSSIA-EO14024].

MAGNEZIT PLANT (a.k.a. PJSC MAGNEZIT COMBINE; a.k.a. PUBLIC JOINT STOCK COMPANY FOR THE PRODUCTION OF REFRACTORIES KOMBINAT MAGNEZIT (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ПО ПРОИЗВОДСТВУ ОГНЕУПОРОВ КОМБИНАТ МАГНЕЗИТ)), Ul. Solnechnaya 34, Satka 456910, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7417001747 (Russia); Registration Number 1027401062325 (Russia) [RUSSIA-EO14024].

MAGNISERVIA, S.A. DE C.V., Puerto Vallarta, Jalisco, Mexico; Organization Established Date 10 Jun 2014; Organization Type: Other business support service activities n.e.c.; Folio

Mercantil No. 16557 (Mexico) [ILLICIT-DRUGS-EO14059].

MAGNITOGORSK IRON & STEEL WORKS (a.k.a. MAGNITOGORSK IRON AND STEEL WORKS PJSC; a.k.a. OPEN JOINT STOCK COMPANY MAGNITOGORSK IRON & STEEL WORKS; a.k.a. PUBLIC JOINT STOCK COMPANY MAGNITOGORSK METALLURGICAL COMBINE; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МАГНИТОГОРСКИЙ МЕТАЛЛУРГИЧЕСКИЙ КОМБИНАТ); a.k.a. "MMK PAO"; a.k.a. "PJSC MMK" (Cyrillic: "ПАО ММК")), 93 Kirov Street, Magnitogorsk 455000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1932; Tax ID No. 7414003633 (Russia); Government Gazette Number 00186424 (Russia); Legal Entity Number 253400XSJ4C01YMCXG44 (Russia); Registration Number 1027402166835 (Russia) [RUSSIA-EO14024].

MAGNITOGORSK IRON AND STEEL WORKS PJSC (a.k.a. MAGNITOGORSK IRON & STEEL WORKS; a.k.a. OPEN JOINT STOCK COMPANY MAGNITOGORSK IRON & STEEL WORKS; a.k.a. PUBLIC JOINT STOCK COMPANY MAGNITOGORSK METALLURGICAL COMBINE; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МАГНИТОГОРСКИЙ МЕТАЛЛУРГИЧЕСКИЙ КОМБИНАТ); a.k.a. "MMK PAO"; a.k.a. "PJSC MMK" (Cyrillic: "ПАО ММК")), 93 Kirov Street, Magnitogorsk 455000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1932; Tax ID No. 7414003633 (Russia); Government Gazette Number 00186424 (Russia); Legal Entity Number 253400XSJ4C01YMCXG44 (Russia); Registration Number 1027402166835 (Russia) [RUSSIA-EO14024].

MAGNITOGORSKII ELEKTRODNYI ZAVOD (a.k.a. "LLC MEZ"), sh. Beloretskoe d. 5, kabinet 1, Magnitogorsk 455022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7456037049 (Russia); Registration Number 1177456061771 (Russia) [RUSSIA-EO14024].

MAGNOCOMBUSTIBLES DE VERACRUZ, S.A. DE C.V., Veracruz, Veracruz, Mexico; Organization Established Date 31 May 2021; Organization Type: Retail sale of automotive fuel in specialized stores; Folio Mercantil No. N-2021040063 (Mexico) [ILLICIT-DRUGS-EO14059].

MAGOMEDOV, Khadzhi Murat Dalgatovich (a.k.a. MAGOMEDOV, Murat), Maliy Kakovinskiy Pereulok, Moscow 121099, Russia; DOB 02 Aug 1988; POB Republic of Dagestan, Russia; nationality Russia; Gender Male; Digital Currency Address - ETH 0x1999ef52700c34de7ec2b68a28aafb37db0c5ade; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 762324796 (Russia) expires 24 Jan 2030; alt. Passport 761402005 (Russia) expires 20 Aug 2029; alt. Passport 765180824 (Russia) expires 05 Aug 2031; National ID No. 4512894535 (Russia) (individual) [RUSSIA-EO14024].

MAGOMEDOV, Magomedsalam Magomedaliyevich (Cyrillic: МАГОМЕДОВ, Магомедсалам Магомедалиевич), Moscow, Russia; DOB 01 Jun 1964; POB Levashi, Dagestan Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

MAGOMEDOV, Murat (a.k.a. MAGOMEDOV, Khadzhi Murat Dalgatovich), Maliy Kakovinskiy Pereulok, Moscow 121099, Russia; DOB 02 Aug 1988; POB Republic of Dagestan, Russia; nationality Russia; Gender Male; Digital Currency Address - ETH 0x1999ef52700c34de7ec2b68a28aafb37db0c5ade; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 762324796 (Russia) expires 24 Jan 2030; alt. Passport 761402005 (Russia) expires 20 Aug 2029; alt. Passport 765180824 (Russia) expires 05 Aug 2031; National ID No. 4512894535 (Russia) (individual) [RUSSIA-EO14024].

MAGUS HOLDING II, CORP., 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 140 Paloma Drive, Coral Gables, FL 33143, United States [VENEZUELA-EO13850] (Linked To: PERDOMO ROSALES, Gustavo Adolfo).

MAGUS HOLDING LLC, 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States [VENEZUELA-EO13850] (Linked To: PERDOMO ROSALES, Gustavo Adolfo).

MAGUS HOLDINGS USA, CORP., 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States [VENEZUELA-EO13850] (Linked To: PERDOMO ROSALES, Gustavo Adolfo).

MAHAB GHODSS CONSULTING ENGINEERING CO. (a.k.a. MAHAB GHODSS CONSULTING ENGINEERING COMPANY; a.k.a. MAHAB GHODSS CONSULTING ENGINEERS SSK; a.k.a. MAHAB QODS ENGINEERING CONSULTING CO.), No. 17, Dastgerdy Avenue, Takharestan Alley, 19395-6875, Tehran 1918781185, Iran; 16 Takharestan Alley, Dastgerdy Avenue, P.O. Box 19395-6875, Tehran 19187 81185, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 48962 (Iran) issued 1983; all offices worldwide [IRAN].

MAHAB GHODSS CONSULTING ENGINEERING COMPANY (a.k.a. MAHAB GHODSS CONSULTING ENGINEERING CO.; a.k.a. MAHAB GHODSS CONSULTING ENGINEERS SSK; a.k.a. MAHAB QODS ENGINEERING CONSULTING CO.), No. 17, Dastgerdy Avenue, Takharestan Alley, 19395-6875, Tehran 1918781185, Iran; 16 Takharestan Alley, Dastgerdy Avenue, P.O. Box 19395-6875, Tehran 19187 81185, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 48962 (Iran) issued 1983; all offices worldwide [IRAN].

MAHAB GHODSS CONSULTING ENGINEERS SSK (a.k.a. MAHAB GHODSS CONSULTING ENGINEERING CO.; a.k.a. MAHAB GHODSS CONSULTING ENGINEERING COMPANY; a.k.a. MAHAB QODS ENGINEERING CONSULTING CO.), No. 17, Dastgerdy Avenue, Takharestan Alley, 19395-6875, Tehran 1918781185, Iran; 16 Takharestan Alley, Dastgerdy Avenue, P.O. Box 19395-6875, Tehran 19187 81185, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 48962 (Iran) issued 1983; all offices worldwide [IRAN].

MAHAB QODS ENGINEERING CONSULTING CO. (a.k.a. MAHAB GHODSS CONSULTING ENGINEERING CO.; a.k.a. MAHAB GHODSS CONSULTING ENGINEERING COMPANY; a.k.a. MAHAB GHODSS CONSULTING ENGINEERS SSK), No. 17, Dastgerdy Avenue, Takharestan Alley, 19395-6875, Tehran 1918781185, Iran; 16 Takharestan Alley, Dastgerdy Avenue, P.O. Box 19395-6875, Tehran 19187 81185, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 48962 (Iran) issued 1983; all offices worldwide [IRAN].

MAHADEV MARITIME INC, 80 Broad Street, Monrovia, Liberia; Organization Established Date 2024; Identification Number IMO 0093841 [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

MAHAK RAYAN AFRAZ (a.k.a. DEHKADEH TELECOMMUNICATION AND SECURITY COMPANY; a.k.a. MEHRSAM ANDISHEH SAZ NIK), Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 14009946460 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

MAHALA, Muhammad (a.k.a. MAHALLA, Muhammad Mahmud), Syria; DOB 04 Jun 1959; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

MAHALLA, Muhammad Mahmud (a.k.a. MAHALA, Muhammad), Syria; DOB 04 Jun 1959; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

MAHAMANT, Ali Darassa (a.k.a. DARAS, Ali; a.k.a. DARASSA, Ali; a.k.a. DARASSA, Ali Mahamat; a.k.a. DARRASSA, Ali; a.k.a. MAHAMAT, Ali Darassa), Alindao, Central African Republic; DOB 22 Sep 1978; POB Kabo, Ouham prefecture, Central African Republic; alt. POB Bousso, Chad; nationality Central African Republic; citizen Niger; alt. citizen Chad; Gender Male (individual) [CAR].

MAHAMAT, Ali Darassa (a.k.a. DARAS, Ali; a.k.a. DARASSA, Ali; a.k.a. DARASSA, Ali Mahamat; a.k.a. DARRASSA, Ali; a.k.a. MAHAMANT, Ali Darassa), Alindao, Central African Republic; DOB 22 Sep 1978; POB Kabo, Ouham prefecture, Central African Republic; alt. POB Bousso, Chad; nationality Central African Republic; citizen Niger; alt. citizen Chad; Gender Male (individual) [CAR].

MAHAMED, Hassan Abdirahman, Helsinki, Finland; DOB 23 May 1987; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HALEEL COMMODITIES L.L.C.).

MAHAMED, Mostafa (a.k.a. ABDEL HAMID, Mostafa Mohamed; a.k.a. FARAG, Mostafa; a.k.a. FARAG, Mostafa Mohamed; a.k.a. "AL AUSTRALI, Abu Sulayman"; a.k.a. "AL MUHAJIR, Abu Sulayman"; a.k.a. "AL USTRALI, Abu Sulayman"; a.k.a. "AL-MASRI, Abu Sulayman"); DOB 14 Feb 1984; POB Port Said, Egypt; nationality Australia; alt. nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M1898709 (Australia) expires 11 Oct 2012; Driver's License No. 13652517 (Australia) expires 19 Apr 2014 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

MAHAMMAD, Kayiira (a.k.a. KAYIRA, Muhammad Mzee; a.k.a. MUHAMADI, Kahira; a.k.a. MUHAMMAD, Kayiira; a.k.a. "Kaida"; a.k.a. "Karida"; a.k.a. "Ogundipe"), Congo, Democratic Republic of the; DOB 1963 to 1969; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

MAHAMOUD, Bashir Mohamed (a.k.a. GAP, Gure; a.k.a. MAHMOUD, Bashir Mohamed; a.k.a. MOHAMMED, Bashir Mahmud; a.k.a. MOHAMOUD, Bashir Mohamed; a.k.a. MOHAMUD, Bashir Mohamed; a.k.a. QORGAB, Bashir; a.k.a. YARE, Bashir; a.k.a. "MUSCAB, Abu"; a.k.a. "QORGAB"), Mogadishu, Somalia; nationality Somalia; DOB circa 1979-1982; alt. DOB 1982 (individual) [SOMALIA].

MAHAMUD, Abdi Nasir Ali (Arabic: عبدي ناصر علي محمود) (a.k.a. MAHMOUD, Abdi Naser; a.k.a. MAHMUD, Abdi Nasir Ali; a.k.a. MAHMUT, Abdulnasir Ali; a.k.a. MUHAMMAD, 'Abd-al-Nasir 'Ali), United Arab Emirates; Istanbul, Turkey; DOB 01 May 1977; nationality United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 548347810 (United Kingdom) expires 20 Jan 2029; alt. Passport D00015633 (Somalia) expires 13 Aug 2027; alt. Passport 528911113 (United Kingdom) expires 04 Nov 2026 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

MAHAN AIR (a.k.a. MAHAN AIR CO.), No. 21, Mahan Air Tower, Azadegan Street, Jenah Expressway, Beginning of Sheykh Fazlollah Exp. Way, First of Karaj High Way, Tehran, Tehran 1481655761, Iran; Mahan Air Tower, 21st Floor, Azadeghan Street, Karaj Highway, P.O. Box 14515-411, Tehran, Tehran, Iran; Mahan Air Tower, Azadegan St., Karaj Highway, P.O. Box 411-14515, Tehran, Tehran 1481655761, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IFSR].

MAHAN AIR CO. (a.k.a. MAHAN AIR), No. 21, Mahan Air Tower, Azadegan Street, Jenah Expressway, Beginning of Sheykh Fazlollah Exp. Way, First of Karaj High Way, Tehran, Tehran 1481655761, Iran; Mahan Air Tower, 21st Floor, Azadeghan Street, Karaj Highway, P.O. Box 14515-411, Tehran, Tehran, Iran; Mahan Air Tower, Azadegan St., Karaj Highway, P.O. Box 411-14515, Tehran, Tehran 1481655761, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IFSR].

MAHAN TRAVEL (a.k.a. MAHAN TRAVEL AND TOURISM SDN BHD; a.k.a. MIHAN TRAVEL & TOURISM SDN BHD), No.01, Lower Ground Floor, Block C, NO:12 Megan Avenue2, Jalan Yap, Kwan Seng, Kuala Lumpur, Malaysia; Website http://mahantravel.com.my; Email Address mahankualalumpur@yahoo.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 875233-U (Malaysia) [SDGT] [IFSR] (Linked To: MAHAN AIR).

MAHAN TRAVEL AND TOURISM SDN BHD (a.k.a. MAHAN TRAVEL; a.k.a. MIHAN TRAVEL & TOURISM SDN BHD), No.01, Lower Ground Floor, Block C, NO:12 Megan Avenue2, Jalan Yap, Kwan Seng, Kuala Lumpur, Malaysia; Website http://mahantravel.com.my; Email Address mahankualalumpur@yahoo.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 875233-U (Malaysia) [SDGT] [IFSR] (Linked To: MAHAN AIR).

MAHAR, Ayad Miuhammed (a.k.a. AL-IRAQI, Abu Yahya; a.k.a. ALJAMALI, Ayad Hamed Mohl; a.k.a. AL-JUMAIL, Ayad Hamed Mohal; a.k.a. AL-JUMAILI, Ayad; a.k.a. AL-JUMAILI, Ayad Hamid; a.k.a. AL-JUMAILY, Iyad Hamed Mahl; a.k.a. AL-JUMAYLI, Iyad; a.k.a. JOUMILY, Ayad Hamed Mahal; a.k.a. MAHAR, Ayad Muhammad; a.k.a. SHUAB, Ayad Hammed Muhal; a.k.a. "YAHYA, Abu"); DOB 01 Jan 1977; alt. DOB 01 Jul 1972; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT]

(Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MAHAR, Ayad Muhammad (a.k.a. AL-IRAQI, Abu Yahya; a.k.a. ALJAMALI, Ayad Hamed Mohl; a.k.a. AL-JUMAIL, Ayad Hamed Mohal; a.k.a. AL-JUMAILI, Ayad; a.k.a. AL-JUMAILI, Ayad Hamid; a.k.a. AL-JUMAILY, Iyad Hamed Mahl; a.k.a. AL-JUMAYLI, Iyad; a.k.a. JOUMILY, Ayad Hamed Mahal; a.k.a. MAHAR, Ayad Miuhammed; a.k.a. SHUAB, Ayad Hammed Muhal; a.k.a. "YAHYA, Abu"); DOB 01 Jan 1977; alt. DOB 01 Jul 1972; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MAHAZAR, Maulawi Mohammad (a.k.a. AZHAR, Mohammad; a.k.a. MAZAR, Hakim Muhammed; a.k.a. MAZAR, Maulana; a.k.a. MAZHAR, Hakeem Mohammad; a.k.a. MAZHAR, Hakim; a.k.a. MAZHAR, Maulana Hakim Mohammad; a.k.a. MAZHAR, Mohammad; a.k.a. MAZHAR, Mohammed; a.k.a. MAZHAR, Molana; a.k.a. MAZHAR, Molavi Muhammad), ST 1/A, Block 2, Gulshan-e-Iqbal, Karachi, Pakistan; DOB 05 Oct 1951; POB Azamgarh, Uttar Pradesh, India; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport KZ 550207 (Pakistan); alt. Passport KC550207 (Pakistan); alt. Passport G154297 (Pakistan) (individual) [SDGT].

MAHDAVI, Amin, Number 1304 Bahar2 JBR, Dubai 44439, United Arab Emirates; DOB 12 Feb 1967; POB Mashad, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR].

MAHDAVI, Moein (a.k.a. MAHDAVI, Mo'in (Arabic: معین مهدوی)), Iran; DOB 28 May 1997; POB Kermanshah, Kermanshah Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3241787281 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

MAHDAVI, Mo'in (Arabic: معین مهدوی) (a.k.a. MAHDAVI, Moein), Iran; DOB 28 May 1997; POB Kermanshah, Kermanshah Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3241787281 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

MAHDAVI, Reza (a.k.a. MAHDAWI, Hasan; a.k.a. ZAHDI, Mohammad Riza; a.k.a. ZAHEDI, Ali Reza; a.k.a. ZAHEDI, Mohammed Reza), Beirut, Lebanon; DOB 1944; POB Esfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR].

MAHDAVIAN, Ali (Arabic: علی مهدویان) (a.k.a. HADIAN, Ali), Karaj, Shahrak Behdari Kh Faajr 13, Rejayi 21, Tehran 3148634998, Iran; DOB 11 Dec 1992; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0015252434 (Iran) (individual) [ELECTION-EO13848] (Linked To: EMENNET PASARGAD).

MAHDAWI, Hasan (a.k.a. MAHDAVI, Reza; a.k.a. ZAHDI, Mohammad Riza; a.k.a. ZAHEDI, Ali Reza; a.k.a. ZAHEDI, Mohammed Reza), Beirut, Lebanon; DOB 1944; POB Esfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR].

MAHDI, Adil Abdallah; DOB 1945; POB al-Dur, Iraq; Ba'th party regional command chairman, Dhi-Qar (individual) [IRAQ2].

MAHDI, Ja'far Salih (a.k.a. AL ZAIDI, Shebl; a.k.a. AL ZAIDI, Shibl; a.k.a. AL-ZADI, Shibl Muhsin Ubayd; a.k.a. AL-ZAYDI, Hajji Shibl Muhsin; a.k.a. AL-ZAYDI, Shibl Muhsin 'Ubayd; a.k.a. "SHIBL, Hajji"), Iraq; DOB 28 Oct 1968; POB Baghdad, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

MAHER TRADING AND CONSTRUCTION COMPANY (a.k.a. MAHER TRADING AND ENGINEERING; a.k.a. "MAHER COMPANY"), Concord building, 7th floor, Verdan, Beirut, Lebanon; Harik Harik, on the street near al-Husnayn Mosque, Malik bin Qazzam, 5th floor, Beirut, Lebanon; Additional Sanctions

Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR].

MAHER TRADING AND ENGINEERING (a.k.a. MAHER TRADING AND CONSTRUCTION COMPANY; a.k.a. "MAHER COMPANY"), Concord building, 7th floor, Verdan, Beirut, Lebanon; Harik Harik, on the street near al-Husnayn Mosque, Malik bin Qazzam, 5th floor, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR].

MAHERBE, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

MAHLERBE, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

MAHLERBE, Polo (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS,

Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

MAHMOOD, Aqsa (a.k.a. LAYTH, Umm), Raqqa, Syria; DOB 11 May 1994; POB Glasgow, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 720134834 (United Kingdom) issued 27 Jun 2012 expires 27 Jun 2022; National ID No. 3520162676986 (Pakistan) (individual) [SDGT].

MAHMOOD, Fariduddin (a.k.a. MAHMOOD, Maulvi Fariduddin; a.k.a. MAHMOUD, Sheikh Farid-ud-Den; a.k.a. MAHMUD, Mawlawi Fariduddin), Afghanistan; DOB 1952; POB Sharana, Paktika Province, Afghanistan; nationality Afghanistan; Gender Male (individual) [GLOMAG].

MAHMOOD, Maulvi Fariduddin (a.k.a. MAHMOOD, Fariduddin; a.k.a. MAHMOUD, Sheikh Farid-ud-Den; a.k.a. MAHMUD, Mawlawi Fariduddin), Afghanistan; DOB 1952; POB Sharana, Paktika Province, Afghanistan; nationality Afghanistan; Gender Male (individual) [GLOMAG].

MAHMOOD, Mehri (a.k.a. MEHRI, Mahmoud), Iran; DOB 19 Sep 1985; POB Ahar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport F49959213 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MAHMOOD, Shahid (a.k.a. AHMED, Shahid Mehmood Manzoor; a.k.a. MEHMOOD, Shaheed; a.k.a. MEHMOUD, Shahid; a.k.a. REHMATULLAH, Shahid Mahmood), Karachi, Pakistan; DOB 10 Apr 1980; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

MAHMOOD, Sultan Bashiruddin (a.k.a. MAHMOOD, Sultan Bashir-Ud-Din; a.k.a. MEHMOOD, Dr. Bashir Uddin; a.k.a. MEKMUD, Sultan Baishiruddin), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; DOB 1937; alt. DOB 1938; alt. DOB 1939; alt. DOB 1940; alt. DOB 1941; alt. DOB 1942; alt. DOB 1943; alt. DOB 1944; alt. DOB 1945; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MAHMOOD, Sultan Bashir-Ud-Din (a.k.a. MAHMOOD, Sultan Bashiruddin; a.k.a. MEHMOOD, Dr. Bashir Uddin; a.k.a. MEKMUD, Sultan Baishiruddin), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; DOB 1937; alt. DOB 1938; alt. DOB 1939; alt. DOB 1940; alt. DOB 1941; alt. DOB 1942; alt. DOB 1943; alt. DOB 1944; alt. DOB 1945; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MAHMOODI, Asghar (a.k.a. MAHMOUDI, Asghar (Arabic: اصغر محمودی)), Iran; DOB 05 Jul 1964; POB Kaleybar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5198918954 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PAIDAR, Amanallah).

MAHMOODZADEH, Yahya, Iran; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0046206310 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MAHMOUD, Abdi Naser (a.k.a. MAHAMUD, Abdi Nasir Ali (Arabic: عبدي ناصر علي محمود); a.k.a. MAHMUD, Abdi Nasir Ali; a.k.a. MAHMUT, Abdulnasir Ali; a.k.a. MUHAMMAD, 'Abd-al-Nasir 'Ali), United Arab Emirates; Istanbul, Turkey; DOB 01 May 1977; nationality United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 548347810 (United Kingdom) expires 20 Jan 2029; alt. Passport D00015633 (Somalia) expires 13 Aug 2027; alt. Passport 528911113 (United Kingdom) expires 04 Nov 2026 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

MAHMOUD, Bashir Mohamed (a.k.a. GAP, Gure; a.k.a. MAHAMOUD, Bashir Mohamed; a.k.a. MOHAMMED, Bashir Mahmud; a.k.a. MOHAMOUD, Bashir Mohamed; a.k.a. MOHAMUD, Bashir Mohamed; a.k.a. QORGAB, Bashir; a.k.a. YARE, Bashir; a.k.a. "MUSCAB, Abu"; a.k.a. "QORGAB"), Mogadishu, Somalia; nationality Somalia; DOB circa 1979-1982; alt. DOB 1982 (individual) [SOMALIA].

MAHMOUD, Col. Abdel Hamid (a.k.a. AL-TIKRITI, Abid Hamid Mahmud; a.k.a. HAMMUD, Abed Mahmoud; a.k.a. MAHMUD, Abid Hamid bid Hamid); DOB circa 1957; POB al-Awja, near Tikrit, Iraq; nationality Iraq;

Saddam Hussein al-Tikriti's presidential secretary and key advisor (individual) [IRAQ2].

MAHMOUD, Sheikh Farid-ud-Den (a.k.a. MAHMOOD, Fariduddin; a.k.a. MAHMOOD, Maulvi Fariduddin; a.k.a. MAHMUD, Mawlawi Fariduddin), Afghanistan; DOB 1952; POB Sharana, Paktika Province, Afghanistan; nationality Afghanistan; Gender Male (individual) [GLOMAG].

MAHMOUDI, Asghar (Arabic: اصغر محمودی) (a.k.a. MAHMOODI, Asghar), Iran; DOB 05 Jul 1964; POB Kaleybar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5198918954 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PAIDAR, Amanallah).

MAHMOUDI, Gholam Reza (a.k.a. MAHMOUDI, Gholamreza; a.k.a. MAHMOUDI, Ghulam Reza Khodrat; a.k.a. MAHMUDI, Qolam Reza); DOB 03 Feb 1958; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 5659068 (individual) [SDGT] [IFSR].

MAHMOUDI, Gholamreza (a.k.a. MAHMOUDI, Gholam Reza; a.k.a. MAHMOUDI, Ghulam Reza Khodrat; a.k.a. MAHMUDI, Qolam Reza); DOB 03 Feb 1958; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 5659068 (individual) [SDGT] [IFSR].

MAHMOUDI, Ghulam Reza Khodrat (a.k.a. MAHMOUDI, Gholam Reza; a.k.a. MAHMOUDI, Gholamreza; a.k.a. MAHMUDI, Qolam Reza); DOB 03 Feb 1958; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 5659068 (individual) [SDGT] [IFSR].

MAHMOUDI, Mohammad (a.k.a. MAHMOUDI, Mohammed), Iran; DOB 14 Apr 1987; POB Khoy, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MAHMOUDI, Mohammed (a.k.a. MAHMOUDI, Mohammad), Iran; DOB 14 Apr 1987; POB Khoy, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To:

IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MAHMUD, Abdi Nasir Ali (a.k.a. MAHAMUD, Abdi Nasir Ali (Arabic: عبدي ناصر علي محمود); a.k.a. MAHMOUD, Abdi Naser; a.k.a. MAHMUT, Abdulnasir Ali; a.k.a. MUHAMMAD, 'Abd-al-Nasir 'Ali), United Arab Emirates; Istanbul, Turkey; DOB 01 May 1977; nationality United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 548347810 (United Kingdom) expires 20 Jan 2029; alt. Passport D00015633 (Somalia) expires 13 Aug 2027; alt. Passport 528911113 (United Kingdom) expires 04 Nov 2026 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

MAHMUD, Abid Hamid bid Hamid (a.k.a. AL-TIKRITI, Abid Hamid Mahmud; a.k.a. HAMMUD, Abed Mahmoud; a.k.a. MAHMOUD, Col. Abdel Hamid); DOB circa 1957; POB al-Awja, near Tikrit, Iraq; nationality Iraq; Saddam Hussein al-Tikriti's presidential secretary and key advisor (individual) [IRAQ2].

MAHMUD, Khalid (a.k.a. AL-MADANI, Abu Gharib; a.k.a. GHUL, Hassan; a.k.a. GUL, Hasan; a.k.a. GUL, Hassan; a.k.a. KHAN, Mustafa Hajji Muhammad; a.k.a. MUHAMMAD, Mustafa; a.k.a. SHAHJI, Ahmad; a.k.a. "ABU-SHAIMA"; a.k.a. "ABU-SHAYMA"); DOB Aug 1977; alt. DOB Sep 1977; alt. DOB 1976; POB Madinah, Saudi Arabia; alt. POB Sangrar, Sindh Province, Pakistan; nationality Pakistan; alt. nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MAHMUD, Mawlawi Fariduddin (a.k.a. MAHMOOD, Fariduddin; a.k.a. MAHMOOD, Maulvi Fariduddin; a.k.a. MAHMOUD, Sheikh Farid-ud-Den), Afghanistan; DOB 1952; POB Sharana, Paktika Province, Afghanistan; nationality Afghanistan; Gender Male (individual) [GLOMAG].

MAHMUD, Usama (a.k.a. MEHMOOD, Osama; a.k.a. "Abu Zar"; a.k.a. "Atta Ullah"; a.k.a. "Zar Wali"), Afghanistan; DOB 02 Sep 1980; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

MAHMUDI, Baghdadi (a.k.a. AL BAGHDADI, Ali Al-Mahmoudi); DOB 1950; POB Al Jamil, Libya; Prime Minister (individual) [LIBYA2].

MAHMUDI, Qolam Reza (a.k.a. MAHMOUDI, Gholam Reza; a.k.a. MAHMOUDI, Gholamreza; a.k.a. MAHMOUDI, Ghulam Reza Khodrat); DOB 03 Feb 1958; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 5659068 (individual) [SDGT] [IFSR].

MAHMUDOV, Jahangir Iskandarovich (a.k.a. MAKHMUDOV, Dzhakhangir Iskandarovich), Russia; DOB 15 Jan 1987; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770201595400 (Russia) (individual) [RUSSIA-EO14024].

MAHMUT GOK SKIES PETROLEUM DIS TICARET, Esentepe MH. Keskin, Kalem SK., No: 17/2, Sisli, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 29 Jan 2019; Chamber of Commerce Number 1167239 (Turkey); Registration Number 177454-5 (Turkey) [NPWMD] [IFSR] (Linked To: GOK, Mahmut).

MAHMUT, Abdulnasir Ali (a.k.a. MAHAMUD, Abdi Nasir Ali (Arabic: عبدي ناصر علي محمود); a.k.a. MAHMOUD, Abdi Naser; a.k.a. MAHMUD, Abdi Nasir Ali; a.k.a. MUHAMMAD, 'Abd-al-Nasir 'Ali), United Arab Emirates; Istanbul, Turkey; DOB 01 May 1977; nationality United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 548347810 (United Kingdom) expires 20 Jan 2029; alt. Passport D00015633 (Somalia) expires 13 Aug 2027; alt. Passport 528911113 (United Kingdom) expires 04 Nov 2026 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

MAHRI, Mohamed Ben Ahmed (a.k.a. DAYA, Mohamed Ould Mahri Ahmed; a.k.a. DEYA, Mohamed Ould Ahmed; a.k.a. "Mohamed Rouggy"; a.k.a. "Mohamed Rougie"; a.k.a. "Mohamed Rouji"; a.k.a. "Mohammed Rougi"), Bamako, Mali; DOB 1979; POB Tabankort, Mali; nationality Mali; Gender Male; Passport AA00272627 (Mali); alt. Passport AA0263957 (Mali) (individual) [MALI-EO13882].

MAHROUS GROUP (a.k.a. AL MAHRUS GROUP TRADING COMPANY; a.k.a. MAHROUS TRADING ESTABLISHMENT;

a.k.a. MAHROUS TRADING INSTITUTE; a.k.a. MAHRUS GROUP; a.k.a. MAHRUS TRADING ESTABLISHMENT), Rawda Street, Damascus, Syria; Al Rawdah, Damascus, Syria [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

MAHROUS TRADING ESTABLISHMENT (a.k.a. AL MAHRUS GROUP TRADING COMPANY; a.k.a. MAHROUS GROUP; a.k.a. MAHROUS TRADING INSTITUTE; a.k.a. MAHRUS GROUP; a.k.a. MAHRUS TRADING ESTABLISHMENT), Rawda Street, Damascus, Syria; Al Rawdah, Damascus, Syria [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

MAHROUS TRADING FZE (a.k.a. MAHRUS TRADING FZE), P.O. Box 16111, Ras Al Khaimah, United Arab Emirates [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

MAHROUS TRADING INSTITUTE (a.k.a. AL MAHRUS GROUP TRADING COMPANY; a.k.a. MAHROUS GROUP; a.k.a. MAHROUS TRADING ESTABLISHMENT; a.k.a. MAHRUS GROUP; a.k.a. MAHRUS TRADING ESTABLISHMENT), Rawda Street, Damascus, Syria; Al Rawdah, Damascus, Syria [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

MAHROUS, Iyad (a.k.a. MAHROUS, Iyad Mohammad Esam; a.k.a. MAHRUS, Iyad); DOB 12 May 1971; nationality Syria; Passport N006478882 (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

MAHROUS, Iyad Mohammad Esam (a.k.a. MAHROUS, Iyad; a.k.a. MAHRUS, Iyad); DOB 12 May 1971; nationality Syria; Passport N006478882 (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

MAHRUS GROUP (a.k.a. AL MAHRUS GROUP TRADING COMPANY; a.k.a. MAHROUS GROUP; a.k.a. MAHROUS TRADING ESTABLISHMENT; a.k.a. MAHROUS TRADING INSTITUTE; a.k.a. MAHRUS TRADING ESTABLISHMENT), Rawda Street, Damascus, Syria; Al Rawdah, Damascus, Syria [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

MAHRUS TRADING ESTABLISHMENT (a.k.a. AL MAHRUS GROUP TRADING COMPANY; a.k.a. MAHROUS GROUP; a.k.a. MAHROUS TRADING ESTABLISHMENT; a.k.a. MAHROUS TRADING INSTITUTE; a.k.a.

MAHRUS GROUP), Rawda Street, Damascus, Syria; Al Rawdah, Damascus, Syria [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

MAHRUS TRADING FZE (a.k.a. MAHROUS TRADING FZE), P.O. Box 16111, Ras Al Khaimah, United Arab Emirates [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

MAHRUS, Iyad (a.k.a. MAHROUS, Iyad; a.k.a. MAHROUS, Iyad Mohammad Esam); DOB 12 May 1971; nationality Syria; Passport N006478882 (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

MAHSHAHR SIMORGH PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی سیمرغ ماهشهر) (a.k.a. SIMORGH PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی سیمرغ)), Lower Level 1, No. 21, 23 Shahid Ahmad Nasifi Street, Sa'adat Abad Street, Neighborhood Dariya, Tehran, Tehran Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Mar 2010; National ID No. 10320204241 (Iran); Business Registration Number 369795 (Iran) [IRAN-EO13846] (Linked To: AMIR KABIR PETROCHEMICAL COMPANY).

MAHSOULI, Sadeq (a.k.a. MAHSULI, Sadeq); DOB 1959; POB Orumieh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Minister of Welfare and Social Security; Former Minister of the Interior and Deputy Commander-in-Chief of the Armed Forces for Law Enforcement (individual) [IRAN-HR].

MAHSUD, Abdul Aziz (a.k.a. ABBASIN, Abdul Aziz); DOB 1969; POB Sheykhan Village, Pirkowti Area, Orgun District, Paktika Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MAHSULI, Sadeq (a.k.a. MAHSOULI, Sadeq); DOB 1959; POB Orumieh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Minister of Welfare and Social Security; Former Minister of the Interior and Deputy Commander-in-Chief of the Armed Forces for Law Enforcement (individual) [IRAN-HR].

MAHYUB, Qusay (a.k.a. MIHOUB, Qusay); DOB 1960; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

MAIDANOV, Denis (Cyrillic: МАЙДАНОВ, Денис), Russia; DOB 17 Feb 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MAIMAITI, Maimaitiming (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 653225197110100533 (China) (individual) [SDGT].

MAIMAITI, Maiumaitimin (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 653225197110100533 (China) (individual) [SDGT].

MAIMAR TRUST (a.k.a. AL AMEEN TRUST; a.k.a. AL AMIN TRUST; a.k.a. AL AMIN WELFARE TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-MADINA TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. MAYMAR TRUST; a.k.a. MEYMAR TRUST; a.k.a. MOMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin,

Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

MAIN CHAIN (a.k.a. MEIN CHEIN), ul. Kantemirovskaya d. 12, lit. a, pomeshch. 20-n, kom. 25, Saint Petersburg 194100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Jan 2023; Tax ID No. 7802935570 (Russia); Legal Entity Number 253400B6LCY3RVSUCZ86; Registration Number 1237800006740 (Russia) [RUSSIA-EO14024].

MAIN COMPUTATION CENTER OF THE GENERAL STAFF OF THE ARMED FORCES OF THE RUSSIAN FEDERATION (Cyrillic: ГЛАВНЫЙ ВЫЧИСЛИТЕЛНЫЙ ЦЕНТР ГЕНЕРАЛНЬОГО ШТАБА ВООРУЖЕННЫХ СИЛ РОССИСКОЙ ФЕДЕРАЦИИ) (a.k.a. "GVC" (Cyrillic: "ГВЦ")), 19 Znamenka St., Moscow 119019, Russia; 1 Admiralteyskiy Drive, St. Petersburg 190195, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024. [RUSSIA-EO14024].

MAIN DIRECTORATE FOR COMBATING ORGANIZED CRIME AND CORRUPTION OF THE MVD OF THE REPUBLIC OF BELARUS (Cyrillic: ГЛАВНОЕ УПРАВЛЕНИЕ ПО БОРЬБЕ С ОРГАНИЗОВАННОЙ ПРЕСТУПНОСТЬЮ И КОРРУПЦИЕЙ МВД РЕСПУБЛИКИ БЕЛАРУСЬ) (a.k.a. GUBOPIK (Cyrillic: ГУБОПИК)), ul. Revolyutsionnaya, 3, Minsk, Belarus; Organization Established Date 28 Mar 1991; Target Type Government Entity [BELARUS].

MAIN DIRECTORATE OF DEEP SEA RESEARCH (a.k.a. FEDERAL STATE INSTITUTION MILITARY UNIT 40056; a.k.a. GLAVNOYE UPRAVLENIE GLUBOKOVODNYKH ISSLEDOVANII; a.k.a. "GUGI"), 26A Onezhskaya Str., Moscow 125413, Russia; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 08 Dec 2009; Tax ID No. 7743763446 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

MAIN DIRECTORATE OF THE GENERAL STAFF (a.k.a. GLAVNOE RAZVEDYVATEL'NOE UPRAVLENIE (Cyrillic: ГЛАВНОЕ РАЗВЕДЫВАТЕЛЬНОЕ УПРАВЛЕНИЕ); a.k.a. GRU; a.k.a. MAIN INTELLIGENCE DEPARTMENT; a.k.a. MAIN INTELLIGENCE DIRECTORATE), Khoroshevskoye Shosse 76, Khodinka, Moscow, Russia; Ministry of Defence of the Russian Federation, Frunzenskaya nab., 22/2, Moscow 119160, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Government Entity [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024].

MAIN INTELLIGENCE DEPARTMENT (a.k.a. GLAVNOE RAZVEDYVATEL'NOE UPRAVLENIE (Cyrillic: ГЛАВНОЕ РАЗВЕДЫВАТЕЛЬНОЕ УПРАВЛЕНИЕ); a.k.a. GRU; a.k.a. MAIN DIRECTORATE OF THE GENERAL STAFF; a.k.a. MAIN INTELLIGENCE DIRECTORATE), Khoroshevskoye Shosse 76, Khodinka, Moscow, Russia; Ministry of Defence of the Russian Federation, Frunzenskaya nab., 22/2, Moscow 119160, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Government Entity [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024].

MAIN INTELLIGENCE DIRECTORATE (a.k.a. GLAVNOE RAZVEDYVATEL'NOE UPRAVLENIE (Cyrillic: ГЛАВНОЕ РАЗВЕДЫВАТЕЛЬНОЕ УПРАВЛЕНИЕ); a.k.a. GRU; a.k.a. MAIN DIRECTORATE OF THE GENERAL STAFF; a.k.a. MAIN INTELLIGENCE DEPARTMENT), Khoroshevskoye Shosse 76, Khodinka, Moscow, Russia; Ministry of Defence of the Russian Federation, Frunzenskaya nab., 22/2, Moscow 119160, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; alt. Secondary sanctions risk: See Section 11 of Executive

MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE (Cyrillic: ГЛАВНОЕ УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА) (a.k.a. GLAVNOYE UPRAVLENIE VNUTRENNIKH DEL MINSKOVO GORISPOLKOMA; a.k.a. MINSK GUVD (Cyrillic: ГУВД МИНСК); a.k.a. THE GENERAL DIRECTORATE OF INTERNAL AFFAIRS OF MINSK CITY EXECUTIVE COMMITTEE), Dobromislenski Lane, 5, Minsk, Belarus (Cyrillic: пер.Добромысленский,5, г.Минск, Belarus); Tax ID No. 100582346 (Belarus) [BELARUS].

MAIN STREET 1095 PROPRIETARY LIMITED (a.k.a. MAIN STREET 1095 PTY LTD; a.k.a. "MAIN STREET 1095"), 306 Isie Smuts Street, Garsfontein Ext 3, Pretoria, Gauteng 0060, South Africa; PO Box 1707, Garsfontein-East, Pretoria, Gauteng 0060, South Africa; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number K2012219285 (South Africa) [IRAN-EO13846].

MAIN STREET 1095 PTY LTD (a.k.a. MAIN STREET 1095 PROPRIETARY LIMITED; a.k.a. "MAIN STREET 1095"), 306 Isie Smuts Street, Garsfontein Ext 3, Pretoria, Gauteng 0060, South Africa; PO Box 1707, Garsfontein-East, Pretoria, Gauteng 0060, South Africa; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.

Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number K2012219285 (South Africa) [IRAN-EO13846].

MAINBOX LIMITED LIABILITY COMPANY (a.k.a. DEXIAS LIMITED LIABILITY COMPANY; a.k.a. DEXIAS LLC (Cyrillic: ООО ДЕКСИАС); f.k.a. "MAINBOX LLC"; f.k.a. "TSOFT LLC"; f.k.a. "TSOFT OOO"), Ul. Ryabinovaya D. 3, K. 2, KV. 261, Moscow 121471, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Jul 2016; Tax ID No. 7702403726 (Russia); Government Gazette Number 03555170 (Russia); Registration Number 1167746674644 (Russia) [RUSSIA-EO14024] (Linked To: FIROV, Alim Khazkhismelovich).

MAINE GLOBAL CORP S.A.S., Bogota, Colombia; Website https://maineglobal.net; NIT # 9018645322 (Colombia); Matricula Mercantil No 03863364 (Colombia) [SUDAN-EO14098] (Linked To: TALENT BRIDGE, S.A.).

MAINOK, Abor (a.k.a. AL-MAINUKI, Abu Bakr ibn Muhammad ibn 'Ali; a.k.a. AL-MINUKI, Abu-Bilal; a.k.a. MAINOK, Abubakar), Nigeria; DOB 1982; POB Mainok, Benisheikh, Borno State, Nigeria; nationality Nigeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MAINOK, Abubakar (a.k.a. AL-MAINUKI, Abu Bakr ibn Muhammad ibn 'Ali; a.k.a. AL-MINUKI, Abu-Bilal; a.k.a. MAINOK, Abor), Nigeria; DOB 1982; POB Mainok, Benisheikh, Borno State, Nigeria; nationality Nigeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MAIQUETIA VIP (a.k.a. MAIQUETIA VIP BAR RESTAURANT; a.k.a. "DISCOTECA MAIQUETIA VIP"), Cl. 17 Sur #16-54, Bogota, Colombia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 17 Dec 2020; Organization

Type: Beverage serving activities; Matricula Mercantil No 3319256 (Colombia) [SDGT] [TCO] (Linked To: LANDAETA HERNANDEZ, Eryk Manuel).

MAIQUETIA VIP BAR RESTAURANT (a.k.a. MAIQUETIA VIP; a.k.a. "DISCOTECA MAIQUETIA VIP"), Cl. 17 Sur #16-54, Bogota, Colombia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 17 Dec 2020; Organization Type: Beverage serving activities; Matricula Mercantil No 3319256 (Colombia) [SDGT] [TCO] (Linked To: LANDAETA HERNANDEZ, Eryk Manuel).

MAIRIN SHIPPING AND MANAGEMENT CONSULTANCY DMCC (Arabic: شركة ميرين للاستشارات في مجال الشحن و الإدارة .a.k.a) MARVISE SMC DMCC (Arabic: ارفايز إ س إم س م د م س)), Unit No O5-PF-CWC45, Level No 1, Detached Retail O5, Parcel JLT-PH2-RET-O 5, Jumeirah Lakes Towers, Dubai Multi Commodities Centre, New Dubai, Dubai, United Arab Emirates; Unit No: 4005, Platinum Tower, Cluster I, Jumeirah Lakes Towers, Dubai Multi Commodities Centre, New Dubai, Dubai, United Arab Emirates; Organization Established Date 01 Aug 2022; License DMCC194220 (United Arab Emirates); Registration Number DMCC-855149 (United Arab Emirates); Economic Register Number (CBLS) 11923359 (United Arab Emirates) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

MAIWAND BEVERAGES LIMITED, S-439, Greater Kailash Part II, New Delhi 110048, India; Company Number U51900DL2012PLC23061 (India); alt. Company Number U51900DL2012PLC230619 (India) [SDNTK] (Linked To: HAKIMZADA, Jasmeet; Linked To: HAKIMZADA, Harmohan Singh).

MAIWAND EXIM PRIVATE LIMITED, F-1129, Chitranjan Park, New Delhi 110019, India; Company Number U51909DL2006PTC14620 (India); alt. Company Number U51909DL2006PTC146202 (India) [SDNTK] (Linked To: HAKIMZADA, Jasmeet; Linked To: HAKIMZADA, Harmohan Singh).

MAIWAND GENERAL TRADING CO LLC, API Building, 2nd Floor, Suite 202, Deira, Dubai, United Arab Emirates; Business Registration Number 229172 (United Arab Emirates) [SDNTK] (Linked To: HAKIMZADA, Jasmeet; Linked To: HAKIMZADA, Harmohan Singh).

MAIWAND TOBACCO LIMITED, E-70 1st Floor Greater Kailash Part II, New Delhi 110048,

India; Company Number UI6003DL2005PLC140650 (India); alt. Company Number U16003DL200PLC140650 (India) [SDNTK] (Linked To: HAKIMZADA, Jasmeet; Linked To: HAKIMZADA, Harmohan Singh).

MAJED, Mohamed (a.k.a. MAGED, Mohamed Nayef (Arabic: محمد نايف ماجد)), 13 Kherbet Selm, Bent Jbeil, Lebanon; DOB 30 Sep 1989; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

MAJEED BRIGADE (a.k.a. BALOCH LIBERATION ARMY; a.k.a. BALOCHISTAN LIBERATION ARMY (Arabic: بلۆچستان آجویء الشكر); a.k.a. ZEPHYR INTELLIGENCE RESEARCH AND ANALYSIS BUREAU; a.k.a. "BLA"; a.k.a. "FATEH SQUAD"), Balochistan, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2000 [FTO] [SDGT].

MAJEED RAMADAN AL SINDI, Murtadha (a.k.a. MAJEED RAMADHAN AL-SINDI, Murtadha; a.k.a. MAJID AL-SANADI, Mortada; a.k.a. MURTADHA MAJEED RAMADHAN ALAWI, Alsayed), Iran; DOB 27 Mar 1983; POB Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1986450 (Bahrain) (individual) [SDGT].

MAJEED RAMADHAN AL-SINDI, Murtadha (a.k.a. MAJEED RAMADAN AL SINDI, Murtadha; a.k.a. MAJID AL-SANADI, Mortada; a.k.a. MURTADHA MAJEED RAMADHAN ALAWI, Alsayed), Iran; DOB 27 Mar 1983; POB Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1986450 (Bahrain) (individual) [SDGT].

MAJEED, Abdul (a.k.a. MAJEED, Chaudhry Abdul; a.k.a. MAJID, Abdul); DOB 15 Apr 1939; alt. DOB 1938; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MAJEED, Chaudhry Abdul (a.k.a. MAJEED, Abdul; a.k.a. MAJID, Abdul); DOB 15 Apr 1939; alt. DOB 1938; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 (individual) [SDGT].

MAJEED, Sajid (a.k.a. CHAUDARY, Sajid Majeed; a.k.a. CHUHDRI, Sajid Majid; a.k.a. MAJID, Sajid; a.k.a. MAJID, Sajjid; a.k.a. MIR, Sajid; a.k.a. MIR, Sajjid); DOB 31 Jan 1976; alt. DOB 01 Jan 1978; POB Lahore, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport KE381676 (Pakistan) issued 14 Oct 2004; National ID No. 3520163573447 (Pakistan) (individual) [SDGT].

MAJELIS MUJAHIDIN COUNCIL (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MAJELIS MUJAHIDIN INDONESIA (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MAJESTY PROPERTIES CO. LTD. (Chinese Traditional: 鳴灣有限公司), Taiwan; Identification Number 82800846 (Taiwan) [TCO] (Linked To: CHEN, Zhi).

MAJESTY PROPERTIES PTE. LTD., Singapore; Identification Number 201900446K (Singapore) [TCO] (Linked To: CHEN, Zhi).

MAJID AL-SANADI, Mortada (a.k.a. MAJEED RAMADAN AL SINDI, Murtadha; a.k.a. MAJEED RAMADHAN AL-SINDI, Murtadha;

a.k.a. MURTADHA MAJEED RAMADHAN ALAWI, Alsayed), Iran; DOB 27 Mar 1983; POB Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1986450 (Bahrain) (individual) [SDGT].

MAJID, Abdul (a.k.a. MAJEED, Abdul; a.k.a. MAJEED, Chaudhry Abdul); DOB 15 Apr 1939; alt. DOB 1938; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MAJID, Hafiz Abdul (a.k.a. "MAJID, Hafiz"), Pakistan; DOB 1972; alt. DOB 1973; alt. DOB 1971; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TALIBAN).

MAJID, Rawa (a.k.a. OTHMAN, Miran Rekawt; a.k.a. "Kurdish Fox"), Iran; DOB 12 Jul 1986; POB Kermanshah, Iran; nationality Sweden; alt. nationality Iraq; citizen Sweden; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [TCO] (Linked To: FOXTROT NETWORK).

MAJID, Sajid (a.k.a. CHAUDARY, Sajid Majeed; a.k.a. CHUHDRI, Sajid Majid; a.k.a. MAJEED, Sajid; a.k.a. MAJID, Sajjid; a.k.a. MIR, Sajid; a.k.a. MIR, Sajjid); DOB 31 Jan 1976; alt. DOB 01 Jan 1978; POB Lahore, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport KE381676 (Pakistan) issued 14 Oct 2004; National ID No. 3520163573447 (Pakistan) (individual) [SDGT].

MAJID, Sajjid (a.k.a. CHAUDARY, Sajid Majeed; a.k.a. CHUHDRI, Sajid Majid; a.k.a. MAJEED, Sajid; a.k.a. MAJID, Sajid; a.k.a. MIR, Sajid; a.k.a. MIR, Sajjid); DOB 31 Jan 1976; alt. DOB 01 Jan 1978; POB Lahore, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport KE381676 (Pakistan) issued 14 Oct 2004; National ID No. 3520163573447 (Pakistan) (individual) [SDGT].

MAJID, Vahid (Arabic: وحيد مجيد) (a.k.a. MAJID, Vahid Mohammad Naser), Tehran, Iran; DOB 15 Aug 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3874409929 (Iran); Second Brigadier General (individual) [IRAN-TRA] (Linked To: IRANIAN CYBER POLICE).

MAJID, Vahid Mohammad Naser (a.k.a. MAJID, Vahid (Arabic: وحيد مجيد)), Tehran, Iran; DOB 15 Aug 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3874409929 (Iran); Second Brigadier General (individual) [IRAN-TRA] (Linked To: IRANIAN CYBER POLICE).

MAJIDI, Mazaher (Arabic: مظاهر مجيدى), No 36, Shaqayeq St, Qahreman St, E'temadieh Street, Hamedan, Iran; DOB 26 May 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K30861618 (Iran); National ID No. 3872316141 (Iran); Birth Certificate Number 3277 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

MAJILIS MUJAHIDIN INDONESIA (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MAJLIS SHURA AL-MUJAHEDIN FI AKNAF BAYT AL-MAQDIS (a.k.a. MAGLES SHOURA AL-MUJAHDDIN; a.k.a. MAJLIS SHURA AL-MUJAHIDEEN; a.k.a. MAJLIS SHURA AL-MUJAHIDIN; a.k.a. MUJAHIDEEN SHURA COUNCIL; a.k.a. MUJAHIDEEN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM; a.k.a. MUJAHIDIN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM; a.k.a. "MSC"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MAJLIS SHURA AL-MUJAHIDEEN (a.k.a. MAGLES SHOURA AL-MUJAHDDIN; a.k.a. MAJLIS SHURA AL-MUJAHEDIN FI AKNAF BAYT AL-MAQDIS; a.k.a. MAJLIS SHURA AL-MUJAHIDIN; a.k.a. MUJAHIDEEN SHURA COUNCIL; a.k.a. MUJAHIDEEN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM; a.k.a. MUJAHIDIN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM; a.k.a. "MSC"); Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MAJLIS SHURA AL-MUJAHIDIN (a.k.a. MAGLES SHOURA AL-MUJAHDDIN; a.k.a. MAJLIS SHURA AL-MUJAHEDIN FI AKNAF BAYT AL-MAQDIS; a.k.a. MAJLIS SHURA AL-MUJAHIDEEN; a.k.a. MUJAHIDEEN SHURA COUNCIL; a.k.a. MUJAHIDEEN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM; a.k.a. MUJAHIDIN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM; a.k.a. "MSC"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MAJORY LLP, 25 City Road Spaces City Road, Epworth House, Office 320, London EC4A 1BR, United Kingdom; Suite 3.15 One Fetter Lane, London EC1Y 1AA, United Kingdom; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jul 2015; Company Number OC400827 (United Kingdom) [RUSSIA-EO14024].

MAK INTERNATIONAL SERVICE CO LTD (a.k.a. MAK INTERNATIONAL SERVICES CO LTD; a.k.a. "MAK INTERNATIONAL"), Juba, South Sudan [SOUTH SUDAN].

MAK INTERNATIONAL SERVICES CO LTD (a.k.a. MAK INTERNATIONAL SERVICE CO LTD; a.k.a. "MAK INTERNATIONAL"), Juba, South Sudan [SOUTH SUDAN].

MAKABURI (a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubaker Shariff; a.k.a. AHMED, Sheikh Abubakar; a.k.a. SHARIFF, Abu Makaburi; a.k.a. SHARIFF, Abubaker), Majengo Area, Mombasa, Kenya; DOB 1962; alt. DOB 1967; POB Kenya; citizen Kenya (individual) [SOMALIA].

MAKAREVICH, Andrei Iosifovich (Cyrillic: МАКАРЕВИЧ, Андрей Иосифович), 135A-81, Prospekt Pobyediteley, Minsk, Belarus (Cyrillic: 135A-81, пр-т Победителей, Минск, Belarus); DOB 09 May 1984; nationality Belarus; Gender Male; National ID No. 3090584A072PB8 (Belarus); Tax ID No. AC1072277 (Belarus) (individual) [BELARUS-EO14038].

MAKAROV, Andrey Mikhailovich (Cyrillic: МАКАРОВ, Андрей Михайлович), Russia; DOB 22 Jul 1954; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MAKAROV, Maksim Vladimirovich, Russia; DOB 23 Mar 1989; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 772555187 (Russia) issued 19 Feb 2024 expires 19 Feb 2034; Tax ID No. 244309586068 (Russia) (individual) [CAATSA - RUSSIA] [CYBER4] (Linked To: AEZA GROUP LLC).

MAKAROV, Sergei (a.k.a. MAKAROV, Sergei Vyacheslavovich), Austria; DOB 05 Dec 1978; POB Vladivostok, Russia; nationality Russia; citizen Russia; Email Address makarov_away@mail.ru; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 750663876 (Russia); Tax ID No. 253804091667 (Russia) (individual) [RUSSIA-EO14024] (Linked To: IPM LIMITED).

MAKAROV, Sergei Vyacheslavovich (a.k.a. MAKAROV, Sergei), Austria; DOB 05 Dec 1978; POB Vladivostok, Russia; nationality Russia; citizen Russia; Email Address makarov_away@mail.ru; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 750663876 (Russia); Tax ID No. 253804091667 (Russia) (individual) [RUSSIA-EO14024] (Linked To: IPM LIMITED).

MAKAROV, Vyatscheslav Serafimovich (Cyrillic: МАКАРОВ, Вячеслав Серафимович), Russia; DOB 07 May 1955; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MAKAWI, Mohamed (a.k.a. IBRAHIM, Muhammad Makkawi; a.k.a. MOHAMED, Mohamed Makawi Ibrahim; a.k.a. MOHAMED, Mohamed Makkawi Ibrahim); DOB 1984; POB Sudan; nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MAKDESSI SAYRAFI COMPANY (a.k.a. AYASH EXCHANGE COMPANY SARL; a.k.a. AYASH XCHANGE CO.; a.k.a. HASSAN AYACH EXCHANGE; a.k.a. HASSAN AYAS PARTNER EXCHANGE CO; a.k.a. HASSAN AYASH EXCHANGE COMPANY; a.k.a. HASSANE AYASH EXCHANGE CO. SARL), Madame Curie St., Hamra St., Beirut, Lebanon [SDNTK].

MAKENGA, Emmanuel Sultani (a.k.a. MAKENGA, Sultani); DOB 25 Dec 1973; POB Rutshuru, Democratic Republic of the Congo; Colonel (individual) [DRCONGO].

MAKENGA, Sultani (a.k.a. MAKENGA, Emmanuel Sultani); DOB 25 Dec 1973; POB Rutshuru, Democratic Republic of the Congo; Colonel (individual) [DRCONGO].

MAKEYEV ROCKET DESIGN BUREAU (a.k.a. JOINT STOCK COMPANY GOSUDARSTVENNY RAKETNY CENTER NAMED AFTER AKADEMIKA V. P. MAKEYEVA (Cyrillic: АО ГОСУДАРСТВЕННЫЙ РАКЕТНЫЙ ЦЕНТР ИМЕНИ АКАДЕМИКА В.П.МАКЕЕВА); a.k.a. JOINT STOCK COMPANY GRTS MAKEYEVA; a.k.a. MAKEYEV STATE MISSILE CENTER; a.k.a. MAKEYEV STATE ROCKET CENTER), 1 Turgoyakskoye Highway, Miass, Chelyabinsk Region 456300, Russia; Website http://makeyev.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7415061109 (Russia) [RUSSIA-EO14024].

MAKEYEV STATE MISSILE CENTER (a.k.a. JOINT STOCK COMPANY GOSUDARSTVENNY RAKETNY CENTER NAMED AFTER AKADEMIKA V. P. MAKEYEVA (Cyrillic: АО ГОСУДАРСТВЕННЫЙ РАКЕТНЫЙ ЦЕНТР ИМЕНИ АКАДЕМИКА В.П.МАКЕЕВА); a.k.a. JOINT STOCK COMPANY GRTS MAKEYEVA; a.k.a. MAKEYEV ROCKET DESIGN BUREAU; a.k.a. MAKEYEV STATE ROCKET CENTER), 1 Turgoyakskoye Highway, Miass, Chelyabinsk Region 456300, Russia; Website http://makeyev.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7415061109 (Russia) [RUSSIA-EO14024].

MAKEYEV STATE ROCKET CENTER (a.k.a. JOINT STOCK COMPANY GOSUDARSTVENNY RAKETNY CENTER NAMED AFTER AKADEMIKA V. P. MAKEYEVA (Cyrillic: АО ГОСУДАРСТВЕННЫЙ РАКЕТНЫЙ ЦЕНТР ИМЕНИ АКАДЕМИКА В.П.МАКЕЕВА); a.k.a. JOINT STOCK COMPANY GRTS MAKEYEVA; a.k.a. MAKEYEV ROCKET DESIGN BUREAU; a.k.a. MAKEYEV STATE MISSILE CENTER), 1 Turgoyakskoye Highway, Miass, Chelyabinsk Region 456300, Russia; Website http://makeyev.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7415061109 (Russia) [RUSSIA-EO14024].

MAKHARADZE, Zurab, Georgia; DOB 21 Jan 1988; POB Georgia; nationality Georgia; Gender Male (individual) [GLOMAG].

MAKHLOUF, Eyad (a.k.a. MAKHLOUF, Iyad; a.k.a. MAKHLUF, Iyad), Damascus, Syria; DOB 21 Jan 1973; nationality Syria; Gender Male; Passport N001820740 (individual) [PAARSSR-EO13894] (Linked To: MAKHLUF, Rami).

MAKHLOUF, Hafez (a.k.a. MAKHLUF, Hafiz); DOB circa 1975; POB Damascus, Syria; Colonel (individual) [LEBANON].

MAKHLOUF, Iyad (a.k.a. MAKHLOUF, Eyad; a.k.a. MAKHLUF, Iyad), Damascus, Syria; DOB 21 Jan 1973; nationality Syria; Gender Male; Passport N001820740 (individual) [PAARSSR-EO13894] (Linked To: MAKHLUF, Rami).

MAKHLOUF, Rami (a.k.a. MAKHLOUF, Rami Bin Mohammed; a.k.a. MAKHLOUF, Rami Mohammad; a.k.a. MAKHLUF, Rami); DOB 10 Jul 1969; POB Syria; nationality Syria; citizen Syria; Gender Male; Passport 98044 (Syria) (individual) [PAARSSR-EO13894].

MAKHLOUF, Rami Bin Mohammed (a.k.a. MAKHLOUF, Rami; a.k.a. MAKHLOUF, Rami Mohammad; a.k.a. MAKHLUF, Rami); DOB 10 Jul 1969; POB Syria; nationality Syria; citizen Syria; Gender Male; Passport 98044 (Syria) (individual) [PAARSSR-EO13894].

MAKHLOUF, Rami Mohammad (a.k.a. MAKHLOUF, Rami; a.k.a. MAKHLOUF, Rami Bin Mohammed; a.k.a. MAKHLUF, Rami); DOB 10 Jul 1969; POB Syria; nationality Syria; citizen Syria; Gender Male; Passport 98044 (Syria) (individual) [PAARSSR-EO13894].

MAKHLOUF, Talal (a.k.a. MAKHLUF, Talal Shafiq), Syria; DOB 01 Dec 1958; POB Al-Qardaha, Latakia, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

MAKHLUF, Hafiz (a.k.a. MAKHLOUF, Hafez); DOB circa 1975; POB Damascus, Syria; Colonel (individual) [LEBANON].

MAKHLUF, Iyad (a.k.a. MAKHLOUF, Eyad; a.k.a. MAKHLOUF, Iyad), Damascus, Syria; DOB 21 Jan 1973; nationality Syria; Gender Male; Passport N001820740 (individual) [PAARSSR-EO13894] (Linked To: MAKHLUF, Rami).

MAKHLUF, Rami (a.k.a. MAKHLOUF, Rami; a.k.a. MAKHLOUF, Rami Bin Mohammed; a.k.a. MAKHLOUF, Rami Mohammad); DOB 10 Jul 1969; POB Syria; nationality Syria; citizen Syria; Gender Male; Passport 98044 (Syria) (individual) [PAARSSR-EO13894].

MAKHLUF, Talal Shafiq (a.k.a. MAKHLOUF, Talal), Syria; DOB 01 Dec 1958; POB Al-

Qardaha, Latakia, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

MAKHMUDOV, Dzhakhangir Iskandarovich (a.k.a. MAHMUDOV, Jahangir Iskandarovich), Russia; DOB 15 Jan 1987; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770201595400 (Russia) (individual) [RUSSIA-EO14024].

MAKHMUDOV, Iskandar Kakhramonovich (a.k.a. MAKHMUDOV, Iskander), Moscow, Russia; DOB 05 Dec 1963; POB Bukhara, Uzbekistan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2000907709 (Russia) (individual) [RUSSIA-EO14024].

MAKHMUDOV, Iskander (a.k.a. MAKHMUDOV, Iskandar Kakhramonovich), Moscow, Russia; DOB 05 Dec 1963; POB Bukhara, Uzbekistan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2000907709 (Russia) (individual) [RUSSIA-EO14024].

MAKHONIN, Dmitriy Nikolayevich (Cyrillic: МАХОНИН, Дмитрий Николаевич), Perm Region, Russia; DOB 18 Oct 1982; POB Ryabinino, Perm Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

MAKHTAB AL-KHIDAMAT/AL KIFAH, House no. 125, Street 54, Phase II, Hayatabad, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MAKI, HAFAZ ABDUL RAHMAN (a.k.a. MAKKI, ABDULRAHMAN; a.k.a. MAKKI, Hafiz Abdul Rahman; a.k.a. MAKKI, HAFIZ ABDUL REHMAN; a.k.a. REHMAN, Hafiz Abdul), Muridke, Punjab Province, Pakistan; DOB 10 Dec 1954; alt. DOB 1948; POB Bahawalpur, Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CG9153881 (Pakistan) issued 02 Nov 2007 expires 31 Oct 2012; alt. Passport A5199819 (Pakistan); National ID No. 6110111883885 (Pakistan); alt. National ID No. 34454009709 (Pakistan) (individual) [SDGT].

MAKIN COMPANY (a.k.a. MAKIN INSTITUTE), No. 2 Iravan St. - Tishfoon St. - Khaje Abdol ah Ansari St. - Shariati St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

MAKIN INSTITUTE (a.k.a. MAKIN COMPANY), No. 2 Iravan St. - Tishfoon St. - Khaje Abdol ah Ansari St. - Shariati St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

MAKIYEV, Zurab Gayozovich (Cyrillic: МАКИЕВ, Зураб Гайозович), Russia; DOB 30 Sep 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MAKKI, ABDULRAHMAN (a.k.a. MAKI, HAFAZ ABDUL RAHMAN; a.k.a. MAKKI, Hafiz Abdul Rahman; a.k.a. MAKKI, HAFIZ ABDUL REHMAN; a.k.a. REHMAN, Hafiz Abdul), Muridke, Punjab Province, Pakistan; DOB 10 Dec 1954; alt. DOB 1948; POB Bahawalpur, Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CG9153881 (Pakistan) issued 02 Nov 2007 expires 31 Oct 2012; alt. Passport A5199819 (Pakistan); National ID No. 6110111883885 (Pakistan); alt. National ID No. 34454009709 (Pakistan) (individual) [SDGT].

MAKKI, Hafiz Abdul Rahman (a.k.a. MAKI, HAFAZ ABDUL RAHMAN; a.k.a. MAKKI, ABDULRAHMAN; a.k.a. MAKKI, HAFIZ ABDUL REHMAN; a.k.a. REHMAN, Hafiz Abdul), Muridke, Punjab Province, Pakistan; DOB 10 Dec 1954; alt. DOB 1948; POB Bahawalpur, Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CG9153881 (Pakistan) issued 02 Nov 2007 expires 31 Oct 2012; alt. Passport A5199819 (Pakistan); National ID No. 6110111883885 (Pakistan); alt. National ID No. 34454009709 (Pakistan) (individual) [SDGT].

MAKKI, HAFIZ ABDUL REHMAN (a.k.a. MAKI, HAFAZ ABDUL RAHMAN; a.k.a. MAKKI, ABDULRAHMAN; a.k.a. MAKKI, Hafiz Abdul Rahman; a.k.a. REHMAN, Hafiz Abdul), Muridke, Punjab Province, Pakistan; DOB 10 Dec 1954; alt. DOB 1948; POB Bahawalpur, Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Passport CG9153881 (Pakistan) issued 02 Nov 2007 expires 31 Oct 2012; alt. Passport A5199819 (Pakistan); National ID No. 6110111883885 (Pakistan); alt. National ID No. 34454009709 (Pakistan) (individual) [SDGT].

MAKKI, Jaffar Ahmad Abdullah; DOB 1956; POB Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 079925 (Sudan) issued 07 Sep 1992; alt. Passport A553077 (Sudan) issued 04 Apr 2000; IARA South Asia Regional Director (individual) [SDGT].

MAKLED GARCIA, Valed (a.k.a. MAKLED GARCIA, Walid; a.k.a. WAKLED GARCIA, Walid; a.k.a. "EL TURCO WALID"), Calle Rio Orinoco, Ankara Building, Valle de Camoruco, Valencia, Carabobo, Venezuela; Guacara, Carabobo, Venezuela; Valencia, Carabobo, Venezuela; Puerto Cabello, Carabobo, Venezuela; Maracaibo, Zulia, Venezuela; Curacao, Netherlands Antilles; DOB 06 Jun 1969; nationality Venezuela; citizen Venezuela; Cedula No. 18489167 (Venezuela); Passport 18489167 (Venezuela) (individual) [SDNTK].

MAKLED GARCIA, Walid (a.k.a. MAKLED GARCIA, Valed; a.k.a. WAKLED GARCIA, Walid; a.k.a. "EL TURCO WALID"), Calle Rio Orinoco, Ankara Building, Valle de Camoruco, Valencia, Carabobo, Venezuela; Guacara, Carabobo, Venezuela; Valencia, Carabobo, Venezuela; Puerto Cabello, Carabobo, Venezuela; Maracaibo, Zulia, Venezuela; Curacao, Netherlands Antilles; DOB 06 Jun 1969; nationality Venezuela; citizen Venezuela; Cedula No. 18489167 (Venezuela); Passport 18489167 (Venezuela) (individual) [SDNTK].

MAKLED, Hasan Ahmed (a.k.a. MOKALED, Hassan; a.k.a. MOUKALLED, Hassan Ahmed (Arabic: حسن احمد مقلد); a.k.a. MUQALAD, Hassan; a.k.a. MUQALLAD, Hasan), Jarjo, Nabatiyeh, Lebanon; DOB 17 Feb 1967; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

MAKLED, Ryan Hassan (a.k.a. MOUKALLED, Rayan; a.k.a. MOUKALLED, Rayyan Hassan (Arabic: ريان حسن مقلد); a.k.a. MUQALLAD, Rayyan), Jarjo, Nabatiyeh, Lebanon; DOB 25 Oct 1993; nationality Lebanon; Additional Sanctions Information - Subject to Secondary

Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

MAKO HOLDING (a.k.a. PRIVATE JOINT-STOCK COMPANY MAKO HOLDING), Bohdan Khmelnytsky Avenue, Building 102, Voroshilovsky District, Donetsk, Donetsk Oblast 83015, Ukraine; Website http://mako.ua/; Email Address a.kyzura@mako-holding.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Government Gazette Number 34436105 (Ukraine) [UKRAINE-EO13660] (Linked To: YANUKOVYCH, Oleksandr Viktorovych).

MAKOL, Gabriel Jok Riak (a.k.a. JOK RIAK, Gabriel; a.k.a. JOK, Gabriel; a.k.a. MAKOL, Jok Riak; a.k.a. RIAK, Jock; a.k.a. RIAK, Jok), Wau, Western Bahr El Ghazal State, South Sudan; Unity State, South Sudan; DOB 1966; POB Bor, South Sudan; alt. POB Bor, Sudan; nationality South Sudan; Lieutenant General; Sector One Commander (individual) [SOUTH SUDAN].

MAKOL, Jok Riak (a.k.a. JOK RIAK, Gabriel; a.k.a. JOK, Gabriel; a.k.a. MAKOL, Gabriel Jok Riak; a.k.a. RIAK, Jock; a.k.a. RIAK, Jok), Wau, Western Bahr El Ghazal State, South Sudan; Unity State, South Sudan; DOB 1966; POB Bor, South Sudan; alt. POB Bor, Sudan; nationality South Sudan; Lieutenant General; Sector One Commander (individual) [SOUTH SUDAN].

MAKOLO, Marcelin Basengezi (a.k.a. BASENGEZI, Marcellin; a.k.a. BASENGEZI, Marcellin Mukolo; a.k.a. MUKOLO, Basengezi Marcellin), Appartement 29 Cite Du Fleuve, Cite Du Fleuve, Kingabwa Limete, Kinshasa, Congo, Democratic Republic of the; DOB 30 Nov 1985; POB Kaziba, Congo, Democratic Republic of the; Gender Male; Passport OP0155187 (Congo, Democratic Republic of the) issued 24 Jan 2016 expires 19 Jan 2021 (individual) [DRCONGO].

MAKOLOV, Yury Yuryevich (Cyrillic: МАКОЛОВ, Юрий Юрьевич), Beringa, St. Petersburg, St. Petersburg 199406, Russia; DOB 27 Mar 1995; POB Togliatti, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 711393126 (Russia) (individual) [RUSSIA-EO14024].

MAKRO TIM LIMITED LIABILITY COMPANY (Cyrillic: МАКРО ТИМ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. MACRO TEAM LTD), Prospekt Zelenyi, 2, Moscow 111141, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720134018 (Russia); Registration Number 1027739020759 (Russia) [RUSSIA-EO14024].

MAKSAKOV, Yury (a.k.a. ROSSI, George; a.k.a. ROSSI, Georgy; a.k.a. ROSSI, Heorhii), London, United Kingdom; DOB 29 Dec 1974; POB Gorky, Russia; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport FC072214 (Ukraine); Driver's License No. BXP262787 (Ukraine); National ID No. 2739118396 (Ukraine) (individual) [RUSSIA-EO14024].

MAKSHAKOV, Stanislav Valentinovich (Cyrillic: МАКШАКОВ, Станислав Валентинович), Moscow, Russia; DOB 1966; nationality Russia; Gender Male (individual) [NPWMD].

MAKSIMENKO, Vladimir Ilich (a.k.a. MAXIMENKO, Vladimir), Russia; DOB 01 Jan 1954; nationality Russia; Gender Male (individual) [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

MAKSTECH (a.k.a. LIMITED LIABILITY COMPANY MAXTECH; a.k.a. LIMITED LIABILITY COMPANY MAXTEH; a.k.a. MAKSTEKH; a.k.a. MAXTECH IT SOLUTIONS; a.k.a. MAXTECH SOLUTIONS; a.k.a. MAXTECHSOLUTIONS; a.k.a. "MAX AI"; a.k.a. "MAXAI"), ul. Ilimskaya d. 5, k.2, office Z 303, Moscow 127576, Russia; ul. Novgorodskaya d. 1, ofis A 212, Moscow 127576, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Feb 2017; Tax ID No. 9715291467 (Russia); Registration Number 1177746103303 (Russia) [RUSSIA-EO14024].

MAKSTEKH (a.k.a. LIMITED LIABILITY COMPANY MAXTECH; a.k.a. LIMITED LIABILITY COMPANY MAXTEH; a.k.a. MAKSTECH; a.k.a. MAXTECH IT SOLUTIONS; a.k.a. MAXTECH SOLUTIONS; a.k.a. MAXTECHSOLUTIONS; a.k.a. "MAX AI"; a.k.a. "MAXAI"), ul. Ilimskaya d. 5, k.2, office Z 303, Moscow 127576, Russia; ul. Novgorodskaya d. 1, ofis A 212, Moscow 127576, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Feb 2017; Tax ID No. 9715291467 (Russia); Registration Number 1177746103303 (Russia) [RUSSIA-EO14024].

MAKUEI, Michael (a.k.a. LUETH, Michael Makuei; a.k.a. LUETH, Michael Makwei; a.k.a. MAKUEI, Michael Makuei Lueth), Juba, South Sudan; DOB 1947; POB Bor, South Sudan; alt. POB Bor, Sudan; nationality South Sudan; alt. nationality Sudan; alt. nationality Kenya; Gender Male; Minister of Information and Broadcasting; Minister of Information, Broadcasting, Telecommunication and Postal Services; Government Spokesperson (individual) [SOUTH SUDAN].

MAKUEI, Michael Makuei Lueth (a.k.a. LUETH, Michael Makuei; a.k.a. LUETH, Michael Makwei; a.k.a. MAKUEI, Michael), Juba, South Sudan; DOB 1947; POB Bor, South Sudan; alt. POB Bor, Sudan; nationality South Sudan; alt. nationality Sudan; alt. nationality Kenya; Gender Male; Minister of Information and Broadcasting; Minister of Information, Broadcasting, Telecommunication and Postal Services; Government Spokesperson (individual) [SOUTH SUDAN].

MALACHITE DESIGN BUREAU (a.k.a. JOINT STOCK COMPANY THE ST. PETERSBURG'S SEA BUREAU OF MECHANICAL ENGINEERING MALACHITE; a.k.a. JOINT-STOCK COMPANY SAINT PETERSBURG CITY SEA OFFICE MECHANICAL ENGINEERING MALAKHIT; a.k.a. JOINT-STOCK COMPANY SPMBM MALAKHIT; a.k.a. JOINT-STOCK COMPANY ST. PETERSBURG MARINE DESIGN BUREAU MALACHITE; a.k.a. JSC SAINT-PETERSBURG MARINE DESIGN BUREAU MALACHITE; a.k.a. JSC SANKT-PETERBURGSKOYE MORSKOYE BYURO MASHINOSTROYENIYA MALAKHIT (Cyrillic: АО САНКТ-ПЕТЕРБУРГСКОЕ МОРСКОЕ БЮРО МАШИНОСТРОЕНИЯ МАЛАХИТ)), 18 Frunze Str., Saint-Petersburg 196135, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2008; Tax ID No. 7810537540 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

MALADZEZHNAE SPARTYUNAE HRAMADSKAE ABYADNANNE SPARTYUNY KLUB SHOK (Cyrillic: МАЛАДЗЕЖНАЕ СПАРТЫЎНАЕ ГРАМАДСКАЕ АБЯДНАННЕ СПАРТЫЎНЫ КЛУБ ШОК) (a.k.a. MOLODEZHNOYE SPORTIVNOYE OBSCHESTVENNOYE OBEDINENIYE SHOK (Cyrillic: МОЛОДЕЖНОЕ СПОРТИВНОЕ ОБЩЕСТВЕННОЕ ОБЪЕДИНЕНИЕ СПОРТИВНЫЙ КЛУБ ШОК); a.k.a. MSOO SK SHOCK (Cyrillic: МСОО СК ШОК); a.k.a.

SHOCK SPORTS CLUB (Cyrillic: СПОРТИВНЫЙ КЛУБ ШОК); a.k.a. "SHOCK TEAM"; a.k.a. "SPORTS CLUB SHOCK"), ul. Boleslava Beruta, 12, Minsk, Belarus (Cyrillic: улица Болеслава Берута, 12, Минск, Belarus); ul. Filimonova, 55/3, Pom. 3H (cab.2), Minsk, Belarus (Cyrillic: ул. Филимонова, д. 55 корпус 3, пом. 3н (каб.2), Минск, Belarus); Organization Established Date 12 Oct 2010; Registration Number 194901875 (Belarus) [BELARUS].

MALAH, Louay Abu Bakr (a.k.a. AL-MALLAH, Luay; a.k.a. MALLAH, Luay), Peiraias, Attica, Greece; DOB 02 Jan 1982; POB Tartus, Syria; nationality Turkey; alt. nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U24015191 (Turkey) expires 25 Jan 2031 (individual) [SDGT] (Linked To: MALLAH, Abdul Jalil).

MALAKHOVA, Svetlana Anatolievna (a.k.a. MALAKHOVA, Svetlana Anatolyevna; a.k.a. MALAKHOVA, Svitlana Anatoliivna), 2A Levanevsky Street, Luhansk, Luhansk Region, Ukraine; DOB 27 Aug 1964; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MALAKHOVA, Svetlana Anatolyevna (a.k.a. MALAKHOVA, Svetlana Anatolievna; a.k.a. MALAKHOVA, Svitlana Anatoliivna), 2A Levanevsky Street, Luhansk, Luhansk Region, Ukraine; DOB 27 Aug 1964; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MALAKHOVA, Svitlana Anatoliivna (a.k.a. MALAKHOVA, Svetlana Anatolievna; a.k.a. MALAKHOVA, Svetlana Anatolyevna), 2A Levanevsky Street, Luhansk, Luhansk Region, Ukraine; DOB 27 Aug 1964; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MALAKOTIPOUR, Hamid Reza (a.k.a. MALAKOTIPOUR, Hamidreza; a.k.a. MALAKOUTIPOUR, Hamid Reza; a.k.a. MALAKUTIPUR, Hamid Reza; a.k.a. MALEKOUTI POUR, Hamidreza; a.k.a. MALKOTIPOUR, Hamid Reza); DOB 18 Oct 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B5660433 (Iran) (individual) [SDGT] [IFSR].

MALAKOTIPOUR, Hamidreza (a.k.a. MALAKOTIPOUR, Hamid Reza; a.k.a. MALAKOUTIPOUR, Hamid Reza; a.k.a. MALAKUTIPUR, Hamid Reza; a.k.a. MALEKOUTI POUR, Hamidreza; a.k.a. MALKOTIPOUR, Hamid Reza); DOB 18 Oct 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B5660433 (Iran) (individual) [SDGT] [IFSR].

MALAKOUTIPOUR, Hamid Reza (a.k.a. MALAKOTIPOUR, Hamid Reza; a.k.a. MALAKOTIPOUR, Hamidreza; a.k.a. MALAKUTIPUR, Hamid Reza; a.k.a. MALEKOUTI POUR, Hamidreza; a.k.a. MALKOTIPOUR, Hamid Reza); DOB 18 Oct 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B5660433 (Iran) (individual) [SDGT] [IFSR].

MALAKUTIPUR, Hamid Reza (a.k.a. MALAKOTIPOUR, Hamid Reza; a.k.a. MALAKOTIPOUR, Hamidreza; a.k.a. MALAKOUTIPOUR, Hamid Reza; a.k.a. MALEKOUTI POUR, Hamidreza; a.k.a. MALKOTIPOUR, Hamid Reza); DOB 18 Oct 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B5660433 (Iran) (individual) [SDGT] [IFSR].

MALALA 786, S.A., Panama; RUC # 2300164-1-789790 (Panama) [SDNTK].

MALARBE, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

MALAS MANAS (Latin: MALAS MAÑAS), Sonora, Mexico; Target Type Criminal Organization [TCO].

MALAYLE, Shiek Aadan Abuukar, Jameeco Jilyaale, Lower Shabelle, Somalia; DOB 1962; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

MALBERG LIMITED, Phoenix Business Centre, the Penthouse, Old Railway Track, Santa Venera SVR 9022, Malta; CI, Depiro Point, Depiro Street, Sliema SLM 2033, Malta; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Mar 2015; V.A.T. Number 22375337 (Malta); Registration Number C 69456 (Malta) [RUSSIA-EO14024].

MALDONADO BUSTOS, Rodolfo, Mexico; DOB 26 Jan 1965; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. MABR650126HGRLSD08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MALDONADO LOPEZ, Fatima del Rocio, C 3A Oriente 82 A, Tapachula, Chiapas 30700, Mexico; DOB 23 Mar 1990; POB Chiapas, Mexico; nationality Mexico; Gender Female; Passport G40605411 (Mexico); C.U.R.P. MALF900323MCSLPT04 (Mexico); I.F.E. MLLPFT90032307M700 (Mexico) (individual) [TCO] (Linked To: HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION).

MALEK ASHTAR AVIATION UNIVERSTIY COMPLEX (a.k.a. DANESHGAH-E SANA'TI-YE MALEK-E ASHTAR; a.k.a. MALEK ASHTAR INDUSTRIAL UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY OF DEFENSE TECHNOLOGY; a.k.a. MALEK ASHTAR UNIVERSITY OF TECHNOLOGY; a.k.a. MALEK-E ASHTAR TECHNICAL UNIVERSITY; a.k.a. MALEK-E ASHTAR UNIVERSITY), Shahid Baba'i Highway, Lavizan, Tehran, Iran; Alt. Location: Shahin Shahr Township, End of Ferdowsi Avenue, PO Box 83154/115, Esfahan, Iran; Alt. Address:  Adjacent to Mehrabad Airport, Karaj Expressway, Tehran, Iran; Alt. Address:  Shahin Shar bei, Isfahan, Iran; Alt. Address:  Shahin Shar Township, End of Ferdowsi Avenue, Isfahan, Iran; Alt. Address:  Corner of Imam Ali Highway and Babaei Highway, Tehran, Iran; Website www.mut.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MALEK ASHTAR INDUSTRIAL UNIVERSITY (a.k.a. DANESHGAH-E SANA'TI-YE MALEK-E ASHTAR; a.k.a. MALEK ASHTAR AVIATION

UNIVERSTIY COMPLEX; a.k.a. MALEK ASHTAR UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY OF DEFENSE TECHNOLOGY; a.k.a. MALEK ASHTAR UNIVERSITY OF TECHNOLOGY; a.k.a. MALEK-E ASHTAR TECHNICAL UNIVERSITY; a.k.a. MALEK-E ASHTAR UNIVERSITY), Shahid Baba'i Highway, Lavizan, Tehran, Iran; Alt. Location: Shahin Shahr Township, End of Ferdowsi Avenue, PO Box 83154/115, Esfahan, Iran; Alt. Address: Adjacent to Mehrabad Airport, Karaj Expressway, Tehran, Iran; Alt. Address: Shahin Shar bei, Isfahan, Iran; Alt. Address: Shahin Shar Township, End of Ferdowsi Avenue, Isfahan, Iran; Alt. Address: Corner of Imam Ali Highway and Babaei Highway, Tehran, Iran; Website www.mut.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MALEK ASHTAR UNIVERSITY (a.k.a. DANESHGAH-E SANA'TI-YE MALEK-E ASHTAR; a.k.a. MALEK ASHTAR AVIATION UNIVERSTIY COMPLEX; a.k.a. MALEK ASHTAR INDUSTRIAL UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY OF DEFENSE TECHNOLOGY; a.k.a. MALEK ASHTAR UNIVERSITY OF TECHNOLOGY; a.k.a. MALEK-E ASHTAR TECHNICAL UNIVERSITY; a.k.a. MALEK-E ASHTAR UNIVERSITY), Shahid Baba'i Highway, Lavizan, Tehran, Iran; Alt. Location: Shahin Shahr Township, End of Ferdowsi Avenue, PO Box 83154/115, Esfahan, Iran; Alt. Address: Adjacent to Mehrabad Airport, Karaj Expressway, Tehran, Iran; Alt. Address: Shahin Shar bei, Isfahan, Iran; Alt. Address: Shahin Shar Township, End of Ferdowsi Avenue, Isfahan, Iran; Alt. Address: Corner of Imam Ali Highway and Babaei Highway, Tehran, Iran; Website www.mut.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MALEK ASHTAR UNIVERSITY OF DEFENSE TECHNOLOGY (a.k.a. DANESHGAH-E SANA'TI-YE MALEK-E ASHTAR; a.k.a. MALEK ASHTAR AVIATION UNIVERSTIY COMPLEX; a.k.a. MALEK ASHTAR INDUSTRIAL UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY OF TECHNOLOGY; a.k.a. MALEK-E ASHTAR TECHNICAL UNIVERSITY; a.k.a. MALEK-E ASHTAR UNIVERSITY), Shahid Baba'i Highway, Lavizan, Tehran, Iran; Alt. Location: Shahin Shahr Township, End of Ferdowsi Avenue, PO Box 83154/115, Esfahan, Iran; Alt. Address: Adjacent to Mehrabad

Airport, Karaj Expressway, Tehran, Iran; Alt. Address: Shahin Shar bei, Isfahan, Iran; Alt. Address: Shahin Shar Township, End of Ferdowsi Avenue, Isfahan, Iran; Alt. Address: Corner of Imam Ali Highway and Babaei Highway, Tehran, Iran; Website www.mut.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MALEK ASHTAR UNIVERSITY OF TECHNOLOGY (a.k.a. DANESHGAH-E SANA'TI-YE MALEK-E ASHTAR; a.k.a. MALEK ASHTAR AVIATION UNIVERSTIY COMPLEX; a.k.a. MALEK ASHTAR INDUSTRIAL UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY OF DEFENSE TECHNOLOGY; a.k.a. MALEK-E ASHTAR TECHNICAL UNIVERSITY; a.k.a. MALEK-E ASHTAR UNIVERSITY), Shahid Baba'i Highway, Lavizan, Tehran, Iran; Alt. Location: Shahin Shahr Township, End of Ferdowsi Avenue, PO Box 83154/115, Esfahan, Iran; Alt. Address: Adjacent to Mehrabad Airport, Karaj Expressway, Tehran, Iran; Alt. Address: Shahin Shar bei, Isfahan, Iran; Alt. Address: Shahin Shar Township, End of Ferdowsi Avenue, Isfahan, Iran; Alt. Address: Corner of Imam Ali Highway and Babaei Highway, Tehran, Iran; Website www.mut.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MALEK-E ASHTAR TECHNICAL UNIVERSITY (a.k.a. DANESHGAH-E SANA'TI-YE MALEK-E ASHTAR; a.k.a. MALEK ASHTAR AVIATION UNIVERSTIY COMPLEX; a.k.a. MALEK ASHTAR INDUSTRIAL UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY OF DEFENSE TECHNOLOGY; a.k.a. MALEK ASHTAR UNIVERSITY OF TECHNOLOGY; a.k.a. MALEK-E ASHTAR UNIVERSITY), Shahid Baba'i Highway, Lavizan, Tehran, Iran; Alt. Location: Shahin Shahr Township, End of Ferdowsi Avenue, PO Box 83154/115, Esfahan, Iran; Alt. Address: Adjacent to Mehrabad Airport, Karaj Expressway, Tehran, Iran; Alt. Address: Shahin Shar bei, Isfahan, Iran; Alt. Address: Shahin Shar Township, End of Ferdowsi Avenue, Isfahan, Iran; Alt. Address: Corner of Imam Ali Highway and Babaei Highway, Tehran, Iran; Website www.mut.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MALEK-E ASHTAR UNIVERSITY (a.k.a. DANESHGAH-E SANA'TI-YE MALEK-E

ASHTAR; a.k.a. MALEK ASHTAR AVIATION UNIVERSTIY COMPLEX; a.k.a. MALEK ASHTAR INDUSTRIAL UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY OF DEFENSE TECHNOLOGY; a.k.a. MALEK ASHTAR UNIVERSITY OF TECHNOLOGY; a.k.a. MALEK-E ASHTAR TECHNICAL UNIVERSITY), Shahid Baba'i Highway, Lavizan, Tehran, Iran; Alt. Location: Shahin Shahr Township, End of Ferdowsi Avenue, PO Box 83154/115, Esfahan, Iran; Alt. Address: Adjacent to Mehrabad Airport, Karaj Expressway, Tehran, Iran; Alt. Address: Shahin Shar bei, Isfahan, Iran; Alt. Address: Shahin Shar Township, End of Ferdowsi Avenue, Isfahan, Iran; Alt. Address: Corner of Imam Ali Highway and Babaei Highway, Tehran, Iran; Website www.mut.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MALEKI, Azizollah (Arabic: عزیزالله ملکی), Fars, Iran; DOB 06 Sep 1966; POB Tuyserkan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; LEF Commander of Fars Province (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MALEKI, Naser (a.k.a. MALEKI, Nasser), c/o SHIG, Tehran, Iran; DOB circa 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport A0003039 (Iran) (individual) [NPWMD] [IFSR].

MALEKI, Nasser (a.k.a. MALEKI, Naser), c/o SHIG, Tehran, Iran; DOB circa 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport A0003039 (Iran) (individual) [NPWMD] [IFSR].

MALEKOUTI POUR, Hamidreza (a.k.a. MALAKOTIPOUR, Hamid Reza; a.k.a. MALAKOTIPOUR, Hamidreza; a.k.a. MALAKOUTIPOUR, Hamid Reza; a.k.a. MALAKUTIPUR, Hamid Reza; a.k.a. MALKOTIPOUR, Hamid Reza); DOB 18 Oct 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B5660433 (Iran) (individual) [SDGT] [IFSR].

MALERBE, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a.

MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

MALERHBE DE LEON, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

MALERVA, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

MALEVANYY, Konstantin Vasilyevich (Cyrillic: МАЛЕВАНЫЙ, Константин Василевич), Moscow, Russia; DOB 08 Jan 1971; POB Vlasikha Village, Moscow Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. 4515428051 (Russia) (individual) [CAATSA - RUSSIA] (Linked To: STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION FGUP CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND MECHANICS).

MALGASOV, Ymar (a.k.a. SHUSHANASHVILI, Iasha Pavlovich; a.k.a. SHUSHANASHVILI, Lasha Pavlovich (Cyrillic: ШУШАНАШВИЛИ, ЛАША ПАВЛОВИЧ); a.k.a. "LASHA RUSTAVSKI"; a.k.a. "LASHA RUSTAVSKIY" (Cyrillic: "ЛАША РУСТАВСКИЙ"); a.k.a. "LASHA RUSTAVSKY"; a.k.a. "LASHA

TOLSTIY"; a.k.a. "LASHA TOLSTY"), Greece; DOB 25 Jul 1961; POB Rustavi, Georgia; nationality Georgia; Gender Male; Passport 5752452 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

MALGIN, Pavel Vladimirovich (a.k.a. MALGIN, Pavlo Volodymyrovich; a.k.a. MALHIN, Pavlo), Quarter Koshevogo 37, Apt. 28, Molodogvardeysk, Ukraine; Lenin Street 3, Apt. 1, Sorokino Krasnodon, Ukraine; DOB 30 Mar 1968; POB Krasnodon, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MALGIN, Pavlo Volodymirovich (a.k.a. MALGIN, Pavel Vladimirovich; a.k.a. MALHIN, Pavlo), Quarter Koshevogo 37, Apt. 28, Molodogvardeysk, Ukraine; Lenin Street 3, Apt. 1, Sorokino Krasnodon, Ukraine; DOB 30 Mar 1968; POB Krasnodon, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MALHARBE DE LEON, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

MALHERBE DE LEON, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

MALHERBE DELEON, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a.

MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

MALHIN, Pavlo (a.k.a. MALGIN, Pavel Vladimirovich; a.k.a. MALGIN, Pavlo Volodymyrovich), Quarter Koshevogo 37, Apt. 28, Molodogvardeysk, Ukraine; Lenin Street 3, Apt. 1, Sorokino Krasnodon, Ukraine; DOB 30 Mar 1968; POB Krasnodon, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MALIK, Assim Mohammed Rafiq Abdul (a.k.a. ABDULMALIK, Abdul Hameed; a.k.a. RAFIQ, Assem), 14 Almotaz Sad Al Deen Street, Al Nozha, Cairo, Egypt (individual) [IRAQ2].

MALINOV, Nikolai (a.k.a. MALINOV, Nikolai Simeonov; a.k.a. MALINOV, Nikolay Simeonov (Cyrillic: МАЛИНОВ, Николай Симеонов)), Sredna Gora Street 131, Sofia, Bulgaria; DOB 12 Sep 1968; POB Sofia, Bulgaria; nationality Bulgaria; Gender Male; National ID No. 6809126520 (Bulgaria); Personal ID Card 640466277 (Bulgaria) issued 28 Jun 2010 (individual) [GLOMAG].

MALINOV, Nikolai Simeonov (a.k.a. MALINOV, Nikolai; a.k.a. MALINOV, Nikolay Simeonov (Cyrillic: МАЛИНОВ, Николай Симеонов)), Sredna Gora Street 131, Sofia, Bulgaria; DOB 12 Sep 1968; POB Sofia, Bulgaria; nationality Bulgaria; Gender Male; National ID No. 6809126520 (Bulgaria); Personal ID Card 640466277 (Bulgaria) issued 28 Jun 2010 (individual) [GLOMAG].

MALINOV, Nikolay Simeonov (Cyrillic: МАЛИНОВ, Николай Симеонов) (a.k.a. MALINOV, Nikolai; a.k.a. MALINOV, Nikolai Simeonov), Sredna Gora Street 131, Sofia, Bulgaria; DOB 12 Sep 1968; POB Sofia, Bulgaria; nationality Bulgaria; Gender Male; National ID No. 6809126520 (Bulgaria); Personal ID Card 640466277 (Bulgaria) issued 28 Jun 2010 (individual) [GLOMAG].

MALKEVICH, Alexander Aleksandrovich, St. Petersburg, Russia; DOB 14 Jun 1975; POB Leningrad, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209; Passport 717637093 (Russia); National ID No. 781005202108 (Russia) (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: USA REALLY; Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

MALKOTIPOUR, Hamid Reza (a.k.a. MALAKOTIPOUR, Hamid Reza; a.k.a. MALAKOTIPOUR, Hamidreza; a.k.a. MALAKOUTIPOUR, Hamid Reza; a.k.a. MALAKUTIPUR, Hamid Reza; a.k.a. MALEKOUTI POUR, Hamidreza); DOB 18 Oct 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B5660433 (Iran) (individual) [SDGT] [IFSR].

MALKOV, Pavel Viktorovich (Cyrillic: МАЛКОВ, Павел Викторович), Ryazan Region, Russia; DOB 29 Jan 1980; POB Saratov, Saratov Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 645408592403 (Russia) (individual) [RUSSIA-EO14024].

MALLAH, Abdul Jalil (a.k.a. AL-MALAHI, 'Abd-al-Jalil; a.k.a. AL-MALLAH, 'Abd-al-Jalil), Greece; Malmo, Sweden; DOB 05 Jan 1975; nationality Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 750105-3735 (Sweden) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

MALLAH, Luay (a.k.a. AL-MALLAH, Luay; a.k.a. MALAH, Louay Abu Bakr), Peiraias, Attica, Greece; DOB 02 Jan 1982; POB Tartus, Syria; nationality Turkey; alt. nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U24015191 (Turkey) expires 25 Jan 2031 (individual) [SDGT] (Linked To: MALLAH, Abdul Jalil).

MALMERBE, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a.

MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

MALOFEEV, Kirill Konstantinovich (a.k.a. MALOFEYEV, Kirill Konstantinovich (Cyrillic: МАЛОФЕЕВ, Кирилл Константинович); a.k.a. "Likkrit"), Tvardovskogo Str 18 2 142, Moscow 123458, Russia; DOB 04 Oct 1995; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4515477394 (Russia); Tax ID No. 772078537711 (Russia) (individual) [RUSSIA-EO14024].

MALOFEEV, Konstantin Valerevich (a.k.a. MALOFEEV, Konstantin Valerievich; a.k.a. MALOFEEV, Konstantin Valeryevich; a.k.a. MALOFEYEV, Konstantin (Cyrillic: МАЛОФЕЕВ, Константин)), Fian 4-2, Puschino 142290, Russia; DOB 03 Jul 1974; POB Pushchino, Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4604189321 (Russia) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

MALOFEEV, Konstantin Valerievich (a.k.a. MALOFEEV, Konstantin Valerevich; a.k.a. MALOFEEV, Konstantin Valeryevich; a.k.a. MALOFEYEV, Konstantin (Cyrillic: МАЛОФЕЕВ, Константин)), Fian 4-2, Puschino 142290, Russia; DOB 03 Jul 1974; POB Pushchino, Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4604189321 (Russia) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

MALOFEEV, Konstantin Valeryevich (a.k.a. MALOFEEV, Konstantin Valerevich; a.k.a. MALOFEEV, Konstantin Valerievich; a.k.a. MALOFEYEV, Konstantin (Cyrillic: МАЛОФЕЕВ, Константин)), Fian 4-2, Puschino 142290, Russia; DOB 03 Jul 1974; POB Pushchino, Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No.

4604189321 (Russia) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

MALOFEYEV, Kirill Konstantinovich (Cyrillic: МАЛОФЕЕВ, Кирилл Константинович) (a.k.a. MALOFEEV, Kirill Konstantinovich; a.k.a. "Likkrit"), Tvardovskogo Str 18 2 142, Moscow 123458, Russia; DOB 04 Oct 1995; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4515477394 (Russia); Tax ID No. 772078537711 (Russia) (individual) [RUSSIA-EO14024].

MALOFEYEV, Konstantin (Cyrillic: МАЛОФЕЕВ, Константин) (a.k.a. MALOFEEV, Konstantin Valerevich; a.k.a. MALOFEEV, Konstantin Valerievich; a.k.a. MALOFEEV, Konstantin Valeryevich), Fian 4-2, Puschino 142290, Russia; DOB 03 Jul 1974; POB Pushchino, Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4604189321 (Russia) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

MALONG, Bol (a.k.a. ANEI, Paul Malong Awan; a.k.a. AWAN, Paul Malong; a.k.a. MALONG, Paul; a.k.a. MALONG, Paul Awan), Warawar, Aweil County, Northern Bahr el-Ghazal, South Sudan; Juba, South Sudan; Kampala, Uganda; Addis Ababa, Ethiopia; P.O. Box 73699, Nairobi 00200, Kenya; DOB 02 Jan 1962; alt. DOB 04 Dec 1960; alt. DOB 12 Apr 1960; alt. DOB 30 Jan 1960; POB Malualkon, Sudan; alt. POB Malualkon, South Sudan; alt. POB Warawar, Sudan; alt. POB Warawar, South Sudan; nationality South Sudan; alt. nationality Uganda; Gender Male; Passport S00004370 (South Sudan); alt. Passport D00001369 (South Sudan); alt. Passport 003606 (Sudan); alt. Passport 00606 (Sudan); alt. Passport B002606 (Sudan); Former Sudan People's Liberation Army Chief of General Staff (individual) [SOUTH SUDAN].

MALONG, Paul (a.k.a. ANEI, Paul Malong Awan; a.k.a. AWAN, Paul Malong; a.k.a. MALONG, Bol; a.k.a. MALONG, Paul Awan), Warawar, Aweil County, Northern Bahr el-Ghazal, South Sudan; Juba, South Sudan; Kampala, Uganda; Addis Ababa, Ethiopia; P.O. Box 73699, Nairobi 00200, Kenya; DOB 02 Jan 1962; alt. DOB 04 Dec 1960; alt. DOB 12 Apr 1960; alt. DOB 30 Jan 1960; POB Malualkon, Sudan; alt. POB

Malualkon, South Sudan; alt. POB Warawar, Sudan; alt. POB Warawar, South Sudan; nationality South Sudan; alt. nationality Uganda; Gender Male; Passport S00004370 (South Sudan); alt. Passport D00001369 (South Sudan); alt. Passport 003606 (Sudan); alt. Passport 00606 (Sudan); alt. Passport B002606 (Sudan); Former Sudan People's Liberation Army Chief of General Staff (individual) [SOUTH SUDAN].

MALONG, Paul Awan (a.k.a. ANEI, Paul Malong Awan; a.k.a. AWAN, Paul Malong; a.k.a. MALONG, Bol; a.k.a. MALONG, Paul), Warawar, Aweil County, Northern Bahr el-Ghazal, South Sudan; Juba, South Sudan; Kampala, Uganda; Addis Ababa, Ethiopia; P.O. Box 73699, Nairobi 00200, Kenya; DOB 02 Jan 1962; alt. DOB 04 Dec 1960; alt. DOB 12 Apr 1960; alt. DOB 30 Jan 1960; POB Malualkon, Sudan; alt. POB Malualkon, South Sudan; alt. POB Warawar, Sudan; alt. POB Warawar, South Sudan; nationality South Sudan; alt. nationality Uganda; Gender Male; Passport S00004370 (South Sudan); alt. Passport D00001369 (South Sudan); alt. Passport 003606 (Sudan); alt. Passport 00606 (Sudan); alt. Passport B002606 (Sudan); Former Sudan People's Liberation Army Chief of General Staff (individual) [SOUTH SUDAN].

MALPICA FLORES, Carlos Erik, Naguanagua, Carabobo, Venezuela; DOB 17 Sep 1972; nationality Venezuela; Gender Male; Cedula No. 11810943 (Venezuela) (individual) [VENEZUELA].

MALPICA FLORES, Iriamni, Venezuela; DOB 15 Oct 1975; POB Caracas, Venezuela; nationality Venezuela; Gender Female; Cedula No. 12761280 (Venezuela) (individual) [VENEZUELA-EO13850].

MALPICA HURTADO, Erica Patricia, Venezuela; DOB 14 Jun 2001; POB Valencia, Venezuela; nationality Venezuela; Gender Female; Cedula No. 28331171 (Venezuela) (individual) [VENEZUELA-EO13850].

MALPICA TORREALBA, Carlos Evelio, Venezuela; DOB 20 Feb 1947; POB Tinaquillo, Venezuela; nationality Venezuela; Gender Male; Cedula No. 3056173 (Venezuela) (individual) [VENEZUELA-EO13850].

MALTA DIRECTORIES LTD., The Business Centre, Valley Road, Msida MSD 9060, Malta; Oakdene Mediatrix Place, Zabbar, Malta; D-U-N-S Number 53-499-4520; V.A.T. Number MT15561628 (Malta); Tax ID No. 15561628 (Malta); Trade License No. C 25186 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

MALTARENT LTD, Phoenix Business Centre, the Penthouse, Old Railway Track, Santa Venera SVR9022, Malta; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Apr 2015; V.A.T. Number 22481501 (Malta); Registration Number C 70327 (Malta) [RUSSIA-EO14024] (Linked To: BERNOVA, Evgeniya Vladimirovna).

MALTSEV, Sergey Aleksandrovich (Cyrillic: МАЛЬЦЕВ, Сергей Александрович), Russia; DOB 28 Feb 1973; POB Solikamsk, Perm, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

MALVYN GROUP HOLDING LTD (a.k.a. MILAVOUS GROUP LIMITED; a.k.a. MILAVOUS GROUP LTD), Address: Unit L37-00, Level 37, ICD Brookfield Place, Dubai International Finance Center, Dubai, United Arab Emirates; Unit L38-04, Level 38, ICD Brookfield Place, Dubai International Finance Center, Dubai, United Arab Emirates; Website milavousgroup.com; Organization Established Date 28 Jan 2022; Economic Register Number (CBLS) 11825098 (United Arab Emirates) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

MALYAREVICH, Aleksei Alekseevich (a.k.a. MALYAREVICH, Aleksey), Russia; DOB 27 Aug 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CHARTER GREEN LIGHT MOSCOW).

MALYAREVICH, Aleksey (a.k.a. MALYAREVICH, Aleksei Alekseevich), Russia; DOB 27 Aug 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CHARTER GREEN LIGHT MOSCOW).

MALYSHEV, Artem Andreyevich, Russia; DOB 02 Feb 1988; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

MALYSHEV, Mikhail Grigorevich, 15/9 Ulitsa Turgeneva, Apt. 9, Simferopol, Crimea, Ukraine; DOB 10 Oct 1955; POB Simferopol, Crimea; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Chair of the Crimea Electoral Commission (individual) [UKRAINE-EO13660].

MALYSHEV, Sergei Gennadevich (a.k.a. MALYSHEV, Sergey Gennadevich (Cyrillic: МАЛЫШЕВ, Сергей Геннадьевич); a.k.a. MALYSHEV, Sergey Gennadyevich), Moscow, Russia; DOB 11 Jun 1969; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

MALYSHEV, Sergey Gennadevich (Cyrillic: МАЛЫШЕВ, Сергей Геннадьевич) (a.k.a. MALYSHEV, Sergei Gennadevich; a.k.a. MALYSHEV, Sergey Gennadyevich), Moscow, Russia; DOB 11 Jun 1969; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

MALYSHEV, Sergey Gennadyevich (a.k.a. MALYSHEV, Sergei Gennadevich; a.k.a. MALYSHEV, Sergey Gennadevich (Cyrillic: МАЛЫШЕВ, Сергей Геннадьевич)), Moscow, Russia; DOB 11 Jun 1969; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

MAMAKOVA, Aelita Leonidovna, Russia; DOB 01 Nov 1988; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CYBER2] [ELECTION-EO13848] (Linked To: SOUTHFRONT).

MAMASHOYEV, Azizjon Makhmudovich (a.k.a. MAMASHOYEV, Azizjon Maxmudovich), 60 Amir Timur Avenue, Tashkent, Uzbekistan; DOB 20 Feb 1987; nationality Uzbekistan; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport FA2783585 (Uzbekistan) expires 16 May 2031; National ID No. AD3927969 (Uzbekistan) (individual) [CAATSA - RUSSIA] [CYBER4] (Linked To: ZELENYUK, Sergey Sergeyevich).

MAMASHOYEV, Azizjon Maxmudovich (a.k.a. MAMASHOYEV, Azizjon Makhmudovich), 60

Amir Timur Avenue, Tashkent, Uzbekistan; DOB 20 Feb 1987; nationality Uzbekistan; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport FA2783585 (Uzbekistan) expires 16 May 2031; National ID No. AD3927969 (Uzbekistan) (individual) [CAATSA - RUSSIA] [CYBER4] (Linked To: ZELENYUK, Sergey Sergeyevich).

MAMLUK, Ali (a.k.a. MAMLUK, 'Ali); DOB 1947; POB Amara, Damascus, Syria; Major General; Position: Director, General Intelligence Directorate (individual) [HRIT-SY].

MAMLUK, 'Ali (a.k.a. MAMLUK, Ali); DOB 1947; POB Amara, Damascus, Syria; Major General; Position: Director, General Intelligence Directorate (individual) [HRIT-SY].

MAMO, Eliyahu (a.k.a. REVIVO, Simon; a.k.a. TUITO, Daniel; a.k.a. TUITO, David; a.k.a. TUITO, Oded; a.k.a. TVITO, Daniel; a.k.a. TVITO, Oded); DOB 27 Dec 1959; alt. DOB 29 Nov 1959; alt. DOB 27 Feb 1959; alt. DOB 12 Dec 1959; alt. DOB 25 Jul 1961; POB Israel (individual) [SDNTK].

MAMOUN DARKAZANLI IMPORT-EXPORT COMPANY (a.k.a. DARKAZANLI COMPANY; a.k.a. DARKAZANLI EXPORT-IMPORT SONDERPOSTEN), Uhlenhorsterweg 34 11, Hamburg, Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MAMSUROV, Taimuraz Dzhambekovich (Cyrillic: МАМСУРОВ, Таймураз Дзамбекович), Russia; DOB 13 Apr 1954; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MAN, Nu (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. ALI, Hassan; a.k.a. AL-NUBI, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADHIL, Mustafa Mohamed; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. JIHAD, Abu; a.k.a. MOHAMMED, Mustafa; a.k.a. "ANIS, Abu"; a.k.a. "HUSSEIN"; a.k.a. "KHALID"; a.k.a. "YUSSRR, Abu"); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

MANAA, Fares Mohamed Hassan Manaa (a.k.a. MANAA, Fares Mohammed; a.k.a. MANA'A, Fares Mohammed; a.k.a. MANA'A, Faris; a.k.a. MANA'A, Faris Mohamed Hassan; a.k.a. MANAA, Faris Mohamed Hassan); DOB 08 Feb 1965; alt. DOB 22 May 1970; alt. DOB 1968; POB Sadah, Yemen; Passport 00514146 (Yemen); National ID No. 1417576 (Yemen) issued 07 Jan 1996; Diplomatic Passport 000021986 (Yemen); alt. Diplomatic Passport A011892 (Yemen); alt. Diplomatic Passport A009829 (Yemen) (individual) [SOMALIA].

MANAA, Fares Mohammed (a.k.a. MANAA, Fares Mohamed Hassan Manaa; a.k.a. MANA'A, Fares Mohammed; a.k.a. MANA'A, Faris; a.k.a. MANA'A, Faris Mohamed Hassan; a.k.a. MANAA, Faris Mohamed Hassan); DOB 08 Feb 1965; alt. DOB 22 May 1970; alt. DOB 1968; POB Sadah, Yemen; Passport 00514146 (Yemen); National ID No. 1417576 (Yemen) issued 07 Jan 1996; Diplomatic Passport 000021986 (Yemen); alt. Diplomatic Passport A011892 (Yemen); alt. Diplomatic Passport A009829 (Yemen) (individual) [SOMALIA].

MANA'A, Fares Mohammed (a.k.a. MANAA, Fares Mohamed Hassan Manaa; a.k.a. MANAA, Fares Mohammed; a.k.a. MANA'A, Faris; a.k.a. MANA'A, Faris Mohamed Hassan; a.k.a. MANAA, Faris Mohamed Hassan); DOB 08 Feb 1965; alt. DOB 22 May 1970; alt. DOB 1968; POB Sadah, Yemen; Passport 00514146 (Yemen); National ID No. 1417576 (Yemen) issued 07 Jan 1996; Diplomatic Passport 000021986 (Yemen); alt. Diplomatic Passport A011892 (Yemen); alt. Diplomatic Passport A009829 (Yemen) (individual) [SOMALIA].

MANA'A, Faris (a.k.a. MANAA, Fares Mohamed Hassan Manaa; a.k.a. MANAA, Fares Mohammed; a.k.a. MANA'A, Fares Mohammed; a.k.a. MANA'A, Faris Mohamed Hassan; a.k.a. MANAA, Faris Mohamed Hassan); DOB 08 Feb 1965; alt. DOB 22 May 1970; alt. DOB 1968; POB Sadah, Yemen; Passport 00514146 (Yemen); National ID No. 1417576 (Yemen) issued 07 Jan 1996; Diplomatic Passport 000021986 (Yemen); alt. Diplomatic Passport A011892 (Yemen); alt. Diplomatic Passport A009829 (Yemen) (individual) [SOMALIA].

MANAA, Faris Mohamed Hassan (a.k.a. MANAA, Fares Mohamed Hassan Manaa; a.k.a. MANAA, Fares Mohammed; a.k.a. MANA'A, Fares Mohammed; a.k.a. MANA'A, Faris; a.k.a. MANA'A, Faris Mohamed Hassan); DOB 08 Feb 1965; alt. DOB 22 May 1970; alt. DOB 1968; POB Sadah, Yemen; Passport 00514146 (Yemen); National ID No. 1417576 (Yemen) issued 07 Jan 1996; Diplomatic Passport 000021986 (Yemen); alt. Diplomatic Passport A011892 (Yemen); alt. Diplomatic Passport A009829 (Yemen) (individual) [SOMALIA].

MANA'A, Faris Mohamed Hassan (a.k.a. MANAA, Fares Mohamed Hassan Manaa; a.k.a. MANAA, Fares Mohammed; a.k.a. MANA'A, Fares Mohammed; a.k.a. MANA'A, Faris; a.k.a. MANAA, Faris Mohamed Hassan); DOB 08 Feb 1965; alt. DOB 22 May 1970; alt. DOB 1968; POB Sadah, Yemen; Passport 00514146 (Yemen); National ID No. 1417576 (Yemen) issued 07 Jan 1996; Diplomatic Passport 000021986 (Yemen); alt. Diplomatic Passport A011892 (Yemen); alt. Diplomatic Passport A009829 (Yemen) (individual) [SOMALIA].

MANABEA THARWAT AL-JANOOB GENERAL TRADING COMPANY, LLC (a.k.a. SHIRKAT MANABI' THARAWAT AL-JANUB LILTIJARAH AL-'AMMAH; a.k.a. SOUTH WEALTH RESOURCES COMPANY; a.k.a. SOUTH WEALTH RESOURCES LTD.), Al Jadriya District, Baghdad, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MANAGEMENT COMPANY FOR INFRASTRUCTURE PROJECTS (a.k.a. LIMITED LIABILITY COMPANY INFRASTRUCTURE PROJECTS MANAGEMENT COMPANY; a.k.a. UPRAVLYAYUSHCHAYA KOMPANIYA INFRASTRUKTURNYKH PROEKTOV; a.k.a. "LLC UKIP"; a.k.a. "UKIP"; a.k.a. "UKIP, OOO"), Sevastopolskaya Street, House 41/2, Simferopol, Crimea 295024, Ukraine; Email Address fnatali@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102045582 (Russia); Government Gazette Number 00742767 (Russia); Registration Number 1149102091654 (Russia) [UKRAINE-EO13685].

MANAGEMENT COMPANY JOINT STOCK COMPANY NEVA (a.k.a. MANAGEMENT COMPANY NEVA JOINT STOCK COMPANY; f.k.a. NEVA INTERNEISHENEL, AO), ul Chugunnaya, d. 20, Litera A, Pomeshch. 18 N, Ofis 359, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 May 1994; Tax ID No.

2320042860 (Russia); Registration Number 1022302936754 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY LOMO).

MANAGEMENT COMPANY METALLOINVEST LLC (a.k.a. UPRAVLYAYUSHTAYA KOMPANIYA METALLOINVEST OOO (Cyrillic: УПРАВЛЯЮЩАЯ КОМПАНИЯ МЕТАЛЛОИНВЕСТ OOO)), Ulitsa Tsiolkovskogo 14/16, Korolev, Moscow Oblast 141070, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 May 2006; Organization Type: Activities of holding companies; Tax ID No. 5018108484 (Russia); Registration Number 1065018030120 (Russia) [RUSSIA-EO14024] (Linked To: HOLDINGOVAYA KOMPANIYA METALLOINVEST AO).

MANAGEMENT COMPANY NEVA JOINT STOCK COMPANY (a.k.a. MANAGEMENT COMPANY JOINT STOCK COMPANY NEVA; f.k.a. NEVA INTERNEISHENEL, AO), ul Chugunnaya, d. 20, Litera A, Pomeshch. 18 N, Ofis 359, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 May 1994; Tax ID No. 2320042860 (Russia); Registration Number 1022302936754 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY LOMO).

MANAGEMENT COMPANY PROMSVYAZ LLC (Cyrillic: УПРАВЛЯЮЩАЯ КОМПАНИЯ ПРОМСВЯЗЬ) (a.k.a. UK PROMSVYAZ OOO), d.13 str. 1 etazh 5 kom. 1-31, ul. Nikoloyamskaya, Moscow 109240, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Jul 2002; Tax ID No. 7718218817 (Russia); Registration Number 1027718000067 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

MANAGEMENT COMPANY SOVFRAKHT LTD (a.k.a. LLC SOVFRACHT MANAGEMENT COMPANY; a.k.a. SOVFRACHT MANAGEMENT COMPANY; a.k.a. SOVFRACHT MANAGEMENT COMPANY LLC; a.k.a. SOVFRACHT MANAGING COMPANY LLC), Dobroslobodskaya, 3 BC Basmanov, Moscow 105066, Russia; Email Address general@sovfracht.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

MANAGING COMPANY TATBURNEFT LLC (a.k.a. TATBURNEFT LIMITED LIABILITY COMPANY), Ul. Musy Dzhalilya D. 51, Almetevsk 423450, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Feb 2008; Organization Type: Support activities for petroleum and natural gas extraction; Tax ID No. 1644047828 (Russia); Government Gazette Number 83471332 (Russia); Registration Number 1081644000492 (Russia) [RUSSIA-EO14024].

MANAKHIMOVA, Sara Lvovna (a.k.a. SHOR, Sara Lvovna; a.k.a. SHORE, Jasmine; a.k.a. "ZHASMIN" (Cyrillic: "ЖАСМИН")), Russia; DOB 12 Oct 1977; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 752329813 (Russia); National ID No. 4611519895 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SHOR, Ilan Mironovich).

MANAN, Abdul Rahim (a.k.a. "MANAN, Haji"; a.k.a. "RAHIM, Abdul"), Helmand Province, Afghanistan; DOB 1962; alt. DOB 1961; alt. DOB 1963; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TALIBAN).

MANAN, Haji Abdul Satar Haji Abdul (a.k.a. ABDULASATTAR; a.k.a. BARAKZAI, Haji Abdul Sattar; a.k.a. BARAKZAI, Haji Satar; a.k.a. SATAR, Haji Abdul), Kachray Road, Pashtunabad, Quetta, Balochistan Province, Pakistan; Nasrullah Khan Chowk, Pashtunabad Area, Balochistan Province, Pakistan; Chaman, Balochistan Province, Pakistan; Abdul Satar Food Shop, Eno Mina 0093, Kandahar, Afghanistan; DOB 1964; POB Mirmandaw Village, Nahr-e Saraj District, Helmand Province, Afghanistan; alt. POB Qilla Abdullah, Pakistan; alt. POB Mirmadaw Village, Gereshk District, Helmand Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AM5421691 (Pakistan) expires 11 Aug 2013; National ID No. 5420250161699 (Pakistan); alt. National ID No. 585629 (Afghanistan) (individual) [SDGT] (Linked To: HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE; Linked To: TALIBAN).

MANARA S.A.S., Cr 53 No 82 - 86 Of 410, Barranquilla, Atlantico, Colombia; NIT # 9011734898 (Colombia) [VENEZUELA-EO13850].

MANARAT ALKHALEEJ MARINE SERVICES FZE, Office E-23 F-35, P1-ELOB, Hamriyah Free Zone, Sharjah, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 2020; Business Registration Number 18885 (United Arab Emirates) [IRAN-EO13846].

MANCO OIL COMPANY [BALKANS].

MANCO TORRES, Jhon Freddy, c/o VIGILAR COLOMBIA LTDA., Apartado, Antioquia, Colombia; Colombia; DOB 22 Oct 1973; POB Colombia; nationality Colombia; citizen Colombia; Cedula No. 71981992 (Colombia) (individual) [SDNTK].

MANCUSO GOMEZ, Salvatore (a.k.a. LOZADA, Santander), Calle 64 No. 8A-56, Monteria, Cordoba, Colombia; DOB 17 Aug 1964; POB Monteria, Cordoba, Colombia; Cedula No. 6892624 (Colombia) (individual) [SDNTK].

MANDAL CREDIT BANK (a.k.a. KOREA MANDAL CREDIT BANK; a.k.a. "ANSAN"; a.k.a. "KMCB"), P'yo'ngch'o'n District, Ansan 2-dong, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Financial Institution [DPRK4].

MANDEGAR BASPAR FAJR ASIA (a.k.a. BARDIYA TEJARAT JAVID; a.k.a. MANDEGAR BASPAR KIMIYA COMPANY), No. 510, 5th Floor, Saddi Trading Building, South SAA DI Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MANDEGAR BASPAR KIMIYA COMPANY (a.k.a. BARDIYA TEJARAT JAVID; a.k.a. MANDEGAR BASPAR FAJR ASIA), No. 510, 5th Floor, Saddi Trading Building, South SAA DI Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MANDEL, Andrei Sergeevich (Cyrillic: МАНДЕЛЬ, Андрей Сергеевич), St. Petersburg, Russia; DOB 02 Mar 1990; POB Germany; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 753615660 (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: M INVEST, OOO).

MANDIC, Momcilo (a.k.a. "MOMO"); DOB 01 May 1954; POB Kalinovik, Bosnia-Herzegovina;

National ID No. JMB 0105954171511 (individual) [BALKANS].

MANDRO, Kawa (a.k.a. KAHWA, Chief; a.k.a. KAHWA, Mandro Panga; a.k.a. KARIM, Yves Andoul; a.k.a. MANDRO, Kawa Panga; a.k.a. MANDRO, Khawa Panga; a.k.a. MANDRO, Yves Khawa Panga; a.k.a. PANGA, Kawa); DOB 20 Aug 1973; POB Bunia, Democratic Republic of the Congo; former President, Party for Unity and Safeguarding of the Integrity of Congo (PUSIC) (individual) [DRCONGO].

MANDRO, Kawa Panga (a.k.a. KAHWA, Chief; a.k.a. KAHWA, Mandro Panga; a.k.a. KARIM, Yves Andoul; a.k.a. MANDRO, Kawa; a.k.a. MANDRO, Khawa Panga; a.k.a. MANDRO, Yves Khawa Panga; a.k.a. PANGA, Kawa); DOB 20 Aug 1973; POB Bunia, Democratic Republic of the Congo; former President, Party for Unity and Safeguarding of the Integrity of Congo (PUSIC) (individual) [DRCONGO].

MANDRO, Khawa Panga (a.k.a. KAHWA, Chief; a.k.a. KAHWA, Mandro Panga; a.k.a. KARIM, Yves Andoul; a.k.a. MANDRO, Kawa; a.k.a. MANDRO, Kawa Panga; a.k.a. MANDRO, Yves Khawa Panga; a.k.a. PANGA, Kawa); DOB 20 Aug 1973; POB Bunia, Democratic Republic of the Congo; former President, Party for Unity and Safeguarding of the Integrity of Congo (PUSIC) (individual) [DRCONGO].

MANDRO, Yves Khawa Panga (a.k.a. KAHWA, Chief; a.k.a. KAHWA, Mandro Panga; a.k.a. KARIM, Yves Andoul; a.k.a. MANDRO, Kawa; a.k.a. MANDRO, Kawa Panga; a.k.a. MANDRO, Khawa Panga; a.k.a. PANGA, Kawa); DOB 20 Aug 1973; POB Bunia, Democratic Republic of the Congo; former President, Party for Unity and Safeguarding of the Integrity of Congo (PUSIC) (individual) [DRCONGO].

MANGOK, Marial Chanuong Yol (a.k.a. CHINOUM, Marial; a.k.a. CHINUONG, Marial; a.k.a. YOL, Marial Chanoung; a.k.a. "CHAN, Marial"); DOB 01 Jan 1960; POB Yirol, Lakes State; Commander, Presidential Guard Unit; Major General, Sudan People's Liberation Army (individual) [SOUTH SUDAN].

MANGOUSH, Arwa Saleh M, Istanbul, Turkey; DOB 30 Oct 1986; POB Jeddah, Saudi Arabia; nationality Saudi Arabia; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport V775431 (Saudi Arabia) expires 13 Mar 2028; National ID No. 1093465415 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

MANGYONGDAE COMPUTER TECHNOLOGY (a.k.a. KOREA MANGYONGDAE COMPUTER TECHNOLOGY CORP.; a.k.a. KOREA MANGYONGDAE COMPUTER TECHNOLOGY CORPORATION), Songhung-dong, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Other information technology and computer service activities [DPRK4].

MANICA DRC SPRL (a.k.a. KARIBU AFRICA SERVICES SA; a.k.a. KARIBU DRC; a.k.a. KARIBU WEST), Avenue Panda No. 790, Lubumbashi, Congo, Democratic Republic of the; Avenue Batetela No. 70, Kinshasa, Congo, Democratic Republic of the [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

MANIDIS, Georgios, Moscow, Russia; DOB 23 Aug 1971; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. AV2752462 (Greece) (individual) [CYBER2] (Linked To: EVIL CORP).

MANIK, Abdulla Ali, Maldives; DOB 15 Apr 1972; alt. DOB 15 Mar 1972; POB Haa Alif Molhadhoo, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. A114374 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MANKO, Dmitry Yuryevich (a.k.a. MANKO, Dzmitry), 40 Gorkogo Street, Apartment 86, Bobruysk, Belarus; DOB 05 Aug 1973; POB Guta Village, Mogilev Region, Belarus; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport KB1660910 (Belarus); National ID No. 3050873M062PB4 (Belarus) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY BELARUSREZINOTEKHNIKA).

MANKO, Dzmitry (a.k.a. MANKO, Dmitry Yuryevich), 40 Gorkogo Street, Apartment 86, Bobruysk, Belarus; DOB 05 Aug 1973; POB Guta Village, Mogilev Region, Belarus; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport KB1660910 (Belarus); National ID No. 3050873M062PB4 (Belarus) (individual) [RUSSIA-EO14024] (Linked To:

JOINT STOCK COMPANY BELARUSREZINOTEKHNIKA).

MANNESMAN CYLINDER SYSTEMS (a.k.a. MCS INTERNATIONAL GMBH; a.k.a. MCS TECHNOLOGIES GMBH), Karlstrasse 23-25, Dinslaken, Nordrhein-Westfalen 46535, Germany; Website http://www.mcs-tch.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MANOMETR LIMITED LIABILITY COMPANY (a.k.a. MANOMETR OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MANOMETR), Engels-19, Saratov Region 413119, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7709623086 (Russia); Registration Number 1057747672674 (Russia) [RUSSIA-EO14024].

MANOMETR OOO (a.k.a. MANOMETR LIMITED LIABILITY COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MANOMETR), Engels-19, Saratov Region 413119, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7709623086 (Russia); Registration Number 1057747672674 (Russia) [RUSSIA-EO14024].

MANSELL CASTRILLO, Salvador, De Los Pipitos, 200 Mts. Al Oeste Bolonia, Managua, Nicaragua; DOB 13 Dec 1955; POB Matagalpa, Nicaragua; nationality Nicaragua; Gender Male; National ID No. 4411312550001D (Nicaragua); Diplomatic Passport A00000656D (Nicaragua) issued 09 Aug 2013 expires 09 Aug 2023 (individual) [NICARAGUA].

MANSHA, Muhammad Ashraf (a.k.a. ASHRAF, Haji M.; a.k.a. ASHRAF, Haji Muhammad; a.k.a. MANSHAH, Muhammad Ashraf; a.k.a. MUNSHA, Muhammad Ashraf); DOB 1955; POB Faisalabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A-374184 (Pakistan); alt. Passport AT0712501 (Pakistan) issued 12 Mar 2008 expires 11 Mar 2013; National ID No. 6110125312507 (Pakistan); alt. National ID No. 24492025390 (Pakistan) (individual) [SDGT].

MANSHAH, Muhammad Ashraf (a.k.a. ASHRAF, Haji M.; a.k.a. ASHRAF, Haji Muhammad; a.k.a. MANSHA, Muhammad Ashraf; a.k.a. MUNSHA, Muhammad Ashraf); DOB 1955; POB Faisalabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A-374184 (Pakistan); alt. Passport AT0712501 (Pakistan) issued 12 Mar 2008 expires 11 Mar

2013; National ID No. 6110125312507 (Pakistan); alt. National ID No. 24492025390 (Pakistan) (individual) [SDGT].

MANSOR, Amran (a.k.a. BIN MANSOR, Amran; a.k.a. BIN MANSOR, Henry; a.k.a. BIN MANSOUR, Amran); DOB 25 May 1965; POB Malaysia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MANSOUR ZARRIN GHALAM AND PARTNERS COMPANY (Arabic: شرکت منصور زرین قلم و شرکاء) (a.k.a. GCM EXCHANGE (Arabic: صرافی جی سی ام); a.k.a. MANSOUR ZARRIN GHALAM AND PARTNERS GENERAL PARTNERSHIP COMPANY (Arabic: شرکت تضامنی منصور زرین قلم و شرکاء)), No. 3071, Valiasr Street, Bagh Fardows, Tehran 1961833966, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Sep 2005; National ID No. 10102948981 (Iran); Registration Number 254529 (Iran) [IRAN-EO13902].

MANSOUR ZARRIN GHALAM AND PARTNERS GENERAL PARTNERSHIP COMPANY (Arabic: شرکت تضامنی منصور زرین قلم و شرکاء) (a.k.a. GCM EXCHANGE (Arabic: صرافی جی سی ام); a.k.a. MANSOUR ZARRIN GHALAM AND PARTNERS COMPANY (Arabic: شرکت منصور زرین قلم و شرکاء)), No. 3071, Valiasr Street, Bagh Fardows, Tehran 1961833966, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Sep 2005; National ID No. 10102948981 (Iran); Registration Number 254529 (Iran) [IRAN-EO13902].

MANSOUR, Adel Mohamad (Arabic: عادل محمد منصور) (a.k.a. MANSUR, Adil), Hadatha, Bint Jbeil, Nabatieh, Lebanon; DOB 18 May 1966; POB Hadatha, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

MANSOUR, Bashir Ibrahim (a.k.a. MANSUR, Bashir Ibrahim (Arabic: بشير ابراهيم منصور)), Baabda, Lebanon; Borj El Brajneh, Lebanon; DOB 09 Feb 1980; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations;

Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: CTEX EXCHANGE).

MANSOUR, Mohammad Yousef (a.k.a. HALAWI, Hani; a.k.a. MANSOUR, Mohammad Youssef; a.k.a. MANSUR, Mohammad Yusuf Ahmad; a.k.a. MANSUR, Muhammad Yusif Ahmad; a.k.a. MANSUR, Muhammad Yusuf Ahmad; a.k.a. SHEHAB, Sami; a.k.a. SHIHAB, Sami Hani; a.k.a. "HILLAWI, Jamal Hani"; a.k.a. "SAMI, Salem Bassem"; a.k.a. "SHIHAB, Muhammad Yusuf Mansur Sami"), Beirut, Lebanon; DOB 14 Sep 1970; alt. DOB 01 Jan 1974; alt. DOB 1980; POB Bint Jubayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MANSOUR, Mohammad Youssef (a.k.a. HALAWI, Hani; a.k.a. MANSOUR, Mohammad Yousef; a.k.a. MANSUR, Mohammad Yusuf Ahmad; a.k.a. MANSUR, Muhammad Yusif Ahmad; a.k.a. MANSUR, Muhammad Yusuf Ahmad; a.k.a. SHEHAB, Sami; a.k.a. SHIHAB, Sami Hani; a.k.a. "HILLAWI, Jamal Hani"; a.k.a. "SAMI, Salem Bassem"; a.k.a. "SHIHAB, Muhammad Yusuf Mansur Sami"), Beirut, Lebanon; DOB 14 Sep 1970; alt. DOB 01 Jan 1974; alt. DOB 1980; POB Bint Jubayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MANSOURI, Milad (a.k.a. MANSURI, Milad), Iran; DOB 11 Sep 1989; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

MANSUDAE ART STUDIO (a.k.a. MANSUDAE OVERSEAS PROJECT GROUP OF COMPANIES), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MANSUDAE OVERSEAS PROJECT GROUP OF COMPANIES (a.k.a. MANSUDAE ART STUDIO), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MANSUDAE OVERSEAS PROJECTS ARCHITECTURAL AND TECHNICAL SERVICES (PTY) LIMITED, Namibia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration ID 2001/044 (Namibia) [DPRK3] (Linked To: MANSUDAE OVERSEAS PROJECT GROUP OF COMPANIES).

MANSUR AL-IFRI, Salim Mustafa Muhammad (a.k.a. AL-MANSUR, Salim Mustafa Muhammad; a.k.a. MANSUR, Salim; a.k.a. MUSTAFA, Salim Mansur; a.k.a. "AL-IFRI, Saleem"; a.k.a. "AL-SHAKLAR, Hajji Salim"), Mersin, Turkey; Istanbul, Turkey; Adana, Turkey; DOB 1959; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MANSUR, Adil (a.k.a. MANSOUR, Adel Mohamad (Arabic: عادل محمد منصور)), Hadatha, Bint Jbeil, Nabatieh, Lebanon; DOB 18 May 1966; POB Hadatha, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

MANSUR, Bashir Ibrahim (Arabic: بشير ابراهيم منصور) (a.k.a. MANSOUR, Bashir Ibrahim), Baabda, Lebanon; Borj El Brajneh, Lebanon; DOB 09 Feb 1980; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 (individual) [SDGT] (Linked To: CTEX EXCHANGE).

MANSUR, Mohammad Yusuf Ahmad (a.k.a. HALAWI, Hani; a.k.a. MANSOUR, Mohammad Yousef; a.k.a. MANSOUR, Mohammad Youssef; a.k.a. MANSUR, Muhammad Yusif Ahmad; a.k.a. MANSUR, Muhammad Yusuf Ahmad; a.k.a. SHEHAB, Sami; a.k.a. SHIHAB, Sami Hani; a.k.a. "HILLAWI, Jamal Hani"; a.k.a. "SAMI, Salem Bassem"; a.k.a. "SHIHAB, Muhammad Yusuf Mansur Sami"), Beirut, Lebanon; DOB 14 Sep 1970; alt. DOB 01 Jan 1974; alt. DOB 1980; POB Bint Jubayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MANSUR, Muhammad Yusif Ahmad (a.k.a. HALAWI, Hani; a.k.a. MANSOUR, Mohammad Yousef; a.k.a. MANSOUR, Mohammad Youssef; a.k.a. MANSUR, Mohammad Yusuf Ahmad; a.k.a. MANSUR, Muhammad Yusuf Ahmad; a.k.a. SHEHAB, Sami; a.k.a. SHIHAB, Sami Hani; a.k.a. "HILLAWI, Jamal Hani"; a.k.a. "SAMI, Salem Bassem"; a.k.a. "SHIHAB, Muhammad Yusuf Mansur Sami"), Beirut, Lebanon; DOB 14 Sep 1970; alt. DOB 01 Jan 1974; alt. DOB 1980; POB Bint Jubayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MANSUR, Muhammad Yusuf Ahmad (a.k.a. HALAWI, Hani; a.k.a. MANSOUR, Mohammad Yousef; a.k.a. MANSOUR, Mohammad Youssef; a.k.a. MANSUR, Mohammad Yusuf Ahmad; a.k.a. MANSUR, Muhammad Yusif Ahmad; a.k.a. SHEHAB, Sami; a.k.a. SHIHAB, Sami Hani; a.k.a. "HILLAWI, Jamal Hani"; a.k.a. "SAMI, Salem Bassem"; a.k.a. "SHIHAB, Muhammad Yusuf Mansur Sami"), Beirut, Lebanon; DOB 14 Sep 1970; alt. DOB 01 Jan 1974; alt. DOB 1980; POB Bint Jubayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MANSUR, Salim (a.k.a. AL-MANSUR, Salim Mustafa Muhammad; a.k.a. MANSUR AL-IFRI, Salim Mustafa Muhammad; a.k.a. MUSTAFA, Salim Mansur; a.k.a. "AL-IFRI, Saleem"; a.k.a. "AL-SHAKLAR, Hajji Salim"), Mersin, Turkey; Istanbul, Turkey; Adana, Turkey; DOB 1959; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MANSUR, Sohail (a.k.a. BURANOV, Mansur; a.k.a. BURANOV, Suhail; a.k.a. BURANOV, Suhail Fatilloyevich; a.k.a. BURANOV, Suhayl Fatilloevich; a.k.a. BURANOV, Sukhail Fatilloevich; a.k.a. MANSUR, Suhail; a.k.a. "ABU HUZAIFA"), Massiv Kara-su-6, Building 12, Apartment 59, Tashkent, Uzbekistan; DOB 11 Oct 1983; alt. DOB 1983; POB Tashkent, Uzbekistan; nationality Uzbekistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MANSUR, Suhail (a.k.a. BURANOV, Mansur; a.k.a. BURANOV, Suhail; a.k.a. BURANOV, Suhail Fatilloyevich; a.k.a. BURANOV, Suhayl Fatilloevich; a.k.a. BURANOV, Sukhail Fatilloevich; a.k.a. MANSUR, Sohail; a.k.a. "ABU HUZAIFA"), Massiv Kara-su-6, Building 12, Apartment 59, Tashkent, Uzbekistan; DOB 11 Oct 1983; alt. DOB 1983; POB Tashkent, Uzbekistan; nationality Uzbekistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MANSURI, Milad (a.k.a. MANSOURI, Milad), Iran; DOB 11 Sep 1989; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

MANSUROV, Dmitri Flerovich, Russia; DOB 1977; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

MANTENIMIENTO, AERONAUTICA, TRANSPORTE, Y SERVICIOS AEREOS S.A. DE C.V. (a.k.a. M.A.T.S.A. S.A. DE C.V.), Calle 2, Hangar 10, Lot 19, Aeropuerto Internacional de Toluca, Toluca, Mexico, Mexico; R.F.C. MAT-021004-B99 (Mexico) [SDNTK].

MANTILLA OLIVEROS, Jesus Maria (a.k.a. MONTILLA OLIVEROS, Jesus Maria), Bolivar State, Venezuela; DOB 03 Sep 1963; Gender Male; Cedula No. 9215693 (Venezuela) (individual) [VENEZUELA].

MANTUROV, Denis Valentinovich (Cyrillic: МАНТУРОВ, Денис Валентинович) (a.k.a. MANTUROV, Denys Valentynovych), Russia; DOB 23 Feb 1969; POB Murmansk, Murmansk Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770300358016 (Russia) (individual) [RUSSIA-EO14024].

MANTUROV, Denys Valentynovych (a.k.a. MANTUROV, Denis Valentinovich (Cyrillic: МАНТУРОВ, Денис Валентинович)), Russia; DOB 23 Feb 1969; POB Murmansk, Murmansk Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770300358016 (Russia) (individual) [RUSSIA-EO14024].

MANUFACTURING COMPANY LTD LEMA, Novgorodsky ave., 32B, office 311, Arkhangelsk 163002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2901152242 (Russia); Registration Number 1062901063170 (Russia) [RUSSIA-EO14024].

MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran;

P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA;

a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

MANUILOV, Evgeny (a.k.a. MANUILOV, Evgeny Vladimirovich; a.k.a. MANUILOV, Yevgeny); DOB 05 Jan 1967; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MANUILOV, Evgeny Vladimirovich (a.k.a. MANUILOV, Evgeny; a.k.a. MANUILOV, Yevgeny); DOB 05 Jan 1967; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MANUILOV, Yevgeny (a.k.a. MANUILOV, Evgeny; a.k.a. MANUILOV, Evgeny Vladimirovich); DOB 05 Jan 1967; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MANURAMA LIMITED, Plot LR 209/525/26 Dubois Street, 12505, Nairobi 00100, Kenya; P.O Box 10711, Nairobi, Kenya; Organization Established Date 26 May 2010; Registration

Number CPR/2010/118463 (Kenya) [GLOMAG] (Linked To: PATTNI, Kamlesh Mansukhlal Damji).

MANZANO, Jose Luis (a.k.a. AMEZCUA CONTRERAS, Adan), Carlos Chavez 5, Colima, Colima, Mexico; Francisco I. Madero 749, Colonia Moralete, Colima, Colima, Mexico; Toreros No. 672, Colonia Jardines de Guadalupe, Guadalajara, Jalisco, Mexico; Belizario Dominguez, No. 511, Colima, Colima, Mexico; Calle General Juan Alvarez 1010, Colonia Lomas Vista Hermosa, Colima, Colima, Mexico; DOB 27 Jun 1969; nationality Mexico; citizen Mexico; R.F.C. AECA-690627 (Mexico) (individual) [SDNTK].

MANZI, Leo (a.k.a. LEON, Manzi; a.k.a. MUGARAGU, Leodomir), Katoyi, North Kivu, Congo, Democratic Republic of the; DOB 1954; alt. DOB 1953; POB Kigali, Rwanda; alt. POB Rushashi (Northern Province), Rwanda; FDLR/FOCA Chief of Staff; Brigadier General (individual) [DRCONGO].

MAO, Yu Hua; DOB 06 Aug 1978; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e); National ID No. 310109197808060020 (China) (individual) [IRAN-EO13846].

MAPLES SA, Boulevard Royal 25/B, 2449, Luxembourg; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

MAPNA KHUZESTAN ELECTRICITY GENERATION, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

MAPUTO SHOPPING CENTRE, Rua Marques de Pombal 85, Maputo, Mozambique [SDNTK].

MAQUINARIA TECNICA Y TIERRAS LTDA. (a.k.a. M.T.T. LTDA.), Carrera 4A No. 16-04, Cartago, Colombia; Carrera 42 No. 5B-81, Cali, Colombia; NIT # 800084233-1 (Colombia) [SDNT].

MAQUINAS EDJA, S.A. DE C.V., Veracruz, Veracruz, Mexico; Organization Established

Date 21 Apr 2022; Organization Type: Construction of other civil engineering projects; Folio Mercantil No. N-2022028425 (Mexico) [ILLICIT-DRUGS-EO14059].

MARA SALVATRUCHA (a.k.a. MS-13), El Salvador; Mexico; Honduras; Guatemala; United States; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT] [TCO].

MARADIAGA LOPEZ, Esperanza Caridad, San Pedro Sula, Cortes, Honduras; DOB 30 Sep 1950; POB San Esteban, Olancho, Honduras; Numero de Identidad 1517-1950-00095 (Honduras) (individual) [SDNTK].

MARAFI INTERNATIONAL TRADING CO., LIMITED, Flat H29 1/F Phase 2 Kwai Shing Ind Bldg No 42-46 Tai Lin Pai Rd Kwai Chung Nt, Hong Kong, China; Organization Established Date 23 Jun 2020; C.R. No. 2954221 (Hong Kong); Business Registration Number 71990353-000 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

MARA'I, Salame Aziz Muhammad (a.k.a. MARI, Salama Aziz Muhammad), Turkey; DOB 03 Sep 1972; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 984251678 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

MARALLU, Behnam Shahriyari (a.k.a. HAMID, Huseyini; a.k.a. MIR VAKILI, Seyed Ali Akbar; a.k.a. MIRVAKILI, Seyed Aliakbar; a.k.a. MIRVAKILI, Seyedaliakbar; a.k.a. SHAHCHERAGHI, Seyed Hamid Reza; a.k.a. SHAHRIARI, Behnam; a.k.a. SHAHRIYARI, Behnam; a.k.a. SHAHRYARI, Behnam), Iran; DOB 1968; alt. DOB 22 Sep 1967; alt. DOB 30 Sep 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K47248790 (Iran) expires 20 Oct 2023; alt. Passport D10007350 (Iran) expires 13 Oct 2025 (individual) [SDGT] [IFSR].

MARANER HOLDINGS LIMITED, Flat 1, 143, Tower Road, Sliema SLM1604, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. C33482 (Malta) [IRAN].

MARANT SHIPPING AND TRADING S.A., Gyzi 3, Athens 15125, Greece; Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 04 May 2015; Identification Number IMO 6245207; Registration Number 76320 (Marshall Islands) [IRAN-EO13902] (Linked To: MARGARITIS, Antonios).

MARBLE SHIPPING LTD, 143/1 Tower Road, Sliema, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. C 41949 (Malta) [IRAN].

MARCANO TABATA, Javier Jose, Venezuela; DOB 10 Mar 1969; POB San Antonio, Venezuela; nationality Venezuela; Gender Male; Cedula No. V10306352 (Venezuela) (individual) [VENEZUELA].

MARCELO BARRAGAN, Antonio (a.k.a. "EL RATON"), Mexico; DOB 17 Jan 1983; citizen Mexico; Gender Male; R.F.C. MABA830117NJ0 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

MARCH 23 MOVEMENT (a.k.a. ARMEE REVOLUTIONAIRE CONGOLAISE; a.k.a. CONGOLESE REVOLUTIONARY ARMY; a.k.a. M23; a.k.a. MOUVEMENT DU 23 MARS), North-Kivu, Congo, Democratic Republic of the; Website www.m23mars.org [DRCONGO].

MARCHENKO, Evgeny Evgenievich (Cyrillic: МАРЧЕНКО, Евгений Евгеньевич), Russia; DOB 17 Jul 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MARCO TORRES, Rodolfo Clemente, Aragua, Venezuela; DOB 10 Sep 1966; citizen Venezuela; Gender Male; Cedula No. 8812571 (Venezuela); Passport D0222624 (Venezuela); Governor of Aragua State (individual) [VENEZUELA].

MARDANSHIN, Rafael Mirkhatimovich (Cyrillic: МАРДАНШИН, Рафаэль Мирхатимович), Russia; DOB 24 Dec 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MARGARITIS, Antonios, Greece; DOB 21 Jan 1976; POB Athens, Greece; nationality Greece; Gender Male; National ID No. P288786 (Greece) (individual) [IRAN-EO13902].

MARGHUB, Mojtaba Jahandust (Arabic: مجتبى جهاندوست مرغوب) (a.k.a. JAHANDUST, Mojtaba), Iran; DOB 15 Apr 1985; POB Tehran, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0072441364 (Iran) (individual) [SDGT] [IRGC] (Linked To: KATA'IB HIZBALLAH).

MARGIANA INSAAT DIS TICARET LIMITED SIRKETI, Koza Mahallesi 1638.Sk.No:1C/7, Esenyurt, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Oct 2019; Istanbul Chamber of Comm. No. 212357-5 (Turkey); Central Registration System Number 612129479900001 (Turkey) [RUSSIA-EO14024] (Linked To: SATURN EK OOO; Linked To: LIMITED LIABILITY COMPANY SMT-ILOGIC).

MARGOSHVILI, Lova (a.k.a. AL-SHISHANI, Muslim Abu al-Walid; a.k.a. MADAEV, Lova; a.k.a. MADAEV, Murad; a.k.a. MADAYEV, Murad Akhmadovich; a.k.a. MARGOSHVILI, Murad; a.k.a. MARGOSHVILI, Murad Muslim Akhmetovich; a.k.a. MARGOSHVILI, Muslim Akhmetovich Georgik; a.k.a. MARGOSHVILI, Muslim Akmadovich; a.k.a. "Artur"; a.k.a. "Dzhordzhik"; a.k.a. "Dzhorzhik"; a.k.a. "Kus"; a.k.a. "Muslim Georgia"); DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 08091001080 (individual) [SDGT].

MARGOSHVILI, Murad (a.k.a. AL-SHISHANI, Muslim Abu al-Walid; a.k.a. MADAEV, Lova; a.k.a. MADAEV, Murad; a.k.a. MADAYEV, Murad Akhmadovich; a.k.a. MARGOSHVILI, Lova; a.k.a. MARGOSHVILI, Murad Muslim Akhmetovich; a.k.a. MARGOSHVILI, Muslim Akhmetovich Georgik; a.k.a. MARGOSHVILI, Muslim Akmadovich; a.k.a. "Artur"; a.k.a. "Dzhordzhik"; a.k.a. "Dzhorzhik"; a.k.a. "Kus"; a.k.a. "Muslim Georgia"); DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 08091001080 (individual) [SDGT].

MARGOSHVILI, Murad Muslim Akhmetovich (a.k.a. AL-SHISHANI, Muslim Abu al-Walid; a.k.a. MADAEV, Lova; a.k.a. MADAEV, Murad;

a.k.a. MADAYEV, Murad Akhmadovich; a.k.a. MARGOSHVILI, Lova; a.k.a. MARGOSHVILI, Murad; a.k.a. MARGOSHVILI, Muslim Akhmetovich Georgik; a.k.a. MARGOSHVILI, Muslim Akmadovich; a.k.a. "Artur"; a.k.a. "Dzhordzhik"; a.k.a. "Dzhorzhik"; a.k.a. "Kus"; a.k.a. "Muslim Georgia"); DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 08091001080 (individual) [SDGT].

MARGOSHVILI, Muslim Akhmetovich Georgik (a.k.a. AL-SHISHANI, Muslim Abu al-Walid; a.k.a. MADAEV, Lova; a.k.a. MADAEV, Murad; a.k.a. MADAYEV, Murad Akhmadovich; a.k.a. MARGOSHVILI, Lova; a.k.a. MARGOSHVILI, Murad; a.k.a. MARGOSHVILI, Murad Muslim Akhmetovich; a.k.a. MARGOSHVILI, Muslim Akmadovich; a.k.a. "Artur"; a.k.a. "Dzhordzhik"; a.k.a. "Dzhorzhik"; a.k.a. "Kus"; a.k.a. "Muslim Georgia"); DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 08091001080 (individual) [SDGT].

MARGOSHVILI, Muslim Akmadovich (a.k.a. AL-SHISHANI, Muslim Abu al-Walid; a.k.a. MADAEV, Lova; a.k.a. MADAEV, Murad; a.k.a. MADAYEV, Murad Akhmadovich; a.k.a. MARGOSHVILI, Lova; a.k.a. MARGOSHVILI, Murad; a.k.a. MARGOSHVILI, Murad Muslim Akhmetovich; a.k.a. MARGOSHVILI, Muslim Akhmetovich Georgik; a.k.a. "Artur"; a.k.a. "Dzhordzhik"; a.k.a. "Dzhorzhik"; a.k.a. "Kus"; a.k.a. "Muslim Georgia"); DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 08091001080 (individual) [SDGT].

MARI MACHINE BUILDING PLANT JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO MARIYSKII MASHINOSTROITELNYI ZAVOD; a.k.a. JOINT STOCK COMPANY MARI MACHINE BUILDING PLANT; a.k.a. JSC MARI MACHINE BUILDING PLANT; a.k.a. MARI MMZ; a.k.a. MARIYSKIY MACHINE-BUILDING PLANT OPEN JOINT STOCK COMPANY; a.k.a. OAO MARIYSKIY MASHINOSTROITELNYY ZAVOD; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO MARIYSKIY MASHINOSTROITELNYYZAVOD; a.k.a. "OAO MMZ"), 15, UL Suvorova 3, Yoshkar-Ola, Mary-EL 424003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1200001885 (Russia) [RUSSIA-EO14024].

MARI MMZ (a.k.a. AKTSIONERNOE OBSHCHESTVO MARIYSKII MASHINOSTROITELNYI ZAVOD; a.k.a. JOINT STOCK COMPANY MARI MACHINE BUILDING PLANT; a.k.a. JSC MARI MACHINE BUILDING PLANT; a.k.a. MARI MACHINE BUILDING PLANT JSC; a.k.a. MARIYSKIY MACHINE-BUILDING PLANT OPEN JOINT STOCK COMPANY; a.k.a. OAO MARIYSKIY MASHINOSTROITELNYY ZAVOD; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO MARIYSKIY MASHINOSTROITELNYYZAVOD; a.k.a. "OAO MMZ"), 15, UL Suvorova 3, Yoshkar-Ola, Mary-EL 424003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1200001885 (Russia) [RUSSIA-EO14024].

MARI, Salama Aziz Muhammad (a.k.a. MARA'I, Salame Aziz Muhammad), Turkey; DOB 03 Sep 1972; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 984251678 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

MARICIC, Ljubo, Serbia; DOB 10 Jan 1959; nationality Serbia; Gender Male (individual) [GLOMAG] (Linked To: TESIC, Slobodan).

MARIE DE LOURDES COMPANY LIMITED, 22 Mensija Street, San Gwann SGN 1432, Malta; D-U-N-S Number 52-023-7373; Tax ID No. 21195703 (Malta); Trade License No. C 58194 (Malta) [LIBYA3] (Linked To: DEBONO, Darren).

MARIJANOVIC, Milovan; DOB 14 Mar 1944; POB Kraljevo, Serbia (individual) [BALKANS].

MARIMBA ENTERTAINMENT, S.R.L. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 52828 (Jalisco) (Mexico) [SDNTK].

MARIN ARANGO, Luciano (a.k.a. "MARQUES, Ivan"; a.k.a. "MARQUEZ, Ivan"), Apure, Venezuela; DOB 06 Jun 1955; alt. DOB 16 Jun 1955; POB Florencia, Caqueta, Colombia; nationality Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 19304877 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

MARIN GONZALEZ, Arturo D'Artagnan, Mexico; DOB 09 Dec 1997; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. MAGA971209HSLRNR05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MARIN GONZALEZ, Porthos, Calle San Jorge 4217, Fracc. Santa Fe, Culiacan, Sinaloa, Mexico; DOB 11 Jan 1996; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. MAGP960111HSLRNR03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MARINE BRIDGE AND NAVIGATION SYSTEMS LTD (a.k.a. JSC MORSKIYE NAVIGATSIONNYE SISTEMY (Cyrillic: АО МОРСКИЕ НАВИГАЦИОННЫЕ СИСТЕМЫ)), 19, Promyshlennaya street, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1991; Tax ID No. 7805013333 (Russia); Registration Number 1027802763240 (Russia) [RUSSIA-EO14024].

MARINE DIAMOND (a.k.a. FARO GRILL; a.k.a. GRUPO KOVAY; a.k.a. KOVAY DESARROLLOS; a.k.a. NAVIS BY LA CRUZ; a.k.a. QUIYA RESIDENCES; a.k.a. SANTA JULIA SEASIDE LIVING; a.k.a. SELVARA SIGNATURE COLLECTION; a.k.a. VG DESARROLLOS DE LA BAHIA, S.A. DE C.V.; a.k.a. ZUL BY LA CRUZ), Guadalajara, Jalisco, Mexico; Nayarit, Mexico; Website https://kovaydesarrollos.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Jan 2013; Organization Type: Real estate activities on a fee or contract basis; Folio Mercantil No. N-2020017740 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: RIVERA MIRAMONTES, Carlos Humberto).

MARINE EQUIPMENT ENGINEERING CORPORATION JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO KORPORATSIYA MORSKOGO PRIBOROSTROENIYA; a.k.a. "AO KMP"), Ul. Malaya Posadskaya D. 30, LIT. A, Saint Petersburg 197046, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7813649764 (Russia); Registration Number 1207800171050 (Russia) [RUSSIA-EO14024].

MARINE INDUSTRIES ORGANIZATION, Pasdaran Av., PO Box 19585/777, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

MARINE INFORMATION TECHNOLOGY DEVELOPMENT COMPANY (a.k.a. MARINE INFORMATION TECHNOLOGY DEVELOPMENT CORPORATION; a.k.a. MARINE TECHNOLOGY AND INFORMATION TECHNOLOGY DEVELOPMENT; a.k.a. MITDCO; a.k.a. "MITD"), 5th Floor, No. 523, Aseman Tower, Pasdaran St., Tehran, Iran; Website www.mitdco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MARINE INFORMATION TECHNOLOGY DEVELOPMENT CORPORATION (a.k.a. MARINE INFORMATION TECHNOLOGY DEVELOPMENT COMPANY; a.k.a. MARINE TECHNOLOGY AND INFORMATION TECHNOLOGY DEVELOPMENT; a.k.a. MITDCO; a.k.a. "MITD"), 5th Floor, No. 523, Aseman Tower, Pasdaran St., Tehran, Iran; Website www.mitdco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MARINE SOLUTION PRIVATE LIMITED (a.k.a. MARINE SOLUTION PVT LTD), 2nd Floor, 164/3, Maha Vidyalaya Marwatha, Colombo, Sri Lanka; Website https://marines-solution.com; Organization Established Date 2024; Identification Number IMO 6467650 [IRAN-EO13902].

MARINE SOLUTION PVT LTD (a.k.a. MARINE SOLUTION PRIVATE LIMITED), 2nd Floor, 164/3, Maha Vidyalaya Marwatha, Colombo, Sri Lanka; Website https://marines-solution.com; Organization Established Date 2024; Identification Number IMO 6467650 [IRAN-EO13902].

MARINE TECHNOLOGY AND INFORMATION TECHNOLOGY DEVELOPMENT (a.k.a. MARINE INFORMATION TECHNOLOGY DEVELOPMENT COMPANY; a.k.a. MARINE INFORMATION TECHNOLOGY DEVELOPMENT CORPORATION; a.k.a. MITDCO; a.k.a. "MITD"), 5th Floor, No. 523, Aseman Tower, Pasdaran St., Tehran, Iran; Website www.mitdco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MARINE TRANS SHIPPING LLC, Office 2, Ulitsa Naberezhnaya Reki Tsareva 1, Astrakhan 414024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3025037914 (Russia); Identification Number IMO 6183435 [RUSSIA-EO14024].

MARINYCHEV, Pavel Alekseevich (Cyrillic: МАРИНЫЧЕВ, Павел Алексеевич), Russia; DOB 25 Oct 1978; POB Yakutsk, Republic of Sakha (Yakutia), Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 143515801397 (Russia) (individual) [RUSSIA-EO14024].

MARION COMMODITY DMCC, Jewellery & Gemplex 3, Unit No: 4112, Level No 1, DMCC Business Centre, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 20 Jul 2023; Registration Number DMCC-895200 (United Arab Emirates) [UKRAINE-EO13662] [RUSSIA-EO14024].

MARISCOS EL CAIMAN (a.k.a. GRUPO JRCP, S. DE R.L.), Ensenada - Rosarito 1360, San Fernando, Playas de Rosarito, Baja California 22703, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Mar 2023; Organization Type: Restaurants and mobile food service activities; R.F.C. GJR230209738 (Mexico); Folio Mercantil No. N-2023023616 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: GONZALEZ LOMELI, Jesus).

MARITIME ADMINISTRATION BUREAU (a.k.a. MARITIME ADMINISTRATION OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MARITIME ADMINISTRATION OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA (a.k.a. MARITIME ADMINISTRATION BUREAU), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MARITIME ASSISTANCE LLC (Cyrillic: ООО МАРИТАЙМ АССИСТАНС) (a.k.a. LIMITED LIABILITY COMPANY MARITIME ASSISTANCE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МАРИТАЙМ АССИСТАНС)), Sadovaya-Kudrinskaya street, building 32-1, office XII on 6th fl., cabinet 4d, Moscow 123001, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7718075252 (Russia); Government Gazette Number 770301001 (Russia); Registration Number 1157746142960 (Russia) [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

MARITIME BANK (a.k.a. MARITIME JOINT STOCK BANK JOINT STOCK COMPANY), Room 1/5, Varshavskoe Highway, Building 1a, Moscow 117105, Russia; SWIFT/BIC MJSBRUMM; Website www.maritimebank.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7714060199 (Russia); Legal Entity Number 253400UQS2QLH2209P60; Registration Number 1027700568224 (Russia) [RUSSIA-EO14024].

MARITIME JOINT STOCK BANK JOINT STOCK COMPANY (a.k.a. MARITIME BANK), Room 1/5, Varshavskoe Highway, Building 1a, Moscow 117105, Russia; SWIFT/BIC MJSBRUMM; Website www.maritimebank.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7714060199 (Russia); Legal Entity Number 253400UQS2QLH2209P60; Registration Number 1027700568224 (Russia) [RUSSIA-EO14024].

MARITIME SILK ROAD LLC, Muscat, Oman; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1096241 (Oman) [SDGT] [IFSR] (Linked To: KHEDRI, Abdolhossein).

MARITIME WELFARE SERVICES INSTITUTE (a.k.a. IRISL CLUB; a.k.a. ISLAMIC REPUBLIC OF IRAN SHIPPING LINES COMFORT SERVICES; a.k.a. SHIPPING WELFARE SERVICES INSTITUTE), Number 63, East Shahid Tajrlu Street, Shahid Tajrlu Square, Shian, Iran; Website www.irislclub.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MARIYSKIY MACHINE-BUILDING PLANT OPEN JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO MARIYSKII MASHINOSTROITELNYI ZAVOD; a.k.a. JOINT STOCK COMPANY MARI MACHINE

BUILDING PLANT; a.k.a. JSC MARI MACHINE BUILDING PLANT; a.k.a. MARI MACHINE BUILDING PLANT JSC; a.k.a. MARI MMZ; a.k.a. OAO MARIYSKIY MASHINOSTROITELNYY ZAVOD; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO MARIYSKIY MASHINOSTROITELNYYZAVOD; a.k.a. "OAO MMZ"), 15, UL Suvorova 3, Yoshkar-Ola, Mary-EL 424003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1200001885 (Russia) [RUSSIA-EO14024].

MARJAN METHANOL COMPANY (a.k.a. MARJAN PETROCHEMICAL COMPANY), Ground Floor, No. 39, Meftah/Garmsar West Alley, Shiraz (South) Street, Molla Sadra Avenue, Tehran, Iran; Post Office Box 19935-561, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MARJAN PETROCHEMICAL COMPANY (a.k.a. MARJAN METHANOL COMPANY), Ground Floor, No. 39, Meftah/Garmsar West Alley, Shiraz (South) Street, Molla Sadra Avenue, Tehran, Iran; Post Office Box 19935-561, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MARK, James Nando (a.k.a. NANDO, James; a.k.a. NANDO, James Marko), Juba, South Sudan; Yambio, South Sudan; Congo, Democratic Republic of the; DOB 1970 to 1972; POB Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

MARKAN WHITE TRADING CRUDE OIL ABROAD CO. L.L.C (Arabic: ماركان وايت لتجارة النفط الخام خارج الدولة شركة الشخص الواحد ذ.م.م), Dubai, United Arab Emirates; Organization Established Date 29 Apr 2024; License 1350510 (United Arab Emirates); Economic Register Number (CBLS) 12330547 (United Arab Emirates) [IRAN-EO13902].

MARKELOV, Anatolyevich Vitalii (a.k.a. MARKELOV, Vitaliy Anatolyevich (Cyrillic: МАРКЕЛОВ, Виталий Анатольевич); a.k.a. "MARKELOV, Vitaly A"), Russia; DOB 05 Aug 1963; POB Mordovia, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

MARKELOV, Viktor Aleksandrovich; DOB 15 Dec 1967; POB Leninskoye village, Uzgenskiy District, Oshkaya region of the Kirghiz SSR (individual) [MAGNIT].

MARKELOV, Vitaliy Anatolyevich (Cyrillic: МАРКЕЛОВ, Виталий Анатольевич) (a.k.a. MARKELOV, Anatolyevich Vitalii; a.k.a. "MARKELOV, Vitaly A"), Russia; DOB 05 Aug 1963; POB Mordovia, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

MARKHAYEV, Vyacheslav Mikhaylovich (Cyrillic: МАРХАЕВ, Вячеслав Михайлович), Russia; DOB 01 Jun 1955; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MARKIN, KIRILL VIKTOROVICH (Cyrillic: МАРКИН, Кирилл Викторович), Russia; DOB 14 Mar 1988; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 4510076072 (Russia); Tax ID No. 771385560380 (Russia) (individual) [RUSSIA-EO14024].

MARKINA, Liudmila Leonidovna (Cyrillic: МАРКИНА, Людмила Леонидовна) (a.k.a. MARKINA, Lyudmila), Moscow, Russia; DOB 15 Apr 1979; POB Khotynets, Khotynets district, Oryol region, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

MARKINA, Lyudmila (a.k.a. MARKINA, Liudmila Leonidovna (Cyrillic: МАРКИНА, Людмила Леонидовна)), Moscow, Russia; DOB 15 Apr 1979; POB Khotynets, Khotynets district, Oryol region, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

MARKOM METAL COMMERCE DOO ZVECAN (a.k.a. MARKOM METAL COMMERCE DRUSTVO SA OGRANICENOM ODGOVORNOSCU, GRABOVAC), Grabovac 37240, Serbia; Organization Established Date 23 Jun 2008; V.A.T. Number 105767318 (Serbia) [GLOMAG] (Linked To: NEDELJKOVIC, Sinisa).

MARKOM METAL COMMERCE DRUSTVO SA OGRANICENOM ODGOVORNOSCU, GRABOVAC (a.k.a. MARKOM METAL COMMERCE DOO ZVECAN), Grabovac 37240, Serbia; Organization Established Date 23 Jun 2008; V.A.T. Number 105767318 (Serbia) [GLOMAG] (Linked To: NEDELJKOVIC, Sinisa).

MARKOV, Andrey Pavlovich (Cyrillic: МАРКОВ, Андрей Павлович), Russia; DOB 30 Jun 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MARKOV, Ilya Anatolevich (a.k.a. MARKOV, Ilya Anatolyevich (Cyrillic: МАРКОВ, Илья Анатольевич)), Russia; DOB 30 Aug 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773208907206 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY VLADEKS KHOLDING).

MARKOV, Ilya Anatolyevich (Cyrillic: МАРКОВ, Илья Анатольевич) (a.k.a. MARKOV, Ilya Anatolevich), Russia; DOB 30 Aug 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773208907206 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY VLADEKS KHOLDING).

MARKOV, Yevgeny Vladimirovich (Cyrillic: МАРКОВ, Евгений Владимирович), Russia; DOB 08 Nov 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MARKOVIC, Mirjana; DOB 10 Jul 1942; wife of Slobodan Milosevic (individual) [BALKANS].

MARKOVIC, Radovac; DOB 1946; alt. DOB 1947; Ex-FRY Deputy Minister of Interior (individual) [BALKANS].

MARKU, Ton; DOB 13 Jun 1964 (individual) [BALKANS].

MARLENA TRADING LIMITED, Hong Kong, China; Organization Established Date 25 Sep 2024; Business Registration Number 77111834 (Hong Kong) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

MARMERTH LIMITED (Chinese Traditional: 瑪莫斯有限公司), Unit D, 16/F, One Capital Place, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Mar 2023; Company Number 3244537 (Hong Kong);

Business Registration Number 74969628 (Hong Kong) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MARO SANAT COMPANY (a.k.a. MARO SANAT DEVELOPMENT AND DESIGN ENGINEERING COMPANY; a.k.a. MARO SANAT ENGINEERING; a.k.a. MAROU SANAT ENGINEERING COMPANY; a.k.a. MOHANDESI TARH VA TOSEH MARO SANAT COMPANY), North Drive Moftah Street, Zahra Street, Placard 9, Ground Floor, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MARO SANAT DEVELOPMENT AND DESIGN ENGINEERING COMPANY (a.k.a. MARO SANAT COMPANY; a.k.a. MARO SANAT ENGINEERING; a.k.a. MAROU SANAT ENGINEERING COMPANY; a.k.a. MOHANDESI TARH VA TOSEH MARO SANAT COMPANY), North Drive Moftah Street, Zahra Street, Placard 9, Ground Floor, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MARO SANAT ENGINEERING (a.k.a. MARO SANAT COMPANY; a.k.a. MARO SANAT DEVELOPMENT AND DESIGN ENGINEERING COMPANY; a.k.a. MAROU SANAT ENGINEERING COMPANY; a.k.a. MOHANDESI TARH VA TOSEH MARO SANAT COMPANY), North Drive Moftah Street, Zahra Street, Placard 9, Ground Floor, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MAROC INTERNATIONAL PVT LTD, Coral Ville, Hulhumale 23000, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Sep 2021; Registration Number C-0977/2021 (Maldives) [SDGT] (Linked To: RAUF, Mohamed Inthif).

MAROOFI, Hossein (a.k.a. MAROUFI, Hossein (Arabic: حسین معروفی)), Iran; DOB 1965 to 1966; POB Shahr-e Babak, Kerman province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Deputy Coordinator of the Basij (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

MAROON PETROCHEMICAL COMPANY (a.k.a. MARUN PETROCHEMICAL; a.k.a. MARUN PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی مارون)), No 2, 17th Alley, Hassan Seif Avenue, San'at Square, Shahrake Gharb Ghods, Tehran, Iran; Website

https://www.mpc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1999; National ID No. 10860727671 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

MAROU SANAT ENGINEERING COMPANY (a.k.a. MARO SANAT COMPANY; a.k.a. MARO SANAT DEVELOPMENT AND DESIGN ENGINEERING COMPANY; a.k.a. MARO SANAT ENGINEERING; a.k.a. MOHANDESI TARH VA TOSEH MARO SANAT COMPANY), North Drive Moftah Street, Zahra Street, Placard 9, Ground Floor, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MAROUFI, Hossein (Arabic: حسین معروفی) (a.k.a. MAROOFI, Hossein), Iran; DOB 1965 to 1966; POB Shahr-e Babak, Kerman province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Deputy Coordinator of the Basij (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

MAROVIC, Svetozar (Cyrillic: МАРОВИЋ, Светозар), Serbia; DOB 31 Mar 1955; POB Kotor, Montenegro; nationality Montenegro; Gender Male (individual) [BALKANS-EO14033].

MAROZ, Aliaksandr Ivanavich (Cyrillic: МАРОЗ, Аляксандр Іванавіч) (a.k.a. MOROZ, Alexander Ivanovich (Cyrillic: МОРОЗ, Александр Иванович)), Niomanskaya vulica, 61, ap. 10, Minsk, Belarus; DOB 15 Jun 1975; nationality Belarus; Gender Male; National ID No. 3150675A015PB3 (Belarus) (individual) [BELARUS-EO14038].

MARQUEZ CORDERO, Fanny Beatriz, Caracas, Venezuela; DOB 05 Feb 1969; POB Caracas, Venezuela; nationality Venezuela; Gender Female; Cedula No. 6272864 (Venezuela); Passport 054208483 (Venezuela) expires 01 Feb 2017 (individual) [VENEZUELA].

MARQUEZ MONSALVE, Jorge Elieser, Caracas, District Capital, Venezuela; DOB 20 Feb 1971; citizen Venezuela; Gender Male; Cedula No. 8714253 (Venezuela); Venezuela's Minister of the Office of the Presidency (individual) [VENEZUELA].

MARROCOS MOVEIS E COLCHOES (a.k.a. DAIANA PORTELLA COELHO COMERCIO DE MOVEIS E COLCHOES; a.k.a. HOME ELEGANCE COMERCIO DE MOVEIS EIRELI (Latin: HOME ELEGANCE COMÉRCIO DE MOVEIS EIRELI); a.k.a. MOHAMED AWAAD COMERCIO DE MOVEIS EIRELI; a.k.a.

"HOME ELEGANCE"), Rua Dorezopolis, 669, Casa 03, Jardim Santa Clara, Guarulhos, Sao Paulo 07123-120, Brazil; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Oct 2018; Tax ID No. 31.746.200/0001-11 (Brazil) [SDGT] (Linked To: AWADD, Mohamed Sherif Mohamed Mohamed).

MARROQUIN CHICA, Carlos Amilcar, Mejicanos, El Salvador; DOB May 1986; POB San Salvador, El Salvador; nationality El Salvador; Gender Male; Passport B03539817 (El Salvador) expires 19 Sep 2024; National ID No. 035398179 (El Salvador) (individual) [GLOMAG].

MARRUFO CABRERA, Miguel Raymundo, Tlaxcala No. 10, Col. Valle Dorado 10, Cananea, Sonora 84620, Mexico; DOB 11 Sep 1963; POB Naco, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MACM630911HSRRBG02 (Mexico) (individual) [SDNTK].

MARS HARVEST CO., LTD., Virgin Islands, British; Building 26, Mingyang Tianxia, No. 1 Yuquan Road, Fuzhou, Fujian, China; Organization Type: Activities of holding companies [GLOMAG] (Linked To: ZHUO, Xinrong).

MARS INVESTMENT L.L.C (Arabic: مارس ايه ام للاستثمار ش.ذ.م.م), Suite Number 205, Noor Building, Port Saeed, Deira, Dubai, United Arab Emirates; Emaar Square, Building 6, Dubai, United Arab Emirates; Website marsinvestment.ae; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Aug 2022; License 1088601 (United Arab Emirates); Economic Register Number (CBLS) 11923570 (United Arab Emirates) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

MARS OCEANWAY INC, Ibrahim Koray Sokak, Aydintepe Mah, 20/7, Tuzla, Istanbul, Turkey; 80 Broad Street, Monrovia, Liberia; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 2024; Identification Number IMO 0109043 [IRAN-EO13846].

MARSA ENERGY TRADING DMCC, Jumeirah Lakes Tower, Unit No: ALMAS-23-A, ALMAS Tower, Plot No: JLT-PH1-A0, Dubai, United Arab Emirates; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia- Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 23 Mar 2014; Registration Number DMCC-33790 (United Arab Emirates) [UKRAINE-EO13662] [RUSSIA-EO14024].

MARSHAL CREW MANAGEMENT FZCO (a.k.a. MARSHAL CREW MANAGEMENT PHILIPPINES INC; a.k.a. MARSHAL SHIP MANAGEMENT PRIVATE LIMITED; a.k.a. MARSHAL SHIP MANAGEMENT PVT LTD; a.k.a. MARSHAL SHIP MANNING AGENCY PRIVATE LIMITED), Unit No. 1, 5th Floor D Wing, Times Square Marol Naka, Andheri East, Mumbai 400059, India; Indiqube, Oceans Bay, 2nd Floor, Plot No. A-19 & A-20, Sidco Thiru Vi Ka Industrial Estate, Chennai 600032, India; D Wing, 6th Floor, Unit 605 606 607, Times Square Andheri Kurla Road Opp Mittal Estate, An, Dheri(E), Mumbai City, Mumbai 400059, India; Unit 905A, 9th Floor, 8912 ASEAN Avenue Building, ASEAN Avenue, Aseana City, Brgy. Tambo Paranaque City, Manila, Philippines; Unit Number BCB3 602, Building 3, Dubai, United Arab Emirates; Number 202, Second Floor, Wellington Business Park 2, Andheri Kurla Road, Andheri East, Mumbai 400059, India; Website www.marshal-shipmanagement.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Dec 2019; alt. Organization Established Date 28 Dec 2023; Tax ID No. AANCM1876A (India); alt. Tax ID No. 27AANCM1876A1ZF (India); Trade License No. 3274086 (United Arab Emirates); Company Number U74910MH2019PTC334992 (India); Registration Number 2023120129285-02 (Philippines); alt. Registration Number 334992 (India) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

MARSHAL CREW MANAGEMENT PHILIPPINES INC (a.k.a. MARSHAL CREW MANAGEMENT FZCO; a.k.a. MARSHAL SHIP MANAGEMENT PRIVATE LIMITED; a.k.a. MARSHAL SHIP MANAGEMENT PVT LTD; a.k.a. MARSHAL SHIP MANNING AGENCY PRIVATE LIMITED), Unit No. 1, 5th Floor D Wing, Times Square Marol Naka, Andheri East, Mumbai 400059, India; Indiqube, Oceans Bay, 2nd Floor, Plot No. A-19 & A-20, Sidco Thiru Vi Ka Industrial Estate, Chennai 600032, India; D Wing, 6th Floor, Unit 605 606 607, Times Square Andheri Kurla Road Opp Mittal Estate,

An, Dheri(E), Mumbai City, Mumbai 400059, India; Unit 905A, 9th Floor, 8912 ASEAN Avenue Building, ASEAN Avenue, Aseana City, Brgy. Tambo Paranaque City, Manila, Philippines; Unit Number BCB3 602, Building 3, Dubai, United Arab Emirates; Number 202, Second Floor, Wellington Business Park 2, Andheri Kurla Road, Andheri East, Mumbai 400059, India; Website www.marshal-shipmanagement.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Dec 2019; alt. Organization Established Date 28 Dec 2023; Tax ID No. AANCM1876A (India); alt. Tax ID No. 27AANCM1876A1ZF (India); Trade License No. 3274086 (United Arab Emirates); Company Number U74910MH2019PTC334992 (India); Registration Number 2023120129285-02 (Philippines); alt. Registration Number 334992 (India) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

MARSHAL SHIP MANAGEMENT PRIVATE LIMITED (a.k.a. MARSHAL CREW MANAGEMENT FZCO; a.k.a. MARSHAL CREW MANAGEMENT PHILIPPINES INC; a.k.a. MARSHAL SHIP MANAGEMENT PVT LTD; a.k.a. MARSHAL SHIP MANNING AGENCY PRIVATE LIMITED), Unit No. 1, 5th Floor D Wing, Times Square Marol Naka, Andheri East, Mumbai 400059, India; Indiqube, Oceans Bay, 2nd Floor, Plot No. A-19 & A-20, Sidco Thiru Vi Ka Industrial Estate, Chennai 600032, India; D Wing, 6th Floor, Unit 605 606 607, Times Square Andheri Kurla Road Opp Mittal Estate, An, Dheri(E), Mumbai City, Mumbai 400059, India; Unit 905A, 9th Floor, 8912 ASEAN Avenue Building, ASEAN Avenue, Aseana City, Brgy. Tambo Paranaque City, Manila, Philippines; Unit Number BCB3 602, Building 3, Dubai, United Arab Emirates; Number 202, Second Floor, Wellington Business Park 2, Andheri Kurla Road, Andheri East, Mumbai 400059, India; Website www.marshal-shipmanagement.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Dec 2019; alt. Organization Established Date 28 Dec 2023; Tax ID No. AANCM1876A (India); alt. Tax ID No. 27AANCM1876A1ZF (India); Trade License No. 3274086 (United Arab Emirates); Company Number U74910MH2019PTC334992 (India); Registration Number 2023120129285-02

(Philippines); alt. Registration Number 334992 (India) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

MARSHAL SHIP MANAGEMENT PVT LTD (a.k.a. MARSHAL CREW MANAGEMENT FZCO; a.k.a. MARSHAL CREW MANAGEMENT PHILIPPINES INC; a.k.a. MARSHAL SHIP MANAGEMENT PRIVATE LIMITED; a.k.a. MARSHAL SHIP MANNING AGENCY PRIVATE LIMITED), Unit No. 1, 5th Floor D Wing, Times Square Marol Naka, Andheri East, Mumbai 400059, India; Indiqube, Oceans Bay, 2nd Floor, Plot No. A-19 & A-20, Sidco Thiru Vi Ka Industrial Estate, Chennai 600032, India; D Wing, 6th Floor, Unit 605 606 607, Times Square Andheri Kurla Road Opp Mittal Estate, An, Dheri(E), Mumbai City, Mumbai 400059, India; Unit 905A, 9th Floor, 8912 ASEAN Avenue Building, ASEAN Avenue, Aseana City, Brgy. Tambo Paranaque City, Manila, Philippines; Unit Number BCB3 602, Building 3, Dubai, United Arab Emirates; Number 202, Second Floor, Wellington Business Park 2, Andheri Kurla Road, Andheri East, Mumbai 400059, India; Website www.marshal-shipmanagement.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Dec 2019; alt. Organization Established Date 28 Dec 2023; Tax ID No. AANCM1876A (India); alt. Tax ID No. 27AANCM1876A1ZF (India); Trade License No. 3274086 (United Arab Emirates); Company Number U74910MH2019PTC334992 (India); Registration Number 2023120129285-02 (Philippines); alt. Registration Number 334992 (India) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

MARSHAL SHIP MANNING AGENCY PRIVATE LIMITED (a.k.a. MARSHAL CREW MANAGEMENT FZCO; a.k.a. MARSHAL CREW MANAGEMENT PHILIPPINES INC; a.k.a. MARSHAL SHIP MANAGEMENT PRIVATE LIMITED; a.k.a. MARSHAL SHIP MANAGEMENT PVT LTD), Unit No. 1, 5th Floor D Wing, Times Square Marol Naka, Andheri East, Mumbai 400059, India; Indiqube, Oceans Bay, 2nd Floor, Plot No. A-19 & A-20, Sidco Thiru Vi Ka Industrial Estate, Chennai 600032, India; D Wing, 6th Floor, Unit 605 606 607, Times Square Andheri Kurla Road Opp Mittal Estate, An, Dheri(E), Mumbai City, Mumbai 400059, India; Unit 905A, 9th Floor, 8912 ASEAN Avenue Building, ASEAN Avenue,

Aseana City, Brgy. Tambo Paranaque City, Manila, Philippines; Unit Number BCB3 602, Building 3, Dubai, United Arab Emirates; Number 202, Second Floor, Wellington Business Park 2, Andheri Kurla Road, Andheri East, Mumbai 400059, India; Website www.marshal-shipmanagement.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Dec 2019; alt. Organization Established Date 28 Dec 2023; Tax ID No. AANCM1876A (India); alt. Tax ID No. 27AANCM1876A1ZF (India); Trade License No. 3274086 (United Arab Emirates); Company Number U74910MH2019PTC334992 (India); Registration Number 2023120129285-02 (Philippines); alt. Registration Number 334992 (India) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

MARSHALAU, Ihar Anatolievich (Cyrillic: МАРШАЛАЎ, Ігар Анатольевіч) (a.k.a. MARSHALOV, Igor Anatolievich (Cyrillic: МАРШАЛОВ, Игорь Анатольевич)), ul. Shchukina 15, Minsk, Belarus (Cyrillic: ул. Щукина 15, Минск, Belarus); ul. Frantsiska Skoriny 43A, kv. 41, Minsk, Belarus (Cyrillic: ул. Франциска Скорины 43А, кв. 41, Минск, Belarus); DOB 12 Jan 1972; POB Shklov, Mogilev Oblast, Belarus; nationality Belarus; Gender Male; National ID No. 3120172H018PB4 (Belarus); Tax ID No. EA8156054 (Belarus) (individual) [BELARUS-EO14038] (Linked To: DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS).

MARSHALL CAPITAL (a.k.a. MARSHALL CAPITAL PARTNERS), 5th Floor, Novinsky Passage Business Center, 31 Novinsky Boulevard, Moscow 123242, Russia; Website www.marcap.ru; Email Address info@marcap.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

MARSHALL CAPITAL PARTNERS (a.k.a. MARSHALL CAPITAL), 5th Floor, Novinsky Passage Business Center, 31 Novinsky Boulevard, Moscow 123242, Russia; Website www.marcap.ru; Email Address info@marcap.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

MARSHALL, Donovan (a.k.a. RAMCHARAM, Leebert; a.k.a. RAMCHARAN, Leebert; a.k.a. RAMCHARAN, Liebert); DOB 28 Dec 1959; POB Jamaica (individual) [SDNTK].

MARSHALOV, Igor Anatolievich (Cyrillic: МАРШАЛОВ, Игорь Анатольевич) (a.k.a. MARSHALAU, Ihar Anatolievich (Cyrillic: МАРШАЛАЎ, Ігар Анатольевіч)), ul. Shchukina 15, Minsk, Belarus (Cyrillic: ул. Щукина 15, Минск, Belarus); ul. Frantsiska Skoriny 43A, kv. 41, Minsk, Belarus (Cyrillic: ул. Франциска Скорины 43А, кв. 41, Минск, Belarus); DOB 12 Jan 1972; POB Shklov, Mogilev Oblast, Belarus; nationality Belarus; Gender Male; National ID No. 3120172H018PB4 (Belarus); Tax ID No. EA8156054 (Belarus) (individual) [BELARUS-EO14038] (Linked To: DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS).

MARSHAVIN, Roman Anatolyevich, Russia; DOB 16 Sep 1977; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

MARTEN EA TRADING CONSTRUCTION AND FOREIGN TRADE MARKETING LIMITED COMPANY (a.k.a. MARTEN EA TRADING INSAAT VE DIS TICARET PAZARLAMA LIMITED SIRKETI), Ic Kapi No: 6 Bagdat Cad. No: 412 Baglarbasi Mah., Maltepe, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 417870-5 (Turkey) [RUSSIA-EO14024].

MARTEN EA TRADING INSAAT VE DIS TICARET PAZARLAMA LIMITED SIRKETI (a.k.a. MARTEN EA TRADING CONSTRUCTION AND FOREIGN TRADE MARKETING LIMITED COMPANY), Ic Kapi No: 6 Bagdat Cad. No: 412 Baglarbasi Mah., Maltepe, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 417870-5 (Turkey) [RUSSIA-EO14024].

MARTIC, Milan; DOB 18 Nov 1954; POB Zagrovic, Croatia; ICTY indictee in custody (individual) [BALKANS].

MARTIN OLIVARES, Pedro Luis, Av. Francisco de Miranda, Edif Saule, Piso 7, APTO 72., Chacao, Miranda, Venezuela; DOB 18 Apr 1967; POB Caracas, Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Cedula No. 6252562 (Venezuela); Passport 057530115 (Venezuela) (individual) [SDNTK] (Linked To: D2 IMAGINEERING, C.A.; Linked To: GRUPO CONTROL 2004, C.A.; Linked To: GRUPO CONTROL SYSTEM 2004, C.A.; Linked To: INMUEBLES Y DESARROLLOS WEST POINT, C.A.; Linked To: INVERSIONES PMA 243, C.A.; Linked To: MATSUNICHI OIL TRAEADEZ 12, C.A.; Linked To: MATSUNICHI OIL TRADER, C.A.; Linked To: PLM CONSORCIO, C.A.; Linked To: PLM CONSULTORES, C.A.; Linked To: P.L.M. GROUP SOCIEDAD DE CORRETAJE DE VALORES, C.A.; Linked To: PLM SECURITY CONTROL GROUP, C.A.; Linked To: P L M SOCIEDAD DE CORRETAJE, C.A.; Linked To: PLM TRANSPORTE, C.A.; Linked To: TECHNO TRANSPORTE ML, C.A.).

MARTINEZ ALVAREZ, Carlos (a.k.a. GONZALEZ MEDINA, Jaime Andres), c/o GRUPO CRISTAL CORONA S.A. DE C.V., Mexico City, Distrito Federal, Mexico; c/o COMERCIALIZADORA GONRA, Cali, Colombia; Avenida Lomas Anahuac No. 133, Edificio A., Depto. 602, Colonia Lomas Anahuac, Delegacion Huixquilucan, Mexico, Mexico; DOB 27 Apr 1975; POB Cali, Valle del Cauca, Colombia; nationality Colombia; citizen Colombia; Cedula No. 94428531 (Colombia); Passport 94428531 (Colombia); C.U.R.P. GOMJ750427HNENDM06 (Mexico) (individual) [SDNTK].

MARTINEZ CANTABRANA, Cesar (a.k.a. MARTINEZ CANTABRANA, Cesar Alejandro), c/o ILC EXPORTACIONES, S. DE R.L. DE C.V., Mexico, Distrito Federal, Mexico; DOB 27 Oct 1968; POB Xochimilco, Distrito Federal, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. MACC681027HDFRNS03 (Mexico) (individual) [SDNTK].

MARTINEZ CANTABRANA, Cesar Alejandro (a.k.a. MARTINEZ CANTABRANA, Cesar), c/o ILC EXPORTACIONES, S. DE R.L. DE C.V., Mexico, Distrito Federal, Mexico; DOB 27 Oct 1968; POB Xochimilco, Distrito Federal, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. MACC681027HDFRNS03 (Mexico) (individual) [SDNTK].

MARTINEZ CASAS, Carlos Mario, c/o GASOLINERAS SAN FERNANDO S.A. DE C.V., Saucillo, Mexico; c/o INDIO VITORIO S. DE P.R. DE R.L. DE C.V., Saucillo, Mexico; Mexico; DOB 23 Apr 1969; nationality Mexico;

citizen Mexico; R.F.C. MACC-690423-D78 (Mexico); C.U.R.P. MACC690423HCHRSR08 (Mexico) (individual) [SDNTK].

MARTINEZ DUARTE, Armando; DOB 12 Aug 1954; nationality Mexico (individual) [SDNTK].

MARTINEZ FERNANDEZ, Pedro Orlando, Cuba; DOB 1971 to 1973; nationality Cuba; Gender Male (individual) [GLOMAG].

MARTINEZ LOPEZ, Jose Daniel (a.k.a. SEVILLA ARTEAGA, Kenffersso Jhosue; a.k.a. SEVILLA ARTEGA, Kenffersso Jhosue; a.k.a. SEVILLA ATEAGA, Kenferson; a.k.a. "El Flipper"; a.k.a. "Flypper"), Colombia; DOB 29 Apr 1993; POB Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 21098983 (Venezuela); alt. Cedula No. 1047240759 (Colombia) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

MARTINEZ MORALES, Luis Miguel (a.k.a. "MARTINEZ, Miguel"; a.k.a. "MARTINEZ, Miguel Miguelito"; a.k.a. "Miguelito"), Colonia Las Hojarascas, Km 19.5 Carretera Interamericana, Mixco, Guatemala; DOB 12 Sep 1989; POB Santa Lucia Cotzumalguapa, Guatemala; nationality Guatemala; Gender Male; Passport 245907203 (Guatemala) expires 15 Nov 2022; National ID No. 2459072030502 (Guatemala) (individual) [GLOMAG].

MARTINEZ OLIVET, Manuel Victor, Guatemala; DOB 03 Oct 1980; nationality Guatemala; Gender Male; Passport 179006614 (Guatemala) expires 29 Jun 2020; National ID No. 1790066140101 (Guatemala) (individual) [GLOMAG].

MARTINEZ RENTERIA, Gilberto (a.k.a. "EL 50"; a.k.a. "EL CINCUENTA"; a.k.a. "EL GILIO"), Mexico; DOB 14 May 1987; POB Nogales, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MARG870514HSRRNL00 (Mexico) (individual) [SDNTK].

MARTINEZ TREVIZO, Mario Ernesto, Mexico; DOB 16 Mar 1982; POB Chihuahua, Mexico; nationality Mexico; Gender Male; C.U.R.P. MATM820316HCHRRR01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MARTINOVIC, Vinko; DOB 21 Sep 1963; POB Mostar, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

MARTITEGUI, Jurdan (a.k.a. LIZASO, Jurdan Martitegui; a.k.a. "ARLAS"); DOB 10 May 1980; POB Durango, Vizcaya, Spain; nationality Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; National ID No. 45 626 584 (Spain) (individual) [SDGT].

MARTYNOV, Daniil Vasilievich (a.k.a. MARTYNOV, Daniil Vasilyevich), Moscow, Russia; DOB 19 Mar 1983; POB Moscow Region, Russia; nationality Russia; Gender Male (individual) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

MARTYNOV, Daniil Vasilyevich (a.k.a. MARTYNOV, Daniil Vasilievich), Moscow, Russia; DOB 19 Mar 1983; POB Moscow Region, Russia; nationality Russia; Gender Male (individual) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

MARTYNOV, Sergey Alexandrovich (Cyrillic: МАРТЫНОВ, Сергей Александрович), Russia; DOB 22 Aug 1959; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MARTYR ABU-ALI MUSTAFA BATTALION (a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

MARTYRS FOUNDATION (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES; a.k.a. AL-SHAHID CORPORATION; a.k.a. BONYAD SHAHID; a.k.a. BONYAD-E SHAHID; a.k.a. BONYAD-E SHAHID VA ISARGARAN; a.k.a. ES-SHAHID; a.k.a. IRANIAN MARTYRS FUND; a.k.a. SHAHID FOUNDATION; a.k.a. SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION), P.O. Box 15815-1394, Tehran 15900, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

MARTYRS FOUNDATION IN LEBANON (a.k.a. AL-MUA'ASSAT AL-SHAHID; a.k.a. AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION; a.k.a. AL-SHAHID FOUNDATION; a.k.a. AL-SHAHID

ORGANIZATION; a.k.a. HIZBALLAH MARTYRS FOUNDATION; a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNDATION; a.k.a. LEBANESE MARTYR ASSOCIATION; a.k.a. LEBANESE MARTYR FOUNDATION; a.k.a. MARTYRS INSTITUTE), P.O. Box 110 24, Bir al-Abed, Beirut, Lebanon; Biqa' Valley, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MARTYRS INSTITUTE (a.k.a. AL-MUA'ASSAT AL-SHAHID; a.k.a. AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION; a.k.a. AL-SHAHID FOUNDATION; a.k.a. AL-SHAHID ORGANIZATION; a.k.a. HIZBALLAH MARTYRS FOUNDATION; a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNDATION; a.k.a. LEBANESE MARTYR ASSOCIATION; a.k.a. LEBANESE MARTYR FOUNDATION; a.k.a. MARTYRS FOUNDATION IN LEBANON), P.O. Box 110 24, Bir al-Abed, Beirut, Lebanon; Biqa' Valley, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MARTYRS OF YARMOUK (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MARUF, Muhammad (a.k.a. MUSANNA, Maulana; a.k.a. UBAIDULLAH, Maulana; a.k.a. "HAMZAH, Ali"), Afghanistan; DOB 31 Jan

1988; alt. DOB 31 Jan 1985; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

MA'RUF, Taha Muhyi-al-Din (a.k.a. MARUF, Taha, Muhyi al-Din); DOB 1924; POB Sulaymaniyah, Iraq; nationality Iraq; Vice President; member of Revolutionary Command Council (individual) [IRAQ2].

MARUF, Taha, Muhyi al-Din (a.k.a. MA'RUF, Taha Muhyi-al-Din); DOB 1924; POB Sulaymaniyah, Iraq; nationality Iraq; Vice President; member of Revolutionary Command Council (individual) [IRAQ2].

MARUN PETROCHEMICAL (a.k.a. MAROON PETROCHEMICAL COMPANY; a.k.a. MARUN PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی مارون)), No 2, 17th Alley, Hassan Seif Avenue, San'at Square, Shahrake Gharb Ghods, Tehran, Iran; Website https://www.mpc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1999; National ID No. 10860727671 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

MARUN PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی مارون) (a.k.a. MAROON PETROCHEMICAL COMPANY; a.k.a. MARUN PETROCHEMICAL), No 2, 17th Alley, Hassan Seif Avenue, San'at Square, Shahrake Gharb Ghods, Tehran, Iran; Website https://www.mpc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1999; National ID No. 10860727671 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

MARUN SEPEHR OFOGH COMPANY (Arabic: شرکت افق سپهر مارون), Ground Floor, No. 0, Site 2 Street, Bandar Imam Special Economic Region Street, Special Economic Region, Bandar-e Mahshahr County, Bandar Imam Khomeini, Khuzestan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 01 Jun 2014; National ID No. 14004100088 (Iran); Business Registration Number 11121 (Iran) [IRAN-EO13846] (Linked To: MARUN PETROCHEMICAL COMPANY).

MARUN SUPPLEMENTAL INDUSTRIES COMPANY (Arabic: شرکت صنایع تکمیلی مارون) (a.k.a. SANAYE TAKMILI MARUN), Bandar

Imam Special Economic Region, Site 2, Bandar-e Mashahr, 6353169311, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Jul 2016; National ID No. 14005997710 (Iran); Business Registration Number 10260 (Iran) [IRAN-EO13846] (Linked To: MARUN PETROCHEMICAL COMPANY).

MARUN TADBIR TINA COMPANY (Arabic: شرکت تینا تدبیر مارون), Ground Floor, No. 0, Site 2 Street, Bandar Imam Special Economic Region Street, Special Economic Region, Bandar-e Mahshahr County, Bandar Imam Khomeini, Khuzestan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 03 Jun 2014; National ID No. 14004106839 (Iran); Business Registration Number 11122 (Iran) [IRAN-EO13846] (Linked To: MARUN PETROCHEMICAL COMPANY).

MARUTI SHIPPING INC., Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 31 May 2024; Identification Number IMO 6506573; Registration Number 126286 (Marshall Islands) [IRAN-EO13902].

MARVI, Ahmad (Arabic: احمد مروی), Mashhad, Iran; DOB 1958; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

MARVISE SMC DMCC (Arabic: ارفایز إ س إم س ي م د م س) (a.k.a. MAIRIN SHIPPING AND MANAGEMENT CONSULTANCY DMCC شرکة میرین للاستشارات في مجال الشحن و :Arabic) الإدارة)), Unit No O5-PF-CWC45, Level No 1, Detached Retail O5, Parcel JLT-PH2-RET-O 5, Jumeirah Lakes Towers, Dubai Multi Commodities Centre, New Dubai, Dubai, United Arab Emirates; Unit No: 4005, Platinum Tower, Cluster I, Jumeirah Lakes Towers, Dubai Multi Commodities Centre, New Dubai, Dubai, United Arab Emirates; Organization Established Date 01 Aug 2022; License DMCC194220 (United Arab Emirates); Registration Number DMCC-855149 (United Arab Emirates); Economic Register Number (CBLS) 11923359 (United Arab Emirates) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

MARWA INVESTMENTS LIMITED, Suite# 3006, 30th Floor, Al Attar Tower, Sheikh Zayed Road, Dubai, United Arab Emirates; P.O. Box 43630, Dubai, United Arab Emirates; Organization Established Date 20 Aug 2009; Registration Number IC/1951/09 (United Arab Emirates)

[GLOMAG] (Linked To: PATTNI, Kamlesh Mansukhlal Damji).

MARWAN HADID BRIGADE (a.k.a. ABDALLAH AZZAM BRIGADES; a.k.a. ABDULLAH AZZAM BRIGADES; a.k.a. MARWAN HADID BRIGADES; a.k.a. YUSUF AL-'UYAYRI BATTALIONS OF THE ABDULLAH AZZAM BRIGADES; a.k.a. ZIYAD AL-JARRAH BATTALIONS OF THE ABDULLAH AZZAM BRIGADES), Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

MARWAN HADID BRIGADES (a.k.a. ABDALLAH AZZAM BRIGADES; a.k.a. ABDULLAH AZZAM BRIGADES; a.k.a. MARWAN HADID BRIGADE; a.k.a. YUSUF AL-'UYAYRI BATTALIONS OF THE ABDULLAH AZZAM BRIGADES; a.k.a. ZIYAD AL-JARRAH BATTALIONS OF THE ABDULLAH AZZAM BRIGADES), Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

MARZIYA SHIPPING OPC PVT LTD, A-1, S A Hasan, Langar Khana Chowk, Lucknow, Uttar Pradesh 226003, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 06 May 2021; C.I.N. U61200UP2021OPC145965 (India); Identification Number IMO 6227200; Business Registration Number 145965 (India) [IRAN-EO13846].

MARZOOK, Mousa Mohamed Abou (a.k.a. ABU MARZOOK, Mousa Mohammed; a.k.a. ABU-MARZUQ, Dr. Musa; a.k.a. ABU-MARZUQ, Sa'id; a.k.a. MARZOUK, Musa Abu; a.k.a. MARZUK, Musa Abu; a.k.a. "ABU-'UMAR"); DOB 09 Feb 1951; POB Gaza, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 92/664 (Egypt); SSN 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 (United States); Political Leader in Amman, Jordan and Damascus, Syria for HAMAS (individual) [SDGT].

MARZOUK, Musa Abu (a.k.a. ABU MARZOOK, Mousa Mohammed; a.k.a. ABU-MARZUQ, Dr. Musa; a.k.a. ABU-MARZUQ, Sa'id; a.k.a. MARZOOK, Mousa Mohamed Abou; a.k.a. MARZUK, Musa Abu; a.k.a. "ABU-'UMAR"); DOB 09 Feb 1951; POB Gaza, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Passport 92/664 (Egypt); SSN 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 (United States); Political Leader in Amman, Jordan and Damascus, Syria for HAMAS (individual) [SDGT].

MARZUK, Musa Abu (a.k.a. ABU MARZOOK, Mousa Mohammed; a.k.a. ABU-MARZUQ, Dr. Musa; a.k.a. ABU-MARZUQ, Sa'id; a.k.a. MARZOOK, Mousa Mohamed Abou; a.k.a. MARZOUK, Musa Abu; a.k.a. "ABU-'UMAR"); DOB 09 Feb 1951; POB Gaza, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 92/664 (Egypt); SSN 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 (United States); Political Leader in Amman, Jordan and Damascus, Syria for HAMAS (individual) [SDGT].

MARZUKI, Zulkepli (a.k.a. BIN MARZUKI, Zulkifli; a.k.a. BIN ZUKEPLI, Marzuki; a.k.a. MARZUKI, Zulkifli; a.k.a. "ZUKIPLI"; a.k.a. "ZULKIFLI"); DOB 03 Jul 1968; POB Malaysia; nationality Malaysia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MARZUKI, Zulkifli (a.k.a. BIN MARZUKI, Zulkifli; a.k.a. BIN ZUKEPLI, Marzuki; a.k.a. MARZUKI, Zulkepli; a.k.a. "ZUKIPLI"; a.k.a. "ZULKIFLI"); DOB 03 Jul 1968; POB Malaysia; nationality Malaysia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MAS LOGEX DIS TICARET VE LOJISTIK SANAYI LIMITED SIRKETI, Gardenya Residence, No:7/1/26 Ataturk Mahallesi Atasehir Bulvari, Atasehir, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6121548759 (Turkey); Registration Number 371341 (Turkey) [RUSSIA-EO14024].

MASA FACIL, S.A. DE C.V., Mexico, Distrito Federal, Mexico; Folio Mercantil No. 343997 (Mexico) issued 14 Dec 2005 [SDNT].

MASAKI, Toshio (a.k.a. PARK, Nyon-Nam); DOB 13 Jan 1947 (individual) [TCO].

MASALOVICH, Andrey Igorevich (Cyrillic: МАСАЛОВИЧ, Андрей Игоревич), Russia; DOB 15 Mar 1961; POB Novosibirsk, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 774302812948 (Russia) (individual) [RUSSIA-EO14024].

MASHARIA AL-KHAYRIA (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

MASHARIPOV, Aybek, Uzbekistan; DOB 1979; POB Nukus, Uzbekistan; nationality Uzbekistan; Gender Male (individual) [GLOMAG].

MASHARYA AL-KHAIRYA (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

MASHAT, Mahdi Mohammed (a.k.a. AL-MASHAT, Mahdi; a.k.a. ALMASHAT, Mahdi (Arabic: مهدي المشاط); a.k.a. AL-MASHAT, Mahdi bin Mohammed bin Hussein (Arabic: مهدي بن محمد بن حسين المشاط); a.k.a. AL-MASHAT, Mahdi Mohammed Hussein; a.k.a. AL-MASHAT, Mahdi Mohammed Hussein (Arabic: مهدي محمد حسين المشاط); a.k.a. ELMASHAT, Mahdi), Raqah, Yemen; DOB 1986; POB Al-Raqqa Village, Uzla Wulid Nuwar, Maran Area, Haydan District, Saada Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ANSARALLAH).

MASHEX SERVICE (a.k.a. LIMITED LIABILITY COMPANY MASHEKS SERVICE), Sh. Kashirskoe D. 3, K. 2 Str. 9, Pomeshch 1/4,

Moscow 115230, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9724026730 (Russia); Registration Number 1207700407848 (Russia) [RUSSIA-EO14024].

MASHHAD CENTRAL PRISON (a.k.a. MASHHAD PRISON; a.k.a. VAKIL ABAD PRISON; a.k.a. VAKILABAD PRISON), Mashhad City, Mashhad Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

MASHHAD PRISON (a.k.a. MASHHAD CENTRAL PRISON; a.k.a. VAKIL ABAD PRISON; a.k.a. VAKILABAD PRISON), Mashhad City, Mashhad Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

MASHIN SAZI ARAK (a.k.a. MACHINE SAZI ARAK CO. LTD.; a.k.a. MACHINE SAZI ARAK COMPANY P J S C; a.k.a. MACHINE SAZI ARAK SSA; a.k.a. "MSA"), P.O. Box 148, Arak 351138, Iran; Arak, Km 4 Tehran Road, Arak, Markazi Province, Iran; No. 1, Northern Kargar Street, Tehran 14136, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

MASHINOSTROITEL PERM FACTORY JSC (a.k.a. AO PERMSKIY ZAVOD MASHINOSTROITEL; a.k.a. JOINT STOCK COMPANY PERMSKIY ZAVOD MASHINOSTROITEL; a.k.a. JSC PERM PLANT MASHINOSTROITEL; a.k.a. JSC PERMSKY ZAVOD MASHINOSTROITEL), 57 Novozvyaginskaya Street, Perm 614014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Jun 2007; Tax ID No. 5906075029 (Russia); Registration Number 1075906004217 (Russia) [RUSSIA-EO14024].

MASHINOSTROITEL'NYI ZAVOD IM. M.I. KALININA, G. YEKATERINBURG OAO (a.k.a. KALININ MACHINE PLANT JSC; a.k.a. KALININ MACHINE-BUILDING PLANT OPEN JOINT-STOCK COMPANY; a.k.a. KALININ MACHINERY PLANT-BRD; a.k.a. MZIK OAO; a.k.a. OPEN-END JOINT-STOCK COMPANY 'KALININ MACHINERY PLANT. YEKATERINBURG'; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MASHINOSTROITELNY ZAVOD IM.M.I.KALININA, G.EKATERINBURG), 18 prospekt Kosmonavtov, Ekaterinburg, Sverdlovskaya obl. 620017, Russia; Email Address info@zik.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

MASHKANI, Abolfazl Ramezanzadeh (a.k.a. MOSHKANI, Abolfazl Ramazanzadeh; a.k.a. REZA'I', Abolfazl), Tehran, Iran; DOB 11 Jun 1988; POB Kashan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1263617549 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MASHOIL LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MASHOIL), d. 5 str. 1 pom. 1 kom. 1, per. Pyzhevski Moscow, Moscow 119017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Dec 2009; Tax ID No. 3315095756 (Russia); Government Gazette Number 63460412 (Russia); Registration Number 1093336001857 (Russia) [RUSSIA-EO14024].

MASHTALYAR, Oleg Alexandrovich (Cyrillic: МАШТАЛЯР, Олег Александрович), Russia; DOB 28 Sep 1971; POB Tashkent, Uzbekistan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 717545622 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

'MASHURA WAAD LAADAT AL-AAMAR (a.k.a. AL-WAAD AL-SADIQ; a.k.a. WAAD; a.k.a. WA'AD AS SADIQ; a.k.a. WAAD COMPANY; a.k.a. WAAD FOR REBUILDING THE SOUTHERN SUBURB; a.k.a. WAAD PROJECT; a.k.a. WAAD PROJECT FOR RECONSTRUCTION; a.k.a. WA'D PROJECT; a.k.a. WAED; a.k.a. WA'ED ORGANIZATION; a.k.a. WA'ID COMPANY), Harat Hurayk, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Telephone No. 009613679153; Telephone No. 009613380223; Telephone No. 03889402; Telephone No. 03669916 [SDGT].

MASJEDI, Iraj, Iraq; DOB 1957; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MASK TRANS, 1st Floor, Sri Mangalam Agencies Yadaimedai Complex, 39 Manali Express Road, Chennai 600057, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2018; Registration Number UDYAM-TN-02-0125604 (India) [RUSSIA-EO14024].

MASLI, Hamid (a.k.a. AL-DARNAVI, Hamza; a.k.a. AL-DARNAWI, Abu-Hamzah; a.k.a. AL-DARNAWI, Hamza; a.k.a. AL-DARNAWI, Hamzah; a.k.a. AL-MASLI, 'Abd al-Hamid Muhammad 'Abd al-Hamid; a.k.a. AL-MASLI, 'Abd-al-Hamid; a.k.a. DARNAVI, Hamza; a.k.a. DARNAWI, Abdullah; a.k.a. DARNAWI, Hamza; a.k.a. DARNAWI, Hamzah; a.k.a. DIRNAWI, Hamzah; a.k.a. MUSALLI, 'Abd-al-Hamid), Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1976; POB Darnah, Libya; alt. POB Danar, Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MASLOV, Ivan Aleksandrovich (Cyrillic: МАСЛОВ, ИВАН АЛЕКСАНДРОВИЧ) (a.k.a. "MASLOV, Ivan Oleksandrovich"), Mali; Uchitelskaya St., Apt 2, Shatki, Nizhny Novgorod Region, Russia; DOB 11 Jul 1982; alt. DOB 03 Jan 1980; POB Arkhangelsk, Russia; alt. POB Chuguevka, Chuguevsky District, Primorsky territory, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 731849424 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

MASOUMIAN, Mehdi (a.k.a. MASUMIAN, Mahdi), Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0491942168 (Iran) (individual) [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

MASOUMPOUR, Mojtaba, Iran; DOB 1988; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [HRIT-IR] (Linked To: NET PEYGARD SAMAVAT COMPANY).

MASOUTI BIN MOHAMMED ADNAN, Mohammed Humam (Arabic: محمد همام مسوتى

(بن محمد عدنان) (a.k.a. HUMAM, Msuti; a.k.a. MASOUTI, Mohammad Humam; a.k.a. MASOUTI, Mohammad Hussam Mohammad Adnan; a.k.a. MASOUTI, Mohammed Hammam; a.k.a. MASOUTI, Mohammed Hammam Mohammed Adnan (Arabic: محمد همام محمد عدنان مسوتی); a.k.a. MASOUTI, Mohammed Humam Mohammed Adnan; a.k.a. MSOUTI, Mohammad Humam Mohammad Adnan), Damascus, Syria; DOB 1976; POB Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

MASOUTI, Mohammad Humam (a.k.a. HUMAM, Msuti; a.k.a. MASOUTI BIN MOHAMMED ADNAN, Mohammed Humam (Arabic: محمد همام مسوتی بن محمد عدنان); a.k.a. MASOUTI, Mohammad Hussam Mohammad Adnan; a.k.a. MASOUTI, Mohammed Hammam; a.k.a. MASOUTI, Mohammed Hammam Mohammed Adnan (Arabic: محمد همام محمد عدنان مسوتی); a.k.a. MASOUTI, Mohammed Humam Mohammed Adnan; a.k.a. MSOUTI, Mohammad Humam Mohammad Adnan), Damascus, Syria; DOB 1976; POB Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

MASOUTI, Mohammad Hussam Mohammad Adnan (a.k.a. HUMAM, Msuti; a.k.a. MASOUTI BIN MOHAMMED ADNAN, Mohammed Humam (Arabic: محمد همام مسوتی بن محمد عدنان); a.k.a. MASOUTI, Mohammad Humam; a.k.a. MASOUTI, Mohammed Hammam; a.k.a. MASOUTI, Mohammed Hammam Mohammed Adnan (Arabic: محمد همام محمد عدنان مسوتی); a.k.a. MASOUTI, Mohammed Humam Mohammed Adnan; a.k.a. MSOUTI, Mohammad Humam Mohammad Adnan), Damascus, Syria; DOB 1976; POB Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

MASOUTI, Mohammed Hammam (a.k.a. HUMAM, Msuti; a.k.a. MASOUTI BIN MOHAMMED ADNAN, Mohammed Humam (Arabic: محمد همام مسوتی بن محمد عدنان); a.k.a. MASOUTI, Mohammad Humam; a.k.a. MASOUTI, Mohammad Hussam Mohammad Adnan; a.k.a. MASOUTI, Mohammed Hammam Mohammed Adnan (Arabic: محمد همام محمد عدنان مسوتی); a.k.a. MASOUTI, Mohammed Humam Mohammed Adnan; a.k.a. MSOUTI, Mohammad Humam Mohammad Adnan), Damascus, Syria; DOB 1976; POB Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

MASOUTI, Mohammed Hammam Mohammed Adnan (Arabic: محمد همام محمد عدنان مسوتی) (a.k.a. HUMAM, Msuti; a.k.a. MASOUTI BIN MOHAMMED ADNAN, Mohammed Humam (Arabic: محمد همام مسوتی بن محمد عدنان); a.k.a. MASOUTI, Mohammad Humam; a.k.a. MASOUTI, Mohammad Hussam Mohammad Adnan; a.k.a. MASOUTI, Mohammed Hammam; a.k.a. MASOUTI, Mohammed Humam Mohammed Adnan; a.k.a. MSOUTI, Mohammad Humam Mohammad Adnan), Damascus, Syria; DOB 1976; POB Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

MASOUTI, Mohammed Humam Mohammed Adnan (a.k.a. HUMAM, Msuti; a.k.a. MASOUTI BIN MOHAMMED ADNAN, Mohammed Humam (Arabic: محمد همام مسوتی بن محمد عدنان); a.k.a. MASOUTI, Mohammad Humam; a.k.a. MASOUTI, Mohammad Hussam Mohammad Adnan; a.k.a. MASOUTI, Mohammed Hammam; a.k.a. MASOUTI, Mohammed Hammam Mohammed Adnan (Arabic: محمد همام محمد عدنان مسوتی); a.k.a. MSOUTI, Mohammad Humam Mohammad Adnan), Damascus, Syria; DOB 1976; POB Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

MASS COM GROUP FOR GENERAL TRADING (a.k.a. MASS COM GROUP FOR GENERAL TRADING AND CONTRACTING; a.k.a. MASS COM GROUP GEN. TRAD. & CONT. CO. WLL; a.k.a. MASS COM GROUP GENERAL TRADING AND CONTRACTING COMPANY WLL (Arabic: شرکه ماس کوم جروب للتجاره العامه والمقاولات)), Capital - Jibla - Fahd al-Salim Street, Kuwait; Apt. 11 Bid. 14614 St. Qutaiba Bl 146, Hawally, Kuwait; Website https://masscom-kw.corn/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 May 2009; Trade License No. 331174 (Kuwait); Chamber of Commerce Number 119284 (Kuwait) [SDGT].

MASS COM GROUP FOR GENERAL TRADING AND CONTRACTING (a.k.a. MASS COM GROUP FOR GENERAL TRADING; a.k.a. MASS COM GROUP GEN. TRAD. & CONT. CO. WLL; a.k.a. MASS COM GROUP GENERAL TRADING AND CONTRACTING COMPANY WLL (Arabic: شرکه ماس کوم جروب للتجاره العامه والمقاولات)), Capital - Jibla - Fahd al-Salim Street, Kuwait; Apt. 11 Bid. 14614 St. Qutaiba Bl 146, Hawally, Kuwait; Website https://masscom-kw.corn/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 May 2009; Trade License No. 331174 (Kuwait); Chamber of Commerce Number 119284 (Kuwait) [SDGT].

MASS COM GROUP GEN. TRAD. & CONT. CO. WLL (a.k.a. MASS COM GROUP FOR GENERAL TRADING; a.k.a. MASS COM GROUP FOR GENERAL TRADING AND CONTRACTING; a.k.a. MASS COM GROUP GENERAL TRADING AND CONTRACTING COMPANY WLL (Arabic: شرکه ماس کوم جروب للتجاره العامه والمقاولات)), Capital - Jibla - Fahd al-Salim Street, Kuwait; Apt. 11 Bid. 14614 St. Qutaiba Bl 146, Hawally, Kuwait; Website https://masscom-kw.corn/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 May 2009; Trade License No. 331174 (Kuwait); Chamber of Commerce Number 119284 (Kuwait) [SDGT].

MASS COM GROUP GENERAL TRADING AND CONTRACTING COMPANY WLL (Arabic: شرکه ماس کوم جروب للتجاره العامه والمقاولات) (a.k.a. MASS COM GROUP FOR GENERAL TRADING; a.k.a. MASS COM GROUP FOR GENERAL TRADING AND CONTRACTING; a.k.a. MASS COM GROUP GEN. TRAD. & CONT. CO. WLL), Capital - Jibla - Fahd al-Salim Street, Kuwait; Apt. 11 Bid. 14614 St. Qutaiba Bl 146, Hawally, Kuwait; Website https://masscom-kw.corn/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 May 2009; Trade License No. 331174 (Kuwait); Chamber of Commerce Number 119284 (Kuwait) [SDGT].

MASSA CAMACHO, Eduardo, Mexico; DOB 07 Aug 1959; POB Mexico City, Distrito Federal, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. MACE590807HDFSMD05 (Mexico) (individual) [SDNTK].

MASSANDRA NATIONAL INDUSTRIAL AGRARIAN ASSOCIATON OF WINE INDUSTRY (a.k.a. MASSANDRA STATE CONCERN, NATIONAL PRODUCTION AND AGRARIAN UNION, OJSC; a.k.a. NACIONALNOYE PROIZ-VODSTVENNO AGRARNOYE OBYEDINENYE MASSANDRA; a.k.a. STATE CONCERN NATIONAL ASSOCIATION OF PRODUCERS MASSANDRA; a.k.a. STATE CONCERN NATIONAL PRODUCTION AND AGRICULTURAL ASSOCIATION MASSANDRA), 6, str. Mira, Massandra, Yalta

98600, Ukraine; 6, Mira str., Massandra, Yalta, Crimea 98650, Ukraine; Mira str, h. 6, Massandra, Yalta, Crimea 98600, Ukraine; 6, Myra st., Massandra, Crimea 98650, Ukraine; Website http://www.massandra.net.ua/; Email Address impex@massandra.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 00411890 (Ukraine) [UKRAINE-EO13685].

MASSANDRA STATE CONCERN, NATIONAL PRODUCTION AND AGRARIAN UNION, OJSC (a.k.a. MASSANDRA NATIONAL INDUSTRIAL AGRARIAN ASSOCIATON OF WINE INDUSTRY; a.k.a. NACIONALNOYE PROIZ-VODSTVENNO AGRARNOYE OBYEDINENYE MASSANDRA; a.k.a. STATE CONCERN NATIONAL ASSOCIATION OF PRODUCERS MASSANDRA; a.k.a. STATE CONCERN NATIONAL PRODUCTION AND AGRICULTURAL ASSOCIATION MASSANDRA), 6, str. Mira, Massandra, Yalta 98600, Ukraine; 6, Mira str., Massandra, Yalta, Crimea 98650, Ukraine; Mira str, h. 6, Massandra, Yalta, Crimea 98600, Ukraine; 6, Myra st., Massandra, Crimea 98650, Ukraine; Website http://www.massandra.net.ua/; Email Address impex@massandra.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 00411890 (Ukraine) [UKRAINE-EO13685].

MASTER JOINT CO., LIMITED, Flat/Rm A 12/F ZJ 300, 300 Lockhart Road, Hong Kong, China; Organization Established Date 11 Nov 2022; C.R. No. 3207669 (Hong Kong); Trade License No. 74597457 (Hong Kong) [IRAN-EO13902].

MASTER REPOSTERIAS Y RESTAURANTES, S.A. DE C.V., Naciones Unidas 6875 B9C, Virreyes Residencial, Zapopan, Jalisco, Mexico; Av. Naciones Unidas 6885 B 9 y B 8, Paseo de los Virreyes, Zapopan, Jalisco 45136, Mexico; R.F.C. MRR151026PW6 (Mexico) [SDNTK].

MASTERSKILL INVESTMENTS LIMITED, Dimokritou, 15 Panaretos Eliena Complex, Flat 104, Potamos Germasogeias, Limassol 4041, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Apr 2016; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Registration Number HE 354317 (Cyprus) [RUSSIA-EO14024] (Linked To: IRONHILL HOLDINGS LIMITED).

MAS'UD, Abu Ali (a.k.a. NIKBAKHT, Mas'ud; a.k.a. NOBAKHT, Mas'ud; a.k.a. NOWBAKHT, Mas'ud; a.k.a. NOWBAKHT, Sa'id); DOB 28 Dec 1961; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 9004318; alt. Passport 9011128; alt. Passport 9004398 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MASUMIAN, Mahdi (a.k.a. MASOUMIAN, Mehdi), Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0491942168 (Iran) (individual) [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

MATA GARCIA, Americo Alex (Latin: MATA GARCÍA, Américo Alex) (a.k.a. MATA, Americo (Latin: MATA, Américo)), Miranda, Venezuela; DOB 02 Jan 1976; citizen Venezuela; Gender Male; Cedula No. 12711021 (Venezuela); Passport C1506013 (Venezuela); Alternate Director on the Board of Directors of the National Bank of Housing and Habitat; Former Vice Minister of Agricultural Economics; Former President of the Agricultural Bank of Venezuela (individual) [VENEZUELA].

MATA, Alcides (a.k.a. ALCIDES MAGANA, Ramon; a.k.a. ALCIDES MAGANE, Ramon; a.k.a. ALCIDES MAYENA, Ramon; a.k.a. ALCIDEZ MAGANA, Ramon; a.k.a. GONZALEZ QUIONES, Jorge; a.k.a. MAGANA ALCIDES, Ramon; a.k.a. MAGANA, Jorge; a.k.a. MAGNA ALCIDEDES, Ramon; a.k.a. RAMON MAGANA, Alcedis; a.k.a. RAMON MAGANA, Alcides; a.k.a. ROMERO, Antonio); DOB 04 Sep 1957 (individual) [SDNTK].

MATA, Americo (Latin: MATA, Américo) (a.k.a. MATA GARCIA, Americo Alex (Latin: MATA GARCÍA, Américo Alex)), Miranda, Venezuela; DOB 02 Jan 1976; citizen Venezuela; Gender Male; Cedula No. 12711021 (Venezuela); Passport C1506013 (Venezuela); Alternate Director on the Board of Directors of the National Bank of Housing and Habitat; Former Vice Minister of Agricultural Economics; Former President of the Agricultural Bank of Venezuela (individual) [VENEZUELA].

MATAAN, Ahmed Hasan Ali Sulaiman (a.k.a. SULAIMAN, Ahmad Matan Hassan Ali; a.k.a. "MATAAN, Ahmad"; a.k.a. "MATAAN, Ahmed"), Al Mahrah, Yemen; DOB 1966; POB Qandala,

Somalia; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

MATADERO METROPOLITANO LTDA., Km. 3 Via Marsella Parque Industrial, Pereira, Colombia; Carrera 10 No. 34-21 Dosq., Pereira, Colombia; Apartado Aereo 3786, Pereira, Colombia; NIT # 891412986-8 (Colombia) [SDNT].

MATAJER NOVIN MADA'EN COMPANY (a.k.a. MADA'IN NOVIN TRADERS (Arabic: شرکت سهامی خاص متاجر نوین مدائن)), Lashgarak Road, Artesh Highway, Shahid Hossein Arab Halavasi Street, No. 11, Ground Floor, Tehran 1955633311, Iran; Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 515671 (Iran) [SDGT] [IFSR] (Linked To: SABURINEZHAD, Hasan).

MATALY, Mohamed Ould, Golf Rue 708 Door 345, Gao, Mali; DOB 1958; nationality Mali; Gender Male; Passport D9011156 (Mali) (individual) [MALI-EO13882].

MATANGA, Godwin (a.k.a. MATANGA, Tandabantu Godwin), Harare, Zimbabwe; DOB 05 Feb 1962; POB Chipinge, Zimbabwe; nationality Zimbabwe; Gender Male; National ID No. 75128777N13 (Zimbabwe) (individual) [GLOMAG].

MATANGA, Tandabantu Godwin (a.k.a. MATANGA, Godwin), Harare, Zimbabwe; DOB 05 Feb 1962; POB Chipinge, Zimbabwe; nationality Zimbabwe; Gender Male; National ID No. 75128777N13 (Zimbabwe) (individual) [GLOMAG].

MATAROMAX PTY LTD (a.k.a. MSD CAPITAL PTY LTD), F4E3 The Paragon II, 1 Krammer Road, Johannesburg, Gauteng 2007, South Africa; P.O. Box 35465, Johannesburg, Gauteng 0102, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Nov 2018; V.A.T. Number 4490288372 (South Africa); Tax ID No. 9407308197 (South Africa); Commercial Registry Number 2018/607460/07 (South Africa) [SDGT] (Linked To: MURAD, Bassem).

MATEAS LIMITED, Afstralias 6, Limassol 3017, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Feb 2002; Registration

Number C127590 (Cyprus) [RUSSIA-EO14024] (Linked To: VOLFOVICH, Alexander).

MATEO LAUREANO, Ignacio, Calle Mariano Matamoros No. 58, Centro, Colonia San Gabriel Chilac, Puebla, Mexico; Calle Sagitaro y Lactea No. 3085, Colonia Las Palmas, entre Lactea y Av. La Paz, Ciudad Victoria, Tamaulipas, Mexico; DOB 31 Jul 1977; POB Guerrero; alt. POB Tecpan de Galeana,Guerrero; nationality Mexico; citizen Mexico; C.U.R.P. MALI770731HGRTRG07 (Mexico); Cartilla de Servicio Militar Nacional C2606947 (Mexico) (individual) [SDNTK].

MATHEUS MELENDEZ, Alberto Alexander, Venezuela; DOB 20 Nov 1970; POB Venezuela; nationality Venezuela; Gender Male; Cedula No. V10597658 (Venezuela) (individual) [VENEZUELA].

MATIN SANAT NIK ANDISHAN (a.k.a. IRANIAN NOVIN SYSTEMS MANAGEMENT; a.k.a. "MASNA"; a.k.a. "MSNA"), Unit 13, Number 13, Kuhestan-e Sheshom, Nobonyad Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MATINKIA, Alireza (a.k.a. "KIA, Matin"), Tehran, Iran; DOB 06 Sep 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 145691535 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SABERIN KISH COMPANY).

MATIUSHCHENKO, Ekaterina Sergeevna (a.k.a. MATYUSHCHENKO, Ekaterina Sergeevna; a.k.a. MATYUSHCHENKO, Kateryna), 20 Ulitsa Novosadovaya, Apt. 41, Donetsk, Donetsk Region, Ukraine; DOB 01 Feb 1979; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

MATLOUB, Mohsen (a.k.a. MOGHADAM, Mohsen Matloub), Iran; DOB 02 Oct 1990; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport V25762563 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MATNEE, Mohammed Abdulqader (a.k.a. AL-RAWI, Muhammad Abd-al-Qadir Mutni Assaf; a.k.a. MATNI, Muhammad 'Abd-al-Qadir; a.k.a. MUTNI, Mohammad Abdul Kadir; a.k.a. MUTNI, Muhammad Abdul Qadar; a.k.a. "ABD-AL-QARIM, Abu"), Erbil, Iraq; DOB 15 Apr 1983;

Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G2590897 (individual) [SDGT].

MATNI, Muhammad 'Abd-al-Qadir (a.k.a. AL-RAWI, Muhammad Abd-al-Qadir Mutni Assaf; a.k.a. MATNEE, Mohammed Abdulqader; a.k.a. MUTNI, Mohammad Abdul Kadir; a.k.a. MUTNI, Muhammad Abdul Qadar; a.k.a. "ABD-AL-QARIM, Abu"), Erbil, Iraq; DOB 15 Apr 1983; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G2590897 (individual) [SDGT].

MATOUK, Matouk Mohamed (a.k.a. MATUQ, Matuq Mohammed; a.k.a. MATUQ, Matuq Muhammad); DOB 1956; POB Khoms, Libya; Secretary of the General People's Committee for Public Works (individual) [LIBYA2].

MATRAIMOV, Raimbek (a.k.a. MATRAIMOV, Raimbek Ismailovich; a.k.a. MATRAIMOV, Raiymbek; a.k.a. MATRAIMOV, Rayimbek; a.k.a. YSMAIYLOV, Raiym), Osh, Kyrgyzstan; DOB 03 May 1971; POB Agartuu, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; National ID No. 1340572 issued 07 Aug 2010 expires 07 Aug 2029; alt. National ID No. 1877213 (Kyrgyzstan) expires 15 Oct 2030; alt. National ID No. 1825229 (Kyrgyzstan) expires 14 Sep 2030 (individual) [GLOMAG].

MATRAIMOV, Raimbek Ismailovich (a.k.a. MATRAIMOV, Raimbek; a.k.a. MATRAIMOV, Raiymbek; a.k.a. MATRAIMOV, Rayimbek; a.k.a. YSMAIYLOV, Raiym), Osh, Kyrgyzstan; DOB 03 May 1971; POB Agartuu, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; National ID No. 1340572 issued 07 Aug 2010 expires 07 Aug 2029; alt. National ID No. 1877213 (Kyrgyzstan) expires 15 Oct 2030; alt. National ID No. 1825229 (Kyrgyzstan) expires 14 Sep 2030 (individual) [GLOMAG].

MATRAIMOV, Raiymbek (a.k.a. MATRAIMOV, Raimbek; a.k.a. MATRAIMOV, Raimbek Ismailovich; a.k.a. MATRAIMOV, Rayimbek; a.k.a. YSMAIYLOV, Raiym), Osh, Kyrgyzstan; DOB 03 May 1971; POB Agartuu, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; National ID No. 1340572 issued 07 Aug 2010 expires 07 Aug 2029; alt. National ID No. 1877213 (Kyrgyzstan) expires 15 Oct 2030; alt. National ID No. 1825229 (Kyrgyzstan) expires 14 Sep 2030 (individual) [GLOMAG].

MATRAIMOV, Rayimbek (a.k.a. MATRAIMOV, Raimbek; a.k.a. MATRAIMOV, Raimbek Ismailovich; a.k.a. MATRAIMOV, Raiymbek;

a.k.a. YSMAIYLOV, Raiym), Osh, Kyrgyzstan; DOB 03 May 1971; POB Agartuu, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; National ID No. 1340572 issued 07 Aug 2010 expires 07 Aug 2029; alt. National ID No. 1877213 (Kyrgyzstan) expires 15 Oct 2030; alt. National ID No. 1825229 (Kyrgyzstan) expires 14 Sep 2030 (individual) [GLOMAG].

MATRIKS ELEKTRONIKA, ul. Lineinaya d. 227, office 201, Novosibirsk 630111, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5402035309 (Russia); Registration Number 1175476088897 (Russia) [RUSSIA-EO14024].

MATRIX LIMITED (a.k.a. LLC MATRITSA; a.k.a. MATRIX LLC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МАТРИЦА); a.k.a. MATRIX LTD (Cyrillic: ООО МАТРИЦА); a.k.a. OPERATION ZERO; a.k.a. OPZERO), Sh. Petergofskoe, 73, Letter T, Office 26/1, Room 1, Municipal District Sosnovaya Polyana, Saint Petersburg 198206, Russia; Website opzero.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 27 Sep 2021; Organization Type: Computer programming activities; PAIPA Section 2 Information: BLOCKING OF PROPERTY (entity). Sec.2(b)(1)(A) - All property and interests in property of this entity are blocked, and all transactions with this entity are prohibited, except for the importation of goods.; alt. PAIPA Section 2 Information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec.2(b)(1)(D) - United States financial institutions are prohibited from making loans or providing credits to this entity totaling more than $10,000,000 in any 12-month period, subject to the exception set forth in PAIPA Section 2(b)(1)(D).; alt. PAIPA Section 2 Information: FOREIGN EXCHANGE. Sec.2(b)(1)(H) - Transactions in foreign exchange that are subject to the jurisdiction of the United States and in which this entity has any interest are prohibited.; alt. PAIPA Section 2 Information: BANKING TRANSACTIONS. Sec.2(b)(1)(I) - Any transfers of credit or payments between financial institutions or by, through, or to any financial institution, to the extent that such transfers or payments are subject to the jurisdiction of the United States and involve any interest of this entity, are prohibited.; alt. PAIPA Section 2 Information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED

PERSON. Sec.2(b)(1)(J) - Any United States person is prohibited from investing in or purchasing significant amounts of equity or debt instruments of this entity.; Tax ID No. 7807251301 (Russia); Registration Number 1217800148609 (Russia) [CAATSA - RUSSIA] [CYBER4] [PAIPA].

MATRIX LLC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МАТРИЦА) (a.k.a. LLC MATRITSA; a.k.a. MATRIX LIMITED; a.k.a. MATRIX LTD (Cyrillic: ООО МАТРИЦА); a.k.a. OPERATION ZERO; a.k.a. OPZERO), Sh. Petergofskoe, 73, Letter T, Office 26/1, Room 1, Municipal District Sosnovaya Polyana, Saint Petersburg 198206, Russia; Website opzero.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 27 Sep 2021; Organization Type: Computer programming activities; PAIPA Section 2 Information: BLOCKING OF PROPERTY (entity). Sec.2(b)(1)(A) - All property and interests in property of this entity are blocked, and all transactions with this entity are prohibited, except for the importation of goods.; alt. PAIPA Section 2 Information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec.2(b)(1)(D) - United States financial institutions are prohibited from making loans or providing credits to this entity totaling more than $10,000,000 in any 12-month period, subject to the exception set forth in PAIPA Section 2(b)(1)(D).; alt. PAIPA Section 2 Information: FOREIGN EXCHANGE. Sec.2(b)(1)(H) - Transactions in foreign exchange that are subject to the jurisdiction of the United States and in which this entity has any interest are prohibited.; alt. PAIPA Section 2 Information: BANKING TRANSACTIONS. Sec.2(b)(1)(I) - Any transfers of credit or payments between financial institutions or by, through, or to any financial institution, to the extent that such transfers or payments are subject to the jurisdiction of the United States and involve any interest of this entity, are prohibited.; alt. PAIPA Section 2 Information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec.2(b)(1)(J) - Any United States person is prohibited from investing in or purchasing significant amounts of equity or debt instruments of this entity.; Tax ID No. 7807251301 (Russia); Registration Number 1217800148609 (Russia) [CAATSA - RUSSIA] [CYBER4] [PAIPA].

MATRIX LTD (Cyrillic: ООО МАТРИЦА) (a.k.a. LLC MATRITSA; a.k.a. MATRIX LIMITED; a.k.a. MATRIX LLC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МАТРИЦА); a.k.a. OPERATION ZERO; a.k.a. OPZERO), Sh. Petergofskoe, 73, Letter T, Office 26/1, Room 1, Municipal District Sosnovaya Polyana, Saint Petersburg 198206, Russia; Website opzero.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 27 Sep 2021; Organization Type: Computer programming activities; PAIPA Section 2 Information: BLOCKING OF PROPERTY (entity). Sec.2(b)(1)(A) - All property and interests in property of this entity are blocked, and all transactions with this entity are prohibited, except for the importation of goods.; alt. PAIPA Section 2 Information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec.2(b)(1)(D) - United States financial institutions are prohibited from making loans or providing credits to this entity totaling more than $10,000,000 in any 12-month period, subject to the exception set forth in PAIPA Section 2(b)(1)(D).; alt. PAIPA Section 2 Information: FOREIGN EXCHANGE. Sec.2(b)(1)(H) - Transactions in foreign exchange that are subject to the jurisdiction of the United States and in which this entity has any interest are prohibited.; alt. PAIPA Section 2 Information: BANKING TRANSACTIONS. Sec.2(b)(1)(I) - Any transfers of credit or payments between financial institutions or by, through, or to any financial institution, to the extent that such transfers or payments are subject to the jurisdiction of the United States and involve any interest of this entity, are prohibited.; alt. PAIPA Section 2 Information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec.2(b)(1)(J) - Any United States person is prohibited from investing in or purchasing significant amounts of equity or debt instruments of this entity.; Tax ID No. 7807251301 (Russia); Registration Number 1217800148609 (Russia) [CAATSA - RUSSIA] [CYBER4] [PAIPA].

MATRIX METAL GROUP KFTA (a.k.a. MATRIX METAL GROUP KORLATOLT FELELOSSEGU TARSASAG FELSZAMOLAS ALATT), Koranyi Sandor Utca 4. 4., Budapest 1089, Hungary; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Jan 2021; V.A.T. Number 2902663-2-42 (Hungary); Registration Number 01-09-379613 (Hungary) [RUSSIA-EO14024].

MATRIX METAL GROUP KORLATOLT FELELOSSEGU TARSASAG FELSZAMOLAS ALATT (a.k.a. MATRIX METAL GROUP KFTA), Koranyi Sandor Utca 4. 4., Budapest 1089, Hungary; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Jan 2021; V.A.T. Number 2902663-2-42 (Hungary); Registration Number 01-09-379613 (Hungary) [RUSSIA-EO14024].

MATSA COMPANY (a.k.a. ATOMIC FUEL DEVELOPMENT ENGINEERING COMPANY; a.k.a. ENERGY NOVIN INDUSTRIAL DEVELOPMENT; a.k.a. "ENID"; a.k.a. "MATSA"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

MATSUNICHI OIL TRADER, C.A., Calle La Guairita con Calle Amazonas, Cto. Profesional Eurobuilding, piso 4, Ofic. 48, Urb. Chuao, Caracas, Venezuela; RIF # J-29812490-3 (Venezuela) [SDNTK].

MATSUNICHI OIL TRAEADEZ 12, C.A., Calle La Guairita con Calle Amazonas, Cto. Profesional Eurobuilding, piso 4, Ofic. BB, Urb. Chuao, Caracas, Venezuela; RIF # J-29732037-7 (Venezuela) [SDNTK].

MATUQ, Matuq Mohammed (a.k.a. MATOUK, Matouk Mohamed; a.k.a. MATUQ, Matuq Muhammad); DOB 1956; POB Khoms, Libya; Secretary of the General People's Committee for Public Works (individual) [LIBYA2].

MATUQ, Matuq Muhammad (a.k.a. MATOUK, Matouk Mohamed; a.k.a. MATUQ, Matuq Mohammed); DOB 1956; POB Khoms, Libya; Secretary of the General People's Committee for Public Works (individual) [LIBYA2].

MATVEEV, Aleksei Anatolievich, Russia; DOB 1963; POB Leningrad, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

MATVEEV, Mihail Pavlovich (a.k.a. MATVEEV, Mikhail Pavlovich; a.k.a. MATVEYEV, Mikhail P; a.k.a. "BORISELCIN"; a.k.a. "M1X"; a.k.a. "MATVEYEV, Mikhail Mix" (Cyrillic: "МАТВЕЕВ, Михаил Mix"); a.k.a. "MATYEEV, Mikhail" (Cyrillic: "МАТВЕЕВ, Михаил"); a.k.a. "UHODIRANSOMWAR"; a.k.a. "WAZAWAKA"), 8 Serzhana Koloskova Street, Apartment 6, Kaliningrad, Russia; DOB 17 Aug 1992; nationality Russia; Gender Male; Secondary

sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 733584513 (Russia) (individual) [CYBER2].

MATVEEV, Mikhail Pavlovich (a.k.a. MATVEEV, Mihail Pavlovich; a.k.a. MATVEYEV, Mikhail P; a.k.a. "BORISELCIN"; a.k.a. "M1X"; a.k.a. "MATVEYEV, Mikhail Mix" (Cyrillic: "МАТВЕЕВ, Михаил Mix"); a.k.a. "MATYEEV, Mikhail" (Cyrillic: "МАТВЕЕВ, Михаил"); a.k.a. "UHODIRANSOMWAR"; a.k.a. "WAZAWAKA"), 8 Serzhana Koloskova Street, Apartment 6, Kaliningrad, Russia; DOB 17 Aug 1992; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 733584513 (Russia) (individual) [CYBER2].

MATVEICHEV, Oleg Anatolievich (Cyrillic: МАТВЕЙЧЕВ, Олег Анатольевич), Russia; DOB 01 Feb 1970; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MATVEYEV, Mikhail Nikolayevich (Cyrillic: МАТВЕЕВ, Михаил Николаевич), Russia; DOB 13 May 1968; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MATVEYEV, Mikhail P (a.k.a. MATVEEV, Mihail Pavlovich; a.k.a. MATVEEV, Mikhail Pavlovich; a.k.a. "BORISELCIN"; a.k.a. "M1X"; a.k.a. "MATVEYEV, Mikhail Mix" (Cyrillic: "МАТВЕЕВ, Михаил Mix"); a.k.a. "MATYEEV, Mikhail" (Cyrillic: "МАТВЕЕВ, Михаил"); a.k.a. "UHODIRANSOMWAR"; a.k.a. "WAZAWAKA"), 8 Serzhana Koloskova Street, Apartment 6, Kaliningrad, Russia; DOB 17 Aug 1992; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 733584513 (Russia) (individual) [CYBER2].

MATVIENKO, Sergei (a.k.a. MATVIYENKO, Sergey Vladimirovich), St. Petersburg, Russia; Moscow, Russia; DOB 05 May 1973; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: MATVIYENKO, Valentina Ivanovna).

MATVIENKO, Valentina (a.k.a. MATVIYENKO, Valentina Ivanovna (Cyrillic: МАТВИЕНКО, Валентина Ивановна)), Moscow, Russia; DOB 07 Apr 1949; POB Shepetovka, Khmelnitsky, Ukraine; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

MATVIYENKO, Sergey Vladimirovich (a.k.a. MATVIENKO, Sergei), St. Petersburg, Russia; Moscow, Russia; DOB 05 May 1973; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: MATVIYENKO, Valentina Ivanovna).

MATVIYENKO, Valentina Ivanovna (Cyrillic: МАТВИЕНКО, Валентина Ивановна) (a.k.a. MATVIENKO, Valentina), Moscow, Russia; DOB 07 Apr 1949; POB Shepetovka, Khmelnitsky, Ukraine; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

MATYTSIN, Oleg Vasilevich (a.k.a. MATYTSIN, Oleg Vasilyevich (Cyrillic: МАТЫЦИН, Олег Васильевич)), Moscow, Russia; DOB 19 May 1964; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772803114764 (Russia) (individual) [RUSSIA-EO14024].

MATYTSIN, Oleg Vasilyevich (Cyrillic: МАТЫЦИН, Олег Васильевич) (a.k.a. MATYTSIN, Oleg Vasilevich), Moscow, Russia; DOB 19 May 1964; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772803114764 (Russia) (individual) [RUSSIA-EO14024].

MATYUSHCHENKO, Ekaterina Sergeevna (a.k.a. MATIUSHCHENKO, Ekaterina Sergeevna; a.k.a. MATYUSHCHENKO, Kateryna), 20 Ulitsa Novosadovaya, Apt. 41, Donetsk, Donetsk Region, Ukraine; DOB 01 Feb 1979; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or

589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

MATYUSHCHENKO, Kateryna (a.k.a. MATIUSHCHENKO, Ekaterina Sergeevna; a.k.a. MATYUSHCHENKO, Ekaterina Sergeevna), 20 Ulitsa Novosadovaya, Apt. 41, Donetsk, Donetsk Region, Ukraine; DOB 01 Feb 1979; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

MAULAWI AHMED SHAH HAWALA (a.k.a. AHMAD SHAH HAWALA; a.k.a. HAJI AHMAD SHAH HAWALA; a.k.a. MULLAH AHMED SHAH HAWALA; a.k.a. ROSHAN MONEY EXCHANGE; a.k.a. ROSHAN SARAFI; a.k.a. ROSHAN SHIRKAT; a.k.a. ROSHAN TRADING COMPANY; a.k.a. RUSHAAN TRADING COMPANY), Floor 5, Shop 25, Kandahar City Sarafi Market, Kandahar District, Kandahar Province, Afghanistan; Lakri, Helmand Province, Afghanistan; Aziz Market, In front of Azizi Bank, Waish Border, Spin Boldak District, Kandahar Province, Afghanistan; Gardi Jungle, Balochistan Province, Pakistan; Chaghi, Balochistan Province, Pakistan; Fahr Khan (variant Furqan) Center, Shop Number 1584, Chalhor Mal Road, Quetta, Balochistan Province, Pakistan; St. Flore, Flat Number 4, Furqan Center, Jamaludden (variant Jamaludin) Afghani Road, Quetta, Balochistan Province, Pakistan; Muslim Plaza Building, Doctor Banu Road, 2nd Floor, Office Number 4, Quetta, Balochistan Province, Pakistan; Cholmon Road, Quetta, Balochistan Province, Pakistan; Munsafi Road, Quetta, Balochistan Province, Pakistan; Abdul Samad Khan Street, Next to Fathma Jena Road, Kadari Place, 1st Floor, Shop Number 1, Quetta, Balochistan Province, Pakistan; Safar Bazaar, Garm Ser District, Helmand Province, Afghanistan; Main Bazaar, Safar, Helmand Province, Afghanistan; Money Exchange Market, Lashkar Gah, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, Lashkar Gah, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Helmand Province, Afghanistan; Hazar Joft, Garmser District, Helmand Province, Afghanistan; Ismat Bazaar, Marjah District, Helmand Province, Afghanistan; Zaranj, Nimruz Province, Afghanistan; Suite 8, 4th Floor, Sarrafi Market, District 1, Kandahar City, Kandahar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 [SDGT] (Linked To: TALIBAN).

MAUNG, Mahn Nyein (a.k.a. MAUNG, Padoh Mahn Nyein; a.k.a. MAUNG, Phado Man Nyein), Naypyitaw, Burma; DOB 01 Jan 1947 to 01 Jan 1949; nationality Burma; Gender Male; State Administrative Council Member (individual) [BURMA-EO14014].

MAUNG, Padoh Mahn Nyein (a.k.a. MAUNG, Mahn Nyein; a.k.a. MAUNG, Phado Man Nyein), Naypyitaw, Burma; DOB 01 Jan 1947 to 01 Jan 1949; nationality Burma; Gender Male; State Administrative Council Member (individual) [BURMA-EO14014].

MAUNG, Phado Man Nyein (a.k.a. MAUNG, Mahn Nyein; a.k.a. MAUNG, Padoh Mahn Nyein), Naypyitaw, Burma; DOB 01 Jan 1947 to 01 Jan 1949; nationality Burma; Gender Male; State Administrative Council Member (individual) [BURMA-EO14014].

MAUTE GROUP (a.k.a. ISLAMIC STATE OF LANAO; a.k.a. IS-RANAO), Lanao del Sur, Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MAVASAL IMPEX PRIVATE LIMITED, Plot No. 11, Sector 33, Gurgaon 122004, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Jul 2022; Registration Number U51909HR2022PTC105163 (India) [RUSSIA-EO14024].

MAVERIKS, ul. Rabochaya d. 91, str. 2, pomeshch. 14, Moscow 109544, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9709077659 (Russia); Registration Number 1227700038851 (Russia) [RUSSIA-EO14024].

MAWAFI, Ramzi (a.k.a. AL MOWAFI, Ramzi Mahmoud; a.k.a. MOWAFI, Ramzi; a.k.a. MUWAFI, Ramzi); DOB 1952; POB Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MAWARI, Abu Hisham (a.k.a. AL-GHAZALI, Muhammad; a.k.a. AL-GHAZALI, Muhammad Abd al-Karim; a.k.a. AL-MAWARI, Abu Hisham; a.k.a. "Abu Faris"; a.k.a. "Abu Sa'id"; a.k.a. "Rashid"); DOB 1988; alt. DOB 1987; alt. DOB 1989; POB Ibb Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MAWIYA MADRASSA (a.k.a. GANJ MADRASSA; a.k.a. GANJOO MADRASSA; a.k.a. JAMIA MADRASSA DUR UL KORAN WASUNA; a.k.a. JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; a.k.a. MADRASA TALEEMUL QURAN WAL HADITH; a.k.a. MADRASA TALEEMUL QURAN WAL SUNNAH; a.k.a. MOW-YA MADRASSA; a.k.a. TALALIM QURAN MADRASSA; a.k.a. TALEEM UL-QURAN MADRASSA; a.k.a. TASIN AL-QURAN ABU HAMZA), Gunj Gate, Phandu Road, Peshawar, Pakistan; Near the Baron Gate, Ganj area, Peshawar, Pakistan; Lahori and Yaka Tote Rd. at the intersection near the Ganj Gate, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MAX ENERGY FUEL TRADING (a.k.a. MAX ENERGY FUEL TRADING L.L.C (Arabic: ماكس اينيرجي لتجارة الديزل ش.ذ.م.م)), 1701 Conrad Tower, Sheikh Zayed Road, Bur Dubai Trade Centre 1, Dubai, United Arab Emirates; Website www.maxenergyco.com; Organization Established Date 24 Nov 2016; Commercial Registry Number 1258008 (United Arab Emirates); License 770968 (United Arab Emirates); Chamber of Commerce Number 280183 (United Arab Emirates); Legal Entity Number 549300GPZ1K88ECYWZ31; Economic Register Number (CBLS) 10948631 (United Arab Emirates) [IRAN-EO13902] (Linked To: NEST WISE PETROLEUM L.L.C).

MAX ENERGY FUEL TRADING L.L.C (Arabic: ماكس اينيرجي لتجارة الديزل ش.ذ.م.م) (a.k.a. MAX ENERGY FUEL TRADING), 1701 Conrad Tower, Sheikh Zayed Road, Bur Dubai Trade Centre 1, Dubai, United Arab Emirates; Website www.maxenergyco.com; Organization Established Date 24 Nov 2016; Commercial Registry Number 1258008 (United Arab Emirates); License 770968 (United Arab Emirates); Chamber of Commerce Number 280183 (United Arab Emirates); Legal Entity Number 549300GPZ1K88ECYWZ31; Economic Register Number (CBLS) 10948631 (United Arab Emirates) [IRAN-EO13902] (Linked To: NEST WISE PETROLEUM L.L.C).

MAX JET SERVICE LIMITED LIABILITY COMPANY (Latin: SOCIETATEA CU RĂSPUNDERE LIMITATĂ MAX JET SERVICE) (a.k.a. MAX JET SERVICE SRL), 148A Mihalcea-Hincu street, Hincesti city MD-3401, Moldova; 8200 NW 27th Street, Suite #101, Miami, FL 33122, United States; 26 Maroastraat, 1060 LG, Amsterdam, Netherlands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1010605003286 (Moldova) [RUSSIA-EO14024].

MAX JET SERVICE SRL (a.k.a. MAX JET SERVICE LIMITED LIABILITY COMPANY (Latin: SOCIETATEA CU RĂSPUNDERE LIMITATĂ MAX JET SERVICE)), 148A Mihalcea-Hincu street, Hincesti city MD-3401, Moldova; 8200 NW 27th Street, Suite #101, Miami, FL 33122, United States; 26 Maroastraat, 1060 LG, Amsterdam, Netherlands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1010605003286 (Moldova) [RUSSIA-EO14024].

MAX MARITIME SOLUTIONS FZE (Arabic: ماكس ماريتايم سوليوشنز م م ح), Office G22, Building 1, Hamriyah Free Zone, Sharjah, United Arab Emirates; Organization Established Date 14 Jul 2022; Identification Number IMO 6340553; License 23186 (United Arab Emirates); Economic Register Number (CBLS) 11915229 (United Arab Emirates) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

MAXAMED, Mohamed Cumar (a.k.a. HAJI, Mohamed Omar; a.k.a. MA'ALIN, Mohamed Omar; a.k.a. MOA'LIN, Mohamed Haji Omar; a.k.a. MOHAMED, Mohamed Omar; a.k.a. "OMAROW, Mohamed"; a.k.a. "UMUROW, Ma'd"), Diinsor District, Bay, Somalia; Buur Hakaba District, Bay, Somalia; DOB 1976; POB Taflow Village, Berdaale District, Bay, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

MAXI-GASOIL SERVICIOS, S.A. DE C.V., Veracruz, Veracruz, Mexico; Organization Established Date 07 Aug 2018; Organization Type: Retail sale of automotive fuel in specialized stores; Folio Mercantil No. N-2018066203 (Mexico) [ILLICIT-DRUGS-EO14059].

MAXIMENKO, Vladimir (a.k.a. MAKSIMENKO, Vladimir Ilich), Russia; DOB 01 Jan 1954; nationality Russia; Gender Male (individual) [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

MAXIMOV, Alexander Aleksandrovich (Cyrillic: МАКСИМОВ, Александр Александрович), Russia; DOB 15 Nov 1946; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of

the Russian Federation (individual) [RUSSIA-EO14024].

MAXTECH IT SOLUTIONS (a.k.a. LIMITED LIABILITY COMPANY MAXTECH; a.k.a. LIMITED LIABILITY COMPANY MAXTEH; a.k.a. MAKSTECH; a.k.a. MAKSTEKH; a.k.a. MAXTECH SOLUTIONS; a.k.a. MAXTECHSOLUTIONS; a.k.a. "MAX AI"; a.k.a. "MAXAI"), ul. Ilimskaya d. 5, k.2, office Z 303, Moscow 127576, Russia; ul. Novgorodskaya d. 1, ofis A 212, Moscow 127576, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Feb 2017; Tax ID No. 9715291467 (Russia); Registration Number 1177746103303 (Russia) [RUSSIA-EO14024].

MAXTECH SOLUTIONS (a.k.a. LIMITED LIABILITY COMPANY MAXTECH; a.k.a. LIMITED LIABILITY COMPANY MAXTEH; a.k.a. MAKSTECH; a.k.a. MAKSTEKH; a.k.a. MAXTECH IT SOLUTIONS; a.k.a. MAXTECHSOLUTIONS; a.k.a. "MAX AI"; a.k.a. "MAXAI"), ul. Ilimskaya d. 5, k.2, office Z 303, Moscow 127576, Russia; ul. Novgorodskaya d. 1, ofis A 212, Moscow 127576, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Feb 2017; Tax ID No. 9715291467 (Russia); Registration Number 1177746103303 (Russia) [RUSSIA-EO14024].

MAXTECHSOLUTIONS (a.k.a. LIMITED LIABILITY COMPANY MAXTECH; a.k.a. LIMITED LIABILITY COMPANY MAXTEH; a.k.a. MAKSTECH; a.k.a. MAKSTEKH; a.k.a. MAXTECH IT SOLUTIONS; a.k.a. MAXTECH SOLUTIONS; a.k.a. "MAX AI"; a.k.a. "MAXAI"), ul. Ilimskaya d. 5, k.2, office Z 303, Moscow 127576, Russia; ul. Novgorodskaya d. 1, ofis A 212, Moscow 127576, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Feb 2017; Tax ID No. 9715291467 (Russia); Registration Number 1177746103303 (Russia) [RUSSIA-EO14024].

MAXTRONIC GLOBAL LIMITED, Room 2301, Dynamic World Building, Zhonghang Road, Futian District, Shenzhen, Guangdong 518031, China; Room 301, One Fuhu Street, Shenzhen, Guangdong 518000, China; Room 2411, Block A, Jiahe Building, Shennan Road, Futian District, Shenzhen, Guangdong, China; Room 2408, Dynamic World Building, Zhonghang Road, Futian District, Shenzhen, Guangdong, China; Room 3A02, Investment Bank Building, 1st Fuhua Road, Futian District, Shenzhen,

China; RM02 21/F Hip Kwan Commercial Building, 38 Pitt Street, Yau Ma Tei, KL, Hong Kong, China; Room 4411, R&F Yingkai Square, 16 Huaxia Road, Zhujiang New Town, Tianhe District, Guangzhou, Guangdong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Nov 2018; Company Number 2762924 (Hong Kong) [RUSSIA-EO14024].

MAXTRUM CAPITAL SDN BHD, 11-3-6 New Bob Centre, Jalan Gottlieb, George Town 10350, Malaysia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 201901044287 (Malaysia) [RUSSIA-EO14024].

MAYA EXCHANGE COMPANY (Arabic: شركة مايا للصرافة) (a.k.a. MAYA FOR EXCHANGE AND INTERNATIONAL HAWALAS), Ground Floor, Property Number 17/9/2230, Baqi Zadeh Building, Fardus Street, Salhiyah, Damascus, Syria; First Real Estate Zone, Property Number 936, Section 2, Ground Floor, Haju Building, Abd al-Hamid al-Durubi Street, Homs, Syria; Tartus Real Estate Zone, Section 8, Property Number 3881, Revolution Street, Al-Baraniyah, Tartus, Syria; Ground Floor, Second Real Estate Zone, Sections 7-9, Property 2533, Aziziyah Falls, Baghdad Station, Aleppo, Syria; Organization Type: Other monetary intermediation [PAARSSR-EO13894].

MAYA FOR EXCHANGE AND INTERNATIONAL HAWALAS (a.k.a. MAYA EXCHANGE COMPANY (Arabic: شركة مايا للصرافة)), Ground Floor, Property Number 17/9/2230, Baqi Zadeh Building, Fardus Street, Salhiyah, Damascus, Syria; First Real Estate Zone, Property Number 936, Section 2, Ground Floor, Haju Building, Abd al-Hamid al-Durubi Street, Homs, Syria; Tartus Real Estate Zone, Section 8, Property Number 3881, Revolution Street, Al-Baraniyah, Tartus, Syria; Ground Floor, Second Real Estate Zone, Sections 7-9, Property 2533, Aziziyah Falls, Baghdad Station, Aleppo, Syria; Organization Type: Other monetary intermediation [PAARSSR-EO13894].

MAYA RIOS, Edison (a.k.a. "GOMELO"); DOB 01 Apr 1974; POB Medellin, Antioquia, Colombia; Cedula No. 98568816 (Colombia) (individual) [SDNTK].

MAYAK PLANT OF KIROV PJSC (a.k.a. KIROVSKI ZAVOD MAYAK PAO; a.k.a. PUBLIC JOINT STOCK COMPANY KIROV PLANT MAYAK; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO KIROVSKII

ZAVOD MAIAK), 67 Molodoi Gvardii, Kirov 610000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4345000947 (Russia); Registration Number 1024301308371 (Russia) [RUSSIA-EO14024].

MAYALA, Adib (a.k.a. ANDRE, Miyal; a.k.a. MAYALEH, Adib; a.k.a. MAYARD, Andre); DOB 1955; POB Daraa, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

MAYALEH, Adib (a.k.a. ANDRE, Miyal; a.k.a. MAYALA, Adib; a.k.a. MAYARD, Andre); DOB 1955; POB Daraa, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

MAYARD, Andre (a.k.a. ANDRE, Miyal; a.k.a. MAYALA, Adib; a.k.a. MAYALEH, Adib); DOB 1955; POB Daraa, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

MAYCHOU, Ali (a.k.a. AL SANHAJI, Abu Abdul Rahman Ali; a.k.a. AL-SANHAJI, Abou Abderrahmane; a.k.a. AL-SANHAJI, Abu 'Abd Al-Rahman Ali; a.k.a. AL-SENHADJI, Abou Abderrahman; a.k.a. "ABDERAHMANE AL MAGHREBI"), Mali; DOB 25 May 1983; POB Taza, Morocco; nationality Morocco; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MAYEGAS, S.A. DE C.V., Calle ursulo galvan numero 360, Colonia las Bajadas, Alvarado, Veracruz, Mexico; Organization Established Date 06 Apr 2015; Organization Type: Retail sale of automotive fuel in specialized stores; Folio Mercantil No. 31143 (Mexico) [ILLICIT-DRUGS-EO14059].

MAYGU INTERNATIONAL TRADING CO., LIMITED (a.k.a. XIA TRADING LIMITED), Rm 32, 11/F, Lee Ka Indl Bldg, San Po Kong, Hong Kong, China; Organization Established Date 29 Jun 2020; Company Number 2955367 (Hong Kong); Business Registration Number 72002026 (Hong Kong) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

MAYMAR TRUST (a.k.a. AL AMEEN TRUST; a.k.a. AL AMIN TRUST; a.k.a. AL AMIN WELFARE TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-MADINA TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. MAIMAR TRUST; a.k.a. MEYMAR TRUST; a.k.a. MOMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi,

Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

MAYOROV, Aleksey Petrovich (a.k.a. MAYOROV, Alexei Petrovich (Cyrillic: МАЙОРОВ, Алексей Петрович)), Russia; DOB 29 Dec 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MAYOROV, Alexei Petrovich (Cyrillic: МАЙОРОВ, Алексей Петрович) (a.k.a. MAYOROV, Aleksey Petrovich), Russia; DOB 29 Dec 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MAYOROVA, Yulia (Cyrillic: МАЙОРОВА, Юлия) (a.k.a. MAYOROVA, Yulya); DOB 23 Apr 1979; nationality Russia; Gender Female (individual) [MAGNIT].

MAYOROVA, Yulya (a.k.a. MAYOROVA, Yulia (Cyrillic: МАЙОРОВА, Юлия)); DOB 23 Apr 1979; nationality Russia; Gender Female (individual) [MAGNIT].

MAZAEV, Konstantin (a.k.a. PIKALOV, Konstantin Aleksandrovich; a.k.a. PIKALOV, Konstantin Alexandrovich; a.k.a. "MAZAI"; a.k.a. "MAZAY"), Russia; DOB 23 Jul 1968; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781491227404 (Russia) (individual) [RUSSIA-EO14024].

MAZAKA GENERAL TRADING L.L.C., 108 Al Safa Tower, Sheikh Zayed Road, P.O. Box 181176, Dubai, United Arab Emirates; PO BOX 181176, Al Souk Al Kabir Rd, Ben Daghen Building 6, Dubai, United Arab Emirates; 108 Al Safa Tower Trade Center, First Land No 23, PO Box No 181176, Dubai, United Arab Emirates; Govt. Of Dubai Real Estate Bldg. Bur, Main, P.O. Box 3162, Dubai, United Arab Emirates; Website http://mazakatrading.com; National ID No. 214774 (United Arab Emirates); Trade License No. 683633 (United Arab Emirates) [TCO] (Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION).

MAZAR, Hakim Muhammed (a.k.a. AZHAR, Mohammad; a.k.a. MAHAZAR, Maulawi Mohammad; a.k.a. MAZAR, Maulana; a.k.a. MAZHAR, Hakeem Mohammad; a.k.a. MAZHAR, Hakim; a.k.a. MAZHAR, Maulana Hakim Mohammad; a.k.a. MAZHAR, Mohammad; a.k.a. MAZHAR, Mohammed; a.k.a. MAZHAR, Molana; a.k.a. MAZHAR, Molavi Muhammad), ST 1/A, Block 2, Gulshan-e-Iqbal, Karachi, Pakistan; DOB 05 Oct 1951; POB Azamgarh, Uttar Pradesh, India; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport KZ 550207 (Pakistan); alt. Passport KC550207 (Pakistan); alt. Passport G154297 (Pakistan) (individual) [SDGT].

MAZAR, Maulana (a.k.a. AZHAR, Mohammad; a.k.a. MAHAZAR, Maulawi Mohammad; a.k.a. MAZAR, Hakim Muhammed; a.k.a. MAZHAR, Hakeem Mohammad; a.k.a. MAZHAR, Hakim; a.k.a. MAZHAR, Maulana Hakim Mohammad; a.k.a. MAZHAR, Mohammad; a.k.a. MAZHAR, Mohammed; a.k.a. MAZHAR, Molana; a.k.a. MAZHAR, Molavi Muhammad), ST 1/A, Block 2, Gulshan-e-Iqbal, Karachi, Pakistan; DOB 05 Oct 1951; POB Azamgarh, Uttar Pradesh, India; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport KZ 550207 (Pakistan); alt. Passport KC550207 (Pakistan); alt. Passport G154297 (Pakistan) (individual) [SDGT].

MAZAYA ALARDH ALDHABIA LLC, Al Uqdah, Muscat, Oman; Al Buraimi P.O. Box 280/512, Oman; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 22 Jan 2019; Registration Number 1335894 (Oman) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

MAZHAR, Hakeem Mohammad (a.k.a. AZHAR, Mohammad; a.k.a. MAHAZAR, Maulawi Mohammad; a.k.a. MAZAR, Hakim Muhammed; a.k.a. MAZAR, Maulana; a.k.a. MAZHAR, Hakim; a.k.a. MAZHAR, Maulana Hakim Mohammad; a.k.a. MAZHAR, Mohammad; a.k.a. MAZHAR, Mohammed; a.k.a. MAZHAR, Molana; a.k.a. MAZHAR, Molavi Muhammad), ST 1/A, Block 2, Gulshan-e-Iqbal, Karachi, Pakistan; DOB 05 Oct 1951; POB Azamgarh, Uttar Pradesh, India; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport KZ 550207 (Pakistan); alt. Passport KC550207 (Pakistan); alt. Passport G154297 (Pakistan) (individual) [SDGT].

MAZHAR, Hakim (a.k.a. AZHAR, Mohammad; a.k.a. MAHAZAR, Maulawi Mohammad; a.k.a. MAZAR, Hakim Muhammed; a.k.a. MAZAR, Maulana; a.k.a. MAZHAR, Hakeem Mohammad; a.k.a. MAZHAR, Maulana Hakim Mohammad; a.k.a. MAZHAR, Mohammad; a.k.a. MAZHAR, Mohammed; a.k.a. MAZHAR, Molana; a.k.a. MAZHAR, Molavi Muhammad), ST 1/A, Block 2, Gulshan-e-Iqbal, Karachi, Pakistan; DOB 05 Oct 1951; POB Azamgarh, Uttar Pradesh, India; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport KZ 550207 (Pakistan); alt. Passport KC550207 (Pakistan); alt. Passport G154297 (Pakistan) (individual) [SDGT].

MAZHAR, Maulana Hakim Mohammad (a.k.a. AZHAR, Mohammad; a.k.a. MAHAZAR, Maulawi Mohammad; a.k.a. MAZAR, Hakim Muhammed; a.k.a. MAZAR, Maulana; a.k.a. MAZHAR, Hakeem Mohammad; a.k.a. MAZHAR, Hakim; a.k.a. MAZHAR, Mohammad; a.k.a. MAZHAR, Mohammed; a.k.a. MAZHAR, Molana; a.k.a. MAZHAR, Molavi Muhammad), ST 1/A, Block 2, Gulshan-e-Iqbal, Karachi, Pakistan; DOB 05 Oct 1951; POB Azamgarh, Uttar Pradesh, India; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport KZ 550207 (Pakistan); alt. Passport KC550207 (Pakistan); alt. Passport G154297 (Pakistan) (individual) [SDGT].

MAZHAR, Mohammad (a.k.a. AZHAR, Mohammad; a.k.a. MAHAZAR, Maulawi Mohammad; a.k.a. MAZAR, Hakim Muhammed; a.k.a. MAZAR, Maulana; a.k.a. MAZHAR, Hakeem Mohammad; a.k.a. MAZHAR, Hakim; a.k.a. MAZHAR, Maulana Hakim Mohammad;

a.k.a. MAZHAR, Mohammed; a.k.a. MAZHAR, Molana; a.k.a. MAZHAR, Molavi Muhammad), ST 1/A, Block 2, Gulshan-e-Iqbal, Karachi, Pakistan; DOB 05 Oct 1951; POB Azamgarh, Uttar Pradesh, India; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport KZ 550207 (Pakistan); alt. Passport KC550207 (Pakistan); alt. Passport G154297 (Pakistan) (individual) [SDGT].

MAZHAR, Mohammed (a.k.a. AZHAR, Mohammad; a.k.a. MAHAZAR, Maulawi Mohammad; a.k.a. MAZAR, Hakim Muhammed; a.k.a. MAZAR, Maulana; a.k.a. MAZHAR, Hakeem Mohammad; a.k.a. MAZHAR, Hakim; a.k.a. MAZHAR, Maulana Hakim Mohammad; a.k.a. MAZHAR, Mohammad; a.k.a. MAZHAR, Molana; a.k.a. MAZHAR, Molavi Muhammad), ST 1/A, Block 2, Gulshan-e-Iqbal, Karachi, Pakistan; DOB 05 Oct 1951; POB Azamgarh, Uttar Pradesh, India; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport KZ 550207 (Pakistan); alt. Passport KC550207 (Pakistan); alt. Passport G154297 (Pakistan) (individual) [SDGT].

MAZHAR, Molana (a.k.a. AZHAR, Mohammad; a.k.a. MAHAZAR, Maulawi Mohammad; a.k.a. MAZAR, Hakim Muhammed; a.k.a. MAZAR, Maulana; a.k.a. MAZHAR, Hakeem Mohammad; a.k.a. MAZHAR, Hakim; a.k.a. MAZHAR, Maulana Hakim Mohammad; a.k.a. MAZHAR, Mohammad; a.k.a. MAZHAR, Mohammed; a.k.a. MAZHAR, Molavi Muhammad), ST 1/A, Block 2, Gulshan-e-Iqbal, Karachi, Pakistan; DOB 05 Oct 1951; POB Azamgarh, Uttar Pradesh, India; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport KZ 550207 (Pakistan); alt. Passport KC550207 (Pakistan); alt. Passport G154297 (Pakistan) (individual) [SDGT].

MAZHAR, Molavi Muhammad (a.k.a. AZHAR, Mohammad; a.k.a. MAHAZAR, Maulawi Mohammad; a.k.a. MAZAR, Hakim Muhammed; a.k.a. MAZAR, Maulana; a.k.a. MAZHAR, Hakeem Mohammad; a.k.a. MAZHAR, Hakim; a.k.a. MAZHAR, Maulana Hakim Mohammad; a.k.a. MAZHAR, Mohammad; a.k.a. MAZHAR, Mohammed; a.k.a. MAZHAR, Molana), ST 1/A, Block 2, Gulshan-e-Iqbal, Karachi, Pakistan; DOB 05 Oct 1951; POB Azamgarh, Uttar

Pradesh, India; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport KZ 550207 (Pakistan); alt. Passport KC550207 (Pakistan); alt. Passport G154297 (Pakistan) (individual) [SDGT].

MAZHUGA, Alexander Georgiyevich (Cyrillic: МАЖУГА, Александр Георгиевич), Russia; DOB 06 Aug 1980; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MAZIOTIS, Nikolaos (a.k.a. MAZIOTIS, Nikos); DOB 01 Oct 1971; POB Edessa, Pella, Greece; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number P146821/1993 (individual) [SDGT].

MAZIOTIS, Nikos (a.k.a. MAZIOTIS, Nikolaos); DOB 01 Oct 1971; POB Edessa, Pella, Greece; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number P146821/1993 (individual) [SDGT].

MAZIXON GMBH AND CO KG, Jesuitengasse 73, Koln 50735, Germany; Merkenicher Haupt Str. 96, Koln 50769, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 23 Jun 2020; V.A.T. Number DE338075769 (Germany); Registration Number 50670A34770 (Germany) [NPWMD] [IFSR] (Linked To: KARIMI, Maziar).

MAZIXON VERWALTUNGS GMBH, Jesuitengasse 73, Koln 50735, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 28 Apr 2020; Registration Number 50670B102044 (Germany) [NPWMD] [IFSR] (Linked To: KARIMI, Maziar).

MAZLGHANCHAY, Farzin Karimi (Arabic: فرزین کریمی مزلقانچای) (a.k.a. KARIMI, Farzin (Arabic: فرزین کریمی); a.k.a. MAZLQANCHAY, Farzin Karimi), Iran; DOB 07 Dec 1992; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0440273961 (Iran) (individual) [HRIT-IR] (Linked To: RAVIN ACADEMY).

MAZLQANCHAY, Farzin Karimi (a.k.a. KARIMI, Farzin (Arabic: فرزین کریمی); a.k.a. MAZLGHANCHAY, Farzin Karimi (Arabic: فرزین کریمی مزلقانچای)), Iran; DOB 07 Dec 1992; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions;

Gender Male; National ID No. 0440273961 (Iran) (individual) [HRIT-IR] (Linked To: RAVIN ACADEMY).

MAZOUZ, Kheireddine (a.k.a. AL-JAZA'IRI, Abu Ubaida; a.k.a. AL-JAZAIRI, Abu Ubaydah; a.k.a. GEUMMANE, Abu Bakr; a.k.a. GHUMAYN, Abu Bakr Muhammad Muhammad; a.k.a. GUEMMANE, Aboubakir; a.k.a. GUEMMANE, Aboubakr; a.k.a. GUEMMANE, Aboubekr; a.k.a. GUEMMANE, Abu Bakr Muhammad Muhammad; a.k.a. JAMIN, Abu Bakr Muhammad Muhammad; a.k.a. MAZOUZI, Khayr al-Din; a.k.a. "LESAGE, Carol Jacques Ghislain"; a.k.a. "LESAGE, Jacques Ghislain"), Iran; DOB 31 Mar 1981; POB Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 98LH90556 (France) (individual) [SDGT] (Linked To: AL QA'IDA).

MAZOUZI, Khayr al-Din (a.k.a. AL-JAZA'IRI, Abu Ubaida; a.k.a. AL-JAZAIRI, Abu Ubaydah; a.k.a. GEUMMANE, Abu Bakr; a.k.a. GHUMAYN, Abu Bakr Muhammad Muhammad; a.k.a. GUEMMANE, Aboubakir; a.k.a. GUEMMANE, Aboubakr; a.k.a. GUEMMANE, Aboubekr; a.k.a. GUEMMANE, Abu Bakr Muhammad Muhammad; a.k.a. JAMIN, Abu Bakr Muhammad Muhammad; a.k.a. MAZOUZ, Kheireddine; a.k.a. "LESAGE, Carol Jacques Ghislain"; a.k.a. "LESAGE, Jacques Ghislain"), Iran; DOB 31 Mar 1981; POB Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 98LH90556 (France) (individual) [SDGT] (Linked To: AL QA'IDA).

MAZUR, Vladimir Vladimirovich (Cyrillic: МАЗУР, Владимир Владимирович), Tomsk Region, Russia; DOB 19 Jun 1966; POB Krutolozhnoe, Tomsk Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

MAZUREVSKII, Konstantin Sergeevich (Cyrillic: МАЗУРЕВСКИЙ, Константин Сергеевич) (a.k.a. MAZUREVSKY, Konstantin), Moscow, Russia; DOB 27 Apr 1981; POB Rassukha, Unechsky district, Bryansk region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

MAZUREVSKY, Konstantin (a.k.a. MAZUREVSKII, Konstantin Sergeevich (Cyrillic: МАЗУРЕВСКИЙ, Константин Сергеевич)),

Moscow, Russia; DOB 27 Apr 1981; POB Rassukha, Unechsky district, Bryansk region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

MAZUTI, Abdelghani (a.k.a. MAZWATI, Abdelghani; a.k.a. MZOUDI, Abdelghani), Op de Wisch 15, Hamburg 21149, Germany; Marienstrasse 54, Hamburg, Germany; DOB 06 Dec 1972; POB Marrakech, Morocco; citizen Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M271392 (Morocco) issued 04 Dec 2000; alt. Passport F 879567 (Morocco) issued 29 Apr 1992; Moroccan Personal ID No. E 427689 (Morocco) issued 20 Mar 2001 (individual) [SDGT].

MAZWATI, Abdelghani (a.k.a. MAZUTI, Abdelghani; a.k.a. MZOUDI, Abdelghani), Op de Wisch 15, Hamburg 21149, Germany; Marienstrasse 54, Hamburg, Germany; DOB 06 Dec 1972; POB Marrakech, Morocco; citizen Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M271392 (Morocco) issued 04 Dec 2000; alt. Passport F 879567 (Morocco) issued 29 Apr 1992; Moroccan Personal ID No. E 427689 (Morocco) issued 20 Mar 2001 (individual) [SDGT].

MB BANK (a.k.a. BANK MELLI IRAN ZAO; a.k.a. JOINT STOCK COMPANY MIR BUSINESS BANK; a.k.a. JSC MB BANK; a.k.a. MB BANK, AO; a.k.a. MIR BIZNES BANK; a.k.a. MIR BIZNES BANK, AO; a.k.a. MIR BUSINESS BANK (Cyrillic: МИР БИЗНЕС БАНК); a.k.a. MIR BUSINESS BANK ZAO), 9/1 ul Mashkova, Moscow 105062, Russia; Russia; 9/1 Mashkova St., Moscow 105062, Russia; 6a Lenin Square Bld. A, Astrakhan 414000, Russia; Prechistenka Street, 36, Building 1, Moscow 119034, Russia; SWIFT/BIC MRBBRUMM; Website www.mbbru.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target Type Financial Institution; Tax ID No. 7744002363 (Russia); Legal Entity Number 253400XSDD336BT6BJ60; Registration Number 1027739669726 (Russia) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: BANK MELLI IRAN; Linked To: GLOBAL VISION GROUP).

MB BANK, AO (a.k.a. BANK MELLI IRAN ZAO; a.k.a. JOINT STOCK COMPANY MIR BUSINESS BANK; a.k.a. JSC MB BANK; a.k.a. MB BANK; a.k.a. MIR BIZNES BANK; a.k.a. MIR BIZNES BANK, AO; a.k.a. MIR BUSINESS BANK (Cyrillic: МИР БИЗНЕС БАНК); a.k.a. MIR BUSINESS BANK ZAO), 9/1 ul Mashkova, Moscow 105062, Russia; Russia; 9/1 Mashkova St., Moscow 105062, Russia; 6a Lenin Square Bld. A, Astrakhan 414000, Russia; Prechistenka Street, 36, Building 1, Moscow 119034, Russia; SWIFT/BIC MRBBRUMM; Website www.mbbru.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target Type Financial Institution; Tax ID No. 7744002363 (Russia); Legal Entity Number 253400XSDD336BT6BJ60; Registration Number 1027739669726 (Russia) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: BANK MELLI IRAN; Linked To: GLOBAL VISION GROUP).

MB PTERA (a.k.a. SB PTERA), Eduardo Andre G. 14-5, Vilnius 02232, Lithuania; Organization Established Date 16 Sep 2022; Organization Type: Computer programming activities; Registration Number 306147387 (Lithuania) [ILLICIT-DRUGS-EO14059] (Linked To: GRINEVICIUS, Arnas).

MBAGA, Peter Charles (a.k.a. "ABU KAIDHA"; a.k.a. "Issa"), Johannesburg, South Africa; DOB 25 Sep 1976; nationality Tanzania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AB321592 (Tanzania) expires 08 Mar 2019 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE).

MBARUSHIMANA, Callixte, Paris, France; Thiais, France; DOB 24 Jul 1963; POB Ndusu/Ruhengeri, Northern Province, Rwanda; alt. POB Ruhengeri Province, Rwanda; citizen Rwanda; FDLR Executive Secretary (individual) [DRCONGO].

M'BETIBANGUI, Oumar Younous (a.k.a. ABDOULAY, Oumar Younnes; a.k.a. ABDOULAY, Oumar Younous; a.k.a. SODIAM, Oumar; a.k.a. YOUNOUS, Omar; a.k.a. YOUNOUS, Oumar; a.k.a. YUNUS, 'Umar), Bria, Haute-Kotto Prefecture, Central African Republic; Birao, Vakaga Prefecture, Central African Republic; Darfur, Sudan; DOB 02 Apr 1970; POB Tullus, Southern Darfur, Sudan; nationality Sudan; Passport D00000898 issued 04 Nov 2013 (individual) [CAR].

MBK LOJISTIK MEDIKAL PAZARLAMA SANAYI IC VE DIS TICARET LIMITED SIRKETI, Ic Kapi No: 1 Kamara Blok No: 52 Hasat Sk. Merkez Mah, Sisli, Istanbul 34381, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 371643-5 (Turkey) [RUSSIA-EO14024].

MC BITRIVER, LLC (a.k.a. OOO MANAGEMENT COMPANY BITRIVER; a.k.a. UK BITRIVER, LLC), Ul. Annenskaya D. 17, Str. 1, Office 1.18, Moscow 127521, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Sep 2021; Tax ID No. 9715406566 (Russia); Registration Number 1217700448448 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

MC DONAL RODRIGUEZ, Anita Yorleny (a.k.a. MCDONALD RODRIGUEZ, Anita), Limon, Costa Rica; DOB 04 Oct 1974; nationality Costa Rica; Gender Female; Cedula No. 701120514 (Costa Rica) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: PICADO GRIJALBA, Luis Manuel).

MC DONALD RODRIGUEZ, Estefania (a.k.a. MCDONALD RODRIGUEZ, Estefania), Costa Rica; DOB 09 Apr 1992; nationality Costa Rica; Gender Female; Cedula No. 702100887 (Costa Rica) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: PICADO GRIJALBA, Luis Manuel).

MC POLYUS LLC (Cyrillic: ООО УК ПОЛЮС) (a.k.a. LIMITED LIABILITY COMPANY MANAGEMENT COMPANY POLYUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ ПОЛЮС)), d. 3 str. 1 kab. 801, ul. Krasina, Moscow 123056, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Activities of holding companies; Registration ID 1167746068236 (Russia); Tax ID No. 7703405099 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY POLYUS).

MCC VYDAYUSHIESYA KREDITY LLC (a.k.a. MIKROKREDITNAYA KOMPANIYA VYDAYUSHCHIESYA KREDITY; a.k.a. VYDAYUSHCHIESYA KREDITY MICROCREDIT COMPANY LIMITED LIABILITY COMPANY), 32 Kutuzovsky Avenue, building 1, floor 6, room 6.C.01, Moscow 121170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7725374454 (Russia); Registration Number 1177746493473 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

MCDONALD RODRIGUEZ, Anita (a.k.a. MC DONAL RODRIGUEZ, Anita Yorleny), Limon, Costa Rica; DOB 04 Oct 1974; nationality Costa Rica; Gender Female; Cedula No. 701120514 (Costa Rica) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: PICADO GRIJALBA, Luis Manuel).

MCDONALD RODRIGUEZ, Estefania (a.k.a. MC DONALD RODRIGUEZ, Estefania), Costa Rica; DOB 09 Apr 1992; nationality Costa Rica; Gender Female; Cedula No. 702100887 (Costa Rica) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: PICADO GRIJALBA, Luis Manuel).

MCFLY PLASTIC HK LIMITED, Unit M, 1/F, Mau Lam Comm Bldg, 16-18 Mau Lam St, Jordan, Kowloon, Hong Kong, Hong Kong; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); C.R. No. 2691637 (Hong Kong) [IRAN-EO13846].

MCGILL, Nathaniel (a.k.a. MCGILL, Nathaniel F.), Paynesville, Liberia; DOB 01 Jan 1971; POB Belle Yella, Liberia; nationality Liberia; Gender Male; Passport DP0002800 (Liberia) expires 19 Apr 2023 (individual) [GLOMAG].

MCGILL, Nathaniel F. (a.k.a. MCGILL, Nathaniel), Paynesville, Liberia; DOB 01 Jan 1971; POB Belle Yella, Liberia; nationality Liberia; Gender Male; Passport DP0002800 (Liberia) expires 19 Apr 2023 (individual) [GLOMAG].

MCGOVERN, Sean Gerard, Dubai, United Arab Emirates; DOB 12 Feb 1986; POB Dublin, Ireland; nationality Ireland; citizen Ireland; Gender Male; Passport PJ2861371 (Ireland) (individual) [TCO] (Linked To: KINAHAN, Daniel Joseph).

MCI DOO BEOGRAD (a.k.a. MCI TRADING DOO BEOGRAD PALILULA), Mirocka 1/1, Belgrade 11060, Serbia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 104545548 (Serbia); Registration Number 20186909 (Serbia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY AK MICROTECH).

MCI TRADING DOO BEOGRAD PALILULA (a.k.a. MCI DOO BEOGRAD), Mirocka 1/1, Belgrade 11060, Serbia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 104545548 (Serbia); Registration Number 20186909 (Serbia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY AK MICROTECH).

MCLINTOCK, James Alexander (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

MCLINTOCK, Yaqub (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

MCLINTOK, James Alexander (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

MCS ENGINEERING (a.k.a. EFFICIENT PROVIDER SERVICES GMBH), Karlstrasse 21, Dinslaken, Nordrhein-Westfalen 46535, Germany; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MCS INTERNATIONAL GMBH (a.k.a. MANNESMAN CYLINDER SYSTEMS; a.k.a. MCS TECHNOLOGIES GMBH), Karlstrasse 23-25, Dinslaken, Nordrhein-Westfalen 46535, Germany; Website http://www.mcs-tch.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MCS TECHNOLOGIES GMBH (a.k.a. MANNESMAN CYLINDER SYSTEMS; a.k.a. MCS INTERNATIONAL GMBH), Karlstrasse 23-25, Dinslaken, Nordrhein-Westfalen 46535, Germany; Website http://www.mcs-tch.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MDS IMPORT EXPORT (a.k.a. M. D. S. IMPORT EXPORT CO., LTD.; a.k.a. MDS IMPORT EXPORT CO., LTD.), 10 AB, Tuek L'ak Bei, Tuol Kouk, Phnom Penh, Cambodia; Tax ID No. K005-105000833 (Cambodia); Company Number 00019488 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

MDS IMPORT EXPORT CO., LTD. (a.k.a. M. D. S. IMPORT EXPORT CO., LTD.; a.k.a. MDS IMPORT EXPORT), 10 AB, Tuek L'ak Bei, Tuol Kouk, Phnom Penh, Cambodia; Tax ID No. K005-105000833 (Cambodia); Company Number 00019488 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

MDS THMORDA SEZ (a.k.a. M D S THMORDA S E Z CO., LTD.), 10 AB, 271, Tuek L'ak Bei, Tuol Kouk, Phnom Penh, Cambodia; Company Number 00019416 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

ME ACCESS TECHNOLOGY GENERAL TRADING FZE (a.k.a. ACCESS TECHNOLOGY TRADING L.L.C (Arabic: اكسيس تكنولوجي للتجارة ش.ذ.م.م)), SM-OFFICE-01-204 S, Dubai, United Arab Emirates; SM Office, D1-204S, Ajman, United Arab Emirates; Website www.meaccesstechnology.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 04 Apr 2022; License 1048510 (United Arab Emirates); Registration Number 1368637 (United Arab Emirates); Economic Register Number (CBLS) 11859002 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

MEADOWBROOK INVESTMENTS LIMITED, 44 Upper Belgrave Road, Clifton, Bristol BS8 2XN, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 05059698 (United Kingdom) [SDGT].

MEADOWS, John (a.k.a. MEADOWS, John Edward), The Retreat, St. Mary's Lane, Bexhill on Sea, United Kingdom; DOB 17 Dec 1958; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 099270130 (United Kingdom); alt. Passport 093032285 (United Kingdom) (individual) [SDGT] [IFSR] (Linked To: AIRCRAFT, AVIONICS, PARTS & SUPPORT LTD.).

MEADOWS, John Edward (a.k.a. MEADOWS, John), The Retreat, St. Mary's Lane, Bexhill on Sea, United Kingdom; DOB 17 Dec 1958; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 099270130 (United Kingdom); alt. Passport 093032285 (United Kingdom) (individual) [SDGT] [IFSR] (Linked To: AIRCRAFT, AVIONICS, PARTS & SUPPORT LTD.).

MEAMAR COMPANY FOR ENGINEERING AND DEVELOPMENT (a.k.a. MEAMAR SARL (Arabic: شركة معمار للهندسة والانماء ش.م.م); a.k.a. MEAMMAR CONSTRUCTION; a.k.a. MI'MAR ENGINEERING COMPANY), Al Huda Building, 2nd Floor, Al Miqdad Street, Haret Hreik, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 29160 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

MEAMAR SARL (Arabic: شركة معمار للهندسة والانماء ش.م.م) (a.k.a. MEAMAR COMPANY FOR ENGINEERING AND DEVELOPMENT; a.k.a. MEAMMAR CONSTRUCTION; a.k.a. MI'MAR ENGINEERING COMPANY), Al Huda Building, 2nd Floor, Al Miqdad Street, Haret Hreik, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 29160 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

MEAMMAR CONSTRUCTION (a.k.a. MEAMAR COMPANY FOR ENGINEERING AND DEVELOPMENT; a.k.a. MEAMAR SARL (Arabic: شركة معمار للهندسة والانماء ش.م.م); a.k.a. MI'MAR ENGINEERING COMPANY), Al Huda Building, 2nd Floor, Al Miqdad Street, Haret Hreik, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 29160 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

MEBRAK, Yazid (a.k.a. ABU OBEIDA, Youcef; a.k.a. ABU UBAYDAH, Yusuf; a.k.a. AL 'ANABI, Abu 'Ubaydah Yusuf; a.k.a. AL-ANABI, Yusuf Abu-'Ubaydah; a.k.a. AL-ANNABI, Abou Obeida Youssef; a.k.a. AL-INABI, Abu-Ubaydah Yusuf; a.k.a. MABRAK, Yazid; a.k.a. YAZID, Mebrak; a.k.a. YAZID, Mibrak; a.k.a. YAZID, Yousif Abu Obayda; a.k.a. "ABOU YOUCEF"), Algeria; DOB 01 Jan 1969; POB Annaba, Algeria; citizen Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MECATRON MACHINERY CO LTD (Chinese Traditional: 龍馬精機股份有限公司), No. 26-4, Sanxian Rd, Lianhe Village, Taichung City, Taichung Province 421017, Taiwan; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 16 Oct 2008; Business Number 24249847 (Taiwan) [NPWMD] [IFSR] (Linked To: CONTROL AFZAR TABRIZ CO LTD).

MECHANICAL CONSTRUCTION FACTORY, PO Box 35202, Industrial Zone, Al-Qadam Road, Damascus, Syria [NPWMD].

MECHEL OAO (a.k.a. MECHEL PJSC; a.k.a. MECHEL STEEL GROUP OAO; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO MECHEL), 1, Krasnoarmeyskaya Street, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 19 Mar 2003; Tax ID No. 7703370008 (Russia); Legal Entity Number 253400C9GSPBSKERRP65;

Registration Number 1037703012896 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

MECHEL PJSC (a.k.a. MECHEL OAO; a.k.a. MECHEL STEEL GROUP OAO; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO MECHEL), 1, Krasnoarmeyskaya Street, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 19 Mar 2003; Tax ID No. 7703370008 (Russia); Legal Entity Number 253400C9GSPBSKERRP65; Registration Number 1037703012896 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

MECHEL STEEL GROUP OAO (a.k.a. MECHEL OAO; a.k.a. MECHEL PJSC; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO MECHEL), 1, Krasnoarmeyskaya Street, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 19 Mar 2003; Tax ID No. 7703370008 (Russia); Legal Entity Number 253400C9GSPBSKERRP65; Registration Number 1037703012896 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

MEDAL INVERSIONES, S.A., Panama; RUC # 62962-44-353646 (Panama) [SDNTK].

MEDIA LAND TECHNOLOGY LIMITED LIABILITY COMPANY (a.k.a. "MLT LLC"), Sh. Volkhovskoe Zd.11, Office 313, Kirishi 187110, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 14 Sep 2022; Tax ID No. 4727007790 (Russia); Registration Number 1224700016089 (Russia) [CAATSA - RUSSIA] [CYBER4] (Linked To: MEDIA LAND, LLC).

MEDIA LAND, LLC (a.k.a. MEDIA LEND), Zastavskaya st., n. 33, Office 6A300, Saint Petersburg 196084, Russia; Tsvetochnaya St., 16 Litera P, Room 27, Moskovskaya Zastava Municipal District, Saint Petersburg 196066, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 19 Oct 2015; Tax ID No. 2536288610 (Russia); Registration Number 1152536009900 (Russia) [CAATSA - RUSSIA] [CYBER4].

MEDIA LEND (a.k.a. MEDIA LAND, LLC), Zastavskaya st., n. 33, Office 6A300, Saint Petersburg 196084, Russia; Tsvetochnaya St., 16 Litera P, Room 27, Moskovskaya Zastava Municipal District, Saint Petersburg 196066, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 19 Oct 2015; Tax ID No. 2536288610 (Russia); Registration Number 1152536009900 (Russia) [CAATSA - RUSSIA] [CYBER4].

MEDIASINTEZ LLC (a.k.a. AZIMUT LLC; a.k.a. GLAVSET LLC; a.k.a. GLAVSET, OOO; a.k.a. INTERNET RESEARCH AGENCY LLC; a.k.a. LAKHTA INTERNET RESEARCH; a.k.a. MEDIASINTEZ, OOO; a.k.a. MIXINFO LLC; a.k.a. NOVINFO LLC; a.k.a. NOVINFO, OOO), 55 Savushkina Street, St. Petersburg, Russia; d. 4 korp. 3 litera A pom. 9-N, ofis 238, ul. Optikov, St. Petersburg, Russia; d. 4 litera B pom. 22-N, ul. Starobelskaya, St. Petersburg, Russia; d. 79 litera A. pom 1-N, ul. Planernaya, St. Petersburg, Russia; 4 Optikov Street, Building 3, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [ELECTION-EO13848].

MEDIASINTEZ, OOO (a.k.a. AZIMUT LLC; a.k.a. GLAVSET LLC; a.k.a. GLAVSET, OOO; a.k.a. INTERNET RESEARCH AGENCY LLC; a.k.a. LAKHTA INTERNET RESEARCH; a.k.a. MEDIASINTEZ LLC; a.k.a. MIXINFO LLC; a.k.a. NOVINFO LLC; a.k.a. NOVINFO, OOO), 55 Savushkina Street, St. Petersburg, Russia; d. 4 korp. 3 litera A pom. 9-N, ofis 238, ul. Optikov, St. Petersburg, Russia; d. 4 litera B pom. 22-N, ul. Starobelskaya, St. Petersburg, Russia; d. 79 litera A. pom 1-N, ul. Planernaya, St. Petersburg, Russia; 4 Optikov Street, Building 3, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [ELECTION-EO13848].

MEDICAL EQUIPMENT & DRUGS INTERNATIONAL CORPORATION (a.k.a. MEDICAL EQUIPMENT AND DRUGS INTERNATIONAL CORPORATION; a.k.a. "DRUGS AND MEDICAL SUPPLIES"; a.k.a. "MEDIC"), Safco Center B1-B2, Airport Road, Beirut, Lebanon; Property 2933, Section 35, Safco Center, Basement, Airport Road, Borj al Barajneh, Lebanon; Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2034502 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

MEDICAL EQUIPMENT AND DRUGS INTERNATIONAL CORPORATION (a.k.a. MEDICAL EQUIPMENT & DRUGS INTERNATIONAL CORPORATION; a.k.a. "DRUGS AND MEDICAL SUPPLIES"; a.k.a. "MEDIC"), Safco Center B1-B2, Airport Road, Beirut, Lebanon; Property 2933, Section 35, Safco Center, Basement, Airport Road, Borj al Barajneh, Lebanon; Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2034502 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

MEDINA CARDONA, Rubiel (a.k.a. "MONO AMALFI"); DOB 17 Oct 1979; POB Marquetalia, Caldas, Colombia; citizen Colombia; Cedula No. 75004020 (Colombia) (individual) [SDNTK].

MEDINA DIAZ, Domingo (a.k.a. "EL MINGO"), Mexico; DOB 19 Nov 1961; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. MEDD611119HGRDZM01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MEDINA DIAZ, Herman De Jesus; DOB 23 Mar 1968; POB Mistrato, Risaralda, Colombia; Cedula No. 18560548 (Colombia) (individual) [SDNTK].

MEDINA GONZALEZ, Oscar Noe (a.k.a. "El Panu"; a.k.a. "Pan"; a.k.a. "Panu"), Mexico; DOB 11 May 1983; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. MEGO830511HSLDNS01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MEDINA PEREZ, Juan Manual (a.k.a. CASTILLO LOPEZ, Jose Adrian; a.k.a. SALAZAR SALDIVAR, Adrian; a.k.a. "CHEO"; a.k.a. "FRIAS, Adrian"; a.k.a. "GONZALES, Adrian"), Mexico; DOB 21 Dec 1975; POB Nayarit, Mexico; nationality Mexico; Gender Male; C.U.R.P. CALA751221HNTSPD07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MEDINA RIOJAS, Eleazar (a.k.a. GONZALEZ MARTINEZ, Erick; a.k.a. MEDINA ROJAS, Eleazar), Cuauhtemoc 805, Nuevo Laredo, Tamaulipas, Mexico; Diaz Miron 604, Colonia Victoria, Nuevo Laredo, Tamaulipas, Mexico; DOB 28 Jan 1972; POB Nuevo Laredo, Tamaulipas; alt. POB Monterrey, Nuevo Leon; nationality Mexico; citizen Mexico; C.U.R.P. MERE720128HTSDJL07 (Mexico) (individual) [SDNTK].

MEDINA ROJAS, Eleazar (a.k.a. GONZALEZ MARTINEZ, Erick; a.k.a. MEDINA RIOJAS, Eleazar), Cuauhtemoc 805, Nuevo Laredo, Tamaulipas, Mexico; Diaz Miron 604, Colonia

Victoria, Nuevo Laredo, Tamaulipas, Mexico; DOB 28 Jan 1972; POB Nuevo Laredo, Tamaulipas; alt. POB Monterrey, Nuevo Leon; nationality Mexico; citizen Mexico; C.U.R.P. MERE720128HTSDJL07 (Mexico) (individual) [SDNTK].

MEDINA SAENZ, Enrique (a.k.a. GAXIOLA MEDINA, Rigoberto; a.k.a. MORALES GUERRERO, Juan Antonio; a.k.a. SAENZ MEDINA, Enrique), Calle Clavel No. 1406, Colonia Margarita, Culiacan, Sinaloa, Mexico; Hermosillo, Sonora, Mexico; DOB 27 Sep 1950; alt. DOB 27 Oct 1950; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. GAMR-501027 (Mexico); C.U.R.P. GAMR501027HSLXDG00 (Mexico) (individual) [SDNTK].

MEDITERRANEAN INTERNATIONAL TRADING DIS TICARET LIMITED SIRKETI, N: 23/106 Etiler Mahallesi, Evliya Celebi Caddesi, Muratpasa, Antalya 07010, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 127073 (Turkey) [RUSSIA-EO14024].

MEDSTANDART OOO (Cyrillic: ООО МЕДСТАНДАРТ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MEDSTANDART (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕДСТАНДАРТ)), Sh. Varshavskoe, D. 16, Korpus 2, Floor 1, Pom. I, Kom. 3, Moscow 117105, Russia (Cyrillic: ШОССЕ ВАРШАВСКОЕ, ДОМ 16, КОРПУС 2, ЭТАЖ 1, ПОМЕЩЕНИЕ I, КОМ 3, МОСКВА 117105, Russia); Website med-std.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Aug 2015; Tax ID No. 7726349563 (Russia); Government Gazette Number 47389778 (Russia); Business Registration Number 1157746749632 (Russia) [RUSSIA-EO14024].

MEDVEDCHUK, Viktor; DOB 07 Aug 1954; POB Pochyot, Krasnoyarsk Krai, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MEDVEDEV, Dmitry (a.k.a. MEDVEDEV, Dmitry Anatolievich (Cyrillic: МЕДВЕДЕВ, Дмитрий Анатольевич)), Moscow, Russia; DOB 14 Sep 1965; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

MEDVEDEV, Dmitry Anatolievich (Cyrillic: МЕДВЕДЕВ, Дмитрий Анатольевич) (a.k.a. MEDVEDEV, Dmitry), Moscow, Russia; DOB 14 Sep 1965; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

MEDVEDEV, Gennadiy (a.k.a. MEDVIEDIEV, Gennadiy Nikolayevich); DOB 14 Sep 1959; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Director of the Border Guard Service of the Federal Security Service of the Russian Federation (individual) [UKRAINE-EO13661].

MEDVEDEV, Ilya Dmitrievich (Cyrillic: МЕДВЕДЕВ, Илья Дмитриевич), Russia; DOB 03 Aug 1995; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: MEDVEDEV, Dmitry Anatolievich).

MEDVEDEV, Valery Kirillovich, 22 Ulitsa Oktyabrskoi Revolutsii, Building 9, Apt. 14, Sevastopol, Crimea, Ukraine; DOB 21 Aug 1946; POB Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Chair of the Sevastopol Electoral Commission (individual) [UKRAINE-EO13660].

MEDVEDEVA, Svetlana Vladimirovna (Cyrillic: МЕДВЕДЕВА, Светлана Владимировна), Russia; DOB 15 Mar 1965; POB Kronshtadt, Leningrad Oblast, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: MEDVEDEV, Dmitry Anatolievich).

MEDVEDOVSKII, Ilia Davidovich (a.k.a. MEDVEDOVSKIY, Ilya Davidovich; a.k.a. MEDVEDOVSKY, Ilya), Saint Petersburg, Russia; DOB 25 Dec 1972; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 646432280 (Russia) expires 28 May 2017 (individual) [RUSSIA-EO14024].

MEDVEDOVSKIY, Ilya Davidovich (a.k.a. MEDVEDOVSKII, Ilia Davidovich; a.k.a. MEDVEDOVSKY, Ilya), Saint Petersburg, Russia; DOB 25 Dec 1972; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 646432280 (Russia) expires 28 May 2017 (individual) [RUSSIA-EO14024].

MEDVEDOVSKY, Ilya (a.k.a. MEDVEDOVSKII, Ilia Davidovich; a.k.a. MEDVEDOVSKIY, Ilya Davidovich), Saint Petersburg, Russia; DOB 25 Dec 1972; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 646432280 (Russia) expires 28 May 2017 (individual) [RUSSIA-EO14024].

MEDVEZHYA GORA OOO (a.k.a. NEW ARCTIC SHIPPING LIMITED LIABILITY COMPANY (Cyrillic: НОВОЕ АРКТИЧЕСКОЕ ПАРОХОДСТВО ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)), d. 3A str. 4 etazh 1 pom. 7, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Aug 2019; Tax ID No. 7704471009 (Russia); Government Gazette Number 41291624 (Russia); Registration Number 1197746527714 (Russia) [RUSSIA-EO14024] (Linked To: AKVAMARIN LIMITED LIABILITY COMPANY).

MEDVIEDIEV, Gennadiy Nikolayevich (a.k.a. MEDVEDEV, Gennadiy); DOB 14 Sep 1959; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Director of the Border Guard Service of the Federal Security Service of the Russian Federation (individual) [UKRAINE-EO13661].

MEED INTERNATIONAL LIMITED, 3 Mandeville Place, London, United Kingdom [IRAQ2].

MEGA COMERCIAL FERRELECTRICA, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Organization Type: Non-specialized wholesale trade; Folio Mercantil No. 40660 (Mexico) [ILLICIT-DRUGS-EO14059].

MEGA EMPACADORA DE FRUTAS S.A. DE C.V., Carretera Nueva Italia-Uruapan, Kilometro 2, Colonia La Estacion, Nueva Italia, Michoacan CP 61760, Mexico; R.F.C. MEF9603051L4 (Mexico) [SDNTK].

MEGA GEMS PTY LTD (f.k.a. "XXX DIAMONDS PTY LTD"), The Paragon II F1W1, 1 Krammer Road, Bedfordview, Gauteng 2007, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Jul 2015; V.A.T. Number 4180271522 (South Africa); Tax ID No. 9825071161 (South Africa); Commercial Registry Number 2015/252356/07 (South

Africa) [SDGT] (Linked To: AHMAD, Firas Nazem).

MEGA GROUP S.R.L., No. 3, Commune Bragadiru, Clinceni, Ilfov 77060, Romania; C.R. No. J23/863/2002 (Romania); Romanian Tax Registration 14637977 (Romania) [SDNTK].

MEGACHIPS LIMITED, Room 13, 27/F, Ho King Commercial Centre, 2-16 Fa Yuen Street, Mongkok, Kowloon, Hong Kong, China; Room 1206, Yishang Creative Technology Building, No. 22 Jia'an South Road, Haibin Community, Xin'an Street, Bao'an District, Shenzhen, Guangdong, China; 2901B, Bank of Communications Building, Shennan Middle Road, Huaqiang North Street, Futian District, Shenzhen, China; Website www.mega-chips.cn; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Jul 2021; Company Number 3064111 (Hong Kong); Business Registration Number 73148289 (Hong Kong) [RUSSIA-EO14024].

MEGACOM LIMITED LIABILITY COMPANY (a.k.a. MEGAKOM (Cyrillic: МЕГАКОМ)), Ul. Letnikovskaya D. 20, Str. 4, Pom. I. Kom. 3, Moscow 115114, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Apr 2006; Organization Type: Construction of buildings; Tax ID No. 7705725009 (Russia); Registration Number 1067746471990 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

MEGAFON PAO (Cyrillic: МЕГАФОН ПАО), Pereulok Oruzheinyi, Dom 41, Moscow, Moscow Region 127006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Jun 1993; Organization Type: Wireless telecommunications activities; Tax ID No. 7812014560 (Russia); Registration Number 1027809169585 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY USM TELECOM; Linked To: AF TELECOM HOLDING LIMITED LIABILITY COMPANY).

MEGAKOM (Cyrillic: МЕГАКОМ) (a.k.a. MEGACOM LIMITED LIABILITY COMPANY), Ul. Letnikovskaya D. 20, Str. 4, Pom. I. Kom. 3, Moscow 115114, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Apr 2006; Organization Type: Construction of buildings; Tax ID No. 7705725009 (Russia); Registration Number 1067746471990 (Russia) [RUSSIA-

EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

MEGASAN ELEKTRONIK TICARET VE SANAYI ANONIM SIRKETI, One Block Umraniye Blok, No:16-72 Fatih Sultan Mahallesi, Istanbul 34771, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6130759760 (Turkey); Business Registration Number 361943 (Turkey) [RUSSIA-EO14024].

MEGASTROIINVEST, OOO (a.k.a. MEGASTROYINVEST LTD; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MEGASTROIINVEST), 23, ul. Boevaya, Grozny, Chechenskaya Resp. 364913, Russia; Tax ID No. 2013431689 (Russia); Registration Number 1072031001580 (Russia) [GLOMAG] (Linked To: AKHMAT KADYROV FOUNDATION).

MEGASTROYINVEST LTD (a.k.a. MEGASTROIINVEST, OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MEGASTROIINVEST), 23, ul. Boevaya, Grozny, Chechenskaya Resp. 364913, Russia; Tax ID No. 2013431689 (Russia); Registration Number 1072031001580 (Russia) [GLOMAG] (Linked To: AKHMAT KADYROV FOUNDATION).

MEGATRADE, Aleppo Street, PO Box 5966, Damascus, Syria [NPWMD].

MEGHAN GROUP LIMITED, Virgin Islands, British; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6478288 [UKRAINE-EO13662] [RUSSIA-EO14024].

MEHANNA, Zeinab Naiem (a.k.a. TALEBZADEH, Zeinab Mehanna); DOB 19 Oct 1969; nationality Iran; alt. nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: NEW HORIZON ORGANIZATION).

MEHAREN, Senay Beraki (a.k.a. KIDANE, Amanuel; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahman; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte;

a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

MEHDI BROS SHIP SERV. PVT. LTD. (a.k.a. MEHDI BROS SHIP SERVICES PVT LTD; a.k.a. MEHDI BROS. SHIP SERVICES PRIVATE LIMITED; a.k.a. MEHDI BROTHERS SHIP SERVICES PVT. LTD.; a.k.a. MEHDI GROUP; a.k.a. MEHDI SHIPPING LIMITED), 511, 5th Floor, Samarth Aishwarya Off K.L. Walawakar road, Oshiwara, Andheri [w], Mumbai 400053, India; 102, Mohid Height, Suresh Nagar, Four Bungalow RTO, Andheri (West), Mumbai, Maharashtra 400053, India; Off No 511, B Wing, Mumbai City 400053, India; Website www.mehdishipping.net; alt. Website http://mehdishipping.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number U74999MH1999PTC119358 (India) [SDGT] (Linked To: QASEMI, Rostam).

MEHDI BROS SHIP SERVICES PVT LTD (a.k.a. MEHDI BROS SHIP SERV. PVT. LTD.; a.k.a. MEHDI BROS. SHIP SERVICES PRIVATE LIMITED; a.k.a. MEHDI BROTHERS SHIP SERVICES PVT. LTD.; a.k.a. MEHDI GROUP; a.k.a. MEHDI SHIPPING LIMITED), 511, 5th Floor, Samarth Aishwarya Off K.L. Walawakar road, Oshiwara, Andheri [w], Mumbai 400053, India; 102, Mohid Height, Suresh Nagar, Four Bungalow RTO, Andheri (West), Mumbai, Maharashtra 400053, India; Off No 511, B Wing, Mumbai City 400053, India; Website www.mehdishipping.net; alt. Website http://mehdishipping.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number U74999MH1999PTC119358 (India) [SDGT] (Linked To: QASEMI, Rostam).

MEHDI BROS. SHIP SERVICES PRIVATE LIMITED (a.k.a. MEHDI BROS SHIP SERV. PVT. LTD.; a.k.a. MEHDI BROS SHIP SERVICES PVT LTD; a.k.a. MEHDI BROTHERS SHIP SERVICES PVT. LTD.; a.k.a. MEHDI GROUP; a.k.a. MEHDI SHIPPING LIMITED), 511, 5th Floor, Samarth Aishwarya Off K.L. Walawakar road, Oshiwara, Andheri [w], Mumbai 400053, India; 102, Mohid Height, Suresh Nagar, Four Bungalow RTO, Andheri (West), Mumbai, Maharashtra 400053,

India; Off No 511, B Wing, Mumbai City 400053, India; Website www.mehdishipping.net; alt. Website http://mehdishipping.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number U74999MH1999PTC119358 (India) [SDGT] (Linked To: QASEMI, Rostam).

MEHDI BROTHERS SHIP SERVICES PVT. LTD. (a.k.a. MEHDI BROS SHIP SERV. PVT. LTD.; a.k.a. MEHDI BROS SHIP SERVICES PVT LTD; a.k.a. MEHDI BROS. SHIP SERVICES PRIVATE LIMITED; a.k.a. MEHDI GROUP; a.k.a. MEHDI SHIPPING LIMITED), 511, 5th Floor, Samarth Aishwarya Off K.L. Walawakar road, Oshiwara, Andheri [w], Mumbai 400053, India; 102, Mohid Height, Suresh Nagar, Four Bungalow RTO, Andheri (West), Mumbai, Maharashtra 400053, India; Off No 511, B Wing, Mumbai City 400053, India; Website www.mehdishipping.net; alt. Website http://mehdishipping.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number U74999MH1999PTC119358 (India) [SDGT] (Linked To: QASEMI, Rostam).

MEHDI GROUP (a.k.a. MEHDI BROS SHIP SERV. PVT. LTD.; a.k.a. MEHDI BROS SHIP SERVICES PVT LTD; a.k.a. MEHDI BROS. SHIP SERVICES PRIVATE LIMITED; a.k.a. MEHDI BROTHERS SHIP SERVICES PVT. LTD.; a.k.a. MEHDI SHIPPING LIMITED), 511, 5th Floor, Samarth Aishwarya Off K.L. Walawakar road, Oshiwara, Andheri [w], Mumbai 400053, India; 102, Mohid Height, Suresh Nagar, Four Bungalow RTO, Andheri (West), Mumbai, Maharashtra 400053, India; Off No 511, B Wing, Mumbai City 400053, India; Website www.mehdishipping.net; alt. Website http://mehdishipping.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number U74999MH1999PTC119358 (India) [SDGT] (Linked To: QASEMI, Rostam).

MEHDI GROUP OFFSHORE (a.k.a. MEHDI OFFSHORE AND SHIP MANAGEMENT; a.k.a. MEHDI OFFSHORE AND SHIP MANAGEMENT PTE. LTD.), 17 Phillip Street, #05-01 Grand Building, 048695, Singapore; Phillip Street 17 #05-01, City - Marina Area, 048695, Singapore; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 201536806R (Singapore) [SDGT] (Linked To: MEHDI GROUP).

MEHDI OFFSHORE AND SHIP MANAGEMENT (a.k.a. MEHDI GROUP OFFSHORE; a.k.a. MEHDI OFFSHORE AND SHIP MANAGEMENT PTE. LTD.), 17 Phillip Street, #05-01 Grand Building, 048695, Singapore; Phillip Street 17 #05-01, City - Marina Area, 048695, Singapore; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 201536806R (Singapore) [SDGT] (Linked To: MEHDI GROUP).

MEHDI OFFSHORE AND SHIP MANAGEMENT PTE. LTD. (a.k.a. MEHDI GROUP OFFSHORE; a.k.a. MEHDI OFFSHORE AND SHIP MANAGEMENT), 17 Phillip Street, #05-01 Grand Building, 048695, Singapore; Phillip Street 17 #05-01, City - Marina Area, 048695, Singapore; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 201536806R (Singapore) [SDGT] (Linked To: MEHDI GROUP).

MEHDI SHIPPING LIMITED (a.k.a. MEHDI BROS SHIP SERV. PVT. LTD.; a.k.a. MEHDI BROS SHIP SERVICES PVT LTD; a.k.a. MEHDI BROS. SHIP SERVICES PRIVATE LIMITED; a.k.a. MEHDI BROTHERS SHIP SERVICES PVT. LTD.; a.k.a. MEHDI GROUP), 511, 5th Floor, Samarth Aishwarya Off K.L. Walawakar road, Oshiwara, Andheri [w], Mumbai 400053, India; 102, Mohid Height, Suresh Nagar, Four Bungalow RTO, Andheri (West), Mumbai, Maharashtra 400053, India; Off No 511, B Wing, Mumbai City 400053, India; Website www.mehdishipping.net; alt. Website http://mehdishipping.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number U74999MH1999PTC119358 (India) [SDGT] (Linked To: QASEMI, Rostam).

MEHDI, Ali Ghadeer (a.k.a. MEHDI, Alighadeer Mohammad); DOB 14 May 1984; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: KHADIJA SHIP MANAGEMENT PRIVATE LIMITED).

MEHDI, Ali Zaheer (a.k.a. MEHDI, Alizaheer Mohammad); DOB 14 May 1973; alt. DOB 01 Jan 1973 to 31 Dec 1973; nationality India; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z2423134 (India) expires 11 Dec 2023; alt. Passport Z3079423 (India) expires 01 Jan 2026 to 31 Dec 2026 (individual) [SDGT] (Linked To: QASEMI, Rostam).

MEHDI, Alighadeer Mohammad (a.k.a. MEHDI, Ali Ghadeer); DOB 14 May 1984; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: KHADIJA SHIP MANAGEMENT PRIVATE LIMITED).

MEHDI, Alizaheer Mohammad (a.k.a. MEHDI, Ali Zaheer); DOB 14 May 1973; alt. DOB 01 Jan 1973 to 31 Dec 1973; nationality India; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z2423134 (India) expires 11 Dec 2023; alt. Passport Z3079423 (India) expires 01 Jan 2026 to 31 Dec 2026 (individual) [SDGT] (Linked To: QASEMI, Rostam).

MEHDI, Fatemeh Sarlak Kuhi (a.k.a. KUHI, Fatemeh Sarlak (Arabic: فاطمه سرلک کوهی)), Tehran, Iran; DOB 07 Oct 1995; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 0018445829 (Iran) (individual) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

MEHDI, Ghosn Ali Abdel (a.k.a. AKIEL, Ibrahim Mohamed; a.k.a. AKIL, Ibrahim Mohamed; a.k.a. 'AQIL, Abd al-Qadr; a.k.a. AQIL, Ibrahim; a.k.a. 'AQIL, Ibrahim; a.k.a. "'ABD-AL-QADIR"; a.k.a. "TAHSIN"), Syria; Lebanon; DOB 24 Dec 1962; alt. DOB 01 Jan 1962; alt. DOB 20 Mar 1961; alt. DOB 1958; POB Bidnayil, Lebanon; alt. POB Younine, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations;

Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

MEHDI, Rezaei (a.k.a. PORSAFI, Shahram; a.k.a. POURSAFI, Shahram; a.k.a. PURSAFI, Shahram; a.k.a. REZAYI, Mehdi), Syria; DOB 21 Sep 1976; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MEHDIPUR, Mohammad Reza, Iran; DOB 06 Aug 1975; POB Naein, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1249481643 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SHAHID KARIMI GROUP).

MEHMEDAGIC, Osman (a.k.a. "OSMICA"), Mis Irbina No. 18, Sarajevo 71000, Bosnia and Herzegovina; DOB 01 Nov 1962; POB Sarajevo, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; Gender Male; National ID No. 0111962172659 (Bosnia and Herzegovina) (individual) [BALKANS-EO14033].

MEHMOOD, Dr. Bashir Uddin (a.k.a. MAHMOOD, Sultan Bashiruddin; a.k.a. MAHMOOD, Sultan Bashir-Ud-Din; a.k.a. MEKMUD, Sultan Baishiruddin), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; DOB 1937; alt. DOB 1938; alt. DOB 1939; alt. DOB 1940; alt. DOB 1941; alt. DOB 1942; alt. DOB 1943; alt. DOB 1944; alt. DOB 1945; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MEHMOOD, Osama (a.k.a. MAHMUD, Usama; a.k.a. "Abu Zar"; a.k.a. "Atta Ullah"; a.k.a. "Zar Wali"), Afghanistan; DOB 02 Sep 1980; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

MEHMOOD, Shaheed (a.k.a. AHMED, Shahid Mehmood Manzoor; a.k.a. MAHMOOD, Shahid; a.k.a. MEHMOUD, Shahid; a.k.a. REHMATULLAH, Shahid Mahmood), Karachi, Pakistan; DOB 10 Apr 1980; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

MEHMOUD, Shahid (a.k.a. AHMED, Shahid Mehmood Manzoor; a.k.a. MAHMOOD, Shahid; a.k.a. MEHMOOD, Shaheed; a.k.a. REHMATULLAH, Shahid Mahmood), Karachi, Pakistan; DOB 10 Apr 1980; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

MEHR BANK (a.k.a. MEHR FINANCE AND CREDIT INSTITUTE; a.k.a. MEHR INTEREST-FREE BANK), 204 Taleghani Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

MEHR EGHTESAD IRANIAN INVESTMENT COMPANY (a.k.a. MEHR EQTESAD IRANIAN INVESTMENT COMPANY; a.k.a. MEHR IRANIAN ECONOMY COMPANY; a.k.a. MEHR IRANIAN ECONOMY INVESTMENTS; a.k.a. MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY; f.k.a. TEJARAT TOSE'E EQTESADI IRANIAN), No. 18, Iranian Building, 14th Alley, Ahmad Qassir Street, Argentina Square, Tehran, Iran; No. 48, 14th Alley, Ahmad Qassir Street, Argentina Square, Tehran, Iran; Website www.mebank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 982188526300; alt. Phone Number 982188526301; alt. Phone Number 982188526302; alt. Phone Number 982188526303; alt. Phone Number 9821227700019; Business Registration Document # 103222 (Iran); National ID No. 10101863528 (Iran); Fax: 982188526337; Alt. Fax: 9221227700019 [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: MEHR EQTESAD BANK).

MEHR EQTESAD BANK (a.k.a. MEHR INTEREST-FREE BANK), No. 182, Shahid Tohidi St, 4th Golsetan, Pasdaran Ave, Tehran 1666943, Iran; Website www.mebank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: BONYAD TAAVON BASIJ; Linked To: BASIJ RESISTANCE FORCE).

MEHR EQTESAD FINANCIAL GROUP, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10101471388 (Iran) [SDGT] [IFSR] (Linked To: MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY).

MEHR EQTESAD IRANIAN INVESTMENT COMPANY (a.k.a. MEHR EGHTESAD IRANIAN INVESTMENT COMPANY; a.k.a. MEHR IRANIAN ECONOMY COMPANY; a.k.a. MEHR IRANIAN ECONOMY INVESTMENTS; a.k.a. MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY; f.k.a. TEJARAT TOSE'E EQTESADI IRANIAN), No. 18, Iranian Building, 14th Alley, Ahmad Qassir Street, Argentina Square, Tehran, Iran; No. 48, 14th Alley, Ahmad Qassir Street, Argentina Square, Tehran, Iran; Website www.mebank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 982188526300; alt. Phone Number 982188526301; alt. Phone Number 982188526302; alt. Phone Number 982188526303; alt. Phone Number 9821227700019; Business Registration Document # 103222 (Iran); National ID No. 10101863528 (Iran); Fax: 982188526337; Alt. Fax: 9221227700019 [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: MEHR EQTESAD BANK).

MEHR FINANCE AND CREDIT INSTITUTE (a.k.a. MEHR BANK; a.k.a. MEHR INTEREST-FREE BANK), 204 Taleghani Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

MEHR INTEREST-FREE BANK (a.k.a. MEHR BANK; a.k.a. MEHR FINANCE AND CREDIT INSTITUTE), 204 Taleghani Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

MEHR INTEREST-FREE BANK (a.k.a. MEHR EQTESAD BANK), No. 182, Shahid Tohidi St, 4th Golsetan, Pasdaran Ave, Tehran 1666943, Iran; Website www.mebank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: BONYAD TAAVON BASIJ; Linked To: BASIJ RESISTANCE FORCE).

MEHR IRAN CREDIT UNION BANK (a.k.a. BANK-E GHARZOLHASANEH MEHR IRAN; a.k.a. GHARZOLHASANEH MEHR IRAN BANK), Taleghani St., No.204, Before the intersection of Mofateh, across from the former U.S. embassy, Tehran, Iran; No. 204, Taleghani Street, Tehran, Iran; 204, Before the Mofatteh Crossroad, Taleghani Ave., Tehran, Iran; Website www.qmb.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

MEHR IRANIAN ECONOMY COMPANY (a.k.a. MEHR EGHTESAD IRANIAN INVESTMENT COMPANY; a.k.a. MEHR EQTESAD IRANIAN INVESTMENT COMPANY; a.k.a. MEHR IRANIAN ECONOMY INVESTMENTS; a.k.a. MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY; f.k.a. TEJARAT TOSE'E EQTESADI IRANIAN), No. 18, Iranian Building, 14th Alley, Ahmad Qassir Street, Argentina Square, Tehran, Iran; No. 48, 14th Alley, Ahmad Qassir Street, Argentina Square, Tehran, Iran; Website www.mebank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 982188526300; alt. Phone Number 982188526301; alt. Phone Number 982188526302; alt. Phone Number 982188526303; alt. Phone Number 9821227700019; Business Registration Document # 103222 (Iran); National ID No. 10101863528 (Iran); Fax: 982188526337; Alt. Fax: 9221227700019 [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: MEHR EQTESAD BANK).

MEHR IRANIAN ECONOMY INVESTMENTS (a.k.a. MEHR EGHTESAD IRANIAN INVESTMENT COMPANY; a.k.a. MEHR EQTESAD IRANIAN INVESTMENT COMPANY; a.k.a. MEHR IRANIAN ECONOMY COMPANY; a.k.a. MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY; f.k.a. TEJARAT TOSE'E EQTESADI IRANIAN), No. 18, Iranian Building, 14th Alley, Ahmad Qassir Street, Argentina Square, Tehran, Iran; No. 48, 14th Alley, Ahmad Qassir Street, Argentina Square, Tehran, Iran; Website www.mebank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Phone Number 982188526300; alt. Phone Number 982188526301; alt. Phone Number 982188526302; alt. Phone Number 982188526303; alt. Phone Number 9821227700019; Business Registration Document # 103222 (Iran); National ID No. 10101863528 (Iran); Fax: 982188526337; Alt. Fax: 9221227700019 [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: MEHR EQTESAD BANK).

MEHR PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی مهر) (a.k.a. MEHR PETROCHEMICAL COMPLEX), Fifth Street, Block 22, Tehran, Iran; 2nd Petrochemical Phase, PSEEZ, Assalouyeh, Boushehr Province, Iran; Khaled Eslamboli Street, Alley 5, P. 22, Tehran, Iran; Website www.mehrpc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Jun 2005; Organization Type: Manufacture of refined petroleum products; National ID No. 10102887184 (Iran); Registration Number 248119 (Iran) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

MEHR PETROCHEMICAL COMPLEX (a.k.a. MEHR PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی مهر)), Fifth Street, Block 22, Tehran, Iran; 2nd Petrochemical Phase, PSEEZ, Assalouyeh, Boushehr Province, Iran; Khaled Eslamboli Street, Alley 5, P. 22, Tehran, Iran; Website www.mehrpc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Jun 2005; Organization Type: Manufacture of refined petroleum products; National ID No. 10102887184 (Iran); Registration Number 248119 (Iran) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

MEHRABI, Abdollah (Arabic: عبداله محرابی; Arabic: عبدالله محرابی), Iran; DOB 22 Dec 1961; POB Khansar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1229632603 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

MEHRAN PAPER MILL, F-11, S.I.T.E., Kotri, Sindh, Pakistan; Tax ID No. 25735349 (Pakistan) [SDNTK].

MEHRAN SHIPPING COMPANY LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY (a.k.a. MEHR EGHTESAD IRANIAN INVESTMENT COMPANY; a.k.a. MEHR EQTESAD IRANIAN INVESTMENT COMPANY; a.k.a. MEHR IRANIAN ECONOMY COMPANY; a.k.a. MEHR IRANIAN ECONOMY INVESTMENTS; f.k.a. TEJARAT TOSE'E EQTESADI IRANIAN), No. 18, Iranian Building, 14th Alley, Ahmad Qassir Street, Argentina Square, Tehran, Iran; No. 48, 14th Alley, Ahmad Qassir Street, Argentina Square, Tehran, Iran; Website www.mebank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 982188526300; alt. Phone Number 982188526301; alt. Phone Number 982188526302; alt. Phone Number 982188526303; alt. Phone Number 9821227700019; Business Registration Document # 103222 (Iran); National ID No. 10101863528 (Iran); Fax: 982188526337; Alt. Fax: 9221227700019 [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: MEHR EQTESAD BANK).

MEHRI, Mahdi, Iran; DOB 08 Jun 1990; POB Ahar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MEHRI, Mahmoud (a.k.a. MAHMOOD, Mehri), Iran; DOB 19 Sep 1985; POB Ahar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport F49959213 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MEHRI, Mohammad Hassan, Iran; DOB 04 Jul 1964; POB Ahar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport F24371256 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MEHRSAM ANDISHEH SAZ NIK (a.k.a. DEHKADEH TELECOMMUNICATION AND

SECURITY COMPANY; a.k.a. MAHAK RAYAN AFRAZ), Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 14009946460 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

MEHSUD, Sajna (a.k.a. SAID, Khan; a.k.a. SAYED, Khan); DOB 1975; alt. DOB 1977; POB Zangara area, Sararogh, South Waziristan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MEHTI, Gafar Zada (a.k.a. GAFAR ZADA, Mehti; a.k.a. GAFAR ZADE, Mekhti Fikret; a.k.a. GAFAR ZADE, Mekhti Fikret Oglu; a.k.a. KAFAR ZADE, Mekhti Fikret Ogly), Moscow, Russia; DOB 30 Nov 1978; POB Azerbaijan; nationality Azerbaijan; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport C03895864 (Azerbaijan) issued 11 Apr 2022 expires 10 Apr 2032; National ID No. 0V9WV73 (Azerbaijan) (individual) [RUSSIA-EO14024].

MEIN CHEIN (a.k.a. MAIN CHAIN), ul. Kantemirovskaya d. 12, lit. a, pomeshch. 20-n, kom. 25, Saint Petersburg 194100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Jan 2023; Tax ID No. 7802935570 (Russia); Legal Entity Number 253400B6LCY3RVSUCZ86; Registration Number 1237800006740 (Russia) [RUSSIA-EO14024].

MEIR'S YOUTH (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MEISHUR LIMITED (Chinese Traditional: 梅樹有限公司), Rm 1502 Easey Coml Bldg Wan Chai, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Feb 2023; Company Number 3236876 (Hong Kong); Business Registration Number 74892699 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

MEJAKIC, Zeljko; DOB 02 Aug 1964; POB Petrov Gaj, Bosnia-Herzegovina; ICTY indictee at large (individual) [BALKANS].

MEJIA ARTEAGA, Nora, c/o AGROESPINAL S.A., Medellin, Colombia; c/o AGROGANADERA LOS SANTOS S.A., Medellin, Colombia; c/o ASES DE COMPETENCIA Y CIA. S.A., Medellin, Colombia; c/o FRANZUL S.A., Medellin, Colombia; c/o GRUPO FALCON S.A., Medellin, Colombia; c/o HIERROS DE JERUSALEM S.A., Medellin, Colombia; c/o LLANOTOUR LTDA., Rionegro, Antioquia, Colombia; DOB 08 Mar 1946; POB Medellin, Colombia; Cedula No. 32488894 (Colombia) (individual) [SDNT].

MEJIA GONZALEZ, Juan Reyes, Miguel Aleman, Tamaulipas, Mexico; DOB 18 Nov 1975; POB Mier, Tamaulipas, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

MEJIA GUTIERREZ, Ignacio (a.k.a. MEJIA GUTIERREZ, Nacho; a.k.a. MEJIA GUTIERREZ, Ygnacio), Colonia La Estacion, Nueva Italia, Michoacan CP 61760, Mexico; DOB 23 Apr 1946; POB Ziracuetrio, Michoacan, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. MEGI460423HMNJTG04 (Mexico) (individual) [SDNTK].

MEJIA GUTIERREZ, Nacho (a.k.a. MEJIA GUTIERREZ, Ignacio; a.k.a. MEJIA GUTIERREZ, Ygnacio), Colonia La Estacion, Nueva Italia, Michoacan CP 61760, Mexico; DOB 23 Apr 1946; POB Ziracuetrio, Michoacan, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. MEGI460423HMNJTG04 (Mexico) (individual) [SDNTK].

MEJIA GUTIERREZ, Ygnacio (a.k.a. MEJIA GUTIERREZ, Ignacio; a.k.a. MEJIA GUTIERREZ, Nacho), Colonia La Estacion, Nueva Italia, Michoacan CP 61760, Mexico; DOB 23 Apr 1946; POB Ziracuetrio, Michoacan, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. MEGI460423HMNJTG04 (Mexico) (individual) [SDNTK].

MEJIA MAGNANI, Jhon (a.k.a. MEJIA MAGNANI, John Ivan; a.k.a. MEJIA MAGNANI, John Yvan), c/o AERO CONTINENTE S.A., Lima, Peru; c/o SISTEMA DE DISTRIBUCION MUNDIAL S.A.C., Lima, Peru; c/o CONTINENTE MOVIL Y SERVICIOS S.R.L., Callao, Peru; La Ladera MZ. J LT. 14, Las Vinas, Lima, Peru; DOB 20 Apr 1966; LE Number 07541863 (Peru) (individual) [SDNTK].

MEJIA MAGNANI, John Ivan (a.k.a. MEJIA MAGNANI, Jhon; a.k.a. MEJIA MAGNANI, John Yvan), c/o AERO CONTINENTE S.A., Lima, Peru; c/o SISTEMA DE DISTRIBUCION MUNDIAL S.A.C., Lima, Peru; c/o CONTINENTE MOVIL Y SERVICIOS S.R.L., Callao, Peru; La Ladera MZ. J LT. 14, Las Vinas, Lima, Peru; DOB 20 Apr 1966; LE Number 07541863 (Peru) (individual) [SDNTK].

MEJIA MAGNANI, John Yvan (a.k.a. MEJIA MAGNANI, Jhon; a.k.a. MEJIA MAGNANI, John Ivan), c/o AERO CONTINENTE S.A., Lima, Peru; c/o SISTEMA DE DISTRIBUCION MUNDIAL S.A.C., Lima, Peru; c/o CONTINENTE MOVIL Y SERVICIOS S.R.L., Callao, Peru; La Ladera MZ. J LT. 14, Las Vinas, Lima, Peru; DOB 20 Apr 1966; LE Number 07541863 (Peru) (individual) [SDNTK].

MEJIA REGALADO, Jose Manuel, Agrp. Block K Dpto 200, Lima, Peru; DOB 18 May 1948; LE Number 07609623 (Peru) (individual) [SDNTK].

MEJIA VALENCIA, Gonzalo Alberto, Carrera 41, No. 29A-29, Maranilla, Antioquia, Colombia; DOB 23 Apr 1979; POB Colombia; nationality Colombia; citizen Colombia; Cedula No. 70729968 (Colombia); Passport AJ441012 (Colombia) (individual) [SDNTK].

MEKMUD, Sultan Baishiruddin (a.k.a. MAHMOOD, Sultan Bashiruddin; a.k.a. MAHMOOD, Sultan Bashir-Ud-Din; a.k.a. MEHMOOD, Dr. Bashir Uddin), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; DOB 1937; alt. DOB 1938; alt. DOB 1939; alt. DOB 1940; alt. DOB 1941; alt. DOB 1942; alt. DOB 1943; alt.

DOB 1944; alt. DOB 1945; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MELARBE, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

MELENDEZ RIVAS, Carmen Teresa (Latin: MELÉNDEZ RIVAS, Carmen Teresa), Lara, Venezuela; DOB 03 Nov 1961; POB Barinas, Venezuela; citizen Venezuela; Gender Female; Cedula No. 8146803 (Venezuela); Constituent of Venezuela's Constituent Assembly for Iribarren Municipality in Lara State (individual) [VENEZUELA].

MELFI MARINE CORPORATION S.A. (a.k.a. MELFI MARINE S.A.), Calle Oficios No. 410 e/Luz y Acosta, La Habana Vieja, Habana, Cuba; Anillo del Puerto e/Pote y Linea del Ferrocarril, La Habana Vieja, Habana, Cuba; Oficios 104 Havana Vieja, Havana, Cuba; Oficina 7, Edificio Senorial, Calle 50 Apartado 31, Panama City 5, Panama [CUBA].

MELFI MARINE S.A. (a.k.a. MELFI MARINE CORPORATION S.A.), Calle Oficios No. 410 e/Luz y Acosta, La Habana Vieja, Habana, Cuba; Anillo del Puerto e/Pote y Linea del Ferrocarril, La Habana Vieja, Habana, Cuba; Oficios 104 Havana Vieja, Havana, Cuba; Oficina 7, Edificio Senorial, Calle 50 Apartado 31, Panama City 5, Panama [CUBA].

MELGOZA TORRES, Martin, Paseo Coronado No. 964, Fraccionamiento El Mirador, Tijuana, Baja California, Mexico; c/o FARMACIA VIDA SUPREMA, S.A. DE C.V., Boulevard Agua Caliente 1381, Revolucion, Tijuana, Baja California Norte 22400, Mexico; DOB 11 Nov 1946; POB Villa de Alvarez, Colima, Mexico; R.F.C. METM-46111-BF4 (Mexico); Credencial electoral 073855815496 (Mexico) (individual) [SDNTK].

MELHEM, Kifah (a.k.a. AL-MILHEM, Kifah; a.k.a. MILHEM, Kifah; a.k.a. MOULHEM, Kifah (Arabic: كفاح ملحم); a.k.a. MOULHIM, Kifah;

a.k.a. MULHEM, Kifah; a.k.a. MULHIM, Kifah), Damascus, Syria; DOB 28 Nov 1961; POB Junayrat Ruslan, Tartous, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

MELIKAL FOR MEDICAL & MEDICINE TRADING CO., LIMITED (a.k.a. MELIKAL FOR MEDICAL AND MEDICINE TRADING CO., LIMITED), Flat/Rm 1512 15/F Lucky Centre, Hong Kong, China; Organization Established Date 15 Apr 2021; C.R. No. 3038706 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

MELIKAL FOR MEDICAL AND MEDICINE TRADING CO., LIMITED (a.k.a. MELIKAL FOR MEDICAL & MEDICINE TRADING CO., LIMITED), Flat/Rm 1512 15/F Lucky Centre, Hong Kong, China; Organization Established Date 15 Apr 2021; C.R. No. 3038706 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

MELIKOV, Nikita, Russia; DOB 30 Mar 1994; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT).

MELIKOV, Sergey Alimovich, Dagestan Republic, Russia; DOB 12 Sep 1965; POB Orekhovo-Zuevo, Moscow Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 500102934148 (Russia) (individual) [RUSSIA-EO14024].

MELIORA ACADEMICA EOOD (f.k.a. MELIORA AKADEMIKA), 2E Prof. P. Dzhidrov Str., Studentski Grad Distr., Sofia, Stolichna 1700, Bulgaria; Organization Established Date 2012; V.A.T. Number BG 202052161 (Bulgaria) [GLOMAG] (Linked To: DECART OOD).

MELIORA AKADEMIKA (a.k.a. MELIORA ACADEMICA EOOD), 2E Prof. P. Dzhidrov Str., Studentski Grad Distr., Sofia, Stolichna 1700, Bulgaria; Organization Established Date 2012; V.A.T. Number BG 202052161 (Bulgaria) [GLOMAG] (Linked To: DECART OOD).

MELIX GLOBAL SDN BHD, 30, Jalan PJU 1A/15, Taman Perindustrian Jaya, Petaling Jaya,

Selangor 47301, Malaysia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 202101034500 (Malaysia) [RUSSIA-EO14024] (Linked To: BALTPROMSERVIS).

MELLADO CRUZ, Galdino (a.k.a. GALINDO MELLADO, Cruz; a.k.a. MELLADO CRUZ, Galindo; a.k.a. "EL MELLADO"), Calle Llano Grande, Tampico Alto, Veracruz C.P. 92040, Mexico; DOB 18 Apr 1973; POB Tampico, Veracruz; nationality Mexico; citizen Mexico; R.F.C. MECC730418 (Mexico); C.U.R.P. MECG730418HVZLRL05 (Mexico) (individual) [SDNTK].

MELLADO CRUZ, Galindo (a.k.a. GALINDO MELLADO, Cruz; a.k.a. MELLADO CRUZ, Galdino; a.k.a. "EL MELLADO"), Calle Llano Grande, Tampico Alto, Veracruz C.P. 92040, Mexico; DOB 18 Apr 1973; POB Tampico, Veracruz; nationality Mexico; citizen Mexico; R.F.C. MECC730418 (Mexico); C.U.R.P. MECG730418HVZLRL05 (Mexico) (individual) [SDNTK].

MELLAT BANK ARMENIA (f.k.a. BANK MELLAT YEREVAN; a.k.a. MELLAT BANK CLOSED JOINT-STOCK COMPANY; f.k.a. MELLAT BANK SB CJSC), PO Box 24, Amiryan Street 6, 0010, Yerevan, Armenia; 5 Tumanyan St, 0001, Yerevan, Armenia; SWIFT/BIC BKMTAM22; Website www.mellatbank.am; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Offices Worldwide [SDGT] [IFSR] (Linked To: BANK MELLAT).

MELLAT BANK CLOSED JOINT-STOCK COMPANY (f.k.a. BANK MELLAT YEREVAN; a.k.a. MELLAT BANK ARMENIA; f.k.a. MELLAT BANK SB CJSC), PO Box 24, Amiryan Street 6, 0010, Yerevan, Armenia; 5 Tumanyan St, 0001, Yerevan, Armenia; SWIFT/BIC BKMTAM22; Website www.mellatbank.am; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Offices Worldwide [SDGT] [IFSR] (Linked To: BANK MELLAT).

MELLAT BANK SB CJSC (f.k.a. BANK MELLAT YEREVAN; a.k.a. MELLAT BANK ARMENIA; a.k.a. MELLAT BANK CLOSED JOINT-STOCK COMPANY), PO Box 24, Amiryan Street 6, 0010, Yerevan, Armenia; 5 Tumanyan St, 0001, Yerevan, Armenia; SWIFT/BIC BKMTAM22; Website www.mellatbank.am; Additional Sanctions Information - Subject to Secondary

Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Offices Worldwide [SDGT] [IFSR] (Linked To: BANK MELLAT).

MELLAT INSURANCE COMPANY, No. 48, Haghani Street, Vanak Square, Before Jahan-Kodak Cross, Tehran 1517973913, Iran; No. 40, Shahid Haghani Express Way, Vanak Square, Tehran, Iran; No. 9, Niloofar Street, Sharabyani Avenue, Taavon Boulevard, Shahr-e-Ziba, Tehran, Iran; 72 Hillview Court, Woking, Surrey GU22 7QW, United Kingdom; No. 697 Saeeidi Alley, Crossroads College, Enghelab St., Tehran, Iran; Website http://www.mellatinsurance.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MELLI BANK (a.k.a. BANK MELLI; a.k.a. BANK MELLI IRAN; a.k.a. NATIONAL BANK OF IRAN; a.k.a. "BMI"), Ferdowsi Avenue - PO Box 11365-171, Tehran, Iran; 43 Avenue Montaigne, Paris 75008, France; Room 704-6, Wheelock Hse, 20 Pedder St, Hong Kong; Bank Melli Iran Bldg, 111 St 24, 929 Arasat, Baghdad, Iraq; PO Box 2643, Ruwi, 112, Muscat, Oman; PO Box 2656, Liva Street, Abu Dhabi, United Arab Emirates; PO Box 248, Hamad Bin Abdulla St, Fujairah, United Arab Emirates; PO Box 1888, Clock Tower, Industrial Rd, Al Ain Club Bldg, Al Ain, Abu Dhabi, United Arab Emirates; PO Box 1894, Baniyas St, Deira, Dubai, United Arab Emirates; PO Box 5270, Oman Street Al Nakheel, Ras Al-Khaimah, United Arab Emirates; PO Box 459, Al Borj St, Sharjah, United Arab Emirates; PO Box 3093, Ahmed Seddiqui Bldg, Khalid Bin El-Walid St, Bur-Dubai, Dubai, United Arab Emirates; PO Box 1894, Al Wasl Rd, Jumeirah, Dubai, United Arab Emirates; Postfach 112 129, Holzbruecke 2, 20421, Hamburg, Germany; 23 Nobel Avenue, Baku, Azerbaijan; Bank Melli Iran Building, Ferdowsi Avenue, Tehran 11365-144, Iran; No. 136 Mirdamad Boulevard, Opposite Al-ghadir Mosque, Tehran, Iran; Al Ashar Estiqlal Street - Hal Al Zohor, Basra, Iraq; 98a Kensington High Street, London W8 4SG, United Kingdom; 767 5th Ave, 44th Fl, New York, NY 10153, United States; PO Box 1420, New York, NY 10153, United States; Website www.bmi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Offices Worldwide [IRAN] [SDGT] [IFSR]

(Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MELLI BANK PLC, 98a Kensington High Street, London W8 4SG, United Kingdom; 4 Moorgate, EC2R 6AL, London, United Kingdom; 18F Kam Sang Building, 257 Des Voeux Road Central, Hong Kong; 4th Floor, 20 West Nahid Street, Africa Blvd, Tehran, Iran; SWIFT/BIC MELIGB2L; alt. SWIFT/BIC MELIHKHH; Website www.mellibank.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Offices Worldwide [SDGT] [IFSR] (Linked To: BANK MELLI IRAN).

MELLI INTERNATIONAL BUILDING & INDUSTRY COMPANY, Number 89, Shahid Khodami Street, After Kurdistan Bridge, Vanak Square, Iran; Website www.mibic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 85579000 (Iran) [SDGT] [IFSR] (Linked To: TOSE-E MELLI GROUP INVESTMENT COMPANY).

MELLI SAKHTEMAN CO. (a.k.a. MELLI SAKHTEMAN COMPANY; a.k.a. SHERKAT-E MELLI-YE SAKHTEMAN (Arabic: شرکت ملی ساختمان); a.k.a. "NATIONAL BUILDING COMPANY"), No. 7, South Golestan St, Iranzamin Ave, Shahrak-eGharb, Tehran, Iran; Dubai, United Arab Emirates; Website www.mellisakhteman.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100305734 (Iran); Registration Number 6489 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

MELLI SAKHTEMAN COMPANY (a.k.a. MELLI SAKHTEMAN CO.; a.k.a. SHERKAT-E MELLI-YE SAKHTEMAN (Arabic: شرکت ملی ساختمان); a.k.a. "NATIONAL BUILDING COMPANY"), No. 7, South Golestan St, Iranzamin Ave, Shahrak-eGharb, Tehran, Iran; Dubai, United Arab Emirates; Website www.mellisakhteman.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100305734 (Iran); Registration Number 6489 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

MELNICHENKO, Andrei Igorevich (a.k.a. MELNICHENKO, Andrey Igorevich (Cyrillic: МЕЛЬНИЧЕНКО, Андрей Игоревич)), Russia; DOB 08 Mar 1972; POB Gomel, Belarus;

nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773600437377 (Russia) (individual) [RUSSIA-EO14024].

MELNICHENKO, Andrey Igorevich (Cyrillic: МЕЛЬНИЧЕНКО, Андрей Игоревич) (a.k.a. MELNICHENKO, Andrei Igorevich), Russia; DOB 08 Mar 1972; POB Gomel, Belarus; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773600437377 (Russia) (individual) [RUSSIA-EO14024].

MELNICHENKO, Oleg Vladimirovich (Cyrillic: МЕЛЬНИЧЕНКО, Олег Владимирович), Penza Region, Russia; DOB 21 May 1973; POB Penza, Penza Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

MELNICHUK, Aleksandr Aleksandrovich (a.k.a. MELNYCHUK, Oleksandr), Ukraine; DOB 17 Jan 1965; POB Rovenki, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: LUHANSK PEOPLE'S REPUBLIC).

MELNICHUK, Sergey (a.k.a. MELNYCHUK, Sergiy Oleksandrovich; a.k.a. MELNYCHUK, Serhiy), Ukraine; DOB 30 Sep 1976; POB Rovenki, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: LUHANSK PEOPLE'S REPUBLIC).

MELNIK, Irina Nikolaevna (a.k.a. MELNIK, Irina Nikolayevna), Svetlanovsky Pr 103, Apt. 100, Saint Petersburg, Russia; Koroleva Avenue, D 47, Apt. 224, Saint Petersburg, Russia; DOB 30 Jul 1970; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4015282771 (Russia); Tax ID No. 780608351700 (Russia) (individual) [RUSSIA-EO14024].

MELNIK, Irina Nikolayevna (a.k.a. MELNIK, Irina Nikolaevna), Svetlanovsky Pr 103, Apt. 100, Saint Petersburg, Russia; Koroleva Avenue, D 47, Apt. 224, Saint Petersburg, Russia; DOB 30 Jul 1970; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4015282771 (Russia); Tax ID No.

780608351700 (Russia) (individual) [RUSSIA-EO14024].

MELNIKOV, Andrei Gennadyevich (Cyrillic: МЕЛЬНИКОВ, Андрей Геннадьевич) (a.k.a. MELNIKOV, Andrey Gennadyevich), Russia; DOB 03 Sep 1969; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

MELNIKOV, Andrey Gennadyevich (a.k.a. MELNIKOV, Andrei Gennadyevich (Cyrillic: МЕЛЬНИКОВ, Андрей Геннадьевич)), Russia; DOB 03 Sep 1969; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

MELNIKOV, Ivan Ivanovich (Cyrillic: МЕЛЬНИКОВ, Иван Иванович), Russia; DOB 07 Aug 1950; POB Bogoroditsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MELNYCHUK, Oleksandr (a.k.a. MELNICHUK, Aleksandr Aleksandrovich), Ukraine; DOB 17 Jan 1965; POB Rovenki, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: LUHANSK PEOPLE'S REPUBLIC).

MELNYCHUK, Sergiy Oleksandrovich (a.k.a. MELNICHUK, Sergey; a.k.a. MELNYCHUK, Serhiy), Ukraine; DOB 30 Sep 1976; POB Rovenki, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: LUHANSK PEOPLE'S REPUBLIC).

MELNYCHUK, Serhiy (a.k.a. MELNICHUK, Sergey; a.k.a. MELNYCHUK, Sergiy Oleksandrovich), Ukraine; DOB 30 Sep 1976; POB Rovenki, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-

EO13660] (Linked To: LUHANSK PEOPLE'S REPUBLIC).

MELODY SHIPMANAGEMENT PRIVATE LIMITED (a.k.a. MELODY SHIPMANAGEMENT PVT LTD), Office 309, 3rd Floor, Space 912, ABV Brand Factory, Mira Bhayandar Road, Mira Road (E), Thane, Maharashtra 401107, India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number U61200MH2018PTC311397 (India) issued 02 Jul 2018; alt. Identification Number IMO 6052641; Registration Number 311397 (India) [SDGT] (Linked To: QUOC VIET MARINE TRANSPORT JSC).

MELODY SHIPMANAGEMENT PVT LTD (a.k.a. MELODY SHIPMANAGEMENT PRIVATE LIMITED), Office 309, 3rd Floor, Space 912, ABV Brand Factory, Mira Bhayandar Road, Mira Road (E), Thane, Maharashtra 401107, India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number U61200MH2018PTC311397 (India) issued 02 Jul 2018; alt. Identification Number IMO 6052641; Registration Number 311397 (India) [SDGT] (Linked To: QUOC VIET MARINE TRANSPORT JSC).

MELRUX RICA S PIZZA, Carrera 75 No. 24C-22/24, Bogota, Colombia; Carrera 77A No. 41-20/22, Bogota, Colombia; Matricula Mercantil No 1158291 (Colombia) [SDNTK].

MELVALE CORPORATION DOO BEOGRAD (a.k.a. PREDUZECE ZA PROIZVODNJU, PROMET I USLUGE MELVALE CORPORATION DOO, BEOGRAD STARI GRAD), Tadeusa Koscuska 56, Belgrade 11000, Serbia; Tax ID No. 104150191 (Serbia); Registration Number 20100575 (Serbia) [GLOMAG] (Linked To: SARENAC, Nebojsa).

MEMBRENO RIVAS, Denis, Managua, Nicaragua; DOB 16 Jul 1956; POB Leon, Nicaragua; nationality Nicaragua; Gender Male; National ID No. 2811607560007V (Nicaragua) (individual) [NICARAGUA].

MEMETI, Memetiming (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB

10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 653225197110100533 (China) (individual) [SDGT].

MEMON, Ibrahim Abdul Razaaq (a.k.a. MEMON, Ibrahim Abdul Razak; a.k.a. "MUSHTAQ"; a.k.a. "MUSTAQ"; a.k.a. "SIKANDER"; a.k.a. "TIGER MEMON"), Bldg. No. 21 Room No. 1069, Fisherman Colony Mahim, Mumbai, India; House No. C-201, Extension-A, Karachi Development Scheme, Karachi, Pakistan; DOB 24 Nov 1960; POB Mumbai (Bombay), India; nationality India; Passport AA762402 (Pakistan); alt. Passport L152818 (India) (individual) [SDNTK].

MEMON, Ibrahim Abdul Razak (a.k.a. MEMON, Ibrahim Abdul Razaaq; a.k.a. "MUSHTAQ"; a.k.a. "MUSTAQ"; a.k.a. "SIKANDER"; a.k.a. "TIGER MEMON"), Bldg. No. 21 Room No. 1069, Fisherman Colony Mahim, Mumbai, India; House No. C-201, Extension-A, Karachi Development Scheme, Karachi, Pakistan; DOB 24 Nov 1960; POB Mumbai (Bombay), India; nationality India; Passport AA762402 (Pakistan); alt. Passport L152818 (India) (individual) [SDNTK].

MEMORIES GOLDEN JEWELLERY L.L.C, Mahl Raqm 25, Malik Waqf Meerza Hasan Muhammad al Rahma, Bur Dubai, United Arab Emirates; Organization Established Date 04 Dec 2017; Legal Entity Number 213800LXUH73839MI315; Registration Number 795758 (United Arab Emirates) [GLOMAG] (Linked To: SUN MULTINATIONAL DMCC).

MEN OF THE ARMY OF AL-NAQSHBANDIA WAY (a.k.a. ARMED MEN OF THE NAQSHABANDI ORDER; a.k.a. ARMY OF THE MEN OF THE NAQSHBANDI ORDER; a.k.a. JAYSH RAJAL AL-TARIQAH AL-NAQSHBANDIA; a.k.a. JAYSH RIJAL AL-TARIQ AL-NAQSHABANDI; a.k.a. NAQSHABANDI ARMY; a.k.a. NAQSHBANDI ARMY; a.k.a. "AMNO"; a.k.a. "JRN"; a.k.a. "JRTN"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website: www.alnakshabandia-army.org; www.alnakshabndia-army.com [FTO] [SDGT] [IRAQ3].

MENASHE, Tal Yonatan (a.k.a. DILIAN, Tal Jonathan), 11B Route Des Arcys, Champery 1874, Switzerland; DOB 21 Aug 1961; POB

Israel; nationality Israel; citizen Israel; alt. citizen Malta; Gender Male; Passport 22540627 (Israel); National ID No. 57053795 (Israel); alt. National ID No. 057053795 (Israel) (individual) [CYBER2].

MENDELEEV, Sergey (Cyrillic: МЕНДЕЛЕЕВ, Сергей), Russia; DOB 02 Nov 1976; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER4] (Linked To: GARANTEX EUROPE OU).

MENDELEEVA, Olesya Anatolevna (Cyrillic: МЕНДЕЛЕЕВА, Олеся Анатольевна) (a.k.a. ANATOLIYIVNA, Mendelieieva Olesia; a.k.a. MENDELEYEVA, Olesya), Moscow, Russia; DOB 18 Apr 1981; POB Asbest, Sverdlovsk Region, Russia; nationality Russia; Gender Female; Tax ID No. 110307450231 (Russia) (individual) [GLOMAG].

MENDELEYEVA, Olesya (a.k.a. ANATOLIYIVNA, Mendelieieva Olesia; a.k.a. MENDELEEVA, Olesya Anatolevna (Cyrillic: МЕНДЕЛЕЕВА, Олеся Анатольевна)), Moscow, Russia; DOB 18 Apr 1981; POB Asbest, Sverdlovsk Region, Russia; nationality Russia; Gender Female; Tax ID No. 110307450231 (Russia) (individual) [GLOMAG].

MENDEZ SALAZAR, John Jairo, Calle 1 No. 56-109 Casa 32, Cali, Colombia; Carrera 42 No. 5B-81, Cali, Colombia; c/o MAQUINARIA TECNICA Y TIERRAS LTDA., Cali, Colombia; Cedula No. 98515360 (Colombia); Passport 98515360 (Colombia) (individual) [SDNT].

MENDEZ SANTIAGO, Flavio, Mexico; DOB 11 Mar 1975; nationality Mexico; citizen Mexico; R.F.C. MESF750311 (Mexico) (individual) [SDNTK].

MENDEZ VARGAS, Jesus (a.k.a. MENDEZ VARGAS, Jose de Jesus; a.k.a. MENDEZ, Jesus; a.k.a. "CHAMULA"; a.k.a. "CHANGO"; a.k.a. "CHANGO MENDEZ"; a.k.a. "CHUY"; a.k.a. "CHUY MENDEZ"; a.k.a. "EL CHANGO"), Tazumbos, Jalisco, Mexico; Calle Dr. Lose Luis Mora Col Morelos, Apatzingan, Michoacan, Mexico; Calle Carlos Salazar Col Buenos Aires, Apatzingan, Michoacan, Mexico; Toluca, Mexico, Mexico; Calle Acatitla 122, Col. Ferrocarril, Apatzingan, Mexico; Potrero Grande de C de Paracuaro, Apatzingan, Mexico; c/o Club Abaro, Ave Vicente Villada, Mexico City, Municipio de Mexico City, D.F., Mexico; DOB 28 Feb 1974; alt. DOB 06 Aug 1973; alt. DOB 18 Sep 1989; POB El Coloma, Michoacan; alt. POB Eduardo Neri, Guerrero; alt. POB Acapulco de Juarez, Guerrero; nationality Mexico; C.U.R.P. MEVJ890918HGRNRS09 (Mexico) (individual) [SDNTK].

MENDEZ VARGAS, Jose de Jesus (a.k.a. MENDEZ VARGAS, Jesus; a.k.a. MENDEZ, Jesus; a.k.a. "CHAMULA"; a.k.a. "CHANGO"; a.k.a. "CHANGO MENDEZ"; a.k.a. "CHUY"; a.k.a. "CHUY MENDEZ"; a.k.a. "EL CHANGO"), Tazumbos, Jalisco, Mexico; Calle Dr. Lose Luis Mora Col Morelos, Apatzingan, Michoacan, Mexico; Calle Carlos Salazar Col Buenos Aires, Apatzingan, Michoacan, Mexico; Toluca, Mexico, Mexico; Calle Acatitla 122, Col. Ferrocarril, Apatzingan, Mexico; Potrero Grande de C de Paracuaro, Apatzingan, Mexico; c/o Club Abaro, Ave Vicente Villada, Mexico City, Municipio de Mexico City, D.F., Mexico; DOB 28 Feb 1974; alt. DOB 06 Aug 1973; alt. DOB 18 Sep 1989; POB El Coloma, Michoacan; alt. POB Eduardo Neri, Guerrero; alt. POB Acapulco de Juarez, Guerrero; nationality Mexico; C.U.R.P. MEVJ890918HGRNRS09 (Mexico) (individual) [SDNTK].

MENDEZ, Jesus (a.k.a. MENDEZ VARGAS, Jesus; a.k.a. MENDEZ VARGAS, Jose de Jesus; a.k.a. "CHAMULA"; a.k.a. "CHANGO"; a.k.a. "CHANGO MENDEZ"; a.k.a. "CHUY"; a.k.a. "CHUY MENDEZ"; a.k.a. "EL CHANGO"), Tazumbos, Jalisco, Mexico; Calle Dr. Lose Luis Mora Col Morelos, Apatzingan, Michoacan, Mexico; Calle Carlos Salazar Col Buenos Aires, Apatzingan, Michoacan, Mexico; Toluca, Mexico, Mexico; Calle Acatitla 122, Col. Ferrocarril, Apatzingan, Mexico; Potrero Grande de C de Paracuaro, Apatzingan, Mexico; c/o Club Abaro, Ave Vicente Villada, Mexico City, Municipio de Mexico City, D.F., Mexico; DOB 28 Feb 1974; alt. DOB 06 Aug 1973; alt. DOB 18 Sep 1989; POB El Coloma, Michoacan; alt. POB Eduardo Neri, Guerrero; alt. POB Acapulco de Juarez, Guerrero; nationality Mexico; C.U.R.P. MEVJ890918HGRNRS09 (Mexico) (individual) [SDNTK].

MENDIVIL FIGUEROA, Efrain, Sinaloa, Mexico; DOB 01 Feb 1980; POB Guasave, Sinaloa, Mexico; nationality Mexico; Gender Male; R.F.C. MEFE800201L2A (Mexico); C.U.R.P. MEFE800201HSLNGF04 (Mexico) (individual) [SDNTK].

MENDOZA CONTRERAS, Cipriano (a.k.a. RIVERA TORRES, Javier), Calle Venustiano Carranza No. 904, Col. Josefa Ortiz de Dominguez, Apatzingan, Michoacan, Mexico; DOB 25 Dec 1969; POB Tepalcatepec, Michoacan; nationality Mexico; citizen Mexico; C.U.R.P. MECC691225HMNNNP01 (Mexico) (individual) [SDNTK].

MENDOZA FIGUEROA, Jose Luis (Latin: MENDOZA FIGUEROA, José Luís) (a.k.a. "VIEJO PAVAS"); DOB 12 Nov 1964; POB El Salvador; citizen El Salvador (individual) [TCO].

MENDOZA GAYTAN, Gonzalo (a.k.a. "El 90"; a.k.a. "El Sapo"), Puerto Vallarta, Jalisco, Mexico; DOB 02 Oct 1988; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. MEGG881002HMNNYN02 (Mexico) (individual) [SDNTK] [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

MENDOZA JOVER, Juan Jose (Latin: MENDOZA JOVER, Juan José), Valera, Trujillo, Venezuela; DOB 11 Mar 1969; POB Trujillo, Venezuela; citizen Venezuela; Gender Male; Cedula No. 9499372 (Venezuela); Second Vice President of Venezuela's Supreme Court of Justice; President of the Constitutional Chamber of Venezuela's Supreme Court of Justice (individual) [VENEZUELA].

MENDOZA PENA, Sergio (a.k.a. LOPEZ, Antonio Santiago; a.k.a. PENA MENDOZA, Sergio; a.k.a. PENA MENDOZA, Sergio Arturo Sanchez; a.k.a. PENA SOLIS, Sergio; a.k.a. SOLIS, Rene Carlos), Miguel Hidalgo 410, Concordia, Nuevo Laredo, Tamaulipas, Mexico; Calle Decima, Colonia Las Fuentes, Reynosa, Tamaulipas, Mexico; DOB 25 Jan 1973; alt. DOB 1970; nationality Mexico; citizen Mexico (individual) [SDNTK].

MENDOZA ROBLES, Eduardo (a.k.a. "ZETA 33"); DOB 05 Dec 1966; POB Nuevo Laredo, Tamaulipas, Mexico; citizen Mexico; R.F.C. MERE661205MQ3 (Mexico); C.U.R.P. MERE661205HTSNBD09 (Mexico) (individual) [SDNTK].

MENDOZA VILLEGAS, Jorge Alejandro, Cancun, Quintana Roo, Mexico; DOB 27 Sep 1979; POB Mexico City, Mexico; nationality Mexico; Gender Male; C.U.R.P. MEVJ790927HDFNLR02 (Mexico) (individual) [TCO] (Linked To: BHARDWAJ HUMAN SMUGGLING ORGANIZATION).

MENENDEZ PRIETO, Ricardo Jose, Caracas, Venezuela; DOB 07 Dec 1969; POB Caracas, Venezuela; nationality Venezuela; Gender Male; Cedula No. V10333821 (Venezuela) (individual) [VENEZUELA].

MENESES OSPINA, Cristian Julian, Mexico; DOB 31 Dec 1983; POB Ibague, Colombia; nationality Colombia; Gender Male; Cedula No. 14137405 (Colombia); C.U.R.P. MEOC831231HNENSR06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MENESES RODRIGUEZ, Antonio Jose, Venezuela; DOB 10 Dec 1980; nationality Venezuela; Gender Male; Cedula No. V14316687 (Venezuela) (individual) [VENEZUELA].

MENNETTA, Antonio; DOB 03 Jan 1985; POB Naples, Italy (individual) [TCO].

MENYAILO, Sergei (a.k.a. MENYAILO, Sergei Ivanovich; a.k.a. MENYAILO, Sergey); DOB 22 Aug 1960; POB Alagir, North Ossetia, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Acting Governor of Sevastopol (individual) [UKRAINE-EO13660].

MENYAILO, Sergei Ivanovich (a.k.a. MENYAILO, Sergei; a.k.a. MENYAILO, Sergey); DOB 22 Aug 1960; POB Alagir, North Ossetia, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Acting Governor of Sevastopol (individual) [UKRAINE-EO13660].

MENYAILO, Sergey (a.k.a. MENYAILO, Sergei; a.k.a. MENYAILO, Sergei Ivanovich); DOB 22 Aug 1960; POB Alagir, North Ossetia, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Acting Governor of Sevastopol (individual) [UKRAINE-EO13660].

MERAJ AIR, Meraj Blvd., First of Mohammad Ali Ave., Azadi Sq., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

MERAJ, Yusef Ali (a.k.a. MIRAJ, Yusuf Ali; a.k.a. MURAJ, Yousef Ali), Iran; DOB 10 Jun 1978; nationality Pakistan; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AH0989891 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MERAT, Kaveh (Arabic: کاوه مرآت), Tehran, Iran; DOB 22 Sep 1984; POB Kerman, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2992928941

(Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: SANAT DANESH RAHPUYAN AFLAK COMPANY LTD).

MERCHANT SUPREME CO., LTD., Tortola, Virgin Islands, British; Organization Established Date 25 Jun 2012; Organization Type: Activities of holding companies [GLOMAG] (Linked To: PINGTAN MARINE ENTERPRISE LTD.).

MERCIFUL HANDS CHARITY (a.k.a. MERCIFUL HANDS GAZA; a.k.a. THE MERCIFUL HANDS CHARITABLE SOCIETY; a.k.a. "MERCIFUL HANDS ASSOCIATION" (Arabic: " جمعية الأيدي الرحيمة")), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2005; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

MERCIFUL HANDS GAZA (a.k.a. MERCIFUL HANDS CHARITY; a.k.a. THE MERCIFUL HANDS CHARITABLE SOCIETY; a.k.a. "MERCIFUL HANDS ASSOCIATION" (Arabic: "جمعية الأيدي الرحيمة")), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2005; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

MERIDEIS D.O.O. (f.k.a. NIPL D.O.O.), 27 Vilharjeva Cesta, Ljubljana 1000, Slovenia; Registration ID 71071784 (Slovenia) [SDNTK].

MERIDIAN RESEARCH AND PRODUCTION FIRM JSC (a.k.a. AO NPF MERIDIAN; a.k.a. RPF MERIDIAN JSC), Ul. Blokhina D. 19, Saint Petersburg 197198, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813113934 (Russia); Registration Number 1027806864535 (Russia) [RUSSIA-EO14024].

MERKUR ENERGY PORT SERVICES (a.k.a. MERKUR ENERGY PORT SERVICES SDN BHD; a.k.a. MERKUR ENERGY PORTSERVICES SDN BHD), Unit 21-01, Level 21, Mercu Aspire KL Eco City, No 3 Jalan Bangsar, Kuala Lumpur 59200, Malaysia; Suite A09-10 Block A Plaza Tarragon Kelana Jalan Ss6/6 Kelana Jaya, Petaling Jaya 47301, Malaysia; Website merkurenergyports.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2017; Commercial Registry Number 1233720K (Malaysia); Registration

Number 201701019555 (Malaysia) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

MERKUR ENERGY PORT SERVICES SDN BHD (a.k.a. MERKUR ENERGY PORT SERVICES; a.k.a. MERKUR ENERGY PORTSERVICES SDN BHD), Unit 21-01, Level 21, Mercu Aspire KL Eco City, No 3 Jalan Bangsar, Kuala Lumpur 59200, Malaysia; Suite A09-10 Block A Plaza Tarragon Kelana Jalan Ss6/6 Kelana Jaya, Petaling Jaya 47301, Malaysia; Website merkurenergyports.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2017; Commercial Registry Number 1233720K (Malaysia); Registration Number 201701019555 (Malaysia) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

MERKUR ENERGY PORTSERVICES SDN BHD (a.k.a. MERKUR ENERGY PORT SERVICES; a.k.a. MERKUR ENERGY PORT SERVICES SDN BHD), Unit 21-01, Level 21, Mercu Aspire KL Eco City, No 3 Jalan Bangsar, Kuala Lumpur 59200, Malaysia; Suite A09-10 Block A Plaza Tarragon Kelana Jalan Ss6/6 Kelana Jaya, Petaling Jaya 47301, Malaysia; Website merkurenergyports.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2017; Commercial Registry Number 1233720K (Malaysia); Registration Number 201701019555 (Malaysia) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

MERKURI SERVISEZ OOO (a.k.a. LIMITED LIABILITY COMPANY MERKURIY SERVISEZ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕРКУРИЙ СЕРВИСЕЗ)), 3 1-Ya Rybinskaya Street, Building 1, Floor 4, Complex 1/5, Sokolniki Municipal District, Moscow 107113, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Aug 2014; Tax ID No. 7718994601 (Russia); Registration Number 1147746941726 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

MERLUZA GROUP LIMITED, Rm. 20, Unit B3, 07/FL Tuen Mun Industrial Centre, No. 2 San Ping Circuit, Tuen Mun, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or

589.209; Company Number 3078779 (Hong Kong); Business Registration Number 73296828 (Hong Kong) [UKRAINE-EO13662] [RUSSIA-EO14024].

MEROE GOLD CO. LTD. (a.k.a. ALSOLADZH MINING COMPANY; a.k.a. ALSOLAG MINING COMPANY; a.k.a. SULLAJ MINING COMPANY; a.k.a. "AL SULLAJ"; a.k.a. "ALSOLAGE"; a.k.a. "SOLANGE"; a.k.a. "SULLAG"), Al-jref Gharb Plot 134, Blok 1h, Khartoum, Sudan; Al-'Abdiya, River Nile State, Sudan; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Mining of other non-ferrous metal ores [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: M INVEST, OOO).

MERSAD MOHAJER CO LLC, Central District, Railway Town, Yas 4th St., South Yasman St., No. 2, Third Floor, North Unit, Tehran 1494734004, Iran; North Sohrevardi St., Barazandeh St., No. 24, Floor 2, Tehran 1555734651, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Jun 2007; National ID No. 10103361637 (Iran); Registration Number 299103 (Iran) [NPWMD] [IFSR] (Linked To: RAYAN FAN KAV ANDISH CO).

MERSAD SHIPPING COMPANY LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MESA PAEZ, Aristides Manuel (a.k.a. "EL INDIO"); DOB 25 Apr 1970; POB San Pedro de Uraba, Antioquia, Colombia; citizen Colombia; Cedula No. 71978727 (Colombia) (individual) [SDNTK].

MESA VALLEJO, Juan Carlos (a.k.a. "CARLOS CHATAS"; a.k.a. "TOM"); DOB 08 Dec 1967; POB Bello, Antioquia, Colombia; citizen Colombia; Cedula No. 71698071 (Colombia) (individual) [SDNTK].

MESBAH ENERGY (a.k.a. MESBAH ENERGY CO.; a.k.a. MESBAH ENERGY COMPANY), Science & Technology Park, Shahid Ghoddousi Blvd., Arak, Iran; Tehran, Iran; Website www.isotope.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

MESBAH ENERGY CO. (a.k.a. MESBAH ENERGY; a.k.a. MESBAH ENERGY COMPANY), Science & Technology Park, Shahid Ghoddousi Blvd., Arak, Iran; Tehran, Iran; Website www.isotope.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

MESBAH ENERGY COMPANY (a.k.a. MESBAH ENERGY; a.k.a. MESBAH ENERGY CO.), Science & Technology Park, Shahid Ghoddousi Blvd., Arak, Iran; Tehran, Iran; Website www.isotope.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

MESHKAT, Farahnaz (Arabic: فرحناز مشکات), Tehran, Iran; DOB 25 Aug 1967; POB Damghan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 4578559319 (Iran) (individual) [IRAN-EO13902].

MESRI, Behzad (a.k.a. "Skote Vahshat"), Iran; DOB 26 Aug 1988; alt. DOB 27 Aug 1988; POB Naghadeh, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [HRIT-IR] [CYBER2] (Linked To: NET PEYGARD SAMAVAT COMPANY).

META CNC SANAYI VE TICARET LIMITED SIRKETI, Ic Kap No: 1 Esenler Cad.  No: 7 Fevzicakmak Mah., Konya, Karatay, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 65098 (Turkey) [RUSSIA-EO14024].

METAALKUNDE BV (a.k.a. TAWU BVBA; a.k.a. TAWU BVBA MECHANICAL ENGINEERING AND TRADING COMPANY; a.k.a. TAWU MECHANICAL ENGINEERING AND TRADING COMPANY; a.k.a. "TAWU"), Bleidenhoek 34, 2230 Herselt, Belgium; Additional Sanctions Information - Subject to Secondary Sanctions; V.A.T. Number BE0686.896.689 (Belgium); Business Registration Number 686896689 (Belgium); alt. Business Registration Number BE0686896689 (Belgium) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

METAL & MINERAL TRADE (MMT) (a.k.a. METAL & MINERAL TRADE S.A.R.L.; a.k.a. METAL AND MINERAL TRADE (MMT); a.k.a. METAL AND MINERAL TRADE S.A.R.L.; a.k.a. MMT LUXEMBURG; a.k.a. MMT SARL), 11b, Boulevard Joseph II, L-1840, Luxembourg;

Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID B 59411 (Luxembourg); all offices worldwide [IRAN].

METAL & MINERAL TRADE S.A.R.L. (a.k.a. METAL & MINERAL TRADE (MMT); a.k.a. METAL AND MINERAL TRADE (MMT); a.k.a. METAL AND MINERAL TRADE S.A.R.L.; a.k.a. MMT LUXEMBURG; a.k.a. MMT SARL), 11b, Boulevard Joseph II, L-1840, Luxembourg; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID B 59411 (Luxembourg); all offices worldwide [IRAN].

METAL AND MINERAL TRADE (MMT) (a.k.a. METAL & MINERAL TRADE (MMT); a.k.a. METAL & MINERAL TRADE S.A.R.L.; a.k.a. METAL AND MINERAL TRADE S.A.R.L.; a.k.a. MMT LUXEMBURG; a.k.a. MMT SARL), 11b, Boulevard Joseph II, L-1840, Luxembourg; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID B 59411 (Luxembourg); all offices worldwide [IRAN].

METAL AND MINERAL TRADE S.A.R.L. (a.k.a. METAL & MINERAL TRADE (MMT); a.k.a. METAL & MINERAL TRADE S.A.R.L.; a.k.a. METAL AND MINERAL TRADE (MMT); a.k.a. MMT LUXEMBURG; a.k.a. MMT SARL), 11b, Boulevard Joseph II, L-1840, Luxembourg; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID B 59411 (Luxembourg); all offices worldwide [IRAN].

METAL SPRINT (a.k.a. METALL SPRINT), Ul. Elektrozavodskaya D. 21, Pomeshch. Lxxi Floor 2 Komn 38, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Manufacture of other fabricated metal products n.e.c.; Tax ID No. 9731032477 (Russia); Registration Number 1197746170126 (Russia) [RUSSIA-EO14024].

METAL TRADING COMPANY KRASO (a.k.a. LLC MTK KRASO; a.k.a. METALLOTORGOVAYA KOMPANIYA KRASO), Pr-kt Druzhby D. 55, Novokuznetsk 654000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1104217000645 (Russia); Tax ID No. 4217121858 (Russia) [RUSSIA-EO14024].

METALL SPRINT (a.k.a. METAL SPRINT), Ul. Elektrozavodskaya D. 21, Pomeshch. Lxxi Floor 2 Komn 38, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Manufacture of other fabricated metal products n.e.c.; Tax ID No. 9731032477 (Russia);

Registration Number 1197746170126 (Russia) [RUSSIA-EO14024].

METALLEX LIMITED, Room 16, 2/F, Fu Tao Bldg, Mongkok, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Mar 2023; Company Number 3250416 (Hong Kong); Business Registration Number 75028665 (Hong Kong) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

METALLIC MANUFACTURING FACTORY, 29 May Street, Damascus-Al-Sabe E Bahrat Square, P.O. Box 12184, Syria [NPWMD] (Linked To: MECHANICAL CONSTRUCTION FACTORY; Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

METALLOINVEST TRADING AG (a.k.a. "MIT AG"), Alte Steinhauserstrasse 19 Cham, Zug 6330, Switzerland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Jul 2008; Organization Type: Wholesale of metals and metal ores; Identification Number CHE-114.426.044 (Switzerland); Registration Number CH-17030324476 (Switzerland) [RUSSIA-EO14024] (Linked To: HOLDINGOVAYA KOMPANIYA METALLOINVEST AO).

METALLOTORGOVAYA KOMPANIYA KRASO (a.k.a. LLC MTK KRASO; a.k.a. METAL TRADING COMPANY KRASO), Pr-kt Druzhby D. 55, Novokuznetsk 654000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1104217000645 (Russia); Tax ID No. 4217121858 (Russia) [RUSSIA-EO14024].

METALLURG-TULAMASH OOO (Cyrillic: ООО МЕТАЛЛУРГ ТУЛАМАШ), D.2 Korp. Ofis, ul. Mosina, Tula, Tulskaya Obl. 300002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Nov 2003; Target Type Private Company; Tax ID No. 7106056687 (Russia); Government Gazette Number 70776937 (Russia); Registration Number 1037100782080 (Russia) [RUSSIA-EO14024].

METAL-ROBNA KUCA (a.k.a. METAL-ROBNA KUCA ZVECAN), Kosovskih Junaka Bb, Zvecan 38227, Serbia; Organization Established Date 2005; Organization Type: Wholesale of construction materials, hardware, plumbing and heating equipment and supplies;

Registration Number 20110708 (Serbia) [GLOMAG] (Linked To: NEDELJKOVIC, Sinisa).

METAL-ROBNA KUCA ZVECAN (a.k.a. METAL-ROBNA KUCA), Kosovskih Junaka Bb, Zvecan 38227, Serbia; Organization Established Date 2005; Organization Type: Wholesale of construction materials, hardware, plumbing and heating equipment and supplies; Registration Number 20110708 (Serbia) [GLOMAG] (Linked To: NEDELJKOVIC, Sinisa).

METAONE TRADING LIMITED, Room A1-13, BLK A, 3/F, Yee Lim Ind Ctr, 2-28 Kwai Lok St., Kwai Chung NT, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 16 Nov 2021; Company Number 3103280 (Hong Kong); Business Registration Number 73544356 (Hong Kong) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

METELEV, Artem Pavlovich (Cyrillic: МЕТЕЛЕВ, Артем Павлович), Russia; DOB 11 Aug 1993; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

METEOR PLANT JSC (a.k.a. AO ZAVOD METEOR; a.k.a. JOINT STOCK COMPANY METEOR PLANT), Ul. Gorkogo D. 1, Volzhskiy 404130, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Jul 1959; Tax ID No. 3435000717 (Russia); Registration Number 1023402012050 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

METIL STEEL (a.k.a. METIL STEEL COMPANY (Arabic: شرکت فولاد متیل)), No. 69, Vahid Dastgerdi Street, Shariati Avenue, Tehran 1911834713, Iran; Website www.metilsteel.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 85760 (Iran) [IRAN-EO13871] (Linked To: ESFAHAN'S MOBARAKEH STEEL COMPANY).

METIL STEEL COMPANY (Arabic: شرکت فولاد متیل) (a.k.a. METIL STEEL), No. 69, Vahid Dastgerdi Street, Shariati Avenue, Tehran 1911834713, Iran; Website www.metilsteel.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 85760 (Iran) [IRAN-EO13871] (Linked To: ESFAHAN'S MOBARAKEH STEEL COMPANY).

METMA METAL AND CERAMIC MATERIALS PLANT JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO ZAVOD METALLOKERAMICHESKIKH MATERIALOV METMA; a.k.a. AO METMA), Ul. Krylova D. 53A, Yoshkar Ola 424007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1215055989 (Russia); Registration Number 1021200754266 (Russia) [RUSSIA-EO14024].

METROVAGONMASH JOINT STOCK COMPANY (a.k.a. METROVAGONMASH JSC; a.k.a. OAO METROVAGONMASH), 4 Kolontsova Street, Mytischi, Moscow Region 141009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5029006702 (Russia); Registration Number 1025003520310 (Russia) [RUSSIA-EO14024].

METROVAGONMASH JSC (a.k.a. METROVAGONMASH JOINT STOCK COMPANY; a.k.a. OAO METROVAGONMASH), 4 Kolontsova Street, Mytischi, Moscow Region 141009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5029006702 (Russia); Registration Number 1025003520310 (Russia) [RUSSIA-EO14024].

METSHIN, Aidar Raisovich (Cyrillic: МЕТШИН, Айдар Раисович), Russia; DOB 27 Aug 1963; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MEUSE SHIPPING INC., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 30 Jun 2020; Identification Number IMO 6168478; Business Registration Number 105407 (Marshall Islands) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

MEXGLOBO, S.A. DE C.V., Boulevard Agua Caliente No. 148, Col. Revolucion, Tijuana, Baja California 22015, Mexico; R.F.C. MEX9909034Y0 (Mexico) [SDNTK].

MEXPACKING SOLUTIONS (a.k.a. "MEXPACKING"), Calle 2DA, Numero Exterior 5211, Colonia Santa Rosa, Chihuahua 31050, Mexico; Calle Circuito Loreto, Numero Exterior 3165, Hacienda Loreto, Chihuahua 31220, Mexico; Website https://mexpackingsolutions.com; alt. Website www.mexpacking.com; Organization Type:

Wholesale of other machinery and equipment [ILLICIT-DRUGS-EO14059].

MEYMAR TRUST (a.k.a. AL AMEEN TRUST; a.k.a. AL AMIN TRUST; a.k.a. AL AMIN WELFARE TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-MADINA TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. MAIMAR TRUST; a.k.a. MAYMAR TRUST; a.k.a. MOMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

MEZA ANGULO, Fausto Isidro; DOB 27 Mar 1964; POB Guasave, Sinaloa, Mexico; nationality Mexico; citizen Mexico; Gender Male; Passport 040059510 (Mexico); R.F.C. MEAF640327BC0 (Mexico); C.U.R.P. MEAF640327HSLZNS05 (Mexico) (individual) [SDNTK].

MEZA CAZARES, Arturo (a.k.a. MEZA CAZAREZ, Arturo; a.k.a. MEZA GASTELLUM, Arturo; a.k.a. MEZA, JR., Arturo), Avenida Rodolfo Robles 153 Sur, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama #257, Colonia Centro, Culiacan, Sinaloa, Mexico; Calle G. Robles No. 153, Colonia Almada Sur, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 Sur, Colonia Almada, Culiacan, Sinaloa, Mexico; Calle Benito Juarez No. 636, Oriente, Colonia Centro, Culiacan, Sinaloa, Mexico; Predio de San Rafael, Sindicatura de Costa Rica, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; c/o SISTEMA DE RADIO DE SINALOA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o CONSORCIO INMOBILIARIO DEL VALLE DE CULIACAN, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o COMERCIAL DOMELY, S.A. DE C.V., Culiacan, Sinaloa, Mexico; DOB 06 Mar 1976; alt. DOB 29 Mar 1976; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. MECA760306V70 (Mexico); alt. R.F.C. MECA760329 (Mexico); Identification Number B9457110 (United States) (individual) [SDNTK].

MEZA CAZARES, Lizbeth (a.k.a. MEZA CAZAREZ, Lizbeth; a.k.a. MEZA GASTELLUM, Lizbeth), Avenida Rodolfo Robles 153 Sur, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Calle G. Robles No. 153, Colonia Almada Sur, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 Sur, Colonia Almada, Culiacan, Sinaloa, Mexico; No. 154 Avenida Teofilo Noris, Colonia Almada, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o SISTEMA DE RADIO DE SINALOA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o CONSORCIO INMOBILIARIO DEL VALLE DE CULIACAN, S.A. DE C.V., Culiacan, Sinaloa, Mexico; Cll Villa Santander 2834, Villas del Rio Culiacan Villas del Rio Villa Vizcaya, Culiacan Rosales, Culiacan, Sinaloa, Mexico; DOB 05 Jan 1981; alt. DOB 15 Jan 1981; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. MECL810115 (Mexico) (individual) [SDNTK].

MEZA CAZAREZ, Arturo (a.k.a. MEZA CAZARES, Arturo; a.k.a. MEZA GASTELLUM, Arturo; a.k.a. MEZA, JR., Arturo), Avenida Rodolfo Robles 153 Sur, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama #257, Colonia Centro, Culiacan, Sinaloa, Mexico; Calle G. Robles No. 153, Colonia Almada Sur, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 Sur, Colonia Almada, Culiacan, Sinaloa, Mexico; Calle Benito Juarez No. 636, Oriente, Colonia Centro, Culiacan, Sinaloa, Mexico; Predio de San Rafael, Sindicatura de Costa Rica, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; c/o SISTEMA DE RADIO DE SINALOA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o CONSORCIO INMOBILIARIO DEL VALLE DE CULIACAN, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o COMERCIAL DOMELY, S.A. DE C.V., Culiacan, Sinaloa, Mexico; DOB 06 Mar 1976; alt. DOB 29 Mar 1976; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. MECA760306V70 (Mexico); alt. R.F.C. MECA760329 (Mexico); Identification Number B9457110 (United States) (individual) [SDNTK].

MEZA CAZAREZ, Lizbeth (a.k.a. MEZA CAZARES, Lizbeth; a.k.a. MEZA GASTELLUM, Lizbeth), Avenida Rodolfo Robles 153 Sur, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Calle G. Robles No. 153, Colonia Almada Sur, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 Sur, Colonia Almada, Culiacan, Sinaloa, Mexico; No. 154 Avenida Teofilo Noris, Colonia Almada, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o SISTEMA DE RADIO DE SINALOA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o CONSORCIO INMOBILIARIO DEL VALLE DE CULIACAN, S.A. DE C.V., Culiacan, Sinaloa, Mexico; Cll Villa Santander 2834, Villas del Rio Culiacan Villas del Rio Villa Vizcaya, Culiacan Rosales, Culiacan, Sinaloa, Mexico; DOB 05 Jan 1981; alt. DOB 15 Jan 1981; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. MECL810115 (Mexico) (individual) [SDNTK].

MEZA FLORES DRUG TRAFFICKING ORGANIZATION, Mexico [SDNTK].

MEZA FLORES, Fausto Isidro (a.k.a. "ISIDRO, Chapito"; a.k.a. "ISIDRO, Chapo"), Sinaloa, Mexico; DOB 19 Jun 1982; POB Navojoa, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MEFF820619HSRZLS08 (Mexico) (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

MEZA GASPAR, Arturo (a.k.a. MEZA, Arturo), Avenida Rodolfo G. Robles No. 153, Sur, Colonia Aldama, Culiacan, Sinaloa, Mexico; Predio de San Rafael, Sindicatura de Costa Rica, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o SISTEMA DE RADIO DE SINALOA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CONSORCIO INMOBILIARIO DEL VALLE DE CULIACAN, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o OPERADORA INTEGRAL DE COMERCIO, S.A. DE C.V., Tijuana, Baja California, Mexico;

DOB 04 Jul 1946; POB Jacola, Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. MEGA460704 (Mexico); Electoral Registry No. MZGSAR46070425H400 (Mexico) (individual) [SDNTK].

MEZA GASTELLUM, Arturo (a.k.a. MEZA CAZARES, Arturo; a.k.a. MEZA CAZAREZ, Arturo; a.k.a. MEZA, JR., Arturo), Avenida Rodolfo Robles 153 Sur, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama #257, Colonia Centro, Culiacan, Sinaloa, Mexico; Calle G. Robles No. 153, Colonia Almada Sur, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 Sur, Colonia Almada, Culiacan, Sinaloa, Mexico; Calle Benito Juarez No. 636, Oriente, Colonia Centro, Culiacan, Sinaloa, Mexico; Predio de San Rafael, Sindicatura de Costa Rica, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; c/o SISTEMA DE RADIO DE SINALOA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o CONSORCIO INMOBILIARIO DEL VALLE DE CULIACAN, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o COMERCIAL DOMELY, S.A. DE C.V., Culiacan, Sinaloa, Mexico; DOB 06 Mar 1976; alt. DOB 29 Mar 1976; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. MECA760306V70 (Mexico); alt. R.F.C. MECA760329 (Mexico); Identification Number B9457110 (United States) (individual) [SDNTK].

MEZA GASTELLUM, Lizbeth (a.k.a. MEZA CAZARES, Lizbeth; a.k.a. MEZA CAZAREZ, Lizbeth), Avenida Rodolfo Robles 153 Sur, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Calle G. Robles No. 153, Colonia Almada Sur, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 Sur, Colonia Almada, Culiacan, Sinaloa, Mexico; No. 154 Avenida Teofilo Noris, Colonia Almada, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o SISTEMA DE RADIO DE SINALOA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o CONSORCIO INMOBILIARIO DEL VALLE DE CULIACAN, S.A. DE C.V., Culiacan, Sinaloa, Mexico; Cll Villa Santander 2834, Villas del Rio Culiacan Villas del Rio Villa Vizcaya, Culiacan Rosales, Culiacan, Sinaloa, Mexico; DOB 05 Jan 1981; alt. DOB 15 Jan 1981; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. MECL810115 (Mexico) (individual) [SDNTK].

MEZA OLIVARES, Alma Yanira, San Salvador, El Salvador; DOB 15 Jul 1963; POB San Salvador, El Salvador; nationality El Salvador; Gender Female; Passport A01497316 (El Salvador) expires 10 Dec 2019; National ID No. 014973168 (El Salvador) (individual) [GLOMAG] (Linked To: LUNA MEZA, Osiris).

MEZA, Arturo (a.k.a. MEZA GASPAR, Arturo), Avenida Rodolfo G. Robles No. 153, Sur, Colonia Aldama, Culiacan, Sinaloa, Mexico; Predio de San Rafael, Sindicatura de Costa Rica, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o SISTEMA DE RADIO DE SINALOA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CONSORCIO INMOBILIARIO DEL VALLE DE CULIACAN, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o OPERADORA INTEGRAL DE COMERCIO, S.A. DE C.V., Tijuana, Baja California, Mexico; DOB 04 Jul 1946; POB Jacola, Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. MEGA460704 (Mexico); Electoral Registry No. MZGSAR46070425H400 (Mexico) (individual) [SDNTK].

MEZA, JR., Arturo (a.k.a. MEZA CAZARES, Arturo; a.k.a. MEZA CAZAREZ, Arturo; a.k.a. MEZA GASTELLUM, Arturo), Avenida Rodolfo Robles 153 Sur, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama #257, Colonia Centro, Culiacan, Sinaloa, Mexico; Calle G. Robles No. 153, Colonia Almada Sur, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 Sur, Colonia Almada, Culiacan, Sinaloa, Mexico; Calle Benito Juarez No. 636, Oriente, Colonia Centro, Culiacan, Sinaloa, Mexico; Predio de San Rafael, Sindicatura de Costa Rica, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; c/o SISTEMA DE RADIO DE SINALOA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o CONSORCIO INMOBILIARIO DEL VALLE DE CULIACAN, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o COMERCIAL DOMELY, S.A. DE C.V., Culiacan, Sinaloa, Mexico; DOB 06 Mar 1976; alt. DOB 29 Mar 1976; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. MECA760306V70

(Mexico); alt. R.F.C. MECA760329 (Mexico); Identification Number B9457110 (United States) (individual) [SDNTK].

MEZENTSEV, Dmitriy Fedorovich (Cyrillic: МЕЗЕНЦЕВ, Дмитрий Фёдорович), Russia; DOB 18 Aug 1959; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770302996102 (Russia) (individual) [RUSSIA-EO14024].

MEZERANI, Ismat (a.k.a. HAMIYAH, Talal; a.k.a. HAMIYAH, Talal Husni); DOB 27 Nov 1952; alt. DOB 18 Mar 1960; alt. DOB 05 Mar 1958; alt. DOB 08 Dec 1958; POB Tarayya, Lebanon; alt. POB Sojad, Lebanon; nationality Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MEZHDUNARODNY INVESTITSIONNY BANK (a.k.a. INTERNATIONAL INVESTMENT BANK; a.k.a. "IIB"), Vaci ut, 188, Budapest H-1138, Hungary; Fo utca 1, Budapest H-1011, Hungary; 7 Mashi Poryvaevoy Street, Moscow 107078, Russia; SWIFT/BIC IIBMHU22; Website www.iib.int; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 10 Jul 1970; Target Type Financial Institution; Tax ID No. 30479900-1-51 (Hungary); alt. Tax ID No. 9909152110 (Russia); Legal Entity Number 2534000PHLD27VN98Y03 [UKRAINE-EO13662] [RUSSIA-EO14024].

MEZHDUNARODNYE VERTOLETNYE PROGRAMMY OOO (a.k.a. INTERNATIONAL HELICOPTERS PROGRAMS LIMITED LIABILITY COMPANY), Ul. Garshina D. 26/3, Lyubertsy, Tomilino 140070, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Jun 2009; Tax ID No. 5027150429 (Russia); Registration Number 1095027007008 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

MEZHDUNARODNYI KLUB OPTICHESKIKH INNOVATSII (a.k.a. "MKOI"), Ul. Novodmitrovskaya D. 2, K. 2, Et/Pom.4/XXIIIB, Moscow 127015, Russia; Ul. Nizhnyaya D. 14., Str. 5, Moscow, 125040, Russia; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Tax ID No. 7715778105 (Russia); Registration Number 1097746622775 (Russia) [RUSSIA-EO14024].

MEZHDUNARODNYI RASCHETNYI BANK (Cyrillic: МЕЖДУНАРОДНЫЙ РАСЧЕТНЫЙ БАНК) (a.k.a. INTERNATIONAL SETTLEMENT BANK LLC; a.k.a. MRB BANK (Cyrillic: КБ МРБ (ООО))), Stalin Street 20, Tskhinvali, South Ossetia, Georgia; Website https://mrb-bank.ru/; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 15 May 2015; Target Type Financial Institution; Registration Number 1159800030409 (Russia) [DPRK3] [RUSSIA-EO14024].

MEZHDUNARODNYJ BLAGOTVORITEL'NYJ FOND (a.k.a. AL BIR AL DAWALIA; a.k.a. BENEVOLENCE INTERNATIONAL FOUNDATION; a.k.a. BIF-USA; a.k.a. "BIF"), Bashir Safar Ugli 69, Baku, Azerbaijan; 69 Boshir Safaroglu St., Baku, Azerbaijan; Sarajevo, Bosnia and Herzegovina; Zenica, Bosnia and Herzegovina; 3 King Street, South Waterloo, Ontario N2J 3Z6, Canada; P.O. Box 1508 Station B, Mississauga, Ontario L4Y 4G2, Canada; 2465 Cawthra Rd., #203, Mississauga, Ontario L5A 3P2, Canada; Ottawa, Canada; Grozny, Chechnya, Russia; 91 Paihonggou, Lanzhou, Gansu, China; Hrvatov 30, 41000, Zagreb, Croatia; Makhachkala, Daghestan, Russia; Duisi, Georgia; Tbilisi, Georgia; Nazran, Ingushetia, Russia; Burgemeester Kessensingel 40, Maastricht, Netherlands; House 111, First Floor, Street 64, F-10/3, Islamabad, Pakistan; Azovskaya 6, km. 3, off. 401, Moscow, Russia; P.O. Box 1055, Peshawar, Pakistan; Ulitsa Oktyabr'skaya, dom. 89, Moscow, Russia; P.O. Box 1937, Khartoum, Sudan; P.O. Box 7600, Jeddah 21472, Saudi Arabia; P.O. Box 10845, Riyadh 11442, Saudi Arabia; Dushanbe, Tajikistan; United Kingdom; Afghanistan; Bangladesh; Bosnia and Herzegovina; Gaza Strip, Palestinian; Yemen; IL, United States; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; US FEIN 36-3823186 [SDGT].

MEZHEILIANSKY, Viktor (a.k.a. MOZHELYANSKIJ, Viktor Anatolevich; a.k.a. MOZHELYANSKIY, Viktor Anatoliiovich (Cyrillic: МОЖЕЛЯНСЬКИЙ, Віктор Анатолійович); a.k.a. MOZHELYANSKIY, Viktor Anatolyevich (Cyrillic: МОЖЕЛЯНСКИЙ, Виктор Анатольевич); a.k.a. MOZHELYANSKY, Viktor Anatolyevich; a.k.a. MOZHELYANSKYY, Viktor), ul. Marshala Zhukova 35, kv. 53, ul. Angarskaya, 8, Simferopol, Crimea, Ukraine (Cyrillic: ул. Маршала Жукова 35, кв. 53, ул. Ангарская, 8, Симферополь, Крым, Ukraine); DOB 10 May 1964; POB Kharkiv, Ukraine; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

MEZHGOSUDARSTVENNYI BANK (a.k.a. INTERSTATE BANK), 15, Shukov Street, Moscow 115162, Russia; SWIFT/BIC INEARUMM; Website www.isbnk.org; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 7700076777 (Russia); Legal Entity Number 253400RP1GTPC8W8AT76; Registration Number 1027739567228 (Russia) [RUSSIA-EO14024].

MEZHREGIONGIDROSTROI (a.k.a. LIMITED LIABILITY COMPANY MEZHREGIONGIDROSTROY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖРЕГИОНГИДРОСТРОЙ); a.k.a. LLC MRGS), Chast #1304, Lit. A, Pomeshch., D. 93A, Nab. Obvodnogo Kanala, Saint Petersburg 191119, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7838103021 (Russia); Registration Number 1227800028543 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY MEZHREGIONSTROY).

MEZHREGIONSTROJ OOO MAGYARORSZAGI FIOKTELEPE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖРЕГИОНСТРОЙ ФИЛИАЛ В ВЕНГРИИ), utca 16. 1. em. 4., Veres Palne, Budapest 1053, Hungary; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 0117001506 (Hungary) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY MEZHREGIONSTROY).

MFAA HOLDINGS LIMITED, 281 Waterfront Drive, Road Town, Tortola, Virgin Islands, British; Company Number 1793372 (Virgin Islands, British) [SDNTK].

M-FINANCE LLC (a.k.a. M FINANS; a.k.a. M-FINANS, ООО (Cyrillic: ООО М-ФИНАНС); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'M-FINANS'), d. 138 korp. 1 litera V pom. 5N-18, naberezhnaya Obvodnogo Kanala, St. Petersburg, St. Petersburg 190020, Russia (Cyrillic: ДОМ 138 КОРПУС 1, ЛИТЕР В ПОМ5Н-18, ОБВОДНОГО КАНАЛА НАБ, САНКТ ПЕТЕРБУРГ Г, САНКТ ПЕТЕРБУРГ 190020, Russia); Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7839042420 (Russia); Government Gazette Number 27397712 (Russia); Registration Number 1157847290920 (Russia) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

M-FINANS, ООО (Cyrillic: ООО М-ФИНАНС) (a.k.a. M FINANS; a.k.a. M-FINANCE LLC; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'M-FINANS'), d. 138 korp. 1 litera V pom. 5N-18, naberezhnaya Obvodnogo Kanala, St. Petersburg, St. Petersburg 190020, Russia (Cyrillic: ДОМ 138 КОРПУС 1, ЛИТЕР В ПОМ5Н-18, ОБВОДНОГО КАНАЛА НАБ, САНКТ ПЕТЕРБУРГ Г, САНКТ ПЕТЕРБУРГ 190020, Russia); Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7839042420 (Russia); Government Gazette Number 27397712 (Russia); Registration Number 1157847290920 (Russia) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

MFK BANK (a.k.a. JOINT STOCK COMPANY JOINT STOCK COMMERCIAL BANK INTERNATIONAL FINANCIAL CLUB; a.k.a. "IFC BANK"), Presnenskaya Embankment, 10, Moscow 123112, Russia; SWIFT/BIC ICFIRUMM; Website www.mfk-bank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7744000038 (Russia); Registration Number 1027700056977 (Russia) [RUSSIA-EO14024].

MG-FLOT LIMITED LIABILITY COMPANY (a.k.a. MG-FLOT LLC (Cyrillic: ООО МГ-ФЛОТ); a.k.a. MG-FLOT ООО; a.k.a. TRANSMORFLOT LLC; a.k.a. TRANSMORFLOT SHIPPING COMPANY; a.k.a. TRANSMORPORT ООО), House 18 D Premise 1, Lenina Street, Akhtynskiy District, Republic of Dagestan 368730, Russia; ul. Chkalova, D. 27, Olya,

Astrakhan Oblast 416425, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Feb 2005; Tax ID No. 3017041900 (Russia); Identification Number IMO 6330601; alt. Identification Number IMO 6016988; Government Gazette Number 75191644 (Russia); Business Registration Number 1053001124483 (Russia) [RUSSIA-EO14024].

MG-FLOT LLC (Cyrillic: ООО МГ-ФЛОТ) (a.k.a. MG-FLOT LIMITED LIABILITY COMPANY; a.k.a. MG-FLOT OOO; a.k.a. TRANSMORFLOT LLC; a.k.a. TRANSMORFLOT SHIPPING COMPANY; a.k.a. TRANSMORPORT OOO), House 18 D Premise 1, Lenina Street, Akhtynskiy District, Republic of Dagestan 368730, Russia; ul. Chkalova, D. 27, Olya, Astrakhan Oblast 416425, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Feb 2005; Tax ID No. 3017041900 (Russia); Identification Number IMO 6330601; alt. Identification Number IMO 6016988; Government Gazette Number 75191644 (Russia); Business Registration Number 1053001124483 (Russia) [RUSSIA-EO14024].

MG-FLOT OOO (a.k.a. MG-FLOT LIMITED LIABILITY COMPANY; a.k.a. MG-FLOT LLC (Cyrillic: ООО МГ-ФЛОТ); a.k.a. TRANSMORFLOT LLC; a.k.a. TRANSMORFLOT SHIPPING COMPANY; a.k.a. TRANSMORPORT OOO), House 18 D Premise 1, Lenina Street, Akhtynskiy District, Republic of Dagestan 368730, Russia; ul. Chkalova, D. 27, Olya, Astrakhan Oblast 416425, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Feb 2005; Tax ID No. 3017041900 (Russia); Identification Number IMO 6330601; alt. Identification Number IMO 6016988; Government Gazette Number 75191644 (Russia); Business Registration Number 1053001124483 (Russia) [RUSSIA-EO14024].

MGI PTE LTD (f.k.a. LARK HOLDINGS PTE LTD; f.k.a. SINO RS ADVISORY PTE LTD), 77 Robinson Road #16-00, Singapore 068896, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Feb 2015; Registration Number 201505110K (Singapore) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT).

MHESHE, Bernard Byamungu (a.k.a. BYAMUNGU, Bernard), Congo, Democratic Republic of the; DOB 10 Oct 1974; POB Ziralo, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO] (Linked To: M23).

MHK SHIPPING CORP, Daire 12, Blok 3, Buyaka-2 Sitesi, Poligon Caddesi 8C, FSM Mah, Umraniye, Istanbul 34770, Turkey; Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 2022; Identification Number IMO 6388881; Registration Number 116313 (Marshall Islands) [IRAN-EO13846].

MHU, Saw Eh (a.k.a. EH MOO, Saw Htoo), Karen State, Burma; DOB 31 Oct 1992; nationality Burma; Gender Male; National ID No. 3LabanaN113146 (Burma) (individual) [TCO] [BURMA-EO14014].

MIA ROSSIYA SEGODNYA (a.k.a. FEDERAL STATE UNITARY ENTERPRISE INTERNATIONAL INFORMATION AGENCY ROSSIYA SEGODNYA (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ МЕЖДУНАРОДНОЕ ИНФОРМАЦИОННОЕ АГЕНТСТВО РОССИЯ СЕГОДНЯ); a.k.a. FEDERAL STATE UNITARY ENTERPRISE INTERNATIONAL INFORMATION AGENCY RUSSIA TODAY; a.k.a. RUSSIA TODAY INTERNATIONAL NEWS AGENCY), 4 Zubovsky Boulevard, Moscow 119021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Dec 2013; Tax ID No. 7704853840; Registration Number 5137746242937 (Russia) [RUSSIA-EO14024].

MIBAZAARUMV (a.k.a. 3ZED INVESTMENT; a.k.a. "3ZED"), Ma. Rimlas, Nikagas, Hingun, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Mar 2022; Organization Type: Packaging activities; Business Number BN15322023 (Maldives); Registration Number SP-0816/2022 (Maldives) [SDGT] (Linked To: MUBEEN, Ahmed).

MIC NPO MASHINOSTROYENIA JSC (a.k.a. JOINT STOCK COMPANY MILITARY INDUSTRIAL CONSORTIUM NPO MASHINOSTROYENIA; a.k.a. JOINT STOCK COMPANY MILITARY-INDUSTRIAL CORPORATION NPO MASHINOSTROYENIA; a.k.a. JSC MIC NPO MASHINOSTROYENIA; a.k.a. MIC NPO MASHINOSTROYENIYA JSC; a.k.a. MILITARY INDUSTRIAL CORPORATION NPO MASHINOSTROENIA OAO; a.k.a. OPEN JOINT STOCK COMPANY MILITARY INDUSTRIAL CORPORATION SCIENTIFIC AND PRODUCTION MACHINE BUILDING ASSOCIATION; a.k.a. VOENNO-PROMYSHLENNAYA KORPORATSIYA NAUCHNO-PROIZVODSTVENNOE OBEDINENIE MASHINOSTROENIYA OAO; a.k.a. VPK NPO MASHINOSTROENIYA), 33, Gagarina St., Reutov-town, Moscow Region 143966, Russia; 33 Gagarin Street, Reutov, Moscow Region 143966, Russia; 33 Gagarina ul., Reutov, Moskovskaya obl 143966, Russia; Website www.npomash.ru; Email Address export@npomash.ru; alt. Email Address vpk@npomash.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1075012001492 (Russia); Tax ID No. 5012039795 (Russia); Government Gazette Number 07501739 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

MIC NPO MASHINOSTROYENIYA JSC (a.k.a. JOINT STOCK COMPANY MILITARY INDUSTRIAL CONSORTIUM NPO MASHINOSTROYENIA; a.k.a. JOINT STOCK COMPANY MILITARY-INDUSTRIAL CORPORATION NPO MASHINOSTROYENIA; a.k.a. JSC MIC NPO MASHINOSTROYENIA; a.k.a. MIC NPO MASHINOSTROYENIA JSC; a.k.a. MILITARY INDUSTRIAL CORPORATION NPO MASHINOSTROENIA OAO; a.k.a. OPEN JOINT STOCK COMPANY MILITARY INDUSTRIAL CORPORATION SCIENTIFIC AND PRODUCTION MACHINE BUILDING ASSOCIATION; a.k.a. VOENNO-PROMYSHLENNAYA KORPORATSIYA NAUCHNO-PROIZVODSTVENNOE OBEDINENIE MASHINOSTROENIYA OAO; a.k.a. VPK NPO MASHINOSTROENIYA), 33, Gagarina St., Reutov-town, Moscow Region 143966, Russia; 33 Gagarin Street, Reutov, Moscow Region 143966, Russia; 33 Gagarina ul., Reutov, Moskovskaya obl 143966, Russia;

Website www.npomash.ru; Email Address export@npomash.ru; alt. Email Address vpk@npomash.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1075012001492 (Russia); Tax ID No. 5012039795 (Russia); Government Gazette Number 07501739 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

MICHIELSEN, Tom (a.k.a. MICHIELSEN, Tom R.D.), Belgium; DOB 22 Dec 1975; POB Kapellen, Belgium; citizen Belgium; Passport FF615720 (Belgium); Identification Number 1041 002019 56 (Belgium) (individual) [SDNTK].

MICHIELSEN, Tom R.D. (a.k.a. MICHIELSEN, Tom), Belgium; DOB 22 Dec 1975; POB Kapellen, Belgium; citizen Belgium; Passport FF615720 (Belgium); Identification Number 1041 002019 56 (Belgium) (individual) [SDNTK].

MICHIGAN TAPS (a.k.a. MICHIGANTAP HOSPITALITY PRIVATE LIMITED), Gurugram, Haryana, India; Organization Established Date 11 Dec 2019; Organization Type: Beverage serving activities; C.I.N. U15510HR2019PTC084092 (India); Tax ID No. AANCM1457D (India) [TCO] (Linked To: BHARDWAJ, Vikrant).

MICHIGANTAP HOSPITALITY PRIVATE LIMITED (a.k.a. MICHIGAN TAPS), Gurugram, Haryana, India; Organization Established Date 11 Dec 2019; Organization Type: Beverage serving activities; C.I.N. U15510HR2019PTC084092 (India); Tax ID No. AANCM1457D (India) [TCO] (Linked To: BHARDWAJ, Vikrant).

MICHURIN, Igor Aleksandrovich, Russia; DOB 27 Jun 1978; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 8908104469 (individual) [NPWMD] (Linked To: KOREA TANGUN TRADING CORPORATION; Linked To: ARDIS-BEARINGS LLC).

MICRAN JSC (a.k.a. RESEARCH AND PRODUCTION COMPANY MICRAN JOINT STOCK COMPANY), Pr-kt Kirova Zd. 51D, Tomsk 634041, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Tax ID No. 7017211757 (Russia); Registration Number 1087017011113 (Russia) [RUSSIA-EO14024].

MICRO DEVICE CO LIMITED, Room D7, 8/F, Kai Tak Fty Building, No. 99 King Fuk Street, San Po Kong, Kowloon, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 29 Dec 2023; Business Registration Number 76070867 (Hong Kong) [NPWMD] [IFSR] (Linked To: HOU, Xueyuan).

MICRO ELECTRONICS TECHNOLOGIES PTE LTD, 50 Tagore Lane #05-03F, Singapore 787494, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Nov 2017; Tax ID No. 201732202G (Singapore) [RUSSIA-EO14024].

MICRO EMPRESA ASHQUI, Carrera 10, No. 12-51, Apt. 301, Maicao, La Guajira, Colombia; Matricula Mercantil No 0036550 (Colombia) [SDNTK].

MICROELECTRONICS RESEARCH INSTITUTE PROGRESS JSC (a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH MICROELECTRONIC EQUIPMENT PROGRESS; a.k.a. JOINT STOCK COMPANY NIIMA PROGRESS; a.k.a. PROGRESS MRI JSC), 54 Cherepanovykh Driveway, Moscow 125183, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Nov 2012; Tax ID No. 7743869192 (Russia); Registration Number 1127747128662 (Russia) [RUSSIA-EO14024].

MICROEM (a.k.a. AO MIKROEM), Proezd Savelkinskii D. 4, ET. 9, Zelenograd 124482, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735082700 (Russia); Registration Number 1027739282922 (Russia) [RUSSIA-EO14024].

MICUNOVIC, Branislav (Cyrillic: МИЋУНОВИЋ, Бранислав) (a.k.a. "BRANA" (Cyrillic: "ВРАНА"); a.k.a. "BRANO" (Cyrillic: "БРАНО")), Montenegro; DOB 09 Jan 1953; POB Niksic, Montenegro; nationality Montenegro; Gender Male (individual) [BALKANS-EO14033].

MIDAS LIGHTING LIMITED (Chinese Traditional: 米達斯照明有限公司; Chinese Simplified: 米达斯照明), Rm A1 11/F Winner Bldg Hunghom, Hong Kong, China; 1402A, 14/F, The Belgian Bank Building, 721-725 Nathan Road, Kowloon, Hong Kong, China; Website https://midas-lighting.cn/; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Organization Established Date 03 Apr 2014; Company Number 2080259 (Hong Kong); Business Registration Number 63176759 (Hong Kong) [RUSSIA-EO14024].

MIDAS RESSOURCES (a.k.a. MIDAS RESSOURCES LIMITED LIABILITY; a.k.a. MIDAS RESSOURCES MINING COMPANY; a.k.a. MIDAS RESSOURCES SARLU; a.k.a. MIDAS RESSOURCES SURL; a.k.a. MIDAS SURL; a.k.a. "MIDAS RESOURCES"), Bangui, Central African Republic; Ndassima, Central African Republic; Website www.midasrs.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Nov 2019; Organization Type: Mining of other non-ferrous metal ores; Target Type Private Company [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

MIDAS RESSOURCES LIMITED LIABILITY (a.k.a. MIDAS RESSOURCES; a.k.a. MIDAS RESSOURCES MINING COMPANY; a.k.a. MIDAS RESSOURCES SARLU; a.k.a. MIDAS RESSOURCES SURL; a.k.a. MIDAS SURL; a.k.a. "MIDAS RESOURCES"), Bangui, Central African Republic; Ndassima, Central African Republic; Website www.midasrs.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Nov 2019; Organization Type: Mining of other non-ferrous metal ores; Target Type Private Company [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

MIDAS RESSOURCES MINING COMPANY (a.k.a. MIDAS RESSOURCES; a.k.a. MIDAS RESSOURCES LIMITED LIABILITY; a.k.a. MIDAS RESSOURCES SARLU; a.k.a. MIDAS RESSOURCES SURL; a.k.a. MIDAS SURL; a.k.a. "MIDAS RESOURCES"), Bangui, Central African Republic; Ndassima, Central African Republic; Website www.midasrs.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Nov 2019; Organization Type: Mining of other non-ferrous metal ores; Target Type Private Company [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

MIDAS RESSOURCES SARLU (a.k.a. MIDAS RESSOURCES; a.k.a. MIDAS RESSOURCES LIMITED LIABILITY; a.k.a. MIDAS RESSOURCES MINING COMPANY; a.k.a. MIDAS RESSOURCES SURL; a.k.a. MIDAS SURL; a.k.a. "MIDAS RESOURCES"), Bangui,

Central African Republic; Ndassima, Central African Republic; Website www.midasrs.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Nov 2019; Organization Type: Mining of other non-ferrous metal ores; Target Type Private Company [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

MIDAS RESSOURCES SURL (a.k.a. MIDAS RESSOURCES; a.k.a. MIDAS RESSOURCES LIMITED LIABILITY; a.k.a. MIDAS RESSOURCES MINING COMPANY; a.k.a. MIDAS RESSOURCES SARLU; a.k.a. MIDAS SURL; a.k.a. "MIDAS RESOURCES"), Bangui, Central African Republic; Ndassima, Central African Republic; Website www.midasrs.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Nov 2019; Organization Type: Mining of other non-ferrous metal ores; Target Type Private Company [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

MIDAS SURL (a.k.a. MIDAS RESSOURCES; a.k.a. MIDAS RESSOURCES LIMITED LIABILITY; a.k.a. MIDAS RESSOURCES MINING COMPANY; a.k.a. MIDAS RESSOURCES SARLU; a.k.a. MIDAS RESSOURCES SURL; a.k.a. "MIDAS RESOURCES"), Bangui, Central African Republic; Ndassima, Central African Republic; Website www.midasrs.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Nov 2019; Organization Type: Mining of other non-ferrous metal ores; Target Type Private Company [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

MIDDLE EAST BANK (a.k.a. KHAVARMIANEH BANK), No. 22, Second Floor Sabounchi St., Shahid Beheshti Ave., Tehran, Iran; SWIFT/BIC KHMIIRTH; Website www.middleeastbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; All offices worldwide [IRAN] [IRAN-EO13902].

MIDDLE EAST KIMIAYE PARS CO. (a.k.a. KIMIAYE PARS KHAVARMIANEH PETROCHEMICAL CO. (Arabic: پتروشیمی کیمیای خاورمیانه); a.k.a. MIDDLE EAST KIMIYA PARS CO.; a.k.a. "MEKPCO"), 2 J St., Abushahr St., Pars Energy Special Economic Zone, Petrochemical Square, Asalouyeh Port 7511895551, Iran; No. 3, 4th Floor, West Saro St., Corner of Aseman, Sa'adat Abad, Tehran

1998133734, Iran; Website www.mekpco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2007 [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

MIDDLE EAST KIMIYA PARS CO. (a.k.a. KIMIAYE PARS KHAVARMIANEH PETROCHEMICAL CO. (Arabic: پتروشیمی کیمیای خاورمیانه); a.k.a. MIDDLE EAST KIMIAYE PARS CO.; a.k.a. "MEKPCO"), 2 J St., Abushahr St., Pars Energy Special Economic Zone, Petrochemical Square, Asalouyeh Port 7511895551, Iran; No. 3, 4th Floor, West Saro St., Corner of Aseman, Sa'adat Abad, Tehran 1998133734, Iran; Website www.mekpco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2007 [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

MIDDLE EAST MINES AND MINERAL INDUSTRIES DEVELOPMENT HOLDING COMPANY (a.k.a. "MIDHCO"), No. 8, Ma'aref Street, Farhang Boulevards, Sa'adatabad, Tehran 1465953349, Iran; No. 8, Rashidi St, Farhang Blvd, Sa'adatabad, Tehran, Iran; Website www.midhco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Nov 2007; Registration Number 310643 (Iran) [IRAN-EO13871] (Linked To: SIRJAN IRANIAN STEEL; Linked To: ZARAND IRANIAN STEEL COMPANY).

MIDDLE EAST SAMAN CHEMICAL COMPANY (Arabic: شرکت سامان شیمی خاور میانه) (a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADE COMPANY; a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADING; a.k.a. MIDDLE EAST SAMAN SHIMI TRADING COMPANY; a.k.a. SAMAN CHEMICAL COMPANY; a.k.a. SAMAN MIDDLE EASTERN CHEMICAL COMPANY; a.k.a. SAMAN SHIMI KHAVARMIANEH LTD.; a.k.a. SAMAN SHIMI MIDDLE EAST; a.k.a. "MSC"), Aghadasieh-Shahid Movahed Danesh st.-Nilufar St.-Placard, 2-4th Floor, Unit 401, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10340455609 (Iran) [SDGT] [IFSR] (Linked To: MUSAVIFAR, Sayyed Reza).

MIDDLE EAST SAMAN CHEMICAL TRADE COMPANY (a.k.a. MIDDLE EAST SAMAN CHEMICAL COMPANY (Arabic: شرکت سامان شیمی خاور میانه); a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADING; a.k.a. MIDDLE EAST

SAMAN SHIMI TRADING COMPANY; a.k.a. SAMAN CHEMICAL COMPANY; a.k.a. SAMAN MIDDLE EASTERN CHEMICAL COMPANY; a.k.a. SAMAN SHIMI KHAVARMIANEH LTD.; a.k.a. SAMAN SHIMI MIDDLE EAST; a.k.a. "MSC"), Aghadasieh-Shahid Movahed Danesh st.-Nilufar St.-Placard, 2-4th Floor, Unit 401, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10340455609 (Iran) [SDGT] [IFSR] (Linked To: MUSAVIFAR, Sayyed Reza).

MIDDLE EAST SAMAN CHEMICAL TRADING (a.k.a. MIDDLE EAST SAMAN CHEMICAL COMPANY (Arabic: شرکت سامان شیمی خاور میانه); a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADE COMPANY; a.k.a. MIDDLE EAST SAMAN SHIMI TRADING COMPANY; a.k.a. SAMAN CHEMICAL COMPANY; a.k.a. SAMAN MIDDLE EASTERN CHEMICAL COMPANY; a.k.a. SAMAN SHIMI KHAVARMIANEH LTD.; a.k.a. SAMAN SHIMI MIDDLE EAST; a.k.a. "MSC"), Aghadasieh-Shahid Movahed Danesh st.-Nilufar St.-Placard, 2-4th Floor, Unit 401, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10340455609 (Iran) [SDGT] [IFSR] (Linked To: MUSAVIFAR, Sayyed Reza).

MIDDLE EAST SAMAN SHIMI TRADING COMPANY (a.k.a. MIDDLE EAST SAMAN CHEMICAL COMPANY (Arabic: شرکت سامان شیمی خاور میانه); a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADE COMPANY; a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADING; a.k.a. SAMAN CHEMICAL COMPANY; a.k.a. SAMAN MIDDLE EASTERN CHEMICAL COMPANY; a.k.a. SAMAN SHIMI KHAVARMIANEH LTD.; a.k.a. SAMAN SHIMI MIDDLE EAST; a.k.a. "MSC"), Aghadasieh-Shahid Movahed Danesh st.-Nilufar St.-Placard, 2-4th Floor, Unit 401, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10340455609 (Iran) [SDGT] [IFSR] (Linked To: MUSAVIFAR, Sayyed Reza).

MIDENDE, Zorro (a.k.a. PROTOGENE, Ruvugayimikore; a.k.a. RUHINDA, Gaby), Nyiragongo, North Kivu, Congo, Democratic Republic of the; DOB 1970; alt. DOB 1968 to 1969; POB Karandaryi Cell, Mwiyanike Sector, Karago Commune, Gisenyi Prefecture,

Rwanda; alt. POB Nyabihu District, Western Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO] (Linked To: FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA).

MIG (f.k.a. OJSC UAC (Cyrillic: ОАО ОАК); f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. PJSC UAC (Cyrillic: ПАО ОАК); a.k.a. PUBLIC JOINT STOCK COMPANY UNITED AIRCRAFT CORPORATION (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ОБЪЕДИНЕННАЯ АВИАСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. SUKHOI; a.k.a. UNITED AIRCRAFT CORPORATION), ul. Bolshaya Pioneerskaya, d. 1, Moscow 115054, Russia (Cyrillic: ул. Большая Пионерская, д. 1, город Москва 115054, Russia); Str.1, 22, Ulanskyi Pereulok, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2006; Target Type State-Owned Enterprise; Tax ID No. 7708619320 (Russia); Registration Number 1067759884598 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

MIG ELEKTRO, Ul. Shcherbakovskaya D. 53, Korp. 17, Moscow 105187, Russia; Pr-d Okruzhnoi D. 8, Str 1, Pom.4, Moscow 107553, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719228261 (Russia); Registration Number 1027739672047 (Russia) [RUSSIA-EO14024].

MIGHAT SHIPPING COMPANY LIMITED (a.k.a. MINAB SHIPPING COMPANY LIMITED), Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MIGHTY DIVINE FINE ART FUND, Cayman Islands; Organization Type: Trusts, funds and similar financial entities; Company Number 356843 (Cayman Islands); Global Intermediary Identification Number XCRTNS.99999.SL.136 [TCO] (Linked To: ZHOU, Yun).

MIGHTY DIVINE FUND SPC, Cayman Islands; Organization Type: Trusts, funds and similar financial entities; Company Number 339930 (Cayman Islands); Global Intermediary Identification Number KT1M7G.99999.SL.136 [TCO] (Linked To: ZHOU, Yun).

MIGHTY DIVINE GLOBAL FUND SPC, Cayman Islands; Company Number 341500 (Cayman Islands); Legal Entity Number 25490097TSPULKFOF602 [TCO] (Linked To: ZHOU, Yun).

MIGHTY DIVINE HK LIMITED, Hong Kong, China; Company Number 2623747 (Hong Kong) [TCO] (Linked To: ZHOU, Yun).

MIGHTY DIVINE INSURANCE BROKERS LIMITED, Hong Kong, China; Company Number 2806520 (Hong Kong) [TCO] (Linked To: ZHOU, Yun).

MIGHTY DIVINE INVESTMENT MANAGEMENT LIMITED, Hong Kong, China; Business Registration Number 62230883 (Hong Kong) [TCO] (Linked To: ZHOU, Yun).

MIGHTY DIVINE LIMITED, Hong Kong, China; Virgin Islands, British; Company Number 1961510 (Virgin Islands, British) [TCO] (Linked To: ZHOU, Yun).

MIGHTY DIVINE MANAGEMENT LIMITED, Cayman Islands; Organization Type: Financial and Insurance Activities; Company Number 341114 (Cayman Islands); Global Intermediary Identification Number JRDHUP.99999.SL.136 [TCO] (Linked To: ZHOU, Yun).

MIGHTY DIVINE PERSONNEL CONSULTANTS LIMITED, Hong Kong, China; Company Number 2994832 (Hong Kong) [TCO] (Linked To: ZHOU, Yun).

MIGHTY DIVINE SECURITIES LIMITED, Hong Kong, China; Company Number 2838290 (Hong Kong) [TCO] (Linked To: ZHOU, Yun).

MIGHTY DIVINE TRUST HONG KONG LIMITED, Hong Kong, China; Company Number 3095311 (Hong Kong) [TCO] (Linked To: ZHOU, Yun).

MIHAJLOVIC, Milan, Susica Village, Kosovo; DOB 27 Apr 1983; POB Nis, Republic of Serbia; nationality Serbia; Gender Male; Identification Number 2704983730021 (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

MIHAJLYUK, Leonid Vladimirovich (Cyrillic: МИХАЙЛЮК, Леонид Владимирович) (a.k.a. MIKHAILIUK, Leonid (Cyrillic: МИХАЙЛЮК, Леонид)), Franco Boulevard, House. 13, Simferopol, Crimea 295034, Ukraine; DOB 01 Jan 1970; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MIHAN TRAVEL & TOURISM SDN BHD (a.k.a. MAHAN TRAVEL; a.k.a. MAHAN TRAVEL AND TOURISM SDN BHD), No.01, Lower Ground Floor, Block C, NO:12 Megan Avenue2, Jalan Yap, Kwan Seng, Kuala Lumpur, Malaysia; Website http://mahantravel.com.my; Email Address mahankualalumpur@yahoo.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 875233-U (Malaysia) [SDGT] [IFSR] (Linked To: MAHAN AIR).

MIHOUB, Qusay (a.k.a. MAHYUB, Qusay); DOB 1960; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

MIHRAB, Suhrab Hamidi (a.k.a. HAMIDI, Mihrab Suhrab; a.k.a. HAMIDI, Mikhrab Sukhrab), Moscow, Russia; DOB 15 Dec 1970; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P02458563 (Afghanistan); Tax ID No. 771387042305 (Russia) (individual) [SDGT] [IFSR] (Linked To: RPP LIMITED LIABILITY COMPANY).

MIJALKOV, Alex (a.k.a. MIJALKOV, Alexander; a.k.a. MIJALKOV, Sasa; a.k.a. MIJALKOV, Sasho (Cyrillic: МИЈАЛКОВ, Сашо); a.k.a. MIJALKOV, Saso), Naroden Front Street No. 5-31, Skopje, North Macedonia, The Republic of; DOB 15 Sep 1965; POB Skopje, North Macedonia; nationality North Macedonia, The Republic of; Gender Male (individual) [BALKANS-EO14033].

MIJALKOV, Alexander (a.k.a. MIJALKOV, Alex; a.k.a. MIJALKOV, Sasa; a.k.a. MIJALKOV, Sasho (Cyrillic: МИЈАЛКОВ, Сашо); a.k.a. MIJALKOV, Saso), Naroden Front Street No. 5-31, Skopje, North Macedonia, The Republic of; DOB 15 Sep 1965; POB Skopje, North Macedonia; nationality North Macedonia, The Republic of; Gender Male (individual) [BALKANS-EO14033].

MIJALKOV, Sasa (a.k.a. MIJALKOV, Alex; a.k.a. MIJALKOV, Alexander; a.k.a. MIJALKOV, Sasho (Cyrillic: МИЈАЛКОВ, Сашо); a.k.a. MIJALKOV, Saso), Naroden Front Street No. 5-31, Skopje, North Macedonia, The Republic of; DOB 15 Sep 1965; POB Skopje, North Macedonia; nationality North Macedonia, The Republic of; Gender Male (individual) [BALKANS-EO14033].

MIJALKOV, Sasho (Cyrillic: МИЈАЛКОВ, Сашо) (a.k.a. MIJALKOV, Alex; a.k.a. MIJALKOV, Alexander; a.k.a. MIJALKOV, Sasa; a.k.a. MIJALKOV, Saso), Naroden Front Street No. 5-31, Skopje, North Macedonia, The Republic of; DOB 15 Sep 1965; POB Skopje, North Macedonia; nationality North Macedonia, The Republic of; Gender Male (individual) [BALKANS-EO14033].

MIJALKOV, Saso (a.k.a. MIJALKOV, Alex; a.k.a. MIJALKOV, Alexander; a.k.a. MIJALKOV, Sasa; a.k.a. MIJALKOV, Sasho (Cyrillic: МИЈАЛКОВ, Сашо)), Naroden Front Street No. 5-31, Skopje, North Macedonia, The Republic of; DOB 15 Sep 1965; POB Skopje, North Macedonia; nationality North Macedonia, The Republic of; Gender Male (individual) [BALKANS-EO14033].

MIJARES TRANCOSO, Gilberto, Calle Luis Echeverria 6329-B, Infonavit Presidentes, Tijuana, Baja California, Mexico; P.O. Box 43440, San Ysidro, CA 92173, United States; c/o Distribuidora Imperial De Baja California, S.A. de C.V., Tijuana, Baja California, Mexico; c/o ADP, S.C., Tijuana, Baja California, Mexico; DOB 04 Feb 1951; POB Vicente Guerrero, Durango; Passport ASDI1418 (Mexico); Driver's License No. 210082884 (Mexico) (individual) [SDNTK].

MIKAM HOLDINGS LIMITED, Neroupos Business Centre, Flat No: 202, Floor No: 2, Ptolemaion 53 3041, Limassol 3041, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Sep 2009; Tax ID No. 10254897D (Cyprus); Registration Number HE254897 (Cyprus) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

MIKHAILIUK, Leonid (Cyrillic: МИХАЙЛЮК, Леонид) (a.k.a. MIHAJLYUK, Leonid Vladimirovich (Cyrillic: МИХАЙЛЮК, Леонид Владимирович)), Franco Boulevard, House. 13, Simferopol, Crimea 295034, Ukraine; DOB 01 Jan 1970; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MIKHAILOV, Maksim Sergeevich (a.k.a. "Baget"), Sevastopol, Ukraine; DOB 29 Jul 1976; nationality Ukraine; Gender Male (individual) [CYBER2].

MIKHAILOV, Oleg Alexeyevich (Cyrillic: МИХАЙЛОВ, Олег Алексеевич), Russia; DOB 06 Jan 1987; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MIKHAILOV, Sergei Petrovich (Cyrillic: МИХАЙЛОВ, Сергей Петрович) (a.k.a. MIKHAILOV, Sergey Patrovich), Russia; DOB 22 May 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MIKHAILOV, Sergey Patrovich (a.k.a. MIKHAILOV, Sergei Petrovich (Cyrillic: МИХАЙЛОВ, Сергей Петрович)), Russia; DOB 22 May 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MIKHAILOVSKIY GORNO OBOGATITELNIY KOMBINAT JOINT STOCK COMPANY (Cyrillic: МИХАЙЛОВСКИЙ ГОРНО ОБОГАТИТЕЛЬНЫЙ КОМБИНАТ АКЦИОНЕРНОЕ ОБЩЕСТВО), Ulitsa Lenina 21, Zheleznogorsk, Kursk Region 307170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jul 1996; Organization Type: Mining of iron ores; Tax ID No. 4633001577 (Russia); Registration Number 1024601215088 (Russia) [RUSSIA-EO14024] (Linked To: HOLDINGOVAYA KOMPANIYA METALLOINVEST AO).

MIKHALAP, Yauheni Ivanavych (Cyrillic: МІХАЛАП, Яўгеній Іванавіч) (a.k.a. MIKHOLAP, Evgeniy Ivanovich (Cyrillic: МИХОЛАП, Евгений Иванович)), Belarus; DOB 11 Jan 1967; POB Russia; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport MP3010584 (Belarus) expires 23 Oct 2027; National ID No. 3110167A043PB2 (Belarus) (individual) [RUSSIA-EO14024] [BELARUS-EO14038].

MIKHALTSOU, Dzmitry (Cyrillic: МІХАЛЬЦОЎ, ДЗМІТРЫЙ) (a.k.a. MIKHALTSOU, Dzmitry Viktaravich (Cyrillic: МІХАЛЬЦОЎ, ДЗМІТРЫЙ ВІКТАРАВІЧ); a.k.a. MIKHALTSOV, Dmitry Viktorovich (Cyrillic: МИХАЛЬЦОВ, ДМИТРИЙ ВИКТОРОВИЧ)), Ostroshitskaya Street 6, Apartment 104, Minsk, Belarus; DOB 27 Nov 1979; POB Tursk Village, Belarus; nationality

Belarus; citizen Belarus; Gender Male; Passport MP3861223 (Belarus); National ID No. 3271179H010PB4 (Belarus) (individual) [BELARUS-EO14038] (Linked To: JSC MINSK MECHANICAL PLANT NAMED AFTER S.I. VAVILOV MANAGEMENT COMPANY OF BELOMO HOLDING).

MIKHALTSOU, Dzmitry Viktaravich (Cyrillic: МІХАЛЬЦОЎ, ДЗМІТРЫЙ ВІКТАРАВІЧ) (a.k.a. MIKHALTSOU, Dzmitry (Cyrillic: МІХАЛЬЦОЎ, ДЗМІТРЫЙ); a.k.a. MIKHALTSOV, Dmitry Viktorovich (Cyrillic: МИХАЛЬЦОВ, ДМИТРИЙ ВИКТОРОВИЧ)), Ostroshitskaya Street 6, Apartment 104, Minsk, Belarus; DOB 27 Nov 1979; POB Tursk Village, Belarus; nationality Belarus; citizen Belarus; Gender Male; Passport MP3861223 (Belarus); National ID No. 3271179H010PB4 (Belarus) (individual) [BELARUS-EO14038] (Linked To: JSC MINSK MECHANICAL PLANT NAMED AFTER S.I. VAVILOV MANAGEMENT COMPANY OF BELOMO HOLDING).

MIKHALTSOV, Dmitry Viktorovich (Cyrillic: МИХАЛЬЦОВ, ДМИТРИЙ ВИКТОРОВИЧ) (a.k.a. MIKHALTSOU, Dzmitry (Cyrillic: МІХАЛЬЦОЎ, ДЗМІТРЫЙ); a.k.a. MIKHALTSOU, Dzmitry Viktaravich (Cyrillic: МІХАЛЬЦОЎ, ДЗМІТРЫЙ ВІКТАРАВІЧ)), Ostroshitskaya Street 6, Apartment 104, Minsk, Belarus; DOB 27 Nov 1979; POB Tursk Village, Belarus; nationality Belarus; citizen Belarus; Gender Male; Passport MP3861223 (Belarus); National ID No. 3271179H010PB4 (Belarus) (individual) [BELARUS-EO14038] (Linked To: JSC MINSK MECHANICAL PLANT NAMED AFTER S.I. VAVILOV MANAGEMENT COMPANY OF BELOMO HOLDING).

MIKHEEV, Aleksander Aleksandrovich (a.k.a. MIKHEEV, Alexander A.; a.k.a. MIKHEYEV, Alexander), Russia; DOB 18 Nov 1961; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

MIKHEEV, Alexander A. (a.k.a. MIKHEEV, Aleksander Aleksandrovich; a.k.a. MIKHEYEV, Alexander), Russia; DOB 18 Nov 1961; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

MIKHEEV, Danila Yurievich (Cyrillic: МИХЕЕВ, Данила Юрьевич) (a.k.a. MIKHEYEV, Danila Yuryevich), Moscow, Russia; DOB 01 Mar 1999; nationality Russia; Gender Male; Tax ID

No. 504414685889 (Russia) (individual) [GLOMAG].

MIKHEICHIK, Vladimir Vladimirovich (a.k.a. MIKHEYCHIK, Vladimir Vladimirovich), Russia; DOB 16 May 1970; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772975847073 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

MIKHEYCHIK, Vladimir Vladimirovich (a.k.a. MIKHEICHIK, Vladimir Vladimirovich), Russia; DOB 16 May 1970; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772975847073 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

MIKHEYEV, Alexander (a.k.a. MIKHEEV, Aleksander Aleksandrovich; a.k.a. MIKHEEV, Alexander A.), Russia; DOB 18 Nov 1961; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

MIKHEYEV, Danila Yuryevich (a.k.a. MIKHEEV, Danila Yurievich (Cyrillic: МИХЕЕВ, Данила Юрьевич)), Moscow, Russia; DOB 01 Mar 1999; nationality Russia; Gender Male; Tax ID No. 504414685889 (Russia) (individual) [GLOMAG].

MIKHOLAP, Evgeniy Ivanovich (Cyrillic: МИХОЛАП, Евгений Иванович) (a.k.a. MIKHALAP, Yauheni Ivanavych (Cyrillic: МІХАЛАП, Яўгеній Іванавіч)), Belarus; DOB 11 Jan 1967; POB Russia; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport MP3010584 (Belarus) expires 23 Oct 2027; National ID No. 3110167A043PB2 (Belarus) (individual) [RUSSIA-EO14024] [BELARUS-EO14038].

MIKLASHEVICH, Petr Petrovich (a.k.a. MIKLASHEVICH, Piotr Piatrovich); DOB 1954; POB Kosuta, Minsk district, Belarus; nationality Belarus; citizen Belarus; Prosecutor General (individual) [BELARUS].

MIKLASHEVICH, Piotr Piatrovich (a.k.a. MIKLASHEVICH, Petr Petrovich); DOB 1954; POB Kosuta, Minsk district, Belarus; nationality Belarus; citizen Belarus; Prosecutor General (individual) [BELARUS].

MIKLASHEVICH, Valentin Alfredovich (a.k.a. MIKLASHEVICH, Valiantsin; a.k.a. MIKLASHEVICH, Valyantsin Alfredavich), House 3, Shirokaya St., Apartment 144, Minsk, Belarus; DOB 03 Jun 1970; POB Volkovysk, Belarus; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport MP1853515 (Belarus); National ID No. 3030779K030PB8 (Belarus) (individual) [RUSSIA-EO14024].

MIKLASHEVICH, Valiantsin (a.k.a. MIKLASHEVICH, Valentin Alfredovich; a.k.a. MIKLASHEVICH, Valyantsin Alfredavich), House 3, Shirokaya St., Apartment 144, Minsk, Belarus; DOB 03 Jun 1970; POB Volkovysk, Belarus; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport MP1853515 (Belarus); National ID No. 3030779K030PB8 (Belarus) (individual) [RUSSIA-EO14024].

MIKLASHEVICH, Valyantsin Alfredavich (a.k.a. MIKLASHEVICH, Valentin Alfredovich; a.k.a. MIKLASHEVICH, Valiantsin), House 3, Shirokaya St., Apartment 144, Minsk, Belarus; DOB 03 Jun 1970; POB Volkovysk, Belarus; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport MP1853515 (Belarus); National ID No. 3030779K030PB8 (Belarus) (individual) [RUSSIA-EO14024].

MIKROKREDITNAYA KOMPANIYA VYDAYUSHCHIESYA KREDITY (a.k.a. MCC VYDAYUSHIESYA KREDITY LLC; a.k.a. VYDAYUSHCHIESYA KREDITY MICROCREDIT COMPANY LIMITED LIABILITY COMPANY), 32 Kutuzovsky Avenue, building 1, floor 6, room 6.C.01, Moscow 121170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7725374454 (Russia); Registration Number 1177746493473 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

MIKRON JSC (a.k.a. JOINT STOCK COMPANY MIKRON; f.k.a. NII MOLEKULYARNOI ELEKTRONIKI I ZAVOD MIKRON PAO; f.k.a. NIIME AND MIKRON; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NII MOLEKULYARNOY ELECKTRONIKI I ZAVOD MIKRON; a.k.a. PJSC MIKRON; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO MIKRON), 1st Zapadny Proezd 12/1, Zelenograd 124460, Russia; d. 6 str. 1, ul. Akademika Valieva, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 13 Jan 1994; Tax ID No. 7735007358 (Russia); Government Gazette Number 07589295 (Russia); Registration Number 1027700073466 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

MIKROSAN OOO (a.k.a. "MICROSUN"), Pr-kt Krasnyi d. 54, pom. 433, Novosibirsk 630000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5407216683 (Russia); Registration Number 1025403209182 (Russia) [RUSSIA-EO14024].

MIKROTEKNIK KIMYEVI MADDELER LABORATUVAR MALZEMELERI VE CIHAZLARI SANAYI TICARET LIMITED SIRKETI, Kiliclar Caddesi No. 10, Keosb Kale Mahallesi, Kestel 16450, Turkey; No: 10 Recep Yazici Street, Dilovasi, Kocaeli 41455, Turkey; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 19 Apr 2004; Registration Number 55779 (Turkey) [IRAN-EO13846].

MILAD, Abd al-Rahman (a.k.a. MILAD, Abdurahman Al; a.k.a. "al-Bija"), Zawiya, Libya; DOB 27 Jul 1986; nationality Libya; Gender Male (individual) [LIBYA3].

MILAD, Abdurahman Al (a.k.a. MILAD, Abd al-Rahman; a.k.a. "al-Bija"), Zawiya, Libya; DOB 27 Jul 1986; nationality Libya; Gender Male (individual) [LIBYA3].

MILAD, Osama (a.k.a. AL KUNI, Osama; a.k.a. AL-MILAD, Osama; a.k.a. IBRAHIM, Osama Al Kuni (Arabic: أسامة الكوني ابراهيم); a.k.a. "ZAWIYA, Osama"; a.k.a. "ZAWIYAH, Osama"), Zawiyah, Libya; DOB 04 Apr 1976; alt. DOB 02 Apr 1976; POB Tripoli, Libya; nationality Libya; Gender Male (individual) [LIBYA3].

MILAEE TRADING CO., LIMITED (a.k.a. UTELIZ RESOURCES CO., LIMITED), Unit 9039, 9/F, BLK B Chung Mei Ctr, 15-17 Hing Yip St, Kwun Tong Kln, Hong Kong, China; Additional Sanctions Information - Subject to Secondary

Sanctions; Organization Established Date 10 Jun 2021; C.R. No. 3056947 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

MILAVOUS COMMODITIES HOLDING LIMITED, Unit L38-04, Level 38, ICD Brookfield Place, Dubai International Finance Center, Dubai, United Arab Emirates; Organization Established Date 30 Aug 2023; Economic Register Number (CBLS) 12234842 (United Arab Emirates) [IRAN-EO13902] (Linked To: MILAVOUS HOLDING LIMITED).

MILAVOUS GROUP LIMITED (a.k.a. MALVYN GROUP HOLDING LTD; a.k.a. MILAVOUS GROUP LTD), Address: Unit L37-00, Level 37, ICD Brookfield Place, Dubai International Finance Center, Dubai, United Arab Emirates; Unit L38-04, Level 38, ICD Brookfield Place, Dubai International Finance Center, Dubai, United Arab Emirates; Website milavousgroup.com; Organization Established Date 28 Jan 2022; Economic Register Number (CBLS) 11825098 (United Arab Emirates) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

MILAVOUS GROUP LTD (a.k.a. MALVYN GROUP HOLDING LTD; a.k.a. MILAVOUS GROUP LIMITED), Address: Unit L37-00, Level 37, ICD Brookfield Place, Dubai International Finance Center, Dubai, United Arab Emirates; Unit L38-04, Level 38, ICD Brookfield Place, Dubai International Finance Center, Dubai, United Arab Emirates; Website milavousgroup.com; Organization Established Date 28 Jan 2022; Economic Register Number (CBLS) 11825098 (United Arab Emirates) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

MILAVOUS HOLDING LIMITED, Unit L38-04, Level 38, ICD Brookfield Place, Dubai International Finance Center, Dubai, United Arab Emirates; Organization Established Date 25 May 2023; Economic Register Number (CBLS) 12234493 (United Arab Emirates) [IRAN-EO13902] (Linked To: MILAVOUS GROUP LTD).

MILCHAKOV, Aleksey Yuryevich (a.k.a. MILCHAKOV, Alexei; a.k.a. MILCHAKOV, Alexey Yurevich; a.k.a. "Fritz"; a.k.a. "Gimler"; a.k.a. "Serb"; a.k.a. "Serbian"), Russia; Ukraine; DOB 30 Apr 1991; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: TASK FORCE RUSICH).

MILCHAKOV, Alexei (a.k.a. MILCHAKOV, Aleksey Yuryevich; a.k.a. MILCHAKOV, Alexey Yurevich; a.k.a. "Fritz"; a.k.a. "Gimler"; a.k.a. "Serb"; a.k.a. "Serbian"), Russia; Ukraine; DOB 30 Apr 1991; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: TASK FORCE RUSICH).

MILCHAKOV, Alexey Yurevich (a.k.a. MILCHAKOV, Aleksey Yuryevich; a.k.a. MILCHAKOV, Alexei; a.k.a. "Fritz"; a.k.a. "Gimler"; a.k.a. "Serb"; a.k.a. "Serbian"), Russia; Ukraine; DOB 30 Apr 1991; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: TASK FORCE RUSICH).

MILE HAO XIANG TECHNOLOGY CO LTD (Chinese Simplified: 弥勒浩翔科技有限公司), Miyang Industrial Zone, Maitreya Industrial Park, Maitreya, Honghe Prefecture, Yunnan 652399, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91532526670858444Q (China) [RUSSIA-EO14024].

MILEKHIN, Yuriy Mihailovich (a.k.a. MILEKHIN, Yuriy Mikhailovich (Cyrillic: МИЛЕХИН, Юрий Михайлович)), Russia; DOB 27 May 1947; POB Tambov, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 505600438416 (Russia) (individual) [RUSSIA-EO14024] (Linked To: FEDERAL STATE UNITARY ENTERPRISE FEDERAL CENTER OF DUAL TECHNOLOGIES SOYUZ).

MILEKHIN, Yuriy Mikhailovich (Cyrillic: МИЛЕХИН, Юрий Михайлович) (a.k.a. MILEKHIN, Yuriy Mihailovich), Russia; DOB 27 May 1947; POB Tambov, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 505600438416 (Russia) (individual) [RUSSIA-EO14024] (Linked To: FEDERAL STATE UNITARY ENTERPRISE FEDERAL CENTER OF DUAL TECHNOLOGIES SOYUZ).

MILEN TRADING CO., LIMITED (Chinese Traditional: 美然貿易有限公司), Room D5, Floor Five, King Yip Factory Building, No. 59 King Yip Street, Kwun Tong, Kowloon, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Apr 2024; Business Registration Number 76393312 (Hong Kong) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

MILETUS LINE LTD, Suite 10, 3rd Floor, La Ciotat, Mont Fleuri, Mahe Island, Seychelles; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date circa 2024; Identification Number IMO 6498440 [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

MILHEM, Kifah (a.k.a. AL-MILHEM, Kifah; a.k.a. MELHEM, Kifah; a.k.a. MOULHEM, Kifah (Arabic: كفاح ملحم); a.k.a. MOULHIM, Kifah; a.k.a. MULHEM, Kifah; a.k.a. MULHIM, Kifah), Damascus, Syria; DOB 28 Nov 1961; POB Junayrat Ruslan, Tartous, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

MILITARY CAMP 144 OF THE KOREAN PEOPLE'S ARMY (a.k.a. COMMAND AUTOMATION COLLEGE OF THE CHOSUN PEOPLE'S ARMY; a.k.a. KIM IL MILITARY UNIVERSITY; a.k.a. KIM IL POLITICAL MILITARY UNIVERSITY; a.k.a. KIM IL SUNG MILITARY UNIVERSITY; a.k.a. KIM IL-SUNG UNIVERSITY AUTOMATION UNIVERSITY; a.k.a. MIRIM COLLEGE; a.k.a. MIRIM UNIVERSITY; a.k.a. NO. 144 MILITARY CAMP OF THE CHOSUN PEOPLE'S ARMY; a.k.a. PYONGYANG UNIVERSITY OF AUTOMATION; a.k.a. UNIVERSITY OF AUTOMATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 1981; Target Type Government Entity [DPRK2].

MILITARY CONSTRUCTION COMPLEX OF THE MINISTRY OF DEFENSE (Cyrillic: ВОЕННО СТРОИТЕЛНЫЙ КОМПЛЕКС МИНИСТЕРСТВА ОБОРОНЫ) (a.k.a. PUBLIC LEGAL COMPANY MILITARY CONSTRUCTION COMPANY (Cyrillic: ПУБЛИЧНО ПРАВОВАЯ КОМПАНИЯ ВОЕННО СТРОИТЕЛНЬНАЯ КОМПАНИЯ)), 19 Znamenka St., Building 4, Office 402, Moscow 119160, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9704016606 (Russia); Registration Number 1207700151427 (Russia) [RUSSIA-EO14024].

MILITARY ENGINEERING CENTRE LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU VOENNO INZHENERNYI TSENTR; a.k.a. "OOO VITS"), 88 pr-kt Lenina, Nizhnii Novgorod 603004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5256072148 (Russia); Registration Number 1075256008618 (Russia) [RUSSIA-EO14024].

MILITARY INDUSTRIAL CORPORATION NPO MASHINOSTROENIA OAO (a.k.a. JOINT STOCK COMPANY MILITARY INDUSTRIAL CONSORTIUM NPO MASHINOSTROYENIA; a.k.a. JOINT STOCK COMPANY MILITARY-INDUSTRIAL CORPORATION NPO MASHINOSTROYENIA; a.k.a. JSC MIC NPO MASHINOSTROYENIA; a.k.a. MIC NPO MASHINOSTROYENIA JSC; a.k.a. MIC NPO MASHINOSTROYENIYA JSC; a.k.a. OPEN JOINT STOCK COMPANY MILITARY INDUSTRIAL CORPORATION SCIENTIFIC AND PRODUCTION MACHINE BUILDING ASSOCIATION; a.k.a. VOENNO-PROMYSHLENNAYA KORPORATSIYA NAUCHNO-PROIZVODSTVENNOE OBEDINENIE MASHINOSTROENIYA OAO; a.k.a. VPK NPO MASHINOSTROENIYA), 33, Gagarina St., Reutov-town, Moscow Region 143966, Russia; 33 Gagarin Street, Reutov, Moscow Region 143966, Russia; 33 Gagarina ul., Reutov, Moskovskaya obl 143966, Russia; Website www.npomash.ru; Email Address export@npomash.ru; alt. Email Address vpk@npomash.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1075012001492 (Russia); Tax ID No. 5012039795 (Russia); Government Gazette Number 07501739 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

MILITARY INDUSTRY CORPORATION (a.k.a. DEFENSE INDUSTRIES SYSTEM; a.k.a. "DEFENSE INDUSTRIES CORPORATION"; a.k.a. "DEFENSE INDUSTRY SYSTEM"), Khartoum North, Khartoum 10783, Sudan; Organization Established Date 1993; Organization Type: Defense activities [SUDAN-EO14098].

MILITARY SECURITY BUREAU (a.k.a. KOREAN PEOPLE'S ARMY SECURITY BUREAU; a.k.a. MILITARY SECURITY COMMAND), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MILITARY SECURITY COMMAND (a.k.a. KOREAN PEOPLE'S ARMY SECURITY BUREAU; a.k.a. MILITARY SECURITY BUREAU), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MILITARY SUPPLIES INDUSTRY DEPARTMENT (a.k.a. MUNITIONS INDUSTRY DEPARTMENT), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

MILITARY UNIT 34435 (a.k.a. CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ); a.k.a. CRIMINALISTICS INSTITUTE OF THE CENTER FOR SPECIAL TECHNOLOGY OF THE FSB OF RUSSIA (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ЦЕНТРА СПЕЦИАЛЬНОЙ ТЕХНИКИ ФСБ РОССИИ); a.k.a. FSB CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ФСБ); a.k.a. FSB SPECIAL TECHNOLOGY CENTER'S INSTITUTE OF CRIMINOLOGY; a.k.a. INSTITUT KRIMINALISTIKI; a.k.a. RESEARCH INSTITUTE - 2; a.k.a. "NII-2"), Akademika Vargi Street 2, Moscow, Russia [NPWMD].

MILITARY UNIT 74268 (a.k.a. 234TH GUARDS AIR ASSAULT REGIMENT; a.k.a. 234TH GUARDS AIRBORNE ASSAULT REGIMENT; a.k.a. 234TH GUARDS BLACK SEA ORDER OF KUTUZOV NAMED AFTER ALEXANDER NEVSKY AIR ASSAULT REGIMENT), Pskov, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Government Entity [RUSSIA-EO14024].

MILITARY UNIT NUMBER 52688 (a.k.a. RADIATION CHEMICAL AND BIOLOGICAL DEFENSE TROOPS; a.k.a. RADIOLOGICAL CHEMICAL AND BIOLOGICAL DEFENSE TROOPS OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (Cyrillic: ВОЙСКА РАДИАЦИОННОЙ ХИМИЧЕСКОЙ И БИОЛОГИЧЕСКОЙ ЗАЩИТЫ МИНИСТЕРСТВА ОБОРОНЫ РОССИЙСКОЙ ФЕДЕРАЦИИ); a.k.a. RCB DEFENSE TROOPS; a.k.a. VOISKOVAYA CHAST 52688 (Cyrillic: ВОЙСКОВАЯ ЧАСТЬ 52688); a.k.a. "RCHBD"; a.k.a. "RKHBZ"), Corpus 2, Building 22, Frunze Embankment, Moscow 119160, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704195013 (Russia); Registration Number 1037739635890 (Russia) [RUSSIA-EO14024].

MILITARY-PATRIOTIC CLUB RUSICH (a.k.a. RUSICH SABOTAGE AND ASSAULT RECONNAISSANCE GROUP; a.k.a. RUSICH TASK FORCE; a.k.a. SABOTAGE AND ASSAULT RECONNAISSANCE GROUP RUSICH; a.k.a. TASK FORCE RUSICH; a.k.a. "DSHRG RUSICH" (Cyrillic: "ДШРГ РУСИЧ")), St. Petersburg, Russia; Ukraine; Digital Currency Address - XBT bc1ql7dlyh8xz6tpqk92vztrhqh88dmjvcwrmsemrm; alt. Digital Currency Address - XBT bc1q2lpgjntr348pfvxhfy33ehmdzy3gmx8w4052z6; Digital Currency Address - ETH 0xc2a3829F459B3Edd87791c74cD45402BA0a20Be3; alt. Digital Currency Address - ETH 0x3AD9dB589d201A710Ed237c829c7860Ba86510Fc; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Digital Currency Address - USDT TX5GV4DyfxNB3rPkzZJhmqZ1efVmL4rEqG [RUSSIA-EO14024].

MILITECH JSCO (a.k.a. JOINT STOCK COMPANY MILITECH), Ul. Lukinskaya D. 4, Pomeshch. 1, Moscow 119634, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Sep 2022; Tax ID No. 9706026110 (Russia); Registration Number 1227700569810 (Russia) [RUSSIA-EO14024].

MILITECHTRADE LIMITED LIABILITY COMPANY (a.k.a. MILITECHTRADE LLC), Ul. Ryabinovaya D. 61A, Str. 1, Moscow 121471, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Oct 2022; Tax ID No. 9706027480 (Russia); Registration Number 1227700679216 (Russia) [RUSSIA-EO14024].

MILITECHTRADE LLC (a.k.a. MILITECHTRADE LIMITED LIABILITY COMPANY), Ul. Ryabinovaya D. 61A, Str. 1, Moscow 121471, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Oct 2022; Tax ID No. 9706027480 (Russia); Registration Number 1227700679216 (Russia) [RUSSIA-EO14024].

MILLAB SINTEZ (a.k.a. MILLAB SYNTHESIS), Ul. Kolskaya D. 12, Str. 1, Et 2, Kom 2 Of 3, Moscow 129329, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716714320 (Russia); Registration Number 1127746292871 (Russia) [RUSSIA-EO14024].

MILLAB SYNTHESIS (a.k.a. MILLAB SINTEZ), Ul. Kolskaya D. 12, Str. 1, Et 2, Kom 2 Of 3, Moscow 129329, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716714320 (Russia); Registration Number 1127746292871 (Russia) [RUSSIA-EO14024].

MILLENNIUM PLAZA, S.A. (a.k.a. PLAZA MILENIO, S.A.), Panama; RUC # 15280-1-366202 (Panama) [SDNTK].

MILLER, Alexei Borisovich (a.k.a. MILLER, Alexey Borisovich), Moscow, Russia; DOB 31 Jan 1962; POB Saint-Petersburg, Russian Federation; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

MILLER, Alexey Borisovich (a.k.a. MILLER, Alexei Borisovich), Moscow, Russia; DOB 31 Jan 1962; POB Saint-Petersburg, Russian Federation; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

MILLER, Lucy (a.k.a. ZHENG, Yanni (Chinese Simplified: 郑燕妮); a.k.a. "SAKURAKO OKUBO"), 98/86 #45A1 Na Chom Thian, Sattahip District, Chon Buri 20250, Thailand; DOB 02 Jul 1973; POB Anshan Liaoning, China; nationality China; alt. nationality Saint Kitts and Nevis; Gender Female; Passport EH4901807 (China); alt. Passport EA5001872 (China); alt. Passport RE0124679 (Saint Kitts and Nevis) issued 13 May 2022 expires 12 May 2032 (individual) [CYBER2].

MILLER, Siraaj, 34 Lupin, Lentegeur, Mitchells Plain, Cape Town, South Africa; DOB 28 Sep 1977; POB Cape Town, South Africa; nationality South Africa; citizen South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 7709285116082 (South Africa) (individual)

[SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MILLI MUSLIM LEAGUE (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

MILLI MUSLIM LEAGUE PAKISTAN (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-

INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

MILONOV, Vitaly Valentinovich (Cyrillic: МИЛОНОВ, Виталий Валентинович), Russia; DOB 23 Jan 1974; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MILOSEVIC, Borislav; DOB 1936; brother of Slobodan Milosevic (individual) [BALKANS].

MILOSEVIC, Dragomir; DOB 04 Feb 1942; POB Murgas, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

MILOSEVIC, Marija; DOB 1965; daughter of Slobodan Milosevic (individual) [BALKANS].

MILOSEVIC, Marko; DOB 02 Jul 1974; son of Slobodan Milosevic (individual) [BALKANS].

MILOSEVIC, Milanka; sister-in-law of Slobodan Milosevic (individual) [BALKANS].

MILOSEVIC, Slobodan; DOB 20 Aug 1941; POB Pozarevac, Serbia and Montenegro; ex-FRY

President; ICTY indictee in custody (individual) [BALKANS].

MILSKAIA, Elena Igorevna (Cyrillic: МИЛЬСКАЯ, Елена Игоревна) (a.k.a. MILSKAYA, Elena; a.k.a. MILSKAYA, Yelena), Moscow, Russia; DOB 20 Dec 1980; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 774395846880 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KURENKOV, Aleksandr Vyacheslavovich).

MILSKAYA, Elena (a.k.a. MILSKAIA, Elena Igorevna (Cyrillic: МИЛЬСКАЯ, Елена Игоревна); a.k.a. MILSKAYA, Yelena), Moscow, Russia; DOB 20 Dec 1980; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 774395846880 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KURENKOV, Aleksandr Vyacheslavovich).

MILSKAYA, Yelena (a.k.a. MILSKAIA, Elena Igorevna (Cyrillic: МИЛЬСКАЯ, Елена Игоревна); a.k.a. MILSKAYA, Elena), Moscow, Russia; DOB 20 Dec 1980; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 774395846880 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KURENKOV, Aleksandr Vyacheslavovich).

MILUR ELECTRONICS LLC (Armenian: ՄԻԼՈՒՐ ԷԼԵԿՏՐՈՆԻՔՍ ՍՊԸ), Raffi Str. #111, Malatia-Sebastia, Yerevan, Armenia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 May 2022; Organization Type: Wholesale of electronic and telecommunications equipment and parts; Tax ID No. 01322889 (Armenia); Registration Number 290.110.1237526 (Armenia) [RUSSIA-EO14024] (Linked To: JSC PKK MILANDR).

MILUR SA, Chemin Des Planches 42, Epalinges 1066, Switzerland; Avenue des Alpes 104, Montreux 1820, Switzerland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Feb 2012; Organization Type: Wholesale of electronic and telecommunications equipment and parts; alt. Organization Type: Wholesale of other machinery and equipment; Registration Number CH-1550.1.105.045-4 (Switzerland) [RUSSIA-EO14024] (Linked To: MILUR ELECTRONICS LLC).

MI'MAR ENGINEERING COMPANY (a.k.a. MEAMAR COMPANY FOR ENGINEERING AND DEVELOPMENT; a.k.a. MEAMAR SARL (Arabic: شركة معمار للهندسة والانماء ش.م.م); a.k.a. MEAMMAR CONSTRUCTION), Al Huda Building, 2nd Floor, Al Miqdad Street, Haret Hreik, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 29160 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

MIN, Aung, Burma; DOB 27 Oct 1962; POB Burma; nationality Burma; Gender Male (individual) [BURMA-EO14014].

MIN, Byong Chol (a.k.a. MIN, Byong Chun; a.k.a. MIN, Byong-chol; a.k.a. MIN, Pyo'ng-ch'o'l), Korea, North; DOB 10 Aug 1948; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Member of the Worker's Party of Korea's Organization and Guidance Department (individual) [DPRK2].

MIN, Byong Chun (a.k.a. MIN, Byong Chol; a.k.a. MIN, Byong-chol; a.k.a. MIN, Pyo'ng-ch'o'l), Korea, North; DOB 10 Aug 1948; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Member of the Worker's Party of Korea's Organization and Guidance Department (individual) [DPRK2].

MIN, Byong-chol (a.k.a. MIN, Byong Chol; a.k.a. MIN, Byong Chun; a.k.a. MIN, Pyo'ng-ch'o'l), Korea, North; DOB 10 Aug 1948; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Member of the Worker's Party of Korea's Organization and Guidance Department (individual) [DPRK2].

MIN, Pyo'ng-ch'o'l (a.k.a. MIN, Byong Chol; a.k.a. MIN, Byong Chun; a.k.a. MIN, Byong-chol), Korea, North; DOB 10 Aug 1948; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations

section 510.214; Member of the Worker's Party of Korea's Organization and Guidance Department (individual) [DPRK2].

MIN, Zaw, Burma; DOB 1970; nationality Burma; Gender Male (individual) [BURMA-EO14014].

MINAB SHIPPING COMPANY LIMITED (f.k.a. MIGHAT SHIPPING COMPANY LIMITED), Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MINAEE, Muhamed (a.k.a. MINA'I, Mohammad); DOB 1964; POB Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR].

MINAEV, Oleg Aleksandrovich, Russia; DOB 1971; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

MINA'I, Mohammad (a.k.a. MINAEE, Muhamed); DOB 1964; POB Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR].

MINATEH (a.k.a. LLC MINATEKH), ul. Tkatskaya d. 5, str. 1, floor 3, Moscow 105318, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719404005 (Russia); Registration Number 1157746133654 (Russia) [RUSSIA-EO14024].

MINATO COMMERCIAL BROKERS (Arabic: ميناتو للوساطة التجارية), Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 27 Jul 2021; Registration Number 970119 (United Arab Emirates); Economic Register Number (CBLS) 11710043 (United Arab Emirates) [SDGT] [IFSR] (Linked To: ALPA TRADING - FZCO).

MINATO GOODS WHOLESALERS (Arabic: ميناتو لتجارة السلع بالجملة), Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Sep 2020; Registration Number 902992 (United Arab Emirates);

Economic Register Number (CBLS) 11540152 (United Arab Emirates) [SDGT] [IFSR] (Linked To: ALPA TRADING - FZCO).

MINATO INVESTMENT L.L.C (Arabic: ميناتو للاستثمار ش.ذ.م.م), Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 17 Oct 2021; Business Registration Number 993664 (United Arab Emirates); Economic Register Number (CBLS) 11766747 (United Arab Emirates) [SDGT] [IFSR] (Linked To: ALPA TRADING - FZCO).

MINERA LA CASTELLANA Y ANEXAS S.A. DE C.V., Culiacan, Sinaloa, Mexico; R.F.C. MCA9011192R3 (Mexico) [SDNTK].

MINERA MI ESPERANZA, S.A., Honduras; Col. Las Hadas, Cont. a Aldeas S.O.S., No. 7501, Distrito Central, Francisco Morazan, Honduras; RTN 08019011419066 (Honduras) [SDNTK].

MINERA RIO PRESIDIO S.A. DE C.V., Culiacan, Sinaloa, Mexico [SDNTK].

MINERVEN (a.k.a. COMPANIA GENERAL DE MINERIA DE VENEZUELA; a.k.a. CORPORACION VENEZOLANA DE GUAYANA MINERVEN C.A.; a.k.a. CVG COMPANIA GENERAL DE MINERIA DE VENEZUELA CA; a.k.a. CVG MINERVEN), Via principal Carapal, El Callao, Bolivar, Venezuela; Zona Industrial Caratal, El Callao, Bolivar, Venezuela; National ID No. J006985970 (Venezuela) [VENEZUELA-EO13850].

MINES AND METALS ENGINEERING GMBH (a.k.a. "M.M.E."), Georg-Glock-Str. 3, Dusseldorf 40474, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 34095 (Germany); all offices worldwide [IRAN].

MINGZHENG INTERNATIONAL TRADING LIMITED, Flat/RM A30 9/F, Silvercorp International Tower, 707-713 Nathan Road, Kowloon, Mong Kok, Hong Kong; 224-4 Shifa Da Lu, RM 1305, Heping District, Shenyang City, Liaoning Province, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA; Linked To: SUN, Wei).

MINHOO LOGISTICS LIMITED, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization

Established Date 24 Nov 2017; Business Registration Number 68542042 (Hong Kong) [RUSSIA-EO14024].

MINIMERCADO EL MANANTIAL DEL NEUTA, Calle 4A No. 2-01 Mz. 39 Ca. 32, Soacha, Cundinamarca, Colombia; Matricula Mercantil No 1776209 (Colombia) [SDNTK].

MININ, Alexey Valerevich, Russia; DOB 27 May 1972; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 120017582 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

MINING AND CHEMICAL COMPLEX FEDERAL STATE UNITARY ENTERPRISE (a.k.a. FEDERAL STATE UNITARY ENTERPRISE MINING AND CHEMICAL COMBINE; a.k.a. "GKHK"; a.k.a. "MCC FSUE"), 53 zd., ul. Lenina, Zheleznogorsk 662970, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 2452000401 (Russia); Registration Number 1022401404871 (Russia) [RUSSIA-EO14024].

MINING ENTERPRISE NO 1 (a.k.a. MINING ENTERPRISE NUMBER ONE; a.k.a. MYANMA MINING ENTERPRISE NUMBER 1; a.k.a. MYANMAR MINING ENTERPRISE NUMBER 1; a.k.a. NO. 1 MINING ENTERPRISE), Bu Tar Street, Forest Street, Monywa, Sagaing Region, Burma; Organization Type: Mining and Quarrying [BURMA-EO14014].

MINING ENTERPRISE NO 2 (a.k.a. MYANMA MINING ENTERPRISE NUMBER 2; a.k.a. MYANMAR MINING ENTERPRISE NUMBER 2; a.k.a. NO. 2 MINING ENTERPRISE; a.k.a. NUMBER 2 MINING ENTERPRISE), Myay Myint Quarter, Pyi Htaung Su Road, Myitkyina, Kachin State, Burma; Organization Type: Mining and Quarrying [BURMA-EO14014].

MINING ENTERPRISE NUMBER ONE (a.k.a. MINING ENTERPRISE NO 1; a.k.a. MYANMA MINING ENTERPRISE NUMBER 1; a.k.a. MYANMAR MINING ENTERPRISE NUMBER 1; a.k.a. NO. 1 MINING ENTERPRISE), Bu Tar Street, Forest Street, Monywa, Sagaing Region, Burma; Organization Type: Mining and Quarrying [BURMA-EO14014].

MINING INDUSTRIES SARLU (a.k.a. MINING INDUSTRIES SURL), Entree Rue Maitre Tiangaye, Avenue des Martyrs, 4 EME, Quartierfouh, Bangui, Central African Republic; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type:

Mining of other non-ferrous metal ores; Tax ID No. M364135L001 (Central African Republic) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

MINING INDUSTRIES SURL (a.k.a. MINING INDUSTRIES SARLU), Entree Rue Maitre Tiangaye, Avenue des Martyrs, 4 EME, Quartierfouh, Bangui, Central African Republic; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Mining of other non-ferrous metal ores; Tax ID No. M364135L001 (Central African Republic) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

MINISTERIO DEL INTERIOR (a.k.a. MINISTRY OF INTERIOR; a.k.a. "MININT"), Aranguren and Carlos Manuel de Cespedes, Havana, Cuba; Organization Established Date Jun 1961 [GLOMAG].

MINISTERIO PUBLICO DE NICARAGUA, Km 4 Carretera a Masaya, Managua, Nicaragua; Website https://ministeriopublico.gob.ni/; Target Type Government Entity [NICARAGUA] [NICARAGUA-NHRAA].

MINISTRY OF ATOMIC ENERGY INDUSTRY, Haeun 2-Dong, Pyongchon District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

MINISTRY OF CRUDE OIL (a.k.a. CRUDE OIL INDUSTRY MINISTRY; a.k.a. GENERAL BUREAU OF PETROLEUM INDUSTRY; a.k.a. MINISTRY OF CRUDE OIL INDUSTRY), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF CRUDE OIL INDUSTRY (a.k.a. CRUDE OIL INDUSTRY MINISTRY; a.k.a. GENERAL BUREAU OF PETROLEUM INDUSTRY; a.k.a. MINISTRY OF CRUDE OIL), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF CULTURE AND ISLAMIC GUIDANCE, Bahrestan Square, Avenue Kamalolmolik, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

MINISTRY OF DEFENCE & ARMED FORCES LOGISTICS (a.k.a. GOVERNMENT OF IRAN DEPARTMENT OF DEFENSE; a.k.a. MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE FOR ARMED FORCES LOGISTICS; a.k.a. MODAFL; a.k.a. MODSAF; a.k.a. VEZARATE DEFA; a.k.a. VEZARAT-E DEFA VA POSHTYBANI-E NIRU-HAYE MOSALLAH), Ferdowsi Avenue, Sarhang Sakhaei Street, Tehran, Iran; PO Box 11365-8439, Pasdaran Ave., Tehran, Iran; West side of Dabestan Street, Abbas Abad District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ROSOBORONEKSPORT OAO).

MINISTRY OF DEFENCE OF BURMA (a.k.a. MINISTRY OF DEFENSE OF BURMA; a.k.a. TATMADAW), Building 24, Nay Pyi Taw, Burma; Organization Established Date 01 Aug 1937; Target Type Government Entity [BURMA-EO14014].

MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS (a.k.a. GOVERNMENT OF IRAN DEPARTMENT OF DEFENSE; a.k.a. MINISTRY OF DEFENCE & ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE FOR ARMED FORCES LOGISTICS; a.k.a. MODAFL; a.k.a. MODSAF; a.k.a. VEZARATE DEFA; a.k.a. VEZARAT-E DEFA VA POSHTYBANI-E NIRU-HAYE MOSALLAH), Ferdowsi Avenue, Sarhang Sakhaei Street, Tehran, Iran; PO Box 11365-8439, Pasdaran Ave., Tehran, Iran; West side of Dabestan Street, Abbas Abad District, Tehran, Iran; Additional Sanctions Information -

Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ROSOBORONEKSPORT OAO).

MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES LOGISTICS (a.k.a. GOVERNMENT OF IRAN DEPARTMENT OF DEFENSE; a.k.a. MINISTRY OF DEFENCE & ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE FOR ARMED FORCES LOGISTICS; a.k.a. MODAFL; a.k.a. MODSAF; a.k.a. VEZARATE DEFA; a.k.a. VEZARAT-E DEFA VA POSHTYBANI-E NIRU-HAYE MOSALLAH), Ferdowsi Avenue, Sarhang Sakhaei Street, Tehran, Iran; PO Box 11365-8439, Pasdaran Ave., Tehran, Iran; West side of Dabestan Street, Abbas Abad District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ROSOBORONEKSPORT OAO).

MINISTRY OF DEFENSE ARMED FORCES LOGISTICS (a.k.a. GOVERNMENT OF IRAN DEPARTMENT OF DEFENSE; a.k.a. MINISTRY OF DEFENCE & ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE FOR ARMED FORCES LOGISTICS; a.k.a. MODAFL; a.k.a. MODSAF; a.k.a. VEZARATE DEFA; a.k.a. VEZARAT-E DEFA VA POSHTYBANI-E NIRU-HAYE MOSALLAH), Ferdowsi Avenue, Sarhang Sakhaei Street, Tehran, Iran; PO Box 11365-8439, Pasdaran Ave., Tehran, Iran; West side of Dabestan Street, Abbas Abad District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ROSOBORONEKSPORT OAO).

MINISTRY OF DEFENSE DIRECTORATE OF DEFENSE INDUSTRIES (a.k.a. DIRECTORATE OF DEFENSE INDUSTRIES; a.k.a. MYANMA DEFENSE PRODUCTS INDUSTRY; a.k.a. MYANMAR DEFENSE PRODUCTS INDUSTRY; a.k.a. "DEFENSE PRODUCTS INDUSTRIES"; a.k.a. "KA PA SA"), Ministry of Defense, Shwedagon Pagoda Road, Rangoon, Burma; Target Type Government Entity [BURMA-EO14014].

MINISTRY OF DEFENSE FOR ARMED FORCES LOGISTICS (a.k.a. GOVERNMENT OF IRAN DEPARTMENT OF DEFENSE; a.k.a. MINISTRY OF DEFENCE & ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE ARMED FORCES LOGISTICS; a.k.a. MODAFL; a.k.a. MODSAF; a.k.a. VEZARATE DEFA; a.k.a. VEZARAT-E DEFA VA POSHTYBANI-E NIRU-HAYE MOSALLAH), Ferdowsi Avenue, Sarhang Sakhaei Street, Tehran, Iran; PO Box 11365-8439, Pasdaran Ave., Tehran, Iran; West side of Dabestan Street, Abbas Abad District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ROSOBORONEKSPORT OAO).

MINISTRY OF DEFENSE LEGION EXPORT (a.k.a. MINISTRY OF DEFENSE LOGISTICS EXPORT; a.k.a. MODLEX), PO Box 16315-189, Tehran, Iran, located on the west side of Dabestan Street, Abbas Abad District, Tehran, Iran; PO Box 19315-189, Pasdaran Street, South Noubonyand Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MINISTRY OF DEFENSE LOGISTICS EXPORT (a.k.a. MINISTRY OF DEFENSE LEGION EXPORT; a.k.a. MODLEX), PO Box 16315-189, Tehran, Iran, located on the west side of Dabestan Street, Abbas Abad District, Tehran, Iran; PO Box 19315-189, Pasdaran Street, South Noubonyand Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MINISTRY OF DEFENSE OF BURMA (a.k.a. MINISTRY OF DEFENCE OF BURMA; a.k.a. TATMADAW), Building 24, Nay Pyi Taw, Burma; Organization Established Date 01 Aug 1937; Target Type Government Entity [BURMA-EO14014].

MINISTRY OF EMERGENCY SITUATIONS OF THE DONETSK PEOPLE'S REPUBLIC (Cyrillic: МИНИСТЕРСТВО ПО ЧРЕЗВЫЧАЙНЫМ СИТУАЦИЯМ ДОНЕЦКОЙ НАРОДНОЙ РЕСПУБЛИКИ), 60 Shchorsa St., Donetsk 283050, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Unrecognized Government Entity [RUSSIA-EO14024].

MINISTRY OF INTERIOR (a.k.a. MINISTERIO DEL INTERIOR; a.k.a. "MININT"), Aranguren and Carlos Manuel de Cespedes, Havana, Cuba; Organization Established Date Jun 1961 [GLOMAG].

MINISTRY OF INTERNAL AFFAIRS IN KURCHALOYEVSKY DISTRICT (a.k.a. KURCHALOI DISTRICT BRANCH OF THE MVD OF RUSSIA (Cyrillic: ОТДЕЛ МВД РОССИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT MVD BRANCH (Cyrillic: ОТДЕЛ МВД ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT OF THE CHECHEN REPUBLIC BRANCH OF THE MINISTRY OF INTERNAL AFFAIRS OF THE RUSSIAN FEDERATION (Cyrillic: ОТДЕЛ МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИЙСКОЙ ФЕДЕРАЦИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ ЧЕЧЕНСКОЙ РЕСПУБЛИКИ); a.k.a. KURCHALOI DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOI OMVD (Cyrillic: КУРЧАЛОЕВСКОЕ ОМВД); a.k.a. KURCHALOI POLICE; a.k.a. KURCHALOI ROVD (Cyrillic: КУРЧАЛОЕВСКОЕ РОВД); a.k.a. KURCHALOY DIVISION OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS; a.k.a. KURCHALOY POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY POLICE DEPARTMENT), 163a A.A. Kadyrov Prospekt, Kurchaloi, Kurchaloi District, Chechen Republic 366329, Russia (Cyrillic: Дом 163 А, Проспект А.А. Кадырова, Город Курчалой, Район Курчалоевский, Чеченская Республика 366329, Russia); 83 A.Kh. Kadyrov Street, Kurchaloi village, Kurchaloi district, Chechen Republic, Russia (Cyrillic: улица А-Х.Кадырова, №83, село Курчалой, Курчалоевский район, Чеченская республика, Russia); Organization Established Date 16 Nov 2004; Tax ID No. 2027000900 (Russia); Registration Number 1042002408140 (Russia) [MAGNIT].

MINISTRY OF LABOR, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF LAND AND MARINE TRANSPORT (a.k.a. MINISTRY OF LAND AND MARITIME TRANSPORTATION OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF LAND AND MARITIME TRANSPORTATION OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA (a.k.a. MINISTRY OF LAND AND MARINE TRANSPORT), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF PEOPLE'S ARMED FORCES, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF PEOPLE'S SECURITY (a.k.a. MINISTRY OF PUBLIC SECURITY; a.k.a. "MPS"), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF PEOPLE'S SECURITY CORRECTIONAL BUREAU (a.k.a. MINISTRY OF PEOPLE'S SECURITY CORRECTIONAL MANAGEMENT BUREAU; a.k.a. MINISTRY OF PEOPLE'S SECURITY PRISON BUREAU), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF PEOPLE'S SECURITY CORRECTIONAL MANAGEMENT BUREAU (a.k.a. MINISTRY OF PEOPLE'S SECURITY CORRECTIONAL BUREAU; a.k.a. MINISTRY OF PEOPLE'S SECURITY PRISON BUREAU), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF PEOPLE'S SECURITY PRISON BUREAU (a.k.a. MINISTRY OF PEOPLE'S SECURITY CORRECTIONAL BUREAU; a.k.a. MINISTRY OF PEOPLE'S SECURITY CORRECTIONAL MANAGEMENT BUREAU), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF PETROLEUM (a.k.a. IRANIAN MINISTRY OF PETROLEUM), Iranian Ministry of Petroleum Building, Taleghani Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MINISTRY OF PUBLIC SECURITY (a.k.a. MINISTRY OF PEOPLE'S SECURITY; a.k.a. "MPS"), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF ROCKET INDUSTRY (Korean: 로케트공업부) (a.k.a. ROCKET INDUSTRY

DEPARTMENT), Pyongchon, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [NPWMD] (Linked To: MUNITIONS INDUSTRY DEPARTMENT).

MINISTRY OF STATE SECURITY (a.k.a. STATE SECURITY DEPARTMENT), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF STATE SECURITY (a.k.a. "MGB"), Luhansk People's Republic, Luhansk City, Ukraine [CAATSA - RUSSIA].

MINISTRY OF STATE SECURITY BORDER GUARD GENERAL BUREAU, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Public order and safety activities [DPRK2].

MINISTRY OF STATE SECURITY FARM BUREAU (a.k.a. MINISTRY OF STATE SECURITY FARM GUIDANCE BUREAU; a.k.a. MINISTRY OF STATE SECURITY FARMING BUREAU; a.k.a. MINISTRY OF STATE SECURITY PRISONS BUREAU; a.k.a. STATE SECURITY DEPARTMENT PRISONS BUREAU), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF STATE SECURITY FARM GUIDANCE BUREAU (a.k.a. MINISTRY OF STATE SECURITY FARM BUREAU; a.k.a. MINISTRY OF STATE SECURITY FARMING BUREAU; a.k.a. MINISTRY OF STATE SECURITY PRISONS BUREAU; a.k.a. STATE SECURITY DEPARTMENT PRISONS BUREAU), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea

Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF STATE SECURITY FARMING BUREAU (a.k.a. MINISTRY OF STATE SECURITY FARM BUREAU; a.k.a. MINISTRY OF STATE SECURITY FARM GUIDANCE BUREAU; a.k.a. MINISTRY OF STATE SECURITY PRISONS BUREAU; a.k.a. STATE SECURITY DEPARTMENT PRISONS BUREAU), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF STATE SECURITY PRISONS BUREAU (a.k.a. MINISTRY OF STATE SECURITY FARM BUREAU; a.k.a. MINISTRY OF STATE SECURITY FARM GUIDANCE BUREAU; a.k.a. MINISTRY OF STATE SECURITY FARMING BUREAU; a.k.a. STATE SECURITY DEPARTMENT PRISONS BUREAU), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINNIKHANOV, Rustam Nurgaliyevich (Cyrillic: МИННИХАНОВ, Рустам Нургалиевич), Tatarstan, Russia; Moscow, Russia; France; Dubai, United Arab Emirates; DOB 01 Mar 1957; POB Noviy Arysh, Rybno-Slobodskiy district, Tatarstan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

MINNIKHANOVA, Gulsina Akhatovna (Cyrillic: МИННИХАНОВА, Гульсина Ахатовна), Unit 505, Building Topaz, Palm Jumeirah Tiara, Dubai, United Arab Emirates; Kazan, Tatarstan, Russia; France; Moscow, Russia; DOB 08 Dec 1967; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: MINNIKHANOV, Rustam Nurgaliyevich).

MINO CONGO (a.k.a. MINOCONGO; a.k.a. MINOTERIE DU CONGO SPRL), Avenue Konda-Konda No 2, Commune De Ngaliema, Kinshasa 180, Congo, Democratic Republic of the; D-U-N-S Number 850461914; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 [SDGT] (Linked To: ASSI, Saleh).

MINOCONGO (a.k.a. MINO CONGO; a.k.a. MINOTERIE DU CONGO SPRL), Avenue Konda-Konda No 2, Commune De Ngaliema, Kinshasa 180, Congo, Democratic Republic of the; D-U-N-S Number 850461914; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ASSI, Saleh).

MINOTERIE DU CONGO SPRL (a.k.a. MINO CONGO; a.k.a. MINOCONGO), Avenue Konda-Konda No 2, Commune De Ngaliema, Kinshasa 180, Congo, Democratic Republic of the; D-U-N-S Number 850461914; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ASSI, Saleh).

MINOTOR-SERVICE ENTERPRISE (a.k.a. INDUSTRIAL-COMMERCIAL PRIVATE UNITARY ENTERPRISE MINOTOR-SERVICE; a.k.a. PROIZVODSTVENNO-TORGOVOYE CHASTNOYE UNITARNOYE PREDPRIYATIYE MINOTOR-SERVIS (Cyrillic: ПРОИЗВОДСТВЕННО-ТОРГОВОЕ ЧАСТНОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ МИНОТОР-СЕРВИС); a.k.a. UE MINOTOR-SERVICE; a.k.a. UP MINATOR-SERVIS (Cyrillic: УП МІНАТОР-СЭРВІС); a.k.a. UP MINOTOR-SERVIS (Cyrillic: УП МИНОТОР-СЕРВИС); a.k.a. VYTVORCHA-HANDLEVAYE PRYVATNAYE UNITARNAYE PRADPRYEMSTVA MINATOR-SERVIS (Cyrillic: ВЫТВОРЧА-ГАНДЛЕВАЕ ПРЫВАТНАЕ УНІТАРНАЕ ПРАДПРЫЕМСТВА МІНАТОР-СЭРВІС)), ul. Karvata, d. 84, kom. 1, Minsk 220139, Belarus (Cyrillic: ул. Карвата, д. 84, ком. 1, г. Минск 220139, Belarus); Radialnaya str., 40, Minsk 220070, Belarus; Organization Established Date 1991; Registration Number 100665069 (Belarus) [BELARUS-EO14038].

MINSK GUVD (Cyrillic: ГУВД МИНСК) (a.k.a. GLAVNOYE UPRAVLENIE VNUTRENNIKH DEL MINSKOVO GORISPOLKOMA; a.k.a. MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE (Cyrillic: ГЛАВНОЕ УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. THE GENERAL DIRECTORATE OF INTERNAL AFFAIRS OF MINSK CITY EXECUTIVE COMMITTEE), Dobromislenski Lane, 5, Minsk, Belarus (Cyrillic: пер.Добромысленский,5, г.Минск,

Belarus); Tax ID No. 100582346 (Belarus) [BELARUS].

MINSK OMON (Cyrillic: МИНСК ОМОН) (a.k.a. MINSK OTRYAD MILITSII OSOBOVO NAZNACHENIYA; a.k.a. MINSK SPECIAL PURPOSE MOBILE UNIT; a.k.a. MINSK SPECIAL PURPOSE POLICE UNIT (Cyrillic: МИНСКИЙ ОТРЯД МИЛИЦИИ ОСОБОГО НАЗНАЧЕНИЯ); a.k.a. MINSK SPECIAL TASK POLICE FORCE), Heroes of the 120th Division St, 42, Minsk, Belarus (Cyrillic: ул.Героев 120-й дивизии, 42, г.Минск, Belarus) [BELARUS].

MINSK OTRYAD MILITSII OSOBOVO NAZNACHENIYA (a.k.a. MINSK OMON (Cyrillic: МИНСК ОМОН); a.k.a. MINSK SPECIAL PURPOSE MOBILE UNIT; a.k.a. MINSK SPECIAL PURPOSE POLICE UNIT (Cyrillic: МИНСКИЙ ОТРЯД МИЛИЦИИ ОСОБОГО НАЗНАЧЕНИЯ); a.k.a. MINSK SPECIAL TASK POLICE FORCE), Heroes of the 120th Division St, 42, Minsk, Belarus (Cyrillic: ул.Героев 120-й дивизии, 42, г.Минск, Belarus) [BELARUS].

MINSK SPECIAL PURPOSE MOBILE UNIT (a.k.a. MINSK OMON (Cyrillic: МИНСК ОМОН); a.k.a. MINSK OTRYAD MILITSII OSOBOVO NAZNACHENIYA; a.k.a. MINSK SPECIAL PURPOSE POLICE UNIT (Cyrillic: МИНСКИЙ ОТРЯД МИЛИЦИИ ОСОБОГО НАЗНАЧЕНИЯ); a.k.a. MINSK SPECIAL TASK POLICE FORCE), Heroes of the 120th Division St, 42, Minsk, Belarus (Cyrillic: ул.Героев 120-й дивизии, 42, г.Минск, Belarus) [BELARUS].

MINSK SPECIAL PURPOSE POLICE UNIT (Cyrillic: МИНСКИЙ ОТРЯД МИЛИЦИИ ОСОБОГО НАЗНАЧЕНИЯ) (a.k.a. MINSK OMON (Cyrillic: МИНСК ОМОН); a.k.a. MINSK OTRYAD MILITSII OSOBOVO NAZNACHENIYA; a.k.a. MINSK SPECIAL PURPOSE MOBILE UNIT; a.k.a. MINSK SPECIAL TASK POLICE FORCE), Heroes of the 120th Division St, 42, Minsk, Belarus (Cyrillic: ул.Героев 120-й дивизии, 42, г.Минск, Belarus) [BELARUS].

MINSK SPECIAL TASK POLICE FORCE (a.k.a. MINSK OMON (Cyrillic: МИНСК ОМОН); a.k.a. MINSK OTRYAD MILITSII OSOBOVO NAZNACHENIYA; a.k.a. MINSK SPECIAL PURPOSE MOBILE UNIT; a.k.a. MINSK SPECIAL PURPOSE POLICE UNIT (Cyrillic: МИНСКИЙ ОТРЯД МИЛИЦИИ ОСОБОГО НАЗНАЧЕНИЯ)), Heroes of the 120th Division St, 42, Minsk, Belarus (Cyrillic: ул.Героев 120-й дивизии, 42, г.Минск, Belarus) [BELARUS].

MINSK WHEEL TRACTOR PLANT (Cyrillic: МИНСКИЙ ЗАВОД КОЛЕСНЫХ ТЯГАЧЕЙ) (a.k.a. MINSK WHEEL TRACTOR PLANT JSC; a.k.a. MINSK WHEEL TRACTOR PLANT OPEN JOINT STOCK COMPANY; a.k.a. MINSK WHEELED TRACTOR PLANT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII ZAVOD KOLESNYKH TYAGACHEI; a.k.a. "OJSC MWPT"; a.k.a. "OJSC MZKT" (Cyrillic: "ОАО МЗКТ"); a.k.a. "VOLAT"), Partizanski Ave 150, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Registration Number 100534485 (Belarus) [NPWMD] [BELARUS-EO14038].

MINSK WHEEL TRACTOR PLANT JSC (a.k.a. MINSK WHEEL TRACTOR PLANT (Cyrillic: МИНСКИЙ ЗАВОД КОЛЕСНЫХ ТЯГАЧЕЙ); a.k.a. MINSK WHEEL TRACTOR PLANT OPEN JOINT STOCK COMPANY; a.k.a. MINSK WHEELED TRACTOR PLANT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII ZAVOD KOLESNYKH TYAGACHEI; a.k.a. "OJSC MWPT"; a.k.a. "OJSC MZKT" (Cyrillic: "ОАО МЗКТ"); a.k.a. "VOLAT"), Partizanski Ave 150, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Registration Number 100534485 (Belarus) [NPWMD] [BELARUS-EO14038].

MINSK WHEEL TRACTOR PLANT OPEN JOINT STOCK COMPANY (a.k.a. MINSK WHEEL TRACTOR PLANT (Cyrillic: МИНСКИЙ ЗАВОД КОЛЕСНЫХ ТЯГАЧЕЙ); a.k.a. MINSK WHEEL TRACTOR PLANT JSC; a.k.a. MINSK WHEELED TRACTOR PLANT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII ZAVOD KOLESNYKH TYAGACHEI; a.k.a. "OJSC MWPT"; a.k.a. "OJSC MZKT" (Cyrillic: "ОАО МЗКТ"); a.k.a. "VOLAT"), Partizanski Ave 150, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Registration Number 100534485 (Belarus) [NPWMD] [BELARUS-EO14038].

MINSK WHEELED TRACTOR PLANT (a.k.a. MINSK WHEEL TRACTOR PLANT (Cyrillic: МИНСКИЙ ЗАВОД КОЛЕСНЫХ ТЯГАЧЕЙ); a.k.a. MINSK WHEEL TRACTOR PLANT JSC; a.k.a. MINSK WHEEL TRACTOR PLANT OPEN JOINT STOCK COMPANY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII ZAVOD KOLESNYKH TYAGACHEI; a.k.a. "OJSC MWPT"; a.k.a. "OJSC MZKT" (Cyrillic: "ОАО МЗКТ"); a.k.a. "VOLAT"), Partizanski Ave 150, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Registration Number 100534485 (Belarus) [NPWMD] [BELARUS-EO14038].

MINYON KESICI TAKIMLAR MAKINE SANAYI VE TICARET LIMITED SIRKETI, 17/P Fevzi Cakmak Mahallesi, Konya 42050, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jan 2017; Tax ID No. 1230499319 (Turkey); Business Registration Number 50623 (Turkey) [RUSSIA-EO14024].

MIR BIZNES BANK (a.k.a. BANK MELLI IRAN ZAO; a.k.a. JOINT STOCK COMPANY MIR BUSINESS BANK; a.k.a. JSC MB BANK; a.k.a. MB BANK; a.k.a. MB BANK, AO; a.k.a. MIR BIZNES BANK, AO; a.k.a. MIR BUSINESS BANK (Cyrillic: МИР БИЗНЕС БАНК); a.k.a. MIR BUSINESS BANK ZAO), 9/1 ul Mashkova, Moscow 105062, Russia; Russia; 9/1 Mashkova St., Moscow 105062, Russia; 6a Lenin Square Bld. A, Astrakhan 414000, Russia; Prechistenka Street, 36, Building 1, Moscow 119034, Russia; SWIFT/BIC MRBBRUMM; Website www.mbbru.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target Type Financial Institution; Tax ID No. 7744002363 (Russia); Legal Entity Number 253400XSDD336BT6BJ60; Registration Number 1027739669726 (Russia) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: BANK MELLI IRAN; Linked To: GLOBAL VISION GROUP).

MIR BIZNES BANK, AO (a.k.a. BANK MELLI IRAN ZAO; a.k.a. JOINT STOCK COMPANY MIR BUSINESS BANK; a.k.a. JSC MB BANK; a.k.a. MB BANK; a.k.a. MB BANK, AO; a.k.a. MIR BIZNES BANK; a.k.a. MIR BUSINESS BANK (Cyrillic: МИР БИЗНЕС БАНК); a.k.a. MIR BUSINESS BANK ZAO), 9/1 ul Mashkova, Moscow 105062, Russia; Russia; 9/1 Mashkova St., Moscow 105062, Russia; 6a Lenin Square Bld. A, Astrakhan 414000, Russia; Prechistenka Street, 36, Building 1, Moscow 119034, Russia; SWIFT/BIC MRBBRUMM; Website www.mbbru.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886; Target Type Financial Institution; Tax ID No. 7744002363 (Russia); Legal Entity Number 253400XSDD336BT6BJ60; Registration Number 1027739669726 (Russia) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: BANK MELLI IRAN; Linked To: GLOBAL VISION GROUP).

MIR BUSINESS BANK (Cyrillic: МИР БИЗНЕС БАНК) (a.k.a. BANK MELLI IRAN ZAO; a.k.a. JOINT STOCK COMPANY MIR BUSINESS BANK; a.k.a. JSC MB BANK; a.k.a. MB BANK; a.k.a. MB BANK, AO; a.k.a. MIR BIZNES BANK; a.k.a. MIR BIZNES BANK, AO; a.k.a. MIR BUSINESS BANK ZAO), 9/1 ul Mashkova, Moscow 105062, Russia; Russia; 9/1 Mashkova St., Moscow 105062, Russia; 6a Lenin Square Bld. A, Astrakhan 414000, Russia; Prechistenka Street, 36, Building 1, Moscow 119034, Russia; SWIFT/BIC MRBBRUMM; Website www.mbbru.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target Type Financial Institution; Tax ID No. 7744002363 (Russia); Legal Entity Number 253400XSDD336BT6BJ60; Registration Number 1027739669726 (Russia) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: BANK MELLI IRAN; Linked To: GLOBAL VISION GROUP).

MIR BUSINESS BANK ZAO (a.k.a. BANK MELLI IRAN ZAO; a.k.a. JOINT STOCK COMPANY MIR BUSINESS BANK; a.k.a. JSC MB BANK; a.k.a. MB BANK; a.k.a. MB BANK, AO; a.k.a. MIR BIZNES BANK; a.k.a. MIR BIZNES BANK, AO; a.k.a. MIR BUSINESS BANK (Cyrillic: МИР БИЗНЕС БАНК)), 9/1 ul Mashkova, Moscow 105062, Russia; Russia; 9/1 Mashkova St., Moscow 105062, Russia; 6a Lenin Square Bld. A, Astrakhan 414000, Russia; Prechistenka Street, 36, Building 1, Moscow 119034, Russia; SWIFT/BIC MRBBRUMM; Website www.mbbru.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target Type Financial Institution; Tax ID No. 7744002363 (Russia); Legal Entity Number 253400XSDD336BT6BJ60; Registration Number 1027739669726 (Russia) [SDGT]

[IFSR] [RUSSIA-EO14024] (Linked To: BANK MELLI IRAN; Linked To: GLOBAL VISION GROUP).

MIR KREPEZHA TD (a.k.a. LIMITED LIABILITY COMPANY WORLD OF FASTENERS TD), Sh. Golovinskoe D. 3, Pomeshch. 4N, Moscow 125212, Russia; Golovinskoe shosse, 5A, Moscow 125212, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743157075 (Russia); Registration Number 1167746505552 (Russia) [RUSSIA-EO14024].

MIR MOHAMMAD ALI, Seyyed Reza (Arabic: سید رضی میر محمد علی) (a.k.a. ALI, Seyed Razi Mir Mohammad), Iran; DOB 05 Sep 1977; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Y39352996 (Iran) expires 20 Oct 2021; alt. Passport R60940480 (Iran); National ID No. 0059123605 (Iran) (individual) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

MIR RAHMAN, Haji (a.k.a. RACHMANI MIR RACHMAN, Chatzi Atzmal; a.k.a. RAHMANI MIR RAHMAN, Ajmal; a.k.a. RAHMANI MIR RAHMAN, Haji Ajmal (Greek: ΡΑΧΜΑΝΙ ΜΙΡ ΡΑΧΜΑΝ, Χατζη Ατζμαλ; Cyrillic: РАХМАНИ МИР РАХМАН, Хаджи Аджмал); a.k.a. RAHMANI, Ajmail; a.k.a. RAHMANI, Ajmal; a.k.a. RAHMANI, Haji Ajmal), Meadows, No. 9, Street 14, Villa 3, Dubai 346049, United Arab Emirates; DOB 01 Jun 1982; alt. DOB 01 Jan 1982; nationality Afghanistan; alt. nationality Hungary; alt. nationality Belgium; alt. nationality Cyprus; alt. nationality Saint Kitts and Nevis; Gender Male; Passport L00014320 (Cyprus) expires 28 Jan 2031; alt. Passport K00202144 (Cyprus) issued 24 Nov 2014 expires 24 Nov 2024; alt. Passport K00285499 (Cyprus); alt. Passport RE0001606 (Saint Kitts and Nevis); alt. Passport O2100300 (Afghanistan) expires 09 May 2023; alt. Passport D0007970 (Afghanistan) expires 21 Jul 2024; National ID No. 8206014981 (Bulgaria) (individual) [GLOMAG].

MIR VAKILI, Seyed Ali Akbar (a.k.a. HAMID, Huseyini; a.k.a. MARALLU, Behnam Shahriyari; a.k.a. MIRVAKILI, Seyed Aliakbar; a.k.a. MIRVAKILI, Seyedaliakbar; a.k.a. SHAHCHERAGHI, Seyed Hamid Reza; a.k.a. SHAHRIARI, Behnam; a.k.a. SHAHRIYARI, Behnam; a.k.a. SHAHRYARI, Behnam), Iran; DOB 1968; alt. DOB 22 Sep 1967; alt. DOB 30 Sep 1965; nationality Iran; Additional Sanctions

Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K47248790 (Iran) expires 20 Oct 2023; alt. Passport D10007350 (Iran) expires 13 Oct 2025 (individual) [SDGT] [IFSR].

MIR, Sajid (a.k.a. CHAUDARY, Sajid Majeed; a.k.a. CHUHDRI, Sajid Majid; a.k.a. MAJEED, Sajid; a.k.a. MAJID, Sajid; a.k.a. MAJID, Sajjid; a.k.a. MIR, Sajjid); DOB 31 Jan 1976; alt. DOB 01 Jan 1978; POB Lahore, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport KE381676 (Pakistan) issued 14 Oct 2004; National ID No. 3520163573447 (Pakistan) (individual) [SDGT].

MIR, Sajjid (a.k.a. CHAUDARY, Sajid Majeed; a.k.a. CHUHDRI, Sajid Majid; a.k.a. MAJEED, Sajid; a.k.a. MAJID, Sajid; a.k.a. MAJID, Sajjid; a.k.a. MIR, Sajid); DOB 31 Jan 1976; alt. DOB 01 Jan 1978; POB Lahore, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport KE381676 (Pakistan) issued 14 Oct 2004; National ID No. 3520163573447 (Pakistan) (individual) [SDGT].

MIRA E.U., Avenida 8 Norte No. 10-91 Ofc. 301, Cali, Colombia; NIT # 805009267-0 (Colombia) [SDNT].

MIRA IHRACAT ITHALAT PETROL URUNLERI SANAYI TICARET LIMITED SIRKETI, No. 26A Kayanarca Mahallesi, Yoruk Sokak, Pendik, Istanbul 34890, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2018; Commercial Registry Number 168940 (Turkey) [SDGT] (Linked To: HIZBALLAH).

MIRA PEREZ, Fredy Alonso (a.k.a. "FREDY COLAS"); DOB 02 Jul 1966; POB Bogota, Colombia; citizen Colombia; Cedula No. 71683988 (Colombia) (individual) [SDNTK].

MIRA SERDA, Aleksandr Khoseluisovich (Cyrillic: МИРА СЕРДА, Александр Хоселуисович) (a.k.a. MIRA SERDA, Alexander Joseluisovich; a.k.a. NTIFO SIAW, Alexander; a.k.a. NTIFO-SIAO, Aleksandr Edvardovich (Cyrillic: НТИФО-СИАО, Александр Эдвардович)), 26-6 Pr. Uria Gagarina, 37, Saint Petersburg 196135, Russia; DOB 31 May 1984; POB Saint Petersburg, Russia; nationality Russia; alt. nationality Ghana; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No.

4005295732 (Russia); Tax ID No. 781017931306 (Russia) (individual) [CYBER4] (Linked To: GARANTEX EUROPE OU).

MIRA SERDA, Alexander Joseluisovich (a.k.a. MIRA SERDA, Aleksandr Khoseluisovich (Cyrillic: МИРА СЕРДА, Александр Хоселуисович); a.k.a. NTIFO SIAW, Alexander; a.k.a. NTIFO-SIAO, Aleksandr Edvardovich (Cyrillic: НТИФО-СИАО, Александр Эдвардович)), 26-6 Pr. Uria Gagarina, 37, Saint Petersburg 196135, Russia; DOB 31 May 1984; POB Saint Petersburg, Russia; nationality Russia; alt. nationality Ghana; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. 4005295732 (Russia); Tax ID No. 781017931306 (Russia) (individual) [CYBER4] (Linked To: GARANTEX EUROPE OU).

MIRA, Antonio Filipe Fortio (a.k.a. MIRRA, Antonio), Lisboa, Portugal; DOB 09 Oct 1992; POB Lisboa, Portugal; nationality Portugal; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 14138863 (Portugal) (individual) [NPWMD] [IFSR] (Linked To: BUSINESS UNITED UNIPESSOAL LDA).

MIRACLE TRANSPORTATION LIMITED (a.k.a. MIRACLE TRANSPORTATION LTD), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MIRACLE TRANSPORTATION LTD (a.k.a. MIRACLE TRANSPORTATION LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MIRAGE AIR CRAFT SERVICES SOLE PROPRIETORSHIP LLC (Arabic: ميراج لخدمات الطائرات- شركة الشخص الواحد ذ.م.م), East 48, Abu Dhabi Island, Abu Dhabi, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License CN-1074054 (United Arab Emirates) [RUSSIA-EO14024].

MIRAGE FOR ENGINEERING AND TRADING (a.k.a. "MIRAGE FOR ENGINEERING"), Kalim Bechara Building, 2nd floor, Trabulsi Street, Badaro, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR].

MIRAGE FOR WASTE MANAGEMENT AND ENVIRONMENTAL SERVICES SARL, PO Box 113/6655, Msieleh Main Road, Rabiyeh Building, 2nd floor, Msieheh, Lebanon; Website www.miragewm.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR].

MIRAJ, Yusuf Ali (a.k.a. MERAJ, Yusef Ali; a.k.a. MURAJ, Yousef Ali), Iran; DOB 10 Jun 1978; nationality Pakistan; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AH0989891 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MIRAMONTE INVESTMENTS LIMITED, Louloupis Court, Floor No: 7, Christodoylou Chatzipaylou 205, Limassol 3036, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Apr 2021; Registration Number C420204 (Cyprus) [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

MIRAN LLC, Per. Evpatoriiskii D. 7, Lit. A, Chast Nezhilogo Pomeshcheniya 1-N, Chast Nezhilogo Pomeshcheniya 11-N, Saint-Petersburg 195277, Russia; Website miran.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Other information technology and computer service activities; Tax ID No. 7801149990 (Russia); Registration Number 1027800560908 (Russia) [RUSSIA-EO14024].

MIRATH S.A.L., Airport Road, Section 11, Property 5728, Chiyah, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2030248 (Lebanon) [SDGT] (Linked To: NUR-AL-DIN, Jawad).

MIRDAMADI, Pouria (a.k.a. ESFAHANI, Pouria Mir Damadi), Iran; DOB 20 Sep 1979; POB Tehran, Iran; nationality France; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0703THR00011 (France) (individual) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

MIRDK FYUELS OSOO (a.k.a. OBSHTESTVO S OGRANICHENNOY OTVETSTVENNOSTYU MIRDK FYUELS; a.k.a. "MIRDK FUELS"), 36k/1, ul. Lva Tolstogo Oktyabrski raion, Bishkek, Kyrgyzstan; Organization Established Date 30 Mar 2023; Registration Number 31834940 (Kyrgyzstan) [GLOMAG] (Linked To: CROSBY, David Paul).

MIRE, Mohamed, Jilib, Lower Juba, Somalia; Qunyo Barrow, Middle Juba, Somalia; DOB 1962; alt. DOB 1960; alt. DOB 1955; POB Kismayo, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

MIRE, Mohamed (a.k.a. ALI, Mohamed Mire; a.k.a. MIRE, Mohamed Ali; a.k.a. MIRE, Muhammad; a.k.a. YUSUF, Mohamed Mire Ali), Puntland, Somalia; DOB 1975; alt. DOB 1974; alt. DOB 1976; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MIRE, Mohamed Ali (a.k.a. ALI, Mohamed Mire; a.k.a. MIRE, Mohamed; a.k.a. MIRE, Muhammad; a.k.a. YUSUF, Mohamed Mire Ali), Puntland, Somalia; DOB 1975; alt. DOB 1974; alt. DOB 1976; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MIRE, Muhammad (a.k.a. ALI, Mohamed Mire; a.k.a. MIRE, Mohamed; a.k.a. MIRE, Mohamed Ali; a.k.a. YUSUF, Mohamed Mire Ali), Puntland, Somalia; DOB 1975; alt. DOB 1974; alt. DOB 1976; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MIREMBE, Dorah, Uganda; DOB 27 Feb 1979; nationality Uganda; Gender Female; National ID No. 001278404 (Uganda) (individual) [GLOMAG].

MIREX BG LTD OOD, 205, Slivnitsa Boulevard Serdika District, Floor 3 Sofia, 1202, Stolichna, Bulgaria; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Nov 2018; Tax ID No.

BG205412119 (Bulgaria); Government Gazette Number 205412119 (Bulgaria) [RUSSIA-EO14024] (Linked To: CELIK, Ozgur Hasan).

MIREX HAVACILIK VE SAVUNMA SANAYI TICARET ANONIM SERKETI, Koc Kuleleri A Blok, Sogutozu Man., Sogutozu Cad., No: 2A/13-Cancana, Ankara, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6201345216 (Turkey); Business Registration Number 466011 (Turkey) [RUSSIA-EO14024].

MIRHEIDARI, Mohammad Reza (a.k.a. MIRHEYDARY, Mohammad Reza), Iran; DOB 1956; alt. DOB 1957; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [CAATSA - IRAN].

MIR-HEJAZI RUHANI, Ali Asqar (a.k.a. HEJAZI, Ali Asghar; a.k.a. HEJAZI, Asghar; a.k.a. HEJAZI, Asghar Sadegh; a.k.a. HEJAZI, Seyyed Ali Asghar; a.k.a. MIRHEJAZI, Ali; a.k.a. MIR-HEJAZI, Ali Asqar; a.k.a. MIR-HEJAZI, Asghar), Iran; DOB 08 Sep 1946; POB Esfahan, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Security Deputy of Supreme Leader; Member of the Leader's Planning Chamber; Head of Security of Supreme Leader's Office; Deputy Chief of Staff of the Supreme Leader's Office (individual) [IRAN-HR] [IRAN-EO13876].

MIRHEJAZI, Ali (a.k.a. HEJAZI, Ali Asghar; a.k.a. HEJAZI, Asghar; a.k.a. HEJAZI, Asghar Sadegh; a.k.a. HEJAZI, Seyyed Ali Asghar; a.k.a. MIR-HEJAZI RUHANI, Ali Asqar; a.k.a. MIR-HEJAZI, Ali Asqar; a.k.a. MIR-HEJAZI, Asghar), Iran; DOB 08 Sep 1946; POB Esfahan, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Security Deputy of Supreme Leader; Member of the Leader's Planning Chamber; Head of Security of Supreme Leader's Office; Deputy Chief of Staff of the Supreme Leader's Office (individual) [IRAN-HR] [IRAN-EO13876].

MIR-HEJAZI, Ali Asqar (a.k.a. HEJAZI, Ali Asghar; a.k.a. HEJAZI, Asghar; a.k.a. HEJAZI, Asghar Sadegh; a.k.a. HEJAZI, Seyyed Ali Asghar; a.k.a. MIR-HEJAZI RUHANI, Ali Asqar; a.k.a. MIRHEJAZI, Ali; a.k.a. MIR-HEJAZI, Asghar), Iran; DOB 08 Sep 1946; POB Esfahan, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Security Deputy of Supreme Leader; Member of the Leader's Planning Chamber; Head of Security of Supreme Leader's Office; Deputy Chief of Staff of the Supreme Leader's Office (individual) [IRAN-HR] [IRAN-EO13876].

MIR-HEJAZI, Asghar (a.k.a. HEJAZI, Ali Asghar; a.k.a. HEJAZI, Asghar; a.k.a. HEJAZI, Asghar Sadegh; a.k.a. HEJAZI, Seyyed Ali Asghar; a.k.a. MIR-HEJAZI RUHANI, Ali Asqar; a.k.a. MIRHEJAZI, Ali; a.k.a. MIR-HEJAZI, Ali Asqar), Iran; DOB 08 Sep 1946; POB Esfahan, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Security Deputy of Supreme Leader; Member of the Leader's Planning Chamber; Head of Security of Supreme Leader's Office; Deputy Chief of Staff of the Supreme Leader's Office (individual) [IRAN-HR] [IRAN-EO13876].

MIRHEYDARY, Mohammad Reza (a.k.a. MIRHEIDARI, Mohammad Reza), Iran; DOB 1956; alt. DOB 1957; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [CAATSA - IRAN].

MIRI, Sayyed Ali (Arabic: سید علی میری), Iran; DOB 21 Mar 1975 to 21 Mar 1976; POB Bushehr, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13902] (Linked To: IRANIAN OIL TERMINALS COMPANY).

MIRIM COLLEGE (a.k.a. COMMAND AUTOMATION COLLEGE OF THE CHOSUN PEOPLE'S ARMY; a.k.a. KIM IL MILITARY UNIVERSITY; a.k.a. KIM IL POLITICAL MILITARY UNIVERSITY; a.k.a. KIM IL SUNG MILITARY UNIVERSITY; a.k.a. KIM IL-SUNG UNIVERSITY AUTOMATION UNIVERSITY; a.k.a. MILITARY CAMP 144 OF THE KOREAN PEOPLE'S ARMY; a.k.a. MIRIM UNIVERSITY; a.k.a. NO. 144 MILITARY CAMP OF THE CHOSUN PEOPLE'S ARMY; a.k.a. PYONGYANG UNIVERSITY OF AUTOMATION; a.k.a. UNIVERSITY OF AUTOMATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 1981; Target Type Government Entity [DPRK2].

MIRIM SHIPPING CO LTD, Tonghung-dong, Chung-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 5647684 [DPRK3].

MIRIM UNIVERSITY (a.k.a. COMMAND AUTOMATION COLLEGE OF THE CHOSUN PEOPLE'S ARMY; a.k.a. KIM IL MILITARY UNIVERSITY; a.k.a. KIM IL POLITICAL MILITARY UNIVERSITY; a.k.a. KIM IL SUNG MILITARY UNIVERSITY; a.k.a. KIM IL-SUNG UNIVERSITY AUTOMATION UNIVERSITY; a.k.a. MILITARY CAMP 144 OF THE KOREAN PEOPLE'S ARMY; a.k.a. MIRIM COLLEGE; a.k.a. NO. 144 MILITARY CAMP OF THE CHOSUN PEOPLE'S ARMY; a.k.a. PYONGYANG UNIVERSITY OF AUTOMATION; a.k.a. UNIVERSITY OF AUTOMATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 1981; Target Type Government Entity [DPRK2].

MIRJIRASH AL-MUHAMMADAWI, Abd al-Aziz Malluh (a.k.a. AL-MOHAMMEDAWI, Abdul Aziz; a.k.a. MJERESH, Abdulazeez Mlawwah Mjeresh; a.k.a. "Abu Fadak"; a.k.a. "Al Khal"; a.k.a. "AL-MOHAMMEDAWI, Abu Fadak"), Iraq; DOB 20 Jan 1968; POB Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A6108489 (Iraq) expires 28 Apr 2020 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

MIRKARIMI, Seyed Ali; DOB 20 Sep 1983; POB Zanjan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 86486868 (Iran); National ID No. 428-486320-7; Birth Certificate Number 1973 (individual) [CYBER2].

MIRONOV, Sergei Mikhailovich (a.k.a. MIRONOV, Sergey Mikhailovich (Cyrillic: МИРОНОВ, Сергей Михайлович)), Russia; DOB 14 Feb 1953; POB Pushkin, St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation

(individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

MIRONOV, Sergey Mikhailovich (Cyrillic: МИРОНОВ, Сергей Михайлович) (a.k.a. MIRONOV, Sergei Mikhailovich), Russia; DOB 14 Feb 1953; POB Pushkin, St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

MIRP INTELLECTUAL SYSTEMS INC (a.k.a. LIMITED LIABILITY COMPANY MIRP INTELLECTUAL SYSTEMS; a.k.a. "MIRP IS LTD"), Dimitrovskoe SH D. 100, Str. 2, Moscow 127591, Russia; Lenina st., 13-11, Dubna 141983, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010036848 (Russia); Registration Number 1085010000822 (Russia) [RUSSIA-EO14024].

MIRRA, Antonio (a.k.a. MIRA, Antonio Filipe Fortio), Lisboa, Portugal; DOB 09 Oct 1992; POB Lisboa, Portugal; nationality Portugal; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 14138863 (Portugal) (individual) [NPWMD] [IFSR] (Linked To: BUSINESS UNITED UNIPESSOAL LDA).

MIRTILIANO BERMUDEZ, Alberto (a.k.a. BERMUDEZ VALDERREY, Alberto Mirtiliano), Anaco, Anzoategui, Venezuela; DOB 17 Feb 1968; Gender Male; Cedula No. 9895508 (Venezuela) (individual) [VENEZUELA].

MIRTOVA, Elena Yuryevna (Cyrillic: МИРТОВА, Елена Юрьевна) (a.k.a. MIRTOVA, Yelena (Cyrillic: МИРТОВА, Елена)), Saint Petersburg, Russia; DOB 06 Jul 1961; POB Novokuznetsk, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: ROLDUGIN, Sergei Pavlovich).

MIRTOVA, Yelena (Cyrillic: МИРТОВА, Елена) (a.k.a. MIRTOVA, Elena Yuryevna (Cyrillic: МИРТОВА, Елена Юрьевна)), Saint Petersburg, Russia; DOB 06 Jul 1961; POB Novokuznetsk, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: ROLDUGIN, Sergei Pavlovich).

MIRVAKILI, Seyed Aliakbar (a.k.a. HAMID, Huseyini; a.k.a. MARALLU, Behnam Shahriyari; a.k.a. MIR VAKILI, Seyed Ali Akbar; a.k.a. MIRVAKILI, Seyedaliakbar; a.k.a. SHAHCHERAGHI, Seyed Hamid Reza; a.k.a. SHAHRIARI, Behnam; a.k.a. SHAHRIYARI, Behnam; a.k.a. SHAHRYARI, Behnam), Iran; DOB 1968; alt. DOB 22 Sep 1967; alt. DOB 30 Sep 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K47248790 (Iran) expires 20 Oct 2023; alt. Passport D10007350 (Iran) expires 13 Oct 2025 (individual) [SDGT] [IFSR].

MIRVAKILI, Seyedaliakbar (a.k.a. HAMID, Huseyini; a.k.a. MARALLU, Behnam Shahriyari; a.k.a. MIR VAKILI, Seyed Ali Akbar; a.k.a. MIRVAKILI, Seyed Aliakbar; a.k.a. SHAHCHERAGHI, Seyed Hamid Reza; a.k.a. SHAHRIARI, Behnam; a.k.a. SHAHRIYARI, Behnam; a.k.a. SHAHRYARI, Behnam), Iran; DOB 1968; alt. DOB 22 Sep 1967; alt. DOB 30 Sep 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K47248790 (Iran) expires 20 Oct 2023; alt. Passport D10007350 (Iran) expires 13 Oct 2025 (individual) [SDGT] [IFSR].

MIRZABEYGI, Milad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3370084457 (Iran) (individual) [HRIT-IR] (Linked To: NET PEYGARD SAMAVAT COMPANY).

MIRZAEI KONDORI, Kazem (a.k.a. MIRZAI KANDARI, Kazem; a.k.a. MIRZAI KONDORI, Kazem (Arabic: کاظم میرزایی کندری)), Tehran, Iran; DOB 11 Jul 1958; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport V52950311 (Iran) expires 29 Jul 2025; National ID No. 0046310622 (Iran) (individual) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: SAHARA THUNDER).

MIRZAEI, Ahmed (a.k.a. MIRZAEI, Haj Ahmad (Arabic: حاج احمد میرزایی); a.k.a. MIRZAEI, Hajahmad; a.k.a. MIRZAYI, Hajj Ahmad), Tehran, Iran; DOB 09 Feb 1957; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4268935215 (Iran); Colonel (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MIRZAEI, Haj Ahmad (Arabic: حاج احمد میرزایی) (a.k.a. MIRZAEI, Ahmed; a.k.a. MIRZAEI, Hajahmad; a.k.a. MIRZAYI, Hajj Ahmad), Tehran, Iran; DOB 09 Feb 1957; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4268935215 (Iran); Colonel (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MIRZAEI, Hajahmad (a.k.a. MIRZAEI, Ahmed; a.k.a. MIRZAEI, Haj Ahmad (Arabic: حاج احمد میرزایی); a.k.a. MIRZAYI, Hajj Ahmad), Tehran, Iran; DOB 09 Feb 1957; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4268935215 (Iran); Colonel (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MIRZAEI, Mohammad Ali, Iran; DOB 18 Jul 1995; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport I42045850 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MIRZAEI, Reza, Iran; DOB 15 May 1992; POB Ahar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport F22578558 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MIRZAI KANDARI, Kazem (a.k.a. MIRZAEI KONDORI, Kazem; a.k.a. MIRZAI KONDORI, Kazem (Arabic: کاظم میرزایی کندری)), Tehran, Iran; DOB 11 Jul 1958; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport V52950311 (Iran) expires 29 Jul 2025; National ID No. 0046310622 (Iran) (individual) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: SAHARA THUNDER).

MIRZAI KONDORI, Kazem (Arabic: کاظم میرزایی کندری) (a.k.a. MIRZAEI KONDORI, Kazem; a.k.a. MIRZAI KANDARI, Kazem), Tehran, Iran;

DOB 11 Jul 1958; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport V52950311 (Iran) expires 29 Jul 2025; National ID No. 0046310622 (Iran) (individual) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: SAHARA THUNDER).

MIRZAYI, Hajj Ahmad (a.k.a. MIRZAEI, Ahmed; a.k.a. MIRZAEI, Haj Ahmad (Arabic: حاج احمد ميرزايى); a.k.a. MIRZAEI, Hajahmad), Tehran, Iran; DOB 09 Feb 1957; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4268935215 (Iran); Colonel (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MIRZOEV, Makhammadyusuf (a.k.a. MIRZOEV, Muhammadyusuf Alisher Ogli; a.k.a. MIRZOYEV, Maxamadyusuf; a.k.a. MIRZOYEV, Maxammadyusuf Alisher Ogli), Samarqand, Namangan, Uzbekistan; Fikirtepe, Istanbul, Turkey; DOB 21 Dec 1996; POB Uzbekistan; nationality Uzbekistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number AA0776181 (Uzbekistan) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MIRZOEV, Muhammadyusuf Alisher Ogli (a.k.a. MIRZOEV, Makhammadyusuf; a.k.a. MIRZOYEV, Maxamadyusuf; a.k.a. MIRZOYEV, Maxammadyusuf Alisher Ogli), Samarqand, Namangan, Uzbekistan; Fikirtepe, Istanbul, Turkey; DOB 21 Dec 1996; POB Uzbekistan; nationality Uzbekistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number AA0776181 (Uzbekistan) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MIRZOYEV, Maxamadyusuf (a.k.a. MIRZOEV, Makhammadyusuf; a.k.a. MIRZOEV, Muhammadyusuf Alisher Ogli; a.k.a. MIRZOYEV, Maxammadyusuf Alisher Ogli), Samarqand, Namangan, Uzbekistan; Fikirtepe, Istanbul, Turkey; DOB 21 Dec 1996; POB Uzbekistan; nationality Uzbekistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Identification Number AA0776181 (Uzbekistan) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MIRZOYEV, Maxammadyusuf Alisher Ogli (a.k.a. MIRZOEV, Makhammadyusuf; a.k.a. MIRZOEV, Muhammadyusuf Alisher Ogli; a.k.a. MIRZOYEV, Maxamadyusuf), Samarqand, Namangan, Uzbekistan; Fikirtepe, Istanbul, Turkey; DOB 21 Dec 1996; POB Uzbekistan; nationality Uzbekistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number AA0776181 (Uzbekistan) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MISAGH TRADE TRUST COMPANY (a.k.a. ETEMAD TEJARAT MISAGH (Arabic: اعتماد تجارت ميثاق)), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 10101409423 (Iran); Registration Number 96892 (Iran) [RUSSIA-EO14024] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

MISHAAL, Khalid, Damascus, Syria; DOB 1956; POB Silwad, Ramallah, West Bank (Palestinian Authority); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MISHANTAF, Andre Samir (a.k.a. MSHANTAF, Andre Samir; a.k.a. MSHANTAF, Andrea Samir; a.k.a. MUCHANTAF, Andreih Samir; a.k.a. MUSHANTAF, Andre Samir; a.k.a. MUSHANTAF, Andriyah Samir (Arabic: اندريه سمير مشنتف)), Lebanon; DOB 11 Mar 1966; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1694100 (Lebanon) (individual) [SDGT] (Linked To: CTEX EXCHANGE).

MISHCHENKO, Diana Igorevna (Cyrillic: МИЩЕНКО, Диана Игоревна), Moscow, Russia; DOB 12 May 1977; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

MISHIN, Aleksandr Igorvich (a.k.a. MISHIN, Alexander Igorevich (Cyrillic: МИШИН,

Александр Игоревич); a.k.a. "ALEX560560"; a.k.a. "JAMES1789"; a.k.a. "KLICHKO, Ivan P"; a.k.a. "PIPPIN, James"; a.k.a. "SASHA-BRN"; a.k.a. "TRIPLEX560"), Ul. Yubileynaya, D. 32, Barnaul, Altai Krai, Russia; DOB 18 Mar 1994; POB Altai Krai, Russia; nationality Russia; Gender Male; Digital Currency Address - XBT 3FfRvC3kSo2SxiQe5e7SSuNdegwgq8iusL; Passport 5904776 (Russia) expires 05 Sep 2027 (individual) [CYBER3] (Linked To: ZSERVERS).

MISHIN, Alexander Igorevich (Cyrillic: МИШИН, Александр Игоревич) (a.k.a. MISHIN, Aleksandr Igorvich; a.k.a. "ALEX560560"; a.k.a. "JAMES1789"; a.k.a. "KLICHKO, Ivan P"; a.k.a. "PIPPIN, James"; a.k.a. "SASHA-BRN"; a.k.a. "TRIPLEX560"), Ul. Yubileynaya, D. 32, Barnaul, Altai Krai, Russia; DOB 18 Mar 1994; POB Altai Krai, Russia; nationality Russia; Gender Male; Digital Currency Address - XBT 3FfRvC3kSo2SxiQe5e7SSuNdegwgq8iusL; Passport 5904776 (Russia) expires 05 Sep 2027 (individual) [CYBER3] (Linked To: ZSERVERS).

MISHKIN, Alexander Yevgeniyevich (a.k.a. PETROV, Alexander), Moscow, Russia; DOB 13 Jul 1979; POB Loyga, Russia; alt. POB Kotlas, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

MISHONOVA, Ksenia Vladimirovna (a.k.a. MISHONOVA, Kseniya Vladimirovna (Cyrillic: МИШОНОВА, Ксения Владимировна)), 1 Stroiteley Blvd, Krasnogorsk, Moscow Region 143407, Russia; DOB 14 Dec 1972; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 504210986101 (Russia) (individual) [RUSSIA-EO14024].

MISHONOVA, Kseniya Vladimirovna (Cyrillic: МИШОНОВА, Ксения Владимировна) (a.k.a. MISHONOVA, Ksenia Vladimirovna), 1 Stroiteley Blvd, Krasnogorsk, Moscow Region 143407, Russia; DOB 14 Dec 1972; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 504210986101 (Russia) (individual) [RUSSIA-EO14024].

MISHRA, Vivek Kumar, House No. 191/B Kargil Chaunk, Vill-Dhamtari, Dhamtari, Chattisgarh

493773, India; DOB 18 Jan 1987; nationality India; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. BAIPM9602F (India) (individual) [RUSSIA-EO14024].

MISHUSTIN, Aleksandr Mikhaylovich (a.k.a. MISHUSTIN, Alexander), Russia; DOB 13 Dec 2000; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: MISHUSTIN, Mikhail Vladimirovich).

MISHUSTIN, Aleksey Mikhaylovich (a.k.a. MISHUSTIN, Alexey; a.k.a. MISHUSTIN, Alexy), Russia; Switzerland; DOB 07 Jul 1999; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: MISHUSTIN, Mikhail Vladimirovich).

MISHUSTIN, Alexander (a.k.a. MISHUSTIN, Aleksandr Mikhaylovich), Russia; DOB 13 Dec 2000; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: MISHUSTIN, Mikhail Vladimirovich).

MISHUSTIN, Alexey (a.k.a. MISHUSTIN, Aleksey Mikhaylovich; a.k.a. MISHUSTIN, Alexy), Russia; Switzerland; DOB 07 Jul 1999; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: MISHUSTIN, Mikhail Vladimirovich).

MISHUSTIN, Alexy (a.k.a. MISHUSTIN, Aleksey Mikhaylovich; a.k.a. MISHUSTIN, Alexey), Russia; Switzerland; DOB 07 Jul 1999; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: MISHUSTIN, Mikhail Vladimirovich).

MISHUSTIN, Mikhail (a.k.a. MISHUSTIN, Mikhail Vladimirovich (Cyrillic: МИШУСТИН, Михаил Владимирович)), Moscow, Russia; DOB 03 Mar 1966; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

MISHUSTIN, Mikhail Vladimirovich (Cyrillic: МИШУСТИН, Михаил Владимирович) (a.k.a. MISHUSTIN, Mikhail), Moscow, Russia; DOB 03 Mar 1966; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

MISHUSTINA, Vladlena Yuryevna (a.k.a. RAZINOVA, Vladlena Yuryevna), Moscow, Russia; DOB 02 Jan 1976; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770300684690 (Russia) (individual) [RUSSIA-EO14024] (Linked To: MISHUSTIN, Mikhail Vladimirovich).

MISKINE, Abdoulaye (a.k.a. KOUMTA MADJI, Martin; a.k.a. KOUMTAMADJI, Martin Nadingar; a.k.a. NKOUMTAMADJI, Martin), Congo, Republic of the; DOB 05 Oct 1965; alt. DOB 03 Mar 1965; POB Kobo, Central African Republic; alt. POB Ndinaba, Chad; nationality Chad; General (individual) [CAR].

MIST TRADING CO., LIMITED, Unit 1507E, 15/F., Eastcore 398 Kwun Tong Road, Kowloon, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Jun 2023; Company Number 3291483 (Hong Kong); Business Registration Number 75441316 (Hong Kong) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MISTRAL FLEET CO LTD (a.k.a. MISTRAL FLEET COMPANY LIMITED), Road Town, Tortola, Virgin Islands, British; Nationality of Registration Virgin Islands, British; Organization Established Date 2025; Identification Number IMO 0334947 [IRAN-EO13902].

MISTRAL FLEET COMPANY LIMITED (a.k.a. MISTRAL FLEET CO LTD), Road Town, Tortola, Virgin Islands, British; Nationality of Registration Virgin Islands, British; Organization Established Date 2025; Identification Number IMO 0334947 [IRAN-EO13902].

MITDCO (a.k.a. MARINE INFORMATION TECHNOLOGY DEVELOPMENT COMPANY; a.k.a. MARINE INFORMATION TECHNOLOGY DEVELOPMENT CORPORATION; a.k.a. MARINE TECHNOLOGY AND INFORMATION TECHNOLOGY DEVELOPMENT; a.k.a. "MITD"), 5th Floor, No. 523, Aseman Tower, Pasdaran St., Tehran, Iran; Website www.mitdco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MITIN, Sergei Gerasimovich (Cyrillic: МИТИН, Сергей Герасимович) (a.k.a. MITIN, Sergey Gerasimovich), Russia; DOB 14 Jun 1951; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation

Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MITIN, Sergey Gerasimovich (a.k.a. MITIN, Sergei Gerasimovich (Cyrillic: МИТИН, Сергей Герасимович)), Russia; DOB 14 Jun 1951; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MITISHINSKIY SCIENTIFIC RESEARCH INSTITUTE OF RADIO MEASURING INSTRUMENTS (a.k.a. FEDERAL STATE UNITARY ENTERPRISE MNIIRIP; a.k.a. MYTISHCHI RESEARCH INSTITUTE FOR RF MEASUREMENT INSTRUMENTS), ul Kolpakova, 2A / lit B1, 3 etazh Kabinet 86,87, Mytishchi, Moskovskaya 141002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5029008940 (Russia); Registration Number 1035005501629 (Russia) [RUSSIA-EO14024].

MITSUYASU, Katsuaki (Japanese: 光安克明), 3-6-26 Shinohara Nakamachi, Nada-ku, Kobe, Hyogo, Japan (Japanese: 灘区篠原中町三丁目６番２６号, 神戸市, 兵庫県, Japan); 5-22-36 Hakataekiminami Hakata-ku, Fukuoka-shi 812-0016, Japan; DOB 29 Nov 1959; Gender Male (individual) [TCO] (Linked To: YAMAGUCHI-GUMI).

MIXINFO LLC (a.k.a. AZIMUT LLC; a.k.a. GLAVSET LLC; a.k.a. GLAVSET, OOO; a.k.a. INTERNET RESEARCH AGENCY LLC; a.k.a. LAKHTA INTERNET RESEARCH; a.k.a. MEDIASINTEZ LLC; a.k.a. MEDIASINTEZ, OOO; a.k.a. NOVINFO LLC; a.k.a. NOVINFO, OOO), 55 Savushkina Street, St. Petersburg, Russia; d. 4 korp. 3 litera A pom. 9-N, ofis 238, ul. Optikov, St. Petersburg, Russia; d. 4 litera B pom. 22-N, ul. Starobelskaya, St. Petersburg, Russia; d. 79 litera A. pom 1-N, ul. Planernaya, St. Petersburg, Russia; 4 Optikov Street, Building 3, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [ELECTION-EO13848].

MIZAN MACHINE MANUFACTURING GROUP (a.k.a. "3MG"), P.O. Box 16595-365, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MIZU SUSHI LOUNGE, Av. Francisco Villa 1329 Planta Alta, Residencial Fluvial Vallarta, Puerto Vallarta, Jalisco, Mexico; Av. Gral. Eulogio Parra 3200 Esq. Aztecas, Plaza Entorno Margarita L. 22 Piso 2, Col. Monraz,

Guadalajara, Jalisco, Mexico; Website www.mizusushi.mx [SDNTK].

MIZULINA, Elena Borisovna (a.k.a. MIZULINA, Yelena Borisovna (Cyrillic: МИЗУЛИНА, Елена Борисовна)), Russia; DOB 09 Dec 1954; POB Bui, Kostroma, Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

MIZULINA, Yelena Borisovna (Cyrillic: МИЗУЛИНА, Елена Борисовна) (a.k.a. MIZULINA, Elena Borisovna), Russia; DOB 09 Dec 1954; POB Bui, Kostroma, Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

MJERESH, Abdulazeez Mlawwah Mjeresh (a.k.a. AL-MOHAMMEDAWI, Abdul Aziz; a.k.a. MIRJIRASH AL-MUHAMMADAWI, Abd al-Aziz Malluh; a.k.a. "Abu Fadak"; a.k.a. "Al Khal"; a.k.a. "AL-MOHAMMEDAWI, Abu Fadak"), Iraq; DOB 20 Jan 1968; POB Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A6108489 (Iraq) expires 28 Apr 2020 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

MK INTERROS INVEST (a.k.a. INTERNATIONAL LIMITED LIABILITY COMPANY INTERROS INVEST (Cyrillic: МЕЖДУНАРОДНАЯ КОМПАНИЯ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРРОС ИНВЕСТ); f.k.a. INTERROS LIMITED; f.k.a. OLDERFREY HOLDINGS LIMITED), Building 8, Office 201/2, Melkovodny Village, Russky Island, Primorsky Krai 690922, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Jan 2023; Tax ID No. 2540273856 (Russia); Registration Number 1232500000325 (Russia) [RUSSIA-EO14024] (Linked To: POTANIN, Vladimir Olegovich).

MK VITYAZ AO (a.k.a. VITYAZ MACHINE BUILDING COMPANY JOINT STOCK COMPANY (Cyrillic: МАШИНОСТРОИТЕЛЬНАЯ КОМПАНИЯ ВИТЯЗЬ АКЦИОНЕРНОЕ ОБЩЕСТВО)), Shosse Industrialnoe d.2, Ishimbai 453203, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0261013879 (Russia); Registration Number 1050202782277 (Russia) [RUSSIA-EO14024].

MKAO RASPERIA TREIDING LIMITED (a.k.a. INTERNATIONAL COMPANY JOINT STOCK COMPANY RASPERIA TRADING LIMITED (Cyrillic: МЕЖДУНАРОДНАЯ КОМПАНИЯ АКЦИОНЕРНОЕ ОБЩЕСТВО РАСПЕРИА ТРЕЙДИНГ ЛИМИТЕД)), B-R Solnechnyi D. 25 Pomeshch, A/60, Kaliningrad 236006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Nov 2006; Tax ID No. 3906380371 (Russia); Legal Entity Number 253400ENFDC2JU84CJ30; Registration Number 1193926007153 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOE OBSHCHESTVO ILIADIS).

MKB ISKRA AO (a.k.a. ISKRA ENGINEERING DESIGN BUREAU JSC NAMED AFTER I.I. KARTUKOV; a.k.a. JSC MBDB ISKRA), Proezd Petrovsko-Razumovskii D. 28, Moscow 127287, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1946; Tax ID No. 7714288059 (Russia); Registration Number 1027714027395 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

MKRTYCEV, Asot (a.k.a. MKRTYCHEV, Ashot), Hana Melichkova Street 3448/37, Bratislava 84105, Slovakia; DOB 07 May 1966; POB Baku, Azerbaijan; citizen Slovakia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport BD3843329 (Slovakia) expires 08 Apr 2029; alt. Passport BD5609822 (Slovakia) expires 19 May 2024 (individual) [DPRK].

MKRTYCHEV, Ashot (a.k.a. MKRTYCEV, Asot), Hana Melichkova Street 3448/37, Bratislava 84105, Slovakia; DOB 07 May 1966; POB Baku, Azerbaijan; citizen Slovakia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport BD3843329 (Slovakia) expires 08 Apr 2029; alt. Passport BD5609822 (Slovakia) expires 19 May 2024 (individual) [DPRK].

MKS INTERNATIONAL (a.k.a. MKS INTERNATIONAL CO. LTD.; a.k.a. MKS INTERNATIONAL GROUP), Office No 4, Babataher Street, Dr Fatemi Avenue, Tehran, Iran; PO BOX 14155-4618, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MKS INTERNATIONAL CO. LTD. (a.k.a. MKS INTERNATIONAL; a.k.a. MKS INTERNATIONAL GROUP), Office No 4, Babataher Street, Dr Fatemi Avenue, Tehran, Iran; PO BOX 14155-4618, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MKS INTERNATIONAL GROUP (a.k.a. MKS INTERNATIONAL; a.k.a. MKS INTERNATIONAL CO. LTD.), Office No 4, Babataher Street, Dr Fatemi Avenue, Tehran, Iran; PO BOX 14155-4618, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MKSOFTTECH, Karachi, Pakistan; 631-C, 6th Floor, Mashriq Center, Stadium Road, Karachi, Pakistan; Website mksofttech.com; Email Address info@mksofttech.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [ELECTION-EO13848] (Linked To: RAZA, Mohsin; Linked To: RAZA, Mujtaba Ali).

MKT 24 SIETE, S.A. DE C.V., Mazatlan, Sinaloa, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 14 Jun 2017; Organization Type: Advertising; Folio Mercantil No. N-2017047157 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: NUNEZ RIOS, Jose Raul).

ML BILD EAD (a.k.a. ML BUILD EAD), 2A Krakra Str., Oborishte Distr., Sofia, Stolichna 1527, Bulgaria; Organization Established Date 2008; V.A.T. Number BG 200108841 (Bulgaria) [GLOMAG] (Linked To: DECART OOD).

ML BUILD EAD (a.k.a. ML BILD EAD), 2A Krakra Str., Oborishte Distr., Sofia, Stolichna 1527, Bulgaria; Organization Established Date 2008; V.A.T. Number BG 200108841 (Bulgaria) [GLOMAG] (Linked To: DECART OOD).

ML HOLDING GROUP LIMITED, Office No. 12 On 19F Ho King Comm Ctr No. 2-16 Fa Yuen St., Hong Kong, China; Additional Sanctions

Information - Subject to Secondary Sanctions; Organization Established Date 28 Sep 2020; C.R. No. 2981092 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

ML.CLOUD (a.k.a. ML.CLOUD, LLC), Tsvetochnaya St., 16 Litera P, Room 28, Moskovskaya Zastava Municipal District, Saint Petersburg 196006, Russia; Suite 1802, Lippo Centre, Tower One, 89 Queensway, Hong Kong, China; Website ml.cloud; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 27 Jan 2022; Tax ID No. 7810938831 (Russia); Registration Number 1227800008182 (Russia) [CAATSA - RUSSIA] [CYBER4].

ML.CLOUD, LLC (a.k.a. ML.CLOUD), Tsvetochnaya St., 16 Litera P, Room 28, Moskovskaya Zastava Municipal District, Saint Petersburg 196006, Russia; Suite 1802, Lippo Centre, Tower One, 89 Queensway, Hong Kong, China; Website ml.cloud; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 27 Jan 2022; Tax ID No. 7810938831 (Russia); Registration Number 1227800008182 (Russia) [CAATSA - RUSSIA] [CYBER4].

MLADIC, Ratko; DOB 12 Mar 1943; POB Bozinovici, Bosnia-Herzegovina; ICTY indictee at large (individual) [BALKANS].

MMK METALURJI PORT (a.k.a. MMK METALURJI SANAYI TICARET VE LIMAN ISLETMECILIGI ANONIM SIRKETI (Latin: MMK METALÜRJİ SANAYİ TİCARET VE LİMAN İŞLETMECİLİĞİ ANONİM ŞİRKETİ); a.k.a. "MMK TURKEY"), Alparslan Turkes Bulvari, No: 342-91, Ozerli Mahallesi, Dortyol 31600, Turkey; Kocaeli, Dilovasi, Turkey; Istanbul, Turkey; Website https://mmkturkey.com.tr/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Mar 1998; alt. Organization Established Date 2010; Tax ID No. 0950055541 (Turkey); Legal Entity Number 789000EY8H7UFLRVA902 (Turkey); Registration Number 4292 (Turkey) [RUSSIA-EO14024] (Linked To: PUBLICHNOE AKTSIONERNOE OBSCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT).

MMK METALURJI SANAYI TICARET VE LIMAN ISLETMECILIGI ANONIM SIRKETI (Latin: MMK METALÜRJİ SANAYİ TİCARET VE LİMAN İŞLETMECİLİĞİ ANONİM ŞİRKETİ) (a.k.a. MMK METALURJI PORT; a.k.a. "MMK TURKEY"), Alparslan Turkes Bulvari, No: 342-91, Ozerli Mahallesi, Dortyol 31600, Turkey; Kocaeli, Dilovasi, Turkey; Istanbul, Turkey; Website https://mmkturkey.com.tr/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Mar 1998; alt. Organization Established Date 2010; Tax ID No. 0950055541 (Turkey); Legal Entity Number 789000EY8H7UFLRVA902 (Turkey); Registration Number 4292 (Turkey) [RUSSIA-EO14024] (Linked To: PUBLICHNOE AKTSIONERNOE OBSCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT).

MMK-FINANS OOO (a.k.a. IK MMK-FINANS; a.k.a. INVESTITSIONNAYA KOMPANIYA MMK-FINANS; a.k.a. LIMITED LIABILITY COMPANY INVESTMENT COMPANY MMK-FINANS; a.k.a. LLC IK MMK-FINANS (Cyrillic: ООО ИК ММК-ФИНАНС); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNAYA KOMPANIYA MMK-FINANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТИЦИОННАЯ КОМПАНИЯ ММК-ФИНАНС); f.k.a. RASCHETNO-FONDOVY TSENTR, ZAKRYTOE AKTSIONERNOE OBSHCHESTVO INVESTITSIONNAYA KOMPANIYA), 70, ul. Kirova Magnitogorsk, Chelyabinskaya Obl. 455019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 May 1996; Tax ID No. 7446045354 (Russia); Government Gazette Number 34565086 (Russia); Registration Number 1057421016047 (Russia) [RUSSIA-EO14024] (Linked To: PUBLICHNOE AKTSIONERNOE OBSCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT).

MMP ELECTRONICS COMP CO LTD, 34 CP Tower 3 Building A, 4th Floor, Phaya Thai Road, Thung Phaya Thai Sub District, Ratchathewi District, Bangkok 10400, Thailand; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Apr 2022; Registration Number 0105565069580 (Thailand) [RUSSIA-EO14024].

MMP IRBIS, Ul. Zolotorozhskii Val D. 11, Str. 26, Floor 3, Pom. B14/1, Moscow 111033, Russia;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722469891 (Russia); Registration Number 1187746990474 (Russia) [RUSSIA-EO14024].

MMT LUXEMBURG (a.k.a. METAL & MINERAL TRADE (MMT); a.k.a. METAL & MINERAL TRADE S.A.R.L.; a.k.a. METAL AND MINERAL TRADE (MMT); a.k.a. METAL AND MINERAL TRADE S.A.R.L.; a.k.a. MMT SARL), 11b, Boulevard Joseph II, L-1840, Luxembourg; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID B 59411 (Luxembourg); all offices worldwide [IRAN].

MMT SARL (a.k.a. METAL & MINERAL TRADE (MMT); a.k.a. METAL & MINERAL TRADE S.A.R.L.; a.k.a. METAL AND MINERAL TRADE (MMT); a.k.a. METAL AND MINERAL TRADE S.A.R.L.; a.k.a. MMT LUXEMBURG), 11b, Boulevard Joseph II, L-1840, Luxembourg; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID B 59411 (Luxembourg); all offices worldwide [IRAN].

MNANGAGWA, Auxillia, Zimbabwe; DOB 21 Mar 1963; POB Mazowe, Zimbabwe; nationality Zimbabwe; Gender Female; Passport ED000003 (Zimbabwe) expires 27 Feb 2032; National ID No. 63545988X15 (Zimbabwe) (individual) [GLOMAG].

MNANGAGWA, Emmerson (a.k.a. MNANGAGWA, Emmerson Dambudzo; a.k.a. "CROCODILE"), Munhumutapa Building, Corner of Second and Samora Machel Avenue, Harare, Zimbabwe; 1 Chancellor Avenue, Harare, Zimbabwe; DOB 15 Sep 1946; alt. DOB 15 Sep 1942; POB Zvishavane, Zimbabwe; nationality Zimbabwe; Gender Male; Passport AD005831 (Zimbabwe) issued 11 Jan 2018 expires 10 Jan 2028; alt. Passport AD006846 (Zimbabwe) issued 04 Feb 2020 expires 03 Feb 2025; National ID No. 63450183P67 (Zimbabwe); President of Zimbabwe (individual) [GLOMAG].

MNANGAGWA, Emmerson Dambudzo (a.k.a. MNANGAGWA, Emmerson; a.k.a. "CROCODILE"), Munhumutapa Building, Corner of Second and Samora Machel Avenue, Harare, Zimbabwe; 1 Chancellor Avenue, Harare, Zimbabwe; DOB 15 Sep 1946; alt. DOB 15 Sep 1942; POB Zvishavane, Zimbabwe; nationality Zimbabwe; Gender Male; Passport AD005831 (Zimbabwe) issued 11 Jan 2018 expires 10 Jan 2028; alt. Passport AD006846 (Zimbabwe) issued 04 Feb 2020 expires 03 Feb 2025; National ID No. 63450183P67 (Zimbabwe); President of Zimbabwe (individual) [GLOMAG].

MNASRI, Fethi Ben Rebai Ben Absha (a.k.a. FETHI, Alic; a.k.a. "ABU OMAR"; a.k.a. "AMOR"), Via Toscana n.46, Bologna, Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 06 Mar 1969; POB Baja, Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L497470 issued 03 Jun 1997 expires 02 Jun 2002 (individual) [SDGT].

MNF TSENTR GEOPOLITICHESKIKH EKSPERTIZ (Cyrillic: МНФ ЦЕНТР ГЕОПОЛИТИЧЕСКИХ ЭКСПЕРТИЗ) (a.k.a. INTERNATIONAL NON-PROFIT FOUNDATION CENTER FOR GEOPOLITICAL EXPERTISE (Cyrillic: МЕЖДУНАРОДНЫЙ НЕКОММЕРЧЕСКИЙ ФОНД ЦЕНТР ГЕОПОЛИТИЧЕСКИХ ЭКСПЕРТИЗ)), Ul. Dinamovskaya D.1a, Office 409, Moscow 109044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Dec 2000; Target Type Charity or Nonprofit Organization; Tax ID No. 7703259850 (Russia); Registration Number 1027739806940 (Russia) [CYBER2] [CAATSA - RUSSIA] [ELECTION-EO13848] [RUSSIA-EO14024] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

MNPK AVIONIKA (a.k.a. JOINT STOCK COMPANY AVIONICA; a.k.a. JOINT STOCK COMPANY MOSCOW SCIENTIFIC AND PRODUCTION COMPLEX OF AVIONICA O V USPENSKY; a.k.a. JOINT STOCK COMPANY OTKRYTOVO TIPA MOSKOVSKIY NAUCHNO PROIZVODSTVENNYY KOMPLEKS AVIONIKA), 7 Obraztsova Street, Moscow 127055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715003820 (Russia); Registration Number 1027739158402 (Russia) [RUSSIA-EO14024].

MNR LOJISTIK VE DIS TICARET LIMITED SIRKETI, Ic Kapi No: 55, A Blok No: 10/3, Cumhuriyet Mah. Gurpinar Yolu Cad., Buyukcekmece, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 379139-5 (Turkey) [RUSSIA-EO14024].

MOA NICKEL SA, Cuba [CUBA].

MOALEMI SARAVI, Ali (Arabic: علی معلمی ساروی) (a.k.a. MOALEMI, Ali (Arabic: علی معلمی)), Iran; DOB 21 Mar 1966 to 21 Mar 1967; POB Sari, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13902] (Linked To: IRANIAN OIL TERMINALS COMPANY).

MOALEMI, Ali (Arabic: علی معلمی) (a.k.a. MOALEMI SARAVI, Ali (Arabic: علی معلمی ساروی)), Iran; DOB 21 Mar 1966 to 21 Mar 1967; POB Sari, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13902] (Linked To: IRANIAN OIL TERMINALS COMPANY).

MOA'LIN, Mohamed Haji Omar (a.k.a. HAJI, Mohamed Omar; a.k.a. MA'ALIN, Mohamed Omar; a.k.a. MAXAMED, Mohamed Cumar; a.k.a. MOHAMED, Mohamed Omar; a.k.a. "OMAROW, Mohamed"; a.k.a. "UMUROW, Ma'd"), Diinsor District, Bay, Somalia; Buur Hakaba District, Bay, Somalia; DOB 1976; POB Taflow Village, Berdaale District, Bay, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

MOALLEM INSURANCE CO., No. 35, Haghani Blvd, Vanak Sq., Tehran 1517973511, Iran; Website www.mic-ir.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MOANES, Hossein (a.k.a. AL-'IBUDI, Hossein Moanes; a.k.a. AL-'IBUDI, Husayn Mu'nis), Baghdad, Iraq; DOB 24 Oct 1971; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A17308762 (Iraq) expires 10 Dec 2027 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

MOASSESE AMOZESH VA TAHGHIGHATI (a.k.a. DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER; a.k.a. INSTITUTE FOR DEFENSE EDUCATION AND RESEARCH; a.k.a. "DTSRC"; a.k.a. "MAVT CO."), Pasdaran Avenue, P.O. Box 19585/777, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

MOAZ ABDULLA DAEL FOR IMPORT AND EXPORT (Arabic: معاذ عبدالله دائل للإستيراد والتصدير) (a.k.a. DA'IL IMPORT AND EXPORT; a.k.a. MAATH ABDULLAH DAEL IMPORT AND EXPORT), North 60th Street, Sana'a, Yemen; 50th Street, Hodeidah, Yemen; Tahrir Street, Hodeidah, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target

Type Private Company [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

MOAZZAM, Hizbullah Qari (a.k.a. KHAN, Hizb Ullah Astam; a.k.a. "Hazab Allah"; a.k.a. "Hazab Ullah"; a.k.a. "Hazeb Ullah"; a.k.a. "Hazib Ullah"; a.k.a. "Hiz Bullah"; a.k.a. "Hizb Allah"; a.k.a. "Hizb Ullah"; a.k.a. "Hizbulah"; a.k.a. "Hizbullah"; a.k.a. "Qari Hizbullah"), House Number 5, Akhunabad, Shaheen Muslim Town, Peshawar, Pakistan; House Number 5, Akhunabad, Chok Yadagr Branch, Peshawar, Pakistan; Matin, Darah-ye Pech District, Kunar Province, Afghanistan; DOB 01 Mar 1982; alt. DOB 03 Jan 1982; POB Peshawar, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1730113198199 (Pakistan) (individual) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

MOBARAKEH STEEL COMPANY (a.k.a. ESFAHAN'S MOBARAKEH STEEL COMPANY; a.k.a. ESFAHAN'S MOBARAKEH STEEL PUBLIC JOINT STOCK COMPANY), P.O. Box 161-84815, Mobarakeh, Esfahan 11131-84881, Iran; Mobarakeh Steel Company, Sa'adat Abad St., Azadi SQ., Esfahan, Esfahan, Iran; Mobarakeh Steel Company, No. 2, Gol Azin Alley, Kouhestan St., Ketah SQ., Sa'adat Abad, Tehran, Iran; Website www.en.msc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10260289464 (Iran); Commercial Registry Number 411175869887 (Iran) [SDGT] [IFSR] [IFCA] [IRAN-EO13871] (Linked To: MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY).

MOBILE VALUE-ADDED SERVICES LABORATORY (a.k.a. VALUE-ADDED

SERVICES LABORATORY VASL), 8th Floor, Azadi St., Sharif University of Technology, Tehran, Iran; Website www.vaslab.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MOBILE ZONE INTERNACIONAL IMPORT. EXPORT. S.R.L. (a.k.a. MOBILE ZONE INTERNACIONAL IMPORT-EXPORT S.R.L.; a.k.a. MOBILE ZONE INTERNATIONAL IMPORT-EXPORT S.R.L.), Ciudad del Este, Paraguay; RUC # 80071113-0 (Paraguay) [GLOMAG] (Linked To: DOLDAN GONZALEZ, Liz Paola).

MOBILE ZONE INTERNACIONAL IMPORT-EXPORT S.R.L. (a.k.a. MOBILE ZONE INTERNACIONAL IMPORT. EXPORT. S.R.L.; a.k.a. MOBILE ZONE INTERNATIONAL IMPORT-EXPORT S.R.L.), Ciudad del Este, Paraguay; RUC # 80071113-0 (Paraguay) [GLOMAG] (Linked To: DOLDAN GONZALEZ, Liz Paola).

MOBILE ZONE INTERNATIONAL IMPORT-EXPORT S.R.L. (a.k.a. MOBILE ZONE INTERNACIONAL IMPORT. EXPORT. S.R.L.; a.k.a. MOBILE ZONE INTERNACIONAL IMPORT-EXPORT S.R.L.), Ciudad del Este, Paraguay; RUC # 80071113-0 (Paraguay) [GLOMAG] (Linked To: DOLDAN GONZALEZ, Liz Paola).

MOBILIZATION OF THE OPPRESSED ORGANIZATION (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To:

ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

MOBILNYE PLATEZHI (a.k.a. MOBILNYE PLATEZHI LIMITED LIABILITY COMPANY; a.k.a. MOBILNYE PLATEZHI LLC), Pr-Kt Kutuzovskii D. 41, Pom.169, Et.1, Komn.5, Office 4, Moscow 121170, Russia; Website round.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730648774 (Russia); Registration Number 1117746605811 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

MOBILNYE PLATEZHI LIMITED LIABILITY COMPANY (a.k.a. MOBILNYE PLATEZHI; a.k.a. MOBILNYE PLATEZHI LLC), Pr-Kt Kutuzovskii D. 41, Pom.169, Et.1, Komn.5, Office 4, Moscow 121170, Russia; Website round.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730648774 (Russia); Registration Number 1117746605811 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

MOBILNYE PLATEZHI LLC (a.k.a. MOBILNYE PLATEZHI; a.k.a. MOBILNYE PLATEZHI LIMITED LIABILITY COMPANY), Pr-Kt Kutuzovskii D. 41, Pom.169, Et.1, Komn.5, Office 4, Moscow 121170, Russia; Website round.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730648774 (Russia); Registration Number 1117746605811 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

MOBIN HOLDING LIMITED (f.k.a. GOLDEN CROWN OVERSEAS LIMITED), 22 Long Acre, Long Acre, London WC2E 9LY, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 09745038 (United Kingdom) [SDGT] [IFSR] (Linked To: MADANIPOUR, Mahmoud).

MOBIN INTERNATIONAL LIMITED (a.k.a. "MOBIN INTERNATIONAL LTD."), Office 2403, Ahmad-Abberrhaim al-Attar, Dubai, United Arab Emirates; Website www.mobinogp.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT]

[IFSR] (Linked To: NATIONAL IRANIAN OIL PRODUCTS DISTRIBUTION COMPANY).

MOBIN IRAN ELECTRONICS DEVELOPMENT COMPANY (a.k.a. IRAN MOBIN ELECTRONIC DEVELOPMENT COMPANY (Arabic: شرکت گسترش الکترونیک مبین ایران)), Ahmad Qassir Bokharest St., Argentine Sq., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103492170 (Iran); Registration Number 313314 (Iran) [IRAN-EO13876] (Linked To: EXECUTION OF IMAM KHOMEINI'S ORDER).

MOBIN PETROCHEMICAL (a.k.a. MOBIN PETROCHEMICAL COMPANY; a.k.a. "MPC"), Southern Pars Special Economic Energy Zone, Assaluyeh, Bushehr, Iran; No. 50, DamanAfshar Alley, Vanak Square, ValiAsr Street, Tehran 19697-53111, Iran; P.O. Box 75391-418, Bushehr 1969753111, Iran; PO Box, Mashhad, Iran; Website www.mobinpc.net; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 837 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

MOBIN PETROCHEMICAL COMPANY (a.k.a. MOBIN PETROCHEMICAL; a.k.a. "MPC"), Southern Pars Special Economic Energy Zone, Assaluyeh, Bushehr, Iran; No. 50, DamanAfshar Alley, Vanak Square, ValiAsr Street, Tehran 19697-53111, Iran; P.O. Box 75391-418, Bushehr 1969753111, Iran; PO Box, Mashhad, Iran; Website www.mobinpc.net; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 837 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

MOBITRONIX LLC, 302, Al Sanabil, Naser Square, PO Box 41618, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 543800 (United Arab Emirates); Chamber of Commerce Number 76722 (United Arab Emirates); Economic Register Number (CBLS) 10813190 (United Arab Emirates) [RUSSIA-EO14024].

MOCHTAR, Yasin Mahmud (a.k.a. IDA, Laode; a.k.a. KHAN, Mohd Shahwal; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUBAROK, Muhamad; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "ABU SETA"; a.k.a. "AGUS SALIM"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia;

nationality Indonesia; citizen Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MOCOM, Maxime (a.k.a. GAWAKA, Maxime Eli Jeoffroy Mokom; a.k.a. GAWAKA, Maxime Mokom; a.k.a. MOKOM, Gawaka; a.k.a. MOKOM, Maxim; a.k.a. MOKOM, Maxime; a.k.a. MOKOME, Maxime; a.k.a. MOKOM-GAWAKA, Maxime Jeoffroy Eli; a.k.a. MOKOUM, Maxime; a.k.a. "Colonel Rock"), Boy-Rabe, Bangui, Central African Republic; DOB 30 Dec 1978; POB Bangui, Central African Republic; nationality Central African Republic; Gender Male; Passport O00006983 (Central African Republic) expires 02 Feb 2017 (individual) [CAR].

MODABBERAN EQTESAD COMPANY (a.k.a. MODABERAN EGHTESAD), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

MODABER (a.k.a. MODABER INVESTMENT COMPANY; a.k.a. TADBIR INDUSTRIAL HOLDING COMPANY); Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MODABER INVESTMENT COMPANY (a.k.a. MODABER; a.k.a. TADBIR INDUSTRIAL HOLDING COMPANY); Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MODABERAN EGHTESAD (a.k.a. MODABBERAN EQTESAD COMPANY), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

MODAFL (a.k.a. GOVERNMENT OF IRAN DEPARTMENT OF DEFENSE; a.k.a. MINISTRY OF DEFENCE & ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE FOR ARMED FORCES LOGISTICS; a.k.a. MODSAF; a.k.a. VEZARATE DEFA; a.k.a. VEZARAT-E DEFA VA POSHTYBANI-E NIRU-HAYE MOSALLAH), Ferdowsi Avenue, Sarhang Sakhaei Street, Tehran, Iran; PO Box 11365-8439, Pasdaran Ave., Tehran, Iran; West side of Dabestan Street, Abbas Abad District,

Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ROSOBORONEKSPORT OAO).

MODARES FATHI, Forough (a.k.a. MODARRES FATHI, Forough; a.k.a. MODARRES FATHI, Forugh), Isfahan, Iran; DOB 29 Aug 1950; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport I62009245 (Iran) expires 29 Feb 2028; National ID No. 1286411351 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SAMAN TEJARAT BARMAN TRADING COMPANY).

MODARRES FATHI, Forough (a.k.a. MODARES FATHI, Forough; a.k.a. MODARRES FATHI, Forugh), Isfahan, Iran; DOB 29 Aug 1950; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport I62009245 (Iran) expires 29 Feb 2028; National ID No. 1286411351 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SAMAN TEJARAT BARMAN TRADING COMPANY).

MODARRES FATHI, Forugh (a.k.a. MODARES FATHI, Forough; a.k.a. MODARRES FATHI, Forough), Isfahan, Iran; DOB 29 Aug 1950; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport I62009245 (Iran) expires 29 Feb 2028; National ID No. 1286411351 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SAMAN TEJARAT BARMAN TRADING COMPANY).

MODERATE GENERAL TRADING L.L.C, P.O. Box 63947, Dubai, United Arab Emirates; Organization Established Date 29 Sep 2011; Commercial Registry Number 1082916 (United Arab Emirates); Chamber of Commerce Number 197177 (United Arab Emirates); Business Registration Number 659493 (United Arab Emirates) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MODERNA EXPRESS TRANSPORTE DE CARGA LTDA., Transversal 96A No. 14-70, Bogota, Colombia; NIT # 830039006-4 (Colombia) [SDNTK].

MODLEX (a.k.a. MINISTRY OF DEFENSE LEGION EXPORT; a.k.a. MINISTRY OF DEFENSE LOGISTICS EXPORT), PO Box 16315-189, Tehran, Iran, located on the west side of Dabestan Street, Abbas Abad District, Tehran, Iran; PO Box 19315-189, Pasdaran Street, South Noubonyand Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MODMER TRADING ULUSLARARASI ITHALAT VE IHRACAT LIMITED SIRKETI, Yeni Mah. Uzun Sk. 1 Ic Kapi No: 3, Urla, Izmir, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 235371 (Turkey) [RUSSIA-EO14024].

MODSAF (a.k.a. GOVERNMENT OF IRAN DEPARTMENT OF DEFENSE; a.k.a. MINISTRY OF DEFENCE & ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE FOR ARMED FORCES LOGISTICS; a.k.a. MODAFL; a.k.a. VEZARATE DEFA; a.k.a. VEZARAT-E DEFA VA POSHTYBANI-E NIRU-HAYE MOSALLAH), Ferdowsi Avenue, Sarhang Sakhaei Street, Tehran, Iran; PO Box 11365-8439, Pasdaran Ave., Tehran, Iran; West side of Dabestan Street, Abbas Abad District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ROSOBORONEKSPORT OAO).

MODULSAN MAKINA KESICI TAKIM VE DISLI SANAYI TICARET LIMITED SIRKETI, 1CA Blok, 1575. Sokak No. 1 CA/2, Akcaburgaz Mahallesi, Esenyurt 34522, Turkey; Website www.modulsan.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Oct 2006; Tax ID No. 3340494281 (Turkey); Identification Number 0334049428100019 (Turkey); Registration Number 602993 (Turkey) [RUSSIA-EO14024].

MODY CHEM, 401, Faiz-A-Qutbi, 375, Narshi Natha Street, Masjid West, Mumbai 400009,

India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 27 Dec 1983; Tax ID No. 27AATPM1279L1ZY (India); Legal Entity Number 98450011Y7MFRE84A381 [IRAN-EO13846].

MOE, Banya Aung (a.k.a. BANYAR, Aung Moe; a.k.a. MOE, Banya Ong; a.k.a. MOE, Banyar Aung; a.k.a. MOE, Banyar Ong; a.k.a. MOE, Nai Banya Aung; a.k.a. MOE, Nai Banya Ong; a.k.a. MOE, Nai Banyar Aung; a.k.a. MOE, Nai Banyar Ong), Naypyitaw, Burma; DOB 14 Aug 1947; POB Ye, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 10RAMANAN202348 (Burma); alt. National ID No. EYE089248 (Burma); State Administrative Council Member (individual) [BURMA-EO14014].

MOE, Banya Ong (a.k.a. BANYAR, Aung Moe; a.k.a. MOE, Banya Aung; a.k.a. MOE, Banyar Aung; a.k.a. MOE, Banyar Ong; a.k.a. MOE, Nai Banya Aung; a.k.a. MOE, Nai Banya Ong; a.k.a. MOE, Nai Banyar Aung; a.k.a. MOE, Nai Banyar Ong), Naypyitaw, Burma; DOB 14 Aug 1947; POB Ye, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 10RAMANAN202348 (Burma); alt. National ID No. EYE089248 (Burma); State Administrative Council Member (individual) [BURMA-EO14014].

MOE, Banyar Aung (a.k.a. BANYAR, Aung Moe; a.k.a. MOE, Banya Aung; a.k.a. MOE, Banya Ong; a.k.a. MOE, Banyar Ong; a.k.a. MOE, Nai Banya Aung; a.k.a. MOE, Nai Banya Ong; a.k.a. MOE, Nai Banyar Aung; a.k.a. MOE, Nai Banyar Ong), Naypyitaw, Burma; DOB 14 Aug 1947; POB Ye, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 10RAMANAN202348 (Burma); alt. National ID No. EYE089248 (Burma); State Administrative Council Member (individual) [BURMA-EO14014].

MOE, Banyar Ong (a.k.a. BANYAR, Aung Moe; a.k.a. MOE, Banya Aung; a.k.a. MOE, Banya Ong; a.k.a. MOE, Banyar Aung; a.k.a. MOE, Nai Banya Aung; a.k.a. MOE, Nai Banya Ong; a.k.a. MOE, Nai Banyar Aung; a.k.a. MOE, Nai Banyar Ong), Naypyitaw, Burma; DOB 14 Aug 1947; POB Ye, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 10RAMANAN202348 (Burma); alt. National ID No. EYE089248 (Burma); State Administrative Council Member (individual) [BURMA-EO14014].

MOE, Nai Banya Aung (a.k.a. BANYAR, Aung Moe; a.k.a. MOE, Banya Aung; a.k.a. MOE, Banya Ong; a.k.a. MOE, Banyar Aung; a.k.a. MOE, Banyar Ong; a.k.a. MOE, Nai Banya Ong; a.k.a. MOE, Nai Banyar Aung; a.k.a. MOE, Nai Banyar Ong), Naypyitaw, Burma; DOB 14 Aug 1947; POB Ye, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 10RAMANAN202348 (Burma); alt. National ID No. EYE089248 (Burma); State Administrative Council Member (individual) [BURMA-EO14014].

MOE, Nai Banya Ong (a.k.a. BANYAR, Aung Moe; a.k.a. MOE, Banya Aung; a.k.a. MOE, Banya Ong; a.k.a. MOE, Banyar Ong; a.k.a. MOE, Nai Banya Aung; a.k.a. MOE, Nai Banyar Aung; a.k.a. MOE, Nai Banyar Ong), Naypyitaw, Burma; DOB 14 Aug 1947; POB Ye, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 10RAMANAN202348 (Burma); alt. National ID No. EYE089248 (Burma); State Administrative Council Member (individual) [BURMA-EO14014].

MOE, Nai Banyar Aung (a.k.a. BANYAR, Aung Moe; a.k.a. MOE, Banya Aung; a.k.a. MOE, Banya Ong; a.k.a. MOE, Banyar Ong; a.k.a. MOE, Nai Banya Aung; a.k.a. MOE, Nai Banya Ong; a.k.a. MOE, Nai Banyar Ong), Naypyitaw, Burma; DOB 14 Aug 1947; POB Ye, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 10RAMANAN202348 (Burma); alt. National ID No. EYE089248 (Burma); State Administrative Council Member (individual) [BURMA-EO14014].

MOE, Nai Banyar Ong (a.k.a. BANYAR, Aung Moe; a.k.a. MOE, Banya Aung; a.k.a. MOE, Banya Ong; a.k.a. MOE, Banyar Aung; a.k.a. MOE, Banyar Ong; a.k.a. MOE, Nai Banya Aung; a.k.a. MOE, Nai Banya Ong; a.k.a. MOE, Nai Banyar Aung), Naypyitaw, Burma; DOB 14 Aug 1947; POB Ye, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 10RAMANAN202348 (Burma); alt. National ID No. EYE089248 (Burma); State Administrative Council Member (individual) [BURMA-EO14014].

MOEIN, Moslem (Arabic: مسلم معین) (a.k.a. MO'IN, Moslem), Part 7, Block 25, Ground Floor, 16th Street, Sarvestan Street, Chaghamirza Phase 2 Shahid Mehrabi, Kermanshah, Iran; DOB 22 Sep 1985; POB Eslamabad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary

Sanctions; Gender Male; National ID No. 3341588477 (Iran); Birth Certificate Number 3477 (Iran) (individual) [IRAN-HR] (Linked To: BASIJ RESISTANCE FORCE).

MOFAKHAMI, Hassan (a.k.a. SHAHRASHTANI, Hasan; a.k.a. SHAHRASHTANI, Hassan Mofakhmi; a.k.a. SHAHRESTANI, Hassan Mofakhami (Arabic: حسن مفخمی شهرستانی)), No. 16, Shahid Ahmad Mohammadi Alley, Rasht, Gilan Province, Iran; DOB 28 Aug 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Birth Certificate Number 1609 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MOFID RAAHBAR AUDITING INSTITUTION (a.k.a. MOFIDRAHBAR AUDIT FIRM (Arabic: موسسه حسابرسی مفید راهبر)), No. 9, 13th St. Ahmad Qasir St., Argentina Square, Tehran 1968635414, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861836531 (Iran); Registration Number 7355 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

MOFIDRAHBAR AUDIT FIRM (Arabic: موسسه حسابرسی مفید راهبر) (a.k.a. MOFID RAAHBAR AUDITING INSTITUTION), No. 9, 13th St. Ahmad Qasir St., Argentina Square, Tehran 1968635414, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861836531 (Iran); Registration Number 7355 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

MOGHADAM FAR, Hamid Reza (a.k.a. MOGHADAM FAR, Hamidreza (Arabic: حمید رضا مقدم فر); a.k.a. MOGHADDAM, Hamidreza (Arabic: حمید رضا مقدم)), Iran; DOB 01 Mar 1961 to 31 Mar 1962; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0042729890 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

MOGHADAM FAR, Hamidreza (Arabic: حمید رضا مقدم فر) (a.k.a. MOGHADAM FAR, Hamid Reza; a.k.a. MOGHADDAM, Hamidreza (Arabic: حمید رضا مقدم)), Iran; DOB 01 Mar 1961 to 31 Mar 1962; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0042729890 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

MOGHADAM, Ismail Ahmadi (a.k.a. AHMADI MOGHADAM, Ismail; a.k.a. AHMADI MOGHADDAM, Esma'il; a.k.a. AHMADI-MOGHADDAM, Esma'il; a.k.a. AHMADI-MOGHADDAM, Esmail; a.k.a. AHMADI-MOQADDAM, Esma'il; a.k.a. MOGHADDAM, Esameel Ahmadi; a.k.a. MOGHADDAM, Ismail Ahmadi); DOB 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Head of Iranian Police; Alternate Title, Chief, Iran's Law Enforcement Forces; Alternate Title, Police Chief, Alternate Title, Commander of Iran's Law Enforcement Force; Alternate Title, Brigadier General (individual) [IRAN-HR] [IRAN-TRA].

MOGHADAM, Mohsen Matloub (a.k.a. MATLOUB, Mohsen), Iran; DOB 02 Oct 1990; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport V25762563 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MOGHADAM, Reza Amiri (Arabic: رضا امیری مقدم) (a.k.a. AMIRINIA, Ahmad; a.k.a. MOGHADDAM, Reza Amiri; a.k.a. MOQADAM, Reza Amiri), Iran; DOB 30 Apr 1961; alt. DOB 30 Apr 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P59446693 (Iran) expires 05 Sep 2027; alt. Passport D10004770 (Iran) expires 17 Feb 2024 (individual) [HOSTAGES-EO14078] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MOGHADDAM, Esameel Ahmadi (a.k.a. AHMADI MOGHADAM, Ismail; a.k.a. AHMADI MOGHADDAM, Esma'il; a.k.a. AHMADI-MOGHADDAM, Esma'il; a.k.a. AHMADI-MOGHADDAM, Esmail; a.k.a. AHMADI-MOQADDAM, Esma'il; a.k.a. MOGHADAM, Ismail Ahmadi; a.k.a. MOGHADDAM, Ismail Ahmadi); DOB 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Head of Iranian Police; Alternate Title, Chief, Iran's Law Enforcement Forces; Alternate Title, Police Chief, Alternate Title, Commander of Iran's Law Enforcement Force; Alternate Title, Brigadier General (individual) [IRAN-HR] [IRAN-TRA].

MOGHADDAM, Hamidreza (Arabic: حمید رضا مقدم) (a.k.a. MOGHADAM FAR, Hamid Reza; a.k.a. MOGHADAM FAR, Hamidreza (Arabic: حمید رضا مقدم فر)), Iran; DOB 01 Mar 1961 to 31 Mar 1962; POB Tehran, Iran; nationality Iran;

Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0042729890 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

MOGHADDAM, Ismail Ahmadi (a.k.a. AHMADI MOGHADAM, Ismail; a.k.a. AHMADI MOGHADDAM, Esma'il; a.k.a. AHMADI-MOGHADDAM, Esma'il; a.k.a. AHMADI-MOGHADDAM, Esmail; a.k.a. AHMADI-MOQADDAM, Esma'il; a.k.a. MOGHADAM, Ismail Ahmadi; a.k.a. MOGHADDAM, Esameel Ahmadi); DOB 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Head of Iranian Police; Alternate Title, Chief, Iran's Law Enforcement Forces; Alternate Title, Police Chief, Alternate Title, Commander of Iran's Law Enforcement Force; Alternate Title, Brigadier General (individual) [IRAN-HR] [IRAN-TRA].

MOGHADDAM, Reza Amiri (a.k.a. AMIRINIA, Ahmad; a.k.a. MOGHADAM, Reza Amiri (Arabic: رضا امیری مقدم); a.k.a. MOQADAM, Reza Amiri), Iran; DOB 30 Apr 1961; alt. DOB 30 Apr 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P59446693 (Iran) expires 05 Sep 2027; alt. Passport D10004770 (Iran) expires 17 Feb 2024 (individual) [HOSTAGES-EO14078] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MOGHISEH, Mohammad (a.k.a. MOGHISSEH, Mohammad (Arabic: محمد مقیسه); a.k.a. MOGHISSEH, Mohammad Nasser (Arabic: محمد ناصر مقیسه); a.k.a. MOQISEH, Mohammad; a.k.a. "NASERIAN" (Arabic: "ناصریان"); a.k.a. "NASSERIAN"), Tehran, Iran; DOB 1956 to 1957; POB Moqiseh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 28 (individual) [IRAN] [IRAN-TRA].

MOGHISSEH, Mohammad (Arabic: محمد مقیسه) (a.k.a. MOGHISEH, Mohammad; a.k.a. MOGHISSEH, Mohammad Nasser (Arabic: محمد ناصر مقیسه); a.k.a. MOQISEH, Mohammad; a.k.a. "NASERIAN" (Arabic: "ناصریان"); a.k.a. "NASSERIAN"), Tehran, Iran; DOB 1956 to 1957; POB Moqiseh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 28 (individual) [IRAN] [IRAN-TRA].

MOGHISSEH, Mohammad Nasser (Arabic: محمد ناصر مقیسه) (a.k.a. MOGHISEH, Mohammad; a.k.a. MOGHISSEH, Mohammad (Arabic: محمد مقیسه); a.k.a. MOQISEH, Mohammad; a.k.a. "NASERIAN" (Arabic: "ناصریان"); a.k.a. "NASSERIAN"), Tehran, Iran; DOB 1956 to 1957; POB Moqiseh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 28 (individual) [IRAN] [IRAN-TRA].

MOHADDES, Seyed Mahmoud; DOB 07 Jun 1957; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Managing Director, Iranian Oil Company (U.K.) Ltd. (individual) [IRAN].

MOHADMMADHASNI, Asad Khan (a.k.a. KHAN, Asad; a.k.a. KHAN, Haji Asad; a.k.a. KHAN, Mohammed; a.k.a. MOHAMMADHASNI, Haji Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan Zarkari; a.k.a. MOHMMADHASNI, Asad Khan; a.k.a. MUHAMMADHASNI, Asad Khan; a.k.a. ZARKARI, Asad Khan; a.k.a. "ASAD, Haji"; a.k.a. "HAJI ABDULLAH"), Nimroz, Afghanistan; Kabul, Afghanistan; Karachi, Pakistan; Basalani, Afghanistan; Balochistan, Pakistan; Dubai, United Arab Emirates; DOB 01 Jan 1955; POB Nimroz, Afghanistan; citizen Afghanistan; Passport OR1126692 (Afghanistan) (individual) [SDNTK].

MOHAGHEGHI, Mohammad Hassan, Iran; DOB 23 Jun 1963; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10008116 (Iran) expires 24 May 2026; IRGC Intelligence Organization Co-Deputy Chief Brigadier General (individual) [IRGC] [IFSR] [HOSTAGES-EO14078] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS INTELLIGENCE ORGANIZATION).

MOHAJERI, Mostafa (a.k.a. RAZAVI, Esma'il), Iran; DOB 1959; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: TALIBAN).

MOHAMED AWAAD COMERCIO DE MOVEIS EIRELI (a.k.a. DAIANA PORTELLA COELHO COMERCIO DE MOVEIS E COLCHOES; a.k.a. HOME ELEGANCE COMERCIO DE MOVEIS EIRELI (Latin: HOME ELEGANCE COMÉRCIO DE MOVEIS EIRELI); a.k.a. MARROCOS

MOVEIS E COLCHOES; a.k.a. "HOME ELEGANCE"), Rua Dorezopolis, 669, Casa 03, Jardim Santa Clara, Guarulhos, Sao Paulo 07123-120, Brazil; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Oct 2018; Tax ID No. 31.746.200/0001-11 (Brazil) [SDGT] (Linked To: AWADD, Mohamed Sherif Mohamed Mohamed).

MOHAMED ENTERPRISES (a.k.a. MOHAMED'S ENTERPRISE; a.k.a. MOHAMEDS ENTERPRISE; a.k.a. "CONFIDENTIAL CAMBIO"), Lot 29 Lombard Street, Georgetown, Guyana; Organization Established Date 1993; Organization Type: Mining and Quarrying [GLOMAG].

MOHAMED HAMZA, Abd Al-Ra'Ouf Abu Zaid (a.k.a. ABU ZAID MOHAMED, Abdel Raouf; a.k.a. ABUZAID, Abdul Rauf; a.k.a. HAMZZA YASIR, Abdelraouf Abu Zaid Mohamed; a.k.a. MUHAMMAD HAMZA, Abd-al-Ra'uf Abu Zayd; a.k.a. MUHAMMAD HAMZA, Abdul Raouf Abu Zeid; a.k.a. ZAYID HAMZA, Abdel Raouf Abu); DOB 01 Jan 1983; POB Sudan; nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MOHAMED HASSANE ISMAIL (a.k.a. ISMAIL FOR GENERAL TRADE; a.k.a. ISMAIL GENERAL TRADING (Arabic: اسماعيل للتجارة العامة)), Khaldeh, Al Qubbah, King Mohammad Ismail, Section 5, Block B, Mount Lebanon, Lebanon; Mohamed Ismail Property, B Kobbe, Baabda, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Oct 2009; Registration Number 2018166 (Lebanon) [SDGT] (Linked To: ISMAIL, Mohamad Hassan).

MOHAMED KOL, Mohammed Noor (a.k.a. MOHAMMED KUL, Mohammed Nour; a.k.a. NOOR, Haji Mohammad), c/o NEW ANSARI MONEY EXCHANGE, Afghanistan; c/o GREEN LEAF GENERAL TRADING LLC, United Arab Emirates; c/o CONNECT TELECOM GENERAL TRADING LLC, United Arab Emirates; DOB 27 Jul 1965; citizen Afghanistan (individual) [SDNTK].

MOHAMED SALEM, Abderrahmane Ould (a.k.a. AL-LIBI, Talha; a.k.a. MOHAMED SALEM, Sidi Mohamed Ould; a.k.a. "AL-AZAWADI, Abu Talha"; a.k.a. "AL-BARBOUCI, Abu Talha"), Mali; DOB 1974; POB Zouerate, Mauritania; nationality Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

MOHAMED SALEM, Sidi Mohamed Ould (a.k.a. AL-LIBI, Talha; a.k.a. MOHAMED SALEM, Abderrahmane Ould; a.k.a. "AL-AZAWADI, Abu Talha"; a.k.a. "AL-BARBOUCI, Abu Talha"), Mali; DOB 1974; POB Zouerate, Mauritania; nationality Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

MOHAMED, Abdel Basit Hag El-Hassan Hag (a.k.a. ALHASSAN, Abdelbaset Alhaj; a.k.a. HAMAD, Abdelbasit Alhaj Alhassan Haj; a.k.a. HASAN, Abd-al-Basit Al-Hadj; a.k.a. HASSAN, Abdel Basit al-Hajj; a.k.a. "AL-BASIT, Abd"); DOB 1979; POB Sudan; nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MOHAMED, Abdikarin Farah (a.k.a. MUHAMMAD, Abdul Karim Farge), United Arab Emirates; Somalia; DOB 13 Sep 1993; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P00689508 (Somalia) (individual) [SDGT] (Linked To: AL-SHABAAB).

MOHAMED, Abdul Kader Ibrahim, Jianguomenwai Diplomatic Housing Compound, Building 7-1, 5th Floor, Apartment 4, Beijing, China (individual) [IRAQ2].

MOHAMED, Abdullahi Osman (a.k.a. "ADDE, Dhega"; a.k.a. "ISMAIL, Engineer"; a.k.a. "OSMAN, Abdullahi"), Baraawe, Somalia; Jilib, Middle Juba Region, Somalia; DOB 1984; POB Mogadishu, Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MOHAMED, Aboud Rogo (a.k.a. MOHAMMED, Aboud Rogo; a.k.a. MUHAMMAD, Aboud Rogo; a.k.a. ROGO, Aboud Mohammad; a.k.a. ROGO, Aboud Mohammed; a.k.a. ROGO, Aboud Seif; a.k.a. ROGO, Sheikh Aboud); DOB 11 Nov 1960; alt. DOB 11 Nov 1967; alt. DOB 11 Nov 1969; alt. DOB 01 Jan 1969; POB Kenya; alt. POB Lamu Island, Kenya; citizen Kenya (individual) [SOMALIA].

MOHAMED, Azruddin (a.k.a. MOHAMED, Azruddin Intiaz; a.k.a. "MOHAMED, Azadeen";

a.k.a. "MOHAMED, Azurdeen"), Lot 3 Felicity Drive, East Coast Demerara, Guyana; DOB 01 Mar 1987; POB Georgetown, Guyana; nationality Guyana; Gender Male; Passport R0429399 (Guyana); alt. Passport A033726 (individual) [GLOMAG].

MOHAMED, Azruddin Intiaz (a.k.a. MOHAMED, Azruddin; a.k.a. "MOHAMED, Azadeen"; a.k.a. "MOHAMED, Azurdeen"), Lot 3 Felicity Drive, East Coast Demerara, Guyana; DOB 01 Mar 1987; POB Georgetown, Guyana; nationality Guyana; Gender Male; Passport R0429399 (Guyana); alt. Passport A033726 (individual) [GLOMAG].

MOHAMED, Gedo Hamdan Ahmed (Arabic: جدو حمدان أحمد محمد) (a.k.a. "ABANSHUK"; a.k.a. "ABU NSHOUK"; a.k.a. "ABU SHOK"), Sudan; DOB 1973; POB Kutum, North Darfur, Sudan; nationality Sudan; Gender Male; National ID No. 21932935991 (Sudan) (individual) [SUDAN-EO14098].

MOHAMED, Gibril Ibrahim (a.k.a. FEDIEL, Gebreil Ibrahim Mohamed; a.k.a. IBRAHIM, Jibril), Port Sudan, Sudan; DOB 10 May 1955; POB Altina, Sudan; nationality Sudan; Gender Male; Passport D00001664 (Sudan) expires 11 Aug 2029 (individual) [SUDAN-EO14098].

MOHAMED, Khalil Ibrahim (a.k.a. IBRAHIM, Khalil; a.k.a. TAHA, Khalil Ibrahim Mohamed Achar Foudail); DOB 15 Jun 1958; POB El Fasher, Sudan; alt. POB Al Fashir, Sudan; nationality Sudan; Registration ID 0179427 (France); National Foreign ID Number 4203016171 (France) issued 20 Feb 2004; Chairman, Justice and Equality Movement; Co-founder, National Redemption Front (individual) [DARFUR].

MOHAMED, Liban Yusuf (a.k.a. MOHAMED, Liibaan Yousuf; a.k.a. "DHEERE, Liban"), Puntland, Somalia; Yaqshid District, Mogadishu, Somalia; DOB 1978; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

MOHAMED, Liibaan Yousuf (a.k.a. MOHAMED, Liban Yusuf; a.k.a. "DHEERE, Liban"), Puntland, Somalia; Yaqshid District, Mogadishu, Somalia; DOB 1978; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

MOHAMED, Mohamed Makawi Ibrahim (a.k.a. IBRAHIM, Muhammad Makkawi; a.k.a.

MAKAWI, Mohamed; a.k.a. MOHAMED, Mohamed Makkawi Ibrahim); DOB 1984; POB Sudan; nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MOHAMED, Mohamed Makkawi Ibrahim (a.k.a. IBRAHIM, Muhammad Makkawi; a.k.a. MAKAWI, Mohamed; a.k.a. MOHAMED, Mohamed Makawi Ibrahim); DOB 1984; POB Sudan; nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MOHAMED, Mohamed Omar (a.k.a. HAJI, Mohamed Omar; a.k.a. MA'ALIN, Mohamed Omar; a.k.a. MAXAMED, Mohamed Cumar; a.k.a. MOA'LIN, Mohamed Haji Omar; a.k.a. "OMAROW, Mohamed"; a.k.a. "UMUROW, Ma'd"), Diinsor District, Bay, Somalia; Buur Hakaba District, Bay, Somalia; DOB 1976; POB Taflow Village, Berdaale District, Bay, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

MOHAMED, Nazar (a.k.a. "MOHAMMED, Nazar"), Lot 275 Barrow Street, Demerara, Guyana; DOB 27 Mar 1953; POB Essequibo Coast, Guyana; nationality Guyana; Gender Male; Passport A005493 (Guyana); alt. Passport R1163199 (Guyana) (individual) [GLOMAG] (Linked To: MOHAMED'S ENTERPRISE).

MOHAMED, Nour Addin Meloud (a.k.a. MUSBAH, Nourddin Milood M), Malta; Cyprus; Ben Ashoor, Tripoli, Libya; DOB 02 Sep 1974; nationality Libya; Gender Male; Passport 998635 (Libya); alt. Passport PK31LZK9 (Libya) (individual) [LIBYA3].

MOHAMED, Osman Mohamed Hamed (a.k.a. HAMID, Osman Mohamed; a.k.a. MOHAMED, Osman Mohamed Hamid), Sudan; DOB 01 Jan 1966; POB Kadiqali, Sudan; nationality Sudan; Gender Male; Passport P05557591 (Sudan) expires 03 Mar 2024; National ID No. 11540384888 (Sudan) (individual) [SUDAN-EO14098].

MOHAMED, Osman Mohamed Hamid (a.k.a. HAMID, Osman Mohamed; a.k.a. MOHAMED, Osman Mohamed Hamed), Sudan; DOB 01 Jan 1966; POB Kadiqali, Sudan; nationality Sudan; Gender Male; Passport P05557591 (Sudan) expires 03 Mar 2024; National ID No.

11540384888 (Sudan) (individual) [SUDAN-EO14098].

MOHAMED, Tijani Ibrahim Moussa (a.k.a. "AL ZEER SALEM"; a.k.a. "AL ZEIR SALEM"), Sudan; nationality Sudan; Gender Male; Rapid Support Forces Field Commander in Sudan (individual) [SUDAN-EO14098].

MOHAMEDOU, Saleck Ould Cheikh (a.k.a. CHEIKH, Saleck Ould), Mauritania; DOB 01 Jan 1984 to 31 Dec 1984; POB Atar, Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MOHAMEDS ENTERPRISE (a.k.a. MOHAMED ENTERPRISES; a.k.a. MOHAMED'S ENTERPRISE; a.k.a. "CONFIDENTIAL CAMBIO"), Lot 29 Lombard Street, Georgetown, Guyana; Organization Established Date 1993; Organization Type: Mining and Quarrying [GLOMAG].

MOHAMED'S ENTERPRISE (a.k.a. MOHAMED ENTERPRISES; a.k.a. MOHAMEDS ENTERPRISE; a.k.a. "CONFIDENTIAL CAMBIO"), Lot 29 Lombard Street, Georgetown, Guyana; Organization Established Date 1993; Organization Type: Mining and Quarrying [GLOMAG].

MOHAMMAD AFZAL, Rahmatullah; DOB 01 Jan 1982; POB Kabul, Afghanistan; citizen Afghanistan; Passport OR305655 (Afghanistan); alt. Passport OR488406 (Afghanistan); alt. Passport OR844806 (Afghanistan) (individual) [SDNTK].

MOHAMMAD MIRZA, Jamal Shah Karami (a.k.a. SHAH KARAMI, Jamal; a.k.a. SHAH KARAMI, Jamal Mohammad Mirza; a.k.a. SHAHKARAMI, Jamal; a.k.a. SHAKARAMI, Jamal (Arabic: جمال شاکرمی); a.k.a. SHAKRAMI, Jamal), 1859 Mahdieh Hoveyzeh, Ilam, Iran; Apartmani Houses M Mu'allim, Ilam 6931168911, Iran; DOB 23 Nov 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4500393846 (Iran); Birth Certificate Number 586 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

MOHAMMAD WALI MONEY EXCHANGE (a.k.a. NEW AHMADY LTD. KANDAHAR), Sarafi Market, Fourth Floor, Shop #1, Kandahar, Afghanistan [SDNTK].

MOHAMMAD, Ali Mohammad Aburorab Noor (a.k.a. ABUTURAB, Ali Muhammad; a.k.a. MOHAMMAD, Ali Mohammad Noor; a.k.a. MOHD, Ali Mohd Aburorab Noor; a.k.a.

MUHAMMAD, Abu Turab Ali; a.k.a. MUHAMMED, Ali Muhammed Noor; a.k.a. TORAB, Abu Ali; a.k.a. TORAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammed Abu; a.k.a. TURAB, Ali Muhammad Abu; a.k.a. "MOHAMMED, Ali"; a.k.a. "TURAB, Abu"), Jamia Salfia, Airport Road, Quetta, Pakistan; Patel Road, Quetta, Pakistan; Saudi Arabia; DOB 10 Sep 1964; alt. DOB 05 Jan 1968; POB Quetta, Balochistan, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J349992 (Pakistan); National ID No. 2083655452 (Saudi Arabia) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

MOHAMMAD, Ali Mohammad Noor (a.k.a. ABUTURAB, Ali Muhammad; a.k.a. MOHAMMAD, Ali Mohammad Aburorab Noor; a.k.a. MOHD, Ali Mohd Aburorab Noor; a.k.a. MUHAMMAD, Abu Turab Ali; a.k.a. MUHAMMAD, Ali Muhammed Noor; a.k.a. TORAB, Abu Ali; a.k.a. TORAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammed Abu; a.k.a. TURAB, Ali Muhammad Abu; a.k.a. "MOHAMMED, Ali"; a.k.a. "TURAB, Abu"), Jamia Salfia, Airport Road, Quetta, Pakistan; Patel Road, Quetta, Pakistan; Saudi Arabia; DOB 10 Sep 1964; alt. DOB 05 Jan 1968; POB Quetta, Balochistan, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J349992 (Pakistan); National ID No. 2083655452 (Saudi Arabia) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

MOHAMMAD, Baz (a.k.a. MOHAMMAD, Haji Baz); DOB 1958; POB Kandahar, Afghanistan; nationality Afghanistan (individual) [SDNTK].

MOHAMMAD, Faqir (a.k.a. MUHAMMAD, Faqeer; a.k.a. MUHAMMAD, Faqir; a.k.a. ZEYAR, Faqir Mohammad), Bannu, Pakistan; Lahore, Pakistan; DOB 1968; POB North Waziristan Agency, Pakistan; alt. POB Federally Administered Tribal Areas, Pakistan; alt. POB Khowst Province, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAQQANI NETWORK).

MOHAMMAD, Haji Baz (a.k.a. MOHAMMAD, Baz); DOB 1958; POB Kandahar, Afghanistan; nationality Afghanistan (individual) [SDNTK].

MOHAMMAD, Haji Baz; DOB 12 Mar 1964; citizen Afghanistan (individual) [SDNTK].

MOHAMMAD, Hajji Khair (a.k.a. BARAKZAI, Haji Khairullah; a.k.a. KARIMULLAH, Haji; a.k.a. KHAIRULLAH, Haji; a.k.a. KHEIRULLAH, Haji; a.k.a. KHERULLAH, Haji; a.k.a. ULLAH, Haji Khair), Abdul Manan Chowk, Pashtunabad, Quetta, Pakistan; DOB 1965; POB Zumbaleh Village, Nahr-e Saraj District, Helmand Province, Afghanistan; alt. POB Qal'ah Abdulla, Pakistan; alt. POB Mirmadaw Village, Gereshk District, Helmand Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BP4199631 (Pakistan) expires 25 Jun 2014; National ID No. 5440005229635 (Pakistan) (individual) [SDGT] (Linked To: TALIBAN; Linked To: HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE).

MOHAMMAD, Khalil Ibrahim (a.k.a. AL ZAFIRI, Khalil Ibrahim; a.k.a. JASSEM, Khalil Ibrahim; a.k.a. KHALIL, Ibrahim Mohamed), Refugee shelter Alte Ziegelei, Mainz 55128, Germany; DOB 02 Jul 1975; alt. DOB 02 May 1972; alt. DOB 03 Jul 1975; alt. DOB 1972; POB Dayr Az-Zawr, Syria; alt. POB Baghdad, Iraq; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Travel Document Number A0003900 (Germany); Temporary suspension of deportation No. T04338017, expired 08 May 2013, issued by Alien's Office of the city of Mainz (individual) [SDGT].

MOHAMMAD, Yahia ElSayed Ibrahim (a.k.a. MOUSSA, Yahya Alsayed Ibrahim Mohamed; a.k.a. MUSA, Yahya al-Sayyid Ibrahim; a.k.a. "IBRAHIM, Basim"), Istanbul, Turkey; DOB 05 May 1984; alt. DOB 1989; POB Sharkia, Egypt; alt. POB Idlib, Syria; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A08864491 (Egypt) expires 06 Feb 2020; alt. Passport 397192 (Turkey) expires 31 May 2019; National Foreign ID Number 07010032477 (Syria) (individual) [SDGT].

MOHAMMADABADI ABOLGHASEM, Mehdi Dehghani (a.k.a. MOHAMMADABADI, Mehdi Dehghani), Tehran, Iran; DOB 23 Sep 1982;

nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4433172081 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: KAVAN ELECTRONICS BEHRAD LIMITED LIABILITY COMPANY).

MOHAMMADABADI, Mehdi Dehghani (a.k.a. MOHAMMADABADI ABOLGHASEM, Mehdi Dehghani), Tehran, Iran; DOB 23 Sep 1982; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4433172081 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: KAVAN ELECTRONICS BEHRAD LIMITED LIABILITY COMPANY).

MOHAMMADHASNI, Haji Asad Khan (a.k.a. KHAN, Asad; a.k.a. KHAN, Haji Asad; a.k.a. KHAN, Mohammed; a.k.a. MOHADMMADHASNI, Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan Zarkari; a.k.a. MOHMMADHASNI, Asad Khan; a.k.a. MUHAMMADHASNI, Asad Khan; a.k.a. ZARKARI, Asad Khan; a.k.a. "ASAD, Haji"; a.k.a. "HAJI ABDULLAH"), Nimroz, Afghanistan; Kabul, Afghanistan; Karachi, Pakistan; Basalani, Afghanistan; Balochistan, Pakistan; Dubai, United Arab Emirates; DOB 01 Jan 1955; POB Nimroz, Afghanistan; citizen Afghanistan; Passport OR1126692 (Afghanistan) (individual) [SDNTK].

MOHAMMADHASNI, Haji Asad Khan Zarkari (a.k.a. KHAN, Asad; a.k.a. KHAN, Haji Asad; a.k.a. KHAN, Mohammed; a.k.a. MOHADMMADHASNI, Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan; a.k.a. MOHMMADHASNI, Asad Khan; a.k.a. MUHAMMADHASNI, Asad Khan; a.k.a. ZARKARI, Asad Khan; a.k.a. "ASAD, Haji"; a.k.a. "HAJI ABDULLAH"), Nimroz, Afghanistan; Kabul, Afghanistan; Karachi, Pakistan; Basalani, Afghanistan; Balochistan, Pakistan; Dubai, United Arab Emirates; DOB 01 Jan 1955; POB Nimroz, Afghanistan; citizen Afghanistan; Passport OR1126692 (Afghanistan) (individual) [SDNTK].

MOHAMMADI, Behzad, Iran; DOB 1966; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: NATIONAL PETROCHEMICAL COMPANY).

MOHAMMADI, Ehsan; DOB 25 Dec 1980; POB Tehran, Iran; nationality Iran; Additional

Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U21669469 (Iran) issued 25 Jul 2011 expires 24 Jul 2016; National ID No. 006-718237-2; Birth Certificate Number 7608 (individual) [CYBER2].

MOHAMMADI, Gholam'ali (a.k.a. MOHAMMADI, Gholamali (Arabic: غلامعلی محمدی); a.k.a. MOHAMMADI, Golamali), Iran; DOB 22 Jun 1963; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0049770926 (Iran); Head of Iran's Prisons Organization (individual) [IRAN-HR].

MOHAMMADI, Gholamali (Arabic: غلامعلی محمدی) (a.k.a. MOHAMMADI, Gholam'ali; a.k.a. MOHAMMADI, Golamali), Iran; DOB 22 Jun 1963; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0049770926 (Iran); Head of Iran's Prisons Organization (individual) [IRAN-HR].

MOHAMMADI, Golamali (a.k.a. MOHAMMADI, Gholam'ali; a.k.a. MOHAMMADI, Gholamali (Arabic: غلامعلی محمدی)), Iran; DOB 22 Jun 1963; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0049770926 (Iran); Head of Iran's Prisons Organization (individual) [IRAN-HR].

MOHAMMADI, Mohammad Reza (Arabic: محمد رضا محمدی), Iran; DOB 16 Apr 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5069643517 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

MOHAMMADIAN, Abbas Ali (a.k.a. MOHAMMADIAN, Abbas-Ali (Arabic: عباسعلی محمدیان); a.k.a. MOUSAABADI, Abbasali Mohammadian; a.k.a. MUSAABADI, Abbas'Ali Mohammadian), Tehran, Iran; DOB 20 Feb 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport L29764521 (Iran); National ID No. 5129832620 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MOHAMMADIAN, Abbas-Ali (Arabic: عباسعلی محمدیان) (a.k.a. MOHAMMADIAN, Abbas Ali; a.k.a. MOUSAABADI, Abbasali Mohammadian; a.k.a. MUSAABADI, Abbas'Ali Mohammadian), Tehran, Iran; DOB 20 Feb 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male;

Passport L29764521 (Iran); National ID No. 5129832620 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MOHAMMADNIA, Gholamhossein (Arabic: غلامحسين محمدنيا), Tehran, Iran; DOB 03 Aug 1970; POB Shahrerey, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport H66074406 (Iran) expires 27 Oct 2028 (individual) [HOSTAGES-EO14078] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MOHAMMED ALI AL THAWR EXCHANGE (Arabic: محمد على التور للصرافه) (a.k.a. AL THAWR EXCHANGE), Hodeidah, Yemen; Sana'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c. [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

MOHAMMED KUL, Mohammed Nour (a.k.a. MOHAMED KOL, Mohammed Noor; a.k.a. NOOR, Haji Mohammad), c/o NEW ANSARI MONEY EXCHANGE, Afghanistan; c/o GREEN LEAF GENERAL TRADING LLC, United Arab Emirates; c/o CONNECT TELECOM GENERAL TRADING LLC, United Arab Emirates; DOB 27 Jul 1965; citizen Afghanistan (individual) [SDNTK].

MOHAMMED, Abd' al-Baki (a.k.a. KHALED, Abdulbaqi Mohammed; a.k.a. KHALED, Abul Baki; a.k.a. KHALED, Abul Baki Mohammed; a.k.a. "ABU KHAWLA"), Birmingham, United Kingdom; DOB 18 Aug 1957; POB Tripoli, Libya; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MOHAMMED, Aboud Rogo (a.k.a. MOHAMED, Aboud Rogo; a.k.a. MUHAMMAD, Aboud Rogo; a.k.a. ROGO, Aboud Mohammad; a.k.a. ROGO, Aboud Mohammed; a.k.a. ROGO, Aboud Seif; a.k.a. ROGO, Sheikh Aboud); DOB 11 Nov 1960; alt. DOB 11 Nov 1967; alt. DOB 11 Nov 1969; alt. DOB 01 Jan 1969; POB Kenya; alt. POB Lamu Island, Kenya; citizen Kenya (individual) [SOMALIA].

MOHAMMED, Al-Basher (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. AL-KHATAB, Abd Al Rahman; a.k.a. ISMAIL,

Mohammed; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MOHAMMED, Bashir Mahmud (a.k.a. GAP, Gure; a.k.a. MAHAMOUD, Bashir Mohamed; a.k.a. MAHMOUD, Bashir Mohamed; a.k.a. MOHAMOUD, Bashir Mohamed; a.k.a. MOHAMUD, Bashir Mohamed; a.k.a. QORGAB, Bashir; a.k.a. YARE, Bashir; a.k.a. "MUSCAB, Abu"; a.k.a. "QORGAB"), Mogadishu, Somalia; nationality Somalia; DOB circa 1979-1982; alt. DOB 1982 (individual) [SOMALIA].

MOHAMMED, Fazul (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MOHAMMED, Fazul Abdilahi (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MOHAMMED, Fazul Abdullah (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed;

a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MOHAMMED, Fouad (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MOHAMMED, Imad Naji Mohammed (a.k.a. AL-BAHADLI, Imad Naji (Arabic: عماد ناجي الهادلي)), Iraq; DOB 25 May 1975; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A10722899 (Iraq) expires 14 Dec 2023 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

MOHAMMED, Ishmael (a.k.a. ALEONG, Eddie; a.k.a. MUHAMMAD, Ishmail; a.k.a. YONG, Isma'il 'Ali), Trinidad and Tobago; DOB 14 Aug 1984; nationality Trinidad and Tobago; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 19840814025 (Trinidad and Tobago); Identification Number 752536B (Trinidad and Tobago) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MOHAMMED, Jama Ali (a.k.a. MUHAMMAD, Jami' 'Ali), Oman; DOB 01 Jan 1980; nationality Somalia; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 60358533 (Oman) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

MOHAMMED, Khalid Shaikh, Guantanamo Bay detention center, Cuba; DOB 14 Apr 1965; alt. DOB 01 Mar 1964; POB Kuwait; citizen Kuwait; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MOHAMMED, Mustafa (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. ALI, Hassan; a.k.a. AL-NUBI, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADHIL, Mustafa Mohamed; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. JIHAD, Abu; a.k.a. MAN, Nu; a.k.a. "ANIS, Abu"; a.k.a. "HUSSEIN"; a.k.a. "KHALID"; a.k.a. "YUSSRR, Abu"); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

MOHAMMED, Shariff Omar (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MOHAMMED, Wali (a.k.a. JAN, Malang; a.k.a. WAZIR, Malang), Wana, South Waziristan, Pakistan; DOB 1975; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MOHAMMED'S ARMY (a.k.a. ARMY OF MOHAMMED; a.k.a. JAISH-E-MOHAMMED; a.k.a. JAISH-I-MOHAMMED; a.k.a. KHUDAMUL ISLAM; a.k.a. KHUDDAM-UL-ISLAM; a.k.a. KUDDAM E ISLAMI; a.k.a. TEHRIK UL-FURQAAN), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

MOHAMOUD, Bashir Mohamed (a.k.a. GAP, Gure; a.k.a. MAHAMOUD, Bashir Mohamed; a.k.a. MAHMOUD, Bashir Mohamed; a.k.a. MOHAMMED, Bashir Mahmud; a.k.a. MOHAMUD, Bashir Mohamed; a.k.a. QORGAB, Bashir; a.k.a. YARE, Bashir; a.k.a. "MUSCAB, Abu"; a.k.a. "QORGAB"), Mogadishu, Somalia; nationality Somalia; DOB circa 1979-1982; alt. DOB 1982 (individual) [SOMALIA].

MOHAMUD, Bashir Mohamed (a.k.a. GAP, Gure; a.k.a. MAHAMOUD, Bashir Mohamed; a.k.a. MAHMOUD, Bashir Mohamed; a.k.a. MOHAMMED, Bashir Mahmud; a.k.a. MOHAMOUD, Bashir Mohamed; a.k.a. QORGAB, Bashir; a.k.a. YARE, Bashir; a.k.a. "MUSCAB, Abu"; a.k.a. "QORGAB"), Mogadishu, Somalia; nationality Somalia; DOB circa 1979-1982; alt. DOB 1982 (individual) [SOMALIA].

MOHANDESI TARH VA TOSEH MARO SANAT COMPANY (a.k.a. MARO SANAT COMPANY; a.k.a. MARO SANAT DEVELOPMENT AND DESIGN ENGINEERING COMPANY; a.k.a. MARO SANAT ENGINEERING; a.k.a. MAROU SANAT ENGINEERING COMPANY), North Drive Moftah Street, Zahra Street, Placard 9, Ground Floor, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MOHD, Ali Mohd Abutorab Noor (a.k.a. ABUTURAB, Ali Muhammad; a.k.a. MOHAMMAD, Ali Mohammad Abutorab Noor; a.k.a. MOHAMMAD, Ali Mohammad Noor; a.k.a. MUHAMMAD, Abu Turab Ali; a.k.a. MUHAMMED, Ali Muhammed Noor; a.k.a. TORAB, Abu Ali; a.k.a. TORAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammed Abu; a.k.a. TURAB, Ali Muhammad Abu; a.k.a. "MOHAMMED, Ali"; a.k.a. "TURAB, Abu"), Jamia Salfia, Airport Road, Quetta, Pakistan; Patel Road, Quetta, Pakistan; Saudi Arabia; DOB 10 Sep 1964; alt. DOB 05 Jan 1968; POB Quetta, Balochistan, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J349992 (Pakistan); National ID No. 2083655452 (Saudi Arabia) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

MOHIDDIN, Shaikh Shakil Babu (a.k.a. AHMED, Sheikh Shakeel; a.k.a. SHAKEEL, Chhota; a.k.a. SHAKEEL, Chota; a.k.a. SHAKIL, Chhota), R. No. 11, 1st Floor Ruksans Manzil, 78 Temkar Street, Nagpada, Mumbai, India; DOB 31 Dec 1955; alt. DOB 1960; POB Mumbai (Bombay), India; nationality India (individual) [SDNTK].

MOHMMADHASNI, Asad Khan (a.k.a. KHAN, Asad; a.k.a. KHAN, Haji Asad; a.k.a. KHAN, Mohammed; a.k.a. MOHADMMADHASNI, Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan Zarkari; a.k.a. MUHAMMADHASNI, Asad Khan; a.k.a. ZARKARI, Asad Khan; a.k.a. "ASAD, Haji"; a.k.a. "HAJI ABDULLAH"), Nimroz, Afghanistan; Kabul, Afghanistan; Karachi, Pakistan; Basalani, Afghanistan; Balochistan, Pakistan; Dubai, United Arab Emirates; DOB 01 Jan 1955; POB Nimroz, Afghanistan; citizen Afghanistan; Passport OR1126692 (Afghanistan) (individual) [SDNTK].

MOHSENI EJEI, Gholam Hossein (a.k.a. MOHSENI-EJEI, Qolam-Hossein); DOB circa 1956; POB Ejiyeh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Prosecutor-General of Iran; Hojjatoleslam; Former Minister of Intelligence (individual) [IRAN-HR].

MOHSENI-EJEI, Qolam-Hossein (a.k.a. MOHSENI EJEI, Gholam Hossein); DOB circa 1956; POB Ejiyeh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Prosecutor-General of Iran; Hojjatoleslam; Former Minister of Intelligence (individual) [IRAN-HR].

MOHTASHAM, Abdol-Hamid (a.k.a. MOHTASHAM, Abdolhamid (Arabic: عبدالحمید محتشم); a.k.a. MOHTASHAM, Abdul-Hamid), Iran; DOB 1955 to 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: ANSAR-E HEZBOLLAH).

MOHTASHAM, Abdolhamid (Arabic: عبدالحمید محتشم) (a.k.a. MOHTASHAM, Abdol-Hamid; a.k.a. MOHTASHAM, Abdul-Hamid), Iran; DOB 1955 to 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: ANSAR-E HEZBOLLAH).

MOHTASHAM, Abdul-Hamid (a.k.a. MOHTASHAM, Abdol-Hamid; a.k.a. MOHTASHAM, Abdolhamid (Arabic: عبدالحمید

محتشم)), Iran; DOB 1955 to 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: ANSAR-E HEZBOLLAH).

MO'IN, Moslem (a.k.a. MOEIN, Moslem (Arabic: مسلم معین)), Part 7, Block 25, Ground Floor, 16th Street, Sarvestan Street, Chaghamirza Phase 2 Shahid Mehrabi, Kermanshah, Iran; DOB 22 Sep 1985; POB Eslamabad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3341588477 (Iran); Birth Certificate Number 3477 (Iran) (individual) [IRAN-HR] (Linked To: BASIJ RESISTANCE FORCE).

MOJICA MEJIA, Jose Jorge, Carretera Sur. Kilometro 7.5, Colonia Frawley, Frente a Gasolinera Uno, Managua, Nicaragua; DOB 10 Oct 1966; POB Managua, Nicaragua; nationality Nicaragua; Gender Male; Passport C02366793 (Nicaragua) issued 14 Jun 2018 expires 14 Jun 2028 (individual) [NICARAGUA].

MOJICA OBREGON, Oscar (a.k.a. MOJICA OBREGON, Oscar Salvador); DOB 22 Nov 1955; POB Nicaragua; nationality Nicaragua; Gender Male; Passport A0006041 (Nicaragua) (individual) [NICARAGUA].

MOJICA OBREGON, Oscar Salvador (a.k.a. MOJICA OBREGON, Oscar); DOB 22 Nov 1955; POB Nicaragua; nationality Nicaragua; Gender Male; Passport A0006041 (Nicaragua) (individual) [NICARAGUA].

MOJTAHEDNAJAFI, Seyedmehdi (a.k.a. MOJTAHEDNAJAFI, Seyedmehdi Miraliasghar; a.k.a. NAJAFI, Mehdi; a.k.a. NAJAFI, Seyed Mehdi Mojtahed), No. 1-30th Bld# 2nd, Shahrak Farhangian Sheykh Fazlollah Nour, Tehran 1464873861, Iran; DOB 21 Sep 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport I15597905 (Iran); National ID No. 0054385946 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

MOJTAHEDNAJAFI, Seyedmehdi Miraliasghar (a.k.a. MOJTAHEDNAJAFI, Seyedmehdi; a.k.a. NAJAFI, Mehdi; a.k.a. NAJAFI, Seyed Mehdi Mojtahed), No. 1-30th Bld# 2nd, Shahrak Farhangian Sheykh Fazlollah Nour, Tehran 1464873861, Iran; DOB 21 Sep 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport I15597905 (Iran); National ID No. 0054385946 (Iran)

(individual) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

MOJTAMAE SANATE HAFTOME TIR (a.k.a. 7TH OF TIR; a.k.a. 7TH OF TIR COMPLEX; a.k.a. 7TH OF TIR INDUSTRIAL COMPLEX; a.k.a. 7TH OF TIR INDUSTRIES; a.k.a. 7TH OF TIR INDUSTRIES OF ISFAHAN/ESFAHAN; a.k.a. SANAYE HAFTOME TIR; a.k.a. SEVENTH OF TIR), Mobarakeh Road Km 45, Isfahan, Iran; P.O. Box 81465-478, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MOJTAME FOULAD SHAHIN BONAB (a.k.a. BONAB STEEL INDUSTRY COMPLEX; a.k.a. SHAHIN BONAB STEEL COMPLEX), No 17, Sarbalai Valiasr, Tavanir Bridge, Tabriz City, Iran; Bonab Industrial Zone, Bonab, East Azerbaijan, Iran; PO Box 51576-13533, Tabriz City, Iran; Website www.mfbco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2005; National ID No. 742 (Iran) issued 2005 [IRAN-EO13871].

MOJTAME SANTY AJZAE DAGHIGH (a.k.a. FADJR INDUSTRIES GROUP; a.k.a. FAJR INDUSTRIES GROUP; a.k.a. IFP; a.k.a. INDUSTRIAL FACTORIES OF PRECISION-MACHINERY; a.k.a. INSTRUMENTATION FACTORIES OF PRECISION MACHINERY; a.k.a. INSTRUMENTATION FACTORY PLANT; a.k.a. NASR INDUSTRIES GROUP), P.O. Box 1985-777, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MOKALED, Hassan (a.k.a. MAKLED, Hasan Ahmed; a.k.a. MOUKALLED, Hassan Ahmed (Arabic: حسن احمد مقلد); a.k.a. MUQALAD, Hassan; a.k.a. MUQALLAD, Hasan), Jarjo, Nabatiyeh, Lebanon; DOB 17 Feb 1967; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

MOKHBER, Mohammad, Iran; DOB 01 Sep 1955; POB Dezful, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A21445778 (Iran) issued 12 Jul 2011 expires 11 Jul 2016; alt. Passport U36089492 (Iran) expires 25 Dec 2020 (individual) [IRAN-EO13876] (Linked To: EXECUTION OF IMAM KHOMEINI'S ORDER).

MOKHTARI, Khosro (Arabic: خسرو مختاری), Iran; POB Mianeh, East Azerbaijan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1532561097 (Iran) (individual) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

MOKOM, Gawaka (a.k.a. GAWAKA, Maxime Eli Jeoffroy Mokom; a.k.a. GAWAKA, Maxime Mokom; a.k.a. MOCOM, Maxime; a.k.a. MOKOM, Maxim; a.k.a. MOKOM, Maxime; a.k.a. MOKOME, Maxime; a.k.a. MOKOM-GAWAKA, Maxime Jeoffroy Eli; a.k.a. MOKOUM, Maxime; a.k.a. "Colonel Rock"), Boy-Rabe, Bangui, Central African Republic; DOB 30 Dec 1978; POB Bangui, Central African Republic; nationality Central African Republic; Gender Male; Passport O00006983 (Central African Republic) expires 02 Feb 2017 (individual) [CAR].

MOKOM, Maxim (a.k.a. GAWAKA, Maxime Eli Jeoffroy Mokom; a.k.a. GAWAKA, Maxime Mokom; a.k.a. MOCOM, Maxime; a.k.a. MOKOM, Gawaka; a.k.a. MOKOM, Maxime; a.k.a. MOKOME, Maxime; a.k.a. MOKOM-GAWAKA, Maxime Jeoffroy Eli; a.k.a. MOKOUM, Maxime; a.k.a. "Colonel Rock"), Boy-Rabe, Bangui, Central African Republic; DOB 30 Dec 1978; POB Bangui, Central African Republic; nationality Central African Republic; Gender Male; Passport O00006983 (Central African Republic) expires 02 Feb 2017 (individual) [CAR].

MOKOM, Maxime (a.k.a. GAWAKA, Maxime Eli Jeoffroy Mokom; a.k.a. GAWAKA, Maxime Mokom; a.k.a. MOCOM, Maxime; a.k.a. MOKOM, Gawaka; a.k.a. MOKOM, Maxim; a.k.a. MOKOME, Maxime; a.k.a. MOKOM-GAWAKA, Maxime Jeoffroy Eli; a.k.a. MOKOUM, Maxime; a.k.a. "Colonel Rock"), Boy-Rabe, Bangui, Central African Republic; DOB 30 Dec 1978; POB Bangui, Central African Republic; nationality Central African Republic; Gender Male; Passport O00006983 (Central African Republic) expires 02 Feb 2017 (individual) [CAR].

MOKOME, Maxime (a.k.a. GAWAKA, Maxime Eli Jeoffroy Mokom; a.k.a. GAWAKA, Maxime Mokom; a.k.a. MOCOM, Maxime; a.k.a. MOKOM, Gawaka; a.k.a. MOKOM, Maxim; a.k.a. MOKOM, Maxime; a.k.a. MOKOM-GAWAKA, Maxime Jeoffroy Eli; a.k.a. MOKOUM, Maxime; a.k.a. "Colonel Rock"), Boy-Rabe, Bangui, Central African Republic;

DOB 30 Dec 1978; POB Bangui, Central African Republic; nationality Central African Republic; Gender Male; Passport O00006983 (Central African Republic) expires 02 Feb 2017 (individual) [CAR].

MOKOM-GAWAKA, Maxime Jeoffroy Eli (a.k.a. GAWAKA, Maxime Eli Jeoffroy Mokom; a.k.a. GAWAKA, Maxime Mokom; a.k.a. MOCOM, Maxime; a.k.a. MOKOM, Gawaka; a.k.a. MOKOM, Maxim; a.k.a. MOKOM, Maxime; a.k.a. MOKOME, Maxime; a.k.a. MOKOUM, Maxime; a.k.a. "Colonel Rock"), Boy-Rabe, Bangui, Central African Republic; DOB 30 Dec 1978; POB Bangui, Central African Republic; nationality Central African Republic; Gender Male; Passport O00006983 (Central African Republic) expires 02 Feb 2017 (individual) [CAR].

MOKOUM, Maxime (a.k.a. GAWAKA, Maxime Eli Jeoffroy Mokom; a.k.a. GAWAKA, Maxime Mokom; a.k.a. MOCOM, Maxime; a.k.a. MOKOM, Gawaka; a.k.a. MOKOM, Maxim; a.k.a. MOKOM, Maxime; a.k.a. MOKOME, Maxime; a.k.a. MOKOM-GAWAKA, Maxime Jeoffroy Eli; a.k.a. "Colonel Rock"), Boy-Rabe, Bangui, Central African Republic; DOB 30 Dec 1978; POB Bangui, Central African Republic; nationality Central African Republic; Gender Male; Passport O00006983 (Central African Republic) expires 02 Feb 2017 (individual) [CAR].

MOKRAN LLC (Cyrillic: ООО МОКРАН) (a.k.a. OBSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MOKRAN (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МОКРАН); a.k.a. OOO MOKRAN), d. 15A liter A etazh / pom./ kom. 3/41/N-1, ul. Professora Kachalova, St. Petersburg 192019, Russia (Cyrillic: Улица Профессора Качалова, Дом 15А, Литер А, Эт/Пом/Ком 3/41/Н-1, Город Санкт-Петербург 192019, Russia); Ust-Izhora Village, Petrozavodsk Highway 23, Kolpinskiy District, St. Petersburg, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects; Tax ID No. 7811489970 (Russia); Registration Number 1117847131643 (Russia) [DPRK3].

MOKU GOLD (f.k.a. FERRO SWISS AG; a.k.a. MOKU GOLD MINES; a.k.a. MOKU GOLDMINES AG; a.k.a. MOKU GOLDMINES LTD; a.k.a. MOKU MINES D'OR SA), Renggerstrasse 71, Zurich 8038, Switzerland; Registration Number CH27030140272 (Switzerland) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

MOKU GOLD MINES (f.k.a. FERRO SWISS AG; a.k.a. MOKU GOLD; a.k.a. MOKU GOLDMINES AG; a.k.a. MOKU GOLDMINES LTD; a.k.a. MOKU MINES D'OR SA), Renggerstrasse 71, Zurich 8038, Switzerland; Registration Number CH27030140272 (Switzerland) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

MOKU GOLDMINES AG, Industrieweg 5, Nieuwkoop, Zuid-Holland 2421 LK, Netherlands; Branch Unit Number 000034883819 (Netherlands); Chamber of Commerce Number 66242010 (Netherlands); Legal Entity Number 856458879 (Netherlands) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

MOKU GOLDMINES AG (f.k.a. FERRO SWISS AG; a.k.a. MOKU GOLD; a.k.a. MOKU GOLD MINES; a.k.a. MOKU GOLDMINES LTD; a.k.a. MOKU MINES D'OR SA), Renggerstrasse 71, Zurich 8038, Switzerland; Registration Number CH27030140272 (Switzerland) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

MOKU GOLDMINES LTD (f.k.a. FERRO SWISS AG; a.k.a. MOKU GOLD; a.k.a. MOKU GOLD MINES; a.k.a. MOKU GOLDMINES AG; a.k.a. MOKU MINES D'OR SA), Renggerstrasse 71, Zurich 8038, Switzerland; Registration Number CH27030140272 (Switzerland) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

MOKU MINES D'OR SA (f.k.a. FERRO SWISS AG; a.k.a. MOKU GOLD; a.k.a. MOKU GOLD MINES; a.k.a. MOKU GOLDMINES AG; a.k.a. MOKU GOLDMINES LTD), Renggerstrasse 71, Zurich 8038, Switzerland; Registration Number CH27030140272 (Switzerland) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

MOLANO TORRES, Deysi Yamile, Calle 12 No. 10A-60, Fuente de Oro, Meta, Colombia; San Jose del Guaviare, Colombia; Villavicencio, Colombia; DOB 23 Aug 1986; POB Puerto Rico, Meta, Colombia; Cedula No. 1123530588 (Colombia) (individual) [SDNTK].

MOLCHANOV, Grigoriy Viktorovich; DOB 01 Jan 1956 to 31 Dec 1956; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

MOLCHANOVA, Anna Stanislavovna (Cyrillic: МОЛЧАНОВА, Анна Станиславовна) (a.k.a. MOLCHANOVA, Hanna Stanislavivna (Cyrillic: МОЛЧАНОВА, Ганна Станіславівна)), 30 Krasnodontsev Boulevard, Sevastopol, Crimea, Ukraine; Apartment 18, 2/6 Zagorodnya Balka Boulevard, Sevastopol, Ukraine; DOB 29 Jan 1989; POB Monastyryshche, Cherkaska Region, Ukraine; nationality Ukraine; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 920150546734 (Russia); alt. Tax ID No. 3253604269 (Ukraine) (individual) [RUSSIA-EO14024] (Linked To: ALL RUSSIAN PUBLIC STATE MOVEMENT OF CHILDREN AND YOUTH).

MOLCHANOVA, Hanna Stanislavivna (Cyrillic: МОЛЧАНОВА, Ганна Станіславівна) (a.k.a. MOLCHANOVA, Anna Stanislavovna (Cyrillic: МОЛЧАНОВА, Анна Станиславовна)), 30 Krasnodontsev Boulevard, Sevastopol, Crimea, Ukraine; Apartment 18, 2/6 Zagorodnya Balka Boulevard, Sevastopol, Ukraine; DOB 29 Jan 1989; POB Monastyryshche, Cherkaska Region, Ukraine; nationality Ukraine; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 920150546734 (Russia); alt. Tax ID No. 3253604269 (Ukraine) (individual) [RUSSIA-EO14024] (Linked To: ALL RUSSIAN PUBLIC STATE MOVEMENT OF CHILDREN AND YOUTH).

MOLDURAS DEL NOROESTE S.A. DE C.V., Blvd. Francisco Eusebio Kino 177-7, Col. 5 de Mayo, Hermosillo, Sonora 83010, Mexico; R.F.C. MNO960403HJ0 (Mexico) [SDNTK].

MOLECULAR ELECTRONICS RESEARCH INSTITUTE, JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNOISLEDOVATELSKIY INSTITUT MOLEKULYARNOY ELEKTRONIKI; a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-ISSLEDOVATELSKI INSTITUT MOLEKULYARNOI ELEKTRONIKI; a.k.a. JOINT STOCK COMPANY NIIME; a.k.a. NAUCHNO ISSLEDOVATELSKI INSTITUT MOLEKULYARNOI ELEKTRONIKI AO; a.k.a. NIIME, AO), 1st Zapadny Proezd 12/1, Zelenograd 124460, Russia; d. 6 str. 1, ul. Akademika Valieva, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Organization Established Date 03 Sep 1964; Tax ID No. 7735579027 (Russia); Government Gazette Number 92611467 (Russia); Registration Number 1117746568829 (Russia) [RUSSIA-EO14024].

MOLINA CUBILLOS, Alba Judith, c/o DEWBELLE CENTRO DE ESTETICA Y BELLEZA LTDA., Bogota, Colombia; c/o INVERSIONES GANADERAS Y PALMERAS S.A., Bogota, Colombia; c/o VITAL SILUET CENTRO DE ESTETICA, Bogota, Colombia; Calle 42 No. 72-A35 Casa 16, Bogota, Colombia; Calle 43A No. 69D-51 Trr. 5 Apto. 817, Bogota, Colombia; DOB 01 Mar 1963; POB Guamal, Meta, Colombia; Cedula No. 40315181 (Colombia) (individual) [SDNTK].

MOLINA LOPEZ, Eugenio Dario, La Democracia, Huehuetenango, Guatemala; Agua Zarca, Huehuetenango, Guatemala; Santa Ana Huista, Huehuetenango, Guatemala; San Antonio Huista, Huehuetenango, Guatemala; DOB 02 Jun 1964; POB Guatemala; nationality Guatemala; Gender Male; NIT # 6574734 (Guatemala); C.U.I. 1798585561331 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

MOLINA MONTEJO, Werner Dario, Aldea Agua Zarca, Huehuetenango, Guatemala; Canton La Candelaria Z.0, La Democracia, Huehuetenango, Guatemala; DOB 12 Nov 1984; POB Santa Ana Huista, Huehuetenango, Guatemala; nationality Guatemala; Gender Male; Cedula No. Cedula: M-137560 (Guatemala); Passport 111331000075604 (Guatemala) issued 08 Feb 2007 expires 26 Oct 2012; NIT # 27751171 (Guatemala); Driver's License No. 20332679 (Guatemala); C.U.I. 1785205271331 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

MOLODEZHNAYA AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA NOCHNYE VOLKI (a.k.a. NIGHT WOLVES; a.k.a. NOCHNIYE VOLKI; a.k.a. NOCHNYE VOLKI), Nizhnije Mnevniki, 110, "Bike Center", Moscow, Russia; 110 Nizhniye Mnevniki, Moscow, Russia; 110 Nizhnie Mnevniki Ul., Moscow 123423, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037717009846; Government Gazette Number 14188237 [UKRAINE-EO13660].

MOLODEZHNOYE SPORTIVNOYE OBSHCHESTVENNOYE OBEDINENIYE SHOK (Cyrillic: МОЛОДЕЖНОЕ СПОРТИВНОЕ ОБЩЕСТВЕННОЕ ОБЪЕДИНЕНИЕ СПОРТИВНЫЙ КЛУБ ШОК) (a.k.a. MALADZEZHNAE SPARTYUNAE HRAMADSKAE ABYADNANNE SPARTYUNY KLUB SHOK (Cyrillic: МАЛАДЗЕЖНАЕ СПАРТЫЎНАЕ ГРАМАДСКАЕ АБЯДНАННЕ СПАРТЫЎНЫ КЛУБ ШОК); a.k.a. MSOO SK SHOCK (Cyrillic: МСОО СК ШОК); a.k.a. SHOCK SPORTS CLUB (Cyrillic: СПОРТИВНЫЙ КЛУБ ШОК); a.k.a. "SHOCK TEAM"; a.k.a. "SPORTS CLUB SHOCK"), ul. Boleslava Beruta, 12, Minsk, Belarus (Cyrillic: улица Болеслава Берута, 12, Минск, Belarus); ul. Filimonova, 55/3, Pom. 3H (cab.2), Minsk, Belarus (Cyrillic: ул. Филимонова, д. 55 корпус 3, пом. 3н (каб.2), Минск, Belarus); Organization Established Date 12 Oct 2010; Registration Number 194901875 (Belarus) [BELARUS].

MOLOSTOV, Konstantin Gennadievich (Cyrillic: МОЛОСТОВ, Константин Геннадьевич), Grodno, Belarus; DOB 30 May 1970; POB Krasnoarmeysk, Saratov Oblast, Russia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

MOLOT-ORUZHIE, OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'MOLOT-ORUZHIE'; f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PROIZVODSTVENNO INSTRUMENT KACHESTVO), 135 ul. Lenina, Vyatskie Polyany, Kirov Obl. 612960, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1094307000633 (Russia); Tax ID No. 4307012765 (Russia); Government Gazette Number 60615883 (Russia) [UKRAINE-EO13661] (Linked To: JOINT STOCK COMPANY CONCERN KALASHNIKOV).

MOLOTOV, Igor Yevgenyevich, Russia; DOB 06 Mar 1962; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4509154695 (Russia) (individual) [RUSSIA-EO14024].

MOLOTOV, Stanislav Igorevich, Russia; DOB 18 Oct 1985; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772374802776 (Russia) (individual) [RUSSIA-EO14024].

MOLOUDI, Mohammad (Arabic: محمد مولودی), Iran; DOB 21 Mar 1989; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P61201245 (Iran) expires 08 Jan 2028 (individual) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

MOMAR TRUST (a.k.a. AL AMEEN TRUST; a.k.a. AL AMIN TRUST; a.k.a. AL AMIN WELFARE TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-MADINA TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. MAIMAR TRUST; a.k.a. MAYMAR TRUST; a.k.a. MEYMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

MOMENI KALAGARI, Eskandar (a.k.a. MOMENI, Eskandar (Arabic: اسکندر مؤمنی)), Iran; DOB 15 Jan 1963; POB Qaem Shahr, Mazandaran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10016001 (Iran) expires 27 Nov 2029 (individual) [IRAN-HR].

MOMENI, Eskandar (Arabic: اسکندر مؤمنی) (a.k.a. MOMENI KALAGARI, Eskandar), Iran; DOB 15 Jan 1963; POB Qaem Shahr, Mazandaran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10016001 (Iran) expires 27 Nov 2029 (individual) [IRAN-HR].

MOMENT INVESTMENT LIMITED (a.k.a. MOMENT INVESTMENT LTD), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions

[IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MOMENT INVESTMENT LTD (a.k.a. MOMENT INVESTMENT LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MOMTAZ ELECTRIC, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

MON, Daw Khin Thiri Thet (a.k.a. MON, Khin Thiri Thet), Burma; DOB 05 Dec 1981; nationality Burma; Gender Female; National ID No. 12/MABANA(N)093656 (Burma) (individual) [BURMA-EO14014].

MON, Khin Thiri Thet (a.k.a. MON, Daw Khin Thiri Thet), Burma; DOB 05 Dec 1981; nationality Burma; Gender Female; National ID No. 12/MABANA(N)093656 (Burma) (individual) [BURMA-EO14014].

MONCADA LAU, Nestor (a.k.a. "CHEMA"); DOB 02 Mar 1954; POB Managua, Nicaragua; nationality Nicaragua; Gender Male (individual) [NICARAGUA].

MONCH GENERAL TRADING L.L.C. (Arabic: مونش للتجارة العامة ش.ذ.م.م), Office No. 1503, Exchange Tower, 15th Floor, Business Bay, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Dubai Chamber of Commerce Membership No. 1267441 (United Arab Emirates); Business Registration Number 774989 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

MONCHERY, Fednel, 129 Rue Capois, Port-au-Prince, Ouest HT6110, Haiti; DOB 25 Aug 1963; POB Anse-A-Veau, Haiti; nationality Haiti; Gender Male; Passport PP3955929 (Haiti) expires 04 Jan 2022; alt. Passport PPF006455 (Haiti) expires 16 May 2022; National ID No. 0030787210 (Haiti) (individual) [GLOMAG].

MONDACA AVILA, Sigi Alfredo (Latin: MONDACA ÁVILA, Sigi Alfredo), Mexico; DOB 09 Jan 1985; POB Sinaloa, Sinaloa, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. MOAS850109HSLNVG09 (Mexico); RFC MOAS850109DN7 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

MONGUSH, Ochur-Suge Temirovich (a.k.a. MONGUSH, Ochur-Suge Terimovich (Cyrillic: МОНГУШ, Очур-Суге Тэримович)), Republic of Tuva, Russia; St. Petersburg, Russia; DOB 28 Mar 1993; POB Republic of Tuva, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 170112187202 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KADYROV, Ramzan Akhmatovich).

MONGUSH, Ochur-Suge Terimovich (Cyrillic: МОНГУШ, Очур-Суге Тэримович) (a.k.a. MONGUSH, Ochur-Suge Temirovich), Republic of Tuva, Russia; St. Petersburg, Russia; DOB 28 Mar 1993; POB Republic of Tuva, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 170112187202 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KADYROV, Ramzan Akhmatovich).

MONSOON SHIPPING LTD, Care of Sambouk Shipping FCZ, Office 101, 1st Floor, FITCO Building No 3, Inside Fujairah Port, PO Box 50044, Fujairah, United Arab Emirates; Valletta, Malta; Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MONTALVA INMOBILIARIA, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 77704 (Jalisco) (Mexico) [SDNTK].

MONTANO ALVAREZ, Luis Hernando, Carrera 16A No. 33D-20, Cali, Colombia; c/o GRANJA LA SIERRA LTDA., Cali, Colombia; Cedula No. 16671124 (Colombia); Passport 16671124 (Colombia) (individual) [SDNT].

MONTAZAMI, Gholamreza, Iran; DOB 1955; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: NEW HORIZON ORGANIZATION).

MONTAZER AL-MAHDI, Said (a.k.a. MONTAZEROLMEHDI, Saeed (Arabic: سعيد منتظرالمهدى); a.k.a. MONTAZERUL-MAHDI, Mohammad Saeed), Tehran, Iran; DOB 08 Nov 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Social Deputy and Spokesperson of the Iranian Police (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MONTAZERI, Mohammad Jafar (Arabic: محمد جعفر منتظرى), Iran; DOB 21 Jan 1949 to 19 Feb 1949; POB Qom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Attorney General of Iran; Prosecutor General of Iran (individual) [IRAN-HR].

MONTAZEROLMEHDI, Saeed (Arabic: سعيد منتظرالمهدى) (a.k.a. MONTAZER AL-MAHDI, Said; a.k.a. MONTAZERUL-MAHDI, Mohammad Saeed), Tehran, Iran; DOB 08 Nov 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Social Deputy and Spokesperson of the Iranian Police (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MONTAZERUL-MAHDI, Mohammad Saeed (a.k.a. MONTAZER AL-MAHDI, Said; a.k.a. MONTAZEROLMEHDI, Saeed (Arabic: سعيد منتظرالمهدى)), Tehran, Iran; DOB 08 Nov 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Social Deputy and Spokesperson of the Iranian Police (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MONTECARLO BEACH SAL, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 44925 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

MONTEJO SAENZ, Axel Bladimir (a.k.a. "MOSH"), Guatemala; DOB 26 Oct 1986; POB Santa Ana Huista, Huehuetenango, Guatemala; nationality Guatemala; Gender Male; Cedula No. M-138057 (Guatemala); NIT # 35348208 (Guatemala); C.U.I. 1613087591331 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

MONTENEGRO ESPINOZA, Luis Angel, Planes De Puntaldia Casa #16, Managua, Nicaragua; DOB 01 Jan 1949; POB Esteli, Nicaragua; nationality Nicaragua; Gender Male; National ID No. 1610101490000S (Nicaragua) (individual) [NICARAGUA].

MONTERO PINZON, Julio Cesar (a.k.a. HERNANDEZ JIMENEZ, Cesar; a.k.a. VELAZQUEZ BALTAZAR, Luis Armando; a.k.a. "Comandante Tarjetas"; a.k.a. "El Chess"; a.k.a. "El Chino"; a.k.a. "El Tarjetas"; a.k.a. "HERNANDEZ JIMENEZ, Francisco"; a.k.a.

"Moreno"), Puerto Vallarta, Jalisco, Mexico; Estero del Cayman, Real Ixtapa, #137-A, Puerto Vallarta, Jalisco, Mexico; DOB 02 Jun 1982; alt. DOB 08 Nov 1982; alt. DOB 25 Aug 1986; alt. DOB 28 Jun 1977; POB Puerto Vallarta, Jalisco, Mexico; alt. POB Amatan, Chiapas, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; R.F.C. VEBL860825 (Mexico); C.U.R.P. MOPJ820602HJCNNL05 (Mexico); alt. C.U.R.P. MOPJ821108HJCNNL04 (Mexico); alt. C.U.R.P. VEBL860825HJCLLS05 (Mexico); alt. C.U.R.P. HEJC770628HCSRMS06 (Mexico); Electoral Registry No. GRMRLR82012730M700 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

MONTERROSA-LARIOS, Marvin Geovanny (a.k.a. MONTERROSA-LARIOS, Marvin Jeovanny; a.k.a. "ENANO"); DOB 21 May 1974; POB San Miguel, San Miguel, El Salvador; nationality El Salvador (individual) [TCO].

MONTERROSA-LARIOS, Marvin Jeovanny (a.k.a. MONTERROSA-LARIOS, Marvin Geovanny; a.k.a. "ENANO"); DOB 21 May 1974; POB San Miguel, San Miguel, El Salvador; nationality El Salvador (individual) [TCO].

MONTES SERMENO, Gabriel (a.k.a. MONTES SERMENO, Juan Gabriel; a.k.a. MONTES ZERMENO, Gabriel; a.k.a. MONTES, Juan Gabriel), Calle Libertad No. 5, Col. San Fernando, Matamoros, Tamaulipas, Mexico; Calle Libertad No. 84, Col. San Fernando, Matamoros, Tamaulipas, Mexico; DOB 27 Oct 1973; POB Tamaulipas; nationality Mexico; citizen Mexico; C.U.R.P. MOSJ731027HTSNRN02 (Mexico) (individual) [SDNTK].

MONTES SERMENO, Juan Gabriel (a.k.a. MONTES SERMENO, Gabriel; a.k.a. MONTES ZERMENO, Gabriel; a.k.a. MONTES, Juan Gabriel), Calle Libertad No. 5, Col. San Fernando, Matamoros, Tamaulipas, Mexico; Calle Libertad No. 84, Col. San Fernando, Matamoros, Tamaulipas, Mexico; DOB 27 Oct 1973; POB Tamaulipas; nationality Mexico; citizen Mexico; C.U.R.P. MOSJ731027HTSNRN02 (Mexico) (individual) [SDNTK].

MONTES ZERMENO, Gabriel (a.k.a. MONTES SERMENO, Gabriel; a.k.a. MONTES SERMENO, Juan Gabriel; a.k.a. MONTES, Juan Gabriel), Calle Libertad No. 5, Col. San Fernando, Matamoros, Tamaulipas, Mexico; Calle Libertad No. 84, Col. San Fernando, Matamoros, Tamaulipas, Mexico; DOB 27 Oct 1973; POB Tamaulipas; nationality Mexico; citizen Mexico; C.U.R.P. MOSJ731027HTSNRN02 (Mexico) (individual) [SDNTK].

MONTES, Juan Gabriel (a.k.a. MONTES SERMENO, Gabriel; a.k.a. MONTES SERMENO, Juan Gabriel; a.k.a. MONTES ZERMENO, Gabriel), Calle Libertad No. 5, Col. San Fernando, Matamoros, Tamaulipas, Mexico; Calle Libertad No. 84, Col. San Fernando, Matamoros, Tamaulipas, Mexico; DOB 27 Oct 1973; POB Tamaulipas; nationality Mexico; citizen Mexico; C.U.R.P. MOSJ731027HTSNRN02 (Mexico) (individual) [SDNTK].

MONTILLA OLIVEROS, Jesus Maria (a.k.a. MANTILLA OLIVEROS, Jesus Maria), Bolivar State, Venezuela; DOB 03 Sep 1963; Gender Male; Cedula No. 9215693 (Venezuela) (individual) [VENEZUELA].

MONTOYA LUNA E HIJOS Y CIA. S.C.S., Carrera 85B No. 13A-136, Cali, Colombia; NIT # 800077316-5 (Colombia) [SDNT].

MONTOYA SANCHEZ, Diego Leon, Diagonal 27 No. 27-104, Cali, Colombia; c/o INVERSIONES LA QUINTA Y CIA. LTDA., Cali, Colombia; c/o LADRILLERA LA CANDELARIA LTDA., Cali, Colombia; c/o MONTOYA LUNA E HIJOS Y CIA. S.C.S., Cali, Colombia; DOB 11 Jan 1958; POB Trujillo, Valle, Colombia; Cedula No. 16348515 (Colombia); Passport 16348515 (Colombia) (individual) [SDNT].

MONTOYA SANCHEZ, Eugenio (a.k.a. CARVAJAL TAFURT, Hector Fabio), Diagonal 27 No. 27-104, Cali, Colombia; Calle 7 No. 45-25, Cali, Colombia; c/o LADRILLERA LA CANDELARIA LTDA., Cali, Colombia; DOB 17 Apr 1970; alt. DOB 15 Apr 1972; POB Trujillo, Valle, Colombia; Cedula No. 94307307 (Colombia); alt. Cedula No. 16836750 (Colombia); Passport AC814028 (Colombia); alt. Passport 94307307 (Colombia); alt. Passport 16836750 (Colombia) (individual) [SDNT].

MONTOYA SANCHEZ, Juan Carlos, Carrera 85B No. 13A-136, Cali, Colombia; c/o MONTOYA LUNA E HIJOS Y CIA. S.C.S., Cali, Colombia; DOB 03 Sep 1962; POB Riofrio, Valle, Colombia; Cedula No. 16357049 (Colombia); Passport 16357049 (Colombia) (individual) [SDNT].

MONTOYA USUGA, Alexander (a.k.a. "FLACO USUGA"); DOB 14 Jun 1979; POB Medellin, Antioquia, Colombia; citizen Colombia; Cedula No. 71216560 (Colombia) (individual) [SDNTK].

MONUMONT SHIP MANAGEMENT LIMITED, Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Daire 131, Kat 11, 1st Marina B Blok, Ankara Caddesi 147, Kordonboyu Mahallesi, Kartal, Istanbul, Turkey; Kat 7, Rumeli Plaza, Rumeli Caddesi, Mesrutiyet Mahallesi, Nisantasi, Sisil, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2021; Identification Number IMO 6207825 [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

MONZAVI, Azim (Arabic: عظیم منزوی), Iran; DOB 20 Sep 1963; POB Shahrekord, Iran; citizen Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A30472984 (Iran) expires 08 Jul 2019; alt. Passport E49290734 (Iran) expires 16 Jun 2024; National ID No. 4622001640 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MONZON ARAUJO, Ofelia, Calle Bahia de Topolobampo No. 1628, Colonia Nuevo Culiacan, Culiacan, Sinaloa, Mexico; Boulevard Pedro Infante No. 3050, Colonia Recursos Hidraulicos, Culiacan, Sinaloa C.P. 80100, Mexico; DOB 06 Apr 1952; alt. DOB 06 Apr 1953; POB Bacacoragua, Badiraguato, Sinaloa, Mexico; R.F.C. MOAO520406F27 (Mexico); alt. R.F.C. MOAO-530406 (Mexico); C.U.R.P. MOAO520406MSLNRF03 (Mexico) (individual) [SDNTK] (Linked To: ESTACIONES DE SERVICIOS CANARIAS, S.A. DE C.V.; Linked To: GASOLINERA ALAMOS COUNTRY, S.A. DE C.V.; Linked To: GASOLINERA Y SERVICIOS VILLABONITA, S.A. DE C.V.).

MOO SDD (Cyrillic: МОО СДД) (a.k.a. INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS (Cyrillic: МЕЖРЕГИОНАЛЬНАЧЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ СОЮЗ ДОБРОВОЛЬЦЕВ ДОНБАССА); a.k.a. UNION OF DONBAS VOLUNTEERS (Cyrillic: СОЮЗ ДОБРОВОЛЬЦЕВ ДОНБАССА)), ofis 2, str. 1, d. 7, ul. Fadeyeva, Moscow 125047, Russia; ul. Ulofa Palme, d. 1, podyezd C, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

9710001943 (Russia); Registration Number 1157700015065 (Russia) [RUSSIA-EO14024].

MOO VECHE (a.k.a. INTERREGIONAL PUBLIC ORGANIZATION FOR THE PROMOTION OF DOMESTIC TRADITIONS AND CULTURAL HERITAGE VECHE (Cyrillic: МЕЖРЕГИОНАЛЬНАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ СОДЕЙСТВИЯ СОХРАНЕНИЮ ОТЕЧЕСТВЕННЫХ ТРАДИЦИЙ И КУЛЬТУРНОГО НАСЛЕДИЯ ВЕЧЕ)), 71 Ismailovskoe Highway, Building 4, Room 6, Office 9, Moscow 105187, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719288461 (Russia); Registration Number 1097799028348 (Russia) [RUSSIA-EO14024].

MOON IMP & EXP CO., LIMITED (a.k.a. MOON IMP AND EXP CO., LIMITED), Room P, 4/F, Llardo Centre, 72 Hoi Yuen Road, Kwun Tong, Kowloon, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Mar 2023; Company Number 3252234 (Hong Kong); Business Registration Number 75046944 (Hong Kong) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MOON IMP AND EXP CO., LIMITED (a.k.a. MOON IMP & EXP CO., LIMITED), Room P, 4/F, Llardo Centre, 72 Hoi Yuen Road, Kwun Tong, Kowloon, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Mar 2023; Company Number 3252234 (Hong Kong); Business Registration Number 75046944 (Hong Kong) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MOON LINE PLASTICS AND RAW MATERIALS TRADING L.L.C (Arabic: مون لاين لتجارة خامات البلاستيك والنايلون ش.ذ.م.م), Al-Barsha 1, Badr Saif Saud Al-Jabri 137, Office AT, No. 1, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Nov 2022; License 1120865 (United Arab Emirates); Economic Register Number (CBLS) 11972632 (United Arab Emirates) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

MOONSTORM ENTERPRISES LIMITED, Elli Court, Flat No. 4, Floor No. 2, Arch. Makariou III

210, Limassol 3030, Cyprus; Registration Number HE247830 (Cyprus) [GLOMAG] (Linked To: TESIC, Slobodan).

MOOR, Aleksandr Viktorovich (Cyrillic: МООР, Александр Викторович) (a.k.a. MOOR, Alexander Viktorovich), Tyumen region, Russia; DOB 06 Jan 1974; POB Bereznyaki, Tyumen region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 720403659694 (Russia) (individual) [RUSSIA-EO14024].

MOOR, Alexander Viktorovich (a.k.a. MOOR, Aleksandr Viktorovich (Cyrillic: МООР, Александр Викторович)), Tyumen region, Russia; DOB 06 Jan 1974; POB Bereznyaki, Tyumen region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 720403659694 (Russia) (individual) [RUSSIA-EO14024].

MOOSA, Basheer Khalid (a.k.a. MOOSA, Basheer Khalif; a.k.a. MOSSA, Bashir Khalif; a.k.a. MOUSSA, Bachir Kalif; a.k.a. MUSA, Bashir Khalif; a.k.a. MUSSE, Bachir Khalif; a.k.a. MUSSE, Bashir Khalif; a.k.a. "MOOSA, Bashir"; a.k.a. "MUSSE, Bashir"), Dubai, United Arab Emirates; PO Box 80367, Ajman, United Arab Emirates; DOB 01 Jan 1967; POB Garowe, Puntland, Somalia; nationality Djibouti; Gender Male; Passport 16RE41878 (Djibouti) issued 26 May 2016 expires 25 May 2021; alt. Passport 16RF20973 (Djibouti) expires 11 Oct 2023; Identification Number 784-1967-5350265-5 (United Arab Emirates); Residency Number 083698992 (United Arab Emirates) expires 15 May 2020 (individual) [SOMALIA].

MOOSA, Basheer Khalif (a.k.a. MOOSA, Basheer Khalid; a.k.a. MOSSA, Bashir Khalif; a.k.a. MOUSSA, Bachir Kalif; a.k.a. MUSA, Bashir Khalif; a.k.a. MUSSE, Bachir Khalif; a.k.a. MUSSE, Bashir Khalif; a.k.a. "MOOSA, Bashir"; a.k.a. "MUSSE, Bashir"), Dubai, United Arab Emirates; PO Box 80367, Ajman, United Arab Emirates; DOB 01 Jan 1967; POB Garowe, Puntland, Somalia; nationality Djibouti; Gender Male; Passport 16RE41878 (Djibouti) issued 26 May 2016 expires 25 May 2021; alt. Passport 16RF20973 (Djibouti) expires 11 Oct 2023; Identification Number 784-1967-5350265-5 (United Arab Emirates); Residency Number 083698992 (United Arab Emirates) expires 15 May 2020 (individual) [SOMALIA].

MOOSAWAN, Naija (a.k.a. SAVANG, Cha Mu; a.k.a. SAWANG, Chamu; a.k.a. YU, Jianjun),

Thailand; DOB 01 Jan 1964 to 17 Feb 1964; nationality Thailand; Gender Male; Passport Z992106 (Thailand) expires 26 Feb 2017 (individual) [BURMA-EO14014] [CYBER4] (Linked To: TRANS ASIA INTERNATIONAL HOLDING GROUP THAILAND COMPANY LIMITED).

MOOYOKBANK (a.k.a. FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA; a.k.a. KOREA TRADE BANK; a.k.a. NORTH KOREA'S FOREIGN TRADE BANK), FTB Building, Jungsong-dong, Central District, Pyongyang, Korea, North; SWIFT/BIC FTBDKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK3].

MOQADAM, Reza Amiri (a.k.a. AMIRINIA, Ahmad; a.k.a. MOGHADAM, Reza Amiri (Arabic: رضا امیری مقدم); a.k.a. MOGHADDAM, Reza Amiri), Iran; DOB 30 Apr 1961; alt. DOB 30 Apr 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P59446693 (Iran) expires 05 Sep 2027; alt. Passport D10004770 (Iran) expires 17 Feb 2024 (individual) [HOSTAGES-EO14078] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MOQISEH, Mohammad (a.k.a. MOGHISEH, Mohammad; a.k.a. MOGHISSEH, Mohammad (Arabic: محمد مقیسه); a.k.a. MOGHISSEH, Mohammad Nasser (Arabic: محمد ناصر مقیسه); a.k.a. "NASERIAN" (Arabic: "ناصریان"); a.k.a. "NASSERIAN"), Tehran, Iran; DOB 1956 to 1957; POB Moqiseh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 28 (individual) [IRAN] [IRAN-TRA].

MORA GARIBAY, Joel (a.k.a. OSEGUERA CERVANTES, Antonio; a.k.a. "Tony Montana"), Priv Linda Vista 3986, Fracc El Soler, Tijuana, B.C. 22110, Mexico; DOB 20 Aug 1958; POB Aguililla, Michoacan de Ocampo, Mexico; C.U.R.P. OECA580820HMNSRN04 (Mexico); I.F.E. OSCRAN58082016H800 (Mexico) (individual) [SDNTK] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

MORADI CHOGHAMARANI, Ali Reza Hajji Morad (a.k.a. CHEGHA-MARANI, Ali Reza Moradi; a.k.a. CHEGHAMARANI, Ali Reza Moradi (Arabic: علیرضا مرادی چقامارانی); a.k.a.

CHEGHAMARANI, Alireza Moradi; a.k.a. CHEGHA-MARANI, Alireza Moradi; a.k.a. CHOGHAMARANI, Ali Reza Moradi; a.k.a. CHOGHAMARANI, Alireza Moradi; a.k.a. MORADI HAJIMRAD, Ali Reza; a.k.a. MORADI, Ali Reza; a.k.a. MORADI, Alireza (Arabic: علیرضا مرادی); a.k.a. MORADICHOGHAMARANI, Ali Reza), Sanandaj, Iran; DOB 11 Aug 1962; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T23715965 (Iran) expires 09 May 2017; National ID No. 3257894351 (Iran); LEF Commander, Sanandaj (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MORADI HAJIMRAD, Ali Reza (a.k.a. CHEGHA-MARANI, Ali Reza Moradi; a.k.a. CHEGHAMARANI, Ali Reza Moradi (Arabic: علیرضا مرادی چقامارانی); a.k.a. CHEGHAMARANI, Alireza Moradi; a.k.a. CHEGHA-MARANI, Alireza Moradi; a.k.a. CHOGHAMARANI, Ali Reza Moradi; a.k.a. CHOGHAMARANI, Alireza Moradi; a.k.a. MORADI CHOGHAMARANI, Ali Reza Hajji Morad; a.k.a. MORADI, Ali Reza; a.k.a. MORADI, Alireza (Arabic: علیرضا مرادی); a.k.a. MORADICHOGHAMARANI, Ali Reza), Sanandaj, Iran; DOB 11 Aug 1962; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T23715965 (Iran) expires 09 May 2017; National ID No. 3257894351 (Iran); LEF Commander, Sanandaj (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MORADI, Ali Reza (a.k.a. CHEGHA-MARANI, Ali Reza Moradi; a.k.a. CHEGHAMARANI, Ali Reza Moradi (Arabic: علیرضا مرادی چقامارانی); a.k.a. CHEGHAMARANI, Alireza Moradi; a.k.a. CHEGHA-MARANI, Alireza Moradi; a.k.a. CHOGHAMARANI, Ali Reza Moradi; a.k.a. CHOGHAMARANI, Alireza Moradi; a.k.a. MORADI CHOGHAMARANI, Ali Reza Hajji Morad; a.k.a. MORADI HAJIMRAD, Ali Reza; a.k.a. MORADI, Alireza (Arabic: علیرضا مرادی); a.k.a. MORADICHOGHAMARANI, Ali Reza), Sanandaj, Iran; DOB 11 Aug 1962; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T23715965 (Iran) expires 09 May 2017; National ID No. 3257894351 (Iran); LEF Commander, Sanandaj (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MORADI, Alireza (Arabic: علیرضا مرادی) (a.k.a. CHEGHA-MARANI, Ali Reza Moradi; a.k.a. CHEGHAMARANI, Ali Reza Moradi (Arabic: علیرضا مرادی چقامارانی); a.k.a. CHEGHAMARANI, Alireza Moradi; a.k.a. CHEGHA-MARANI, Alireza Moradi; a.k.a. CHOGHAMARANI, Ali Reza Moradi; a.k.a. CHOGHAMARANI, Alireza Moradi; a.k.a. MORADI CHOGHAMARANI, Ali Reza Hajji Morad; a.k.a. MORADI HAJIMRAD, Ali Reza; a.k.a. MORADI, Ali Reza; a.k.a. MORADICHOGHAMARANI, Ali Reza), Sanandaj, Iran; DOB 11 Aug 1962; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T23715965 (Iran) expires 09 May 2017; National ID No. 3257894351 (Iran); LEF Commander, Sanandaj (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MORADICHOGHAMARANI, Ali Reza (a.k.a. CHEGHA-MARANI, Ali Reza Moradi; a.k.a. CHEGHAMARANI, Ali Reza Moradi (Arabic: علیرضا مرادی چقامارانی); a.k.a. CHEGHAMARANI, Alireza Moradi; a.k.a. CHEGHA-MARANI, Alireza Moradi; a.k.a. CHOGHAMARANI, Ali Reza Moradi; a.k.a. CHOGHAMARANI, Alireza Moradi; a.k.a. MORADI CHOGHAMARANI, Ali Reza Hajji Morad; a.k.a. MORADI HAJIMRAD, Ali Reza; a.k.a. MORADI, Ali Reza; a.k.a. MORADI, Alireza (Arabic: علیرضا مرادی)), Sanandaj, Iran; DOB 11 Aug 1962; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T23715965 (Iran) expires 09 May 2017; National ID No. 3257894351 (Iran); LEF Commander, Sanandaj (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MORADIPOUR, Mohammad Ali (Arabic: محمد علی مرادی پور) (a.k.a. ALI MORADIPUR, Mohammad), Tehran, Iran; DOB 30 Apr 1959; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1218719699 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SANAYE MOTORSAZI ALVAND PRIVATE COMPANY).

MORAL SECURITY POLICE (Arabic: پلیس امنیت اخلاقی) (a.k.a. IRAN'S MORALITY POLICE), Vozara Street, corner of 25th Street, District 6, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MORALABILITY INDUSTRIAL SDN BHD, 70-1 Jalan Suria, Pusat Perniagaan Suri, Puchong, Selangor, Malaysia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 202201043934 (Malaysia) [RUSSIA-EO14024].

MORALES CIFUENTES, Juan Jose (a.k.a. "PANCHO"), Colonia 3 de mayo, Tecun Uman, San Marcos, Guatemala; DOB 09 Apr 1990; POB San Marcos, Guatemala; nationality Guatemala; Gender Male; Cedula No. L-1238436 (Guatemala); NIT # 59536969 (Guatemala); C.U.I. 2755498951217 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

MORALES GUERRERO, Juan Antonio (a.k.a. GAXIOLA MEDINA, Rigoberto; a.k.a. MEDINA SAENZ, Enrique; a.k.a. SAENZ MEDINA, Enrique), Calle Clavel No. 1406, Colonia Margarita, Culiacan, Sinaloa, Mexico; Hermosillo, Sonora, Mexico; DOB 27 Sep 1950; alt. DOB 27 Oct 1950; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. GAMR-501027 (Mexico); C.U.R.P. GAMR501027HSLXDG00 (Mexico) (individual) [SDNTK].

MORALES LLOVERA, Negal Manuel, Miranda, Venezuela; DOB 08 Mar 1972; Gender Male; Cedula No. V-9670642 (Venezuela) (individual) [VENEZUELA].

MORALES URBINA, Wendy Carolina (a.k.a. MORALES, Wendy Carolina; a.k.a. "MORALES, Wendy"; a.k.a. "URBINA, Wendy Carolina"), Managua, Nicaragua; DOB 28 May 1980; POB Nicaragua; nationality Nicaragua; citizen Nicaragua; Gender Female; National ID No. 001-280580-0021Y (Nicaragua) (individual) [NICARAGUA].

MORALES ZAMBRANO, Christian (a.k.a. MORALES ZAMBRANO, Cristhiam Abelardo; a.k.a. MORALES ZAMBRANO, Cristhian), Tachira, Venezuela; DOB 09 Mar 1970; Gender Male; Cedula No. 9656561 (Venezuela) (individual) [VENEZUELA].

MORALES ZAMBRANO, Cristhiam Abelardo (a.k.a. MORALES ZAMBRANO, Christian; a.k.a. MORALES ZAMBRANO, Cristhian), Tachira, Venezuela; DOB 09 Mar 1970; Gender

Male; Cedula No. 9656561 (Venezuela) (individual) [VENEZUELA].

MORALES ZAMBRANO, Cristhian (a.k.a. MORALES ZAMBRANO, Christian; a.k.a. MORALES ZAMBRANO, Cristhiam Abelardo), Tachira, Venezuela; DOB 09 Mar 1970; Gender Male; Cedula No. 9656561 (Venezuela) (individual) [VENEZUELA].

MORALES, Wendy Carolina (a.k.a. MORALES URBINA, Wendy Carolina; a.k.a. "MORALES, Wendy"; a.k.a. "URBINA, Wendy Carolina"), Managua, Nicaragua; DOB 28 May 1980; POB Nicaragua; nationality Nicaragua; citizen Nicaragua; Gender Female; National ID No. 001-280580-0021Y (Nicaragua) (individual) [NICARAGUA].

MORAN SECURITY GROUP LTD, Moscow, Russia; Website moran-group.org; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2009 [RUSSIA-EO14024].

MORCILLO TORRES, Gracia; DOB 15 Mar 1967; POB San Sebastian, Guipuzcoa Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 72.439.052 (Spain); Member ETA (individual) [SDGT].

MORDASCHOV, Alexey Alexandrovits (a.k.a. MORDASHOV, Aleksei Aleksandrovich; a.k.a. MORDASHOV, Aleksey Aleksandrovich; a.k.a. MORDASHOV, Alexei Alexandrovich; a.k.a. MORDASHOV, Alexey Aleksandrovich (Cyrillic: МОРДАШОВ, Алексей Александрович)), Moscow, Russia; DOB 26 Sep 1965; POB Cherepovets, Vologda Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 352806209266 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SEVERGROUP LIMITED LIABILITY COMPANY).

MORDASHOV, Aleksei Aleksandrovich (a.k.a. MORDASCHOV, Alexey Alexandrovits; a.k.a. MORDASHOV, Aleksey Aleksandrovich; a.k.a. MORDASHOV, Alexei Alexandrovich; a.k.a. MORDASHOV, Alexey Aleksandrovich (Cyrillic: МОРДАШОВ, Алексей Александрович)), Moscow, Russia; DOB 26 Sep 1965; POB Cherepovets, Vologda Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 352806209266 (Russia) (individual) [RUSSIA-EO14024]

(Linked To: SEVERGROUP LIMITED LIABILITY COMPANY).

MORDASHOV, Aleksey Aleksandrovich (a.k.a. MORDASCHOV, Alexey Alexandrovits; a.k.a. MORDASHOV, Aleksei Aleksandrovich; a.k.a. MORDASHOV, Alexei Alexandrovich; a.k.a. MORDASHOV, Alexey Aleksandrovich (Cyrillic: МОРДАШОВ, Алексей Александрович)), Moscow, Russia; DOB 26 Sep 1965; POB Cherepovets, Vologda Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 352806209266 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SEVERGROUP LIMITED LIABILITY COMPANY).

MORDASHOV, Alexei Alexandrovich (a.k.a. MORDASCHOV, Alexey Alexandrovits; a.k.a. MORDASHOV, Aleksei Aleksandrovich; a.k.a. MORDASHOV, Aleksey Aleksandrovich; a.k.a. MORDASHOV, Alexey Aleksandrovich (Cyrillic: МОРДАШОВ, Алексей Александрович)), Moscow, Russia; DOB 26 Sep 1965; POB Cherepovets, Vologda Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 352806209266 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SEVERGROUP LIMITED LIABILITY COMPANY).

MORDASHOV, Alexey Aleksandrovich (Cyrillic: МОРДАШОВ, Алексей Александрович) (a.k.a. MORDASCHOV, Alexey Alexandrovits; a.k.a. MORDASHOV, Aleksei Aleksandrovich; a.k.a. MORDASHOV, Aleksey Aleksandrovich; a.k.a. MORDASHOV, Alexei Alexandrovich), Moscow, Russia; DOB 26 Sep 1965; POB Cherepovets, Vologda Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 352806209266 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SEVERGROUP LIMITED LIABILITY COMPANY).

MORDASHOV, Kirill Alekseyevich (Cyrillic: МОРДАШОВ, Кирилл Алексеевич), Moscow, Russia; DOB Sep 1999; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 352803586202 (Russia) (individual) [RUSSIA-EO14024] (Linked To: MORDASHOV, Alexey Aleksandrovich).

MORDASHOV, Nikita Alekseyevich (Cyrillic: МОРДАШОВ, Никита Алексеевич), Moscow, Russia; DOB 16 Dec 2000; nationality Russia;

Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 352807644913 (Russia) (individual) [RUSSIA-EO14024] (Linked To: MORDASHOV, Alexey Aleksandrovich).

MORDASHOVA, Marina Aleksandrovna (Cyrillic: МОРДАШОВА, Марина Александровна) (a.k.a. MORDASHOVA, Marina Alexandrovna), Russia; DOB 17 May 1979; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: MORDASHOV, Alexey Aleksandrovich).

MORDASHOVA, Marina Alexandrovna (a.k.a. MORDASHOVA, Marina Aleksandrovna (Cyrillic: МОРДАШОВА, Марина Александровна)), Russia; DOB 17 May 1979; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: MORDASHOV, Alexey Aleksandrovich).

MORDOVIA RADIO ELECTRONIC COMPANY (a.k.a. JOINT STOCK COMPANY MORDOV RADIOELECTRONIC COMPANY; a.k.a. "AO MPK"), Ul. Bolshaya Akademicheskaya D. 44, Korp. 2, Moscow 127550, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1324000130 (Russia); Registration Number 1111324000501 (Russia) [RUSSIA-EO14024].

MORE REKA SERVIS (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU MORE REKA SERVIS; a.k.a. SEA RIVER SERVICE LIMITED LIABILITY COMPANY; a.k.a. SEA RIVER SERVICE LLC), Office 1, ul Lenina 53, Azov, Rostov Oblast 346780, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Mar 2015; Tax ID No. 6140000869 (Russia); Identification Number IMO 6083740; Business Registration Number 1156188000649 (Russia) [RUSSIA-EO14024].

MORENETS, Aleksei Sergeyevich, Russia; DOB 31 Jul 1977; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 100135556 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

MORENO BRIONES, Fidel Antonio (a.k.a. MORENO, Fidel), Managua, Nicaragua; DOB 26 Feb 1974; POB Nicaragua; nationality Nicaragua; Gender Male (individual) [GLOMAG].

MORENO GONZALEZ, Nazario (a.k.a. CASTREJON PENA, Victor Nazario; a.k.a. MORENO MADRIGAL, Nazario; a.k.a. MORENO, Chayo; a.k.a. MORENO, Jose; a.k.a. "CHAYO"; a.k.a. "EL CHAYO"; a.k.a. "EL DULCE"; a.k.a. "EL MAS LOCO"; a.k.a. "LA COMADRE"; a.k.a. "LOCO"; a.k.a. "TINO"), Apatzingan, Michoacan, Mexico; 625 Virgilio Garza Chepevera, Monterrey, Nuevo Leon 64030, Mexico; Calle Isidro Murivera, Matamoros 51370, Mexico; 7 Calle Fray Servando Teresa de Mier, Aptazingan, Michoacan, Mexico; 336 Calle Priv Carlos S de Gortari, Monterrey, Nuevo Laredo, Mexico; 36 Calle Nayarit, Caborca, Sonora 83610, Mexico; DOB 08 Mar 1970; alt. DOB 06 Mar 1970; alt. DOB 12 Jun 1967; alt. DOB 12 Jun 1979; alt. DOB 02 Feb 1982; POB Ario de Rosales, Michoacan, Mexico; alt. POB Guanajuatillo, Michoacan, Mexico; citizen Mexico; SSN 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 (United States); R.F.C. MOGN670612TN0 (Mexico); alt. R.F.C. MOGN700308TN2 (Mexico); alt. R.F.C. MOGN790612TN8 (Mexico); C.U.R.P. MOGN700308HMNRNZ07 (Mexico); Identification Number 092520304 (Mexico) (individual) [SDNTK].

MORENO JR., Daniel Gonzalo (a.k.a. MORENO, Daniel), 50 6th  Ave., Corozal, Belize; 651 Vista Del Mar, Ladyville, Belize; 561 Vista Del Mar, Ladyville, Belize; DOB 12 Oct 1972; POB Corozal, Belize; Passport 0291622 (Belize) (individual) [SDNTK] (Linked To: D'S SUPERMARKET COMPANY LTD.).

MORENO MADRIGAL, Nazario (a.k.a. CASTREJON PENA, Victor Nazario; a.k.a. MORENO GONZALEZ, Nazario; a.k.a. MORENO, Chayo; a.k.a. MORENO, Jose; a.k.a. "CHAYO"; a.k.a. "EL CHAYO"; a.k.a. "EL DULCE"; a.k.a. "EL MAS LOCO"; a.k.a. "LA COMADRE"; a.k.a. "LOCO"; a.k.a. "TINO"), Apatzingan, Michoacan, Mexico; 625 Virgilio Garza Chepevera, Monterrey, Nuevo Leon 64030, Mexico; Calle Isidro Murivera, Matamoros 51370, Mexico; 7 Calle Fray Servando Teresa de Mier, Aptazingan, Michoacan, Mexico; 336 Calle Priv Carlos S de Gortari, Monterrey, Nuevo Laredo, Mexico; 36 Calle Nayarit, Caborca, Sonora 83610, Mexico; DOB 08 Mar 1970; alt. DOB 06 Mar 1970; alt. DOB 12 Jun 1967; alt. DOB 12 Jun 1979; alt. DOB 02 Feb 1982; POB Ario de Rosales, Michoacan, Mexico; alt. POB Guanajuatillo, Michoacan, Mexico; citizen Mexico; SSN 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 (United States); R.F.C.

MOGN670612TN0 (Mexico); alt. R.F.C. MOGN700308TN2 (Mexico); alt. R.F.C. MOGN790612TN8 (Mexico); C.U.R.P. MOGN700308HMNRNZ07 (Mexico); Identification Number 092520304 (Mexico) (individual) [SDNTK].

MORENO MEDINA, Luis Ignacio, Calle Guadalupe Victoria 6, Colonia Lomas Hipodromo, Tijuana, Baja California, Mexico; Calle Guadalupe Victoria 9, Colonia Lomas Hipodromo, Tijuana, Baja California, Mexico; Avenida David Alfaro Siqueiros 2789-102, Colonia Zona Rio, Tijuana, Baja California, Mexico; Avenida de las Americas 3048, Fraccionamiento El Paraiso, Tijuana, Baja California, Mexico; c/o Farmacia Vida Suprema, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o Distribuidora Imperial De Baja California, S.A. de C.V., Tijuana, Baja California, Mexico; c/o Administradora De Inmuebles Vida, S.A. de C.V., Tijuana, Baja California, Mexico; c/o ADP, S.C., Tijuana, Baja California, Mexico; c/o Forpres, S.C., Tijuana, Baja California, Mexico; c/o Accesos Electronicos, S.A. de C.V., Tijuana, Baja California, Mexico; c/o Operadora Valpark, S.A. de C.V., Tijuana, Baja California, Mexico; c/o Valpark, S.A. de C.V., Tijuana, Baja California, Mexico; c/o Gex Explore, S. de R.L. de C.V., Tijuana, Baja California, Mexico; DOB 26 May 1953; POB Distrito Federal, Mexico; Passport 96020025125 (Mexico); alt. Passport ATIJ07154 (Mexico); R.F.C. MOML-530526-ED4 (Mexico) (individual) [SDNTK].

MORENO OROZCO, Oscar Enrique (a.k.a. "Senry"), Nogales, Sonora, Mexico; DOB 23 Sep 1984; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MOOO840923HSRRRS08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MORENO PEREZ, Felipe, c/o MOREXPRESS, S.A. DE C.V., Tapachula, Chiapas, Mexico; DOB 05 Dec 1964; POB Tapachula, Chiapas, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. MOPF641205HCSRRL04 (Mexico); alt. C.U.R.P. MOPF641205HCSRRL12 (Mexico) (individual) [SDNTK].

MORENO PEREZ, Maikel Jose (Latin: MORENO PÉREZ, Maikel José), Caracas, Capital District, Venezuela; DOB 31 Dec 1965; POB Tigre, Anzoategui, Venezuela; citizen Venezuela; Gender Male; Cedula No. 6652632 (Venezuela); Passport 104063109 (Venezuela); alt. Passport 040471125 (Venezuela); President of Venezuela's Supreme Court of Justice; President of the Criminal Appellate Chamber of

Venezuela's Supreme Court of Justice (individual) [VENEZUELA].

MORENO TUBERQUIA, Carlos Antonio (a.k.a. "NICOLAS"); DOB 30 Apr 1977; POB Monteria, Cordoba, Colombia; citizen Colombia; Cedula No. 11002975 (Colombia) (individual) [SDNTK].

MORENO, Chayo (a.k.a. CASTREJON PENA, Victor Nazario; a.k.a. MORENO GONZALEZ, Nazario; a.k.a. MORENO MADRIGAL, Nazario; a.k.a. MORENO, Jose; a.k.a. "CHAYO"; a.k.a. "EL CHAYO"; a.k.a. "EL DULCE"; a.k.a. "EL MAS LOCO"; a.k.a. "LA COMADRE"; a.k.a. "LOCO"; a.k.a. "TINO"), Apatzingan, Michoacan, Mexico; 625 Virgilio Garza Chepevera, Monterrey, Nuevo Leon 64030, Mexico; Calle Isidro Murivera, Matamoros 51370, Mexico; 7 Calle Fray Servando Teresa de Mier, Aptazingan, Michoacan, Mexico; 336 Calle Priv Carlos S de Gortari, Monterrey, Nuevo Laredo, Mexico; 36 Calle Nayarit, Caborca, Sonora 83610, Mexico; DOB 08 Mar 1970; alt. DOB 06 Mar 1970; alt. DOB 12 Jun 1967; alt. DOB 12 Jun 1979; alt. DOB 02 Feb 1982; POB Ario de Rosales, Michoacan, Mexico; alt. POB Guanajuatillo, Michoacan, Mexico; citizen Mexico; SSN 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 (United States); R.F.C. MOGN670612TN0 (Mexico); alt. R.F.C. MOGN700308TN2 (Mexico); alt. R.F.C. MOGN790612TN8 (Mexico); C.U.R.P. MOGN700308HMNRNZ07 (Mexico); Identification Number 092520304 (Mexico) (individual) [SDNTK].

MORENO, Daniel (a.k.a. MORENO JR., Daniel Gonzalo), 50 6th  Ave., Corozal, Belize; 651 Vista Del Mar, Ladyville, Belize; 561 Vista Del Mar, Ladyville, Belize; DOB 12 Oct 1972; POB Corozal, Belize; Passport 0291622 (Belize) (individual) [SDNTK] (Linked To: D'S SUPERMARKET COMPANY LTD.).

MORENO, Fidel (a.k.a. MORENO BRIONES, Fidel Antonio), Managua, Nicaragua; DOB 26 Feb 1974; POB Nicaragua; nationality Nicaragua; Gender Male (individual) [GLOMAG].

MORENO, Jose (a.k.a. CASTREJON PENA, Victor Nazario; a.k.a. MORENO GONZALEZ, Nazario; a.k.a. MORENO MADRIGAL, Nazario; a.k.a. MORENO, Chayo; a.k.a. "CHAYO"; a.k.a. "EL CHAYO"; a.k.a. "EL DULCE"; a.k.a. "EL MAS LOCO"; a.k.a. "LA COMADRE"; a.k.a. "LOCO"; a.k.a. "TINO"), Apatzingan, Michoacan, Mexico; 625 Virgilio Garza Chepevera, Monterrey, Nuevo Leon 64030, Mexico; Calle Isidro Murivera, Matamoros 51370, Mexico; 7 Calle Fray Servando Teresa

de Mier, Aptazingan, Michoacan, Mexico; 336 Calle Priv Carlos S de Gortari, Monterrey, Nuevo Laredo, Mexico; 36 Calle Nayarit, Caborca, Sonora 83610, Mexico; DOB 08 Mar 1970; alt. DOB 06 Mar 1970; alt. DOB 12 Jun 1967; alt. DOB 12 Jun 1979; alt. DOB 02 Feb 1982; POB Ario de Rosales, Michoacan, Mexico; alt. POB Guanajuatillo, Michoacan, Mexico; citizen Mexico; SSN 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 (United States); R.F.C. MOGN670612TN0 (Mexico); alt. R.F.C. MOGN700308TN2 (Mexico); alt. R.F.C. MOGN790612TN8 (Mexico); C.U.R.P. MOGN700308HMNRNZ07 (Mexico); Identification Number 092520304 (Mexico) (individual) [SDNTK].

MORETTI, Svetlana Alekseyevna, Russia; DOB 27 Apr 1967; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 4511635979 (Russia) (individual) [RUSSIA-EO14024].

MORETTI, Walter, Orange Grove, Blk F, Flat 3, Triq il-Birbal, Balzan, Malta; DOB 17 Nov 1965; POB Altdorf, Switzerland; nationality Switzerland; alt. nationality Italy; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport X8346052 (Switzerland) (individual) [RUSSIA-EO14024].

MOREXPRESS, S.A. DE C.V., Prol. Central ote. S/N, Tapachula, Chiapas 30700, Mexico; Octava Sur No. 122, Col. San Sebastian, Tapachula, Chiapas 30700, Mexico; Miramar No. 860-1, Zona Centro, Ensenada, Baja California 22800, Mexico; Guadalajara, Jalisco, Mexico; Hermosillo, Sonora, Mexico; Culiacan, Sinaloa, Mexico; R.F.C. MEX990209346 (Mexico) [SDNTK].

MORFIN MORFIN, Alvaro Noe, Tamaulipas, Mexico; DOB 20 Dec 1978; POB Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. MOMA781220HJCRRL05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MORFIN MORFIN, Cesar (a.k.a. "PRIMITO"; a.k.a. "PRIMO"), Tamaulipas, Mexico; Jalisco, Mexico; Mexico City, Mexico; Colima, Mexico; DOB 31 Dec 1987; POB Colima, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. MOMC871231HCMRRS00 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

MORFIN MORFIN, Remigio, Hidalgo, Mexico; DOB 21 Oct 1991; POB Colima, Mexico;

nationality Mexico; Gender Male; C.U.R.P. MOMR911021HCMRRM07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MORFIN RODRIGUEZ, Miguel (a.k.a. RODRIGUEZ OLIVERA, Miguel), C Simon Blvd. No. 47, Col Aviacio, Tijuana, Baja California, Mexico; Vereda del Canario 1, Guadalajara, Jalisco, Mexico; Sendero Las Acacias 92, Guadalajara, Jalisco, Mexico; Puerto de Hierro, Zapopan, Jalisco, Mexico; Puerto Vallarta, Jalisco, Mexico; Fraccionamiento Santa Isabel, Paseo San Eliseo 1695, Zapopan, Jalisco, Mexico; DOB 11 Aug 1976; alt. DOB 02 Sep 1977; POB Jalisco, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. ROOM760811HJCDLG00 (Mexico) (individual) [SDNTK].

MORGAN GOLDEN MINING, S.A. DE C.V., Hermosillo, Sonora, Mexico; Organization Established Date 14 Nov 2016; Organization Type: Mining and Quarrying; SRE Permit No. A201611021437031501 (Mexico) [ILLICIT-DRUGS-EO14059].

MORGAN HUERTA, Jose Arnoldo (a.k.a. "Chachio"), Nogales, Sonora, Mexico; DOB 19 Mar 1972; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MOHA720319HSRRRR06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MORGAN HUERTA, Jose Luis (a.k.a. "Gordo"), Nogales, Sonora, Mexico; DOB 17 Feb 1969; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. MOHL690217HSLRRS02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MORGAN HUERTA, Juan Carlos (a.k.a. "Cacayo"), Campillo 86, Piso 2, Loc. 214, Nogales, Sonora 84030, Mexico; DOB 25 Sep 1974; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MOHJ740925HSRRRN00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MORGAN HUERTA, Martin, Mexico; DOB 06 Apr 1970; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. MOHM700406HSLRRR00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MORGAN HUERTA, Miguel Angel, Sonora 335, Hermosillo, Sonora 83296, Mexico; DOB 27 Mar 1973; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MOHM730327HSRRRG07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MORGOSHIA, Konstantine, 2 Build, Apt 14, 2nd Plateau Nutsubidze, Tbilisi, Georgia; DOB 28

May 1982; POB Tbilisi, Georgia; nationality Georgia; Gender Male; Passport 15BB67342 (Georgia) issued 02 Nov 2016 expires 02 Nov 2026 (individual) [GLOMAG].

MORGUN, Oleg Valerevich (Cyrillic: МОРГУН, Олег Валерьевич) (a.k.a. MORGUN, Oleg Valerievich; a.k.a. MORHUN, Oleh Valeriovych (Cyrillic: МОРГУН, Олег Валерійович)), Mariupol, Donetsk region, Ukraine; DOB 19 Mar 1967; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2454919439 (Ukraine) (individual) [RUSSIA-EO14024].

MORGUN, Oleg Valerievich (a.k.a. MORGUN, Oleg Valerevich (Cyrillic: МОРГУН, Олег Валерьевич); a.k.a. MORHUN, Oleh Valeriovych (Cyrillic: МОРГУН, Олег Валерійович)), Mariupol, Donetsk region, Ukraine; DOB 19 Mar 1967; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2454919439 (Ukraine) (individual) [RUSSIA-EO14024].

MORHUN, Oleh Valeriovych (Cyrillic: МОРГУН, Олег Валерійович) (a.k.a. MORGUN, Oleg Valerevich (Cyrillic: МОРГУН, Олег Валерьевич); a.k.a. MORGUN, Oleg Valerievich), Mariupol, Donetsk region, Ukraine; DOB 19 Mar 1967; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2454919439 (Ukraine) (individual) [RUSSIA-EO14024].

MORINA, Xhavit; DOB 13 Sep 1963; POB Drenovc (individual) [BALKANS].

MORIO, Utao (Japanese: 森尾卯太男), 2-138 Fujimi-cho, Yonago-shi, Tottori-ken, Japan (Japanese: 富士見町二丁目１３８番地富士見町二丁目１３８番地, 米子市米子市, 鳥取県鳥取県, Japan); DOB 29 Jul 1953; Gender Male (individual) [TCO] (Linked To: YAMAGUCHI-GUMI).

MORNSUN GUANGZHOU SCIENCE & TECHNOLOGY CO LTD (a.k.a. MORNSUN GUANGZHOU SCIENCE AND TECHNOLOGY CO LTD (Chinese Simplified: 广州金升阳科技有限公司)), No.8, Nanyun 4th Road, Huangpu District, Guangzhou, Guangdong 510705, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91440116708353039E (China) [RUSSIA-EO14024].

MORNSUN GUANGZHOU SCIENCE AND TECHNOLOGY CO LTD (Chinese Simplified: 广州金升阳科技有限公司) (a.k.a. MORNSUN GUANGZHOU SCIENCE & TECHNOLOGY CO LTD), No.8, Nanyun 4th Road, Huangpu District, Guangzhou, Guangdong 510705, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91440116708353039E (China) [RUSSIA-EO14024].

MOROCCAN ISLAMIC COMBATANT GROUP (a.k.a. GICM; a.k.a. GROUPE ISLAMIQUE COMBATTANT MAROCAIN); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MORON HERNANDEZ, Ricardo Jose, Solosnicka 308/8, Karlova Ves, Bratislava 841 04, Slovakia; San Felipe de La Castellana Street, Caracas, Venezuela; DOB 19 Dec 1982; POB Venezuela; nationality Venezuela; Gender Male; Cedula No. V-15809729 (Venezuela); Identification Number Z14040390 (Venezuela) (individual) [VENEZUELA].

MORON HERNANDEZ, Santiago Jose, Juana de Avila Avenue, 15B, Esquina con calle 69A-140, Maracaibo, Venezuela; DOB 11 May 1984; POB Venezuela; nationality Venezuela; Gender Male; Cedula No. V-16586012 (Venezuela); Passport 045751099 (Venezuela); alt. Passport 153166637; Identification Number D19807013 (Venezuela) (individual) [VENEZUELA] (Linked To: MADURO GUERRA, Nicolas Ernesto).

MOROTACK TIANJIN TECHNOLOGY CO LTD CHINA (a.k.a. CHONGDE AEROSPACE TIANJIN TECHNOLOGY CO LTD (Chinese Simplified: 崇德宇航 天津 科技有限公司); a.k.a. CHONGDE YUHANG TIANJIN TECHNOLOGY CO LTD), No. 210 Zhijing Road, Xiqing District, Tianjin City 300000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 120111000285571 (China); Unified Social Credit Code (USCC) 91120111MA05MB7U1E (China) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY ROGACHEVSKY ZAVOD DIAPROEKTOR).

MOROZ, Alexander Ivanovich (Cyrillic: МОРОЗ, Александр Иванович) (a.k.a. MAROZ, Aliaksandr Ivanavich (Cyrillic: МАРОЗ, Аляксандр Іванавіч)), Niomanskaya vulica, 61, ap. 10, Minsk, Belarus; DOB 15 Jun 1975; nationality Belarus; Gender Male; National ID No. 3150675A015PB3 (Belarus) (individual) [BELARUS-EO14038].

MOROZOV, Alexandr, Russia; DOB 28 Mar 1965; POB Elektrostal, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

MOROZOV, Igor Nikolayevich (Cyrillic: МОРОЗОВ, Игорь Николаевич), Russia; DOB 13 Oct 1956; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MOROZOV, Oleg Victorovich (Cyrillic: МОРОЗОВ, Олег Викторович), Russia; DOB 05 Nov 1953; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MOROZOV, Sergey Ivanovich (Cyrillic: МОРОЗОВ, Сергей Иванович), Russia; DOB 06 Sep 1959; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MOROZOVA, Daria (a.k.a. MOROZOVA, Darya Vasilevna (Cyrillic: МОРОЗОВА, Дарья Васильевна)), Donetsk, Ukraine; DOB 27 Feb 1989; POB Makiivka, Ukraine; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 614334755402 (Russia) (individual) [RUSSIA-EO14024].

MOROZOVA, Darya Vasilevna (Cyrillic: МОРОЗОВА, Дарья Васильевна) (a.k.a. MOROZOVA, Daria), Donetsk, Ukraine; DOB 27 Feb 1989; POB Makiivka, Ukraine; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 614334755402 (Russia) (individual) [RUSSIA-EO14024].

MORRISSEY, John Francis (a.k.a. "MORRISSEY, Johnny"), Dinamarca 46 B, Malaga, Spain; Marbella, Spain; DOB 20 Dec 1959; nationality Ireland; citizen Ireland; Gender Male; Passport W089513 (Ireland); alt. Passport PU8060632 (Ireland) (individual) [TCO] (Linked To: KINAHAN ORGANIZED CRIME GROUP).

MORSPAS (a.k.a. FEDERAL BUDGETARY STATE MARINE EMERGENCY SALVAGE, RESCUE AND POLLUTION PREVENTION COORDINATION SERVICE OF THE RUSSIAN FEDERATION; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE; a.k.a. MORSPASSLUZHBA; a.k.a. "MARINE RESCUE SERVICE" (Cyrillic: "МОРСКАЯ СПАСАТЕЛЬНАЯ СЛУЖБА")), Proektiruemyy proezd No 4062, Building 1, 4, Moscow 115432, Russia (Cyrillic: Проектируемый 4062 пр-д, д.4 с.1, Москва 115432, Russia); Petrovka street, Building 2, 3/6, Moscow 125993, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707274249 (Russia); Identification Number IMO 5715105; Registration Number 1027739737321 (Russia) [RUSSIA-EO14024] [PEESA-EO14039].

MORSPASSLUZHBA (a.k.a. FEDERAL BUDGETARY STATE MARINE EMERGENCY SALVAGE, RESCUE AND POLLUTION PREVENTION COORDINATION SERVICE OF THE RUSSIAN FEDERATION; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE; a.k.a. MORSPAS; a.k.a. "MARINE RESCUE SERVICE" (Cyrillic: "МОРСКАЯ СПАСАТЕЛЬНАЯ СЛУЖБА")), Proektiruemyy proezd No 4062, Building 1, 4, Moscow 115432, Russia (Cyrillic: Проектируемый 4062 пр-д, д.4 с.1, Москва 115432, Russia); Petrovka street, Building 2, 3/6, Moscow 125993, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707274249 (Russia); Identification Number IMO 5715105; Registration Number 1027739737321 (Russia) [RUSSIA-EO14024] [PEESA-EO14039].

MORTADA, Abdulqader (a.k.a. ALMORTADA, Abdul Kader (Arabic: عبد القادر المرتضى); a.k.a. AL-MORTADA, Abdul Qadir; a.k.a. AL-MORTADA, Abdulqader; a.k.a. AL-MURTADA, Abdul Qader; a.k.a. AL-MURTADA, Abdulkader; a.k.a. AL-MURTADA, Abdulqader; a.k.a. AL-MURTADHA, Abdulqader Hasan Yahya; a.k.a. AL-MURTAZA, Abdul Qader), Yemen; DOB 04 Mar 1978; POB Saada, Yemen; nationality Yemen; Gender Male; Passport 00023233 (Yemen) issued 30 Jun 2021 expires 29 Jun 2027 (individual) [GLOMAG].

MORTADA, Mohasen Mahmoud (a.k.a. MURTADA, Mahasin Mahmud (Arabic: محاسن محمود مرتضى)), Istanbul 34000, Turkey; Beirut, Lebanon; DOB 23 Mar 1971; POB Bent Jbayl, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Female; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Passport RL2217666 (Lebanon); National ID No. 162928 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

MORTAZAVI, Mojtaba (a.k.a. MOSTAF, Mojtaba; a.k.a. MOSTAFAVI, Seyed Mojtaba (Arabic: سید مجتبی مصطفوی)), Tehran, Iran; DOB 02 Apr 1987; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0080467741 (Iran) (individual) [HRIT-IR] (Linked To: RAVIN ACADEMY).

MORTAZAVI, Saeed (a.k.a. MORTAZAVI, Sa'id); DOB 1967; POB Meibod, Yazd, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Head, Iranian Anti-Smuggling Task Force; Former Prosecutor-General of Tehran (individual) [IRAN-HR].

MORTAZAVI, Sa'id (a.k.a. MORTAZAVI, Saeed); DOB 1967; POB Meibod, Yazd, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Head, Iranian Anti-Smuggling Task Force; Former Prosecutor-General of Tehran (individual) [IRAN-HR].

MORTEZAVI, Ali Hassan (a.k.a. MORTEZAVI, Hasan; a.k.a. MORTEZAVI, Sayyed Hasan; a.k.a. "ALI, Hassan"), Iran; DOB 23 Aug 1964; POB Ghazvin, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D9019576 (Iran) (individual) [SDGT] [IRGC] [IFSR].

MORTEZAVI, Hasan (a.k.a. MORTEZAVI, Ali Hassan; a.k.a. MORTEZAVI, Sayyed Hasan; a.k.a. "ALI, Hassan"), Iran; DOB 23 Aug 1964; POB Ghazvin, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D9019576 (Iran) (individual) [SDGT] [IRGC] [IFSR].

MORTEZAVI, Sayyed Hasan (a.k.a. MORTEZAVI, Ali Hassan; a.k.a. MORTEZAVI, Hasan; a.k.a. "ALI, Hassan"), Iran; DOB 23 Aug 1964; POB Ghazvin, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D9019576 (Iran) (individual) [SDGT] [IRGC] [IFSR].

MORTRANSSERVICE LLC MOSCOW (a.k.a. LIMITED LIABILITY COMPANY MORTRANSSERVICE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МОРТРАНССЕРВИС); a.k.a. LLC MORTRANSERVIS; a.k.a. MORTRANSSERVIS OOO), ul Viktora Gyugo, Building 1, 3rd Floor, Room 15, Office 302, 303, Kaliningrad 129110, Russia; zd. 1 pom. 16, KAB. 403 (4 ET.), ul. V. Gyugo, Kaliningrad 236006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707847556 (Russia); Identification Number IMO 5933437; Business Registration Number 5147746277036 (Russia) [RUSSIA-EO14024] [PEESA-EO14039].

MORTRANSSERVIS OOO (a.k.a. LIMITED LIABILITY COMPANY MORTRANSSERVICE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МОРТРАНССЕРВИС); a.k.a. LLC MORTRANSERVIS; a.k.a. MORTRANSSERVICE LLC MOSCOW), ul Viktora Gyugo, Building 1, 3rd Floor, Room 15, Office 302, 303, Kaliningrad 129110, Russia; zd. 1 pom. 16, KAB. 403 (4 ET.), ul. V. Gyugo, Kaliningrad 236006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707847556 (Russia); Identification Number IMO 5933437; Business Registration Number 5147746277036 (Russia) [RUSSIA-EO14024] [PEESA-EO14039].

MORVARID PETROCHEMICAL (a.k.a. MORVARID PETROCHEMICAL CO), No. 29, North Shahanaghi Alley, Sheikh Bahaie Shomali Street, Mollasadra Street, Tehran, Iran; PO Box 15855-516, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 1524 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

MORVARID PETROCHEMICAL CO (a.k.a. MORVARID PETROCHEMICAL), No. 29, North Shahanaghi Alley, Sheikh Bahaie Shomali Street, Mollasadra Street, Tehran, Iran; PO Box 15855-516, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 1524 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

MORYE SHIPYARD (a.k.a. FEDERAL STATE UNITARY ENTERPRISE SZ MORYE; a.k.a. FEDERAL SUE SHIPYARD 'MORYE'; a.k.a. FSUE SZ 'MORYE'; a.k.a. "MORE SHIPYARD"), 1 Desantnikov Street, Feodosia, Crimea 98176, Ukraine; Website http://moreship.ru/; Email Address office@moreship.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

MOSAKHAR DARYA SHIPPING CO (a.k.a. MOSAKHKHAR-E DARYA SHIPPING), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MOSAKHKHAR-E DARYA SHIPPING (a.k.a. MOSAKHAR DARYA SHIPPING CO), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MOSALLAT, Majid (Arabic: مجید مسلط) (a.k.a. MOSLAT, Majid), Iran; DOB 15 Oct 1968; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2291207180 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ATBIN ISTA TECHNICAL AND ENGINEERING COMPANY).

MOSCOW AUTOMOBILE PLANT MOSKVICH AO (a.k.a. CLOSED JOINT STOCK COMPANY RENO RUSSIA; a.k.a. JOINT STOCK COMPANY MOSCOW AUTOMOTIVE FACTORY MOSKVICH; a.k.a. JSC MAF MOSKVICH), Pr-Kt Volgogradskii D. 42, K. 36, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Aug 1998; Tax ID No. 7709259743 (Russia); Government Gazette Number 18609799 (Russia); Registration Number 1027739178202 (Russia) [RUSSIA-EO14024].

MOSCOW AVIATION INSTITUTE (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA MOSKOVSKII AVIATSIONNYI INSTITUT NATSIONALNYI ISSLEDOVATELSKII UNIVERSITET; a.k.a. "MAI"), Shosse Volokolamskoe D. 4, Moscow 125993, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Jun 1994; Tax ID No. 7712038455 (Russia); Registration Number 1037739180820 (Russia) [RUSSIA-EO14024].

MOSCOW BANK FOR RECONSTRUCTION AND DEVELOPMENT (f.k.a. OPEN JOINT

STOCK COMPANY MTS BANK; a.k.a. PJSC MTS BANK; a.k.a. PUBLIC JOINT STOCK COMPANY MTS BANK), PR-KT Andropova D. 18, K. 1, Moscow 115432, Russia; Abu Dhabi, United Arab Emirates; SWIFT/BIC MBRDRUMM; Website www.mtsbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 29 Jan 1993; Target Type Financial Institution; Tax ID No. 7702045051 (Russia); Legal Entity Number 2534005803A5MMD61T78; Registration Number 1027739053704 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

MOSCOW EXCHANGE (a.k.a. PUBLIC JOINT STOCK COMPANY MOSCOW EXCHANGE MICEX RTS (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МОСКОВСКАЯ БИРЖА ММВБ-РТС); a.k.a. "MOEX"), 13, Bolshoy Kislovsky Lane, Moscow 125009, Russia; Website www.moex.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1992; Target Type Financial Institution; Tax ID No. 7702077840 (Russia); Identification Number XNBBND.00005.ME.643 (Russia); Legal Entity Number 253400M5M1222KPNWE87; Registration Number 1027739387411 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

MOSCOW GEOLOGICAL PROSPECTING INSTITUTE (a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SERGO ORDZHONIKIDZE RUSSIAN STATE UNIVERSITY FOR GEOLOGICAL PROSPECTING; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA ROSSISKI GOSUDARSTVENNY GEOLOGORAZVEDOCHNY UNIVERSITET IMENI SERGO ORDZHONIKIDZE; a.k.a. SERGO ORDZHONIKIDZE GEO UNIVERSITY; a.k.a. "MGRI-RSGPU"), Miklouho-Maclay St. 23., Moscow 117997, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728028967 (Russia); Government Gazette Number 02068835 (Russia); Registration Number 1027739347723 (Russia) [RUSSIA-EO14024].

MOSCOW INDUSTRIAL BANK PJSCB (a.k.a. JOINT STOCK COMMERCIAL BANK MOSCOW INDUSTRIAL BANK; a.k.a. JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK; a.k.a. JSC MOSCOW INDUSTRIAL BANK (Cyrillic: АО МОСКОВСКИИ ИНДУСТРИАЛЬНЫИ БАНК); f.k.a. MOSKOVSKI INDUSTRIALNY BANK PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; a.k.a. MOSKOVSKIJ INDUSTRIALNYJ BANK PJSCB; a.k.a. MOSKOVSKY INDUSTRIALNY BANK; f.k.a. PUBLIC JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK), Ordzhonikidze Street 5, Moscow 115419, Russia; SWIFT/BIC MINNRUMM; BIK (RU) 044525600; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Nov 1990; Target Type Financial Institution; Tax ID No. 7725039953 (Russia); Government Gazette Number 09317135 (Russia); Legal Entity Number 2534006SJ05GGKETEY75 (Russia); Registration Number 1027739179160 (Russia) [RUSSIA-EO14024].

MOSCOW INSTITUTE OF ELECTROMECHANICS AND AUTOMATICS JSC (a.k.a. MOSCOW INSTITUTE OF ELECTROMECHANICS AND AUTOMATICS PJSC; a.k.a. "MIEA JSC"), Aviatsionny Lane, 5, Moscow, 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jun 1994; Tax ID No. 7714025469 (Russia); Registration Number 1027739201951 (Russia) [RUSSIA-EO14024].

MOSCOW INSTITUTE OF ELECTROMECHANICS AND AUTOMATICS PJSC (a.k.a. MOSCOW INSTITUTE OF ELECTROMECHANICS AND AUTOMATICS JSC; a.k.a. "MIEA JSC"), Aviatsionny Lane, 5, Moscow, 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jun 1994; Tax ID No. 7714025469 (Russia); Registration Number 1027739201951 (Russia) [RUSSIA-EO14024].

MOSCOW INSTITUTE OF THERMAL TECHNOLOGY (a.k.a. JOINT STOCK COMPANY CORPORATION MOSCOW INSTITUTE OF HEAT TECHNOLOGY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОРПОРАЦИЯ МОСКОВСКИЙ ИНСТИТУТ ТЕПЛОТЕХНИКИ); a.k.a. JOINT STOCK COMPANY CORPORATION MOSCOW INSTITUTE OF THERMAL TECHNOLOGY;

a.k.a. JSC CORPORATION MIHT), Berezovaya alleya, 10, Moscow 127273, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Dec 2010; Tax ID No. 7715842760 (Russia); Registration Number 5107746017033 (Russia) [RUSSIA-EO14024].

MOSCOW JEWELRY FACTORY (a.k.a. OPEN JOINT STOCK COMPANY MOSKOVSKII YUVELIRNYI ZAVOD (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МОСКОВСКИЙ ЮВЕЛИРНЫЙ ЗАВОД); a.k.a. "MIUZ"; a.k.a. "OAO MYUZ" (Cyrillic: "ОАО МЮЗ")), d. 5, ul. Nagatinskaya, Moscow 115533, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724181241 (Russia); Registration Number 1027700201902 (Russia) [RUSSIA-EO14024].

MOSCOW JOINT STOCK COMPANY SLAVA SECOND WATCH FACTORY (a.k.a. AO SLAVA; a.k.a. JSC SLAVA), Ul. Verkhnaya d. 34, Str. 1, 2 Et, Pom. 8, Komn. 50, Moscow 125040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714046028 (Russia); Registration Number 1027700324530 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

MOSCOW PLANT FDPLAST (a.k.a. LIMITED LIABILITY COMPANY POLYMER PIPE PLANT; a.k.a. ZAVOD POLIMERNYKH TRUB), Ul. Velozavodskaya D. 11/1, Kv. 137, Moscow 115280, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722370589 (Russia); Registration Number 1167746690638 (Russia) [RUSSIA-EO14024].

MOSCOW STATE TECHNICAL UNIVERSITY NAMED AFTER NE BAUMAN (Cyrillic: МОСКОВСКИЙ ГОСУДАРСТВЕННЫЙ ТЕХНИЧЕСКИЙ УНИВЕРСИТЕТ ИМЕНИ НЭ БАУМАНА) (a.k.a. BAUMAN MOSCOW STATE TECHNICAL UNIVERSITY; a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION MOSCOW STATE TECHNICAL UNIVERSITY NAMED AFTER NE BAUMAN NATIONAL RESEARCH UNIVERSITY (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ БЮДЖЕТНОЕ ОБРАЗОВАТЕЛЬНОЕ УЧРЕЖДЕНИЕ ВЫСШЕГО ОБРАЗОВАНИЯ МОСКОВСКИЙ ГОСУДАРСТВЕННЫЙ ТЕХНИЧЕСКИЙ УНИВЕРСИТЕТ ИМЕНИ НЭ БАУМАНА НАЦИОНАЛЬНЫЙ

ИССЛЕДОВАТЕЛЬСКИЙ УНИВЕРСИТЕТ)), d. 5 str. 1, ul. 2-Ya Baumanskaya, Moscow 105005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701002520 (Russia); Registration Number 1027739051779 (Russia) [RUSSIA-EO14024].

MOSCOW-MINSK FOREIGN BANK (a.k.a. BANK DABRABYT JOINT STOCK COMPANY; a.k.a. BANK DABRABYT JSC; f.k.a. BANK MOSCOW-MINSK JOINT STOCK COMPANY; f.k.a. FOREIGN BANK MOSKVA-MINSK; a.k.a. OJSC BANK DABRABYT (Cyrillic: ОАО БАНК ДАБРАБЫТ)), Kommunisticheskaya Str. 49, premises 1, Minsk 220002, Belarus; SWIFT/BIC MMBNBY22; Website www.bankdabrabyt.by; Organization Established Date 07 Apr 2000; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Registration Number 807000002 (Belarus) [BELARUS-EO14038].

MOSEN ESSET MENEDZHMENT LLC (Cyrillic: ООО МОСЭН ЭССЕТ МЕНЕДЖМЕНТ), d. 2 str. 1 kom. 31, Etazh 2, per. 2-I Petra Alekseeva, Moscow 121471, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2004; Tax ID No. 2128056160 (Russia); Government Gazette Number 71036059 (Russia); Registration Number 1042128016480 (Russia) [RUSSIA-EO14024].

MOSHKANI, Abolfazl Ramazanzadeh (a.k.a. MASHKANI, Abolfazl Ramezanzadeh; a.k.a. REZA'I', Abolfazl), Tehran, Iran; DOB 11 Jun 1988; POB Kashan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1263617549 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MOSHTAQ TEJARAT SANAT CO JSC (Arabic: شرکت مشتاق تجارت صنعت), 2nd Floor, South Unit, Felestin Street, 472, Tehran 1415714583, Iran; Unit 205, 2nd Floor, Yas Trading Office Complex, No. 0, Private Dead End, Doctor Ali Shariati Street, Gholhak, Central District, Tehran, Tehran 1941934336, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Aug 2004; National ID No. 10102696911 (Iran); Identification Number IMO 6175130; alt. Identification Number 411478487166 (Iran);

Registration Number 228557 (Iran) [SDGT] (Linked To: AL-QATIRJI COMPANY).

MOSINZHPROEKT AO (a.k.a. AKTSIONERNOE OBSHCHESTVO MOSINZHPROEKT; a.k.a. MOSINZHPROEKT JSC), B-R Khodynskii D.10, Moscow 125252, Russia; Per. Sverchkov D. 4/1, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Aug 2010; Tax ID No. 7701885820 (Russia); Government Gazette Number 03997784 (Russia); Registration Number 1107746614436 (Russia) [RUSSIA-EO14024].

MOSINZHPROEKT JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO MOSINZHPROEKT; a.k.a. MOSINZHPROEKT AO), B-R Khodynskii D.10, Moscow 125252, Russia; Per. Sverchkov D. 4/1, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Aug 2010; Tax ID No. 7701885820 (Russia); Government Gazette Number 03997784 (Russia); Registration Number 1107746614436 (Russia) [RUSSIA-EO14024].

MOSKALENKO, Sergei Yevgeniyevich (a.k.a. MOSKALENKO, Sergey Yevgeniyevich), Haldenstrasse 26, Lucerne, Switzerland; DOB 08 Nov 1951; alt. DOB 08 Nov 1961; POB Surkhandaria Region, Uzbekistan; citizen Uzbekistan; Passport CA1702697 (Uzbekistan); alt. Passport CA1938292 (Uzbekistan) (individual) [TCO].

MOSKALENKO, Sergey Yevgeniyevich (a.k.a. MOSKALENKO, Sergei Yevgeniyevich), Haldenstrasse 26, Lucerne, Switzerland; DOB 08 Nov 1951; alt. DOB 08 Nov 1961; POB Surkhandaria Region, Uzbekistan; citizen Uzbekistan; Passport CA1702697 (Uzbekistan); alt. Passport CA1938292 (Uzbekistan) (individual) [TCO].

MOSKALKOVA, Tatiana Nikolaevna (a.k.a. MOSKALKOVA, Tatyana Nikolaevna (Cyrillic: МОСКАЛЬКОВА, Татьяна Николаевна); f.k.a. NOSENKO, Nikolayevna Tatyana), Moscow, Russia; DOB 30 May 1955; POB Vitebsk, Vitebsk Region, Belarus; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771873528703 (Russia) (individual) [RUSSIA-EO14024].

MOSKALKOVA, Tatyana Nikolaevna (Cyrillic: МОСКАЛЬКОВА, Татяна Николаевна) (a.k.a. MOSKALKOVA, Tatiana Nikolaevna; f.k.a. NOSENKO, Nikolayevna Tatyana), Moscow,

Russia; DOB 30 May 1955; POB Vitebsk, Vitebsk Region, Belarus; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771873528703 (Russia) (individual) [RUSSIA-EO14024].

MOSKOVSKAYA ORUZHEINAYA KOMPANIYA (a.k.a. LIMITED LIABILITY COMPANY MOSCOW ARMS COMPANY; a.k.a. "BESPOKE GUN"), Ul. Novoslobodskaya Vld. 1, Stroenie 1, Mytishchi 141009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5012086643 (Russia); Registration Number 1145012005335 (Russia) [RUSSIA-EO14024].

MOSKOVSKI INDUSTRIALNY BANK PUBLICHNOE AKTSIONERNOE OBSHCHESTVO (a.k.a. JOINT STOCK COMMERCIAL BANK MOSCOW INDUSTRIAL BANK; a.k.a. JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK; a.k.a. JSC MOSCOW INDUSTRIAL BANK (Cyrillic: АО МОСКОВСКИИ ИНДУСТРИАЛЬНЫИ БАНК); a.k.a. MOSCOW INDUSTRIAL BANK PJSCB; a.k.a. MOSKOVSKIJ INDUSTRIALNYJ BANK PJSCB; a.k.a. MOSKOVSKY INDUSTRIALNY BANK; f.k.a. PUBLIC JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK), Ordzhonikidze Street 5, Moscow 115419, Russia; SWIFT/BIC MINNRUMM; BIK (RU) 044525600; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Nov 1990; Target Type Financial Institution; Tax ID No. 7725039953 (Russia); Government Gazette Number 09317135 (Russia); Legal Entity Number 2534006SJ05GGKETEY75 (Russia); Registration Number 1027739179160 (Russia) [RUSSIA-EO14024].

MOSKOVSKI ORDENA TRUDOVOGO KRASNOGO ZNAMENI NAUCHNO-ISSLEDOVATELSKI RADIOTEKHNICHESKI INSTITUT PAO (a.k.a. AKTSIONERNOE OBSHCHESTVO MOSKOVSKI ORDENA TRUDOVOGO KRASNOGO ZNAMENI NAUCHNO-ISSLEDOVATELSKI RADIOTEKHNICHESKI INSTITUT; a.k.a. JOINT STOCK COMPANY MOSCOW ORDER OF THE RED BANNER OF LABOR RESEARCH RADIO ENGINEERING INSTITUTE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО МОСКОВСКИЙ ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ НАЧНО-ИССЛЕДОВАТЕЛЪСКИЙ РАДИОТЕХНИЧЕСКИЙ ИНСТИТУТ); a.k.a.

JOINT-STOCK COMPANY MOSCOW RESEARCH SCIENTIFIC RADIO COMMUNICATION INSTITUTE; a.k.a. JSC MNIRTI), 2/1 Bolshoi Trekhsvyatitelski Lane, Moscow 109028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jun 1992; Tax ID No. 7709899951 (Russia); Registration Number 1127746217422 (Russia) [RUSSIA-EO14024].

MOSKOVSKII FONDOVYI TSENTR, Per Orlikov D. 5, Str. 3, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7708822233 (Russia); Registration Number 5147746153847 (Russia) [RUSSIA-EO14024].

MOSKOVSKIJ INDUSTRIALNYJ BANK PJSCB (a.k.a. JOINT STOCK COMMERCIAL BANK MOSCOW INDUSTRIAL BANK; a.k.a. JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK; a.k.a. JSC MOSCOW INDUSTRIAL BANK (Cyrillic: АО МОСКОВСКИИ ИНДУСТРИАЛЬНЫИ БАНК); a.k.a. MOSCOW INDUSTRIAL BANK PJSCB; f.k.a. MOSKOVSKI INDUSTRIALNY BANK PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; a.k.a. MOSKOVSKY INDUSTRIALNY BANK; f.k.a. PUBLIC JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK), Ordzhonikidze Street 5, Moscow 115419, Russia; SWIFT/BIC MINNRUMM; BIK (RU) 044525600; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Nov 1990; Target Type Financial Institution; Tax ID No. 7725039953 (Russia); Government Gazette Number 09317135 (Russia); Legal Entity Number 2534006SJ05GGKETEY75 (Russia); Registration Number 1027739179160 (Russia) [RUSSIA-EO14024].

MOSKOVSKIJ, Aleksandr Aleksandrovich (a.k.a. MOSKOVSKY, Alexander Aleksandrovich (Cyrillic: МОСКОВСКИЙ, Аиександр Аиександрович)), Russia; DOB 1975; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772744869908 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CLOSED JOINT STOCK COMPANY RSK TECHNOLOGIES).

MOSKOVSKIY FIZIKO TEKHNICHESKIY INSTITUT (a.k.a. FEDERAL STATE INSTITUTION OF HIGHER VOCATIONAL EDUCATION MOSCOW INSTITUTE OF PHYSICS AND TECHNOLOGY; a.k.a. "MFTI"; a.k.a. "MIPT"), 9 Institutskiy Per., Dolgoprudny, Moscow Region 141701, Russia; 1 A Kerchenskaya St., Moscow 117303, Russia; Ulitsa Gagarina 16, Zhukovsky, Moscow Region 140180, Russia; Klimentovsky Pereulok 1 Stroyeniye 1, Moscow 115184, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 5008006211 (Russia); Registration Number 1027739386135 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

MOSKOVSKOYE NAUCHNO-PROIZVODSTVENNOYE OBYEDINENIYE SOYUZ (a.k.a. AESTC SOYUZ; a.k.a. OPEN JOINT STOCK COMPANY AERO ENGINE SCIENTIFIC AND TECHNICAL COMPANY SOYUZ), 2/4, Luzhnetskaya Naberezhnaya, Moscow 119270, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704104217 (Russia); Registration Number 1027739017162 (Russia) [RUSSIA-EO14024].

MOSKOVSKY INDUSTRIALNY BANK (a.k.a. JOINT STOCK COMMERCIAL BANK MOSCOW INDUSTRIAL BANK; a.k.a. JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK; a.k.a. JSC MOSCOW INDUSTRIAL BANK (Cyrillic: АО МОСКОВСКИИ ИНДУСТРИАЛЬНЫИ БАНК); a.k.a. MOSCOW INDUSTRIAL BANK PJSCB; f.k.a. MOSKOVSKI INDUSTRIALNY BANK PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; a.k.a. MOSKOVSKIJ INDUSTRIALNYJ BANK PJSCB; f.k.a. PUBLIC JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK), Ordzhonikidze Street 5, Moscow 115419, Russia; SWIFT/BIC MINNRUMM; BIK (RU) 044525600; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Nov 1990; Target Type Financial Institution; Tax ID No. 7725039953 (Russia); Government Gazette Number 09317135 (Russia); Legal Entity Number 2534006SJ05GGKETEY75 (Russia); Registration Number 1027739179160 (Russia) [RUSSIA-EO14024].

MOSKOVSKY, Alexander Aleksandrovich (Cyrillic: МОСКОВСКИЙ, Аиександр Аиександрович) (a.k.a. MOSKOVSKIJ, Aleksandr Aleksandrovich), Russia; DOB 1975; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772744869908 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CLOSED JOINT STOCK COMPANY RSK TECHNOLOGIES).

MOSKVICHEV, Evgeny Sergeyevich (Cyrillic: МОСКВИЧЕВ, Евгений Сергеевич), Russia; DOB 28 Sep 1957; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MOSKVINA NIKOLAYEVNA, Svetlana (a.k.a. ZAKHAROVA, Svetlana Nikolaevna (Cyrillic: ЗАХАРОВА, Светлана Николаевна)), 272-41 Pushkinskaya, Izhevsk 426008, Russia; Flat 612, Romney House, 47 Marsham Street, London SW1P 3DS, United Kingdom; DOB 18 Mar 1964; POB Izhevsk, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 183111242572 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Aleksandr Vyacheslavovich).

MOSLAT, Majid (a.k.a. MOSALLAT, Majid (Arabic: مجید مسلط)), Iran; DOB 15 Oct 1968; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2291207180 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ATBIN ISTA TECHNICAL AND ENGINEERING COMPANY).

MOSLEH, Ismael Salman (a.k.a. TASH, Ismael; a.k.a. TASH, Isma'il), Istanbul, Turkey; DOB 1978; POB Iraq; nationality Iraq; Email Address ismael.salman@icloud.com; alt. Email Address anasiraga9@gmail.com; alt. Email Address anasraq1000@mail.ru; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: REDIN EXCHANGE).

MOSLEHI, Heidar (a.k.a. MOSLEHI, Heydar), Ministry of Intelligence, Second Negarestan Street, Pasdaran Avenue, Tehran, Iran; DOB 1956; POB Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Minister of Intelligence; Hojjatoleslam (individual) [IRAN-HR].

MOSLEHI, Heydar (a.k.a. MOSLEHI, Heidar), Ministry of Intelligence, Second Negarestan Street, Pasdaran Avenue, Tehran, Iran; DOB 1956; POB Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions;

Minister of Intelligence; Hojjatoleslam (individual) [IRAN-HR].

MOSPRESS METAL SPINNING AND FLOW FORMING FACTORY (a.k.a. LLC MOSPRESS), Ul. Akademika Koroleva D. 13, Str. 1, Et 4 Pom. III Kom 23, Moscow 129515, Russia; Akademika Koroleva st., 13, bldg. 1, office 455, Moscow 129515, Russia; 1-Y Verkhniy Pereulok, 12B, Saint Petersburg, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5075029260 (Russia); Registration Number 1165075051404 (Russia) [RUSSIA-EO14024].

MOSQUERA SERRANO, Giovanni Vicente (a.k.a. "El Viejo"; a.k.a. "Giovanny"; a.k.a. "Giovanny San Vicente"), Venezuela; Colombia; DOB 22 Feb 1988; POB San Vicente, Aragua, Venezuela; nationality Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 20243384 (Venezuela) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

MOSSA, Bashir Khalif (a.k.a. MOOSA, Basheer Khalid; a.k.a. MOOSA, Basheer Khalif; a.k.a. MOUSSA, Bachir Kalif; a.k.a. MUSA, Bashir Khalif; a.k.a. MUSSE, Bachir Khalif; a.k.a. MUSSE, Bashir Khalif; a.k.a. "MOOSA, Bashir"; a.k.a. "MUSSE, Bashir"), Dubai, United Arab Emirates; PO Box 80367, Ajman, United Arab Emirates; DOB 01 Jan 1967; POB Garowe, Puntland, Somalia; nationality Djibouti; Gender Male; Passport 16RE41878 (Djibouti) issued 26 May 2016 expires 25 May 2021; alt. Passport 16RF20973 (Djibouti) expires 11 Oct 2023; Identification Number 784-1967-5350265-5 (United Arab Emirates); Residency Number 083698992 (United Arab Emirates) expires 15 May 2020 (individual) [SOMALIA].

MOSSALEM, Ali (a.k.a. AL-MOSSALEM, Ali Said (Arabic: علي سعيد المسلم); a.k.a. MOSSALEM, Ali Said), Lebanon; DOB 23 Dec 1983; POB Arnoun, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 000023845887 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

MOSSALEM, Ali Said (a.k.a. AL-MOSSALEM, Ali Said (Arabic: علي سعيد المسلم); a.k.a. MOSSALEM, Ali), Lebanon; DOB 23 Dec 1983; POB Arnoun, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 000023845887 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

MOST DEVELOPMENT LIMITED, Rm 4, 16/F, Ho King Comm Ctr, 2-16 Fayuen St, Mongkok Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 May 2018; Business Registration Number 69362621 [RUSSIA-EO14024].

MOSTAF, Mojtaba (a.k.a. MORTAZAVI, Mojtaba; a.k.a. MOSTAFAVI, Seyed Mojtaba (Arabic: سید مجتبی مصطفوی)), Tehran, Iran; DOB 02 Apr 1987; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0080467741 (Iran) (individual) [HRIT-IR] (Linked To: RAVIN ACADEMY).

MOSTAFA ROKNIFARD PERFUMES AND COSMETICS TRADING LLC (a.k.a. MOSTAFA ROKNIFARD PRIME CHOICE GENERAL TRADING LLC), Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 01 Oct 2021 to 31 Oct 2021; Commercial Registry Number 1627661 (United Arab Emirates); Chamber of Commerce Number 377082 (United Arab Emirates); Business Registration Number 996003 (United Arab Emirates) [NPWMD] [IFSR] (Linked To: KLINGE, Marco).

MOSTAFA ROKNIFARD PRIME CHOICE GENERAL TRADING LLC (a.k.a. MOSTAFA ROKNIFARD PERFUMES AND COSMETICS TRADING LLC), Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 01 Oct 2021 to 31 Oct 2021; Commercial Registry Number 1627661 (United Arab Emirates); Chamber of Commerce Number 377082 (United Arab Emirates); Business Registration Number 996003 (United Arab Emirates) [NPWMD] [IFSR] (Linked To: KLINGE, Marco).

MOSTAFA, Damel (a.k.a. KALAD, Belkasam; a.k.a. KALED, Belkasam; a.k.a. MOSTAFA, Djamal; a.k.a. MOSTEFA, Djamel; a.k.a. MOUSTFA, Djamel (Arabic: جمال مصطفى); a.k.a. "ALI BARKANI"; a.k.a. "MOUSTAFA"), Algeria; DOB 28 Sep 1973; alt. DOB 31 Dec 1979; alt. DOB 22 Aug 1973; alt. DOB 25 Sep 1973; POB Mehdia, Tiaret, Algeria; alt. POB Morocco; nationality Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MOSTAFA, Djamal (a.k.a. KALAD, Belkasam; a.k.a. KALED, Belkasam; a.k.a. MOSTAFA, Damel; a.k.a. MOSTEFA, Djamel; a.k.a. MOUSTFA, Djamel (Arabic: جمال مصطفى); a.k.a. "ALI BARKANI"; a.k.a. "MOUSTAFA"), Algeria; DOB 28 Sep 1973; alt. DOB 31 Dec 1979; alt. DOB 22 Aug 1973; alt. DOB 25 Sep 1973; POB Mehdia, Tiaret, Algeria; alt. POB Morocco; nationality Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MOSTAFA, Mohamed Amin, Via della Martinella 132, Parma, Italy; DOB 11 Oct 1975; POB Karkuk, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Kurdish; arrested 31 Mar 2003 (individual) [SDGT].

MOSTAFAEI, Saeed (a.k.a. MOSTAFAIE, Saeed), Iran; DOB 16 Sep 1986; POB Khoy, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P39417799 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MOSTAFAIE, Saeed (a.k.a. MOSTAFAEI, Saeed), Iran; DOB 16 Sep 1986; POB Khoy, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P39417799 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MOSTAFANEJAD, Vali (a.k.a. NEJAD, Vali Mostafa), Iran; DOB 21 Sep 1981; POB Khoy, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N17419612 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MOSTAFAVI, Seyed Mojtaba (Arabic: سید مجتبی مصطفوی) (a.k.a. MORTAZAVI, Mojtaba; a.k.a. MOSTAF, Mojtaba), Tehran, Iran; DOB 02 Apr 1987; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0080467741 (Iran) (individual) [HRIT-IR] (Linked To: RAVIN ACADEMY).

MOSTASZAFAN FOUNDATION OF ISLAMIC REVOLUTION (a.k.a. BONYAD MOSTAZAFAN; a.k.a. BONYAD MOSTAZAFAN ENGHELAB ESLAMI (Arabic:

a.k.a. ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION; a.k.a. MOSTAZAFAN FOUNDATION; a.k.a. THE FOUNDATION OF THE OPPRESSED; a.k.a. "IRMF"; a.k.a. "MJF"), Bonyad Head Office, Africa Boulevard, Argentina Square, District 6, Tehran, Tehran Province, Iran; Website http://www.irmf.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100171920 (Iran) [IRAN-EO13876].

MOSTAZAFAN FOUNDATION (a.k.a. BONYAD MOSTAZAFAN; a.k.a. BONYAD MOSTAZAFAN ENGHELAB ESLAMI (Arabic: بنیاد مستضعفان انقلاب اسلامی); a.k.a. ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION; a.k.a. MOSTASZAFAN FOUNDATION OF ISLAMIC REVOLUTION; a.k.a. THE FOUNDATION OF THE OPPRESSED; a.k.a. "IRMF"; a.k.a. "MJF"), Bonyad Head Office, Africa Boulevard, Argentina Square, District 6, Tehran, Tehran Province, Iran; Website http://www.irmf.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100171920 (Iran) [IRAN-EO13876].

MOSTEFA, Djamel (a.k.a. KALAD, Belkasam; a.k.a. KALED, Belkasam; a.k.a. MOSTAFA, Damel; a.k.a. MOSTAFA, Djamal; a.k.a. MOUSTFA, Djamel (Arabic: جمال مصطفى); a.k.a. "ALI BARKANI"; a.k.a. "MOUSTAFA"), Algeria; DOB 28 Sep 1973; alt. DOB 31 Dec 1979; alt. DOB 22 Aug 1973; alt. DOB 25 Sep 1973; POB Mehdia, Tiaret, Algeria; alt. POB Morocco; nationality Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MOSTOTREST (a.k.a. MOSTOTREST, PAO; a.k.a. OPEN JOINT STOCK COMPANY 'MOSTOTREST'; a.k.a. PJSC MOSTOTREST; a.k.a. PUBLIC JOINT STOCK COMPANY MOSTOTREST), 6 Barklaya str., bld. 5, Moscow 121087, Russia; d. 6 str. 5, ul. Barklaya, Moscow 121087, Russia; Website www.mostro.ru; Email Address pressa@mostro.ru; MICEX Code MSTT; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027739167246 (Russia); Tax ID No. 7701045732 (Russia); Identification Number ISIN: RU0009177331; Government Gazette Number 01386148 (Russia) [UKRAINE-EO13685].

MOSTOTREST, PAO (a.k.a. MOSTOTREST; a.k.a. OPEN JOINT STOCK COMPANY 'MOSTOTREST'; a.k.a. PJSC MOSTOTREST; a.k.a. PUBLIC JOINT STOCK COMPANY MOSTOTREST), 6 Barklaya str., bld. 5, Moscow 121087, Russia; d. 6 str. 5, ul. Barklaya, Moscow 121087, Russia; Website www.mostro.ru; Email Address pressa@mostro.ru; MICEX Code MSTT; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027739167246 (Russia); Tax ID No. 7701045732 (Russia); Identification Number ISIN: RU0009177331; Government Gazette Number 01386148 (Russia) [UKRAINE-EO13685].

MOSTRELLO COMMERCIAL LIMITED (a.k.a. MOSTRELLO COMMERCIAL LTD), 20-22 Zinas Kanther, Limassol 3035, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Mar 2011; Tax ID No. CY10283094T (Cyprus); Identification Number IMO 6241181; Business Registration Number HE283094 (Cyprus); Registration Number C283094 (Cyprus) [RUSSIA-EO14024].

MOSTRELLO COMMERCIAL LTD (a.k.a. MOSTRELLO COMMERCIAL LIMITED), 20-22 Zinas Kanther, Limassol 3035, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Mar 2011; Tax ID No. CY10283094T (Cyprus); Identification Number IMO 6241181; Business Registration Number HE283094 (Cyprus); Registration Number C283094 (Cyprus) [RUSSIA-EO14024].

MOSTSTROY EAST AD (a.k.a. MOSTSTROY IZTOK AD), 3 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2009; Government Gazette Number 200112909 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

MOSTSTROY IZTOK AD (a.k.a. MOSTSTROY EAST AD), 3 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2009; Government Gazette Number 200112909 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

MOTAH GENERAL TRADING, L.L.C. (a.k.a. TRADIVE GENERAL TRADING L.L.C), P.O. Box 86436, Dubai, United Arab Emirates; Organization Established Date 11 Nov 2018; Organization Type: Non-specialized wholesale trade; Chamber of Commerce Number 1374345 (United Arab Emirates); Business Registration Number 818826 (United Arab Emirates) [SUDAN-EO14098].

MOTALLEBIZADEH, Akbar; DOB 23 Jul 1963; POB Yazd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R14123444 (individual) [NPWMD] [IFSR] (Linked To: SHAHID KARIMI GROUP).

MOTEL CAMPO AMOR (a.k.a. GAVIOTAS LTDA.; a.k.a. HOTEL SIN PECADOS; a.k.a. "HOTEL SIN PK2"), Calle 4A No. 21-34 Circunvalar, Cartago, Valle, Colombia; NIT # 800032092-7 (Colombia) [SDNT].

MOTIONAVIGATIONS LIMITED, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Nov 2020; Identification Number IMO 6190715; Business Number 106755 (Marshall Islands) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

MOTO EXPORT DWC LLC, Office No: DLC-FC-O6, Building No: DLC-FC-4, Warehouse No: DLC-FC-W06, Logistics District, Dubai 390667, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 8046 (United Arab Emirates); Economic Register Number (CBLS) 11456324 (United Arab Emirates) [RUSSIA-EO14024].

MOTOJEN, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

MOTOJEN AUTO INDUSTRY COMPANY (a.k.a. KHODRO SANAT MOROJEN), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

MOTORCYCLE ART LTD., 18 Drive 41, Thomas Galea Street, Ta' Paris, Birkirkara, Malta; D-U-N-S Number 52-024-7665; V.A.T. Number MT18975718 (Malta); Tax ID No. 18975718 (Malta); Trade License No. C 44063 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

MOTORINVEST, D.71, Grebenkino 399775, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4810004427 (Russia); Registration Number 1114811000370 (Russia) [RUSSIA-EO14024].

MOTOS Y REPUESTOS JOTA, Calle 49 AA 99 EE 58, Medellin, Antioquia, Colombia; Matricula Mercantil No 21-567083-02 (Medellin) [SDNTK].

MOTOVILIKHINSKIE ZAVODY (a.k.a. JOINT STOCK COMPANY MOTOVILICHA PLANTS), d. 35, str. 245, Ul. 1905, Perm 641014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5906009273 (Russia); Registration Number 1025901364708 (Russia) [RUSSIA-EO14024].

MOTTA DOMINGUEZ, Luis (Latin: MOTTA DOMÍNGUEZ, Luis) (a.k.a. MOTTA DOMINGUEZ, Luis Alfredo (Latin: MOTTA DOMÍNGUEZ, Luis Alfredo)), Aragua, Venezuela; DOB 02 Jul 1958; Gender Male; Cedula No. 4423539 (Venezuela) (individual) [VENEZUELA].

MOTTA DOMINGUEZ, Luis Alfredo (Latin: MOTTA DOMÍNGUEZ, Luis Alfredo) (a.k.a. MOTTA DOMINGUEZ, Luis (Latin: MOTTA DOMÍNGUEZ, Luis)), Aragua, Venezuela; DOB 02 Jul 1958; Gender Male; Cedula No. 4423539 (Venezuela) (individual) [VENEZUELA].

MOUKALLED, Firas (a.k.a. MOUKALLED, Firas Hasan (Arabic: فراس حسن مقلد); a.k.a. MQALLAD, Firas Hasan; a.k.a. MUQALLID, Firas Hasan), Lebanon; DOB 09 Oct 1990; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

MOUKALLED, Firas Hasan (Arabic: فراس حسن مقلد) (a.k.a. MOUKALLED, Firas; a.k.a. MQALLAD, Firas Hasan; a.k.a. MUQALLID, Firas Hasan), Lebanon; DOB 09 Oct 1990; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

MOUKALLED, Hassan Ahmed (Arabic: حسن احمد مقلد) (a.k.a. MAKLED, Hasan Ahmed; a.k.a. MOKALED, Hassan; a.k.a. MUQALAD, Hassan; a.k.a. MUQALLAD, Hasan), Jarjo, Nabatiyeh, Lebanon; DOB 17 Feb 1967; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

MOUKALLED, Rani Hassan (Arabic: رانى حسن مقلد) (a.k.a. MUQALLAD, Rani Hasan), Jarjo, Nabatiyeh, Lebanon; DOB 29 Oct 1998; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: CTEX EXCHANGE).

MOUKALLED, Rayan (a.k.a. MAKLED, Ryan Hassan; a.k.a. MOUKALLED, Rayyan Hassan (Arabic: ريان حسن مقلد); a.k.a. MUQALLAD, Rayyan), Jarjo, Nabatiyeh, Lebanon; DOB 25 Oct 1993; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

MOUKALLED, Rayyan Hassan (Arabic: ريان حسن مقلد) (a.k.a. MAKLED, Ryan Hassan; a.k.a. MOUKALLED, Rayan; a.k.a. MUQALLAD, Rayyan), Jarjo, Nabatiyeh, Lebanon; DOB 25 Oct 1993; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

MOULAVI, Ali Shams (a.k.a. MULAVI, Ali Shams), Turkey; DOB 23 Jul 1980; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport I95726252 (Iran) (individual) [SDGT] [IFSR] (Linked To: ANSAR EXCHANGE).

MOULHEM, Kifah (Arabic: كفاح ملحم) (a.k.a. AL-MILHEM, Kifah; a.k.a. MELHEM, Kifah; a.k.a. MILHEM, Kifah; a.k.a. MOULHIM, Kifah; a.k.a. MULHEM, Kifah; a.k.a. MULHIM, Kifah), Damascus, Syria; DOB 28 Nov 1961; POB Junayrat Ruslan, Tartous, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

MOULHIM, Kifah (a.k.a. AL-MILHEM, Kifah; a.k.a. MELHEM, Kifah; a.k.a. MILHEM, Kifah;

a.k.a. MOULHEM, Kifah (Arabic: كفاح ملحم); a.k.a. MULHEM, Kifah; a.k.a. MULHIM, Kifah), Damascus, Syria; DOB 28 Nov 1961; POB Junayrat Ruslan, Tartous, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

MOUSA, Mohammad Sadegh Heidari (Arabic: محمد صادق حیدری موسی) (a.k.a. HEIDARI, Mohammad Ali Mohammad Sadegh; a.k.a. HEYDARI, Mohammad Sadegh; a.k.a. MUSA, Mohammad Sadegh Heidari), Iran; DOB 23 Sep 1977; alt. DOB 24 Sep 1977; POB Shahrebabak, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3149555493 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: PARAVAR PARS COMPANY).

MOUSA, Mohammed Hamdan Daglo (a.k.a. DAGALO, Mohamed Hamdan; a.k.a. DAGALO, Mohammed Hamdan; a.k.a. HAMDAN, Mohamed; a.k.a. "HEMEDTI"; a.k.a. "HEMETI"), Sudan; DOB 01 Jan 1974 to 31 Dec 1974; POB North Darfur, Sudan; nationality Sudan; Gender Male (individual) [SUDAN-EO14098].

MOUSAABADI, Abbasali Mohammadian (a.k.a. MOHAMMADIAN, Abbas Ali; a.k.a. MOHAMMADIAN, Abbas-Ali (Arabic: عباسعلی محمدیان); a.k.a. MUSAABADI, Abbas'Ali Mohammadian), Tehran, Iran; DOB 20 Feb 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport L29764521 (Iran); National ID No. 5129832620 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MOUSAVI, Sayyed Abdolrahim (Arabic: سید عبدالرحیم موسوی), Qom, Iran; DOB 1959 to 1960; POB Qom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Commander in Chief of the Army of the Islamic Republic of Iran (individual) [IRAN-HR].

MOUSAVI, Seyed Ahmad Shid (a.k.a. AMINPUR, Sayyed Sai'd; a.k.a. MUSAVI, Sayyed Sa'id; a.k.a. MUSAVIR, Sayyed Yaser), Iran; Iraq; DOB 23 Aug 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MOUSAVIFAR, Seyed Reza (a.k.a. MUSAVIFAR, Sayyed Reza (Arabic: سید رضا موسوی فر)), Iran; Iraq; DOB 23 Jul 1958; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0032906390 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MOUSSA, Ba Ag (a.k.a. DIARRA, Bamoussa; a.k.a. DIARRA, Rabia; a.k.a. MOUSSA, Bah Ag), Kidal, Mali; Nara, Mali; DOB 01 Jan 1958; alt. DOB 31 Dec 1952; alt. DOB 28 Oct 1956; alt. DOB 1958; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MOUSSA, Bachir Kalif (a.k.a. MOOSA, Basheer Khalid; a.k.a. MOOSA, Basheer Khalif; a.k.a. MOSSA, Bashir Khalif; a.k.a. MUSA, Bashir Khalif; a.k.a. MUSSE, Bachir Khalif; a.k.a. MUSSE, Bashir Khalif; a.k.a. "MOOSA, Bashir"; a.k.a. "MUSSE, Bashir"), Dubai, United Arab Emirates; PO Box 80367, Ajman, United Arab Emirates; DOB 01 Jan 1967; POB Garowe, Puntland, Somalia; nationality Djibouti; Gender Male; Passport 16RE41878 (Djibouti) issued 26 May 2016 expires 25 May 2021; alt. Passport 16RF20973 (Djibouti) expires 11 Oct 2023; Identification Number 784-1967-5350265-5 (United Arab Emirates); Residency Number 083698992 (United Arab Emirates) expires 15 May 2020 (individual) [SOMALIA].

MOUSSA, Bah Ag (a.k.a. DIARRA, Bamoussa; a.k.a. DIARRA, Rabia; a.k.a. MOUSSA, Ba Ag), Kidal, Mali; Nara, Mali; DOB 01 Jan 1958; alt. DOB 31 Dec 1952; alt. DOB 28 Oct 1956; alt. DOB 1958; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MOUSSA, Yahya Alsayed Ibrahim Mohamed (a.k.a. MOHAMMAD, Yahia ElSayed Ibrahim; a.k.a. MUSA, Yahya al-Sayyid Ibrahim; a.k.a. "IBRAHIM, Basim"), Istanbul, Turkey; DOB 05 May 1984; alt. DOB 1989; POB Sharkia, Egypt; alt. POB Idlib, Syria; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A08864491 (Egypt) expires 06 Feb 2020; alt. Passport 397192 (Turkey) expires 31 May 2019; National

Foreign ID Number 07010032477 (Syria) (individual) [SDGT].

MOUSTFA, Djamel (Arabic: جمال مصطفى) (a.k.a. KALAD, Belkasam; a.k.a. KALED, Belkasam; a.k.a. MOSTAFA, Damel; a.k.a. MOSTAFA, Djamal; a.k.a. MOSTEFA, Djamel; a.k.a. "ALI BARKANI"; a.k.a. "MOUSTAFA"), Algeria; DOB 28 Sep 1973; alt. DOB 31 Dec 1979; alt. DOB 22 Aug 1973; alt. DOB 25 Sep 1973; POB Mehdia, Tiaret, Algeria; alt. POB Morocco; nationality Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MOUVEMENT DU 23 MARS (a.k.a. ARMEE REVOLUTIONAIRE CONGOLAISE; a.k.a. CONGOLESE REVOLUTIONARY ARMY; a.k.a. M23; a.k.a. MARCH 23 MOVEMENT), North-Kivu, Congo, Democratic Republic of the; Website www.m23mars.org [DRCONGO].

MOVEMENT FOR FREEDOM OF KASHMIR (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I

KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

MOVEMENT FOR ISLAMIC REFORM IN ARABIA (a.k.a. AL-HARAKAT AL-ISLAMIYAH LIL-ISLAH; a.k.a. AL-ISLAH; a.k.a. ISLAMIC MOVEMENT FOR REFORM; a.k.a. MOVEMENT FOR REFORM IN ARABIA; a.k.a. "MIRA"), BM Box: MIRA, London WC1N 3XX, United Kingdom; 21 Blackstone Road, London NW2 6DA, United Kingdom; Safiee Suite, EBC House, Townsend Lane, London NW9 8LL, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; UK Company Number 03834450 (United Kingdom) [SDGT].

MOVEMENT FOR ONENESS AND JIHAD IN WEST AFRICA (a.k.a. JAMAT TAWHID WAL JIHAD FI GARBI AFRIQQIYA; a.k.a. MOVEMENT FOR UNITY AND JIHAD IN WEST AFRICA; a.k.a. TAWHID WAL JIHAD IN WEST AFRICA; a.k.a. UNITY MOVEMENT FOR JIHAD IN WEST AFRICA; a.k.a. "MUJAO"; a.k.a. "MUJWA"; a.k.a. "TWJWA"), Gao, Mali; Bourem, Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MOVEMENT FOR REFORM IN ARABIA (a.k.a. AL-HARAKAT AL-ISLAMIYAH LIL-ISLAH; a.k.a. AL-ISLAH; a.k.a. ISLAMIC MOVEMENT FOR REFORM; a.k.a. MOVEMENT FOR ISLAMIC REFORM IN ARABIA; a.k.a. "MIRA"), BM Box: MIRA, London WC1N 3XX, United Kingdom; 21 Blackstone Road, London NW2 6DA, United Kingdom; Safiee Suite, EBC House, Townsend Lane, London NW9 8LL, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; UK Company Number 03834450 (United Kingdom) [SDGT].

MOVEMENT FOR UNITY AND JIHAD IN WEST AFRICA (a.k.a. JAMAT TAWHID WAL JIHAD FI GARBI AFRIQQIYA; a.k.a. MOVEMENT FOR ONENESS AND JIHAD IN WEST AFRICA; a.k.a. TAWHID WAL JIHAD IN WEST AFRICA; a.k.a. UNITY MOVEMENT FOR JIHAD IN WEST AFRICA; a.k.a. "MUJAO"; a.k.a. "MUJWA"; a.k.a. "TWJWA"), Gao, Mali;

Bourem, Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MOVEMENT OF EGYPT'S ARMS (a.k.a. ARMS OF EGYPT MOVEMENT; a.k.a. HARAKAH SAWA'ID MISR; a.k.a. HARAKAT SAWA'D MISR; a.k.a. HASM; a.k.a. HASM MOVEMENT; a.k.a. MOVEMENT OF EGYPT'S FOREARMS; a.k.a. "HAMMS"; a.k.a. "HASAM"; a.k.a. "HASSAM"; a.k.a. "HASSM"), Beheira, Egypt; Beni Suef, Egypt; Cairo, Egypt; Giza, Egypt; Damietta, Egypt; Fayoum, Egypt; Qalyubia, Egypt; Turkey; Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

MOVEMENT OF EGYPT'S FOREARMS (a.k.a. ARMS OF EGYPT MOVEMENT; a.k.a. HARAKAH SAWA'ID MISR; a.k.a. HARAKAT SAWA'D MISR; a.k.a. HASM; a.k.a. HASM MOVEMENT; a.k.a. MOVEMENT OF EGYPT'S ARMS; a.k.a. "HAMMS"; a.k.a. "HASAM"; a.k.a. "HASSAM"; a.k.a. "HASSM"), Beheira, Egypt; Beni Suef, Egypt; Cairo, Egypt; Giza, Egypt; Damietta, Egypt; Fayoum, Egypt; Qalyubia, Egypt; Turkey; Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

MOVEMENT OF ISLAMIC HOLY WAR (a.k.a. HARAKAT UL JIHAD-E-ISLAMI; a.k.a. HARAKAT-UL JIHAD ISLAMI; a.k.a. HARKAT-AL-JIHAD-UL ISLAMI; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HARKAT-UL-JIHAD-AL ISLAMI; a.k.a. "HUJI"), Afghanistan; India; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MOVEMENT OF THE FIRST RUSSIAN MOVEMENT OF CHILDREN AND YOUTH (Cyrillic: РОССИЙСКОЕ ДВИЖЕНИЕ ДЕТЕЙ И МОЛОДЕЖИ ДВИЖЕНИЕ ПЕРВЫХ) (a.k.a. ALL RUSSIAN PUBLIC STATE MOVEMENT OF CHILDREN AND YOUTH (Cyrillic: ОБЩЕРОССИЙСКОЕ ОБЩЕСТВЕННО ГОСУДАРСТВЕННОЕ ДВИЖЕНИЕ ДЕТЕЙ И МОЛОДЕЖИ ДВИЖЕНИЕ ПЕРВЫХ); a.k.a. "MOVEMENT OF THE FIRST"), Zemlyanoy Val street, 50A, building 2, Moscow 109028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 9709087880 (Russia); Registration Number 1227700776038 (Russia) [RUSSIA-EO14024].

MOVEMENT OF THE NOBLE ONES HEZBOLLAH (a.k.a. AL-HAMAD BRIGADE; a.k.a. AL-NUJABA TV; a.k.a. AMMAR IBN YASIR BRIGADE; a.k.a. GOLAN LIBERATION BRIGADE; a.k.a. HARAKAT AL-NUJABA (Arabic: حركة النجباء); a.k.a. HARAKAT HEZBOLLAH AL-NUJABA; a.k.a. IMAM AL-HASAN AL-MUJTABA BRIGADE; a.k.a. THE MOVEMENT OF THE NOBLE ONES), Iraq; Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2013; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

MOVEMENT OF THE PATIENT ONES (a.k.a. AL-SABIREEN; a.k.a. AL-SABIREEN FOR THE VICTORY OF PALESTINE; a.k.a. AL-SABIREEN MOVEMENT FOR SUPPORTING PALESTINE; a.k.a. AL-SABIRIN; a.k.a. A-SABRIN ORGANIZATION; a.k.a. HARAKAT AL-SABIREEN; a.k.a. MOVEMENT OF THOSE WHO ENDURE WITH PATIENCE; a.k.a. THE SABIREEN MOVEMENT; a.k.a. "HESN"), Gaza Strip, Palestinian; West Bank, Palestinian; Jerusalem, Israel; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MOVEMENT OF THOSE WHO ENDURE WITH PATIENCE (a.k.a. AL-SABIREEN; a.k.a. AL-SABIREEN FOR THE VICTORY OF PALESTINE; a.k.a. AL-SABIREEN MOVEMENT FOR SUPPORTING PALESTINE; a.k.a. AL-SABIRIN; a.k.a. A-SABRIN ORGANIZATION; a.k.a. HARAKAT AL-SABIREEN; a.k.a. MOVEMENT OF THE PATIENT ONES; a.k.a. THE SABIREEN MOVEMENT; a.k.a. "HESN"), Gaza Strip, Palestinian; West Bank, Palestinian; Jerusalem, Israel; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MOWAFI, Ramzi (a.k.a. AL MOWAFI, Ramzi Mahmoud; a.k.a. MAWAFI, Ramzi; a.k.a. MUWAFI, Ramzi); DOB 1952; POB Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MOW-YA MADRASSA (a.k.a. GANJ MADRASSA; a.k.a. GANJOO MADRASSA; a.k.a. JAMIA MADRASSA DUR UL KORAN WASUNA; a.k.a. JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; a.k.a. MADRASA TALEEMUL QURAN WAL HADITH; a.k.a. MADRASA TALEEMUL QURAN WAL SUNNAH; a.k.a. MAWIYA MADRASSA; a.k.a.

TALALIM QURAN MADRASSA; a.k.a. TALEEM UL-QURAN MADRASSA; a.k.a. TASIN AL-QURAN ABU HAMZA), Gunj Gate, Phandu Road, Peshawar, Pakistan; Near the Baron Gate, Ganj area, Peshawar, Pakistan; Lahori and Yaka Tote Rd. at the intersection near the Ganj Gate, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MOXING CARTOON (a.k.a. SHANGHAI MOXING CULTURAL MEDIA CO LTD (Chinese Simplified: 上海墨星口化传播有限公司)), 901-7, No. 439 Yishan Road, Xuhui District, Shanghai, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 310104000572013 (China); Unified Social Credit Code (USCC) 913101040936933514 (China) [DPRK3] (Linked To: SEK STUDIO).

MOZAFARI-NIYA, Reza (a.k.a. MOZAFARNIA, Reza; a.k.a. MOZAFFARI NIA, Reza; a.k.a. MOZAFFARINIA HOSEIN, Reza; a.k.a. MOZAFFARINIA, Reza; a.k.a. MOZAFFARI-NIA, Reza; a.k.a. MOZAFFARI-NIYA, Reza; a.k.a. MOZZAFARNIA, Reza), Iran; DOB 1959; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1280856521 (Iran) (individual) [NPWMD] [IFSR].

MOZAFARNIA, Reza (a.k.a. MOZAFARI-NIYA, Reza; a.k.a. MOZAFFARI NIA, Reza; a.k.a. MOZAFFARINIA HOSEIN, Reza; a.k.a. MOZAFFARINIA, Reza; a.k.a. MOZAFFARI-NIA, Reza; a.k.a. MOZAFFARI-NIYA, Reza; a.k.a. MOZZAFARNIA, Reza), Iran; DOB 1959; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1280856521 (Iran) (individual) [NPWMD] [IFSR].

MOZAFFARI NIA, Reza (a.k.a. MOZAFARI-NIYA, Reza; a.k.a. MOZAFARNIA, Reza; a.k.a. MOZAFFARINIA HOSEIN, Reza; a.k.a. MOZAFFARINIA, Reza; a.k.a. MOZAFFARI-NIA, Reza; a.k.a. MOZAFFARI-NIYA, Reza; a.k.a. MOZZAFARNIA, Reza), Iran; DOB 1959; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No.

1280856521 (Iran) (individual) [NPWMD] [IFSR].

MOZAFFARINIA HOSEIN, Reza (a.k.a. MOZAFARI-NIYA, Reza; a.k.a. MOZAFARNIA, Reza; a.k.a. MOZAFFARI NIA, Reza; a.k.a. MOZAFFARINIA, Reza; a.k.a. MOZAFFARI-NIA, Reza; a.k.a. MOZAFFARI-NIYA, Reza; a.k.a. MOZZAFARNIA, Reza), Iran; DOB 1959; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1280856521 (Iran) (individual) [NPWMD] [IFSR].

MOZAFFARINIA, Reza (a.k.a. MOZAFARI-NIYA, Reza; a.k.a. MOZAFARNIA, Reza; a.k.a. MOZAFFARI NIA, Reza; a.k.a. MOZAFFARINIA HOSEIN, Reza; a.k.a. MOZAFFARI-NIA, Reza; a.k.a. MOZAFFARI-NIYA, Reza; a.k.a. MOZZAFARNIA, Reza), Iran; DOB 1959; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1280856521 (Iran) (individual) [NPWMD] [IFSR].

MOZAFFARI-NIA, Reza (a.k.a. MOZAFARI-NIYA, Reza; a.k.a. MOZAFARNIA, Reza; a.k.a. MOZAFFARI NIA, Reza; a.k.a. MOZAFFARINIA HOSEIN, Reza; a.k.a. MOZAFFARINIA, Reza; a.k.a. MOZAFFARI-NIYA, Reza; a.k.a. MOZZAFARNIA, Reza), Iran; DOB 1959; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1280856521 (Iran) (individual) [NPWMD] [IFSR].

MOZAFFARI-NIYA, Reza (a.k.a. MOZAFARI-NIYA, Reza; a.k.a. MOZAFARNIA, Reza; a.k.a. MOZAFFARI NIA, Reza; a.k.a. MOZAFFARINIA HOSEIN, Reza; a.k.a. MOZAFFARINIA, Reza; a.k.a. MOZAFFARI-NIA, Reza; a.k.a. MOZZAFARNIA, Reza), Iran; DOB 1959; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1280856521 (Iran) (individual) [NPWMD] [IFSR].

MOZGOVOI, Aleksei (a.k.a. MOZGOVOI, Alexei; a.k.a. MOZGOVOI, Oleksiy; a.k.a. MOZGOVOY, Aleksei; a.k.a. MOZGOVOY, Aleksey; a.k.a. MOZGOVOY, Alexei; a.k.a. MOZGOVOY, Oleksiy; a.k.a. MOZGOVY, Aleksei; a.k.a. MOZGOVY, Oleksiy; a.k.a. MOZHOVVY, Oleksiy; a.k.a. MOZHOVY, Aleksei; a.k.a. MOZHOVY, Oleksiy; a.k.a. MOZHOVYY, Aleksei), Luhansk, Ukraine; DOB

03 Apr 1975; POB Nyzhnya Duvanka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MOZGOVOI, Alexei (a.k.a. MOZGOVOI, Aleksei; a.k.a. MOZGOVOI, Oleksiy; a.k.a. MOZGOVOY, Aleksei; a.k.a. MOZGOVOY, Aleksey; a.k.a. MOZGOVOY, Alexei; a.k.a. MOZGOVOY, Oleksiy; a.k.a. MOZGOVY, Aleksei; a.k.a. MOZGOVY, Oleksiy; a.k.a. MOZHOVVY, Oleksiy; a.k.a. MOZHOVY, Aleksei; a.k.a. MOZHOVY, Oleksiy; a.k.a. MOZHOVYY, Aleksei), Luhansk, Ukraine; DOB 03 Apr 1975; POB Nyzhnya Duvanka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MOZGOVOI, Oleksiy (a.k.a. MOZGOVOI, Aleksei; a.k.a. MOZGOVOI, Alexei; a.k.a. MOZGOVOY, Aleksei; a.k.a. MOZGOVOY, Aleksey; a.k.a. MOZGOVOY, Alexei; a.k.a. MOZGOVOY, Oleksiy; a.k.a. MOZGOVY, Aleksei; a.k.a. MOZGOVY, Oleksiy; a.k.a. MOZHOVVY, Oleksiy; a.k.a. MOZHOVY, Aleksei; a.k.a. MOZHOVY, Oleksiy; a.k.a. MOZHOVYY, Aleksei), Luhansk, Ukraine; DOB 03 Apr 1975; POB Nyzhnya Duvanka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MOZGOVOY, Aleksei (a.k.a. MOZGOVOI, Aleksei; a.k.a. MOZGOVOI, Alexei; a.k.a. MOZGOVOI, Oleksiy; a.k.a. MOZGOVOY, Aleksey; a.k.a. MOZGOVOY, Alexei; a.k.a. MOZGOVOY, Oleksiy; a.k.a. MOZGOVY, Aleksei; a.k.a. MOZGOVY, Oleksiy; a.k.a. MOZHOVVY, Oleksiy; a.k.a. MOZHOVY, Aleksei; a.k.a. MOZHOVY, Oleksiy; a.k.a. MOZHOVYY, Aleksei), Luhansk, Ukraine; DOB 03 Apr 1975; POB Nyzhnya Duvanka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MOZGOVOY, Aleksey (a.k.a. MOZGOVOI, Aleksei; a.k.a. MOZGOVOI, Alexei; a.k.a. MOZGOVOI, Oleksiy; a.k.a. MOZGOVOY, Aleksei; a.k.a. MOZGOVOY, Alexei; a.k.a. MOZGOVOY, Oleksiy; a.k.a. MOZGOVY, Aleksei; a.k.a. MOZGOVY, Oleksiy; a.k.a. MOZHOVVY, Oleksiy; a.k.a. MOZHOVY, Aleksei; a.k.a. MOZHOVY, Oleksiy; a.k.a.

MOZHOVYY, Aleksei), Luhansk, Ukraine; DOB 03 Apr 1975; POB Nyzhnya Duvanka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MOZGOVOY, Alexei (a.k.a. MOZGOVOI, Aleksei; a.k.a. MOZGOVOI, Alexei; a.k.a. MOZGOVOI, Oleksiy; a.k.a. MOZGOVOY, Aleksei; a.k.a. MOZGOVOY, Aleksey; a.k.a. MOZGOVOY, Oleksiy; a.k.a. MOZGOVY, Aleksei; a.k.a. MOZGOVY, Oleksiy; a.k.a. MOZHOVVY, Oleksiy; a.k.a. MOZHOVY, Aleksei; a.k.a. MOZHOVY, Oleksiy; a.k.a. MOZHOVYY, Aleksei), Luhansk, Ukraine; DOB 03 Apr 1975; POB Nyzhnya Duvanka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MOZGOVOY, Oleksiy (a.k.a. MOZGOVOI, Aleksei; a.k.a. MOZGOVOI, Alexei; a.k.a. MOZGOVOI, Oleksiy; a.k.a. MOZGOVOY, Aleksei; a.k.a. MOZGOVOY, Aleksey; a.k.a. MOZGOVOY, Alexei; a.k.a. MOZGOVY, Aleksei; a.k.a. MOZGOVY, Oleksiy; a.k.a. MOZHOVVY, Oleksiy; a.k.a. MOZHOVY, Aleksei; a.k.a. MOZHOVY, Oleksiy; a.k.a. MOZHOVYY, Aleksei), Luhansk, Ukraine; DOB 03 Apr 1975; POB Nyzhnya Duvanka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MOZGOVY, Aleksei (a.k.a. MOZGOVOI, Aleksei; a.k.a. MOZGOVOI, Alexei; a.k.a. MOZGOVOI, Oleksiy; a.k.a. MOZGOVOY, Aleksei; a.k.a. MOZGOVOY, Aleksey; a.k.a. MOZGOVOY, Alexei; a.k.a. MOZGOVOY, Oleksiy; a.k.a. MOZGOVY, Oleksiy; a.k.a. MOZHOVVY, Oleksiy; a.k.a. MOZHOVY, Aleksei; a.k.a. MOZHOVY, Oleksiy; a.k.a. MOZHOVYY, Aleksei), Luhansk, Ukraine; DOB 03 Apr 1975; POB Nyzhnya Duvanka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MOZGOVY, Oleksiy (a.k.a. MOZGOVOI, Aleksei; a.k.a. MOZGOVOI, Alexei; a.k.a. MOZGOVOI, Oleksiy; a.k.a. MOZGOVOY, Aleksei; a.k.a. MOZGOVOY, Aleksey; a.k.a. MOZGOVOY, Alexei; a.k.a. MOZGOVOY, Oleksiy; a.k.a. MOZGOVY, Aleksei; a.k.a. MOZHOVVY, Oleksiy; a.k.a. MOZHOVY, Aleksei; a.k.a. MOZHOVY, Oleksiy; a.k.a. MOZHOVYY,

Aleksei), Luhansk, Ukraine; DOB 03 Apr 1975; POB Nyzhnya Duvanka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MOZHAEV, Alexander Vyacheslavovich (Cyrillic: МОЖАЕВ, Александр Вячеславович) (a.k.a. "GREEN"; a.k.a. "ROCCO"), Russia; DOB 02 Oct 1978; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

MOZHAYEV, Yegor Igoryevich (a.k.a. "MOZHAEV, Egor Igorevich"; a.k.a. "MOZHAYEV, Yegor"), Moscow, Russia; DOB 31 May 1982; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

MOZHELYANSKIJ, Viktor Anatolevich (a.k.a. MEZHEILIANSKY, Viktor; a.k.a. MOZHELYANSKIY, Viktor Anatoliiovich (Cyrillic: МОЖЕЛЯНСЬКИЙ, Віктор Анатолійович); a.k.a. MOZHELYANSKIY, Viktor Anatolyevich (Cyrillic: МОЖЕЛЯНСКИЙ, Виктор Анатольевич); a.k.a. MOZHELYANSKY, Viktor Anatolyevich; a.k.a. MOZHELYANSKYY, Viktor), ul. Marshala Zhukova 35, kv. 53, ul. Angarskaya, 8, Simferopol, Crimea, Ukraine (Cyrillic: ул. Маршала Жукова 35, кв. 53, ул. Ангарская, 8, Симферополь, Крым, Ukraine); DOB 10 May 1964; POB Kharkiv, Ukraine; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

MOZHELYANSKIY, Viktor Anatoliiovich (Cyrillic: МОЖЕЛЯНСЬКИЙ, Віктор Анатолійович) (a.k.a. MEZHEILIANSKY, Viktor; a.k.a. MOZHELYANSKIJ, Viktor Anatolevich; a.k.a. MOZHELYANSKIY, Viktor Anatolyevich (Cyrillic: МОЖЕЛЯНСКИЙ, Виктор Анатольевич); a.k.a. MOZHELYANSKY, Viktor Anatolyevich; a.k.a. MOZHELYANSKYY, Viktor), ul. Marshala Zhukova 35, kv. 53, ul. Angarskaya, 8, Simferopol, Crimea, Ukraine (Cyrillic: ул. Маршала Жукова 35, кв. 53, ул. Ангарская, 8, Симферополь, Крым, Ukraine); DOB 10 May 1964; POB Kharkiv, Ukraine; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

MOZHELYANSKIY, Viktor Anatolyevich (Cyrillic: МОЖЕЛЯНСКИЙ, Виктор Анатольевич) (a.k.a. MEZHEILIANSKY, Viktor; a.k.a. MOZHELYANSKIJ, Viktor Anatolevich; a.k.a. MOZHELYANSKIY, Viktor Anatoliiovich (Cyrillic: МОЖЕЛЯНСЬКИЙ, Віктор Анатолійович); a.k.a. MOZHELYANSKY, Viktor Anatolyevich; a.k.a. MOZHELYANSKYY, Viktor), ul. Marshala Zhukova 35, kv. 53, ul. Angarskaya, 8, Simferopol, Crimea, Ukraine (Cyrillic: ул. Маршала Жукова 35, кв. 53, ул. Ангарская, 8, Симферополь, Крым, Ukraine); DOB 10 May 1964; POB Kharkiv, Ukraine; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

MOZHELYANSKY, Viktor Anatolyevich (a.k.a. MEZHEILIANSKY, Viktor; a.k.a. MOZHELYANSKIJ, Viktor Anatolevich; a.k.a. MOZHELYANSKIY, Viktor Anatoliiovich (Cyrillic: МОЖЕЛЯНСЬКИЙ, Віктор Анатолійович); a.k.a. MOZHELYANSKIY, Viktor Anatolyevich (Cyrillic: МОЖЕЛЯНСКИЙ, Виктор Анатольевич); a.k.a. MOZHELYANSKYY, Viktor), ul. Marshala Zhukova 35, kv. 53, ul. Angarskaya, 8, Simferopol, Crimea, Ukraine (Cyrillic: ул. Маршала Жукова 35, кв. 53, ул. Ангарская, 8, Симферополь, Крым, Ukraine); DOB 10 May 1964; POB Kharkiv, Ukraine; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

MOZHELYANSKYY, Viktor (a.k.a. MEZHEILIANSKY, Viktor; a.k.a. MOZHELYANSKIJ, Viktor Anatolevich; a.k.a. MOZHELYANSKIY, Viktor Anatoliiovich (Cyrillic: МОЖЕЛЯНСЬКИЙ, Віктор Анатолійович); a.k.a. MOZHELYANSKIY, Viktor Anatolyevich (Cyrillic: МОЖЕЛЯНСКИЙ, Виктор Анатольевич); a.k.a. MOZHELYANSKY, Viktor Anatolyevich), ul. Marshala Zhukova 35, kv. 53, ul. Angarskaya, 8, Simferopol, Crimea, Ukraine (Cyrillic: ул. Маршала Жукова 35, кв. 53, ул. Ангарская, 8, Симферополь, Крым, Ukraine); DOB 10 May 1964; POB Kharkiv, Ukraine; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

MOZHOVVY, Oleksiy (a.k.a. MOZGOVOI, Aleksei; a.k.a. MOZGOVOI, Alexei; a.k.a. MOZGOVOI, Oleksiy; a.k.a. MOZGOVOY, Aleksei; a.k.a. MOZGOVOY, Aleksey; a.k.a. MOZGOVOY, Alexei; a.k.a. MOZGOVOY, Oleksiy; a.k.a. MOZGOVY, Aleksei; a.k.a. MOZGOVY, Oleksiy; a.k.a. MOZHOVY, Aleksei; a.k.a. MOZHOVY, Oleksiy; a.k.a. MOZHOVYY, Aleksei), Luhansk, Ukraine; DOB 03 Apr 1975; POB Nyzhnya Duvanka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MOZHOVY, Aleksei (a.k.a. MOZGOVOI, Aleksei; a.k.a. MOZGOVOI, Alexei; a.k.a. MOZGOVOI, Oleksiy; a.k.a. MOZGOVOY, Aleksei; a.k.a. MOZGOVOY, Aleksey; a.k.a. MOZGOVOY, Alexei; a.k.a. MOZGOVOY, Oleksiy; a.k.a. MOZGOVY, Aleksei; a.k.a. MOZGOVY, Oleksiy; a.k.a. MOZHOVVY, Oleksiy; a.k.a. MOZHOVY, Oleksiy; a.k.a. MOZHOVYY, Aleksei), Luhansk, Ukraine; DOB 03 Apr 1975; POB Nyzhnya Duvanka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MOZHOVY, Oleksiy (a.k.a. MOZGOVOI, Aleksei; a.k.a. MOZGOVOI, Alexei; a.k.a. MOZGOVOI, Oleksiy; a.k.a. MOZGOVOY, Aleksei; a.k.a. MOZGOVOY, Aleksey; a.k.a. MOZGOVOY, Alexei; a.k.a. MOZGOVOY, Oleksiy; a.k.a. MOZGOVY, Aleksei; a.k.a. MOZGOVY, Oleksiy; a.k.a. MOZHOVVY, Oleksiy; a.k.a. MOZHOVY, Aleksei; a.k.a. MOZHOVYY, Aleksei), Luhansk, Ukraine; DOB 03 Apr 1975; POB Nyzhnya Duvanka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MOZHOVYY, Aleksei (a.k.a. MOZGOVOI, Aleksei; a.k.a. MOZGOVOI, Alexei; a.k.a. MOZGOVOI, Oleksiy; a.k.a. MOZGOVOY, Aleksei; a.k.a. MOZGOVOY, Aleksey; a.k.a. MOZGOVOY, Alexei; a.k.a. MOZGOVOY, Oleksiy; a.k.a. MOZGOVY, Aleksei; a.k.a. MOZGOVY, Oleksiy; a.k.a. MOZHOVVY, Oleksiy; a.k.a. MOZHOVY, Aleksei; a.k.a. MOZHOVY, Oleksiy), Luhansk, Ukraine; DOB 03 Apr 1975; POB Nyzhnya Duvanka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MOZZAFARNIA, Reza (a.k.a. MOZAFARI-NIYA, Reza; a.k.a. MOZAFARNIA, Reza; a.k.a.

MOZAFFARI NIA, Reza; a.k.a. MOZAFFARINIA HOSEIN, Reza; a.k.a. MOZAFFARINIA, Reza; a.k.a. MOZAFFARI-NIA, Reza; a.k.a. MOZAFFARI-NIYA, Reza), Iran; DOB 1959; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1280856521 (Iran) (individual) [NPWMD] [IFSR].

MP LIMITED LIABILITY COMPANY (a.k.a. TEGRUS SYSTEMS INTEGRATOR), Sh Kashirskoe D. 70/3, Moscow 115409, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 2008; Organization Type: Other information technology and computer service activities; Tax ID No. 7718726183 (Russia); Registration Number 5087746253634 (Russia) [RUSSIA-EO14024].

MPAMO, Douglas Iruta (a.k.a. MPANO, Douglas); DOB 28 Dec 1965; alt. DOB 29 Dec 1965; POB Goma, Democratic Republic of the Congo; Manager, Great Lakes Business Company and Compagnie Aerienne des Grands Lacs (individual) [DRCONGO].

MPANO, Douglas (a.k.a. MPAMO, Douglas Iruta); DOB 28 Dec 1965; alt. DOB 29 Dec 1965; POB Goma, Democratic Republic of the Congo; Manager, Great Lakes Business Company and Compagnie Aerienne des Grands Lacs (individual) [DRCONGO].

MPHASIS MARINE SOLUTIONS FZE (Arabic: مفاسيس مارين سولوشنز م م ح), Office G23, Building 1, Hamriyah Free Zone, Sharjah, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 2022; Identification Number IMO 6340584 [IRAN-EO13846].

MPUNGA, Sandra, 4 Luna Road, Borrowdale, Harare, Zimbabwe; DOB 19 Nov 1971; POB Mutasa, Zimbabwe; nationality Zimbabwe; Gender Female; Passport DN056388 (Zimbabwe) expires 16 Oct 2022; National ID No. 63846615T50 (Zimbabwe) (individual) [GLOMAG] (Linked To: SAKUNDA HOLDINGS).

MQALLAD, Firas Hasan (a.k.a. MOUKALLED, Firas; a.k.a. MOUKALLED, Firas Hasan (Arabic: فراس حسن مقلد); a.k.a. MUQALLID, Firas Hasan), Lebanon; DOB 09 Oct 1990; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial

Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

MR HANDYMAN LTD, The Business Centre, Valley Road, Msida MSD 9060, Malta; D-U-N-S Number 36-025-1842; V.A.T. Number MT16905829 (Malta); Tax ID No. 16905829 (Malta); Trade License No. C 32519 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

MRB BANK (Cyrillic: КБ МРБ (ООО)) (a.k.a. INTERNATIONAL SETTLEMENT BANK LLC; a.k.a. MEZHDUNARODNYI RASCHETNYI BANK (Cyrillic: МЕЖДУНАРОДНЫЙ РАСЧЕТНЫЙ БАНК)), Stalin Street 20, Tskhinvali, South Ossetia, Georgia; Website https://mrb-bank.ru/; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 15 May 2015; Target Type Financial Institution; Registration Number 1159800030409 (Russia) [DPRK3] [RUSSIA-EO14024].

MRDJA, Darko; DOB 28 Jun 1967; POB Zagreb, Croatia; ICTY indictee (individual) [BALKANS].

MRIYA RESORT (a.k.a. MRIYA RESORT & SPA; a.k.a. MRIYA RESORT AND SPA; a.k.a. MRIYA SANATORIUM COMPLEX; a.k.a. MRIYA SANATORIUM RESORT COMPLEX; a.k.a. SANATORIUM-RESORT COMPLEX MRIYA), 9, Generala Ostryakova Street, Opolznevoye Village, Yalta, Crimea 298685, Ukraine; Website http://mriyaresort.com; Email Address info@mriyaresort.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685] (Linked To: LIMITED LIABILITY COMPANY GARANT-SV).

MRIYA RESORT & SPA (a.k.a. MRIYA RESORT; a.k.a. MRIYA RESORT AND SPA; a.k.a. MRIYA SANATORIUM COMPLEX; a.k.a. MRIYA SANATORIUM RESORT COMPLEX; a.k.a. SANATORIUM-RESORT COMPLEX MRIYA), 9, Generala Ostryakova Street, Opolznevoye Village, Yalta, Crimea 298685, Ukraine; Website http://mriyaresort.com; Email Address info@mriyaresort.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or

589.209 [UKRAINE-EO13685] (Linked To: LIMITED LIABILITY COMPANY GARANT-SV).

MRIYA RESORT AND SPA (a.k.a. MRIYA RESORT; a.k.a. MRIYA RESORT & SPA; a.k.a. MRIYA SANATORIUM COMPLEX; a.k.a. MRIYA SANATORIUM RESORT COMPLEX; a.k.a. SANATORIUM-RESORT COMPLEX MRIYA), 9, Generala Ostryakova Street, Opolznevoye Village, Yalta, Crimea 298685, Ukraine; Website http://mriyaresort.com; Email Address info@mriyaresort.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685] (Linked To: LIMITED LIABILITY COMPANY GARANT-SV).

MRIYA SANATORIUM COMPLEX (a.k.a. MRIYA RESORT; a.k.a. MRIYA RESORT & SPA; a.k.a. MRIYA RESORT AND SPA; a.k.a. MRIYA SANATORIUM RESORT COMPLEX; a.k.a. SANATORIUM-RESORT COMPLEX MRIYA), 9, Generala Ostryakova Street, Opolznevoye Village, Yalta, Crimea 298685, Ukraine; Website http://mriyaresort.com; Email Address info@mriyaresort.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685] (Linked To: LIMITED LIABILITY COMPANY GARANT-SV).

MRIYA SANATORIUM RESORT COMPLEX (a.k.a. MRIYA RESORT; a.k.a. MRIYA RESORT & SPA; a.k.a. MRIYA RESORT AND SPA; a.k.a. MRIYA SANATORIUM COMPLEX; a.k.a. SANATORIUM-RESORT COMPLEX MRIYA), 9, Generala Ostryakova Street, Opolznevoye Village, Yalta, Crimea 298685, Ukraine; Website http://mriyaresort.com; Email Address info@mriyaresort.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685] (Linked To: LIMITED LIABILITY COMPANY GARANT-SV).

MS AFFILIATES INTERNATIONAL (a.k.a. AFFILIATES INTERNATIONAL), 9 Timber Pond, Keamari P.O. Box 13139, Karachi, Pakistan; 9/A, Timber Pound Kemari, Karachi, Pakistan; Organization Established Date 27 Oct 1995; Tax ID No. 0287901 (Pakistan) [NPWMD].

MS CONSULT 216 (a.k.a. MS KONSULT 2016 EOOD (Cyrillic: МС КОНСУЛТ 2016 ЕООД)), Sredna Gora, 131, 1000, Sofia, Bulgaria; Organization Established Date 2008; V.A.T. Number BG200297144 (Bulgaria); Business Registration Number 200297144 (Bulgaria)

[GLOMAG] (Linked To: MALINOV, Nikolay Simeonov).

MS KONSULT 2016 EOOD (Cyrillic: МС КОНСУЛТ 2016 ЕООД) (a.k.a. MS CONSULT 216), Sredna Gora, 131, 1000, Sofia, Bulgaria; Organization Established Date 2008; V.A.T. Number BG200297144 (Bulgaria); Business Registration Number 200297144 (Bulgaria) [GLOMAG] (Linked To: MALINOV, Nikolay Simeonov).

MS ULUSLARARASI ENERJI YATIRIM ANONIM SIRKETI, Istinye MH. Bostan SK. N. 12 Sariyer, Istanbul, Turkey; Resitpasa Mah. Denizbank Ust Sitesi Yol Sok. No. 29 Sariyer, Istanbul 34467, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Istanbul Chamber of Comm. No. 775555 (Turkey); Registration Number 774879-0 (Turkey); Central Registration System Number 0623-0324-8470-0010 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

MS-13 (a.k.a. MARA SALVATRUCHA), El Salvador; Mexico; Honduras; Guatemala; United States; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT] [TCO].

MSD CAPITAL PTY LTD (f.k.a. MATAROMAX PTY LTD), F4E3 The Paragon II, 1 Krammer Road, Johannesburg, Gauteng 2007, South Africa; P.O. Box 35465, Johannesburg, Gauteng 0102, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Nov 2018; V.A.T. Number 4490288372 (South Africa); Tax ID No. 9407308197 (South Africa); Commercial Registry Number 2018/607460/07 (South Africa) [SDGT] (Linked To: MURAD, Bassem).

MSD DMCC (Arabic: إم إس دي م.د.م.س.), Almas-18-A, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Jul 2004; Registration Number DMCC0129 (United Arab Emirates) [SDGT] (Linked To: MURAD, Bassem).

MSD SPRL DIAMOND TRADING, 178 Ellaline Road, Mondeor, Johannesburg, Gauteng 2001, South Africa; F4E2 The Paragon II, 16 Kings Road, Bedfordview, Johannesburg, Gauteng 2007, South Africa; SA Jewellery Centre, 307 225 Main St, Johannesburg 2001, South Africa; Suite 307 Jewelcity, Johannesburg 2001, South Africa; Website www.msd.co.za; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 17 Jan 2011; V.A.T. Number 4340259870 (South Africa); Tax ID No. 9971121158 (South Africa); Commercial Registry Number 2011/005434/23 (South Africa); Registration Number K2022580085 (South Africa) [SDGT] (Linked To: OXFOCENTO PROPRIETARY LTD).

MSE OVERSEAS PTE. LTD., Paya Lebar Square, 60 Paya Lehar Road #09-43, 409051, Singapore; Website www.mse-overseas.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Nov 2014; Trade License No. 201432806G (Singapore) [SDGT] (Linked To: PALIKANDY, Mehboob Thachankandy).

MSHANTAF, Andre Samir (a.k.a. MISHANTAF, Andre Samir; a.k.a. MSHANTAF, Andrea Samir; a.k.a. MUCHANTAF, Andreih Samir; a.k.a. MUSHANTAF, Andre Samir; a.k.a. MUSHANTAF, Andriyah Samir (Arabic: اندريه سمير مشنتف)), Lebanon; DOB 11 Mar 1966; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1694100 (Lebanon) (individual) [SDGT] (Linked To: CTEX EXCHANGE).

MSHANTAF, Andrea Samir (a.k.a. MISHANTAF, Andre Samir; a.k.a. MSHANTAF, Andre Samir; a.k.a. MUCHANTAF, Andreih Samir; a.k.a. MUSHANTAF, Andre Samir; a.k.a. MUSHANTAF, Andriyah Samir (Arabic: اندريه سمير مشنتف)), Lebanon; DOB 11 Mar 1966; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1694100 (Lebanon) (individual) [SDGT] (Linked To: CTEX EXCHANGE).

MSO LOJISTIK TIC VE SANAYI LTD STI, Sekerhave Mah. Tevikiye Cad. 25 Ic Kapt 2, Alanya, Antalya, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Sep 2023; Registration Number 0623209473900001 (Turkey) [RUSSIA-EO14024] (Linked To: PETROV, Evgenii Stanislavich).

MSOO SK SHOCK (Cyrillic: МСОО СК ШОК) (a.k.a. MALADZEZHNAE SPARTYUNAE HRAMADSKAE ABYADNANNE SPARTYUNY KLUB SHOK (Cyrillic: МАЛАДЗЕЖНАЕ СПАРТЫЎНАЕ ГРАМАДСКАЕ АБЯДНАННЕ СПАРТЫЎНЫ КЛУБ ШОК); a.k.a. MOLODEZHNOYE SPORTIVNOYE OBSCHESTVENNOYE OBEDINENIYE SHOK (Cyrillic: МОЛОДЕЖНОЕ СПОРТИВНОЕ ОБЩЕСТВЕННОЕ ОБЪЕДИНЕНИЕ СПОРТИВНЫЙ КЛУБ ШОК); a.k.a. SHOCK SPORTS CLUB (Cyrillic: СПОРТИВНЫЙ КЛУБ ШОК); a.k.a. "SHOCK TEAM"; a.k.a. "SPORTS CLUB SHOCK"), ul. Boleslava Beruta, 12, Minsk, Belarus (Cyrillic: улица Болеслава Берута, 12, Минск, Belarus); ul. Filimonova, 55/3, Pom. 3H (cab.2), Minsk, Belarus (Cyrillic: ул. Филимонова, д. 55 корпус 3, пом. 3н (каб.2), Минск, Belarus); Organization Established Date 12 Oct 2010; Registration Number 194901875 (Belarus) [BELARUS].

MSOUTI, Mohammad Humam Mohammad Adnan (a.k.a. HUMAM, Msuti; a.k.a. MASOUTI BIN MOHAMMED ADNAN, Mohammed Humam (Arabic: محمد همام مسوتي بن محمد عدنان); a.k.a. MASOUTI, Mohammad Humam; a.k.a. MASOUTI, Mohammad Hussam Mohammad Adnan; a.k.a. MASOUTI, Mohammed Hammam; a.k.a. MASOUTI, Mohammed Hammam Mohammed Adnan (Arabic: محمد همام محمد عدنان مسوتي); a.k.a. MASOUTI, Mohammed Humam Mohammed Adnan), Damascus, Syria; DOB 1976; POB Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

MSP KALA NAFT CO. TEHRAN (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH

KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

MSP KALA NAFT TEHRAN COMPANY (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

MSP KALANAFT (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

MSP-KALANAFT COMPANY (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

MT TEVEL INC (a.k.a. MT TEVEL INCORPORATED), Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; 16-K Gold Tower, Cluster I, Jumeirah Lake Towers, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Sep 2024; Identification Number IMO 0112701; Business Registration Number 127967 (Marshall Islands) [SDGT] (Linked To: ANSARALLAH).

MT TEVEL INCORPORATED (a.k.a. MT TEVEL INC), Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; 16-K Gold Tower, Cluster I, Jumeirah Lake Towers, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Sep 2024; Identification Number IMO 0112701; Business Registration Number 127967 (Marshall Islands) [SDGT] (Linked To: ANSARALLAH).

MTANGA, Gedeon (a.k.a. GEDEON, Kyungu Mutanga; a.k.a. MUTANGA WA BAFUNKWA KANONGA, Gedeon Kyungu; a.k.a. MUTANGA, Gedeon Kyungu; a.k.a. MUTANGA, Gideon Kyungu); DOB 1972; alt. DOB 1974; POB Manono territory, Katanga Province (now Tanganyika Province), Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO].

MTSENSKPROKAT (a.k.a. MTSENSKPROKAT OOO; a.k.a. MZENSKPROKAT; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MTSENSKPROKAT), Ul. Avtomagistral Zd. 1A/2, Kom. 301, Mtsensk 303032, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Apr 2018; Tax ID No. 5703008027 (Russia); Government Gazette Number 28256296 (Russia); Registration Number 1185749002119 (Russia) [RUSSIA-EO14024].

MTSENSKPROKAT OOO (a.k.a. MTSENSKPROKAT; a.k.a. MZENSKPROKAT; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MTSENSKPROKAT), Ul. Avtomagistral Zd. 1A/2, Kom. 301, Mtsensk 303032, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Apr 2018; Tax ID No. 5703008027 (Russia); Government Gazette Number 28256296 (Russia); Registration Number 1185749002119 (Russia) [RUSSIA-EO14024].

MTTO INDUSTRY AND TRADE LIMITED, No. 9 Hongji Street, Xi Gang District, Dalian City, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MTV HOLDING (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MTV (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МТВ)), d. 15 pom. 6102, proezd 1-I Krasnogvardeiski, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Computer programming activities; Tax ID No. 7704440000 (Russia); Registration Number 1177746828181 (Russia) [RUSSIA-EO14024].

MU' ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU' ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; <Head Office> [SDGT].

MU' ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-

AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU' ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU' ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA

SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU' ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU' ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA;

a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU' ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU' ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA;

a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a.

SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; <Head Office> [SDGT].

MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE

FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor,

Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MUALLA, Badi (a.k.a. MUALLA, Badi Sulayman), Syria; DOB 1961; alt. DOB 05 Apr 1961; POB Bistuwir, Jablah, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

MUALLA, Badi Sulayman (a.k.a. MUALLA, Badi), Syria; DOB 1961; alt. DOB 05 Apr 1961; POB Bistuwir, Jablah, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a.

AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN

HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR;

a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN;

a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION;

a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN

FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MU'ASSASAT AL-QUDS (a.k.a. AL QUDS INSTITUTE; a.k.a. AL QUDS INTERNATIONAL INSTITUTION; a.k.a. AL-QUDS FOUNDATION; a.k.a. AL-QUDS INTERNATIONAL FOUNDATION; a.k.a. INTERNATIONAL AL QUDS INSTITUTE; a.k.a. INTERNATIONAL JERUSALEM FOUNDATION; a.k.a. JERUSALEM INTERNATIONAL ESTABLISHMENT; a.k.a. JERUSALEM INTERNATIONAL FOUNDATION; a.k.a. THE INTERNATIONAL AL QUDS FOUNDATION;

a.k.a. "IJF"), Hamra Street, Saroulla Building, 11th Floor; P.O. Box Beirut-Hamra 113/5647, Beirut, Lebanon; Website www.alquds-online.org; Email Address institution@alquds-online.org; alt. Email Address alquds_institution@yahoo.com; alt. Email Address info@alquds-city.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MUASSASAT SHAHID FILISTIN (a.k.a. AL-SHAHID FOUNDATION- PALESTINIAN BRANCH; a.k.a. PALESTINIAN MARTYRS FOUNDATION; a.k.a. PALESTINIAN MARTYRS INSTITUTION GROUP; a.k.a. SHAHID FUND), Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MUASSASSAT AL-RAHMAH (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION;

a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

MUBARAK, Laode Agussalim (a.k.a. IDA, Laode; a.k.a. KHAN, Mohd Shahwal; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBAROK, Muhamad; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "ABU SETA"; a.k.a. "AGUS SALIM"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUBARAK, Umid Medhat (a.k.a. MUBARAK, Umid Midhat), Iraq; DOB circa 1940; Former Minister of Health (individual) [IRAQ2].

MUBARAK, Umid Midhat (a.k.a. MUBARAK, Umid Medhat), Iraq; DOB circa 1940; Former Minister of Health (individual) [IRAQ2].

MUBAROK, Muhamad (a.k.a. IDA, Laode; a.k.a. KHAN, Mohd Shahwal; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "ABU SETA"; a.k.a. "AGUS SALIM"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUBEEN, Ahmed, Male, Maldives; DOB 30 Dec 1976; POB Male, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E0451333 (Maldives) expires 29 Apr 2018; National ID No. A048375 (Maldives) (individual)

[SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MUCHANTAF, Andreih Samir (a.k.a. MISHANTAF, Andre Samir; a.k.a. MSHANTAF, Andre Samir; a.k.a. MSHANTAF, Andrea Samir; a.k.a. MUSHANTAF, Andre Samir; a.k.a. MUSHANTAF, Andriyah Samir (Arabic: اندريه سمير مشنتف)), Lebanon; DOB 11 Mar 1966; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1694100 (Lebanon) (individual) [SDGT] (Linked To: CTEX EXCHANGE).

MUCHINGURI KASHIRI, Oppah Chamu Zvipange (a.k.a. MUCHINGURI, Oppah; a.k.a. MUCHINGURI, Oppah Chamu Zvipange; a.k.a. MUCHINGURI, Oppah Charm Zvipange), 2 Tedder Road, Greendale, Harare 263, Zimbabwe; DOB 14 Dec 1958; POB Mutare, Zimbabwe; nationality Zimbabwe; Gender Female; National ID No. 63741411R50 (Zimbabwe) (individual) [GLOMAG].

MUCHINGURI, Oppah (a.k.a. MUCHINGURI KASHIRI, Oppah Chamu Zvipange; a.k.a. MUCHINGURI, Oppah Chamu Zvipange; a.k.a. MUCHINGURI, Oppah Charm Zvipange), 2 Tedder Road, Greendale, Harare 263, Zimbabwe; DOB 14 Dec 1958; POB Mutare, Zimbabwe; nationality Zimbabwe; Gender Female; National ID No. 63741411R50 (Zimbabwe) (individual) [GLOMAG].

MUCHINGURI, Oppah Chamu Zvipange (a.k.a. MUCHINGURI KASHIRI, Oppah Chamu Zvipange; a.k.a. MUCHINGURI, Oppah; a.k.a. MUCHINGURI, Oppah Charm Zvipange), 2 Tedder Road, Greendale, Harare 263, Zimbabwe; DOB 14 Dec 1958; POB Mutare, Zimbabwe; nationality Zimbabwe; Gender Female; National ID No. 63741411R50 (Zimbabwe) (individual) [GLOMAG].

MUCHINGURI, Oppah Charm Zvipange (a.k.a. MUCHINGURI KASHIRI, Oppah Chamu Zvipange; a.k.a. MUCHINGURI, Oppah; a.k.a. MUCHINGURI, Oppah Chamu Zvipange), 2 Tedder Road, Greendale, Harare 263, Zimbabwe; DOB 14 Dec 1958; POB Mutare, Zimbabwe; nationality Zimbabwe; Gender Female; National ID No. 63741411R50 (Zimbabwe) (individual) [GLOMAG].

MUCURA, Ildemaro Jose (a.k.a. RODRIGUEZ MUCURA, Hildemaro Jose; a.k.a. RODRIGUEZ

MUCURA, Ildemaro Jose), Caracas, Capital District, Venezuela; DOB 06 Jun 1977; Gender Male; Cedula No. 13432397 (Venezuela) (individual) [VENEZUELA].

MUDACUMURA, Sylvestre (a.k.a. MUPENZI, Bernard; a.k.a. MUPENZI, General Pierre Bernard; a.k.a. "COMMANDANT PHARAON"; a.k.a. "MUKANDA"; a.k.a. "RADJA"), Kibua, North Kivu, Congo, Democratic Republic of the; DOB 1955; POB Karago, Western Province, Rwanda; citizen Rwanda; Major General; Commander FDLR/FOCA (individual) [DRCONGO].

MUDDARIS, Abdullah (a.k.a. DE LAVILLA, Mike; a.k.a. LABELLA, Omar; a.k.a. LAVILLA, Mile D.; a.k.a. LAVILLA, Omar; a.k.a. LAVILLA, Ramo; a.k.a. LAVILLA, Reuben; a.k.a. LAVILLA, Reuben Omar; a.k.a. LAVILLA, Reymund; a.k.a. LAVILLA, Ruben Pestano, Jr.; a.k.a. LOBILLA, Shaykh Omar; a.k.a. SHARIEF, Ahmad Omar), 10th Avenue, Caloocan City, Manila, Philippines; Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; DOB 04 Oct 1972; POB Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUE RENTA Y VENTA DE VESTIDOS, Avenida Francisco Solis No. 2601, Mazatlan, Sinaloa, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 6692122948; Organization Type: Hairdressing and other beauty treatment; RFC UIVS940314J20 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: NUNEZ RIOS, Jose Raul).

MUELLER, Markus Gerhard, Germany; DOB 01 May 1964; nationality Germany; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport C4WC5NCJT (Germany) (individual) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

MUFFLIN TRADING L.L.C., Al Makhawi Building, M Floor Office #M54, Oud Metha, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Nov 2020; Company Number 1647419 (United Arab Emirates); License 912334 (United Arab Emirates); Chamber of Commerce Number 348103 (United Arab Emirates) [SDGT] [IFSR]

(Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

MUGANGA, Mubarakh (a.k.a. "MK MUBARKH"), Rugando, Kigali, Rwanda; DOB 26 Jun 1967; POB Kampala, Uganda; nationality Rwanda; Gender Male; Passport PD100862 (Rwanda) expires 19 Aug 2026; National ID No. 1196780016764179 (Rwanda) (individual) [DRCONGO].

MUGARAGU, Leodomir (a.k.a. LEON, Manzi; a.k.a. MANZI, Leo), Katoyi, North Kivu, Congo, Democratic Republic of the; DOB 1954; alt. DOB 1953; POB Kigali, Rwanda; alt. POB Rushashi (Northern Province), Rwanda; FDLR/FOCA Chief of Staff; Brigadier General (individual) [DRCONGO].

MUGHNIYAH, Mustafa (a.k.a. MUGHNIYEH, Mustafa), Lebanon; DOB 01 Jan 1987 to 31 Jan 1987; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUGHNIYEH, Mustafa (a.k.a. MUGHNIYAH, Mustafa), Lebanon; DOB 01 Jan 1987 to 31 Jan 1987; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUGICA GONI, Ainhoa; DOB 27 Jun 1970; POB San Sebastian, Guipuzcoa Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 34.101.243 (Spain); Member ETA (individual) [SDGT].

MUHAJIRIN AND ANSAR ARMY (a.k.a. AL-MUAJIRIN BRIGADE; a.k.a. ARMY OF FOREIGN FIGHTERS AND SUPPORTERS; a.k.a. ARMY OF THE EMIGRANTS AND HELPERS; a.k.a. BRIGADE OF THE EMIGRANTS AND HELPERS; a.k.a. JAISH AL-MUHAJIREEN WA ANSAR; a.k.a. JAISH AL-MUHAJIREEN WAL-ANSAR; a.k.a. JAYSH AL-MUHAJIRIN AND AL-ANSAR ARMY; a.k.a. JAYSH AL-MUHAJIRIN WAL-ANSAR; a.k.a. KATEEB AL MUHAJIREEN WAL ANSAR; a.k.a. KATIBA AL-MUHAJIREEN), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MUHAMAD, Fadil Abdallah (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUHAMADI, Kahira (a.k.a. KAYIRA, Muhammad Mzee; a.k.a. MAHAMMAD, Kayiira; a.k.a. MUHAMMAD, Kayiira; a.k.a. "Kaida"; a.k.a. "Karida"; a.k.a. "Ogundipe"), Congo, Democratic Republic of the; DOB 1963 to 1969; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

MUHAMMAD HAMZA, Abd-al-Ra'uf Abu Zayd (a.k.a. ABU ZAID MOHAMED, Abdel Raouf; a.k.a. ABUZAID, Abdul Rauf; a.k.a. HAMZZA YASIR, Abdelraouf Abu Zaid Mohamed; a.k.a. MOHAMED HAMZA, Abd Al-Ra'Ouf Abu Zaid; a.k.a. MUHAMMAD HAMZA, Abdul Raouf Abu Zeid; a.k.a. ZAYID HAMZA, Abdel Raouf Abu); DOB 01 Jan 1983; POB Sudan; nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUHAMMAD HAMZA, Abdul Raouf Abu Zeid (a.k.a. ABU ZAID MOHAMED, Abdel Raouf; a.k.a. ABUZAID, Abdul Rauf; a.k.a. HAMZZA YASIR, Abdelraouf Abu Zaid Mohamed; a.k.a. MOHAMED HAMZA, Abd Al-Ra'Ouf Abu Zaid; a.k.a. MUHAMMAD HAMZA, Abd-al-Ra'uf Abu Zayd; a.k.a. ZAYID HAMZA, Abdel Raouf Abu); DOB 01 Jan 1983; POB Sudan; nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUHAMMAD JAMAL GROUP (a.k.a. ABU AHMED GROUP; a.k.a. AL-QA'IDA IN EGYPT; a.k.a. JAMAL NETWORK; a.k.a. MUHAMMAD JAMAL NETWORK), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MUHAMMAD JAMAL NETWORK (a.k.a. ABU AHMED GROUP; a.k.a. AL-QA'IDA IN EGYPT; a.k.a. JAMAL NETWORK; a.k.a. MUHAMMAD JAMAL GROUP), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MUHAMMAD, 'Abd-al-Nasir 'Ali (a.k.a. MAHAMUD, Abdi Nasir Ali (Arabic: عبدي ناصر علي محمود); a.k.a. MAHMOUD, Abdi Naser; a.k.a. MAHMUD, Abdi Nasir Ali; a.k.a. MAHMUT, Abdulnasir Ali), United Arab Emirates; Istanbul, Turkey; DOB 01 May 1977; nationality United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 548347810 (United Kingdom) expires 20 Jan 2029; alt. Passport D00015633 (Somalia) expires 13 Aug 2027; alt. Passport 528911113 (United Kingdom) expires 04 Nov 2026 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

MUHAMMAD, Abdul Karim Farge (a.k.a. MOHAMED, Abdikarin Farah), United Arab Emirates; Somalia; DOB 13 Sep 1993; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P00689508 (Somalia) (individual) [SDGT] (Linked To: AL-SHABAAB).

MUHAMMAD, Aboud Rogo (a.k.a. MOHAMED, Aboud Rogo; a.k.a. MOHAMMED, Aboud Rogo; a.k.a. ROGO, Aboud Mohammad; a.k.a. ROGO, Aboud Mohammed; a.k.a. ROGO, Aboud Seif; a.k.a. ROGO, Sheikh Aboud); DOB 11 Nov 1960; alt. DOB 11 Nov 1967; alt. DOB 11 Nov 1969; alt. DOB 01 Jan 1969; POB Kenya; alt. POB Lamu Island, Kenya; citizen Kenya (individual) [SOMALIA].

MUHAMMAD, Abu Turab Ali (a.k.a. ABUTURAB, Ali Muhammad; a.k.a. MOHAMMAD, Ali Mohammad Aburab Noor; a.k.a. MOHAMMAD, Ali Mohammad Noor; a.k.a. MOHD, Ali Mohd Abutorab Noor; a.k.a. MUHAMMED, Ali Muhammed Noor; a.k.a. TORAB, Abu Ali; a.k.a. TORAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammed Abu; a.k.a. TURAB, Ali Muhammad Abu; a.k.a. "MOHAMMED, Ali"; a.k.a. "TURAB, Abu"), Jamia Salfia, Airport Road, Quetta, Pakistan; Patel Road, Quetta, Pakistan; Saudi Arabia; DOB 10 Sep 1964; alt. DOB 05 Jan 1968; POB Quetta, Balochistan, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Passport J349992 (Pakistan); National ID No. 2083655452 (Saudi Arabia) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

MUHAMMAD, Faqeer (a.k.a. MOHAMMAD, Faqir; a.k.a. MUHAMMAD, Faqir; a.k.a. ZEYAR, Faqir Mohammad), Bannu, Pakistan; Lahore, Pakistan; DOB 1968; POB North Waziristan Agency, Pakistan; alt. POB Federally Administered Tribal Areas, Pakistan; alt. POB Khowst Province, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAQQANI NETWORK).

MUHAMMAD, Faqir (a.k.a. MOHAMMAD, Faqir; a.k.a. MUHAMMAD, Faqeer; a.k.a. ZEYAR, Faqir Mohammad), Bannu, Pakistan; Lahore, Pakistan; DOB 1968; POB North Waziristan Agency, Pakistan; alt. POB Federally Administered Tribal Areas, Pakistan; alt. POB Khowst Province, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAQQANI NETWORK).

MUHAMMAD, Hayat Ullah Ghulam (a.k.a. HAYAATULLAH, Haji; a.k.a. HAYATOLLAH, Haji; a.k.a. HAYATULLAH, Haji; a.k.a. HIYATULLAH, Haji), Saeedabad, Pagi Road, Peshawar, Pakistan; Saeedabad, Pachagi Road, Peshawar, Pakistan; DOB 1957 to 1959; POB Nangalam Village, Dar-e-Pech, Kunar, Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport TR030544 (Afghanistan); alt. Passport TR035506 (Afghanistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: ISIL KHORASAN; Linked To: AL QA'IDA; Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MUHAMMAD, Hussein (a.k.a. ALIRABAKI, Steven; a.k.a. JUNJU, Abdullah; a.k.a. KYAGULANYI, Alilabaki; a.k.a. KYAGULANYI, David; a.k.a. LUUMU, Nicolas; a.k.a. MUKULU, Jamil; a.k.a. TALENGELANIMIRO; a.k.a. TALENGELANIMIRO, Musezi; a.k.a. TUTU, Mzee); DOB 1965; alt. DOB 01 Jan 1964; POB Kayunga, Uganda; alt. POB Ntoke Village, Ntenjeru Sub County, Kayunga District,

Uganda; nationality Uganda; Head of the Allied Democratic Forces; Commander, Allied Democratic Forces (individual) [DRCONGO].

MUHAMMAD, Ishmail (a.k.a. ALEONG, Eddie; a.k.a. MOHAMMED, Ishmael; a.k.a. YONG, Isma'il 'Ali), Trinidad and Tobago; DOB 14 Aug 1984; nationality Trinidad and Tobago; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 19840814025 (Trinidad and Tobago); Identification Number 752536B (Trinidad and Tobago) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MUHAMMAD, Jami' 'Ali (a.k.a. MOHAMMED, Jama Ali), Oman; DOB 01 Jan 1980; nationality Somalia; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 60358533 (Oman) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

MUHAMMAD, Kayiira (a.k.a. KAYIRA, Muhammad Mzee; a.k.a. MAHAMMAD, Kayiira; a.k.a. MUHAMADI, Kahira; a.k.a. "Kaida"; a.k.a. "Karida"; a.k.a. "Ogundipe"), Congo, Democratic Republic of the; DOB 1963 to 1969; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

MUHAMMAD, Mahad Cise (a.k.a. AADAN, Mahad Ciise; a.k.a. ADAN, Mahad Isse; a.k.a. ADEN, Mahad Isse; a.k.a. "LABOBALLE"), Bosaso, Somalia; Qandala, Somalia; DOB 1949; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

MUHAMMAD, Mustafa (a.k.a. AL-MADANI, Abu Gharib; a.k.a. GHUL, Hassan; a.k.a. GUL, Hasan; a.k.a. GUL, Hassan; a.k.a. KHAN, Mustafa Hajji Muhammad; a.k.a. MAHMUD, Khalid; a.k.a. SHAHJI, Ahmad; a.k.a. "ABU-SHAIMA"; a.k.a. "ABU-SHAYMA"); DOB Aug 1977; alt. DOB Sep 1977; alt. DOB 1976; POB Madinah, Saudi Arabia; alt. POB Sangrar, Sindh Province, Pakistan; nationality Pakistan; alt. nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUHAMMAD, Muwaffaq Mustafa (a.k.a. AL KASAB, Muwafaq Mustafa Muhammad Ali;

a.k.a. AL-KARMOUSH, Muafaq Mustafa Mohammed; a.k.a. AL-KARMUSH, Muwafaq Mustafa; a.k.a. AL-KARMUSH, Muwafaq Mustafa Muhammad 'Ali; a.k.a. AL-KARMUSH, Muwaffaq Mustafa; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad 'Ali Mahmud; a.k.a. EL KHARMOUSH, Muwaffaq Mustafa Mohammad; a.k.a. KARMOOSH, Muwaffaq Mustafa Mohammed Ali; a.k.a. KARMUSH, Muwaffaq; a.k.a. "Abu Salah"; a.k.a. "AL-'AFRI, Abu Salah"); DOB 01 Feb 1973; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A5476394 (Iraq) (individual) [SDGT].

MUHAMMAD, Niaz (a.k.a. AL-BISHAURI, Abu Mohammad Shaykh Aminullah; a.k.a. AL-PESHAWARI, Shaykh Abu Mohammed Ameen; a.k.a. AL-PESHAWARI, Shaykh Aminullah; a.k.a. AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed; a.k.a. BISHAWRI, Abu Mohammad Amin; a.k.a. GUL AL-PAKISTANI, Niaz Muhammad Muhammada; a.k.a. PESHAWARI, Abu Mohammad Aminullah; a.k.a. "AMINULLAH, Shaykh"; a.k.a. "AMINULLAH, Sheik"; a.k.a. "SHAYKH AMEEN"), Ganj District, Peshawar, Khyber Pakhtunkhwa, Pakistan; House number T-876 Galli Mohallah, Sheikh Abad number 4, Peshawar, Khyber Pakhtunkhwa, Pakistan; Saudi Arabia; DOB circa 01 Jan 1961; POB Shunkrai village, Sarkani District, Konar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport FU0152122 (Pakistan) expires 24 Apr 2017; alt. Passport FU0152121 (Pakistan) (individual) [SDGT] (Linked To: JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

MUHAMMAD, Rahman Zayb Faqir (a.k.a. MUHAMMAD, Rahman Zeb Faqir; a.k.a. "ALAMZEB"; a.k.a. "AURANGZEB"; a.k.a. "KHAN, Rahman Ieb"; a.k.a. "ZAIB, Alam"; a.k.a. "ZAIB, Rehman"; a.k.a. "ZEB, Rahman R"), Bashgram Laal Qila Wersakay, Lower Dir, Khyber Pakhtunkhwa Province, Pakistan; Lalqillah, Lower Dir District, Khyber Pakhtunkhwa Province, Pakistan; DOB 01 Jan 1970; alt. DOB 01 Jan 1974; POB Dir, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National

ID No. 1530562382221 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

MUHAMMAD, Rahman Zeb Faqir (a.k.a. MUHAMMAD, Rahman Zayb Faqir; a.k.a. "ALAMZEB"; a.k.a. "AURANGZEB"; a.k.a. "KHAN, Rahman Ieb"; a.k.a. "ZAIB, Alam"; a.k.a. "ZAIB, Rehman"; a.k.a. "ZEB, Rahman R"), Bashgram Laal Qila Wersakay, Lower Dir, Khyber Pakhtunkhwa Province, Pakistan; Lalqillah, Lower Dir District, Khyber Pakhtunkhwa Province, Pakistan; DOB 01 Jan 1970; alt. DOB 01 Jan 1974; POB Dir, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1530562382221 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

MUHAMMAD, Sahib (a.k.a. ABD EL-RAHMAN, Suhayl Salim; a.k.a. ABDURAHAMAN, Suhayl; a.k.a. AL-SUDANI, Abu Faris; a.k.a. FARIS, Abu; a.k.a. MUHAMMAD, Suhayl Salim; a.k.a. SALIM, Suhayl; a.k.a. UL-ABIDEEN, Zain; a.k.a. ZAYN, Haytham; a.k.a. "SABA"; a.k.a. "SANA"; a.k.a. "SUNDUS"); DOB 17 Jun 1984; alt. DOB 1990; POB Rabak, Sudan; Passport C0004350; Personal ID Card A00710804 (individual) [SOMALIA].

MUHAMMAD, Sami Jasim (a.k.a. AL-'AJUZ, Sami Jasim; a.k.a. AL-'AJUZ, Sami Jasim Muhammad; a.k.a. AL-JABURI, Sami Jasim Muhammad; a.k.a. A'RAJ, Sami; a.k.a. "ASIA, Abu"; a.k.a. "ASIYA, Abu"; a.k.a. "HAMAD, Hajji"; a.k.a. "HAMID, Hajji"; a.k.a. "HAMID, Ustadh"; a.k.a. "SAMIYAH, Abu"; a.k.a. "SUMAYYAH, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; alt. DOB 01 Jan 1970 to 31 Dec 1970; POB Al-Sharqat, Salah ad-Din Province, Iraq; alt. POB Mosul, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUHAMMAD, Sirajuddin Haqqani Jalaluddin Khwasa (a.k.a. HAQANI, Saraj; a.k.a. HAQANI, Siraj; a.k.a. HAQANI, Sirajuddin; a.k.a. HAQQANI, Saraj; a.k.a. HAQQANI, Siraj; a.k.a. HAQQANI, Sirajuddin), Manba'ul uloom Madrasa, Miramshah, North Waziristan, FATA, NWFP, Pakistan; Dergey Manday Madrasa (North of Miramsha), North Waziristan, FATA, NWFP, Pakistan; Kela neighborhood/Danda neighborhood (2 km NW from Miramshah town), Pakistan; DOB 1977; alt. DOB 1978; alt. DOB 1970; POB Danda, Miramshah, Afghanistan; alt. POB Khowst Province, Afghanistan; alt. POB Neka District, Paktika, Afghanistan; alt. POB

Srana Village, Garda Saray District, Paktya Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUHAMMAD, Suhayl Salim (a.k.a. ABD EL-RAHMAN, Suhayl Salim; a.k.a. ABDURAHAMAN, Suhayl; a.k.a. AL-SUDANI, Abu Faris; a.k.a. FARIS, Abu; a.k.a. MUHAMMAD, Sahib; a.k.a. SALIM, Suhayl; a.k.a. UL-ABIDEEN, Zain; a.k.a. ZAYN, Haytham; a.k.a. "SABA"; a.k.a. "SANA"; a.k.a. "SUNDUS"); DOB 17 Jun 1984; alt. DOB 1990; POB Rabak, Sudan; Passport C0004350; Personal ID Card A00710804 (individual) [SOMALIA].

MUHAMMAD, Surajo Abu Bakr (a.k.a. MUHAMMAD, Surajo Abubakar (Arabic: سوراجو ابو بكر محمد)), Abu Dhabi, United Arab Emirates; DOB 03 Jul 1979; POB Nigeria; nationality Nigeria; citizen Nigeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A06290994 (Nigeria) (individual) [SDGT] (Linked To: BOKO HARAM).

MUHAMMAD, Surajo Abubakar (Arabic: سوراجو ابو بكر محمد) (a.k.a. MUHAMMAD, Surajo Abu Bakr), Abu Dhabi, United Arab Emirates; DOB 03 Jul 1979; POB Nigeria; nationality Nigeria; citizen Nigeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A06290994 (Nigeria) (individual) [SDGT] (Linked To: BOKO HARAM).

MUHAMMAD, Ustad Haji Laudi Agus Salim (a.k.a. IDA, Laode; a.k.a. KHAN, Mohd Shahwal; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUBAROK, Muhamad; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "ABU SETA"; a.k.a. "AGUS SALIM"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUHAMMADHASNI, Asad Khan (a.k.a. KHAN, Asad; a.k.a. KHAN, Haji Asad; a.k.a. KHAN, Mohammed; a.k.a. MOHADMMADHASNI, Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad

Khan Zarkari; a.k.a. MOHMMADHASNI, Asad Khan; a.k.a. ZARKARI, Asad Khan; a.k.a. "ASAD, Haji"; a.k.a. "HAJI ABDULLAH"), Nimroz, Afghanistan; Kabul, Afghanistan; Karachi, Pakistan; Basalani, Afghanistan; Balochistan, Pakistan; Dubai, United Arab Emirates; DOB 01 Jan 1955; POB Nimroz, Afghanistan; citizen Afghanistan; Passport OR1126692 (Afghanistan) (individual) [SDNTK].

MUHAMMADI, Omid (a.k.a. MUHAMMADI, Umid; a.k.a. MUHAMMADI, 'Umid 'Abd al-Majid Muhammad 'Aziz; a.k.a. "AL-KURDI, Abu Sulayman"; a.k.a. "AL-KURDI, 'Amid"; a.k.a. "AL-KURDI, Hamza"; a.k.a. "AL-KURDI, Umid"; a.k.a. "DARWESH, Arkan Mohammed Hussein"; a.k.a. "MARIVANI, Shahin"; a.k.a. "RAWANSARI, Shahin"); DOB 1967; nationality Syria; alt. nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ethnicity Kurdish (individual) [SDGT].

MUHAMMADI, Umid (a.k.a. MUHAMMADI, Omid; a.k.a. MUHAMMADI, 'Umid 'Abd al-Majid Muhammad 'Aziz; a.k.a. "AL-KURDI, Abu Sulayman"; a.k.a. "AL-KURDI, 'Amid"; a.k.a. "AL-KURDI, Hamza"; a.k.a. "AL-KURDI, Umid"; a.k.a. "DARWESH, Arkan Mohammed Hussein"; a.k.a. "MARIVANI, Shahin"; a.k.a. "RAWANSARI, Shahin"); DOB 1967; nationality Syria; alt. nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ethnicity Kurdish (individual) [SDGT].

MUHAMMADI, 'Umid 'Abd al-Majid Muhammad 'Aziz (a.k.a. MUHAMMADI, Omid; a.k.a. MUHAMMADI, Umid; a.k.a. "AL-KURDI, Abu Sulayman"; a.k.a. "AL-KURDI, 'Amid"; a.k.a. "AL-KURDI, Hamza"; a.k.a. "AL-KURDI, Umid"; a.k.a. "DARWESH, Arkan Mohammed Hussein"; a.k.a. "MARIVANI, Shahin"; a.k.a. "RAWANSARI, Shahin"); DOB 1967; nationality Syria; alt. nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ethnicity Kurdish (individual) [SDGT].

MUHAMMAND, Kibirige (a.k.a. AMIGO, Mzee; a.k.a. AMIGO, Simba; a.k.a. KIBIRGE, Amigo; a.k.a. KIBIRIGE, Amigo), Congo, Democratic Republic of the; DOB 1975 to 1979; POB

Masaka District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

MUHAMMED, Ali Muhammed Noor (a.k.a. ABUTURAB, Ali Muhammad; a.k.a. MOHAMMAD, Ali Mohammad Abutorab Noor; a.k.a. MOHAMMAD, Ali Mohammad Noor; a.k.a. MOHD, Ali Mohd Abutorab Noor; a.k.a. MUHAMMAD, Abu Turab Ali; a.k.a. TORAB, Abu Ali; a.k.a. TORAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammed Abu; a.k.a. TURAB, Ali Muhammad Abu; a.k.a. "MOHAMMED, Ali"; a.k.a. "TURAB, Abu"), Jamia Salfia, Airport Road, Quetta, Pakistan; Patel Road, Quetta, Pakistan; Saudi Arabia; DOB 10 Sep 1964; alt. DOB 05 Jan 1968; POB Quetta, Balochistan, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J349992 (Pakistan); National ID No. 2083655452 (Saudi Arabia) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

MUHANDIS GENERAL COMPANY (a.k.a. AL MUHANDIS GENERAL ENGINEER COMPANY FOR CONSTRUCTIONS, MECHANICAL, AGRICULTURAL, AND INDUSTRIAL CONTRACTING; a.k.a. AL-MUHANDIS COMPANY; a.k.a. MUHANDIS GENERAL COMPANY FOR CONSTRUCTION, ENGINEERING, MECHANICAL, AGRICULTURAL, AND INDUSTRIAL CONTRACTING (Arabic: شركة المهندس للمقاولات و الانشائية و الهندسية و الميكانيكية و الاعمال الزراعية والصناعية)), Baghdad, Iraq; Website https://almuhandis.iq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Feb 2023; Organization Type: Activities of holding companies; Target Type State-Owned Enterprise [SDGT] [IFSR] (Linked To: KATA'IB HIZBALLAH; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MUHANDIS GENERAL COMPANY FOR CONSTRUCTION, ENGINEERING, MECHANICAL, AGRICULTURAL, AND INDUSTRIAL CONTRACTING (Arabic: شركة المهندس للمقاولات و الانشائية و الهندسية و الميكانيكية و الاعمال الزراعية والصناعية) (a.k.a. AL MUHANDIS GENERAL ENGINEER COMPANY FOR CONSTRUCTIONS, MECHANICAL, AGRICULTURAL, AND INDUSTRIAL CONTRACTING; a.k.a. AL-MUHANDIS COMPANY; a.k.a. MUHANDIS GENERAL COMPANY), Baghdad, Iraq; Website https://almuhandis.iq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Feb 2023; Organization Type: Activities of holding companies; Target Type State-Owned Enterprise [SDGT] [IFSR] (Linked To: KATA'IB HIZBALLAH; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MUHARIB, Abu Ali (a.k.a. ALHARBI, Adel Radhi Saqer; a.k.a. AL-HARBI, Adel Radi Saqr Al-Wahabi; a.k.a. AL-HARBI, 'Adil Radi Saqr al-Wahbi; a.k.a. "MUHARIB"); DOB 01 Dec 1986; POB Buraydah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J110141 (Saudi Arabia) issued 18 Apr 2010 expires 22 Feb 2015; National ID No. 1059887057 (Saudi Arabia) (individual) [SDGT].

MUHAWDAR, 'Imad 'Udi (a.k.a. AL-TIKRITI, Ahmad Watban Ibrahim Hasan; a.k.a. AL-TIKRITI, Ahmed Watban Ibrahim Hasan), Al-Ra'is Building, Mina Street, Tartus, Tartus, Syria; Jirmanah Neighborhood, Damascus, Syria; Al-Hadda Hotel, Sana'a, Yemen; DOB 1975; alt. DOB 1979; POB Baghdad, Iraq; nationality Iraq (individual) [IRAQ2].

MUHAXHERI, Lavdrim (a.k.a. EL ALBANI, Ebu Abdullah; a.k.a. "AL KOSOVA, Abu Abdullah"; a.k.a. "AL-KOSOVI, Abu Abdallah"; a.k.a. "AL-KOSOVO, Abu Abdallah"); DOB 1987; nationality Kosovo; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUHIDINOV, Jafar (a.k.a. AL-UZBEK, Jaffar; a.k.a. AL-UZBEKI, Jafar; a.k.a. MUIDINOV, Dilshod Alimovich; a.k.a. MUIDINOV, Djafar; a.k.a. MUIDINOV, Jafar; a.k.a. SADIKOV, Olimzhon Adkhamovich); DOB 01 Jan 1977 to 31 Dec 1985; nationality Uzbekistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUHJAT ALQUDS FOUNDATION (Arabic: مؤسسة مهجة القدس) (a.k.a. MUHJAT AL-QUDS FOUNDATION FOR MARTYRS, PRISONERS, AND WOUNDED (Arabic: مؤسسة مهجة القدس للشهداء والأسرى والجرحى)); a.k.a. MUHJAT AL-QUDS FOUNDATION FOR PRISONERS; a.k.a. MUHJAT AL-QUDS INSTITUTION; a.k.a. "AL-MUHJA"; a.k.a. "JERUSALEM MOVEMENT FOUNDATION FOR THE MARTYRS, PRISONERS, AND WOUNDED"), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2002; Registration Number 8040 (Palestinian) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

MUHJAT AL-QUDS FOUNDATION FOR MARTYRS, PRISONERS, AND WOUNDED (Arabic: مؤسسة مهجة القدس للشهداء والأسرى والجرحى) (a.k.a. MUHJAT ALQUDS FOUNDATION (Arabic: مؤسسة مهجة القدس); a.k.a. MUHJAT AL-QUDS FOUNDATION FOR PRISONERS; a.k.a. MUHJAT AL-QUDS INSTITUTION; a.k.a. "AL-MUHJA"; a.k.a. "JERUSALEM MOVEMENT FOUNDATION FOR THE MARTYRS, PRISONERS, AND WOUNDED"), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2002; Registration Number 8040 (Palestinian) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

MUHJAT AL-QUDS FOUNDATION FOR PRISONERS (a.k.a. MUHJAT ALQUDS FOUNDATION (Arabic: مؤسسة مهجة القدس); a.k.a. MUHJAT AL-QUDS FOUNDATION FOR MARTYRS, PRISONERS, AND WOUNDED (Arabic: مؤسسة مهجة القدس للشهداء والأسرى والجرحى); a.k.a. MUHJAT AL-QUDS INSTITUTION; a.k.a. "AL-MUHJA"; a.k.a. "JERUSALEM MOVEMENT FOUNDATION FOR THE MARTYRS, PRISONERS, AND WOUNDED"), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2002; Registration Number 8040 (Palestinian) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

MUHJAT AL-QUDS INSTITUTION (a.k.a. MUHJAT ALQUDS FOUNDATION (Arabic: مؤسسة مهجة القدس); a.k.a. MUHJAT AL-QUDS FOUNDATION FOR MARTYRS, PRISONERS, AND WOUNDED (Arabic: مؤسسة مهجة القدس للشهداء والأسرى والجرحى); a.k.a. MUHJAT AL-QUDS FOUNDATION FOR PRISONERS; a.k.a. "AL-MUHJA"; a.k.a. "JERUSALEM

MOVEMENT FOUNDATION FOR THE MARTYRS, PRISONERS, AND WOUNDED"), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2002; Registration Number 8040 (Palestinian) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

MUHSIN AL-AZZAQI, Thamoud Mohammed (a.k.a. MUHSIN AL-AZZAWI, Thamoud Mohammed; a.k.a. MUHSIN, Thamoud), Dubai, United Arab Emirates; DOB 14 Oct 1966; POB Baghdad, Iraq; nationality Iraq; Gender Male; Passport A13941824 (Iraq) expires 18 Feb 2027 (individual) [IRAN-EO13902] (Linked To: G M C G SHIPPING L.L.C.).

MUHSIN AL-AZZAWI, Thamoud Mohammed (a.k.a. MUHSIN AL-AZZAQI, Thamoud Mohammed; a.k.a. MUHSIN, Thamoud), Dubai, United Arab Emirates; DOB 14 Oct 1966; POB Baghdad, Iraq; nationality Iraq; Gender Male; Passport A13941824 (Iraq) expires 18 Feb 2027 (individual) [IRAN-EO13902] (Linked To: G M C G SHIPPING L.L.C.).

MUHSIN, Thamoud (a.k.a. MUHSIN AL-AZZAQI, Thamoud Mohammed; a.k.a. MUHSIN AL-AZZAWI, Thamoud Mohammed), Dubai, United Arab Emirates; DOB 14 Oct 1966; POB Baghdad, Iraq; nationality Iraq; Gender Male; Passport A13941824 (Iraq) expires 18 Feb 2027 (individual) [IRAN-EO13902] (Linked To: G M C G SHIPPING L.L.C.).

MUHWEZI, Edward Kalekezi Kayihura (a.k.a. KAYIHURA, Kale); DOB 26 Dec 1955; nationality Uganda; Gender Male; Passport DA024329 (individual) [GLOMAG].

MUIDINOV, Dilshod Alimovich (a.k.a. AL-UZBEK, Jaffar; a.k.a. AL-UZBEKI, Jafar; a.k.a. MUHIDINOV, Jafar; a.k.a. MUIDINOV, Djafar; a.k.a. MUIDINOV, Jafar; a.k.a. SADIKOV, Olimzhon Adkhamovich); DOB 01 Jan 1977 to 31 Dec 1985; nationality Uzbekistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUIDINOV, Djafar (a.k.a. AL-UZBEK, Jaffar; a.k.a. AL-UZBEKI, Jafar; a.k.a. MUHIDINOV, Jafar; a.k.a. MUIDINOV, Dilshod Alimovich; a.k.a. MUIDINOV, Jafar; a.k.a. SADIKOV, Olimzhon Adkhamovich); DOB 01 Jan 1977 to 31 Dec 1985; nationality Uzbekistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUIDINOV, Jafar (a.k.a. AL-UZBEK, Jaffar; a.k.a. AL-UZBEKI, Jafar; a.k.a. MUHIDINOV, Jafar; a.k.a. MUIDINOV, Dilshod Alimovich; a.k.a. MUIDINOV, Djafar; a.k.a. SADIKOV, Olimzhon Adkhamovich); DOB 01 Jan 1977 to 31 Dec 1985; nationality Uzbekistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUJAAHIDIIN YOUTH MOVEMENT (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [SOMALIA].

MUJAHID, Abdullah (a.k.a. ABDALLAH, Abu), Mohallah Markaz Tayyeba Street, Muridke, Lahore, Pakistan; DOB 15 May 1970; POB Bhalwal, Sargodha District, Punjab Province, Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport DM1074371 (Pakistan) issued 30 May 2009 expires 29 May 2014; National ID No. 3540118204373 (Pakistan) (individual) [SDGT].

MUJAHID, Mohammed Yahya (a.k.a. AZIZ, Mohammad Yahya; a.k.a. MUJAHID, Muhammad Yahya; a.k.a. MUJAHID, Yahya); DOB 12 Mar 1961; POB Lahore, Punjab Province, Pakistan; alt. POB Sheikhupura, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 35404-1577309-9 (Pakistan); alt. National ID No. 26961341469 (Pakistan) (individual) [SDGT].

MUJAHID, Muhammad Yahya (a.k.a. AZIZ, Mohammad Yahya; a.k.a. MUJAHID, Mohammed Yahya; a.k.a. MUJAHID, Yahya); DOB 12 Mar 1961; POB Lahore, Punjab Province, Pakistan; alt. POB Sheikhupura, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 35404-1577309-9 (Pakistan); alt. National ID No. 26961341469 (Pakistan) (individual) [SDGT].

MUJAHID, Yahya (a.k.a. AZIZ, Mohammad Yahya; a.k.a. MUJAHID, Mohammed Yahya; a.k.a. MUJAHID, Muhammad Yahya); DOB 12 Mar 1961; POB Lahore, Punjab Province, Pakistan; alt. POB Sheikhupura, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 35404-1577309-9 (Pakistan); alt. National ID No. 26961341469 (Pakistan) (individual) [SDGT].

MUJAHIDEEN INDONESIA TIMOR (a.k.a. MUJAHIDIN INDONESIA BARAT; a.k.a. MUJAHIDIN INDONESIA TIMOR; a.k.a. MUJAHIDIN INDONESIA TIMUR; a.k.a. MUJAHIDIN OF EASTERN INDONESIA; a.k.a. MUJAHIDIN OF WESTERN INDONESIA; a.k.a. "MIB"; a.k.a. "MIT"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MUJAHIDEEN OF THE ARABIAN PENINSULA (a.k.a. HIJAZ PROVINCE OF THE ISLAMIC STATE; a.k.a. ISIL-SAUDI ARABIA; a.k.a. ISIS IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-SAUDI ARABIA; a.k.a. WILAYAT AL-HARAMAYN; a.k.a. "AL-HIJAZ PROVINCE"; a.k.a. "NAJD PROVINCE"; a.k.a. "PROVINCE OF THE TWO HOLY PLACES"; a.k.a. "WILAYAT NAJD"), Hijaz and Asir Provinces, Najd region, Saudi Arabia; Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MUJAHIDEEN SHURA COUNCIL (a.k.a. MAGLES SHOURA AL-MUJAHDDIN; a.k.a. MAJLIS SHURA AL-MUJAHEDIN FI AKNAF BAYT AL-MAQDIS; a.k.a. MAJLIS SHURA AL-MUJAHIDEEN; a.k.a. MAJLIS SHURA AL-MUJAHIDIN; a.k.a. MUJAHIDEEN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM; a.k.a. MUJAHIDIN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM; a.k.a. "MSC"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MUJAHIDEEN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM (a.k.a. MAGLES SHOURA AL-MUJAHDDIN; a.k.a. MAJLIS SHURA AL-MUJAHEDIN FI AKNAF BAYT AL-MAQDIS; a.k.a. MAJLIS SHURA AL-MUJAHIDEEN; a.k.a. MAJLIS SHURA AL-MUJAHIDIN; a.k.a. MUJAHIDEEN SHURA COUNCIL; a.k.a. MUJAHIDIN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM; a.k.a. "MSC"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MUJAHIDEEN YOUTH MOVEMENT (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [SOMALIA].

MUJAHIDIN AL-SHABAAB MOVEMENT (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 [FTO] [SDGT] [SOMALIA].

MUJAHIDIN INDONESIA BARAT (a.k.a. MUJAHIDEEN INDONESIA TIMOR; a.k.a. MUJAHIDIN INDONESIA TIMOR; a.k.a. MUJAHIDIN INDONESIA TIMUR; a.k.a. MUJAHIDIN OF EASTERN INDONESIA; a.k.a. MUJAHIDIN OF WESTERN INDONESIA; a.k.a. "MIB"; a.k.a. "MIT"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MUJAHIDIN INDONESIA TIMOR (a.k.a. MUJAHIDEEN INDONESIA TIMOR; a.k.a. MUJAHIDIN INDONESIA BARAT; a.k.a. MUJAHIDIN INDONESIA TIMUR; a.k.a. MUJAHIDIN OF EASTERN INDONESIA; a.k.a. MUJAHIDIN OF WESTERN INDONESIA; a.k.a. "MIB"; a.k.a. "MIT"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MUJAHIDIN INDONESIA TIMUR (a.k.a. MUJAHIDEEN INDONESIA TIMOR; a.k.a. MUJAHIDIN INDONESIA BARAT; a.k.a. MUJAHIDIN INDONESIA TIMOR; a.k.a. MUJAHIDIN OF EASTERN INDONESIA; a.k.a. MUJAHIDIN OF WESTERN INDONESIA; a.k.a. "MIB"; a.k.a. "MIT"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MUJAHIDIN OF EASTERN INDONESIA (a.k.a. MUJAHIDEEN INDONESIA TIMOR; a.k.a. MUJAHIDIN INDONESIA BARAT; a.k.a. MUJAHIDIN INDONESIA TIMOR; a.k.a. MUJAHIDIN INDONESIA TIMUR; a.k.a. MUJAHIDIN OF WESTERN INDONESIA; a.k.a. "MIB"; a.k.a. "MIT"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MUJAHIDIN OF WESTERN INDONESIA (a.k.a. MUJAHIDEEN INDONESIA TIMOR; a.k.a. MUJAHIDIN INDONESIA BARAT; a.k.a. MUJAHIDIN INDONESIA TIMOR; a.k.a. MUJAHIDIN INDONESIA TIMUR; a.k.a. MUJAHIDIN OF EASTERN INDONESIA; a.k.a. "MIB"; a.k.a. "MIT"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MUJAHIDIN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM (a.k.a. MAGLES SHOURA AL-MUJAHDDIN; a.k.a. MAJLIS

SHURA AL-MUJAHEDIN FI AKNAF BAYT AL-MAQDIS; a.k.a. MAJLIS SHURA AL-MUJAHIDEEN; a.k.a. MAJLIS SHURA AL-MUJAHIDIN; a.k.a. MUJAHIDEEN SHURA COUNCIL; a.k.a. MUJAHIDEEN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM; a.k.a. "MSC"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MUJAHIDIN YOUTH MOVEMENT (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [SOMALIA].

MUJEL, A.S. (a.k.a. AL MOJIL, Abdulhamid Sulaiman M.; a.k.a. AL MUJAL, Dr. Abd al-Hamid; a.k.a. AL MU'JIL, Abd al-Hamid Sulaiman; a.k.a. AL-MU'AJJAL, Dr. Abd Al-Hamid; a.k.a. AL-MUJIL, Abd Al Hamid Sulaiman Muhammed; a.k.a. AL-MU'JIL, Dr. Abd Abdul-Hamid bin Sulaiman; a.k.a. MU'JIL, Abd al-Hamid; a.k.a. "ABDALLAH, Abu"); DOB 28 Apr 1949; alt. DOB 29 Apr 1949; POB Kuwait; nationality Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F 137998 issued 18 Apr 2004 expires 24 Feb 2009; Doctor (individual) [SDGT].

MU'JIL, Abd al-Hamid (a.k.a. AL MOJIL, Abdulhamid Sulaiman M.; a.k.a. AL MUJAL, Dr. Abd al-Hamid; a.k.a. AL MU'JIL, Abd al-Hamid Sulaiman; a.k.a. AL-MU'AJJAL, Dr. Abd Al-Hamid; a.k.a. AL-MUJIL, Abd Al Hamid Sulaiman Muhammed; a.k.a. AL-MU'JIL, Dr. Abd Abdul-Hamid bin Sulaiman; a.k.a. MUJEL, A.S.; a.k.a. "ABDALLAH, Abu"); DOB 28 Apr

1949; alt. DOB 29 Apr 1949; POB Kuwait; nationality Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F 137998 issued 18 Apr 2004 expires 24 Feb 2009; Doctor (individual) [SDGT].

MUJYAMBERE, Leopold (a.k.a. IBRAHIM, Frere Petrus; a.k.a. "ACHILLE"; a.k.a. "MUSENYERI"), Mwenga, South Kivu Province, Congo, Democratic Republic of the; DOB 17 Mar 1962; alt. DOB 1966; POB Kigali, Rwanda; citizen Rwanda; Colonel; Commander, FDLR CO 2nd Division (individual) [DRCONGO].

MUKHAMETSHIN, Farit Mubarakshevich (Cyrillic: МУХАМЕТШИН, Фарит Мубаракшевич), Russia; DOB 31 Jan 1947; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MUKHANOV, Aleksandr Aleksandrovich (Cyrillic: МУХАНОВ, Александр Александрович), Apartment 71, 131 Gorkovo Street, Vladimir 600026, Russia; DOB 07 Dec 1984; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

MUKIIBI, Moses, Uganda; DOB 09 May 1954; POB Bugobango Village, Mpigi District, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

MUKISA, Patrick (a.k.a. ECOBU, Patrick), Uganda; DOB 29 Jan 1976; nationality Uganda; Gender Male; National ID No. 001278331 (Uganda) (individual) [GLOMAG].

MUKOLO, Basengezi Marcellin (a.k.a. BASENGEZI, Marcellin; a.k.a. BASENGEZI, Marcellin Mukolo; a.k.a. MAKOLO, Marcelin Basengezi), Appartement 29 Cite Du Fleuve, Cite Du Fleuve, Kingabwa Limete, Kinshasa, Congo, Democratic Republic of the; DOB 30 Nov 1985; POB Kaziba, Congo, Democratic Republic of the; Gender Male; Passport OP0155187 (Congo, Democratic Republic of the) issued 24 Jan 2016 expires 19 Jan 2021 (individual) [DRCONGO].

MUKONDA MAYANDU, Alain, Kivu 32 BIS, Salongo, Kintambo, Kinshasa, Kinshasa, Congo, Democratic Republic of the; DOB 09 Feb 1976; nationality Congo, Democratic Republic of the; Gender Male; Passport OP0110491 (Congo, Democratic Republic of

the) (individual) [GLOMAG] (Linked To: GERTLER, Dan).

MUKULU, Jamil (a.k.a. ALIRABAKI, Steven; a.k.a. JUNJU, Abdullah; a.k.a. KYAGULANYI, Alilabaki; a.k.a. KYAGULANYI, David; a.k.a. LUUMU, Nicolas; a.k.a. MUHAMMAD, Hussein; a.k.a. TALENGELANIMIRO; a.k.a. TALENGELANIMIRO, Musezi; a.k.a. TUTU, Mzee); DOB 1965; alt. DOB 01 Jan 1964; POB Kayunga, Uganda; alt. POB Ntoke Village, Ntenjeru Sub County, Kayunga District, Uganda; nationality Uganda; Head of the Allied Democratic Forces; Commander, Allied Democratic Forces (individual) [DRCONGO].

MULAVI, Ali Shams (a.k.a. MOULAVI, Ali Shams), Turkey; DOB 23 Jul 1980; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport I95726252 (Iran) (individual) [SDGT] [IFSR] (Linked To: ANSAR EXCHANGE).

MULBERRY PROJE YATIRIM (a.k.a. MULBERRY PROJE YATIRIM A.S.; a.k.a. MULBERRY PROJE YATIRIM ANONIM SIRKETI), Istanbul, Turkey; Cihannuma Mah. Dortyuzlucesme Sk. Gunes, Apt. 2/6, Besiktas, Istanbul, Turkey [VENEZUELA-EO13850].

MULBERRY PROJE YATIRIM A.S. (a.k.a. MULBERRY PROJE YATIRIM; a.k.a. MULBERRY PROJE YATIRIM ANONIM SIRKETI), Istanbul, Turkey; Cihannuma Mah. Dortyuzlucesme Sk. Gunes, Apt. 2/6, Besiktas, Istanbul, Turkey [VENEZUELA-EO13850].

MULBERRY PROJE YATIRIM ANONIM SIRKETI (a.k.a. MULBERRY PROJE YATIRIM; a.k.a. MULBERRY PROJE YATIRIM A.S.), Istanbul, Turkey; Cihannuma Mah. Dortyuzlucesme Sk. Gunes, Apt. 2/6, Besiktas, Istanbul, Turkey [VENEZUELA-EO13850].

MULHEM, Kifah (a.k.a. AL-MILHEM, Kifah; a.k.a. MELHEM, Kifah; a.k.a. MILHEM, Kifah; a.k.a. MOULHEM, Kifah (Arabic: كفاح ملحم); a.k.a. MOULHIM, Kifah; a.k.a. MULHIM, Kifah), Damascus, Syria; DOB 28 Nov 1961; POB Junayrat Ruslan, Tartous, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

MULHIM, Kifah (a.k.a. AL-MILHEM, Kifah; a.k.a. MELHEM, Kifah; a.k.a. MILHEM, Kifah; a.k.a. MOULHEM, Kifah (Arabic: كفاح ملحم); a.k.a. MOULHIM, Kifah; a.k.a. MULHEM, Kifah), Damascus, Syria; DOB 28 Nov 1961; POB Junayrat Ruslan, Tartous, Syria; nationality

Syria; Gender Male (individual) [PAARSSR-EO13894].

MULLAH AHMED SHAH HAWALA (a.k.a. AHMAD SHAH HAWALA; a.k.a. HAJI AHMAD SHAH HAWALA; a.k.a. MAULAWI AHMED SHAH HAWALA; a.k.a. ROSHAN MONEY EXCHANGE; a.k.a. ROSHAN SARAFI; a.k.a. ROSHAN SHIRKAT; a.k.a. ROSHAN TRADING COMPANY; a.k.a. RUSHAAN TRADING COMPANY), Floor 5, Shop 25, Kandahar City Sarafi Market, Kandahar District, Kandahar Province, Afghanistan; Lakri, Helmand Province, Afghanistan; Aziz Market, In front of Azizi Bank, Waish Border, Spin Boldak District, Kandahar Province, Afghanistan; Gardi Jungle, Balochistan Province, Pakistan; Chaghi, Balochistan Province, Pakistan; Fahr Khan (variant Furqan) Center, Shop Number 1584, Chalhor Mal Road, Quetta, Balochistan Province, Pakistan; St. Flore, Flat Number 4, Furqan Center, Jamaludden (variant Jamaludin) Afghani Road, Quetta, Balochistan Province, Pakistan; Muslim Plaza Building, Doctor Banu Road, 2nd Floor, Office Number 4, Quetta, Balochistan Province, Pakistan; Cholmon Road, Quetta, Balochistan Province, Pakistan; Munsafi Road, Quetta, Balochistan Province, Pakistan; Abdul Samad Khan Street, Next to Fathma Jena Road, Kadari Place, 1st Floor, Shop Number 1, Quetta, Balochistan Province, Pakistan; Safar Bazaar, Garm Ser District, Helmand Province, Afghanistan; Main Bazaar, Safar, Helmand Province, Afghanistan; Money Exchange Market, Lashkar Gah, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, Lashkar Gah, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Helmand Province, Afghanistan; Hazar Joft, Garmser District, Helmand Province, Afghanistan; Ismat Bazaar, Marjah District, Helmand Province, Afghanistan; Zaranj, Nimruz Province, Afghanistan; Suite 8, 4th Floor, Sarrafi Market, District 1, Kandahar City, Kandahar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: TALIBAN).

MULLAH GUL AGHA (a.k.a. ISHAKZAI, Gul Agha; a.k.a. MULLAH GUL AGHA AKHUND; a.k.a. "HAJI HIDAYATULLAH"; a.k.a. "HAYADATULLAH"; a.k.a. "HIDAYATULLAH"); DOB 1972; POB Band-e-Timor, Kandahar, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MULLAH GUL AGHA AKHUND (a.k.a. ISHAKZAI, Gul Agha; a.k.a. MULLAH GUL AGHA; a.k.a. "HAJI HIDAYATULLAH"; a.k.a. "HAYADATULLAH"; a.k.a. "HIDAYATULLAH"); DOB 1972; POB Band-e-Timor, Kandahar, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MULLAH NAZIR GROUP (a.k.a. COMMANDER NAZIR GROUP), South Waziristan, Pakistan; Paktika, Zabul, Helmand, Kandahar Provinces, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MULLER, Hendrik Wahl (a.k.a. MULLER, Hendrik-Wahl), Herbertsdale, South Africa; DOB 15 Jul 1998; nationality South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: THE TERRORGRAM COLLECTIVE).

MULLER, Hendrik-Wahl (a.k.a. MULLER, Hendrik Wahl), Herbertsdale, South Africa; DOB 15 Jul 1998; nationality South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: THE TERRORGRAM COLLECTIVE).

MULTI CONSTRUCTION PVT LTD, Shimaz, Nellaidhoo, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Nov 2006; Registration Number C-0833/2006 (Maldives) [SDGT] (Linked To: SHAREEF, Abdulla).

MULTI WELL TRADING CO., LIMITED, Hong Kong, China; Organization Established Date 22 Oct 2021; C.R. No. 3095310 (China) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

MULTICLET CORPORATION (a.k.a. JSC MULTIKLET), Office 135, 2 Chelyuskintsev Str., International Business Center Micron, Yekaterinburg 620014, Russia; Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6658365770 (Russia); Registration Number 1106658012746 (Russia) [RUSSIA-EO14024].

MULTIMAT DOMESTIC AND FOREIGN TRADE MARKETING LTD. (a.k.a. MULTIMAT IC VE DIS TICARET PAZARLAMA LIMITED SIRKETI; a.k.a. MULTIMAT TEHRAN), Bagdat Caddesi, Burc Sitesi, Number 117 A Blok D.2, Feneryolu - Kadkoy, Istanbul, Turkey; Number 39, Alvand St., 1st Floor, Argentine Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; V.A.T. Number Goztepe V.D. 823 026 0248 (Turkey) [NPWMD] [IFSR].

MULTIMAT IC VE DIS TICARET PAZARLAMA LIMITED SIRKETI (a.k.a. MULTIMAT DOMESTIC AND FOREIGN TRADE MARKETING LTD.; a.k.a. MULTIMAT TEHRAN), Bagdat Caddesi, Burc Sitesi, Number 117 A Blok D.2, Feneryolu - Kadkoy, Istanbul, Turkey; Number 39, Alvand St., 1st Floor, Argentine Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; V.A.T. Number Goztepe V.D. 823 026 0248 (Turkey) [NPWMD] [IFSR].

MULTIMAT TEHRAN (a.k.a. MULTIMAT DOMESTIC AND FOREIGN TRADE MARKETING LTD.; a.k.a. MULTIMAT IC VE DIS TICARET PAZARLAMA LIMITED SIRKETI), Bagdat Caddesi, Burc Sitesi, Number 117 A Blok D.2, Feneryolu - Kadkoy, Istanbul, Turkey; Number 39, Alvand St., 1st Floor, Argentine Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; V.A.T. Number Goztepe V.D. 823 026 0248 (Turkey) [NPWMD] [IFSR].

MULTIOPERACIONES DE OCCIDENTE S.A.S., Cra 106A, Nro 94 15, Nuevo Apartado, Apartado 05045, Colombia; NIT # 9009355997 (Colombia) [SDNTK].

MULTISERVICIOS AGSA, S.A. DE C.V., Boulevard Agua Caliente No. 148, Revolucion, Tijuana, Baja California, Mexico; R.F.C. MAG941123BYA (Mexico) [SDNTK].

MULTISERVICIOS EN COMBUSTIBLE MAYE DE VERACRUZ, S.A. DE C.V., Jamapa, Veracruz, Mexico; Organization Type: Retail sale of automotive fuel in specialized stores; Folio Mercantil No. 29059 (Mexico) [ILLICIT-DRUGS-EO14059].

MULTISERVICIOS Y FINCA EL ENCANTO, Kilometro 252 y medio, Tecun Uman, San Marcos, Guatemala; NIT # 769049-5 (Guatemala); Trade License No. 333575-429-295 (Guatemala) [SDNTK].

MULTITEX INTERNATIONAL TRADING, S.A., Panama City, Panama; Folio Mercantil No. 844396 (Panama) [VENEZUELA-EO13850] (Linked To: RUBIO GONZALEZ, Emmanuel Enrique).

MULTREE LIMITED SASU, Immeuble 1113, 8eme etage, No. 110 Boulevard Du 30 Juin, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-01272 (Congo, Democratic Republic of the) [GLOMAG] (Linked To: GEMINI S.A.S.U.).

MULUMBU BOSHAB, Evariste (a.k.a. BOSHAB MABUDJ MA BILENGE, Evariste; a.k.a. BOSHAB MABUDJ, Evariste; a.k.a. BOSHAB MABUDJ-MA-BILENGE, Evariste; a.k.a. BOSHAB MABUTSH, Evariste; a.k.a. BOSHAB, Evarist; a.k.a. BOSHAB, Evariste), Avenue du Rail 5, Ngaliema, Kinshasa, Congo, Democratic Republic of the; DOB 12 Jan 1956; POB Teke-Kalamba, Democratic Republic of the Congo; alt. POB Kasai Occidentale Province, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0007366 (Congo, Democratic Republic of the) issued 07 May 2014 expires 06 May 2019; Deputy Prime Minister, Vice Prime Minister, Minister of Interior and Security (individual) [DRCONGO].

MUMIN YUSUF, Sheikh Abdiqadir (a.k.a. MUMIN, Abdiqadir; a.k.a. MUMIN, Abdul Nadir; a.k.a. MUMIN, Abdul Qadir; a.k.a. MU'MIN, Abdul Qadir; a.k.a. MUMIN, Sheikh Abdikadir; a.k.a. MUMIN, Sheikh Abdulkadir; a.k.a. MUMIN, Sheikh Abdulqadir; a.k.a. MUMIN, Sheiky Abdulqadir), Puntland, Somalia; DOB 1951 to 1953; POB Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUMIN, Abdiqadir (a.k.a. MUMIN YUSUF, Sheikh Abdiqadir; a.k.a. MUMIN, Abdul Nadir; a.k.a. MUMIN, Abdul Qadir; a.k.a. MU'MIN, Abdul Qadir; a.k.a. MUMIN, Sheikh Abdikadir; a.k.a. MUMIN, Sheikh Abdulkadir; a.k.a. MUMIN, Sheikh Abdulqadir; a.k.a. MUMIN, Sheiky Abdulqadir), Puntland, Somalia; DOB 1951 to 1953; POB Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUMIN, Abdul Nadir (a.k.a. MUMIN YUSUF, Sheikh Abdiqadir; a.k.a. MUMIN, Abdiqadir; a.k.a. MUMIN, Abdul Qadir; a.k.a. MU'MIN, Abdul Qadir; a.k.a. MUMIN, Sheikh Abdikadir; a.k.a. MUMIN, Sheikh Abdulkadir; a.k.a. MUMIN, Sheikh Abdulqadir; a.k.a. MUMIN, Sheiky Abdulqadir), Puntland, Somalia; DOB 1951 to 1953; POB Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUMIN, Abdul Qadir (a.k.a. MUMIN YUSUF, Sheikh Abdiqadir; a.k.a. MUMIN, Abdiqadir; a.k.a. MUMIN, Abdul Nadir; a.k.a. MU'MIN, Abdul Qadr; a.k.a. MUMIN, Sheikh Abdikadir; a.k.a. MUMIN, Sheikh Abdulkadir; a.k.a. MUMIN, Sheikh Abdulqadir; a.k.a. MUMIN, Sheiky Abdulqadir), Puntland, Somalia; DOB 1951 to 1953; POB Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MU'MIN, Abdul Qadr (a.k.a. MUMIN YUSUF, Sheikh Abdiqadir; a.k.a. MUMIN, Abdiqadir; a.k.a. MUMIN, Abdul Nadir; a.k.a. MUMIN, Abdul Qadir; a.k.a. MUMIN, Sheikh Abdikadir; a.k.a. MUMIN, Sheikh Abdulkadir; a.k.a. MUMIN, Sheikh Abdulqadir; a.k.a. MUMIN, Sheiky Abdulqadir), Puntland, Somalia; DOB 1951 to 1953; POB Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUMIN, Sheikh Abdikadir (a.k.a. MUMIN YUSUF, Sheikh Abdiqadir; a.k.a. MUMIN, Abdiqadir; a.k.a. MUMIN, Abdul Nadir; a.k.a. MUMIN, Abdul Qadir; a.k.a. MU'MIN, Abdul Qadr; a.k.a. MUMIN, Sheikh Abdulkadir; a.k.a. MUMIN, Sheikh Abdulqadir; a.k.a. MUMIN, Sheiky Abdulqadir), Puntland, Somalia; DOB 1951 to 1953; POB Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUMIN, Sheikh Abdulkadir (a.k.a. MUMIN YUSUF, Sheikh Abdiqadir; a.k.a. MUMIN, Abdiqadir; a.k.a. MUMIN, Abdul Nadir; a.k.a. MUMIN, Abdul Qadir; a.k.a. MU'MIN, Abdul Qadr; a.k.a. MUMIN, Sheikh Abdikadir; a.k.a. MUMIN, Sheikh Abdulqadir; a.k.a. MUMIN, Sheiky Abdulqadir), Puntland, Somalia; DOB 1951 to 1953; POB Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUMIN, Sheikh Abdulqadir (a.k.a. MUMIN YUSUF, Sheikh Abdiqadir; a.k.a. MUMIN, Abdiqadir; a.k.a. MUMIN, Abdul Nadir; a.k.a. MUMIN, Abdul Qadir; a.k.a. MU'MIN, Abdul Qadr; a.k.a. MUMIN, Sheikh Abdikadir; a.k.a. MUMIN, Sheikh Abdulkadir; a.k.a. MUMIN, Sheiky Abdulqadir), Puntland, Somalia; DOB 1951 to 1953; POB Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUMIN, Sheiky Abdulqadir (a.k.a. MUMIN YUSUF, Sheikh Abdiqadir; a.k.a. MUMIN, Abdiqadir; a.k.a. MUMIN, Abdul Nadir; a.k.a. MUMIN, Abdul Qadir; a.k.a. MU'MIN, Abdul Qadr; a.k.a. MUMIN, Sheikh Abdikadir; a.k.a. MUMIN, Sheikh Abdulkadir; a.k.a. MUMIN, Sheikh Abdulqadir), Puntland, Somalia; DOB 1951 to 1953; POB Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUN, Cho'ng-Ch'o'l, C/O Tanchon Commercial Bank, Saemaeul 1-Dong, Pyongchon District, Pyongyang, Korea, North; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tanchon Commercial Bank Representative (individual) [NPWMD].

MUN, Kyong Hwan (a.k.a. MUN, Kyo'ng-hwan), Korea, North; Dandong, China; DOB 22 Aug 1967; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 381120660 expires 25 Mar 2016; Bank of East Land representative (individual) [DPRK4].

MUN, Kyo'ng-hwan (a.k.a. MUN, Kyong Hwan), Korea, North; Dandong, China; DOB 22 Aug 1967; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 381120660 expires 25 Mar 2016; Bank of East Land representative (individual) [DPRK4].

MUNAI MYRZA CJSC (a.k.a. ZAO MUNAY MYRZA), 8 Microdistrict 28 A Oktyabrskiy, Bishkek 720001, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 01709199810113 (Kyrgyzstan); Business Registration Number 21984762 (Kyrgyzstan) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM NEFT).

MUNANDAR, Aris; DOB 01 Jan 1971; alt. DOB 1962; alt. DOB 1963; alt. DOB 1964; alt. DOB 1965; alt. DOB 1966; alt. DOB 1967; alt. DOB 1968; POB Sambi, Boyolali, Java, Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUNDO DIGITAL S.A. (a.k.a. SYDITEK MUNDO DIGITAL S.A.), Calle Central de Altamira del BDF 100 Mts Norte, Managua, Nicaragua; Website www.syditek.com.ni; Registration ID J0310000131740 (Nicaragua) [NICARAGUA] (Linked To: MOJICA MEJIA, Jose Jorge).

MUNDO INFORMATICO PARAGUAY S.A. (a.k.a. MUNDO INFORMATICO PARAGUAY SOCIEDAD ANONIMA), Ciudad del Este, Paraguay; RUC # 80068367-6 (Paraguay) [GLOMAG] (Linked To: HIJAZI, Khalil Ahmad).

MUNDO INFORMATICO PARAGUAY SOCIEDAD ANONIMA (a.k.a. MUNDO INFORMATICO PARAGUAY S.A.), Ciudad del Este, Paraguay; RUC # 80068367-6 (Paraguay) [GLOMAG] (Linked To: HIJAZI, Khalil Ahmad).

MUNDOS, Charles Muhindo Akili (a.k.a. MUNDOS, Muhindo Akili), Mambasa, Congo, Democratic Republic of the; DOB 10 Nov 1972; POB Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Brigadier General (individual) [DRCONGO].

MUNDOS, Muhindo Akili (a.k.a. MUNDOS, Charles Muhindo Akili), Mambasa, Congo, Democratic Republic of the; DOB 10 Nov 1972; POB Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Brigadier General (individual) [DRCONGO].

MUNERA VELASQUEZ, Martha Marina, c/o GRUPO FALCON S.A., Medellin, Colombia; c/o LLANOTOUR LTDA., Rionegro, Antioquia, Colombia; DOB 09 Jun 1952; Cedula No. 32480630 (Colombia) (individual) [SDNT].

MUNITIONS INDUSTRY DEPARTMENT (a.k.a. MILITARY SUPPLIES INDUSTRY DEPARTMENT), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

MUNOA ORDOZGOITI, Alona; DOB 06 Jul 1976; POB Segura, Guipuzcoa Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; D.N.I. 35.771.259 (Spain); Member ETA (individual) [SDGT].

MUNOZ AGUDELO, Diego Alberto (a.k.a. "DIEGO CHAMIZO"); DOB 16 May 1969; POB Medellin, Colombia; citizen Colombia; Cedula No. 98547065 (Colombia) (individual) [SDNTK].

MUNOZ HOYOS, Carlos Ivan (Latin: MUÑOZ HOYOS, Ivan Carlos), Colombia; DOB 23 Dec 1957; POB Aranzazu, Caldas, Colombia; nationality Colombia; Cedula No. 10234256 (Colombia) (individual) [SDNTK] (Linked To: AVICAL S.A.).

MUNOZ HOYOS, German (Latin: MUÑOZ HOYOS, German), Colombia; Mexico; DOB 26 Jan 1965; POB Manizales, Caldas, Colombia; nationality Colombia; citizen Colombia; alt. citizen Mexico; Cedula No. 10268158 (Colombia); Passport A0630659 (Colombia); alt. Passport G15527939 (Mexico); C.U.R.P. MUHG650126HNEXYR06 (Mexico) (individual) [SDNTK] (Linked To: AVICAL S.A.; Linked To: INVERSIONES LA PLATA M & M S. EN C.A.; Linked To: ROMIK S.A.; Linked To: GEMUHO HOLDING, INC; Linked To: UNIREFRICLIMA S.A.).

MUNOZ MEJIA, Eliana (Latin: MUÑOZ MEJIA, Eliana), Colombia; Mexico; DOB 12 Jun 1989; POB Manizales, Caldas, Colombia; nationality Colombia; Cedula No. 1053795962 (Colombia); C.U.R.P. MUME890612MNEXJL02 (Mexico); Identification Number 89061251694 (Colombia) (individual) [SDNTK] (Linked To: AVICAL S.A.; Linked To: INVERSIONES LA PLATA M & M S. EN C.A.).

MUNOZ MEJIA, Jhonathan (a.k.a. MUNOZ MEJIA, Jonathan (Latin: MUÑOZ MEJIA, Jonathan)), Colombia; Mexico; DOB 07 Nov 1985; POB Manizales, Caldas, Colombia; nationality Colombia; Cedula No. 75107204 (Colombia); C.U.R.P. MUMJ851107HNEXJN01 (Mexico) (individual) [SDNTK] (Linked To: AVICAL S.A.; Linked To: INVERSIONES LA PLATA M & M S. EN C.A.; Linked To: ROMIK S.A.; Linked To: MUNSA INTERNATIONAL INVESMENTS S.A.).

MUNOZ MEJIA, Jhonny German (Latin: MUÑOZ MEJIA, Jhonny German), Colombia; Mexico; DOB 17 Dec 1986; POB Manizales, Caldas, Colombia; nationality Colombia; Cedula No. 1053768644 (Colombia); C.U.R.P. MUMJ861217HNEXJH05 (Mexico); Identification Number 86121753660 (Colombia) (individual) [SDNTK] (Linked To: AVICAL S.A.; Linked To: INVERSIONES LA PLATA M & M S. EN C.A.; Linked To: ROMIK S.A.).

MUNOZ MEJIA, Jonathan (Latin: MUÑOZ MEJIA, Jonathan) (a.k.a. MUNOZ MEJIA, Jhonathan), Colombia; Mexico; DOB 07 Nov 1985; POB Manizales, Caldas, Colombia; nationality Colombia; Cedula No. 75107204 (Colombia); C.U.R.P. MUMJ851107HNEXJN01 (Mexico) (individual) [SDNTK] (Linked To: AVICAL S.A.; Linked To: INVERSIONES LA PLATA M & M S. EN C.A.; Linked To: ROMIK S.A.; Linked To: MUNSA INTERNATIONAL INVESMENTS S.A.).

MUNOZ PALACIOS, Miguel Antonio, Caracas, Venezuela; DOB 12 Jul 1964; POB Caracas, Venezuela; nationality Venezuela; Gender Male; Cedula No. 6186648 (Venezuela) (individual) [VENEZUELA].

MUNOZ PEDROZA, Reinaldo Enrique, C. Gil Fortoul, Centauro A, 5-D, Santa Monica, Caracas, Distrito Capital 1040, Venezuela; DOB 28 Nov 1971; POB Caracas, Venezuela; nationality Venezuela; Gender Male; Cedula No. V-10869426 (Venezuela); Passport 138050232 (Venezuela) expires 25 Jul 2021 (individual) [VENEZUELA].

MUNOZ UCROS, Monica (Latin: MUÑOZ UCROS, Monica), Calle 77 9 76 APT 302, Bogota, Colombia; DOB 14 Jun 1976; POB Bogota, Colombia; nationality Colombia; Gender Female; Cedula No. 52413003 (Colombia); Passport AX032470 (Colombia) expires 11 Mar 2031 (individual) [SUDAN-EO14098] (Linked To: MAINE GLOBAL CORP S.A.S.).

MUNSA INTERNATIONAL INVESMENTS S.A., Panama City, Panama; RUC # 931597-1-521773 (Panama) [SDNTK].

MUNSHA, Muhammad Ashraf (a.k.a. ASHRAF, Haji M.; a.k.a. ASHRAF, Haji Muhammad; a.k.a. MANSHA, Muhammad Ashraf; a.k.a. MANSHAH, Muhammad Ashraf); DOB 1955; POB Faisalabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A-374184 (Pakistan); alt. Passport AT0712501 (Pakistan) issued 12 Mar 2008 expires 11 Mar 2013; National ID No. 6110125312507 (Pakistan); alt. National ID No. 24492025390 (Pakistan) (individual) [SDGT].

MUNTAZER, Abdullah (a.k.a. KHAN, Abdullah; a.k.a. MUNTAZIR, Abdullah); DOB 17 Jan 1974; POB Abbottabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3520203526763 (Pakistan) (individual) [SDGT].

MUNTAZIR, Abdullah (a.k.a. KHAN, Abdullah; a.k.a. MUNTAZER, Abdullah); DOB 17 Jan 1974; POB Abbottabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3520203526763 (Pakistan) (individual) [SDGT].

MUORWEL MALUAL, Malual Dhal (a.k.a. MUORWEL, Malual Dhal), Luri, South Sudan; DOB 01 Jan 1975; nationality South Sudan; Gender Male (individual) [GLOMAG].

MUORWEL, Malual Dhal (a.k.a. MUORWEL MALUAL, Malual Dhal), Luri, South Sudan; DOB 01 Jan 1975; nationality South Sudan; Gender Male (individual) [GLOMAG].

MUPENZI, Bernard (a.k.a. MUDACUMURA, Sylvestre; a.k.a. MUPENZI, General Pierre Bernard; a.k.a. "COMMANDANT PHARAON"; a.k.a. "MUKANDA"; a.k.a. "RADJA"), Kibua, North Kivu, Congo, Democratic Republic of the; DOB 1955; POB Karago, Western Province, Rwanda; citizen Rwanda; Major General; Commander FDLR/FOCA (individual) [DRCONGO].

MUPENZI, General Pierre Bernard (a.k.a. MUDACUMURA, Sylvestre; a.k.a. MUPENZI, Bernard; a.k.a. "COMMANDANT PHARAON"; a.k.a. "MUKANDA"; a.k.a. "RADJA"), Kibua, North Kivu, Congo, Democratic Republic of the; DOB 1955; POB Karago, Western Province, Rwanda; citizen Rwanda; Major General; Commander FDLR/FOCA (individual) [DRCONGO].

MUQALAD, Hassan (a.k.a. MAKLED, Hasan Ahmed; a.k.a. MOKALED, Hassan; a.k.a. MOUKALLED, Hassan Ahmed (Arabic: حسن احمد مقلد); a.k.a. MUQALLAD, Hasan), Jarjo, Nabatiyeh, Lebanon; DOB 17 Feb 1967; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

MUQALLAD, Hasan (a.k.a. MAKLED, Hasan Ahmed; a.k.a. MOKALED, Hassan; a.k.a. MOUKALLED, Hassan Ahmed (Arabic: حسن احمد مقلد); a.k.a. MUQALAD, Hassan), Jarjo, Nabatiyeh, Lebanon; DOB 17 Feb 1967; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

MUQALLAD, Rani Hasan (a.k.a. MOUKALLED, Rani Hassan (Arabic: رانى حسن مقلد)), Jarjo, Nabatiyeh, Lebanon; DOB 29 Oct 1998; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: CTEX EXCHANGE).

MUQALLAD, Rayyan (a.k.a. MAKLED, Ryan Hassan; a.k.a. MOUKALLED, Rayan; a.k.a. MOUKALLED, Rayyan Hassan (Arabic: ريان حسن مقلد)), Jarjo, Nabatiyeh, Lebanon; DOB 25 Oct 1993; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

MUQALLID, Firas Hasan (a.k.a. MOUKALLED, Firas; a.k.a. MOUKALLED, Firas Hasan (Arabic: فراس حسن مقلد); a.k.a. MQALLAD, Firas Hasan), Lebanon; DOB 09 Oct 1990; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

MUQTI, Fihiruddin (a.k.a. A RAHMAN, Mohamad Iqbal; a.k.a. ABDUL RAHMAN, Mohamad Iqbal; a.k.a. ABDURRAHMAN, Abu Jibril; a.k.a. ABDURRAHMAN, Mohamad Iqbal; a.k.a. MUQTI, Fikiruddin; a.k.a. RAHMAN, Mohamad Iqbal; a.k.a. "ABU JIBRIL"), Jalan Nakula, Komplek Witana Harja III, Blok C 106-107, Pamulang, Tangerang, Indonesia; DOB 17 Aug 1957; alt. DOB 17 Aug 1958; POB Korleko-Lombok Timur, Indonesia; alt. POB Tirpas-Selong Village, East Lombok, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3603251708570001 (individual) [SDGT].

MUQTI, Fikiruddin (a.k.a. A RAHMAN, Mohamad Iqbal; a.k.a. ABDUL RAHMAN, Mohamad Iqbal; a.k.a. ABDURRAHMAN, Abu Jibril; a.k.a.

ABDURRAHMAN, Mohamad Iqbal; a.k.a. MUQTI, Fihiruddin; a.k.a. RAHMAN, Mohamad Iqbal; a.k.a. "ABU JIBRIL"), Jalan Nakula, Komplek Witana Harja III, Blok C 106-107, Pamulang, Tangerang, Indonesia; DOB 17 Aug 1957; alt. DOB 17 Aug 1958; POB Korleko-Lombok Timur, Indonesia; alt. POB Tirpas-Selong Village, East Lombok, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3603251708570001 (individual) [SDGT].

MURAD EN SONS DIAMONDS (a.k.a. "M.S.D."), 30 Hoveniersstraat, Antwerp 2018, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Sep 1997; Organization Type: Wholesale of jewelry, watches, precious stones, and precious metals; Tax ID No. 0461522238 (Belgium); Registration Number 1759006-72 (Belgium) [SDGT] (Linked To: MURAD, Bassem).

MURAD, Abdul Hakim (a.k.a. AHMED, Saeed; a.k.a. AKMAN, Saeed; a.k.a. MURAD, Abdul Hakim Al Hashim; a.k.a. MURAD, Abdul Hakim Hasim; a.k.a. MURAD, Adbul Hakim Ali Hashim); DOB 04 Jan 1968; POB Kuwait; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; currently incarcerated in the U.S. (individual) [SDGT].

MURAD, Abdul Hakim Al Hashim (a.k.a. AHMED, Saeed; a.k.a. AKMAN, Saeed; a.k.a. MURAD, Abdul Hakim; a.k.a. MURAD, Abdul Hakim Hasim; a.k.a. MURAD, Adbul Hakim Ali Hashim); DOB 04 Jan 1968; POB Kuwait; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; currently incarcerated in the U.S. (individual) [SDGT].

MURAD, Abdul Hakim Hasim (a.k.a. AHMED, Saeed; a.k.a. AKMAN, Saeed; a.k.a. MURAD, Abdul Hakim; a.k.a. MURAD, Abdul Hakim Al Hashim; a.k.a. MURAD, Adbul Hakim Ali Hashim); DOB 04 Jan 1968; POB Kuwait; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; currently incarcerated in the U.S. (individual) [SDGT].

MURAD, Adbul Hakim Ali Hashim (a.k.a. AHMED, Saeed; a.k.a. AKMAN, Saeed; a.k.a. MURAD, Abdul Hakim; a.k.a. MURAD, Abdul Hakim Al Hashim; a.k.a. MURAD, Abdul Hakim Hasim); DOB 04 Jan 1968; POB Kuwait;

nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; currently incarcerated in the U.S. (individual) [SDGT].

MURAD, Basem Hasan (Arabic: باسم حسين مراد) (a.k.a. MURAD, Basim; a.k.a. MURAD, Bassem), Belgium; DOB 19 Mar 1978; nationality Belgium; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport ES992390 (Belgium) expires 07 Dec 2027; alt. Passport EH949960 (Belgium) expires 23 Feb 2015; alt. Passport EF346590 (Belgium) expires 25 Jul 2010 (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

MURAD, Basim (a.k.a. MURAD, Basem Hasan (Arabic: باسم حسين مراد); a.k.a. MURAD, Bassem), Belgium; DOB 19 Mar 1978; nationality Belgium; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport ES992390 (Belgium) expires 07 Dec 2027; alt. Passport EH949960 (Belgium) expires 23 Feb 2015; alt. Passport EF346590 (Belgium) expires 25 Jul 2010 (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

MURAD, Bassem (a.k.a. MURAD, Basem Hasan (Arabic: باسم حسين مراد); a.k.a. MURAD, Basim), Belgium; DOB 19 Mar 1978; nationality Belgium; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport ES992390 (Belgium) expires 07 Dec 2027; alt. Passport EH949960 (Belgium) expires 23 Feb 2015; alt. Passport EF346590 (Belgium) expires 25 Jul 2010 (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

MURADOV, Georgiy L'vovich; DOB 19 Nov 1954; POB Kochmes, Komi, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MURAJ, Yousef Ali (a.k.a. MERAJ, Yusef Ali; a.k.a. MIRAJ, Yusuf Ali), Iran; DOB 10 Jun 1978; nationality Pakistan; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AH0989891 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MURANOV, Aleksander Yurievich (a.k.a. MURANOV, Aleksandr Yurievich), Moscow, Russia; DOB 14 Jul 1958; nationality Russia;

alt. nationality Armenia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

MURANOV, Aleksandr Yurievich (a.k.a. MURANOV, Aleksander Yurievich), Moscow, Russia; DOB 14 Jul 1958; nationality Russia; alt. nationality Armenia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

MURAT INSAAT DIS TICARET VE SAVUNMA SANAYI LIMITED SIRKETI (f.k.a. ATACAR OTOMOTIV DIS TICARET VE SAVUNMA SANAYI LIMITED SIRKETI; a.k.a. FALCON INTERNATIONAL SIA; a.k.a. SABIEDRIBA AR IEROBEZOTU ATBILDIBU 'FALON INTERNATIONAL'; a.k.a. SIA FALCON INTERNATIONAL GROUP; a.k.a. SIA FALCON INTERNATIONAL TARIM VE HAYVANCILIK LIMITED SIKRETI), Fulya Mah. Buyukdere Cad. Akabe Ticaret Merkezi 78-80A Kat: 1 D: 1 Mecidiyekoy, Sisli, Istanbul, Turkey; Akabe Is Hani, 78-80 A/1, Fulya Mahallesi Buyukdere Caddesi Sisli, Istanbul, Turkey; Varpas Baldones pagasts Baldones novads, LV 2125, Latvia; Istanbul, Turkey; Riga, Latvia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 6240194059 (Turkey); Registration Number 464933 (Turkey); alt. Registration Number 45403041088 (Latvia) [DPRK].

MURAT, Altig (a.k.a. AKBULUT, Cerkez; a.k.a. MURAT, Cernit); DOB 18 Nov 1965; alt. DOB 31 Oct 1971; POB Bingol, Turkey; alt. POB Deric, Turkey; citizen Turkey; Passport TR-J 565114 (Turkey) issued 10 Sep 1997; Driver's License No. 04900377 (Moldova) issued 02 Jul 2004; Stateless Person Passport C000375 (Moldova) issued 09 Sep 2000; Stateless Person ID Card CC00200261 (Moldova) issued 09 Sep 2000; Refugee ID Card A88000043 (Moldova) issued 16 Dec 2005 (individual) [SDNTK].

MURAT, Cernit (a.k.a. AKBULUT, Cerkez; a.k.a. MURAT, Altig); DOB 18 Nov 1965; alt. DOB 31 Oct 1971; POB Bingol, Turkey; alt. POB Deric, Turkey; citizen Turkey; Passport TR-J 565114 (Turkey) issued 10 Sep 1997; Driver's License No. 04900377 (Moldova) issued 02 Jul 2004; Stateless Person Passport C000375 (Moldova)

issued 09 Sep 2000; Stateless Person ID Card CC00200261 (Moldova) issued 09 Sep 2000; Refugee ID Card A88000043 (Moldova) issued 16 Dec 2005 (individual) [SDNTK].

MURATOV, Aleksey Valentinovich (Cyrillic: МУРАТОВ, Алексей Валентинович) (a.k.a. MURATOV, Alexei), Moscow, Russia; Donetsk, Ukraine; DOB 17 Feb 1978; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

MURATOV, Alexei (a.k.a. MURATOV, Aleksey Valentinovich (Cyrillic: МУРАТОВ, Алексей Валентинович)), Moscow, Russia; Donetsk, Ukraine; DOB 17 Feb 1978; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

MURATOV, Sergey Nikolayevich (Cyrillic: МУРАТОВ, Сергей Николаевич), Russia; DOB 13 Jan 1964; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MURILLO BEJARANO, Diego Fernando (a.k.a. "ADOLFO PAZ"; a.k.a. "DON BERNA"); DOB 23 Feb 1961; Cedula No. 16357144 (Colombia) (individual) [SDNTK].

MURILLO DE ORTEGA, Rosario Maria, Managua, Nicaragua; DOB 22 Jun 1951; nationality Nicaragua; Gender Female; Passport A00000106 (Nicaragua) (individual) [NICARAGUA].

MURILLO MORGAN, Oscar (a.k.a. "Chino"), Cerrada Lorenzo de Zavala 147, Colonia Miguel Hidalgo, Culiacan, Sinaloa, Mexico; DOB 01 Apr 1968; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. MUMO680401HSLRRS05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MURILLO PALACIOS, Einer, Calle 115 No. 114BB-77 Apartamento 102 Primer Piso Edificio Siete Manzana T Quinta Etapa Urbanizacion La Serrania, Apartado, Antioquia 00853657, Colombia; DOB 08 Nov 1977; POB Quibdo, Choco, Colombia; nationality Colombia; Gender

Male; Cedula No. 71253050 (Colombia) (individual) [SDNTK].

MURILLO SALAZAR, Claudia Julieta, Colombia; Mexico; DOB 29 Jul 1975; POB Manizales, Caldas, Colombia; nationality Colombia; Cedula No. 30335610 (Colombia); C.U.R.P. MUSC750729MNERLL04 (Mexico) (individual) [SDNTK] (Linked To: AVICAL S.A.; Linked To: MUNSA INTERNATIONAL INVESMENTS S.A.).

MURMANSK TRANSGAS LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY MURMANSK TRANSGAZ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МУРМАНСК ТРАНСГАЗ)), 4A Spolokhi St., Murmansk 183025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5190095159 (Russia); Registration Number 1235100002202 (Russia) [RUSSIA-EO14024].

MURO GONZALEZ, Proceso Arturo, Calle Gustavo Garmendia No. 1850, Colonia Hidalgo, Culiacan, Sinaloa, Mexico; DOB 16 May 1973; POB Cuiliacan, Sinaloa; nationality Mexico; citizen Mexico; C.U.R.P. MUGP730516HSLRNR04 (Mexico); Electoral Registry No. MRGNPR73051625H400 (Mexico); Cartilla de Servicio Militar Nacional 607092 (Mexico) (individual) [SDNTK].

MUROV, Evgeniy Alekseyevich (a.k.a. MUROV, Evgeny; a.k.a. MUROV, Yevgeniy; a.k.a. MUROV, Yevgeny); DOB 18 Nov 1945; POB Zvenigorod, Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Director of the Federal Protective Service of the Russian Federation; Army General (individual) [UKRAINE-EO13661].

MUROV, Evgeny (a.k.a. MUROV, Evgeniy Alekseyevich; a.k.a. MUROV, Yevgeniy; a.k.a. MUROV, Yevgeny); DOB 18 Nov 1945; POB Zvenigorod, Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Director of the Federal Protective Service of the Russian Federation; Army General (individual) [UKRAINE-EO13661].

MUROV, Yevgeniy (a.k.a. MUROV, Evgeniy Alekseyevich; a.k.a. MUROV, Evgeny; a.k.a. MUROV, Yevgeny); DOB 18 Nov 1945; POB Zvenigorod, Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Director of the Federal Protective

Service of the Russian Federation; Army General (individual) [UKRAINE-EO13661].

MUROV, Yevgeny (a.k.a. MUROV, Evgeniy Alekseyevich; a.k.a. MUROV, Evgeny; a.k.a. MUROV, Yevgeniy); DOB 18 Nov 1945; POB Zvenigorod, Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Director of the Federal Protective Service of the Russian Federation; Army General (individual) [UKRAINE-EO13661].

MURTADA, Mahasin Mahmud (Arabic: محاسن محمود مرتضى) (a.k.a. MORTADA, Mohasen Mahmoud), Istanbul 34000, Turkey; Beirut, Lebanon; DOB 23 Mar 1971; POB Bent Jbayl, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2217666 (Lebanon); National ID No. 162928 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

MURTADHA MAJEED RAMADHAN ALAWI, Alsayed (a.k.a. MAJEED RAMADAN AL SINDI, Murtadha; a.k.a. MAJEED RAMADHAN AL-SINDI, Murtadha; a.k.a. MAJID AL-SANADI, Mortada), Iran; DOB 27 Mar 1983; POB Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1986450 (Bahrain) (individual) [SDGT].

MURWANASHYAKA, Ignace; DOB 14 May 1963; POB Nogoma-Butera, Rwanda; President, Forces Democratiques pour la Liberation du Rwanda (FDLR) (individual) [DRCONGO].

MUSA DA'AMOUSH, Shiekh Ali (a.k.a. DAAMOUSH, Ali; a.k.a. DAGHMOUSH, Ali; a.k.a. DAGMOUSH, Ali; a.k.a. DAGMUSH, Ali; a.k.a. DAMUSH, Ali); DOB 21 Oct 1962; POB Sidon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUSA KALIM HAWALA (a.k.a. HAJI MOHAMMED QASIM HAWALA; a.k.a. HAJI MUHAMMAD QASIM SARAFI; a.k.a. NEW CHAGAI TRADING COMPANY; a.k.a. RAHAT LTD; a.k.a. RAHAT LTD. SARAFI; a.k.a. RAHAT TRADING COMPANY), Room 33, 5th Floor, Sarafi Market, Kandahar, Afghanistan;

Shop 4, Azizi Bank, Haji Muhammad Isa Market, Wesh (Waish), Spin Boldak, Afghanistan; Dr Barno Road, Quetta, Pakistan; Haji Mohammed Plaza, Tol Aram Road, near Jamal Dean Afghani Road, Quetta, Pakistan; Kandari Bazar, Quetta, Pakistan; Safaar Bazaar, Garmsir, Afghanistan; Nimruz, Afghanistan; Chahgay Bazaar, Chahgay, Pakistan; Gereshk, Afghanistan; Chaman, Pakistan; Lashkar Gah, Afghanistan; Zahedan, Iran; Musa Qal'ah District Center Bazaar, Musa Qal'ah, Helmand Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

MUSA, Abdirahim (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahman; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

MUSA, Abdirahman (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahman; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

MUSA, Abdurrahman Ado (Arabic: عبدالرحمن ادو موسى), Abu Dhabi, United Arab Emirates; DOB 23 Apr 1984; POB Nigeria; nationality Nigeria; citizen Nigeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 170211735 (Nigeria) (individual) [SDGT] (Linked To: BOKO HARAM).

MUSA, Algoney Hamdan Daglo (Arabic: القوني حمدان دقلو موسى) (a.k.a. DAGALO, Algoney Hamdan; a.k.a. DAGALO, Al-Qoni Hamdan), Dubai, United Arab Emirates; DOB 07 Aug 1990; POB Nayala North, Sudan; nationality Sudan; Gender Male; Passport B00017334

(Sudan); alt. Passport B00024943 (Sudan) expires 27 Sep 2031; alt. Passport AK1586127 (Kenya); UAE Identification 784199014302485 (United Arab Emirates) (individual) [SUDAN-EO14098].

MUSA, Atari (a.k.a. ATAR, Mussa; a.k.a. ATARI, Musah; a.k.a. HATARI, Musa; a.k.a. TAHIR, Musa; a.k.a. TARAH, Musah; a.k.a. TARAK, Musah; a.k.a. TARK, Musa), Songo, Kafia Kingi; DOB 1965; alt. DOB 1964; alt. DOB 1966; nationality Sudan (individual) [CAR] (Linked To: LORD'S RESISTANCE ARMY).

MUSA, Bashir Khalif (a.k.a. MOOSA, Basheer Khalid; a.k.a. MOOSA, Basheer Khalif; a.k.a. MOSSA, Bashir Khalif; a.k.a. MOUSSA, Bachir Kalif; a.k.a. MUSSE, Bachir Khalif; a.k.a. MUSSE, Bashir Khalif; a.k.a. "MOOSA, Bashir"; a.k.a. "MUSSE, Bashir"), Dubai, United Arab Emirates; PO Box 80367, Ajman, United Arab Emirates; DOB 01 Jan 1967; POB Garowe, Puntland, Somalia; nationality Djibouti; Gender Male; Passport 16RE41878 (Djibouti) issued 26 May 2016 expires 25 May 2021; alt. Passport 16RF20973 (Djibouti) expires 11 Oct 2023; Identification Number 784-1967-5350265-5 (United Arab Emirates); Residency Number 083698992 (United Arab Emirates) expires 15 May 2020 (individual) [SOMALIA].

MUSA, Mohammad Sadegh Heidari (a.k.a. HEIDARI, Mohammad Ali Mohammad Sadegh; a.k.a. HEYDARI, Mohammad Sadegh; a.k.a. MOUSA, Mohammad Sadegh Heidari (Arabic: محمد صادق حیدری موسی)), Iran; DOB 23 Sep 1977; alt. DOB 24 Sep 1977; POB Shahrebabak, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3149555493 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: PARAVAR PARS COMPANY).

MUSA, Rifa'i Ahmad Taha (a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. THABIT 'IZ; a.k.a. "'ABD-AL-'IZ"; a.k.a. "ABU YASIR"); DOB 24 Jun 1954; POB Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 83860 (Sudan); alt. Passport 30455 (Egypt); alt. Passport 1046403 (Egypt) (individual) [SDGT].

MUSA, Yahya al-Sayyid Ibrahim (a.k.a. MOHAMMAD, Yahia ElSayed Ibrahim; a.k.a. MOUSSA, Yahya Alsayed Ibrahim Mohamed; a.k.a. "IBRAHIM, Basim"), Istanbul, Turkey;

DOB 05 May 1984; alt. DOB 1989; POB Sharkia, Egypt; alt. POB Idlib, Syria; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A08864491 (Egypt) expires 06 Feb 2020; alt. Passport 397192 (Turkey) expires 31 May 2019; National Foreign ID Number 07010032477 (Syria) (individual) [SDGT].

MUSAABADI, Abbas'Ali Mohammadian (a.k.a. MOHAMMADIAN, Abbas Ali; a.k.a. MOHAMMADIAN, Abbas-Ali (Arabic: عباسعلی محمدیان); a.k.a. MOUSAABADI, Abbasali Mohammadian), Tehran, Iran; DOB 20 Feb 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport L29764521 (Iran); National ID No. 5129832620 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MUSALLI, 'Abd-al-Hamid (a.k.a. AL-DARNAVI, Hamza; a.k.a. AL-DARNAWI, Abu-Hamzah; a.k.a. AL-DARNAWI, Hamza; a.k.a. AL-DARNAWI, Hamzah; a.k.a. AL-MASLI, 'Abd al-Hamid Muhammad 'Abd al-Hamid; a.k.a. AL-MASLI, 'Abd-al-Hamid; a.k.a. DARNAVI, Hamza; a.k.a. DARNAWI, Abdullah; a.k.a. DARNAWI, Hamza; a.k.a. DARNAWI, Hamzah; a.k.a. DIRNAWI, Hamzah; a.k.a. MASLI, Hamid), Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1976; POB Darnah, Libya; alt. POB Danar, Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUSANNA, Maulana (a.k.a. MARUF, Muhammad; a.k.a. UBAIDULLAH, Maulana; a.k.a. "HAMZAH, Ali"), Afghanistan; DOB 31 Jan 1988; alt. DOB 31 Jan 1985; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

MUSATOV, Ivan Mikhaylovich (Cyrillic: МУСАТОВ, Иван Михайлович), Russia; DOB 14 Feb 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MUSAVI, Hosein Razi (a.k.a. MUSAVI, Razi), Damascus, Syria; DOB 1964; Additional

Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR].

MUSAVI, Hossein; DOB 23 Oct 1960; POB Neishabour, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A0016662 (Iran) issued 29 Oct 2002 (individual) [SDGT] [IRGC] [IFSR].

MUSAVI, Razi (a.k.a. MUSAVI, Hosein Razi), Damascus, Syria; DOB 1964; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR].

MUSAVI, Sayyed Javad, Iran; DOB 23 Aug 1972; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

MUSAVI, Sayyed Kamal (a.k.a. JAMALI, Sayyed Kamal); DOB 03 Jan 1958; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR].

MUSAVI, Sayyed Sa'id (a.k.a. AMINPUR, Sayyed Sai'd; a.k.a. MOUSAVI, Seyed Ahmad Shid; a.k.a. MUSAVIR, Sayyed Yaser), Iran; Iraq; DOB 23 Aug 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MUSAVIFAR, Sayyed Reza (Arabic: سید رضا موسوی فر) (a.k.a. MOUSAVIFAR, Seyed Reza), Iran; Iraq; DOB 23 Jul 1958; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0032906390 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MUSAVIR, Sayyed Yaser (a.k.a. AMINPUR, Sayyed Sai'd; a.k.a. MOUSAVI, Seyed Ahmad Shid; a.k.a. MUSAVI, Sayyed Sa'id), Iran; Iraq; DOB 23 Aug 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MUSBAH, Nourddin Milood M (a.k.a. MOHAMED, Nour Addin Meloud), Malta; Cyprus; Ben Ashoor, Tripoli, Libya; DOB 02 Sep 1974; nationality Libya; Gender Male; Passport 998635 (Libya); alt. Passport PK31LZK9 (Libya) (individual) [LIBYA3].

MUSE, Abdirahim (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahman; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

MUSE, Abdirahman (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

MUSENE, Wilson Masalu (a.k.a. MUSENE, Wilson Musalu), Uganda; DOB 06 Mar 1956; POB Bushiswabula Village, Mbale District, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

MUSENE, Wilson Musalu (a.k.a. MUSENE, Wilson Masalu), Uganda; DOB 06 Mar 1956; POB Bushiswabula Village, Mbale District, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

MUSHANTAF, Andre Samir (a.k.a. MISHANTAF, Andre Samir; a.k.a. MSHANTAF, Andre Samir;

a.k.a. MSHANTAF, Andrea Samir; a.k.a. MUCHANTAF, Andreih Samir; a.k.a. MUSHANTAF, Andriyah Samir (Arabic: اندريه سمير مشنتف)), Lebanon; DOB 11 Mar 1966; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1694100 (Lebanon) (individual) [SDGT] (Linked To: CTEX EXCHANGE).

MUSHANTAF, Andriyah Samir (Arabic: اندريه سمير مشنتف) (a.k.a. MISHANTAF, Andre Samir; a.k.a. MSHANTAF, Andre Samir; a.k.a. MSHANTAF, Andrea Samir; a.k.a. MUCHANTAF, Andreih Samir; a.k.a. MUSHANTAF, Andre Samir), Lebanon; DOB 11 Mar 1966; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1694100 (Lebanon) (individual) [SDGT] (Linked To: CTEX EXCHANGE).

MUSHNIKOVA, Natalia Evgenievna (Cyrillic: МУШНИКОВА, Наталья Евгеньевна) (a.k.a. MUSHNIKOVA, Natalya (Cyrillic: МУШНИКОВА, Наталья)), Moscow, Russia; DOB 11 Feb 1973; nationality Russia; Gender Female (individual) [MAGNIT].

MUSHNIKOVA, Natalya (Cyrillic: МУШНИКОВА, Наталья) (a.k.a. MUSHNIKOVA, Natalia Evgenievna (Cyrillic: МУШНИКОВА, Наталья Евгеньевна)), Moscow, Russia; DOB 11 Feb 1973; nationality Russia; Gender Female (individual) [MAGNIT].

MUSHTAHA, Rawhi, Gaza, Palestinian; DOB 01 Jan 1958 to 31 Dec 1960; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

MUSHTAQ, Abu (a.k.a. ALMTHAJE, Ameer Abdulazeez Jaafar; a.k.a. AL-MUTAHAJI, Amir 'Abd-al-'Aziz Ja'far; a.k.a. AL-TAA'EI, Amir; a.k.a. DIANAT, Amir; a.k.a. DIANAT, Amir Abdolaziz; a.k.a. DIANET, Amir; a.k.a. DIYANAT, Amir; a.k.a. JAFAR, Amir Abdulaziz), Iran; Iraq; Oman; DOB 15 Mar 1967; alt. DOB 25 Dec 1970; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport W44473918 (Iran); alt. Passport A12688767 (Iraq); alt. Passport F35307926 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MUSLIHAN, Nurettin, Istanbul, Turkey; DOB 20 May 1974; POB Gerger, Turkey; citizen Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 18931187806 (Turkey) (individual) [SDGT] (Linked To: AL QA'IDA).

MUSLIM BROTHERHOOD GROUP (Arabic: جماعة الإخوان المسلمين) (a.k.a. JORDANIAN MUSLIM BROTHERHOOD; a.k.a. MUSLIM BROTHERHOOD IN JORDAN (Arabic: الإخوان المسلمين في الأردن); a.k.a. MUSLIM BROTHERHOOD SOCIETY), Amman, Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1945; Organization Type: Advocacy organization [SDGT] (Linked To: HAMAS).

MUSLIM BROTHERHOOD IN JORDAN (Arabic: الإخوان المسلمين في الأردن) (a.k.a. JORDANIAN MUSLIM BROTHERHOOD; a.k.a. MUSLIM BROTHERHOOD GROUP (Arabic: جماعة الإخوان المسلمين); a.k.a. MUSLIM BROTHERHOOD SOCIETY), Amman, Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1945; Organization Type: Advocacy organization [SDGT] (Linked To: HAMAS).

MUSLIM BROTHERHOOD SOCIETY (a.k.a. JORDANIAN MUSLIM BROTHERHOOD; a.k.a. MUSLIM BROTHERHOOD GROUP (Arabic: جماعة الإخوان المسلمين); a.k.a. MUSLIM BROTHERHOOD IN JORDAN (Arabic: الإخوان المسلمين في الأردن)), Amman, Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1945; Organization Type: Advocacy organization [SDGT] (Linked To: HAMAS).

MUSLIU, Isak; DOB 31 Oct 1970; POB Racak, Serbia and Montenegro (individual) [BALKANS].

MUSLIU, Shefqet; DOB 12 Feb 1963; POB Konculj, Serbia and Montenegro (individual) [BALKANS].

MUSO, Sulma (a.k.a. MUSSO TORRES, Zulma Maria; a.k.a. "LA PATRONA"; a.k.a. "LA SENORA" (Latin: "LA SEÑORA")), Colombia; DOB 27 May 1963; POB Santa Marta, Colombia; citizen Colombia; Gender Female; Cedula No. 36141965 (Colombia); Passport AP517448 (Colombia); alt. Passport AB2574362 (Colombia) (individual) [SDNTK].

MUSONI, Straton; DOB 06 Apr 1961; alt. DOB 04 Jun 1961; POB Mugambazi, Kigali; nationality Rwanda; citizen Rwanda (individual) [DRCONGO].

MUSSE, Bachir Khalif (a.k.a. MOOSA, Basheer Khalid; a.k.a. MOOSA, Basheer Khalif; a.k.a. MOSSA, Bashir Khalif; a.k.a. MOUSSA, Bachir Kalif; a.k.a. MUSA, Bashir Khalif; a.k.a. MUSSE, Bashir Khalif; a.k.a. "MOOSA, Bashir"; a.k.a. "MUSSE, Bashir"), Dubai, United Arab Emirates; PO Box 80367, Ajman, United Arab Emirates; DOB 01 Jan 1967; POB Garowe, Puntland, Somalia; nationality Djibouti; Gender Male; Passport 16RE41878 (Djibouti) issued 26 May 2016 expires 25 May 2021; alt. Passport 16RF20973 (Djibouti) expires 11 Oct 2023; Identification Number 784-1967-5350265-5 (United Arab Emirates); Residency Number 083698992 (United Arab Emirates) expires 15 May 2020 (individual) [SOMALIA].

MUSSE, Bashir Khalif (a.k.a. MOOSA, Basheer Khalid; a.k.a. MOOSA, Basheer Khalif; a.k.a. MOSSA, Bashir Khalif; a.k.a. MOUSSA, Bachir Kalif; a.k.a. MUSA, Bashir Khalif; a.k.a. MUSSE, Bachir Khalif; a.k.a. "MOOSA, Bashir"; a.k.a. "MUSSE, Bashir"), Dubai, United Arab Emirates; PO Box 80367, Ajman, United Arab Emirates; DOB 01 Jan 1967; POB Garowe, Puntland, Somalia; nationality Djibouti; Gender Male; Passport 16RE41878 (Djibouti) issued 26 May 2016 expires 25 May 2021; alt. Passport 16RF20973 (Djibouti) expires 11 Oct 2023; Identification Number 784-1967-5350265-5 (United Arab Emirates); Residency Number 083698992 (United Arab Emirates) expires 15 May 2020 (individual) [SOMALIA].

MUSSO TORRES, Zulma Maria (a.k.a. MUSO, Sulma; a.k.a. "LA PATRONA"; a.k.a. "LA SENORA" (Latin: "LA SEÑORA")), Colombia; DOB 27 May 1963; POB Santa Marta, Colombia; citizen Colombia; Gender Female; Cedula No. 36141965 (Colombia); Passport AP517448 (Colombia); alt. Passport AB2574362 (Colombia) (individual) [SDNTK].

MUSTAFA BAKRI, Ali Sa'd Muhammad (a.k.a. AL-MASRI, Abd Al-Aziz); DOB 18 Apr 1966; nationality Egypt; Secondary sanctions risk:

section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUSTAFA, Abu (a.k.a. AHMAD, Sayyid; a.k.a. HARB, Hajj Ya'taqad Khalil; a.k.a. HARB, Khalil Yusif; a.k.a. HARB, Khalil Yusuf; a.k.a. HARB, Mustafa Khalil); DOB 09 Oct 1958; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUSTAFA, Macki Hamoudat (a.k.a. AL-HAMADAT, General Maki; a.k.a. HAMUDAT, General Maki Mustafa; a.k.a. HAMUDAT, Maki; a.k.a. HMODAT, Mackie), Mosul, Iraq; DOB circa 1934; nationality Iraq (individual) [IRAQ2].

MUSTAFA, Mustafa Kamel (a.k.a. AL-MASRI, Abu Hamza; a.k.a. AL-MISRI, Abu Hamza; a.k.a. EMAN, Adam Ramsey; a.k.a. KAMEL, Mustafa), 9 Albourne Road, Shepherds Bush, London W12 OLW, United Kingdom; 8 Adie Road, Hammersmith, London W6 OPW, United Kingdom; DOB 15 Apr 1958; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUSTAFA, Rrustem; DOB 27 Feb 1971; POB Podujevo, Serbia and Montenegro (individual) [BALKANS].

MUSTAFA, Salim Mansur (a.k.a. AL-MANSUR, Salim Mustafa Muhammad; a.k.a. MANSUR AL-IFRI, Salim Mustafa Muhammad; a.k.a. MANSUR, Salim; a.k.a. "AL-IFRI, Saleem"; a.k.a. "AL-SHAKLAR, Hajji Salim"), Mersin, Turkey; Istanbul, Turkey; Adana, Turkey; DOB 1959; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MUSTAFA, Umar Muhammad Khalil (a.k.a. AHMAD, Aliazra Ra'ad; a.k.a. AL-BAYATI, Abdul Rahman Muhammad; a.k.a. AL-BAYATI, Tahir Muhammad Khalil Mustafa; a.k.a. AL-QADULI, Abd Al-Rahman Muhammad Mustafa; a.k.a. SHAYKHLARI, 'Abd al-Rahman Muhammad Mustafa; a.k.a. "ABU ALA"; a.k.a. "ABU HASAN"; a.k.a. "ABU IMAN"; a.k.a. "ABU MUHAMMAD"; a.k.a. "ABU ZAYNA"; a.k.a. "ABU-SHUAYB"; a.k.a. "HAJJI IMAN"); DOB 1959; alt. DOB 1957; POB Mosul, Ninawa Province, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 (individual) [SDGT].

MUTAMBA, Stephen, 192 Baines Ave., Harare, Harare, Zimbabwe; DOB 23 Oct 1961; POB Harare, Zimbabwe; nationality Zimbabwe; Gender Male; Passport FN460001 (Zimbabwe); National ID No. 58004069A83 (Zimbabwe) (individual) [GLOMAG].

MUTANGA WA BAFUNKWA KANONGA, Gedeon Kyungu (a.k.a. GEDEON, Kyungu Mutanga; a.k.a. MTANGA, Gedeon; a.k.a. MUTANGA, Gedeon Kyungu; a.k.a. MUTANGA, Gideon Kyungu); DOB 1972; alt. DOB 1974; POB Manono territory, Katanga Province (now Tanganyika Province), Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO].

MUTANGA, Gedeon Kyungu (a.k.a. GEDEON, Kyungu Mutanga; a.k.a. MTANGA, Gedeon; a.k.a. MUTANGA WA BAFUNKWA KANONGA, Gedeon Kyungu; a.k.a. MUTANGA, Gideon Kyungu); DOB 1972; alt. DOB 1974; POB Manono territory, Katanga Province (now Tanganyika Province), Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO].

MUTANGA, Gideon Kyungu (a.k.a. GEDEON, Kyungu Mutanga; a.k.a. MTANGA, Gedeon; a.k.a. MUTANGA WA BAFUNKWA KANONGA, Gedeon Kyungu; a.k.a. MUTANGA, Gedeon Kyungu); DOB 1972; alt. DOB 1974; POB Manono territory, Katanga Province (now Tanganyika Province), Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO].

MUTEBUSI, Jules (a.k.a. COLONEL MUTEBUTSI; a.k.a. MUTEBUTSI, Jules; a.k.a. MUTEBUZI, Jules), Rwanda; DOB 06 Jul 1960; POB South Kivu, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

MUTEBUTSI, Jules (a.k.a. COLONEL MUTEBUTSI; a.k.a. MUTEBUSI, Jules; a.k.a. MUTEBUZI, Jules), Rwanda; DOB 06 Jul 1960; POB South Kivu, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

MUTEBUZI, Jules (a.k.a. COLONEL MUTEBUTSI; a.k.a. MUTEBUSI, Jules; a.k.a. MUTEBUTSI, Jules), Rwanda; DOB 06 Jul 1960; POB South Kivu, DRC; nationality Congo,

Democratic Republic of the (individual) [DRCONGO].

MUTHANA, Aseel (a.k.a. "Abu Fariss"), Syria; DOB 1996 to 1997; nationality United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUTHANA, Mohsen Ahmed Saleh (a.k.a. ABU-SULAYMAN, Nashwan al-Adani; a.k.a. AL-ADANI, Abu Sulayman; a.k.a. AL-ADANI, Nashwan; a.k.a. AL-ADANI, Sulayman; a.k.a. AL-HASHIMI, Abu Ma'ali; a.k.a. AL-SAY'ARI, Muhammad Ahmed; a.k.a. AL-SAY'ARI, Muhammad Qan'an; a.k.a. AL-SAY'ARI, Nashwan; a.k.a. MUTHANNA, Muhsin Ahmad Salah; a.k.a. QAN'AN, Muhammad Salih Muhammad; a.k.a. "AL-MUHAJIR, Abu Usama"), Yemen; DOB 13 Jan 1988; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 05867398 (Yemen); alt. Passport 04988639 (Jordan) (individual) [SDGT] (Linked To: ISIL-YEMEN).

MUTHANA, Nasser (a.k.a. "Abu Muthana Al Yemeni"; a.k.a. "Abu Muthanna al Yemeni"; a.k.a. "Abu Muthanna al-Yemeni"), Syria; DOB 1993 to 1995; POB Cardiff, United Kingdom; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUTHANNA, Muhsin Ahmad Salah (a.k.a. ABU-SULAYMAN, Nashwan al-Adani; a.k.a. AL-ADANI, Abu Sulayman; a.k.a. AL-ADANI, Nashwan; a.k.a. AL-ADANI, Sulayman; a.k.a. AL-HASHIMI, Abu Ma'ali; a.k.a. AL-SAY'ARI, Muhammad Ahmed; a.k.a. AL-SAY'ARI, Muhammad Qan'an; a.k.a. AL-SAY'ARI, Nashwan; a.k.a. MUTHANA, Mohsen Ahmed Saleh; a.k.a. QAN'AN, Muhammad Salih Muhammad; a.k.a. "AL-MUHAJIR, Abu Usama"), Yemen; DOB 13 Jan 1988; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 05867398 (Yemen); alt. Passport 04988639 (Jordan) (individual) [SDGT] (Linked To: ISIL-YEMEN).

MUTNI, Mohammad Abdul Kadir (a.k.a. AL-RAWI, Muhammad Abd-al-Qadir Mutni Assaf; a.k.a. MATNEE, Mohammed Abdulqader; a.k.a. MATNI, Muhammad 'Abd-al-Qadir; a.k.a. MUTNI, Muhammad Abdul Qadar; a.k.a. "ABD-AL-QARIM, Abu"), Erbil, Iraq; DOB 15 Apr 1983; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Passport G2590897 (individual) [SDGT].

MUTNI, Muhammad Abdul Qadar (a.k.a. AL-RAWI, Muhammad Abd-al-Qadir Mutni Assaf; a.k.a. MATNEE, Mohammed Abdulqader; a.k.a. MATNI, Muhammad 'Abd-al-Qadir; a.k.a. MUTNI, Mohammad Abdul Kadir; a.k.a. "ABD-AL-QARIM, Abu"), Erbil, Iraq; DOB 15 Apr 1983; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G2590897 (individual) [SDGT].

MUTOID, Kalev (a.k.a. KALEV KATANGA, Mutondo; a.k.a. KALEV, Motono; a.k.a. KALEV, Mutundo; a.k.a. MUTOMBO, Kalev; a.k.a. MUTOND, Kalev; a.k.a. MUTONDO KATANGA, Kalev; a.k.a. MUTONDO, Kalev; a.k.a. MUTUND, Kalev), 24 Avenue Ma Campagne, Quartier Ma Campagne Commune De Ngaliema, Kinshasa 00243, Congo, Democratic Republic of the; DOB 03 Mar 1957; POB Kasaji, Democratic Republic of the Congo; alt. POB Likasi, Katanga, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0004470 (Congo, Democratic Republic of the) issued 08 Jun 2012 expires 07 Jun 2017; Agence Nationale de Renseignements General Administrator (individual) [DRCONGO].

MUTOMBO, Kalev (a.k.a. KALEV KATANGA, Mutondo; a.k.a. KALEV, Motono; a.k.a. KALEV, Mutundo; a.k.a. MUTOID, Kalev; a.k.a. MUTOND, Kalev; a.k.a. MUTONDO KATANGA, Kalev; a.k.a. MUTONDO, Kalev; a.k.a. MUTUND, Kalev), 24 Avenue Ma Campagne, Quartier Ma Campagne Commune De Ngaliema, Kinshasa 00243, Congo, Democratic Republic of the; DOB 03 Mar 1957; POB Kasaji, Democratic Republic of the Congo; alt. POB Likasi, Katanga, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0004470 (Congo, Democratic Republic of the) issued 08 Jun 2012 expires 07 Jun 2017; Agence Nationale de Renseignements General Administrator (individual) [DRCONGO].

MUTOND, Kalev (a.k.a. KALEV KATANGA, Mutondo; a.k.a. KALEV, Motono; a.k.a. KALEV, Mutundo; a.k.a. MUTOID, Kalev; a.k.a. MUTOMBO, Kalev; a.k.a. MUTONDO KATANGA, Kalev; a.k.a. MUTONDO, Kalev; a.k.a. MUTUND, Kalev), 24 Avenue Ma Campagne, Quartier Ma Campagne Commune De Ngaliema, Kinshasa 00243, Congo, Democratic Republic of the; DOB 03 Mar 1957;

POB Kasaji, Democratic Republic of the Congo; alt. POB Likasi, Katanga, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0004470 (Congo, Democratic Republic of the) issued 08 Jun 2012 expires 07 Jun 2017; Agence Nationale de Renseignements General Administrator (individual) [DRCONGO].

MUTONDO KATANGA, Kalev (a.k.a. KALEV KATANGA, Mutondo; a.k.a. KALEV, Motono; a.k.a. KALEV, Mutundo; a.k.a. MUTOID, Kalev; a.k.a. MUTOMBO, Kalev; a.k.a. MUTOND, Kalev; a.k.a. MUTONDO, Kalev; a.k.a. MUTUND, Kalev), 24 Avenue Ma Campagne, Quartier Ma Campagne Commune De Ngaliema, Kinshasa 00243, Congo, Democratic Republic of the; DOB 03 Mar 1957; POB Kasaji, Democratic Republic of the Congo; alt. POB Likasi, Katanga, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0004470 (Congo, Democratic Republic of the) issued 08 Jun 2012 expires 07 Jun 2017; Agence Nationale de Renseignements General Administrator (individual) [DRCONGO].

MUTONDO, Kalev (a.k.a. KALEV KATANGA, Mutondo; a.k.a. KALEV, Motono; a.k.a. KALEV, Mutundo; a.k.a. MUTOID, Kalev; a.k.a. MUTOMBO, Kalev; a.k.a. MUTOND, Kalev; a.k.a. MUTONDO KATANGA, Kalev; a.k.a. MUTUND, Kalev), 24 Avenue Ma Campagne, Quartier Ma Campagne Commune De Ngaliema, Kinshasa 00243, Congo, Democratic Republic of the; DOB 03 Mar 1957; POB Kasaji, Democratic Republic of the Congo; alt. POB Likasi, Katanga, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0004470 (Congo, Democratic Republic of the) issued 08 Jun 2012 expires 07 Jun 2017; Agence Nationale de Renseignements General Administrator (individual) [DRCONGO].

MUTREB, Maher Abdulaziz M.; DOB 23 May 1971; POB Makkah, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport D088677 (Saudi Arabia) issued 16 Aug 2017 expires 23 Jun 2022 (individual) [GLOMAG].

MUTSOEV, Zelimkhan Alikoevich (Cyrillic: МУЦОЕВ, Зелимхан Аликоевич), Russia; DOB 13 Oct 1959; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MUTUND, Kalev (a.k.a. KALEV KATANGA, Mutondo; a.k.a. KALEV, Motono; a.k.a. KALEV, Mutundo; a.k.a. MUTOID, Kalev; a.k.a. MUTOMBO, Kalev; a.k.a. MUTOND, Kalev; a.k.a. MUTONDO KATANGA, Kalev; a.k.a. MUTONDO, Kalev), 24 Avenue Ma Campagne, Quartier Ma Campagne Commune De Ngaliema, Kinshasa 00243, Congo, Democratic Republic of the; DOB 03 Mar 1957; POB Kasaji, Democratic Republic of the Congo; alt. POB Likasi, Katanga, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0004470 (Congo, Democratic Republic of the) issued 08 Jun 2012 expires 07 Jun 2017; Agence Nationale de Renseignements General Administrator (individual) [DRCONGO].

MUWAFI, Ramzi (a.k.a. AL MOWAFI, Ramzi Mahmoud; a.k.a. MAWAFI, Ramzi; a.k.a. MOWAFI, Ramzi); DOB 1952; POB Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

MUZZAMIL, Mohammad Daoud (a.k.a. DAWOUD, Muhammad), Afghanistan; DOB 1983; POB Nahr-e Saraj District, Helmand Province, Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TALIBAN).

MVM AMICI GENERAL TRADING LLC (a.k.a. MVM AMICI TRADING LLC (Arabic: امفيام اميشي للتجارة ش.ذ.م.م)), 2510, Churchill Executive Tower, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 29 Jun 2021; Commercial Registry Number 1983195 (United Arab Emirates); Chamber of Commerce Number 365732 (United Arab Emirates); Business Registration Number 964732 (United Arab Emirates) [NPWMD] [IFSR] (Linked To: KLINGE, Marco).

MVM AMICI TRADING LLC (Arabic: امفيام اميشي للتجارة ش.ذ.م.م) (a.k.a. MVM AMICI GENERAL TRADING LLC), 2510, Churchill Executive Tower, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 29 Jun 2021; Commercial Registry Number 1983195 (United Arab Emirates); Chamber of Commerce Number 365732 (United Arab Emirates); Business Registration Number 964732 (United Arab Emirates) [NPWMD] [IFSR] (Linked To: KLINGE, Marco).

MVM TRADING COMPANY LLC (a.k.a. EVA HANDELSGESELLSCHAFT UG), An der Schanze 1A, Osterburg, Sachsen-Anhalt 39606, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 29 Jul 2021; Trade License No. HRB 30334 (Germany); Registration Number 39576B30334 (Germany) [NPWMD] [IFSR] (Linked To: KLINGE, Marco).

MWAU, John Harun; DOB 24 Jun 1948; citizen Kenya; Passport A608142 (Kenya); alt. Passport B037832 (Kenya); Diplomatic Passport A921579 (Kenya); Member of Parliament for Kilome (Kenya) (individual) [SDNTK].

MWISSA, Guidon Shimiray; DOB 13 Mar 1980; POB Kigoma, Walikale, North Kivu, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO].

MY AVIATION COMPANY LIMITED, 27th Floor, ITF Tower 140/65 Silom Road, Suriyawong, Bang Rak, Bangkok 10500, Thailand; Email Address natthapong@myaviation.biz; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 0105551001856 [SDGT] [IFSR] (Linked To: MAHAN AIR).

MYANMA DEFENSE PRODUCTS INDUSTRY (a.k.a. DIRECTORATE OF DEFENSE INDUSTRIES; a.k.a. MINISTRY OF DEFENSE DIRECTORATE OF DEFENSE INDUSTRIES; a.k.a. MYANMAR DEFENSE PRODUCTS INDUSTRY; a.k.a. "DEFENSE PRODUCTS INDUSTRIES"; a.k.a. "KA PA SA"), Ministry of Defense, Shwedagon Pagoda Road, Rangoon, Burma; Target Type Government Entity [BURMA-EO14014].

MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED (a.k.a. MYANMAR ECONOMIC HOLDING LIMITED; a.k.a. "MEHL"), 51*Mahabandoola Road 189/191, Botataung, Rangoon 11161, Burma; Registration Number 156387282 (Burma) [BURMA-EO14014].

MYANMA FIVE STAR LINE (a.k.a. MYANMA FIVE STAR LINE COMPANY LIMITED; a.k.a. MYANMA FIVE STAR SHIPPING COMPANY; a.k.a. MYANMAR FIVE STAR LINE; a.k.a. "FIVE STAR SHIPPING COMPANY"; a.k.a. "FIVE STAR SHIPPING LINE"; a.k.a. "MFSL"), Burma; Organization Established Date 25 Jun 2010; Organization Type: Sea and coastal

freight water transport; Registration Number 107184368 (Burma) [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

MYANMA FIVE STAR LINE COMPANY LIMITED (a.k.a. MYANMA FIVE STAR LINE; a.k.a. MYANMA FIVE STAR SHIPPING COMPANY; a.k.a. MYANMAR FIVE STAR LINE; a.k.a. "FIVE STAR SHIPPING COMPANY"; a.k.a. "FIVE STAR SHIPPING LINE"; a.k.a. "MFSL"), Burma; Organization Established Date 25 Jun 2010; Organization Type: Sea and coastal freight water transport; Registration Number 107184368 (Burma) [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

MYANMA FIVE STAR SHIPPING COMPANY (a.k.a. MYANMA FIVE STAR LINE; a.k.a. MYANMA FIVE STAR LINE COMPANY LIMITED; a.k.a. MYANMAR FIVE STAR LINE; a.k.a. "FIVE STAR SHIPPING COMPANY"; a.k.a. "FIVE STAR SHIPPING LINE"; a.k.a. "MFSL"), Burma; Organization Established Date 25 Jun 2010; Organization Type: Sea and coastal freight water transport; Registration Number 107184368 (Burma) [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

MYANMA FOREIGN TRADE BANK (a.k.a. MYANMAR FOREIGN TRADE BANK; a.k.a. "MFTB"), 80-86 Maha Bandoola Garden Street, Yangon, Burma; SWIFT/BIC MFTBMMMY; Organization Established Date 1976; Target Type Financial Institution [BURMA-EO14014].

MYANMA GEMS ENTERPRISE (f.k.a. MYANMAR GEMS CORPORATION; a.k.a. MYANMAR GEMS ENTERPRISE), No. 70-072 Yarza Thingaha Road, Thapyaygone Ward, Zabuthiri Township, Naypyitaw, Burma; Rm Counter 23/24, G Flr, Mayangone, Rangoon, Burma; No. 66 Kaba Aye Pagoda Road, Mayangone Township, Rangoon, Burma [BURMA-EO14014].

MYANMA INVESTMENT AND COMMERICAL BANK (a.k.a. MYANMAR INVESTMENT AND COMMERCIAL BANK; a.k.a. "MICB"), 170/176 Bo Aung Kyaw Street, Botataung Township, Yangon, Burma; 170/176 Bo Aung Gyaw Street, Yangong, Burma; SWIFT/BIC MICBMMMY; Organization Established Date 1990; Target Type Financial Institution [BURMA-EO14014].

MYANMA MINING ENTERPRISE NUMBER 1 (a.k.a. MINING ENTERPRISE NO 1; a.k.a. MINING ENTERPRISE NUMBER ONE; a.k.a. MYANMAR MINING ENTERPRISE NUMBER

1; a.k.a. NO. 1 MINING ENTERPRISE), Bu Tar Street, Forest Street, Monywa, Sagaing Region, Burma; Organization Type: Mining and Quarrying [BURMA-EO14014].

MYANMA MINING ENTERPRISE NUMBER 2 (a.k.a. MINING ENTERPRISE NO 2; a.k.a. MYANMAR MINING ENTERPRISE NUMBER 2; a.k.a. NO. 2 MINING ENTERPRISE; a.k.a. NUMBER 2 MINING ENTERPRISE), Myay Myint Quarter, Pyi Htaung Su Road, Myitkyina, Kachin State, Burma; Organization Type: Mining and Quarrying [BURMA-EO14014].

MYANMA TIMBER ENTERPRISE (a.k.a. MYANMAR TIMBER ENTERPRISE; f.k.a. STATE TIMBER BOARD; f.k.a. TIMBER CORPORATION), Gyogone Forest Compound, Bayint Naung Road, Insein Township, Rangoon, Burma; No. (72/74) Shawe Dagon Pagoda Road, Dagon Township, Rangoon, Burma; P.O. Box 206, Ahlone Street, Ahlone Township, Rangoon, Burma; Target Type State-Owned Enterprise [BURMA-EO14014].

MYANMAR DEFENSE PRODUCTS INDUSTRY (a.k.a. DIRECTORATE OF DEFENSE INDUSTRIES; a.k.a. MINISTRY OF DEFENSE DIRECTORATE OF DEFENSE INDUSTRIES; a.k.a. MYANMA DEFENSE PRODUCTS INDUSTRY; a.k.a. "DEFENSE PRODUCTS INDUSTRIES"; a.k.a. "KA PA SA"), Ministry of Defense, Shwedagon Pagoda Road, Rangoon, Burma; Target Type Government Entity [BURMA-EO14014].

MYANMAR DIRECTORATE OF PROCUREMENT (a.k.a. DIRECTORATE OF PROCUREMENT OF THE COMMANDER-IN-CHIEF OF DEFENSE SERVICES ARMY; a.k.a. DIRECTORATE OF PROCUREMENT, OFFICE OF THE COMMANDER-IN-CHIEF ARMY, THE REPUBLIC OF THE UNION OF MYANMAR; a.k.a. "DIRECTORATE OF DEFENSE PROCUREMENT"; a.k.a. "DIRECTORATE OF PROCUREMENT"), Nay Pyi Taw City, Burma; Target Type Government Entity [BURMA-EO14014].

MYANMAR ECONOMIC CORPORATION (a.k.a. MYANMAR ECONOMIC CORPORATION LIMITED; a.k.a. "MEC"), Corner of Ahlone Road & Kannar Road, Ahlone Township, Rangoon, Burma; Registration Number 105444192 (Burma) [BURMA-EO14014].

MYANMAR ECONOMIC CORPORATION LIMITED (a.k.a. MYANMAR ECONOMIC CORPORATION; a.k.a. "MEC"), Corner of Ahlone Road & Kannar Road, Ahlone Township, Rangoon, Burma; Registration

Number 105444192 (Burma) [BURMA-EO14014].

MYANMAR ECONOMIC HOLDING LIMITED (a.k.a. MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED; a.k.a. "MEHL"), 51*Mahabandoola Road 189/191, Botataung, Rangoon 11161, Burma; Registration Number 156387282 (Burma) [BURMA-EO14014].

MYANMAR FIVE STAR LINE (a.k.a. MYANMA FIVE STAR LINE; a.k.a. MYANMA FIVE STAR LINE COMPANY LIMITED; a.k.a. MYANMA FIVE STAR SHIPPING COMPANY; a.k.a. "FIVE STAR SHIPPING COMPANY"; a.k.a. "FIVE STAR SHIPPING LINE"; a.k.a. "MFSL"), Burma; Organization Established Date 25 Jun 2010; Organization Type: Sea and coastal freight water transport; Registration Number 107184368 (Burma) [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

MYANMAR FOREIGN TRADE BANK (a.k.a. MYANMA FOREIGN TRADE BANK; a.k.a. "MFTB"), 80-86 Maha Bandoola Garden Street, Yangon, Burma; SWIFT/BIC MFTBMMMY; Organization Established Date 1976; Target Type Financial Institution [BURMA-EO14014].

MYANMAR GEMS CORPORATION (a.k.a. MYANMA GEMS ENTERPRISE; a.k.a. MYANMAR GEMS ENTERPRISE), No. 70-072 Yarza Thingaha Road, Thapyaygone Ward, Zabuthiri Township, Naypyitaw, Burma; Rm Counter 23/24, G Flr, Mayangone, Rangoon, Burma; No. 66 Kaba Aye Pagoda Road, Mayangone Township, Rangoon, Burma [BURMA-EO14014].

MYANMAR GEMS ENTERPRISE (a.k.a. MYANMA GEMS ENTERPRISE; f.k.a. MYANMAR GEMS CORPORATION), No. 70-072 Yarza Thingaha Road, Thapyaygone Ward, Zabuthiri Township, Naypyitaw, Burma; Rm Counter 23/24, G Flr, Mayangone, Rangoon, Burma; No. 66 Kaba Aye Pagoda Road, Mayangone Township, Rangoon, Burma [BURMA-EO14014].

MYANMAR IMPERIAL JADE CO., LTD. (a.k.a. MYANMAR IMPERIAL JADE GEMS & JEWELLERY CO., LTD.; a.k.a. MYANMAR IMPERIAL JADE GEMS & JEWELLERY COMPANY LIMITED; a.k.a. MYANMAR IMPERIAL JADE GEMS AND JEWELLERY CO., LTD.; a.k.a. MYANMAR IMPERIAL JADE GEMS AND JEWELLERY COMPANY LIMITED), Burma; Company Number 176227869 (Burma) issued 13 Sep 1996 [BURMA-EO14014].

MYANMAR IMPERIAL JADE GEMS & JEWELLERY CO., LTD. (a.k.a. MYANMAR IMPERIAL JADE CO., LTD.; a.k.a. MYANMAR IMPERIAL JADE GEMS & JEWELLERY COMPANY LIMITED; a.k.a. MYANMAR IMPERIAL JADE GEMS AND JEWELLERY CO., LTD.; a.k.a. MYANMAR IMPERIAL JADE GEMS AND JEWELLERY COMPANY LIMITED), Burma; Company Number 176227869 (Burma) issued 13 Sep 1996 [BURMA-EO14014].

MYANMAR IMPERIAL JADE GEMS & JEWELLERY COMPANY LIMITED (a.k.a. MYANMAR IMPERIAL JADE CO., LTD.; a.k.a. MYANMAR IMPERIAL JADE GEMS & JEWELLERY CO., LTD.; a.k.a. MYANMAR IMPERIAL JADE GEMS AND JEWELLERY CO., LTD.; a.k.a. MYANMAR IMPERIAL JADE GEMS AND JEWELLERY COMPANY LIMITED), Burma; Company Number 176227869 (Burma) issued 13 Sep 1996 [BURMA-EO14014].

MYANMAR IMPERIAL JADE GEMS AND JEWELLERY CO., LTD. (a.k.a. MYANMAR IMPERIAL JADE CO., LTD.; a.k.a. MYANMAR IMPERIAL JADE GEMS & JEWELLERY CO., LTD.; a.k.a. MYANMAR IMPERIAL JADE GEMS & JEWELLERY COMPANY LIMITED; a.k.a. MYANMAR IMPERIAL JADE GEMS AND JEWELLERY COMPANY LIMITED), Burma; Company Number 176227869 (Burma) issued 13 Sep 1996 [BURMA-EO14014].

MYANMAR IMPERIAL JADE GEMS AND JEWELLERY COMPANY LIMITED (a.k.a. MYANMAR IMPERIAL JADE CO., LTD.; a.k.a. MYANMAR IMPERIAL JADE GEMS & JEWELLERY CO., LTD.; a.k.a. MYANMAR IMPERIAL JADE GEMS & JEWELLERY COMPANY LIMITED; a.k.a. MYANMAR IMPERIAL JADE GEMS AND JEWELLERY CO., LTD.), Burma; Company Number 176227869 (Burma) issued 13 Sep 1996 [BURMA-EO14014].

MYANMAR INVESTMENT AND COMMERCIAL BANK (a.k.a. MYANMA INVESTMENT AND COMMERICAL BANK; a.k.a. "MICB"), 170/176 Bo Aung Kyaw Street, Botataung Township, Yangon, Burma; 170/176 Bo Aung Gyaw Street, Yangong, Burma; SWIFT/BIC MICBMMMY; Organization Established Date 1990; Target Type Financial Institution [BURMA-EO14014].

MYANMAR MACAU LUNDUN (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

MYANMAR MACAU LUNDUN (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

MYANMAR MINING ENTERPRISE NUMBER 1 (a.k.a. MINING ENTERPRISE NO 1; a.k.a. MINING ENTERPRISE NUMBER ONE; a.k.a. MYANMA MINING ENTERPRISE NUMBER 1; a.k.a. NO. 1 MINING ENTERPRISE), Bu Tar Street, Forest Street, Monywa, Sagaing Region, Burma; Organization Type: Mining and Quarrying [BURMA-EO14014].

MYANMAR MINING ENTERPRISE NUMBER 2 (a.k.a. MINING ENTERPRISE NO 2; a.k.a. MYANMA MINING ENTERPRISE NUMBER 2; a.k.a. NO. 2 MINING ENTERPRISE; a.k.a. NUMBER 2 MINING ENTERPRISE), Myay Myint Quarter, Pyi Htaung Su Road, Myitkyina,

Kachin State, Burma; Organization Type: Mining and Quarrying [BURMA-EO14014].

MYANMAR PEARL ENTERPRISE, Yazathingha Street, Zabuthri Township, Naypyitaw, Burma; No. 10, Strand Road, Kangyi Quarter, Myeik Township, Tanintharyi, Burma; 90 Kanbe St., Yankin Tsp., Rangoon, Burma; No. 4345 Bu Khwe, Naypyitaw, Burma; Target Type State-Owned Enterprise [BURMA-EO14014].

MYANMAR RUBY ENTERPRISE (a.k.a. MYANMAR RUBY ENTERPRISE GEMS & JEWELLERY CO., LTD.; a.k.a. MYANMAR RUBY ENTERPRISE GEMS & JEWELLERY COMPANY LIMITED; a.k.a. MYANMAR RUBY ENTERPRISE GEMS AND JEWELLERY CO., LTD.; a.k.a. MYANMAR RUBY ENTERPRISE GEMS AND JEWELLERY COMPANY LIMITED), Burma; Company Number 100941821 (Burma) issued 14 Feb 1996 [BURMA-EO14014].

MYANMAR RUBY ENTERPRISE GEMS & JEWELLERY CO., LTD. (a.k.a. MYANMAR RUBY ENTERPRISE; a.k.a. MYANMAR RUBY ENTERPRISE GEMS & JEWELLERY COMPANY LIMITED; a.k.a. MYANMAR RUBY ENTERPRISE GEMS AND JEWELLERY CO., LTD.; a.k.a. MYANMAR RUBY ENTERPRISE GEMS AND JEWELLERY COMPANY LIMITED), Burma; Company Number 100941821 (Burma) issued 14 Feb 1996 [BURMA-EO14014].

MYANMAR RUBY ENTERPRISE GEMS & JEWELLERY COMPANY LIMITED (a.k.a. MYANMAR RUBY ENTERPRISE; a.k.a. MYANMAR RUBY ENTERPRISE GEMS & JEWELLERY CO., LTD.; a.k.a. MYANMAR RUBY ENTERPRISE GEMS AND JEWELLERY CO., LTD.; a.k.a. MYANMAR RUBY ENTERPRISE GEMS AND JEWELLERY COMPANY LIMITED), Burma; Company Number 100941821 (Burma) issued 14 Feb 1996 [BURMA-EO14014].

MYANMAR RUBY ENTERPRISE GEMS AND JEWELLERY CO., LTD. (a.k.a. MYANMAR RUBY ENTERPRISE; a.k.a. MYANMAR RUBY ENTERPRISE GEMS & JEWELLERY CO., LTD.; a.k.a. MYANMAR RUBY ENTERPRISE GEMS & JEWELLERY COMPANY LIMITED; a.k.a. MYANMAR RUBY ENTERPRISE GEMS AND JEWELLERY COMPANY LIMITED), Burma; Company Number 100941821 (Burma) issued 14 Feb 1996 [BURMA-EO14014].

MYANMAR RUBY ENTERPRISE GEMS AND JEWELLERY COMPANY LIMITED (a.k.a. MYANMAR RUBY ENTERPRISE; a.k.a.

MYANMAR RUBY ENTERPRISE GEMS & JEWELLERY CO., LTD.; a.k.a. MYANMAR RUBY ENTERPRISE GEMS & JEWELLERY COMPANY LIMITED; a.k.a. MYANMAR RUBY ENTERPRISE GEMS AND JEWELLERY CO., LTD.), Burma; Company Number 100941821 (Burma) issued 14 Feb 1996 [BURMA-EO14014].

MYANMAR TIMBER ENTERPRISE (a.k.a. MYANMA TIMBER ENTERPRISE; f.k.a. STATE TIMBER BOARD; f.k.a. TIMBER CORPORATION), Gyogone Forest Compound, Bayint Naung Road, Insein Township, Rangoon, Burma; No. (72/74) Shawe Dagon Pagoda Road, Dagon Township, Rangoon, Burma; P.O. Box 206, Ahlone Street, Ahlone Township, Rangoon, Burma; Target Type State-Owned Enterprise [BURMA-EO14014].

MYANMAR WAR VETERAN ORGANIZATION (a.k.a. MYANMAR WAR VETERANS ORGANIZATION; a.k.a. MYANMAR WAR VETERAN'S ORGANIZATION), Thukhuma Road, Datkhina Thiri Tsp, Naypyitaw Division, Burma [BURMA-EO14014].

MYANMAR WAR VETERANS ORGANIZATION (a.k.a. MYANMAR WAR VETERAN ORGANIZATION; a.k.a. MYANMAR WAR VETERAN'S ORGANIZATION), Thukhuma Road, Datkhina Thiri Tsp, Naypyitaw Division, Burma [BURMA-EO14014].

MYANMAR WAR VETERAN'S ORGANIZATION (a.k.a. MYANMAR WAR VETERAN ORGANIZATION; a.k.a. MYANMAR WAR VETERANS ORGANIZATION), Thukhuma Road, Datkhina Thiri Tsp, Naypyitaw Division, Burma [BURMA-EO14014].

MYANMAR YATAI INTERNATIONAL HOLDING GROUP CO., LTD. (a.k.a. SHWE KOKKO SPECIAL ECONOMIC ZONE; a.k.a. YATAI NEW CITY; a.k.a. YATAI SMART INDUSTRIAL NEW CITY), Hpa-An City, Burma; Shwe Kokko Village, Myawaddy Township, Karen State, Burma; Organization Type: Construction of buildings; Registration Number 103919088 (Burma) issued 14 Feb 2017 [GLOMAG].

MYINT, Aung (a.k.a. MYINT, Aung Mo; a.k.a. MYINT, Aung Moe), Waizayandar Road, No.15, Ngwe Kyar Yan Quarter, South Okkalapa Township, Yangon Region, Burma; DOB 09 Jun 1971; alt. DOB 28 Sep 1969; nationality Burma; Gender Male; Registration Number 12/YAKANA(N)006981 (Burma) (individual) [BURMA-EO14014].

MYINT, Aung Mar (a.k.a. MYINT, Daw Aung Mar), Naypyitaw, Burma; DOB 25 Oct 1964;

nationality Burma; Gender Female; National ID No. 12DAGANAN018846 (Burma) (individual) [BURMA-EO14014].

MYINT, Aung Mo (a.k.a. MYINT, Aung; a.k.a. MYINT, Aung Moe), Waizayandar Road, No.15, Ngwe Kyar Yan Quarter, South Okkalapa Township, Yangon Region, Burma; DOB 09 Jun 1971; alt. DOB 28 Sep 1969; nationality Burma; Gender Male; Registration Number 12/YAKANA(N)006981 (Burma) (individual) [BURMA-EO14014].

MYINT, Aung Moe (a.k.a. MYINT, Aung; a.k.a. MYINT, Aung Mo), Waizayandar Road, No.15, Ngwe Kyar Yan Quarter, South Okkalapa Township, Yangon Region, Burma; DOB 09 Jun 1971; alt. DOB 28 Sep 1969; nationality Burma; Gender Male; Registration Number 12/YAKANA(N)006981 (Burma) (individual) [BURMA-EO14014].

MYINT, Daw Aung Mar (a.k.a. MYINT, Aung Mar), Naypyitaw, Burma; DOB 25 Oct 1964; nationality Burma; Gender Female; National ID No. 12DAGANAN018846 (Burma) (individual) [BURMA-EO14014].

MYINT, Daw Khaing Moe (a.k.a. MYINT, Khaing Moe; a.k.a. MYINT, Ma Khaing Moe), Burma; DOB 23 Apr 2001; nationality Burma; Gender Female; National ID No. 9PAMANAN275475 (Burma) (individual) [BURMA-EO14014].

MYINT, Daw Ohn Mar (a.k.a. MYINT, Daw Ohnmar; a.k.a. MYINT, Ohn Mar), Burma; DOB 19 Nov 1967; nationality Burma; Gender Female; National ID No. 10THAHTANAN013008 (Burma) (individual) [BURMA-EO14014].

MYINT, Daw Ohnmar (a.k.a. MYINT, Daw Ohn Mar; a.k.a. MYINT, Ohn Mar), Burma; DOB 19 Nov 1967; nationality Burma; Gender Female; National ID No. 10THAHTANAN013008 (Burma) (individual) [BURMA-EO14014].

MYINT, Daw Yadanar Moe (a.k.a. MYINT, Yadanar Moe), Naypyitaw, Burma; DOB 16 May 1994; nationality Burma; Gender Female; National ID No. 9PAMANAN259746 (Burma) (individual) [BURMA-EO14014].

MYINT, Htun Aung (a.k.a. MYINT, Saw Htun Aung; a.k.a. MYINT, Saw Tun Aung; a.k.a. MYINT, Tun Aung), Number (632), Gagyi/16, Arzarni Road, Number (4) Lanmason, Quarter (5), Shwepyithar Township, Rangoon, Burma; DOB 16 Feb 1942; alt. DOB 19 Feb 1942; citizen Burma; Gender Male; Union Minister of Ethnic Affairs (individual) [BURMA-EO14014].

MYINT, Khaing Moe (a.k.a. MYINT, Daw Khaing Moe; a.k.a. MYINT, Ma Khaing Moe), Burma;

DOB 23 Apr 2001; nationality Burma; Gender Female; National ID No. 9PAMANAN275475 (Burma) (individual) [BURMA-EO14014].

MYINT, Kyaw Thu Myo, Burma; DOB 10 Jun 1980; nationality Burma; citizen Burma; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport MI418505 (Burma) expires 04 Jan 2029 (individual) [DPRK] [BURMA-EO14014].

MYINT, Li (a.k.a. HSING, Su; a.k.a. "SU HSING"; a.k.a. "U LI MYINT"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; 525 Merchant Street, Rangoon, Burma; Tangyan, Burma; National ID No. 13/Ta Ta Na (Naing)019077 (Burma) (individual) [SDNTK].

MYINT, Ma Khaing Moe (a.k.a. MYINT, Daw Khaing Moe; a.k.a. MYINT, Khaing Moe), Burma; DOB 23 Apr 2001; nationality Burma; Gender Female; National ID No. 9PAMANAN275475 (Burma) (individual) [BURMA-EO14014].

MYINT, Ohn Mar (a.k.a. MYINT, Daw Ohn Mar; a.k.a. MYINT, Daw Ohnmar), Burma; DOB 19 Nov 1967; nationality Burma; Gender Female; National ID No. 10THAHTANAN013008 (Burma) (individual) [BURMA-EO14014].

MYINT, Saw Htun Aung (a.k.a. MYINT, Htun Aung; a.k.a. MYINT, Saw Tun Aung; a.k.a. MYINT, Tun Aung), Number (632), Gagyi/16, Arzarni Road, Number (4) Lanmason, Quarter (5), Shwepyithar Township, Rangoon, Burma; DOB 16 Feb 1942; alt. DOB 19 Feb 1942; citizen Burma; Gender Male; Union Minister of Ethnic Affairs (individual) [BURMA-EO14014].

MYINT, Saw San (a.k.a. THU, Maung Chit; a.k.a. THU, Saw Chit; a.k.a. "THU, Chit"), Karen State, Burma; DOB 15 Dec 1969; POB Inn village, Hlaingbwe, Karen State, Burma; nationality Burma; Gender Male; National ID No. 3LabanaN069004 (Burma) (individual) [TCO] [BURMA-EO14014].

MYINT, Saw Tun Aung (a.k.a. MYINT, Htun Aung; a.k.a. MYINT, Saw Htun Aung; a.k.a. MYINT, Tun Aung), Number (632), Gagyi/16, Arzarni Road, Number (4) Lanmason, Quarter (5), Shwepyithar Township, Rangoon, Burma; DOB 16 Feb 1942; alt. DOB 19 Feb 1942; citizen Burma; Gender Male; Union Minister of Ethnic Affairs (individual) [BURMA-EO14014].

MYINT, Tun Aung (a.k.a. MYINT, Htun Aung; a.k.a. MYINT, Saw Htun Aung; a.k.a. MYINT, Saw Tun Aung), Number (632), Gagyi/16, Arzarni Road, Number (4) Lanmason, Quarter (5), Shwepyithar Township, Rangoon, Burma; DOB 16 Feb 1942; alt. DOB 19 Feb 1942; citizen Burma; Gender Male; Union Minister of Ethnic Affairs (individual) [BURMA-EO14014].

MYINT, Yadanar Moe (a.k.a. MYINT, Daw Yadanar Moe), Naypyitaw, Burma; DOB 16 May 1994; nationality Burma; Gender Female; National ID No. 9PAMANAN259746 (Burma) (individual) [BURMA-EO14014].

MYOHYANG SHIPPING CO, Kumsong 3-dong, Mangyongdae-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5988369 [DPRK4].

MYONG, Chol Min (Hangul: 명철민), Korea, North; DOB 25 Sep 1966; POB Pyongyang, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745338501 (Korea, North) issued 19 Sep 2015 expires 19 Sep 2020 (individual) [DPRK4].

MYRA MARINE LIMITED, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 24 Sep 2024; Identification Number IMO 0088934; Business Registration Number 128049 (Marshall Islands) [VENEZUELA-EO13850].

MYTISHCHI INSTRUMENT ENGINEERING PLANT (a.k.a. LIMITED LIABILITY COMPANY MYTISHINSKY INSTRUMENT MAKING PLANT; a.k.a. MYTISHCHINSKII PRIBOROSTROITELNYI ZAVOD; a.k.a. "MIEP LLC"), 1-I Silikatnyi Per D.12, Mytishchi 141004, Russia; Secondary sanctions risk: See Section

11 of Executive Order 14024.; Tax ID No. 5029217125 (Russia); Registration Number 1175029001641 (Russia) [RUSSIA-EO14024].

MYTISHCHI MACHINE BUILDING PLANT (Cyrillic: МЫТИЩИНСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ЗАВОД) (a.k.a. JSC MYTISHCHINSKI MACHINE-BUILDING PLANT; a.k.a. MYTISHCHINSKI MACHINOSTROITELNY ZAVOD, OAO; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO 'MYTISHCHINSKI MASHINOSTROITELNY ZAVOD'; a.k.a. "MMZ JSC"), 4 ul. Kolontsova Mytishchi, Mytishchinski Raion, Moscow Region 141009, Russia; Yaroslavl highway 33, Mytishchi, Moscow Region, Russia; VL 11 st. Frunze, Mytishchi, Moscow Region, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1095029003860 (Russia); Tax ID No. 5029126076 (Russia); Government Gazette Number 61540868 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

MYTISHCHI RESEARCH INSTITUTE FOR RF MEASUREMENT INSTRUMENTS (a.k.a. FEDERAL STATE UNITARY ENTERPRISE MNIIRIP; a.k.a. MITISHINSKIY SCIENTIFIC RESEARCH INSTITUTE OF RADIO MEASURING INSTRUMENTS), ul Kolpakova, 2A / lit B1, 3 etazh Kabinet 86,87, Mytishchi, Moskovskaya 141002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5029008940 (Russia); Registration Number 1035005501629 (Russia) [RUSSIA-EO14024].

MYTISHCHINSKI MACHINOSTROITELNY ZAVOD, OAO (a.k.a. JSC MYTISHCHINSKI MACHINE-BUILDING PLANT; a.k.a. MYTISHCHI MACHINE BUILDING PLANT (Cyrillic: МЫТИЩИНСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO 'MYTISHCHINSKI MASHINOSTROITELNY ZAVOD'; a.k.a. "MMZ JSC"), 4 ul. Kolontsova Mytishchi, Mytishchinski Raion, Moscow Region 141009, Russia; Yaroslavl highway 33, Mytishchi, Moscow Region, Russia; VL 11 st. Frunze, Mytishchi, Moscow Region, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID

1095029003860 (Russia); Tax ID No. 5029126076 (Russia); Government Gazette Number 61540868 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

MYTISHCHINSKII PRIBOROSTROITELNYI ZAVOD (a.k.a. LIMITED LIABILITY COMPANY MYTISHINSKY INSTRUMENT MAKING PLANT; a.k.a. MYTISHCHI INSTRUMENT ENGINEERING PLANT; a.k.a. "MIEP LLC"), 1-I Silikatnyi Per D.12, Mytishchi 141004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5029217125 (Russia); Registration Number 1175029001641 (Russia) [RUSSIA-EO14024].

MZ ARSENAL OAO (a.k.a. ARSENAL MACHINE BUILDING PLANT OJSC; a.k.a. ARSENAL MACHINE BUILDING PLANT OPEN JOINT STOCK COMPANY; a.k.a. MZ ARSENAL PAO; a.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO MASHINOSTROITELNYI ZAVOD ARSENAL), 1-3, Komsomola Street, Saint Petersburg 195009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804040302 (Russia); Government Gazette Number 07541733 (Russia); Registration Number 1027802490540 (Russia) [RUSSIA-EO14024].

MZ ARSENAL PAO (a.k.a. ARSENAL MACHINE BUILDING PLANT OJSC; a.k.a. ARSENAL MACHINE BUILDING PLANT OPEN JOINT STOCK COMPANY; a.k.a. MZ ARSENAL OAO; a.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO MASHINOSTROITELNYI ZAVOD ARSENAL), 1-3, Komsomola Street, Saint Petersburg 195009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804040302 (Russia); Government Gazette Number 07541733 (Russia); Registration Number 1027802490540 (Russia) [RUSSIA-EO14024].

MZ TONAR (a.k.a. LIMITED LIABILITY COMPANY MACHINE BUILDING PLANT TONAR; a.k.a. LIMITED LIABILITY COMPANY PRODUCTION AND COMMERCIAL FIRM TONAR; a.k.a. OOO MZ TONAR), Ul. 1-Aya Leninskaya D. 76 A, Srednyaya Matrenka 142635, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 30 Nov 1990; Tax ID No. 5034016022 (Russia); Government Gazette Number 48806669 (Russia); Registration

Number 1025007458200 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

MZENSKPROKAT (a.k.a. MTSENSKPROKAT; a.k.a. MTSENSKPROKAT OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MTSENSKPROKAT), Ul. Avtomagistral Zd. 1A/2, Kom. 301, Mtsensk 303032, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Apr 2018; Tax ID No. 5703008027 (Russia); Government Gazette Number 28256296 (Russia); Registration Number 1185749002119 (Russia) [RUSSIA-EO14024].

MZIK OAO (a.k.a. KALININ MACHINE PLANT JSC; a.k.a. KALININ MACHINE-BUILDING PLANT OPEN JOINT-STOCK COMPANY; a.k.a. KALININ MACHINERY PLANT-BRD; a.k.a. MASHINOSTROITEL'NYI ZAVOD IM. M.I. KALININA, G. YEKATERINBURG OAO; a.k.a. OPEN-END JOINT-STOCK COMPANY 'KALININ MACHINERY PLANT. YEKATERINBURG'; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MASHINOSTROITELNY ZAVOD IM.M.I.KALININA, G.EKATERINBURG), 18 prospekt Kosmonavtov, Ekaterinburg, Sverdlovskaya obl. 620017, Russia; Email Address info@zik.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

MZOUDI, Abdelghani (a.k.a. MAZUTI, Abdelghani; a.k.a. MAZWATI, Abdelghani), Op de Wisch 15, Hamburg 21149, Germany; Marienstrasse 54, Hamburg, Germany; DOB 06 Dec 1972; POB Marrakech, Morocco; citizen Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M271392 (Morocco) issued 04 Dec 2000; alt. Passport F 879567 (Morocco) issued 29 Apr 1992; Moroccan Personal ID No. E 427689 (Morocco) issued 20 Mar 2001 (individual) [SDGT].

N P C INTERNATIONAL LTD (a.k.a. NPC INTERNATIONAL; a.k.a. NPC INTERNATIONAL COMPANY; a.k.a. NPC INTERNATIONAL LIMITED), 5th Floor NIOC House, 4, Victoria Street, London SW1H 0NE, United Kingdom; NIOC House, 4 Victoria Street, London SW1H 0NE, United Kingdom; 4 Victoria Street, London SW1 H0NB, United Kingdom; Website www.nipc.net; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 02696754 (United

Kingdom); all offices worldwide [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

N.A.Z. TECHNOLOGY (a.k.a. NAZ TECHNOLOGY; a.k.a. NAZ TECHNOLOGY CO.; a.k.a. NAZ TECHNOLOGY CO., LTD.; a.k.a. NAZ TECHNOLOGY CORPORATION LTD; a.k.a. "NAZ"), Taiwan World Trade Center (TWTC) Room 6C-21(6F) Number 5 Section 5, Xinyi Road, Xinyi District, Taipei City, Taiwan; 605, Floor 6, Building 204, Tairan Technology Park, Tairan 6th Road, Tianan Community, Sha, Tou Sub-District, Futian District, Shenzhen, Guangdong, China; Building 10, Shiguan Industrial Park, Shenzhen 518106, China; C-608, Floor 6, Lan Optical Technology Building, No.7, Xinxi Road, Hi-and-New Tech Part (North Zone), Nanshan District, Shenzhen, China; Rm 804, Sino Centre, 582-592 Nathan Rd., KLN, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 440301503328703 (China) [NPWMD] [IFSR] (Linked To: SOLTANMOHAMMADI, Mohammad).

N.I.T.C. REPRESENTATIVE OFFICE (a.k.a. NATIONAL IRANIAN TANKER COMPANY), Droogdokweg 71, Rotterdam 3089 JN, Netherlands; Email Address nitcrdam@tiscali.net; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone +31 010-4951863; Telephone +31 10-4360037; Fax +31 10-4364096 [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

N.P.T.T. DONA-SHELL (a.k.a. DONASHELL; a.k.a. DONNA SHELL), Pec, Kosovo; Company Number 80386621 (Kosovo) [SDNTK].

NA AVIATION AND TECHNICAL TRADE LIMITED COMPANY (a.k.a. NA HAVACILIK VE TEKNIK TICARET LIMITED; a.k.a. NA HAVACILIK VE TEKNIK TICARET LIMITED SIRKETI), Ic Kapi No. 11 Gazi Bul. No. 461, Goksu Mah. Kepez, Antalya, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 121044 (Turkey) [RUSSIA-EO14024].

NA HAVACILIK VE TEKNIK TICARET LIMITED (a.k.a. NA AVIATION AND TECHNICAL TRADE LIMITED COMPANY; a.k.a. NA HAVACILIK VE TEKNIK TICARET LIMITED SIRKETI), Ic Kapi No. 11 Gazi Bul. No. 461, Goksu Mah. Kepez, Antalya, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 121044 (Turkey) [RUSSIA-EO14024].

NA HAVACILIK VE TEKNIK TICARET LIMITED SIRKETI (a.k.a. NA AVIATION AND TECHNICAL TRADE LIMITED COMPANY; a.k.a. NA HAVACILIK VE TEKNIK TICARET LIMITED), Ic Kapi No. 11 Gazi Bul. No. 461, Goksu Mah. Kepez, Antalya, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 121044 (Turkey) [RUSSIA-EO14024].

NA TCHUTE, Jose Americo Bubo (a.k.a. NA TCHUTO, Jose Americo Bubo); DOB 12 Jun 1952; POB Catio, Guinea-Bissau; nationality Guinea-Bissau; Passport DA0002521 (Guinea-Bissau); alt. Passport DA0000780 (Guinea-Bissau); National ID No. 112248 (Guinea-Bissau); Rear Admiral, former Navy Chief of Staff of Guinea-Bissau (individual) [SDNTK].

NA TCHUTO, Jose Americo Bubo (a.k.a. NA TCHUTE, Jose Americo Bubo); DOB 12 Jun 1952; POB Catio, Guinea-Bissau; nationality Guinea-Bissau; Passport DA0002521 (Guinea-Bissau); alt. Passport DA0000780 (Guinea-Bissau); National ID No. 112248 (Guinea-Bissau); Rear Admiral, former Navy Chief of Staff of Guinea-Bissau (individual) [SDNTK].

NAAB KIMYA DIS TICARET LIMITED SIRKETI, Suadiye Mah, Yazanlar Sk, Petek Apt No: 17/6 Kadikoy, Istanbul, Turkey; Organization Established Date 11 Feb 2021; Istanbul Chamber of Comm. No. 1327595 (Turkey); Registration Number 337248-5 (Turkey); Central Registration System Number 0627-1308-2740-0001 (Turkey) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

NAAJI, Ali Ahmed (a.k.a. HAJI, Ali Ahmed; a.k.a. NAJI, Ali Ahmed; a.k.a. NAJI, Cali Axmed; a.k.a. "NAJI, Ali"), Kismayo, Somalia; DOB 01 Jan 1974; nationality Somalia; Gender Male (individual) [SOMALIA].

NAARIN SEPEHR MOBIN ISATIS (a.k.a. NARIN SEPEHR MOBIN ISATIS (Arabic: نارين سپهر مبين ايساتيس); a.k.a. PISHTAZAN SANAT PARVAZ SADRA CO LLC (Arabic: شرکت پيشتازان صنعت پرواز صدرا بامسئوليت محدود)), Tehran Pars, Shahid Mahmoudreza Okhovat 123 St, Shahid Ghasem Soleymani Highway, No. 48, 4th Floor, Unit 14, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Jul 2018; National ID No. 14007740232 (Iran); Business Registration Number 529177 (Iran) [NPWMD] [IFSR] (Linked To: PISHTAZAN KAVOSH GOSTAR BOSHRA

LLC; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

NABAGALA, Hamida (a.k.a. NABAGGALA, Hamida; a.k.a. NABAGGALA, Hamidah), Congo, Democratic Republic of the; DOB 09 Mar 1996; nationality Uganda; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A00044599 (Uganda) expires 19 Mar 2029 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

NABAGGALA, Hamida (a.k.a. NABAGALA, Hamidah; a.k.a. NABAGGALA, Hamidah), Congo, Democratic Republic of the; DOB 09 Mar 1996; nationality Uganda; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A00044599 (Uganda) expires 19 Mar 2029 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

NABAGGALA, Hamidah (a.k.a. NABAGALA, Hamidah; a.k.a. NABAGGALA, Hamida), Congo, Democratic Republic of the; DOB 09 Mar 1996; nationality Uganda; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A00044599 (Uganda) expires 19 Mar 2029 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

NABAH LTD, 7-10 Chandos Street, London W1G 9DQ, United Kingdom; Company Number 12146985 (United Kingdom) [GLOMAG] (Linked To: AL-CARDINAL, Ashraf Seed Ahmed).

NABAKO MONEY EXCHANGE AND TRANSFERS (a.k.a. NABCO MONEY EXCHANGE & REMITTANCE CO.; a.k.a. NABCO MONEY EXCHANGE AND REMITTANCE CO. (Arabic: شركة نابكو للصرافة والتحويلات المالية); a.k.a. NABICO EXCHANGE; a.k.a. NABIL AL-HAZA' COMPANY; a.k.a. "NABCO COMPANY"), Al-Khamis Street, Lebanese University Neighborhood, Sana'a, Yemen; Website https://nabco-ye.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

NABCO MONEY EXCHANGE & REMITTANCE CO. (a.k.a. NABAKO MONEY EXCHANGE AND TRANSFERS; a.k.a. NABCO MONEY EXCHANGE AND REMITTANCE CO. (Arabic:

شركة نابكو للصرافة والتحويلات المالية); a.k.a. NABICO EXCHANGE; a.k.a. NABIL AL-HAZA' COMPANY; a.k.a. "NABCO COMPANY"), Al-Khamis Street, Lebanese University Neighborhood, Sana'a, Yemen; Website https://nabco-ye.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

NABCO MONEY EXCHANGE AND REMITTANCE CO. (Arabic: شركة نابكو للصرافة والتحويلات المالية) (a.k.a. NABAKO MONEY EXCHANGE AND TRANSFERS; a.k.a. NABCO MONEY EXCHANGE & REMITTANCE CO.; a.k.a. NABICO EXCHANGE; a.k.a. NABIL AL-HAZA' COMPANY; a.k.a. "NABCO COMPANY"), Al-Khamis Street, Lebanese University Neighborhood, Sana'a, Yemen; Website https://nabco-ye.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

NABI ZADEH EXCHANGE (a.k.a. KAMBIZ NABIZADEH AND PARTNERS EXCHANGE (Arabic: شرکاء صراقی کامبیزنبی زاده و); Arabic: شرکت تضامنی نبی زاده و شرکاء); a.k.a. SARAFI KAMBIZ NABIZADEH VA SHORAKA), No. 3, First Floor, End of Yeganeh Street, End of Sonbol Street, Shahid Doctor Lavanasi Boulevard, Hesar-e Buali, Tairish, Central District, Shemiranat County, Tehran, Tehran Province 1954657114, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 11 Jan 2017; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; National ID No. 14006486022 (Iran); Business Registration Number 504036 (Iran) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

NABI, Kamalden Ghulam (a.k.a. NABI, Kamaluddin Gulam; a.k.a. NABIZADA, Kamal; a.k.a. NABIZADA, Kamaluddin Gulam; a.k.a. NABIZADAH, Kamaluddin), Afghanistan; Prospect Mira, Moscow, 129110, Russia; DOB 27 Nov 1957; POB Mazare Sharif, Afghanistan; alt. POB Balkh Province, Afghanistan; nationality Afghanistan; alt. nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NABI, Kamaluddin Gulam (a.k.a. NABI, Kamalden Ghulam; a.k.a. NABIZADA, Kamal; a.k.a. NABIZADA, Kamaluddin Gulam; a.k.a. NABIZADAH, Kamaluddin), Afghanistan; Prospect Mira, Moscow, 129110, Russia; DOB 27 Nov 1957; POB Mazare Sharif, Afghanistan; alt. POB Balkh Province, Afghanistan; nationality Afghanistan; alt. nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NABI, Mohammed Fadl Abdul (a.k.a. AL-NABI, Muhammad Fadl Abd), Yemen; DOB 01 Jan 1952; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NABICO EXCHANGE (a.k.a. NABAKO MONEY EXCHANGE AND TRANSFERS; a.k.a. NABCO MONEY EXCHANGE & REMITTANCE CO.; a.k.a. NABCO MONEY EXCHANGE AND REMITTANCE CO. (Arabic: شركة نابكو للصرافة والتحويلات المالية); a.k.a. NABIL AL-HAZA' COMPANY; a.k.a. "NABCO COMPANY"), Al-Khamis Street, Lebanese University Neighborhood, Sana'a, Yemen; Website https://nabco-ye.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

NABIL AL-HAZA' COMPANY (a.k.a. NABAKO MONEY EXCHANGE AND TRANSFERS; a.k.a. NABCO MONEY EXCHANGE & REMITTANCE CO.; a.k.a. NABCO MONEY EXCHANGE AND REMITTANCE CO. (Arabic: شركة نابكو للصرافة والتحويلات المالية); a.k.a. NABICO EXCHANGE; a.k.a. "NABCO COMPANY"), Al-Khamis Street, Lebanese University Neighborhood, Sana'a, Yemen; Website https://nabco-ye.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

NABIL CHOUMAN & CO (a.k.a. NABIL CHOUMAN AND CO; a.k.a. NABIL SHOMAN AND PARTNERS EXCHANGE COMPANY; a.k.a. SHUMAN CURRENCY EXCHANGE; a.k.a. SUMAN CURRENCY EXCHANGE SARL; a.k.a. "SHUMAN GROUP"), Property Number 351, Al-Hamra Street Strand building ground floor, Ras Beirut, Beirut, Lebanon; Safi Village, Beirut, Lebanon; Nabatieh, Beirut, Lebanon; Tyre, Beirut, Lebanon; Website shuman-exchange.business.site; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Mar 1989; alt. Organization Established Date 1980; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; C.R. No. 55789 (Lebanon) [SDGT] (Linked To: HAMAS).

NABIL CHOUMAN AND CO (a.k.a. NABIL CHOUMAN & CO; a.k.a. NABIL SHOMAN AND PARTNERS EXCHANGE COMPANY; a.k.a. SHUMAN CURRENCY EXCHANGE; a.k.a. SUMAN CURRENCY EXCHANGE SARL; a.k.a. "SHUMAN GROUP"), Property Number 351, Al-Hamra Street Strand building ground floor, Ras Beirut, Beirut, Lebanon; Safi Village, Beirut, Lebanon; Nabatieh, Beirut, Lebanon; Tyre, Beirut, Lebanon; Website shuman-exchange.business.site; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Mar 1989; alt. Organization Established Date 1980; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; C.R. No. 55789 (Lebanon) [SDGT] (Linked To: HAMAS).

NABIL SHOMAN AND PARTNERS EXCHANGE COMPANY (a.k.a. NABIL CHOUMAN & CO; a.k.a. NABIL CHOUMAN AND CO; a.k.a. SHUMAN CURRENCY EXCHANGE; a.k.a. SUMAN CURRENCY EXCHANGE SARL; a.k.a. "SHUMAN GROUP"), Property Number 351, Al-Hamra Street Strand building ground floor, Ras Beirut, Beirut, Lebanon; Safi Village, Beirut, Lebanon; Nabatieh, Beirut, Lebanon; Tyre, Beirut, Lebanon; Website shuman-exchange.business.site; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Mar 1989; alt. Organization Established Date 1980; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; C.R. No. 55789 (Lebanon) [SDGT] (Linked To: HAMAS).

NABIULLINA, Elvira Sakhipzadovna (Cyrillic: НАБИУЛЛИНА, Эльвира Сахипзадовна), Moscow, Russia; DOB 29 Oct 1963; POB Ufa, Bashkortostan Republic, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Governor of the Central Bank of the Russian Federation (individual) [RUSSIA-EO14024].

NABIZADA, Kamal (a.k.a. NABI, Kamalden Ghulam; a.k.a. NABI, Kamaluddin Gulam; a.k.a. NABIZADA, Kamaluddin Gulam; a.k.a. NABIZADAH, Kamaluddin), Afghanistan; Prospect Mira, Moscow, 129110, Russia; DOB 27 Nov 1957; POB Mazare Sharif, Afghanistan; alt. POB Balkh Province, Afghanistan; nationality Afghanistan; alt. nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NABIZADA, Kamaluddin Gulam (a.k.a. NABI, Kamalden Ghulam; a.k.a. NABI, Kamaluddin Gulam; a.k.a. NABIZADA, Kamal; a.k.a. NABIZADAH, Kamaluddin), Afghanistan; Prospect Mira, Moscow, 129110, Russia; DOB 27 Nov 1957; POB Mazare Sharif, Afghanistan; alt. POB Balkh Province, Afghanistan; nationality Afghanistan; alt. nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NABIZADAH, Kamaluddin (a.k.a. NABI, Kamalden Ghulam; a.k.a. NABI, Kamaluddin Gulam; a.k.a. NABIZADA, Kamal; a.k.a. NABIZADA, Kamaluddin Gulam), Afghanistan; Prospect Mira, Moscow, 129110, Russia; DOB 27 Nov 1957; POB Mazare Sharif, Afghanistan; alt. POB Balkh Province, Afghanistan; nationality Afghanistan; alt. nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NABOKOV, Iurii Aleksandrovich (a.k.a. NABOKOV, Yuri Alexandrovich; a.k.a. NABOKOV, Yury), Russia; DOB 01 Jan 1981; POB Donetsk, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780211914500 (Russia) (individual) [RUSSIA-EO14024].

NABOKOV, Yuri Alexandrovich (a.k.a. NABOKOV, Iurii Aleksandrovich; a.k.a.

NABOKOV, Yury), Russia; DOB 01 Jan 1981; POB Donetsk, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780211914500 (Russia) (individual) [RUSSIA-EO14024].

NABOKOV, Yury (a.k.a. NABOKOV, Iurii Aleksandrovich; a.k.a. NABOKOV, Yuri Alexandrovich), Russia; DOB 01 Jan 1981; POB Donetsk, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780211914500 (Russia) (individual) [RUSSIA-EO14024].

NABULEAKS, Ukraine; Website nabu-leaks.com; alt. Website nabu-leaks.org; alt. Website nabu-leaks.info; alt. Website nabu-leaks.net; Email Address democorruption2020@gmail.com; alt. Email Address nabu.leaks@gmail.com [ELECTION-EO13848] (Linked To: DERKACH, Andrii Leonidovych).

NACER AGENCIA PANAMERICANA DE DIVISAS Y CENTRO CAMBIARIO, S.A. DE C.V., Avenida Naciones Unidas 5428 Int. 2, Col. Jardines Universidad, Zapopan, Jalisco 45110, Mexico; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; R.F.C. NAP1110251B4 (Mexico) [ILLICIT-DRUGS-EO14059].

NACHAR, Ali (a.k.a. NACHAR, Ali Moussa (Arabic: ‏علي موسى نشار‏); a.k.a. NACHEIR, Ali Moussa; a.k.a. NACHER, Ali Moussa; a.k.a. NASHAR, 'Ali Musa), Lebanon; DOB 30 Jul 1967; POB Ivory Coast; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 000049952325 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

NACHAR, Ali Moussa (Arabic: ‏علي موسى نشار‏) (a.k.a. NACHAR, Ali; a.k.a. NACHEIR, Ali Moussa; a.k.a. NACHER, Ali Moussa; a.k.a. NASHAR, 'Ali Musa), Lebanon; DOB 30 Jul 1967; POB Ivory Coast; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 000049952325 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

NACHAR, Hussein (a.k.a. NACHAR, Hussein Moussa), Des Cataractes 3329, Gombe, Kinshasa, Congo, Democratic Republic of the; DOB 04 Jul 1966; nationality Lebanon; alt. nationality United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Identification Number 505120217 (United Kingdom) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

NACHAR, Hussein Moussa (a.k.a. NACHAR, Hussein), Des Cataractes 3329, Gombe, Kinshasa, Congo, Democratic Republic of the; DOB 04 Jul 1966; nationality Lebanon; alt. nationality United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 505120217 (United Kingdom) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

NACHEIR, Ali Moussa (a.k.a. NACHAR, Ali; a.k.a. NACHAR, Ali Moussa (Arabic: ‏علي موسى نشار‏); a.k.a. NACHER, Ali Moussa; a.k.a. NASHAR, 'Ali Musa), Lebanon; DOB 30 Jul 1967; POB Ivory Coast; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 000049952325 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

NACHER, Ali Moussa (a.k.a. NACHAR, Ali; a.k.a. NACHAR, Ali Moussa (Arabic: ‏علي موسى نشار‏); a.k.a. NACHEIR, Ali Moussa; a.k.a. NASHAR, 'Ali Musa), Lebanon; DOB 30 Jul 1967; POB Ivory Coast; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 000049952325 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

NACIONALNOYE PROIZ-VODSTVENNO AGRARNOYE OBYEDINENYE MASSANDRA (a.k.a. MASSANDRA NATIONAL INDUSTRIAL AGRARIAN ASSOCIATON OF WINE INDUSTRY; a.k.a. MASSANDRA STATE CONCERN, NATIONAL PRODUCTION AND AGRARIAN UNION, OJSC; a.k.a. STATE CONCERN NATIONAL ASSOCIATION OF PRODUCERS MASSANDRA; a.k.a. STATE CONCERN NATIONAL PRODUCTION AND AGRICULTURAL ASSOCIATION MASSANDRA), 6, str. Mira, Massandra, Yalta 98600, Ukraine; 6, Mira str., Massandra, Yalta, Crimea 98650, Ukraine; Mira str, h. 6, Massandra, Yalta, Crimea 98600, Ukraine; 6, Myra st., Massandra, Crimea 98650, Ukraine; Website http://www.massandra.net.ua/; Email Address impex@massandra.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or

589.209; Registration ID 00411890 (Ukraine) [UKRAINE-EO13685].

NADEEM, Faisal (a.k.a. NADIM, Faisal), Sanghar, Pakistan; DOB 03 May 1970; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

NADERIAN, Ahmad (Arabic: ‏احمد نادریان‏), Iran; DOB 21 Jul 1967; POB Zabol, Sistan and Baluchistan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5339852334 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

NADIM, Faisal (a.k.a. NADEEM, Faisal), Sanghar, Pakistan; DOB 03 May 1970; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

NAEEM, Muhammad (a.k.a. SHEIKH, Mohammad Nayeem; a.k.a. SHEIKH, Muhammad Naeem; a.k.a. "NAEEM, Sheikh"; a.k.a. "NAIM, Shaikh"), 122 Ahmed Block, New Garden Town, Lahore, Pakistan; 111-C Multan Road, Lahore, Pakistan; 2-Chamberlain Road, Lahore, Pakistan; DOB 04 Sep 1950; POB Lahore, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BP5191731 (Pakistan) expires 12 May 2012; National ID No. 35202-1963173-9 (Pakistan); Engineer (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

NAEEM, Umair (a.k.a. SHEIKH, Umair Naeem), 112 Ahmed Block, New Garden Town, Lahore, Pakistan; DOB 19 Sep 1980; POB Lahore, Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AQ5192272 (Pakistan) expires 28 Jul 2012; National ID No. 35202-7366227-7 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: ABDUL HAMEED SHAHAB-UD-DIN).

NAEGU'NGANG TRADING COMPANY (a.k.a. HAEGU'MGANG TRADING COMPANY; a.k.a. KOREA HAEGUMGANG TRADING CORPORATION; a.k.a. KOREA RIMYONGSU TRADING CORPORATION), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and

510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

NAEM, Basem (a.k.a. NAIM, Basem (Arabic: باسم نعيم); a.k.a. NAIM, Bassem), Gaza; DOB 24 Jan 1963; POB Beit Hanoun, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A0016271 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

NAFCHI, Mohsen Raeesi (a.k.a. NAFTCHI, Mohsen Raeesi), Iran; DOB 16 Feb 1988; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P18702755 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

NAFRIEH, Edman, Iran; DOB 24 Apr 1980; POB Tehran, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H13722880 (Iran); alt. Passport RE0061544 (Saint Kitts and Nevis) expires 09 Jul 2027 (individual) [SDGT] (Linked To: HIZBALLAH; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NAFT IRAN INTERTRADE COMPANY LTD (a.k.a. NAFTIRAN INTERTRADE CO. LIMITED; a.k.a. NAFTIRAN INTERTRADE COMPANY; a.k.a. NAFTIRAN INTERTRADE COMPANY LTD; a.k.a. "NICO"), 41, 1st Floor, International House, The Parade, St Helier JE2 3QQ, Jersey; Petro Pars Building, Saadat Abad Ave, No 35, Farhang Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] (Linked To: NIOC INTERNATIONAL AFFAIRS (LONDON) LIMITED).

NAFT SETAREH KHALIJ FARS (Arabic: نفت ستره خالج فارس شرکت سهامی خاس) (a.k.a. PERSIAN GULF STAR OIL (Arabic: نفت سیتاره خالیج فارس); a.k.a. PERSIAN GULF STAR OIL COMPANY (Arabic: شرکت نفت ستاره خالیج فارس); a.k.a. PERSIAN GULF STAR REFINERY; a.k.a. "P.G.S.O.C."), Davoodieh, Vaziripour Street, Kavoosi Street, Number 14, Grand Building, 1st Floor, Unit 3, Tehran 15469-14411, Iran; No. 30 Western Roodsar Alley, Hafez Street, Taleghani Avenue, Tehran, Iran; 13 km from Bandar Abbas to Bandar Khumir, Sardar Shahid Ghasem Soleimani Boulevard,

Oil Field, Self-Sufficiency Boulevard, Persian Gulf Oil Star Company, Bandar Abbas 7931181183, Iran; Website https://www.pgsoc.ir; National ID No. 10103244425 (Iran); Identification Number 11010103244425 (Iran); Registration Number 287889 (Iran) [IRAN-EO13846].

NAFTAN (a.k.a. NAFTAN OAO; a.k.a. NAFTAN OJSC; f.k.a. NAFTAN PRODUCTION ASSOCIATION; f.k.a. NAFTAN PROIZVODSTVENNOYE OBYEDINENYE), Industrial Area, Novopolotsk-1, 211440, Vitebsk Region, Belarus; 21140, Novopolotsk, Vitebsk region, Belarus; 211440, Novopolotsk, Vitebskaya Oblast, Belarus [BELARUS].

NAFTAN OAO (a.k.a. NAFTAN; a.k.a. NAFTAN OJSC; f.k.a. NAFTAN PRODUCTION ASSOCIATION; f.k.a. NAFTAN PROIZVODSTVENNOYE OBYEDINENYE), Industrial Area, Novopolotsk-1, 211440, Vitebsk Region, Belarus; 21140, Novopolotsk, Vitebsk region, Belarus; 211440, Novopolotsk, Vitebskaya Oblast, Belarus [BELARUS].

NAFTAN OJSC (a.k.a. NAFTAN; a.k.a. NAFTAN OAO; f.k.a. NAFTAN PRODUCTION ASSOCIATION; f.k.a. NAFTAN PROIZVODSTVENNOYE OBYEDINENYE), Industrial Area, Novopolotsk-1, 211440, Vitebsk Region, Belarus; 21140, Novopolotsk, Vitebsk region, Belarus; 211440, Novopolotsk, Vitebskaya Oblast, Belarus [BELARUS].

NAFTAN PRODUCTION ASSOCIATION (a.k.a. NAFTAN; a.k.a. NAFTAN OAO; a.k.a. NAFTAN OJSC; f.k.a. NAFTAN PROIZVODSTVENNOYE OBYEDINENYE), Industrial Area, Novopolotsk-1, 211440, Vitebsk Region, Belarus; 21140, Novopolotsk, Vitebsk region, Belarus; 211440, Novopolotsk, Vitebskaya Oblast, Belarus [BELARUS].

NAFTAN PROIZVODSTVENNOYE OBYEDINENYE (a.k.a. NAFTAN; a.k.a. NAFTAN OAO; a.k.a. NAFTAN OJSC; f.k.a. NAFTAN PRODUCTION ASSOCIATION), Industrial Area, Novopolotsk-1, 211440, Vitebsk Region, Belarus; 21140, Novopolotsk, Vitebsk region, Belarus; 211440, Novopolotsk, Vitebskaya Oblast, Belarus [BELARUS].

NAFTCHI, Mohsen Raeesi (a.k.a. NAFCHI, Mohsen Raeesi), Iran; DOB 16 Feb 1988; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P18702755 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

NAFTIRAN INTERTRADE CO. LIMITED (a.k.a. NAFT IRAN INTERTRADE COMPANY LTD; a.k.a. NAFTIRAN INTERTRADE COMPANY; a.k.a. NAFTIRAN INTERTRADE COMPANY LTD; a.k.a. "NICO"), 41, 1st Floor, International House, The Parade, St Helier JE2 3QQ, Jersey; Petro Pars Building, Saadat Abad Ave, No 35, Farhang Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] (Linked To: NIOC INTERNATIONAL AFFAIRS (LONDON) LIMITED).

NAFTIRAN INTERTRADE CO. SARL (a.k.a. "NICO"), 6, Avenue de la Tour-Haldimand, Pully, VD 1009, Switzerland; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

NAFTIRAN INTERTRADE COMPANY (a.k.a. NAFT IRAN INTERTRADE COMPANY LTD; a.k.a. NAFTIRAN INTERTRADE CO. LIMITED; a.k.a. NAFTIRAN INTERTRADE COMPANY LTD; a.k.a. "NICO"), 41, 1st Floor, International House, The Parade, St Helier JE2 3QQ, Jersey; Petro Pars Building, Saadat Abad Ave, No 35, Farhang Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] (Linked To: NIOC INTERNATIONAL AFFAIRS (LONDON) LIMITED).

NAFTIRAN INTERTRADE COMPANY LTD (a.k.a. NAFT IRAN INTERTRADE COMPANY LTD; a.k.a. NAFTIRAN INTERTRADE CO. LIMITED; a.k.a. NAFTIRAN INTERTRADE COMPANY; a.k.a. "NICO"), 41, 1st Floor, International House, The Parade, St Helier JE2 3QQ, Jersey; Petro Pars Building, Saadat Abad Ave, No 35, Farhang Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] (Linked To: NIOC INTERNATIONAL AFFAIRS (LONDON) LIMITED).

NAFTIRAN TRADING SERVICES CO. (NTS) LIMITED, 47 Queen Anne Street, London W1G 9JG, United Kingdom; 6th Floor NIOC Ho, 4 Victoria St, London SW1H 0NE, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 02600121 (United Kingdom); all offices worldwide [IRAN].

NAFTNA INDUSTRIJA SRBIJE AD NOVI SAD (a.k.a. NIS AD NOVI SAD), 12 Narodnog Fronta, Novi Sad 21000, Serbia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 104052135 (Serbia); Business Registration Number 20084693 (Serbia) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM NEFT).

NAGARAJAN, Sundar (a.k.a. KASIVISWANATHAN NAGA, Nagarajan Sundar Poongulam), 32 Westlands Close, Hayes UB3 4PY, United Kingdom; Sint-Theresiastraat 33, Antwerp 2600, Belgium; DOB 27 Aug 1957; POB Madurai-Tamilnadu, India; nationality India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z1871965 (India) expires 04 Feb 2019; Residency Number 114078810 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

NAGASH, Tewaled Holde (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahman; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

NAGESH, Tewaled Holde (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahman; a.k.a. NAGASH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

NAGHAM AL HAYAT (a.k.a. NAGHAM AL HAYAT LTD.), Building 25, al-Bahdaliyah, Damascus, Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 10822 (Syria) issued 26 Jun 2016 [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

NAGHAM AL HAYAT LTD. (a.k.a. NAGHAM AL HAYAT), Building 25, al-Bahdaliyah, Damascus, Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 10822 (Syria) issued 26 Jun 2016 [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

NAGHDI, Mohammad Reza (a.k.a. NAGHDI, Mohammedreza; a.k.a. NAQDI, Gholamreza; a.k.a. NAQDI, Gholam-reza; a.k.a. NAQDI, Mohammad Reza; a.k.a. NAQDI, Mohammad-Reza; a.k.a. NAQDI, Muhammad; a.k.a. SHAMS, Mohammad Reza), Iran; DOB 1951 to 1953; alt. DOB 1960 to 1962; alt. DOB Apr 1961; alt. DOB 1953; POB Najaf, Iraq; alt. POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Brigadier General and Commander of the IRGC Basij Resistance Force; President of the Organization of the Basij of the Oppressed; Chief of the Mobilization of the Oppressed Organization; Head of the Basij (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [IRAN-EO13876].

NAGHDI, Mohammedreza (a.k.a. NAGHDI, Mohammad Reza; a.k.a. NAQDI, Gholamreza; a.k.a. NAQDI, Gholam-reza; a.k.a. NAQDI, Mohammad Reza; a.k.a. NAQDI, Mohammad-Reza; a.k.a. NAQDI, Muhammad; a.k.a. SHAMS, Mohammad Reza), Iran; DOB 1951 to 1953; alt. DOB 1960 to 1962; alt. DOB Apr 1961; alt. DOB 1953; POB Najaf, Iraq; alt. POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Brigadier General and Commander of the IRGC Basij Resistance Force; President of the Organization of the Basij of the Oppressed; Chief of the Mobilization of the Oppressed Organization; Head of the Basij (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [IRAN-EO13876].

NAGHMEH COMPANY (a.k.a. NAGHMEH FZE), United Arab Emirates [NPWMD] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

NAGHMEH FZE (a.k.a. NAGHMEH COMPANY), United Arab Emirates [NPWMD] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

NAGHNEH, Mehdi Ghaffari (a.k.a. NAQNAH, Mahdi Ghaffari), Shar-e Kord, Iran; DOB 01 Mar 1991; POB Borujen, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 4640070391 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NAGIBIN, Anton Aleksandrovich, Russia; DOB 20 May 1985; POB Leningrad, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 712413714 (Russia) (individual) [CYBER2] (Linked To: DIVETECHNOSERVICES).

NAGORNY, Nikita Vladimirovich, Russia; DOB 02 Feb 1997; POB Rostov-on-Don, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 616117121603 (Russia) (individual) [RUSSIA-EO14024].

NAGOVITSYN, Vyacheslav Vladimirovich (Cyrillic: НАГОВИЦЫН, Вячеслав Владимирович), Russia; DOB 02 Mar 1956; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NAHAR DANI, Ali Reza (a.k.a. NAHAR DANI, Reza), Tehran, Iran; DOB 11 Jun 1986; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0082970165 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NAHAR DANI, Reza (a.k.a. NAHAR DANI, Ali Reza), Tehran, Iran; DOB 11 Jun 1986; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0082970165 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NAHLA, Zuhair Subhi (Arabic: زهير صبحي نحلة) (a.k.a. NAHLAH, Zuhayr Subi; a.k.a. NAHLI, Zouher), Nabatiyeh, Lebanon; DOB 18 Nov 1967; POB Dakar, Senegal; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 429658 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

NAHLAH, Zuhayr Subi (a.k.a. NAHLA, Zuhair Subhi (Arabic: زهير صبحي نحلة); a.k.a. NAHLI, Zouher), Nabatiyeh, Lebanon; DOB 18 Nov 1967; POB Dakar, Senegal; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 429658 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

NAHLI, Zouher (a.k.a. NAHLA, Zuhair Subhi (Arabic: زهير صبحي نحلة); a.k.a. NAHLAH, Zuhayr Subi), Nabatiyeh, Lebanon; DOB 18 Nov 1967; POB Dakar, Senegal; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 429658 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

NAI ENERGY EUROPE GMBH & CO. KG (a.k.a. NAI ENERGY EUROPE GMBH AND CO. KG), Robert-Bosch-Str 20, Darmstadt 64293, Germany; Organization Established Date 28 Jun 2021; Registration Number HRA 86913 (Darmstadt) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

NAI ENERGY EUROPE GMBH AND CO. KG (a.k.a. NAI ENERGY EUROPE GMBH & CO. KG), Robert-Bosch-Str 20, Darmstadt 64293, Germany; Organization Established Date 28 Jun 2021; Registration Number HRA 86913 (Darmstadt) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

NAI ENERGY EUROPE VERWALTUNGS GMBH, Robert-Bosch-Str 20, Darmstadt 64293, Germany; Organization Established Date 01 Aug 2019; Registration Number HRB 101597

(Darmstadt) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

NAI EUROPE ENERGY GMBH & CO. KG (a.k.a. ENVIGO GMBH & CO. KG; a.k.a. ENVIGO GMBH AND CO. KG; a.k.a. NAI EUROPE ENERGY GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 27 Feb 2023; Registration Number HRA 740009 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

NAI EUROPE ENERGY GMBH AND CO. KG (a.k.a. ENVIGO GMBH & CO. KG; a.k.a. ENVIGO GMBH AND CO. KG; a.k.a. NAI EUROPE ENERGY GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 27 Feb 2023; Registration Number HRA 740009 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

NAI LOGISTICS B.V. (Arabic: ناي لوجيستيكس بي . في), 151 Kingsfordweg, Amsterdam 1043 GR, Netherlands; P1-ELOB Office No. E2-108F-36, Hamriyah Free Zone, Sharjah, United Arab Emirates; E LOB Office No. E-94F-35, Hamriyah Free Zone, Sharjah, United Arab Emirates; Organization Established Date 28 Mar 2014; V.A.T. Number NL853868670B01 (Netherlands); Trade License No. 13585 (United Arab Emirates); Business Registration Number 60346515 (Netherlands); Economic Register Number (CBLS) 11579456 (United Arab Emirates) [GLOMAG] (Linked To: RAHMANI, Ajmal).

NAI LOGISTICS LIMITED, Floor No: 1, Mpoumpoulinas 11, Nicosia 1060, Cyprus; Organization Established Date 19 Jan 2016; Company Number HE 351352 (Cyprus) [GLOMAG] (Linked To: RAHMANI, Ajmal).

NAI MANAGEMENT GMBH (a.k.a. ENVIGO VERWALTUNGS GMBH), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 25 Nov 2022; Registration Number HRB 788478 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

NAIDENKO, Aleksey (a.k.a. NAYDENKO, Aleksey Alekseevich (Cyrillic: НАЙДЕНКО, Алексей Алексеевич); a.k.a. NAYDENKO,

Oleksii Oleksiyovych (Cyrillic: НАЙДЕНКО, Олексій Олексійович)); DOB 02 Jun 1980; POB Donetsk, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NAIF, Mutaaz Numan 'Abd (a.k.a. AL-JABURI, Mu'taz Numan 'Abd Nayf; a.k.a. AL-JABURI, Mutazz Numan Abid Nayif; a.k.a. NAYIF, Mutaz Muaman Abed; a.k.a. TAYSIR, Hajji), Syria; DOB 1987; POB Sudayrah, Sharqat, Salah ad-Din Province, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NAIK, Khalid (a.k.a. WALEED, Khalid; a.k.a. WALID, Hafiz Khalid); DOB 25 Oct 1974; alt. DOB 1971; POB Lahore, Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AA9967331 (Pakistan) issued 03 Jun 2006 expires 02 Jun 2011; National ID No. 3410104067339 (Pakistan) (individual) [SDGT].

NAIL, Taleb (a.k.a. NAIL, Tayeb; a.k.a. OULD ALI, Mohamed Ould Ahmed; a.k.a. "ABOU MOUHADJI"; a.k.a. "DJAAFAR ABOU MOHAMED"); DOB circa 1972; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NAIL, Tayeb (a.k.a. NAIL, Taleb; a.k.a. OULD ALI, Mohamed Ould Ahmed; a.k.a. "ABOU MOUHADJI"; a.k.a. "DJAAFAR ABOU MOHAMED"); DOB circa 1972; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NAIM, Bahrun (a.k.a. TAMTOMO, Anggih; a.k.a. TAMTOMO, Muhammad Bahrun Naim Anggih; a.k.a. "AISYAH, Abu"; a.k.a. "RAYAN, Abu"; a.k.a. "RAYYAN, Abu"), Aleppo, Syria; Raqqa, Syria; DOB 06 Sep 1983; POB Surakarta, Indonesia; alt. POB Pekalongan, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

NAIM, Basem (Arabic: باسم نعيم) (a.k.a. NAEM, Basem; a.k.a. NAIM, Bassem), Gaza; DOB 24 Jan 1963; POB Beit Hanoun, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886; Passport A0016271 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

NAIM, Bassem (a.k.a. NAEM, Basem; a.k.a. NAIM, Basem (Arabic: باسم نعيم)), Gaza; DOB 24 Jan 1963; POB Beit Hanoun, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A0016271 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

NAING, Chit (a.k.a. HLAING, Chit; a.k.a. HLAING, U Chit; a.k.a. NAING, U Chit; a.k.a. NYAR, Sate Pyin), Burma; DOB Dec 1948; POB Kyee Nee Village, Chauk Township, Burma; nationality Burma; citizen Burma; Gender Male; Minister for Information (individual) [BURMA-EO14014].

NAING, Tun Tun (a.k.a. NAUNG, Htun Htun; a.k.a. NAUNG, Tun Tun), Burma; DOB 30 Apr 1963; nationality Burma; citizen Burma; Gender Male; Union Minister of Border Affairs (individual) [BURMA-EO14014].

NAING, U Chit (a.k.a. HLAING, Chit; a.k.a. HLAING, U Chit; a.k.a. NAING, Chit; a.k.a. NYAR, Sate Pyin), Burma; DOB Dec 1948; POB Kyee Nee Village, Chauk Township, Burma; nationality Burma; citizen Burma; Gender Male; Minister for Information (individual) [BURMA-EO14014].

NAIR, Anil Kumar Panackal Narayanan, Kerala, India; DOB 30 Jun 1968; POB Emakulam, Kerala; nationality India; Gender Male; Passport Z5967114 (India) expires 07 Jan 2031 (individual) [IRAN-EO13902] (Linked To: NEO SHIPPING INC.).

NAJA (a.k.a. IRANIAN POLICE; a.k.a. IRAN'S LAW ENFORCEMENT FORCES; a.k.a. LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN; a.k.a. NIRUYIH INTIZAMIYEH JUMHURIYIH ISLAMIYIH IRAN); Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR] [HRIT-IR].

NAJA SPECIAL UNITS (a.k.a. IRANIAN POLICE SPECIAL UNITS; a.k.a. LEF SPECIAL UNITS; a.k.a. SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES; a.k.a. YEGAN-E VIZHE (Arabic: یگان ویژه ناجا); a.k.a. "YEGOP"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

NAJAFI, Aboutaleb (a.k.a. NAJAFI, Nasser; a.k.a. NAJAFI, Seyed Abotaleb (Arabic: سید ابوطالب نجفی)), Iran; DOB 25 Sep 1956; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2063167788 (Iran) (individual) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

NAJAFI, Ali Habibi (a.k.a. HABIBI, Ali), Tehran, Iran; DOB 25 Dec 1977; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0060598298 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ASEMAN PISHRANEH CO. LTD).

NAJAFI, Mehdi (a.k.a. MOJTAHEDNAJAFI, Seyedmehdi; a.k.a. MOJTAHEDNAJAFI, Seyedmehdi Miraliasghar; a.k.a. NAJAFI, Seyed Mehdi Mojtahed), No. 1-30th Bld# 2nd, Shahrak Farhangian Sheykh Fazlollah Nour, Tehran 1464873861, Iran; DOB 21 Sep 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport I15597905 (Iran); National ID No. 0054385946 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

NAJAFI, Nasser (a.k.a. NAJAFI, Aboutaleb; a.k.a. NAJAFI, Seyed Abotaleb (Arabic: سید ابوطالب نجفی)), Iran; DOB 25 Sep 1956; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2063167788 (Iran) (individual) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

NAJAFI, Seyed Abotaleb (Arabic: سید ابوطالب نجفی) (a.k.a. NAJAFI, Aboutaleb; a.k.a. NAJAFI, Nasser), Iran; DOB 25 Sep 1956; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2063167788 (Iran) (individual) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

NAJAFI, Seyed Mehdi Mojtahed (a.k.a. MOJTAHEDNAJAFI, Seyedmehdi; a.k.a. MOJTAHEDNAJAFI, Seyedmehdi Miraliasghar; a.k.a. NAJAFI, Mehdi), No. 1-30th Bld# 2nd, Shahrak Farhangian Sheykh Fazlollah Nour, Tehran 1464873861, Iran; DOB 21 Sep 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport I15597905 (Iran); National ID No. 0054385946 (Iran)

(individual) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

NAJAFIANPOUR, Amer (a.k.a. NAJAFIANPUR, Amer (Arabic: عامر نجفیان پور)), Tehran, Iran; DOB 23 Sep 1975; POB Varamin, Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0410833738 (Iran) (individual) [IRAN-EO13846] (Linked To: DOURAN SOFTWARE TECHNOLOGIES).

NAJAFIANPUR, Amer (Arabic: عامر نجفیان پور) (a.k.a. NAJAFIANPOUR, Amer), Tehran, Iran; DOB 23 Sep 1975; POB Varamin, Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0410833738 (Iran) (individual) [IRAN-EO13846] (Linked To: DOURAN SOFTWARE TECHNOLOGIES).

NAJAFPUR, Behnam (a.k.a. CHEKOSARI, Sa'id Najafpur; a.k.a. NAJAFPUR, Sa'id; a.k.a. "DADR, Behnam"; a.k.a. "SADR, Behnam"); DOB 1980; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NAJAFPUR, Sa'id (a.k.a. CHEKOSARI, Sa'id Najafpur; a.k.a. NAJAFPUR, Behnam; a.k.a. "DADR, Behnam"; a.k.a. "SADR, Behnam"); DOB 1980; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NAJEE TECHNOLOGY HOOSHMAND FATER LLC (Arabic: شرکت ناجی تکنولوژی هوشمند فاطر با مسئولیت محدود) (a.k.a. NAJI TECHNOLOGY HOOSHMAND FATIR), Ground Floor, Unit 1, No. 11, Paradise Building, Block 3, Ghae'm Street, Shahid Mohammadreza Ahmadi Sharif Cul-de-Sac, Karaj County, Central District, Rajaee City, Phase 3, Karaj, Alborz Province 3146815441, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Type: Other information technology and computer service activities; Target Type Private Company; National ID No. 14008335397 (Iran);

Registration ID 36157 (Iran) [IRGC] [IFSR] [CYBER2].

NAJEEB, Atef (a.k.a. NAJIB, Atef; a.k.a. NAJIB, Atif), Syria; DOB 1960; POB Jablah, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

NAJERA TALAMANTES, Sigifredo, Dionicio Carreon 228, Colonia Alianza, Nuevo Laredo, Tamaulipas, Mexico; Monterrey, Nuevo Leon, Mexico; Coahuila, Mexico; DOB 31 Aug 1980; POB Delicias, Coahuila, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

NAJI PARS AMIN INSTITUTE (Arabic: مؤسسه ناجی پارس امین) (a.k.a. NAJI PARS AMIN NON-COMMERCIAL INSTITUTE; a.k.a. NAJI PARS INSTITUTE; a.k.a. "NAPA"), Unit 17, Third Floor, Noor Building, Second Golestan, Western corner of Water Organization Street, Second square of Sadeghiyeh, Tehran, Tehran Province, Iran; Unit 7, Fifth Floor, No. 2, Shahid Ayatollah Dastgheib St, End of Safa, Dastgheib neighborhood, Central Sector, Tehran, Tehran Province 1349985884, Iran; Unit 8, Fourth Floor Pars Building, End of the Sixth Alley, Mashouf Street, 20 meters from East Golestan, after Hammet Bridge, North Satari, Tehran, Tehran Province, Iran; Website najipars.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320725224 (Iran); Registration Number 28723 (Iran); alt. Registration Number 411399395956 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

NAJI PARS AMIN NON-COMMERCIAL INSTITUTE (a.k.a. NAJI PARS AMIN INSTITUTE (Arabic: مؤسسه ناجی پارس امین); a.k.a. NAJI PARS INSTITUTE; a.k.a. "NAPA"), Unit 17, Third Floor, Noor Building, Second Golestan, Western corner of Water Organization Street, Second square of Sadeghiyeh, Tehran, Tehran Province, Iran; Unit 7, Fifth Floor, No. 2, Shahid Ayatollah Dastgheib St, End of Safa, Dastgheib neighborhood, Central Sector, Tehran, Tehran Province 1349985884, Iran; Unit 8, Fourth Floor Pars Building, End of the Sixth Alley, Mashouf Street, 20 meters from East Golestan, after Hammet Bridge, North Satari, Tehran, Tehran Province, Iran; Website najipars.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320725224 (Iran); Registration Number 28723 (Iran); alt. Registration Number 411399395956 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT

FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

NAJI PARS INSTITUTE (a.k.a. NAJI PARS AMIN INSTITUTE (Arabic: مؤسسه ناجی پارس امین); a.k.a. NAJI PARS AMIN NON-COMMERCIAL INSTITUTE; a.k.a. "NAPA"), Unit 17, Third Floor, Noor Building, Second Golestan, Western corner of Water Organization Street, Second square of Sadeghiyeh, Tehran, Tehran Province, Iran; Unit 7, Fifth Floor, No. 2, Shahid Ayatollah Dastgheib St, End of Safa, Dastgheib neighborhood, Central Sector, Tehran, Tehran Province 1349985884, Iran; Unit 8, Fourth Floor Pars Building, End of the Sixth Alley, Mashouf Street, 20 meters from East Golestan, after Hammet Bridge, North Satari, Tehran, Tehran Province, Iran; Website najipars.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320725224 (Iran); Registration Number 28723 (Iran); alt. Registration Number 411399395956 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

NAJI PAS (a.k.a. NAJI PAS COMPANY (Arabic: شرکت ناجی پاس)), First Floor, No. 1, Mahshahr Street, Borna Alley, Neighborhood Iranshahr, Central District, Tehran, Tehran Province 1584733111, Iran; 2nd Floor, Mehgran Building No. 13, Nelson Mandela Blvd, Western Taban Street, Valiasr Street, District 6, Tehran, Tehran Province 1968946355, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Dec 2003; National ID No. 10102553397 (Iran); Registration Number 213935 (Iran); alt. Registration Number 411366178356 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

NAJI PAS COMPANY (Arabic: شرکت ناجی پاس) (a.k.a. NAJI PAS), First Floor, No. 1, Mahshahr Street, Borna Alley, Neighborhood Iranshahr, Central District, Tehran, Tehran Province 1584733111, Iran; 2nd Floor, Mehgran Building No. 13, Nelson Mandela Blvd, Western Taban Street, Valiasr Street, District 6, Tehran, Tehran Province 1968946355, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Dec 2003; National ID No. 10102553397 (Iran); Registration Number 213935 (Iran); alt. Registration Number 411366178356 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT

FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

NAJI TECHNOLOGY HOOSHMAND FATIR (a.k.a. NAJEE TECHNOLOGY HOOSHMAND FATER LLC (Arabic: شرکت ناجی تکنولوژی هوشمند فاطر، شرکت با مسئولیت محدود)), Ground Floor, Unit 1, No. 11, Paradise Building, Block 3, Ghae'm Street, Shahid Mohammadreza Ahmadi Sharif Cul-de-Sac, Karaj County, Central District, Rajaee City, Phase 3, Karaj, Alborz Province 3146815441, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Type: Other information technology and computer service activities; Target Type Private Company; National ID No. 14008335397 (Iran); Registration ID 36157 (Iran) [IRGC] [IFSR] [CYBER2].

NAJI, Ali Ahmed (a.k.a. HAJI, Ali Ahmed; a.k.a. NAAJI, Ali Ahmed; a.k.a. NAJI, Cali Axmed; a.k.a. "NAJI, Ali"), Kismayo, Somalia; DOB 01 Jan 1974; nationality Somalia; Gender Male (individual) [SOMALIA].

NAJI, Cali Axmed (a.k.a. HAJI, Ali Ahmed; a.k.a. NAAJI, Ali Ahmed; a.k.a. NAJI, Ali Ahmed; a.k.a. "NAJI, Ali"), Kismayo, Somalia; DOB 01 Jan 1974; nationality Somalia; Gender Male (individual) [SOMALIA].

NAJI, Talal Muhammad Rashid; DOB 1930; POB Al Nasiria, Palestine; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Principal Deputy of POPULAR FRONT FOR THE LIBERATION OF PALESTINE - GENERAL COMMAND (individual) [SDGT].

NAJIB, Atef (a.k.a. NAJEEB, Atef; a.k.a. NAJIB, Atif), Syria; DOB 1960; POB Jablah, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

NAJIB, Atif (a.k.a. NAJEEB, Atef; a.k.a. NAJIB, Atef), Syria; DOB 1960; POB Jablah, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

NAJIBI, Sayyed Mohammad Masnayi (a.k.a. NAJIBI, Seyyed Mohammad Masnaei; a.k.a. NAJIBI, Seyyed Mohammad Mosanna'i (Arabic: سید محمد مثنایی نجیبی); a.k.a. YILMAZ, Can), Iran; Turkey; DOB 11 Sep 1974; nationality Iran; alt. nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport V52954918 (Iran); alt. Passport U23145839 (Turkey); National ID No. 1372111883 (Iran); alt. National ID No. 13167145446 (Turkey) (individual) [SDGT]

[IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

NAJIBI, Seyyed Mohammad Masnaei (a.k.a. NAJIBI, Sayyed Mohammad Masnayi; a.k.a. NAJIBI, Seyyed Mohammad Mosanna'i (Arabic: سید محمد مثنایی نجیبی); a.k.a. YILMAZ, Can), Iran; Turkey; DOB 11 Sep 1974; nationality Iran; alt. nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport V52954918 (Iran); alt. Passport U23145839 (Turkey); National ID No. 1372111883 (Iran); alt. National ID No. 13167145446 (Turkey) (individual) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

NAJIBI, Seyyed Mohammad Mosanna'i (Arabic: سید محمد مثنایی نجیبی) (a.k.a. NAJIBI, Sayyed Mohammad Masnayi; a.k.a. NAJIBI, Seyyed Mohammad Masnaei; a.k.a. YILMAZ, Can), Iran; Turkey; DOB 11 Sep 1974; nationality Iran; alt. nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport V52954918 (Iran); alt. Passport U23145839 (Turkey); National ID No. 1372111883 (Iran); alt. National ID No. 13167145446 (Turkey) (individual) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

NAJJAR, Mostafa Mohammad; DOB 1956; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Minister of the Interior; Deputy Commander-in-Chief of the Armed Forces for Law Enforcement (individual) [IRAN-HR].

NAJMUDDIN, Faraj Ahmad (a.k.a. AHMAD, Najmuddin Faraj; a.k.a. FARRAJ, Fateh Najm Eddine; a.k.a. KREKAR, Mullah), Heimdalsgate 36-V, 0578 Oslo, Norway; DOB 07 Jul 1956; alt. DOB 17 Jun 1963; POB Olaqloo Sharbajer Village, al-Sulaymaniyah Governorate, Iraq; citizen Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NAK BELARUSI (Cyrillic: НАК БЕЛАРУСІ) (a.k.a. BELARUSIAN NATIONAL OLYMPIC COMMITTEE; a.k.a. NATIONAL OLYMPIC COMMITTEE OF THE REPUBLIC OF BELARUS; a.k.a. NATSIONALNIY OLIMPIYSKIY KOMITET RESPUBLIKI BELARUS (Cyrillic: НАЦИОНАЛЬНЫЙ ОЛИМПИЙСКИЙ КОМИТЕТ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. NATSYYALNY ALIMPIYSKI KAMITET RESPUBLIKI BELARUS (Cyrillic: НАЦЫЯНАЛЬНЫ АЛІМПІЙСКІ КАМІТЭТ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. NOC OF THE REPUBLIC OF BELARUS; a.k.a. NOK BELARUSI (Cyrillic: НОК БЕЛАРУСИ)), Raduzhnaya Str, 27-2, Minsk 220020, Belarus; ul. Raduzhnaya, d. 27, pom. 2, Minsk 220020, Belarus (Cyrillic: ул. Радужная, д. 27, пом. 2, г. Минск 220020, Belarus); Organization Established Date 01 Jul 1991; Registration Number 100265118 (Belarus) [BELARUS].

NAL SOLUTIONS COMPANY LIMITED, 11/2, P/23, Floor 11, Soi Sukhumvit 23, Sukhumvit, Khlong Toe Nua, Vadhana, Bangkok 10110, Thailand; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Jan 2024; Registration Number 0105567016858 (Thailand) [RUSSIA-EO14024] (Linked To: LEVIN, Nikolai Aleksandrovich).

NALETILIC, Mladen; DOB 01 Dec 1946; POB Listica, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

NALHERBE, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

NAM CHON GANG CORPORATION (a.k.a. KOREA NAMHUNG TRADING CORPORATION; a.k.a. KOREA TAERYONGGANG TRADING CORPORATION; a.k.a. NAMCHONGANG TRADING; a.k.a. NAMCHONGANG TRADING CORPORATION; a.k.a. NAMHUNG; a.k.a. NOMCHONGANG TRADING CO.; a.k.a. "NCG"), Pyongyang, Korea, North; Chilgol, Mangyongdae District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

NAM NAM GENERAL CORPORATION (a.k.a. KOREA SOUTH-SOUTH COOPERATION CORPORATION; a.k.a. NAM-NAM (SOUTH-SOUTH) COOPERATIVE GENERAL COMPANY), Central District, Pyongyang, Korea, North; China; Russia; Poland; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

NAM, Chol Ung (Korean: 남철웅) (a.k.a. "NAM, Cho Hung"), Dalian, China; DOB 23 Feb 1969; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 108320231 (Korea, North) expires Aug 2023 (individual) [DPRK] (Linked To: RECONNAISSANCE GENERAL BUREAU).

NAMAKSHENAS, Reza (Arabic: رضا نمک شناس), Iran; DOB 22 Jan 1956; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3111199886 (Iran) (individual) [SDGT] [IFSR] (Linked To: YAZD INTERNATIONAL AIRWAYS COMPANY).

NAMAN, Saalim (a.k.a. NAMAN, Sam), P.O. Box 39, Fletchamstead Highway, Coventry, United Kingdom; Iraq; Amman, Jordan; 5903 Harper Road, Solon, OH, United States; 3343 Woodview Lake Road, West Bloomfield, MI 48323, MI 48323, United States (individual) [IRAQ2].

NAMAN, Sam (a.k.a. NAMAN, Saalim), P.O. Box 39, Fletchamstead Highway, Coventry, United Kingdom; Iraq; Amman, Jordan; 5903 Harper Road, Solon, OH, United States; 3343 Woodview Lake Road, West Bloomfield, MI 48323, MI 48323, United States (individual) [IRAQ2].

NAM-AVARAN-E POUYA CONTROL (a.k.a. POUYA CONTROL; a.k.a. TEJERAT GOSTAR NIKAN IRANIAN COMPANY), No. 2, Sharif Alley, Before Yakchal St., After Golhak St., Shariati St., Tehran, Iran; No. 2, Sharif Street, Golhak, Shariati Street, Tehran, Iran; Website www.pouyacontrol.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NAMCHONGANG TRADING (a.k.a. KOREA NAMHUNG TRADING CORPORATION; a.k.a. KOREA TAERYONGGANG TRADING

CORPORATION; a.k.a. NAM CHON GANG CORPORATION; a.k.a. NAMCHONGANG TRADING CORPORATION; a.k.a. NAMHUNG; a.k.a. NOMCHONGANG TRADING CO.; a.k.a. "NCG"), Pyongyang, Korea, North; Chilgol, Mangyongdae District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

NAMCHONGANG TRADING CORPORATION (a.k.a. KOREA NAMHUNG TRADING CORPORATION; a.k.a. KOREA TAERYONGGANG TRADING CORPORATION; a.k.a. NAM CHON GANG CORPORATION; a.k.a. NAMCHONGANG TRADING; a.k.a. NAMHUNG; a.k.a. NOMCHONGANG TRADING CO.; a.k.a. "NCG"), Pyongyang, Korea, North; Chilgol, Mangyongdae District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

NAMGANG CONSTRUCTION, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

NAMHUNG (a.k.a. KOREA NAMHUNG TRADING CORPORATION; a.k.a. KOREA TAERYONGGANG TRADING CORPORATION; a.k.a. NAM CHON GANG CORPORATION; a.k.a. NAMCHONGANG TRADING; a.k.a. NAMCHONGANG TRADING CORPORATION; a.k.a. NOMCHONGANG TRADING CO.; a.k.a. "NCG"), Pyongyang, Korea, North; Chilgol, Mangyongdae District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

NAM-NAM (SOUTH-SOUTH) COOPERATIVE GENERAL COMPANY (a.k.a. KOREA SOUTH-SOUTH COOPERATION CORPORATION; a.k.a. NAM NAM GENERAL CORPORATION), Central District, Pyongyang, Korea, North;

China; Russia; Poland; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

NAN, Khat Htein (a.k.a. NAN, Khet Htein; a.k.a. NAN, U Khet Htein), Burma; DOB 01 Apr 1959; POB Mogaung, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 1MAKANAN069429 (Burma); Kachin State Chief Minister (individual) [BURMA-EO14014].

NAN, Khet Htein (a.k.a. NAN, Khat Htein; a.k.a. NAN, U Khet Htein), Burma; DOB 01 Apr 1959; POB Mogaung, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 1MAKANAN069429 (Burma); Kachin State Chief Minister (individual) [BURMA-EO14014].

NAN, U Khet Htein (a.k.a. NAN, Khat Htein; a.k.a. NAN, Khet Htein), Burma; DOB 01 Apr 1959; POB Mogaung, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 1MAKANAN069429 (Burma); Kachin State Chief Minister (individual) [BURMA-EO14014].

NANCHANG KUDOS IMPORT AND EXPORT COMPANY LIMITED, R616, 6th Floor, E-commerce Building, #86 East Jiefang Road, Qingshahu District, Nanchang, Jiangxi Province 330012, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Wholesale of other machinery and equipment [RUSSIA-EO14024] (Linked To: JIANGXI LIANSHENG TECHNOLOGY CO., LTD).

NANDO, James (a.k.a. MARK, James Nando; a.k.a. NANDO, James Marko), Juba, South Sudan; Yambio, South Sudan; Congo, Democratic Republic of the; DOB 1970 to 1972; POB Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

NANDO, James Marko (a.k.a. MARK, James Nando; a.k.a. NANDO, James), Juba, South Sudan; Yambio, South Sudan; Congo, Democratic Republic of the; DOB 1970 to 1972; POB Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

NANGAA, Corneille Yobeluo (a.k.a. YOBELUO, Corneille Nangaa), Boulevard Biangala, No. 36 Q, Salongo Sud C, Lemba, Kinshasa, Congo, Democratic Republic of the; North Kivu, Congo, Democratic Republic of the; Uganda; 34 Tshatshi Avenue, Gombe, Kinshasa, Congo, Democratic Republic of the; DOB 09 Jul 1970; POB Bagboya, Haut-Uele, Congo, Democratic

Republic of the; nationality Congo, Democratic Republic of the; Gender Male; Passport OP1097934 (Congo, Democratic Republic of the) expires 24 Jun 2027; alt. Passport DP0000149 (Congo, Democratic Republic of the) issued 12 Jan 2016 expires 11 Jan 2021; alt. Passport DP0003850 (Congo, Democratic Republic of the) issued 20 Nov 2017 expires 19 Nov 2022 (individual) [DRCONGO].

NANHAI LIMITED, Unit A7, 12/F, Astoria Building, 34 Ashley Road, Tsim Sha Tsui, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Aug 2024; Business Registration Number 76991435 (Hong Kong) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

NANJING KAIKAI POLYURETHANE CO., LTD. (a.k.a. EASTNINE CHEMICALS CO., LTD.; f.k.a. EASTNINE INTERNATIONAL TRADING CO., LTD.; a.k.a. KAIKAI TECHNOLOGY CO., LTD.; a.k.a. NANJING KAIKAI TECHNOLOGY CO., LTD.), No. 3 Fangcao Garden, Longjiang District, Nanjing, Jiangsu 210038, China; Des Voeux Road, Hong Kong; No. 2, Zhongxin Group, Yanshanhe Village, Yangmiao Town, Yangzhou, Jiangsu 210038, China; Goldencard Building, No. 83 Suojing Road, Nanjing, Jiangsu 210000, China; 334 Te Atatu Road, Te Atatu South, Auckland, New Zealand; Website http://www.kk-pu.com; Email Address info@kk-pu.com; alt. Email Address kaikaitech@gmail.com; alt. Email Address kktech12345@gmail.com; Business Registration Document # 9429033056678 (New Zealand) [SDNTK].

NANJING KAIKAI TECHNOLOGY CO., LTD. (a.k.a. EASTNINE CHEMICALS CO., LTD.; f.k.a. EASTNINE INTERNATIONAL TRADING CO., LTD.; a.k.a. KAIKAI TECHNOLOGY CO., LTD.; a.k.a. NANJING KAIKAI POLYURETHANE CO., LTD.), No. 3 Fangcao Garden, Longjiang District, Nanjing, Jiangsu 210038, China; Des Voeux Road, Hong Kong; No. 2, Zhongxin Group, Yanshanhe Village, Yangmiao Town, Yangzhou, Jiangsu 210038, China; Goldencard Building, No. 83 Suojing Road, Nanjing, Jiangsu 210000, China; 334 Te Atatu Road, Te Atatu South, Auckland, New Zealand; Website http://www.kk-pu.com; Email Address info@kk-pu.com; alt. Email Address kaikaitech@gmail.com; alt. Email Address kktech12345@gmail.com; Business

Registration Document # 9429033056678 (New Zealand) [SDNTK].

NANSHAN LTD, Suite 108, Chase Business Centre, 39-41 Chase Side, London N14 5BP, United Kingdom; Organization Established Date 09 Sep 2020; UK Company Number 12869795 (United Kingdom) [IRAN-EO13902].

NANTONG TANCHEN HIGH PERFORMANCE MATERIAL CO LTD (Chinese Simplified: 南通碳辰高性能材料有限公司), Floor 4, Building 10, No. 66 Shengde Road, Tongzhou Bay Jianghai Joint Development Demonstration Zone, Nantong, Jiangsu, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 28 Oct 2021; Unified Social Credit Code (USCC) 91320692MA27ATE859 (China) [NPWMD] [IFSR] (Linked To: SHANGHAI TANCHAIN NEW MATERIAL TECHNOLOGY CO LTD).

NANTONG YIHONG NEW MATERIALS CO LTD (Chinese Simplified: 南通屹宏新材料科技有限公司) (a.k.a. TAICANG YIHONG NEW MATERIALS TECHNOLOGY CO LTD (Chinese Simplified: 太仓屹宏新材料科技有限公司)), Floors 1-3, Building 6, No. 66 Shengde Road, Tongzhou Bay Jianghai Joint Development Demonstration Zone, Nantong, Jiangsu, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Jun 2018; Unified Social Credit Code (USCC) 91320585MA1WR5C486 (China) [NPWMD] [IFSR] (Linked To: SHANGHAI TANCHAIN NEW MATERIAL TECHNOLOGY CO LTD).

NANXIGU TECHNOLOGY CO., LIMITED (Chinese Traditional: 南溪穀科技有限公司), 223-06, 2/F Mega Cube, No. 8, Wang Kwong Road, Kowloon Bay, Hong Kong, China; Flat C, 23/F, Lucky Plaza, 315-321, Lockhart Road, Wan Chai, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 28 Mar 2017; Registration Number 2510730 (Hong Kong) [NPWMD] [IFSR] (Linked To: MATINKIA, Alireza).

NAPSO, Yuri Aisovich (Cyrillic: НАПСО, Юрий Аисович), Russia; DOB 17 Apr 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NAQDI, Gholamreza (a.k.a. NAGHDI, Mohammad Reza; a.k.a. NAGHDI, Mohammedreza; a.k.a. NAQDI, Gholam-reza; a.k.a. NAQDI, Mohammad Reza; a.k.a. NAQDI, Mohammad-Reza; a.k.a. NAQDI, Muhammad; a.k.a. SHAMS, Mohammad Reza), Iran; DOB 1951 to 1953; alt. DOB 1960 to 1962; alt. DOB Apr 1961; alt. DOB 1953; POB Najaf, Iraq; alt. POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Brigadier General and Commander of the IRGC Basij Resistance Force; President of the Organization of the Basij of the Oppressed; Chief of the Mobilization of the Oppressed Organization; Head of the Basij (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [IRAN-EO13876].

NAQDI, Gholam-reza (a.k.a. NAGHDI, Mohammad Reza; a.k.a. NAGHDI, Mohammedreza; a.k.a. NAQDI, Gholamreza; a.k.a. NAQDI, Mohammad Reza; a.k.a. NAQDI, Mohammad-Reza; a.k.a. NAQDI, Muhammad; a.k.a. SHAMS, Mohammad Reza), Iran; DOB 1951 to 1953; alt. DOB 1960 to 1962; alt. DOB Apr 1961; alt. DOB 1953; POB Najaf, Iraq; alt. POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Brigadier General and Commander of the IRGC Basij Resistance Force; President of the Organization of the Basij of the Oppressed; Chief of the Mobilization of the Oppressed Organization; Head of the Basij (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [IRAN-EO13876].

NAQDI, Mohammad Reza (a.k.a. NAGHDI, Mohammad Reza; a.k.a. NAGHDI, Mohammedreza; a.k.a. NAQDI, Gholamreza; a.k.a. NAQDI, Gholam-reza; a.k.a. NAQDI, Mohammad-Reza; a.k.a. NAQDI, Muhammad; a.k.a. SHAMS, Mohammad Reza), Iran; DOB 1951 to 1953; alt. DOB 1960 to 1962; alt. DOB Apr 1961; alt. DOB 1953; POB Najaf, Iraq; alt. POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Brigadier General and Commander of the IRGC Basij Resistance Force; President of the Organization of the Basij of the Oppressed; Chief of the Mobilization of the Oppressed Organization; Head of the Basij (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [IRAN-EO13876].

NAQDI, Mohammad-Reza (a.k.a. NAGHDI, Mohammad Reza; a.k.a. NAGHDI, Mohammedreza; a.k.a. NAQDI, Gholamreza; a.k.a. NAQDI, Gholam-reza; a.k.a. NAQDI, Mohammad Reza; a.k.a. NAQDI, Muhammad; a.k.a. SHAMS, Mohammad Reza), Iran; DOB 1951 to 1953; alt. DOB 1960 to 1962; alt. DOB Apr 1961; alt. DOB 1953; POB Najaf, Iraq; alt. POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Brigadier General and Commander of the IRGC Basij Resistance Force; President of the Organization of the Basij of the Oppressed; Chief of the Mobilization of the Oppressed Organization; Head of the Basij (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [IRAN-EO13876].

NAQDI, Muhammad (a.k.a. NAGHDI, Mohammad Reza; a.k.a. NAGHDI, Mohammedreza; a.k.a. NAQDI, Gholamreza; a.k.a. NAQDI, Gholam-reza; a.k.a. NAQDI, Mohammad Reza; a.k.a. NAQDI, Mohammad-Reza; a.k.a. SHAMS, Mohammad Reza), Iran; DOB 1951 to 1953; alt. DOB 1960 to 1962; alt. DOB Apr 1961; alt. DOB 1953; POB Najaf, Iraq; alt. POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Brigadier General and Commander of the IRGC Basij Resistance Force; President of the Organization of the Basij of the Oppressed; Chief of the Mobilization of the Oppressed Organization; Head of the Basij (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [IRAN-EO13876].

NAQNAH, Mahdi Ghaffari (a.k.a. NAGHNEH, Mehdi Ghaffari), Shar-e Kord, Iran; DOB 01 Mar 1991; POB Borujen, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 4640070391 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NAQSHABANDI ARMY (a.k.a. ARMED MEN OF THE NAQSHABANDI ORDER; a.k.a. ARMY OF THE MEN OF THE NAQSHBANDI ORDER; a.k.a. JAYSH RAJAL AL-TARIQAH AL-NAQSHBANDIA; a.k.a. JAYSH RIJAL AL-

TARIQ AL-NAQSHABANDI; a.k.a. MEN OF THE ARMY OF AL-NAQSHBANDIA WAY; a.k.a. NAQSHBANDI ARMY; a.k.a. "AMNO"; a.k.a. "JRN"; a.k.a. "JRTN"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website:  www.alnakshabandia-army.org; www.alnakshabndia-army.com [FTO] [SDGT] [IRAQ3].

NAQSHBANDI ARMY (a.k.a. ARMED MEN OF THE NAQSHABANDI ORDER; a.k.a. ARMY OF THE MEN OF THE NAQSHBANDI ORDER; a.k.a. JAYSH RAJAL AL-TARIQAH AL-NAQSHBANDIA; a.k.a. JAYSH RIJAL AL-TARIQ AL-NAQSHBANDI; a.k.a. MEN OF THE ARMY OF AL-NAQSHBANDIA WAY; a.k.a. NAQSHBANDI ARMY; a.k.a. "AMNO"; a.k.a. "JRN"; a.k.a. "JRTN"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website:  www.alnakshabandia-army.org; www.alnakshabndia-army.com [FTO] [SDGT] [IRAQ3].

NARA WELFARE AND EDUCATION ASSOCIATION (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NGO TURATH; a.k.a.

ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH

FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

NARANJO ABAJO, S.A., Panama; RUC # 657-564-1462 (Panama); alt. RUC # 657-564-14620 (Panama) [SDNTK].

NARANJO, Carlos (a.k.a. AVENDANO LOPEZ, Martin; a.k.a. AVENDANO OJEDA, Martin Guadencio; a.k.a. AVENDANO, Mariano; a.k.a.

OJEDA AVENDANO, Martin), c/o AUTOS MINI, Ensenada, Baja California, Mexico; c/o AUTODROMO CULIACAN, Culiacan, Sinaloa, Mexico; San Bernardino, Colombia; Iguala, Guerrero, Mexico; Ensenada, Baja California, Mexico; Mexicali, Baja California, Mexico; La Paz, Baja California Sur, Mexico; Avenida Jose Lopez Portillo No. 2031, Culiacan, Sinaloa, Mexico; Calle Antonio Caso No. 500, Colonia Aurora, Culiacan, Sinaloa, Mexico; Calle Amapola No. 12, Colonia 10 de Mayo, Culiacan, Sinaloa, Mexico; Calle Venustiano Carranza No. 34, Colonia Centro, Comondu, Baja California Sur, Mexico; Avenida Delante No. 1806, Colonia Miguel Hidalgo, Ensenada, Baja California, Mexico; DOB 14 Nov 1968; alt. DOB 14 Nov 1966; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. AEOM-681114-818 (Mexico) (individual) [SDNTK].

NAREIKA, Ivan Mikalaevych (Cyrillic: НАРЭЙКА, Іван Мікалаевіч) (a.k.a. NAREIKO, Ivan Nikolaevich (Cyrillic: НАРЕЙКО, Иван Николаевич)), Belarus; DOB 12 May 1975; POB Russia; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport MP3379320 (Belarus) expires 21 Dec 2026; National ID No. 3120575A040PB3 (Belarus) (individual) [RUSSIA-EO14024] [BELARUS-EO14038].

NAREIKO, Ivan Nikolaevich (Cyrillic: НАРЕЙКО, Иван Николаевич) (a.k.a. NAREIKA, Ivan Mikalaevych (Cyrillic: НАРЭЙКА, Іван Мікалаевіч)), Belarus; DOB 12 May 1975; POB Russia; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport MP3379320 (Belarus) expires 21 Dec 2026; National ID No. 3120575A040PB3 (Belarus) (individual) [RUSSIA-EO14024] [BELARUS-EO14038].

NARENJESTAN HOTEL AND BUILDING DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

NARI SHIPPING AND CHARTERING GMBH & CO. KG (a.k.a. NARI SHIPPING AND CHARTERING GMBH AND CO. KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA102485 [IRAN].

NARI SHIPPING AND CHARTERING GMBH AND CO. KG (a.k.a. NARI SHIPPING AND CHARTERING GMBH & CO. KG), Schottweg 5,

Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA102485 [IRAN].

NARIA GENERAL TRADING LLC, Office 503, Centurion Star Building B, Al Etihad Road, Port Saeed, Dubai, United Arab Emirates; P.O. Box 185331, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; License 751444 (United Arab Emirates) [SDGT] [IFSR] (Linked To: ANSAR EXCHANGE).

NARIN SEPEHR MOBIN ISATIS (Arabic: نارین سپهر میین ایساتیس) (a.k.a. NAARIN SEPEHR MOBIN ISATIS; a.k.a. PISHTAZAN SANAT PARVAZ SADRA CO LLC (Arabic: شرکت پیشتازان صنعت پرواز صدرا بامسئولیت محدود)), Tehran Pars, Shahid Mahmoudreza Okhovat 123 St, Shahid Ghasem Soleymani Highway, No. 48, 4th Floor, Unit 14, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Jul 2018; National ID No. 14007740232 (Iran); Business Registration Number 529177 (Iran) [NPWMD] [IFSR] (Linked To: PISHTAZAN KAVOSH GOSTAR BOSHRA LLC; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

NARM AFZARI DATIS ARIAN QESHM (a.k.a. DOTIS ARIAN QESHM SOFTWARE COMPANY; a.k.a. QESHM ARIAN DATIS SOFTWARE COMPANY (Arabic: شرکت نرم افزاری دوتیس آریان قشم)), No. 33 East Nahid Street, Nelson Mandela Street (Africa), Tehran 1915718181, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14000256403 (Iran); Registration Number 3328 (Iran) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

NAROLIN, Alexander Vladimirovich (Cyrillic: НАРОЛИН, Александр Владимирович), Russia; DOB 27 Jun 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NARUSOVA, Lyudmila (a.k.a. NARUSOVA, Lyudmila Borisovna (Cyrillic: НАРУСОВА, Людмила Борисовна)), Russia; DOB 02 May 1951; POB Bryansk, Russia; nationality Russia;

Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NARUSOVA, Lyudmila Borisovna (Cyrillic: НАРУСОВА, Людмила Борисовна) (a.k.a. NARUSOVA, Lyudmila), Russia; DOB 02 May 1951; POB Bryansk, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NARVAEZ GONI, Juan Jesus; DOB 23 Feb 1961; POB Pamplona, Navarra Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 15.841.101 (Spain); Member ETA (individual) [SDGT].

NARYSHKIN, Sergei (a.k.a. NARYSHKIN, Sergey Yevgenyevich (Cyrillic: НАРЫШКИН, Сергей Евгениевич)), Moscow, Russia; DOB 27 Oct 1954; POB Saint Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

NARYSHKIN, Sergey Yevgenyevich (Cyrillic: НАРЫШКИН, Сергей Евгениевич) (a.k.a. NARYSHKIN, Sergei), Moscow, Russia; DOB 27 Oct 1954; POB Saint Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

NARZIEVA, Nasiba Erkinovna, Uzbekistan; DOB 30 Jun 1984; POB Tashkent, Uzbekistan; nationality Uzbekistan; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport AA0124604 (Uzbekistan) issued 21 Jun 2016 expires 20 Jun 2022; alt. Passport FA0002578 (Uzbekistan) expires 14 Jan 2029; alt. Passport CA2609496 (Uzbekistan) issued 01 Jun 2009 expires 29 Jun 2029 (individual) [RUSSIA-EO14024] (Linked To: NASIRKHODJAEV, Shokhrukh Olimdjonovich).

NARZIEVA, Saodat Burxanovna, Uzbekistan; DOB 15 May 1965; POB Uzbekistan; nationality Uzbekistan; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport AA1333009 (Uzbekistan) issued 08 May 2013 expires 07 May 2023 (individual) [RUSSIA-EO14024] (Linked To: NASIRKHODJAEV, Shokhrukh Olimdjonovich).

NASAB, Ali Reza Shafi'i (a.k.a. NASAB, Alireza Shafie (Arabic: على رضا شفیعی نسب); a.k.a. SHAFI'INASAB, Alireza), Tehran, Iran; DOB 21 Feb 1985; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1288452152 (Iran); Birth Certificate Number 5160 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

NASAB, Alireza Shafie (Arabic: على رضا شفیعی نسب) (a.k.a. NASAB, Ali Reza Shafi'i; a.k.a. SHAFI'INASAB, Alireza), Tehran, Iran; DOB 21 Feb 1985; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1288452152 (Iran); Birth Certificate Number 5160 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

NASAR, Muhammad Ijaz (a.k.a. ALI, Mohammad Ijaz Safarash; a.k.a. ALI, Mohammad Ijaz Safarish; a.k.a. ALI, Mohammed Ijaz Safarish; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Mohd Ijaz Safrash; a.k.a. ALI, Muhammad Ijaz Safarash; a.k.a. ALI, Muhammed Ijaz Safarash; a.k.a. NASIR, Muhammad Ajaj; a.k.a. NASSARUDDIN, Muhammad Ajaj; a.k.a. SAFARASH, Mohammad Ijaz; a.k.a. SAFARASH, Muhammad Ijaz; a.k.a. SAFARISH, Mohammed Ejaz; a.k.a. "IJAZ, Muhammad"), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB 16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency

Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

NASEEM BAHR KISH CJSC (a.k.a. NASEEM BAHR KISH CLOSED JOINT-STOCK COMPANY; a.k.a. NASIM BAHR KISH; a.k.a. NASIM BAKHR KISH; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NASIM BAKHR KISH (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НАСИМ БАХР КИШ)), Bandargah, Persian Gulf Square, Iran Boulevard, Pars Administrative Complex, Block 16, Second Floor, Unit 12, Kish Island 7941798190, Iran; Khalij Fars Sadaf Building, 3rd Floor, Kish, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Apr 2012; Identification Number 14000222370 (Iran); alt. Identification Number 411418981368 (Iran); Registration Number 9979 (Iran) [RUSSIA-EO14024].

NASEEM BAHR KISH CLOSED JOINT-STOCK COMPANY (a.k.a. NASEEM BAHR KISH CJSC; a.k.a. NASIM BAHR KISH; a.k.a. NASIM BAKHR KISH; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NASIM BAKHR KISH (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НАСИМ БАХР КИШ)), Bandargah, Persian Gulf Square, Iran Boulevard, Pars Administrative Complex, Block 16, Second Floor, Unit 12, Kish Island 7941798190, Iran; Khalij Fars Sadaf Building, 3rd Floor, Kish, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Apr 2012; Identification Number 14000222370 (Iran); alt. Identification Number 411418981368 (Iran); Registration Number 9979 (Iran) [RUSSIA-EO14024].

NASEEM, Jinaau (a.k.a. NASEEN, Jinau; a.k.a. NASYM, Hasen), Hithadhoo, Addu City, Maldives; Raaspareege, Male, Maldives; DOB 08 Aug 1994; POB Hithadhoo, Addu City, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LA29E1351 (Maldives) expires 07 Jul 2027; alt. Passport LA15E1477 (Maldives); National ID No. A384648 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

NASEEN, Jinau (a.k.a. NASEEM, Jinaau; a.k.a. NASYM, Hasen), Hithadhoo, Addu City,

Maldives; Raaspareege, Male, Maldives; DOB 08 Aug 1994; POB Hithadhoo, Addu City, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LA29E1351 (Maldives) expires 07 Jul 2027; alt. Passport LA15E1477 (Maldives); National ID No. A384648 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

NASER ZADEH, Mohammad Reza (a.k.a. NASERZADEH, Mohammadreza; a.k.a. NASERZADEH, Muhammad Reza (Arabic: محمد رضا ناصرزاده); a.k.a. NASIRZADE, Muhammed Reza; a.k.a. NASSER ZADEH, Mohammad Reza), Iran; DOB 01 Jan 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

NASER, Wafiq (a.k.a. NASSEER, Wafiq; a.k.a. NASSER, Wafiq (Arabic: وفیق ناصر)), Aleppo, Syria; DOB 10 Jul 1964; POB Jableh, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

NASERI, Mostafa (a.k.a. ANSARI BARKIRSAGHI, Mohammadreza; a.k.a. ANSARI, Mohammad Reza; a.k.a. ANSARI, Mohammadreza; a.k.a. ANSARI, Mohammad-Reza), Syria; DOB 22 Nov 1975; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NASERZADEH, Mohammadreza (a.k.a. NASER ZADEH, Mohammad Reza; a.k.a. NASERZADEH, Muhammad Reza (Arabic: محمد رضا ناصرزاده); a.k.a. NASIRZADE, Muhammed Reza; a.k.a. NASSER ZADEH, Mohammad Reza), Iran; DOB 01 Jan 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

NASERZADEH, Muhammad Reza (Arabic: محمد رضا ناصرزاده) (a.k.a. NASER ZADEH, Mohammad Reza; a.k.a. NASERZADEH, Mohammadreza; a.k.a. NASIRZADE, Muhammed Reza; a.k.a. NASSER ZADEH, Mohammad Reza), Iran; DOB 01 Jan 1978;

nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

NASHAR, 'Ali Musa (a.k.a. NACHAR, Ali; a.k.a. NACHAR, Ali Moussa (Arabic: علي موسى نشار); a.k.a. NACHEIR, Ali Moussa; a.k.a. NACHER, Ali Moussa), Lebanon; DOB 30 Jul 1967; POB Ivory Coast; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 000049952325 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

NASHVILLE HK LIMITED, Flat B, 5/F, Gaylord Commercial Building, 114-118 Lockhart Road, Hong Kong, China; Unit No. A222, 3F, Hang Fung Industrial Building, Phase 2, NO.2G Hok Yuen Street, Hunghom, KLN, Hong Kong, China; Organization Established Date 29 Dec 2020; C.R. No. 3005809 (Hong Kong); Business Registration Number 72514940-000 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

NASIF BARAKAT ALIEN SMUGGLING ORGANIZATION (a.k.a. BARAKAT TRANSNATIONAL CRIMINAL ORGANIZATION), Syria; Lebanon; United Arab Emirates; Turkey; Brazil; Colombia; Guatemala; Venezuela; Panama; Mexico [TCO].

NASIM BAHR KISH (a.k.a. NASEEM BAHR KISH CJSC; a.k.a. NASEEM BAHR KISH CLOSED JOINT-STOCK COMPANY; a.k.a. NASIM BAKHR KISH; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NASIM BAKHR KISH (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НАСИМ БАХР КИШ)), Bandargah, Persian Gulf Square, Iran Boulevard, Pars Administrative Complex, Block 16, Second Floor, Unit 12, Kish Island 7941798190, Iran; Khalij Fars Sadaf Building, 3rd Floor, Kish, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Apr 2012; Identification Number 14000222370 (Iran); alt. Identification Number 411418981368 (Iran); Registration Number 9979 (Iran) [RUSSIA-EO14024].

NASIM BAKHR KISH (a.k.a. NASEEM BAHR KISH CJSC; a.k.a. NASEEM BAHR KISH CLOSED JOINT-STOCK COMPANY; a.k.a. NASIM BAHR KISH; a.k.a. ZAKRYTOE

AKTSIONERNOE OBSHCHESTVO NASIM BAKHR KISH (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НАСИМ БАХР КИШ)), Bandargah, Persian Gulf Square, Iran Boulevard, Pars Administrative Complex, Block 16, Second Floor, Unit 12, Kish Island 7941798190, Iran; Khalij Fars Sadaf Building, 3rd Floor, Kish, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Apr 2012; Identification Number 14000222370 (Iran); alt. Identification Number 411418981368 (Iran); Registration Number 9979 (Iran) [RUSSIA-EO14024].

NASIR SADAQAT GENERAL TRADING L.L.C (Arabic: نصير صداقت للتجارة العامة ش.ذ.م.م), Deira Al Sabkha, Dubai, United Arab Emirates; Plot No. 115-141, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Apr 2012; Registration Number 669600 (United Arab Emirates); Economic Register Number (CBLS) 10881275 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

NASIR, Ali Khan (a.k.a. KHAN, Ali; a.k.a. KHAN, Nafir Ali; a.k.a. KHAN, Nasir Ali; a.k.a. KHAN, Nazir Ali; a.k.a. KHAN, Nisan Ali; a.k.a. KHAN, Nisar Ali; a.k.a. NASIR, Khan Ali); DOB 01 Oct 1955; POB Pakistan (individual) [SDNTK].

NASIR, Fawwaz (a.k.a. NASSER, Fawaz Mahmud Ali), Gaza, Palestinian; DOB 13 Jan 1979; POB Ramallah, West Bank; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 946045622 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

NASIR, Khan Ali (a.k.a. KHAN, Ali; a.k.a. KHAN, Nafir Ali; a.k.a. KHAN, Nasir Ali; a.k.a. KHAN, Nazir Ali; a.k.a. KHAN, Nisan Ali; a.k.a. KHAN, Nisar Ali; a.k.a. NASIR, Ali Khan); DOB 01 Oct 1955; POB Pakistan (individual) [SDNTK].

NASIR, Muhammad Ajaj (a.k.a. ALI, Mohammad Ijaz Safarash; a.k.a. ALI, Mohammad Ijaz Safarish; a.k.a. ALI, Mohammed Ijaz Safarish; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Mohd Ijaz Safrash; a.k.a. ALI, Muhammad Ijaz Safarash; a.k.a. ALI, Muhammed Ijaz Safarash; a.k.a. NASAR, Muhammad Ijaz; a.k.a. NASSARUDDIN, Muhammad Ajaj; a.k.a. SAFARASH, Mohammad Ijaz; a.k.a.

SAFARASH, Muhammad Ijaz; a.k.a. SAFARISH, Mohammed Ejaz; a.k.a. "IJAZ, Muhammad"), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB 16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

NASIR-AL-DIN, Harun Mansur Ya'qub (a.k.a. AL-DIN, Haroun Mansour Yaqoub Nasser (Arabic: هاروم منصور يعقوب ناصرالدين); a.k.a. ALDIN, Haroun Nasser; a.k.a. KAYA, Serkan; a.k.a. NASR-AL-DIN, Harun), Istanbul, Turkey; DOB 05 Jun 1970; POB Hebron, West Bank; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 904273463 (Palestinian); alt. National ID No. 12216148308 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

NASIRKHODJAEV, Shokhrukh Olimdjonovich (a.k.a. NASIRKHODJAEV, Shokrukh), United Arab Emirates; Uzbekistan; DOB 07 Sep 1980; POB Tashkent, Uzbekistan; nationality Uzbekistan; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport AA0615681 (Uzbekistan) issued 04 Jan 2013 expires 04 Jan 2023; alt. Passport CA2645862 (Uzbekistan) issued 02 Jun 2009 expires 06 Sep 2025; alt. Passport FA0163946 (Uzbekistan) expires 24 Mar 2029 (individual) [RUSSIA-EO14024].

NASIRKHODJAEV, Shokrukh (a.k.a. NASIRKHODJAEV, Shokhrukh Olimdjonovich), United Arab Emirates; Uzbekistan; DOB 07 Sep 1980; POB Tashkent, Uzbekistan; nationality Uzbekistan; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport AA0615681 (Uzbekistan) issued 04 Jan 2013 expires 04 Jan 2023; alt. Passport CA2645862 (Uzbekistan) issued 02 Jun 2009 expires 06 Sep 2025; alt. Passport FA0163946 (Uzbekistan) expires 24 Mar 2029 (individual) [RUSSIA-EO14024].

NASIRZADE, Muhammed Reza (a.k.a. NASER ZADEH, Mohammad Reza; a.k.a. NASERZADEH, Mohammadreza; a.k.a. NASERZADEH, Muhammad Reza (Arabic: محمد رضا ناصرزاده); a.k.a. NASSER ZADEH,

Mohammad Reza), Iran; DOB 01 Jan 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

NASOOF, Tahar (a.k.a. NASUF, Taher; a.k.a. NASUF, Tahir; a.k.a. NASUF, Tahir Mustafa; a.k.a. "ABU RIDA"; a.k.a. "ABU SALIMA EL LIBI"; a.k.a. "AL-QA'QA"), Manchester, United Kingdom; DOB 04 Nov 1961; alt. DOB 11 Apr 1961; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NASOSNAYA KOMPANIYA KRON (a.k.a. LIMITED LIABILITY COMPANY PUMPING COMPANY KRON), Ul. Mosina D. 6, OF. 101, Tula 300041, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7103031370 (Russia); Registration Number 1037100122894 (Russia) [RUSSIA-EO14024].

NASR AL DIN, Ghazi (a.k.a. NASR AL-DIN, Hajj Ghazi 'Atif; a.k.a. NASR EL DIN GHASSAN, Ghassan; a.k.a. NASRALDINE, Ghazi 'Atef; a.k.a. NASSER AL-DIN, Ghazil; a.k.a. NASSER EL-DIN, Gazi; a.k.a. NASSERDDINE, Ghassan Attef Salame; a.k.a. NASSERDDINE, Ghazi; a.k.a. NASSERDINE GHASAN, Atef Salameh; a.k.a. NASSEREDDINE, Ghazi; a.k.a. NASSEREDDINE, Haj Ghazzi; a.k.a. NASSEREDINE, Haj Ghazi; a.k.a. NASSERIDINE, Gazi); DOB 13 Dec 1962; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NASR AL-DIN, Hajj Ghazi 'Atif (a.k.a. NASR AL DIN, Ghazi; a.k.a. NASR EL DIN GHASSAN, Ghassan; a.k.a. NASRALDINE, Ghazi 'Atef; a.k.a. NASSER AL-DIN, Ghazil; a.k.a. NASSER EL-DIN, Gazi; a.k.a. NASSERDDINE, Ghassan Attef Salame; a.k.a. NASSERDDINE, Ghazi; a.k.a. NASSERDINE GHASAN, Atef Salameh; a.k.a. NASSEREDDINE, Ghazi; a.k.a. NASSEREDDINE, Haj Ghazzi; a.k.a. NASSEREDINE, Haj Ghazi; a.k.a. NASSERIDINE, Gazi); DOB 13 Dec 1962; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NASR AL-HAMMADI SHIPPING AND CUSTOMS CLEARANCE AND PUBLIC TRADE COMPANY (a.k.a. AL-HAMMADI TRADING, SHIPPING, AND CLEARANCE CO., LTD.; a.k.a. AL-NASR COMPANY FOR GENERAL TRADING; a.k.a. "NIMEX"), Yiwu Logistics Center, 4th Floor, 498 Chemical Road, Yiwu, Zhejiang, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2019 [SDGT] (Linked To: ANSARALLAH).

NASR EL DIN GHASSAN, Ghassan (a.k.a. NASR AL DIN, Ghazi; a.k.a. NASR AL-DIN, Hajj Ghazi 'Atif; a.k.a. NASRALDINE, Ghazi 'Atef; a.k.a. NASSER AL-DIN, Ghazil; a.k.a. NASSER EL-DIN, Gazi; a.k.a. NASSERDDINE, Ghassan Attef Salame; a.k.a. NASSERDDINE, Ghazi; a.k.a. NASSERDINE GHASAN, Atef Salameh; a.k.a. NASSEREDDINE, Ghazi; a.k.a. NASSEREDDINE, Haj Ghazzi; a.k.a. NASSEREDINE, Haj Ghazi; a.k.a. NASSERIDINE, Gazi); DOB 13 Dec 1962; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NASR INDUSTRIES GROUP (a.k.a. FADJR INDUSTRIES GROUP; a.k.a. FAJR INDUSTRIES GROUP; a.k.a. IFP; a.k.a. INDUSTRIAL FACTORIES OF PRECISION-MACHINERY; a.k.a. INSTRUMENTATION FACTORIES OF PRECISION MACHINERY; a.k.a. INSTRUMENTATION FACTORY PLANT; a.k.a. MOJTAME SANTY AJZAE DAGHIGH), P.O. Box 1985-777, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NASR-AL-DIN, Harun (a.k.a. AL-DIN, Haroun Mansour Yaqoub Nasser (Arabic: هاروم منصور يعقوب ناصرالدين); a.k.a. ALDIN, Haroun Nasser; a.k.a. KAYA, Serkan; a.k.a. NASIR-AL-DIN, Harun Mansur Ya'qub), Istanbul, Turkey; DOB 05 Jun 1970; POB Hebron, West Bank; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 904273463 (Palestinian); alt. National ID No. 12216148308 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

NASRALDINE, Ghazi 'Atef (a.k.a. NASR AL DIN, Ghazi; a.k.a. NASR AL-DIN, Hajj Ghazi 'Atif; a.k.a. NASR EL DIN GHASSAN, Ghassan; a.k.a. NASSER AL-DIN, Ghazil; a.k.a. NASSER EL-DIN, Gazi; a.k.a. NASSERDDINE, Ghassan Attef Salame; a.k.a. NASSERDDINE, Ghazi; a.k.a. NASSERDINE GHASAN, Atef Salameh; a.k.a. NASSEREDDINE, Ghazi; a.k.a. NASSEREDDINE, Haj Ghazzi; a.k.a. NASSEREDINE, Haj Ghazi; a.k.a. NASSERIDINE, Gazi); DOB 13 Dec 1962; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NASRALLAH, Hasan (a.k.a. NASRALLAH, Hasan Abd-al-Karim), Lebanon; DOB 31 Aug 1960; alt. DOB 31 Aug 1953; alt. DOB 31 Aug 1955; alt. DOB 31 Aug 1958; POB Al Basuriyah, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 042833 (Lebanon); Secretary General of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

NASRALLAH, Hasan Abd-al-Karim (a.k.a. NASRALLAH, Hasan), Lebanon; DOB 31 Aug 1960; alt. DOB 31 Aug 1953; alt. DOB 31 Aug 1955; alt. DOB 31 Aug 1958; POB Al Basuriyah, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 042833 (Lebanon); Secretary General of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

NASRALLAH, Jawad (a.k.a. NASRALLAH, Juad; a.k.a. NASRALLAH, Mohammad Jawad); DOB 24 May 1981; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

NASRALLAH, Juad (a.k.a. NASRALLAH, Jawad; a.k.a. NASRALLAH, Mohammad Jawad); DOB 24 May 1981; nationality Lebanon; Additional Sanctions Information - Subject to Secondary

Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

NASRALLAH, Mohammad Jawad (a.k.a. NASRALLAH, Jawad; a.k.a. NASRALLAH, Juad); DOB 24 May 1981; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

NASRALLAH, Mohammed (a.k.a. ABD EL DAIM, Mohamed Ahmed; a.k.a. 'ABD-AL-DA'IM, Muhammad Ahmad; a.k.a. 'ABD-AL-DAYIM NASRALLAH, Muhammad Ahmad (Arabic: محمد أحمد عبد الدايم نصرالله); a.k.a. ABDUL DA'IM NASRALLAH, Mohammed Ahmed; a.k.a. ABID AL DAIM NASR ALLAH, Mohammad Ahmad; a.k.a. ABID ALDAIM NASR ALLAH, Mohammad Ahmad; a.k.a. NASRALLAH, Muhammad; a.k.a. "NASR, Muhammad"), Qatar; DOB 03 Oct 1964; POB Aqbat Jabr, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9641032658 (Jordan); Identification Number 103185046 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

NASRALLAH, Muhammad (a.k.a. ABD EL DAIM, Mohamed Ahmed; a.k.a. 'ABD-AL-DA'IM, Muhammad Ahmad; a.k.a. 'ABD-AL-DAYIM NASRALLAH, Muhammad Ahmad (Arabic: محمد أحمد عبد الدايم نصرالله); a.k.a. ABDUL DA'IM NASRALLAH, Mohammed Ahmed; a.k.a. ABID AL DAIM NASR ALLAH, Mohammad Ahmad; a.k.a. ABID ALDAIM NASR ALLAH, Mohammad Ahmad; a.k.a. NASRALLAH, Mohammed; a.k.a. "NASR, Muhammad"), Qatar; DOB 03 Oct 1964; POB Aqbat Jabr, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9641032658 (Jordan); Identification Number 103185046 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

NASRATYAR, Abdul Saboor (a.k.a. SABOOR, Abdul; a.k.a. "Engineer Saboor"); DOB 1986; POB Afghanistan; Secondary sanctions risk:

section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NASSARUDDIN, Muhammad Ajaj (a.k.a. ALI, Mohammad Ijaz Safarasl; a.k.a. ALI, Mohammad Ijaz Safarish; a.k.a. ALI, Mohammed Ijaz Safarish; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Mohd Ijaz Safrash; a.k.a. ALI, Muhammad Ijaz Safarash; a.k.a. ALI, Muhammed Ijaz Safarash; a.k.a. NASAR, Muhammad Ijaz; a.k.a. NASIR, Muhammad Ajaj; a.k.a. SAFARASH, Mohammad Ijaz; a.k.a. SAFARASH, Muhammad Ijaz; a.k.a. SAFARISH, Mohammed Ejaz; a.k.a. "IJAZ, Muhammad"), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB 16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

NASSEER, Wafiq (a.k.a. NASER, Wafiq; a.k.a. NASSER, Wafiq (Arabic: وفيق ناصر)), Aleppo, Syria; DOB 10 Jul 1964; POB Jableh, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

NASSER AL-DIN, Ghazil (a.k.a. NASR AL DIN, Ghazi; a.k.a. NASR AL-DIN, Hajj Ghazi 'Atif; a.k.a. NASR EL DIN GHASSAN, Ghassan; a.k.a. NASRALDINE, Ghazi 'Atef; a.k.a. NASSER EL-DIN, Gazi; a.k.a. NASSERDDINE, Ghassan Attef Salame; a.k.a. NASSERDDINE, Ghazi; a.k.a. NASSERDINE GHASAN, Atef Salameh; a.k.a. NASSEREDDINE, Ghazi; a.k.a. NASSEREDDINE, Haj Ghazzi; a.k.a. NASSEREDINE, Haj Ghazi; a.k.a. NASSERIDINE, Gazi); DOB 13 Dec 1962; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NASSER EL-DIN, Gazi (a.k.a. NASR AL DIN, Ghazi; a.k.a. NASR AL-DIN, Hajj Ghazi 'Atif; a.k.a. NASR EL DIN GHASSAN, Ghassan; a.k.a. NASRALDINE, Ghazi 'Atef; a.k.a. NASSER AL-DIN, Ghazil; a.k.a. NASSERDDINE, Ghassan Attef Salame; a.k.a. NASSERDDINE, Ghazi; a.k.a. NASSERDINE

GHASAN, Atef Salameh; a.k.a. NASSEREDDINE, Ghazi; a.k.a. NASSEREDDINE, Haj Ghazzi; a.k.a. NASSEREDINE, Haj Ghazi; a.k.a. NASSERIDINE, Gazi); DOB 13 Dec 1962; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NASSER ZADEH, Mohammad Reza (a.k.a. NASER ZADEH, Mohammad Reza; a.k.a. NASERZADEH, Mohammadreza; a.k.a. NASERZADEH, Muhammad Reza (Arabic: محمد رضا ناصرزاده); a.k.a. NASIRZADE, Muhammed Reza), Iran; DOB 01 Jan 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

NASSER ZARRIN GHALAM AND PARTNERS COMPANY (Arabic: شرکت ناصر زرین قلم و شرکاء) (a.k.a. BERELIAN EXCHANGE (Arabic: صرافی برلین); a.k.a. NASSER ZARRIN GHALAM AND PARTNERS GENERAL PARTNERSHIP COMPANY (Arabic: شرکت تضامنی ناصر زرین قلم و شرکاء)), First floor, Artamehr Building, Number 112, Homayoon Shahnavaz Street, Valiasr Street, Amanieh, Tehran 1966713311, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Apr 2015; National ID No. 14004847680 (Iran); Tax ID No. 411489793615 (Iran); Registration Number 470939 (Iran) [IRAN-EO13902].

NASSER ZARRIN GHALAM AND PARTNERS GENERAL PARTNERSHIP COMPANY (Arabic: شرکت تضامنی ناصر زرین قلم و شرکاء) (a.k.a. BERELIAN EXCHANGE (Arabic: صرافی برلین); a.k.a. NASSER ZARRIN GHALAM AND PARTNERS COMPANY (Arabic: شرکت ناصر زرین قلم و شرکاء)), First floor, Artamehr Building, Number 112, Homayoon Shahnavaz Street, Valiasr Street, Amanieh, Tehran 1966713311, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Apr 2015; National ID No. 14004847680 (Iran); Tax ID No. 411489793615 (Iran); Registration Number 470939 (Iran) [IRAN-EO13902].

NASSER, Fawaz Mahmud Ali (a.k.a. NASIR, Fawwaz), Gaza, Palestinian; DOB 13 Jan 1979; POB Ramallah, West Bank; Gender Male;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 946045622 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

NASSER, Rim, Lebanon; DOB 23 Sep 1989; POB Beirut, Lebanon; nationality Lebanon; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL3544453 (Lebanon) expires 12 Jan 2021; alt. Passport 4066019 (Lebanon) expires 08 Oct 2025 (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

NASSER, Wafiq (Arabic: وفيق ناصر) (a.k.a. NASER, Wafiq; a.k.a. NASSEER, Wafiq), Aleppo, Syria; DOB 10 Jul 1964; POB Jableh, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

NASSERDDINE, Ghassan Attef Salame (a.k.a. NASR AL DIN, Ghazi; a.k.a. NASR AL-DIN, Hajj Ghazi 'Atif; a.k.a. NASR EL DIN GHASSAN, Ghassan; a.k.a. NASRALDINE, Ghazi 'Atef; a.k.a. NASSER AL-DIN, Ghazil; a.k.a. NASSER EL-DIN, Gazi; a.k.a. NASSERDDINE, Ghazi; a.k.a. NASSERDINE GHASAN, Atef Salameh; a.k.a. NASSEREDDINE, Ghazi; a.k.a. NASSEREDDINE, Haj Ghazzi; a.k.a. NASSEREDINE, Haj Ghazi; a.k.a. NASSERIDINE, Gazi); DOB 13 Dec 1962; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NASSERDDINE, Ghazi (a.k.a. NASR AL DIN, Ghazi; a.k.a. NASR AL-DIN, Hajj Ghazi 'Atif; a.k.a. NASR EL DIN GHASSAN, Ghassan; a.k.a. NASRALDINE, Ghazi 'Atef; a.k.a. NASSER AL-DIN, Ghazil; a.k.a. NASSER EL-DIN, Gazi; a.k.a. NASSERDDINE, Ghassan Attef Salame; a.k.a. NASSERDINE GHASAN, Atef Salameh; a.k.a. NASSEREDDINE, Ghazi; a.k.a. NASSEREDDINE, Haj Ghazzi; a.k.a. NASSEREDINE, Haj Ghazi; a.k.a. NASSERIDINE, Gazi); DOB 13 Dec 1962; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NASSERDINE GHASAN, Atef Salameh (a.k.a. NASR AL DIN, Ghazi; a.k.a. NASR AL-DIN, Hajj

Ghazi 'Atif; a.k.a. NASR EL DIN GHASSAN, Ghassan; a.k.a. NASRALDINE, Ghazi 'Atef; a.k.a. NASSER AL-DIN, Ghazil; a.k.a. NASSER EL-DIN, Gazi; a.k.a. NASSERDDINE, Ghassan Attef Salame; a.k.a. NASSERDDINE, Ghazi; a.k.a. NASSEREDDINE, Ghazi; a.k.a. NASSEREDDINE, Haj Ghazzi; a.k.a. NASSEREDINE, Haj Ghazi; a.k.a. NASSERIDINE, Gazi); DOB 13 Dec 1962; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NASSEREDDINE, Ghazi (a.k.a. NASR AL DIN, Ghazi; a.k.a. NASR AL-DIN, Hajj Ghazi 'Atif; a.k.a. NASR EL DIN GHASSAN, Ghassan; a.k.a. NASRALDINE, Ghazi 'Atef; a.k.a. NASSER AL-DIN, Ghazil; a.k.a. NASSER EL-DIN, Gazi; a.k.a. NASSERDDINE, Ghassan Attef Salame; a.k.a. NASSERDDINE, Ghazi; a.k.a. NASSERDINE GHASAN, Atef Salameh; a.k.a. NASSEREDDINE, Haj Ghazzi; a.k.a. NASSEREDINE, Haj Ghazi; a.k.a. NASSERIDINE, Gazi); DOB 13 Dec 1962; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NASSEREDDINE, Haj Ghazzi (a.k.a. NASR AL DIN, Ghazi; a.k.a. NASR AL-DIN, Hajj Ghazi 'Atif; a.k.a. NASR EL DIN GHASSAN, Ghassan; a.k.a. NASRALDINE, Ghazi 'Atef; a.k.a. NASSER AL-DIN, Ghazil; a.k.a. NASSER EL-DIN, Gazi; a.k.a. NASSERDDINE, Ghassan Attef Salame; a.k.a. NASSERDDINE, Ghazi; a.k.a. NASSERDINE GHASAN, Atef Salameh; a.k.a. NASSEREDDINE, Ghazi; a.k.a. NASSEREDINE, Haj Ghazi; a.k.a. NASSERIDINE, Gazi); DOB 13 Dec 1962; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NASSEREDINE, Haj Ghazi (a.k.a. NASR AL DIN, Ghazi; a.k.a. NASR AL-DIN, Hajj Ghazi 'Atif; a.k.a. NASR EL DIN GHASSAN, Ghassan; a.k.a. NASRALDINE, Ghazi 'Atef; a.k.a. NASSER AL-DIN, Ghazil; a.k.a. NASSER EL-DIN, Gazi; a.k.a. NASSERDDINE, Ghassan

Attef Salame; a.k.a. NASSERDDINE, Ghazi; a.k.a. NASSERDINE GHASAN, Atef Salameh; a.k.a. NASSEREDDINE, Ghazi; a.k.a. NASSEREDDINE, Haj Ghazzi; a.k.a. NASSERIDINE, Gazi); DOB 13 Dec 1962; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NASSERIDINE, Gazi (a.k.a. NASR AL DIN, Ghazi; a.k.a. NASR AL-DIN, Hajj Ghazi 'Atif; a.k.a. NASR EL DIN GHASSAN, Ghassan; a.k.a. NASRALDINE, Ghazi 'Atef; a.k.a. NASSER AL-DIN, Ghazil; a.k.a. NASSER EL-DIN, Gazi; a.k.a. NASSERDDINE, Ghassan Attef Salame; a.k.a. NASSERDDINE, Ghazi; a.k.a. NASSERDINE GHASAN, Atef Salameh; a.k.a. NASSEREDDINE, Ghazi; a.k.a. NASSEREDDINE, Haj Ghazzi; a.k.a. NASSEREDINE, Haj Ghazi); DOB 13 Dec 1962; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NASUF, Taher (a.k.a. NASOOF, Tahar; a.k.a. NASUF, Tahir; a.k.a. NASUF, Tahir Mustafa; a.k.a. "ABU RIDA"; a.k.a. "ABU SALIMA EL LIBI"; a.k.a. "AL-QA'QA"), Manchester, United Kingdom; DOB 04 Nov 1961; alt. DOB 11 Apr 1961; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NASUF, Tahir (a.k.a. NASOOF, Tahar; a.k.a. NASUF, Taher; a.k.a. NASUF, Tahir Mustafa; a.k.a. "ABU RIDA"; a.k.a. "ABU SALIMA EL LIBI"; a.k.a. "AL-QA'QA"), Manchester, United Kingdom; DOB 04 Nov 1961; alt. DOB 11 Apr 1961; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NASUF, Tahir Mustafa (a.k.a. NASOOF, Tahar; a.k.a. NASUF, Taher; a.k.a. NASUF, Tahir; a.k.a. "ABU RIDA"; a.k.a. "ABU SALIMA EL LIBI"; a.k.a. "AL-QA'QA"), Manchester, United Kingdom; DOB 04 Nov 1961; alt. DOB 11 Apr 1961; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NASYM, Hasen (a.k.a. NASEEM, Jinaau; a.k.a. NASEEN, Jinau), Hithadhoo, Addu City, Maldives; Raaspareege, Male, Maldives; DOB 08 Aug 1994; POB Hithadhoo, Addu City, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LA29E1351 (Maldives) expires 07 Jul 2027; alt. Passport LA15E1477 (Maldives); National ID No. A384648 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

NATION BUILDING (a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER E-NAU; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU; a.k.a. "UTN"), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, F 8/4, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

NATIONAL AEROSPACE DEVELOPMENT ADMINISTRATION (a.k.a. "NADA"), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

NATIONAL ALUMINUM DRAWING AND DRAWING COMPANY SAL (a.k.a. ALUMIX; f.k.a. DOGMOCH; a.k.a. DOMAL SAL; a.k.a. NATIONAL COMPANY FOR ALUMINUM EXTRUSION AND COLORING; a.k.a. "ALOMEX"), Calot Center, Sami El Solh Street, Badaro, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1010799 (Lebanon) [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

NATIONAL ASSOCIATION FOR THE PROTECTION AND DEVELOPMENT OF FOREST, ENVIRONMENTAL, AND ANIMAL WEALTH (Arabic: الجمعية الوطنية لحماية وتنمية الثروة الحرجية والبيئية والحيوانية) (a.k.a. GREEN WITHOUT BORDERS (Arabic: أخضر بلا حدود)),

Property No. 335, Section No. 13, Ground Floor, Nabatieh, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target Type Charity or Nonprofit Organization; Registration Number 1128 (Lebanon) issued 20 Jun 2013 [SDGT] (Linked To: HIZBALLAH).

NATIONAL AVIATION SERVICE COMPANY (Cyrillic: НАЦИОНАЛЬНАЯ АВИАЦИОННО-СЕРВИСНАЯ КОМПАНИЯ) (a.k.a. JOINT STOCK COMPANY NATIONAL AVIATION SERVICE COMPANY; a.k.a. "JSC NASC"), Proezd Yablochkova D. 5, Korpus 18, Ryazan 390023, Russia; Ul. Bolshaya Tatarskaya D. 35, Str. 4, Floor 2, Pomeshch. IX/Kom. 5, Moscow 115184, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Apr 1994; Target Type State-Owned Enterprise; Tax ID No. 6230116089 (Russia); Registration Number 1206200002249 (Russia) [RUSSIA-EO14024].

NATIONAL BANK OF CUBA (a.k.a. BANCO NACIONAL DE CUBA; a.k.a. "BNC"), Zweierstrasse 35, Zurich CH-8022, Switzerland; Avenida de Concha Espina 8, Madrid E-28036, Spain; Dai-Ichi Bldg. 6th Floor, 10-2 Nihombashi, 2-chome, Chuo-ku, Tokyo 103, Japan; Federico Boyd Avenue & 51 Street, Panama City, Panama [CUBA].

NATIONAL BANK OF IRAN (a.k.a. BANK MELLI; a.k.a. BANK MELLI IRAN; a.k.a. MELLI BANK; a.k.a. "BMI"), Ferdowsi Avenue - PO Box 11365-171, Tehran, Iran; 43 Avenue Montaigne, Paris 75008, France; Room 704-6, Wheelock Hse, 20 Pedder St, Hong Kong; Bank Melli Iran Bldg, 111 St 24, 929 Arasat, Baghdad, Iraq; PO Box 2643, Ruwi, 112, Muscat, Oman; PO Box 2656, Liva Street, Abu Dhabi, United Arab Emirates; PO Box 248, Hamad Bin Abdulla St, Fujairah, United Arab Emirates; PO Box 1888, Clock Tower, Industrial Rd, Al Ain Club Bldg, Al Ain, Abu Dhabi, United Arab Emirates; PO Box 1894, Baniyas St, Deira, Dubai, United Arab Emirates; PO Box 5270, Oman Street Al Nakheel, Ras Al-Khaimah, United Arab Emirates; PO Box 459, Al Borj St, Sharjah, United Arab Emirates; PO Box 3093, Ahmed Seddiqui Bldg, Khalid Bin El-Walid St, Bur-Dubai, Dubai, United Arab Emirates; PO Box 1894, Al Wasl Rd, Jumeirah, Dubai, United Arab Emirates; Postfach 112 129, Holzbruecke 2, 20421, Hamburg, Germany; 23 Nobel

Avenue, Baku, Azerbaijan; Bank Melli Iran Building, Ferdowsi Avenue, Tehran 11365-144, Iran; No. 136 Mirdamad Boulevard, Opposite Al-ghadir Mosque, Tehran, Iran; Al Ashar Estiqlal Street - Hal Al Zohor, Basra, Iraq; 98a Kensington High Street, London W8 4SG, United Kingdom; 767 5th Ave, 44th Fl, New York, NY 10153, United States; PO Box 1420, New York, NY 10153, United States; Website www.bmi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Offices Worldwide [IRAN] [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NATIONAL BANK TRUST (a.k.a. PUBLIC JOINT STOCK COMPANY NATIONAL BANK TRUST), Mozhaysky Val Str., 8, Moscow 121148, Russia; SWIFT/BIC NBTRRUMM; Website www.trust.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7831001567 (Russia); Legal Entity Number 253400QR501VVARKW142; Registration Number 1027800000480 (Russia) [RUSSIA-EO14024].

NATIONAL CALIBRATION CENTRE (a.k.a. NATIONAL STANDARDS AND CALIBRATION LABORATORY; a.k.a. NSCL), P.O. Box 4470, Damascus, Syria [NPWMD].

NATIONAL CLEARING CENTER (Cyrillic: НЕБАНКОВСКАЯ КРЕДИТНАЯ ОРГАНИЗАЦИЯ-ЦЕНТРАЛЬНЫЙ КОНТРАГЕНТ НАЦИОНАЛЬНЫЙ КЛИРИНГОВЫЙ ЦЕНТР) (a.k.a. CCP NCC; a.k.a. CENTRAL COUNTERPARTY NATIONAL CLEARING CENTER; a.k.a. "NCC"), 13 Bolshoy Kislovskii Per., Moscow 125009, Russia; SWIFT/BIC NCCBRUMM; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 30 May 2006; Target Type Financial Institution; Tax ID No. 7750004023 (Russia); Government Gazette Number 96537839 (Russia); Legal Entity Number 2534007UK6G30KDX1A47; Registration Number 1067711004481 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

NATIONAL COMMITTEE FOR PRISONERS AFFAIRS (a.k.a. HOUTHI NATIONAL COMMITTEE FOR PRISONERS AFFAIRS; a.k.a. "NCPA"), Sana'a, Yemen [GLOMAG].

NATIONAL COMMITTEE FOR THE LIBERATION AND PROTECTION OF ALBANIAN LANDS (a.k.a. KKCMTSH) [BALKANS].

NATIONAL COMMITTEE FOR THE PALESTINIAN PEOPLE (a.k.a. KNRP INDONESIA; a.k.a. KOMITE NASIONAL UNTUK RAKYAT PALESTINA), Jl. Jabir No. 11 B, Ragunan, Pasar Minggu, Jakarta 12550, Indonesia; Website https://knrp.org/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 May 2006; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

NATIONAL COMPANY FOR ALUMINUM EXTRUSION AND COLORING (a.k.a. ALUMIX; f.k.a. DOGMOCH; a.k.a. DOMAL SAL; a.k.a. NATIONAL ALUMINUM DRAWING AND DRAWING COMPANY SAL; a.k.a. "ALOMEX"), Calot Center, Sami El Solh Street, Badaro, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1010799 (Lebanon) [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

NATIONAL CUSTODIAL COMPANY STOCK CLOSED CORPORATION (a.k.a. AO NKK), Ul. Sushchevskii Val D. 16, Str. 3, Kom. 2, Floor 3, Moscow 127018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7707592234 (Russia); Registration Number 1067746739554 (Russia) [RUSSIA-EO14024].

NATIONAL CYBERSPACE CENTER, Saadat Abad Avenue, North Allameh Street, West 18th Alley - No 17, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

NATIONAL DEFENSE ACADEMY (a.k.a. 2ND ACADEMY OF NATURAL SCIENCES; a.k.a. ACADEMY OF NATURAL SCIENCES; a.k.a. CHAYON KWAHAK-WON; a.k.a. CHE 2 CHAYON KWAHAK-WON; a.k.a. KUKPANG KWAHAK-WON; a.k.a. SANSRI; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES RESEARCH INSTITUTE), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

NATIONAL DEFENSE COMMISSION, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

NATIONAL DEFENSE COMPLEX (a.k.a. NATIONAL DEVELOPMENT CENTRE; a.k.a. NATIONAL DEVELOPMENT COMPLEX; a.k.a. "NDC"), Plot No. 94, NESCOM Complex (NDC), H-11/4, Islamabad, Islamabad Urban, Pakistan; Fateh Jang, Punjab, Rawalpindi, Pakistan; P.O Box 2216, Islamabad, Pakistan; Target Type State-Owned Enterprise; Tax ID No. 9010629 (Pakistan) [NPWMD].

NATIONAL DEVELOPMENT AND INVESTMENT GROUP (f.k.a. BANK MELLI IRAN INVESTMENT COMPANY; a.k.a. IRAN MELLI BANK INVESTMENT COMPANY; a.k.a. TOSEE MELLI GROUP INVESTMENT COMPANY; a.k.a. TOSE-E MELLI GROUP INVESTMENT COMPANY; a.k.a. TOSE-E MELLI GROUP INVESTMENT COMPANY PUBLIC SHAREHOLDING COMPANY; a.k.a. "TMGIC"), 2 Nader Alley, After Dr Vali e Asr Avenue, Tehran 15116, Iran; PO Box 15875-3898, Iran; Building 89, Khoddami Street, Vanak, Tehran 53158753898, Iran; Number 89, Shahid Khodami Street, After Kurdistan Bridge, Vanak Square, Iran; Vank Square, Shahid Khademi Street, after Kurdistan bridge, No. 89, Tehran 1958698856, Iran; Website www.bmiic.ir; alt. Website www.en.tmgic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10101339590 (Iran); Registration Number 89584 (Iran) [SDGT] [IFSR] (Linked To: BANK MELLI IRAN).

NATIONAL DEVELOPMENT CENTRE (a.k.a. NATIONAL DEFENSE COMPLEX; a.k.a. NATIONAL DEVELOPMENT COMPLEX; a.k.a. "NDC"), Plot No. 94, NESCOM Complex (NDC), H-11/4, Islamabad, Islamabad Urban, Pakistan; Fateh Jang, Punjab, Rawalpindi, Pakistan; P.O Box 2216, Islamabad, Pakistan; Target Type State-Owned Enterprise; Tax ID No. 9010629 (Pakistan) [NPWMD].

NATIONAL DEVELOPMENT COMPLEX (a.k.a. NATIONAL DEFENSE COMPLEX; a.k.a. NATIONAL DEVELOPMENT CENTRE; a.k.a. "NDC"), Plot No. 94, NESCOM Complex (NDC), H-11/4, Islamabad, Islamabad Urban, Pakistan; Fateh Jang, Punjab, Rawalpindi, Pakistan; P.O Box 2216, Islamabad, Pakistan; Target Type State-Owned Enterprise; Tax ID No. 9010629 (Pakistan) [NPWMD].

NATIONAL DEVELOPMENT FUND OF IRAN (a.k.a. NATIONAL DEVELOPMENT FUND OF ISLAMIC REPUBLIC OF IRAN (Arabic: صندوق توسعه ملی جمهوری اسلامی ایران)), No. 25 Gandhi St., Building National Development Fund of Iran, Tehran 15176-55911, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

NATIONAL DEVELOPMENT FUND OF ISLAMIC REPUBLIC OF IRAN (Arabic: صندوق توسعه ملی جمهوری اسلامی ایران) (a.k.a. NATIONAL DEVELOPMENT FUND OF IRAN), No. 25 Gandhi St., Building National Development Fund of Iran, Tehran 15176-55911, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

NATIONAL DEVELOPMENT INVESTMENT COMPANY (a.k.a. TOSEE MELLI INVESTMENT COMPANY; a.k.a. TOSE-E MELLI INVESTMENT COMPANY), No. 1 St.North Didar.Blv Haghani, Tehran, Iran; Number 89, Shahid Khodami Street, After Kurdistan Bridge, Vanak Square, Tehran, Iran; Website www.tmico.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 208669 (Iran) [SDGT] [IFSR] (Linked To: TOSE-E MELLI GROUP INVESTMENT COMPANY).

NATIONAL INDUSTRIES AND MINING DEVELOPMENT COMPANY, Number 55, Pardis Street, N. Shirazi Street, Molla-Sadra

Street, Vanak Square, Tehran, Iran; Website www.nimidco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 323908 (Iran) [SDGT] [IFSR] (Linked To: TOSE-E MELLI GROUP INVESTMENT COMPANY).

NATIONAL IRANIAN COPPER INDUSTRIES COMPANY (a.k.a. NATIONAL IRANIAN COPPER INDUSTRIES PUBLIC JOINT STOCK; a.k.a. "NICICO"), Next to Saei Park, Block No. 2161, Vali Asr Avenue, Tehran, Iran; PO Box 15115-416, Tehran, Iran; Website www.nicico.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 15957 (Iran) [IRAN-EO13871].

NATIONAL IRANIAN COPPER INDUSTRIES PUBLIC JOINT STOCK (a.k.a. NATIONAL IRANIAN COPPER INDUSTRIES COMPANY; a.k.a. "NICICO"), Next to Saei Park, Block No. 2161, Vali Asr Avenue, Tehran, Iran; PO Box 15115-416, Tehran, Iran; Website www.nicico.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 15957 (Iran) [IRAN-EO13871].

NATIONAL IRANIAN OIL COMPANY (a.k.a. NIOC), Hafez Crossing, Taleghani Avenue, P.O. Box 1863 and 2501, Tehran, Iran; National Iranian Oil Company Building, Taleghani Avenue, Hafez Street, Tehran, Iran; Website www.nioc.ir; IFCA Determination - Involved in Energy Sector; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; all offices worldwide [IRAN] [SDGT] [IFSR] [IFCA] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: MINISTRY OF PETROLEUM).

NATIONAL IRANIAN OIL COMPANY PTE LTD, 7 Temasek Boulevard #07-02, Suntec Tower One, 038987, Singapore; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 199004388C (Singapore); all offices worldwide [IRAN].

NATIONAL IRANIAN OIL ENGINEERING AND CONSTRUCTION COMPANY (a.k.a. NIOEC), No. 247 Ostad Nejatollahi Avenue, Corner of Shahid Kalantary Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; National ID No. 89299 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

NATIONAL IRANIAN OIL PRODUCTS DISTRIBUTION COMPANY (a.k.a. NIOPDC), No 1, Iransahr Building, Opposite of Honarmandan Park Corner of Iransahr Street, Taleghani Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 67337 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

NATIONAL IRANIAN OIL REFINING AND DISTRIBUTION COMPANY (a.k.a. NIORDC), 4 Varsho Street, Tehran, Iran; P.O. Box 15815/3499, No. 4 Varsho Street, 1598666611, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 89152 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

NATIONAL IRANIAN RADIO AND TELEVISION (a.k.a. ISLAMIC REPUBLIC OF IRAN BROADCASTING; a.k.a. ISLAMIC REPUBLIC OF IRAN BROADCASTING ORG.; a.k.a. "IRIB"), Jamejam Street, Valiasr Avenue, Tehran, Iran; Satellite Department, IRIB, Jame Jam St., Tehran, Iran; Department of IT-IRIB, P.O. Box 19395-333, Jaame Jam. St, Valiasr Ave, Tehran, Iran; IT Department, Fanni Building No 3, Jame jam, Valiasr St., Tehran, Iran; 200 Mosaddegh Avenue, Jaame Jam Street, Vali Asr Ave, P.O. Box 1333, Tehran 193933333, Iran; Fatemi Building, P.O. Box 15875 / 4333, Tehran, Iran; Website www.irib.ir; alt. Website http://iransat.irib.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 1792 [IRAN-TRA].

NATIONAL IRANIAN TANKER COMPANY (a.k.a. NITC), NITC Building, 67-88, Shahid Atefi Street, Africa Avenue, Tehran, Iran; No. 65 and 67 Shahid Atefi Street, Africa Blvd, Tehran, Iran; Website www.nitc.co.ir; Email Address info@nitc.co.ir; alt. Email Address administrator@nitc.co.ir; IFCA Determination - Involved in the Shipping Sector; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 4891 (Iran); Telephone (98)(21)(66153220); Telephone (98)(21)(23803202); Telephone

(98)(21)(23803303); Telephone (98)(21)(66153224); Telephone (98)(21)(23802230); Telephone (98)(9121115315);  Telephone (98)(9128091642); Telephone (98)(9127389031); Fax (98)(21)(22224537); Fax (98)(21)(23803318); Fax (98)(21)(22013392); Fax (98)(21)(22058763) [IRAN] [SDGT] [IFSR] [IFCA] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NATIONAL IRANIAN TANKER COMPANY (a.k.a. N.I.T.C. REPRESENTATIVE OFFICE), Droogdokweg 71, Rotterdam 3089 JN, Netherlands; Email Address nitcrdam@tiscali.net; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone +31 010-4951863; Telephone +31 10-4360037; Fax +31 10-4364096 [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

NATIONAL IRANIAN TANKER COMPANY LLC (a.k.a. NATIONAL IRANIAN TANKER COMPANY LLC SHARJAH BRANCH; a.k.a. NITC SHARJAH), Al Wahda Street, Street No. 4, Sharjah, United Arab Emirates; P.O. Box 3267, Sharjah, United Arab Emirates; Website http://nitcsharjah.com/index.html; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone +97165030600; Telephone + 97165749996; Telephone +971506262258; Fax +97165394666; Fax +97165746661 [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

NATIONAL IRANIAN TANKER COMPANY LLC SHARJAH BRANCH (a.k.a. NATIONAL IRANIAN TANKER COMPANY LLC; a.k.a. NITC SHARJAH), Al Wahda Street, Street No. 4, Sharjah, United Arab Emirates; P.O. Box 3267, Sharjah, United Arab Emirates; Website http://nitcsharjah.com/index.html; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone +97165030600; Telephone + 97165749996; Telephone +971506262258; Fax +97165394666; Fax +97165746661 [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

NATIONAL LIBERATION ARMY (a.k.a. EJERCITO DE LIBERACION NACIONAL; a.k.a. ELN); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

NATIONAL LIBERATION ARMY (a.k.a. NLA; a.k.a. UCK) [BALKANS].

NATIONAL LOTTARY (a.k.a. NATIONAL LOTTERY AD (Cyrillic: НАЦИОНАЛНА ЛОТАРИЯ АД)), 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2013; V.A.T. Number BG 204061981 (Bulgaria) [GLOMAG] (Linked To: NOVE DEVELOPMENT EOOD).

NATIONAL LOTTERIES LTD. (a.k.a. NATIONAL LOTTERY OOD), 1 Koloman Str., Krasno selo Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2004; Government Gazette Number 131251674 (Bulgaria) [GLOMAG] (Linked To: EUROSADRUZHIE OOD).

NATIONAL LOTTERY AD (Cyrillic: НАЦИОНАЛНА ЛОТАРИЯ АД) (a.k.a. NATIONAL LOTTARY), 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2013; V.A.T. Number BG 204061981 (Bulgaria) [GLOMAG] (Linked To: NOVE DEVELOPMENT EOOD).

NATIONAL LOTTERY OOD (a.k.a. NATIONAL LOTTERIES LTD.), 1 Koloman Str., Krasno selo Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2004; Government Gazette Number 131251674 (Bulgaria) [GLOMAG] (Linked To: EUROSADRUZHIE OOD).

NATIONAL MOVEMENT FOR THE LIBERATION OF KOSOVO (a.k.a. LKCK) [BALKANS].

NATIONAL OLYMPIC COMMITTEE OF THE REPUBLIC OF BELARUS (a.k.a. BELARUSIAN NATIONAL OLYMPIC COMMITTEE; a.k.a. NAK BELARUSI (Cyrillic: НАК БЕЛАРУСІ); a.k.a. NATSIONALNIY OLIMPIYSKIY KOMITET RESPUBLIKI BELARUS (Cyrillic: НАЦИОНАЛЬНЫЙ ОЛИМПИЙСКИЙ КОМИТЕТ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. NATSYYALNY ALIMPIYSKI KAMITET RESPUBLIKI BELARUS (Cyrillic: НАЦЫЯНАЛЬНЫ АЛІМПІЙСКІ КАМІТЭТ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. NOC OF THE REPUBLIC OF BELARUS; a.k.a. NOK BELARUSI (Cyrillic: НОК БЕЛАРУСИ)), Raduzhnaya Str, 27-2, Minsk 220020, Belarus; ul. Raduzhnaya, d. 27, pom. 2, Minsk 220020, Belarus (Cyrillic: ул. Радужная, д. 27, пом. 2, г. Минск 220020, Belarus); Organization Established Date 01 Jul 1991; Registration Number 100265118 (Belarus) [BELARUS].

NATIONAL PAYMENT CARD SYSTEM JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO NATSIONALNAYA SISTEMA PLATEZHNYKH KART; a.k.a. NSPK JSC), ul.

Bolshaya Tatarskaya D. 11, Moscow 115184, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7706812159 (Russia); Registration Number 1147746831352 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

NATIONAL PETROCHEMICAL COMPANY (a.k.a. THE NATIONAL PETROCHEMICAL COMPANY; a.k.a. "NIPC"; a.k.a. "NPC"), No. 104, North Sheikh Bahaei Blvd., Molla Sadra Ave., Tehran, Iran; No 144, North Sheikh Bahayi Avenue, Mulla Sadra Street, Vanak Square, Tehran, Iran; P.O. Box 19395-6896, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9614 (Iran); all offices worldwide [IRAN] [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

NATIONAL SETTLEMENT DEPOSITORY (a.k.a. NCO JSC NSD; a.k.a. NKO AO NRD (Cyrillic: НКО АО НРД); a.k.a. NON-BANK CREDIT INSTITUTION JOINT STOCK COMPANY NATIONAL SETTLEMENT DEPOSITORY (Cyrillic: НЕБАНКОВСКАЯ КРЕДИТНАЯ ОРГАНИЗАЦИЯ АКЦИОНЕРНОЕ ОБЩЕСТВО НАЦИОНАЛЬНЫЙ РАСЧЕТНЫЙ ДЕПОЗИТАРИЙ); a.k.a. "NSD"), 12, Spartakovskaya St., Moscow 105066, Russia; SWIFT/BIC MICURUMM; alt. SWIFT/BIC NADCRUMM; Website www.nsd.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 27 Jun 1996; Tax ID No. 7702165310 (Russia); Legal Entity Number 253400M18U5TB02TW421; Registration Number 1027739132563 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

NATIONAL STANDARD BANK JOINT STOCK COMPANY, Building 57-Building 2-3, Party Lane 1, Moscow 115093, Russia; SWIFT/BIC CBNNRUMM; Website www.ns-bank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7750056688 (Russia); Legal Entity Number 25340031R6A1E6TW7M44; Registration Number 1157700006650 (Russia) [RUSSIA-EO14024].

NATIONAL STANDARDS AND CALIBRATION LABORATORY (a.k.a. NATIONAL CALIBRATION CENTRE; a.k.a. NSCL), P.O. Box 4470, Damascus, Syria [NPWMD].

NATIONAL UNIVERSITY OF OIL AND GAS GUBKIN UNIVERSITY (a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER VOCATIONAL EDUCATION GUBKIN RUSSIAN STATE UNIVERSITY OF OIL AND GAS; a.k.a. GUBKIN UNIVERSITY; a.k.a. RGU NEFTI I GAZA NIU IMENI IM GUBKINA FGU), 65 Leninsky Prospekt, Moscow 119991, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Sep 1997; Tax ID No. 7736093127 (Russia); Government Gazette Number 02066612 (Russia); Registration Number 1027739073845 (Russia) [RUSSIA-EO14024].

NATIONWIDE SHIPPING LTD, East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

NATIVA MANAGEMENT LTD, Trust Company Complex Ajeltake Road, Majuro, Ajeltake Island MH 96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2021; Identification Number IMO 6224770 [SDGT] (Linked To: AL-QATIRJI COMPANY).

NATSINFOBEZ (a.k.a. LIMITED LIABILITY COMPANY NATIONAL CENTRE FOR INFORMATION SECURITY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАЦИОНАЛЬНЫЙ ЦЕНТР ИНФОРМАЦИОННОЙ БЕЗОПАСНОСТИ)), Berezhkovskaya nab, 38, bldg. 1, room 32, Moscow 121059, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730232060 (Russia); Registration Number 1177746261736 (Russia) [RUSSIA-EO14024].

NATSIONALNIY OLIMPIYSKIY KOMITET RESPUBLIKI BELARUS (Cyrillic: НАЦИОНАЛЬНЫЙ ОЛИМПИЙСКИЙ КОМИТЕТ РЕСПУБЛИКИ БЕЛАРУСЬ) (a.k.a. BELARUSIAN NATIONAL OLYMPIC COMMITTEE; a.k.a. NAK BELARUSI (Cyrillic: НАК БЕЛАРУСІ); a.k.a. NATIONAL OLYMPIC COMMITTEE OF THE REPUBLIC OF BELARUS; a.k.a. NATSYYALNY ALIMPIYSKI

KAMITET RESPUBLIKI BELARUS (Cyrillic: НАЦЫЯНАЛЬНЫ АЛІМПІЙСКІ КАМІТЭТ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. NOC OF THE REPUBLIC OF BELARUS; a.k.a. NOK BELARUSI (Cyrillic: НОК БЕЛАРУСИ)), Raduzhnaya Str, 27-2, Minsk 220020, Belarus; ul. Raduzhnaya, d. 27, pom. 2, Minsk 220020, Belarus (Cyrillic: ул. Радужная, д. 27, пом. 2, г. Минск 220020, Belarus); Organization Established Date 01 Jul 1991; Registration Number 100265118 (Belarus) [BELARUS].

NATSIONALNY KOSMICHESKI BANK (a.k.a. NK BANK JOINT STOCK COMPANY), Miusskaya Sq 2, Moscow 125047, Russia; SWIFT/BIC NASPRUMM; Website www.nkbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7734205131 (Russia); Legal Entity Number 253400GTA5PKPW4J0X50; Registration Number 1027739028536 (Russia); Global Intermediary Identification Number EQCQ2M.99999.SL.643 [RUSSIA-EO14024].

NATSIONALNY MINERALNOSYREVOI UNIVERSITET GORNY, UCH (a.k.a. FEDERAL STATE BUDGET EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SAINT PETERSBURG MINING UNIVERSITY; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA SANKT PETERBURGSKI GORNY UNIVERSITET; a.k.a. SAINT PETERSBURG MINING UNIVERSITY (Cyrillic: САНКТ ПЕТЕРБУРГСКИЙ ГОРНЫЙ УНИВЕРСИТЕТ); a.k.a. SPGU GORNY UNIVERSITET FGBU; a.k.a. "NATIONAL MINERAL RESOURCES UNIVERSITY"; a.k.a. "SPMI"), 2, 21st Line, St Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801021076 (Russia); Government Gazette Number 02068508 (Russia); Registration Number 1027800507591 (Russia) [RUSSIA-EO14024].

NATSYYALNY ALIMPIYSKI KAMITET RESPUBLIKI BELARUS (Cyrillic: НАЦЫЯНАЛЬНЫ АЛІМПІЙСКІ КАМІТЭТ РЭСПУБЛІКІ БЕЛАРУСЬ) (a.k.a. BELARUSIAN NATIONAL OLYMPIC COMMITTEE; a.k.a. NAK BELARUSI (Cyrillic: НАК БЕЛАРУСІ); a.k.a. NATIONAL OLYMPIC COMMITTEE OF THE REPUBLIC OF BELARUS; a.k.a. NATSIONALNIY OLIMPIYSKIY KOMITET RESPUBLIKI BELARUS (Cyrillic: НАЦИОНАЛЬНЫЙ ОЛИМПИЙСКИЙ КОМИТЕТ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. NOC OF THE REPUBLIC OF BELARUS; a.k.a. NOK BELARUSI (Cyrillic: НОК БЕЛАРУСИ)), Raduzhnaya Str, 27-2, Minsk 220020, Belarus; ul. Raduzhnaya, d. 27, pom. 2, Minsk 220020, Belarus (Cyrillic: ул. Радужная, д. 27, пом. 2, г. Минск 220020, Belarus); Organization Established Date 01 Jul 1991; Registration Number 100265118 (Belarus) [BELARUS].

NATURAL GIFTS B.V., Keizersgracht 62, CS, Amsterdam 1015, Netherlands; Website www.cbde-liquids.co.uk; Organization Established Date 27 Mar 2017; Tax ID No. 857425493 (Netherlands) [ILLICIT-DRUGS-EO14059] (Linked To: GRIMM, Matthew Simon).

NATURAL RESOURCES DEVELOPMENT AND INVESTMENT CORPORATION (a.k.a. CHO'NGSONG UNITED TRADING COMPANY; a.k.a. CHONGSONG YONHAP; a.k.a. CH'O'NGSONG YO'NHAP; a.k.a. CHOSUN CHAWO'N KAEBAL T'UJA HOESA; a.k.a. GREEN PINE ASSOCIATED CORPORATION; a.k.a. JINDALLAE; a.k.a. KU'MHAERYONG COMPANY LTD; a.k.a. SAENGP'IL COMPANY), c/o Reconnaissance General Bureau Headquarters, Hyongjesan-Guyok, Pyongyang, Korea, North; Nungrado, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

NATWIN FOUNDATION, 19 CorPa Treuhand Aktiengesellschaft, Am Schragen Weg, Vaduz 9490, Liechtenstein; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Mar 2018; Registration Number FL-0002.577.187-0 (Liechtenstein) [RUSSIA-EO14024] (Linked To: POTANIN, Vladimir Olegovich).

NAUCHNO INZHENERNOE PREDPRIYATIE INFORMATIKA (a.k.a. NIP INFORMATICA; a.k.a. NIP INFORMATIKA), Ul. Fuchika D. 4, Lit K, Saint Petersburg 192102, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810182337 (Russia); Registration Number 1027804862040 (Russia) [RUSSIA-EO14024].

NAUCHNO ISSLEDOVATELSKAYA LABORATORIYA AEROKOSMICHESKOI TEKHNIKI DOSAAF (a.k.a. NILAKT DOSAAF), Ul. Barrikad D. 174, Office 311, Kaluga 248018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733781710 (Russia); Registration Number 1117746842080 (Russia) [RUSSIA-EO14024].

NAUCHNO ISSLEDOVATELSKI INSTITUT KHIMICHESKIKH ISTOCHNIKOV TOKA AKTSIONERNOE OBSHCHESTVO (a.k.a. AKTSIONERNOE OBSHCHESTVO NIIKHIT; a.k.a. NIIHIT 2 JOINT STOCK COMPANY; a.k.a. "NIIHIT"), Ul. Im. Ordzhonikidze GK D.11 A, Saratov 410015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6451118983 (Russia); Registration Number 1026402485636 (Russia) [RUSSIA-EO14024].

NAUCHNO ISSLEDOVATELSKI INSTITUT KONSTRUKSIONNYKH MATERIALOV NA OSNOVE GRAFITA NIIGRAFIT AO (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT KONSTRUKSIONNYKH MATERIALOV NA OSNOVE GRAFITA NIIGRAFIT; a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF GRAPHITE-BASED MATERIALS NIIGRAFIT; a.k.a. JSC NIIGRAFIT; a.k.a. NIIGRAFIT AO (Cyrillic: НИИГРАФИТ)), Ul. Elektrodnyaya D. 2, Moscow 111141, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720723422 (Russia); Government Gazette Number 00200851 (Russia); Registration Number 1117746574593 (Russia) [RUSSIA-EO14024].

NAUCHNO ISSLEDOVATELSKI INSTITUT MOLEKULYARNOI ELEKTRONIKI AO (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNOISLEDOVATELSKIY INSTITUT MOLEKULYARNOY ELEKTRONIKI; a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-ISSLEDOVATELSKI INSTITUT MOLEKULYARNOI ELEKTRONIKI; a.k.a. JOINT STOCK COMPANY NIIME; a.k.a. MOLECULAR ELECTRONICS RESEARCH INSTITUTE, JOINT STOCK COMPANY; a.k.a. NIIME, AO), 1st Zapadny Proezd 12/1, Zelenograd 124460, Russia; d. 6 str. 1, ul. Akademika Valieva, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Sep 1964; Tax ID No. 7735579027 (Russia); Government Gazette Number 92611467 (Russia); Registration Number 1117746568829 (Russia) [RUSSIA-EO14024].

NAUCHNO ISSLEDOVATELSKII I PROEKTNYI INSTITUT PO PERERABOTKE GAZA AO (Cyrillic: НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ И ПРОЕКТНЫЙ ИНСТИТУТ ПО ПЕРЕРАБОТКЕ ГАЗА АО) (a.k.a. NIPI GAZPERERABOTKA AO; a.k.a. NIPIGAS JSC; a.k.a. NIPIGAZ AO), 65 Profsoyuznaya Street, Bld. 1, Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2310004087 (Russia); Registration Number 1022301597394 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNAYA FIRMA DOLOMANT (a.k.a. SCIENTIFIC PRODUCTION COMPANY DOLOMANT; a.k.a. ZAO NPF DOLOMANT), Ul. Vvedenskogo D. 3, Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728512529 (Russia); Registration Number 1047796326137 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNAYA FIRMA KRUG (a.k.a. NPF KRUG; a.k.a. SCIENTIFIC PRODUCTION COMPANY KRUG; a.k.a. SPC KRUG), Ul Germana Titova 1, Penza 440028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5837003278 (Russia); Registration Number 1025801216748 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNAYA FIRMA TREKOL (a.k.a. NPF TREKOL; a.k.a. "LLC R&PC TRECOL"), Per. Kholodilnyi D.1, Moscow 113191, Russia; Ul. Initsiativnaya D. 3, Kom. 41, Lyubertsy 140015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706029910 (Russia); Registration Number 1037700104386 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNOE OBYEDINENIE 3D INTEGRATSIYA (a.k.a. LLC RESEARCH AND PRODUCTION ASSOCIATION 3D INTEGRATION; a.k.a. NPO 3D INTEGRATSIYA), Sh. Dmitrovskoe D. 9, Str. 3, Pmeshch. 1/1, Moscow 127434, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5001109779 (Russia); Registration Number 1165001053007 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNOE OBYEDINENIE GORIZONT (a.k.a. NPO GORIZONT), Ul. Mamina-Sibiryaka Str. 145, Office 6424, Yekaterinburg 620075, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

6685103809 (Russia); Registration Number 1156658097397 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNOE OBYEDINENIE GRAN (a.k.a. GRAN SCIENTIFIC AND PRODUCTION ASSOCIATION; a.k.a. LIMITED LIABILITY COMPANY NAUCHNO PROIZVODSTVENNOE OBYEDINENIE GRAN; a.k.a. NPO GRAN; a.k.a. "LIMITED LIABILITY COMPANY GRAN"; a.k.a. "NPP GERAN"), PR-KT Lenina, D. 21V, Office 516/8, Chelyabinsk 454090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7451461159 (Russia); Registration Number 1227400042264 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNOE OBYEDINENIE KAZANSKII ZAVOD TOCHNOGO MASHINOSTROENIYA (a.k.a. FEDERAL STATE ENTERPRISE SCIENCE AND TECHNOLOGY ASSOCIATION KAZAN PLANT OF PRECISION ENGINEERING; a.k.a. FKP NPO KZTM), 71 Mazita Gafuri Street, Kazan 420108, Russia; 2 Pionerskaya Street, Chapaevsk 446100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 1654001773 (Russia); Registration Number 1021602829115 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNOE OBYEDINENIE NAUKASOFT (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION NAUKASOFT), Ul. Godovikova d. 9, Str. 4, Floor 1, Pomeshch./Kom 1.1/1.1.4,, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 1127746234230 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNOE OBYEDINENIE PROGRAMMNYE KOMPLEKSY REALNOGO VREMENI (a.k.a. NPO PKRV), Per. Stolyarnyi D. 3, Korpus 1, ET/POM/KOM 4/III/5, Moscow 123022, Russia; Nab. Presnenskaya D. 8, Str. 1, Floor/Pomeshch. 44/441M, Office 7, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7105509736 (Russia); Registration Number 1107154016529 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNOE OBYEDINENIE PROMODEL (a.k.a. NPO PROMODEL), Ul. Peshe-Streletskaya D. 108,

Office 301, Voronezh 394038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3665082859 (Russia); Registration Number 1113668016879 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNOE OBYEDINENIE VYCHISLITELNYKH SISTEM (a.k.a. SCIENTIFIC PRODUCTION ASSOCIATION COMPUTING SYSTEMS; a.k.a. "NPO VS"), Ul. Zhurnalistov D. 30, Pom. 2, Kazan 420088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1660093042 (Russia); Registration Number 1061686077298 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE BURENIE (a.k.a. NPP BURENIE), Ul. Michurina D. 64, Komnata 21, Samara 443110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 6316164422 (Russia); Registration Number 1116316003770 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE IRVIS (a.k.a. NPP IRVIS), Ul. Vosstaniya D. 98N, Office 204, Kazan 420084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1659005490 (Russia); Registration Number 1021603475816 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE ISTOCHNIK (a.k.a. NPP ISTOCHNIK), Proezd 3, Rybatskii 3, Liter V, Saint Petersburg 192177, Russia; Ul. Kurchatova D. 9, Str. 2, Pomeshch. 245, Saint Petersburg 194223, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811354388 (Russia); Registration Number 5067847357914 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE ITELMA, Sh. Varshavskoe D.47/4, Moscow 115230, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724685256 (Russia); Registration Number 5087746597648 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE MIKROSISTEMA (a.k.a. LLC SPC MICROSYSTEMS; a.k.a. NPP MIKROSISTEMA; a.k.a. "PHAUF"), Pr-d Zavodskoi D. 2, K. 1, Pomeshch. 132, Fryazino

141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5050130928 (Russia); Registration Number 1175050002434 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE TOMILINSKII ELEKTRONNYI ZAVOD (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC PRODUCTION CORPORATION TOMILINSKY ELECTRONICS FACTORY; a.k.a. LLC NPP TEZ; a.k.a. NPP TEZ; a.k.a. TOMILINSKY ELECTRONICS FACTORY), Ul. Garshina, D. 11, Tomolino 140070, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5027095560 (Russia); Registration Number 1035005022326 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE TRIM SSHP IZMERITELNYE SISTEMY (a.k.a. NPP TRIM SSHP IZMERITELNYE SISTEMY; a.k.a. SCIENTIFIC PRODUCTION ENTERPRISE TRIM SSHP MEASURING SYSTEMS), PR-KT Kondratyevskii D. 40, K. 14, Lit. A, Pom. 10N, Saint Petersburg 195197, Russia; Bolshoy Sampsonievsky Prospect, D. 106, Lit. A, Saint Petersburg 194156, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804323773 (Russia); Registration Number 1057812638839 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNOYE CHASTNOYE UNITARNOE PREDPRIYATIE NAUCHNO TEKHNICHESKI TSENTR LEMT BELOMO (a.k.a. SCIENTIFIC PRODUCTION UNITARY ENTERPRISE STC LEMT; a.k.a. SCIENTIFIC TECHNICAL CENTER LEMT BELOMO (Cyrillic: НАУЧНО ТЕХНИЧЕСКИЙ ЦЕНТР ЛЭМТ БЕЛОМО); a.k.a. UP NTTS LEMT BELOMO (Cyrillic: УП НТЦ ЛЭМТ БЕЛОМА)), D. 23, korp. 1, Nezhiloe pomeshchenie, ul. Makaenka, Minsk 220114, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100230590 (Belarus) [BELARUS-EO14038].

NAUCHNO PROIZVODSTVENNOYE OBYEDINENIYE IMENI LAVOCHKINA (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION NAMED AFTER S. A. LAVOCHKINA; a.k.a. LAVOCHKIN SCIENTIFIC RESEARCH ASSOCIATION; a.k.a. NPO IMENI LAVOCHKINA; a.k.a. S.A. LAVOCHKIN NPO; a.k.a. S.A. LAVOCHKIN SCIENTIFIC PRODUCTION ASSOCIATION), 24 Leningradskaya Str., Khimki, Moscow region 141411, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 05 Apr 2017; Tax ID No. 5047196566 (Russia); Registration Number 1175029009363 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

NAUCHNO TEKHNICHESKI TSENTR MODUL URAL OOO (a.k.a. NAUCHNO TEKHNICHESKII TSENTR MODUL INNOVATSII; a.k.a. NTTS MODUL INNOVATSII), Ul. Mamina-Sibiryaka Dom 58, Office 801, Yekaterinburg 620075, Russia; Ul. 8 Marta D. 70, Office 234, Yekaterinburg 620063, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6671452454 (Russia); Registration Number 1146671012861 (Russia) [RUSSIA-EO14024].

NAUCHNO TEKHNICHESKII TSENTR MODUL INNOVATSII (a.k.a. NAUCHNO TEKHNICHESKI TSENTR MODUL URAL OOO; a.k.a. NTTS MODUL INNOVATSII), Ul. Mamina-Sibiryaka Dom 58, Office 801, Yekaterinburg 620075, Russia; Ul. 8 Marta D. 70, Office 234, Yekaterinburg 620063, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6671452454 (Russia); Registration Number 1146671012861 (Russia) [RUSSIA-EO14024].

NAUCHNO TEKHNICHESKII TSENTR PRIVODNAYA TEKHNIKA (a.k.a. LTD NTC PRIVODNAYA TEKHNIKA; a.k.a. NTTS PRIVODNAYA TEKHNIKA; a.k.a. SCIENTIFIC AND TECHNICAL CENTER PRIVODNAYA TEHNIKA LIMITED LIABILITY COMPANY), Ul. 40-Letiya Oktyabrya D. 19, Chelyabinsk 454007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Feb 2000; Tax ID No. 7453060480 (Russia); Registration Number 1027402926891 (Russia) [RUSSIA-EO14024].

NAUCHNO-ISSLEDOVATELSKIY INSTITUT KVANT (a.k.a. KVANT SCIENTIFIC RESEARCH INSTITUTE; a.k.a. NII KVANT; a.k.a. RUSSIAN FEDERAL STATE UNITARY ENTERPRISE SCIENTIFIC RESEARCH INSTITUTE KVANT), Khovrino District, Moscow, Russia; St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [CAATSA - RUSSIA] (Linked To: FEDERAL SECURITY SERVICE).

NAUCHNO-ISSLEDOVATELSKIY INSTITUT POLYUS IMENI M. F. STELMAKHA (a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH POLYUS NAMED AFTER M. F. STELMAKHA; a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE POLYUS OF M.F. STELMAKH; a.k.a. NII POLYUS; a.k.a. NII POLYUS IMENI M. F. STELMAKHA; a.k.a. POLYUS INSTITUTE), Building 1, 3 Vvedenskogo St., Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Aug 2012; Tax ID No. 7728816598 (Russia); Registration Number 1127746646510 (Russia) [RUSSIA-EO14024].

NAUCHNO-PROIZVODSTVENNAYA KORPORATSIYA URALVAGONZAVOD OAO (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNAIA KORPORATSIIA URALVAGONZAVOD IMENI F E DZERZHINSKOGO; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION CORPORATION URALVAGONZAVOD NAMED AFTER F E DZERZHINSKY; a.k.a. NPK URALVAGONZAVOD OAO; a.k.a. OJSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD OAO; a.k.a. URALVAGONZAVOD CORPORATION; a.k.a. "UVZ"), 40 Bolshaya Yakimanka Street, Moscow 119049, Russia; 28 Vostochnoye Shosse, Nizhni Tagil, Sverdlovsk Region 66207, Russia; Pr-kt Lenina, d. 204, Rubtsovsk 658225, Russia; Pr-kt Lenina, d. 3, Chelyabinsk 454007, Russia; Ul. Pervomaiskaya d. 14, Volchansk 624941, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Mar 2008; Target Type State-Owned Enterprise; Tax ID No. 6623029538 (Russia); Registration Number 1086623002190 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE GAMMA (a.k.a. FEDERAL STATE UNITARY ENTERPRISE SCIENTIFIC AND PRODUCTION ENTERPRISE GAMMA (Cyrillic: ФЕДЕРАЛЬНОЕ

ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ НАУЧНО-ПРОИЗВОДСТВЕННОЕ ПРЕДПРИЯТИЕ ГАММА); a.k.a. FGUP NPP GAMMA (Cyrillic: ФГУП НПП ГАММА); a.k.a. FSUE NPP GAMMA), Ul. Profsoyuznaya D. 78, Str. 4, Moscow 117393, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Aug 1991; Tax ID No. 7728044373 (Russia); Registration Number 1027739443830 (Russia) [RUSSIA-EO14024].

NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE GURAMI ELEKTRONIKS (a.k.a. NPP GURAMI ELEKTRONIKS), ul. Profsoyuznaya d. 37A, floor/office 4/412, Naro-Fominsk 143306, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5030098049 (Russia); Registration Number 1205000027770 (Russia) [RUSSIA-EO14024].

NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE PRIMA (a.k.a. LLC RESEARCH & PRODUCTION ENTERPRISE PRIMA; a.k.a. LLC RESEARCH AND PRODUCTION ENTERPRISE PRIMA; a.k.a. NPP PRIMA), Ul. Svobody 63, Nizhniy Novgorod 603003, Russia; 1Zh, Sormovskoye Shosse, Nizhny Novgorod 603950, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jan 1992; Tax ID No. 5257013402 (Russia); Registration Number 1025202403710 (Russia) [RUSSIA-EO14024].

NAUCHNO-PROIZVODSTVENNOYE OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU OKB TSP (a.k.a. NAVUKOVA-VYTVORCHAYE TAVARYSTVA S ABMEZHAVANAY ADKAZNASTSYU AKB TSP (Cyrillic: НАВУКОВА-ВЫТВОРЧАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ АКБ ТСП); a.k.a. NPOOO OKB TSP (Cyrillic: НПООО ОКБ ТСП); a.k.a. NVTAA AKB TSP (Cyrillic: НВТАА АКБ ТСП); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TEKHNOSOYUZPROEKT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНОСОЮЗПРОЕКТ); a.k.a. OKB TSP SCIENTIFIC PRODUCTION LIMITED LIABILITY COMPANY (Cyrillic: НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОКБ ТСП); a.k.a. OKB TSP SPLLC), Frantsiska

Skoriny St., building 1, unit 21, Minsk 220076, Belarus; Organization Established Date 08 Jul 2002; Registration Number 190369982 (Belarus) [BELARUS-EO14038].

NAUCHNYE PRIBORY I SISTEMY (a.k.a. SCIENTIFIC EQUIPMENT GROUP; a.k.a. SCIENTIFIC EQUIPMENT GROUP OF COMPANIES), Ul. Inzhenernaya D. 4a, Of. 212, Novosibirsk 630128, Russia; Pr-kt Krasnyi D. 1, Office 214, Novosibirsk 630007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5408308016 (Russia); Registration Number 1145476045241 (Russia) [RUSSIA-EO14024].

NAUF, Awad Mohammed Ahmed Ebni (a.k.a. AUF, Awad Ibn; a.k.a. AUF, Awad Muhammad Ibn; a.k.a. AUF, Mohammed Ahmed Awad Ibn; a.k.a. AWF, Awad Ahmad Ibn; a.k.a. AWF, Awad Ibn; a.k.a. OAF, Awad Mohamed Ahmed Ibn; a.k.a. OUF, Awad Mohamed Ahmed Ibn); DOB circa 1954; nationality Sudan; Head of Military Intelligence and Security (individual) [DARFUR].

NAUMAU, Uladzimir Uladzimiravich (a.k.a. NAUMOV, Vladimir Vladimirovich); DOB 1956; Minister of the Interior; Position also referred to as Minister of Internal Affairs (individual) [BELARUS].

NAUMOV, Stanislav Aleksandrovich (Cyrillic: НАУМОВ, Станислав Александрович), Russia; DOB 04 Oct 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NAUMOV, Vladimir Vladimirovich (a.k.a. NAUMAU, Uladzimir Uladzimiravich); DOB 1956; Minister of the Interior; Position also referred to as Minister of Internal Affairs (individual) [BELARUS].

NAUNG, Htun Htun (a.k.a. NAING, Tun Tun; a.k.a. NAUNG, Tun Tun), Burma; DOB 30 Apr 1963; nationality Burma; citizen Burma; Gender Male; Union Minister of Border Affairs (individual) [BURMA-EO14014].

NAUNG, Tun Tun (a.k.a. NAING, Tun Tun; a.k.a. NAUNG, Htun Htun), Burma; DOB 30 Apr 1963; nationality Burma; citizen Burma; Gender Male; Union Minister of Border Affairs (individual) [BURMA-EO14014].

NAUSHAD SHAREEF, Mohamed, Addu City, Maldives; DOB 16 Dec 1994; POB Hithadhoo, Addu City, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E0496057 (Maldives) expires 25 Aug 2019; National ID No. A304105 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

NAVA HOBBIES SDN BHD, Floor 25, Unit 29-25, No. 685, Jalan Damansara, Kuala Lumpur 60000, Malaysia; Website https://www.nahb.my/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2022; Registration Number 202201040867 (Malaysia) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

NAVAI, Ali (a.k.a. NAWAE, Ali; a.k.a. NAWA'EE, Ali; a.k.a. NAWAI, Ali; a.k.a. NAWA'I, Ali; a.k.a. NAWAY, Haji Ali), Iran; Karachi, Pakistan; United Arab Emirates; DOB circa 1945; alt. DOB circa 1950; POB Sistan Va Baluchistan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDNTK].

NAVAL DEFENCE MISSILE INDUSTRY GROUP (a.k.a. 8TH IMAM INDUSTRIES GROUP; a.k.a. CRUISE MISSILE INDUSTRY GROUP; a.k.a. CRUISE SYSTEMS INDUSTRY GROUP; a.k.a. SAMEN AL-A'EMMEH INDUSTRIES GROUP), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NAVARRO CERRANO, Victor Ramon (a.k.a. "MEGATEO"); DOB 25 Jan 1976; POB San Calixto, Norte de Santander, Colombia; citizen Colombia; Cedula No. 0088282754 (Colombia) (individual) [SDNTK].

NAVARRO QUEZADA, Luis Alonso (a.k.a. ESTRADA ARIAS, Josue Francisco; a.k.a. "MOJARRAS"; a.k.a. "QUEZADA, Luis"), Mexico; DOB 18 Apr 1986; POB Nayarit, Mexico; nationality Mexico; Gender Male; C.U.R.P. NAQL860418HNTVZS05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

NAVID COMPOSITE (a.k.a. NAVID COMPOSITE MATERIAL COMPANY), No. 3, Alley 23, 16th Janbazan Street, North Kargar Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NAVID COMPOSITE MATERIAL COMPANY (a.k.a. NAVID COMPOSITE), No. 3, Alley 23, 16th Janbazan Street, North Kargar Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NAVIERA SHIPPING AND TRADING FZ LLC (Arabic: نافيرا شيبنغ اند تريدينغ ش م ح ذ م م), Building No. A4 (A4-632), Al Hamra Industrial Zone RAK Economic Zone, Ras Al Khaimah, United Arab Emirates; Organization Established Date 09 Sep 2020; License 5022966 (United Arab Emirates); alt. License 47004017 (United Arab Emirates); Economic Register Number (CBLS) 11561511 (United Arab Emirates); alt. Economic Register Number (CBLS) 11562847 (United Arab Emirates) [IRAN-EO13902].

NAVIGATOR GROUP OF COMPANIES (a.k.a. LIMITED LIABILITY COMPANY NAVIGATOR), Pr. Mira D. 176, Moscow 129366, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716688038 (Russia); Registration Number 1117746328590 (Russia) [RUSSIA-EO14024].

NAVIMAKS GRUPP (a.k.a. LIMITED LIABILITY COMPANY NAVIMAKS GROUP), Sh. Korovinskoe D. 10, Str. 2, Office 3, Moscow 127486, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7715851725 (Russia); Registration Number 1117746101770 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

NAVIS BY LA CRUZ (a.k.a. FARO GRILL; a.k.a. GRUPO KOVAY; a.k.a. KOVAY DESARROLLOS; a.k.a. MARINE DIAMOND; a.k.a. QUIYA RESIDENCES; a.k.a. SANTA JULIA SEASIDE LIVING; a.k.a. SELVARA SIGNATURE COLLECTION; a.k.a. VG DESARROLLOS DE LA BAHIA, S.A. DE C.V.; a.k.a. ZUL BY LA CRUZ), Guadalajara, Jalisco, Mexico; Nayarit, Mexico; Website https://kovaydesarrollos.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Jan 2013; Organization Type: Real estate activities on a fee or contract basis; Folio Mercantil No. N-2020017740 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: RIVERA MIRAMONTES, Carlos Humberto).

NAVIS MARINE LIMITED, 720 West Bay Road, PO Box 601, Buckingham Square, Grand Cayman KY1-9006, Cayman Islands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Feb 2018; Registration Number 332478 (Cayman Islands) [RUSSIA-EO14024] (Linked To: THE SISTER TRUST).

NAVKA, Tatiana Aleksandrovna (a.k.a. NAVKA, Tatyana), 13-3-22 Bolshaya Yakimanka, Moscow 119180, Russia; Polyanka, Russia; Tretya Okhota, Russia; Rublyovka, Russia; Yalta, Crimea, Ukraine; DOB 13 Apr 1975; POB Dnipropetrovsk, Ukraine; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PESKOV, Dmitriy Sergeevich).

NAVKA, Tatyana (a.k.a. NAVKA, Tatiana Aleksandrovna), 13-3-22 Bolshaya Yakimanka, Moscow 119180, Russia; Polyanka, Russia; Tretya Okhota, Russia; Rublyovka, Russia; Yalta, Crimea, Ukraine; DOB 13 Apr 1975; POB Dnipropetrovsk, Ukraine; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PESKOV, Dmitriy Sergeevich).

NAVUKOVA-VYTVORCHAYE TAVARYSTVA S ABMEZHAVANAY ADKAZNASTSYU AKB TSP (Cyrillic: НАВУКОВА-ВЫТВОРЧАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ АКБ ТСП) (a.k.a. NAUCHNO-PROIZVODSTVENNOYE OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU OKB TSP; a.k.a. NPOOO OKB TSP (Cyrillic: НПОOO ОКБ ТСП); a.k.a. NVTAA AKB TSP (Cyrillic: НВТАА АКБ ТСП); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TEKHNOSOYUZPROEKT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНОСОЮЗПРОЕКТ); a.k.a. OKB TSP SCIENTIFIC PRODUCTION LIMITED LIABILITY COMPANY (Cyrillic: НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОКБ ТСП); a.k.a. OKB TSP SPLLC), Frantsiska Skoriny St., building 1, unit 21, Minsk 220076, Belarus; Organization Established Date 08 Jul 2002; Registration Number 190369982 (Belarus) [BELARUS-EO14038].

NAVYAN ABR ARVAN PRIVATE LIMITED COMPANY (Arabic: شرکت نویان ابرآروان شرکت سهامی خاص) (a.k.a. ABR ARVAN; a.k.a. ARVAN CLOUD; a.k.a. ARVANCLOUD; a.k.a. NOYAN ABR ARVAN CO.), No. 247, Shahid Dastgerdi (Zafar) St., Nelson Mandela Boulevard (Africa), Tehran 1917717553, Iran; Website www.arvancloud.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2015; National

ID No. 14005500319 (Iran); Business Registration Number 489175 (Iran) [IRAN-EO13846].

NAWAE, Ali (a.k.a. NAVAI, Ali; a.k.a. NAWA'EE, Ali; a.k.a. NAWAI, Ali; a.k.a. NAWA'I, Ali; a.k.a. NAWAY, Haji Ali), Iran; Karachi, Pakistan; United Arab Emirates; DOB circa 1945; alt. DOB circa 1950; POB Sistan Va Baluchistan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDNTK].

NAWA'EE, Ali (a.k.a. NAVAI, Ali; a.k.a. NAWAE, Ali; a.k.a. NAWAI, Ali; a.k.a. NAWA'I, Ali; a.k.a. NAWAY, Haji Ali), Iran; Karachi, Pakistan; United Arab Emirates; DOB circa 1945; alt. DOB circa 1950; POB Sistan Va Baluchistan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDNTK].

NAWAI, Ali (a.k.a. NAVAI, Ali; a.k.a. NAWAE, Ali; a.k.a. NAWA'EE, Ali; a.k.a. NAWA'I, Ali; a.k.a. NAWAY, Haji Ali), Iran; Karachi, Pakistan; United Arab Emirates; DOB circa 1945; alt. DOB circa 1950; POB Sistan Va Baluchistan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDNTK].

NAWA'I, Ali (a.k.a. NAVAI, Ali; a.k.a. NAWAE, Ali; a.k.a. NAWA'EE, Ali; a.k.a. NAWAI, Ali; a.k.a. NAWAY, Haji Ali), Iran; Karachi, Pakistan; United Arab Emirates; DOB circa 1945; alt. DOB circa 1950; POB Sistan Va Baluchistan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDNTK].

NAWAY, Haji Ali (a.k.a. NAVAI, Ali; a.k.a. NAWAE, Ali; a.k.a. NAWA'EE, Ali; a.k.a. NAWAI, Ali; a.k.a. NAWA'I, Ali), Iran; Karachi, Pakistan; United Arab Emirates; DOB circa 1945; alt. DOB circa 1950; POB Sistan Va Baluchistan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDNTK].

NAWI ANSARI LTD (a.k.a. NEW ANSARI COMPANY; a.k.a. NEW ANSARI MONEY EXCHANGE; a.k.a. NEW ANSARI MONEY SERVICES PROVIDER), Shop No. 93, 1st Floor, Sarai Shahzada Market, Kabul, Afghanistan; Pul-i-Baghe Omomee, Shahzada Money Market, Kabul, Afghanistan; Shahr-i-Naw, Kabul, Afghanistan; 2nd Floor, Soraj Nazeer Market, Shop No. 30-301, Kabul, Afghanistan; 1st Street, Madat Intersection, Sharif Market, Kandahar, Afghanistan; Afghan United Bank Building, Hayratan, Afghanistan;

Afghan United Bank Building, Hairatan, Afghanistan; Herat New City, Behzad Intersection, Next to 10th Intersection, Herat, Afghanistan; Jalalabad, Afghanistan; 30 Meters Street, Sharif, Nimroz, Afghanistan; Spin Boldak, Kandahar, Afghanistan; Dubai, United Arab Emirates; Tax ID No. 004800015 (Afghanistan) [SDNTK].

NAYDENKO, Aleksey Alekseevich (Cyrillic: НАЙДЕНКО, Алексей Алексеевич) (a.k.a. NAIDENKO, Aleksey; a.k.a. NAYDENKO, Oleksii Oleksiyovych (Cyrillic: НАЙДЕНКО, Олексій Олексійович)); DOB 02 Jun 1980; POB Donetsk, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NAYDENKO, Oleksii Oleksiyovych (Cyrillic: НАЙДЕНКО, Олексій Олексійович) (a.k.a. NAIDENKO, Aleksey; a.k.a. NAYDENKO, Aleksey Alekseevich (Cyrillic: НАЙДЕНКО, Алексей Алексеевич)); DOB 02 Jun 1980; POB Donetsk, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NAYIF, Mutaz Muaman Abed (a.k.a. AL-JABURI, Mu'taz Numan 'Abd Nayf; a.k.a. AL-JABURI, Mutazz Numan Abid Nayif; a.k.a. NAIF, Mutaaz Numan 'Abd; a.k.a. TAYSIR, Hajji), Syria; DOB 1987; POB Sudayrah, Sharqat, Salah ad-Din Province, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NAYYARI ANGILI, Majid Rida (a.k.a. NIAZI ANGILI EBRAHIM, Majid Reza; a.k.a. NIYAZI-ANGILI, Majid Reza (Arabic: مجید رضا نیازی انگیلی)), Iran; DOB 23 Feb 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0030171628 (Iran) (individual) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

NAZ SOKOL (a.k.a. NIZHNIY NOVGOROD AVIATION PLANT SOKOL; a.k.a. NIZHNIY NOVGOROD SOKOL AIRCRAFT MANUFACTURING PLANT; a.k.a. PJSC NAZ SOKOL (Cyrillic: ПАО НАЗ СОКОЛ); a.k.a. SOKOL AIRCRAFT PLANT), 1 Chaadaev St., Nizhny Novgorod 603035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5259008341 (Russia) [RUSSIA-EO14024].

NAZ TECHNOLOGY (a.k.a. N.A.Z. TECHNOLOGY; a.k.a. NAZ TECHNOLOGY CO.; a.k.a. NAZ TECHNOLOGY CO., LTD.; a.k.a. NAZ TECHNOLOGY CORPORATION LTD; a.k.a. "NAZ"), Taiwan World Trade Center (TWTC) Room 6C-21(6F) Number 5 Section 5, Xinyi Road, Xinyi District, Taipei City, Taiwan; 605, Floor 6, Building 204, Tairan Technology Park, Tairan 6th Road, Tianan Community, Sha, Tou Sub-District, Futian District, Shenzhen, Guangdong, China; Building 10, Shiguan Industrial Park, Shenzhen 518106, China; C-608, Floor 6, Lan Optical Technology Building, No.7, Xinxi Road, Hi-and-New Tech Part (North Zone), Nanshan District, Shenzhen, China; Rm 804, Sino Centre, 582-592 Nathan Rd., KLN, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 440301503328703 (China) [NPWMD] [IFSR] (Linked To: SOLTANMOHAMMADI, Mohammad).

NAZ TECHNOLOGY CO. (a.k.a. N.A.Z. TECHNOLOGY; a.k.a. NAZ TECHNOLOGY; a.k.a. NAZ TECHNOLOGY CO., LTD.; a.k.a. NAZ TECHNOLOGY CORPORATION LTD; a.k.a. "NAZ"), Taiwan World Trade Center (TWTC) Room 6C-21(6F) Number 5 Section 5, Xinyi Road, Xinyi District, Taipei City, Taiwan; 605, Floor 6, Building 204, Tairan Technology Park, Tairan 6th Road, Tianan Community, Sha, Tou Sub-District, Futian District, Shenzhen, Guangdong, China; Building 10, Shiguan Industrial Park, Shenzhen 518106, China; C-608, Floor 6, Lan Optical Technology Building, No.7, Xinxi Road, Hi-and-New Tech Part (North Zone), Nanshan District, Shenzhen, China; Rm 804, Sino Centre, 582-592 Nathan Rd., KLN, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 440301503328703 (China) [NPWMD] [IFSR] (Linked To: SOLTANMOHAMMADI, Mohammad).

NAZ TECHNOLOGY CO., LTD. (a.k.a. N.A.Z. TECHNOLOGY; a.k.a. NAZ TECHNOLOGY; a.k.a. NAZ TECHNOLOGY CO.; a.k.a. NAZ TECHNOLOGY CORPORATION LTD; a.k.a. "NAZ"), Taiwan World Trade Center (TWTC) Room 6C-21(6F) Number 5 Section 5, Xinyi Road, Xinyi District, Taipei City, Taiwan; 605, Floor 6, Building 204, Tairan Technology Park, Tairan 6th Road, Tianan Community, Sha, Tou Sub-District, Futian District, Shenzhen, Guangdong, China; Building 10, Shiguan Industrial Park, Shenzhen 518106, China; C-608, Floor 6, Lan Optical Technology Building, No.7, Xinxi Road, Hi-and-New Tech Part (North Zone), Nanshan District, Shenzhen, China; Rm 804, Sino Centre, 582-592 Nathan Rd., KLN, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 440301503328703 (China) [NPWMD] [IFSR] (Linked To: SOLTANMOHAMMADI, Mohammad).

NAZ TECHNOLOGY CORPORATION LTD (a.k.a. N.A.Z. TECHNOLOGY; a.k.a. NAZ TECHNOLOGY; a.k.a. NAZ TECHNOLOGY CO.; a.k.a. NAZ TECHNOLOGY CO., LTD.; a.k.a. "NAZ"), Taiwan World Trade Center (TWTC) Room 6C-21(6F) Number 5 Section 5, Xinyi Road, Xinyi District, Taipei City, Taiwan; 605, Floor 6, Building 204, Tairan Technology Park, Tairan 6th Road, Tianan Community, Sha, Tou Sub-District, Futian District, Shenzhen, Guangdong, China; Building 10, Shiguan Industrial Park, Shenzhen 518106, China; C-608, Floor 6, Lan Optical Technology Building, No.7, Xinxi Road, Hi-and-New Tech Part (North Zone), Nanshan District, Shenzhen, China; Rm 804, Sino Centre, 582-592 Nathan Rd., KLN, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 440301503328703 (China) [NPWMD] [IFSR] (Linked To: SOLTANMOHAMMADI, Mohammad).

NAZARANKA, Yuriy Henadzievich (Cyrillic: НАЗАРАНКА, Юрый Генадзьевіч) (a.k.a. NAZARENKO, Yuri; a.k.a. NAZARENKO, Yuriy Gennadievich (Cyrillic: НАЗАРЕНКО, Юрий Геннадьевич)), Minsk, Belarus; DOB 17 Apr 1976; POB Slonim, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

NAZARENKO, Yuri (a.k.a. NAZARANKA, Yuriy Henadzievich (Cyrillic: НАЗАРАНКА, Юрый Генадзьевіч); a.k.a. NAZARENKO, Yuriy Gennadievich (Cyrillic: НАЗАРЕНКО, Юрий Геннадьевич)), Minsk, Belarus; DOB 17 Apr 1976; POB Slonim, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

NAZARENKO, Yuriy Gennadievich (Cyrillic: НАЗАРЕНКО, Юрий Геннадьевич) (a.k.a. NAZARANKA, Yuriy Henadzievich (Cyrillic: НАЗАРАНКА, Юрый Генадзьевіч); a.k.a. NAZARENKO, Yuri), Minsk, Belarus; DOB 17 Apr 1976; POB Slonim, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

NAZARET NANEZ CONTRERAS, Freddy Alfred (a.k.a. NAZARETH NANEZ CONTRERAS, Freddy Alfred; a.k.a. "Chucho"), Venezuela;

DOB 15 Apr 1976; POB Petare, Miranda, Venezuela; nationality Venezuela; Gender Male; Cedula No. V13113260 (Venezuela) (individual) [VENEZUELA].

NAZARETH NANEZ CONTRERAS, Freddy Alfred (a.k.a. NAZARET NANEZ CONTRERAS, Freddy Alfred; a.k.a. "Chucho"), Venezuela; DOB 15 Apr 1976; POB Petare, Miranda, Venezuela; nationality Venezuela; Gender Male; Cedula No. V13113260 (Venezuela) (individual) [VENEZUELA].

NAZARI, Abolfazl (a.k.a. NAZERI, Abualfazl (Arabic: ابو الفضل نظرى)), Iran; DOB 14 Sep 1969; POB Shahryar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4910857826 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

NAZARI, Hossein (a.k.a. NAZARIKOLEHJOUB, Hossein), Iran; DOB 21 Mar 1990; POB Aleshtar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport W48073580 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

NAZARIKOLEHJOUB, Hossein (a.k.a. NAZARI, Hossein), Iran; DOB 21 Mar 1990; POB Aleshtar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport W48073580 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

NAZAROV, Aleksander Yuryevich (Cyrillic: НАЗАРОВ, Александр Юрьевич), Uglicheskaya, 19, 56, Moscow 127253, Russia; DOB 13 Jul 1969; POB Rostov-On-Don, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 636653312 (Russia) (individual) [RUSSIA-EO14024].

NAZAROV, Mikhail Anatolievich; DOB 1965; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NAZAROV, Sergey Makarovich, Russia; DOB 27 Jul 1961; POB Kizel, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Minister of Economic Development of the Russian

Federation (individual) [UKRAINE-EO13660] [UKRAINE-EO13661].

NAZAROVA, Alina Olegovna, Russia; DOB 12 Jul 1984; POB Ukraine; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 721434425 (Russia) expires 05 Oct 2022 (individual) [RUSSIA-EO14024].

NAZAROVA, Natalya Vasilyevna (Cyrillic: НАЗАРОВА, Наталья Васильевна), Russia; DOB 22 Dec 1953; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NAZERI, Abualfazl (Arabic: ابو الفضل نظرى) (a.k.a. NAZARI, Abolfazl), Iran; DOB 14 Sep 1969; POB Shahryar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4910857826 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

NAZHAD, Hasan Saburi (a.k.a. SABURINEJAD, Ali; a.k.a. SABURINEZHAD, Ali; a.k.a. SABURINEZHAD, Hasan (Arabic: حسن سبرى نژاد); a.k.a. "Engineer Morteza"; a.k.a. "MURTADA, Muhandis"; a.k.a. "SABURI, Hasan"), Iran; Iraq; Syria; DOB 09 Jan 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0383595282 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NAZIM, Abou (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

NAZMIH TRADING FZE LLC, Ajman A-0059-378-Flamingo Villas, Ajman, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 4566 (United Arab Emirates); Economic Register Number (CBLS) 11788640 (United Arab Emirates) [RUSSIA-EO14024].

NAZZAL, Mohammad (a.k.a. NAZZAL, Muhammad; a.k.a. RAHMAN, Muhammad Essam Rizk Abdul), Damascus, Syria; Amman, Jordan; Karachi, Sindh, Pakistan; Doha, Qatar; DOB 1963; POB Amman, Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9631022654 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

NAZZAL, Muhammad (a.k.a. NAZZAL, Mohammad; a.k.a. RAHMAN, Muhammad Essam Rizk Abdul), Damascus, Syria; Amman, Jordan; Karachi, Sindh, Pakistan; Doha, Qatar; DOB 1963; POB Amman, Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9631022654 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

NCO JSC NSD (a.k.a. NATIONAL SETTLEMENT DEPOSITORY; a.k.a. NKO AO NRD (Cyrillic: НКО АО НРД); a.k.a. NON-BANK CREDIT INSTITUTION JOINT STOCK COMPANY NATIONAL SETTLEMENT DEPOSITORY (Cyrillic: НЕБАНКОВСКАЯ КРЕДИТНАЯ ОРГАНИЗАЦИЯ АКЦИОНЕРНОЕ ОБЩЕСТВО НАЦИОНАЛЬНЫЙ РАСЧЕТНЫЙ ДЕПОЗИТАРИЙ); a.k.a. "NSD"), 12, Spartakovskaya St., Moscow 105066, Russia; SWIFT/BIC MICURUMM; alt. SWIFT/BIC NADCRUMM; Website www.nsd.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 27 Jun 1996; Tax ID No. 7702165310 (Russia); Legal Entity Number 253400M18U5TB02TW421; Registration Number 1027739132563 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

NCUBE, Owen, Zimbabwe; DOB 17 Apr 1968; nationality Zimbabwe; Gender Male (individual) [GLOMAG].

NDA NORD-DEUTSCHE INDUSTRIEANLAGENBAU GMBH, Rothenbaumchaussee 83, D-20148, Hamburg, Germany; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Organization Established Date 27 Jun 2007; Registration Number HRB102166 (Germany) [RUSSIA-EO14024].

'NDRANGHETA ORGANIZATION, Italy [SDNTK].

NDRECAJ, Maliq; DOB 22 Apr 1969; POB Maciteve, Serbia and Montenegro (individual) [BALKANS].

NDROQI, Ylli Bahri (a.k.a. PASMACIU, Xhemail; a.k.a. PASMACIU, Xhemal), Tirana, Albania; DOB 11 Mar 1965; POB Tirana, Albania; nationality Albania; Gender Male (individual) [BALKANS-EO14033].

NECHAEV, Alexey Gennadievich (Cyrillic: НЕЧАЕВ, Алексей Геннадьевич), Russia; DOB 30 Aug 1966; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NECHAEV, Vladimir Dmitrievich (Cyrillic: НЕЧАЕВ, Владимир Дмитриевич), Sevastopol, Ukraine; DOB 20 Dec 1972; POB Sudzha, Kursk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

NECHIPORUK, Roman Viktorovich (Cyrillic: НЕЧИПОРУК, Роман Викторович), Russia; DOB 21 Feb 1980; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 503605049681 (Russia) (individual) [RUSSIA-EO14024] (Linked To: IMPERIYA 19-31 OOO).

NEDA INDUSTRIAL GROUP, Address Number 10 & 12, 64th Street, Yousef Abad Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NEDELJKOVIC, Sinisa (a.k.a. "METAL, Senisa"; a.k.a. "NEDELJKOVIC, Sinis"; a.k.a. "NEDELJKOVIC, Sinisa Stevan"), Kral Petar Street, Zvecan, Kosovo; DOB 26 Mar 1970; POB Zvecan, Kosovo; nationality Kosovo; alt. nationality Serbia; Gender Male; Identification Number 1501722452 (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

NEFAZ PAO (a.k.a. NEFAZ PUBLICLY TRADED COMPANY; f.k.a. NEFTEKAMSK MOTOR PLANT PJSC; f.k.a. NEFTEKAMSKIY AVTOZAVOD OAO; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO NEFAZ), d. 3, ul. Yanaulskaya, Neftekamsk, Bashkortostan Resp. 452680, Russia; 3, Yanaul'skaya Street, Neftekamsk 452680, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1993; Tax ID No. 0264004103 (Russia); Government Gazette Number 05745101 (Russia); Registration Number 1020201881116 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

NEFAZ PUBLICLY TRADED COMPANY (a.k.a. NEFAZ PAO; f.k.a. NEFTEKAMSK MOTOR PLANT PJSC; f.k.a. NEFTEKAMSKIY AVTOZAVOD OAO; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO NEFAZ), d. 3, ul. Yanaulskaya, Neftekamsk, Bashkortostan Resp. 452680, Russia; 3, Yanaul'skaya Street, Neftekamsk 452680, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1993; Tax ID No. 0264004103 (Russia); Government Gazette Number 05745101 (Russia); Registration Number 1020201881116 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

NEFERTITI SHIPPING AND MARITIME SERVICES (a.k.a. IRAN AND EGYPT SHIPPING COMPANY; a.k.a. IRAN AND EGYPT SHIPPING LINES; a.k.a. IRANO - MISR SHIPPING CO; a.k.a. IRANO MISR; a.k.a. IRANO MISR SHIPPING COMPANY), Building 6, Al Horreya Street, 1st Floor, El Attarin Area, 1016, Alexandria, Egypt; PO Box 1016, Alexandria, Egypt; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

NEFTEGAZAVTOMATIKA AO (Cyrillic: НЕФТЕГАЗАВТОМАТИКА АО) (a.k.a. JOINT STOCK COMPANY NEFTEGAZAVTOMATIKA), Shosse Varshavshoe 39, Moscow 113105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Aug 1992; Tax ID No. 7724230019 (Russia); Registration Number 1037739224973 (Russia) [RUSSIA-EO14024].

NEFTEGAZSTROY (a.k.a. "NGS"), Ul. Lenina D. 21/1, Neftekamsk 452680, Russia; Ul. Industrialnaya D. 15, K.A., Neftekamsk 452680, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0253013650 (Russia); Registration Number 1020201432261 (Russia) [RUSSIA-EO14024].

NEFTEKAMSK MOTOR PLANT PJSC (a.k.a. NEFAZ PAO; a.k.a. NEFAZ PUBLICLY TRADED COMPANY; f.k.a. NEFTEKAMSKIY AVTOZAVOD OAO; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO NEFAZ), d. 3, ul. Yanaulskaya, Neftekamsk, Bashkortostan Resp. 452680, Russia; 3, Yanaul'skaya Street, Neftekamsk 452680, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1993; Tax ID No. 0264004103 (Russia); Government Gazette Number 05745101 (Russia); Registration Number 1020201881116 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

NEFTEKAMSKIY AVTOZAVOD OAO (a.k.a. NEFAZ PAO; a.k.a. NEFAZ PUBLICLY TRADED COMPANY; f.k.a. NEFTEKAMSK MOTOR PLANT PJSC; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO NEFAZ), d. 3, ul. Yanaulskaya, Neftekamsk, Bashkortostan Resp. 452680, Russia; 3, Yanaul'skaya Street, Neftekamsk 452680, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1993; Tax ID No. 0264004103 (Russia); Government Gazette Number 05745101 (Russia); Registration Number 1020201881116 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

NEFTYANAYA KOMPANIYA LUKOIL OOO (a.k.a. LUKOIL (Cyrillic: ЛУКОЙЛ); a.k.a. LUKOIL OAO; a.k.a. LUKOIL OIL COMPANY; a.k.a. NK LUKOIL OAO; a.k.a. PUBLIC JOINT-STOCK COMPANY OIL COMPANY LUKOIL (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НЕФТЯНАЯ КОМПАНИЯ ЛУКОЙЛ)), 11 Sretenski boulevard, Moscow 101000, Russia; Website www.lukoil.ru; Email Address info@lukoil.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1027700035769 (Russia); Tax ID No. 7708004767 (Russia); Government Gazette Number 00044434 (Russia); Legal Entity Number 549300LCJ1UJXHYBWI24; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

NEGASH, Bitewelde Habte (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahman; a.k.a. NAGASH, Tewaled

Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

NEGASH, Emanuel (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahman; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

NEGASH, Ole (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahman; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

NEGASH, Tewelde Habte (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahman; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

NEGASH, Tewold Habte (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahman; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH,

Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

NEGASH, Tewolde Habte (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahman; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

NEGIN KISH INTERNATIONAL SAHEL AND FARASAHEL DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

NEGIN PARTO (a.k.a. ERTEBATE EGHTESSADE MONIR; a.k.a. NEGIN PARTO KHAVAR; a.k.a. NEGIN PARTO KHAVAR CO. LTD.; a.k.a. PAYAN AVARAN OMRAN), Fatmi Gharabi Street, between Sindokht and Etemad Zadeh, Block 307, Floor 3, Unit 7, Tehran 1411816191, Iran; Unit 7, No. 279 West Fatemi Street, Tehran 1411816191, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NEGIN PARTO KHAVAR (a.k.a. ERTEBATE EGHTESSADE MONIR; a.k.a. NEGIN PARTO; a.k.a. NEGIN PARTO KHAVAR CO. LTD.; a.k.a. PAYAN AVARAN OMRAN), Fatmi Gharabi Street, between Sindokht and Etemad Zadeh, Block 307, Floor 3, Unit 7, Tehran 1411816191, Iran; Unit 7, No. 279 West Fatemi Street, Tehran 1411816191, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NEGIN PARTO KHAVAR CO. LTD. (a.k.a. ERTEBATE EGHTESSADE MONIR; a.k.a. NEGIN PARTO; a.k.a. NEGIN PARTO KHAVAR; a.k.a. PAYAN AVARAN OMRAN), Fatmi Gharabi Street, between Sindokht and Etemad Zadeh, Block 307, Floor 3, Unit 7, Tehran 1411816191, Iran; Unit 7, No. 279 West Fatemi Street, Tehran 1411816191, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NEGIN SAHEL ROYAL CO. (a.k.a. NEGIN SAHEL ROYAL INVESTMENT COMPANY), No. 48, 14th Street, Ahmad Ghasir Avenue, Argentina Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10103589144 (Iran); Registration Number 322430 (Iran) [SDGT] [IFSR] (Linked To: MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY).

NEGIN SAHEL ROYAL INVESTMENT COMPANY (a.k.a. NEGIN SAHEL ROYAL CO.), No. 48, 14th Street, Ahmad Ghasir Avenue, Argentina Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10103589144 (Iran); Registration Number 322430 (Iran) [SDGT] [IFSR] (Linked To: MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY).

NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA (a.k.a. CJSC NON-STATE PENSION FUND OF SBERBANK; a.k.a. JOINT STOCK COMPANY SBERBANK PRIVATE PENSION FUND; a.k.a. NPF SBERBANKA ZAO; a.k.a. SBERBANK PPF JSC; a.k.a. SBERBANK PRIVATE PENSION FUND CLOSED JOINT STOCK COMPANY; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA), d. 31 G ul. Shabolovka, Moscow 115162, Russia; Website www.npfsberbanka.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147799009160 (Russia); Tax ID No. 7725352740 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-

center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

NEGRETE LUNA, Jose Maria, Colombia; DOB 06 Jun 1971; POB Lorica, Cordoba, Colombia; nationality Colombia; citizen Colombia; Cedula No. 15031586 (Colombia) (individual) [SDNTK].

NEHME, Fadi (Arabic: فادي نعمة), Houmin El Fawqa, Nabatieh, Lebanon; DOB 20 Aug 1967; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000049484858 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

NEJAAT SOCIAL WELFARE ORGANIZATION (a.k.a. NEJAT-E EJTIMAYEE), House Number 1297, Lot Number 2, Sub-District number 2, Narang Bagh Area, Jalalabad, Nangarhar, Afghanistan; Police District 12, Kabul City, Kabul Province, Afghanistan; Jalalabad City, Nangarhar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISIL KHORASAN).

NEJAD, Vali Mostafa (a.k.a. MOSTAFANEJAD, Vali), Iran; DOB 21 Sep 1981; POB Khoy, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N17419612 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

NEJAT, Hossein (Arabic: حسین نجات) (a.k.a. ZIBAEE NEJAD, Mohammad Hossein (Arabic: محمدحسین زیبایی‌نژاد)), Tehran, Iran; DOB Mar 1955 to Mar 1956; POB Shiraz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; IRGC Brigadier General (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

NEJAT-E EJTIMAYEE (a.k.a. NEJAAT SOCIAL WELFARE ORGANIZATION), House Number 1297, Lot Number 2, Sub-District number 2, Narang Bagh Area, Jalalabad, Nangarhar, Afghanistan; Police District 12, Kabul City, Kabul Province, Afghanistan; Jalalabad City, Nangarhar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISIL KHORASAN).

NEKA NOVIN (a.k.a. BLOCK NIROU SUN CO; a.k.a. BNSA CO; a.k.a. KIA NIROU; a.k.a. NEKU NIROU TAVAN CO; a.k.a. NIKSA NIROU), Unit 7, No. 12, 13th Street, Mir-Emad St., Motahary Avenue, Tehran 15875-6653, Iran; No. 2, 3rd Floor, Simorgh St., Dr. Shariati Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NEKLYUDOV, Dmitriy Sergeyevich (a.k.a. NEKLYUDOV, Dmitry Sergeyevich); DOB 17 Feb 1969; POB Simferopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NEKLYUDOV, Dmitry Sergeyevich (a.k.a. NEKLYUDOV, Dmitriy Sergeyevich); DOB 17 Feb 1969; POB Simferopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NEKOMMERCHESKAYA ORGANIZATSIYA FOND INVESTITSIONNYKH PROGRAMM (Cyrillic: НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ФОНД ИНВЕСТИЦИОННЫХ ПРОГРАММ) (a.k.a. THE INVESTMENT PROGRAM FOUNDATION), 20 Daev Lane, Moscow 107045, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708126067 (Russia); Registration Number 1037739199365 (Russia) [RUSSIA-EO14024].

NEKOMMERCHESKAYA ORGANIZATSIYA FOND KHIMICHESKOE RAZORUZHENIE I KONVERSIYA (a.k.a. FOUNDATION CHEMICAL DISARMAMENT & CONVERSION; a.k.a. FOUNDATION CHEMICAL DISARMAMENT AND CONVERSION; a.k.a. NKO FOND KHIMRAZORUZHENIE), Ul. Pravdy D.21, Str.1, Moscow 125865, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Apr 1998; Tax ID No. 7726275181 (Russia); Registration Number 1037739149491 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

NEKOMMERCHESKAYA ORGANIZATSIYA NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND (a.k.a. AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND; a.k.a. NONPROFIT ORGANIZATION NON-STATE PENSION FUND VTB PENSION FUND; a.k.a. NON-

STATE PENSION FUND VTB PENSION FUND, JSC; a.k.a. NPF VTB PENSION FUND JOINT STOCK COMPANY; a.k.a. NPF VTB PENSION FUND JSC; a.k.a. NPF VTB PENSIONNY FOND, AO), d. 43 str. 1 ul. Vorontsovskaya, Moscow 109147, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 1147799014692 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

NEKRASOV, Aleksandr Nikolaevich (Cyrillic: НЕКРАСОВ, Александр Николаевич) (a.k.a. NEKRASOV, Alexander), Russia; DOB 20 Jun 1963; POB Severodvinsk, Arkhangelsk Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NEKRASOV, Alexander (a.k.a. NEKRASOV, Aleksandr Nikolaevich (Cyrillic: НЕКРАСОВ, Александр Николаевич)), Russia; DOB 20 Jun 1963; POB Severodvinsk, Arkhangelsk Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NEKU NIROU TAVAN CO (a.k.a. BLOCK NIROU SUN CO; a.k.a. BNSA CO; a.k.a. KIA NIROU; a.k.a. NEKA NOVIN; a.k.a. NIKSA NIROU), Unit 7, No. 12, 13th Street, Mir-Emad St., Motahary Avenue, Tehran 15875-6653, Iran; No. 2, 3rd Floor, Simorgh St., Dr. Shariati Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NEMARIAM, Abraha Kassa (a.k.a. KASSA, Abraha; a.k.a. KASSA, Wedi), Eritrea; DOB 15 Jul 1953; POB Eritrea; nationality Eritrea; Gender Male; Passport D000294 (Eritrea) (individual) [ETHIOPIA-EO14046].

NEMBHARD, Norris (a.k.a. NEMHARD, Norris; a.k.a. "DEDO"; a.k.a. "DIDO"); DOB 05 Jan

1952; alt. DOB 05 Jan 1951; alt. DOB 12 May 1954; POB Jamaica (individual) [SDNTK].

NEMCHINOVO INVESTMENTS OOO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НЕМЧИНОВО ИНВЕСТМЕНТС) (a.k.a. LIMITED LIABILITY COMPANY NEMCHINOVO INVESTMENTS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НЕМЧИНОВО ИНВЕСТМЕНТС)), Moskovskaya obl., ul. Lesnaya, d. 27, Odintsovo d. Nemchinovo, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7705267567 (Russia); Business Registration Number 1027739120716 (Russia) [RUSSIA-EO14024] (Linked To: SHUVALOVA, Maria Igorevna).

NEMHARD, Norris (a.k.a. NEMBHARD, Norris; a.k.a. "DEDO"; a.k.a. "DIDO"); DOB 05 Jan 1952; alt. DOB 05 Jan 1951; alt. DOB 12 May 1954; POB Jamaica (individual) [SDNTK].

NEMIROVSKIY, Alexander Valeryevich, Moscow, Russia; DOB 02 Jun 1989; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

NEMKIN, Anton Igorevich (Cyrillic: НЕМКИН, Антон Игоревич), Russia; DOB 22 Aug 1983; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NEMTSEV, Vladimir Vladimirovich (Cyrillic: НЕМЦЕВ, Владимир Владимирович) (a.k.a. NEMTSEV, Volodymyr Volodymyrovych (Cyrillic: НЄМЦЕВ, Володимир Володимирович)), Sevastopol, Ukraine; DOB 15 Nov 1971; POB Sevastopol, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NEMTSEV, Volodymyr Volodymyrovych (Cyrillic: НЄМЦЕВ, Володимир Володимирович) (a.k.a. NEMTSEV, Vladimir Vladimirovich (Cyrillic: НЕМЦЕВ, Владимир Владимирович)), Sevastopol, Ukraine; DOB 15 Nov 1971; POB Sevastopol, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related

Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NEO SHIPPING INC., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 30 Apr 2024; Identification Number IMO 6499774; Company Number 125706 (Marshall Islands) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

NEOBIT, OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NEOBIT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НЕОБИТ)), d. 21 litera G, ul. Gzhatskaya, St. Petersburg 195220, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804360292 (Russia) [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024] (Linked To: FEDERAL SECURITY SERVICE; Linked To: MAIN INTELLIGENCE DIRECTORATE).

NEO-JAMAAT-UL MUJAHIDEEN BANGLADESH (a.k.a. ABU JANDAL AL-BANGALI; a.k.a. CALIPHATE IN BANGLADESH; a.k.a. CALIPHATE'S SOLDIERS IN BANGLADESH; a.k.a. ISIS-BANGLADESH; a.k.a. ISLAMIC STATE BANGLADESH; a.k.a. ISLAMIC STATE IN BANGLADESH; a.k.a. KHALIFAH'S SOLDIERS IN BENGAL; a.k.a. SOLDIERS OF THE CALIPHATE IN BANGLADESH; a.k.a. "ISB"; a.k.a. "ISISB"; a.k.a. "NEO-JMB"; a.k.a. "NEW-JMB"), Dhaka, Bangladesh; Rangpur, Bangladesh; Sylhet, Bangladesh; Jhenaidah, Bangladesh; Singapore; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

NEOTEKHNIKA OOO, ul. Dorogobuzhskaya d. 14, floor 3 pom. 304, Moscow 121354, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731327678 (Russia); Registration Number 1167746842680 (Russia) [RUSSIA-EO14024].

NEOVEITUS (a.k.a. LIMITED LIABILITY COMPANY NEOVEYTUS; a.k.a. LLC NEOVEITUS), Ul. Malaya Pirogovskaya D.16, Moscow 119435, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704838264 (Russia); Registration Number 1137746534430 (Russia) [RUSSIA-EO14024].

NEOWAVE MANAGEMENT CO., LTD, 191, Shangpin Jie, Dinghai Qu, Zhoushan, Zhejiang 316011, China; Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 01 Aug 2024; Identification Number IMO 0030818; Registration Number 127327 (Marshall Islands) [IRAN-EO13902].

NEPTUNE MARINE LTD, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 02 Feb 2024; Identification Number IMO 6484508; Company Number 124087 (Marshall Islands) [IRAN-EO13902].

NEPTUNUS CO LTD (a.k.a. NEPTUNUS LLC), 653/38 Baghdad Street, Lattakia, Syria; Organization Established Date 2017; Business Registration Number 6068911 (Syria) [PAARSSR-EO13894] (Linked To: AL-KAYALI, Taher).

NEPTUNUS LLC (a.k.a. NEPTUNUS CO LTD), 653/38 Baghdad Street, Lattakia, Syria; Organization Established Date 2017; Business Registration Number 6068911 (Syria) [PAARSSR-EO13894] (Linked To: AL-KAYALI, Taher).

NEPUBLICHNOE AKTSIONERNOE OBSHCHESTVO KORDEX (a.k.a. AO KORDEKS (Cyrillic: АО КОРДЕКС); a.k.a. KORDEX AO; a.k.a. KORDEX JOINT STOCK COMPANY; f.k.a. KORDEX OOO), 44, shosse Yaroslavskoe, Moscow 129337, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Nov 2009; Organization Type: Management consultancy activities; Tax ID No. 7716823181 (Russia); Government Gazette Number 63681478 (Russia); Registration Number 1167746394881 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

NERO DRINKS COMPANY LIMITED (a.k.a. NERO DRINKS COMPANY SL; a.k.a. NERO VODKA), 15 Cumbernauld Road, Stepps, Glasgow, Scotland G33 6LE, United Kingdom; Unit 20310, PO Box 6945, London W1A 6US, United Kingdom; C Dinamarca 46 B, Urbanizacion Faro De Calaburra, Mijas, Spain; Tax ID No. B93681724 (Spain); Company Number SC591051 (United Kingdom) [TCO].

NERO DRINKS COMPANY SL (a.k.a. NERO DRINKS COMPANY LIMITED; a.k.a. NERO VODKA), 15 Cumbernauld Road, Stepps, Glasgow, Scotland G33 6LE, United Kingdom; Unit 20310, PO Box 6945, London W1A 6US,

United Kingdom; C Dinamarca 46 B, Urbanizacion Faro De Calaburra, Mijas, Spain; Tax ID No. B93681724 (Spain); Company Number SC591051 (United Kingdom) [TCO].

NERO VODKA (a.k.a. NERO DRINKS COMPANY LIMITED; a.k.a. NERO DRINKS COMPANY SL), 15 Cumbernauld Road, Stepps, Glasgow, Scotland G33 6LE, United Kingdom; Unit 20310, PO Box 6945, London W1A 6US, United Kingdom; C Dinamarca 46 B, Urbanizacion Faro De Calaburra, Mijas, Spain; Tax ID No. B93681724 (Spain); Company Number SC591051 (United Kingdom) [TCO].

NESER, Naser Hassan (Arabic: ناصر حسن نسر) (a.k.a. NESR, Nasser Hassan; a.k.a. NISR, Nasir), Mahfouz, Al Ahlam 6, Haret Hreik, Roueiss, Beirut, Lebanon; DOB 20 Apr 1963; POB Kafarser, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 288030510000000 (Lebanon) (individual) [SDGT] (Linked To: THE AUDITORS FOR ACCOUNTING AND AUDITING).

NESR, Nasser Hassan (a.k.a. NESER, Naser Hassan (Arabic: ناصر حسن نسر); a.k.a. NISR, Nasir), Mahfouz, Al Ahlam 6, Haret Hreik, Roueiss, Beirut, Lebanon; DOB 20 Apr 1963; POB Kafarser, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 288030510000000 (Lebanon) (individual) [SDGT] (Linked To: THE AUDITORS FOR ACCOUNTING AND AUDITING).

NEST WISE PETROLEUM L.L.C (Arabic: نیست وایز لمشتقات النفط ذ.م.م), Dubai, United Arab Emirates; Organization Established Date 08 Sep 2020; Registration Number 902198 (United Arab Emirates); Economic Register Number (CBLS) 11542112 (United Arab Emirates) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

NEST WISE TRADING PTE. LTD., Prudential Tower, 30 Cecil Street #19-08, Singapore 049712, Singapore; Organization Established Date 21 Apr 2021; Registration Number 202114225E (Singapore) [IRAN-EO13902] (Linked To: NEST WISE PETROLEUM L.L.C).

NEST WISE TRADING S.R.L., Cladirea Administrativa Schenker, Incita Port Constanta, Constanta, Romania; Organization Established Date 08 May 2023; Registration Number J13/1574/2023 (Romania); C.U.I. 46944830 (Romania) [IRAN-EO13902] (Linked To: NEST WISE PETROLEUM L.L.C).

NESTERENKO, Tatiana Gennadevna (a.k.a. NESTERENKO, Tatiana Gennadievna; a.k.a. NESTERENKO, Tatyana Gennadevna (Cyrillic: НЕСТЕРЕНКО, Татьяна Геннадьевна); a.k.a. NESTERENKO, Tatyana Gennadievna; a.k.a. NESTERENKO, Tatyana Gennadyevna), Russia; DOB 05 Aug 1959; POB Vladivostok, Primorye Region, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

NESTERENKO, Tatiana Gennadievna (a.k.a. NESTERENKO, Tatiana Gennadevna; a.k.a. NESTERENKO, Tatyana Gennadevna (Cyrillic: НЕСТЕРЕНКО, Татьяна Геннадьевна); a.k.a. NESTERENKO, Tatyana Gennadievna; a.k.a. NESTERENKO, Tatyana Gennadyevna), Russia; DOB 05 Aug 1959; POB Vladivostok, Primorye Region, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

NESTERENKO, Tatyana Gennadevna (Cyrillic: НЕСТЕРЕНКО, Татьяна Геннадьевна) (a.k.a. NESTERENKO, Tatiana Gennadevna; a.k.a. NESTERENKO, Tatiana Gennadievna; a.k.a. NESTERENKO, Tatyana Gennadievna; a.k.a. NESTERENKO, Tatyana Gennadyevna), Russia; DOB 05 Aug 1959; POB Vladivostok, Primorye Region, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

NESTERENKO, Tatyana Gennadievna (a.k.a. NESTERENKO, Tatiana Gennadevna; a.k.a. NESTERENKO, Tatiana Gennadievna; a.k.a. NESTERENKO, Tatyana Gennadevna (Cyrillic: НЕСТЕРЕНКО, Татьяна Геннадьевна); a.k.a. NESTERENKO, Tatyana Gennadyevna), Russia; DOB 05 Aug 1959; POB Vladivostok, Primorye Region, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

NESTERENKO, Tatyana Gennadyevna (a.k.a. NESTERENKO, Tatiana Gennadevna; a.k.a. NESTERENKO, Tatiana Gennadievna; a.k.a. NESTERENKO, Tatyana Gennadevna (Cyrillic: НЕСТЕРЕНКО, Татьяна Геннадьевна); a.k.a. NESTERENKO, Tatyana Gennadievna), Russia; DOB 05 Aug 1959; POB Vladivostok, Primorye Region, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

NESTEROV, Igor Vladimirovich, Russia; DOB 07 Feb 1985; citizen Russia; Gender Male (individual) [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

NESTEROV, Oleg Yuryevich, Mariupol, Ukraine; DOB 13 Aug 1980; POB Staroderevyankovskaya, Kanevskiy Rayon, Krasnodarskiy Kray, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 9617700543 (Russia) issued 21 Feb 2017 (individual) [RUSSIA-EO14024].

NET PEYGARD SAMAVAT (IN SEC) COMPANY (a.k.a. NET PEYGARD SAMAVAT COMPANY), No. 11, 16 Alley, Shahid Zanhari Street, Shokoufeh Street, Abdol Abbad, Tehran 1894157315, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14004021920 (Iran); Business Registration Number 453542 (Iran) [HRIT-IR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

NET PEYGARD SAMAVAT COMPANY (a.k.a. NET PEYGARD SAMAVAT (IN SEC) COMPANY), No. 11, 16 Alley, Shahid Zanhari Street, Shokoufeh Street, Abdol Abbad, Tehran 1894157315, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14004021920 (Iran); Business Registration Number 453542 (Iran) [HRIT-IR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

NET SISTEM DANISMANLIK VE EGITIM HIZMETLERI LIMITED SIRKETI (a.k.a. NET SISTEM DANISMANLIK VE EGITIM HIZMETLERI LTD STI), Tim Apartmani D:3,

No:1 Fulya Mahallesi Ortaklar, Caddesi Goruntu Sokak, Sisli, Istanbul 34394, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 466073 (Turkey) [RUSSIA-EO14024].

NET SISTEM DANISMANLIK VE EGITIM HIZMETLERI LTD STI (a.k.a. NET SISTEM DANISMANLIK VE EGITIM HIZMETLERI LIMITED SIRKETI), Tim Apartmani D:3, No:1 Fulya Mahallesi Ortaklar, Caddesi Goruntu Sokak, Sisli, Istanbul 34394, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 466073 (Turkey) [RUSSIA-EO14024].

NET TRADING CO., LIMITED, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Feb 2023; Company Number 3234794 (Hong Kong); Business Registration Number 74871744 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

NETEX TRADE (a.k.a. NETEX24; a.k.a. OBSHCHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU CENTR OBRABOTKI ELEKTRONNYKH PLATEZHEJ; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEI; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEY (Cyrillic: ООО ЦЕНТР ОБРАБОТКИ ЭЛЕКТРОННЫХ ПЛАТЕЖЕЙ); a.k.a. "LIMITED LIABILITY COMPANY CENTER FOR PROCESSING ELECTRONIC PAYMENTS"; a.k.a. "NETEXCHANGE"; a.k.a. "OOO TSOEP" (Cyrillic: "ООО ЦОЭП")), Ul. Vilisa Latsisa D. 41, KV. 103, Moscow 125480, Russia; Business Center Iskra-Park, 35, Leningradsky Prospect, Moscow, Russia; Website https://www.netex24.net; alt. Website https://www.netex24.com; alt. Website https://www.netex.trade; alt. Website https://www.netexchange.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Feb 2014; Tax ID No. 7733872485 (Russia) [RUSSIA-EO14024].

NETEX24 (a.k.a. NETEX TRADE; a.k.a. OBSHCHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU CENTR OBRABOTKI ELEKTRONNYKH PLATEZHEJ; a.k.a.

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEI; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEY (Cyrillic: ООО ЦЕНТР ОБРАБОТКИ ЭЛЕКТРОННЫХ ПЛАТЕЖЕЙ); a.k.a. "LIMITED LIABILITY COMPANY CENTER FOR PROCESSING ELECTRONIC PAYMENTS"; a.k.a. "NETEXCHANGE"; a.k.a. "OOO TSOEP" (Cyrillic: "ООО ЦОЭП")), Ul. Vilisa Latsisa D. 41, KV. 103, Moscow 125480, Russia; Business Center Iskra-Park, 35, Leningradsky Prospect, Moscow, Russia; Website https://www.netex24.net; alt. Website https://www.netex24.com; alt. Website https://www.netex.trade; alt. Website https://www.netexchange.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Feb 2014; Tax ID No. 7733872485 (Russia) [RUSSIA-EO14024].

NETHERLANDS CARIBBEAN BANK N.V., Kaya WFG (Jombi) Mensing 14, P.O. Box 3895, Willemstad, Curacao, Netherlands Antilles; 5ta. Ave. No. 6407 esq. a 66, Miramar, Municipio Playa, La Habana, Cuba [CUBA].

NETWORK LITERARY AND HISTORICAL MAGAZINE KAMERTON (a.k.a. JOURNAL KAMERTON; a.k.a. WEB KAMERTON), Moscow, Russia; Website www.webkamerton.ru [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

NETYKSHO, Viktor Borisovich, Russia; DOB 08 Sep 1966; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

NEVA ELECTRONICS JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НЕВА ЭЛЕКТРОНИКА) (a.k.a. JOINT STOCK COMPANY NEVA ELEKTRONIKA; a.k.a. NEVA ELEKTRONIKA AO), Prospekt Yuriya Gagarina, Dom 2, Liter A, Pom. 20-N, Saint Petersburg 196105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Sep 2007; Tax ID No. 7813389280 (Russia); Registration Number 1077847571669 (Russia) [RUSSIA-EO14024].

NEVA ELEKTRONIKA AO (a.k.a. JOINT STOCK COMPANY NEVA ELEKTRONIKA; a.k.a. NEVA

ELECTRONICS JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НЕВА ЭЛЕКТРОНИКА)), Prospekt Yuriya Gagarina, Dom 2, Liter A, Pom. 20-N, Saint Petersburg 196105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Sep 2007; Tax ID No. 7813389280 (Russia); Registration Number 1077847571669 (Russia) [RUSSIA-EO14024].

NEVA INTERNEISHENEL, AO (a.k.a. MANAGEMENT COMPANY JOINT STOCK COMPANY NEVA; a.k.a. MANAGEMENT COMPANY NEVA JOINT STOCK COMPANY), ul Chugunnaya, d. 20, Litera A, Pomeshch. 18 N, Ofis 359, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 May 1994; Tax ID No. 2320042860 (Russia); Registration Number 1022302936754 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY LOMO).

NEVEROV, Sergei Ivanovich (a.k.a. NEVEROV, Sergey Ivanovich (Cyrillic: НЕВЕРОВ, Сергей Иванович)), Russia; DOB 21 Dec 1961; POB Tashtagol, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

NEVEROV, Sergey Ivanovich (Cyrillic: НЕВЕРОВ, Сергей Иванович) (a.k.a. NEVEROV, Sergei Ivanovich), Russia; DOB 21 Dec 1961; POB Tashtagol, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

NEVNOV (a.k.a. NEVSKIY NEWS LLC; a.k.a. NEVSKIYE NOVOSTI), d. 11 korp. 2 pom. 327-N, ul. Staroderevenskaya, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: LIMITED LIABILITY COMPANY CONCORD MANAGEMENT AND CONSULTING).

NEVSKIY NEWS LLC (a.k.a. NEVNOV; a.k.a. NEVSKIYE NOVOSTI), d. 11 korp. 2 pom. 327-N, ul. Staroderevenskaya, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: LIMITED LIABILITY COMPANY CONCORD MANAGEMENT AND CONSULTING).

NEVSKIY ZAVOD CLOSED COMPANY (a.k.a. JOINT STOCK COMPANY NEVSKY ZAVOD), Obukhovskoi Oborony Pr D. 51, St. Petersburg 192029, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806369727 (Russia); Registration Number 1077847587003 (Russia) [RUSSIA-EO14024].

NEVSKIYE NOVOSTI (a.k.a. NEVNOV; a.k.a. NEVSKIY NEWS LLC), d. 11 korp. 2 pom. 327-N, ul. Staroderevenskaya, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: LIMITED LIABILITY COMPANY CONCORD MANAGEMENT AND CONSULTING).

NEVSKOE DESIGN AND CONSTRUCTION OFFICE (a.k.a. JOINT PUBLIC STOCK COMPANY NEVSKOE DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY NEVSKOYE PROJECT AND DESIGN BUREAU; a.k.a. JSC NEVSKOE PKB (Cyrillic: АО НЕВСКОЕ ПКБ); a.k.a. JSC NEVSKOYE PROYEKTNO-KONSTRUKTORSKOYE BYURO (Cyrillic: АО НЕВСКОЕ ПРОЕКТНО-КОНСТРУКТОРСКОЕ БЮРО); a.k.a. NEVSKOE DESIGN BUREAU; a.k.a. NEVSKOE DESIGN BUREAU JPSC), Galerny Proezd 3, Saint-Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Sep 1995; Tax ID No. 7801074335 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

NEVSKOE DESIGN BUREAU (a.k.a. JOINT PUBLIC STOCK COMPANY NEVSKOE DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY NEVSKOYE PROJECT AND DESIGN BUREAU; a.k.a. JSC NEVSKOE PKB (Cyrillic: АО НЕВСКОЕ ПКБ); a.k.a. JSC NEVSKOYE PROYEKTNO-KONSTRUKTORSKOYE BYURO (Cyrillic: АО НЕВСКОЕ ПРОЕКТНО-КОНСТРУКТОРСКОЕ БЮРО); a.k.a. NEVSKOE DESIGN AND CONSTRUCTION OFFICE; a.k.a. NEVSKOE DESIGN BUREAU JPSC), Galerny Proezd 3, Saint-Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Sep 1995; Tax ID No. 7801074335 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

NEVSKOE DESIGN BUREAU JPSC (a.k.a. JOINT PUBLIC STOCK COMPANY NEVSKOE DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY NEVSKOYE PROJECT AND DESIGN BUREAU; a.k.a. JSC NEVSKOE PKB (Cyrillic: АО НЕВСКОЕ ПКБ); a.k.a. JSC NEVSKOYE PROYEKTNO-KONSTRUKTORSKOYE BYURO (Cyrillic: АО НЕВСКОЕ ПРОЕКТНО-КОНСТРУКТОРСКОЕ БЮРО); a.k.a. NEVSKOE DESIGN AND CONSTRUCTION OFFICE; a.k.a. NEVSKOE DESIGN BUREAU), Galerny Proezd 3, Saint-Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Sep 1995; Tax ID No. 7801074335 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

NEVZOROV, Boris Alexandrovich (Cyrillic: НЕВЗОРОВ, Борис Александрович), Russia; DOB 21 Sep 1955; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NEW AGE SHIPPING LIMITED (a.k.a. NEW AGE SHIPPING LTD-BZE), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

NEW AGE SHIPPING LTD-BZE (a.k.a. NEW AGE SHIPPING LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

NEW AHMADI COMPANY LTD (a.k.a. NEW AHMADI LTD.; a.k.a. NEW AHMADY LTD), Sarafi Market, Shop 48/49, Gereshk, Helmand, Afghanistan [SDNTK].

NEW AHMADI LTD. (a.k.a. NEW AHMADI COMPANY LTD; a.k.a. NEW AHMADY LTD), Sarafi Market, Shop 48/49, Gereshk, Helmand, Afghanistan [SDNTK].

NEW AHMADY LTD (a.k.a. NEW AHMADI COMPANY LTD; a.k.a. NEW AHMADI LTD.), Sarafi Market, Shop 48/49, Gereshk, Helmand, Afghanistan [SDNTK].

NEW AHMADY LTD. KANDAHAR (a.k.a. MOHAMMAD WALI MONEY EXCHANGE), Sarafi Market, Fourth Floor, Shop #1, Kandahar, Afghanistan [SDNTK].

NEW ANSARI COMPANY (a.k.a. NAWI ANSARI LTD; a.k.a. NEW ANSARI MONEY EXCHANGE; a.k.a. NEW ANSARI MONEY SERVICES PROVIDER), Shop No. 93, 1st Floor, Sarai Shahzada Market, Kabul, Afghanistan; Pul-i-Baghe Omomee, Shahzada Money Market, Kabul, Afghanistan; Shahr-i-Naw, Kabul, Afghanistan; 2nd Floor, Soraj Nazeer Market, Shop No. 30-301, Kabul, Afghanistan; 1st Street, Madat Intersection, Sharif Market, Kandahar, Afghanistan; Afghan United Bank Building, Hayratan, Afghanistan; Afghan United Bank Building, Hairatan, Afghanistan; Herat New City, Behzad Intersection, Next to 10th Intersection, Herat, Afghanistan; Jalalabad, Afghanistan; 30 Meters Street, Sharif, Nimroz, Afghanistan; Spin Boldak, Kandahar, Afghanistan; Dubai, United Arab Emirates; Tax ID No. 004800015 (Afghanistan) [SDNTK].

NEW ANSARI LTD, Shahri Naw Turah Baz Khan Street, Kabul, Afghanistan; Kandahar, Afghanistan; Helmand, Afghanistan; Farah, Afghanistan; Nimroz, Afghanistan; Urozgan, Afghanistan; Herat, Afghanistan; Badghis, Afghanistan; Mazar-i-Sharif, Afghanistan; Qundoz, Afghanistan; Jalalabad, Afghanistan; Ghanzi, Afghanistan; Ghazni, Afghanistan [SDNTK].

NEW ANSARI MONEY EXCHANGE (a.k.a. NAWI ANSARI LTD; a.k.a. NEW ANSARI COMPANY; a.k.a. NEW ANSARI MONEY SERVICES PROVIDER), Shop No. 93, 1st Floor, Sarai Shahzada Market, Kabul, Afghanistan; Pul-i-Baghe Omomee, Shahzada Money Market, Kabul, Afghanistan; Shahr-i-Naw, Kabul, Afghanistan; 2nd Floor, Soraj Nazeer Market, Shop No. 30-301, Kabul, Afghanistan; 1st Street, Madat Intersection, Sharif Market, Kandahar, Afghanistan; Afghan United Bank Building, Hayratan, Afghanistan; Afghan United Bank Building, Hairatan, Afghanistan; Herat New City, Behzad Intersection, Next to 10th Intersection, Herat, Afghanistan; Jalalabad, Afghanistan; 30 Meters Street, Sharif, Nimroz, Afghanistan; Spin Boldak, Kandahar, Afghanistan; Dubai, United

Arab Emirates; Tax ID No. 004800015 (Afghanistan) [SDNTK].

NEW ANSARI MONEY SERVICES PROVIDER (a.k.a. NAWI ANSARI LTD; a.k.a. NEW ANSARI COMPANY; a.k.a. NEW ANSARI MONEY EXCHANGE), Shop No. 93, 1st Floor, Sarai Shahzada Market, Kabul, Afghanistan; Pul-i-Baghe Omomee, Shahzada Money Market, Kabul, Afghanistan; Shahr-i-Naw, Kabul, Afghanistan; 2nd Floor, Soraj Nazeer Market, Shop No. 30-301, Kabul, Afghanistan; 1st Street, Madat Intersection, Sharif Market, Kandahar, Afghanistan; Afghan United Bank Building, Hayratan, Afghanistan; Afghan United Bank Building, Hairatan, Afghanistan; Herat New City, Behzad Intersection, Next to 10th Intersection, Herat, Afghanistan; Jalalabad, Afghanistan; 30 Meters Street, Sharif, Nimroz, Afghanistan; Spin Boldak, Kandahar, Afghanistan; Dubai, United Arab Emirates; Tax ID No. 004800015 (Afghanistan) [SDNTK].

NEW ARCTIC SHIPPING LIMITED LIABILITY COMPANY (Cyrillic: НОВОЕ АРКТИЧЕСКОЕ ПАРОХОДСТВО ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (f.k.a. MEDVEZHYA GORA OOO), d. 3A str. 4 etazh 1 pom. 7, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Aug 2019; Tax ID No. 7704471009 (Russia); Government Gazette Number 41291624 (Russia); Registration Number 1197746527714 (Russia) [RUSSIA-EO14024] (Linked To: AKVAMARIN LIMITED LIABILITY COMPANY).

NEW BLOCKCHAIN ADVISORY CO., LTD (Chinese Traditional: 倉新區塊鏈顧問有限公司) (a.k.a. NOVO BLOCKCHAIN CONSULTORIA LDA), Macau, China; Fang Kun, Ying Bin N0521, Xing He Wan, Guangzhou 510000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Commercial Registry Number 72424 (Macau) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY DEVICE CONSULTING).

NEW CENTURY IMPORT AND EXPORT CO. LTD (a.k.a. NINGBO NEW CENTURY IMPORT AND EXPORT COMPANY, LTD.), 5 Hongtang South Road, Jiangbei, Ningbo 315033, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NEW CHAGAI TRADING COMPANY (a.k.a. HAJI MOHAMMED QASIM HAWALA; a.k.a. HAJI MUHAMMAD QASIM SARAFI; a.k.a. MUSA KALIM HAWALA; a.k.a. RAHAT LTD; a.k.a. RAHAT LTD. SARAFI; a.k.a. RAHAT TRADING COMPANY), Room 33, 5th Floor, Sarafi Market, Kandahar, Afghanistan; Shop 4, Azizi Bank, Haji Muhammad Isa Market, Wesh (Waish), Spin Boldak, Afghanistan; Dr Barno Road, Quetta, Pakistan; Haji Mohammed Plaza, Tol Aram Road, near Jamal Dean Afghani Road, Quetta, Pakistan; Kandari Bazar, Quetta, Pakistan; Safaar Bazaar, Garmsir, Afghanistan; Nimruz, Afghanistan; Chahgay Bazaar, Chahgay, Pakistan; Gereshk, Afghanistan; Chaman, Pakistan; Lashkar Gah, Afghanistan; Zahedan, Iran; Musa Qal'ah District Center Bazaar, Musa Qal'ah, Helmand Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

NEW EASTERN OUTLOOK, Russia; Website journal-neo.org; Secondary sanctions risk: See Section 11 of Executive Order 14024. [RUSSIA-EO14024].

NEW EASTERN SHIPPING CO LTD, Marshall Islands; 10 Anson Road, #17-00 International Plaza, 079903, Singapore; Wan Yue City, 1124, Riyuan Erli, Huli Qu, Xiamen, Fujian, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 6133570 [DPRK4].

NEW EUROPEAN PIPELINE AG (a.k.a. NORD STREAM 2 AG), Baarerstrasse 52, Zug 6300, Switzerland; Gotthardstrasse 2, Zug 6300, Switzerland; Bahnhofstrasse 10, Zug 6301, Switzerland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number CHE-444.239.548 (Switzerland); Business Registration Number CH-170.3.039.850-1 (Switzerland) [RUSSIA-EO14024] [PEESA-EO14039].

NEW FAR INTERNATIONAL LOGISTICS LIMITED (Chinese Traditional: 新達國際物流有限公司) (a.k.a. NEW FAR INTERNATIONAL LOGISTICS LTD; a.k.a. "NEW FAR INTERNATIONAL"), Wan Chai, Hong Kong; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Identification Number IMO 6075135; Business Registration Number 2758016 (Hong Kong) [IRAN-EO13846].

NEW FAR INTERNATIONAL LOGISTICS LTD (a.k.a. NEW FAR INTERNATIONAL LOGISTICS LIMITED (Chinese Traditional: 新達國際物流有限公司); a.k.a. "NEW FAR INTERNATIONAL"), Wan Chai, Hong Kong; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Identification Number IMO 6075135; Business Registration Number 2758016 (Hong Kong) [IRAN-EO13846].

NEW GENERATION CARTEL OF JALISCO (a.k.a. CARTEL DE JALISCO NUEVA GENERACION; a.k.a. CJNG; a.k.a. JALISCO NEW GENERATION CARTEL), Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [SDNTK] [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

NEW HORIZON ORGANIZATION (a.k.a. THE INTERNATIONAL INSTITUTE OF INDEPENDENT THINKERS AND ARTISTS), 1st Floor, No. 91, East 2nd Aseman St., Aseman St., Ketab Sq., Tehran, Iran; Website newhorizon.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: ISLAMIC

REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NEW HORIZONS TRADING LIMITED, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Aug 2022; Company Number 3185490 (Hong Kong); Business Registration Number 74373487 (Hong Kong) [RUSSIA-EO14024] (Linked To: FABCENTER LLC; Linked To: OSTEC-ARTTOOL LTD).

NEW IDEA GUANGZHOU TECHNOLOGY CO. LTD. (Chinese Simplified: 新设想广州科技有限公司), 122 Self-edited 408 (A288), No. 36 Daguan South Rd, Tianhe District, Guangzhou 510660, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Dec 2020; Unified Social Credit Code (USCC) 91440101MA9W2FJX55 (China) [RUSSIA-EO14024].

NEW IRISH REPUBLICAN ARMY (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRA ARMY COUNCIL; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. "NEW IRA"; a.k.a. "NIRA"; a.k.a. "REAL IRA"; a.k.a. "RIRA"), Ireland; Northern Ireland, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

NEW JIHAD (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

NEW KACH MOVEMENT (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

NEW LAND MONEY EXCHANGE COMPANY (a.k.a. AL ARDH AL JADIDA; a.k.a. AL-ARD AL-JADIDAH MONEY EXCHANGE COMPANY; a.k.a. AL-ARDH AL-JADEEDA EXCHANGE COMPANY), Iraq; Hajin, Dayr az Zawr Province, Syria; Sanliurfa, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 9647807798905; alt. Phone Number 964805611259; alt. Phone Number 9647905886647 [SDGT].

NEW LINE EXCHANGE TRUST CO., 2901 Omar and Khaled Richani Building, Beirut, Lebanon; 2901 Icaria, Ras Beirut, Lebanon [SDNTK].

NEW MARQUETALIA (a.k.a. LA NUEVA MARQUETALIA; a.k.a. SECOND MARQUETALIA; a.k.a. SEGUNDA MARQUETALIA; a.k.a. "ARMED ORGANIZED RESIDUAL GROUP SEGUNDA MARQUETALIA"; a.k.a. "FARC DISSIDENTS SEGUNDA MARQUETALIA"; a.k.a. "FARC-D SEGUNDA MARQUETALIA"; a.k.a. "GAO-R SEGUNDA MARQUETALIA"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL SEGUNDA MARQUETALIA"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP SEGUNDA MARQUETALIA"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS SEGUNDA MARQUETALIA"), Colombia; Venezuela; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

NEW MOSCOW BANK, Bolshoy Savvinsky Per., D. 2-4-6, P. 10, Moscow 119435, Russia; SWIFT/BIC NEWMRUMM; Website www.nmbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7703008207 (Russia); Legal Entity Number 253400DPF6NDJQ654T78; Registration Number 1027700128796 (Russia) [RUSSIA-EO14024].

NEW OCEAN INTERNATIONAL TRADING FZE (a.k.a. NEW OCEAN TRADING AND IMPORT COMPANY; a.k.a. NEW OCEAN TRADING FZE), Hamriyah Business Center, Sharjah, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2019; Organization Type: Wholesale and retail trade [SDGT] (Linked To: ANSARALLAH).

NEW OCEAN TRADING AND IMPORT COMPANY (a.k.a. NEW OCEAN INTERNATIONAL TRADING FZE; a.k.a. NEW OCEAN TRADING FZE), Hamriyah Business Center, Sharjah, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2019; Organization Type: Wholesale and retail trade [SDGT] (Linked To: ANSARALLAH).

NEW OCEAN TRADING FZE (a.k.a. NEW OCEAN INTERNATIONAL TRADING FZE; a.k.a. NEW OCEAN TRADING AND IMPORT COMPANY), Hamriyah Business Center, Sharjah, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2019; Organization Type: Wholesale and retail trade [SDGT] (Linked To: ANSARALLAH).

NEW PEOPLE'S ARMY (a.k.a. COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. NEW PEOPLE'S ARMY / COMMUNIST PARTY OF

THE PHILIPPINES; a.k.a. NPA; a.k.a. "CPP"; a.k.a. "NPP/CPP"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

NEW PEOPLE'S ARMY / COMMUNIST PARTY OF THE PHILIPPINES (a.k.a. COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. NEW PEOPLE'S ARMY; a.k.a. NPA; a.k.a. "CPP"; a.k.a. "NPP/CPP"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

NEW RUSSIA PARTY (a.k.a. NOVOROSSIYA PARTY), Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

NEW SECUROL (a.k.a. SECUROL ADVANCED GLAZING CURTAINS; a.k.a. SECUROL GLASS CURTAINS), Floor 1, Badr Building, Khalde, Ebbeh, Aley, Lebanon; Tyre, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Mar 2014; Commercial Registry Number 2037210 (Lebanon) [SDGT] (Linked To: KHAFAJA, Jamil Mohamad).

NEW SUN INVESTMENTS (a.k.a. NEW SUN INVESTMENTS PRIVATE LIMITED; a.k.a. NEW SUN INVESTMENTS PVT LTD), Benhaage, Hithadhoo, Addu City 19020, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 05 Mar 2015; Registration Number C-0250/2015 (Maldives) [SDGT] (Linked To: NAUSHAD SHAREEF, Mohamed).

NEW SUN INVESTMENTS PRIVATE LIMITED (a.k.a. NEW SUN INVESTMENTS; a.k.a. NEW SUN INVESTMENTS PVT LTD), Benhaage, Hithadhoo, Addu City 19020, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 05 Mar 2015; Registration Number C-0250/2015 (Maldives) [SDGT] (Linked To: NAUSHAD SHAREEF, Mohamed).

NEW SUN INVESTMENTS PVT LTD (a.k.a. NEW SUN INVESTMENTS; a.k.a. NEW SUN INVESTMENTS PRIVATE LIMITED), Benhaage, Hithadhoo, Addu City 19020, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 05 Mar 2015; Registration Number C-0250/2015 (Maldives) [SDGT] (Linked To: NAUSHAD SHAREEF, Mohamed).

NEW TECHNOLOGIES (a.k.a. NOVYE TEKHNOLOGII), ul. Admiralteiskaya, d. 3, floor 2, pomeshch. 1013, Kazan 420030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1656069657 (Russia); Registration Number 1131690023178 (Russia) [RUSSIA-EO14024].

NEW TRANSSHIPMENT FZE, FZJOA0605, Jebel Ali Freezone, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 16655449 (United Arab Emirates); Economic Register Number (CBLS) 11905512 (United Arab Emirates) [RUSSIA-EO14024].

NEW WALLY TARGET INTERNATIONAL TRADE CO LIMITED, Flat/Rm B3 19/F, Tung Lee Commercial Building 91-97 Jervois Street, Sheung Wan, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Jul 2018; Business Registration Number 69586803 (Hong Kong) [RUSSIA-EO14024].

NEW WAY GROUP GLOBAL DANISMANLIK TICARET LIMITED SIRKETI, Gurpinar Mah, Filiz SK, No: 3/1, Beylikduzu, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Oct 2021; Chamber of Commerce Number 1326252 (Turkey); Business Registration Number 335915-5 (Turkey); Central Registration System Number 0631-1609-4070-0001 (Turkey) [RUSSIA-EO14024].

NEW, Daw Than Than (a.k.a. NWE, Than Than), Naypyitaw, Burma; DOB 26 Feb 1954; nationality Burma; Gender Female; National ID No. 9MAYAMAN007349 (Burma) (individual) [BURMA-EO14014].

NEWAY TECHNOLOGIES LIMITED, Room 606 Celebrity Comm, Centre 64 Castle Peak Road, Sham Shuipo, Hong Kong, China; Unit D7, 3/F., Block D, 18-24 Kwai Cheong Road, Mai Shun Industrial Building, Kwai Chung, New Territories, Hong Kong, China; Room 1206, Hua Lianfa West Building, Hua Qiang North Road, Futian District, Shenzhen, Guangdong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 1252800 (Hong Kong) [RUSSIA-EO14024]

(Linked To: LIMITED LIABILITY COMPANY COMFORT MAX).

NEWKACH.ORG (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

NEWS AGENCY INFOROS (a.k.a. IA INFOROS, ООО (Cyrillic: ООО ИА ИНФОРОС); a.k.a. INFOROS INFORMATION AGENCY, CO, LTD.), Moscow, Russia; Website inforos.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Type: News agency activities; Tax ID No. 5025021509 (Russia) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

NEWSFRONT, Ukraine; Website news-front.info; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Type: News agency activities [NPWMD] [CYBER2] [CAATSA - RUSSIA] [ELECTION-EO13848] (Linked To: FEDERAL SECURITY SERVICE).

NEWTECK WELL SERVICE LLC (Cyrillic: ООО НЬЮТЕХ ВЕЛЛ СЕРВИС) (a.k.a. NYUTEKH

VELL SERVICE), Ul. Surgutskaya d. 14, str. 1, Nefteyugansk 628309, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 4205237960 (Russia); Registration Number 1124205002239 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

NEWTON ITM (a.k.a. ENGINEERING CENTER SDM LLC; a.k.a. LIMITED LIABILITY COMPANY NEYUTON ITM; a.k.a. NEYUTON ITM), Prkt Mira D. 102, Str. 31, Pomeshch 4N/3, Moscow 129626, Russia; 13/3 Tikhaya St., Floor 4, r/p Zarechye, Odintsovo 143085, Russia; 69 km MKAD, OOK ZAO Greenwood, Bld. 9, Putilkovo 143085, Russia; 28A Pulkovo Highway, Pulkovo Star, Saint Petersburg 196158, Russia; 4B Automobile Street, Pushkin, Saint Petersburg, 196650, Russia; 79 Chkalov Street, Kozelsk 249722, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032295067 (Russia); Registration Number 1185024007398 (Russia) [RUSSIA-EO14024].

NEWTON TRADING FZE (Arabic: نيوتن تريدينغ م م ح), P1-ELOB Office No. E-42F-11, Sharjah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 20 Feb 2020; License 18532 (United Arab Emirates); Economic Register Number (CBLS) 11583135 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

NEXIGN JOINT STOCK COMPANY (Cyrillic: НЭКСАЙН АКЦИОНЕРНОЕ ОБЩЕСТВО) (a.k.a. "NEKSAIN AO"), d. 4 litera B pom. 22N, ul. Uralskaya, St. Petersburg 199155, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Mar 1992; Organization Type: Other information technology and computer service activities; Tax ID No. 7801019126 (Russia); Government Gazette Number 11150642 (Russia); Registration Number 1027809251744 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY USM TELECOM).

NEYRIZ STEEL, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

NEYUTON ITM (a.k.a. ENGINEERING CENTER SDM LLC; a.k.a. LIMITED LIABILITY COMPANY NEYUTON ITM; a.k.a. NEWTON ITM), Prkt Mira D. 102, Str. 31, Pomeshch 4N/3, Moscow 129626, Russia; 13/3 Tikhaya St., Floor 4, r/p Zarechye, Odintsovo 143085, Russia; 69 km MKAD, OOK ZAO Greenwood, Bld. 9, Putilkovo 143085, Russia; 28A Pulkovo Highway, Pulkovo Star, Saint Petersburg 196158, Russia; 4B Automobile Street, Pushkin, Saint Petersburg, 196650, Russia; 79 Chkalov Street, Kozelsk 249722, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032295067 (Russia); Registration Number 1185024007398 (Russia) [RUSSIA-EO14024].

NEZAM, Abu (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

NEZHAD, Ismail Akbar (a.k.a. AKBARNEJAD, Esmaeil Ghaani; a.k.a. GHA'ANI, Esma'il; a.k.a. GHAANI, Esmail; a.k.a. GHANI, Esmail; a.k.a. QA'ANI, Esma'il; a.k.a. QANI, Esmail); DOB 08 Aug 1957; POB Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D9003033 (Iran); alt. Passport D9008347 (Iran) issued 18 Jul 2010 expires 18 Jul 2015 (individual) [SDGT] [IRGC] [IFSR].

NEZHDANOVA, Yevgeniya Vitalyevna, Russia; DOB 07 May 1981; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: INFOROS, OOO).

NEZHENTSEV, Aleksandr Vitalyevich, Russia; DOB 10 Nov 1992; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

NG, Serena Bee Lin, Singapore; DOB 25 Jan 1958; POB Singapore; nationality Singapore; citizen Singapore; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. S1296118I (Singapore) (individual) [RUSSIA-EO14024] (Linked To: ASIA TRADING & CONSTRUCTION PTE LTD).

NGAIKOISSET, Eugene (a.k.a. NGAIKOSSE, Eugene Barret; a.k.a. NGAIKOSSET, Eugene Barret; a.k.a. NGAIKOUESSET, Eugene; a.k.a. NGAKOSSET, Eugene; a.k.a. "The Butcher of Paoua"), Bangui, Central African Republic; DOB 08 Oct 1967; alt. DOB 10 Aug 1967; POB Bossangoa, Central African Republic; nationality Central African Republic; Identification Number 911-10-77 (Central African Republic) (individual) [CAR].

NGAIKOSSE, Eugene Barret (a.k.a. NGAIKOISSET, Eugene; a.k.a. NGAIKOSSET, Eugene Barret; a.k.a. NGAIKOUESSET, Eugene; a.k.a. NGAKOSSET, Eugene; a.k.a. "The Butcher of Paoua"), Bangui, Central African Republic; DOB 08 Oct 1967; alt. DOB 10 Aug 1967; POB Bossangoa, Central African Republic; nationality Central African Republic; Identification Number 911-10-77 (Central African Republic) (individual) [CAR].

NGAIKOSSET, Eugene Barret (a.k.a. NGAIKOISSET, Eugene; a.k.a. NGAIKOSSE, Eugene Barret; a.k.a. NGAIKOUESSET, Eugene; a.k.a. NGAKOSSET, Eugene; a.k.a. "The Butcher of Paoua"), Bangui, Central African Republic; DOB 08 Oct 1967; alt. DOB 10 Aug 1967; POB Bossangoa, Central African Republic; nationality Central African Republic; Identification Number 911-10-77 (Central African Republic) (individual) [CAR].

NGAIKOUESSET, Eugene (a.k.a. NGAIKOISSET, Eugene; a.k.a. NGAIKOSSE, Eugene Barret; a.k.a. NGAIKOSSET, Eugene Barret; a.k.a. NGAKOSSET, Eugene; a.k.a. "The Butcher of Paoua"), Bangui, Central African Republic; DOB 08 Oct 1967; alt. DOB 10 Aug 1967; POB Bossangoa, Central African Republic; nationality Central African Republic; Identification Number 911-10-77 (Central African Republic) (individual) [CAR].

NGAKOSSET, Eugene (a.k.a. NGAIKOISSET, Eugene; a.k.a. NGAIKOSSE, Eugene Barret; a.k.a. NGAIKOSSET, Eugene Barret; a.k.a. NGAIKOUESSET, Eugene; a.k.a. "The Butcher of Paoua"), Bangui, Central African Republic; DOB 08 Oct 1967; alt. DOB 10 Aug 1967; POB Bossangoa, Central African Republic;

nationality Central African Republic; Identification Number 911-10-77 (Central African Republic) (individual) [CAR].

NGAN HANG LIEN DOANH VIET- NGA (a.k.a. VIETNAM-RUSSIA JOINT VENTURE BANK), No.1 Yet Kieu str., Hoan Kiem District, Hanoi, Vietnam; Floor 1, 2nd Floor, No 1, Yet Kieu Street,, Tran Hung Dao Ward, Hoan Kiem District, Hanoi, Vietnam; SWIFT/BIC VRBAVNVX; Website vrbank.com.vn/en; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration Number 0102100878 (Vietnam) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

NGARUYE MPUMURO, Baudouin (a.k.a. NGARUYE WA MYAMURO, Baudoin; a.k.a. NGARUYE, Baudoin); DOB 1978; POB Lusamambo, Lubero territory, Democratic Republic of the Congo; Colonel (individual) [DRCONGO].

NGARUYE WA MYAMURO, Baudoin (a.k.a. NGARUYE MPUMURO, Baudouin; a.k.a. NGARUYE, Baudoin); DOB 1978; POB Lusamambo, Lubero territory, Democratic Republic of the Congo; Colonel (individual) [DRCONGO].

NGARUYE, Baudoin (a.k.a. NGARUYE MPUMURO, Baudouin; a.k.a. NGARUYE WA MYAMURO, Baudoin); DOB 1978; POB Lusamambo, Lubero territory, Democratic Republic of the Congo; Colonel (individual) [DRCONGO].

NGO TURATH (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

NGOMA, Willy (a.k.a. "Pap"; a.k.a. "RUTIKANGA, Ngarurira Ingoma"), Bunagana, North Kivu, Congo, Democratic Republic of the; DOB 1974; POB Kinigi, Rwanda; nationality Rwanda; alt. nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO] (Linked To: M23).

NGUDJOLO CHUI, Mathieu (a.k.a. CUI NGUDJOLO; a.k.a. NGUDJOLO, Cui Cui; a.k.a. NGUDJOLO, Mathieu; a.k.a. NGUDJOLO, Matthieu Cui; a.k.a. TCHUI, Mathieu Ngudjolo); DOB 08 Oct 1970; POB Bunia, Ituri District, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

NGUDJOLO, Cui Cui (a.k.a. CUI NGUDJOLO; a.k.a. NGUDJOLO CHUI, Mathieu; a.k.a. NGUDJOLO, Mathieu; a.k.a. NGUDJOLO, Matthieu Cui; a.k.a. TCHUI, Mathieu Ngudjolo); DOB 08 Oct 1970; POB Bunia, Ituri District, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

NGUDJOLO, Mathieu (a.k.a. CUI NGUDJOLO; a.k.a. NGUDJOLO CHUI, Mathieu; a.k.a. NGUDJOLO, Cui Cui; a.k.a. NGUDJOLO, Matthieu Cui; a.k.a. TCHUI, Mathieu Ngudjolo); DOB 08 Oct 1970; POB Bunia, Ituri District, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

NGUDJOLO, Matthieu Cui (a.k.a. CUI NGUDJOLO; a.k.a. NGUDJOLO CHUI, Mathieu; a.k.a. NGUDJOLO, Cui Cui; a.k.a. NGUDJOLO, Mathieu; a.k.a. TCHUI, Mathieu Ngudjolo); DOB 08 Oct 1970; POB Bunia, Ituri District, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

NGUYEN, Quang Viet, Vietnam; DOB 12 Oct 1993; nationality Vietnam; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; National ID No. 122094898 (Vietnam) (individual) [DPRK4] (Linked To: AMNOKGANG TECHNOLOGY DEVELOPMENT COMPANY).

NI, Gaobin (Chinese Simplified: 倪高彬), Hubei Province, China; DOB 27 Oct 1985; POB Jingzhou Municipality, China; nationality China; citizen China; Gender Male; National ID No. 421003198510272917 (China) (individual) [CYBER2].

NIA INTERNATIONAL, 69 Circular Road, Lahore, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: SHEIKH, Umair Naeem).

NIANG, Mame Mandiaye, The Hague, Netherlands; DOB 20 Sep 1960; POB Dakar, Senegal; nationality Senegal; Gender Male; Passport A02027828 (Senegal) expires 22 Nov 2022 (individual) [ICC-EO14203].

NIAZI ANGILI EBRAHIM, Majid Reza (a.k.a. NAYYARI ANGILI, Majid Rida; a.k.a. NIYAZI-ANGILI, Majid Reza (Arabic: مجید رضا نیازی انگیلی)), Iran; DOB 23 Feb 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0030171628 (Iran) (individual) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

NICANDRO, Barrera Mendoza (a.k.a. BARRERA MEDRANO, Nicandro; a.k.a. BARRERA MENDOZA, Nicandro; a.k.a. BARRERA, Nicandro; a.k.a. BARRERA, Robert; a.k.a. "CHAPARRO"; a.k.a. "CHATO"; a.k.a. "EL NICA"; a.k.a. "EL NICE"; a.k.a. "EL NICO"; a.k.a. "NICA"; a.k.a. "NICO"), c/o Purepecha Trucking Co., Uruapan, Michoacan, Mexico; DOB 02 Nov 1964; POB Michoacan, Mexico; citizen Mexico; C.U.R.P. BAMN641102HMNRDC02 (Mexico) (individual) [SDNTK].

NICARAGUAN NATIONAL POLICE (a.k.a. POLICIA NACIONAL DE NICARAGUA; a.k.a. "NNP"), Centro Comercial Metrocentro, 2 Cuadras al Este, Edificio Faustino Ruiz (Plaza el Sol), Managua, Nicaragua [NICARAGUA] [NICARAGUA-NHRAA].

NICARAGUAN PETROLEUM DISTRIBUTOR (a.k.a. DISTRIBUIDORA NICARAGUENSE DE PETROLEO, S.A.; a.k.a. DNP PETRONIC; a.k.a. DNP-PETRONIC; a.k.a. "DNP"; a.k.a. "DNP S.A."), Ofiplaza El Retiro Edificio 8, Segundo Piso, Managua, Nicaragua; Rotonda El Gueguense 2, Managua, Nicaragua; Website http://www.dnppetronic.com.ni; Email Address dnp@dnp.com.ni; RUC # J0310000005010 (Nicaragua) [NICARAGUA].

NICE FANTASY GARMENT COMPANY LTD., 391/6 - 391/9 Soi Santi Thetsaban, Ratchada Phisek Road, Lat Yao precinct, Chatuchak district, Bangkok, Thailand [SDNTK].

NICEBERG LIMITED LIABILITY COMPANY, Ter. Grinvud Str. 19, Office 51, Kom. 42, Putilkovo 143440, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Jun 2023; Tax ID No. 5024233518 (Russia); Registration Number 1235000075342 (Russia) [RUSSIA-EO14024].

NICKAEIN RAVARI, Amir Hossein (a.k.a. NIKAEEN RAVARI, Amir Hossein; a.k.a. NIKA'IN, Amir Hosein), Iran; DOB 13 Apr 1992; POB Meybod, Yazd Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT 1H939dom7i4WDLCKyGbXUp3fs9CSTNRzgL; alt. Digital Currency Address - XBT bc1qsxf77cvwcd6jv6j8d8j3uhh4g0xqw4meswmwuc; alt. Digital Currency Address - XBT bc1q9lvynkfpaw330uhqmunzdz6gmafsvapv7y3zty; alt. Digital Currency Address - XBT bc1qpaly5nm7pfka9v92d6qvl4fc2l9xzee8a6ys3s; National ID No. 4480046429 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

NICO ENGINEERING LIMITED, 41, 1st Floor, International House, The Parade, St. Helier JE2 3QQ, Jersey; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 75797 (Jersey); all offices worldwide [IRAN].

NIEBLA CORDOSA, Rosario (a.k.a. NIEBLA CORDOZA, Rosario), c/o NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o JAMARO CONSTRUCTORES S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ESTABLO PUERTO RICO S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ROSARIO NIEBLA CARDOZA A. EN P., Culiacan, Sinaloa, Mexico; Calle Ciudades de Hermanas # 277, Colonia Guadalupe, Culiacan, Sinaloa, Mexico; La Calle Jesus Clark Flores # 48, Octava Seccion, Fraccionamiento Chapultepec, Tijuana, Baja California, Mexico; Avenida Paseo Lomas De Mazatlan 6, Lomas De Mazatlan, Mazatlan, Sinaloa 82110, Mexico; Calle Ciudad Victoria 1168, Las Quintas, Culiacan, Sinaloa 80060, Mexico; S Madre Occidental 1323, Culiacan, Sinaloa 80178, Mexico; Avenida Manuel Vallarta 2141, Colonia Centro, Culiacan, Sinaloa 80129, Mexico; Calle Ciudad de Hermosillo # 1168, Fraccionamiento Las Quintas, Culiacan, Sinaloa 80060, Mexico; DOB 06 Oct 1946; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. NICR-461006-T36 (Mexico); C.U.R.P. NICR461006MSLBRS09 (Mexico) (individual) [SDNTK].

NIEBLA CORDOZA, Rosario (a.k.a. NIEBLA CORDOSA, Rosario), c/o NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o JAMARO CONSTRUCTORES S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ESTABLO PUERTO RICO S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ROSARIO NIEBLA CARDOZA A. EN P., Culiacan, Sinaloa, Mexico; Calle Ciudades de Hermanas # 277, Colonia Guadalupe, Culiacan, Sinaloa, Mexico; La Calle Jesus Clark Flores # 48, Octava Seccion, Fraccionamiento Chapultepec, Tijuana, Baja California, Mexico; Avenida Paseo Lomas De Mazatlan 6, Lomas De Mazatlan, Mazatlan, Sinaloa 82110, Mexico; Calle Ciudad Victoria 1168, Las Quintas, Culiacan, Sinaloa 80060, Mexico; S Madre Occidental 1323, Culiacan, Sinaloa 80178, Mexico; Avenida Manuel Vallarta 2141, Colonia Centro, Culiacan, Sinaloa 80129, Mexico; Calle Ciudad de Hermosillo # 1168, Fraccionamiento Las Quintas, Culiacan, Sinaloa 80060, Mexico; DOB 06 Oct 1946; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. NICR-461006-T36 (Mexico); C.U.R.P. NICR461006MSLBRS09 (Mexico) (individual) [SDNTK].

NIEBLA GONZALEZ, Adelmo (a.k.a. NIEBLAS NAVA, Guillermo; a.k.a. "EL M"; a.k.a. "EL MEMO"); DOB 21 Dec 1958; citizen Mexico (individual) [SDNTK].

NIEBLAS NAVA, Guillermo (a.k.a. NIEBLA GONZALEZ, Adelmo; a.k.a. "EL M"; a.k.a. "EL MEMO"); DOB 21 Dec 1958; citizen Mexico (individual) [SDNTK].

NIETO FIERRO, Heber (a.k.a. "EVER NIETO"), Mexico; DOB 28 Sep 1975; POB Chihuahua, Mexico; nationality Mexico; Gender Male; C.U.R.P. NIFH750928HCHTRB04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

NIETO GONZALEZ, Rogelio; DOB 13 Mar 1978; POB Matamoros, Tamaulipas, Mexico; R.F.C. NIGR780313JK2 (Mexico); C.U.R.P. NIGR780313HTSTNG02 (Mexico) (individual) [SDNTK].

NIEVES Y PALETAS EVI (a.k.a. "NIEVESYPALETASEVI"), Boulevard San Angel 3270, Estrella Nueva Galicia, San Benito, Culiacan, Sinaloa 80280, Mexico; Culiacan, Sinaloa, Mexico; Pueblos Unidos, Sinaloa, Mexico; Tacuichamona, Sinaloa, Mexico; Organization Established Date 09 Sep 2019; Organization Type: Retail sale of food in specialized stores [ILLICIT-DRUGS-EO14059] (Linked To: LARRANAGA HERRERA, Jesus Norberto; Linked To: LIZARRAGA SANCHEZ, Karla Gabriela).

NIFANTIEV, Evgeniy Olegovich (Cyrillic: НИФАНТЬЕВ, Евгений Олегович), Russia; DOB 14 Sep 1978; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NIGERIAN TALIBAN (a.k.a. BOKO HARAM; a.k.a. JAMA'ATU AHLIS SUNNA LIDDA'AWATI WAL-JIHAD; a.k.a. JAMA'ATU AHLUS-SUNNAH LIDDA'AWATI WAL JIHAD; a.k.a. PEOPLE COMMITTED TO THE PROPHET'S TEACHINGS FOR PROPAGATION AND JIHAD; a.k.a. SUNNI GROUP FOR PREACHING AND JIHAD), Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

NIGHT WOLVES (a.k.a. MOLODEZHNAYA AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA NOCHNYE VOLKI; a.k.a. NOCHNIYE VOLKI; a.k.a. NOCHNYE VOLKI), Nizhnije Mnevniki, 110, "Bike Center", Moscow, Russia; 110 Nizhniye Mnevniki, Moscow, Russia; 110 Nizhnie Mnevniki Ul., Moscow 123423, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037717009846; Government Gazette Number 14188237 [UKRAINE-EO13660].

NIHAD, Ali (a.k.a. NIHADH, Ali), Addu City, Maldives; DOB 10 Jun 1989; POB Hithadhoo, Addu City, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LA14E6467 (Maldives); National ID No. A309494 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

NIHADH, Ali (a.k.a. NIHAD, Ali), Addu City, Maldives; DOB 10 Jun 1989; POB Hithadhoo, Addu City, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LA14E6467 (Maldives); National ID No. A309494 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

NII KVANT (a.k.a. KVANT SCIENTIFIC RESEARCH INSTITUTE; a.k.a. NAUCHNO-ISSLEDOVATELSKIY INSTITUT KVANT; a.k.a. RUSSIAN FEDERAL STATE UNITARY ENTERPRISE SCIENTIFIC RESEARCH INSTITUTE KVANT), Khovrino District, Moscow, Russia; St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [CAATSA - RUSSIA] (Linked To: FEDERAL SECURITY SERVICE).

NII MOLEKULYARNOI ELEKTRONIKI I ZAVOD MIKRON PAO (a.k.a. JOINT STOCK COMPANY MIKRON; a.k.a. MIKRON JSC; f.k.a. NIIME AND MIKRON; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NII MOLEKULYARNOY ELECKTRONIKI I ZAVOD MIKRON; a.k.a. PJSC MIKRON; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO MIKRON), 1st Zapadny Proezd 12/1, Zelenograd 124460, Russia; d. 6 str. 1, ul. Akademika Valieva, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 13 Jan 1994; Tax ID No. 7735007358 (Russia); Government Gazette Number 07589295 (Russia); Registration Number 1027700073466 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

NII POLYMEROV AO (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT KHIMII I TEKHNOLOGII POLIMEROV IMENI AKADEMIKA V.A. KARGINA S OPYTNYM ZAVODOM; a.k.a. THE FEDERAL STATE UNITARY ENTERPRISE V.A. KARGIN SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND TECHNOLOGY OF POLYMERS WITH A PILOT PRODUCTION PLANT; a.k.a. V.A. KARGIN POLYMER CHEMISTRY AND TECHNOLOGY RESEARCH INSTITUTE WITH A PILOT-PRODUCTION PLANT), korp. ZD. 63, ter. Vostochny Promraion Orgsteklo, Dzerzhinsk, Nizhni Novgorod region 606000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5249164736 (Russia); Government Gazette Number 33947252 (Russia); Registration Number 1185275058044 (Russia) [RUSSIA-EO14024].

NII POLYUS (a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH POLYUS NAMED AFTER M. F. STELMAKHA; a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE POLYUS OF M.F. STELMAKH;

a.k.a. NAUCHNO-ISSLEDOVATELSKIY INSTITUT POLYUS IMENI M. F. STELMAKHA; a.k.a. NII POLYUS IMENI M. F. STELMAKHA; a.k.a. POLYUS INSTITUTE), Building 1, 3 Vvedenskogo St., Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Aug 2012; Tax ID No. 7728816598 (Russia); Registration Number 1127746646510 (Russia) [RUSSIA-EO14024].

NII POLYUS IMENI M. F. STELMAKHA (a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH POLYUS NAMED AFTER M. F. STELMAKHA; a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE POLYUS OF M.F. STELMAKH; a.k.a. NAUCHNO-ISSLEDOVATELSKIY INSTITUT POLYUS IMENI M. F. STELMAKHA; a.k.a. NII POLYUS; a.k.a. POLYUS INSTITUTE), Building 1, 3 Vvedenskogo St., Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Aug 2012; Tax ID No. 7728816598 (Russia); Registration Number 1127746646510 (Russia) [RUSSIA-EO14024].

NIIAA NAMED AFTER ACADEMICIAN VS SEMENIKHIN FSUE (a.k.a. AKTSIONERNOE OBSHCHESTVO ORDENA TRUDOVOGO KRASNOGO ZNAMENI NAUCHNOISSLEDOVATELSKII INSTITUT AVTOMATICHESKOI APPARATURY IM AKADEMIKA V S SEMENIKHINA; a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE FOR AUTOMATED APPARATUS NAMED AFTER ACADEMICIAN V S SEMENIKHIN; a.k.a. "AO NIIAA"), D. 78 Profsoyuznaya Ul., Moscow 117393, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7728795443 (Russia); Registration Number 1127746009500 (Russia) [RUSSIA-EO14024].

NIIGRAFIT AO (Cyrillic: НИИГРАФИТ) (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT KONSTRUKSIONNYKH MATERIALOV NA OSNOVE GRAFITA NIIGRAFIT; a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF GRAPHITE-BASED MATERIALS NIIGRAFIT; a.k.a. JSC NIIGRAFIT; f.k.a. NAUCHNO ISSLEDOVATELSKI INSTITUT KONSTRUKSIONNYKH MATERIALOV NA OSNOVE GRAFITA NIIGRAFIT AO), Ul. Elektrodnyaya D. 2, Moscow 111141, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

7720723422 (Russia); Government Gazette Number 00200851 (Russia); Registration Number 1117746574593 (Russia) [RUSSIA-EO14024].

NIIHIT 2 JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO NIIKHIT; a.k.a. NAUCHNO ISSLEDOVATELSKI INSTITUT KHIMICHESKIKH ISTOCHNIKOV TOKA AKTSIONERNOE OBSHCHESTVO; a.k.a. "NIIHIT"), Ul. Im. Ordzhonikidze GK D.11 A, Saratov 410015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6451118983 (Russia); Registration Number 1026402485636 (Russia) [RUSSIA-EO14024].

NIIME AND MIKRON (a.k.a. JOINT STOCK COMPANY MIKRON; a.k.a. MIKRON JSC; f.k.a. NII MOLEKULYARNOI ELEKTRONIKI I ZAVOD MIKRON PAO; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NII MOLEKULYARNOY ELECKTRONIKI I ZAVOD MIKRON; a.k.a. PJSC MIKRON; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO MIKRON), 1st Zapadny Proezd 12/1, Zelenograd 124460, Russia; d. 6 str. 1, ul. Akademika Valieva, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 13 Jan 1994; Tax ID No. 7735007358 (Russia); Government Gazette Number 07589295 (Russia); Registration Number 1027700073466 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

NIIME, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNOISLEDOVATELSKIY INSTITUT MOLEKULYARNOY ELEKTRONIKI; a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-ISSLEDOVATELSKI INSTITUT MOLEKULYARNOI ELEKTRONIKI; a.k.a. JOINT STOCK COMPANY NIIME; a.k.a. MOLECULAR ELECTRONICS RESEARCH INSTITUTE, JOINT STOCK COMPANY; a.k.a. NAUCHNO ISSLEDOVATELSKI INSTITUT MOLEKULYARNOI ELEKTRONIKI AO), 1st Zapadny Proezd 12/1, Zelenograd 124460, Russia; d. 6 str. 1, ul. Akademika Valieva, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Sep 1964; Tax ID No. 7735579027 (Russia); Government Gazette

Number 92611467 (Russia); Registration Number 1117746568829 (Russia) [RUSSIA-EO14024].

NIITONKH AND BT LLC (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC RESEARCH INSTITUTE OF ORGANIC TECHNOLOGIES INORGANIC CHEMISTRY AND BIOTECHNOLOGY; a.k.a. OOO NIITONKH I BT; a.k.a. RESEARCH INSTITUTE OF ORGANIC INORGANIC CHEMISTRY AND BIOTECHNOLOGY; a.k.a. SCIENTIFIC RESEARCH INSTITUTE TECHNOLOGY ORGANIC NOT ORGANIC CHEMISTRY AND BIOLOGY TECHNOLOGY LIMITED LIABILITY COMPANY; a.k.a. "SARNII"), Ul. Bolshaya Sadovaya D. 239, Saratov 410005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6452941195 (Russia); Registration Number 1096450002373 (Russia) [RUSSIA-EO14024].

NIK LLC, Ul. Bazhenova D. 10 A, Zhukovskiy 140188, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Mar 1997; Tax ID No. 5013031485 (Russia); Registration Number 1025001630158 (Russia) [RUSSIA-EO14024].

NIK QESHM FARA DARYA INVESTMENT COMPANY (a.k.a. FARADARYAY-E NIK-E GHESHM INVESTMENT), Opposite Kimia Hotel 2, Sam & Zal Street, Qeshm, Hormozgan 7951189799, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

NIKAEEN RAVARI, Amir Hossein (a.k.a. NICKAEIN RAVARI, Amir Hossein; a.k.a. NIKA'IN, Amir Hosein), Iran; DOB 13 Apr 1992; POB Meybod, Yazd Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT 1H939dom7i4WDLCKyGbXUp3fs9CSTNRzgL; alt. Digital Currency Address - XBT bc1qsxf77cvwcd6jv6j8d8j3uhh4g0xqw4meswm wuc; alt. Digital Currency Address - XBT bc1q9lvynkfpaw330uhqmunzdz6gmafsvapv7y3 zty; alt. Digital Currency Address - XBT bc1qpaly5nm7pfka9v92d6qvl4fc2l9xzee8a6ys3 s; National ID No. 4480046429 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

NIKA'IN, Amir Hosein (a.k.a. NICKAEIN RAVARI, Amir Hossein; a.k.a. NIKAEEN RAVARI, Amir Hossein), Iran; DOB 13 Apr 1992; POB Meybod, Yazd Province, Iran; nationality Iran; Additional Sanctions Information - Subject to

Secondary Sanctions; Gender Male; Digital Currency Address - XBT 1H939dom7i4WDLCKyGbXUp3fs9CSTNRzgL; alt. Digital Currency Address - XBT bc1qsxf77cvwcd6jv6j8d8j3uhh4g0xqw4meswmwuc; alt. Digital Currency Address - XBT bc1q9lvynkfpaw330uhqmunzdz6gmafsvapv7y3zty; alt. Digital Currency Address - XBT bc1qpaly5nm7pfka9v92d6qvl4fc2l9xzee8a6ys3s; National ID No. 4480046429 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

NIKAN PEZHVAK ARIA KISH COMPANY, Unit 5, Floor 1, Section EX-24, No. 0, Economy Alley 1, Iran Boulevard, Industrial Phase 2, Kish District, Bandar-e-Lengeh County, Kish, Hormozgan 7941658419, Iran; No. 27, 5th floor, Kaj Abadi Alley, Jordan Street, Tehran 1966935885, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 19 Apr 2021; National ID No. 14009960537 (Iran); Registration Number 14289 (Iran) [IRAN-EO13902].

NIKBAKHT, Mas'ud (a.k.a. MAS'UD, Abu Ali; a.k.a. NOBAKHT, Mas'ud; a.k.a. NOWBAKHT, Mas'ud; a.k.a. NOWBAKHT, Sa'id) DOB 28 Dec 1961; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 9004318; alt. Passport 9011128; alt. Passport 9004398 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NIKESTO INVESTMENTS LIMITED (a.k.a. NIKESTO INVESTMENTS LTD), Road Town, Tortola, Virgin Islands, British; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2013; Company Number 1627765 (Virgin Islands, British) [RUSSIA-EO14024].

NIKESTO INVESTMENTS LTD (a.k.a. NIKESTO INVESTMENTS LIMITED), Road Town, Tortola, Virgin Islands, British; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2013; Company Number 1627765 (Virgin Islands, British) [RUSSIA-EO14024].

NIKIFAROVICH, Siarhei Alehavich (Cyrillic: НІКІФАРОВІЧ, Сяргей Алегавіч) (a.k.a. NIKIFOROVICH, Sergei Olegovich (Cyrillic: НИКИФОРОВИЧ, Сергей Олегович)), Khvoynaya 29 Street, Pinsk, Belarus (Cyrillic: ул. Хвойная 29, Пинск, Belarus); DOB 03 Dec 1979; nationality Belarus; Gender Male;

National Foreign ID Number 3031279B026PB4 (Belarus) (individual) [BELARUS-EO14038].

NIKIFOROVICH, Sergei Olegovich (Cyrillic: НИКИФОРОВИЧ, Сергей Олегович) (a.k.a. NIKIFAROVICH, Siarhei Alehavich (Cyrillic: НІКІФАРОВІЧ, Сяргей Алегавіч)), Khvoynaya 29 Street, Pinsk, Belarus (Cyrillic: ул. Хвойная 29, Пинск, Belarus); DOB 03 Dec 1979; nationality Belarus; Gender Male; National Foreign ID Number 3031279B026PB4 (Belarus) (individual) [BELARUS-EO14038].

NIKIMT ATOMSTROY (a.k.a. JSC NAUCHNO ISSLEDOVATELSKY I KONSTRUKTORSKY INSTITUT MONTAZHNOY TECHNOLOGY ATOMSTROY (Cyrillic: АО НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ И КОНСТРУКТОРСКИЙ ИНСТИТУТ МОНТАЖНОЙ ТЕХНОЛОГИИ АТОМСТРОЙ); a.k.a. JSC NAUCHNO ISSLEDOVATELSKY I KONSTRUKTORSKY INSTITUT MONTAZHNOY TEKHNOLOGII ATOMSTROY; a.k.a. NIKIMT ATOMSTROY JSC), D. 43 Str. 2 Shosse Altufevskoe, Moscow 127410, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715719854 (Russia) [RUSSIA-EO14024].

NIKIMT ATOMSTROY JSC (a.k.a. JSC NAUCHNO ISSLEDOVATELSKY I KONSTRUKTORSKY INSTITUT MONTAZHNOY TECHNOLOGY ATOMSTROY (Cyrillic: АО НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ И КОНСТРУКТОРСКИЙ ИНСТИТУТ МОНТАЖНОЙ ТЕХНОЛОГИИ АТОМСТРОЙ); a.k.a. JSC NAUCHNO ISSLEDOVATELSKY I KONSTRUKTORSKY INSTITUT MONTAZHNOY TEKHNOLOGII ATOMSTROY; a.k.a. NIKIMT ATOMSTROY), D. 43 Str. 2 Shosse Altufevskoe, Moscow 127410, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715719854 (Russia) [RUSSIA-EO14024].

NIKIPELOV, Andrei Vladimirovich (Cyrillic: НИКИПЕЛОВ, Андрей Владимирович) (a.k.a. NIKIPELOV, Andrey Vladimirovich), Bolshaya Cheremushkinskaya Street, 32, block 2, apt. 35, Moscow 117218, Russia; DOB 07 Mar 1968; POB Alchevsk, Luhansk Region, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4505560098 (Russia); alt. National ID No. 4513118045 (Russia); Tax ID No. 772741700195 (Russia) (individual) [RUSSIA-EO14024].

NIKIPELOV, Andrey Vladimirovich (a.k.a. NIKIPELOV, Andrei Vladimirovich (Cyrillic: НИКИПЕЛОВ, Андрей Владимирович)), Bolshaya Cheremushkinskaya Street, 32, block 2, apt. 35, Moscow 117218, Russia; DOB 07 Mar 1968; POB Alchevsk, Luhansk Region, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4505560098 (Russia); alt. National ID No. 4513118045 (Russia); Tax ID No. 772741700195 (Russia) (individual) [RUSSIA-EO14024].

NIKITIN, Aleksandr Valeryevich (a.k.a. NIKITIN, Alexander Valeryevich (Cyrillic: НИКИТИН, Александр Валерьевич)), Russia; DOB 26 Apr 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NIKITIN, Alexander Valeryevich (Cyrillic: НИКИТИН, Александр Валерьевич) (a.k.a. NIKITIN, Aleksandr Valeryevich), Russia; DOB 26 Apr 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NIKITIN, Andrei Sergeevich (a.k.a. NIKITIN, Andrey Sergeyevich (Cyrillic: НИКИТИН, Андрей Сергеевич)), Novgorod Region, Russia; DOB 26 Nov 1979; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772129130003 (Russia) (individual) [RUSSIA-EO14024].

NIKITIN, Andrey Sergeyevich (Cyrillic: НИКИТИН, Андрей Сергеевич) (a.k.a. NIKITIN, Andrei Sergeevich), Novgorod Region, Russia; DOB 26 Nov 1979; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772129130003 (Russia) (individual) [RUSSIA-EO14024].

NIKITIN, Gleb Sergeyevich (Cyrillic: НИКИТИН, Глеб Сергеевич), Nizhniy Novgorod Region, Russia; DOB 24 Aug 1977; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID

No. 782605357120 (Russia) (individual) [RUSSIA-EO14024].

NIKITIN, Vasiliy Aleksandrovich (Cyrillic: НИКИТИН, Василий Александрович) (a.k.a. NIKITIN, Vasily; a.k.a. NIKITIN, Vasyl); DOB 25 Nov 1971; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NIKITIN, Vasily (a.k.a. NIKITIN, Vasiliy Aleksandrovich (Cyrillic: НИКИТИН, Василий Александрович); a.k.a. NIKITIN, Vasyl); DOB 25 Nov 1971; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NIKITIN, Vasyl (a.k.a. NIKITIN, Vasiliy Aleksandrovich (Cyrillic: НИКИТИН, Василий Александрович); a.k.a. NIKITIN, Vasily); DOB 25 Nov 1971; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NIKITINA, Irina (a.k.a. NIKITINA, Irina Petrovna; a.k.a. NIKITINA, Iryna Petrivna), Ukraine; DOB 17 May 1968; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NIKITINA, Irina Petrovna (a.k.a. NIKITINA, Irina; a.k.a. NIKITINA, Iryna Petrivna), Ukraine; DOB 17 May 1968; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NIKITINA, Iryna Petrivna (a.k.a. NIKITINA, Irina; a.k.a. NIKITINA, Irina Petrovna), Ukraine; DOB 17 May 1968; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NIKOLAEV, Aisen Sergeevich (a.k.a. NIKOLAYEV, Aysen Sergeyevich (Cyrillic: НИКОЛАЕВ, Айсен Сергеевич)), Republic of Sakha (Yakutia), Russia; DOB 22 Jan 1972; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 143514375097 (Russia) (individual) [RUSSIA-EO14024].

NIKOLAEV, Nikolay Petrovich (Cyrillic: НИКОЛАЕВ, Николай Петрович), Russia; DOB 02 Apr 1970; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State

Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NIKOLAEV, Oleg Alekseevich (a.k.a. NIKOLAYEV, Oleg Alekseyevich (Cyrillic: НИКОЛАЕВ, Олег Алексеевич)), Chuvash Republic, Russia; DOB 10 Dec 1969; POB Cherbay, Chuvash Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 212901690570 (Russia) (individual) [RUSSIA-EO14024].

NIKOLAEV, Viktor Andreevich (Cyrillic: НИКОЛАЕВ, Виктор Андреевич) (a.k.a. NIKOLAYEV, Viktor Andreyevich), Russia; DOB 16 Apr 1982; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

NIKOLAEVA, Irina Viktorovna (Cyrillic: НИКОЛАЕВА, Ирина Викторовна) (a.k.a. KITAEVA, Irina Viktorovna), Russia; DOB 15 Jul 1983; POB Troitsk, Russia; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4607444893 (Russia); Tax ID No. 504603132375 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OOO SERNIYA INZHINIRING).

NIKOLAEVA, Victoria Victorovna (Cyrillic: НИКОЛАЕВА, Виктория Викторовна), Russia; DOB 21 Nov 1962; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NIKOLAYEV, Aysen Sergeyevich (Cyrillic: НИКОЛАЕВ, Айсен Сергеевич) (a.k.a. NIKOLAEV, Aisen Sergeevich), Republic of Sakha (Yakutia), Russia; DOB 22 Jan 1972; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 143514375097 (Russia) (individual) [RUSSIA-EO14024].

NIKOLAYEV, Oleg Alekseyevich (Cyrillic: НИКОЛАЕВ, Олег Алексеевич) (a.k.a. NIKOLAEV, Oleg Alekseevich), Chuvash Republic, Russia; DOB 10 Dec 1969; POB Cherbay, Chuvash Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Tax ID No. 212901690570 (Russia) (individual) [RUSSIA-EO14024].

NIKOLAYEV, Viktor Andreyevich (a.k.a. NIKOLAEV, Viktor Andreevich (Cyrillic: НИКОЛАЕВ, Виктор Андреевич)), Russia; DOB 16 Apr 1982; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

NIKOLIC, Momir; DOB 20 Feb 1955; POB Bratunac, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

NIKOLIC, Zarko; DOB 07 May 1938; POB Sovljak, Serbia and Montenegro (individual) [BALKANS].

NIKOLIYA OOO (a.k.a. LIMITED LIABILITY COMPANY NIKOLIYA), bulvar Tverskoi, d. 15 str. 2, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7710972620 (Russia); Registration Number 5147746404306 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

NIKOLOV, Aleksandar (Cyrillic: НИКОЛОВ, Александър) (a.k.a. NIKOLOV, Aleksandar Hristov; a.k.a. NIKOLOV, Aleksandr; a.k.a. NIKOLOV, Alexander Hristov; a.k.a. NIKOLOV, Alexandr Hristov), GK3, BL22, AP13, Kozloduy, Vratsa 3320, Bulgaria; DOB 19 Feb 1962; POB Belene, Bulgaria; nationality Bulgaria; Gender Male; Passport 385595825 (Bulgaria) expires Nov 2023; National ID No. 6202193988 (Bulgaria) (individual) [GLOMAG].

NIKOLOV, Aleksandar Hristov (a.k.a. NIKOLOV, Aleksandar (Cyrillic: НИКОЛОВ, Александър); a.k.a. NIKOLOV, Aleksandr; a.k.a. NIKOLOV, Alexander Hristov; a.k.a. NIKOLOV, Alexandr Hristov), GK3, BL22, AP13, Kozloduy, Vratsa 3320, Bulgaria; DOB 19 Feb 1962; POB Belene, Bulgaria; nationality Bulgaria; Gender Male; Passport 385595825 (Bulgaria) expires Nov 2023; National ID No. 6202193988 (Bulgaria) (individual) [GLOMAG].

NIKOLOV, Aleksandr (a.k.a. NIKOLOV, Aleksandar (Cyrillic: НИКОЛОВ, Александър); a.k.a. NIKOLOV, Aleksandar Hristov; a.k.a. NIKOLOV, Alexander Hristov; a.k.a. NIKOLOV, Alexandr Hristov), GK3, BL22, AP13, Kozloduy, Vratsa 3320, Bulgaria; DOB 19 Feb 1962; POB Belene, Bulgaria; nationality Bulgaria; Gender Male; Passport 385595825 (Bulgaria) expires

Nov 2023; National ID No. 6202193988 (Bulgaria) (individual) [GLOMAG].

NIKOLOV, Alexander Hristov (a.k.a. NIKOLOV, Aleksandar (Cyrillic: НИКОЛОВ, Александър); a.k.a. NIKOLOV, Aleksandar Hristov; a.k.a. NIKOLOV, Aleksandr; a.k.a. NIKOLOV, Alexandr Hristov), GK3, BL22, AP13, Kozloduy, Vratsa 3320, Bulgaria; DOB 19 Feb 1962; POB Belene, Bulgaria; nationality Bulgaria; Gender Male; Passport 385595825 (Bulgaria) expires Nov 2023; National ID No. 6202193988 (Bulgaria) (individual) [GLOMAG].

NIKOLOV, Alexandr Hristov (a.k.a. NIKOLOV, Aleksandar (Cyrillic: НИКОЛОВ, Александър); a.k.a. NIKOLOV, Aleksandar Hristov; a.k.a. NIKOLOV, Aleksandr; a.k.a. NIKOLOV, Alexander Hristov), GK3, BL22, AP13, Kozloduy, Vratsa 3320, Bulgaria; DOB 19 Feb 1962; POB Belene, Bulgaria; nationality Bulgaria; Gender Male; Passport 385595825 (Bulgaria) expires Nov 2023; National ID No. 6202193988 (Bulgaria) (individual) [GLOMAG].

NIKONOROVA, Natalya Yurievna, 7 Ulitsa Dneprodzerzhinskaya, Apt. 142, Donetsk, Donetsk Region, Ukraine; DOB 28 Sep 1984; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

NIKONOV, Vasili Vladislavovich (Cyrillic: НИКОНОВ, Василий Владиславович), Apt 28, Udaltsova Street 65, Moscow 119454, Russia; DOB 27 Apr 1972; POB Samara, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 736511375 (Russia) issued 14 Nov 2014 expires 14 Nov 2024; Tax ID No. 631807340404 (Russia) (individual) [RUSSIA-EO14024].

NIKONOV, Vyacheslav (Cyrillic: НИКОНОВ, Вячеслав), Russia; DOB 05 Jun 1956; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NIKOUSOKHAN, Mahmoud; DOB 01 Jan 1961 to 31 Dec 1962; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport U14624657 (Iran); Finance Director, National Iranian Oil Company; Director, Hong Kong Intertrade Company; Director, Petro Suisse Intertrade Company (individual) [IRAN].

NIKSA NIROU (a.k.a. BLOCK NIROU SUN CO; a.k.a. BNSA CO; a.k.a. KIA NIROU; a.k.a. NEKA NOVIN; a.k.a. NEKU NIROU TAVAN CO), Unit 7, No. 12, 13th Street, Mir-Emad St., Motahary Avenue, Tehran 15875-6653, Iran; No. 2, 3rd Floor, Simorgh St., Dr. Shariati Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NIKULIN, Dmitry Yuryevich, ul. Palikha, d. 10, Str. 7, Moscow 127055, Russia; DOB 20 Feb 1975; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 772043761 (Russia) expires 14 Dec 2033; National ID No. 4500136712 (Russia); Vice-President, TSMRBANK, OOO (individual) [DPRK3] [RUSSIA-EO14024] (Linked To: TSMRBANK, OOO).

NIKULOV, Gennadii Anatolievich (a.k.a. NIKULOV, Gennady A.), Russia; DOB 17 Feb 1967; nationality Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NIKULOV, Gennady A. (a.k.a. NIKULOV, Gennadii Anatolievich), Russia; DOB 17 Feb 1967; nationality Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NILAKT DOSAAF (a.k.a. NAUCHNO ISSLEDOVATELSKAYA LABORATORIYA AEROKOSMICHESKOI TEKHNIKI DOSAAF), Ul. Barrikad D. 174, Office 311, Kaluga 248018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733781710 (Russia); Registration Number 1117746842080 (Russia) [RUSSIA-EO14024].

NILAR, Daw, Burma; DOB 03 May 1968; nationality Burma; Gender Female; National ID No. 12AHLANAN026686 (Burma) (individual) [BURMA-EO14014].

NILETEL, Juba, South Sudan [GLOMAG] (Linked To: AL-CARDINAL, Ashraf Seed Ahmed).

NILFOROUSHAN DARDASHTI, Abbas (a.k.a. NILFOROUSHAN, Abbas; a.k.a. NILFORUSHAN, Abbas (Arabic: عباس نیلفروشان); a.k.a. NILFRUSHAN DARDASHTI, Abbas Mortaza), Tehran, Iran; DOB 23 Aug

1966; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P46631463 (Iran) expires 26 Sep 2023; Deputy Commander for Operations (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

NILFOROUSHAN, Abbas (a.k.a. NILFOROUSHAN DARDASHTI, Abbas; a.k.a. NILFORUSHAN, Abbas (Arabic: عباس نیلفروشان); a.k.a. NILFRUSHAN DARDASHTI, Abbas Mortaza), Tehran, Iran; DOB 23 Aug 1966; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P46631463 (Iran) expires 26 Sep 2023; Deputy Commander for Operations (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

NILFORUSHAN, Abbas (Arabic: عباس نیلفروشان) (a.k.a. NILFOROUSHAN DARDASHTI, Abbas; a.k.a. NILFOROUSHAN, Abbas; a.k.a. NILFRUSHAN DARDASHTI, Abbas Mortaza), Tehran, Iran; DOB 23 Aug 1966; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P46631463 (Iran) expires 26 Sep 2023; Deputy Commander for Operations (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

NILFRUSHAN DARDASHTI, Abbas Mortaza (a.k.a. NILFOROUSHAN DARDASHTI, Abbas; a.k.a. NILFOROUSHAN, Abbas; a.k.a. NILFORUSHAN, Abbas (Arabic: عباس نیلفروشان)), Tehran, Iran; DOB 23 Aug 1966; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P46631463 (Iran) expires 26 Sep 2023; Deputy Commander for Operations (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

NILGON PARSA CASPIAN SHIPPING COMPANY (Arabic: شرکت حمل و نقل دریایی نیلگون پارسای کاسپین), Number 1, Floor 1, Vida Street, Hovizeh Street, Shahid Qandi-Nilufar, Central Section, Tehran, Tehran 1553613114, Iran; Organization Established Date 08 Jul 2013; National ID No. 10320886193 (Iran); Registration Number 440539 (Iran) [IRAN-EO13902] (Linked To: EMAMJOMEH, Seyed Asadoollah).

NILI AHMADABADI, Mahdi (a.k.a. NILI AHMADABADI, Mehdi), Isfahan, Iran; DOB 18

Sep 1982; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport X62230778 (Iran) expires 10 Mar 2028; National ID No. 1282460358 (Iran) (individual) [NPWMD] [IFSR] (Linked To: BEH JOULE PARS COMMERCIAL ENGINEERING COMPANY).

NILI AHMADABADI, Mehdi (a.k.a. NILI AHMADABADI, Mahdi), Isfahan, Iran; DOB 18 Sep 1982; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport X62230778 (Iran) expires 10 Mar 2028; National ID No. 1282460358 (Iran) (individual) [NPWMD] [IFSR] (Linked To: BEH JOULE PARS COMMERCIAL ENGINEERING COMPANY).

NILOV, Oleg Anatolyevich (Cyrillic: НИЛОВ, Олег Анатольевич), Russia; DOB 08 May 1962; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NILOV, Yaroslav Yevgenyevich (Cyrillic: НИЛОВ, Ярослав Евгеньевич), Russia; DOB 20 Mar 1982; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NI'MAH, Hasan (Arabic: حسن نعمه) (a.k.a. NI'MAH, Hasan Abdallah), Habboush, Nabatieh, Lebanon; DOB 20 Sep 1953; POB Habboush, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L1391989 (Lebanon); National ID No. 000024733429 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

NI'MAH, Hasan Abdallah (a.k.a. NI'MAH, Hasan (Arabic: حسن نعمه)), Habboush, Nabatieh, Lebanon; DOB 20 Sep 1953; POB Habboush, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L1391989 (Lebanon); National ID No. 000024733429

(Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

NIMI IM V V BAKHIREVA AO (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNOISSLEDOVATELSKI MASHINOSTROITELNY INSTITUT IMENI V V BAKHIREVA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНОИССЛЕДОВАТЕЛЬСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ИНСТИТУТ ИМЕНИ В В БАХИРЕВА); a.k.a. JOINT STOCK COMPANY MECHANICAL ENGINEERING RESEARCH INSTITUTE; a.k.a. NIMI NAMED AFTER V V BAHIREV JSC), Sh. Leningradskoe D. 58, Moscow 125212, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743873015 (Russia); Registration Number 1127747236341 (Russia) [RUSSIA-EO14024].

NIMI NAMED AFTER V V BAHIREV JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNOISSLEDOVATELSKI MASHINOSTROITELNY INSTITUT IMENI V V BAKHIREVA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНОИССЛЕДОВАТЕЛЬСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ИНСТИТУТ ИМЕНИ В В БАХИРЕВА); a.k.a. JOINT STOCK COMPANY MECHANICAL ENGINEERING RESEARCH INSTITUTE; a.k.a. NIMI IM V V BAKHIREVA AO), Sh. Leningradskoe D. 58, Moscow 125212, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743873015 (Russia); Registration Number 1127747236341 (Russia) [RUSSIA-EO14024].

NIMR INTERNATIONAL L.L.C. (a.k.a. "NIMR IRAQ BRANCH"), Office No. 1, 5th Floor, Al Nadha Towers 2, Ghala Industrial Area, Muscat, Oman; 501 Al Nadha Towers 2, Building 220 Way No 5007, Muscat, Oman; PO Box 254, Muscat, Oman; Hayy al Fayha' -al Amin al Dakhili Dur al Dubat. Building number 44/234, Locality No. 445, Ally No. 46, Section House No. 44/3, Third floor, Office, Basrah Province, Iraq; Dubai, United Arab Emirates; Port Um Qasr, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 1037675 (Oman); alt. Business Registration Number 5670 (Iraq) [SDGT] (Linked To: AL HABSI, Mahmood Rashid Amur).

NIMR INTERNATIONAL S.R.L., STR. Horea NR. 80-82A AP. 13, Cluj-Napoca 400001, Romania; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number J12/1651/2020 (Romania) [SDGT] (Linked To: AL HABSI, Mahmood Rashid Amur).

NINGBO BEILUN SAIGE MACHINE CO., LTD., No. 2, Building 15, No. 428, Songhuajiang Road, Xinqi, Beilun District, Ningbo, Zhejiang 315800, China; Website www.nbsaige.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 14 Dec 2010; Registration Number 330206000106175 (China); Unified Social Credit Code (USCC) 91330206567000255M (China) [SDGT] (Linked To: ANSARALLAH).

NINGBO MORE INTEREST I/E CO., LTD. (Chinese Traditional: 宁波市摩利进出口有限公司) (a.k.a. NINGBO MORE INTEREST IMP. & EXP. CO., LTD.; a.k.a. NINGBO MORE INTEREST IMP. AND EXP. CO., LTD.), Room 12B01, Building 2, Yuyao China Plastic City International Business Center, 315400 Ningbo, Zhejiang, China; No Z-1305 Plastics City Yuyao City, Zhejiang, Zhejiang Province, China; Organization Established Date 15 Mar 2005; Trade License No. 330281000092872 (China); Unified Social Credit Code (USCC) 91330281772304821A (China) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

NINGBO MORE INTEREST IMP. & EXP. CO., LTD. (a.k.a. NINGBO MORE INTEREST I/E CO., LTD. (Chinese Traditional: 宁波市摩利进出口有限公司); a.k.a. NINGBO MORE INTEREST IMP. AND EXP. CO., LTD.), Room 12B01, Building 2, Yuyao China Plastic City International Business Center, 315400 Ningbo, Zhejiang, China; No Z-1305 Plastics City Yuyao City, Zhejiang, Zhejiang Province, China; Organization Established Date 15 Mar 2005; Trade License No. 330281000092872 (China); Unified Social Credit Code (USCC) 91330281772304821A (China) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

NINGBO MORE INTEREST IMP. AND EXP. CO., LTD. (a.k.a. NINGBO MORE INTEREST

I/E CO., LTD. (Chinese Traditional: 宁波市摩利进出口有限公司); a.k.a. NINGBO MORE INTEREST IMP. & EXP. CO., LTD.), Room 12B01, Building 2, Yuyao China Plastic City International Business Center, 315400 Ningbo, Zhejiang, China; No Z-1305 Plastics City Yuyao City, Zhejiang, Zhejiang Province, China; Organization Established Date 15 Mar 2005; Trade License No. 330281000092872 (China); Unified Social Credit Code (USCC) 91330281772304821A (China) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

NINGBO NEW CENTURY IMPORT AND EXPORT COMPANY, LTD. (a.k.a. NEW CENTURY IMPORT AND EXPORT CO. LTD), 5 Hongtang South Road, Jiangbei, Ningbo 315033, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NINGS CARTOON STUDIO (a.k.a. CHONGQING CITY NINGSE ANIMATION DEVELOPMENT CO., LTD. (Chinese Simplified: 重庆市柠口动漫发展有限公司); a.k.a. CHONGQING NINGSE CARTOON & ANIMATION DEVELOPMENT CO., LTD.; a.k.a. CHONGQING NINGSE CARTOON AND ANIMATION DEVELOPMENT CO., LTD.), No. 19, E. First Road, Huilong Boulevard, Yongchuan District, Chongqing, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 500383000029284 (China); Unified Social Credit Code (USCC) 91500118582829838H (China) [DPRK3] (Linked To: SEK STUDIO).

NINTH OCEAN GMBH & CO. KG (a.k.a. NINTH OCEAN GMBH AND CO. KG), Schottweg 5, Hamburg 22097, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 102565 [IRAN].

NINTH OCEAN GMBH AND CO. KG (a.k.a. NINTH OCEAN GMBH & CO. KG), Schottweg 5, Hamburg 22097, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 102565 [IRAN].

NIOC (a.k.a. NATIONAL IRANIAN OIL COMPANY), Hafez Crossing, Taleghani Avenue, P.O. Box 1863 and 2501, Tehran, Iran; National Iranian Oil Company Building, Taleghani Avenue, Hafez Street, Tehran, Iran; Website www.nioc.ir; IFCA Determination - Involved in Energy Sector; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; all offices worldwide [IRAN] [SDGT] [IFSR] [IFCA] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: MINISTRY OF PETROLEUM).

NIOC INTERNATIONAL AFFAIRS (LONDON) LIMITED, NIOC House, 4 Victoria Street, London SW1H 0NE, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 02772297 (United Kingdom); all offices worldwide [IRAN].

NIOEC (a.k.a. NATIONAL IRANIAN OIL ENGINEERING AND CONSTRUCTION COMPANY), No. 247 Ostad Nejatollahi Avenue, Corner of Shahid Kalantary Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 89299 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

NIOPDC (a.k.a. NATIONAL IRANIAN OIL PRODUCTS DISTRIBUTION COMPANY), No 1, Iransahr Building, Opposite of Honarmandan Park Corner of Iransahr Street, Taleghani Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 67337 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

NIORDC (a.k.a. NATIONAL IRANIAN OIL REFINING AND DISTRIBUTION COMPANY), 4 Varsho Street, Tehran, Iran; P.O. Box 15815/3499, No. 4 Varsho Street, 1598666611, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 89152 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

NIP INFORMATICA (a.k.a. NAUCHNO INZHENERNOE PREDPRIYATIE INFORMATIKA; a.k.a. NIP INFORMATIKA), Ul. Fuchika D. 4, Lit K, Saint Petersburg 192102, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810182337 (Russia); Registration Number 1027804862040 (Russia) [RUSSIA-EO14024].

NIP INFORMATIKA (a.k.a. NAUCHNO INZHENERNOE PREDPRIYATIE INFORMATIKA; a.k.a. NIP INFORMATICA), Ul. Fuchika D. 4, Lit K, Saint Petersburg 192102, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810182337 (Russia); Registration Number 1027804862040 (Russia) [RUSSIA-EO14024].

NIPI GAZPERERABOTKA AO (a.k.a. NAUCHNO ISSLEDOVATELSKII I PROEKTNYI INSTITUT PO PERERABOTKE GAZA AO (Cyrillic: НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ И ПРОЕКТНЫЙ ИНСТИТУТ ПО ПЕРЕРАБОТКЕ ГАЗА АО); a.k.a. NIPIGAS JSC; a.k.a. NIPIGAZ AO), 65 Profsoyuznaya Street, Bld. 1, Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2310004087 (Russia); Registration Number 1022301597394 (Russia) [RUSSIA-EO14024].

NIPIGAS IT LLC (a.k.a. OBSHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU NIPIGAZ IT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НИПИГАЗ ИТ)), 65 Profsoyuznaya Street, Room 1, Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9728089667 (Russia); Registration Number 1237700161115 (Russia) [RUSSIA-EO14024] (Linked To: NAUCHNO ISSLEDOVATELSKII I PROEKTNYI INSTITUT PO PERERABOTKE GAZA AO).

NIPIGAS JSC (a.k.a. NAUCHNO ISSLEDOVATELSKII I PROEKTNYI INSTITUT PO PERERABOTKE GAZA AO (Cyrillic: НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ И ПРОЕКТНЫЙ ИНСТИТУТ ПО ПЕРЕРАБОТКЕ ГАЗА АО); a.k.a. NIPI GAZPERERABOTKA AO; a.k.a. NIPIGAZ AO), 65 Profsoyuznaya Street, Bld. 1, Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2310004087 (Russia); Registration Number 1022301597394 (Russia) [RUSSIA-EO14024].

NIPIGAZ AO (a.k.a. NAUCHNO ISSLEDOVATELSKII I PROEKTNYI INSTITUT PO PERERABOTKE GAZA AO (Cyrillic: НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ И ПРОЕКТНЫЙ ИНСТИТУТ ПО ПЕРЕРАБОТКЕ ГАЗА АО); a.k.a. NIPI GAZPERERABOTKA AO; a.k.a. NIPIGAS JSC), 65 Profsoyuznaya Street, Bld. 1, Moscow 117342, Russia; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Tax ID No. 2310004087 (Russia); Registration Number 1022301597394 (Russia) [RUSSIA-EO14024].

NIPL D.O.O. (a.k.a. MERIDEIS D.O.O.), 27 Vilharjeva Cesta, Ljubljana 1000, Slovenia; Registration ID 71071784 (Slovenia) [SDNTK].

NIREF, Boezembolcht 23, Rotterdam, Netherlands [CUBA].

NIROOMAND TOOMAJ, Elyas (Arabic: الیاس نیرومند توماج) (a.k.a. NIRUMAND TUMAJ, Elyas; a.k.a. NIRUMANDTUMAJ, Elias), Iran; DOB 31 May 1990; POB Iran; nationality Iran; citizen Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L55195938 (Iran) expires 17 Nov 2026; National ID No. 2230048759 (Iran) (individual) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

NIROOYE ENTEZAMI JOMHORI ESLAMI BONYAD TA'AVON (a.k.a. BONYAD TA'AVON OF NAJA; a.k.a. LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN COOPERATIVE FOUNDATION; a.k.a. "LAW ENFORCEMENT FORCES COOPERATIVE FOUNDATION"; a.k.a. "POLICE COOPERATIVE FOUNDATION"), Hekmat Complex, At the Beginning of Marzdaran Boulevard, Sheikh Fazlollah Nuri Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100477865 (Iran); Registration ID 12322 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

NIROOYE MOGHAVEMATE BASIJ (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

NIROO-YE VIZHE PASDAR-E VELAYAT (a.k.a. IRANIAN SPECIAL POLICE FORCES; a.k.a. IRAN'S COUNTER-TERROR SPECIAL FORCES; a.k.a. SUPREME LEADER'S GUARDIAN SPECIAL FORCES; a.k.a. "NOPO" (Arabic: "نوپو"); a.k.a. "PROVINCIAL SPECIAL FORCES"; a.k.a. "SPECIAL COUNTER-TERRORISM FORCE"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES).

NIROU BATTERY MANUFACTURING SABA BATTERY COMPANY (a.k.a. NIRU BATTERY MANUFACTURING COMPANY; a.k.a. NIRU CO. LTD.; a.k.a. SHERKAT BATTERY SAZI NIRU SAHAMI KHASS; a.k.a. THE NIRU BATTERY COMPANY), End of Pasdaran Avenue, Nobonyad Square, P.O. Box 19575-361, Tehran 16489, Iran; Next to Babee Exp. Way, Nobonyad Sq., P.O. Box 19575-361, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NIRU BATTERY MANUFACTURING COMPANY (a.k.a. NIROU BATTERY MANUFACTURING SABA BATTERY COMPANY; a.k.a. NIRU CO. LTD.; a.k.a. SHERKAT BATTERY SAZI NIRU SAHAMI KHASS; a.k.a. THE NIRU BATTERY COMPANY), End of Pasdaran Avenue, Nobonyad Square, P.O. Box 19575-361, Tehran 16489, Iran; Next to Babee Exp. Way, Nobonyad Sq., P.O. Box 19575-361, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NIRU CO. LTD. (a.k.a. NIROU BATTERY MANUFACTURING SABA BATTERY COMPANY; a.k.a. NIRU BATTERY MANUFACTURING COMPANY; a.k.a. SHERKAT BATTERY SAZI NIRU SAHAMI KHASS; a.k.a. THE NIRU BATTERY COMPANY), End of Pasdaran Avenue, Nobonyad Square, P.O. Box 19575-361, Tehran 16489, Iran; Next to Babee Exp. Way, Nobonyad Sq., P.O. Box 19575-361, Tehran,

Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NIRUMAND TUMAJ, Elyas (a.k.a. NIROOMAND TOOMAJ, Elyas (Arabic: الیاس نیرومند توماج); a.k.a. NIRUMANDTUMAJ, Elias), Iran; DOB 31 May 1990; POB Iran; nationality Iran; citizen Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L55195938 (Iran) expires 17 Nov 2026; National ID No. 2230048759 (Iran) (individual) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

NIRUMANDTUMAJ, Elias (a.k.a. NIROOMAND TOOMAJ, Elyas (Arabic: الیاس نیرومند توماج); a.k.a. NIRUMAND TUMAJ, Elyas), Iran; DOB 31 May 1990; POB Iran; nationality Iran; citizen Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L55195938 (Iran) expires 17 Nov 2026; National ID No. 2230048759 (Iran) (individual) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

NIRUYEH MOGHAVEMAT BASIJ (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

NIRUYIH INTIZAMIYEH JUMHURIYIH ISLAMIYIH IRAN (a.k.a. IRANIAN POLICE; a.k.a. IRAN'S LAW ENFORCEMENT FORCES; a.k.a. LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN; a.k.a. NAJA); Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR] [HRIT-IR].

NIS AD NOVI SAD (a.k.a. NAFTNA INDUSTRIJA SRBIJE AD NOVI SAD), 12 Narodnog Fronta, Novi Sad 21000, Serbia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 104052135 (Serbia); Business Registration Number 20084693 (Serbia) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM NEFT).

NISANOV, God Semenovich (Cyrillic: НИСАНОВ, ГОД СЕМЕНОВИЧ), Noviy Arbat, 31, 12-130, Moscow 121099, Russia; DOB 24 Apr 1972; POB Krasnaya Sloboda, Azerbaijan; nationality Russia; alt. nationality Azerbaijan; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport K00412210 (Cyprus); Tax ID No. 772374165781 (Russia) (individual) [RUSSIA-EO14024].

NISHIGUCHI, Shigeo, c/o 6-4-21 Akasaka, Minato-ku, Tokyo, Japan; DOB 1929 to 1930 (individual) [TCO] (Linked To: SUMIYOSHI-KAI).

NISR, Nasir (a.k.a. NESER, Naser Hassan (Arabic: ناصر حسن نسر); a.k.a. NESR, Nasser Hassan), Mahfouz, Al Ahlam 6, Haret Hreik, Roueiss, Beirut, Lebanon; DOB 20 Apr 1963; POB Kafarser, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 288030510000000 (Lebanon) (individual) [SDGT] (Linked To: THE AUDITORS FOR ACCOUNTING AND AUDITING).

NISSHO LINES INCORPORATED, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 01 Nov 2022; Identification Number IMO 6375258; Registration Number 116880 (Marshall Islands) [IRAN-EO13902].

NIT GROUP FZE, Business Center, A1 Shmookh Building, UAQ Free Zone, Umm A1 Quwain, Dubai 111027, United Arab Emirates; Room 1D, 2/F, FU TAO Building, 98 Argyle Street, Mongkok, Kowloon, Hong Kong; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 6071 (United Arab Emirates); Economic Register Number (CBLS) 11808133 (United Arab Emirates) [RUSSIA-EO14024].

NITC (a.k.a. NATIONAL IRANIAN TANKER COMPANY), NITC Building, 67-88, Shahid Atefi Street, Africa Avenue, Tehran, Iran; No. 65 and 67 Shahid Atefi Street, Africa Blvd, Tehran, Iran; Website www.nitc.co.ir; Email Address info@nitc.co.ir; alt. Email Address administrator@nitc.co.ir; IFCA Determination - Involved in the Shipping Sector; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 4891 (Iran); Telephone (98)(21)(66153220); Telephone (98)(21)(23803202); Telephone (98)(21)(23803303); Telephone (98)(21)(66153224); Telephone (98)(21)(23802230); Telephone (98)(9121115315);  Telephone (98)(9128091642); Telephone (98)(9127389031); Fax (98)(21)(22224537); Fax (98)(21)(23803318); Fax (98)(21)(22013392); Fax (98)(21)(22058763) [IRAN] [SDGT] [IFSR] [IFCA] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NITC SHARJAH (a.k.a. NATIONAL IRANIAN TANKER COMPANY LLC; a.k.a. NATIONAL IRANIAN TANKER COMPANY LLC SHARJAH BRANCH), Al Wahda Street, Street No. 4, Sharjah, United Arab Emirates; P.O. Box 3267, Sharjah, United Arab Emirates; Website http://nitcsharjah.com/index.html; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone +97165030600; Telephone + 97165749996; Telephone +971506262258; Fax +97165394666; Fax +97165746661 [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

NITS KIBERNETIKI I AVTOMATIKI (a.k.a. CYBERCOM LIMITED), Pr-D Mikhailovskii D.3, Str.13, Moscow 109029, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722551867 (Russia); Registration Number 1057747611294 (Russia) [RUSSIA-EO14024].

NIYAZI-ANGILI, Majid Reza (Arabic: مجید رضا نیازی انگیلی) (a.k.a. NAYYARI ANGILI, Majid Rida; a.k.a. NIAZI ANGILI EBRAHIM, Majid Reza), Iran; DOB 23 Feb 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0030171628 (Iran) (individual) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

NIYAZOV, Ibrohim Ahiy (a.k.a. AKHMATOV, Rakhmonberdi; a.k.a. NIYAZOV, Muhammad Ibrohimjon), Turkey; Mexico; DOB 24 Feb 1998; nationality Uzbekistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AB0040327 (Uzbekistan); Identification Number 99786785324 (Turkey); Residency Number YAC 007112 (Turkey) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

NIYAZOV, Muhammad Ibrohimjon (a.k.a. AKHMATOV, Rakhmonberdi; a.k.a. NIYAZOV, Ibrohim Ahiy), Turkey; Mexico; DOB 24 Feb 1998; nationality Uzbekistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AB0040327 (Uzbekistan); Identification Number 99786785324 (Turkey); Residency Number YAC 007112 (Turkey) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

NIZAM, Abou (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu); DOB Sep 1938 (individual) [SDNTK].

NIZHNIY NOVGOROD AVIATION PLANT SOKOL (a.k.a. NAZ SOKOL; a.k.a. NIZHNIY NOVGOROD SOKOL AIRCRAFT MANUFACTURING PLANT; a.k.a. PJSC NAZ SOKOL (Cyrillic: ПАО НАЗ СОКОЛ); a.k.a. SOKOL AIRCRAFT PLANT), 1 Chaadaev St., Nizhny Novgorod 603035, Russia; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5259008341 (Russia) [RUSSIA-EO14024].

NIZHNIY NOVGOROD SOKOL AIRCRAFT MANUFACTURING PLANT (a.k.a. NAZ SOKOL; a.k.a. NIZHNIY NOVGOROD AVIATION PLANT SOKOL; a.k.a. PJSC NAZ SOKOL (Cyrillic: ПАО НАЗ СОКОЛ); a.k.a. SOKOL AIRCRAFT PLANT), 1 Chaadaev St., Nizhny Novgorod 603035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5259008341 (Russia) [RUSSIA-EO14024].

NIZHNY NOVGOROD JOINT STOCK COMPANY HYDROMASH NAMED AFTER VI LUZYANIN (a.k.a. JSC HYDROMASH NAMED AFTER VI LUZYANIN), Pr-kt Gagarina D. 22, Nizhniy Novgorod 603022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5262008630 (Russia); Registration Number 1025203720189 (Russia) [RUSSIA-EO14024].

NJSC CHORNOMORNAFTOGAZ (a.k.a. CHERNOMORNEFTEGAZ; a.k.a. CHORNOMORNAFTOGAZ), Kirova / per. Sovnarkomovskaya, 52/1, Simferopol, Crimea 95000, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; This designation refers to the entity in Crimea at the listed address only, and does not include its parent company. [UKRAINE-EO13660].

NK BANK JOINT STOCK COMPANY (a.k.a. NATSIONALNY KOSMICHESKI BANK), Miusskaya Sq 2, Moscow 125047, Russia; SWIFT/BIC NASPRUMM; Website www.nkbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7734205131 (Russia); Legal Entity Number 253400GTA5PKPW4J0X50; Registration Number 1027739028536 (Russia); Global Intermediary Identification Number EQCQ2M.99999.SL.643 [RUSSIA-EO14024].

NK LUKOIL OAO (a.k.a. LUKOIL (Cyrillic: ЛУКОЙЛ); a.k.a. LUKOIL OAO; a.k.a. LUKOIL OIL COMPANY; a.k.a. NEFTYANAYA KOMPANIYA LUKOIL OOO; a.k.a. PUBLIC JOINT-STOCK COMPANY OIL COMPANY LUKOIL (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НЕФТЯНАЯ КОМПАНИЯ ЛУКОЙЛ)), 11 Sretenski boulevard, Moscow 101000, Russia; Website www.lukoil.ru; Email Address info@lukoil.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1027700035769 (Russia); Tax ID No. 7708004767 (Russia); Government Gazette Number 00044434 (Russia); Legal Entity Number 549300LCJ1UJXHYBWI24; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

NKALUBO, Meddie (a.k.a. NKALUBO, Mohamed Ali; a.k.a. "LEE, Meddie"), Congo, Democratic Republic of the; DOB 1987; alt. DOB 1988; POB Kampala, Uganda; nationality Uganda; citizen Uganda; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO).

NKALUBO, Mohamed Ali (a.k.a. NKALUBO, Meddie; a.k.a. "LEE, Meddie"), Congo, Democratic Republic of the; DOB 1987; alt. DOB 1988; POB Kampala, Uganda; nationality Uganda; citizen Uganda; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO).

NKO AO NRD (Cyrillic: НКО АО НРД) (a.k.a. NATIONAL SETTLEMENT DEPOSITORY; a.k.a. NCO JSC NSD; a.k.a. NON-BANK CREDIT INSTITUTION JOINT STOCK COMPANY NATIONAL SETTLEMENT DEPOSITORY (Cyrillic: НЕБАНКОВСКАЯ КРЕДИТНАЯ ОРГАНИЗАЦИЯ АКЦИОНЕРНОЕ ОБЩЕСТВО НАЦИОНАЛЬНЫЙ РАСЧЕТНЫЙ ДЕПОЗИТАРИЙ); a.k.a. "NSD"), 12, Spartakovskaya St., Moscow 105066, Russia; SWIFT/BIC MICURUMM; alt. SWIFT/BIC NADCRUMM; Website www.nsd.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 27 Jun 1996; Tax ID No. 7702165310 (Russia); Legal Entity Number 253400M18U5TB02TW421; Registration Number 1027739132563 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

NKO EVRAZIYA (Cyrillic: НКО ЕВРАЗИЯ) (a.k.a. ANO EVRAZIYA (Cyrillic: АНО ЕВРАЗИЯ); a.k.a. AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA SODEYSTVIYA RAZVITIYU MEZHDUNARODNOVO SOTRUDNICHESTVA EVRAZIYA (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ СОДЕЙСТВИЯ РАЗВИТИЮ МЕЖДУНАРОДНОГО СОТРУДНИЧЕСТВА ЕВРАЗИЯ)), Suite 4/P, 7 Krasnoproletarskaya Street, Moscow 127006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Apr 2024; Tax ID No. 9707028663 (Russia); Registration Number 1247700291200 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

NKO FOND KHIMRAZORUZHENIE (a.k.a. FOUNDATION CHEMICAL DISARMAMENT & CONVERSION; a.k.a. FOUNDATION CHEMICAL DISARMAMENT AND CONVERSION; a.k.a. NEKOMMERCHESKAYA ORGANIZATSIYA FOND KHIMICHESKOE RAZORUZHENIE I KONVERSIYA), Ul. Pravdy D.21, Str.1, Moscow 125865, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Apr 1998; Tax ID No. 7726275181 (Russia); Registration Number 1037739149491 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

NKO IVF RT (a.k.a. NONPROFIT ORGANIZATION INVESTMENT AND VENTURE FUND OF THE REPUBLIC OF TATARSTAN), Ul. Peterburgskaya D. 50, Kazan 420107, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1655087607 (Russia); Registration Number 1041621104304 (Russia) [RUSSIA-EO14024].

NKOUMTAMADJI, Martin (a.k.a. KOUMTA MADJI, Martin; a.k.a. KOUMTAMADJI, Martin Nadingar; a.k.a. MISKINE, Abdoulaye), Congo, Republic of the; DOB 05 Oct 1965; alt. DOB 03 Mar 1965; POB Kobo, Central African Republic; alt. POB Ndinaba, Chad; nationality Chad; General (individual) [CAR].

NKTRONICS (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO

ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

NKUNDA BATWARE, Laurent (a.k.a. NKUNDA MAHORO BATWARE, Laurent; a.k.a. NKUNDA, General; a.k.a. NKUNDA, Laurent; a.k.a. NKUNDABATWARE, Laurent); DOB 06 Feb 1967; alt. DOB 02 Feb 1967; POB Rutshuru, North Kivu, Democratic Republic of the Congo; Founder, National Congress for the People's Defense; Senior Officer, Rally for Congolese Democracy-Goma (RCD-G), 1998-2006; Officer, Rwandan Patriotic Front (RPF), 1992-1998 (individual) [DRCONGO].

NKUNDA MAHORO BATWARE, Laurent (a.k.a. NKUNDA BATWARE, Laurent; a.k.a. NKUNDA, General; a.k.a. NKUNDA, Laurent; a.k.a. NKUNDABATWARE, Laurent); DOB 06 Feb 1967; alt. DOB 02 Feb 1967; POB Rutshuru, North Kivu, Democratic Republic of the Congo; Founder, National Congress for the People's Defense; Senior Officer, Rally for Congolese Democracy-Goma (RCD-G), 1998-2006; Officer, Rwandan Patriotic Front (RPF), 1992-1998 (individual) [DRCONGO].

NKUNDA, General (a.k.a. NKUNDA BATWARE, Laurent; a.k.a. NKUNDA MAHORO BATWARE, Laurent; a.k.a. NKUNDA, Laurent; a.k.a. NKUNDABATWARE, Laurent); DOB 06 Feb 1967; alt. DOB 02 Feb 1967; POB Rutshuru, North Kivu, Democratic Republic of the Congo; Founder, National Congress for the People's Defense; Senior Officer, Rally for Congolese Democracy-Goma (RCD-G), 1998-2006; Officer, Rwandan Patriotic Front (RPF), 1992-1998 (individual) [DRCONGO].

NKUNDA, Laurent (a.k.a. NKUNDA BATWARE, Laurent; a.k.a. NKUNDA MAHORO BATWARE, Laurent; a.k.a. NKUNDA, General; a.k.a. NKUNDABATWARE, Laurent); DOB 06 Feb 1967; alt. DOB 02 Feb 1967; POB Rutshuru, North Kivu, Democratic Republic of the Congo; Founder, National Congress for the People's Defense; Senior Officer, Rally for Congolese Democracy-Goma (RCD-G), 1998-2006; Officer, Rwandan Patriotic Front (RPF), 1992-1998 (individual) [DRCONGO].

NKUNDABATWARE, Laurent (a.k.a. NKUNDA BATWARE, Laurent; a.k.a. NKUNDA MAHORO BATWARE, Laurent; a.k.a. NKUNDA, General; a.k.a. NKUNDA, Laurent); DOB 06 Feb 1967; alt. DOB 02 Feb 1967; POB Rutshuru, North Kivu, Democratic Republic of the Congo; Founder, National Congress for the People's Defense; Senior Officer, Rally for Congolese Democracy-Goma (RCD-G), 1998-2006; Officer, Rwandan Patriotic Front (RPF), 1992-1998 (individual) [DRCONGO].

NLA (a.k.a. NATIONAL LIBERATION ARMY; a.k.a. UCK) [BALKANS].

NM-TEKH (a.k.a. LLC NM-TEKH), pr-kt Georgievskii d. 7, Zelenograd 124498, Russia; al. Solnechnaya d. 6, floor 1 pom. xii office 4, 4a, Zelenograd 124527, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735183410 (Russia); Registration Number 1197746306790 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

NO. 1 MINING ENTERPRISE (a.k.a. MINING ENTERPRISE NO 1; a.k.a. MINING ENTERPRISE NUMBER ONE; a.k.a. MYANMA MINING ENTERPRISE NUMBER 1; a.k.a. MYANMAR MINING ENTERPRISE NUMBER 1), Bu Tar Street, Forest Street, Monywa, Sagaing Region, Burma; Organization Type: Mining and Quarrying [BURMA-EO14014].

NO. 144 MILITARY CAMP OF THE CHOSUN PEOPLE'S ARMY (a.k.a. COMMAND AUTOMATION COLLEGE OF THE CHOSUN PEOPLE'S ARMY; a.k.a. KIM IL MILITARY UNIVERSITY; a.k.a. KIM IL POLITICAL MILITARY UNIVERSITY; a.k.a. KIM IL SUNG MILITARY UNIVERSITY; a.k.a. KIM IL-SUNG UNIVERSITY AUTOMATION UNIVERSITY; a.k.a. MILITARY CAMP 144 OF THE KOREAN PEOPLE'S ARMY; a.k.a. MIRIM COLLEGE; a.k.a. MIRIM UNIVERSITY; a.k.a. PYONGYANG UNIVERSITY OF AUTOMATION; a.k.a. UNIVERSITY OF AUTOMATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 1981; Target Type Government Entity [DPRK2].

NO. 2 MINING ENTERPRISE (a.k.a. MINING ENTERPRISE NO 2; a.k.a. MYANMA MINING ENTERPRISE NUMBER 2; a.k.a. MYANMAR MINING ENTERPRISE NUMBER 2; a.k.a. NUMBER 2 MINING ENTERPRISE), Myay Myint Quarter, Pyi Htaung Su Road, Myitkyina, Kachin State, Burma; Organization Type: Mining and Quarrying [BURMA-EO14014].

NO'AR MEIR (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI

MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

NOBAKHT, Mas'ud (a.k.a. MAS'UD, Abu Ali; a.k.a. NIKBAKHT, Mas'ud; a.k.a. NOWBAKHT, Mas'ud; a.k.a. NOWBAKHT, Sa'id); DOB 28 Dec 1961; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 9004318; alt. Passport 9011128; alt. Passport 9004398 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NOBILITY JSC (Cyrillic: АО НОБИЛИТИ) (a.k.a. JOINT STOCK COMPANY NOBILITY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НОБИЛИТИ)), Bolshoy Sampsonievsky pr., 60, lit. A, pom. 2N/1114, St. Petersburg 194044, Russia; Unit 2H114, Leter A, prospekt Bolshoy Sampsoniyevskiy 60, St. Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802706763 (Russia); Identification Number IMO 6195490; Business Registration Number 1207800055341 (Russia) [RUSSIA-EO14024] [PEESA-EO14039].

NOBLE SHIPPING CO LTD (a.k.a. NOBLE SHIPPING COMPANY LIMITED), Flat 302, 3/F, The Strand, 49 Bonham Strand, Sheung Wan, Hong Kong, China; Room 2604, 26th Floor, Nam Wo Hong Building, 148 Wing Lok Street, Sheung Wan, Hong Kong, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); C.R. No. 2563285 (Hong Kong); Identification Number IMO 6003103 [IFCA].

NOBLE SHIPPING COMPANY LIMITED (a.k.a. NOBLE SHIPPING CO LTD), Flat 302, 3/F, The Strand, 49 Bonham Strand, Sheung Wan, Hong Kong, China; Room 2604, 26th Floor, Nam Wo Hong Building, 148 Wing Lok Street, Sheung Wan, Hong Kong, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); C.R. No. 2563285 (Hong Kong); Identification Number IMO 6003103 [IFCA].

NOBLE TITLE LIMITED, Phnom Penh, Cambodia; Company Number 1925678 (Virgin Islands, British) [TCO] (Linked To: CHEN, Zhi).

NOBLEFU COMPANY LIMITED, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island MH96960, Marshall Islands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6352834 [UKRAINE-EO13662] [RUSSIA-EO14024].

NOC OF THE REPUBLIC OF BELARUS (a.k.a. BELARUSIAN NATIONAL OLYMPIC COMMITTEE; a.k.a. NAK BELARUSI (Cyrillic: НАК БЕЛАРУСІ); a.k.a. NATIONAL OLYMPIC COMMITTEE OF THE REPUBLIC OF BELARUS; a.k.a. NATSIONALNIY OLIMPIYSKIY KOMITET RESPUBLIKI BELARUS (Cyrillic: НАЦИОНАЛЬНЫЙ ОЛИМПИЙСКИЙ КОМИТЕТ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. NATSYYALNY ALIMPIYSKI KAMITET RESPUBLIKI BELARUS (Cyrillic: НАЦЫЯНАЛЬНЫ АЛІМПІЙСКІ КАМІТЭТ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. NOK BELARUSI (Cyrillic: НОК БЕЛАРУСИ)), Raduzhnaya Str, 27-2, Minsk 220020, Belarus; ul. Raduzhnaya, d. 27, pom. 2, Minsk 220020, Belarus (Cyrillic: ул. Радужная, д. 27, пом. 2, г. Минск 220020, Belarus); Organization Established Date 01 Jul 1991; Registration Number 100265118 (Belarus) [BELARUS].

NOCHNIYE VOLKI (a.k.a. MOLODEZHNAYA AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA NOCHNYE VOLKI; a.k.a. NIGHT WOLVES; a.k.a. NOCHNYE VOLKI), Nizhnije Mnevniki, 110, "Bike Center", Moscow, Russia; 110 Nizhniye Mnevniki, Moscow, Russia; 110 Nizhnie Mnevniki Ul., Moscow 123423, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037717009846; Government Gazette Number 14188237 [UKRAINE-EO13660].

NOCHNYE VOLKI (a.k.a. MOLODEZHNAYA AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA NOCHNYE VOLKI; a.k.a. NIGHT WOLVES; a.k.a. NOCHNIYE VOLKI), Nizhnije Mnevniki, 110, "Bike Center", Moscow, Russia; 110 Nizhniye Mnevniki, Moscow, Russia; 110 Nizhnie Mnevniki Ul., Moscow 123423, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037717009846; Government Gazette Number 14188237 [UKRAINE-EO13660].

NODEH, Hosein Akbari, Iran; DOB 27 Dec 1980; nationality Iran; Gender Male; National ID No. 0062245260 (Iran) (individual) [ELECTION-EO13848] (Linked To: EMENNET PASARGAD).

NOFAL, Ayman, Gaza; DOB 1965; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

NOGUERA PIETRI, Justo Jose (Latin: NOGUERA PIETRI, Justo José); DOB 15 Mar 1961; POB Piritu, Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Cedula No. 5.944.426 (Venezuela); Passport B0942407 (Venezuela) expires 18 Dec 2006; alt. Passport 018295955 (Venezuela); President of the Venezuelan Corporation of Guayana (CVG); former Major General, General Commander of Venezuela's Bolivarian National Guard (GNB) (individual) [VENEZUELA].

NOK BELARUSI (Cyrillic: НОК БЕЛАРУСИ) (a.k.a. BELARUSIAN NATIONAL OLYMPIC COMMITTEE; a.k.a. NAK BELARUSI (Cyrillic: НАК БЕЛАРУСІ); a.k.a. NATIONAL OLYMPIC COMMITTEE OF THE REPUBLIC OF BELARUS; a.k.a. NATSIONALNIY OLIMPIYSKIY KOMITET RESPUBLIKI BELARUS (Cyrillic: НАЦИОНАЛЬНЫЙ ОЛИМПИЙСКИЙ КОМИТЕТ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. NATSYYALNY ALIMPIYSKI KAMITET RESPUBLIKI BELARUS (Cyrillic: НАЦЫЯНАЛЬНЫ АЛІМПІЙСКІ КАМІТЭТ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. NOC OF THE REPUBLIC OF BELARUS), Raduzhnaya Str, 27-2, Minsk 220020, Belarus;

ul. Raduzhnaya, d. 27, pom. 2, Minsk 220020, Belarus (Cyrillic: ул. Радужная, д. 27, пом. 2, г. Минск 220020, Belarus); Organization Established Date 01 Jul 1991; Registration Number 100265118 (Belarus) [BELARUS].

NOMCHONGANG TRADING CO. (a.k.a. KOREA NAMHUNG TRADING CORPORATION; a.k.a. KOREA TAERYONGGANG TRADING CORPORATION; a.k.a. NAM CHON GANG CORPORATION; a.k.a. NAMCHONGANG TRADING; a.k.a. NAMCHONGANG TRADING CORPORATION; a.k.a. NAMHUNG; a.k.a. "NCG"), Pyongyang, Korea, North; Chilgol, Mangyongdae District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

NOMURA, Satoru, 4-chome, 19-15 Kumagai, Kokurakita-ku, Kitakyushu City, Fukuoka, Japan; DOB 26 Sep 1946 to 07 Dec 1946 (individual) [TCO].

NON-BANK CREDIT INSTITUTION JOINT STOCK COMPANY NATIONAL SETTLEMENT DEPOSITORY (Cyrillic: НЕБАНКОВСКАЯ КРЕДИТНАЯ ОРГАНИЗАЦИЯ АКЦИОНЕРНОЕ ОБЩЕСТВО НАЦИОНАЛЬНЫЙ РАСЧЕТНЫЙ ДЕПОЗИТАРИЙ) (a.k.a. NATIONAL SETTLEMENT DEPOSITORY; a.k.a. NCO JSC NSD; a.k.a. NKO AO NRD (Cyrillic: НКО АО НРД); a.k.a. "NSD"), 12, Spartakovskaya St., Moscow 105066, Russia; SWIFT/BIC MICURUMM; alt. SWIFT/BIC NADCRUMM; Website www.nsd.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 27 Jun 1996; Tax ID No. 7702165310 (Russia); Legal Entity Number 253400M18U5TB02TW421; Registration Number 1027739132563 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

NONCOMMERCIAL ORGANIZATION REGIONAL INNOVATION INVESTMENT FUND YAMAL (a.k.a. FOND YAMAL), ul. Lenina d. 27, Salekhard 629007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8901033609 (Russia); Registration Number 1108900000660 (Russia) [RUSSIA-EO14024].

NON-INDUSTRIAL OPERATION SERVICES PAZARGAD (a.k.a. PAZARGAD NON INDUSTRIAL OPERATION COMPANY; a.k.a. PAZARGAD NON-INDUSTRIAL OPERATIONS CO.), Complex of Petrochemical Projects, Triangular Site, P.O. Box 9531795616, Assaluyeh, Bushehr, Iran; Khalid Islumboli Street, Fifth Alley, No. 22, Second Floor, Tehran 1513643911, Iran; Website www.pazargad.org; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

NON-PROFIT ASSOCIATION REVIVAL OF MARITIME TRADITIONS (a.k.a. NON-PROFIT PARTNERSHIP REVIVAL OF MARITIME TRADITIONS; a.k.a. NON-PROFIT-MAKING PARTNERSHIP REVIVAL OF MARITIME TRADITIONS; a.k.a. REVIVAL OF MARITIME TRADITIONS (Cyrillic: ВОЗРОЖДЕНИЕ МОРСКИХ ТРАДИЦИЙ)), Pr-kt bolshoi v.o. d. 9/6, Lit. A, Pom. 3n, Saint Petersburg 199004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Oct 2009; Tax ID No. 7805303650 (Russia); Registration Number 1097800006380 (Russia) [RUSSIA-EO14024].

NON-PROFIT ORGANIZATION FOR THE DEVELOPMENT OF DIGITAL PROJECTS IN THE FIELD OF PUBLIC RELATIONS AND COMMUNICATIONS DIALOG (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ПО РАЗВИТИЮ ЦИФРОВЫХ ПРОЕКТОВ В СФЕРЕ ОБЩЕСТВЕННЫХ СВЯЗЕЙ И КОММУНИКАЦИЙ ДИАЛОГ) (a.k.a. ANO DIALOG (Cyrillic: АНО ДИАЛОГ); a.k.a. AUTONOMOUS NON-PROFIT ORGANIZATION DIALOG (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ДИАЛОГ); a.k.a. AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA PO RAZVITIYU TSIFROVYKH PROEKTOV V SFERE OBSHCHESTVENNYKH SVYAZEI I KOMMUNIKATSII DIALOG; a.k.a. "DIALOG" (Cyrillic: "ДИАЛОГ"); a.k.a. "DIALOGUE"), Ul. Timura Frunze, D. 11, Str. 1, Floor 1, Pomeshch. VI Kom. 14, Moscow 119021, Russia; Website www.anodialog.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Nov 2019; Tax ID No. 9709056472 (Russia); Business Registration Number 1197700016414 (Russia) [RUSSIA-EO14024].

NONPROFIT ORGANIZATION INVESTMENT AND VENTURE FUND OF THE REPUBLIC OF TATARSTAN (a.k.a. NKO IVF RT), Ul. Peterburgskaya D. 50, Kazan 420107, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1655087607 (Russia); Registration Number 1041621104304 (Russia) [RUSSIA-EO14024].

NONPROFIT ORGANIZATION NON-STATE PENSION FUND VTB PENSION FUND (a.k.a. AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND; f.k.a. NEKOMMERCHESKAYA ORGANIZATSIYA NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND; a.k.a. NON-STATE PENSION FUND VTB PENSION FUND, JSC; a.k.a. NPF VTB PENSION FUND JOINT STOCK COMPANY; a.k.a. NPF VTB PENSION FUND JSC; a.k.a. NPF VTB PENSIONNY FOND, AO), d. 43 str. 1 ul. Vorontsovskaya, Moscow 109147, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 1147799014692 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

NON-PROFIT PARTNERSHIP REVIVAL OF MARITIME TRADITIONS (a.k.a. NON-PROFIT ASSOCIATION REVIVAL OF MARITIME TRADITIONS; a.k.a. NON-PROFIT-MAKING PARTNERSHIP REVIVAL OF MARITIME TRADITIONS; a.k.a. REVIVAL OF MARITIME TRADITIONS (Cyrillic: ВОЗРОЖДЕНИЕ МОРСКИХ ТРАДИЦИЙ)), Pr-kt bolshoi v.o. d. 9/6, Lit. A, Pom. 3n, Saint Petersburg 199004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Oct 2009; Tax ID No. 7805303650 (Russia); Registration Number 1097800006380 (Russia) [RUSSIA-EO14024].

NON-PROFIT-MAKING PARTNERSHIP REVIVAL OF MARITIME TRADITIONS (a.k.a. NON-PROFIT ASSOCIATION REVIVAL OF MARITIME TRADITIONS; a.k.a. NON-PROFIT PARTNERSHIP REVIVAL OF MARITIME TRADITIONS; a.k.a. REVIVAL OF MARITIME

TRADITIONS (Cyrillic: ВОЗРОЖДЕНИЕ МОРСКИХ ТРАДИЦИЙ)), Pr-kt bolshoi v.o. d. 9/6, Lit. A, Pom. 3n, Saint Petersburg 199004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Oct 2009; Tax ID No. 7805303650 (Russia); Registration Number 1097800006380 (Russia) [RUSSIA-EO14024].

NON-STATE PENSION FUND FIRST INDUSTRIAL ALLIANCE (a.k.a. AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND PERVY PROMYSHLENNY ALYANS; a.k.a. AO NPF PERVYI PROMYSHLENNYI ALYANS; a.k.a. JOINT-STOCK COMPANY NON-GOVERNMENTAL PENSION FUND FIRST INDUSTRIAL ALLIANCE; a.k.a. NPF PERVY PROMYSHLENNY ALYANS AO), 2E, ul. Vishnevskogo Kazan, Tatarstan Resp. 420097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Mar 1999; Tax ID No. 1655319199 (Russia); Government Gazette Number 50607380 (Russia); Registration Number 1151600000210 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

NON-STATE PENSION FUND VTB PENSION FUND, JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND; f.k.a. NEKOMMERCHESKAYA ORGANIZATSIYA NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND; a.k.a. NONPROFIT ORGANIZATION NON-STATE PENSION FUND VTB PENSION FUND; a.k.a. NPF VTB PENSION FUND JOINT STOCK COMPANY; a.k.a. NPF VTB PENSION FUND JSC; a.k.a. NPF VTB PENSIONNY FOND, AO), d. 43 str. 1 ul. Vorontsovskaya, Moscow 109147, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 1147799014692 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

NOOR ENERGY (MALAYSIA) LTD., Labuan, Malaysia; Additional Sanctions Information - Subject to Secondary Sanctions; Company Number LL08318 [IRAN].

NOOR HOLDING SAL (a.k.a. NOUR HOLDING SAL), Bizri Street, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1901008 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

NOOR MOHAMMAD, Abdul Majid (a.k.a. NOOR MUHAMMAD, Abdul Majeed; a.k.a. NOOR MUHAMMED, Abdul Majid), c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; DOB 1957; POB Chagai, Pakistan; citizen Pakistan; Passport LA097936 (Pakistan) (individual) [SDNTK].

NOOR MUHAMMAD, Abdul Majeed (a.k.a. NOOR MOHAMMAD, Abdul Majid; a.k.a. NOOR MUHAMMED, Abdul Majid), c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; DOB 1957; POB Chagai, Pakistan; citizen Pakistan; Passport LA097936 (Pakistan) (individual) [SDNTK].

NOOR MUHAMMED, Abdul Majid (a.k.a. NOOR MOHAMMAD, Abdul Majid; a.k.a. NOOR MUHAMMAD, Abdul Majeed), c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; DOB 1957; POB Chagai, Pakistan; citizen Pakistan; Passport LA097936 (Pakistan) (individual) [SDNTK].

NOOR PLANTATION INVESTMENTS LLC, 5599 NW 23rd Avenue, Boca Raton, FL 33496, United States; 11401 NW 2 Street, Plantation, FL 33325, United States; 11441 NW 2 Street, Plantation, FL 33325, United States; 11481 NW 2 Street, Plantation, FL 33325, United States; Company Number 27-1713953 (United States) [VENEZUELA] (Linked To: SARRIA DIAZ, Rafael Alfredo).

NOOR, Abdirahman (a.k.a. NUREY, Abdelrahman; a.k.a. NUREY, Abdirahman; a.k.a. NUURE, Abdirahman; a.k.a. NUURI, Abdirahman; a.k.a. RAAGE, Abdirahman Nuure), Baraawe, Lower Shabelle, Somalia; DOB 1968; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

NOOR, Haji Faizullah (a.k.a. KHAN, Haji Faizullah; a.k.a. NOORI, Haji Faizullah; a.k.a. NOORZAI, Haji Pazullah; a.k.a. NOORZAI, Hajji Faizullah Khan; a.k.a. NOREZAI, Haji Faizuulah

Khan; a.k.a. "HAJI FIAZULLAH"; a.k.a. "HAJI MULLAH FAIZULLAH"), Boghra Road, Miralzei Village, Chaman, Baluchistan Province, Pakistan; DOB 1966; alt. DOB 1961; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; POB Lowy Kariz, Spin Boldak District, Kandahar Province, Afghanistan; alt. POB Kadanay, Spin Boldak District, Kandahar Province, Afghanistan; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tribe: Noorzai; Subtribe: Miralzai (individual) [SDGT].

NOOR, Haji Mohammad (a.k.a. MOHAMED KOL, Mohammed Noor; a.k.a. MOHAMMED KUL, Mohammed Nour), c/o NEW ANSARI MONEY EXCHANGE, Afghanistan; c/o GREEN LEAF GENERAL TRADING LLC, United Arab Emirates; c/o CONNECT TELECOM GENERAL TRADING LLC, United Arab Emirates; DOB 27 Jul 1965; citizen Afghanistan (individual) [SDNTK].

NOORAHMADI, Masoud (Arabic: مسعود نوراحمدی) (a.k.a. NUR AHMADI, Masud), Tehran, Iran; DOB 07 Jun 1965; POB Andimeshk, Khuzestan, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1930608071 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: AZADEGAN TRANSPORTATION COMPANY).

NOORI, Haji Faizullah (a.k.a. KHAN, Haji Faizullah; a.k.a. NOOR, Haji Faizullah; a.k.a. NOORZAI, Haji Pazullah; a.k.a. NOORZAI, Hajji Faizullah Khan; a.k.a. NOREZAI, Haji Faizuulah Khan; a.k.a. "HAJI FIAZULLAH"; a.k.a. "HAJI MULLAH FAIZULLAH"), Boghra Road, Miralzei Village, Chaman, Baluchistan Province, Pakistan; DOB 1966; alt. DOB 1961; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; POB Lowy Kariz, Spin Boldak District, Kandahar Province, Afghanistan; alt. POB Kadanay, Spin Boldak District, Kandahar Province, Afghanistan; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tribe: Noorzai; Subtribe: Miralzai (individual) [SDGT].

NOORI, Hamid Reza (a.k.a. NURI, Hamid Reza), Iran; DOB 04 Feb 1974; POB Esfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10506784 (Iran); alt. Passport G9329064 (Iran); National ID No. 1290992118 (Iran) (individual) [NPWMD] [IFSR]

(Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

NOORI, Mohsen, Iran; DOB 12 Oct 1990; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport V29398072 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

NOORI, Omid (a.k.a. NOURI, Omid), Iran; DOB 12 Mar 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

NOORISTANI, Abdul Aziz (a.k.a. AL-NURISTANI, 'Abd al-Aziz; a.k.a. AL-NURISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz-e; a.k.a. "AL-'AZIZ, Abd"; a.k.a. "AZIZ, Abdul"; a.k.a. "AZIZ, Abdullah"), Takal region, Peshawar, Pakistan; DOB 01 Jan 1943 to 31 Dec 1943; POB Du Ab, Nuristan Province, Afghanistan; alt. POB Parun, Nuristan Province, Afghanistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AK1814292 (Pakistan); alt. Passport AK1814291 (Pakistan) issued 22 Nov 2006 expires 21 Nov 2011; National ID No. 1730190144291 (Pakistan); alt. National ID No. 13743484497 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: AL QA'IDA; Linked To: TALIBAN).

NOORULLAH, Haji, c/o NEW ANSARI MONEY EXCHANGE, Afghanistan; DOB 16 Apr 1970; alt. DOB 1969; POB City District 1, Kandahar, Afghanistan; citizen Afghanistan; Passport TR-030067 (Afghanistan); National ID No. 1092488 (Afghanistan); alt. National ID No. 192488 (Afghanistan) (individual) [SDNTK].

NOORZAI, Haji Bashir (a.k.a. "BISHR, Haji"); DOB 1961; POB Afghanistan (individual) [SDNTK].

NOORZAI, Haji Basir (a.k.a. 'ABD AL-BASIR, Haji; a.k.a. BASEER, Abdul; a.k.a. BASIR, Abdal; a.k.a. BASIR, Haji Abdul), Chaman, Pakistan; DOB 1965; alt. DOB 1963; alt. DOB 1960; POB Balochistan Province, Pakistan; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AA3829182 (Pakistan); National ID No. 5420124679187 (Pakistan) (individual) [SDGT].

NOORZAI, Haji Kotwal (a.k.a. "KHOOTWAL, Haji"; a.k.a. "KHOTWAL, Haji"; a.k.a. "KOOTWAL, Haji"), Quetta City, Balochistan Province, Pakistan; Girdi Jangle, Balochistan Province, Pakistan; DOB 1961; alt. DOB 1960; alt. DOB 1962; alt. DOB 1958; alt. DOB 1957; alt. DOB 1959; POB Nahr-e Saraj Village, Nahr-e Saraj District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

NOORZAI, Haji Malek (a.k.a. NOORZAI, Hajji Malak; a.k.a. NOORZAI, Hajji Malik; a.k.a. "HAJI AMINULLAH"; a.k.a. "HAJI MALUK"); DOB 1957; alt. DOB 1960; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tribe: Noorzai (individual) [SDGT].

NOORZAI, Haji Pazullah (a.k.a. KHAN, Haji Faizullah; a.k.a. NOOR, Haji Faizullah; a.k.a. NOORI, Haji Faizullah; a.k.a. NOORZAI, Hajji Faizullah Khan; a.k.a. NOREZAI, Haji Faizuulah Khan; a.k.a. "HAJI FIAZULLAH"; a.k.a. "HAJI MULLAH FAIZULLAH"), Boghra Road, Miralzei Village, Chaman, Baluchistan Province, Pakistan; DOB 1966; alt. DOB 1961; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; POB Lowy Kariz, Spin Boldak District, Kandahar Province, Afghanistan; alt. POB Kadanay, Spin Boldak District, Kandahar Province, Afghanistan; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tribe: Noorzai; Subtribe: Miralzai (individual) [SDGT].

NOORZAI, Hajji Faizullah Khan (a.k.a. KHAN, Haji Faizullah; a.k.a. NOOR, Haji Faizullah; a.k.a. NOORI, Haji Faizullah; a.k.a. NOORZAI, Haji Pazullah; a.k.a. NOREZAI, Haji Faizuulah Khan; a.k.a. "HAJI FIAZULLAH"; a.k.a. "HAJI MULLAH FAIZULLAH"), Boghra Road, Miralzei Village, Chaman, Baluchistan Province, Pakistan; DOB 1966; alt. DOB 1961; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; POB Lowy Kariz, Spin Boldak District, Kandahar Province, Afghanistan; alt. POB Kadanay, Spin Boldak District, Kandahar Province, Afghanistan; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tribe: Noorzai; Subtribe: Miralzai (individual) [SDGT].

NOORZAI, Hajji Malak (a.k.a. NOORZAI, Haji Malek; a.k.a. NOORZAI, Hajji Malik; a.k.a. "HAJI AMINULLAH"; a.k.a. "HAJI MALUK"); DOB 1957; alt. DOB 1960; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Tribe: Noorzai (individual) [SDGT].

NOORZAI, Hajji Malik (a.k.a. NOORZAI, Haji Malek; a.k.a. NOORZAI, Hajji Malak; a.k.a. "HAJI AMINULLAH"; a.k.a. "HAJI MALUK"); DOB 1957; alt. DOB 1960; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tribe: Noorzai (individual) [SDGT].

NOORZAI, Mullah Ahmed Shah (a.k.a. SHAH, Haji Ahmad; a.k.a. SHAH, Haji Mullah Ahmad; a.k.a. SHAH, Maulawi Ahmed; a.k.a. SHAH, Mullah Mohammed), Quetta, Pakistan; DOB 01 Jan 1985; alt. DOB 1981; POB Quetta, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport NC5140251 (Pakistan) issued 23 Oct 2009 expires 22 Oct 2014; National ID No. 5440122880259 (Pakistan) (individual) [SDGT].

NOORZAI, Mullah Mad Aman Ustad (a.k.a. AKHUND, Mohammad Aman; a.k.a. AMAN, Mohammed; a.k.a. OMAN, Mullah Mohammed; a.k.a. "SANAULLAH"); DOB 1970; POB Bande Tumur Village, Maiwand District, Qandahar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NOOSHIN, Seid Mir Ahmad (a.k.a. NOOSHIN, Seyed Mirahmad; a.k.a. NUSHIN, Sayyed Mir Ahmad), Iran; DOB 11 Jan 1966; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G9311208 (Iran); Director, Aerospace Industries Organization (individual) [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

NOOSHIN, Seyed Mirahmad (a.k.a. NOOSHIN, Seid Mir Ahmad; a.k.a. NUSHIN, Sayyed Mir Ahmad), Iran; DOB 11 Jan 1966; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G9311208 (Iran); Director, Aerospace Industries Organization (individual) [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

NORAM - AZD, A.S. (a.k.a. TRANZ-TEL, A.S.), Krizna 47, Bratislava 1 - Mestska Cast Ruzinov, Bratislava 81107, Slovakia; Tax ID No. 202141989 (Slovakia); Registration Number 35720514 (Slovakia) [GLOMAG] (Linked To: KOCNER, Marian).

NORATEC HOLDINGS LTD, Foloune House, Flat No E2, Floor 5, Gladstonos & Filokyprou 120, Limassol 3032, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Oct 2016; Registration Number C360954 (Cyprus) [RUSSIA-EO14024].

NORD GOLD PLC (f.k.a. NORD GOLD SE; f.k.a. NORD GOLD UK SOCIETAS; a.k.a. NORDGOLD), 27 Dover Street, Mayfair, London W1S 4LZ, United Kingdom; Russia; Burkina Faso; Guinea; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jun 2016; Company Number 13287342 (United Kingdom) [RUSSIA-EO14024] (Linked To: MORDASHOV, Alexey Aleksandrovich; Linked To: MORDASHOVA, Marina Aleksandrovna).

NORD GOLD SE (a.k.a. NORD GOLD PLC; f.k.a. NORD GOLD UK SOCIETAS; a.k.a. NORDGOLD), 27 Dover Street, Mayfair, London W1S 4LZ, United Kingdom; Russia; Burkina Faso; Guinea; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jun 2016; Company Number 13287342 (United Kingdom) [RUSSIA-EO14024] (Linked To: MORDASHOV, Alexey Aleksandrovich; Linked To: MORDASHOVA, Marina Aleksandrovna).

NORD GOLD UK SOCIETAS (a.k.a. NORD GOLD PLC; f.k.a. NORD GOLD SE; a.k.a. NORDGOLD), 27 Dover Street, Mayfair, London W1S 4LZ, United Kingdom; Russia; Burkina Faso; Guinea; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jun 2016; Company Number 13287342 (United Kingdom) [RUSSIA-EO14024] (Linked To: MORDASHOV, Alexey Aleksandrovich; Linked To: MORDASHOVA, Marina Aleksandrovna).

NORD MARIN INZHINIRING (a.k.a. OOO NORD MARIN INZHINIRING (Cyrillic: ООО НОРД МАРИН ИНЖИНИРИНГ)), Sh. Leningradskoe D. 39, Str. 6, Pom. XXIV, Moscow 125212, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Jul 2016; Tax ID No. 7743165541 (Russia); Registration Number 1167746706137 (Russia) [RUSSIA-EO14024] (Linked To: KOCHMAN, Evgeniy Borisovich).

NORD MARINE (a.k.a. OOO NORD MARINE (Cyrillic: ООО НОРД МАРИН)), Ul. Rochdelskaya D. 11/5, Str. 1, Moscow 123100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization

Established Date 16 Apr 2001; Tax ID No. 7716204897 (Russia); Registration Number 1027700401024 (Russia) [RUSSIA-EO14024] (Linked To: KOCHMAN, Evgeniy Borisovich).

NORD PROJECT LLC TRANSPORT COMPANY (a.k.a. LLC TC NORD PROJECT; a.k.a. TC NORD PROJECT; a.k.a. TK NORD PROJECT; a.k.a. "LLC NORD PROJECT"; a.k.a. "NORD PROJECT"), Office 410, 47 Uritskogo St, Arkhangelsk 163060, Russia; Office 335H, Liter A, Prospekt Leninskiy 153, St. Petersburg 196247, Russia; Office 308, House 71 Korpus 1, Naberezhnaya Severnoy Dviny, Arkhangelsk 163069, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2901201732 (Russia); Identification Number IMO 5825809 [RUSSIA-EO14024].

NORD STREAM 2 AG (a.k.a. NEW EUROPEAN PIPELINE AG), Baarerstrasse 52, Zug 6300, Switzerland; Gotthardstrasse 2, Zug 6300, Switzerland; Bahnhofstrasse 10, Zug 6301, Switzerland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number CHE-444.239.548 (Switzerland); Business Registration Number CH-170.3.039.850-1 (Switzerland) [RUSSIA-EO14024] [PEESA-EO14039].

NORD TRADING L.L.C (Arabic: نورد للتجارة ش.ذ.م.م), Deira Al Sabkha, Dubai, United Arab Emirates; Organization Established Date 28 Feb 2021; Business Registration Number 930426 (United Arab Emirates); Economic Register Number (CBLS) 11632043 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

NORDGOLD (a.k.a. NORD GOLD PLC; f.k.a. NORD GOLD SE; f.k.a. NORD GOLD UK SOCIETAS), 27 Dover Street, Mayfair, London W1S 4LZ, United Kingdom; Russia; Burkina Faso; Guinea; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jun 2016; Company Number 13287342 (United Kingdom) [RUSSIA-EO14024] (Linked To: MORDASHOV, Alexey Aleksandrovich; Linked To: MORDASHOVA, Marina Aleksandrovna).

NORDIC RESISTANCE MOVEMENT (a.k.a. DEN NORSKE MOTSTANDSBEVEGELSEN; a.k.a. FINNISH RESISTANCE MOVEMENT; a.k.a. NORDISKA MOTSTANDSRORELSEN (Latin: NORDISKA MOTSTÅNDSRÖRELSEN); a.k.a. NORWEGIAN RESISTANCE MOVEMENT; a.k.a. NRM-NORWAY; a.k.a. SUOMEN VASTARINTALIIKE; a.k.a.

SVENSKA MOTSTANDSRORELSEN (Latin: SVENSKA MOTSTÅNDSRÖRELSEN); a.k.a. SWEDISH RESISTANCE MOVEMENT; a.k.a. "KOHTI VAPAUTTA!"; a.k.a. "NMR"; a.k.a. "NRM"; a.k.a. "NRM-FINLAND"; a.k.a. "NRM-SWEDEN"; a.k.a. "SMR"), Sweden; Norway; Denmark; Finland; Iceland; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1997 [SDGT].

NORDISKA MOTSTANDSRORELSEN (Latin: NORDISKA MOTSTÅNDSRÖRELSEN) (a.k.a. DEN NORSKE MOTSTANDSBEVEGELSEN; a.k.a. FINNISH RESISTANCE MOVEMENT; a.k.a. NORDIC RESISTANCE MOVEMENT; a.k.a. NORWEGIAN RESISTANCE MOVEMENT; a.k.a. NRM-NORWAY; a.k.a. SUOMEN VASTARINTALIIKE; a.k.a. SVENSKA MOTSTANDSRORELSEN (Latin: SVENSKA MOTSTÅNDSRÖRELSEN); a.k.a. SWEDISH RESISTANCE MOVEMENT; a.k.a. "KOHTI VAPAUTTA!"; a.k.a. "NMR"; a.k.a. "NRM"; a.k.a. "NRM-FINLAND"; a.k.a. "NRM-SWEDEN"; a.k.a. "SMR"), Sweden; Norway; Denmark; Finland; Iceland; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1997 [SDGT].

NORDSTRAND LTD., Liechtenstein [CUBA].

NORDSTRAND MARITIME AND TRADING COMPANY, 33 Akti Maouli, Pireas (Piraeus) 185-35, Greece [CUBA].

NOREZAI, Haji Faizuulah Khan (a.k.a. KHAN, Haji Faizullah; a.k.a. NOOR, Haji Faizullah; a.k.a. NOORI, Haji Faizullah; a.k.a. NOORZAI, Haji Pazullah; a.k.a. NOORZAI, Hajji Faizullah Khan; a.k.a. "HAJI FIAZULLAH"; a.k.a. "HAJI MULLAH FAIZULLAH"), Boghra Road, Miralzei Village, Chaman, Baluchistan Province, Pakistan; DOB 1966; alt. DOB 1961; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; POB Lowy Kariz, Spin Boldak District, Kandahar Province, Afghanistan; alt. POB Kadanay, Spin Boldak District, Kandahar Province, Afghanistan; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tribe: Noorzai; Subtribe: Miralzai (individual) [SDGT].

NORGAU RUSSLAND GMBH (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU NORGAU RUSSLAND; a.k.a. OOO NORGAU RUSSLAND), ul. Novatorov, 1, et. /pomeshch. 2/LVI kom. 77, Moscow 119421, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Tax ID No. 7727159340 (Russia); Registration Number 1037739226293 (Russia) [RUSSIA-EO14024].

NORIEGA FIGUEROA, Jose Gregorio, Sucre, Venezuela; DOB 21 Feb 1969; Gender Male; Cedula No. V-8348784 (Venezuela) (individual) [VENEZUELA].

NORILSK AVIA AO (a.k.a. AKTSIONERNOE OBSHCHESTVO NORILSK AVIA), d. 4A etazh 3, ul. Ordzhonikidze, Norilsk, Krasnoyarsk region 663319, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2457077334 (Russia); Registration Number 1142468039075 (Russia) [RUSSIA-EO14024].

NORILSKI KOMBINAT AO (a.k.a. AKTSIONERNOE OBSHCHESTVO NORILSKI GORNO METALLURGICHESKI KOMBINAT IM AP ZAVENYAGINA; a.k.a. AO NORILSK KOMBINAT; a.k.a. AO NORILSKII KOMBINAT), 2, pl. Gvardeiskaya, Norilsk, Krasnoyarsk region 663302, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2457009990 (Russia); Registration Number 1022401625003 (Russia) [RUSSIA-EO14024].

NORILSKI OBESPECHIVAYUSHCHI KOMPLEKS OOO (a.k.a. LLC NORILSKYI OBESPECHIVAUSHYI COMPLEX; a.k.a. NORILSKY OBESPECHIVAYUSHCHY KOMPLEKS LIMITED LIABILITY COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NORILSKI OBESPECHIVAYUSHCHI KOMPLEKS), 64, ul. Nansena, Norilsk, Krasnoyarsk region 663319, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2457061920 (Russia); Registration Number 1062457024123 (Russia) [RUSSIA-EO14024].

NORILSKII PROMYSHLENNYI TRANSPORT (a.k.a. LIMITED LIABILITY COMPANY NORILSK INDUSTRIAL TRANSPORT; a.k.a. NORILSKPROMTRANSPORT OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NORILSKI PROMYSHLENNY TRANSPORT), d. 6 k. V, ul. Oktyabrskaya, Norilsk, Krasnoyarsk region 663316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2457063821 (Russia); Registration Number 1072457002749 (Russia) [RUSSIA-EO14024].

NORILSKNIKELREMONT OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NORILSKNIKELREMONT), Pl. Gvardeiskaya D. 2, Norilsk 663302, Russia; Secondary sanctions

risk: See Section 11 of Executive Order 14024.; Tax ID No. 2457061937 (Russia); Registration Number 1062457024167 (Russia) [RUSSIA-EO14024].

NORILSKPROMTRANSPORT OOO (a.k.a. LIMITED LIABILITY COMPANY NORILSK INDUSTRIAL TRANSPORT; a.k.a. NORILSKII PROMYSHLENNYI TRANSPORT; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NORILSKI PROMYSHLENNY TRANSPORT), d. 6 k. V, ul. Oktyabrskaya, Norilsk, Krasnoyarsk region 663316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2457063821 (Russia); Registration Number 1072457002749 (Russia) [RUSSIA-EO14024].

NORILSKY OBESPECHIVAYUSHCHY KOMPLEKS LIMITED LIABILITY COMPANY (a.k.a. LLC NORILSKYI OBESPECHIVAUSHYI COMPLEX; a.k.a. NORILSKI OBESPECHIVAYUSHCHI KOMPLEKS OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NORILSKI OBESPECHIVAYUSHCHI KOMPLEKS), 64, ul. Nansena, Norilsk, Krasnoyarsk region 663319, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2457061920 (Russia); Registration Number 1062457024123 (Russia) [RUSSIA-EO14024].

NORONO TORRES, Jose Leonardo, San Cristobal, Tachira, Venezuela; DOB 16 Sep 1969; Gender Male; Cedula No. 9931609 (Venezuela) (individual) [VENEZUELA].

NOROOZI, Ahmad (Arabic: احمد نوروزی) (a.k.a. NOROUZI, Ahmad), Tehran, Iran; DOB 05 May 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10521994 (Iran) expires 25 Jan 2027; Vice President, Islamic Republic of Iran Broadcasting World Service (individual) [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

NOROUZI, Ahmad (a.k.a. NOROOZI, Ahmad (Arabic: احمد نوروزی)), Tehran, Iran; DOB 05 May 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10521994 (Iran) expires 25 Jan 2027; Vice President, Islamic Republic of Iran Broadcasting World Service (individual) [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

NOROUZI, Aliasghar (Arabic: على اصغر نوروزی) (a.k.a. NOROWZI, Ali Asghar), Iran; DOB 11

Nov 1962; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Y53914915 (Iran) expires 11 May 2026; National ID No. 4591967573 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: BONYAD TAAVON SEPAH).

NOROV, Erkin Rakhmatovich (Cyrillic: НОРОВ, Эркин Рахматович), Russia; DOB 1954; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

NOROWZI, Ali Asghar (a.k.a. NOROUZI, Aliasghar (Arabic: على اصغر نوروزی)), Iran; DOB 11 Nov 1962; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Y53914915 (Iran) expires 11 May 2026; National ID No. 4591967573 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: BONYAD TAAVON SEPAH).

NORTH CREDIT BANK (a.k.a. JOINT-STOCK COMPANY COMMERCIAL BANK NORTH CREDIT; a.k.a. JSC CB NORTH CREDIT), Building 27, Herzen Street, Vologda, Vologda Oblast 160000, Russia; Building 29a, Zhelyabova Street, Simferopol, Crimea 295011, Ukraine; ul. Gertsena 27, Vologda, Vologodskaya Oblast 160000, Russia; SWIFT/BIC NOCRRU21; BIK (RU) 041909769; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1022900001772 (Russia); Tax ID No. 2901009852 (Russia) [UKRAINE-EO13685].

NORTH DRILLING CO (Arabic: شرکت حفاری شمال) (a.k.a. NORTH DRILLING COMPANY; a.k.a. NORTH DRILLING PUBLIC JOINT STOCK COMPANY; a.k.a. "NDCO"), 2127, Valiasr Street, Corner of Del Afrooz Street, Tehran 1511714315, Iran; Arjantin Argentina Square - Alvand St. - 35th St. - No. 8, Tehran, Iran; Sanaat Square - Farhazadi St. - Taavon St. - No. 19, Tehran, Iran; Vozara St. - Baheshti St. - No. 20, Tehran, Iran; Esfandiar St. - Valiasr St. - No. 90, Tehran, Iran; Website www.ndco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101920830 (Iran); Registration Number 149235 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

NORTH DRILLING COMPANY (a.k.a. NORTH DRILLING CO (Arabic: شرکت حفاری شمال); a.k.a. NORTH DRILLING PUBLIC JOINT STOCK COMPANY; a.k.a. "NDCO"), 2127,

Valiasr Street, Corner of Del Afrooz Street, Tehran 1511714315, Iran; Arjantin Argentina Square - Alvand St. - 35th St. - No. 8, Tehran, Iran; Sanaat Square - Farhazadi St. - Taavon St. - No. 19, Tehran, Iran; Vozara St. - Baheshti St. - No. 20, Tehran, Iran; Esfandiar St. - Valiasr St. - No. 90, Tehran, Iran; Website www.ndco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101920830 (Iran); Registration Number 149235 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

NORTH DRILLING PUBLIC JOINT STOCK COMPANY (a.k.a. NORTH DRILLING CO (Arabic: شرکت حفاری شمال); a.k.a. NORTH DRILLING COMPANY; a.k.a. "NDCO"), 2127, Valiasr Street, Corner of Del Afrooz Street, Tehran 1511714315, Iran; Arjantin Argentina Square - Alvand St. - 35th St. - No. 8, Tehran, Iran; Sanaat Square - Farhazadi St. - Taavon St. - No. 19, Tehran, Iran; Vozara St. - Baheshti St. - No. 20, Tehran, Iran; Esfandiar St. - Valiasr St. - No. 90, Tehran, Iran; Website www.ndco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101920830 (Iran); Registration Number 149235 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

NORTH EAST ASIA BANK, Haebangsan-dong, Central District, Pyongyang, Korea, North; SWIFT/BIC NEABKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; all offices worldwide [DPRK3].

NORTH GROUP HOLDING CORP.; RUC # 1932244-1-728269 (Panama) [SDNTK].

NORTH KOREAN MINING DEVELOPMENT TRADING CORPORATION (a.k.a. CHANGGWANG SINYONG CORPORATION; a.k.a. DPRKN MINING DEVELOPMENT TRADING COOPERATION; a.k.a. EXTERNAL TECHNOLOGY GENERAL CORPORATION; a.k.a. KOREA KUMRYONG TRADING COMPANY; a.k.a. KOREA MINING DEVELOPMENT TRADING CORPORATION; a.k.a. KOREAN MINING AND INDUSTRIAL DEVELOPMENT CORPORATION; a.k.a. "KOMID"), Central District, Pyongyang, Korea, North; Beijing, China; Moscow, Russia; Tehran, Iran; Damascus, Syria; Secondary sanctions

risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK2].

NORTH KOREAN ZINC INDUSTRY GROUP (a.k.a. KOREA ZINC INDUSTRIAL GROUP; a.k.a. KOREA ZINC INDUSTRY GENERAL CORPORATION; a.k.a. KOREA ZINC INDUSTRY GROUP), Korea, North; Dalian, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

NORTH KOREA'S FOREIGN TRADE BANK (a.k.a. FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA; a.k.a. KOREA TRADE BANK; a.k.a. MOOYOKBANK), FTB Building, Jungsong-dong, Central District, Pyongyang, Korea, North; SWIFT/BIC FTBDKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK3].

NORTH SOUTH CARGO (a.k.a. ALBAIT AL KHALEEJE GENERAL TRADING LLC), Industrial Area 18, Warehouses Lands, Warehouses 16-17, Al Maliha Street, Sharjah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Nov 1994; Registration Number 118607 (United Arab Emirates) [RUSSIA-EO14024].

NORTH WOOD INDUSTRY CO. (a.k.a. CHOUBE SHOMAL COMPANY; a.k.a. NORTH WOOD INDUSTRY COMPANY (Arabic: شرکت صنعت چوب شمال); a.k.a. SANATE CHOUBE SHOMAL COMPANY; a.k.a. SHERKATE CHOOBE SHOMAAL), No. 13, Delfan Alley, Shahid Nazeri Alley, Fajr Yekom Street, Motahhari Street, Tehran, Iran; No. 51, Delfan Alley, Jam Street, Motahhari Avenue, Tehran, Iran; Minoodasht Road, Gonbad Kavoos, Golestan, Iran; Gonbad to Minudasht Road, Kilometer 7, Gonbad-e Kavus, Gholestan, Iran; Website http://www.choubshomal.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861874050 (Iran); Registration Number 381

(Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

NORTH WOOD INDUSTRY COMPANY (Arabic: شرکت صنعت چوب شمال) (a.k.a. CHOUBE SHOMAL COMPANY; a.k.a. NORTH WOOD INDUSTRY CO.; a.k.a. SANATE CHOUBE SHOMAL COMPANY; a.k.a. SHERKATE CHOOBE SHOMAAL), No. 13, Delfan Alley, Shahid Nazeri Alley, Fajr Yekom Street, Motahhari Street, Tehran, Iran; No. 51, Delfan Alley, Jam Street, Motahhari Avenue, Tehran, Iran; Minoodasht Road, Gonbad Kavoos, Golestan, Iran; Gonbad to Minudasht Road, Kilometer 7, Gonbad-e Kavus, Gholestan, Iran; Website http://www.choubshomal.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861874050 (Iran); Registration Number 381 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

NORTH-EASTERN SHIP REPAIR CENTER JOINT STOCK COMPANY (a.k.a. AKTSIONERNOYE OBSHCHESTVO SEVERO-VOSTOCHNYY REMONTNYY TSENTR (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СЕВЕРО-ВОСТОЧНЫЙ РЕМОНТНЫЙ ЦЕНТР); a.k.a. "SVRTS PAO"), 1 Ulitsa Vladivostokskaya, Vilyuchinsk 684090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Feb 2008; Tax ID No. 4102009338 (Russia); Registration Number 1084141000492 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

NORTHSTAR TRADING CORPORATION (a.k.a. SYNERGY CONSULTANTS LIMITED), Victoria, Seychelles; Certificate of Incorporation Number 006971 (Seychelles) [SDNTK].

NORWEGIAN RESISTANCE MOVEMENT (a.k.a. DEN NORSKE MOTSTANDSBEVEGELSEN; a.k.a. FINNISH RESISTANCE MOVEMENT; a.k.a. NORDIC RESISTANCE MOVEMENT; a.k.a. NORDISKA MOTSTANDSRORELSEN (Latin: NORDISKA MOTSTÅNDSRÖRELSEN); a.k.a. NRM-NORWAY; a.k.a. SUOMEN VASTARINTALIIKE; a.k.a. SVENSKA MOTSTANDSRORELSEN (Latin: SVENSKA MOTSTÅNDSRÖRELSEN); a.k.a. SWEDISH RESISTANCE MOVEMENT; a.k.a. "KOHTI VAPAUTTA!"; a.k.a. "NMR"; a.k.a. "NRM"; a.k.a. "NRM-FINLAND"; a.k.a. "NRM-

SWEDEN"; a.k.a. "SMR"), Sweden; Norway; Denmark; Finland; Iceland; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1997 [SDGT].

NOSENKO, Nikolayevna Tatyana (a.k.a. MOSKALKOVA, Tatiana Nikolaevna; a.k.a. MOSKALKOVA, Tatyana Nikolaevna (Cyrillic: МОСКАЛЬКОВА, Татяна Николаевна)), Moscow, Russia; DOB 30 May 1955; POB Vitebsk, Vitebsk Region, Belarus; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771873528703 (Russia) (individual) [RUSSIA-EO14024].

NOSOV, Sergey Konstantinovich (Cyrillic: НОСОВ, Сергей Константинович), Magadan Region, Russia; DOB 17 Feb 1961; POB Magnitogorsk, Chelyabinsk Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

NOUMAYRIYE 1057 SAL (a.k.a. NUMEIRIYA 1057 SAL), Adnan Al Hakim Street, Al Wazeer Building, First Floor, Building No. 3673, Msaytbeh, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1013409 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

NOUR HOLDING SAL (a.k.a. NOOR HOLDING SAL), Bizri Street, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1901008 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

NOURE, Yassine (a.k.a. ALKHALD, Ahmad; a.k.a. ALQADHI, Mohammed Nawar Mohammed), Raqqa, Syria; DOB 01 Jan 1992; alt. DOB 18 Aug 1993; alt. DOB 21 Jul 1992; POB Aleppo, Syria; alt. POB Brussels, Belgium; alt. POB Baghdad, Iraq; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

NOUREDDINE, Mohamad (a.k.a. NUR-AL-DIN, Muhammad Mustafa); DOB 23 Oct 1974; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0629138 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

NOURI PETROCHEMICAL (f.k.a. BORZOUYEH PETROCHEMICAL COMPANY; a.k.a. BORZUYEH PETROCHEMICAL COMPANY; a.k.a. NOURI PETROCHEMICAL CO; a.k.a. NOURI PETROCHEMICAL COMPANY; a.k.a. NOURI PETROCHEMICAL COMPANY (LLP); a.k.a. NOURI PETROCHEMICAL COMPLEX), Pars Special Economic Energy Zone, Assaluyeh Port, Bushehr, Iran; Nouri (Borzouyeh) Petrochemical Company, Pars Special Economy Zone, Assalouyeh, Bushehr, Iran; P.O.Box 75391-115, Bushehr, Iran; Pars Special Economy Energy Zone, Assalouyeh Port in the North Side of Persian Gulf, Bushehr, Iran; Website www.bpciran.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 941 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

NOURI PETROCHEMICAL CO (f.k.a. BORZOUYEH PETROCHEMICAL COMPANY; a.k.a. BORZUYEH PETROCHEMICAL COMPANY; a.k.a. NOURI PETROCHEMICAL; a.k.a. NOURI PETROCHEMICAL COMPANY; a.k.a. NOURI PETROCHEMICAL COMPANY (LLP); a.k.a. NOURI PETROCHEMICAL COMPLEX), Pars Special Economic Energy Zone, Assaluyeh Port, Bushehr, Iran; Nouri (Borzouyeh) Petrochemical Company, Pars Special Economy Zone, Assalouyeh, Bushehr, Iran; P.O.Box 75391-115, Bushehr, Iran; Pars Special Economy Energy Zone, Assalouyeh Port in the North Side of Persian Gulf, Bushehr, Iran; Website www.bpciran.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 941 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

NOURI PETROCHEMICAL COMPANY (f.k.a. BORZOUYEH PETROCHEMICAL COMPANY; a.k.a. BORZUYEH PETROCHEMICAL COMPANY; a.k.a. NOURI PETROCHEMICAL; a.k.a. NOURI PETROCHEMICAL CO; a.k.a. NOURI PETROCHEMICAL COMPANY (LLP); a.k.a. NOURI PETROCHEMICAL COMPLEX), Pars Special Economic Energy Zone, Assaluyeh Port, Bushehr, Iran; Nouri (Borzouyeh) Petrochemical Company, Pars Special Economy Zone, Assalouyeh, Bushehr, Iran; P.O.Box 75391-115, Bushehr, Iran; Pars Special Economy Energy Zone, Assalouyeh Port in the North Side of Persian Gulf, Bushehr, Iran; Website www.bpciran.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 941 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

NOURI PETROCHEMICAL COMPANY (LLP) (f.k.a. BORZOUYEH PETROCHEMICAL COMPANY; a.k.a. BORZUYEH PETROCHEMICAL COMPANY; a.k.a. NOURI PETROCHEMICAL; a.k.a. NOURI PETROCHEMICAL CO; a.k.a. NOURI PETROCHEMICAL COMPANY; a.k.a. NOURI PETROCHEMICAL COMPLEX), Pars Special Economic Energy Zone, Assalouyeh Port, Bushehr, Iran; Nouri (Borzouyeh) Petrochemical Company, Pars Special Economy Zone, Assalouyeh, Bushehr, Iran; P.O.Box 75391-115, Bushehr, Iran; Pars Special Economy Energy Zone, Assalouyeh Port in the North Side of Persian Gulf, Bushehr, Iran; Website www.bpciran.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 941 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

NOURI PETROCHEMICAL COMPLEX (f.k.a. BORZOUYEH PETROCHEMICAL COMPANY; a.k.a. BORZUYEH PETROCHEMICAL COMPANY; a.k.a. NOURI PETROCHEMICAL; a.k.a. NOURI PETROCHEMICAL CO; a.k.a. NOURI PETROCHEMICAL COMPANY; a.k.a. NOURI PETROCHEMICAL COMPANY (LLP)), Pars Special Economic Energy Zone, Assaluyeh Port, Bushehr, Iran; Nouri (Borzouyeh) Petrochemical Company, Pars Special Economy Zone, Assalouyeh, Bushehr, Iran; P.O.Box 75391-115, Bushehr, Iran; Pars Special Economy Energy Zone, Assalouyeh Port in the North Side of Persian Gulf, Bushehr, Iran; Website www.bpciran.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 941 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

NOURI, Hadi (Arabic: هادی نوری), Iran; DOB 18 Aug 1978; POB Ghorveh, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport X60474161 (Iran) expires 30 Oct 2027; National ID No. 3800047055 (Iran) (individual) [IRAN-

EO13902] (Linked To: CYRUS OFFSHORE BANK).

NOURI, Omid (a.k.a. NOORI, Omid), Iran; DOB 12 Mar 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

NOURIAN EXCHANGE (a.k.a. SIAVASH NOURIAN & CO. EXCHANGE; a.k.a. SIAVASH NOURIAN AND CO. EXCHANGE; a.k.a. SIAVASH NURIAN AND PARTNERS (Arabic: سیاوش نوریان و شرکاء)), Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Mar 2018; National ID No. 14007482039 (Iran); Commercial Registry Number 524301 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

NOURIAN, Siavash (Arabic: سیاوش نوریان) (a.k.a. NURIAN, Siavosh), Iran; DOB 26 Mar 1959; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z64904229 (Iran); National ID No. 3991954850 (Iran) (individual) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

NOURREDINE, Jawad (a.k.a. NUR AL-DIN, Shawqi Jawad Mohamad Shafiq; a.k.a. NUR AL-DIN, Shawqi Muhammad Shafiq; a.k.a. NUR-AL-DIN, Jawad), Lebanon; DOB 20 Oct 1962; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2514323 (Lebanon) (individual) [SDGT] (Linked To: MARTYRS FOUNDATION IN LEBANON).

NOVA ENERGIES LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВА ЭНЕРДЖИС), 15A Leninskiy Avenue, Moscow 119071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736291457 (Russia); Registration Number 1177746174165 (Russia) [RUSSIA-EO14024].

NOVA LINES INC., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 10 May 2024; Identification Number IMO 6506627; Enterprise Number 125867 (Marshall Islands) [IRAN-EO13902].

NOVA LUXE GLOBAL LIMITED, Hong Kong, China; Business Registration Number 72690162 (Hong Kong) [TCO] (Linked To: CHEN, Zhi).

NOVA MANAGEMENT SERVICES LIMITED, Hong Kong, China; Business Registration Number 70367989 (Hong Kong) [TCO] (Linked To: CHEN, Zhi).

NOVAIA NAFTAVAIA KAMPANIA (a.k.a. CJSC NNK; a.k.a. CLOSED JOINT-STOCK COMPANY NEW OIL COMPANY; a.k.a. ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA NOVAYA NAFTAVAYA KAMPANIYA (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА НОВАЯ НАФТАВАЯ КАМПАНІЯ); a.k.a. ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO NOVAYA NEFTYANAYA KOMPANIYA (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НОВАЯ НЕФТЯНАЯ КОМПАНИЯ); a.k.a. ZAO NNK (Cyrillic: ЗАО ННК); a.k.a. ZAT NNK (Cyrillic: ЗАТ ННК); a.k.a. "NEW OIL COMPANY"), ul. Rakovskaya, d. 14B, kab. 7 (5th floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В, каб. 7 (5 этаж), г. Минск 220004, Belarus); Organization Established Date 23 Mar 2020; Registration Number 193402282 (Belarus) [BELARUS-EO14038].

NOVAK, Aleksandr Valentinovich (Cyrillic: НОВАК, Александр Валентинович) (a.k.a. NOVAK, Alexander Valentinovich), Russia; DOB 23 Aug 1971; POB Avdeyevka, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

NOVAK, Alexander Valentinovich (a.k.a. NOVAK, Aleksandr Valentinovich (Cyrillic: НОВАК, Александр Валентинович)), Russia; DOB 23 Aug 1971; POB Avdeyevka, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

NOVALIC, Fadil, Bosnia and Herzegovina; DOB 25 Sep 1959; POB Gradacac, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; citizen Bosnia and Herzegovina; Gender Male; Prime Minister of the Federation of Bosnia and Herzegovina (individual) [BALKANS-EO14033].

NOVAPORT TSENTRALNAYA AZIYA OOO (a.k.a. LIMITED LIABILITY COMPANY CARBON (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КАРБОН); a.k.a. LIMITED LIABILITY COMPANY KARBON), d. 3A str. 6 etazh 1 pom.

21, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704493235 (Russia); Registration Number 1197746372735 (Russia) [RUSSIA-EO14024].

NOVASTREAM LIMITED (a.k.a. LLC NOVASTREAM (Cyrillic: ООО НОВОСТРИМ); a.k.a. NOVASTREAM LTD; a.k.a. OOO NOVASTREAM), Ul. Severnaya D. 2A, Pomeshch. 51, Vladimir 600007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Apr 2022; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 3329101270 (Russia); Registration Number 1223300003079 (Russia) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

NOVASTREAM LTD (a.k.a. LLC NOVASTREAM (Cyrillic: ООО НОВОСТРИМ); a.k.a. NOVASTREAM LIMITED; a.k.a. OOO NOVASTREAM), Ul. Severnaya D. 2A, Pomeshch. 51, Vladimir 600007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Apr 2022; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 3329101270 (Russia); Registration Number 1223300003079 (Russia) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

NOVATEK CHINA HOLDINGS CO LTD (Chinese Simplified: 诺瓦泰克 中国 控股有限公司), Unit 04C, 05-06, 45th Floor, Building 16, No. 1, Jianguomenwai Street, Chaoyang District, Beijing, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91110105MACW0T5T67 (China) [RUSSIA-EO14024].

NOVATEK LNG FUEL KASHIRA LLC (Cyrillic: ООО НОВАТЭК СПГ ТОПЛИВО КАШИРА), d. 13 ofis 7, ul. Streletskaya, Kashira 142900, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5019031065 (Russia); Business Registration Number 1215000082868 (Russia) [RUSSIA-EO14024].

NOVE DEVELOPMENT EOOD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2010; Government Gazette Number 201275656 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

NOVE INTERNAL EOOD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2007; V.A.T. Number BG 175382860 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

NOVE PARTNERS OOD, 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2007; Government Gazette Number 175392527 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

NOVE-AD-HOLDING AD (Cyrillic: НОВЕ-АД-ХОЛДИНГ - АД), 43 Moskovsa, Oborishte Distr., Sofia 1000, Bulgaria; Organization Established Date 1991; V.A.T. Number BG 121024920 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

NOVEDADES CRUZITA (a.k.a. CRUZITA NOVEDADES), Sinaloa, Sinaloa 81960, Mexico [SDNTK].

NOVELUCK TRADING LIMITED (a.k.a. SAISAIPEN CO., LTD), 1306, 13/F, Loki Centre, 133-139 Wan Chai Road, Wan Chai, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Oct 2021; Company Number 2880358 (Hong Kong); Business Registration Number 73466077 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

NOVENCO RUSSIA (a.k.a. LIMITED LIABILITY COMPANY NOVENKO RUSSLEND), Sh. Varshavskoe d. 17, et 3 kab 309, Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Mar 2018; Tax ID No. 7726424450 (Russia); Registration Number 1187746252803 (Russia) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

NOVGORODNEFTEPRODUCT OOO (a.k.a. LIMITED LIABILITY COMPANY NOVGORODNEFTEPRODUCT; a.k.a. NOVGORODNEFTEPRODUKT LLC), d. 20 Germana Ulitsa, Veliky Novgorod, Novgorodskaya Oblast 173002, Russia; Email Address office@nnp.surgutneftegas.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1025300788644 (Russia); Tax ID No. 5321059365 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

NOVGORODNEFTEPRODUKT LLC (a.k.a. LIMITED LIABILITY COMPANY NOVGORODNEFTEPRODUCT; a.k.a. NOVGORODNEFTEPRODUCT OOO), d. 20 Germana Ulitsa, Veliky Novgorod, Novgorodskaya Oblast 173002, Russia; Email Address office@nnp.surgutneftegas.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1025300788644 (Russia); Tax ID No. 5321059365 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

NOVGORODSKAYA AKKUMULYATORNAYA KOMPANIYA (a.k.a. "NOVAK OOO"), Ul. Severnaya 15, Velikiy Novgorod 173008, Russia; Ul. Rabochaya D. 55, K.1, Velikiy Novgorod 173008, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5321073271 (Russia); Registration Number 1025300786060 (Russia) [RUSSIA-EO14024].

NOVI PAZAR-PUT D.O.O. NOVI PAZAR (a.k.a. DRUSTVO SA OGRANICENOM ODGOVORNOSCU NOVI PAZAR-PUT NOVI PAZAR), Sabana Koce 67, Novi Pazar 36300, Serbia; Organization Established Date 20 Apr 2004; Organization Type: Construction of roads and railways; V.A.T. Number 100744723 (Serbia) [GLOMAG] (Linked To: INKOP DOO CUPRIJA).

NOVICHKOV, Nikolay Vladimirovich (Cyrillic: НОВИЧКОВ, Николай Владимирович), Russia; DOB 24 Dec 1974; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NOVIKAU, Siarhei Ihnatavich (Cyrillic: НОВІКАЎ, Сяргей Ігнатавіч) (a.k.a. NOVIKOV, Sergey Ignatovich (Cyrillic: НОВИКОВ, Сергей Игнатович)), Minsk, Belarus; DOB 1968; POB Uvarovichi, Buda-Koshelevskyy district, Homyel oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

NOVIKOMBANK AO (a.k.a. AKTSIONERNY KOMMERCHESKI BANK NOVIKOMBANK AKTSIONERNOE OBSHCHESTVO; a.k.a. AO AKB NOVIKOMBANK (Cyrillic: АО АКБ НОВИКОМБАНК); a.k.a. JOINT STOCK COMMERCIAL BANK NOVIKOMBANK (Cyrillic: АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК НОВИКОМБАНК АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. JOINT STOCK COMMERCIAL BANK NOVIKOMBANK JOINT STOCK COMPANY; a.k.a. NOVIKOMBANK JCSB), bld.1,Polyanka Bolshaya str. 50/1, Moscow 119180, Russia (Cyrillic: ул. Полянка Большая, д. 50/1, стр. 1, Москва 119180, Russia); SWIFT/BIC CNOVRUMM; Website http://www.novikom.ru; BIK (RU) 044583162; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1993; Registration ID 1027739075891 (Russia); Tax ID No. 7706196340 (Russia); Government Gazette Number 17541272 (Russia); All offices worldwide. For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

NOVIKOMBANK JCSB (a.k.a. AKTSIONERNY KOMMERCHESKI BANK NOVIKOMBANK AKTSIONERNOE OBSHCHESTVO; a.k.a. AO AKB NOVIKOMBANK (Cyrillic: АО АКБ НОВИКОМБАНК); a.k.a. JOINT STOCK COMMERCIAL BANK NOVIKOMBANK (Cyrillic: АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК НОВИКОМБАНК АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. JOINT STOCK COMMERCIAL BANK NOVIKOMBANK JOINT STOCK COMPANY; f.k.a. NOVIKOMBANK AO), bld.1,Polyanka Bolshaya str. 50/1, Moscow 119180, Russia (Cyrillic: ул. Полянка

Большая, д. 50/1, стр. 1, Москва 119180, Russia); SWIFT/BIC CNOVRUMM; Website http://www.novikom.ru; BIK (RU) 044583162; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1993; Registration ID 1027739075891 (Russia); Tax ID No. 7706196340 (Russia); Government Gazette Number 17541272 (Russia); All offices worldwide. For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

NOVIKOV, Aleksei Alekseevich (a.k.a. NOVIKOV, Alexey Alexeyevich (Cyrillic: НОВИКОВ, Алексей Алексеевич)), 18 Rublevskoye Shosse 1-221, Moscow 121615, Russia; DOB 14 Dec 1972; POB Gorkiy, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport FMS 77777 (Russia) expires 19 Aug 2023; Tax ID No. 773118473723 (Russia) (individual) [RUSSIA-EO14024].

NOVIKOV, Alexey Alexeyevich (Cyrillic: НОВИКОВ, Алексей Алексеевич) (a.k.a. NOVIKOV, Aleksei Alekseevich), 18 Rublevskoye Shosse 1-221, Moscow 121615, Russia; DOB 14 Dec 1972; POB Gorkiy, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport FMS 77777 (Russia) expires 19 Aug 2023; Tax ID No. 773118473723 (Russia) (individual) [RUSSIA-EO14024].

NOVIKOV, Dmitriy Georgievich (Cyrillic: НОВИКОВ, Дмитрий Георгиевич) (a.k.a. NOVIKOV, Dmitry Georgievich), Russia; DOB 12 Sep 1969; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NOVIKOV, Dmitry Georgievich (a.k.a. NOVIKOV, Dmitriy Georgievich (Cyrillic: НОВИКОВ, Дмитрий Георгиевич)), Russia; DOB 12 Sep 1969; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NOVIKOV, Sergei Gennadyevich (Cyrillic: НОВИКОВ, Сергей Геннадьевич) (a.k.a. NOVIKOV, Sergey Gennadyevich), Ulitsa Mosrentgen, 32, Apt 24, Moscow 142771, Russia; DOB 20 Feb 1962; POB Kineshma, Ivanovo Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4605643339 (Russia); alt. National ID No. 4607756012 (Russia); Tax ID No. 500307282158 (Russia) (individual) [RUSSIA-EO14024].

NOVIKOV, Sergey Gennadyevich (a.k.a. NOVIKOV, Sergei Gennadyevich (Cyrillic: НОВИКОВ, Сергей Геннадьевич)), Ulitsa Mosrentgen, 32, Apt 24, Moscow 142771, Russia; DOB 20 Feb 1962; POB Kineshma, Ivanovo Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4605643339 (Russia); alt. National ID No. 4607756012 (Russia); Tax ID No. 500307282158 (Russia) (individual) [RUSSIA-EO14024].

NOVIKOV, Sergey Ignatovich (Cyrillic: НОВИКОВ, Сергей Игнатович) (a.k.a. NOVIKAU, Siarhei Ihnatavich (Cyrillic: НОВІКАЎ, Сяргей Ігнатавіч)), Minsk, Belarus; DOB 1968; POB Uvarovichi, Buda-Koshelevskyy district, Homyel oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

NOVIKOV, Vladimir Mikhailovich (Cyrillic: НОВИКОВ, Владимир Михайлович), Russia; DOB 09 Jun 1966; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NOVIKOV, Yan Valentinovich (Cyrillic: НОВИКОВ, Ян Валентинович), Moscow, Russia; DOB 03 Oct 1959; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

NOVILAB MOBILE LIMITED LIABILITY COMPANY (a.k.a. LLC NOVILAB MOBAYL; a.k.a. NOVILAB MOBILE OOO; a.k.a. NOVILAB MOBILE, LLC (Cyrillic: ООО НОВИЛАБ МОБАЙЛ)), Sh Kashirskoe D. 31, Moscow 115409, Russia; st. Kaspuyskaya, house 22, korpus 1, structure 5, E5, room IX, 17a, office 13, Moscow 115304, Russia; Website novilabmobile.com; alt. Website novilabmobile.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Sep 2010; Organization Type: Other information technology and computer service activities; Target Type Private Company; Registration ID 1107746723776 (Russia); Tax ID No. 7724759532 (Russia) [RUSSIA-EO14024].

NOVILAB MOBILE OOO (a.k.a. LLC NOVILAB MOBAYL; a.k.a. NOVILAB MOBILE LIMITED LIABILITY COMPANY; a.k.a. NOVILAB MOBILE, LLC (Cyrillic: ООО НОВИЛАБ МОБАЙЛ)), Sh Kashirskoe D. 31, Moscow 115409, Russia; st. Kaspuyskaya, house 22, korpus 1, structure 5, E5, room IX, 17a, office 13, Moscow 115304, Russia; Website novilabmobile.com; alt. Website novilabmobile.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Sep 2010; Organization Type: Other information technology and computer service activities; Target Type Private Company; Registration ID 1107746723776 (Russia); Tax ID No. 7724759532 (Russia) [RUSSIA-EO14024].

NOVILAB MOBILE, LLC (Cyrillic: ООО НОВИЛАБ МОБАЙЛ) (a.k.a. LLC NOVILAB MOBAYL; a.k.a. NOVILAB MOBILE LIMITED LIABILITY COMPANY; a.k.a. NOVILAB MOBILE OOO), Sh Kashirskoe D. 31, Moscow 115409, Russia; st. Kaspuyskaya, house 22, korpus 1, structure 5, E5, room IX, 17a, office 13, Moscow 115304, Russia; Website novilabmobile.com; alt. Website novilabmobile.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Sep 2010; Organization Type: Other information technology and computer service activities; Target Type Private Company; Registration ID 1107746723776 (Russia); Tax ID No. 7724759532 (Russia) [RUSSIA-EO14024].

NOVIN ENERGY (a.k.a. ENERGY NOVIN COMPANY; a.k.a. ENERGY NOVIN CORPORATION; a.k.a. NOVIN ENERGY COMPANY; a.k.a. NOVIN ENERGY CORPORATION), Tehran, Iran; 1st Shaghayegh Bld., North Kargar St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NOVIN ENERGY COMPANY (a.k.a. ENERGY NOVIN COMPANY; a.k.a. ENERGY NOVIN CORPORATION; a.k.a. NOVIN ENERGY; a.k.a. NOVIN ENERGY CORPORATION), Tehran, Iran; 1st Shaghayegh Bld., North Kargar St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NOVIN ENERGY CORPORATION (a.k.a. ENERGY NOVIN COMPANY; a.k.a. ENERGY NOVIN CORPORATION; a.k.a. NOVIN ENERGY; a.k.a. NOVIN ENERGY COMPANY), Tehran, Iran; 1st Shaghayegh Bld., North Kargar St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NOVIN KHARA (a.k.a. NOVIN KHARA MINERAL MINING EXTRACTION COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING ENGINEERING COMPANY; a.k.a. NOVIN PARS MINERAL MINING COMPANY; a.k.a. "ASKAM"; a.k.a. "ESKAM"; a.k.a. "MINERAL MINING EXTRACTION COMPANY"; a.k.a. "SKAM"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NOVIN KHARA MINERAL MINING EXTRACTION COMPANY (a.k.a. NOVIN KHARA; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING ENGINEERING COMPANY; a.k.a. NOVIN PARS MINERAL MINING COMPANY; a.k.a. "ASKAM"; a.k.a. "ESKAM"; a.k.a. "MINERAL MINING EXTRACTION COMPANY"; a.k.a. "SKAM"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NOVIN PARS MINERAL EXPLORATION AND MINING COMPANY (a.k.a. NOVIN KHARA; a.k.a. NOVIN KHARA MINERAL MINING EXTRACTION COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING ENGINEERING COMPANY; a.k.a. NOVIN PARS MINERAL MINING COMPANY; a.k.a. "ASKAM"; a.k.a. "ESKAM"; a.k.a. "MINERAL MINING EXTRACTION COMPANY"; a.k.a. "SKAM"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN]

(Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NOVIN PARS MINERAL EXPLORATION AND MINING ENGINEERING COMPANY (a.k.a. NOVIN KHARA; a.k.a. NOVIN KHARA MINERAL MINING EXTRACTION COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING COMPANY; a.k.a. NOVIN PARS MINERAL MINING COMPANY; a.k.a. "ASKAM"; a.k.a. "ESKAM"; a.k.a. "MINERAL MINING EXTRACTION COMPANY"; a.k.a. "SKAM"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NOVIN PARS MINERAL MINING COMPANY (a.k.a. NOVIN KHARA; a.k.a. NOVIN KHARA MINERAL MINING EXTRACTION COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING ENGINEERING COMPANY; a.k.a. "ASKAM"; a.k.a. "ESKAM"; a.k.a. "MINERAL MINING EXTRACTION COMPANY"; a.k.a. "SKAM"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NOVINFO LLC (a.k.a. AZIMUT LLC; a.k.a. GLAVSET LLC; a.k.a. GLAVSET, OOO; a.k.a. INTERNET RESEARCH AGENCY LLC; a.k.a. LAKHTA INTERNET RESEARCH; a.k.a. MEDIASINTEZ LLC; a.k.a. MEDIASINTEZ, OOO; a.k.a. MIXINFO LLC; a.k.a. NOVINFO, OOO), 55 Savushkina Street, St. Petersburg, Russia; d. 4 korp. 3 litera A pom. 9-N, ofis 238, ul. Optikov, St. Petersburg, Russia; d. 4 litera B pom. 22-N, ul. Starobelskaya, St. Petersburg, Russia; d. 79 litera A. pom 1-N, ul. Planernaya, St. Petersburg, Russia; 4 Optikov Street, Building 3, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [ELECTION-EO13848].

NOVINFO, OOO (a.k.a. AZIMUT LLC; a.k.a. GLAVSET LLC; a.k.a. GLAVSET, OOO; a.k.a. INTERNET RESEARCH AGENCY LLC; a.k.a. LAKHTA INTERNET RESEARCH; a.k.a. MEDIASINTEZ LLC; a.k.a. MEDIASINTEZ, OOO; a.k.a. MIXINFO LLC; a.k.a. NOVINFO LLC), 55 Savushkina Street, St. Petersburg, Russia; d. 4 korp. 3 litera A pom. 9-N, ofis 238, ul. Optikov, St. Petersburg, Russia; d. 4 litera B pom. 22-N, ul. Starobelskaya, St. Petersburg, Russia; d. 79 litera A. pom 1-N, ul. Planernaya, St. Petersburg, Russia; 4 Optikov Street,

Building 3, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [ELECTION-EO13848].

NOVITSKI, Evgeni Grigorevich (a.k.a. NOVITSKIY, Evgeniy; a.k.a. NOVITSKIY, Evgeny Grigorevich; a.k.a. NOVITSKY, Evgeny Grigorievich (Cyrillic: НОВИЦКИЙ, Евгений Григорьевич)), Moscow, Russia; DOB 19 Nov 1957; POB Asino, Tomoskoi Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 515458326 (Russia); Tax ID No. 770100160851 (Russia) (individual) [RUSSIA-EO14024].

NOVITSKIY, Evgeniy (a.k.a. NOVITSKI, Evgeni Grigorevich; a.k.a. NOVITSKIY, Evgeny Grigorevich; a.k.a. NOVITSKY, Evgeny Grigorievich (Cyrillic: НОВИЦКИЙ, Евгений Григорьевич)), Moscow, Russia; DOB 19 Nov 1957; POB Asino, Tomoskoi Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 515458326 (Russia); Tax ID No. 770100160851 (Russia) (individual) [RUSSIA-EO14024].

NOVITSKIY, Evgeny Grigorevich (a.k.a. NOVITSKI, Evgeni Grigorevich; a.k.a. NOVITSKIY, Evgeniy; a.k.a. NOVITSKY, Evgeny Grigorievich (Cyrillic: НОВИЦКИЙ, Евгений Григорьевич)), Moscow, Russia; DOB 19 Nov 1957; POB Asino, Tomoskoi Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 515458326 (Russia); Tax ID No. 770100160851 (Russia) (individual) [RUSSIA-EO14024].

NOVITSKY, Evgeny Grigorievich (Cyrillic: НОВИЦКИЙ, Евгений Григорьевич) (a.k.a. NOVITSKI, Evgeni Grigorevich; a.k.a. NOVITSKIY, Evgeniy; a.k.a. NOVITSKIY, Evgeny Grigorevich), Moscow, Russia; DOB 19 Nov 1957; POB Asino, Tomoskoi Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 515458326 (Russia); Tax ID No. 770100160851 (Russia) (individual) [RUSSIA-EO14024].

NOVIUKHOV, Alexander Vyacheslavovich (Cyrillic: НОВЬЮХОВ, Александр Вячеславович) (a.k.a. NOVYUKHOV, Aleksandr Vyacheslavovich), Russia; DOB 05 Oct 1975; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the

Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NOVO BLOCKCHAIN CONSULTORIA LDA (a.k.a. NEW BLOCKCHAIN ADVISORY CO., LTD (Chinese Traditional: 倉新區塊鏈顧問有限公司)), Macau, China; Fang Kun, Ying Bin N0521, Xing He Wan, Guangzhou 510000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Commercial Registry Number 72424 (Macau) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY DEVICE CONSULTING).

NOVO VYATKA OPEN JOINT STOCK COMPANY (a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NOVO-VYATKA), d. 51 korp. 2 ul. Sovetskaya, Kirov, Kirovskaya obl. 610008, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4345029946 (Russia); Registration Number 1034316578680 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

NOVOKUIBYSHEVSK REFINERY (a.k.a. OJSC NOVOKUYBYSHEV REFINERY; a.k.a. OJSC NOVOKUYBYSHEV REFINERY), Ul. Osipenko D. 12, Str. 1, Novokuybyshevsk, Samara Region 446207, Russia; Email Address sekr@nknpz.rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6330000553 (Russia); Registration Number 1026303118126 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

NOVOPOLOTSK LIMITED LIABILITY COMPANY INTERSERVICE (a.k.a. INTERSERVIS NOVOPOLOTSKOE LLC; a.k.a. LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSKOYE OBSHCHESTVO S OGRANICHENNOY OTVESTVENNOSTYU INTERSERVIS (Cyrillic: НОВОПОЛОЦКОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРСЕРВИС); a.k.a. OOO INTERSERVIS (Cyrillic: ООО ИНТЕРСЕРВИС); a.k.a. TAA INTERSERVIS (Cyrillic: ТАА ІНТЭРСЭРВІС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTERSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭРСЭРВІС); a.k.a. "INTERSERVICE"; a.k.a. "LLC INTERSERVICE"), ul. Molodezhnaya, d. 7, kom. 110, Novopolotsk, Vitebsk oblast 211440, Belarus (Cyrillic: ул. Молодежная, д. 7, ком. 110, г. Новополоцк, Витебская область 211440, Belarus); Organization Established Date 13 May 1998; Registration Number 300577484 (Belarus) [BELARUS-EO14038].

NOVOPOLOTSKOYE OBSHCHESTVO S OGRANICHENNOY OTVESTVENNOSTYU INTERSERVIS (Cyrillic: НОВОПОЛОЦКОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРСЕРВИС) (a.k.a. INTERSERVIS NOVOPOLOTSKOE LLC; a.k.a. LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSK LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. OOO INTERSERVIS (Cyrillic: ООО ИНТЕРСЕРВИС); a.k.a. TAA INTERSERVIS (Cyrillic: ТАА ІНТЭРСЭРВІС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTERSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭРСЭРВІС); a.k.a. "INTERSERVICE"; a.k.a. "LLC INTERSERVICE"), ul. Molodezhnaya, d. 7, kom. 110, Novopolotsk, Vitebsk oblast 211440, Belarus (Cyrillic: ул. Молодежная, д. 7, ком. 110, г. Новополоцк, Витебская область 211440, Belarus); Organization Established Date 13 May 1998; Registration Number 300577484 (Belarus) [BELARUS-EO14038].

NOVOROSSIYA PARTY (a.k.a. NEW RUSSIA PARTY), Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

NOVOSIBIRSK AIRCRAFT ENTERPRISE (a.k.a. AO NOVOSIBIRSKIY AVIAREMONTNIY ZAVOD (Cyrillic: АО НОВОСИБИРСКИЙ АВИАРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. JSC NOVOSIBIRSKY AVIAREMONTNY FACTORY; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AVIATION FACTORY; a.k.a. NOVOSIBIRSK AVIATION PLANT; a.k.a. "NAPO"; a.k.a. "NAZ"), 15 Polzunov St., Novosibirsk 630051, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5402112867 (Russia) [RUSSIA-EO14024].

NOVOSIBIRSK AIRCRAFT PLANT (a.k.a. AO NOVOSIBIRSKIY AVIAREMONTNIY ZAVOD (Cyrillic: АО НОВОСИБИРСКИЙ АВИАРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. JSC NOVOSIBIRSKY AVIAREMONTNY FACTORY; a.k.a. NOVOSIBIRSK AIRCRAFT ENTERPRISE; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AVIATION FACTORY; a.k.a. NOVOSIBIRSK AVIATION PLANT; a.k.a. "NAPO"; a.k.a. "NAZ"), 15 Polzunov St., Novosibirsk 630051, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5402112867 (Russia) [RUSSIA-EO14024].

NOVOSIBIRSK AIRCRAFT PLANT NAMED AFTER V.P. CHKALOV (a.k.a. AO NOVOSIBIRSKIY AVIAREMONTNIY ZAVOD (Cyrillic: АО НОВОСИБИРСКИЙ АВИАРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. JSC NOVOSIBIRSKY AVIAREMONTNY FACTORY; a.k.a. NOVOSIBIRSK AIRCRAFT ENTERPRISE; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT; a.k.a. NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AVIATION FACTORY; a.k.a. NOVOSIBIRSK AVIATION PLANT; a.k.a. "NAPO"; a.k.a. "NAZ"), 15 Polzunov St., Novosibirsk 630051,

Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5402112867 (Russia) [RUSSIA-EO14024].

NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV (a.k.a. AO NOVOSIBIRSKIY AVIAREMONTNIY ZAVOD (Cyrillic: АО НОВОСИБИРСКИЙ АВИАРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. JSC NOVOSIBIRSKY AVIAREMONTNY FACTORY; a.k.a. NOVOSIBIRSK AIRCRAFT ENTERPRISE; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AVIATION FACTORY; a.k.a. NOVOSIBIRSK AVIATION PLANT; a.k.a. "NAPO"; a.k.a. "NAZ"), 15 Polzunov St., Novosibirsk 630051, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5402112867 (Russia) [RUSSIA-EO14024].

NOVOSIBIRSK AVIATION FACTORY (a.k.a. AO NOVOSIBIRSKIY AVIAREMONTNIY ZAVOD (Cyrillic: АО НОВОСИБИРСКИЙ АВИАРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. JSC NOVOSIBIRSKY AVIAREMONTNY FACTORY; a.k.a. NOVOSIBIRSK AIRCRAFT ENTERPRISE; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AVIATION PLANT; a.k.a. "NAPO"; a.k.a. "NAZ"), 15 Polzunov St., Novosibirsk 630051, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5402112867 (Russia) [RUSSIA-EO14024].

NOVOSIBIRSK AVIATION PLANT (a.k.a. AO NOVOSIBIRSKIY AVIAREMONTNIY ZAVOD (Cyrillic: АО НОВОСИБИРСКИЙ АВИАРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. JSC NOVOSIBIRSKY AVIAREMONTNY FACTORY; a.k.a. NOVOSIBIRSK AIRCRAFT ENTERPRISE; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT NAMED AFTER V.P. CHKALOV; a.k.a.

NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AVIATION FACTORY; a.k.a. "NAPO"; a.k.a. "NAZ"), 15 Polzunov St., Novosibirsk 630051, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5402112867 (Russia) [RUSSIA-EO14024].

NOVOSIBIRSK SOCIAL COMMERCIAL BANK LEVOBEREZHNY OPEN JOINT STOCK COMPANY (a.k.a. NOVOSIBIRSK SOCIAL COMMERCIAL BANK LEVOBEREZHNY PUBLIC JOINT STOCK COMPANY), St. Kirov, 48, Novosibirsk 630102, Russia; Ul. Kirova 48, Novosibirsk, Novosibirskaya Oblast 630102, Russia; SWIFT/BIC LEVBRU55; Website www.nskbl.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1991; Target Type Financial Institution; Tax ID No. 5404154492 (Russia); Legal Entity Number 2534000M10JE1UCFJ111; Registration Number 1025400000010 (Russia) [RUSSIA-EO14024].

NOVOSIBIRSK SOCIAL COMMERCIAL BANK LEVOBEREZHNY PUBLIC JOINT STOCK COMPANY (f.k.a. NOVOSIBIRSK SOCIAL COMMERCIAL BANK LEVOBEREZHNY OPEN JOINT STOCK COMPANY), St. Kirov, 48, Novosibirsk 630102, Russia; Ul. Kirova 48, Novosibirsk, Novosibirskaya Oblast 630102, Russia; SWIFT/BIC LEVBRU55; Website www.nskbl.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1991; Target Type Financial Institution; Tax ID No. 5404154492 (Russia); Legal Entity Number 2534000M10JE1UCFJ111; Registration Number 1025400000010 (Russia) [RUSSIA-EO14024].

NOVOSIBIRSKOBLGAZ LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВОСИБИРСКОБЛГАЗ) (a.k.a. NOVOSIBIRSKOBLGAZ LLC (Cyrillic: ООО НОВОСИБИРСКОБЛГАЗ)), 44 Tolmachevskaya, Novosibirsk 630052, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 30 May 2007;

Tax ID No. 5433168404 (Russia); Registration Number 1075475004241 (Russia) [DPRK4] [RUSSIA-EO14024].

NOVOSIBIRSKOBLGAZ LLC (Cyrillic: ООО НОВОСИБИРСКОБЛГАЗ) (a.k.a. NOVOSIBIRSKOBLGAZ LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВОСИБИРСКОБЛГАЗ)), 44 Tolmachevskaya, Novosibirsk 630052, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 30 May 2007; Tax ID No. 5433168404 (Russia); Registration Number 1075475004241 (Russia) [DPRK4] [RUSSIA-EO14024].

NOVOZHILOV, Viktor Feodosyevich (Cyrillic: НОВОЖИЛОВ, Виктор Феодосьевич), Russia; DOB 16 Feb 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NOVY GOROD OOO (a.k.a. LIMITED LIABILITY COMPANY NEW CITY), ul. Solnechnaya, d. 3, pom. 97 ofis 17, Zhukovski, Moscow oblast, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5040130894 (Russia); Registration Number 1145040006506 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

NOVY SVET WINERY (a.k.a. DERZHAVNE PIDPRYEMSTVO ZAVOD SHAMPANSKYKH VYN NOVY SVIT; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE ZAVOD SHAMPANSKYKH VIN NOVY SVET; a.k.a. NOVY SVET WINERY STATE ENTERPRISE; a.k.a. STATE ENTERPRISE FACTORY OF SPARKLING WINE NOVY SVET; a.k.a. STATE ENTERPRISE FACTORY OF SPARKLING WINES NEW WORLD; a.k.a. ZAVOD SHAMPANSKYKH VYN NOVY SVIT, DP), 1 Shaliapin Street, Novy Svet Village, Sudak, Crimea 98032, Ukraine; Bud. 1 vul. Shalyapina Smt, Novy Svit, Sudak, Crimea 98032, Ukraine; 1 Shalyapina str. Novy Svet, Sudak 98032, Ukraine; Website http://nsvet.com.ua/en/contacts; Email Address

boss@nsvet.com.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 00412665 (Ukraine) [UKRAINE-EO13685].

NOVY SVET WINERY STATE ENTERPRISE (a.k.a. DERZHAVNE PIDPRYEMSTVO ZAVOD SHAMPANSKYKH VYN NOVY SVIT; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE ZAVOD SHAMPANSKYKH VIN NOVY SVET; a.k.a. NOVY SVET WINERY; a.k.a. STATE ENTERPRISE FACTORY OF SPARKLING WINE NOVY SVET; a.k.a. STATE ENTERPRISE FACTORY OF SPARKLING WINES NEW WORLD; a.k.a. ZAVOD SHAMPANSKYKH VYN NOVY SVIT, DP), 1 Shaliapin Street, Novy Svet Village, Sudak, Crimea 98032, Ukraine; Bud. 1 vul. Shalyapina Smt, Novy Svit, Sudak, Crimea 98032, Ukraine; 1 Shalyapina str. Novy Svet, Sudak 98032, Ukraine; Website http://nsvet.com.ua/en/contacts; Email Address boss@nsvet.com.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 00412665 (Ukraine) [UKRAINE-EO13685].

NOVY VEK-MEDIA OOO (a.k.a. NOVYI VEK - MEDIA), Ul. Demokraticheskaya, D. 52, Sochi 354340, Russia; Registration ID 1092367003849 (Russia); Tax ID No. 2317054915 (Russia); Identification Number 64022275 (Russia) [TCO].

NOVYE GORODSKIE PROEKTY (a.k.a. LLC PROGOROD; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NOVYE GORODSKIE PROEKTY; a.k.a. OOO PROGOROD), d. 10 etazh 7 pom. XIII kom. 2,ul. Vozdvizhenka, Moscow 125009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9704013161 (Russia); Registration Number 1207700089101 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

NOVYE PROYEKTY (a.k.a. LLC NOVYE PROEKTY; a.k.a. NOVYYE PROEKTY), Km Mzhd Kievsko 5-I d. 1, Str. 1, 2, Komnata 21, Moscow 121059, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102196207 (Russia); Government Gazette Number 00998197 (Russia);

Registration Number 1159102120550 (Russia) [UKRAINE-EO13685].

NOVYE TEKHNOLOGII (a.k.a. NEW TECHNOLOGIES), ul. Admiralteiskaya, d. 3, floor 2, pomeshch. 1013, Kazan 420030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1656069657 (Russia); Registration Number 1131690023178 (Russia) [RUSSIA-EO14024].

NOVYI VEK - MEDIA (a.k.a. NOVY VEK-MEDIA OOO), Ul. Demokraticheskaya, D. 52, Sochi 354340, Russia; Registration ID 1092367003849 (Russia); Tax ID No. 2317054915 (Russia); Identification Number 64022275 (Russia) [TCO].

NOVYUKHOV, Aleksandr Vyacheslavovich (a.k.a. NOVIUKHOV, Alexander Vyacheslavovich (Cyrillic: НОВЬЮХОВ, Александр Вячеславович)), Russia; DOB 05 Oct 1975; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NOVYYE PROEKTY (a.k.a. LLC NOVYE PROEKTY; a.k.a. NOVYE PROYEKTY), Km Mzhd Kievsko 5-I d. 1, Str. 1, 2, Komnata 21, Moscow 121059, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102196207 (Russia); Government Gazette Number 00998197 (Russia); Registration Number 1159102120550 (Russia) [UKRAINE-EO13685].

NOWBAHAR, Abdullah; DOB 1984 to 1986; POB Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NOWBAKHT, Mas'ud (a.k.a. MAS'UD, Abu Ali; a.k.a. NIKBAKHT, Mas'ud; a.k.a. NOBAKHT, Mas'ud; a.k.a. NOWBAKHT, Sa'id); DOB 28 Dec 1961; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 9004318; alt. Passport 9011128; alt. Passport 9004398 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NOWBAKHT, Sa'id (a.k.a. MAS'UD, Abu Ali; a.k.a. NIKBAKHT, Mas'ud; a.k.a. NOBAKHT, Mas'ud; a.k.a. NOWBAKHT, Mas'ud); DOB 28 Dec 1961; Additional Sanctions Information -

Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 9004318; alt. Passport 9011128; alt. Passport 9004398 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NOYAN ABR ARVAN CO. (a.k.a. ABR ARVAN; a.k.a. ARVAN CLOUD; a.k.a. ARVANCLOUD; a.k.a. NAVYAN ABR ARVAN PRIVATE LIMITED COMPANY (Arabic: شرکت نویان ابرآروان (شرکت سهامی خاص)), No. 247, Shahid Dastgerdi (Zafar) St., Nelson Mandela Boulevard (Africa), Tehran 1917717553, Iran; Website www.arvancloud.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2015; National ID No. 14005500319 (Iran); Business Registration Number 489175 (Iran) [IRAN-EO13846].

NP KORPORATSIYA IRKUT PAO (a.k.a. IRKUT CORP PJSC; a.k.a. IRKUT CORPORATION JOINT STOCK COMPANY; a.k.a. KORPORATSIYA IRKUT PAO; f.k.a. OAO SCIENTIFIC PRODUCTION CORPORATION IRKUT; a.k.a. PUBLIC JOINT STOCK COMPANY YAKOVLEV; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO NAUCHNO-PROIZVODSTVENNAYA IRKUT), 68, Leningradsky Prospekt, Moscow 125315, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 3807002509 (Russia); Registration Number 1023801428111 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

NPA (a.k.a. COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. NEW PEOPLE'S ARMY; a.k.a. NEW PEOPLE'S ARMY / COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. "CPP"; a.k.a. "NPP/CPP"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

NPC ALLIANCE CORPORATION (a.k.a. NPC ALLIANCE PETROCHEMICAL CO), 44th Floor Pbcom Tower Ayala Avenue, Makati 1226, Philippines; 19th Floor Antel 2000 Corporate Center, 121 Valero St, Salcedo Village, Makati City 1226, Philippines; PAFC Industrial Park, Barangay Batangas II, Mariveles, Bataan 2105, Philippines; Website www.pnoc-afc.com.ph; alt. Website www.npcac.com.ph; Additional

Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

NPC ALLIANCE PETROCHEMICAL CO (a.k.a. NPC ALLIANCE CORPORATION), 44th Floor Pbcom Tower Ayala Avenue, Makati 1226, Philippines; 19th Floor Antel 2000 Corporate Center, 121 Valero St, Salcedo Village, Makati City 1226, Philippines; PAFC Industrial Park, Barangay Batangas II, Mariveles, Bataan 2105, Philippines; Website www.pnoc-afc.com.ph; alt. Website www.npcac.com.ph; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

NPC INTERNATIONAL (a.k.a. N P C INTERNATIONAL LTD; a.k.a. NPC INTERNATIONAL COMPANY; a.k.a. NPC INTERNATIONAL LIMITED), 5th Floor NIOC House, 4, Victoria Street, London SW1H 0NE, United Kingdom; NIOC House, 4 Victoria Street, London SW1H 0NE, United Kingdom; 4 Victoria Street, London SW1 H0NB, United Kingdom; Website www.nipc.net; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 02696754 (United Kingdom); all offices worldwide [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

NPC INTERNATIONAL COMPANY (a.k.a. N P C INTERNATIONAL LTD; a.k.a. NPC INTERNATIONAL; a.k.a. NPC INTERNATIONAL LIMITED), 5th Floor NIOC House, 4, Victoria Street, London SW1H 0NE, United Kingdom; NIOC House, 4 Victoria Street, London SW1H 0NE, United Kingdom; 4 Victoria Street, London SW1 H0NB, United Kingdom; Website www.nipc.net; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 02696754 (United Kingdom); all offices worldwide [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

NPC INTERNATIONAL LIMITED (a.k.a. N P C INTERNATIONAL LTD; a.k.a. NPC INTERNATIONAL; a.k.a. NPC INTERNATIONAL COMPANY), 5th Floor NIOC House, 4, Victoria Street, London SW1H 0NE, United Kingdom; NIOC House, 4 Victoria Street, London SW1H 0NE, United Kingdom; 4 Victoria Street, London SW1 H0NB, United Kingdom; Website www.nipc.net; Additional Sanctions Information - Subject to Secondary Sanctions;

Registration Number 02696754 (United Kingdom); all offices worldwide [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

NPF AVEK (a.k.a. OOO NAUCHNO PROIZVODSTVENNAYA FIRMA AVEK), Ul. Stepana Razina D. 95, Office 12, Yekaterinburg 620142, Russia; Ul. Pervomaiskaya 109-300, Yekaterinburg 620049, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6662021290 (Russia); Registration Number 1026605414813 (Russia) [RUSSIA-EO14024].

NPF KRUG (a.k.a. NAUCHNO PROIZVODSTVENNAYA FIRMA KRUG; a.k.a. SCIENTIFIC PRODUCTION COMPANY KRUG; a.k.a. SPC KRUG), Ul Germana Titova 1, Penza 440028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5837003278 (Russia); Registration Number 1025801216748 (Russia) [RUSSIA-EO14024].

NPF OTKRITIE GROUP (Cyrillic: ГРУППА НПФ ОТКРЫТИЕ) (a.k.a. AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNYI PENSIONNYI FOND OTKRYTIE; a.k.a. AO NPF OTKRYTIE), ul. Timura Frunze, d. 11, str. 13, Moscow 119021, Russia; ul. Gilyarovskogo, d. 39, str. 3, Moscow 129110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jun 2014; Tax ID No. 7704300571 (Russia); Registration Number 1147799009104 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

NPF PERVY PROMYSHLENNY ALYANS AO (a.k.a. AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND PERVY PROMYSHLENNY ALYANS; a.k.a. AO NPF PERVYI PROMYSHLENNYI ALYANS; a.k.a. JOINT-STOCK COMPANY NON-GOVERNMENTAL PENSION FUND FIRST INDUSTRIAL ALLIANCE; a.k.a. NON-STATE PENSION FUND FIRST INDUSTRIAL ALLIANCE), 2E, ul. Vishnevskogo Kazan, Tatarstan Resp. 420097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Mar 1999; Tax ID No. 1655319199 (Russia); Government Gazette Number 50607380 (Russia); Registration Number 1151600000210 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

NPF RET OOO (Cyrillic: ООО НПФ РЭТ) (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC-PRODUCTION FIRM RADIO-ELECTRONIC TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАУЧНО- ПРОИЗВОДСТВЕННАЯ ФИРМА РАДИОЭЛЕКТРОННЫЕ ТЕХНОЛОГИИ)), d. 21 pom. I kom. 7 ofis 10V, per. Poryadkovy, Moscow 127055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Jan 2018; Tax ID No. 7707404353 (Russia); Registration Number 1187746042230 (Russia) [RUSSIA-EO14024].

NPF SBERBANKA ZAO (a.k.a. CJSC NON-STATE PENSION FUND OF SBERBANK; a.k.a. JOINT STOCK COMPANY SBERBANK PRIVATE PENSION FUND; f.k.a. NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA; a.k.a. SBERBANK PPF JSC; a.k.a. SBERBANK PRIVATE PENSION FUND CLOSED JOINT STOCK COMPANY; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA), d. 31 G ul. Shabolovka, Moscow 115162, Russia; Website www.npfsberbanka.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147799009160 (Russia); Tax ID No. 7725352740 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

NPF TEHINKOM OOO (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC AND PRODUCTION COMPANY TEKHINKOM (Cyrillic: ООО НПФ ТЕХИНКОМ); a.k.a. LLC SCIENTIFIC AND PRODUCTION FIRM TECHINKOM (Cyrillic: ОБЩЕСТВО С

ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАУЧНО-ПРОИЗВОДСТВЕННАЯ ФИРМА ТЕХИНКОМ)), 28K Himikov St., St. Petersburg, St. Petersburg Region 195030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806102473 (Russia); Registration Number 1037816033530 (Russia) [RUSSIA-EO14024].

NPF TREKOL (a.k.a. NAUCHNO PROIZVODSTVENNAYA FIRMA TREKOL; a.k.a. "LLC R&PC TRECOL"), Per. Kholodilnyi D.1, Moscow 113191, Russia; Ul. Initsiativnaya D. 3, Kom. 41, Lyubertsy 140015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706029910 (Russia); Registration Number 1037700104386 (Russia) [RUSSIA-EO14024].

NPF VTB PENSION FUND JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND; f.k.a. NEKOMMERCHESKAYA ORGANIZATSIYA NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND; a.k.a. NONPROFIT ORGANIZATION NON-STATE PENSION FUND VTB PENSION FUND; a.k.a. NON-STATE PENSION FUND VTB PENSION FUND, JSC; a.k.a. NPF VTB PENSION FUND JSC; a.k.a. NPF VTB PENSIONNY FOND, AO), d. 43 str. 1 ul. Vorontsovskaya, Moscow 109147, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 1147799014692 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

NPF VTB PENSION FUND JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND; f.k.a. NEKOMMERCHESKAYA ORGANIZATSIYA NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND; a.k.a. NONPROFIT ORGANIZATION NON-STATE PENSION FUND VTB PENSION FUND; a.k.a. NON-STATE PENSION FUND VTB PENSION

FUND, JSC; a.k.a. NPF VTB PENSION FUND JOINT STOCK COMPANY; a.k.a. NPF VTB PENSIONNY FOND, AO), d. 43 str. 1 ul. Vorontsovskaya, Moscow 109147, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 1147799014692 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

NPF VTB PENSIONNY FOND, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND; f.k.a. NEKOMMERCHESKAYA ORGANIZATSIYA NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND; a.k.a. NONPROFIT ORGANIZATION NON-STATE PENSION FUND VTB PENSION FUND; a.k.a. NON-STATE PENSION FUND VTB PENSION FUND, JSC; a.k.a. NPF VTB PENSION FUND JOINT STOCK COMPANY; a.k.a. NPF VTB PENSION FUND JSC), d. 43 str. 1 ul. Vorontsovskaya, Moscow 109147, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 1147799014692 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

NPF-RADIOTEKHKOMPLEKT AO (a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NPF RADIOTEKHKOMPLEKT; a.k.a. ZAO NPF RADIOTEKHKOMPLEKT), ul. 1-ya Khutorskaya d. 14, kv. 48, Moscow 127287, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

7714741462 (Russia); Registration Number 1087746661925 (Russia) [RUSSIA-EO14024].

NPK FOTONIKA LIMITED LIABILITY COMPANY (a.k.a. NPK PHOTONICA; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU NAUCHNOPROIZVODSTVENNAYA KOMPANIYA FOTONIKA), Pr-Kt Yuriya Gagarina D. 2, Saint Petersburg 196105, Russia; Ul. Sofiiskaya D. 54, Lit. A, Office 214, Saint Petersburg 192241, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813547434 (Russia); Registration Number 1127847581058 (Russia) [RUSSIA-EO14024].

NPK KHIMPROMINZHINIRING AO (a.k.a. UMATEX GROUP; a.k.a. UMATEX JOINT-STOCK COMPANY; a.k.a. UMATEX JSC; a.k.a. YUMATEKS AO), PR-KT Volgogradskii D. 43, Korp. 3, BTS Avilon, Moscow 109316, Russia; D. 46 Etazh 6 Pom. 54, Shosse Varshavskoe, Moscow 115230, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Apr 2008; Tax ID No. 7706688991 (Russia); Government Gazette Number 86396208 (Russia); Registration Number 1087746570383 (Russia) [RUSSIA-EO14024].

NPK KRYPTONIT (a.k.a. JSC SCIENTIFIC AND PRODUCTION COMPANY KRYPTONIT (Cyrillic: КРИПТОНИТ); a.k.a. KRYPTONIT NPC; a.k.a. KRYPTONITE NPK), 14 Spartakovskaya square, building 2, floor 3, room 4, Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701115253 (Russia); Business Registration Number 1187746695784 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HOLDING INTELLIGENT COMPUTER SYSTEMS).

NPK MAKROOPTIKA LLC (a.k.a. LIMITED LIABILITY COMPANY RESEARCH AND PRODUCTION COMPANY MAKROOPTIKA; a.k.a. MACROOPTICA LTD), Proezd Yablochkova D. 5, Str. 47, Floor/Kom 2/2.5, Ryazan 390023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727768951 (Russia); Registration Number 5117746039439 (Russia) [RUSSIA-EO14024].

NPK OPTOLINK LLC (a.k.a. LIMITED LIABILITY COMPANY RESEARCH AND PRODUCTION COMPANY OPTOLINK; a.k.a. LLC RPC OPTOLINK; a.k.a. OOO NPK OPTOLINK; a.k.a.

OPTOLINK RPC LLC; a.k.a. SCIENTIFIC PRODUCTION COMPANY OPTOLINK; a.k.a. SPC OPTOLINK), 6A Sosnovaya Alley, Building 5, Zelenograd, Moscow 124489, Russia; Pr-d 4806 d. 5, g. Zelenograd, Moscow 124498, Russia; Saratov, Russia; Arzamas, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Jul 2001; Tax ID No. 7735105059 (Russia); Registration Number 1027700040719 (Russia) [RUSSIA-EO14024].

NPK PHOTONICA (a.k.a. NPK FOTONIKA LIMITED LIABILITY COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU NAUCHNOPROIZVODSTVENNAYA KOMPANIYA FOTONIKA), Pr-Kt Yuriya Gagarina D. 2, Saint Petersburg 196105, Russia; Ul. Sofiiskaya D. 54, Lit. A, Office 214, Saint Petersburg 192241, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813547434 (Russia); Registration Number 1127847581058 (Russia) [RUSSIA-EO14024].

NPK TECHNOLOGICAL CENTER (a.k.a. FEDERAL STATE BUDGETARY SCIENTIFIC INSTITUTION RESEARCH AND PRODUCTION COMPLEX TECHNOLOGY CENTER; a.k.a. SCIENTIFIC MANUFACTURING COMPLEX TECHNOLOGICAL CENTER; a.k.a. SMC TECHNOLOGICAL CENTRE), Shokina Square, House 1, Bld. 7 Off. 7237, Zelenograd, Moscow 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Mar 2000; Tax ID No. 7735096460 (Russia); Registration Number 1027700428480 (Russia) [RUSSIA-EO14024].

NPK TEKHMASH OAO (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNY KONTSERN TEKHNOLOGII MASHINOSTROENIYA; a.k.a. JOINT STOCK COMPANY SCIENTIFIC INDUSTRIAL CONCERN MANUFACTURING ENGINEERING; a.k.a. JSC SPC TECHMASH; a.k.a. OJSC MACHINE ENGINEERING TECHNOLOGIES; a.k.a. SCIENTIFIC INDUSTRIAL CONCERN MANUFACTURING ENGINEERING OJSC), d. 58 str. 4 shosse Leningradskoe, Moscow 125212, Russia; Ul. Bolshaya Tatarskaya D. 35, Str. 5, Moscow 115184, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-

Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Apr 2011; Registration ID 1117746260477 (Russia); Tax ID No. 7743813961 (Russia); Government Gazette Number 91420386 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

NPK URALVAGONZAVOD OAO (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNAIA KORPORATSIIA URALVAGONZAVOD IMENI F E DZERZHINSKOGO; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION CORPORATION URALVAGONZAVOD NAMED AFTER F E DZERZHINSKY; a.k.a. NAUCHNO-PROIZVODSTVENNAYA KORPORATSIYA URALVAGONZAVOD OAO; a.k.a. OJSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD OAO; a.k.a. URALVAGONZAVOD CORPORATION; a.k.a. "UVZ"), 40 Bolshaya Yakimanka Street, Moscow 119049, Russia; 28 Vostochnoye Shosse, Nizhni Tagil, Sverdlovsk Region 66207, Russia; Pr-kt Lenina, d. 204, Rubtsovsk 658225, Russia; Pr-kt Lenina, d. 3, Chelyabinsk 454007, Russia; Ul. Pervomaiskaya d. 14, Volchansk 624941, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Mar 2008; Target Type State-Owned Enterprise; Tax ID No. 6623029538 (Russia); Registration Number 1086623002190 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

NPO 3D INTEGRATSIYA (a.k.a. LLC RESEARCH AND PRODUCTION ASSOCIATION 3D INTEGRATION; a.k.a. NAUCHNO PROIZVODSTVENNOE OBYEDINENIE 3D INTEGRATSIYA), Sh. Dmitrovskoe D. 9, Str. 3, Pmeshch. 1/1, Moscow 127434, Russia; Secondary sanctions

risk: See Section 11 of Executive Order 14024.; Tax ID No. 5001109779 (Russia); Registration Number 1165001053007 (Russia) [RUSSIA-EO14024].

NPO ANDROIDNAYA TEKHNIKA AO (a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION ANDROIDNAYA TEKHNIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ АНДРОЙДНАЯ ТЕХНИКА); a.k.a. SPA ANDROID TECHNICS), Ulitsa Graivoronovskaya, Dom 23, Moscow 109518, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Nov 2009; Tax ID No. 7723738378 (Russia); Registration Number 1097746741894 (Russia) [RUSSIA-EO14024].

NPO COMPUTER (a.k.a. NPO KOMPYUTER), Per. Severnyi D. 61, Kom. 100-108, Izhevsk 426011, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1831173910 (Russia); Registration Number 1151831003466 (Russia) [RUSSIA-EO14024].

NPO GORIZONT (a.k.a. NAUCHNO PROIZVODSTVENNOE OBYEDINENIE GORIZONT), Ul. Mamina-Sibiryaka Str. 145, Office 6424, Yekaterinburg 620075, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6685103809 (Russia); Registration Number 1156658097397 (Russia) [RUSSIA-EO14024].

NPO GRAN (a.k.a. GRAN SCIENTIFIC AND PRODUCTION ASSOCIATION; a.k.a. LIMITED LIABILITY COMPANY NAUCHNO PROIZVODSTVENNOE OBYEDINENIE GRAN; a.k.a. NAUCHNO PROIZVODSTVENNOE OBYEDINENIE GRAN; a.k.a. "LIMITED LIABILITY COMPANY GRAN"; a.k.a. "NPP GERAN"), PR-KT Lenina, D. 21V, Office 516/8, Chelyabinsk 454090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7451461159 (Russia); Registration Number 1227400042264 (Russia) [RUSSIA-EO14024].

NPO IMENI LAVOCHKINA (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION NAMED AFTER S. A. LAVOCHKINA; a.k.a. LAVOCHKIN SCIENTIFIC RESEARCH ASSOCIATION; a.k.a. NAUCHNO PROIZVODSTVENNOYE OBYEDINENIYE IMENI LAVOCHKINA; a.k.a. S.A. LAVOCHKIN NPO; a.k.a. S.A. LAVOCHKIN SCIENTIFIC PRODUCTION ASSOCIATION), 24 Leningradskaya Str., Khimki, Moscow region

141411, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 05 Apr 2017; Tax ID No. 5047196566 (Russia); Registration Number 1175029009363 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

NPO KAYSANT (a.k.a. LIMITED LIABILITY COMPANY NAUCHNO PROIZVODSTVENNOE OBYEDINENIE KAISANT), Proezd Stroitelnyi D. 7A, K. 28, Pomeshch 224, Moscow 125632, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Oct 2022; Tax ID No. 7733393203 (Russia); Registration Number 1227700641805 (Russia) [RUSSIA-EO14024].

NPO KOMPYUTER (a.k.a. NPO COMPUTER), Per. Severnyi D. 61, Kom. 100-108, Izhevsk 426011, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1831173910 (Russia); Registration Number 1151831003466 (Russia) [RUSSIA-EO14024].

NPO NOVATOR (a.k.a. AKTCIONERNOE OBSHESTVO OPITNOE KONSTRUKTORSKOE BYURO NOVATOR; a.k.a. AO OKB NOVATOR; a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESIGN BUREAU NOVATOR), 18 Kosmonautov Ave., Yekaterinburg 620017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6673092045 (Russia); Registration Number 1026605611339 (Russia) [RUSSIA-EO14024].

NPO OF ELECTROMECHANICS (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION ELEKTROMEKHANIKI; a.k.a. JSC SCIENTIFIC AND PRODUCTION ASSOCIATION OF ELECTRO MECHANIC), 31 Mendeleyeva Str., Miass, Chelyabinsk Region 456318, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jan 2005; Tax ID No. 7415044181 (Russia); Registration Number 1057407000683 (Russia) [RUSSIA-EO14024].

NPO PKRV (a.k.a. NAUCHNO PROIZVODSTVENNOE OBYEDINENIE PROGRAMMNYE KOMPLEKSY REALNOGO VREMENI), Per. Stolyarnyi D. 3, Korpus 1, ET/POM/KOM 4/III/5, Moscow 123022, Russia; Nab. Presnenskaya D. 8, Str. 1, Floor/Pomeshch. 44/441M, Office 7, Moscow

123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7105509736 (Russia); Registration Number 1107154016529 (Russia) [RUSSIA-EO14024].

NPO PROMODEL (a.k.a. NAUCHNO PROIZVODSTVENNOE OBYEDINENIE PROMODEL), Ul. Peshe-Streletskaya D. 108, Office 301, Voronezh 394038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3665082859 (Russia); Registration Number 1113668016879 (Russia) [RUSSIA-EO14024].

NPO RADIOVOLNA (a.k.a. LIMITED LIABILITY COMPANY NAUCHNO-PROIZVODSTVENNOYE OBYEDINENIYE RADIOVOLNA; a.k.a. LLC RESEARCH AND PRODUCTION ASSOCIATION RADIOVOLNA), Kozhevennaya Liniya, 1-3 lit. P., Office 1N, Saint Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Aug 2012; Tax ID No. 7838478782 (Russia); Registration Number 1127847413649 (Russia) [RUSSIA-EO14024].

NPO SATURN JSC (a.k.a. ODK-SATURN PAO; a.k.a. ODK-SATURN PUBLIC JOINT-STOCK COMPANY; a.k.a. PJSC UEC-SATURN (Cyrillic: ПАО ОДК-САТУРН); a.k.a. UEC-SATURN; a.k.a. "SATURN NGO"), 163 Lenin Ave., Rybinsk, Yaroslavl Region 152903, Russia; 13 Kasatkin St., Moscow 129301, Russia; 4 A Novoroshchinskaya St., St. Petersburg 196084, Russia; 140 Kuybyshev St., 3rd Floor, Perm, Russia; 3 Okruzhnaya Doroga St., Omsk 644076, Russia; Website www.uec-saturn.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7610052644 (Russia); Registration Number 1027601106169 (Russia) [RUSSIA-EO14024].

NPO STEKLOPLASTIC (a.k.a. JOINT STOCK COMPANY NPO STEKLOPLASTIC), K. 3A, Solnechnogorsk, r/p Andreevka District, Moscow Region 141551, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5044000039 (Russia); Registration Number 1035008852097 (Russia) [RUSSIA-EO14024].

NPO TSVBP (a.k.a. OOO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE TSVBP), Pl. Kudrinskaya D. 1, Pomeshch 5A, Moscow 123242, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Oct 2023; Tax ID No. 9703158566 (Russia); Registration

Number 1237700707991 (Russia) [RUSSIA-EO14024].

NPO URALPODSHIPNIK, ul. Entuziastov D. 17, Yekaterinburg 620000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6660145780 (Russia); Registration Number 1026604933090 (Russia) [RUSSIA-EO14024].

NPO VYSOKOTOCHNYE KOMPLEKSY, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO NPO VYSOKOTOCHNYE KOMPLEKSY; a.k.a. HIGH PRECISION WEAPONS JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION; a.k.a. JSC NPO HIGH PRECISION SYSTEMS (Cyrillic: АО НПО ВЫСОКОТОЧНЫЕ КОМПЛЕКСЫ); a.k.a. JSC NPO VYSOKOTOCHNYE KOMPLEKSY), 21 str. 1, bulvar Gogolevski, Moscow 119019, Russia; 7 Kievskaya Str., Moscow 121059, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Feb 2009; Registration ID 1097746068012 (Russia); Tax ID No. 7704721192 (Russia); Government Gazette Number 60390527 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

NPO ZAVOD VOLNA JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE ZAVOD VOLNA; a.k.a. AO NPO ZAVOD VOLNA; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION VOLNA), Ul. Marshala Gorova D. 29, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Sep 1993; Tax ID No. 7805047646 (Russia); Registration Number 1027802714158 (Russia) [RUSSIA-EO14024].

NPOOO OKB TSP (Cyrillic: НПОOO ОКБ ТСП) (a.k.a. NAUCHNO-PROIZVODSTVENNOYE OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU OKB TSP; a.k.a. NAVUKOVA-VYTVORCHAYE TAVARYSTVA S ABMEZHAVANAY ADKAZNASTSYU AKB TSP

(Cyrillic: НАВУКОВА-ВЫТВОРЧАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ АКБ ТСП); a.k.a. NVTAA AKB TSP (Cyrillic: НВТАА АКБ ТСП); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TEKHNOSOYUZPROEKT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНОСОЮЗПРОЕКТ); a.k.a. OKB TSP SCIENTIFIC PRODUCTION LIMITED LIABILITY COMPANY (Cyrillic: НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОКБ ТСП); a.k.a. OKB TSP SPLLC), Frantsiska Skoriny St., building 1, unit 21, Minsk 220076, Belarus; Organization Established Date 08 Jul 2002; Registration Number 190369982 (Belarus) [BELARUS-EO14038].

NPP AEROSILA, AO (a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE AEROSILA; a.k.a. JSC SPE AEROSILA), 6, Zhdanov Str, Stupino, Moscow region 142800, Russia; Website www.aerosila.ru; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Sep 2002; Tax ID No. 5045002261 (Russia); Business Registration Number 1025005917023 (Russia) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

NPP BURENIE (a.k.a. NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE BURENIE), Ul. Michurina D. 64, Komnata 21, Samara 443110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 6316164422 (Russia); Registration Number 1116316003770 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

NPP CYCLONE TEST (a.k.a. AO NPP TSIKLON TEST; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE CIKLON TEST), Proezd Zavodskoi D. 4, Fryazino 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Dec 1991; Tax ID No. 5052022886 (Russia); Registration Number 1115050007676 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

NPP GURAMI ELEKTRONIKS (a.k.a. NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE GURAMI ELEKTRONIKS), ul. Profsoyuznaya d. 37A, floor/office 4/412, Naro-Fominsk 143306, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5030098049 (Russia); Registration Number 1205000027770 (Russia) [RUSSIA-EO14024].

NPP IRVIS (a.k.a. NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE IRVIS), Ul. Vosstaniya D. 98N, Office 204, Kazan 420084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1659005490 (Russia); Registration Number 1021603475816 (Russia) [RUSSIA-EO14024].

NPP ISTOCHNIK (a.k.a. NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE ISTOCHNIK), Proezd 3, Rybatskii 3, Liter V, Saint Petersburg 192177, Russia; Ul. Kurchatova D. 9, Str. 2, Pomeshch. 245, Saint Petersburg 194223, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811354388 (Russia); Registration Number 5067847357914 (Russia) [RUSSIA-EO14024].

NPP MIKROSISTEMA (a.k.a. LLC SPC MICROSYSTEMS; a.k.a. NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE MIKROSISTEMA; a.k.a. "PHAUF"), Pr-d Zavodskoi D. 2, K. 1, Pomeshch. 132, Fryazino 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5050130928 (Russia); Registration Number 1175050002434 (Russia) [RUSSIA-EO14024].

NPP PLANT ISKRA (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE ZAVOD ISKRA; a.k.a. AO NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE ZAVOD ISKRA; a.k.a. AO NPP ZAVOD ISKRA; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE PLANT ISKRA; a.k.a. JSC RESEARCH AND PRODUCTION ENTERPRISE PLANT ISKRA), 75 Narimanov Avenue, Ulyanovsk 432030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Jun 2008; Target Type State-Owned Enterprise; Tax ID No. 7325081527 (Russia); Registration Number 1087325005756 (Russia) [RUSSIA-EO14024].

NPP PRIMA (a.k.a. LLC RESEARCH & PRODUCTION ENTERPRISE PRIMA; a.k.a. LLC RESEARCH AND PRODUCTION ENTERPRISE PRIMA; a.k.a. NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE PRIMA), Ul. Svobody 63, Nizhniy Novgorod 603003, Russia; 1Zh, Sormovskoye Shosse, Nizhny Novgorod 603950, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jan 1992; Tax ID No. 5257013402 (Russia); Registration Number 1025202403710 (Russia) [RUSSIA-EO14024].

NPP PT OKEANOS, AO (Cyrillic: АО НПП ПТ ОКЕАНОС) (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE PODVODNYKH TEKHNOLOGI OKEANOS; a.k.a. OCEANOS JSC; f.k.a. OKEANOS, AO), d. 2 litera A pom. 1384, Bulvar Poeticheski, St. Petersburg 194295, Russia; 19/2 Esenina Street, St. Petersburg 194295, Russia; 16/2 A-H Engelsa Prospekt, St. Petersburg 195156, Russia; Website www.oceanos.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7801233338 (Russia); Government Gazette Number 13873675 (Russia); Registration Number 1037800076610 (Russia) [CYBER2] (Linked To: FEDERAL SECURITY SERVICE).

NPP QUANTUM (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE KVANT; a.k.a. AO NPP KVANT; a.k.a. JOINT STOCK COMPANY RESEARCH PRODUCTION ENTERPRISE KVANT), D. 16 3-ya Mytishchinskaya Ul., Moscow 129626, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7717585042 (Russia); Registration Number 5077746415533 (Russia) [RUSSIA-EO14024].

NPP SALYUT JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE SALIUT; a.k.a. AO NPP SALYUT; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE SALYUT), Ul. Plekhanova, 6, Moscow 111123, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7720673002 (Russia); Registration Number 1097746763102 (Russia) [RUSSIA-EO14024].

NPP START IM. A. I. YASKINA AO (a.k.a. AKTSIONERNOYE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOYE

PREDPRIYATIYE START IM. A.I. YASKINA; a.k.a. AO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE START IM. A.I. IASKINA; a.k.a. JSC START SCIENTIFIC AND PRODUCTION ENTERPRISE NAMED AFTER A.YASKIN; a.k.a. OPEN JOINT STOCK COMPANY START SCIENTIFIC AND PRODUCTION ENTERPRISE NAMED AFTER A. YASKIN), 24 Pribaltiyskaya Str., Yekaterinburg, Sverdlovsk 620007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6662054224 (Russia) [RUSSIA-EO14024].

NPP TEZ (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC PRODUCTION CORPORATION TOMILINSKY ELECTRONICS FACTORY; a.k.a. LLC NPP TEZ; a.k.a. NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE TOMILINSKII ELEKTRONNYI ZAVOD; a.k.a. TOMILINSKY ELECTRONICS FACTORY), Ul. Garshina, D. 11, Tomolino 140070, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5027095560 (Russia); Registration Number 1035005022326 (Russia) [RUSSIA-EO14024].

NPP TRIM SSHP IZMERITELNYE SISTEMY (a.k.a. NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE TRIM SSHP IZMERITELNYE SISTEMY; a.k.a. SCIENTIFIC PRODUCTION ENTERPRISE TRIM SSHP MEASURING SYSTEMS), PR-KT Kondratyevskii D. 40, K. 14, Lit. A, Pom. 10N, Saint Petersburg 195197, Russia; Bolshoy Sampsonievsky Prospect, D. 106, Lit. A, Saint Petersburg 194156, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804323773 (Russia); Registration Number 1057812638839 (Russia) [RUSSIA-EO14024].

NPTS NEDRA AO (Cyrillic: НПЦ НЕДРА АО), d. 1 str. 5 ofis 1201, ul. Permyakova, Tyumen 625013, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7604108240 (Russia); Registration Number 1077604016830 (Russia) [RUSSIA-EO14024].

NPTS SPEKTR-AT (a.k.a. RPT SPEKTR-AT; a.k.a. SCIENTIFIC PRODUCTION CENTER OF ANTI TERRORIST AND FORENSIC EQUIPMENT SPEKTR AT LLC), Ul. Usacheva D. 35, Str. 1, Et 4 Pom. IV Kom 7, Moscow 119048, Russia; Ugreshskaya st., 2, bldg. 62, Moscow 109089, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704661049 (Russia); Registration Number 1077759881980 (Russia) [RUSSIA-EO14024].

NPV ENGINEERING JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO ENPIVI INZHINIRING; a.k.a. AO ENPIVI INZHINIRING; a.k.a. ENPIVI INZHINIRING, AO; a.k.a. NPV ENGINEERING OPEN JOINT STOCK COMPANY; a.k.a. OJSC NPV ENGINEERING), 5, per. Strochenovski B., Moscow 115054, Russia; PER. Strochenovskii B. D. 5, Moscow 115054, Russia; Website www.npve.narod.ru; Email Address npw@npv.su; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 106774653683; Tax ID No. 7707587805; Government Gazette Number 95533058 [UKRAINE-EO13662] (Linked To: ROTENBERG, Igor Arkadyevich).

NPV ENGINEERING OPEN JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO ENPIVI INZHINIRING; a.k.a. AO ENPIVI INZHINIRING; a.k.a. ENPIVI INZHINIRING, AO; a.k.a. NPV ENGINEERING JOINT STOCK COMPANY; a.k.a. OJSC NPV ENGINEERING), 5, per. Strochenovski B., Moscow 115054, Russia; PER. Strochenovskii B. D. 5, Moscow 115054, Russia; Website www.npve.narod.ru; Email Address npw@npv.su; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 106774653683; Tax ID No. 7707587805; Government Gazette Number 95533058 [UKRAINE-EO13662] (Linked To: ROTENBERG, Igor Arkadyevich).

NRC KURCHATOV INSTITUTE - VIAM (a.k.a. ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF AVIATION MATERIALS; a.k.a. FEDERAL STATE UNITARY ENTERPRISE ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF AVIATION MATERIALS OF THE NATIONAL RESEARCH CENTER KURCHATOV INSTITUTE STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION; a.k.a. VSEROSSISKIY INSTITUT AVIATSIONNYKH MATERIALOV (Cyrillic: ВСЕРОССИЙСКИЙ ИНСТИТУТ АВИАЦИОННЫХ МАТЕРИАЛОВ); a.k.a. VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT AVIATSIONNYKH MATERIALOV; a.k.a. "VIAM" (Cyrillic: "ВИАМ")), 17, Radio Street, Moscow, Russia; Website www.viam.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701024933 (Russia) [RUSSIA-EO14024].

NRC KURCHATOV INSTITUTE CRISM PROMETEY (a.k.a. FEDERAL STATE UNITARY ENTERPRISE CENTRAL RESEARCH INSTITUTE OF STRUCTURAL MATERIALS PROMETEY NAMED BY I.V. GORYNIN OF NATIONAL RESEARCH CENTER KURCHATOV INSTITUTE; a.k.a. FSUE CRISM PROMETEY), 49 Shpalernaya str., Saint Petersburg 191015, Russia; st. 120th Gatchina Division, 12, Gatchina, Leningrad Region, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7815021340 (Russia) [RUSSIA-EO14024].

NRM-NORWAY (a.k.a. DEN NORSKE MOTSTANDSBEVEGELSEN; a.k.a. FINNISH RESISTANCE MOVEMENT; a.k.a. NORDIC RESISTANCE MOVEMENT; a.k.a. NORDISKA MOTSTANDSRORELSEN (Latin: NORDISKA MOTSTÅNDSRÖRELSEN); a.k.a. NORWEGIAN RESISTANCE MOVEMENT; a.k.a. SUOMEN VASTARINTALIIKE; a.k.a. SVENSKA MOTSTANDSRORELSEN (Latin: SVENSKA MOTSTÅNDSRÖRELSEN); a.k.a. SWEDISH RESISTANCE MOVEMENT; a.k.a. "KOHTI VAPAUTTA!"; a.k.a. "NMR"; a.k.a. "NRM"; a.k.a. "NRM-FINLAND"; a.k.a. "NRM-SWEDEN"; a.k.a. "SMR"), Sweden; Norway; Denmark; Finland; Iceland; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1997 [SDGT].

NS BANK (a.k.a. JOINT STOCK COMPANY NS BANK), Dobrovolcheskaya 20 - 2, Moscow, 109004, Russia; SWIFT/BIC INUORUMM; Website www.nsbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7744001024 (Russia); Legal Entity Number 253400R2XBUSENB00758; Registration Number 1027739198200 (Russia) [RUSSIA-EO14024].

NS LEADER SHIPPING INCORPORATED, 80 Broad Street, Monrovia, Liberia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Oct 2006; Identification Number IMO 5305560; Registration Number C-109156 (Liberia) [RUSSIA-EO14024].

NSANZUBUKIRE, Felicien (a.k.a. IRAKEZA, Fred); DOB 1967; POB Murama, Kinyinya, Rubungo, Kigali, Rwanda; nationality Rwanda; Lt. Col. (individual) [DRCONGO].

NSCL (a.k.a. NATIONAL CALIBRATION CENTRE; a.k.a. NATIONAL STANDARDS AND

CALIBRATION LABORATORY), P.O. Box 4470, Damascus, Syria [NPWMD].

NSPK JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO NATSIONALNAYA SISTEMA PLATEZHNYKH KART; a.k.a. NATIONAL PAYMENT CARD SYSTEM JOINT STOCK COMPANY), ul. Bolshaya Tatarskaya D. 11, Moscow 115184, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7706812159 (Russia); Registration Number 1147746831352 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

NT BELOKAMENKA OOO (a.k.a. LIMITED LIABILITY COMPANY OIL TERMINAL BELOKAMENKA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НЕФТЯНОЙ ТЕРМИНАЛ БЕЛОКАМЕНКА)), ul. Marata d. 26, Murmansk 183010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5190120165 (Russia); Registration Number 1035100188331 (Russia) [RUSSIA-EO14024].

NT INSURANCE CORPORATIVO, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Organization Established Date 07 Nov 2014; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. 85324 (Mexico) [ILLICIT-DRUGS-EO14059].

NT SERVICE, Ul. Berzina D. 6, Bilibino 689450, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8703011233 (Russia); Registration Number 1208700000266 (Russia) [RUSSIA-EO14024].

NTAGANDA, Bosco (a.k.a. BAGANDA, Bosco; a.k.a. NTAGANDA, Jean Bosco; a.k.a. NTAGENDA, Bosco; a.k.a. NTANGANA, Bosco; a.k.a. NTANGANDA, Bosco; a.k.a. TAGANDA, Bosco; a.k.a. TANGANDA, Bosco), Runyoni, Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1973; POB Nord-Kivu, DRC; alt. POB Rwanda; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

NTAGANDA, Jean Bosco (a.k.a. BAGANDA, Bosco; a.k.a. NTAGANDA, Bosco; a.k.a. NTAGENDA, Bosco; a.k.a. NTANGANA, Bosco; a.k.a. NTANGANDA, Bosco; a.k.a. TAGANDA, Bosco; a.k.a. TANGANDA, Bosco), Runyoni, Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1973; POB Nord-Kivu, DRC; alt. POB Rwanda; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

NTAGENDA, Bosco (a.k.a. BAGANDA, Bosco; a.k.a. NTAGANDA, Bosco; a.k.a. NTAGANDA, Jean Bosco; a.k.a. NTANGANA, Bosco; a.k.a. NTANGANDA, Bosco; a.k.a. TAGANDA, Bosco; a.k.a. TANGANDA, Bosco), Runyoni, Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1973; POB Nord-Kivu, DRC; alt. POB Rwanda; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

NTANGANA, Bosco (a.k.a. BAGANDA, Bosco; a.k.a. NTAGANDA, Bosco; a.k.a. NTAGANDA, Jean Bosco; a.k.a. NTAGENDA, Bosco; a.k.a. NTANGANDA, Bosco; a.k.a. TAGANDA, Bosco; a.k.a. TANGANDA, Bosco), Runyoni, Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1973; POB Nord-Kivu, DRC; alt. POB Rwanda; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

NTANGANDA, Bosco (a.k.a. BAGANDA, Bosco; a.k.a. NTAGANDA, Bosco; a.k.a. NTAGANDA, Jean Bosco; a.k.a. NTAGENDA, Bosco; a.k.a. NTANGANA, Bosco; a.k.a. TAGANDA, Bosco; a.k.a. TANGANDA, Bosco), Runyoni, Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1973; POB Nord-Kivu, DRC; alt. POB Rwanda; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

NTAWUNGUKA, Pacifique (a.k.a. NTAWUNGULA, Pacifique; a.k.a. "COLONEL OMEGA"; a.k.a. "NZERI"), Peti, Walikale, Masisi Border, Congo, Democratic Republic of the; DOB 01 Jan 1964; alt. DOB 1964; POB Gaseke, Gisenyi Province, Rwanda; Colonel; Commander of FDLR 1st Division (individual) [DRCONGO].

NTAWUNGULA, Pacifique (a.k.a. NTAWUNGUKA, Pacifique; a.k.a. "COLONEL OMEGA"; a.k.a. "NZERI"), Peti, Walikale, Masisi Border, Congo, Democratic Republic of the; DOB 01 Jan 1964; alt. DOB 1964; POB Gaseke, Gisenyi Province, Rwanda; Colonel; Commander of FDLR 1st Division (individual) [DRCONGO].

NTIFO SIAW, Alexander (a.k.a. MIRA SERDA, Aleksandr Khoseluisovich (Cyrillic: МИРА СЕРДА, Александр Хоселуисович); a.k.a. MIRA SERDA, Alexander Joseluisovich; a.k.a. NTIFO-SIAO, Aleksandr Edvardovich (Cyrillic: НТИФО-СИАО, Александр Эдвардович)), 26-6 Pr. Uria Gagarina, 37, Saint Petersburg 196135, Russia; DOB 31 May 1984; POB Saint Petersburg, Russia; nationality Russia; alt. nationality Ghana; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. 4005295732 (Russia); Tax ID No. 781017931306 (Russia) (individual) [CYBER4] (Linked To: GARANTEX EUROPE OU).

NTIFO-SIAO, Aleksandr Edvardovich (Cyrillic: НТИФО-СИАО, Александр Эдвардович) (a.k.a. MIRA SERDA, Aleksandr Khoseluisovich (Cyrillic: МИРА СЕРДА, Александр Хоселуисович); a.k.a. MIRA SERDA, Alexander Joseluisovich; a.k.a. NTIFO SIAW, Alexander), 26-6 Pr. Uria Gagarina, 37, Saint Petersburg 196135, Russia; DOB 31 May 1984; POB Saint Petersburg, Russia; nationality Russia; alt. nationality Ghana; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. 4005295732 (Russia); Tax ID No. 781017931306 (Russia) (individual) [CYBER4] (Linked To: GARANTEX EUROPE OU).

NTTS ARSENAL (a.k.a. LIMITED LIABILITY COMPANY NTC ARSENAL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НТЦ АРСЕНАЛ); a.k.a. LTD NTC ARSENAL), Ul. Varshavskaya D. 5A, Lit. R, Pomeshch. 8-N, Kom. 17, Saint Petersburg 196128, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810912488 (Russia); Registration Number 1217800012055 (Russia) [RUSSIA-EO14024].

NTTS MODUL INNOVATSII (a.k.a. NAUCHNO TEKHNICHESKI TSENTR MODUL URAL OOO; a.k.a. NAUCHNO TEKHNICHESKII TSENTR MODUL INNOVATSII), Ul. Mamina-Sibiryaka Dom 58, Office 801, Yekaterinburg 620075, Russia; Ul. 8 Marta D. 70, Office 234, Yekaterinburg 620063, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6671452454 (Russia); Registration Number 1146671012861 (Russia) [RUSSIA-EO14024].

NTTS ORION OOO (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC AND TECHNICAL CENTER ORION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАУЧНО ТЕХНИЧЕСКИЙ ЦЕНТР ОРИОН)), 7A Gostinichnaya St., Suite 1/1, Room/Office 1/B-08, Moscow 127106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9715302790 (Russia); Registration Number 1177746509621 (Russia)

[RUSSIA-EO14024] (Linked To: OSETROVA, Maria Aleksandrovna).

NTTS PRIVODNAYA TEKHNIKA (a.k.a. LTD NTC PRIVODNAYA TEKHNIKA; a.k.a. NAUCHNO TEKHNICHESKII TSENTR PRIVODNAYA TEKHNIKA; a.k.a. SCIENTIFIC AND TECHNICAL CENTER PRIVODNAYA TEHNIKA LIMITED LIABILITY COMPANY), Ul. 40-Letiya Oktyabrya D. 19, Chelyabinsk 454007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Feb 2000; Tax ID No. 7453060480 (Russia); Registration Number 1027402926891 (Russia) [RUSSIA-EO14024].

NUACHNO ISSLEDOVATELSKII INSTITUT TOCHNOI MEKHANIKI (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC RESEARCH INSTITUTE FOR PRECISION MECHANICS), Ul. Lenina D. 39, Chelyabinsk 454902, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7453288132 (Russia); Registration Number 1157453010670 (Russia) [RUSSIA-EO14024].

NUCLEAR FUEL AND RAW MATERIALS PRODUCTION COMPANY (a.k.a. RAW MATERIALS AND NUCLEAR FUEL PRODUCTION COMPANY; a.k.a. TAMAS COMPANY; a.k.a. "TAMAS"), Shahid Chamran Building, North Kargar Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NUCLEAR INDUSTRY EXPLORATION AND RAW MATERIALS PRODUCTION COMPANY (a.k.a. EXPLORATION AND NUCLEAR RAW MATERIAL PRODUCTION COMPANY; a.k.a. EXPLORATION AND NUCLEAR RAW MATERIALS PRODUCTION COMPANY; a.k.a. "EMKA"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: TAMAS COMPANY).

NUCLEAR POWER PRODUCTION AND DEVELOPMENT COMPANY OF IRAN (a.k.a. NUCLEAR POWER PRODUCTION AND DEVELOPMENT HOLDING COMPANY; a.k.a. "NPPD"), No. 8, Tandis St., Africa Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NUCLEAR POWER PRODUCTION AND DEVELOPMENT HOLDING COMPANY (a.k.a. NUCLEAR POWER PRODUCTION AND DEVELOPMENT COMPANY OF IRAN; a.k.a. "NPPD"), No. 8, Tandis St., Africa Ave., Tehran,

Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NUCLEAR RESEARCH CENTER FOR AGRICULTURE AND MEDICINE (a.k.a. AGRICULTURAL, MEDICAL, AND INDUSTRIAL RESEARCH CENTER; a.k.a. KARAJ NUCLEAR RESEARCH CENTER FOR AGRICULTURE AND MEDICINE; a.k.a. "AMIRC"; f.k.a. "NRCAM"), Karaj, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE).

NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH CENTER (a.k.a. NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE; a.k.a. NUCLEAR SCIENCES AND TECHNOLOGIES RESEARCH INSTITUTE; a.k.a. RESEARCH INSTITUTE OF NUCLEAR SCIENCE AND TECHNOLOGY; a.k.a. "NSTRI"), North Kargar Street, Tehran, Iran; North Kargar Ave., Tehran, Iran; Website https://nstri.aeoi.org.ir/; alt. Website https://nstri.ir/; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE (a.k.a. NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH CENTER; a.k.a. NUCLEAR SCIENCES AND TECHNOLOGIES RESEARCH INSTITUTE; a.k.a. RESEARCH INSTITUTE OF NUCLEAR SCIENCE AND TECHNOLOGY; a.k.a. "NSTRI"), North Kargar Street, Tehran, Iran; North Kargar Ave., Tehran, Iran; Website https://nstri.aeoi.org.ir/; alt. Website https://nstri.ir/; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NUCLEAR SCIENCES AND TECHNOLOGIES RESEARCH INSTITUTE (a.k.a. NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH CENTER; a.k.a. NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE; a.k.a. RESEARCH INSTITUTE OF NUCLEAR SCIENCE AND TECHNOLOGY; a.k.a. "NSTRI"), North Kargar Street, Tehran, Iran; North Kargar Ave., Tehran, Iran; Website https://nstri.aeoi.org.ir/; alt. Website https://nstri.ir/; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN]

[NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NUEVA ATUNERA TRITON S.A. DE C.V., Calle Andrade 244 Colonia Centro, Culiacan, Sinaloa, Mexico; RFC NAT100506KK1 (Mexico); Folio Mercantil No. 19522-2 (Mexico) [SDNTK] (Linked To: ALVAREZ INZUNZA, Juan Manuel).

NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V. (a.k.a. DORA PASTEURIZA DE LECHE SANTA MONICA; f.k.a. INDUSTRIAS DE GANADEROS S.A. DE C.V.; a.k.a. LECHERIA SANTA MONICA; a.k.a. SANTA MONICA DAIRY), Calle/Boulevard Doctor Mora 1230, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; Carretera Los Mochis Topolobampo, KM. 5.2, Los Mochis, Sinaloa, Mexico; Avenida Francisco Villa Norte 135, Colonia Ninos Heroes, Salvador Alvarado, Sinaloa 81400, Mexico; Carretera La Cruz KM 15 S/N, Colonia Arroyitos, La Cruz, Sinaloa 82700, Mexico; Chamizal S/N, La Cruz, Sinaloa 82700, Mexico; Carretera Internacional al Norte KM 1.5, 1207, Colonia Ejido Venadillo, Mazatlan, Sinaloa 82129, Mexico; Plaza Azul S/N, Colonia Las Brisas, Tecuala, Nayarit, Mexico; Calle Prolongacion Morelos y Matamoros S/N, Colonia Benito Juarez, Escuinapa, Sinaloa 82400, Mexico; Matamoros 5, Escuinapa, Sinaloa 82478, Mexico; Carretera Internacional 1845, Bodega 8 y 10, Colonia Zona Industrial 2, Ciudad Obregon, Sonora 85065, Mexico; Calle Sauces 384, Colonia Del Bosque, Guasave, Sinaloa 81020, Mexico; Calle Federalismo 2000, Colonia Recursos Hidraulicos, Culiacan, Sinaloa 80060, Mexico; Carretera Augstin Olachea Local 30, Colonia Pericues, La Paz, Baja California Sur 23090, Mexico; Avenida Vallarta 2141, Colonia Centro, Culiacan, Sinaloa 80060, Mexico; Carretera A Navolato, Colonia Bachigualato, Culiacan, Sinaloa 80060, Mexico; Calle Tomate 10 Bodega 34Y5, Colonia Mercado Abastos, Culiacan, Sinaloa 83170, Mexico; Carretera A Topolobampo 5, Colonia Ninos Heroes, Ahome, Sinaloa 81290, Mexico; Avenida Xicotencalth # 1795, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; Calle Central Local A10, Colonia Mercado Abastos, Cajeme, Sonora 85000, Mexico; Calle Jose Diego Abad 2923, Colonia Bachigualato, Culiacan, Sinaloa 80140, Mexico; R.F.C. NIG-8802029-Y7 (Mexico) [SDNTK].

NUEVO CONTINENTE S.A. (a.k.a. AERO CONTINENT S.A.; a.k.a. AERO CONTINENTE S.A; a.k.a. AEROCONTINENTE S.A.; n.k.a.

NUEVOCONTINENTE S.A.; a.k.a. WWW.AEROCONTINENTE.COM; a.k.a. WWW.AEROCONTINENTE.COM.PE; n.k.a. WWW.NUEVOCONTINENTE.COM.PE), Jr. Francisco Bolognesi 125, Piso 16, Miraflores, Lima 18, Peru; Av. Grau 602 D, Barranco, Lima, Peru; Plaza Camacho TDA 3-C, La Molina, Lima, Peru; Av. Antunez de Mayolo 889, Los Olivos, Lima, Peru; Av. Pardo 605, Miraflores I-Pardo, Lima, Peru; Av. Camino Real 441, San Isidro, Lima, Peru; Av. Arequipa 326, Santa Beatriz, Lima, Peru; Av. Benavides 4581, Surco I, Lima, Peru; Av. Saenz Pena 184, Callao, Lima, Peru; Av. Rufino Torrico 981, Lima, Peru; Av. Enrique Llosa 395-A, Magdalena, Lima, Peru; Av. Larco 123-2 Do Piso, Miraflores II-Larco, Lima, Peru; Av. Peru 3421, San Martin de Porres, Lima, Peru; C.C. San Miguel Shopping Center, TDA. 50 - Av. La Mar 2291, San Miguel, Lima, Peru; Av. La Encalada 1587, (C.C. El Polo Block A Oficina 213), Surco II-C.C. El Polo, Lima, Peru; Av. Jose Pardo 601, Miraflores, Lima, Peru; Av. Peru 3421, San Martin, Lima, Peru; Av. Grau 624, Barranco, Lima, Peru; Av. La Marina 2095, San Miguel, Lima, Peru; Sta Catalina 105 A-B, Arequipa, Peru; Jr. 9 de Diciembre 160, Ayacucho, Peru; Jr. 2 de Mayo 381, Cajamarca, Peru; Calle San Jose 867-879, Chiclayo, Peru; Portal de Carnes 254, Cusco, Peru; Jr. Prospero 232, Iquitos, Peru; Calle San Roman 175, Juliaca, Peru; Jr. Libertad 945-951, Piura, Peru; Leon Velarde 584, Puerto Maldonado, Peru; Jr. 7 de Junio 861, Pucallpa, Peru; Alonso de Alvarado 726, Rioja, Peru; Calle Apurimac 265, Tacna, Peru; Jr. Moyobamba 101, Tarapoto, Peru; Jr. Pizarro 470, Trujillo, Peru; Av. Tumbes 217, Tumbes, Peru; Jr. Libertad 139, Yurimaguas, Peru; Av. Thames 2406 (CP 1425) C.F., Buenos Aires, Argentina; Av. Amazonas No. 22-11B Y Veintimilla-Quito, Quito, Ecuador; Avenida Portugal No. 20, Of. 27 - Comuna Santiago Centro, Santiago, Chile; Boyaca 1012 Y P. Icaza, Guayaquil, Ecuador; Av. 27 De Febrero No. 102, Edif Miguel Mejia Urr. El Vergel, Santo Domingo, Dominican Republic; 1ra Avenida de Los Palos Grandes, Centro Comercial Quinora P.B., Locales L-1A y L-2A, Caracas, Venezuela; Calle Rio Rhin No. 64, P.B. Col. Cuauhtemoc C.P., Mexico City D.F. 065000, Mexico; Av. Colon 119 Piso 3 Of. 6 (CP-X5000EPB), Cordoba, Argentina; Rivadavia 209 (CP-5500), Mendoza, Argentina; Sarmiento 854 Piso 8 Of. 3 y 4 (CP-S2000CMN), Rosario, Santa Fe, Argentina; Bogota, Colombia; 8940 NW 24 Terrace, Miami, FL 33172, United States; NIT # 8300720300 (Colombia); US FEIN 55-2197267; RUC # 20108363101 (Peru); Business Registration Document # F01000003035 (United States) [SDNTK].

NUEVOCONTINENTE S.A. (a.k.a. AERO CONTINENT S.A.; a.k.a. AERO CONTINENTE S.A; a.k.a. AEROCONTINENTE S.A.; n.k.a. NUEVO CONTINENTE S.A.; a.k.a. WWW.AEROCONTINENTE.COM; a.k.a. WWW.AEROCONTINENTE.COM.PE; n.k.a. WWW.NUEVOCONTINENTE.COM.PE), Jr. Francisco Bolognesi 125, Piso 16, Miraflores, Lima 18, Peru; Av. Grau 602 D, Barranco, Lima, Peru; Plaza Camacho TDA 3-C, La Molina, Lima, Peru; Av. Antunez de Mayolo 889, Los Olivos, Lima, Peru; Av. Pardo 605, Miraflores I-Pardo, Lima, Peru; Av. Camino Real 441, San Isidro, Lima, Peru; Av. Arequipa 326, Santa Beatriz, Lima, Peru; Av. Benavides 4581, Surco I, Lima, Peru; Av. Saenz Pena 184, Callao, Lima, Peru; Av. Rufino Torrico 981, Lima, Peru; Av. Enrique Llosa 395-A, Magdalena, Lima, Peru; Av. Larco 123-2 Do Piso, Miraflores II-Larco, Lima, Peru; Av. Peru 3421, San Martin de Porres, Lima, Peru; C.C. San Miguel Shopping Center, TDA. 50 - Av. La Mar 2291, San Miguel, Lima, Peru; Av. La Encalada 1587, (C.C. El Polo Block A Oficina 213), Surco II-C.C. El Polo, Lima, Peru; Av. Jose Pardo 601, Miraflores, Lima, Peru; Av. Peru 3421, San Martin, Lima, Peru; Av. Grau 624, Barranco, Lima, Peru; Av. La Marina 2095, San Miguel, Lima, Peru; Sta Catalina 105 A-B, Arequipa, Peru; Jr. 9 de Diciembre 160, Ayacucho, Peru; Jr. 2 de Mayo 381, Cajamarca, Peru; Calle San Jose 867-879, Chiclayo, Peru; Portal de Carnes 254, Cusco, Peru; Jr. Prospero 232, Iquitos, Peru; Calle San Roman 175, Juliaca, Peru; Jr. Libertad 945-951, Piura, Peru; Leon Velarde 584, Puerto Maldonado, Peru; Jr. 7 de Junio 861, Pucallpa, Peru; Alonso de Alvarado 726, Rioja, Peru; Calle Apurimac 265, Tacna, Peru; Jr. Moyobamba 101, Tarapoto, Peru; Jr. Pizarro 470, Trujillo, Peru; Av. Tumbes 217, Tumbes, Peru; Jr. Libertad 139, Yurimaguas, Peru; Av. Thames 2406 (CP 1425) C.F., Buenos Aires, Argentina; Av. Amazonas No. 22-11B Y Veintimilla-Quito, Quito, Ecuador; Avenida Portugal No. 20, Of. 27 - Comuna Santiago Centro, Santiago, Chile; Boyaca 1012 Y P. Icaza, Guayaquil, Ecuador; Av. 27 De Febrero No. 102, Edif Miguel Mejia Urr. El Vergel, Santo Domingo, Dominican Republic; 1ra Avenida de Los Palos Grandes, Centro Comercial Quinora P.B., Locales L-1A y L-2A, Caracas, Venezuela; Calle Rio Rhin No. 64, P.B. Col. Cuauhtemoc C.P., Mexico City D.F. 065000, Mexico; Av. Colon 119 Piso 3 Of. 6 (CP-X5000EPB), Cordoba, Argentina; Rivadavia 209 (CP-5500), Mendoza, Argentina; Sarmiento 854 Piso 8 Of. 3 y 4 (CP-S2000CMN), Rosario, Santa Fe, Argentina; Bogota, Colombia; 8940 NW 24 Terrace, Miami, FL 33172, United States; NIT # 8300720300 (Colombia); US FEIN 55-2197267; RUC # 20108363101 (Peru); Business Registration Document # F01000003035 (United States) [SDNTK].

NUMBER 2 MINING ENTERPRISE (a.k.a. MINING ENTERPRISE NO 2; a.k.a. MYANMA MINING ENTERPRISE NUMBER 2; a.k.a. MYANMAR MINING ENTERPRISE NUMBER 2; a.k.a. NO. 2 MINING ENTERPRISE), Myay Myint Quarter, Pyi Htaung Su Road, Myitkyina, Kachin State, Burma; Organization Type: Mining and Quarrying [BURMA-EO14014].

NUMBI, John; DOB 1957; POB Kolwezi, Katanga Province, Democratic Republic of the Congo; Gender Male; General; Former National Inspector, Congolese National Police (individual) [DRCONGO].

NUMEIRIYA 1057 SAL (a.k.a. NOUMAYRIYE 1057 SAL), Adnan Al Hakim Street, Al Wazeer Building, First Floor, Building No. 3673, Msaytbeh, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1013409 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

NUMERICAL GAMES LTD. (a.k.a. NUMERICAL GAMES OOD), 1 Koloman Str., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2004; Government Gazette Number 131252477 (Bulgaria) [GLOMAG] (Linked To: EUROSADRUZHIE OOD).

NUMERICAL GAMES OOD (a.k.a. NUMERICAL GAMES LTD.), 1 Koloman Str., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2004; Government Gazette Number 131252477 (Bulgaria) [GLOMAG] (Linked To: EUROSADRUZHIE OOD).

NUNEZ AGUIRRE, Liborio (a.k.a. "Karateca"), Mexico; DOB 22 Aug 1957; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. NUAL570822HSLXGB05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

NUNEZ HERRERA, Alan Gabriel, Mexico; DOB 29 Sep 1993; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P.

NUHA930929HSLXRL02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

NUNEZ MOLINA, Adelmo (Latin: NÚÑEZ MOLINA, Adelmo) (a.k.a. FLORES NUNEZ, Adelmo (Latin: FLORES NÚÑEZ, Adelmo)), Sinaloa, Mexico; DOB 15 Dec 1970; POB Choix, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. NUMA701215HSLXLD02 (Mexico) (individual) [SDNTK].

NUNEZ RIOS, Jose Raul (a.k.a. "El Lic"), Mazatlan, Sinaloa, Mexico; DOB 11 Oct 1981; POB Sinaloa, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. NURR811011HSLXSL01 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

NUR AHMADI, Masud (a.k.a. NOORAHMADI, Masoud (Arabic: مسعود نوراحمدی)), Tehran, Iran; DOB 07 Jun 1965; POB Andimeshk, Khuzestan, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1930608071 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: AZADEGAN TRANSPORTATION COMPANY).

NUR AL-DIN, Shawqi Jawad Mohamad Shafiq (a.k.a. NOURREDINE, Jawad; a.k.a. NUR AL-DIN, Shawqi Muhammad Shafiq; a.k.a. NUR-AL-DIN, Jawad), Lebanon; DOB 20 Oct 1962; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2514323 (Lebanon) (individual) [SDGT] (Linked To: MARTYRS FOUNDATION IN LEBANON).

NUR AL-DIN, Shawqi Muhammad Shafiq (a.k.a. NOURREDINE, Jawad; a.k.a. NUR AL-DIN, Shawqi Jawad Mohamad Shafiq; a.k.a. NUR-AL-DIN, Jawad), Lebanon; DOB 20 Oct 1962; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2514323 (Lebanon) (individual) [SDGT] (Linked To: MARTYRS FOUNDATION IN LEBANON).

NUR, Mammam (a.k.a. NUR, Mohammad; a.k.a. NUR, Mohammed; a.k.a. NURA, Mohammed; a.k.a. NURU, Mallam Ahmed; a.k.a. "MUHAMMAD, Muhammad"); DOB 01 Jan 1972; POB Maiduguri, Nigeria; nationality Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: BOKO HARAM).

NUR, Mohammad (a.k.a. NUR, Mammam; a.k.a. NUR, Mohammed; a.k.a. NURA, Mohammed; a.k.a. NURU, Mallam Ahmed; a.k.a. "MUHAMMAD, Muhammad"); DOB 01 Jan 1972; POB Maiduguri, Nigeria; nationality Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: BOKO HARAM).

NUR, Mohammed (a.k.a. NUR, Mammam; a.k.a. NUR, Mohammad; a.k.a. NURA, Mohammed; a.k.a. NURU, Mallam Ahmed; a.k.a. "MUHAMMAD, Muhammad"); DOB 01 Jan 1972; POB Maiduguri, Nigeria; nationality Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: BOKO HARAM).

NURA, Mohammed (a.k.a. NUR, Mammam; a.k.a. NUR, Mohammad; a.k.a. NUR, Mohammed; a.k.a. NURU, Mallam Ahmed; a.k.a. "MUHAMMAD, Muhammad"); DOB 01 Jan 1972; POB Maiduguri, Nigeria; nationality Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: BOKO HARAM).

NUR-AL-DIN, Jawad (a.k.a. NOURREDINE, Jawad; a.k.a. NUR AL-DIN, Shawqi Jawad Mohamad Shafiq; a.k.a. NUR AL-DIN, Shawqi Muhammad Shafiq), Lebanon; DOB 20 Oct 1962; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2514323 (Lebanon) (individual) [SDGT] (Linked To: MARTYRS FOUNDATION IN LEBANON).

NUR-AL-DIN, Muhammad Mustafa (a.k.a. NOUREDDINE, Mohamad); DOB 23 Oct 1974; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0629138 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

NURBAGANDOV, Nurbagand (Cyrillic: НУРБАГАНДОВ, Нурбаганд), Russia; DOB 19 Mar 1957; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NUREY, Abdelrahman (a.k.a. NOOR, Abdirahman; a.k.a. NUREY, Abdirahman; a.k.a. NUURE, Abdirahman; a.k.a. NUURI, Abdirahman; a.k.a. RAAGE, Abdirahman Nuure), Baraawe, Lower Shabelle, Somalia; DOB 1968; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

NUREY, Abdirahman (a.k.a. NOOR, Abdirahman; a.k.a. NUREY, Abdelrahman; a.k.a. NUURE, Abdirahman; a.k.a. NUURI, Abdirahman; a.k.a. RAAGE, Abdirahman Nuure), Baraawe, Lower Shabelle, Somalia; DOB 1968; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

NURGALIEV, Rashid Gumarovich (Cyrillic: НУРГАЛИЕВ, Рашид Гумарович) (a.k.a. NURGALIYEV, Rashid), Russia; DOB 08 Oct 1956; POB Zhetiqara, Kazakhstan; alt. POB Zhetikara, Kazakhstan; alt. POB Dzhetigara, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

NURGALIYEV, Rashid (a.k.a. NURGALIEV, Rashid Gumarovich (Cyrillic: НУРГАЛИЕВ, Рашид Гумарович)), Russia; DOB 08 Oct 1956; POB Zhetiqara, Kazakhstan; alt. POB Zhetikara, Kazakhstan; alt. POB Dzhetigara, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

NURI, Hamid Reza (a.k.a. NOORI, Hamid Reza), Iran; DOB 04 Feb 1974; POB Esfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10506784 (Iran); alt. Passport G9329064 (Iran); National ID No. 1290992118 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

NURIAN, Siavosh (a.k.a. NOURIAN, Siavash (Arabic: سیاوش نوریان)), Iran; DOB 26 Mar 1959; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z64904229 (Iran); National ID No. 3991954850 (Iran) (individual) [SDGT] [IFSR]

(Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

NURIEV, Marat Abdulhaevich (Cyrillic: НУРИЕВ, Марат Абдулхаевич), Russia; DOB 14 May 1966; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NURISTANI, Abdul Aziz (a.k.a. AL-NURISTANI, 'Abd al-Aziz; a.k.a. AL-'NURISTANI, Abdul Aziz; a.k.a. NOORISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz-e; a.k.a. "AL-'AZIZ, Abd"; a.k.a. "AZIZ, Abdul"; a.k.a. "AZIZ, Abdullah"), Takal region, Peshawar, Pakistan; DOB 01 Jan 1943 to 31 Dec 1943; POB Du Ab, Nuristan Province, Afghanistan; alt. POB Parun, Nuristan Province, Afghanistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AK1814292 (Pakistan); alt. Passport AK1814291 (Pakistan) issued 22 Nov 2006 expires 21 Nov 2011; National ID No. 1730190144291 (Pakistan); alt. National ID No. 13743484497 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: AL QA'IDA; Linked To: TALIBAN).

NURISTANI, Abdul Aziz-e (a.k.a. AL-NURISTANI, 'Abd al-Aziz; a.k.a. AL-NURISTANI, Abdul Aziz; a.k.a. NOORISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz; a.k.a. "AL-'AZIZ, Abd"; a.k.a. "AZIZ, Abdul"; a.k.a. "AZIZ, Abdullah"), Takal region, Peshawar, Pakistan; DOB 01 Jan 1943 to 31 Dec 1943; POB Du Ab, Nuristan Province, Afghanistan; alt. POB Parun, Nuristan Province, Afghanistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AK1814292 (Pakistan); alt. Passport AK1814291 (Pakistan) issued 22 Nov 2006 expires 21 Nov 2011; National ID No. 1730190144291 (Pakistan); alt. National ID No. 13743484497 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: AL QA'IDA; Linked To: TALIBAN).

NURJAMAN, Encep (a.k.a. ISAMUDDIN, Nurjaman Riduan; a.k.a. ISOMUDDIN, Riduan; a.k.a. "HAMBALI"; a.k.a. "NURJAMAN"), Guantanamo Bay detention center, Cuba; DOB 04 Apr 1964; alt. DOB 01 Apr 1964; POB Cianjur, West Java, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 (individual) [SDGT].

NUROW, Yusuf Ahmed Hajji (a.k.a. "ADE, Gees"; a.k.a. "FOOTADE, Abdurrahman"), Qunyo Barrow, Middle Juba, Somalia; DOB 1979; alt. DOB 1980; alt. DOB 1981; alt. DOB 1982; POB Kobon, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

NURU, Mallam Ahmed (a.k.a. NUR, Mammam; a.k.a. NUR, Mohammad; a.k.a. NUR, Mohammed; a.k.a. NURA, Mohammed; a.k.a. "MUHAMMAD, Muhammad"); DOB 01 Jan 1972; POB Maiduguri, Nigeria; nationality Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: BOKO HARAM).

NUSHIN, Sayyed Mir Ahmad (a.k.a. NOOSHIN, Seid Mir Ahmad; a.k.a. NOOSHIN, Seyed Mirahmad), Iran; DOB 11 Jan 1966; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G9311208 (Iran); Director, Aerospace Industries Organization (individual) [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE

FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; <Head Office> [SDGT].

NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA

INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA

SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA;

a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

NUSRAT AL-ISLAM WAL-MUSLIMEEN (a.k.a. GROUP FOR THE SUPPORT OF ISLAM AND MUSLIMS; a.k.a. GROUP TO SUPPORT ISLAM AND MUSLIMS; a.k.a. JAMAAT NOSRAT AL-ISLAM WAL-MOUSLIMIN; a.k.a. JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN; a.k.a. "GNIM"; a.k.a. "GSIM"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

NUTRISHOP, S.A., Panama; RUC # 1013362-1-538789 (Panama) [SDNTK].

NUURE, Abdirahman (a.k.a. NOOR, Abdirahman; a.k.a. NUREY, Abdelrahman; a.k.a. NUREY, Abdirahman; a.k.a. NUURI,

Abdirahman; a.k.a. RAAGE, Abdirahman Nuure), Baraawe, Lower Shabelle, Somalia; DOB 1968; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

NUURI, Abdirahman (a.k.a. NOOR, Abdirahman; a.k.a. NUREY, Abdelrahman; a.k.a. NUREY, Abdirahman; a.k.a. NUURE, Abdirahman; a.k.a. RAAGE, Abdirahman Nuure), Baraawe, Lower Shabelle, Somalia; DOB 1968; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

NVS NAVIGATION TECHNOLOGIES LTD (a.k.a. OOO NVS NAVIGATSIONNYE TEKHNOLOGII), ul. Kulneva, d. 3, str. 1, pom/kom III/25, Moscow 121170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730637821 (Russia); Registration Number 1147746193891 (Russia) [RUSSIA-EO14024].

NVTAA AKB TSP (Cyrillic: НВТАА АКБ ТСП) (a.k.a. NAUCHNO-PROIZVODSTVENNOYE OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU OKB TSP; a.k.a. NAVUKOVA-VYTVORCHAYE TAVARYSTVA S ABMEZHAVANAY ADKAZNASTSYU AKB TSP (Cyrillic: НАВУКОВА-ВЫТВОРЧАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ АКБ ТСП); a.k.a. NPOOO OKB TSP (Cyrillic: НПООО ОКБ ТСП); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TEKHNOSOYUZPROEKT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНОСОЮЗПРОЕКТ); a.k.a. OKB TSP SCIENTIFIC PRODUCTION LIMITED LIABILITY COMPANY (Cyrillic: НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОКБ ТСП); a.k.a. OKB TSP SPLLC), Frantsiska Skoriny St., building 1, unit 21, Minsk 220076, Belarus; Organization Established Date 08 Jul 2002; Registration Number 190369982 (Belarus) [BELARUS-EO14038].

NWE, Than Than (a.k.a. NEW, Daw Than Than), Naypyitaw, Burma; DOB 26 Feb 1954; nationality Burma; Gender Female; National ID No. 9MAYAMAN007349 (Burma) (individual) [BURMA-EO14014].

NYAKARUNDI, Vincent, Kigali, Rwanda; DOB 05 Nov 1969; POB Cikitoke, Burundi; nationality Rwanda; Gender Male (individual) [DRCONGO].

NYAKINIYWA, Naima Mohamed (a.k.a. "MAMA LELA"; a.k.a. "MAMA NAIMA"); DOB 02 Sep 1962; POB Kenya; citizen Kenya; Passport A735832 (Kenya) (individual) [SDNTK].

NYAMVUMBA, Andre (a.k.a. NYAMVUMBA, Andrew), Kibagabaga Plot 9917, Nyarutarama, Kigali, Rwanda; DOB 01 Jan 1973; POB Kigali, Rwanda; alt. POB Kampala, Uganda; nationality Rwanda; citizen Rwanda; Gender Male; Passport RW01472 (Rwanda) (individual) [DRCONGO].

NYAMVUMBA, Andrew (a.k.a. NYAMVUMBA, Andre), Kibagabaga Plot 9917, Nyarutarama, Kigali, Rwanda; DOB 01 Jan 1973; POB Kigali, Rwanda; alt. POB Kampala, Uganda; nationality Rwanda; citizen Rwanda; Gender Male; Passport RW01472 (Rwanda) (individual) [DRCONGO].

NYAR, Sate Pyin (a.k.a. HLAING, Chit; a.k.a. HLAING, U Chit; a.k.a. NAING, Chit; a.k.a. NAING, U Chit), Burma; DOB Dec 1948; POB Kyee Nee Village, Chauk Township, Burma; nationality Burma; citizen Burma; Gender Male; Minister for Information (individual) [BURMA-EO14014].

NYCITY SHIPMANAGEMENT CO LTD, Room 502, 1, Yangkou Lu, Shinan Qu, Qingdao, Shandong, China; Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 2023; Identification Number IMO 6422945; Registration Number 120346 (Marshall Islands) [IRAN-EO13902].

NYEIN, Than (a.k.a. NYEIN, U Than), No 67, Yin Mar Myaing St, Su Paung, Thuwunna, Theingangyun Tsp, Rangoon, Burma; DOB 29 Feb 1952; POB Kawkareik, Burma; nationality Burma; citizen Burma; Gender Male; Passport MA370433 (Burma) issued 08 Nov 2013 expires 07 Nov 2018; National ID No. 12YAKANAN007001 (Burma) (individual) [BURMA-EO14014].

NYEIN, U Than (a.k.a. NYEIN, Than), No 67, Yin Mar Myaing St, Su Paung, Thuwunna, Theingangyun Tsp, Rangoon, Burma; DOB 29 Feb 1952; POB Kawkareik, Burma; nationality Burma; citizen Burma; Gender Male; Passport MA370433 (Burma) issued 08 Nov 2013 expires 07 Nov 2018; National ID No. 12YAKANAN007001 (Burma) (individual) [BURMA-EO14014].

NYR SHIPPING CO., Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 31 May 2024; Identification Number IMO 0148434; Registration Number 126284 (Marshall Islands) [IRAN-EO13902].

NYUNT, Thein (a.k.a. NYUNT, U Thein), Naypyitaw, Burma; DOB 26 Dec 1944; alt. DOB 20 Nov 1944; POB Kawkareik, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 12THAGAKAN012432 (Burma); State Administrative Council Member (individual) [BURMA-EO14014].

NYUNT, U Thein (a.k.a. NYUNT, Thein), Naypyitaw, Burma; DOB 26 Dec 1944; alt. DOB 20 Nov 1944; POB Kawkareik, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 12THAGAKAN012432 (Burma); State Administrative Council Member (individual) [BURMA-EO14014].

NYUTEKH VELL SERVICE (a.k.a. NEWTECK WELL SERVICE LLC (Cyrillic: ООО НЬЮТЕХ ВЕЛЛ СЕРВИС)), Ul. Surgutskaya d. 14, str. 1, Nefteyugansk 628309, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 4205237960 (Russia); Registration Number 1124205002239 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

NZABAMWITA, Lucien (a.k.a. ANDRE, Karume; a.k.a. KALUME, Andre; a.k.a. KARUME, Andrew; a.k.a. NZABANITA, Lucien); DOB 15 Sep 1966; POB Kinyami, Byumba Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO].

NZABANITA, Lucien (a.k.a. ANDRE, Karume; a.k.a. KALUME, Andre; a.k.a. KARUME, Andrew; a.k.a. NZABAMWITA, Lucien); DOB 15 Sep 1966; POB Kinyami, Byumba Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO].

NZEYIMANA, Stanislas (a.k.a. BIGARUKA IZABAYO, Deogratias; a.k.a. IZABAYO DEO; a.k.a. "BIGARUKA"; a.k.a. "BIGARURA"), Kalonge, Masisi, North Kivu, Congo, Democratic Republic of the; Kibua, Congo, Democratic Republic of the; DOB 01 Jan 1966; alt. DOB 28 Aug 1966; alt. DOB 1967; POB Mugusa (Butare), Rwanda; citizen Rwanda; Brig. General; Deputy Overall Commander FOCA (individual) [DRCONGO].

O G SERVICES FZE LIMITED LIABILITY COMPANY, Ajman A-63-00-01-06, Flamingo

Villas, Ajman, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 1969 (United Arab Emirates); Economic Register Number (CBLS) 11641010 (United Arab Emirates) [RUSSIA-EO14024].

O N C U TRADING L.L.C. (a.k.a. ONCU TRADING L.L.C.), Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Oct 2021; Company Number 1623913 (United Arab Emirates); License 993171 (United Arab Emirates); Chamber of Commerce Number 376875 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

O SMACH RESORT (a.k.a. O'SMACH CASINO RESORT; a.k.a. O-SMACH RESORT), National Highway 68, Krong Samraong, Cambodia; Organization Established Date 01 Jan 2000; Organization Type: Short term accommodation activities; alt. Organization Type: Gambling and betting activities [GLOMAG] (Linked To: LY, Yong Phat).

O, Chong Euk (a.k.a. O, Chong Ok; a.k.a. O, Chong-kuk), Korea, North; DOB 01 Jan 1953 to 31 Dec 1953; POB North Hamgyo'ng Province, North Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director of the First Bureau of the Reconnaissance General Bureau (individual) [DPRK2].

O, Chong Ok (a.k.a. O, Chong Euk; a.k.a. O, Chong-kuk), Korea, North; DOB 01 Jan 1953 to 31 Dec 1953; POB North Hamgyo'ng Province, North Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director of the First Bureau of the Reconnaissance General Bureau (individual) [DPRK2].

O, Chong-kuk (a.k.a. O, Chong Euk; a.k.a. O, Chong Ok), Korea, North; DOB 01 Jan 1953 to 31 Dec 1953; POB North Hamgyo'ng Province, North Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214; Director of the First Bureau of the Reconnaissance General Bureau (individual) [DPRK2].

O, In Chun (Korean: 오인준) (a.k.a. O, In Jun; a.k.a. O, In-chun), Vladivostok, Russia; DOB 03 Jul 1969; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS745220146 (Korea, North) (individual) [DPRK] (Linked To: KOREA DAESONG BANK).

O, In Jun (a.k.a. O, In Chun (Korean: 오인준); a.k.a. O, In-chun), Vladivostok, Russia; DOB 03 Jul 1969; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS745220146 (Korea, North) (individual) [DPRK] (Linked To: KOREA DAESONG BANK).

O, Ku'k-ryo'l (a.k.a. O, Kuk-Ryol), Korea, North; DOB 07 Jan 1930; POB Onso'ng County, North Hambuk Province, Democratic People's Republic of Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vice Chairman of the National Defense Commission (individual) [NPWMD] [DPRK2] (Linked To: NATIONAL DEFENSE COMMISSION).

O, Kuk-Ryol (a.k.a. O, Ku'k-ryo'l), Korea, North; DOB 07 Jan 1930; POB Onso'ng County, North Hambuk Province, Democratic People's Republic of Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vice Chairman of the National Defense Commission (individual) [NPWMD] [DPRK2] (Linked To: NATIONAL DEFENSE COMMISSION).

O, In-chun (a.k.a. O, In Chun (Korean: 오인준); a.k.a. O, In Jun), Vladivostok, Russia; DOB 03 Jul 1969; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and

510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS745220146 (Korea, North) (individual) [DPRK] (Linked To: KOREA DAESONG BANK).

O, Yong Ho, Moscow, Russia; DOB 25 Dec 1961; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 108410041 (Korea, North) issued 13 Oct 2018 expires 13 Oct 2023 (individual) [NPWMD].

O.H.G. HOLDING SAL (a.k.a. OHG HOLDING S.A.L.; a.k.a. OHG HOLDING SAL), Beirut, Lebanon; P.O. Box 90326, Grey Center 2nd Floor, Jdeideh Boulevard, Sin El-Fil, Baouchriyeh, Metn, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 14 Jul 2009; Organization Type: Activities of holding companies; Commercial Registry Number 1901517 (Lebanon) [SDGT] (Linked To: OBEID, Boutros Georges).

O2 KLAUD, Sh. Ochakovskoe D. 14, Pom.III K. 1, Moscow 119530, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9710050732 (Russia); Registration Number 1187746216437 (Russia) [RUSSIA-EO14024].

OAF, Awad Mohamed Ahmed Ibn (a.k.a. AUF, Awad Ibn; a.k.a. AUF, Awad Muhammad Ibn; a.k.a. AUF, Mohammed Ahmed Awad Ibn; a.k.a. AWF, Awad Ahmad Ibn; a.k.a. AWF, Awad Ibn; a.k.a. NAUF, Awad Mohammed Ahmed Ebni; a.k.a. OUF, Awad Mohamed Ahmed Ibn); DOB circa 1954; nationality Sudan; Head of Military Intelligence and Security (individual) [DARFUR].

OAIS, Hassan Tahir (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Hassan Dahir; a.k.a. AWES, Shaykh Hassan Dahir; a.k.a. AWEYES, Hassen Dahir; a.k.a. AWEYS, Ahmed Dahir; a.k.a. AWEYS, Hassan Dahir; a.k.a. AWEYS, Sheikh; a.k.a. AWEYS, Sheikh Hassan Dahir; a.k.a. DAHIR, Aweys Hassan; a.k.a. IBRAHIM, Mohammed Hassan; a.k.a. UWAYS, Hassan Tahir; a.k.a. "HASSAN,

Sheikh"), Somalia; Eritrea; DOB 1935; nationality Somalia; citizen Somalia (individual) [SOMALIA].

OAO 766 UPTK (a.k.a. AO SKB MO RF; a.k.a. FSUE 766 UPTK; a.k.a. JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF THE RUSSIAN MINISTRY OF DEFENSE; a.k.a. OPEN JOINT STOCK COMPANY 766 MANAGEMENT OF PRODUCTION AND TECHNOLOGICAL EQUIPMENT), Ul. Institutskaya, D. 1, RP. Nakhabino, Krasnogorsk 143432, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5024076350 (Russia); Registration Number 1065024000513 (Russia) [RUSSIA-EO14024].

OAO ACHINSK OIL REFINERY VNK (a.k.a. ACHINSK OIL REFINERY OF THE EASTERN OIL COMPANY; a.k.a. ACHINSK REFINERY; a.k.a. JOINT STOCK COMPANY ACHINSK REFINERY OF EASTERN PETROLEUM COMPANY; a.k.a. JSC ACHINSK OIL REFINERY VNK; a.k.a. OJSC ACHINSK REFINERY; a.k.a. "JSC ANPZ VNK"), Achinsk Refinery industrial area, Bolsheuluisky district, Krasnoyarsk territory 662110, Russia; Email Address sekr1@anpz.rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2443000518 (Russia); Registration Number 1022401153532 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

OAO AVIAKOMPANIYA AVIAKON TSITOTRANS (Cyrillic: ОАО АВИАКОМПАНИЯ АВИАКОН ЦИТОТРАНС) (a.k.a. AIR COMPANY AVIACON ZITOTRANS; a.k.a. AO AK AVIAKON TSITOTRANS; a.k.a. AVIACON AIR CARGO; a.k.a. JSC AVIACON ZITOTRANS), Ul. Belinskogo D. 56, Pom. 605, Yekaterinburg 620026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jun 1995; Organization Type: Freight air transport; Tax ID No. 6658039390 (Russia);

Registration Number 1026602311240 (Russia) [RUSSIA-EO14024].

OAO AVIAKOMPANIYA TRANSAVIAEKSPORT (Cyrillic: ОАО АВИАКОМПАНИЯ ТРАНСАВИАЭКСПОРТ) (f.k.a. AAT AVIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: ААТ АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. AAT TAE AVIYA (Cyrillic: ААТ ТАЕ АВІЯ); f.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA AVIIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA TAE AVIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ТАЕ АВІЯ); f.k.a. AVIAKOMPANIYA TRANSAVIAEKSPORT OAO; a.k.a. JOINT STOCK COMPANY TRANSAVIAEXPORT AIRLINES; a.k.a. JSC TRANSAVIAEXPORT AIRLINES; a.k.a. OAO TAE AVIA (Cyrillic: ОАО ТАЕ АВИА); f.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO AVIAKOMPANIYA TRANSAVIAEKSPORT; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO TAE AVIA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАЕ АВИА); a.k.a. TRANSAVIAEXPORT AIRLINES), 44, Zakharova Str., Minsk 220034, Belarus (Cyrillic: Ул. Захарова, 44, Минск 220034, Belarus); d. 11, Ul. Pervomayskaya, Minsk 220034, Belarus (Cyrillic: д. 11, ул. Первомайская, Минск 220034, Belarus); Organization Established Date 28 Dec 1992; Registration Number 100027245 (Belarus) [BELARUS-EO14038].

OAO BANK VTB (f.k.a. BANK FOR FOREIGN TRADE of RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB

BANK; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

OAO BELAZ - UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELAZ-KHOLDING (Cyrillic: ОАО БЕЛАЗ - УПРАВЛЯЮЩАЯ

КОМПАНИЯ ХОЛДИНГА БЕЛАЗ-ХОЛДИНГ) (a.k.a. AAT BELAZ - KIRUYUCHAYA KAMPANIYA KHOLDYNGU BELAZ-KHOLDYNG (Cyrillic: ААТ БЕЛАЗ - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛАЗ-ХОЛДЫНГ); a.k.a. BELARUSSKI AVTOMOBILNYI ZAVOD; a.k.a. OJSC BELAZ - MANAGEMENT COMPANY OF HOLDING BELAZ-HOLDING; a.k.a. OPEN JOINT STOCK COMPANY BELARUSIAN AUTOMOBILE PLANT), 40 let Octyabrya Street 4, Zhodino, Minsk region 222161, Belarus; Target Type State-Owned Enterprise; Tax ID No. 600038906 (Belarus); Government Gazette Number 05808712 (Belarus) [BELARUS-EO14038].

OAO BMZ UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BMK (f.k.a. BELORUSSKI METALLURGICHESKI ZAVOD RESPUBLIKANSKOE UNITARNOE PREDPRIYATIE; a.k.a. OJSC BELARUSIAN METALLURGICAL PLANT MANAGEMENT COMPANY OF HOLDING BELARUSIAN METALLURGICAL COMPANY (Cyrillic: ОАО БЕЛОРУССКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ); a.k.a. OJSC BSW MANAGEMENT COMPANY OF BMC HOLDING (Cyrillic: ОАО БМЗ УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БМК); a.k.a. OPEN JOINT STOCK COMPANY BYELORUSSIAN STEEL WORKS MANAGEMENT COMPANY OF HOLDING BYELORUSSIAN METALLURGICAL COMPANY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БЕЛОРУССКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ)), 37, Promyshlennaya Street, Zhlobin, Gomel region 247210, Belarus (Cyrillic: ул. Промышленная, 37, г. Жлобин, Гомельская область 247210, Belarus); Target Type State-Owned Enterprise; Tax ID No. 400074854 (Belarus); Government Gazette Number 04778771 (Belarus) [BELARUS-EO14038].

OAO CONCERN PVO ALMAZ-ANTEY (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN VOZDUSHNO-KOSMICHESKOI OBORONY ALMAZ-ANTEI; a.k.a. AO KONTSERN VKO ALMAZ-ANTEI; a.k.a. JOINT STOCK COMPANY AEROSPACE DEFENSE CONCERN ALMAZ-ANTEY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН ВОЗДУШНО-КОСМИЧЕСКОЙ ОБОРОНЫ АЛМАЗ-АНТЕЙ); a.k.a. JOINT STOCK COMPANY AIR AND SPACE DEFENSE CONCERN ALMAZ-ANTEY; a.k.a. JOINT-STOCK COMPANY CONCERN ALMAZ-ANTEY; a.k.a. JSC CONCERN VKO ALMAZ-ANTEY (Cyrillic: АО КОНЦЕРН ВКО АЛМАЗ-АНТЕЙ); f.k.a. OPEN JOINT STOCK COMPANY CONCERN PVO ALMAZ-ANTEY), D. 41, ul. Vereiskaya, Moscow 121471, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Nov 1991; Target Type State-Owned Enterprise; Tax ID No. 7731084175 (Russia); Government Gazette Number 11593871 (Russia); Registration Number 1027739001993 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

OAO 'DOLGOPRUDNY RESEARCH PRODUCTION ENTERPRISE' (a.k.a. DOLGOPRUDNENSKOYE NPP OAO; a.k.a. DOLGOPRUDNY; a.k.a. DOLGOPRUDNY RESEARCH PRODUCTION ENTERPRISE; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO DOIGOPRUDNENSKOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE), 1 Pl. Sobina, Dolgoprudny, Moskovskaya obl. 141700, Russia; Proshchad Sobina 1, Dolgoprudny 141700, Russia; Email Address dnpp@orc.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1025001202544; Tax ID No. 5008000322; Government Gazette Number 07504318 [UKRAINE-EO13661].

OAO ELEKTROSIGNAL PLANT (a.k.a. ELEKTROSIGNAL CORPORATION; a.k.a. OPEN JOINT STOCK COMPANY CORPORATION NOVOSIBIRSK PLANT ELEKTROSIGNAL (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КОРПОРАЦИЯ НОВОСИБИРСКИЙ ЗАВОД ЭЛЕКТРОСИГНАЛ)), 31 Dobrolyubova St., Building 2, Floor 3, Novosibirsk, Novosibirsk Region 630009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5405262331 (Russia); Registration Number 1035401944291 (Russia) [RUSSIA-EO14024].

OAO EPK SAMARA, ul. Michurina, d. 98 A, Samara 443068, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6316040924 (Russia); Registration Number 1026301154934 (Russia) [RUSSIA-EO14024].

OAO EPK SARATOV, Prospekt Entuziastov, d.64 A, Saratov 410039, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6451104638 (Russia); Registration Number 1026402484250 (Russia) [RUSSIA-EO14024].

OAO EPK VOLZHSKY, ul. Pushkina, d. 45, Volzhsky 404112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3435052024 (Russia); Registration Number 1023402005582 (Russia) [RUSSIA-EO14024].

OAO GOSNII KRISTALL (a.k.a. JOINT STOCK COMPANY STATE SCIENTIFIC RESEARCH INSTITUTE KRISTALL; a.k.a. JSC GOSNII KRISTALL; a.k.a. JSC STATE SCIENTIFIC RESEARCH INSTITUTE KRISTALL; a.k.a. OJSC KRISTALL STATE RESEARCH INSTITUTE), UL. Zelenaya D. 6, Dzerzhinsk, Nizhni Novgorod Region 606007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Dec 1991; Tax ID No. 5249116549 (Russia); Registration Number 1115249009831 (Russia) [RUSSIA-EO14024].

OAO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОАО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН) (a.k.a. AAT HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: ААТ ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. GRODNO TOBACCO FACTORY NEMAN; a.k.a. GTF NEMAN; a.k.a. HRODNA TOBACCO FACTORY NEMAN; a.k.a. OJSC GRODNO TOBACCO FACTORY NEMAN; a.k.a. OPEN JOINT-STOCK COMPANY GRODNO TOBACCO FACTORY NEMAN; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН)), ul. Ordzhonikidze, d. 18, Grodno, Grodnenskaya Oblast 230771, Belarus (Cyrillic: ул. Орджоникидзе, д. 18, г. Гродно, Гродненская область 230771, Belarus);

Organization Established Date 29 Dec 1996; Registration Number 500047627 (Belarus) [BELARUS-EO14038].

OAO ILYUSHIN AVIATION COMPLEX (a.k.a. JSC ILYUSHIN AVIATION COMPLEX; a.k.a. OJSC ILYUSHIN AVIATION COMPLEX; a.k.a. OPEN JOINT STOCK COMPANY ILYUSHIN AVIATION COMPLEX; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO AVIATSIONNYI KOMPLEKS IM S. V ILYUSHINA; a.k.a. "OJSC IL"), 45G Leningradsky Avenue, Moscow 125190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; ISIN RU0007796926; Tax ID No. 7714027882 (Russia); Registration Number 1027739118659 (Russia) [RUSSIA-EO14024].

OAO INTEGRAL - MANAGEMENT HOLDING COMPANY INTEGRAL (Cyrillic: ОАО ИНТЕГРАЛ - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА ИНТЕГРАЛ) (a.k.a. ААТ INTEHRAL - KIRUIUCHAIA KAMPANIIA KHOLDYNGU INTEHRAL (Cyrillic: ААТ ІНТЭГРАЛ - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ ІНТЭГРАЛ); a.k.a. INTEGRAL-UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA INTEGRAL, OAO; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO INTEGRAL; a.k.a. PUBLIC JOINT STOCK COMPANY INTEGRAL (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ИНТЕГРАЛ)), I.P., d.121A, kom. 327, ul. Kazintsa g., Minsk, Belarus; Registration Number 100386629 (Belarus) [BELARUS-EO14038].

OAO JSC ORENBURGNEFT (a.k.a. OJSC ORENBURGNEFT; a.k.a. ORENBURGNEFT), St. Magistralynaya 2, Buzuluk 461040, Russia; Email Address orenburgneft@rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5612002469 (Russia); Registration Number 1025601802357 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

OAO KB VERKHNEVOLZHSKIY (a.k.a. COMMERCIAL JOINT-STOCK BANK VERHNEVOLGSKY; a.k.a. OJSC CB VERKHNEVOLZHSKY; a.k.a. OPEN JOINT STOCK COMPANY COMMERCIAL BANK VERKHNEVOLZHSKY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO KOMMERCHESKIY BANK VERKHNEVOLZHSKIY; a.k.a. PUBLIC COMMERCIAL JOINT-STOCK BANK VERHNEVOLZHSKY), Ulitsa Bratyev Orlovykh 1a, Rybinsk, Yaroslavskaya Oblast 152903, Russia; Ulitsa Suvorova 39A, Sevastopol, Crimea 299011, Ukraine; Pereulok Pionerskiy 5, Simferopol, Crimea 295011, Ukraine; SWIFT/BIC VECARU21; alt. SWIFT/BIC VVBKRU2Y; Website www.vvbank.ru; Email Address vbank@yaroslavl.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027600000185 (Russia) [UKRAINE-EO13685].

OAO KHRTZ (a.k.a. AKTSIONERNOE OBSHCHESTVO KHABAROVSKIY RADIOTEKHNICHESKIY ZAVOD; a.k.a. KHRTZ PAO; a.k.a. OJSC KHABAROVSK RADIO ENGINEERING PLANT; a.k.a. OPEN JOINT STOCK COMPANY KHABAROVSK RADIO ENGINEERING PLANT), D. 8 K. V, Per. Kedrovy, Khabarovsk 68004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2723118304 (Russia); Registration Number 1092723002778 (Russia) [RUSSIA-EO14024].

OAO KIDMA TEK (Cyrillic: ОАО КИДМА ТЕК) (a.k.a. ААТ KIDMA TEK (Cyrillic: ААТ КІДМА ТЭК); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA KIDMA TEK (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА КІДМА ТЕК); f.k.a. BSVT - NEW TECHNOLOGIES; f.k.a. BSVT-NT; a.k.a. KIDMA TECH OJSC; f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BSVT-NOVIYE TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БСВТ-НОВЫЕ ТЕХНОЛОГИИ); a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO KIDMA TEK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КИДМА ТЕК)), Room 20, Administrative Building 187, Soltysa St., Minsk 220070, Belarus; D. 5/1, Ustenskiy Selsovyet, Vitebskaya Oblast, Orshanskiy Rayon, Ag. Ustye 211003, Belarus (Cyrillic: Д. 5/1, Устенский сельсовет, Витебская Область,

Оршанский Район, аг. Устье 211003, Belarus); Organization Established Date 18 Jul 2012; Registration Number 191607211 (Belarus) [BELARUS-EO14038].

OAO KOTEHK VESNA (a.k.a. VESNA HOTEL AND SPA; a.k.a. ZAO SPA-OTEL VESNA (Cyrillic: ЗАО СПА-ОТЕЛЬ ВЕСНА)), Ul. Lenina, D. 219A, Sochi 354364, Russia; Registration ID 1022302715214 (Russia); Tax ID No. 2317011051 (Russia); alt. Tax ID No. 231701001 (Russia); Identification Number 04816460 (Russia) [TCO].

OAO KRASNOARMEYSKIY MEKHANICHESKIY ZAVOD (a.k.a. "JSC KMZ"), Ul. Zavodskaya D.10, Krasnoarmeysk 412801, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6442005951 (Russia); Registration Number 1026401731531 (Russia) [RUSSIA-EO14024].

OAO KRAYINVESTBANK (Cyrillic: ОАО КРАЙИНВЕСТБАНК) (a.k.a. OJSC KRAYINVESTBANK; a.k.a. OPEN JOINT STOCK COMPANY KRASNODAR REGIONAL INVESTMENT BANK; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO KRASNODARSKIY KRAEVOY INVESTITSIONNIY BANK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КРАСНОДАРСКИЙ КРАЕВОЙ ИНВЕСТИЦИОННЫЙ БАНК)), Ulitsa Mira 34, Krasnodar 350063, Russia; Ulitsa Bolshaya Morskaya 23, Sevastopol, Crimea 299011, Ukraine; Ulitsa Dolgorukovskaya/Zhukovskogo/A. Nevskogo 1/1/6, Simferopol, Crimea 295000, Ukraine; SWIFT/BIC KRRIRU22; Website www.kibank.ru; Email Address mail@kibank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1022300000029 (Russia); All offices worldwide [UKRAINE-EO13685].

OAO MARIYSKIY MASHINOSTROITELNYY ZAVOD (a.k.a. AKTSIONERNOE OBSHCHESTVO MARIYSKII MASHINOSTROITELNYI ZAVOD; a.k.a. JOINT STOCK COMPANY MARI MACHINE BUILDING PLANT; a.k.a. JSC MARI MACHINE BUILDING PLANT; a.k.a. MARI MACHINE BUILDING PLANT JSC; a.k.a. MARI MMZ; a.k.a. MARIYSKIY MACHINE-BUILDING PLANT OPEN JOINT STOCK COMPANY; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO MARIYSKIY MASHINOSTROITELNYYZAVOD; a.k.a. "OAO

MMZ"), 15, UL Suvorova 3, Yoshkar-Ola, Mary-EL 424003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1200001885 (Russia) [RUSSIA-EO14024].

OAO METROVAGONMASH (a.k.a. METROVAGONMASH JOINT STOCK COMPANY; a.k.a. METROVAGONMASH JSC), 4 Kolontsova Street, Mytischi, Moscow Region 141009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5029006702 (Russia); Registration Number 1025003520310 (Russia) [RUSSIA-EO14024].

OAO MINSKI AVTOMOBILNYI ZAVOD (Cyrillic: ОАО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД) (a.k.a. AAT MINSKI AUTAMABILNY ZAVOD (Cyrillic: ААТ МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA MINSKI AUTAMABILLNY ZAVOD - KIRUYUCHAYA KAMPANIYA KHOLDYNGU BELAUTAMAZ (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛАЎТАМАЗ); a.k.a. OJSC MINSK AUTOMOBILE PLANT; a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT; a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT - MANAGEMENT COMPANY OF HOLDING BELAVTOMAZ; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII AVTOMOBILNYI ZAVOD - UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELAVTOMAZ (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛАВТОМАЗ); a.k.a. "OJSC MAZ"), Ul. Sotsialisticheskaya 2, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100320487 (Belarus); Government Gazette Number 05808729 (Belarus) [BELARUS-EO14038].

OAO MMZ AVANGARD (a.k.a. JOINT STOCK COMPANY MOSKOVSKIY MASHINOSTROITELNIY ZAVOD AVANGARD; a.k.a. JSC MOSCOW MACHINERY BUILDING PLANT AVANGARD; a.k.a. OJSC MOSCOW MACHINERY BUILDING PLANT AVANGARD; a.k.a. OPEN JOINT STOCK COMPANY MOSCOW MACHINERY BUILDING PLANT AVANGARD), Ul. Klary Tsetkin 33, Moscow 125130, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID

No. 7743065177 (Russia); Registration Number 1027743012890 (Russia) [RUSSIA-EO14024].

OAO MMZ IMENI S.I. VAVILOVA UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELOMO (Cyrillic: ОАО ММЗ ИМЕНИ С. И. ВАВИЛОВА УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОМО) (a.k.a. BELARUSIAN OPTICAL AND MECHANICAL ASSOCIATION; a.k.a. JSC MINSK MECHANICAL PLANT NAMED AFTER S.I. VAVILOV MANAGEMENT COMPANY OF BELOMO HOLDING (Cyrillic: ОАО МИНСКИЙ МЕХАНИЧЕСКИЙ ЗАВОД ИМЕНИ С.И. ВАВИЛОВА УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОМО); a.k.a. OJSC MMW NAMED AFTER S.I. VAVILOV MANAGING COMPANY OF BELOMO HOLDING (Cyrillic: ААТ ММЗ ІМЯ С.І. ВАВІЛАВА КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛОМА); a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII MEKHANICHESKII ZAVOD IMENI S.I. VAVILOVA UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELOMO), 23 Makayonok St., Minsk 220114, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100185185 (Belarus); Government Gazette Number 14541426 (Belarus) [BELARUS-EO14038].

OAO NAUCHNO-ISSLEDOVATELSKIY INSTITUT ELEKTRONNYKH VYCHISLITELNYKH MASHIN (Cyrillic: ОАО НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ЭЛЕКТРОННЫХ ВЫЧИСЛИТЕЛЬНЫХ МАШИН) (a.k.a. ААТ NAVUKOVA-DASLEDCHY INSTYTUT ELEKTRONNYKH VYLICHALNYKH MASHYN; a.k.a. COMPUTER RESEARCH INSTITUTE NIIEVM; a.k.a. JSC NIIEVM (Cyrillic: ОАО НИИЭВМ; Cyrillic: ААТ НДІЭВМ); a.k.a. OPEN JOINT STOCK COMPANY RESEARCH INSTITUTE OF ELECTRONIC COMPUTERS), 155 Bogdanovicha St., Minsk 220040, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100219724 (Belarus) [BELARUS-EO14038] (Linked To: OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING).

OAO RADIOAVIONIKA (Cyrillic: ОАО РАДИОАВИОНИКА) (a.k.a. OJSC RADIOAVIONIKA; a.k.a. OPEN JOINT STOCK COMPANY RADIOAVIONIKA; a.k.a. OTKRYTOE ATSIONERNOE OBSHCHESTVO RADIOAVIONIKA; a.k.a. RADIOAVIONICA CORPORATION; a.k.a. RADIOAVIONICA JSC;

a.k.a. RADIOAVIONIKA PAO), d.4 litera B, prospekt Troitski, St. Petersburg 190005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Feb 1993; Tax ID No. 7809015518 (Russia); Government Gazette Number 27465454 (Russia); Registration Number 1027810239555 (Russia) [RUSSIA-EO14024].

OAO RADIOPRIBOR (a.k.a. JOINT STOCK COMPANY RADIOPRIBOR; a.k.a. JSC RADIOPRIBOR; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO RADIOPRIBOR; a.k.a. RADIOPRIBOR AO), Kazan, Republic of Tatarstan 420021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1659034109 (Russia); Registration Number 1021603465850 (Russia) [RUSSIA-EO14024].

OAO ROSNEFT OIL COMPANY (a.k.a. OIL COMPANY ROSNEFT; a.k.a. OJSC ROSNEFT OIL COMPANY; a.k.a. OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY; a.k.a. ROSNEFT; a.k.a. ROSNEFT OIL COMPANY), 26/1 Sofiyskaya Embankment, Moscow 115035, Russia; Website www.rosneft.com; alt. Website www.rosneft.ru; Email Address postman@rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1027700043502 (Russia); Tax ID No. 7706107510 (Russia); Government Gazette Number 00044428 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

OAO SAKHMP (a.k.a. PJSC SASCO; a.k.a. PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО САХАЛИНСКОЕ МОРСКОЕ ПАРОХОДСТВО)), d. 18A pom. 7, ul. Pobedy, Kholmsk 694620, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6509000854 (Russia); Registration Number 1026501017828 (Russia) [RUSSIA-EO14024].

OAO SAMUSSKI SUDOSTROITELNO SUDOREMONTNY ZAVOD (a.k.a. OPEN JOINT STOCK COMPANY SAMUSSKIY SUDOSTROITELNO SUDOREMONTNIY ZAVOD; a.k.a. SAMUS SHIPBUILDING AND REPAIR YARD; a.k.a. SAMUS SHIPYARD; a.k.a. SAMUSSKY SSRZ), P. Samus, Street Lenina, D. 21, Seversk, Tomsk Oblast 634501, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Aug 2002; Organization Type: Inland passenger water transport; Tax ID No. 7014000324 (Russia); Registration Number 1027001684071 (Russia) [RUSSIA-EO14024].

OAO SCIENTIFIC PRODUCTION CORPORATION IRKUT (a.k.a. IRKUT CORP PJSC; a.k.a. IRKUT CORPORATION JOINT STOCK COMPANY; a.k.a. KORPORATSIYA IRKUT PAO; a.k.a. NP KORPORATSIYA IRKUT PAO; a.k.a. PUBLIC JOINT STOCK COMPANY YAKOVLEV; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNAYA IRKUT), 68, Leningradsky Prospekt, Moscow 125315, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 3807002509 (Russia); Registration Number 1023801428111 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

OAO SEVERNOYE MORSKOYE PAROKHODSTVO (a.k.a. JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY; a.k.a. JSC NSC ARKHANGELSK; a.k.a. OJSC NORTHERN SHIPPING COMPANY; a.k.a. OPEN JSC NORTHERN SHIPPING COMPANY; a.k.a. "ANSC"; a.k.a. "OJSC NSC"), Nab. Severnoy Dviny, 36, Arkhangelsk 163000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2901008432 (Russia); Identification Number IMO 0555641 [RUSSIA-EO14024].

OAO SHIP REPAIR CENTER 'ZVEZDOCHKA' (a.k.a. AO SHIP REPAIR CENTER 'ZVEZDOCHKA'; a.k.a. JOINT STOCK COMPANY SHIP REPAIR CENTER 'ZVEZDOCHKA'; a.k.a. SHIP REPAIR CENTER ZVEZDOCHKA; a.k.a. 'ZVEZDOCHKA' SHIPYARD), 12, proyezd Mashinostroiteley, Severodvinsk, Arkhangelskaya Oblast 164509, Russia; 13 Geroyev Sevastopolya Street, Sevastopol, Crimea 99001, Ukraine; Website www.star.ru; alt. Website http://starsmz.ru/; alt. Website http://sevmorzavod.com/; Email Address info@star.ru; alt. Email Address star_sev@mail.ru; alt. Email Address office@smp.com.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1082902002677 (Russia); Tax ID No. 2902060361 (Russia) [UKRAINE-EO13685].

OAO SKB TURBINA (a.k.a. JOINT STOCK COMPANY SPECIAL DESIGN BUREAU TURBINA; a.k.a. JSC TURBINA SDB), 2B Lenin Avenue, Chelyabinsk 454007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 74522033815 (Russia) [RUSSIA-EO14024].

OAO STANKOGOMEL (Cyrillic: ОАО СТАНКОГОМЕЛЬ) (a.k.a. OPEN JOINT STOCK COMPANY STANKOGOMEL; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO STANKOGOMEL (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СТАНКОГОМЕЛЬ)), D. 10, Nezhiloe pomeshchenie, ul. Internatsionalnaya, Gomel 246640, Belarus; Organization Established Date 07 Dec 1995; Target Type State-Owned Enterprise; Tax ID No. 400085002 (Belarus) [BELARUS-EO14038].

OAO STROYTRANSGAZ (a.k.a. STROYTRANSGAZ OJSC), House 58, Novocheremushkinskaya St., Moscow 117418, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

OAO TAE AVIA (Cyrillic: ОАО ТАЕ АВИА) (f.k.a. AAT AVIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: ААТ АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. AAT TAE AVIYA (Cyrillic: ААТ ТАЕ АВІЯ); f.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA AVIIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA TAE AVIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ТАЕ АВІЯ); f.k.a. AVIAKOMPANIYA TRANSAVIAEKSPORT OAO; a.k.a. JOINT STOCK COMPANY TRANSAVIAEXPORT AIRLINES; a.k.a. JSC TRANSAVIAEXPORT AIRLINES; f.k.a. OAO AVIAKOMPANIYA TRANSAVIAEKSPORT (Cyrillic: ОАО АВИАКОМПАНИЯ ТРАНСАВИАЭКСПОРТ); f.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO AVIAKOMPANIYA TRANSAVIAEKSPORT; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO TAE AVIA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАЕ АВИА); a.k.a. TRANSAVIAEXPORT AIRLINES), 44, Zakharova Str., Minsk 220034, Belarus (Cyrillic: Ул. Захарова, 44, Минск 220034, Belarus); d. 11, Ul. Pervomayskaya, Minsk 220034, Belarus (Cyrillic: д. 11, ул. Первомайская, Минск 220034, Belarus); Organization Established Date 28 Dec 1992; Registration Number 100027245 (Belarus) [BELARUS-EO14038].

OAO TEKHNIKA SVYAZI (Cyrillic: ОАО ТЕХНИКА СВЯЗИ) (a.k.a. AAT TEKHNIKA SUVYAZI (Cyrillic: ААТ ТЭХНІКА СУВЯЗІ); a.k.a. JOINT STOCK COMPANY COMMUNICATION EQUIPMENT; a.k.a. TEKHNIKA SVYAZI JSC), 1 Naberezhnaya str., Baran, Vitebsk Region 211011, Belarus; Target Type State-Owned Enterprise; Tax ID No. 300209010 (Belarus) [BELARUS-EO14038] (Linked To: OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING).

OAO UPRAVLAYUSHAYA KOMPANIYA EPK (a.k.a. OPEN JOINT STOCK COMPANY EBC MANAGEMENT COMPANY; a.k.a. "OAO UK EPK"), ul. Novoostapovskaya, d. 5, str. 14, et. 2, kom. 2, Moscow 115088, Russia; ul. Sharikopodshipnikovskaya, d. 13, str. 62, Moscow 115088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7723557068 (Russia); Registration Number 1057749391028 (Russia) [RUSSIA-EO14024].

OAO 'URANIS-RADIOSISTEMY' (a.k.a. OJSC 'URANIS RADIO SYSTEMS'; a.k.a. OJSC URANIS-RADIOSISTEMY; a.k.a. URANIS-RADIOSISTEMY OAO), 33 G, Vakulenchuk Street, Sevastopol, Crimea 99053, Ukraine; Website www.uranis.net; Email Address uranis@uranis.net; alt. Email Address info@uranis.net; alt. Email Address vlad_k@uranis.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149204003233; Tax ID No. 9201001120 [UKRAINE-EO13685].

OAO VEB LIZING (a.k.a. OJSC VEB LEASING; a.k.a. OPEN JOINT STOCK COMPANY VEB LEASING; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VEB LIZING; a.k.a. VEB LEASING OJSC), d. 10 ul. Vozdvizhenka,

Moscow 125009, Russia; Str. Dolgorukovskaya, 7, Novoslobodskaya, Moscow 127006, Russia; Website veb-leasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2003; Tax ID No. 7709413138 (Russia); Registration Number 1037709024781 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OAO VNESHTORGBANK (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str.,

St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

OAO VNII SIGNAL (a.k.a. AO VNII SIGNAL; a.k.a. JOINT STOCK COMPANY ALL-RUSSIAN RESEARCH INSTITUTE SIGNAL; a.k.a. OAO VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT SIGNAL; a.k.a. OJSC ALL-RUSSIAN RESEARCH INSTITUTE SIGNAL; a.k.a. VNII SIGNAL JSC), 57 UL. Krupskoy, Kovrov, Vladimir Oblast 601903, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3305708964 (Russia); Registration Number 1103332000232 (Russia) [RUSSIA-EO14024].

OAO VOLGOGRADNEFTEMASH (f.k.a. DOCHERNEE AKTSIONERNOE OBSHCHESTVO OTKRYTOGO TIPA VOLGOGRADNEFTEMASH ROSSIISKOGO AKTSIONERNOGO OBSHCHESTVA GAZPROM; a.k.a. JSC

VOLGOGRADNEFTEMASH; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VOLGOGRADNEFTEMASH (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ВОЛГОГРАДНЕФТЕМАШ)), 45 Ulitsa Elektrolesovskaya, Volgograd, Volgogradskaya Oblast 400011, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: STROYGAZMONTAZH).

OAO VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT SIGNAL (a.k.a. AO VNII SIGNAL; a.k.a. JOINT STOCK COMPANY ALL-RUSSIAN RESEARCH INSTITUTE SIGNAL; a.k.a. OAO VNII SIGNAL; a.k.a. OJSC ALL-RUSSIAN RESEARCH INSTITUTE SIGNAL; a.k.a. VNII SIGNAL JSC), 57 UL. Krupskoy, Kovrov, Vladimir Oblast 601903, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3305708964 (Russia); Registration Number 1103332000232 (Russia) [RUSSIA-EO14024].

OAO YALTINSKAYA KINOSTUDIYA (a.k.a. AKTSIONERNOE OBSHCHESTVO 'YALTINSKAYA KINODSTUDIYA'; a.k.a. CJSC YALTA-FILM; a.k.a. FILM STUDIO YALTA-FILM; a.k.a. JOINT STOCK COMPANY YALTA FILM STUDIO; a.k.a. JSC YALTA FILM STUDIO; a.k.a. KINOSTUDIYA YALTA-FILM; a.k.a. YALTA FILM STUDIO; a.k.a. YALTA FILM STUDIOS), Ulitsa Mukhina, Building 3, Yalta, Crimea 298063, Ukraine; Sevastopolskaya 4, Yalta, Crimea, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 30993572 [UKRAINE-EO13685].

OASIS BEACH RESORT & CONVENTION CENTER (a.k.a. COMPLEJO TURISTICO OASIS, S.A. DE C.V.; a.k.a. OASIS BEACH RESORT AND CONVENTION CENTER), Km 25 Carr. Tijuana-Ensenada, Colonia Leyes de Reforma, Playas Rosarito, Rosarito, Baja California CP 22710, Mexico [SDNTK].

OASIS BEACH RESORT AND CONVENTION CENTER (a.k.a. COMPLEJO TURISTICO OASIS, S.A. DE C.V.; a.k.a. OASIS BEACH RESORT & CONVENTION CENTER), Km 25 Carr. Tijuana-Ensenada, Colonia Leyes de Reforma, Playas Rosarito, Rosarito, Baja California CP 22710, Mexico [SDNTK].

OBAID, Boutros George (a.k.a. ABIR, Boutros Georges; a.k.a. OBEID, Botros Georges; a.k.a. OBEID, Boutros; a.k.a. OBEID, Boutros

Georges; a.k.a. OBEID, Pierre Boutros George), Dekwaneh, Lebanon; DOB 14 Dec 1959; POB Cheyah, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0084771 (Lebanon) issued 15 Sep 2016 expires 15 Sep 2021 (individual) [SDGT] (Linked To: HIZBALLAH).

OBAID, Maher Ribhi Nimr (a.k.a. OBEID, Maher bin Rebhi; a.k.a. OBEID, Maher bin Rebhi bin Namr; a.k.a. OBEID, Maher Rebhi; a.k.a. OBEID, Maher Rebhi Namr; a.k.a. "OBAID, Maher"; a.k.a. "OBEID, Maher"), Beirut, Lebanon; Amman, Jordan; DOB 10 Mar 1958; POB Amman, Jordan; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

OBEID, Botros Georges (a.k.a. ABIR, Boutros Georges; a.k.a. OBAID, Boutros George; a.k.a. OBEID, Boutros; a.k.a. OBEID, Boutros Georges; a.k.a. OBEID, Pierre Boutros George), Dekwaneh, Lebanon; DOB 14 Dec 1959; POB Cheyah, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0084771 (Lebanon) issued 15 Sep 2016 expires 15 Sep 2021 (individual) [SDGT] (Linked To: HIZBALLAH).

OBEID, Boutros (a.k.a. ABIR, Boutros Georges; a.k.a. OBAID, Boutros George; a.k.a. OBEID, Botros Georges; a.k.a. OBEID, Boutros Georges; a.k.a. OBEID, Pierre Boutros George), Dekwaneh, Lebanon; DOB 14 Dec 1959; POB Cheyah, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0084771 (Lebanon) issued 15 Sep 2016 expires 15 Sep 2021 (individual) [SDGT] (Linked To: HIZBALLAH).

OBEID, Boutros Georges (a.k.a. ABIR, Boutros Georges; a.k.a. OBAID, Boutros George; a.k.a.

OBEID, Botros Georges; a.k.a. OBEID, Boutros; a.k.a. OBEID, Pierre Boutros George), Dekwaneh, Lebanon; DOB 14 Dec 1959; POB Cheyah, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0084771 (Lebanon) issued 15 Sep 2016 expires 15 Sep 2021 (individual) [SDGT] (Linked To: HIZBALLAH).

OBEID, Maher bin Rebhi (a.k.a. OBAID, Maher Ribhi Nimr; a.k.a. OBEID, Maher bin Rebhi bin Namr; a.k.a. OBEID, Maher Rebhi; a.k.a. OBEID, Maher Rebhi Namr; a.k.a. "OBAID, Maher"; a.k.a. "OBEID, Maher"), Beirut, Lebanon; Amman, Jordan; DOB 10 Mar 1958; POB Amman, Jordan; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

OBEID, Maher bin Rebhi bin Namr (a.k.a. OBAID, Maher Ribhi Nimr; a.k.a. OBEID, Maher bin Rebhi; a.k.a. OBEID, Maher Rebhi; a.k.a. OBEID, Maher Rebhi Namr; a.k.a. "OBAID, Maher"; a.k.a. "OBEID, Maher"), Beirut, Lebanon; Amman, Jordan; DOB 10 Mar 1958; POB Amman, Jordan; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

OBEID, Maher Rebhi (a.k.a. OBAID, Maher Ribhi Nimr; a.k.a. OBEID, Maher bin Rebhi; a.k.a. OBEID, Maher bin Rebhi bin Namr; a.k.a. OBEID, Maher Rebhi Namr; a.k.a. "OBAID, Maher"; a.k.a. "OBEID, Maher"), Beirut, Lebanon; Amman, Jordan; DOB 10 Mar 1958; POB Amman, Jordan; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

OBEID, Maher Rebhi Namr (a.k.a. OBAID, Maher Ribhi Nimr; a.k.a. OBEID, Maher bin Rebhi; a.k.a. OBEID, Maher bin Rebhi bin Namr; a.k.a. OBEID, Maher Rebhi; a.k.a. "OBAID, Maher"; a.k.a. "OBEID, Maher"), Beirut, Lebanon; Amman, Jordan; DOB 10 Mar 1958; POB Amman, Jordan; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

OBEID, Pierre Boutros George (a.k.a. ABIR, Boutros Georges; a.k.a. OBAID, Boutros George; a.k.a. OBEID, Botros Georges; a.k.a. OBEID, Boutros; a.k.a. OBEID, Boutros Georges), Dekwaneh, Lebanon; DOB 14 Dec 1959; POB Cheyah, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0084771 (Lebanon) issued 15 Sep 2016 expires 15 Sep 2021 (individual) [SDGT] (Linked To: HIZBALLAH).

OBERG, Par (Latin: ÖBERG, Pär), Ludvika, Sweden; DOB 28 Jul 1971; POB Denmark; nationality Sweden; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: NORDIC RESISTANCE MOVEMENT).

OBLITAS RUZZA, Sandra, Caracas, Capital District, Venezuela; DOB 07 Jun 1969; POB Ecuador; citizen Venezuela; Gender Female; Cedula No. 10517860 (Venezuela); Vice President of Venezuela's National Electoral Council; Rector of Venezuela's National Electoral Council; President of Venezuela's Civil and Electoral Registry Commission (individual) [VENEZUELA].

OBLTRANSTERMINAL (a.k.a. TRANSPORT AND LOGISTICS CENTER ELEKTROUGLI), Ul. Zheleznodorozhnaya, Vld 29, Str. 1, Pomeshch. 88, Elektrougli 142455, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5053042571 (Russia); Registration Number 1165053050579 (Russia) [RUSSIA-EO14024].

OBNOSOV, Boris Viktorovich (Cyrillic: ОБНОСОВ, Борис Викторович), Moskovskaya Oblast, Russia; DOB 26 Jan 1953; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

OBOGNE, Leo M. (a.k.a. DE VERA Y ABOGNE, Pio; a.k.a. DE VERA, Esmael; a.k.a. DE VERA, Ismael; a.k.a. DE VERA, Ismail; a.k.a. DE VERA, Pio Abagne; a.k.a. DE VERA, Pio Abogne; a.k.a. DE VERA, Pio Abogue; a.k.a. "ART, Tito"; a.k.a. "MANEX"), Concepcion,

Zaragosa, Nueva Ecija Province, Philippines; DOB 19 Dec 1969; POB Bagac, Bagamanok, Catanduanes Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

OBOL, Simon Salim (a.k.a. KONY, Salim; a.k.a. KONY, Salim Saleh; a.k.a. OGARO, Salim; a.k.a. OGARO, Salim Saleh Obol; a.k.a. SALEH, Salim; a.k.a. SALIM, Okolu), Kafia Kingi; Central African Republic; DOB 1992; alt. DOB 1991; alt. DOB 1993 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

OBORON HOLDING LLC (a.k.a. OOO OBORON KHOLDING), Vld. 85, Str. 1, Pom. 8, Lykovo 108817, Russia; Ul. Bakuninskaya, 69, Str. 1, Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701002563 (Russia); Registration Number 1157746688879 (Russia) [RUSSIA-EO14024].

OBORONLOGISTICS LIMITED LIABILITY COMPANY (a.k.a. OBORONLOGISTICS LLC; a.k.a. OBORONLOGISTIKA LLC; a.k.a. OBORONLOGISTIKA OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OBORONLOGISTIKA), D. 18 Str. 3 Prospekt Komsomolski, Moscow 119021, Russia; Ul. Goncharnaya, House 28, Building 2, Moscow 115172, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Aug 2011; Registration ID 1117746641572 (Russia); Tax ID No. 7718857267 (Russia); Government Gazette Number 30167631 (Russia) [UKRAINE-EO13685] [RUSSIA-EO14024].

OBORONLOGISTICS LLC (a.k.a. OBORONLOGISTICS LIMITED LIABILITY COMPANY; a.k.a. OBORONLOGISTIKA LLC; a.k.a. OBORONLOGISTIKA OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OBORONLOGISTIKA), D. 18 Str. 3 Prospekt Komsomolski, Moscow 119021, Russia; Ul. Goncharnaya, House 28, Building 2, Moscow 115172, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization

Established Date 18 Aug 2011; Registration ID 1117746641572 (Russia); Tax ID No. 7718857267 (Russia); Government Gazette Number 30167631 (Russia) [UKRAINE-EO13685] [RUSSIA-EO14024].

OBORONLOGISTIKA LLC (a.k.a. OBORONLOGISTICS LIMITED LIABILITY COMPANY; a.k.a. OBORONLOGISTICS LLC; a.k.a. OBORONLOGISTIKA OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OBORONLOGISTIKA), D. 18 Str. 3 Prospekt Komsomolski, Moscow 119021, Russia; Ul. Goncharnaya, House 28, Building 2, Moscow 115172, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Aug 2011; Registration ID 1117746641572 (Russia); Tax ID No. 7718857267 (Russia); Government Gazette Number 30167631 (Russia) [UKRAINE-EO13685] [RUSSIA-EO14024].

OBORONLOGISTIKA OOO (a.k.a. OBORONLOGISTICS LIMITED LIABILITY COMPANY; a.k.a. OBORONLOGISTICS LLC; a.k.a. OBORONLOGISTIKA LLC; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OBORONLOGISTIKA), D. 18 Str. 3 Prospekt Komsomolski, Moscow 119021, Russia; Ul. Goncharnaya, House 28, Building 2, Moscow 115172, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Aug 2011; Registration ID 1117746641572 (Russia); Tax ID No. 7718857267 (Russia); Government Gazette Number 30167631 (Russia) [UKRAINE-EO13685] [RUSSIA-EO14024].

OBORONREGISTR (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU OBORONREGISTR), Ul. Staraya Basmannaya D. 19, Str. 12, Kom. 22, Moscow 105066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7731513346 (Russia); Registration Number 1047796702843 (Russia) [RUSSIA-EO14024].

OBOZOV, Sergei Aleksandrovich (Cyrillic: ОБОЗОВ, Сергей Александрович) (a.k.a. OBOZOV, Sergey Alexandrovich), Bakhrushina

Str., 13-15, Moscow, Russia; DOB 18 Sep 1960; POB Pavlovo, Nizhny Novgorod Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 2205724787 (Russia); Tax ID No. 526300588623 (Russia) (individual) [RUSSIA-EO14024].

OBOZOV, Sergey Alexandrovich (a.k.a. OBOZOV, Sergei Aleksandrovich (Cyrillic: ОБОЗОВ, Сергей Александрович)), Bakhrushina Str., 13-15, Moscow, Russia; DOB 18 Sep 1960; POB Pavlovo, Nizhny Novgorod Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 2205724787 (Russia); Tax ID No. 526300588623 (Russia) (individual) [RUSSIA-EO14024].

OBRA CIVIL Y CARRETERAS (a.k.a. TRANSPORTES J.L. CORDON), Guatemala; NIT # 4985931 (Guatemala) [SDNTK].

OBRAS, SERVICIOS Y MANTENIMIENTOS C.A. (a.k.a. OSERMACA), Av. Cristobal Colon, Arterial 7, Centro Empresarial Colon, Planta Alta, Ofic. B1, Ciudad Ojeda, Zulia, Venezuela; RIF # J-31136071-9 (Venezuela) [SDNTK].

OBREGON PEREZ, Hector Andres, Venezuela; DOB 29 Aug 1983; POB Venezuela; nationality Venezuela; Gender Male; Cedula No. V-17123100 (Venezuela) (individual) [VENEZUELA].

OBRENOVIC, Dragan; DOB 12 Apr 1963; POB Matino Brdo, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

OBSCHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OKB SPEKTR (a.k.a. OKB SPECTR LLC; a.k.a. OKB SPEKTR OOO; a.k.a. ZAO OKB SPEKTR), Ul. Chugunnaya D. 20, Korp. 111, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Mar 1993; Tax ID No. 7804585151 (Russia); Government Gazette Number 23109231 (Russia); Registration Number 1167847477291 (Russia) [RUSSIA-EO14024].

OBSCHESTVO S OGRANICHENNOI OTVESTVENNOSTYU VNESHNEEKONOMICHESKOE OBEDINENIE TEKHNOPROMEKSPORT (a.k.a. LIMITED LIABILITY COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT; a.k.a. OOO VO TECHNOPROMEXPORT; a.k.a. OOO VO TPE), Novyi Arbat Str. 15,

Building 2, Moscow 119019, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1147746527279 (Russia); Tax ID No. 7704863782e (Russia) [UKRAINE-EO13685].

OBSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MOKRAN (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МОКРАН) (a.k.a. MOKRAN LLC (Cyrillic: ООО МОКРАН); a.k.a. ООО MOKRAN), d. 15A liter A etazh / pom./ kom. 3/41/N-1, ul. Professora Kachalova, St. Petersburg 192019, Russia (Cyrillic: Улица Профессора Качалова, Дом 15А, Литер А, Эт/Пом/Ком 3/41/Н-1, Город Санкт-Петербург 192019, Russia); Ust-Izhora Village, Petrozavodsk Highway 23, Kolpinskiy District, St. Petersburg, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects; Tax ID No. 7811489970 (Russia); Registration Number 1117847131643 (Russia) [DPRK3].

OBSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TEKHNOLOGICHESKAYA KOMPANIYA FLAI BRIDZH (a.k.a. OOO TK FLY BRIDGE), Pr-Kt Patsaeva, d. 7, k. 1, office 28/1, Dolgoprudnyy 141707, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5008054416 (Russia); Registration Number 1105047006954 (Russia) [RUSSIA-EO14024].

OBSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TRANSSERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРАНССЕРВИС) (a.k.a. LIMITED LIABILITY COMPANY TRANSSERVIS; a.k.a. OOO TRANSSERVIS (Cyrillic: ООО ТРАНССЕРВИС); a.k.a. TRANSSERVICE LLC), D. 35 Prospekt Gubkina, Omsk, Omskaya Oblast 664035, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: OOO TRANSOIL).

OBSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VELESSTROI (f.k.a. AMERKO OOO; a.k.a. VELESSTROI LIMITED LIABILITY COMPANY; a.k.a. VELESSTROY LIMITED LIABILITY COMPANY; a.k.a.

"VELESSTROY"), UL. 2-YA Tverskaya-Yamskaya D. 10, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 04 Apr 2008; Tax ID No. 7709787790 (Russia); Government Gazette Number 85762734 (Russia); Registration Number 1087746466950 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BSVT-NOVIYE TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БСВТ-НОВЫЕ ТЕХНОЛОГИИ) (a.k.a. AAT KIDMA TEK (Cyrillic: ААТ КІДМА ТЭК); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA KIDMA TEK (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА КІДМА ТЕК); f.k.a. BSVT - NEW TECHNOLOGIES; f.k.a. BSVT-NT; a.k.a. KIDMA TECH OJSC; a.k.a. OAO KIDMA TEK (Cyrillic: ОАО КИДМА ТЕК); a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO KIDMA TEK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КИДМА ТЕК)), Room 20, Administrative Building 187, Soltysa St., Minsk 220070, Belarus; D. 5/1, Ustenskiy Selsovyet, Vitebskaya Oblast, Orshanskiy Rayon, Ag. Ustye 211003, Belarus (Cyrillic: Д. 5/1, Устенский сельсовет, Витебская Область, Оршанский Район, аг. Устье 211003, Belarus); Organization Established Date 18 Jul 2012; Registration Number 191607211 (Belarus) [BELARUS-EO14038].

OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU CHASTNAYA OKHRANNAYA ORGANIZATSIYA RSB-GRUPP (a.k.a. LIMITED LIABILITY COMPANY PRIVATE SECURITY ORGANIZATION RSB-GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЧАСТНАЯ ОХРАННАЯ ОРГАНИЩАЦИЯ РСБ-ГРУПП); a.k.a. LLC PSO RSB-GROUP (Cyrillic: ООО ЧОО РСБ-ГРУПП); a.k.a. OOO CHOO RSB-GRUPP), Ulitsa Krzhizhanovskogo, D. 14, K. 2, Pom I Komn 1;2, Moskva 117218, Russia (Cyrillic: Улица Кржижановского, Д. 14, К. 2, Пом I Комн 1;2, Москва 117218, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Nov 2008; Tax ID No. 7718731144 (Russia); Registration Number

5087746401573 (Russia) [RUSSIA-EO14024] (Linked To: KRINITSYN, Oleg Anatolyevich).

OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU RSB-GRUPP (a.k.a. LIMITED LIABILITY COMPANY RSB-GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РСБ-ГРУПП); a.k.a. LLC RSB-GROUP (Cyrillic: ООО РСБ-ГРУПП); a.k.a. "RUSSIAN SECURITY SYSTEMS"), Ulitsa Dnepropetrovskaya, Dom 3, Korpus 5, Et 1, Pom III, K 8 0 6-6, Moskva 117525, Russia (Cyrillic: Улица Днепропетровская, Дом 3, Корпус 5, Эт 1, Пом III, К 8 0 6-6, Москва 117525, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Nov 2005; Tax ID No. 7726531639 (Russia); Registration Number 1057749205942 (Russia) [RUSSIA-EO14024].

OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SOKHRA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА) (f.k.a. OBSCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU SOKHRA GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА ГРУПП); f.k.a. OBSCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU TIM INDASTRIAL SERVIS KAMPANI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТИМ ИНДАСТРИАЛ СЕРВИС КАМПАНИ); a.k.a. OOO SOKHRA (Cyrillic: ООО СОХРА); a.k.a. SOHRA LLC; a.k.a. TAA SOKHRA (Cyrillic: ТАА СОХРА); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SOKHRA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СОХРА)), Zavodskaya st., d. 1k, pom. 18, Bolbasovo, Vitebsk Oblast, Orsha District 211004, Belarus (Cyrillic: ул. Заводская, д. 1к, пом. 18, Болбасово, Витебская область, Оршанский район, 211004, Belarus); Revolucyonnaya 17/19, Office no. 22, Minsk 220030, Belarus; Organization Established Date 20 Oct 2014; Registration Number 192363182 (Belarus) [BELARUS-EO14038] (Linked To: ZAITSAU, Aliaksandr Mikalaevich).

OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TEKHNOSOYUZPROEKT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНОСОЮЗПРОЕКТ) (a.k.a. NAUCHNO-PROIZVODSTVENNOYE OBSCHESTVO S

OGRANICHENNOY OTVETSTVENNOSTYU OKB TSP; a.k.a. NAVUKOVA-VYTVORCHAYE TAVARYSTVA S ABMEZHAVANAY ADKAZNASTSYU AKB TSP (Cyrillic: НАВУКОВА-ВЫТВОРЧАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ АКБ ТСП); a.k.a. NPOOO OKB TSP (Cyrillic: НПОOO ОКБ ТСП); a.k.a. NVTAA AKB TSP (Cyrillic: НВТАА АКБ ТСП); a.k.a. OKB TSP SCIENTIFIC PRODUCTION LIMITED LIABILITY COMPANY (Cyrillic: НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОКБ ТСП); a.k.a. OKB TSP SPLLC), Frantsiska Skoriny St., building 1, unit 21, Minsk 220076, Belarus; Organization Established Date 08 Jul 2002; Registration Number 190369982 (Belarus) [BELARUS-EO14038].

OBSCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU SOKHRA GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА ГРУПП) (a.k.a. OBSCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU SOKHRA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА); f.k.a. OBSCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU TIM INDASTRIAL SERVIS KAMPANI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТИМ ИНДАСТРИАЛ СЕРВИС КАМПАНИ); a.k.a. OOO SOKHRA (Cyrillic: ООО СОХРА); a.k.a. SOHRA LLC; a.k.a. TAA SOKHRA (Cyrillic: ТАА СОХРА); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SOKHRA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СОХРА)), Zavodskaya st., d. 1k, pom. 18, Bolbasovo, Vitebsk Oblast, Orsha District 211004, Belarus (Cyrillic: ул. Заводская, д. 1к, пом. 18, Болбасово, Витебская область, Оршанский район, 211004, Belarus); Revolucyonnaya 17/19, Office no. 22, Minsk 220030, Belarus; Organization Established Date 20 Oct 2014; Registration Number 192363182 (Belarus) [BELARUS-EO14038] (Linked To: ZAITSAU, Aliaksandr Mikalaevich).

OBSCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU TIM INDASTRIAL SERVIS KAMPANI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТИМ ИНДАСТРИАЛ СЕРВИС КАМПАНИ) (a.k.a. OBSCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU SOKHRA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА); f.k.a. OBSCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU SOKHRA GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА ГРУПП); a.k.a. OOO SOKHRA (Cyrillic: ООО СОХРА); a.k.a. SOHRA LLC; a.k.a. TAA SOKHRA (Cyrillic: ТАА СОХРА); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SOKHRA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СОХРА)), Zavodskaya st., d. 1k, pom. 18, Bolbasovo, Vitebsk Oblast, Orsha District 211004, Belarus (Cyrillic: ул. Заводская, д. 1к, пом. 18, Болбасово, Витебская область, Оршанский район, 211004, Belarus); Revolucyonnaya 17/19, Office no. 22, Minsk 220030, Belarus; Organization Established Date 20 Oct 2014; Registration Number 192363182 (Belarus) [BELARUS-EO14038] (Linked To: ZAITSAU, Aliaksandr Mikalaevich).

OBSHCESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KARST (a.k.a. CONSTRUCTION HOLDING COMPANY OLD CITY - KARST; a.k.a. KARST, OOO; a.k.a. "KARST LTD."; a.k.a. "LLC KARST"), D. 4 Litera A Pomeshchenie 69 ul. Kapitanskaya, St. Petersburg 199397, Russia; 4 Kapitanskaya Street, Unit A, Office 69-N, St. Petersburg 199397, Russia; Website http://www.oldcitykarst.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037800012711; Tax ID No. 7801106690; Government Gazette Number 48937526 [UKRAINE-EO13685].

OBSHCHESTVO S DOPOLNITELNOY OTVETSTVENNOSTYU BELNEFTEGAZ (Cyrillic: ОБЩЕСТВО С ДОПОЛНИТЕЛЬНОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛНЕФТЕГАЗ) (a.k.a. ADDITIONAL LIABILITY COMPANY BELNEFTEGAZ; a.k.a. ALC BELNEFTEGAZ; a.k.a. BELNEFTEGAS; a.k.a. BELNEFTEGAZ (Cyrillic: БЕЛНЕФТЕГАЗ); a.k.a. ODO BELNEFTEGAZ (Cyrillic: ОДО БЕЛНЕФТЕГАЗ); a.k.a. TAVARYSTVA Z DADATKOVAY ADKAZNASTSYU BELNAFTAHAZ (Cyrillic: ТАВАРЫСТВА З ДАДАТКОВАЙ АДКАЗНАСЦЮ БЕЛНАФТАГАЗ); a.k.a. TDA BELNAFTAHAZ (Cyrillic: ТДА БЕЛНАФТАГАЗ)), ul. Azgura, d. 5, pom. 68 (kabinet 1, 1st floor), Minsk 220088, Belarus (Cyrillic: ул. Азгура, д. 5, пом. 68 (кабинет 1, 1 этаж), г. Минск 220088, Belarus); Organization Established Date 23 Mar 1995;

Registration Number 100878073 (Belarus) [BELARUS-EO14038].

OBSHCHESTVO S OGRANICHENNO OTVETSTVENNOSTYU STANKI.RU (a.k.a. STANKI.RU LIMITED LIABILITY COMPANY), Ul. Semenovskaya B D. 40, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Nov 2016; Tax ID No. 7719461839 (Russia); Government Gazette Number 92660626 (Russia); Registration Number 5167746348853 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVENNOSTYU DOM KOMPONENTOV I OBORUDOVANIYA ELEKTRONSCHIK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДОМ КОМПОНЕНТОВ И ОБОРУДОВАНИЯ ЭЛЕКТРОНЩИК) (a.k.a. LLC DKO ELEKTRONSCHIK), 23 Novokhokhlovskaya St., Building 1, Office 324, Moscow 109052, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Apr 2005; Tax ID No. 7725535824 (Russia); Registration Number 1057746560970 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVESTSTVNOSTYU KNS GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КНС ГРУПП) (a.k.a. KNS GROUP LLC; a.k.a. KNS GROUP OOO (Cyrillic: КНС ГРУПП ООО); a.k.a. "YADRO" (Cyrillic: "ЯДРО")), Rochdelskaya street, house 15, building 15, floor 4, unit 4, room 4, Moscow 123376, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701411241 (Russia); Business Registration Number 5147746249668 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HOLDING INTELLIGENT COMPUTER SYSTEMS).

OBSHCHESTVO S OGRANICHENNOI OTVESTVENNOSTYU ITERANET (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕГННОЙ ОТВЕТСТВЕННОСТЬЮ ИТЕРАНЕТ) (a.k.a. OOO ITERANET (Cyrillic: ООО ИТЕРАНЕТ)), d. 16 str. 17, per. Truzhenikov 1-I, Moscow 119121, Russia; Sevastopolskii Pr 28, Korp. 1, Moscow 117209, Russia; Website www.iteranet.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Apr 1999; Organization Type: Wired telecommunications activities; Target Type Private Company; Tax ID

No. 7704199755 (Russia); Government Gazette Number 51037789 (Russia); Registration Number 1027739111168 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVESTVENNOSTYU LAVINA PULS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕГННОЙ ОТВЕТСТВЕННОСТЬЮ ЛАВИНА ПУЛЬС) (a.k.a. LAVINA PULS; a.k.a. OOO LAVINA PULS (Cyrillic: ООО ЛАВИНА ПУЛЬС)), d. 6 kab. 103, ul. 2-Ya Ostankinskaya, Moscow 129515, Russia; Website www.lavinapuls.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Oct 2016; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7704374171 (Russia); Government Gazette Number 04897659 (Russia); Registration Number 5167746073150 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTENNOSTYU KOMPANIYA ZOLOTOI VEK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОМПАНИЯ ЗОЛОТОЙ ВЕК) (a.k.a. ООО KOMPANIYA ZOLOTOI VEK (Cyrillic: ООО КОМПАНИЯ ЗОЛОТОЙ ВЕК)), d. 15 str. 4 etazh 2 ofis 205, ul. Antonova-Ovseenko, Moscow 123317, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jul 2006; Tax ID No. 7704606859 (Russia); Government Gazette Number 96463331 (Russia); Registration Number 1067746801605 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTENNOSTYU SOLAR-INVEST (a.k.a. SOLAR-INVEST LLC (Cyrillic: ООО СОЛАР-ИНВЕСТ)), Ul. Usacheva D. 29, K. 9, pom. IV, Komn. 16, Moscow 119048, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Aug 2020; Tax ID No. 9704025618 (Russia); Registration Number 1207700271701 (Russia) [CYBER2] [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTSVENNOSTYU PSB LIZING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПСБ ЛИЗИНГ) (a.k.a. PSB LEASING LLC; a.k.a. PSB LIZING OOO (Cyrillic: ПСБ ЛИЗИНГ ООО)), Room 8, Building 22, ul Smirnovkaya 10, Moscow 109052, Russia (Cyrillic: Улица Смирновская, Дом 10, Комната 8, Строение 22, Город Москва 109052, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Jul 2006; Tax ID No. 7722581759 (Russia); Government Gazette Number 96441526 (Russia); Registration Number 1067746771784 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU 3MKH (a.k.a. LIMITED LIABILITY COMPANY TRIMIX; a.k.a. "3MX"), 16, litera A, Ul. Khoshimina, Pomeshch. 2-n of. 3.1.17, St. Petersburg 194358, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802942873 (Russia); Registration Number 1237800084235 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU ABAKAN EIR (a.k.a. LIMITED LIABILITY COMPANY ABAKAN AIR), Nab. Presnenskaya D. 12, kom. A37, 24th Floor, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Freight air transport; Tax ID No. 2455024143 (Russia); Registration Number 1052455020837 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU ATRAN (a.k.a. ATRAN CARGO AIRLINES; a.k.a. ATRAN LIMITED LIABILITY COMPANY; a.k.a. OOO ATRAN), D 28, Lit. B, Str. 3 Mezhdunarodnoe Sh., Moscow 141411, Russia; A/P Sheremetyevo-1 Postbox 10, Khimki 141426, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Freight air transport; Tax ID No. 5009053648 (Russia); Registration Number 1065009017897 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU AVIAKOMPANIIA EIRBRIDZHKARGO (a.k.a. AIRBRIDGECARGO AIRLINES LIMITED LIABILITY COMPANY; a.k.a. AK EIRBRIDZHKARGO), D. 28B, Str. 3 Mezhdunarodnoe Sh., Moscow 141411, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Freight air transport; Tax ID No. 7704548011 (Russia); Registration Number 1057746295474 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU AVIAKOMPANIIA VOLGA DNEPR (a.k.a. AVIAKOMPANIYA VOLGA DNEPR; a.k.a. LIMITED LIABILITY COMPANY VOLGA DNEPR AIRLINES), D. 14 Karbysheva ul., Ulyanovsk 432072, Russia; 28B Mezhdunarodnoe sh., str. 2, et. 4 kom. 443, Moscow 141400, Russia; Hanoi, Vietnam; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Freight air transport; Tax ID No. 7328510118 (Russia); Registration Number 1077328004841 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU AVIALIZING INVEST (a.k.a. AVIALEASING INVEST; a.k.a. OOO AVIALIZING INVEST), Ul. Malaya Dmitrovka D. 29, Str. 3, Moscow 127006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707324429 (Russia); Registration Number 1037707020966 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU CHIP EKSPERT (a.k.a. CHIP EXPERT LIMITED LIABILITY COMPANY; a.k.a. OOO CHIP EKSPERT), Ul. Glukharskaya D. 27, K. 1 Str 1, Kv. 428, Saint Petersburg 197350, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7814755412 (Russia); Registration Number 1197847063370 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU DALIR (a.k.a. DALIR LTD; a.k.a. OOO DALIR), kv 1, ulitsa Admiralteyskaya 54, Astrakhan 414040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3015076287 (Russia); Identification Number IMO 5709371; Registration Number 1063015052396 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU DESIATYI PODSHIPNIKOVYI ZAVOD (a.k.a. JOINT STOCK COMPANY TENTH BEARING PLANT; a.k.a. "LLC 10 GPZ"), zd. 1 str. 1 ul. Peskova, Rostov-On-Don 344091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6168111569 (Russia); Registration Number 1206100017331 (Russia) [RUSSIA-EO14024] (Linked To: AUTOMOBILE PLANT URAL JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU GREND SI (a.k.a. "GRAND SEA LLC"; a.k.a. "OOO GREND SI" (Cyrillic: "ООО ГРЭНД СИ")), Ul. Portovskoe

Shosse D.5, Makhachkala 367000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Oct 2014; Tax ID No. 0573004615 (Russia); Registration Number 1140573001117 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU IAKT SOKOL (a.k.a. YAKT SOKOL), Ul. Petra Alekseeva D. 2, K. 5, Kv. 28, Yakutsk 677000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1435322414 (Russia); Registration Number 1171447008974 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU INNOVATSIONNOE PREDPRIIATIE NTSVO FOTONIKA (a.k.a. INNOVATIVE ENTERPRISE FORC PHOTONICS; a.k.a. LLC FE NTSVO PHOTONIKA; a.k.a. LLC INNOVATIVE ENTERPRISE NTSVO PHOTONIKA; a.k.a. OOO IP NTSVO FOTONIKA), 20 str. 3, Et 4 Pomeshch. l komn., 5 Proezd Nauchnvi, Moscow 117246, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736523556 (Russia); Registration Number 1057747239769 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU LAB SERVIS (a.k.a. LIMITED LIABILITY COMPANY LAB SERVICE), 17 Pobedy Ul, korp. 1, kv. 355, Elektrostal 144007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5031144393 (Russia); Registration Number 1225000010322 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU MEZHDUNARODNYE KONGRESSY I VYSTAVKI (a.k.a. LIMITED LIABILITY COMPANY INTERNATIONAL CONGRESSES AND EXHIBITIONS; a.k.a. "OOO MKV"), 44, et. 1 pom I kom 16 ul. Marshala Timoshenko, Moscow 121359, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727613771 (Russia); Registration Number 5077746774200 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU MEZHDUNARODNYE TRANSPORTNYE USLUGI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖДУНАРОДНЫЕ ТРАНСПОРТНЫЕ УСЛУГИ) (a.k.a. LIMITED LIABILITY COMPANY INTERNATIONAL TRANSPORTATION SERVICES; a.k.a. "ITS LLC"; a.k.a. "OOO MTU" (Cyrillic: "ООО МТУ")), ul. Pushkina, 66, Astrakhan, Astrakhan Oblast 414006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Jun 2004; Tax ID No. 7730509361 (Russia); Registration Number 1047796470226 (Russia) [RUSSIA-EO14024] (Linked To: KHAZAR SEA SHIPPING LINES).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU MODUL ELEKTRONIKA (a.k.a. OOO MODUL ELEKTRONIKA), D. 44, Floor 5 Pom. 54 Ul. Ryabinovaya, Moscow 121471, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7734354937 (Russia); Registration Number 1157746479505 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU MORE REKA SERVIS (a.k.a. MORE REKA SERVIS; a.k.a. SEA RIVER SERVICE LIMITED LIABILITY COMPANY; a.k.a. SEA RIVER SERVICE LLC), Office 1, ul Lenina 53, Azov, Rostov Oblast 346780, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Mar 2015; Tax ID No. 6140000869 (Russia); Identification Number IMO 6083740; Business Registration Number 1156188000649 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU NAUCHNO PROIZVODSTVENNOE OBEDINENIE AMB (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION AMB), 14 Severnaia ul., litera r, pomeshch. 9-n chast pomeshcheniia 13-39, Saint Petersburg 196655, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804516528 (Russia); Registration Number 1137847368295 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE ANTARES (a.k.a. LIMITED LIABILITY COMPANY RESEARCH AND PRODUCTION ENTERPRISE ANTARES; a.k.a. OOO NPP ANTARES), ul. im. Radishcheva A. N., 27, Saratov 410012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6452000776 (Russia); Registration Number 1026402660250 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE INZHEKT (a.k.a. INJECT RESEARCH AND PRODUCTION ENTERPRISE LIMITED LIABILITY COMPANY; a.k.a. INJECT RME LLC; a.k.a. "OOO NPP INZHEKT"), Ul. Elmashevskaya, Vladenie 3 A Office 1, Saratov 410033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6453142068 (Russia); Registration Number 1156451017436 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU NAUCHNO PROIZVODSTVENNYI TSENTR EKOPROMSERTIFIKA (a.k.a. LIMITED LIABILITY COMPANY RESEARCH AND DEVELOPMENT CENTER ECOPROMSERTIFIKA; a.k.a. OOO NPTS EKOPROMSERTIFIKA), D. 4 UI. Verkhnyaya Radishchevskaya, str. 3, pom. III komn 1i, Moscow 109240, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7705564792 (Russia); Registration Number 1037739896149 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU NAUCHNO PROIZVODSTVENNYI TSENTR SKADA (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC AND PRODUCTION CENTER SKADA; a.k.a. OOO NPTS SKADA), P13 Nezhiloe pomeshch., 46, ul. Ulianova, Nizhny Novgorod 603155, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5260015030 (Russia); Registration Number 1025203017982 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU NORGAU RUSSLAND (a.k.a. NORGAU RUSSLAND GMBH; a.k.a. OOO NORGAU RUSSLAND), ul. Novatorov, 1, et. /pomeshch. 2/LVI kom. 77, Moscow 119421, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727159340 (Russia); Registration Number 1037739226293 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU OMNITREID (a.k.a. "OMNITRADE"), str. 1 pomeshch. etazh 16/1, Krasnogorsk 143440, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5024231091 (Russia);

Registration Number 1235000040076 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU OPTOVAIA FIRMA VAFA (a.k.a. OOO OF VAFA; a.k.a. VAFA WHOLESALE LTD), ulitsa Generala Yepisheva 20D, Astrakhan, Astrakhan Oblast 414024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Aug 1996; Tax ID No. 3016023425 (Russia); Identification Number IMO 5266323; Business Registration Number 1023000821029 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU OPYTNO KONSTRUKTORSKOE BIURO AVIAAVTOMATIKA (a.k.a. KURSK PRIBOR JSC AVIAAVTOMATIKA; a.k.a. LIMITED LIABILITY COMPANY OPITNO KONSTRUKTORSKOE BUREAU AVIAAVTOMATIKA; a.k.a. OOO OKB AVIAAVTOMATIKA), 47 Zapolnaia ul., Kursk 305040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4632071042 (Russia); Registration Number 1064632050152 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU ORUZHEINAIA FIRMA LEVSHA T (a.k.a. GUN MAKING COMPANY LEVSHA T LLC; a.k.a. LLC WEAPON FIRM LEVSHA T), 1A Sovetskaya St, Building 95-037, Pom/floor 11/2 lit. e3, Tula 300041, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7107049851 (Russia); Registration Number 1027100978300 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU REINOLDS (a.k.a. OOO REINOLDS; a.k.a. REYNOLDS AERO; a.k.a. REYNOLDS GAS TURBINES; a.k.a. REYNOLDS LIMITED LIABILITY COMPANY), 9 str. 21, Ul. Godovikova, Moscow 129085, Russia; 9 str. 17, Ul. Godovikova, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731390782 (Russia); Registration Number 5177746181135 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU ROKEM SERVIS (a.k.a. ROCHEM SERVICE GMBH; a.k.a. ROKEM SERVICE), Ul. Shpalernaya D.32, Kv. 21, Saint Petersburg 191123, Russia; 66, Sofiyskaya St., Saint Petersburg 192289, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization

Established Date 05 Aug 1998; Tax ID No. 7825696462 (Russia); Registration Number 1037843010831 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU RUSSKIE VEZDEKHODY PLASTUN (a.k.a. RUSSIAN ALL TERRAIN VEHICLES PLASTUN COMPANY; a.k.a. RUSSKIE MASHINY PLASTUN), 21 Litera A, Leitenanta Shmidta Nab., Pomeshch. 4-N, Saint Petersburg 199034, Russia; 9 Khilokskaia, Novosibirsk, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801696576 (Russia); Registration Number 1217800042283 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU RUSSTROI-SK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУССТРОЙ-СК) (a.k.a. OOO RUSSTROI-SK (Cyrillic: ООО РУССТРОЙ-СК)), ul. Nezhnova, 72 korp. 1, Pomeshch. 12, Pyatigorsk, Stavropol Krai 357502, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Nov 2014; Tax ID No. 2632813759 (Russia); Registration Number 036032117219 (Russia); alt. Registration Number 262101227926091 (Russia) [SDGT] (Linked To: DENIZ, Fadi).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU SISTEMY BIOLOGICHESKOGO SINTEZA (a.k.a. SYSTEMS OF BIOLOGICAL SYNTHESIS LLC; a.k.a. "OOO SBS"; a.k.a. "SBS LLC"), Akademika Koroleva Street, Building 13/1, Office 35-39, Moscow 129515, Russia; Akademika Koroleva UI, Building 13, str. 1, floor 2, Rooms 60-61, Moscow 129515, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736314136 (Russia); Registration Number 5177746097392 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU SPETSTEKHNIKA (a.k.a. LIMITED LIABILITY COMPANY SPETSTEKHNIKA), 5 str. 1, et 6 pom I kom 2 ul. Lva Tolstogo, Moscow 119021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716738401 (Russia); Registration Number 1137746151047 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU STRELKOVO STENDOVYI KOMPLEKS ALTAISKII

STRELOK (a.k.a. LIMITED LIABILITY COMPANY SHOOTING AND BENCH COMPLEX ALTAYSKY STRELOK; a.k.a. SHOOTING CENTER ALTAY SHOOTER LTD; a.k.a. "LLC CCK EXPERT"; a.k.a. "OOO SSK AS"), Shadrino village, Barnaul 656000, Russia; 28 Ulitsa Kulagina, Barnaul 656012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2224083790 (Russia); Registration Number 1032202181516 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY BARNAUL CARTRIDGE PLANT).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU SUDOKHODNAIA KOMPANIIA LADOGA (a.k.a. LADOGA SHIPPING COMPANY LIMITED LIABILITY COMPANY; a.k.a. OOO SK LADOGA), Office 18, ulitsa Kirova 1, Astrakhan 414000, Russia; 3 Gogol St., building 2, letter A, room 55, Astrakhan 414024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3016048892 (Russia); Identification Number IMO 5252029; Registration Number 1063016028877 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU SV POLIMER (a.k.a. "SV POLYMER"), d. 23 litera A pom. 41-N, Zona 2, Rabochee Mesto, ul. Novgorodskaya, Saint Petersburg 191124, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7842163859 (Russia); Registration Number 1187847282864 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU TEKHNOLOGICHESKIE SISTEMY I SERVIS (a.k.a. TECHNOLOGICAL SYSTEMS AND SERVICE; a.k.a. "OOO TSS"), 19 Smoliachkova UI, Litera A, Office 611, Saint Petersburg 194044, Russia; 10 Avtomobilny Pr-d, Str. 8, Moscow 109052, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802876821 (Russia); Registration Number 1147847392791 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU TITUL (a.k.a. LIMITED LIABILITY COMPANY TITUL), Ul. Krasina, 7 str. 2, kom. 3, Moscow 123056, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703474952 (Russia); Registration Number 1197746281897 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU TORGOVO PROMYSHLENNAIA KOMPANIIA ARGUS NV (a.k.a. LIMITED LIABILITY COMPANY TRADING PRODUCTION COMPANY ARGUS NV; a.k.a. OOO TPK ARGUS NV), 16 Dzershinsk Ul., Dzerzhinsky 140090, Russia; 7 Kosinskaya St., Moscow 111538, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731459018 (Russia); Registration Number 5137746039008 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU VOENNO INZHENERNYI TSENTR (a.k.a. MILITARY ENGINEERING CENTRE LIMITED LIABILITY COMPANY; a.k.a. "OOO VITS"), 88 pr-kt Lenina, Nizhnii Novgorod 603004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5256072148 (Russia); Registration Number 1075256008618 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU VOENNO OKHRANNAIA KOMPANIIA KONVOI (a.k.a. OOO VOK KONVOI; a.k.a. PMC CONVOY; a.k.a. PRIVATE MILITARY COMPANY CONVOY), 5a Novocherkassky Ave., letter a, office/room 1-N/35, St. Petersburg 195112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4712026246 (Russia); Registration Number 1154712000024 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU VOLGA DNEPR MOSKVA (a.k.a. LIMITED LIABILITY COMPANY VOLGA DNEPR MOSCOW; a.k.a. VOLGA DNEPR GROUP), 28B Str. 3 Mezhdunarodnoe sh., Moscow 141411, Russia; D. 17, Korp 4 Krylatskaya Ul., Moscow 121614, Russia; 1010 Air China Building, 36 Xiaoyun road, Chaoyang district, Beijing 100027, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704223366 (Russia); Registration Number 1027700590521 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU VOLGOGRADSKAIA MASHINOSTROITELNAIA KOMPANIIA VGTZ (a.k.a. LLC VOLGOGRAD MACHINE BUILDING COMPANY VGTZ; a.k.a. VOLGOGRAD MACHINE BUILDING COMPANY LIMITED LIABILITY COMPANY; a.k.a. VOLGOGRAD TRACTOR PLANT; a.k.a. "OOO VMK VGTZ"), 1 Dzerzhinskogo Pl,

Volgograd 400006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3441023695 (Russia); Registration Number 1023402461752 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU "UGOLNYE TEKHNOLOGII" (a.k.a. COAL TECHNOLOGIES; a.k.a. UGOLNYE TEKHNOLOGII, OOO), d. 25 ofis 13, 14, per. Avtomobilny, Rostov-on-Don, Rostovskaya Oblast 344038, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1146164002621 [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC; Linked To: LUHANSK PEOPLE'S REPUBLIC).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 1A, Ter. Portovaya Osobaya Ekonomicheskaya Zona, Pr-d Industrialnyi Zd. 12, Str. 1, S.p. Mirnovskoe 433405, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7329020395 (Russia); Registration Number 1157329003480 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU A1 (a.k.a. LIMITED LIABILITY COMPANY A1; a.k.a. "A1 OOO"; a.k.a. "OOO A1"), d. 12 etazh 13 pom. IAZH kom. 43, naberezhnaya Krasnopresnenskaya, Moscow, Moscow 123610, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Nov 2017; Tax ID No. 7703437911 (Russia); Registration Number 5177746257035 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU A7 (a.k.a. A7 LIMITED LIABILITY COMPANY; a.k.a. "A7 LLC"; a.k.a. "OOO A7"), Ul. Lesnaya D. 9 Pomeshch. 2/10, Moscow 125196, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 02 Sep 2024; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No. 9710137165 (Russia); Registration Number 1247700586891 (Russia) [CYBER4] (Linked To: GARANTEX EUROPE OU).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU A7 AGENT (a.k.a. A7 AGENT LIMITED LIABILITY COMPANY; a.k.a. "A7 AGENT LLC"), Ul. Lesnaya D. 9 Pomeshch. 2/10, Moscow 125196, Russia; Secondary

sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 26 Sep 2024; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No. 9710138144 (Russia); Registration Number 1247700638570 (Russia) [CYBER4] (Linked To: A7 LIMITED LIABILITY COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU A71 (a.k.a. A71 LIMITED LIABILITY COMPANY; a.k.a. "A71 LLC"), Ul. Lesnaya D. 9 Pomeshch. 2/10, Moscow 125196, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 26 Sep 2024; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No. 9710138137 (Russia); Registration Number 1247700638514 (Russia) [CYBER4] (Linked To: A7 LIMITED LIABILITY COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AGRO-REGION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АГРО-РЕГИОН) (a.k.a. OOO AGRO-REGION (Cyrillic: ООО АГРО-РЕГИОН)), Ul. Babkina D. 5-A, Pom. 405, Khimki 141407, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Mar 2016; Tax ID No. 5047181827 (Russia); Government Gazette Number 00568203 (Russia); Registration Number 1165047052752 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AKTIVBIZNESKOLLEKSHN (a.k.a. AKTIVBIZNESKOLLEKSHN, OOO; a.k.a. LIMITED LIABILITY COMPANY ACTIVE BUSINESS CONSULT; a.k.a. LIMITED LIABILITY COMPANY ACTIVEBUSINESSCOLLECTION; a.k.a. LLC ACTIVEBUSINESSCOLLECTION; a.k.a. "ABC LLC"), 19 Vavilova St., Moscow 117997, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1137746390572 (Russia); Tax ID No. 7736659589 (Russia); For more information on directives, please visit the

following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ALABUGA DEVELOPMENT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛАБУГА ДЕВЕЛОПМЕНТ) (a.k.a. ALABUGA DEVELOPMENT OOO (Cyrillic: ООО АЛАБУГА ДЕВЕЛОПМЕНТ); a.k.a. LIMITED LIABILITY COMPANY ALABUGA DEVELOPMENT), Ter. OEZ Alabuga, ul. Sh-2, K. 4, Pomeshch. 8, 9, 11, 12, 13, 14, Yelabuga, Volga federal region, Republic of Tatarstan, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Nov 2016; Organization Type: Construction of buildings; Tax ID No. 1646043699 (Russia); Registration Number 1161690175338 (Russia); alt. Registration Number 05726291 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ALABUGA-VOLOKNO (a.k.a. ALABUGA-VOLOKNO OOO; a.k.a. LIMITED LIABILITY COMPANY ALABUGA-FIBRE), Territoriya Oez Alabuga, Ul. Sh-2 Korp. 4/1, Yelabuga 423600, Russia; Ul. Sh-2 Oez Alabuga Terr. Str 11/9, Volga 423601, Russia; Ul. Krzhizhanovskogo D. 14, Korp. 3, Moscow 117218, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Aug 2011; Tax ID No. 1646031132 (Russia); Government Gazette Number 30371716 (Russia); Registration Number 1111674004045 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ALBATROS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛЬБАТРОС) (a.k.a. ALBATROS LLC; a.k.a. ALBATROS OOO (Cyrillic: ООО АЛЬБАТРОС)), str. 5/12 pom. 253, ul. Sh-2 Ter. Oez Alabuga, Yelabuga, Tatarstan 423601, Russia (Cyrillic: М.Р-Н ЕЛАБУЖСКИЙ, Г.П. ГОРОД ЕЛАБУГА, ТЕР. ОЭЗ АЛАБУГА, УЛ Ш-2, СТР. 5/12, ПОМЕЩ. 253, Елабуга, Республика Татарстан 423601, Russia); Pushkino, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27

Apr 2017; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 5038127220 (Russia); Registration Number 1175050004161 (Russia); alt. Registration Number 15516028 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ALFA ENERGO, Ul. Krasnobogatyrskaya D. 6, Str. 5, Moscow 107564, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720746451 (Russia); Registration Number 1127746249949 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ALYANS (a.k.a. ALYANS OOO), Ul. Plekhanova D. 4A, Komnata 14K, Moscow 111123, Russia; d. 5 pomeshch./etazh 1.1-2/Tsokolny N 0, ul. Parkovaya D. Sukhanovo Vidnoe, Moscow region 142702, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Dec 2006; Tax ID No. 7710655004 (Russia); Government Gazette Number 98911549 (Russia); Registration Number 1067760832259 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AMBRELLA INDASTRIAL (a.k.a. "UMBRELLA INDUSTRIAL"), Pr-D Zavodskoi D. 2, Office 636, Fryazino 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5050136084 (Russia); Registration Number 1185050000300 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ANALITICHESKAYA MANUFAKTURA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АНАЛИТИЧЕСКАЯ МАНУФАКТУРА) (a.k.a. ANALITICHESKAYA MANUFAKTURA OOO; a.k.a. LIMITED LIABILITY COMPANY ANALYTICAL MANUFACTURE; a.k.a. "ANALYTICAL MANUFACTORY"), Sh. Rublevskoe, D. 9, ET/POM/KOM 1/I/10B, Moscow 121108, Russia (Cyrillic: Ш. РУБЛЁВСКОЕ, Д. 9, ЭТ/ПОМ/КОМ 1/I/10Б, МОСКВА 121108, Russia); Website amanuf.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jan 2018; Organization Type: Non-specialized wholesale trade; Tax ID No. 9701098128 (Russia); Government Gazette Number 23281390 (Russia); Business

Registration Number 1187746024696 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AP INVEST (a.k.a. AP INVEST OOO), d. 2 kab. 318, pl. Gvardeiskaya, Norilsk, Krasnoyarsk region 663302, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2457084476 (Russia); Registration Number 1192468003815 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ARGON (a.k.a. ARGON OOO; a.k.a. "ARGON"), Ul. Saratovskoe Shosse D. 2, Balakovo 413841, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jun 2005; Tax ID No. 6454074501 (Russia); Government Gazette Number 75969440 (Russia); Registration Number 1056405421192 (Russia) [RUSSIA-EO14024] (Linked To: UMATEX JOINT-STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AUKTSION (a.k.a. AUCTION LIMITED LIABILITY COMPANY; a.k.a. AUKCION LIMITED LIABILITY COMPANY; a.k.a. AUKTSION OOO; a.k.a. LLC AUKCION), d.14 shosse Entuziastov, Moscow 111024, Russia; Room 12, room IB, ground floor, 32 Leninsky Ave, Moscow, Russia; Website www.aukcion-sbrf.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1027700256297 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AVIA GRUPP TERMINAL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АВИА ГРУПП ТЕРМИНАЛ) (a.k.a. AG TERMINAL OOO; a.k.a. AVIA GROUP TERMINAL LIMITED LIABILITY COMPANY; a.k.a. LLC AG TERMINAL), Ter. Aeroport Sheremetyevo, Khimki, Moscovskaya Oblast 141400, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: AVIA GROUP LLC).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AVIAKOMPANIYA RADA (a.k.a. AVIAKOMPANIYA RADA LLC; a.k.a. AVIAKOMPANIYA RADA, OOO; a.k.a. RADA AIRLINES LLC), 16, pom. 411, 412, ul. Lozhinskaya, Minsk 220125, Belarus; 35 Starinovskaya St., Office 3N, Minsk 220056, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Apr 2015; Organization Type: Freight air transport; Tax ID No. 192457896 (Belarus) [RUSSIA-EO14024] [BELARUS-EO14038].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU BAZTYUB (a.k.a. LIMITED LIABILITY COMPANY BAZTUBE), 5B St. Sukhogryadskaya, Zhodino 222161, Belarus; 2A Zelenoborskaya Ul., Zhodzina 222161, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 691738570 (Belarus); Government Gazette Number 504412066000 (Belarus) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY 81 ARMORED FIGHTING VEHICLES REPAIR PLANT).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU BELKANTO (a.k.a. AVIAKOMPANIYA BELKANTO LLC (Cyrillic: ООО АВИАКОМПАНИЯ БЕЛКАНТО); a.k.a. BELCANTO AIRLINES; a.k.a. BELCANTO AIRLINES LLC), 42, room 3H, Nemiga St., Minsk 220004, Belarus; 29, pom. 11, izolirovannoe pomeshchenie, kabinet 4, ul. Surganova, Minsk 220012, Belarus; Organization Established Date 03 Aug 2020; Organization Type: Freight air transport; Tax ID No. 193453339 (Belarus) [BELARUS-EO14038].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU BITRIVER-B (a.k.a. OOO BITRIVER-B), 1 Ter. Tor Buryatiya, Mukhorshibirski Raion, Buryatiya Resp., Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Aug 2020; Tax ID No. 0314888570 (Russia); Government Gazette Number 45184457 (Russia); Registration Number 1200300013165 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU BIZNES-STOLITSA (a.k.a. BIZNES-STOLITSA, OOO (Cyrillic: ООО БИЗНЕС-СТОЛИЦА)), d. 14 korp. 1 pom. Khll/kom. 1, ul., Sokolovo-Meshcherskaya Moscow, Moscow 125466, Russia; D-U-N-S Number 50-722-4994; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7733904024 (Russia); Government Gazette Number 40335667 (Russia); Registration Number 5147746417682 (Russia) [CYBER2] (Linked To: GUSEV, Denis Igorevich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU BM PROEKT-EKOLOGIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БМ ПРОЕКТ-ЕКОЛОГИЯ) (a.k.a. ООО ВМ PROEKT-EKOLOGIYA (Cyrillic: ООО БМ ПРОЕКТ-ЭКОЛОГИЯ)), d. 38A str. 23 etazh 3 pomeshch./kom. XIV/30, ul. Khutorskaya 2-Ya, Moscow 127287, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Mar 2012; Tax ID No. 7715906903 (Russia); Government Gazette Number 38395627 (Russia); Registration Number 1127746150003 (Russia) [RUSSIA-EO14024] (Linked To: OOO KHARTIYA).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU BUROVAYA KOMPANIYA EVRAZIYA (a.k.a. BUROVAYA KOMPANIYA EURASIA LLC (Cyrillic: БУРОВАЯ КОМПАНИЯ ЕВРАЗИЯ ООО); a.k.a. LIMITED LIABILITY COMPANY EVRAZIYA; a.k.a. "BKE OOO" (Cyrillic: "БКЕ ООО")), 40, 2 Ulitsa Narodnogo Opolcheniya, Moscow 123298, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8608049090 (Russia); Registration Number 1028601443034 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU CHECHENSKIE MINERALNYE VODY (a.k.a. CHECHEN MINERAL WATERS LTD; a.k.a. CHECHENSKIE MINERALNYE VODY, OOO), 23A, ul. Kurortnaya S. Sernovdskoe, Sunzhenski Raion, Chechenskaya Resp. 366701, Russia; Tax ID No. 2029180769 (Russia); Registration Number 1072033000049 (Russia) [GLOMAG] (Linked To: AKHMAT KADYROV FOUNDATION).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU CHELNYVODOKANAL (f.k.a. CHELNYVODOKANAL AO; a.k.a. CHELNYVODOKANAL OOO), Promzona, Khlebnyi Proezd 27, Naberezhnyye Chelny 423810, Russia; d. 27, proezd Khlebny, Naberezhnye Chelny, Tatarstan Resp. 423800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Dec 2014; Tax ID No. 1650297657 (Russia); Government Gazette Number 42150340 (Russia); Registration Number 1141650021534 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU DOLGOVOI TSENTR (a.k.a. DOLGOVOI TSENTR, OOO (Cyrillic: ООО ДОЛГОВОЙ ЦЕНТР)), Pl. Turgenevskaya D. 2, Pomeshch. XV, Kom. 6, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Apr 2006; Organization Type: Other business support service activities n.e.c.; Tax ID No. 7708597482 (Russia); Registration Number 1067746524471 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU DOMINIK, Novorossiiskaya, 30, 231, Chelyabinsk 454139, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7411018600 (Russia); Registration Number 1037400777809 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ELEKTROKOM VPK (a.k.a. LIMITED LIABILITY COMPANY ELECTROCOM VPK; a.k.a. "ELECTROCOM SPB"), Pr-Kt Prosveshcheniya D. 99, Lit. A, Pomeshch., 180N Office 1, Saint Petersburg 195299, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7840062534 (Russia); Registration Number 1177847049049 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ELITNYE DOMA (f.k.a. ELITNYE DOMA AO; a.k.a. ELITNYE DOMA LLC; a.k.a. ELITNYE DOMA OOO (Cyrillic: ООО ЭЛИТНЫЕ ДОМА)), Ul. Smirnovskaya d. 10, Str. 8, Kabinet 8, Moscow 109052, Russia (Cyrillic: Ул. Смирновская, д. 10, Стр. 8, Каб. 8, Москва 109052, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Feb 2004; Tax ID No. 7706415641 (Russia); Registration Number 1147748157061 (Russia) [RUSSIA-EO14024] (Linked To:

PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ELYUENTLABORATORIZ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭЛЮЕНТЛАБОРАТОРИЗ) (a.k.a. ELYUENTLABORATORIZ OOO (Cyrillic: ООО ЭЛЮЕНТЛАБОРАТОРИЗ); a.k.a. LIMITED LIABILITY COMPANY ELUENTLABORATORIZ), Ul. Ivana Franko, D. 4, K. 2, ET 2, Pom #1, Kom #27, Moscow 121108, Russia (Cyrillic: УЛ. ИВАНА ФРАНКО, Д. 4, К. 2,, ЭТ 2 ПОМ No1 КОМ No27, Москва 121108, Russia); Website eluent.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Dec 2017; Organization Type: Non-specialized wholesale trade; Tax ID No. 9715310575 (Russia); Government Gazette Number 22529861 (Russia); Business Registration Number 5177746372403 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ESDIES (a.k.a. S AND D SOLUTIONS LIMITED LIABILITY COMPANY; a.k.a. S&D SOLUTIONS LIMITED LIABILITY COMPANY; a.k.a. "SDS OOO"), Ul. 6-Ya Krasnoarmeiskaya D. 5-7, Lit. A, Pom. 2-N, Saint Petersburg 190005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7820331010 (Russia); Registration Number 1129847007290 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU EVEREST GRUP (a.k.a. EVEREST GRUP; a.k.a. OOO EVEREST GRUP), d. 37 k. A ofis 8, ul. Rigachina, Petrozavodsk 185005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Jul 2015; Tax ID No. 1001299201 (Russia); Registration Number 1151001009158 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU EVRAZKHOLDING FINANS (a.k.a. EVRAZHOLDING FINANCE; a.k.a. EVRAZKHOLDING FINANS OOO), d. 1 ofis 302, ul. Rudokoprovaya R-n Tsentralny, Novokuznetsk, Kemerovo region 654027, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

7707710865 (Russia); Registration Number 1097746549515 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU EVRO POLIS (a.k.a. EVRO POLIS LTD.; a.k.a. EVRO POLIS, OOO), d. 1A pom. 9.1A, Shosse Ilinskoe, Krasnogorsk, Krasnogorski Raion, Moskovskaya Obl. 143409, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1165024055613 [UKRAINE-EO13661] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FAKTOR TS, 1-I Magistralnyi PR-D D. 11, Str. 1, Moscow 123290, Russia; Ul. Donbasskaya D. 2, Str. 1, Vidnoye 142703, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716032944 (Russia); Registration Number 1027700452108 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FAM GRUPP (a.k.a. "FAM GROUP LIMITED LIABILITY COMPANY"), Malyi Prospekt V. O D.57, K. 3, Saint Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801494474 (Russia); Registration Number 1097847123065 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FAM KHOLDING (a.k.a. "FAM HOLDING LIMITED LIABILITY COMPANY"), Malyi Prospekt V.O., 57 K3 - 12N Pomeshchenie 1 Floor, Saint Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801454070 (Russia); Registration Number 1079847091411 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FAM ROBOTIKS (a.k.a. "FAM ROBOTICS LLC"; a.k.a. "LIMITED LIABILITY COMPANY FAMROBOTIKS"), Pr-Kt Malyi V.O. D. 57, K. 3 Lit. A, Pom.12N, Saint Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801431788 (Russia); Registration Number 1077847102695 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FERTOING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФЕРТОИНГ) (a.k.a. FERTOING LTD; a.k.a. LIMITED LIABILITY COMPANY FERTOING; a.k.a. OOO

FERTOING (Cyrillic: ООО ФЕРТОИНГ)), Pulkovskoe Highway, House 40, Apartment 4, Letter A, Office A7060, St. Petersburg 196158, Russia; Shosse Pulkovskoe, Dom 40, Kvartira 4, Litera A, Ofis A7060, Gorod Sankt-Peterburg 196158, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802208912 (Russia); Registration Number 1037804040031 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FILAKSKOM (a.k.a. "PHILAX COMMUNICATIONS"; a.k.a. "PHILAXCOM"), Ul. Okskaya D. 8, K. 2, Et/P/K/Of 1/III/1/28, Moscow 109117, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724786430 (Russia); Registration Number 1117746288384 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FINANSOVAYA KOMPANIYA SBERBANKA (a.k.a. LIMITED LIABILITY COMPANY SBERBANK FINANCIAL COMPANY; a.k.a. LLC SBERBANK FINANCIAL COMPANY; a.k.a. SBERBANK FINANCE COMPANY LIMITED LIABILITY COMPANY; a.k.a. SBERBANK FINANCE LLC; a.k.a. SBERBANK-FINANCE; a.k.a. SBERBANK-FINANS OOO), d. 29/16 per. Sivtsev Vrazhek, Moscow 119002, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1107746399903 (Russia); Tax ID No. 7736617998 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GAS (a.k.a. "OOO GAS"), PR-KT Novocherkasskii D.37, Korp.1, Saint Petersburg 195112, Russia; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806049300 (Russia); Registration Number 1027804186673 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GAZPROM BURENIE (f.k.a. BUROVAYA KOMPANIYA OAO GAZPROM, DOCHERNEE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. GAZPROM BURENIE, OOO; a.k.a. GAZPROM BURENIYE LLC; a.k.a. GAZPROM DRILLING; a.k.a. LIMITED LIABILITY COMPANY GAZPROM BURENIYE), 12A, ul. Nametkina, Moscow 117420, Russia; Website www.burgaz.ru; Email Address mail@burgaz.gazprom.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1028900620319; Tax ID No. 5003026493; Government Gazette Number 00156251 [UKRAINE-EO13662] (Linked To: ROTENBERG, Igor Arkadyevich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'GAZPROM INVEST' (a.k.a. GAZPROM INVEST; a.k.a. GAZPROM INVEST, OOO; a.k.a. LIMITED LIABILITY COMPANY GAZPROM INVEST), d. 6 litera D ul. Startovaya, St. Petersburg 196210, Russia; Website zapad-invest.gazprom.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Registration ID 1077847507759 (Russia); Tax ID No. 7810483334 (Russia); Government Gazette Number 82129203 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GEA (a.k.a. GEA OOO (Cyrillic: ООО ГЭА); a.k.a. LIMITED LIABILITY COMPANY GEA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЭА)), Ter. OEZ Alabuga, Ul. Sh-2, Str. 5/12, Pomeshch. 36, Yelabuga, Volga federal region, Tatarstan, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Mar 2020;

Organization Type: Manufacture of pulp, paper and paperboard; Tax ID No. 1646048200 (Russia); Registration Number 1201600024878 (Russia); alt. Registration Number 43974020 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GEO KHIT (a.k.a. GEO HIT; a.k.a. "GEO KHIT"), Pl. Sovetsko-Chekhoslovatskoi Druzhby, Saratov 410059, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Maintenance and repair of motor vehicles; Tax ID No. 6451422711 (Russia); Registration Number 1086451002890 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GORNO-OBOGATITELNY KOMBINAT SIBIRSKIE MINERALY (a.k.a. GOK SIBIRSKIE MINERALY; a.k.a. OOO SIBIRSKIE MINERALY), 1, ul. Tsentralnaya, Ak-Dovurak, Tyva Resp. 668050, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 May 2011; Tax ID No. 1718002246 (Russia); alt. Tax ID No. 1718002246 (Russia); Government Gazette Number 94545591 (Russia); Registration Number 1111722000060 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GORNO-OBOGATITELNY KOMBINAT TUVAASBEST (a.k.a. OOO TUVAASBEST), 1, ul. Tsentralnaya, Ak-Dovurak, Tyva Resp. 668050, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jun 2015; Tax ID No. 1718002461 (Russia); Government Gazette Number 09058314 (Russia); Registration Number 1151722000154 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GRINEKS (a.k.a. GRINEX), Moscow, Russia; Microdistrict Dzhal 29, Building 14/1, Room 35, Leninsky District, Bishkek, Kyrgyzstan; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 23 Dec 2024; Organization Type: Financial and Insurance Activities; Digital Currency Address - TRX

TEcuHDQthTmULe8fFLUccBPpjfXaTmJuuD; alt. Digital Currency Address - TRX TL1k1U6SHohxBqb68kCodxHc9y2LXoDSep; alt. Digital Currency Address - TRX TNZxGWCwvsHr6JxQxzoeDXV597Yf7Zb7nV; alt. Digital Currency Address - TRX TC8axQvzJEVR3NKN6mZnJtGy7537GEmh38; alt. Digital Currency Address - TRX TAYhjpL8pPs8T84FSM329nffQpc6jD8GBM; alt. Digital Currency Address - TRX TMuCgBejD5RsNANZdjGtaM3YyKGNgDoy7N; alt. Digital Currency Address - TRX TGckaiamj5NzaYx6Qp6Zu7kahuHArzUo99; Tax ID No. 02312202410120 (Kyrgyzstan); Registration Number 311748 3301 OOO (Kyrgyzstan) [CYBER4] (Linked To: GARANTEX EUROPE OU).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GUARD KAPITAL, D. 3 Etazh 5 pom. I kom. 1, ul. Taganskaya, Moscow 109147, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9709001723 (Russia); Registration Number 1177746511403 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INFORSER INZHINIRING, Pr. Ryazanskii D. 24, Korp. 2, Moscow 109428, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jan 2008; Tax ID No. 7721609433 (Russia); Registration Number 1087746084524 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INNOVATSIONNYE TEKHNOLOGII I MATERIALY (a.k.a. ITEKMA OOO; a.k.a. "ITECMA"), D. 2 K. 121, Ul. Zavodskaya (Klimovsk Mkr.), Podolsk 142181, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5074050189 (Russia); Registration Number 1145074004723 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INOVATSII SVETA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИННОВАЦИИ СВЕТА) (a.k.a. OOO INNOVATSII SVETA (Cyrillic: ООО ИННОВАЦИИ СВЕТА); a.k.a. "LIGHT INNOVATIONS"), Ul. Rochdelskaya D. 12, Str. 1, Moscow 123022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 May 2010; Tax ID No. 9709058222 (Russia); Government Gazette Number 66823252

(Russia); Registration Number 1107746435290 (Russia) [RUSSIA-EO14024] (Linked To: CHAYKA, Igor Yuryevich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INSTITUT GIPRONIKEL (a.k.a. GIPRONICKEL INSTITUTE; a.k.a. INSTITUT GIPRONIKEL OOO), d. 11, prospekt Grazhdanski, St. Petersburg 195220, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804349796 (Russia); Registration Number 5067847542967 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNA YA KOMPANIYA VNESHEKONOMBANKA (a.k.a. LLC VEB CAPITAL; a.k.a. OOO VEB KAPITAL; a.k.a. VEB CAPITAL), d. 7 str. A ul. Mashi Poryvaevoi, Moscow 107078, Russia; Website vebcapital.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Dec 2009; Tax ID No. 7708710924 (Russia); Registration Number 1097746831709 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNAYA KOMPANIYA A1 (a.k.a. INVESTITSIONNAYA KOMPANIYA A1 OOO; a.k.a. LIMITED LIABILITY COMPANY INVESTMENT COMPANY A1), d. 12 str. 1 ofis 415, ul. 3-Ya Magistralnaya, Moscow, Moscow 123007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Sep 2004; Tax ID No. 7709567988 (Russia); Registration Number 1047796703074 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNAYA KOMPANIYA MMK-FINANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТИЦИОННАЯ КОМПАНИЯ ММК-ФИНАНС) (a.k.a. IK MMK-FINANS; a.k.a. INVESTITSIONNAYA KOMPANIYA MMK-FINANS; a.k.a. LIMITED LIABILITY COMPANY INVESTMENT COMPANY MMK-FINANS; a.k.a. LLC IK MMK-FINANS (Cyrillic: ООО ИК ММК-ФИНАНС); a.k.a. MMK-FINANS OOO; f.k.a. RASCHETNO-FONDOVY TSENTR, ZAKRYTOE AKTSIONERNOE OBSHCHESTVO INVESTITSIONNAYA KOMPANIYA), 70, ul. Kirova Magnitogorsk, Chelyabinskaya Obl. 455019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 May 1996; Tax ID No. 7446045354 (Russia); Government Gazette Number 34565086 (Russia); Registration Number 1057421016047 (Russia) [RUSSIA-EO14024] (Linked To: PUBLICHNOE AKTSIONERNOE OBSHCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INZHINIRING.RF (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНЖИНИРИНГ.РФ) (a.k.a. OOO INZHINIRING.RF (Cyrillic: ООО ИНЖИНИРИНГ.РФ)), Per. Lyalin D. 19, K. 1 Et 2 Pom. XXIV Kom 11, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Dec 2019; Tax ID No. 9709058222 (Russia); Government Gazette Number 42895614 (Russia); Registration Number 1197746755359 (Russia) [RUSSIA-EO14024] (Linked To: CHAYKA, Igor Yuryevich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INZHINIRINGOVYE RESHENIYA (a.k.a. INZHINIRINGOVYE RESHENIYA OOO; a.k.a. OOO INZHINIRINGOVYE RESHENIIA), PR-KT Khasana Tufana D. 22/9, KV. 163, Naberezhnyye Chelny, Republic of Tatarstan 423823, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Aug 2016; Tax ID No. 1650335670 (Russia); Registration Number 1161690140072 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU IONOV TRANSKONTINENTAL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИОНОВ ТРАНСКОНТИНЕНТАЛ) (a.k.a. IONOV TRANSKONTINENTAL, OOO (Cyrillic: ИОНОВ ТРАНСКОНТИНЕНТАЛ, ООО)), Prospekt Mira, d. 102, str. 32, kom. 4, Moscow 129626, Russia (Cyrillic: пр-кт Мира, д. 102, стр. 32, комната 4, Москва 129626, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Private Company; Registration ID 5167746072478 (Russia); Tax ID No. 9717043935 (Russia) [RUSSIA-EO14024] (Linked To: IONOV, Aleksandr Viktorovich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KAMI GRUPP (a.k.a. KAMI GROUP LIMITED LIABILITY COMPANY), Ul. Bolshaya Semenovskay D. 40, Str. 13, Floor 3, Pom. 307, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Nov 2015; Tax ID No. 7719429480 (Russia); Government Gazette Number 14126265 (Russia); Registration Number 5157746020526 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KB BESPILOTNYE VERTOLETY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КБ БЕСПИЛОТНЫЕ ВЕРТОЛЕТЫ) (a.k.a. KB UNMANNED HELICOPTERS LLC; a.k.a. "UAVHELI"), d. 47, korp. 14, ul. Yanki Mavra, Minsk 220015, Belarus; Organization Established Date 26 Apr 2017; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 192807396 (Belarus) [BELARUS-EO14038].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHAITIAN SNG (a.k.a. HAITIAN CIS LLC), Volokolamskoe Shosse Dom 116, Str.4, Moscow 125310, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733847577 (Russia); Registration Number 1137746577770 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHARTIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХАРТИЯ) (a.k.a. OOO KHARTIYA (Cyrillic: ООО ХАРТИЯ)), Proezd Novoladykinskii D. 8B, Moscow 127106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Jun 2012; Tax ID No. 7703770101 (Russia); Government Gazette Number 09873971 (Russia); Registration Number 1127746462250 (Russia) [RUSSIA-EO14024] (Linked To: OOO EKOGRUPP).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛДИНГОВАЯ КОМПАНИЯ ЮЭСЭМ) (a.k.a. LIMITED LIABILITY COMPANY HOLDING COMPANY YUESEM; a.k.a. OOO KHK YUESEM (Cyrillic: ООО ХК ЮЭСЭМ); a.k.a. USM HOLDINGS LIMITED), D. 28 Etazh 13 Kom. 21 Shosse Rublevskoe, Moscow, Russia 121609, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9731001285 (Russia); Registration Number 1187746450231 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLTSVUD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛЬЦВУД) (a.k.a. HOLZVUD; a.k.a. KHOLTSVUD LLC; a.k.a. KHOLTSVUD OOO (Cyrillic: ООО ХОЛЬЦВУД)), Ul. Smirnovskaya D. 10, Str. 8, Kabinet 8, Moscow 109052, Russia (Cyrillic: Ул. Смирновская, Д. 10, Стр. 8, Каб. 8, Москва 109052, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Sep 2014; Registration ID 5147746070368 (Russia); Tax ID No. 7722854607 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KOMMERCHESKI BANK SINKO BANK (a.k.a. COMMERCIAL BANK SINKO BANK; a.k.a. SINKO BANK LTD), D. 11, Str. 1, Per. Posledni, Moscow 107045, Russia; SWIFT/BIC SNKBRUMM; Website www.sinko-bank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2002; Target Type Financial Institution; Tax ID No. 7703004072 (Russia); Identification Number FNLZ43.99999.SL.643 (Russia); Legal Entity Number 2534001TS0M7VRJK2567; Registration Number 1027739563610 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KOMPANIYA GAZ-ALYANS (a.k.a. COMPANY GAZ-ALLIANCE LLC; a.k.a. KOMPANIYA GAZ-ALYANS, OOO), 15 Ul., Svobody, Nizhni Novgorod, Nizhegorodskaya Obl. 603003, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1142311010885 (Russia) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC; Linked To: LUHANSK PEOPLE'S REPUBLIC; Linked To: ZAO VNESHTORGSERVIS).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KOMPANIYA INTERVESP (a.k.a. KOMPANIYA INTERVESP OOO), d. 6B pom. 605, ul. Artyukhinoi, Moscow 109390, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Nov 2017; Tax ID No. 9723038796 (Russia); Government Gazette Number 20366523 (Russia); Registration Number 5177746268530 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KONSTRUKTORSKOE BYURO VOSTOK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОНСТРУКТОРСКОЕ БЮРО ВОСТОК) (a.k.a. KB VOSTOK; a.k.a. KB VOSTOK OOO (Cyrillic: ООО КБ ВОСТОК); a.k.a. KONSTRUKTORSKOE BYURO VOSTOK; a.k.a. VOSTOK DESIGN BUREAU), ul. Elektrozavodskaya, D. 63, Office 2, Ryazan, Ryazan Oblast 390023, Russia; Website vostok-kb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Jul 2023; Organization Type: Manufacture of air and spacecraft and related machinery; Digital Currency Address - USDT TLM3zA3EWycoDX4ZX4gKze7sgfbdkntTum; Tax ID No. 6234204579 (Russia); Government Gazette Number 57929885 (Russia); Business Registration Number 1236200005612 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KORPORATSIYA AIPI, Ul. Plakhotnogo D. 131, Novosibirsk 630136, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5404493030 (Russia); Registration Number 1135476139941 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KOURF (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОУРФ) (a.k.a. KOURF OOO (Cyrillic: ООО КОУРФ)), Pr-Kt Oktyabrskii D. 111/119, Pom. 1, Komnata 6, Floor 2, Lyubertsy 140002, Russia (Cyrillic: Проспект Октябрьский, Дом 111/119, Помещение 1, Комната 6, Этаж 2, Люберцы 140002, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Apr 2010; Tax ID No. 5027160402 (Russia); Registration Number 1105027004213 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'KRYMSKAYA PERVAYA STRAKHOVAYA KOMPANIYA' (a.k.a. KPSK, OOO; a.k.a. OOO 'KRYMSKAYA PERVAYA STRAKHOVAYA KOMPANIYA'), 29 ul. Karla Marksa, Simferopol, Crimea 295006, Ukraine; Website kpsk-ins.ru; Email Address kpsk-ins@yandex.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102007933 (Russia); Tax ID No. 9102006047 (Russia); Government Gazette Number 00132598 (Russia) [UKRAINE-EO13685].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU LADOGA MENEDZHMENT (a.k.a. LADOGA MENEDZHMENT, OOO; a.k.a. OOO LADOGA MANAGEMENT), 10, naberezhnaya Presnenskaya, Moscow 123317, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1147748143971; Tax ID No. 7729442761; Government Gazette Number 29437172 [UKRAINE-EO13662] (Linked To: SHAMALOV, Kirill Nikolaevich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU LAGGAR PRO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛАГГАР ПРО) (a.k.a. LAGGAR PRO, OOO (Cyrillic: ООО ЛАГГАР ПРО)), ul. Ovarazhnaya, Str. 190B, Pomeshch. 19, Afonino, Nizhni Novgorod Oblast 607680, Russia (Cyrillic: УЛИЦА ОВРАЖНАЯ, ДОМ 190Б, ПОМЕЩЕНИЕ 19, АФОНИНО, ОБЛАСТЬ НИЖЕГОРОДСКАЯ 607680, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Jun 2018; Tax ID No. 5250070144 (Russia); Government Gazette Number 29336583 (Russia); Business Registration Number 1185275034218 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK

COMPANY IZHEVSK ELECTROMECHANICAL PLANT KUPOL).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU LUCHANO (a.k.a. LUCIANO HOTEL AND SPA; a.k.a. "LUCHANO OOO"), ul. Ostrovskogo d. 26, office 43/3, Kazan 420111, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1655148063 (Russia); Registration Number 1071690070100 (Russia) [RUSSIA-EO14024] (Linked To: MINNIKHANOVA, Gulsina Akhatovna).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MANOMETR (a.k.a. MANOMETR LIMITED LIABILITY COMPANY; a.k.a. MANOMETR OOO), Engels-19, Saratov Region 413119, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7709623086 (Russia); Registration Number 1057747672674 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MARKUS, Nab. Presnenskaya d. 12, et 45 kom 10 of 232, Moscow 123100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jul 2003; Tax ID No. 7707327719 (Russia); Registration Number 1037707028204 (Russia) [RUSSIA-EO14024] (Linked To: CHECHIKHIN, Yuriy Valeryevich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MASHOIL (a.k.a. MASHOIL LIMITED LIABILITY COMPANY), d. 5 str. 1 pom. 1 kom. 1, per. Pyzhevski Moscow, Moscow 119017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Dec 2009; Tax ID No. 3315095756 (Russia); Government Gazette Number 63460412 (Russia); Registration Number 1093336001857 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MEDSTANDART (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕДСТАНДАРТ) (a.k.a. MEDSTANDART OOO (Cyrillic: ООО МЕДСТАНДАРТ)), Sh. Varshavskoe, D. 16, Korpus 2, Floor 1, Pom. I, Kom. 3, Moscow 117105, Russia (Cyrillic: ШОССЕ ВАРШАВСКОЕ, ДОМ 16, КОРПУС 2, ЭТАЖ 1, ПОМЕЩЕНИЕ I, КОМ 3, МОСКВА 117105, Russia); Website med-std.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14

Aug 2015; Tax ID No. 7726349563 (Russia); Government Gazette Number 47389778 (Russia); Business Registration Number 1157746749632 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MEGASTROIINVEST (a.k.a. MEGASTROIINVEST, OOO; a.k.a. MEGASTROYINVEST LTD), 23, ul. Boevaya, Grozny, Chechenskaya Resp. 364913, Russia; Tax ID No. 2013431689 (Russia); Registration Number 1072031001580 (Russia) [GLOMAG] (Linked To: AKHMAT KADYROV FOUNDATION).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU METALLOOBRABOTKA, Pr-Kt Leninskogo Komsomola D.40, LIT. V37, Office 3, Kursk 305026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4632116871 (Russia); Registration Number 1104632000945 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MEZHMUNITSIPALNOE AVTOTRANSPORTNOE PREDPRIYATIE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖМУНИЦИПАЛЬНОЕ АВТОТРАНСПОРТНОЕ ПРЕДПРИЯТИЕ) (a.k.a. OOO MEZHMUNITSIPALNOE ATP (Cyrillic: ООО МЕЖМУНИЦИПАЛЬНОЕ АТП)), Ul. Melioratorov D. 10A, Udachny 152730, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Mar 2017; Tax ID No. 7620006742 (Russia); Government Gazette Number 12982936 (Russia); Registration Number 1177627009801 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'M-FINANS' (a.k.a. M FINANS; a.k.a. M-FINANCE LLC; a.k.a. M-FINANS, OOO (Cyrillic: ООО М-ФИНАНС)), d. 138 korp. 1 litera V pom. 5N-18, naberezhnaya Obvodnogo Kanala, St. Petersburg, St. Petersburg 190020, Russia (Cyrillic: ДОМ 138 КОРПУС 1, ЛИТЕР В ПОМ5Н-18, ОБВОДНОГО КАНАЛА НАБ, САНКТ ПЕТЕРБУРГ Г, САНКТ ПЕТЕРБУРГ 190020, Russia); Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7839042420 (Russia); Government Gazette Number 27397712 (Russia); Registration Number 1157847290920 (Russia) [UKRAINE-

EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'MOLOT-ORUZHIE' (a.k.a. MOLOT-ORUZHIE, OOO; f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PROIZVODSTVENNO INSTRUMENT KACHESTVO), 135 ul. Lenina, Vyatskie Polyany, Kirov Obl. 612960, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1094307000633 (Russia); Tax ID No. 4307012765 (Russia); Government Gazette Number 60615883 (Russia) [UKRAINE-EO13661] (Linked To: JOINT STOCK COMPANY CONCERN KALASHNIKOV).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MOSKOVSKI BIZNES BROKERIDZH (a.k.a. LIMITED LIABILITY COMPANY MOSCOW BUSINESS BROKERAGE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МОСКОВСКИЙ БИЗНЕС БРОКЕРИДЖ); a.k.a. "LLC MBB"), 29 Kalmykova St., Apt. 37, Chelyabinsk 454052, Russia; 26 Malaya Bronnaya St., Building 2, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7460055442 (Russia); Registration Number 1227400005546 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MTSENSKPROKAT (a.k.a. MTSENSKPROKAT; a.k.a. MTSENSKPROKAT OOO; a.k.a. MZENSKPROKAT), Ul. Avtomagistral Zd. 1A/2, Kom. 301, Mtsensk 303032, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Apr 2018; Tax ID No. 5703008027 (Russia); Government Gazette Number 28256296 (Russia); Registration Number 1185749002119 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MTV (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МТВ) (a.k.a. MTV HOLDING), d. 15 pom. 6102, proezd 1-I Krasnogvardeiski, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Computer programming activities; Tax ID No. 7704440000 (Russia); Registration Number 1177746828181 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'NAUCHNO-ISSLEDOVATELSKI INSTITUT PRIRODNYKH GAZOV I GAZOVYKH TEKHNOLOGI - GAZPROM VNIIGAZ' (Cyrillic: НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ПРИРОДНЫХ ГАЗОВ И ГАЗОВЫХ ТЕХНОЛОГИЙ - ГАЗПРОМ ВНИИГАЗ) (a.k.a. GAZPROM VNIIGAZ; a.k.a. GAZPROM VNIIGAZ, OOO (Cyrillic: ООО ГАЗПРОМ ВНИИГАЗ); a.k.a. LLC VNIIGAZ; f.k.a. "ALL UNION SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES"; a.k.a. "LIMITED LIABILITY COMPANY SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES"; a.k.a. "VNIGAZ"), 15 Gazovikov St., bld. 1, Razvilka, Leninski Raion, Moskovskaya obl. 142717, Russia; Sevastopolskaya St. 1A, Ukhta, Komi Republic, Russia; Website www.vniigaz.ru; Email Address adm@vniigaz.gazprom.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jun 1999; Registration ID 1025000651598; Tax ID No. 5003028155; Government Gazette Number 31323949; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NAUCHNO-PROIZVODSTVENNY TSENTR UGLERODNYE VOLOKNA I KOMPOZITY (a.k.a. UVICOM LTD; a.k.a. UVIKOM OOO), Ul. Kolontsova D. 5, Mytischi, 141009, Russia; D. 38 k. Administrativno-Bytovoi A pom. 601, prospekt Olimpiski Mytishchi, Moskovskaya Obl. 141006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5029017567 (Russia); Government Gazette Number 18070047 (Russia); Registration Number 1025003524655 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NEOBIT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НЕОБИТ) (a.k.a. NEOBIT, OOO), d. 21 litera G, ul. Gzhatskaya, St. Petersburg 195220, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804360292 (Russia) [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024] (Linked To: FEDERAL SECURITY SERVICE; Linked To: MAIN INTELLIGENCE DIRECTORATE).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NN DEVELOPMENT (a.k.a. "NN DEVELOPMENT OOO"), Ul. Testovskaya D. 10, Office 19-35, Floor 19, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703033366 (Russia); Registration Number 1217700200343 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NORILSKI OBESPECHIVAYUSHCHI KOMPLEKS (a.k.a. LLC NORILSKYI OBESPECHIVAUSHYI COMPLEX; a.k.a. NORILSKI OBESPECHIVAYUSHCHI KOMPLEKS OOO; a.k.a. NORILSKY OBESPECHIVAYUSHCHY KOMPLEKS LIMITED LIABILITY COMPANY), 64, ul. Nansena, Norilsk, Krasnoyarsk region 663319, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2457061920 (Russia); Registration Number 1062457024123 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NORILSKI PROMYSHLENNY TRANSPORT (a.k.a. LIMITED LIABILITY COMPANY NORILSK INDUSTRIAL TRANSPORT; a.k.a. NORILSKII PROMYSHLENNYI TRANSPORT; a.k.a. NORILSKPROMTRANSPORT OOO), d. 6 k. V, ul. Oktyabrskaya, Norilsk, Krasnoyarsk region 663316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2457063821 (Russia); Registration Number 1072457002749 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NORILSKNIKELREMONT (a.k.a. NORILSKNIKELREMONT OOO), Pl. Gvardeiskaya D. 2, Norilsk 663302, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2457061937 (Russia); Registration Number 1062457024167 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NOVYE GORODSKIE PROEKTY (a.k.a. LLC PROGOROD; a.k.a. NOVYE GORODSKIE PROEKTY; a.k.a. OOO PROGOROD), d. 10 etazh 7 pom. XIII kom. 2,ul. Vozdvizhenka, Moscow 125009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9704013161 (Russia); Registration Number 1207700089101 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NOVYE KOMMUNALNYE TEKHNOLOGII (a.k.a. LIMITED LIABILITY COMPANY NEW COMMUNAL TECHNOLOGIES; a.k.a. "LIMITED LIABILITY COMPANY NKT" (Cyrillic: "ООО НКТ")), D. 2 Pom. 11, Kvartal Lenryba Pos., Ust-Luga 188472, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813283206 (Russia); Registration Number 1177847238942 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NPK AEROKON (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НПК АЭРОКОН) (a.k.a. OOO NPK AEROKON (Cyrillic: ООО НПК АЭРОКОН); a.k.a. "AEROKON, OOO" (Cyrillic: "ООО АЭРОКОН")), ul. Tsentralnaya, D. 18, Chernyshevka, Republic of Tatarstan 422710, Russia (Cyrillic: УЛ. ЦЕНТРАЛЬНАЯ, Д.18, Чернышевка, Республика Татарстан 422710, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Dec 2022; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 1657007195 (Russia); Government Gazette Number 27858018 (Russia); Business Registration Number 1021603148830 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY IZHEVSK ELECTROMECHANICAL PLANT KUPOL).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OBORONLOGISTIKA (a.k.a. OBORONLOGISTICS LIMITED LIABILITY COMPANY; a.k.a. OBORONLOGISTICS LLC; a.k.a. OBORONLOGISTIKA LLC; a.k.a. OBORONLOGISTIKA OOO), D. 18 Str. 3 Prospekt Komsomolski, Moscow 119021,

Russia; Ul. Goncharnaya, House 28, Building 2, Moscow 115172, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Aug 2011; Registration ID 1117746641572 (Russia); Tax ID No. 7718857267 (Russia); Government Gazette Number 30167631 (Russia) [UKRAINE-EO13685] [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OIL ENERDZHI (a.k.a. OIL ENERDZHI LIMITED LIABILITY COMPANY; a.k.a. OIL ENERDZHI OOO; a.k.a. "OIL ENERGY"), Ul. Butlerova D. 17, Blok A, Moscow 117342, Russia; d. 1 str. 8 kom. 40, 41, proezd 1-I Veshnyakovski Moscow, Moscow 109456, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Oct 2010; Tax ID No. 7721704983 (Russia); Government Gazette Number 68836796 (Russia); Registration Number 1107746819366 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OLD VEKTOR (a.k.a. OLD VECTOR LLC), 172 Zh/M Archa Beshik, Ul. Kyzyl Adyr, Leninsky District, Bishkek, Kyrgyzstan; Digital Currency Address - ETH 0x12de548F79a50D2bd05481C8515C1eF5183666a9; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 13 Dec 2024; Organization Type: Non-specialized wholesale trade; Digital Currency Address - TRX TCFD8N3vM5b4Gr5f1kkajQsodRVNyyAq1d; Tax ID No. 01312202410041 (Kyrgyzstan); Registration Number 311479 3301 OOO (Kyrgyzstan) [CYBER4] (Linked To: A7 LIMITED LIABILITY COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OPTIMA (a.k.a. OPTIMA, OOO (Cyrillic: ООО ОПТИМА)), d. 2 korp. 2 pom. 1, ul., Kominterna Moscow, Moscow 129344, Russia; D-U-N-S Number 50-579-8144; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7716740680 (Russia); Government Gazette Number 17325717 (Russia); Registration Number 1137746232260 (Russia) [CYBER2] (Linked To: GUSEV, Denis Igorevich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OPYTNO KONSTRUKTORSKOE BYURO TEKHNIKA (a.k.a. LIMITED LIABILITY COMPANY EXPERIMENTAL DESIGN BUREAU TEKHNIKA), Ul. Novaya Zarya D.6, Moscow 115191, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725568298 (Russia); Registration Number 1067746522392 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU O-SI-ES-TSENTR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ О-СИ-ЭС-ЦЕНТР) (a.k.a. OCS-CENTER LTD; a.k.a. O-SI-ES-TSENTR, OOO (Cyrillic: ООО О-СИ-ЭС-ЦЕНТР)), Domovladenie 6 Str. 1 Kom. 7, Km. Kievskoe Shosse 22-I (P Moskovski), Moscow 108811, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Jul 2003; Tax ID No. 7701341820 (Russia); Registration Number 1037701914612 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PECHENGSKOE STROITELNOE OBEDINENIE (a.k.a. LLC PECHENGASTROY; a.k.a. PECHENGASTROI OOO), Ter. Promploshchadka Kgmk, Monchegorsk, Murmansk region 184507, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5107916719 (Russia); Registration Number 1165190055007 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PERITON INZHINIRING (a.k.a. OOO PERYTON ENGINEERING; a.k.a. PERITON INZHINIRING OOO), PR-D Staropetrovskii D. 7A, Str. 5, ET 2, Office 1, Moscow 125130, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 May 2017; Tax ID No. 7703426927 (Russia); Government Gazette Number 15529479 (Russia); Registration Number 1177746442488 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PLAZ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПЛАЗ) (a.k.a. "PLAZ, OOO" (Cyrillic: "ООО ПЛАЗ")), ul. Politekhnicheskaya, D. 22, Lit. V, Pomeshch. 1-N, Saint Petersburg, Northwest Federal Region 194021, Russia (Cyrillic: УЛ. ПОЛИТЕХНИЧЕСКАЯ, Д. 22, ЛИТЕР В,

ПОМЕЩ. 1-Н, Санкт-петербург, Санкт-петербург 194021, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 May 2006; Tax ID No. 7816388172 (Russia); Government Gazette Number 94599428 (Russia); Business Registration Number 5067847004341 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PREPREG-DUBNA (a.k.a. LIMITED LIABILITY COMPANY PREPREG-DUBNA; a.k.a. PREPREG-DUBNA, OOO), Ul. Elektrodnyaya D. 8, Dubna 141981, Russia; D. 8, Ul. Tekhnologicheskaya, Dubna, Moskovskaya Obl. 141981, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Apr 2011; Tax ID No. 5010043203 (Russia); Government Gazette Number 90160486 (Russia); Registration Number 1115010001138 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PROEKT (a.k.a. VTB PROEKT OOO (Cyrillic: ООО ВТБ ПРОЕКТ)), d. 43 str. 1, ul. Vorontsovskaya, Moscow 109147, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Feb 2012; Organization Type: Financial leasing; alt. Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 7710907460 (Russia); Registration Number 1127746118752 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PROFINET (a.k.a. PROFINET AGENCY; a.k.a. PROFINET PTE. LTD. (Cyrillic: ООО ПРОФИНЕТ); a.k.a. PROFINET, OOO), 46, ul. Malinovskogo, Nakhodka, Primorski Kr. 692919, Russia; office 2, 30, Pogranichnaya Street, Nakhodka, Primorskiy Region 692922, Russia; Pogranichnaya str. 30-2, Nakhodka 692922, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PROGRESS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОГРЕСС) (a.k.a. "LIMITED LIABILITY COMPANY PROGRESS"), d. 17 k. 1 pom. 5/3/5, bulvar Chernomorski,

Moscow 117452, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032139036 (Russia); Registration Number 1055006360287 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PROIZVODSTVENNO INSTRUMENT KACHESTVO (a.k.a. MOLOT-ORUZHIE, OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'MOLOT-ORUZHIE'), 135 ul. Lenina, Vyatskie Polyany, Kirov Obl. 612960, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1094307000633 (Russia); Tax ID No. 4307012765 (Russia); Government Gazette Number 60615883 (Russia) [UKRAINE-EO13661] (Linked To: JOINT STOCK COMPANY CONCERN KALASHNIKOV).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PROMOIL (a.k.a. PROMOIL LIMITED LIABILITY COMPANY), Ul. Khokhryakova D. 9, Perm 614068, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 May 2004; Tax ID No. 5904112229 (Russia); Government Gazette Number 72205682 (Russia); Registration Number 1045900509885 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PSB AVIALIZING (a.k.a. PSB AVIALIZING OOO), d. 65A etazh 2, pom. 17-30, bulvar Gagarina Perm, Permski Kr. 614077, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Jul 2020; Tax ID No. 5906167110 (Russia); Government Gazette Number 44885614 (Russia); Registration Number 1205900018532 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PSB BIZNES (a.k.a. OOO PSB BIZNES; a.k.a. OOO VENTURE FUND SME; a.k.a. PSB BIZNES OOO (Cyrillic: ООО ПСБ БИЗНЕС); a.k.a. SME VENTURE LLC; a.k.a. VENCHURNY FOND MSB OOO), d. 23 Str. 3 pom. II kom. 1K, 1L, 1M, 1N, 1O, 1P, ul. Lva Tolstogo, Moscow 119021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Sep 2013; Tax ID No.

5042129460 (Russia); Government Gazette Number 18098784 (Russia); Registration Number 1135042007539 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RAFORT (a.k.a. LIMITED LIABILITY COMPANY RAFORT; a.k.a. RAFORT LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАФОРТ); a.k.a. RAFORT, ООО (Cyrillic: ООО РАФОРТ); a.k.a. "LIMITED LIABILITY COMPANY RUBIN" (Cyrillic: "ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУБИН"); a.k.a. "RAFORT"; a.k.a. "RUBIN, OOO" (Cyrillic: "ООО РУБИН")), Apartment 40, Building 43, Tatarskaya Street, Ryazan, Ryazan Oblast 390005, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 6234061793 (Russia); Business Registration Number 1086234013051 (Russia) issued 16 Oct 2008 [DPRK] (Linked To: GAZARYAN, Rafael Anatolyevich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RASPADSKAYA UGOLNAYA KOMPANIYA (a.k.a. LIMITED LIABILITY COMPANY RASPADSKAYA COAL COMPANY; a.k.a. OOO RASPADSKAYA COAL COMPANY; a.k.a. RASPADSKAYA UGOLNAYA KOMPANIYA; a.k.a. "RUK OOO"), d. 33, Ofis 201, Prospekt Kurako (Kuibyshevski R-N), Novokuznetsk, Kemerovo region 654006, Russia; PR. Kurako D. 33, Novokuznetsk 654027, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4253029657 (Russia); Registration Number 1154253003750 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU REGION-COMFORT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РЕГИОН-КОМФОРТ) (a.k.a. OOO REGION-COMFORT (Cyrillic: ООО РЕГИОН-КОМФОРТ)), Ul. Lenina D. 22A, Pomeshch. 2, Krasnogorsk 143409, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jul 2013; Tax ID No. 5024137677 (Russia); Government Gazette Number 50189050 (Russia); Registration

Number 1135024004741 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ROSSISKAYA INNOVATSIONNAYA TOPLIVNO ENERGETICHESKAYA KOMPANIYA (a.k.a. OOO RITEK; a.k.a. RUSSIAN INNOVATION FUEL AND ENERGY COMPANY), 120A, Ul. Leninskaya, Samara 443041, Russia; 85 Lesogorskaya st, Volgograd, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6317130144 (Russia); Registration Number 1186313094681 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ROST PROGRESS (a.k.a. ROST PROGRESS OOO), d.27 Prospekt Engelsa, Saint Petersburg 194156, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Oct 2016; Tax ID No. 7802596430 (Russia); Registration Number 1167847364791 (Russia) [RUSSIA-EO14024] (Linked To: SVETLANA ROST JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RTK TECHNOLOGIES (a.k.a. RTK TEKHNOLOGII OOO (Cyrillic: ООО РТК ТЕХНОЛОГИИ); a.k.a. "LIMITED LIABILITY COMPANY RTK TECHNOLOGIES"), d. 26 str. 10 pom. 1/3, shosse Varshavskoe, Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727798515 (Russia); Registration Number 1137746125131 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RUKHSERVOMOTOR (a.k.a. OOO RUCHSERVOMOTOR (Cyrillic: ООО РУХСЕРВОМОТОР); a.k.a. OOO RUKHSERVOMOTOR; a.k.a. TAA RUKHSERVAMOTOR (Cyrillic: TAA РУХСЕРВАМАТОР)), Montazhnikov St. 5, Minsk 220019, Belarus; Organization Established Date 24 Feb 2000; Organization Type: Manufacture of industrial, electric and electronic machinery; Tax ID No. 800002497 (Belarus) [BELARUS-EO14038].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RUSAVTOMATIKA (a.k.a. "LIMITED LIABILITY COMPANY RUSAVTOMATIKA"), Pr-Kt Malyi V.O. D. 57, K. 3 Lit. A, Pomeshch. 12N, Saint Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID

No. 7801325780 (Russia); Registration Number 1167847501161 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RUSMEDTORG (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУСМЕДТОРГ) (a.k.a. ANKOR OOO; a.k.a. LIMITED LIABILITY COMPANY RUSMEDTORG; a.k.a. RUSMEDTORG OOO (Cyrillic: ООО РУСМЕДТОРГ)), Ul. Pokrovka, D. 2/1, Str. 2, Pom. 1, Komn. 6, Moscow 101000, Russia; Ul. Lenskaya, D. 2/21, Pom III, Kom 2, ET 5, Moscow 129327, Russia (Cyrillic: УЛ. ЛЕНСКАЯ, Д. 2/21, ПОМ III, КОМ 2, ЭТ 5, МОСКВА 129327, Russia); Website rusmedtorg.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Jul 2002; alt. Organization Established Date 05 Jun 2002; Organization Type: Non-specialized wholesale trade; Tax ID No. 7727218122 (Russia); Government Gazette Number 58687987 (Russia); Business Registration Number 1027700009732 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RUSSKOE VREMYA (a.k.a. AQUANIKA; a.k.a. AQUANIKA LLC; a.k.a. LLC RUSSKOYE VREMYA; a.k.a. RUSSKOE VREMYA OOO; a.k.a. RUSSKOYE VREMYA LLC), 47A, Sevastopolskiy Ave., of. 304, Moscow 117186, Russia; 1/2 Rodnikovaya ul., Savasleika s., Kulebakski raion, Nizhegorodskaya oblast 607007, Russia; Website http://www.aquanika.com; alt. Website http://aquanikacompany.ru; Email Address office@aquanika.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1075247000036 [UKRAINE-EO13661].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RUZEKSPEDITSIYA (a.k.a. RUDENSKI UDOBRENCHESKI ZAVOD OOO; a.k.a. RUZEKSPEDITSIYA LLC; a.k.a. RUZSPEDITION LLC), 1K, pom. 36, ul. Zavodskaya, Bolbasovo 211004, Belarus; 40 Nemiga St., p. 304, Minsk 220004, Belarus; Organization Established Date 31 May 2016; Organization Type: Transportation and storage; Tax ID No. 690664113 (Belarus) [BELARUS-EO14038].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SAKHA (YAKUTSKAYA) TRANSPORTNAYA KOMPANIYA (a.k.a. SAKHATRANS LLC; a.k.a. SAKHATRANS OOO), 14 ul. Molodezhnaya Rabochi Pos. Vanino, 682860 Vaninski, Raion Khabarovski Krai, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SBERBANK KAPITAL (a.k.a. LIMITED LIABILITY COMPANY SBERBANK CAPITAL; a.k.a. SBERBANK CAPITAL LIMITED LIABILITY COMPANY; a.k.a. SBERBANK CAPITAL LLC; a.k.a. SBERBANK KAPITAL OOO), d.19 ul. Vavilova, Moscow 117997, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1087746887678 (Russia); Tax ID No. 7736581290 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SEB (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЭБ), 11 Н/2 pp. 15, D. 17, Per Dukhovsky, Vn. Ter. G. Municipal District Donsky, Moscow 115191, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1841109992 (Russia); Registration Number 1231800004732 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SELLZ TREID (a.k.a. "SELLZ TREID"), Ul. Skulptora Golovnitskogo D. 26, Kv. 81, Chelyabinsk 454030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7448217344 (Russia); Registration Number 1197456017780 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SEVERNAYA ZVEZDA (a.k.a. OOO SEVERNAIA ZVEZDA; a.k.a. SEVERNAYA ZVEZDA LIMITED LIABILITY COMPANY (Cyrillic: СЕВЕРНАЯ ЗВЕЗДА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); a.k.a. "LLC NORTHERN STAR"; a.k.a. "NORTH STAR"), zd. 31 etzah 2 kom. 44, 45, ul. Sovetskaya, Dudinka 647000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Oct 2006; Tax ID No. 2457062730 (Russia); Government Gazette Number 97616736 (Russia); Registration Number 1062457033022 (Russia) [RUSSIA-EO14024] (Linked To: ARCTIC ENERGY GROUP LIMITED LIABILITY COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SFT (a.k.a. "OOO CFT"), d. 10 str. 1, ul. Kozhevnicheskaya, Moscow, Moscow 115114, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725842590 (Russia); Registration Number 5147746114786 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SGM MOST (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'SGM-MOST'; a.k.a. SGM MOST OOO; a.k.a. SGM-BRIDGE; a.k.a. SGM-MOST LLC), d. 10 korp. 3 ul. Neverovskogo, Moscow 121170, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1157746088170 (Russia); Tax ID No. 7730018980 (Russia); Government Gazette Number 29170220 (Russia) [UKRAINE-EO13685].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'SGM-MOST' (f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SGM MOST; a.k.a. SGM MOST OOO; a.k.a. SGM-BRIDGE; a.k.a. SGM-MOST LLC), d. 10 korp. 3 ul. Neverovskogo, Moscow 121170, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1157746088170 (Russia); Tax ID No. 7730018980 (Russia); Government Gazette Number 29170220 (Russia) [UKRAINE-EO13685].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SHAKHTA ALARDINSKAYA (a.k.a. OOO ALARDINSKAYA MINE; a.k.a. OOO SHAKHTA ALARDINSKAIA; a.k.a. SHAKHTA ALARDINSKAYA OOO), Ul. Ugolnaya D. 56, Kaltan 652831, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4222013689 (Russia); Registration Number 1114222001200 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SHAKHTA ESAULSKAYA (a.k.a. OOO ESAULSKAYA MINE; a.k.a. OOO SHAKHTA ESAULSKAIA; a.k.a. SHAKHTA ESAULSKAYA OOO), PR-KT Kurako, Tsentralnyi District D. 33, Novokuznetsk 654006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4253000827 (Russia); Registration Number 1114253001807 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SIGNAL-INVEST (a.k.a. LIMITED LIABILITY COMPANY SIGNAL-INVEST; a.k.a. SIGNAL-INVEST OOO), ul. 5-1 Kvartal, Engels-19 Mkr, Privolzhski 413119, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6449031372 (Russia); Registration Number 1026401975973 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SIGNUM, d. 42 str. 1 etazh 0 pom. 1485 R.M 1, bulvar Bolshoi (Innovatsionnogo Tsentra Skolkovo Ter), Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5050118416 (Russia); Registration Number 1155050003041 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SISTEMY PRAKTICHESKOI BEZOPASNOSTI (a.k.a. SPB OOO; a.k.a. "COMPANY PRACTICAL SECURITY SYSTEMS"), Ul. Politekhnicheskaya D. 22, Lit. A, Pomeshch 1-N/298, Saint Petersburg 194021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802869750 (Russia); Registration Number 1147847303867 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SPUTNIKOVYE INNOVATSIONNYE KOSMICHESKIE SISTEMY (a.k.a. "OOO SPUTNIKS"; a.k.a. "SPUTNIX"), bulvar Bolshoi (Innovatsionnogo Tsentra Skolkovo Ter), d. 42, str. 1, pom. 3A0109 757, 1653, 1707, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5003096726 (Russia); Registration Number 1115003008306 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STIRER (a.k.a. "STEERER"), Ul Samokatnaya D 4 A, Str 5, Moscow 111033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722647713 (Russia); Registration Number 1087746607772 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA NEZAVISIMAYA STRAKHOVAYA GRUPPA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТРАХОВАЯ КОМПАНИЯ НЕЗАВИСИМАЯ СТРАХОВАЯ ГРУППА) (a.k.a. INDEPENDENT INSURANCE GROUP LTD; a.k.a. "NSG OOO"), Vspolniy Pereulok 18, bldg. 2, Moscow 123001, Russia; Website www.nsg-ins.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Mar 2003; Tax ID No. 7716227728 (Russia); Government Gazette Number 14139641 (Russia); Registration Number 1037716006360 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK OBSHCHEE STRAKHOVANIE (a.k.a. INSURANCE COMPANY SBERBANK INSURANCE LIMITED LIABILITY COMPANY; a.k.a. LLC INSURANCE COMPANY SBERBANK INSURANCE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE; a.k.a. SBERBANK INSURANCE COMPANY LTD; a.k.a. SBERBANK INSURANCE IC LLC; a.k.a. SBERBANK STRAHOVANIE OOO SK; a.k.a. SK SBERBANK STRAHOVANIE LLC; a.k.a. STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE), 42 Bolshaya Yakimanka St., b. 1-2, office 209, Moscow 119049, Russia; 7 ul. Pavlovskaya, Moscow, Russia; 3 Poklonnaya Street, building 1, floor 1, office 3, Moscow 121170, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683479 (Russia); Tax ID No. 7706810747 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE (a.k.a. INSURANCE COMPANY SBERBANK INSURANCE LIMITED LIABILITY COMPANY; a.k.a. LLC INSURANCE COMPANY SBERBANK INSURANCE; f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK OBSHCHEE STRAKHOVANIE; a.k.a. SBERBANK INSURANCE COMPANY LTD; a.k.a. SBERBANK INSURANCE IC LLC; a.k.a. SBERBANK STRAHOVANIE OOO SK; a.k.a. SK SBERBANK STRAHOVANIE LLC; a.k.a. STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE), 42 Bolshaya Yakimanka St., b. 1-2, office 209, Moscow 119049, Russia; 7 ul. Pavlovskaya, Moscow, Russia; 3 Poklonnaya Street, building 1, floor 1, office 3, Moscow 121170, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683479 (Russia);

Tax ID No. 7706810747 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVOI BROKER SBERBANKA (a.k.a. LIMITED LIABILITY COMPANY SBERBANK INSURANCE BROKER; a.k.a. LLC INSURANCE BROKER OF SBERBANK; a.k.a. OOO STRAKHOVOI BROKER SBERBANKA; a.k.a. SBERBANK INSURANCE BROKER LLC), 42 Bolshaya Yakimanka St., b. 1-2, office 206, Moscow 119049, Russia; 1 Vasilisy Kozhinoy Street, building 1, floor 11, room 30, Moscow 121096, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683468 (Russia); Tax ID No. 7706810730 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRELOI (a.k.a. LIMITED LIABILITY COMPANY STRELOI; a.k.a. STRELOI OOO; a.k.a. STRELOY LLC), Per. Dmitrovskii D. 13, Office 7, Saint Petersburg 191025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Nov 2013; Tax ID No. 7840498176 (Russia); Registration Number 1137847445999 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STROITELNAYA KOMPANIYA KONSOL-STROI LTD (a.k.a. LIMITED LIABILITY COMPANY CONSTRUCTION COMPANY CONSOL-STROI LTD; a.k.a. LIMITED LIABILITY COMPANY KONSTRUCTION COMPANY KONSOL STROI LTD; a.k.a. LLC CONSOL-STROI LTD; a.k.a. LLC CONSOL-STROI LTD CONSTRUCTION COMPANY; a.k.a. LLC SK CONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD, OOO; a.k.a. STROITELNAYA KOMPANIYA KONSOL-STROI LTD), House 16, Borodina Street, Simferopol, Crimea 295033, Ukraine; Website consolstroy.ru; alt. Website consol-stroi.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102070229 (Russia); Government Gazette Number 00823523 (Russia); Registration Number 1159102014170 (Russia) [UKRAINE-EO13685].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SVERKHPROVODNIKOVYE NANOTEKHNOLOGII (a.k.a. CLOSED JOINT STOCK COMPANY SUPERCONDUCTING NANOTECHNOLOGY; a.k.a. LIMITED LIABILITY COMPANY SUPERCONDUCTING NANOTECHNOLOGY; a.k.a. SCONTEL; a.k.a. SKONTEL AO; a.k.a. SKONTEL OOO), 5 str. 1 etazh 4 pom. I kom. 14, ul. Lva Tolstogo, Moscow 119021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Jan 2005; Tax ID No. 7704445168 (Russia); Government Gazette Number 19634279 (Russia); Registration Number 5177746003815 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TABAK INVEST (a.k.a. TABAK INVEST LLC (Cyrillic: ООО ТАБАК ИНВЕСТ)), D. 22, Nezhiloe pomeshchenie, ul. Gusovskogo, Minsk 220073, Belarus; Organization Established Date 1997; Tax ID No. 101333138 (Belarus) [BELARUS-EO14038].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TAIBER (a.k.a. TAIBER OOO), ul. Bolshaya Tatarskaya 36, Moscow, Moscow 115184, Russia; Website www.tiber.su; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Dec 2014; Tax ID No. 9705016006 (Russia); Government Gazette Number 40625508 (Russia); Business Registration Number 1147748031705 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TAIMYRNEFTEGAZ-PORT (a.k.a. OOO TAIMYRNEFTEGAZ-PORT (Cyrillic: ООО ТАЙМЫРНЕФТЕГАЗ-ПОРТ); a.k.a. TAIMYRNEFTEGAZ-PORT LLC; a.k.a. TAYMYRNEFTEGAZ-PORT), Office 307, Building 4, Dalnyaya Street, Dudinka, Taimyrski Dolgano-Nenetski District, Krasnoyarsk Territory 647000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2469003922 (Russia); Registration Number 1182468045671 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TD ASBEST (a.k.a. OOO TORGOVY DOM ASBEST), d. 37 k. A ofis 20, ul. Rigachina, Petrozavodsk, Kareliya Resp. 185005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Aug 2015; Tax ID No. 1001299770 (Russia); Government Gazette Number 12859420 (Russia); Registration Number 1151001009972 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TEKHNOKRATIYA (a.k.a. OOO TEKHNOKRATIIA), Ul. Mikhaila Milya D. 65A, Office 202, Kazan, Republic of Tatarstan 420127, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Feb 2011; Tax ID No. 1656060774 (Russia); Registration Number 1111690067818 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TEKHNOLOGIYA (a.k.a. TEKHNOLOGIYA, OOO (Cyrillic: ООО ТЕХНОЛОГИЯ); a.k.a. "TECHNOLOGY COMPANY LIMITED"; a.k.a. "TECHNOLOGY LIMITED LIABILITY COMPANY" (Cyrillic: "ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНОЛОГИЯ"); a.k.a. "TECHNOLOGY LLC"), Building 2, Sadovniki Street, Nagatino-Sadovniki Municipal District, Moscow 115487, Russia; Part of Room 453, Letter A, Housing 2, Building 11, Staroderevenskaya Street, Saint Petersburg 197374, Russia; Letter A, Office 402, Building 5, Aleksandr Blok Street, Saint Petersburg 190121, Russia; Apartment 7, Building 21, Mashkova Street, Basmanniy Municipal District, Moscow 101000, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By

U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 14 Aug 2008; Tax ID No. 7839388531 (Russia); Government Gazette Number 87375823 (Russia); Business Registration Number 1089847320188 (Russia) issued 14 Aug 2008 [DPRK] (Linked To: BUDNEV, Aleksey).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TEKHNOLOGIYA 5 (a.k.a. TECHNOLOGY 5 CO., LIMITED; a.k.a. TEKNOLOGIYA 5, OOO; a.k.a. "LIMITED LIABILITY COMPANY GREEN CITY"), 12/1 str. 1 pom. 38, ul. Krasnoprudnaya, Moscow 107140, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Mar 2008; Tax ID No. 7708666513 (Russia); Government Gazette Number 85670297 (Russia) [RUSSIA-EO14024] (Linked To: HU, Xiaoxun).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TEKHNOSOFT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНОСОФТ) (a.k.a. TEKHNOSOFT OOO (Cyrillic: ООО ТЕХНОСОФТ)), UL. Nobelya D. 5, ET 2 POM.29 Ter. Skolkovo Innovatsionnogo Tsentra, 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jul 2014; Tax ID No. 7703813813 (Russia); Registration Number 1147746784866 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TKKH-INVEST (a.k.a. LIMITED LIABILITY COMPANY TKKH-INVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТКХ-ИНВЕСТ); a.k.a. LLC TKKH-INVEST (Cyrillic: ООО ТКХ-ИНВЕСТ); a.k.a. OOO TKH-INVEST; a.k.a. OOO TKKH-INVEST), Prechistenka st., D. 38, floor 3 room 29, Moscow 119034, Russia (Cyrillic: ул Пречистенка, д. 38, этаж 3 ком. 29, город Москва 119034, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Nov 2013; Tax ID No. 7736666723 (Russia); Government Gazette Number 18935553 (Russia); Registration Number 5137746019989 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TORGOVY DOM KHIMMED (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГОВЫЙ ДОМ ХИММЕД) (a.k.a. TD KHIMMED (Cyrillic: ТД ХИММЕД); a.k.a. TD KHIMMED OOO (Cyrillic: ООО ТД ХИММЕД); a.k.a. TORGOVYI DOM KHIMMED (Cyrillic: ТОРГОВЫЙ ДОМ ХИММЕД)), Kashirskoe Shosse, Dom 3, Korpus 2, Stroenie 4, Moscow 115230, Russia; Website chimmed.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Jun 2009; Tax ID No. 7724709468 (Russia); Government Gazette Number 62112778 (Russia); Business Registration Number 1097746351504 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TRANS KAPITAL (a.k.a. TRANS KAPITAL LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРАНС КАПИТАЛ); a.k.a. TRANS KAPITAL LLC (Cyrillic: ООО ТРАНС КАПИТАЛ); a.k.a. TRANS KAPITAL, OOO), Room 1, Building 1, Fire Lane, Noginsk, Bogorodskiy Urban District, Moscow Oblast 142400, Russia; Building 29, SNT Poltevo Territory, Noginsk, Bogorodskiy Urban District, Moscow Oblast, Russia; Room 1, 3 Lenin Avenue, Balashikha, Moscow Oblast 143900, Russia; Letter B, Office 10, Plot 68, Proyektnaya Street, Balashikha, Moscow Oblast 143921, Russia; d. 2 pom. 1, per. Izmailovski, Noginsk, Moscow Region 142400, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 5001101089 (Russia); Government Gazette Number 34892010 (Russia); Business Registration Number 1145001004378 (Russia) issued 06 Nov 2014 [DPRK] (Linked To: GAZARYAN, Rafael Anatolyevich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TRANSSTROIMEKHANIZATSIYA (a.k.a. TRANSSTROIMEKHANIZATSIYA LIMITED LIABILITY COMPANY; a.k.a. TRANSSTROIMEKHANIZATSIYA OOO; a.k.a. TRANSSTROYMEKHANIZATSIYA), Ul. Kievskaya D. 7, Moscow 121059, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Jul 2005; Tax ID No. 7715568411 (Russia); Government Gazette Number 7800228 (Russia); Registration

Number 1057747413767 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TREID-INVEST (a.k.a. TREID-INVEST, OOO (Cyrillic: ООО ТРЕЙД-ИНВЕСТ)), 11/2, ul., Sadovaya-Chernogryazskaya Moscow, Moscow 105064, Russia; D-U-N-S Number 50-722-5114; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7701416320 (Russia); Government Gazette Number 40214946 (Russia); Registration Number 5147746418782 (Russia) [CYBER2] (Linked To: GUSEV, Denis Igorevich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TSK VEKTOR (a.k.a. TSK VEKTOR, OOO (Cyrillic: ООО ТСК ВЕКТОР)), d. 235, kv. 70, ul. Sevastopolskaya, Irkutsk, Irkutsk Oblast 664048, Russia (Cyrillic: Д. 235, КВ. 70, УЛ. СЕВАСТОПОЛЬСКАЯ, Город Иркутск, Иркутская Область 664048, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Oct 2015; Tax ID No. 3849055365 (Russia); Government Gazette Number 16492258 (Russia); Business Registration Number 1153850042246 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY IZHEVSK ELECTROMECHANICAL PLANT KUPOL).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TYUMENSKI NEFTYANOI NAUCHNY TSENTR (a.k.a. LIMITED LIABILITY COMPANY TYUMEN PETROLEUM RESEARCH CENTER; a.k.a. TNNTS LIMITED LIABILITY COMPANY; a.k.a. TPRC LIMITED LIABILITY COMPANY), d. 42, ul. Maksima Gorkogo Tyumen, Tyumen region 625048, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Oct 2000; Tax ID No. 7202157173 (Russia); Government Gazette Number 5544280 (Russia); Registration Number 1077203000434 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU UGMK OTSM (a.k.a. LIMITED LIABILITY COMPANY UMMC NFMP; a.k.a. UGMK OTSM OOO; a.k.a. UMMC NONFERROUS METALS PROCESSING LIMITED LIABILITY COMPANY), Ul. Petrova D. 59, Lit. D., Verkhnyaya Pyshma 624092, Russia; str. 1 kab. 206, prospekt Uspenski, Verkhnyaya Pyshma, Sverdlovsk region

624091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 May 2007; Tax ID No. 6606024709 (Russia); Government Gazette Number 81180857 (Russia); Registration Number 1076606001152 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ULTRAN ELEKTRONNYE KOMPONENTY (a.k.a. LIMITED LIABILITY COMPANY ULTRAN ELECTRONIC COMPONENTS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УЛЬТРАН ЭЛЕКТРОННЫЕ КОМПОНЕНТЫ); a.k.a. ULTRAN EK OOO (Cyrillic: ООО УЛЬТРАН ЭК)), d. 22, litera L, pom. 1-N, kom. 8, ul. Politekhnicheskaya, St. Petersburg 194021, Russia; Website ultran.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Jun 2018; Tax ID No. 7802669110 (Russia); Government Gazette Number 29702993 (Russia); Business Registration Number 1187847176330 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU URALMASH NEFTEGAZOVOE OBORUDOVANIE KHOLDING (a.k.a. URALMASH NGO KHOLDING OOO; a.k.a. URALMASH OIL AND GAS EQUIPMENT HOLDING; a.k.a. URALMASH OIL AND GAS EQUIPMENT HOLDING LIMITED LIABILITY COMPANY), Pr. 60-Letiya Oktyabrya Dom 21, Korp. 4, Moscow 117036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jun 2010; Tax ID No. 7707727918 (Russia); Government Gazette Number 66471557 (Russia); Registration Number 1107746487848 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VALIDATA, Ul. Khutorskaya 2-YA D. 38A, Str. 1, Floor 7, Office 709, Moscow 127287, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7702250685 (Russia); Registration Number 1037739305559 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VALMA (a.k.a. "OOO VALMA"), Ul. Dorozhnaya D. 39, Office 314, Naberezhnyye Chelny, Republic of Tatarstan 423800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Organization Established Date 24 May 2021; Tax ID No. 1650402421 (Russia); Registration Number 1211600038396 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VEB INZHINIRING (a.k.a. OOO VEB ENGINEERING; a.k.a. OOO VEB INZHINIRING; a.k.a. VEB ENGINEERING LIMITED LIABILITY COMPANY; a.k.a. VEB ENGINEERING LLC), d. 9 prospekt Akademika Sakharova, Moscow 107996, Russia; Per. Lyalin D. 19, Korpus 1, Pom. XXIV, Kom 11, Moscow 101000, Russia; Website vebeng.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Mar 2010; Tax ID No. 7708715560 (Russia); Registration Number 1107746181674 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VEB VENCHURS (a.k.a. LLC VEB VENTURES; f.k.a. OOO VEB INNOVATSIYA; a.k.a. OOO VEB VENCHURS; f.k.a. VEB INNOVATIONS; a.k.a. VEB VENCHURS), D. 2 etazh 7, Ul. Bleza Paskalya Ter. Skolkovo Innovatsionnogo, Moscow 121205, Russia; Website vebinnovations.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731373995 (Russia); Registration Number 1177746639036 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VEBER KOMEKHANIKS (a.k.a. VEBER KOMEKHANIKS OOO; a.k.a. WEBER COMECHANICS LTD), d. 4 k. 25 kom. 1, ul. Sharikopodshipnikovskaya, Moscow 115088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Apr 2000; Tax ID No.

7709307370 (Russia); Government Gazette Number 52754033 (Russia); Registration Number 1027700354076 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VIDIS GRUPP (a.k.a. WIDIS GRUPP), d. 4k. 1 etazh/pomeshch, 3/XI kom., 39A, ul. Sadovniki, Moscow 115487, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719019691 (Russia); Registration Number 1107746791910 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VIKTORIYA (a.k.a. OOO VIKTORIIA; a.k.a. VIKTORIYA OOO), Ul. Ordzhonikidze D. 18, KV. 4, Izhevsk, Republic of Udmurtia 426063, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2005; Tax ID No. 1831107925 (Russia); Registration Number 1051800646920 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VLATE LOGISTIK (a.k.a. VLATE LOGISTIK LLC (Cyrillic: ООО ВЛАТЕ ЛОГИСТИК)), 48 ul. Komarova, Pogranichny 231773, Belarus; Organization Established Date 15 Apr 2013; Organization Type: Transportation and storage; Tax ID No. 192003422 (Belarus) [BELARUS-EO14038].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VOSTOKGEOLOGIYA (a.k.a. LIMITED LIABILITY COMPANY VOSTOKGEOLOGIA), d. 35B Str. 9, ul. Traktovaya, Chita, Zabaykalskiy kray 672014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7536076678 (Russia); Registration Number 1067536053485 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB FAKTORING (a.k.a. VTB FACTORING LIMITED; a.k.a. VTB FACTORING LTD; a.k.a. VTB FAKTORING OOO), d. 52 str. 1 nab.Kosmodamianskaya, Moscow 115054, Russia; Website www.vtbf.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 5087746611145 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-

center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB FOREKS (a.k.a. VTB FOREKS; a.k.a. VTB FOREKS OOO), Nab. Presnenskaya D. 10, Blok S, Floor 16, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Mar 2016; Target Type Financial Institution; Tax ID No. 9701034653 (Russia); Registration Number 1167746257755 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB PENSIONNY ADMINISTRATOR (a.k.a. VTB PENSION ADMINISTRATOR LIMITED; a.k.a. VTB PENSION ADMINISTRATOR LTD; a.k.a. VTB PENSIONNY ADMINISTRATOR OOO), d. 52 str. 1 nab.Kosmodamianskaya, Moscow 115054, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Activities of holding companies; Registration ID 1097746178232 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB SYRYEVYE TOVARY KHOLDING (a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU VTB SYREVYE TOVARY KHOLDING; a.k.a. VTB SYREVYE TOVARY KHOLDING OOO (Cyrillic: ООО ВТБ СЫРЬЕВЫЕ ТОВАРЫ ХОЛДИНГ); a.k.a. VTB SYRYEVYE TOVARY KHOLDING), Nab. Presnenskaya D. 12, Floor 31 Mesto 31.147, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Mar 2016; Organization Type: Non-specialized wholesale trade; Tax ID No. 7703408597 (Russia); Registration Number 1167746344248 (Russia) [RUSSIA-EO14024]

(Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VYGON KONSALTING (f.k.a. ENERGETICHESKI TSENTR OOO; a.k.a. LLC VYGON CONSULTING; a.k.a. VYGON CONSULTING; a.k.a. VYGON KONSALTING OOO), d. 12 pod/et/pom 3/16/1609, Naberezhnaya Krasnopresnenskaya, Moscow 123610, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Sep 2013; Organization Type: Management consultancy activities; Tax ID No. 7717761234 (Russia); Residency Number 1137746787705 (Russia); Government Gazette Number 18141830 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VYMPEL-SODEISTVIE (f.k.a. OOO VYMPEL-DETEKTIV; a.k.a. VYMPEL-ASSISTANCE LLC (Cyrillic: ООО ВЫМПЕЛ-СОДЕЙСТВИЕ); a.k.a. VYMPEL-SODEISTVIE), Ul. Bobruiskaya, d.1, Moscow 121351, Russia; Per. Afanasevski B., d. 5/12, str. 7, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Dec 2007; Tax ID No. 7731582597 (Russia); Registration Number 1077764001424 (Russia) [CYBER2] [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU YUZHNY PROEKT (a.k.a. LIMITED LIABILITY COMPANY SOUTHERN PROJECT; a.k.a. LLC SOUTHERN PROJECT; a.k.a. YUZHNY PROEKT, OOO), Room 15-H, Litera A, House 2, Rastrelli Place, City of St. Petersburg 191124, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7842144503 (Russia); Registration Number 1177847378279 (Russia) [UKRAINE-EO13661] [UKRAINE-EO13685] (Linked To: BANK ROSSIYA; Linked To: KOVALCHUK, Yuri Valentinovich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ZALOG (a.k.a. LIMITED LIABILITY COMPANY WITH FOREIGN INVESTMENTS ZALOG (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ С ИНОСТРАННЫМИ ИНВЕСТИЦИЯМИ ЗАЛОГ); a.k.a. ZALOG OOO), d. 22 pom. 305, ul. Martyna Mezhlauka, Kazan, Tatarstan Resp. 420021, Russia; Ul.

Kooperativnaya 1, Zelenodolsk 422541, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2002; Tax ID No. 1648011501 (Russia); Government Gazette Number 57238810 (Russia); Registration Number 1021606761175 (Russia) [RUSSIA-EO14024] (Linked To: KOGOGIN, Sergei Anatolyevich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ZAPOLYARNAYA STROITELNAYA KOMPANIYA (a.k.a. LIMITED LIABILITY COMPANY POLAR CONSTRUCTION COMPANY; a.k.a. LIMITED LIABILITY ZAPOLARNAYA CONSTRUCTION COMPANY; a.k.a. ZAPOLYARNAYA STROITELNAYA KOMPANIYA; a.k.a. "ZSK OOO"), Ul. Betonnaya D. 13A, Pomeshch. I/Floor 2, Staraya Kupavna 142450, Russia; 8, ul. Taimyrskaya, Norilsk, Krasnoyarsk region 663330, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2457061775 (Russia); Registration Number 1062457022880 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ZAVOD ELEKTROAGREGATNOGO MASHINOSTROENIYA SEPO-ZEM AKTSIONERNOGO OBSHCHESTVA SARATOVSKOE ELEKTROAGREGATNOE PROIZVODSTVENNOE OBEDINENIE (a.k.a. OOO SEPO ZEM), pr-kt 50 Let Oktyabrya, Saratov 410040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6453037698 (Russia); Registration Number 1026403046702 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ZAVOD PRIBORNYKH PODSHIPNIKOV (a.k.a. ZAVOD PRIBORNYKH PODSHIPNIKOV LIMITED LIABILITY COMPANY; a.k.a. "ZPP OOO"), Ter. 18 KM Moskovskogo Shosse D. Litera 67, Kom. 5, Samara 443072, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Dec 2001; Tax ID No. 6367032625 (Russia); Government Gazette Number 11031529 (Russia); Registration Number 1026300769417 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ZAVOD UGLERODNYKH I KOMPOZITSIONNYKH MATERIALOV (a.k.a. ZAVOD ULGERODNYKH I KOMPOZITSIONNYKH MATERIALOV; a.k.a. ZUKM OOO), Territoriya Chelyabinskogo

Elektrodnogo Zavoda, Chelyabinsk 454038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7450045935 (Russia); Government Gazette Number 94812603 (Russia); Registration Number 1067450027248 (Russia) [RUSSIA-EO14024] (Linked To: UMATEX JOINT-STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSVENNOSTYU EKOGRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭКОГРУПП) (a.k.a. OOO EKOGRUPP (Cyrillic: ООО ЭКОГРУПП)), Per. Novopresnenskii D. 3, Floor 1 Komn 9, Moscow 123577, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Jun 2017; Tax ID No. 7703428593 (Russia); Government Gazette Number 15945657 (Russia); Registration Number 1177746569615 (Russia) [RUSSIA-EO14024] (Linked To: CHAYKA, Igor Yuryevich).

OBSHCHESTVO S OGRANICHENNOI OTVETSVENNOSTYU VR-RESURS (a.k.a. "VR - RESURS OOO"), Ter. Letno-Ispytatelnyi Kompleks, VL 1, Shchelkovo 141103, Russia; Ul. Lenina D. 11, Shchelkovo 141103, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Aug 2008; Tax ID No. 5027138478 (Russia); Registration Number 1085027009572 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

OBSHCHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU CENTR OBRABOTKI ELEKTRONNYKH PLATEZHEJ (a.k.a. NETEX TRADE; a.k.a. NETEX24; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEI; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEY (Cyrillic: ООО ЦЕНТР ОБРАБОТКИ ЭЛЕКТРОННЫХ ПЛАТЕЖЕЙ); a.k.a. "LIMITED LIABILITY COMPANY CENTER FOR PROCESSING ELECTRONIC PAYMENTS"; a.k.a. "NETEXCHANGE"; a.k.a. "OOO TSOEP" (Cyrillic: "ООО ЦОЭП")), Ul. Vilisa Latsisa D. 41, KV. 103, Moscow 125480, Russia; Business Center Iskra-Park, 35, Leningradsky Prospect, Moscow, Russia; Website https://www.netex24.net; alt. Website https://www.netex24.com; alt. Website https://www.netex.trade; alt. Website https://www.netexchange.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Feb 2014; Tax ID No. 7733872485 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU 1M (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ 1М) (a.k.a. "LIMITED LIABILITY COMPANY 1M"), Kom. 305 D. 61 Litera A Po. Pib Pomeshch. 594-601 (9N), Naberezhnaya Vyborgskaya, St. Petersburg 197342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801340146 (Russia); Registration Number 1177847361625 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU ATOMAIZ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АТОМАЙЗ) (a.k.a. ATOMYZE; a.k.a. ATOMYZE RUSSIA; a.k.a. LIMITED LIABILITY COMPANY ATOMAYZ), Nab. Presnenskaya D. 12, Pomeshch. 2/59, Moscow 123112, Russia; Website https://www.atomyze.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Nov 2020; Tax ID No. 9703021466 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU AZIATSKOYE TORGOVOYE AGENTSTVO (a.k.a. ASIAN TRADE AGENCY LIMITED LIABILITY COMPANY), Mgstr. Vokzalnaya D. 1/1, Office 704, Novosibirsk 630004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5404418441 (Russia); Registration Number 1105476039745 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BELKAZTRANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛКАЗТРАНС) (a.k.a. BELKAZTRANS (Cyrillic: БЕЛКАЗТРАНС); a.k.a. LIMITED LIABILITY COMPANY BELKAZTRANS; a.k.a. LLC BELKAZTRANS; a.k.a. OOO BELKAZTRANS (Cyrillic: ООО БЕЛКАЗТРАНС); a.k.a. TAA BELKAZTRANS (Cyrillic: ТАА БЕЛКАЗТРАНС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU BELKAZTRANS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ БЕЛКАЗТРАНС)), pr-t Pobeditelei, d. 20 korpus 3, pom. 215, Minsk 220020, Belarus (Cyrillic: пр-т Победителей, д. 20 корпус 3, пом. 215, г. Минск 220020, Belarus); Organization Established Date 26 Oct 2010; Registration Number 191434523 (Belarus) [BELARUS].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DUBAI VOTER FRONT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДУБАЙ ВОТЕР ФРОНТ) (f.k.a. BELINTE ROBE; f.k.a. BELINTE ROBES; f.k.a. JOINT LIMITED LIABILITY COMPANY BELINTE-ROBA (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛИНТЕ-РОБА); a.k.a. LIMITED LIABILITY COMPANY DUBAI WATER FRONT; a.k.a. LLC DUBAI WATER FRONT; a.k.a. OOO DUBAI VOTER FRONT (Cyrillic: ООО ДУБАЙ ВОТЕР ФРОНТ); a.k.a. TAA DUBAI VOTER FRONT (Cyrillic: ТАА ДУБАЙ ВОТЭР ФРОНТ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DUBAI VOTER FRONT (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДУБАЙ ВОТЭР ФРОНТ)), ul. Petra Mstislavtsa, d. 9, pom. 10 (kabinet 34), Minsk 220114, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10 (кабинет 34), г. Минск 220114, Belarus); Organization Established Date 30 Mar 2004; Registration Number 190527399 (Belarus) [BELARUS-EO14038].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU EMIREITS BLYU SKAI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭМИРЕЙТС БЛЮ СКАЙ) (f.k.a. FOREIGN LIMITED LIABILITY COMPANY ZOMEX INVESTMENT (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗОМЕКС ИНВЕСТМЕНТ); a.k.a. LIMITED LIABILITY COMPANY EMIRATES BLUE SKY; a.k.a. LLC EMIRATES BLUE SKY; a.k.a. OOO EMIREITS BLYU SKAI (Cyrillic: ООО ЭМИРЕЙТС БЛЮ СКАЙ); a.k.a. TAA EMIREITS BLYU SKAI (Cyrillic: ТАА ЭМИРЭЙТС БЛЮ СКАЙ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU EMIREITS BLYU SKAI (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ЭМІРЭЙТС БЛЮ СКАЙ); f.k.a. "ZOMEX"), ul. Petra Mstislavtsa, d. 9, pom. 10-44, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10-44, г. Минск 220076, Belarus); Organization Established Date 08 Sep 2008; Registration ID 191061449 (Belarus) [BELARUS-EO14038].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU FENIKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФЕНИКС) (a.k.a. FENIKS; a.k.a. "PHOENIX"), Ter. Oez Ppt Lipetsk Str. 4A, Office 021/25, Gryazi 398010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Manufacture of articles of concrete, cement and plaster; Tax ID No. 4802013587 (Russia); Registration Number 1194827003128 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU FLAYTEKGRUPP (a.k.a. FLYTECHGROUP LIMITED LIABILITY COMPANY; a.k.a. "OOO FTG"), Mkr. Skhodnya, Tup. 1-I Oktyabrskii D. 1, Khimki 141420, Russia; Ul. Leningradskaya, D. 11, Pomeshch. 006, Khimki 141402, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5047135637 (Russia); Registration Number 1125047015532 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU GARDSERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАРДСЕРВИС) (f.k.a. BELSECURITYGROUP; a.k.a. GARDSERVICE; f.k.a. LIMITED LIABILITY COMPANY BELSEKYURITIGRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛСЕКЬЮРИТИГРУПП); a.k.a. OOO GARDSERVIS (Cyrillic: ООО ГАРДСЕРВИС); a.k.a. TAA HARDSERVIS (Cyrillic: ТАА ГАРДСЭРВІС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU HARDSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ГАРДСЭРВІС)), Karvata St., Building 85, Minsk 220138, Belarus (Cyrillic: ул. Карвата, д. 85, Минск 220138, Belarus); Organization Established Date 19 Nov 2019; Registration Number 193344802 (Belarus) [BELARUS-EO14038].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU INNOTEKH SOLYUSHNS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИННОТЕХ СОЛЮШНС) (a.k.a. LLC INNOTECH SOLUTIONS), 104-105, Pobediteley avenue, Minsk 220062, Belarus; 21В-4, 9, Kulman Street, Minsk 220100, Belarus; Organization Established Date Oct 2018; Target Type State-Owned Enterprise; Tax ID No. 193156727 (Belarus) [BELARUS-EO14038] (Linked To: OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING).

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU INTER TOBAKKO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕР ТОБАККО) (a.k.a. INTER TOBACCO; f.k.a. JOINT LIMITED LIABILITY COMPANY INTERDORS (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРДОРС); a.k.a. LIMITED LIABILITY COMPANY INTER TOBACCO; a.k.a. LLC INTER TOBACCO; a.k.a. OOO INTER TOBAKKO (Cyrillic: ООО ИНТЕР ТОБАККО); a.k.a. TAA INTER TABAKKA (Cyrillic: ТАА ІНТЭР ТАБАККА); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTER TABAKKA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭР ТАБАККА)), d. 131 (FEZ Minsk), Novodvorskiy village, Novodvorskiy village council, Minsk District, Minsk Oblast 223016, Belarus (Cyrillic: д. 131 (СЭЗ Минск), Новодворский сельсовет, с/с Новодворский, Минский район, Минская область 223016, Belarus); Organization Established Date 10 Oct 2002; Registration Number 808000714 (Belarus) [BELARUS-EO14038].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU KRIPTO EKSPLORER (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРИПТО ЭКСПЛОРЕР) (a.k.a. LIMITED LIABILITY COMPANY CRYPTO EXPLORER), Ul. Karla Marksa D. 13A, K. 1, Pomeshch. 43, Ulyanovsk 432071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Oct 2022; Tax ID No. 7300009215 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU LAITKHAUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛАЙТХАУС) (a.k.a. "LIGHTHOUSE"), Pr-Kt Vernadskogo D. 53, Floor/Pomeshch. 3/I, Kom. 37, Moscow 119415, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Jul 2017; Tax ID No. 9723031631 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU LENCABEL (a.k.a. LENKABEL; a.k.a. LIMITED LIABILITY COMPANY LENCABEL), Ul. Samoilovoi D. 5, Lit. I, Pomeshch. 11N, Office 31-32, Saint Petersburg 192102, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7816339601 (Russia); Registration Number 1167847387366 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU NAUCHNOPROIZVODSTVENNAYA KOMPANIYA FOTONIKA (a.k.a. NPK FOTONIKA LIMITED LIABILITY COMPANY; a.k.a. NPK PHOTONICA), Pr-Kt Yuriya Gagarina D. 2, Saint Petersburg 196105, Russia; Ul. Sofiiskaya D. 54, Lit. A, Office 214, Saint Petersburg 192241, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813547434 (Russia); Registration Number 1127847581058 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU OBORONREGISTR (a.k.a. OBORONREGISTR), Ul. Staraya Basmannaya D. 19, Str. 12, Kom. 22, Moscow 105066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7731513346 (Russia); Registration Number 1047796702843 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU PROMTEKHNOLOGIYA (a.k.a. LIMITED LIABILITY COMPANY PROMTEKHNOLOGIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОМТЕХНОЛОГИЯ); a.k.a. LLC PROMTEKHNOLOGIYA (Cyrillic: ООО ПРОМТЕХНОЛОГИЯ); a.k.a. OOO PROMTEKHNOLOGIYA; a.k.a. PROMTECHNOLOGIA LLC; a.k.a. "ORSIS"; a.k.a. "PROMTECHNOLOGIES"; a.k.a. "PROMTEHNOLOGYA"), 14 Podyomnaya St., Housing 8, Moscow 109052, Russia; 19 Smirnovskaya St., Moscow, Russia; Ul. Krzhizhanovskogo, D. 29, K. 2, Antresol 1, Pomeschenie IV, Komnata 1, Moscow 117218, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708696860 (Russia); Government Gazette Number 772701001 (Russia); Registration Number 1097746084908 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SISTEMY

RASPREDELENNOGO REYESTRA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИСТЕМЫ РАСПРЕДЕЛЕННОГО РЕЕСТРА) (a.k.a. DISTRIBUTED LEDGER SYSTEMS LLC; a.k.a. LIMITED LIABILITY COMPANY DISTRIBUTED LEDGER TECHNOLOGY; a.k.a. "DISTRIBUTED REGISTRY SYSTEMS"; a.k.a. "MASTERCHAIN"), Ul. Kompozitorskaya D. 17, Et./Pom.7/I, Kom. 11-17, Moscow 121099, Russia; Website https://www.masterchain.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 May 2021; Tax ID No. 9704063885 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TEKHNOMAR (a.k.a. OOO TEKHNOMAR; a.k.a. OOO TEXHOMAP; a.k.a. TECHNOMAR; a.k.a. TEHNOMAR), 12 Aviamotornaya Street, Moscow, Russia; 29 Entuziastov Highway, Floor 11, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Mar 2016; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 7733276404 (Russia); Registration Number 1167746298653 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TOCHNAYA MEKHANIKA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОЧНАЯ МЕХАНИКА) (a.k.a. LIMITED LIABILITY COMPANY TOCHNAYA MEKHANIKA; a.k.a. "PRECISION MECHANICS LLC"), UL. Kazintsa 9/121A, Minsk 220108, Belarus; Organization Established Date 05 Feb 2009; Organization Type: Manufacture of other fabricated metal products n.e.c.; Tax ID No. 191111141 (Belarus) [BELARUS-EO14038].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEI (a.k.a. NETEX TRADE; a.k.a. NETEX24; a.k.a. OBSHCHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU CENTR OBRABOTKI ELEKTRONNYKH PLATEZHEJ; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEY (Cyrillic: ООО ЦЕНТР ОБРАБОТКИ ЭЛЕКТРОННЫХ ПЛАТЕЖЕЙ); a.k.a. "LIMITED LIABILITY COMPANY CENTER FOR PROCESSING ELECTRONIC PAYMENTS"; a.k.a. "NETEXCHANGE"; a.k.a. "OOO TSOEP" (Cyrillic: "ООО ЦОЭП")), Ul. Vilisa Latsisa D. 41, KV. 103, Moscow 125480, Russia; Business Center Iskra-Park, 35, Leningradsky Prospect, Moscow, Russia; Website https://www.netex24.net; alt. Website https://www.netex24.com; alt. Website https://www.netex.trade; alt. Website https://www.netexchange.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Feb 2014; Tax ID No. 7733872485 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEY (Cyrillic: ООО ЦЕНТР ОБРАБОТКИ ЭЛЕКТРОННЫХ ПЛАТЕЖЕЙ) (a.k.a. NETEX TRADE; a.k.a. NETEX24; a.k.a. OBSHCHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU CENTR OBRABOTKI ELEKTRONNYKH PLATEZHEJ; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEI; a.k.a. "LIMITED LIABILITY COMPANY CENTER FOR PROCESSING ELECTRONIC PAYMENTS"; a.k.a. "NETEXCHANGE"; a.k.a. "OOO TSOEP" (Cyrillic: "ООО ЦОЭП")), Ul. Vilisa Latsisa D. 41, KV. 103, Moscow 125480, Russia; Business Center Iskra-Park, 35, Leningradsky Prospect, Moscow, Russia; Website https://www.netex24.net; alt. Website https://www.netex24.com; alt. Website https://www.netex.trade; alt. Website https://www.netexchange.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Feb 2014; Tax ID No. 7733872485 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UKON (a.k.a. UCON LLC; a.k.a. "UCON COMPANY"), Str. Bokonbaeva 204, Bishkek 720001, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Aug 2022; Tax ID No. 02408202210349 (Kyrgyzstan) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RFPI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РФПИ) (a.k.a. AKTSIONERNOE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSISKOGO FONDA PRYAMYKH INVESTITSI; a.k.a. AKTSIONERNOYE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSIYSKOGO FONDA PRYAMYKH INVESTITSIY; a.k.a. JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УПРАВЛЯЮЩАЯ КОМПАНИЯ РОССИЙСКОГО ФОНДА ПРЯМЫХ ИНВЕСТИЦИЙ); f.k.a. LIMITED LIABILITY COMPANY MANAGEMENT COMPANY OF RDIF; a.k.a. "AO UK RFPI" (Cyrillic: "АО УК РФПИ"); a.k.a. "JSC MC RDIF"), Naberezhnaya Presnenskaya, Dom 8 Stroyeniye 1, Etaj 7, Moscow 123112, Russia (Cyrillic: Набережная Пресненская, Дом 8, Строение 1, Этаж 7, Москва 123112, Russia); Website www.rdif.ru; alt. Website www.investinrussia.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Apr 2017; Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 7703425673 (Russia); Government Gazette Number 15110384 (Russia); Registration Number 1177746367017 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RVK (a.k.a. LIMITED LIABILITY COMPANY RVC MANAGEMENT COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РВК); a.k.a. RUSSIAN VENTURE COMPANY (Cyrillic: РОССИЙСКАЯ ВЕНЧУРНАЯ КОМПАНИЯ); a.k.a. RVC MANAGEMENT COMPANY LLC; a.k.a. "LLC MC RVC"; a.k.a. "LLC UK RVK"; a.k.a. "OOO UK RVK" (Cyrillic: "ООО УК РВК")), D. 8, Str. 1, Etaj 12, Nab. Presnenskaya, Moscow 123112, Russia (Cyrillic: Дом 8, Строение 1 Этаж 12, Набережная Пресненская, Москва 123112, Russia); Website https://rvc.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Dec 2020; Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 9703024347 (Russia); Government Gazette Number 33185693 (Russia); Registration Number 1207700502547

(Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND).

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU VEB3 INTEGRATOR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЕБ3 ИНТЕГРАТОР) (a.k.a. "OOO WEB3 INTEGRATOR"), Nab. Bersenevskaya D. 6,, Str. 3, Pomeshch. I, Kom 9 Ach, Et 4, Moscow 119072, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Jan 2019; Tax ID No. 7706464945 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU VEB3 TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЕБ3 ТЕХНОЛОГИИ) (a.k.a. "LIMITED LIABILITY COMPANY WEB3 TECHNOLOGIES" (Cyrillic: "OOO ВЕЙВ3"); a.k.a. "WEB3 TECH"; a.k.a. "WEB3 TECHNOLOGY LLC"), Nab. Bersenevskaya D. 6, Str 3, Et 4 Pom.I Kom 9, Moscow 119072, Russia; Website https://www.web3tech.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Aug 2017; Tax ID No. 7724417440 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANNICHENNOI OTVETSTVENNOSTYU KONKORD MENEDZHMENT I KONSALTING (a.k.a. KONKORD MENEDZHMENT I KONSALTING, OOO; a.k.a. LIMITED LIABILITY COMPANY CONCORD MANAGEMENT AND CONSULTING; a.k.a. LLC CONCORD MANAGEMENT AND CONSULTING), D. 13 Litera A, Pom. 2-N N4, Naberezhnaya Reki Fontanki, St. Petersburg 191011, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037843002515 [UKRAINE-EO13661] [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

OBSHCHESTVO S OGRANNICHENOY OTVETSTVENNOSTYU BREMINO GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БРЕМИНО ГРУПП) (a.k.a. BREMINO GROUP LLC; a.k.a. LIMITED LIABILITY COMPANY BREMINO GROUP; a.k.a. OOO BREMINO GRUPP (Cyrillic: ООО БРЕМИНО ГРУПП); a.k.a. TAA BREMINA GRUP (Cyrillic: ТАА БРЭМІНА ГРУП); a.k.a.

TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU BREMINA GRUP (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ БРЭМІНА ГРУП)), ul. Zavodskaya, d. 1K, pom. 1, gp. Bolbasovo, Orsha district, Vitebsk oblast 211004, Belarus (Cyrillic: ул. Заводская, д. 1К, пом. 1, гп. Болбасово, Оршанский район, Витебская область 211004, Belarus); Organization Established Date 05 Nov 2013; Registration Number 691598938 (Belarus) [BELARUS-EO14038].

OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU AKVAMARIN (a.k.a. AKVAMARIN LIMITED LIABILITY COMPANY (Cyrillic: АКВАМАРИН ОБЩЕСТВО С ОГРАНЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); f.k.a. OPKHM OOO), d. 3A str. 6 etazh 1 pom. 2, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jan 2008; Tax ID No. 7715683541 (Russia); Government Gazette Number 84724217 (Russia); Registration Number 1087746081246 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU BIO FARM TREID (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БИО ФАРМ ТРЕЙД) (a.k.a. BIO PHARM TRADE LLC (Cyrillic: ООО БИО ФАРМ ТРЕЙД)), Per Bolshoi Tishinskii, D. 43/20, Str. 2, Floor/Kom. 2/10, Moscow 123557, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 May 2021; Tax ID No. 9703036085 (Russia); Government Gazette Number 60163642 (Russia); Business Registration Number 1217700255024 (Russia) [NPWMD] [RUSSIA-EO14024] (Linked To: GAVRYUCHENKOV, Andrei Viktorovich).

OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU GRUPPA ARKTIK ENERDZHI (a.k.a. ARCTIC ENERGY GROUP LIMITED LIABILITY COMPANY (Cyrillic: ГРУППА АРКТИК ЭНЕРДЖИ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)), d. 3A str. 6 etazh 1 pom. 2, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Aug 2021; Tax ID No. 9704085543 (Russia); Government Gazette Number 48643351 (Russia); Registration

Number 1217700401302 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU RENOVATSIO-INVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РЕНОВАЦИО-ИНВЕСТ) (a.k.a. RENOVATSIO-INVEST; a.k.a. RENOVATSIO-INVEST OOO (Cyrillic: ООО РЕНОВАЦИО-ИНВЕСТ)), Per. Bolshoi Kislovskii, D. 1/12, K. 2, Office 318, Moscow 125009, Russia (Cyrillic: ПЕРЕУЛОК БОЛЬШОЙ КИСЛОВСКИЙ, ДОМ 1/12, КОРПУС 2, ОФИС 318, МОСКВА 125009, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Aug 2017; Tax ID No. 7704440882 (Russia); Government Gazette Number 19093352 (Russia); Business Registration Number 1177746841304 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU RYABINOVAYA (a.k.a. RYABINOVAYA OOO (Cyrillic: ООО РЯБИНОВАЯ)), 4 d., ul. Shosseinaya Moscow, Moscow 109548, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Nov 2015; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 7723416596 (Russia); Registration Number 5157746021043 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU TSITADEL (a.k.a. CITADEL OOO; a.k.a. LIMITED LIABILITY COMPANY CITADEL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦИТАДЕЛЬ); a.k.a. LLC TSITADEL (Cyrillic: ООО ЦИТАДЕЛЬ); a.k.a. TSITADEL GROUP; a.k.a. "CITADEL HOLDING"; a.k.a. "CITADEL LLC"), Michurinskiy avenue, House 27, Apartment 5, Floor 2, Room 6, Moscow 119607, Russia (Cyrillic: Пр-Кт Мичуринский, Д. 27, К. 5, Этаж 2, Ком. 6, Москва 119607, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701012339 (Russia); Registration Number 11577467895690 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU UNIVERSALNY MORSKOI PORT INDIGA (a.k.a. UNIVERSALNY MORSKOI PORT INDIGA LIMITED LIABILITY COMPANY (Cyrillic: УНИВЕРСАЛЬНЫЙ МОРСКОЙ ПОРТ ИНДИГА ОБЩЕСТВО С ОГРАНИЧЕННОЙ

ОТВЕТСТВЕННОСТЬЮ); a.k.a. UNIVERSALNYI MORSKOI PORT INDIGA OOO), d. 11, etazh 2, kab. 8, ul. Portovaya, Nenetski a.o., Naryan-Mar 166000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Aug 2019; Organization Type: Sea and coastal freight water transport; Tax ID No. 2983013198 (Russia); Registration Number 1192901007430 (Russia) [RUSSIA-EO14024] (Linked To: AKVAMARIN LIMITED LIABILITY COMPANY).

OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU VTB SYREVYE TOVARY KHOLDING (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB SYREVYE TOVARY KHOLDING; a.k.a. VTB SYREVYE TOVARY KHOLDING OOO (Cyrillic: ООО ВТБ СЫРЬЕВЫЕ ТОВАРЫ ХОЛДИНГ); a.k.a. VTB SYRYEVYE TOVARY KHOLDING), Nab. Presnenskaya D. 12, Floor 31 Mesto 31.147, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Mar 2016; Organization Type: Non-specialized wholesale trade; Tax ID No. 7703408597 (Russia); Registration Number 1167746344248 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU ASPEKTRIUM (a.k.a. ASPECTRIYM LIMITED TRADE DEVELOPMENT), Ul. Svyazistov D. 9, Office 4, Krasnoznamensk 143090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5006015193 (Russia); Registration Number 1165032058674 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU DALNEVOSTOCHNYY PROEKTNYY INSTITUT VOSTOKPROEKTVERF (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДАЛЬНЕВОСТОЧНЫЙ ПРОЕКТНЫЙ ИНСТИТУТ ВОСТОКПРОЕКТВЕРФЬ) (a.k.a. FAR EAST INSTITUTE VOSTOKPROECTVERF LIMITED LIABILITY CORPORATION; a.k.a. FDI VOSTOKPROEKTVERF), 72 Ulitsa Svetlanskaya, Vladivostok 690091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Aug 2008; Tax ID No.

2536207610 (Russia); Registration Number 1082536011250 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

OBSHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU NIPIGAZ AKTIV (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НИПИГАЗ АКТИВ), 118 Krasnaya Street, Krasnodar 350000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2310191373 (Russia); Registration Number 1162375007167 (Russia) [RUSSIA-EO14024] (Linked To: NAUCHNO ISSLEDOVATELSKII I PROEKTNYI INSTITUT PO PERERABOTKE GAZA AO).

OBSHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU NIPIGAZ IT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НИПИГАЗ ИТ) (a.k.a. NIPIGAS IT LLC), 65 Profsoyuznaya Street, Room 1, Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9728089667 (Russia); Registration Number 1237700161115 (Russia) [RUSSIA-EO14024] (Linked To: NAUCHNO ISSLEDOVATELSKII I PROEKTNYI INSTITUT PO PERERABOTKE GAZA AO).

OBSHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU RADIOKOMP (a.k.a. LIMITED LIABILITY COMPANY RADIOCOMP; a.k.a. LLC RADIOKOMP), Ul Aviamotornaya d. 8A, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722251800 (Russia); Registration Number 1027739746616 (Russia) [RUSSIA-EO14024].

OBSHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU NOVA PROEKT (a.k.a. "NOVA PROJECT LLC"), Str. Ibraimova 115, Bishkek 720001, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Aug 2022; Tax ID No. 00908202210145 (Kyrgyzstan); Registration Number 31556688 (Kyrgyzstan) [RUSSIA-EO14024].

OBSHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU VAYTMENN KHANDELN ALYANS (a.k.a. WEITMANN HANDELN ALLIANZ LLC), Str. Fatyanova 43, Liter A, Bishkek 720001, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

02408202210629 (Kyrgyzstan); Registration Number 31562175 (Kyrgyzstan) [RUSSIA-EO14024].

OBSHSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AQUA SOLID (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АКВА СОЛИД) (a.k.a. OOO AQUA SOLID (Cyrillic: ООО АКВА СОЛИД); a.k.a. "AKVA SOLID"), d. 12 str. 1 pom. IV, kom. 9, ul. Rochdelskaya, Moscow 123022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 May 2013; Tax ID No. 7703789367 (Russia); Registration Number 1137746403563 (Russia) [RUSSIA-EO14024] (Linked To: CHAYKA, Igor Yuryevich).

OBSHTESTVO S OGRANICHENNOY OTVETSTVENNOSTYU MIRDK FYUELS (a.k.a. MIRDK FYUELS OSOO; a.k.a. "MIRDK FUELS"), 36k/1, ul. Lva Tolstogo Oktyabrski raion, Bishkek, Kyrgyzstan; Organization Established Date 30 Mar 2023; Registration Number 31834940 (Kyrgyzstan) [GLOMAG] (Linked To: CROSBY, David Paul).

OBSHTESTVO S OGRANICHENNOY OTVETSTVENNOSTYU ROYAL SONA (a.k.a. ROYAL SONA OSOO), 36k/1, ul. Lva Tolstogo Oktyabrski raion, Bishkek, Kyrgyzstan; Organization Established Date 30 Mar 2023; Registration Number 31834928 (Kyrgyzstan) [GLOMAG] (Linked To: CROSBY, David Paul).

OBSHTESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SAKHARA PETROLEUM (a.k.a. SAKHARA PETROLEUM OSOO), 36k/l, ul. Lva Tolstogo Oktyabrski raion, Bishkek, Kyrgyzstan; Organization Established Date 30 Mar 2023; Registration Number 31834911 (Kyrgyzstan) [GLOMAG] (Linked To: CROSBY, David Paul).

OBSHTESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SUPRIM EF IKS (a.k.a. SUPRIM EF IKS OSOO), 36k/1, ul. Lva Tolstogo Oktyabrski raion, Bishkek, Kyrgyzstan; Organization Established Date 30 Mar 2023; Registration Number 31834897 (Kyrgyzstan) [GLOMAG] (Linked To: CROSBY, David Paul).

OBUHOVSKOE JSC (a.k.a. CJSC OBUKHOVSKOYE; a.k.a. JOINT STOCK COMPANY OBUKHOVSKOYE; a.k.a. SC OBUKHOVSKOYE), Tsvetochnaya st., 7, Saint Petersburg, 196084 Russia, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Jan 2002; alt. Organization Established Date

1994; Tax ID No. 7805025258 (Russia); Registration Number 1037811025152 (Russia) [RUSSIA-EO14024].

OBUKHOV, Sergey Pavlovich (Cyrillic: ОБУХОВ, Сергей Павлович), Russia; DOB 05 Oct 1958; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

OCAMPO MORALES, Jorge Eliecer, Colombia; DOB 16 Feb 1979; POB Colombia; nationality Colombia; citizen Colombia; Cedula No. 8436557 (Colombia) (individual) [SDNTK].

OCCIDENTAL DE PAPELES LTDA. (a.k.a. OCCIPAPEL LTDA.), Avenida 2D No. 24N-06, Cali, Colombia; NIT # 805017535-3 (Colombia) [SDNT].

OCCIPAPEL LTDA. (a.k.a. OCCIDENTAL DE PAPELES LTDA.), Avenida 2D No. 24N-06, Cali, Colombia; NIT # 805017535-3 (Colombia) [SDNT].

OCCUPIED LAND FUND (a.k.a. HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT), 525 International Parkway, Suite 509, Richardson, TX 75081, United States; P.O. Box 832390, Richardson, TX 75083, United States; 9250 S. Harlem Avenue, Bridgeview, IL, United States; 345 E. Railway Avenue, Paterson, NJ 07503, United States; Hebron, West Bank; Gaza Strip, undetermined; 12798 Rancho Penasquitos Blvd., Suite F, San Diego, CA 92128, United States; Jenin, West Bank; Shurta Street, 'Amira al-Ramuna, 4th Floor, Ramallah, West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; US FEIN 95-4227517; and other locations within the United States [SDGT].

OCEAN BUNKERING JV CO, Otan-dong, Chung-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 4199470 [DPRK3].

OCEAN CAPITAL ADMINISTRATION GMBH, Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 92501 [IRAN].

OCEAN CHIPS LLC (a.k.a. OCEAN ELECTRONICS LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОКЕАН ЭЛЕКТРОНИКИ); a.k.a. OKEAN ELEKTRONIKI OOO), Ulitsa Kalinina, Dom 2, Korpus 4, Lit. A, Pomeshtenie 1N, Komn. 10, Saint Petersburg 198099, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Feb 2012; Tax ID No. 7813525631 (Russia); Registration Number 1127847065334 (Russia) [RUSSIA-EO14024].

OCEAN DOLPHIN SHIP MANAGEMENT LIMITED (a.k.a. OCEAN DOLPHIN SHIP MANAGEMENT LTD), Room 808A, 329, Hengfeng Lu, Jing'an Qu, Shanghai 200070, China; Room 1004, Block A 157, Jinggangshan Lu, Zhongnan Jinshi International Plaza, Huangdao, Qingdao 266400, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Nov 2021; Identification Number IMO 6270796; Company Number 3105148 (Hong Kong); Business Registration Number 73563275 (Hong Kong) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

OCEAN DOLPHIN SHIP MANAGEMENT LTD (a.k.a. OCEAN DOLPHIN SHIP MANAGEMENT LIMITED), Room 808A, 329, Hengfeng Lu, Jing'an Qu, Shanghai 200070, China; Room 1004, Block A 157, Jinggangshan Lu, Zhongnan Jinshi International Plaza, Huangdao, Qingdao 266400, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Nov 2021; Identification Number IMO 6270796; Company Number 3105148 (Hong Kong); Business Registration Number 73563275 (Hong Kong) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

OCEAN ELECTRONICS LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОКЕАН ЭЛЕКТРОНИКИ) (a.k.a. OCEAN CHIPS LLC; a.k.a. OKEAN ELEKTRONIKI OOO), Ulitsa Kalinina, Dom 2, Korpus 4, Lit. A, Pomeshtenie 1N, Komn. 10, Saint Petersburg 198099, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Feb 2012; Tax ID No. 7813525631 (Russia); Registration Number 1127847065334 (Russia) [RUSSIA-EO14024].

OCEAN ESTATE COMPANY LIMITED (Arabic: اوشن إستيت كومباني ليمتد), Office 902, Saba 1 Jumeirah Lakes Towers, P.O. Box 346049, Dubai, United Arab Emirates; Company Number 145318 (United Arab Emirates); alt. Company Number 1174808 (United Arab Emirates) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OCEAN ESTATE GMBH, Tuchlauben 7 A, Vienna 1010, Austria; Organization Established Date 27 Jul 2016; V.A.T. Number ATU71737702 (Austria); Business Registration Number FN 460375y (Austria) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OCEAN EUROPE CY LIMITED, Floor No: 2, Stasinou 23, Nicosia 2404, Cyprus; Organization Established Date 13 Oct 2015; Business Registration Number C347860 (Cyprus) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OCEAN GLORY GIANT OGG SA, Via Espana, Panama City, Panama; Organization Established Date 05 Oct 2017; Identification Number IMO 6089179; Folio Mercantil No. 155656140 (Panama) [IRAN-EO13902].

OCEAN INC., Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 26 Sep 2024; Identification Number IMO 0110647; Registration Number 128086 (Marshall Islands) [IRAN-EO13902].

OCEAN KUDOS SHIPPING COMPANY LIMITED, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 26 Nov 2024; Identification Number IMO 0118435; Registration Number 129014 (Marshall Islands) [IRAN-EO13902].

OCEAN LEONID INVESTMENTS AG, Baarerstrasse 43, Zug 6300, Switzerland; Organization Established Date 20 May 2021; Identification Number CHE-419.318.920 (Switzerland); Registration Number CH-660.1.793.021-2 (Switzerland) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

OCEAN LEONID INVESTMENTS LTD (Arabic: أوشن ليونيد إنفستمنتس ليميتد), Office 301, Tower 1 Al Fattan Currency House, Dubai International Financial Centre, Dubai, United Arab Emirates; Unit 04 Level 3, Building 1 Currency House, Dubai International Financial Centre, Dubai, United Arab Emirates; Website oceanleonid.com; Organization Established Date 23 Oct 2018; Registration Number 3023 (United Arab Emirates) [IRAN-EO13902]

(Linked To: SHAMKHANI, Mohammad Hossein).

OCEAN LEONID INVESTMENTS SINGAPORE PTE. LTD., Prudential Tower, 30 Cecil Street #19-08, Singapore 049712, Singapore; Organization Established Date 28 Oct 2021; Registration Number 202137588D (Singapore) [IRAN-EO13902] (Linked To: OCEAN LEONID INVESTMENTS LTD).

OCEAN MARITIME MANAGEMENT COMPANY LIMITED (a.k.a. EAST SEA SHIPPING COMPANY; a.k.a. HAEYANG CREW MANAGEMENT COMPANY; a.k.a. KOREA MIRAE SHIPPING CO. LTD.), Dongheung-dong Changgwang Street, Chung-ku, PO Box 125, Pyongyang, Korea, North; Donghung Dong, Central District, PO Box 120, Pyongyang, Korea, North; No. 10, 10th Floor, Unit 1, Wu Wu Lu 32-1, Zhong Shan Qu, Dalian City, Liaoning Province, China; 22 Jin Cheng Jie, Zhong Shan Qu, Dalian City, Liaoning Province, China; 43-39 Lugovaya, Vladivostok, Russia; CPO Box 120, Tonghung-dong, Chung-gu, Pyongyang, Korea, North; Bangkok, Thailand; Lima, Peru; Port Said, Egypt; Singapore; Brazil; Hong Kong, China; Shenzhen, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 1790183 [DPRK].

OCEAN PROPERTIES GMBH, Tuchlauben 7 A, Vienna 1010, Austria; Organization Established Date 10 Nov 2016; V.A.T. Number ATU72487837 (Austria); Business Registration Number FN 471852 a (Austria) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OCEAN SPEEDSTAR SOLUTIONS OPC PRIVATE LIMITED, Hari-Ganga Apt Fl-4, Sn 49, Pl 3/2/1/1 Gandhi Bhavan, Pune City, Pune, Maharashtra 411038, India; Office 121/C, NBC Complex, Plot 43, Sector 11, CBD Belapur, Mumbai, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jun 2024; C.I.N. U52292MH2024OPC426638 (India); Identification Number IMO 6508844 [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ARCTIC LNG 2).

OCEAN VOYAGE LLC (a.k.a. OCEAN VOYAGE MAHDUD MASULIYYATLI CAMIYYATI), Zahid Xalilov, House 113, M12, Apt. M2, Baku AZ1141, Azerbaijan; Apartment M2, M12, Zahid Khalilov Kucasi, Yasamal District, 113, Baku

AZ1141, Azerbaijan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Jun 2024; Tax ID No. 1308871731 (Azerbaijan); Identification Number IMO 6507571 [SDGT] (Linked To: ANSARALLAH).

OCEAN VOYAGE MAHDUD MASULIYYATLI CAMIYYATI (a.k.a. OCEAN VOYAGE LLC), Zahid Xalilov, House 113, M12, Apt. M2, Baku AZ1141, Azerbaijan; Apartment M2, M12, Zahid Khalilov Kucasi, Yasamal District, 113, Baku AZ1141, Azerbaijan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Jun 2024; Tax ID No. 1308871731 (Azerbaijan); Identification Number IMO 6507571 [SDGT] (Linked To: ANSARALLAH).

OCEAN WATERS MARITIME CORPORATION, Suite 10, 3rd Floor, La Ciotat, Mont Fleuri, Mahe, Seychelles; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6416147 [UKRAINE-EO13662] [RUSSIA-EO14024].

OCEANEN ENVIRONMENTAL SCI.& TECH. (a.k.a. SHANGHAI HAIYI ENVIRONMENTAL TECHNOLOGY CO., LTD.; a.k.a. SHANGHAI OCEANEN ENVIRONMENTAL SCI. & TECH; a.k.a. SHANGHAI OCEANEN ENVIRONMENTAL SCIENCE AND TECHNOLOGY CO., LTD. (Chinese Simplified: 上海海奕環境科技有限公司)), Longhu Lakeside Business Center, Room 204 Building 16, Songjiang, Shanghai, China; Ding Yuan Lu 618Nong 1Hao 29Chuang 135Shi, Shanghai 201600, China; Website www.oceanen-tech.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Apr 2013; Organization Type: Wholesale of electronic and telecommunications equipment and parts; Registration Number 310118002833250 (China); Unified Social Credit Code (USCC) 9131011806599048X5 (China) [RUSSIA-EO14024] (Linked To: TECHNOPOLE COMPANY).

OCEANEND SHIPPING LTD, PO Box 1137, Victoria, Mahe Island, Seychelles; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.

Sec. 5(a)(iv); Identification Number IMO 6348942 [IRAN-EO13846].

OCEANIC ORBIT INCORPORATED, Office E, 20th Floor, Global Plaza Building, Calle 50, Panama City, Panama; Organization Established Date 30 Aug 2024; RUC # 155756197-2-2024 (Panama); Identification Number IMO 0052879 [IRAN-EO13902].

OCEANLINK MARITIME DMCC (Arabic: اوشينلينك ماريتايم م.د.م.س), Unit 2808, Plot JLT-PH1-F2A, HDS Tower, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Unit AG-11-H, AG Tower, Plot JLT-PH1-I1A, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 17 Mar 2023; Identification Number IMO 6450979; Trade License No. DMCC-881270 (United Arab Emirates); alt. Trade License No. DMCC-881271 (United Arab Emirates); Registration Number DMCC196521 (United Arab Emirates) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

OCEANO BLU TRADING LIMITED (f.k.a. PESCA MEDITERRANEA LIMITED), Flat 2, Merill Court, Fuxa Street, San Gwann SGN 1308, Malta; D-U-N-S Number 52-023-2342; V.A.T. Number MT21195831 (Malta); Tax ID No. 21195831 (Malta); Trade License No. C 58157 (Malta) [LIBYA3].

OCEANOS JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE PODVODNYKH TEKHNOLOGI OKEANOS; a.k.a. NPP PT OKEANOS, AO (Cyrillic: АО НПП ПТ ОКЕАНОС); f.k.a. OKEANOS, AO), d. 2 litera A pom. 1384, Bulvar Poeticheski, St. Petersburg 194295, Russia; 19/2 Esenina Street, St. Petersburg 194295, Russia; 16/2 A-H Engelsa Prospekt, St. Petersburg 195156, Russia; Website www.oceanos.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7801233338 (Russia); Government Gazette Number 13873675 (Russia); Registration Number 1037800076610 (Russia) [CYBER2] (Linked To: FEDERAL SECURITY SERVICE).

OCHOA GUISAO, Walter, Colombia; DOB 23 Dec 1972; POB Santa Fe, Colombia; nationality Colombia; citizen Colombia; Gender Male; Cedula No. 10179825 (Colombia) (individual) [SDNTK].

OCHOA LAGUNES, Lucio (a.k.a. "El Borrego"), Mexico; DOB 15 Dec 1975; POB Veracruz, Mexico; nationality Mexico; Gender Male; C.U.R.P. OOLL751215HVZCGC06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: LA NUEVA FAMILIA MICHOACANA).

OCHOA VILLAGRAN, Erick Manuel (a.k.a. "PERICA"), Guatemala; DOB 01 Jun 1985; POB San Marcos, Guatemala; nationality Guatemala; Gender Male; Cedula No. L-1247674 (Guatemala); C.U.I. 1680324221213 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

OCHOA, Salvador (a.k.a. AMEZCUA CONTRERAS, Luis Ignacio; a.k.a. AMEZCUA, Luis; a.k.a. CONTRERAS, Luis C.; a.k.a. LOPEZ, Luis; a.k.a. LOZANO, Eduardo; a.k.a. RODRIGUEZ LOPEZ, Sergio); DOB 22 Feb 1964; alt. DOB 21 Feb 1964; alt. DOB 21 Feb 1974; POB Mexico (individual) [SDNTK].

OCS-CENTER LTD (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU O-SI-ES-TSENTR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ О-СИ-ЭС-ЦЕНТР); a.k.a. O-SI-ES-TSENTR, OOO (Cyrillic: ООО О-СИ-ЭС-ЦЕНТР)), Domovladenie 6 Str. 1 Kom. 7, Km. Kievskoe Shosse 22-I (P Moskovski), Moscow 108811, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Jul 2003; Tax ID No. 7701341820 (Russia); Registration Number 1037701914612 (Russia) [RUSSIA-EO14024].

OCTANE ENERGY GROUP FZCO (Arabic: اوكتان انرجي جروب ش. م. ح.), Dubai, United Arab Emirates; Organization Established Date 03 Oct 2022; License 21159 (United Arab Emirates); Economic Register Number (CBLS) 11995803 (United Arab Emirates) [IRAN-EO13846].

ODEH, Ahmad (a.k.a. ODEH, Ahmed; a.k.a. ODEH, Ahmed Sharif Abdallah; a.k.a. ODEH, Ahmed Sharif Abdullah; a.k.a. OUDA, Ahmed Charif Abdellah; a.k.a. UDIH, Ahmad), Jordan; DOB 01 Jan 1951; POB Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

ODEH, Ahmed (a.k.a. ODEH, Ahmad; a.k.a. ODEH, Ahmed Sharif Abdallah; a.k.a. ODEH, Ahmed Sharif Abdullah; a.k.a. OUDA, Ahmed Charif Abdellah; a.k.a. UDIH, Ahmad), Jordan; DOB 01 Jan 1951; POB Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

ODEH, Ahmed Sharif Abdallah (a.k.a. ODEH, Ahmad; a.k.a. ODEH, Ahmed; a.k.a. ODEH, Ahmed Sharif Abdullah; a.k.a. OUDA, Ahmed Charif Abdellah; a.k.a. UDIH, Ahmad), Jordan; DOB 01 Jan 1951; POB Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

ODEH, Ahmed Sharif Abdullah (a.k.a. ODEH, Ahmad; a.k.a. ODEH, Ahmed; a.k.a. ODEH, Ahmed Sharif Abdallah; a.k.a. OUDA, Ahmed Charif Abdellah; a.k.a. UDIH, Ahmad), Jordan; DOB 01 Jan 1951; POB Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

ODIAR MANAGEMENT S.A., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 12 Jan 2021; Identification Number IMO 6208372; Business Registration Number 107484 (Marshall Islands) [IRAN-EO13902] (Linked To: BABYLON NAVIGATION DMCC).

ODINE MARINE INC. (a.k.a. ODINE MARINE INCORPORATED), Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 27 Sep 2021; Identification Number IMO 6257274; Registration Number 111064 (Marshall Islands) [UKRAINE-EO13662] [RUSSIA-EO14024].

ODINE MARINE INCORPORATED (a.k.a. ODINE MARINE INC.), Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 27 Sep 2021; Identification Number IMO 6257274; Registration Number 111064 (Marshall Islands) [UKRAINE-EO13662] [RUSSIA-EO14024].

ODK-KLIMOV (a.k.a. AO ODK-KLIMOV (Cyrillic: АО ОДК-КЛИМОВ); a.k.a. JOINT STOCK COMPANY ODK-KLIMOV; a.k.a. JOINT-STOCK COMPANY ODK-KLIMOV), 11 Kantemirovskaya Str., Saint Petersburg 194100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802375335 (Russia) [RUSSIA-EO14024].

ODK-KUZNETSOV (a.k.a. KUZNETSOV ODK; a.k.a. KUZNETSOV PAO; a.k.a. KUZNETSOV PUBLIC JOINT-STOCK COMPANY (Cyrillic: ПАО ОДК-КУЗНЕЦОВ); a.k.a. PJSC ODK-KUZNETSOV; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-KUZNETSOV), 29 Zavodskoye Highway, Samara, Samara Region 443052, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6319033379 (Russia) [RUSSIA-EO14024].

ODK-SATURN PAO (a.k.a. NPO SATURN JSC; a.k.a. ODK-SATURN PUBLIC JOINT-STOCK COMPANY; a.k.a. PJSC UEC-SATURN (Cyrillic: ПАО ОДК-САТУРН); a.k.a. UEC-SATURN; a.k.a. "SATURN NGO"), 163 Lenin Ave., Rybinsk, Yaroslavl Region 152903, Russia; 13 Kasatkin St., Moscow 129301, Russia; 4 A Novoroshchinskaya St., St. Petersburg 196084, Russia; 140 Kuybyshev St., 3rd Floor, Perm, Russia; 3 Okruzhnaya Doroga St., Omsk 644076, Russia; Website www.uec-saturn.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7610052644 (Russia); Registration Number 1027601106169 (Russia) [RUSSIA-EO14024].

ODK-SATURN PUBLIC JOINT-STOCK COMPANY (a.k.a. NPO SATURN JSC; a.k.a. ODK-SATURN PAO; a.k.a. PJSC UEC-SATURN (Cyrillic: ПАО ОДК-САТУРН); a.k.a. UEC-SATURN; a.k.a. "SATURN NGO"), 163 Lenin Ave., Rybinsk, Yaroslavl Region 152903, Russia; 13 Kasatkin St., Moscow 129301, Russia; 4 A Novoroshchinskaya St., St. Petersburg 196084, Russia; 140 Kuybyshev St., 3rd Floor, Perm, Russia; 3 Okruzhnaya Doroga St., Omsk 644076, Russia; Website www.uec-saturn.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7610052644 (Russia); Registration Number 1027601106169 (Russia) [RUSSIA-EO14024].

ODK-UMPO ENGINE BUILDING ASSOCIATION (a.k.a. ODK-UMPO ENGINE BUILDING ENTERPRISE; a.k.a. PAO ODK-UFIMSKOE MOTOROSTROITELNOE PROIZVODSTVENNOE OBEDINENIE (Cyrillic: ПАО ОДК-УФИМСКОЕ МОТОРОСТРОИТЕЛЬНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ); a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE; a.k.a. PUBLIC JOINT-

STOCK COMPANY ODK-UFIMSKOYE MOTOROSTROITELNOYE PRODUCTION ASSOCIATION; a.k.a. UFA ENGINE BUILDING MANUFACTURING COMPANY; a.k.a. UFA ENGINE-MANUFACTURING COMPANY; a.k.a. UFIMSKOYE MOTOROSTROITELNOYE PROIZVODSTVENNOYE OBYEDINENIYE; a.k.a. UNITED ENGINE MANUFACTURING CORPORATION-UFA ENGINE BUILDING PRODUCTION ASSOCIATION PUBLIC JOINT STOCK CORPORATION; a.k.a. "ODK-UMPO"; a.k.a. "ODK-UMPO PAO"; a.k.a. "PJSC ODK-UMPO"), 2 Ferina St., UFA, Republic of Bashkortostan 450039, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0273008320 (Russia) [RUSSIA-EO14024].

ODK-UMPO ENGINE BUILDING ENTERPRISE (a.k.a. ODK-UMPO ENGINE BUILDING ASSOCIATION; a.k.a. PAO ODK-UFIMSKOE MOTOROSTROITELNOE PROIZVODSTVENNOE OBEDINENIE (Cyrillic: ПАО ОДК-УФИМСКОЕ МОТОРОСТРОИТЕЛЬНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ); a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE MOTOROSTROITELNOYE PRODUCTION ASSOCIATION; a.k.a. UFA ENGINE BUILDING MANUFACTURING COMPANY; a.k.a. UFA ENGINE-MANUFACTURING COMPANY; a.k.a. UFIMSKOYE MOTOROSTROITELNOYE PROIZVODSTVENNOYE OBYEDINENIYE; a.k.a. UNITED ENGINE MANUFACTURING CORPORATION-UFA ENGINE BUILDING PRODUCTION ASSOCIATION PUBLIC JOINT STOCK CORPORATION; a.k.a. "ODK-UMPO"; a.k.a. "ODK-UMPO PAO"; a.k.a. "PJSC ODK-UMPO"), 2 Ferina St., UFA, Republic of Bashkortostan 450039, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0273008320 (Russia) [RUSSIA-EO14024].

ODNA RODYNA (Cyrillic: ОДНА РОДИНА), Russia; Website odnarodyna.org [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

ODO BELNEFTEGAZ (Cyrillic: ОДО БЕЛНЕФТЕГАЗ) (a.k.a. ADDITIONAL LIABILITY COMPANY BELNEFTEGAZ; a.k.a. ALC BELNEFTEGAZ; a.k.a. BELNEFTEGAS; a.k.a. BELNEFTEGAZ (Cyrillic: БЕЛНЕФТЕГАЗ); a.k.a. OBSHCHESTVO S DOPOLNITELNOY OTVETSTVENNOSTYU BELNEFTEGAZ (Cyrillic: ОБЩЕСТВО С ДОПОЛНИТЕЛЬНОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛНЕФТЕГАЗ); a.k.a. TAVARYSTVA Z DADATKOVAY ADKAZNASTSYU BELNAFTAHAZ (Cyrillic: ТАВАРЫСТВА З ДАДАТКОВАЙ АДКАЗНАСЦЮ БЕЛНАФТАГАЗ); a.k.a. TDA BELNAFTANAZ (Cyrillic: ТДА БЕЛНАФТАГАЗ)), ul. Azgura, d. 5, pom. 68 (kabinet 1, 1st floor), Minsk 220088, Belarus (Cyrillic: ул. Азгура, д. 5, пом. 68 (кабинет 1, 1 этаж), г. Минск 220088, Belarus); Organization Established Date 23 Mar 1995; Registration Number 100878073 (Belarus) [BELARUS-EO14038].

ODO DISKOMS (Cyrillic: ОДО ДИСКОМС) (a.k.a. ALC DISKOMS), UL. Sharangovicha 13, Minsk 220018, Belarus; Organization Established Date 30 Oct 1995; Organization Type: Manufacture of industrial, electric and electronic machinery; Tax ID No. 101065433 (Belarus) [BELARUS-EO14038].

ODYSSEY MARINE INC., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 04 May 2020; Identification Number IMO 6440853; Registration Number 120937 (Marshall Islands) [IRAN-EO13902].

OEHRI, Roland (a.k.a. OHRI, Roland), Liechtenstein; Austria; DOB 19 Mar 1968; POB Liechtenstein; nationality Liechtenstein; alt. nationality Switzerland; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport R 41277 (Liechtenstein) expires 23 Mar 2030 (individual) [RUSSIA-EO14024] (Linked To: SEQUOIA TREUHAND TRUST REG).

OENERGY COMMODITIES DMCC (Arabic: اوينرجي كوموديتيز م.د.م.س), Unit No: AU-06-H Gold Tower (AU) Plot No: JLT-PH1-I3A, Dubai, United Arab Emirates; Organization Established Date 02 Feb 2021; Registration Number DMCC-797851 (United Arab Emirates); Economic Register Number (CBLS) 11629832 (United Arab Emirates) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

OFFENBACH HAUSHALTWAREN B.V., Rietlanden 5 - A, Beverwijk 1948, Netherlands; Rietlanden 5 - 7, Beverwijk 1948 NE, Netherlands; C.R. No. 28094396 (Netherlands) [SDNTK].

OFFICE #39 (a.k.a. BUREAU 39; a.k.a. CENTRAL COMMITTEE BUREAU 39; a.k.a. DIVISION 39; a.k.a. OFFICE 39; a.k.a. OFFICE NO. 39; a.k.a. "THIRD FLOOR"), Second KWP Government Building (Korean - Ch'o'ngsa), Chungso'ng, Urban Town (Korean - Dong), Chung Ward, Pyongyang, Korea, North; Chung-Guyok (Central District), Sosong Street, Kyongrim-Dong, Pyongyang, Korea, North; Changgwang Street, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

OFFICE 39 (a.k.a. BUREAU 39; a.k.a. CENTRAL COMMITTEE BUREAU 39; a.k.a. DIVISION 39; a.k.a. OFFICE #39; a.k.a. OFFICE NO. 39; a.k.a. "THIRD FLOOR"), Second KWP Government Building (Korean - Ch'o'ngsa), Chungso'ng, Urban Town (Korean - Dong), Chung Ward, Pyongyang, Korea, North; Chung-Guyok (Central District), Sosong Street, Kyongrim-Dong, Pyongyang, Korea, North; Changgwang Street, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

OFFICE NO. 39 (a.k.a. BUREAU 39; a.k.a. CENTRAL COMMITTEE BUREAU 39; a.k.a. DIVISION 39; a.k.a. OFFICE #39; a.k.a. OFFICE 39; a.k.a. "THIRD FLOOR"), Second KWP Government Building (Korean - Ch'o'ngsa), Chungso'ng, Urban Town (Korean - Dong), Chung Ward, Pyongyang, Korea, North; Chung-Guyok (Central District), Sosong Street, Kyongrim-Dong, Pyongyang, Korea, North; Changgwang Street, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES (a.k.a. CENTER FOR INNOVATION AND TECHNOLOGY COOPERATION; a.k.a. OFFICE OF SCIENTIFIC AND TECHNICAL COOPERATION; f.k.a. PRESIDENCY OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. TECHNOLOGY COOPERATION OFFICE; a.k.a. "CITC"; f.k.a. "OSIS"; f.k.a. "POSIS"; a.k.a. "TCO"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

OFFICE OF SCIENTIFIC AND TECHNICAL COOPERATION (a.k.a. CENTER FOR INNOVATION AND TECHNOLOGY COOPERATION; f.k.a. OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; f.k.a. PRESIDENCY OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. TECHNOLOGY COOPERATION OFFICE; a.k.a. "CITC"; f.k.a. "OSIS"; f.k.a. "POSIS"; a.k.a. "TCO"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

OFFICE OF THE QUARTERMASTER GENERAL (a.k.a. QUARTERMASTER GENERAL OFFICE; a.k.a. QUARTERMASTER GENERAL'S OFFICE), Burma; Target Type Government Entity [BURMA-EO14014].

OFFICER'S UNION FOR INTERNATIONAL SECURITY (a.k.a. SODRUZHESTVO OFITSEROV ZA MEZHDUNARODNUYU BEZOPASNOST; a.k.a. "OUIS"), Ul. Cherkizovskaya B, D. 24A, Str. 1, Floor 8, Office #815, Moscow 107553, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Feb 2021; Organization Type: Private security activities; alt. Organization Type: Real estate activities with own or leased property; Target Type Private Company; Tax ID No. 9718168599 (Russia); Registration Number 1217700038710 (Russia) [CAR] [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

OFFISCOOP NV, Frankrijklei 156, 5eVerd, Antwerpen 2000, Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; D-U-N-S Number 37-163-1008; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Branch Unit Number 2093373727 (Belgium); Enterprise Number 0473365047 (Belgium) [SDGT] (Linked To: BAZZI, Wael).

OFITRADE (a.k.a. LIMITED LIABILITY COMPANY OFITREYD; a.k.a. OFITREID), Ul. Sholokhova D. 7, Kv. 145, Moscow 119634, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7729779003 (Russia); Registration Number 1147746897396 (Russia) [RUSSIA-EO14024].

OFITREID (a.k.a. LIMITED LIABILITY COMPANY OFITREYD; a.k.a. OFITRADE), Ul. Sholokhova D. 7, Kv. 145, Moscow 119634, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7729779003 (Russia); Registration Number 1147746897396 (Russia) [RUSSIA-EO14024].

OFOG SABZE DARYA COMPANY, Unit Seven, Fourth Floor, Number 18, 15th Street, Khaled Eslamboli Street, Beheshti Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

OFOGH SABERIN ENGINEERING DEVELOPMENT COMPANY (a.k.a. OFOGH TOSE-EH SABERIN ENGINEERING), Shahid Malek Lu Street, No. 86, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

OFOGH TOSE-EH SABERIN ENGINEERING (a.k.a. OFOGH SABERIN ENGINEERING DEVELOPMENT COMPANY), Shahid Malek Lu Street, No. 86, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

OFOQ SAZEH PAYAH, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

OFS TECHNOLOGIES JSC (a.k.a. JOINT STOCK COMPANY OFS TECHNOLOGIES), Proezd 1-I Krasnogvardeiskii D. 22, Str. 1, Floor/Pomeshch. 8/8.23, Mesto 174, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7714024384 (Russia); Registration Number 1027739299961 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

OGARO, Salim (a.k.a. KONY, Salim; a.k.a. KONY, Salim Saleh; a.k.a. OBOL, Simon Salim; a.k.a. OGARO, Salim Saleh Obol; a.k.a. SALEH, Salim; a.k.a. SALIM, Okolu), Kafia Kingi; Central African Republic; DOB 1992; alt. DOB 1991; alt. DOB 1993 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

OGARO, Salim Saleh Obol (a.k.a. KONY, Salim; a.k.a. KONY, Salim Saleh; a.k.a. OBOL, Simon Salim; a.k.a. OGARO, Salim; a.k.a. SALEH, Salim; a.k.a. SALIM, Okolu), Kafia Kingi; Central African Republic; DOB 1992; alt. DOB 1991; alt. DOB 1993 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

OGAZON SEDANO, Mario Esteban, Villa Calomato 3595, Fraccionamiento Colinas de la Rivera, Culiacan, Sinaloa, Mexico; DOB 14 Jul 1980; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. OASM800714HSLGDR00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

OGC SHIPPING LLC FZ (a.k.a. BLACK PEARL ENERGY TRADING LLC; a.k.a. BLACK PEARL ENERGY TRADING LLC FZ; a.k.a. STARLINE MANAGEMENT FZ LLC), Business Center 1, M Floor, The Meydan Hotel, Nad Al Sheba, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 30 Mar 2022; Registration Number 2201205 (United Arab Emirates) [UKRAINE-EO13662] [RUSSIA-EO14024].

OGC-VICTORIA HOLDING LTD (a.k.a. OIL GAS CONSULTING - VICTORIA HOLDING, LTD.), Proteas House, Floor No: 5, Limassol, Cyprus; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 29 Aug 2018; Registration Number HE 388062 (Cyprus) [SDGT] [IFSR] (Linked To: BASLAM NAKLIYAT VE DIS TICARET LTD STI).

OGHYANOUS KHOROSHAN KISH (a.k.a. KHOROSHAN MARITIME COMPANY; a.k.a. OGHYANOUS-E KHOROUSHAN-E KISH SHIPPING LINES), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

OGHYANOUS-E KHOROUSHAN-E KISH SHIPPING LINES (a.k.a. KHOROSHAN MARITIME COMPANY; a.k.a. OGHYANOUS KHOROSHAN KISH), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

OGLOBLINA, Yuliya Vasilyevna (Cyrillic: ОГЛОБЛИНА, Юлия Васильевна), Russia; DOB 01 Nov 1989; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

OGUL, Leonid Anatolyevich (Cyrillic: ОГУЛЬ, Леонид Анатольевич), Russia; DOB 26 Oct 1963; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State

Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

OGUNGBUYI, Abeni O. (a.k.a. BABESTAN, Abeni O.; a.k.a. SHOFESO, Olatutu Temitope); DOB 30 Jun 1952; POB Nigeria (individual) [SDNTK].

OGUNGBUYI, Oluwole A. (a.k.a. ADEMULERO, Babestan Oluwole; a.k.a. BABESTAN, Wole A.; a.k.a. OGUNGBUYI, Wally; a.k.a. OGUNGBUYI, Wole A.; a.k.a. SHOFESO, Olatude I.; a.k.a. SHOFESO, Olatunde Irewole); DOB 04 Mar 1953; POB Nigeria (individual) [SDNTK].

OGUNGBUYI, Wally (a.k.a. ADEMULERO, Babestan Oluwole; a.k.a. BABESTAN, Wole A.; a.k.a. OGUNGBUYI, Oluwole A.; a.k.a. OGUNGBUYI, Wole A.; a.k.a. SHOFESO, Olatude I.; a.k.a. SHOFESO, Olatunde Irewole); DOB 04 Mar 1953; POB Nigeria (individual) [SDNTK].

OGUNGBUYI, Wole A. (a.k.a. ADEMULERO, Babestan Oluwole; a.k.a. BABESTAN, Wole A.; a.k.a. OGUNGBUYI, Oluwole A.; a.k.a. OGUNGBUYI, Wally; a.k.a. SHOFESO, Olatude I.; a.k.a. SHOFESO, Olatunde Irewole); DOB 04 Mar 1953; POB Nigeria (individual) [SDNTK].

OGUNSHAKIN, Alex Afolabi, Nigeria; DOB 23 Feb 1983; nationality Nigeria; Gender Male; Passport A05285583 (Nigeria) (individual) [CYBER2].

OGURYAEV, Dmitriy Aleksandrovich (Cyrillic: ОГУРЯЕВ, Дмитрий Александрович), Moscow, Russia; DOB 25 Aug 1976; POB Korolev, Moscow Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

OHANGARONSEMENT AKSIYADORLIK JAMIYATIGA (a.k.a. AKHANGARANCEMENT JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АХАНГАРАНЦЕМЕНТ); a.k.a. JOINT STOCK COMPANY OHANGARONSEMENT), Promzona, g. Akhangaran, Tashkent Province 110300, Uzbekistan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Manufacture of articles of concrete, cement and plaster; Tax ID No. 200463344 (Uzbekistan) [RUSSIA-EO14024] (Linked To: AKKERMANN CEMENT CA LIMITED LIABILITY COMPANY).

OHG HOLDING S.A.L. (a.k.a. O.H.G. HOLDING SAL; a.k.a. OHG HOLDING SAL), Beirut, Lebanon; P.O. Box 90326, Grey Center 2nd Floor, Jdeideh Boulevard, Sin El-Fil, Baouchriyeh, Metn, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 14 Jul 2009; Organization Type: Activities of holding companies; Commercial Registry Number 1901517 (Lebanon) [SDGT] (Linked To: OBEID, Boutros Georges).

OHG HOLDING SAL (a.k.a. O.H.G. HOLDING SAL; a.k.a. OHG HOLDING S.A.L.), Beirut, Lebanon; P.O. Box 90326, Grey Center 2nd Floor, Jdeideh Boulevard, Sin El-Fil, Baouchriyeh, Metn, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 14 Jul 2009; Organization Type: Activities of holding companies; Commercial Registry Number 1901517 (Lebanon) [SDGT] (Linked To: OBEID, Boutros Georges).

OHRI, Roland (a.k.a. OEHRI, Roland), Liechtenstein; Austria; DOB 19 Mar 1968; POB Liechtenstein; nationality Liechtenstein; alt. nationality Switzerland; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport R 41277 (Liechtenstein) expires 23 Mar 2030 (individual) [RUSSIA-EO14024] (Linked To: SEQUOIA TREUHAND TRUST REG).

OIL COMPANY ROSNEFT (a.k.a. OAO ROSNEFT OIL COMPANY; a.k.a. OJSC ROSNEFT OIL COMPANY; a.k.a. OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY; a.k.a. ROSNEFT; a.k.a. ROSNEFT OIL COMPANY), 26/1 Sofiyskaya Embankment, Moscow 115035, Russia; Website www.rosneft.com; alt. Website www.rosneft.ru; Email Address postman@rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1027700043502 (Russia); Tax ID No. 7706107510 (Russia); Government Gazette Number 00044428 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

OIL ENERDZHI LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OIL ENERDZHI; a.k.a. OIL ENERDZHI OOO; a.k.a. "OIL ENERGY"), Ul. Butlerova D. 17, Blok A, Moscow 117342, Russia; d. 1 str. 8 kom. 40, 41, proezd 1-I Veshnyakovski Moscow, Moscow 109456, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Oct 2010; Tax ID No. 7721704983 (Russia); Government Gazette Number 68836796 (Russia); Registration Number 1107746819366 (Russia) [RUSSIA-EO14024].

OIL ENERDZHI OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OIL ENERDZHI; a.k.a. OIL ENERDZHI LIMITED LIABILITY COMPANY; a.k.a. "OIL ENERGY"), Ul. Butlerova D. 17, Blok A, Moscow 117342, Russia; d. 1 str. 8 kom. 40, 41, proezd 1-I Veshnyakovski Moscow, Moscow 109456, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Oct 2010; Tax ID No. 7721704983 (Russia); Government Gazette Number 68836796 (Russia); Registration Number 1107746819366 (Russia) [RUSSIA-EO14024].

OIL GAS CONSULTING - VICTORIA HOLDING, LTD. (a.k.a. OGC-VICTORIA HOLDING LTD), Proteas House, Floor No: 5, Limassol, Cyprus; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 29 Aug 2018; Registration Number HE 388062 (Cyprus) [SDGT] [IFSR] (Linked To: BASLAM NAKLIYAT VE DIS TICARET LTD STI).

OIL INDUSTRY INVESTMENT COMPANY (a.k.a. "O.I.I.C."), No. 83, Sepahbod Gharani Street, Tehran, Iran; Website http://www.oiic-ir.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

OIL OF DR CONGO SPRL (a.k.a. OIL OF DRCONGO), 14 Avenue Sergent Moke, Kinshasa, Gombe, Congo, Democratic Republic of the [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

OIL OF DRCONGO (a.k.a. OIL OF DR CONGO SPRL), 14 Avenue Sergent Moke, Kinshasa,

Gombe, Congo, Democratic Republic of the [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

OIL PREMIER COMPANY (a.k.a. OIL PRIMER COMPANY (Arabic: شركة أويل برايمر)), Saada Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products [SDGT] (Linked To: AL SHARAFI, Zaid Ali Yahya).

OIL PRIMER COMPANY (Arabic: شركة أويل برايمر) (a.k.a. OIL PREMIER COMPANY), Saada Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products [SDGT] (Linked To: AL SHARAFI, Zaid Ali Yahya).

OIL TANKERS SCF MGMT FZCO, Unit 27610-001, Building A1, IFZA Business Park, DDP, Dubai Silicon Oasis, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number IMO 6396404 [RUSSIA-EO14024].

OJE PARVAZ MADO NAFAR COMPANY (Arabic: شرکت اوج پرواز ما دو نفر) (a.k.a. OWJ PARVAZ MADO NAFAR COMPANY LLC), No. 1106, 11 Hemmat Corner, Hemmat Square, Hemmat Boulevard, Shokuhieh Industrial Town, Qom, Qom Province 3718116354, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10590042155 (Iran); Registration Number 12121 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

OJEDA AVENDANO, Martin (a.k.a. AVENDANO LOPEZ, Martin; a.k.a. AVENDANO OJEDA, Martin Guadencio; a.k.a. AVENDANO, Mariano; a.k.a. NARANJO, Carlos), c/o AUTOS MINI, Ensenada, Baja California, Mexico; c/o AUTODROMO CULIACAN, Culiacan, Sinaloa, Mexico; San Bernardino, Colombia; Iguala, Guerrero, Mexico; Ensenada, Baja California, Mexico; Mexicali, Baja California, Mexico; La Paz, Baja California Sur, Mexico; Avenida Jose Lopez Portillo No. 2031, Culiacan, Sinaloa, Mexico; Calle Antonio Caso No. 500, Colonia Aurora, Culiacan, Sinaloa, Mexico; Calle Amapola No. 12, Colonia 10 de Mayo, Culiacan, Sinaloa, Mexico; Calle Venustiano Carranza No. 34, Colonia Centro, Comondu, Baja California Sur, Mexico; Avenida Delante No. 1806, Colonia Miguel Hidalgo, Ensenada, Baja California, Mexico; DOB 14 Nov 1968; alt. DOB 14 Nov 1966; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. AEOM-681114-818 (Mexico) (individual) [SDNTK].

OJI, Javad (Arabic: جواد اوجی), Iran; DOB 24 Jul 1966; POB Shiraz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2296776973 (Iran) (individual) [IRAN-EO13876] (Linked To: SINA ENERGY DEVELOPMENT COMPANY).

OJSC 140 REPAIR PLANT (a.k.a. 140 REMONTNY ZAVOD OAO; a.k.a. 140 REMONTNYI ZAVOD OAO (Cyrillic: OAO 140 РЕМОНТНЫЙ ЗАВОД); a.k.a. 140 REPAIR PLANT JOINT STOCK COMPANY; a.k.a. 140 REPAIR PLANT OPEN JOINT STOCK COMPANY; a.k.a. 140TH REPAIR PLANT JSC; a.k.a. JOINT STOCK COMPANY 140 REPAIR PLANT; a.k.a. JSC 140 REPAIR PLANT), 19, Chalovskaya St., Borisov, Minsk Region 222512, Belarus; 19, L. Chalovskoi Str., Borisov 222512, Belarus; Organization Established Date 23 Dec 2009; Target Type State-Owned Enterprise; Government Gazette Number 14512525 (Belarus); Registration Number 600136102 (Belarus) [BELARUS-EO14038].

OJSC 61 BTRZ (a.k.a. 61ST ARMORED VEHICLE REPAIR PLANT JOINT STOCK COMPANY; a.k.a. JSC 61ST ARMOR REPAIR PLANT), 11 Zavodskaya dor., Strelna, St. Petersburg 198515, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7819310752 (Russia); Registration Number 1097847131678 (Russia) [RUSSIA-EO14024].

OJSC ACHINSK REFINERY (a.k.a. ACHINSK OIL REFINERY OF THE EASTERN OIL COMPANY; a.k.a. ACHINSK REFINERY; a.k.a. JOINT STOCK COMPANY ACHINSK REFINERY OF EASTERN PETROLEUM COMPANY; a.k.a. JSC ACHINSK OIL REFINERY VNK; a.k.a. OAO ACHINSK OIL REFINERY VNK; a.k.a. "JSC ANPZ VNK"), Achinsk Refinery industrial area, Bolsheuluisky district, Krasnoyarsk territory 662110, Russia; Email Address sekr1@anpz.rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2443000518 (Russia); Registration Number 1022401153532 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

OJSC AF BANK (a.k.a. BANK VTB AZERBAIJAN OJSC; a.k.a. JSC VTB BANK AZERBAIJAN; a.k.a. VTB BANK AZERBAIJAN OPEN JOINT STOCK COMPANY), 38 Khatai ave. Nasimi district, Baku AZ 1008, Azerbaijan; 60, Samed Vurgun str, Baku 1022, Azerbaijan; SWIFT/BIC VTBAAZ22; Website http://en.vtb.az/; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING (Cyrillic: ОАО АГАТ-СИСТЕМЫ УПРАВЛЕНИЯ-УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА ГЕОИНФОРМАЦИОННЫЕ СИСТЕМЫ УПРАВЛЕНИЯ) (a.k.a. ASU-UKKH-GISU OAO; f.k.a. OJSC AGAT-CONTROL SYSTEMS; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO AGAT-SISTEMY UPRAVLENIYA- UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA GEOINFORMATSIONNYYE SISTEMY UPRAVLENIYA (Cyrillic: ААТ АГАТ СІСТЭМЫ КІРАВАННЯ КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ ГЕАІНФАРМАЦЫЙНЫЯ СІСТЭМЫ КІРАВАННЯ)), 117 Nezavisimosti Ave., Minsk 220114, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100230547 (Belarus) [BELARUS-EO14038].

OJSC AGAT-CONTROL SYSTEMS (a.k.a. ASU-UKKH-GISU OAO; a.k.a. OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING (Cyrillic: ОАО АГАТ-СИСТЕМЫ УПРАВЛЕНИЯ-УПРАВЛЯЮЩАЯ КОМПАНИЯ

ХОЛДИНГА ГЕОИНФОРМАЦИОННЫЕ СИСТЕМЫ УПРАВЛЕНИЯ); a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO AGAT-SISTEMY UPRAVLENIYA- UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA GEOINFORMATSIONNYYE SISTEMY UPRAVLENIYA (Cyrillic: ААТ АГАТ СІСТЭМЫ КІРАВАННЯ КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ ГЕАІНФАРМАЦЫЙНЫЯ СІСТЭМЫ КІРАВАННЯ)), 117 Nezavisimosti Ave., Minsk 220114, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100230547 (Belarus) [BELARUS-EO14038].

OJSC ALEVKURP (a.k.a. JSC ALEVKURP; a.k.a. OPEN JOINT STOCK COMPANY ALEVKURP; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO ALEVKURP (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО АЛЕВКУРП; Cyrillic: ОАО АЛЕВКУРП)), Korolev Stan, st. Moskovskaya, Borovlyansky, Minsk, Minsk Region 223027, Belarus; Organization Established Date 24 Sep 1996; Target Type State-Owned Enterprise; Tax ID No. 101148789 (Belarus) [BELARUS-EO14038].

OJSC ALL-RUSSIAN RESEARCH INSTITUTE SIGNAL (a.k.a. AO VNII SIGNAL; a.k.a. JOINT STOCK COMPANY ALL-RUSSIAN RESEARCH INSTITUTE SIGNAL; a.k.a. OAO VNII SIGNAL; a.k.a. OAO VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT SIGNAL; a.k.a. VNII SIGNAL JSC), 57 UL. Krupskoy, Kovrov, Vladimir Oblast 601903, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3305708964 (Russia); Registration Number 1103332000232 (Russia) [RUSSIA-EO14024].

OJSC BANK DABRABYT (Cyrillic: ОАО БАНК ДАБРАБЫТ) (a.k.a. BANK DABRABYT JOINT STOCK COMPANY; a.k.a. BANK DABRABYT JSC; f.k.a. BANK MOSCOW-MINSK JOINT STOCK COMPANY; f.k.a. FOREIGN BANK MOSKVA-MINSK; f.k.a. MOSCOW-MINSK FOREIGN BANK), Kommunisticheskaya Str. 49, premises 1, Minsk 220002, Belarus; SWIFT/BIC MMBNBY22; Website www.bankdabrabyt.by; Organization Established Date 07 Apr 2000; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Registration Number 807000002 (Belarus) [BELARUS-EO14038].

OJSC BANK SAINT PETERSBURG (a.k.a. BANK SAINT PETERSBURG; a.k.a. BANK SAINT-PETERSBURG PJSC; a.k.a. BANK SAINT-PETERSBURG PUBLIC JOINT STOCK COMPANY), 64A, Malookhtinsky PR, Saint Petersburg 195112, Russia; SWIFT/BIC JSBSRU2P; Website www.bspb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 01 Jan 1990; Target Type Financial Institution; Tax ID No. 7831000027 (Russia); Legal Entity Number 253400BEVESMWQRXBQ11; Registration Number 1027800000140 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

OJSC BANK ZENIT (f.k.a. BANK ZENIT OAO; a.k.a. BANK ZENIT PAO; a.k.a. BANK ZENIT PUBLIC JOINT STOCK COMPANY; a.k.a. PJSC BANK ZENIT), Ul. Odesskaya D. 2, Moscow 117638, Russia; SWIFT/BIC ZENIRUMM; Website www.zenit.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 01 Jan 1995; Target Type Financial Institution; Tax ID No. 7729405872 (Russia); Legal Entity Number 253400NT4MB307747N58; Registration Number 1927739056927 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

OJSC BELARUSIAN METALLURGICAL PLANT MANAGEMENT COMPANY OF HOLDING BELARUSIAN METALLURGICAL COMPANY (Cyrillic: ОАО БЕЛОРУССКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ) (f.k.a. BELORUSSKI METALLURGICHESKI ZAVOD RESPUBLIKANSKOE UNITARNOE PREDPRIYATIE; a.k.a. OAO BMZ UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BMK; a.k.a. OJSC BSW MANAGEMENT COMPANY OF BMC HOLDING (Cyrillic: ОАО БМЗ УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БМК); a.k.a. OPEN JOINT STOCK COMPANY BYELORUSSIAN STEEL WORKS MANAGEMENT COMPANY OF HOLDING BYELORUSSIAN METALLURGICAL COMPANY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БЕЛОРУССКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ

МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ)), 37, Promyshlennaya Street, Zhlobin, Gomel region 247210, Belarus (Cyrillic: ул. Промышленная, 37, г. Жлобин, Гомельская область 247210, Belarus); Target Type State-Owned Enterprise; Tax ID No. 400074854 (Belarus); Government Gazette Number 04778771 (Belarus) [BELARUS-EO14038].

OJSC BELAZ - MANAGEMENT COMPANY OF HOLDING BELAZ-HOLDING (a.k.a. ААТ BELAZ - KIRUYUCHAYA KAMPANIYA KHOLDYNGU BELAZ-KHOLDYNG (Cyrillic: ААТ БЕЛАЗ - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛАЗ-ХОЛДЫНГ); a.k.a. BELARUSSKI AVTOMOBILNYI ZAVOD; a.k.a. OAO BELAZ - UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELAZ-KHOLDING (Cyrillic: ОАО БЕЛАЗ - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛАЗ-ХОЛДИНГ); a.k.a. OPEN JOINT STOCK COMPANY BELARUSIAN AUTOMOBILE PLANT), 40 let Octyabrya Street 4, Zhodino, Minsk region 222161, Belarus; Target Type State-Owned Enterprise; Tax ID No. 600038906 (Belarus); Government Gazette Number 05808712 (Belarus) [BELARUS-EO14038].

OJSC BSW MANAGEMENT COMPANY OF BMC HOLDING (Cyrillic: ОАО БМЗ УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БМК) (f.k.a. BELORUSSKI METALLURGICHESKI ZAVOD RESPUBLIKANSKOE UNITARNOE PREDPRIYATIE; a.k.a. OAO BMZ UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BMK; a.k.a. OJSC BELARUSIAN METALLURGICAL PLANT MANAGEMENT COMPANY OF HOLDING BELARUSIAN METALLURGICAL COMPANY (Cyrillic: ОАО БЕЛОРУССКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ); a.k.a. OPEN JOINT STOCK COMPANY BYELORUSSIAN STEEL WORKS MANAGEMENT COMPANY OF HOLDING BYELORUSSIAN METALLURGICAL COMPANY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БЕЛОРУССКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ)), 37, Promyshlennaya Street, Zhlobin, Gomel region 247210, Belarus (Cyrillic: ул. Промышленная, 37, г. Жлобин, Гомельская область 247210,

Belarus); Target Type State-Owned Enterprise; Tax ID No. 400074854 (Belarus); Government Gazette Number 04778771 (Belarus) [BELARUS-EO14038].

OJSC CB VERKHNEVOLZHSKY (a.k.a. COMMERCIAL JOINT-STOCK BANK VERHNEVOLGSKY; a.k.a. OAO KB VERKHNEVOLZHSKIY; a.k.a. OPEN JOINT STOCK COMPANY COMMERCIAL BANK VERKHNEVOLZHSKY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO KOMMERCHESKIY BANK VERKHNEVOLZHSKIY; a.k.a. PUBLIC COMMERCIAL JOINT-STOCK BANK VERKHNEVOLZHSKY), Ulitsa Bratyev Orlovykh 1a, Rybinsk, Yaroslavskaya Oblast 152903, Russia; Ulitsa Suvorova 39A, Sevastopol, Crimea 299011, Ukraine; Pereulok Pionerskiy 5, Simferopol, Crimea 295011, Ukraine; SWIFT/BIC VECARU21; alt. SWIFT/BIC VVBKRU2Y; Website www.vvbank.ru; Email Address vbank@yaroslavl.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027600000185 (Russia) [UKRAINE-EO13685].

OJSC CJSC BANK FOR FOREIGN TRADE (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

OJSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER (a.k.a. AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДАЛЬНЕВОСТОЧНЫЙ ЦЕНТР СУДОСТРОЕНИЯ И СУДОРЕМОНТА); a.k.a. JSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. "AO DTSSS" (Cyrillic: "АО ДЦСС"); a.k.a. "FESRC"; a.k.a. "FESRC JSC"; a.k.a. "JSC DCSS"; a.k.a. "JSC DTSSS"), 72 Svetlanskaya Ulitsa, Vladivostok, Primorsky Territory 690001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2536196045 (Russia); Government Gazette Number 80952329 (Russia); Registration Number 1072536016211 (Russia) [RUSSIA-EO14024].

OJSC GOSUDARSTVENNAYA AVIAKOMPANIYA 224 LETNY OTRYAD (Cyrillic: ОАО ГОСУДАРСТВЕННАЯ АВИАКОМПАНИЯ 224 ЛЕТНЫЙ ОТРЯД) (a.k.a. 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JSC THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. LYOTNY OTRYAD 224; a.k.a. TTF AIR HEAVY LIFTING; a.k.a. "224 FU JSC"; a.k.a. "224TH FLIGHT UNIT"; a.k.a. "OAO 224 LO"), 10, Matrosskaya Tishina, B-14, POB-471, Moscow 107014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Oct 1971; Target Type State-Owned Enterprise; Tax ID No. 7718763393 (Russia); Registration Number 1097746281160 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

OJSC GRODNO TOBACCO FACTORY NEMAN (a.k.a. AAT HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: ААТ ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. GRODNO TOBACCO FACTORY NEMAN; a.k.a. GTF NEMAN; a.k.a. HRODNA TOBACCO FACTORY NEMAN; a.k.a. OAO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОАО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН); a.k.a. OPEN JOINT-STOCK COMPANY GRODNO TOBACCO FACTORY NEMAN; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН)), ul. Ordzhonikidze, d. 18, Grodno, Grodnenskaya Oblast 230771, Belarus (Cyrillic: ул. Орджоникидзе, д. 18, г. Гродно, Гродненская область 230771, Belarus); Organization Established Date 29 Dec 1996;

Registration Number 500047627 (Belarus) [BELARUS-EO14038].

OJSC HORIZONT HOLDING MANAGEMENT COMPANY (Cyrillic: ОАО УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА ГОРИЗОНТ) (a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA GORIZONT; a.k.a. "HORIZONT GROUP"), 35-1 Kuibysheva St., Minsk 220029, Belarus; Target Type State-Owned Enterprise; Tax ID No. 101050240 (Belarus) [BELARUS-EO14038].

OJSC ILYUSHIN AVIATION COMPLEX (a.k.a. JSC ILYUSHIN AVIATION COMPLEX; a.k.a. OAO ILYUSHIN AVIATION COMPLEX; a.k.a. OPEN JOINT STOCK COMPANY ILYUSHIN AVIATION COMPLEX; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO AVIATSIONNYI KOMPLEKS IM S. V ILYUSHINA; a.k.a. "OJSC IL"), 45G Leningradsky Avenue, Moscow 125190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; ISIN RU0007796926; Tax ID No. 7714027882 (Russia); Registration Number 1027739118659 (Russia) [RUSSIA-EO14024].

OJSC ILYUSHIN FINANCE (a.k.a. AKTSIONERNOE OBSHCHESTVO ILYUSHIN FINANS KO; a.k.a. JOINT STOCK COMPANY ILYUSHIN FINANCE COMPANY; a.k.a. JSC ILYUSHIN FINANCE COMPANY; a.k.a. "AO IFK"; a.k.a. "IFC LEASING"; a.k.a. "JSC IFC"), Pr-kt Michurinskii, Olimpiiskaya Derevnya D. 1, Korp. 1, et. 4, Moscow 119602, Russia; Pr-kt Leninskii d. 43A, office 502, Voronezh 394004, Russia; 1st km of Rublevo-Uspenskoe Shosse, Building 6, Odintsovo, Moscow 143030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Mar 1999; Tax ID No. 3663029916 (Russia); Registration Number 1033600042332 (Russia) [RUSSIA-EO14024].

OJSC INVESTCAPITALBANK (a.k.a. INVESTCAPITALBANK; a.k.a. INVESTKAPITALBANK; a.k.a. OPEN JOINT STOCK COMPANY INVESTCAPITALBANK), 100/1, Dostoevskogo Street, Ufa, Bashkortostan Republic 450077, Russia; SWIFT/BIC INAKRU41; Website http://www.investcapitalbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; License 2377 [UKRAINE-EO13661].

OJSC INVESTTRADEBANK (a.k.a. INVESTTRADEBANK JSC (Cyrillic: ИНВЕСТТОРГБАНК АО); a.k.a. JOINT STOCK COMMERCIAL BANK INVESTMENT TRADE BANK; a.k.a. JOINT STOCK COMPANY INVESTTRADEBANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ИНВЕСТТОРГБАНК); f.k.a. PJSC INVESTTRADEBANK; f.k.a. PUBLIC JOINT STOCK COMPANY INVESTTRADEBANK), 45 Dubininskaya Str, Moscow 115054, Russia (Cyrillic: УЛ. ДУБИНИНСКАЯ, Д.45, ГОРОД МОСКВА 115054, Russia); SWIFT/BIC JSCVRUM2; Website itb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1994; Target Type Financial Institution; Tax ID No. 7717002773 (Russia); Registration Number 1027739543182 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK).

OJSC KALASHNIKOV CONCERN (a.k.a. CONCERN KALASHNIKOV; a.k.a. IZHEVSKIY MASHINOSTROITEL'NYI ZAVOD OAO; a.k.a. JOINT STOCK COMPANY CONCERN KALASHNIKOV; a.k.a. JSC KALASHNIKOV CONCERN; a.k.a. KALASHNIKOV CONCERN), 18 Krzhizhanovsky St, Bldg 4, Moscow 11728, Russia; 2/93 Deryabin Passage, Room 78, Izhevsk 426006, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1832090230 (Russia); Registration Number 1111832003018 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

OJSC KARALVEEM MINE (a.k.a. JOINT STOCK COMPANY RUDNIK KARALVEEM (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РУДНИК КАРАЛЬВЕЕМ)), Chukotski Autonomous Okrug 689450, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8703009509 (Russia); Registration Number 1038700020974 (Russia) [RUSSIA-EO14024].

OJSC KB RADAR-MANAGING COMPANY HOLDING RADAR SYSTEM (Cyrillic: ОАО КБ РАДАР-УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА СИСТЕМЫ РАДИОЛОКАЦИИ) (a.k.a. JSC KB RADAR; a.k.a. KB RADAR - RADAR AND ELECTRONIC WARFARE SYSTEMS; a.k.a. KB RADAR - RADAR AND EW SYSTEMS; a.k.a. KB RADAR (Cyrillic: КБ РАДАР); a.k.a. KB RADAR OJSC; a.k.a. KB RADAR-UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA SISTEMY RADIOLOKATSII OAO; a.k.a. OPEN JOINT STOCK COMPANY KB RADAR-MANAGEMENT COMPANY HOLDING RADAR SYSTEMS), Partizanskii 64A, Minsk 220026, Belarus (Cyrillic: пр-т Партизанский, 64а, Минск 220026, Belarus); d.24, Nezhiloe pomeshchenie, ul Promyshlennaya, Minsk 220075, Belarus; Organization Established Date 2006; Registration Number 190699027 (Belarus) [BELARUS-EO14038].

OJSC KEREMET BANK, 40/4 Togolok Moldo str, Bishkek 720001, Kyrgyzstan; SWIFT/BIC RINBKG22; Website https:/keremetbank.kg; BIK (RU) 136001; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 02012201010017 (Kyrgyzstan); Global Intermediary Identification Number NNNQ6K.99999.SL417 [RUSSIA-EO14024].

OJSC KHABAROVSK RADIO ENGINEERING PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO KHABAROVSKIY RADIOTEKHNICHESKIY ZAVOD; a.k.a. KHRTZ PAO; a.k.a. OAO KHRTZ; a.k.a. OPEN JOINT STOCK COMPANY KHABAROVSK RADIO ENGINEERING PLANT), D. 8 K. V, Per. Kedrovy, Khabarovsk 68004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2723118304 (Russia); Registration Number 1092723002778 (Russia) [RUSSIA-EO14024].

OJSC KONTSERN IZHMASH (a.k.a. OPEN JOINT STOCK COMPANY "KONTSERN IZHMASH"), 3 Deryabin Proezd, Izhevsk, Udmurt Republic 426006, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Public Registration Number 1021801434380 [UKRAINE-EO13661].

OJSC KONTSERN KIZLYARSKY ELEKTROMEKHANICHESKY FACTORY (a.k.a. CONCERN KEMZ OJSC; a.k.a. KIZLYAR ELECTRO-MECHANICAL PLANT; a.k.a. KIZLYAR ELECTROMECHANICAL PLANT JSC), Kutuzov st. 1, Kizlyar, Dagestan Rep., Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 547003781 (Russia); Registration Number 1020502308507 (Russia) [RUSSIA-EO14024].

OJSC KRAYINVESTBANK (a.k.a. OAO KRAYINVESTBANK (Cyrillic: ОАО КРАЙИНВЕСТБАНК); a.k.a. OPEN JOINT STOCK COMPANY KRASNODAR REGIONAL INVESTMENT BANK; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO KRASNODARSKIY KRAEVOY

INVESTITSIONNIY BANK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КРАСНОДАРСКИЙ КРАЕВОЙ ИНВЕСТИЦИОННЫЙ БАНК)), Ulitsa Mira 34, Krasnodar 350063, Russia; Ulitsa Bolshaya Morskaya 23, Sevastopol, Crimea 299011, Ukraine; Ulitsa Dolgorukovskaya/Zhukovskogo/A. Nevskogo 1/1/6, Simferopol, Crimea 295000, Ukraine; SWIFT/BIC KRRIRU22; Website www.kibank.ru; Email Address mail@kibank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1022300000029 (Russia); All offices worldwide [UKRAINE-EO13685].

OJSC KRISTALL STATE RESEARCH INSTITUTE (a.k.a. JOINT STOCK COMPANY STATE SCIENTIFIC RESEARCH INSTITUTE KRISTALL; a.k.a. JSC GOSNII KRISTALL; a.k.a. JSC STATE SCIENTIFIC RESEARCH INSTITUTE KRISTALL; a.k.a. OAO GOSNII KRISTALL), UL. Zelenaya D. 6, Dzerzhinsk, Nizhni Novgorod Region 606007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Dec 1991; Tax ID No. 5249116549 (Russia); Registration Number 1115249009831 (Russia) [RUSSIA-EO14024].

OJSC MACHINE ENGINEERING TECHNOLOGIES (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNY KONTSERN TEKHNOLOGII MASHINOSTROENIYA; a.k.a. JOINT STOCK COMPANY SCIENTIFIC INDUSTRIAL CONCERN MANUFACTURING ENGINEERING; a.k.a. JSC SPC TECHMASH; a.k.a. NPK TEKHMASH OAO; a.k.a. SCIENTIFIC INDUSTRIAL CONCERN MANUFACTURING ENGINEERING OJSC), d. 58 str. 4 shosse Leningradskoe, Moscow 125212, Russia; Ul. Bolshaya Tatarskaya D. 35, Str. 5, Moscow 115184, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Apr 2011; Registration ID 1117746260477 (Russia); Tax ID No. 7743813961 (Russia); Government Gazette Number 91420386 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

OJSC MINSK AUTOMOBILE PLANT (a.k.a. AAT MINSKI AUTAMABILNY ZAVOD (Cyrillic: ААТ МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA MINSKI AUTAMABILLNY ZAVOD - KIRUYUCHAYA KAMPANIYA KHOLDYNGU BELAUTAMAZ (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛАЎТАМАЗ); a.k.a. OAO MINSKI AVTOMOBILNYI ZAVOD (Cyrillic: ОАО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД); a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT; a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT - MANAGEMENT COMPANY OF HOLDING BELAVTOMAZ; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII AVTOMOBILNYI ZAVOD - UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELAVTOMAZ (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛАВТОМАЗ); a.k.a. "OJSC MAZ"), Ul. Sotsialisticheskaya 2, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100320487 (Belarus); Government Gazette Number 05808729 (Belarus) [BELARUS-EO14038].

OJSC MMW NAMED AFTER S.I. VAVILOV MANAGING COMPANY OF BELOMO HOLDING (Cyrillic: ААТ ММЗ ІМЯ С.І. ВАВІЛАВА КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛОМА) (a.k.a. BELARUSIAN OPTICAL AND MECHANICAL ASSOCIATION; a.k.a. JSC MINSK MECHANICAL PLANT NAMED AFTER S.I. VAVILOV MANAGEMENT COMPANY OF BELOMO HOLDING (Cyrillic: ОАО МИНСКИЙ МЕХАНИЧЕСКИЙ ЗАВОД ИМЕНИ С.И. ВАВИЛОВА УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОМО); a.k.a. OAO MMZ IMENI S.I. VAVILOVA UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELOMO (Cyrillic: ОАО ММЗ ИМЕНИ С. И. ВАВИЛОВА УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОМО); a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII MEKHANICHESKII ZAVOD IMENI S.I. VAVILOVA UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELOMO), 23 Makayonok St., Minsk 220114, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100185185 (Belarus); Government Gazette Number 14541426 (Belarus) [BELARUS-EO14038].

OJSC MOSCOW MACHINERY BUILDING PLANT AVANGARD (a.k.a. JOINT STOCK COMPANY MOSKOVSKIY MASHINOSTROITELNIY ZAVOD AVANGARD; a.k.a. JSC MOSCOW MACHINERY BUILDING PLANT AVANGARD; a.k.a. OAO MMZ AVANGARD; a.k.a. OPEN JOINT STOCK COMPANY MOSCOW MACHINERY BUILDING PLANT AVANGARD), Ul. Klary Tsetkin 33, Moscow 125130, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743065177 (Russia); Registration Number 1027743012890 (Russia) [RUSSIA-EO14024].

OJSC NORTHERN SHIPPING COMPANY (a.k.a. JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY; a.k.a. JSC NSC ARKHANGELSK; a.k.a. OAO SEVERNOYE MORSKOYE PAROKHODSTVO; a.k.a. OPEN JSC NORTHERN SHIPPING COMPANY; a.k.a. "ANSC"; a.k.a. "OJSC NSC"), Nab. Severnoy Dviny, 36, Arkhangelsk 163000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2901008432 (Russia); Identification Number IMO 0555641 [RUSSIA-EO14024].

OJSC NOVOKUYBYSHEV REFINERY (a.k.a. NOVOKUIBYSHEVSK REFINERY; a.k.a. OJSC NOVOKUYBYSHEV REFINERY), Ul. Osipenko D. 12, Str. 1, Novokuybyshevsk, Samara Region 446207, Russia; Email Address sekr@nknpz.rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6330000553 (Russia); Registration Number 1026303118126 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

OJSC NOVOKUYBYSHEV REFINERY (a.k.a. NOVOKUIBYSHEVSK REFINERY; a.k.a. OJSC NOVOKUYBYSHEV REFINERY), Ul. Osipenko D. 12, Str. 1, Novokuybyshevsk, Samara Region 446207, Russia; Email Address sekr@nknpz.rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6330000553 (Russia); Registration Number 1026303118126 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

OJSC NPV ENGINEERING (a.k.a. AKTSIONERNOE OBSHCHESTVO ENPIVI INZHINIRING; a.k.a. AO ENPIVI INZHINIRING; a.k.a. ENPIVI INZHINIRING, AO; a.k.a. NPV ENGINEERING JOINT STOCK COMPANY; a.k.a. NPV ENGINEERING OPEN JOINT STOCK COMPANY), 5, per. Strochenovski B., Moscow 115054, Russia; PER. Strochenovskii B. D. 5, Moscow 115054, Russia; Website www.npve.narod.ru; Email Address npw@npv.su; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 106774653683; Tax ID No. 7707587805; Government Gazette Number 95533058 [UKRAINE-EO13662] (Linked To: ROTENBERG, Igor Arkadyevich).

OJSC OPYTNO-KONSTRUKTORSKOYE BYURO IM. A.S. YAKOVLEVA (a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESIGN BUREAU NAMED AFTER A.S. YAKOVLEV; a.k.a. JOINT STOCK COMPANY OKB NAMED AFTER A.S. YAKOVLEV; a.k.a. JOINT-STOCK COMPANY A.S. YAKOVLEV DESIGN BUREAU; a.k.a. JSC A.S. YAKOVLEV DB), 68 Leningradsky Ave, Moscow 125315, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Aug 1993; Tax ID No. 7714039849 (Russia); Registration Number 1027739252298 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKOVLEV).

OJSC ORENBURGNEFT (a.k.a. OAO JSC ORENBURGNEFT; a.k.a. ORENBURGNEFT), St. Magistralynaya 2, Buzuluk 461040, Russia; Email Address orenburgneft@rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5612002469 (Russia); Registration Number 1025601802357 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

OJSC PERM SCIENTIFIC AND PRODUCTION INSTRUMENT AND CONSTRUCTION COMPANY (a.k.a. JOINT STOCK COMPANY PERM SCIENTIFIC INDUSTRIAL INSTRUMENT MAKING COMPANY; a.k.a. PAO PNPPK; a.k.a. PUBLIC JOINT STOCK COMPANY PERM RESEARCH AND PRODUCTION INSTRUMENT MAKING COMPANY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO PERMSKAIA NAUCHNO PROIZVODSTVENNAIA PRIBOROSTROITELNAIA KOMPANIIA), 25th of October Street, Number 106, Perm 614990, Russia; 7 Obraztsova ul., Str. 5, Moscow, Russia; 2A Arkhitekturnaia (Sosnovyi Mkr.) ul., Arzamas, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5904000395 (Russia); Registration Number 1025900906349 (Russia) [RUSSIA-EO14024].

OJSC PLANT IM VA DEGTYAREVA (a.k.a. OPEN JOINT STOCK COMPANY VA DEGTYAREV PLANT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO ZAVOD IM VA DEGTIAREVA; a.k.a. "OAO ZID"), 4 Truda St., Kovrov 601900, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3305004083 (Russia); Registration Number 1023301951397 (Russia) [RUSSIA-EO14024].

OJSC PROMSVYAZBANK (a.k.a. PROMSVYAZBANK PAO (Cyrillic: ПАО ПРОМСВЯЗЬБАНК); a.k.a. PROMSVYAZBANK PJSC; a.k.a.

PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ПРОМСВЯЗЬБАНК); a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO PROMSVYAZBANK), Smirnovskaya Street 10/22, Moscow 109052, Russia; Room 1308, SCITECH Tower22, Jianguomenwai Dajie, Beijing 100004, China; 7, MunirkaMarg, Vasant Vhiar, New Delhi 110057, India; SWIFT/BIC PRMSRUMM; Website www.psbank.ru; BIK (RU) 044525555; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2001; Target Type Financial Institution; Tax ID No. 7744000912 (Russia); Government Gazette Number 40148343 (Russia); Registration Number 1027739019142 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

OJSC RADIOAVIONIKA (a.k.a. OAO RADIOAVIONIKA (Cyrillic: ОАО РАДИОАВИОНИКА); a.k.a. OPEN JOINT STOCK COMPANY RADIOAVIONIKA; a.k.a. OTKRYTOE ATSIONERNOE OBSHCHESTVO RADIOAVIONIKA; a.k.a. RADIOAVIONICA CORPORATION; a.k.a. RADIOAVIONICA JSC; a.k.a. RADIOAVIONIKA PAO), d.4 litera B, prospekt Troitski, St. Petersburg 190005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Feb 1993; Tax ID No. 7809015518 (Russia); Government Gazette Number 27465454 (Russia); Registration Number 1027810239555 (Russia) [RUSSIA-EO14024].

OJSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNAIA KORPORATSIIA URALVAGONZAVOD IMENI F E DZERZHINSKOGO; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION CORPORATION URALVAGONZAVOD NAMED AFTER F E DZERZHINSKY; a.k.a. NAUCHNO-PROIZVODSTVENNAYA KORPORATSIYA URALVAGONZAVOD OAO; a.k.a. NPK URALVAGONZAVOD OAO; a.k.a. RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD OAO; a.k.a.

URALVAGONZAVOD CORPORATION; a.k.a. "UVZ"), 40 Bolshaya Yakimanka Street, Moscow 119049, Russia; 28 Vostochnoye Shosse, Nizhni Tagil, Sverdlovsk Region 66207, Russia; Pr-kt Lenina, d. 204, Rubtsovsk 658225, Russia; Pr-kt Lenina, d. 3, Chelyabinsk 454007, Russia; Ul. Pervomaiskaya d. 14, Volchansk 624941, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Mar 2008; Target Type State-Owned Enterprise; Tax ID No. 6623029538 (Russia); Registration Number 1086623002190 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

OJSC ROGACHEV PLANT DIAPROJECTOR (a.k.a. OPEN JOINT STOCK COMPANY ROGACHEVSKY ZAVOD DIAPROEKTOR), 142 Lenin Str., Rogachev 247675, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 400046055 (Belarus) [RUSSIA-EO14024].

OJSC ROSNEFT OIL COMPANY (a.k.a. OAO ROSNEFT OIL COMPANY; a.k.a. OIL COMPANY ROSNEFT; a.k.a. OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY; a.k.a. ROSNEFT; a.k.a. ROSNEFT OIL COMPANY), 26/1 Sofiyskaya Embankment, Moscow 115035, Russia; Website www.rosneft.com; alt. Website www.rosneft.ru; Email Address postman@rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1027700043502 (Russia); Tax ID No. 7706107510 (Russia); Government Gazette Number 00044428 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

OJSC SAMOTLORNEFTEGAZ (a.k.a. SAMOTLORNEFTEGAZ; a.k.a. SAMOTLORNEFTEGAZ JSC), Lenina St. 4, the Tyumen Region, Khanty-Mansiysk, Autonomous District, Nizhnevartovsk 628606, Russia; Ul. Lenina D. 4, Nizhnevartovsk 628600, Russia; Email Address NVSNGinfo@rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8603089934 (Russia); Registration Number 1028600940576 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

OJSC SBERBANK OF RUSSIA (f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN FEDERATION; f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN SOVIET FEDERATIVE SOCIALIST REPUBLIC; f.k.a. OPEN JOINT STOCK COMPANY SBERBANK OF RUSSIA; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK ROSSII; a.k.a. PJSC SBERBANK (Cyrillic: ПАО СБЕРБАНК); a.k.a. PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕРБАНК РОССИИ); f.k.a. SBERBANK OF RSFSR; a.k.a. SBERBANK OF RUSSIA; a.k.a. SBERBANK ROSSII; f.k.a. SBERBANK ROSSII OAO; a.k.a. "SBERBANK INDIA"; a.k.a. "SBERBANK MUMBAI"), 19 ul. Vavilova, Moscow 117312, Russia (Cyrillic: ул. Вавилова, д. 19, Москва 117312, Russia); C305/306A Lufthansa Centre 50 Liangmaqiao Rd., Chaoyang District, Beijing 100027, China; upper ground floor and fourth floor, Birla Tower, 25-Barakhamba Road, New Delhi 110001, India; 81-B, 8th Floor, 5th North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra East, Mumbai, Maharashtra 400051, India; SWIFT/BIC SABRRUMM; Website www.sberbank.ru; alt. Website www.sberbank.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7707083893 (Russia); Registration Number 1027700132195 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

OJSC SCIENTIFIC RESEARCH INSTITUTE OF PRECISION MECHANICAL ENGINEERING (a.k.a. RESEARCH INSTITUTE OF PRECISION MACHINE MANUFACTURING; a.k.a. SCIENTIFIC AND RESEARCH INSTITUTE OF PRECISION ENGINEERING; a.k.a. "NIITM"), 10 Panfilovsky avenue, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735043966 (Russia) [RUSSIA-EO14024].

OJSC SOVFRACHT (a.k.a. PJSC 'SOVFRACHT'; a.k.a. SOVFRACHT JSC; a.k.a. SOVFRAKHT), Rakhmanovskiy lane, 4, bld. 1, Morskoy House, Moscow 127994, Russia; Email Address general@sovfracht.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

OJSC SVETLOGORSK KHIMVOLOKNO (a.k.a. OPEN JOINT STOCK COMPANY SVETLOGORSKKHIMVOLOKNO (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СВЕТЛОГОРСКХИМВОЛОКНО); a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SVETLOGORSKKHIMVOLOKNO; a.k.a. SVETLOGORSKKHIMVOLKNO OAO; a.k.a. "SOHIM"), d. 5, Nezhiloe Pomeshchenie, Ul. Zavodskaya, Svetlogorsk 247439, Belarus;

Organization Established Date 1964; Target Type State-Owned Enterprise; Tax ID No. 400031289 (Belarus) [BELARUS-EO14038].

OJSC SYZRAN REFINERY (a.k.a. OPEN JOINT-STOCK OIL AND GAS COMPANY SYZRAN; a.k.a. SYZRAN REFINERY; a.k.a. "OAO SNPS"), 1 Astrakhanskaya st., Syzran, Samara region 446009, Russia; Moskvorechje street 105, Building 8, Moscow 115523, Russia; Email Address sekr@snpz.rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6325004584 (Russia); Registration Number 1026303056823 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

OJSC TECHNOPROMEXPORT (a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT; a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. JSC TEKHNOPROMEXPORT; a.k.a. JSC VO TEKHNOPROMEXPORT; a.k.a. OPEN JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VNESHNEEKONOMICHESKOE OBEDINENIE TEKHNOPROMEKSPORT; a.k.a. VO TEKHNOPROMEKSPORT, OAO; a.k.a. "JSC TPE"), d. 15 str. 2 ul. Novy Arbat, Moscow 119019, Russia; Email Address inform@tpe.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067746244026 (Russia); Tax ID No. 7705713236 (Russia); Government Gazette Number 02839043 (Russia) [UKRAINE-EO13685].

OJSC THE FAR EAST AND BAIKAL REGION DEVELOPMENT FUND (a.k.a. AO VEB.DV; f.k.a. FAR EAST AND BAIKAL REGION DEVELOPMENT FUND OJSC; f.k.a. JSC FAR EAST AND ARCTIC REGION DEVELOPMENT FUND; a.k.a. JSC VEB.DV), Nab. Presnenskaya D. 10, pom II komn 8-59, Moscow 123112, Russia; Website fondvostok.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2721188289 (Russia); Registration Number 1112721010995 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OJSC UAC (Cyrillic: ОАО ОАК) (a.k.a. MIG; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. PJSC UAC (Cyrillic: ПАО ОАК); a.k.a. PUBLIC JOINT STOCK COMPANY UNITED AIRCRAFT CORPORATION (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ОБЪЕДИНЕННАЯ АВИАСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. SUKHOI; a.k.a. UNITED AIRCRAFT CORPORATION), ul. Bolshaya Pioneerskaya, d. 1, Moscow 115054, Russia (Cyrillic: ул. Большая Пионерская, д. 1, город Москва 115054, Russia); Str.1, 22, Ulanskyi Pereulok, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2006; Target Type State-Owned Enterprise; Tax ID No. 7708619320 (Russia); Registration Number 1067759884598 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

OJSC 'URANIS RADIO SYSTEMS' (a.k.a. OAO 'URANIS-RADIOSISTEMY'; a.k.a. OJSC URANIS-RADIOSISTEMY; a.k.a. URANIS-RADIOSISTEMY OAO), 33 G, Vakulenchuk Street, Sevastopol, Crimea 99053, Ukraine; Website www.uranis.net; Email Address uranis@uranis.net; alt. Email Address info@uranis.net; alt. Email Address vlad_k@uranis.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149204003233; Tax ID No. 9201001120 [UKRAINE-EO13685].

OJSC URANIS-RADIOSISTEMY (a.k.a. OAO 'URANIS-RADIOSISTEMY'; a.k.a. OJSC 'URANIS RADIO SYSTEMS'; a.k.a. URANIS-RADIOSISTEMY OAO), 33 G, Vakulenchuk Street, Sevastopol, Crimea 99053, Ukraine; Website www.uranis.net; Email Address uranis@uranis.net; alt. Email Address info@uranis.net; alt. Email Address vlad_k@uranis.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149204003233; Tax ID No. 9201001120 [UKRAINE-EO13685].

OJSC VEB LEASING (a.k.a. OAO VEB LIZING; a.k.a. OPEN JOINT STOCK COMPANY VEB LEASING; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VEB LIZING; a.k.a. VEB LEASING OJSC), d. 10 ul. Vozdvizhenka, Moscow 125009, Russia; Str. Dolgorukovskaya, 7, Novoslobodskaya, Moscow 127006, Russia; Website veb-leasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2003; Tax ID No. 7709413138 (Russia); Registration Number 1037709024781 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OJSC VERKHNECHONSKNEFTEGAZ (a.k.a. AO VCHNG; a.k.a. PJSC VERKHNECHONSKNEFTEGAZ; a.k.a. VERKHNECHONSKNEFTEGAZ), Baikalskaya St., 295 B, Irkutsk 664050, Russia; Pr-Kt Bolshoi Liteinyi D. 3, Irkutsk 664007, Russia; Email Address vcng@rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3808079367 (Russia); Registration Number 1023801017580 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

OJSC VLADIMIR RADIO COMMUNICATIONS DESIGN BUREAU (a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VLADIMIRSKOE KONSTRUKTORSKOE BYURO RADIOSVYAZI; a.k.a. "OAO VKBR"), Ul. Baturina D. 28, Vladimir 600017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3328412561 (Russia); Registration Number 1023301456826 (Russia) [RUSSIA-EO14024].

OJSC YAROSLAVSKY SHIPBUILDING PLANT (a.k.a. OJSC YAROSLAVSKY SHIPYARD; a.k.a. PJSC YAROSLAVSKY SHIPBUILDING PLANT (Cyrillic: ПАО ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. YAROSLAVL SHIPYARD OPEN JOINT-STOCK COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. YAROSLAVSKY SHIPBUILDING PLANT (Cyrillic: ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД)), 1, Korabelnaya Str., Yaroslavl 150006, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13662].

OJSC YAROSLAVSKY SHIPYARD (a.k.a. OJSC YAROSLAVSKY SHIPBUILDING PLANT; a.k.a. PJSC YAROSLAVSKY SHIPBUILDING PLANT (Cyrillic: ПАО ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. YAROSLAVL SHIPYARD OPEN JOINT-STOCK COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. YAROSLAVSKY SHIPBUILDING PLANT (Cyrillic: ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД)), 1, Korabelnaya Str., Yaroslavl 150006, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13662].

OJSC ZALIV SHIPYARD (f.k.a. AO SHIPYARD 'ZALIV'; f.k.a. JSC SHIPYARD 'ZALIV'; f.k.a. JSC ZALIV SHIPYARD; a.k.a. LLC SHIPYARD 'ZALIV'; a.k.a. OOO SHIPYARD 'ZALIV'; a.k.a. ZALIV SHIPYARD LLC), 4 Tankistov Street, Kerch, Crimea 98310, Ukraine; Website http://www.zalivkerch.com/; alt. Website http://www.zaliv.com/; Email Address zaliv@zalivkerch.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

OK, Sabri; DOB 1958; POB Adiyaman, Turkey; citizen Turkey; Turkish Identification Number 15673320164 (Turkey) (individual) [SDNTK].

OKA SHIPPING INC., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 30 Dec 2021; Identification Number IMO 6284628; Registration Number 112526 (Marshall Islands) [IRAN-EO13902] (Linked To: CRIOS SHIPPING L.L.C).

OKAF TRADING SOCIETATEA CU RASPUNDERE LIMITATA (f.k.a. SOCIETATEA CU RASPUNDERE LIMITATA PROGLOBAL WORK; a.k.a. SRL OKAF TRADING), str. Mihai Eminescu, 35, Chisinau MD2012, Moldova; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Dec 2015; Registration Number 1015600042010 (Moldova) [RUSSIA-EO14024] (Linked To: OKULOV, Aleksandr).

OKB PRIBOR (a.k.a. OPYTNO KONSTRUKTORSKOE BYURO PRIBOR; a.k.a. PRIBOR OPEN DESIGN BUREAU), Ul. Gerasima Kurina D. 10, K. 1, E 2 P I K 8A KAB 205A, Moscow 121108, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703382109 (Russia); Registration Number 1157746535165 (Russia) [RUSSIA-EO14024].

OKB SIMONOV (a.k.a. AO NPO OKB IM MP SIMONOVA; a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESICH BUREU COKOL; a.k.a. JSC SCIENTIFIC PRODUCTION ASSOCIATION EXPERIMENTAL DESIGN BUREAU NAMED AFTER M SIMONOV; a.k.a. OKB SOKOL; a.k.a. SIMONOV DESIGN BUREAU; a.k.a. SOKOL DESIGN BUREAU), 2A ul Akademika Pavlova St, Kazan 420036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1661007166 (Russia); Registration Number 1021603886622 (Russia) [RUSSIA-EO14024].

OKB SOKOL (a.k.a. AO NPO OKB IM MP SIMONOVA; a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESICH BUREU COKOL; a.k.a. JSC SCIENTIFIC PRODUCTION ASSOCIATION EXPERIMENTAL DESIGN BUREAU NAMED AFTER M SIMONOV; a.k.a. OKB SIMONOV; a.k.a. SIMONOV DESIGN BUREAU; a.k.a. SOKOL DESIGN BUREAU), 2A ul Akademika Pavlova St, Kazan 420036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1661007166 (Russia); Registration Number 1021603886622 (Russia) [RUSSIA-EO14024].

OKB SPECTR LLC (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OKB SPEKTR; a.k.a. OKB SPEKTR OOO; a.k.a. ZAO OKB SPEKTR), Ul. Chugunnaya D. 20, Korp. 111, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Mar 1993; Tax ID No. 7804585151 (Russia); Government Gazette Number 23109231 (Russia); Registration Number 1167847477291 (Russia) [RUSSIA-EO14024].

OKB SPEKTR OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OKB SPEKTR; a.k.a. OKB SPECTR LLC; a.k.a. ZAO OKB SPEKTR), Ul. Chugunnaya D. 20, Korp. 111, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Mar 1993; Tax ID No. 7804585151 (Russia); Government Gazette Number 23109231 (Russia); Registration Number 1167847477291 (Russia) [RUSSIA-EO14024].

OKB TSP SCIENTIFIC PRODUCTION LIMITED LIABILITY COMPANY (Cyrillic: НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОКБ ТСП) (a.k.a. NAUCHNO-PROIZVODSTVENNOYE OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU OKB TSP; a.k.a. NAVUKOVA-VYTVORCHAYE TAVARYSTVA S ABMEZHAVANAY ADKAZNASTSYU AKB TSP (Cyrillic: НАВУКОВА-ВЫТВОРЧАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ АКБ ТСП); a.k.a. NPOOO OKB TSP (Cyrillic: НПОOO ОКБ ТСП); a.k.a. NVTAA AKB TSP (Cyrillic: НВТАА АКБ ТСП); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TEKHNOSOYUZPROEKT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ

ОТВЕТСТВЕННОСТЬЮ ТЕХНОСОЮЗПРОЕКТ); a.k.a. OKB TSP SPLLC), Frantsiska Skoriny St., building 1, unit 21, Minsk 220076, Belarus; Organization Established Date 08 Jul 2002; Registration Number 190369982 (Belarus) [BELARUS-EO14038].

OKB TSP SPLLC (a.k.a. NAUCHNO-PROIZVODSTVENNOYE OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU OKB TSP; a.k.a. NAVUKOVA-VYTVORCHAYE TAVARYSTVA S ABMEZHAVANAY ADKAZNASTSYU AKB TSP (Cyrillic: НАВУКОВА-ВЫТВОРЧАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ АКБ ТСП); a.k.a. NPOOO OKB TSP (Cyrillic: НПООО ОКБ ТСП); a.k.a. NVTAA AKB TSP (Cyrillic: НВТАА АКБ ТСП); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TEKHNOSOYUZPROEKT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНОСОЮЗПРОЕКТ); a.k.a. OKB TSP SCIENTIFIC PRODUCTION LIMITED LIABILITY COMPANY (Cyrillic: НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОКБ ТСП)), Frantsiska Skoriny St., unit 21, Minsk 220076, Belarus; Organization Established Date 08 Jul 2002; Registration Number 190369982 (Belarus) [BELARUS-EO14038].

OKB VALDAY (a.k.a. AKTSIONERNOE OBSHCHESTVO OPTIKO MEKHANICHESKOE KONSTRUKTORSKOE BYURO VALDAI; a.k.a. AO OKB VALDAI; a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESIGN AND TECHNOLOGICAL BUREAU VALDAY), Pobedy St. 107, Bldg. 2, Valday 175400, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5302014601 (Russia); Registration Number 1175321001184 (Russia) [RUSSIA-EO14024].

OKE PRECISION CUTTING TOOLS CO LTD (Chinese Simplified: 株洲欧科亿数控精密刀具股份有限公司), Entrepreneurship Road, Small and Medium-sized Enterprise Pioneer Park, Yanling County, Zhuzhou 412500, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 914302001843451689 (China) [RUSSIA-EO14024].

OKEAN ELEKTRONIKI OOO (a.k.a. OCEAN CHIPS LLC; a.k.a. OCEAN ELECTRONICS LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОКЕАН ЭЛЕКТРОНИКИ)), Ulitsa Kalinina, Dom 2, Korpus 4, Lit. A, Pomeshtenie 1N, Komn. 10, Saint Petersburg 198099, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Feb 2012; Tax ID No. 7813525631 (Russia); Registration Number 1127847065334 (Russia) [RUSSIA-EO14024].

OKEANOS, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE PODVODNYKH TEKHNOLOGI OKEANOS; a.k.a. NPP PT OKEANOS, AO (Cyrillic: АО НПП ПТ ОКЕАНОС); a.k.a. OCEANOS JSC), d. 2 litera A pom. 1384, Bulvar Poeticheski, St. Petersburg 194295, Russia; 19/2 Esenina Street, St. Petersburg 194295, Russia; 16/2 A-H Engelsa Prospekt, St. Petersburg 195156, Russia; Website www.oceanos.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7801233338 (Russia); Government Gazette Number 13873675 (Russia); Registration Number 1037800076610 (Russia) [CYBER2] (Linked To: FEDERAL SECURITY SERVICE).

OKHAR TRADING LIMITED (a.k.a. LASTSIX TRADING LIMITED; a.k.a. SAIGO INTERNATIONAL TRADING CO., LIMITED), Room 613, 6/F, Blk A Hoplite Ind Center No.3-5, Wang Tai Rd, Hong Kong, China; Organization Established Date 22 Mar 2021; Company Number 3030638 (Hong Kong); Business Registration Number 72809197 (Hong Kong) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

OKO DESIGN BUREAU (Cyrillic: ОКО КОНСТРУКТОРСКОЕ БЮРО), Saint Petersburg, Russia; Website https://www.oko-kb.ru; Digital Currency Address - XBT 13fhnkmpBBWXUQucJd6efWvXdEj78DKavk; Digital Currency Address - ETH 0x19F8f2B0915Daa12a3f5C9CF01dF9E24D53794F7; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2022; Organization Type: Manufacture of air and spacecraft and related machinery; Digital Currency Address - TRX TFdTr9C3BqQrzKBXqSxJfAZFTh8UwBAfSg [RUSSIA-EO14024].

OKOROKOV, Ivan (a.k.a. OKOROKOV, Ivan B.; a.k.a. OKOROKOV, Ivan Borisovich); DOB 19 Sep 1985; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Director of Marine Transport Department at Sovfracht (individual) [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

OKOROKOV, Ivan B. (a.k.a. OKOROKOV, Ivan; a.k.a. OKOROKOV, Ivan Borisovich); DOB 19 Sep 1985; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Director of Marine Transport Department at Sovfracht (individual) [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

OKOROKOV, Ivan Borisovich (a.k.a. OKOROKOV, Ivan; a.k.a. OKOROKOV, Ivan B.); DOB 19 Sep 1985; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Director of Marine Transport Department at Sovfracht (individual) [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

OKPOH, Felix Osilama, Nigeria; DOB 09 Mar 1989; nationality Nigeria; Gender Male; Passport A06415967 (Nigeria) (individual) [CYBER2].

OKRESTINA (a.k.a. AKRESCINA JAIL; a.k.a. AKRESTSINA; a.k.a. AKRESTSINA DETENTION CENTER; a.k.a. AKRESTSINA JAIL; a.k.a. CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MINSK GUVD; a.k.a. CENTRE FOR ISOLATION OF OFFENDERS OF THE CHIEF DIRECTORATE OF THE INTERIOR OF MINSK EXECUTIVE COMMITTEE; a.k.a. INSTITUTION CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE; a.k.a. OKRESTINA STREET DETENTION FACILITY; a.k.a. TSENTR IZALYATSYI PRAVANARUSHALNIKAU HUUS MINHARVYKANKAMA (Cyrillic: ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГУУС МІНГАРВЫКАНКАМА); a.k.a. TSENTR IZOLYATSII PRAVONARUSHITELEI GUVD MINGORISPOLKOMA (Cyrillic: ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГУВД МИНГОРИСПОЛКОМА); a.k.a. UCHREZHDENIYE TSENTR IZOLYATSII PRAVONARUSHITELEI GLAVNOVO UPRAVLENIYA VNUTRENNIKH DEL

MINSKOVO GORODSKOVO ISPOLNITELNOVO KOMITETA (Cyrillic: УЧРЕЖДЕНИЕ ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГЛАВНОГО УПРАВЛЕНИЯ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. USTANOVA TSENTR IZALYATSYI PRAVANARUSHALNIKAU HALOUNAHA UPRAULENIYA UNUTRANYKH SPRAU MINSKAHA GARADSKOHA VYKANAUCHANA KAMITETA (Cyrillic: УСТАНОВА ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГАЛОЎНАГА ЎПРАЎЛЕННЯ ЎНУТРАНЫХ СПРАЎ МІНСКАГА ГАРАДСКОГА ВЫКАНАЎЧАГА КАМІТЭТА)), пер. 1-st Okrestina, d. 36, Minsk 220028, Belarus (Cyrillic: пер. 1-й Окрестина, д. 36, г. Минск 220028, Belarus); Registration Number 191291828 (Belarus) [BELARUS].

OKRESTINA STREET DETENTION FACILITY (a.k.a. AKRESCINA JAIL; a.k.a. AKRESTSINA; a.k.a. AKRESTSINA DETENTION CENTER; a.k.a. AKRESTSINA JAIL; a.k.a. CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MINSK GUVD; a.k.a. CENTRE FOR ISOLATION OF OFFENDERS OF THE CHIEF DIRECTORATE OF THE INTERIOR OF MINSK EXECUTIVE COMMITTEE; a.k.a. INSTITUTION CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE; a.k.a. OKRESTINA; a.k.a. TSENTR IZALYATSYI PRAVANARUSHALNIKAU HUUS MINHARVYKANKAMA (Cyrillic: ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГУУС МІНГАРВЫКАНКАМА); a.k.a. TSENTR IZOLYATSII PRAVONARUSHITELEI GUVD MINGORISPOLKOMA (Cyrillic: ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГУВД МИНГОРИСПОЛКОМА); a.k.a. UCHREZHDENIYE TSENTR IZOLYATSII PRAVONARUSHITELEI GLAVNOVO UPRAVLENIYA VNUTRENNIKH DEL MINSKOVO GORODSKOVO ISPOLNITELNOVO KOMITETA (Cyrillic: УЧРЕЖДЕНИЕ ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГЛАВНОГО УПРАВЛЕНИЯ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. USTANOVA TSENTR IZALYATSYI PRAVANARUSHALNIKAU HALOUNAHA UPRAULENIYA UNUTRANYKH SPRAU

MINSKAHA GARADSKOHA VYKANAUCHANA KAMITETA (Cyrillic: УСТАНОВА ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГАЛОЎНАГА ЎПРАЎЛЕННЯ ЎНУТРАНЫХ СПРАЎ МІНСКАГА ГАРАДСКОГА ВЫКАНАЎЧАГА КАМІТЭТА)), пер. 1-st Okrestina, d. 36, Minsk 220028, Belarus (Cyrillic: пер. 1-й Окрестина, д. 36, г. Минск 220028, Belarus); Registration Number 191291828 (Belarus) [BELARUS].

OKROYAN, Andranik Mkrtich (a.k.a. OKROYAN, Andranik Mkrtichovich), United Kingdom; Moscow, Russia; DOB 09 Mar 1990; POB Arioneshty, Moldova; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772985834179 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OKROYAN, Mkrtich Okroevich).

OKROYAN, Andranik Mkrtichovich (a.k.a. OKROYAN, Andranik Mkrtich), United Kingdom; Moscow, Russia; DOB 09 Mar 1990; POB Arioneshty, Moldova; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772985834179 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OKROYAN, Mkrtich Okroevich).

OKROYAN, Anna Mkrtichevna, United Kingdom; Moscow, Russia; DOB 14 Feb 1994; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772985982762 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OKROYAN, Mkrtich Okroevich).

OKROYAN, Arutyun Okroevich, Poland; Moscow, Russia; DOB 07 May 1974; POB Turtskh, Georgia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773607384710 (Russia) (individual) [RUSSIA-EO14024].

OKROYAN, Mkrtich Okroevich, Russia; United Kingdom; DOB 21 Apr 1965; POB Georgia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772900610951 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY AERO ENGINE SCIENTIFIC AND TECHNICAL COMPANY SOYUZ; Linked To: OPEN JOINT STOCK COMPANY BALASHIKHINSKIY LITEYNO MEKHANICHESKIY ZAVOD).

OKRYU TRADING COMPANY (Korean: 조선옥류무역회사) (a.k.a. KOREAN FOREIGN TRADE COMPANY OKRYU (Chinese Simplified: 朝鲜玉流贸易会社); a.k.a. KOREYSKAYA VNESHNETORGOVAYA KOMPANIYA OKRYU (Cyrillic: КОРЕЙСКАЯ ВНЕШНЕТОРГОВАЯ КОМПАНИЯ ОКРЮ); a.k.a. OKRYU TRADING CORPORATION; a.k.a. "OKRYU TRADE CO." (Cyrillic: "КОМПАНИЯ ОКРЮ")), Phyongchon District, Pyongyang, Korea, North; Rason, Korea, North; Email Address okryu@star-co.net.kp; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

OKRYU TRADING CORPORATION (a.k.a. KOREAN FOREIGN TRADE COMPANY OKRYU (Chinese Simplified: 朝鲜玉流贸易会社); a.k.a. KOREYSKAYA VNESHNETORGOVAYA KOMPANIYA OKRYU (Cyrillic: КОРЕЙСКАЯ ВНЕШНЕТОРГОВАЯ КОМПАНИЯ ОКРЮ); a.k.a. OKRYU TRADING COMPANY (Korean: 조선옥류무역회사); a.k.a. "OKRYU TRADE CO." (Cyrillic: "КОМПАНИЯ ОКРЮ")), Phyongchon District, Pyongyang, Korea, North; Rason, Korea, North; Email Address okryu@star-co.net.kp; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

OKSEA BALT LTD (a.k.a. OKSI BALT), Proezd Garazhnyi D.1 Liter I, Saint Petersburg 192289, Russia; Ul. Tashkentskaya D. 4, K. 2, Lit. U, Pomeshch. 16-N, Pomeshch. 1, Saint Petersburg 196006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804079571 (Russia); Registration Number 1037808019908 (Russia) [RUSSIA-EO14024].

OKSENCHUK, Aleksandra Igorevna (Cyrillic: ОКСЕНЧУК, АЛЕКСАНДРА ИГОРЕВНА) (a.k.a. AKSIANCHUK, Aliaksandra; a.k.a. AKSIANCHUK, Aliaksandra Iharauna (Cyrillic: АКСЯНЧУК, АЛЯКСАНДРА ІГАРАЎНА)), Odintsova L.E. Street, 113 Apartments 3, 4, Minsk, Belarus; DOB 16 Oct 1992; nationality Belarus; Gender Female; Passport MP4034627 (Belarus); National ID No. 4161092C013PB1 (Belarus) (individual) [BELARUS-EO14038]

(Linked To: SHENZHEN 5G HIGH-TECH INNOVATION CO., LIMITED).

OKSI BALT (a.k.a. OKSEA BALT LTD), Proezd Garazhnyi D.1 Liter I, Saint Petersburg 192289, Russia; Ul. Tashkentskaya D. 4, K. 2, Lit. U, Pomeshch. 16-N, Pomeshch. 1, Saint Petersburg 196006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804079571 (Russia); Registration Number 1037808019908 (Russia) [RUSSIA-EO14024].

OKTANTA NDT (a.k.a. LIMITED LIABILITY COMPANY OKTANTA), Ul. Mayakovskogo D. 22, Kv. 34, Saint Petersburg 191014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 May 2010; Tax ID No. 7841425639 (Russia); Registration Number 1107847143557 (Russia) [RUSSIA-EO14024].

OKTAVA PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO OKTAVA; a.k.a. JOINT STOCK COMPANY OKTAVA), D. 24 Kaminskogo ul., Tula 300000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7107033763 (Russia); Registration Number 1027100967740 (Russia) [RUSSIA-EO14024].

OKTB VECTOR (a.k.a. AKTSIONERNOE OBSHCHESTVO OTDELNOE KONSTRUKTORSKO TEKHNOLOGICHESKOE BIURO VEKTOR; a.k.a. AO OKTB VEKTOR; a.k.a. JOINT STOCK COMPANY SEPARATELY CONSTRUCTOR TECHNOLOGIC OFFICE VEKTOR), D.4 Ul. Koroleva, Bataysk 346881, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6141032302 (Russia); Registration Number 1096181000585 (Russia) [RUSSIA-EO14024].

OKULOV, Aleksandr (a.k.a. OKULOV, Alexander Fiodorovich), Russia; Romania; Dubai, United Arab Emirates; DOB 06 Dec 1981; nationality Russia; alt. nationality Moldova; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT).

OKULOV, Alexander Fiodorovich (a.k.a. OKULOV, Aleksandr), Russia; Romania; Dubai, United Arab Emirates; DOB 06 Dec 1981; nationality Russia; alt. nationality Moldova; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT).

OKUNJI, Francois (Latin: OKUNJI, François) (a.k.a. OLENGA TATE, Francois; a.k.a. OLENGA TETE, Francois (Latin: OLENGA TETE, François); a.k.a. OLENGA, Francois (Latin: OLENGA, François); a.k.a. OTSHUNDI, Francois (Latin: OTSHUNDI, François)), Kinshasa, Congo, Democratic Republic of the; DOB 09 Oct 1948; alt. DOB 10 Sep 1948; alt. DOB 10 Jul 1949; POB Kindu, Maniema, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; citizen Congo, Democratic Republic of the; Gender Male; General; Chef de la Maison Militaire; Head of the Military House of the President (individual) [DRCONGO].

OLADI, Ramezan (Arabic: رمضان اولادی), Iran; DOB 29 May 1963; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); National ID No. 2162049082 (Iran); Managing Director of Kavian Petrochemical Company; CEO of Kavian Petrochemical Company; Vice Chairman of the Board of Kavian Petrochemical Company (individual) [IRAN-EO13846] (Linked To: KAVIAN PETROCHEMICAL COMPANY).

OLAH, Ubac William (a.k.a. OLAU, Obaj William; a.k.a. OLAWO, Obac William), South Sudan; DOB 01 Jan 1962; POB Malakal, South Sudan; Gender Male; Passport M6200000021304 (South Sudan) (individual) [SOUTH SUDAN].

OLARRA GURIDI, Juan Antonio; DOB 11 Sep 1967; POB San Sebastian, Guipuzcoa Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 30.084.504 (Spain); Member ETA (individual) [SDGT].

OLAU, Obaj William (a.k.a. OLAH, Ubac William; a.k.a. OLAWO, Obac William), South Sudan; DOB 01 Jan 1962; POB Malakal, South Sudan; Gender Male; Passport M6200000021304 (South Sudan) (individual) [SOUTH SUDAN].

OLAWO, Obac William (a.k.a. OLAH, Ubac William; a.k.a. OLAU, Obaj William), South Sudan; DOB 01 Jan 1962; POB Malakal, South Sudan; Gender Male; Passport M6200000021304 (South Sudan) (individual) [SOUTH SUDAN].

OLAX FINANCE LIMITED, Rm 704 7/F 135 Bonham Strand Trade CTR Sheung Wan, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Apr 2005; Company Number 35690286 (Hong Kong) [RUSSIA-EO14024] (Linked To: CHICHENEV, Alexey).

OLD GAMES EOOD, 14 Iskar Str., Oborishte Distr., Sofia, Bulgaria; Organization Established Date 2010; Government Gazette Number 201084124 (Bulgaria) [GLOMAG] (Linked To: GAMES UNLIMITED OOD).

OLD VECTOR LLC (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OLD VEKTOR), 172 Zh/M Archa Beshik, Ul. Kyzyl Adyr, Leninsky District, Bishkek, Kyrgyzstan; Digital Currency Address - ETH 0x12de548F79a50D2bd05481C8515C1eF5183666a9; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 13 Dec 2024; Organization Type: Non-specialized wholesale trade; Digital Currency Address - TRX TCFD8N3vM5b4Gr5f1kkajQsodRVNyyAq1d; Tax ID No. 01312202410041 (Kyrgyzstan); Registration Number 311479 3301 OOO (Kyrgyzstan) [CYBER4] (Linked To: A7 LIMITED LIABILITY COMPANY).

OLDERFREY HOLDINGS LIMITED (a.k.a. INTERNATIONAL LIMITED LIABILITY COMPANY INTERROS INVEST (Cyrillic: МЕЖДУНАРОДНАЯ КОМПАНИЯ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРРОС ИНВЕСТ); f.k.a. INTERROS LIMITED; a.k.a. MK INTERROS INVEST), Building 8, Office 201/2, Melkovodny Village, Russky Island, Primorsky Krai 690922, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13

Jan 2023; Tax ID No. 2540273856 (Russia); Registration Number 1232500000325 (Russia) [RUSSIA-EO14024] (Linked To: POTANIN, Vladimir Olegovich).

OLEINIK, Vladimir Nikolayevich (Cyrillic: ОЛЕЙНИК, Владимир Николаевич) (a.k.a. OLIINYK, Volodymyr; a.k.a. OLIYNYK, Volodymyr Mykolayovych (Cyrillic: ОЛЕЙНИК, Володимир Миколаевич)), Moscow, Russia; Yalta, Crimea, Ukraine; DOB 16 Apr 1957; POB Ukraine; nationality Ukraine; Website www.oleinik.win; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

OLEKSIN, Aleksey (a.k.a. ALEKSIN, Aliaksei; a.k.a. ALEKSIN, Aliaksey (Cyrillic: АЛЕКСІН, Аляксей); a.k.a. ALEKSIN, Aliaksey Ivanavich (Cyrillic: АЛЕКСІН, Аляксей Іванавіч); a.k.a. OLEKSIN, Alexei; a.k.a. OLEKSIN, Alexei Ivanovich (Cyrillic: ОЛЕКСИН, Алексей Иванович); a.k.a. OLEKSIN, Alexey), Lyn'kova Street, 43-51, Minsk 220124, Belarus; DOB 29 Oct 1966; nationality Belarus; Gender Male (individual) [BELARUS].

OLEKSIN, Alexei (a.k.a. ALEKSIN, Aliaksei; a.k.a. ALEKSIN, Aliaksey (Cyrillic: АЛЕКСІН, Аляксей); a.k.a. ALEKSIN, Aliaksey Ivanavich (Cyrillic: АЛЕКСІН, Аляксей Іванавіч); a.k.a. OLEKSIN, Aleksey; a.k.a. OLEKSIN, Alexei Ivanovich (Cyrillic: ОЛЕКСИН, Алексей Иванович); a.k.a. OLEKSIN, Alexey), Lyn'kova Street, 43-51, Minsk 220124, Belarus; DOB 29 Oct 1966; nationality Belarus; Gender Male (individual) [BELARUS].

OLEKSIN, Alexei Ivanovich (Cyrillic: ОЛЕКСИН, Алексей Иванович) (a.k.a. ALEKSIN, Aliaksei; a.k.a. ALEKSIN, Aliaksey (Cyrillic: АЛЕКСІН, Аляксей); a.k.a. ALEKSIN, Aliaksey Ivanavich (Cyrillic: АЛЕКСІН, Аляксей Іванавіч); a.k.a. OLEKSIN, Aleksey; a.k.a. OLEKSIN, Alexei; a.k.a. OLEKSIN, Alexey), Lyn'kova Street, 43-51, Minsk 220124, Belarus; DOB 29 Oct 1966; nationality Belarus; Gender Male (individual) [BELARUS].

OLEKSIN, Alexey (a.k.a. ALEKSIN, Aliaksei; a.k.a. ALEKSIN, Aliaksey (Cyrillic: АЛЕКСІН, Аляксей); a.k.a. ALEKSIN, Aliaksey Ivanavich (Cyrillic: АЛЕКСІН, Аляксей Іванавіч); a.k.a. OLEKSIN, Aleksey; a.k.a. OLEKSIN, Alexei; a.k.a. OLEKSIN, Alexei Ivanovich (Cyrillic: ОЛЕКСИН, Алексей Иванович)), Lyn'kova Street, 43-51, Minsk 220124, Belarus; DOB 29 Oct 1966; nationality Belarus; Gender Male (individual) [BELARUS].

OLEKSIN, Dmitry Alexeevich (Cyrillic: ОЛЕКСИН, Дмитрий Алексеевич) (a.k.a. ALEKSIN, Dzmitry Aliakseevich (Cyrillic: АЛЕКСІН, Дзмітрый Аляксеевіч)), Belarus; DOB 25 Apr 1987; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

OLEKSIN, Vitaliy Alexeevich (Cyrillic: ОЛЕКСИН, Виталий Алексеевич) (a.k.a. ALEKSIN, Vital Aliakseevich (Cyrillic: АЛЯКСІН, Віталь Аляксеевіч)), Belarus; DOB 29 Aug 1997; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

OLEKSINA, Inna (a.k.a. ALEKSINA, Ina Vladimirovna; a.k.a. OLEKSINA, Inna Vladimirovna; a.k.a. OLEXINA, Inna Vladimirovna), Belarus; DOB 14 May 1966; nationality Russia; Gender Female; Tax ID No. 8000027-29309 (Russia) (individual) [BELARUS-EO14038].

OLEKSINA, Inna Vladimirovna (a.k.a. ALEKSINA, Ina Vladimirovna; a.k.a. OLEKSINA, Inna; a.k.a. OLEXINA, Inna Vladimirovna), Belarus; DOB 14 May 1966; nationality Russia; Gender Female; Tax ID No. 8000027-29309 (Russia) (individual) [BELARUS-EO14038].

OLENGA TATE, Francois (a.k.a. OKUNJI, Francois (Latin: OKUNJI, François); a.k.a. OLENGA TETE, Francois (Latin: OLENGA TETE, François); a.k.a. OLENGA, Francois (Latin: OLENGA, François); a.k.a. OTSHUNDI, Francois (Latin: OTSHUNDI, François)), Kinshasa, Congo, Democratic Republic of the; DOB 09 Oct 1948; alt. DOB 10 Sep 1948; alt. DOB 10 Jul 1949; POB Kindu, Maniema, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; citizen Congo, Democratic Republic of the; Gender Male; General; Chef de la Maison Militaire; Head of the Military House of the President (individual) [DRCONGO].

OLENGA TETE, Francois (Latin: OLENGA TETE, François) (a.k.a. OKUNJI, Francois (Latin: OKUNJI, François); a.k.a. OLENGA TATE, Francois; a.k.a. OLENGA, Francois (Latin: OLENGA, François); a.k.a. OTSHUNDI, Francois (Latin: OTSHUNDI, François)), Kinshasa, Congo, Democratic Republic of the; DOB 09 Oct 1948; alt. DOB 10 Sep 1948; alt. DOB 10 Jul 1949; POB Kindu, Maniema, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; citizen Congo, Democratic Republic of the; Gender Male; General; Chef de la Maison Militaire;

Head of the Military House of the President (individual) [DRCONGO].

OLENGA, Francois (Latin: OLENGA, François) (a.k.a. OKUNJI, Francois (Latin: OKUNJI, François); a.k.a. OLENGA TATE, Francois; a.k.a. OLENGA TETE, Francois (Latin: OLENGA TETE, François); a.k.a. OTSHUNDI, Francois (Latin: OTSHUNDI, François)), Kinshasa, Congo, Democratic Republic of the; DOB 09 Oct 1948; alt. DOB 10 Sep 1948; alt. DOB 10 Jul 1949; POB Kindu, Maniema, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; citizen Congo, Democratic Republic of the; Gender Male; General; Chef de la Maison Militaire; Head of the Military House of the President (individual) [DRCONGO].

OLENIN, Alexandrovich Yuri (a.k.a. OLENIN, Yurii Aleksandrovich (Cyrillic: ОЛЕНИН, Юрий Александрович); a.k.a. OLENIN, Yury Aleksandrovich), Fersmana 11-32, Moscow 117312, Russia; DOB 13 Nov 1953; POB Ganja, Azerbaijan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 5604391650 (Russia); Tax ID No. 583800439742 (Russia) (individual) [RUSSIA-EO14024].

OLENIN, Yurii Aleksandrovich (Cyrillic: ОЛЕНИН, Юрий Александрович) (a.k.a. OLENIN, Alexandrovich Yuri; a.k.a. OLENIN, Yury Aleksandrovich), Fersmana 11-32, Moscow 117312, Russia; DOB 13 Nov 1953; POB Ganja, Azerbaijan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 5604391650 (Russia); Tax ID No. 583800439742 (Russia) (individual) [RUSSIA-EO14024].

OLENIN, Yury Aleksandrovich (a.k.a. OLENIN, Alexandrovich Yuri; a.k.a. OLENIN, Yurii Aleksandrovich (Cyrillic: ОЛЕНИН, Юрий Александрович)), Fersmana 11-32, Moscow 117312, Russia; DOB 13 Nov 1953; POB Ganja, Azerbaijan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 5604391650 (Russia); Tax ID No. 583800439742 (Russia) (individual) [RUSSIA-EO14024].

OLEOKAM, PR-D Ogneborya D. 5, Naberezhnyye Chelny 423800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

1650071346 (Russia); Registration Number 1021602021715 (Russia) [RUSSIA-EO14024].

OLEXINA, Inna Vladimirovna (a.k.a. ALEKSINA, Ina Vladimirovna; a.k.a. OLEKSINA, Inna; a.k.a. OLEKSINA, Inna Vladimirovna), Belarus; DOB 14 May 1966; nationality Russia; Gender Female; Tax ID No. 8000027-29309 (Russia) (individual) [BELARUS-EO14038].

OLIFERCHIK, Adam Islamovych (a.k.a. GUZUN, Andrei; a.k.a. KHAMIRZAEV, Adam; a.k.a. "Adam Abu Darrar AL-SHISHANI"), Turkey; Potsdam, Germany; DOB 15 Dec 1985; POB Troitskaya, Russia; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

OLIGEI INTERNATIONAL TRADING CO., LIMITED, Flat H29, 1/F Phase 2 Kwai Shing Ind Bldg, No. 42-46, Tai Lin Pai Rd., Kwai Chung NT, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 2953973 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

OLIINYK, Volodymyr (a.k.a. OLEINIK, Vladimir Nikolayevich (Cyrillic: ОЛЕЙНИК, Владимир Николаевич); a.k.a. OLIYNYK, Volodymyr Mykolayovych (Cyrillic: ОЛЕЙНИК, Владимир Миколаевич)), Moscow, Russia; Yalta, Crimea, Ukraine; DOB 16 Apr 1957; POB Ukraine; nationality Ukraine; Website www.oleinik.win; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

OLIMPIK GAMA IC VE DIS TICARET SANAYI LIMITED SIRKETI (a.k.a. OLIMPIK GAMA LOGISTICS), B Blok No: 5/2AC ve 5/2AB, Beylikduzu Cad. Brand Istanbul Park, Buyuksehir Mah., Beylikduzu, Istanbul, Turkey; Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 693447-0 (Turkey) [RUSSIA-EO14024].

OLIMPIK GAMA LOGISTICS (a.k.a. OLIMPIK GAMA IC VE DIS TICARET SANAYI LIMITED SIRKETI), B Blok No: 5/2AC ve 5/2AB, Beylikduzu Cad. Brand Istanbul Park, Buyuksehir Mah., Beylikduzu, Istanbul, Turkey; Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 693447-0 (Turkey) [RUSSIA-EO14024].

OLIVAS CHAIDEZ, Jose (a.k.a. "EL BLANCO"; a.k.a. "INGENIERO"), CRT Club Campestre Campestre 788 Teran, Tuxtla Gutierrez, Chiapas 29050, Mexico; DOB 29 Jul 1982; POB Tamazula, Durango, Mexico; nationality Mexico; Gender Male; C.U.R.P. OICJ820729HDGLHS08 (Mexico) (individual) [SDNTK].

OLIVAS OJEDA, Jesus Joaquin, Av. Sexecnal No. 3043, Col. Republica Mexicana, Culiacan, Sinaloa, Mexico; c/o COMERCIALIZADORA TOQUIN, S.A. DE. C.V., Guadalajara, Jalisco, Mexico; DOB 25 Oct 1955; nationality Mexico; citizen Mexico; R.F.C. OIOJ551025S49 (Mexico) (individual) [SDNTK].

OLIVAS OJEDA, Juan Carlos, Calle Sierra Madre del Sur No. 1525-A, Infonavit Canadas, Culiacan, Sinaloa, Mexico; c/o COMERCIALIZADORA BRIMAR'S, S.A. DE. C.V., Culiacan, Sinaloa, Mexico; DOB 14 Mar 1965; POB Navolato, Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

OLIVAS OJEDA, Marco Antonio, Calle Jesus Almada No. 214, Colonia Pueblo Nuevo 1, Navolato, Sinaloa, Mexico; Ave. Naciones Unidas No. 5677-4, Condominio Essex, Jard. de la Parque Regenci., Zapopan, Jalisco, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Guadalajara, Jalisco, Mexico; c/o COMERCIAL JOANA, S.A. DE C.V., Guadalajara, Jalisco, Mexico; c/o COMERCIALIZADORA BRIMAR'S, S.A. DE. C.V., Culiacan, Sinaloa, Mexico; c/o COMERCIAL DOMELY, S.A. DE C.V., Toluca, Mexico, Mexico; DOB 14 Jun 1960; POB Navolato, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. OIOM600614YA5 (Mexico); C.U.R.P. OIOM600614HSLLJR08 (Mexico); Electoral Registry No. OIOJMR60061425H900 (Mexico) (individual) [SDNTK].

OLIVERA JIMENEZ, Juana, Calle Velazquez #167, Colonia Real Vallarta, Zapopan, Jalisco, Mexico; DOB 05 Apr 1941; POB Pihuamo, Jalisco; C.U.R.P. OIJJ410405MJCLMN04 (Mexico) (individual) [SDNTK] (Linked To: GRUPO COMERCIAL ROOL, S.A. DE C.V.).

OLIVEROS FORERO, Claudia Viviana, Bogota, Colombia; DOB 02 Jan 1973; POB Bogota, Colombia; nationality Colombia; Gender Female; Cedula No. 52252815 (Colombia); Passport AZ321704 (Colombia) expires 20 Jul 2032 (individual) [SUDAN-EO14098] (Linked To: INTERNATIONAL SERVICES AGENCY S.A.S.).

OLIYNYK, Volodymyr Mykolayovych (Cyrillic: ОЛЕЙНИК, Володимир Миколаевич) (a.k.a. OLEINIK, Vladimir Nikolayevich (Cyrillic: ОЛЕЙНИК, Владимир Николаевич); a.k.a. OLIINYK, Volodymyr), Moscow, Russia; Yalta, Crimea, Ukraine; DOB 16 Apr 1957; POB Ukraine; nationality Ukraine; Website www.oleinik.win; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

OLORUNYOMI, Micheal, Nigeria; DOB 12 May 1983; nationality Nigeria; Gender Male; Passport A50143448 (Nigeria) (individual) [CYBER2].

OLSSON, Sven Anders, Karl X Gustafs Gata 51, Helsingborg 252 40, Sweden; DOB 1943; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

OLVERA ESTRADA, Arturo, c/o GENETICA GANADERA RANCHO ALEJANDRA S.P.R. DE R. L. DE C.V., Ensenada, Baja California, Mexico; c/o GENETICA IMPORT-EXPORT S.P.R. DE R.L. DE C.V., Ensenada, Baja California, Mexico; c/o CLUB DEPORTIVO OJOS NEGROS A.C., Conocido Poblado de Ojos Negros, Baja California, Mexico; Calle Cuarta, Poblado Ojos Negros, Ensenada, Baja California, Mexico; DOB 03 Sep 1951; POB San Antonio Ameca, Jalisco, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. OEEA510903HJCLSR03 (Mexico) (individual) [SDNTK].

OLVERA ESTRADA, Rodolfo, c/o GENETICA GANADERA RANCHO ALEJANDRA S.P.R. DE R. L. DE C.V., Ensenada, Baja California, Mexico; c/o GENETICA IMPORT-EXPORT S.P.R. DE R.L. DE C.V., Ensenada, Baja California, Mexico; c/o CLUB DEPORTIVO OJOS NEGROS A.C., Conocido Poblado de Ojos Negros, Baja California, Mexico; Avenida Juan Castro y Calle Cuarta, Poblado Ojos Negros, Ensenada, Baja California, Mexico; DOB 17 Feb 1962; POB Real del Castillo, Ensenada, Baja California Norte; nationality Mexico; citizen Mexico; C.U.R.P. OEER620217HBCLSD08 (Mexico) (individual) [SDNTK].

OMAIRI, Farouk (a.k.a. AL-OMAIRI, Faruk; a.k.a. AL-UMAYRI, Faruz; a.k.a. OMAIRI, Farouk Abdul Haj; a.k.a. UMAIRI, Faruq), 605 Avenida Brasil, Apt No. 48, Foz do Iguacu, Brazil; DOB

06 Dec 1945; POB Hermel, Lebanon; citizen Brazil; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

OMAIRI, Farouk Abdul Haj (a.k.a. AL-OMAIRI, Faruk; a.k.a. AL-UMAYRI, Faruz; a.k.a. OMAIRI, Farouk; a.k.a. UMAIRI, Faruq), 605 Avenida Brasil, Apt No. 48, Foz do Iguacu, Brazil; DOB 06 Dec 1945; POB Hermel, Lebanon; citizen Brazil; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

OMAN FUEL TRADING LTD, 22 Long Acre, Long Acre, London WC2E 9LY, United Kingdom; 51 Creighton Road, London W5 4SH, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 11751545 (United Kingdom) [SDGT] [IFSR] (Linked To: MADANIPOUR, Mahmoud).

OMAN, Mullah Mohammed (a.k.a. AKHUND, Mohammad Aman; a.k.a. AMAN, Mohammed; a.k.a. NOORZAI, Mullah Mad Aman Ustad; a.k.a. "SANAULLAH"); DOB 1970; POB Bande Tumur Village, Maiwand District, Qandahar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

OMAR ACHMED, Kaua (a.k.a. AHMAD, Farhad Kanabi; a.k.a. HAMAWANDI, Kawa), Lochhamer Str. 115, Munich 81477, Germany; Iraq; DOB 01 Jul 1971; POB Arbil, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Travel Document Number A0139243 (Germany) (individual) [SDGT].

OMAR, Abdirahman Mohamed (a.k.a. CUMAR, Cabdi Maxamed; a.k.a. CUMAR, Cabdiraxman Maxamed; a.k.a. DHUFAAYE, Cabdi Muhammad; a.k.a. "DHOFAYE"; a.k.a. "DHOOFAYE"; a.k.a. "OMAR, Abdi Mohamed"), Bosaso, Somalia; DOB 1962; POB Bosaso, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

OMAR, Abdullahi Abdul Kadir (a.k.a. ABDILAHI, Abdi Xamiid Omar; a.k.a. ABDULLAHI, Abdulkadir Omar), Uganda; DOB 01 Jan 1962; POB Mandera, Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BK042853 (Kenya) (individual) [SDGT] (Linked To: AL-SHABAAB).

OMAR, Ahmed Haji Ali Haji (a.k.a. "ALI, Ahmed Omar"; a.k.a. "ALI, Ahmed Omer Haji"; a.k.a. "BEER DHAGAH"; a.k.a. "BEERDHAGAX"; a.k.a. "BEERDHEGHAX"; a.k.a. "BERDAGAX"), Bosaso, Bari, Somalia; DOB Jun 1974; POB Alula District, Bari, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

OMAR, Asem (a.k.a. KHAZE, Karim; a.k.a. LIU, Jhon; a.k.a. ZAHEDI, Mostafa; a.k.a. "IBRAHIM, Mohammad"; a.k.a. "IBRAHIM, Mohammed"); DOB 29 Jun 1978; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

OMAR, Bonomade Machude (a.k.a. "Abu Sulayfa Muhammad"; a.k.a. "Abu Surakha"; a.k.a. "Abu Suraqa Suraqa Filho"; a.k.a. "Ibn Omar"), Cabo Delgado Province, Mozambique; DOB 15 Jun 1988; POB Palma District, Cabo Delgado Province, Mozambique; nationality Mozambique; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE).

OMAR, Farhad (a.k.a. HOOMER, Farhad; a.k.a. UMAR, Farhaad; a.k.a. 'UMAR, Farhad), 57 Spathodia Drive, Isipingo Hills, KwaZulu Natal 4133, South Africa; 72 Riley Road, Overport, Essenwood, Berea 4001, South Africa; 9 Nugget Road, Reservoir Hills, Durban 4090, South Africa; DOB 18 Nov 1976; nationality South Africa; citizen South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A05256584 (South Africa); alt. Passport A04151202 (South Africa); National ID No. 7611185236087 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

OMAR, Hassan Mahad (a.k.a. ADAM, Sheikh Hassaan Hussein; a.k.a. HUSSEIN, Sheikh Hassaan; a.k.a. OMAR, Hassan Mahat); DOB 10 Apr 1979; POB Garissa, Kenya; nationality Kenya; Passport A1180173 (Kenya) expires 20 Aug 2017; Kenyan ID No. 23446085 (Kenya) (individual) [SOMALIA].

OMAR, Hassan Mahat (a.k.a. ADAM, Sheikh Hassaan Hussein; a.k.a. HUSSEIN, Sheikh Hassaan; a.k.a. OMAR, Hassan Mahad); DOB 10 Apr 1979; POB Garissa, Kenya; nationality Kenya; Passport A1180173 (Kenya) expires 20 Aug 2017; Kenyan ID No. 23446085 (Kenya) (individual) [SOMALIA].

OMAR, Mohammed, Afghanistan; DOB 1950; POB Hotak, Kandahar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commander of the Faithful ("Amir al-Munineen") (individual) [SDGT].

OMAR, Omar Awadh (a.k.a. AWADH, Omar; a.k.a. SAHAL, Omar); DOB 20 Sep 1973; POB Mombasa, Kenya; Passport A764712 (Kenya) expires 27 Mar 2013; alt. Passport B002271 (Kenya); alt. Passport KE007776 expires Aug 2009; Possibly Located in Kenya (individual) [SOMALIA].

OMAR, Ramzi Mohammed Abdellah (a.k.a. BIN AL SHIBH, Ramzi; a.k.a. BINALSHEIDAH, Ramzi Mohamed Abdullah; a.k.a. BINALSHIBH, Ramzi Mohammed Abdullah), Guantanamo Bay detention center, Cuba; DOB 01 May 1972; alt. DOB 16 Sep 1973; POB Hadramawt, Yemen; alt. POB Khartoum Sudan; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport R85243 (Yemen); alt. Passport A755350 (Saudi Arabia); alt. Passport 00085243 (Yemen) (individual) [SDGT].

OMEED, Salam (a.k.a. SAEED, Mohammed; a.k.a. SAID, Salim Ahmed; a.k.a. SALEM, Omed; a.k.a. 'UMED, Salim; a.k.a. 'UMEED, Salim), Villa D-24 The Palm Jumeirah, Dubai, United Arab Emirates; DOB 04 Dec 1977; POB Chardgloo, Iraq; nationality United Kingdom; Gender Male; Passport 513075044 (United Kingdom) expires 08 Mar 2026; alt. Passport 556957176 (United Kingdom) expires 28 Jan 2029; National ID No. 784197736807633 (United Kingdom) (individual) [IRAN-EO13902].

OMELCHENKO, Aleksander (a.k.a. OMELCHENKO, Aleksandr Anatolyevich; a.k.a. OMELCHENKO, Alexander A.; a.k.a.

OMELCHENKO, Alexander Anatolyevich; a.k.a. OMELCHENKO, Alexandr Anatolyevich); DOB 08 Sep 1983; POB Moscow, Russia; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 721937258 (Russia); National ID No. 4598338396 (Russia); alt. National ID No. 4506978162 (Russia); Chief Export Officer for Kalashnikov Concern (individual) [UKRAINE-EO13661].

OMELCHENKO, Aleksandr Anatolyevich (a.k.a. OMELCHENKO, Aleksander; a.k.a. OMELCHENKO, Alexander A.; a.k.a. OMELCHENKO, Alexander Anatolyevich; a.k.a. OMELCHENKO, Alexandr Anatolyevich); DOB 08 Sep 1983; POB Moscow, Russia; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 721937258 (Russia); National ID No. 4598338396 (Russia); alt. National ID No. 4506978162 (Russia); Chief Export Officer for Kalashnikov Concern (individual) [UKRAINE-EO13661].

OMELCHENKO, Alexander A. (a.k.a. OMELCHENKO, Aleksander; a.k.a. OMELCHENKO, Aleksandr Anatolyevich; a.k.a. OMELCHENKO, Alexander Anatolyevich; a.k.a. OMELCHENKO, Alexandr Anatolyevich); DOB 08 Sep 1983; POB Moscow, Russia; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 721937258 (Russia); National ID No. 4598338396 (Russia); alt. National ID No. 4506978162 (Russia); Chief Export Officer for Kalashnikov Concern (individual) [UKRAINE-EO13661].

OMELCHENKO, Alexander Anatolyevich (a.k.a. OMELCHENKO, Aleksander; a.k.a. OMELCHENKO, Aleksandr Anatolyevich; a.k.a. OMELCHENKO, Alexander A.; a.k.a. OMELCHENKO, Alexandr Anatolyevich); DOB 08 Sep 1983; POB Moscow, Russia; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 721937258 (Russia); National ID No. 4598338396 (Russia); alt. National ID No. 4506978162 (Russia); Chief Export Officer for Kalashnikov Concern (individual) [UKRAINE-EO13661].

OMELCHENKO, Alexandr Anatolyevich (a.k.a. OMELCHENKO, Aleksander; a.k.a. OMELCHENKO, Aleksandr Anatolyevich; a.k.a. OMELCHENKO, Alexander A.; a.k.a. OMELCHENKO, Alexander Anatolyevich); DOB 08 Sep 1983; POB Moscow, Russia; citizen

Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 721937258 (Russia); National ID No. 4598338396 (Russia); alt. National ID No. 4506978162 (Russia); Chief Export Officer for Kalashnikov Concern (individual) [UKRAINE-EO13661].

OMELNITSKII, Sergey Sergeevich (Cyrillic: ОМЕЛЬНИЦКИЙ, Сергей Сергеевич) (a.k.a. IVANOV, Sergey Sergeevich (Cyrillic: ИВАНОВ, Сергей Сергеевич); a.k.a. "Taleon"; a.k.a. "UAPS"), St. Petersburg, Russia; DOB 02 Jun 1980; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 4015431802 (Russia) (individual) [RUSSIA-EO14024].

OMER, Muhammad (a.k.a. AL-SINDHI, Abdallah; a.k.a. AL-SINDHI, Abdullah; a.k.a. AL-SINDI, Abdullah; a.k.a. AZMARAI, Umar Siddique Kathio; a.k.a. CHANDIO, Umar Kathio; a.k.a. CHANDUO, Umar; a.k.a. CHANDYO, Omar; a.k.a. KATHIO, Muhammad Umar; a.k.a. KATIO, Muhammad Umar Sidduque; a.k.a. SINDHI, 'Abdallah; a.k.a. UMAR, Muhammad), Karachi, Pakistan; Miram Shah, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1977; POB Saudi Arabia; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 466-77-221879 (Pakistan); alt. National ID No. 42201-015024707-7 (individual) [SDGT].

OMID BONYAN DAY INSURANCE SERVICES, Vozara Street, Tehran, Iran; Website http://omiddayins.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: DAY BANK).

OMID DEVELOPMENT AND CONSTRUCTION (a.k.a. OMID REY CIVIL & CONSTRUCTION COMPANY; a.k.a. OMID REY CIVIL AND CONSTRUCTION COMPANY; a.k.a. OMID REY RENOVATION AND DEVELOPMENT CO.); Website http://www.omidrey.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

OMID REY CIVIL & CONSTRUCTION COMPANY (a.k.a. OMID DEVELOPMENT AND CONSTRUCTION; a.k.a. OMID REY CIVIL AND CONSTRUCTION COMPANY; a.k.a. OMID REY RENOVATION AND

DEVELOPMENT CO.); Website http://www.omidrey.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

OMID REY CIVIL AND CONSTRUCTION COMPANY (a.k.a. OMID DEVELOPMENT AND CONSTRUCTION; a.k.a. OMID REY CIVIL & CONSTRUCTION COMPANY; a.k.a. OMID REY RENOVATION AND DEVELOPMENT CO.); Website http://www.omidrey.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

OMID REY RENOVATION AND DEVELOPMENT CO. (a.k.a. OMID DEVELOPMENT AND CONSTRUCTION; a.k.a. OMID REY CIVIL & CONSTRUCTION COMPANY; a.k.a. OMID REY CIVIL AND CONSTRUCTION COMPANY); Website http://www.omidrey.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

OMID SEPAH EXCHANGE COMPANY, 1st Floor, No. 2, Emad Khorasani Dead End, Derakhti Street, Derakhti - (West) Qods Town, Tehran 1468813111, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 14 May 2005; National ID No. 10102865943 (Iran); Company Number 245956 (Iran); Registration Number 411111396931 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

OMQI COMPANY (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR

MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almahhra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

OMRAN CEMENT FACTORY (a.k.a. AMRAN CEMENT FACTORY (Arabic: مصنع إسمنت عمران)), Amran Governorate, Sana'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1982; Organization Type: Manufacture of articles of concrete, cement and plaster [SDGT] (Linked To: ANSARALLAH).

OMRAN SAHEL, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

OMRAN VA MASKAN ABAD DAY COMPANY, No. 52, Shariati Street, Shahid Mousavi Street, Tehran, Iran; Website www.omaday.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: DAY BANK).

OMRAN VA MASKAN IRAN COMPANY (Arabic: شرکت عمران و مسکن ایران) (a.k.a. BONYAD MOSTAZAFAN CONSTRUCTION AND HOUSING (Arabic: بنیاد عمران و مسکن

مستضعفان); a.k.a. SHERAKATE OMRAN VA MASKAN IRAN (Arabic: هلدینگ عمران و مسکن ایران); a.k.a. SHERKAT-E MADAR-E TAKHASSOSI-YE OMRAN VA MASKAN-E IRAN), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10260319055 (Iran); Registration Number 476813 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

OMRAN, Karim Dhaidas, Iraq (individual) [IRAQ2].

OMSEN, Omar (a.k.a. AL-DIABY, Omar; a.k.a. DIABY, Omar; a.k.a. DIABY, Oumar; a.k.a. OUMSEN, Omar), Syria; DOB 1976; POB Dakar, Senegal; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

OMSK INSTRUMENT RESEARCH INSTITUTE (a.k.a. JOINT STOCK COMPANY OMSK SCIENTIFIC RESEARCH INSTITUTE OF INSTRUMENT ENGINEERING; a.k.a. JOINT STOCK COMPANY OMSKIY NAUCHNO ISSLEDOVATELSKIY INSTITUT PRIBOROSTROENIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОМСКИЙ НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ПРИБОРОСТРОЕНИЯ); a.k.a. "AO ONIIP"; a.k.a. "JSC ONIIP"), Ulitsa Maslennikova, Dom 231, Omsk 644009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5506218498 (Russia); Registration Number 1115543024574 (Russia) [RUSSIA-EO14024].

ONCU TRADING L.L.C. (a.k.a. O N C U TRADING L.L.C.), Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Oct 2021; Company Number 1623913 (United Arab Emirates); License 993171 (United Arab Emirates); Chamber of Commerce Number 376875 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

ONDEN GENERAL TRADING FZE (Arabic: اوندین جنرال تریدینغ م م ح), P2-ELOB Office No. E-21F-10, Hamriyah Free Zone, Sharjah, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Jul 2023;

Registration Number 29197 (United Arab Emirates); Economic Register Number (CBLS) 12130484 (United Arab Emirates) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

ONE ASSET MANAGEMENT AG, Austrasse 14, Triesen 9495, Liechtenstein; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Oct 2016; Legal Entity Number 5299009TMR68KP3H7610; Registration Number FL-0002.531.690-1 (Liechtenstein) [RUSSIA-EO14024] (Linked To: WYSS, Anton Daniel; Linked To: LINS, Alexander Franz Josef).

ONE CLASS INCORPORATED (a.k.a. ONE CLASS PROPERTIES (PTY) LTD.), Cape Town, South Africa; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ONE CLASS PROPERTIES (PTY) LTD. (a.k.a. ONE CLASS INCORPORATED), Cape Town, South Africa; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ONE VISION 5 (a.k.a. ONE VISION INVESTMENTS 5 (PTY) LTD.), 3rd Floor, Tygervalley Chambers, Bellville, Cape Town 7530, South Africa; Canal Walk, P.O. Box 17, Century City, Milnerton 7446, South Africa; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 2002/022757/07 (South Africa) [IRAN].

ONE VISION INVESTMENTS 5 (PTY) LTD. (a.k.a. ONE VISION 5), 3rd Floor, Tygervalley Chambers, Bellville, Cape Town 7530, South Africa; Canal Walk, P.O. Box 17, Century City, Milnerton 7446, South Africa; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 2002/022757/07 (South Africa) [IRAN].

ONEFACTOR LIMITED LIABILITY COMPANY (Cyrillic: ЕДИНЫЙФАКТОР ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. EDINYFAKTOR OOO; a.k.a. YEDINYIFAKTOR OOO), d. 41 pom. 5.62, per. Oruzheiny, Moscow 127006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Jul 2010; Tax ID No. 7729660992 (Russia); Government Gazette Number 66999175 (Russia); Registration Number 1107746601731 (Russia) [RUSSIA-EO14024] (Linked To: MEGAFON PAO).

ONEGA RESEARCH AND DEVELOPMENT TECHNOLOGICAL BUREAU (a.k.a.

AKTSIONERNOE OBSHCHESTVO NAUCHNO-ISSLEDOVATELSKOE PROEKTNO-TEKHNOLOGICHESKO BYURO ONEGA; a.k.a. JOINT STOCK COMPANY RESEARCH DESIGN AND TECHNOLOGICAL BUREAU ONEGA; a.k.a. JSC NAUCHNO-ISSLEDOVATELSKOYE PROYEKTNO-TEKHNOLOGICHESKOYE BYURO ONEGA (Cyrillic: АО НАУЧНО-ИССЛЕДОВАТЕЛЬСКОЕ ПРОЕКТНО-ТЕХНОЛОГИЧЕСКОЕ БЮРО ОНЕГА); a.k.a. JSC NIPTB ONEGA), Mashinostoitelei Proezd, 12, Severodvinsk, Archangelsk region 164509, Russia; Website WWW.ONEGASTAR.RU; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jan 2008; Tax ID No. 2902057961 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

O'NEILL ASSETS CORP (a.k.a. O'NEILL ASSETS CORPORATION), Cayman Islands; C, SCF Unicom Tower, Maximos Plaza, 18, Maximou Michailidi Street, Neapolis, Limassol 3106, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Activities of holding companies; Target Type Private Company [RUSSIA-EO14024] (Linked To: PUTIN, Vladimir Vladimirovich).

O'NEILL ASSETS CORPORATION (a.k.a. O'NEILL ASSETS CORP), Cayman Islands; C, SCF Unicom Tower, Maximos Plaza, 18, Maximou Michailidi Street, Neapolis, Limassol 3106, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Activities of holding companies; Target Type Private Company [RUSSIA-EO14024] (Linked To: PUTIN, Vladimir Vladimirovich).

ONER BANK (a.k.a. EFTEKHAR BANK; a.k.a. HONOR BANK; a.k.a. HONORBANK; a.k.a. HONORBANK ZAO; a.k.a. ONERBANK; a.k.a. ONER-BANK; a.k.a. ONERBANK ZAO), Ulitsa Klary Tsetkin 51, Minsk 220004, Belarus; SWIFT/BIC HNRBBY2X; Registration ID 807000227 (Belarus) issued 16 Oct 2009; all offices worldwide [IRAN].

ONERBANK (a.k.a. EFTEKHAR BANK; a.k.a. HONOR BANK; a.k.a. HONORBANK; a.k.a. HONORBANK ZAO; a.k.a. ONER BANK; a.k.a. ONER-BANK; a.k.a. ONERBANK ZAO), Ulitsa Klary Tsetkin 51, Minsk 220004, Belarus; SWIFT/BIC HNRBBY2X; Registration ID 807000227 (Belarus) issued 16 Oct 2009; all offices worldwide [IRAN].

ONER-BANK (a.k.a. EFTEKHAR BANK; a.k.a. HONOR BANK; a.k.a. HONORBANK; a.k.a. HONORBANK ZAO; a.k.a. ONER BANK; a.k.a. ONERBANK; a.k.a. ONERBANK ZAO), Ulitsa Klary Tsetkin 51, Minsk 220004, Belarus; SWIFT/BIC HNRBBY2X; Registration ID 807000227 (Belarus) issued 16 Oct 2009; all offices worldwide [IRAN].

ONERBANK ZAO (a.k.a. EFTEKHAR BANK; a.k.a. HONOR BANK; a.k.a. HONORBANK; a.k.a. HONORBANK ZAO; a.k.a. ONER BANK; a.k.a. ONERBANK; a.k.a. ONER-BANK), Ulitsa Klary Tsetkin 51, Minsk 220004, Belarus; SWIFT/BIC HNRBBY2X; Registration ID 807000227 (Belarus) issued 16 Oct 2009; all offices worldwide [IRAN].

ONISHCHENKO, Aleksandr Romanovych (a.k.a. KADYROV, Aleksandr Romanovych; a.k.a. KADYROV, Oleksandr; a.k.a. KADYROV, Oleksandr Romanovych; a.k.a. ONISHCHENKO, Oleksandr; a.k.a. ONISHCHENKO, Oleksandr Romanovych (Cyrillic: ОНИЩЕНКО, Олександр Романович); a.k.a. ONYSHCHENKO, Oleksandr (Cyrillic: ОНИЩЕНКО, Олександр); a.k.a. ONYSHCHENKO, Oleksandr Romanovych), Germany; Redutnyi Pereulok 10A, Kiev, Ukraine; UL. Natalii Ushvii 4 G App. 36, Kiev 04108, Ukraine; DOB 31 Mar 1969; POB Russia; nationality Ukraine; Gender Male; Passport 2529210098 (Ukraine) expires 29 Mar 2021; alt. Passport EX600377 (Ukraine) issued 01 Oct 2013 expires 01 Oct 2023; National ID No. 2529210098 (Ukraine) (individual) [ELECTION-EO13848].

ONISHCHENKO, Aleksandr Vladimirovich (Cyrillic: ОНИЩЕНКО, Александр Владимирович), Moscow, Russia; DOB 15 Dec 1978; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ONISHCHENKO, Oleksandr (a.k.a. KADYROV, Aleksandr Romanovych; a.k.a. KADYROV, Oleksandr; a.k.a. KADYROV, Oleksandr Romanovych; a.k.a. ONISHCHENKO, Aleksandr Romanovych; a.k.a. ONISHCHENKO, Oleksandr Romanovych (Cyrillic: ОНИЩЕНКО, Олександр Романович); a.k.a. ONYSHCHENKO, Oleksandr (Cyrillic: ОНИЩЕНКО, Олександр); a.k.a. ONYSHCHENKO, Oleksandr Romanovych), Germany; Redutnyi Pereulok

10A, Kiev, Ukraine; UL. Natalii Ushvii 4 G App. 36, Kiev 04108, Ukraine; DOB 31 Mar 1969; POB Russia; nationality Ukraine; Gender Male; Passport 2529210098 (Ukraine) expires 29 Mar 2021; alt. Passport EX600377 (Ukraine) issued 01 Oct 2013 expires 01 Oct 2023; National ID No. 2529210098 (Ukraine) (individual) [ELECTION-EO13848].

ONISHCHENKO, Oleksandr Romanovych (Cyrillic: ОНИЩЕНКО, Олександр Романович) (a.k.a. KADYROV, Aleksandr Romanovych; a.k.a. KADYROV, Oleksandr; a.k.a. KADYROV, Oleksandr Romanovych; a.k.a. ONISHCHENKO, Aleksandr Romanovych; a.k.a. ONISHCHENKO, Oleksandr; a.k.a. ONYSHCHENKO, Oleksandr (Cyrillic: ОНИЩЕНКО, Олександр); a.k.a. ONYSHCHENKO, Oleksandr Romanovych), Germany; Redutnyi Pereulok 10A, Kiev, Ukraine; UL. Natalii Ushvii 4 G App. 36, Kiev 04108, Ukraine; DOB 31 Mar 1969; POB Russia; nationality Ukraine; Gender Male; Passport 2529210098 (Ukraine) expires 29 Mar 2021; alt. Passport EX600377 (Ukraine) issued 01 Oct 2013 expires 01 Oct 2023; National ID No. 2529210098 (Ukraine) (individual) [ELECTION-EO13848].

ONSHOR VIND, B-r Zagrebskii D. 19, K. 1, Lit. A, Kv. 77, Saint Petersburg 192284, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7816690721 (Russia); Registration Number 1197847032503 (Russia) [RUSSIA-EO14024].

ONTIVEROS RIOS, Gabino (a.k.a. ALVAREZ ZEPEDA, Alfredo; a.k.a. RODRIGO ALVAREZ, Sacarias), C. Paloma 903, Col. Fatima, Durango, Durango C.P. 34080, Mexico; Colonia San Jose del Barranco, Badiraguato, Sinaloa, Mexico; Boulevard Jesus Kumate Rodriguez, Kilometro 2 Edificio 2, Colonia Rincon del Valle, Culiacan, Sinaloa C.P. 80155, Mexico; Calle Loc Cospita S/N, Colonia Loc Cospita, Culiacan, Sinaloa C.P. 80000, Mexico; DOB 12 Sep 1977; alt. DOB 19 Feb 1981; POB Culiacan, Sinaloa, Mexico; alt. POB Vicente Guerrero, Durango, Mexico; R.F.C. OIRG810219GGA (Mexico); Credencial electoral RDALSC77091210H700 (Mexico); C.U.R.P. OIRG810219HSLNSB09 (Mexico); alt. C.U.R.P. ROAS770912HDGDLC02 (Mexico) (individual) [SDNTK].

ONX TRADING FZE, P6-ELOB Office No. E-12F-16 Hamriyah Free Zone, Sharjah, United Arab Emirates; Hamriyah Free Zone Phase-1, Sharjah, United Arab Emirates; Dubai, United

Arab Emirates; Website www.onxtrading.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Sep 2023; License 31337 (United Arab Emirates); Economic Register Number (CBLS) 12175035 (United Arab Emirates) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

ONYAD BILGISAYAR TICARET SIRKETI, Kadipada Mah. Keykubat Bulvar, No: 4/d, Alanya, Antalya 07400, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2023; Organization Type: Non-specialized wholesale trade [RUSSIA-EO14024].

ONYSHCHENKO, Oleksandr (Cyrillic: ОНИЩЕНКО, Олександр) (a.k.a. KADYROV, Aleksandr Romanovych; a.k.a. KADYROV, Oleksandr; a.k.a. KADYROV, Oleksandr Romanovych; a.k.a. ONISHCHENKO, Aleksandr Romanovych; a.k.a. ONISHCHENKO, Oleksandr; a.k.a. ONISHCHENKO, Oleksandr Romanovych (Cyrillic: ОНИЩЕНКО, Олександр Романович); a.k.a. ONYSHCHENKO, Oleksandr Romanovych), Germany; Redutnyi Pereulok 10A, Kiev, Ukraine; UL. Natalii Ushvii 4 G App. 36, Kiev 04108, Ukraine; DOB 31 Mar 1969; POB Russia; nationality Ukraine; Gender Male; Passport 2529210098 (Ukraine) expires 29 Mar 2021; alt. Passport EX600377 (Ukraine) issued 01 Oct 2013 expires 01 Oct 2023; National ID No. 2529210098 (Ukraine) (individual) [ELECTION-EO13848].

ONYSHCHENKO, Oleksandr Romanovych (a.k.a. KADYROV, Aleksandr Romanovych; a.k.a. KADYROV, Oleksandr; a.k.a. KADYROV, Oleksandr Romanovych; a.k.a. ONISHCHENKO, Aleksandr Romanovych; a.k.a. ONISHCHENKO, Oleksandr; a.k.a. ONISHCHENKO, Oleksandr Romanovych (Cyrillic: ОНИЩЕНКО, Олександр Романович); a.k.a. ONYSHCHENKO, Oleksandr (Cyrillic: ОНИЩЕНКО, Олександр)), Germany; Redutnyi Pereulok 10A, Kiev, Ukraine; UL. Natalii Ushvii 4 G App. 36, Kiev 04108, Ukraine; DOB 31 Mar 1969; POB Russia; nationality Ukraine; Gender Male; Passport 2529210098 (Ukraine) expires 29 Mar 2021; alt. Passport EX600377 (Ukraine) issued 01 Oct 2013 expires 01 Oct 2023; National ID No. 2529210098 (Ukraine) (individual) [ELECTION-EO13848].

ONZE BLACK (a.k.a. TEQUILA ONZE BLACK), Antioquia # 2123-B, Col. Los Colomos, Guadalajara, Jalisco 44660, Mexico; Website www.tequilaonze.com [SDNTK].

OO, Aung Ko Ko, Burma; DOB 10 Jan 1971; nationality Burma; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport MI210885 (Burma); National ID No. 12/THAKATA(N)005901 (Burma) (individual) [DPRK] [BURMA-EO14014] (Linked To: ROYAL SHUNE LEI COMPANY LIMITED).

OO, Aung Naing (a.k.a. OO, U Aung Naing; a.k.a. "KYAW, Kyaw"), L 103 Kanyeikthar Lane 6 FMI City, Rangoon, Burma; DOB 13 Oct 1962; alt. DOB 09 Jun 1969; POB Kyaukse, Burma; alt. POB Hkamti, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM002656 (Burma) issued 25 Aug 2014 expires 24 Aug 2024; National ID No. 7PAKHANAN013345 (Burma); alt. National ID No. 5SAKANAN017289 (Burma); Minister for Investment and Foreign Economic Relations (individual) [BURMA-EO14014].

OO, Daw Thida (a.k.a. OO, Thi Da; a.k.a. OO, Thida), Burma; DOB 27 Nov 1964; POB Rangoon, Burma; nationality Burma; citizen Burma; Gender Female; Passport DM003921 (Burma) issued 02 Aug 2017 expires 01 Aug 2027; Union Attorney General (individual) [BURMA-EO14014].

OO, Htun Htun (a.k.a. OO, Tun Tun; a.k.a. OO, U Htun Htun; a.k.a. OO, U Tun Tun), Naypyitaw, Burma; DOB 28 Jul 1956; nationality Burma; citizen Burma; Gender Male; Chief Justice of Union Supreme Court (individual) [BURMA-EO14014].

OO, Ko Ko, Zayyarthiri, Nay Pyi Taw, Burma; DOB 02 Dec 1972; POB Bhamaw, Burma; nationality Burma; Gender Male; Passport OM039639 (Burma) issued 13 Nov 2015 expires 12 Nov 2020 (individual) [BURMA-EO14014].

OO, Kyaw Min, Yangon, Burma; DOB 18 Jan 1982; nationality Burma; Gender Male; National ID No. 14/MAMAKA N 140703 (Burma) (individual) [BURMA-EO14014].

OO, Mya Tun, Burma; DOB 04 May 1961; alt. DOB 05 May 1961; Gender Male (individual) [BURMA-EO14014].

OO, Myo Myint, Burma; DOB 23 Jun 1960; POB Yangon, Burma; nationality Burma; Gender Male; Passport DM002422 (Burma) issued 19 Mar 2014 expires 18 Mar 2024; National ID No. 12DAGATA024453 (Burma); Union Minister of Energy (individual) [BURMA-EO14014].

OO, Saw Min Min, Yatai New City, Shwe Kokko, Burma; DOB 16 May 1957; nationality Burma; Gender Male; National ID No. 3/Baahna(N)259667 (Burma) (individual) [TCO] [BURMA-EO14014] (Linked To: KAREN NATIONAL ARMY).

OO, Saw Myint (a.k.a. KYAING, Pauk; a.k.a. OO, U Saw Myint), Burma; DOB 02 Feb 1965; POB Hpapun, Burma; nationality Burma; Gender Male; National ID No. 3KAKAYAN164612 (Burma); Chief Minister of Kayin State (individual) [BURMA-EO14014].

OO, Than, Burma; DOB 12 Oct 1973; Gender Male (individual) [GLOMAG].

OO, Thi Da (a.k.a. OO, Daw Thida; a.k.a. OO, Thida), Burma; DOB 27 Nov 1964; POB Rangoon, Burma; nationality Burma; citizen Burma; Gender Female; Passport DM003921 (Burma) issued 02 Aug 2017 expires 01 Aug 2027; Union Attorney General (individual) [BURMA-EO14014].

OO, Thida (a.k.a. OO, Daw Thida; a.k.a. OO, Thi Da), Burma; DOB 27 Nov 1964; POB Rangoon, Burma; nationality Burma; citizen Burma; Gender Female; Passport DM003921 (Burma) issued 02 Aug 2017 expires 01 Aug 2027; Union Attorney General (individual) [BURMA-EO14014].

OO, Tin (a.k.a. OO, U Tin), No. 22, Thanlwin Street, Pyinyawady Condominium, No. 5 Quarter, Yankin Township, Rangoon, Burma; DOB 24 Nov 1952; nationality Burma; citizen Burma; Gender Male; National ID No. 5KALATANAING127084 (Burma); Chairman of Anti-Corruption Commission (individual) [BURMA-EO14014].

OO, Tun Tun (a.k.a. OO, Htun Htun; a.k.a. OO, U Htun Htun; a.k.a. OO, U Tun Tun), Naypyitaw, Burma; DOB 28 Jul 1956; nationality Burma; citizen Burma; Gender Male; Chief Justice of Union Supreme Court (individual) [BURMA-EO14014].

OO, U Aung Naing (a.k.a. OO, Aung Naing; a.k.a. "KYAW, Kyaw"), L 103 Kanyeikthar Lane 6 FMI City, Rangoon, Burma; DOB 13 Oct 1962; alt. DOB 09 Jun 1969; POB Kyaukse, Burma; alt. POB Hkamti, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM002656 (Burma) issued 25 Aug 2014 expires 24 Aug 2024; National ID No. 7PAKHANAN013345 (Burma); alt. National ID No.

5SAKANAN017289 (Burma); Minister for Investment and Foreign Economic Relations (individual) [BURMA-EO14014].

OO, U Htun Htun (a.k.a. OO, Htun Htun; a.k.a. OO, Tun Tun; a.k.a. OO, U Tun Tun), Naypyitaw, Burma; DOB 28 Jul 1956; nationality Burma; citizen Burma; Gender Male; Chief Justice of Union Supreme Court (individual) [BURMA-EO14014].

OO, U Saw Myint (a.k.a. KYAING, Pauk; a.k.a. OO, Saw Myint), Burma; DOB 02 Feb 1965; POB Hpapun, Burma; nationality Burma; Gender Male; National ID No. 3KAKAYAN164612 (Burma); Chief Minister of Kayin State (individual) [BURMA-EO14014].

OO, U Tin (a.k.a. OO, Tin), No. 22, Thanlwin Street, Pyinyawady Condominium, No. 5 Quarter, Yankin Township, Rangoon, Burma; DOB 24 Nov 1952; nationality Burma; citizen Burma; Gender Male; National ID No. 5KALATANAING127084 (Burma); Chairman of Anti-Corruption Commission (individual) [BURMA-EO14014].

OO, U Tun Tun (a.k.a. OO, Htun Htun; a.k.a. OO, Tun Tun; a.k.a. OO, U Htun Htun), Naypyitaw, Burma; DOB 28 Jul 1956; citizen Burma; Gender Male; Chief Justice of Union Supreme Court (individual) [BURMA-EO14014].

OO, Ye Win, Burma; DOB 21 Feb 1966; Gender Male (individual) [BURMA-EO14014].

OOO 148ESEYCH (a.k.a. 148SH LIMITED TRADE DEVELOPMENT; a.k.a. "148SH LTD"), Ter. Oez Ppt Lipetsk Str. 4a, Office 021/40, Gryazi 398010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4802014171 (Russia); Registration Number 1214800009291 (Russia) [RUSSIA-EO14024].

OOO 24X7 PANOPTES (a.k.a. 24X7 PANOPTES; a.k.a. LLC 24X7 PANOPTES (Cyrillic: ООО 24X7 ПАНОПТЕС)), Platonova st. 20B-2, Minsk 220005, Belarus (Cyrillic: ул. Платонова, 20Б-2, Минск 220005, Belarus); Registration Number 192603494 (Belarus) [BELARUS-EO14038].

OOO 7TV MEDIA GRUPPA (a.k.a. LIMITED LIABILITY COMPANY 7TV MEDIA GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ 7ТВ МЕДИА ГРУППА)), korp. 2, et. 4, pom. 464/14, Moscow 105066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701009470 (Russia); Registration Number 1157746835894 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEW MEDIA HOLDING).

OOO ABS ELEKTRO (a.k.a. ASSET ELECTRO LLC (Cyrillic: ООО ЭССЕТ ЭЛЕКТРО); f.k.a. OOO ESSET ENERGO), 29 Naberezhnaya Serebryanicheskaya, Moscow 109028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2012; Tax ID No. 7710911530 (Russia); Government Gazette Number 09272556 (Russia); Registration Number 1127746315762 (Russia) [RUSSIA-EO14024].

OOO ABSOLYUT SHAR, ul. Priozernaya, d. 4, floor 2, office 1, Chelyabinsk 454046, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449138543 (Russia); Registration Number 1197456012258 (Russia) [RUSSIA-EO14024].

OOO AEROSKAN (a.k.a. LIMITED LIABILITY COMPANY AEROSCAN (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЭРОСКАН)), 3 Perunovskiy Lane, Building 2, Floor 2, Room 11, Moscow 127055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5603045794 (Russia); Registration Number 1175658025179 (Russia) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Nikita Aleksandrovich).

OOO AGM SISTEMY (a.k.a. AGM SYSTEMS LLC), Ul. Im Frunze D. 22/1, Krasnodar 350063, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Dec 2015; Tax ID No. 2312238002 (Russia); Registration Number 1152312014777 (Russia) [RUSSIA-EO14024].

OOO AGRO-REGION (Cyrillic: ООО АГРО-РЕГИОН) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AGRO-REGION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АГРО-РЕГИОН)), Ul. Babkina D. 5-A, Pom. 405, Khimki 141407, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Mar 2016; Tax ID No. 5047181827 (Russia); Government Gazette Number 00568203 (Russia); Registration Number 1165047052752 (Russia) [RUSSIA-EO14024].

OOO AITI TSENTR, Per. Perevedenovskii D. 16, Pomeshch. 1P, Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743266807 (Russia); Registration Number 1187746700767 (Russia) [RUSSIA-EO14024].

OOO ALARDINSKAYA MINE (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SHAKHTA ALARDINSKAYA; a.k.a. OOO SHAKHTA ALARDINSKAIA; a.k.a. SHAKHTA ALARDINSKAYA OOO), Ul. Ugolnaya D. 56, Kaltan 652831, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4222013689 (Russia); Registration Number 1114222001200 (Russia) [RUSSIA-EO14024].

OOO ALKON (a.k.a. "LIMITED LIABILITY COMPANY ALKON"), Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 07 Jul 2006; Tax ID No. 7703599373 (Russia) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: SHCHERBAKOV, Kirill Konstantinovich).

OOO AMURSKAYA GRK (a.k.a. LIMITED LIABILITY COMPANY AMURSKAYA GORNO RUDNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АМУРСКАЯ ГОРНО РУДНАЯ КОМПАНИЯ)), d. 4A etazh 1 pom. I, Kom. 4, Ofis 4-2, ul. Kutuzovskaya, Odintsovo 143001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032208321 (Russia); Registration Number 1155032006821 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

OOO AO BESPILOTNYE TEKHNOLOGII (a.k.a. LIMITED LIABILITY COMPANY JSC UNMANNED TECHNOLOGIES; a.k.a. "BPLA TECH"), Proezd Khlebozavodskii, D. 7, Str. 9, Pomeshch 19/N, Office 2412, Moscow 115230, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jan 2023; Tax ID No. 9724118500 (Russia); Registration Number 1237700049180 (Russia) [RUSSIA-EO14024].

OOO API FAKTORI (a.k.a. LIMITED LIABILITY COMPANY API FAKTORI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АПИ ФАКТОРИ)), 42 Bolshoy Boulevard, Building 1, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9731065480 (Russia); Registration Number 1207700201114 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY RIMERA).

OOO AQUA SOLID (Cyrillic: ООО АКВА СОЛИД) (a.k.a. OBSHCHESTVO S

OGRANICHENNOI OTVETSTVENNOSTYU AQUA SOLID (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АКВА СОЛИД); a.k.a. "AKVA SOLID"), d. 12 str. 1 pom. IV, kom. 9, ul. Rochdelskaya, Moscow 123022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 May 2013; Tax ID No. 7703789367 (Russia); Registration Number 1137746403563 (Russia) [RUSSIA-EO14024] (Linked To: CHAYKA, Igor Yuryevich).

OOO ARKTIK SPG 2 (a.k.a. LIMITED LIABILITY COMPANY ARCTIC LNG 2 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АРКТИК СПГ 2)), d. 9 kab. 117, mikroraion Slavyanski, Novy Urengoi 629309, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 8904075357 (Russia); Registration Number 1148904001278 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

OOO ARMOR INZHINIRING (a.k.a. LIMITED LIABILITY COMPANY ARMOR ENGINEERING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АРМОР ИНЖИНИРИНГ)), Komnata 6, Etazh 1, Stroenie 1, Dom 20, Ulitsa Krasnaya Sosna, Moscow 129337, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716774495 (Russia); Registration Number 1147746520239 (Russia) [RUSSIA-EO14024].

OOO ASF RAZVITIE (a.k.a. ASF DEVELOPMENT LIMITED LIABILITY COMPANY), Ul. Lva Tolstogo D. 5, Str. 1, Pomeshch 2/1, Moscow 119021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9709074432 (Russia); Registration Number 1217700436029 (Russia) [RUSSIA-EO14024].

OOO ATRAN (a.k.a. ATRAN CARGO AIRLINES; a.k.a. ATRAN LIMITED LIABILITY COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU ATRAN), D 28, Lit. B, Str. 3 Mezhdunarodnoe Sh., Moscow 141411, Russia; A/P Sheremetyevo-1 Postbox 10, Khimki 141426, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Freight air transport; Tax ID No. 5009053648 (Russia); Registration Number 1065009017897 (Russia) [RUSSIA-EO14024].

OOO AVIALIZING INVEST (a.k.a. AVIALEASING INVEST; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU AVIALIZING INVEST), Ul. Malaya Dmitrovka D. 29, Str. 3, Moscow 127006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707324429 (Russia); Registration Number 1037707020966 (Russia) [RUSSIA-EO14024].

OOO AVIASERVIS (a.k.a. LIMITED LIABILITY COMPANY ASERVICE), Pl. Morskoi Slavy D. 1, Lit. A, Chast Pomeshcheniya 3-N, Chast Pomeshcheniya #691, Saint Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801671250 (Russia); Registration Number 1197847181388 (Russia) [RUSSIA-EO14024].

OOO AVRORATULS (a.k.a. AURORATOOLS LIMITED LIABILITY COMPANY), Kolomyazhsky Ave. 27, Kab. 12, Saint Petersburg 197341, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811677710 (Russia); Registration Number 1187847001198 (Russia) [RUSSIA-EO14024].

OOO AVTODOM (a.k.a. AVTODOM LTD), Moskovskoe Highway, 8, Ulyanovsk 432000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7327058837 (Russia); Registration Number 1117327001220 (Russia) [RUSSIA-EO14024].

OOO BALTINFOKOM (a.k.a. BALTINFOKOM; a.k.a. LIMITED LIABILITY COMPANY BALTINFOCOM; a.k.a. LIMITED LIABILITY COMPANY BALTINFOKOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БАЛТИНФОКОМ); a.k.a. LLC BALTINFOCOM), Pr-Kt Yaroslavskii D.78, Lit. A, Pom.19N, Saint Petersburg 194214, Russia; 7H, 71, Komstromskoy Avenue, Saint Petersburg 194214, Russia; Website www.baltinfocom.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jul 2007; Organization Type: Other information technology and computer service activities; Tax ID No. 7810481785 (Russia); Registration Number 1077847481535 (Russia) [RUSSIA-EO14024].

OOO BARUS (a.k.a. BARUS; a.k.a. BARUS LIMITED LIABILITY COMPANY), 32 Leninsky Prospekt, Floor 1, Office IB, Room 1, Moscow 119334, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736324991 (Russia); Registration Number 1197746639860 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

OOO BASHKIR INDUSTRIAL HOLDING COMPANY (a.k.a. BASHKIR INDUSTRIAL HOLDING LLC; a.k.a. BASHKIRSKIY PROMYSHLENNYI HOLDING OOO; a.k.a. BPKH OOO; a.k.a. LLC SIBCAPITAL (Cyrillic: ООО СИБКАПИТАЛ)), d. 42 etazh 2 pom. 12, ul. Sotsialisticheskaya, Blagoveshchensk 453434, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0258954788 (Russia); Registration Number 1210200047969 (Russia) [RUSSIA-EO14024].

OOO BASHNEFT POLUS (a.k.a. LIMITED LIABILITY COMPANY BASHNEFT POLUS), Ul. Chernyshevskogo D. 60, Ufa 450076, Russia; Ul. Im V.I. Lenina D.31, Nar'Yan-Mar 166000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2983998001 (Russia); Registration Number 1108383000549 (Russia) [RUSSIA-EO14024].

OOO BELKAZTRANS (Cyrillic: ООО БЕЛКАЗТРАНС) (a.k.a. BELKAZTRANS (Cyrillic: БЕЛКАЗТРАНС); a.k.a. LIMITED LIABILITY COMPANY BELKAZTRANS; a.k.a. LLC BELKAZTRANS; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BELKAZTRANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛКАЗТРАНС); a.k.a. TAA BELKAZTRANS (Cyrillic: ТАА БЕЛКАЗТРАНС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU BELKAZTRANS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ БЕЛКАЗТРАНС)), pr-t Pobeditelei, d. 20 korpus 3, pom. 215, Minsk 220020, Belarus (Cyrillic: пр-т Победителей, д. 20 корпус 3, пом. 215, г. Минск 220020, Belarus); Organization Established Date 26 Oct 2010; Registration Number 191434523 (Belarus) [BELARUS].

OOO BESPILOTNYE TEKHNOLOGII MORDOVII (a.k.a. LIMITED LIABILITY COMPANY UNMANNED TECHNOLOGIES OF MORDOVIA; a.k.a. "BTM"), Ul. Lodygina, D. 3, Pomeshch 36, Saransk 430034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Aug 2023; Tax ID No. 1300007070 (Russia); Registration Number 1231300003373 (Russia) [RUSSIA-EO14024].

OOO BILDING MENEDZHMENT (Cyrillic: ООО БИЛДИНГ МЕНЕДЖМЕНТ) (a.k.a. BLD MANAGEMENT; a.k.a. "BILDING

MANAGEMENT"), Per. Butikovskii D. 7, Floor 3, Pom. I Komnata 1, Moscow 119034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Jul 2016; Tax ID No. 7703413861 (Russia); Registration Number 1167746703464 (Russia) [RUSSIA-EO14024] (Linked To: KOCHMAN, Evgeniy Borisovich).

OOO BITRIVER RUS (a.k.a. BITRIVER RUS), d. 11B ofis 1, Bratsk 665709, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Nov 2017; Tax ID No. 3805731961 (Russia); Registration Number 1173850041749 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OOO BITRIVER-B (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU BITRIVER-B), 1 Ter. Tor Buryatiya, Mukhorshibirski Raion, Buryatiya Resp., Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Aug 2020; Tax ID No. 0314888570 (Russia); Government Gazette Number 45184457 (Russia); Registration Number 1200300013165 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OOO BITRIVER-K (a.k.a. BITRIVER-K, LLC), zd. 7 k. 1 pom. 2 kom. 213, ul. Tranzitnaya, Zheleznogorsk, Kransoyarski Kr. 662970, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Jan 2021; Tax ID No. 2452048315 (Russia); Government Gazette Number 10690098 (Russia); Registration Number 1212400001197 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OOO BITRIVER-NORTH (a.k.a. BITRIVER-NORTH LLC; a.k.a. BITRIVER-SEVER, OOO), Ul. Ozernaya D. 50A, Office 1, Norilsk 663321, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Jun 2020; Tax ID No. 6658535180 (Russia); Government Gazette Number 44503601 (Russia); Registration Number 1206600031945 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OOO BITRIVER-TURMA (a.k.a. BITRIVER-TURMA, LLC), Ul. Stroitelnaya D. 12, Pomeshch. 1004, Turma 665760, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Sep 2021; Tax ID No. 3805736568 (Russia); Registration Number 1213800018596 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OOO BITTERIYA, Proezd Ogorodnyi D. 20, Str. 4, Office 415, Moscow 127322, Russia; Ul. Dobrolyubova D. 3, Str. 1, Pomeshch. III, Kom. 1, Moscow 127254, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9715297229 (Russia); Registration Number 1177746290611 (Russia) [RUSSIA-EO14024].

OOO BLM SINERZHI (a.k.a. BLM SYNERGY LLC), Per. Kolodeznyi D. 3, Str. 26, Off. 212, Moscow 107076, Russia; Ul. Elektrozavodskaya D. 24, Str. 3, Kom. V 303, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718609666 (Russia); Registration Number 1067758765733 (Russia) [RUSSIA-EO14024].

OOO BM PROEKT-EKOLOGIYA (Cyrillic: ООО БМ ПРОЕКТ-ЭКОЛОГИЯ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU BM PROEKT-EKOLOGIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БМ ПРОЕКТ-ЕКОЛОГИЯ)), d. 38A str. 23 etazh 3 pomeshch./kom. XIV/30, ul. Khutorskaya 2-Ya, Moscow 127287, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Mar 2012; Tax ID No. 7715906903 (Russia); Government Gazette Number 38395627 (Russia); Registration Number 1127746150003 (Russia) [RUSSIA-EO14024] (Linked To: OOO KHARTIYA).

OOO BREMINO GRUPP (Cyrillic: ООО БРЕМИНО ГРУПП) (a.k.a. BREMINO GROUP LLC; a.k.a. LIMITED LIABILITY COMPANY BREMINO GROUP; a.k.a. OBSHCHESTVO S OGRANNICHENOY OTVETSTVENNOSTYU BREMINO GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БРЕМИНО ГРУПП); a.k.a. TAA BREMINA GRUP (Cyrillic: ТАА БРЭМІНА ГРУП); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU BREMINA GRUP (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ БРЭМІНА ГРУП)), ul. Zavodskaya, d. 1K, pom. 1, gp. Bolbasovo, Orsha district, Vitebsk oblast 211004, Belarus (Cyrillic: ул. Заводская, д. 1К, пом. 1, гп. Болбасово, Оршанский район, Витебская область 211004, Belarus); Organization Established Date 05 Nov 2013; Registration Number 691598938 (Belarus) [BELARUS-EO14038].

OOO CB ROSTFINANS (a.k.a. BANK ROSTFINANCE; a.k.a. KAVKAZSKY KOMSELKHOZBANK; a.k.a. LLC COMMERCIAL BANK ROSTFINANCE; a.k.a. ROSTFINANS), St 1st Mayskaya, 13a/11a, Rostov-on-Don 344037, Russia; SWIFT/BIC ROSFRU2A; Website www.rostfinance.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 2332006024 (Russia); Legal Entity Number 253400LTWKWWN6SQCF62; Registration Number 1022300003021 (Russia) [RUSSIA-EO14024].

OOO CHIP EKSPERT (a.k.a. CHIP EXPERT LIMITED LIABILITY COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU CHIP EKSPERT), Ul. Glukharskaya D. 27, K. 1 Str 1, Kv. 428, Saint Petersburg 197350, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7814755412 (Russia); Registration Number 1197847063370 (Russia) [RUSSIA-EO14024].

OOO CHOO RSB-GRUPP (a.k.a. LIMITED LIABILITY COMPANY PRIVATE SECURITY ORGANIZATION RSB-GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЧАСТНАЯ ОХРАННАЯ ОРГАНИЩАЦИЯ РСБ-ГРУПП); a.k.a. LLC PSO RSB-GROUP (Cyrillic: ООО ЧОО РСБ-ГРУПП); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU CHASTNAYA OKHRANNAYA ORGANIZATSIYA RSB-GRUPP), Ulitsa Krzhizhanovskogo, D. 14, K. 2, Pom I Komn 1;2, Moskva 117218, Russia (Cyrillic: Улица Кржижановского, Д. 14, К. 2, Пом I Комн 1;2, Москва 117218, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Nov 2008; Tax ID No. 7718731144 (Russia); Registration Number 5087746401573 (Russia) [RUSSIA-EO14024] (Linked To: KRINITSYN, Oleg Anatolyevich).

OOO 'CMT-K' (a.k.a. KRYM SMT OOO LLC; a.k.a. LLC CMT CRIMEA; a.k.a. OOO 'SMT-K'; a.k.a. SMT-CRIMEA; a.k.a. SMT-K; a.k.a. SOVMORTRANS-CRIMEA), ul. Zoi Zhiltsovoy, d. 15, office 51, Simferopol, Crimea, Ukraine; Vokzalnoye Highway 140, Kerch, Ukraine; Anapskoye Highway 1, Temryuk, Russia; Email Address info@smt-k.ru; alt. Email Address info@parom-k.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

OOO DALIR (a.k.a. DALIR LTD; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU DALIR), kv 1, ulitsa Admiralteyskaya 54, Astrakhan 414040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3015076287 (Russia); Identification Number IMO 5709371; Registration Number 1063015052396 (Russia) [RUSSIA-EO14024].

OOO DIDZHITAL INVEST (a.k.a. DIGITAL INVEST LIMITED LIABILITY COMPANY (Cyrillic: ДИДЖИТАЛ ИНВЕСТ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)), 28 Rublevskoye Highway, Floor 13, Room 21, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Aug 2020; Organization Type: Activities of holding companies; Tax ID No. 9731068258 (Russia); Registration Number 1207700277861 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY USM TELECOM).

OOO DIGITAL SECURITY (a.k.a. DIGITAL SECURITY; a.k.a. DIGITAL SECURITY RESEARCH GROUP; a.k.a. "DSEC"), Saint Petersburg, Russia; Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: FEDERAL SECURITY SERVICE).

OOO 'DOROZHNAYA STROITELNAYA KOMPANIA' (a.k.a. OOO 'DSK'), Stroitelnaya Street, 34, village of Kesova Gora, Tver Oblast 171470, Russia; Website http://dorstroycom.ru; Email Address dsk@dorstroycom.ru; alt. Email Address secretar@dorstroycom.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1036906000922 (Russia) [UKRAINE-EO13685].

OOO 'DSK' (a.k.a. OOO 'DOROZHNAYA STROITELNAYA KOMPANIA'), Stroitelnaya Street, 34, village of Kesova Gora, Tver Oblast 171470, Russia; Website http://dorstroycom.ru; Email Address dsk@dorstroycom.ru; alt. Email Address secretar@dorstroycom.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1036906000922 (Russia) [UKRAINE-EO13685].

OOO DST URAL, Ul. Geroev Tankograda D. 28P, Office 1, Chelyabinsk 454081, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

7453251929 (Russia); Registration Number 1137453000992 (Russia) [RUSSIA-EO14024].

OOO DUBAI VOTER FRONT (Cyrillic: ООО ДУБАЙ ВОТЕР ФРОНТ) (f.k.a. BELINTE ROBE; f.k.a. BELINTE ROBES; f.k.a. JOINT LIMITED LIABILITY COMPANY BELINTE-ROBA (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛИНТЕ-РОБА); a.k.a. LIMITED LIABILITY COMPANY DUBAI WATER FRONT; a.k.a. LLC DUBAI WATER FRONT; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DUBAI VOTER FRONT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДУБАЙ ВОТЕР ФРОНТ); a.k.a. TAA DUBAI VOTER FRONT (Cyrillic: ТАА ДУБАЙ ВОТЭР ФРОНТ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DUBAI VOTER FRONT (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДУБАЙ ВОТЭР ФРОНТ)), ul. Petra Mstislavtsa, d. 9, pom. 10 (kabinet 34), Minsk 220114, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10 (кабинет 34), г. Минск 220114, Belarus); Organization Established Date 30 Mar 2004; Registration Number 190527399 (Belarus) [BELARUS-EO14038].

OOO EKOGRUPP (Cyrillic: ООО ЭКОГРУПП) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSVENNOSTYU EKOGRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭКОГРУПП)), Per. Novopresnenskii D. 3, Floor 1 Komn 9, Moscow 123577, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Jun 2017; Tax ID No. 7703428593 (Russia); Government Gazette Number 15945657 (Russia); Registration Number 1177746569615 (Russia) [RUSSIA-EO14024] (Linked To: CHAYKA, Igor Yuryevich).

OOO EKSPRESS IMPORT (Cyrillic: ООО ЭКСПРЕСС ИМПОРТ) (a.k.a. LIMITED LIABILITY COMPANY EKSPRESS IMPORT), d. 5 k. 10 pom. V, ul. 2-Ya Entuziastov, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720379089 (Russia); Registration Number 1177746412722 (Russia) [RUSSIA-EO14024].

OOO EMIREITS BLYU SKAI (Cyrillic: ООО ЭМИРЕЙТС БЛЮ СКАЙ) (f.k.a. FOREIGN LIMITED LIABILITY COMPANY ZOMEX INVESTMENT (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ

ОТВЕТСТВЕННОСТЬЮ ЗОМЕКС ИНВЕСТМЕНТ); a.k.a. LIMITED LIABILITY COMPANY EMIRATES BLUE SKY; a.k.a. LLC EMIRATES BLUE SKY; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU EMIREITS BLYU SKAI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭМИРЕЙТС БЛЮ СКАЙ); a.k.a. TAA EMIREITS BLYU SKAI (Cyrillic: ТАА ЭМІРЭЙТС БЛЮ СКАЙ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU EMIREITS BLYU SKAI (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ЭМІРЭЙТС БЛЮ СКАЙ); f.k.a. "ZOMEX"), ul. Petra Mstislavtsa, d. 9, pom. 10-44, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10-44, г. Минск 220076, Belarus); Organization Established Date 08 Sep 2008; Registration ID 191061449 (Belarus) [BELARUS-EO14038].

OOO ENKOR GRUPP, Ul. Teatralnaya D. 35, K. LIII, Office 312, Kaliningrad 236006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3906389800 (Russia); Registration Number 1203900003450 (Russia) [RUSSIA-EO14024].

OOO EPK KUZNITSA, litera d, shosse Moskovskoe, Samara 443013, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6316110515 (Russia); Registration Number 1066316085681 (Russia) [RUSSIA-EO14024].

OOO EPK NOVYE TEKHNOLOGII, ul. Sharikopodshipnikovskaya, d. 13, str. 33, Moscow 115088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7723918620 (Russia); Registration Number 1147746970271 (Russia) [RUSSIA-EO14024].

OOO ESAULSKAYA MINE (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSVENNOSTYU SHAKHTA ESAULSKAYA; a.k.a. OOO SHAKHTA ESAULSKAIA; a.k.a. SHAKHTA ESAULSKAYA OOO), PR-KT Kurako, Tsentralnyi District D. 33, Novokuznetsk 654006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4253000827 (Russia); Registration Number 1114253001807 (Russia) [RUSSIA-EO14024].

OOO ESEFDZHI BALTIKA (a.k.a. SFG BALTIKA), Per. 3-I Verkhnii D. 10, Lit. E, Office 1, Saint Petersburg 194292, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7814677901 (Russia);

Registration Number 1177847008019 (Russia) [RUSSIA-EO14024].

OOO ESSET ENERGO (a.k.a. ASSET ELECTRO LLC (Cyrillic: ООО ЭССЕТ ЭЛЕКТРО); f.k.a. OOO ABS ELEKTRO), 29 Naberezhnaya Serebryanicheskaya, Moscow 109028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2012; Tax ID No. 7710911530 (Russia); Government Gazette Number 09272556 (Russia); Registration Number 1127746315762 (Russia) [RUSSIA-EO14024].

OOO EVEREST GRUP (a.k.a. EVEREST GRUP; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU EVEREST GRUP), d. 37 k. A ofis 8, ul. Rigachina, Petrozavodsk 185005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Jul 2015; Tax ID No. 1001299201 (Russia); Registration Number 1151001009158 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OOO EVROTRANSEKSPEDITSIYA (a.k.a. LIMITED LIABILITY COMPANY EUROTRANSEXPEDITION), naberezhnaya Novodanilovskaya, d. 4A, pom. II, kom. 22I-22S, 18, 19, Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726756897 (Russia); Registration Number 5147746148853 (Russia) [RUSSIA-EO14024].

OOO FABRIKON, domovladenie 6 str. 1 kom. 95, km. 22-1, Kievskoe Sh., Moscow 108811, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7751146052 (Russia); Registration Number 1187746685048 (Russia) [RUSSIA-EO14024].

OOO FERTOING (Cyrillic: ООО ФЕРТОИНГ) (a.k.a. FERTOING LTD; a.k.a. LIMITED LIABILITY COMPANY FERTOING; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FERTOING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФЕРТОИНГ)), Pulkovskoe Highway, House 40, Apartment 4, Letter A, Office A7060, St. Petersburg 196158, Russia; Shosse Pulkovskoe, Dom 40, Kvartira 4, Litera A, Ofis A7060, Gorod Sankt-Peterburg 196158, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802208912 (Russia); Registration Number 1037804040031 (Russia) [RUSSIA-EO14024].

OOO FOTON PRO (Cyrillic: ООО ФОТОН ПРО), Ul. Lodygina D. 3, Korpus Golit. Korp,

Et/Pom/Rab 2/206/2, Saransk 430034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1327025929 (Russia); Registration Number 1151327002452 (Russia) [RUSSIA-EO14024] (Linked To: GRININ, Yevgeniy Aleksandrovich).

OOO GARANT-SV (a.k.a. GARANT-SV; a.k.a. GARANT-SV LIMITED LIABILITY COMPANY; a.k.a. GARANT-SV LLC; a.k.a. GARANT-SV, OOO; a.k.a. LIMITED LIABILITY COMPANY GARANT-SV; a.k.a. LLC GARANT-SV), House 9, Generala Ostryakova Street, Opolznevoye Village, Yalta, Crimea 298685, Ukraine; 9, Generala Ostryakova St., Opolznevoye, Yalta, Crimea 298685, Ukraine; Website http://mriyaresort.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103007830 (Russia); Registration Number 1149102066740 (Russia) [UKRAINE-EO13685].

OOO GARDSERVIS (Cyrillic: ООО ГАРДСЕРВИС) (f.k.a. BELSECURITYGROUP; a.k.a. GARDSERVICE; f.k.a. LIMITED LIABILITY COMPANY BELSEKYURITIGRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛСЕКЬЮРИТИГРУПП); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU GARDSERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАРДСЕРВИС); a.k.a. TAA HARDSERVIS (Cyrillic: ТАА ГАРДСЭРВІС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU HARDSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ГАРДСЭРВІС)), Karvata St., Building 85, Minsk 220138, Belarus (Cyrillic: ул. Карвата, д. 85, Минск 220138, Belarus); Organization Established Date 19 Nov 2019; Registration Number 193344802 (Belarus) [BELARUS-EO14038].

OOO GAZPROMMASH, ul. Moskovskaya, d. 44, Saratov 410031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6450027395 (Russia); Registration Number 1026402197502 (Russia) [RUSSIA-EO14024].

OOO GEOS (a.k.a. LIMITED LIABILITY COMPANY GEOS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЕОС)), 42 Kommunisticheskaya St., Floor 4, Office 11, Novorossiysk, Krasnodar Region 353900, Russia; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Organization Established Date 06 Aug 2018; Tax ID No. 2315207531 (Russia); Registration Number 1182375065828 (Russia) [RUSSIA-EO14024] (Linked To: POZHIDAEV, Igor Vladimirovich).

OOO GIKEL, ul. Druzhinnikov, d. 5 ofis 411, Voronezh 394026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3662995875 (Russia); Registration Number 1153668022243 (Russia) [RUSSIA-EO14024].

OOO GRUPPA RUSSKAYA ENERGIYA (a.k.a. LLC RUSSIAN ENERGY GROUP (Cyrillic: ООО ГРУППА РУССКАЯ ЭНЕРГИЯ); a.k.a. OOO RUSSKAYA ENERGIYA), d. 14 str. 5 etazh 1 pom. 2, per. Butikovski, Moscow 119034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714456916 (Russia); Registration Number 1207700001486 (Russia) [RUSSIA-EO14024].

OOO GUDZON SHIPPING CO (a.k.a. GUDZON SHIPPING CO LLC; a.k.a. LLC GUDZON SHIPPING CO; a.k.a. SK GUDZON, OOO), ul Tigorovaya 20A, Vladivostok, Primorskiy kray 690091, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5753988 [DPRK4].

OOO HEXWAY (a.k.a. OOO SOFT PLYUS), Ul. Vatutina D. 19, Lit. A, Pomeshch. 17-N, Office 612, Saint Petersburg 195009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Sep 2021; Tax ID No. 7804686897 (Russia); Business Registration Number 1217800147740 (Russia) [RUSSIA-EO14024].

OOO IBS EKSPERTIZA (a.k.a. IBS EXPERTISE), ul. Skladochnaya d. 3, str. 1, Moscow 127018, Russia; sh. Dmitrovskoe, d. 9B, et. 5, pom. XIII, kom. 6, Moscow 127434, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713606622 (Russia); Registration Number 1067761849704 (Russia) [RUSSIA-EO14024].

OOO IBS SOFT (a.k.a. IBS SOFT LTD), ul. Skladochnaya d. 3, str. 1, Moscow, 127434, Russia; sh. Dmitrovskoe, d. 9B, et. 5, pom. XIII, kom. 14, Moscow 127434, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713721689 (Russia);

Registration Number 1117746016013 (Russia) [RUSSIA-EO14024].

OOO IK AEON (Cyrillic: ООО ИК АЕОН) (a.k.a. LIMITED LIABILITY COMPANY INFRASTRUCTURE CORPORATION AEON (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНФРАСТРУКТУРНАЯ КОРПОРАЦИЯ АЕОН)), d. 3A str. 6, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704661909 (Russia); Registration Number 1077760229656 (Russia) [RUSSIA-EO14024].

OOO INEKO (Cyrillic: ООО ИНЕКО) (a.k.a. INEKO LLC), Building 41, Zheleznodorozhniy Lane, Dmitrov, Moscow, Russia; 9 Melitopolskaya ul., Str. 3, Moscow, Russia; Website www.inekocom.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Apr 2018; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 5007104304 (Russia); Registration Number 1185007004973 (Russia) [RUSSIA-EO14024] (Linked To: TECHNOPOLE COMPANY).

OOO INNOVATSII SVETA (Cyrillic: ООО ИННОВАЦИИ СВЕТА) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INOVATSII SVETA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИННОВАЦИИ СВЕТА); a.k.a. "LIGHT INNOVATIONS"), Ul. Rochdelskaya D. 12, Str. 1, Moscow 123022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 May 2010; Tax ID No. 9709058222 (Russia); Government Gazette Number 66823252 (Russia); Registration Number 1107746435290 (Russia) [RUSSIA-EO14024] (Linked To: CHAYKA, Igor Yuryevich).

OOO INSTRUMENTALNO PODSHIPNIKOVAYA KOMPANIYA, sh. Metallurgov, d. 33P, pom. 6, Chelyabinsk, Russia; Sverdlovskii Trakt, 14 3 floor, Chelyabinsk 454036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7453188579 (Russia); Registration Number 1077453020556 (Russia) [RUSSIA-EO14024].

OOO INTEKH INZHINIRING (a.k.a. INTECH ENGINEERING LTD), Proezd Garazhnyi D. 1, Lit. K, Office 16, Saint Petersburg 192289, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

7810840000 (Russia); Registration Number 1117847384445 (Russia) [RUSSIA-EO14024].

OOO INTEKHKARD (Cyrillic: ООО ИНТЕХКАРД) (a.k.a. LIMITED LIABILITY COMPANY INTECHCARD), d. 9 str. 31, ul. Godovikova, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701314914 (Russia); Registration Number 1027701010820 (Russia) [RUSSIA-EO14024].

OOO INTER TOBAKKO (Cyrillic: ООО ИНТЕР ТОБАККО) (a.k.a. INTER TOBACCO; f.k.a. JOINT LIMITED LIABILITY COMPANY INTERDORS (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРДОРС); a.k.a. LIMITED LIABILITY COMPANY INTER TOBACCO; a.k.a. LLC INTER TOBACCO; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU INTER TOBAKKO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕР ТОБАККО); a.k.a. TAA INTER TABAKKA (Cyrillic: ТАА ІНТЭР ТАБАККА); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTER TABAKKA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭР ТАБАККА)), d. 131 (FEZ Minsk), Novodvorskiy village, Novodvorskiy village council, Minsk District, Minsk Oblast 223016, Belarus (Cyrillic: д. 131 (СЭЗ Минск), Новодворский сельсовет, с/с Новодворский, Минский район, Минская область 223016, Belarus); Organization Established Date 10 Oct 2002; Registration Number 808000714 (Belarus) [BELARUS-EO14038].

OOO INTERSERVIS (Cyrillic: ООО ИНТЕРСЕРВИС) (a.k.a. INTERSERVIS NOVOPOLOTSKOE LLC; a.k.a. LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSK LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSKOYE OBSHCHESTVO S OGRANICHENNOY OTVESTVENNOSTYU INTERSERVIS (Cyrillic: НОВОПОЛОЦКОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРСЕРВИС); a.k.a. TAA INTERSERVIS (Cyrillic: ТАА ІНТЭРСЭРВІС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTERSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭРСЭРВІС); a.k.a. "INTERSERVICE"; a.k.a. "LLC INTERSERVICE"), ul. Molodezhnaya, d. 7, kom. 110, Novopolotsk,

Vitebsk oblast 211440, Belarus (Cyrillic: ул. Молодежная, д. 7, ком. 110, г. Новополоцк, Витебская область 211440, Belarus); Organization Established Date 13 May 1998; Registration Number 300577484 (Belarus) [BELARUS-EO14038].

OOO INZHINIRING.RF (Cyrillic: ООО ИНЖИНИРИНГ.РФ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INZHINIRING.RF (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНЖИНИРИНГ.РФ)), Per. Lyalin D. 19, K. 1 Et 2 Pom. XXIV Kom 11, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Dec 2019; Tax ID No. 9709058222 (Russia); Government Gazette Number 42895614 (Russia); Registration Number 1197746755359 (Russia) [RUSSIA-EO14024] (Linked To: CHAYKA, Igor Yuryevich).

OOO INZHINIRINGOVYE RESHENIIA (a.k.a. INZHINIRINGOVYE RESHENIYA OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INZHINIRINGOVYE RESHENIYA), PR-KT Khasana Tufana D. 22/9, KV. 163, Naberezhnyye Chelny, Republic of Tatarstan 423823, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Aug 2016; Tax ID No. 1650335670 (Russia); Registration Number 1161690140072 (Russia) [RUSSIA-EO14024].

OOO IP NTSVO FOTONIKA (a.k.a. INNOVATIVE ENTERPRISE FORC PHOTONICS; a.k.a. LLC FE NTSVO PHOTONIKA; a.k.a. LLC INNOVATIVE ENTERPRISE NTSVO PHOTONIKA; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU INNOVATSIONNOE PREDPRIIATIE NTSVO FOTONIKA), 20 str. 3, Et 4 Pomeshch. I komn., 5 Proezd Nauchnvi, Moscow 117246, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736523556 (Russia); Registration Number 1057747239769 (Russia) [RUSSIA-EO14024].

OOO ISTERN TREYD (a.k.a. EASTERN TRADE LIMITED LIABILITY COMPANY; a.k.a. EASTERN TRADE LLC), Ul. Obrucheva D. 30/1, Str. 1, Pomeshch. III, Kom. 1, Moscow 117485, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9728061541 (Russia); Registration Number 1227700215335 (Russia) [RUSSIA-EO14024].

OOO ITERANET (Cyrillic: ООО ИТЕРАНЕТ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVESTVENNOSTYU ITERANET (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕГННОЙ ОТВЕТСТВЕННОСТЬЮ ИТЕРАНЕТ)), d. 16 str. 17, per. Truzhenikov 1-I, Moscow 119121, Russia; Sevastopolskii Pr 28, Korp. 1, Moscow 117209, Russia; Website www.iteranet.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Apr 1999; Organization Type: Wired telecommunications activities; Target Type Private Company; Tax ID No. 7704199755 (Russia); Government Gazette Number 51037789 (Russia); Registration Number 1027739111168 (Russia) [RUSSIA-EO14024].

OOO IZOVAK ENGINEERING (Cyrillic: ООО "ИЗОВАК ИНЖИНИРИНГ") (a.k.a. INZHINIRING GRUPP OOO (Cyrillic: ООО "ИНЖИНИРИНГ ГРУПП"); a.k.a. "LLC ENGINEERING GROUP"), Ul. Lva Tolstogo D. 5, Str. 2, Floor 4, Pomeshch./Kom. 2/24 (V 416), Moscow 119021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Sep 2020; Tax ID No. 7708387990 (Russia); Government Gazette Number 45582270 (Russia); Registration Number 1207700340759 (Russia) [RUSSIA-EO14024].

OOO KAMCHATSKAIA GORNAIA KOMPANIIA (a.k.a. LIMITED LIABILITY COMPANY KAMCHATSKAYA GORNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КАМЧАТСКАЯ ГОРНАЯ КОМПАНИЯ)), 59 Leninskaya Street, Floor 11, Suite 6, Petropavlovsk-Kamchatskiy 683001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4100041537 (Russia); Registration Number 1224100000387 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY GORA GOLDEN RATIO).

OOO KAMSKIJ KABEL (a.k.a. KAMKABEL; a.k.a. KAMSKII KABEL; a.k.a. KAMSKIY KABEL LLC; a.k.a. LLC KAMSKY KABEL), Ul. Gaivinskaya D. 105, Perm 614030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5904184047 (Russia); Registration Number 1085904004779 (Russia) [RUSSIA-EO14024].

OOO KBK BANK (a.k.a. INRESBANK LTD; a.k.a. INRESBANK OOO; a.k.a. INVESTITSIONNY RESPUBLIKANSKI BANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. INVESTMENT REPUBLIC BANK LLC), Ulitsa Bolshaya Semenovskaya, D. 32, Str. 1, Moscow 107023, Russia; SWIFT/BIC INKKRUM1; alt. SWIFT/BIC IREPRUMM; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: SMP BANK).

OOO KEK (a.k.a. LIMITED LIABILITY COMPANY KRASNOYARSKAYA ENERGETICHESKAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРАСНОЯРСКАЯ ЭНЕРГЕТИЧЕСКАЯ КОМПАНИЯ)), str. 100 blok B etazh 2, pom. 4, Odintsovo 143084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032216280 (Russia); Registration Number 1155032010121 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

OOO KHARTIYA (Cyrillic: ООО ХАРТИЯ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHARTIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХАРТИЯ)), Proezd Novoladykinskii D. 8B, Moscow 127106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Jun 2012; Tax ID No. 7703770101 (Russia); Government Gazette Number 09873971 (Russia); Registration Number 1127746462250 (Russia) [RUSSIA-EO14024] (Linked To: OOO EKOGRUPP).

OOO KHESH MEYKER (a.k.a. HASH MAKER LIMITED LIABILITY COMPANY), Ter. Oez Ppt Lipetsk Str. 4a, Office 021/41, Gryazi 398010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4802014206 (Russia); Registration Number 1214800010523 (Russia) [RUSSIA-EO14024].

OOO KHK YUESEM (Cyrillic: ООО ХК ЮЭСЭМ) (a.k.a. LIMITED LIABILITY COMPANY HOLDING COMPANY YUESEM; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛДИНГОВАЯ КОМПАНИЯ ЮЭСЭМ); a.k.a. USM HOLDINGS LIMITED), D. 28 Etazh 13 Kom. 21 Shosse Rublevskoe, Moscow, Russia 121609, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9731001285 (Russia); Registration Number 1187746450231 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

OOO KHOLDING VYBERI RADIO (a.k.a. LIMITED LIABILITY COMPANY HOLDING CHOOSE RADIO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛДИНГ ВЫБЕРИ РАДИО)), 4 Olkhovskaya Street, Building 2, Floor 5, Suite Part 544, Basmannyy Municipal District, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726361659 (Russia); Registration Number 5157746080575 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEW MEDIA HOLDING).

OOO KIEVSKAIA PLOSHCHAD (a.k.a. LIMITED LIABILITY COMPANY KYIV SQUARE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КИЕВСКАЯ ПЛОЩАДЬ)), 2 Kievskovo Vokzala Square, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730051836 (Russia); Registration Number 1157746121400 (Russia) [RUSSIA-EO14024].

OOO KOLOVRAT (a.k.a. SIDERUS), Ul. Osennaya D. 23, Pomeshch 114A/1/9, Moscow 121609, Russia; Preobrazhenskaya Sq. 8, Moscow 107061, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701077015 (Russia); Registration Number 1177746518740 (Russia) [RUSSIA-EO14024].

OOO KOMPANIYA ZOLOTOI VEK (Cyrillic: ООО КОМПАНИЯ ЗОЛОТОЙ ВЕК) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTENNOSTYU KOMPANIYA ZOLOTOI VEK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОМПАНИЯ ЗОЛОТОЙ ВЕК)), d. 15 str. 4 etazh 2 ofis 205, ul. Antonova-Ovseenko, Moscow 123317, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jul 2006; Tax ID No. 7704606859 (Russia); Government Gazette Number 96463331 (Russia); Registration Number 1067746801605 (Russia) [RUSSIA-EO14024].

OOO KONSTRUKTORSKOE BYURO SPEKTR INZHINIRING (a.k.a. SPEKTR ENGINEERING DESIGN BUREAU), Ul. Promyshlennaya D. 33, Berdsk 633004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2019; Tax

ID No. 5445029645 (Russia); Registration Number 1195476049185 (Russia) [RUSSIA-EO14024].

OOO KOSKOM (a.k.a. LIMITED LIABILITY COMPANY SPACE COMMUNICATIONS; a.k.a. "KOSMICHESKIE KOMMUNIKATSII"), ul. Aviamotornaya, d. 53, k. 1, et. 6, kom. 91, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704313605 (Russia); Registration Number 1157746350046 (Russia) [RUSSIA-EO14024].

OOO KRASMK, Ul. Molokova D. 1, Korp. 1, Krasnoyarsk 660077, Russia; Ul. Vesny D. 32, Pomeshch 126, Krasnoyarsk 660077, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2461208999 (Russia); Registration Number 1102468007487 (Russia) [RUSSIA-EO14024].

OOO KRU VZRYVPROM (a.k.a. LIMITED LIABILITY COMPANY KUZBASSRAZREZUGOL VZRYVPROM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КУЗБАССРАЗРЕЗУГОЛЬ ВЗРЫВПРОМ)), 4A Pionerski Bulvar, Kemerovo 650054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4234009327 (Russia); Registration Number 1024202050795 (Russia) [RUSSIA-EO14024].

OOO 'KRYMSKAYA PERVAYA STRAKHOVAYA KOMPANIYA' (a.k.a. KPSK, OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'KRYMSKAYA PERVAYA STRAKHOVAYA KOMPANIYA'), 29 ul. Karla Marksa, Simferopol, Crimea 295006, Ukraine; Website kpsk-ins.ru; Email Address kpsk-ins@yandex.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102007933 (Russia); Tax ID No. 9102006047 (Russia); Government Gazette Number 00132598 (Russia) [UKRAINE-EO13685].

OOO KSK AUDIT, Ul. Zemlyanoi Val D. 68/18, Str. 3, Moscow 109004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725546209 (Russia); Registration Number 1057747830337 (Russia) [RUSSIA-EO14024].

OOO LABORATORIYA ADDITIVNYKH TEKHNOLOGIY (Cyrillic: ООО ЛАБОРАТОРИЯ АДДИТИВНЫХ ТЕХНОЛОГИЙ) (a.k.a. LLC LABORATORY OF ADDITIVE TECHNOLOGIES; a.k.a. LLC

LASER DEVICES AND TECHNOLOGIES (Cyrillic: ООО ЛАЗЕРНЫЕ ПРИБОРЫ И ТЕХНОЛОГИИ; Cyrillic: ТАА ЛАЗЕРНЫЯ ПРЫБОРЫ І ТЭХНАЛОГІІ); a.k.a. ТАА LABARATORYYA ADYTYUNYKH TECHNALOHIY (Cyrillic: ТАА ЛАБАРАТОРЫЯ АДЫТЫЎНЫХ ТЭХНАЛОГІЙ)), Pekinskiy bld. 22, Minsk 222205, Belarus; Tsentralnaya Str. 2, room Il6, Yutski 222744, Belarus; Organization Established Date 09 Feb 2017; Tax ID No. 691827047 (Belarus) [BELARUS-EO14038].

OOO LADOGA MANAGEMENT (a.k.a. LADOGA MENEDZHMENT, OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU LADOGA MENEDZHMENT), 10, naberezhnaya Presnenskaya, Moscow 123317, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1147748143971; Tax ID No. 7729442761; Government Gazette Number 29437172 [UKRAINE-EO13662] (Linked To: SHAMALOV, Kirill Nikolaevich).

OOO LANPRINT, Ul. Iskry D. 17A, Str. 3, Floor 5, Office 3/5/P-5/2/1, Moscow 129344, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7751016335 (Russia); Registration Number 1167746122686 (Russia) [RUSSIA-EO14024].

OOO LAVINA PULS (Cyrillic: ООО ЛАВИНА ПУЛЬС) (a.k.a. LAVINA PULS; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVESTVENNOSTYU LAVINA PULS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕГННОЙ ОТВЕТСТВЕННОСТЬЮ ЛАВИНА ПУЛЬС)), d. 6 kab. 103, ul. 2-Ya Ostankinskaya, Moscow 129515, Russia; Website www.lavinapuls.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Oct 2016; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7704374171 (Russia); Government Gazette Number 04897659 (Russia); Registration Number 5167746073150 (Russia) [RUSSIA-EO14024].

OOO LENDING TECHNOLOGIES (a.k.a. OOO TEHNOLOGII KREDITOVANYA; a.k.a. TEKHNOLOGII KREDITOVANIYA LIMITED LIABILITY COMPANY), Room 1.104, 23/1 Vavilova St., Moscow 117312, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on

directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7736317458 (Russia); Registration Number 1187746782519 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

OOO LOGFORTRA, Nab. Obvodnogo Kanala D. 150, K. 1 Lit. A, Pomeshch. 339.01, Saint Petersburg 190020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805664470 (Russia); Registration Number 1147847402889 (Russia) [RUSSIA-EO14024].

OOO LOGISTIKA DOVERIIA (a.k.a. LOGISTIKA DOVERIYA OOO; a.k.a. TRUST LOGISTIC; a.k.a. TRUST LOGISTICS LLC), Vladenie 5 Etazh/Pom.3/321, Khimki 141402, Russia; ul. Engelsa, 27, et. 2 pomeshch. 89, Khimki, Moscow 141402, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 May 2012; Tax ID No. 7721758555 (Russia); Registration Number 1127746399098 (Russia) [RUSSIA-EO14024] (Linked To: AKIFYEV, Pavel Viktorovich).

OOO MAKRO EMS (a.k.a. MACRO EMS LTD), Ul. Sveaborgskaya D.12, Lit. A, Saint Petersburg 196105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810895610 (Russia); Registration Number 1129847011150 (Russia) [RUSSIA-EO14024].

OOO MAKRO GRUPP, Ul. Sveaborgskaya D. 12, Lit. A, Pom.54-N, Office #1, Saint Petersburg 196105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7816336223 (Russia); Registration Number 1167847333961 (Russia) [RUSSIA-EO14024].

OOO MANAGEMENT COMPANY BITRIVER (a.k.a. MC BITRIVER, LLC; a.k.a. UK BITRIVER, LLC), Ul. Annenskaya D. 17, Str. 1, Office 1.18, Moscow 127521, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Sep 2021; Tax ID No. 9715406566 (Russia); Registration Number 1217700448448 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OOO MAYAK, Proezd 1-I Perova Polya D. 9, Str. 1, Moscow 111141, Russia; Plekhanova D.

15A, Str. 3, Office 1, Moscow 111141, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722344853 (Russia); Registration Number 5157746008195 (Russia) [RUSSIA-EO14024].

OOO MEZHMUNITSIPALNOE ATP (Cyrillic: ООО МЕЖМУНИЦИПАЛЬНОЕ АТП) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MEZHMUNITSIPALNOE AVTOTRANSPORTNOE PREDPRIYATIE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖМУНИЦИПАЛЬНОЕ АВТОТРАНСПОРТНОЕ ПРЕДПРИЯТИЕ)), Ul. Melioratorov D. 10A, Udachny 152730, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Mar 2017; Tax ID No. 7620006742 (Russia); Government Gazette Number 12982936 (Russia); Registration Number 1177627009801 (Russia) [RUSSIA-EO14024].

OOO MODUL ELEKTRONIKA (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU MODUL ELEKTRONIKA), D. 44, Floor 5 Pom. 54 Ul. Ryabinovaya, Moscow 121471, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7734354937 (Russia); Registration Number 1157746479505 (Russia) [RUSSIA-EO14024].

OOO MOKRAN (a.k.a. MOKRAN LLC (Cyrillic: ООО МОКРАН); a.k.a. OBSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MOKRAN (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МОКРАН)), d. 15A liter A etazh / pom./ kom. 3/41/N-1, ul. Professora Kachalova, St. Petersburg 192019, Russia (Cyrillic: Улица Профессора Качалова, Дом 15А, Литер А, Эт/Пом/Ком 3/41/Н-1, Город Санкт-Петербург 192019, Russia); Ust-Izhora Village, Petrozavodsk Highway 23, Kolpinskiy District, St. Petersburg, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects; Tax ID No. 7811489970 (Russia); Registration Number 1117847131643 (Russia) [DPRK3].

OOO MONITORING, Moskovskii Pr 19, Saint Petersburg 190005, Russia; Pr-Kt Novoizmailovskii D. 67, K. 2, Pom. 5N, Lit. A, Saint Petersburg 196247, Russia; Ul. Bumazhnaya D. 17, Lit. B, Saint Petersburg, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810728739 (Russia); Registration Number 1027804891476 (Russia) [RUSSIA-EO14024].

OOO MORSKIE PAROMNYE LINII VANINO SAKHALIN (a.k.a. OOO MPL VANINO SAKHALIN (Cyrillic: ООО МПЛ ВАНИНО САХАЛИН)), d. 70 k. A pom. 7 Ter. Zheleznodorozhnaya, 682860, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2709014374 (Russia); Registration Number 1132709000038 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

OOO MOT (a.k.a. LLC MOT), UL. Moskovskaya 202B/8-2, Brest 224020, Belarus; Organization Established Date 25 Sep 2016; Organization Type: Manufacture of other fabricated metal products n.e.c.; Tax ID No. 291194100 (Belarus) [BELARUS-EO14038].

OOO MPL VANINO SAKHALIN (Cyrillic: ООО МПЛ ВАНИНО САХАЛИН) (a.k.a. OOO MORSKIE PAROMNYE LINII VANINO SAKHALIN), d. 70 k. A pom. 7 Ter. Zheleznodorozhnaya, 682860, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2709014374 (Russia); Registration Number 1132709000038 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

OOO MTSKT (a.k.a. INTERNATIONAL CENTER FOR QUANTUM OPTICS AND QUANTUM TECHNOLOGIES LIMITED LIABILITY COMPANY; a.k.a. RUSSIAN QUANTUM CENTER; a.k.a. "RQC"), 30 Bld., 1 Bolshoy Blvd, Skolkovo Innovation Center, Moscow 121205, Russia; 100 Novaya Street, Skolkovo Village, Odintsovo, Moscow Region 143026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743801910 (Russia); Registration Number 1107746994365 (Russia) [RUSSIA-EO14024].

OOO MVIZION, 313 Gaydar Alieev kuchasi, Tashkent 100161, Uzbekistan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 309644860 100113 (Uzbekistan) [RUSSIA-EO14024] (Linked To:

LIMITED LIABILITY COMPANY ID SOLUTION).

OOO MZ TONAR (a.k.a. LIMITED LIABILITY COMPANY MACHINE BUILDING PLANT TONAR; a.k.a. LIMITED LIABILITY COMPANY PRODUCTION AND COMMERCIAL FIRM TONAR; a.k.a. MZ TONAR), Ul. 1-Aya Leninskaya D. 76 A, Srednyaya Matrenka 142635, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 30 Nov 1990; Tax ID No. 5034016022 (Russia); Government Gazette Number 48806669 (Russia); Registration Number 1025007458200 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

OOO NAMI INNOVATSIONNYE KOMPONENTY (a.k.a. LIMITED LIABILITY COMPANY NAMI INNOVATIVE COMPONENTS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАМИ ИННОВАЦИОННЫЕ КОМПОНЕНТЫ); a.k.a. LLC NAMI IC (Cyrillic: ООО НАМИ ИК)), 1 Roberta Bosha Street, Preobrazhenka village 443532, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6330056813 (Russia); Registration Number 1136330001235 (Russia) [RUSSIA-EO14024].

OOO NAUCHNO PROIZVODSTVENNAYA FIRMA AVEK (a.k.a. NPF AVEK), Ul. Stepana Razina D. 95, Office 12, Yekaterinburg 620142, Russia; Ul. Pervomaiskaya 109-300, Yekaterinburg 620049, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6662021290 (Russia); Registration Number 1026605414813 (Russia) [RUSSIA-EO14024].

OOO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE TSVBP (a.k.a. NPO TSVBP), Pl. Kudrinskaya D. 1, Pomeshch 5A, Moscow 123242, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Oct 2023; Tax ID No. 9703158566 (Russia); Registration Number 1237700707991 (Russia) [RUSSIA-EO14024].

OOO NAUCHNO-PROIZVODSTVENNOYE OBYEDINENIYE IZHEVSKIYE BESPILOTNYE SISTEMY (Cyrillic: ООО НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ИЖЕВСКИЕ БЕСПИЛОТНЫЕ СИСТЕМЫ) (a.k.a. IZHEVSK UNMANNED SYSTEMS RESEARCH AND PRODUCTION

ASSOCIATED LIMITED LIABILITY COMPANY; f.k.a. IZHMASH-UNMANNED SYSTEMS COMPANY; a.k.a. LLC RESEARCH AND PRODUCTION ASSOCIATION IZHBS; a.k.a. "NPO IZHBS"; a.k.a. "OOO NPO IZHBS"), Ordzhonikidze St., 2, Izhevsk, Udmurtia 426063, Russia (Cyrillic: УЛ. ОРДЖОНИКДЗЕ, Д. 2, ИЖЕВСК, УДМУРТСКАЯ РЕСПУБЛИКА 426063, Russia); Website www.izh-bs.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Oct 2006; Target Type Private Company; Tax ID No. 1831117433 (Russia) [RUSSIA-EO14024].

OOO NAUCHNO-TEKHNICHESKII TSENTR METROTEK (Cyrillic: ООО НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР МЕТРОТЕК), Ul. Yablochkova D. 21, Korpus 3, Moscow 127322, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9715250083 (Russia); Registration Number 1167746288976 (Russia) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Andrey Georgiyevich).

OOO NAVIGATOR ASSET MANAGEMENT (Cyrillic: ООО УК НАВИГАТОР) (a.k.a. "ASSET MANAGEMENT COMPANY NAVIGATOR"; a.k.a. "UK NAVIGATOR"), ul. Gilyarovskogo, d. 39, str. 3, et. 12, kom. 17, Moscow 129110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Sep 2002; Tax ID No. 7725206241 (Russia); Registration Number 1027725006638 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OOO NIITONKH I BT (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC RESEARCH INSTITUTE OF ORGANIC TECHNOLOGIES INORGANIC CHEMISTRY AND BIOTECHNOLOGY; a.k.a. NIITONKH AND BT LLC; a.k.a. RESEARCH INSTITUTE OF ORGANIC INORGANIC CHEMISTRY AND BIOTECHNOLOGY; a.k.a. SCIENTIFIC RESEARCH INSTITUTE TECHNOLOGY ORGANIC NOT ORGANIC CHEMISTRY AND BIOLOGY TECHNOLOGY LIMITED LIABILITY COMPANY; a.k.a. "SARNII"), Ul. Bolshaya Sadovaya D. 239, Saratov 410005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6452941195 (Russia); Registration Number 1096450002373 (Russia) [RUSSIA-EO14024].

OOO NISSA DISTRIBUTSIYA (a.k.a. LTD NISSA DISTRIBUTION), Ul. Minskaya D. 1G, K. 2, Pom.II Kom 13, Of 5, 3, Moscow 119285, Russia; Proezd Mukomolnyi D. 4A/2, Moscow 123290, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7729374938 (Russia); Registration Number 1037739345115 (Russia) [RUSSIA-EO14024].

OOO NORD MARIN INZHINIRING (Cyrillic: ООО НОРД МАРИН ИНЖИНИРИНГ) (a.k.a. NORD MARIN INZHINIRING), Sh. Leningradskoe D. 39, Str. 6, Pom. XXIV, Moscow 125212, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Jul 2016; Tax ID No. 7743165541 (Russia); Registration Number 1167746706137 (Russia) [RUSSIA-EO14024] (Linked To: KOCHMAN, Evgeniy Borisovich).

OOO NORD MARINE (Cyrillic: ООО НОРД МАРИН) (a.k.a. NORD MARINE), Ul. Rochdelskaya D. 11/5, Str. 1, Moscow 123100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Apr 2001; Tax ID No. 7716204897 (Russia); Registration Number 1027700401024 (Russia) [RUSSIA-EO14024] (Linked To: KOCHMAN, Evgeniy Borisovich).

OOO NORGAU RUSSLAND (a.k.a. NORGAU RUSSLAND GMBH; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU NORGAU RUSSLAND), ul. Novatorov, 1, et. /pomeshch. 2/LVI kom. 77, Moscow 119421, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727159340 (Russia); Registration Number 1037739226293 (Russia) [RUSSIA-EO14024].

OOO NOVASTREAM (a.k.a. LLC NOVASTREAM (Cyrillic: ООО НОВОСТРИМ); a.k.a. NOVASTREAM LIMITED; a.k.a. NOVASTREAM LTD), Ul. Severnaya D. 2A, Pomeshch. 51, Vladimir 600007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Apr 2022; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 3329101270 (Russia); Registration Number 1223300003079 (Russia) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

OOO NOVOGORSK NEDVIZHIMOST (a.k.a. LIMITED LIABILITY COMPANY NOVOGORSK REAL ESTATE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВОГОРСК НЕДВИЖИМОСТЬ)), 15 Olimpiyskaya Street, Suite 14, Khimki, Moscow Oblast 141435, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Dec 2011; Organization Type: Real estate activities with own or leased property; Tax ID No. 7729699051 (Russia); Registration Number 5117746034225 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY FORUM).

OOO NOVYI AI TI PROEKT (a.k.a. 3LOGIC GROUP), Nab. Berezhkovskaya D. 20, Str. 33, Moscow 121059, Russia; Ul. Nagatinskaya D. 16, Str. 9, Pomeshch. VII, Kom. 15, Office 5, Moscow 115487, Russia; Ul. Kiyevskaya D. 7, Korp. 2, Pod. 7, Moscow 121059, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724338125 (Russia); Registration Number 1157746958830 (Russia) [RUSSIA-EO14024].

OOO NOVYI MEDIA KHOLDING (a.k.a. LIMITED LIABILITY COMPANY NEW MEDIA HOLDING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВЫЙ МЕДИА ХОЛДИНГ)), 4 ul. Olkhovskaia, korp. 2, et. 4, pom. 464/15, Moscow 105066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701000319 (Russia); Registration Number 1157746629963 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

OOO NPK AEROKON (Cyrillic: ООО НПК АЭРОКОН) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NPK AEROKON (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НПК АЭРОКОН); a.k.a. "AEROKON, OOO" (Cyrillic: "ООО АЭРОКОН")), ul. Tsentralnaya, D. 18, Chernyshevka, Republic of Tatarstan 422710, Russia (Cyrillic: УЛ. ЦЕНТРАЛЬНАЯ, Д.18, Чернышевка, Республика Татарстан 422710, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Dec 2022; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 1657007195 (Russia); Government Gazette Number 27858018 (Russia); Business Registration Number 1021603148830 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY IZHEVSK ELECTROMECHANICAL PLANT KUPOL).

OOO NPK OPTOLINK (a.k.a. LIMITED LIABILITY COMPANY RESEARCH AND PRODUCTION COMPANY OPTOLINK; a.k.a. LLC RPC OPTOLINK; a.k.a. NPK OPTOLINK LLC; a.k.a. OPTOLINK RPC LLC; a.k.a. SCIENTIFIC PRODUCTION COMPANY

OPTOLINK; a.k.a. SPC OPTOLINK), 6A Sosnovaya Alley, Building 5, Zelenograd, Moscow 124489, Russia; Pr-d 4806 d. 5, g. Zelenograd, Moscow 124498, Russia; Saratov, Russia; Arzamas, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Jul 2001; Tax ID No. 7735105059 (Russia); Registration Number 1027700040719 (Russia) [RUSSIA-EO14024].

OOO NPP ANTARES (a.k.a. LIMITED LIABILITY COMPANY RESEARCH AND PRODUCTION ENTERPRISE ANTARES; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE ANTARES), ul. im. Radishcheva A. N., 27, Saratov 410012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6452000776 (Russia); Registration Number 1026402660250 (Russia) [RUSSIA-EO14024].

OOO NPTS EKOPROMSERTIFIKA (a.k.a. LIMITED LIABILITY COMPANY RESEARCH AND DEVELOPMENT CENTER ECOPROMSERTIFIKA; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU NAUCHNO PROIZVODSTVENNYI TSENTR EKOPROMSERTIFIKA), D. 4 UI. Verkhnyaya Radishchevskaya, str. 3, pom. III komn 1i, Moscow 109240, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7705564792 (Russia); Registration Number 1037739896149 (Russia) [RUSSIA-EO14024].

OOO NPTS SKADA (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC AND PRODUCTION CENTER SKADA; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU NAUCHNO PROIZVODSTVENNYI TSENTR SKADA), P13 Nezhiloe pomeshch., 46, ul. Ulianova, Nizhny Novgorod 603155, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5260015030 (Russia); Registration Number 1025203017982 (Russia) [RUSSIA-EO14024].

OOO NVS NAVIGATSIONNYE TEKHNOLOGII (a.k.a. NVS NAVIGATION TECHNOLOGIES LTD), ul. Kulneva, d. 3, str. 1, pom/kom III/25, Moscow 121170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730637821 (Russia); Registration Number 1147746193891 (Russia) [RUSSIA-EO14024].

OOO OBEDINENNAYA ARKTICHESKAYA KOMPANIYA (a.k.a. UNITED ARCTIC COMPANY LLC (Cyrillic: ОБЪЕДИНЕННАЯ АРКТИЧЕСКАЯ КОМПАНИЯ ООО)), d. 3 str. 1 etazh 3 kom. 6, per. Kapranova, Moscow 123242, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703047986 (Russia); Registration Number 1217700432212 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CARBON).

OOO OBORON KHOLDING (a.k.a. OBORON HOLDING LLC), Vld. 85, Str. 1, Pom. 8, Lykovo 108817, Russia; Ul. Bakuninskaya, 69, Str. 1, Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701002563 (Russia); Registration Number 1157746688879 (Russia) [RUSSIA-EO14024].

OOO OBORONNYE INITSIATIVY (Cyrillic: ООО ОБОРОННЫЕ ИНИЦИАТИВЫ) (a.k.a. LIMITED LIABILITY COMPANY OBORONNYE INITSIATIVY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОБОРОННЫЕ ИНИЦИАТИВЫ; Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ АБАРОННЫЯ ІНІЦЫЯТЫВЫ); a.k.a. TAA ABARONNYJA INITSYJATYVY (Cyrillic: ТАА АБАРОННЫЯ ІНІЦЫЯТЫВЫ); a.k.a. "DEFENSE INITIATIVES COMPANY"), Perehodnaya str. 64, building 3, office 5, Minsk 220070, Belarus (Cyrillic: ул. Переходная, д. 64 корпус 3, каб. 5, Минск 220070, Belarus); Registration Number 191288292 (Belarus) [BELARUS-EO14038].

OOO OF VAFA (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU OPTOVAIA FIRMA VAFA; a.k.a. VAFA WHOLESALE LTD), ulitsa Generala Yepisheva 20D, Astrakhan, Astrakhan Oblast 414024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Aug 1996; Tax ID No. 3016023425 (Russia); Identification Number IMO 5266323; Business Registration Number 1023000821029 (Russia) [RUSSIA-EO14024].

OOO OKB AVIAAVTOMATIKA (a.k.a. KURSK PRIBOR JSC AVIAAVTOMATIKA; a.k.a. LIMITED LIABILITY COMPANY OPITNO KONSTRUKTORSKOE BUREAU AVIAAVTOMATIKA; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU OPYTNO KONSTRUKTORSKOE BIURO AVIAAVTOMATIKA), 47 Zapolnaia ul., Kursk 305040, Russia; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Tax ID No. 4632071042 (Russia); Registration Number 1064632050152 (Russia) [RUSSIA-EO14024].

OOO ORLAN, ul. Bolshaya Tatarskaya, 35c3, et. 11, Moscow, Russia; Kapi No: 5 Bakirkoy, Zeytinlik mah. Sporcu sk. Zeynep Apt. No: 7 IC, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701096293 (Russia); Registration Number 1157746275488 (Russia) [RUSSIA-EO14024].

OOO OTKRITIE ASSET MANAGEMENT (Cyrillic: ООО УК ОТКРЫТИЕ) (a.k.a. OTKRITIE ASSET MANAGEMENT LTD; a.k.a. UK OTKRYTIE), Ul. Kozhevnicheskaya, d. 14, str. 5, Moscow 115114, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Dec 2000; Tax ID No. 7705394773 (Russia); Registration Number 1027739072613 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OOO OTKRITIE CAPITAL (Cyrillic: ООО ОТКРЫТИЕ КАПИТАЛ) (a.k.a. OTKRYTIE KAPITAL), ul. Spartakovskaya, d. 5, str. 1, pom. IX, et mansarda, kom 6A, Moscow 105066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Apr 2020; Tax ID No. 9701158264 (Russia); Registration Number 1207700158973 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OOO OTKRITIE FACTORING (Cyrillic: ООО ОТКРЫТИЕ ФАКТОРИНГ) (a.k.a. OTKRYTIE FAKTORING), Pr-kt Andropova, d. 18, korpus 6, pom. 4-07, Moscow 115432, Russia; ul. Letnikovskaya, d. 10, str. 4, floor 7, pomeshch. I/45, Moscow 115114, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Apr 2016; Tax ID No. 7725314818 (Russia); Registration Number 1167746399897 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OOO OVK (a.k.a. EAST WEST CONVERSION), Pr-d Olonetskii D. 4, K.2, E 5 pom.XII K 12A, Moscow 129281, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716561842 (Russia); Registration Number 1067758702340 (Russia) [RUSSIA-EO14024].

OOO PAMKIN KHAUS (Cyrillic: ООО ПАМКИН ХАУС), Ul. Yablochkova D. 21, Korpus 3, Pom. VIII, Kom. 1S, Moscow 127322, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715848680 (Russia); Registration Number 1117746048122 (Russia) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Andrey Georgiyevich).

OOO PARTNER (Cyrillic: ООО ПАРТНЁР), Prosp. Pobedy D. 22, Cherepovets 162606, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Jun 1994; Target Type Financial Institution; Tax ID No. 3528218586 (Russia); Registration Number 1143528009712 (Russia) [RUSSIA-EO14024].

OOO PERYTON ENGINEERING (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PERITON INZHINIRING; a.k.a. PERITON INZHINIRING OOO), PR-D Staropetrovskii D. 7A, Str. 5, ET 2, Office 1, Moscow 125130, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 May 2017; Tax ID No. 7703426927 (Russia); Government Gazette Number 15529479 (Russia); Registration Number 1177746442488 (Russia) [RUSSIA-EO14024].

OOO PLANAR (Cyrillic: ООО ПЛАНАР) (a.k.a. LLC PLANAR; a.k.a. PLANAR ELEMENTS; a.k.a. THE PLANAR COMPANY (Cyrillic: КОМПАНИЯ ПЛАНАР)), Office 1, 76 Likhvintseva St., Izhevsk 426034, Russia; Office 23, Building 2, Corpus 58, 1 Partiynyy Pereulok Lane, Moscow 115093, Russia; Website planar-elements.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1833015934 (Russia) [RUSSIA-EO14024].

OOO PROGOROD (a.k.a. LLC PROGOROD; a.k.a. NOVYE GORODSKIE PROEKTY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NOVYE GORODSKIE PROEKTY), d. 10 etazh 7 pom. XIII kom. 2,ul. Vozdvizhenka, Moscow 125009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9704013161 (Russia); Registration Number 1207700089101 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OOO PROMTEKHNOLOGIYA (a.k.a. LIMITED LIABILITY COMPANY PROMTEKHNOLOGIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОМТЕХНОЛОГИЯ); a.k.a. LLC PROMTEKHNOLOGIYA (Cyrillic: ООО ПРОМТЕХНОЛОГИЯ); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU PROMTEKHNOLOGIYA; a.k.a. PROMTECHNOLOGIA LLC; a.k.a. "ORSIS"; a.k.a. "PROMTECHNOLOGIES"; a.k.a. "PROMTEHNOLOGYA"), 14 Podyomnaya St., Housing 8, Moscow 109052, Russia; 19 Smirnovskaya St., Moscow, Russia; Ul. Krzhizhanovskogo, D. 29, K. 2, Antresol 1, Pomeschenie IV, Komnata 1, Moscow 117218, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708696860 (Russia); Government Gazette Number 772701001 (Russia); Registration Number 1097746084908 (Russia) [RUSSIA-EO14024].

OOO PSB BIZNES (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PSB BIZNES; a.k.a. OOO VENTURE FUND SME; a.k.a. PSB BIZNES OOO (Cyrillic: ООО ПСБ БИЗНЕС); a.k.a. SME VENTURE LLC; a.k.a. VENCHURNY FOND MSB OOO), d. 23 Str. 3 pom. II kom. 1K, 1L, 1M, 1N, 1O, 1P, ul. Lva Tolstogo, Moscow 119021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Sep 2013; Tax ID No. 5042129460 (Russia); Government Gazette Number 18098784 (Russia); Registration Number 1135042007539 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

OOO PSB-FINTEKH (Cyrillic: ООО ПСБ-ФИНТЕХ) (a.k.a. ERA FUND LIMITED LIABILITY COMPANY; a.k.a. ERA FUND LLC (Cyrillic: ООО ФОНД ЭРА)), Ul. Novo-Sadovaya D. 3 Komnata 163 Floor 3, Samara 443100, Russia (Cyrillic: Улица Ново-садовая, дом 3, комната 163 этаж 3, Самара 443100, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Sep 2017; Tax ID No. 6316237712 (Russia); Registration Number 1176313076433 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

OOO PV BRIDZH, Rubtsovskaya naberezhnaya, d. 3, str. 1, et. 8, kom. 14, Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733766494 (Russia); Registration Number 1117746345166 (Russia) [RUSSIA-EO14024].

OOO PYASGK (a.k.a. LIMITED LIABILITY COMPANY PYASINSKAYA GORNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПЯСИНСКАЯ ГОРНАЯ КОМПАНИЯ)), str. 100 blok B etazh 3, pom. 4, Odintsovo 143084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032216266 (Russia); Registration Number 1155032010099 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

OOO QUANTUM OPTICS (a.k.a. LIMITED LIABILITY COMPANY QUANTUM OPTICS; a.k.a. QUANTUM OPTICS LTD), Ul. Serdobolskaya D. 64, Lit. K, Pomeshch. 11-N, Kom. 10, Saint Petersburg 197342, Russia; Beloostrovskaya 22, Office 415, Saint Petersburg 197342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801562614 (Russia); Registration Number 1117847563921 (Russia) [RUSSIA-EO14024].

OOO RADIOTEKHSNAB (a.k.a. RADIOTECHSNAB), Kosa Petrovskaya d. 1, k. 1, lit. R, pomeshch. 32N, Saint Petersburg 197110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813257380 (Russia); Registration Number 1167847310619 (Russia) [RUSSIA-EO14024].

OOO RASPADSKAYA COAL COMPANY (a.k.a. LIMITED LIABILITY COMPANY RASPADSKAYA COAL COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RASPADSKAYA UGOLNAYA KOMPANIYA; a.k.a. RASPADSKAYA UGOLNAYA KOMPANIYA; a.k.a. "RUK OOO"), d. 33, Ofis 201, Prospekt Kurako (Kuibyshevski R-N), Novokuznetsk, Kemerovo region 654006, Russia; PR. Kurako D. 33, Novokuznetsk 654027, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4253029657 (Russia); Registration Number 1154253003750 (Russia) [RUSSIA-EO14024].

OOO REALEKSPORT, ul. Truda, d. 64A, pom. 45, ofis 408, Chelyabinsk 454090, Russia; Lenina Prospekt 89-518, 525 office, Chelyabinsk 454080, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7448105810 (Russia); Registration Number 1087448006161 (Russia) [RUSSIA-EO14024].

OOO REESTR RN, Per. Podkopaevskii D 2/6, Str. 3-4, Moscow 109028, Russia; Per. 1-I Shchipkovskii D. 20, Moscow 115093, Russia;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7705397301 (Russia); Registration Number 1027700172818 (Russia) [RUSSIA-EO14024].

OOO REGION-COMFORT (Cyrillic: ООО РЕГИОН-КОМФОРТ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU REGION-COMFORT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РЕГИОН-КОМФОРТ)), Ul. Lenina D. 22A, Pomeshch. 2, Krasnogorsk 143409, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jul 2013; Tax ID No. 5024137677 (Russia); Government Gazette Number 50189050 (Russia); Registration Number 1135024004741 (Russia) [RUSSIA-EO14024].

OOO REGISTRATOR GARANT, Nab. Krasnopresnenskaya D. 8, Et. 2, Pom. 228, Moscow 123100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7703802628 (Russia); Registration Number 5137746173296 (Russia) [RUSSIA-EO14024].

OOO REINOLDS (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU REINOLDS; a.k.a. REYNOLDS AERO; a.k.a. REYNOLDS GAS TURBINES; a.k.a. REYNOLDS LIMITED LIABILITY COMPANY), 9 str. 21, Ul. Godovikova, Moscow 129085, Russia; 9 str. 17, Ul. Godovikova, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731390782 (Russia); Registration Number 5177746181135 (Russia) [RUSSIA-EO14024].

OOO RGS HOLDING (Cyrillic: ООО РГС ХОЛДИНГ) (a.k.a. RGS KHOLDING), ul. Kievskaya, d. 7, et/kom 2A/2, Moscow 121059, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Aug 2013; Tax ID No. 7730691642 (Russia); Registration Number 1137746769610 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OOO RITEK (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ROSSISKAYA INNOVATSIONNAYA TOPLIVNO ENERGETICHESKAYA KOMPANIYA; a.k.a. RUSSIAN INNOVATION FUEL AND ENERGY COMPANY), 120A, Ul. Leninskaya, Samara 443041, Russia; 85

Lesogorskaya st, Volgograd, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6317130144 (Russia); Registration Number 1186313094681 (Russia) [RUSSIA-EO14024].

OOO ROBIN TREID (Cyrillic: ООО РОБИН ТРЕЙД) (a.k.a. ROBIN TRADE LIMITED), Ul. Yablachkova D. 21 Korpus 3, Et 3 Pom. VIII, Moscow 127322, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 May 2016; Tax ID No. 9715259583 (Russia); Registration Number 1167746480153 (Russia) [RUSSIA-EO14024].

OOO ROSTSHIPSERVIS (a.k.a. LIMITED LIABILITY COMPANY ROSTSHIPSERVICE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РОСТШИПСЕРВИС); a.k.a. LIMITED LIABILITY COMPANY ROSTSHIPSERVIS), Ulitsa Kayani, 18, 302, Rostov-on-Don, Rostov Oblast 344019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 May 2005; Tax ID No. 6165122403 (Russia); Registration Number 1056165052492 (Russia) [RUSSIA-EO14024].

OOO RUCHSERVOMOTOR (Cyrillic: ООО РУХСЕРВОМОТОР) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RUKHSERVOMOTOR; a.k.a. OOO RUKHSERVOMOTOR; a.k.a. TAA RUKHSERVAMOTOR (Cyrillic: ТАА РУХСЕРВАМАТОР)), Montazhnikov St. 5, Minsk 220019, Belarus; Organization Established Date 24 Feb 2000; Organization Type: Manufacture of industrial, electric and electronic machinery; Tax ID No. 800002497 (Belarus) [BELARUS-EO14038].

OOO RUDNIY (Cyrillic: ООО РУДНЫЙ) (a.k.a. LIMITED LIABILITY COMPANY RUDNIY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУДНЫЙ); a.k.a. "RUDNY LLC"), Narodnoy Voli St., Building 24, Office 5, Ekaterinburg, Sverdlovsk Region 620063, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 May 2019; Tax ID No. 6671096252 (Russia); Registration Number 1196658038774 (Russia) [RUSSIA-EO14024] (Linked To: SUROVIKINA, Anna Borisovna).

OOO RUKHSERVOMOTOR (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU

RUKHSERVOMOTOR; a.k.a. OOO RUCHSERVOMOTOR (Cyrillic: ООО РУХСЕРВОМОТОР); a.k.a. TAA RUKHSERVAMOTOR (Cyrillic: ТАА РУХСЕРВАМАТОР)), Montazhnikov St. 5, Minsk 220019, Belarus; Organization Established Date 24 Feb 2000; Organization Type: Manufacture of industrial, electric and electronic machinery; Tax ID No. 800002497 (Belarus) [BELARUS-EO14038].

OOO RUSKHIMALYANS (Cyrillic: ООО РУСХИМАЛЬЯНС) (a.k.a. RUSCHEMALLIANCE LLC; a.k.a. RUSKHIMALLIANCE), d. 18A etazh pom. 3-306, ul. Vorovskogo, Kingisepp 188480, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9705082619 (Russia); Registration Number 5167746407054 (Russia) [RUSSIA-EO14024].

OOO RUSSKAYA ENERGIYA (a.k.a. LLC RUSSIAN ENERGY GROUP (Cyrillic: ООО ГРУППА РУССКАЯ ЭНЕРГИЯ); a.k.a. OOO GRUPPA RUSSKAYA ENERGIYA), d. 14 str. 5 etazh 1 pom. 2, per. Butikovski, Moscow 119034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714456916 (Russia); Registration Number 1207700001486 (Russia) [RUSSIA-EO14024].

OOO RUSSTROI-SK (Cyrillic: ООО РУССТРОЙ-СК) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU RUSSTROI-SK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУССТРОЙ-СК)), ul. Nezhnova, 72 korp. 1, Pomeshch. 12, Pyatigorsk, Stavropol Krai 357502, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Nov 2014; Tax ID No. 2632813759 (Russia); Registration Number 036032117219 (Russia); alt. Registration Number 262101227926091 (Russia) [SDGT] (Linked To: DENIZ, Fadi).

OOO SEPO ZEM (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ZAVOD ELEKTROAGREGATNOGO MASHINOSTROENIYA SEPO-ZEM AKTSIONERNOGO OBSHCHESTVA SARATOVSKOE ELEKTROAGREGATNOE PROIZVODSTVENNOE OBEDINENIE), pr-kt 50 Let Oktyabrya, Saratov 410040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6453037698 (Russia); Registration Number 1026403046702 (Russia) [RUSSIA-EO14024].

OOO SERNIYA INZHINIRING (Cyrillic: ООО СЕРНИЯ ИНЖИНИРИНГ) (a.k.a. SERNIA ENGINEERING), d. 57A etazh 2 pom. 211 kom. 211-13, ul. Vavilova, Moscow 117292, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 971529478 (Russia); Government Gazette Number 06644891 (Russia); Registration Number 1177746132563 (Russia) [RUSSIA-EO14024].

OOO SERTAL (Cyrillic: ООО СЕРТАЛ), Ul. Yablachkova D. 21 Korpus 3, Et 3 Pom VIII Kom 1I, Moscow 127322, Russia; P.O. Box 708, Moscow 119330, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9715216050 (Russia); Registration Number 1157746840569 (Russia) [RUSSIA-EO14024].

OOO SEVERNAIA ZVEZDA (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SEVERNAYA ZVEZDA; a.k.a. SEVERNAYA ZVEZDA LIMITED LIABILITY COMPANY (Cyrillic: СЕВЕРНАЯ ЗВЕЗДА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); a.k.a. "LLC NORTHERN STAR"; a.k.a. "NORTH STAR"), zd. 31 etazh 2 kom. 44, 45, ul. Sovetskaya, Dudinka 647000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Oct 2006; Tax ID No. 2457062730 (Russia); Government Gazette Number 97616736 (Russia); Registration Number 1062457033022 (Russia) [RUSSIA-EO14024] (Linked To: ARCTIC ENERGY GROUP LIMITED LIABILITY COMPANY).

OOO SHAKHTA ALARDINSKAIA (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SHAKHTA ALARDINSKAYA; a.k.a. OOO ALARDINSKAYA MINE; a.k.a. SHAKHTA ALARDINSKAYA OOO), Ul. Ugolnaya D. 56, Kaltan 652831, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4222013689 (Russia); Registration Number 1114222001200 (Russia) [RUSSIA-EO14024].

OOO SHAKHTA ESAULSKAIA (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SHAKHTA ESAULSKAYA; a.k.a. OOO ESAULSKAYA MINE; a.k.a. SHAKHTA ESAULSKAYA OOO), PR-KT Kurako, Tsentralnyi District D. 33, Novokuznetsk 654006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4253000827 (Russia);

Registration Number 1114253001807 (Russia) [RUSSIA-EO14024].

OOO SHIPYARD 'ZALIV' (f.k.a. AO SHIPYARD 'ZALIV'; f.k.a. JSC SHIPYARD 'ZALIV'; f.k.a. JSC ZALIV SHIPYARD; a.k.a. LLC SHIPYARD 'ZALIV'; f.k.a. OJSC ZALIV SHIPYARD; a.k.a. ZALIV SHIPYARD LLC), 4 Tankistov Street, Kerch, Crimea 98310, Ukraine; Website http://www.zalivkerch.com/; alt. Website http://www.zaliv.com/; Email Address zaliv@zalivkerch.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

OOO SIBIRSKIE MINERALY (a.k.a. GOK SIBIRSKIE MINERALY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GORNO-OBOGATITELNY KOMBINAT SIBIRSKIE MINERALY), 1, ul. Tsentralnaya, Ak-Dovurak, Tyva Resp. 668050, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 May 2011; Tax ID No. 1718002246 (Russia); alt. Tax ID No. 1718002246 (Russia); Government Gazette Number 94545591 (Russia); Registration Number 1111722000060 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OOO SIBUGOL (a.k.a. LIMITED LIABILITY COMPANY SIBIRSKAYA UGOLNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИБИРСКАЯ УГОЛЬНАЯ КОМПАНИЯ)), d. 4A etazh 1 pom. I, Kom. 14, Ofis 7D, ul. Kutuzovskaya, Odintsovo 143001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032216202 (Russia); Registration Number 1155032010066 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

OOO SILKVEY (a.k.a. SILKWAY LIMITED LIABILITY COMPANY; a.k.a. SILKWAY LLC), Pr-d Olminskogo D. 3A, Str. 3, Floor 2, Pom. II, Kom 13, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9717089129 (Russia); Registration Number 1197746757559 (Russia) [RUSSIA-EO14024].

OOO SITI-DEVELOPMENT (a.k.a. CITY DEVELOPMENT LIMITED LIABILITY COMPANY (Cyrillic: СИТИ-ДЕВЕЛОПМЕНТ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)), d. 6 str. 2 etazh 2 pomeshch/kom I/35, naberezhnaya Presnenskaya, Moscow 123112, Russia;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Nov 2016; Tax ID No. 7703420058 (Russia); Government Gazette Number 05682317 (Russia); Registration Number 5167746363758 (Russia) [RUSSIA-EO14024] (Linked To: USM CITY LIMITED LIABILITY COMPANY).

OOO SK LADOGA (a.k.a. LADOGA SHIPPING COMPANY LIMITED LIABILITY COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU SUDOKHODNAIA KOMPANIIA LADOGA), Office 18, ulitsa Kirova 1, Astrakhan 414000, Russia; 3 Gogol St., building 2, letter A, room 55, Astrakhan 414024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3016048892 (Russia); Identification Number IMO 5252029; Registration Number 1063016028877 (Russia) [RUSSIA-EO14024].

OOO SKAI17 (a.k.a. LIMITED LIABILITY COMPANY SKAY17 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СКАЙ17); a.k.a. "SKY17"), d. 19 k. 4 kv. 368, ul. Eletskaya, Moscow 115583, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9729098657 (Russia); Registration Number 1177746619137 (Russia) [RUSSIA-EO14024].

OOO SMART LNG (a.k.a. LIMITED LIABILITY COMPANY MODERN MARINE ARCTIC TRANSPORT SPG (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОВРЕМЕННЫЙ МОРСКОЙ АРКТИЧЕСКИЙ ТРАНСПОРТ СПГ); a.k.a. OOO SMART SPG), ul. Udaltsova 2, Moscow 119415, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9729290230 (Russia); Registration Number 1197746631653 (Russia) [RUSSIA-EO14024].

OOO SMART SPG (a.k.a. LIMITED LIABILITY COMPANY MODERN MARINE ARCTIC TRANSPORT SPG (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОВРЕМЕННЫЙ МОРСКОЙ АРКТИЧЕСКИЙ ТРАНСПОРТ СПГ); a.k.a. OOO SMART LNG), ul. Udaltsova 2, Moscow 119415, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9729290230 (Russia); Registration Number 1197746631653 (Russia) [RUSSIA-EO14024].

OOO SMARTLOGISTER (a.k.a. SMART LINES TRADING FZC; a.k.a. SMARTLOGISTER), pr-t Vernadskogo, d. 29, Business Center Leto, office 804A, Moscow, Russia; ul. Vvedenskogo,

d. 23A, str. 3, et. 6, pom. XX, kom. 62, of. 1I, Moscow 117342, Russia; ul. Krupskoi 19/17, a/ya 108, Moscow 119331, Russia; Venture Zone Business Center, office no. 1703, Dubai, United Arab Emirates; PO Box 1828, Sohar Free Zone, Sohar, North Al Batinah Governate 130, Oman; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728356076 (Russia); License L2032319 (Oman); alt. License L2125557 (Oman); Registration Number 5167746459084 (Russia); alt. Registration Number 1466126 (Oman) [RUSSIA-EO14024].

OOO SMARTTURBOTEKH (a.k.a. SMART TURBO TECHNOLOGY LTD; a.k.a. SMART TURBO TEKHNOLODZHI; a.k.a. SMARTTURBOTECH LTD), ul. Kazanskaya, D. 1/25, lit. A, office 31-33, Saint Petersburg 191186, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722492033 (Russia); Registration Number 1207700352100 (Russia) [RUSSIA-EO14024].

OOO 'SMT-K' (a.k.a. KRYM SMT OOO LLC; a.k.a. LLC CMT CRIMEA; a.k.a. OOO 'CMT-K'; a.k.a. SMT-CRIMEA; a.k.a. SMT-K; a.k.a. SOVMORTRANS-CRIMEA), ul. Zoi Zhiltsovoy, d. 15, office 51, Simferopol, Crimea, Ukraine; Vokzalnoye Highway 140, Kerch, Ukraine; Anapskoye Highway 1, Temryuk, Russia; Email Address info@smt-k.ru; alt. Email Address info@parom-k.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

OOO SOFT PLYUS (a.k.a. OOO HEXWAY), Ul. Vatutina D. 19, Lit. A, Pomeshch. 17-N, Office 612, Saint Petersburg 195009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Sep 2021; Tax ID No. 7804686897 (Russia); Business Registration Number 1217800147740 (Russia) [RUSSIA-EO14024].

OOO SOKHRA (Cyrillic: ООО СОХРА) (a.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SOKHRA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА); f.k.a. OBSCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU SOKHRA GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА ГРУПП); f.k.a. OBSCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU TIM INDASTRIAL SERVIS KAMPANI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТИМ ИНДАСТРИАЛ СЕРВИС КАМПАНИ); a.k.a. SOHRA LLC; a.k.a. TAA SOKHRA (Cyrillic: ТАА СОХРА); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SOKHRA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СОХРА)), Zavodskaya st., d. 1k, pom. 18, Bolbasovo, Vitebsk Oblast, Orsha District 211004, Belarus (Cyrillic: ул. Заводская, д. 1к, пом. 18, Болбасово, Витебская область, Оршанский район, 211004, Belarus); Revolucyonnaya 17/19, Office no. 22, Minsk 220030, Belarus; Organization Established Date 20 Oct 2014; Registration Number 192363182 (Belarus) [BELARUS-EO14038] (Linked To: ZAITSAU, Aliaksandr Mikalaevich).

OOO SOLAR SEKYURITI (a.k.a. ROSTELEKOM SOLAR; a.k.a. "RT SOLAR"), Ul. Vyatskaya, 35/4 Bts Vyatka, Moscow 127015, Russia; Per. Nikitskiy, 7c1, Moscow 125009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718099790 (Russia); Registration Number 1157746204230 (Russia) [RUSSIA-EO14024].

OOO SOLDRIM SPB (a.k.a. SOLDREAM SPB LTD), Pl. Konstitutsii D. 7, Lit. A, Pomeshch 182-N, Office 616A, Saint Petersburg 196191, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4707020337 (Russia); Registration Number 1034701423668 (Russia) [RUSSIA-EO14024].

OOO SOLID (a.k.a. SOLID LTD), ul Mira 4, Novorossiysk, Krasnodarskiy kray 630024, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

OOO SOYUZ PODSHIPNIK, ul. Agregatnaya 3-Ya d. 23, Kursk 305022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725546537 (Russia); Registration Number 1057747885469 (Russia) [RUSSIA-EO14024].

OOO SP BARZASSKOE TOVARISHCHESTVO (a.k.a. LIMITED LIABILITY COMPANY SOVMESTNOE PREDPRIYATIE BARZASSKOYE TOVARISHTESTVO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОВМЕСТНОЕ ПРЕДПРИЯТИЕ БАРЗАССКОЕ ТОВАРИЩЕСТВО)), 1V ul. N. Barzas, Berezovski 652421, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4203000074 (Russia);

Registration Number 1024200648207 (Russia) [RUSSIA-EO14024].

OOO SPETSVOLTAZH (a.k.a. LIMITED LIABILITY COMPANY SPETSVOLTAZH; a.k.a. SPECVOLT), ul. Kantemirovskaya d. 12, lit. A, pomeshch. # 19-N office 18, Saint Petersburg 194100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802634149 (Russia); Registration Number 1177847317306 (Russia) [RUSSIA-EO14024].

OOO SSK PORT (a.k.a. LIMITED LIABILITY COMPANY SSK PORT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ССК ПОРТ)), 23A Admiral Fadeyev St., Office 17, Sevastopol 299057, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Jul 2017; Tax ID No. 9201521828 (Russia); Registration Number 1179204006640 (Russia) [RUSSIA-EO14024].

OOO SSK ZVEZDA (Cyrillic: ООО ССК ЗВЕЗДА) (a.k.a. LIMITED LIABILITY COMPANY SHIPBUILDING COMPLEX ZVEZDA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СУДОСТРОИТЕЛЬНЫЙ КОМПЛЕКС ЗВЕЗДА)), ul. Alleya Truda 19V, Bolshoi Kamen 692806, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 2503032517 (Russia); Registration Number 1152503000539 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

OOO STANDARD LINE (a.k.a. OOO STANDART LAIN), ul. Ilyushina (Aviatsionny Mkr.), str. 2A, pom. 64, Domodedovo, Moscow 142007, Russia; sh. Kashirskoe d.7, Domodedovo 142000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5009082825 (Russia); Registration Number 1125009001655 (Russia) [RUSSIA-EO14024].

OOO STANDART LAIN (a.k.a. OOO STANDARD LINE), ul. Ilyushina (Aviatsionny Mkr.), str. 2A, pom. 64, Domodedovo, Moscow 142007, Russia; sh. Kashirskoe d.7, Domodedovo 142000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5009082825 (Russia); Registration Number 1125009001655 (Russia) [RUSSIA-EO14024].

OOO STG LOGISTIK (a.k.a. LIMITED LIABILITY COMPANY STG LOGISTIC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТГ ЛОГИСТИК);

a.k.a. STG STROYTRANSGAZ LOGISTIC; a.k.a. "STG LOGISTIC"), 12 Universitetsky Ave, Moscow 119330, Russia; Damascus, Syria; Organization Established Date 04 Sep 2009; Tax ID No. 5027148148 (Russia); Registration Number 1095027004236 (Russia) [PAARSSR-EO13894].

OOO 'STG-EKO' (a.k.a. 'STG-EKO' LLC), Street Zastavskaya Building 22, Part A, Saint Petersburg 196084, Russia; Website http://www.stg-eco.ru/; Email Address info@stg-eco.ru; alt. Email Address info.rb@stg-eco.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1097847009215 (Russia); Tax ID No. 7816458415 (Russia) [UKRAINE-EO13685].

OOO STRAKHOVOI BROKER SBERBANKA (a.k.a. LIMITED LIABILITY COMPANY SBERBANK INSURANCE BROKER; a.k.a. LLC INSURANCE BROKER OF SBERBANK; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVOI BROKER SBERBANKA; a.k.a. SBERBANK INSURANCE BROKER LLC), 42 Bolshaya Yakimanka St., b. 1-2, office 206, Moscow 119049, Russia; 1 Vasilisy Kozhinoy Street, building 1, floor 11, room 30, Moscow 121096, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683468 (Russia); Tax ID No. 7706810730 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

OOO STROYTRANSGAZ (a.k.a. STROYTRANSGAZ LLC), House 65, Novocheremushkinskaya, Moscow 117418, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

OOO SUDOKHODNAIA KOMPANIIA AZIA (a.k.a. AZIA SHIPPING COMPANY; a.k.a. "AZSCO"), 29, Posetskaya Str., Vladivostok 690091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2540195189 (Russia); Identification Number IMO 5766958; Registration Number 1132540008732 (Russia) [RUSSIA-EO14024].

OOO TAIMCHIPS (a.k.a. LIMITED LIABILITY COMPANY TIMECHIPS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТАЙМЧИПС)), Room 20, Suite 2N, Letter A, Building 4, 2 Kalinina Street, Saint Petersburg 198099, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802777764 (Russia); Registration Number 1127847065697 (Russia) [RUSSIA-EO14024].

OOO TAIMYRNEFTEGAZ-PORT (Cyrillic: ООО ТАЙМЫРНЕФТЕГАЗ-ПОРТ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TAIMYRNEFTEGAZ-PORT; a.k.a. TAIMYRNEFTEGAZ-PORT LLC; a.k.a. TAYMYRNEFTEGAZ-PORT), Office 307, Building 4, Dalnyaya Street, Dudinka, Taimyrski Dolgano-Nenetski District, Krasnoyarsk Territory 647000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2469003922 (Russia); Registration Number 1182468045671 (Russia) [RUSSIA-EO14024].

OOO TAMOZHENNAYA KARTA (Cyrillic: ООО ТАМОЖЕННАЯ КАРТА) (a.k.a. TAMOZHENNAYA KARTA), proezd Berezovoi Roshchi, dom 12, Moscow 125252, Russia; Per. Plotnikov, d. 19/38, str. 2, Moscow 119002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jun 2000; Tax ID No. 710357343 (Russia); Registration Number 1027739703672 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OOO TAV, Pr-D Zavoda Serp I Molot D. 6, Pod 1, Et 4, Kom 37, Moscow 111250, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724388133 (Russia); Registration Number 5167746262899 (Russia) [RUSSIA-EO14024].

OOO TD PODSHIPNIK TRADE (a.k.a. "PODTRADE"), ul. Marshala Rybalko, d. 2, bldg. 6, floor 3, pom. 1, kom. 20, office 19, Moscow 123060, Russia; Ostapovsky proezd, d. 3, bldg. 6/7, office 211, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724850252 (Russia); Registration Number 1127747042830 (Russia) [RUSSIA-EO14024].

OOO TD SIBIRSKIY PODSHIPNIK, ul. Dzerzhinskovo, 31-9, Vologda 160033, Russia; ul. Gagarina, d. 84A, Vologda 160028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5403180330 (Russia); Registration Number 1055403103865 (Russia) [RUSSIA-EO14024].

OOO TEHNOLOGII KREDITOVANYA (a.k.a. OOO LENDING TECHNOLOGIES; a.k.a. TEKHNOLOGII KREDITOVANIYA LIMITED LIABILITY COMPANY), Room 1.104, 23/1 Vavilova St., Moscow 117312, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7736317458 (Russia); Registration Number 1187746782519 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

OOO TEKHNOBERING (a.k.a. TECHNOBEARING LIMITED COMPANY), Mitrofanyevskoe Shosse, 10-2 Floor, BTS Troitskoe, Saint Petersburg 198095, Russia; PR-KT Stachek D. 47, K. 2, Lit. Yu, Pomeshch 1, Saint Petersburg 198097, Russia; 22 Ponse St., Southern Part of the Goroleva Industrial Zone, Saint Petersburg 188508, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7839371168 (Russia); Registration Number 1079847124213 (Russia) [RUSSIA-EO14024].

OOO TEKHNOKRATIIA (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TEKHNOKRATIYA), Ul. Mikhaila Milya D. 65A, Office 202, Kazan, Republic of Tatarstan 420127, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Feb 2011; Tax ID No. 1656060774 (Russia); Registration Number 1111690067818 (Russia) [RUSSIA-EO14024].

OOO TEKHNOLOGII SISTEMY I KOMPLEKSY (a.k.a. TECHNOLOGIES SYSTEMS AND

COMPLEXES LIMITED; a.k.a. "TSC LTD"), Per. Perevedenovskii d. 21, str. 13, floor 1, pomeshch. 10, Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701922888 (Russia); Registration Number 1117746474010 (Russia) [RUSSIA-EO14024].

OOO TEKHNOMAR (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TEKHNOMAR; a.k.a. OOO TEXHOMAP; a.k.a. TECHNOMAR; a.k.a. TEHNOMAR), 12 Aviamotornaya Street, Moscow, Russia; 29 Entuziastov Highway, Floor 11, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Mar 2016; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 7733276404 (Russia); Registration Number 1167746298653 (Russia) [RUSSIA-EO14024].

OOO TEXHOMAP (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TEKHNOMAR; a.k.a. OOO TEKHNOMAR; a.k.a. TECHNOMAR; a.k.a. TEHNOMAR), 12 Aviamotornaya Street, Moscow, Russia; 29 Entuziastov Highway, Floor 11, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Mar 2016; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 7733276404 (Russia); Registration Number 1167746298653 (Russia) [RUSSIA-EO14024].

OOO TIKHOOKEANSKAIA GORNAIA KOMPANIIA (a.k.a. LIMITED LIABILITY COMPANY TIKHOOKEANSKAYA GORNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТИХООКЕАНСКАЯ ГОРНАЯ КОМПАНИЯ)), 2 Volgogradskiy Avenue, Floor 11, Room 9, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9709077962 (Russia); Registration Number 1227700067539 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY GORA GOLDEN RATIO).

OOO TITAN-MICRO (a.k.a. TITAN-MIKRO), ul. Svobody d. 103, str. 8, floor 2, kom. 4, Moscow 125481, Russia; 11th Floor, 65 Profsoyuznaya Street, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6230119259 (Russia); Registration Number 1216200001533 (Russia) [RUSSIA-EO14024].

OOO TK FLY BRIDGE (a.k.a. OBSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TEKHNOLOGICHESKAYA KOMPANIYA FLAI BRIDZH), Pr-Kt Patsaeva, d. 7, k. 1, office 28/1, Dolgoprudnyy 141707, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5008054416 (Russia); Registration Number 1105047006954 (Russia) [RUSSIA-EO14024].

OOO TKH-INVEST (a.k.a. LIMITED LIABILITY COMPANY TKKH-INVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТКХ-ИНВЕСТ); a.k.a. LLC TKKH-INVEST (Cyrillic: ООО ТКХ-ИНВЕСТ); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TKKH-INVEST; a.k.a. OOO TKKH-INVEST), Prechistenka st., D. 38, floor 3 room 29, Moscow 119034, Russia (Cyrillic: ул Пречистенка, д. 38, этаж 3 ком. 29, город Москва 119034, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Nov 2013; Tax ID No. 7736666723 (Russia); Government Gazette Number 18935553 (Russia); Registration Number 5137746019989 (Russia) [RUSSIA-EO14024].

OOO TKKH-INVEST (a.k.a. LIMITED LIABILITY COMPANY TKKH-INVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТКХ-ИНВЕСТ); a.k.a. LLC TKKH-INVEST (Cyrillic: ООО ТКХ-ИНВЕСТ); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TKKH-INVEST; a.k.a. OOO TKH-INVEST), Prechistenka st., D. 38, floor 3 room 29, Moscow 119034, Russia (Cyrillic: ул Пречистенка, д. 38, этаж 3 ком. 29, город Москва 119034, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Nov 2013; Tax ID No. 7736666723 (Russia); Government Gazette Number 18935553 (Russia); Registration Number 5137746019989 (Russia) [RUSSIA-EO14024].

OOO TORGOVY DOM ASBEST (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TD ASBEST), d. 37 k. A ofis 20, ul. Rigachina, Petrozavodsk, Kareliya Resp. 185005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Aug 2015; Tax ID No. 1001299770 (Russia); Government Gazette Number 12859420 (Russia);

Registration Number 1151001009972 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OOO TPK ARGUS NV (a.k.a. LIMITED LIABILITY COMPANY TRADING PRODUCTION COMPANY ARGUS NV; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU TORGOVO PROMYSHLENNAIA KOMPANIIA ARGUS NV), 16 Dzershinsk Ul., Dzerzhinsky 140090, Russia; 7 Kosinskaya St., Moscow 111538, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731459018 (Russia); Registration Number 5137746039008 (Russia) [RUSSIA-EO14024].

OOO TRANSLAININVEST (a.k.a. LIMITED LIABILITY COMPANY TRANSLINEINVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРАНСЛАЙНИНВЕСТ)), 17 Bolshoy Levshinskiy Lane, Room II, Moscow 119034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Activities of holding companies; Tax ID No. 7704311301 (Russia); Registration Number 1157746279316 (Russia) [RUSSIA-EO14024] (Linked To: BASHKIROV, Aleksei Vladimirovich).

OOO TRANSOIL (Cyrillic: ООО ТРАНСОЙЛ) (a.k.a. TRANSOIL SNG LIMITED COMPANY), Petrogradskaya Nab 18 A, Saint Petersburg, Russia; 31/1 Mayakovskogo, Saint Petersburg 191014, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811139006 (Russia); Registration Number 1037825043200 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: TIMCHENKO, Gennady Nikolayevich).

OOO TRANSSERVIS (Cyrillic: ООО ТРАНССЕРВИС) (a.k.a. LIMITED LIABILITY COMPANY TRANSSERVIS; a.k.a. OBSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TRANSSERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРАНССЕРВИС); a.k.a. TRANSSERVICE LLC), D. 35 Prospekt Gubkina, Omsk, Omskaya Oblast 664035, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: OOO TRANSOIL).

OOO TRAST LODZHISTIKS GRUPP (a.k.a. TRUST LOGISTICS GROUP LLC), u.

Yurovskaya D. 92, pom.I komn. 40, Moscow 125466, Russia; ul. Baryshikha, 32 korp. 1, pomeshch. 1/1, Moscow 125368, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Oct 2014; Tax ID No. 7733899720 (Russia); Registration Number 5147746261823 (Russia) [RUSSIA-EO14024] (Linked To: AKIFYEV, Pavel Viktorovich).

OOO TREST ROSSPETSENERGOMONTAZH (a.k.a. LLC TREST ROSSPETSENERGOMONTAZH (Cyrillic: ООО ТРЕСТ РОССПЕЦЭНЕРГОМОНТАЖ); a.k.a. TREST ROSSPETSENERGOMONTAZH OOO; a.k.a. TRUST ROSSPETSENERGOMONTAZH), Promzona Kaes, Udomlya 171840, Russia; D. 3, Pl. Svobody, G. Nizhnii Novogorod, Oblast Nizhegorodskaya 603006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6916013425 (Russia); Public Registration Number 57302715 (Russia) [RUSSIA-EO14024].

OOO TRIALKOM, Ul. Ivana Chernykh D. 29, Lit. A, Pomeshch. 37-N, Office 503-2, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805791446 (Russia); Registration Number 1227800044460 (Russia) [RUSSIA-EO14024].

OOO TSENTR BESPILOTNYKH SISTEM (a.k.a. CENTER FOR UNMANNED SYSTEMS OF THE TULA REGION; a.k.a. "TSBS"), Ul. Kirova, D. 135, K. 1, Pomeshch 9, Pomeshch 15, Tula 300004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Feb 2023; Tax ID No. 7100032961 (Russia); Registration Number 1237100001467 (Russia) [RUSSIA-EO14024].

OOO TU RETAIL (a.k.a. LIMITED LIABILITY COMPANY TU RITEYL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТУ РИТЕЙЛ); a.k.a. OOO TU RITEIL), d. 12, pomesch. 5/52, Naberezhnaya Prenenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725305764 (Russia); Registration Number 1167746134324 (Russia) [RUSSIA-EO14024].

OOO TU RITEIL (a.k.a. LIMITED LIABILITY COMPANY TU RITEYL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТУ РИТЕЙЛ); a.k.a. OOO TU RETAIL), d. 12, pomesch. 5/52, Naberezhnaya Prenenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725305764 (Russia); Registration Number 1167746134324 (Russia) [RUSSIA-EO14024].

OOO TUVAASBEST (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GORNO-OBOGATITELNY KOMBINAT TUVAASBEST), 1, ul. Tsentralnaya, Ak-Dovurak, Tyva Resp. 668050, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jun 2015; Tax ID No. 1718002461 (Russia); Government Gazette Number 09058314 (Russia); Registration Number 1151722000154 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OOO UGMK STAL (a.k.a. LIMITED LIABILITY COMPANY MANAGEMENT METALLURGICAL COMPANY STEEL; a.k.a. OOO UMK STAL; a.k.a. "LLC MMC STEEL"; a.k.a. "MMC STEEL CORPORATION"), zd. 1 k. 1 ofis 407, prospekt Uspenski, Verkhnyaya Pyshma 624091, Russia; 125 Uspenskiy ave., Verkhnyaya Pyshma 624097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6606021264 (Russia); Registration Number 1056600304683 (Russia) [RUSSIA-EO14024].

OOO UK YUGK (Cyrillic: ООО УК ЮГК) (a.k.a. LIMITED LIABILITY COMPANY MANAGEMENT COMPANY UGC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ ЮГК)), D. 20 Ofis 210, Ul. Kooperativnaya, Plast 457035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7451258929 (Russia); Registration Number 1077451028907 (Russia) [RUSSIA-EO14024] (Linked To: STRUKOV, Konstantin Ivanovich).

OOO UMK STAL (a.k.a. LIMITED LIABILITY COMPANY MANAGEMENT METALLURGICAL COMPANY STEEL; a.k.a. OOO UGMK STAL; a.k.a. "LLC MMC STEEL"; a.k.a. "MMC STEEL CORPORATION"), zd. 1 k. 1 ofis 407, prospekt Uspenski, Verkhnyaya Pyshma 624091, Russia; 125 Uspenskiy ave., Verkhnyaya Pyshma 624097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6606021264 (Russia); Registration Number 1056600304683 (Russia) [RUSSIA-EO14024].

OOO URALSKII ZAVOD GAZOVYKH TSENTRIFUG (a.k.a. LIMITED LIABILITY COMPANY NPO TSENTROTEKH; a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC PRODUCTION ASSOCIATION TSENTROTEKH; a.k.a. LIMITED LIABILITY COMPANY URAL GAS CENTRIFUGE MANUFACTURING PLANT), ZD. 2 ul. Dzerzhinskogo, Novouralsk 620000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6629020796 (Russia); Registration Number 1076629000690 (Russia) [RUSSIA-EO14024].

OOO UZSTANEX, Yashnobod Region, Tashkent, Uzbekistan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Jul 2018; Registration Number 305636913 (Uzbekistan) [RUSSIA-EO14024].

OOO VALCOM (a.k.a. VALKOM), Ul. Lomanaya D.10, Saint Petersburg 196084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Mar 1997; Tax ID No. 7825370005 (Russia); Registration Number 1027809248818 (Russia) [RUSSIA-EO14024].

OOO VARNA MINERALZ (a.k.a. LIMITED LIABILITY COMPANY VARNA MINERALS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВАРНА МИНЕРАЛЗ)), 40 Bolshoy Boulevard, Floor 5, Room 116, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9709066167 (Russia); Registration Number 1207700385628 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HYPERSPACE).

OOO VEB ENGINEERING (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VEB INZHINIRING; a.k.a. OOO VEB INZHINIRING; a.k.a. VEB ENGINEERING LIMITED LIABILITY COMPANY; a.k.a. VEB ENGINEERING LLC), d. 9 prospekt Akademika Sakharova, Moscow 107996, Russia; Per. Lyalin D. 19, Korpus 1, Pom. XXIV, Kom 11, Moscow 101000, Russia; Website vebeng.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Mar 2010; Tax ID No. 7708715560 (Russia); Registration Number 1107746181674 (Russia); For more information on directives, please visit the following link:

http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OOO VEB INNOVATSIYA (a.k.a. LLC VEB VENTURES; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VEB VENCHURS; a.k.a. OOO VEB VENCHURS; f.k.a. VEB INNOVATIONS; a.k.a. VEB VENCHURS), D. 2 etazh 7, Ul. Bleza Paskalya Ter. Skolkovo Innovatsionnogo, Moscow 121205, Russia; Website vebinnovations.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731373995 (Russia); Registration Number 1177746639036 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OOO VEB INZHINIRING (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VEB INZHINIRING; a.k.a. OOO VEB ENGINEERING; a.k.a. VEB ENGINEERING LIMITED LIABILITY COMPANY; a.k.a. VEB ENGINEERING LLC), d. 9 prospekt Akademika Sakharova, Moscow 107996, Russia; Per. Lyalin D. 19, Korpus 1, Pom. XXIV, Kom 11, Moscow 101000, Russia; Website vebeng.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Mar 2010; Tax ID No. 7708715560 (Russia); Registration Number 1107746181674 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OOO VEB KAPITAL (a.k.a. LLC VEB CAPITAL; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNA YA KOMPANIYA VNESHEKONOMBANKA; a.k.a. VEB CAPITAL), d. 7 str. A ul. Mashi Poryvaevoi, Moscow 107078, Russia; Website

vebcapital.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Dec 2009; Tax ID No. 7708710924 (Russia); Registration Number 1097746831709 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OOO VEB VENCHURS (a.k.a. LLC VEB VENTURES; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VEB VENCHURS; f.k.a. OOO VEB INNOVATSIYA; f.k.a. VEB INNOVATIONS; a.k.a. VEB VENCHURS), D. 2 etazh 7, Ul. Bleza Paskalya Ter. Skolkovo Innovatsionnogo, Moscow 121205, Russia; Website vebinnovations.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731373995 (Russia); Registration Number 1177746639036 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OOO VEK TEKHNOLOGII PTO (a.k.a. CENTURY OF TECHNOLOGIES HTE CO LTD; a.k.a. CENTURY OF TECHNOLOGIES HTE COMPANY LIMITED; a.k.a. VEK TECHNOLOGIES PTO; a.k.a. "VEK PTO"), Pl. Karla Faberzhe D. 8, Lit. A, Pomeshch 8-N, Kom. 22, Saint Petersburg 195112, Russia; Ul. Nikpolskaya 6, Building 2, Bipark Center, Office 618 (Floor 6), Moscow 117403, Russia; Sverdlovsky Tract, House 12, Office 34, Chelyabinsk 454036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806446153 (Russia); Registration Number 1109847047023 (Russia) [RUSSIA-EO14024].

OOO VEKTOR GRUPP (a.k.a. VEKTOR GRUPP), per. Studenetskii, d. 3, floor/pomeshch. 1/7A, Moscow 127300, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

7703438390 (Russia); Registration Number 5177746281720 (Russia) [RUSSIA-EO14024].

OOO VENTURE FUND SME (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PSB BIZNES; a.k.a. OOO PSB BIZNES; a.k.a. PSB BIZNES OOO (Cyrillic: ООО ПСБ БИЗНЕС); a.k.a. SME VENTURE LLC; a.k.a. VENCHURNY FOND MSB OOO), d. 23 Str. 3 pom. II kom. 1K, 1L, 1M, 1N, 1O, 1P, ul. Lva Tolstogo, Moscow 119021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Sep 2013; Tax ID No. 5042129460 (Russia); Government Gazette Number 18098784 (Russia); Registration Number 1135042007539 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

OOO VIKTORIIA (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VIKTORIYA; a.k.a. VIKTORIYA OOO), Ul. Ordzhonikidze D. 18, KV. 4, Izhevsk, Republic of Udmurtia 426063, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2005; Tax ID No. 1831107925 (Russia); Registration Number 1051800646920 (Russia) [RUSSIA-EO14024].

OOO VMK, ul. im Kutyakova I.S. d. 64a, office 32A, Saratov 410012, Russia; Samara, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6450104152 (Russia); Registration Number 1186451024759 (Russia) [RUSSIA-EO14024].

OOO VNESHEKOSTIL, Sh. Kashirskoe D. 55, K. 5, Pomeshch. 1/1, Moscow 115211, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724362880 (Russia); Registration Number 1167746423382 (Russia) [RUSSIA-EO14024].

OOO VO TECHNOPROMEXPORT (a.k.a. LIMITED LIABILITY COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT; a.k.a. OBSCHESTVO S OGRANICHENNOI OTVESTVENNOSTYU VNESHNEEKONOMICHESKOE OBEDINENIE TEKHNOPROMEKSPORT; a.k.a. OOO VO TPE), Novyi Arbat Str. 15, Building 2, Moscow 119019, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1147746527279 (Russia); Tax

ID No. 7704863782e (Russia) [UKRAINE-EO13685].

OOO VO TPE (a.k.a. LIMITED LIABILITY COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT; a.k.a. OBSCHESTVO S OGRANICHENNOI OTVESTVENNOSTYU VNESHNEEKONOMICHESKOE OBEDINENIE TEKHNOPROMEKSPORT; a.k.a. OOO VO TECHNOPROMEXPORT), Novyi Arbat Str. 15, Building 2, Moscow 119019, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1147746527279 (Russia); Tax ID No. 7704863782e (Russia) [UKRAINE-EO13685].

OOO VOK KONVOI (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU VOENNO OKHRANNAIA KOMPANIIA KONVOI; a.k.a. PMC CONVOY; a.k.a. PRIVATE MILITARY COMPANY CONVOY), 5a Novocherkassky Ave., letter a, office/room 1-N/35, St. Petersburg 195112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4712026246 (Russia); Registration Number 1154712000024 (Russia) [RUSSIA-EO14024].

OOO VOLGA GROUP (Cyrillic: ООО ВОЛГА ГРУП) (a.k.a. VOLGA GROUP HOLDING LIMITED LIABILITY COMPANY), Begovaya St., Dom 3, Str. 1, Moscow 12528, Russia; Timura Frunze, House 11, Building 1, floor 2, unit IV, room 2, Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718989383 (Russia); Registration Number 1147746803049 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

OOO VOSTOKUGOL DIKSON (a.k.a. LLC VU DIKSON (Cyrillic: ООО ВУ ДИКСОН)), ul. Voronina 2A Pgt., Dikson 647340, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2469003640 (Russia); Registration Number 1172468032549 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

OOO VOZDUSHNY TRAKT (a.k.a. LIMITED LIABILITY COMPANY VOZDUSHNYI TRAKTAT), MVR Levoberezhnyi, Proezd Uyutnyi, D. 1, KV. 34, Vysokaya Gora 300045, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Nov 2022; Tax ID No.

7100046925 (Russia); Registration Number 1237100015767 (Russia) [RUSSIA-EO14024].

OOO VTTS BASPIK (a.k.a. LIMITED LIABILITY COMPANY VLADIKAVKAZ TECHNOLOGIKAL CENTER BASPIK; a.k.a. LIMITED LIABILITY COMPANY VLADIKAVKAZ TECHNOLOGY CENTER BASPIK), Ul. Nikolaeva 44, Korp. 6, Vladikavkaz 362021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1503002091 (Russia); Registration Number 1021500671719 (Russia) [RUSSIA-EO14024].

OOO VYATSKII STANKOSTROITELNYI ZAVOD (a.k.a. VSP KIROV; a.k.a. VYATKA MACHINE TOOL PLANT LLC; a.k.a. "OOO VSZ"), Ul. Tekhnicheskaya D. 22, Office 3, Kirov 610014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4345454570 (Russia); Registration Number 1164350074900 (Russia) [RUSSIA-EO14024].

OOO VYMPEL-DETEKTIV (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VYMPEL-SODEISTVIE; a.k.a. VYMPEL-ASSISTANCE LLC (Cyrillic: ООО ВЫМПЕЛ-СОДЕЙСТВИЕ); a.k.a. VYMPEL-SODEISTVIE), Ul. Bobruiskaya, d.1, Moscow 121351, Russia; Per. Afanasevski B., d. 5/12, str. 7, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Dec 2007; Tax ID No. 7731582597 (Russia); Registration Number 1077764001424 (Russia) [CYBER2] [RUSSIA-EO14024].

OOO YAKHT-TREID (Cyrillic: ООО ЯХТ-ТРЕЙД) (a.k.a. YAKHT TREID), Sh. Leningradskoe D. 39, Str. 6, Moscow 125212, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Oct 2010; Tax ID No. 7743794726 (Russia); Registration Number 1107746800270 (Russia) [RUSSIA-EO14024] (Linked To: KOCHMAN, Evgeniy Borisovich).

OOO YUESEM TELEKOM (a.k.a. LIMITED LIABILITY COMPANY USM TELECOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЮЭСЭМ ТЕЛЕКОМ)), Rublevskoe Highway, Building 28, Floor 13, Room 40, Moscow 121609, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jun 2018; Tax ID No. 9731003959 (Russia); Registration Number 1187746556150 (Russia) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S

OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM).

OOO YUNIDZHET (Cyrillic: ООО ЮНИДЖЕТ) (a.k.a. UNIJET; a.k.a. "UNIJET COMPANY LIMITED"), Moscow, Russia; Website unijet.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 10 Dec 2009; Tax ID No. 7703711949 (Russia) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

OOO YUPEL (a.k.a. UPEL), prospekt Moskovski, d. 189/4, pom. 1/12, Voronezh 394066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3662175985 (Russia); Registration Number 1123668023566 (Russia) [RUSSIA-EO14024].

OOO YUTV GRUPPA (a.k.a. LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КИСМЕТ КАПИТАЛ ГРУП)), 4 Olkhovskaya Street, Building 2, Floor 4, Suite 470, Moscow 105066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726415826 (Russia); Registration Number 5177746159542 (Russia) [RUSSIA-EO14024].

OOO ZAVOD KDM (a.k.a. ZAVOD KOMPLEKSNYE DOROZHNYE MASHINY), Ul. Udarnikov D.1, Smolensk 214012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6730053398 (Russia); Registration Number 1046758319090 (Russia) [RUSSIA-EO14024].

OOO ZEMELNYE TEKHNOLOGII (a.k.a. LIMITED LIABILITY COMPANY LAND TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗЕМЕЛЬНЫЕ ТЕХНОЛОГИИ)), 29 Vereyskaya Street, Building 134, Office V215, Khimki, Moscow Oblast 121357, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Mar 2006; Organization Type: Real estate activities with own or leased property; Tax ID No. 7703583101 (Russia); Registration Number 1067746329914 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY FORUM).

OOO ZENIT FACTORING MSP (a.k.a. LIMITED LIABILITY COMPANY ZENIT FAKTORING MSP), Ul. Odesskaya D. 2, Floor 14, Pom. V, Kom. 23, Moscow 117638, Russia; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Organization Established Date 15 Feb 2016; Target Type Financial Institution; Tax ID No. 7728330720 (Russia); Registration Number 1167746163991 (Russia) [RUSSIA-EO14024] (Linked To: BANK ZENIT PUBLIC JOINT STOCK COMPANY).

OOO ZENIT FINANCE (a.k.a. LIMITED LIABILITY COMPANY ZENIT FINANS), Ul. Odesskaya D. 2, Floor 18, Pomeshch. II, Moscow 117638, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Jan 2018; Target Type Financial Institution; Tax ID No. 7702428209 (Russia); Registration Number 1187746040910 (Russia) [RUSSIA-EO14024] (Linked To: BANK ZENIT PUBLIC JOINT STOCK COMPANY).

OOO ZENIT LEASING (a.k.a. LIMITED LIABILITY COMPANY ZENIT LIZING), Ul. Odesskaya D. 2, Floor 13, Pom. II, Moscow 117638, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 May 2018; Target Type Financial Institution; Tax ID No. 7702431360 (Russia); Registration Number 1187746462826 (Russia) [RUSSIA-EO14024] (Linked To: BANK ZENIT PUBLIC JOINT STOCK COMPANY).

OPEN JOINT STOCK BANK TRANSCAPITALBANK (a.k.a. JOINT STOCK BANK TRANSCAPITALBANK; a.k.a. JOINT STOCK COMMERCIAL BANK TRANSCAPITALBANK CLOSED JOINT STOCK COMPANY; a.k.a. PJSC TRANSKAPITALBANK; a.k.a. PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСКАПИТАЛБАНК); a.k.a. TKB BANK PJSC (Cyrillic: ТКБ БАНК ПАО); a.k.a. TRANSCAPITALBANK PJSC; a.k.a. TRANSKAPITALBANK; a.k.a. "TKB PJSC"), 27/35, Voroncovskaya Ul., Moscow 109147, Russia; Bldg. 1, 24/2, Pokrovka str., Moscow 105062, Russia; SWIFT/BIC TJSCRUMM; Website www.tkbbank.ru; alt. Website tkbbank.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1992; Target Type Financial Institution; Tax ID No. 7709129705 (Russia); Registration Number 1027739186970 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY "KONTSERN IZHMASH" (a.k.a. OJSC KONTSERN IZHMASH), 3 Deryabin Proezd, Izhevsk, Udmurt Republic 426006, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Public Registration Number 1021801434380 [UKRAINE-EO13661].

OPEN JOINT STOCK COMPANY 136 CENTRALNAY BAZA PROIZVODSTVA I REMONTA VOORYGENIY I CREDSTV RADIACIONNOI HIMICHESKOI I BIOLOGICHESKOI ZACHITU (a.k.a. 136 TSBPR), Kambarka, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 1838006108 (Russia); Registration Number 1091838000935 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY 766 MANAGEMENT OF PRODUCTION AND TECHNOLOGICAL EQUIPMENT (a.k.a. AO SKB MO RF; a.k.a. FSUE 766 UPTK; a.k.a. JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF THE RUSSIAN MINISTRY OF DEFENSE; a.k.a. OAO 766 UPTK), Ul. Institutskaya, D. 1, RP. Nakhabino, Krasnogorsk 143432, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5024076350 (Russia); Registration Number 1065024000513 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY AERO ENGINE SCIENTIFIC AND TECHNICAL COMPANY SOYUZ (a.k.a. AESTC SOYUZ; f.k.a. MOSKOVSKOYE NAUCHNO-PROIZVODSTVENNOYE OBYEDINENIYE SOYUZ), 2/4, Luzhnetskaya Naberezhnaya, Moscow 119270, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704104217 (Russia); Registration Number 1027739017162 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY ALEVKURP (a.k.a. JSC ALEVKURP; a.k.a. OJSC ALEVKURP; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO ALEVKURP (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО АЛЕВКУРП; Cyrillic: ОАО АЛЕВКУРП)), Korolev Stan, st. Moskovskaya, Borovlyansky, Minsk, Minsk Region 223027, Belarus; Organization Established Date 24 Sep 1996; Target Type State-Owned Enterprise; Tax ID No. 101148789 (Belarus) [BELARUS-EO14038].

OPEN JOINT STOCK COMPANY ALFA-BANK (a.k.a. ALFA-BANK; a.k.a. AO ALFA-BANK (Cyrillic: АО АЛЬФА-БАНК); a.k.a. JOINT STOCK COMPANY ALFA-BANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АЛЬФА-БАНК); a.k.a. JSC ALFA-BANK), Kalanchevskaya Street 27, Moscow 107078, Russia (Cyrillic: Ул. Каланчевская, Д.27, Город москва 107078, Russia); 27, Kalanchyovskaya Ul., Moscow 107078, Russia; SWIFT/BIC ALFARUMM; Website alfabank.ru; alt. Website alfabank.com; BIK (RU) 044525593; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1990; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7728168971 (Russia); Registration Number 1027700067328 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY AMKODOR MANAGEMENT HOLDING COMPANY (a.k.a. AMKODOR OAO; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO AMKODOR UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA), D. 8, kom. 201, Nezhiloe pomeshchenie, ul. P. Brovki, Minsk 220013, Belarus; Tax ID No. 100135676 (Belarus); Government Gazette Number 05762507 (Belarus) [BELARUS-EO14038].

OPEN JOINT STOCK COMPANY ARZAMASSKOYE OPYTNO KONSTRUKTORSKOYE BYURO TEMP (a.k.a. PJSC ARZAMAS RESEARCH AND PRODUCTION ENTERPRISE; a.k.a. PUBLIC JOINT STOCK COMPANY ARZAMASSKOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE TEMP-AVIA; a.k.a. TEMP-

AVIA ARZAMAS RESEARCH & PRODUCTION ASSOCIATION JSC; a.k.a. TEMP-AVIA ARZAMAS RESEARCH AND PRODUCTION ASSOCIATION JSC; a.k.a. TEMP-AVIA PAO), 26, Kirova Street, Arzamas 607220, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1958; Tax ID No. 5243001887 (Russia); Registration Number 1025201335994 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

OPEN JOINT STOCK COMPANY AVTOVAZ (a.k.a. AO AVTOVAZ; a.k.a. JOINT STOCK COMPANY AVTOVAZ), Sh. Yuzhnoe D. 36, Tol'yatti 445024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 20 Jul 1966; Tax ID No. 6320002223 (Russia); Government Gazette Number 00232934 (Russia); Registration Number 1026301983113 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY BALASHIKHINSKIY LITEYNO MEKHANICHESKIY ZAVOD (a.k.a. BALASHIKHA CASTING MECHANICAL PLANT OJSC; a.k.a. "BLMZ"), 4, Entuziastov, Balashikha 143912, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5001000027 (Russia); Registration Number 1025000510534 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY BELARUSIAN AUTOMOBILE PLANT (a.k.a. AAT BELAZ - KIRUYUCHAYA KAMPANIYA KHOLDYNGU BELAZ-KHOLDYNG (Cyrillic: ААТ БЕЛАЗ - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛАЗ-ХОЛДЫНГ); a.k.a. BELARUSSKI AVTOMOBILNYI ZAVOD; a.k.a. OAO BELAZ - UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELAZ-KHOLDING (Cyrillic: ОАО БЕЛАЗ - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛАЗ-ХОЛДИНГ); a.k.a. OJSC BELAZ - MANAGEMENT COMPANY OF HOLDING BELAZ-HOLDING), 40 let Octyabrya Street 4, Zhodino, Minsk region 222161, Belarus; Target Type State-Owned Enterprise; Tax ID No. 600038906 (Belarus); Government Gazette Number 05808712 (Belarus) [BELARUS-EO14038].

OPEN JOINT STOCK COMPANY BLACK SEA DEVELOPMENT AND RECONSTRUCTION BANK (a.k.a. AKTSIONERNOE OBSHCHESTVO CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII; a.k.a. BANK CHBRR, AO; f.k.a. BANK CHBRR, PAO; a.k.a. 'CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII, OTKRYTOE AKTSIONERNOE OBSHCHESTVO'; a.k.a. JOINT STOCK COMPANY BLACK SEA BANK OF DEVELOPMENT AND RECONSTRUCTION; a.k.a. JSC 'BLACK SEA BANK FOR DEVELOPMENT & RECONSTRUCTION'), 24 ul. Bolshevistskaya, Simferopol, Crimea 295001, Ukraine; BIK (RU) 043510101; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102030186 (Russia); Tax ID No. 9102019769 (Russia); Government Gazette Number 00204814 (Russia); License 3527 (Russia) [UKRAINE-EO13685].

OPEN JOINT STOCK COMPANY BPS-SBERBANK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕР БАНК) (a.k.a. BPS SBERBANK OJSC; a.k.a. BPS-SBERBANK OAO (Cyrillic: ОАО СБЕР БАНК); a.k.a. SBER BANK), 6 Mulyavina Boulevard, Minsk 220005, Belarus; SWIFT/BIC BPSBBY2X; Website www.sber-bank.by; alt. Website www.bps-sberbank.by; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 100219673 (Belarus); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

OPEN JOINT STOCK COMPANY BYELORUSSIAN STEEL WORKS MANAGEMENT COMPANY OF HOLDING BYELORUSSIAN METALLURGICAL COMPANY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БЕЛОРУССКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ) (f.k.a. BELORUSSKI METALLURGICHESKI ZAVOD RESPUBLIKANSKOE UNITARNOE PREDPRIYATIE; a.k.a. OAO BMZ UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BMK; a.k.a. OJSC BELARUSIAN METALLURGICAL PLANT MANAGEMENT COMPANY OF HOLDING BELARUSIAN METALLURGICAL COMPANY (Cyrillic: ОАО БЕЛОРУССКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ); a.k.a. OJSC BSW MANAGEMENT COMPANY OF BMC HOLDING (Cyrillic: ОАО БМЗ УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БМК)), 37, Promyshlennaya Street, Zhlobin, Gomel region 247210, Belarus (Cyrillic: ул. Промышленная, 37, г. Жлобин, Гомельская область 247210, Belarus); Target Type State-Owned Enterprise; Tax ID No. 400074854 (Belarus); Government Gazette Number 04778771 (Belarus) [BELARUS-EO14038].

OPEN JOINT STOCK COMPANY COMMERCIAL BANK VERKHNEVOLZHSKY (a.k.a. COMMERCIAL JOINT-STOCK BANK VERHNEVOLGSKY; a.k.a. OAO KB VERKHNEVOLZHSKIY; a.k.a. OJSC CB VERKHNEVOLZHSKY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO KOMMERCHESKIY BANK VERKHNEVOLZHSKIY; a.k.a. PUBLIC COMMERCIAL JOINT-STOCK BANK VERHNEVOLZHSKY), Ulitsa Bratyev Orlovykh 1a, Rybinsk, Yaroslavskaya Oblast 152903, Russia; Ulitsa Suvorova 39A, Sevastopol, Crimea 299011, Ukraine; Pereulok Pionerskiy 5, Simferopol, Crimea 295011, Ukraine; SWIFT/BIC VECARU21; alt. SWIFT/BIC VVBKRU2Y; Website www.vvbank.ru; Email Address vbank@yaroslavl.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027600000185 (Russia) [UKRAINE-EO13685].

OPEN JOINT STOCK COMPANY CONCERN PVO ALMAZ-ANTEY (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN VOZDUSHNO-KOSMICHESKOI OBORONY ALMAZ-ANTEI; a.k.a. AO KONTSERN VKO ALMAZ-ANTEI; a.k.a. JOINT STOCK COMPANY AEROSPACE DEFENSE CONCERN ALMAZ-ANTEY (Cyrillic:

АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН ВОЗДУШНО-КОСМИЧЕСКОЙ ОБОРОНЫ АЛМАЗ-АНТЕЙ); a.k.a. JOINT STOCK COMPANY AIR AND SPACE DEFENSE CONCERN ALMAZ-ANTEY; a.k.a. JOINT-STOCK COMPANY CONCERN ALMAZ-ANTEY; a.k.a. JSC CONCERN VKO ALMAZ-ANTEY (Cyrillic: АО КОНЦЕРН ВКО АЛМАЗ-АНТЕЙ); f.k.a. OAO CONCERN PVO ALMAZ-ANTEY), D. 41, ul. Vereiskaya, Moscow 121471, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Nov 1991; Target Type State-Owned Enterprise; Tax ID No. 7731084175 (Russia); Government Gazette Number 11593871 (Russia); Registration Number 1027739001993 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY CORPORATION NOVOSIBIRSK PLANT ELEKTROSIGNAL (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КОРПОРАЦИЯ НОВОСИБИРСКИЙ ЗАВОД ЭЛЕКТРОСИГНАЛ) (a.k.a. ELEKTROSIGNAL CORPORATION; a.k.a. OAO ELEKTROSIGNAL PLANT), 31 Dobrolyubova St., Building 2, Floor 3, Novosibirsk, Novosibirsk Region 630009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5405262331 (Russia); Registration Number 1035401944291 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY CRYOGENMASH (a.k.a. CRYOGENMASH; a.k.a. CRYOGENMASH JOINT STOCK COMPANY; a.k.a. KRIOGENMASH OAO; a.k.a. OPEN JOINT-STOCK COMPANY KRIOGENNOGO MASHINOSTROYENIA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO KRIOGENNOGO MASHINOSTROENIYA), 67, Lenin Avenue, Balashikha, Moscow Region 143907, Russia; 36 Lenina Prospekt, Balashikha G. 143907, Russia; Website www.cryogenmash.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Oct 1945; Registration ID 1025000513878 (Russia); Tax ID No.

5001000066 (Russia); Government Gazette Number 05747985 (Russia); For more information on directives, please visit the following link: https://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMBANK JOINT STOCK COMPANY).

OPEN JOINT STOCK COMPANY DOLTA (a.k.a. AKTSIONERNOE OBSHCHESTVO DOLTA), Ul. Vereiskaya D. 29A, Str. 4, Moscow, 121351, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715352814 (Russia); Registration Number 1027715012863 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY EBC MANAGEMENT COMPANY (a.k.a. OAO UPRAVLAYUSHAYA KOMPANIYA EPK; a.k.a. "OAO UK EPK"), ul. Novoostapovskaya, d. 5, str. 14, et. 2, kom. 2, Moscow 115088, Russia; ul. Sharikopodshipnikovskaya, d. 13, str. 62, Moscow 115088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7723557068 (Russia); Registration Number 1057749391028 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT (a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT; a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. JSC TEKHNOPROMEXPORT; a.k.a. JSC VO TEKHNOPROMEXPORT; a.k.a. OJSC TECHNOPROMEXPORT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VNESHNEEKONOMICHESKOE OBEDINENIE TEKHNOPROMEKSPORT; a.k.a. VO TEKHNOPROMEKSPORT, OAO; a.k.a. "JSC TPE"), d. 15 str. 2 ul. Novy Arbat, Moscow 119019, Russia; Email Address inform@tpe.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067746244026 (Russia); Tax ID No. 7705713236 (Russia); Government Gazette Number 02839043 (Russia) [UKRAINE-EO13685].

OPEN JOINT STOCK COMPANY GUBAKHINSKIY KOKS (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ГУБАХИНСКИЙ КОКС) (a.k.a. CLOSED JOINT

STOCK COMPANY GUBAKHINSKI KOKS), 1 ul. Torgovaya, Gubakha 618250, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5913004822 (Russia); Registration Number 1025901777747 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY ILYENKO ELARA RESEARCH AND PRODUCTION COMPLEX (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNYI KOMPLEKS ELARA IMENI G.A. ILYENKO; a.k.a. AO ELARA; a.k.a. ILYENKO ELARA RESEARCH AND PRODUCTION COMPLEX OJSC), Moskovsky Prospekt 40, Cheboksary, Chuvash Republic 428015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1970; Tax ID No. 2129017646 (Russia); Registration Number 1022101269123 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY ILYUSHIN AVIATION COMPLEX (a.k.a. JSC ILYUSHIN AVIATION COMPLEX; a.k.a. OAO ILYUSHIN AVIATION COMPLEX; a.k.a. OJSC ILYUSHIN AVIATION COMPLEX; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO AVIATSIONNYI KOMPLEKS IM S. V ILYUSHINA; a.k.a. "OJSC IL"), 45G Leningradsky Avenue, Moscow 125190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; ISIN RU0007796926; Tax ID No. 7714027882 (Russia); Registration Number 1027739118659 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY INVESTCAPITALBANK (a.k.a. INVESTCAPITALBANK; a.k.a. INVESTKAPITALBANK; a.k.a. OJSC INVESTCAPITALBANK), 100/1, Dostoevskogo Street, Ufa, Bashkortostan Republic 450077, Russia; SWIFT/BIC INAKRU41; Website http://www.investcapitalbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; License 2377 [UKRAINE-EO13661].

OPEN JOINT STOCK COMPANY KAZAN PLANT ELECTROPRIBOR (a.k.a. KAZAN PLANT ELECTRIC DEVICE OPEN JOINT STOCK COMPANY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO KAZANSKII ZAVOD ELEKTROPRIBOR), Ul. Nikolaya Ershova D. 20, Kazan 420061, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

1655064494 (Russia); Registration Number 1041621021749 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY KB RADAR-MANAGEMENT COMPANY HOLDING RADAR SYSTEMS (a.k.a. JSC KB RADAR; a.k.a. KB RADAR - RADAR AND ELECTRONIC WARFARE SYSTEMS; a.k.a. KB RADAR - RADAR AND EW SYSTEMS; a.k.a. KB RADAR (Cyrillic: КБ РАДАР); a.k.a. KB RADAR OJSC; a.k.a. KB RADAR-UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA SISTEMY RADIOLOKATSII OAO; a.k.a. OJSC KB RADAR-MANAGING COMPANY HOLDING RADAR SYSTEM (Cyrillic: ОАО КБ РАДАР-УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА СИСТЕМЫ РАДИОЛОКАЦИИ)), Partizanskii 64A, Minsk 220026, Belarus (Cyrillic: пр-т Партизанский, 64а, Минск 220026, Belarus); d.24, Nezhiloe pomeshchenie, ul Promyshlennaya, Minsk 220075, Belarus; Organization Established Date 2006; Registration Number 190699027 (Belarus) [BELARUS-EO14038].

OPEN JOINT STOCK COMPANY KHABAROVSK RADIO ENGINEERING PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO KHABAROVSKIY RADIOTEKHNICHESKIY ZAVOD; a.k.a. KHRTZ PAO; a.k.a. OAO KHRTZ; a.k.a. OJSC KHABAROVSK RADIO ENGINEERING PLANT), D. 8 K. V, Per. Kedrovy, Khabarovsk 68004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2723118304 (Russia); Registration Number 1092723002778 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY KRASNODAR REGIONAL INVESTMENT BANK (a.k.a. OAO KRAYINVESTBANK (Cyrillic: ОАО КРАЙИНВЕСТБАНК); a.k.a. OJSC KRAYINVESTBANK; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO KRASNODARSKIY KRAEVOY INVESTITSIONNIY BANK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КРАСНОДАРСКИЙ КРАЕВОЙ ИНВЕСТИЦИОННЫЙ БАНК)), Ulitsa Mira 34, Krasnodar 350063, Russia; Ulitsa Bolshaya Morskaya 23, Sevastopol, Crimea 299011, Ukraine; Ulitsa Dolgorukovskaya/Zhukovskogo/A. Nevskogo 1/1/6, Simferopol, Crimea 295000, Ukraine; SWIFT/BIC KRRIRU22; Website www.kibank.ru; Email Address mail@kibank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209; Registration ID 1022300000029 (Russia); All offices worldwide [UKRAINE-EO13685].

OPEN JOINT STOCK COMPANY LIT FONON (a.k.a. JOINT STOCK COMPANY LIT PHONON), Ul. Krasnobogatyrskaya D. 44, Str. 1, Moscow 107076, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718016680 (Russia); Registration Number 1027700256616 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY MAGNITOGORSK IRON & STEEL WORKS (a.k.a. MAGNITOGORSK IRON & STEEL WORKS; a.k.a. MAGNITOGORSK IRON AND STEEL WORKS PJSC; a.k.a. PUBLIC JOINT STOCK COMPANY MAGNITOGORSK METALLURGICAL COMBINE; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МАГНИТОГОРСКИЙ МЕТАЛЛУРГИЧЕСКИЙ КОМБИНАТ); a.k.a. "MMK PAO"; a.k.a. "PJSC MMK" (Cyrillic: "ПАО ММК")), 93 Kirov Street, Magnitogorsk 455000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1932; Tax ID No. 7414003633 (Russia); Government Gazette Number 00186424 (Russia); Legal Entity Number 253400XSJ4C01YMCXG44 (Russia); Registration Number 1027402166835 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY MILITARY INDUSTRIAL CORPORATION SCIENTIFIC AND PRODUCTION MACHINE BUILDING ASSOCIATION (a.k.a. JOINT STOCK COMPANY MILITARY INDUSTRIAL CONSORTIUM NPO MASHINOSTROYENIA; a.k.a. JOINT STOCK COMPANY MILITARY-INDUSTRIAL CORPORATION NPO MASHINOSTROYENIA; a.k.a. JSC MIC NPO MASHINOSTROYENIA; a.k.a. MIC NPO MASHINOSTROYENIA JSC; a.k.a. MIC NPO MASHINOSTROYENIYA JSC; a.k.a. MILITARY INDUSTRIAL CORPORATION NPO MASHINOSTROENIA OAO; a.k.a. VOENNO-PROMYSHLENNAYA KORPORATSIYA NAUCHNO-PROIZVODSTVENNOE OBEDINENIE MASHINOSTROENIYA OAO; a.k.a. VPK NPO MASHINOSTROENIYA), 33, Gagarina St., Reutov-town, Moscow Region 143966, Russia; 33 Gagarin Street, Reutov, Moscow Region 143966, Russia; 33 Gagarina

ul., Reutov, Moskovskaya obl 143966, Russia; Website www.npomash.ru; Email Address export@npomash.ru; alt. Email Address vpk@npomash.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1075012001492 (Russia); Tax ID No. 5012039795 (Russia); Government Gazette Number 07501739 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT (a.k.a. AAT MINSKI AUTAMABILNY ZAVOD (Cyrillic: ААТ МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA MINSKI AUTAMABILLNY ZAVOD - KIRUYUCHAYA KAMPANIYA KHOLDYNGU BELAUTAMAZ (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛАЎТАМАЗ); a.k.a. OAO MINSKI AVTOMOBILNYI ZAVOD (Cyrillic: ОАО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД); a.k.a. OJSC MINSK AUTOMOBILE PLANT; a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT - MANAGEMENT COMPANY OF HOLDING BELAVTOMAZ; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII AVTOMOBILNYI ZAVOD - UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELAVTOMAZ (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛАВТОМАЗ); a.k.a. "OJSC MAZ"), Ul. Sotsialisticheskaya 2, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100320487 (Belarus); Government Gazette Number 05808729 (Belarus) [BELARUS-EO14038].

OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT - MANAGEMENT COMPANY OF HOLDING BELAVTOMAZ (a.k.a. AAT MINSKI AUTAMABILNY ZAVOD (Cyrillic: ААТ МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA MINSKI AUTAMABILLNY ZAVOD - KIRUYUCHAYA KAMPANIYA KHOLDYNGU BELAUTAMAZ (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛАЎТАМАЗ); a.k.a. OAO MINSKI

AVTOMOBILNYI ZAVOD (Cyrillic: ОАО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД); a.k.a. OJSC MINSK AUTOMOBILE PLANT; a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII AVTOMOBILNYI ZAVOD - UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELAVTOMAZ (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛАВТОМАЗ); a.k.a. "OJSC MAZ"), Ul. Sotsialisticheskaya 2, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100320487 (Belarus); Government Gazette Number 05808729 (Belarus) [BELARUS-EO14038].

OPEN JOINT STOCK COMPANY MINSK CIVIL AVIATION PLANT 407 (a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII ZAVOD GRAZHDANSKOI AVIATSII 407 (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МИНСКИЙ ЗАВОД ГРАЖДАНСКОЙ АВИАЦИИ 407)), 134 Territory of National Airport Minsk, Minsk 220054, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100092616 (Belarus) [BELARUS-EO14038].

OPEN JOINT STOCK COMPANY MOSCOW MACHINERY BUILDING PLANT AVANGARD (a.k.a. JOINT STOCK COMPANY MOSKOVSKIY MASHINOSTROITELNIY ZAVOD AVANGARD; a.k.a. JSC MOSCOW MACHINERY BUILDING PLANT AVANGARD; a.k.a. OAO MMZ AVANGARD; a.k.a. OJSC MOSCOW MACHINERY BUILDING PLANT AVANGARD), Ul. Klary Tsetkin 33, Moscow 125130, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743065177 (Russia); Registration Number 1027743012890 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY MOSKOVSKII YUVELIRNYI ZAVOD (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МОСКОВСКИЙ ЮВЕЛИРНЫЙ ЗАВОД) (a.k.a. MOSCOW JEWELRY FACTORY; a.k.a. "MIUZ"; a.k.a. "OAO MYUZ" (Cyrillic: "ОАО МЮЗ")), d. 5, ul. Nagatinskaya, Moscow 115533, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724181241 (Russia); Registration Number 1027700201902 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY 'MOSTOTREST' (a.k.a. MOSTOTREST; a.k.a. MOSTOTREST, PAO; a.k.a. PJSC MOSTOTREST; a.k.a. PUBLIC JOINT STOCK COMPANY MOSTOTREST), 6 Barklaya str., bld. 5, Moscow 121087, Russia; d. 6 str. 5, ul. Barklaya, Moscow 121087, Russia; Website www.mostro.ru; Email Address pressa@mostro.ru; MICEX Code MSTT; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027739167246 (Russia); Tax ID No. 7701045732 (Russia); Identification Number ISIN: RU0009177331; Government Gazette Number 01386148 (Russia) [UKRAINE-EO13685].

OPEN JOINT STOCK COMPANY MSTATOR (a.k.a. PC MSTATOR), Ul. Aleksandra Nevskogo, D. 10, Borovichi 174401, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5320002221 (Russia); Registration Number 1025300988085 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY MTS BANK (f.k.a. MOSCOW BANK FOR RECONSTRUCTION AND DEVELOPMENT; a.k.a. PJSC MTS BANK; a.k.a. PUBLIC JOINT STOCK COMPANY MTS BANK), PR-KT Andropova D. 18, K. 1, Moscow 115432, Russia; Abu Dhabi, United Arab Emirates; SWIFT/BIC MBRDRUMM; Website www.mtsbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 29 Jan 1993; Target Type Financial Institution; Tax ID No. 7702045051 (Russia); Legal Entity Number 2534005803A5MMD61T78; Registration Number 1027739053704 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY MUROMTEPLOVOZ, 10 Filatova Street, Murom City 602252, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3307001169 (Russia); Registration Number 1023302151828 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY POWER MACHINES - ZTL, LMZ, ELECTROSILA, ENERGOMACHEXPORT (a.k.a. JSC POWER MACHINES; f.k.a. PJSC POWER MACHINES; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO SILOVYE MASHINY - ZTL, LMZ, ELEKTROSILA, ENERGOMASHEKSPORT; a.k.a. SILOVYE MASHINY, PAO), 3A Vatutina St., St. Petersburg 195009, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1027700004012 (Russia); Tax ID No. 7702080289 (Russia) [UKRAINE-EO13685] [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY RADIOAVIONIKA (a.k.a. OAO RADIOAVIONIKA (Cyrillic: ОАО РАДИОАВИОНИКА); a.k.a. OJSC RADIOAVIONIKA; a.k.a. OTKRYTOE ATSIONERNOE OBSHCHESTVO RADIOAVIONIKA; a.k.a. RADIOAVIONICA CORPORATION; a.k.a. RADIOAVIONICA JSC; a.k.a. RADIOAVIONIKA PAO), d.4 litera B, prospekt Troitski, St. Petersburg 190005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Feb 1993; Tax ID No. 7809015518 (Russia); Government Gazette Number 27465454 (Russia); Registration Number 1027810239555 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY RASPADSKAYA (a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO RASPADSKAYA; a.k.a. "RASPADSKAYA PAO"; a.k.a. "RASPADSKAYA PJSC"), 27A, prospekt Kommunisticheski, Mezhdurechensk, Kemerovo region 652870, Russia; 106 Mira Street, Mezhdurechensk 652870, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 4214002316 (Russia); Registration Number 1024201389772 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY RESEARCH INSTITUTE OF ELECTRONIC COMPUTERS (a.k.a. AAT NAVUKOVA-DASLEDCHY INSTYTUT ELEKTRONNYKH VYLICHALNYKH MASHYN; a.k.a. COMPUTER RESEARCH INSTITUTE NIIEVM; a.k.a. JSC NIIEVM (Cyrillic: ОАО НИИЭВМ; Cyrillic: ААТ НДIЭВМ); a.k.a. OAO NAUCHNO-ISSLEDOVATELSKIY INSTITUT ELEKTRONNYKH VYCHISLITELNYKH MASHIN (Cyrillic: ОАО НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ЭЛЕКТРОННЫХ ВЫЧИСЛИТЕЛЬНЫХ

МАШИН)), 155 Bogdanovicha St., Minsk 220040, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100219724 (Belarus) [BELARUS-EO14038] (Linked To: OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING).

OPEN JOINT STOCK COMPANY RIKOR ELECTRONICS (a.k.a. JOINT STOCK COMPANY RIKOR ELECTRONICS), Ul. Pobedy D. 9, Arzamas 607232, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5243001622 (Russia); Registration Number 1025201335279 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY ROGACHEVSKY ZAVOD DIAPROEKTOR (a.k.a. OJSC ROGACHEV PLANT DIAPROJECTOR), 142 Lenin Str., Rogachev 247675, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 400046055 (Belarus) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО РОССИЙСКАЯ ЭЛЕКТРОНИКА) (a.k.a. AO ROSELEKTRONIKA; a.k.a. JSC RUSELECTRONICS (Cyrillic: АО РОСЭЛЕКТРОНИКА); a.k.a. JSC RUSSIAN ELECTRONICS), 12 Kosmonavta Volkova, Moscow 127299, Russia; Ul. Vereiskaya D. 29, Str. 141, Moscow 121357, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Registration ID 1027739000475 (Russia); Tax ID No. 7710277994 (Russia); Government Gazette Number 48532918 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

OPEN JOINT STOCK COMPANY RUSSIAN HELICOPTERS (a.k.a. AKTSIONERNOE OBSHCHESTVO VERTOLETY ROSSII; a.k.a. JOINT STOCK COMPANY RUSSIAN HELICOPTERS; a.k.a. JSC RUSSIAN HELICOPTERS; a.k.a. RUSSIAN HELICOPTERS JOINT STOCK COMPANY; a.k.a. VERTOLETY ROSSII AO), Entrance 9, 12, Krasnopresnenskaya emb., Moscow 123610, Russia; 1, Ul. Bolshaya Pionerskaya, Moscow 115054, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1077746003334 (Russia); Tax ID No. 7731559044 (Russia); Government Gazette Number 98927243 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

OPEN JOINT STOCK COMPANY RUSSIAN INSTITUTE OF RADIONAVIGATION AND TIME (a.k.a. "JSC RIRT"), Pl. Rastrelli D. 2, Saint Petersburg 191124, Russia; Pr-kt Obukhovskoi Oborony D. 120, Lit. ets, Saint Petersburg 192012, Russia; 19 Staraya Basmannaya str., building 12, Moscow 105066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Sep 1956; Tax ID No. 7825507108 (Russia); Registration Number 1037843100052 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY SAMUSSKIY SUDOSTROITELNO SUDOREMONTNIY ZAVOD (a.k.a. OAO SAMUSSKI SUDOSTROITELNO SUDOREMONTNY ZAVOD; a.k.a. SAMUS SHIPBUILDING AND REPAIR YARD; a.k.a. SAMUS SHIPYARD; a.k.a. SAMUSSKY SSRZ), P. Samus, Street Lenina, D. 21, Seversk, Tomsk Oblast 634501, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Aug 2002; Organization Type: Inland passenger water transport; Tax ID No. 7014000324 (Russia); Registration Number 1027001684071 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY SBERBANK OF RUSSIA (f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN FEDERATION; f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN SOVIET FEDERATIVE SOCIALIST REPUBLIC; f.k.a. OJSC SBERBANK OF RUSSIA; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK ROSSII; a.k.a.

PJSC SBERBANK (Cyrillic: ПАО СБЕРБАНК); a.k.a. PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕРБАНК РОССИИ); f.k.a. SBERBANK OF RSFSR; a.k.a. SBERBANK OF RUSSIA; a.k.a. SBERBANK ROSSII; f.k.a. SBERBANK ROSSII OAO; a.k.a. "SBERBANK INDIA"; a.k.a. "SBERBANK MUMBAI"), 19 ul. Vavilova, Moscow 117312, Russia (Cyrillic: ул. Вавилова, д. 19, Москва 117312, Russia); C305/306A Lufthansa Centre 50 Liangmaqiao Rd., Chaoyang District, Beijing 100027, China; upper ground floor and fourth floor, Birla Tower, 25-Barakhamba Road, New Delhi 110001, India; 81-B, 8th Floor, 5th North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra East, Mumbai, Maharashtra 400051, India; SWIFT/BIC SABRRUMM; Website www.sberbank.ru; alt. Website www.sberbank.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7707083893 (Russia); Registration Number 1027700132195 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ENTERPRISE PULSAR

(a.k.a. ENTERPRISE SPE PULSAR JSC; a.k.a. JSC NPP PULSAR; a.k.a. JSC SPC PULSAR; a.k.a. SPE PULSAR), Pass. Okruzhnoy, House 27, Moscow 105187, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719846490 (Russia); Registration Number 1137746472599 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF INSTRUMENT ENGINEERING AND AUTOMATION (a.k.a. JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF INSTRUMENT MAKING AND AUTOMATION; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SPETSIALNOE KONSTRUKTORSKOE BIURO PRIBOROSTROENIIA I AVTOMATIKI; a.k.a. "OAO SKB PA"), 55 Krupskoi Street, Kovrov 601903, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3305016642 (Russia); Registration Number 1023301951045 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY STANKOGOMEL (a.k.a. OAO STANKOGOMEL (Cyrillic: ОАО СТАНКОГОМЕЛЬ); a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO STANKOGOMEL (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СТАНКОГОМЕЛЬ)), D. 10, Nezhiloe pomeshchenie, ul. Internatsionalnaya, Gomel 246640, Belarus; Organization Established Date 07 Dec 1995; Target Type State-Owned Enterprise; Tax ID No. 400085002 (Belarus) [BELARUS-EO14038].

OPEN JOINT STOCK COMPANY START SCIENTIFIC AND PRODUCTION ENTERPRISE NAMED AFTER A. YASKIN (a.k.a. AKTSIONERNOYE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOYE PREDPRIYATIYE START IM. A.I. YASKINA; a.k.a. AO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE START IM. A.I. IASKINA; a.k.a. JSC START SCIENTIFIC AND PRODUCTION ENTERPRISE NAMED AFTER A.YASKIN; a.k.a. NPP START IM. A. I. YASKINA AO), 24 Pribaltiyskaya Str., Yekaterinburg, Sverdlovsk 620007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6662054224 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY STOCK COMMERCIAL BANK METALLURGICAL INVESTMENT BANK (a.k.a. AKB METALLINVESTBANK; a.k.a. PJSC SCB METALLINVESTBANK; a.k.a. PUBLIC JOINT STOCK COMPANY STOCK COMMERCIAL BANK METALLURGICAL INVESTMENT BANK), Ul. Bolshaya Polyanka D. 47, Str. 1, Moscow 119180, Russia; SWIFT/BIC SCBMRUMM; Website www.metallinvestbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Aug 1993; Target Type Financial Institution; Tax ID No. 7709138570 (Russia); Legal Entity Number 25340027612MR0DNQ406; Registration Number 1027700218666 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY SURGUTNEFTEGAS (a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SURGUTNEFTEGAZ; a.k.a. PAO SURGUTNEFTEGAS; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SURGUTNEFTEGAS; a.k.a. SURGUTNEFTEGAS; a.k.a. SURGUTNEFTEGAS PJSC; a.k.a. SURGUTNEFTEGAS PUBLIC JOINT STOCK COMPANY; a.k.a. SURGUTNEFTEGAZ OAO), ul. Grigoriya Kukuyevitskogo, 1, bld. 1, Khanty-Mansiysky Autonomous Okrug - Yugra, the city of Surgut, Tyumenskaya Oblast 628415, Russia; korp. 1 1 Grigoriya Kukuevitskogo ul., Surgut, Tyumenskaya oblast 628404, Russia; Street Kukuevitskogo 1, Surgut, Tyumen Region 628415, Russia; Website www.surgutneftegas.ru; Email Address secretary@surgutneftegas.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY SVETLOGORSKKHIMVOLOKNO (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СВЕТЛОГОРСКХИМВОЛОКНО) (a.k.a. OJSC SVETLOGORSK KHIMVOLOKNO; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SVETLOGORSKKHIMVOLOKNO; a.k.a. SVETLOGORSKKHIMVOLKNO OAO; a.k.a. "SOHIM"), d. 5, Nezhiloe Pomeshchenie, Ul. Zavodskaya, Svetlogorsk 247439, Belarus;

Organization Established Date 1964; Target Type State-Owned Enterprise; Tax ID No. 400031289 (Belarus) [BELARUS-EO14038].

OPEN JOINT STOCK COMPANY TAMBOVSKY BAKERY (a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO TAMBOVSKII KHLEBOKOMBINAT), 57 Volodarsky St, Tambov 392008, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6832000275 (Russia); Registration Number 1026801228387 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY TIKHORETSK MACHINE CONSTRUCTION PLANT V.V. VOROVSKY (a.k.a. JSC TIKHORETSK MACHINE BUILDING PLANT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO TIKHORETSKI MASHINOSTROITELNY ZAVOD IM V.V. VOROVSKOGO; a.k.a. TMCP V.V. VOROVSKY; a.k.a. TMZ IM. V.V. VOROVSKOGO PAO; a.k.a. V.V. VOROVSKY TIKHORETSK MACHINE CONSTRUCTION PLANT JOINT STOCK COMPANY), 3, Sokolnicheskaya Street, Moscow 107014, Russia; Krasnoarmeyskaya St., 67, Tikhoretsk, Krasnodar Territory 352127, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 12 Nov 1992; Tax ID No. 2321003173 (Russia); Government Gazette Number 00210743 (Russia); Registration Number 1022303184738 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY URALELECTROMED (a.k.a. AKTSIONERNOE OBSHCHESTVO URALELEKTROMED; a.k.a. JOINT STOCK COMPANY URALELEKTROMED; a.k.a. URALELEKTROMED AO; a.k.a. URALELEKTROMED JSC; a.k.a. URALELEKTROMED PUBLIC JOINT STOCK COMPANY), 1, Lenin Street, Lugovskoy 624091, Russia; 1, prospekt Uspenski Verkhnyaya Pyshma, Sverdlovsk region 624091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Dec 1992; Tax ID No. 6606003385 (Russia); Government Gazette Number 00194429 (Russia); Registration Number 1026600726657 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY VA DEGTYAREV PLANT (a.k.a. OJSC PLANT IM VA DEGTYAREVA; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO ZAVOD IM VA DEGTIAREVA; a.k.a. "OAO ZID"), 4 Truda St., Kovrov 601900, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3305004083 (Russia); Registration Number 1023301951397 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY VEB LEASING (a.k.a. OAO VEB LIZING; a.k.a. OJSC VEB LEASING; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VEB LIZING; a.k.a. VEB LEASING OJSC), d. 10 ul. Vozdvizhenka, Moscow 125009, Russia; Str. Dolgorukovskaya, 7, Novoslobodskaya, Moscow 127006, Russia; Website veb-leasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2003; Tax ID No. 7709413138 (Russia); Registration Number 1037709024781 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OPEN JOINT STOCK COMPANY VOLZHSKY ABRASIVE WORKS (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ВОЛЖСКИЙ АБРАЗИВНЫЙ ЗАВОД) (a.k.a. VOLZHSKI ABRAZIVNY ZAVOD PAO), Ul. Im F.G.Loginova 169, Volzhski 404119, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3435000467 (Russia); Registration Number 1023402019596 (Russia) [RUSSIA-EO14024].

OPEN JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK' (a.k.a. BANK SPUTNIK; a.k.a. BANK SPUTNIK CJSC; a.k.a. CB SPUTNIK; a.k.a. CB SPUTNIK PJSC; a.k.a. COMMERCIAL BANK SPUTNIK PUBLIC JOINT-STOCK COMPANY; a.k.a. PUBLIC JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK'), Agibalov St. 48, Office 70, Samara, Samarskaya, Oblast 443041, Russia; SWIFT/BIC CSPJRU33; Secondary sanctions

risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 1071 (Russia) [NPWMD].

OPEN JOINT-STOCK COMPANY DESIGN OFFICE FOR SHIPBUILDING VYMPEL (a.k.a. DESIGN OFFICE FOR SHIPBUILDING VYMPEL; a.k.a. JOINT STOCK COMPANY DESIGN BUREAU FOR SHIP DESIGN VIMPEL; a.k.a. JOINT STOCK COMPANY DESIGN OFFICE FOR SHIPBUILDING VYMPEL; a.k.a. "DESIGN OFFICE VYMPEL"), 6 Nartov Str., Bldg.6, Nizhny Novgorod 603104, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 May 1993; Tax ID No. 5260001206 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

OPEN JOINT-STOCK COMPANY GRODNO TOBACCO FACTORY NEMAN (a.k.a. AAT HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: ААТ ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. GRODNO TOBACCO FACTORY NEMAN; a.k.a. GTF NEMAN; a.k.a. HRODNA TOBACCO FACTORY NEMAN; a.k.a. OAO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОАО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН); a.k.a. OJSC GRODNO TOBACCO FACTORY NEMAN; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН)), ul. Ordzhonikidze, d. 18, Grodno, Grodnenskaya Oblast 230771, Belarus (Cyrillic: ул. Орджоникидзе, д. 18, г. Гродно, Гродненская область 230771, Belarus); Organization Established Date 29 Dec 1996; Registration Number 500047627 (Belarus) [BELARUS-EO14038].

OPEN JOINT-STOCK COMPANY KRIOGENNOGO MASHINOSTROYENIA (a.k.a. CRYOGENMASH; a.k.a. CRYOGENMASH JOINT STOCK COMPANY; a.k.a. KRIOGENMASH OAO; f.k.a. OPEN

JOINT STOCK COMPANY CRYOGENMASH; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO KRIOGENNOGO MASHINOSTROENIYA), 67, Lenin Avenue, Balashikha, Moscow Region 143907, Russia; 36 Lenina Prospekt, Balashikha G. 143907, Russia; Website www.cryogenmash.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Oct 1945; Registration ID 1025000513878 (Russia); Tax ID No. 5001000066 (Russia); Government Gazette Number 05747985 (Russia); For more information on directives, please visit the following link: https://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMBANK JOINT STOCK COMPANY).

OPEN JOINT-STOCK COMPANY ROSGOSSTRAKH BANK (a.k.a. PAO ROSGOSSTRAKH BANK (Cyrillic: ПАО РОСГОССТРАХ БАНК); f.k.a. "RUSS-BANK"), Stroenie 2, 43 Myasnickaya ul., Moscow 107078, Russia; SWIFT/BIC RUIDRUMM; Website www.rgsbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718105676 (Russia); Registration Number 1027739004809 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY (a.k.a. OAO ROSNEFT OIL COMPANY; a.k.a. OIL COMPANY ROSNEFT; a.k.a. OJSC ROSNEFT OIL COMPANY; a.k.a. ROSNEFT; a.k.a. ROSNEFT OIL COMPANY), 26/1 Sofiyskaya Embankment, Moscow 115035, Russia; Website www.rosneft.com; alt. Website www.rosneft.ru; Email Address postman@rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1027700043502 (Russia); Tax ID No. 7706107510 (Russia);

Government Gazette Number 00044428 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

OPEN JOINT-STOCK COMPANY THE BERKAKIT-TOMMOT-YAKUTSK RAILWAY LINE'S CONSTRUCTION DIRECTORATE (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ДИРЕКЦИЯ ПО СТРОИТЕЛЬСТВУ ЖЕЛЕЗНОЙ ДОРОГИ БЕРКАКИТ-ТОММОТ-ЯКУТСК) (a.k.a. AKTSIONERNOE OBSHCHESTVO DIREKTSIYA PO STROITEL'STVU ZHELEZNOY DOROGI BERKAKIT-TOMMOT-YAKUTSK; a.k.a. JOINT-STOCK COMPANY THE BERKAKIT-TOMMOT-YAKUTSK RAILWAY LINE'S CONSTRUCTION DIRECTORATE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДИРЕКЦИЯ ПО СТРОИТЕЛЬСТВУ ЖЕЛЕЗНОЙ ДОРОГИ БЕРКАКИТ-ТОММОТ-ЯКУТСК); a.k.a. JSC DSZHD BTYA (Cyrillic: АО ДСЖД БТЯ)), Mayakovsky street, building 14, Aldan, Republic of Sakha (Yakutia) 678900, Russia (Cyrillic: улица Маяковского, дом 14, город Алдан, Республика Саха (Якутия) 678900, Russia); Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1121402000213 (Russia); Tax ID No. 1402015986 (Russia) [UKRAINE-EO13685].

OPEN JOINT-STOCK OIL AND GAS COMPANY SYZRAN (a.k.a. OJSC SYZRAN REFINERY; a.k.a. SYZRAN REFINERY; a.k.a. "OAO SNPS"), 1 Astrakhanskaya st., Syzran, Samara region 446009, Russia; Moskvorechje street 105, Building 8, Moscow 115523, Russia; Email Address sekr@snpz.rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6325004584 (Russia); Registration Number 1026303056823 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

OPEN JSC NORTHERN SHIPPING COMPANY (a.k.a. JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY; a.k.a. JSC NSC ARKHANGELSK; a.k.a. OAO SEVERNOYE MORSKOYE PAROKHODSTVO; a.k.a. OJSC NORTHERN SHIPPING COMPANY; a.k.a. "ANSC"; a.k.a. "OJSC NSC"), Nab. Severnoy Dviny, 36, Arkhangelsk 163000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2901008432 (Russia); Identification Number IMO 0555641 [RUSSIA-EO14024].

OPEN-END JOINT-STOCK COMPANY 'KALININ MACHINERY PLANT. YEKATERINBURG' (a.k.a. KALININ MACHINE PLANT JSC; a.k.a. KALININ MACHINE-BUILDING PLANT OPEN JOINT-STOCK COMPANY; a.k.a. KALININ MACHINERY PLANT-BRD; a.k.a. MASHINOSTROITEL'NYI ZAVOD IM. M.I. KALININA, G. YEKATERINBURG OAO; a.k.a. MZIK OAO; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MASHINOSTROITELNY ZAVOD IM.M.I.KALININA, G.EKATERINBURG), 18 prospekt Kosmonavtov, Ekaterinburg, Sverdlovskaya obl. 620017, Russia; Email Address info@zik.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

OPERA, 8eme etage, Immeuble 1113, Boulevard Du 30 Juin No. 110, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; Organization Type: Activities of holding companies; Target Type Private Company; Commercial Registry Number CD/KNG/RCCM/18-B-01188 (Congo, Democratic Republic of the) [GLOMAG] (Linked To: ASHDALE SETTLEMENT GERCO SAS).

OPERADORA ALEJIL S.A. DE C.V., Nuevo Leon, Mexico; Organization Established Date 24 Jan 2014; Organization Type: Financial and Insurance Activities; Folio Mercantil No. 143781 (Mexico) [TCO] (Linked To: LOPEZ LOPEZ, Gilberto).

OPERADORA DE ALIMENTOS CON ORIGENES DE MEXICO, S. DE R.L. DE C.V., Playas de Rosarito, Baja California, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Jun 2022; Organization Type: Restaurants and mobile food service activities; Folio Mercantil No. N-2022040331 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: GONZALEZ LOMELI, Jesus).

OPERADORA DE EMPRESAS LH S.A. DE C.V., Nuevo Leon, Mexico; Organization Established Date 29 May 2013; Organization Type: Financial and Insurance Activities; Folio Mercantil No. 140893 (Mexico) [TCO] (Linked To: HYSA, Luftar; Linked To: HYSA, Arben).

OPERADORA DE ESPECTACULOS, ALIMENTOS Y BEBIDAS J AND R S.A. DE C.V. (a.k.a. OPERADORA DE ESPECTACULOS, ALIMENTOS Y BEBIDAS J&R S.A. DE C.V.), Tijuana, Baja California, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Mar 2020; Organization Type: Restaurants and mobile food service activities; Folio Mercantil No. N-2020019416 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: GONZALEZ LOMELI, Jesus).

OPERADORA DE ESPECTACULOS, ALIMENTOS Y BEBIDAS J&R S.A. DE C.V. (a.k.a. OPERADORA DE ESPECTACULOS, ALIMENTOS Y BEBIDAS J AND R S.A. DE C.V.), Tijuana, Baja California, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Mar 2020; Organization Type: Restaurants and mobile food service activities; Folio Mercantil No. N-2020019416 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: GONZALEZ LOMELI, Jesus).

OPERADORA DE REPOSTERIAS Y RESTAURANTES, S.A. DE C.V., Naciones Unidas 6875 B9C, Virreyes Residencial, Zapopan, Jalisco, Mexico; Folio Mercantil No. 85508 (Mexico) [SDNTK].

OPERADORA DEL HUMAYA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; Organization Established Date 16 Oct 2003; R.F.C. OHU0310161G2 (Mexico); Folio Mercantil No. 73385 (Mexico) [ILLICIT-DRUGS-EO14059].

OPERADORA EFICAZ PEGASO, Benito Juarez 862, Culiacan, Sinaloa, Mexico; Benito Juarez 889, Culiacan, Sinaloa, Mexico; Folio Mercantil No. 79264-1 (Mexico) [SDNTK] (Linked To: ALVAREZ INZUNZA, Juan Manuel).

OPERADORA INTEGRAL DE COMERCIO, S.A. DE C.V., Blvd. Bellas Artes, No. 17686, No. Int. 5, Col. Garita de Otay, Tijuana, Baja California, Mexico; R.F.C. OIC040925SA9 (Mexico) [SDNTK].

OPERADORA LOS FAMOSOS, S.A. DE C.V. (a.k.a. KENZO SUSHI; a.k.a. OPERADORA LOS FAMOSOS, S.A.P.I. DE C.V.), Calle Ottawa #1568 T, Plaza Fusion Galerias, Colonia Providencia, Guadalajara, Jalisco, Mexico; Av. Providencia 1568, Providencia, Guadalajara, Jalisco 44630, Mexico; Av. Real Acueducto #360 Int 1-A, Zapopan, Jalisco, Mexico; Website www.kenzosushi.mx; R.F.C. OFA101214KG1 (Mexico) [SDNTK].

OPERADORA LOS FAMOSOS, S.A.P.I. DE C.V. (a.k.a. KENZO SUSHI; a.k.a. OPERADORA LOS FAMOSOS, S.A. DE C.V.), Calle Ottawa #1568 T, Plaza Fusion Galerias, Colonia Providencia, Guadalajara, Jalisco, Mexico; Av. Providencia 1568, Providencia, Guadalajara, Jalisco 44630, Mexico; Av. Real Acueducto #360 Int 1-A, Zapopan, Jalisco, Mexico; Website www.kenzosushi.mx; R.F.C. OFA101214KG1 (Mexico) [SDNTK].

OPERADORA PARQUE ALAMEDAS, S. DE R.L. DE C.V., Culiacan, Sinaloa, Mexico; Organization Established Date 08 Nov 2006; Folio Mercantil No. 76172 (Mexico) [ILLICIT-DRUGS-EO14059].

OPERADORA RESTAURANTERA DEL SOL NACIENTE, S. DE R.L. DE C.V., Calle Kukulcan No. Ext.4783, Col. Mirador del Sol, Zapopan, Jalisco C.P. 45054, Mexico; R.F.C. ORS120904BL2 (Mexico) [SDNTK].

OPERADORA TURISTICA PRINCIPESSA, S.A. DE C.V., Cancun, Quintana Roo, Mexico; Organization Established Date 14 Apr 2016; Organization Type: Travel agency activities; R.F.C. OTP1604143G4 (Mexico); Folio Mercantil No. 30435 (Mexico) [TCO] (Linked To: BHARDWAJ, Vikrant).

OPERADORA VALPARK, S.A. DE C.V., Avenida Cuauhtemoc 1711, Ofc. 305A, Zona Rio, Tijuana, Baja California, Mexico; Calle Netzahuacoyotl y Paseo Centenario, Tijuana, Baja California, Mexico [SDNTK].

OPERADORA Y ADMINISTRADORA DE RESTAURANTES Y BARES RUDU, S.A. DE C.V., Vallarta No. 2380, Col. Colinas De San Javier, Guadalajara, Jalisco, Mexico; R.F.C. OAR001006113 (Mexico); Folio Mercantil No. 15247 (Mexico) [SDNTK].

OPERATION ZERO (a.k.a. LLC MATRITSA; a.k.a. MATRIX LIMITED; a.k.a. MATRIX LLC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МАТРИЦА); a.k.a. MATRIX LTD (Cyrillic: ООО МАТРИЦА); a.k.a. OPZERO), Sh. Petergofskoe, 73, Letter T, Office 26/1, Room 1, Municipal District Sosnovaya Polyana, Saint Petersburg 198206, Russia; Website opzero.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 27 Sep 2021; Organization Type: Computer programming activities; PAIPA Section 2 Information: BLOCKING OF PROPERTY (entity). Sec.2(b)(1)(A) - All property and interests in property of this entity are blocked, and all transactions with this entity are prohibited, except for the importation of goods.; alt. PAIPA Section 2 Information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec.2(b)(1)(D) - United States financial institutions are prohibited from making loans or providing credits to this entity totaling more than $10,000,000 in any 12-month period, subject to the exception set forth in PAIPA Section 2(b)(1)(D).; alt. PAIPA Section 2 Information: FOREIGN EXCHANGE. Sec.2(b)(1)(H) - Transactions in foreign exchange that are subject to the jurisdiction of the United States and in which this entity has any interest are prohibited.; alt. PAIPA Section 2 Information: BANKING TRANSACTIONS. Sec.2(b)(1)(I) - Any transfers of credit or payments between financial institutions or by, through, or to any financial institution, to the extent that such transfers or payments are subject to the jurisdiction of the United States and involve any interest of this entity, are prohibited.; alt. PAIPA Section 2 Information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec.2(b)(1)(J) - Any United States person is prohibited from investing in or purchasing significant amounts of equity or debt instruments of this entity.; Tax ID No. 7807251301 (Russia); Registration Number 1217800148609 (Russia) [CAATSA - RUSSIA] [CYBER4] [PAIPA].

OPG GLOBAL GENERAL TRADING CO. L.L.C (Arabic: شركة او جي بي جلوبال للتجارة العامة ذ.م.م (الشخص الواحد, Bur Dubai Al Fahedy, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Dec 2022; Business Registration Number 1127555 (United Arab Emirates); Economic Register Number (CBLS) 11980239 (United Arab Emirates) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

OPKHM OOO (a.k.a. AKVAMARIN LIMITED LIABILITY COMPANY (Cyrillic: АКВАМАРИН ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU AKVAMARIN), d. 3A str. 6 etazh 1 pom. 2, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jan 2008; Tax ID No. 7715683541 (Russia); Government Gazette Number 84724217 (Russia); Registration Number 1087746081246 (Russia) [RUSSIA-EO14024].

OPLOT, Donetsk, Ukraine; Kharkiv, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

OPTIMA FREIGHT OY, Manttaalitie 5, Vantaa, Uusimaa 01530, Finland; Manttaalitie 5-7, Vantaa 01530, Finland; Website www.optimafreight.fi; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Registration Number 23923991 (Finland) [CYBER2] (Linked To: DIVETECHNOSERVICES).

OPTIMA INVEST OOO (a.k.a. LIMITED LIABILITY COMPANY OPTIMA INVEST), ul. Lyusinovskaya, d. 28/19 str. 6, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7705993897 (Russia); Registration Number 1127746621804 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

OPTIMA, OOO (Cyrillic: ООО ОПТИМА) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OPTIMA), d. 2 korp. 2 pom. 1, ul., Kominterna Moscow, Moscow 129344, Russia; D-U-N-S Number 50-579-8144; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7716740680 (Russia); Government Gazette Number 17325717 (Russia); Registration Number 1137746232260 (Russia) [CYBER2] (Linked To: GUSEV, Denis Igorevich).

OPTIMUS DRAIV (a.k.a. LLC OPTIMUS DRIVE), Ul. Bolshaya Pochtovaya D. 26V, Str. 2, Pomeshch. 2/1, Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9718040380 (Russia); Registration Number 5167746448260 (Russia) [RUSSIA-EO14024].

OPTOLINK RPC LLC (a.k.a. LIMITED LIABILITY COMPANY RESEARCH AND PRODUCTION COMPANY OPTOLINK; a.k.a. LLC RPC

OPTOLINK; a.k.a. NPK OPTOLINK LLC; a.k.a. OOO NPK OPTOLINK; a.k.a. SCIENTIFIC PRODUCTION COMPANY OPTOLINK; a.k.a. SPC OPTOLINK), 6A Sosnovaya Alley, Building 5, Zelenograd, Moscow 124489, Russia; Pr-d 4806 d. 5, g. Zelenograd, Moscow 124498, Russia; Saratov, Russia; Arzamas, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Jul 2001; Tax ID No. 7735105059 (Russia); Registration Number 1027700040719 (Russia) [RUSSIA-EO14024].

OPTRON STAVROPOL CORP (a.k.a. AKTSIONERNOE OBSCHESTVO OPTRON STAVROPOL; a.k.a. GAZTRON CORP; a.k.a. JOINT STOCK COMPANY OPTRON STAVROPOL), 431 Lenina Str., Stavropol 355000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2635078677 (Russia); Registration Number 1052600264254 (Russia) [RUSSIA-EO14024].

OPUS ENERGY TRADING LLC, Aspin Commercial Tower Trade Center, First 335-117, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Mar 2022; Registration Number 1689571 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: OREKHOV, Yury Yuryevich).

OPYTNO KONSTRUKTORSKOE BYURO PRIBOR (a.k.a. OKB PRIBOR; a.k.a. PRIBOR OPEN DESIGN BUREAU), Ul. Gerasima Kurina D. 10, K. 1, E 2 P I K 8A KAB 205A, Moscow 121108, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703382109 (Russia); Registration Number 1157746535165 (Russia) [RUSSIA-EO14024].

OPZERO (a.k.a. LLC MATRITSA; a.k.a. MATRIX LIMITED; a.k.a. MATRIX LLC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МАТРИЦА); a.k.a. MATRIX LTD (Cyrillic: ООО МАТРИЦА); a.k.a. OPERATION ZERO), Sh. Petergofskoe, 73, Letter T, Office 26/1, Room 1, Municipal District Sosnovaya Polyana, Saint Petersburg 198206, Russia; Website opzero.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 27 Sep 2021; Organization Type: Computer programming activities; PAIPA Section 2 Information: BLOCKING OF PROPERTY (entity). Sec.2(b)(1)(A) - All property and interests in property of this entity are blocked, and all transactions with this entity are prohibited, except for the importation of goods.; alt. PAIPA Section 2 Information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec.2(b)(1)(D) - United States financial institutions are prohibited from making loans or providing credits to this entity totaling more than $10,000,000 in any 12-month period, subject to the exception set forth in PAIPA Section 2(b)(1)(D).; alt. PAIPA Section 2 Information: FOREIGN EXCHANGE. Sec.2(b)(1)(H) - Transactions in foreign exchange that are subject to the jurisdiction of the United States and in which this entity has any interest are prohibited.; alt. PAIPA Section 2 Information: BANKING TRANSACTIONS. Sec.2(b)(1)(I) - Any transfers of credit or payments between financial institutions or by, through, or to any financial institution, to the extent that such transfers or payments are subject to the jurisdiction of the United States and involve any interest of this entity, are prohibited.; alt. PAIPA Section 2 Information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec.2(b)(1)(J) - Any United States person is prohibited from investing in or purchasing significant amounts of equity or debt instruments of this entity.; Tax ID No. 7807251301 (Russia); Registration Number 1217800148609 (Russia) [CAATSA - RUSSIA] [CYBER4] [PAIPA].

OQUIST KELLEY, Paul Herbert, Managua, Nicaragua; DOB 19 Oct 1943; POB Oak Park, Illinois, United States; nationality Nicaragua; Gender Male; Passport A00001478 (Nicaragua) issued 27 Jul 2018 expires 27 Jul 2028 (individual) [NICARAGUA].

ORAMA PROPERTIES LTD, Palm Grove House, P.O. Box 438, Road Town, Tortola, Virgin Islands, British; Public Registration Number 1041202 (Virgin Islands, British) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

ORANGE VOLUNTEERS, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ORBE SEVILLANO, Zigor; DOB 22 Sep 1975; POB Basauri, Vizcaya Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 45.622.851 (Spain); Member ETA (individual) [SDGT].

ORBIT FINTRADE LLP, Plot No 2233_35A&B, Rajkot, Gujarat 360021, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. AAHFO8722E (India); Registration Number UDYAM-GJ-20-0118268 (India) [RUSSIA-EO14024].

ORBIT INTERNATIONAL FZE (Arabic: اوربيت انترناشيونال م م ح) (a.k.a. ORBIT INTERNATIONAL GROUP LLC), PO Box 346059, Office no. 902, Saba 1, Jumeirah Lakes Towers, Dubai, United Arab Emirates; ELOB Office No. E2-123G-20, Hamriyah Free Zone, Sharjah, United Arab Emirates; Organization Established Date 18 Aug 2011; Trade License No. 8251 (United Arab Emirates); Economic Register Number (CBLS) 11580667 (United Arab Emirates) [GLOMAG] (Linked To: RAHMANI, Ajmal).

ORBIT INTERNATIONAL GROUP LLC (a.k.a. ORBIT INTERNATIONAL FZE (Arabic: اوربيت انترناشيونال م م ح)), PO Box 346059, Office no. 902, Saba 1, Jumeirah Lakes Towers, Dubai, United Arab Emirates; ELOB Office No. E2-123G-20, Hamriyah Free Zone, Sharjah, United Arab Emirates; Organization Established Date 18 Aug 2011; Trade License No. 8251 (United Arab Emirates); Economic Register Number (CBLS) 11580667 (United Arab Emirates) [GLOMAG] (Linked To: RAHMANI, Ajmal).

ORBIT PETROCHEMICALS (a.k.a. ORBIT PETROCHEMICALS LLC; a.k.a. ORBIT PETROCHEMICALS TRADING LLC), P.O. Box 2800, Seeb, Muscat, Oman; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 1089008 (Oman) [SDGT] (Linked To: NIMR INTERNATIONAL L.L.C.).

ORBIT PETROCHEMICALS LLC (a.k.a. ORBIT PETROCHEMICALS; a.k.a. ORBIT PETROCHEMICALS TRADING LLC), P.O. Box 2800, Seeb, Muscat, Oman; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 1089008 (Oman) [SDGT] (Linked To: NIMR INTERNATIONAL L.L.C.).

ORBIT PETROCHEMICALS TRADING LLC (a.k.a. ORBIT PETROCHEMICALS; a.k.a. ORBIT PETROCHEMICALS LLC), P.O. Box 2800, Seeb, Muscat, Oman; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration

Number 1089008 (Oman) [SDGT] (Linked To: NIMR INTERNATIONAL L.L.C.).

ORBITA KAPITAL PARTNERZ (a.k.a. LIMITED LIABILITY COMPANY ORBITA CAPITAL PARTNERS), Per. Bolshoi Savvinskii D. 8, Str. 1, Pomeshch. 1, Chast/Kom. 6, Moscow 119435, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706453157 (Russia); Registration Number 1187746417979 (Russia) [RUSSIA-EO14024].

ORBITAL HORIZONS CORP., Panama; RUC # 1196790-1-581234 (Panama) [SDNTK].

ORCHID REGIONAL COMPANY FOR GENERAL TRADING AND CONTRACTING (a.k.a. ORCHIDIA REGIONAL FOR GENERAL TRADING AND CONTRACTING COMPANY (Arabic: شركه اوركيديا الاقليميه للتجاره العامه والمقاولات); a.k.a. ORCHIDIA REGIONAL GEN. TRAD. & CONT. CO.), Al Farwaniyah- Jeleeb Al-Shuyoukh-'Abdullah Mutlaq al-Musaylim Street, Kuwait; 1 Bullah Almusailam Av, Jeleeb Alshuokh, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Jul 2006; Trade License No. 114367 (Kuwait); Chamber of Commerce Number 103054 (Kuwait) [SDGT].

ORCHIDIA REGIONAL FOR GENERAL TRADING AND CONTRACTING COMPANY (Arabic: شركه اوركيديا الاقليميه للتجاره العامه والمقاولات) (a.k.a. ORCHID REGIONAL COMPANY FOR GENERAL TRADING AND CONTRACTING; a.k.a. ORCHIDIA REGIONAL GEN. TRAD. & CONT. CO.), Al Farwaniyah- Jeleeb Al-Shuyoukh-'Abdullah Mutlaq al-Musaylim Street, Kuwait; 1 Bullah Almusailam Av, Jeleeb Alshuokh, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Jul 2006; Trade License No. 114367 (Kuwait); Chamber of Commerce Number 103054 (Kuwait) [SDGT].

ORCHIDIA REGIONAL GEN. TRAD. & CONT. CO. (a.k.a. ORCHID REGIONAL COMPANY FOR GENERAL TRADING AND CONTRACTING; a.k.a. ORCHIDIA REGIONAL FOR GENERAL TRADING AND CONTRACTING COMPANY (Arabic: شركه اوركيديا الاقليميه للتجاره العامه والمقاولات)), Al Farwaniyah- Jeleeb Al-Shuyoukh-'Abdullah Mutlaq al-Musaylim Street, Kuwait; 1 Bullah Almusailam Av, Jeleeb Alshuokh, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization

Established Date 22 Jul 2006; Trade License No. 114367 (Kuwait); Chamber of Commerce Number 103054 (Kuwait) [SDGT].

ORDENOV, Gennady Ivanovich (Cyrillic: ОРДЕНОВ, Геннадий Иванович), Russia; DOB 04 Sep 1957; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ORDOUBADI, Nader Talebzadeh, Iran; DOB 1954; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: NEW HORIZON ORGANIZATION).

O'REILLY, Dermot, United Arab Emirates; DOB 18 Oct 1979; POB Ireland; nationality Ireland; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport LT8798899 (Ireland) (individual) [RUSSIA-EO14024] (Linked To: ARX FINANCIAL ENGINEERING LIMITED).

OREKHOV, Yury Yuryevich, One at Palm Jumeirah, SA Unit 701, Blue Water Island, Dubai, United Arab Emirates; DOB 30 Mar 1980; POB Almaty, Kazakhstan; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 756454133 (Russia); alt. Passport 531182863 (Russia) (individual) [RUSSIA-EO14024].

ORELLANA ERAZO, Hector Manuel (a.k.a. GOMEZ CHAVEZ, Gabriel; a.k.a. GONZALEZ LOPEZ, Gregorio; a.k.a. GONZALEZ QUIRARTE, Eduardo; a.k.a. GONZALEZ QUIRARTE, Jose; a.k.a. GONZALEZ QUIRARTE, Lalo); DOB 28 Aug 1962; alt. DOB 20 Aug 1962; POB Jalisco Mexico; Passport 96140045817 (Mexico); alt. Passport 97380018185 (Mexico); SSN 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 (United States) (individual) [SDNTK].

ORELLANA MORALES, Jairo Estuardo (a.k.a. "EL PELON"), Aldea Dona Maria, Zacapa, Guatemala; DOB 28 Sep 1973; POB Zacapa, Guatemala; nationality Guatemala; citizen Guatemala; Cedula No. R-19 42080 (Guatemala); Passport 111904000420805 (Guatemala) issued 28 Aug 2008 expires 28 Aug 2013 (individual) [SDNTK].

ORENBURGNEFT (a.k.a. OAO JSC ORENBURGNEFT; a.k.a. OJSC

ORENBURGNEFT), St. Magistralnaya 2, Buzuluk 461040, Russia; Email Address orenburgneft@rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5612002469 (Russia); Registration Number 1025601802357 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

ORESHKIN, Maksim Stanislavovich (a.k.a. ORESHKIN, Maxim Stanislavovich (Cyrillic: ОРЕШКИН, Максим Станиславович)), Russia; DOB 21 Jul 1982; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ORESHKIN, Maxim Stanislavovich (Cyrillic: ОРЕШКИН, Максим Станиславович) (a.k.a. ORESHKIN, Maksim Stanislavovich), Russia; DOB 21 Jul 1982; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ORG LOGISTICS FZE (Arabic: أرآر جي لوجستكص (م.م.ح), Block E04, F03, Dubai Airport Freezone, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Freight air transport; License 2654 (United Arab Emirates); Economic Register Number (CBLS) 12225406 (United Arab Emirates) [RUSSIA-EO14024].

ORGANIC DISTRICT B.V., Huygensstraat 42, JM, Boxtel 5283, Netherlands; Organization Established Date 31 Mar 2021; Tax ID No. 862449091 (Netherlands) [ILLICIT-DRUGS-EO14059] (Linked To: PEIJNENBURG, Alex Adrianus Martinus).

ORGANISATION DE REHABILITATION TAMOULE (a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE

REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 50706 (Sri Lanka); alt.

Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

ORGANISATION PRE LA REHABILITATION TAMIL (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia;

Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY;

a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

ORGANIZACION EMPRESARIAL A DE J HENAO M E HIJOS Y CIA. S.C.S., Carrera 4A No. 16-04 apt. 303, Cartago, Colombia; Km. 5 Via Aeropuerto, Hacienda Coque, Cartago, Colombia; NIT # 800157331-1 (Colombia) [SDNT].

ORGANIZACION LUIS HERNANDO GOMEZ BUSTAMANTE Y CIA S.C.S., Carrera 4 No. 12-20 of. 206, Cartago, Valle, Colombia; NIT # 800140477-1 (Colombia) [SDNT].

ORGANIZATIA DE CREDITARE NEBANCARA LIDER LEASING SRL, Str. Eminescu M., 35, Chisinau 2000, Moldova; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 May 2011; Registration Number 101160001911 (Moldova) [RUSSIA-EO14024] (Linked To: OKULOV, Aleksandr).

ORGANIZATION AND GUIDANCE DEPARTMENT, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

ORGANIZATION FOR ENGINEERING INDUSTRIES (a.k.a. HANDASIEH), PO Box 21120 Baramkeh, Damascus, Syria; PO Box 2849, Al Moutanabi Street, Damascus, Syria; PO Box 5966, Abou Bakr Al Seddeq St., Damascus, Syria [NPWMD].

ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT

AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ORGANIZATION FOR TECHNOLOGICAL INDUSTRIES (a.k.a. THE ORGANIZATION FOR TECHNICAL INDUSTRIES), Sham Algadida OTip Box, Damascus 11037, Syria [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY (a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. LIBERATION STRUGGLE; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. "ELA"; a.k.a. "JUNE 78"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ORGANIZATION OF RIGHT AGAINST WRONG (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ORGANIZATION OF THE OPPRESSED ON EARTH (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

ORGYEYEVA, Marina Eduardovna (Cyrillic: ОРГЕЕВА, Марина Эдуардовна), Russia; DOB 21 Sep 1959; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ORIENT CLUB, Al Najmeh Square - Abou Romaaneh 6737, Damascus, Syria [PAARSSR-EO13894] (Linked To: FOZ, Samer).

ORIENT SHIPPING LIMITED, Lot 18, Bay Street, Kingstowne, Saint Vincent and the Grenadines [IRAQ2].

ORIENTAL APPLE COMPANY PTE LTD, International Plaza, 10 Anson Road #12-08, 079903, Singapore; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 29 Mar 2021; Business Registration Number 202110994Z (Singapore) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

ORIENTAL CHARM HOLDINGS INVESTMENT LIMITED, Phnom Penh, Cambodia; Company Number 1977528 (Virgin Islands, British) [TCO] (Linked To: CHEN, Zhi).

ORIENTAL DYNASTY LIMITED, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 1558345 (Hong Kong) [SDGT] (Linked To: AHMAD, Firas Nazem).

ORIENTAL IRON COMPANY SPRL (a.k.a. "ORICO"), 18 Avenue de la paix, Ngaliema, Kinshasa, Congo, Democratic Republic of the [GLOMAG] (Linked To: GERTLER, Dan).

ORIENTAL OIL KISH, Second Floor, 96/98 East Atefi St., Africa Blvd., Tehran, Iran; Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

ORIENTAL REVIEW, Russia; Website www.orientalreview.org; Secondary sanctions risk: See Section 11 of Executive Order 14024. [RUSSIA-EO14024].

ORIENTE CONTRATISTAS GENERALES S.A., Jr. San Martin 707, Int. 201, Trujillo, Peru; RUC # 20167975616 (Peru) [SDNTK].

ORIENTE TOURS S.R.L., Jr. Soledad 113, Oficina 302, Lima, Peru; RUC # 20107539884 (Peru) [SDNTK].

ORION LIMITED LIABILITY COMPANY, Ul. Dovatora D. 4/7, Pomeshch. 1/P, Kom. 3, Moscow 119048, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9704113582 (Russia); Registration Number 1227700018996 (Russia) [RUSSIA-EO14024].

ORION RESEARCH AND PRODUCTION ASSOCIATION (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO

PROIZVODSTVENNOE OBEDINENIE ORION; a.k.a. AO NPO ORION; a.k.a. ENTERPRISE RESEARCH DEVELOPMENT AND PRODUCTION CENTER ORION; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION ORION; a.k.a. JSC SPA ORION), 9 Kosinskaya st., Moscow 111538, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7720770380 (Russia); Registration Number 1127747292738 (Russia) [RUSSIA-EO14024].

ORKA FAJNANS SKOPJE DOOEL (a.k.a. ORKA FINANCE), Skupi 3A, Karposh 1020, North Macedonia, The Republic of; Organization Established Date 08 Feb 2010; Tax ID No. MK4057010505107 (North Macedonia, The Republic of) [BALKANS-EO14033] (Linked To: KAMCEVA, Ratka Kunoska).

ORKA FINANCE (a.k.a. ORKA FAJNANS SKOPJE DOOEL), Skupi 3A, Karposh 1020, North Macedonia, The Republic of; Organization Established Date 08 Feb 2010; Tax ID No. MK4057010505107 (North Macedonia, The Republic of) [BALKANS-EO14033] (Linked To: KAMCEVA, Ratka Kunoska).

ORKA HOLDING AD (Cyrillic: ОРКА ХОЛДИНГ), Skupi 3A, Skopje 1000, North Macedonia, The Republic of; Organization Established Date 13 May 2005; Tax ID No. 4030005550719 (North Macedonia, The Republic of); Business Registration Number 5989876 (North Macedonia, The Republic of) [BALKANS-EO14033] (Linked To: KAMCEV, Jordan).

ORLOFF, Alexandre (a.k.a. "XIAO MA, Alexandre"), Ch. du Nant-de-Creve-Couer 16, Versoix 1290, Switzerland; United Arab Emirates; 71-75 Shelton Street, Covent Garden, London WC2H 9JQ, United Kingdom; DOB 30 Jul 1969; POB Lausanne, Switzerland; nationality Switzerland; alt. nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport X3571033 (Switzerland) expires 17 Jul 2023; alt. Passport 531180646 (Russia) (individual) [RUSSIA-EO14024].

ORLOV, Aleksey Maratovich (a.k.a. ORLOV, Alexei Maratovich (Cyrillic: ОРЛОВ, Алексей Маратович)), Russia; DOB 09 Oct 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ORLOV, Alexei Maratovich (Cyrillic: ОРЛОВ, Алексей Маратович) (a.k.a. ORLOV, Aleksey Maratovich), Russia; DOB 09 Oct 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ORLOV, Stanislav Alexandrovich (a.k.a. "Spaniard"), 4 Fomichevoi Street, Apartment 3, Moscow 125481, Russia; DOB 21 Feb 1981; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 4507686257 (Russia); National ID No. 11308319818 (Russia); Tax ID No. 773370193596 (Russia) (individual) [RUSSIA-EO14024].

ORLOV, Vasilii Alexandrovich (a.k.a. ORLOV, Vasiliy Aleksandrovich (Cyrillic: ОРЛОВ, Василий Александрович)), Amur region, Russia; DOB 14 Apr 1975; POB Blagoveshchensk, Amur region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 280109955929 (Russia) (individual) [RUSSIA-EO14024].

ORLOV, Vasiliy Aleksandrovich (Cyrillic: ОРЛОВ, Василий Александрович) (a.k.a. ORLOV, Vasilii Alexandrovich), Amur region, Russia; DOB 14 Apr 1975; POB Blagoveshchensk, Amur region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 280109955929 (Russia) (individual) [RUSSIA-EO14024].

ORLOVA, Natalya Alekseyevna (Cyrillic: ОРЛОВА, Наталья Алексеевна), Russia; DOB 29 Aug 1969; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ORNELAS FERREIRA, Jose Adelino (a.k.a. ORNELLA FERREIRA, Jose Adelino; a.k.a. ORNELLAS FERREIRA, Jose Adelino), Caracas, Capital Disrict, Venezuela; DOB 14 Dec 1964; Gender Male; Cedula No. 7087964 (Venezuela) (individual) [VENEZUELA-EO13884].

ORNELLA FERREIRA, Jose Adelino (a.k.a. ORNELAS FERREIRA, Jose Adelino; a.k.a. ORNELLAS FERREIRA, Jose Adelino),

Caracas, Capital Disrict, Venezuela; DOB 14 Dec 1964; Gender Male; Cedula No. 7087964 (Venezuela) (individual) [VENEZUELA-EO13884].

ORNELLAS FERREIRA, Jose Adelino (a.k.a. ORNELAS FERREIRA, Jose Adelino; a.k.a. ORNELLA FERREIRA, Jose Adelino), Caracas, Capital Disrict, Venezuela; DOB 14 Dec 1964; Gender Male; Cedula No. 7087964 (Venezuela) (individual) [VENEZUELA-EO13884].

ORNITORRINCO INMOBILIARIA, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Jun 2011; Organization Type: Real estate activities on a fee or contract basis; Folio Mercantil No. 63646 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: RIVERA MIRAMONTES, Carlos Humberto).

OROFINO NV (a.k.a. "OROFINO"), Jacob Jacobsstraat 56, Antwerp 2018, Belgium; Organization Type: Activities of holding companies; Target Type Public Company; Enterprise Number 0892529761 (Belgium) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

OROPEZA MEDRANO, Francisco Javier, Avenida Los Reyes 18108-D, Fraccionamiento Villa de Baja California 22684, Tijuana, Baja California, Mexico; c/o Farmacia Vida Suprema, S.A. DE C.V., Tijuana, Baja California, Mexico; DOB 23 Feb 1968; POB Coahuila, Mexico (individual) [SDNTK].

OROZCO CABADAS, Edgar Valeriano (a.k.a. CABADAS TORRES, Edgar; a.k.a. "El 50"; a.k.a. "El Kamoni"), Mexico; DOB 21 Oct 1985; POB Michoacan, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. OOCE851021HMNRBD04 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTELES UNIDOS).

ORT FRANCE (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

ORTEGA GALLEGOS, Jorge Adrian (a.k.a. "EL NARANJAS"; a.k.a. "NARANJAS"), Mexico; DOB 07 Jul 1983; POB Chihuahua, Mexico; nationality Mexico; Gender Male; C.U.R.P. OEGJ830707HCHRLR00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ORTEGA MURILLO, Camila Antonia, Nicaragua; DOB 04 Nov 1987; POB Managua, Nicaragua; nationality Nicaragua; Gender Female; Passport A00000114 (Nicaragua) issued 28 Jun 2012 expires 28 Jun 2022; National ID No. 0010411870001B (Nicaragua) (individual) [NICARAGUA].

ORTEGA MURILLO, Juan Carlos, Montoya 1 Csur 1c Arriba 1 C Sur, Managua, Nicaragua; DOB 17 Oct 1981; POB Managua, Nicaragua; nationality Nicaragua; Gender Male; Passport A0007589 (Nicaragua) issued 28 Feb 2007 expires 27 Feb 2012 (individual) [NICARAGUA].

ORTEGA MURILLO, Laureano Facundo (a.k.a. ORTEGA, Laureano); DOB 20 Nov 1982; POB Managua, Nicaragua; nationality Nicaragua; Gender Male; Passport A00000684 (Nicaragua) expires 26 Sep 2023; National ID No. 0012011820046M (individual) [NICARAGUA].

ORTEGA MURILLO, Rafael Antonio (a.k.a. "ORTEGA, Payo"), KM 13 Carretera Masaya, Managua, Nicaragua; DOB 09 Dec 1968; POB Managua, Nicaragua; nationality Nicaragua; Gender Male; Passport A00000204 (Nicaragua) issued 06 Aug 2012 expires 06 Aug 2022; National ID No. 0010912680053D (Nicaragua) (individual) [NICARAGUA].

ORTEGA RIOS, Calixto Antonio (Latin: ORTEGA RÍOS, Calixto Antonio), Maracaibo, Zulia, Venezuela; DOB 12 Oct 1950; POB San Rafael del Mojan, Zulia, Venezuela; citizen Venezuela; Gender Male; Cedula No. 3264031 (Venezuela); Magistrate of the Constitutional Chamber of Venezuela's Supreme Court of Justice (individual) [VENEZUELA].

ORTEGA, Laureano (a.k.a. ORTEGA MURILLO, Laureano Facundo); DOB 20 Nov 1982; POB Managua, Nicaragua; nationality Nicaragua; Gender Male; Passport A00000684 (Nicaragua) expires 26 Sep 2023; National ID No. 0012011820046M (individual) [NICARAGUA].

ORTEGA, Miguel (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin;

a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

ORTIZ ESPINEL, Gustavo Adolfo (a.k.a. PEREZ OCAMPO, German Alberto), CL34E9115, Medellin, Colombia; DOB 14 Jun 1965; alt. DOB 12 Jun 1971; citizen Colombia; Cedula No. 16361849 (Colombia); alt. Cedula No. 79183678 (Colombia) (individual) [SDNTK] (Linked To: COMPRA VENTA GERPEZ).

ORTIZ ESPINEL, Juan Jose (a.k.a. PEREZ OCAMPO, Santiago), Subasta Santa Clara, Sahagun, Colombia; DOB 15 Nov 1956; alt. DOB 10 May 1961; POB Andinapolis, Trujillo, Valle, Colombia; citizen Colombia; Cedula No. 16351833 (Colombia); alt. Cedula No. 294885 (Colombia) (individual) [SDNTK].

ORUMIYEH PRISON (a.k.a. URMIA CENTRAL PRISON; a.k.a. URMIA PRISON), Orumiyeh City, West Azerbaijan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

ORYX DENIZ CILIK LTD (a.k.a. ORYX DENIZCILIK LIMITED SIRKETI), Maslak Mahallesi Eski Buyukdere Cad Giz 2000 Plaza Apt No. 7/33, Sariyer, Istanbul, Turkey; Ataturk Mah.Ertugrul Gazi Sk. A Block No. 2E Ic Kapi No. 542 Atasehir, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Oct 2018; Istanbul Chamber of Comm. No. 1149115 (Turkey); Registration Number 159266-5 (Turkey); Central Registration System Number 0648-1179-9800-0001 (Turkey) [SDGT] (Linked To: AL-MALLAH, Luay).

ORYX DENIZCILIK LIMITED SIRKETI (a.k.a. ORYX DENIZ CILIK LTD), Maslak Mahallesi Eski Buyukdere Cad Giz 2000 Plaza Apt No. 7/33, Sariyer, Istanbul, Turkey; Ataturk Mah.Ertugrul Gazi Sk. A Block No. 2E Ic Kapi No. 542 Atasehir, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Oct 2018; Istanbul Chamber of Comm. No. 1149115 (Turkey); Registration Number 159266-5 (Turkey); Central Registration System Number

0648-1179-9800-0001 (Turkey) [SDGT] (Linked To: AL-MALLAH, Luay).

OSADCHII, Nikolay (a.k.a. OSADCHIY, Nikolay Ivanovich (Cyrillic: ОСАДЧИЙ, Николай Иванович); a.k.a. OSADCHY, Nikolay Ivanovich), Russia; DOB 08 Dec 1957; POB Tuapse, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

OSADCHIY, Nikolay Ivanovich (Cyrillic: ОСАДЧИЙ, Николай Иванович) (a.k.a. OSADCHII, Nikolay; a.k.a. OSADCHY, Nikolay Ivanovich), Russia; DOB 08 Dec 1957; POB Tuapse, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

OSADCHUK, Aleksandr Vladimirovich, Russia; DOB 17 Nov 1962; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

OSADCHY, Nikolay Ivanovich (a.k.a. OSADCHII, Nikolay; a.k.a. OSADCHIY, Nikolay Ivanovich (Cyrillic: ОСАДЧИЙ, Николай Иванович)), Russia; DOB 08 Dec 1957; POB Tuapse, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

OSAMA TRADING COMPANY LTD (a.k.a. AL-OSAMA TRADING CO. LTD.; a.k.a. AL-'USAMA TRADING COMPANY; a.k.a. ASYAF GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING & INVESTMENT; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING AND INVESTMENT; a.k.a. DAN ISDICO; a.k.a. M/S OSAMA KHAIRY HAFEZ TRADING EST.; a.k.a. "AL-'USAMAH COMPANY"; a.k.a. "ASAMA COMMERCIAL COMPANY"; a.k.a. "ASAMA COMPANY"; a.k.a. "NURIN COMPANY"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; 504 & 7102, Ibrahim Shakir Building, Hail Street Rowais, Near Caravan Center, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah, Saudi

Arabia; Riyadh 14213, Saudi Arabia; Dammam, Saudi Arabia; Al Kharaj, Saudi Arabia; Qasim, Saudi Arabia; Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-AGHA, Abu Ubaydah Khayri Hafiz; Linked To: HAMAS).

OSANLOO, Mohammad Taghi (Arabic: محمد تقی اصانلو) (a.k.a. OSANLOO, Mohammad Taqi; a.k.a. OSANLOU, Mohammad Taghi; a.k.a. OSANLOU, Mohammad Taqi; a.k.a. OSANLU, Mohammad Taghi; a.k.a. OSANLU, Mohammad Taqi), Urmia, Iran; DOB 30 Nov 1962; POB Zanjan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10512748 (Iran) expires 13 Apr 2024; IRGC Brigadier General (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

OSANLOO, Mohammad Taqi (a.k.a. OSANLOO, Mohammad Taghi (Arabic: محمد تقی اصانلو); a.k.a. OSANLOU, Mohammad Taghi; a.k.a. OSANLOU, Mohammad Taqi; a.k.a. OSANLU, Mohammad Taghi; a.k.a. OSANLU, Mohammad Taqi), Urmia, Iran; DOB 30 Nov 1962; POB Zanjan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10512748 (Iran) expires 13 Apr 2024; IRGC Brigadier General (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

OSANLOU, Mohammad Taghi (a.k.a. OSANLOO, Mohammad Taghi (Arabic: محمد تقی اصانلو); a.k.a. OSANLOO, Mohammad Taqi; a.k.a. OSANLOU, Mohammad Taqi; a.k.a. OSANLU, Mohammad Taghi; a.k.a. OSANLU, Mohammad Taqi), Urmia, Iran; DOB 30 Nov 1962; POB Zanjan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10512748 (Iran) expires 13 Apr 2024; IRGC Brigadier General (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

OSANLOU, Mohammad Taqi (a.k.a. OSANLOO, Mohammad Taghi (Arabic: محمد تقی اصانلو); a.k.a. OSANLOO, Mohammad Taqi; a.k.a. OSANLOU, Mohammad Taghi; a.k.a. OSANLU, Mohammad Taghi; a.k.a. OSANLU, Mohammad Taqi), Urmia, Iran; DOB 30 Nov 1962; POB Zanjan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10512748

(Iran) expires 13 Apr 2024; IRGC Brigadier General (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

OSANLU, Mohammad Taghi (a.k.a. OSANLOO, Mohammad Taghi (Arabic: محمد تقی اصانلو); a.k.a. OSANLOO, Mohammad Taqi; a.k.a. OSANLOU, Mohammad Taghi; a.k.a. OSANLOU, Mohammad Taqi; a.k.a. OSANLU, Mohammad Taqi), Urmia, Iran; DOB 30 Nov 1962; POB Zanjan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10512748 (Iran) expires 13 Apr 2024; IRGC Brigadier General (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

OSANLU, Mohammad Taqi (a.k.a. OSANLOO, Mohammad Taghi (Arabic: محمد تقی اصانلو); a.k.a. OSANLOO, Mohammad Taqi; a.k.a. OSANLOU, Mohammad Taghi; a.k.a. OSANLOU, Mohammad Taqi; a.k.a. OSANLU, Mohammad Taghi), Urmia, Iran; DOB 30 Nov 1962; POB Zanjan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10512748 (Iran) expires 13 Apr 2024; IRGC Brigadier General (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

OSBORNE DIS TICARET LIMITED SIRKETI (a.k.a. GIF GROUPE DINVESTISSEMENT FINANCI OSBORNE DIS TIC LTD STI), Yakuplu Mah. Hurriyet Bul. Skyport Sitesi, Skyport Residence Blok No. 1 ic, Kap 1 No. 64 Beylikduzu, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Jun 2022; Tax ID No. 6481617870 (Turkey) [RUSSIA-EO14024].

OSEGUERA CERVANTES, Antonio (a.k.a. MORA GARIBAY, Joel; a.k.a. "Tony Montana"), Priv Linda Vista 3986, Fracc El Soler, Tijuana, B.C. 22110, Mexico; DOB 20 Aug 1958; POB Aguililla, Michoacan de Ocampo, Mexico; C.U.R.P. OECA580820HMNSRN04 (Mexico); I.F.E. OSCRAN58082016H800 (Mexico) (individual) [SDNTK] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

OSEGUERA CERVANTES, Nemesio (a.k.a. OSEGUERA CERVANTES, Ruben; a.k.a. "El Mencho"; a.k.a. "El Senor de los Gallos"), Jalisco, Mexico; DOB 17 Jul 1966; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. OECR660717HMNSRB00 (Mexico) (individual) [SDNTK] [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

OSEGUERA CERVANTES, Ruben (a.k.a. OSEGUERA CERVANTES, Nemesio; a.k.a. "El Mencho"; a.k.a. "El Senor de los Gallos"), Jalisco, Mexico; DOB 17 Jul 1966; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. OECR660717HMNSRB00 (Mexico) (individual) [SDNTK] [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

OSERMACA (a.k.a. OBRAS, SERVICIOS Y MANTENIMIENTOS C.A.), Av. Cristobal Colon, Arterial 7, Centro Empresarial Colon, Planta Alta, Ofic. B1, Ciudad Ojeda, Zulia, Venezuela; RIF # J-31136071-9 (Venezuela) [SDNTK].

OSETROVA, Maria Aleksandrovna (Cyrillic: ОСЕТРОВА, Мария Александровна) (a.k.a. OSETROVA, Mariya Aleksandrovna; f.k.a. ZAKHAROVA, Maria Aleksandrovna (Cyrillic: ЗАХАРОВА, Мария Александровна)), 272 Pushkinskaya St., Apt. 41, Izhevsk 426008, Russia; DOB 07 Jan 1988; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 183116181362 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Aleksandr Vyacheslavovich).

OSETROVA, Mariya Aleksandrovna (a.k.a. OSETROVA, Maria Aleksandrovna (Cyrillic: ОСЕТРОВА, Мария Александровна); f.k.a. ZAKHAROVA, Maria Aleksandrovna (Cyrillic: ЗАХАРОВА, Мария Александровна)), 272 Pushkinskaya St., Apt. 41, Izhevsk 426008, Russia; DOB 07 Jan 1988; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 183116181362 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Aleksandr Vyacheslavovich).

OSIEL CARDENAS-GUILLEN ORGANIZATION (a.k.a. CARTEL DEL GOLFO; a.k.a. GULF CARTEL; a.k.a. "CDG"), Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist

Group; Target Type Criminal Organization [SDNTK] [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

O-SI-ES-TSENTR, OOO (Cyrillic: ООО О-СИ-ЭС-ЦЕНТР) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU O-SI-ES-TSENTR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ О-СИ-ЭС-ЦЕНТР); a.k.a. OCS-CENTER LTD), Domovladenie 6 Str. 1 Kom. 7, Km. Kievskoe Shosse 22-I (P Moskovski), Moscow 108811, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Jul 2003; Tax ID No. 7701341820 (Russia); Registration Number 1037701914612 (Russia) [RUSSIA-EO14024].

OSIN, Pavel Mikhailovich (a.k.a. OSIN, Pavel Mikhaylovich (Cyrillic: ОСИН, Павел Михайлович)), Russia; DOB 14 May 1978; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773129841560 (Russia) (individual) [RUSSIA-EO14024].

OSIN, Pavel Mikhaylovich (Cyrillic: ОСИН, Павел Михайлович) (a.k.a. OSIN, Pavel Mikhailovich), Russia; DOB 14 May 1978; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773129841560 (Russia) (individual) [RUSSIA-EO14024].

OSIPOV, Aleksander Mikhailovich (a.k.a. OSIPOV, Aleksandr Mikhaylovich (Cyrillic: ОСИПОВ, Александр Михайлович); a.k.a. OSIPOV, Alexander Mikhaylovich), Zabaykalye Region, Russia; DOB 28 Sep 1969; POB Rostov-on-Don, Rostov Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

OSIPOV, Aleksandr Mikhaylovich (Cyrillic: ОСИПОВ, Александр Михайлович) (a.k.a. OSIPOV, Aleksander Mikhailovich; a.k.a. OSIPOV, Alexander Mikhaylovich), Zabaykalye Region, Russia; DOB 28 Sep 1969; POB Rostov-on-Don, Rostov Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

OSIPOV, Alexander Mikhaylovich (a.k.a. OSIPOV, Aleksander Mikhailovich; a.k.a. OSIPOV, Aleksandr Mikhaylovich (Cyrillic:

ОСИПОВ, Александр Михайлович)), Zabaykalye Region, Russia; DOB 28 Sep 1969; POB Rostov-on-Don, Rostov Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

OSIPOV, Ivan (Cyrillic: ОСИПОВ, Иван) (a.k.a. OSIPOV, Ivan Vladimirovich (Cyrillic: ОСИПОВ, Иван Владимирович); a.k.a. SPIRIDONOV, Ivan (Cyrillic: СПИРИДОНОВ, Иван); a.k.a. SPIRIDONOV, Ivan Vasilyevich), Moscow, Russia; DOB 21 Aug 1976; alt. DOB 21 Aug 1975; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

OSIPOV, Ivan Vladimirovich (Cyrillic: ОСИПОВ, Иван Владимирович) (a.k.a. OSIPOV, Ivan (Cyrillic: ОСИПОВ, Иван); a.k.a. SPIRIDONOV, Ivan (Cyrillic: СПИРИДОНОВ, Иван); a.k.a. SPIRIDONOV, Ivan Vasilyevich), Moscow, Russia; DOB 21 Aug 1976; alt. DOB 21 Aug 1975; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

OSIPYAN INSTITUTE OF SOLID STATE PHYSICS OF THE RUSSIAN ACADEMY OF SCIENCES (f.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE INSTITUTE OF SOLID STATE PHYSICS N.A. YU. A. OSIPYAN OF THE RUSSIAN ACADEMY OF SCIENCES; f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK BU; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK FGBU; a.k.a. INSTITUTE OF SOLID STATE PHYSICS OF THE ACADEMY OF SCIENCES SSSR; a.k.a. "IFTT RAN"; a.k.a. "ISSP RAS"), d. 2, ul. Akademika Osipyana, Chernogolovka, Moskovskaya Obl 142432, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Mar 1998; Tax ID No. 5031003120 (Russia); Government Gazette Number 02699796 (Russia); Registration Number 1025003915243 (Russia) [RUSSIA-EO14024].

OSKOL ELECTROMETALLURGICAL PLANT AO (Cyrillic: ОСКОЛЬСКИЙ ЭЛЕКТРОМЕТАЛЛУРГИЧЕСКИЙ КОМБИНАТ ИМЕНИ АЛЕКСЕЯ АЛЕКСЕЕВИЧА УГАРОВА АКЦИОНЕРНОЕ ОБЩЕСТВО), Prospekt Alekseya Ugarova, 218, Zdanie 2, Stary Oskol, Belgorod Oblast 309515, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Apr 1993; Registration ID 1023102358620 (Russia); Tax ID No. 3128005752 (Russia) [RUSSIA-EO14024] (Linked To: HOLDINGOVAYA KOMPANIYA METALLOINVEST AO).

O'SMACH CASINO RESORT (a.k.a. O SMACH RESORT; a.k.a. O-SMACH RESORT), National Highway 68, Krong Samraong, Cambodia; Organization Established Date 01 Jan 2000; Organization Type: Short term accommodation activities; alt. Organization Type: Gambling and betting activities [GLOMAG] (Linked To: LY, Yong Phat).

O-SMACH RESORT (a.k.a. O SMACH RESORT; a.k.a. O'SMACH CASINO RESORT), National Highway 68, Krong Samraong, Cambodia; Organization Established Date 01 Jan 2000; Organization Type: Short term accommodation activities; alt. Organization Type: Gambling and betting activities [GLOMAG] (Linked To: LY, Yong Phat).

OSMAKOV, Vasiliy Sergeevich (Cyrillic: ОСЬМАКОВ, Василий Сергеевич) (a.k.a. OSMAKOV, Vasily Sergeyevich), Moscow, Russia; DOB 08 Jun 1983; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

OSMAKOV, Vasily Sergeyevich (a.k.a. OSMAKOV, Vasiliy Sergeevich (Cyrillic: ОСЬМАКОВ, Василий Сергеевич)), Moscow, Russia; DOB 08 Jun 1983; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

OSONG SHIPPING COMPANY (a.k.a. KOREA OSONG SHIPPING CORPORATION; a.k.a. OSONG SHIPPING CORPORATION), Kansong-dong, Pyongchon-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 2006; Company Number 5619960 (Korea, North) [DPRK3].

OSONG SHIPPING CORPORATION (a.k.a. KOREA OSONG SHIPPING CORPORATION; a.k.a. OSONG SHIPPING COMPANY), Kansong-dong, Pyongchon-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 2006; Company Number 5619960 (Korea, North) [DPRK3].

OSOO GAZPROM NEFT AZIYA (a.k.a. GAZPROM NEFT ASIA LLC; a.k.a. GAZPROM NEFT AZIA LLC), 8 Microdistrict 28 A Oktyabrskiy, Bishkek 720001, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 02106200610072 (Russia); Business Registration Number 24176198 (Kyrgyzstan) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM NEFT).

OSOO KARGOLAYN (a.k.a. CARGOLINE LLC), Str. Shabdan Baatyra 27/1, Bishkek 720001, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Mar 2022; Tax ID No. 02503202210145 (Kyrgyzstan) [RUSSIA-EO14024].

OSOO PROFFLAB (a.k.a. LIMITED LIABILITY COMPANY PROFFLAB (Cyrillic: ПРОФФЛАБ ЖООПКЕРЧИЛИГИ ЧЕКТЕЛГЕН КООМУ; Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОФФЛАБ); a.k.a. LLC PROFFLAB (Cyrillic: ЖЧК ПРОФФЛАБ); a.k.a. PROFFLAB LIMITED LIABILITY COMPANY), 2, 179 Toktogula, Bishkek, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 01703202210047 (Kyrgyzstan); Registration Number 204218-3300-OOO (Kyrgyzstan) [RUSSIA-EO14024].

OSOO PROGRESS LIDER (a.k.a. PROGRESS LEADER LLC), Skryabina 39/1, Bishkek 720001, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Mar 2022; Tax ID No. 02503202210310 (Kyrgyzstan) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY SIAISI).

OSOO RM DIZAYN AND DEVELOPMENT (a.k.a. LLC RM DESIGN AND DEVELOPMENT;

a.k.a. OSOO RM DIZAYN END DEVELOPMENT; a.k.a. RM DESIGN&DEVELOPMENT; a.k.a. RM DESIGNANDDEVELOPMENT; a.k.a. RM DIZAIN AND DEVELOPMENT OSOO), Chyngyza Atymatova Str., 303, Bishkek 720016, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Mar 2022; Tax ID No. 01703202210110 (Kyrgyzstan) [RUSSIA-EO14024].

OSOO RM DIZAYN END DEVELOPMENT (a.k.a. LLC RM DESIGN AND DEVELOPMENT; a.k.a. OSOO RM DIZAYN AND DEVELOPMENT; a.k.a. RM DESIGN&DEVELOPMENT; a.k.a. RM DESIGNANDDEVELOPMENT; a.k.a. RM DIZAIN AND DEVELOPMENT OSOO), Chyngyza Atymatova Str., 303, Bishkek 720016, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Mar 2022; Tax ID No. 01703202210110 (Kyrgyzstan) [RUSSIA-EO14024].

OSORIO GUZMAN, Felix Ramon, Venezuela; DOB 05 Oct 1969; POB Maracay, Venezuela; nationality Venezuela; Gender Male; Cedula No. V-9657088 (Venezuela) (individual) [VENEZUELA].

OSORIO ZAMBRANO, Carlos Alberto, Miranda, Venezuela; DOB 10 Oct 1966; citizen Venezuela; Gender Male; Cedula No. 6397281 (Venezuela); President of the Superior Organ of Venezuela's Transport Mission (individual) [VENEZUELA].

OSPINA MURILLO, Wilmer, c/o CIA. COMERCIALIZADORA DE MOTOCICLETAS Y REPUESTOS S.A., Granada, Meta, Colombia; c/o ESTACION DE SERVICIO LA FLORESTA DE FUENTE DE ORO, Fuente de Oro, Meta, Colombia; c/o ESTACION DE SERVICIO LA TURQUESA, Puerto Lleras, Meta, Colombia; c/o ESTACION DE SERVICIO SERVIAGRICOLA DEL ARIARI, Puerto Lleras, Meta, Colombia; c/o LA TASAJERA DE FUENTE DE ORO, Fuente de Oro, Meta, Colombia; c/o WISMOTOS FUENTE DE ORO, Fuente de Oro, Meta, Colombia; c/o CIA. AGROINDUSTRIAL PALMERA S.A., Villavicencio, Colombia; DOB 26 May 1970; Cedula No. 17344677 (Colombia) (individual) [SDNTK].

OSSEIRAN, Ali (a.k.a. ASAYRAN, Ali Raaouf; a.k.a. ASAYRAN, Ali Ra'ouf; a.k.a. OSSEIRAN, Ali Raouf), Dubai, United Arab Emirates; DOB 12 May 1967; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2898488 (Lebanon) expires 11 Aug 2019 (individual) [SDGT] (Linked To: AHMAD, Nazem Said; Linked To: AHMAD, Firas Nazem).

OSSEIRAN, Ali Raouf (a.k.a. ASAYRAN, Ali Raaouf; a.k.a. ASAYRAN, Ali Ra'ouf; a.k.a. OSSEIRAN, Ali), Dubai, United Arab Emirates; DOB 12 May 1967; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2898488 (Lebanon) expires 11 Aug 2019 (individual) [SDGT] (Linked To: AHMAD, Nazem Said; Linked To: AHMAD, Firas Nazem).

OSTAD, Hamid, Iran; DOB 1964 to 1966; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: ANSAR-E HEZBOLLAH).

OSTAD, Mohammad Reza, Iran; DOB 22 Jun 1975; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3520258560 (Iran) (individual) [CAATSA - IRAN].

OSTADAKBARI, Alireza, Iran; DOB 23 Apr 1988; POB Delijan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Z30367974 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

OSTANINA, Nina Aleksandrovna (Cyrillic: ОСТАНИНА, Нина Александровна), Russia; DOB 26 Dec 1955; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

OSTEC ENTERPRISE LTD (a.k.a. PREDPRIYATIE OSTEK), ul. Moldavskaya d. 5, korp. 2, Moscow 121467, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Jan 1994; Tax ID No. 7731480806 (Russia); Registration Number 5147746169951 (Russia) [RUSSIA-EO14024].

OSTEC SMART TECHNOLOGIES LIMITED LIABILITY COMPANY (a.k.a. OSTEC SMART TECHNOLOGIES LLC; a.k.a. OSTEK SMART TECHNOLOGIES), Ul. Kulakova D. 20, Str. 1G, Pomeshch. XIV, Kom. 12, Moscow 123592, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7734462210 (Russia); Registration Number 1227700665994 (Russia) [RUSSIA-EO14024].

OSTEC SMART TECHNOLOGIES LLC (a.k.a. OSTEC SMART TECHNOLOGIES LIMITED LIABILITY COMPANY; a.k.a. OSTEK SMART TECHNOLOGIES), Ul. Kulakova D. 20, Str. 1G, Pomeshch. XIV, Kom. 12, Moscow 123592, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7734462210 (Russia); Registration Number 1227700665994 (Russia) [RUSSIA-EO14024].

OSTEC-ARTTOOL LTD (a.k.a. OSTEK-ARTTUL), ul. Moldavskaya d. 5/2, Moscow 121467, Russia; ul. Barklaya d. 6, str. 3, et/kom 5/1-17, Moscow 121087, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Apr 2007; Tax ID No. 7731481038 (Russia); Registration Number 5147746189036 (Russia) [RUSSIA-EO14024] (Linked To: GARSHIN, Vadim Veniaminovich; Linked To: RAZORENOV, Aleksandr Gennadievich).

OSTEC-EC LTD (a.k.a. OSTEK-EK), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Apr 2013; Tax ID No. 7731481077 (Russia); Registration Number 5147746189070 (Russia) [RUSSIA-EO14024].

OSTEC-ELECTRO LTD (a.k.a. OSTEK-ELEKTRO), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Apr 2013; Tax ID No. 7731483966 (Russia); Registration Number 5147746324754 (Russia) [RUSSIA-EO14024].

OSTEC-ETC LTD (a.k.a. OSTEK-ETK), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; Nab. Luzhnetskaya d. 2/4, str. 16, et/pom. 3/303, Moscow 119270, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Apr 2013; Tax ID No. 7731481052 (Russia); Registration Number 5147746189058 (Russia) [RUSSIA-EO14024].

OSTEC-INTEGRA LTD (a.k.a. OSTEK-INTEGRA OOO), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; ul. Partizanskaya d. 25, et/pom/kom 4/I/8, 8A 8B 9 9A 9B 9V 10-20 33, Moscow 121351, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Nov 2011;

Tax ID No. 7731416984 (Russia); Registration Number 1117746929717 (Russia) [RUSSIA-EO14024].

OSTEC-SMT LTD (a.k.a. OSTEK-SMT), ul. Kulakova d. 20, str. 1G, Moscow 123592, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Apr 2013; Tax ID No. 7731481045 (Russia); Registration Number 5147746189047 (Russia) [RUSSIA-EO14024].

OSTEC-ST LTD (a.k.a. OSTEK-ST), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jun 2009; Tax ID No. 7731630120 (Russia); Registration Number 1097746369820 (Russia) [RUSSIA-EO14024].

OSTEC-TEST LTD (a.k.a. OSTEK-TEST), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Apr 2013; Tax ID No. 7731481020 (Russia); Registration Number 5147746189025 (Russia) [RUSSIA-EO14024].

OSTEK SMART TECHNOLOGIES (a.k.a. OSTEC SMART TECHNOLOGIES LIMITED LIABILITY COMPANY; a.k.a. OSTEC SMART TECHNOLOGIES LLC), Ul. Kulakova D. 20, Str. 1G, Pomeshch. XIV, Kom. 12, Moscow 123592, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7734462210 (Russia); Registration Number 1227700665994 (Russia) [RUSSIA-EO14024].

OSTEK-ARTTUL (a.k.a. OSTEC-ARTTOOL LTD), ul. Moldavskaya d. 5/2, Moscow 121467, Russia; ul. Barklaya d. 6, str. 3, et/kom 5/1-17, Moscow 121087, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Apr 2007; Tax ID No. 7731481038 (Russia); Registration Number 5147746189036 (Russia) [RUSSIA-EO14024] (Linked To: GARSHIN, Vadim Veniaminovich; Linked To: RAZORENOV, Aleksandr Gennadievich).

OSTEK-EK (a.k.a. OSTEC-EC LTD), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Apr 2013; Tax ID No. 7731481077 (Russia); Registration Number 5147746189070 (Russia) [RUSSIA-EO14024].

OSTEK-ELEKTRO (a.k.a. OSTEC-ELECTRO LTD), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Organization Established Date 23 Apr 2013; Tax ID No. 7731483966 (Russia); Registration Number 5147746324754 (Russia) [RUSSIA-EO14024].

OSTEK-ETK (a.k.a. OSTEC-ETC LTD), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; Nab. Luzhnetskaya d. 2/4, str. 16, et/pom. 3/303, Moscow 119270, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Apr 2013; Tax ID No. 7731481052 (Russia); Registration Number 5147746189058 (Russia) [RUSSIA-EO14024].

OSTEK-INTEGRA OOO (a.k.a. OSTEC-INTEGRA LTD), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; ul. Partizanskaya d. 25, et/pom/kom 4/I/8, 8A 8B 9 9A 9B 9V 10-20 33, Moscow 121351, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Nov 2011; Tax ID No. 7731416984 (Russia); Registration Number 1117746929717 (Russia) [RUSSIA-EO14024].

OSTEK-SMT (a.k.a. OSTEC-SMT LTD), ul. Kulakova d. 20, str. 1G, Moscow 123592, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Apr 2013; Tax ID No. 7731481045 (Russia); Registration Number 5147746189047 (Russia) [RUSSIA-EO14024].

OSTEK-ST (a.k.a. OSTEC-ST LTD), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jun 2009; Tax ID No. 7731630120 (Russia); Registration Number 1097746369820 (Russia) [RUSSIA-EO14024].

OSTEK-TEST (a.k.a. OSTEC-TEST LTD), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Apr 2013; Tax ID No. 7731481020 (Russia); Registration Number 5147746189025 (Russia) [RUSSIA-EO14024].

OSTEN BLANCO, Orozman Orlando (a.k.a. "Rodrigo Flechas"), Colombia; DOB 11 Mar 1970; nationality Colombia; Gender Male; Cedula No. 98596602 (Colombia) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: CLAN DEL GOLFO).

OSTOZHENKA 19 (a.k.a. LIMITED LIABILITY COMPANY OSTOZHENKA 19 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОСТОЖЕНКА 19); a.k.a. LLC OSTOZHENKA 19 (Cyrillic: ООО

ОСТОЖЕНКА 19); a.k.a. OSTOZHENKA 19 OOO), etazh/pom 3/14, stroenie 1, dom 19, ulitsa Ostozhenka, Moscow 119034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Oct 2013; Tax ID No. 7703798019 (Russia); Registration Number 1137746907781 (Russia) [RUSSIA-EO14024] (Linked To: TOKAREVA, Maiya Nikolaevna).

OSTOZHENKA 19 OOO (a.k.a. LIMITED LIABILITY COMPANY OSTOZHENKA 19 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОСТОЖЕНКА 19); a.k.a. LLC OSTOZHENKA 19 (Cyrillic: ООО ОСТОЖЕНКА 19); a.k.a. OSTOZHENKA 19), etazh/pom 3/14, stroenie 1, dom 19, ulitsa Ostozhenka, Moscow 119034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Oct 2013; Tax ID No. 7703798019 (Russia); Registration Number 1137746907781 (Russia) [RUSSIA-EO14024] (Linked To: TOKAREVA, Maiya Nikolaevna).

OSTROUSKY, Alexander (a.k.a. OSTROWSKY, Alexander), Zurich, Switzerland; DOB 21 Aug 1963; nationality Austria; alt. nationality Switzerland; citizen Austria; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport X3278664 (Switzerland) (individual) [RUSSIA-EO14024] (Linked To: SEQUOIA TREUHAND TRUST REG).

OSTROVSKIY, Aleksey Vladimirovich (a.k.a. OSTROVSKIY, Alexey Vladimirovich (Cyrillic: ОСТРОВСКИЙ, Алексей Владимирович)), Smolensk, Russia; DOB 14 Jan 1976; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772912868708 (Russia) (individual) [RUSSIA-EO14024].

OSTROVSKIY, Alexey Vladimirovich (Cyrillic: ОСТРОВСКИЙ, Алексей Владимирович) (a.k.a. OSTROVSKIY, Aleksey Vladimirovich), Smolensk, Russia; DOB 14 Jan 1976; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772912868708 (Russia) (individual) [RUSSIA-EO14024].

OSTROVSKIY, Svyatoslav Yevgenievich (a.k.a. OSTROVSKY, Svyatoslav Evgenievich (Cyrillic: ОСТРОВСКИЙ, Святослав Евгеньевич)), Russia; DOB 09 Mar 1979; POB Krasnodar Region, Russia; nationality Russia; Gender

Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

OSTROVSKY, Svyatoslav Evgenievich (Cyrillic: ОСТРОВСКИЙ, Святослав Евгеньевич) (a.k.a. OSTROVSKIY, Svyatoslav Yevgenievich), Russia; DOB 09 Mar 1979; POB Krasnodar Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

OSTROWSKY, Alexander (a.k.a. OSTROUSKY, Alexander), Zurich, Switzerland; DOB 21 Aug 1963; nationality Austria; alt. nationality Switzerland; citizen Austria; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport X3278664 (Switzerland) (individual) [RUSSIA-EO14024] (Linked To: SEQUOIA TREUHAND TRUST REG).

OSUNA GODOY, Rolando (a.k.a. ALVAREZ INZUNZA, Juan Manuel; a.k.a. INZUNZA ZAZUETA, Erik Tadeo; a.k.a. SALAS ROJO, Juan Manuel; a.k.a. TAMAYO IBARRA, Juan Manuel; a.k.a. "REY MIDAS"), 1538 Calle Turmalina Dos, Colonia Stase, Culiacan, Sinaloa, Mexico; DOB 08 Aug 1981; POB Culiacan, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. AAIJ810808HSLLNN01 (Mexico); RFC AAIJ810808SX4 (Mexico) (individual) [SDNTK] (Linked To: OPERADORA EFICAZ PEGASO; Linked To: NUEVA ATUNERA TRITON S.A. DE C.V.).

OSUNA, Gilberto (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

OTEGUI UNANUE, Mikel; DOB 08 Oct 1972; POB Itsasondo, Guipuzcoa Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 44.132.976 (Spain); Member ETA (individual) [SDGT].

OTHMAN, Hasan Chehadeh (Arabic: حسن شحاده عثمان) (a.k.a. OTHMAN, Hassan Shehadeh; a.k.a. "UTHMAN, Hassan"), Baalbak, Lebanon; DOB 29 Jun 1979; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3571577 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

OTHMAN, Hassan Shehadeh (a.k.a. OTHMAN, Hasan Chehadeh (Arabic: حسن شحاده عثمان); a.k.a. "UTHMAN, Hassan"), Baalbak, Lebanon; DOB 29 Jun 1979; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3571577 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

OTHMAN, Miran Rekawt (a.k.a. MAJID, Rawa; a.k.a. "Kurdish Fox"), Iran; DOB 12 Jul 1986; POB Kermanshah, Iran; nationality Sweden; alt. nationality Iraq; citizen Sweden; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [TCO] (Linked To: FOXTROT NETWORK).

OTIK AVIATION (a.k.a. OTIK HAVACILIK SANAYI VE TICARET LIMITED SIRKETI), Kent Pasaji C Blok No: 2/33-3, Halaskargazi Caddesi Eftal Sokak Sisli, Istanbul 34371, Turkey; Halaskar Gazi Cad. Eftal Sk. Kent Pasaji No: 2/33 Sisli, Istanbul 31371, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 844437 (Turkey) [SDGT] [IFSR] (Linked To: MAHAN AIR).

OTIK HAVACILIK SANAYI VE TICARET LIMITED SIRKETI (a.k.a. OTIK AVIATION), Kent Pasaji C Blok No: 2/33-3, Halaskargazi Caddesi Eftal Sokak Sisli, Istanbul 34371, Turkey; Halaskar Gazi Cad. Eftal Sk. Kent Pasaji No: 2/33 Sisli, Istanbul 31371, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 844437 (Turkey) [SDGT] [IFSR] (Linked To: MAHAN AIR).

OTKE, Anna Ivanovna (Cyrillic: ОТКЕ, Анна Ивановна), Russia; DOB 21 Dec 1974; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

OTKRITIE ASSET MANAGEMENT LTD (a.k.a. OOO OTKRITIE ASSET MANAGEMENT (Cyrillic: ООО УК ОТКРЫТИЕ); a.k.a. UK OTKRYTIE), Ul. Kozhevnicheskaya, d. 14, str. 5, Moscow 115114, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Dec 2000; Tax ID No. 7705394773 (Russia); Registration Number 1027739072613 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OTKRITIE BANK (a.k.a. PAO BANK OTKRITIE FINANCIAL CORPORATION; a.k.a. PJSC BANK FK OTKRITIE (Cyrillic: ПАО БАНК ФК ОТКРЫТИЕ); a.k.a. PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БАНК ФИНАНСОВАЯ КОРПОРАЦИЯ ОТКРЫТИЕ); a.k.a. PUBLIC JOINT STOCK COMPANY BANK OTKRITIE FINANCIAL CORPORATION), d. 2, str. 4, ul. Letnikovskaya, Moscow 115114, Russia; SWIFT/BIC JSNMRUMM; Website http://www.open.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Dec 1992; Tax ID No. 7706092528 (Russia); Registration Number 1027739019208 (Russia) [RUSSIA-EO14024].

OTKRITIE BROKER GROUP (Cyrillic: ГРУППА ОТКРЫТИЕ БРОКЕР) (a.k.a. AKTSIONERNOE OBSHCHESTVO OTKRYTIE BROKER; a.k.a. AO OTKRYTIE BROKER), ul. Letnikovskaya, d. 2, str. 4, Moscow 115114, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Dec 1995; Tax ID No. 7710170659 (Russia); Registration Number 1027739704772 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OTKRITIE CAPITAL CYPRUS LIMITED (a.k.a. OTKRITIE CAPITAL LIMITED), Millios Building, flat no: 2, Amathoyntos 42, Limassol 4532, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization

Established Date 06 Sep 2005; Registration Number C165058 (Cyprus) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OTKRITIE CAPITAL LIMITED (a.k.a. OTKRITIE CAPITAL CYPRUS LIMITED), Millios Building, flat no: 2, Amathoyntos 42, Limassol 4532, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Sep 2005; Registration Number C165058 (Cyprus) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OTKRITIE LTD (a.k.a. OTKRITIE LTD GROUP), Nicolaou Pentadromos Center, flat no: 908G, floor no: 9, Agias Zonis & Thessalonikis 1, Limassol 3025, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Jul 2012; Registration Number C309722 (Cyprus) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OTKRITIE LTD GROUP (a.k.a. OTKRITIE LTD), Nicolaou Pentadromos Center, flat no: 908G, floor no: 9, Agias Zonis & Thessalonikis 1, Limassol 3025, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Jul 2012; Registration Number C309722 (Cyprus) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OTKRITOE AKTCIONERNOE OBSHESTVO KAZANSKIJ ZAVOD SINTETICHESKOGO KAUCHUKA (a.k.a. KAZAN SYNTHETIC RUBBER PLANT JSC; a.k.a. "JSC KZSK"; a.k.a. "OAO KZSK"), 1 Lebedeva Str., Kazan, Republic of Tatarstan 420054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Jun 2002; Tax ID No. 1659032038 (Russia); Registration Number 1021603463485 (Russia) [RUSSIA-EO14024].

OTKRYTIE FAKTORING (a.k.a. OOO OTKRITIE FACTORING (Cyrillic: ООО ОТКРЫТИЕ ФАКТОРИНГ)), Pr-kt Andropova, d. 18, korpus 6, pom. 4-07, Moscow 115432, Russia; ul. Letnikovskaya, d. 10, str. 4, floor 7, pomeshch. I/45, Moscow 115114, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Apr 2016; Tax ID No. 7725314818 (Russia);

Registration Number 1167746399897 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OTKRYTIE KAPITAL (a.k.a. OOO OTKRITIE CAPITAL (Cyrillic: ООО ОТКРЫТИЕ КАПИТАЛ)), ul. Spartakovskaya, d. 5, str. 1, pom. IX, et mansarda, kom 6A, Moscow 105066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Apr 2020; Tax ID No. 9701158264 (Russia); Registration Number 1207700158973 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OTKRYTOE AKTSIONERNOE OBSCHESTVO BELORUSSKIY METALLURGICHESKIY ZAVOD (a.k.a. JOINT STOCK COMPANY PLANT LEGMASH; a.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO ZAVOD LEGMASH (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЗАВОД ЛЕГМАШ); a.k.a. ZAVOD SHVEINYKH MASHIN OAO), 17, per. Vostochny, Orsha 211390, Belarus; Tax ID No. 300228934 (Belarus) [BELARUS-EO14038].

OTKRYTOE AKTSIONERNOE OBSCHESTVO CITY (a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO CITY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SITI; a.k.a. "CITY PUBLIC JOINT STOCK COMPANY"; a.k.a. "MANAGEMENT COMPANY MOSCOW CITY"; a.k.a. "SITI PAO"), 9 Nab Frunzenskaya, Moscow 119146, Russia; d. 6 str. 2 etazh 2 Pomesch.I kom. 33, 34, Naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 May 1992; Tax ID No. 7704026946 (Russia); Government Gazette Number 17434671 (Russia); Registration Number 1027700068440 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSCHESTVO ELECTROVIPRYAMITEL (a.k.a. JSC ELECTROVIPRYAMITEL; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO ELECTROVIPRYAMITEL), 126, Proletarskaya Str, Saransk 430001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1325013893 (Russia); Registration Number 1021301064950 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSCHESTVO GAZPROM AVTOMATIZATSIYA (a.k.a. GAZAVTOMATIKA; a.k.a. JOINT STOCK COMPANY GAZPROM AVTOMATIZATSIYA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO GAZPROM AVTOMATIZATSIYA), 25, Savvinskaya Naberezhnaya, Moscow 119435, Russia; d. 3 pom. VI kom. 21, ul. Kirpichnye Vyemki Moscow, Moscow 117405, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Aug 1993; Tax ID No. 7704028125 (Russia); Government Gazette Number 00159093 (Russia); Registration Number 1027700055360 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSCHESTVO MASHINOSTROITELNYI ZAVOD ARSENAL (a.k.a. ARSENAL MACHINE BUILDING PLANT OJSC; a.k.a. ARSENAL MACHINE BUILDING PLANT OPEN JOINT STOCK COMPANY; a.k.a. MZ ARSENAL OAO; a.k.a. MZ ARSENAL PAO), 1-3, Komsomola Street, Saint Petersburg 195009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804040302 (Russia); Government Gazette Number 07541733 (Russia); Registration Number 1027802490540 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA (a.k.a. MIG; f.k.a. OJSC UAC (Cyrillic: ОАО ОАК); a.k.a. PJSC UAC (Cyrillic: ПАО ОАК); a.k.a. PUBLIC JOINT STOCK COMPANY UNITED AIRCRAFT CORPORATION (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ОБЪЕДИНЕННАЯ АВИАСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. SUKHOI; a.k.a. UNITED AIRCRAFT CORPORATION), ul. Bolshaya Pioneerskaya, d. 1, Moscow 115054, Russia (Cyrillic: ул. Большая Пионерская, д. 1, город Москва 115054, Russia); Str.1, 22, Ulanskyi Pereulok, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2006; Target Type State-Owned Enterprise; Tax ID No. 7708619320 (Russia); Registration Number

1067759884598 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSCHESTVO TUPOLEV (a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO TUPOLEV; a.k.a. TUPOLEV JSC; a.k.a. TUPOLEV PAO; a.k.a. TUPOLEV PUBLIC JOINT STOCK COMPANY), 17, Naberezhnaya Akademika Tupoleva, Moscow 105005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7705313252 (Russia); Registration Number 1027739263056 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSCHESTVO ZAVOD LEGMASH (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЗАВОД ЛЕГМАШ) (a.k.a. JOINT STOCK COMPANY PLANT LEGMASH; a.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO BELORUSSKIY METALLURGICHESKIY ZAVOD; a.k.a. ZAVOD SHVEINYKH MASHIN OAO), 17, per. Vostochny, Orsha 211390, Belarus; Tax ID No. 300228934 (Belarus) [BELARUS-EO14038].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO AKTSIONERNY BANK ROSSIYA (a.k.a. AB ROSSIYA, OAO; f.k.a. AKTSIONERNY BANK RUSSIAN FEDERATION; a.k.a. BANK ROSSIYA), 2 Liter A Pl. Rastrelli, Saint Petersburg 191124, Russia; SWIFT/BIC ROSYRU2P; Website www.abr.ru; Email Address bank@abr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027800000084 (Russia); Tax ID No. 7831000122 (Russia); Government Gazette Number 09804148 (Russia) [UKRAINE-EO13661].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO ALEVKURP (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО АЛЕВКУРП; Cyrillic: ОАО АЛЕВКУРП) (a.k.a. JSC ALEVKURP; a.k.a. OJSC ALEVKURP; a.k.a. OPEN JOINT STOCK COMPANY ALEVKURP), Korolev Stan, st. Moskovskaya, Borovlyansky, Minsk, Minsk Region 223027, Belarus; Organization Established Date 24 Sep 1996; Target Type State-Owned Enterprise; Tax ID No. 101148789 (Belarus) [BELARUS-EO14038].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO AMKODOR UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA (a.k.a. AMKODOR OAO; a.k.a. OPEN JOINT STOCK COMPANY AMKODOR MANAGEMENT HOLDING COMPANY), D. 8, kom. 201, Nezhiloe pomeshchenie, ul. P. Brovki, Minsk 220013, Belarus; Tax ID No. 100135676 (Belarus); Government Gazette Number 05762507 (Belarus) [BELARUS-EO14038].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO DOIGOPRUDNENSKOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE (a.k.a. DOLGOPRUDNENSKOYE NPP OAO; a.k.a. DOLGOPRUDNY; a.k.a. DOLGOPRUDNY RESEARCH PRODUCTION ENTERPRISE; a.k.a. OAO 'DOLGOPRUDNY RESEARCH PRODUCTION ENTERPRISE'), 1 Pl. Sobina, Dolgoprudny, Moskovskaya obl. 141700, Russia; Proshchad Sobina 1, Dolgoprudny 141700, Russia; Email Address dnpp@orc.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1025001202544; Tax ID No. 5008000322; Government Gazette Number 07504318 [UKRAINE-EO13661].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO ELEKTROMASHINOSTROITELNYI ZAVOD VELKONT, ul. Lenina d. 1B, Kirovo-Chepetsk 613047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4341009610 (Russia); Registration Number 1024300749087 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO KAZANSKII ZAVOD ELEKTROPRIBOR (a.k.a. KAZAN PLANT ELECTRIC DEVICE OPEN JOINT STOCK COMPANY; a.k.a. OPEN JOINT STOCK COMPANY KAZAN PLANT ELECTROPRIBOR), Ul. Nikolaya Ershova D. 20, Kazan 420061, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1655064494 (Russia); Registration Number 1041621021749 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO KOMMERCHESKIY BANK VERKHNEVOLZHSKIY (a.k.a. COMMERCIAL JOINT-STOCK BANK VERHNEVOLGSKY; a.k.a. OAO KB VERKHNEVOLZHSKIY; a.k.a. OJSC CB VERKHNEVOLZHSKY; a.k.a. OPEN JOINT STOCK COMPANY COMMERCIAL BANK VERKHNEVOLZHSKY; a.k.a. PUBLIC COMMERCIAL JOINT-STOCK BANK VERHNEVOLZHSKY), Ulitsa Bratyev Orlovykh 1a, Rybinsk, Yaroslavskaya Oblast 152903, Russia; Ulitsa Suvorova 39A, Sevastopol, Crimea 299011, Ukraine; Pereulok Pionerskiy 5, Simferopol, Crimea 295011, Ukraine; SWIFT/BIC VECARU21; alt. SWIFT/BIC VVBKRU2Y; Website www.vvbank.ru; Email Address vbank@yaroslavl.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027600000185 (Russia) [UKRAINE-EO13685].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO KRASNODARSKIY KRAEVOY INVESTITSIONNIY BANK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КРАСНОДАРСКИЙ КРАЕВОЙ ИНВЕСТИЦИОННЫЙ БАНК) (a.k.a. OAO KRAYINVESTBANK (Cyrillic: ОАО КРАЙИНВЕСТБАНК); a.k.a. OJSC KRAYINVESTBANK; a.k.a. OPEN JOINT STOCK COMPANY KRASNODAR REGIONAL INVESTMENT BANK), Ulitsa Mira 34, Krasnodar 350063, Russia; Ulitsa Bolshaya Morskaya 23, Sevastopol, Crimea 299011, Ukraine; Ulitsa Dolgorukovskaya/Zhukovskogo/A. Nevskogo 1/1/6, Simferopol, Crimea 295000, Ukraine; SWIFT/BIC KRRIRU22; Website www.kibank.ru; Email Address mail@kibank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1022300000029 (Russia); All offices worldwide [UKRAINE-EO13685].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO MASHINOSTROITELNY ZAVOD IM.M.I.KALININA, G.EKATERINBURG (a.k.a. KALININ MACHINE PLANT JSC; a.k.a. KALININ MACHINE-BUILDING PLANT OPEN JOINT-STOCK COMPANY; a.k.a. KALININ MACHINERY PLANT-BRD; a.k.a. MASHINOSTROITEL'NYI ZAVOD IM. M.I. KALININA, G. YEKATERINBURG OAO; a.k.a. MZIK OAO; a.k.a. OPEN-END JOINT-STOCK COMPANY 'KALININ MACHINERY PLANT. YEKATERINBURG'), 18 prospekt Kosmonavtov, Ekaterinburg, Sverdlovskaya obl. 620017, Russia; Email Address info@zik.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII AVTOMOBILNYI ZAVOD - UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELAVTOMAZ (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛАВТОМАЗ) (a.k.a. AAT MINSKI AUTAMABILNY ZAVOD (Cyrillic: ААТ МІНСКІ

АЎТАМАБІЛЬНЫ ЗАВОД); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA MINSKI AUTAMABILLNY ZAVOD - KIRUYUCHAYA KAMPANIYA KHOLDYNGU BELAUTAMAZ (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛАЎТАМАЗ); a.k.a. OAO MINSKI AVTOMOBILNYI ZAVOD (Cyrillic: ОАО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД); a.k.a. OJSC MINSK AUTOMOBILE PLANT; a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT; a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT - MANAGEMENT COMPANY OF HOLDING BELAVTOMAZ; a.k.a. "OJSC MAZ"), Ul. Sotsialisticheskaya 2, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100320487 (Belarus); Government Gazette Number 05808729 (Belarus) [BELARUS-EO14038].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII MEKHANICHESKII ZAVOD IMENI S.I. VAVILOVA UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELOMO (a.k.a. BELARUSIAN OPTICAL AND MECHANICAL ASSOCIATION; a.k.a. JSC MINSK MECHANICAL PLANT NAMED AFTER S.I. VAVILOV MANAGEMENT COMPANY OF BELOMO HOLDING (Cyrillic: ОАО МИНСКИЙ МЕХАНИЧЕСКИЙ ЗАВОД ИМЕНИ С.И. ВАВИЛОВА УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОМО); a.k.a. OAO MMZ IMENI S.I. VAVILOVA UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELOMO (Cyrillic: ОАО ММЗ ИМЕНИ С. И. ВАВИЛОВА УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОМО); a.k.a. OJSC MMW NAMED AFTER S.I. VAVILOV MANAGING COMPANY OF BELOMO HOLDING (Cyrillic: ААТ ММЗ ІМЯ С.І. ВАВІЛАВА КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛОМА)), 23 Makayonok St., Minsk 220114, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100185185 (Belarus); Government Gazette Number 14541426 (Belarus) [BELARUS-EO14038].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII ZAVOD GRAZHDANSKOI AVIATSII 407 (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МИНСКИЙ ЗАВОД ГРАЖДАНСКОЙ АВИАЦИИ 407) (a.k.a. OPEN JOINT STOCK COMPANY MINSK CIVIL AVIATION PLANT 407), 134 Territory of National Airport Minsk, Minsk 220054, Belarus;

Target Type State-Owned Enterprise; Tax ID No. 100092616 (Belarus) [BELARUS-EO14038].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII ZAVOD KOLESNYKH TYAGACHEI (a.k.a. MINSK WHEEL TRACTOR PLANT (Cyrillic: МИНСКИЙ ЗАВОД КОЛЕСНЫХ ТЯГАЧЕЙ); a.k.a. MINSK WHEEL TRACTOR PLANT JSC; a.k.a. MINSK WHEEL TRACTOR PLANT OPEN JOINT STOCK COMPANY; a.k.a. MINSK WHEELED TRACTOR PLANT; a.k.a. "OJSC MWPT"; a.k.a. "OJSC MZKT" (Cyrillic: "ОАО МЗКТ"); a.k.a. "VOLAT"), Partizanski Ave 150, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Registration Number 100534485 (Belarus) [NPWMD] [BELARUS-EO14038].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO 'MYTISHCHINSKI MASHINOSTROITELNY ZAVOD' (a.k.a. JSC MYTISHCHINSKI MACHINE-BUILDING PLANT; a.k.a. MYTISHCHI MACHINE BUILDING PLANT (Cyrillic: МЫТИЩИНСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. MYTISHCHINSKI MACHINOSTROITELNY ZAVOD, OAO; a.k.a. "MMZ JSC"), 4 ul. Kolontsova Mytishchi, Mytishchinski Raion, Moscow Region 141009, Russia; Yaroslavl highway 33, Mytishchi, Moscow Region, Russia; VL 11 st. Frunze, Mytishchi, Moscow Region, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1095029003860 (Russia); Tax ID No. 5029126076 (Russia); Government Gazette Number 61540868 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT PRIBOROSTROENIYA IMENI V.V. TIKHOMIROVA (a.k.a. JSC NIIP; a.k.a. JSC V. TIKHOMIROV SCIENTIFIC RESEARCH INSTITUTE OF INSTRUMENT DESIGN), 3 Ul. Gagarina, Zhukovski, Moskovskaya Obl 140180, Russia; Gagarin Str, 3, Zhukovsky 140180, Russia; Website http://www.niip.ru; Email Address niip@niip.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1025001627859; Government Gazette Number 13185231 (Russia) [UKRAINE-EO13661].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA (a.k.a. A.A. RASPLETIN MAIN SYSTEM DESIGN BUREAU; a.k.a. ALMAZ-ANTEY GSKB; a.k.a. ALMAZ-ANTEY GSKB IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. ALMAZ-ANTEY MSDB; a.k.a. ALMAZ-ANTEY PVO 'AIR DEFENSE' CONCERN LEAD SYSTEMS DESIGN BUREAU OAO 'OPEN JOINT-STOCK COMPANY' IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. GOLOVNOYE SISTEMNOYE KONSTRUKTORSKOYE BYURO OPEN JOINT-STOCK COMPANY OF ALMAZ-ANTEY PVO CONCERN IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. JOINT STOCK COMPANY ALMAZ-ANTEY AIR DEFENSE CONCERN MAIN SYSTEM DESIGN BUREAU NAMED BY ACADEMICIAN A.A. RASPLETIN; a.k.a. JSC 'ALMAZ-ANTEY' MSDB; a.k.a. "GSKB"), 16-80, Leningradsky Prospect, Moscow 125190, Russia; Website http://www.raspletin.ru/; Email Address info@raspletin.ru; alt. Email Address almaz_zakupki@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO NII MOLEKULYARNOY ELECKTRONIKI I ZAVOD MIKRON (a.k.a. JOINT STOCK COMPANY MIKRON; a.k.a. MIKRON JSC; f.k.a. NII MOLEKULYARNOI ELEKTRONIKI I ZAVOD MIKRON PAO; f.k.a. NIIME AND MIKRON; a.k.a. PJSC MIKRON; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO MIKRON), 1st Zapadny Proezd 12/1, Zelenograd 124460, Russia; d. 6 str. 1, ul. Akademika Valieva, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 13 Jan 1994; Tax ID No. 7735007358 (Russia); Government Gazette Number 07589295 (Russia); Registration Number 1027700073466 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO NOVO-VYATKA (a.k.a. NOVO VYATKA OPEN JOINT STOCK COMPANY), d. 51 korp. 2 ul. Sovetskaya, Kirov, Kirovskaya obl. 610008, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3;

Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4345029946 (Russia); Registration Number 1034316578680 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

OTKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK ROSSII (f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN FEDERATION; f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN SOVIET FEDERATIVE SOCIALIST REPUBLIC; f.k.a. OJSC SBERBANK OF RUSSIA; f.k.a. OPEN JOINT STOCK COMPANY SBERBANK OF RUSSIA; a.k.a. PJSC SBERBANK (Cyrillic: ПАО СБЕРБАНК); a.k.a. PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕРБАНК РОССИИ); f.k.a. SBERBANK OF RSFSR; a.k.a. SBERBANK OF RUSSIA; a.k.a. SBERBANK ROSSII; f.k.a. SBERBANK ROSSII OAO; a.k.a. "SBERBANK INDIA"; a.k.a. "SBERBANK MUMBAI"), 19 ul. Vavilova, Moscow 117312, Russia (Cyrillic: ул. Вавилова, д. 19, Москва 117312, Russia); C305/306A Lufthansa Centre 50 Liangmaqiao Rd., Chaoyang District, Beijing 100027, China; upper ground floor and fourth floor, Birla Tower, 25-Barakhamba Road, New Delhi 110001, India; 81-B, 8th Floor, 5th North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra East, Mumbai, Maharashtra 400051, India; SWIFT/BIC SABRRUMM; Website www.sberbank.ru; alt. Website www.sberbank.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-

foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7707083893 (Russia); Registration Number 1027700132195 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO SPETSIALNOE KONSTRUKTORSKOE BIURO PRIBOROSTROENIIA I AVTOMATIKI (a.k.a. JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF INSTRUMENT MAKING AND AUTOMATION; a.k.a. OPEN JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF INSTRUMENT ENGINEERING AND AUTOMATION; a.k.a. "OAO SKB PA"), 55 Krupskoi Street, Kovrov 601903, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3305016642 (Russia); Registration Number 1023301951045 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO STANKOGOMEL (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СТАНКОГОМЕЛЬ) (a.k.a. OAO STANKOGOMEL (Cyrillic: ОАО СТАНКОГОМЕЛЬ); a.k.a. OPEN JOINT STOCK COMPANY STANKOGOMEL), D. 10, Nezhiloe pomeshchenie, ul. Internatsionalnaya, Gomel 246640, Belarus; Organization Established Date 07 Dec 1995; Target Type State-Owned Enterprise; Tax ID No. 400085002 (Belarus) [BELARUS-EO14038].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO SURGUTNEFTEGAZ (a.k.a. OPEN JOINT STOCK COMPANY SURGUTNEFTEGAS; a.k.a. PAO SURGUTNEFTEGAS; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SURGUTNEFTEGAS; a.k.a. SURGUTNEFTEGAS; a.k.a. SURGUTNEFTEGAS PJSC; a.k.a. SURGUTNEFTEGAS PUBLIC JOINT STOCK

COMPANY; a.k.a. SURGUTNEFTEGAZ OAO), ul. Grigoriya Kukuyevitskogo, 1, bld. 1, Khanty-Mansiysky Autonomous Okrug - Yugra, the city of Surgut, Tyumenskaya Oblast 628415, Russia; korp. 1 1 Grigoriya Kukuevitskogo ul., Surgut, Tyumenskaya oblast 628404, Russia; Street Kukuevitskogo 1, Surgut, Tyumen Region 628415, Russia; Website www.surgutneftegas.ru; Email Address secretary@surgutneftegas.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO SVETLOGORSKKHIMVOLOKNO (a.k.a. OJSC SVETLOGORSK KHIMVOLOKNO; a.k.a. OPEN JOINT STOCK COMPANY SVETLOGORSKKHIMVOLOKNO (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СВЕТЛОГОРСКХИМВОЛОКНО); a.k.a. SVETLOGORSKKHIMVOLKNO OAO; a.k.a. "SOHIM"), d. 5, Nezhiloe Pomeshchenie, Ul. Zavodskaya, Svetlogorsk 247439, Belarus; Organization Established Date 1964; Target Type State-Owned Enterprise; Tax ID No. 400031289 (Belarus) [BELARUS-EO14038].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO TAMBOVSKII KHLEBOKOMBINAT (a.k.a. OPEN JOINT STOCK COMPANY TAMBOVSKY BAKERY), 57 Volodarsky St, Tambov 392008, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6832000275 (Russia); Registration Number 1026801228387 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO TIKHORETSKI MASHINOSTROITELNY ZAVOD IM V.V. VOROVSKOGO (a.k.a. JSC TIKHORETSK MACHINE BUILDING PLANT; a.k.a. OPEN JOINT STOCK COMPANY TIKHORETSK MACHINE CONSTRUCTION PLANT V.V. VOROVSKY; a.k.a. TMCP V.V. VOROVSKY; a.k.a. TMZ IM. V.V. VOROVSKOGO PAO; a.k.a. V.V. VOROVSKY TIKHORETSK MACHINE CONSTRUCTION PLANT JOINT STOCK COMPANY), 3, Sokolnicheskaya Street, Moscow 107014,

Russia; Krasnoarmeyskaya St., 67, Tikhoretsk, Krasnodar Territory 352127, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 12 Nov 1992; Tax ID No. 2321003173 (Russia); Government Gazette Number 00210743 (Russia); Registration Number 1022303184738 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA GORIZONT (a.k.a. OJSC HORIZONT HOLDING MANAGEMENT COMPANY (Cyrillic: ОАО УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА ГОРИЗОНТ); a.k.a. "HORIZONT GROUP"), 35-1 Kuibysheva St., Minsk 220029, Belarus; Target Type State-Owned Enterprise; Tax ID No. 101050240 (Belarus) [BELARUS-EO14038].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO URALSKAYA GORNO METALLURGICHESKAYA KOMPANIYA (a.k.a. JOINT STOCK COMPANY URAL MINING AND METALLURGICAL COMPANY; a.k.a. "UMMC"), 1, prospekt Uspenski, Verkhnyaya Pyshma, Sverdlovsk region 624091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Oct 1999; Tax ID No. 6606013640 (Russia); Government Gazette Number 52306330 (Russia); Registration Number 1026600727713 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO VEB LIZING (a.k.a. OAO VEB LIZING; a.k.a. OJSC VEB LEASING; a.k.a. OPEN JOINT STOCK COMPANY VEB LEASING; a.k.a. VEB LEASING OJSC), d. 10 ul. Vozdvizhenka, Moscow 125009, Russia; Str. Dolgorukovskaya, 7, Novoslobodskaya, Moscow 127006, Russia; Website veb-leasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2003; Tax ID No. 7709413138 (Russia); Registration Number 1037709024781 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-

EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OTKRYTOE AKTSIONERNOE OBSHCHESTVO VLADIMIRSKII ZAVOD ELEKTROPRIBOR, ul. Baturina d. 28, Vladimir 600017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3328100682 (Russia); Registration Number 1023301460269 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO VLADIMIRSKOE KONSTRUKTORSKOE BYURO RADIOSVYAZI (a.k.a. OJSC VLADIMIR RADIO COMMUNICATIONS DESIGN BUREAU; a.k.a. "OAO VKBR"), Ul. Baturina D. 28, Vladimir 600017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3328412561 (Russia); Registration Number 1023301456826 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO VNESHNEEKONOMICHESKOE OBEDINENIE TEKHNOPROMEKSPORT (a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT; a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. JSC TEKHNOPROMEXPORT; a.k.a. JSC VO TEKHNOPROMEXPORT; a.k.a. OJSC TECHNOPROMEXPORT; a.k.a. OPEN JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. VO TEKHNOPROMEKSPORT, OAO; a.k.a. "JSC TPE"), d. 15 str. 2 ul. Novy Arbat, Moscow 119019, Russia; Email Address inform@tpe.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067746244026 (Russia); Tax ID No. 7705713236 (Russia); Government Gazette Number 02839043 (Russia) [UKRAINE-EO13685].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO VOLGOGRADNEFTEMASH (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ВОЛГОГРАДНЕФТЕМАШ) (f.k.a. DOCHERNEE AKTSIONERNOE OBSHCHESTVO OTKRYTOGO TIPA VOLGOGRADNEFTEMASH ROSSIISKOGO AKTSIONERNOGO OBSHCHESTVA GAZPROM; a.k.a. JSC VOLGOGRADNEFTEMASH; a.k.a. OAO VOLGOGRADNEFTEMASH), 45 Ulitsa

Elektrolesovskaya, Volgograd, Volgogradskaya Oblast 400011, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: STROYGAZMONTAZH).

OTKRYTOE AKTSIONERNOE OBSHCHESTVO VSEROSSIISKII NAUCHNO ISSLEDOVATELSKII PROEKTNO KONSTRUKTORSKII I TEKHNOLOGICHESKII INSTITUT KABELNOI PROMYSHLENNOSTI (a.k.a. "OAO VNIIKP"), Sh. Entuziastov D. 5, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722002521 (Russia); Registration Number 1027700273985 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO ZAVOD IM VA DEGTIAREVA (a.k.a. OJSC PLANT IM VA DEGTYAREVA; a.k.a. OPEN JOINT STOCK COMPANY VA DEGTYAREV PLANT; a.k.a. "OAO ZID"), 4 Truda St., Kovrov 601900, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3305004083 (Russia); Registration Number 1023301951397 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO ZENIT BELOMO (a.k.a. AAT ZENIT BELOMA (Cyrillic: ААТ ЗЕНІТ БЕЛОМА); a.k.a. JOINT STOCK COMPANY ZENIT BELOMO; a.k.a. JSC ZENIT BELOMO (Cyrillic: ОАО ЗЕНИТ БЕЛОМО)), 26 Chapayev Str., Vileyka, Minsk Region 222416, Belarus; Target Type State-Owned Enterprise; Tax ID No. 600102155 (Belarus) [BELARUS-EO14038].

OTKRYTOE ATSIONERNOE OBSHCHESTVO RADIOAVIONIKA (a.k.a. OAO RADIOAVIONIKA (Cyrillic: ОАО РАДИОАВИОНИКА); a.k.a. OJSC RADIOAVIONIKA; a.k.a. OPEN JOINT STOCK COMPANY RADIOAVIONIKA; a.k.a. RADIOAVIONICA CORPORATION; a.k.a. RADIOAVIONICA JSC; a.k.a. RADIOAVIONIKA PAO), d.4 litera B, prospekt Troitski, St. Petersburg 190005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Feb 1993; Tax ID No. 7809015518 (Russia); Government Gazette Number 27465454 (Russia); Registration Number 1027810239555 (Russia) [RUSSIA-EO14024].

OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO AVIAKOMPANIYA TRANSAVIAEKSPORT (f.k.a. AAT AVIAKAMPANIIA TRANSAVIIAEKSPART

(Cyrillic: ААТ АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. AAT TAE AVIYA (Cyrillic: ААТ ТАЕ АВІЯ); f.k.a. ADKRYTAE AKTSIANERNAE TAVARYSTVA AVIIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA TAE AVIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ТАЕ АВІЯ); f.k.a. AVIAKOMPANIYA TRANSAVIAEKSPORT OAO; a.k.a. JOINT STOCK COMPANY TRANSAVIAEXPORT AIRLINES; a.k.a. JSC TRANSAVIAEXPORT AIRLINES; f.k.a. OAO AVIAKOMPANIYA TRANSAVIAEKSPORT (Cyrillic: ОАО АВИАКОМПАНИЯ ТРАНСАВИАЭКСПОРТ); a.k.a. OAO TAE AVIA (Cyrillic: ОАО ТАЕ АВИА); a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO TAE AVIA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАЕ АВИА); a.k.a. TRANSAVIAEXPORT AIRLINES), 44, Zakharova Str., Minsk 220034, Belarus (Cyrillic: Ул. Захарова, 44, Минск 220034, Belarus); d. 11, Ul. Pervomayskaya, Minsk 220034, Belarus (Cyrillic: д. 11, ул. Первомайская, Минск 220034, Belarus); Organization Established Date 28 Dec 1992; Registration Number 100027245 (Belarus) [BELARUS-EO14038].

OTKRYTOYE AKTSIONERNOYE OBSCHESTVO INTEGRAL (a.k.a. AAT INTEHRAL - KIRUIUCHAIA KAMPANIIA KHOLDYNGU INTEHRAL (Cyrillic: ААТ ІНТЭГРАЛ - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ ІНТЭГРАЛ); a.k.a. INTEGRAL-UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA INTEGRAL, OAO; a.k.a. OAO INTEGRAL - MANAGEMENT HOLDING COMPANY INTEGRAL (Cyrillic: ОАО ИНТЕГРАЛ - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА ИНТЕГРАЛ); a.k.a. PUBLIC JOINT STOCK COMPANY INTEGRAL (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ИНТЕГРАЛ)), I.P., d.121A, kom. 327, ul. Kazintsa g., Minsk, Belarus; Registration Number 100386629 (Belarus) [BELARUS-EO14038].

OTKRYTOYE AKTSIONERNOYE OBSCHESTVO KIDMA TEK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КИДМА ТЕК) (a.k.a. AAT KIDMA TEK (Cyrillic: ААТ КІДМА ТЭК); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA KIDMA TEK

(Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА КІДМА ТЕК); f.k.a. BSVT - NEW TECHNOLOGIES; f.k.a. BSVT-NT; a.k.a. KIDMA TECH OJSC; a.k.a. OAO KIDMA TEK (Cyrillic: ОАО КИДМА ТЕК); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BSVT-NOVIYE TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БСВТ-НОВЫЕ ТЕХНОЛОГИИ)), Room 20, Administrative Building 187, Soltysa St., Minsk 220070, Belarus; D. 5/1, Ustenskiy Selsovyet, Vitebskaya Oblast, Orshanskiy Rayon, Ag. Ustye 211003, Belarus (Cyrillic: Д. 5/1, Устенский сельсовет, Витебская Область, Оршанский Район, аг. Устье 211003, Belarus); Organization Established Date 18 Jul 2012; Registration Number 191607211 (Belarus) [BELARUS-EO14038].

OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO TAE AVIA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАЕ АВИА) (f.k.a. AAT AVIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: ААТ АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. AAT TAE AVIYA (Cyrillic: ААТ ТАЕ АВІЯ); f.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA AVIIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA TAE AVIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ТАЕ АВІЯ); f.k.a. AVIAKOMPANIYA TRANSAVIAEKSPORT OAO; a.k.a. JOINT STOCK COMPANY TRANSAVIAEXPORT AIRLINES; a.k.a. JSC TRANSAVIAEXPORT AIRLINES; f.k.a. OAO AVIAKOMPANIYA TRANSAVIAEKSPORT (Cyrillic: ОАО АВИАКОМПАНИЯ ТРАНСАВИАЭКСПОРТ); a.k.a. OAO TAE AVIA (Cyrillic: ОАО ТАЕ АВИА); f.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO AVIAKOMPANIYA TRANSAVIAEKSPORT; a.k.a. TRANSAVIAEXPORT AIRLINES), 44, Zakharova Str., Minsk 220034, Belarus (Cyrillic: Ул. Захарова, 44, Минск 220034, Belarus); d. 11, Ul. Pervomayskaya, Minsk 220034, Belarus (Cyrillic: д. 11, ул. Первомайская, Минск 220034, Belarus); Organization Established Date 28 Dec 1992; Registration Number 100027245 (Belarus) [BELARUS-EO14038].

OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO AGAT-SISTEM (a.k.a. JSC

AGAT-SYSTEM (Cyrillic: ОАО АГАТ-СИСТЕМ; Cyrillic: ААТ АГАТ-СІСТЭМ)), 51 Skoriny str, Minsk 220141, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100230470 (Belarus) [BELARUS-EO14038] (Linked To: OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING).

OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO AGAT-SISTEMY UPRAVLENIYA- UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA GEOINFORMATSIONNYYE SISTEMY UPRAVLENIYA (Cyrillic: ААТ АГАТ СІСТЭМЫ КІРАВАННЯ КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ ГЕАІНФАРМАЦЫЙНЫЯ СІСТЭМЫ КІРАВАННЯ) (a.k.a. ASU-UKKH-GISU OAO; a.k.a. OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING (Cyrillic: ОАО АГАТ-СИСТЕМЫ УПРАВЛЕНИЯ-УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА ГЕОИНФОРМАЦИОННЫЕ СИСТЕМЫ УПРАВЛЕНИЯ); f.k.a. OJSC AGAT-CONTROL SYSTEMS), 117 Nezavisimosti Ave., Minsk 220114, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100230547 (Belarus) [BELARUS-EO14038].

OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН) (a.k.a. AAT HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: ААТ ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. GRODNO TOBACCO FACTORY NEMAN; a.k.a. GTF NEMAN; a.k.a. HRODNA TOBACCO FACTORY NEMAN; a.k.a. OAO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОАО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН); a.k.a. OJSC GRODNO TOBACCO FACTORY NEMAN; a.k.a. OPEN JOINT-STOCK COMPANY GRODNO TOBACCO FACTORY NEMAN), ul. Ordzhonikidze, d. 18, Grodno, Grodnenskaya Oblast 230771, Belarus (Cyrillic: ул. Орджоникидзе, д. 18, г. Гродно, Гродненская

область 230771, Belarus); Organization Established Date 29 Dec 1996; Registration Number 500047627 (Belarus) [BELARUS-EO14038].

OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO MARIYSKIY MASHINOSTROITELNYYZAVOD (a.k.a. AKTSIONERNOE OBSHCHESTVO MARIYSKII MASHINOSTROITELNYI ZAVOD; a.k.a. JOINT STOCK COMPANY MARI MACHINE BUILDING PLANT; a.k.a. JSC MARI MACHINE BUILDING PLANT; a.k.a. MARI MACHINE BUILDING PLANT JSC; a.k.a. MARI MMZ; a.k.a. MARIYSKIY MACHINE-BUILDING PLANT OPEN JOINT STOCK COMPANY; a.k.a. OAO MARIYSKIY MASHINOSTROITELNYY ZAVOD; a.k.a. "OAO MMZ"), 15, UL Suvorova 3, Yoshkar-Ola, Mary-EL 424003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1200001885 (Russia) [RUSSIA-EO14024].

OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO RADIOPRIBOR (a.k.a. JOINT STOCK COMPANY RADIOPRIBOR; a.k.a. JSC RADIOPRIBOR; a.k.a. OAO RADIOPRIBOR; a.k.a. RADIOPRIBOR AO), Kazan, Republic of Tatarstan 420021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1659034109 (Russia); Registration Number 1021603465850 (Russia) [RUSSIA-EO14024].

OTKRYTYE AKTIVY OOO (Cyrillic: ООО ОТКРЫТЫЕ АКТИВЫ), d. 12 str. 18 etazh 1 pom. I kom. 40, per. Bolshoi Savvinski, Moscow, 119435, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704840190 (Russia); Business Registration Number 1137746612101 (Russia) [RUSSIA-EO14024] (Linked To: SHUVALOV, Igor Ivanovich).

OTRADNENSKAYA P AND C FACTORY LLC (a.k.a. OTRADNENSKAYA P&C FACTORY LLC; a.k.a. OTRADNENSKAYA PAPER AND CARTON FACTORY LIMITED LIABILITY COMPANY), Ul. Tsentralnaya D. 4, Pom/Of/Et 4/405/4, Otradnyy 187330, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4706042352 (Russia); Registration Number 1214700011019 (Russia) [RUSSIA-EO14024].

OTRADNENSKAYA P&C FACTORY LLC (a.k.a. OTRADNENSKAYA P AND C FACTORY LLC; a.k.a. OTRADNENSKAYA PAPER AND CARTON FACTORY LIMITED LIABILITY COMPANY), Ul. Tsentralnaya D. 4, Pom/Of/Et 4/405/4, Otradnyy 187330, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4706042352 (Russia); Registration Number 1214700011019 (Russia) [RUSSIA-EO14024].

OTRADNENSKAYA PAPER AND CARTON FACTORY LIMITED LIABILITY COMPANY (a.k.a. OTRADNENSKAYA P AND C FACTORY LLC; a.k.a. OTRADNENSKAYA P&C FACTORY LLC), Ul. Tsentralnaya D. 4, Pom/Of/Et 4/405/4, Otradnyy 187330, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4706042352 (Russia); Registration Number 1214700011019 (Russia) [RUSSIA-EO14024].

OTRI, Sahar (a.k.a. AKHRAS, Sahar; a.k.a. AL-AKHRAS, Sahar Otri (Arabic: سحر عطري الاخرس); a.k.a. ATRI, Sahar; a.k.a. ITRI, Sahar; a.k.a. UTRI, Sahar), 34 Allan Way, London, United Kingdom; DOB Nov 1949; nationality United Kingdom; alt. nationality Syria; Gender Female (individual) [PAARSSR-EO13894].

OTSHUNDI, Francois (Latin: OTSHUNDI, François) (a.k.a. OKUNJI, Francois (Latin: OKUNJI, François); a.k.a. OLENGA TATE, Francois; a.k.a. OLENGA TETE, Francois (Latin: OLENGA TETE, François); a.k.a. OLENGA, Francois (Latin: OLENGA, François)), Kinshasa, Congo, Democratic Republic of the; DOB 09 Oct 1948; alt. DOB 10 Sep 1948; alt. DOB 10 Jul 1949; POB Kindu, Maniema, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; citizen Congo, Democratic Republic of the; Gender Male; General; Chef de la Maison Militaire; Head of the Military House of the President (individual) [DRCONGO].

OU INELSO (a.k.a. ELFARO OU), Vesse Poik 4D, Tallinn 11415, Estonia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; V.A.T. Number EE102018071 (Estonia); Registration Number 14329778 (Estonia) [RUSSIA-EO14024] (Linked To: EFIMOV, Anton Anatolyevich).

OU, Zhiguang (Chinese Simplified: 区志光) (a.k.a. AU, Chi Kwong (Chinese Traditional: 區志光); a.k.a. AU, Chi Kwong Sonny; a.k.a. AU, Sonny Chi Kwong), Hong Kong, China; DOB 16 Aug 1961; nationality China; citizen China; Gender Male (individual) [HK-EO13936].

OUAZ, Najib (a.k.a. AL-WAZ, Najib Ben Mohamed Ben Salem), Vicolo dei Prati n.2/2, Bologna, Italy; DOB 12 Apr 1960; POB Hekaima Al-Mehdiya, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K 815205 issued 17 Sep 1994 expires 16 Sep 1999 (individual) [SDGT].

OUDA, Ahmed Charif Abdellah (a.k.a. ODEH, Ahmad; a.k.a. ODEH, Ahmed; a.k.a. ODEH, Ahmed Sharif Abdallah; a.k.a. ODEH, Ahmed Sharif Abdullah; a.k.a. UDIH, Ahmad), Jordan; DOB 01 Jan 1951; POB Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

OUDOUD, Abu Musab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. "ABDELWADOUD, Abou"), Meftah,

Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

OUF, Awad Mohamed Ahmed Ibn (a.k.a. AUF, Awad Ibn; a.k.a. AUF, Awad Muhammad Ibn; a.k.a. AUF, Mohammed Ahmed Awad Ibn; a.k.a. AWF, Awad Ahmad Ibn; a.k.a. AWF, Awad Ibn; a.k.a. NAUF, Awad Mohammed Ahmed Ebni; a.k.a. OAF, Awad Mohamed Ahmed Ibn); DOB circa 1954; nationality Sudan; Head of Military Intelligence and Security (individual) [DARFUR].

OUK YUZHKUZBASSUGOL AO (a.k.a. AKTSIONERNOE OBSHCHESTVO OBYEDINENNAYA UGOLNAYA KOMPANIYA YUZHKUZBASSUGOL; a.k.a. AO OUK IUZHKUZBASSUGOL; a.k.a. "AO OUK YKU"), PR-KT Kurako D. 33, Novokuznetsk 654006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4216008176 (Russia); Registration Number 1024201758030 (Russia) [RUSSIA-EO14024].

OULD ABED, Cheikh ould Mohamed Saleck (a.k.a. BREIHMATT, Salem ould; a.k.a. "Abu Hamza al-Shanqiti"; a.k.a. "Abu Hamza al-Shinqiti"; a.k.a. "Hamza al-Mauritani"; a.k.a. "NITRIK, Hamza"), Mali; DOB 1984; alt. DOB 1978; POB Mauritania; nationality Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

OULD ALI, Mohamed Ould Ahmed (a.k.a. NAIL, Taleb; a.k.a. NAIL, Tayeb; a.k.a. "ABOU MOUHADJI"; a.k.a. "DJAAFAR ABOU MOHAMED"); DOB circa 1972; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

OUMSEN, Omar (a.k.a. AL-DIABY, Omar; a.k.a. DIABY, Omar; a.k.a. DIABY, Oumar; a.k.a. OMSEN, Omar), Syria; DOB 1976; POB Dakar, Senegal; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

OVCHAROV, Rumen (a.k.a. OVCHAROV, Rumen Stoyanov (Cyrillic: ОВЧАРОВ, Румен Стоянов); a.k.a. OVTCHAROV, Roumen Stoyanov), 19B, Silivria Str., 1404, Sofia, Bulgaria; DOB 05 Jul 1952; POB Burgas, Bulgaria; nationality Bulgaria; Gender Male;

Passport 384932216 (Bulgaria) expires 08 Nov 2022; National ID No. 5207056287 (Bulgaria) (individual) [GLOMAG].

OVCHAROV, Rumen Stoyanov (Cyrillic: ОВЧАРОВ, Румен Стоянов) (a.k.a. OVCHAROV, Rumen; a.k.a. OVTCHAROV, Roumen Stoyanov), 19B, Silivria Str., 1404, Sofia, Bulgaria; DOB 05 Jul 1952; POB Burgas, Bulgaria; nationality Bulgaria; Gender Male; Passport 384932216 (Bulgaria) expires 08 Nov 2022; National ID No. 5207056287 (Bulgaria) (individual) [GLOMAG].

OVCHINNIKOV, Sergei Anatolyevich (Cyrillic: ОВЧИННИКОВ, Сергей Анатольевич) (a.k.a. OVCHINNIKOV, Sergej Anatolevich), 22-64 Okrugnoi Street, Unit 137, Moscow, Moscow Region 105187, Russia; DOB 20 Jan 1980; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 727074364 (Russia); Tax ID No. 771906624236 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CLOSED JOINT STOCK COMPANY NORSI TRANS).

OVCHINNIKOV, Sergej Anatolevich (a.k.a. OVCHINNIKOV, Sergei Anatolyevich (Cyrillic: ОВЧИННИКОВ, Сергей Анатольевич)), 22-64 Okrugnoi Street, Unit 137, Moscow, Moscow Region 105187, Russia; DOB 20 Jan 1980; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 727074364 (Russia); Tax ID No. 771906624236 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CLOSED JOINT STOCK COMPANY NORSI TRANS).

OVERDICK MEJIA, Horst Walter (a.k.a. OVERDICK MEJIA, Walther; a.k.a. "TIGRE"), KM 208, Ruta Hacia, Coban, Guatemala; DOB 31 Jul 1967; alt. DOB 31 Jul 1968; nationality Guatemala; citizen Guatemala; NIT # 702787-7; Identification Number 0-16 Reg 53089 (Guatemala); alt. Identification Number 0-16 89159 (Guatemala) (individual) [SDNTK].

OVERDICK MEJIA, Walther (a.k.a. OVERDICK MEJIA, Horst Walter; a.k.a. "TIGRE"), KM 208, Ruta Hacia, Coban, Guatemala; DOB 31 Jul 1967; alt. DOB 31 Jul 1968; nationality Guatemala; citizen Guatemala; NIT # 702787-7; Identification Number 0-16 Reg 53089 (Guatemala); alt. Identification Number 0-16 89159 (Guatemala) (individual) [SDNTK].

OVLAS TRADING S.A. (a.k.a. OVLAS TRADING S.A.L.), Al Salia Building, Embassy Street, Bir Hassan, Beirut, Lebanon; Akara Building, 24 De

Castro Street, Wickhams Cay 1, Road Town, Tortola, Virgin Islands, British; Website www.ovlas-trading.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

OVLAS TRADING S.A.L. (a.k.a. OVLAS TRADING S.A.), Al Salia Building, Embassy Street, Bir Hassan, Beirut, Lebanon; Akara Building, 24 De Castro Street, Wickhams Cay 1, Road Town, Tortola, Virgin Islands, British; Website www.ovlas-trading.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

OVSYANNIKOV, Dmitry Vladimirovich (Cyrillic: ОВСЯННИКОВ, ДМИТРИЙ ВЛАДИМИРОВИЧ), Sevastopol, Crimea, Ukraine; DOB 21 Feb 1977; POB Omsk, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

OVTCHAROV, Roumen Stoyanov (a.k.a. OVCHAROV, Rumen; a.k.a. OVCHAROV, Rumen Stoyanov (Cyrillic: ОВЧАРОВ, Румен Стоянов)), 19B, Silivria Str., 1404, Sofia, Bulgaria; DOB 05 Jul 1952; POB Burgas, Bulgaria; nationality Bulgaria; Gender Male; Passport 384932216 (Bulgaria) expires 08 Nov 2022; National ID No. 5207056287 (Bulgaria) (individual) [GLOMAG].

OWHADI, Jalal (a.k.a. OWHADI, Mohammad Ebrahim; a.k.a. TAHERI, Jalal; a.k.a. VAHEDI, Jalal), Iran; DOB 1963; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: TALIBAN).

OWHADI, Mohammad Ebrahim (a.k.a. OWHADI, Jalal; a.k.a. TAHERI, Jalal; a.k.a. VAHEDI, Jalal), Iran; DOB 1963; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: TALIBAN).

OWJ PARVAZ MADO NAFAR COMPANY LLC (a.k.a. OJE PARVAZ MADO NAFAR COMPANY (Arabic: شرکت اوج پرواز ما دو نفر)), No. 1106, 11 Hemmat Corner, Hemmat Square,

Hemmat Boulevard, Shokuhieh Industrial Town, Qom, Qom Province 3718116354, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10590042155 (Iran); Registration Number 12121 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

OWN UCAR GIDA INSAAT SANAYI VE TICARET LIMITED SIRKETI (Latin: OWN UÇAR GIDA İNŞAAT SANAYI VE TICARET LIMITED ŞIRKETI), Sarigul Mah Ishak Pasa Caddesi, Agri 04400, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 6481751878 (Turkey); Registration Number 2823 (Turkey) [NPWMD] [IFSR] (Linked To: QIAN XI LONG TRADING CO LIMITED).

OXFOCENTO PROPRIETARY LTD (a.k.a. OXFOCENTO PTY LTD), Sandhavon Office Park, 1st Floor, Block D, 12 Pongola Crescent, Sandton 2090, South Africa; P.O. Box 37172, Birnam Park, Gauteng, 2015, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; V.A.T. Number 4500293222 (South Africa); Tax ID No. 9997361176 (South Africa); Commercial Registry Number 2020/691209/07 (South Africa); Enterprise Number K2020691209 (South Africa) [SDGT] (Linked To: WEHBE, Mohamad).

OXFOCENTO PTY LTD (a.k.a. OXFOCENTO PROPRIETARY LTD), Sandhavon Office Park, 1st Floor, Block D, 12 Pongola Crescent, Sandton 2090, South Africa; P.O. Box 37172, Birnam Park, Gauteng, 2015, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; V.A.T. Number 4500293222 (South Africa); Tax ID No. 9997361176 (South Africa); Commercial Registry Number 2020/691209/07 (South Africa); Enterprise Number K2020691209 (South Africa) [SDGT] (Linked To: WEHBE, Mohamad).

OXIN STEEL COMPANY (a.k.a. KHOUZESTAN OXIN STEEL COMPANY; a.k.a. KHOZESTAN OXIN STEEL COMPANY; a.k.a. KHUZESTAN OXIN STEEL COMPANY), Bandar Imam Khomeini (Blk) Road, 10 KM, Ahvaz 61788-13111, Iran; Website www.oxinsteel.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 248247 (Iran) [IRAN-EO13871].

OY LANGVIK CAPITAL LTD, Tanskarlantie 9, Jorvas 02420, Finland; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; National ID No. 19607726 [UKRAINE-EO13661].

OYUN, Dina Ivanovna (Cyrillic: ОЮН, Дина Ивановна), Russia; DOB 25 Jun 1963; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

OZ RULMAN TICARET VE SANAYI LIMITED SIRKETI, No: 17/A, 3854 Street, Yakut Mh., Kocasinan, Kayseri, Turkey; No: 34A/1, Turgut Ozal Boulevard, Yenisehir Mh., Atasehir, Istanbul, Turkey; No: 2/A, Inonu Cad., Sinan Sk., Sahrayicedit Mh., Kadikoy, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 16440 (Turkey) [RUSSIA-EO14024].

OZAR HEDIYELIK ESYA SANAYI VE TICARET LIMITED SIRKETI (a.k.a. JAWHIRAH COMPANY ISTANBUL; a.k.a. JAWHIRAH EXCHANGE; a.k.a. PIRLANT ISTANBUL KUYUMCULUK TICARET LIMITED SIRKETI), Mollafenari Mah. Gazi Sinanpasa Sok. Has Ishani No. 14 K. 1 D. 22, Fatih, Istanbul, Turkey; Website http://www.elitdiamond.net; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Dec 2005; Chamber of Commerce Number 571571 (Turkey); Central Registration System Number 0663-0297-8590-0016 (Turkey) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

OZARKA SHIPPING (a.k.a. OZARKA SHIPPING - FZCO (Arabic: اوزاركا شيبينج - ش م ح)), Dubai, United Arab Emirates; Website www.ozarkashipping.com; Organization Established Date 30 Nov 2022; License 23531 (United Arab Emirates); Economic Register Number (CBLS) 11998147 (United Arab Emirates) [IRAN-EO13902].

OZARKA SHIPPING - FZCO (Arabic: اوزاركا شيبينج ش م ح -) (a.k.a. OZARKA SHIPPING), Dubai, United Arab Emirates; Website www.ozarkashipping.com; Organization Established Date 30 Nov 2022; License 23531 (United Arab Emirates); Economic Register Number (CBLS) 11998147 (United Arab Emirates) [IRAN-EO13902].

OZEAN BAUSTOFFE GMBH & CO. KG (a.k.a. OZEAN BAUSTOFFE GMBH AND CO. KG),

Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 23 Oct 2020; V.A.T. Number DE340191415 (Germany); Registration Number HRA 737191 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN BAUSTOFFE GMBH AND CO. KG (a.k.a. OZEAN BAUSTOFFE GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 23 Oct 2020; V.A.T. Number DE340191415 (Germany); Registration Number HRA 737191 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN DEVELOPMENT REAL ESTATE GMBH & CO. KG (a.k.a. OZEAN DEVELOPMENT REAL ESTATE GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 23 Dec 2019; Registration Number HRA 736334 (Stuttgart) (Germany) [GLOMAG] (Linked To: OCEAN PROPERTIES GMBH).

OZEAN DEVELOPMENT REAL ESTATE GMBH AND CO. KG (a.k.a. OZEAN DEVELOPMENT REAL ESTATE GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 23 Dec 2019; Registration Number HRA 736334 (Stuttgart) (Germany) [GLOMAG] (Linked To: OCEAN PROPERTIES GMBH).

OZEAN GROUP GMBH (a.k.a. OZEAN HORIZONT VERWALTUNGS GMBH), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 22 Jun 2018; Registration Number HRB 766317 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN HORIZONT BAUMASCHINEN & BAUEQUIPMENT GMBH & CO. KG (a.k.a. OZEAN HORIZONT BAUMASCHINEN AND BAUEQUIPMENT GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 24 Nov 2021; Registration Number HRA 738509 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN HORIZONT BAUMASCHINEN AND BAUEQUIPMENT GMBH AND CO. KG (a.k.a. OZEAN HORIZONT BAUMASCHINEN &

BAUEQUIPMENT GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 24 Nov 2021; Registration Number HRA 738509 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN HORIZONT BAUWERKE GMBH, Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 09 Sep 2021; Registration Number HRB 781958 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN HORIZONT ERDARBEITEN GMBH & CO. KG (a.k.a. OZEAN HORIZONT ERDARBEITEN GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 26 Nov 2021; Registration Number HRA 738521 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN HORIZONT ERDARBEITEN GMBH AND CO. KG (a.k.a. OZEAN HORIZONT ERDARBEITEN GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 26 Nov 2021; Registration Number HRA 738521 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN HORIZONT OBJEKTPLANUNG GMBH & CO. KG (a.k.a. OZEAN HORIZONT OBJEKTPLANUNG GMBH AND CO. KG), Wiesenstrasse 24, Neu Isenburg 63263, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 06 Dec 2021; V.A.T. Number DE349865878 (Germany); Registration Number HRA 738569 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN HORIZONT OBJEKTPLANUNG GMBH AND CO. KG (a.k.a. OZEAN HORIZONT OBJEKTPLANUNG GMBH & CO. KG), Wiesenstrasse 24, Neu Isenburg 63263, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 06 Dec 2021; V.A.T. Number DE349865878 (Germany); Registration Number HRA 738569 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN HORIZONT PROJEKTENTWICKLUNGS GMBH & CO. KG (a.k.a. OZEAN HORIZONT PROJEKTENTWICKLUNGS GMBH AND CO.

KG), Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 04 Sep 2018; V.A.T. Number DE320241291 (Germany); Registration Number HRA 734821 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN HORIZONT PROJEKTENTWICKLUNGS GMBH AND CO. KG (a.k.a. OZEAN HORIZONT PROJEKTENTWICKLUNGS GMBH & CO. KG), Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 04 Sep 2018; V.A.T. Number DE320241291 (Germany); Registration Number HRA 734821 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN HORIZONT SPEZIALTIEFBAU GMBH & CO. KG (a.k.a. OZEAN HORIZONT SPEZIALTIEFBAU GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 26 Nov 2021; Registration Number HRA 738523 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN HORIZONT SPEZIALTIEFBAU GMBH AND CO. KG (a.k.a. OZEAN HORIZONT SPEZIALTIEFBAU GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 26 Nov 2021; Registration Number HRA 738523 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN HORIZONT VERWALTUNGS GMBH (a.k.a. OZEAN GROUP GMBH), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 22 Jun 2018; Registration Number HRB 766317 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN IMMOBILIEN MANAGEMENT GMBH & CO. KG (a.k.a. OZEAN IMMOBILIEN MANAGEMENT GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 22 Jun 2021; Registration Number HRA 738077 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN IMMOBILIEN MANAGEMENT GMBH AND CO. KG (a.k.a. OZEAN IMMOBILIEN MANAGEMENT GMBH & CO. KG), Seestr 9,

Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 22 Jun 2021; Registration Number HRA 738077 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN IMMOBILIEN PROJEKTENTWICKLUNG GMBH & CO. KG (a.k.a. OZEAN IMMOBILIEN PROJEKTENTWICKLUNG GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 06 Sep 2019; Registration Number HRA 736012 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN IMMOBILIEN PROJEKTENTWICKLUNG GMBH AND CO. KG (a.k.a. OZEAN IMMOBILIEN PROJEKTENTWICKLUNG GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 06 Sep 2019; Registration Number HRA 736012 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN IMMOBILIEN PROJEKTENTWICKLUNG VERWALTUNGS- GMBH, Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 09 May 2019; Registration Number HRB 770549 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN REAL ESTATE GMBH & CO. KG (a.k.a. OZEAN REAL ESTATE GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 31 Dec 2019; Registration Number HRA 736338 (Stuttgart) (Germany) [GLOMAG] (Linked To: OCEAN PROPERTIES GMBH).

OZEAN REAL ESTATE GMBH AND CO. KG (a.k.a. OZEAN REAL ESTATE GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 31 Dec 2019; Registration Number HRA 736338 (Stuttgart) (Germany) [GLOMAG] (Linked To: OCEAN PROPERTIES GMBH).

OZEL, Gulsah (a.k.a. KHALED, Gulsah; a.k.a. KHALED, Gulshah; a.k.a. OZEL, Gulshah; a.k.a. YIGIDOGLU, Gulsah (Latin: YIĞIDOĞLU, Gülşah)), Istanbul, Turkey; DOB 02 Feb 1992; POB Yahyali, Turkey; nationality Turkey; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 24470205352 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

OZEL, Gulshah (a.k.a. KHALED, Gulsah; a.k.a. KHALED, Gulshah; a.k.a. OZEL, Gulsah; a.k.a. YIGIDOGLU, Gulsah (Latin: YIĞIDOĞLU, Gülşah)), Istanbul, Turkey; DOB 02 Feb 1992; POB Yahyali, Turkey; nationality Turkey; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 24470205352 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

OZEROV, Viktor Alekseevich (a.k.a. OZEROV, Viktor Alexeyevich); DOB 05 Jan 1958; POB Abakan, Khakassia, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Chairman of the Security and Defense Federation Council of the Russian Federation (individual) [UKRAINE-EO13661].

OZEROV, Viktor Alexeyevich (a.k.a. OZEROV, Viktor Alekseevich); DOB 05 Jan 1958; POB Abakan, Khakassia, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Chairman of the Security and Defense Federation Council of the Russian Federation (individual) [UKRAINE-EO13661].

OZIA MAZIO, Dieudonne (a.k.a. "OMARI"); DOB 06 Jun 1949; POB Ariwara, DRC; citizen Congo, Democratic Republic of the (individual) [DRCONGO].

OZKAM NAKLIYAT PETROL ITHALAT IHRACAT SANAYI TICARET LIMITED SIRKETI (Latin: ÖZKAM NAKLIYAT PETROL İTHALAT İHRACAT SANAYI TICARET LIMITED ŞIRKETI), Agri 04400, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 0694065456500001 (Turkey); Registration Number 2859 (Turkey) [NPWMD] [IFSR] (Linked To: HIN YUN TRADING COMPANY LIMITED).

OZKAYA OTOMOTIV MAMULLERI PAZARLAMA SANAYI VE TICARET ANONIM SIRKETI, N.1 Yedpa Tic. Merk. A Caddesi, No:11-12 Mimar Sinan Mahallesi, Istanbul 34779, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6990324615 (Turkey); Business Registration Number 157085 (Turkey) [RUSSIA-EO14024].

OZLAM PROPERTIES LIMITED, 88 Smithdown Road, Liverpool L7 4JQ, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 05258730 [SDGT].

OZMA'I, Ali (a.k.a. OZMAIE, Ali), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

OZMAIE, Ali (a.k.a. OZMA'I, Ali), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

OZONE AIRCRAFT AND DEFENSE INDUSTRY LLC (a.k.a. OZONE AVIATION AND DEFENSE INDUSTRY INC.; a.k.a. OZONE HAVACILIK VE SAVUNMA SAN. TIC. AS; a.k.a. OZONE HAVACILIK VE SAVUNMA SANAYI TICARET ANONIM SIRKETI; a.k.a. "OZONE HOBBY"), Umurbey Mah. Sehitler Cad. No Key Plaza: 18/42, Izmir, Turkey; Inonu Mah 4137 sok. No 12/12, Menemen, Izmir, Turkey; Website www.ozonehobby.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Jul 2018; Tax ID No. 6500100199 (Turkey) [NPWMD] [IFSR] (Linked To: BUKEY, Murat).

OZONE AVIATION AND DEFENSE INDUSTRY INC. (a.k.a. OZONE AIRCRAFT AND DEFENSE INDUSTRY LLC; a.k.a. OZONE HAVACILIK VE SAVUNMA SAN. TIC. AS; a.k.a. OZONE HAVACILIK VE SAVUNMA SANAYI TICARET ANONIM SIRKETI; a.k.a. "OZONE HOBBY"), Umurbey Mah. Sehitler Cad. No Key Plaza: 18/42, Izmir, Turkey; Inonu Mah 4137 sok. No 12/12, Menemen, Izmir, Turkey; Website www.ozonehobby.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Jul 2018; Tax ID No. 6500100199 (Turkey) [NPWMD] [IFSR] (Linked To: BUKEY, Murat).

OZONE HAVACILIK VE SAVUNMA SAN. TIC. AS (a.k.a. OZONE AIRCRAFT AND DEFENSE INDUSTRY LLC; a.k.a. OZONE AVIATION AND DEFENSE INDUSTRY INC.; a.k.a. OZONE HAVACILIK VE SAVUNMA SANAYI TICARET ANONIM SIRKETI; a.k.a. "OZONE HOBBY"), Umurbey Mah. Sehitler Cad. No Key Plaza: 18/42, Izmir, Turkey; Inonu Mah 4137 sok. No 12/12, Menemen, Izmir, Turkey; Website www.ozonehobby.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Jul 2018; Tax ID No. 6500100199 (Turkey) [NPWMD] [IFSR] (Linked To: BUKEY, Murat).

OZONE HAVACILIK VE SAVUNMA SANAYI TICARET ANONIM SIRKETI (a.k.a. OZONE AIRCRAFT AND DEFENSE INDUSTRY LLC; a.k.a. OZONE AVIATION AND DEFENSE INDUSTRY INC.; a.k.a. OZONE HAVACILIK VE SAVUNMA SAN. TIC. AS; a.k.a. "OZONE HOBBY"), Umurbey Mah. Sehitler Cad. No Key Plaza: 18/42, Izmir, Turkey; Inonu Mah 4137 sok. No 12/12, Menemen, Izmir, Turkey; Website www.ozonehobby.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Jul 2018; Tax ID No. 6500100199 (Turkey) [NPWMD] [IFSR] (Linked To: BUKEY, Murat).

OZSUREN, Mehmet, United Kingdom; DOB 01 Sep 1960; POB Turkey; nationality Turkey; Gender Male; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Passport 203970 (Turkey) (individual) [IRAN-EO13846] (Linked To: AMON KIMYA VE MAKINA SANAYI VE TICARET LIMITED SIRKETI).

OZTAS, Kasim (a.k.a. OZTASH, Kasim; a.k.a. "DZTAS, Kasim"), Turkey; DOB 15 May 1982; POB Aydin, Soke, Turkey; alt. POB Ankara, Soke, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U02506696 (Turkey) expires 22 Jun 2016; alt. Passport 27466202076 (Turkey) expires 22 Jun 2021; National ID No. 27466202076 (Turkey) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

OZTASH, Kasim (a.k.a. OZTAS, Kasim; a.k.a. "DZTAS, Kasim"), Turkey; DOB 15 May 1982; POB Aydin, Soke, Turkey; alt. POB Ankara, Soke, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Passport U02506696 (Turkey) expires 22 Jun 2016; alt. Passport 27466202076 (Turkey) expires 22 Jun 2021; National ID No. 27466202076 (Turkey) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

OZTUNC, Ekrem (a.k.a. OZTUNC, Ekrem Abdulkerym), Orumiyeh, West Azerbaijan, Iran; DOB 07 Oct 1984; POB Yuksekova, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U01292672 (Turkey) expires 01 Feb 2021 (individual) [IRAN-HR] (Linked To: SHARIFI-ZINDASHTI, Naji Ibrahim).

OZTUNC, Ekrem Abdulkerym (a.k.a. OZTUNC, Ekrem), Orumiyeh, West Azerbaijan, Iran; DOB 07 Oct 1984; POB Yuksekova, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U01292672 (Turkey) expires 01 Feb 2021 (individual) [IRAN-HR] (Linked To: SHARIFI-ZINDASHTI, Naji Ibrahim).

P L M SOCIEDAD DE CORRETAJE, C.A., Caracas, Venezuela; RIF # J-30877708-0 (Venezuela) [SDNTK].

P.B. SADR CO. (a.k.a. PARS BANAYE SADR CONSTRUCTION COMPANY; a.k.a. PARS BANAYE SADR INDUSTRIAL CONSTRUCTION COMPANY PJS; a.k.a. PARS BANAYE SADR INDUSTRIES COMPANY; a.k.a. PB SADR CONSTRUCTION COMPANY; a.k.a. SHERKATE SANATI OMRANI PARS BANAYE SADR; a.k.a. "PARS BANA SADR"; a.k.a. "PBS CONSTRUCTION CO"; a.k.a. "PBS CONSTRUCTION COMPANY"), No. 13, 1st Koohestan Ave., Pasdaran Street, Tehran, Iran; No. 17 Koohestan 1, Pasdaran Street, Tehran 1958833951, Iran; Website www.pars-bana.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2003 [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

P.C.C. (SINGAPORE) PRIVATE LIMITED (a.k.a. P.C.C. SINGAPORE BRANCH; a.k.a. PCC SINGAPORE PTE LTD), 78 Shenton Way, #08-02, 079120, Singapore; 78 Shenton Way, 26-02A Lippo Centre, 079120, Singapore; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 199708410K (Singapore); all offices worldwide [IRAN].

P.C.C. SINGAPORE BRANCH (a.k.a. P.C.C. (SINGAPORE) PRIVATE LIMITED; a.k.a. PCC SINGAPORE PTE LTD), 78 Shenton Way, #08-02, 079120, Singapore; 78 Shenton Way, 26-02A Lippo Centre, 079120, Singapore; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 199708410K (Singapore); all offices worldwide [IRAN].

P.E.I ENERGY PTE. LTD. (f.k.a. PUMA ENERGY BENGALE GULF PTE. LTD.; f.k.a. PUMA ENERGY IRRAWADDY PTE. LTD.; f.k.a. PUMA ENERGY MYANMAR PTE. LTD.), Singapore; Organization Established Date 17 Aug 2012; Organization Type: Activities of holding companies; Registration Number 201220511D (Burma) [BURMA-EO14014] (Linked To: WIN, Khin Phyu).

P.L. KAPITZA INSTITUTE FOR PHYSICAL PROBLEMS, RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZICHESKIKH PROBLEM IM. P.L. KAPITSY ROSSISKOI AKADEMII NAUK; f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZICHESKIKH PROBLEM IM. P.L. KAPITSY ROSSISKOI AKADEMII NAUK BU; a.k.a. "IFP RAN FGBU"; a.k.a. "KIPP"), Kapitaza Institute, 2 ul. Kosygina, Moscow 119334, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Jan 1994; Tax ID No. 7736039850 (Russia); Government Gazette Number 02699338 (Russia); Registration Number 1037739409311 (Russia) [RUSSIA-EO14024].

P.L.M. GROUP SOCIEDAD DE CORRETAJE DE VALORES, C.A., Caracas, Venezuela; RIF # J-31254454-6 (Venezuela) [SDNTK].

P.P. BABUDOVAC (a.k.a. P.P. BABUDOVAC B.I.), 40650 Jasenovik I Poshtem, Kosovo; Organization Established Date 05 Feb 2004; Organization Type: Wholesale of food, beverages and tobacco; V.A.T. Number 600570825 (Kosovo) [GLOMAG] (Linked To: RADISAVLJEVIC, Miljan).

P.P. BABUDOVAC B.I. (a.k.a. P.P. BABUDOVAC), 40650 Jasenovik I Poshtem, Kosovo; Organization Established Date 05 Feb 2004; Organization Type: Wholesale of food, beverages and tobacco; V.A.T. Number 600570825 (Kosovo) [GLOMAG] (Linked To: RADISAVLJEVIC, Miljan).

P.P. SHIRSHOV INSTITUTE OF OCEANOLOGY OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERALNOYE GOSUDARSTVENNOYE BYUDZHETNOYE UCHREZHDENIYE NAUKI INSTITUT OKEANOLOGII IM. P.P. SHIRSHOVA ROSSIYSKOY AKADEMII NAUK; a.k.a. "IO RAS"), 36 Nakhimovsky Avenue, Moscow 117997, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727083115 (Russia); Registration Number 1037739013388 (Russia) issued 1946 [RUSSIA-EO14024].

P.P.ROBNA KUCA METAL B.I., Kralja Petra I 90, Zvecan, Kosovo; Organization Established Date 29 Aug 2013; Organization Type: Wholesale of other machinery and equipment; Registration Number 70985691 (Kosovo) [GLOMAG] (Linked To: NEDELJKOVIC, Sinisa).

PAANANEN, Kai (a.k.a. PAANANEN, Kai Lauri Johannes); DOB 21 Jul 1954; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Chairman, SET Petrochemicals Oy; Managing Director, Southeast Trading Oy (individual) [UKRAINE-EO13661].

PAANANEN, Kai Lauri Johannes (a.k.a. PAANANEN, Kai); DOB 21 Jul 1954; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Chairman, SET Petrochemicals Oy; Managing Director, Southeast Trading Oy (individual) [UKRAINE-EO13661].

PAARICHEM RESOURCES LLP, 711, 7th Floor, Reena Complex Premises, Ramde Nagar, Vidyavihar (West), Mumbai, Maharashtra 400086, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 26 Aug 2014; Tax ID No. 27AAQFP2892P1Z6 (India); Legal Entity Number 335800LEZVRNP8EZA910 [IRAN-EO13846].

PAASBAN-E-AHLE-HADIS (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN

WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

PAASBAN-E-KASHMIR (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a.

LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

PAASBAN-I-AHLE-HADITH (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-

AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

PABAS HOLDING CORP.; RUC # 1428011-1-633523 (Panama) [SDNTK].

PACIFIC AXIS REAL ESTATE, S.A. DE C.V., Puerto Vallarta, Jalisco, Mexico; Organization Established Date 18 Jul 2018; Organization Type: Real estate activities with own or leased property [ILLICIT-DRUGS-EO14059] (Linked To: FOUBERT CADENA, Xeyda Del Refugio).

PACIFIC CHARM HOLDINGS INVESTMENT LIMITED, Phnom Penh, Cambodia; Company Number 1977603 (Virgin Islands, British) [TCO] (Linked To: CHEN, Zhi).

PACIFIC OCEAN SHIPPING LIMITED, East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

PACIFIC SHIPPING & TRANS (a.k.a. PACIFIC SHIPPING AND TRANS; a.k.a. PACIFIC SHIPPING AND TRANSPORTATION LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

PACIFIC SHIPPING AND TRANS (a.k.a. PACIFIC SHIPPING & TRANS; a.k.a. PACIFIC SHIPPING AND TRANSPORTATION LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

PACIFIC SHIPPING AND TRANSPORTATION LIMITED (a.k.a. PACIFIC SHIPPING & TRANS; a.k.a. PACIFIC SHIPPING AND TRANS), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

PACIFIC STEEL FZE, Office Number LB16610, P.O. Box 261027, Jebel Ali Free Zone, Dubai 261027, United Arab Emirates; Lb16, Jebel Ali,

Dubai, United Arab Emirates; P.O. Box 261027, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; License 4736 (United Arab Emirates); Registration Number 11444102 (United Arab Emirates); alt. Registration Number 87726 (United Arab Emirates) [IRAN-EO13871] (Linked To: ESFAHAN'S MOBARAKEH STEEL COMPANY).

PADIERNA PENA, Luis Orlando (a.k.a. "INGLATERRA"); DOB 26 Jan 1979; POB Carepa, Antioquia, Colombia; citizen Colombia; Cedula No. 15441176 (Colombia) (individual) [SDNTK].

PADILLA DE ARRETURETA, Carol Bealexis, Caracas, Capital District, Venezuela; DOB 19 Feb 1972; Gender Female; Cedula No. 11763586 (Venezuela) (individual) [VENEZUELA].

PADILLA ZARATE, Clemente, Calle Pedro Moreno 113, Colonia Toluquilla, San Pedro Tlaquepaque, Jalisco, Mexico; Alvaro Obregon 993, oblatos, Guadalajara, Jalisco 44380, Mexico; Josefa Ortiz 568, Guadalajara, Jalisco 44380, Mexico; DOB 01 May 1978; POB Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. PAZC780501HJCDRL09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

PADRINO LOPEZ, Vladimir, Capital District, Venezuela; DOB 30 May 1963; nationality Venezuela; Gender Male; Cedula No. 6122963 (Venezuela) (individual) [VENEZUELA].

PAE, Won Uk (a.k.a. PAE, Wo'n-uk), Beijing, China; DOB 22 Aug 1969; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472120208 (Korea, North) expires 22 Feb 2017; Korea Daesong Bank representative (individual) [DPRK4].

PAE, Wo'n-uk (a.k.a. PAE, Won Uk), Beijing, China; DOB 22 Aug 1969; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472120208 (Korea, North) expires 22 Feb 2017; Korea Daesong Bank representative (individual) [DPRK4].

PAEINSHAHRI, Behrouz (Arabic: بهروز پائینشهری) (a.k.a. PARSA, Behrouz (Arabic: بهروز پارسا); a.k.a. PARSARAD, Behrouz (Arabic: بهروز پارسا راد)), No. 18, No. 8, Bahar, Shahid Bakhtiari St., Tohid Ave., Tehran, Iran; DOB 02 Jul 1988; nationality Iran; Email Address hernes@tutanota.com; alt. Email Address m3vda@protonmail.com; alt. Email Address lazyyytrader@gmail.com; alt. Email Address mvc64200@gmail.com; alt. Email Address behrouz.p1985@gmail.com; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT bc1q3q2lz3cmt4u2f49ugxz5q34xrs0m2z4w2gmkp5; alt. Digital Currency Address - XBT bc1qj2ffj6pepc80sfqpx2k2pd3q278q72dpqv2ens; alt. Digital Currency Address - XBT bc1qjwr3rgww7a8ut7a4x8jqh3vswcue3xvp6dm7qe; alt. Digital Currency Address - XBT bc1qvxlwpgcw260sc97a0u6dm0cjxv027clhd67fvx; alt. Digital Currency Address - XBT bc1qwtswqzvaxl6lyw3keqqzwt8z937psta3wg9sjy; alt. Digital Currency Address - XBT bc1qyqvyupkpl6tm60zdecef925y220ssjuagpxsm0; alt. Digital Currency Address - XBT bc1q45cxufu7x6s5v9adzm9t38k80gwawse75xffwe; alt. Digital Currency Address - XBT bc1qmzmx8res2fgzd2wttyvf2ajqqqtcnxxrgkqc2t; alt. Digital Currency Address - XBT bc1qtnr3t28ltzgsuvr9j6ruqaat6fz773mm8wr02l; alt. Digital Currency Address - XBT bc1q6rzzf4erht8v7kgh5mfnwcrvzxchxt5glpsuls; alt. Digital Currency Address - XBT bc1qr4fd3glpnthkefcylhnxk4gp47jsd0523ue7qj; alt. Digital Currency Address - XBT bc1q2c3vwu7wxq308lsun24rjlsh6ff0x8whx55v4q; alt. Digital Currency Address - XBT bc1qwyye7frjufeth0pecvaf3hz67lakt028dezv3p; alt. Digital Currency Address - XBT bc1qhsp4kffl5pmsae43st9jufagu6uy7lsa6mslla; alt. Digital Currency Address - XBT bc1qlhh94040d8nxkstf4l7720q72f2vntxxl96m4d; alt. Digital Currency Address - XBT bc1qdzgee6h4zjwvn8lyzjxgd467zxnshelqkudh7z; alt. Digital Currency Address - XBT bc1q97eg4k2juepa3smpac4pnfjsnyws696c290cxq; alt. Digital Currency Address - XBT bc1qu3e9sq8cem759umc3pywlsly3rr2qvjlxfnn9l; alt. Digital Currency Address - XBT bc1qa4jp7udkn2ycecz8289jfs3vpnqdwf4483d3qe; alt. Digital Currency Address - XBT bc1qxp3sxw4q2rw3u9pd2k7udhp4eagc77jqcezv4q; alt. Digital Currency Address - XBT bc1q7d46dvuv56kn4mm0jz3yep6xj74kxcpydt5t

e4; alt. Digital Currency Address - XBT bc1qetqqlgvlnzdh4eshz9q6twlpdtmvy5rfkn3lza; alt. Digital Currency Address - XBT bc1qtrh9z4ls2s2mflyhc5y0mtxt0y30n87c97z4qp; alt. Digital Currency Address - XBT bc1qr2tgu4almsw9ajqfwz93qw0xc8w2g72xpyzqvn; alt. Digital Currency Address - XBT bc1qzqqdvukupr0qr5uckn2zjn40mkflnxu8fuuqdp; alt. Digital Currency Address - XBT bc1q6yz2q723helcd7rz7xltw5nu77vn649zczklc3; alt. Digital Currency Address - XBT bc1qfpdycqpkl5hvxg4feuk3nhde5h8t2zd89svsg9; alt. Digital Currency Address - XBT bc1qhe6zy9x6ar42zkec3lhkms5m7hh3svtc88qhf6; alt. Digital Currency Address - XBT bc1qptrvdk8uv8shd734tyhyzatrvmlq9l0v6r0dc2; alt. Digital Currency Address - XBT bc1qcp6fr7gtyukympl6unr7uv78h3vprycwj455zx; alt. Digital Currency Address - XBT bc1q8p5r6wdx7leuekulnlglapy2wlwxgukpe76mys; alt. Digital Currency Address - XBT bc1q7qsruzjsed9sy6taqz2m5rvljsmleg2xl7dz5r; alt. Digital Currency Address - XBT bc1q3tan207evu5skk2wj80ycyw242g0kdnn3hs3x0; alt. Digital Currency Address - XBT bc1q4sqmmyv63g6ma5cmswzap3d8k995h0str69v3t; alt. Digital Currency Address - XBT bc1qec85gd576z0phflq2jm8jxlh22tckqj3yru7xs; alt. Digital Currency Address - XBT bc1q4qjvgw475a39d8cpcyv5keq39jlmlrq870sn30; alt. Digital Currency Address - XBT bc1qmwznjzlhrj3fney3elxkwdpwa72u7eq0ge76dt; alt. Digital Currency Address - XBT bc1qzcg8y0utezp7zkp2cmqppd3x80l4gpqzew25wy; alt. Digital Currency Address - XBT bc1qdd2mumk4rxnygxyn5qhrq6pah6yjmnl3s9mef5; alt. Digital Currency Address - XBT bc1qcjh0phl2yy3rxcztfthz9psuvk8trv2qe06p0k; alt. Digital Currency Address - XBT 3FgaJMgxCfU3qqQ3Yiqv3Xw8rmLDDkByeo; alt. Digital Currency Address - XBT 3EQoMXw6Xi8zNzY8tLfJbkWjV5EXsQP4Es; alt. Digital Currency Address - XBT 37KHumAdzFcg1fXMv36UGg91MHPqhJUv19; alt. Digital Currency Address - XBT 3GBGnqDqdiskCmfq2Rchk1LcBoSo4P3DZQ; Digital Currency Address - XMR 88wRZuGMuC5YQvXpKpeLFHQeZWW28XtGy ZCizkqeypTaRcjzNNKVrCg7PpoEeWaj5A7wwb h5M2X9ycXrfUkbeptACsG4bVn; alt. Digital Currency Address - XMR 8ANG5NBnApL94YAKRfCSaS7g2fjEi1DWVcF NTn3wQ5HpfsgtnusgxaXE24bbhXukTgF8esRn MsWaReRiqNbSBSbmRE5Nm5M; alt. Digital Currency Address - XMR

84AwzjeFWXNEuhj8LWinXo93AqYr6wS8Zcna BCoGhrL7EtvBMBovdhiUSV9xLhjrPA8t64hYSa Mc8bHtWXoV9129EHUjU62; alt. Digital Currency Address - XMR 87XWTP9tBECHXCwbyMK1KENoy4GeXkRviN zmhNc5Pvo5ExZ1QXjtRRyFeXPuHf7fNiS7KzB ZNJeGweJhMbFB647171y66id; alt. Digital Currency Address - XMR 86ze8c9oUftDSTxzFBhfSJYpjvw6GYkqjeEaggy 3hBVL1ou2tk79DfSj5YiZ3wjDHp541tizcQ8bVC xCtVHQncuc3asa8wz; Phone Number 989190900020; alt. Phone Number 989330219108; alt. Phone Number 989334445690; Passport M56769976 (Iran) (individual) [ILLICIT-DRUGS-EO14059].

PAEK SOL TRADING CORPORATION (a.k.a. BAEKSOL TRADING; a.k.a. BAEKSUL TRADING; a.k.a. KOREA PAEK SOL TRADING; a.k.a. PAEKSO'L CORPORATION; a.k.a. PAEKSOL TRADING CORPORATION; a.k.a. PAEKSO'L TRADING CORPORATION), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

PAEK, Chang-Ho (a.k.a. PAEK, Ch'ang-Ho; a.k.a. PAK, Chang-Ho); DOB 18 Jun 1964; POB Kaesong, DPRK; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 381420754 issued 07 Dec 2011 expires 07 Dec 2016 (individual) [NPWMD].

PAEK, Ch'ang-Ho (a.k.a. PAEK, Chang-Ho; a.k.a. PAK, Chang-Ho); DOB 18 Jun 1964; POB Kaesong, DPRK; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 381420754 issued 07 Dec 2011 expires 07 Dec 2016 (individual) [NPWMD].

PAEK, Chong-sam (a.k.a. PAEK, Jong Sam), Shenyang, China; DOB 17 Jan 1964; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

PAEK, Jong Sam (a.k.a. PAEK, Chong-sam), Shenyang, China; DOB 17 Jan 1964; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

PAEK, Se Pong (a.k.a. PAEK, Se-Bong); DOB 21 Mar 1938; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Chairman, Second Economic Committee (individual) [NPWMD].

PAEK, Se-Bong (a.k.a. PAEK, Se Pong); DOB 21 Mar 1938; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Chairman, Second Economic Committee (individual) [NPWMD].

PAEKHO ARTS TRADING COMPANY (a.k.a. JOSON PAEKHO MUYOK HOESA; a.k.a. KOREA PAEKHO TRADING CORPORATION; a.k.a. KOREA PAEKHO TRADING CORPORATION, LTD.; a.k.a. PAEKHO CONSTRUCTION SARL; a.k.a. PAEKHO FINE ART CORPORATION; a.k.a. PAEKHO TRADING COMPANY; a.k.a. WHITE TIGER TRADING COMPANY; a.k.a. "DEPARTMENT 30"; a.k.a. "KPTC"), Chongryu 3-dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

PAEKHO CONSTRUCTION SARL (a.k.a. JOSON PAEKHO MUYOK HOESA; a.k.a. KOREA PAEKHO TRADING CORPORATION; a.k.a. KOREA PAEKHO TRADING CORPORATION, LTD.; a.k.a. PAEKHO ARTS TRADING COMPANY; a.k.a. PAEKHO FINE ART CORPORATION; a.k.a. PAEKHO TRADING COMPANY; a.k.a. WHITE TIGER TRADING COMPANY; a.k.a. "DEPARTMENT 30"; a.k.a. "KPTC"), Chongryu 3-dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and

510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

PAEKHO FINE ART CORPORATION (a.k.a. JOSON PAEKHO MUYOK HOESA; a.k.a. KOREA PAEKHO TRADING CORPORATION; a.k.a. KOREA PAEKHO TRADING CORPORATION, LTD.; a.k.a. PAEKHO ARTS TRADING COMPANY; a.k.a. PAEKHO CONSTRUCTION SARL; a.k.a. PAEKHO TRADING COMPANY; a.k.a. WHITE TIGER TRADING COMPANY; a.k.a. "DEPARTMENT 30"; a.k.a. "KPTC"), Chongryu 3-dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

PAEKHO TRADING COMPANY (a.k.a. JOSON PAEKHO MUYOK HOESA; a.k.a. KOREA PAEKHO TRADING CORPORATION; a.k.a. KOREA PAEKHO TRADING CORPORATION, LTD.; a.k.a. PAEKHO ARTS TRADING COMPANY; a.k.a. PAEKHO CONSTRUCTION SARL; a.k.a. PAEKHO FINE ART CORPORATION; a.k.a. WHITE TIGER TRADING COMPANY; a.k.a. "DEPARTMENT 30"; a.k.a. "KPTC"), Chongryu 3-dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

PAEKMA SHIPPING CO, Care of First Oil JV Co Ltd, Jongbaek 1-dong, Rakrang-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5999479 [DPRK4].

PAEKSO'L CORPORATION (a.k.a. BAEKSOL TRADING; a.k.a. BAEKSUL TRADING; a.k.a. KOREA PAEK SOL TRADING; a.k.a. PAEK SOL TRADING CORPORATION; a.k.a. PAEKSOL TRADING CORPORATION; a.k.a.

PAEKSO'L TRADING CORPORATION), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

PAEKSOL TRADING CORPORATION (a.k.a. BAEKSOL TRADING; a.k.a. BAEKSUL TRADING; a.k.a. KOREA PAEK SOL TRADING; a.k.a. PAEK SOL TRADING CORPORATION; a.k.a. PAEKSO'L CORPORATION; a.k.a. PAEKSO'L TRADING CORPORATION), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

PAEKSO'L TRADING CORPORATION (a.k.a. BAEKSOL TRADING; a.k.a. BAEKSUL TRADING; a.k.a. KOREA PAEK SOL TRADING; a.k.a. PAEK SOL TRADING CORPORATION; a.k.a. PAEKSO'L CORPORATION; a.k.a. PAEKSOL TRADING CORPORATION), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

PAEZ LOPEZ, Ricardo, Mexico; DOB 02 Oct 1992; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. PALR921002HSLZPC09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

PAEZ LOPEZ, Saul, Mexico; DOB 31 Jan 1994; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. PALS940131HSLZPL01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

PAEZ PEREDA, Carlos Alberto, Laguna Colorada, Sinaloa, Mexico; DOB 27 Sep 1995; POB Sinaloa, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. PAPC950927HSLZRR02 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

PAEZ SOTO, Ramon Ignacio (a.k.a. "EL MORENO"; a.k.a. "PAEZ Nachillo"; a.k.a. "PAEZ, Nacho"); DOB 31 Jul 1973; POB

Culiacan, Sinaloa, Mexico; citizen Mexico (individual) [SDNTK].

PAEZ VARGAS, Israel Daniel (a.k.a. "Tommy"), Mexicali, Baja California, Mexico; DOB 31 Jan 1980; POB Mexico City, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. PAVI800131HDFZRS02 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

PAHLAVANI NEJAD, Saeed (a.k.a. PAHLEVANINEJAD, Saeed), Iran; DOB 22 Nov 1968; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R62734748 (Iran) expires 23 Apr 2028 (individual) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

PAHLEVANINEJAD, Saeed (a.k.a. PAHLAVANI NEJAD, Saeed), Iran; DOB 22 Nov 1968; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R62734748 (Iran) expires 23 Apr 2028 (individual) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

PAHNITS, Valerij Mihajlovich (a.k.a. PAKHNITS, Valeriy Mikhailovich (Cyrillic: ПАХНИЦ, Валерий Михайлович); a.k.a. PAKHNITS, Valery Mikhailovich; a.k.a. PAKHNYTS, Valery Mykhailovych (Cyrillic: ПАХНИЦЬ, Валерій Михайлович)), 5 Myslichenko St. Chmyrevka village, Starobilsk district, Luhansk region, Ukraine; DOB 22 Jan 1953; POB Mariupol, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1938008353 (Ukraine) (individual) [RUSSIA-EO14024].

PAHOMOV, Sergey Alexandrovich (Cyrillic: ПАХОМОВ, Сергей Александрович), Russia; DOB 06 Aug 1975; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PAIDAR, Amanallah (Arabic: امان اله پایدار) (a.k.a. AMANOLLAH, Paydar Mohammad; a.k.a. PAYDAR, Aman Ilah; a.k.a. PAYDAR, Amanollah; a.k.a. "AMIRI, Ahmad"; a.k.a. "AZARIAN, Amin"; a.k.a. "MURAT, Rajib"), Iran; DOB 08 Nov 1958; POB Rudsar, Iran; nationality Iran; Additional Sanctions

Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2690705257 (Iran) (individual) [NPWMD] [IFSR] (Linked To: DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER).

PAIN VICTOIRE (a.k.a. PAINS VICTOIRE; a.k.a. PAN VICTOIRE; a.k.a. SOCIETE GENERAL DES PAINS SPRL; a.k.a. SOCIETE GENERALE DE PAIN; a.k.a. SOCIETE GENERALE DES PAINS), 22 Avenue Konda, Kinshasa, Congo, Democratic Republic of the; D-U-N-S Number 558023852; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ASSI, Saleh).

PAINS VICTOIRE (a.k.a. PAIN VICTOIRE; a.k.a. PAN VICTOIRE; a.k.a. SOCIETE GENERAL DES PAINS SPRL; a.k.a. SOCIETE GENERALE DE PAIN; a.k.a. SOCIETE GENERALE DES PAINS), 22 Avenue Konda, Kinshasa, Congo, Democratic Republic of the; D-U-N-S Number 558023852; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ASSI, Saleh).

PAK, Bong Nam (a.k.a. LUI, Wai Ming; a.k.a. PAK, Pong Nam; a.k.a. PAK, Pong-nam), Shenyang, China; DOB 06 May 1969; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; ILSIM International Bank Representative in Shenyang, China (individual) [DPRK4].

PAK, Chang-Ho (a.k.a. PAEK, Chang-Ho; a.k.a. PAEK, Ch'ang-Ho); DOB 18 Jun 1964; POB Kaesong, DPRK; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 381420754 issued 07 Dec 2011 expires 07 Dec 2016 (individual) [NPWMD].

PAK, Ch'in-hyo'k (a.k.a. DAVID, Andoson; a.k.a. HENNY, Watson; a.k.a. KIM, Hyon U; a.k.a. KIM, Hyon Woo; a.k.a. KIM, Hyon Wu; a.k.a. PAK, Jin Hek; a.k.a. PAK, Jin Hyok; a.k.a. PARK, Jin Hyok); DOB 15 Aug 1984; alt. DOB 18 Oct 1984; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or

Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290333974 (Korea, North) (individual) [DPRK3].

PAK, Chol Nam (a.k.a. PAK, Ch'o'l-nam), Beijing, China; DOB 16 Jun 1971; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745420413 expires 19 Nov 2020; Cheil Credit Bank representative in Beijing (individual) [DPRK4].

PAK, Ch'o'l-nam (a.k.a. PAK, Chol Nam), Beijing, China; DOB 16 Jun 1971; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745420413 expires 19 Nov 2020; Cheil Credit Bank representative in Beijing (individual) [DPRK4].

PAK, Chun Il, Egypt; DOB 28 Jul 1954; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563410091 (Korea, North); North Korean Ambassador to Egypt (individual) [DPRK2].

PAK, Do Chun (a.k.a. PAK, To-Chun; a.k.a. PAK, To'-Ch'un); DOB 09 Mar 1944; POB Nangim County, Chagang Province, Democratic People's Republic of Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

PAK, Gwang Hun (a.k.a. BAK, Gwang Hun; a.k.a. PAK, Kwang Hun; a.k.a. PAK, Kwang-hun), Vladivostok, Russia; DOB 01 Jan 1970 to 31 Dec 1970; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Representative of Korea

Ryonbong General Corporation in Vladivostok, Russia (individual) [DPRK2].

PAK, Han Se (a.k.a. KANG, Myong Chol), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290410121 (Korea, North); Vice Chairman of the Second Economic Committee (individual) [NPWMD] (Linked To: SECOND ECONOMIC COMMITTEE).

PAK, Hwa Song (Korean: 박화성), 1041 avenue Ulindi, Quartier Golf, Lubumbashi, Katanga, Congo, Democratic Republic of the; DOB 13 Oct 1962; POB Pyongyang, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

PAK, Il-Gyu (a.k.a. PAK, Il-Kyu), Shenyang, China; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563120235; Korea Ryonbong General Corporation Official (individual) [NPWMD] (Linked To: KOREA PUGANG TRADING CORPORATION).

PAK, Il-Kyu (a.k.a. PAK, Il-Gyu), Shenyang, China; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563120235; Korea Ryonbong General Corporation Official (individual) [NPWMD] (Linked To: KOREA PUGANG TRADING CORPORATION).

PAK, Jeong Cheon (a.k.a. PAK, Jong Chon (Korean: 박정천); a.k.a. PARK, Chong Chon; a.k.a. PARK, Jeong Cheon), Korea, North; DOB 18 Sep 1954; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

PAK, Jin Hek (a.k.a. DAVID, Andoson; a.k.a. HENNY, Watson; a.k.a. KIM, Hyon U; a.k.a. KIM, Hyon Woo; a.k.a. KIM, Hyon Wu; a.k.a. PAK, Ch'in-hyo'k; a.k.a. PAK, Jin Hyok; a.k.a. PARK, Jin Hyok); DOB 15 Aug 1984; alt. DOB 18 Oct 1984; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290333974 (Korea, North) (individual) [DPRK3].

PAK, Jin Hyok (a.k.a. DAVID, Andoson; a.k.a. HENNY, Watson; a.k.a. KIM, Hyon U; a.k.a. KIM, Hyon Woo; a.k.a. KIM, Hyon Wu; a.k.a. PAK, Ch'in-hyo'k; a.k.a. PAK, Jin Hek; a.k.a. PARK, Jin Hyok); DOB 15 Aug 1984; alt. DOB 18 Oct 1984; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290333974 (Korea, North) (individual) [DPRK3].

PAK, Jong Chon (Korean: 박정천) (a.k.a. PAK, Jeong Cheon; a.k.a. PARK, Chong Chon; a.k.a. PARK, Jeong Cheon), Korea, North; DOB 18 Sep 1954; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

PAK, Kwang Ho (a.k.a. PAK, Kwang-ho); DOB 01 Jan 1946 to 31 Dec 1948; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director of the Propaganda and Agitation Department (individual) [DPRK2].

PAK, Kwang Hun (a.k.a. BAK, Gwang Hun; a.k.a. PAK, Gwang Hun; a.k.a. PAK, Kwang-hun), Vladivostok, Russia; DOB 01 Jan 1970 to 31 Dec 1970; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Representative of Korea

Ryonbong General Corporation in Vladivostok, Russia (individual) [DPRK2].

PAK, Kwang-ho (a.k.a. PAK, Kwang Ho); DOB 01 Jan 1946 to 31 Dec 1948; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director of the Propaganda and Agitation Department (individual) [DPRK2].

PAK, Kwang-hun (a.k.a. BAK, Gwang Hun; a.k.a. PAK, Gwang Hun; a.k.a. PAK, Kwang Hun), Vladivostok, Russia; DOB 01 Jan 1970 to 31 Dec 1970; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Representative of Korea Ryonbong General Corporation in Vladivostok, Russia (individual) [DPRK2].

PAK, Mun II (a.k.a. PAK, Mun-il), Yanji, China; DOB 01 Jan 1965; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563335509 expires 27 Aug 2018; Korea Daesong Bank official (individual) [DPRK4].

PAK, Mun-il (a.k.a. PAK, Mun II), Yanji, China; DOB 01 Jan 1965; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563335509 expires 27 Aug 2018; Korea Daesong Bank official (individual) [DPRK4].

PAK, Pong Nam (a.k.a. LUI, Wai Ming; a.k.a. PAK, Bong Nam; a.k.a. PAK, Pong-nam), Shenyang, China; DOB 06 May 1969; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; ILSIM International Bank Representative in Shenyang, China (individual) [DPRK4].

PAK, Pong-nam (a.k.a. LUI, Wai Ming; a.k.a. PAK, Bong Nam; a.k.a. PAK, Pong Nam), Shenyang, China; DOB 06 May 1969; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; ILSIM International Bank Representative in Shenyang, China (individual) [DPRK4].

PAK, Tae-Chun (a.k.a. BOKU, Taishun; a.k.a. ISHIDA, Shoroku; a.k.a. PARK, Tae-joon); DOB 30 Oct 1932 (individual) [TCO].

PAK, To'-Ch'un (a.k.a. PAK, Do Chun; a.k.a. PAK, To-Chun); DOB 09 Mar 1944; POB Nangim County, Chagang Province, Democratic People's Republic of Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

PAK, To-Chun (a.k.a. PAK, Do Chun; a.k.a. PAK, To'-Ch'un); DOB 09 Mar 1944; POB Nangim County, Chagang Province, Democratic People's Republic of Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

PAK, Tong Sok (a.k.a. PAK, Tong-So'k), Abkhazia, Georgia; DOB 15 Apr 1965; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745120209 (Korea, North) expires 26 Feb 2020; Korea Ryonbong General Corporation Official (individual) [DPRK2].

PAK, Tong-So'k (a.k.a. PAK, Tong Sok), Abkhazia, Georgia; DOB 15 Apr 1965; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745120209 (Korea, North) expires 26

Feb 2020; Korea Ryonbong General Corporation Official (individual) [DPRK2].

PAK, Yong Sik (a.k.a. PAK, Yo'ng-sik), Korea, North; DOB 1950; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Member of the Workers' Party of Korea Central Military Commission (individual) [DPRK2] (Linked To: WORKERS' PARTY OF KOREA CENTRAL MILITARY COMMISSION).

PAK, Yo'ng-sik (a.k.a. PAK, Yong Sik), Korea, North; DOB 1950; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Member of the Workers' Party of Korea Central Military Commission (individual) [DPRK2] (Linked To: WORKERS' PARTY OF KOREA CENTRAL MILITARY COMMISSION).

PAKAT SAZI SHAFAGH SIMAN SEPAHAN (a.k.a. SEPAHAN CEMENT PAKAT-SAZI SHAFAGH), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

PAKER SERVICE (Cyrillic: ПАКЕР СЕРВИС) (a.k.a. "PACKER SERVICE"), Varshavskoe Shosse D. 1, Str. 6, Office 27, Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 2006; Tax ID No. 7718607570 (Russia); Registration Number 1067758006348 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PAKERMANOV, Evgeni Markovich (a.k.a. PAKERMANOV, Evgeny Markovich), Russia; DOB 16 Jul 1973; POB Yekaterinburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 666301000031 (Russia) (individual) [RUSSIA-EO14024] (Linked To: RUSATOM OVERSEAS JOINT STOCK COMPANY).

PAKERMANOV, Evgeny Markovich (a.k.a. PAKERMANOV, Evgeni Markovich), Russia; DOB 16 Jul 1973; POB Yekaterinburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Tax ID No. 666301000031 (Russia) (individual) [RUSSIA-EO14024] (Linked To: RUSATOM OVERSEAS JOINT STOCK COMPANY).

PAKHLO, Nikolai Yanovich (a.k.a. AZAROV, Mykola Nikolai Yanovych; a.k.a. AZAROV, Mykola Yanovych); DOB 17 Dec 1947; POB Kaluga, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Former Prime Minister of Ukraine (individual) [UKRAINE-EO13660].

PAKHNITS, Valeriy Mikhailovich (Cyrillic: ПАХНИЦ, Валерий Михайлович) (a.k.a. PAHNITS, Valerij Mihajlovich; a.k.a. PAKHNITS, Valery Mikhailovich; a.k.a. PAKHNYTS, Valery Mykhailovych (Cyrillic: ПАХНИЦЬ, Валерій Михайлович)), 5 Myslichenko St. Chmyrevka village, Starobilsk district, Luhansk region, Ukraine; DOB 22 Jan 1953; POB Mariupol, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1938008353 (Ukraine) (individual) [RUSSIA-EO14024].

PAKHNITS, Valery Mikhailovich (a.k.a. PAHNITS, Valerij Mihajlovich; a.k.a. PAKHNITS, Valeriy Mikhailovich (Cyrillic: ПАХНИЦ, Валерий Михайлович); a.k.a. PAKHNYTS, Valery Mykhailovych (Cyrillic: ПАХНИЦЬ, Валерій Михайлович)), 5 Myslichenko St. Chmyrevka village, Starobilsk district, Luhansk region, Ukraine; DOB 22 Jan 1953; POB Mariupol, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1938008353 (Ukraine) (individual) [RUSSIA-EO14024].

PAKHNYTS, Valery Mykhailovych (Cyrillic: ПАХНИЦЬ, Валерій Михайлович) (a.k.a. PAHNITS, Valerij Mihajlovich; a.k.a. PAKHNITS, Valeriy Mikhailovich (Cyrillic: ПАХНИЦ, Валерий Михайлович); a.k.a. PAKHNITS, Valery Mikhailovich), 5 Myslichenko St. Chmyrevka village, Starobilsk district, Luhansk region, Ukraine; DOB 22 Jan 1953; POB Mariupol, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1938008353 (Ukraine) (individual) [RUSSIA-EO14024].

PAKISTAN RELIEF FOUNDATION (a.k.a. AKHTARABAD MEDICAL CAMP; a.k.a. AL-AKHTAR MEDICAL CENTRE; a.k.a. AL-AKHTAR TRUST INTERNATIONAL; a.k.a. AZMAT PAKISTAN TRUST; a.k.a. AZMAT-E-PAKISTAN TRUST; a.k.a. PAKISTANI RELIEF FOUNDATION), ST-1/A, Gulshan-e-Iqbal, Block 2, Karachi 75300, Pakistan; Bahawalpur, Pakistan; Bawalnagar, Pakistan; Gilgit, Pakistan; Gulistan-e-Jauhar, Block 12, Karachi, Pakistan; Islamabad, Pakistan; Mirpur Khas, Pakistan; Spin Boldak, Afghanistan; Tando-Jan-Muhammad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; and all other offices worldwide [SDGT].

PAKISTANI RELIEF FOUNDATION (a.k.a. AKHTARABAD MEDICAL CAMP; a.k.a. AL-AKHTAR MEDICAL CENTRE; a.k.a. AL-AKHTAR TRUST INTERNATIONAL; a.k.a. AZMAT PAKISTAN TRUST; a.k.a. AZMAT-E-PAKISTAN TRUST; a.k.a. PAKISTAN RELIEF FOUNDATION), ST-1/A, Gulshan-e-Iqbal, Block 2, Karachi 75300, Pakistan; Bahawalpur, Pakistan; Bawalnagar, Pakistan; Gilgit, Pakistan; Gulistan-e-Jauhar, Block 12, Karachi, Pakistan; Islamabad, Pakistan; Mirpur Khas, Pakistan; Spin Boldak, Afghanistan; Tando-Jan-Muhammad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; and all other offices worldwide [SDGT].

PAKISTANI TALIBAN (a.k.a. TEHREEK-E-TALIBAN; a.k.a. TEHRIK-E TALIBAN PAKISTAN (TTP); a.k.a. TEHRIK-E-TALIBAN; a.k.a. TEHRIK-I-TALIBAN PAKISTAN), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

PAKNEJAD, Mohsen (Arabic: محسن پاک نژاد) (a.k.a. PAKNEZHAD, Mohsen), Tehran, Iran; DOB 12 Jun 1966; POB Central Tehran, Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0045865914 (Iran); Birth Certificate Number 762 (Iran) (individual) [IRAN-EO13902].

PAKNEZHAD, Mohsen (a.k.a. PAKNEJAD, Mohsen (Arabic: محسن پاک نژاد)), Tehran, Iran; DOB 12 Jun 1966; POB Central Tehran, Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0045865914 (Iran); Birth Certificate Number 762 (Iran) (individual) [IRAN-EO13902].

PAKO INTERNATIONAL TRADING LIMITED, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Apr 2022; Company Number 3145570 (Hong Kong); Business Registration Number 73971656 (Hong Kong) [RUSSIA-EO14024].

PAKPOUR, Mohammad (a.k.a. PAKPUR, Mohammad), Iran; DOB 1961; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

PAKPUR, Mohammad (a.k.a. PAKPOUR, Mohammad), Iran; DOB 1961; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

PALACIOS ALDAY, Gorka; DOB 17 Oct 1974; POB Baracaldo Vizcaya Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 30.654.356; Member ETA (individual) [SDGT].

PALACIOS RODRIGUEZ, Jose Eduardo, Puerto Vallarta, Jalisco, Mexico; DOB 12 Feb 1988; POB Jalisco, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. PARE880212HJCLDD01 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

PALAESTINAENSER VEREIN (a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PALAESTINAENSERVEREIN OESTERREICH (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PALAESTINENSISCH VERBAND OESTERREICH (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PALAESTINENSISCHE VEREINIGUNG (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN

ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PALAESTININIENSISCHE BEREINIGUNG (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PALAGIN, Viktor Nikolayevich; DOB 02 Dec 1956; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PALATINA SARLU, 67 Boulevard Du 30 Juin, Immeuble Golf, 5eme etage, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-00090 (Congo, Democratic Republic of the) [GLOMAG] (Linked To: ASHDALE SETTLEMENT GERCO SAS).

PALAU CHINA HUNG-MUN CULTURAL ASSOCIATION, Palau; Organization Established Date 2019 [GLOMAG] (Linked To: KOI, Wan Kuok).

PALAYESH NAFT ABADAN (Arabic: پالایش نفت آبادان) (a.k.a. ABADAN OIL REFINING COMPANY (Arabic: شرکت پالایش نفت آبادان); a.k.a. ABADAN OIL REFINING COMPANY PRIVATE JOINT STOCK (Arabic: شرکت پالایش

نفت آبادان سهامی عام); a.k.a. "AORC"), Breym, Abadan, Khuzestan 6316915651, Iran; P.O. Box 555, Abadan, Khuzestan, Iran; Central Abadan Oil Refinery, Abadan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 14003570909 (Iran); Registration Number 1690 (Iran) [SDGT] [IFSR] [IRAN-EO13846] (Linked To: MINISTRY OF PETROLEUM).

PALBASA (a.k.a. PALMA DEL BAJO AGUAN, S.A.; a.k.a. PALMAS DEL BAJO AGUAN; a.k.a. "PALMEROS DEL BAJO AGUAN"), Tocoa, Colon, Honduras; El Centro Principal, 1 Ave 2 Cll, No. 13, Tocoa, Colon, Honduras; Chacalpa, Bajo Aguan, Colon, Honduras; RTN 05019007109210 (Honduras) [SDNTK].

PALEA D.O.O. (a.k.a. PALEA LTD.), 57 B Tbilisijska Ulica, Ljubljana 1000, Slovenia; Registration ID 2227843 (Slovenia); Tax ID No. SI29769221 (Slovenia) [SDNTK].

PALEA LTD. (a.k.a. PALEA D.O.O.), 57 B Tbilisijska Ulica, Ljubljana 1000, Slovenia; Registration ID 2227843 (Slovenia); Tax ID No. SI29769221 (Slovenia) [SDNTK].

PALENCIA GONZALEZ, Cipriam Manuel (a.k.a. "VISAJE"); DOB 18 Apr 1979; POB Valencia, Cordoba, Colombia; citizen Colombia; Cedula No. 10903608 (Colombia) (individual) [SDNTK].

PALESTINE AND LEBANON RELIEF FUND (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT

FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1040094 [SDGT].

PALESTINE DEVELOPMENT AND RELIEF FUND (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1040094 [SDGT].

PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION (a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

PALESTINE ISLAMIC NATIONAL BANK (a.k.a. ISLAMIC NATIONAL BANK COMPANY; a.k.a. ISLAMIC NATIONAL BANK OF GAZA; a.k.a. "ISLAMIC NATIONAL BANK"; a.k.a. "NATIONAL AND ISLAMIC BANK"; a.k.a. "NATIONAL ISLAMIC BANK"), Al-Rimal District, Al Wandah Al Yarmuk Street junction, Gaza City, Gaza, Palestinian; Khan Yunis, Gaza, Palestinian; Website www.inb.ps; Email

Address info@inb.ps; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 563201581 (Palestinian); Telephone: 97082881183; Fax: 97082881184 [SDGT].

PALESTINE LEAGUE (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PALESTINE LIBERATION FRONT (a.k.a. PALESTINE LIBERATION FRONT - ABU ABBAS FACTION; a.k.a. PLF; a.k.a. PLF-ABU ABBAS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

PALESTINE LIBERATION FRONT - ABU ABBAS FACTION (a.k.a. PALESTINE LIBERATION FRONT; a.k.a. PLF; a.k.a. PLF-ABU ABBAS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

PALESTINE RELIEF AND DEVELOPMENT FUND (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE;

a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1040094 [SDGT].

PALESTINE RELIEF COMMITTEE (a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE; a.k.a. "ASP"), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, Geneva CH-1201, Switzerland; Gartnerstrasse 55, Basel CH-4109, Switzerland; Postfach 406, Basel CH-4109, Switzerland; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PALESTINE RELIEF FUND (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1040094 [SDGT].

PALESTINE UNION (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA;

f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PALESTINENSISCHE VER IN STERREICH (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PALESTINIAN AID AND SUPPORT FUND (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1040094 [SDGT].

PALESTINIAN AID COUNCIL (a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE; a.k.a. "ASP"), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, Geneva CH-1201, Switzerland; Gartnerstrasse 55, Basel CH-4109, Switzerland; Postfach 406, Basel CH-4109, Switzerland; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PALESTINIAN AID ORGANIZATION (a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE; a.k.a. "ASP"), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, Geneva CH-1201, Switzerland; Gartnerstrasse 55, Basel CH-4109, Switzerland; Postfach 406, Basel CH-4109, Switzerland; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA;

a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

PALESTINIAN ARAB BEIT EL MAL CORPORATION, LTD. (a.k.a. ARAB PALESTINIAN BEIT EL-MAL COMPANY; a.k.a. BEIT AL MAL HOLDINGS; a.k.a. BEIT EL MAL AL-PHALASTINI AL-ARABI AL-MUSHIMA AL-AAMA AL-MAHADUDA LTD.; a.k.a. BEIT EL-MAL HOLDINGS), P.O. Box 662, Ramallah, West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PALESTINIAN ASSOCIATION (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PALESTINIAN ASSOCIATION IN AUSTRIA (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG;

a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PALESTINIAN CENTRE FOR HUMAN RIGHTS (Arabic: المركز الفلسطيني لحقوق الإنسان), Gaza City, Gaza; Organization Established Date 1995; Target Type Charity or Nonprofit Organization [ICC-EO14203].

PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PALESTINIAN ISLAMIC JIHAD (a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PALESTINIAN LEAGUE IN AUSTRIA (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PALESTINIAN MARTYRS FOUNDATION (a.k.a. AL-SHAHID FOUNDATION- PALESTINIAN BRANCH; a.k.a. MUASSASAT SHAHID FILISTIN; a.k.a. PALESTINIAN MARTYRS INSTITUTION GROUP; a.k.a. SHAHID FUND), Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PALESTINIAN MARTYRS INSTITUTION GROUP (a.k.a. AL-SHAHID FOUNDATION- PALESTINIAN BRANCH; a.k.a. MUASSASAT SHAHID FILISTIN; a.k.a. PALESTINIAN MARTYRS FOUNDATION; a.k.a. SHAHID FUND), Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PALESTINIAN ORGANIZATION (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PALESTINIAN POPULAR RESISTANCE FORCES (a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PFLP; a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

PALESTINIAN PRODUCTION BANK (a.k.a. AL-INTAJ BANK), Gaza City, Gaza; Khan Younis, Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 19 May 2013 to 31 May 2013; Target Type Financial Institution [SDGT] (Linked To: HAMAS).

PALESTINIAN RELIEF AND DEVELOPMENT FUND (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI

LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1040094 [SDGT].

PALESTINIAN RELIEF FUND (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1040094 [SDGT].

PALESTINIAN RELIEF SOCIETY (a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. RELIEF ASSOCIATION FOR PALESTINE; a.k.a. "ASP"), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, Geneva CH-1201, Switzerland; Gartnerstrasse 55, Basel CH-4109, Switzerland; Postfach 406, Basel CH-4109, Switzerland; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PALESTINIAN UNION (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PALESTINIAN UNION IN AUSTRIA (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PALESTINIAN WHITE HANDS ASSISTANCE AND SOLIDARITY ASSOCIATION (a.k.a. BEYAZ ELLER ASSOCIATION; a.k.a. BEYAZ ELLER YARDIMLASMA VE DAYANISMA DERNEGI; a.k.a. WHITE HANDS CHARITY), Ikitelli Osb, Giyim Sanatkarlar Kooperatifi, 3 Ada A Blok No: 203, Basaksehir, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 16 Nov 2011; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

PALESTINISCHE VEREINIGUNG (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PALIKANDY, Mehboob Thachankandy, United Arab Emirates; DOB 25 Apr 1966; POB India; nationality India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U0446178 (India) (individual) [SDGT] (Linked To: CGN TRADE FZE; Linked To: MSE OVERSEAS PTE. LTD.; Linked To: SEALINK OVERSEAS PTE. LTD.; Linked To: SOLISE ENERGY FZE).

PALITRUMLAB LIMITED LIABILITY COMPANY (a.k.a. PALITRUMLAB LLC; a.k.a. "BRAND ANALYTICS"), Ul. Nobelya Skolkovo Innovatsionnogo Tsentra, Ter D. 7, Pom. 47, Moscow 121205, Russia; 10 Bolshaya Sadovaya St., Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727796050 (Russia); Registration Number 1137746018156 (Russia) [RUSSIA-EO14024].

PALITRUMLAB LLC (a.k.a. PALITRUMLAB LIMITED LIABILITY COMPANY; a.k.a. "BRAND ANALYTICS"), Ul. Nobelya Skolkovo Innovatsionnogo Tsentra, Ter D. 7, Pom. 47, Moscow 121205, Russia; 10 Bolshaya Sadovaya St., Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Tax ID No. 7727796050 (Russia); Registration Number 1137746018156 (Russia) [RUSSIA-EO14024].

PALM GROVE AFRICA DEV'T CORP. LTD, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

PALM SERVICE LIMITED (a.k.a. "PALM SERVICE LTD"), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

PALMA DEL BAJO AGUAN, S.A. (a.k.a. PALBASA; a.k.a. PALMAS DEL BAJO AGUAN; a.k.a. "PALMEROS DEL BAJO AGUAN"), Tocoa, Colon, Honduras; El Centro Principal, 1 Ave 2 Cll, No. 13, Tocoa, Colon, Honduras; Chacalpa, Bajo Aguan, Colon, Honduras; RTN 05019007109210 (Honduras) [SDNTK].

PALMA SALAZAR, Hector Luis (a.k.a. PALMA SALAZAR, Jesus Hector); DOB 29 Apr 1960; alt. DOB 25 Aug 1962; alt. DOB 26 Aug 1962; POB Sinaloa, Mexico (individual) [SDNTK].

PALMA SALAZAR, Jesus Hector (a.k.a. PALMA SALAZAR, Hector Luis); DOB 29 Apr 1960; alt. DOB 25 Aug 1962; alt. DOB 26 Aug 1962; POB Sinaloa, Mexico (individual) [SDNTK].

PALMAS DEL BAJO AGUAN (a.k.a. PALBASA; a.k.a. PALMA DEL BAJO AGUAN, S.A.; a.k.a. "PALMEROS DEL BAJO AGUAN"), Tocoa, Colon, Honduras; El Centro Principal, 1 Ave 2 Cll, No. 13, Tocoa, Colon, Honduras; Chacalpa, Bajo Aguan, Colon, Honduras; RTN 05019007109210 (Honduras) [SDNTK].

PALNITSENKO, Igkor (Greek: ΠΑΛΝΙΤΣΕΝΚΟ, Ιγκορ) (a.k.a. PALNYCHENKO, Igor), Cyprus; DOB 04 Jan 1969; nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport K00405440 (Cyprus) expires 10 Jul 2028 (individual) [RUSSIA-EO14024] (Linked To: GMI GLOBAL MANUFACTURING & INTEGRATION LTD).

PALNYCHENKO, Igor (a.k.a. PALNITSENKO, Igkor (Greek: ΠΑΛΝΙΤΣΕΝΚΟ, Ιγκορ)), Cyprus; DOB 04 Jan 1969; nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport K00405440 (Cyprus) expires 10 Jul 2028 (individual) [RUSSIA-EO14024] (Linked To: GMI GLOBAL MANUFACTURING & INTEGRATION LTD).

PALOMA FOUNDATION, 19 CorPa Treuhand Aktiengesellschaft, Am Schragen Weg, Vaduz 9490, Liechtenstein; Secondary sanctions risk:

See Section 11 of Executive Order 14024.; Organization Established Date 07 Mar 2014; Registration Number FL-0002.473.578-8 (Liechtenstein) [RUSSIA-EO14024] (Linked To: POTANIN, Vladimir Olegovich).

PALOMA PRECIOUS DMCC, 1 Lake Plaza, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Au-01-I02, Gold Tower, Jumeirah Lakes Towers, Dubai 65005, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 May 2018; License 480508 (United Arab Emirates); Legal Entity Number 213800R31DVGUYXLTE77 (United Arab Emirates); Registration Number 125266 (United Arab Emirates) [RUSSIA-EO14024].

PAMCHEL ASIA CO., LTD (a.k.a. PAMCHEL ASIA STEEL GROUP COMPANY LIMITED; a.k.a. PAMCHEL TRADING BEIJING CO. LTD.), Room 328 Building 28, No. 17 Jianguomenwal Street Chaoyang District, Beijing, China; Rm. 503, Building No. 4, Xiandaicheng District, Beijing, China; Flat/Rm A, 9/F Silvercorp International Tower, 707-713 Nathan Road, Mongkok, Kowloon, Hong Kong; Additional Sanctions Information - Subject to Secondary Sanctions [IFCA] [IRAN-EO13871] (Linked To: KHALAGH TADBIR PARS CO.).

PAMCHEL ASIA STEEL GROUP COMPANY LIMITED (a.k.a. PAMCHEL ASIA CO., LTD; a.k.a. PAMCHEL TRADING BEIJING CO. LTD.), Room 328 Building 28, No. 17 Jianguomenwal Street Chaoyang District, Beijing, China; Rm. 503, Building No. 4, Xiandaicheng District, Beijing, China; Flat/Rm A, 9/F Silvercorp International Tower, 707-713 Nathan Road, Mongkok, Kowloon, Hong Kong; Additional Sanctions Information - Subject to Secondary Sanctions [IFCA] [IRAN-EO13871] (Linked To: KHALAGH TADBIR PARS CO.).

PAMCHEL TRADING BEIJING CO. LTD. (a.k.a. PAMCHEL ASIA CO., LTD; a.k.a. PAMCHEL ASIA STEEL GROUP COMPANY LIMITED), Room 328 Building 28, No. 17 Jianguomenwal Street Chaoyang District, Beijing, China; Rm. 503, Building No. 4, Xiandaicheng District, Beijing, China; Flat/Rm A, 9/F Silvercorp International Tower, 707-713 Nathan Road, Mongkok, Kowloon, Hong Kong; Additional Sanctions Information - Subject to Secondary Sanctions [IFCA] [IRAN-EO13871] (Linked To: KHALAGH TADBIR PARS CO.).

PAMFILOVA, Ella Aleksandrovna (Cyrillic: ПАМФИЛОВА, Элла Александровна),

Moscow, Russia; DOB 12 Sep 1953; POB Olmaliq, Uzbekistan; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

PAN VICTOIRE (a.k.a. PAIN VICTOIRE; a.k.a. PAINS VICTOIRE; a.k.a. SOCIETE GENERAL DES PAINS SPRL; a.k.a. SOCIETE GENERALE DE PAIN; a.k.a. SOCIETE GENERALE DES PAINS), 22 Avenue Konda, Kinshasa, Congo, Democratic Republic of the; D-U-N-S Number 558023852; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ASSI, Saleh).

PAN, Aleksandr Vladimirovich (Cyrillic: ПАН, Александр Владимирович) (a.k.a. PAN, Alexander Vladimirovich), Russia; DOB 15 Mar 1976; POB Semipalatinsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772146760809 (Russia) (individual) [RUSSIA-EO14024].

PAN, Alexander Vladimirovich (a.k.a. PAN, Aleksandr Vladimirovich (Cyrillic: ПАН, Александр Владимирович)), Russia; DOB 15 Mar 1976; POB Semipalatinsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772146760809 (Russia) (individual) [RUSSIA-EO14024].

PAN, Hao (Chinese Simplified: 潘昊), Yantai, Shandong 264000, China; DOB 14 Aug 1995; POB Shandong, China; nationality China; Email Address panhao1995@hotmail.com; Gender Male; National ID No. 371327199508144614 (China) (individual) [ILLICIT-DRUGS-EO14059].

PANACEA INTERNATIONAL LTD., Copthall, P.O. Box 2331, Roseau, Dominica [SDNTK].

PANAIEV, Vladimir Aleksandrovich (a.k.a. ALEXEEV, Vladimir; a.k.a. ALEXEYEV, Vladimir; a.k.a. PANYAEV, Vladimir (Cyrillic: ПАНЯЕВ, Владимир); a.k.a. PANYAEV, Vladimir Alexandrovich (Cyrillic: ПАНЯЕВ, Владимир Александрович)), Moscow, Russia; DOB 25 Nov 1980; POB Serdobsk, Penza Oblast, Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

PANAMA-CHILE INTERNACIONAL, S.A., Panama; RUC # 883961-1-511666 (Panama) [SDNTK].

PANAMERICAN IMPORT AND EXPORT COMMERCIAL CORPORATION, Panama [CUBA].

PANAREA MARINE S.A., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 19 Oct 2023; Identification Number IMO 6448125; Business Registration Number 122364 (Marshall Islands) [IRAN-EO13902] (Linked To: BABYLON NAVIGATION DMCC).

PANARO, Nicola (a.k.a. "NICOLINO"); DOB 12 Sep 1968; POB Casal di Principe, Italy (individual) [TCO].

PANARO, Sebastiano; DOB 10 Aug 1969; POB Casal di Principe, Italy (individual) [TCO].

PANAZEATE SL, Calle Nou d'Octubre, 18-BJ, Valencia 46014, Spain; Calle Nou d'Octubre, 18 Bajo, Valencia 46014, Spain; Tax ID No. B98525348 (Spain) [VENEZUELA] (Linked To: SARRIA DIAZ, Edgar Alberto).

PANCHENKO, Igor (a.k.a. PANCHENKO, Igor Vladimirovich (Cyrillic: ПАНЧЕНКО, Игорь Владимирович)), Russia; DOB 18 May 1963; POB Aleksin, Tula Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PANCHENKO, Igor Vladimirovich (Cyrillic: ПАНЧЕНКО, Игорь Владимирович) (a.k.a. PANCHENKO, Igor), Russia; DOB 18 May 1963; POB Aleksin, Tula Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PANDA MALDIVES PVT LTD, Enboo, Enboo Goalhi, Maafannu, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Nov 2016; Registration Number C-1089/2016 (Maldives) [SDGT] (Linked To: SHAFIU, Ali).

PANDEY, Vivek Ashok, India; DOB 17 Aug 1985; POB Hasanpur Sultanpur, Uttar Pradesh, India; nationality India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L6512200 (India) expires 12 Dec 2023 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

PANDORA SHIPPING CO. S.A., Honduras [IRAQ2].

PANDUREVIC, Vinko; DOB 1959; POB Sokolac, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

PANESH, Kaplan Mugdinovich (Cyrillic: ПАНЕШ, Каплан Мугдинович), Russia; DOB 04 Sep 1974; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PANG, So-nam (a.k.a. PANG, Su Nam; a.k.a. PANG, Sunam), Zhuhai, China; DOB 01 Oct 1964; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472110138; ILSIM International Bank representative in Zhuhai, China (individual) [DPRK2] [DPRK4].

PANG, Su Nam (a.k.a. PANG, So-nam; a.k.a. PANG, Sunam), Zhuhai, China; DOB 01 Oct 1964; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472110138; ILSIM International Bank representative in Zhuhai, China (individual) [DPRK2] [DPRK4].

PANG, Sunam (a.k.a. PANG, So-nam; a.k.a. PANG, Su Nam), Zhuhai, China; DOB 01 Oct 1964; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472110138; ILSIM International Bank representative in Zhuhai, China (individual) [DPRK2] [DPRK4].

PANGA, Kawa (a.k.a. KAHWA, Chief; a.k.a. KAHWA, Mandro Panga; a.k.a. KARIM, Yves Andoul; a.k.a. MANDRO, Kawa; a.k.a. MANDRO, Kawa Panga; a.k.a. MANDRO, Khawa Panga; a.k.a. MANDRO, Yves Khawa Panga); DOB 20 Aug 1973; POB Bunia, Democratic Republic of the Congo; former President, Party for Unity and Safeguarding of the Integrity of Congo (PUSIC) (individual) [DRCONGO].

PANHA (a.k.a. IHSRC; a.k.a. IRAN HELICOPTER SUPPORT AND RENEWAL COMPANY; a.k.a. IRANIAN HELICOPTERS' MAINTENANCE AND REPAIRS COMPANY; a.k.a. IRAN'S HELICOPTER RENOVATION AND LOGISTICS COMPANY), Meherabad Airport Road, Azadi Square, Foroudgah Street, Meradj Avenue, Tehran, Iran; PO Box 13185-1688, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PANIN, Gennadiy Olegovich (Cyrillic: ПАНИН, Геннадий Олегович), Russia; DOB 13 Jun 1981; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PANJAKI, Seyed Yahya Hosseiny (a.k.a. HAMIDI, Seyed Yahya; a.k.a. HAMIDI, Yahya; a.k.a. PANJAKI, Yahya Hosseini (Arabic: يحيى حسينى پنجكى); a.k.a. PANJAKI, Yahya Husseini), Iran; DOB 23 Jan 1975; POB Karaj, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T56344199 (Iran) expires 30 Mar 2027 (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

PANJAKI, Yahya Hosseini (Arabic: يحيى حسينى پنجكى) (a.k.a. HAMIDI, Seyed Yahya; a.k.a. HAMIDI, Yahya; a.k.a. PANJAKI, Seyed Yahya Hosseiny; a.k.a. PANJAKI, Yahya Husseini), Iran; DOB 23 Jan 1975; POB Karaj, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T56344199 (Iran) expires 30 Mar 2027 (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

PANJAKI, Yahya Husseini (a.k.a. HAMIDI, Seyed Yahya; a.k.a. HAMIDI, Yahya; a.k.a. PANJAKI, Seyed Yahya Hosseiny; a.k.a. PANJAKI, Yahya Hosseini (Arabic: يحيى حسينى پنجكى)), Iran; DOB 23 Jan 1975; POB Karaj, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T56344199 (Iran) expires 30 Mar 2027 (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

PANKINA, Irina Aleksandrovna (Cyrillic: ПАНЬКИНА, Ирина Александровна), Russia; DOB 08 Mar 1986; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PANKOV, Nikolai (a.k.a. PANKOV, Nikolay), Russia; DOB 02 Dec 1954; POB Mar'yino, Kostroma Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

PANKOV, Nikolay (a.k.a. PANKOV, Nikolai), Russia; DOB 02 Dec 1954; POB Mar'yino, Kostroma Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

PANKOV, Nikolay Vasilyevich (Cyrillic: ПАНКОВ, Николай Васильевич), Russia; DOB 05 Jan 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PANKOVA, Yulia Vladimirovna, St. Petersburg, Russia; DOB 10 Dec 1996; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 753221719 (Russia) issued 25 May 2016 expires 25 May 2026; Tax ID No. 743016842436 (Russia) (individual) [CAATSA-RUSSIA] [CYBER4].

PANKRASHKIN, Aleksei Vladimirovich, Russia; DOB 08 Aug 1974; POB Shkotovo-17, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780617129283 (Russia) (individual) [RUSSIA-EO14024].

PANKRATOVA, Yuliya Vladimirovna (Cyrillic: ПАНКРАТОВА, Юлия Владимировна) (a.k.a. "YAROSLAVA, Yulina"; a.k.a. "YUliYA"; a.k.a. "ZHURALEVA, Yulina Vladimirovna"), Russia; DOB 06 Apr 1984; nationality Russia; citizen Russia; Gender Female (individual) [CYBER2].

PANLI HOLDINGS, INC., Panama; RUC # 144868-1-384842 (Panama) [SDNTK].

PANTELEEV, Oleg (a.k.a. PANTELEEV, Oleg Evgenevich); DOB 21 Jul 1952; POB Zhitnikovskoe, Kurgan Region, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; First Deputy Chairman of the Committee on Parliamentary Issues (individual) [UKRAINE-EO13661].

PANTELEEV, Oleg Evgenevich (a.k.a. PANTELEEV, Oleg); DOB 21 Jul 1952; POB Zhitnikovskoe, Kurgan Region, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; First Deputy Chairman of the Committee on Parliamentary Issues (individual) [UKRAINE-EO13661].

PANTELEYEV, Sergey Mikhaylovich (Cyrillic: ПАНТЕЛЕЕВ, Сергей Михайлович), Russia; DOB 04 Jul 1951; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PANTUS, Dmitriy (Cyrillic: ПАНТУС, Дмитрий) (a.k.a. PANTUS, Dmitry Aleksandrovich; a.k.a. PANTUS, Dzmitry), Minsk, Belarus; DOB 06 Sep 1982; POB Beryozovka, Lida District, Grodno Region, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

PANTUS, Dmitry Aleksandrovich (a.k.a. PANTUS, Dmitriy (Cyrillic: ПАНТУС, Дмитрий); a.k.a. PANTUS, Dzmitry), Minsk, Belarus; DOB 06 Sep 1982; POB Beryozovka, Lida District, Grodno Region, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

PANTUS, Dzmitry (a.k.a. PANTUS, Dmitriy (Cyrillic: ПАНТУС, Дмитрий); a.k.a. PANTUS, Dmitry Aleksandrovich), Minsk, Belarus; DOB 06 Sep 1982; POB Beryozovka, Lida District, Grodno Region, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

PANYA AG, Liechtenstein; Registration ID FL00023080583 (Liechtenstein) [SDNTK].

PANYAEV, Vladimir (Cyrillic: ПАНЯЕВ, Владимир) (a.k.a. ALEXEEV, Vladimir; a.k.a. ALEXEYEV, Vladimir; a.k.a. PANAIEV, Vladimir Aleksandrovich; a.k.a. PANYAEV, Vladimir Alexandrovich (Cyrillic: ПАНЯЕВ, Владимир Александрович)), Moscow, Russia; DOB 25 Nov 1980; POB Serdobsk, Penza Oblast, Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

PANYAEV, Vladimir Alexandrovich (Cyrillic: ПАНЯЕВ, Владимир Александрович) (a.k.a. ALEXEEV, Vladimir; a.k.a. ALEXEYEV, Vladimir; a.k.a. PANAIEV, Vladimir Aleksandrovich; a.k.a. PANYAEV, Vladimir (Cyrillic: ПАНЯЕВ, Владимир)), Moscow, Russia; DOB 25 Nov 1980; POB Serdobsk, Penza Oblast, Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

PAO BANK OTKRITIE FINANCIAL CORPORATION (a.k.a. OTKRITIE BANK; a.k.a. PJSC BANK FK OTKRITIE (Cyrillic: ПАО БАНК ФК ОТКРЫТИЕ); a.k.a. PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БАНК ФИНАНСОВАЯ КОРПОРАЦИЯ ОТКРЫТИЕ); a.k.a. PUBLIC JOINT STOCK COMPANY BANK OTKRITIE FINANCIAL CORPORATION), d. 2, str. 4, ul. Letnikovskaya, Moscow 115114, Russia; SWIFT/BIC JSNMRUMM; Website http://www.open.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Dec 1992; Tax ID No. 7706092528 (Russia); Registration Number 1027739019208 (Russia) [RUSSIA-EO14024].

PAO BM BANK (f.k.a. AKTSIONERNY KOMMERCHESKI BANK BANK MOSKVY OTKRYTOE AKTSIONERNOE OBSCHCHESTVO; f.k.a. BANK MOSKVY PAO; f.k.a. BANK OF MOSCOW; a.k.a. BM BANK AO; a.k.a. BM BANK JSC; a.k.a. BM BANK PUBLIC JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMMERCIAL BANK - BANK OF MOSCOW OPEN JOINT STOCK COMPANY), 8/15 Korp. 3 ul. Rozhdestvenka, Moscow 107996, Russia; Bld 3 8/15, Rozhdestvenka St., Moscow 107996, Russia; SWIFT/BIC MOSWRUMM; BIK (RU) 044525219; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 1027700159497 (Russia); Government Gazette Number 29292940 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

PAO KORSHUNOVSKI GOK (a.k.a. PJSC KORSHUNOVSKIY GORNO OBOGATITELNYY KOMBINAT; a.k.a. PUBLIC JOINT STOCK COMPANY KORSHUNOV MINING PLANT (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КОРШУНОВСКИЙ ГОРНО ОБОГАТИТЕЛЬНЫЙ КОМБИНАТ)), d. 9A/1 ul. Ivashchenko, Zheleznogorsk Ilimski 665651, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3834002314 (Russia); Registration Number 1023802658714 (Russia) [RUSSIA-EO14024].

PAO MOSOBLBANK (a.k.a. AKB MOSOBLBANK OAO; a.k.a. AKTSIONERNY KOMMERCHESKI BANK MOSKOVSKI OBLASTNOI BANK OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. PUBLIC JOINT STOCK COMPANY MOSCOW REGIONAL BANK), Ulitsa Semenovskaya B, D. 32, Str. 1, Moscow 107023, Russia; SWIFT/BIC MOBKRUMM; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: SMP BANK).

PAO NAUCHNO PROIZVODSTVENNOE OBEDINENIE STRELA (a.k.a. PJSC RESEARCH AND PRODUCTION ASSOCIATION STRELA; a.k.a. PJSC SPA STRELA; a.k.a. PUBLIC JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION STRELA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE STRELA; a.k.a. "NPO STRELA"; a.k.a. "PAO NPO STRELA"; a.k.a. "SPA STRELA"), 6 Maxim Gorky Street, Tula 300002, Russia; 2 Arsenalnaya Street, Tula 300002, Russia; 6 M. Gorkogo ul., Tula 300002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7103028233 (Russia); Registration Number 1027100517256 (Russia) [RUSSIA-EO14024].

PAO NPO ISKRA (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION ISKRA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ISKRA), 28 Akademika Vedeneeva ul., Perm 614038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5907001774 (Russia); Registration Number 1025901509798 (Russia) [RUSSIA-EO14024].

PAO NPP IMPULSE (a.k.a. IMPULS RESEARCH AND DEVELOPMENT ENTERPRISE; a.k.a. PJSC RESEARCH AND PRODUCTION ASSOCIATION IMPULSE; a.k.a. PUBLIC JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE IMPULSE; a.k.a. PUBLICHNOE AKTCIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE IMPULS), 102 Mira Avenue, Moscow 129626, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Jun 1994; Target Type State-Owned Enterprise; Tax ID No. 7717022177 (Russia); Registration Number 1027700206511 (Russia) [RUSSIA-EO14024].

PAO ODK-UFIMSKOE MOTOROSTROITELNOE PROIZVODSTVENNOE OBEDINENIE (Cyrillic: ПАО ОДК-УФИМСКОЕ МОТОРОСТРОИТЕЛЬНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ) (a.k.a. ODK-UMPO ENGINE BUILDING ASSOCIATION; a.k.a. ODK-UMPO ENGINE BUILDING ENTERPRISE; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE MOTOROSTROITELNOYE PRODUCTION ASSOCIATION; a.k.a. UFA ENGINE BUILDING MANUFACTURING COMPANY; a.k.a. UFA ENGINE-MANUFACTURING COMPANY; a.k.a. UFIMSKOYE MOTOROSTROITELNOYE PROIZVODSTVENNOYE OBYEDINENIYE; a.k.a. UNITED ENGINE MANUFACTURING CORPORATION-UFA ENGINE BUILDING PRODUCTION ASSOCIATION PUBLIC JOINT STOCK CORPORATION; a.k.a. "ODK-UMPO"; a.k.a. "ODK-UMPO PAO"; a.k.a. "PJSC ODK-UMPO"), 2 Ferina St., UFA, Republic of Bashkortostan 450039, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0273008320 (Russia) [RUSSIA-EO14024].

PAO PNPPK (a.k.a. JOINT STOCK COMPANY PERM SCIENTIFIC INDUSTRIAL INSTRUMENT MAKING COMPANY; a.k.a. OJSC PERM SCIENTIFIC AND PRODUCTION INSTRUMENT AND CONSTRUCTION COMPANY; a.k.a. PUBLIC JOINT STOCK COMPANY PERM RESEARCH AND PRODUCTION INSTRUMENT MAKING COMPANY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO PERMSKAIA NAUCHNO PROIZVODSTVENNAIA PRIBOROSTROITELNAIA KOMPANIIA), 25th of October Street, Number 106, Perm 614990, Russia; 7 Obraztsova ul., Str. 5, Moscow, Russia; 2A Arkhitekturnaia (Sosnovyi Mkr.) ul., Arzamas, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5904000395 (Russia); Registration Number 1025900906349 (Russia) [RUSSIA-EO14024].

PAO RADIOFIZIKA, ul. Geroev Panfilovtsev d. 10, Moscow 125480, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733022671 (Russia); Registration Number 1027739029614 (Russia) [RUSSIA-EO14024].

PAO ROSGOSSTRAKH BANK (Cyrillic: ПАО РОСГОССТРАХ БАНК) (a.k.a. OPEN JOINT-STOCK COMPANY ROSGOSSTRAKH BANK; f.k.a. "RUSS-BANK"), Stroenie 2, 43 Myasnickaya ul., Moscow 107078, Russia; SWIFT/BIC RUIDRUMM; Website www.rgsbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718105676 (Russia); Registration Number 1027739004809 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

PAO SEVERSTAL (Cyrillic: ПАО СЕВЕРСТАЛЬ) (a.k.a. PUBLIC JOINT STOCK COMPANY SEVERSTAL (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СЕВЕРСТАЛЬ)), 30 Mira Street, Cherepovets, Vologda Region 162608, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 3528000597 (Russia); Registration Number 1023501236901 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: MORDASHOV, Alexey Aleksandrovich).

PAO SOVCOMFLOT (a.k.a. JOINT STOCK COMPANY SOVCOMFLOT; a.k.a. JSC SOVCOMFLOT; a.k.a. PUBLIC JOINT STOCK COMPANY MODERN COMMERCIAL FLEET; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SOVREMENNYY KOMMERCHESKIY FLOT; a.k.a. "SCF"; a.k.a. "SCF GROUP"), Ul. Gasheka D. 6, Moscow 125047, Russia; Nab. Reki Moiki d.3, Lit. A, Saint Petersburg 191186, Russia; Building 3, Letter A, Moyka River Embankment, Saint Petersburg 191186, Russia; Website sovcomflot.ru; alt. Website www.scf-group.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in,

provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7702060116 (Russia); Legal Entity Number 253400DYLWR5A6YAWJ69; Registration Number 1027739028712 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PAO SURGUTNEFTEGAS (a.k.a. OPEN JOINT STOCK COMPANY SURGUTNEFTEGAS; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SURGUTNEFTEGAZ; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SURGUTNEFTEGAS; a.k.a. SURGUTNEFTEGAS; a.k.a. SURGUTNEFTEGAS PJSC; a.k.a. SURGUTNEFTEGAS PUBLIC JOINT STOCK COMPANY; a.k.a. SURGUTNEFTEGAZ OAO), ul. Grigoriya Kukuyevitskogo, 1, bld. 1, Khanty-Mansiysky Autonomous Okrug - Yugra, the city of Surgut, Tyumenskaya Oblast 628415, Russia; korp. 1 1 Grigoriya Kukuevitskogo ul., Surgut, Tyumenskaya oblast 628404, Russia; Street Kukuevitskogo 1, Surgut, Tyumen Region 628415, Russia; Website www.surgutneftegas.ru; Email Address secretary@surgutneftegas.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

PAO VYSOCHAISHY (a.k.a. GV GOLD; a.k.a. PJSC VYSOCHAISHY; a.k.a. PUBLICHNOYE AKTSIONERNOYE OBSHCHESTVO VYSOCHAISHY; a.k.a. VYSOCHAISHI, PAO), 27A, Pristrasovaya Str., Taksimo, Muisky district, town, Taksimo, Republic of Buryatia 671560, Russia; ul. Berezovaya d. 17 Bodaibo Irkutsk Region, Irkutsk 666902, Russia; D. 38, B-r Gagarina, Irkutsk Region, Irkutsk 664025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Nov 2002; Tax ID No.

3802008553 (Russia); Registration Number 1023800732878 (Russia) [RUSSIA-EO14024].

PAO YUZHNYI KUZBASS (a.k.a. PUBLIC JOINT STOCK COMPANY UGOLNAYA KOMPANIYA YUZHNYI KUZBASS (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО УГОЛЬНАЯ КОМПАНИЯ ЮЖНЫЙ КУЗБАСС)), d. 6 ul. Yunosti, Mezhdurechensk 652877, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4214000608 (Russia); Registration Number 1024201388661 (Russia) [RUSSIA-EO14024].

PAO ZVEZDA (Cyrillic: ПАО ЗВЕЗДА) (a.k.a. PJSC ZVEZDA; a.k.a. PUBLIC JOINT STOCK COMPANY ZVEZDA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO ZVEZDA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЗВЕЗДА)), 123 Babushkina Street, St. Petersburg 192012, Russia; Website www.zvezda.spb.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7811038760 (Russia); Registration Number 1037825005085 (Russia) [UKRAINE-EO13662].

PAO, Hua Chiang (a.k.a. "PAO HUA CHIANG"; a.k.a. "TA KAT"), Panghsang, Shan, Burma (individual) [SDNTK].

PAO, Yu Hsiang (a.k.a. "PAO YU HSIANG"; a.k.a. "TA PANG"), Kwe Ma, Burma; DOB 19 Sep 1940 (individual) [SDNTK].

PAO, Yu Liang (a.k.a. "PAO YU LIANG"; a.k.a. "TA KYET"), Mong Mao, Shan, Burma (individual) [SDNTK].

PAO, Yu Yi (a.k.a. "PAO YU YI"; a.k.a. "TA RANG"), Panghsang, Shan, Burma (individual) [SDNTK].

PAPA HOLDING LTD (a.k.a. BITPAPA; a.k.a. BITPAPA FZC LLC (Arabic: بيت بابا ش.م.ح/ذ.م.م); a.k.a. BITPAPA IC FZC LLC (Arabic: بيتبابا اي سي ش.م.ح / ذ.م.م); a.k.a. BITPAPA PAY), A-0059-652 Flamingo Villas, Ajman Media City Free Zone, Ajman, United Arab Emirates; Website https://www.bitpapa.com; alt. Website https://www.bitpapa.org; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Apr 2022; Registration Number 5069 (United Arab Emirates); alt. Registration Number RA000693_172229 (Belize); Economic Register Number (CBLS) 11874154 (United Arab Emirates) [RUSSIA-EO14024].

PAPA PETROLEUM CO., LTD., 35, Voat Phnum, Doun Penh, Phnom Penh, Cambodia; Tax ID

No. L001-901503571 (Cambodia); Company Number 00019413 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

PAR EXCELLENCE LIMITED (a.k.a. ELEVEN EIGHTY EIGHT LIMITED), 18, Drive 41, Tumas Galea Street, Ta' Paris, Birkirkara BKR 04, Malta; D-U-N-S Number 52-028-0154; V.A.T. Number MT14324830 (Malta); Tax ID No. 14324830 (Malta); Trade License No. C 19763 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

PAR GOSTAR KHOBREH (a.k.a. ANSAR BANK BROKERAGE COMPANY), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 24467 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: ANSAR BANK).

PARA CHEMICAL INDUSTRIES (a.k.a. PARCHIN CHEMICAL FACTORIES; a.k.a. PARCHIN CHEMICAL INDUSTRIES; a.k.a. PARCHIN CHEMICAL INDUSTRIES GROUP; a.k.a. PCF; a.k.a. "PCI"), Khavaran Road Km 35, Tehran, Iran; 2nd Floor, Sanam Bldg., 3rd Floor, Sanam Bldg., P.O. Box 16765-358, Nobonyad Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PARADISE MEDICAL PIONEERS COMPANY, 4th Floor, Number 4, Ziba Alley, below the Zafar Gas Station, Shariati Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

PARADKAR, Deepak Balwant, Brampton, Ontario, Canada; Pickering, Ontario, Canada; DOB 28 Mar 1963; nationality Canada; Gender Male; Passport HP683566 (Canada) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: WEDDING, Ryan James).

PARAVAR PARS AEROSPACE RESEARCH AND ENGINEERING SERVICES (a.k.a. PARAVAR PARS AEROSPACE RESEARCH INSTITUTE; a.k.a. PARAVAR PARS COMPANY (Arabic: شرکت پرآورپارس); a.k.a. PARAVAR PARS ENGINEERING AND SERVICES AEROSPACE RESEARCH COMPANY), 13 km of Shahid Babaei Highway, after Imam Hossein University, Next to Telo Road, Tehran, Iran; Website www.paravar-pars.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1992; National ID No.

10101373495 (Iran); Registration Number 93240 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

PARAVAR PARS AEROSPACE RESEARCH INSTITUTE (a.k.a. PARAVAR PARS AEROSPACE RESEARCH AND ENGINEERING SERVICES; a.k.a. PARAVAR PARS COMPANY (Arabic: شرکت پرآوپارس); a.k.a. PARAVAR PARS ENGINEERING AND SERVICES AEROSPACE RESEARCH COMPANY), 13 km of Shahid Babaei Highway, after Imam Hossein University, Next to Telo Road, Tehran, Iran; Website www.paravar-pars.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1992; National ID No. 10101373495 (Iran); Registration Number 93240 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

PARAVAR PARS COMPANY (Arabic: شرکت پرآوپارس) (a.k.a. PARAVAR PARS AEROSPACE RESEARCH AND ENGINEERING SERVICES; a.k.a. PARAVAR PARS AEROSPACE RESEARCH INSTITUTE; a.k.a. PARAVAR PARS ENGINEERING AND SERVICES AEROSPACE RESEARCH COMPANY), 13 km of Shahid Babaei Highway, after Imam Hossein University, Next to Telo Road, Tehran, Iran; Website www.paravar-pars.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1992; National ID No. 10101373495 (Iran); Registration Number 93240 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

PARAVAR PARS ENGINEERING AND SERVICES AEROSPACE RESEARCH COMPANY (a.k.a. PARAVAR PARS AEROSPACE RESEARCH AND ENGINEERING SERVICES; a.k.a. PARAVAR PARS AEROSPACE RESEARCH INSTITUTE; a.k.a. PARAVAR PARS COMPANY (Arabic: شرکت پرآوپارس)), 13 km of Shahid Babaei Highway, after Imam Hossein University, Next to Telo Road, Tehran, Iran; Website www.paravar-pars.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1992; National ID No. 10101373495 (Iran); Registration Number 93240 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

PARCHIN CHEMICAL FACTORIES (a.k.a. PARA CHEMICAL INDUSTRIES; a.k.a. PARCHIN CHEMICAL INDUSTRIES; a.k.a. PARCHIN CHEMICAL INDUSTRIES GROUP; a.k.a. PCF; a.k.a. "PCI"), Khavaran Road Km 35, Tehran, Iran; 2nd Floor, Sanam Bldg., 3rd Floor, Sanam Bldg., P.O. Box 16765-358, Nobonyad Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PARCHIN CHEMICAL INDUSTRIES (a.k.a. PARA CHEMICAL INDUSTRIES; a.k.a. PARCHIN CHEMICAL FACTORIES; a.k.a. PARCHIN CHEMICAL INDUSTRIES GROUP; a.k.a. PCF; a.k.a. "PCI"), Khavaran Road Km 35, Tehran, Iran; 2nd Floor, Sanam Bldg., 3rd Floor, Sanam Bldg., P.O. Box 16765-358, Nobonyad Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PARCHIN CHEMICAL INDUSTRIES GROUP (a.k.a. PARA CHEMICAL INDUSTRIES; a.k.a. PARCHIN CHEMICAL FACTORIES; a.k.a. PARCHIN CHEMICAL INDUSTRIES; a.k.a. PCF; a.k.a. "PCI"), Khavaran Road Km 35, Tehran, Iran; 2nd Floor, Sanam Bldg., 3rd Floor, Sanam Bldg., P.O. Box 16765-358, Nobonyad Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PARDAZAN SYSTEM HOUSES ARMAN (a.k.a. FARAZ TEGARAT ERTEBAT COMPANY; a.k.a. PARDAZAN SYSTEM NAMAD ARMAN; a.k.a. PASNA; a.k.a. PASNA INDUSTRY CO.; a.k.a. PASNA INTERNATION TRADING CO.; a.k.a. POUYAN ELECTRONIC CO.; a.k.a. SINO TRADER COMPANY), Number 8, Unit 14, Tavana Building, Khan Babaei Alley, Nik Zare Street, Akbari Street, Ashrafti Esfahani Avenue, Tehran, Iran; Ghodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Monacoheri St., Saadi St., Tehran, Iran; Sa'di St., Manoucohehri St., Goodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Tehran, Iran; Website http://www.pasnaindustry.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PARDAZAN SYSTEM NAMAD ARMAN (a.k.a. FARAZ TEGARAT ERTEBAT COMPANY; a.k.a. PARDAZAN SYSTEM HOUSES ARMAN; a.k.a. PASNA; a.k.a. PASNA INDUSTRY CO.; a.k.a. PASNA INTERNATION TRADING CO.; a.k.a. POUYAN ELECTRONIC CO.; a.k.a. SINO TRADER COMPANY), Number 8, Unit 14, Tavana Building, Khan Babaei Alley, Nik Zare Street, Akbari Street, Ashrafti Esfahani Avenue, Tehran, Iran; Ghodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Monacoheri St., Saadi St., Tehran, Iran; Sa'di St., Manoucohehri St., Goodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Tehran, Iran; Website http://www.pasnaindustry.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PARDAZESH TASVIR RAYAN CO. (a.k.a. RAYAN IMAGE PROCESSING CORPORATION; a.k.a. RAYAN PRINTING), No. 9, 22nd St., 9th Km. of Karaj Special Rd., 1389843613, Tehran, Iran; Africa St., West Nahid St., Akhtaran Ave., p. 57, 1967773314, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10102041648 (Iran); Registration ID 161530 (Iran) [SDGT] [IRGC] [IFSR].

PARDIS INVESTMENT COMPANY (a.k.a. SHERKAT-E SARMAYEGOZARI-E PARDIS), Iran; Unit D4 and C4, 4th Floor, Building 29 Africa, Corner of 25th Street, Africa Boulevard, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

PARDISAN REZVAN SHARGH INTERNATIONAL PRIVATE JOINT STOCK COMPANY (Arabic: بین المللی پردیسان رضوان شرق) (a.k.a. INTERNATIONAL PARDISAN RIZVAN SHARQ), Ground Floor, Mohammad Ghasemi, Plate 0, Rah Ahan Street, Amin Zeraati Street, Imam Reza, Central District, Behshahr County, Rostamkola, Mazandaran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 15 Sep 2015; National ID No. 14005229091 (Iran); Registration Number 4058 (Iran) [NPWMD] [IFSR] (Linked To: ROSTAMI SANI, Mostafa).

PARDO ESPINO, Eduardo, Privada Coyules 113, Barrio Santa Maria, Puerto Vallarta, Jalisco, Mexico; DOB 04 Apr 1979; POB Tinguindin, Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; C.U.R.P. PAEE790404HMNRSD00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

PAREDES CORDOVA, Jorge Mario (a.k.a. ARRAIZA BETANCUR, Mario Jorge; a.k.a. CORDON, Mario; a.k.a. PAREDEZ CORDOVA, Jorge Mario; a.k.a. "EL GORDO"; a.k.a. "HIPER"), Morazan El Progreso, Guatemala; DOB 09 Jan 1966; POB Morazan, El Progreso,

Guatemala; nationality Guatemala; citizen Guatemala; Passport 1102020001107JK (Guatemala) (individual) [SDNTK].

PAREDES, Jose Omar, Miranda, Venezuela; DOB 22 Feb 1950; nationality Venezuela; citizen Venezuela; Gender Male; Cedula No. 3476436 (Venezuela); Passport D0503056 (Venezuela) expires 17 Oct 2011; alt. Passport 038031243 (Venezuela) expires 16 Sep 2015; alt. Passport 113210615 (Venezuela) expires 01 Feb 2020; Pilot License Number 2326384 (individual) [VENEZUELA] (Linked To: AVERUCA, C.A.).

PAREDEZ CORDOVA, Jorge Mario (a.k.a. ARRAIZA BETANCUR, Mario Jorge; a.k.a. CORDON, Mario; a.k.a. PAREDES CORDOVA, Jorge Mario; a.k.a. "EL GORDO"; a.k.a. "HIPER"), Morazan El Progreso, Guatemala; DOB 09 Jan 1966; POB Morazan, El Progreso, Guatemala; nationality Guatemala; citizen Guatemala; Passport 1102020001107JK (Guatemala) (individual) [SDNTK].

PAREJA, Dinno Amor Rosalejos (a.k.a. AMINAH, Khalil Pareja; a.k.a. PAREJA, Dinno Rosalejos; a.k.a. PAREJA, Johnny; a.k.a. PAREJA, Kahlil; a.k.a. PAREJA, Khalil; a.k.a. ROSALEJOS-PAREJA, Dino Amor), Atimonan, Quezon Province, Philippines; DOB 19 Jul 1981; POB Cebu City, Cebu Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

PAREJA, Dinno Rosalejos (a.k.a. AMINAH, Khalil Pareja; a.k.a. PAREJA, Dinno Amor Rosalejos; a.k.a. PAREJA, Johnny; a.k.a. PAREJA, Kahlil; a.k.a. PAREJA, Khalil; a.k.a. ROSALEJOS-PAREJA, Dino Amor), Atimonan, Quezon Province, Philippines; DOB 19 Jul 1981; POB Cebu City, Cebu Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

PAREJA, Johnny (a.k.a. AMINAH, Khalil Pareja; a.k.a. PAREJA, Dinno Amor Rosalejos; a.k.a. PAREJA, Dinno Rosalejos; a.k.a. PAREJA, Kahlil; a.k.a. PAREJA, Khalil; a.k.a. ROSALEJOS-PAREJA, Dino Amor), Atimonan, Quezon Province, Philippines; DOB 19 Jul 1981; POB Cebu City, Cebu Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

PAREJA, Kahlil (a.k.a. AMINAH, Khalil Pareja; a.k.a. PAREJA, Dinno Amor Rosalejos; a.k.a. PAREJA, Dinno Rosalejos; a.k.a. PAREJA, Johnny; a.k.a. PAREJA, Khalil; a.k.a. ROSALEJOS-PAREJA, Dino Amor), Atimonan, Quezon Province, Philippines; DOB 19 Jul 1981; POB Cebu City, Cebu Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

PAREJA, Khalil (a.k.a. AMINAH, Khalil Pareja; a.k.a. PAREJA, Dinno Amor Rosalejos; a.k.a. PAREJA, Dinno Rosalejos; a.k.a. PAREJA, Johnny; a.k.a. PAREJA, Kahlil; a.k.a. ROSALEJOS-PAREJA, Dino Amor), Atimonan, Quezon Province, Philippines; DOB 19 Jul 1981; POB Cebu City, Cebu Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

PARFENCHIKOV, Artur Olegovich (Cyrillic: ПАРФЕНЧИКОВ, Артур Олегович), Karelia Republic, Russia; DOB 29 Nov 1964; POB Petrozavodsk, Karelia Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 100111354223 (Russia) (individual) [RUSSIA-EO14024].

PARFYONOV, Denis Andreyevich (Cyrillic: ПАРФЕНОВ, Денис Андреевич), Russia; DOB 22 Sep 1987; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PARITET, ul. Moskovskaya d. 16, kv. 14, Lyubertsy 140011, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5027290680 (Russia); Registration Number 1205000099391 (Russia) [RUSSIA-EO14024].

PARK VENTURES SAL (Arabic: شركة بارك فنتشرز ش.م.ل.), Al Wazir Building, First Floor, Ahmad Solah Street, Jnah, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Jun 2004; Organization Type: Management consultancy activities; Registration Number 1002986 (Lebanon); alt. Registration Number 742783 (Lebanon) [SDGT] (Linked To: BAKER, Rima Yaacoub).

PARK, Aleksei (a.k.a. KIM, Ho Gyu; a.k.a. KIM, Ho Kyu; a.k.a. KIM, Ho'-kyu; a.k.a. KIM, Ho-Kyu), Nakhodka, Russia; DOB 15 Sep 1970; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea Ryonbong General Corporation Official (individual) [DPRK2].

PARK, Chong Chon (a.k.a. PAK, Jeong Cheon; a.k.a. PAK, Jong Chon (Korean: 박정천); a.k.a. PARK, Jeong Cheon), Korea, North; DOB 18 Sep 1954; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

PARK, Jeong Cheon (a.k.a. PAK, Jeong Cheon; a.k.a. PAK, Jong Chon (Korean: 박정천); a.k.a. PARK, Chong Chon), Korea, North; DOB 18 Sep 1954; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

PARK, Jin Hyok (a.k.a. DAVID, Andoson; a.k.a. HENNY, Watson; a.k.a. KIM, Hyon U; a.k.a. KIM, Hyon Woo; a.k.a. KIM, Hyon Wu; a.k.a. PAK, Ch'in-hyo'k; a.k.a. PAK, Jin Hek; a.k.a. PAK, Jin Hyok); DOB 15 Aug 1984; alt. DOB 18 Oct 1984; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290333974 (Korea, North) (individual) [DPRK3].

PARK, Nyon-Nam (a.k.a. MASAKI, Toshio); DOB 13 Jan 1947 (individual) [TCO].

PARK, Tae-joon (a.k.a. BOKU, Taishun; a.k.a. ISHIDA, Shoroku; a.k.a. PAK, Tae-Chun); DOB 30 Oct 1932 (individual) [TCO].

PARKSTROY-SOFIA OOD (Cyrillic: ПАРКСТРОЙ-СОФИЯ - ООД), Nadezhda 1 Distr., Bl. No 150, apt. 131, Sofia, Bulgaria; Organization Established Date 2002; V.A.T. Number BG 130939917 (Bulgaria) [GLOMAG] (Linked To: NOVE-AD-HOLDING AD).

PAROS MARITIME S.A., Panama City, Panama; Organization Established Date 22 Nov 2021; RUC # 155715457-2-2021 (Panama); Identification Number IMO 6272687 (Panama) [IRAN-EO13902].

PARQUE ACUATICO LOS CASCABELES, S.A. DE C.V., Carretera Interior a Costa Rica Km. 6, El Carrizal 2, Culiacan Rosales, Sinaloa 80430, Mexico; Folio Mercantil No. 75483 (Mexico) [SDNTK].

PARRA RIVERO, Luis Eduardo, Yaracuy, Venezuela; DOB 07 Jul 1978; Gender Male; Cedula No. V-14211633 (Venezuela) (individual) [VENEZUELA].

PARRA SANCHEZ, Mario; DOB 11 Nov 1970; POB Culiacan, Sinaloa, Mexico; C.U.R.P. PASM701111HSLRNR07 (Mexico) (individual) [SDNTK] (Linked To: BUENOS AIRES SERVICIOS, S.A. DE C.V.; Linked To: ESTACIONES DE SERVICIOS CANARIAS, S.A. DE C.V.; Linked To: GASODIESEL Y SERVICIOS ANCONA, S.A. DE C.V.; Linked To: GASOLINERA ALAMOS COUNTRY, S.A. DE C.V.; Linked To: GASOLINERA Y SERVICIOS VILLABONITA, S.A. DE C.V.; Linked To: PETROBARRANCOS, S.A. DE C.V.; Linked To: SERVICIOS CHULAVISTA, S.A. DE C.V.).

PARS AMAYESH SANAAT KISH (a.k.a. PASK; a.k.a. VACUUM KARAN; a.k.a. VACUUM KARAN CO.; a.k.a. VACUUMKARAN), 3rd Floor, No. 6, East 2nd, North Kheradmand, Karimkhan Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PARS AVIATION SERVICES COMPANY (a.k.a. POUYA AIR (Arabic: شرکت هواپیمایی پویا ایر); a.k.a. POUYA AIRLINES; a.k.a. YAS AIR; a.k.a. YAS AIR KISH; a.k.a. YASAIR CARGO AIRLINE), Mehrabad International Airport, Next to Terminal No. 6, Tehran, Iran; Number 37, Ahour Alley, Shariati St., Tehran, Iran; Mehrabad International Airport, between Terminals No. 4 and 6, Tehran, Iran; Website www.pouyaair.com; Email Address info@pouyaair.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Passenger air transport; National ID No. 10102315647 (Iran); Registration Number 189556 (Iran) [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

PARS BANAYE SADR CONSTRUCTION COMPANY (a.k.a. P.B. SADR CO.; a.k.a. PARS BANAYE SADR INDUSTRIAL CONSTRUCTION COMPANY PJS; a.k.a. PARS BANAYE SADR INDUSTRIES COMPANY; a.k.a. PB SADR CONSTRUCTION COMPANY; a.k.a. SHERKATE SANATI OMRANI PARS BANAYE SADR; a.k.a. "PARS BANA SADR"; a.k.a. "PBS CONSTRUCTION CO"; a.k.a. "PBS CONSTRUCTION COMPANY"), No. 13, 1st Koohestan Ave., Pasdaran Street, Tehran, Iran; No. 17 Koohestan 1, Pasdaran Street, Tehran 1958833951, Iran; Website www.pars-bana.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2003 [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

PARS BANAYE SADR INDUSTRIAL CONSTRUCTION COMPANY PJS (a.k.a. P.B. SADR CO.; a.k.a. PARS BANAYE SADR CONSTRUCTION COMPANY; a.k.a. PARS BANAYE SADR INDUSTRIES COMPANY; a.k.a. PB SADR CONSTRUCTION COMPANY; a.k.a. SHERKATE SANATI OMRANI PARS BANAYE SADR; a.k.a. "PARS BANA SADR"; a.k.a. "PBS CONSTRUCTION CO"; a.k.a. "PBS CONSTRUCTION COMPANY"), No. 13, 1st Koohestan Ave., Pasdaran Street, Tehran, Iran; No. 17 Koohestan 1, Pasdaran Street, Tehran 1958833951, Iran; Website www.pars-bana.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2003 [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

PARS BANAYE SADR INDUSTRIES COMPANY (a.k.a. P.B. SADR CO.; a.k.a. PARS BANAYE SADR CONSTRUCTION COMPANY; a.k.a. PARS BANAYE SADR INDUSTRIAL CONSTRUCTION COMPANY PJS; a.k.a. PB SADR CONSTRUCTION COMPANY; a.k.a. SHERKATE SANATI OMRANI PARS BANAYE SADR; a.k.a. "PARS BANA SADR"; a.k.a. "PBS CONSTRUCTION CO"; a.k.a. "PBS CONSTRUCTION COMPANY"), No. 13, 1st Koohestan Ave., Pasdaran Street, Tehran, Iran; No. 17 Koohestan 1, Pasdaran Street, Tehran 1958833951, Iran; Website www.pars-bana.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2003 [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

PARS ENERGY DEVELOPMENT (a.k.a. PARS ENERGY GOSTAR CO.; a.k.a. PARS ENERGY GOSTAR DRILLING AND EXPLORATION (Arabic: شرکت حفاری و اکتشاف انرژی گستر پارس); a.k.a. PARS ENERGY-GOSTAR DRILLING AND EXPLORATION; a.k.a. "PEDEX"), Karim Khan Zand St. - Shahid Hosseini St. - Corner of West 4th - No. 34, Tehran, Iran; Pars Gostar Energy Exploration and Drilling Company Support Site, Side of the Judiciary, Entrance to Hamidiya City, Hamidiya District, Khuzestan 6344153669, Iran; Website http://pedex.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100862988 (Iran); Registration Number 40918 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PARS ENERGY GOSTAR CO. (a.k.a. PARS ENERGY DEVELOPMENT; a.k.a. PARS ENERGY GOSTAR DRILLING AND EXPLORATION (Arabic: شرکت حفاری و اکتشاف انرژی گستر پارس); a.k.a. PARS ENERGY-GOSTAR DRILLING AND EXPLORATION; a.k.a. "PEDEX"), Karim Khan Zand St. - Shahid Hosseini St. - Corner of West 4th - No. 34, Tehran, Iran; Pars Gostar Energy Exploration and Drilling Company Support Site, Side of the Judiciary, Entrance to Hamidiya City, Hamidiya District, Khuzestan 6344153669, Iran; Website http://pedex.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100862988 (Iran); Registration Number 40918 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PARS ENERGY GOSTAR DRILLING AND EXPLORATION (Arabic: شرکت حفاری و اکتشاف انرژی گستر پارس) (a.k.a. PARS ENERGY DEVELOPMENT; a.k.a. PARS ENERGY GOSTAR CO.; a.k.a. PARS ENERGY-GOSTAR DRILLING AND EXPLORATION; a.k.a. "PEDEX"), Karim Khan Zand St. - Shahid Hosseini St. - Corner of West 4th - No. 34, Tehran, Iran; Pars Gostar Energy Exploration and Drilling Company Support Site, Side of the Judiciary, Entrance to Hamidiya City, Hamidiya District, Khuzestan 6344153669, Iran; Website http://pedex.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100862988 (Iran); Registration Number 40918 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PARS ENERGY-GOSTAR DRILLING AND EXPLORATION (a.k.a. PARS ENERGY DEVELOPMENT; a.k.a. PARS ENERGY GOSTAR CO.; a.k.a. PARS ENERGY GOSTAR DRILLING AND EXPLORATION (Arabic: شرکت حفاری و اکتشاف انرژی گستر پارس); a.k.a. "PEDEX"), Karim Khan Zand St. - Shahid Hosseini St. - Corner of West 4th - No. 34, Tehran, Iran; Pars Gostar Energy Exploration and Drilling Company Support Site, Side of the Judiciary, Entrance to Hamidiya City, Hamidiya District, Khuzestan 6344153669, Iran; Website http://pedex.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100862988 (Iran); Registration Number 40918 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PARS GHA'EM GOSTAR, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

PARS INTERNATIONAL INDUSTRY DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

PARS ISOTOPE COMPANY, No. 88, West 23rd St. Azadegan Blvd. South Sheykh Bahaie Ave., Tehran, Iran; Website http://www.parsisotope.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

PARS MCS (a.k.a. PARS MCS CO.; a.k.a. PARS MCS COMPANY), 2nd Floor, No. 4, Sasan Dead End, Afriqa Avenue, After Esfandiar, Crossroads, Tehran, Iran; No. 5 Sasan Alley, Atefi Sharghi St., Afrigha Boulevard, Tehran, Iran; Oshtorjan Industrial Zone, Zob-e Ahan Highway, Isafahan, Iran; Website http://www.parsmcs.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

PARS MCS CO. (a.k.a. PARS MCS; a.k.a. PARS MCS COMPANY), 2nd Floor, No. 4, Sasan Dead End, Afriqa Avenue, After Esfandiar, Crossroads, Tehran, Iran; No. 5 Sasan Alley, Atefi Sharghi St., Afrigha Boulevard, Tehran, Iran; Oshtorjan Industrial Zone, Zob-e Ahan Highway, Isafahan, Iran; Website http://www.parsmcs.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

PARS MCS COMPANY (a.k.a. PARS MCS; a.k.a. PARS MCS CO.), 2nd Floor, No. 4, Sasan Dead End, Afriqa Avenue, After Esfandiar, Crossroads, Tehran, Iran; No. 5 Sasan Alley, Atefi Sharghi St., Afrigha Boulevard, Tehran, Iran; Oshtorjan Industrial Zone, Zob-e Ahan Highway, Isafahan, Iran; Website http://www.parsmcs.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

PARS NAVANDISHAN ARTIFICIAL INTELLIGENCE PROJECTS COMPANY (a.k.a. "ARIAPA"), Number 0, Majidieh Street, Janbaaz Boulevard, Valiasr (AJ), Yazd, Yazd 8347177597, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 May 2021; National ID No. 14010050854 (Iran); Registration Number 22706 (Iran) [SDGT] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

PARS NICKEL KARAN KABIR, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

PARS OIL (Arabic: نفت پارس) (a.k.a. PARS OIL CO.; a.k.a. SHERKAT NAFT PARS SAHAMI AAM (Arabic: شرکت نفت پارس سهامی عام)), No. 346, Pars Oil Company Building, Modarres Highway, East Mirdamad Boulevard, Tehran 1549944511, Iran; Postal Box 14155-1473, Tehran 159944511, Iran; Iran; Website http://www.parsoilco.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100302746 (Iran); Registration Number 6388 (Iran) [IRAN] [IRAN-EO13876] (Linked To: TADBIR ENERGY DEVELOPMENT GROUP CO.).

PARS OIL AND GAS COMPANY (a.k.a. POGC), No. 133, Side of Parvin Etesami Alley, opposite Sazman Ab - Dr. Fatemi Avenue, Tehran, Iran; No. 1 Parvin Etesami Street, Fatemi Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

PARS OIL CO. (a.k.a. PARS OIL (Arabic: نفت پارس); a.k.a. SHERKAT NAFT PARS SAHAMI AAM (Arabic: شرکت نفت پارس سهامی عام)), No. 346, Pars Oil Company Building, Modarres Highway, East Mirdamad Boulevard, Tehran 1549944511, Iran; Postal Box 14155-1473, Tehran 159944511, Iran; Iran; Website http://www.parsoilco.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100302746 (Iran);

Registration Number 6388 (Iran) [IRAN] [IRAN-EO13876] (Linked To: TADBIR ENERGY DEVELOPMENT GROUP CO.).

PARS PAIDAR SANAT NOVIN, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

PARS PETROCHEMICAL CO. (a.k.a. ASALOUYEH PETROCHEMICAL COMPANY; a.k.a. PARS PETROCHEMICAL COMPANY; a.k.a. "P.P.C."), Pars Special Economic Energy Zone, PO Box 163-75391, Assaluyeh, Bushehr, Iran; P.O. Box 163-75391, 11370-75118, Iran; Pars Economic Special Zone, Asalouyeh, Bushehr, Iran; Website www.parspc.net; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PARS PETROCHEMICAL COMPANY (a.k.a. ASALOUYEH PETROCHEMICAL COMPANY; a.k.a. PARS PETROCHEMICAL CO.; a.k.a. "P.P.C."), Pars Special Economic Energy Zone, PO Box 163-75391, Assaluyeh, Bushehr, Iran; P.O. Box 163-75391, 11370-75118, Iran; Pars Economic Special Zone, Asalouyeh, Bushehr, Iran; Website www.parspc.net; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PARS PETROCHEMICAL SHIPPING COMPANY, 1st Floor, No. 19, Shenasa Street, Vali E Asr Avenue, Tehran, Iran; Website www.parsshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

PARS PETROCHINA COMPANY (a.k.a. PETRO CHINA PARS CO. (Arabic: شرکت پترو چین پارس)), No. 25, Second Alley, Zarafshan Shomali, Shahrak Qarb, Tehran, Iran; First Floor, Unit No. 281, Salehiar Commercial Complex, Chabahar Free Zone 9971769479, Iran; Website www.petrochinapars.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 May 2013; National ID No. 14003437540 (Iran); Registration Number 1825 (Iran) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

PARS RAIL SINA TRANSPORTATION COMPANY (Arabic: شرکت حمل و نقل سینا ریل

پارس سهامی خاص) (a.k.a. SINA RAIL PARS; a.k.a. SINA RAIL PARS CO; a.k.a. SINA RAIL PARS COMPANY), No. 20, Thirteen Street, Ahmad Ghasir St., Argentina Square, District 6, Tehran, Tehran, Iran; No. 440, 4 Floor, Sina Building, Southeast Corner of Ferdows Blvd, Shahid Sattari North Highway, Tehran, Iran; Website http://srpt.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101521358 (Iran); Registration Number 108278 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PARS REACTORS CONSTRUCTION AND DEVELOPMENT COMPANY (Arabic: شرکت ساخت و توسعه راکتورهای پارس) (a.k.a. "SATRA PARS COMPANY"), No. 221, Shams Building 7, Mollah Sadra Street, Vanak Square, Tehran 1993634316, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Mar 2008; National ID No. 10103582395 (Iran); Registration Number 321054 (Iran) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

PARS SARRALLE (a.k.a. PARS SARRALLE COMPANY; a.k.a. PARS SARRALLE EQUIPMENT INDUSTRIES COMPANY (Arabic: شرکت صنایع تجهیزات پارس سارایه); a.k.a. SARRAYEH PARS EQUIPMENT INDUSTRIES COMPANY), Tehran-Qom Highway; Shams Abad; Beharestan Blvd.; 7 Gulsorkh St.; No. 1, Iran; Qom Highway - Shams Abad Industrial Town - Beharestan Blvd. - 7th Gol Sorkh St., Tehran, Iran; Website http://parssarralle.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320622550 (Iran); Registration Number 411068 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

PARS SARRALLE COMPANY (a.k.a. PARS SARRALLE; a.k.a. PARS SARRALLE EQUIPMENT INDUSTRIES COMPANY (Arabic: شرکت صنایع تجهیزات پارس سارایه); a.k.a. SARRAYEH PARS EQUIPMENT INDUSTRIES COMPANY), Tehran-Qom Highway; Shams Abad; Beharestan Blvd.; 7 Gulsorkh St.; No. 1, Iran; Qom Highway - Shams Abad Industrial Town - Beharestan Blvd. - 7th Gol Sorkh St., Tehran, Iran; Website http://parssarralle.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320622550 (Iran); Registration Number 411068 (Iran) [IRAN-EO13876] (Linked To:

KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

PARS SARRALLE EQUIPMENT INDUSTRIES COMPANY (Arabic: شرکت صنایع تجهیزات پارس سارایه) (a.k.a. PARS SARRALLE; a.k.a. PARS SARRALLE COMPANY; a.k.a. SARRAYEH PARS EQUIPMENT INDUSTRIES COMPANY), Tehran-Qom Highway; Shams Abad; Beharestan Blvd.; 7 Gulsorkh St.; No. 1, Iran; Qom Highway - Shams Abad Industrial Town - Beharestan Blvd. - 7th Gol Sorkh St., Tehran, Iran; Website http://parssarralle.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320622550 (Iran); Registration Number 411068 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

PARS SAZEH ENGINEERING AND CONSTRUCTION, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

PARS TILE COMPANY (Arabic: شرکت کاشی پارس), No. 19, Arasbaran Sqr., East Simorgh Ave., Seyed Khandan, Tehran, Iran; Zakariya Razi St., Alborz Industrial City, Qazvin, Iran; Website http://pars-tile.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100607716 (Iran); Registration Number 17249 (Iran) [IRAN-EO13876] (Linked To: SINA TILE AND CERAMIC INDUSTRIES COMPANY).

PARSA COMPANY (a.k.a. RASHID SAMANEH ELECTRONIC PROCESSING COMPANY (Arabic: شرکت پردازش الکترونیک راشد سامانه); a.k.a. SHERKAT-E PORDAZESH ELECTRONIK RASHID SAMANEH), No. 8, Shahid Ahmad Fargah Dead End, Shahid Kabkanian Rd., Keshavarz Blvd., Tehran 1415994413, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103682222 (Iran); Registration Number 327970 (Iran) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

PARSA FIDAR PAYDAR ENGINEERING AND TECHNOLOGY COMPANY (Arabic: شرکت فنی و مهندسی پارسا فیدار پایدار), Number 113, Ground Floor, Hovizeh Street, Marghab Street, Shahid Qandi-Nilufar, Central Section, Tehran, Tehran 1553616911, Iran; Organization Established Date 06 Jul 2013; National ID No. 14003498305 (Iran); Registration Number 439636 (Iran)

[IRAN-EO13902] (Linked To: EMAMJOMEH, Seyed Asadoollah).

PARSA FIDAR PAYDAR SALAKH QESHM ENGINEERING TECHNOLOGY COMPANY (a.k.a. PARSA SALAKH QESHM INDUSTRIAL COMPLEX (Arabic: مجتمع صنعتی پارسا سلخ قشم)), Unit 503, Floor 5, Damas Complex, Number 0, Pejuhesh Street, 22 Bahman Boulevard, Qeshm, Hormuzgan 7951617786, Iran; Organization Established Date 22 Jun 2022; National ID No. 14011274631 (Iran); Registration Number 7200 (Iran) [IRAN-EO13902] (Linked To: EMAMJOMEH, Seyed Asadoollah).

PARSA SALAKH QESHM INDUSTRIAL COMPLEX (Arabic: مجتمع صنعتی پارسا سلخ قشم) (a.k.a. PARSA FIDAR PAYDAR SALAKH QESHM ENGINEERING TECHNOLOGY COMPANY), Unit 503, Floor 5, Damas Complex, Number 0, Pejuhesh Street, 22 Bahman Boulevard, Qeshm, Hormuzgan 7951617786, Iran; Organization Established Date 22 Jun 2022; National ID No. 14011274631 (Iran); Registration Number 7200 (Iran) [IRAN-EO13902] (Linked To: EMAMJOMEH, Seyed Asadoollah).

PARSA TRABAR CASPIAN INTERNATIONAL TRANSPORTATION COMPANY (Arabic: شرکت حمل و نقل بین المللی پارسا ترابر کاسپین), Number 113, Floor 1, Hovizeh Street, Marghab Street, Shahid Qandi-Nilufar, Central Section, Tehran, Tehran 1553616913, Iran; Organization Established Date 14 Jan 2014; National ID No. 14003847647 (Iran); Registration Number 448600 (Iran) [IRAN-EO13902] (Linked To: EMAMJOMEH, Seyed Asadoollah).

PARSA TRABAR PERSIA INTERNATIONAL TRANSPORTATION COMPANY (Arabic: شرکت حمل و نقل بین المللی پارسا ترابر پرشیا), Number 1, Basement Level 1, Vida Street, Hovizeh Street, Shahid Qandi-Nilufar, Central Section, Tehran, Tehran 1553613111, Iran; Organization Established Date 13 Jul 2005; National ID No. 10102910733 (Iran); Registration Number 250587 (Iran) [IRAN-EO13902] (Linked To: EMAMJOMEH, Seyed Asadoollah).

PARSA, Behrouz (Arabic: بهروز پارسا) (a.k.a. PAEINSHAHRI, Behrouz (Arabic: بهروز پائینشهری); a.k.a. PARSARAD, Behrouz (Arabic: بهروز پارسا راد)), No. 18, No. 8, Bahar, Shahid Bakhtiari St., Tohid Ave., Tehran, Iran; DOB 02 Jul 1988; nationality Iran; Email Address hernes@tutanota.com; alt. Email Address m3vda@protonmail.com; alt. Email Address lazyyytrader@gmail.com; alt. Email Address

mvc64200@gmail.com; alt. Email Address behrouz.p1985@gmail.com; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT bc1q3q2lz3cmt4u2f49ugxz5q34xrs0m2z4w2gmkp5; alt. Digital Currency Address - XBT bc1qj2ffj6pepc80sfqpx2k2pd3q278q72dpqv2ens; alt. Digital Currency Address - XBT bc1qjwr3rgww7a8ut7a4x8jqh3vswcue3xvp6dm7qe; alt. Digital Currency Address - XBT bc1qvxlwpgcw260sc97a0u6dm0cjxv027clhd67fvx; alt. Digital Currency Address - XBT bc1qwtswqzvaxl6lyw3keqqzwt8z937psta3wg9sjy; alt. Digital Currency Address - XBT bc1qyqvyupkpl6tm60zdecef925y220ssjuagpxsm0; alt. Digital Currency Address - XBT bc1q45cxufu7x6s5v9adzm9t38k80gwawse75xffwe; alt. Digital Currency Address - XBT bc1qmzmx8res2fgzd2wttyvf2ajqqqtcnxxrgkqc2t; alt. Digital Currency Address - XBT bc1qtnr3t28ltzgsuvr9j6ruqaat6fz773mm8wr02l; alt. Digital Currency Address - XBT bc1q6rzzf4erht8v7kgh5mfnwcrvzxchxt5glpsuls; alt. Digital Currency Address - XBT bc1qr4fd3glpnthkefcylhnxk4gp47jsd0523ue7qj; alt. Digital Currency Address - XBT bc1q2c3vwu7wxq308lsun24rjlsh6ff0x8whx55v4q; alt. Digital Currency Address - XBT bc1qwyye7frjufeth0pecvaf3hz67lakt028dezv3p; alt. Digital Currency Address - XBT bc1qhsp4kffl5pmsae43st9jufagu6uy7lsa6mslla; alt. Digital Currency Address - XBT bc1qlhh94040d8nxkstf4l7720q72f2vntxxl96m4d; alt. Digital Currency Address - XBT bc1qdzgee6h4zjwvn8lyzjxgd467zxnshelqkudh7z; alt. Digital Currency Address - XBT bc1q97eg4k2juepa3smpac4pnfjsnyws696c290cxq; alt. Digital Currency Address - XBT bc1qu3e9sq8cem759umc3pywlsly3rr2qvjlxfnn9l; alt. Digital Currency Address - XBT bc1qa4jp7udkn2ycecz8289jfs3vpnqdwf4483d3qe; alt. Digital Currency Address - XBT bc1qxp3sxw4q2rw3u9pd2k7udhp4eagc77jqcezv4q; alt. Digital Currency Address - XBT bc1q7d46dvuv56kn4mm0jz3yep6xj74kxcpydt5te4; alt. Digital Currency Address - XBT bc1qetqqlgvlnzdh4eshz9q6twlpdtmvy5rfkn3lza; alt. Digital Currency Address - XBT bc1qtrh9z4ls2s2mflyhc5y0mtxt0y30n87c97z4qp; alt. Digital Currency Address - XBT bc1qr2tgu4almsw9ajqfwz93qw0xc8w2g72xpyzqvn; alt. Digital Currency Address - XBT bc1qzqqdvukupr0qr5uckn2zjn40mkflnxu8fuuqdp; alt. Digital Currency Address - XBT

bc1q6yz2q723helcd7rz7xltw5nu77vn649zczklc3; alt. Digital Currency Address - XBT bc1qfpdycqpkl5hvxg4feuk3nhde5h8t2zd89svsg9; alt. Digital Currency Address - XBT bc1qhe6zy9x6ar42zkec3lhkms5m7hh3svtc88qhf6; alt. Digital Currency Address - XBT bc1qptrvdk8uv8shd734tyhyzatrvmlq9l0v6r0dc2; alt. Digital Currency Address - XBT bc1qcp6fr7gtyukympl6unr7uv78h3vprycwj455zx; alt. Digital Currency Address - XBT bc1q8p5r6wdx7leuekulnlglapy2wlwxgukpe76mys; alt. Digital Currency Address - XBT bc1q7qsruzjsed9sy6taqz2m5rvljsmleg2xl7dz5r; alt. Digital Currency Address - XBT bc1q3tan207evu5skk2wj80ycyw242g0kdnn3hs3x0; alt. Digital Currency Address - XBT bc1q4sqmmyv63g6ma5cmswzap3d8k995h0str69v3t; alt. Digital Currency Address - XBT bc1qec85gd576z0phflq2jm8jxlh22tckqj3yru7xs; alt. Digital Currency Address - XBT bc1q4qjvgw475a39d8cpcyv5keq39jlmlrq870sn30; alt. Digital Currency Address - XBT bc1qmwznjzlhrj3fney3elxkwdpwa72u7eq0ge76dt; alt. Digital Currency Address - XBT bc1qzcg8y0utezp7zkp2cmqppd3x80l4gpqzew25wy; alt. Digital Currency Address - XBT bc1qdd2mumk4rxnygxyn5qhrq6pah6yjmnl3s9mef5; alt. Digital Currency Address - XBT bc1qcjh0phl2yy3rxcztfthz9psuvk8trv2qe06p0k; alt. Digital Currency Address - XBT 3FgaJMgxCfU3qqQ3Yiqv3Xw8rmLDDkByeo; alt. Digital Currency Address - XBT 3EQoMXw6Xi8zNzY8tLfJbkWjV5EXsQP4Es; alt. Digital Currency Address - XBT 37KHumAdzFcg1fXMv36UGg91MHPqhJUv19; alt. Digital Currency Address - XBT 3GBGnqDqdiskCmfq2Rchk1LcBoSo4P3DZQ; Digital Currency Address - XMR 88wRZuGMuC5YQvXpKpeLFHQeZWW28XtGyZCizkqeypTaRcjzNNKVrCg7PpoEeWaj5A7wwbh5M2X9ycXrfUkbeptACsG4bVn; alt. Digital Currency Address - XMR 8ANG5NBnApL94YAKRfCSaS7g2fjEi1DWVcFNTn3wQ5HpfsgtnusgxaXE24bbhXukTgF8esRnMsWaReRiqNbSBSbmRE5Nm5M; alt. Digital Currency Address - XMR 84AwzjeFWXNEuhj8LWinXo93AqYr6wS8ZcnaBCoGhrL7EtvBMBovdhiUSV9xLhjrPA8t64hYSaMc8bHtWXoV9129EHUjU62; alt. Digital Currency Address - XMR 87XWTP9tBECHXCwbyMK1KENoy4GeXkRviNzmhNc5Pvo5ExZ1QXjtRRyFeXPuHf7fNiS7KzBZNJeGweJhMbFB647171y66id; alt. Digital Currency Address - XMR 86ze8c9oUftDSTxzFBhfSJYpjvw6GYkqjeEaggy

3hBVL1ou2tk79DfSj5YiZ3wjDHp541tizcQ8bVCxCtVHQncuc3asa8wz; Phone Number 989190900020; alt. Phone Number 989330219108; alt. Phone Number 989334445690; Passport M56769976 (Iran) (individual) [ILLICIT-DRUGS-EO14059].

PARSAEI, Reza; DOB 09 Aug 1963; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Director, NIOC International Affairs (London) Ltd. (individual) [IRAN].

PARSAJAM, Mohsen (a.k.a. HODJAT ABADI, Mohsen Kargar; a.k.a. HODJATABADI, Mohsen Kargar; a.k.a. "KARGAR, Mohsen"); DOB 23 Aug 1964; POB Qom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N95873956 (Iran) expires 05 May 2020; National ID No. 038-1-57690-6 (Iran); Chairman of the Board, Rayan Roshd Afzar Company (individual) [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

PARSARAD, Behrouz (Arabic: بهروز پارسا راد) (a.k.a. PAEINSHAHRI, Behrouz (Arabic: بهروز پائینشهری); a.k.a. PARSA, Behrouz (Arabic: بهروز پارسا)), No. 18, No. 8, Bahar, Shahid Bakhtiari St., Tohid Ave., Tehran, Iran; DOB 02 Jul 1988; nationality Iran; Email Address hernes@tutanota.com; alt. Email Address m3vda@protonmail.com; alt. Email Address lazyyytrader@gmail.com; alt. Email Address mvc64200@gmail.com; alt. Email Address behrouz.p1985@gmail.com; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT bc1q3q2lz3cmt4u2f49ugxz5q34xrs0m2z4w2gmkp5; alt. Digital Currency Address - XBT bc1qj2ffj6pepc80sfqpx2k2pd3q278q72dpqv2ens; alt. Digital Currency Address - XBT bc1qjwr3rgww7a8ut7a4x8jqh3vswcue3xvp6dm7qe; alt. Digital Currency Address - XBT bc1qvxlwpgcw260sc97a0u6dm0cjxv027clhd67fvx; alt. Digital Currency Address - XBT bc1qwtswqzvaxl6lyw3keqqzwt8z937psta3wg9sjy; alt. Digital Currency Address - XBT bc1qyqvyupkpl6tm60zdecef925y220ssjuagpxsm0; alt. Digital Currency Address - XBT bc1q45cxufu7x6s5v9adzm9t38k80gwawse75xffwe; alt. Digital Currency Address - XBT bc1qmzmx8res2fgzd2wttyvf2ajqqqtcnxxrgkqc2t; alt. Digital Currency Address - XBT bc1qtnr3t28ltzgsuvr9j6ruqaat6fz773mm8wr02l; alt. Digital Currency Address - XBT bc1q6rzzf4erht8v7kgh5mfnwcrvzxchxt5glpsuls;

alt. Digital Currency Address - XBT bc1qr4fd3glpnthkefcylhnxk4gp47jsd0523ue7qj; alt. Digital Currency Address - XBT bc1q2c3vwu7wxq308lsun24rjlsh6ff0x8whx55v4q; alt. Digital Currency Address - XBT bc1qwyye7frjufeth0pecvaf3hz67lakt028dezv3p; alt. Digital Currency Address - XBT bc1qhsp4kffl5pmsae43st9jufagu6uy7lsa6mslla; alt. Digital Currency Address - XBT bc1qlhh94040d8nxkstf4l7720q72f2vntxxl96m4d; alt. Digital Currency Address - XBT bc1qdzgee6h4zjwvn8lyzjxgd467zxnshelqkudh7z; alt. Digital Currency Address - XBT bc1q97eg4k2juepa3smpac4pnfjsnyws696c290cxq; alt. Digital Currency Address - XBT bc1qu3e9sq8cem759umc3pywlsly3rr2qvjlxfnn9l; alt. Digital Currency Address - XBT bc1qa4jp7udkn2ycecz8289jfs3vpnqdwf4483d3qe; alt. Digital Currency Address - XBT bc1qxp3sxw4q2rw3u9pd2k7udhp4eagc77jqcezv4q; alt. Digital Currency Address - XBT bc1q7d46dvuv56kn4mm0jz3yep6xj74kxcpydt5te4; alt. Digital Currency Address - XBT bc1qetqqlgvlnzdh4eshz9q6twlpdtmvy5rfkn3lza; alt. Digital Currency Address - XBT bc1qtrh9z4ls2s2mflyhc5y0mtxt0y30n87c97z4qp; alt. Digital Currency Address - XBT bc1qr2tgu4almsw9ajqfwz93qw0xc8w2g72xpyzqvn; alt. Digital Currency Address - XBT bc1qzqqdvukupr0qr5uckn2zjn40mkflnxu8fuuqdp; alt. Digital Currency Address - XBT bc1q6yz2q723helcd7rz7xltw5nu77vn649zczklc3; alt. Digital Currency Address - XBT bc1qfpdycqpkl5hvxg4feuk3nhde5h8t2zd89svsg9; alt. Digital Currency Address - XBT bc1qhe6zy9x6ar42zkec3lhkms5m7hh3svtc88qhf6; alt. Digital Currency Address - XBT bc1qptrvdk8uv8shd734tyhyzatrvmlq9l0v6r0dc2; alt. Digital Currency Address - XBT bc1qcp6fr7gtyukympl6unr7uv78h3vprycwj455zx; alt. Digital Currency Address - XBT bc1q8p5r6wdx7leuekulnlglapy2wlwxgukpe76mys; alt. Digital Currency Address - XBT bc1q7qsruzjsed9sy6taqz2m5rvljsmleg2xl7dz5r; alt. Digital Currency Address - XBT bc1q3tan207evu5skk2wj80ycyw242g0kdnn3hs3x0; alt. Digital Currency Address - XBT bc1q4sqmmyv63g6ma5cmswzap3d8k995h0str69v3t; alt. Digital Currency Address - XBT bc1qec85gd576z0phflq2jm8jxlh22tckqj3yru7xs; alt. Digital Currency Address - XBT bc1q4qjvgw475a39d8cpcyv5keq39jlmlrq870sn30; alt. Digital Currency Address - XBT bc1qmwznjzlhrj3fney3elxkwdpwa72u7eq0ge76dt; alt. Digital Currency Address - XBT

bc1qzcg8y0utezp7zkp2cmqppd3x80l4gpqzew25wy; alt. Digital Currency Address - XBT bc1qdd2mumk4rxnygxyn5qhrq6pah6yjmnl3s9mef5; alt. Digital Currency Address - XBT bc1qcjh0phl2yy3rxcztfthz9psuvk8trv2qe06p0k; alt. Digital Currency Address - XBT 3FgaJMgxCfU3qqQ3Yiqv3Xw8rmLDDkByeo; alt. Digital Currency Address - XBT 3EQoMXw6Xi8zNzY8tLfJbkWjV5EXsQP4Es; alt. Digital Currency Address - XBT 37KHumAdzFcg1fXMv36UGg91MHPqhJUv19; alt. Digital Currency Address - XBT 3GBGnqDqdiskCmfq2Rchk1LcBoSo4P3DZQ; Digital Currency Address - XMR 88wRZuGMuC5YQvXpKpeLFHQeZWW28XtGyZCizkqeypTaRcjzNNKVrCg7PpoEeWaj5A7wwbh5M2X9ycXrfUkbeptACsG4bVn; alt. Digital Currency Address - XMR 8ANG5NBnApL94YAKRfCSaS7g2fjEi1DWVcFNTn3wQ5HpfsgtnusgxaXE24bbhXukTgF8esRnMsWaReRiqNbSBSbmRE5Nm5M; alt. Digital Currency Address - XMR 84AwzjeFWXNEuhj8LWinXo93AqYr6wS8ZcnaBCoGhrL7EtvBMBovdhiUSV9xLhjrPA8t64hYSaMc8bHtWXoV9129EHUjU62; alt. Digital Currency Address - XMR 87XWTP9tBECHXCwbyMK1KENoy4GeXkRviNzmhNc5Pvo5ExZ1QXjtRRyFeXPuHf7fNiS7KzBZNJeGweJhMbFB647171y66id; alt. Digital Currency Address - XMR 86ze8c9oUftDSTxzFBhfSJYpjvw6GYkqjeEaggy3hBVL1ou2tk79DfSj5YiZ3wjDHp541tizcQ8bVCxCtVHQncuc3asa8wz; Phone Number 989190900020; alt. Phone Number 989330219108; alt. Phone Number 989334445690; Passport M56769976 (Iran) (individual) [ILLICIT-DRUGS-EO14059].

PARSEK LLC, Sh. Entuziastov D. 54, Che 0 POM.VII CH K 9, Moscow 111123, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 7714789249 (Russia); Company Number 62817585 (Russia); Registration Number 1097746565366 (Russia) [NPWMD].

PARSHIN, Andrei Yevgenevich (Cyrillic: ПАРШИН, Андрей Евгеньевич) (a.k.a. PARSHIN, Andrey; a.k.a. PARSHIN, Andrey Yevgenievich), Skryganova St., Building 4A, Apt. 211, Minsk, Belarus (Cyrillic: Скрыганова ул., д. 4А, кв. 211, г. Минск, Belarus); DOB 19 Feb 1974; nationality Belarus; Gender Male;

National ID No. 3190274A018PB7 (Belarus); Tax ID No. AA1060533 (Belarus) (individual) [BELARUS-EO14038].

PARSHIN, Andrey (a.k.a. PARSHIN, Andrei Yevgenevich (Cyrillic: ПАРШИН, Андрей Евгеньевич); a.k.a. PARSHIN, Andrey Yevgenievich), Skryganova St., Building 4A, Apt. 211, Minsk, Belarus (Cyrillic: Скрыганова ул., д. 4А, кв. 211, г. Минск, Belarus); DOB 19 Feb 1974; nationality Belarus; Gender Male; National ID No. 3190274A018PB7 (Belarus); Tax ID No. AA1060533 (Belarus) (individual) [BELARUS-EO14038].

PARSHIN, Andrey Yevgenievich (a.k.a. PARSHIN, Andrei Yevgenevich (Cyrillic: ПАРШИН, Андрей Евгеньевич); a.k.a. PARSHIN, Andrey), Skryganova St., Building 4A, Apt. 211, Minsk, Belarus (Cyrillic: Скрыганова ул., д. 4А, кв. 211, г. Минск, Belarus); DOB 19 Feb 1974; nationality Belarus; Gender Male; National ID No. 3190274A018PB7 (Belarus); Tax ID No. AA1060533 (Belarus) (individual) [BELARUS-EO14038].

PARSIAN BANK, No. 4, Zarafshan Street, Shahid Farahzadi Boulevard, Sharak Ghods, Tehran, Iran; SWIFT/BIC BKPAIRTH; Website www.parsian-bank.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Branches Worldwide [IRAN] [SDGT] [IFSR] (Linked To: ANDISHEH MEHVARAN INVESTMENT COMPANY).

PARSIAN CATALYST CHEMICAL COMPANY, Sixth Bahrevari Street, Zinc Special Town, 5 km of Bijar Road, Zanjan 453515357, Iran; Website www.catalistparsian.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 6181 (Iran) [SDGT] [IFSR] (Linked To: CALCIMIN).

PARSIAN OIL AND GAS DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

PARSIAN RAIL TRANSPORT DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

PARSIAN TECHNOLOGY SUPPORT COMPANY (a.k.a. RASTIN KHADAMAT PARSIAN COMPANY), Iran; Additional

Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

PARSIAN TOURISM AND RECREATIONAL CENTERS COMPANY (Arabic: شرکت سیاحتی و مراکز تفریحی پارسیان) (a.k.a. BONYAD TOURISM AND RECREATIONAL CENTERS HOLDING COMPANY; a.k.a. PARSIAN TOURISM, RECREATIONAL CENTERS, AND TRANSPORTATION HOLDING COMPANY (Arabic: هلدینگ سیاحتی، مراکز تفریحی و حمل و نقل پارسیان); a.k.a. SHERKATE SIAAHATI VA HAML-O-NAQLE PAARSIAN), Tehran, Tehran Province 1519611193, Iran; Website http://ptrco.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10104034520 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PARSIAN TOURISM, RECREATIONAL CENTERS, AND TRANSPORTATION HOLDING COMPANY (Arabic: هلدینگ سیاحتی، مراکز تفریحی و حمل و نقل پارسیان) (a.k.a. BONYAD TOURISM AND RECREATIONAL CENTERS HOLDING COMPANY; a.k.a. PARSIAN TOURISM AND RECREATIONAL CENTERS COMPANY (Arabic: شرکت سیاحتی و مراکز تفریحی پارسیان); a.k.a. SHERKATE SIAAHATI VA HAML-O-NAQLE PAARSIAN), Tehran, Tehran Province 1519611193, Iran; Website http://ptrco.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10104034520 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PARTHIA CARGO LLC, 1 AK 01, Jebel Ali South Zone, Jebel Ali Free Zone, Dubai, United Arab Emirates; Office 203, Bur Dubai, Souk Al Kabeer, Dubai, United Arab Emirates; P.O. Box: 33393, Dubai, United Arab Emirates; P.O. Box: 44439, Dubai, United Arab Emirates; Website www.parthiacargo.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Chamber of Commerce Number 56868 (United Arab Emirates); Registration Number 515161 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MAHAN AIR; Linked To: MAHDAVI, Amin).

PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU) (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI) (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

PARTIDUL SOR (f.k.a. RAVNOPRAVIE; a.k.a. SHOR PARTY), 36 Vasile Lupu Street, OF 326, Orhei, Moldova; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date Jun 1998; Organization Type: Activities of political organizations [RUSSIA-EO14024] (Linked To: SHOR, Ilan Mironovich).

PARTISANS OF ISLAMIC LAW (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

PARTIYA JIYANA AZAD A KURDISTANE (a.k.a. FREE LIFE PARTY OF KURDISTAN; a.k.a. KURDISTAN FREE LIFE PARTY; a.k.a. PARTY OF FREE LIFE OF KURDISTAN; a.k.a. PEJAK; a.k.a. PEZHAK; a.k.a. PJAK), Qandil Mountain, Irbil Governorate, Iraq; Razgah, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PARTIYA KARKERAN KURDISTAN (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI; a.k.a. KADEK; a.k.a. KGK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS; a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE; a.k.a. "HSK"; a.k.a. "KHK"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

PARTIZAN ARMS (a.k.a. PARTIZAN ARMS DOO; a.k.a. PARTIZAN TECH DOO; a.k.a. PARTIZAN TECH DOO BEOGRAD; a.k.a. PREDUZECE ZA TRGOVINU NA VELIKO I MALO PARTIZAN TECH DOO BEOGRAD-SAVSKI VENAC), Maglajska 19 11000, Beograd (Savski Venac), Serbia; Website www.partizanarms.rs; Registration ID 20125225 (Serbia); Tax ID No. 104260278 [GLOMAG] (Linked To: TESIC, Slobodan).

PARTIZAN ARMS DOO (a.k.a. PARTIZAN ARMS; a.k.a. PARTIZAN TECH DOO; a.k.a. PARTIZAN TECH DOO BEOGRAD; a.k.a. PREDUZECE ZA TRGOVINU NA VELIKO I MALO PARTIZAN TECH DOO BEOGRAD-SAVSKI VENAC), Maglajska 19 11000, Beograd (Savski Venac), Serbia; Website www.partizanarms.rs; Registration ID 20125225 (Serbia); Tax ID No. 104260278 [GLOMAG] (Linked To: TESIC, Slobodan).

PARTIZAN TECH DOO (a.k.a. PARTIZAN ARMS; a.k.a. PARTIZAN ARMS DOO; a.k.a. PARTIZAN TECH DOO BEOGRAD; a.k.a.

PREDUZECE ZA TRGOVINU NA VELIKO I MALO PARTIZAN TECH DOO BEOGRAD-SAVSKI VENAC), Maglajska 19 11000, Beograd (Savski Venac), Serbia; Website www.partizanarms.rs; Registration ID 20125225 (Serbia); Tax ID No. 104260278 [GLOMAG] (Linked To: TESIC, Slobodan).

PARTIZAN TECH DOO BEOGRAD (a.k.a. PARTIZAN ARMS; a.k.a. PARTIZAN ARMS DOO; a.k.a. PARTIZAN TECH DOO; a.k.a. PREDUZECE ZA TRGOVINU NA VELIKO I MALO PARTIZAN TECH DOO BEOGRAD-SAVSKI VENAC), Maglajska 19 11000, Beograd (Savski Venac), Serbia; Website www.partizanarms.rs; Registration ID 20125225 (Serbia); Tax ID No. 104260278 [GLOMAG] (Linked To: TESIC, Slobodan).

PARTO SANAT CO., 2417 Valiasr Ave., Next to 14th Street, Tehran 15178, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PARTY OF FREE LIFE OF KURDISTAN (a.k.a. FREE LIFE PARTY OF KURDISTAN; a.k.a. KURDISTAN FREE LIFE PARTY; a.k.a. PARTIYA JIYANA AZAD A KURDISTANE; a.k.a. PEJAK; a.k.a. PEZHAK; a.k.a. PJAK), Qandil Mountain, Irbil Governorate, Iraq; Razgah, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PARTY OF GOD (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

PARUTENCO, Neli (a.k.a. JARDAN, Neli; a.k.a. PARUTENKO, Nelli Alekseyevna (Cyrillic: ПАРУТЕНКО, Нелли Алексеевна)), Russia; DOB 21 Mar 1962; nationality Russia; alt. nationality Moldova; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 504322957620 (Russia) (individual) [RUSSIA-EO14024].

PARUTENKO, Nelli Alekseyevna (Cyrillic: ПАРУТЕНКО, Нелли Алексеевна) (a.k.a. JARDAN, Neli; a.k.a. PARUTENCO, Neli), Russia; DOB 21 Mar 1962; nationality Russia; alt. nationality Moldova; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 504322957620 (Russia) (individual) [RUSSIA-EO14024].

PARVAR, Hossein, Iran; DOB 21 Nov 1992; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [HRIT-IR] (Linked To: NET PEYGARD SAMAVAT COMPANY).

PASANDIDEH, Haydar (a.k.a. PASANDIDEH, Heidar (Arabic: حیدر پسندیده); a.k.a. PASANDIDEH, Heidar Mehdigholi (Arabic: حیدر مهدیقلی پسندیده); a.k.a. PASANDIDEH, Heider), Sanandaj, Iran; DOB 16 Jul 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2754291598 (Iran); Warden of Sanandaj Central Prison (individual) [IRAN-HR].

PASANDIDEH, Heidar (Arabic: حیدر پسندیده) (a.k.a. PASANDIDEH, Haydar; a.k.a. PASANDIDEH, Heidar Mehdigholi (Arabic: حیدر مهدیقلی پسندیده); a.k.a. PASANDIDEH, Heider), Sanandaj, Iran; DOB 16 Jul 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2754291598 (Iran); Warden of Sanandaj Central Prison (individual) [IRAN-HR].

PASANDIDEH, Heidar Mehdigholi (Arabic: حیدر مهدیقلی پسندیده) (a.k.a. PASANDIDEH, Haydar; a.k.a. PASANDIDEH, Heidar (Arabic: حیدر پسندیده); a.k.a. PASANDIDEH, Heider), Sanandaj, Iran; DOB 16 Jul 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2754291598 (Iran); Warden of Sanandaj Central Prison (individual) [IRAN-HR].

PASANDIDEH, Heider (a.k.a. PASANDIDEH, Haydar; a.k.a. PASANDIDEH, Heidar (Arabic: حیدر پسندیده); a.k.a. PASANDIDEH, Heidar

Mehdigholi (Arabic: حیدر مهدیقلی پسندیده)), Sanandaj, Iran; DOB 16 Jul 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2754291598 (Iran); Warden of Sanandaj Central Prison (individual) [IRAN-HR].

PASAR GAS COMPANY (Arabic: شرکت پاسار گاز), Number 113, Floor 2, Hovizeh Street, Marghab Street, Shahid Qandi-Nilufar, Central Section, Tehran, Tehran 1553616914, Iran; Organization Established Date 10 Jan 2010; National ID No. 10100483906 (Iran); Registration Number 12524 (Iran) [IRAN-EO13902] (Linked To: EMAMJOMEH, Seyed Asadoollah).

PASAR GAS NOVIN TRADING COMPANY (Arabic: شرکت بازرگانی پاسار گاز نوین), Number 1, Ground Floor, Vida Street, Hovizeh Street, Shahid Qandi-Nilufar, Central Section, Tehran, Tehran 1553613113, Iran; Organization Established Date 06 Oct 2001; National ID No. 10102214580 (Iran); Registration Number 179227 (Iran) [IRAN-EO13902] (Linked To: EMAMJOMEH, Seyed Asadoollah).

PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY (Arabic: شرکت فناوری اطلاعات و ارتباطات پاسارگاد آریان) (a.k.a. FANAP (Arabic: فناپ); a.k.a. FANAP HOLDING; a.k.a. FANAVARI ERTEBATAT PASARGAD ARYAN; a.k.a. SHERKAT-E FANAVARI ETALAAT VE ERTEBATAT PASARGAD ARIAN), No. 123, No-Avari 12 Alley, No-Avari Blvd, Pardis Technology Park, Pardis, Tehran Province 1657167183, Iran; No. 2, East Taban St., Nelson Mandela Blvd, Tehran, Iran; Website www.fanap.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Jan 2006; National ID No. 10103807145 (Iran); Registration Number 998 (Iran) [IRAN-EO13902] (Linked To: PASARGAD BANK).

PASARGAD ARYAN ARVAND INFORMATION AND COMMUNICATION TECHNOLOGY PROCESS COMPANY (a.k.a. ARVAND ARIAN PASARGAD COMMUNICATIONS AND INFORMATION TECHNOLOGY PAYMENT COMPANY (Arabic: شرکت پرداخت فناوری اطلاعات و ارتباطات پاسارگاد آرین اروند); a.k.a. FANAP TECH; a.k.a. SHERKAT-E PERDOKHT FANAVARI ETELAAT VE ERTEBATAT PASARGAD ARIAN ARVAND), No. 17, Shabboy East Alley, Saadat Abad, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005530711 (Iran); Registration Number 4334

(Iran) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

PASARGAD ARYAN INFORMATION TECHNOLOGY AND COMMUNICATION COMPANY (a.k.a. ARIAN PASARGAD COMMUNICATIONS AND INFORMATION TECHNOLOGY INFRASTRUCTURE COMPANY (Arabic: شرکت فناوری اطلاعات و ارتباطات زیرساخت پاسارگاد آریان); a.k.a. FANAP INFRASTRUCTURE; a.k.a. SHERKAT-E ZIR SAKHT FANAVARI ETELAAT VE ERTEBATAT PASARGAD ARIAN; a.k.a. ZIRSAKHT FANAVARI ETELAAT VA ERTEBATAT PASARGAD ARYAN), No. 11, Kish St., North Didar St., Haghani Highway, Tehran 1518846811, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102704476 (Iran); Registration Number 229347 (Iran) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

PASARGAD BANK (a.k.a. BANK PASARGAD; a.k.a. BANK-E PASARGAD), Valiasr St., Mirdamad St., No. 430, Tehran, Iran; No. 430, Mirdamad Ave, Tehran 19697774511, Iran; SWIFT/BIC BKBPIRTH; Website www.bpi.ir; alt. Website www.bankpasargad.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

PASARGAD CO (a.k.a. PASARGAD HELICOPTER COMPANY (Arabic: هلیکوپتری پاسارگاد پرواز کیش); a.k.a. PASARGAD PARVAZ KISH CO; a.k.a. PASARGAD PARVAZE KISH; a.k.a. "PHC"), 2nd and 3rd Floor, No. 10, Banisi St., Between Mirdamad Blvd. and Zafar Ave., Nelson Mandela Blvd., Tehran 7941963355, Iran; Pasargad Helicopter Hanger, Airside Area, Kish International Airport, Kish Island 1968874511, Iran; Unit 17, 4th Floor, Mona Tower, Kish Island, Iran; Ground Floor, Kish International Exhibition Building, No. 0, Imam Khomeini Square, Airport Boulevard, Kish Airport, Bandar Lengeh, Hormozgan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 06 May 2017; National ID No. 14006750018 (Iran); Registration Number 13360 (Iran) [NPWMD] [IFSR] (Linked To: IRAN HELICOPTER SUPPORT AND RENEWAL COMPANY).

PASARGAD ELECTRONIC PAYMENT SERVICES COMPANY (Arabic: شرکت خدمات پرداخت الکترونیک پاسارگاد), No. 123, Noavari 12 Alley, Pardis Technology Park, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103105417 (Iran); Registration Number 265088 (Iran) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

PASARGAD HELICOPTER COMPANY (Arabic: هلیکوپتری پاسارگاد پرواز کیش) (a.k.a. PASARGAD CO; a.k.a. PASARGAD PARVAZ KISH CO; a.k.a. PASARGAD PARVAZE KISH; a.k.a. "PHC"), 2nd and 3rd Floor, No. 10, Banisi St., Between Mirdamad Blvd. and Zafar Ave., Nelson Mandela Blvd., Tehran 7941963355, Iran; Pasargad Helicopter Hanger, Airside Area, Kish International Airport, Kish Island 1968874511, Iran; Unit 17, 4th Floor, Mona Tower, Kish Island, Iran; Ground Floor, Kish International Exhibition Building, No. 0, Imam Khomeini Square, Airport Boulevard, Kish Airport, Bandar Lengeh, Hormozgan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 06 May 2017; National ID No. 14006750018 (Iran); Registration Number 13360 (Iran) [NPWMD] [IFSR] (Linked To: IRAN HELICOPTER SUPPORT AND RENEWAL COMPANY).

PASARGAD PARVAZ KISH CO (a.k.a. PASARGAD CO; a.k.a. PASARGAD HELICOPTER COMPANY (Arabic: هلیکوپتری پاسارگاد پرواز کیش); a.k.a. PASARGAD PARVAZE KISH; a.k.a. "PHC"), 2nd and 3rd Floor, No. 10, Banisi St., Between Mirdamad Blvd. and Zafar Ave., Nelson Mandela Blvd., Tehran 7941963355, Iran; Pasargad Helicopter Hanger, Airside Area, Kish International Airport, Kish Island 1968874511, Iran; Unit 17, 4th Floor, Mona Tower, Kish Island, Iran; Ground Floor, Kish International Exhibition Building, No. 0, Imam Khomeini Square, Airport Boulevard, Kish Airport, Bandar Lengeh, Hormozgan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 06 May 2017; National ID No. 14006750018 (Iran); Registration Number 13360 (Iran) [NPWMD] [IFSR] (Linked To: IRAN HELICOPTER SUPPORT AND RENEWAL COMPANY).

PASARGAD PARVAZE KISH (a.k.a. PASARGAD CO; a.k.a. PASARGAD HELICOPTER COMPANY (Arabic: هلیکوپتری پاسارگاد پرواز کیش); a.k.a. PASARGAD PARVAZ KISH CO; a.k.a.

"PHC"), 2nd and 3rd Floor, No. 10, Banisi St., Between Mirdamad Blvd. and Zafar Ave., Nelson Mandela Blvd., Tehran 7941963355, Iran; Pasargad Helicopter Hanger, Airside Area, Kish International Airport, Kish Island 1968874511, Iran; Unit 17, 4th Floor, Mona Tower, Kish Island, Iran; Ground Floor, Kish International Exhibition Building, No. 0, Imam Khomeini Square, Airport Boulevard, Kish Airport, Bandar Lengeh, Hormozgan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 06 May 2017; National ID No. 14006750018 (Iran); Registration Number 13360 (Iran) [NPWMD] [IFSR] (Linked To: IRAN HELICOPTER SUPPORT AND RENEWAL COMPANY).

PASARGAD STEEL COMPLEX (a.k.a. PASARGAD STEEL ZOB INDUSTRIAL COMPLEX; a.k.a. ZOBE AHAN PASARGAD INDUSTRY COMPLEX COMPANY; a.k.a. "PASCO"), No. 3, Nasim Alley, Movahed Danesh St., Aghdasieh, Tehran, Iran; West Atefi Street 33, Africa Avenue, Tehran, Iran; Website www.pascosteel.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 218641 (Iran) [IRAN-EO13871].

PASARGAD STEEL ZOB INDUSTRIAL COMPLEX (a.k.a. PASARGAD STEEL COMPLEX; a.k.a. ZOBE AHAN PASARGAD INDUSTRY COMPLEX COMPANY; a.k.a. "PASCO"), No. 3, Nasim Alley, Movahed Danesh St., Aghdasieh, Tehran, Iran; West Atefi Street 33, Africa Avenue, Tehran, Iran; Website www.pascosteel.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 218641 (Iran) [IRAN-EO13871].

PASBAN-E-AHLE-HADITH (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-

DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

PASBAN-E-KASHMIR (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR;

a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

PASCHE, Jacques, Switzerland; DOB 1955; nationality Switzerland; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: MILUR SA).

PASDARAN (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN) (a.k.a. AL QODS; a.k.a. IRGC-QF; a.k.a. IRGC-QUDS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; a.k.a. ISLAMIC

REVOLUTIONARY GUARD CORPS-QODS FORCE; a.k.a. JERUSALEM FORCE; a.k.a. QODS (JERUSALEM) FORCE OF THE IRGC; a.k.a. QODS FORCE; a.k.a. QUDS FORCE; a.k.a. SEPAH-E QODS; a.k.a. SEPAH-E QODS (JERUSALEM FORCE)), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] [ELECTION-EO13848].

PASDARAN-E INQILAB (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

PASDARN-E ENGHELAB-E ISLAMI (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. REVOLUTIONARY GUARD; a.k.a.

REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

PASECHNIK, Leonid Ivanovich (Cyrillic: ПАСІЧНИК, Леонід Іванович; Cyrillic: ПАСЕЧНИК, Леонид Иванович) (a.k.a. PASECHNYK, Leonid; a.k.a. PASICHNIK, Leonid Ivanovich; a.k.a. PASICHNYK, Leonid Ivanovych), 7 30-Letiya Pobedy St., Apt.90, Luhansk, Luhansk region, Ukraine; DOB 15 Mar 1970; nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2564117759 (Ukraine) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

PASECHNYK, Leonid (a.k.a. PASECHNIK, Leonid Ivanovich (Cyrillic: ПАСІЧНИК, Леонід Іванович; Cyrillic: ПАСЕЧНИК, Леонид Иванович); a.k.a. PASICHNIK, Leonid Ivanovich; a.k.a. PASICHNYK, Leonid Ivanovych), 7 30-Letiya Pobedy St., Apt.90, Luhansk, Luhansk region, Ukraine; DOB 15 Mar 1970; nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2564117759 (Ukraine) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

PASHAEV, Dzhamaldin Emirmagomedovich (Cyrillic: ПАШАЕВ, ДЖАМАЛДИН ЭМИРМАГОМЕДОВИЧ) (a.k.a. PASHAEV, Jamaldin), Russia; DOB 10 Mar 1966; POB S. Akhty, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 75310706 (Russia) expires 19 Aug 2026; National ID No. 8210968204 (Russia); Tax ID No.

050401178868 (Russia) (individual) [RUSSIA-EO14024].

PASHAEV, Jamaldin (a.k.a. PASHAEV, Dzhamaldin Emirmagomedovich (Cyrillic: ПАШАЕВ, ДЖАМАЛДИН ЭМИРМАГОМЕДОВИЧ)), Russia; DOB 10 Mar 1966; POB S. Akhty, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 75310706 (Russia) expires 19 Aug 2026; National ID No. 8210968204 (Russia); Tax ID No. 050401178868 (Russia) (individual) [RUSSIA-EO14024].

PASHKOV, Vladimir Igorevich, Russia; Ukraine; DOB 1961; POB Bratsk, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC; Linked To: LUHANSK PEOPLE'S REPUBLIC).

PASICHNIK, Leonid Ivanovich (a.k.a. PASECHNIK, Leonid Ivanovich (Cyrillic: ПАСІЧНИК, Леонід Іванович; Cyrillic: ПАСЕЧНИК, Леонид Иванович); a.k.a. PASECHNYK, Leonid; a.k.a. PASICHNYK, Leonid Ivanovych), 7 30-Letiya Pobedy St., Apt.90, Luhansk, Luhansk region, Ukraine; DOB 15 Mar 1970; nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2564117759 (Ukraine) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

PASICHNYK, Leonid Ivanovych (a.k.a. PASECHNIK, Leonid Ivanovich (Cyrillic: ПАСІЧНИК, Леонід Іванович; Cyrillic: ПАСЕЧНИК, Леонид Иванович); a.k.a. PASECHNYK, Leonid; a.k.a. PASICHNIK, Leonid Ivanovich), 7 30-Letiya Pobedy St., Apt.90, Luhansk, Luhansk region, Ukraine; DOB 15 Mar 1970; nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2564117759 (Ukraine) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

PASIT, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO PASIT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПАСИТ)), Avenue Leninsky, Building 30, Premise IA,

Moscow 11934, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736185530 (Russia) [RUSSIA-EO14024].

PASK (a.k.a. PARS AMAYESH SANAAT KISH; a.k.a. VACUUM KARAN; a.k.a. VACUUM KARAN CO.; a.k.a. VACUUMKARAN), 3rd Floor, No. 6, East 2nd, North Kheradmand, Karimkhan Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PASKAL LLC (a.k.a. PASKAL OOO (Cyrillic: ООО ПАСКАЛЬ)), Ul. Smirnovskaya D. 10, Str. 8 Kabinet 12, Moscow 109052, Russia (Cyrillic: Ул. Смирновская д. 10, стр. 8 каб. 12, Москва 109052, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Apr 2015; Tax ID No. 7725269347 (Russia); Registration Number 1157746322370 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

PASKAL OOO (Cyrillic: ООО ПАСКАЛЬ) (a.k.a. PASKAL LLC), Ul. Smirnovskaya D. 10, Str. 8 Kabinet 12, Moscow 109052, Russia (Cyrillic: Ул. Смирновская д. 10, стр. 8 каб. 12, Москва 109052, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Apr 2015; Tax ID No. 7725269347 (Russia); Registration Number 1157746322370 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

PASLER, Denis Vladimirovich (Cyrillic: ПАСЛЕР, Денис Владимирович), Orenburg, Russia; DOB 29 Oct 1978; POB Severouralsk, Sverdlovsk region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 663103035975 (Russia) (individual) [RUSSIA-EO14024].

PASMACIU, Xhemail (a.k.a. NDROQI, Ylli Bahri; a.k.a. PASMACIU, Xhemal), Tirana, Albania; DOB 11 Mar 1965; POB Tirana, Albania; nationality Albania; Gender Male (individual) [BALKANS-EO14033].

PASMACIU, Xhemal (a.k.a. NDROQI, Ylli Bahri; a.k.a. PASMACIU, Xhemail), Tirana, Albania; DOB 11 Mar 1965; POB Tirana, Albania; nationality Albania; Gender Male (individual) [BALKANS-EO14033].

PASNA (a.k.a. FARAZ TEGARAT ERTEBAT COMPANY; a.k.a. PARDAZAN SYSTEM HOUSES ARMAN; a.k.a. PARDAZAN SYSTEM NAMAD ARMAN; a.k.a. PASNA INDUSTRY

CO.; a.k.a. PASNA INTERNATION TRADING CO.; a.k.a. POUYAN ELECTRONIC CO.; a.k.a. SINO TRADER COMPANY), Number 8, Unit 14, Tavana Building, Khan Babaei Alley, Nik Zare Street, Akbari Street, Ashrafti Esfahani Avenue, Tehran, Iran; Ghodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Monacoheri St., Saadi St., Tehran, Iran; Sa'di St., Manoucohehri St., Goodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Tehran, Iran; Website http://www.pasnaindustry.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PASNA INDUSTRY CO. (a.k.a. FARAZ TEGARAT ERTEBAT COMPANY; a.k.a. PARDAZAN SYSTEM HOUSES ARMAN; a.k.a. PARDAZAN SYSTEM NAMAD ARMAN; a.k.a. PASNA; a.k.a. PASNA INTERNATION TRADING CO.; a.k.a. POUYAN ELECTRONIC CO.; a.k.a. SINO TRADER COMPANY), Number 8, Unit 14, Tavana Building, Khan Babaei Alley, Nik Zare Street, Akbari Street, Ashrafti Esfahani Avenue, Tehran, Iran; Ghodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Monacoheri St., Saadi St., Tehran, Iran; Sa'di St., Manoucohehri St., Goodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Tehran, Iran; Website http://www.pasnaindustry.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PASNA INTERNATION TRADING CO. (a.k.a. FARAZ TEGARAT ERTEBAT COMPANY; a.k.a. PARDAZAN SYSTEM HOUSES ARMAN; a.k.a. PARDAZAN SYSTEM NAMAD ARMAN; a.k.a. PASNA; a.k.a. PASNA INDUSTRY CO.; a.k.a. POUYAN ELECTRONIC CO.; a.k.a. SINO TRADER COMPANY), Number 8, Unit 14, Tavana Building, Khan Babaei Alley, Nik Zare Street, Akbari Street, Ashrafti Esfahani Avenue, Tehran, Iran; Ghodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Monacoheri St., Saadi St., Tehran, Iran; Sa'di St., Manoucohehri St., Goodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Tehran, Iran; Website http://www.pasnaindustry.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PASNA INTERNATIONAL GROUP SND. BHD, No. 42, Jalan Wira 4, Taman Maluri, Kuala Lumpur, Wilayah Persekutuan 55100, Malaysia; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Oct 2011; Company Number 201101036156 (Malaysia) [NPWMD] [IFSR]

(Linked To: PARDAZAN SYSTEM NAMAD ARMAN).

PASSADA MARITIME LIMITED, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 18 Aug 2022; Identification Number IMO 6346637; Registration Number 115822 (Marshall Islands) [IRAN-EO13902].

PATEK, Omar (a.k.a. ARSALAN, Mike; a.k.a. BIN ZEIN, Hisyam; a.k.a. JAFAR, Anis Alawi; a.k.a. KECIL, Umar; a.k.a. PATEK, Umar; a.k.a. "AL ABU SYEKH AL ZACKY"; a.k.a. "PAK TAEK"; a.k.a. "PA'TEK"; a.k.a. "UMANGIS MIKE"); DOB 20 Jul 1966; POB Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

PATEK, Umar (a.k.a. ARSALAN, Mike; a.k.a. BIN ZEIN, Hisyam; a.k.a. JAFAR, Anis Alawi; a.k.a. KECIL, Umar; a.k.a. PATEK, Omar; a.k.a. "AL ABU SYEKH AL ZACKY"; a.k.a. "PAK TAEK"; a.k.a. "PA'TEK"; a.k.a. "UMANGIS MIKE"); DOB 20 Jul 1966; POB Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

PATEL, Pankaj Nagjibhai, United Arab Emirates; Kolkata, India; DOB 15 Aug 1971; POB Khopala, India; alt. POB Gujarat, India; nationality India; Gender Male; Passport Z5781529 (India) expires 16 Oct 2029; Identification Number 01098879 (India); Residency Number 784-1971-5376437-4 (United Arab Emirates) expires 06 Jul 2022 (individual) [IRAN-EO13902] (Linked To: TEODOR SHIPPING L.L.C).

PATINO FOMEQUE, Victor Hugo (a.k.a. PATINO FOMEQUE, Victor Julio), Avenida 4N No. 10N-100, Cali, Colombia; c/o INDUSTRIA DE PESCA SOBRE EL PACIFICO S.A., Buenaventura, Colombia; c/o TAURA S.A., Cali, Colombia; c/o GALAPAGOS S.A., Cali, Colombia; DOB 31 Jan 1959; Cedula No. 16473543 (Colombia) (individual) [SDNT].

PATINO FOMEQUE, Victor Julio (a.k.a. PATINO FOMEQUE, Victor Hugo), Avenida 4N No. 10N-100, Cali, Colombia; c/o INDUSTRIA DE PESCA SOBRE EL PACIFICO S.A., Buenaventura, Colombia; c/o TAURA S.A., Cali, Colombia; c/o GALAPAGOS S.A., Cali, Colombia; DOB 31 Jan 1959; Cedula No. 16473543 (Colombia) (individual) [SDNT].

PATINO RESTREPO, Carlos Arturo (a.k.a. "PATE MURO"; a.k.a. "PATEMURO"), c/o COMERCIALIZADORA DE CAFE DEL OCCIDENTE CODECAFE LTDA., Pereira, Risaralda, Colombia; c/o INVERSIONES MACARNIC PATINO Y CIA S.C.S., Pereira, Risaralda, Colombia; Calle 20 No. 6-30, Ofc. 1304, Pereira, Risaralda, Colombia; Carrera 8-21, Viterbo, Caldas, Colombia; DOB 27 Apr 1964; POB La Virginia, Risaralda, Colombia; nationality Colombia; citizen Colombia; Cedula No. 9991679 (Colombia); Passport 9991679 (Colombia); alt. Passport AF186124 (Colombia); alt. Passport AC455469 (Colombia); alt. Passport PO69381 (Colombia) (individual) [SDNT].

PATRACA, S.A. DE C.V. (a.k.a. BOUTIQUE PATRACA), Calle Miguel Hgo No. 302, Col. Centro, Culiacan, Sinaloa, Mexico; Ave. Alvaro Obregon No. 1800, 74M, Col. Colinas de San Miguel, Culiacan, Sinaloa 80228, Mexico; Col. Proyecto Urbano Tres Rios, Culiacan, Sinaloa, Mexico; Calle Benito Juarez, No. 302, Col. Centro, Culiacan, Sinaloa, Mexico; Calle Benito Juarez 302 A altos S/N, Col. Centro, Culiacan, Sinaloa, Mexico; Alvaro Obregon y Cerro de Montelargo Local 74M, 75M, 76M, 7 Colinas de San Miguel, Culiacan 80228, Mexico; Ave Alvaro Obregon No. 1800, 74M, Col. Colinas de San Miguel, Culiacan, Sinaloa 80228, Mexico; Cll Jose Diego Valadez Rios 16, Plaza Patraca PB-24, Proyecto Urbano Tres Rios, Culiacan Rosales, Culiacan 80000, Mexico; Cll Jose Diego Valadez Rios 16, Plaza Patraca PB-16, Proyecto Urbano Tres Rios, Culiacan Rosales, Culiacan 80000, Mexico; Cll Jose Diego Valadez Rios 16, Plaza Patraca PB-39, Proyecto Urbano Tres Rios, Culiacan Rosales, Culiacan 80000, Mexico; Cll Jose Diego Valadez Rios No. 1676, Col. Proyecto Urbano Tres Rios, Culiacan, Sinaloa 80000, Mexico; Cll Jose Diego Valadez Rios No. 1676, 16, Col. Proyecto Urbano Tres Rios, Culiacan, Sinaloa 80000, Mexico; Avenida Jose Maria Morelos 302 Pte, Local 3, Col. Sector Culiacan Centro, Culiacan, Sinaloa 80000, Mexico; R.F.C. PAT040318GF7 (Mexico) [SDNTK].

PATRIOT INSURANCE BROKERS CO. LTD, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

PATRIOT PRIVATE MILITARY COMPANY (a.k.a. "PATRIOT PMC" (Cyrillic: "ЧВК ПАТРИОТ")), Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2018;

Organization Type: Defense activities; Target Type Private Company [RUSSIA-EO14024].

PATRUSHEV, Andrey (Cyrillic: ПАТРУШЕВ, Андрей), St. Petersburg, Russia; DOB 1981; POB Saint Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PATRUSHEV, Nikolai Platonovich).

PATRUSHEV, Nikolai (a.k.a. PATRUSHEV, Nikolai Platonovich (Cyrillic: ПАТРУШЕВ, Николай Платонович)), Moscow, Russia; DOB 11 Jul 1951; POB St. Petersburg, Russian Federation; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

PATRUSHEV, Nikolai Platonovich (Cyrillic: ПАТРУШЕВ, Николай Платонович) (a.k.a. PATRUSHEV, Nikolai), Moscow, Russia; DOB 11 Jul 1951; POB St. Petersburg, Russian Federation; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

PATTNI, Kamlesh Mansukhlal Damji, United Arab Emirates; DOB 12 Mar 1965; POB Mombasa, Kenya; nationality Kenya; alt. nationality United Kingdom; Gender Male; Passport CK23926 (Kenya) expires 11 Mar 2029 (individual) [GLOMAG].

PATTNI, Mishaal Hitesh, United Arab Emirates; DOB 11 Aug 1991; nationality Kenya; Gender Male; Passport CK49589 (Kenya) expires 20 Nov 2029 (individual) [GLOMAG] (Linked To: PATTNI, Kamlesh Mansukhlal Damji).

PAUL AD SONS TRADING FZE (Arabic: باول اي دي سونز تريدينغ م م ح) (a.k.a. "PAUL AD SONS FZCO"), P1-ELOB Office No. E2-116F-47, Sharjah, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Sep 2022; Registration Number 23371 (United Arab Emirates); Economic Register Number (CBLS) 11941370 (United Arab Emirates) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

PAULENKA, Uladzislau Mikalaevych (Cyrillic: ПАЎЛЕНКА, Уладзіслаў Мікалаевіч) (a.k.a. PAVLENKO, Vladislav Nikolaevich (Cyrillic: ПАВЛЕНКО, Владислав Николаевич)), 66L, Apt. 31, Pravdy St., Vitebsk, Belarus; DOB 11 Apr 1993; POB Belarus; nationality Belarus; Gender Male; Passport BM2519180 (Belarus) expires 30 Mar 2028; National ID No. 3110493H047PB9 (Belarus) (individual) [BELARUS-EO14038].

PAULICHENKA, Dmitri Valeryevich (a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAULICHENKA, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAULICHENKA, Dmitri Vasilyevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAULICHENKA, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAULICHENKA, Dmitry Valeryevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAULICHENKA, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAULICHENKA, Dmitry Vasilyevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAULICHENKA, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAULICHENKA, Dzmitry Valeryevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a.

PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAULICHENKA, Dzmitry Vasilyevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAURA, Jorge Alejandro (a.k.a. "LARRY"), Buenos Aires, Argentina; DOB 31 Oct 1967; POB Buenos Aires, Argentina; nationality Argentina; Gender Male; Passport AAB376848 (Argentina); D.N.I. 18580686 (Argentina); C.U.I.T. 20185806864 (Argentina) (individual) [SDNTK] (Linked To: BAJER S.R.L.; Linked To: HIGH NUTRITION SOCIEDAD DE RESPONSABILIDAD LIMITADA).

PAURA, Lucas Daniel, Buenos Aires, Argentina; DOB 04 Jan 1988; POB Buenos Aires, Argentina; nationality Argentina; Gender Male; Passport 33533978N (Argentina); D.N.I. 33533978 (Argentina) (individual) [SDNTK].

PAVKOVIC, Nebojsa; DOB 10 Apr 1946; alt. DOB 16 Apr 1946; POB Senjski Rudnik, Serbia and Montenegro; Ex-VJ Chief of Staff (individual) [BALKANS].

PAVLENKO, Vladimir Nikolaevich (Cyrillic: ПАВЛЕНКО, Владимир Николаевич) (a.k.a. PAVLENKO, Vladimir Viktorovich (Cyrillic: ПАВЛЕНКО, Владимир Викторович); a.k.a.

PAVLENKO, Volodymyr Mykolaiovych; a.k.a. PAVLENKO, Volodymyr Viktorovich (Cyrillic: ПАВЛЕНКО, Володимир Вікторович)), Donetsk, Donetsk Oblast, Ukraine; DOB 14 Apr 1962; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Minister of State Security of the so-called Donetsk People's Republic (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

PAVLENKO, Vladimir Viktorovich (Cyrillic: ПАВЛЕНКО, Владимир Викторович) (a.k.a. PAVLENKO, Vladimir Nikolaevich (Cyrillic: ПАВЛЕНКО, Владимир Николаевич); a.k.a. PAVLENKO, Volodymyr Mykolaiovych; a.k.a. PAVLENKO, Volodymyr Viktorovich (Cyrillic: ПАВЛЕНКО, Володимир Вікторович)), Donetsk, Donetsk Oblast, Ukraine; DOB 14 Apr 1962; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Minister of State Security of the so-called Donetsk People's Republic (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

PAVLENKO, Vladislav Nikolaevich (Cyrillic: ПАВЛЕНКО, Владислав Николаевич) (a.k.a. PAULENKA, Uladzislau Mikalaevych (Cyrillic: ПАЎЛЕНКА, Уладзіслаў Мікалаевіч)), 66L, Apt. 31, Pravdy St., Vitebsk, Belarus; DOB 11 Apr 1993; POB Belarus; nationality Belarus; Gender Male; Passport BM2519180 (Belarus) expires 30 Mar 2028; National ID No. 3110493H047PB9 (Belarus) (individual) [BELARUS-EO14038].

PAVLENKO, Volodymyr Mykolaiovych (a.k.a. PAVLENKO, Vladimir Nikolaevich (Cyrillic: ПАВЛЕНКО, Владимир Николаевич); a.k.a. PAVLENKO, Vladimir Viktorovich (Cyrillic: ПАВЛЕНКО, Владимир Викторович); a.k.a. PAVLENKO, Volodymyr Viktorovich (Cyrillic: ПАВЛЕНКО, Володимир Вікторович)), Donetsk, Donetsk Oblast, Ukraine; DOB 14 Apr 1962; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Minister of State Security of the so-called Donetsk People's Republic (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

PAVLENKO, Volodymyr Viktorovich (Cyrillic: ПАВЛЕНКО, Володимир Вікторович) (a.k.a. PAVLENKO, Vladimir Nikolaevich (Cyrillic: ПАВЛЕНКО, Владимир Николаевич); a.k.a.

PAVLENKO, Vladimir Viktorovich (Cyrillic: ПАВЛЕНКО, Владимир Викторович); a.k.a. PAVLENKO, Volodymyr Mykolaiovych), Donetsk, Donetsk Oblast, Ukraine; DOB 14 Apr 1962; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Minister of State Security of the so-called Donetsk People's Republic (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

PAVLICHENKO, Dmitri Valeryevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAULICHENKA, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAVLICHENKO, Dmitri Vasilyevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAULICHENKA, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAVLICHENKO, Dmitry Valeryevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAULICHENKA, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAVLICHENKO, Dmitry Vasilyevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAULICHENKA, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAVLICHENKO, Dzmitry Valeryevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAULICHENKA, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a.

PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAVLICHENKO, Dzmitry Vasilyevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAULICHENKA, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAVLIUCHENKO, Dmitri Valeryevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAULICHENKA, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAVLIUCHENKO, Dmitri Vasilyevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAULICHENKA, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAVLIUCHENKO, Dmitry Valeryevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAULICHENKA, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAVLIUCHENKO, Dmitry Vasilyevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAULICHENKA, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a.

PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAVLIUCHENKO, Dzmitry Valeryevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAULICHENKA, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAVLIUCHENKO, Dzmitry Vasilyevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAULICHENKA, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAVLOV, Andrei (a.k.a. PAVLOV, Andrei Alexeyevich; a.k.a. PAVLOV, Andrey; a.k.a. PAVLOV, Andrey Aleksandrovich); DOB 07 Aug 1977; nationality Russia; Gender Male (individual) [MAGNIT].

PAVLOV, Andrei Alexeyevich (a.k.a. PAVLOV, Andrei; a.k.a. PAVLOV, Andrey; a.k.a. PAVLOV, Andrey Aleksandrovich); DOB 07 Aug 1977; nationality Russia; Gender Male (individual) [MAGNIT].

PAVLOV, Andrey (a.k.a. PAVLOV, Andrei; a.k.a. PAVLOV, Andrei Alexeyevich; a.k.a. PAVLOV, Andrey Aleksandrovich); DOB 07 Aug 1977; nationality Russia; Gender Male (individual) [MAGNIT].

PAVLOV, Andrey Aleksandrovich (a.k.a. PAVLOV, Andrei; a.k.a. PAVLOV, Andrei Alexeyevich; a.k.a. PAVLOV, Andrey); DOB 07 Aug 1977; nationality Russia; Gender Male (individual) [MAGNIT].

PAVLOV, Vadim Alekseevich, Russia; DOB 05 Dec 1977; POB Kalinkovichi, Gomel Oblast, Belarus; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

PAVLOV, Vladimir Victorovich (Cyrillic: ПАВЛОВ, Владимир Викторович), Russia; DOB 01 Jun 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PAVLOVA, Margarita Nikolayevna (Cyrillic: ПАВЛОВА, Маргарита Николаевна), Russia; DOB 22 Jan 1979; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PAVLYUK, Mikhail Ilyich (Cyrillic: ПАВЛЮК, Михаил Ильич), Armenia; Russia; DOB 16 Nov 1966; POB Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: MILUR ELECTRONICS LLC).

PAWELL SHIPPING CO LLP, Unit 111247, Ground Floor, 30 Bloomsbury St., London WC1B 3QJ, United Kingdom; Ofis 208, ul Kayani 18, Rostov-na-Donu, Rostov 344019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Jul 2019; Registration Number OC428060 (United Kingdom) [RUSSIA-EO14024].

PAWLOWSKA HANAFIN, Katarzyna Ewa (a.k.a. PAWLOWSKA HANAFIN, Katerina; a.k.a. PAWLOWSKA, Katarzyna Ewa; a.k.a. PAWLOWSKA, Katerina), United Arab Emirates; DOB 28 Mar 1977; POB Strzelin, Poland; nationality Poland; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport EM72894310 (Poland) expires 03 Nov 2027; alt. Passport EG3429510 (Poland) expires 17 Mar 2024 (individual) [RUSSIA-EO14024] (Linked To: HURIYA PRIVATE FZE LLE; Linked To: HANAFIN, John Desmond).

PAWLOWSKA HANAFIN, Katerina (a.k.a. PAWLOWSKA HANAFIN, Katarzyna Ewa; a.k.a. PAWLOWSKA, Katarzyna Ewa; a.k.a. PAWLOWSKA, Katerina), United Arab Emirates; DOB 28 Mar 1977; POB Strzelin, Poland; nationality Poland; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport EM72894310 (Poland) expires 03 Nov 2027; alt. Passport EG3429510 (Poland) expires 17 Mar 2024 (individual) [RUSSIA-EO14024] (Linked To: HURIYA PRIVATE FZE LLE; Linked To: HANAFIN, John Desmond).

PAWLOWSKA, Katarzyna Ewa (a.k.a. PAWLOWSKA HANAFIN, Katarzyna Ewa; a.k.a. PAWLOWSKA HANAFIN, Katerina; a.k.a. PAWLOWSKA, Katerina), United Arab Emirates; DOB 28 Mar 1977; POB Strzelin, Poland; nationality Poland; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport EM72894310 (Poland) expires 03 Nov 2027; alt. Passport EG3429510 (Poland) expires 17 Mar 2024 (individual) [RUSSIA-EO14024] (Linked To: HURIYA PRIVATE FZE LLE; Linked To: HANAFIN, John Desmond).

PAWLOWSKA, Katerina (a.k.a. PAWLOWSKA HANAFIN, Katarzyna Ewa; a.k.a. PAWLOWSKA HANAFIN, Katerina; a.k.a. PAWLOWSKA, Katarzyna Ewa), United Arab Emirates; DOB 28 Mar 1977; POB Strzelin, Poland; nationality Poland; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport EM72894310 (Poland) expires 03 Nov 2027; alt. Passport EG3429510 (Poland) expires 17 Mar 2024 (individual) [RUSSIA-EO14024] (Linked To:

HURIYA PRIVATE FZE LLE; Linked To: HANAFIN, John Desmond).

PAYA PARTOV CO., No. 128 - Mahestan, 7th Street, Iran Zamin Ave., San'at Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PAYA SAMAN PARS (Arabic: پایا سامان پارس) (a.k.a. PAYA SAMAN PARS COMPANY (Arabic: شرکت پایا سامان پارس)), 10th Floor, Central Building, Mostazafan Foundation, toward Africa Blvd, Resalat Highway, Tehran, Iran; Website http://www.payasamanpars.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103464995 (Iran); Registration Number 308460 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PAYA SAMAN PARS COMPANY (Arabic: شرکت پایا سامان پارس) (a.k.a. PAYA SAMAN PARS (Arabic: پایا سامان پارس)), 10th Floor, Central Building, Mostazafan Foundation, toward Africa Blvd, Resalat Highway, Tehran, Iran; Website http://www.payasamanpars.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103464995 (Iran); Registration Number 308460 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PAYA SANAT SINA (a.k.a. BONYAD IMPORT AND EXPORT CO; a.k.a. GOSTARESH PAYA SANAT SINA; a.k.a. GOSTARESH PAYASANAT SINA HOLDING; a.k.a. SINA PAYA SANAT DEVELOPMENT CO. (Arabic: شرکت گسترش پایا صنعت سینا); a.k.a. SINA PAYA SANAT DEVELOPMENT COMPANY PJS; a.k.a. SINA PAYA SANAT GOSTARESH CO.; a.k.a. SINA SANAT PAYA DEVELOPMENT COMPANY; a.k.a. "SINAPAD"), Unit 61, 3rd Km Karaj Special Road, Tehran, Iran; No. 42, 17th Street, Gandhi Avenue, Tehran, Iran; Website http://www.sinapad.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101236358 (Iran); Registration Number 78804 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PAYAN AVARAN OMRAN (a.k.a. ERTEBATE EGHTESSADE MONIR; a.k.a. NEGIN PARTO; a.k.a. NEGIN PARTO KHAVAR; a.k.a. NEGIN PARTO KHAVAR CO. LTD.), Fatmi Gharabi Street, between Sindokht and Etemad Zadeh, Block 307, Floor 3, Unit 7, Tehran 1411816191, Iran; Unit 7, No. 279 West Fatemi Street, Tehran 1411816191, Iran; Additional Sanctions

Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PAYAN MERAZ, Juana, Mexico; DOB 08 Mar 1974; POB Badiraguato, Sinaloa, Mexico; nationality Mexico; Gender Female; C.U.R.P. PAMJ740308MSLYRN17 (Mexico) (individual) [SDNTK].

PAYAN MERAZ, Raul, Mexico; DOB 30 Jun 1975; POB Guasave, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. PAMR750630HSLYRL06 (Mexico) (individual) [SDNTK].

PAYANDAN (Arabic: پایندان) (a.k.a. PAYANDAN CO.; a.k.a. PAYANDAN COMPANY), #2, North Bakeri Highway, West Hakim Highway, Tehran, Tehran, Iran; West Hakim Expressway - Bakeri St. -  No. 2, Tehran, Iran; Website www.payandan.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100665370 (Iran); Registration Number 20990 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PAYANDAN CO. (a.k.a. PAYANDAN (Arabic: پایندان); a.k.a. PAYANDAN COMPANY), #2, North Bakeri Highway, West Hakim Highway, Tehran, Tehran, Iran; West Hakim Expressway - Bakeri St. -  No. 2, Tehran, Iran; Website www.payandan.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100665370 (Iran); Registration Number 20990 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PAYANDAN COMPANY (a.k.a. PAYANDAN (Arabic: پایندان); a.k.a. PAYANDAN CO.), #2, North Bakeri Highway, West Hakim Highway, Tehran, Tehran, Iran; West Hakim Expressway - Bakeri St. -  No. 2, Tehran, Iran; Website www.payandan.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100665370 (Iran); Registration Number 20990 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PAYANDEH JAAM ELECTRICITY ENERGY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

PAYDAR, Aman Ilah (a.k.a. AMANOLLAH, Paydar Mohammad; a.k.a. PAIDAR, Amanallah (Arabic: امان اله پایدار); a.k.a. PAYDAR, Amanollah; a.k.a. "AMIRI, Ahmad"; a.k.a. "AZARIAN, Amin"; a.k.a. "MURAT, Rajib"), Iran; DOB 08 Nov 1958; POB Rudsar, Iran;

nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2690705257 (Iran) (individual) [NPWMD] [IFSR] (Linked To: DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER).

PAYDAR, Amanollah (a.k.a. AMANOLLAH, Paydar Mohammad; a.k.a. PAIDAR, Amanallah (Arabic: امان اله پایدار); a.k.a. PAYDAR, Aman Ilah; a.k.a. "AMIRI, Ahmad"; a.k.a. "AZARIAN, Amin"; a.k.a. "MURAT, Rajib"), Iran; DOB 08 Nov 1958; POB Rudsar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2690705257 (Iran) (individual) [NPWMD] [IFSR] (Linked To: DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER).

PAYKIN, Boris Romanovich (Cyrillic: ПАЙКИН, Борис Романович), Russia; DOB 26 Mar 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PAYLINK LIMITED, Ul. 2-Ya Entuziastov D. 5, K. 40, Pomeshch. 3/2, Vn. Ter. G. Munitsipalnyy Okrug Perovo, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 10 Oct 2024; Tax ID No. 7720938259 (Russia); Registration Number 1247700672427 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PAYVAR ANDISH, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

PAZARGAD NON INDUSTRIAL OPERATION COMPANY (a.k.a. NON-INDUSTRIAL OPERATION SERVICES PAZARGAD; a.k.a. PAZARGAD NON-INDUSTRIAL OPERATIONS CO.), Complex of Petrochemical Projects, Triangular Site, P.O. Box 9531795616, Assaluyeh, Bushehr, Iran; Khalid Islumboli Street, Fifth Alley, No. 22, Second Floor, Tehran 1513643911, Iran; Website www.pazargad.org; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PAZARGAD NON-INDUSTRIAL OPERATIONS CO. (a.k.a. NON-INDUSTRIAL OPERATION SERVICES PAZARGAD; a.k.a. PAZARGAD

NON INDUSTRIAL OPERATION COMPANY), Complex of Petrochemical Projects, Triangular Site, P.O. Box 9531795616, Assaluyeh, Bushehr, Iran; Khalid Islumboli Street, Fifth Alley, No. 22, Second Floor, Tehran 1513643911, Iran; Website www.pazargad.org; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PB SADR CONSTRUCTION COMPANY (a.k.a. P.B. SADR CO.; a.k.a. PARS BANAYE SADR CONSTRUCTION COMPANY; a.k.a. PARS BANAYE SADR INDUSTRIAL CONSTRUCTION COMPANY PJS; a.k.a. PARS BANAYE SADR INDUSTRIES COMPANY; a.k.a. SHERKATE SANATI OMRANI PARS BANAYE SADR; a.k.a. "PARS BANA SADR"; a.k.a. "PBS CONSTRUCTION CO"; a.k.a. "PBS CONSTRUCTION COMPANY"), No. 13, 1st Koohestan Ave., Pasdaran Street, Tehran, Iran; No. 17 Koohestan 1, Pasdaran Street, Tehran 1958833951, Iran; Website www.pars-bana.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2003 [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

PC MSTATOR (a.k.a. OPEN JOINT STOCK COMPANY MSTATOR), Ul. Aleksandra Nevskogo, D. 10, Borovichi 174401, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5320002221 (Russia); Registration Number 1025300988085 (Russia) [RUSSIA-EO14024].

PCA XIANG GANG LIMITED (Chinese Traditional: 披思埃香港有限公司), Unit C2, 12/F., Block A, Universal Industrial Centre, 19-25 Shan Mei Street, Fo Tan, New Territories, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.R. No. 1669316 (Hong Kong) [SDGT] [IFSR] (Linked To: HASHEMI, Seyed Morteza Minaye).

PCB LINE PTE LTD (a.k.a. ENIKS PTE LTD; a.k.a. PCB TECHNOLOGY AND PRODUCTION PTE LTD), 12 Marina Boulevard #30-03, Marina Bay Financial Center, Singapore 018982, Singapore; 71 UBI Road 1, No. 09-47, Oxley Bizhub, Singapore 408732, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Registration Number 201532920E (Singapore) [RUSSIA-EO14024].

PCB TECHNOLOGY AND PRODUCTION PTE LTD (a.k.a. ENIKS PTE LTD; a.k.a. PCB LINE PTE LTD), 12 Marina Boulevard #30-03, Marina Bay Financial Center, Singapore 018982, Singapore; 71 UBI Road 1, No. 09-47, Oxley Bizhub, Singapore 408732, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 201532920E (Singapore) [RUSSIA-EO14024].

PCC (UK) (a.k.a. PCC UK; a.k.a. PCC UK LTD; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY (U.K.) LIMITED), 4 Victoria Street, London SW1H 0NE, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 02647333 (United Kingdom); all offices worldwide [IRAN].

PCC FZE (a.k.a. PETROCHEMICAL COMMERCIAL COMPANY FZE), 1703, 17th Floor, Dubai World Trade Center Tower, Sheikh Zayed Road, Dubai, United Arab Emirates; Office No. 99-A, Maker Tower "F" 9th Floor Cutte Pavade, Colabe, Mumbai 700005, India; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

PCC SINGAPORE PTE LTD (a.k.a. P.C.C. (SINGAPORE) PRIVATE LIMITED; a.k.a. P.C.C. SINGAPORE BRANCH), 78 Shenton Way, #08-02, 079120, Singapore; 78 Shenton Way, 26-02A Lippo Centre, 079120, Singapore; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 199708410K (Singapore); all offices worldwide [IRAN].

PCC UK (a.k.a. PCC (UK); a.k.a. PCC UK LTD; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY (U.K.) LIMITED), 4 Victoria Street, London SW1H 0NE, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 02647333 (United Kingdom); all offices worldwide [IRAN].

PCC UK LTD (a.k.a. PCC (UK); a.k.a. PCC UK; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY (U.K.) LIMITED), 4 Victoria Street, London SW1H 0NE, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 02647333 (United Kingdom); all offices worldwide [IRAN].

PCF (a.k.a. PARA CHEMICAL INDUSTRIES; a.k.a. PARCHIN CHEMICAL FACTORIES; a.k.a. PARCHIN CHEMICAL INDUSTRIES; a.k.a. PARCHIN CHEMICAL INDUSTRIES GROUP; a.k.a. "PCI"), Khavaran Road Km 35,

Tehran, Iran; 2nd Floor, Sanam Bldg., 3rd Floor, Sanam Bldg., P.O. Box 16765-358, Nobonyad Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PCPMB (a.k.a. POLITICAL COUNCIL OF PRESEVO, MEDVEDJA, AND BUJANOVAC) [BALKANS].

PDVSA (a.k.a. PETROLEOS DE VENEZUELA S A; a.k.a. PETROLEOS DE VENEZUELA S.A; a.k.a. PETROLEOS DE VENEZUELA, S.A.; a.k.a. REFINERIA EL PALITO), Edificio Petroleos De Venezuela, Torre Este, Piso 9, Avenida Libertador con calle El Empalme, La Campina, Caracas 1010, Venezuela; Torre Este Piso 9, Edif Petroleos de Venezuela, Avenida Libertador, Urb La Campina, Caracas, Distrito Federal, Venezuela; RIF # J-00095036-9 (Venezuela) [VENEZUELA-EO13850].

PE PROMCOMPLEKTLOGISTIC (a.k.a. PRIVATE COMPANY PROMCOMPLEKTLOGISTIC), Office 202, 16A Prospekt A. Navoi, Tashkent 100011, Uzbekistan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 305655390 (Uzbekistan); Registration Number 27930106 (Uzbekistan) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

PEACE WORTH SHIPPING CO., LIMITED (Chinese Traditional: 譽睦船務有限公司), Unit D, 16th Floor, One Capital Place, 18, Luard Road, Wan Chai, Hong Kong, China; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 03 Apr 2019; Identification Number IMO 6104171; Company Number 2811033 (Hong Kong); Business Registration Number 70533079 (Hong Kong) [IRAN-EO13846].

PEACEKEEPING BATTALION (a.k.a. INTERNATIONAL BATTALION; a.k.a. ISLAMIC PEACEKEEPING INTERNATIONAL BRIGADE; a.k.a. THE INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC PEACEKEEPING ARMY; a.k.a. THE ISLAMIC PEACEKEEPING BRIGADE); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PEAKVIEW INDUSTRY (a.k.a. PEAKVIEW INDUSTRY CO., LIMITED), Room 1105 Hua Qin International Bldg, 340 Queen's RD C, Sheung Wan, Hong Kong, Hong Kong; Shanghai, China; Additional Sanctions

Information - Subject to Secondary Sanctions; National ID No. 2026419 (Hong Kong) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

PEAKVIEW INDUSTRY CO., LIMITED (a.k.a. PEAKVIEW INDUSTRY), Room 1105 Hua Qin International Bldg, 340 Queen's RD C, Sheung Wan, Hong Kong, Hong Kong; Shanghai, China; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 2026419 (Hong Kong) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

PEAKWAY GLOBAL LIMITED (Chinese Traditional: 峰道環球貿易有限公司), Room 8, S-V, 6/F Valiant Industrial Centre 2-12 Au Pui Wan St., Hong Kong, China; Website https://www.peakwayglobal.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Aug 2022; Company Number 3181698 (Hong Kong); Business Registration Number 74335330 (Hong Kong) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

PEARL LOTUS LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЖЕМЧУЖНЫЙ ЛОТОС) (a.k.a. LLC ZHEMCHUZHNY LOTOS), k. 1 d. 13/3, ul. Sadovaya-Chernogryazskaya, Moscow 105064, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730281967 (Russia); Registration Number 1227700400520 (Russia) [RUSSIA-EO14024].

PEARL PETROCHEMICAL FZE (Arabic: لؤلؤة البتروكيماويات ش م ح), Dubai, United Arab Emirates; Organization Established Date 26 Apr 2005; License 662 (United Arab Emirates); Economic Register Number (CBLS) 11436349 (United Arab Emirates) [IRAN-EO13902] (Linked To: EMAMJOMEH, Meisam).

PEARL SHIPPING & TRADING LTD (a.k.a. PEARL SHIPPING AND TRADING LTD), 1st Floor, Boubes Center, Moussaytbeh Street, Beirut, Lebanon; Registration Country Liberia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2017; Identification Number IMO 5988457 [SDGT] (Linked To: AL-QATIRJI COMPANY).

PEARL SHIPPING AND TRADING LTD (a.k.a. PEARL SHIPPING & TRADING LTD), 1st Floor,

Boubes Center, Moussaytbeh Street, Beirut, Lebanon; Registration Country Liberia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2017; Identification Number IMO 5988457 [SDGT] (Linked To: AL-QATIRJI COMPANY).

PEARSON, Adam Richard (a.k.a. ANSING, Michael; a.k.a. DAVIS, Mason), British Columbia, Canada; DOB 14 May 1994; alt. DOB 28 Apr 1995; POB Canada; nationality Canada; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport QG963705 (Canada) (individual) [IRAN-HR] (Linked To: RYAN, Damion Patrick John).

PECHAN, Ihar Mikalaevich (Cyrillic: ПЕЧАНЬ, Ігар Мікалаевіч) (a.k.a. PECHEN, Igor Nikolaevich (Cyrillic: ПЕЧЕНЬ, Игорь Николаевич)), Minsk, Belarus; DOB 01 May 1965; POB Smolensk, Russia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

PECHATNIKOV, Anatolii Yuryevich (Cyrillic: ПЕЧАТНИКОВ, Анатолий Юрьевич) (a.k.a. PECHATNIKOV, Anatoly), Russia; DOB 18 Aug 1969; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

PECHATNIKOV, Anatoly (a.k.a. PECHATNIKOV, Anatolii Yuryevich (Cyrillic: ПЕЧАТНИКОВ, Анатолий Юрьевич)), Russia; DOB 18 Aug 1969; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

PECHEGIN, Andrey I.; DOB 24 Sep 1965; POB Moscow Region, Russia (individual) [MAGNIT].

PECHEN, Igor Nikolaevich (Cyrillic: ПЕЧЕНЬ, Игорь Николаевич) (a.k.a. PECHAN, Ihar Mikalaevich (Cyrillic: ПЕЧАНЬ, Ігар Мікалаевіч)), Minsk, Belarus; DOB 01 May 1965; POB Smolensk, Russia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

PECHENGASTROI OOO (a.k.a. LLC PECHENGASTROY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PECHENGSKOE STROITELNOE OBEDINENIE), Ter. Promploshchadka Kgmk, Monchegorsk, Murmansk region 184507, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

5107916719 (Russia); Registration Number 1165190055007 (Russia) [RUSSIA-EO14024].

PEEVSKI, Delyan Slavchev (Cyrillic: ПЕЕВСКИ, Делян Славчев), 7 Nezabravka Street, Floor 7, Ap. 28, Sofia 1113, Bulgaria; DOB 27 Jul 1980; POB Sofia, Bulgaria; nationality Bulgaria; Gender Male; Passport 383862880 (Bulgaria) expires 11 Mar 2021 (individual) [GLOMAG].

PEGAH ALUMINUM ARAK COMPANY (Arabic: شرکت پگاه آلومینیوم اراک) (a.k.a. ALUMINUM PEGAH ARAK; a.k.a. PEGAH ALUMINUM COMPANY), Arak, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 11 Dec 2008; National ID No. 10780122347 (Iran); Registration Number 8722 (Iran) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

PEGAH ALUMINUM COMPANY (a.k.a. ALUMINUM PEGAH ARAK; a.k.a. PEGAH ALUMINUM ARAK COMPANY (Arabic: شرکت پگاه آلومینیوم اراک)), Arak, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 11 Dec 2008; National ID No. 10780122347 (Iran); Registration Number 8722 (Iran) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

PEGASUS 88 LIMITED, 17th Floor, Siu Ying Commercial Building, 151-155 Queen's Road Central, Hong Kong; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Business Registration Number 2757748 [IRAN-EO13846].

PEIA PTE. LTD. (f.k.a. PUMA ENERGY IRRAWADDY AVIATION PTE. LTD.), Singapore; Organization Established Date 30 Oct 2014; Organization Type: Activities of holding companies; Registration Number 201432465N (Singapore) [BURMA-EO14014] (Linked To: WIN, Khin Phyu).

PEIJNENBURG, Alex Adrianus Martin (a.k.a. PEIJNENBURG, Alex Adrianus Martinus; a.k.a.

"PEIJNENBURG, Aam"), Boxtel, Netherlands; DOB 06 Jan 1987; POB Boxtel, Netherlands; citizen Netherlands; Website therealrc.com; Gender Male; Digital Currency Address - XBT 1DbvK8P6imBuLcwh2Vruis4xsUb8YAwJQF; alt. Digital Currency Address - XBT 1G6DuwDKNHiUWqks2Lgu44cesu7ffFbLK7; alt. Digital Currency Address - XBT 3AQSmMk5n3c6TKEg9B2WyzYAPm33gJJAA4; alt. Digital Currency Address - XBT 129zKFLoVad9JtxSmDKeJoLCsjhGR7b3vr; alt. Digital Currency Address - XBT 12YyR9EpvHxBjjKjTWqfKqeyoWnvcraxpW; alt. Digital Currency Address - XBT 1KctQENEX5QkQMpnMC3Zh9yRAzkMBLpPcr; alt. Digital Currency Address - XBT 3HqA7i3ttECLvgqvq69HNxxUP5BL7Z5YgA; alt. Digital Currency Address - XBT 1G9A8WRjGXdnYY4TNEVRrcaHsMtana4ncF; alt. Digital Currency Address - XBT 1Js6goCey2NaqPQptiLANLQGuk4d6mowjP; alt. Digital Currency Address - XBT 13RH4JaFhaCxDGPyYE9emjp2aDxdX18uBA; alt. Digital Currency Address - XBT 1FE2cuvkq8n5VGwj5hi8YYQxskwJpovPyV; alt. Digital Currency Address - XBT 1DJoEMvp95yJYWyxAZy8DDBzuvjnrTVrsN; alt. Digital Currency Address - XBT 1N6XqSf3ULpNjko9LrJmHudRoLitjwkETN; alt. Digital Currency Address - XBT bc1qwa6zu6qhl6wqnlxp642vcf89nptsassle25ulf; alt. Digital Currency Address - XBT 386wa1UM6nA798AWNh64jdrejZyedeXgUN; alt. Digital Currency Address - XBT 15UdZbmGPa2LatD3abtGpphgkHLFWftV4R; alt. Digital Currency Address - XBT 16tByCYzxuWiN8kF9FrK9jJy6eQYLVkQ1i; alt. Digital Currency Address - XBT 1NpHuti9NSM9fVTXLkvSDU4AnhqGQ5N53d; Digital Currency Address - ETH 0x83E5bC4Ffa856BB84Bb88581f5Dd62A433A25e0D; alt. Digital Currency Address - ETH 0x08b2eFdcdB8822EfE5ad0Eae55517cf5DC544251; alt. Digital Currency Address - ETH 0x04DBA1194ee10112fE6C3207C0687DEf0e78baCf; alt. Digital Currency Address - ETH 0x0Ee5067b06776A89CcC7dC8Ee369984AD7Db5e06; alt. Digital Currency Address - ETH 0x502371699497d08D5339c870851898D6D72521Dd; alt. Digital Currency Address - ETH 0x5A14E72060c11313E38738009254a90968F58f51; alt. Digital Currency Address - ETH 0xEFE301d259F525cA1ba74A7977b80D5b060B3ccA; Digital Currency Address - BCH qpusmp64rajses77x95g9ah825mtyyv74smwwk

xhx3; Passport NK6788642 (Netherlands) (individual) [ILLICIT-DRUGS-EO14059].

PEIJNENBURG, Alex Adrianus Martinus (a.k.a. PEIJNENBURG, Alex Adrianus Martin; a.k.a. "PEIJNENBURG, Aam"), Boxtel, Netherlands; DOB 06 Jan 1987; POB Boxtel, Netherlands; citizen Netherlands; Website therealrc.com; Gender Male; Digital Currency Address - XBT 1DbvK8P6imBuLcwh2Vruis4xsUb8YAwJQF; alt. Digital Currency Address - XBT 1G6DuwDKNHiUWqks2Lgu44cesu7ffFbLK7; alt. Digital Currency Address - XBT 3AQSmMk5n3c6TKEg9B2WyzYAPm33gJJAA4; alt. Digital Currency Address - XBT 129zKFLoVad9JtxSmDKeJoLCsjhGR7b3vr; alt. Digital Currency Address - XBT 12YyR9EpvHxBjjKjTWqfKqeyoWnvcraxpW; alt. Digital Currency Address - XBT 1KctQENEX5QkQMpnMC3Zh9yRAzkMBLpPcr; alt. Digital Currency Address - XBT 3HqA7i3ttECLvgqvq69HNxxUP5BL7Z5YgA; alt. Digital Currency Address - XBT 1G9A8WRjGXdnYY4TNEVRrcaHsMtana4ncF; alt. Digital Currency Address - XBT 1Js6goCey2NaqPQptiLANLQGuk4d6mowjP; alt. Digital Currency Address - XBT 13RH4JaFhaCxDGPyYE9emjp2aDxdX18uBA; alt. Digital Currency Address - XBT 1FE2cuvkq8n5VGwj5hi8YYQxskwJpovPyV; alt. Digital Currency Address - XBT 1DJoEMvp95yJYWyxAZy8DDBzuvjnrTVrsN; alt. Digital Currency Address - XBT 1N6XqSf3ULpNjko9LrJmHudRoLitjwkETN; alt. Digital Currency Address - XBT bc1qwa6zu6qhl6wqnlxp642vcf89nptsassle25ulf; alt. Digital Currency Address - XBT 386wa1UM6nA798AWNh64jdrejZyedeXgUN; alt. Digital Currency Address - XBT 15UdZbmGPa2LatD3abtGpphgkHLFWftV4R; alt. Digital Currency Address - XBT 16tByCYzxuWiN8kF9FrK9jJy6eQYLVkQ1i; alt. Digital Currency Address - XBT 1NpHuti9NSM9fVTXLkvSDU4AnhqGQ5N53d; Digital Currency Address - ETH 0x83E5bC4Ffa856BB84Bb88581f5Dd62A433A25e0D; alt. Digital Currency Address - ETH 0x08b2eFdcdB8822EfE5ad0Eae55517cf5DC544251; alt. Digital Currency Address - ETH 0x04DBA1194ee10112fE6C3207C0687DEf0e78baCf; alt. Digital Currency Address - ETH 0x0Ee5067b06776A89CcC7dC8Ee369984AD7Db5e06; alt. Digital Currency Address - ETH 0x502371699497d08D5339c870851898D6D72521Dd; alt. Digital Currency Address - ETH 0x5A14E72060c11313E38738009254a90968F

58f51; alt. Digital Currency Address - ETH 0xEFE301d259F525cA1ba74A7977b80D5b060B3ccA; Digital Currency Address - BCH qpusmp64rajses77x95g9ah825mtyyv74smwwk xhx3; Passport NK6788642 (Netherlands) (individual) [ILLICIT-DRUGS-EO14059].

PEJAK (a.k.a. FREE LIFE PARTY OF KURDISTAN; a.k.a. KURDISTAN FREE LIFE PARTY; a.k.a. PARTIYA JIYANA AZAD A KURDISTANE; a.k.a. PARTY OF FREE LIFE OF KURDISTAN; a.k.a. PEZHAK; a.k.a. PJAK), Qandil Mountain, Irbil Governorate, Iraq; Razgah, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PEJCIC, Mile (a.k.a. PEJICIC, Mile); DOB 05 Jan 1971; POB SuhoPolje, Bosnia-Herzegovina (individual) [BALKANS].

PEJICIC, Mile (a.k.a. PEJCIC, Mile); DOB 05 Jan 1971; POB SuhoPolje, Bosnia-Herzegovina (individual) [BALKANS].

PELARAK, Hassan (Arabic: حسن پلارک) (a.k.a. POLARAK, Hassan; a.k.a. "JA'FARI, Hasan"), Iran; Iraq; DOB 03 Sep 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D10001869 (Iran); alt. Passport V43936121 (Iran); National ID No. 3051910163 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

PELAYO MENDOZA, Franco Arturo, Paseo Playas de Tijuana 317, Tijuana, Baja California, Mexico; Paseo del Pedregal 3034, Colonia Playas de Tijuana, Secc. Costa Hermosa, Tijuana, Baja California, Mexico; Calle Farallon 3206, Colonia Playas de Tijuana, Secc. Costa Hermosa, Tijuana, Baja California, Mexico; Calle De La Luz 218, Colonia Playas de Tijuana, Secc. Costa Hermosa, Tijuana, Baja California, Mexico; Blvd. Insurgentes 16174-18-B, Colonia Los Alamos, Tijuana, Baja California, Mexico; Calle 16 de Septiembre 3-FA, Colonia Las Torres, Tijuana, Baja California, Mexico; Calle Juan Covarrubias, Colonia Los Altos, Tijuana, Baja California, Mexico; c/o INMOBILIARIA TIJUANA COSTA S.A. DE C.S., Tijuana, Baja California, Mexico; DOB 02 Feb 1953; POB Casimiro Castillo, Jalisco, Mexico (individual) [SDNTK].

PELENG JOINT-STOCK COMPANY (f.k.a. CENTRAL DESIGN DEPARTMENT PELENG; f.k.a. ENGINEERING DEPARTMENT OF

VAVILOVA PLANT; a.k.a. PELENG JSC (Cyrillic: ПЕЛЕНГ); a.k.a. PELENG OAO), 25 Makayonka St., Minsk 220114, Belarus; 25 Makaenka St., Minsk 220114, Belarus; Organization Established Date 11 Mar 1994; Government Gazette Number 07526946 (Belarus); Registration Number 100230519 (Belarus) [BELARUS-EO14038].

PELENG JSC (Cyrillic: ПЕЛЕНГ) (f.k.a. CENTRAL DESIGN DEPARTMENT PELENG; f.k.a. ENGINEERING DEPARTMENT OF VAVILOVA PLANT; a.k.a. PELENG JOINT-STOCK COMPANY; a.k.a. PELENG OAO), 25 Makayonka St., Minsk 220114, Belarus; 25 Makaenka St., Minsk 220114, Belarus; Organization Established Date 11 Mar 1994; Government Gazette Number 07526946 (Belarus); Registration Number 100230519 (Belarus) [BELARUS-EO14038].

PELENG OAO (f.k.a. CENTRAL DESIGN DEPARTMENT PELENG; f.k.a. ENGINEERING DEPARTMENT OF VAVILOVA PLANT; a.k.a. PELENG JOINT-STOCK COMPANY; a.k.a. PELENG JSC (Cyrillic: ПЕЛЕНГ)), 25 Makayonka St., Minsk 220114, Belarus; 25 Makaenka St., Minsk 220114, Belarus; Organization Established Date 11 Mar 1994; Government Gazette Number 07526946 (Belarus); Registration Number 100230519 (Belarus) [BELARUS-EO14038].

PENA MENDOZA, Sergio (a.k.a. LOPEZ, Antonio Santiago; a.k.a. MENDOZA PENA, Sergio; a.k.a. PENA MENDOZA, Sergio Arturo Sanchez; a.k.a. PENA SOLIS, Sergio; a.k.a. SOLIS, Rene Carlos), Miguel Hidalgo 410, Concordia, Nuevo Laredo, Tamaulipas, Mexico; Calle Decima, Colonia Las Fuentes, Reynosa, Tamaulipas, Mexico; DOB 25 Jan 1973; alt. DOB 1970; nationality Mexico; citizen Mexico (individual) [SDNTK].

PENA MENDOZA, Sergio Arturo Sanchez (a.k.a. LOPEZ, Antonio Santiago; a.k.a. MENDOZA PENA, Sergio; a.k.a. PENA MENDOZA, Sergio; a.k.a. PENA SOLIS, Sergio; a.k.a. SOLIS, Rene Carlos), Miguel Hidalgo 410, Concordia, Nuevo Laredo, Tamaulipas, Mexico; Calle Decima, Colonia Las Fuentes, Reynosa, Tamaulipas, Mexico; DOB 25 Jan 1973; alt. DOB 1970; nationality Mexico; citizen Mexico (individual) [SDNTK].

PENA RUSSELL, Tonny Alexander (Latin: PEÑA RUSSELL, Tonny Alexander), Limon, Costa Rica; DOB 29 Dec 1987; nationality Costa Rica; Gender Male; Cedula No. 701820333 (Costa Rica) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: PICADO GRIJALBA, Luis Manuel).

PENA SOLIS, Sergio (a.k.a. LOPEZ, Antonio Santiago; a.k.a. MENDOZA PENA, Sergio; a.k.a. PENA MENDOZA, Sergio; a.k.a. PENA MENDOZA, Sergio Arturo Sanchez; a.k.a. SOLIS, Rene Carlos), Miguel Hidalgo 410, Concordia, Nuevo Laredo, Tamaulipas, Mexico; Calle Decima, Colonia Las Fuentes, Reynosa, Tamaulipas, Mexico; DOB 25 Jan 1973; alt. DOB 1970; nationality Mexico; citizen Mexico (individual) [SDNTK].

PENG, Bo (a.k.a. "PENG, Kevin"); DOB 06 Dec 1983; POB Jiangsu, China; citizen China; Email Address kevinpengtech@gmail.com; alt. Email Address kevin.pengchem@gmail.com; alt. Email Address kevin.polymer@gmail.com; alt. Email Address pengbochem@hotmail.com; Gender Male; Passport G34331983 (China) issued 13 Mar 2009 expires 12 Mar 2019; National ID No. 320106198312060411 (China); alt. National ID No. 32010619312060000 (China) (individual) [SDNTK] (Linked To: KAIKAI TECHNOLOGY CO., LTD.).

PENG, Jiarui (Chinese Simplified: 彭家瑞), Xinjiang, China; DOB Apr 1961; nationality China; Gender Male (individual) [GLOMAG] (Linked To: XINJIANG PRODUCTION AND CONSTRUCTION CORPS).

PENG, Minbo (Chinese Simplified: 彭敏波) (a.k.a. "PENG, Betty"), Unit 1507B, 15/F., Eastcore, 398 Kwun Tong Road, Kwun Tong, Kowloon, Hong Kong, China; No. 111 Changtang Group, Guandao Village, Tiaoma Town, Lianghua District, Changsha, Hunan, China; DOB 01 Oct 1982; POB Furong District, Changsha, Hunan Province, China; nationality China; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport EH4256001 (China) expires 25 Sep 2029; Identification Number 430102198210015564 (China) (individual) [RUSSIA-EO14024].

PENGLAI JUTAL OFFSHORE ENGINEERING HEAVY INDUSTRIES CO LTD (Chinese Simplified: 蓬莱巨涛海洋工程重工有限公司) (a.k.a. "PJOE"), No. 5, Harbin Road, Economic Development Zone, Penglai, Yantai, Shandong 265607, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 913706007337173082 (China) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ARCTIC LNG 2).

PENTA OCEAN SHIP MANAGEMENT (a.k.a. PENTA OCEAN SHIP MANAGEMENT & OPERATIONS LLC; a.k.a. PENTA OCEAN SHIP MANAGEMENT AND OPERATION LLC; a.k.a. PENTA OCEAN SHIP MANAGEMENT AND OPERATIONS LLC), 3303, Saeed, Tower 1, Sheikh Zayed Road, P.O. BOX - 9614, Dubai, United Arab Emirates; Sheikh Zayed Road, sahid tower # 1, office # 3303, Dubai International Financial Centre Area, Dubai, United Arab Emirates; Office 2905, 29th Floor, Al-Attar Tower, Sheikh Zayed Road, Al Barsha 1, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Chamber of Commerce Number 196434 (United Arab Emirates); Registration Number 658572 (United Arab Emirates) [SDGT] (Linked To: MEHDI GROUP).

PENTA OCEAN SHIP MANAGEMENT & OPERATIONS LLC (a.k.a. PENTA OCEAN SHIP MANAGEMENT; a.k.a. PENTA OCEAN SHIP MANAGEMENT AND OPERATION LLC; a.k.a. PENTA OCEAN SHIP MANAGEMENT AND OPERATIONS LLC), 3303, Saeed, Tower 1, Sheikh Zayed Road, P.O. BOX - 9614, Dubai, United Arab Emirates; Sheikh Zayed Road, sahid tower # 1, office # 3303, Dubai International Financial Centre Area, Dubai, United Arab Emirates; Office 2905, 29th Floor, Al-Attar Tower, Sheikh Zayed Road, Al Barsha 1, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Chamber of Commerce Number 196434 (United Arab Emirates); Registration Number 658572 (United Arab Emirates) [SDGT] (Linked To: MEHDI GROUP).

PENTA OCEAN SHIP MANAGEMENT AND OPERATION LLC (a.k.a. PENTA OCEAN SHIP MANAGEMENT; a.k.a. PENTA OCEAN SHIP MANAGEMENT & OPERATIONS LLC; a.k.a. PENTA OCEAN SHIP MANAGEMENT AND OPERATIONS LLC), 3303, Saeed, Tower 1, Sheikh Zayed Road, P.O. BOX - 9614, Dubai, United Arab Emirates; Sheikh Zayed Road, sahid tower # 1, office # 3303, Dubai International Financial Centre Area, Dubai, United Arab Emirates; Office 2905, 29th Floor, Al-Attar Tower, Sheikh Zayed Road, Al Barsha 1, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Chamber of Commerce

Number 196434 (United Arab Emirates); Registration Number 658572 (United Arab Emirates) [SDGT] (Linked To: MEHDI GROUP).

PENTA OCEAN SHIP MANAGEMENT AND OPERATIONS LLC (a.k.a. PENTA OCEAN SHIP MANAGEMENT; a.k.a. PENTA OCEAN SHIP MANAGEMENT & OPERATIONS LLC; a.k.a. PENTA OCEAN SHIP MANAGEMENT AND OPERATION LLC), 3303, Saeed, Tower 1, Sheikh Zayed Road, P.O. BOX - 9614, Dubai, United Arab Emirates; Sheikh Zayed Road, sahid tower # 1, office # 3303, Dubai International Financial Centre Area, Dubai, United Arab Emirates; Office 2905, 29th Floor, Al-Attar Tower, Sheikh Zayed Road, Al Barsha 1, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Chamber of Commerce Number 196434 (United Arab Emirates); Registration Number 658572 (United Arab Emirates) [SDGT] (Linked To: MEHDI GROUP).

PENTANE CHEMISTRY (a.k.a. PENTANE CHEMISTRY INDUSTRIES; a.k.a. PENTANE CHEMISTRY INDUSTRIES COMPANY; a.k.a. PENTANE CHEMISTRY INDUSTRY COMPANY; a.k.a. "PCI"), 5th Floor, No. 192, Darya and Paknejad Blv. Cross Section, Shahrak Gharb, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PENTANE CHEMISTRY INDUSTRIES (a.k.a. PENTANE CHEMISTRY; a.k.a. PENTANE CHEMISTRY INDUSTRIES COMPANY; a.k.a. PENTANE CHEMISTRY INDUSTRY COMPANY; a.k.a. "PCI"), 5th Floor, No. 192, Darya and Paknejad Blv. Cross Section, Shahrak Gharb, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PENTANE CHEMISTRY INDUSTRIES COMPANY (a.k.a. PENTANE CHEMISTRY; a.k.a. PENTANE CHEMISTRY INDUSTRIES; a.k.a. PENTANE CHEMISTRY INDUSTRY COMPANY; a.k.a. "PCI"), 5th Floor, No. 192, Darya and Paknejad Blv. Cross Section, Shahrak Gharb, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PENTANE CHEMISTRY INDUSTRY COMPANY (a.k.a. PENTANE CHEMISTRY; a.k.a. PENTANE CHEMISTRY INDUSTRIES; a.k.a. PENTANE CHEMISTRY INDUSTRIES COMPANY; a.k.a. "PCI"), 5th Floor, No. 192,

Darya and Paknejad Blv. Cross Section, Shahrak Gharb, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PENTYA, Aleksandr Yevgenyevich (a.k.a. PENTYA, Alexander), St. Petersburg, Russia; DOB 07 Sep 1985; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] (Linked To: AO ABR MANAGEMENT).

PENTYA, Alexander (a.k.a. PENTYA, Aleksandr Yevgenyevich), St. Petersburg, Russia; DOB 07 Sep 1985; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] (Linked To: AO ABR MANAGEMENT).

PENZA SCIENTIFIC RESEARCH INSTITUTE OF ELECTRO-MECHANICAL DEVICES (a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF ELECTRONIC AND MECHANICAL DEVICES; a.k.a. JSC NII ELEKTRONNO-MEKHANICHESKIKH PRIBOROV; a.k.a. "JSC NIIEMP"; a.k.a. "JSC SRIEMI"), 44, Karakozova Street, Penza 440600, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5834054179 (Russia); Registration Number 1115834003185 (Russia) [RUSSIA-EO14024].

PENZENSKII PODSHIPNIKOVYI ZAVOD (a.k.a. LIMITED LIABILITY COMPANY PENZA BEARING PLANT), Ul. Antonova D. 3, Kabinet 91, Penza 440629, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5834018533 (Russia); Registration Number 1025801102051 (Russia) [RUSSIA-EO14024].

PENZEV, Arsenii Aleksandrovich, Leninskiy str. 64, 1, A, 766, St. Petersburg 198335, Russia; DOB 27 Oct 2002; nationality Russia; Website aezadns.com; Email Address aezagroup@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 780721423242 (Russia) (individual) [CAATSA - RUSSIA] [CYBER4] (Linked To: AEZA GROUP LLC).

PEOPLE COMMITTED TO THE PROPHET'S TEACHINGS FOR PROPAGATION AND JIHAD (a.k.a. BOKO HARAM; a.k.a. JAMA'ATU AHLIS SUNNA LIDDA'AWATI WAL-JIHAD; a.k.a. JAMA'ATU AHLUS-SUNNAH LIDDA'AWATI WAL JIHAD; a.k.a. NIGERIAN TALIBAN; a.k.a. SUNNI GROUP FOR

PREACHING AND JIHAD), Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

PEOPLE'S AID OF PERU (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

PEOPLE'S CONGRESS OF KURDISTAN (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI; a.k.a. KADEK; a.k.a. KGK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS; a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE; a.k.a. "HSK"; a.k.a. "KHK"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

PEOPLE'S FRONT FOR DEMOCRACY AND JUSTICE, Eritrea; Organization Established Date 1993; Organization Type: Activities of political organizations [ETHIOPIA-EO14046].

PEOPLE'S GUERRILLA ARMY (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS

MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

PEOPLE'S LIBERATION ARMY (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

PEOPLE'S MILITIA OF DONBASS (a.k.a. DONBASS PEOPLE'S MILITIA), Prospect Zasyadko.13, Donetsk, Ukraine; Email Address voenkom.dnr@mail.ru; alt. Email Address mobilisation@novorossia.co; alt. Email Address novoross24@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

PEOPLE'S REPUBLIC OF LUHANSK (a.k.a. LUGANSK PEOPLE'S REPUBLIC (Cyrillic: ЛУГАНСКАЯ НАРОДНАЯ РЕСПУБЛИКА); a.k.a. LUHANSK PEOPLE'S REPUBLIC (Cyrillic: ЛУГАНСЬКА НАРОДНА РЕСПУБЛІКА)), Luhansk Region, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Unrecognized Government Entity [UKRAINE-EO13660] [RUSSIA-EO14065].

PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI) (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

PEOPLE'S REVOLUTIONARY ANTI-TERRORIST ARMY OF COLOMBIA (a.k.a. EJERCITO REVOLUCIONARIO POPULAR ANTITERRORISTA DE COLOMBIA; a.k.a. ERPAC), Colombia [SDNTK].

PERALTA, Cesar Emilio (a.k.a. "EL ABUSADOR"), Dominican Republic; DOB 30 Jan 1975; POB Distrito Nacional, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 001-0972783-4 (Dominican Republic) (individual) [SDNTK] (Linked To: INKUORTYN FIVE SRL; Linked To: SUPLINKA SRL; Linked To: FLOW GALLERY LOUNGE SRL; Linked To: UNLIMITED DANCE DISCOTECA SRL).

PERASIALIAK, Alena Aliaksandrauna (a.k.a. PERESELYAK, Elena Aleksandrovna), 21 Lenin Blvd., Apt. 24, Minsk, Belarus; DOB 20 Aug 1990; POB Zhodino, Minsk Region, Belarus; nationality Belarus; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport MC2781840 (Belarus); National ID No. 4200890B016PB7 (Belarus) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY BAZTUBE).

PERDOMO ROSALES, Gustavo A (a.k.a. PERDOMO ROSALES, Gustavo Adolfo; a.k.a. PERDOMO, Gustavo; a.k.a. PERDOMO, Gustavo A; a.k.a. PERDOMO, Gustavo Adolfo; a.k.a. PERDOMO-ROSALES, Gustavo), 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 18555 Collins Avenue, Unit 4405, Sunny Isles, FL 33160, United States; DOB 05 Feb 1979; citizen Venezuela; Gender Male; Cedula No. 14585388 (Venezuela); Passport 083119116 (Venezuela) expires 28 Jan 2019; alt. Passport 023639834 (Venezuela) expires 13 Jun 2014 (individual) [VENEZUELA-EO13850].

PERDOMO ROSALES, Gustavo Adolfo (a.k.a. PERDOMO ROSALES, Gustavo A; a.k.a. PERDOMO, Gustavo; a.k.a. PERDOMO, Gustavo A; a.k.a. PERDOMO, Gustavo Adolfo; a.k.a. PERDOMO-ROSALES, Gustavo), 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 18555 Collins Avenue, Unit 4405, Sunny Isles, FL 33160, United States; DOB 05 Feb 1979; citizen Venezuela; Gender Male; Cedula No. 14585388 (Venezuela); Passport 083119116 (Venezuela) expires 28 Jan 2019; alt. Passport 023639834 (Venezuela) expires 13 Jun 2014 (individual) [VENEZUELA-EO13850].

PERDOMO, Gustavo (a.k.a. PERDOMO ROSALES, Gustavo A; a.k.a. PERDOMO ROSALES, Gustavo Adolfo; a.k.a. PERDOMO, Gustavo A; a.k.a. PERDOMO, Gustavo Adolfo; a.k.a. PERDOMO-ROSALES, Gustavo), 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 18555 Collins Avenue, Unit 4405, Sunny Isles, FL 33160, United States; DOB 05 Feb 1979; citizen Venezuela; Gender Male; Cedula No. 14585388 (Venezuela); Passport 083119116 (Venezuela) expires 28 Jan 2019; alt. Passport 023639834 (Venezuela) expires 13 Jun 2014 (individual) [VENEZUELA-EO13850].

PERDOMO, Gustavo A (a.k.a. PERDOMO ROSALES, Gustavo A; a.k.a. PERDOMO ROSALES, Gustavo Adolfo; a.k.a. PERDOMO, Gustavo; a.k.a. PERDOMO, Gustavo Adolfo; a.k.a. PERDOMO-ROSALES, Gustavo), 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 18555 Collins Avenue, Unit 4405, Sunny Isles, FL 33160, United States; DOB 05 Feb 1979; citizen Venezuela; Gender Male; Cedula No. 14585388 (Venezuela); Passport 083119116 (Venezuela) expires 28 Jan 2019; alt. Passport 023639834 (Venezuela) expires 13 Jun 2014 (individual) [VENEZUELA-EO13850].

PERDOMO, Gustavo Adolfo (a.k.a. PERDOMO ROSALES, Gustavo A; a.k.a. PERDOMO ROSALES, Gustavo Adolfo; a.k.a. PERDOMO, Gustavo; a.k.a. PERDOMO, Gustavo A; a.k.a. PERDOMO-ROSALES, Gustavo), 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 18555 Collins Avenue, Unit 4405, Sunny Isles, FL 33160, United States; DOB 05 Feb 1979; citizen Venezuela; Gender Male; Cedula No. 14585388 (Venezuela); Passport 083119116 (Venezuela) expires 28 Jan 2019; alt. Passport 023639834 (Venezuela) expires 13 Jun 2014 (individual) [VENEZUELA-EO13850].

PERDOMO-ROSALES, Gustavo (a.k.a. PERDOMO ROSALES, Gustavo A; a.k.a.

PERDOMO ROSALES, Gustavo Adolfo; a.k.a. PERDOMO, Gustavo; a.k.a. PERDOMO, Gustavo A; a.k.a. PERDOMO, Gustavo Adolfo), 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 18555 Collins Avenue, Unit 4405, Sunny Isles, FL 33160, United States; DOB 05 Feb 1979; citizen Venezuela; Gender Male; Cedula No. 14585388 (Venezuela); Passport 083119116 (Venezuela) expires 28 Jan 2019; alt. Passport 023639834 (Venezuela) expires 13 Jun 2014 (individual) [VENEZUELA-EO13850].

PERESELYAK, Elena Aleksandrovna (a.k.a. PERASIALIAK, Alena Aliaksandrauna), 21 Lenin Blvd., Apt. 24, Minsk, Belarus; DOB 20 Aug 1990; POB Zhodino, Minsk Region, Belarus; nationality Belarus; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport MC2781840 (Belarus); National ID No. 4200890B016PB7 (Belarus) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY BAZTUBE).

PERETYATKO, Ruslan Aleksandrovich (Cyrillic: ПЕРЕТЯТЬКО, Руслан Александрович), Syktyvkar, Komi Republic, Russia; DOB 03 Aug 1985; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 8705080546 (Russia); Tax ID No. 111601632100 (Russia) (individual) [CYBER2].

PEREVALOV, Viktor Pavlovich, St. Petersburg, Russia; 133, ul. Chernyshevskogo, Vologda, Vologodskaya Obl 160019, Russia; 122 Grazhdanskiy Prospect, Suite 5, Liter A, St. Petersburg 195267, Russia; DOB 27 Jun 1963; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780201527164 (Russia); First Deputy General Director (individual) [UKRAINE-EO13685] [RUSSIA-EO14024] (Linked To: VAD, AO).

PEREVERZEVA, Tatiana Viktorovna (Cyrillic: ПЕРЕВЕРЗЕВА, Татьяна Викторовна) (a.k.a. PEREVERZEVA, Tatyana Viktorovna; a.k.a. PEREVERZEVA, Tetiana Viktorivna (Cyrillic: ПЕРЕВЕРЗЕВА, Тетяна Вікторівна)), Donetsk, Ukraine; DOB 20 Jun 1964; POB Donetsk, Ukraine; nationality Ukraine; Gender Female (individual) [RUSSIA-EO14065].

PEREVERZEVA, Tatyana Viktorovna (a.k.a. PEREVERZEVA, Tatiana Viktorovna (Cyrillic: ПЕРЕВЕРЗЕВА, Татьяна Викторовна); a.k.a. PEREVERZEVA, Tetiana Viktorivna (Cyrillic: ПЕРЕВЕРЗЕВА, Тетяна Вікторівна)), Donetsk, Ukraine; DOB 20 Jun 1964; POB Donetsk, Ukraine; nationality Ukraine; Gender Female (individual) [RUSSIA-EO14065].

PEREVERZEVA, Tetiana Viktorivna (Cyrillic: ПЕРЕВЕРЗЕВА, Тетяна Вікторівна) (a.k.a. PEREVERZEVA, Tatiana Viktorovna (Cyrillic: ПЕРЕВЕРЗЕВА, Татьяна Викторовна); a.k.a. PEREVERZEVA, Tatyana Viktorovna), Donetsk, Ukraine; DOB 20 Jun 1964; POB Donetsk, Ukraine; nationality Ukraine; Gender Female (individual) [RUSSIA-EO14065].

PEREZ AMPUEDA, Carlos Alfredo (Latin: PÉREZ AMPUEDA, Carlos Alfredo), Caracas, Capital District, Venezuela; DOB 13 Dec 1966; citizen Venezuela; Gender Male; Cedula No. 9871452 (Venezuela); National Director of Venezuela's Bolivarian National Police; Former Commander of Carabobo Zone for Venezuela's Bolivarian National Guard (individual) [VENEZUELA].

PEREZ ARAMBURU, Jon Inaki; DOB 18 Sep 1964; POB San Sebastian, Guipuzcoa Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 15.976.521 (Spain); Member ETA (individual) [SDGT].

PEREZ CASTANEDA, Luis Armando (Latin: PEREZ CASTAÑEDA, Luis Armando) (a.k.a. "Bruno"), Colombia; DOB 02 Oct 1991; POB Apartado, Antioquia, Colombia; nationality Colombia; Gender Male; Cedula No. 71941532 (Colombia) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: CLAN DEL GOLFO).

PEREZ CASTANO, Mario Alberto, c/o CAMBIOS PALMILLA S.A. DE C.V., Hidalgo del Parral, Mexico; Calle Decima No. 14, Hidalgo del Parral, Chihuahua, Mexico; DOB 25 Jun 1966; POB Hidalgo del Parral, Chihuahua, Mexico; nationality Mexico; citizen Mexico; R.F.C. PECM-660625-FN5 (Mexico); C.U.R.P. PECM660625HCHRSR07 (Mexico) (individual) [SDNTK].

PEREZ CASTILLO, Wilmer Jose (a.k.a. "Wilmer Guayabal"), Venezuela; DOB 19 Aug 1985; POB Venezuela; nationality Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. V-17789572 (Venezuela) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

PEREZ DAVILA, America Valentina, Venezuela; DOB 27 Nov 1993; POB Venezuela; citizen Venezuela; Gender Female; Cedula No. V20901866 (Venezuela) (individual) [VENEZUELA].

PEREZ HENAO, Diego (a.k.a. VILLEGAS GOMEZ, Diego; a.k.a. "DIEGO RASTROJO"); DOB 07 Apr 1971; POB Bolivar, Valle de Cauca, Colombia; nationality Colombia; citizen Colombia; Cedula No. 94369359 (Colombia); Passport AI729787 (Colombia) (individual) [SDNTK] (Linked To: LOS RASTROJOS).

PEREZ LINARES, Conrado Antonio, Trujillo, Venezuela; DOB 24 May 1982; Gender Male; Cedula No. V-15584063 (Venezuela) (individual) [VENEZUELA].

PEREZ MANCILLA, Alejandro, Calle Ninos Heroes No. 143, entre Miguel Hidalgo y Jose Maria Morelos, Saltillo, Coahuila C.P. 25060, Mexico; DOB 23 Dec 1974; POB Reynosa, Tamaulipas; nationality Mexico; citizen Mexico; R.F.C. PEMA741223 (Mexico); C.U.R.P. PEMA741223HTSRNL06 (Mexico); Electoral Registry No. PRMNAL74122328H701 (Mexico); Cartilla de Servicio Militar Nacional B9764183 (Mexico) (individual) [SDNTK].

PEREZ MONTERO, Maria Marcela del Pilar, c/o AERONAUTICA CONDOR DE PANAMA, S.A., Panama; c/o AGROESPINAL S.A., Medellin, Colombia; c/o AGROGANADERA LOS SANTOS S.A., Medellin, Colombia; c/o GRUPO FALCON S.A., Medellin, Colombia; DOB 29 May 1959; POB Bogota, Colombia; Cedula No. 41750752 (Colombia) (individual) [SDNT].

PEREZ OCAMPO, German Alberto (a.k.a. ORTIZ ESPINEL, Gustavo Adolfo), CL34E9115, Medellin, Colombia; DOB 14 Jun 1965; alt. DOB 12 Jun 1971; citizen Colombia; Cedula No. 16361849 (Colombia); alt. Cedula No. 79183678 (Colombia) (individual) [SDNTK] (Linked To: COMPRA VENTA GERPEZ).

PEREZ OCAMPO, Santiago (a.k.a. ORTIZ ESPINEL, Juan Jose), Subasta Santa Clara, Sahagun, Colombia; DOB 15 Nov 1956; alt. DOB 10 May 1961; POB Andinapolis, Trujillo, Valle, Colombia; citizen Colombia; Cedula No. 16351833 (Colombia); alt. Cedula No. 294885 (Colombia) (individual) [SDNTK].

PEREZ OLIVAS, Luis Alberto, Chinandega, Nicaragua; DOB 08 Jan 1956; POB Leon, Nicaragua; nationality Nicaragua; Gender Male; Passport C01118568 (Nicaragua) issued 16

Nov 2011 expires 16 Nov 2021 (individual) [NICARAGUA] [NICARAGUA-NHRAA].

PEREZ PASUENGO, Efrain; DOB 1954; nationality Mexico (individual) [SDNTK].

PEREZ PAZ, Jorge Eduardo (a.k.a. CAMPBELL LICONA, David Elias; a.k.a. "CAMPBELL, David"; a.k.a. "DON DAVID"; a.k.a. "VIEJO DAN"), Nicaragua; DOB 18 Mar 1967; alt. DOB 20 Oct 1967; alt. DOB 02 Jan 1964; POB San Pedro Sula, Honduras; nationality Honduras; Gender Male; Numero de Identidad 0501-1967-02094 (Honduras) (individual) [TCO] (Linked To: MS-13).

PEREZ ROJAS, Daniel (a.k.a. GONZALEZ DIAZ, Juan), Fraccionamiento Santa Isabel, Tlajomulco De Zuniga, Jalisco, Mexico; Aldea San Cristobal, Comapa, Jutiapa, Guatemala; Valle Hermoso, Tamaulipas, Mexico; Matamoros, Tamaulipas, Mexico; DOB 10 Feb 1977; alt. DOB 28 Sep 1976; alt. DOB 11 Feb 1977; POB Moyuta, Guanajuato, Mexico; nationality Mexico; citizen Mexico; Cedula No. U22-30905 (Guatemala); Driver's License No. 1-1-22-07-00030905-3 (Guatemala) expires 2010 (individual) [SDNTK].

PEREZ ROJO, Karla (a.k.a. LOPEZ PEREZ, Gricelda; a.k.a. LOPEZ PEREZ, Griselda Natividad), Cerro de las Siete Gotas #642, Fraccionamiento Colinas de San Miguel, Culiacan, Sinaloa, Mexico; DOB 19 Aug 1959; alt. DOB 30 Dec 1966; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. LOPG590819MSLPRR04 (Mexico); alt. C.U.R.P. LOPG661230MSLPRR04 (Mexico) (individual) [SDNTK].

PEREZ SALAS, Nestor Isidro (a.k.a. "Chicken Little"; a.k.a. "GARCIA, Nestor Isidro"; a.k.a. "Nini"), Mexico; DOB 09 Mar 1992; POB Baja California, Mexico; nationality Mexico; Gender Male; C.U.R.P. PESN920309HBCRLS03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

PEREZ URDANETA, Manuel Eduardo (Latin: PÉREZ URDANETA, Manuel Eduardo); DOB 26 May 1962; POB Venezuela; citizen Venezuela; Gender Male; Cedula No. 6.357.038 (Venezuela); Passport 001234503 (Venezuela) expires 03 Jul 2012; Director of Venezuela's Bolivarian National Police (individual) [VENEZUELA].

PEREZ URIBE, Raymundo, Mexico; DOB 10 Feb 1951; POB Mexico City, Mexico; nationality Mexico; Gender Male; C.U.R.P. PEUR510210HDFRRY09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

PEREZ VERDUGO, Roberto (a.k.a. PEREZ VERDUZCO, Roberto), Calle Cerro Agudo No. 3191, Colonia Loma Linda, Culiacan, Sinaloa, Mexico; c/o SEPRIV, S.A. DE C.V., Culiacan, Sinaloa, Mexico; DOB 29 Oct 1963; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 040049618 (Mexico); R.F.C. PEVR6310292D8 (Mexico); C.U.R.P. PEVR631029HSLRRB06 (Mexico) (individual) [SDNTK].

PEREZ VERDUZCO, Roberto (a.k.a. PEREZ VERDUGO, Roberto), Calle Cerro Agudo No. 3191, Colonia Loma Linda, Culiacan, Sinaloa, Mexico; c/o SEPRIV, S.A. DE C.V., Culiacan, Sinaloa, Mexico; DOB 29 Oct 1963; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 040049618 (Mexico); R.F.C. PEVR6310292D8 (Mexico); C.U.R.P. PEVR631029HSLRRB06 (Mexico) (individual) [SDNTK].

PEREZ, Isaac Jay Galang (a.k.a. AYERAS, Abdul Kareem; a.k.a. AYERAS, Abdul Karem; a.k.a. AYERAS, Abdul Karim; a.k.a. AYERAS, Khalil; a.k.a. AYERAS, Ricardo Abdulkareem; a.k.a. AYERAS, Ricardo Abdulkarim; a.k.a. AYERAS, Ricardo Perez; a.k.a. AYERAS, Ricky; a.k.a. AYERS, Abdul Karim; a.k.a. PEREZ, Jay; a.k.a. "MUJIB, Abdul"), 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; DOB 15 Sep 1973; POB 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

PEREZ, Jay (a.k.a. AYERAS, Abdul Kareem; a.k.a. AYERAS, Abdul Karem; a.k.a. AYERAS, Abdul Karim; a.k.a. AYERAS, Khalil; a.k.a. AYERAS, Ricardo Abdulkareem; a.k.a. AYERAS, Ricardo Abdulkarim; a.k.a. AYERAS, Ricardo Perez; a.k.a. AYERAS, Ricky; a.k.a. AYERS, Abdul Karim; a.k.a. PEREZ, Isaac Jay Galang; a.k.a. "MUJIB, Abdul"), 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; DOB 15 Sep 1973; POB 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

PERFECT DAY CO (a.k.a. PERFECT DAY CO SA; a.k.a. PERFECTDAY SOCIEDAD ANONIMA; a.k.a. "EPV INTERNATIONAL"),

Bolivia Ave., 2239/301, Montevideo, Uruguay; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Nov 2014; Tax ID No. 217537690015 (Uruguay) [NPWMD] [IFSR] (Linked To: PASARGAD HELICOPTER COMPANY).

PERFECT DAY CO SA (a.k.a. PERFECT DAY CO; a.k.a. PERFECTDAY SOCIEDAD ANONIMA; a.k.a. "EPV INTERNATIONAL"), Bolivia Ave., 2239/301, Montevideo, Uruguay; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Nov 2014; Tax ID No. 217537690015 (Uruguay) [NPWMD] [IFSR] (Linked To: PASARGAD HELICOPTER COMPANY).

PERFECTDAY SOCIEDAD ANONIMA (a.k.a. PERFECT DAY CO; a.k.a. PERFECT DAY CO SA; a.k.a. "EPV INTERNATIONAL"), Bolivia Ave., 2239/301, Montevideo, Uruguay; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Nov 2014; Tax ID No. 217537690015 (Uruguay) [NPWMD] [IFSR] (Linked To: PASARGAD HELICOPTER COMPANY).

PERFILEV, Vitalii Viktorovitch (a.k.a. PERFILEV, Vitalij Viktorovic (Cyrillic: ПЕРФИЛЬЕВ, Виталий Викторович); a.k.a. PERFYLYEV, Vitalij Viktorovvij), Bangui, Central African Republic; DOB 11 Sep 1983; POB Novosibirsk, Russian Federation; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 752987491 (Russia) expires 30 Mar 2026 (individual) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

PERFILEV, Vitalij Viktorovic (Cyrillic: ПЕРФИЛЬЕВ, Виталий Викторович) (a.k.a. PERFILEV, Vitalii Viktorovitch; a.k.a. PERFYLYEV, Vitalij Viktorovvij), Bangui, Central African Republic; DOB 11 Sep 1983; POB Novosibirsk, Russian Federation; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 752987491 (Russia) expires 30 Mar 2026 (individual) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

PERFYLYEV, Vitalij Viktorovvij (a.k.a. PERFILEV, Vitalii Viktorovitch; a.k.a. PERFILEV, Vitalij Viktorovic (Cyrillic: ПЕРФИЛЬЕВ, Виталий Викторович)), Bangui, Central African Republic; DOB 11 Sep 1983; POB Novosibirsk, Russian Federation; nationality Russia; citizen Russia; Gender Male;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 752987491 (Russia) expires 30 Mar 2026 (individual) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

PERGAS ARIA MOVALLED LTD. (a.k.a. ARIA NIKAN; a.k.a. ARIA NIKAN MARINE INDUSTRY), Suite 1, 59 Azadi Ali North Sohrevardi Avenue, Tehran, Iran; No. 1 alloy 7 koy-e-nasr street, Tehran 144875, Iran; Aria Nikan Tehran PJS, Suite 59, No 2 Azadi Alley, North Sohrevardi Street, Tehran, Iran; Suite 4, No. 8 Iraj Alley, Mozafarikhah Avenue, Golha Street, Golha Square, Tehran, Iran; Website www.arianikan.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PERIC, Jozo (a.k.a. "TUKESA"); DOB 31 Jan 1959; POB Pjesevac Kula, Bosnia-Herzegovina (individual) [BALKANS].

PERIDOT SHIP MANAGEMENT (a.k.a. PERIDOT SHIPPING & TRADING LLC; a.k.a. PERIDOT SHIPPING AND TRADING LLC (Arabic: بيريدوت للتجارة والشحن ذ م م)), Sharjah Media City, Al Messaned, Al Bataeh, Sharjah, United Arab Emirates; Office 903, Arenja Chambers-II, Sector 15, CBD Belapur, Navi Mumbai, Maharashtra 400614, India; L-1, Office No. 28, Sharjah, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Nov 2018; Identification Number IMO 6170108; License 1805553.01 (United Arab Emirates); Registration Number 11594369 (United Arab Emirates) [SDGT] (Linked To: SINGH, Chiranjeev Kumar).

PERIDOT SHIPPING & TRADING LLC (a.k.a. PERIDOT SHIP MANAGEMENT; a.k.a. PERIDOT SHIPPING AND TRADING LLC (Arabic: بيريدوت للتجارة والشحن ذ م م)), Sharjah Media City, Al Messaned, Al Bataeh, Sharjah, United Arab Emirates; Office 903, Arenja Chambers-II, Sector 15, CBD Belapur, Navi Mumbai, Maharashtra 400614, India; L-1, Office No. 28, Sharjah, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Nov 2018; Identification Number IMO 6170108; License 1805553.01 (United Arab Emirates); Registration Number 11594369 (United Arab Emirates) [SDGT] (Linked To: SINGH, Chiranjeev Kumar).

PERIDOT SHIPPING AND TRADING LLC (Arabic: بيريدوت للتجارة والشحن ذ م م) (a.k.a. PERIDOT SHIP MANAGEMENT; a.k.a. PERIDOT SHIPPING & TRADING LLC), Sharjah Media City, Al Messaned, Al Bataeh, Sharjah, Sharjah, United Arab Emirates; Office 903, Arenja Chambers-II, Sector 15, CBD Belapur, Navi Mumbai, Maharashtra 400614, India; L-1, Office No. 28, Sharjah, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Nov 2018; Identification Number IMO 6170108; License 1805553.01 (United Arab Emirates); Registration Number 11594369 (United Arab Emirates) [SDGT] (Linked To: SINGH, Chiranjeev Kumar).

PERITON INZHINIRING OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PERITON INZHINIRING; a.k.a. OOO PERYTON ENGINEERING), PR-D Staropetrovskii D. 7A, Str. 5, ET 2, Office 1, Moscow 125130, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 May 2017; Tax ID No. 7703426927 (Russia); Government Gazette Number 15529479 (Russia); Registration Number 1177746442488 (Russia) [RUSSIA-EO14024].

PERKO JULLEUCHTER (a.k.a. JULLEUCHTER BY PERKO; a.k.a. JULLEUCHTER BY PERKO FAMILY WORKSHOP; a.k.a. PERKO WORKSHOP FAMILY; a.k.a. "PERKO_JULLEUCHTER"; a.k.a. "PERKOWORKSHOP"), Kaluga, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Manufacture of other porcelain and ceramic products [RUSSIA-EO14024] (Linked To: LOSEV, Aleksey Vyacheslavovich).

PERKO WORKSHOP FAMILY (a.k.a. JULLEUCHTER BY PERKO; a.k.a. JULLEUCHTER BY PERKO FAMILY WORKSHOP; a.k.a. PERKO JULLEUCHTER; a.k.a. "PERKO_JULLEUCHTER"; a.k.a. "PERKOWORKSHOP"), Kaluga, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Manufacture of other porcelain and ceramic products [RUSSIA-EO14024] (Linked To: LOSEV, Aleksey Vyacheslavovich).

PERKO, Alexey (a.k.a. LOSEV, Aleksey Vyacheslavovich (Cyrillic: ЛОСЕВ, Алексей Вячеславович); a.k.a. LOSEV, Alexey Vyacheslavovich; a.k.a. "KALUGA, Perko"), Kalugskaya Street, DOM 48, KV. 9, Kaluga, Kalugskaya Oblast 248009, Russia; DOB 10 Apr 1986; POB Kaluga, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 750643398 (Russia); National ID No. 2907229130 (Russia); Tax ID No. 402903661126 (Russia) (individual) [RUSSIA-EO14024].

PERLITE INSAAT SANAYI VE TICARET ANONIM SIRKETI, Instinye MH. Bostan Sk. No. 12 Sariyer, Istanbul, Turkey; No. 29 Resitpasa Mah.Denizbank Ust Sitesi Yol Sok, Sariyer, Istanbul, 34467, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Istanbul Chamber of Comm. No. 848039 (Turkey); Registration Number 846993-0 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

PERM ENGINE COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO ODK PERMSKIE MOTORY; a.k.a. JSC UEC PERM ENGINES; a.k.a. JSC UEC PERM MOTORS; a.k.a. PERM MOTOR PLANT; a.k.a. PERM MOTOROSTROITEL PRODUCTION ASSOCIATION; a.k.a. UNITED ENGINE CORPORATION PERM ENGINES RESEARCH AND PRODUCTION COMPLEX; a.k.a. "AO ODK PM"), 93 Komsomolskii Pr-kt, Perm 614990, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5904007312 (Russia); Registration Number 1025900893864 (Russia) [RUSSIA-EO14024].

PERM FACTORY METAL CENTERS STP STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO SOVMESTNOE TEKHNOLOGICHESKOE PREDPRIYATIE PERMSKII ZAVOD METALLOOBRABATYVAYUSHCHIKH TSENTROV; a.k.a. JOINT STOCK COMPANY TECHNOLOGICAL ENTERPRISE PERM PLANT OF METAL WORKING CENTERS; a.k.a. "AO STP PZMTS"; a.k.a. "PZMC"), 155 Promyshlennaya Street, Perm 614065, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5905951227 (Russia); Registration Number 1145958055870 (Russia) [RUSSIA-EO14024].

PERM MOTOR PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO ODK PERMSKIE MOTORY; a.k.a. JSC UEC PERM ENGINES; a.k.a. JSC UEC PERM MOTORS; a.k.a. PERM ENGINE COMPANY; a.k.a. PERM MOTOROSTROITEL

PRODUCTION ASSOCIATION; a.k.a. UNITED ENGINE CORPORATION PERM ENGINES RESEARCH AND PRODUCTION COMPLEX; a.k.a. "AO ODK PM"), 93 Komsomolskii Pr-kt, Perm 614990, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5904007312 (Russia); Registration Number 1025900893864 (Russia) [RUSSIA-EO14024].

PERM MOTOROSTROITEL PRODUCTION ASSOCIATION (a.k.a. AKTSIONERNOE OBSHCHESTVO ODK PERMSKIE MOTORY; a.k.a. JSC UEC PERM ENGINES; a.k.a. JSC UEC PERM MOTORS; a.k.a. PERM ENGINE COMPANY; a.k.a. PERM MOTOR PLANT; a.k.a. UNITED ENGINE CORPORATION PERM ENGINES RESEARCH AND PRODUCTION COMPLEX; a.k.a. "AO ODK PM"), 93 Komsomolskii Pr-kt, Perm 614990, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5904007312 (Russia); Registration Number 1025900893864 (Russia) [RUSSIA-EO14024].

PERM SCIENTIFIC RESEARCH TECHNOLOGICAL INSTITUTE (a.k.a. AKTSIONERNOE OBSHCHESTVO PERMSKI NAUCHNO-ISSLEDOVATELSKI TEKHNOLOGICHESKI INSTITUT (Cyrillic: АКЦИОНЕРНОЕ ОЬЩЕСТВО ПЕРМСКИЙ НАУЧНО-ИССЛЬСКИЙ ТЕХНОЛОГИЧЕСКИЙ ИНСТИТУТ); a.k.a. JSC PNITI; f.k.a. PNITI PAO; a.k.a. PNITI, AO (Cyrillic: АО ПНИТИ)), Ul. Geroev Khasana D. 41, Perm 614990, Russia; D. 41 Korp. 1, Pm. A261, Ul. Geroev Khasana, Perm 614064, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5904000518 (Russia); Government Gazette Number 07501343 (Russia); Registration Number 1025900913390 (Russia) [RUSSIA-EO14024].

PERMINOV, Dmitry Sergeyevich (Cyrillic: ПЕРМИНОВ, Дмитрий Сергеевич), Russia; DOB 03 Apr 1979; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PERMINOV, Sergey Nikolayevich (Cyrillic: ПЕРМИНОВ, Сергей Николаевич), Russia; DOB 16 Sep 1968; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PERMINOVA, Yelena Alekseyevna (Cyrillic: ПЕРМИНОВА, Елена Алексеевна), Russia; DOB 05 Dec 1980; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PERRILLA SANDOVAL, Allende, Colombia; DOB 25 Mar 1990; POB San Jose Del Guaviare, Guaviare, Colombia; nationality Colombia; Gender Male; Cedula No. 1061741639 (Colombia) (individual) [ILLICIT-DRUGS-EO14059].

PERSADA, Angga Dimas (a.k.a. PERSADHA, Angga Dimas; a.k.a. PERSHADA, Angga Dimas; a.k.a. PRASONDHA, Angga Dimas); DOB 04 Mar 1985; POB Jakarta, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport W344982 (Indonesia) (individual) [SDGT].

PERSADHA, Angga Dimas (a.k.a. PERSADA, Angga Dimas; a.k.a. PERSHADA, Angga Dimas; a.k.a. PRASONDHA, Angga Dimas); DOB 04 Mar 1985; POB Jakarta, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport W344982 (Indonesia) (individual) [SDGT].

PERSHADA, Angga Dimas (a.k.a. PERSADA, Angga Dimas; a.k.a. PERSADHA, Angga Dimas; a.k.a. PRASONDHA, Angga Dimas); DOB 04 Mar 1985; POB Jakarta, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport W344982 (Indonesia) (individual) [SDGT].

PERSIA HORMOZ SHIP REPAIR YARD COMPANY PJS (a.k.a. PERSIA HORMOZ SHIP REPAIRS; a.k.a. PERSIA HORMOZ SHIPYARD), 37 Km, West Bandar Abbas Road, Bandar Abbas 791453859, Iran; Website www.persiahormoz.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

PERSIA HORMOZ SHIP REPAIRS (a.k.a. PERSIA HORMOZ SHIP REPAIR YARD COMPANY PJS; a.k.a. PERSIA HORMOZ SHIPYARD), 37 Km, West Bandar Abbas Road, Bandar Abbas 791453859, Iran; Website www.persiahormoz.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

PERSIA HORMOZ SHIPYARD (a.k.a. PERSIA HORMOZ SHIP REPAIR YARD COMPANY PJS; a.k.a. PERSIA HORMOZ SHIP REPAIRS), 37 Km, West Bandar Abbas Road, Bandar Abbas 791453859, Iran; Website www.persiahormoz.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

PERSIA INTERNATIONAL BANK PLC, 6 Lothbury, EC2R 7HH, London, United Kingdom; PO Box 119871, No 209, 2nd Floor, Tower II, Al Fattan Currency House, Dubai International Financial Centre, Dubai, United Arab Emirates; SWIFT/BIC PIBPGB2L; Website www.persiabank.co.uk; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 4218020 (United Kingdom); All Offices Worldwide [SDGT] [IFSR] (Linked To: BANK MELLAT).

PERSIA OIL & GAS INDUSTRY DEVELOPMENT CO. (Arabic: شرکت توسعه صنعت نفت و گاز پرشیا) (a.k.a. PERSIA OIL AND GAS INDUSTRY DEVELOPMENT CO.; a.k.a. TOSE SANAT-E NAFT VA GAS PERSIA), 7th Floor, No. 346, Mirdamad Avenue, Tehran, Iran; Ground Floor, No. 14, Saba Street, Africa Boulevard, Tehran, Iran; Website http://www.pogidc.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102933619 (Iran); Registration Number 252925 (Iran) [IRAN] [IRAN-EO13876] (Linked To: TADBIR ENERGY DEVELOPMENT GROUP CO.).

PERSIA OIL AND GAS INDUSTRY DEVELOPMENT CO. (a.k.a. PERSIA OIL & GAS INDUSTRY DEVELOPMENT CO. (Arabic: شرکت توسعه صنعت نفت و گاز پرشیا); a.k.a. TOSE SANAT-E NAFT VA GAS PERSIA), 7th Floor, No. 346, Mirdamad Avenue, Tehran, Iran; Ground Floor, No. 14, Saba Street, Africa Boulevard, Tehran, Iran; Website http://www.pogidc.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102933619 (Iran); Registration Number 252925 (Iran) [IRAN] [IRAN-EO13876] (Linked To: TADBIR ENERGY DEVELOPMENT GROUP CO.).

PERSIAN GULF APADANA PETROCHEMICAL COMPANY (a.k.a. APADANA PERSIAN GULF PETROCHEMICAL COMPANY), Unit 14, 3rd

Floor, No. 22, 5th Alley, Vozara St (Khalede Eslamboli), District 6, Tehran, Iran; Website http://pgapco.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PERSIAN GULF BID BOLAND GAS REFINERY COMPANY (a.k.a. PERSIAN GULF BIDBOLAND GAS TREATING COMPANY), Unit 501, Fifth Floor, Block 8, Shahid Beheshti Street, Ahmad Qasir, Bukharest Avenue, 1513645311, Iran; Website www.pgbidboland.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 389019 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PERSIAN GULF BIDBOLAND GAS TREATING COMPANY (a.k.a. PERSIAN GULF BID BOLAND GAS REFINERY COMPANY), Unit 501, Fifth Floor, Block 8, Shahid Beheshti Street, Ahmad Qasir, Bukharest Avenue, 1513645311, Iran; Website www.pgbidboland.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 389019 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PERSIAN GULF FAJR YADAVARAN GAS REFINERY COMPANY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PERSIAN GULF KHATAR-PAZIR INVESTMENT COMPANY (a.k.a. PERSIAN GULF SABZ KARAFARINAN), No. 17, Fifth Floor, 17th Alley, Vozara Street, Tehran, Iran; Website www.persiangulffvc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: TOSE-E MELLI GROUP INVESTMENT COMPANY).

PERSIAN GULF PETROCHEMICAL INDUSTRIES (a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES CO. PLC; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY CO.; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY COMPANY; a.k.a. PGPIC), No. 38, Avenue Karim Khan Zand Blvd., Hafte Tir Square, Tehran 1584893313, Iran; No. 38,

Karim Khan Zand Street, Haft Tir Square, Tehran 1584851181, Iran; Website www.pgpic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 89243 (Iran) [NPWMD] [IFSR] (Linked To: KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH).

PERSIAN GULF PETROCHEMICAL INDUSTRIES CO. PLC (a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY CO.; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY COMPANY; a.k.a. PGPIC), No. 38, Avenue Karim Khan Zand Blvd., Hafte Tir Square, Tehran 1584893313, Iran; No. 38, Karim Khan Zand Street, Haft Tir Square, Tehran 1584851181, Iran; Website www.pgpic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 89243 (Iran) [NPWMD] [IFSR] (Linked To: KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH).

PERSIAN GULF PETROCHEMICAL INDUSTRIES COMMERCIAL COMPANY (a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY-COMMERCIAL COMPANY; a.k.a. PGPICC), No. 38, Karimkhan Zand Boulevard, Haft Tir Square, Tehran 158489331, Iran; P.O. Box 1584851181, Tehran, Iran; Website www.pgpicc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 476760 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PERSIAN GULF PETROCHEMICAL INDUSTRY (a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES CO. PLC; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY CO.; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY COMPANY; a.k.a. PGPIC), No. 38, Avenue Karim Khan Zand Blvd., Hafte Tir Square, Tehran 1584893313, Iran; No. 38, Karim Khan Zand Street, Haft Tir Square, Tehran 1584851181, Iran; Website www.pgpic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 89243 (Iran) [NPWMD] [IFSR] (Linked To:

KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH).

PERSIAN GULF PETROCHEMICAL INDUSTRY CO. (a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES CO. PLC; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY COMPANY; a.k.a. PGPIC), No. 38, Avenue Karim Khan Zand Blvd., Hafte Tir Square, Tehran 1584893313, Iran; No. 38, Karim Khan Zand Street, Haft Tir Square, Tehran 1584851181, Iran; Website www.pgpic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 89243 (Iran) [NPWMD] [IFSR] (Linked To: KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH).

PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL (a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES COMMERCIAL COMPANY; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY-COMMERCIAL COMPANY; a.k.a. PGPICC), No. 38, Karimkhan Zand Boulevard, Haft Tir Square, Tehran 158489331, Iran; P.O. Box 1584851181, Tehran, Iran; Website www.pgpicc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 476760 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO. (a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES COMMERCIAL COMPANY; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY-COMMERCIAL COMPANY; a.k.a. PGPICC), No. 38, Karimkhan Zand Boulevard, Haft Tir Square, Tehran 158489331, Iran; P.O. Box 1584851181, Tehran, Iran; Website www.pgpicc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 476760 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PERSIAN GULF PETROCHEMICAL INDUSTRY COMPANY (a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES; a.k.a. PERSIAN GULF PETROCHEMICAL

INDUSTRIES CO. PLC; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY CO.; a.k.a. PGPIC), No. 38, Avenue Karim Khan Zand Blvd., Hafte Tir Square, Tehran 1584893313, Iran; No. 38, Karim Khan Zand Street, Haft Tir Square, Tehran 1584851181, Iran; Website www.pgpic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 89243 (Iran) [NPWMD] [IFSR] (Linked To: KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH).

PERSIAN GULF PETROCHEMICAL INDUSTRY-COMMERCIAL COMPANY (a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES COMMERCIAL COMPANY; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.; a.k.a. PGPICC), No. 38, Karimkhan Zand Boulevard, Haft Tir Square, Tehran 158489331, Iran; P.O. Box 1584851181, Tehran, Iran; Website www.pgpicc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 476760 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PERSIAN GULF SABZ KARAFARINAN (a.k.a. PERSIAN GULF KHATAR-PAZIR INVESTMENT COMPANY), No. 17, Fifth Floor, 17th Alley, Vozara Street, Tehran, Iran; Website www.persiangulffvc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: TOSE-E MELLI GROUP INVESTMENT COMPANY).

PERSIAN GULF SHIPPING LINES LTD (a.k.a. KHALIJ-E FARS (PERSIAN GULF) SHIPPING LINES; a.k.a. "PGSL"), Strovolos Center, Flat No. 204, Floor No. 2, Strovolou 77, Nicosia 2018, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. C334268 (Cyprus) [IRAN].

PERSIAN GULF STAR OIL (Arabic: نفت سیتاره خالیج فارس) (a.k.a. NAFT SETAREH KHALIJ FARS (Arabic: نفت ستره خالج فارس شرکت سهامی خاس); a.k.a. PERSIAN GULF STAR OIL COMPANY (Arabic: شرکت نفت ستاره خالیج فارس); a.k.a. PERSIAN GULF STAR REFINERY; a.k.a. "P.G.S.O.C."), Davoodieh, Vaziripour Street, Kavoosi Street, Number 14, Grand Building, 1st Floor, Unit 3, Tehran 15469-

14411, Iran; No. 30 Western Roodsar Alley, Hafez Street, Taleghani Avenue, Tehran, Iran; 13 km from Bandar Abbas to Bandar Khumir, Sardar Shahid Ghasem Soleimani Boulevard, Oil Field, Self-Sufficiency Boulevard, Persian Gulf Oil Star Company, Bandar Abbas 7931181183, Iran; Website https://www.pgsoc.ir; National ID No. 10103244425 (Iran); Identification Number 11010103244425 (Iran); Registration Number 287889 (Iran) [IRAN-EO13846].

PERSIAN GULF STAR OIL COMPANY (Arabic: شرکت نفت ستاره خالیج فارس) (a.k.a. NAFT SETAREH KHALIJ FARS (Arabic: نفت ستره خالج فارس); a.k.a. PERSIAN GULF STAR OIL (Arabic: نفت سیتاره خالیج فارس); a.k.a. PERSIAN GULF STAR REFINERY; a.k.a. "P.G.S.O.C."), Davoodieh, Vaziripour Street, Kavoosi Street, Number 14, Grand Building, 1st Floor, Unit 3, Tehran 15469-14411, Iran; No. 30 Western Roodsar Alley, Hafez Street, Taleghani Avenue, Tehran, Iran; 13 km from Bandar Abbas to Bandar Khumir, Sardar Shahid Ghasem Soleimani Boulevard, Oil Field, Self-Sufficiency Boulevard, Persian Gulf Oil Star Company, Bandar Abbas 7931181183, Iran; Website https://www.pgsoc.ir; National ID No. 10103244425 (Iran); Identification Number 11010103244425 (Iran); Registration Number 287889 (Iran) [IRAN-EO13846].

PERSIAN GULF STAR REFINERY (a.k.a. NAFT SETAREH KHALIJ FARS (Arabic: نفت ستره خالج فارس); a.k.a. PERSIAN GULF STAR OIL (Arabic: نفت سیتاره خالیج فارس); a.k.a. PERSIAN GULF STAR OIL COMPANY (Arabic: شرکت نفت ستاره خالیج فارس); a.k.a. "P.G.S.O.C."), Davoodieh, Vaziripour Street, Kavoosi Street, Number 14, Grand Building, 1st Floor, Unit 3, Tehran 15469-14411, Iran; No. 30 Western Roodsar Alley, Hafez Street, Taleghani Avenue, Tehran, Iran; 13 km from Bandar Abbas to Bandar Khumir, Sardar Shahid Ghasem Soleimani Boulevard, Oil Field, Self-Sufficiency Boulevard, Persian Gulf Oil Star Company, Bandar Abbas 7931181183, Iran; Website https://www.pgsoc.ir; National ID No. 10103244425 (Iran); Identification Number 11010103244425 (Iran); Registration Number 287889 (Iran) [IRAN-EO13846].

PERSISTENT PETROCHEM PRIVATE LIMITED, Unit 209, Plot No. C-5 , E-Block, B K Complex, Keshava Commercial Premises Cooperative Society, Bandra East, Mumbai, Maharashtra

400051, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 28 Nov 2022; C.I.N. U24299MH2022PTC394244 (India); Legal Entity Number 9845003D4BF65E039M32 [IRAN-EO13846].

PERSONAS UNIDAS HOAS, S.A.P.I. DE C.V., Mexico City, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Apr 2021; Organization Type: Wholesale and retail trade; Folio Mercantil No. N-2021029609 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: BENGUIAT JIMENEZ, Alberto David).

PERU GLOBAL TOURS S.A.C., Calle Soledad 113, Oficina 301, Lima, Peru; RUC # 20509567418 (Peru) [SDNTK].

PERU TOTAL MARKET E.I.R.L., Jr. Washington 1214, Lima, Peru; RUC # 20512036661 (Peru) [SDNTK].

PERUVIAN PRECIOUS METALS S.A.C., Jr. Comunidad Industrial 293, Chorillos, Lima, Peru; RUC # 20502799445 (Peru) [SDNTK].

PERVYSHOV, Evgeny Alekseyevich (Cyrillic: ПЕРВЫШОВ, Евгений Алексеевич), Russia; DOB 04 May 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PESCA MEDITERRANEA LIMITED (a.k.a. OCEANO BLU TRADING LIMITED), Flat 2, Merill Court, Fuxa Street, San Gwann SGN 1308, Malta; D-U-N-S Number 52-023-2342; V.A.T. Number MT21195831 (Malta); Tax ID No. 21195831 (Malta); Trade License No. C 58157 (Malta) [LIBYA3].

PESCABRAVA, S.A., Spain [CUBA].

PESHAWARI, Abu Mohammad Aminullah (a.k.a. AL-BISHAURI, Abu Mohammad Shaykh Aminullah; a.k.a. AL-PESHAWARI, Shaykh Abu Mohammed Ameen; a.k.a. AL-PESHAWARI, Shaykh Aminullah; a.k.a. AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed; a.k.a. BISHAWRI, Abu Mohammad Amin; a.k.a. GUL AL-PAKISTANI, Niaz Muhammad Muhammada; a.k.a. MUHAMMAD, Niaz; a.k.a. "AMINULLAH, Shaykh"; a.k.a. "AMINULLAH, Sheik"; a.k.a. "SHAYKH AMEEN"), Ganj District, Peshawar, Khyber Pakhtunkhwa, Pakistan; House number T-876 Galli Mohallah, Sheikh Abad number 4, Peshawar, Khyber Pakhtunkhwa, Pakistan;

Saudi Arabia; DOB circa 01 Jan 1961; POB Shunkrai village, Sarkani District, Konar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport FU0152122 (Pakistan) expires 24 Apr 2017; alt. Passport FU0152121 (Pakistan) (individual) [SDGT] (Linked To: JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

PESKOV, Dmitrii Sergeevich (a.k.a. PESKOV, Dmitrii Sergeyevich; a.k.a. PESKOV, Dmitriy Sergeevich (Cyrillic: ПЕСКОВ, Дмитрий Сергеевич); a.k.a. PESKOV, Dmitriy Sergeyevich; a.k.a. PESKOV, Dmitry Sergeevich; a.k.a. PESKOV, Dmitry Sergeyevich; a.k.a. PESKOV, Dmitryi Sergeevich; a.k.a. PESKOV, Dmitryi Sergeyevich), Moscow, Russia; DOB 17 Oct 1967; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

PESKOV, Dmitrii Sergeyevich (a.k.a. PESKOV, Dmitrii Sergeevich; a.k.a. PESKOV, Dmitriy Sergeevich (Cyrillic: ПЕСКОВ, Дмитрий Сергеевич); a.k.a. PESKOV, Dmitriy Sergeyevich; a.k.a. PESKOV, Dmitry Sergeevich; a.k.a. PESKOV, Dmitry Sergeyevich; a.k.a. PESKOV, Dmitryi Sergeevich; a.k.a. PESKOV, Dmitryi Sergeyevich), Moscow, Russia; DOB 17 Oct 1967; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

PESKOV, Dmitriy Sergeevich (Cyrillic: ПЕСКОВ, Дмитрий Сергеевич) (a.k.a. PESKOV, Dmitrii Sergeevich; a.k.a. PESKOV, Dmitrii Sergeyevich; a.k.a. PESKOV, Dmitriy Sergeyevich; a.k.a. PESKOV, Dmitry Sergeevich; a.k.a. PESKOV, Dmitry Sergeyevich; a.k.a. PESKOV, Dmitryi Sergeevich; a.k.a. PESKOV, Dmitryi Sergeyevich), Moscow, Russia; DOB 17 Oct 1967; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

PESKOV, Dmitriy Sergeyevich (a.k.a. PESKOV, Dmitrii Sergeevich; a.k.a. PESKOV, Dmitrii Sergeyevich; a.k.a. PESKOV, Dmitriy Sergeevich (Cyrillic: ПЕСКОВ, Дмитрий Сергеевич); a.k.a. PESKOV, Dmitry Sergeevich; a.k.a. PESKOV, Dmitry

Sergeyevich; a.k.a. PESKOV, Dmitryi Sergeevich; a.k.a. PESKOV, Dmitryi Sergeyevich), Moscow, Russia; DOB 17 Oct 1967; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

PESKOV, Dmitry Sergeevich (a.k.a. PESKOV, Dmitrii Sergeevich; a.k.a. PESKOV, Dmitrii Sergeyevich; a.k.a. PESKOV, Dmitriy Sergeevich (Cyrillic: ПЕСКОВ, Дмитрий Сергеевич); a.k.a. PESKOV, Dmitriy Sergeyevich; a.k.a. PESKOV, Dmitry Sergeyevich; a.k.a. PESKOV, Dmitryi Sergeevich; a.k.a. PESKOV, Dmitryi Sergeyevich), Moscow, Russia; DOB 17 Oct 1967; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

PESKOV, Dmitry Sergeyevich (a.k.a. PESKOV, Dmitrii Sergeevich; a.k.a. PESKOV, Dmitrii Sergeyevich; a.k.a. PESKOV, Dmitriy Sergeevich (Cyrillic: ПЕСКОВ, Дмитрий Сергеевич); a.k.a. PESKOV, Dmitriy Sergeyevich; a.k.a. PESKOV, Dmitry Sergeevich; a.k.a. PESKOV, Dmitryi Sergeevich; a.k.a. PESKOV, Dmitryi Sergeyevich), Moscow, Russia; DOB 17 Oct 1967; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

PESKOV, Dmitryi Sergeevich (a.k.a. PESKOV, Dmitrii Sergeevich; a.k.a. PESKOV, Dmitrii Sergeyevich; a.k.a. PESKOV, Dmitriy Sergeevich (Cyrillic: ПЕСКОВ, Дмитрий Сергеевич); a.k.a. PESKOV, Dmitriy Sergeyevich; a.k.a. PESKOV, Dmitry Sergeevich; a.k.a. PESKOV, Dmitry Sergeyevich; a.k.a. PESKOV, Dmitryi Sergeyevich), Moscow, Russia; DOB 17 Oct 1967; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

PESKOV, Dmitryi Sergeyevich (a.k.a. PESKOV, Dmitrii Sergeevich; a.k.a. PESKOV, Dmitrii Sergeyevich; a.k.a. PESKOV, Dmitriy Sergeevich (Cyrillic: ПЕСКОВ, Дмитрий Сергеевич); a.k.a. PESKOV, Dmitriy Sergeyevich; a.k.a. PESKOV, Dmitry Sergeevich; a.k.a. PESKOV, Dmitry Sergeyevich; a.k.a. PESKOV, Dmitryi Sergeevich), Moscow, Russia; DOB 17 Oct

1967; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

PESKOV, Liza (a.k.a. PESKOVA, Elizaveta Dmitrievna; a.k.a. PESKOVA, Elizaveta Dmitriyevna; a.k.a. PESKOVA, Liza; a.k.a. PESKOVA, Yelizaveta), Moscow, Russia; Paris, France; Brussels, Belgium; DOB 09 Jan 1998; POB Ankara, Turkey; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PESKOV, Dmitriy Sergeevich).

PESKOV, Nikolay (a.k.a. CHOLES, Nikolai; a.k.a. CHOULZ, Nikolay Dmitrievich; a.k.a. CHOULZ, Nikolay Dmitriyevich), B. Dorogomilovskaia, 7 81, Moscow 127473, Russia; DOB 03 Feb 1990; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 721123760 (Russia) issued 12 Sep 2012 expires 12 Sep 2022; National ID No. 4516913332 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PESKOV, Dmitriy Sergeevich).

PESKOVA, Elizaveta Dmitrievna (a.k.a. PESKOV, Liza; a.k.a. PESKOVA, Elizaveta Dmitriyevna; a.k.a. PESKOVA, Liza; a.k.a. PESKOVA, Yelizaveta), Moscow, Russia; Paris, France; Brussels, Belgium; DOB 09 Jan 1998; POB Ankara, Turkey; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PESKOV, Dmitriy Sergeevich).

PESKOVA, Elizaveta Dmitriyevna (a.k.a. PESKOV, Liza; a.k.a. PESKOVA, Elizaveta Dmitrievna; a.k.a. PESKOVA, Liza; a.k.a. PESKOVA, Yelizaveta), Moscow, Russia; Paris, France; Brussels, Belgium; DOB 09 Jan 1998; POB Ankara, Turkey; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PESKOV, Dmitriy Sergeevich).

PESKOVA, Liza (a.k.a. PESKOV, Liza; a.k.a. PESKOVA, Elizaveta Dmitrievna; a.k.a. PESKOVA, Elizaveta Dmitriyevna; a.k.a. PESKOVA, Yelizaveta), Moscow, Russia; Paris, France; Brussels, Belgium; DOB 09 Jan 1998; POB Ankara, Turkey; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.

(individual) [RUSSIA-EO14024] (Linked To: PESKOV, Dmitriy Sergeevich).

PESKOVA, Yelizaveta (a.k.a. PESKOV, Liza; a.k.a. PESKOVA, Elizaveta Dmitrievna; a.k.a. PESKOVA, Elizaveta Dmitriyevna; a.k.a. PESKOVA, Liza), Moscow, Russia; Paris, France; Brussels, Belgium; DOB 09 Jan 1998; POB Ankara, Turkey; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PESKOV, Dmitriy Sergeevich).

PESTI, Victoria (a.k.a. AFANASYEVA, Elena Mikhaylovna (Cyrillic: АФАНАСЬЕВА, Елена Михайловна); a.k.a. SHUDRA, Helena), Moscow, Russia; DOB 22 Jun 1997; POB Saratov, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 752654183 (Russia) (individual) [RUSSIA-EO14024].

PETERSBURG INTELLIGENT TRANSPORT LOGISTICS (a.k.a. PIT LOGISTICS; a.k.a. PIT LOGISTIKS), Pr-kt Leninskii d. 153, pomeshch. 233N office 718, Saint Petersburg 196247, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810639510 (Russia); Registration Number 1167847504219 (Russia) [RUSSIA-EO14024].

PETERSBURG SOCIAL COMMERCIAL BANK OPEN JOINT STOCK COMPANY (a.k.a. JOINT STOCK COMPANY PETERSBURG SOCIAL COMMERCIAL BANK; a.k.a. JSC BANK PSCB), Ul. Shpalernaya D. 42, Saint Petersburg 191123, Russia; Moscow, Russia; SWIFT/BIC PSOCRU2P; alt. SWIFT/BIC PSOCRUA1; Website http://www.pscb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Oct 1993; Target Type Financial Institution; Tax ID No. 7831000965 (Russia); Identification Number 3QL4V4.99999.SL.643 (Russia); Legal Entity Number 25340080MLWXGXT26935; Registration Number 1027800000227 (Russia) [RUSSIA-EO14024].

PETINA, Irina Alexandrovna (Cyrillic: ПЕТИНА, Ирина Александровна), Russia; DOB 31 Aug 1972; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PETKEVICH, Nataliya Uladzimirauna (a.k.a. PETKEVICH, Nataliya Vladimirovna; a.k.a. PETKEVICH, Natallia Uladzimirauna; a.k.a. PETKEVICH, Natallia Vladimirovna; a.k.a. PETKEVICH, Natalya Uladzimirauna; a.k.a. PETKEVICH, Natalya Vladimirovna; a.k.a. PIATKEVICH, Nataliya Uladzimirauna; a.k.a. PIATKEVICH, Nataliya Vladimirovna; a.k.a. PIATKEVICH, Natallia Uladzimirauna; a.k.a. PIATKEVICH, Natallia Vladimirovna; a.k.a. PIATKEVICH, Natalya Uladzimirauna; a.k.a. PIATKEVICH, Natalya Vladimirovna) DOB 24 Oct 1972; POB Minsk, Belarus; Deputy Head of the President's Administration (individual) [BELARUS].

PETKEVICH, Nataliya Vladimirovna (a.k.a. PETKEVICH, Nataliya Uladzimirauna; a.k.a. PETKEVICH, Natallia Uladzimirauna; a.k.a. PETKEVICH, Natallia Vladimirovna; a.k.a. PETKEVICH, Natalya Uladzimirauna; a.k.a. PETKEVICH, Natalya Vladimirovna; a.k.a. PIATKEVICH, Nataliya Uladzimirauna; a.k.a. PIATKEVICH, Nataliya Vladimirovna; a.k.a. PIATKEVICH, Natallia Uladzimirauna; a.k.a. PIATKEVICH, Natallia Vladimirovna; a.k.a. PIATKEVICH, Natalya Uladzimirauna; a.k.a. PIATKEVICH, Natalya Vladimirovna) DOB 24 Oct 1972; POB Minsk, Belarus; Deputy Head of the President's Administration (individual) [BELARUS].

PETKEVICH, Natallia Uladzimirauna (a.k.a. PETKEVICH, Nataliya Uladzimirauna; a.k.a. PETKEVICH, Nataliya Vladimirovna; a.k.a. PETKEVICH, Natallia Vladimirovna; a.k.a. PETKEVICH, Natalya Uladzimirauna; a.k.a. PETKEVICH, Natalya Vladimirovna; a.k.a. PIATKEVICH, Nataliya Uladzimirauna; a.k.a. PIATKEVICH, Nataliya Vladimirovna; a.k.a. PIATKEVICH, Natallia Uladzimirauna; a.k.a. PIATKEVICH, Natallia Vladimirovna; a.k.a. PIATKEVICH, Natalya Uladzimirauna; a.k.a. PIATKEVICH, Natalya Vladimirovna) DOB 24 Oct 1972; POB Minsk, Belarus; Deputy Head of the President's Administration (individual) [BELARUS].

PETKEVICH, Natallia Vladimirovna (a.k.a. PETKEVICH, Nataliya Uladzimirauna; a.k.a. PETKEVICH, Nataliya Vladimirovna; a.k.a. PETKEVICH, Natallia Uladzimirauna; a.k.a. PETKEVICH, Natalya Uladzimirauna; a.k.a. PETKEVICH, Natalya Vladimirovna; a.k.a. PIATKEVICH, Nataliya Uladzimirauna; a.k.a. PIATKEVICH, Nataliya Vladimirovna; a.k.a. PIATKEVICH, Natallia Uladzimirauna; a.k.a. PIATKEVICH, Natallia Vladimirovna; a.k.a.

PIATKEVICH, Natalya Uladzimirauna; a.k.a. PIATKEVICH, Natalya Vladimirovna); DOB 24 Oct 1972; POB Minsk, Belarus; Deputy Head of the President's Administration (individual) [BELARUS].

PETKEVICH, Natalya Uladzimirauna (a.k.a. PETKEVICH, Nataliya Uladzimirauna; a.k.a. PETKEVICH, Nataliya Vladimirovna; a.k.a. PETKEVICH, Natallia Uladzimirauna; a.k.a. PETKEVICH, Natallia Vladimirovna; a.k.a. PETKEVICH, Natalya Vladimirovna; a.k.a. PIATKEVICH, Nataliya Uladzimirauna; a.k.a. PIATKEVICH, Nataliya Vladimirovna; a.k.a. PIATKEVICH, Natallia Uladzimirauna; a.k.a. PIATKEVICH, Natallia Vladimirovna; a.k.a. PIATKEVICH, Natalya Uladzimirauna; a.k.a. PIATKEVICH, Natalya Vladimirovna); DOB 24 Oct 1972; POB Minsk, Belarus; Deputy Head of the President's Administration (individual) [BELARUS].

PETKEVICH, Natalya Vladimirovna (a.k.a. PETKEVICH, Nataliya Uladzimirauna; a.k.a. PETKEVICH, Nataliya Vladimirovna; a.k.a. PETKEVICH, Natallia Uladzimirauna; a.k.a. PETKEVICH, Natallia Vladimirovna; a.k.a. PETKEVICH, Natalya Uladzimirauna; a.k.a. PIATKEVICH, Nataliya Uladzimirauna; a.k.a. PIATKEVICH, Nataliya Vladimirovna; a.k.a. PIATKEVICH, Natallia Uladzimirauna; a.k.a. PIATKEVICH, Natallia Vladimirovna; a.k.a. PIATKEVICH, Natalya Uladzimirauna; a.k.a. PIATKEVICH, Natalya Vladimirovna); DOB 24 Oct 1972; POB Minsk, Belarus; Deputy Head of the President's Administration (individual) [BELARUS].

PETRA NAVIGATION & INTERNATIONAL TRADING CO. LTD. (a.k.a. AL PETRA COMPANY FOR GOODS TRANSPORT LTD; a.k.a. PETRA NAVIGATION AND INTERNATIONAL TRADING CO. LTD.), Hai Al Wahda Mahalat 906, 906 Zulak 50, House 14, Baghdad, Iraq [IRAQ2].

PETRA NAVIGATION AND INTERNATIONAL TRADING CO. LTD. (a.k.a. AL PETRA COMPANY FOR GOODS TRANSPORT LTD; a.k.a. PETRA NAVIGATION & INTERNATIONAL TRADING CO. LTD.), Hai Al Wahda Mahalat 906, 906 Zulak 50, House 14, Baghdad, Iraq [IRAQ2].

PETRIC, Zoran; DOB 18 Jul 1964; POB Banovici, Bosnia-Herzegovina (individual) [BALKANS].

PETRICA, Johan (a.k.a. ROMERO, Yohan Jose), Venezuela; DOB 31 Oct 1977; POB Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

PETRO BURGOS, Nicolas Fernando, Barranquilla, Colombia; DOB 21 Jun 1986; POB Cienaga de Oro, Colombia; nationality Colombia; Gender Male (individual) [ILLICIT-DRUGS-EO14059] (Linked To: PETRO URREGO, Gustavo Francisco).

PETRO CHINA PARS CO. (Arabic: شرکت پترو چین پارس) (a.k.a. PARS PETROCHINA COMPANY), No. 25, Second Alley, Zarafshan Shomali, Shahrak Qarb, Tehran, Iran; First Floor, Unit No. 281, Salehiar Commercial Complex, Chabahar Free Zone 9971769479, Iran; Website www.petrochinapars.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 May 2013; National ID No. 14003437540 (Iran); Registration Number 1825 (Iran) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

PETRO DIAMOND (a.k.a. PETRO GREEN; a.k.a. PETROGREEN), B-8-1 Block B Megan Ave. II, 12 Jalan Yap Kwan Seng, Kuala Lumpur, Malaysia; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PETRO ENERGY INTERTRADE COMPANY, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

PETRO GRAND FZE, Al Hamra Industrial Zone FZ, Ras Al Khaimah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

PETRO GREEN (a.k.a. PETRO DIAMOND; a.k.a. PETROGREEN), B-8-1 Block B Megan Ave. II, 12 Jalan Yap Kwan Seng, Kuala Lumpur, Malaysia; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PETRO IRAN DEVELOPMENT COMPANY (a.k.a. PETROIRAN DEVELOPMENT COMPANY (PEDCO) LIMITED; a.k.a. "PEDCO"), 41, 1st Floor, International House, The Parade, St. Helier JE2 3QQ, Jersey; National Iranian Oil Company - PEDCO, P.O. Box 2965, Al Bathaa Tower, 9th Floor, Apt. 905, Al Buhaira Corniche, Sharjah, United Arab Emirates; P.O. Box 15875-6731, Tehran, Iran; No. 22, 7th Lane, Khalid Eslamboli Street, Shahid Beheshti Avenue, Tehran, Iran; No. 102,

Next to Shahid Amir Soheil Tabrizian Alley, Shahid Dastgerdi (Ex Zafar) Street, Shariati Street, Tehran 19199/45111, Iran; Kish Harbour, Bazargan Ferdos Warehouses, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 67493 (Jersey); all offices worldwide [IRAN].

PETRO NAVIERO PTE. LTD., 20 Upper Circular Road, 02-10/12 The Riverwalk, 058416, Singapore; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 31 Mar 2021; Commercial Registry Number 202111423D (Singapore) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

PETRO PALAYESH KANGAN (a.k.a. KANGAN PETRO REFINING; a.k.a. KANGAN PETRO REFINING COMPANY; a.k.a. KANGAN PETRO REFINING PRIVATE JOINT STOCK COMPANY (Arabic: شرکت پترو پالایش کنگان سهامی خاص); a.k.a. PISHKESVATAN-E MOJARAB-E PARSI COMMERCIAL SERVICES (Arabic: خدمات بازرگانی پیش کسوتان مجرب پارس شرکت سهامی خاص)), Nezami Ganjavi Neighborhood, Abbaspoor Street, Shahin Street, Number 1, 5th Floor, Unit 10, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Nov 2012; Commercial Registry Number 10320829716 (Iran) [IRAN-EO13846].

PETRO PARSA CASPIAN IRANIAN COMPANY (Arabic: شرکت پترو پارسا کاسپین ایرانیان), Number 1, Basement Level 1, Vida Street, Hovizeh Street, Shahid Qandi-Nilufar, Central Section, Tehran, Tehran 1553613111, Iran; Organization Established Date 03 Aug 2016; National ID No. 14006050028 (Iran); Registration Number 496098 (Iran) [IRAN-EO13902] (Linked To: EMAMJOMEH, Seyed Asadoollah).

PETRO PLUS LIMITED (a.k.a. PETROPLUS LTD; f.k.a. TIKO TIKO LTD.), Office 5B, Level 8, Portomaso Business Tower, Portomaso Avenue, St. Julians STJ 4011, Malta; D-U-N-S Number 52-024-2307; V.A.T. Number MT20084637 (Malta); Tax ID No. 20084637 (Malta); Trade License No. C 50905 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

PETRO ROYAL FZE, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

PETRO SUISSE INTERTRADE COMPANY SA, 6 Avenue de la Tour-Haldimand, Pully 1009,

Switzerland; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

PETRO URREGO, Gustavo Francisco, Bogota, Colombia; DOB 19 Apr 1960; POB Zipaquira, Colombia; nationality Colombia; citizen Colombia; alt. citizen Italy; Gender Male; Cedula No. 208079 (Colombia) (individual) [ILLICIT-DRUGS-EO14059].

PETRO WELT TECHNOLOGIES (Cyrillic: ПЕТРО ВЕЛТ ТЕХНОЛОДЖИС), Per. 2-I Kazachii D. 4, Str. 1, Moscow 119180, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 31 Aug 2015; Tax ID No. 7706425914 (Russia); Registration Number 1157746800133 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PETROBARRANCOS, S.A. DE C.V. (n.k.a. SERVICIOS Y GASOLINERAS BARRANCOS, S.A. DE C.V.), Av. Benjamin Hill No. 5602, Col. Industrial el Palmito, Culiacan, Sinaloa C.P. 80160, Mexico; R.F.C. PET-990309-G64 (Mexico) [SDNTK].

PETROCHEM SOUTH EAST LTD, Hong Kong, China; C.R. No. 2400605 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

PETROCHEMICAL COMMERCIAL COMPANY (a.k.a. IRAN PETROCHEMICAL COMMERCIAL COMPANY; a.k.a. SHERKATE BASARGANI PETROCHEMIE (SAHAMI KHASS); a.k.a. SHERKATE BAZARGANI PETRCHEMIE; a.k.a. "IPCC"; a.k.a. "PCC"), No. 1339, Vali Nejad Alley, Vali-e-Asr St., Vanak Sq., Tehran, Iran; INONU CAD. SUMER Sok., Zitas Bloklari C.2 Bloc D.H, Kozyatagi, Kadikoy, Istanbul, Turkey; Topcu Ibrahim Sokak No: 13 D: 7 Icerenkoy-Kadikoy, Istanbul, Turkey; 99-A, Maker Tower F, 9th Floor, Cuffe Parade, Colabe, Mumbai 400 005, India; No. 1014, Doosan We've Pavilion, 58, Soosong-Dong, Jongno-Gu, Seoul, Korea, South; Office No. 707, No. 10, Chao Waidajie, Chao Tang District, Beijing 100020, China; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

PETROCHEMICAL COMMERCIAL COMPANY (U.K.) LIMITED (a.k.a. PCC (UK); a.k.a. PCC UK; a.k.a. PCC UK LTD), 4 Victoria Street, London SW1H 0NE, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 02647333 (United Kingdom); all offices worldwide [IRAN].

PETROCHEMICAL COMMERCIAL COMPANY FZE (a.k.a. PCC FZE), 1703, 17th Floor, Dubai World Trade Center Tower, Sheikh Zayed Road, Dubai, United Arab Emirates; Office No. 99-A, Maker Tower "F" 9th Floor Cutte Pavade, Colabe, Mumbai 700005, India; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL (a.k.a. PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL LIMITED; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL LTD; a.k.a. PETROCHEMICAL TRADING COMPANY LIMITED; a.k.a. "PCCI"), 41, 1st Floor, International House, The Parade, St. Helier JE2 3QQ, Jersey; Ave. 54, Yimpash Business Center, No. 506, 507, Ashkhabad 744036, Turkmenistan; P.O. Box 261539, Jebel Ali, Dubai, United Arab Emirates; No. 21 End of 9th St, Gandi Ave, Tehran, Iran; 21, Africa Boulevard, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 77283 (Jersey); all offices worldwide [IRAN].

PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL LIMITED (a.k.a. PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL LTD; a.k.a. PETROCHEMICAL TRADING COMPANY LIMITED; a.k.a. "PCCI"), 41, 1st Floor, International House, The Parade, St. Helier JE2 3QQ, Jersey; Ave. 54, Yimpash Business Center, No. 506, 507, Ashkhabad 744036, Turkmenistan; P.O. Box 261539, Jebel Ali, Dubai, United Arab Emirates; No. 21 End of 9th St, Gandi Ave, Tehran, Iran; 21, Africa Boulevard, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 77283 (Jersey); all offices worldwide [IRAN].

PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL LTD (a.k.a. PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL LIMITED; a.k.a. PETROCHEMICAL TRADING COMPANY LIMITED; a.k.a. "PCCI"), 41, 1st Floor, International House, The Parade, St. Helier JE2 3QQ, Jersey; Ave. 54, Yimpash Business Center, No. 506, 507, Ashkhabad 744036, Turkmenistan; P.O. Box 261539, Jebel Ali, Dubai, United Arab Emirates; No. 21 End of 9th St, Gandi Ave, Tehran, Iran; 21, Africa

Boulevard, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 77283 (Jersey); all offices worldwide [IRAN].

PETROCHEMICAL INDUSTRIES DEVELOPMENT MANAGEMENT (a.k.a. PETROCHEMICAL INDUSTRIES DEVELOPMENT MANAGEMENT COMPANY; a.k.a. PIDMCO), Karim Khan Zand Street, Haft Tir Square, Tehran, Iran; Website www.pidmco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 89247 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PETROCHEMICAL INDUSTRIES DEVELOPMENT MANAGEMENT COMPANY (a.k.a. PETROCHEMICAL INDUSTRIES DEVELOPMENT MANAGEMENT; a.k.a. PIDMCO), Karim Khan Zand Street, Haft Tir Square, Tehran, Iran; Website www.pidmco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 89247 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PETROCHEMICAL NON-INDUSTRIAL OPERATIONS & SERVICES CO. (a.k.a. PETROCHEMICAL NON-INDUSTRIAL OPERATIONS AND SERVICES CO.), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PETROCHEMICAL NON-INDUSTRIAL OPERATIONS AND SERVICES CO. (a.k.a. PETROCHEMICAL NON-INDUSTRIAL OPERATIONS & SERVICES CO.), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PETROCHEMICAL TRADING COMPANY LIMITED (a.k.a. PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL LIMITED; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL LTD; a.k.a. "PCCI"), 41, 1st Floor, International House, The Parade, St. Helier JE2 3QQ, Jersey; Ave. 54, Yimpash Business Center, No. 506, 507, Ashkhabad 744036, Turkmenistan; P.O. Box 261539, Jebel Ali, Dubai, United Arab Emirates; No. 21 End of 9th St, Gandi Ave, Tehran, Iran; 21, Africa Boulevard, Tehran, Iran; Additional

Information - Subject to Secondary Sanctions; Registration ID 77283 (Jersey); all offices worldwide [IRAN].

PETROENGINEERING LIMITED LIABILITY COMPANY (a.k.a. PETROINZHINIRING LIMITED LIABILITY COMPANY), d. 3A, ter. Vorontsovski Park, Moscow 117630, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728679260 (Russia); Registration Number 5087746615622 (Russia) [RUSSIA-EO14024].

PETROFLEET ENERGY TRADING LLC (Arabic: بتروفلييت انيرجي للتجارة ذ م م) (a.k.a. HIGH SEAS PETROLEUM LLC (Arabic: هاي سيز للنفط ذ م م)), Office 102, Al Zarooni Tower, Al-Mamzar, Dubai, United Arab Emirates; Office No 306, Al Mamzer, Deira, Dubai, United Arab Emirates; Organization Established Date 15 Jul 2021; Identification Number IMO 6243669; License 968668 (United Arab Emirates); Economic Register Number (CBLS) 11708243 (United Arab Emirates) [IRAN-EO13902] (Linked To: SAKR, Hatem Elsaid Farid Ibrahim).

PETROGAT FZE (Arabic: بتروغات ذ.م.ح), Ras Al Khaimah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; License 5017709 (United Arab Emirates) expires 01 Mar 2020 [IRAN-EO13846] (Linked To: NAFTIRAN INTERTRADE CO. LIMITED).

PETROGREEN (a.k.a. PETRO DIAMOND; a.k.a. PETRO GREEN), B-8-1 Block B Megan Ave. II, 12 Jalan Yap Kwan Seng, Kuala Lumpur, Malaysia; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PETROINZHINIRING LIMITED LIABILITY COMPANY (a.k.a. PETROENGINEERING LIMITED LIABILITY COMPANY), d. 3A, ter. Vorontsovski Park, Moscow 117630, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728679260 (Russia); Registration Number 5087746615622 (Russia) [RUSSIA-EO14024].

PETROIRAN DEVELOPMENT COMPANY (PEDCO) LIMITED (a.k.a. PETRO IRAN DEVELOPMEENT COMPANY; a.k.a. "PEDCO"), 41, 1st Floor, International House, The Parade, St. Helier JE2 3QQ, Jersey; National Iranian Oil Company - PEDCO, P.O. Box 2965, Al Bathaa Tower, 9th Floor, Apt. 905, Al Buhaira Corniche, Sharjah, United Arab Emirates; P.O. Box 15875-6731, Tehran, Iran; No. 22, 7th Lane, Khalid Eslamboli Street, Shahid Beheshti Avenue, Tehran, Iran; No. 102, Next to Shahid

Amir Soheil Tabrizian Alley, Shahid Dastgerdi (Ex Zafar) Street, Shariati Street, Tehran 19199/45111, Iran; Kish Harbour, Bazargan Ferdos Warehouses, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 67493 (Jersey); all offices worldwide [IRAN].

PETROKICK LLC (Arabic: پتروكيك ذ م م), Sharjah Media City, Al Messanad, Al Bataeh, Sharjah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; License 1905792.01 (United Arab Emirates); Economic Register Number (CBLS) 11600198 (United Arab Emirates) [IRAN-EO13846] (Linked To: BEHRAN OIL CO.).

PETROKIM TRADING MIDDLE EAST AND ASIA DMCC (a.k.a. VOLITON DMCC), Unit No: R29-33, Reef Tower, Plot No: JLT-PH2-O1A, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 May 2018; License DMCC-476388 (United Arab Emirates); Registration Number 124420 (United Arab Emirates) [RUSSIA-EO14024].

PETROLEOS DE VENEZUELA S A (a.k.a. PDVSA; a.k.a. PETROLEOS DE VENEZUELA S.A; a.k.a. PETROLEOS DE VENEZUELA, S.A.; a.k.a. REFINERIA EL PALITO), Edificio Petroleos De Venezuela, Torre Este, Piso 9, Avenida Libertador con calle El Empalme, La Campina, Caracas 1010, Venezuela; Torre Este Piso 9, Edif Petroleos de Venezuela, Avenida Libertador, Urb La Campina, Caracas, Distrito Federal, Venezuela; RIF # J-00095036-9 (Venezuela) [VENEZUELA-EO13850].

PETROLEOS DE VENEZUELA S.A (a.k.a. PDVSA; a.k.a. PETROLEOS DE VENEZUELA S A; a.k.a. PETROLEOS DE VENEZUELA, S.A.; a.k.a. REFINERIA EL PALITO), Edificio Petroleos De Venezuela, Torre Este, Piso 9, Avenida Libertador con calle El Empalme, La Campina, Caracas 1010, Venezuela; Torre Este Piso 9, Edif Petroleos de Venezuela, Avenida Libertador, Urb La Campina, Caracas, Distrito Federal, Venezuela; RIF # J-00095036-9 (Venezuela) [VENEZUELA-EO13850].

PETROLEOS DE VENEZUELA, S.A. (a.k.a. PDVSA; a.k.a. PETROLEOS DE VENEZUELA S A; a.k.a. PETROLEOS DE VENEZUELA S.A; a.k.a. REFINERIA EL PALITO), Edificio Petroleos De Venezuela, Torre Este, Piso 9, Avenida Libertador con calle El Empalme, La Campina, Caracas 1010, Venezuela; Torre Este Piso 9, Edif Petroleos de Venezuela, Avenida

Libertador, Urb La Campina, Caracas, Distrito Federal, Venezuela; RIF # J-00095036-9 (Venezuela) [VENEZUELA-EO13850].

PETROLIANCE TRADING FZE, P2 ELOB Office No E13 F35, Hamriyah Free Zone, Sharjah, United Arab Emirates; PO Box 49286, Sharjah, United Arab Emirates; Organization Type: Support activities for petroleum and natural gas extraction [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

PETRONIX ENERGY TRADING LIMITED, Unit 706, 7/F, South Seas Centre Tower 2, 75 Mody Road, Kowloon, Hong Kong, China; Organization Established Date 28 May 2021; Company Number 3052485 (Hong Kong); Business Registration Number 73029960 (Hong Kong) [IRAN-EO13902].

PETROPARK S.R.L., Via Giovanni Lavaggi 152, Augusta (Siracusa) 96011, Italy; Via Unione Sovietica 4, Siracusa 96100, Italy; D-U-N-S Number 33-843-5672; V.A.T. Number IT08497661002 (Italy); Tax ID No. 08497661002 (Italy); Trade License No. SR 140256 (Italy) [LIBYA3] (Linked To: DEBONO, Gordon).

PETROPARS INTERNATIONAL FZE (a.k.a. PPI FZE), P.O. Box 72146, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

PETROPARS LIMITED (a.k.a. PETROPARS LTD.; a.k.a. "PPL"), No. 35, Farhang Blvd., Saadat Abad, Tehran, Iran; Calle La Guairita, Centro Profesional Eurobuilding, Piso 8, Oficina 8E, Chuao, Caracas 1060, Venezuela; P.O. Box 3136, Road Town, Tortola, Virgin Islands, British; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

PETROPARS LTD. (a.k.a. PETROPARS LIMITED; a.k.a. "PPL"), No. 35, Farhang Blvd., Saadat Abad, Tehran, Iran; Calle La Guairita, Centro Profesional Eurobuilding, Piso 8, Oficina 8E, Chuao, Caracas 1060, Venezuela; P.O. Box 3136, Road Town, Tortola, Virgin Islands, British; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

PETROPARS UK LIMITED, 47 Queen Anne Street, London W1G 9JG, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 03503060 (United Kingdom); all offices worldwide [IRAN].

PETROPLUS LTD (a.k.a. PETRO PLUS LIMITED; f.k.a. TIKO TIKO LTD.), Office 5B, Level 8, Portomaso Business Tower, Portomaso Avenue, St. Julians STJ 4011, Malta; D-U-N-S Number 52-024-2307; V.A.T. Number MT20084637 (Malta); Tax ID No. 20084637 (Malta); Trade License No. C 50905 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

PETROQUIMICO FZE (Arabic: پتروكویمیكو م.م.ح), FDBC0145, Compass Building, Al Shohada Road, Al Hamra Industrial Zone-FZ, Ras Al Khaimah, United Arab Emirates; Organization Established Date 31 Dec 2018; Registration Number 5020562 (United Arab Emirates); Economic Register Number (CBLS) 11389118 (United Arab Emirates) [IRAN-EO13902].

PETROTECH FZE, Office Number E, 16f 35, LOB P2 E, Hamriyah Free Zone, Sharjah, United Arab Emirates [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

PETROV, Alexander (a.k.a. MISHKIN, Alexander Yevgeniyevich), Moscow, Russia; DOB 13 Jul 1979; POB Loyga, Russia; alt. POB Kotlas, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

PETROV, Alexander Petrovich (Cyrillic: ПЕТРОВ, Александр Петрович), Russia; DOB 21 May 1958; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PETROV, Andrei Yuvenalyevich (Cyrillic: ПЕТРОВ, Андрей Ювенальевич) (a.k.a. PETROV, Andrey Yuvenalyevich), 5 Community 1, Apt. 320, Desnogorsk 216400, Russia; DOB 21 Sep 1963; POB Angarsk, Irkutsk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 6002544213 (Russia); Tax ID No. 614307365474 (Russia) (individual) [RUSSIA-EO14024].

PETROV, Andrey Yuvenalyevich (a.k.a. PETROV, Andrei Yuvenalyevich (Cyrillic: ПЕТРОВ, Андрей Ювенальевич)), 5 Community 1, Apt. 320, Desnogorsk 216400, Russia; DOB 21 Sep 1963; POB Angarsk, Irkutsk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; National ID No. 6002544213 (Russia); Tax ID No. 614307365474 (Russia) (individual) [RUSSIA-EO14024].

PETROV, Artur Aleksandrovich (a.k.a. "PETROV, Arthur"), 36 Leoforos Aigyptou, Larnaca, Cyprus; Umm Haram 66 Flat 1, Larnaca, Cyprus; DOB 04 Sep 1989; POB Tselinograd, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 757582978 (Russia) expires 19 Apr 2028; National ID No. 2209415706 (Russia) (individual) [RUSSIA-EO14024].

PETROV, Evgenii Stanislavich, Russia; DOB 23 Sep 1988; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 732736865 (Russia); Tax ID No. 212405812013 (Russia) (individual) [RUSSIA-EO14024].

PETROV, Oleg Vladimirovich (Cyrillic: ПЕТРОВ, Олег Владимирович) (a.k.a. PIATROU, Aleh Uladzimiravych (Cyrillic: ПЯТРОЎ, Алег Уладзіміравіч)), Belarus; DOB 26 Mar 1962; POB Russia; nationality Russia; Gender Male; Passport OI0110473 (Russia) expires 19 Sep 2022; National ID No. 3260362B000VF1 (Belarus) (individual) [BELARUS-EO14038].

PETROV, Sergei Valentinovich, Russia; DOB 26 Apr 1961; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

PETROV, Sergey Valeriyevich (Cyrillic: ПЕТРОВ, Сергей Валериевич), Russia; DOB 19 Apr 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PETROV, Vyacheslav Anatolyevich (Cyrillic: ПЕТРОВ, Вячеслав Анатольевич), Russia; DOB 17 Aug 1969; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PETROV, Yury Aleksandrovich (Cyrillic: ПЕТРОВ, Юрий Александрович), Russia; DOB 10 Apr 1947; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PETROVIC, Zelimir, Serbia; DOB 01 Sep 1981; nationality Serbia; Gender Male (individual) [GLOMAG] (Linked To: TESIC, Slobodan).

PETROVIC, Zoran, Serbia; DOB 25 Apr 1969; nationality Serbia; Gender Male (individual) [GLOMAG] (Linked To: TESIC, Slobodan).

PETROVICH, Viktor Evgenievich (Cyrillic: ПЕТРОВИЧ, Виктор Евгеньевич) (a.k.a. PIATROVICH, Viktar Yauhenyevich (Cyrillic: ПЯТРОВІЧ, Віктар Яўгеньевіч)), Maxim Tank Str. 69, Minsk, Belarus; DOB 05 Oct 1964; nationality Belarus; Gender Male; National ID No. 3051064A020PB3 (Belarus) (individual) [BELARUS-EO14038].

PETROVSKIY, Yan Igorevich (a.k.a. PETROVSKY, Jan; a.k.a. PETROVSKY, Yan; a.k.a. "Veliki Slavian"; a.k.a. "Velikyi Slavyan"), Russia; Ukraine; Norway; DOB 02 Jan 1987; POB Irkutsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: TASK FORCE RUSICH).

PETROVSKY ELECTROMECHANICAL ZAVOD MOLOT (a.k.a. AKTSIONERNOE OBSHCHESTVO PETROVSKII ELEKTROMEKHANICHESKII ZAVOD MOLOT; a.k.a. AO PEMZ MOLOT), Ul. Gogolya D. 40, Petrovsk 412540, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Dec 1991; Tax ID No. 6444009038 (Russia); Registration Number 5067847016782 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

PETROVSKY, Jan (a.k.a. PETROVSKIY, Yan Igorevich; a.k.a. PETROVSKY, Yan; a.k.a. "Veliki Slavian"; a.k.a. "Velikyi Slavyan"), Russia; Ukraine; Norway; DOB 02 Jan 1987; POB Irkutsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: TASK FORCE RUSICH).

PETROVSKY, Yan (a.k.a. PETROVSKIY, Yan Igorevich; a.k.a. PETROVSKY, Jan; a.k.a. "Veliki Slavian"; a.k.a. "Velikyi Slavyan"), Russia; Ukraine; Norway; DOB 02 Jan 1987; POB Irkutsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: TASK FORCE RUSICH).

PETRUNIN, Nikolay Yuryevich (Cyrillic: ПЕТРУНИН, Николай Юрьевич), Russia; DOB 27 Feb 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State

Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PEVTSOV, Dmitry Anatolievich (Cyrillic: ПЕВЦОВ, Дмитрий Анатольевич), Russia; DOB 08 Jul 1963; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PEYKASA (a.k.a. PEYKASA MESSAGE-WARE CO.), No. 10, #4 Alley, Sadeghi Street, West Corner of Sharif University, Zazadi Avenue, Tehran, Iran; Website http://peykasa.com; Email Address info@peykasa.ir; alt. Email Address rasoul.jalili@peykasa.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

PEYKASA MESSAGE-WARE CO. (a.k.a. PEYKASA), No. 10, #4 Alley, Sadeghi Street, West Corner of Sharif University, Zazadi Avenue, Tehran, Iran; Website http://peykasa.com; Email Address info@peykasa.ir; alt. Email Address rasoul.jalili@peykasa.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

PEYVAND TEJARAT ATIEH IRANIAN COMPANY (a.k.a. PEYVAND TEJARAT ATIYEH IRANIAN COMPANY (Arabic: شرکت پیوند تجارت آتیه ایرانیان)), Unit 12, Central Building of Islamic Revolution Mostazafan, No. 1, Before Africa Resalat Hwy, District 3, Tehran, Tehran 1519613511, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005291651 (Iran); Registration Number 480658 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PEYVAND TEJARAT ATIYEH IRANIAN COMPANY (Arabic: شرکت پیوند تجارت آتیه ایرانیان) (a.k.a. PEYVAND TEJARAT ATIEH IRANIAN COMPANY), Unit 12, Central Building of Islamic Revolution Mostazafan, No. 1, Before Africa Resalat Hwy, District 3, Tehran, Tehran 1519613511, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005291651 (Iran); Registration Number 480658 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PEZHAK (a.k.a. FREE LIFE PARTY OF KURDISTAN; a.k.a. KURDISTAN FREE LIFE PARTY; a.k.a. PARTIYA JIYANA AZAD A KURDISTANE; a.k.a. PARTY OF FREE LIFE OF KURDISTAN; a.k.a. PEJAK; a.k.a. PJAK),

Qandil Mountain, Irbil Governorate, Iraq; Razgah, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PFLP (a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

PFLP-GC (a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE - GENERAL COMMAND); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

PG VEKPROM LLC (a.k.a. PROMYSHLENNAYA GRUPPA VEKPROM LIMITED LIABILITY COMPANY), Ul. Pravolineinaya D. 33, Office 310-315, Zhukovskiy 140181, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Jun 2011; Tax ID No. 5040108151 (Russia); Government Gazette Number 92660626 (Russia); Registration Number 1115040007378 (Russia) [RUSSIA-EO14024].

PGPIC (a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES CO. PLC; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY CO.; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY COMPANY), No. 38, Avenue Karim Khan Zand Blvd., Hafte Tir Square, Tehran 1584893313, Iran; No. 38, Karim Khan Zand Street, Haft Tir Square, Tehran 1584851181, Iran; Website www.pgpic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 89243 (Iran) [NPWMD] [IFSR] (Linked To: KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH).

PGPICC (a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES COMMERCIAL COMPANY; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY-COMMERCIAL COMPANY), No.

38, Karimkhan Zand Boulevard, Haft Tir Square, Tehran 158489331, Iran; P.O. Box 1584851181, Tehran, Iran; Website www.pgpicc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 476760 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PGR GOLD LLC (a.k.a. GOETZ GOLD LLC; a.k.a. PGR GOLD TRADING LLC), Dubai, United Arab Emirates; Organization Type: Mining of other non-ferrous metal ores; Commercial Registry Number 689308 (United Arab Emirates) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

PGR GOLD TRADING LLC (a.k.a. GOETZ GOLD LLC; a.k.a. PGR GOLD LLC), Dubai, United Arab Emirates; Organization Type: Mining of other non-ferrous metal ores; Commercial Registry Number 689308 (United Arab Emirates) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

PHAIROJ, Samoechainuek (a.k.a. PHAIROT, Mopokoo; a.k.a. PHITAK, Samoechainuek; a.k.a. WEI, Hsueh Ying; a.k.a. WEI, Hsueh Yuan; a.k.a. WEI, Hsueh Yun; a.k.a. "WEI HSUEH YING"; a.k.a. "WEI HSUEH YUAN"), Huay Aw, Shan, Burma; DOB 1952; alt. DOB 1956; National ID No. 3570900338725 (Thailand) (individual) [SDNTK].

PHAIROT, Mopokoo (a.k.a. PHAIROJ, Samoechainuek; a.k.a. PHITAK, Samoechainuek; a.k.a. WEI, Hsueh Ying; a.k.a. WEI, Hsueh Yuan; a.k.a. WEI, Hsueh Yun; a.k.a. "WEI HSUEH YING"; a.k.a. "WEI HSUEH YUAN"), Huay Aw, Shan, Burma; DOB 1952; alt. DOB 1956; National ID No. 3570900338725 (Thailand) (individual) [SDNTK].

PHARA, Kim, 135, St. 110 SR., Takhmao, Kandal, Cambodia; DOB 10 Sep 1984; POB Cambodia; Gender Male; Passport N0263817 (individual) [GLOMAG] (Linked To: KIM, Kun).

PHARTSKHALADZE, Otar (Georgian: ფარცხალაძე, ოთარ) (a.k.a. ROMANOV PARTSKHALADZE, Otar Anzorovich (Cyrillic: РОМАНОВ ПАРЦХАЛАДЗЕ, Отар Анзорович)), Georgia; DOB 18 Jun 1976; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 11BA33281 (Georgia); National ID No. 01008013231 (Georgia); Tax ID No. 710000237020 (Russia) (individual) [RUSSIA-EO14024].

PHEAP, Thy (a.k.a. PHEAP, Try), N10AB Street 271 SK. Toek Laork III, Khan Toul Kork, Phnom Penh, Cambodia; DOB 15 Jul 1965; POB Kandal Province, Cambodia; Gender Male; Passport N0239194 (Cambodia) expires 21 Feb 2008 (individual) [GLOMAG].

PHEAP, Try (a.k.a. PHEAP, Thy), N10AB Street 271 SK. Toek Laork III, Khan Toul Kork, Phnom Penh, Cambodia; DOB 15 Jul 1965; POB Kandal Province, Cambodia; Gender Male; Passport N0239194 (Cambodia) expires 21 Feb 2008 (individual) [GLOMAG].

PHENICIA SHIPPING OFFSHORE SARL, Beirut, Lebanon [SDNTK].

PHENOMENA INTERNATIONAL GENERAL TRADING LLC, Office 402, Ntali Haddad, Bur Dubai, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 12 Mar 2015; Chamber of Commerce Number 1159296 (United Arab Emirates); Business Registration Number 729197 (United Arab Emirates) [NPWMD] [IFSR] (Linked To: INFRACOM COMMUNICATION NETWORKS FZE).

PHILIPPE, Mathieu Alain Michel, Switzerland; DOB 23 Nov 1975; POB Aberdeen, United Kingdom; nationality United Kingdom; alt. nationality France; Gender Male; Passport 18HD18503 (France) expires 16 Dec 2028; National ID No. 175119913222470 (France) (individual) [IRAN-EO13902] (Linked To: PROGWIN SHIPPING SA).

PHITAK, Samoechainuek (a.k.a. PHAIROJ, Samoechainuek; a.k.a. PHAIROT, Mopokoo; a.k.a. WEI, Hsueh Ying; a.k.a. WEI, Hsueh Yuan; a.k.a. WEI, Hsueh Yun; a.k.a. "WEI HSUEH YING"; a.k.a. "WEI HSUEH YUAN"), Huay Aw, Shan, Burma; DOB 1952; alt. DOB 1956; National ID No. 3570900338725 (Thailand) (individual) [SDNTK].

PHITCHAIYOT, Winai (a.k.a. PHITCHAYOT, Winai; a.k.a. PICHAYOS, Vinai; a.k.a. PICHAYOS, Winai; a.k.a. PICHAYOT, Vinai; a.k.a. PITCHAYOS, Vinai; a.k.a. THICHAIYOT, Winai; a.k.a. TICHYOS, Vinai), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o GREEN CAR RENT LIMITED PARTNERSHIP, Bangkok, Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok,

Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; DOB 01 Dec 1957; Passport K203350 (Thailand) (individual) [SDNTK].

PHITCHAYOT, Winai (a.k.a. PHITCHAIYOT, Winai; a.k.a. PICHAYOS, Vinai; a.k.a. PICHAYOS, Winai; a.k.a. PICHAYOT, Vinai; a.k.a. PITCHAYOS, Vinai; a.k.a. THICHAIYOT, Winai; a.k.a. TICHYOS, Vinai), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o GREEN CAR RENT LIMITED PARTNERSHIP, Bangkok, Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; DOB 01 Dec 1957; Passport K203350 (Thailand) (individual) [SDNTK].

PHNOM PENH HOTEL, No. 53 Monivong Boulevard, Phnom Penh, Phnom Penh, Cambodia; No. 53 Monivong Boulevard, Sangkat Srah Chok, P.O. Box 1131, Phnom Penh 12201, Cambodia; Website www.phnompenhhotel.com; Email Address info@phnompenhhotel.com; Phone Number 855 23 991 868; Organization Established Date 2003; Organization Type: Short term accommodation activities [GLOMAG] (Linked To: LY, Yong Phat).

PHOENIX ELECTRONICS (a.k.a. FENIKS ELEKTRONIKS), ul. 8 Marta d. 16, Izhevsk 426035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1840028437 (Russia); Registration Number 1141840005768 (Russia) [RUSSIA-EO14024].

PHOENIX LINES S.R.O., Dunajska 7614/8, Bratislava 81108, Slovakia; Organization Established Date 13 Oct 2016; Business Registration Number 50546813 (Slovakia) [BELARUS-EO14038] (Linked To: ALI, Alhaitham Al).

PHOENIX SHIP MANAGEMENT FZE (Arabic: فينيكس لإدارة السفن م م ح), Office No E-39F-09, (P1-ELOB), Hamriyah Free Zone, Sharjah, United Arab Emirates; Website https://phoenixfze.com/; Organization Established Date 23 Apr 2025; Identification Number IMO 0226749; License 38883 (United Arab Emirates) [IRAN-EO13902].

PHOTON PRO LLP, 25 City Road Spaces City Road, Epworth House, Office 320, London EC1Y 1AA, United Kingdom; Suite 3.15 One Fetter Lane, London EC4A 1BR, United Kingdom; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Dec 2018; Company Number OC425116 (United Kingdom) [RUSSIA-EO14024].

PHOTONICS CLOUD (a.k.a. FOTONIKS KLAUD), Ul. Yasenevaya D. 5, K. 1, Floor 1, Office #V/8, Sosenki 108814, Russia; Ul. Sosnovaya D. 1B, Der. Sosenki, Moscow 108814, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7751175688 (Russia); Registration Number 1207700027501 (Russia) [RUSSIA-EO14024].

PHU SHA STAR (a.k.a. CANCRI GEMS & JEWELLERY CO., LTD.; a.k.a. CANCRI GEMS & JEWELLERY COMPANY LIMITED; a.k.a. CANCRI GEMS AND JEWELLERY CO., LTD.; a.k.a. CANCRI GEMS AND JEWELLERY COMPANY LIMITED), Burma; Company Number 113099127 (Burma) issued 24 Jul 2012 [BURMA-EO14014].

PHUANGPHET, Suwit (a.k.a. PUANGPETCH, Suvit; a.k.a. PUANGPETCH, Suwit), c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; DOB 28 Oct 1956; National ID No. 3570900170841 (Thailand) (individual) [SDNTK].

PHYONGCHON SHIPPING & MARINE (a.k.a. PHYONGCHON SHIPPING AND MARINE), Otan-dong, Chung-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5878561 [DPRK4].

PHYONGCHON SHIPPING AND MARINE (a.k.a. PHYONGCHON SHIPPING & MARINE), Otan-dong, Chung-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5878561 [DPRK4].

PIATKEVICH, Nataliya Uladzimirauna (a.k.a. PETKEVICH, Nataliya Uladzimirauna; a.k.a. PETKEVICH, Nataliya Vladimirovna; a.k.a. PETKEVICH, Natallia Uladzimirauna; a.k.a. PETKEVICH, Natallia Vladimirovna; a.k.a. PETKEVICH, Natalya Uladzimirauna; a.k.a. PETKEVICH, Natalya Vladimirovna; a.k.a. PIATKEVICH, Nataliya Vladimirovna; a.k.a. PIATKEVICH, Natallia Uladzimirauna; a.k.a. PIATKEVICH, Natallia Vladimirovna; a.k.a. PIATKEVICH, Natalya Uladzimirauna; a.k.a. PIATKEVICH, Natalya Vladimirovna); DOB 24 Oct 1972; POB Minsk, Belarus; Deputy Head of the President's Administration (individual) [BELARUS].

PIATKEVICH, Nataliya Vladimirovna (a.k.a. PETKEVICH, Nataliya Uladzimirauna; a.k.a. PETKEVICH, Nataliya Vladimirovna; a.k.a. PETKEVICH, Natallia Uladzimirauna; a.k.a. PETKEVICH, Natallia Vladimirovna; a.k.a. PETKEVICH, Natalya Uladzimirauna; a.k.a. PETKEVICH, Natalya Vladimirovna; a.k.a. PIATKEVICH, Nataliya Uladzimirauna; a.k.a. PIATKEVICH, Natallia Uladzimirauna; a.k.a. PIATKEVICH, Natallia Vladimirovna; a.k.a. PIATKEVICH, Natalya Uladzimirauna; a.k.a. PIATKEVICH, Natalya Vladimirovna); DOB 24 Oct 1972; POB Minsk, Belarus; Deputy Head of the President's Administration (individual) [BELARUS].

PIATKEVICH, Natallia Uladzimirauna (a.k.a. PETKEVICH, Nataliya Uladzimirauna; a.k.a. PETKEVICH, Nataliya Vladimirovna; a.k.a. PETKEVICH, Natallia Uladzimirauna; a.k.a. PETKEVICH, Natallia Vladimirovna; a.k.a. PETKEVICH, Natalya Uladzimirauna; a.k.a. PETKEVICH, Natalya Vladimirovna; a.k.a. PIATKEVICH, Nataliya Uladzimirauna; a.k.a. PIATKEVICH, Nataliya Vladimirovna; a.k.a. PIATKEVICH, Natallia Vladimirovna; a.k.a. PIATKEVICH, Natalya Uladzimirauna; a.k.a. PIATKEVICH, Natalya Vladimirovna); DOB 24 Oct 1972; POB Minsk, Belarus; Deputy Head of the President's Administration (individual) [BELARUS].

PIATKEVICH, Natallia Vladimirovna (a.k.a. PETKEVICH, Nataliya Uladzimirauna; a.k.a. PETKEVICH, Nataliya Vladimirovna; a.k.a. PETKEVICH, Natallia Uladzimirauna; a.k.a. PETKEVICH, Natallia Vladimirovna; a.k.a. PETKEVICH, Natalya Uladzimirauna; a.k.a. PETKEVICH, Natalya Vladimirovna; a.k.a. PIATKEVICH, Nataliya Uladzimirauna; a.k.a. PIATKEVICH, Nataliya Vladimirovna; a.k.a. PIATKEVICH, Natallia Uladzimirauna; a.k.a. PIATKEVICH, Natalya Uladzimirauna; a.k.a. PIATKEVICH, Natalya Vladimirovna); DOB 24 Oct 1972; POB Minsk, Belarus; Deputy Head of the President's Administration (individual) [BELARUS].

PIATKEVICH, Natalya Uladzimirauna (a.k.a. PETKEVICH, Nataliya Uladzimirauna; a.k.a. PETKEVICH, Nataliya Vladimirovna; a.k.a. PETKEVICH, Natallia Uladzimirauna; a.k.a. PETKEVICH, Natallia Vladimirovna; a.k.a. PETKEVICH, Natalya Uladzimirauna; a.k.a. PETKEVICH, Natalya Vladimirovna; a.k.a. PIATKEVICH, Nataliya Uladzimirauna; a.k.a. PIATKEVICH, Nataliya Vladimirovna; a.k.a. PIATKEVICH, Natallia Uladzimirauna; a.k.a. PIATKEVICH, Natallia Vladimirovna; a.k.a. PIATKEVICH, Natalya Vladimirovna); DOB 24 Oct 1972; POB Minsk, Belarus; Deputy Head of the President's Administration (individual) [BELARUS].

PIATKEVICH, Natalya Vladimirovna (a.k.a. PETKEVICH, Nataliya Uladzimirauna; a.k.a. PETKEVICH, Nataliya Vladimirovna; a.k.a. PETKEVICH, Natallia Uladzimirauna; a.k.a. PETKEVICH, Natallia Vladimirovna; a.k.a. PETKEVICH, Natalya Uladzimirauna; a.k.a. PETKEVICH, Natalya Vladimirovna; a.k.a. PIATKEVICH, Nataliya Uladzimirauna; a.k.a. PIATKEVICH, Nataliya Vladimirovna; a.k.a. PIATKEVICH, Natallia Uladzimirauna; a.k.a. PIATKEVICH, Natallia Vladimirovna; a.k.a. PIATKEVICH, Natalya Uladzimirauna); DOB 24 Oct 1972; POB Minsk, Belarus; Deputy Head of the President's Administration (individual) [BELARUS].

PIATROU, Aleh Uladzimiravych (Cyrillic: ПЯТРОЎ, Алег Уладзіміравіч) (a.k.a. PETROV, Oleg Vladimirovich (Cyrillic: ПЕТРОВ, Олег Владимирович)), Belarus; DOB 26 Mar 1962; POB Russia; nationality Russia; Gender Male; Passport OI0110473 (Russia) expires 19 Sep 2022; National ID No. 3260362B000VF1 (Belarus) (individual) [BELARUS-EO14038].

PIATROVICH, Viktar Yauhenyevich (Cyrillic: ПЯТРОВІЧ, Віктар Яўгеньевіч) (a.k.a. PETROVICH, Viktor Evgenievich (Cyrillic: ПЕТРОВИЧ, Виктор Евгеньевич)), Maxim Tank Str. 69, Minsk, Belarus; DOB 05 Oct 1964; nationality Belarus; Gender Male; National ID No. 3051064A020PB3 (Belarus) (individual) [BELARUS-EO14038].

PICADO GRIJALBA, Jordie Kevin (a.k.a. "Noni"), Limon, Costa Rica; DOB 19 May 1993; nationality Costa Rica; Gender Male; Cedula No. 702200042 (Costa Rica) (individual) [ILLICIT-DRUGS-EO14059].

PICADO GRIJALBA, Luis Manuel (a.k.a. "Shock"), Limon, Costa Rica; DOB 22 Dec 1981; nationality Costa Rica; Gender Male;

Cedula No. 801190098 (Costa Rica) (individual) [ILLICIT-DRUGS-EO14059].

PICASO 3D LLC (a.k.a. LIMITED LIABILITY COMPANY PIKASO 3D), Pr-D 4922-I D. 4, Str. 3, Floor 3, Pom.I Komna 21, Zelenograd 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735607524 (Russia); Registration Number 1147748027460 (Russia) [RUSSIA-EO14024].

PICHAYOS, Vinai (a.k.a. PHITCHAIYOT, Winai; a.k.a. PHITCHAYOT, Winai; a.k.a. PICHAYOS, Winai; a.k.a. PICHAYOT, Vinai; a.k.a. PITCHAYOS, Vinai; a.k.a. THICHAIYOT, Winai; a.k.a. TICHYOS, Vinai), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o GREEN CAR RENT LIMITED PARTNERSHIP, Bangkok, Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; DOB 01 Dec 1957; Passport K203350 (Thailand) (individual) [SDNTK].

PICHAYOS, Warin (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand;

DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

PICHAYOS, Winai (a.k.a. PHITCHAIYOT, Winai; a.k.a. PHITCHAYOT, Winai; a.k.a. PICHAYOS, Vinai; a.k.a. PICHAYOT, Vinai; a.k.a. PITCHAYOS, Vinai; a.k.a. THICHAIYOT, Winai; a.k.a. TICHYOS, Vinai), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o GREEN CAR RENT LIMITED PARTNERSHIP, Bangkok, Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; DOB 01 Dec 1957; Passport K203350 (Thailand) (individual) [SDNTK].

PICHAYOT, Vinai (a.k.a. PHITCHAIYOT, Winai; a.k.a. PHITCHAYOT, Winai; a.k.a. PICHAYOS, Vinai; a.k.a. PICHAYOS, Winai; a.k.a. PITCHAYOS, Vinai; a.k.a. THICHAIYOT, Winai; a.k.a. TICHYOS, Vinai), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o GREEN CAR RENT LIMITED PARTNERSHIP, Bangkok, Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; DOB 01 Dec 1957; Passport K203350 (Thailand) (individual) [SDNTK].

PICHUGIN, Yuri Viktorovich (Cyrillic: ПИЧУГИН, ЮРИЙ ВИКТОРОВИЧ) (a.k.a. PICHUGIN, Yuriy; a.k.a. PICHUGIN, Yury; a.k.a. "PICHUGA" (Cyrillic: "ПИЧУГА"); a.k.a. "VLADIMIR BILIY"; a.k.a. "VOLODYMYR BILYY"), 2/1 Geroyev Panfilovtsev Street, Moscow, Russia; Barviha Hills, Moscow, Russia; DOB 18 Oct 1965; POB Azanka, Tavdinsky District, Sverdlovsk Oblast, Russia; nationality Russia; Gender Male; Passport 618684 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

PICHUGIN, Yuriy (a.k.a. PICHUGIN, Yuri Viktorovich (Cyrillic: ПИЧУГИН, ЮРИЙ ВИКТОРОВИЧ); a.k.a. PICHUGIN, Yury; a.k.a. "PICHUGA" (Cyrillic: "ПИЧУГА"); a.k.a. "VLADIMIR BILIY"; a.k.a. "VOLODYMYR BILYY"), 2/1 Geroyev Panfilovtsev Street,

Moscow, Russia; Barviha Hills, Moscow, Russia; DOB 18 Oct 1965; POB Azanka, Tavdinsky District, Sverdlovsk Oblast, Russia; nationality Russia; Gender Male; Passport 618684 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

PICHUGIN, Yury (a.k.a. PICHUGIN, Yuri Viktorovich (Cyrillic: ПИЧУГИН, ЮРИЙ ВИКТОРОВИЧ); a.k.a. PICHUGIN, Yuriy; a.k.a. "PICHUGA" (Cyrillic: "ПИЧУГА"); a.k.a. "VLADIMIR BILIY"; a.k.a. "VOLODYMYR BILYY"), 2/1 Geroyev Panfilovtsev Street, Moscow, Russia; Barviha Hills, Moscow, Russia; DOB 18 Oct 1965; POB Azanka, Tavdinsky District, Sverdlovsk Oblast, Russia; nationality Russia; Gender Male; Passport 618684 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

PICOTIN HOLDINGS LIMITED, 224 Archiepiskopou Makariou C' Avenue, Flat 41, Limassol 3030, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Dec 2021; Registration Number 429542 (Cyprus) [RUSSIA-EO14024] (Linked To: SENTIMARE ENTERPRISES LIMITED).

PIDMCO (a.k.a. PETROCHEMICAL INDUSTRIES DEVELOPMENT MANAGEMENT; a.k.a. PETROCHEMICAL INDUSTRIES DEVELOPMENT MANAGEMENT COMPANY), Karim Khan Zand Street, Haft Tir Square, Tehran, Iran; Website www.pidmco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 89247 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PIDOUKOU, Pasaman Francis Marin Abbe (a.k.a. "Kili Cili"), Tijuana, Baja California, Mexico; Mexico City, Mexico; DOB 03 Mar 1973; nationality Togo; citizen Togo; Gender Male; Phone Number 524731040117 (individual) [TCO] (Linked To: ABDUL KARIM CONTEH HUMAN SMUGGLING ORGANIZATION).

PIERA GLOBAL TRADING L.L.C (Arabic: بايرا جلوبال للتجارة ذ.م.م), Bur Dubai Saih Shuaib, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Mar 2021; Registration Number 939546 (United Arab Emirates); Economic Register Number (CBLS) 11635016 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

PIFLAKS, Maks Borisovich (Cyrillic: ПИФЛАКС, Макс Борисович) (a.k.a. PIFLAX, Max Borisovich), Uzbekistan; DOB 14 Jun 1962; nationality Uzbekistan; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: MATEAS LIMITED).

PIFLAX, Max Borisovich (a.k.a. PIFLAKS, Maks Borisovich (Cyrillic: ПИФЛАКС, Макс Борисович)), Uzbekistan; DOB 14 Jun 1962; nationality Uzbekistan; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: MATEAS LIMITED).

PIJ (a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

PIJ-SHALLAH FACTION (a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

PIJ-SHAQAQI FACTION (a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. SAYARA AL-QUDS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

PIKALOV, Konstantin Aleksandrovich (a.k.a. MAZAEV, Konstantin; a.k.a. PIKALOV, Konstantin Alexandrovich; a.k.a. "MAZAI"; a.k.a. "MAZAY"), Russia; DOB 23 Jul 1968; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781491227404 (Russia) (individual) [RUSSIA-EO14024].

PIKALOV, Konstantin Alexandrovich (a.k.a. MAZAEV, Konstantin; a.k.a. PIKALOV, Konstantin Aleksandrovich; a.k.a. "MAZAI"; a.k.a. "MAZAY"), Russia; DOB 23 Jul 1968; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781491227404 (Russia) (individual) [RUSSIA-EO14024].

PILIPENKO, Olga Vasilyevna (Cyrillic: ПИЛИПЕНКО, Ольга Васильевна), Russia; DOB 04 Jan 1966; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PIMENTEL MATA, Alberto (a.k.a. PIMENTEL, Alberto), Guatemala; DOB 26 Oct 1981; POB San Jose, Costa Rica; nationality Guatemala; Gender Male; Passport 238670724 (Guatemala) expires 14 Jan 2024; National ID No. 2386707240101 (Guatemala) (individual) [GLOMAG].

PIMENTEL, Alberto (a.k.a. PIMENTEL MATA, Alberto), Guatemala; DOB 26 Oct 1981; POB San Jose, Costa Rica; nationality Guatemala; Gender Male; Passport 238670724 (Guatemala) expires 14 Jan 2024; National ID No. 2386707240101 (Guatemala) (individual) [GLOMAG].

PINCHUK, Andrei Yuryevich (Cyrillic: ПИНЧУК, Андрей Юрьевич) (a.k.a. PINCHUK, Andrej Yurevich; a.k.a. PINCHUK, Andriy Yuriiovich (Cyrillic: ПІНЧУК, Андрій Юрійович)), Tiraspol, Moldova; Russia; DOB 27 Dec 1977; POB Tiraspol, Moldova; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 262813379706 (Russia) (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

PINCHUK, Andrej Yurevich (a.k.a. PINCHUK, Andrei Yuryevich (Cyrillic: ПИНЧУК, Андрей Юрьевич); a.k.a. PINCHUK, Andriy Yuriiovich (Cyrillic: ПІНЧУК, Андрій Юрійович)), Tiraspol, Moldova; Russia; DOB 27 Dec 1977; POB Tiraspol, Moldova; nationality Russia; alt.

nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 262813379706 (Russia) (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

PINCHUK, Andriy Yuriiovich (Cyrillic: ПІНЧУК, Андрій Юрійович) (a.k.a. PINCHUK, Andrei Yuryevich (Cyrillic: ПИНЧУК, Андрей Юрьевич); a.k.a. PINCHUK, Andrej Yurevich), Tiraspol, Moldova; Russia; DOB 27 Dec 1977; POB Tiraspol, Moldova; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 262813379706 (Russia) (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

PINEDA ARMENTA, Leonardo (a.k.a. "EL 20"; a.k.a. "EL TWENTY"; a.k.a. "EL VEINTE"), Mexico; DOB 31 Mar 1970; POB Los Mochis, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. PIAL700331HSLNRN00 (Mexico) (individual) [SDNTK].

PINGTAN FISHING (a.k.a. FUJIAN PINGTAN COUNTY OCEAN; a.k.a. FUJIAN PINGTAN COUNTY OCEAN FISHERY GROUP CO LTD; a.k.a. FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD. (Chinese Simplified: 福建省平潭县远洋渔业集团有限公司)), Room 2-25A, Building 1#, No. 27, Huli Road, Mawei District, Fujian, Fuzhou 350015, China; Organization Established Date 27 Feb 1998; Identification Number IMO 4235151; Unified Social Credit Code (USCC) 913501057051504472 (China) [GLOMAG] (Linked To: FUJIAN HEYUE MARINE FISHING DEVELOPMENT CO., LTD.).

PINGTAN GUANSHENG OCEAN FISHING CO., LTD. (Chinese Simplified: 平潭冠昇海洋水产有限公司), 4th Floor, No. 137, Lianhua Village, Hongshan Neighborhood Committee, Tancheng Town, Pingtan County, Fuzhou, Fujian, China; Organization Established Date 12 Oct 2012; Organization Type: Activities of holding companies; Unified Social Credit Code (USCC) 91350128MA34593X7G (China) [GLOMAG] (Linked To: PRIME CHEER CORPORATION LTD.).

PINGTAN MARINE ENTERPRISE LTD., Cayman Islands; 18-19/F, Zhongshan Building A, No.

154 Hudong Road, Fuzhou 350001, China; Organization Established Date 18 Jan 2010; Organization Type: Marine Fishing; Equity Ticker PME US; ISIN KYG7114V1023 [GLOMAG] (Linked To: ZHUO, Xinrong).

PINIGIN, Pavel Ivanovich, Belarus; DOB 23 Aug 1962; POB Baranovichi, Belarus; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

PINSKY, Victor Vitalievich (Cyrillic: ПИНСКИЙ, Виктор Витальевич), Russia; DOB 06 Feb 1964; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PIONEER BENCONT STAR REAL ESTATE, Dubai, United Arab Emirates; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Other information technology and computer service activities [DPRK2] (Linked To: CHINYONG INFORMATION TECHNOLOGY COOPERATION COMPANY).

PIONEER COMPANY FOR REAL ESTATE DEVELOPMENT CO. LTD. (a.k.a. AL ROWAD REAL ESTATE DEVELOPMENT (Arabic: الرواد للتطوير العقاري); a.k.a. ALROWAD COMPANY; a.k.a. ALROWAD FOR REAL ESTATE; a.k.a. ALROWAD FOR REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD RESIDENTIAL COMPOUND; a.k.a. PIONEER REAL ESTATE DEVELOPMENT CO. LTD. OF SUDAN-SAUDI ARABIA; a.k.a. RUWWAD AL-QABIDAH COMPANY; a.k.a. RUWWAD REAL ESTATE DEVELOPMENT), West Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2010; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

PIONEER LOGISTICS (a.k.a. PIONEER LOGISTICS HAVACILIK), EGS Bloklari B 1 Blok K 1, D114 Yesilkoy Bakirkoy, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR).

PIONEER LOGISTICS HAVACILIK (a.k.a. PIONEER LOGISTICS), EGS Bloklari B 1 Blok K 1, D114 Yesilkoy Bakirkoy, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR).

PIONEER REAL ESTATE DEVELOPMENT CO. LTD. OF SUDAN-SAUDI ARABIA (a.k.a. AL ROWAD REAL ESTATE DEVELOPMENT (Arabic: الرواد للتطوير العقاري); a.k.a. ALROWAD COMPANY; a.k.a. ALROWAD FOR REAL ESTATE; a.k.a. ALROWAD FOR REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD RESIDENTIAL COMPOUND; a.k.a. PIONEER COMPANY FOR REAL ESTATE DEVELOPMENT CO. LTD.; a.k.a. RUWWAD AL-QABIDAH COMPANY; a.k.a. RUWWAD REAL ESTATE DEVELOPMENT), West Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2010; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

PIONEER SHIPMANAGEMENT PTE. LTD., 24-07, Shenton House, 3, Shenton Way, Singapore 068805, Singapore; Identification Number IMO 6153011; Registration Number 202010068K (Singapore) [IRAN-EO13846].

PIONEER TANKERS MARINE INC (a.k.a. PIONEER TANKERS MARINE INCORPORATED), 80 Broad Street, Monrovia, Liberia; Organization Established Date 2022; Identification Number IMO 6285714 [IRAN-EO13902].

PIONEER TANKERS MARINE INCORPORATED (a.k.a. PIONEER TANKERS MARINE INC), 80 Broad Street, Monrovia, Liberia; Organization Established Date 2022; Identification Number IMO 6285714 [IRAN-EO13902].

PIRHOSEINLU, Puya (a.k.a. PIRHOSSEINLOO, Pouya (Arabic: پویا پیرحسینلو)), Tehran, Iran; DOB 10 Jan 1990; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0011395036 (Iran) (individual) [IRAN-

EO13846] (Linked To: NAVYAN ABR ARVAN PRIVATE LIMITED COMPANY).

PIRHOSSEINLOO, Pouya (Arabic: پویا پیرحسینلو) (a.k.a. PIRHOSEINLU, Puya), Tehran, Iran; DOB 10 Jan 1990; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0011395036 (Iran) (individual) [IRAN-EO13846] (Linked To: NAVYAN ABR ARVAN PRIVATE LIMITED COMPANY).

PIRI, Morteza (Arabic: مرتضی پیری), Zahedan, Iran; DOB 05 Jul 1977; POB Zabol, Sistan and Baluchistan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4072307122 (Iran); Warden of Zahedan Central Prison (individual) [IRAN-HR].

PIRLANT ISTANBUL KUYUMCULUK TICARET LIMITED SIRKETI (a.k.a. JAWHIRAH COMPANY ISTANBUL; a.k.a. JAWHIRAH EXCHANGE; f.k.a. OZAR HEDIYELIK ESYA SANAYI VE TICARET LIMITED SIRKETI), Mollafenari Mah. Gazi Sinanpasa Sok. Has Ishani No. 14 K. 1 D. 22, Fatih, Istanbul, Turkey; Website http://www.elitdiamond.net; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Dec 2005; Chamber of Commerce Number 571571 (Turkey); Central Registration System Number 0663-0297-8590-0016 (Turkey) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

PIROG, Dmitry Yuryevich (Cyrillic: ПИРОГ, Дмитрий Юрьевич), Russia; DOB 27 Jun 1980; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PISAREVA, Elena Vladimirovna (Cyrillic: ПИСАРЕВА, Елена Владимировна) (a.k.a. PISAREVA, Yelena Vladimirovna), Russia; DOB 20 Jan 1967; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PISAREVA, Yelena Vladimirovna (a.k.a. PISAREVA, Elena Vladimirovna (Cyrillic: ПИСАРЕВА, Елена Владимировна)), Russia; DOB 20 Jan 1967; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PISHGAM ELECTRONIC SAFEH COMPANY (a.k.a. PISHGAM ELECTRONIC SOFEH COMPANY), Number 58, Khoram Alley, North Sheikh Sadogh Street, Isfahan, Isfahan Province 8163839973, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 31 May 2010; National ID No. 10260583624 (Iran); Registration Number 40674 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

PISHGAM ELECTRONIC SOFEH COMPANY (a.k.a. PISHGAM ELECTRONIC SAFEH COMPANY), Number 58, Khoram Alley, North Sheikh Sadogh Street, Isfahan, Isfahan Province 8163839973, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 31 May 2010; National ID No. 10260583624 (Iran); Registration Number 40674 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

PISHGAMAN HORIZON DEVELOPMENT GOSTARESH OFOQ IRANIAN BUSINESS TRADING COMPANY (a.k.a. BAZARGANI PISHGAMAN GOSTARESH OFOQ TEJARAT IRANIAN COMPANY; a.k.a. IRANIAN TEJARAT OFOG PISHGAMAN BAZARGANI COMPANY; a.k.a. IRANIAN TRADE HORIZON PIONEERS COMMERCIAL COMPANY; a.k.a. PISHGAMAN HORIZON DEVELOPMENT IRANIAN BUSINESS TRADING COMPANY (Arabic: شرکت بازرگانی پیشگامان گسترش افق تجارت ایرانیان); a.k.a. "PISHGAMAN COMPANY"), Resalat Expressway, Not Reaching Africa Central Building of the Foundation for the Oppressed of the Islamic Revolution, Ninth Floor, Tehran 1519613511, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320843860 (Iran); Registration Number 433545 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PISHGAMAN HORIZON DEVELOPMENT IRANIAN BUSINESS TRADING COMPANY (Arabic: شرکت بازرگانی پیشگامان گسترش افق تجارت ایرانیان) (a.k.a. BAZARGANI PISHGAMAN GOSTARESH OFOQ TEJARAT IRANIAN COMPANY; a.k.a. IRANIAN TEJARAT OFOG PISHGAMAN BAZARGANI COMPANY; a.k.a. IRANIAN TRADE HORIZON PIONEERS COMMERCIAL COMPANY; a.k.a. PISHGAMAN HORIZON DEVELOPMENT GOSTARESH OFOQ IRANIAN BUSINESS TRADING COMPANY; a.k.a. "PISHGAMAN COMPANY"), Resalat Expressway, Not Reaching Africa Central Building of the Foundation for the Oppressed of the Islamic Revolution, Ninth Floor, Tehran 1519613511, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320843860 (Iran); Registration Number 433545 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PISHKESVATAN-E MOJARAB-E PARSI COMMERCIAL SERVICES (Arabic: خدمات بازرگانی پیش کسوتان مجرب پارس شرکت سهامی خاص) (a.k.a. KANGAN PETRO REFINING; a.k.a. KANGAN PETRO REFINING COMPANY; a.k.a. KANGAN PETRO REFINING PRIVATE JOINT STOCK COMPANY (Arabic: پترو پالایش کنگان شرکت سهامی خاص); a.k.a. PETRO PALAYESH KANGAN), Nezami Ganjavi Neighborhood, Abbaspoor Street, Shahin Street, Number 1, 5th Floor, Unit 10, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Nov 2012; Commercial Registry Number 10320829716 (Iran) [IRAN-EO13846].

PISHRA MOBTAKER PEYVAND COMPANY (a.k.a. PISHRO MOBTAKER PEIVAND; a.k.a. PISHRO MOBTAKER PEYVAND (Arabic: پیشرو مبتکر پیوند); a.k.a. "LEADING INNOVATOR LINK"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 21 Aug 2002; National ID No. 10102328283 (Iran); Commercial Registry Number 190858 (Iran); Chamber of Commerce Number 132255 (Iran) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

PISHRO COMPANY (a.k.a. ADVANCED SYSTEMS RESEARCH COMPANY; a.k.a. ASRC; a.k.a. CENTER FOR ADVANCED SYSTEMS RESEARCH; a.k.a. CRAS; a.k.a. PISHRO SYSTEMS RESEARCH COMPANY), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PISHRO IRAN CO. (a.k.a. PISHRO IRAN COMPANY; a.k.a. PISHRO IRAN FINANCIAL AND INVESTMENT CO. PJS; a.k.a. PISHRO IRAN FINANCIAL AND INVESTMENT

COMPANY; a.k.a. SHERKAT MALI OOSARMAYEH GOZARI PISHROOIRAN (Arabic: ((شرکت مالی و سرمایه گذاری پیشرو ایران)), Vanak Square - After Mirdamad Intersection - Ghobadian St. - No. 37 - 6th Floor, Tehran, Iran; Central District, Tehran City, Near Abbas Abad Neighborhood, Modares Highway, Resalat Highway, No. 0, Central Building of Mostazafan Foundation, 14th Floor, Tehran, Tehran 1519613524, Iran; Website www.pishrowiran.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102275819 (Iran); Registration Number 185475 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PISHRO IRAN COMPANY (a.k.a. PISHRO IRAN CO.; a.k.a. PISHRO IRAN FINANCIAL AND INVESTMENT CO. PJS; a.k.a. PISHRO IRAN FINANCIAL AND INVESTMENT COMPANY; a.k.a. SHERKAT MALI OOSARMAYEH GOZARI PISHROOIRAN (Arabic: شرکت مالی و سرمایه گذاری پیشرو ایران)), Vanak Square - After Mirdamad Intersection - Ghobadian St. - No. 37 - 6th Floor, Tehran, Iran; Central District, Tehran City, Near Abbas Abad Neighborhood, Modares Highway, Resalat Highway, No. 0, Central Building of Mostazafan Foundation, 14th Floor, Tehran, Tehran 1519613524, Iran; Website www.pishrowiran.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102275819 (Iran); Registration Number 185475 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PISHRO IRAN FINANCIAL AND INVESTMENT CO. PJS (a.k.a. PISHRO IRAN CO.; a.k.a. PISHRO IRAN COMPANY; a.k.a. PISHRO IRAN FINANCIAL AND INVESTMENT COMPANY; a.k.a. SHERKAT MALI OOSARMAYEH GOZARI PISHROOIRAN (Arabic: ((شرکت مالی و سرمایه گذاری پیشرو ایران)), Vanak Square - After Mirdamad Intersection - Ghobadian St. - No. 37 - 6th Floor, Tehran, Iran; Central District, Tehran City, Near Abbas Abad Neighborhood, Modares Highway, Resalat Highway, No. 0, Central Building of Mostazafan Foundation, 14th Floor, Tehran, Tehran 1519613524, Iran; Website www.pishrowiran.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102275819 (Iran); Registration Number 185475 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PISHRO IRAN FINANCIAL AND INVESTMENT COMPANY (a.k.a. PISHRO IRAN CO.; a.k.a. PISHRO IRAN COMPANY; a.k.a. PISHRO IRAN FINANCIAL AND INVESTMENT CO. PJS; a.k.a. SHERKAT MALI OOSARMAYEH GOZARI PISHROOIRAN (Arabic: شرکت مالی و سرمایه گذاری پیشرو ایران)), Vanak Square - After Mirdamad Intersection - Ghobadian St. - No. 37 - 6th Floor, Tehran, Iran; Central District, Tehran City, Near Abbas Abad Neighborhood, Modares Highway, Resalat Highway, No. 0, Central Building of Mostazafan Foundation, 14th Floor, Tehran, Tehran 1519613524, Iran; Website www.pishrowiran.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102275819 (Iran); Registration Number 185475 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PISHRO MOBTAKER PEIVAND (a.k.a. PISHRA MOBTAKER PEYVAND COMPANY; a.k.a. PISHRO MOBTAKER PEYVAND (Arabic: پیشرو مبتکر پیوند); a.k.a. "LEADING INNOVATOR LINK"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 21 Aug 2002; National ID No. 10102328283 (Iran); Commercial Registry Number 190858 (Iran); Chamber of Commerce Number 132255 (Iran) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

PISHRO MOBTAKER PEYVAND (Arabic: پیشرو مبتکر پیوند) (a.k.a. PISHRA MOBTAKER PEYVAND COMPANY; a.k.a. PISHRO MOBTAKER PEIVAND; a.k.a. "LEADING INNOVATOR LINK"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 21 Aug 2002; National ID No. 10102328283 (Iran); Commercial Registry Number 190858 (Iran); Chamber of Commerce Number 132255 (Iran) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

PISHRO SANAT ASEMAN SHARIF PRIVATE COMPANY (Arabic: شرکت پیشرو صنعت آسمان شریف), Central Sector, North Persian Gulf Neighborhood, Shahid Shokralah Mohseni Alley, Second Alley, No. 24, Milad Building Block A1, 1st Floor, Unit 1, Tehran, Tehran Province 1379616818, Iran; Central Sector, Shahrak Rah Ahan, Kamyab Street, Kavoosh Alley, No. 0, Pezeshkan Trita Building, Floor 4, No 59, Islamshahr, Tehran Province 1498711318, Iran; Additional Sanctions Information - Subject to Secondary Sanctions;

Organization Established Date 30 Jul 2022; National ID No. 14011378933 (Iran); Registration Number 599557 (Iran) [NPWMD] [IFSR] (Linked To: ABDI ASJERD, Abbas).

PISHRO SYSTEMS RESEARCH COMPANY (a.k.a. ADVANCED SYSTEMS RESEARCH COMPANY; a.k.a. ASRC; a.k.a. CENTER FOR ADVANCED SYSTEMS RESEARCH; a.k.a. CRAS; a.k.a. PISHRO COMPANY), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PISHRO TEJARAT SANA COMPANY (Arabic: شرکت پیشرو تجارت سانا), Unit 81, Floor 8, Ribbon Building, Number 3, Eastern Brazil Street, Kurdistan Highway, Vanak, Central Section, Tehran, Tehran Province, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Jul 2011; National ID No. 10320606988 (Iran); Business Registration Number 410131 (Iran) [SDGT] (Linked To: ALAVI, Seyyed Abdoljavad).

PISHTAZAN KAVOSH GOSTAR BASHARA LLC (a.k.a. KAVOSH GOSTAR BOSHRA LLC; a.k.a. PISHTAZAN KAVOSH GOSTAR BOSHRA LLC (Arabic: پیشتازان کاوش گستر بشرا); a.k.a. PISHTAZAN KAVOSH GOSTAR BUSHRA COMPANY LLC; a.k.a. PISHTAZAN KAVOSH GOSTAR BUSHRA LLC; a.k.a. "PKGB"), Unit 4, Number 1, Khanjari Alley, between Shahid Bagheri Highway and Seraj, Farjam Avenue, Tehran 1685914195, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 02 Oct 2012; National ID No. 14002836456 (Iran); Registration Number 428840 (Iran) [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

PISHTAZAN KAVOSH GOSTAR BOSHRA LLC (Arabic: پیشتازان کاوش گستر بشرا) (a.k.a. KAVOSH GOSTAR BOSHRA LLC; a.k.a. PISHTAZAN KAVOSH GOSTAR BASHARA LLC; a.k.a. PISHTAZAN KAVOSH GOSTAR BUSHRA COMPANY LLC; a.k.a. PISHTAZAN KAVOSH GOSTAR BUSHRA LLC; a.k.a. "PKGB"), Unit 4, Number 1, Khanjari Alley, between Shahid Bagheri Highway and Seraj, Farjam Avenue, Tehran 1685914195, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 02 Oct 2012; National ID No. 14002836456 (Iran); Registration Number 428840 (Iran) [NPWMD] [IFSR] (Linked To:

DEHGHAN, Hamed; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

PISHTAZAN KAVOSH GOSTAR BUSHRA COMPANY LLC (a.k.a. KAVOSH GOSTAR BOSHRA LLC; a.k.a. PISHTAZAN KAVOSH GOSTAR BASHARA LLC; a.k.a. PISHTAZAN KAVOSH GOSTAR BOSHRA LLC (Arabic: پیشتازان کاوش گستر بشرا); a.k.a. PISHTAZAN KAVOSH GOSTAR BUSHRA LLC; a.k.a. "PKGB"), Unit 4, Number 1, Khanjari Alley, between Shahid Bagheri Highway and Seraj, Farjam Avenue, Tehran 1685914195, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 02 Oct 2012; National ID No. 14002836456 (Iran); Registration Number 428840 (Iran) [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

PISHTAZAN KAVOSH GOSTAR BUSHRA LLC (a.k.a. KAVOSH GOSTAR BOSHRA LLC; a.k.a. PISHTAZAN KAVOSH GOSTAR BASHARA LLC; a.k.a. PISHTAZAN KAVOSH GOSTAR BOSHRA LLC (Arabic: پیشتازان کاوش گستر بشرا); a.k.a. PISHTAZAN KAVOSH GOSTAR BUSHRA COMPANY LLC; a.k.a. "PKGB"), Unit 4, Number 1, Khanjari Alley, between Shahid Bagheri Highway and Seraj, Farjam Avenue, Tehran 1685914195, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 02 Oct 2012; National ID No. 14002836456 (Iran); Registration Number 428840 (Iran) [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

PISHTAZAN SANAT PARVAZ SADRA CO LLC (Arabic: شرکت پیشتازان صنعت پرواز صدرا بامسئولیت محدود) (a.k.a. NAARIN SEPEHR MOBIN ISATIS; a.k.a. NARIN SEPEHR MOBIN ISATIS (Arabic: نارین سپهر مبین ایساتیس)), Tehran Pars, Shahid Mahmoudreza Okhovat 123 St, Shahid Ghasem Soleymani Highway, No. 48, 4th Floor, Unit 14, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Jul 2018; National ID No. 14007740232 (Iran); Business Registration Number 529177 (Iran) [NPWMD] [IFSR] (Linked To: PISHTAZAN KAVOSH GOSTAR BOSHRA LLC; Linked To: ISLAMIC

REVOLUTIONARY GUARD CORPS AIR FORCE).

PISKAREV, Vasily Ivanovich (Cyrillic: ПИСКАРЕВ, Василий Иванович), Russia; DOB 08 Nov 1963; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PISKLIN, Mikhail Yur'evich, Russia; DOB 01 Dec 1980; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 71 0588176 (individual) [DPRK3].

PIT LOGISTICS (a.k.a. PETERSBURG INTELLIGENT TRANSPORT LOGISTICS; a.k.a. PIT LOGISTIKS), Pr-kt Leninskii d. 153, pomeshch. 233N office 718, Saint Petersburg 196247, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810639510 (Russia); Registration Number 1167847504219 (Russia) [RUSSIA-EO14024].

PIT LOGISTIKS (a.k.a. PETERSBURG INTELLIGENT TRANSPORT LOGISTICS; a.k.a. PIT LOGISTICS), Pr-kt Leninskii d. 153, pomeshch. 233N office 718, Saint Petersburg 196247, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810639510 (Russia); Registration Number 1167847504219 (Russia) [RUSSIA-EO14024].

PITARON LIMITED, 103, Afstralias 6, Limassol, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Sep 2017; Registration Number C373784 (Cyprus) [RUSSIA-EO14024] (Linked To: PALNYCHENKO, Igor).

PITCHAYOS, Vinai (a.k.a. PHITCHAIYOT, Winai; a.k.a. PHITCHAYOT, Winai; a.k.a. PICHAYOS, Vinai; a.k.a. PICHAYOS, Winai; a.k.a. PICHAYOT, Vinai; a.k.a. THICHAIYOT, Winai; a.k.a. TICHYOS, Vinai), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o GREEN CAR RENT LIMITED PARTNERSHIP, Bangkok, Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok,

Thailand; DOB 01 Dec 1957; Passport K203350 (Thailand) (individual) [SDNTK].

PITIKOV, Sergei Viktorovich (a.k.a. PITIKOV, Sergey Viktorovich), Russia; DOB 23 Feb 1963; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 502208215010 (Russia) (individual) [RUSSIA-EO14024].

PITIKOV, Sergey Viktorovich (a.k.a. PITIKOV, Sergei Viktorovich), Russia; DOB 23 Feb 1963; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 502208215010 (Russia) (individual) [RUSSIA-EO14024].

PIVNENKO, Valentina Nikolayevna (Cyrillic: ПИВНЕНКО, Валентина Николаевна), Russia; DOB 14 Jun 1947; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PIXEL DEVICES LIMITED (a.k.a. PIXEL DEVICES LTD), 16/F, New Hennessey Tower, 263 Hennessey Road, Wanchai, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number 2569276 (Hong Kong); alt. Identification Number 68097456 (Hong Kong) [RUSSIA-EO14024].

PIXEL DEVICES LTD (a.k.a. PIXEL DEVICES LIMITED), 16/F, New Hennessey Tower, 263 Hennessey Road, Wanchai, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number 2569276 (Hong Kong); alt. Identification Number 68097456 (Hong Kong) [RUSSIA-EO14024].

PIZANA GONZALEZ, Rogelio (a.k.a. GONZALEZ GARZA, Rolando; a.k.a. GONZALEZ PIZANA JR., Rogelio; a.k.a. GONZALEZ PIZANA, Rogelio Kak, Jr.), Matamoros, Tamaulipas, Mexico; Carretera A La Playa El Huizachal, Valle Hermoso, Tamaulipas, Mexico; Fraccionamiento Valle De Aguayo, 9th Street and Quintana Roo No. 3150, Ciudad Victoria, Tamaulipas, Mexico; DOB 28 Feb 1974; alt. DOB 01 Mar 1974; nationality Mexico; citizen Mexico (individual) [SDNTK].

PJAK (a.k.a. FREE LIFE PARTY OF KURDISTAN; a.k.a. KURDISTAN FREE LIFE PARTY; a.k.a. PARTIYA JIYANA AZAD A KURDISTANE; a.k.a. PARTY OF FREE LIFE OF KURDISTAN; a.k.a. PEJAK; a.k.a. PEZHAK), Qandil Mountain, Irbil Governorate,

Iraq; Razgah, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PJSC ALROSA (a.k.a. AK ALROSA PAO (Cyrillic: АК АЛРОСА ПАО); a.k.a. ALROSA GROUP; a.k.a. PUBLIC JOINT STOCK COMPANY ALROSA (Cyrillic: АКЦИОНЕРНАЯ КОМПАНИЯ АЛРОСА ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 24 Ozerkovskaya Naberezhnaya, Moscow 115184, Russia; 6 ulitsa Lenina, Mirny, Republic of Sakha (Yakutia) 678174, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 1433000147 (Russia); Legal Entity Number 894500DKUWVBYZLLE651 (Russia); Registration Number 1021400967092 (Russia) [RUSSIA-EO14024].

PJSC AMURSKY SUDOSTROITELNY FACTORY (a.k.a. AMUR SHIPBUILDING PLANT; a.k.a. AMUR SHIPBUILDING PLANT PUBLIC COMPANY; a.k.a. JSC AMURSKY SUDOSTROITELNY ZAVOD (Cyrillic: ПАО АМУРСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. PUBLIC JOINT STOCK COMPANY AMURSKY SHIPBUILDING PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO AMURSKIY SUDOSTROITELNYI ZAVOD; a.k.a. "PJSC ASZ"), 1 Alleya Truda St., Komsomolsk-On-Amur, Khabarovsk Region 681000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Dec 1992; Tax ID No. 2703000015 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PJSC ARZAMAS RESEARCH AND PRODUCTION ENTERPRISE (f.k.a. OPEN JOINT STOCK COMPANY ARZAMASSKOYE OPYTNO KONSTRUKTORSKOYE BYURO TEMP; a.k.a. PUBLIC JOINT STOCK COMPANY ARZAMASSKOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE TEMP-AVIA; a.k.a. TEMP-AVIA ARZAMAS RESEARCH & PRODUCTION ASSOCIATION JSC; a.k.a. TEMP-AVIA ARZAMAS RESEARCH AND PRODUCTION ASSOCIATION JSC; a.k.a. TEMP-AVIA PAO), 26, Kirova Street, Arzamas 607220, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1958; Tax ID No. 5243001887 (Russia); Registration Number 1025201335994 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

PJSC BANK FK OTKRITIE (Cyrillic: ПАО БАНК ФК ОТКРЫТИЕ) (a.k.a. OTKRITIE BANK; a.k.a. PAO BANK OTKRITIE FINANCIAL CORPORATION; a.k.a. PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БАНК ФИНАНСОВАЯ КОРПОРАЦИЯ ОТКРЫТИЕ); a.k.a. PUBLIC JOINT STOCK COMPANY BANK OTKRITIE FINANCIAL CORPORATION), d. 2, str. 4, ul. Letnikovskaya, Moscow 115114, Russia; SWIFT/BIC JSNMRUMM; Website http://www.open.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Dec 1992; Tax ID No. 7706092528 (Russia); Registration Number 1027739019208 (Russia) [RUSSIA-EO14024].

PJSC BANK SIAB (a.k.a. PUBLIC JOINT STOCK COMPANY FINSTAR BANK; a.k.a. PUBLIC JOINT STOCK COMPANY SAINT PETERSBURG INDUSTRIAL JOINT STOCK BANK), Ul Chernigovskaya, pom., 8a, 1N, St. Petersburg 196084, Russia; SWIFT/BIC SAOARU2P; Website www.siab.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 2465037737 (Russia); Legal Entity Number 253400WE18BBLQFEX189; Registration Number 1022400003944 (Russia) [RUSSIA-EO14024].

PJSC BANK VVB (f.k.a. COMMERCIAL JOINT-STOCK INCORPORATION BANK YAROSLAVICH; f.k.a. KOMMERCHESKI BANK YAROSLAVICH, PAO; a.k.a. PUBLIC JOINT-STOCK COMPANY BANK VVB; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO BANK VVB; a.k.a. PUBLICHNOYE JOINT-STOCK COMPANY BANK VVB; a.k.a. VVB, PAO), 3A ul., 4-ya Bastionnaya, Sevastopol, Crimea 299011, Ukraine; Voronina, 10, Sevastopol, Crimea 299011, Ukraine; 39A Ul. Suvorova, Sevastopol, Crimea, Ukraine; 5 Per. Pionerskiy, Simferopol, Crimea, Ukraine; SWIFT/BIC YARORU21; BIK (RU) 046711106; alt. BIK (RU) 043510133; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

PJSC BANK ZENIT (f.k.a. BANK ZENIT OAO; a.k.a. BANK ZENIT PAO; a.k.a. BANK ZENIT PUBLIC JOINT STOCK COMPANY; f.k.a. OJSC BANK ZENIT), Ul. Odesskaya D. 2, Moscow 117638, Russia; SWIFT/BIC ZENIRUMM; Website www.zenit.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 01 Jan 1995; Target Type Financial Institution; Tax ID No. 7729405872 (Russia); Legal Entity Number 253400NT4MB307747N58; Registration Number 1927739056927 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PJSC CSPA LENINETZ (a.k.a. JOINT STOCK COMPANY CENTRAL SCIENTIFIC PRODUCTION ASSOCIATION LENINETZ; a.k.a. JSC CSPA LENINETZ), Pr-kt Yuriya Gagarina D. 34, Saint Petersburg 196143, Russia; Pr-kt Moskovskii D. 212, Lit. A, Office 0031, Saint Petersburg 196066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810240719 (Russia); Registration Number 1027804858146 (Russia) [RUSSIA-EO14024].

PJSC FACTORY KRASNOYE SORMOVO (Cyrillic: ПАО ЗАВОД КРАСНОЕ СОРМОВО) (a.k.a. KRASNOYE SORMOVO SHIPYARD; a.k.a. PUBLIC JOINT STOCK COMPANY KRASNOYE SORMOVO SHIPYARD; a.k.a. PUBLIC JOINT STOCK COMPANY ZAVOD KRASNOYE SORMOVO), 1 Barrikad St., Nizhnynovgorod 603950, Russia; St. Barricade, 1, Nizhny Novgorod, Nizhny Novgorod Region 603003, Russia; Website WWW.KRSORMOVO.NNOV.RU; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 May 1994; Tax ID No. 5263006629 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK

COMPANY UNITED SHIPBUILDING CORPORATION).

PJSC GTLK (a.k.a. AKTSIONERNOYE OBSHCHESTVO GOSUDARSTVENNAYA TRANSPORTNAYA LIZINGOVAYA KOMPANIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГОСУДАРСТВЕННАЯ ТРАНСПОРТНАЯ ЛИЗИНГОВАЯ КОМПАНИЯ); a.k.a. GTLK AO (Cyrillic: АО ГТЛК); a.k.a. JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY; a.k.a. JSC GTLK; a.k.a. PJSC STLC; a.k.a. PUBLIC JOINT STOCK COMPANY STATE TRANSPORT LEASING COMPANY), 31A Leningradsky prospekt, Bldg 1, Moscow 125284, Russia; ul. Respubliki, D. 73, Kom. 100, Salekhard, Yamalo-Nenets Autonomous Region 629008, Russia (Cyrillic: ул. Республики, д. 73, ком. 100, г. Салехард, Ямало-Ненецкий Автономный Округ 629008, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7720261827 (Russia); Government Gazette Number 57992197 (Russia); Registration Number 1027739407189 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PJSC IC ROSGOSSTRAKH (Cyrillic: ПАО СК РОСГОССТРАХ) (a.k.a. IC ROSGOSSTRAKH PJSC; a.k.a. PUBLIC JOINT STOCK COMPANY INSURANCE COMPANY ROSGOSSTRAKH (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СТРАХОВАЯ КОМПАНИЯ РОСГОССТРАХ); a.k.a. ROSGOSSTRAKH INSURANCE COMPANY GROUP), dom 3, ulitsa Parkovaya, Lyubertsy, Moscow Oblast 140002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707067683 (Russia); Registration Number 1027739049689 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

PJSC INVESTTRADEBANK (a.k.a. INVESTTRADEBANK JSC (Cyrillic: ИНВЕСТТОРГБАНК АО); a.k.a. JOINT STOCK COMMERCIAL BANK INVESTMENT TRADE BANK; a.k.a. JOINT STOCK COMPANY INVESTTRADEBANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ИНВЕСТТОРГБАНК); f.k.a. OJSC INVESTTRADEBANK; f.k.a. PUBLIC JOINT STOCK COMPANY INVESTTRADEBANK), 45

Dubininskaya Str, Moscow 115054, Russia (Cyrillic: УЛ. ДУБИНИНСКАЯ, Д.45, ГОРОД МОСКВА 115054, Russia); SWIFT/BIC JSCVRUM2; Website itb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1994; Target Type Financial Institution; Tax ID No. 7717002773 (Russia); Registration Number 1027739543182 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK).

PJSC KB UBRIR (a.k.a. PJSC UBRD; a.k.a. PUBLIC JOINT STOCK COMPANY URAL BANK FOR RECONSTRUCTION AND DEVELOPMENT; a.k.a. UBRIR PAO; a.k.a. URAL BANK FOR RECONSTRUCTION AND DEVELOPMENT), d. 67, ul. Sakko i Vantsetti, Yekaterinburg, Sverdlovsk Oblast 620014, Russia; SWIFT/BIC UBRDRU4E; Website www.ubrr.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Sep 1990 to 30 Sep 1990; Tax ID No. 6608008004 (Russia); Registration Number 1026600000350 (Russia) [RUSSIA-EO14024].

PJSC KB VOSTOCHNY (a.k.a. PUBLIC JOINT STOCK COMPANY KB VOSTOCHNY; a.k.a. VOSTOCHNY COMMERCIAL BANK PJSC), Blagoveshchensk, St. Innokentiy Lane 1, Amur 675004, Russia; SWIFT/BIC DALVRU8X; Website vostobank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2801015394 (Russia); Registration Number 1022800000112 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

PJSC KORSHUNOVSKIY GORNO OBOGATITELNYY KOMBINAT (a.k.a. PAO KORSHUNOVSKI GOK; a.k.a. PUBLIC JOINT STOCK COMPANY KORSHUNOV MINING PLANT (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КОРШУНОВСКИЙ ГОРНО ОБОГАТИТЕЛЬНЫЙ КОМБИНАТ)), d. 9A/1 ul. Ivashchenko, Zheleznogorsk Ilimski 665651, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3834002314 (Russia); Registration Number 1023802658714 (Russia) [RUSSIA-EO14024].

PJSC KURGANSKY MASHINOSTROITELNY FACTORY (Cyrillic: ПАО КУРГАНСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ЗАВОД) (a.k.a. KURGANMASHZAVOD; a.k.a. KURGANMASHZAVOD PJSC; a.k.a. KURGANMASHZAVOD PUBLIC JOINT-

STOCK COMPANY), 17 Mashinostroitely Ave. Letter 1J, Kurgan 640021, Russia; Website www.kurganmash.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Mar 1992; Target Type State-Owned Enterprise; Tax ID No. 4501008142 (Russia) [RUSSIA-EO14024].

PJSC MAGNEZIT COMBINE (a.k.a. MAGNEZIT PLANT; a.k.a. PUBLIC JOINT STOCK COMPANY FOR THE PRODUCTION OF REFRACTORIES KOMBINAT MAGNEZIT (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ПО ПРОИЗВОДСТВУ ОГНЕУПОРОВ КОМБИНАТ МАГНЕЗИТ)), Ul. Solnechnaya 34, Satka 456910, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7417001747 (Russia); Registration Number 1027401062325 (Russia) [RUSSIA-EO14024].

PJSC MIKRON (a.k.a. JOINT STOCK COMPANY MIKRON; a.k.a. MIKRON JSC; f.k.a. NII MOLEKULYARNOI ELEKTRONIKI I ZAVOD MIKRON PAO; f.k.a. NIIME AND MIKRON; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NII MOLEKULYARNOY ELECKTRONIKI I ZAVOD MIKRON; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO MIKRON), 1st Zapadny Proezd 12/1, Zelenograd 124460, Russia; d. 6 str. 1, ul. Akademika Valieva, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 13 Jan 1994; Tax ID No. 7735007358 (Russia); Government Gazette Number 07589295 (Russia); Registration Number 1027700073466 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PJSC MOSTOTREST (a.k.a. MOSTOTREST; a.k.a. MOSTOTREST, PAO; a.k.a. OPEN JOINT STOCK COMPANY 'MOSTOTREST'; a.k.a. PUBLIC JOINT STOCK COMPANY MOSTOTREST), 6 Barklaya str., bld. 5, Moscow 121087, Russia; d. 6 str. 5, ul. Barklaya, Moscow 121087, Russia; Website www.mostro.ru; Email Address pressa@mostro.ru; MICEX Code MSTT; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027739167246 (Russia); Tax ID No. 7701045732 (Russia); Identification Number ISIN: RU0009177331; Government Gazette

Number 01386148 (Russia) [UKRAINE-EO13685].

PJSC MTS BANK (f.k.a. MOSCOW BANK FOR RECONSTRUCTION AND DEVELOPMENT; f.k.a. OPEN JOINT STOCK COMPANY MTS BANK; a.k.a. PUBLIC JOINT STOCK COMPANY MTS BANK), PR-KT Andropova D. 18, K. 1, Moscow 115432, Russia; Abu Dhabi, United Arab Emirates; SWIFT/BIC MBRDRUMM; Website www.mtsbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 29 Jan 1993; Target Type Financial Institution; Tax ID No. 7702045051 (Russia); Legal Entity Number 2534005803A5MMD61T78; Registration Number 1027739053704 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PJSC NADEZHDINSKI METALLURGICAL PLANT (a.k.a. PUBLIC JOINT STOCK COMPANY NADEZHDINSKIY METALLURGICHESKIY ZAVOD (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НАДЕЖДИНСКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД)), 6 Ulitsa Aglomeratchikov, Serov 624992, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6632004667 (Russia); Registration Number 1026601814799 (Russia) [RUSSIA-EO14024].

PJSC NAZ SOKOL (Cyrillic: ПАО НАЗ СОКОЛ) (a.k.a. NAZ SOKOL; a.k.a. NIZHNIY NOVGOROD AVIATION PLANT SOKOL; a.k.a. NIZHNIY NOVGOROD SOKOL AIRCRAFT MANUFACTURING PLANT; a.k.a. SOKOL AIRCRAFT PLANT), 1 Chaadaev St., Nizhny Novgorod 603035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5259008341 (Russia) [RUSSIA-EO14024].

PJSC NPO ALMAZ (a.k.a. ALMAZ SCIENTIFIC PRODUCTION ASSOCIATION; a.k.a. JSC NPO ALMAZ NAMED AFTER A.A. RASPLETIN; a.k.a. PUBLIC JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION ALMAZ NAMED AFTER ACADEMICIAN A.A. RASPLETIN; a.k.a. PUBLICHNOE AKTCIONERNOE OBSHESTVO NAUCHNO-PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA), 80 Leningradsky prospect, building 16, Moscow 125190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization

Established Date 1947; Tax ID No. 7712040285 (Russia); Registration Number 1027700118984 (Russia) [RUSSIA-EO14024].

PJSC ODK-KUZNETSOV (a.k.a. KUZNETSOV ODK; a.k.a. KUZNETSOV PAO; a.k.a. KUZNETSOV PUBLIC JOINT-STOCK COMPANY (Cyrillic: ПАО ОДК-КУЗНЕЦОВ); a.k.a. ODK-KUZNETSOV; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-KUZNETSOV), 29 Zavodskoye Highway, Samara, Samara Region 443052, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6319033379 (Russia) [RUSSIA-EO14024].

PJSC POWER MACHINES (a.k.a. JSC POWER MACHINES; a.k.a. OPEN JOINT STOCK COMPANY POWER MACHINES - ZTL, LMZ, ELECTROSILA, ENERGOMACHEXPORT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO SILOVYE MASHINY - ZTL, LMZ, ELEKTROSILA, ENERGOMASHEKSPORT; a.k.a. SILOVYE MASHINY, PAO), 3A Vatutina St., St. Petersburg 195009, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1027700004012 (Russia); Tax ID No. 7702080289 (Russia) [UKRAINE-EO13685] [RUSSIA-EO14024].

PJSC PROLETARSKY FACTORY (Cyrillic: ПАО ПРОЛЕТАРСКИЙ ЗАВОД) (a.k.a. PJSC PROLETARSKY ZAVOD; a.k.a. PROLETARSKIY PLANT; a.k.a. PROLETARSKY ZAVOD; a.k.a. PUBLIC JOINT STOCK COMPANY PROLETARSKY ZAVOD; a.k.a. PUBLIC JOINT-STOCK COMPANY PROLETARSKY FACTORY), 3, Dudko St., St. Petersburg 192029, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Dec 1992; Tax ID No. 7811039386 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PJSC PROLETARSKY ZAVOD (a.k.a. PJSC PROLETARSKY FACTORY (Cyrillic: ПАО ПРОЛЕТАРСКИЙ ЗАВОД); a.k.a. PROLETARSKIY PLANT; a.k.a. PROLETARSKY ZAVOD; a.k.a. PUBLIC JOINT STOCK COMPANY PROLETARSKY ZAVOD; a.k.a. PUBLIC JOINT-STOCK COMPANY PROLETARSKY FACTORY), 3, Dudko St., St. Petersburg 192029, Russia; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Dec 1992; Tax ID No. 7811039386 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PJSC RESEARCH AND PRODUCTION ASSOCIATION IMPULSE (a.k.a. IMPULS RESEARCH AND DEVELOPMENT ENTERPRISE; a.k.a. PAO NPP IMPULSE; a.k.a. PUBLIC JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE IMPULSE; a.k.a. PUBLICHNOE AKTCIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE IMPULS), 102 Mira Avenue, Moscow 129626, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Jun 1994; Target Type State-Owned Enterprise; Tax ID No. 7717022177 (Russia); Registration Number 1027700206511 (Russia) [RUSSIA-EO14024].

PJSC RESEARCH AND PRODUCTION ASSOCIATION STRELA (a.k.a. PAO NAUCHNO PROIZVODSTVENNOE OBEDINENIE STRELA; a.k.a. PJSC SPA STRELA; a.k.a. PUBLIC JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION STRELA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE STRELA; a.k.a. "NPO STRELA"; a.k.a. "PAO NPO STRELA"; a.k.a. "SPA STRELA"), 6 Maxim Gorky Street, Tula 300002, Russia; 2 Arsenalnaya Street, Tula 300002, Russia; 6 M. Gorkogo ul., Tula 300002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7103028233 (Russia); Registration Number 1027100517256 (Russia) [RUSSIA-EO14024].

PJSC ROSTOV OPTICAL AND MECHANICAL PLANT (a.k.a. ROSTOVSKII OPTIKO-MEKHANICHESKII ZAVOD; a.k.a. "ROMZ"), Savinskoe shosse, 36, Rostov 152150, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7609000881 (Russia); Registration Number 1027601066569 (Russia) [RUSSIA-EO14024].

PJSC SASCO (f.k.a. OAO SAKHMP; a.k.a. PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО САХАЛИНСКОЕ МОРСКОЕ ПАРОХОДСТВО)), d. 18A pom. 7, ul. Pobedy,

Kholmsk 694620, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6509000854 (Russia); Registration Number 1026501017828 (Russia) [RUSSIA-EO14024].

PJSC SBERBANK (Cyrillic: ПАО СБЕРБАНК) (f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN FEDERATION; f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN SOVIET FEDERATIVE SOCIALIST REPUBLIC; f.k.a. OJSC SBERBANK OF RUSSIA; f.k.a. OPEN JOINT STOCK COMPANY SBERBANK OF RUSSIA; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK ROSSII; a.k.a. PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕРБАНК РОССИИ); f.k.a. SBERBANK OF RSFSR; a.k.a. SBERBANK OF RUSSIA; a.k.a. SBERBANK ROSSII; f.k.a. SBERBANK ROSSII OAO; a.k.a. "SBERBANK INDIA"; a.k.a. "SBERBANK MUMBAI"), 19 ul. Vavilova, Moscow 117312, Russia (Cyrillic: ул. Вавилова, д. 19, Москва 117312, Russia); C305/306A Lufthansa Centre 50 Liangmaqiao Rd., Chaoyang District, Beijing 100027, China; upper ground floor and fourth floor, Birla Tower, 25-Barakhamba Road, New Delhi 110001, India; 81-B, 8th Floor, 5th North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra East, Mumbai, Maharashtra 400051, India; SWIFT/BIC SABRRUMM; Website www.sberbank.ru; alt. Website www.sberbank.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are

prohibited.; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7707083893 (Russia); Registration Number 1027700132195 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

PJSC SCB METALLINVESTBANK (a.k.a. AKB METALLINVESTBANK; f.k.a. OPEN JOINT STOCK COMPANY STOCK COMMERCIAL BANK METALLURGICAL INVESTMENT BANK; a.k.a. PUBLIC JOINT STOCK COMPANY STOCK COMMERCIAL BANK METALLURGICAL INVESTMENT BANK), Ul. Bolshaya Polyanka D. 47, Str. 1, Moscow 119180, Russia; SWIFT/BIC SCBMRUMM; Website www.metallinvestbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Aug 1993; Target Type Financial Institution; Tax ID No. 7709138570 (Russia); Legal Entity Number 25340027612MR0DNQ406; Registration Number 1027700218666 (Russia) [RUSSIA-EO14024].

PJSC 'SOVFRACHT' (a.k.a. OJSC SOVFRACHT; a.k.a. SOVFRACHT JSC; a.k.a. SOVFRAKHT), Rakhmanovskiy lane, 4, bld. 1, Morskoy House, Moscow 127994, Russia; Email Address general@sovfracht.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

PJSC SPA STRELA (a.k.a. PAO NAUCHNO PROIZVODSTVENNOE OBEDINENIE STRELA; a.k.a. PJSC RESEARCH AND PRODUCTION ASSOCIATION STRELA; a.k.a. PUBLIC JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION STRELA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE STRELA; a.k.a. "NPO STRELA"; a.k.a. "PAO NPO STRELA"; a.k.a. "SPA STRELA"), 6 Maxim Gorky Street, Tula 300002, Russia; 2 Arsenalnaya Street, Tula 300002, Russia; 6 M. Gorkogo ul., Tula 300002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7103028233 (Russia);

Registration Number 1027100517256 (Russia) [RUSSIA-EO14024].

PJSC STLC (a.k.a. AKTSIONERNOYE OBSHCHESTVO GOSUDARSTVENNAYA TRANSPORTNAYA LIZINGOVAYA KOMPANIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГОСУДАРСТВЕННАЯ ТРАНСПОРТНАЯ ЛИЗИНГОВАЯ КОМПАНИЯ); a.k.a. GTLK AO (Cyrillic: АО ГТЛК); a.k.a. JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY; a.k.a. JSC GTLK; a.k.a. PJSC GTLK; a.k.a. PUBLIC JOINT STOCK COMPANY STATE TRANSPORT LEASING COMPANY), 31A Leningradsky prospekt, Bldg 1, Moscow 125284, Russia; ul. Respubliki, D. 73, Kom. 100, Salekhard, Yamalo-Nenets Autonomous Region 629008, Russia (Cyrillic: ул. Республики, д. 73, ком. 100, г. Салехард, Ямало-Ненецкий Автономный Округ 629008, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7720261827 (Russia); Government Gazette Number 57992197 (Russia); Registration Number 1027739407189 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PJSC SUDOSTROITELNY FACTORY SEVERNAYA VERF (Cyrillic: ПАО СУДОСТРОИТЕЛЬНЫЙ ЗАВОД СЕВЕРНАЯ ВЕРФЬ) (a.k.a. JOINT STOCK COMPANY SHIPBUILDING PLANT SEVERNAYA VERF; a.k.a. PUBLIC JOINT STOCK COMPANY SHIPBUILDING PLANT SEVERNAYA VERF; a.k.a. SEVERNAYA SHIPYARD; a.k.a. SEVERNAYA VERF SHIPBUILDING PLANT), Korabelnaya Str., 6, St. Petersburg 198096, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Apr 1994; Tax ID No. 7805034277 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PJSC TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПАО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА) (a.k.a. BERIEV AIRCRAFT COMPANY; a.k.a. PJSC TASTC N.A. G. M. BERIEV; a.k.a. PUBLIC JOINT STOCK COMPANY TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic:

ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА); a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TAGANROGSKI AVIATSIONNY NAUCHNO TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA; f.k.a. TAGANROGSKI AVIATSIONNY NAUCHNO-TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA PAO; a.k.a. TANTK IM.G.M. BERIEVA PAO), d. 1, pl. Aviatorov, Taganrog, Rostovskaya Oblast 347923, Russia (Cyrillic: д.1, пл. Авиаторов, Таганрог, Ростовская область 347923, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Jul 1994; Target Type State-Owned Enterprise; Tax ID No. 6154028021 (Russia); Registration Number 1026102571065 (Russia) [RUSSIA-EO14024].

PJSC TASTC N.A. G. M. BERIEV (a.k.a. BERIEV AIRCRAFT COMPANY; a.k.a. PJSC TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПАО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА); a.k.a. PUBLIC JOINT STOCK COMPANY TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА); a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TAGANROGSKI AVIATSIONNY NAUCHNO TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA; f.k.a. TAGANROGSKI AVIATSIONNY NAUCHNO-TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA PAO; a.k.a. TANTK IM.G.M. BERIEVA PAO), d. 1, pl. Aviatorov, Taganrog, Rostovskaya Oblast 347923, Russia (Cyrillic: д.1, пл. Авиаторов, Таганрог, Ростовская область 347923, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Jul 1994; Target Type State-Owned Enterprise; Tax ID No. 6154028021 (Russia); Registration Number 1026102571065 (Russia) [RUSSIA-EO14024].

PJSC TRANSCONTAINER (a.k.a. PUBLIC JOINT STOCK COMPANY CENTER FOR CARGO CONTAINER TRAFFIC TRANSCONTAINER), 19, Oruzheyniy Pereulok, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708591995 (Russia); Registration Number 1067746341024 (Russia) [RUSSIA-EO14024].

PJSC TRANSKAPITALBANK (a.k.a. JOINT STOCK BANK TRANSCAPITALBANK; a.k.a. JOINT STOCK COMMERCIAL BANK TRANSCAPITALBANK CLOSED JOINT STOCK COMPANY; f.k.a. OPEN JOINT STOCK BANK TRANSCAPITALBANK; a.k.a. PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСКАПИТАЛБАНК); a.k.a. TKB BANK PJSC (Cyrillic: ТКБ БАНК ПАО); a.k.a. TRANSCAPITALBANK PJSC; a.k.a. TRANSKAPITALBANK; a.k.a. "TKB PJSC"), 27/35, Voroncovskaya Ul., Moscow 109147, Russia; Bldg. 1, 24/2, Pokrovka str., Moscow 105062, Russia; SWIFT/BIC TJSCRUMM; Website www.tkbbank.ru; alt. Website tkbbank.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1992; Target Type Financial Institution; Tax ID No. 7709129705 (Russia); Registration Number 1027739186970 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PJSC UAC (Cyrillic: ПАО ОАК) (a.k.a. MIG; f.k.a. OJSC UAC (Cyrillic: ОАО ОАК); f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. PUBLIC JOINT STOCK COMPANY UNITED AIRCRAFT CORPORATION (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ОБЪЕДИНЕННАЯ АВИАСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. SUKHOI; a.k.a. UNITED AIRCRAFT CORPORATION), ul. Bolshaya Pioneerskaya, d. 1, Moscow 115054, Russia (Cyrillic: ул. Большая Пионерская, д. 1, город Москва 115054, Russia); Str.1, 22, Ulanskyi Pereulok, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2006; Target Type State-Owned Enterprise; Tax ID No. 7708619320 (Russia); Registration Number 1067759884598 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PJSC UBRD (a.k.a. PJSC KB UBRIR; a.k.a. PUBLIC JOINT STOCK COMPANY URAL BANK FOR RECONSTRUCTION AND DEVELOPMENT; a.k.a. UBRIR PAO; a.k.a. URAL BANK FOR RECONSTRUCTION AND DEVELOPMENT), d. 67, ul. Sakko i Vantsetti, Yekaterinburg, Sverdlovsk Oblast 620014, Russia; SWIFT/BIC UBRDRU4E; Website www.ubrr.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Sep 1990 to 30 Sep 1990; Tax ID No. 6608008004 (Russia); Registration Number 1026600000350 (Russia) [RUSSIA-EO14024].

PJSC UEC-SATURN (Cyrillic: ПАО ОДК-САТУРН) (a.k.a. NPO SATURN JSC; a.k.a. ODK-SATURN PAO; a.k.a. ODK-SATURN PUBLIC JOINT-STOCK COMPANY; a.k.a. UEC-SATURN; a.k.a. "SATURN NGO"), 163 Lenin Ave., Rybinsk, Yaroslavl Region 152903, Russia; 13 Kasatkin St., Moscow 129301, Russia; 4 A Novoroshchinskaya St., St. Petersburg 196084, Russia; 140 Kuybyshev St., 3rd Floor, Perm, Russia; 3 Okruzhnaya Doroga St., Omsk 644076, Russia; Website www.uec-saturn.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7610052644 (Russia); Registration Number 1027601106169 (Russia) [RUSSIA-EO14024].

PJSC VERKHNECHONSKNEFTEGAZ (a.k.a. AO VCHNG; a.k.a. OJSC VERKHNECHONSKNEFTEGAZ; a.k.a. VERKHNECHONSKNEFTEGAZ), Baikalskaya St., 295 B, Irkutsk 664050, Russia; Pr-Kt Bolshoi Liteinyi D. 3, Irkutsk 664007, Russia; Email Address vcng@rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3808079367 (Russia); Registration Number 1023801017580 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

PJSC VYBORGSKY SUDOSTROITELNY FACTORY (Cyrillic: ПАО ВЫБОРГСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД) (a.k.a. PUBLIC JOINT STOCK COMPANY VYBORG SHIPYARD; a.k.a. PUBLIC JOINT-STOCK COMPANY VYBORGSKY SHIPBUILDING PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO VYBORGSKIY SUDOSTROITELNYI ZAVOD; a.k.a. VYBORG SHIPYARD PJSC), 2b Primorskoye Highway, Vyborg, Vyborgsky District, Leningrad Region 188800, Russia; Website www.vyborgshipyard.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Jul 1997; Tax ID No. 4704012874 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PJSC VYSOCHAISHY (a.k.a. GV GOLD; a.k.a. PAO VYSOCHAISHY; a.k.a. PUBLICHNOYE AKTSIONERNOYE OBSHCHESTVO VYSOCHAISHY; a.k.a. VYSOCHAISHI, PAO), 27A, Pristrasovaya Str., Taksimo, Muisky district, town, Taksimo, Republic of Buryatia 671560, Russia; ul. Berezovaya d. 17 Bodaibo Irkutsk Region, Irkutsk 666902, Russia; D. 38, B-r Gagarina, Irkutsk Region, Irkutsk 664025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Nov 2002; Tax ID No. 3802008553 (Russia); Registration Number 1023800732878 (Russia) [RUSSIA-EO14024].

PJSC YAROSLAVSKY SHIPBUILDING PLANT (Cyrillic: ПАО ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД) (a.k.a. OJSC YAROSLAVSKY SHIPBUILDING PLANT; a.k.a. OJSC YAROSLAVSKY SHIPYARD; a.k.a. YAROSLAVL SHIPYARD OPEN JOINT-STOCK COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. YAROSLAVSKY SHIPBUILDING PLANT (Cyrillic: ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД)), 1, Korabelnaya Str., Yaroslavl 150006, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13662].

PJSC ZAVOD TULA (a.k.a. PUBLIC JOINT STOCK COMPANY ZAVOD TULA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЗАВОД ТУЛА); a.k.a. ZAVOD TULA PAO), 28 F. Smirnov Street, Tula, Tula Region 300041, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Jan 1993; Tax ID No. 7104002862 (Russia); Registration Number 1027100592210 (Russia) [RUSSIA-EO14024].

PJSC ZVEZDA (a.k.a. PAO ZVEZDA (Cyrillic: ПАО ЗВЕЗДА); a.k.a. PUBLIC JOINT STOCK COMPANY ZVEZDA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO ZVEZDA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЗВЕЗДА)), 123 Babushkina Street, St. Petersburg 192012, Russia; Website www.zvezda.spb.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7811038760 (Russia); Registration Number 1037825005085 (Russia) [UKRAINE-EO13662].

PJSCB PRIMORYE (a.k.a. AKB PRIMORYE PAO; a.k.a. JOINT STOCK COMMERCIAL BANK PRIMORYE; f.k.a. JSCB PRIMORYE BANK), UL. Svetlanskaya D. 47, Vladivostok 690990, Russia; SWIFT/BIC UNEPRU8V; Website https://www.primbank.ru/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 27 Jul 1994; Target Type Financial Institution; Tax ID No. 2536020789 (Russia); Legal Entity Number 25340019U0SFT4YC9G79; Registration Number 1022500000566 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PK COMPRESSOR LLC (a.k.a. LIMITED LIABILITY COMPANY PK KOMPRESSOR CHLB), Ul. Neglinnaya D. 21, Office 1, Chelyabinsk 454106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7448177081 (Russia); Registration Number 1157448002700 (Russia) [RUSSIA-EO14024].

PKF GAZNEFTEMASH (a.k.a. GAZNEFTEMASH LLC; a.k.a. LIMITED LIABILITY COMPANY PROIZVOSTVENNAYA KOMMERCHESKAYA FIRMA GAZNEFTEMASH), Km Kievskoe Shosse 22-1, Domovladenie 4, Str. 5, Moscow 108811, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jun 2008; Tax ID No. 7727653358 (Russia); Registration Number 1087746698137 (Russia) [RUSSIA-EO14024].

PKK (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI; a.k.a. KADEK; a.k.a. KGK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS; a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. THE PEOPLE'S DEFENSE FORCE; a.k.a. "HSK"; a.k.a. "KHK"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

PKP SEGMENT ENERGO (a.k.a. "PKP SE"), Ul. Bolshaya Polyanka D. 51A/9, Pomeshch. 1/1, Moscow 119180, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7721478117 (Russia); Registration Number 1167746251848 (Russia) [RUSSIA-EO14024].

PLACENCIA SERVICES INCORPORATION, Liberia; Identification Number IMO 6487533 [IRAN-EO13902].

PLAHOTNIUC, Vladimir, Cyprus; DOB 01 Jan 1966; POB Moldova; nationality Moldova; alt. nationality Romania; Gender Male; Passport AA1203658 (Moldova); alt. Passport 054038242 (Romania); National Foreign ID Number 0962706018030 (Moldova) (individual) [GLOMAG].

PLAKSIN, Gennady Nikolaevich, Russia; DOB 31 Aug 1961; Gender Male (individual) [MAGNIT].

PLAKSINA, Olga (a.k.a. PLAKSINA, Olga Vladimirovna), Russia; DOB 03 Mar 1974; POB Moscow, Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

PLAKSINA, Olga Vladimirovna (a.k.a. PLAKSINA, Olga), Russia; DOB 03 Mar 1974; POB Moscow, Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

PLANAR ELEMENTS (a.k.a. LLC PLANAR; a.k.a. OOO PLANAR (Cyrillic: ООО ПЛАНАР); a.k.a. THE PLANAR COMPANY (Cyrillic: КОМПАНИЯ ПЛАНАР)), Office 1, 76 Likhvintseva St., Izhevsk 426034, Russia; Office 23, Building 2, Corpus 58, 1 Partiynyy Pereulok Lane, Moscow 115093, Russia; Website planar-elements.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1833015934 (Russia) [RUSSIA-EO14024].

PLANAR JOINT STOCK COMPANY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ПЛАНАР) (a.k.a. PLANAR JSC KBTEM (Cyrillic: ОАО ПЛАНАР КБТЭМ); a.k.a. PLANAR RESEARCH AND PRODUCTION HOLDINGS FOR PRECISION ENGINEERING (Cyrillic: НАУЧНО-ПРОИЗВОДСТВЕННЫЙ ХОЛДИНГ ТОЧНОГО МАШИНОСТРОЕНИЯ ПЛАНАР)), 2 Partizanskii Ave, 2-31 Bldg, Minsk 220033, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100104937 (Belarus) [BELARUS-EO14038].

PLANAR JSC KBTEM (Cyrillic: ОАО ПЛАНАР КБТЭМ) (a.k.a. PLANAR JOINT STOCK COMPANY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ПЛАНАР); a.k.a. PLANAR RESEARCH AND PRODUCTION HOLDINGS FOR PRECISION ENGINEERING (Cyrillic: НАУЧНО-ПРОИЗВОДСТВЕННЫЙ ХОЛДИНГ ТОЧНОГО МАШИНОСТРОЕНИЯ ПЛАНАР)), 2 Partizanskii Ave, 2-31 Bldg, Minsk 220033, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100104937 (Belarus) [BELARUS-EO14038].

PLANAR RESEARCH AND PRODUCTION HOLDINGS FOR PRECISION ENGINEERING (Cyrillic: НАУЧНО-ПРОИЗВОДСТВЕННЫЙ ХОЛДИНГ ТОЧНОГО МАШИНОСТРОЕНИЯ ПЛАНАР) (a.k.a. PLANAR JOINT STOCK COMPANY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ПЛАНАР); a.k.a. PLANAR JSC KBTEM (Cyrillic: ОАО ПЛАНАР КБТЭМ)), 2 Partizanskii Ave, 2-31 Bldg, Minsk 220033, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100104937 (Belarus) [BELARUS-EO14038].

PLANCARTE SOLIS, Enrique (a.k.a. "KIKE"; a.k.a. "LA CHIVA"), Michoacan, Mexico; c/o Colonia Centro, Ave Lazaro Cardenas Sur 134, Nueva Italia, Michoacan, Mexico; DOB 14 Sep 1970; POB Michoacan, Mexico; nationality Mexico; C.U.R.P. PASE700914HMNLLN09 (Mexico) (individual) [SDNTK].

PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait;

Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

PLANET 2 REACHING, INC., DE, United States; 7043 Fisher Dr., Unit 7043, Miami Beach, FL 33109-0064, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

PLANT NAMED AFTER IA M SVERDLOV FEDERAL STATE ENTERPRISE (a.k.a. FEDERAL STATE ENTERPRISE YA M SVERDLOV PLANT), Sverdlova Street 4, Dzerzhinsk 606002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 5249002485 (Russia); Registration Number 1025201752982 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PLASTIK STROIMARKET (a.k.a. LIMITED LIABILITY COMPANY PLASTIK STROYMARKET), Belyakovsky lane, 46, office 5, Tver 170006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6950139428 (Russia); Registration Number 1116952045870 (Russia) [RUSSIA-EO14024].

PLATFORM ENDUSTRIYEL GIDA INSAAT ELEKTRONIK VE MADENCILIK DIS TICARET LIMITED SIRKETI, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date Jun 2022; Organization Type: Non-specialized wholesale trade; Registration Number 384964-5 (Turkey) [RUSSIA-EO14024].

PLATIFINO LIMITED, 4th Floor, Queen Victoria House, 41-43 Victoria Street, Douglas IM1 2LF, Man, Isle of; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Apr 2014; Registration Number 011037V (Man, Isle of)

[RUSSIA-EO14024] (Linked To: STRESHINSKIY, Vladimir Yakovlevich).

PLATIN GROUP MACHINE MANUFACTURING INTERNATIONAL COMPANY LTD (a.k.a. PLATIN GRUP MAK IML DIS TIC PAZ SAN LTD; a.k.a. PLATIN GRUP MAKINA IMALAT DIS TICARET PAZARLAMA SANAYI LIMITED SIRKETI), No: 16 D Blok D: 43. Cam Sk. Dap Royal Center, Altaycesme Mah, Istanbul, Turkey; No.8, K.22 D.116 Bumerang Kartal Rezidans, Aliaga Sk, Soganlik Mh, Kartal, Istanbul, Turkey; 53/1 Isikli Koy Cad, Yeni Mahalle, Mudanya, Bursa 16940, Turkey; Lange Hecke 3, Kahl am Main 63796, Germany; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 733373 (Turkey) [RUSSIA-EO14024].

PLATIN GRUP MAK IML DIS TIC PAZ SAN LTD (a.k.a. PLATIN GROUP MACHINE MANUFACTURING INTERNATIONAL COMPANY LTD; a.k.a. PLATIN GRUP MAKINA IMALAT DIS TICARET PAZARLAMA SANAYI LIMITED SIRKETI), No: 16 D Blok D: 43. Cam Sk. Dap Royal Center, Altaycesme Mah, Istanbul, Turkey; No.8, K.22 D.116 Bumerang Kartal Rezidans, Aliaga Sk, Soganlik Mh, Kartal, Istanbul, Turkey; 53/1 Isikli Koy Cad, Yeni Mahalle, Mudanya, Bursa 16940, Turkey; Lange Hecke 3, Kahl am Main 63796, Germany; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 733373 (Turkey) [RUSSIA-EO14024].

PLATIN GRUP MAKINA IMALAT DIS TICARET PAZARLAMA SANAYI LIMITED SIRKETI (a.k.a. PLATIN GROUP MACHINE MANUFACTURING INTERNATIONAL COMPANY LTD; a.k.a. PLATIN GRUP MAK IML DIS TIC PAZ SAN LTD), No: 16 D Blok D: 43. Cam Sk. Dap Royal Center, Altaycesme Mah, Istanbul, Turkey; No.8, K.22 D.116 Bumerang Kartal Rezidans, Aliaga Sk, Soganlik Mh, Kartal, Istanbul, Turkey; 53/1 Isikli Koy Cad, Yeni Mahalle, Mudanya, Bursa 16940, Turkey; Lange Hecke 3, Kahl am Main 63796, Germany; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 733373 (Turkey) [RUSSIA-EO14024].

PLATINUM GROUP INTERNATIONAL DIS TICARET LIMITED SIRKETI, Ayazaga Mah., Azerbaycan Cad. 2B No: 3K Ic Kapi No: 35 Sariyer, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Aug 2024; Commercial Registry Number 1034157 (Turkey) [SDGT] (Linked To: HIZBALLAH).

PLAVSIC, Biljana; DOB 07 Jul 1930; POB Tuzla, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

PLAYA MAR S.A. DE C.V., Paseo De Los Heroes, Colonia Rio Tijuana 2110, Tijuana, Baja California, Mexico; Entre Via Rapida y Jose Clemente Orozco, Tijuana, Baja California, Mexico; Blvd. Agua Caliente 10440, Colonia Aviacion 22420, Tijuana, Baja California, Mexico; R.F.C. PMA-910805 (Mexico) [SDNTK].

PLAZA LOS TULES (a.k.a. PLAZA VIRREYES), Av. Naciones Unidas # 6875, Fracc. Vista del Tule, Zapopan, Jalisco, Mexico; Av. Naciones Unidas # 6895, Fracc. Vista del Tule, Zapopan, Jalisco, Mexico; Website www.plazavirreyes.com [SDNTK].

PLAZA MILENIO, S.A. (a.k.a. MILLENNIUM PLAZA, S.A.), Panama; RUC # 15280-1-366202 (Panama) [SDNTK].

PLAZA VIRREYES (a.k.a. PLAZA LOS TULES), Av. Naciones Unidas # 6875, Fracc. Vista del Tule, Zapopan, Jalisco, Mexico; Av. Naciones Unidas # 6895, Fracc. Vista del Tule, Zapopan, Jalisco, Mexico; Website www.plazavirreyes.com [SDNTK].

PLAZA XAMAN HA (a.k.a. XAMAN HA CENTER), Av. Balam Kanche Mza. 30, Lote 002, Condominio Playa Car Fase II, Playa del Carmen, Quintana Roo 77710, Mexico; Carretera Cancun-Tulum, Playacar, Solidaridad, Playa del Carmen, Quintana Roo 77717, Mexico; Avenida 50, Playa del Carmen, Quintana Roo, Mexico [SDNTK].

PLESHEVSKIY, Dmitry (a.k.a. "Iseldor"), Zelenograd, Russia; DOB 30 Jul 1992; nationality Russia; Email Address pleshevskiy@gmail.com; alt. Email Address dmitriy@ideascup.me; alt. Email Address support@ideascup.me; alt. Email Address pleshevskie@gmail.com; Gender Male (individual) [CYBER2].

PLF (a.k.a. PALESTINE LIBERATION FRONT; a.k.a. PALESTINE LIBERATION FRONT - ABU ABBAS FACTION; a.k.a. PLF-ABU ABBAS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

PLF-ABU ABBAS (a.k.a. PALESTINE LIBERATION FRONT; a.k.a. PALESTINE LIBERATION FRONT - ABU ABBAS FACTION;

a.k.a. PLF); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

PLIO ENERGY CARGO SHIPPING OPC PRIVATE LIMITED, B Type C Wing 101 Malhar., Sankul Chs Agra Road KalyKalyan D.c., Thane, Kalyan, Maharashtra 421301, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2024; C.I.N. U52292MH2024OPC427341 (India); Identification Number IMO 0028953 [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ARCTIC LNG 2).

PLISYUK, Mikhail Alekseyevich, Russia; DOB 03 Sep 1963; POB Jakarta, Indonesia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 652204544 (Russia) expires 27 Nov 2019 (individual) [UKRAINE-EO13661].

PLM CONSORCIO, C.A., Av. Francisco de Miranda, Edif. Saule, piso 7, Ofic. 72, Chacao, Caracas, Venezuela; RIF # J-31241977-6 (Venezuela) [SDNTK].

PLM CONSULTORES, C.A., Av. Francisco de Miranda, Centro Lido, Torre B, piso 10, Ofic. 102-B, El Rosal, Caracas, Venezuela; RIF # J-31241965-2 (Venezuela) [SDNTK].

PLM INMOBILIARIA C.A. (a.k.a. INMUEBLES Y DESARROLLOS WEST POINT, C.A.), Av. Principal de Los Ruices, Edif. El Doral, piso 6, Ofic. 62, Urb. Los Ruices, Caracas, Venezuela; RIF # J-31242224-6 (Venezuela) [SDNTK].

PLM SECURITY CONTROL GROUP, C.A., Caracas, Venezuela; RIF # J-31403007-8 (Venezuela) [SDNTK].

PLM TRANSPORTE, C.A., Av. Caurimare, Edif. San Antonio de Padua, piso 2, Apto. 4, Urb. Colinas de Bello Monte, Caracas, Venezuela; RIF # J-31242244-0 (Venezuela) [SDNTK].

PLOTNIKOV, Vladimir Nikolayevich (Cyrillic: ПЛОТНИКОВ, Владимир Николаевич), Russia; DOB 30 Nov 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PLOTNITSKIY, Andrey (a.k.a. KOVALSKIY, Andrey Vechislavovich; a.k.a. STREL, Andrey), Moscow, Russia; DOB 25 Jul 1989; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 (individual) [CYBER2] (Linked To: EVIL CORP).

PLOTNITSKY, Igor (a.k.a. PLOTNITSKY, Igor Venediktovich); DOB 24 Jun 1964; POB Kelmentsi, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PLOTNITSKY, Igor Venediktovich (a.k.a. PLOTNITSKY, Igor); DOB 24 Jun 1964; POB Kelmentsi, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PLOYDAENG GEM SHOP (a.k.a. PLOYDAENG JEWELRY SHOP; a.k.a. PLYDAENG JEWELRY SHOP), 4/1-2 Ratdamri Road, World Trade Center, 1st Floor, Room B135, Lumphini precinct, Pathum Wan district, Bangkok, Thailand; 4/1-2 Rajdamri Road, Central World Plaza, Pathumwan, Bangkok, Thailand [SDNTK].

PLOYDAENG JEWELRY SHOP (a.k.a. PLOYDAENG GEM SHOP; a.k.a. PLYDAENG JEWELRY SHOP), 4/1-2 Ratdamri Road, World Trade Center, 1st Floor, Room B135, Lumphini precinct, Pathum Wan district, Bangkok, Thailand; 4/1-2 Rajdamri Road, Central World Plaza, Pathumwan, Bangkok, Thailand [SDNTK].

PLUS TECH AUTO SUPPLY COMPANY LTD., 273 Thiam Ruammit Road, Huai Khwang district, Bangkok, Thailand [SDNTK].

PLUTO-DUBAI TRADING COMPANY, LLC (a.k.a. BLOTO INTERNATIONAL COMPANY; a.k.a. BLOTO INTERNATIONAL, LTD.; a.k.a. BLUTO INTERNATIONAL), Iraq; 131/13 Soi 7/1 Sukhumvit Road, Wattana, Bangkok, Thailand; 131/13 Sukhumvit Road, Klongtoey Neua sub-district, Wattana District; Dubai, United Arab Emirates [IRAQ2].

PLYAKIN, Vladimir Vladimirovich (Cyrillic: ПЛЯКИН, Владимир Владимирович), Russia; DOB 19 Sep 1981; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PLYDAENG JEWELRY SHOP (a.k.a. PLOYDAENG GEM SHOP; a.k.a. PLOYDAENG JEWELRY SHOP), 4/1-2 Ratdamri Road, World Trade Center, 1st Floor, Room B135, Lumphini precinct, Pathum Wan district, Bangkok, Thailand; 4/1-2 Rajdamri

Road, Central World Plaza, Pathumwan, Bangkok, Thailand [SDNTK].

PLYSHEUSKI, Igar Anatolievich (Cyrillic: ПЛЫШЭЎСКІ, Ігар Анатольевіч) (a.k.a. PLYSHEUSKI, Ihar; a.k.a. PLYSHEUSKI, Ihar Anatolevich; a.k.a. PLYSHEVSKII, Igor Anatolevich; a.k.a. PLYSHEVSKIY, Ihor Anatolievich (Cyrillic: ПЛЫШЕВСКИЙ, Игорь Анатольевич); a.k.a. PLYSHEVSKY, Igor; a.k.a. PLYSHEWSKI, Ihar Anatoljevich), Minsk, Belarus; DOB 19 Feb 1979; POB Lyuban, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

PLYSHEUSKI, Ihar (a.k.a. PLYSHEUSKI, Igar Anatolievich (Cyrillic: ПЛЫШЭЎСКІ, Ігар Анатольевіч); a.k.a. PLYSHEUSKI, Ihar Anatolevich; a.k.a. PLYSHEVSKII, Igor Anatolevich; a.k.a. PLYSHEVSKIY, Ihor Anatolievich (Cyrillic: ПЛЫШЕВСКИЙ, Игорь Анатольевич); a.k.a. PLYSHEVSKY, Igor; a.k.a. PLYSHEWSKI, Ihar Anatoljevich), Minsk, Belarus; DOB 19 Feb 1979; POB Lyuban, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

PLYSHEUSKI, Ihar Anatolevich (a.k.a. PLYSHEUSKI, Igar Anatolievich (Cyrillic: ПЛЫШЭЎСКІ, Ігар Анатольевіч); a.k.a. PLYSHEUSKI, Ihar; a.k.a. PLYSHEVSKII, Igor Anatolevich; a.k.a. PLYSHEVSKIY, Ihor Anatolievich (Cyrillic: ПЛЫШЕВСКИЙ, Игорь Анатольевич); a.k.a. PLYSHEVSKY, Igor; a.k.a. PLYSHEWSKI, Ihar Anatoljevich), Minsk, Belarus; DOB 19 Feb 1979; POB Lyuban, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

PLYSHEVSKII, Igor Anatolevich (a.k.a. PLYSHEUSKI, Igar Anatolievich (Cyrillic: ПЛЫШЭЎСКІ, Ігар Анатольевіч); a.k.a. PLYSHEUSKI, Ihar; a.k.a. PLYSHEUSKI, Ihar Anatolevich; a.k.a. PLYSHEVSKIY, Ihor Anatolievich (Cyrillic: ПЛЫШЕВСКИЙ, Игорь Анатольевич); a.k.a. PLYSHEVSKY, Igor; a.k.a. PLYSHEWSKI, Ihar Anatoljevich), Minsk, Belarus; DOB 19 Feb 1979; POB Lyuban, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

PLYSHEVSKIY, Ihor Anatolievich (Cyrillic: ПЛЫШЕВСКИЙ, Игорь Анатольевич) (a.k.a. PLYSHEUSKI, Igar Anatolievich (Cyrillic: ПЛЫШЭЎСКІ, Ігар Анатольевіч); a.k.a. PLYSHEUSKI, Ihar; a.k.a. PLYSHEUSKI, Ihar Anatolevich; a.k.a. PLYSHEVSKII, Igor Anatolevich; a.k.a. PLYSHEVSKY, Igor; a.k.a. PLYSHEWSKI, Ihar Anatoljevich), Minsk, Belarus; DOB 19 Feb 1979; POB Lyuban,

Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

PLYSHEVSKY, Igor (a.k.a. PLYSHEUSKI, Igar Anatolievich (Cyrillic: ПЛЫШЭЎСКІ, Ігар Анатольевіч); a.k.a. PLYSHEUSKI, Ihar; a.k.a. PLYSHEUSKI, Ihar Anatolevich; a.k.a. PLYSHEVSKII, Igor Anatolevich; a.k.a. PLYSHEVSKIY, Ihor Anatolievich (Cyrillic: ПЛЫШЕВСКИЙ, Игорь Анатольевич); a.k.a. PLYSHEWSKI, Ihar Anatoljevich), Minsk, Belarus; DOB 19 Feb 1979; POB Lyuban, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

PLYSHEWSKI, Ihar Anatoljevich (a.k.a. PLYSHEUSKI, Igar Anatolievich (Cyrillic: ПЛЫШЭЎСКІ, Ігар Анатольевіч); a.k.a. PLYSHEUSKI, Ihar; a.k.a. PLYSHEUSKI, Ihar Anatolevich; a.k.a. PLYSHEVSKII, Igor Anatolevich; a.k.a. PLYSHEVSKIY, Ihor Anatolievich (Cyrillic: ПЛЫШЕВСКИЙ, Игорь Анатольевич); a.k.a. PLYSHEVSKY, Igor), Minsk, Belarus; DOB 19 Feb 1979; POB Lyuban, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

PLZCOME LIMITED (a.k.a. KAIXUANMEN LIMITED; a.k.a. YUMIKO INTERNATIONAL FOOD TRADE LIMITED), Rm A206, 2/F, New Eason Ind Bldg, Kwun Tong, Hong Kong, China; Organization Established Date 18 Nov 2021; Company Number 3104028 (Hong Kong); Business Registration Number 73551953 (Hong Kong) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

PMC CONVOY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU VOENNO OKHRANNAIA KOMPANIIA KONVOI; a.k.a. OOO VOK KONVOI; a.k.a. PRIVATE MILITARY COMPANY CONVOY), 5a Novocherkassky Ave., letter a, office/room 1-N/35, St. Petersburg 195112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4712026246 (Russia); Registration Number 1154712000024 (Russia) [RUSSIA-EO14024].

PMC REDUT (a.k.a. LIMITED LIABILITY COMPANY REDUT SECURITY; a.k.a. LIMITED LIABILITY COMPANY REDUT-BEZOPASNOST; a.k.a. PRIVATE MILITARY COMPANY REDOUBT; a.k.a. PRIVATE MILITARY COMPANY REDUT), Belarus; Ukraine; Ul. Dubininskaya D. 61, Pom. IV, Komnata 35, Moscow 115054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization

Established Date 13 Dec 2019; Organization Type: Private security activities; Tax ID No. 9725026517 (Russia); Registration Number 1197746727530 (Russia) [RUSSIA-EO14024].

PMC WAGNER (a.k.a. CHASTNAYA VOENNAYA KOMPANIYA 'VAGNER'; a.k.a. CHVK VAGNER; a.k.a. PRIVATE MILITARY COMPANY 'WAGNER'; a.k.a. WAGNER GROUP (Cyrillic: ГРУППА ВАГНЕРА)), Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. [TCO] [UKRAINE-EO13660] [CAR] [RUSSIA-EO14024].

PNEVMORESURS (a.k.a. ARMATUREN GROUP LIMITED COMPANY; a.k.a. LIMITED LIABILITY COMPANY PNEUMORESURS), ul. Yakornaya d. 13, lit. a, pomeshch. 8-n, kom. # 30, office # 401B, Saint Petersburg 195027, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7839380885 (Russia); Registration Number 1089847164230 (Russia) [RUSSIA-EO14024].

PNEVMORESURS LLC, d. 39a, Novokruchininskiy 173021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5310019787 (Russia); Registration Number 1155321001604 (Russia) [RUSSIA-EO14024].

PNITI PAO (a.k.a. AKTSIONERNOE OBSHCHESTVO PERMSKI NAUCHNO-ISSLEDOVATELSKI TEKHNOLOGICHESKI INSTITUT (Cyrillic: АКЦИОНЕРНОЕ ОЬЩЕСТВО ПЕРМСКИЙ НАУЧНО-ИССЛЬСКИЙ ТЕХНОЛОГИЧЕСКИЙ ИНСТИТУТ); a.k.a. JSC PNITI; a.k.a. PERM SCIENTIFIC RESEARCH TECHNOLOGICAL INSTITUTE; a.k.a. PNITI, AO (Cyrillic: АО ПНИТИ)), Ul. Geroev Khasana D. 41, Perm 614990, Russia; D. 41 Korp. 1, Pm. A261, Ul. Geroev Khasana, Perm 614064, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5904000518 (Russia); Government Gazette Number 07501343 (Russia); Registration Number 1025900913390 (Russia) [RUSSIA-EO14024].

PNITI, AO (Cyrillic: АО ПНИТИ) (a.k.a. AKTSIONERNOE OBSHCHESTVO PERMSKI NAUCHNO-ISSLEDOVATELSKI TEKHNOLOGICHESKI INSTITUT (Cyrillic: АКЦИОНЕРНОЕ ОЬЩЕСТВО ПЕРМСКИЙ НАУЧНО-ИССЛЬСКИЙ ТЕХНОЛОГИЧЕСКИЙ ИНСТИТУТ); a.k.a.

JSC PNITI; a.k.a. PERM SCIENTIFIC RESEARCH TECHNOLOGICAL INSTITUTE; f.k.a. PNITI PAO), Ul. Geroev Khasana D. 41, Perm 614990, Russia; D. 41 Korp. 1, Pm. A261, Ul. Geroev Khasana, Perm 614064, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5904000518 (Russia); Government Gazette Number 07501343 (Russia); Registration Number 1025900913390 (Russia) [RUSSIA-EO14024].

PO GEFESD (a.k.a. GEFESD LTD), ul. Sovetskaya d. 15, Lyulikh 601362, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Nov 2010; Tax ID No. 3324123093 (Russia); Registration Number 1103337000524 (Russia) [RUSSIA-EO14024] (Linked To: GARSHIN, Vadim Veniaminovich; Linked To: RAZORENOV, Aleksandr Gennadievich).

PO YING JEWELLERY (HK) CO. LIMITED (a.k.a. TING SHING TAI JEWELLERY (HK) CO. LIMITED), Room 3605 36/F Wu Chung House, 213 Queens Road East, Wan Chai, Hong Kong; Business Registration Document # 32369313 (Hong Kong); Certificate of Incorporation Number 784702 (Hong Kong) [SDNTK].

PO, Kong (a.k.a. PU, Chiang; a.k.a. "P'U LI"), c/o HONG PANG GEMS & JEWELLERY (HK) CO. LIMITED, Hong Kong, China; c/o TING SHING TAI JEWELLERY (HK) CO. LIMITED, Hong Kong, China; c/o SHUEN WAI HOLDING LIMITED, Hong Kong, China; Flat B, 16/F, Dragon View, No. 5 Dragon Terrace, Hong Kong, China; Flat 6, 2/F, Block 49, Heng Fa Chuen, Chai Wan, Hong Kong, China; DOB 01 Sep 1944; Passport H90011666 (Hong Kong); National ID No. K357514(4) (Hong Kong) (individual) [SDNTK].

POBEDA AIRLINES (a.k.a. LIMITED LIABILITY COMPANY AVIAKOMPANIYA POBEDA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АВИАКОМПАНИЯ ПОБЕДА); a.k.a. LLC BUDGET CARRIER (Cyrillic: ООО БЮДЖЕТНЫЙ ПЕРЕВОЗЧИК)), Kilometr Kievskoe Shosse 22-I (P Moskovskii), Domovladen 4, Stroenie 1, Moskovsky 108811, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9705001313 (Russia); Registration Number 5147746103380 (Russia) [RUSSIA-EO14024].

POBOBED, Yuri Nikolaevich (a.k.a. PODOBED, Yury Nikolaevich); DOB 05 Mar 1962; POB

Slutsk, Minsk district, Belarus; nationality Belarus; citizen Belarus; Commander of the Special Riot Police in Minsk (OMON) (individual) [BELARUS].

POCHON SHIPPING & MANAGEMENT (a.k.a. POCHON SHIPPING AND MANAGEMENT), Sonnae-dong, Mangyongdae-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5990271 [DPRK4].

POCHON SHIPPING AND MANAGEMENT (a.k.a. POCHON SHIPPING & MANAGEMENT), Sonnae-dong, Mangyongdae-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5990271 [DPRK4].

POCHTA BANK (a.k.a. JOINT STOCK COMPANY POST BANK; a.k.a. POST BANK JSC), Preobrazhenskaya ploshchad, 8, Moscow 107061, Russia; SWIFT/BIC POSBRUMM; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Tax ID No. 3232005484 (Russia); Identification Number DN2Q9U.99999.SL.643 (Russia); Legal Entity Number 2534001VHLQ1L34HNW95; Registration Number 1023200000010 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PODGORNOVA, Yevgeniya Aleksandrovna (f.k.a. BOLTACHEVA, Yevgeniya Aleksandrovna), Russia; DOB 16 Jul 1980; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 754582022 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OOO SERNIYA INZHINIRING).

PODKOPAEV, Vadim Vladimirovich (a.k.a. PODKOPAYEV, Vadim), Russia; DOB 01 May 1985; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

PODKOPAYEV, Vadim (a.k.a. PODKOPAEV, Vadim Vladimirovich), Russia; DOB 01 May 1985; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

PODLINEU, Raman Leanidavich (Cyrillic: ПОДЛІНЕЎ, Раман Леанідавіч) (a.k.a. PODLINEV, Roman; a.k.a. PODLINEV, Roman Leonidovich (Cyrillic: ПОДЛИНЕВ, Роман Леонидович)), Minsk, Belarus; DOB 1976; POB Kazanka, Nikolaev Oblast, Ukraine; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

PODLINEV, Roman (a.k.a. PODLINEU, Raman Leanidavich (Cyrillic: ПОДЛІНЕЎ, Раман Леанідавіч); a.k.a. PODLINEV, Roman Leonidovich (Cyrillic: ПОДЛИНЕВ, Роман Леонидович)), Minsk, Belarus; DOB 1976; POB Kazanka, Nikolaev Oblast, Ukraine; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

PODLINEV, Roman Leonidovich (Cyrillic: ПОДЛИНЕВ, Роман Леонидович) (a.k.a. PODLINEU, Raman Leanidavich (Cyrillic: ПОДЛІНЕЎ, Раман Леанідавіч); a.k.a. PODLINEV, Roman), Minsk, Belarus; DOB 1976; POB Kazanka, Nikolaev Oblast, Ukraine; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

PODOBED, Yury Nikolaevich (a.k.a. POBOBED, Yuri Nikolaevich); DOB 05 Mar 1962; POB Slutsk, Minsk district, Belarus; nationality Belarus; citizen Belarus; Commander of the Special Riot Police in Minsk (OMON) (individual) [BELARUS].

PODOLSKKABEL (a.k.a. AO NP PODOLSKKABEL), Ul. Bronnitskaya D. 11, Podolsk 142103, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jun 1941; Tax ID No. 5036002480 (Russia); Registration Number 1025004706825 (Russia) [RUSSIA-EO14024].

PODOPRIGOROV, Sergei G.; DOB 08 Jan 1974; POB Moscow, Russia (individual) [MAGNIT].

POGC (a.k.a. PARS OIL AND GAS COMPANY), No. 133, Side of Parvin Etesami Alley, opposite Sazman Ab - Dr. Fatemi Avenue, Tehran, Iran; No. 1 Parvin Etesami Street, Fatemi Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

POGIBLOV, Georgii Semenovich (a.k.a. POGIBLOV, Georgiy Semenovich), Novosibirsk, Russia; DOB 13 Nov 1968; POB Novosibirsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 752790751 (Russia) expires 04 Feb 2026; Tax ID No. 540309234395 (Russia) (individual) [RUSSIA-EO14024].

POGIBLOV, Georgiy Semenovich (a.k.a. POGIBLOV, Georgii Semenovich), Novosibirsk, Russia; DOB 13 Nov 1968; POB Novosibirsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 752790751 (Russia) expires 04 Feb 2026; Tax ID No. 540309234395 (Russia) (individual) [RUSSIA-EO14024].

POGODIN, Vadim Gennadievich (Cyrillic: ПОГОДИН, Вадим Геннадьевич) (a.k.a. "BIBA"; a.k.a. "SHGRYUV"), Moscow, Russia; DOB 19 Mar 1986; POB Moscow, Russia; nationality Russia; Gender Male; Passport 642774845 (Russia); National ID No. 4508703790 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP).

POGORELYY, Dmitriy Viktorovich (Cyrillic: ПОГОРЕЛЫЙ, Дмитрий Викторович), Russia; DOB 04 Oct 1977; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

POGREBENKOV, Valeriy Ivanovich, Russia; DOB 19 Jul 1947; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: INFOROS, OOO).

POINTER ELECTRONICS, 211 Rg Trade Tower, Nsp Pritampura, New Delhi 110034, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Mar 2022; Registration Number UDYAM-DL-06-0096395 (India) [RUSSIA-EO14024].

POKLONSKA, Natalya (a.k.a. POKLONSKAYA, Natalia; a.k.a. POKLONSKAYA, Natalia Vladimirovna; a.k.a. POKLONSKAYA, Natalya); DOB 18 Mar 1980; POB Eupatoria, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Prosecutor of Crimea (individual) [UKRAINE-EO13660].

POKLONSKAYA, Natalia (a.k.a. POKLONSKA, Natalya; a.k.a. POKLONSKAYA, Natalia

Vladimirovna; a.k.a. POKLONSKAYA, Natalya); DOB 18 Mar 1980; POB Eupatoria, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Prosecutor of Crimea (individual) [UKRAINE-EO13660].

POKLONSKAYA, Natalia Vladimirovna (a.k.a. POKLONSKA, Natalya; a.k.a. POKLONSKAYA, Natalia; a.k.a. POKLONSKAYA, Natalya); DOB 18 Mar 1980; POB Eupatoria, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Prosecutor of Crimea (individual) [UKRAINE-EO13660].

POKLONSKAYA, Natalya (a.k.a. POKLONSKA, Natalya; a.k.a. POKLONSKAYA, Natalia; a.k.a. POKLONSKAYA, Natalia Vladimirovna); DOB 18 Mar 1980; POB Eupatoria, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Prosecutor of Crimea (individual) [UKRAINE-EO13660].

POLA RAIZ OOO (Cyrillic: ПОЛА РАЙЗ ООО) (a.k.a. POLA RAYZ OOO; a.k.a. POLA RISE LLC), Naberezhnaya Reki Fontanki, Dom 161, Ofis 118, Saint Petersburg 190068, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7838046334 (Russia); Registration Number 1157847410753 (Russia) [RUSSIA-EO14024].

POLA RAYZ OOO (a.k.a. POLA RAIZ OOO (Cyrillic: ПОЛА РАЙЗ ООО); a.k.a. POLA RISE LLC), Naberezhnaya Reki Fontanki, Dom 161, Ofis 118, Saint Petersburg 190068, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7838046334 (Russia); Registration Number 1157847410753 (Russia) [RUSSIA-EO14024].

POLA RISE LLC (a.k.a. POLA RAIZ OOO (Cyrillic: ПОЛА РАЙЗ ООО); a.k.a. POLA RAYZ OOO), Naberezhnaya Reki Fontanki, Dom 161, Ofis 118, Saint Petersburg 190068, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7838046334 (Russia); Registration Number 1157847410753 (Russia) [RUSSIA-EO14024].

POLANI, Atif (a.k.a. POLANI, Atif Abdul Aziz), D-31, Block-5, Clifton, Karachi, Pakistan; Dubai, United Arab Emirates; DOB 09 Jan 1978; Passport KE155664 (Pakistan); National ID No. 42301-4685763-5 (Pakistan) (individual) [TCO] (Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION; Linked To: AL ZAROONI EXCHANGE).

POLANI, Atif Abdul Aziz (a.k.a. POLANI, Atif), D-31, Block-5, Clifton, Karachi, Pakistan; Dubai, United Arab Emirates; DOB 09 Jan 1978; Passport KE155664 (Pakistan); National ID No. 42301-4685763-5 (Pakistan) (individual) [TCO] (Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION; Linked To: AL ZAROONI EXCHANGE).

POLAR BEAR ELECTRONICS CO., LIMITED (Chinese Traditional: 北極熊電子有限公司), Unit 1406B 14/F, The Belgian Bank Bldg, Nos 721-725, Nathan Rd, KLN, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Nov 2023; Company Number 3336606 (Hong Kong); Business Registration Number 75896458 (Hong Kong) [RUSSIA-EO14024] (Linked To: CHIPS RESOURCES LIMITED).

POLARAK, Hassan (a.k.a. PELARAK, Hassan (Arabic: حسن پلارک); a.k.a. "JA'FARI, Hasan"), Iran; Iraq; DOB 03 Sep 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D10001869 (Iran); alt. Passport V43936121 (Iran); National ID No. 3051910163 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

POLARSTAR LOGISTICS LLC (Arabic: بولر ستار لوجستيكس ش. ذ. م. م), PO Box 20609, 47th Floor, The One Tower, Barsha Heights, Dubai, United Arab Emirates; Warehouse No. FZS1AA01, Street No. S111, Jebel Ali Free Zone, United Arab Emirates; Umm Ramool, W/H No. S02-A, Adnan Mansoor, Street 17 PO Box 20609, Dubai, United Arab Emirates; 88A Amir Temur Avenue, Tashkent 100084, Uzbekistan; Office No. 406, Inizio Building, Cardinal Gracious Rd, Chakala, Andheri East, Mumbai 400099, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 659948 (United Arab Emirates) [RUSSIA-EO14024].

POLETAYEV, Vladimir Vladimirovich (Cyrillic: ПОЛЕТАЕВ, Владимир Владимирович), Russia; DOB 23 May 1975; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

POLIANIN, Evegnii Igorevich (a.k.a. POLYANIN, Evenii Igorevich; a.k.a. POLYANIN, Evgeniy; a.k.a. POLYANIN, Evgeniy Igorevich; a.k.a. POLYANIN, Yevgeniy Igorevich (Cyrillic: ПОЛЯНИН, Евгений Игоревич)), Baltiiskaya 63-16, Barnaul 656058, Russia; DOB 04 Mar 1993; POB Russia; nationality Russia; Gender Male; Digital Currency Address - XBT 158treVZBGMBThoaympxccPdZPtqUfYrT9; alt. Digital Currency Address - XBT 389Sft4nJFkPGhbagk9FN4jXncA9piYTuU; alt. Digital Currency Address - XBT 39Te8MbphSgs7npDJPj2hbNzhke61NTcnB; alt. Digital Currency Address - XBT 31p6woV4e55HUfC2aGynFhzQnGoJFW26cD; alt. Digital Currency Address - XBT 3DNsaQnaUz7wkQny1ZDSmtz6QfbEShxoDD; alt. Digital Currency Address - XBT 3AjyprBY5yhijiCjUC5NUJutGbwhd3AQdE; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Digital Currency Address - USDT 0xfec8a60023265364d066a1212fde3930f6ae8da7; Passport 0118665722 (Russia); Driver's License No. 2202811729 (Russia) (individual) [CYBER2].

POLICIA NACIONAL DE NICARAGUA (a.k.a. NICARAGUAN NATIONAL POLICE; a.k.a. "NNP"), Centro Comercial Metrocentro, 2 Cuadras al Este, Edificio Faustino Ruiz (Plaza el Sol), Managua, Nicaragua [NICARAGUA] [NICARAGUA-NHRAA].

POLICIA NACIONAL REVOLUCIONARIA, Manzana que ocupan las calles Cuba, Tacon y Chacon, La Habana Vieja, Havana, Cuba; Target Type Government Entity [GLOMAG] (Linked To: MINISTRY OF INTERIOR).

POLIGONO SANTA MARTA S.A.S., Calle 23c 4-27 LC 1, Gaira Paraiso, Santa Marta, Colombia; NIT # 901297752-3 (Colombia) [SDNTK].

POLIMER ARYA SAASOOL (a.k.a. ARYA SASOL POLYMER (Arabic: پلیمر اریا ساسول); a.k.a. ARYA SASOL POLYMER CO.; a.k.a. ARYA SASOL POLYMER COMPANY; a.k.a. ARYA SASOL POLYMERS; a.k.a. ARYASASOL POLYMER COMPANY; a.k.a. ARYASASOL POLYMERS; a.k.a. POLYMER ARIA SASOL COMPANY; a.k.a. "ASPC"), Qian Tower, No 2551, Vali-e-Asr Avenue, Naseri Street, P.O. Box: 15875-8393, Tehran 1968643111, Iran; Pars Energy Specific Economic Zone, Lenj Square, Kangan, Assaluyeh, Bushehr Province 7511811365, Iran; No. 114, 10th Street, Qaem Maqame Farahani Street, Tehran, Iran; 7th Floor, Kian

Tower, No. 2551, Naseri St., Vali-e-Asr Ave, Tehran, Iran; Nakhl Taghi City, Nakhl Taghi Road, Kolmeter 15, Number 0, Ground Floor Kangan, Bushehr 7511811365, Iran; Phase 1 Petrochemical, Special Petrochemical Zone Assaluyeh, Tehran, Iran; Website www.aryasasol.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10320053498 (Iran); Registration Number 777 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

POLIN, Vladimir Anatolevich (Cyrillic: ПОЛИН, Владимир Анатольевич), Russia; DOB 10 Aug 1962; POB Chelyabinsk, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 744704013946 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY POLYUS).

POLINA CAPITAL PTE LTD (a.k.a. CONFIDERI ADVISORY GROUP; a.k.a. CONFIDERI FAMILY OFFICE; a.k.a. CONFIDERI PTE LTD; f.k.a. INDERSEN GLOBAL PTE LTD), Bolshaya Serpukhovskaya Str., 25 Bld. 1, Moscow, Russia; Six Battery Road, Level 30, Singapore, Singapore; Tong Eng Building, 101 Cecil Street #16-04, Singapore 69533, Singapore; Cayman Islands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2010; Legal Entity Number 984500E975B997FA5E48; Registration Number 201207051Z (Singapore) [RUSSIA-EO14024].

POLINEX GENERAL TRADING LLC, Health Care City, Umm Hurair Rd., Oud Mehta Offices, Block A, 4th Floor 420, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

POLITICAL COUNCIL OF PRESEVO, MEDVEDJA, AND BUJANOVAC (a.k.a. PCPMB) [BALKANS].

POLO TRADING, Fakhani Building, Korniche Mazraa Street, Beirut, Lebanon; Grand Hills/GF Al Khansa St., Beirut, Lebanon; Website polo-trading.com [NPWMD] (Linked To: KATRANGI, Amir).

POLONSKY, Dmitry Anatolievich; DOB 02 Aug 1981; POB Simferopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

POLOTSK PRODUCTION ASSOCIATION STEKLOVOLOKNO (a.k.a. POLOTSK STEKLOVOLOKNO OAO; a.k.a. POLOTSKOE STEKLOVOLOKNO OAO; a.k.a. POLOTSK-STEKLOVOLOKNO; a.k.a. POLOTSK-STEKLOVOLOKNO JSC; a.k.a. POLOTSK-STEKLOVOLOKNO JSC SD STEKLOKOMPOZIT; a.k.a. POLOTSK-STEKLOVOLOKNO OPEN JOINT-STOCK COMPANY; a.k.a. POLOTZK STEKLOVOLOKNO OAO; a.k.a. STEKLOVOLOKNO), Industrial Zone Ksty, Vitebsk Region, Polotsk 21140, Belarus; Ksty Industrial Zone, 211400 Vitebskaya oblast, Polotsk, Belarus; ul. Stroitelnaya, Polotsk, 211412, Belarus; Promuzel Ksty, Polotsk 211400, Belarus [BELARUS].

POLOTSK STEKLOVOLOKNO OAO (a.k.a. POLOTSK PRODUCTION ASSOCIATION STEKLOVOLOKNO; a.k.a. POLOTSKOE STEKLOVOLOKNO OAO; a.k.a. POLOTSK-STEKLOVOLOKNO; a.k.a. POLOTSK-STEKLOVOLOKNO JSC; a.k.a. POLOTSK-STEKLOVOLOKNO JSC SD STEKLOKOMPOZIT; a.k.a. POLOTSK-STEKLOVOLOKNO OPEN JOINT-STOCK COMPANY; a.k.a. POLOTZK STEKLOVOLOKNO OAO; a.k.a. STEKLOVOLOKNO), Industrial Zone Ksty, Vitebsk Region, Polotsk 21140, Belarus; Ksty Industrial Zone, 211400 Vitebskaya oblast, Polotsk, Belarus; ul. Stroitelnaya, Polotsk, 211412, Belarus; Promuzel Ksty, Polotsk 211400, Belarus [BELARUS].

POLOTSKOE STEKLOVOLOKNO OAO (a.k.a. POLOTSK PRODUCTION ASSOCIATION STEKLOVOLOKNO; a.k.a. POLOTSK STEKLOVOLOKNO OAO; a.k.a. POLOTSK-STEKLOVOLOKNO; a.k.a. POLOTSK-STEKLOVOLOKNO JSC; a.k.a. POLOTSK-STEKLOVOLOKNO JSC SD STEKLOKOMPOZIT; a.k.a. POLOTSK-

STEKLOVOLOKNO OPEN JOINT-STOCK COMPANY; a.k.a. POLOTZK STEKLOVOLOKNO OAO; a.k.a. STEKLOVOLOKNO), Industrial Zone Ksty, Vitebsk Region, Polotsk 21140, Belarus; Ksty Industrial Zone, 211400 Vitebskaya oblast, Polotsk, Belarus; ul. Stroitelnaya, Polotsk, 211412, Belarus; Promuzel Ksty, Polotsk 211400, Belarus [BELARUS].

POLOTSK-STEKLOVOLOKNO (a.k.a. POLOTSK PRODUCTION ASSOCIATION STEKLOVOLOKNO; a.k.a. POLOTSK STEKLOVOLOKNO OAO; a.k.a. POLOTSKOE STEKLOVOLOKNO OAO; a.k.a. POLOTSK-STEKLOVOLOKNO JSC; a.k.a. POLOTSK-STEKLOVOLOKNO JSC SD STEKLOKOMPOZIT; a.k.a. POLOTSK-STEKLOVOLOKNO OPEN JOINT-STOCK COMPANY; a.k.a. POLOTZK STEKLOVOLOKNO OAO; a.k.a. STEKLOVOLOKNO), Industrial Zone Ksty, Vitebsk Region, Polotsk 21140, Belarus; Ksty Industrial Zone, 211400 Vitebskaya oblast, Polotsk, Belarus; ul. Stroitelnaya, Polotsk, 211412, Belarus; Promuzel Ksty, Polotsk 211400, Belarus [BELARUS].

POLOTSK-STEKLOVOLOKNO JSC (a.k.a. POLOTSK PRODUCTION ASSOCIATION STEKLOVOLOKNO; a.k.a. POLOTSK STEKLOVOLOKNO OAO; a.k.a. POLOTSKOE STEKLOVOLOKNO OAO; a.k.a. POLOTSK-STEKLOVOLOKNO; a.k.a. POLOTSK-STEKLOVOLOKNO JSC SD STEKLOKOMPOZIT; a.k.a. POLOTSK-STEKLOVOLOKNO OPEN JOINT-STOCK COMPANY; a.k.a. POLOTZK STEKLOVOLOKNO OAO; a.k.a. STEKLOVOLOKNO), Industrial Zone Ksty, Vitebsk Region, Polotsk 21140, Belarus; Ksty Industrial Zone, 211400 Vitebskaya oblast, Polotsk, Belarus; ul. Stroitelnaya, Polotsk, 211412, Belarus; Promuzel Ksty, Polotsk 211400, Belarus [BELARUS].

POLOTSK-STEKLOVOLOKNO JSC SD STEKLOKOMPOZIT (a.k.a. POLOTSK PRODUCTION ASSOCIATION STEKLOVOLOKNO; a.k.a. POLOTSK STEKLOVOLOKNO OAO; a.k.a. POLOTSKOE STEKLOVOLOKNO OAO; a.k.a. POLOTSK-STEKLOVOLOKNO; a.k.a. POLOTSK-STEKLOVOLOKNO JSC; a.k.a. POLOTSK-STEKLOVOLOKNO OPEN JOINT-STOCK COMPANY; a.k.a. POLOTZK STEKLOVOLOKNO OAO; a.k.a. STEKLOVOLOKNO), Industrial Zone Ksty,

Vitebsk Region, Polotsk 21140, Belarus; Ksty Industrial Zone, 211400 Vitebskaya oblast, Polotsk, Belarus; ul. Stroitelnaya, Polotsk, 211412, Belarus; Promuzel Ksty, Polotsk 211400, Belarus [BELARUS].

POLOTSK-STEKLOVOLOKNO OPEN JOINT-STOCK COMPANY (a.k.a. POLOTSK PRODUCTION ASSOCIATION STEKLOVOLOKNO; a.k.a. POLOTSK STEKLOVOLOKNO OAO; a.k.a. POLOTSKOE STEKLOVOLOKNO OAO; a.k.a. POLOTSK-STEKLOVOLOKNO; a.k.a. POLOTSK-STEKLOVOLOKNO JSC; a.k.a. POLOTSK-STEKLOVOLOKNO JSC SD STEKLOKOMPOZIT; a.k.a. POLOTZK STEKLOVOLOKNO OAO; a.k.a. STEKLOVOLOKNO), Industrial Zone Ksty, Vitebsk Region, Polotsk 21140, Belarus; Ksty Industrial Zone, 211400 Vitebskaya oblast, Polotsk, Belarus; ul. Stroitelnaya, Polotsk, 211412, Belarus; Promuzel Ksty, Polotsk 211400, Belarus [BELARUS].

POLOTZK STEKLOVOLOKNO OAO (a.k.a. POLOTSK PRODUCTION ASSOCIATION STEKLOVOLOKNO; a.k.a. POLOTSK STEKLOVOLOKNO OAO; a.k.a. POLOTSKOE STEKLOVOLOKNO OAO; a.k.a. POLOTSK-STEKLOVOLOKNO; a.k.a. POLOTSK-STEKLOVOLOKNO JSC; a.k.a. POLOTSK-STEKLOVOLOKNO JSC SD STEKLOKOMPOZIT; a.k.a. POLOTSK-STEKLOVOLOKNO OPEN JOINT-STOCK COMPANY; a.k.a. STEKLOVOLOKNO), Industrial Zone Ksty, Vitebsk Region, Polotsk 21140, Belarus; Ksty Industrial Zone, 211400 Vitebskaya oblast, Polotsk, Belarus; ul. Stroitelnaya, Polotsk, 211412, Belarus; Promuzel Ksty, Polotsk 211400, Belarus [BELARUS].

POLOZOV, Sergey Pavlovich, Russia; DOB 13 Oct 1987; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

POLTAVCHENKO, Georgii Sergeevich (Cyrillic: ПОЛТАВЧЕНКО, Георгий Сергеевич) (a.k.a. POLTAVCHENKO, Georgiy Sergeyevich; a.k.a. POLTAVCHENKO, Georgy S), Russia; DOB 24 Feb 1953; POB Baku, Azerbaijan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

POLTAVCHENKO, Georgiy Sergeyevich (a.k.a. POLTAVCHENKO, Georgii Sergeevich (Cyrillic: ПОЛТАВЧЕНКО, Георгий Сергеевич); a.k.a. POLTAVCHENKO, Georgy S), Russia; DOB 24 Feb 1953; POB Baku, Azerbaijan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

POLTAVCHENKO, Georgy S (a.k.a. POLTAVCHENKO, Georgii Sergeevich (Cyrillic: ПОЛТАВЧЕНКО, Георгий Сергеевич); a.k.a. POLTAVCHENKO, Georgiy Sergeyevich), Russia; DOB 24 Feb 1953; POB Baku, Azerbaijan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

POLUYANOVA, Nataliya Vladimirovna (Cyrillic: ПОЛУЯНОВА, Наталия Владимировна), Russia; DOB 11 Mar 1981; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

POLY TECHNOLOGIES INC (a.k.a. POLY TECHNOLOGIES INCORPORATED (Chinese Simplified: 保利科技有限公司); a.k.a. "PTI"), 27 F, New Poly Building, No. 1, Chaoyangmen North Street, Dongcheng District, Beijing 100010, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Dec 1983; Target Type State-Owned Enterprise; Registration Number 100000000001523 (China); Unified Social Credit Code (USCC) 91110000100001529B (China) [RUSSIA-EO14024].

POLY TECHNOLOGIES INCORPORATED (Chinese Simplified: 保利科技有限公司) (a.k.a. POLY TECHNOLOGIES INC; a.k.a. "PTI"), 27 F, New Poly Building, No. 1, Chaoyangmen North Street, Dongcheng District, Beijing 100010, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Dec 1983; Target Type State-Owned Enterprise; Registration Number 100000000001523 (China); Unified Social Credit Code (USCC) 91110000100001529B (China) [RUSSIA-EO14024].

POLYAKOV, Alexander Alekseevich (Cyrillic: ПОЛЯКОВ, Александр Алексеевич), Russia; DOB 31 Jan 1969; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

POLYAKOVA, Alla Viktorovna (Cyrillic: ПОЛЯКОВА, Алла Викторовна), Russia; DOB 26 Nov 1970; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

POLYAKOVA, Olga Vasilyevna, Russia; DOB 1970; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

POLYANIN EVGENII IGOREVICH IP (Cyrillic: ИП ПОЛЯНИН ЕВГЕНИЙ ИГОРЕВИЧ), Barnaul, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 12 May 2019; Tax ID No. 222262509862 (Russia); Business Registration Number 319222500100953 (Russia) [CYBER2].

POLYANIN, Evgenii Igorevich (a.k.a. POLIANIN, Evegnii Igorevich; a.k.a. POLYANIN, Evgeniy; a.k.a. POLYANIN, Evgeniy Igorevich; a.k.a. POLYANIN, Yevgeniy Igorevich (Cyrillic: ПОЛЯНИН, Евгений Игоревич)), Baltiiskaya 63-16, Barnaul 656058, Russia; DOB 04 Mar 1993; POB Russia; nationality Russia; Gender Male; Digital Currency Address - XBT 158treVZBGMBThoaympxccPdZPtqUfYrT9; alt. Digital Currency Address - XBT 389Sft4nJFkPGhbagk9FN4jXncA9piYTuU; alt. Digital Currency Address - XBT 39Te8MbphSgs7npDJPj2hbNzhke61NTcnB; alt. Digital Currency Address - XBT 31p6woV4e55HUfC2aGynFhzQnGoJFW26cD; alt. Digital Currency Address - XBT 3DNsaQnaUz7wkQny1ZDSmtz6QfbEShxoDD; alt. Digital Currency Address - XBT 3AjyprBY5yhijiCjUC5NUJutGbwhd3AQdE; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Digital Currency Address - USDT 0xfec8a60023265364d066a1212fde3930f6ae8da7; Passport 0118665722 (Russia); Driver's License No. 2202811729 (Russia) (individual) [CYBER2].

POLYANIN, Evgeniy (a.k.a. POLIANIN, Evegnii Igorevich; a.k.a. POLYANIN, Evgenii Igorevich; a.k.a. POLYANIN, Evgeniy Igorevich; a.k.a. POLYANIN, Yevgeniy Igorevich (Cyrillic: ПОЛЯНИН, Евгений Игоревич)), Baltiiskaya 63-16, Barnaul 656058, Russia; DOB 04 Mar 1993; POB Russia; nationality Russia; Gender Male; Digital Currency Address - XBT 158treVZBGMBThoaympxccPdZPtqUfYrT9; alt. Digital Currency Address - XBT 389Sft4nJFkPGhbagk9FN4jXncA9piYTuU; alt. Digital Currency Address - XBT 39Te8MbphSgs7npDJPj2hbNzhke61NTcnB; alt. Digital Currency Address - XBT 31p6woV4e55HUfC2aGynFhzQnGoJFW26cD; alt. Digital Currency Address - XBT 3DNsaQnaUz7wkQny1ZDSmtz6QfbEShxoDD; alt. Digital Currency Address - XBT 3AjyprBY5yhijiCjUC5NUJutGbwhd3AQdE; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Digital Currency Address - USDT 0xfec8a60023265364d066a1212fde3930f6ae8da7; Passport 0118665722 (Russia); Driver's License No. 2202811729 (Russia) (individual) [CYBER2].

POLYANIN, Evgeniy Igorevich (a.k.a. POLIANIN, Evegnii Igorevich; a.k.a. POLYANIN, Evgenii Igorevich; a.k.a. POLYANIN, Evgeniy; a.k.a. POLYANIN, Yevgeniy Igorevich (Cyrillic: ПОЛЯНИН, Евгений Игоревич)), Baltiiskaya 63-16, Barnaul 656058, Russia; DOB 04 Mar 1993; POB Russia; nationality Russia; Gender Male; Digital Currency Address - XBT 158treVZBGMBThoaympxccPdZPtqUfYrT9; alt. Digital Currency Address - XBT 389Sft4nJFkPGhbagk9FN4jXncA9piYTuU; alt. Digital Currency Address - XBT 39Te8MbphSgs7npDJPj2hbNzhke61NTcnB; alt. Digital Currency Address - XBT 31p6woV4e55HUfC2aGynFhzQnGoJFW26cD; alt. Digital Currency Address - XBT 3DNsaQnaUz7wkQny1ZDSmtz6QfbEShxoDD; alt. Digital Currency Address - XBT 3AjyprBY5yhijiCjUC5NUJutGbwhd3AQdE; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Digital Currency Address - USDT 0xfec8a60023265364d066a1212fde3930f6ae8da7; Passport 0118665722 (Russia); Driver's License No. 2202811729 (Russia) (individual) [CYBER2].

POLYANIN, Yevgeniy Igorevich (Cyrillic: ПОЛЯНИН, Евгений Игоревич) (a.k.a. POLIANIN, Evegnii Igorevich; a.k.a.

POLYANIN, Evgenii Igorevich; a.k.a. POLYANIN, Evgeniy; a.k.a. POLYANIN, Evgeniy Igorevich), Baltiiskaya 63-16, Barnaul 656058, Russia; DOB 04 Mar 1993; POB Russia; nationality Russia; Gender Male; Digital Currency Address - XBT 158treVZBGMBThoaympxccPdZPtqUfYrT9; alt. Digital Currency Address - XBT 389Sft4nJFkPGhbagk9FN4jXncA9piYTuU; alt. Digital Currency Address - XBT 39Te8MbphSgs7npDJPj2hbNzhke61NTcnB; alt. Digital Currency Address - XBT 31p6woV4e55HUfC2aGynFhzQnGoJFW26cD; alt. Digital Currency Address - XBT 3DNsaQnaUz7wkQny1ZDSmtz6QfbEShxoDD; alt. Digital Currency Address - XBT 3AjyprBY5yhijiCjUC5NUJutGbwhd3AQdE; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Digital Currency Address - USDT 0xfec8a60023265364d066a1212fde3930f6ae8da7; Passport 0118665722 (Russia); Driver's License No. 2202811729 (Russia) (individual) [CYBER2].

POLYMEDICS LLC (Arabic: شركة الطيبات المتعددة) (a.k.a. "POLYMEDICS COMPANY"), Damascus, Syria; Organization Established Date 19 Oct 2011; Organization Type: Wholesale of other machinery and equipment [PAARSSR-EO13894] (Linked To: MASOUTI, Mohammed Hammam Mohammed Adnan).

POLYMER ARIA SASOL COMPANY (a.k.a. ARYA SASOL POLYMER (Arabic: پلیمر اریا ساسول); a.k.a. ARYA SASOL POLYMER CO.; a.k.a. ARYA SASOL POLYMER COMPANY; a.k.a. ARYA SASOL POLYMERS; a.k.a. ARYASASOL POLYMER COMPANY; a.k.a. ARYASASOL POLYMERS; a.k.a. POLIMER ARYA SAASOOL; a.k.a. "ASPC"), Qian Tower, No 2551, Vali-e-Asr Avenue, Naseri Street, P.O. Box: 15875-8393, Tehran 1968643111, Iran; Pars Energy Specific Economic Zone, Lenj Square, Kangan, Assaluyeh, Bushehr Province 7511811365, Iran; No. 114, 10th Street, Qaem Maqame Farahani Street, Tehran, Iran; 7th Floor, Kian Tower, No. 2551, Naseri St., Vali-e-Asr Ave, Tehran, Iran; Nakhl Taghi City, Nakhl Taghi Road, Kolmeter 15, Number 0, Ground Floor Kangan, Bushehr 7511811365, Iran; Phase 1 Petrochemical, Special Petrochemical Zone Assaluyeh, Tehran, Iran; Website www.aryasasol.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL

INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10320053498 (Iran); Registration Number 777 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

POLYNAR COMPANY, No. 58, St. 14, Qanbarzadeh Avenue, Resalat Highway, Tehran, Iran; Website http://www.polynar.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

POLYUS INSTITUTE (a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH POLYUS NAMED AFTER M. F. STELMAKHA; a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE POLYUS OF M.F. STELMAKH; a.k.a. NAUCHNO-ISSLEDOVATELSKIY INSTITUT POLYUS IMENI M. F. STELMAKHA; a.k.a. NII POLYUS; a.k.a. NII POLYUS IMENI M. F. STELMAKH), Building 1, 3 Vvedenskogo St., Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Aug 2012; Tax ID No. 7728816598 (Russia); Registration Number 1127746646510 (Russia) [RUSSIA-EO14024].

POMEROL CAPITAL SA, Place des Eaux-Vives 6, Geneva 1207, Switzerland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Mar 2021; Tax ID No. 143003237 (Switzerland); Identification Number DBF5PV.00764.SF.756 (Switzerland); Registration Number CH-660.1.066.021-8 (Switzerland) [RUSSIA-EO14024] (Linked To: THE SISTER TRUST).

POMOJAC, Marin (a.k.a. GOTMAN, David; a.k.a. GUSEV, Denis Igorevich (Cyrillic: ГУСЕВ, ДЕНИС ИГОРЕВИЧ)), Moscow, Russia; DOB 10 Jun 1986; alt. DOB 08 Jul 1977; alt. DOB 07 Oct 1987; POB Moscow, Russia; alt. POB Ceadir-Lunga, Moldova; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-

/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 717386212 (Russia); alt. Passport A1167292 (Moldova); alt. Passport 1213007 (Israel) (individual) [CYBER2] (Linked To: EVIL CORP).

PONCE FELIX, Juan Jose (a.k.a. FELIX, Alejandro Fernandez; a.k.a. FELIX, Jesus Sanchez; a.k.a. SANCHEZ FELIX, Jesus Alexandro; a.k.a. SANCHEZ, Jesus Alejandro; a.k.a. "El Ruso"; a.k.a. "El Russo"; a.k.a. "Ginete"), Mexicali, Baja California, Mexico; DOB 20 May 1982; alt. DOB 20 Jun 1982; POB Sonora, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. POFJ820520HSRNLN04 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

PONCE FELIX, Martin Humberto, Calle Rodolfo G. Robles No. 40, Colonia Centro, Culiacan, Sinaloa, Mexico; Calle Jardines No. 2413 Interior 27, Colonia Los Patios, Culiacan, Sinaloa C.P. 80100, Mexico; DOB 04 Sep 1964; POB Culiacan, Sinaloa, Mexico; R.F.C. POFM640904874 (Mexico); C.U.R.P. POFM640904HSLNLR08 (Mexico) (individual) [SDNTK] (Linked To: BUENOS AIRES SERVICIOS, S.A. DE C.V.; Linked To: ESTACIONES DE SERVICIOS CANARIAS, S.A. DE C.V.; Linked To: GASODIESEL Y SERVICIOS ANCONA, S.A. DE C.V.; Linked To: SERVICIOS CHULAVISTA, S.A. DE C.V.).

PONENTE PARRA, Miguel Antonio Jose, Urbanizacion Los Sauces II, Calle 6, Casa N D-19, San Felipe, Yaracuy 3201, Venezuela; DOB 05 Feb 1975; POB San Felipe, Yaracuy, Venezuela; nationality Venezuela; Gender Male; Cedula No. V-12277477 (Venezuela); Passport 066562397 (Venezuela) issued 17 Jan 2013 expires 16 Jan 2018 (individual) [VENEZUELA].

PONOMARENKO, Aleksandr Anatolevich (a.k.a. PONOMARENKO, Alexander Anatolevich (Cyrillic: ПОНОМАРЕНКО, Александр Анатольевич); a.k.a. PONOMARENKO, Alexander Anatolyevich), 19 A 20 Malaya Bronnaya Street, Moscow 123104, Russia; DOB 27 Oct 1964; POB Belogorsk, Ukraine; nationality Russia; alt. nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770304224623 (Russia) (individual) [RUSSIA-EO14024].

PONOMARENKO, Alexander Anatolevich (Cyrillic: ПОНОМАРЕНКО, Александр Анатольевич) (a.k.a. PONOMARENKO, Aleksandr Anatolevich; a.k.a. PONOMARENKO, Alexander Anatolyevich), 19 A 20 Malaya Bronnaya Street, Moscow 123104, Russia; DOB 27 Oct 1964; POB Belogorsk, Ukraine; nationality Russia; alt. nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770304224623 (Russia) (individual) [RUSSIA-EO14024].

PONOMARENKO, Alexander Anatolyevich (a.k.a. PONOMARENKO, Aleksandr Anatolevich; a.k.a. PONOMARENKO, Alexander Anatolevich (Cyrillic: ПОНОМАРЕНКО, Александр Анатольевич)), 19 A 20 Malaya Bronnaya Street, Moscow 123104, Russia; DOB 27 Oct 1964; POB Belogorsk, Ukraine; nationality Russia; alt. nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770304224623 (Russia) (individual) [RUSSIA-EO14024].

PONOMAREV, Arkady Nikolayevich (Cyrillic: ПОНОМАРЁВ, Аркадий Николаевич), Russia; DOB 16 May 1956; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PONOMAREV, Valeriy Andreevich (Cyrillic: ПОНОМАРЕВ, Валерий Андреевич) (a.k.a. PONOMAREV, Valery), Russia; DOB 17 Aug 1959; POB Tikhoe, Sakhalin Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PONOMAREV, Valery (a.k.a. PONOMAREV, Valeriy Andreevich (Cyrillic: ПОНОМАРЕВ, Валерий Андреевич)), Russia; DOB 17 Aug 1959; POB Tikhoe, Sakhalin Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PONOMAREV, Vyacheslav (a.k.a. PONOMARYOV, Vachislav; a.k.a. PONOMARYOV, Vyacheslav); DOB 02 May 1965; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PONOMARYOV, Vachislav (a.k.a. PONOMAREV, Vyacheslav; a.k.a. PONOMARYOV, Vyacheslav); DOB 02 May 1965; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PONOMARYOV, Vyacheslav (a.k.a. PONOMAREV, Vyacheslav; a.k.a. PONOMARYOV, Vachislav); DOB 02 May 1965; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PONTUS NAVIGATION CORP., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 113562 (Marshall Islands) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

POORIA, Mostafa (a.k.a. PURIYA, Mostafa (Arabic: مصطفى پوريا)), Iran; DOB 25 Feb 1982; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0074683217 (Iran) (individual) [SDGT] [IFSR] (Linked To: AMINI, Meghdad).

POOYESH ENVIRONMENTAL INSTRUMENTS (a.k.a. ZIEST TAJHIEZ POOYESH; a.k.a. ZIST TAJHIZ POOYESH COMPANY), 16, Afshar Alley, Fajr Street, Motahari Avenue, Tehran, Iran; Website www.pooyeshenviro.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

POPALZAI, Hafiz Mohammed, Chaman, Balochistan, Pakistan; DOB 1967 to 1969; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TALIBAN; Linked To: ISHAKZAI, Gul Agha).

POPOV COMMUNICATIONS EQUIPMENT PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO GORKOVSKII ZAVOD APPARATURY SVIAZI IM AS POPOVA; a.k.a. AO GZAS IM AS POPOVA; a.k.a. "JSC GZAS"), 100 ul. Internatsionalnaia, Nizhny Novgorod 603002, Russia; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5257008145 (Russia); Registration Number 1025202396790 (Russia) [RUSSIA-EO14024].

POPOV, Aleksander Nikolayevich (a.k.a. POPOV, Aleksandr Nikolaevich (Cyrillic: ПОПОВ, Александр Николаевич); a.k.a. POPOV, Alexander Nikolayevich; a.k.a. POPOV, Alexandr Nikolaevich), Russia; DOB 30 Jun 1967; POB Podolsk, Moscow Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

POPOV, Aleksandr Nikolaevich (Cyrillic: ПОПОВ, Александр Николаевич) (a.k.a. POPOV, Aleksander Nikolayevich; a.k.a. POPOV, Alexander Nikolayevich; a.k.a. POPOV, Alexandr Nikolaevich), Russia; DOB 30 Jun 1967; POB Podolsk, Moscow Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

POPOV, Alexander Nikolayevich (a.k.a. POPOV, Aleksander Nikolayevich; a.k.a. POPOV, Aleksandr Nikolaevich (Cyrillic: ПОПОВ, Александр Николаевич); a.k.a. POPOV, Alexandr Nikolaevich), Russia; DOB 30 Jun 1967; POB Podolsk, Moscow Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

POPOV, Alexandr Nikolaevich (a.k.a. POPOV, Aleksander Nikolayevich; a.k.a. POPOV, Aleksandr Nikolaevich (Cyrillic: ПОПОВ, Александр Николаевич); a.k.a. POPOV, Alexander Nikolayevich), Russia; DOB 30 Jun 1967; POB Podolsk, Moscow Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

POPOV, Anatoliy Leonidovich (Cyrillic: ПОПОВ, Анатолий Леонидович) (a.k.a. POPOV, Anatoly), Russia; DOB 05 Dec 1974; POB Novosibirsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

POPOV, Anatoly (a.k.a. POPOV, Anatoliy Leonidovich (Cyrillic: ПОПОВ, Анатолий Леонидович)), Russia; DOB 05 Dec 1974; POB Novosibirsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-

EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

POPOV, Dimitri Igorevich; DOB 13 Feb 1961; alt. DOB 13 Feb 1965; POB Irkutsk, Russia; General Manager, Great Lakes Business Company and Compagnie Aerienne des Grands Lacs (individual) [DRCONGO].

POPOV, Egor Sergeevich (a.k.a. POPOV, Igor; a.k.a. POPOV, Yegor Sergeyevich (Cyrillic: ПОПОВ, Егор Сергеевич); a.k.a. "KONTORA, Egor"; a.k.a. "ZHUKOV, Egor"), Moscow, Russia; DOB 25 Jan 1992; POB Volgograd, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 1811675248 (Russia) (individual) [RUSSIA-EO14024].

POPOV, Igor (a.k.a. POPOV, Egor Sergeevich; a.k.a. POPOV, Yegor Sergeyevich (Cyrillic: ПОПОВ, Егор Сергеевич); a.k.a. "KONTORA, Egor"; a.k.a. "ZHUKOV, Egor"), Moscow, Russia; DOB 25 Jan 1992; POB Volgograd, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 1811675248 (Russia) (individual) [RUSSIA-EO14024].

POPOV, Pavel Anatolievich (Cyrillic: ПОПОВ, Павел Анатольевич), Russia; DOB 01 Jan 1957; POB Krasnoyarsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

POPOV, Yegor Sergeyevich (Cyrillic: ПОПОВ, Егор Сергеевич) (a.k.a. POPOV, Egor Sergeevich; a.k.a. POPOV, Igor; a.k.a. "KONTORA, Egor"; a.k.a. "ZHUKOV, Egor"), Moscow, Russia; DOB 25 Jan 1992; POB Volgograd, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 1811675248 (Russia) (individual) [RUSSIA-EO14024].

POPOV, Yevgeny (Cyrillic: ПОПОВ, Евгений), Russia; DOB 11 Sep 1978; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

POPOVA, Natalia Valerevna (a.k.a. POPOVA, Natalya Valeryevna (Cyrillic: ПОПОВА, Наталья Валерьевна)), Bolshaya Dorogomilovskaya Str., 10-50, Moscow 121059,

Russia; DOB 28 Jul 1981; alt. DOB 03 Sep 1984; POB Dedovsk, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 753835603 (Russia) issued 20 Oct 2016 expires 20 Oct 2026; National ID No. 4516843328 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LLC VEB VENTURES; Linked To: DMITRIEV, Kirill Aleksandrovich).

POPOVA, Natalya Valeryevna (Cyrillic: ПОПОВА, Наталья Валерьевна) (a.k.a. POPOVA, Natalia Valerevna), Bolshaya Dorogomilovskaya Str., 10-50, Moscow 121059, Russia; DOB 28 Jul 1981; alt. DOB 03 Sep 1984; POB Dedovsk, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 753835603 (Russia) issued 20 Oct 2016 expires 20 Oct 2026; National ID No. 4516843328 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LLC VEB VENTURES; Linked To: DMITRIEV, Kirill Aleksandrovich).

POPOVIC, Nenad (Cyrillic: ПОПОВИЋ, Ненад), Serbia; DOB 30 Sep 1966; POB Tuzla, Bosnia and Herzegovina; nationality Serbia; citizen Serbia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 050010216 (Serbia) issued 20 Mar 2020 expires 20 Mar 2025; Tax ID No. 773389222811 (Russia) (individual) [RUSSIA-EO14024].

POPOVIC, Vujadin; DOB 14 Mar 1957; ICTY indictee (individual) [BALKANS].

POPOVICH, Aleksei Valerievich (a.k.a. POPOVICH, Aleksey Valeryevich), Moscow, Russia; DOB 1987; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

POPOVICH, Aleksey Valeryevich (a.k.a. POPOVICH, Aleksei Valerievich), Moscow, Russia; DOB 1987; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

POPULAR CONFERENCE FOR PALESTINIANS ABROAD (Arabic: المؤتمر الشعبي لفلسطينيي الخارج), Beirut, Lebanon; Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2017; Organization Type: Advocacy organization [SDGT] (Linked To: HAMAS).

POPULAR FRONT FOR THE LIBERATION OF PALESTINE (a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

POPULAR FRONT FOR THE LIBERATION OF PALESTINE - GENERAL COMMAND (a.k.a. PFLP-GC); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

POPULAR MOVEMENT OF KOSOVO (a.k.a. LPK) [BALKANS].

POPULAR REVOLUTIONARY STRUGGLE (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. EPANASTATIKI PIRINES; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. XAKI; a.k.a. "ETA"; a.k.a. "K.A.S."); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

POPULAR REVOLUTIONARY STRUGGLE (a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. "ELA"; a.k.a. "JUNE 78"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PORKAZEMI, Abbas (a.k.a. POUR KAZEMI, Abbas; a.k.a. PURKAZEMI, Abbas), Isfahan, Iran; DOB 06 Nov 1952; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1285448774 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SAMAN TEJARAT BARMAN TRADING COMPANY).

PORKHACHEV, Nikolai Vladimirovich (a.k.a. PORKHACHEV, Nikolay Vladimirovich), Russia; DOB 27 Sep 1979; POB Novovyatsk, Kirov region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770902376809 (Russia) (individual) [RUSSIA-EO14024].

PORKHACHEV, Nikolay Vladimirovich (a.k.a. PORKHACHEV, Nikolai Vladimirovich), Russia; DOB 27 Sep 1979; POB Novovyatsk, Kirov region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770902376809 (Russia) (individual) [RUSSIA-EO14024].

POROS MARITIME VENTURES S.A., 21st Floor, Global Plaza, Calle 50, Panama City, Panama; Organization Established Date 04 Jun 2025; RUC # 155768186-2-2025 (Panama); Identification Number IMO 0260904 [IRAN-EO13902].

PORRAS CORTES, Gustavo Eduardo; DOB 11 Oct 1954; POB Managua, Nicaragua; nationality Nicaragua; Gender Male (individual) [NICARAGUA] [NICARAGUA-NHRAA].

PORSAFI, Shahram (a.k.a. MEHDI, Rezaei; a.k.a. POURSAFI, Shahram; a.k.a. PURSAFI, Shahram; a.k.a. REZAYI, Mehdi), Syria; DOB 21 Sep 1976; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

PORT OF EVPATORIA (a.k.a. PORT OF YEVPATORIA; a.k.a. SEAPORT OF YEVPATORIYA; a.k.a. STATE ENTERPRISE EVPATORIA SEA COMMERCIAL PORT; a.k.a. YEVPATORIA COMMERCIAL SEAPORT; a.k.a. YEVPATORIA MERCHANT SEA PORT; a.k.a. YEVPATORIA SEA PORT; a.k.a. YEVPATORIYA COMMERCIAL SEA PORT; a.k.a. YEVPATORIYA SEA PORT), Mariners Square 1, Evpatoria, Crimea 97416, Ukraine; 1, Moryakov Sq, Yevpatoriya, Crimea 97408, Ukraine; 1 Moryakov Sq., Yevpatoria, Crimea 97416, Ukraine; Ukraine; 1 Moryakov Sq, Yevpatoriya, Crimea 97416, Ukraine; Email Address lada1@seavenue.net; alt. Email Address zamves@emtp.com.ua; UN/LOCODE UA ZKA; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125583 (Ukraine) [UKRAINE-EO13685].

PORT OF FEODOSIA (a.k.a. SEAPORT OF FEODOSIYA; a.k.a. STATE ENTERPRISE FEODOSIA SEA TRADING PORT; a.k.a. THEODOSIA COMMERCIAL SEAPORT; a.k.a. THEODOSIA MERCHANT SEA PORT; a.k.a. THEODOSIA SEA PORT), 14 Gorky Street, Theodosia 98100, Ukraine; 14, Gorky Str., Feodosiya, Crimea 98100, Ukraine; Gorky Street 11, Feodosia, Crimea 98100, Ukraine; Website www.ukrport.org.ua; Email Address theodosia@port.kafa.crimea.ua; UN/LOCODE UA FEO; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125577 (Russia) [UKRAINE-EO13685].

PORT OF KERCH (a.k.a. KERCH COMMERCIAL SEAPORT; a.k.a. KERCH MERCHANT SEA PORT; a.k.a. KERCH SEA PORT; a.k.a. SEAPORT OF KERCH; a.k.a. STATE ENTERPRISE KERCH COMMERCIAL SEA PORT; a.k.a. STATE ENTERPRISE KERCH SEA COMMERCIAL PORT), Kirova Street 28, Kerch, Crimea 98312, Ukraine; 28 Kirova Str., Kerch, Crimea 98312, Ukraine; 28, Kirov Str., Kerch, Crimea 98312, Ukraine; Ul. Kirov, 28, Kerch, Crimea 98312, Ukraine; ul Kirova 28, Kerch 98312, Ukraine; Website http://www.kerchport.com; alt. Website http://www.ukrport.org.ua; Email Address kmtp@kerch.sf.ukrtel.net; alt. Email Address referent.port@mail.ru; alt. Email Address kmtp@trport.kerch.crimea.com; UN/LOCODE UA KEH; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125554 [UKRAINE-EO13685].

PORT OF SEVASTOPOL (a.k.a. SEAPORT OF SEVASTOPOL; a.k.a. SEVASTOPOL COMMERCIAL SEAPORT; a.k.a. SEVASTOPOL MERCHANT SEA PORT; a.k.a. SEVASTOPOL SEA PORT; a.k.a. SEVASTOPOL SEA TRADE PORT; a.k.a. STATE ENTERPRISE SEVASTOPOL COMMERCIAL SEAPORT; a.k.a. STATE ENTERPRISE SEVASTOPOL SEA TRADING PORT), 3 Place Nakhimova, Sevastopol 99011, Ukraine; 5, Nakhimova square, Sevastopol, Crimea 99011, Ukraine; Nahimova Square 5, Sevastopol, Crimea 99011, Ukraine; Email Address Sevport@stel.sebastopol.ua; alt. Email Address sevampu@ukr.net; alt. Email Address mail@morport.sebastopol.ua; UN/LOCODE UA SVP; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125548 (Ukraine) [UKRAINE-EO13685].

PORT OF YALTA (a.k.a. SEAPORT OF YALTA; a.k.a. STATE ENTERPRISE YALTA SEA TRADING PORT; a.k.a. YALTA COMMERCIAL SEAPORT; a.k.a. YALTA MERCHANT SEA PORT; a.k.a. YALTA SEA PORT), Roosevelt

Street 3, Yalta, Crimea 98600, Ukraine; 5, Roosevelt Str., Yalta, Crimea 98600, Ukraine; 5 Roosevelt Street, Yalta, Crimea 98600, Ukraine; Website yaltaport.com.ua; Email Address yasko@ukrpost.ua; alt. Email Address yasco@mail.ylt.crimea.com; UN/LOCODE UA YAL; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125591 (Ukraine) [UKRAINE-EO13685].

PORT OF YEVPATORIA (a.k.a. PORT OF EVPATORIA; a.k.a. SEAPORT OF YEVPATORIYA; a.k.a. STATE ENTERPRISE EVPATORIA SEA COMMERCIAL PORT; a.k.a. YEVPATORIA COMMERCIAL SEAPORT; a.k.a. YEVPATORIA MERCHANT SEA PORT; a.k.a. YEVPATORIA SEA PORT; a.k.a. YEVPATORIYA COMMERCIAL SEA PORT; a.k.a. YEVPATORIYA SEA PORT), Mariners Square 1, Evpatoria, Crimea 97416, Ukraine; 1, Moryakov Sq, Yevpatoriya, Crimea 97408, Ukraine; 1 Moryakov Sq., Yevpatoria, Crimea 97416, Ukraine; Ukraine; 1 Moryakov Sq, Yevpatoriya, Crimea 97416, Ukraine; Email Address lada1@seavenue.net; alt. Email Address zamves@emtp.com.ua; UN/LOCODE UA ZKA; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125583 (Ukraine) [UKRAINE-EO13685].

PORTEX TRADE FZE (a.k.a. CLOUD COMPUTING INTERNATIONAL HONG KONG LIMITED; a.k.a. PORTEX TRADE LIMITED), Room 1502 Easey Coml Bldg, Wan Chai, Hong Kong, China; Organization Established Date 17 May 2011; Company Number 1602116 (Hong Kong); Business Registration Number 58369682 (Hong Kong) [SUDAN-EO14098] (Linked To: ABDALLA, Ahmed).

PORTEX TRADE LIMITED (a.k.a. CLOUD COMPUTING INTERNATIONAL HONG KONG LIMITED; a.k.a. PORTEX TRADE FZE), Room 1502 Easey Coml Bldg, Wan Chai, Hong Kong, China; Organization Established Date 17 May 2011; Company Number 1602116 (Hong Kong); Business Registration Number 58369682 (Hong Kong) [SUDAN-EO14098] (Linked To: ABDALLA, Ahmed).

PORTICELLO RESTAURANT (f.k.a. SCOGLITTI RESTAURANT), 8, Boat Street Marsamxett, Valletta, Malta; Website www.facebook.com/porticellomalta; Email Address porticellomalta@gmail.com [LIBYA3] (Linked To: DEBONO, Darren).

PORTILLA BARRAZA, Jorge, c/o ORIENTE CONTRATISTAS GENERALES S.A., Trujillo, Peru; Pasaje Vincente Morales, Poblacion 11 de Septiembre, Arica, Chile; DOB 26 Feb 1948; D.N.I. 52249376 (Chile) (individual) [SDNTK].

PORTILLO CORADO, Jeny Judith (a.k.a. CORADO ORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jeni Judith; a.k.a. CORADO PORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jenny Uvique; a.k.a. CORADO PORTILLO, Jenny Yudith; a.k.a. CORADO PORTILLO, Jenny Yulith; a.k.a. CORADO, Jenny Judith; a.k.a. CORANADO PORTILLO, Jenny Judith; a.k.a. CORODO CORTILLO, Jenny Judith); DOB 07 Dec 1980 (individual) [TCO].

POSH 8 DYNAMIC, INC., 18555 Collins Avenue, Unit 4401, Sunny Isles, FL 33160, United States; DE, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

POSPELOV, Vladimir Yakovlevich (Cyrillic: ПОСПЕЛОВ, Владимир Яковлевич) (a.k.a. "POSPELOV, Vladimir Y") , Russia; DOB 21 Jul 1954; POB Sverodvinsk, Arkhangelsk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

POST BANK JSC (a.k.a. JOINT STOCK COMPANY POST BANK; a.k.a. POCHTA BANK), Preobrazhenskaya ploshchad, 8, Moscow 107061, Russia; SWIFT/BIC POSBRUMM; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Tax ID No. 3232005484 (Russia); Identification Number DN2Q9U.99999.SL.643 (Russia); Legal Entity Number 2534001VHLQ1L34HNW95; Registration Number 1023200000010 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

POST BANK OF IRAN (a.k.a. POSTBANK), 237 Motahari Avenue, Tehran 1587618118, Iran; Kouh-e Nour Street, Shahid Motahari Avenue, Tehran 1587618111, Iran; SWIFT/BIC PBIRIRTH; Website www.postbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [IRAN] [NPWMD] [IFSR] (Linked To: BANK SEPAH).

POSTAVSHCHIK DALNEGO VOSTOKA, Ter. Portovaya Osobaya Ekonomicheskaya Zona, Pr-d Pervykh Rezidentov Zd. 3, S.p. Mirnovskoe 433405, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7329023100 (Russia); Registration Number 1167325074762 (Russia) [RUSSIA-EO14024].

POSTBANK (a.k.a. POST BANK OF IRAN), 237 Motahari Avenue, Tehran 1587618118, Iran; Kouh-e Nour Street, Shahid Motahari Avenue, Tehran 1587618111, Iran; SWIFT/BIC PBIRIRTH; Website www.postbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [IRAN] [NPWMD] [IFSR] (Linked To: BANK SEPAH).

POTANIN, Ivan Vladimirovich (Cyrillic: ПОТАНИН, Иван Владимирович), 3-7, Skatertny Pereulok, Moscow 121069, Russia; DOB 11 Apr 1989; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 725464065 (Russia); National ID No. 4510126532 (Russia); Tax ID No. 770370541696 (Russia) (individual) [RUSSIA-EO14024] (Linked To: POTANIN, Vladimir Olegovich).

POTANIN, Vladimir Olegovich (Cyrillic: ПОТАНИН, Владимир Олегович), Moscow, Russia; DOB 03 Jan 1961; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770300244227 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KHOLDINGOVAYA KOMPANIYA INTERROS OOO).

POTANINA, Anastasia Vladimirovna (Cyrillic: ПОТАНИНА, Анастасия Владимировна) (a.k.a. KRUCHINA, Anastasia Vladimirovna; a.k.a. POTANINA, Anastasiya Vladimirovna), 3-7, Skatertny Pereulok, Moscow 121069, Russia; DOB 30 Apr 1984; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530370637 (Russia); National ID No. 4507487205 (Russia); Tax ID No. 770302055000 (Russia) (individual) [RUSSIA-EO14024] (Linked To: POTANIN, Vladimir Olegovich).

POTANINA, Anastasiya Vladimirovna (a.k.a. KRUCHINA, Anastasia Vladimirovna; a.k.a. POTANINA, Anastasia Vladimirovna (Cyrillic: ПОТАНИНА, Анастасия Владимировна)), 3-7, Skatertny Pereulok, Moscow 121069, Russia; DOB 30 Apr 1984; nationality Russia; Gender

Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530370637 (Russia); National ID No. 4507487205 (Russia); Tax ID No. 770302055000 (Russia) (individual) [RUSSIA-EO14024] (Linked To: POTANIN, Vladimir Olegovich).

POTANINA, Ekaterina Viktorovna (Cyrillic: ПОТАНИНА, Екатерина Викторовна), Bolshoy Kozikhsky Pereulok 14, Bl. 2, Ap. 7, Moscow 123104, Russia; DOB 18 Apr 1976; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 531201239 (Russia) (individual) [RUSSIA-EO14024] (Linked To: POTANIN, Vladimir Olegovich).

POTAPOV, Aleksandr Valerievich (a.k.a. POTAPOV, Aleksandr Valeryevich), Russia; DOB 23 Feb 1963; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770405465488 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN URALVAGONZAVOD).

POTAPOV, Aleksandr Valeryevich (a.k.a. POTAPOV, Aleksandr Valerievich), Russia; DOB 23 Feb 1963; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770405465488 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN URALVAGONZAVOD).

POTAPOV, Georgiy (a.k.a. POTAPOV, Georgy Nugzarovich), Budapest, Hungary; DOB 26 May 1975; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

POTAPOV, Georgy Nugzarovich (a.k.a. POTAPOV, Georgiy), Budapest, Hungary; DOB 26 May 1975; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

POTEKHIN, Danil (Cyrillic: ПОТЕХИН, Данил) (a.k.a. "cronuswar"; a.k.a. "SERGEY, Kireev Valerievich"), Voronezh, Russia; DOB 14 Sep 1995; alt. DOB 14 Sep 1990; alt. DOB 08 Aug 1990; Email Address potekhinl4@bk.ru; Gender Male; Digital Currency Address - XBT 1Q9UAQbcDezmyouFrzt94t4dSMxgsUfW1X; alt. Digital Currency Address - XBT

1Kys8fqDen8NGFUJ6AFcXfFW5qquuTH4eh; Digital Currency Address - ETH 0x7F367cC41522cE07553e823bf3be79A889DEbe1B; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

POTEMKIN, Aleksey Aleksandrovich, Russia; DOB 20 Mar 1983; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

POTEPKIN, Mikhail Sergeyevich, Sudan; DOB 29 Sep 1981; alt. DOB 19 Sep 1981; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 651697952 (Russia) (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: M INVEST, OOO; Linked To: MEROE GOLD CO. LTD.).

POTRICO CORP., DE, United States [VENEZUELA-EO13850] (Linked To: PERDOMO ROSALES, Gustavo Adolfo).

POUR FARZANEH, Hossein (a.k.a. POURFARZANEH, Hossein; a.k.a. PURFARZANEH, Hossein), Iran; DOB 12 Feb 1973; nationality Iran; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport M33177864 (Iran) expires 09 Feb 2020 (individual) [RUSSIA-EO14024] (Linked To: FARZANEGAN PROPULSION SYSTEMS DESIGN BUREAU).

POUR KAZEMI, Abbas (a.k.a. PORKAZEMI, Abbas; a.k.a. PURKAZEMI, Abbas), Isfahan, Iran; DOB 06 Nov 1952; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1285448774 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SAMAN TEJARAT BARMAN TRADING COMPANY).

POUR NAGHSH BAND, Hussain Reza (a.k.a. POUR NAGHSHBAND, Hossein; a.k.a. POUR NAGHSHBAND, Hossein Reza; a.k.a. POURNAGHSHBAND, Hossein); DOB 23 Oct 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport E1910843 (Iran) (individual) [NPWMD] [IFSR] (Linked To: NAVID COMPOSITE MATERIAL COMPANY).

POUR NAGHSHBAND, Hossein (a.k.a. POUR NAGHSH BAND, Hussain Reza; a.k.a. POUR NAGHSHBAND, Hossein Reza; a.k.a. POURNAGHSHBAND, Hossein); DOB 23 Oct

1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport E1910843 (Iran) (individual) [NPWMD] [IFSR] (Linked To: NAVID COMPOSITE MATERIAL COMPANY).

POUR NAGHSHBAND, Hossein Reza (a.k.a. POUR NAGHSH BAND, Hussain Reza; a.k.a. POUR NAGHSHBAND, Hossein; a.k.a. POURNAGHSHBAND, Hossein); DOB 23 Oct 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport E1910843 (Iran) (individual) [NPWMD] [IFSR] (Linked To: NAVID COMPOSITE MATERIAL COMPANY).

POUR, Peyman Dehghan (a.k.a. FARASHAH, Payman Dehghanpour), Iran; DOB 22 Jan 1989; POB Yazd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport L40581001 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

POURANSARI, Hashem; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport B19488852 (Iran); Managing Director, Asia Energy General Trading (individual) [IRAN].

POURANVARI, Yoosef (Arabic: یوسف پورانواری) (a.k.a. POURANVARI, Yousef), Tehran, Iran; DOB 26 May 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0492699836 (Iran) (individual) [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

POURANVARI, Yousef (a.k.a. POURANVARI, Yoosef (Arabic: یوسف پورانواری)), Tehran, Iran; DOB 26 May 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0492699836 (Iran) (individual) [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

POUREBRAHIM, Ali Akbar (a.k.a. POUR-EBRAHIM, Ali-Akbar; a.k.a. POUREBRAHIMABADI, Aliakbar; a.k.a. PUREBRAHIM, Ali Akbar; a.k.a. PUREBRAHIMABADI, Ali Akbar), Iran; Lausanne, Switzerland; DOB 22 Dec 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport X42276294

(Iran) expires 21 Sep 2022 (individual) [SDGT] [IFSR] (Linked To: QASEMI, Rostam).

POUR-EBRAHIM, Ali-Akbar (a.k.a. POUREBRAHIM, Ali Akbar; a.k.a. POUREBRAHIMABADI, Aliakbar; a.k.a. PUREBRAHIM, Ali Akbar; a.k.a. PUREBRAHIMABADI, Ali Akbar), Iran; Lausanne, Switzerland; DOB 22 Dec 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport X42276294 (Iran) expires 21 Sep 2022 (individual) [SDGT] [IFSR] (Linked To: QASEMI, Rostam).

POUREBRAHIMABADI, Aliakbar (a.k.a. POUREBRAHIM, Ali Akbar; a.k.a. POUR-EBRAHIM, Ali-Akbar; a.k.a. PUREBRAHIM, Ali Akbar; a.k.a. PUREBRAHIMABADI, Ali Akbar), Iran; Lausanne, Switzerland; DOB 22 Dec 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport X42276294 (Iran) expires 21 Sep 2022 (individual) [SDGT] [IFSR] (Linked To: QASEMI, Rostam).

POURFARZANEH, Hassan (a.k.a. FARZANEH, Hassanpour; a.k.a. PURFARZANEH, Hasan; a.k.a. PURFARZANEH, Hassan), Iran; DOB 02 Dec 1984; nationality Iran; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 0076135462 (Iran) (individual) [RUSSIA-EO14024] (Linked To: FARZANEGAN PROPULSION SYSTEMS DESIGN BUREAU).

POURFARZANEH, Hossein (a.k.a. POUR FARZANEH, Hossein; a.k.a. PURFARZANEH, Hossein), Iran; DOB 12 Feb 1973; nationality Iran; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport M33177864 (Iran) expires 09 Feb 2020 (individual) [RUSSIA-EO14024] (Linked To: FARZANEGAN PROPULSION SYSTEMS DESIGN BUREAU).

POURFARZANEH, Zahra (Arabic: زهرا پورفرزانه) (a.k.a. PUR FARZANEH, Zahra; a.k.a. PURFARZANEH, Zahra), Iran; DOB 01 Jan 1997 to 31 Dec 1998; nationality Iran; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 00311698638 (Iran) (individual) [RUSSIA-EO14024] (Linked To: FARZANEGAN PROPULSION SYSTEMS DESIGN BUREAU).

POURJAMSHIDIAN, Ali Akbar (Arabic: علی اکبر پورجمشیدیان) (a.k.a. POURJAMSHIDIAN, Aliakbar), Iran; DOB 30 Dec 1962; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport V43937498 (Iran) expires 18 Dec 2022 (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

POURJAMSHIDIAN, Aliakbar (a.k.a. POURJAMSHIDIAN, Ali Akbar (Arabic: علی اکبر پورجمشیدیان)), Iran; DOB 30 Dec 1962; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport V43937498 (Iran) expires 18 Dec 2022 (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

POURNAGHSHBAND, Hossein (a.k.a. POUR NAGHSH BAND, Hussain Reza; a.k.a. POUR NAGHSHBAND, Hossein; a.k.a. POUR NAGHSHBAND, Hossein Reza); DOB 23 Oct 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport E1910843 (Iran) (individual) [NPWMD] [IFSR] (Linked To: NAVID COMPOSITE MATERIAL COMPANY).

POURSAFI, Shahram (a.k.a. MEHDI, Rezaei; a.k.a. PORSAFI, Shahram; a.k.a. PURSAFI, Shahram; a.k.a. REZAYI, Mehdi), Syria; DOB 21 Sep 1976; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

POUYA AIR (Arabic: شرکت هواپیمایی پویا ایر) (a.k.a. PARS AVIATION SERVICES COMPANY; a.k.a. POUYA AIRLINES; a.k.a. YAS AIR; a.k.a. YAS AIR KISH; a.k.a. YASAIR CARGO AIRLINE), Mehrabad International Airport, Next to Terminal No. 6, Tehran, Iran; Number 37, Ahour Alley, Shariati St., Tehran, Iran; Mehrabad International Airport, between Terminals No. 4 and 6, Tehran, Iran; Website www.pouyaair.com; Email Address info@pouyaair.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Passenger air transport; National ID No. 10102315647 (Iran); Registration Number 189556 (Iran) [SDGT] [NPWMD] [IRGC] [IFSR]

(Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

POUYA AIRLINES (a.k.a. PARS AVIATION SERVICES COMPANY; a.k.a. POUYA AIR (Arabic: شرکت هواپیمایی پویا ایر); a.k.a. YAS AIR; a.k.a. YAS AIR KISH; a.k.a. YASAIR CARGO AIRLINE), Mehrabad International Airport, Next to Terminal No. 6, Tehran, Iran; Number 37, Ahour Alley, Shariati St., Tehran, Iran; Mehrabad International Airport, between Terminals No. 4 and 6, Tehran, Iran; Website www.pouyaair.com; Email Address info@pouyaair.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Passenger air transport; National ID No. 10102315647 (Iran); Registration Number 189556 (Iran) [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

POUYA CONTROL (a.k.a. NAM-AVARAN-E POUYA CONTROL; a.k.a. TEJERAT GOSTAR NIKAN IRANIAN COMPANY), No. 2, Sharif Alley, Before Yakchal St., After Golhak St., Shariati St., Tehran, Iran; No. 2, Sharif Street, Golhak, Shariati Street, Tehran, Iran; Website www.pouyacontrol.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

POUYA PARS FANAVARAN AYANDEH NEGAR COMPANY (a.k.a. FUYA PARS PROSPECTIVE TECHNOLOGISTS; a.k.a. PUYA PARS FANAVARAN AYANDEH NEGAR COMPANY; a.k.a. "IDEAL VACUUM"; a.k.a. "IDEAL VACUUM STORE"), Number 18, 1st Mariam Street, Khayyam Boulevard, Shamsabad Industrial District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 12 Feb 2013; National ID No. 14003220702 (Iran); Registration Number 434228 (Iran) [NPWMD] [IFSR].

POUYA TAMIN KISH (a.k.a. POUYA TAMIN KISH CO.; a.k.a. POUYA TAMIN KISH OIL & GAS CO; a.k.a. POUYA TAMIN KISH OIL AND GAS CO; a.k.a. "PTK"), Block EX6, In front of IRAN Blvd., Kish Island, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

POUYA TAMIN KISH CO. (a.k.a. POUYA TAMIN KISH; a.k.a. POUYA TAMIN KISH OIL & GAS

CO; a.k.a. POUYA TAMIN KISH OIL AND GAS CO; a.k.a. "PTK"), Block EX6, In front of IRAN Blvd., Kish Island, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

POUYA TAMIN KISH OIL & GAS CO (a.k.a. POUYA TAMIN KISH; a.k.a. POUYA TAMIN KISH CO.; a.k.a. POUYA TAMIN KISH OIL AND GAS CO; a.k.a. "PTK"), Block EX6, In front of IRAN Blvd., Kish Island, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

POUYA TAMIN KISH OIL AND GAS CO (a.k.a. POUYA TAMIN KISH; a.k.a. POUYA TAMIN KISH CO.; a.k.a. POUYA TAMIN KISH OIL & GAS CO; a.k.a. "PTK"), Block EX6, In front of IRAN Blvd., Kish Island, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

POUYAN ELECTRONIC CO. (a.k.a. FARAZ TEGARAT ERTEBAT COMPANY; a.k.a. PARDAZAN SYSTEM HOUSES ARMAN; a.k.a. PARDAZAN SYSTEM NAMAD ARMAN; a.k.a. PASNA; a.k.a. PASNA INDUSTRY CO.; a.k.a. PASNA INTERNATION TRADING CO.; a.k.a. SINO TRADER COMPANY), Number 8, Unit 14, Tavana Building, Khan Babaei Alley, Nik Zare Street, Akbari Street, Ashrafti Esfahani Avenue, Tehran, Iran; Ghodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Monacoheri St., Saadi St., Tehran, Iran; Sa'di St., Manoucohehri St., Goodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Tehran, Iran; Website http://www.pasnaindustry.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

POUYAN TABAAN ENERGY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

POWELL INTERNATIONAL FZE (Arabic: باويل انترناشيونال م م ح), P2-Hamriyah Business Centre, Sharjah, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 16 Sep 2018; Registration Number 17271 (United Arab Emirates); Economic Register Number (CBLS) 11580964

(United Arab Emirates) [SDGT] [IFSR] (Linked To: JALALIAN, Ramin).

POWELL RAW MATERIALS TRADING L.L.C (Arabic: باول لتجارة المواد الاولية ذ.م.م), Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Feb 2021; Registration Number 930153 (United Arab Emirates); Economic Register Number (CBLS) 11622520 (United Arab Emirates) [SDGT] [IFSR] (Linked To: JALALIAN, Ramin).

POWER ANCHOR LIMITED, Mahe, Seychelles; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871] (Linked To: PAMCHEL TRADING BEIJING CO. LTD.).

POWER PLANT EQUIPMENT MANUFACTURING COMPANY (a.k.a. SATNA COMPANY; a.k.a. "POWERPLANT EQUIPMENT MANUFACTURING COMPANY"; a.k.a. "SATNA"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

POWERMAN INTERNATIONAL PTE LTD, 30 Cecil Street #19-08, Singapore 049712, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 201725941Z (Singapore) [RUSSIA-EO14024].

POWEROY INVESTMENT LIMITED (a.k.a. POWEROY INVESTMENT LTD), Virgin Islands, British; Identification Number IMO 6438512 [VENEZUELA-EO13850].

POWEROY INVESTMENT LTD (a.k.a. POWEROY INVESTMENT LIMITED), Virgin Islands, British; Identification Number IMO 6438512 [VENEZUELA-EO13850].

POWERTECH LIMITED LIABILITY COMPANY, ul. Gorbunova d. 2, str. 3, pomeshch. 5/3, Moscow 121596, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Jul 2023; Tax ID No. 9731117071 (Russia); Registration Number 1237700448700 (Russia) [RUSSIA-EO14024].

POZHIDAEV, Igor Vladimirovich (Cyrillic: ПОЖИДАЕВ, Игорь Владимирович), Russia; Ukraine; DOB 29 Oct 1973; POB Novosibirsk, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 920156931651 (Russia) (individual) [RUSSIA-EO14024].

POZITIV TEKNOLODZHIZ, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO POZITIV TEKNOLODZHIZ (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПОЗИТИВ ТЕКНОЛОДЖИЗ); a.k.a. JSC POSITIVE TECHNOLOGIES), d. 23A pom. V kom, 30, shosse Shchelkovskoe, Moscow 107241, Russia; Website www.ptsecurity.ru; alt. Website www.ptsecurity.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718668887 (Russia) [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024] (Linked To: FEDERAL SECURITY SERVICE).

PPI FZE (a.k.a. PETROPARS INTERNATIONAL FZE), P.O. Box 72146, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

PPRF (a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

PRAISE MARBLE LIMITED, Cayman Islands; Virgin Islands, British; Company Number 1903478 (Virgin Islands, British) [TCO] (Linked To: CHEN, Zhi).

PRAKASH, Neil Christopher (a.k.a. KHALED AL-CAMBODI, Abu), Syria; Iraq; DOB 07 May 1991; POB Melbourne, Australia; nationality Australia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N4325853 (Australia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

PRAPATWORA, Atchara (a.k.a. ATCHARA, Chiwinpraphasri; a.k.a. ATCHARA, Praptwora; a.k.a. ATCHARA, Samsaeng; a.k.a. SAENGKHAM, Samsaeng), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 88/2 Soi Klong Nam Kaew, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; DOB 09 Sep 1948; Passport V487440 (Thailand) expires May 2007; National ID No. 3509900001907

(Thailand) expires Sep 2006 (individual) [SDNTK].

PRASIT, Cheewinnittipanya (a.k.a. CHARNCHAI, Chiwinnitipanya; a.k.a. CHEEWINNITTIPANYA, Prasit; a.k.a. CHIVINNITIPANYA, Prasit; a.k.a. CHIWINNITIPANYA, Charnchai; a.k.a. PRASIT, Chivinnitipanya; a.k.a. WEI, Hsueh Kang; a.k.a. WEI, Shao-Kang; a.k.a. WEI, Sia-Kang; a.k.a. WEI, Xuekang); DOB 29 Jun 1952; alt. DOB 29 May 1952; Passport Q081061 (Thailand); alt. Passport E091929 (Thailand) (individual) [SDNTK].

PRASIT, Chivinnitipanya (a.k.a. CHARNCHAI, Chiwinnitipanya; a.k.a. CHEEWINNITTIPANYA, Prasit; a.k.a. CHIVINNITIPANYA, Prasit; a.k.a. CHIWINNITIPANYA, Charnchai; a.k.a. PRASIT, Cheewinnittipanya; a.k.a. WEI, Hsueh Kang; a.k.a. WEI, Shao-Kang; a.k.a. WEI, Sia-Kang; a.k.a. WEI, Xuekang); DOB 29 Jun 1952; alt. DOB 29 May 1952; Passport Q081061 (Thailand); alt. Passport E091929 (Thailand) (individual) [SDNTK].

PRASONDHA, Angga Dimas (a.k.a. PERSADA, Angga Dimas; a.k.a. PERSADHA, Angga Dimas; a.k.a. PERSHADA, Angga Dimas); DOB 04 Mar 1985; POB Jakarta, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport W344982 (Indonesia) (individual) [SDGT].

PRATUM OIL TRADING LLC, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 03 Sep 2022; Chamber of Commerce Number 484162 (United Arab Emirates); Registration Number 1792398 (United Arab Emirates) [UKRAINE-EO13662] [RUSSIA-EO14024].

PRCAC, Dragoljub; DOB 18 Jul 1937; POB Omarska, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

PRDF (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1040094 [SDGT].

PRECIOUS BULLION DMCC, Dubai, United Arab Emirates; Website https://precious-bullion.com/; Organization Established Date 18 Mar 2021; Registration Number DMCC-800432 (United Arab Emirates) [GLOMAG] (Linked To: PATTNI, Kamlesh Mansukhlal Damji).

PREDPRIYATIE OSTEK (a.k.a. OSTEC ENTERPRISE LTD), ul. Moldavskaya d. 5, korp. 2, Moscow 121467, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Jan 1994; Tax ID No. 7731480806 (Russia); Registration Number 5147746169951 (Russia) [RUSSIA-EO14024].

PREDSTAVITELSTVO AKTSIONERNOGO OBSHCHESTVA DYULAK KEPITAL LTD SHVEITSARIYA V G MOSCOW (a.k.a. AK DYULAK KEPITAL LTD PREDSTAVITELSTVO; a.k.a. DULAC CAPITAL LTD; a.k.a. PREDSTAVITELSTVO AKTSIONERNOGO OBSHCHESTVA DYULAK KEPITAL LTD SHVEITSARIYA V G SANKT PETERBURGE), Arosastrasse 7, Zurich 8008, Switzerland; Pr-kt Morskoi pom. 12-N, Saint Petersburg 197110, Russia; Pr-kt Leningradskii, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Dec 2007; Tax ID No. 113974567 (Switzerland); alt. Tax ID No. 9909354395 (Russia); Identification Number SRWNNB.99999.SL.756 (Switzerland); Legal Entity Number 529900E3569EJW938341; Registration Number CH-020.3.031.775-0 (Switzerland) [RUSSIA-EO14024].

PREDSTAVITELSTVO AKTSIONERNOGO OBSHCHESTVA DYULAK KEPITAL LTD SHVEITSARIYA V G SANKT PETERBURGE (a.k.a. AK DYULAK KEPITAL LTD PREDSTAVITELSTVO; a.k.a. DULAC CAPITAL LTD; a.k.a. PREDSTAVITELSTVO AKTSIONERNOGO OBSHCHESTVA DYULAK KEPITAL LTD SHVEITSARIYA V G MOSCOW), Arosastrasse 7, Zurich 8008, Switzerland; Pr-kt Morskoi pom. 12-N, Saint Petersburg 197110, Russia; Pr-kt Leningradskii, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Dec 2007; Tax ID No. 113974567 (Switzerland); alt. Tax ID No. 9909354395 (Russia); Identification Number SRWNNB.99999.SL.756 (Switzerland); Legal Entity Number 529900E3569EJW938341; Registration Number CH-020.3.031.775-0 (Switzerland) [RUSSIA-EO14024].

PREDSTAVITELSTVO FEDERALNOGO GOSUDARSTVENNOGO UNITARNOGO PREDPRIIATIIA PRIBOROSTROITELNYI ZAVOD IMENI K A VOLODINA (a.k.a. IEP FSUE; a.k.a. INSTRUMENT ENGINEERING PLANT FSUE; a.k.a. K A VOLODIN INSTRUMENT ENGINEERING PLANT FEDERAL STATE UNITARY ENTERPRISE), 13 Zarechnaia ul., Trekhgornyi 456082, Russia; 25 str. 1 Bolshaia Polianka ul., Moscow 119180, Russia; 24 Alleia Druzhby ul., Evpatoriia, Crimea 97493, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7405000428 (Russia); Registration Number 1027400661650 (Russia) [RUSSIA-EO14024].

PREDSTAVITELSTVO WINDFEL PROPERTIES LIMITED (a.k.a. WINDFEL PROPERTIES LIMITED), Louloupis Court, Floor No: 7, Christodoylou Chatzipaylou 205, Limassol 3036, Cyprus; Mustakillik 59A, Tashkent, Uzbekistan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Sep 2016; Legal Entity Number 21380068XRFK54K3Z159; Registration Number C359911 (Cyprus); alt. Registration Number 207288668 (Uzbekistan) [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

PREDSTAVNISTVO CASAGRANDE EXPORT-IMPORT, 2 A Kosovska, Surcin 11271, Serbia; Company Number 29025576 [SDNTK].

PREDUZECE ZA PROIZVODNJU PROMET TRGOVINU I USLUGE MM KOM INTER BLUE DOO DONJI JASENOVIK (a.k.a. DOO MM KOM INTER BLUE DONJI JASENOVIK), Donji Jasenovik 38228, Serbia; Organization Established Date 08 Mar 2013; Organization Type: Wholesale of other machinery and equipment; V.A.T. Number 107969124 (Serbia) [GLOMAG] (Linked To: RADISAVLJEVIC, Miljan).

PREDUZECE ZA PROIZVODNJU, PROMET I USLUGE MELVALE CORPORATION DOO, BEOGRAD STARI GRAD (a.k.a. MELVALE CORPORATION DOO BEOGRAD), Tadeusa

Koscuska 56, Belgrade 11000, Serbia; Tax ID No. 104150191 (Serbia); Registration Number 20100575 (Serbia) [GLOMAG] (Linked To: SARENAC, Nebojsa).

PREDUZECE ZA TRGOVINU I INZENJERING POSLOVE KOMINVEX DOO BEOGRAD RAKOVICA (a.k.a. KOMINVEX DOO BEOGRAD), Nikole Marakovica 21/VI/36, Belgrade 11090, Serbia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 104004847 (Serbia); Registration Number 20047038 (Serbia) [RUSSIA-EO14024].

PREDUZECE ZA TRGOVINU NA VELIKO I MALO PARTIZAN TECH DOO BEOGRAD-SAVSKI VENAC (a.k.a. PARTIZAN ARMS; a.k.a. PARTIZAN ARMS DOO; a.k.a. PARTIZAN TECH DOO; a.k.a. PARTIZAN TECH DOO BEOGRAD), Maglajska 19 11000, Beograd (Savski Venac), Serbia; Website www.partizanarms.rs; Registration ID 20125225 (Serbia); Tax ID No. 104260278 [GLOMAG] (Linked To: TESIC, Slobodan).

PRELASA, Mexico [CUBA].

PREMIER GOLD REFINERY LLC, Al Qusais Industrial 5, Dubai, United Arab Emirates; P.O. Box 64701, Dubai, United Arab Emirates; Plot No. 248-384, Dubai, United Arab Emirates; Organization Type: Manufacture of basic precious and other non-ferrous metals; Business Registration Number 716708 (United Arab Emirates) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

PREMIER INVESTMENT GROUP SAL (a.k.a. PREMIER INVESTMENT GROUP SAL (OFF-SHORE); a.k.a. PREMIER INVESTMENT GROUP SAL OFF SHORE), Lazariste Building, Riad Solh Street, Beirut, Lebanon; El-Lazarieh Building Block 1-2a - Fourth Floor, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1803907 (Lebanon) [SDGT] (Linked To: BAZZI, Mohammad Ibrahim).

PREMIER INVESTMENT GROUP SAL (OFF-SHORE) (a.k.a. PREMIER INVESTMENT GROUP SAL; a.k.a. PREMIER INVESTMENT GROUP SAL OFF SHORE), Lazariste Building, Riad Solh Street, Beirut, Lebanon; El-Lazarieh Building Block 1-2a - Fourth Floor, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1803907 (Lebanon) [SDGT] (Linked To: BAZZI, Mohammad Ibrahim).

PREMIER INVESTMENT GROUP SAL OFF SHORE (a.k.a. PREMIER INVESTMENT GROUP SAL; a.k.a. PREMIER INVESTMENT GROUP SAL (OFF-SHORE)), Lazariste Building, Riad Solh Street, Beirut, Lebanon; El-Lazarieh Building Block 1-2a - Fourth Floor, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1803907 (Lebanon) [SDGT] (Linked To: BAZZI, Mohammad Ibrahim).

PRENSA LATINA, Spain [CUBA].

PRENSA LATINA CANADA LTD., 1010 O Rue Ste. Catherine, Montreal PQ H303 IGI, Canada [CUBA].

PREOBRAZOVATEL MASH LIMITED LIABILITY COMPANY (Cyrillic: ПРЕОБРАЗОВАТЕЛЬ МАШ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ), d. 3A str. 4 etazh 1 pom. 6, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Dec 2019; Tax ID No. 9704008683 (Russia); Government Gazette Number 42828368 (Russia); Registration Number 1197746746372 (Russia) [RUSSIA-EO14024] (Linked To: AKVAMARIN LIMITED LIABILITY COMPANY).

PREPREG SKM AO (a.k.a. AKTSIONERNOE OBSHCHESTVO PREPREG-SOVREMENNYE KOMPOZITSIONNYE MATERIALY; a.k.a. JOINT STOCK COMPANY PREPREG ADVANCED COMPOSITE MATERIALS; f.k.a. PREPREG-SOVREMENNYE KOMPOZITSIONNYE MATERIALY AO), Volgogradskii Prospekt D. 43, Korp. 3, Moscow 109316, Russia; 42, Bld. 5, Vologradskiy Avenue, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 May 2009; Tax ID No. 7729632610 (Russia); Government Gazette Number 61664530 (Russia); Registration Number 1097746268234 (Russia) [RUSSIA-EO14024].

PREPREG-DUBNA, OOO (a.k.a. LIMITED LIABILITY COMPANY PREPREG-DUBNA; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PREPREG-DUBNA), Ul. Elektrodnyaya D. 8, Dubna 141981, Russia; D. 8, Ul. Tekhnologicheskaya, Dubna, Moskovskaya Obl. 141981, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Apr 2011; Tax ID No. 5010043203 (Russia); Government Gazette Number 90160486 (Russia); Registration Number 1115010001138 (Russia) [RUSSIA-EO14024].

PREPREG-SOVREMENNYE KOMPOZITSIONNYE MATERIALY AO (a.k.a. AKTSIONERNOE OBSHCHESTVO PREPREG-SOVREMENNYE KOMPOZITSIONNYE MATERIALY; a.k.a. JOINT STOCK COMPANY PREPREG ADVANCED COMPOSITE MATERIALS; a.k.a. PREPREG SKM AO), Volgogradskii Prospekt D. 43, Korp. 3, Moscow 109316, Russia; 42, Bld. 5, Vologradskiy Avenue, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 May 2009; Tax ID No. 7729632610 (Russia); Government Gazette Number 61664530 (Russia); Registration Number 1097746268234 (Russia) [RUSSIA-EO14024].

PRESIDENCY OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES (a.k.a. CENTER FOR INNOVATION AND TECHNOLOGY COOPERATION; f.k.a. OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. OFFICE OF SCIENTIFIC AND TECHNICAL COOPERATION; a.k.a. TECHNOLOGY COOPERATION OFFICE; a.k.a. "CITC"; f.k.a. "OSIS"; f.k.a. "POSIS"; a.k.a. "TCO"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PRESS SUPERVISORY BOARD (a.k.a. IRANIAN PRESS SUPERVISORY BOARD), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

PRESS TV (Arabic: پرس تی وی) (a.k.a. PRESS TV LIMITED), 4 East 2nd St., Farhang Blvd, Saadat Abad, Tehran 19977-66411, Iran; Website http://www.presstv.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 10957861 (United Kingdom) expires 30 Nov 2021 [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

PRESS TV LIMITED (a.k.a. PRESS TV (Arabic: پرس تی وی)), 4 East 2nd St., Farhang Blvd,

Saadat Abad, Tehran 19977-66411, Iran; Website http://www.presstv.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 10957861 (United Kingdom) expires 30 Nov 2021 [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

PRETSIZIONNYE LAZERNYE SISTEMY (a.k.a. LIMITED LIABILITY COMPANY PRECISION LASER SYSTEMS), Ul. Komsomola D. 1-3, Lit. S, Pomeshch. 1n, Saint Petersburg 195009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804522899 (Russia); Registration Number 1137847498876 (Russia) [RUSSIA-EO14024].

PRETTYANDY TRADING LIMITED (a.k.a. RAGANG PETROLEUM AND LOGISTICS CO., LIMITED), Unit 3, 20/F, Richmond Comm Bldg, 109 Argyle Street, Hong Kong, China; Organization Established Date 15 Mar 2021; Company Number 3027778 (Hong Kong); Business Registration Number 72780365 (Hong Kong) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

PREZIDENTSKI SPARTYUNY KLUB (Cyrillic: ПРЭЗІДЭНЦКІ СПАРТЫЎНЫ КЛУБ) (a.k.a. PREZIDENTSKIY SPORTIVNIY KLUB (Cyrillic: ПРЕЗИДЕНТСКИЙ СПОРТИВНЫЙ КЛУБ); a.k.a. REPUBLICAN STATE PUBLIC ASSOCIATION PRESIDENTIAL SPORTS CLUB; a.k.a. RESPUBLIKANSKAYE DZYARZHAUNA-HRAMADSKAYE ABYADNANNYE PREZIDENTSKI SPARTYUNY KLUB (Cyrillic: РЭСПУБЛІКАНСКАЕ ДЗЯРЖАЎНА-ГРАМАДСКАЕ АБ'ЯДНАННЕ ПРЭЗІДЭНЦКІ СПАРТЫЎНЫ КЛУБ); a.k.a. RESPUBLIKANSKOYE GOSUDARSTVENNO-OBSHCHESTVENNOYE OBYEDINENIE PREZIDENTSKIY SPORTIVNIY KLUB (Cyrillic: РЕСПУБЛИКАНСКОЕ ГОСУДАРСТВЕННО-ОБЩЕСТВЕННОЕ ОБЪЕДИНЕНИЕ ПРЕЗИДЕНТСКИЙ СПОРТИВНЫЙ КЛУБ); a.k.a. "PRESIDENTIAL SPORTS CLUB"), ul. Starovilenskaya, d. 4, Minsk 220029, Belarus (Cyrillic: ул. Старовиленская, д. 4, г. Минск 220029, Belarus); Organization Established Date 07 Jul 2005; Registration Number 805000023 (Belarus) [BELARUS].

PREZIDENTSKIY SPORTIVNIY KLUB (Cyrillic: ПРЕЗИДЕНТСКИЙ СПОРТИВНЫЙ КЛУБ) (a.k.a. PREZIDENTSKI SPARTYUNY KLUB (Cyrillic: ПРЭЗІДЭНЦКІ СПАРТЫЎНЫ КЛУБ); a.k.a. REPUBLICAN STATE PUBLIC

ASSOCIATION PRESIDENTIAL SPORTS CLUB; a.k.a. RESPUBLIKANSKAYE DZYARZHAUNA-HRAMADSKAYE ABYADNANNYE PREZIDENTSKI SPARTYUNY KLUB (Cyrillic: РЭСПУБЛІКАНСКАЕ ДЗЯРЖАЎНА-ГРАМАДСКАЕ АБ'ЯДНАННЕ ПРЭЗІДЭНЦКІ СПАРТЫЎНЫ КЛУБ); a.k.a. RESPUBLIKANSKOYE GOSUDARSTVENNO-OBSHCHESTVENNOYE OBYEDINENIE PREZIDENTSKIY SPORTIVNIY KLUB (Cyrillic: РЕСПУБЛИКАНСКОЕ ГОСУДАРСТВЕННО-ОБЩЕСТВЕННОЕ ОБЪЕДИНЕНИЕ ПРЕЗИДЕНТСКИЙ СПОРТИВНЫЙ КЛУБ); a.k.a. "PRESIDENTIAL SPORTS CLUB"), ul. Starovilenskaya, d. 4, Minsk 220029, Belarus (Cyrillic: ул. Старовиленская, д. 4, г. Минск 220029, Belarus); Organization Established Date 07 Jul 2005; Registration Number 805000023 (Belarus) [BELARUS].

PRIBOR OPEN DESIGN BUREAU (a.k.a. OKB PRIBOR; a.k.a. OPYTNO KONSTRUKTORSKOE BYURO PRIBOR), Ul. Gerasima Kurina D. 10, K. 1, E 2 P I K 8A KAB 205A, Moscow 121108, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703382109 (Russia); Registration Number 1157746535165 (Russia) [RUSSIA-EO14024].

PRIBOY PJSC (a.k.a. PUBLIC JOINT STOCK COMPANY PRIBOY), V.O. 11-ya Liniya D. 66,, Saint Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801012120 (Russia); Registration Number 1027800516281 (Russia) [RUSSIA-EO14024].

PRIBYSHIN, Taras Kirillovich, St. Petersburg, Russia; DOB 28 Jun 1991; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich; Linked To: INTERNET RESEARCH AGENCY LLC).

PRIETO FERNANDEZ, Omar Jose (a.k.a. PRIETO, Omar), San Francisco, Zulia, Venezuela; DOB 25 May 1969; Gender Male; Cedula No. 9761075 (Venezuela) (individual) [VENEZUELA].

PRIETO, Omar (a.k.a. PRIETO FERNANDEZ, Omar Jose), San Francisco, Zulia, Venezuela; DOB 25 May 1969; Gender Male; Cedula No. 9761075 (Venezuela) (individual) [VENEZUELA].

PRIGOZHIN, Evgeny (a.k.a. PRIGOZHIN, Yevgeniy Viktorovich), Russia; DOB 01 Jun 1961; POB Leningrad, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] [RUSSIA-EO14024] (Linked To: INTERNET RESEARCH AGENCY LLC).

PRIGOZHIN, Pavel Evgenyevich (Cyrillic: ПРИГОЖИН, Павел Евгеньевич), Russia; DOB 18 Jun 1998; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780103765308 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

PRIGOZHIN, Yevgeniy Viktorovich (a.k.a. PRIGOZHIN, Evgeny), Russia; DOB 01 Jun 1961; POB Leningrad, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] [RUSSIA-EO14024] (Linked To: INTERNET RESEARCH AGENCY LLC).

PRIGOZHINA, Lyubov Valentinovna (Cyrillic: ПРИГОЖИНА, Любовь Валентиновна), Russia; DOB 26 Jun 1970; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780107463330 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

PRIGOZHINA, Polina Evgenyevna (Cyrillic: ПРИГОЖИНА, Полина Евгеньевна), Russia; DOB 15 Aug 1992; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780157495143 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

PRIKHODKO, Andrei Valeryevich (a.k.a. PRIKHODKO, Andrey Valeryevich), Moscow, Russia; DOB 26 Aug 1977; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; National ID No. 772335626982

(Russia) (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

PRIKHODKO, Andrey Valeryevich (a.k.a. PRIKHODKO, Andrei Valeryevich), Moscow, Russia; DOB 26 Aug 1977; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; National ID No. 772335626982 (Russia) (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

PRIKLADNYE TEKHNOLOGII (a.k.a. LIMITED LIABILITY COMPANY APPLIED TECHNOLOGIES), Ul. Staroderevenskaya D. 11, K. 2 Lit. A, Office 310, Saint Petersburg 197374, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Dec 2023; Tax ID No. 7814832339 (Russia); Registration Number 1237800145791 (Russia) [RUSSIA-EO14024].

PRIM BG EAD, 126 Bul.Tsar Boris III Blvd., R-N Krasno Selo Distr, Sofia, Stolichna 1612, Bulgaria; Organization Established Date 2010; V.A.T. Number BG 201045769 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

PRIME CHEER CORPORATION LTD. (Chinese Traditional: 慶卓有限公司; Chinese Simplified: 庆卓有限公司 (中国香港)), Suites 5201-03, 52/F, The Center, Central, Hong Kong, China; Organization Established Date 03 May 2012; Organization Type: Activities of holding companies; Company Number 1739277 (Hong Kong) [GLOMAG] (Linked To: MERCHANT SUPREME CO., LTD.).

PRIME SECURITY AND DEVELOPMENT (a.k.a. PRIME SECURITY AND DEVELOPMENT JSC), Ln 26-Ya V.O.D. 9, Lit. A, Pom 28n Kab. 2, St Petersburg 1099106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801675985 (Russia); Registration Number 1197847245837 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

PRIME SECURITY AND DEVELOPMENT JSC (a.k.a. PRIME SECURITY AND DEVELOPMENT), Ln 26-Ya V.O.D. 9, Lit. A, Pom 28n Kab. 2, St Petersburg 1099106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801675985 (Russia); Registration Number 1197847245837 (Russia) [RUSSIA-EO14024]

(Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

PRIME TANKERS LLC (Arabic: برايم تانكرز ش.ذ.م.م), Street 14B, Al Quoz Industrial Area 4, Dubai, United Arab Emirates; Office 1, Mezzanine Floor, HH Shaykah Mariyam Bint Rashid, Umm Hurair Road, Dubai, United Arab Emirates; PO Box 31559, Dubai, United Arab Emirates; Website www.primetankers.ae; Organization Established Date 09 Aug 2000; Identification Number IMO 1904245; Legal Entity Number 8945002C2A9YOX2Y6M46; Business Registration Number 520465 (United Arab Emirates); Economic Register Number (CBLS) 10803728 (United Arab Emirates) [IRAN-EO13902] (Linked To: BRAR, Jugwinder Singh).

PRIMEIRO COMANDO DA CAPITAL (a.k.a. "FIRST CAPITAL COMMAND"; a.k.a. "PCC"), Brazil [ILLICIT-DRUGS-EO14059].

PRIMINER RUSSLAND, Pl. Privokzalnaya D. 1A, Kabinet 90, Rabochee Mesto 5, Odintsovo 143007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3663154931 (Russia); Registration Number 1213600009600 (Russia) [RUSSIA-EO14024].

PRIMORSKY TERRITORIAL COMMERCIAL BANK SOCIETY WITH LIMITED LIABILITY (a.k.a. PRIMTERKOMBANK), Ul. Semenovskaya D. 6G, Vladivostok 690091, Russia; SWIFT/BIC PTCBRU8V; Website www.ptkb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 2540015598 (Russia); Legal Entity Number 253400TD5K0GYG98VH27; Registration Number 1022500001325 (Russia) [RUSSIA-EO14024].

PRIMORYE MARITIME LOGISTICS CO LTD (a.k.a. "PML CO LTD"), 01 ul Tigorovaya 20A, Vladivostok, Primorskiy kray 690091, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5993381 [DPRK4].

PRIMTERKOMBANK (a.k.a. PRIMORSKY TERRITORIAL COMMERCIAL BANK SOCIETY WITH LIMITED LIABILITY), Ul. Semenovskaya D. 6G, Vladivostok 690091, Russia; SWIFT/BIC PTCBRU8V; Website www.ptkb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution;

Tax ID No. 2540015598 (Russia); Legal Entity Number 253400TD5K0GYG98VH27; Registration Number 1022500001325 (Russia) [RUSSIA-EO14024].

PRIMUS, Tramayne John; DOB 22 Dec 1986; POB Bridgetown, Barbados; citizen Barbados; Passport 0592043 (Barbados); alt. Passport R212475 (Barbados) (individual) [SDNTK] (Linked To: LEADING EDGE SOURCING CORPORATION).

PRINCE BANK PLC. (a.k.a. PRINCE FINANCE PLC), 175cd Mao Tse Toung Blvd., Phum 5, S.tuol Svay Prey 1, K.chamkar Mon, Phnom Penh 12308, Cambodia; SWIFT/BIC PINCKHPPXXX; Website https://princebank.com.kh; Organization Established Date 28 Apr 2015; Target Type Financial Institution; Registration Number 00014627 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

PRINCE BUSINESS OPERATING MANAGEMENT CAMBODIA CO. LTD., Phnom Penh, Cambodia; Tax ID No. K008-901639891 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

PRINCE CLUB MANAGEMENT CAMBODIA CO. LTD., Phnom Penh, Cambodia; Tax ID No. K008-901701158 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

PRINCE CULTURE AND MEDIA CO. LTD., Phnom Penh, Cambodia; Tax ID No. K008-901636016 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

PRINCE CULTURE AND TOURISM DEVELOPMENT CO. LTD., Kandal, Cambodia; Tax ID No. B108-901806256 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

PRINCE ENGINEERING, CONSTRUCTION, AND GENERAL TRADING (a.k.a. AL AMIR CO. FOR ENGINEERING, CONSTRUCTION AND GENERAL TRADE SARL; a.k.a. AL' AMIR DIAB AND AYAD ENGINEERING AND CONSTRUCTION; a.k.a. AL' AMIR FOR CONSTRUCTING AND BUILDING; a.k.a. "ALAMIR"; a.k.a. "AL-AMIR CO."; a.k.a. "AL-AMIR COMPANY"; a.k.a. "AL-AMIR PROJECT"), Alamir Center - 2nd Floor, Chiah, Beirut, Lebanon; Website www.alamir-lb.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 67796 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

PRINCE FINANCE PLC (a.k.a. PRINCE BANK PLC.), 175cd Mao Tse Toung Blvd., Phum 5, S.tuol Svay Prey 1, K.chamkar Mon, Phnom

Penh 12308, Cambodia; SWIFT/BIC PINCKHPPXXX; Website https://princebank.com.kh; Organization Established Date 28 Apr 2015; Target Type Financial Institution; Registration Number 00014627 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

PRINCE GLOBAL GROUP LIMITED, Phnom Penh, Cambodia; Company Number 1988522 (Virgin Islands, British) [TCO] (Linked To: CHEN, Zhi).

PRINCE GLOBAL HOLDINGS LIMITED, Phnom Penh, Cambodia; Company Number 1988528 (Virgin Islands, British) [TCO] (Linked To: CHEN, Zhi).

PRINCE GROUP HOLDINGS LIMITED, Hong Kong, China; Company Number 2673683 (Hong Kong) [TCO] (Linked To: CHEN, Zhi).

PRINCE GROUP PLC., Phnom Penh, Cambodia; Tax ID No. K002-901907416 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

PRINCE GROUP TRANSNATIONAL CRIMINAL ORGANIZATION, Cambodia; Target Type Criminal Organization [TCO].

PRINCE HAPPINESS PLAZA CO. LTD., Phnom Penh, Cambodia; Tax ID No. L001-901903143 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

PRINCE HOLDING GROUP, Prince Holding Group Building, Plov Koh Pich, Phum 14, Tonle Basak Sangkat, Chamkar Mon Khan, Phnom Penh, Cambodia; Website https://www.princeholdinggroup.com/; Organization Established Date Mar 2015 [TCO] (Linked To: CHEN, Zhi; Linked To: PRINCE GROUP TRANSNATIONAL CRIMINAL ORGANIZATION).

PRINCE HOLDING PLC., Phnom Penh, Cambodia; Tax ID No. K002-901907141 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

PRINCE HOROLOGY (a.k.a. PRINCE HOROLOGY VOCATIONAL TRAINING CENTER), Phnom Penh, Cambodia; Organization Established Date 2020; Organization Type: Higher education [TCO] (Linked To: PRINCE HOLDING GROUP).

PRINCE HOROLOGY VOCATIONAL TRAINING CENTER (a.k.a. PRINCE HOROLOGY), Phnom Penh, Cambodia; Organization Established Date 2020; Organization Type: Higher education [TCO] (Linked To: PRINCE HOLDING GROUP).

PRINCE HORTICULTURE DEVELOPMENT CO. LTD., Kandal, Cambodia; Tax ID No. B108-901702269 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

PRINCE HOSPITALITY MANAGEMENT CO. LTD., Phnom Penh, Cambodia; Tax ID No. K002-901903966 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

PRINCE HUAN YU ARCHITECTURAL DECORATION ENGINEERING CAMBODIA CO. LTD., Phnom Penh, Cambodia; Tax ID No. K004-901900288 (Cambodia) [TCO] (Linked To: LEI, Bo).

PRINCE HUAN YU CAMBODIA GEOLOGICAL SURVEY DESIGN CO. LTD., Phnom Penh, Cambodia; Tax ID No. K004-901903021 (Cambodia) [TCO] (Linked To: LEI, Bo).

PRINCE HUAN YU CAMBODIA INVESTMENT CO. LTD. (a.k.a. PRINCE HUAN YU REAL ESTATE CAMBODIA GROUP CO. LTD.; a.k.a. PRINCE HUAN YU REAL ESTATE GROUP; a.k.a. "UNI MORE GROUP CO. LTD."), Phnom Penh, Cambodia; Tax ID No. L001-901801128 (Cambodia) [TCO] (Linked To: PRINCE HOLDING GROUP).

PRINCE HUAN YU REAL ESTATE CAMBODIA GROUP CO. LTD. (a.k.a. PRINCE HUAN YU CAMBODIA INVESTMENT CO. LTD.; a.k.a. PRINCE HUAN YU REAL ESTATE GROUP; a.k.a. "UNI MORE GROUP CO. LTD."), Phnom Penh, Cambodia; Tax ID No. L001-901801128 (Cambodia) [TCO] (Linked To: PRINCE HOLDING GROUP).

PRINCE HUAN YU REAL ESTATE GROUP (a.k.a. PRINCE HUAN YU CAMBODIA INVESTMENT CO. LTD.; a.k.a. PRINCE HUAN YU REAL ESTATE CAMBODIA GROUP CO. LTD.; a.k.a. "UNI MORE GROUP CO. LTD."), Phnom Penh, Cambodia; Tax ID No. L001-901801128 (Cambodia) [TCO] (Linked To: PRINCE HOLDING GROUP).

PRINCE KOH TA KIEV CO. LTD., Phnom Penh, Cambodia; Tax ID No. L001-901903212 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

PRINCE MARKETING PLANNING AGENCY CAMBODIA CO. LTD., Phnom Penh, Cambodia; Tax ID No. K008-901639799 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

PRINCE MEDIA GALLERY CO. LTD., Phnom Penh, Cambodia; Tax ID No. K003-901504226 (Cambodia) [TCO] (Linked To: CHHAY, Guy).

PRINCE PLAZA INVESTMENT CO. LTD., Phnom Penh, Cambodia; Tax ID No. L001-901804915 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

PRINCE PROPERTY CAMBODIA MANAGEMENT CO. LTD., Phnom Penh, Cambodia; Tax ID No. K003-901503542 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

PRINCE REAL ESTATE CAMBODIA GROUP CO. LTD., Phnom Penh, Cambodia; Tax ID No. L001-901501075 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

PRINCE REAL ESTATE DECORATION ENGINEERING CO. LTD., Phnom Penh, Cambodia; Tax ID No. K008-901503558 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

PRINCE SEASHORE NO. 1 CO. LTD., Phnom Penh, Cambodia; Tax ID No. L001-901903144 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

PRINCE SMART GARDEN CO. LTD., Preah Sihanouk, Cambodia; Tax ID No. L001-901900678 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

PRINCE SUPER MARKET CAMBODIA CO. LTD., Phnom Penh, Cambodia; Tax ID No. K008-901700042 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

PRINCE TIAN XI WAN CO. LTD., Preah Sihanouk, Cambodia; Tax ID No. L001-901907509 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

PRINCE TIMES HOTEL MANAGEMENT CO. LTD., Preah Sihanouk, Cambodia; Tax ID No. B117-901701939 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

PRINCE TIMES PLAZA CO. LTD., Phnom Penh, Cambodia; Tax ID No. L001-902100458 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

PRINCE VANGUARD DEVELOPMENT CO. LTD., Phnom Penh, Cambodia; Tax ID No. L001-902201692 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

PRINCE YACHT CLUB CAMBODIA CO. LTD., Preah Sihanouk, Cambodia; Tax ID No. B117-901701217 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

PRINT KOLOR (a.k.a. "PRINT COLOR"), Ul. Zheleznodorozhnaya D. 24, Shcherbinka 142171, Russia; Ul. Krasnodarskaya (Severnyi Mkr.) Str. 4, Domodedovo 142000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5074112170 (Russia); Registration Number 1095074005234 (Russia) [RUSSIA-EO14024].

PRINTING TRADE CENTER GMBH (a.k.a. PTC GMBH), Konrad Duden Weg 3, 60437, Frankfurt am Main, Germany; Schubertstr. 1 a, 65760, Eschborn, Hessen, Germany; Website www.ptccenter.de; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Registration ID HRB58893 (Germany) [SDGT] [IRGC] [IFSR].

PRINTPRODAKT (a.k.a. PRINTPRODUCT), Ul. Chapaeva D. 25, Lit. B, Pomeshch. 33N, Saint Petersburg 197046, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811591815 (Russia); Registration Number 1147847340046 (Russia) [RUSSIA-EO14024].

PRINTPRODUCT (a.k.a. PRINTPRODAKT), Ul. Chapaeva D. 25, Lit. B, Pomeshch. 33N, Saint Petersburg 197046, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811591815 (Russia); Registration Number 1147847340046 (Russia) [RUSSIA-EO14024].

PRIST (a.k.a. JOINT STOCK COMPANY DEVICES SERVICE TRADE; a.k.a. JOINT STOCK COMPANY PRIBORY SERVICE TORGOVLYA), Ul. 2-I Donskoi Proezd D. 10 Stankonormal, Str. 4, 2-I Eta, Moscow 119071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7721212396 (Russia); Registration Number 1037700203364 (Russia) [RUSSIA-EO14024].

PRIUS ELEKTRONICS (a.k.a. LIMITED LIABILITY COMPANY PRIUS ELECTRONICS), Ul. Bolshaya Akademicheskaya D. 44, K. 2, Floor Pomeshch. Kom. 9, XIV, 6, 6A, Moscow 127434, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743353866 (Russia); Registration Number 1217700042230 (Russia) [RUSSIA-EO14024].

PRIVATE CHARITABLE FOUNDATION FOR THE DEVELOPMENT OF WEAPONS AND PRODUCTION TECHNOLOGIES LOBAEV CHARITABLE FOUNDATION (a.k.a. FUND FOR THE DEVELOPMENT OF WEAPONS TECHNOLOGIES AND PRODUCTION LOBAEV FOUNDATION (Cyrillic: ФОНД РАЗВИТИЯ ОРУЖЕЙНЫХ ТЕХНОЛОГИЙ И ПРОИЗВОДСТВ ФОНД ЛОБАЕВА)), Office 1, Building 1, 61 Lenin Street, Tarusa 249100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4000000400 (Russia); Registration Number 1234000002521 (Russia) [RUSSIA-EO14024].

PRIVATE COMPANY PROMCOMPLEKTLOGISTIC (a.k.a. PE PROMCOMPLEKTLOGISTIC), Office 202, 16A Prospekt A. Navoi, Tashkent 100011, Uzbekistan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 305655390 (Uzbekistan); Registration Number 27930106 (Uzbekistan) [RUSSIA-

EO14024] (Linked To: RADIOAVTOMATIKA LLC).

PRIVATE JOINT-STOCK COMPANY MAKO HOLDING (a.k.a. MAKO HOLDING), Bohdan Khmelnytsky Avenue, Building 102, Voroshilovsky District, Donetsk, Donetsk Oblast 83015, Ukraine; Website http://mako.ua/; Email Address a.kyzura@mako-holding.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Government Gazette Number 34436105 (Ukraine) [UKRAINE-EO13660] (Linked To: YANUKOVYCH, Oleksandr Viktorovych).

PRIVATE MILITARY COMPANY CONVOY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU VOENNO OKHRANNAIA KOMPANIIA KONVOI; a.k.a. OOO VOK KONVOI; a.k.a. PMC CONVOY), 5a Novocherkassky Ave., letter a, office/room 1-N/35, St. Petersburg 195112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4712026246 (Russia); Registration Number 1154712000024 (Russia) [RUSSIA-EO14024].

PRIVATE MILITARY COMPANY REDOUBT (a.k.a. LIMITED LIABILITY COMPANY REDUT SECURITY; a.k.a. LIMITED LIABILITY COMPANY REDUT-BEZOPASNOST; a.k.a. PMC REDUT; a.k.a. PRIVATE MILITARY COMPANY REDUT), Belarus; Ukraine; Ul. Dubininskaya D. 61, Pom. IV, Komnata 35, Moscow 115054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Dec 2019; Organization Type: Private security activities; Tax ID No. 9725026517 (Russia); Registration Number 1197746727530 (Russia) [RUSSIA-EO14024].

PRIVATE MILITARY COMPANY REDUT (a.k.a. LIMITED LIABILITY COMPANY REDUT SECURITY; a.k.a. LIMITED LIABILITY COMPANY REDUT-BEZOPASNOST; a.k.a. PMC REDUT; a.k.a. PRIVATE MILITARY COMPANY REDOUBT), Belarus; Ukraine; Ul. Dubininskaya D. 61, Pom. IV, Komnata 35, Moscow 115054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Dec 2019; Organization Type: Private security activities; Tax ID No. 9725026517 (Russia); Registration Number 1197746727530 (Russia) [RUSSIA-EO14024].

PRIVATE MILITARY COMPANY 'WAGNER' (a.k.a. CHASTNAYA VOENNAYA KOMPANIYA

'VAGNER'; a.k.a. CHVK VAGNER; a.k.a. PMC WAGNER; a.k.a. WAGNER GROUP (Cyrillic: ГРУППА ВАГНЕРА)), Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. [TCO] [UKRAINE-EO13660] [CAR] [RUSSIA-EO14024].

PRIVREDNO DRUSTVO ZA PROIZVODNJU BETONSKIH STUBOVA, TRAFO-STANICA I PRATECIH ELEMENATA ZA IZGRADNJU I ODRZAVANJE ELEKTROENERGETSKIH OBJEKATA BETONJERKA DOO ALEKSINAC (a.k.a. BETONJERKA DOO ALEKSINAC), Autoput Bb, Aleksinac 18220, Serbia; Organization Established Date 28 Feb 1992; Organization Type: Manufacture of articles of concrete, cement and plaster; V.A.T. Number 100302988 (Serbia) [GLOMAG] (Linked To: INKOP DOO CUPRIJA).

PRO HELI INTERNATIONAL SERVICES LIMITED (a.k.a. PROHELI INTERNATIONAL SERVICES LTD), 3rd Floor, Unicalo House, Archer Road, Kololo, P.O. Box 34855, Kampala, Uganda; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Jul 2016; Registration Number 80010001240699 (Uganda) [RUSSIA-EO14024].

PRO MISSION SDN BHD, 1-17-1 Menara Bangkok Bank, Berjaya Central Park 105, Jalan Ampang, Kuala Lumpur 50450, Malaysia; Organization Established Date 22 Aug 2024; Identification Number IMO 0094031; Registration Number 202401035040 (Malaysia) [IRAN-EO13902].

PRO RATA CONSULTING (a.k.a. PRO RATA INCASSO; a.k.a. PRO RATA MANAGEMENT; a.k.a. PRO RATA SOLUTIONS B.V.; a.k.a. PRO RATA TRADING), Haarlemmerstraat 5 Kamer 0.3, Gemeente Hillegom 2182 HA, Netherlands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jan 2005; Tax ID No. 814172556 (Netherlands); Registration Number 34217974 (Netherlands) [RUSSIA-EO14024] (Linked To: VAN INGEN, Edwin Onno).

PRO RATA INCASSO (a.k.a. PRO RATA CONSULTING; a.k.a. PRO RATA MANAGEMENT; a.k.a. PRO RATA SOLUTIONS B.V.; a.k.a. PRO RATA TRADING), Haarlemmerstraat 5 Kamer 0.3, Gemeente Hillegom 2182 HA, Netherlands;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jan 2005; Tax ID No. 814172556 (Netherlands); Registration Number 34217974 (Netherlands) [RUSSIA-EO14024] (Linked To: VAN INGEN, Edwin Onno).

PRO RATA MANAGEMENT (a.k.a. PRO RATA CONSULTING; a.k.a. PRO RATA INCASSO; a.k.a. PRO RATA SOLUTIONS B.V.; a.k.a. PRO RATA TRADING), Haarlemmerstraat 5 Kamer 0.3, Gemeente Hillegom 2182 HA, Netherlands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jan 2005; Tax ID No. 814172556 (Netherlands); Registration Number 34217974 (Netherlands) [RUSSIA-EO14024] (Linked To: VAN INGEN, Edwin Onno).

PRO RATA SOLUTIONS B.V. (a.k.a. PRO RATA CONSULTING; a.k.a. PRO RATA INCASSO; a.k.a. PRO RATA MANAGEMENT; a.k.a. PRO RATA TRADING), Haarlemmerstraat 5 Kamer 0.3, Gemeente Hillegom 2182 HA, Netherlands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jan 2005; Tax ID No. 814172556 (Netherlands); Registration Number 34217974 (Netherlands) [RUSSIA-EO14024] (Linked To: VAN INGEN, Edwin Onno).

PRO RATA TRADING (a.k.a. PRO RATA CONSULTING; a.k.a. PRO RATA INCASSO; a.k.a. PRO RATA MANAGEMENT; a.k.a. PRO RATA SOLUTIONS B.V.), Haarlemmerstraat 5 Kamer 0.3, Gemeente Hillegom 2182 HA, Netherlands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jan 2005; Tax ID No. 814172556 (Netherlands); Registration Number 34217974 (Netherlands) [RUSSIA-EO14024] (Linked To: VAN INGEN, Edwin Onno).

PROCESADORA DE ALIMENTOS HS S.A. DE C.V., Nuevo Leon, Mexico; Organization Established Date 25 Sep 2015; Organization Type: Other food service activities; Folio Mercantil No. 157133 (Mexico) [TCO] (Linked To: HYSA, Arben).

PRODUCCION PESQUERA DONA MARIELA, S.A. DE C.V., Avenida Puerto Mazatlan 6, Colonia Parque Industrial Alfredo V Bonfil, Mazatlan, Sinaloa CP 82050, Mexico; R.F.C. PPD0103129Q2 (Mexico); Folio Mercantil No. 9974-2 (Mexico) [SDNTK].

PRODUCTION ASSOCIATION ARKTIKA (a.k.a. JOINT STOCK COMPANY NORTHERN PRODUCTION ASSOCIATION ARKTIKA; a.k.a. JSC SEVERNOYE PRODUCTION OBYEDINENIYE ARKTIKA (Cyrillic: АО СЕВЕРНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ АРКТИКА); a.k.a. JSC SPO ARKTIKA), Archangelskoye Shosse, 34, Severodvinsk, Arkhangelsk Region 164500, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Jan 2008; Tax ID No. 2902057930 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PRODUCTION ASSOCIATION SEVMASH (a.k.a. JOINT STOCK COMPANY PO SEVMASH; a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION NORTHERN MACHINE-BUILDING ENTERPRISE; a.k.a. JOINT-STOCK COMPANY PRODUCTION ASSOCIATION SEVERNOYE MACHINE-BUILDING ENTERPRISE; a.k.a. JSC PRODUCTION OBYEDINENIYE SEVERNOYE MASHINOSTROITELNOYE (Cyrillic: АО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СЕВЕРНОЕ МАШИНОСТРОИТЕЛЬНОЕ ПРЕДПРИЯТИЕ)), 58 Arkhangelskoye Highway, Severodvinsk, Arkhangelsk Region 164500, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jun 2008; Tax ID No. 2902059091 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PRODUCTION UNITARY ENTERPRISE PLANT SVT (a.k.a. PROIZVODSTVENNOE UNITARNOE PREDPRIYATIE ZAVOD SVT; a.k.a. VYROBNYCHE UNITARNE PIDPRYIEMSTVO ZAVOD SVT), 58 Nezavisimosti Blvd., Building 11, Room 801, Minsk 220005, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 190737825 (Belarus) [RUSSIA-EO14024].

PRODUCTION UNITARY ENTERPRISE RUBISTAR MIKHOLAPA E.I. SMOLEVICHI DISTRICT (a.k.a. PROIZVODSTVENNOE UNITARNOE PREDPRIYATIE RUBISTAR MIKHOLAPA E.I. SMOLEVICHSKII RAION; a.k.a. RUBISTAR, UP; a.k.a. RUBYSTAR AIRWAYS; a.k.a. UE RUBISTAR (Cyrillic: УП РУБИСТАР); a.k.a. UE RUBISTAR MIKHOLAPA E.I. SMOLEVICHI DISTRICT), Ul. Peschanaya, d. 20, Smolevichi 222201, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Mar 1997; Organization Type: Freight air transport; Tax ID No. 600436180 (Belarus) [RUSSIA-EO14024] [BELARUS-EO14038].

PRODUCTIONS PIPO S. DE R.L. DE C.V., Ecatepec de Morelos, Estado de Mexico, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Nov 2019; Organization Type: Other amusement and recreation activities; Folio Mercantil No. N-2019095423 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: BENGUIAT JIMENEZ, Alberto David).

PRODUZIONI PECA, S. DE R.L. DE C.V., Guadalajara, Jalisco, Mexico; Organization Established Date 25 Jun 2019; Organization Type: Non-specialized wholesale trade; R.F.C. PPE190625B5A (Mexico); Folio Mercantil No. N-2019080180 (Mexico) [ILLICIT-DRUGS-EO14059].

PROEKTNO-KONSALTINGOVOE BYURO ESHELON (a.k.a. LIMITED LIABILITY COMPANY PROJECT CONSULTING BUREAU ECHELON (Cyrillic: ПРОЕКТНО-КОНСАЛТИНГОВОЕ БЮРО ЭШЕЛОН); a.k.a. LLC PKB ECHELON), Ul. Elektrozavodskaya d. 24, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jul 2014; Tax ID No. 7718990935 (Russia); Registration Number 1147746837677 (Russia) [RUSSIA-EO14024].

PROFAKTOR, LLC (a.k.a. PROFAKTOR, TOV), Bud, 22/28, vul. Dzerzhynskogo, Makiivka 86100, Ukraine; Makeevka str., Donetsk Region 86157, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Government Gazette Number 32084605 [UKRAINE-EO13660].

PROFAKTOR, TOV (a.k.a. PROFAKTOR, LLC), Bud, 22/28, vul. Dzerzhynskogo, Makiivka 86100, Ukraine; Makeevka str., Donetsk Region 86157, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Government Gazette Number 32084605 [UKRAINE-EO13660].

PROFANE, Victor (a.k.a. PROPHANE, Victor; a.k.a. VICTOR, Prophane), 64 Pelerin 5, Petion-Ville, West, HT6142, Haiti; 3, Rue Marcelin, Tabarre 61, Tabarre, Ouiest, HT6125, Haiti;

DOB 08 Feb 1969; POB Port-au-Prince, Haiti; nationality Haiti; citizen Haiti; Gender Male; Passport R10097145 (Haiti) expires 09 May 2031; National ID No. 0033760991 (Haiti) (individual) [GLOMAG].

PROFESIONALEN BASKETBOLEN KLUB TSSKA 48 AD (a.k.a. CSKA BASKETBALL CLUB (Cyrillic: БАСКЕТБОЛЕН КЛУБ ЦСКА); a.k.a. PROFESSIONAL BASKETBALL CLUB-CSKA-48 AD), Bul. Dragan Tsankov, N3, Stadion-Tsska, Sofia 1164, Bulgaria; Organization Established Date 2003; V.A.T. Number BG 131083632 (Bulgaria) [GLOMAG] (Linked To: NOVE-AD-HOLDING AD).

PROFESSIONAL BASKETBALL CLUB-CSKA-48 AD (a.k.a. CSKA BASKETBALL CLUB (Cyrillic: БАСКЕТБОЛЕН КЛУБ ЦСКА); a.k.a. PROFESIONALEN BASKETBOLEN KLUB TSSKA 48 AD), Bul. Dragan Tsankov, N3, Stadion-Tsska, Sofia 1164, Bulgaria; Organization Established Date 2003; V.A.T. Number BG 131083632 (Bulgaria) [GLOMAG] (Linked To: NOVE-AD-HOLDING AD).

PROFESSIONALS ELECTRONIC TRADE IMPORT AND EXPORT LIMITED COMPANY (a.k.a. PROFESYONELLER ELEKTRONIK; a.k.a. PROFESYONELLER ELEKTRONIK TICARET; a.k.a. "PROFESYONELLER ELEKTRONIK TIC ITH VE IHR LTD. STI"), Kecioren, Ankara, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT; Linked To: SAKARYA, Yunus Emre).

PROFESYONELLER ELEKTRONIK (a.k.a. PROFESSIONALS ELECTRONIC TRADE IMPORT AND EXPORT LIMITED COMPANY; a.k.a. PROFESYONELLER ELEKTRONIK TICARET; a.k.a. "PROFESYONELLER ELEKTRONIK TIC ITH VE IHR LTD. STI"), Kecioren, Ankara, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT; Linked To: SAKARYA, Yunus Emre).

PROFESYONELLER ELEKTRONIK TICARET (a.k.a. PROFESSIONALS ELECTRONIC TRADE IMPORT AND EXPORT LIMITED COMPANY; a.k.a. PROFESYONELLER ELEKTRONIK; a.k.a. "PROFESYONELLER ELEKTRONIK TIC ITH VE IHR LTD. STI"), Kecioren, Ankara, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT; Linked To: SAKARYA, Yunus Emre).

PROFFLAB LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY PROFFLAB (Cyrillic: ПРОФФЛАБ ЖООПКЕРЧИЛИГИ ЧЕКТЕЛГЕН КООМУ; Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОФФЛАБ); a.k.a. LLC PROFFLAB (Cyrillic: ЖЧК ПРОФФЛАБ); a.k.a. OSOO PROFFLAB), 2, 179 Toktogula, Bishkek, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 01703202210047 (Kyrgyzstan); Registration Number 204218-3300-OOO (Kyrgyzstan) [RUSSIA-EO14024].

PROFFPCB FZCO, Ground Floor 6 East A, Dubai Airport Freezone, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 05817 (United Arab Emirates); Economic Register Number (CBLS) 12144482 (United Arab Emirates) [RUSSIA-EO14024].

PROFINET AGENCY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PROFINET; a.k.a. PROFINET PTE. LTD. (Cyrillic: ООО ПРОФИНЕТ); a.k.a. PROFINET, OOO), 46, ul. Malinovskogo, Nakhodka, Primorski Kr. 692919, Russia; office 2, 30, Pogranichnaya Street, Nakhodka, Primorskiy Region 692922, Russia; Pogranichnaya str. 30-2, Nakhodka 692922, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

PROFINET PTE. LTD. (Cyrillic: ООО ПРОФИНЕТ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PROFINET; a.k.a. PROFINET AGENCY; a.k.a. PROFINET, OOO), 46, ul. Malinovskogo, Nakhodka, Primorski Kr. 692919, Russia; office 2, 30, Pogranichnaya Street, Nakhodka, Primorskiy Region 692922, Russia; Pogranichnaya str. 30-2, Nakhodka 692922, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

PROFINET, OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PROFINET; a.k.a. PROFINET AGENCY; a.k.a. PROFINET PTE. LTD. (Cyrillic: ООО ПРОФИНЕТ)), 46, ul. Malinovskogo, Nakhodka, Primorski Kr. 692919, Russia; office 2, 30, Pogranichnaya Street, Nakhodka, Primorskiy Region 692922, Russia; Pogranichnaya str. 30-2, Nakhodka 692922, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

PROFIT CORPORATION, C.A., Av. Venezuela con Calle Mohedano, Torre JWM, piso 4, Oficina 4, El Rosal, Caracas, Venezuela; RIF # J-00317392-4 (Venezuela) [SDNTK].

PROFU COMPANY LIMITED, Rm D3, 11/F, Luk Hop Indl Bldg, San Po Kong, Hong Kong, China; Organization Established Date 04 Jul 2024; Business Registration Number 76765452 (Hong Kong) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

PROFUTCOL S.A. (a.k.a. PROMESAS DEL FUTBOL COLOMBIANO S.A.), Calle 83 No. 108-15, Bogota, Colombia; Celta Trade Park, Lote 41 Bodega 10, Km. 7 Autopista Bogota-Medellin, Funza, Cundinamarca, Colombia; NIT # 9002835705 (Colombia); Matricula Mercantil No 1886854 (Colombia) [SDNTK].

PRO-GAIN GROUP CORPORATION, 8th Floor, Number 466, Section 2, Neihu Road, Taipei, Taiwan; Le Sanalele Complex, Ground Floor, Vaea Street, Saleufi, Apia, Samoa; Taiwan; Samoa; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3] (Linked To: TSANG, Yung Yuan).

PROGLAN CAPITAL LTD, 23 Tuval, Ramat Gan 5252238, Israel; P.O. Box 101, Ramat Gan 5210002, Israel; Public Registration Number 515000354 (Israel) [GLOMAG] (Linked To: D.G.D. INVESTMENTS LTD.).

PROGRESS ARSENYEV AVIATION COMPANY (a.k.a. JOINT STOCK COMPANY PROGRESS ARSENYEV AVIATION COMPANY; a.k.a. JSC AAC PROGRESS; a.k.a. "PROGRESS AO"), Pl. Lenina D. 5, Arsenyev 692335, Russia; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Organization Established Date 1936; Tax ID No. 2501002394 (Russia); Registration Number 1022500510350 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

PROGRESS LEADER LLC (a.k.a. OSOO PROGRESS LIDER), Skryabina 39/1, Bishkek 720001, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Mar 2022; Tax ID No. 02503202210310 (Kyrgyzstan) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY SIAISI).

PROGRESS MRI JSC (a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH MICROELECTRONIC EQUIPMENT PROGRESS; a.k.a. JOINT STOCK COMPANY NIIMA PROGRESS; a.k.a. MICROELECTRONICS RESEARCH INSTITUTE PROGRESS JSC), 54 Cherepanovykh Driveway, Moscow 125183, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Nov 2012; Tax ID No. 7743869192 (Russia); Registration Number 1127747128662 (Russia) [RUSSIA-EO14024].

PROGRESS SHIPPING COMPANY LIMITED, 80 Broad Street, Monrovia, Liberia; Unit 27610-001, Building A1, IFZA Business Park, Dubai Silicon Oasis, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number IMO 4075276 [RUSSIA-EO14024].

PROGRESS SURAWEE COMPANY LTD. (a.k.a. BORISAT PROKRET SURAWI CHAMKAT), 275 Soi Thiam Ruammit, Ratchada Phisek Road, Huai Khwang district, Bangkok, Thailand [SDNTK].

PROGRESS TECHNOLOGY SUPPORT COMPANY (a.k.a. PROGRESS TECHNOLOGY SUPPORT COMPANY LIMITED; a.k.a. ROYAL SHUNE LEI; a.k.a. ROYAL SHUNE LEI COMPANY; a.k.a. ROYAL SHUNE LEI COMPANY LIMITED), Building 37, Room 6, Bahosi Housing, Lanmadaw Township, Yangon, Burma; No. 37, Room No. 10, Bahosi Housing 10 Ward, Lanmadaw, Yangon, Burma; No 34/C San Yae Twin Street, Bahan Township, Yangon, Burma; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 24 Jun 2016; Business

Registration Number 102842286 (Burma) [DPRK] [BURMA-EO14014].

PROGRESS TECHNOLOGY SUPPORT COMPANY LIMITED (a.k.a. PROGRESS TECHNOLOGY SUPPORT COMPANY; a.k.a. ROYAL SHUNE LEI; a.k.a. ROYAL SHUNE LEI COMPANY; a.k.a. ROYAL SHUNE LEI COMPANY LIMITED), Building 37, Room 6, Bahosi Housing, Lanmadaw Township, Yangon, Burma; No. 37, Room No. 10, Bahosi Housing 10 Ward, Lanmadaw, Yangon, Burma; No 34/C San Yae Twin Street, Bahan Township, Yangon, Burma; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 24 Jun 2016; Business Registration Number 102842286 (Burma) [DPRK] [BURMA-EO14014].

PROGWIN SHIPPING SA (a.k.a. FRACTAL SHIPPING SA), Rue de la Rotisserie 11, Geneva 1204, Switzerland; Organization Established Date 04 Feb 2022; Identification Number CHE-152.882.271 (Switzerland); Commercial Registry Number CH-660.0.193.022-0 (Switzerland) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

PROHELI INTERNATIONAL SERVICES LTD (a.k.a. PRO HELI INTERNATIONAL SERVICES LIMITED), 3rd Floor, Unicalo House, Archer Road, Kololo, P.O. Box 34855, Kampala, Uganda; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Jul 2016; Registration Number 80010001240699 (Uganda) [RUSSIA-EO14024].

PROISTOCK (a.k.a. PROISTOK OOO), ul. Aerodromnaya d. 8, lit. A, pomeshch. 235, Saint Petersburg 197348, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7814646621 (Russia); Registration Number 1167847164605 (Russia) [RUSSIA-EO14024].

PROISTOK OOO (a.k.a. PROISTOCK), ul. Aerodromnaya d. 8, lit. A, pomeshch. 235, Saint Petersburg 197348, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7814646621 (Russia); Registration Number 1167847164605 (Russia) [RUSSIA-EO14024].

PROIZVODSTVENNO KOMMERCHESKAYA KOMPANIYA VIVA (a.k.a. LIMITED LIABILITY

COMPANY PRODUCTION AND COMMERCIAL COMPANY VIVA), Ul. Bolshava Dorogomilovskaya D. 6, Str. 1, Pom. 1 Komnaty 1-7; 7A, Moscow 121059, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730611735 (Russia); Registration Number 1097746363043 (Russia) [RUSSIA-EO14024].

PROIZVODSTVENNOE OBYEDINENIE INSISTENS (a.k.a. LIMITED LIABILITY COMPANY PRODUCTION ASSOCIATION INSISTENCE), Ul. Krasnolesya D. 139, Kv. 43, Yekaterinburg 620105, Russia; Blagodatnaya st., 76K, Yekaterinburg 620087, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6658486704 (Russia); Registration Number 1169658055335 (Russia) [RUSSIA-EO14024].

PROIZVODSTVENNOE UNITARNOE PREDPRIVATIE RUBISTAR MIKHOLAPA E.I. SMOLEVICHSKII RAION (a.k.a. PRODUCTION UNITARY ENTERPRISE RUBISTAR MIKHOLAPA E.I. SMOLEVICHI DISTRICT; a.k.a. RUBISTAR, UP; a.k.a. RUBYSTAR AIRWAYS; a.k.a. UE RUBISTAR (Cyrillic: УП РУБИСТАР); a.k.a. UE RUBISTAR MIKHOLAPA E.I. SMOLEVICHI DISTRICT), Ul. Peschanaya, d. 20, Smolevichi 222201, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Mar 1997; Organization Type: Freight air transport; Tax ID No. 600436180 (Belarus) [RUSSIA-EO14024] [BELARUS-EO14038].

PROIZVODSTVENNOE UNITARNOE PREDPRIYATIE ZAVOD SVT (a.k.a. PRODUCTION UNITARY ENTERPRISE PLANT SVT; a.k.a. VYROBNYCHE UNITARNE PIDPRYIEMSTVO ZAVOD SVT), 58 Nezavisimosti Blvd., Building 11, Room 801, Minsk 220005, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 190737825 (Belarus) [RUSSIA-EO14024].

PROIZVODSTVENNO-STROITELNAYA KOMPANIYA SNM (a.k.a. "PSK SNM"; a.k.a. "SNM OOO"), d. 3, d. Spas-Teshilovo, Serpukhov 142260, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Apr 2002; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 5077014693 (Russia); Registration Number 1035011800328 (Russia) [RUSSIA-EO14024] (Linked To: IMENIE TSARGRAD OOO).

PROIZVODSTVENNO-TORGOVOYE CHASTNOYE UNITARNOYE PREDPRIYATIYE MINOTOR-SERVIS (Cyrillic: ПРОИЗВОДСТВЕННО-ТОРГОВОЕ ЧАСТНОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ МИНОТОР-СЕРВИС) (a.k.a. INDUSTRIAL-COMMERCIAL PRIVATE UNITARY ENTERPRISE MINOTOR-SERVICE; a.k.a. MINOTOR-SERVICE ENTERPRISE; a.k.a. UE MINOTOR-SERVICE; a.k.a. UP MINATOR-SERVIS (Cyrillic: УП МІНАТОР-СЭРВІС); a.k.a. UP MINOTOR-SERVIS (Cyrillic: УП МИНОТОР-СЕРВИС); a.k.a. VYTVORCHA-HANDLEVAYE PRYVATNAYE UNITARNAYE PRADPRYEMSTVA MINATOR-SERVIS (Cyrillic: ВЫТВОРЧА-ГАНДЛЕВАЕ ПРЫВАТНАЕ УНІТАРНАЕ ПРАДПРЫЕМСТВА МІНАТОР-СЭРВІС)), ul. Karvata, d. 84, kom. 1, Minsk 220139, Belarus (Cyrillic: ул. Карвата, д. 84, ком. 1, г. Минск 220139, Belarus); Radialnaya str., 40, Minsk 220070, Belarus; Organization Established Date 1991; Registration Number 100665069 (Belarus) [BELARUS-EO14038].

PROIZVODSTVENNOYE OBYEDINENIYE SEVER (a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION SEVER; a.k.a. "PA SEVER"; a.k.a. "PO SEVER"), 3 Obedineniya Str., Novosibirsk, Novosibirsk region 630020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Mar 2019; Registration Number 1195476022940 (Russia); alt. Registration Number 5410079229 (Russia) [RUSSIA-EO14024].

PROIZVODSTVENNOYE UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: ПРОИЗВОДСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД) (a.k.a. INDUSTRIAL UNITARY ENTERPRISE OIL BITUMEN PLANT; a.k.a. UNITARNAYE PRADPRYEMSTVA NAFTABITUMNY ZAVOD (Cyrillic: УНІТАРНАЕ ПРАДПРЫЕМСТВА НАФТАБІТУМНЫ ЗАВОД); a.k.a. UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД); a.k.a. UNITARY ENTERPRISE NEFTEBITUMEN PLANT; a.k.a. UNITARY ENTERPRISE OIL BITUMEN PLANT; a.k.a. VYTVORCHAYE UNITARNAYE PRADPRYEMSTVA NAFTABITUMNY ZAVOD (Cyrillic: ВЫТВОРЧАЕ ЎНІТАРНАЕ ПРАДПРЫЕМСТВА НАФТАБІТУМНЫ

ЗАВОД)), village Koleina, Lyadenskiy council, Chervenskiy district, Minsk oblast 223231, Belarus (Cyrillic: д. Колеина, Ляденский сельсовет, Червенский район, Минская область 223231, Belarus); Organization Established Date 23 Jun 2004; Registration Number 690296283 (Belarus) [BELARUS-EO14038].

PROIZVODSTVO ZAVOD IMENI SHAUMYANA (a.k.a. LIMITED LIABILITY COMPANY PRODUCTION PLANT NAMED AFTER SHAUMYAN; a.k.a. SHAUMYAN PLANT), Prd 3-I Rybatskii D. 3, Lit. R, Pomeshch. 5N/406, Saint Petersburg 192177, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805666029 (Russia); Registration Number 1147847428717 (Russia) [RUSSIA-EO14024].

PROKHOROV GENERAL PHYSICS INSTITUTE OF RAS (a.k.a. A.M. PROKHOROV GENERAL PHYSICS INSTITUTE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENNIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR INSTITUT OBSHCHEI FIZIKI IM. A.M. PROKHOROVA ROSSISKOI AKADEMII NAUK; a.k.a. PROKHOROV GENERAL PHYSICS INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. RUSSIAN ACADEMY OF SCIENCES - ALEXANDR MIKHAILOVICH PROKHOROV GENERAL PHYSICS INSTITUTE; a.k.a. "GPI RAS"; a.k.a. "IOF RAN"; a.k.a. "IOF RAN FGBU"), d. 38, ul. Vavilova, Moscow 119991, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Sep 1993; Tax ID No. 7736029700 (Russia); Government Gazette Number 02700457 (Russia); Registration Number 1027700378595 (Russia) [RUSSIA-EO14024].

PROKHOROV GENERAL PHYSICS INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. A.M. PROKHOROV GENERAL PHYSICS INSTITUTE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENNIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR INSTITUT OBSHCHEI FIZIKI IM. A.M. PROKHOROVA ROSSISKOI AKADEMII NAUK; a.k.a. PROKHOROV GENERAL PHYSICS INSTITUTE OF RAS; a.k.a. RUSSIAN ACADEMY OF SCIENCES - ALEXANDR MIKHAILOVICH PROKHOROV GENERAL

PHYSICS INSTITUTE; a.k.a. "GPI RAS"; a.k.a. "IOF RAN"; a.k.a. "IOF RAN FGBU"), d. 38, ul. Vavilova, Moscow 119991, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Sep 1993; Tax ID No. 7736029700 (Russia); Government Gazette Number 02700457 (Russia); Registration Number 1027700378595 (Russia) [RUSSIA-EO14024].

PROKOFIEV, Yuri (a.k.a. PROKOFYEV, Yuriy Anatolyevich), Russia; DOB 14 Apr 1986; nationality Russia; Gender Male (individual) [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

PROKOFYEV, Artyom Vyacheslavovich (Cyrillic: ПРОКОФЬЕВ, Артём Вячеславович), Russia; DOB 31 Dec 1983; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PROKOFYEV, Yuriy Anatolyevich (a.k.a. PROKOFIEV, Yuri), Russia; DOB 14 Apr 1986; nationality Russia; Gender Male (individual) [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

PROKOPENKO, Ivan Pavlovitch (Cyrillic: ПРОКОПЕНКО, Иван Павлович), Tula Region, Russia; DOB 28 Sep 1973; POB Vinnitsa, Ukraine; nationality Russia; alt. nationality Ukraine; citizen Russia; alt. citizen Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773407989940 (Russia) (individual) [MAGNIT] [RUSSIA-EO14024].

PROKOPYEV, Alexander Sergeyevich (Cyrillic: ПРОКОПЬЕВ, Александр Сергеевич), Russia; DOB 05 Aug 1986; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PROLETARSKIY PLANT (a.k.a. PJSC PROLETARSKY FACTORY (Cyrillic: ПАО ПРОЛЕТАРСКИЙ ЗАВОД); a.k.a. PJSC PROLETARSKY ZAVOD; a.k.a. PROLETARSKY ZAVOD; a.k.a. PUBLIC JOINT STOCK COMPANY PROLETARSKY ZAVOD; a.k.a. PUBLIC JOINT-STOCK COMPANY PROLETARSKY FACTORY), 3, Dudko St., St. Petersburg 192029, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Dec 1992; Tax ID No. 7811039386 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK

COMPANY UNITED SHIPBUILDING CORPORATION).

PROLETARSKY ZAVOD (a.k.a. PJSC PROLETARSKY FACTORY (Cyrillic: ПАО ПРОЛЕТАРСКИЙ ЗАВОД); a.k.a. PJSC PROLETARSKY ZAVOD; a.k.a. PROLETARSKIY PLANT; a.k.a. PUBLIC JOINT STOCK COMPANY PROLETARSKY ZAVOD; a.k.a. PUBLIC JOINT-STOCK COMPANY PROLETARSKY FACTORY), 3, Dudko St., St. Petersburg 192029, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Dec 1992; Tax ID No. 7811039386 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PROLIMPH (a.k.a. PROLIMPH QUIMICOS EN GENERAL, S.A. DE C.V.; a.k.a. PROLIMPH SOLUCIONES INTEGRALES, QUIMICAS Y DE LIMPIEZA; a.k.a. VIOSCLEAN; a.k.a. "VIOWATER"), Culiacan, Sinaloa, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Dec 2022; Organization Type: Manufacture of chemicals and chemical products; R.F.C. PQG221207FX8 (Mexico); Folio Mercantil No. N-2022085613 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CONDE URAGA, Martha Emilia).

PROLIMPH QUIMICOS EN GENERAL, S.A. DE C.V. (a.k.a. PROLIMPH; a.k.a. PROLIMPH SOLUCIONES INTEGRALES, QUIMICAS Y DE LIMPIEZA; a.k.a. VIOSCLEAN; a.k.a. "VIOWATER"), Culiacan, Sinaloa, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Dec 2022; Organization Type: Manufacture of chemicals and chemical products; R.F.C. PQG221207FX8 (Mexico); Folio Mercantil No. N-2022085613 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CONDE URAGA, Martha Emilia).

PROLIMPH SOLUCIONES INTEGRALES, QUIMICAS Y DE LIMPIEZA (a.k.a. PROLIMPH; a.k.a. PROLIMPH QUIMICOS EN GENERAL, S.A. DE C.V.; a.k.a. VIOSCLEAN; a.k.a. "VIOWATER"), Culiacan, Sinaloa, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Dec 2022; Organization Type: Manufacture of chemicals and chemical

products; R.F.C. PQG221207FX8 (Mexico); Folio Mercantil No. N-2022085613 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CONDE URAGA, Martha Emilia).

PROMA INDUSTRY CO. (a.k.a. PROMA INDUSTRY CO., LTD; a.k.a. PROMA INDUSTRY CO., LTD.; a.k.a. PROMA INDUSTRY COMPANY; a.k.a. PROMA INDUSTRY COMPANY, LIMITED; a.k.a. PROMA INDUSTRY COMPANY, LTD.; a.k.a. "PROMA"; a.k.a. "PROMA INDUSTRY"), 1A, Fook Ying Building, 379 King's Road, North Point, Hong Kong, China; 3A, Fook Ying Building, 420 Kins Road, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 4116 (Hong Kong) [NPWMD] [IFSR] (Linked To: HODA TRADING).

PROMA INDUSTRY CO., LTD (a.k.a. PROMA INDUSTRY CO.; a.k.a. PROMA INDUSTRY CO., LTD.; a.k.a. PROMA INDUSTRY COMPANY; a.k.a. PROMA INDUSTRY COMPANY, LIMITED; a.k.a. PROMA INDUSTRY COMPANY, LTD.; a.k.a. "PROMA"; a.k.a. "PROMA INDUSTRY"), 1A, Fook Ying Building, 379 King's Road, North Point, Hong Kong, China; 3A, Fook Ying Building, 420 Kins Road, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 4116 (Hong Kong) [NPWMD] [IFSR] (Linked To: HODA TRADING).

PROMA INDUSTRY CO., LTD. (a.k.a. PROMA INDUSTRY CO.; a.k.a. PROMA INDUSTRY CO., LTD; a.k.a. PROMA INDUSTRY COMPANY; a.k.a. PROMA INDUSTRY COMPANY, LIMITED; a.k.a. PROMA INDUSTRY COMPANY, LTD.; a.k.a. "PROMA"; a.k.a. "PROMA INDUSTRY"), 1A, Fook Ying Building, 379 King's Road, North Point, Hong Kong, China; 3A, Fook Ying Building, 420 Kins Road, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 4116 (Hong Kong) [NPWMD] [IFSR] (Linked To: HODA TRADING).

PROMA INDUSTRY COMPANY (a.k.a. PROMA INDUSTRY CO.; a.k.a. PROMA INDUSTRY CO., LTD; a.k.a. PROMA INDUSTRY CO., LTD.; a.k.a. PROMA INDUSTRY COMPANY, LIMITED; a.k.a. PROMA INDUSTRY COMPANY, LTD.; a.k.a. "PROMA"; a.k.a. "PROMA INDUSTRY"), 1A, Fook Ying Building, 379 King's Road, North Point, Hong Kong, China; 3A, Fook Ying Building, 420 Kins Road, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions;

C.R. No. 4116 (Hong Kong) [NPWMD] [IFSR] (Linked To: HODA TRADING).

PROMA INDUSTRY COMPANY, LIMITED (a.k.a. PROMA INDUSTRY CO.; a.k.a. PROMA INDUSTRY CO., LTD; a.k.a. PROMA INDUSTRY CO., LTD.; a.k.a. PROMA INDUSTRY COMPANY; a.k.a. PROMA INDUSTRY COMPANY, LTD.; a.k.a. "PROMA"; a.k.a. "PROMA INDUSTRY"), 1A, Fook Ying Building, 379 King's Road, North Point, Hong Kong, China; 3A, Fook Ying Building, 420 Kins Road, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 4116 (Hong Kong) [NPWMD] [IFSR] (Linked To: HODA TRADING).

PROMA INDUSTRY COMPANY, LTD. (a.k.a. PROMA INDUSTRY CO.; a.k.a. PROMA INDUSTRY CO., LTD; a.k.a. PROMA INDUSTRY CO., LTD.; a.k.a. PROMA INDUSTRY COMPANY; a.k.a. PROMA INDUSTRY COMPANY, LIMITED; a.k.a. "PROMA"; a.k.a. "PROMA INDUSTRY"), 1A, Fook Ying Building, 379 King's Road, North Point, Hong Kong, China; 3A, Fook Ying Building, 420 Kins Road, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 4116 (Hong Kong) [NPWMD] [IFSR] (Linked To: HODA TRADING).

PROMELECTRO ENGINEERING OOO (a.k.a. LIMITED LIABILITY COMPANY PROMELEKTRO ENGINEERING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОМЭЛЕКТРО ИНЖИНИРИНГ); a.k.a. PROMELEKTRO INZHINIRING), 9 Bolshoy Spasoglinishchevskiy Lane, Building 1, Floor 3, Room 32, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 1167746607511 (Russia) [RUSSIA-EO14024].

PROMELEKTRO INZHINIRING (a.k.a. LIMITED LIABILITY COMPANY PROMELEKTRO ENGINEERING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОМЭЛЕКТРО ИНЖИНИРИНГ); a.k.a. PROMELECTRO ENGINEERING OOO), 9 Bolshoy Spasoglinishchevskiy Lane, Building 1, Floor 3, Room 32, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 1167746607511 (Russia) [RUSSIA-EO14024].

PROMESAS DEL FUTBOL COLOMBIANO S.A. (a.k.a. PROFUTCOL S.A.), Calle 83 No. 108-15, Bogota, Colombia; Celta Trade Park, Lote

41 Bodega 10, Km. 7 Autopista Bogota-Medellin, Funza, Cundinamarca, Colombia; NIT # 9002835705 (Colombia); Matricula Mercantil No 1886854 (Colombia) [SDNTK].

PROMETHEUS ENERGY (a.k.a. PROMETHEUS LIMITED TRADE DEVELOPMENT; a.k.a. "PROMETHEUS LTD"), Per. Baskov D. 36, Lit. A, Pomeshch. 1N, Office 2, Saint Petersburg 191014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4223712739 (Russia); Registration Number 1104223001057 (Russia) [RUSSIA-EO14024].

PROMETHEUS LIMITED TRADE DEVELOPMENT (a.k.a. PROMETHEUS ENERGY; a.k.a. "PROMETHEUS LTD"), Per. Baskov D. 36, Lit. A, Pomeshch. 1N, Office 2, Saint Petersburg 191014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4223712739 (Russia); Registration Number 1104223001057 (Russia) [RUSSIA-EO14024].

PROMINENT SHIPMANAGEMENT LIMITED, Unit 615, 6th Floor, LT Tower, 31, Chong Yip Street, Kwun Tong, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Company Number 3199991 (Hong Kong); Business Registration Number 74520161 (Hong Kong) [UKRAINE-EO13662] [RUSSIA-EO14024].

PROMKOMPLEKT SINTEZ, Ul. Orshanskaya D. 5, Pom. 2, Moscow 121552, Russia; Nab. Presnenskaya D. 10, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7729754778 (Russia); Registration Number 1137746986519 (Russia) [RUSSIA-EO14024].

PROMOCIONES CITADEL, S.A. DE C.V., Calzada del Fresnos 70-A, Desp. 104, Col. Granja, Zapopan, Jalisco 45010, Mexico; Avenida Miguel Hidalgo Manzana 47, Lote 11, Local - A, Colonia Reg. 92, Benito Juarez, Quintana Roo 77516, Mexico; R.F.C. PCI071012KB2 (Mexico) [SDNTK].

PROMOIL LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PROMOIL), Ul. Khokhryakova D. 9, Perm 614068, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 May 2004; Tax ID No. 5904112229 (Russia); Government Gazette Number 72205682 (Russia); Registration

Number 1045900509885 (Russia) [RUSSIA-EO14024].

PROMOTORA CULTURAL Y DEPORTIVA MORUMBI (a.k.a. CLUB DEPORTIVO AUTLAN; a.k.a. CLUB DEPORTIVO MORUMBI; a.k.a. CLUB DEPORTIVO MORUMBI, A.C.; a.k.a. CLUB DEPORTIVO MORUMBI, ASOCIACION CIVIL; a.k.a. GUERREROS DE AUTLAN; a.k.a. "MORUMBI"), Zapopan, Jalisco, Mexico; Av. Del Bajio S/N, Col. El Bajio, Zapopan, Jalisco, Mexico; Folio Mercantil No. 4123 (Jalisco) (Mexico) [SDNTK].

PROMOTORA VALLARTA ONE, S.A. DE C.V. (a.k.a. INTELECTO BUSINESS GROOP), Bucerias, Nayarit, Mexico; Avenida Paseo de los Heroes 10289, Piso 3 3006, Colonia Zona Urbana Rio Tijuana, Tijuana, Baja California C.P.22505, Mexico; Folio Mercantil No. 1769 (Mexico) [ILLICIT-DRUGS-EO14059].

PROMOUTERSKAYA KOMPANIYA ABSOLYUTNY CHEMPIONAT BERKUTA OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU (a.k.a. ABSOLUTE CHAMPIONSHIP AKHMAT; a.k.a. "ACHB, PK"), d. 64 etazh 3 ofis 1, ul. Im Gairbekova Muslima Gairbekovicha, Grozny, Chechenskaya Resp. 364903, Russia; Tax ID No. 2013800375 (Russia); Registration Number 1142036002976 (Russia) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

PROMSVYAZBANK PAO (Cyrillic: ПАО ПРОМСВЯЗЬБАНК) (f.k.a. OJSC PROMSVYAZBANK; a.k.a. PROMSVYAZBANK PJSC; a.k.a. PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ПРОМСВЯЗЬБАНК); a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO PROMSVYAZBANK), Smirnovskaya Street 10/22, Moscow 109052, Russia; Room 1308, SCITECH Tower22, Jianguomenwai Dajie, Beijing 100004, China; 7, MunirkaMarg, Vasant Vhiar, New Delhi 110057, India; SWIFT/BIC PRMSRUMM; Website www.psbank.ru; BIK (RU) 044525555; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2001; Target Type Financial Institution; Tax ID No. 7744000912 (Russia); Government Gazette Number 40148343

(Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PROMSVYAZBANK PJSC (f.k.a. OJSC PROMSVYAZBANK; a.k.a. PROMSVYAZBANK PAO (Cyrillic: ПАО ПРОМСВЯЗЬБАНК); a.k.a. PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ПРОМСВЯЗЬБАНК); a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO PROMSVYAZBANK), Smirnovskaya Street 10/22, Moscow 109052, Russia; Room 1308, SCITECH Tower22, Jianguomenwai Dajie, Beijing 100004, China; 7, MunirkaMarg, Vasant Vhiar, New Delhi 110057, India; SWIFT/BIC PRMSRUMM; Website www.psbank.ru; BIK (RU) 044525555; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2001; Target Type Financial Institution; Tax ID No. 7744000912 (Russia); Government Gazette Number 40148343 (Russia); Registration Number 1027739019142 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ПРОМСВЯЗЬБАНК) (f.k.a. OJSC PROMSVYAZBANK; a.k.a. PROMSVYAZBANK PAO (Cyrillic: ПАО ПРОМСВЯЗЬБАНК); a.k.a. PROMSVYAZBANK PJSC; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO PROMSVYAZBANK), Smirnovskaya Street 10/22, Moscow 109052, Russia; Room 1308, SCITECH Tower22, Jianguomenwai Dajie, Beijing 100004, China; 7, MunirkaMarg, Vasant Vhiar, New Delhi 110057, India; SWIFT/BIC PRMSRUMM; Website www.psbank.ru; BIK (RU) 044525555; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2001; Target Type Financial Institution; Tax ID No. 7744000912 (Russia); Government Gazette Number 40148343 (Russia); Registration Number 1027739019142 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PROMSVYAZRADIO, per. Oktyabrskii d. 12, et 4 kom 25, Moscow 127018, Russia; Secondary sanctions risk: See Section 11 of Executive

SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

Order 14024.; Tax ID No. 7724372285 (Russia); Registration Number 1167746644724 (Russia) [RUSSIA-EO14024].

PROMSYRIOIMPORT (a.k.a. FEDERAL STATE UNITARY ENTERPRISE FOREIGN ECONOMIC ASSOCIATION PROMSYRIOIMPORT; a.k.a. PROMSYRIOIMPORT FOREIGN ECONOMIC ASSOCIATION S.O.C.; a.k.a. VO PROMSYRIEIMPORT (Cyrillic: ВО ПРОМСЫРЬЕИМПОРТ); a.k.a. VO PROMSYRIEIMPORT FGUP; a.k.a. VO PROMSYRIOIMPORT), d. 13 str. 4, bulvar Novinski, Moscow 121099, Russia; 13 Novinski Boulevard, Moscow 121834, Russia; Novinskiy Boulevard 13, Building 4, Moscow 123995, Russia; Novinsky bld. 13, build 4, Moscow 121099, Russia; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 7704140399 (Russia); Government Gazette Number 01860331; Registration Number 1027700499903 (Russia) [IRAN-EO13902].

PROMSYRIOIMPORT FOREIGN ECONOMIC ASSOCIATION S.O.C. (a.k.a. FEDERAL STATE UNITARY ENTERPRISE FOREIGN ECONOMIC ASSOCIATION PROMSYRIOIMPORT; a.k.a. PROMSYRIOIMPORT; a.k.a. VO PROMSYRIEIMPORT (Cyrillic: ВО ПРОМСЫРЬЕИМПОРТ); a.k.a. VO PROMSYRIEIMPORT FGUP; a.k.a. VO PROMSYRIOIMPORT), d. 13 str. 4, bulvar Novinski, Moscow 121099, Russia; 13 Novinski Boulevard, Moscow 121834, Russia; Novinskiy Boulevard 13, Building 4, Moscow 123995, Russia; Novinsky bld. 13, build 4, Moscow 121099, Russia; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 7704140399 (Russia); Government Gazette Number 01860331; Registration Number 1027700499903 (Russia) [IRAN-EO13902].

PROMTECHCOMPLEKT JSC (a.k.a. AO PROMTEKHKOMPLEKT; a.k.a. CLOSED JOINT STOCK COMPANY PROMTEHKOMPLEKT), 69 Km Mkad, Business Park Grinvud Str. 9, Putilkovo 143441, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032030550 (Russia); Registration Number 1035006458772 (Russia) [RUSSIA-EO14024].

PROMTECHNOLOGIA LLC (a.k.a. LIMITED LIABILITY COMPANY PROMTEKHNOLOGIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОМТЕХНОЛОГИЯ); a.k.a. LLC PROMTEKHNOLOGIYA (Cyrillic: ООО ПРОМТЕХНОЛОГИЯ); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU PROMTEKHNOLOGIYA; a.k.a. OOO PROMTEKHNOLOGIYA; a.k.a. "ORSIS"; a.k.a. "PROMTECHNOLOGIES"; a.k.a. "PROMTEHNOLOGYA"), 14 Podyomnaya St., Housing 8, Moscow 109052, Russia; 19 Smirnovskaya St., Moscow, Russia; Ul. Krzhizhanovskogo, D. 29, K. 2, Antresol 1, Pomeschenie IV, Komnata 1, Moscow 117218, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708696860 (Russia); Government Gazette Number 772701001 (Russia); Registration Number 1097746084908 (Russia) [RUSSIA-EO14024].

PROMYSHLENNAYA GRUPPA VEKPROM LIMITED LIABILITY COMPANY (a.k.a. PG VEKPROM LLC), Ul. Pravolineinaya D. 33, Office 310-315, Zhukovskiy 140181, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Jun 2011; Tax ID No. 5040108151 (Russia); Government Gazette Number 92660626 (Russia); Registration Number 1115040007378 (Russia) [RUSSIA-EO14024].

PRONIN, Kirill, Russia; DOB 14 Aug 1979; POB Kazan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

PRONYUSHKIN, Aleksandr Yuryevich (a.k.a. PRONYUSHKIN, Alexander Yuryevich (Cyrillic: ПРОНЮШКИН, Александр Юрьевич)), Russia; DOB 31 Jul 1987; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PRONYUSHKIN, Alexander Yuryevich (Cyrillic: ПРОНЮШКИН, Александр Юрьевич) (a.k.a. PRONYUSHKIN, Aleksandr Yuryevich), Russia; DOB 31 Jul 1987; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PROPAGANDA AND AGITATION DEPARTMENT (a.k.a. KOREAN WORKERS PARTY, PROPAGANDA AND AGITATION DEPARTMENT; a.k.a. PROPAGANDA AND AGITATION DEPARTMENT, WORKERS PARTY OF KOREA), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

PROPAGANDA AND AGITATION DEPARTMENT, WORKERS PARTY OF KOREA (a.k.a. KOREAN WORKERS PARTY, PROPAGANDA AND AGITATION DEPARTMENT; a.k.a. PROPAGANDA AND AGITATION DEPARTMENT), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

PROPER IN MANAGEMENT INC (a.k.a. PROPER IN MANAGEMENT INCORPORATED), 2, Gounari Street, Piraeus, Athens 185 31, Greece; 2 D Gounari Street, Piraeus, Greece; Identification Number IMO 5766343 [VENEZUELA-EO13850].

PROPER IN MANAGEMENT INCORPORATED (a.k.a. PROPER IN MANAGEMENT INC), 2, Gounari Street, Piraeus, Athens 185 31, Greece; 2 D Gounari Street, Piraeus, Greece; Identification Number IMO 5766343 [VENEZUELA-EO13850].

PROPERTY-VB OOD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2006; Government Gazette Number 120598193 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

PROPHANE, Victor (a.k.a. PROFANE, Victor; a.k.a. VICTOR, Prophane), 64 Pelerin 5, Petion-Ville, West, HT6142, Haiti; 3, Rue Marcelin, Tabarre 61, Tabarre, Ouiest, HT6125, Haiti; DOB 08 Feb 1969; POB Port-au-Prince, Haiti; nationality Haiti; citizen Haiti; Gender Male; Passport R10097145 (Haiti) expires 09 May 2031; National ID No. 0033760991 (Haiti) (individual) [GLOMAG].

PROPITIOUS FOREVER TRADING CO LTD, 7 Copperfield Road, West Midlands, Coventry CV2 4AQ, United Kingdom; Organization Established Date 15 Nov 2023; Identification Number IMO 6471215; Company Number 15286309 (United Kingdom); Registration

Number 14410280 (United Kingdom) [IRAN-EO13902].

PROST, Kimberly, The Hague, Netherlands; DOB 04 Jun 1958; POB Winnipeg, Canada; nationality Canada; Gender Female (individual) [ICC-EO14203].

PROTECTORS OF THE SALAFIST CALL (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PROTECTORS OF THE SALAFIST PREDICATION (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PROTEH CO LTD (a.k.a. PROTEKH; a.k.a. "PROTECH LLC"), Ul. Tarusskaya, D. 10, Office 207, Moscow 117588, Russia; Dor Mkad 38 KM, D. 4, Moscow 117574, Russia; Ul. Ivana Chernykh 31-33, Office 510, Aquamarine Business Center, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701748975 (Russia); Registration Number 1077761186381 (Russia) [RUSSIA-EO14024].

PROTEI ST LTD (a.k.a. LIMITED LIABILITY COMPANY PROTEY SPETSTEKHNIKA), Pr-kt Bolshoi Sampsonievskii D. 60, BTS Telekom, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802471913 (Russia); Registration Number 1097847159321 (Russia) [RUSSIA-EO14024].

PROTEKH (a.k.a. PROTEH CO LTD; a.k.a. "PROTECH LLC"), Ul. Tarusskaya, D. 10, Office 207, Moscow 117588, Russia; Dor Mkad 38 KM, D. 4, Moscow 117574, Russia; Ul. Ivana Chernykh 31-33, Office 510, Aquamarine Business Center, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701748975 (Russia); Registration Number 1077761186381 (Russia) [RUSSIA-EO14024].

PROTOGENE, Ruvugayimikore (a.k.a. MIDENDE, Zorro; a.k.a. RUHINDA, Gaby), Nyiragongo, North Kivu, Congo, Democratic Republic of the; DOB 1970; alt. DOB 1968 to 1969; POB Karandaryi Cell, Mwiyanike Sector, Karago Commune, Gisenyi Prefecture, Rwanda; alt. POB Nyabihu District, Western Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO] (Linked To: FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA).

PROTON PETROCHEMICALS SHIPPING LIMITED (a.k.a. PROTON SHIPPING CO; a.k.a. "PSC"), Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

PROTON SHIPPING CO (a.k.a. PROTON PETROCHEMICALS SHIPPING LIMITED; a.k.a. "PSC"), Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

PROTOPOVICH, Tatyana (a.k.a. PROTOPOVICH, Tayuana), Praspiekt Dziarzynsakaha, 82, Flat 227, Minsk 22089, Belarus; DOB 24 Mar 1996; nationality Belarus; Gender Female; Passport MP4133985 (Belarus); National ID No. 4240396A013PB6 (Belarus) (individual) [BELARUS-EO14038] (Linked To: CENTURONIC LTD).

PROTOPOVICH, Tayuana (a.k.a. PROTOPOVICH, Tatyana), Praspiekt Dziarzynsakaha, 82, Flat 227, Minsk 22089, Belarus; DOB 24 Mar 1996; nationality Belarus; Gender Female; Passport MP4133985 (Belarus); National ID No. 4240396A013PB6 (Belarus) (individual) [BELARUS-EO14038] (Linked To: CENTURONIC LTD).

PROVEEDORA DE SERVICIOS DE SALUD MENTAL DEL PACIFICO, S.A. DE C.V., Culiacan, Sinaloa, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Jul 2016; Organization Type: Other human health activities; Folio Mercantil No. 85692 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CONDE URAGA, Martha Emilia).

PROVENZA CENTER (a.k.a. GRUPO IMPERGOZA, S.A. DE C.V.; a.k.a. LA TIJERA PARQUE INDUSTRIAL), Av. Adolfo Lopez Mateos No. 5565, Col. Santa Anita, Tlajomulco de Zuniga, Jalisco C.P. 46645, Mexico; Av. Camino A La Tijera No. 806, Col. La Tijera, Tlajomulco de Zuniga, Jalisco C.P. 45645, Mexico; R.F.C. GIM-081015-SIA (Mexico) [SDNTK].

PROVENZA RESIDENCIAL (a.k.a. GRUPO CINJAB, S.A. DE C.V.), Av. Adolfo Lopez Mateos No. 5555, Col. Santa Anita, Tlajomulco de Zuniga, Jalisco C.P. 46645, Mexico; R.F.C. GCI-080604-891 (Mexico) [SDNTK].

PROYECTA INTERNA, S.A. DE C.V., Mazatlan, Sinaloa, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Jun 2019; Organization Type: Construction of buildings; Folio Mercantil No. N-2019051209 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: NUNEZ RIOS, Jose Raul).

PRUSAKOVA, Maria Nikolayevna (Cyrillic: ПРУСАКОВА, Мария Николаевна), Russia; DOB 04 Sep 1983; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the

Russian Federation (individual) [RUSSIA-EO14024].

PRUVIA LIMITED (a.k.a. GMI GLOBAL MANUFACTURING & INTEGRATION LTD; a.k.a. GMI GLOBAL MANUFACTURING AND INTEGRATION LTD), Afstralias 6, Limassol 3017, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Dec 2009; Registration Number C258701 (Cyprus) [RUSSIA-EO14024] (Linked To: VOLFOVICH, Alexander).

PSB AVIALIZING OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PSB AVIALIZING), d. 65A etazh 2, pom. 17-30, bulvar Gagarina Perm, Permski Kr. 614077, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Jul 2020; Tax ID No. 5906167110 (Russia); Government Gazette Number 44885614 (Russia); Registration Number 1205900018532 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

PSB AVTOFAKTORING (a.k.a. LIMITED LIABILITY COMPANY SAINT-PETERSBURG INTERNATIONAL BANKING CONFERENCE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ САНКТ-ПЕТЕРБУРГСКАЯ МЕЖДУНАРОДНАЯ БАНКОВСКАЯ КОНФЕРЕНЦИЯ); a.k.a. SAINT-PETERSBURG INTERNATIONAL BANKING CONFERENCE LLC), Ul. Smirnovskaya D. 10, Str. 8, Komnata 7, Moscow 109052, Russia; d. 42, Moskovskoe Shosse, Sergiev Posad, Moscow Oblast 141300, Russia (Cyrillic: д. 42, Московское Шоссе, Сергиев Посад, Московская Область 141300, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Dec 2010; Tax ID No. 5042116461 (Russia); Registration Number 1105042007806 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

PSB BIZNES OOO (Cyrillic: ООО ПСБ БИЗНЕС) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PSB BIZNES; a.k.a. OOO PSB BIZNES; a.k.a. OOO VENTURE FUND SME; a.k.a. SME VENTURE LLC; a.k.a. VENCHURNY FOND MSB OOO), d. 23 Str. 3 pom. II kom. 1K, 1L, 1M, 1N, 1O, 1P, ul. Lva Tolstogo, Moscow 119021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23

Sep 2013; Tax ID No. 5042129460 (Russia); Government Gazette Number 18098784 (Russia); Registration Number 1135042007539 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

PSB INNOVATIONS AND INVESTMENTS LIMITED LIABILITY COMPANY (a.k.a. "ITSBT LLC"; a.k.a. "ITSBT OOO"; a.k.a. "PSB I AND I LLC"; a.k.a. "PSB I&I LLC"; a.k.a. "PSB II OOO" (Cyrillic: "ООО ПСБ ИИ")), vn.ter.g. munitsipalny okrug Sokolniki, ul Strommnyka d. 18 str. 27, kom., Moscow 107076, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Aug 2015; Tax ID No. 7731290146 (Russia); Registration Number 115774762381 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

PSB LEASING LLC (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTSVENNOSTYU PSB LIZING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПСБ ЛИЗИНГ); a.k.a. PSB LIZING OOO (Cyrillic: ПСБ ЛИЗИНГ ООО)), Room 8, Building 22, ul Smirnovskaya 10, Moscow 109052, Russia (Cyrillic: Улица Смирновская, Дом 10, Комната 8, Строение 22, Город Москва 109052, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Jul 2006; Tax ID No. 7722581759 (Russia); Government Gazette Number 96441526 (Russia); Registration Number 1067746771784 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

PSB LIZING OOO (Cyrillic: ПСБ ЛИЗИНГ ООО) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTSVENNOSTYU PSB LIZING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПСБ ЛИЗИНГ); a.k.a. PSB LEASING LLC), Room 8, Building 22, ul Smirnovkaya 10, Moscow 109052, Russia (Cyrillic: Улица Смирновская, Дом 10, Комната 8, Строение 22, Город Москва 109052, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Jul 2006; Tax ID No. 7722581759 (Russia); Government Gazette Number 96441526 (Russia); Registration Number 1067746771784 (Russia) [RUSSIA-EO14024] (Linked To:

PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

PSB-FOREKS LLC (a.k.a. FUND FOR NON-BANKING TECHNOLOGIES LIMITED LIABILITY COMPANY; a.k.a. LIMITED LIABILITY COMPANY PSB-FOREKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПСБ-ФОРЕКС); a.k.a. PSB-FOREKS OOO; a.k.a. "FNBT LLC" (Cyrillic: "ООО ФНБТ")), D. 7, Str. 8, Pom. III Kom. N1 Etazh 2, Naberezhnaya Derbenevskaya, Moscow 115114, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jul 2016; Tax ID No. 7725323192 (Russia); Registration Number 1167746652193 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

PSB-FOREKS OOO (a.k.a. FUND FOR NON-BANKING TECHNOLOGIES LIMITED LIABILITY COMPANY; a.k.a. LIMITED LIABILITY COMPANY PSB-FOREKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПСБ-ФОРЕКС); a.k.a. PSB-FOREKS LLC; a.k.a. "FNBT LLC" (Cyrillic: "ООО ФНБТ")), D. 7, Str. 8, Pom. III Kom. N1 Etazh 2, Naberezhnaya Derbenevskaya, Moscow 115114, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jul 2016; Tax ID No. 7725323192 (Russia); Registration Number 1167746652193 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

PSHENICHNYY, Alexander Yurovich (Cyrillic: ПШЕНИЧНЫЙ, Александр Юрьевич), Russia; DOB 11 Sep 1982; POB USSR; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 763380800 (Russia) expires 05 Sep 2030 (individual) [SDGT] (Linked To: ANSARALLAH).

PSI DMCC (Arabic: يبي إس آي م.د.م.س), Unit No: AU-30-A, Gold Tower (AU), Plot No: JLT-PH1-I3A, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 Jun 2005; License DMCC-30214 (United Arab Emirates); Registration Number DMCC0432 (United Arab Emirates); Economic Register Number (CBLS) 11459277 (United Arab Emirates) [IRAN-EO13871]

(Linked To: KHOUZESTAN STEEL COMPANY).

PSK AVIASTROI (a.k.a. KAPO-AVTOTRANS OOO; a.k.a. LIMITED LIABILITY COMPANY KAPO-AVTOTRANS), ul Dementyeva d 2B, Kazan 420127, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1661022799 (Russia); Registration Number 1081690078700 (Russia) [RUSSIA-EO14024] (Linked To: TUPOLEV PUBLIC JOINT STOCK COMPANY).

PSKOVNEFTEPRODUKT OOO (a.k.a. LIMITED LIABILITY COMPANY MARKETING ASSOCIATION PSKOVNEFTEPRODUCT; a.k.a. LIMITED LIABILITY COMPANY PSKOVNEFTEPRODUCT), 4 Oktyabrsky Prospekt, Pskov 180000, Russia; Website http://www.pskovnefteprodukt.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1026000970049 (Russia); Tax ID No. 6027042337 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

PSV TECHNOLOGIES LLC (a.k.a. PSV TEKHNOLOGII OOO; a.k.a. "PSV-TECH"), ul. Malaya Semenovskaya d. 3A, str. 2, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Mar 2013; Tax ID No. 7718927027 (Russia); Registration Number 1137746264940 (Russia) [RUSSIA-EO14024].

PSV TEKHNOLOGII OOO (a.k.a. PSV TECHNOLOGIES LLC; a.k.a. "PSV-TECH"), ul. Malaya Semenovskaya d. 3A, str. 2, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Mar 2013; Tax ID No. 7718927027 (Russia); Registration Number 1137746264940 (Russia) [RUSSIA-EO14024].

PT. BINTANG SAMUDRA UTAMA, Jl. Let Jend. Suprapto No. 30 Komplek Ruko Cempaka Mas Blok B-28 Kel. Sumur Batu, Kec. Kemayoran Kota Administrasi, Jakarta Pusat 10630, Indonesia; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Tax ID No. 0018164418027000 (Indonesia); Identification Number IMO 5596048 [IRAN-EO13846].

PT. GIANIRA ADHINUSA SENATAMA, Meisterstadt Pollux Habibie Business Complex Blok D Nomor 03, Batam, Riau Islands, Indonesia; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Identification Number IMO 6505181; Business Registration Number 1340535 (Indonesia) [IRAN-EO13846].

PT. ORIENTAL COMMERCE GARDEN, Sahid Sudirman Center 11st Floor Suite A Jl. Jend. Sudirman No. 86, Kota Administrasi Jakarta Pusat, Jakarta, Java 10220, Indonesia; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Business Registration Number 1232981 (Indonesia) [IRAN-EO13846].

PTC GMBH (a.k.a. PRINTING TRADE CENTER GMBH), Konrad Duden Weg 3, 60437, Frankfurt am Main, Germany; Schubertstr. 1 a, 65760, Eschborn, Hessen, Germany; Website www.ptccenter.de; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID HRB58893 (Germany) [SDGT] [IRGC] [IFSR].

PTITSYN, Roman Viktorovich (Cyrillic: ПТИЦЫН, Роман Викторович), Russia; DOB 08 Sep 1975; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PU, Chiang (a.k.a. PO, Kong; a.k.a. "P'U LI"), c/o HONG PANG GEMS & JEWELLERY (HK) CO. LIMITED, Hong Kong, China; c/o TING SHING TAI JEWELLERY (HK)  CO. LIMITED, Hong Kong, China; c/o SHUEN WAI HOLDING LIMITED, Hong Kong, China; Flat B, 16/F, Dragon View, No. 5 Dragon Terrace, Hong Kong, China; Flat 6, 2/F, Block 49, Heng Fa Chuen, Chai Wan, Hong Kong, China; DOB 01 Sep 1944; Passport H90011666 (Hong Kong); National ID No. K357514(4) (Hong Kong) (individual) [SDNTK].

PUANGPETCH, Suvit (a.k.a. PHUANGPHET, Suwit; a.k.a. PUANGPETCH, Suwit), c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; DOB 28 Oct 1956; National ID No. 3570900170841 (Thailand) (individual) [SDNTK].

PUANGPETCH, Suwit (a.k.a. PHUANGPHET, Suwit; a.k.a. PUANGPETCH, Suvit), c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; DOB 28 Oct 1956; National ID No. 3570900170841 (Thailand) (individual) [SDNTK].

PUBLIC COMMERCIAL JOINT-STOCK BANK VERHNEVOLZHSKY (a.k.a. COMMERCIAL JOINT-STOCK BANK VERHNEVOLGSKY; a.k.a. OAO KB VERKHNEVOLZHSKIY; a.k.a. OJSC CB VERKHNEVOLZHSKY; a.k.a. OPEN JOINT STOCK COMPANY COMMERCIAL BANK VERKHNEVOLZHSKY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO KOMMERCHESKIY BANK VERKHNEVOLZHSKIY), Ulitsa Bratyev Orlovykh 1a, Rybinsk, Yaroslavskaya Oblast 152903, Russia; Ulitsa Suvorova 39A, Sevastopol, Crimea 299011, Ukraine; Pereulok Pionerskiy 5, Simferopol, Crimea 295011, Ukraine; SWIFT/BIC VECARU21; alt. SWIFT/BIC VVBKRU2Y; Website www.vvbank.ru; Email Address vbank@yaroslavl.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027600000185 (Russia) [UKRAINE-EO13685].

PUBLIC JOINT STOCK COMMERCIAL BANK DERZHAVA, 2 Bldg 9 Bolshoy Savvinskiy Lane, Moscow 119435, Russia; SWIFT/BIC DERZRUMM; Website www.derzhava.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7729003482 (Russia); Legal Entity Number 253400K8490BM0R69348; Registration Number 1027739120199 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY ALROSA (Cyrillic: АКЦИОНЕРНАЯ КОМПАНИЯ АЛРОСА ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (a.k.a. AK ALROSA PAO (Cyrillic: АК АЛРОСА ПАО); a.k.a. ALROSA GROUP; a.k.a. PJSC ALROSA), 24 Ozerkovskaya Naberezhnaya, Moscow 115184, Russia; 6 ulitsa Lenina, Mirny, Republic of Sakha (Yakutia) 678174, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link:

https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 1433000147 (Russia); Legal Entity Number 894500DKUWVBYZLLE651 (Russia); Registration Number 1021400967092 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY AMURSKY SHIPBUILDING PLANT (a.k.a. AMUR SHIPBUILDING PLANT; a.k.a. AMUR SHIPBUILDING PLANT PUBLIC COMPANY; a.k.a. JSC AMURSKY SUDOSTROITELNY ZAVOD (Cyrillic: ПАО АМУРСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. PJSC AMURSKY SUDOSTROITELNY FACTORY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO AMURSKIY SUDOSTROITELNYI ZAVOD; a.k.a. "PJSC ASZ"), 1 Alleya Truda St., Komsomolsk-On-Amur, Khabarovsk Region 681000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Dec 1992; Tax ID No. 2703000015 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PUBLIC JOINT STOCK COMPANY ARZAMASSKOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE TEMP-AVIA (f.k.a. OPEN JOINT STOCK COMPANY ARZAMASSKOYE OPYTNO KONSTRUKTORSKOYE BYURO TEMP; a.k.a. PJSC ARZAMAS RESEARCH AND PRODUCTION ENTERPRISE; a.k.a. TEMP-AVIA ARZAMAS RESEARCH & PRODUCTION ASSOCIATION JSC; a.k.a. TEMP-AVIA ARZAMAS RESEARCH AND PRODUCTION ASSOCIATION JSC; a.k.a. TEMP-AVIA PAO), 26, Kirova Street, Arzamas 607220, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1958; Tax ID No. 5243001887 (Russia); Registration Number 1025201335994 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

PUBLIC JOINT STOCK COMPANY ASTRA GROUP, Sh. Varshavskoe D. 26, Floor/Office T/31, Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726476459 (Russia); Registration Number 1217700192687 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY AVTODIZEL YAROSLAVL MOTOR PLANT (a.k.a. "YAMZ"), Prospekt Oktyabrya ZD. 75, Yaroslavl 150040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7601000640 (Russia); Registration Number 1027600510761 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY BANK ALEKSANDROVSKY (a.k.a. PUBLIC JOINT STOCK COMPANY BANK ALEXANDROVSKY; a.k.a. TEKHNOKHIMBANK), Zarorodniy Prospekt 46, korp 2, liter B, Saint Petersburg 19119, Russia; SWIFT/BIC ITEHRU2P; Website www.alexbank.ru; alt. Website www.abank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7831000080 (Russia); Legal Entity Number 253400D38E021531V531; Registration Number 1027800000194 (Russia); Global Intermediary Identification Number 9QJDEC.99999.SL.643 [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY BANK ALEXANDROVSKY (a.k.a. PUBLIC JOINT STOCK COMPANY BANK ALEKSANDROVSKY; a.k.a. TEKHNOKHIMBANK), Zarorodniy Prospekt 46, korp 2, liter B, Saint Petersburg 19119, Russia; SWIFT/BIC ITEHRU2P; Website www.alexbank.ru; alt. Website www.abank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7831000080 (Russia); Legal Entity Number 253400D38E021531V531; Registration Number 1027800000194 (Russia); Global Intermediary Identification Number 9QJDEC.99999.SL.643 [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БАНК ФИНАНСОВАЯ КОРПОРАЦИЯ ОТКРЫТИЕ) (a.k.a. OTKRITIE BANK; a.k.a. PAO BANK OTKRITIE FINANCIAL CORPORATION; a.k.a. PJSC BANK FK OTKRITIE (Cyrillic: ПАО БАНК ФК ОТКРЫТИЕ); a.k.a. PUBLIC JOINT STOCK COMPANY BANK OTKRITIE FINANCIAL CORPORATION), d. 2, str. 4, ul. Letnikovskaya, Moscow 115114, Russia; SWIFT/BIC JSNMRUMM; Website http://www.open.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Dec 1992; Tax ID No. 7706092528 (Russia); Registration Number 1027739019208 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY BANK OTKRITIE FINANCIAL CORPORATION (a.k.a. OTKRITIE BANK; a.k.a. PAO BANK OTKRITIE FINANCIAL CORPORATION; a.k.a. PJSC BANK FK OTKRITIE (Cyrillic: ПАО БАНК ФК ОТКРЫТИЕ); a.k.a. PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БАНК ФИНАНСОВАЯ КОРПОРАЦИЯ ОТКРЫТИЕ)), d. 2, str. 4, ul. Letnikovskaya, Moscow 115114, Russia; SWIFT/BIC JSNMRUMM; Website http://www.open.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Dec 1992; Tax ID No. 7706092528 (Russia); Registration Number 1027739019208 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY BANK SINARA, Kuibyshev Str., 75, Yekaterinburg 620026, Russia; SWIFT/BIC SKBERU4E; Website www.sinara.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 6608003052 (Russia); Legal Entity Number 253400WD8ULWSUGGXP64; Registration Number 1026600000460 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY BANK URALSIB (a.k.a. BANK URALSIB OAO; a.k.a. BANK URALSIB OJSC; a.k.a. BANK URALSIB PAO; a.k.a. BASHCREDITBANK; a.k.a. URALO-SIBIRSKIY BANK OAO; a.k.a. URAL-SIBERIAN BANK), 8 Efremova Street, Moscow 119048, Russia; SWIFT/BIC AVTBRUMM; Website https://www.uralsib.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 27 Jan 1993; Target Type Financial Institution; Tax ID No. 0274062111 (Russia); Legal Entity Number 253400HYBTF10T9XBR98; Registration Number 1020280000190 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY BYSTROBANK (a.k.a. IZHLADABANK; a.k.a. JOINT STOCK COMPANY BYSTROBANK), Pushkinskaya Street 268, Izhevsk 426008, Russia; SWIFT/BIC BYJSRU33; Website www.bystrobank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 1831002591 (Russia); Legal Entity Number 25340000QGMWTRG3X533; Registration Number 1021800001508 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY CENTER FOR CARGO CONTAINER TRAFFIC TRANSCONTAINER (a.k.a. PJSC TRANSCONTAINER), 19, Oruzheyniy Pereulok, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708591995 (Russia); Registration Number 1067746341024 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY CHELYABINSK FORGE AND PRESS PLANT (a.k.a. CHKPZ; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO CHELYABINSKIY KUZNECHNO PRESSOVIY ZAVOD), Gorelova Street, Chelyabinsk 454012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449006184 (Russia); Registration Number 1027402696023 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY CHELYABINSKIY MASHINOSTROITELNYY ZAVOD AVTOMOBILNYKH PRITSEPOV URALAVTOPRITSEP, 5, Ulica Hlebozavodskaya, Chelyabinsk 454038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7450003445 (Russia); Registration Number 1027402815362 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY FINSTAR BANK (a.k.a. PJSC BANK SIAB; a.k.a. PUBLIC JOINT STOCK COMPANY SAINT PETERSBURG INDUSTRIAL JOINT STOCK BANK), Ul Chernigovskaya, pom., 8a, 1N, St. Petersburg 196084, Russia; SWIFT/BIC SAOARU2P; Website www.siab.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 2465037737 (Russia); Legal Entity Number 253400WE18BBLQFEX189; Registration Number 1022400003944 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY FOR THE PRODUCTION OF REFRACTORIES KOMBINAT MAGNEZIT (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ПО ПРОИЗВОДСТВУ ОГНЕУПОРОВ КОМБИНАТ МАГНЕЗИТ) (a.k.a. MAGNEZIT PLANT; a.k.a. PJSC MAGNEZIT COMBINE), Ul. Solnechnaya 34, Satka 456910, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7417001747 (Russia); Registration Number 1027401062325 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY GAZPROM NEFT (a.k.a. GAZPROM NEFT JOINT STOCK COMPANY; a.k.a. GAZPROM NEFT PAO; a.k.a. GAZPROM NEFT PJSC; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO GAZPROM NEFT), 5, Let. A, Galernaya, Saint Petersburg 190000, Russia; d. 3-5 litera A Ch. Pom. 1N kab. 2401, ul. Pochtamtskaya, St. Petersburg 190000, Russia; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 5504036333 (Russia); Government Gazette Number 42045241 (Russia); Registration Number 1025501701686 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY HALS-DEVELOPMENT (a.k.a. AKTSIONERNOE OBSHCHESTVO SG-DEVELOPMENT; f.k.a. GALS-DEVELOPMENT PAO; f.k.a. HAS-DEVELOPMENT JSC; f.k.a. JOINT STOCK COMPANY HALS-DEVELOPMENT; f.k.a. PUBLIC JOINT STOCK COMPANY SG-DEVELOPMENT; a.k.a. SG-DEVELOPMENT, AO), d. 35 str. 1 Etazh 5, Pomeshch. I, Kom. 129, Prospekt Leningradski, Moscow 125284, Russia; Website www.hals-development.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jan 1994; Organization Type: Real estate activities on a fee or contract basis; Registration ID 1027739002510 (Russia); Tax ID No. 7706032060 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

PUBLIC JOINT STOCK COMPANY IMPERATORSKY TULSKY ORUZHEINY ZAVOD (a.k.a. PUBLIC JOINT STOCK COMPANY IMPERIAL TULA ARMS PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO IMPERATORSKIY TULSKIY ORUZHEINIY ZAVOD), 1A, Sovetskaya St., Tula 300002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7107003303 (Russia); Registration Number 1027100507147 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY IMPERIAL TULA ARMS PLANT (a.k.a. PUBLIC JOINT STOCK COMPANY IMPERATORSKY TULSKY ORUZHEINY ZAVOD; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO IMPERATORSKIY TULSKIY ORUZHEINIY ZAVOD), 1A, Sovetskaya St., Tula 300002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7107003303 (Russia); Registration Number 1027100507147 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY INSURANCE COMPANY ROSGOSSTRAKH (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СТРАХОВАЯ КОМПАНИЯ РОСГОССТРАХ) (a.k.a. IC ROSGOSSTRAKH PJSC; a.k.a. PJSC IC ROSGOSSTRAKH (Cyrillic: ПАО СК РОСГОССТРАХ); a.k.a. ROSGOSSTRAKH INSURANCE COMPANY GROUP), dom 3, ulitsa Parkovaya, Lyubertsy, Moscow Oblast

140002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707067683 (Russia); Registration Number 1027739049689 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

PUBLIC JOINT STOCK COMPANY INTEGRAL (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ИНТЕГРАЛ) (a.k.a. AAT INTEHRAL - KIRUIUCHAIA KAMPANIIA KHOLDYNGU INTEHRAL (Cyrillic: ААТ ІНТЭГРАЛ - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ ІНТЭГРАЛ); a.k.a. INTEGRAL-UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA INTEGRAL, OAO; a.k.a. OAO INTEGRAL - MANAGEMENT HOLDING COMPANY INTEGRAL (Cyrillic: ОАО ИНТЕГРАЛ - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА ИНТЕГРАЛ); a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO INTEGRAL), I.P., d.121A, kom. 327, ul. Kazintsa g., Minsk, Belarus; Registration Number 100386629 (Belarus) [BELARUS-EO14038].

PUBLIC JOINT STOCK COMPANY INVESTTRADEBANK (a.k.a. INVESTTRADEBANK JSC (Cyrillic: ИНВЕСТТОРГБАНК АО); a.k.a. JOINT STOCK COMMERCIAL BANK INVESTMENT TRADE BANK; a.k.a. JOINT STOCK COMPANY INVESTTRADEBANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ИНВЕСТТОРГБАНК); f.k.a. OJSC INVESTTRADEBANK; f.k.a. PJSC INVESTTRADEBANK), 45 Dubininskaya Str, Moscow 115054, Russia (Cyrillic: УЛ. ДУБИНИНСКАЯ, Д.45, ГОРОД МОСКВА 115054, Russia); SWIFT/BIC JSCVRUM2; Website itb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1994; Target Type Financial Institution; Tax ID No. 7717002773 (Russia); Registration Number 1027739543182 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK).

PUBLIC JOINT STOCK COMPANY IZHNEFTEMASH (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ИЖНЕФТЕМАШ) (a.k.a. IZHNEFTEMASH PAO), 2 Ordzhonikidze Street, Izhevsk 426063, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

1835012826 (Russia); Registration Number 1021801650804 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY KAMENSK URALSKIY METALLURGICHESKIY ZAVOD (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КАМЕНСК УРАЛЬСКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД) (a.k.a. KAMENSK URALSKY METALLURGICAL WORKS JOINT STOCK COMPANY; a.k.a. "PJSC KUMZ" (Cyrillic: "ПАО КУМЗ")), ul. Zavodskaya 5, Kamensk-Uralski 623405, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6665002150 (Russia); Registration Number 1026600930707 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY KB VOSTOCHNY (a.k.a. PJSC KB VOSTOCHNY; a.k.a. VOSTOCHNY COMMERCIAL BANK PJSC), Blagoveshchensk, St. Innokentiy Lane 1, Amur 675004, Russia; SWIFT/BIC DALVRU8X; Website vostobank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2801015394 (Russia); Registration Number 1022800000112 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

PUBLIC JOINT STOCK COMPANY KIROV PLANT MAYAK (a.k.a. KIROVSKI ZAVOD MAYAK PAO; a.k.a. MAYAK PLANT OF KIROV PJSC; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO KIROVSKII ZAVOD MAIAK), 67 Molodoi Gvardii, Kirov 610000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4345000947 (Russia); Registration Number 1024301308371 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY KORSHUNOV MINING PLANT (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КОРШУНОВСКИЙ ГОРНО ОБОГАТИТЕЛЬНЫЙ КОМБИНАТ) (a.k.a. PAO KORSHUNOVSKI GOK; a.k.a. PJSC KORSHUNOVSKIY GORNO OBOGATITELNYY KOMBINAT), d. 9A/1 ul. Ivashchenko, Zheleznogorsk Ilimski 665651, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3834002314 (Russia); Registration Number 1023802658714 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY KRASNOYE SORMOVO SHIPYARD (a.k.a. KRASNOYE SORMOVO SHIPYARD; a.k.a. PJSC FACTORY KRASNOYE SORMOVO (Cyrillic: ПАО ЗАВОД КРАСНОЕ СОРМОВО); a.k.a.

PUBLIC JOINT STOCK COMPANY ZAVOD KRASNOYE SORMOVO), 1 Barrikad St., Nizhnynovgorod 603950, Russia; St. Barricade, 1, Nizhny Novgorod, Nizhny Novgorod Region 603003, Russia; Website WWW.KRSORMOVO.NNOV.RU; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 May 1994; Tax ID No. 5263006629 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PUBLIC JOINT STOCK COMPANY MAGNITOGORSK METALLURGICAL COMBINE (a.k.a. MAGNITOGORSK IRON & STEEL WORKS; a.k.a. MAGNITOGORSK IRON AND STEEL WORKS PJSC; a.k.a. OPEN JOINT STOCK COMPANY MAGNITOGORSK IRON & STEEL WORKS; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МАГНИТОГОРСКИЙ МЕТАЛЛУРГИЧЕСКИЙ КОМБИНАТ); a.k.a. "MMK PAO"; a.k.a. "PJSC MMK" (Cyrillic: "ПАО ММК")), 93 Kirov Street, Magnitogorsk 455000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1932; Tax ID No. 7414003633 (Russia); Government Gazette Number 00186424 (Russia); Legal Entity Number 253400XSJ4C01YMCXG44 (Russia); Registration Number 1027402166835 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY METKOMBANK, ul. Oktyabrskaya 36, Kamensk-Uralskiy 623406, Russia; SWIFT/BIC MTKCRUMM; Website www.metcom.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 6612010782 (Russia); Legal Entity Number 253400D6K5L2K3M4R485; Registration Number 1026600000195 (Russia); Global Intermediary Identification Number 9LG9H8.99999.SL.643 [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY MODERN COMMERCIAL FLEET (a.k.a. JOINT STOCK COMPANY SOVCOMFLOT; a.k.a. JSC SOVCOMFLOT; a.k.a. PAO SOVCOMFLOT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SOVREMENNYY KOMMERCHESKIY FLOT; a.k.a. "SCF"; a.k.a. "SCF GROUP"), Ul. Gasheka D. 6, Moscow

125047, Russia; Nab. Reki Moiki d.3, Lit. A, Saint Petersburg 191186, Russia; Building 3, Letter A, Moyka River Embankment, Saint Petersburg 191186, Russia; Website sovcomflot.ru; alt. Website www.scf-group.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7702060116 (Russia); Legal Entity Number 253400DYLWR5A6YAWJ69; Registration Number 1027739028712 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY MOSCOW EXCHANGE MICEX RTS (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МОСКОВСКАЯ БИРЖА ММВБ-РТС) (a.k.a. MOSCOW EXCHANGE; a.k.a. "MOEX"), 13, Bolshoy Kislovsky Lane, Moscow 125009, Russia; Website www.moex.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1992; Target Type Financial Institution; Tax ID No. 7702077840 (Russia); Identification Number XNBBND.00005.ME.643 (Russia); Legal Entity Number 253400M5M1222KPNWE87; Registration Number 1027739387411 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK (a.k.a. JOINT STOCK COMMERCIAL BANK MOSCOW INDUSTRIAL BANK; a.k.a. JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK; a.k.a. JSC MOSCOW INDUSTRIAL BANK (Cyrillic: АО МОСКОВСКИИ ИНДУСТРИАЛЬНЫИ БАНК);

a.k.a. MOSCOW INDUSTRIAL BANK PJSCB; f.k.a. MOSKOVSKI INDUSTRIALNY BANK PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; a.k.a. MOSKOVSKIJ INDUSTRIALNYJ BANK PJSCB; a.k.a. MOSKOVSKY INDUSTRIALNY BANK), Ordzhonikidze Street 5, Moscow 115419, Russia; SWIFT/BIC MINNRUMM; BIK (RU) 044525600; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Nov 1990; Target Type Financial Institution; Tax ID No. 7725039953 (Russia); Government Gazette Number 09317135 (Russia); Legal Entity Number 2534006SJ05GGKETEY75 (Russia); Registration Number 1027739179160 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY MOSCOW REGIONAL BANK (a.k.a. AKB MOSOBLBANK OAO; a.k.a. AKTSIONERNY KOMMERCHESKI BANK MOSKOVSKI OBLASTNOI BANK OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. PAO MOSOBLBANK), Ulitsa Semenovskaya B, D. 32, Str. 1, Moscow 107023, Russia; SWIFT/BIC MOBKRUMM; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: SMP BANK).

PUBLIC JOINT STOCK COMPANY MOSTOTREST (a.k.a. MOSTOTREST; a.k.a. MOSTOTREST, PAO; a.k.a. OPEN JOINT STOCK COMPANY 'MOSTOTREST'; a.k.a. PJSC MOSTOTREST), 6 Barklaya str., bld. 5, Moscow 121087, Russia; d. 6 str. 5, ul. Barklaya, Moscow 121087, Russia; Website www.mostro.ru; Email Address pressa@mostro.ru; MICEX Code MSTT; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027739167246 (Russia); Tax ID No. 7701045732 (Russia); Identification Number ISIN: RU0009177331; Government Gazette Number 01386148 (Russia) [UKRAINE-EO13685].

PUBLIC JOINT STOCK COMPANY MTS BANK (f.k.a. MOSCOW BANK FOR RECONSTRUCTION AND DEVELOPMENT; f.k.a. OPEN JOINT STOCK COMPANY MTS BANK; a.k.a. PJSC MTS BANK), PR-KT Andropova D. 18, K. 1, Moscow 115432, Russia; Abu Dhabi, United Arab Emirates; SWIFT/BIC MBRDRUMM; Website www.mtsbank.ru; Secondary sanctions risk:

See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 29 Jan 1993; Target Type Financial Institution; Tax ID No. 7702045051 (Russia); Legal Entity Number 2534005803A5MMD61T78; Registration Number 1027739053704 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY NADEZHDINSKIY METALLURGICHESKIY ZAVOD (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НАДЕЖДИНСКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД) (a.k.a. PJSC NADEZHDINSKI METALLURGICAL PLANT), 6 Ulitsa Aglomeratchikov, Serov 624992, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6632004667 (Russia); Registration Number 1026601814799 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY NATIONAL BANK TRUST (a.k.a. NATIONAL BANK TRUST), Mozhaysky Val Str., 8, Moscow 121148, Russia; SWIFT/BIC NBTRRUMM; Website www.trust.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7831001567 (Russia); Legal Entity Number 253400QR501VVARKW142; Registration Number 1027800000480 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY PERM RESEARCH AND PRODUCTION INSTRUMENT MAKING COMPANY (a.k.a. JOINT STOCK COMPANY PERM SCIENTIFIC INDUSTRIAL INSTRUMENT MAKING COMPANY; a.k.a. OJSC PERM SCIENTIFIC AND PRODUCTION INSTRUMENT AND CONSTRUCTION COMPANY; a.k.a. PAO PNPPK; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO PERMSKAIA NAUCHNO PROIZVODSTVENNAIA PRIBOROSTROITELNAIA KOMPANIIA), 25th of October Street, Number 106, Perm 614990, Russia; 7 Obraztsova ul., Str. 5, Moscow, Russia; 2A Arkhitekturnaia (Sosnovyi Mkr.) ul., Arzamas, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5904000395 (Russia); Registration Number 1025900906349 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY PIK SPECIALIZED HOMEBUILDER (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ПИК СПЕЦИАЛИЗИРОВАННЫЙ ЗАСТРОЙЩИК) (a.k.a. "PJSC PIK SHB"), 19 Barrikadnaya Street, Building 1, Moscow 123242, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7713011336 (Russia); Registration Number 1027739137084 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY PIPE METALLURGICAL COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРУБНАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ) (a.k.a. PUBLIC JOINT STOCK COMPANY TRUBNAYA METALLURGICHESKAYA KOMPANIYA; a.k.a. "PAO TMK" (Cyrillic: "ПАО ТМК"); a.k.a. "PJSC TMK"), 40 Pokrovka Street, Building 2A, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7710373095 (Russia); Registration Number 1027739217758 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY POLYUS (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ПОЛЮС), Ulitsa Krasina, Dom 3, Stroenie 1, Kabinet 801, Moscow 123056, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Mar 2006; Organization Type: Mining of other non-ferrous metal ores; Registration ID 1068400002990 (Russia); Tax ID No. 7703389295 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY PRIBOY (a.k.a. PRIBOY PJSC), V.O. 11-ya Liniya D. 66,, Saint Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801012120 (Russia); Registration Number 1027800516281 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY PROLETARSKY ZAVOD (a.k.a. PJSC PROLETARSKY FACTORY (Cyrillic: ПАО ПРОЛЕТАРСКИЙ ЗАВОД); a.k.a. PJSC PROLETARSKY ZAVOD; a.k.a. PROLETARSKIY PLANT; a.k.a.

PROLETARSKY ZAVOD; a.k.a. PUBLIC JOINT-STOCK COMPANY PROLETARSKY FACTORY), 3, Dudko St., St. Petersburg 192029, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Dec 1992; Tax ID No. 7811039386 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PUBLIC JOINT STOCK COMPANY RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE ISTOK IMENI A. I.SHOKINA; a.k.a. AO NPP ISTOK IM. SHOKINA; a.k.a. ISTOK RESEARCH AND PRODUCTION CORPORATION NAMED AFTER SHOKIN JSC; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. JSC RPC ISTOK NAMED AFTER SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER A.I. SHOKIN; a.k.a. RESEARCH AND PRODUCTION CORPORATION ISTOK), 2A Vokzalnaya Str., Fryazino, Moscow Region 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Dec 2013; Tax ID No. 5050108496 (Russia); Registration Number 1135050007400 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE ISTOK IMENI A. I.SHOKINA; a.k.a. AO NPP ISTOK IM. SHOKINA; a.k.a. ISTOK RESEARCH AND PRODUCTION CORPORATION NAMED AFTER SHOKIN JSC; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. JSC RPC ISTOK NAMED AFTER SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER A.I.

SHOKIN; a.k.a. RESEARCH AND PRODUCTION CORPORATION ISTOK), 2A Vokzalnaya Str., Fryazino, Moscow Region 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Dec 2013; Tax ID No. 5050108496 (Russia); Registration Number 1135050007400 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY ROSBANK (f.k.a. AKB ROSBANK OAO; f.k.a. AKB ROSBANK PAO; f.k.a. COMMERCIAL BANK NEZAVISIMOST; f.k.a. JOINT STOCK COMMERCIAL BANK ROSBANK; a.k.a. ROSBANK PJSC), 34 Mashy Poryvaevoy Street, Moscow 107078, Russia; PO Box 208, Moscow 107078, Russia; SWIFT/BIC RSBNRUMM; Website https://www.rosbank.ru/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 02 Mar 1993; Equity Ticker ROSB; ISIN RU000A0HHK26; Target Type Financial Institution; Tax ID No. 7730060164 (Russia); Legal Entity Number HOXMZG026UQNRK6J0C60; Registration Number 1027739460737 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY RUSOLOVO (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО РУСОЛОВО), d. 6 str. 7 pom. III kom. 47 etazh. 3, prospect Leninski, Moscow 119049, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706774915 (Russia); Registration Number 1127746391596 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY SAINT PETERSBURG EXCHANGE (a.k.a. PUBLIC JOINT STOCK COMPANY SPB EXCHANGE; a.k.a. SPB EXCHANGE; a.k.a. "PJSC SPB EXCHANGE"), Ul. Dolgorukovskaya D. 38, Korp. 1, Moscow 127006, Russia; SWIFT/BIC XPETRU21; Website spbexchange.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 21 Jan 2009; Target Type Financial Institution; Tax ID No. 7801268965 (Russia); Government Gazette Number 45573578 (Russia); Legal Entity Number 253400T8G8SXRUHTL526;

Registration Number 1097800000440 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY SAINT PETERSBURG INDUSTRIAL JOINT STOCK BANK (a.k.a. PJSC BANK SIAB; a.k.a. PUBLIC JOINT STOCK COMPANY FINSTAR BANK), Ul Chernigovskaya, pom., 8a, 1N, St. Petersburg 196084, Russia; SWIFT/BIC SAOARU2P; Website www.siab.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 2465037737 (Russia); Legal Entity Number 253400WE18BBLQFEX189; Registration Number 1022400003944 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО САХАЛИНСКОЕ МОРСКОЕ ПАРОХОДСТВО) (f.k.a. OAO SAKHMP; a.k.a. PJSC SASCO), d. 18A pom. 7, ul. Pobedy, Kholmsk 694620, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6509000854 (Russia); Registration Number 1026501017828 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY SAMARANEFTEGEOFIZIKA (a.k.a. SAMARANEFTEGEOFIZIKA OAO (Cyrillic: САМАРАНЕФТЕГЕОФИЗИКА ОАО)), Ulitsa Sportivnaya, 21, Samara, Samara Oblast 443030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Jun 1994; Organization Type: Support activities for petroleum and natural gas extraction; Tax ID No. 6315230513 (Russia); Registration Number 1026300962093 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY SARANSK INSTRUMENT WORKS (a.k.a. AKTSIONERNOE OBSHCHESTVO SARANSKII PRIBOROSTROITELNYI ZAVOD; a.k.a. "AO SPZ"; a.k.a. "PJSC SIW"; a.k.a. "SPZ PJSC"), 9 ul. Vasenko, Saransk 430030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1325003052 (Russia); Registration Number 1021301063464 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY SARATOV OIL REFINERY (a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SARATOVSKIY NEFTEPERERABATYVAYUSCHYI ZAVOD; a.k.a. SARATOVSKY REFINERY PJSC), 1 Bryanskaya Street, Saratov 410022, Russia; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Tax ID No. 6451114900 (Russia); Registration Number 1026402483810 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY SAROVBUSINESSBANK (f.k.a. JOINT STOCK COMMERCIAL BANK SAROVBUSINESSBANK; a.k.a. JOINT STOCK COMPANY SAROVBUSINESSBANK; a.k.a. JSC SAROVBUSINESSBANK), ul Silkina 13, Sarov, Nizhegorodskaya Oblast 607189, Russia; SWIFT/BIC SARORU2S; Website http://www.sbbank.ru; BIK (RU) 042202718; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

PUBLIC JOINT STOCK COMPANY SASTA, Ul. Pushkina D.21, Sasovo 391434, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6232000019 (Russia); Registration Number 1026201399608 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕРБАНК РОССИИ) (f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN FEDERATION; f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN SOVIET FEDERATIVE SOCIALIST REPUBLIC; f.k.a. OJSC SBERBANK OF RUSSIA; f.k.a. OPEN JOINT STOCK COMPANY SBERBANK OF RUSSIA; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK ROSSII; a.k.a. PJSC SBERBANK (Cyrillic: ПАО СБЕРБАНК); f.k.a. SBERBANK OF RSFSR; a.k.a. SBERBANK OF RUSSIA; a.k.a. SBERBANK ROSSII; f.k.a. SBERBANK ROSSII OAO; a.k.a. "SBERBANK INDIA"; a.k.a. "SBERBANK MUMBAI"), 19 ul. Vavilova, Moscow 117312, Russia (Cyrillic: ул. Вавилова, д. 19, Москва 117312, Russia); C305/306A Lufthansa Centre 50 Liangmaqiao Rd., Chaoyang District, Beijing 100027, China; upper ground floor and fourth floor, Birla Tower, 25-Barakhamba Road, New Delhi 110001, India; 81-B, 8th Floor, 5th North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra East, Mumbai, Maharashtra 400051, India; SWIFT/BIC SABRRUMM; Website www.sberbank.ru; alt. Website www.sberbank.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7707083893 (Russia); Registration Number 1027700132195 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION ALMAZ NAMED AFTER ACADEMICIAN A.A. RASPLETIN (a.k.a. ALMAZ SCIENTIFIC PRODUCTION ASSOCIATION; a.k.a. JSC NPO ALMAZ NAMED AFTER A.A. RASPLETIN; a.k.a. PJSC NPO ALMAZ; a.k.a. PUBLICHNOE AKTCIONERNOE OBSHESTVO NAUCHNO-PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA), 80 Leningradsky prospect, building 16, Moscow 125190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1947; Tax ID No. 7712040285 (Russia); Registration Number 1027700118984 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION STRELA (a.k.a. PAO NAUCHNO PROIZVODSTVENNOE OBEDINENIE STRELA; a.k.a. PJSC RESEARCH AND PRODUCTION ASSOCIATION STRELA; a.k.a. PJSC SPA STRELA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE

STRELA; a.k.a. "NPO STRELA"; a.k.a. "PAO NPO STRELA"; a.k.a. "SPA STRELA"), 6 Maxim Gorky Street, Tula 300002, Russia; 2 Arsenalnaya Street, Tula 300002, Russia; 6 M. Gorkogo ul., Tula 300002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7103028233 (Russia); Registration Number 1027100517256 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE IMPULSE (a.k.a. IMPULS RESEARCH AND DEVELOPMENT ENTERPRISE; a.k.a. PAO NPP IMPULSE; a.k.a. PJSC RESEARCH AND PRODUCTION ASSOCIATION IMPULSE; a.k.a. PUBLICHNOE AKTCIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE IMPULS), 102 Mira Avenue, Moscow 129626, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Jun 1994; Target Type State-Owned Enterprise; Tax ID No. 7717022177 (Russia); Registration Number 1027700206511 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY SELIGDAR (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СЕЛИГДАР), Ul. 26 Piket, D. 12, Aldan 678900, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1402047184 (Russia); Registration Number 1071402000438 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY SEVERSTAL (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СЕВЕРСТАЛЬ) (a.k.a. PAO SEVERSTAL (Cyrillic: ПАО СЕВЕРСТАЛЬ)), 30 Mira Street, Cherepovets, Vologda Region 162608, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 3528000597 (Russia); Registration Number 1023501236901 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: MORDASHOV, Alexey Aleksandrovich).

PUBLIC JOINT STOCK COMPANY SG-DEVELOPMENT (a.k.a. AKTSIONERNOE OBSHCHESTVO SG-DEVELOPMENT; f.k.a. GALS-DEVELOPMENT PAO; f.k.a. HAS-DEVELOPMENT JSC; f.k.a. JOINT STOCK COMPANY HALS-DEVELOPMENT; f.k.a. PUBLIC JOINT STOCK COMPANY HALS-DEVELOPMENT; a.k.a. SG-DEVELOPMENT,

AO), d. 35 str. 1 Etazh 5, Pomeshch. I, Kom. 129, Prospekt Leningradski, Moscow 125284, Russia; Website www.hals-development.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jan 1994; Organization Type: Real estate activities on a fee or contract basis; Registration ID 1027739002510 (Russia); Tax ID No. 7706032060 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

PUBLIC JOINT STOCK COMPANY SHIPBUILDING PLANT SEVERNAYA VERF (a.k.a. JOINT STOCK COMPANY SHIPBUILDING PLANT SEVERNAYA VERF; a.k.a. PJSC SUDOSTROITELNY FACTORY SEVERNAYA VERF (Cyrillic: ПАО СУДОСТРОИТЕЛЬНЫЙ ЗАВОД СЕВЕРНАЯ ВЕРФЬ); a.k.a. SEVERNAYA SHIPYARD; a.k.a. SEVERNAYA VERF SHIPBUILDING PLANT), Korabelnaya Str., 6, St. Petersburg 198096, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Apr 1994; Tax ID No. 7805034277 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PUBLIC JOINT STOCK COMPANY SOLLERS (a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SOLLERS; a.k.a. SOLLERS PUBLIC JOINT STOCK COMPANY), Moscow International Business Centre, Northern Tower, 10, Testovskaya Street, Moscow 123317, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2002; Tax ID No. 3528079131 (Russia); Government Gazette Number 57126933 (Russia); Registration Number 1023501244524 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY SPB BANK (a.k.a. ALOR BANK), 38 Dolgorukovskaya str., bld. 1, Moscow 127006, Russia; SWIFT/BIC RTSBRUMM; Website www.spbbank.com;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Tax ID No. 7831000034 (Russia); Registration Number 1037700041323 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY SPB EXCHANGE (a.k.a. PUBLIC JOINT STOCK COMPANY SAINT PETERSBURG EXCHANGE; a.k.a. SPB EXCHANGE; a.k.a. "PJSC SPB EXCHANGE"), Ul. Dolgorukovskaya D. 38, Korp. 1, Moscow 127006, Russia; SWIFT/BIC XPETRU21; Website spbexchange.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 21 Jan 2009; Target Type Financial Institution; Tax ID No. 7801268965 (Russia); Government Gazette Number 45573578 (Russia); Legal Entity Number 253400T8G8SXRUHTL526; Registration Number 1097800000440 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY STATE TRANSPORT LEASING COMPANY (a.k.a. AKTSIONERNOYE OBSHCHESTVO GOSUDARSTVENNAYA TRANSPORTNAYA LIZINGOVAYA KOMPANIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГОСУДАРСТВЕННАЯ ТРАНСПОРТНАЯ ЛИЗИНГОВАЯ КОМПАНИЯ); a.k.a. GTLK AO (Cyrillic: АО ГТЛК); a.k.a. JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY; a.k.a. JSC GTLK; a.k.a. PJSC GTLK; a.k.a. PJSC STLC), 31A Leningradsky prospekt, Bldg 1, Moscow 125284, Russia; ul. Respubliki, D. 73, Kom. 100, Salekhard, Yamalo-Nenets Autonomous Region 629008, Russia (Cyrillic: ул. Республики, д. 73, ком. 100, г. Салехард, Ямало-Ненецкий Автономный Округ 629008, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7720261827 (Russia); Government Gazette Number 57992197 (Russia); Registration Number 1027739407189 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY STOCK COMMERCIAL BANK METALLURGICAL INVESTMENT BANK (a.k.a. AKB METALLINVESTBANK; f.k.a. OPEN JOINT STOCK COMPANY STOCK COMMERCIAL BANK METALLURGICAL INVESTMENT BANK; a.k.a. PJSC SCB METALLINVESTBANK), Ul. Bolshaya Polyanka D. 47, Str. 1, Moscow 119180, Russia; SWIFT/BIC SCBMRUMM; Website www.metallinvestbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Aug 1993; Target Type Financial Institution; Tax ID No. 7709138570 (Russia); Legal Entity Number 25340027612MR0DNQ406; Registration Number 1027700218666 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА) (a.k.a. BERIEV AIRCRAFT COMPANY; a.k.a. PJSC TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПАО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА); a.k.a. PJSC TASTC N.A. G. M. BERIEV; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TAGANROGSKI AVIATSIONNY NAUCHNO TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA; f.k.a. TAGANROGSKI AVIATSIONNY NAUCHNO-TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA PAO; a.k.a. TANTK IM.G.M. BERIEVA PAO), d. 1, pl. Aviatorov, Taganrog, Rostovskaya Oblast 347923, Russia (Cyrillic: д.1, пл. Авиаторов, Таганрог, Ростовская область 347923, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Jul 1994; Target Type State-Owned Enterprise; Tax ID No. 6154028021 (Russia); Registration Number 1026102571065 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСКАПИТАЛБАНК) (a.k.a. JOINT STOCK BANK TRANSCAPITALBANK; a.k.a. JOINT STOCK COMMERCIAL BANK TRANSCAPITALBANK CLOSED JOINT STOCK COMPANY; f.k.a. OPEN JOINT

STOCK BANK TRANSCAPITALBANK; a.k.a. PJSC TRANSKAPITALBANK; a.k.a. TKB BANK PJSC (Cyrillic: ТКБ БАНК ПАО); a.k.a. TRANSCAPITALBANK PJSC; a.k.a. TRANSKAPITALBANK; a.k.a. "TKB PJSC"), 27/35, Voroncovskaya Ul., Moscow 109147, Russia; Bldg. 1, 24/2, Pokrovka str., Moscow 105062, Russia; SWIFT/BIC TJSCRUMM; Website www.tkbbank.ru; alt. Website tkbbank.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1992; Target Type Financial Institution; Tax ID No. 7709129705 (Russia); Registration Number 1027739186970 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY TRUBNAYA METALLURGICHESKAYA KOMPANIYA (a.k.a. PUBLIC JOINT STOCK COMPANY PIPE METALLURGICAL COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРУБНАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ); a.k.a. "PAO TMK" (Cyrillic: "ПАО ТМК"); a.k.a. "PJSC TMK"), 40 Pokrovka Street, Building 2A, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7710373095 (Russia); Registration Number 1027739217758 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY TUTAEV MOTOR PLANT (a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TUTAEVSKI MOTORNY ZAVOD; a.k.a. TUTAEVSKI MOTORNY ZAVOD OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. "TMZ PAO"), 1, Builders Street, Tutayev 152 300, Russia; d. 1, ul. Stroitelei Tutaev, Tutaevski Raion, Yaroslavskaya Obl. 152303, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Nov 2002; Tax ID No. 7611000399 (Russia); Government Gazette Number 00233218 (Russia); Registration Number 1027601272082 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

PUBLIC JOINT STOCK COMPANY TYAZHPRESSMASH CONSULTING (a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TYAZHPRESSMASH; a.k.a.

TYAZHPRESSMASH OAO; a.k.a. TYAZHPRESSMASH OJSC; f.k.a. TYAZHPRESSMASH OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. TYAZHPRESSMASH RAO; a.k.a. TYAZHPRESSMASH PUBLIC JOINT STOCK COMPANY), D. 5, ul Promyshlennaya Ryazan, Ryazan Region 390042, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Dec 1992; Tax ID No. 6229009163 (Russia); Government Gazette Number 6229009163 (Russia); Registration Number 1026201074657 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY UGOLNAYA KOMPANIYA YUZHNYI KUZBASS (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО УГОЛЬНАЯ КОМПАНИЯ ЮЖНЫЙ КУЗБАСС) (a.k.a. PAO YUZHNYI KUZBASS), d. 6 ul. Yunosti, Mezhdurechensk 652877, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4214000608 (Russia); Registration Number 1024201388661 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY UNITED AIRCRAFT CORPORATION (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ОБЪЕДИНЕННАЯ АВИАСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ) (a.k.a. MIG; f.k.a. OJSC UAC (Cyrillic: ОАО ОАК); f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. PJSC UAC (Cyrillic: ПАО ОАК); a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. SUKHOI; a.k.a. UNITED AIRCRAFT CORPORATION), ul. Bolshaya Pioneerskaya, d. 1, Moscow 115054, Russia (Cyrillic: ул. Большая Пионерская, д. 1, город Москва 115054, Russia); Str.1, 22, Ulanskyi Pereulok, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2006; Target Type State-Owned Enterprise; Tax ID No. 7708619320 (Russia); Registration Number 1067759884598 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY URAL BANK FOR RECONSTRUCTION AND DEVELOPMENT (a.k.a. PJSC KB UBRIR; a.k.a. PJSC UBRD; a.k.a. UBRIR PAO; a.k.a.

URAL BANK FOR RECONSTRUCTION AND DEVELOPMENT), d. 67, ul. Sakko i Vantsetti, Yekaterinburg, Sverdlovsk Oblast 620014, Russia; SWIFT/BIC UBRDRU4E; Website www.ubrr.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Sep 1990 to 30 Sep 1990; Tax ID No. 6608008004 (Russia); Registration Number 1026600000350 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY UZHURALZOLOTO GROUP OF COMPANIES (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЮЖУРАЛЗОЛОТО ГРУППА КОМПАНИЙ) (a.k.a. "PJSC UGC" (Cyrillic: "ПАО ЮГК")), ter. Shakhta Tsentralnaya, Plast 457020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7424024375 (Russia); Registration Number 1077424000686 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY VYBORG SHIPYARD (a.k.a. PJSC VYBORGSKY SUDOSTROITELNY FACTORY (Cyrillic: ПАО ВЫБОРГСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. PUBLIC JOINT-STOCK COMPANY VYBORGSKY SHIPBUILDING PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO VYBORGSKIY SUDOSTROITELNYI ZAVOD; a.k.a. VYBORG SHIPYARD PJSC), 2b Primorskoye Highway, Vyborg, Vyborgsky District, Leningrad Region 188800, Russia; Website www.vyborgshipyard.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Jul 1997; Tax ID No. 4704012874 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PUBLIC JOINT STOCK COMPANY VYMPEL INTERSTATE CORPORATION (a.k.a. JSC MAC VYMPEL; a.k.a. VYMPEL INTERSTATE COMMERCIAL CORPORATION; a.k.a. VYMPEL MAK PAO DEFENSE CORPORATION; a.k.a. "VIMPEL"), 10, BLD. 1 Geroyev Panfilovtsev, Moscow 125480, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Sep 1992; Tax ID No. 7714041693 (Russia); Registration Number 1027700341855 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY YAKOVLEV (a.k.a. IRKUT CORP PJSC; a.k.a. IRKUT CORPORATION JOINT STOCK COMPANY; a.k.a. KORPORATSIYA IRKUT PAO; a.k.a. NP KORPORATSIYA IRKUT PAO; f.k.a. OAO SCIENTIFIC PRODUCTION CORPORATION IRKUT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNAYA IRKUT), 68, Leningradsky Prospekt, Moscow 125315, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 3807002509 (Russia); Registration Number 1023801428111 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY YAKUTSK FUEL AND ENERGY COMPANY (a.k.a. PUBLIC JOINT STOCK COMPANY YAKUTSKAYA TOPLIVNO ENERGETICHESKAYA KOMPANIYA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЯКУТСКАЯ ТОПЛИВНО ЭНЕРГЕТИЧЕСКАЯ КОМПАНИЯ); a.k.a. "PAO YATEK"; a.k.a. "YATEC"), D. 4, Ul. Lenina, Pos Kysyl-Syr 678214, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1435032049 (Russia); Registration Number 1021401062187 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY YAKUTSKAYA TOPLIVNO ENERGETICHESKAYA KOMPANIYA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЯКУТСКАЯ ТОПЛИВНО ЭНЕРГЕТИЧЕСКАЯ КОМПАНИЯ) (a.k.a. PUBLIC JOINT STOCK COMPANY YAKUTSK FUEL AND ENERGY COMPANY; a.k.a. "PAO YATEK"; a.k.a. "YATEC"), D. 4, Ul. Lenina, Pos Kysyl-Syr 678214, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1435032049 (Russia); Registration Number 1021401062187 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY ZAVOD KRASNOYE SORMOVO (a.k.a. KRASNOYE SORMOVO SHIPYARD; a.k.a. PJSC FACTORY KRASNOYE SORMOVO (Cyrillic: ПАО ЗАВОД КРАСНОЕ СОРМОВО); a.k.a. PUBLIC JOINT STOCK COMPANY KRASNOYE SORMOVO SHIPYARD), 1 Barrikad St., Nizhnynovgorod 603950, Russia; St. Barricade, 1, Nizhny Novgorod, Nizhny Novgorod Region 603003, Russia; Website WWW.KRSORMOVO.NNOV.RU; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 May 1994; Tax ID No. 5263006629 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PUBLIC JOINT STOCK COMPANY ZAVOD TULA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЗАВОД ТУЛА) (a.k.a. PJSC ZAVOD TULA; a.k.a. ZAVOD TULA PAO), 28 F. Smirnov Street, Tula, Tula Region 300041, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Jan 1993; Tax ID No. 7104002862 (Russia); Registration Number 1027100592210 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY ZVEZDA (a.k.a. PAO ZVEZDA (Cyrillic: ПАО ЗВЕЗДА); a.k.a. PJSC ZVEZDA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO ZVEZDA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЗВЕЗДА)), 123 Babushkina Street, St. Petersburg 192012, Russia; Website www.zvezda.spb.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7811038760 (Russia); Registration Number 1037825005085 (Russia) [UKRAINE-EO13662].

PUBLIC JOINT STOCK SOCIAL COMMERCIAL BANK OF PRIMORYE PRIMSOTSBANK, Partizansky Avenue 44, Vladivostok 690106, Russia; SWIFT/BIC PRMTRU8V; Website www.pskb.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 2539013067 (Russia); Legal Entity Number 253400URAPVQ3J1HQG33; Registration Number 1022500001061 (Russia); Global Intermediary Identification Number 3U6UFF.99999.SL.643 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT-STOCK COMPANY BANK VVB (f.k.a. COMMERCIAL JOINT-STOCK INCORPORATION BANK YAROSLAVICH; f.k.a. KOMMERCHESKI BANK YAROSLAVICH, PAO; a.k.a. PJSC BANK VVB; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO BANK VVB; a.k.a. PUBLICHNOYE JOINT-STOCK COMPANY BANK VVB; a.k.a. VVB, PAO), 3A ul., 4-ya Bastionnaya, Sevastopol, Crimea 299011, Ukraine; Voronina, 10, Sevastopol, Crimea 299011, Ukraine; 39A Ul. Suvorova, Sevastopol, Crimea, Ukraine; 5 Per. Pionerskiy, Simferopol, Crimea, Ukraine; SWIFT/BIC YARORU21; BIK (RU) 046711106; alt. BIK (RU) 043510133; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

PUBLIC JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK' (a.k.a. BANK SPUTNIK; a.k.a. BANK SPUTNIK CJSC; a.k.a. CB SPUTNIK; a.k.a. CB SPUTNIK PJSC; a.k.a. COMMERCIAL BANK SPUTNIK PUBLIC JOINT-STOCK COMPANY; f.k.a. OPEN JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK'), Agibalov St. 48, Office 70, Samara, Samarskaya, Oblast 443041, Russia; SWIFT/BIC CSPJRU33; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 1071 (Russia) [NPWMD].

PUBLIC JOINT-STOCK COMPANY ODK-KUZNETSOV (a.k.a. KUZNETSOV ODK; a.k.a. KUZNETSOV PAO; a.k.a. KUZNETSOV PUBLIC JOINT-STOCK COMPANY (Cyrillic: ПАО ОДК-КУЗНЕЦОВ); a.k.a. ODK-KUZNETSOV; a.k.a. PJSC ODK-KUZNETSOV), 29 Zavodskoye Highway, Samara, Samara Region 443052, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6319033379 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE (a.k.a. ODK-UMPO ENGINE BUILDING ASSOCIATION; a.k.a. ODK-UMPO ENGINE BUILDING ENTERPRISE; a.k.a. PAO ODK-UFIMSKOE MOTOROSTROITELNOE PROIZVODSTVENNOE OBEDINENIE (Cyrillic: ПАО ОДК-УФИМСКОЕ МОТОРОСТРОИТЕЛЬНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ); a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE MOTOROSTROITELNOYE PRODUCTION ASSOCIATION; a.k.a. UFA ENGINE BUILDING MANUFACTURING COMPANY; a.k.a. UFA ENGINE-MANUFACTURING COMPANY; a.k.a. UFIMSKOYE MOTOROSTROITELNOYE PROIZVODSTVENNOYE OBYEDINENIYE; a.k.a. UNITED ENGINE MANUFACTURING CORPORATION-UFA ENGINE BUILDING PRODUCTION ASSOCIATION PUBLIC JOINT STOCK CORPORATION; a.k.a. "ODK-UMPO"; a.k.a. "ODK-UMPO PAO"; a.k.a. "PJSC ODK-UMPO"), 2 Ferina St., UFA, Republic of Bashkortostan 450039, Russia; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Tax ID No. 0273008320 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE MOTOROSTROITELNOYE PRODUCTION ASSOCIATION (a.k.a. ODK-UMPO ENGINE BUILDING ASSOCIATION; a.k.a. ODK-UMPO ENGINE BUILDING ENTERPRISE; a.k.a. PAO ODK-UFIMSKOE MOTOROSTROITELNOE PROIZVODSTVENNOE OBEDINENIE (Cyrillic: ПАО ОДК-УФИМСКОЕ МОТОРОСТРОИТЕЛЬНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ); a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE; a.k.a. UFA ENGINE BUILDING MANUFACTURING COMPANY; a.k.a. UFA ENGINE-MANUFACTURING COMPANY; a.k.a. UFIMSKOYE MOTOROSTROITELNOYE PROIZVODSTVENNOYE OBYEDINENIYE; a.k.a. UNITED ENGINE MANUFACTURING CORPORATION-UFA ENGINE BUILDING PRODUCTION ASSOCIATION PUBLIC JOINT STOCK CORPORATION; a.k.a. "ODK-UMPO"; a.k.a. "ODK-UMPO PAO"; a.k.a. "PJSC ODK-UMPO"), 2 Ferina St., UFA, Republic of Bashkortostan 450039, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0273008320 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT-STOCK COMPANY OIL COMPANY LUKOIL (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НЕФТЯНАЯ КОМПАНИЯ ЛУКОЙЛ) (a.k.a. LUKOIL (Cyrillic: ЛУКОЙЛ); a.k.a. LUKOIL OAO; a.k.a. LUKOIL OIL COMPANY; a.k.a. NEFTYANAYA KOMPANIYA LUKOIL OOO; a.k.a. NK LUKOIL OAO), 11 Sretenski boulevard, Moscow 101000, Russia; Website www.lukoil.ru; Email Address info@lukoil.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1027700035769 (Russia); Tax ID No. 7708004767 (Russia); Government Gazette Number 00044434 (Russia); Legal Entity Number 549300LCJ1UJXHYBWI24; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLIC JOINT-STOCK COMPANY PROLETARSKY FACTORY (a.k.a. PJSC PROLETARSKY FACTORY (Cyrillic: ПАО ПРОЛЕТАРСКИЙ ЗАВОД); a.k.a. PJSC PROLETARSKY ZAVOD; a.k.a. PROLETARSKIY PLANT; a.k.a. PROLETARSKY ZAVOD; a.k.a. PUBLIC JOINT STOCK COMPANY PROLETARSKY ZAVOD), 3, Dudko St., St. Petersburg 192029, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Dec 1992; Tax ID No. 7811039386 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PUBLIC JOINT-STOCK COMPANY VYBORGSKY SHIPBUILDING PLANT (a.k.a. PJSC VYBORGSKY SUDOSTROITELNY FACTORY (Cyrillic: ПАО ВЫБОРГСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. PUBLIC JOINT STOCK COMPANY VYBORG SHIPYARD; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO VYBORGSKIY SUDOSTROITELNYI ZAVOD; a.k.a. VYBORG SHIPYARD PJSC), 2b Primorskoye Highway, Vyborg, Vyborgsky District, Leningrad Region 188800, Russia; Website www.vyborgshipyard.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Jul 1997; Tax ID No. 4704012874 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PUBLIC LEGAL COMPANY MILITARY CONSTRUCTION COMPANY (Cyrillic: ПУБЛИЧНО ПРАВОВАЯ КОМПАНИЯ ВОЕННО СТРОИТЕЛЬНЬАЯ КОМПАНИЯ) (a.k.a. MILITARY CONSTRUCTION COMPLEX OF THE MINISTRY OF DEFENSE (Cyrillic: ВОЕННО СТРОИТЕЛЬНЫЙ КОМПЛЕКС МИНИСТЕРСТВА ОБОРОНЫ)), 19 Znamenka St., Building 4, Office 402, Moscow 119160, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9704016606 (Russia); Registration Number 1207700151427 (Russia) [RUSSIA-EO14024].

PUBLIC LIMITED COMPANY SCIENTIFIC RESEARCH INSTITUTE FOR OPTOELECTRONIC INSTRUMENT ENGINEERING (a.k.a. SCIENTIFIC RESEARCH INSTITUTE FOR OPTOELECTRONIC INSTRUMENT ENGINEERING; a.k.a. "AO NII OEP"), Ul. Leningradskaya D. 29, Lit. T, Sosnovyy Bor

188540, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4725481940 (Russia); Registration Number 1124725000894 (Russia) [RUSSIA-EO14024].

PUBLIC SECURITY DEPARTMENT OF THE AUTONOMOUS REGION (a.k.a. PUBLIC SECURITY DEPARTMENT OF XINJIANG UYGAR AUTONOMOUS REGION; a.k.a. PUBLIC SECURITY DEPARTMENT OF XUAR; a.k.a. XINJIANG BUREAU OF PUBLIC SECURITY; a.k.a. XINJIANG PUBLIC SECURITY BUREAU (Chinese Simplified: 新疆公安局)), Xinjiang, China [GLOMAG].

PUBLIC SECURITY DEPARTMENT OF XINJIANG UYGAR AUTONOMOUS REGION (a.k.a. PUBLIC SECURITY DEPARTMENT OF THE AUTONOMOUS REGION; a.k.a. PUBLIC SECURITY DEPARTMENT OF XUAR; a.k.a. XINJIANG BUREAU OF PUBLIC SECURITY; a.k.a. XINJIANG PUBLIC SECURITY BUREAU (Chinese Simplified: 新疆公安局)), Xinjiang, China [GLOMAG].

PUBLIC SECURITY DEPARTMENT OF XUAR (a.k.a. PUBLIC SECURITY DEPARTMENT OF THE AUTONOMOUS REGION; a.k.a. PUBLIC SECURITY DEPARTMENT OF XINJIANG UYGAR AUTONOMOUS REGION; a.k.a. XINJIANG BUREAU OF PUBLIC SECURITY; a.k.a. XINJIANG PUBLIC SECURITY BUREAU (Chinese Simplified: 新疆公安局)), Xinjiang, China [GLOMAG].

PUBLICHNE AKTSIONERNE TOVARYSTVO DOCHIRNII BANK SBERBANKU ROSII (a.k.a. AKTSIONERNE TOVARYSTVO SBERBANK; a.k.a. JOINT STOCK COMPANY SBERBANK; a.k.a. JSC SBERBANK; a.k.a. JSC SBERBANK OF RUSSIA; f.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PRIVATE JOINT STOCK COMPANY; a.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PUBLIC JOINT STOCK COMPANY; a.k.a. SUBSIDIARY BANK SBERBANK OF RUSSIA PUBLIC JOINT STOCK COMPANY), 46 Volodymyrska street, Kyiv 01601, Ukraine; 46 Vladimirskaya St, Kyiv 01601, Ukraine; SWIFT/BIC SABRUAUK; Website www.sberbank.ua; alt. Website sbrf.com.ua; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link:

https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 25959784 (Ukraine); Tax ID No. 259597826652 (Ukraine); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

PUBLICHNOE AKTCIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE IMPULS (a.k.a. IMPULS RESEARCH AND DEVELOPMENT ENTERPRISE; a.k.a. PAO NPP IMPULSE; a.k.a. PJSC RESEARCH AND PRODUCTION ASSOCIATION IMPULSE; a.k.a. PUBLIC JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE IMPULSE), 102 Mira Avenue, Moscow 129626, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Jun 1994; Target Type State-Owned Enterprise; Tax ID No. 7717022177 (Russia); Registration Number 1027700206511 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTCIONERNOE OBSHESTVO NAUCHNO-PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA (a.k.a. ALMAZ SCIENTIFIC PRODUCTION ASSOCIATION; a.k.a. JSC NPO ALMAZ NAMED AFTER A.A. RASPLETIN; a.k.a. PJSC NPO ALMAZ; a.k.a. PUBLIC JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION ALMAZ NAMED AFTER ACADEMICIAN A.A. RASPLETIN), 80 Leningradsky prospect, building 16, Moscow 125190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1947; Tax ID No. 7712040285 (Russia); Registration Number 1027700118984 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO AKTSIONERNAYA FINANSOVAYA SISTEMA (a.k.a. SISTEMA PUBLIC JOINT STOCK FINANCIAL CORPORATION), 10, Leontievskiy Pereulok, Moscow 125009, Russia; 13/1 Mokhovaya St, Moscow 125009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary

sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7703104630 (Russia); Identification Number V65SV5.99999.SL.643 (Russia); Legal Entity Number 213800JSZ2UUK4QQK694; Registration Number 1027700003891 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO AMURSKIY SUDOSTROITELNYI ZAVOD (a.k.a. AMUR SHIPBUILDING PLANT; a.k.a. AMUR SHIPBUILDING PLANT PUBLIC COMPANY; a.k.a. JSC AMURSKY SUDOSTROITELNY ZAVOD (Cyrillic: ПАО АМУРСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. PJSC AMURSKY SUDOSTROITELNY FACTORY; a.k.a. PUBLIC JOINT STOCK COMPANY AMURSKY SHIPBUILDING PLANT; a.k.a. "PJSC ASZ"), 1 Alleya Truda St., Komsomolsk-On-Amur, Khabarovsk Region 681000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Dec 1992; Tax ID No. 2703000015 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PUBLICHNOE AKTSIONERNOE OBSCHESTVO ARZAMASSKIY MASHINOSTROITELNYI ZAVOD (a.k.a. JOINT STOCK COMPANY ARZAMAS MACHINE BUILDING PLANT; a.k.a. JOINT STOCK COMPANY ARZAMAS MACHINERY PLANT; a.k.a. "AO AMZ"), 2 May 9 St., Arzamas 607220, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5243001767 (Russia); Registration Number 1025201335730 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO AVIATSIONNYI KOMPLEKS IM S. V ILYUSHINA (a.k.a. JSC ILYUSHIN AVIATION COMPLEX; a.k.a. OAO ILYUSHIN AVIATION COMPLEX; a.k.a. OJSC ILYUSHIN AVIATION COMPLEX; a.k.a. OPEN JOINT STOCK COMPANY ILYUSHIN AVIATION COMPLEX; a.k.a. "OJSC IL"), 45G Leningradsky Avenue, Moscow 125190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; ISIN RU0007796926; Tax ID No. 7714027882 (Russia); Registration Number 1027739118659 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO CHELYABINSKIY KUZNECHNO PRESSOVIY ZAVOD (a.k.a. CHKPZ; a.k.a. PUBLIC JOINT STOCK COMPANY CHELYABINSK FORGE

AND PRESS PLANT), Gorelova Street, Chelyabinsk 454012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449006184 (Russia); Registration Number 1027402696023 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO CITY (f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO CITY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SITI; a.k.a. "CITY PUBLIC JOINT STOCK COMPANY"; a.k.a. "MANAGEMENT COMPANY MOSCOW CITY"; a.k.a. "SITI PAO"), 9 Nab Frunzenskaya, Moscow 119146, Russia; d. 6 str. 2 etazh 2 Pomesch.I kom. 33, 34, Naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 May 1992; Tax ID No. 7704026946 (Russia); Government Gazette Number 17434671 (Russia); Registration Number 1027700068440 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO ELECTROVIPRYAMITEL (a.k.a. JSC ELECTROVIPRYAMITEL; f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO ELECTROVIPRYAMITEL), 126, Proletarskaya Str, Saransk 430001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1325013893 (Russia); Registration Number 1021301064950 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO GAZPROM AVTOMATIZATSIYA (a.k.a. GAZAVTOMATIKA; a.k.a. JOINT STOCK COMPANY GAZPROM AVTOMATIZATSIYA; a.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO GAZPROM AVTOMATIZATSIYA), 25, Savvinskaya Naberezhnaya, Moscow 119435, Russia; d. 3 pom. VI kom. 21, ul. Kirpichnye Vyemki Moscow, Moscow 117405, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Aug 1993; Tax ID No. 7704028125 (Russia); Government Gazette Number 00159093 (Russia); Registration Number 1027700055360 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO IMPERATORSKIY TULSKIY ORUZHEINIY ZAVOD (a.k.a. PUBLIC JOINT STOCK COMPANY IMPERATORSKY TULSKY ORUZHEINY ZAVOD; a.k.a. PUBLIC JOINT STOCK COMPANY IMPERIAL TULA ARMS

PLANT), 1A, Sovetskaya St., Tula 300002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7107003303 (Russia); Registration Number 1027100507147 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO KRIOGENNOGO MASHINOSTROENIYA (a.k.a. CRYOGENMASH; a.k.a. CRYOGENMASH JOINT STOCK COMPANY; a.k.a. KRIOGENMASH OAO; f.k.a. OPEN JOINT STOCK COMPANY CRYOGENMASH; a.k.a. OPEN JOINT-STOCK COMPANY KRIOGENNOGO MASHINOSTROYENIA), 67, Lenin Avenue, Balashikha, Moscow Region 143907, Russia; 36 Lenina Prospekt, Balashikha G. 143907, Russia; Website www.cryogenmash.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Oct 1945; Registration ID 1025000513878 (Russia); Tax ID No. 5001000066 (Russia); Government Gazette Number 05747985 (Russia); For more information on directives, please visit the following link: https://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMBANK JOINT STOCK COMPANY).

PUBLICHNOE AKTSIONERNOE OBSCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МАГНИТОГОРСКИЙ МЕТАЛЛУРГИЧЕСКИЙ КОМБИНАТ) (a.k.a. MAGNITOGORSK IRON & STEEL WORKS; a.k.a. MAGNITOGORSK IRON AND STEEL WORKS PJSC; a.k.a. OPEN JOINT STOCK COMPANY MAGNITOGORSK IRON & STEEL WORKS; a.k.a. PUBLIC JOINT STOCK COMPANY MAGNITOGORSK METALLURGICAL COMBINE; a.k.a. "MMK PAO"; a.k.a. "PJSC MMK" (Cyrillic: "ПАО ММК")), 93 Kirov Street, Magnitogorsk 455000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1932; Tax ID No. 7414003633 (Russia); Government Gazette Number 00186424 (Russia); Legal Entity Number 253400XSJ4C01YMCXG44 (Russia); Registration Number 1027402166835 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO MIKRON (a.k.a. JOINT STOCK COMPANY MIKRON; a.k.a. MIKRON JSC; f.k.a. NII MOLEKULYARNOI ELEKTRONIKI I ZAVOD MIKRON PAO; f.k.a. NIIME AND MIKRON; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NII MOLEKULYARNOY ELECKTRONIKI I ZAVOD MIKRON; a.k.a. PJSC MIKRON), 1st Zapadny Proezd 12/1, Zelenograd 124460, Russia; d. 6 str. 1, ul. Akademika Valieva, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 13 Jan 1994; Tax ID No. 7735007358 (Russia); Government Gazette Number 07589295 (Russia); Registration Number 1027700073466 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO NAUCHNO-PROIZVODSTVENNAYA IRKUT (a.k.a. IRKUT CORP PJSC; a.k.a. IRKUT CORPORATION JOINT STOCK COMPANY; a.k.a. KORPORATSIYA IRKUT PAO; a.k.a. NP KORPORATSIYA IRKUT PAO; f.k.a. OAO SCIENTIFIC PRODUCTION CORPORATION IRKUT; a.k.a. PUBLIC JOINT STOCK COMPANY YAKOVLEV), 68, Leningradsky Prospekt, Moscow 125315, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 3807002509 (Russia); Registration Number 1023801428111 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA (a.k.a. MIG; f.k.a. OJSC UAC (Cyrillic: ОАО ОАК); f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. PJSC UAC (Cyrillic: ПАО ОАК); a.k.a. PUBLIC JOINT STOCK COMPANY UNITED AIRCRAFT CORPORATION (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ОБЪЕДИНЕННАЯ АВИАСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. SUKHOI; a.k.a. UNITED AIRCRAFT CORPORATION), ul. Bolshaya Pioneerskaya, d. 1, Moscow 115054, Russia (Cyrillic: ул. Большая Пионерская, д. 1, город Москва 115054, Russia); Str.1, 22,

Ulanskyi Pereulok, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2006; Target Type State-Owned Enterprise; Tax ID No. 7708619320 (Russia); Registration Number 1067759884598 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO SARATOVSKIY NEFTEPERERABATYVAYUSCHYI ZAVOD (a.k.a. PUBLIC JOINT STOCK COMPANY SARATOV OIL REFINERY; a.k.a. SARATOVSKY REFINERY PJSC), 1 Bryanskaya Street, Saratov 410022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6451114900 (Russia); Registration Number 1026402483810 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO SITI (f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO CITY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO CITY; a.k.a. "CITY PUBLIC JOINT STOCK COMPANY"; a.k.a. "MANAGEMENT COMPANY MOSCOW CITY"; a.k.a. "SITI PAO"), 9 Nab Frunzenskaya, Moscow 119146, Russia; d. 6 str. 2 etazh 2 Pomesch.I kom. 33, 34, Naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 May 1992; Tax ID No. 7704026946 (Russia); Government Gazette Number 17434671 (Russia); Registration Number 1027700068440 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO SOLLERS (a.k.a. PUBLIC JOINT STOCK COMPANY SOLLERS; a.k.a. SOLLERS PUBLIC JOINT STOCK COMPANY), Moscow International Business Centre, Northern Tower, 10, Testovskaya Street, Moscow 123317, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2002; Tax ID No. 3528079131 (Russia); Government Gazette Number 57126933 (Russia); Registration Number 1023501244524 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO SOVREMENNYY KOMMERCHESKIY FLOT (a.k.a. JOINT STOCK COMPANY SOVCOMFLOT; a.k.a. JSC SOVCOMFLOT; a.k.a. PAO SOVCOMFLOT; a.k.a. PUBLIC JOINT STOCK COMPANY MODERN COMMERCIAL FLEET; a.k.a. "SCF"; a.k.a. "SCF GROUP"), Ul. Gasheka D. 6, Moscow 125047, Russia; Nab. Reki Moiki d.3, Lit. A, Saint Petersburg 191186, Russia; Building 3, Letter A, Moyka River Embankment, Saint Petersburg 191186, Russia; Website sovcomflot.ru; alt. Website www.scf-group.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7702060116 (Russia); Legal Entity Number 253400DYLWR5A6YAWJ69; Registration Number 1027739028712 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO SURGUTNEFTEGAS (a.k.a. OPEN JOINT STOCK COMPANY SURGUTNEFTEGAS; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SURGUTNEFTEGAZ; a.k.a. PAO SURGUTNEFTEGAS; a.k.a. SURGUTNEFTEGAS; a.k.a. SURGUTNEFTEGAS PJSC; a.k.a. SURGUTNEFTEGAS PUBLIC JOINT STOCK COMPANY; a.k.a. SURGUTNEFTEGAZ OAO), ul. Grigoriya Kukuyevitskogo, 1, bld. 1, Khanty-Mansiysky Autonomous Okrug - Yugra, the city of Surgut, Tyumenskaya Oblast 628415, Russia; korp. 1 1 Grigoriya Kukuevitskogo ul., Surgut, Tyumenskaya oblast 628404, Russia; Street Kukuevitskogo 1, Surgut, Tyumen Region 628415, Russia; Website www.surgutneftegas.ru; Email Address secretary@surgutneftegas.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO TUPOLEV (f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO TUPOLEV; a.k.a. TUPOLEV JSC; a.k.a. TUPOLEV PAO; a.k.a. TUPOLEV PUBLIC JOINT STOCK COMPANY), 17, Naberezhnaya Akademika Tupoleva, Moscow 105005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7705313252 (Russia); Registration Number 1027739263056 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO UDMURTNEFT IMENI VI KUDINOVA, 182, Red Army Street, Udmurtia, Izhevsk 426057, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1831034040 (Russia); Registration Number 1021801147774 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO VYBORGSKIY SUDOSTROITELNYI ZAVOD (a.k.a. PJSC VYBORGSKY SUDOSTROITELNY FACTORY (Cyrillic: ПАО ВЫБОРГСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. PUBLIC JOINT STOCK COMPANY VYBORG SHIPYARD; a.k.a. PUBLIC JOINT-STOCK COMPANY VYBORGSKY SHIPBUILDING PLANT; a.k.a. VYBORG SHIPYARD PJSC), 2b Primorskoye Highway, Vyborg, Vyborgsky District, Leningrad Region 188800, Russia; Website www.vyborgshipyard.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Jul 1997; Tax ID No. 4704012874 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO BANK VVB (f.k.a. COMMERCIAL JOINT-STOCK INCORPORATION BANK YAROSLAVICH; f.k.a. KOMMERCHESKI BANK YAROSLAVICH, PAO; a.k.a. PJSC BANK VVB; a.k.a. PUBLIC JOINT-STOCK COMPANY BANK VVB; a.k.a.

PUBLICHNOYE JOINT-STOCK COMPANY BANK VVB; a.k.a. VVB, PAO), 3A ul., 4-ya Bastionnaya, Sevastopol, Crimea 299011, Ukraine; Voronina, 10, Sevastopol, Crimea 299011, Ukraine; 39A Ul. Suvorova, Sevastopol, Crimea, Ukraine; 5 Per. Pionerskiy, Simferopol, Crimea, Ukraine; SWIFT/BIC YARORU21; BIK (RU) 046711106; alt. BIK (RU) 043510133; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO GAZPROM NEFT (a.k.a. GAZPROM NEFT JOINT STOCK COMPANY; a.k.a. GAZPROM NEFT PAO; a.k.a. GAZPROM NEFT PJSC; a.k.a. PUBLIC JOINT STOCK COMPANY GAZPROM NEFT), 5, Let. A, Galernaya, Saint Petersburg 190000, Russia; d. 3-5 litera A Ch. Pom. 1N kab. 2401, ul. Pochtamtskaya, St. Petersburg 190000, Russia; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 5504036333 (Russia); Government Gazette Number 42045241 (Russia); Registration Number 1025501701686 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO KIROVSKI ZAVOD (f.k.a. KIROVSKI ZAVOD OAO; a.k.a. KIROVSKI ZAVOD PAO; a.k.a. KIROVSKII ZAVOD; a.k.a. KIROVSKY ZAVOD GROUP; a.k.a. KIROVSKY ZAVOD PUBLIC JOINT STOCK COMPANY), PR-KT Stachek D. 47, Saint Petersburg 198097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Nov 1992; Tax ID No. 7805019279 (Russia); Government Gazette Number 07519047 (Russia); Registration Number 1027802712365 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO KIROVSKII ZAVOD MAIAK (a.k.a. KIROVSKI ZAVOD MAYAK PAO; a.k.a. MAYAK PLANT OF KIROV PJSC; a.k.a. PUBLIC JOINT STOCK COMPANY KIROV PLANT MAYAK), 67 Molodoi Gvardii, Kirov 610000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4345000947 (Russia); Registration Number 1024301308371 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO KOMMERCHESKI BANK RUSSKI REGIONALNY BANK (a.k.a. RUSREGIONBANK JSC), d. 1 str. 1 pom. 2N/9, km. Kaluzhskoe Shosse 24-1, Moscow 108814, Russia; 9 Floor, Kaluzhskaya ploshchad 1, korpus 1, Moscow 119049, Russia; SWIFT/BIC RRBKRU21; Website www.rrbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 6017000271 (Russia); Identification Number QGIJHO.99999.SL.643 (Russia); Registration Number 1026000001983 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO MECHEL (a.k.a. MECHEL OAO; a.k.a. MECHEL PJSC; a.k.a. MECHEL STEEL GROUP OAO), 1, Krasnoarmeyskaya Street, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 19 Mar 2003; Tax ID No. 7703370008 (Russia); Legal Entity Number 253400C9GSPBSKERRP65; Registration Number 1037703012896 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ISKRA (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION ISKRA; a.k.a. PAO NPO ISKRA), 28 Akademika Vedeneeva ul., Perm 614038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5907001774 (Russia); Registration Number 1025901509798 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE STRELA (a.k.a. PAO NAUCHNO PROIZVODSTVENNOE OBEDINENIE STRELA; a.k.a. PJSC RESEARCH AND PRODUCTION ASSOCIATION STRELA; a.k.a. PJSC SPA STRELA; a.k.a. PUBLIC JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION STRELA; a.k.a. "NPO STRELA"; a.k.a. "PAO NPO STRELA"; a.k.a. "SPA STRELA"), 6 Maxim Gorky Street, Tula 300002, Russia; 2 Arsenalnaya Street, Tula 300002, Russia; 6 M. Gorkogo ul., Tula 300002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7103028233 (Russia); Registration Number 1027100517256 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO NEFAZ (a.k.a. NEFAZ PAO; a.k.a. NEFAZ PUBLICLY TRADED COMPANY; f.k.a. NEFTEKAMSK MOTOR PLANT PJSC; f.k.a. NEFTEKAMSKIY AVTOZAVOD OAO), d. 3, ul. Yanaulskaya, Neftekamsk, Bashkortostan Resp. 452680, Russia; 3, Yanaul'skaya Street, Neftekamsk 452680, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1993; Tax ID No. 0264004103 (Russia); Government Gazette Number 05745101 (Russia); Registration Number 1020201881116 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO PERMSKAIA NAUCHNO PROIZVODSTVENNAIA PRIBOROSTROITELNAIA KOMPANIIA (a.k.a. JOINT STOCK COMPANY PERM SCIENTIFIC INDUSTRIAL INSTRUMENT MAKING COMPANY; a.k.a. OJSC PERM SCIENTIFIC AND PRODUCTION INSTRUMENT AND CONSTRUCTION COMPANY; a.k.a. PAO PNPPK; a.k.a. PUBLIC JOINT STOCK COMPANY PERM RESEARCH AND PRODUCTION INSTRUMENT MAKING COMPANY), 25th of October Street, Number 106, Perm 614990, Russia; 7 Obraztsova ul.,

Str. 5, Moscow, Russia; 2A Arkhitekturnaia (Sosnovyi Mkr.) ul., Arzamas, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5904000395 (Russia); Registration Number 1025900906349 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO PROMSVYAZBANK (f.k.a. OJSC PROMSVYAZBANK; a.k.a. PROMSVYAZBANK PAO (Cyrillic: ПАО ПРОМСВЯЗЬБАНК); a.k.a. PROMSVYAZBANK PJSC; a.k.a. PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ПРОМСВЯЗЬБАНК)), Smirnovskaya Street 10/22, Moscow 109052, Russia; Room 1308, SCITECH Tower22, Jianguomenwai Dajie, Beijing 100004, China; 7, MunirkaMarg, Vasant Vhiar, New Delhi 110057, India; SWIFT/BIC PRMSRUMM; Website www.psbank.ru; BIK (RU) 044525555; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2001; Target Type Financial Institution; Tax ID No. 7744000912 (Russia); Government Gazette Number 40148343 (Russia); Registration Number 1027739019142 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO RASPADSKAYA (a.k.a. OPEN JOINT STOCK COMPANY RASPADSKAYA; a.k.a. "RASPADSKAYA PAO"; a.k.a. "RASPADSKAYA PJSC"), 27A, prospekt Kommunisticheski, Mezhdurechensk, Kemerovo region 652870, Russia; 106 Mira Street, Mezhdurechensk 652870, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 4214002316 (Russia); Registration Number 1024201389772 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO SILOVYE MASHINY - ZTL, LMZ, ELEKTROSILA, ENERGOMASHEKSPORT (a.k.a. JSC POWER MACHINES; a.k.a. OPEN JOINT STOCK COMPANY POWER MACHINES - ZTL, LMZ, ELECTROSILA, ENERGOMACHEXPORT; f.k.a. PJSC POWER MACHINES; a.k.a.

SILOVYE MASHINY, PAO), 3A Vatutina St., St. Petersburg 195009, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1027700004012 (Russia); Tax ID No. 7702080289 (Russia) [UKRAINE-EO13685] [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TAGANROGSKI AVIATSIONNY NAUCHNO TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA (a.k.a. BERIEV AIRCRAFT COMPANY; a.k.a. PJSC TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПАО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА); a.k.a. PJSC TASTC N.A. G. M. BERIEV; a.k.a. PUBLIC JOINT STOCK COMPANY TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА); f.k.a. TAGANROGSKI AVIATSIONNY NAUCHNO-TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA PAO; a.k.a. TANTK IM.G.M. BERIEVA PAO), d. 1, pl. Aviatorov, Taganrog, Rostovskaya Oblast 347923, Russia (Cyrillic: д.1, пл. Авиаторов, Таганрог, Ростовская область 347923, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Jul 1994; Target Type State-Owned Enterprise; Tax ID No. 6154028021 (Russia); Registration Number 1026102571065 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TIMER BANK (Cyrillic: ТИМЕР БАНК ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (a.k.a. AKTSIONERNOE OBSHCHESTVO TIMER BANK; a.k.a. TIMER BANK CO., LTD; a.k.a. TIMER BANK JOINT-STOCK COMPANY; a.k.a. TIMER BANK PAO (Cyrillic: ТИМЕР БАНК ПАО); a.k.a. TIMER BANK, AO), d. 23 str, 2, ul. Bakhrushina, Moscow 115054, Russia; 58, prospekt Ibragimova, Kazan, Tatarstan 420066, Russia; Bldg. 2, St. Bakhrushina, 23, Moscow 115054, Russia; SWIFT/BIC TIMERU2K; Website timerbank.ru; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 03 Oct 1991; Target Type Financial Institution; Tax ID No. 1653016689 (Russia); Government Gazette Number 09265705 (Russia); Legal Entity Number 2534006KGFLPAAXC1X76; Registration Number 1021600000146 (Russia) [DPRK3] [RUSSIA-EO14024] (Linked To: RUSSIAN FINANCIAL CORPORATION).

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TUTAEVSKI MOTORNY ZAVOD (a.k.a. PUBLIC JOINT STOCK COMPANY TUTAEV MOTOR PLANT; a.k.a. TUTAEVSKI MOTORNY ZAVOD OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. "TMZ PAO"), 1, Builders Street, Tutayev 152 300, Russia; d. 1, ul. Stroitelei Tutaev, Tutaevski Raion, Yaroslavskaya Obl. 152303, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Nov 2002; Tax ID No. 7611000399 (Russia); Government Gazette Number 00233218 (Russia); Registration Number 1027601272082 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TYAZHPRESSMASH (a.k.a. PUBLIC JOINT STOCK COMPANY TYAZHPRESSMASH CONSULTING; a.k.a. TYAZHPRESSMASH OAO; a.k.a. TYAZHPRESSMASH OJSC; f.k.a. TYAZHPRESSMASH OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. TYAZHPRESSMASH PAO; a.k.a. TYAZHPRESSMASH PUBLIC JOINT STOCK COMPANY), D. 5, ul Promyshlennaya Ryazan, Ryazan Region 390042, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Dec 1992; Tax ID No. 6229009163 (Russia); Government Gazette Number 6229009163 (Russia); Registration Number 1026201074657 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO ZVEZDA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЗВЕЗДА) (a.k.a. PAO ZVEZDA (Cyrillic: ПАО ЗВЕЗДА); a.k.a. PJSC ZVEZDA; a.k.a. PUBLIC JOINT STOCK COMPANY ZVEZDA), 123 Babushkina Street, St. Petersburg 192012, Russia; Website www.zvezda.spb.ru;

Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7811038760 (Russia); Registration Number 1037825005085 (Russia) [UKRAINE-EO13662].

PUBLICHNOYE AKTSIONERNOYE OBSHCHESTVO VYSOCHAISHY (a.k.a. GV GOLD; a.k.a. PAO VYSOCHAISHY; a.k.a. PJSC VYSOCHAISHY; a.k.a. VYSOCHAISHI, PAO), 27A, Pristrasovaya Str., Taksimo, Muisky district, town, Taksimo, Republic of Buryatia 671560, Russia; ul. Berezovaya d. 17 Bodaibo Irkutsk Region, Irkutsk 666902, Russia; D. 38, B-r Gagarina, Irkutsk Region, Irkutsk 664025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Nov 2002; Tax ID No. 3802008553 (Russia); Registration Number 1023800732878 (Russia) [RUSSIA-EO14024].

PUBLICHNOYE JOINT-STOCK COMPANY BANK VVB (f.k.a. COMMERCIAL JOINT-STOCK INCORPORATION BANK YAROSLAVICH; f.k.a. KOMMERCHESKI BANK YAROSLAVICH, PAO; a.k.a. PJSC BANK VVB; a.k.a. PUBLIC JOINT-STOCK COMPANY BANK VVB; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO BANK VVB; a.k.a. VVB, PAO), 3A ul., 4-ya Bastionnaya, Sevastopol, Crimea 299011, Ukraine; Voronina, 10, Sevastopol, Crimea 299011, Ukraine; 39A Ul. Suvorova, Sevastopol, Crimea, Ukraine; 5 Per. Pionerskiy, Simferopol, Crimea, Ukraine; SWIFT/BIC YARORU21; BIK (RU) 046711106; alt. BIK (RU) 043510133; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

PUBLISHING HOUSE SPORT LTD (a.k.a. "PUBLISHUNG HOUSE SPORT OOD"), sektor V Natsionalen Stadion V. Levski, Distr. Sredets Distr, Sofia, Bulgaria; Organization Established Date 1993; Government Gazette Number 831134806 (Bulgaria) [GLOMAG] (Linked To: NOVE-AD-HOLDING AD).

PUCHKOV, Andrei (a.k.a. PUCHKOV, Andrei Sergeevich; a.k.a. PUCHKOV, Andrey; a.k.a. PUCHKOV, Andrey Sergeyevich (Cyrillic: ПУЧКОВ, Андрей Сергеевич)), Russia; DOB 23 Jan 1977; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771910226809 (Russia) (individual) [RUSSIA-EO14024].

PUCHKOV, Andrei Sergeevich (a.k.a. PUCHKOV, Andrei; a.k.a. PUCHKOV, Andrey; a.k.a. PUCHKOV, Andrey Sergeyevich (Cyrillic: ПУЧКОВ, Андрей Сергеевич)), Russia; DOB 23 Jan 1977; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771910226809 (Russia) (individual) [RUSSIA-EO14024].

PUCHKOV, Andrey (a.k.a. PUCHKOV, Andrei; a.k.a. PUCHKOV, Andrei Sergeevich; a.k.a. PUCHKOV, Andrey Sergeyevich (Cyrillic: ПУЧКОВ, Андрей Сергеевич)), Russia; DOB 23 Jan 1977; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771910226809 (Russia) (individual) [RUSSIA-EO14024].

PUCHKOV, Andrey Sergeyevich (Cyrillic: ПУЧКОВ, Андрей Сергеевич) (a.k.a. PUCHKOV, Andrei; a.k.a. PUCHKOV, Andrei Sergeevich; a.k.a. PUCHKOV, Andrey), Russia; DOB 23 Jan 1977; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771910226809 (Russia) (individual) [RUSSIA-EO14024].

PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ) (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

PUGACHEV, Alexei Pavlovich (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

PUGACHEV, Alexey (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

PUGACHYOV, Oleg Ivanovich (Cyrillic: ПУГАЧЁВ, Олег Иванович) (a.k.a. PUHACHOV, Oleh Ivanovych (Cyrillic: ПУГАЧОВ, Олег Іванович)), Russia; DOB 27 Jul 1987; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

PUHACHOV, Oleh Ivanovych (Cyrillic: ПУГАЧОВ, Олег Іванович) (a.k.a. PUGACHYOV, Oleg Ivanovich (Cyrillic: ПУГАЧЁВ, Олег Иванович)), Russia; DOB 27 Jul 1987; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

PULA, Varun, India; DOB 23 Dec 1993; POB Tirupathi, Andhra Pradesh, India; nationality India; Gender Male; Passport W5820270 (India) issued 01 Nov 2022 expires 31 Oct 2032 (individual) [IRAN-EO13902] (Linked To: BERTHA SHIPPING INC.).

PULCULAR ENERJI SANAYI VE TICARET ANONIM SIRKETI (Latin: PULCULAR ENERJİ SANAYİ VE TİCARET ANONİM ŞİRKETİ), Atakoy 7-8-9-10 Kis.MH.C.Cesme E-5 Yan Yol Cad. No: 20/2/167, Bakirkoy, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Mar 2020; Trade License No. 240459-5 (Turkey); Registration Number 1230219 (Turkey) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

PULIDO DIAZ, Oscar, Mexico; DOB 14 Apr 1976; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. PUDO760414HGRLZS04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

PULIDO ORTIZ, Bayardo de Jesus, Residencial Altos de Motastepe, Casa 746, Ciudad Sandino, Managua, Nicaragua; DOB 29 Oct 1960; POB Masaya, Nicaragua; nationality Nicaragua; Gender Male; National ID No. 001291060007C (Nicaragua); Diplomatic Passport E0022392 (Nicaragua) issued 12 Apr 2012 expires 12 Apr 2022 (individual) [NICARAGUA].

PULIDO VALDIVIA, Francisco (a.k.a. PULIDO VALDIVIA, Javier), c/o LABORATORIOS WILLMAR, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Mexico; Calle Fray Junipero Serra #1932, Colonia Jardines Alcalde, Guadalajara,

Jalisco, Mexico; DOB 14 Jan 1953; nationality Mexico; citizen Mexico; C.U.R.P. PUVJ530114HJCLLV06 (Mexico) (individual) [SDNTK].

PULIDO VALDIVIA, Javier (a.k.a. PULIDO VALDIVIA, Francisco), c/o LABORATORIOS WILLMAR, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Mexico; Calle Fray Junipero Serra #1932, Colonia Jardines Alcalde, Guadalajara, Jalisco, Mexico; DOB 14 Jan 1953; nationality Mexico; citizen Mexico; C.U.R.P. PUVJ530114HJCLLV06 (Mexico) (individual) [SDNTK].

PULIDO VARGAS, Alvaro (Latin: PULIDO VARGAS, Álvaro) (a.k.a. PULIDO VARGAS, Alvaro Enrique; a.k.a. RUBIO SALAS, German Enrique); DOB 10 Dec 1963; citizen Colombia; Gender Male; Cedula No. 79324956 (Colombia) (individual) [VENEZUELA-EO13850].

PULIDO VARGAS, Alvaro Enrique (a.k.a. PULIDO VARGAS, Alvaro (Latin: PULIDO VARGAS, Álvaro); a.k.a. RUBIO SALAS, German Enrique); DOB 10 Dec 1963; citizen Colombia; Gender Male; Cedula No. 79324956 (Colombia) (individual) [VENEZUELA-EO13850].

PULLMAN GLOBAL SOLUTIONS LLC, Sheridan, WY, United States; Website www.pullman.solutions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Oct 2017; Organization Type: Other information technology and computer service activities; Registration Number 2017-000774453 (United States) [RUSSIA-EO14024] (Linked To: BRADENS, Andrejs).

PULSE NIRU (a.k.a. PULSE NIRU CO.; a.k.a. PULSE NIRU INDUSTRIES; a.k.a. PULSENIRU INC.; a.k.a. PUYA ELECTRO SAMAN NIRU), 34 Ayazi Alley Morghab Street, Khoramashar Street, Tehran 1553633913, Iran; km 20 Damavand Road, Pardis Technologies Park, Noavari Fourth Avenue, No. 46, Tehran, Iran; Website http://pulseniru.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

PULSE NIRU CO. (a.k.a. PULSE NIRU; a.k.a. PULSE NIRU INDUSTRIES; a.k.a. PULSENIRU INC.; a.k.a. PUYA ELECTRO SAMAN NIRU), 34 Ayazi Alley Morghab Street, Khoramashar Street, Tehran 1553633913, Iran; km 20 Damavand Road, Pardis Technologies Park, Noavari Fourth Avenue, No. 46, Tehran, Iran;

Website http://pulseniru.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

PULSE NIRU INDUSTRIES (a.k.a. PULSE NIRU; a.k.a. PULSE NIRU CO.; a.k.a. PULSENIRU INC.; a.k.a. PUYA ELECTRO SAMAN NIRU), 34 Ayazi Alley Morghab Street, Khoramashar Street, Tehran 1553633913, Iran; km 20 Damavand Road, Pardis Technologies Park, Noavari Fourth Avenue, No. 46, Tehran, Iran; Website http://pulseniru.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

PULSENIRU INC. (a.k.a. PULSE NIRU; a.k.a. PULSE NIRU CO.; a.k.a. PULSE NIRU INDUSTRIES; a.k.a. PUYA ELECTRO SAMAN NIRU), 34 Ayazi Alley Morghab Street, Khoramashar Street, Tehran 1553633913, Iran; km 20 Damavand Road, Pardis Technologies Park, Noavari Fourth Avenue, No. 46, Tehran, Iran; Website http://pulseniru.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

PUMA ENERGY BENGALE GULF PTE. LTD. (a.k.a. P.E.I ENERGY PTE. LTD.; f.k.a. PUMA ENERGY IRRAWADDY PTE. LTD.; f.k.a. PUMA ENERGY MYANMAR PTE. LTD.), Singapore; Organization Established Date 17 Aug 2012; Organization Type: Activities of holding companies; Registration Number 201220511D (Burma) [BURMA-EO14014] (Linked To: WIN, Khin Phyu).

PUMA ENERGY IRRAWADDY AVIATION PTE. LTD. (a.k.a. PEIA PTE. LTD.), Singapore; Organization Established Date 30 Oct 2014; Organization Type: Activities of holding companies; Registration Number 201432465N (Singapore) [BURMA-EO14014] (Linked To: WIN, Khin Phyu).

PUMA ENERGY IRRAWADDY PTE. LTD. (a.k.a. P.E.I ENERGY PTE. LTD.; f.k.a. PUMA ENERGY BENGALE GULF PTE. LTD.; f.k.a. PUMA ENERGY MYANMAR PTE. LTD.), Singapore; Organization Established Date 17 Aug 2012; Organization Type: Activities of holding companies; Registration Number 201220511D (Burma) [BURMA-EO14014] (Linked To: WIN, Khin Phyu).

PUMA ENERGY MYANMAR PTE. LTD. (a.k.a. P.E.I ENERGY PTE. LTD.; f.k.a. PUMA ENERGY BENGALE GULF PTE. LTD.; f.k.a. PUMA ENERGY IRRAWADDY PTE. LTD.), Singapore; Organization Established Date 17 Aug 2012; Organization Type: Activities of holding companies; Registration Number 201220511D (Burma) [BURMA-EO14014] (Linked To: WIN, Khin Phyu).

PUMA SECURITY AGENCY (a.k.a. PUMA SECURITY COMPANY; a.k.a. PUMA SECURITY SERVICE), Mostar, Bosnia and Herzegovina; Capljina, Bosnia and Herzegovina; Stolac, Bosnia and Herzegovina; Siroki Brijeg, Bosnia and Herzegovina [BALKANS].

PUMA SECURITY COMPANY (a.k.a. PUMA SECURITY AGENCY; a.k.a. PUMA SECURITY SERVICE), Mostar, Bosnia and Herzegovina; Capljina, Bosnia and Herzegovina; Stolac, Bosnia and Herzegovina; Siroki Brijeg, Bosnia and Herzegovina [BALKANS].

PUMA SECURITY SERVICE (a.k.a. PUMA SECURITY AGENCY; a.k.a. PUMA SECURITY COMPANY), Mostar, Bosnia and Herzegovina; Capljina, Bosnia and Herzegovina; Stolac, Bosnia and Herzegovina; Siroki Brijeg, Bosnia and Herzegovina [BALKANS].

PUMORI NORTH WEST LLC (a.k.a. LIMITED LIABILITY COMPANY PUMORI NORTHWEST), Ul. Sedova D. 11, Korp. 2 Lit. A, Saint Petersburg 192019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811354892 (Russia); Registration Number 5067847381290 (Russia) [RUSSIA-EO14024].

PUMPYANSKIY, Dmitriy Aleksandrovich (Cyrillic: ПУМПЯНСКИЙ, Дмитрий Александрович), Russia; DOB 22 Mar 1964; POB Ulan-Ude, Buryatia Republic, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 665800421844 (Russia) (individual) [RUSSIA-EO14024].

PUMWANI ISLAMIST MUSLIM YOUTH CENTER (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [SOMALIA].

PUMWANI MUSLIM YOUTH (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [SOMALIA].

PUNTI, Pere (a.k.a. SANE, Pedro Punti); DOB 27 Aug 1944; nationality Spain; Additional Sanctions Information - Subject to Secondary Sanctions; Passport AAD225212 (Spain) expires 12 May 2020 (individual) [NPWMD] [IFSR].

PUNTO 54, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 19 Feb 2014; Organization Type: Travel agency activities; Folio Mercantil No. 80025 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: RIVERA MIRAMONTES, Carlos Humberto).

PUNTO FARMACEUTICO S.A. DE C.V., Mexico City, Distrito Federal, Mexico; Folio Mercantil No. 258473 (Mexico) [SDNTK].

PUR FARZANEH, Zahra (a.k.a. POURFARZANEH, Zahra (Arabic: زهرا پورفرزانه); a.k.a. PURFARZANEH, Zahra), Iran; DOB 01 Jan 1997 to 31 Dec 1998; nationality Iran; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 00311698638 (Iran) (individual) [RUSSIA-EO14024] (Linked To: FARZANEGAN PROPULSION SYSTEMS DESIGN BUREAU).

PUREBRAHIM, Ali Akbar (a.k.a. POUREBRAHIM, Ali Akbar; a.k.a. POUR-EBRAHIM, Ali-Akbar; a.k.a. POUREBRAHIMABADI, Aliakbar; a.k.a. PUREBRAHIMABADI, Ali Akbar), Iran; Lausanne, Switzerland; DOB 22 Dec 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport X42276294 (Iran) expires 21 Sep 2022 (individual) [SDGT] [IFSR] (Linked To: QASEMI, Rostam).

PUREBRAHIMABADI, Ali Akbar (a.k.a. POUREBRAHIM, Ali Akbar; a.k.a. POUR-EBRAHIM, Ali-Akbar; a.k.a. POUREBRAHIMABADI, Aliakbar; a.k.a. PUREBRAHIM, Ali Akbar), Iran; Lausanne, Switzerland; DOB 22 Dec 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport X42276294 (Iran) expires 21 Sep 2022 (individual) [SDGT] [IFSR] (Linked To: QASEMI, Rostam).

PURELOGIC (a.k.a. PURELOGIC R&D), PR-KT Leninskii D. 160, Office 134, Voronezh 394033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726580330 (Russia); Registration Number 1077762066711 (Russia) [RUSSIA-EO14024].

PURELOGIC R&D (a.k.a. PURELOGIC), PR-KT Leninskii D. 160, Office 134, Voronezh 394033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726580330 (Russia); Registration Number 1077762066711 (Russia) [RUSSIA-EO14024].

PUREPECHA TRUCKING CO. (a.k.a. TRANSPORTADORA PUREPECHA S.A. DE C.V.), Avenida de la Revolution 7, Zumpimito, Carr. Apatzingan y Articulo 27, Uruapan, Michoacan 60190, Mexico; Km. 7 Carretera Antigua, Nuevo Laredo, Tamaulipas, Mexico; Zaragoza 1050, Reynosa, Tabasco, Mexico; R.F.C. TPU991105FB4 (Mexico) [SDNTK].

PURFARZANEH, Hasan (a.k.a. FARZANEH, Hassanpour; a.k.a. POURFARZANEH, Hassan; a.k.a. PURFARZANEH, Hassan), Iran; DOB 02 Dec 1984; nationality Iran; Gender Male;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 0076135462 (Iran) (individual) [RUSSIA-EO14024] (Linked To: FARZANEGAN PROPULSION SYSTEMS DESIGN BUREAU).

PURFARZANEH, Hassan (a.k.a. FARZANEH, Hassanpour; a.k.a. POURFARZANEH, Hassan; a.k.a. PURFARZANEH, Hasan), Iran; DOB 02 Dec 1984; nationality Iran; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 0076135462 (Iran) (individual) [RUSSIA-EO14024] (Linked To: FARZANEGAN PROPULSION SYSTEMS DESIGN BUREAU).

PURFARZANEH, Hossein (a.k.a. POUR FARZANEH, Hossein; a.k.a. POURFARZANEH, Hossein), Iran; DOB 12 Feb 1973; nationality Iran; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport M33177864 (Iran) expires 09 Feb 2020 (individual) [RUSSIA-EO14024] (Linked To: FARZANEGAN PROPULSION SYSTEMS DESIGN BUREAU).

PURFARZANEH, Zahra (a.k.a. POURFARZANEH, Zahra (Arabic: زهرا پورفرزانه); a.k.a. PUR FARZANEH, Zahra), Iran; DOB 01 Jan 1997 to 31 Dec 1998; nationality Iran; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 00311698638 (Iran) (individual) [RUSSIA-EO14024] (Linked To: FARZANEGAN PROPULSION SYSTEMS DESIGN BUREAU).

PURGIN, Andrei (a.k.a. PURGIN, Andrej; a.k.a. PURGIN, Andrey Yevgenyevich; a.k.a. PURGIN, Andriy; a.k.a. PURGYN, Andriy; a.k.a. PURHIN, Andriy); DOB 26 Jan 1972; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PURGIN, Andrej (a.k.a. PURGIN, Andrei; a.k.a. PURGIN, Andrey Yevgenyevich; a.k.a. PURGIN, Andriy; a.k.a. PURGYN, Andriy; a.k.a. PURHIN, Andriy); DOB 26 Jan 1972; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PURGIN, Andrey Yevgenyevich (a.k.a. PURGIN, Andrei; a.k.a. PURGIN, Andrej; a.k.a. PURGIN, Andriy; a.k.a. PURGYN, Andriy; a.k.a. PURHIN, Andriy); DOB 26 Jan 1972; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PURGIN, Andriy (a.k.a. PURGIN, Andrei; a.k.a. PURGIN, Andrej; a.k.a. PURGIN, Andrey Yevgenyevich; a.k.a. PURGYN, Andriy; a.k.a. PURHIN, Andriy); DOB 26 Jan 1972; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PURGYN, Andriy (a.k.a. PURGIN, Andrei; a.k.a. PURGIN, Andrej; a.k.a. PURGIN, Andrey Yevgenyevich; a.k.a. PURGIN, Andriy; a.k.a. PURHIN, Andriy); DOB 26 Jan 1972; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PURHIN, Andriy (a.k.a. PURGIN, Andrei; a.k.a. PURGIN, Andrej; a.k.a. PURGIN, Andrey Yevgenyevich; a.k.a. PURGIN, Andriy; a.k.a. PURGYN, Andriy); DOB 26 Jan 1972; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PURIYA, Mostafa (Arabic: مصطفی پوریا) (a.k.a. POORIA, Mostafa), Iran; DOB 25 Feb 1982; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0074683217 (Iran) (individual) [SDGT] [IFSR] (Linked To: AMINI, Meghdad).

PURKAZEMI, Abbas (a.k.a. PORKAZEMI, Abbas; a.k.a. POUR KAZEMI, Abbas), Isfahan, Iran; DOB 06 Nov 1952; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1285448774 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SAMAN TEJARAT BARMAN TRADING COMPANY).

PURSAFI, Shahram (a.k.a. MEHDI, Rezaei; a.k.a. PORSAFI, Shahram; a.k.a. POURSAFI, Shahram; a.k.a. REZAYI, Mehdi), Syria; DOB 21 Sep 1976; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

PUSHILIN, Denis (a.k.a. PUSHYLIN, Denis; a.k.a. PUSHYLIN, Denis Volodymyrovych; a.k.a. PUSHYLIN, Denys); DOB 09 May 1981; POB Makeevka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PUSHKOV, Aleksandr Aleksandrovich (a.k.a. PUSHKOV, Alexander), Moscow, Russia; Tallinn, Estonia; DOB 11 May 1983; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

PUSHKOV, Aleksei Konstantinovich (a.k.a. PUSHKOV, Alexei Konstantinovich (Cyrillic: ПУШКОВ, Алексей Константинович)), Russia; DOB 10 Aug 1954; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

PUSHKOV, Alexander (a.k.a. PUSHKOV, Aleksandr Aleksandrovich), Moscow, Russia; Tallinn, Estonia; DOB 11 May 1983; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

PUSHKOV, Alexei Konstantinovich (Cyrillic: ПУШКОВ, Алексей Константинович) (a.k.a. PUSHKOV, Aleksei Konstantinovich), Russia; DOB 10 Aug 1954; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

PUSHYLIN, Denis (a.k.a. PUSHILIN, Denis; a.k.a. PUSHYLIN, Denis Volodymyrovych; a.k.a. PUSHYLIN, Denys); DOB 09 May 1981; POB Makeevka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PUSHYLIN, Denis Volodymyrovych (a.k.a. PUSHILIN, Denis; a.k.a. PUSHYLIN, Denis; a.k.a. PUSHYLIN, Denys); DOB 09 May 1981; POB Makeevka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PUSHYLIN, Denys (a.k.a. PUSHILIN, Denis; a.k.a. PUSHYLIN, Denis; a.k.a. PUSHYLIN, Denis Volodymyrovych); DOB 09 May 1981;

POB Makeevka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PUTILIN, Dmitry Sergeyevich (Cyrillic: ПУТИЛИН, Дмитрий Сергеевич) (a.k.a. "GRAD"; a.k.a. "STAFF"), Chelyabinsk 454119, Russia; DOB 24 Apr 1993; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

PUTIN, Vladimir (Cyrillic: ПУТИН, Владимир) (a.k.a. PUTIN, Vladimir Vladimirovich (Cyrillic: ПУТИН, Владимир Владимирович)), Kremlin, Moscow, Russia; Novo-Ogaryevo, Moscow Region, Russia; Bocharov Ruchey, Sochi, Russia; Valdai, Novgorod Region, Russia; DOB 07 Oct 1952; POB Leningrad, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; President of the Russian Federation (individual) [RUSSIA-EO14024].

PUTIN, Vladimir Vladimirovich (Cyrillic: ПУТИН, Владимир Владимирович) (a.k.a. PUTIN, Vladimir (Cyrillic: ПУТИН, Владимир)), Kremlin, Moscow, Russia; Novo-Ogaryevo, Moscow Region, Russia; Bocharov Ruchey, Sochi, Russia; Valdai, Novgorod Region, Russia; DOB 07 Oct 1952; POB Leningrad, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; President of the Russian Federation (individual) [RUSSIA-EO14024].

PUTINA, Anna Evgenyevna (a.k.a. LOGINOVA, Anna Evgenyevna; a.k.a. TSIVILEVA, Anna Evgenyevna); DOB 09 May 1972; POB Ivanovo, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771921270207 (Russia) (individual) [RUSSIA-EO14024].

PUTINA, Maria (Cyrillic: ПУТИНА, Мария) (a.k.a. FAASSEN, Maria Vladimirovna; a.k.a. VORONTSOVA, Maria Vladimirovna (Cyrillic: ВОРОНЦОВА, Мария Владимировна); a.k.a. VORONTSOVA, Mariya Vladimirovna), Russia; DOB 28 Apr 1985; POB Leningrad, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

PUTINA, Yekaterina (Cyrillic: ПУТИНА, Екатерина) (f.k.a. SHAMALOVA, Ekaterina

Vladimirovna; a.k.a. TIKHONOVA, Katerina (Cyrillic: ТИХОНОВА, Катерина); a.k.a. TIKHONOVA, Katerina Vladimirovna (Cyrillic: ТИХОНОВА, Катерина Владимировна)), Moscow, Russia; DOB 31 Aug 1986; POB Dresden, Germany; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 503227394158 (Russia) (individual) [RUSSIA-EO14024].

PUYA ELECTRO SAMAN NIRU (a.k.a. PULSE NIRU; a.k.a. PULSE NIRU CO.; a.k.a. PULSE NIRU INDUSTRIES; a.k.a. PULSENIRU INC.), 34 Ayazi Alley Morghab Street, Khoramashar Street, Tehran 1553633913, Iran; km 20 Damavand Road, Pardis Technologies Park, Noavari Fourth Avenue, No. 46, Tehran, Iran; Website http://pulseniru.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

PUYA PARS FANAVARAN AYANDEH NEGAR COMPANY (a.k.a. FUYA PARS PROSPECTIVE TECHNOLOGISTS; a.k.a. POUYA PARS FANAVARAN AYANDEH NEGAR COMPANY; a.k.a. "IDEAL VACUUM"; a.k.a. "IDEAL VACUUM STORE"), Number 18, 1st Mariam Street, Khayyam Boulevard, Shamsabad Industrial District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 12 Feb 2013; National ID No. 14003220702 (Iran); Registration Number 434228 (Iran) [NPWMD] [IFSR].

PUYUAN TRADE CO., LIMITED (Chinese Traditional: 普緣貿易有限公司), Rm. 517, New City Centre, 2 Lei Yue Mun Road, Kwun Tong, Kowloon, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 06 Jul 2022; Commercial Registry Number 3169192 (Hong Kong) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

PUZYRNIKOVA, Natalya Vladislavovna, Moscow, Russia; DOB 1979; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

PVOE (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a.

PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG), Novara g 36a/11, Wien 1020, Austria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

PYANOV, Dmitrii Vasilevich (a.k.a. PYANOV, Dmitrii Vasilyevich (Cyrillic: ПЬЯНОВ, Дмитрий Васильевич)), Russia; DOB 07 Dec 1977; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

PYANOV, Dmitrii Vasilyevich (Cyrillic: ПЬЯНОВ, Дмитрий Васильевич) (a.k.a. PYANOV, Dmitrii Vasilevich), Russia; DOB 07 Dec 1977; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

PYATY ELEMENT TREIDING OOO (a.k.a. LIMITED LIABILITY COMPANY FIFTH ELEMENT TRADING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПЯТЫЙ ЭЛЕМЕНТ ТРЕЙДИНГ); a.k.a. PYATYI ELEMENT TRADING OOO), 7 Talinnskaya St., Room 1-N, Office 350 Letter O, Saint Petersburg 195196, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806221953 (Russia); Registration Number 1167847086835 (Russia) [RUSSIA-EO14024].

PYATYI ELEMENT TRADING OOO (a.k.a. LIMITED LIABILITY COMPANY FIFTH ELEMENT TRADING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПЯТЫЙ ЭЛЕМЕНТ ТРЕЙДИНГ); a.k.a. PYATY ELEMENT TREIDING OOO), 7 Talinnskaya St., Room 1-N, Office 350 Letter O, Saint Petersburg 195196, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806221953 (Russia); Registration Number 1167847086835 (Russia) [RUSSIA-EO14024].

PYATYKH, Galina Anatolevna (Cyrillic: ПЯТЫХ, Галина Анатольевна), Belgorod Region,

Russia; DOB 12 May 1970; POB Dubovoe, Belgorod Region, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

PYON, Kwang Chol (a.k.a. PYO'N, Kwang-ch'o'l), Dalian, China; DOB 16 Sep 1964; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

PYO'N, Kwang-ch'o'l (a.k.a. PYON, Kwang Chol), Dalian, China; DOB 16 Sep 1964; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

PYONGJIN SHIP MANAGEMENT COMPANY LIMITED, Ryukkyo 1-dong, Pyongchon-guyok, Pyongyang, Korea, North; 102 Ryuggyo 1-dong, Pyongchon District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 5817790 [DPRK].

PYONGYANG UNIVERSITY OF AUTOMATION (a.k.a. COMMAND AUTOMATION COLLEGE OF THE CHOSUN PEOPLE'S ARMY; a.k.a. KIM IL MILITARY UNIVERSITY; a.k.a. KIM IL POLITICAL MILITARY UNIVERSITY; a.k.a. KIM IL SUNG MILITARY UNIVERSITY; a.k.a. KIM IL-SUNG UNIVERSITY AUTOMATION UNIVERSITY; a.k.a. MILITARY CAMP 144 OF THE KOREAN PEOPLE'S ARMY; a.k.a. MIRIM COLLEGE; a.k.a. MIRIM UNIVERSITY; a.k.a. NO. 144 MILITARY CAMP OF THE CHOSUN PEOPLE'S ARMY; a.k.a. UNIVERSITY OF AUTOMATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations

section 510.214; Organization Established Date 1981; Target Type Government Entity [DPRK2].

PYRAMAXIA IMMOPROJEKT GMBH & CO. KG (a.k.a. PYRAMAXIA IMMOPROJEKT GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 21 Oct 2021; Registration Number HRA 738402 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

PYRAMAXIA IMMOPROJEKT GMBH AND CO. KG (a.k.a. PYRAMAXIA IMMOPROJEKT GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 21 Oct 2021; Registration Number HRA 738402 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

PYRAMAXIA LIMITED, 6 Aftokratora Ioustinianou Street, 58 Rita Court, Flat 203, Makedonitissa, Engomi, Nicosia 2413, Cyprus; Organization Established Date 15 Jan 2019; Business Registration Number HE393384 (Cyprus) [GLOMAG] (Linked To: RAHMANI, Ajmal).

PYRAMAXIA REAL ESTATE DEVELOPMENT GMBH & CO. KG (a.k.a. PYRAMAXIA REAL ESTATE DEVELOPMENT GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 16 Sep 2020; Registration Number HRA 737095 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

PYRAMAXIA REAL ESTATE DEVELOPMENT GMBH AND CO. KG (a.k.a. PYRAMAXIA REAL ESTATE DEVELOPMENT GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 16 Sep 2020; Registration Number HRA 737095 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

PYRAMAXIA REAL ESTATE GMBH & CO. KG (a.k.a. PYRAMAXIA REAL ESTATE GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 18 Sep 2020; Registration

Number HRA 737102 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

PYRAMAXIA REAL ESTATE GMBH AND CO. KG (a.k.a. PYRAMAXIA REAL ESTATE GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 18 Sep 2020; Registration Number HRA 737102 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

PYRKOVA, Ekaterina Eduardovna (Cyrillic: ПЫРКОВА, Екатерина Эдуардовна) (a.k.a. PYRKOVA, Kateryna Eduardivna (Cyrillic: ПИРКОВА, Катерина Едуардівна)), Sevastopol, Ukraine; DOB 22 Aug 1967; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PYRKOVA, Kateryna Eduardivna (Cyrillic: ПИРКОВА, Катерина Едуардівна) (a.k.a. PYRKOVA, Ekaterina Eduardovna (Cyrillic: ПЫРКОВА, Екатерина Эдуардовна)), Sevastopol, Ukraine; DOB 22 Aug 1967; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PZNFR TRADING LIMITED (a.k.a. PZNFR TRADING SDN BHD), Room 023, 9/F Blk G Kwai Shing Ind Building (Stage 2), 42-46 Tai Lin Pai Road, Kwai Chung NT, Hong Kong, China; Retail Lot L3-1, Level 3, Gateway Klia 2, Kuala Lumpur International Airport 2, Sepang, Selangor Darul Ehsan 64000, Malaysia; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Dec 2020; Registration Number 3000264 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

PZNFR TRADING SDN BHD (a.k.a. PZNFR TRADING LIMITED), Room 023, 9/F Blk G Kwai Shing Ind Building (Stage 2), 42-46 Tai Lin Pai Road, Kwai Chung NT, Hong Kong, China; Retail Lot L3-1, Level 3, Gateway Klia 2, Kuala Lumpur International Airport 2, Sepang, Selangor Darul Ehsan 64000, Malaysia; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Dec 2020; Registration Number 3000264 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

OFFICE OF FOREIGN ASSETS CONTROL

SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

QA'ANI, Esma'il (a.k.a. AKBARNEJAD, Esmaeil Ghaani; a.k.a. GHA'ANI, Esma'il; a.k.a. GHAANI, Esmail; a.k.a. GHANI, Esmail; a.k.a. NEZHAD, Ismail Akbar; a.k.a. QANI, Esmail); DOB 08 Aug 1957; POB Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D9003033 (Iran); alt. Passport D9008347 (Iran) issued 18 Jul 2010 expires 18 Jul 2015 (individual) [SDGT] [IRGC] [IFSR].

QAAWANE, Maxamed Daud (a.k.a. GABAANE, Maxamed Dauud; a.k.a. "DAUD, Mahamud"; a.k.a. "DAUD, Maxamed"), Lower Shabelle, Somalia; DOB 1965; alt. DOB 1966; alt. DOB 1967; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

QABALAN, Muhammad (a.k.a. QABLAN, Muhammad; a.k.a. "AL-GHUL, Hassan"), Southern Suburbs, Beirut, Lebanon; DOB 1969; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

QABLAN, Muhammad (a.k.a. QABALAN, Muhammad; a.k.a. "AL-GHUL, Hassan"), Southern Suburbs, Beirut, Lebanon; DOB 1969; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

QADDAFI, Aisha (a.k.a. AL-GADDAFI, Ayesha; a.k.a. AL-QADHAFI, Aisha; a.k.a. ELKADDAFI, Aisha; a.k.a. EL-QADDAFI, Aisha; a.k.a. GADDAFI, Ayesha; a.k.a. GADHAFI, Aisha; a.k.a. GHADAFFI, Aisha; a.k.a. GHATHAFI, Aisha; a.k.a. GHATHAFI, Aisha Muammer; a.k.a. QADHAFI, Aisha; a.k.a. QADHAFI, Aisha Muammar Muhammed Abu Minyar; a.k.a. QADHAFI, Ayesha), Oman; DOB 1977; alt. DOB 1976; alt. DOB 01 Jan 1978; POB Tripoli, Libya; Gender Female; Passport 215215 (Libya); alt. Passport 428720 (Libya); alt. Passport B/011641; alt. Passport 03824970 (Oman) issued 04 May 2014 expires 03 May 2024; National ID No. 98606612 (individual) [LIBYA2].

QADDAFI, Hannibal (a.k.a. AL-GADDAFI, Hannibal; a.k.a. AL-QADHAFI, Hannibal; a.k.a. ELKADDAFI, Hannibal; a.k.a. EL-QADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal Muammar; a.k.a. GHADAFFI, Hannibal; a.k.a. GHATHAFI, Hannibal; a.k.a. QADHAFI, Hannibal Muammar); DOB 20 Sep 1975; alt. DOB 1977; POB Tripoli, Libya; Passport B/002210 (Libya) (individual) [LIBYA2].

QADDAFI, Khamis (a.k.a. AL-GADDAFI, Khamis; a.k.a. AL-QADHAFI; a.k.a. AL-QADHAFI, Khamis; a.k.a. ELKADDAFI, Khamis; a.k.a. EL-QADDAFI, Khamis; a.k.a. GADDAFI, Khamis; a.k.a. GADHAFI, Khamis; a.k.a. GHADAFFI, Khamis; a.k.a. GHATHAFI, Khamis; a.k.a. QADHAFI, Khamis); DOB 1980 (individual) [LIBYA2].

QADDAFI, Muammar (a.k.a. AL-GADDAFI, Muammar; a.k.a. AL-QADHAFI, Muammar; a.k.a. AL-QADHAFI, Muammar Abu Minyar; a.k.a. ELKADDAFI, Muammar; a.k.a. EL-QADDAFI, Muammar; a.k.a. GADDAFI, Mu'ammar; a.k.a. GADDAFI, Muammar; a.k.a. GADHAFI, Muammar; a.k.a. GHADAFFI, Muammar Muhammad; a.k.a. GHATHAFI, Muammar; a.k.a. QADHAFI, Muammar); DOB 1942; POB Sirte, Libya (individual) [LIBYA2].

QADDAFI, Muhammad (a.k.a. AL-GADDAFI, Muhammad; a.k.a. AL-QADHAFI, Mohammed; a.k.a. ELKADDAFI, Muhammad; a.k.a. EL-QADDAFI, Muhammad; a.k.a. GADDAFI, Muhammad; a.k.a. GADHAFFI, Mohammad Moammar; a.k.a. GADHAFI, Mohammed; a.k.a. GHATHAFI, Muhammad; a.k.a. QADHAFI, Mohammed Muammar); DOB 1970; POB Tripoli, Libya (individual) [LIBYA2].

QADDAFI, Mutassim (a.k.a. AL-GADDAFI, Mutassim; a.k.a. AL-QADHAFI, Mutassim; a.k.a. ELKADDAFI, Mutassim; a.k.a. EL-QADDAFI, Mutassim; a.k.a. GADDAFI, Mutassim; a.k.a. GADHAFI, Mutassim Billah; a.k.a. GHADAFFI, Mutassim; a.k.a. GHATHAFI, Mutassim; a.k.a. QADHAFI, Mutassim); DOB 1975 (individual) [LIBYA2].

QADDAFI, Saadi (a.k.a. AL-GADDAFI, Saadi; a.k.a. AL-QADHAFI, Sa'adi Mu'ammar; a.k.a. ELKADDAFI, Saadi; a.k.a. EL-QADDAFI, Saadi; a.k.a. GADDAFI, Saadi; a.k.a. GADHAFI, Saadi; a.k.a. GHATHAFI, Saadi; a.k.a. QADHAFI, Saadi); DOB 27 May 1973; alt. DOB 25 May 1973; POB Tripoli, Libya; Passport 010433 (Libya); alt. Passport 014797 (Libya) (individual) [LIBYA2].

QADDAFI, Saif Al-Arab (a.k.a. AL-GADDAFI, Saif Al-Arab; a.k.a. AL-QADHAFI, Saif Al-Arab; a.k.a. ELKADDAFI, Saif Al-Arab; a.k.a. EL-QADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Seif Al-Arab; a.k.a. GADHAFI, Saif Al-Arab; a.k.a. GHATHAFI, Saif Al-Arab; a.k.a. QADHAFI, Saif Al-Arab); DOB 1979; alt. DOB 1982; alt. DOB 1983; POB Tripoli, Libya (individual) [LIBYA2].

QADDAFI, Saif al-Islam (a.k.a. AL-GADDAFI, Saif al-Islam; a.k.a. AL-QADHAFI, Saif al-Islam; a.k.a. ELKADDAFI, Saif al-Islam; a.k.a. EL-QADDAFI, Seif al-Islam; a.k.a. GADDAFI, Saif al-Islam; a.k.a. GADHAFI, Saif al-Islam; a.k.a. GHADAFFI, Saif al-Islam; a.k.a. GHATHAFI, Saif al-Islam; a.k.a. QADHAFI, Saif al-Islam); DOB 25 Jun 1972; POB Tripoli, Libya (individual) [LIBYA2].

QADDOUMI, Khaled (Arabic: خالد القدومي) (a.k.a. AL-QADDUMI, Khaled; a.k.a. AL-QADDUMI, Khalid; a.k.a. ASAAD, Khaled Farid Ahmed; a.k.a. GHODOMI, Khaled), Tehran, Iran; DOB 08 Oct 1970; alt. DOB 01 Jan 1970; POB Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 9701027203 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

QADDOUR, Khaled Nasser (Arabic: خالد ناصر قدور) (a.k.a. QADDOUR, Khalid), Yaafour, Damascus, Syria; DOB 23 Apr 1970; POB Damascus, Syria; nationality Syria; Gender Male; National ID No. 01020097227 (Syria) (individual) [PAARSSR-EO13894] (Linked To: AL-ASSAD, Maher).

QADDOUR, Khalid (a.k.a. QADDOUR, Khaled Nasser (Arabic: خالد ناصر قدور)), Yaafour, Damascus, Syria; DOB 23 Apr 1970; POB Damascus, Syria; nationality Syria; Gender Male; National ID No. 01020097227 (Syria) (individual) [PAARSSR-EO13894] (Linked To: AL-ASSAD, Maher).

QADHAFI, Aisha (a.k.a. AL-GADDAFI, Ayesha; a.k.a. AL-QADHAFI, Aisha; a.k.a. ELKADDAFI, Aisha; a.k.a. EL-QADDAFI, Aisha; a.k.a. GADDAFI, Ayesha; a.k.a. GADHAFI, Aisha; a.k.a. GHADAFFI, Aisha; a.k.a. GHATHAFI, Aisha; a.k.a. GHATHAFI, Aisha Muammer; a.k.a. QADDAFI, Aisha; a.k.a. QADHAFI, Aisha Muammar Muhammed Abu Minyar; a.k.a. QADHAFI, Ayesha), Oman; DOB 1977; alt. DOB 1976; alt. DOB 01 Jan 1978; POB Tripoli, Libya; Gender Female; Passport 215215 (Libya); alt. Passport 428720 (Libya); alt.

Passport B/011641; alt. Passport 03824970 (Oman) issued 04 May 2014 expires 03 May 2024; National ID No. 98606612 (individual) [LIBYA2].

QADHAFI, Aisha Muammar Muhammed Abu Minyar (a.k.a. AL-GADDAFI, Ayesha; a.k.a. AL-QADHAFI, Aisha; a.k.a. ELKADDAFI, Aisha; a.k.a. EL-QADDAFI, Aisha; a.k.a. GADDAFI, Ayesha; a.k.a. GADHAFI, Aisha; a.k.a. GHADAFFI, Aisha; a.k.a. GHATHAFI, Aisha; a.k.a. GHATHAFI, Aisha Muammer; a.k.a. QADDAFI, Aisha; a.k.a. QADHAFI, Aisha; a.k.a. QADHAFI, Ayesha), Oman; DOB 1977; alt. DOB 1976; alt. DOB 01 Jan 1978; POB Tripoli, Libya; Gender Female; Passport 215215 (Libya); alt. Passport 428720 (Libya); alt. Passport B/011641; alt. Passport 03824970 (Oman) issued 04 May 2014 expires 03 May 2024; National ID No. 98606612 (individual) [LIBYA2].

QADHAFI, Ayesha (a.k.a. AL-GADDAFI, Ayesha; a.k.a. AL-QADHAFI, Aisha; a.k.a. ELKADDAFI, Aisha; a.k.a. EL-QADDAFI, Aisha; a.k.a. GADDAFI, Ayesha; a.k.a. GADHAFI, Aisha; a.k.a. GHADAFFI, Aisha; a.k.a. GHATHAFI, Aisha; a.k.a. GHATHAFI, Aisha Muammer; a.k.a. QADDAFI, Aisha; a.k.a. QADHAFI, Aisha; a.k.a. QADHAFI, Aisha Muammar Muhammed Abu Minyar), Oman; DOB 1977; alt. DOB 1976; alt. DOB 01 Jan 1978; POB Tripoli, Libya; Gender Female; Passport 215215 (Libya); alt. Passport 428720 (Libya); alt. Passport B/011641; alt. Passport 03824970 (Oman) issued 04 May 2014 expires 03 May 2024; National ID No. 98606612 (individual) [LIBYA2].

QADHAFI, Hannibal Muammar (a.k.a. AL-GADDAFI, Hannibal; a.k.a. AL-QADHAFI, Hannibal; a.k.a. ELKADDAFI, Hannibal; a.k.a. EL-QADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal Muammar; a.k.a. GHADAFFI, Hannibal; a.k.a. GHATHAFI, Hannibal; a.k.a. QADDAFI, Hannibal); DOB 20 Sep 1975; alt. DOB 1977; POB Tripoli, Libya; Passport B/002210 (Libya) (individual) [LIBYA2].

QADHAFI, Khamis (a.k.a. AL-GADDAFI, Khamis; a.k.a. AL-QADHAFI; a.k.a. AL-QADHAFI, Khamis; a.k.a. ELKADDAFI, Khamis; a.k.a. EL-QADDAFI, Khamis; a.k.a. GADDAFI, Khamis; a.k.a. GADHAFI, Khamis; a.k.a. GHADAFFI, Khamis; a.k.a. GHATHAFI, Khamis; a.k.a. QADDAFI, Khamis); DOB 1980 (individual) [LIBYA2].

QADHAFI, Mohammed Muammar (a.k.a. AL-GADDAFI, Muhammad; a.k.a. AL-QADHAFI, Mohammed; a.k.a. ELKADDAFI, Muhammad; a.k.a. EL-QADDAFI, Muhammad; a.k.a. GADDAFI, Muhammad; a.k.a. GADHAFFI, Mohammad Moammar; a.k.a. GADHAFI, Mohammed; a.k.a. GHATHAFI, Muhammad; a.k.a. QADDAFI, Muhammad); DOB 1970; POB Tripoli, Libya (individual) [LIBYA2].

QADHAFI, Muammar (a.k.a. AL-GADDAFI, Muammar; a.k.a. AL-QADHAFI, Muammar; a.k.a. AL-QADHAFI, Muammar Abu Minyar; a.k.a. ELKADDAFI, Muammar; a.k.a. EL-QADDAFI, Muammar; a.k.a. GADDAFI, Mu'ammar; a.k.a. GADDAFI, Muammar; a.k.a. GADHAFI, Muammar; a.k.a. GHADAFFI, Muammar Muhammad; a.k.a. GHATHAFI, Muammar; a.k.a. QADDAFI, Muammar); DOB 1942; POB Sirte, Libya (individual) [LIBYA2].

QADHAFI, Mutassim (a.k.a. AL-GADDAFI, Mutassim; a.k.a. AL-QADHAFI, Mutassim; a.k.a. ELKADDAFI, Mutassim; a.k.a. EL-QADDAFI, Mutassim; a.k.a. GADDAFI, Mutassim; a.k.a. GADHAFI, Mutassim Billah; a.k.a. GHADAFFI, Mutassim; a.k.a. GHATHAFI, Mutassim; a.k.a. QADDAFI, Mutassim); DOB 1975 (individual) [LIBYA2].

QADHAFI, Saadi (a.k.a. AL-GADDAFI, Saadi; a.k.a. AL-QADHAFI, Sa'adi Mu'ammar; a.k.a. ELKADDAFI, Saadi; a.k.a. EL-QADDAFI, Saadi; a.k.a. GADDAFI, Saadi; a.k.a. GADHAFI, Saadi; a.k.a. GHATHAFI, Saadi; a.k.a. QADDAFI, Saadi); DOB 27 May 1973; alt. DOB 25 May 1973; POB Tripoli, Libya; Passport 010433 (Libya); alt. Passport 014797 (Libya) (individual) [LIBYA2].

QADHAFI, Saif Al-Arab (a.k.a. AL-GADDAFI, Saif Al-Arab; a.k.a. AL-QADHAFI, Saif Al-Arab; a.k.a. ELKADDAFI, Saif Al-Arab; a.k.a. EL-QADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Seif Al-Arab; a.k.a. GADHAFI, Saif Al-Arab; a.k.a. GHATHAFI, Saif Al-Arab; a.k.a. QADDAFI, Saif Al-Arab); DOB 1979; alt. DOB 1982; alt. DOB 1983; POB Tripoli, Libya (individual) [LIBYA2].

QADHAFI, Saif al-Islam (a.k.a. AL-GADDAFI, Saif al-Islam; a.k.a. AL-QADHAFI, Saif al-Islam; a.k.a. ELKADDAFI, Saif al-Islam; a.k.a. EL-QADDAFI, Seif al-Islam; a.k.a. GADDAFI, Saif al-Islam; a.k.a. GADHAFI, Saif al-Islam; a.k.a. GHADAFFI, Saif al-Islam; a.k.a. GHATHAFI, Saif al-Islam; a.k.a. QADDAFI, Saif al-Islam); DOB 25 Jun 1972; POB Tripoli, Libya (individual) [LIBYA2].

QADIR, Abdul (a.k.a. ABDUL BASEER, Abdul Qadeer Basir; a.k.a. AHMAT, Abdul Qadir; a.k.a. BASIR, Abdul Qadir; a.k.a. HAQQANI, Abdul Qadir; a.k.a. "Nasibullah"), Peshawar, Pakistan; DOB 1964; POB Nangarhar Province, Afghanistan; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D000974 (Afghanistan) (individual) [SDGT] (Linked To: TALIBAN).

QADO, Waad (a.k.a. EL KADDU, Waad; a.k.a. "Abu Jaffar al-Shabaki"), Iraq; DOB 12 Dec 1971; alt. DOB 01 Jan 1971; POB Mosul, Iraq; nationality Iraq; Gender Male (individual) [GLOMAG].

QAEDAT AL-JIHAD IN THE INDIAN SUBCONTINENT (a.k.a. AL-QAEDA IN THE INDIAN SUBCONTINENT; a.k.a. AL-QA'IDA IN THE INDIAN SUBCONTINENT), Afghanistan; Pakistan; Bangladesh; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

QAFISHEH, Hisham Younis Yahia (a.k.a. ASLAN, Hasmet; a.k.a. QAFISHEH, Hisham Younis Yahya; a.k.a. QAFISHEH, Hisham Yunis Ichiyeh; a.k.a. QAFISHIH, Hisham Yunis Yahya; a.k.a. QUFAYSHAH, Hisham Yunis Yahya), Turkey; DOB 01 Sep 1956; alt. DOB 01 Jan 1956; POB Jordan; nationality Jordan; alt. nationality Saudi Arabia; citizen Jordan; alt. citizen Palestinian; alt. citizen Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H161563 (Jordan) expires 27 Mar 2006; Identification Number 050449004 (Jordan); alt. Identification Number 9561014063 (Jordan); alt. Identification Number 2024660934 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

QAFISHEH, Hisham Younis Yahya (a.k.a. ASLAN, Hasmet; a.k.a. QAFISHEH, Hisham Younis Yahia; a.k.a. QAFISHEH, Hisham Yunis Ichiyeh; a.k.a. QAFISHIH, Hisham Yunis Yahya; a.k.a. QUFAYSHAH, Hisham Yunis Yahya), Turkey; DOB 01 Sep 1956; alt. DOB 01 Jan 1956; POB Jordan; nationality Jordan; alt. nationality Saudi Arabia; citizen Jordan; alt. citizen Palestinian; alt. citizen Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H161563 (Jordan) expires 27 Mar 2006; Identification Number 050449004 (Jordan); alt. Identification Number 9561014063 (Jordan); alt. Identification Number 2024660934 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

QAFISHEH, Hisham Yunis lchiyeh (a.k.a. ASLAN, Hasmet; a.k.a. QAFISHEH, Hisham Younis Yahia; a.k.a. QAFISHEH, Hisham Younis Yahya; a.k.a. QAFISHIH, Hisham Yunis Yahya; a.k.a. QUFAYSHAH, Hisham Yunis Yahya), Turkey; DOB 01 Sep 1956; alt. DOB 01 Jan 1956; POB Jordan; nationality Jordan; alt. nationality Saudi Arabia; citizen Jordan; alt. citizen Palestinian; alt. citizen Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H161563 (Jordan) expires 27 Mar 2006; Identification Number 050449004 (Jordan); alt. Identification Number 9561014063 (Jordan); alt. Identification Number 2024660934 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

QAFISHIH, Hisham Yunis Yahya (a.k.a. ASLAN, Hasmet; a.k.a. QAFISHEH, Hisham Younis Yahia; a.k.a. QAFISHEH, Hisham Younis Yahya; a.k.a. QAFISHEH, Hisham Yunis lchiyeh; a.k.a. QUFAYSHAH, Hisham Yunis Yahya), Turkey; DOB 01 Sep 1956; alt. DOB 01 Jan 1956; POB Jordan; nationality Jordan; alt. nationality Saudi Arabia; citizen Jordan; alt. citizen Palestinian; alt. citizen Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H161563 (Jordan) expires 27 Mar 2006; Identification Number 050449004 (Jordan); alt. Identification Number 9561014063 (Jordan); alt. Identification Number 2024660934 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

QAHIYE, Mohamed Ahmed, Mozambique; Puntland, Somalia; DOB 1989; alt. DOB 1990; alt. DOB 1991; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

QAHTAN AL-SA'IDI, Hasan (a.k.a. SHIMAWI, Qahtan Hasan Muhammed), Baghdad Governorate, Iraq; DOB 28 Aug 1967; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A12197343 (Iraq) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

QAHTAN AL-SA'IDI, Muhammad (a.k.a. QAHTAN HASAN MUHAMMAD AL-SHIMAWI, Muhammad; a.k.a. QAHTAN, Muhammad), Jisr Diyala, Karrada District, Baghdad, Baghdad Governorate, Iraq; DOB 07 Jun 1996;

nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

QAHTAN HASAN MUHAMMAD AL-SHIMAWI, Muhammad (a.k.a. QAHTAN AL-SA'IDI, Muhammad; a.k.a. QAHTAN, Muhammad), Jisr Diyala, Karrada District, Baghdad, Baghdad Governorate, Iraq; DOB 07 Jun 1996; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

QAHTAN, Muhammad (a.k.a. QAHTAN AL-SA'IDI, Muhammad; a.k.a. QAHTAN HASAN MUHAMMAD AL-SHIMAWI, Muhammad), Jisr Diyala, Karrada District, Baghdad, Baghdad Governorate, Iraq; DOB 07 Jun 1996; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

QA'ID, Hasan (a.k.a. ABU BAKAR, Mohammad Hassan; a.k.a. AL SAHRAWI, Abu Yahya Yunis; a.k.a. AL-LIBI, Abu Yahya; a.k.a. AL-LIBI, Muhammad Hasan; a.k.a. QA'ID, Hasan Muhammad Abu Bakr; a.k.a. QAYED, Muhammad Hassan; a.k.a. RASHID, Abu Yunus; a.k.a. SHEIKH YAHYA, Abu Yahya); DOB 1963; POB Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

QA'ID, Hasan Muhammad Abu Bakr (a.k.a. ABU BAKAR, Mohammad Hassan; a.k.a. AL SAHRAWI, Abu Yahya Yunis; a.k.a. AL-LIBI, Abu Yahya; a.k.a. AL-LIBI, Muhammad Hasan; a.k.a. QA'ID, Hasan; a.k.a. QAYED, Muhammad Hassan; a.k.a. RASHID, Abu Yunus; a.k.a. SHEIKH YAHYA, Abu Yahya); DOB 1963; POB Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

QA'IDI, Ahmad (a.k.a. GHAEDI, Ahmad (Arabic: احمد قائدی)), Iran; United Arab Emirates; DOB 17 May 1976; POB Darab, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E54619530 (Iran) expires 20 Sep 2026; National ID No. 2490326791 (Iran) (individual) [SDGT] [IFSR]

(Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

QALAF, Fuad Mohamed (a.k.a. KALAF, Fuad Mohamed; a.k.a. KALAF, Fuad Mohammed; a.k.a. KHALAF, Fuad; a.k.a. KHALAF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohammed; a.k.a. SHANGOLE, Fuad; a.k.a. SHONGALE, Fouad; a.k.a. SHONGALE, Fuad; a.k.a. SHONGOLE, Fuad; a.k.a. SHONGOLE, Fuad Muhammad Khalaf; a.k.a. SONGALE, Fuad), Mogadishu, Somalia; DOB 28 Mar 1965; alt. DOB 28 May 1965; POB Somalia; nationality Somalia; alt. nationality Sweden; Gender Male (individual) [SOMALIA].

QALANDAR KHAN, Mir Rahman (a.k.a. QALANDER KHAN, Mir Rahman; a.k.a. RAHMANE, Merahman; a.k.a. RAHMANI, Alhaj Mir Rahman; a.k.a. RAHMANI, Mir Rahman; a.k.a. RAHMANI, Mirahman), Turkey; DOB 1962; alt. DOB 08 Nov 1962; alt. DOB 11 Aug 1962; alt. DOB 01 Jan 1962; POB Bagram District, Parwan Province, Afghanistan; nationality Afghanistan; alt. nationality Cyprus; alt. nationality Saint Kitts and Nevis; Gender Male; Passport D0007963 (Afghanistan) expires 20 Jul 2024; alt. Passport D0009658 (Afghanistan) expires 14 Aug 2026; alt. Passport O2426295 (Afghanistan) expires 01 Mar 2027; alt. Passport P00221762 (Afghanistan) expires 27 Aug 2028; alt. Passport S00002012 (Afghanistan) expires 13 Sep 2025; alt. Passport P00631433 (Afghanistan) expires 03 Dec 2027; alt. Passport C10135 (Saint Kitts and Nevis) expires 09 Jan 2025 (individual) [GLOMAG].

QALANDER KHAN, Mir Rahman (a.k.a. QALANDAR KHAN, Mir Rahman; a.k.a. RAHMANE, Merahman; a.k.a. RAHMANI, Alhaj Mir Rahman; a.k.a. RAHMANI, Mir Rahman; a.k.a. RAHMANI, Mirahman), Turkey; DOB 1962; alt. DOB 08 Nov 1962; alt. DOB 11 Aug 1962; alt. DOB 01 Jan 1962; POB Bagram District, Parwan Province, Afghanistan; nationality Afghanistan; alt. nationality Cyprus; alt. nationality Saint Kitts and Nevis; Gender Male; Passport D0007963 (Afghanistan) expires 20 Jul 2024; alt. Passport D0009658 (Afghanistan) expires 14 Aug 2026; alt. Passport O2426295 (Afghanistan) expires 01 Mar 2027; alt. Passport P00221762 (Afghanistan) expires 27 Aug 2028; alt. Passport S00002012 (Afghanistan) expires 13 Sep 2025; alt. Passport P00631433 (Afghanistan) expires 03 Dec 2027; alt.

Passport C10135 (Saint Kitts and Nevis) expires 09 Jan 2025 (individual) [GLOMAG].

QALEM, Musa (a.k.a. ALIZAI, Musa Khalim; a.k.a. BARICH, Musa Kalim; a.k.a. KALEEM, Musa; a.k.a. KALIM, Mohammed Musa; a.k.a. KALIM, Musa; a.k.a. KHALEEM, Musa; a.k.a. KHALIM, Musa; a.k.a. QALIM, Musa), Chahgay Bazaar, Chahgay, Pakistan; Haji Mohammed Plaza, Tol Aram Road, Nearest Jamal Dean Afghani Road, Quetta, Pakistan; Dr Barno Road, Quetta, Pakistan; POB Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AD4756241 (Pakistan) issued 02 Nov 2008 expires 01 Nov 2013; National ID No. 54101-6356624-9 (Pakistan) (individual) [SDGT].

QALHARBE DE LEON, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

QALIM, Musa (a.k.a. ALIZAI, Musa Khalim; a.k.a. BARICH, Musa Kalim; a.k.a. KALEEM, Musa; a.k.a. KALIM, Mohammed Musa; a.k.a. KALIM, Musa; a.k.a. KHALEEM, Musa; a.k.a. KHALIM, Musa; a.k.a. QALEM, Musa), Chahgay Bazaar, Chahgay, Pakistan; Haji Mohammed Plaza, Tol Aram Road, Nearest Jamal Dean Afghani Road, Quetta, Pakistan; Dr Barno Road, Quetta, Pakistan; POB Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AD4756241 (Pakistan) issued 02 Nov 2008 expires 01 Nov 2013; National ID No. 54101-6356624-9 (Pakistan) (individual) [SDGT].

QAMAR, Naved (a.k.a. KHAN, Naveed Qamar; a.k.a. QAMAR, Naveed; a.k.a. QAMAR, Navid; a.k.a. QAMAR, Nuwayd), Flat #R9, Nauman Grand Sati, Gulistan Johar, Block 17, Karachi Sharqi, Karachi Province, Sindh, Pakistan; DOB 27 Oct 1971; POB Bahawalnagar, Pakistan; alt. POB Lahore, Punjab Province, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Passport ZG4109521 (Pakistan) issued 07 Jun 2008 expires 06 Jun 2013; National ID No. 4220149109527 (Pakistan); alt. National ID No. 35171469484 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

QAMAR, Naveed (a.k.a. KHAN, Naveed Qamar; a.k.a. QAMAR, Naved; a.k.a. QAMAR, Navid; a.k.a. QAMAR, Nuwayd), Flat #R9, Nauman Grand Sati, Gulistan Johar, Block 17, Karachi Sharqi, Karachi Province, Sindh, Pakistan; DOB 27 Oct 1971; POB Bahawalnagar, Pakistan; alt. POB Lahore, Punjab Province, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport ZG4109521 (Pakistan) issued 07 Jun 2008 expires 06 Jun 2013; National ID No. 4220149109527 (Pakistan); alt. National ID No. 35171469484 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

QAMAR, Navid (a.k.a. KHAN, Naveed Qamar; a.k.a. QAMAR, Naved; a.k.a. QAMAR, Naveed; a.k.a. QAMAR, Nuwayd), Flat #R9, Nauman Grand Sati, Gulistan Johar, Block 17, Karachi Sharqi, Karachi Province, Sindh, Pakistan; DOB 27 Oct 1971; POB Bahawalnagar, Pakistan; alt. POB Lahore, Punjab Province, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport ZG4109521 (Pakistan) issued 07 Jun 2008 expires 06 Jun 2013; National ID No. 4220149109527 (Pakistan); alt. National ID No. 35171469484 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

QAMAR, Nuwayd (a.k.a. KHAN, Naveed Qamar; a.k.a. QAMAR, Naved; a.k.a. QAMAR, Naveed; a.k.a. QAMAR, Navid), Flat #R9, Nauman Grand Sati, Gulistan Johar, Block 17, Karachi Sharqi, Karachi Province, Sindh, Pakistan; DOB 27 Oct 1971; POB Bahawalnagar, Pakistan; alt. POB Lahore, Punjab Province, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport ZG4109521 (Pakistan) issued 07 Jun 2008 expires 06 Jun 2013; National ID No. 4220149109527 (Pakistan); alt. National ID No. 35171469484 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

QAN'AN, Muhammad Salih Muhammad (a.k.a. ABU-SULAYMAN, Nashwan al-Adani; a.k.a. AL-ADANI, Abu Sulayman; a.k.a. AL-ADANI, Nashwan; a.k.a. AL-ADANI, Sulayman; a.k.a.

AL-HASHIMI, Abu Ma'ali; a.k.a. AL-SAY'ARI, Muhammad Ahmed; a.k.a. AL-SAY'ARI, Muhammad Qan'an; a.k.a. AL-SAY'ARI, Nashwan; a.k.a. MUTHANA, Mohsen Ahmed Saleh; a.k.a. MUTHANNA, Muhsin Ahmad Salah; a.k.a. "AL-MUHAJIR, Abu Usama"), Yemen; DOB 13 Jan 1988; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 05867398 (Yemen); alt. Passport 04988639 (Jordan) (individual) [SDGT] (Linked To: ISIL-YEMEN).

QANAN, Radwan Muhammad Husayn Ali (a.k.a. AL-ADANI, Abu 'Abd al-Rahman; a.k.a. AL-NAQAZ, Basil Muhsin Ahmad; a.k.a. KANAN, Radwan; a.k.a. KANNA, Radwan), Aden, Yemen; al-Tawilah, Kraytar District, Aden, Yemen; DOB 07 Sep 1975; alt. DOB 1982; POB Abyan Governorate, Khanfar, Al-Rumilah, Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIL-YEMEN).

QANI, Esmail (a.k.a. AKBARNEJAD, Esmaeil Ghaani; a.k.a. GHA'ANI, Esma'il; a.k.a. GHAANI, Esmail; a.k.a. GHANI, Esmail; a.k.a. NEZHAD, Ismail Akbar; a.k.a. QA'ANI, Esma'il); DOB 08 Aug 1957; POB Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D9003033 (Iran); alt. Passport D9008347 (Iran) issued 18 Jul 2010 expires 18 Jul 2015 (individual) [SDGT] [IRGC] [IFSR].

QANNADI, Mohammad (a.k.a. GHANNADI MARAGHEH, Mohammad; a.k.a. GHANNADI, Mohammad; a.k.a. GHANNADI-MARAGHEH, Mohammad), Tehran, Iran; DOB 13 Oct 1952; POB Maragheh, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

QANSAWH, Jehad (a.k.a. KANSO, Jehad; a.k.a. KANSO, Jehad Mohamed; a.k.a. KANSO, Jihad; a.k.a. KANSO, Jihad Mohamad; a.k.a. KANSOU, Jihad; a.k.a. KANSOU, Jihad Mohamad; a.k.a. KANSU, Jehad; a.k.a. QANSO, Jehad; a.k.a. QANSU, Jihad; a.k.a. QANSU, Jihad Muhammad), Jinah-Hafez Al Asad Street, Abedah Building-1st Floor, Beirut, Lebanon; Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st

Floor, Jnah, Baabda, Lebanon; DOB 10 Feb 1966; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2647015 (Lebanon); alt. Passport 127298342 (Venezuela) (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

QANSO, Jehad (a.k.a. KANSO, Jehad; a.k.a. KANSO, Jehad Mohamed; a.k.a. KANSO, Jihad; a.k.a. KANSO, Jihad Mohamad; a.k.a. KANSOU, Jihad; a.k.a. KANSOU, Jihad Mohamad; a.k.a. KANSU, Jehad; a.k.a. QANSAWH, Jehad; a.k.a. QANSU, Jihad; a.k.a. QANSU, Jihad Muhammad), Jinah-Hafez Al Asad Street, Abedah Building-1st Floor, Beirut, Lebanon; Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; DOB 10 Feb 1966; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2647015 (Lebanon); alt. Passport 127298342 (Venezuela) (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

QANSU, Ali (a.k.a. KANSO, Ali Mohamed; a.k.a. KANSOU, Ali Mohamed; a.k.a. QANSU, Ali Muhammad), Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; 5 Guma Valley Drive, Spur Road, Freetown, Sierra Leone; Haret Hreik, Lebanon; DOB 01 Oct 1967; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL3504023 (Lebanon); alt. Passport RL 522139 (Lebanon) (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

QANSU, Ali Muhammad (a.k.a. KANSO, Ali Mohamed; a.k.a. KANSOU, Ali Mohamed; a.k.a. QANSU, Ali), Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; 5 Guma Valley Drive, Spur Road, Freetown, Sierra Leone;

Haret Hreik, Lebanon; DOB 01 Oct 1967; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL3504023 (Lebanon); alt. Passport RL 522139 (Lebanon) (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

QANSU, Jihad (a.k.a. KANSO, Jehad; a.k.a. KANSO, Jehad Mohamed; a.k.a. KANSO, Jihad; a.k.a. KANSO, Jihad Mohamad; a.k.a. KANSOU, Jihad; a.k.a. KANSOU, Jihad Mohamad; a.k.a. KANSU, Jehad; a.k.a. QANSAWH, Jehad; a.k.a. QANSO, Jehad; a.k.a. QANSU, Jihad Muhammad), Jinah-Hafez Al Al Asad Street, Abedah Building-1st Floor, Beirut, Lebanon; Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; DOB 10 Feb 1966; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2647015 (Lebanon); alt. Passport 127298342 (Venezuela) (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

QANSU, Jihad Muhammad (a.k.a. KANSO, Jehad; a.k.a. KANSO, Jehad Mohamed; a.k.a. KANSO, Jihad; a.k.a. KANSO, Jihad Mohamad; a.k.a. KANSOU, Jihad; a.k.a. KANSOU, Jihad Mohamad; a.k.a. KANSU, Jehad; a.k.a. QANSAWH, Jehad; a.k.a. QANSO, Jehad; a.k.a. QANSU, Jihad), Jinah-Hafez Al Asad Street, Abedah Building-1st Floor, Beirut, Lebanon; Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; DOB 10 Feb 1966; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2647015 (Lebanon); alt. Passport 127298342 (Venezuela) (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

QAOUK, Nabil (Arabic: نبيل قاووق) (a.k.a. KAWOUK, Nabil; a.k.a. QAWOOK, Sheikh Nabil; a.k.a. QAWOUK, Sheikh Nabil; a.k.a.

QAWUQ, Nabil Yahy), Ebba, Nabatieh, Lebanon; DOB 20 May 1964; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

QARCHAK PRISON (a.k.a. GHARCHAK PRISON; a.k.a. QARCHAK WOMEN'S PRISON; a.k.a. SHAHR-E REY PRISON; a.k.a. "WOMEN'S KAHRIZAK"), Varamin Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

QARCHAK WOMEN'S PRISON (a.k.a. GHARCHAK PRISON; a.k.a. QARCHAK PRISON; a.k.a. SHAHR-E REY PRISON; a.k.a. "WOMEN'S KAHRIZAK"), Varamin Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

QASEMI, Rostam (a.k.a. GHASEMI MOHAMMADALI, ROSTAM; a.k.a. GHASEMI, Rostam), Iran; DOB 22 May 1964; POB Lamerd, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A2463775 (Iran); National ID No. 6579726970 (Iran) (individual) [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: SOLEIMANI, Qasem; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

QASEMI, Seyed Reza (a.k.a. GHASEMI, Seyyed Reza); Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 004-3-94558-9 (Iran); Chief Executive Officer, Rayan Roshd Afzar Company; Managing Director, Rayan Roshd Afzar Company (individual) [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

QASIM, Mohammed (a.k.a. QASIM, Muhammad), Waish, Spin Boldak, Afghanistan; Safaar Bazaar, Garmsir, Afghanistan; Room 33, 5th Floor Sarafi Market, Kandahar, Afghanistan; Bypass Road, Chaman, Qalaye Abdullah District, Pakistan; Qalaye Haji Ali Akbar Dalbandin Post Office, Chaghey District, Pakistan; Karez Qaran, Musa Qal'ah, Helmand Province, Afghanistan; DOB 1976; alt. DOB 1965; POB Pakistan; citizen Pakistan;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AP4858551 (Pakistan) issued 24 May 2008 expires 23 May 2013; National ID No. 54101-9435855-3 (Pakistan); alt. National ID No. 57388 (Afghanistan) (individual) [SDGT].

QASIM, Muhammad (a.k.a. QASIM, Mohammed), Waish, Spin Boldak, Afghanistan; Safaar Bazaar, Garmsir, Afghanistan; Room 33, 5th Floor Sarafi Market, Kandahar, Afghanistan; Bypass Road, Chaman, Qalaye Abdullah District, Pakistan; Qalaye Haji Ali Akbar Dalbandin Post Office, Chaghey District, Pakistan; Karez Qaran, Musa Qal'ah, Helmand Province, Afghanistan; DOB 1976; alt. DOB 1965; POB Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AP4858551 (Pakistan) issued 24 May 2008 expires 23 May 2013; National ID No. 54101-9435855-3 (Pakistan); alt. National ID No. 57388 (Afghanistan) (individual) [SDGT].

QASIM, Naim (a.k.a. KASSEM, Naim; a.k.a. QASSEM, Naim), Lebanon; DOB 1953; POB Kafr Fila, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Deputy Secretary General of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

QASIMI, Murtadi (a.k.a. ALI, Ghasemi Morteza; a.k.a. GHAEEMI, Morteza; a.k.a. GHASEMI, Morteza); DOB 10 Apr 1991; alt. DOB 31 May 1988; alt. DOB 03 Mar 1983; alt. DOB 03 Jan 1983; POB Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T14532563 (Iran); alt. Passport K30803856 (Iran) expires 07 Sep 2019 (individual) [SDGT] (Linked To: QASEMI, Rostam).

QASIR, Ali (a.k.a. GHASEMI, Naser; a.k.a. GHASIR, Ali; a.k.a. GHASSIR, Ali; a.k.a. KASSIR, Ali; a.k.a. QASIR, 'Ali), Iran; DOB 29 Jul 1992; alt. DOB 29 Jul 1990; POB Deir Kanoun El Nahr, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions

Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 3367620 (Lebanon) expires 28 Aug 2020 (individual) [SDGT] (Linked To: QASEMI, Rostam; Linked To: HIZBALLAH).

QASIR, 'Ali (a.k.a. GHASEMI, Naser; a.k.a. GHASIR, Ali; a.k.a. GHASSIR, Ali; a.k.a. KASSIR, Ali; a.k.a. QASIR, Ali), Iran; DOB 29 Jul 1992; alt. DOB 29 Jul 1990; POB Deir Kanoun El Nahr, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 3367620 (Lebanon) expires 28 Aug 2020 (individual) [SDGT] (Linked To: QASEMI, Rostam; Linked To: HIZBALLAH).

QASIR, 'Isa Husayn (a.k.a. KASSEER, Issa Hussein; a.k.a. KASSIR, Issa Hussein (Arabic: عيسى حسين قصير); a.k.a. KSIR, Isa), Deir Qanoun en Nahr, Tyre, South Governorate, Lebanon; DOB 21 Jul 1977; POB El Kouayt, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000004334212 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

QASIR, Ja'afar Mohamed (a.k.a. KASSIR, Mohamad Jaafar; a.k.a. QASIR, Ja'far Muhammad; a.k.a. QASIR, Muhammad Jafar Muhammad (Arabic: محمد جعفر محمد قصير)), Lebanon; DOB 24 May 1990; nationality Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR3609663 (Lebanon); alt. Passport LR1395783 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

QASIR, Ja'far Muhammad (a.k.a. KASSIR, Mohamad Jaafar; a.k.a. QASIR, Ja'afar Mohamed; a.k.a. QASIR, Muhammad Jafar Muhammad (Arabic: محمد جعفر محمد قصير)), Lebanon; DOB 24 May 1990; nationality

Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR3609663 (Lebanon); alt. Passport LR1395783 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

QASIR, Muhammad (a.k.a. KASSIR, Mohammed Jaafar; a.k.a. QASIR, Muhammad Jafar; a.k.a. "EYNAKI"; a.k.a. "FADI"; a.k.a. "GHOLI, Hossein"; a.k.a. "MAJID"; a.k.a. "SALAH, Shaykh"), Syria; DOB 12 Feb 1967; POB Dayr Qanun Al-Nahr, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

QASIR, Muhammad Jafar (a.k.a. KASSIR, Mohammed Jaafar; a.k.a. QASIR, Muhammad; a.k.a. "EYNAKI"; a.k.a. "FADI"; a.k.a. "GHOLI, Hossein"; a.k.a. "MAJID"; a.k.a. "SALAH, Shaykh"), Syria; DOB 12 Feb 1967; POB Dayr Qanun Al-Nahr, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

QASIR, Muhammad Jafar Muhammad (Arabic: محمد جعفر محمد قصير) (a.k.a. KASSIR, Mohamad Jaafar; a.k.a. QASIR, Ja'afar Mohamed; a.k.a. QASIR, Ja'far Muhammad), Lebanon; DOB 24 May 1990; nationality Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR3609663 (Lebanon); alt. Passport LR1395783 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

QASIYUN (a.k.a. AL-QASIUN; a.k.a. AL-QASIUN FIRM; a.k.a. AL-QASIUN SECURITY SERVICES LLC; a.k.a. QASIYUN SECURITY COMPANY), Jurmana, Damascus, Syria [PAARSSR-EO13894] (Linked To: MAKHLUF, Rami).

QASIYUN SECURITY COMPANY (a.k.a. AL-QASIUN; a.k.a. AL-QASIUN FIRM; a.k.a. AL-

QASIUN SECURITY SERVICES LLC; a.k.a. QASIYUN), Jurmana, Damascus, Syria [PAARSSR-EO13894] (Linked To: MAKHLUF, Rami).

QASMANI, Arif (a.k.a. QASMANI, Mohammad Arif; a.k.a. QASMANI, Muhammad Arif; a.k.a. QASMANI, Muhammad 'Arif; a.k.a. "ARIF UMER"; a.k.a. "BABA JI"; a.k.a. "MEMON BABA"; a.k.a. "QASMANI BABA"), House Number 136, KDA Scheme No. 1, Tipu Sultan Road, Karachi, Sindh, Pakistan; DOB circa 1944; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

QASMANI, Mohammad Arif (a.k.a. QASMANI, Arif; a.k.a. QASMANI, Muhammad Arif; a.k.a. QASMANI, Muhammad 'Arif; a.k.a. "ARIF UMER"; a.k.a. "BABA JI"; a.k.a. "MEMON BABA"; a.k.a. "QASMANI BABA"), House Number 136, KDA Scheme No. 1, Tipu Sultan Road, Karachi, Sindh, Pakistan; DOB circa 1944; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

QASMANI, Muhammad Arif (a.k.a. QASMANI, Arif; a.k.a. QASMANI, Mohammad Arif; a.k.a. QASMANI, Muhammad 'Arif; a.k.a. "ARIF UMER"; a.k.a. "BABA JI"; a.k.a. "MEMON BABA"; a.k.a. "QASMANI BABA"), House Number 136, KDA Scheme No. 1, Tipu Sultan Road, Karachi, Sindh, Pakistan; DOB circa 1944; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

QASMANI, Muhammad 'Arif (a.k.a. QASMANI, Arif; a.k.a. QASMANI, Mohammad Arif; a.k.a. QASMANI, Muhammad Arif; a.k.a. "ARIF UMER"; a.k.a. "BABA JI"; a.k.a. "MEMON BABA"; a.k.a. "QASMANI BABA"), House Number 136, KDA Scheme No. 1, Tipu Sultan Road, Karachi, Sindh, Pakistan; DOB circa 1944; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

QASSABI, Alireda Bashi M R (a.k.a. LARI, 'Ali Ridha Qasabi; a.k.a. LARI, 'Ali Ridha Qassabi), Qatar; DOB 1959; nationality Qatar; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1001546 (individual) [SDGT] (Linked To: HIZBALLAH).

QASSAR, Samir (a.k.a. KWEIDER, Muhammad; a.k.a. KWEITER, Muhammad; a.k.a. QUAYDIR, Muhammad; a.k.a. QUWAYDIR, Muhammed Bin-Muhammed Faris), Damascus, Syria; DOB 21 Jul 1967; Gender Male; Passport 004123298; Scientific Studies and Research Center Contracts Director (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

QASSEM, Naim (a.k.a. KASSEM, Naim; a.k.a. QASIM, Naim), Lebanon; DOB 1953; POB Kafr Fila, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Deputy Secretary General of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

QATARJI, Hossam (a.k.a. AL-QATIRJI, Hossam (Arabic: حسام القاطرجي); a.k.a. AL-QATIRJI, Hussam; a.k.a. BIN AHMED RUSHDI AL-QATIRJI, Hussam (Arabic: حسام بن أحمد رشدي قاطرجي); a.k.a. KATARJI, Hussam; a.k.a. KATERJI, Hussam; a.k.a. KHATARJI, Hussam; a.k.a. KHATIRJI, Hussam; a.k.a. QATERJI, Hussam; a.k.a. QATIRJI BIN AHMED RUSHDI, Hussam (Arabic: حسام قاطرجي بن احمد رشدي)), Syria; DOB 11 Jan 1982; POB Raqqa, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QATIRJI COMPANY).

QATERJI, Hussam (a.k.a. AL-QATIRJI, Hossam (Arabic: حسام القاطرجي); a.k.a. AL-QATIRJI, Hussam; a.k.a. BIN AHMED RUSHDI AL-QATIRJI, Hussam (Arabic: حسام بن أحمد رشدي قاطرجي); a.k.a. KATARJI, Hussam; a.k.a. KATERJI, Hussam; a.k.a. KHATARJI, Hussam; a.k.a. KHATIRJI, Hussam; a.k.a. QATARJI, Hossam; a.k.a. QATIRJI BIN AHMED RUSHDI, Hussam (Arabic: حسام قاطرجي بن احمد رشدي)), Syria; DOB 11 Jan 1982; POB Raqqa, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QATIRJI COMPANY).

QATIRJI BIN AHMED RUSHDI, Hussam (Arabic: حسام قاطرجي بن احمد رشدي) (a.k.a. AL-QATIRJI, Hossam (Arabic: حسام القاطرجي); a.k.a. AL-QATIRJI, Hussam; a.k.a. BIN AHMED RUSHDI AL-QATIRJI, Hussam (Arabic: حسام بن أحمد رشدي قاطرجي); a.k.a. KATARJI, Hussam; a.k.a.

KATERJI, Hussam; a.k.a. KHATARJI, Hussam; a.k.a. KHATIRJI, Hussam; a.k.a. QATARJI, Hossam; a.k.a. QATERJI, Hussam), Syria; DOB 11 Jan 1982; POB Raqqa, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QATIRJI COMPANY).

QATIRJI, Muhammad Agha (a.k.a. AL-QATIRJI, Muhammad Agha; a.k.a. QATIRJI, Muhammad Agha Ahmed; a.k.a. QATIRJI, Muhammad Agha Ahmed Rashdi (Arabic: محمد آغا أحمد رشدي قاطرجي)), United Arab Emirates; DOB 01 Jan 1991; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QATIRJI COMPANY).

QATIRJI, Muhammad Agha Ahmed (a.k.a. AL-QATIRJI, Muhammad Agha; a.k.a. QATIRJI, Muhammad Agha; a.k.a. QATIRJI, Muhammad Agha Ahmed Rashdi (Arabic: محمد آغا أحمد رشدي قاطرجي)), United Arab Emirates; DOB 01 Jan 1991; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QATIRJI COMPANY).

QATIRJI, Muhammad Agha Ahmed Rashdi (Arabic: محمد آغا أحمد رشدي قاطرجي) (a.k.a. AL-QATIRJI, Muhammad Agha; a.k.a. QATIRJI, Muhammad Agha; a.k.a. QATIRJI, Muhammad Agha Ahmed), United Arab Emirates; DOB 01 Jan 1991; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QATIRJI COMPANY).

QATRANJI, Hussam (a.k.a. EL KATRANGI, Houssam Hachem; a.k.a. EL KATRANJI, Houssam Hachem; a.k.a. KATRANGI, Houssam; a.k.a. KATRANGI, Houssam Hachem; a.k.a. KATRANGI, Hussam; a.k.a. KATRANJI, Houssam Hachem; a.k.a. KATRANKI, Houssam Hashem), Khansa Jnah, Beirut, Lebanon; DOB 27 Nov 1973; POB Ramlet El Baida, Lebanon; nationality Lebanon; Co-founder and Associate of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

QATRAT ALNADA ALMASI SHIP MANAGEMENT L.L.C, Office 604, Green Tower, Rigga Albuteen, Deira, Dubai, United Arab Emirates; Organization Established Date 15 Feb 2024; Identification Number IMO

6479652; Commercial Registry Number 2226924 (United Arab Emirates); License 1312327 (United Arab Emirates); Chamber of Commerce Number 519528 (United Arab Emirates) [IRAN-EO13902].

QAVAMIN BANK (a.k.a. BANK QAVAMIN; a.k.a. GHAVAMIN BANK; f.k.a. GHAVAMIN FINANCIAL & CREDIT INS.; a.k.a. QAVVAMIN BANK), Ghavamin Tower, Argentina Sq., Tehran, Iran; Website www.ghbi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 397957 (Iran) [IRAN] [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

QAVVAMIN BANK (a.k.a. BANK QAVAMIN; a.k.a. GHAVAMIN BANK; f.k.a. GHAVAMIN FINANCIAL & CREDIT INS.; a.k.a. QAVAMIN BANK), Ghavamin Tower, Argentina Sq., Tehran, Iran; Website www.ghbi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 397957 (Iran) [IRAN] [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

QAWAFIL ALKHAIR ASSOCIATION (a.k.a. QAWAFIL SOCIETY GAZA (Arabic: جمعية قوافل)), Gaza; Website https://qawafilalkhair.net; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2015; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

QAWAFIL SOCIETY GAZA (Arabic: جمعية قوافل) (a.k.a. QAWAFIL ALKHAIR ASSOCIATION), Gaza; Website https://qawafilalkhair.net; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2015; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

QAWOOK, Sheikh Nabil (a.k.a. KAWOUK, Nabil; a.k.a. QAOUK, Nabil (Arabic: نبيل قاووق); a.k.a. QAWOUK, Sheikh Nabil; a.k.a. QAWUQ, Nabil Yahy), Ebba, Nabatieh, Lebanon; DOB 20 May 1964; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

QAWOUK, Sheikh Nabil (a.k.a. KAWOUK, Nabil; a.k.a. QAOUK, Nabil (Arabic: نبيل قاووق); a.k.a. QAWOOK, Sheikh Nabil; a.k.a. QAWUQ, Nabil Yahy), Ebba, Nabatieh, Lebanon; DOB 20 May 1964; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

QAWUQ, Nabil Yahy (a.k.a. KAWOUK, Nabil; a.k.a. QAOUK, Nabil (Arabic: نبيل قاووق); a.k.a. QAWOOK, Sheikh Nabil; a.k.a. QAWOUK, Sheikh Nabil), Ebba, Nabatieh, Lebanon; DOB 20 May 1964; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

QAYED, Muhammad Hassan (a.k.a. ABU BAKAR, Mohammad Hassan; a.k.a. AL SAHRAWI, Abu Yahya Yunis; a.k.a. AL-LIBI, Abu Yahya; a.k.a. AL-LIBI, Muhammad Hasan; a.k.a. QA'ID, Hasan; a.k.a. QA'ID, Hasan Muhammad Abu Bakr; a.k.a. RASHID, Abu Yunus; a.k.a. SHEIKH YAHYA, Abu Yahya); DOB 1963; POB Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

QAYLI, Khalid Husayn (a.k.a. GABER, Khaled Hussein Saleh; a.k.a. JABIR, Khalid Husayn Salih), Yemen; DOB 01 Aug 1992; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 06587862 (Yemen) expires 05 Jun 2028 (individual) [SDGT] (Linked To: ANSARALLAH).

QAYSARI, Erfan (a.k.a. GHEISARI, Erfan), Tehran, Iran; DOB 18 Sep 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0069298262 (Iran) (individual) [NPWMD] [IFSR] (Linked To: KAVOSHGARAN ASMAN MOJ GHADIR COMPANY).

QAYUMI, Vahid (a.k.a. GHAYUMI, Vahid; a.k.a. KAYYUMI, Vahid; a.k.a. QIYUMI, Wahid), Ankara, Turkey; Shiraz, Iran; DOB 30 May 1976; POB Marvdasht, Iran; nationality Iran; Additional Sanctions Information - Subject to

Secondary Sanctions; Gender Male; Passport U22259345 (Turkey) expires 29 Aug 2029; alt. Passport Z52116903 (Iran); National ID No. 2431845990 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

QAYYUM, Muhammad Tabish Abdul (a.k.a. QAYYUUM, Tabish; a.k.a. "TABISH, Abdul Rahman Salar"), Karachi, Pakistan; DOB 09 Apr 1983; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

QAYYUUM, Tabish (a.k.a. QAYYUM, Muhammad Tabish Abdul; a.k.a. "TABISH, Abdul Rahman Salar"), Karachi, Pakistan; DOB 09 Apr 1983; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

QAZALI NETWORK (a.k.a. AL-TAYAR AL-RISALI; a.k.a. ASA'IB AHL AL-HAQ; a.k.a. ASA'IB AHL AL-HAQ MIN AL-IRAQ; a.k.a. ASA'IB AHL AL-HAQQ; a.k.a. ASAIB AL HAQ; a.k.a. KHAZALI NETWORK; a.k.a. KHAZALI SPECIAL GROUP; a.k.a. KHAZALI SPECIAL GROUPS NETWORK; a.k.a. LEAGUE OF THE RIGHTEOUS; a.k.a. "AAH"; a.k.a. "THE MISSIONARY CURRENT"; a.k.a. "THE PEOPLE OF THE CAVE"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

QAZAN, Ali Mohamad (a.k.a. KASSAN, Ali Mohamad; a.k.a. KAZAN, Ali Muhammad), Avenue Taroba, 1005 Edificio Beatriz Mendes, Apt 1704, Foz do Iguacu, Brazil; DOB 19 Dec 1967; POB Taibe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0089044 (Lebanon) (individual) [SDGT].

QEKEMAN, Memetiming (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a.

"SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 653225197110100533 (China) (individual) [SDGT].

QEMAT AL NAJAH GENERAL TRADING L.L.C (a.k.a. QEMAT AL NAJAH GENERAL TRADING LTD; a.k.a. QEMAT ALNAJAH GENERAL TRADING LLC; a.k.a. QEMAT AL-NAJAH GENERAL TRADING LLC; a.k.a. QEMATAL NAJAH GENERAL TRADING LLC), Baniyas Square Road, Deira, Dubai, United Arab Emirates; Dubai Towers, 8, 14 Road, 8 Floor, Office 805, Al Rigga, P.O. Box 95871, Dubai, United Arab Emirates; Al Maktoum Road, Baniyas Square, Dubai Tower, Deira, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Apr 2012; Organization Type: Non-specialized wholesale trade; Commercial Registry Number 1096167 (United Arab Emirates); License 668354 (United Arab Emirates); Chamber of Commerce Number 203853 (United Arab Emirates) [SDGT] (Linked To: AL-SHABAAB).

QEMAT AL NAJAH GENERAL TRADING LTD (a.k.a. QEMAT AL NAJAH GENERAL TRADING L.L.C; a.k.a. QEMAT ALNAJAH GENERAL TRADING LLC; a.k.a. QEMAT AL-NAJAH GENERAL TRADING LLC; a.k.a. QEMATAL NAJAH GENERAL TRADING LLC), Baniyas Square Road, Deira, Dubai, United Arab Emirates; Dubai Towers, 8, 14 Road, 8 Floor, Office 805, Al Rigga, P.O. Box 95871, Dubai, United Arab Emirates; Al Maktoum Road, Baniyas Square, Dubai Tower, Deira, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Apr 2012; Organization Type: Non-specialized wholesale trade; Commercial Registry Number 1096167 (United Arab Emirates); License 668354 (United Arab Emirates); Chamber of Commerce Number 203853 (United Arab Emirates) [SDGT] (Linked To: AL-SHABAAB).

QEMAT ALNAJAH GENERAL TRADING LLC (a.k.a. QEMAT AL NAJAH GENERAL TRADING L.L.C; a.k.a. QEMAT AL NAJAH GENERAL TRADING LTD; a.k.a. QEMAT AL-NAJAH GENERAL TRADING LLC; a.k.a.

QEMATAL NAJAH GENERAL TRADING LLC), Baniyas Square Road, Deira, Dubai, United Arab Emirates; Dubai Towers, 8, 14 Road, 8 Floor, Office 805, Al Rigga, P.O. Box 95871, Dubai, United Arab Emirates; Al Maktoum Road, Baniyas Square, Dubai Tower, Deira, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Apr 2012; Organization Type: Non-specialized wholesale trade; Commercial Registry Number 1096167 (United Arab Emirates); License 668354 (United Arab Emirates); Chamber of Commerce Number 203853 (United Arab Emirates) [SDGT] (Linked To: AL-SHABAAB).

QEMAT AL-NAJAH GENERAL TRADING LLC (a.k.a. QEMAT AL NAJAH GENERAL TRADING L.L.C; a.k.a. QEMAT AL NAJAH GENERAL TRADING LTD; a.k.a. QEMAT ALNAJAH GENERAL TRADING LLC; a.k.a. QEMATAL NAJAH GENERAL TRADING LLC), Baniyas Square Road, Deira, Dubai, United Arab Emirates; Dubai Towers, 8, 14 Road, 8 Floor, Office 805, Al Rigga, P.O. Box 95871, Dubai, United Arab Emirates; Al Maktoum Road, Baniyas Square, Dubai Tower, Deira, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Apr 2012; Organization Type: Non-specialized wholesale trade; Commercial Registry Number 1096167 (United Arab Emirates); License 668354 (United Arab Emirates); Chamber of Commerce Number 203853 (United Arab Emirates) [SDGT] (Linked To: AL-SHABAAB).

QEMATAL NAJAH GENERAL TRADING LLC (a.k.a. QEMAT AL NAJAH GENERAL TRADING L.L.C; a.k.a. QEMAT AL NAJAH GENERAL TRADING LTD; a.k.a. QEMAT ALNAJAH GENERAL TRADING LLC; a.k.a. QEMAT AL-NAJAH GENERAL TRADING LLC), Baniyas Square Road, Deira, Dubai, United Arab Emirates; Dubai Towers, 8, 14 Road, 8 Floor, Office 805, Al Rigga, P.O. Box 95871, Dubai, United Arab Emirates; Al Maktoum Road, Baniyas Square, Dubai Tower, Deira, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Apr 2012; Organization Type: Non-specialized wholesale trade; Commercial Registry Number 1096167 (United Arab Emirates); License 668354 (United

Arab Emirates); Chamber of Commerce Number 203853 (United Arab Emirates) [SDGT] (Linked To: AL-SHABAAB).

QESHM ARIAN DATIS SOFTWARE COMPANY (شرکت نرم افزاری دوتیس آریان قشم :Arabic) (a.k.a. DOTIS ARIAN QESHM SOFTWARE COMPANY; a.k.a. NARM AFZARI DATIS ARIAN QESHM), No. 33 East Nahid Street, Nelson Mandela Street (Africa), Tehran 1915718181, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14000256403 (Iran); Registration Number 3328 (Iran) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

QESHM FARS AIR (a.k.a. FARS AIR CARGO AIRLINE; a.k.a. FARS AIR QESHM; a.k.a. FARS QESHM AIR; a.k.a. FARS QESHM AIRLINES; a.k.a. FRAS AIR PVT. CO.), No 1, Laleh Dd End, Azadegan St., Karaj Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

QESHM MADKANDALOO SHIPBUILDING COOPERATIVE CO (a.k.a. MAD KANDALU COMPANY; a.k.a. MAD KANDALU SHIPBUILDING COOPERATIVE; a.k.a. MAD KANDALU SHIPBUILDING COOPERATIVE QESHM; a.k.a. MADKANDALOU COMPANY), Qeshm Island, Iran; Website www.madkandaloo.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

QESHM ZINC SMELTING AND REDUCTION COMPANY (a.k.a. QESHM ZINC SMELTING AND REDUCTION COMPLEX), 20 Km Dargahan-to-Loft Road, Qeshm Island, Hormozgan, Iran; Website www.gzsc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: CALCIMIN).

QESHM ZINC SMELTING AND REDUCTION COMPLEX (a.k.a. QESHM ZINC SMELTING AND REDUCTION COMPANY), 20 Km Dargahan-to-Loft Road, Qeshm Island, Hormozgan, Iran; Website www.gzsc.ir; Additional Sanctions Information - Subject to

Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: CALCIMIN).

QEZEL HESAR PENITENTIARY (a.k.a. GHEZEL HESAR PENITENTIARY; a.k.a. GHEZEL HESAR PRISON), Payam Rd, Mehrshahr, Karaj, Alborz Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

QHUMU, Sufian bin (a.k.a. QUMU, Abu Sufian Ibrahim Ahmed Hamuda Bin; a.k.a. QUMU, Sufian bin), Darnah, Libya; DOB 26 Jun 1959; POB Darnah, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

QI GROUP LIMITED, Flat B5 1F Manning Ind Bldg 116-118 Hongwings St, Kwun Tong Kln, Hong Kong, China; Organization Established Date 26 Mar 2021; C.R. No. 3032377 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

QIAN XI LONG TRADING CO LIMITED (Chinese Traditional: 千禧龍貿易有限公司), Unit 04-05, 16th Floor, The Broadway, No. 54-62 Lockhart Road, Wanchai, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 10 May 2012; Company Number 1742617 (Hong Kong); Business Registration Number 59781655 (Hong Kong) [NPWMD] [IFSR] (Linked To: MA, Jie).

QIDONG HENGCHENG ELECTRONICS FACTORY (Chinese Simplified: 启东市衡成电子厂), No. 8, Group 6, Nanqinghe Village, Huiping Town, Qidong, Nantong, Jiangsu Province, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 08 Jun 2016; Unified Social Credit Code (USCC) 92320681MA1PX44D4Q (China) [NPWMD] (Linked To: SHI, Anhui).

QIN, Dehui (Chinese Simplified: 秦德辉), Shanghai, China; DOB 11 Mar 1970; POB Wufeng Tujia Autonomous County, Yichang, Hubei Province, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 420529197003112113 (China) (individual) [NPWMD] [IFSR] (Linked To: SHANGHAI TANCHAIN NEW MATERIAL TECHNOLOGY CO LTD).

QIN, Jack (a.k.a. XIANHUA, Jack; a.k.a. XIANHUA, Qin); DOB 08 Jan 1979; citizen China; Additional Sanctions Information - Subject to Secondary Sanctions; Passport E31457650 expires 21 Oct 2023 (individual) [NPWMD] [IFSR].

QIN, Jinhua (Chinese Simplified: 秦金华) (a.k.a. "QIN, Edward"), Shanghai, China; DOB 16 Nov 1981; POB Wufeng, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport EJ6282156 (China); National ID No. 420529198111162112 (China) (individual) [NPWMD] [IFSR] (Linked To: SHANGHAI TANCHAIN NEW MATERIAL TECHNOLOGY CO LTD).

QIN, Xutong, Ji Lin, China; DOB 29 Apr 1994; POB Ji Lin, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport E77862399 (China) issued 19 Apr 2016 expires 18 Apr 2026 (individual) [NPWMD] [IFSR] (Linked To: HONG KONG KE.DO INTERNATIONAL TRADE CO., LIMITED).

QINGDAO CEMO TECHNOLOGY DEVELOP CO., LTD. (Chinese Simplified: 青岛盛茂科技发展有限公司) (a.k.a. QINGDAO SHENGMAO SCIENCE & TECHNOLOGY DEVELOPMENT CO., LTD.; a.k.a. QINGDAO SHENGMAO SCIENCE AND TECHNOLOGY DEVELOPMENT CO., LTD.), Room 30b-E10, No. 15 Donghai West Road, Shinan District, Qingdao, Shandong Province, China; Email Address 414192810@qq.com; Phone Number 8615175978802; Organization Established Date 04 Jun 2021; Unified Social Credit Code (USCC) 91370202MA948F4T49 (China) [ILLICIT-DRUGS-EO14059].

QINGDAO CONSTRUCTION (NAMIBIA) CC, ERF 338, Platinum Street, Prosperita, Windhoek, Namibia; P.O. Box 26774, Windhoek, Namibia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration ID 2008/0598 (Namibia) [DPRK3] (Linked To: MANSUDAE OVERSEAS PROJECTS ARCHITECTURAL AND TECHNICAL SERVICES (PTY) LIMITED; Linked To: MANSUDAE OVERSEAS PROJECT GROUP OF COMPANIES).

QINGDAO FUSHEN PETROCHEMICAL CO., LTD (Chinese Simplified: 青岛富申石油化工有限公司), Room 8302-2-1, Third Floor, Yufang Hailan Office Building, No. 1, Indian Ocean Road, West Coast Comprehensive Bonded Zone, Pilot Free Trade Zone, Qingdao, Shandong 266555, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Oct 2022; Legal Entity Number 836800L3VBP3FOFDTP68; Unified Social Credit Code (USCC) 91370220MABP904JX9 (China) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

QINGDAO HEHUIXIN INTERNATIONAL TRADE CO LTD, No. 046, Floor 1, Building A, Floor No. 6 Office, No. 1, Luanhe Road, Shanghe Model Zone, Jiaozhou, Qingdao, Shandong 266000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Oct 2022; Unified Social Credit Code (USCC) 91370281MAC1EYTW5E (China) [RUSSIA-EO14024].

QINGDAO HEXIN UNITED INTERNATIONAL SHIPPING AGENCY CO., LTD. (Chinese Simplified: 青岛和信联合国际船舶代理有限公司) (a.k.a. QINGDAO UNION CREDIT INTERNATIONAL SHIPPING AGENCY CO., LTD.), Room 764, No. 33, Market 2nd Road, Qingdao, Shandong 266000, China; Organization Established Date 28 Mar 2014; Unified Social Credit Code (USCC) 913702030961719381 (China) [IRAN-EO13902].

QINGDAO HEZHI BUSINESS SERVICE CO LTD, Room 303, Unit 1, Building 1, No.112 Ningxia Road, Shinan District, Qingdao, Shandong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 21 Aug 2024; Unified Social Credit Code (USCC) 91370200MADY0FLQ9J (China) [UKRAINE-EO13662] [RUSSIA-EO14024].

QINGDAO LIANRUN INTERNATIONAL SHIPPING AGENCY CO., LTD (a.k.a. QINGDAO LINKRICH INTERNATIONAL SHIPPING AGENCY CO., LTD (Chinese Simplified: 青岛联润国际船舶代理有限公司)),

Room 1126, Hisense Building, No. 17, Donghai West Rd, Qingdao, Shandong 266071, China; No. 87, Fuzhou South Road, Shinan District, Qingdao, Shandong 266073, China; Room A308, Oriental Business Building, No. 266, Ningxia Road, Shinan District, Qingdao, Shandong 266001, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Feb 2004; Unified Social Credit Code (USCC) 91370202756939106J (China) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

QINGDAO LINKRICH INTERNATIONAL SHIPPING AGENCY CO., LTD (Chinese Simplified: 青岛联润国际船舶代理有限公司) (a.k.a. QINGDAO LIANRUN INTERNATIONAL SHIPPING AGENCY CO., LTD), Room 1126, Hisense Building, No. 17, Donghai West Rd, Qingdao, Shandong 266071, China; No. 87, Fuzhou South Road, Shinan District, Qingdao, Shandong 266073, China; Room A308, Oriental Business Building, No. 266, Ningxia Road, Shinan District, Qingdao, Shandong 266001, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Feb 2004; Unified Social Credit Code (USCC) 91370202756939106J (China) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

QINGDAO OCEAN KIMO SHIP MANAGEMENT CO LTD, Room 2501, 117, Zijinshan Lu, Huangdao Qu, Qingdao, Shandong 266000, China; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 2025; Identification Number IMO 0213341 [IRAN-EO13846].

QINGDAO PORT HAIYE DONGJIAKOU OIL PRODUCTS CO., LTD (Chinese Simplified: 青岛港海业董家口油品有限公司), No.88, Gangrun Avenue, Dongjiakou Port Area, Jiaonan City, Qingdao, Shandong 266000, China; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 23 May 2011; Unified Social Credit Code (USCC) 913702115720760002 (China) [IRAN-EO13846].

QINGDAO PREMIER TECHNOLOGY CO LTD (Chinese Simplified: 青岛普瑞米尔科技有限公司), Room 1101, Building 3, No. 130, Jiushui East Road, Licang District, Qingdao, Shandong 266000, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Dec 2018; Unified Social Credit Code (USCC) 91370213MA3NWXAG22 (China) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

QINGDAO SHENGMAO SCIENCE & TECHNOLOGY DEVELOPMENT CO., LTD. (a.k.a. QINGDAO CEMO TECHNOLOGY DEVELOP CO., LTD. (Chinese Simplified: 青岛盛茂科技发展有限公司); a.k.a. QINGDAO SHENGMAO SCIENCE AND TECHNOLOGY DEVELOPMENT CO., LTD.), Room 30b-E10, No. 15 Donghai West Road, Shinan District, Qingdao, Shandong Province, China; Email Address 414192810@qq.com; Phone Number 8615175978802; Organization Established Date 04 Jun 2021; Unified Social Credit Code (USCC) 91370202MA948F4T49 (China) [ILLICIT-DRUGS-EO14059].

QINGDAO SHENGMAO SCIENCE AND TECHNOLOGY DEVELOPMENT CO., LTD. (a.k.a. QINGDAO CEMO TECHNOLOGY DEVELOP CO., LTD. (Chinese Simplified: 青岛盛茂科技发展有限公司); a.k.a. QINGDAO SHENGMAO SCIENCE & TECHNOLOGY DEVELOPMENT CO., LTD.), Room 30b-E10, No. 15 Donghai West Road, Shinan District, Qingdao, Shandong Province, China; Email Address 414192810@qq.com; Phone Number 8615175978802; Organization Established Date 04 Jun 2021; Unified Social Credit Code (USCC) 91370202MA948F4T49 (China) [ILLICIT-DRUGS-EO14059].

QINGDAO UNION CREDIT INTERNATIONAL SHIPPING AGENCY CO., LTD. (a.k.a. QINGDAO HEXIN UNITED INTERNATIONAL SHIPPING AGENCY CO., LTD. (Chinese Simplified: 青岛和信联合国际船舶代理有限公司)), Room 764, No. 33, Market 2nd Road, Qingdao, Shandong 266000, China; Organization Established Date 28 Mar 2014; Unified Social Credit Code (USCC) 913702030961719381 (China) [IRAN-EO13902].

QINGDAO ZHONGRONGTONG TRADE DEVELOPMENT CO., LTD. (Chinese Simplified: 青岛中融通贸易发展有限公司) (a.k.a. QINGDAO ZHONGRONGTONG TRADING DEVELOPMENT CO., LTD.), No. 314, Floor 3, Office Building, No. 43, Beijing Road, Qianwan Bonded Zone, Qingdaopian District, China Pilot Free Trade Zone, Qingdao, Shandong 266000, China; 207, Office Building 52, Tokyo Road, Free Trade Zone, Qingdao, Shandong 266555, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 Mar 2019; Legal Entity Number 655600CBSJ4ZQ7UW6B35 (China); Unified Social Credit Code (USCC) 91370220MA3PBK173K (China) [NPWMD] [IFSR] (Linked To: P.B. SADR CO.).

QINGDAO ZHONGRONGTONG TRADING DEVELOPMENT CO., LTD. (a.k.a. QINGDAO ZHONGRONGTONG TRADE DEVELOPMENT CO., LTD. (Chinese Simplified: 青岛中融通贸易发展有限公司)), No. 314, Floor 3, Office Building, No. 43, Beijing Road, Qianwan Bonded Zone, Qingdaopian District, China Pilot Free Trade Zone, Qingdao, Shandong 266000, China; 207, Office Building 52, Tokyo Road, Free Trade Zone, Qingdao, Shandong 266555, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 Mar 2019; Legal Entity Number 655600CBSJ4ZQ7UW6B35 (China); Unified Social Credit Code (USCC) 91370220MA3PBK173K (China) [NPWMD] [IFSR] (Linked To: P.B. SADR CO.).

QINGYUAN FO FENG LEDA SUPPLY CHAIN SERVICE CO LTD, Room 701, Lixin Shengfeikangcheng Commercial Office Building, 59 Zhenxing South Road, Shijiao Town, Fogang County, Guangdong Province, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Unified Social Credit Code (USCC) 91441821MADYPAQ94B (China) [UKRAINE-EO13662] [RUSSIA-EO14024].

QINSHENG PHARMACEUTICAL TECHNOLOGY CO., LTD. (a.k.a. SHANGHAI QINSHENG PHARMACEUTICAL SCIENCE & TECHNOLOGY CO., LTD.; a.k.a. SHANGHAI QINSHENG PHARMACEUTICAL SCIENCE AND TECHNOLOGY CO., LTD.; a.k.a. SHANGHAI QINSHENG PHARMACEUTICAL TECHNOLOGY CO., LTD.), Room 614, Floor 3, No. 1, Alley 468, New Siping Highway, Shanghai 201413, China; Room 614, Floor 3, Block 1, Lane 468, Xinsiping Highway, Fengxian District, Shanghai, China; Website www.qinvictory.com [SDNTK].

QIU, Hong (Chinese Simplified: 仇鸿; Chinese Traditional: 仇鴻), Hong Kong; DOB Mar 1961; POB Jiangsu Province, China; citizen China; Gender Female (individual) [HK-EO13936].

QIYUMI, Wahid (a.k.a. GHAYUMI, Vahid; a.k.a. KAYYUMI, Vahid; a.k.a. QAYUMI, Vahid), Ankara, Turkey; Shiraz, Iran; DOB 30 May 1976; POB Marvdasht, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U22259345 (Turkey) expires 29 Aug 2029; alt. Passport Z52116903 (Iran); National ID No. 2431845990 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

QODS (JERUSALEM) FORCE OF THE IRGC (a.k.a. AL QODS; a.k.a. IRGC-QF; a.k.a. IRGC-QUDS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS-QODS FORCE; a.k.a. JERUSALEM FORCE; a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN); a.k.a. QODS FORCE; a.k.a. QUDS FORCE; a.k.a. SEPAH-E QODS; a.k.a. SEPAH-E QODS (JERUSALEM FORCE)), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] [ELECTION-EO13848].

QODS AVIATION INDUSTRIES (a.k.a. GHODS AVIATION INDUSTRIES; a.k.a. LIGHT AIRPLANES DESIGN AND MANUFACTURING INDUSTRIES; a.k.a. QODS RESEARCH CENTER), P.O. Box 15875-1834, Km 5 Karaj Special Road, Tehran, Iran; Unit (or Suite) 207, Saleh Blvd, Tehran, Iran; Unit 207, Tarajit Maydane Taymori (or Teimori) Square, Basiri Building, Tarasht, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 14005441856 (Iran); Registration Number 483250 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

QODS FORCE (a.k.a. AL QODS; a.k.a. IRGC-QF; a.k.a. IRGC-QUDS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS-QODS FORCE; a.k.a. JERUSALEM FORCE; a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN); a.k.a. QODS (JERUSALEM) FORCE OF THE IRGC; a.k.a. QUDS FORCE; a.k.a. SEPAH-E QODS; a.k.a. SEPAH-E QODS (JERUSALEM FORCE)), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] [ELECTION-EO13848].

QODS RESEARCH CENTER (a.k.a. GHODS AVIATION INDUSTRIES; a.k.a. LIGHT AIRPLANES DESIGN AND MANUFACTURING INDUSTRIES; a.k.a. QODS AVIATION INDUSTRIES), P.O. Box 15875-1834, Km 5 Karaj Special Road, Tehran, Iran; Unit (or Suite) 207, Saleh Blvd, Tehran, Iran; Unit 207, Tarajit Maydane Taymori (or Teimori) Square, Basiri Building, Tarasht, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 14005441856 (Iran); Registration Number 483250 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

QOLAMSHAHI, Abbas (a.k.a. GHOLAMSHAHI, Abbas), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

QOLIZADEH, Majid (a.k.a. GHOLI ZADEH, Majid; a.k.a. GHOLIA ZADEH, Majid; a.k.a. GHOLIZADEH ZAHMATKESH, Majid (Arabic: مجید قلی زاده زحمت کش); a.k.a. GHOLIZADEH, Majid (Arabic: مجید قلی زاده)), Iran; DOB 01 Mar 1962 to 31 Mar 1963; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0042851882 (Iran); Director of Tasnim News Agency (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: TASNIM NEWS AGENCY).

QOLIZADEH, Vali (a.k.a. GHOLIZADEH, Vali (Arabic: ولی قلی زاده); a.k.a. SA'IDI, Mohammad Hosein), Iran; Iraq; DOB 11 Sep 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0056758472 (Iran) (individual) [SDGT] [IFSR] (Linked To: MADA'IN NOVIN TRADERS).

QOM ENERGY GENERATION GOSTAR, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

QOMI, Mohsen, Iran; DOB 1960; POB Mamazand, Varamin, Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

QOREISHI, Seyyed Hojatollah (a.k.a. GHOREISHI, Sayyid Hojatollah; a.k.a. GHOREISHI, Sayyid Hojjatollah; a.k.a. GHOREISHI, Seyed Hojatollah (Arabic: سید حجت اله قریشی); a.k.a. GHOREISHI, Seyed Hojjatollah; a.k.a. GHOREISHI, Seyyed Hojatollah; a.k.a. GHOREISHI, Seyyed Hojjatollah; a.k.a. GHOREISZI, Seyed Hojjatollah E.; a.k.a. QORESHI, Seyyed Hojatollah; a.k.a. QUREISHI, Seyed Hojjatollah), Iran; DOB 27 Sep 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003923 (Iran) expires 15 Aug 2023 to 15 Aug 2024; alt. Passport N42881363 (Iran) expires 10 Oct 2022; alt. Passport D9021706 (Iran) expires 14 Jul 2021; alt. Passport D10007155 (Iran) expires 17 Aug 2025; alt. Passport A59655618 (Iran) expires 15 Sep 2027; National ID No. 5929869741 (Iran) (individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: QODS AVIATION INDUSTRIES).

QORESHI, Seyyed Hojatollah (a.k.a. GHOREISHI, Sayyid Hojatollah; a.k.a. GHOREISHI, Sayyid Hojjatollah; a.k.a. GHOREISHI, Seyed Hojatollah (Arabic: سید حجت اله قریشی); a.k.a. GHOREISHI, Seyed Hojjatollah; a.k.a. GHOREISHI, Seyyed Hojatollah; a.k.a. GHOREISHI, Seyyed Hojjatollah; a.k.a. GHOREISZI, Seyed Hojjatollah E.; a.k.a. QOREISHI, Seyyed Hojatollah; a.k.a. QUREISHI, Seyed Hojjatollah), Iran; DOB 27 Sep 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003923 (Iran) expires 15 Aug 2023 to 15 Aug 2024; alt. Passport N42881363 (Iran) expires 10 Oct 2022; alt. Passport D9021706 (Iran) expires 14 Jul 2021; alt. Passport D10007155 (Iran) expires 17 Aug 2025; alt. Passport A59655618 (Iran) expires 15 Sep 2027; National ID No. 5929869741 (Iran) (individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF

DEFENSE AND ARMED FORCES LOGISTICS; Linked To: QODS AVIATION INDUSTRIES).

QORGAB, Bashir (a.k.a. GAP, Gure; a.k.a. MAHAMOUD, Bashir Mohamed; a.k.a. MAHMOUD, Bashir Mohamed; a.k.a. MOHAMMED, Bashir Mahmud; a.k.a. MOHAMOUD, Bashir Mohamed; a.k.a. MOHAMUD, Bashir Mohamed; a.k.a. YARE, Bashir; a.k.a. "MUSCAB, Abu"; a.k.a. "QORGAB"), Mogadishu, Somalia; nationality Somalia; DOB circa 1979-1982; alt. DOB 1982 (individual) [SOMALIA].

QUALIFIED DEVELOPER KUTUZOVSKIY 16 LIMITED LIABILITY COMPANY (Cyrillic: СПЕЦИАЛИЗИРОВАННЫЙ ЗАСТРОЙЩИК КУТУЗОВСКИЙ 16 ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ), d. 3 str. 1, ul. Kulneva, Moscow 121170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715865510 (Russia); Registration Number 1117746359235 (Russia) [RUSSIA-EO14024] (Linked To: LLC AEON HOLDING DEVELOPMENT).

QUALITY AUTOS S.A., Panama City, Panama; RUC # 1067593-1-551241 [SDNTK].

QUANGVIETDNBG INTERNATIONAL SERVICES COMPANY LIMITED (a.k.a. SHOPAR INTERNATIONAL E-TRADE COMPANY LIMITED), 37C Alley 2/69 Hoang Liet Street, Hoang Liet Ward, Hanoi, Vietnam; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 04 Jul 2022; Tax ID No. 0110050211 (Vietnam) [DPRK4] (Linked To: NGUYEN, Quang Viet).

QUANTORFORM (a.k.a. KVANTORFORM), Pr-D 2-I Yuzhnoportovyi D. 16, Str. 2, Floor 1, Komn. 101A, 101-108, Moscow 115088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731199056 (Russia); Registration Number 1027739562421 (Russia) [RUSSIA-EO14024].

QUANTTELECOM LLC (a.k.a. LIMITED LIABILITY COMPANY SMARTS QUANTTELECOM), LN. 6-YA V.O. D. 59, K. 1 Lit. B, Pomeshch. 17/6N, Saint Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802875514 (Russia); Registration Number 1147847376720 (Russia) [RUSSIA-EO14024].

QUANTUM OPTICS LTD (a.k.a. LIMITED LIABILITY COMPANY QUANTUM OPTICS; a.k.a. OOO QUANTUM OPTICS), Ul. Serdobolskaya D. 64, Lit. K, Pomeshch. 11-N, Kom. 10, Saint Petersburg 197342, Russia; Beloostrovskaya 22, Office 415, Saint Petersburg 197342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801562614 (Russia); Registration Number 1117847563921 (Russia) [RUSSIA-EO14024].

QUANZHOU YIYANGJIN IMPORT AND EXPORT TRADE CO., LTD., China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3] (Linked To: SEK STUDIO).

QUARTERMASTER GENERAL OFFICE (a.k.a. OFFICE OF THE QUARTERMASTER GENERAL; a.k.a. QUARTERMASTER GENERAL'S OFFICE), Burma; Target Type Government Entity [BURMA-EO14014].

QUARTERMASTER GENERAL'S OFFICE (a.k.a. OFFICE OF THE QUARTERMASTER GENERAL; a.k.a. QUARTERMASTER GENERAL OFFICE), Burma; Target Type Government Entity [BURMA-EO14014].

QUARTIERLATINAPARTMENTS (a.k.a. SMILE BITCARD; a.k.a. SMILE PROPERTY & TRAVEL LTD; a.k.a. SMILE PROPERTY AND TRAVEL LTD), Flat 1 73a White Lion Street, Islington, London N1 9PF, United Kingdom; 72 High Street Haslemere, Surrey GU27 2LA, United Kingdom; Website quartierlatinapartments.com; alt. Website smilebitcard.com; Company Number 08220547 (United Kingdom) [SDNTK].

QUAYDIR, Muhammad (a.k.a. KWEIDER, Muhammad; a.k.a. KWEITER, Muhammad; a.k.a. QASSAR, Samir; a.k.a. QUWAYDIR, Muhammed Bin-Muhammed Faris), Damascus, Syria; DOB 21 Jul 1967; Gender Male; Passport 004123298; Scientific Studies and Research Center Contracts Director (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

QUBAYSI, Abd Al Menhem (a.k.a. AL-QUBAYSI, Abd-al-Munim; a.k.a. KOBEISSI, Abd Al Menhem; a.k.a. KOBEISSI, Abdel Menhem; a.k.a. KOBEISSI, Abdul Menhem; a.k.a. KOBEISSY, Abdul Menhem; a.k.a. KUBAYSY, Abd Al Munhim); DOB 01 Jan 1964; alt. DOB 1961; POB Beirut, Lebanon; nationality

Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 1622378 (Lebanon) (individual) [SDGT].

QUDS FORCE (a.k.a. AL QODS; a.k.a. IRGC-QF; a.k.a. IRGC-QUDS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS-QODS FORCE; a.k.a. JERUSALEM FORCE; a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN); a.k.a. QODS (JERUSALEM) FORCE OF THE IRGC; a.k.a. QODS FORCE; a.k.a. SEPAH-E QODS; a.k.a. SEPAH-E QODS (JERUSALEM FORCE)), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] [ELECTION-EO13848].

QUDS RAZAVI HOUSING AND CONSTRUCTION CO. (Arabic: شرکت مسکن و عمران قدس رضوی), University St., North of Kafaei Blvd, #439, Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10380186188 (Iran); Registration Number 2873 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

QUDS RAZAVI MINES CO. (Arabic: شرکت معادن قدس رضوی), Iran; Turkmenistan; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10380279032 (Iran); Registration Number 12211 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

QUDS RAZAVI TRADITIONAL TILE CO. (Arabic: شرکت کاشی سنتی قدس رضوی), Sarakhs Rd., 20 Kaneh Rd., 14 km., Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10380234220 (Iran); Registration Number 7626 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

QUDSIAH, Abdulfatah (a.k.a. QUDSIYAH, Abd-al-Fatah; a.k.a. QUDSIYAH, Abdul Fatah); DOB 1950; alt. DOB 1963; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

QUDSIYAH, Abd-al-Fatah (a.k.a. QUDSIAH, Abdulfatah; a.k.a. QUDSIYAH, Abdul Fatah); DOB 1950; alt. DOB 1963; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

QUDSIYAH, Abdul Fatah (a.k.a. QUDSIAH, Abdulfatah; a.k.a. QUDSIYAH, Abd-al-Fatah);

DOB 1950; alt. DOB 1963; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

QUEENS RING LIMITED, Rm 061 Unit C and D 1/F Por Mee Fty Bldg 500, Castle Peak Road, Cheung Sha Wan, Kowloon, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Jan 2019; Company Number 2790886 (Hong Kong); Business Registration Number 70329473 (Hong Kong) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

QUESTANO HK LIMITED, Rm 023, 9/F Kwai Shing Ind Bldg Stage 2 42-46 Tai Lin Pai Rd, Hong Kong, China; Organization Established Date 08 Sep 2022; Company Number 3188752 (Hong Kong); Business Registration Number 74406347 (Hong Kong) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

QUEVEDO FERNANDEZ, Manuel Salvador (a.k.a. QUEVEDO, Manuel), Capital District, Venezuela; DOB 01 Mar 1967; citizen Venezuela; Gender Male; Cedula No. 9705800 (Venezuela); Passport D0131415 (Venezuela); alt. Passport 040236069 (Venezuela); alt. Passport 6252002 (Venezuela) (individual) [VENEZUELA].

QUEVEDO, Manuel (a.k.a. QUEVEDO FERNANDEZ, Manuel Salvador), Capital District, Venezuela; DOB 01 Mar 1967; citizen Venezuela; Gender Male; Cedula No. 9705800 (Venezuela); Passport D0131415 (Venezuela); alt. Passport 040236069 (Venezuela); alt. Passport 6252002 (Venezuela) (individual) [VENEZUELA].

QUFAYSHAH, Hisham Yunis Yahya (a.k.a. ASLAN, Hasmet; a.k.a. QAFISHEH, Hisham Younis Yahia; a.k.a. QAFISHEH, Hisham Younis Yahya; a.k.a. QAFISHEH, Hisham Yunis lchiyeh; a.k.a. QAFISHIH, Hisham Yunis Yahya), Turkey; DOB 01 Sep 1956; alt. DOB 01 Jan 1956; POB Jordan; nationality Jordan; alt. nationality Saudi Arabia; citizen Jordan; alt. citizen Palestinian; alt. citizen Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H161563 (Jordan) expires 27 Mar 2006; Identification Number 050449004 (Jordan); alt. Identification Number 9561014063 (Jordan); alt. Identification Number 2024660934 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

QUI LAB, S.A. DE C.V. (a.k.a. QUILAB), Ciudad Obregon, Sonora, Mexico; Cajeme, Sonora, Mexico; Website https://quilab.mx; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 06 Apr 2021; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; R.F.C. QLA210406UP9 (Mexico); Folio Mercantil No. N-2021046119 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: FAVELA LOPEZ, Jorge Luis; Linked To: GALLARDO GARCIA, Gilberto).

QUIANA TRADING LIMITED (a.k.a. QUIANA TRADING LTD.), Virgin Islands, British [VENEZUELA] (Linked To: SARRIA DIAZ, Rafael Alfredo).

QUIANA TRADING LTD. (a.k.a. QUIANA TRADING LIMITED), Virgin Islands, British [VENEZUELA] (Linked To: SARRIA DIAZ, Rafael Alfredo).

QUIBOLOY, Apollo Carreon, Davao, Philippines; DOB 25 Apr 1950; alt. DOB 25 Apr 1947; POB Philippines; nationality Philippines; Gender Male (individual) [GLOMAG].

QUIJANO BECERRA, Alvaro Andres, Bogota, Colombia; United Arab Emirates; DOB 18 Jul 1967; POB Bogota, Colombia; nationality Colombia; alt. nationality Italy; Gender Male; Cedula No. 80413253 (Colombia); Passport AP628498 (Colombia); alt. Passport YB7731256 (Italy) expires 01 Mar 2031 (individual) [SUDAN-EO14098].

QUILAB (a.k.a. QUI LAB, S.A. DE C.V.), Ciudad Obregon, Sonora, Mexico; Cajeme, Sonora, Mexico; Website https://quilab.mx; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 06 Apr 2021; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; R.F.C. QLA210406UP9 (Mexico); Folio Mercantil No. N-2021046119 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: FAVELA LOPEZ, Jorge Luis; Linked To: GALLARDO GARCIA, Gilberto).

QUINTANA NAVARRO, Maria Teresa, C. Jose Vasconcelos 556, Col. Colinas De La Normal, Guadalajara, Jalisco, Mexico; Efrain Gonzalez Luna 2481, Guadalajara, Jalisco 44140, Mexico; Efrain Gonzalez Luna 302, Guadalajara, Jalisco CP 44200, Mexico; DOB 05 Mar 1971; POB Guadalajara, Jalisco,

Mexico; C.U.R.P. QUNT710305MJCNVR02 (Mexico) (individual) [SDNTK] (Linked To: CARTEL DE JALISCO NUEVA GENERACION; Linked To: LOS CUINIS).

QUINTANA ZORROZUA, Asier; DOB 27 Feb 1968; POB Bilbao Vizcaya Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 30.609.430; Member ETA (individual) [SDGT].

QUINTERO ARCE, Juan Francisco (a.k.a. "EL CHATO"), Mexico; DOB 26 Aug 1959; POB Mocorito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. QUAJ590826P41 (Mexico); C.U.R.P. QUAJ590826HSLNRN02 (Mexico) (individual) [SDNTK].

QUINTERO CUEVAS, Carlos Enrique, Caracas, Capital District, Venezuela; DOB 16 Feb 1972; citizen Venezuela; Gender Male; Cedula No. 10719241 (Venezuela); Alternate Rector of Venezuela's National Electoral Council; Member of Venezuela's National Electoral Board (individual) [VENEZUELA].

QUINTERO MERAZ, Jose Albino; DOB 15 Sep 1959; POB Sinaloa, Mexico (individual) [SDNTK].

QUINTERO SANCLEMENTE, Ramon Alberto (a.k.a. "DON TOMAS"; a.k.a. "EL INGENIERO"; a.k.a. "LUCAS"), Carrera 16 No. 3-15, Buga, Valle, Colombia; Calle 115 No. 9-50, Bogota, Colombia; DOB 30 Nov 1960; alt. DOB 28 Nov 1958; alt. DOB 30 Nov 1961; POB Cali, Colombia; alt. POB Buga, Valle, Colombia; citizen Colombia; Cedula No. 14881147 (Colombia); Passport AE048871 (Colombia) (individual) [SDNT].

QUISPE PALOMINO, Jorge (a.k.a. "COMRADE RAUL"); DOB 02 Nov 1958; POB Ayacucho, Peru; citizen Peru; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDNTK] [SDGT].

QUISPE PALOMINO, Victor (a.k.a. "COMRADE JOSE"); DOB 01 Aug 1960; POB Ayacucho, Peru; citizen Peru; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDNTK] [SDGT].

QUIYA RESIDENCES (a.k.a. FARO GRILL; a.k.a. GRUPO KOVAY; a.k.a. KOVAY DESARROLLOS; a.k.a. MARINE DIAMOND; a.k.a. NAVIS BY LA CRUZ; a.k.a. SANTA JULIA SEASIDE LIVING; a.k.a. SELVARA SIGNATURE COLLECTION; a.k.a. VG DESARROLLOS DE LA BAHIA, S.A. DE C.V.;

a.k.a. ZUL BY LA CRUZ), Guadalajara, Jalisco, Mexico; Nayarit, Mexico; Website https://kovaydesarrollos.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Jan 2013; Organization Type: Real estate activities on a fee or contract basis; Folio Mercantil No. N-2020017740 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: RIVERA MIRAMONTES, Carlos Humberto).

QUMU, Abu Sufian Ibrahim Ahmed Hamuda Bin (a.k.a. QHUMU, Sufian bin; a.k.a. QUMU, Sufian bin), Darnah, Libya; DOB 26 Jun 1959; POB Darnah, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

QUMU, Sufian bin (a.k.a. QHUMU, Sufian bin; a.k.a. QUMU, Abu Sufian Ibrahim Ahmed Hamuda Bin), Darnah, Libya; DOB 26 Jun 1959; POB Darnah, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

QUOC VIET MARINE TRANSPORT JSC (a.k.a. CONG TY CO PHAN VAN TAI HANG HAI QUOC VIET), 5, Road 7, Phu Huu Ward, District 9, Ho Chi Minh City, Vietnam; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 1701198159 (Vietnam) issued 2009 [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

QUREISHI, Seyed Hojjatollah (a.k.a. GHOREISHI, Sayyid Hojatollah; a.k.a. GHOREISHI, Sayyid Hojjatollah; a.k.a. GHOREISHI, Seyed Hojatollah (Arabic: سید حجت اله قریشی); a.k.a. GHOREISHI, Seyed Hojjatollah; a.k.a. GHOREISHI, Seyyed Hojatollah; a.k.a. GHOREISHI, Seyyed Hojjatollah; a.k.a. GHOREISZI, Seyed Hojjatollah E.; a.k.a. QOREISHI, Seyyed Hojatollah; a.k.a. QORESHI, Seyyed Hojjatollah), Iran; DOB 27 Sep 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003923 (Iran) expires 15 Aug 2023 to 15 Aug 2024; alt. Passport N42881363 (Iran) expires 10 Oct 2022; alt. Passport D9021706 (Iran) expires 14 Jul 2021; alt. Passport D10007155 (Iran) expires 17 Aug 2025; alt. Passport A59655618 (Iran) expires 15 Sep 2027; National ID No. 5929869741 (Iran)

(individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: QODS AVIATION INDUSTRIES).

QURESHI, Aozma (a.k.a. SULTANA, Aozma), 4 Culham Court, Redford Way, Uxbridge, London UB8 1SY, United Kingdom; 5 Maryport Road, Luton, Bedfordshire LU4 8EA, United Kingdom; 8 St. Mildreds Avenue, Luton, Bedfordshire LU31QR, United Kingdom; DOB 30 Oct 1982; POB Luton, UK; nationality United Kingdom; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 523632616 (United Kingdom) (individual) [SDGT] (Linked To: AL-QURESHI EXECUTIVES; Linked To: AAKHIRAH LIMITED).

QUWAT AL-FAJR (Arabic: قوات الفجر) (a.k.a. AL-JAMAA AL-ISLAMIYAH; a.k.a. AL-JAMAAH AL-ISLAMIYAH; a.k.a. JAMAA ISLAMIYA; a.k.a. JAMA'A ISLAMIYAH; a.k.a. JAMAA ISLAMIYAH; a.k.a. LEBANESE MUSLIM BROTHERHOOD (Arabic: الجماعة الإسلامية بلبنان); a.k.a. "AL-FAJER FORCES"; a.k.a. "AL-FAJR FORCES"; a.k.a. "ISLAMIC GROUP IN LEBANON"; a.k.a. "THE DAWN FORCES"; a.k.a. "THE FAJR FORCES"; a.k.a. "THE ISLAMIC GROUP"), Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1964; Organization Type: Advocacy organization [FTO] [SDGT].

QUWAYDIR, Muhammed Bin-Muhammed Faris (a.k.a. KWEIDER, Muhammad; a.k.a. KWEITER, Muhammad; a.k.a. QASSAR, Samir; a.k.a. QUAYDIR, Muhammad), Damascus, Syria; DOB 21 Jul 1967; Gender Male; Passport 004123298; Scientific Studies and Research Center Contracts Director (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

QUYDIR, Aqilah Salih (a.k.a. ESSA, Agila Saleh; a.k.a. GWAIDER, Ageela Salah Issa; a.k.a. GWAIDER, Agila Saleh Issa; a.k.a. ISSA, Aguila Saleh; a.k.a. SALEH, Aqilah); DOB 01 Jun 1942; POB Elgubba, Libya; nationality Libya; Passport D001001 (Libya) issued 22 Jan 2015 expires 22 Jan 2017; President and Speaker of the Libyan House of Representatives (individual) [LIBYA3].

QVARTA VK COMPANY LIMITED (a.k.a. KVARTA VK; a.k.a. KVARTA VK OOO; a.k.a. LIMITED LIABILITY COMPANY KVARTA VK

(Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КВАРТА ВК); a.k.a. LLC KVARTA VK; a.k.a. "QUARTA"), D. 9 Str. 1 Pomeshch/Etazh 3/0/2 Pomeshch/Kom III; IV/1-8, 8, Naberezhnaya Moskvoretskaya, Moscow 109240, Russia; Website quarta.su; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Other information technology and computer service activities; Tax ID No. 7704198800 (Russia); Registration Number 1027700300693 (Russia) [RUSSIA-EO14024].

R.Y H. EL REMATE, SOCIEDAD ANONIMA DE CAPITAL VARIABLE, Chihuahua, Mexico; Organization Established Date 13 Sep 2007; Organization Type: Real estate activities on a fee or contract basis; Folio Mercantil No. 23967 (Mexico) [ILLICIT-DRUGS-EO14059].

RA HAVACILIK LOJISTIK VE TASIMACILIK TICARET LIMITED, No: 3/101, Yesilce Mahallesi Dalgic Sokak, Kagithane, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Document # 49840 (Turkey); Tax ID No. 7340903161 (Turkey) [SDGT] [IFSR] (Linked To: MAHAN AIR).

RA, Kyong-Su (a.k.a. CHANG, MYONG HO; a.k.a. CHANG, MYO'NG-HO; a.k.a. CHANG, MYONG-HO), Beijing, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tanchon Commercial Bank Representative to Beijing, China (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

RAAD, Mohammad (a.k.a. RAAD, Mohammed; a.k.a. RA'AD, Muhammad; a.k.a. RA'D, Muhammad; a.k.a. RA'D, Muhammad Hasan; a.k.a. RAED, Mohamad; a.k.a. RAED, Mohamed), Beirut, Lebanon; DOB 28 Aug 1955; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 307321 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

RAAD, Mohammed (a.k.a. RAAD, Mohammad; a.k.a. RA'AD, Muhammad; a.k.a. RA'D, Muhammad; a.k.a. RA'D, Muhammad Hasan;

a.k.a. RAED, Mohamad; a.k.a. RAED, Mohamed), Beirut, Lebanon; DOB 28 Aug 1955; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 307321 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

RA'AD, Muhammad (a.k.a. RAAD, Mohammad; a.k.a. RAAD, Mohammed; a.k.a. RA'D, Muhammad; a.k.a. RA'D, Muhammad Hasan; a.k.a. RAED, Mohamad; a.k.a. RAED, Mohamed), Beirut, Lebanon; DOB 28 Aug 1955; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 307321 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

RAAGE, Abdirahman Nuure (a.k.a. NOOR, Abdirahman; a.k.a. NUREY, Abdelrahman; a.k.a. NUREY, Abdirahman; a.k.a. NUURE, Abdirahman; a.k.a. NUURI, Abdirahman), Baraawe, Lower Shabelle, Somalia; DOB 1968; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

RAAHBAR COMPUTER RESOURCES MANAGEMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

RAAHBAR INFORMATICS SERVICES (a.k.a. RAAHBAR KHADAMAT INFORMATIC), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

RAAHBAR KHADAMAT INFORMATIC (a.k.a. RAAHBAR INFORMATICS SERVICES), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

RAAHBAR SARIR INTEGRATED TRACKING SYSTEMS INC, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

RAB FORCES (a.k.a. RAPID ACTION BATTALION), RAB Forces Headquarters, Cargo Admin Building, Shahjalal International Airport, Kurmitola, Dhaka 1229, Bangladesh; Organization Established Date 26 Mar 2004; Target Type Government Entity [GLOMAG].

RABALSKY, Jacob (a.k.a. RIBALSKI, Yaakov; a.k.a. RIBALSKY, Yaakov; a.k.a. RIBALSKY, Yakov; a.k.a. RYBALSKIY, Yakov; a.k.a. RYBALSKY, Yaakov), Rashi 9/3, Sharon, Israel; DOB 08 Aug 1954; alt. DOB 08 Aug 1950; citizen Israel; Passport 7959978 (Israel); alt. Passport R5408081 (Israel); alt. Passport 9001681 (Israel) (individual) [TCO].

RABBANI, Abul Hashim (a.k.a. HASHIM, Abdul; a.k.a. HASHIM, Abul; a.k.a. SARWAR, Muhammad; a.k.a. "ABU ALI HASHIM"; a.k.a. "ABU HASHIM"; a.k.a. "ABU UL-HASHIM"), Lahore, Pakistan; DOB 01 Jan 1966 to 31 Dec 1968; POB Sheikhupura, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AK5995921 (Pakistan) issued 24 Mar 2007 expires 22 Mar 2012 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

RABBI, Faisal (a.k.a. RABI, Fazal; a.k.a. RABI, Fazl); DOB 1972; alt. DOB 1975; POB Kohe Safi District, Parwan Province, Afghanistan; alt. POB Kapisa Province, Afghanistan; alt. POB Nangarhar Province, Afghanistan; alt. POB Kabul Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

RABI, Fazal (a.k.a. RABBI, Faisal; a.k.a. RABI, Fazl); DOB 1972; alt. DOB 1975; POB Kohe Safi District, Parwan Province, Afghanistan; alt. POB Kapisa Province, Afghanistan; alt. POB Nangarhar Province, Afghanistan; alt. POB Kabul Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

RABI, Fazl (a.k.a. RABBI, Faisal; a.k.a. RABI, Fazal); DOB 1972; alt. DOB 1975; POB Kohe Safi District, Parwan Province, Afghanistan; alt. POB Kapisa Province, Afghanistan; alt. POB Nangarhar Province, Afghanistan; alt. POB Kabul Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

RABIEE, Hamid Reza, Tehran, Iran; DOB 01 Feb 1962; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

RABITA TRUST, Room 9A, 2nd Floor, Wahdat Road, Education Town, Lahore, Pakistan; Wares Colony, Lahore, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

RABYA FOR TRADING FZC (Arabic: شركة رابيا للتجارة شركة منطقة حرة) (a.k.a. "BASSAM AL-SAEEDI AND PARTNERS FREE ZONE COMPANY"; a.k.a. "BASSAM AL-SAEEDI AND PARTNERS FZC"; a.k.a. "RABIA COMPANY"), Al Mayzunah, Dhofar, Oman; Website www.agefzc.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Jul 2018; Commercial Registry Number 1322360 (Oman) [SDGT] (Linked To: ANSARALLAH).

RACHMANI MIR RACHMAN, Chatzi Atzmal (a.k.a. MIR RAHMAN, Haji; a.k.a. RAHMANI MIR RAHMAN, Ajmal; a.k.a. RAHMANI MIR RAHMAN, Haji Ajmal (Greek: PAXMANI MIP PAXMAN, Χατζη Ατζμαλ; Cyrillic: РАХМАНИ МИР РАХМАН, Хаджи Аджмал); a.k.a. RAHMANI, Ajmail; a.k.a. RAHMANI, Ajmal; a.k.a. RAHMANI, Haji Ajmal), Meadows, No. 9, Street 14, Villa 3, Dubai 346049, United Arab Emirates; DOB 01 Jun 1982; alt. DOB 01 Jan 1982; nationality Afghanistan; alt. nationality Hungary; alt. nationality Belgium; alt. nationality Cyprus; alt. nationality Saint Kitts and Nevis; Gender Male; Passport L00014320 (Cyprus) expires 28 Jan 2031; alt. Passport K00202144 (Cyprus) issued 24 Nov 2014 expires 24 Nov 2024; alt. Passport K00285499 (Cyprus); alt. Passport RE0001606 (Saint Kitts and Nevis); alt. Passport O2100300 (Afghanistan) expires 09 May 2023; alt. Passport D0007970 (Afghanistan) expires 21 Jul 2024; National ID No. 8206014981 (Bulgaria) (individual) [GLOMAG].

RAD D.O.O., Kralja Petra I B.B., Zveqan 43000, Kosovo; Organization Established Date 01 Feb 2018; Organization Type: Construction of buildings; Registration Number 810091687 (Kosovo) [GLOMAG] (Linked To: STEVIC, Radule).

RA'D, Muhammad (a.k.a. RAAD, Mohammad; a.k.a. RAAD, Mohammed; a.k.a. RA'AD, Muhammad; a.k.a. RA'D, Muhammad Hasan; a.k.a. RAED, Mohamad; a.k.a. RAED, Mohamed), Beirut, Lebanon; DOB 28 Aug 1955; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 307321 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

RA'D, Muhammad Hasan (a.k.a. RAAD, Mohammad; a.k.a. RAAD, Mohammed; a.k.a. RA'AD, Muhammad; a.k.a. RA'D, Muhammad; a.k.a. RAED, Mohamad; a.k.a. RAED, Mohamed), Beirut, Lebanon; DOB 28 Aug 1955; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 307321 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

RADA AIRLINES LLC (a.k.a. AVIAKOMPANIYA RADA LLC; a.k.a. AVIAKOMPANIYA RADA, OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AVIAKOMPANIYA RADA), 16, pom. 411, 412, ul. Lozhinskaya, Minsk 220125, Belarus; 35 Starinovskaya St., Office 3N, Minsk 220056, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Apr 2015; Organization Type: Freight air transport; Tax ID No. 192457896 (Belarus) [RUSSIA-EO14024] [BELARUS-EO14038].

RADA, Amer Mohamed Akil (a.k.a. AQEEL, Amer Muhammad), Lebanon; DOB 07 Sep 1964; alt. DOB 10 Dec 1967; nationality Lebanon; alt. nationality Colombia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 67121004582 (Colombia); Identification Number V-28426454 (Venezuela) (individual) [SDGT] (Linked To: HIZBALLAH).

RADA, Samer Akil (a.k.a. RADA, Samer Mohamed Akil; a.k.a. REDA, Samer Mohamed Akil), Carabobo, Venezuela; DOB 10 Apr 1981; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 179029472 (Colombia) (individual) [SDGT] (Linked To: HIZBALLAH).

RADA, Samer Mohamed Akil (a.k.a. RADA, Samer Akil; a.k.a. REDA, Samer Mohamed Akil), Carabobo, Venezuela; DOB 10 Apr 1981; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 179029472 (Colombia) (individual) [SDGT] (Linked To: HIZBALLAH).

RADAN, Ahmad-Reza; DOB 1963; alt. DOB 1964; POB Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Deputy Chief, National Police; Deputy Police Chief; Brigadier General (individual) [IRAN-HR].

RADAR MMS NPP (a.k.a. JOINT STOCK COMPANY RADAR MMS; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE RADAR MMS; a.k.a. SCIENTIFIC PRODUCTION ASSOCIATION RADAR MMS JSC), Novoselkovskaya st., 37A, Saint Petersburg 197375, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Oct 1993; Tax ID No. 7814027653 (Russia); Registration Number 1027807560186 (Russia) [RUSSIA-EO14024].

RADFAR, Amir, Iran; DOB 22 Dec 1971; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR].

RADIANT EK AO (Cyrillic: РАДИАНТ ЭК АО) (a.k.a. AO GK RADIANT), Ulitsa Profsoyuznaya, Dom 65, Korpus 1, Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728792756 (Russia); Registration Number 1117746996377 (Russia) [RUSSIA-EO14024].

RADIATION APPLICATIONS DEVELOPMENT COMPANY (a.k.a. RADIATION APPLICATIONS DEVELOPMENT HOLDING COMPANY; a.k.a. "RAD"; a.k.a. "RADIATION APPLICATIONS"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

RADIATION APPLICATIONS DEVELOPMENT HOLDING COMPANY (a.k.a. RADIATION APPLICATIONS DEVELOPMENT COMPANY; a.k.a. "RAD"; a.k.a. "RADIATION APPLICATIONS"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

RADIATION CHEMICAL AND BIOLOGICAL DEFENSE TROOPS (a.k.a. MILITARY UNIT NUMBER 52688; a.k.a. RADIOLOGICAL CHEMICAL AND BIOLOGICAL DEFENSE TROOPS OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (Cyrillic: ВОЙСКА РАДИАЦИОННОЙ ХИМИЧЕСКОЙ И БИОЛОГИЧЕСКОЙ ЗАЩИТЫ МИНИСТЕРСТВА ОБОРОНЫ РОССИЙСКОЙ ФЕДЕРАЦИИ); a.k.a. RCB DEFENSE TROOPS; a.k.a. VOISKOVAYA CHAST 52688 (Cyrillic: ВОЙСКОВАЯ ЧАСТЬ 52688); a.k.a. "RCHBD"; a.k.a. "RKHBZ"), Corpus 2, Building 22, Frunze Embankment, Moscow 119160, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704195013 (Russia); Registration Number 1037739635890 (Russia) [RUSSIA-EO14024].

RADIC, Miroslav; DOB 01 Jan 1961; ICTY indictee in custody (individual) [BALKANS].

RADIC, Mlado; DOB 15 May 1952; POB Lamovita, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

RADIC, Radovan, Kosovo; DOB 19 Oct 1981; nationality Serbia; Gender Male; Identification Number 005221713 (Serbia) expires 25 Mar 2024 (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

RADIN MONEY EXCHANGE (a.k.a. RAYDAYIN COMPANY; a.k.a. RAYDAYIN TURKEY; a.k.a. REDIN COMPANY; a.k.a. REDIN CONSULTING AND FOREIGN TRADE LIMITED COMPANY; a.k.a. REDIN CURRENCY EXCHANGE; a.k.a. REDIN DIS TICARET LTD. STI; a.k.a. REDIN EXCHANGE; a.k.a. REDIN GENERAL TRADE AND CARGO; a.k.a. REDIN MONEY EXCHANGE; a.k.a. RIDEN MONEY EXCHANGE; a.k.a. RIDIN MONEY EXCHANGE), Balabanaga Mahallesi, Ordu Cd. No: 12, Kat:2, Fatih, Istanbul 34134, Turkey; Molla Gurani Mahallesi, Turgut Ozal Millet Cd. No: 38/34, Fatih, Istanbul 34093, Turkey; Incili Pinar Mahallesi, Nisantasi Sk. No: 13, Cazibe Is Merkezi, Kat: 8D:801, Sehitkamil, Gaziantep 27090, Turkey; No: 12-2 Laleli, Balabanaga Mahallesi, Ordu Caddesi, Fatih, Istanbul, Turkey; Email Address redin.antep@gmail.com; alt. Email Address redin.ist@gmail.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 3010560025 (Turkey); Registration Number 926549 (Turkey) [SDGT] (Linked To: HAMAS).

RADIO ANNOUR (a.k.a. AL NOUR BROADCASTING STATION; a.k.a. AL NOUR RADIO; a.k.a. AL NUR RADIO), Abed Al Nour Street, PO Box 197/25, Alghobeiri, Haret Hriek, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; info@al-nour.net; www.al-nour.net [SDGT].

RADIO ENGINEERING CORPORATION VEGA (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN RADIOSTROENIYA VEGA; a.k.a. KONTSERN VEGA AO), Prospekt Kutuzovski 34, Moscow 121170, Russia; Ul. Akademika Pavlova, 14A, St. Petersburg 197376, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7730170167 (Russia); Registration Number 1037730020844 (Russia) [RUSSIA-EO14024].

RADIO TECHNICAL AND INFORMATION SYSTEMS IMENI A.L. MINTS (a.k.a. ACADEMICIAN A.L. MINTS RADIO ENGINEERING INSTITUTE; a.k.a. ACADEMICIAN A.L. MINTS RADIOTECHNICAL INSTITUTE JOINT STOCK COMPANY; a.k.a. RTI IMENI ACADEMICIAN A.L. MINTS), St. 8 Marta, House 10, Structure 1, Moscow 127083, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713006449 (Russia); Registration Number 1027739323831 (Russia) [RUSSIA-EO14024].

RADIOAVIONICA CORPORATION (a.k.a. OAO RADIOAVIONIKA (Cyrillic: ОАО РАДИОАВИОНИКА); a.k.a. OJSC RADIOAVIONIKA; a.k.a. OPEN JOINT STOCK COMPANY RADIOAVIONIKA; a.k.a. OTKRYTOE ATSIONERNOE OBSHCHESTVO RADIOAVIONIKA; a.k.a. RADIOAVIONICA JSC; a.k.a. RADIOAVIONIKA PAO), d.4 litera B, prospekt Troitski, St. Petersburg 190005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Feb 1993; Tax ID No. 7809015518 (Russia); Government Gazette Number 27465454 (Russia); Registration Number 1027810239555 (Russia) [RUSSIA-EO14024].

RADIOAVIONICA JSC (a.k.a. OAO RADIOAVIONIKA (Cyrillic: ОАО РАДИОАВИОНИКА); a.k.a. OJSC RADIOAVIONIKA; a.k.a. OPEN JOINT STOCK COMPANY RADIOAVIONIKA; a.k.a. OTKRYTOE ATSIONERNOE OBSHCHESTVO RADIOAVIONIKA; a.k.a. RADIOAVIONICA CORPORATION; a.k.a. RADIOAVIONIKA PAO), d.4 litera B, prospekt Troitski, St. Petersburg 190005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Feb 1993; Tax ID No. 7809015518 (Russia); Government Gazette Number 27465454 (Russia); Registration Number 1027810239555 (Russia) [RUSSIA-EO14024].

RADIOAVIONIKA PAO (a.k.a. OAO RADIOAVIONIKA (Cyrillic: ОАО РАДИОАВИОНИКА); a.k.a. OJSC RADIOAVIONIKA; a.k.a. OPEN JOINT STOCK COMPANY RADIOAVIONIKA; a.k.a. OTKRYTOE ATSIONERNOE OBSHCHESTVO RADIOAVIONIKA; a.k.a. RADIOAVIONICA CORPORATION; a.k.a. RADIOAVIONICA JSC), d.4 litera B, prospekt Troitski, St. Petersburg 190005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Feb 1993; Tax ID No. 7809015518 (Russia); Government Gazette Number 27465454 (Russia); Registration Number 1027810239555 (Russia) [RUSSIA-EO14024].

RADIOAVTOMATIKA LLC (Cyrillic: ООО РАДИОАВТОМАТИКА) (a.k.a. "RADIOAUTOMATIC"), Zolotorogsky Val St., 11/22, Flat VII, Floor 2, Room 4, Moscow, Moscow Region, Russia; Website www.radioautomatic.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Private Company; Tax ID No. 7725824287 (Russia) [RUSSIA-EO14024].

RADIOFID SISTEMY LLC (a.k.a. RADIOFID SYSTEMS (Cyrillic: РАДИОФИД СИСТЕМЫ)), pom. 66-N k. 1 d. 17 litera A, shosse Vyborgskoe, St. Petersburg 194355, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802491148 (Russia); Registration Number 1107847000084 (Russia) [RUSSIA-EO14024].

RADIOFID SYSTEMS (Cyrillic: РАДИОФИД СИСТЕМЫ) (a.k.a. RADIOFID SISTEMY LLC), pom. 66-N k. 1 d. 17 litera A, shosse Vyborgskoe, St. Petersburg 194355, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802491148 (Russia); Registration Number 1107847000084 (Russia) [RUSSIA-EO14024].

RADIOLAIN (a.k.a. LLC RADIOLINE; a.k.a. RADIOLINE LTD), PR-KT Volgogradskii, D. 42, K. 5, Floor 2, Pom. I, Kom. 1, Moscow 109316, Russia; Ul. Khimikov 28, BC H2O, Office 1207, Saint Petersburg 195030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718837905 (Russia); Registration Number 1117746143228 (Russia) [RUSSIA-EO14024].

RADIOLINE LTD (a.k.a. LLC RADIOLINE; a.k.a. RADIOLAIN), PR-KT Volgogradskii, D. 42, K. 5, Floor 2, Pom. I, Kom. 1, Moscow 109316, Russia; Ul. Khimikov 28, BC H2O, Office 1207, Saint Petersburg 195030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718837905 (Russia); Registration Number 1117746143228 (Russia) [RUSSIA-EO14024].

RADIOLOGICAL CHEMICAL AND BIOLOGICAL DEFENSE TROOPS OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (Cyrillic: ВОЙСКА РАДИАЦИОННОЙ ХИМИЧЕСКОЙ И БИОЛОГИЧЕСКОЙ ЗАЩИТЫ МИНИСТЕРСТВА ОБОРОНЫ РОССИЙСКОЙ ФЕДЕРАЦИИ) (a.k.a. MILITARY UNIT NUMBER 52688; a.k.a. RADIATION CHEMICAL AND BIOLOGICAL DEFENSE TROOPS; a.k.a. RCB DEFENSE TROOPS; a.k.a. VOISKOVAYA CHAST 52688 (Cyrillic: ВОЙСКОВАЯ ЧАСТЬ 52688); a.k.a. "RCHBD"; a.k.a. "RKHBZ"), Corpus 2, Building 22, Frunze Embankment, Moscow 119160, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704195013 (Russia); Registration Number 1037739635890 (Russia) [RUSSIA-EO14024].

RADIOPRIBOR AO (a.k.a. JOINT STOCK COMPANY RADIOPRIBOR; a.k.a. JSC RADIOPRIBOR; a.k.a. OAO RADIOPRIBOR; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO RADIOPRIBOR), Kazan, Republic of Tatarstan 420021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1659034109 (Russia); Registration Number 1021603465850 (Russia) [RUSSIA-EO14024].

RADIOTECHSNAB (a.k.a. OOO RADIOTEKHSNAB), Kosa Petrovskaya d. 1, k. 1, lit. R, pomeshch. 32N, Saint Petersburg 197110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813257380 (Russia); Registration Number 1167847310619 (Russia) [RUSSIA-EO14024].

RADISAVLJEVIC, Miljan, Donji Jasenovik, Zubin Potok, Kosovo; DOB 10 Dec 1972; POB Village Babudovici, Zubin Potok, Kosovo; nationality Serbia; Gender Male; Identification Number

1502104612 (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

RADISAVLJEVIC, Miljojko (a.k.a. "RADISAVLJEVIC, Milojko"), Donji Jasenovik, Zubin Potok, Kosovo; DOB 23 Apr 1978; POB Village Babudovici, Zubin Potok, Kosovo; nationality Serbia; Gender Male (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

RADIX TRADE LIMITED, San Po Kong, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 16 Dec 2022; Company Number 3218757 (Hong Kong); Business Registration Number 74709197 (Hong Kong) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

RADKOV, Aleksandr Mikhailovich (a.k.a. RADZKOU, Aleksandr Mikhailavich); DOB 01 Jul 1951; POB Votnya, Belarus; nationality Belarus; citizen Belarus; Minister of Education (individual) [BELARUS].

RADMARD, Gholamreza (a.k.a. IRANAGH, Gholamreza Radmard), Iran; DOB 25 Jan 1984; POB Tabriz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport F35337357 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

RADOJCIC, Milan Rajko (a.k.a. "RADOICIC, Milan"; a.k.a. "RADOJICIC, Milan"), Serbia; Lola Ribar Street, number 58/7, Mitrovica, Kosovo; DOB 21 Feb 1978; POB Djakovica, Kosovo; nationality Kosovo; Gender Male; Driver's License No. 20177871 (Kosovo); Identification Number 1174669941 (individual) [GLOMAG].

RADOMSKA, Olena (a.k.a. RADOMSKAYA, Elena Vladimirovna; a.k.a. RADOMSKAYA, Yelena), 211 Ulitsa Kuibysheva, Apt. 65, Donetsk, Donetsk Region, Ukraine; DOB 15 Nov 1974; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

RADOMSKAYA, Elena Vladimirovna (a.k.a. RADOMSKA, Olena; a.k.a. RADOMSKAYA, Yelena), 211 Ulitsa Kuibysheva, Apt. 65, Donetsk, Donetsk Region, Ukraine; DOB 15 Nov 1974; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or

589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

RADOMSKAYA, Yelena (a.k.a. RADOMSKA, Olena; a.k.a. RADOMSKAYA, Elena Vladimirovna), 211 Ulitsa Kuibysheva, Apt. 65, Donetsk, Donetsk Region, Ukraine; DOB 15 Nov 1974; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

RADOVAN RADIC B.I., P.P. EU RR GRADNJA, Zupc 40650, Kosovo; Organization Established Date 13 Feb 2014; Organization Type: Construction of other civil engineering projects; V.A.T. Number 601071814 (Kosovo) [GLOMAG] (Linked To: RADIC, Radovan).

RADSEPAHAN (a.k.a. BAKHTAR RAAD ENGINEERING COMPANY; a.k.a. BAKHTAR RAAD SEPAHAN CO.; a.k.a. BAKHTAR RAAD SEPAHAN COMPANY), Number 8, Keyvan 2 Building, between 2nd & 3rd Western Avenue, Mohaberat Street, Shahinshahr, Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

RADUGA DESIGN BUREAU (a.k.a. AO GOSMKB RADUGA IM. A.YA.BEREZNYAKA; a.k.a. RADUGA STATE ENGINEERING DESIGN BUREAU JSC NAMED AFTER A.Y. BEREZNYAK; a.k.a. RADUGA STATE MACHINE BUILDING DESIGN BUREAU JOINT STOCK COMPANY), Ul. Zhukovskogo D. 2, Lit. A, Dubna 141980, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Dec 1991; Tax ID No. 5010031470 (Russia); Registration Number 1055024900006 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

RADUGA STATE ENGINEERING DESIGN BUREAU JSC NAMED AFTER A.Y. BEREZNYAK (a.k.a. AO GOSMKB RADUGA IM. A.YA.BEREZNYAKA; a.k.a. RADUGA DESIGN BUREAU; a.k.a. RADUGA STATE MACHINE BUILDING DESIGN BUREAU JOINT STOCK COMPANY), Ul. Zhukovskogo D. 2, Lit. A, Dubna 141980, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Dec 1991; Tax ID No. 5010031470 (Russia); Registration Number 1055024900006 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

RADUGA STATE MACHINE BUILDING DESIGN BUREAU JOINT STOCK COMPANY (a.k.a. AO GOSMKB RADUGA IM. A.YA.BEREZNYAKA; a.k.a. RADUGA DESIGN BUREAU; a.k.a. RADUGA STATE ENGINEERING DESIGN BUREAU JSC NAMED AFTER A.Y. BEREZNYAK), Ul. Zhukovskogo D. 2, Lit. A, Dubna 141980, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Dec 1991; Tax ID No. 5010031470 (Russia); Registration Number 1055024900006 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

RADULE STEVIC B.I., P.T.P. RAD, Prote Sfojaha, Zveqan 38227, Kosovo; Organization Established Date 04 Apr 2013; Organization Type: Construction of buildings; Tax ID No. 600953708 (Kosovo) [GLOMAG] (Linked To: STEVIC, Radule).

RADWAN, Osama (a.k.a. ALI, Osama; a.k.a. ALI, Oussama; a.k.a. ALI, Oussama Abd-El-Karim; a.k.a. ALI, Usama; a.k.a. RADWAN, Osama Abd Al Karim; a.k.a. RIZWAN, Usama Ali), Lebanon; DOB 02 Jan 1962; POB Palestine; nationality Palestinian; alt. nationality Lebanon; citizen Lebanon; alt. citizen Canada; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BA669463 (Canada); alt. Passport GA329040 (Canada); alt. Passport AJ878107 (Canada); Identification Number 47836452 (Palestinian); Refugee ID Card PR0131118 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

RADWAN, Osama Abd Al Karim (a.k.a. ALI, Osama; a.k.a. ALI, Oussama; a.k.a. ALI, Oussama Abd-El-Karim; a.k.a. ALI, Usama; a.k.a. RADWAN, Osama; a.k.a. RIZWAN, Usama Ali), Lebanon; DOB 02 Jan 1962; POB Palestine; nationality Palestinian; alt. nationality Lebanon; citizen Lebanon; alt. citizen Canada; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BA669463 (Canada); alt. Passport GA329040 (Canada); alt. Passport AJ878107 (Canada); Identification Number 47836452 (Palestinian); Refugee ID Card PR0131118 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

RADZKOU, Aleksandr Mikhailavich (a.k.a. RADKOV, Aleksandr Mikhailovich); DOB 01 Jul 1951; POB Votnya, Belarus; nationality Belarus; citizen Belarus; Minister of Education (individual) [BELARUS].

RAED, Mohamad (a.k.a. RAAD, Mohammad; a.k.a. RAAD, Mohammed; a.k.a. RA'AD, Muhammad; a.k.a. RA'D, Muhammad; a.k.a. RA'D, Muhammad Hasan; a.k.a. RAED, Mohamed), Beirut, Lebanon; DOB 28 Aug 1955; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 307321 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

RAED, Mohamed (a.k.a. RAAD, Mohammad; a.k.a. RAAD, Mohammed; a.k.a. RA'AD, Muhammad; a.k.a. RA'D, Muhammad; a.k.a. RA'D, Muhammad Hasan; a.k.a. RAED, Mohamad), Beirut, Lebanon; DOB 28 Aug 1955; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 307321 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

RA'EESI, Sayyid Ibrahim (a.k.a. RAISI, Ebrahim; a.k.a. RAISOL-SADATI, Seyyid Ebrahim; a.k.a. RAIS-O-SADAT, Sayyid Ebrahim), Iran; DOB 14 Dec 1960; alt. DOB Nov 1960; alt. DOB Dec 1960; POB Masshad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

RAFAT NEJAD, Gholamreza (a.k.a. RAFATNEJAD, Gholamreza); DOB 23 May 1979; POB Tabriz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 137-582394-9; Birth Certificate Number 365 (individual) [CYBER2].

RAFATNEJAD, Gholamreza (a.k.a. RAFAT NEJAD, Gholamreza); DOB 23 May 1979; POB Tabriz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 137-582394-9; Birth Certificate Number 365 (individual) [CYBER2].

RAFIQ, Assem (a.k.a. ABDULMALIK, Abdul Hameed; a.k.a. MALIK, Assim Mohammed Rafiq Abdul), 14 Almotaz Sad Al Deen Street, Al Nozha, Cairo, Egypt (individual) [IRAQ2].

RAFORT LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАФОРТ) (a.k.a. LIMITED LIABILITY COMPANY RAFORT; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RAFORT; a.k.a. RAFORT, OOO (Cyrillic: ООО РАФОРТ); a.k.a. "LIMITED LIABILITY COMPANY RUBIN" (Cyrillic: "ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУБИН"); a.k.a. "RAFORT"; a.k.a. "RUBIN, OOO" (Cyrillic: "ООО РУБИН")), Apartment 40, Building 43, Tatarskaya Street, Ryazan, Ryazan Oblast 390005, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 6234061793 (Russia); Business Registration Number 1086234013051 (Russia) issued 16 Oct 2008 [DPRK] (Linked To: GAZARYAN, Rafael Anatolyevich).

RAFORT, OOO (Cyrillic: ООО РАФОРТ) (a.k.a. LIMITED LIABILITY COMPANY RAFORT; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RAFORT; a.k.a. RAFORT LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАФОРТ); a.k.a. "LIMITED LIABILITY COMPANY RUBIN" (Cyrillic: "ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУБИН"); a.k.a. "RAFORT"; a.k.a. "RUBIN, OOO" (Cyrillic: "ООО РУБИН")), Apartment 40, Building 43, Tatarskaya Street, Ryazan, Ryazan Oblast 390005, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 6234061793 (Russia); Business Registration Number 1086234013051 (Russia) issued 16 Oct 2008 [DPRK] (Linked To: GAZARYAN, Rafael Anatolyevich).

RAFSANJAN CEMENT COMPANY (a.k.a. ZARIN RAFSANJAN CEMENT COMPANY; a.k.a. ZARRIN RAFSANJAN CEMENT COMPANY), 2nd Floor, No. 67, North Sindokht Street, West Dr. Fatemi Avenue, Tehran 1411953943, Iran; Website http://www.zarrincement.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

RAGAB, Abdullah (a.k.a. AL-DABASKI, Salim Nur al-Din; a.k.a. AL-DABSKI, Salem Nor Eldin Amohamed; a.k.a. AL-DABSKI, Salim Nur al-Din; a.k.a. AL-DIBISKI, Nur Al-Din; a.k.a. RAJAB, Abdallah; a.k.a. "AL-WARD, 'Abd"; a.k.a. "AL-WARD, Abu"; a.k.a. "AL-WARUD, Abu"; a.k.a. "NAIM, Abu"); DOB circa 1963; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1990/345751 (Libya) (individual) [SDGT].

RAGANG PETROLEUM AND LOGISTICS CO., LIMITED (a.k.a. PRETTYANDY TRADING LIMITED), Unit 3, 20/F, Richmond Comm Bldg, 109 Argyle Street, Hong Kong, China; Organization Established Date 15 Mar 2021; Company Number 3027778 (Hong Kong); Business Registration Number 72780365 (Hong Kong) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

RAGE, Ali Mohamed (a.k.a. RAGE, Ali Mohammed; a.k.a. "DHEERE, Ali"; a.k.a. "DHERE, Ali"), Somalia; DOB 1966; POB Hawlwadag District, Mogadishu, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

RAGE, Ali Mohammed (a.k.a. RAGE, Ali Mohamed; a.k.a. "DHEERE, Ali"; a.k.a. "DHERE, Ali"), Somalia; DOB 1966; POB Hawlwadag District, Mogadishu, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

RAH AHAN SHARGHI CO. (a.k.a. BONRAIL (Arabic: بن ریل); a.k.a. BONRAIL COMPANY; a.k.a. BONRAILCO; a.k.a. BONYAD EASTERN RAILWAY; a.k.a. BONYAD EASTERN RAILWAY CO (Arabic: شرکت راه اهن شرقی بنیاد سهامی خاص); a.k.a. BONYAD EASTERN RAILWAY COMPANY), No. 20, 13th Street, Vozara St, Khalede Eslamboli, District 6, Tehran, Iran; No. 173, Mottahari St, Tehran, Iran; No. 173, Before Jahantab St., After Mofateh Intersection, Motahari Ave, Tehran 1513753511, Iran; Website http://bonrailco.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101364468 (Iran); Registration Number 92123 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

RAH NEGAR PARS MIDDLE EAST COMPANY (a.k.a. RAHNEGAR KHAVARMIYANEH PARS COMPANY (Arabic: شرکت ره نگار خوار میانه

پارس); a.k.a. RAHNEGAR MIDDLE EAST PARS COMPANY), 9th Floor, Islamic Revolution Mostazafan Foundation Building, Before Africa Blvd, Resalat Hwy, District 6, Tehran, Tehran 1519613511, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320823609 (Iran); Registration Number 429795 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

RAH ROSHD COMPANY (a.k.a. RAH ROSHD ENGINEERING CO; a.k.a. RAH ROSHD INTERNATIONAL TRADE DEVELOPMENT COMPANY; a.k.a. RAH ROSHD INTERNATIONAL TRADE EXCHANGES DEVELOPMENT; a.k.a. TOSE'E MOBADLAT BAZARGANI BEYN OLMELALI RAH ROSHD; a.k.a. "RAH ROSHD"), Unit 7, No. 21, Firouzeh Alley, Sohrevardi St., Tehran, Iran; Karaj Special Road, Tehran, Iran; Kilometer 19 of the Special Road, in front of Golzar St., Corner of 74 St., No. 222, Tehran, Iran; Website www.rahroshd.net; alt. Website www.rahroshd.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Nov 1992; National ID No. 10101375839 (Iran); Registration Number 93476 (Iran) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

RAH ROSHD ENGINEERING CO (a.k.a. RAH ROSHD COMPANY; a.k.a. RAH ROSHD INTERNATIONAL TRADE DEVELOPMENT COMPANY; a.k.a. RAH ROSHD INTERNATIONAL TRADE EXCHANGES DEVELOPMENT; a.k.a. TOSE'E MOBADLAT BAZARGANI BEYN OLMELALI RAH ROSHD; a.k.a. "RAH ROSHD"), Unit 7, No. 21, Firouzeh Alley, Sohrevardi St., Tehran, Iran; Karaj Special Road, Tehran, Iran; Kilometer 19 of the Special Road, in front of Golzar St., Corner of 74 St., No. 222, Tehran, Iran; Website www.rahroshd.net; alt. Website www.rahroshd.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Nov 1992; National ID No. 10101375839 (Iran); Registration Number 93476 (Iran) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

RAH ROSHD INTERNATIONAL TRADE DEVELOPMENT COMPANY (a.k.a. RAH ROSHD COMPANY; a.k.a. RAH ROSHD ENGINEERING CO; a.k.a. RAH ROSHD INTERNATIONAL TRADE EXCHANGES

DEVELOPMENT; a.k.a. TOSE'E MOBADLAT BAZARGANI BEYN OLMELALI RAH ROSHD; a.k.a. "RAH ROSHD"), Unit 7, No. 21, Firouzeh Alley, Sohrevardi St., Tehran, Iran; Karaj Special Road, Tehran, Iran; Kilometer 19 of the Special Road, in front of Golzar St., Corner of 74 St., No. 222, Tehran, Iran; Website www.rahroshd.net; alt. Website www.rahroshd.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Nov 1992; National ID No. 10101375839 (Iran); Registration Number 93476 (Iran) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

RAH ROSHD INTERNATIONAL TRADE EXCHANGES DEVELOPMENT (a.k.a. RAH ROSHD COMPANY; a.k.a. RAH ROSHD ENGINEERING CO; a.k.a. RAH ROSHD INTERNATIONAL TRADE DEVELOPMENT COMPANY; a.k.a. TOSE'E MOBADLAT BAZARGANI BEYN OLMELALI RAH ROSHD; a.k.a. "RAH ROSHD"), Unit 7, No. 21, Firouzeh Alley, Sohrevardi St., Tehran, Iran; Karaj Special Road, Tehran, Iran; Kilometer 19 of the Special Road, in front of Golzar St., Corner of 74 St., No. 222, Tehran, Iran; Website www.rahroshd.net; alt. Website www.rahroshd.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Nov 1992; National ID No. 10101375839 (Iran); Registration Number 93476 (Iran) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

RAH SAHEL INSTITUTE, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

RAHAB INSTITUTE (f.k.a. RAHSAZ INSTITUTE), Ghorb-e Ghaem Building, Valiasr St., Azizi Blvd., Azadi Sq., Tehran, Iran; Eastern 14th St., Beihaghi Blvd., Arjantin Sq., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

RAHAT LTD (a.k.a. HAJI MOHAMMED QASIM HAWALA; a.k.a. HAJI MUHAMMAD QASIM SARAFI; a.k.a. MUSA KALIM HAWALA; a.k.a. NEW CHAGAI TRADING COMPANY; a.k.a. RAHAT LTD. SARAFI; a.k.a. RAHAT TRADING

COMPANY), Room 33, 5th Floor, Sarafi Market, Kandahar, Afghanistan; Shop 4, Azizi Bank, Haji Muhammad Isa Market, Wesh (Waish), Spin Boldak, Afghanistan; Dr Barno Road, Quetta, Pakistan; Haji Mohammed Plaza, Tol Aram Road, near Jamal Dean Afghani Road, Quetta, Pakistan; Kandari Bazar, Quetta, Pakistan; Safaar Bazaar, Garmsir, Afghanistan; Nimruz, Afghanistan; Chahgay Bazaar, Chahgay, Pakistan; Gereshk, Afghanistan; Chaman, Pakistan; Lashkar Gah, Afghanistan; Zahedan, Iran; Musa Qal'ah District Center Bazaar, Musa Qal'ah, Helmand Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

RAHAT LTD. SARAFI (a.k.a. HAJI MOHAMMED QASIM HAWALA; a.k.a. HAJI MUHAMMAD QASIM SARAFI; a.k.a. MUSA KALIM HAWALA; a.k.a. NEW CHAGAI TRADING COMPANY; a.k.a. RAHAT LTD; a.k.a. RAHAT TRADING COMPANY), Room 33, 5th Floor, Sarafi Market, Kandahar, Afghanistan; Shop 4, Azizi Bank, Haji Muhammad Isa Market, Wesh (Waish), Spin Boldak, Afghanistan; Dr Barno Road, Quetta, Pakistan; Haji Mohammed Plaza, Tol Aram Road, near Jamal Dean Afghani Road, Quetta, Pakistan; Kandari Bazar, Quetta, Pakistan; Safaar Bazaar, Garmsir, Afghanistan; Nimruz, Afghanistan; Chahgay Bazaar, Chahgay, Pakistan; Gereshk, Afghanistan; Chaman, Pakistan; Lashkar Gah, Afghanistan; Zahedan, Iran; Musa Qal'ah District Center Bazaar, Musa Qal'ah, Helmand Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

RAHAT TRADING COMPANY (a.k.a. HAJI MOHAMMED QASIM HAWALA; a.k.a. HAJI MUHAMMAD QASIM SARAFI; a.k.a. MUSA KALIM HAWALA; a.k.a. NEW CHAGAI TRADING COMPANY; a.k.a. RAHAT LTD; a.k.a. RAHAT LTD. SARAFI), Room 33, 5th Floor, Sarafi Market, Kandahar, Afghanistan; Shop 4, Azizi Bank, Haji Muhammad Isa Market, Wesh (Waish), Spin Boldak, Afghanistan; Dr Barno Road, Quetta, Pakistan; Haji Mohammed Plaza, Tol Aram Road, near Jamal Dean Afghani Road, Quetta, Pakistan; Kandari Bazar, Quetta, Pakistan; Safaar Bazaar, Garmsir, Afghanistan; Nimruz, Afghanistan; Chahgay Bazaar, Chahgay, Pakistan; Gereshk, Afghanistan; Chaman, Pakistan; Lashkar Gah, Afghanistan; Zahedan, Iran; Musa Qal'ah District Center Bazaar, Musa

Qal'ah, Helmand Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

RAHAVARAN FONOON PETROCHEMICAL COMPANY (a.k.a. "RFPC"), Site 3, Economic Special Zone, Bandar-e Emam Khomeyni, Bandar Mahshar, Khuzestan Province 6356178755, Iran; Floor 7, Bldg No. 46, First of Karim Khan Zand St., & Tir Square, Tehran, Iran; Petrochemical Complex, Pars Special Economic Zone, Assaluye, Bushehr Province, Iran; Website www.rfpc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

RAHBARAN OMID DARYA SHIP MANAGEMENT CO. (a.k.a. RAHBARAN-E OMID-E DARYA SHIP MANAGEMENT; a.k.a. ROD SHIP MANAGEMENT CO; a.k.a. RODSM; f.k.a. SOROUSH SARZAMIN ASATIR SHIP MANAGEMENT CO.; f.k.a. SOROUSH SARZAMIN ASATIR SSA; f.k.a. SSA SHIP MANAGEMENT CO.), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; No. 5, Shabnam Alley, Ghaem Magham Farahani Street, Shahid Motahari Avenue, Tehran, Iran; Website www.rodsmc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 341563 (Iran) [IRAN].

RAHBARAN-E OMID-E DARYA SHIP MANAGEMENT (a.k.a. RAHBARAN OMID DARYA SHIP MANAGEMENT CO.; a.k.a. ROD SHIP MANAGEMENT CO; a.k.a. RODSM; f.k.a. SOROUSH SARZAMIN ASATIR SHIP MANAGEMENT CO.; f.k.a. SOROUSH SARZAMIN ASATIR SSA; f.k.a. SSA SHIP MANAGEMENT CO.), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; No. 5, Shabnam Alley, Ghaem Magham Farahani Street, Shahid Motahari Avenue, Tehran, Iran; Website www.rodsmc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 341563 (Iran) [IRAN].

RAHEEM, Mufti Abdul (a.k.a. HALIM, Mufti Muabdul; a.k.a. RAHIM, Mufti Abdul; a.k.a. RAHIM, Mufti Abdur; a.k.a. "USTAAD SHEHEB"), Karachi, Pakistan; DOB circa 1955; alt. DOB circa 1964; POB Sarghoda region, Punjab Province, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

RAHIABAN FANAVARI ERTEBATAT KHAZRA (a.k.a. KHAZRA COMMUNICATIONS TECHNOLOGY SOLUTIONS (Arabic: شرکت راهیابان فناوری ارتباطات خضراء); a.k.a. KHAZRA ERTEBAT CO; a.k.a. KHAZRA ERTEBATAT FANAVARI RAHYABAN), Unit 2, Second Floor, Number 58, Shahid Ismaeili Shakiyabi Sharghi Street, 37th Street, Narmak, Central Sector, Tehran District, Tehran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103966853 (Iran); Registration Number 349085 (Iran) [NPWMD] [IFSR] (Linked To: SHIRAZ ELECTRONICS INDUSTRIES).

RAHIM SAFAWI, Yahia (a.k.a. AL-SIFAWI, Yahya Rahim; a.k.a. RAHIM-SAFAVI, Yahya; a.k.a. SAFAVI, Rahim; a.k.a. SAFAVI, Yahya Rahim; a.k.a. YAHYA RAHIM-SAFAVI, Seyyed; a.k.a. YAHYA SAFAVI, Sayed); DOB circa 1952; POB Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

RAHIM, Fazal (a.k.a. RAHIM, Fazel; a.k.a. RAHIM, Fazil; a.k.a. RAHMAN, Fazil); DOB 05 Jan 1974; alt. DOB 1977; alt. DOB 1975; alt. DOB 24 Jan 1973; POB Kabul, Afghanistan; citizen Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport R512768 (Afghanistan) issued 25 Mar 2005 expires 12 Feb 2012 (individual) [SDGT].

RAHIM, Fazel (a.k.a. RAHIM, Fazal; a.k.a. RAHIM, Fazil; a.k.a. RAHMAN, Fazil); DOB 05 Jan 1974; alt. DOB 1977; alt. DOB 1975; alt. DOB 24 Jan 1973; POB Kabul, Afghanistan; citizen Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport R512768 (Afghanistan) issued 25 Mar 2005 expires 12 Feb 2012 (individual) [SDGT].

RAHIM, Fazil (a.k.a. RAHIM, Fazal; a.k.a. RAHIM, Fazel; a.k.a. RAHMAN, Fazil); DOB 05 Jan 1974; alt. DOB 1977; alt. DOB 1975; alt. DOB 24 Jan 1973; POB Kabul, Afghanistan; citizen Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport R512768 (Afghanistan) issued 25 Mar 2005 expires 12 Feb 2012 (individual) [SDGT].

RAHIM, Mufti Abdul (a.k.a. HALIM, Mufti Muabdul; a.k.a. RAHEEM, Mufti Abdul; a.k.a. RAHIM, Mufti Abdur; a.k.a. "USTAAD

SHEHEB"), Karachi, Pakistan; DOB circa 1955; alt. DOB circa 1964; POB Sarghoda region, Punjab Province, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

RAHIM, Mufti Abdur (a.k.a. HALIM, Mufti Muabdul; a.k.a. RAHEEM, Mufti Abdul; a.k.a. RAHIM, Mufti Abdul; a.k.a. "USTAAD SHEHEB"), Karachi, Pakistan; DOB circa 1955; alt. DOB circa 1964; POB Sarghoda region, Punjab Province, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

RAHIM, 'Umar Mahmud (a.k.a. AL-KUBAYSI ARHAYM, Umar Mahmud; a.k.a. AL-KUBAYSI, 'Umar; a.k.a. AL-KUBAYSI, Umar Mahmud Rahim; a.k.a. AL-QUBAYSI, Umar Mahmud Rahim; a.k.a. ARHAYM, 'Umar Mahmud), al-Qaim, al-Anbar Province, Iraq; DOB 01 Jan 1967; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

RAHIMI HAJJIABADI, Sayyed Mehdi (Arabic: سید مهدی رحیمی حاجی آبادی) (a.k.a. RAHIMI, Seyyed Mehdi), Kh Majidieh Southern K Salehi P 64, Iran; DOB 21 Jul 1980; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [ELECTION-EO13848] (Linked To: EMENNET PASARGAD).

RAHIMI, Hossein (Arabic: حسین رحیمی), Tehran, Iran; DOB Mar 1963 to Mar 1964; POB Markazi Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Police chief of Tehran (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

RAHIMI, Seyyed Mehdi (a.k.a. RAHIMI HAJJIABADI, Sayyed Mehdi (Arabic: سید مهدی رحیمی حاجی آبادی)), Kh Majidieh Southern K Salehi P 64, Iran; DOB 21 Jul 1980; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [ELECTION-EO13848] (Linked To: EMENNET PASARGAD).

RAHIMIAN, Pejman (a.k.a. RAHIMIAN, Pezhman), Iran; DOB 29 Aug 1977; POB Esfahan, Esfahan Province, Iran; nationality Iran; Additional Sanctions Information - Subject

to Secondary Sanctions; Gender Male; National ID No. 1285917855 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

RAHIMIAN, Pezhman (a.k.a. RAHIMIAN, Pejman), Iran; DOB 29 Aug 1977; POB Esfahan, Esfahan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1285917855 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

RAHIM-SAFAVI, Yahya (a.k.a. AL-SIFAWI, Yahya Rahim; a.k.a. RAHIM SAFAWI, Yahia; a.k.a. SAFAVI, Rahim; a.k.a. SAFAVI, Yahya Rahim; a.k.a. YAHYA RAHIM-SAFAVI, Seyyed; a.k.a. YAHYA SAFAVI, Sayed); DOB circa 1952; POB Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

RAHIMYAR, Amir Hossein, #15, Golestan Alley, Baradaran Shahid Rahimi St., Imam Khomeini Ave., Lavasan, Tehran, Iran; DOB 31 Jan 1974; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

RAHMA CHARITABLE ORGANIZATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

RAHMA WELFARE ASSOCIATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

RAHMA WELFARE FOUNDATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

RAHMAH CHARITABLE ORGANIZATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

RAHMAN, Abdur (a.k.a. AL-SINDHI, Abdul Rehman; a.k.a. AL-SINDHI, Abdur Rahman; a.k.a. REHMAN, Abdul; a.k.a. REHMAN, Abdur; a.k.a. SINDHI, Abdul Rehman; a.k.a. SINDHI, Abdurahman; a.k.a. SINDI, Abdur Rehman; a.k.a. UR-REHMAN, Abd; a.k.a. YAMIN, Abdur Rehman Muhammad; a.k.a. "ABDULLAH SINDHI"), Karachi, Pakistan; DOB 03 Oct 1965; POB Mirpur Khas, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CV9157521 (Pakistan) issued 08 Sep 2008 expires 07 Sep 2013; National ID No. 44103-5251752-5 (Pakistan) (individual) [SDGT].

RAHMAN, Aman Abdul (a.k.a. ABDULROHMAN, Oman; a.k.a. ABDURAHMAN, Aman; a.k.a. ABDURRACHMAN, Aman; a.k.a. ABDURRAHMAN AL-ARKHABILIY, Abu Sulaiman Aman; a.k.a. ABDURRAHMAN, Aman; a.k.a. ABDURRAHMAN, Oman; a.k.a. RAHMAN, Oman; a.k.a. ROCHMAN, Oman), Pasir Putih Prison, Nusa Kambangan Island, Indonesia; DOB 05 Jan 1972; POB Sumedang, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Ustadz (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

RAHMAN, Anayat ur (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a.

RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

RAHMAN, Anayatullah (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To:

JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

RAHMAN, Enayat al (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

RAHMAN, Enayatullah (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a.

"ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

RAHMAN, Fazil (a.k.a. RAHIM, Fazal; a.k.a. RAHIM, Fazel; a.k.a. RAHIM, Fazil); DOB 05 Jan 1974; alt. DOB 1977; alt. DOB 1975; alt. DOB 24 Jan 1973; POB Kabul, Afghanistan; citizen Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport R512768 (Afghanistan) issued 25 Mar 2005 expires 12 Feb 2012 (individual) [SDGT].

RAHMAN, Inayat ur (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

RAHMAN, Inayatu (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

RAHMAN, Inayat-u- (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a.

"INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

RAHMAN, Inayatullah (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

RAHMAN, Inayat-ur- (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN,

Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

RAHMAN, Matiur (a.k.a. AL-REHMAN, Matti; a.k.a. REHMAN, Mati ur; a.k.a. REHMAN, Matiur; a.k.a. REHMAN, Mati-ur; a.k.a. SAMAD, Abdul; a.k.a. SIAL, Abdul Samad; a.k.a. SIAL, Samad; a.k.a. UR-REHMAN, Mati); DOB 1977; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

RAHMAN, Mohamad Iqbal (a.k.a. A RAHMAN, Mohamad Iqbal; a.k.a. ABDUL RAHMAN, Mohamad Iqbal; a.k.a. ABDURRAHMAN, Abu Jibril; a.k.a. ABDURRAHMAN, Mohamad Iqbal; a.k.a. MUQTI, Fihiruddin; a.k.a. MUQTI, Fikiruddin; a.k.a. "ABU JIBRIL"), Jalan Nakula, Komplek Witana Harja III, Blok C 106-107, Pamulang, Tangerang, Indonesia; DOB 17 Aug 1957; alt. DOB 17 Aug 1958; POB Korleko-Lombok Timur, Indonesia; alt. POB Tirpas-Selong Village, East Lombok, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3603251708570001 (individual) [SDGT].

RAHMAN, Muhammad Essam Rizk Abdul (a.k.a. NAZZAL, Mohammad; a.k.a. NAZZAL, Muhammad), Damascus, Syria; Amman, Jordan; Karachi, Sindh, Pakistan; Doha, Qatar; DOB 1963; POB Amman, Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No.

9631022654 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

RAHMAN, Oman (a.k.a. ABDULROHMAN, Oman; a.k.a. ABDURAHMAN, Aman; a.k.a. ABDURRACHMAN, Aman; a.k.a. ABDURRAHMAN AL-ARKHABILIY, Abu Sulaiman Aman; a.k.a. ABDURRAHMAN, Aman; a.k.a. ABDURRAHMAN, Oman; a.k.a. RAHMAN, Aman Abdul; a.k.a. ROCHMAN, Oman), Pasir Putih Prison, Nusa Kambangan Island, Indonesia; DOB 05 Jan 1972; POB Sumedang, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Ustadz (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

RAHMAN, Reza Kazemifar (Arabic: رضا كاظميفر رحمان) (a.k.a. KAZEMIFAR, Reza), Tehran, Iran; DOB 02 Jun 1987; POB Ilam, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 4501201381 (Iran); Birth Certificate Number 3946 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

RAHMANE, Merahman (a.k.a. QALANDAR KHAN, Mir Rahman; a.k.a. QALANDER KHAN, Mir Rahman; a.k.a. RAHMANI, Alhaj Mir Rahman; a.k.a. RAHMANI, Mir Rahman; a.k.a. RAHMANI, Mirahman), Turkey; DOB 1962; alt. DOB 08 Nov 1962; alt. DOB 11 Aug 1962; alt. DOB 01 Jan 1962; POB Bagram District, Parwan Province, Afghanistan; nationality Afghanistan; alt. nationality Cyprus; alt. nationality Saint Kitts and Nevis; Gender Male; Passport D0007963 (Afghanistan) expires 20 Jul 2024; alt. Passport D0009658 (Afghanistan) expires 14 Aug 2026; alt. Passport O2426295 (Afghanistan) expires 01 Mar 2027; alt. Passport P00221762 (Afghanistan) expires 27 Aug 2028; alt. Passport S00002012 (Afghanistan) expires 13 Sep 2025; alt. Passport P00631433 (Afghanistan) expires 03 Dec 2027; alt. Passport C10135 (Saint Kitts and Nevis) expires 09 Jan 2025 (individual) [GLOMAG].

RAHMANI FAZLI, Abd al-Reza (a.k.a. RAHMANI FAZLI, Abdolreza; a.k.a. RAHMANI FAZLI, Abdol-Reza; a.k.a. RAHMANI-FAZLI, Abdolreza), Iran; DOB 23 Dec 1959; POB Shirvan, Iran; alt. POB North Khorasan, Iran; nationality Iran; Additional Sanctions

Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] [IRAN-HR].

RAHMANI FAZLI, Abdolreza (a.k.a. RAHMANI FAZLI, Abd al-Reza; a.k.a. RAHMANI FAZLI, Abdol-Reza; a.k.a. RAHMANI-FAZLI, Abdolreza), Iran; DOB 23 Dec 1959; POB Shirvan, Iran; alt. POB North Khorasan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] [IRAN-HR].

RAHMANI FAZLI, Abdol-Reza (a.k.a. RAHMANI FAZLI, Abd al-Reza; a.k.a. RAHMANI FAZLI, Abdolreza; a.k.a. RAHMANI-FAZLI, Abdolreza), Iran; DOB 23 Dec 1959; POB Shirvan, Iran; alt. POB North Khorasan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] [IRAN-HR].

RAHMANI GROUP INTERNATIONAL (a.k.a. RAHMANI GROUP INTERNATIONAL JLT (Arabic: رحماني غروب إنترناشيونال جى ال تى)), Saba Tower, Office 702, Dubai, United Arab Emirates; Organization Established Date 04 Apr 2007; Business Registration Number JLT012 (United Arab Emirates) [GLOMAG] (Linked To: RAHMANI, Ajmal).

RAHMANI GROUP INTERNATIONAL JLT (Arabic: رحماني غروب إنترناشيونال جى ال تى) (a.k.a. RAHMANI GROUP INTERNATIONAL), Saba Tower, Office 702, Dubai, United Arab Emirates; Organization Established Date 04 Apr 2007; Business Registration Number JLT012 (United Arab Emirates) [GLOMAG] (Linked To: RAHMANI, Ajmal).

RAHMANI MIR RAHMAN, Ajmal (a.k.a. MIR RAHMAN, Haji; a.k.a. RACHMANI MIR RACHMAN, Chatzi Atzmal; a.k.a. RAHMANI MIR RAHMAN, Haji Ajmal (Greek: PAXMANI MIP PAXMAN, Χατζη Ατζμαλ; Cyrillic: РАХМАНИ МИР РАХМАН, Хаджи Аджмал); a.k.a. RAHMANI, Ajmail; a.k.a. RAHMANI, Ajmal; a.k.a. RAHMANI, Haji Ajmal), Meadows, No. 9, Street 14, Villa 3, Dubai 346049, United Arab Emirates; DOB 01 Jun 1982; alt. DOB 01 Jan 1982; nationality Afghanistan; alt. nationality Hungary; alt. nationality Belgium; alt. nationality Cyprus; alt. nationality Saint Kitts and Nevis; Gender Male; Passport L00014320 (Cyprus) expires 28 Jan 2031; alt. Passport K00202144 (Cyprus) issued 24 Nov 2014 expires 24 Nov 2024; alt. Passport K00285499 (Cyprus); alt. Passport RE0001606 (Saint Kitts and Nevis); alt. Passport O2100300 (Afghanistan) expires 09 May 2023; alt. Passport D0007970 (Afghanistan) expires 21 Jul 2024; alt.
Passport D0007970 (Afghanistan) expires 21

Jul 2024; National ID No. 8206014981 (Bulgaria) (individual) [GLOMAG].

RAHMANI MIR RAHMAN, Haji Ajmal (Greek: PAXMANI MIP PAXMAN, Χατζη Ατζμαλ; Cyrillic: РАХМАНИ МИР РАХМАН, Хаджи Аджмал) (a.k.a. MIR RAHMAN, Haji; a.k.a. RACHMANI MIR RACHMAN, Chatzi Atzmal; a.k.a. RAHMANI MIR RAHMAN, Ajmal; a.k.a. RAHMANI, Ajmail; a.k.a. RAHMANI, Ajmal; a.k.a. RAHMANI, Haji Ajmal), Meadows, No. 9, Street 14, Villa 3, Dubai 346049, United Arab Emirates; DOB 01 Jun 1982; alt. DOB 01 Jan 1982; nationality Afghanistan; alt. nationality Hungary; alt. nationality Belgium; alt. nationality Cyprus; alt. nationality Saint Kitts and Nevis; Gender Male; Passport L00014320 (Cyprus) expires 28 Jan 2031; alt. Passport K00202144 (Cyprus) issued 24 Nov 2014 expires 24 Nov 2024; alt. Passport K00285499 (Cyprus); alt. Passport RE0001606 (Saint Kitts and Nevis); alt. Passport O2100300 (Afghanistan) expires 09 May 2023; alt. Passport D0007970 (Afghanistan) expires 21 Jul 2024; National ID No. 8206014981 (Bulgaria) (individual) [GLOMAG].

RAHMANI, Ajmail (a.k.a. MIR RAHMAN, Haji; a.k.a. RACHMANI MIR RACHMAN, Chatzi Atzmal; a.k.a. RAHMANI MIR RAHMAN, Ajmal; a.k.a. RAHMANI MIR RAHMAN, Haji Ajmal (Greek: PAXMANI MIP PAXMAN, Χατζη Ατζμαλ; Cyrillic: РАХМАНИ МИР РАХМАН, Хаджи Аджмал); a.k.a. RAHMANI, Ajmal; a.k.a. RAHMANI, Haji Ajmal), Meadows, No. 9, Street 14, Villa 3, Dubai 346049, United Arab Emirates; DOB 01 Jun 1982; alt. DOB 01 Jan 1982; nationality Afghanistan; alt. nationality Hungary; alt. nationality Belgium; alt. nationality Cyprus; alt. nationality Saint Kitts and Nevis; Gender Male; Passport L00014320 (Cyprus) expires 28 Jan 2031; alt. Passport K00202144 (Cyprus) issued 24 Nov 2014 expires 24 Nov 2024; alt. Passport K00285499 (Cyprus); alt. Passport RE0001606 (Saint Kitts and Nevis); alt. Passport O2100300 (Afghanistan) expires 09 May 2023; alt. Passport D0007970 (Afghanistan) expires 21 Jul 2024; National ID No. 8206014981 (Bulgaria) (individual) [GLOMAG].

RAHMANI, Ajmal (a.k.a. MIR RAHMAN, Haji; a.k.a. RACHMANI MIR RACHMAN, Chatzi Atzmal; a.k.a. RAHMANI MIR RAHMAN, Ajmal; a.k.a. RAHMANI MIR RAHMAN, Haji Ajmal (Greek: PAXMANI MIP PAXMAN, Χατζη Ατζμαλ; Cyrillic: РАХМАНИ МИР РАХМАН, Хаджи Аджмал); a.k.a. RAHMANI, Ajmail;

a.k.a. RAHMANI, Haji Ajmal), Meadows, No. 9, Street 14, Villa 3, Dubai 346049, United Arab Emirates; DOB 01 Jun 1982; alt. DOB 01 Jan 1982; nationality Afghanistan; alt. nationality Hungary; alt. nationality Belgium; alt. nationality Cyprus; alt. nationality Saint Kitts and Nevis; Gender Male; Passport L00014320 (Cyprus) expires 28 Jan 2031; alt. Passport K00202144 (Cyprus) issued 24 Nov 2014 expires 24 Nov 2024; alt. Passport K00285499 (Cyprus); alt. Passport RE0001606 (Saint Kitts and Nevis); alt. Passport O2100300 (Afghanistan) expires 09 May 2023; alt. Passport D0007970 (Afghanistan) expires 21 Jul 2024; National ID No. 8206014981 (Bulgaria) (individual) [GLOMAG].

RAHMANI, Alhaj Mir Rahman (a.k.a. QALANDAR KHAN, Mir Rahman; a.k.a. QALANDER KHAN, Mir Rahman; a.k.a. RAHMANE, Merahman; a.k.a. RAHMANI, Mir Rahman; a.k.a. RAHMANI, Mirahman), Turkey; DOB 1962; alt. DOB 08 Nov 1962; alt. DOB 11 Aug 1962; alt. DOB 01 Jan 1962; POB Bagram District, Parwan Province, Afghanistan; nationality Afghanistan; alt. nationality Cyprus; alt. nationality Saint Kitts and Nevis; Gender Male; Passport D0007963 (Afghanistan) expires 20 Jul 2024; alt. Passport D0009658 (Afghanistan) expires 14 Aug 2026; alt. Passport O2426295 (Afghanistan) expires 01 Mar 2027; alt. Passport P00221762 (Afghanistan) expires 27 Aug 2028; alt. Passport S00002012 (Afghanistan) expires 13 Sep 2025; alt. Passport P00631433 (Afghanistan) expires 03 Dec 2027; alt. Passport C10135 (Saint Kitts and Nevis) expires 09 Jan 2025 (individual) [GLOMAG].

RAHMANI, Haji Ajmal (a.k.a. MIR RAHMAN, Haji; a.k.a. RACHMANI MIR RACHMAN, Chatzi Atzmal; a.k.a. RAHMANI MIR RAHMAN, Ajmal; a.k.a. RAHMANI MIR RAHMAN, Haji Ajmal (Greek: ΡΑΧΜΑΝI ΜIΡ ΡΑΧΜΑΝ, Χατζη Ατζμαλ; Cyrillic: РАХМАНИ МИР РАХМАН, Хаджи Аджмал); a.k.a. RAHMANI, Ajmail; a.k.a. RAHMANI, Ajmal), Meadows, No. 9, Street 14, Villa 3, Dubai 346049, United Arab Emirates; DOB 01 Jun 1982; alt. DOB 01 Jan 1982; nationality Afghanistan; alt. nationality Hungary; alt. nationality Belgium; alt. nationality Cyprus; alt. nationality Saint Kitts and Nevis; Gender Male; Passport L00014320 (Cyprus) expires 28 Jan 2031; alt. Passport K00202144 (Cyprus) issued 24 Nov 2014 expires 24 Nov 2024; alt. Passport K00285499 (Cyprus); alt. Passport RE0001606 (Saint Kitts and Nevis);

alt. Passport O2100300 (Afghanistan) expires 09 May 2023; alt. Passport D0007970 (Afghanistan) expires 21 Jul 2024; National ID No. 8206014981 (Bulgaria) (individual) [GLOMAG].

RAHMANI, Mir Rahman (a.k.a. QALANDAR KHAN, Mir Rahman; a.k.a. QALANDER KHAN, Mir Rahman; a.k.a. RAHMANE, Merahman; a.k.a. RAHMANI, Alhaj Mir Rahman; a.k.a. RAHMANI, Mirahman), Turkey; DOB 1962; alt. DOB 08 Nov 1962; alt. DOB 11 Aug 1962; alt. DOB 01 Jan 1962; POB Bagram District, Parwan Province, Afghanistan; nationality Afghanistan; alt. nationality Cyprus; alt. nationality Saint Kitts and Nevis; Gender Male; Passport D0007963 (Afghanistan) expires 20 Jul 2024; alt. Passport D0009658 (Afghanistan) expires 14 Aug 2026; alt. Passport O2426295 (Afghanistan) expires 01 Mar 2027; alt. Passport P00221762 (Afghanistan) expires 27 Aug 2028; alt. Passport S00002012 (Afghanistan) expires 13 Sep 2025; alt. Passport P00631433 (Afghanistan) expires 03 Dec 2027; alt. Passport C10135 (Saint Kitts and Nevis) expires 09 Jan 2025 (individual) [GLOMAG].

RAHMANI, Mirahman (a.k.a. QALANDAR KHAN, Mir Rahman; a.k.a. QALANDER KHAN, Mir Rahman; a.k.a. RAHMANE, Merahman; a.k.a. RAHMANI, Alhaj Mir Rahman; a.k.a. RAHMANI, Mir Rahman), Turkey; DOB 1962; alt. DOB 08 Nov 1962; alt. DOB 11 Aug 1962; alt. DOB 01 Jan 1962; POB Bagram District, Parwan Province, Afghanistan; nationality Afghanistan; alt. nationality Cyprus; alt. nationality Saint Kitts and Nevis; Gender Male; Passport D0007963 (Afghanistan) expires 20 Jul 2024; alt. Passport D0009658 (Afghanistan) expires 14 Aug 2026; alt. Passport O2426295 (Afghanistan) expires 01 Mar 2027; alt. Passport P00221762 (Afghanistan) expires 27 Aug 2028; alt. Passport S00002012 (Afghanistan) expires 13 Sep 2025; alt. Passport P00631433 (Afghanistan) expires 03 Dec 2027; alt. Passport C10135 (Saint Kitts and Nevis) expires 09 Jan 2025 (individual) [GLOMAG].

RAHMANI-FAZLI, Abdolreza (a.k.a. RAHMANI FAZLI, Abd al-Reza; a.k.a. RAHMANI FAZLI, Abdolreza; a.k.a. RAHMANI FAZLI, Abdol-Reza), Iran; DOB 23 Dec 1959; POB Shirvan, Iran; alt. POB North Khorasan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] [IRAN-HR].

RAHMAT, Kari (a.k.a. RAHMAT, Qari), Kamkai Village, Achin District, Nangarhar Province, Afghanistan; Nangarhar Province, Afghanistan; DOB 1981; alt. DOB 1982; POB Shadal (variant Shadaal) Bazaar, Achin District, Nangarhar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

RAHMAT, Qari (a.k.a. RAHMAT, Kari), Kamkai Village, Achin District, Nangarhar Province, Afghanistan; Nangarhar Province, Afghanistan; DOB 1981; alt. DOB 1982; POB Shadal (variant Shadaal) Bazaar, Achin District, Nangarhar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

RAHME, Raymond Zina (Arabic: ريمون زينه رحمة) (a.k.a. RAHMEH, Raymond; a.k.a. ZINA, Raymond Samir (Arabic: ريمون سمير زينا)), Lebanon; DOB 01 Oct 1968; POB Mar Saba, Lebanon; nationality Lebanon; Gender Male; Passport LR0555055 (Lebanon) expires 24 Jun 2031 (individual) [LEBANON].

RAHME, Teddy Zina (Arabic: تيدي زينه رحمة) (a.k.a. RAHMEH, Teddy Samir Zina; a.k.a. ZINA, Teddy Samir (Arabic: تادي سمير زينا)), Lebanon; DOB 10 Dec 1963; POB Bsharri, Lebanon; nationality Lebanon; Gender Male; Passport LR0016427 (Lebanon) expires 08 Aug 2021 (individual) [LEBANON].

RAHMEH, Raymond (a.k.a. RAHME, Raymond Zina (Arabic: ريمون زينه رحمة); a.k.a. ZINA, Raymond Samir (Arabic: ريمون سمير زينا)), Lebanon; DOB 01 Oct 1968; POB Mar Saba, Lebanon; nationality Lebanon; Gender Male; Passport LR0555055 (Lebanon) expires 24 Jun 2031 (individual) [LEBANON].

RAHMEH, Teddy Samir Zina (a.k.a. RAHME, Teddy Zina (Arabic: تيدي زينه رحمة); a.k.a. ZINA, Teddy Samir (Arabic: تادي سمير زينا)), Lebanon; DOB 10 Dec 1963; POB Bsharri, Lebanon; nationality Lebanon; Gender Male; Passport LR0016427 (Lebanon) expires 08 Aug 2021 (individual) [LEBANON].

RAHMUN, Muhammad Khalid, Syria; DOB 01 Apr 1957; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

RAHNAVARD, Alireza; DOB 21 Mar 1980; POB Shiraz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

RAHNEGAR KHAVARMIYANEH PARS COMPANY (Arabic: شرکت ره نگار خوار میانه پارس) (a.k.a. RAH NEGAR PARS MIDDLE EAST COMPANY; a.k.a. RAHNEGAR MIDDLE EAST PARS COMPANY), 9th Floor, Islamic Revolution Mostazafan Foundation Building, Before Africa Blvd, Resalat Hwy, District 6, Tehran, Tehran 1519613511, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320823609 (Iran); Registration Number 429795 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

RAHNEGAR MIDDLE EAST PARS COMPANY (a.k.a. RAH NEGAR PARS MIDDLE EAST COMPANY; a.k.a. RAHNEGAR KHAVARMIYANEH PARS COMPANY (Arabic: شرکت ره نگار خوار میانه پارس)), 9th Floor, Islamic Revolution Mostazafan Foundation Building, Before Africa Blvd, Resalat Hwy, District 6, Tehran, Tehran 1519613511, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320823609 (Iran); Registration Number 429795 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

RAHPEYK, Siamak (a.k.a. RAHPEYK, Siyamak; a.k.a. RAH-PEYK, Siyamak; a.k.a. RAHPIEK, Siamak), Iran; DOB 1963; alt. DOB 1964; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

RAHPEYK, Siyamak (a.k.a. RAHPEYK, Siamak; a.k.a. RAH-PEYK, Siyamak; a.k.a. RAHPIEK, Siamak), Iran; DOB 1963; alt. DOB 1964; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

RAH-PEYK, Siyamak (a.k.a. RAHPEYK, Siamak; a.k.a. RAHPEYK, Siyamak; a.k.a. RAHPIEK, Siamak), Iran; DOB 1963; alt. DOB 1964; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

RAHPIEK, Siamak (a.k.a. RAHPEYK, Siamak; a.k.a. RAHPEYK, Siyamak; a.k.a. RAH-PEYK, Siyamak), Iran; DOB 1963; alt. DOB 1964; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

RAHPOOYAN AFLAK INDUSTRY AND KNOWLEDGE ENGINEERING COMPANY (Arabic: شرکت مهندسی صنعت و دانش رهپویان افلاک) (a.k.a. SANAT DANESH RAHPUYAN AFLAK COMPANY LTD (Arabic: شرکت صنعت و دانش رهپویان افلاک)), Ground Floor, No. 4, Payam Azadi cul-de-sac, Shahid Ahmad Ghasemi St., Timuri, Central Sector, Tehran City, Tehran Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Nov 2011; National ID No. 10320701217 (Iran); Registration Number 418435 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

RAHSAZ INSTITUTE (a.k.a. RAHAB INSTITUTE), Ghorb-e Ghaem Building, Valiasr St., Azizi Blvd., Azadi Sq., Tehran, Iran; Eastern 14th St., Beihaghi Blvd., Arjantin Sq., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

RAIGOSA PLASCENCIA, Gabriel (a.k.a. FLORES SILVA, Audias; a.k.a. "Jardinero"), Zacatecas, Mexico; Jalisco, Mexico; DOB 19 Nov 1980; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. FOSA801119HMNLLD09 (Mexico) (individual) [SDNTK] [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

RAIKES, Olga Borisovna (a.k.a. RAYKES, Olga Borisovna), 13/38 Tarmav Street, Rishon Lezion 7529025, Israel; Austria; Singapore; Pokrovka 35-17-1-17, Moscow 105062, Russia; DOB 25 Apr 1984; POB Ekaterinburg, Russia; nationality Russia; alt. nationality Israel; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 759916267 (Russia) expires 28 Jan 2029; alt. Passport 32392042 (Israel) issued 16 May 2018 expires 15 May 2023 (individual) [RUSSIA-EO14024].

RAILCOM RAAHBAR CO., Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

RAIN TRADE GIDA IC VE DIS TICARET LIMITED SIRKETI, Maslak Mah. Sanatkarlar Sk. Eclipse Maslak Sit. No: 2B/244, Sariyer, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 May 2019; Istanbul Chamber of Comm. No. 1184720 (Turkey); Registration Number 194936-5 (Turkey); Central Registration System Number

0734-1778-2910-0001 (Turkey) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

RAISI, Ebrahim (a.k.a. RA'EESI, Sayyid Ibrahim; a.k.a. RAISOL-SADATI, Seyyid Ebrahim; a.k.a. RAIS-O-SADAT, Sayyid Ebrahim), Iran; DOB 14 Dec 1960; alt. DOB Nov 1960; alt. DOB Dec 1960; POB Masshad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

RAISOL-SADATI, Seyyid Ebrahim (a.k.a. RA'EESI, Sayyid Ibrahim; a.k.a. RAISI, Ebrahim; a.k.a. RAIS-O-SADAT, Sayyid Ebrahim), Iran; DOB 14 Dec 1960; alt. DOB Nov 1960; alt. DOB Dec 1960; POB Masshad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

RAIS-O-SADAT, Sayyid Ebrahim (a.k.a. RA'EESI, Sayyid Ibrahim; a.k.a. RAISI, Ebrahim; a.k.a. RAISOL-SADATI, Seyyid Ebrahim), Iran; DOB 14 Dec 1960; alt. DOB Nov 1960; alt. DOB Dec 1960; POB Masshad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

RAJA SOLEIMAN MOVEMENT (a.k.a. RAJAH SOLAIMAN GROUP; a.k.a. RAJAH SOLAIMAN ISLAMIC MOVEMENT (RSIM); a.k.a. RAJAH SOLAIMAN MOVEMENT (RSM); a.k.a. RAJAH SOLAIMAN REVOLUTIONARY MOVEMENT (RSRM); a.k.a. RAJAH SULAIMAN MOVEMENT; a.k.a. RAJAH SULAYMAN MOVEMENT); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

RAJA, Iyappan, India; DOB 09 Apr 1991; POB Pathirikuppam, Tamil Nadu, India; nationality India; Gender Male; Passport C2213520 (India) issued 19 Sep 2024 expires 18 Sep 2034 (individual) [IRAN-EO13902] (Linked To: EVIE LINES INC.).

RAJAB, Abdallah (a.k.a. AL-DABASKI, Salim Nur al-Din; a.k.a. AL-DABSKI, Salem Nor Eldin Amohamed; a.k.a. AL-DABSKI, Salim Nur al-Din; a.k.a. AL-DIBISKI, Nur Al-Din; a.k.a. RAGAB, Abdullah; a.k.a. "AL-WARD, 'Abd"; a.k.a. "AL-WARD, Abu"; a.k.a. "AL-WARUD, Abu"; a.k.a. "NAIM, Abu"); DOB circa 1963; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1990/345751 (Libya) (individual) [SDGT].

RAJAB, Maulawi (a.k.a. SALAHUDIN, Maulawi Rajab), Paghman District, Kabul Province, Afghanistan; DOB 1976; POB Afghanistan; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

RAJABI, Morteza (a.k.a. AL-ZAHIR, Rajabi Ali; a.k.a. ESLAMI, Mortaza Rajabi; a.k.a. RAJABIESLAMI, Morteza), #2007, 20th Floor, Grand Hyatt Residence, Qudmetha St., Dubai 7167, United Arab Emirates; DOB 05 Jul 1969; POB Tehran, Iran; nationality Iran; citizen Saint Kitts and Nevis; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Personal ID Card 166730510001 (United Kingdom) (individual) [IRAN-EO13846] (Linked To: NAFTIRAN INTERTRADE CO. LIMITED).

RAJABIESLAMI, Morteza (a.k.a. AL-ZAHIR, Rajabi Ali; a.k.a. ESLAMI, Mortaza Rajabi; a.k.a. RAJABI, Morteza), #2007, 20th Floor, Grand Hyatt Residence, Qudmetha St., Dubai 7167, United Arab Emirates; DOB 05 Jul 1969; POB Tehran, Iran; nationality Iran; citizen Saint Kitts and Nevis; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Personal ID Card 166730510001 (United Kingdom) (individual) [IRAN-EO13846] (Linked To: NAFTIRAN INTERTRADE CO. LIMITED).

RAJAEE SHAHR PRISON (a.k.a. GOHARDASHT PRISON; a.k.a. RAJAEI SHAHR PRISON; a.k.a. RAJAI-SHAHR PRISON), Karaj, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

RAJAEI SHAHR PRISON (a.k.a. GOHARDASHT PRISON; a.k.a. RAJAEE SHAHR PRISON; a.k.a. RAJAI-SHAHR PRISON), Karaj, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

RAJAH SOLAIMAN GROUP (a.k.a. RAJA SOLEIMAN MOVEMENT; a.k.a. RAJAH SOLAIMAN ISLAMIC MOVEMENT (RSIM); a.k.a. RAJAH SOLAIMAN MOVEMENT (RSM); a.k.a. RAJAH SOLAIMAN REVOLUTIONARY MOVEMENT (RSRM); a.k.a. RAJAH SULAIMAN MOVEMENT; a.k.a. RAJAH SULAYMAN MOVEMENT); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

RAJAH SOLAIMAN ISLAMIC MOVEMENT (RSIM) (a.k.a. RAJA SOLEIMAN MOVEMENT; a.k.a. RAJAH SOLAIMAN GROUP; a.k.a. RAJAH SOLAIMAN MOVEMENT (RSM); a.k.a. RAJAH SOLAIMAN REVOLUTIONARY MOVEMENT (RSRM); a.k.a. RAJAH SULAIMAN MOVEMENT; a.k.a. RAJAH SULAYMAN MOVEMENT); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

RAJAH SOLAIMAN MOVEMENT (RSM) (a.k.a. RAJA SOLEIMAN MOVEMENT; a.k.a. RAJAH SOLAIMAN GROUP; a.k.a. RAJAH SOLAIMAN ISLAMIC MOVEMENT (RSIM); a.k.a. RAJAH SOLAIMAN REVOLUTIONARY MOVEMENT (RSRM); a.k.a. RAJAH SULAIMAN MOVEMENT; a.k.a. RAJAH SULAYMAN MOVEMENT); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

RAJAH SOLAIMAN REVOLUTIONARY MOVEMENT (RSRM) (a.k.a. RAJA SOLEIMAN MOVEMENT; a.k.a. RAJAH SOLAIMAN GROUP; a.k.a. RAJAH SOLAIMAN ISLAMIC MOVEMENT (RSIM); a.k.a. RAJAH SOLAIMAN MOVEMENT (RSM); a.k.a. RAJAH SULAIMAN MOVEMENT; a.k.a. RAJAH SULAYMAN MOVEMENT); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

RAJAH SULAIMAN MOVEMENT (a.k.a. RAJA SOLEIMAN MOVEMENT; a.k.a. RAJAH SOLAIMAN GROUP; a.k.a. RAJAH SOLAIMAN ISLAMIC MOVEMENT (RSIM); a.k.a. RAJAH SOLAIMAN MOVEMENT (RSM); a.k.a. RAJAH SOLAIMAN REVOLUTIONARY MOVEMENT (RSRM); a.k.a. RAJAH SULAYMAN MOVEMENT); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

RAJAH SULAYMAN MOVEMENT (a.k.a. RAJA SOLEIMAN MOVEMENT; a.k.a. RAJAH SOLAIMAN GROUP; a.k.a. RAJAH SOLAIMAN ISLAMIC MOVEMENT (RSIM); a.k.a. RAJAH SOLAIMAN MOVEMENT (RSM); a.k.a. RAJAH SOLAIMAN REVOLUTIONARY MOVEMENT (RSRM); a.k.a. RAJAH SULAIMAN MOVEMENT); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

RAJAI-SHAHR PRISON (a.k.a. GOHARDASHT PRISON; a.k.a. RAJAEE SHAHR PRISON; a.k.a. RAJAEI SHAHR PRISON), Karaj, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

RAJBROOK LIMITED, United Kingdom [IRAQ2].

RAJIC, Ivica; DOB 05 May 1958; POB Johovac, Bosnia-Herzegovina; ICTY indictee at large (individual) [BALKANS].

RAKETA LUBRIKANTS (a.k.a. "LLC ROCKET LUBRICANTS"), Ul. Rozy Lyuksemburg Str. 22, Office 406, Yekaterinburg 620000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6658521204 (Russia); Registration Number 1186658083556 (Russia) [RUSSIA-EO14024].

RAKHIMOV, Gafur Akhmedovich (a.k.a. RAKHIMOV, Gafur Arslanbek; a.k.a. RAKHIMOV, Gafur-Arslanbek Akhmedovich (Cyrillic: РАХИМОВ, ГАФУР-АРСЛАНБЕК АХМЕДОВИЧ); a.k.a. RAKHIMOV, Ghafur Arslambek; a.k.a. RAKHIMOV, Gofur-Arslonbek; a.k.a. RAKHIMOV, Gofur-Arslonbek Akhmedovich), The Meadows, Villa Number 64, Sheikh Zayed Road, near Emirates Hills, Dubai, United Arab Emirates; Leninsky Prospekt, 128-1-125, Moscow, Russia; DOB 22 Jul 1951; POB Tashkent, Uzbekistan; Gender Male; Passport 645720381 (Russia); alt. Passport CA1804389 (Uzbekistan); alt. Passport CA1601000 (Uzbekistan); alt. Passport CA1521130 (Uzbekistan); alt. Passport CA1581065 (Uzbekistan); alt. Passport CA0960250 (Uzbekistan); National ID No. 03101200302034752 (United Arab Emirates); alt. National ID No. 4511669324 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

RAKHIMOV, Gafur Arslanbek (a.k.a. RAKHIMOV, Gafur Akhmedovich; a.k.a. RAKHIMOV, Gafur-Arslanbek Akhmedovich (Cyrillic: РАХИМОВ, ГАФУР-АРСЛАНБЕК АХМЕДОВИЧ); a.k.a. RAKHIMOV, Ghafur Arslambek; a.k.a. RAKHIMOV, Gofur-Arslonbek; a.k.a. RAKHIMOV, Gofur-Arslonbek Akhmedovich), The Meadows, Villa Number 64, Sheikh Zayed Road, near Emirates Hills, Dubai, United Arab Emirates; Leninsky Prospekt, 128-1-125, Moscow, Russia; DOB 22 Jul 1951; POB Tashkent, Uzbekistan; Gender Male; Passport 645720381 (Russia); alt. Passport CA1804389 (Uzbekistan); alt. Passport CA1601000 (Uzbekistan); alt. Passport CA1521130 (Uzbekistan); alt. Passport CA1581065 (Uzbekistan); alt. Passport CA0960250 (Uzbekistan); National ID No. 03101200302034752 (United Arab Emirates); alt. National ID No. 4511669324 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

RAKHIMOV, Gafur-Arslanbek Akhmedovich (Cyrillic: РАХИМОВ, ГАФУР-АРСЛАНБЕК АХМЕДОВИЧ) (a.k.a. RAKHIMOV, Gafur Akhmedovich; a.k.a. RAKHIMOV, Gafur Arslanbek; a.k.a. RAKHIMOV, Ghafur Arslambek; a.k.a. RAKHIMOV, Gofur-Arslonbek; a.k.a. RAKHIMOV, Gofur-Arslonbek Akhmedovich), The Meadows, Villa Number 64, Sheikh Zayed Road, near Emirates Hills, Dubai, United Arab Emirates; Leninsky Prospekt, 128-1-125, Moscow, Russia; DOB 22 Jul 1951; POB Tashkent, Uzbekistan; Gender Male; Passport 645720381 (Russia); alt. Passport CA1804389 (Uzbekistan); alt. Passport CA1601000 (Uzbekistan); alt. Passport CA1521130 (Uzbekistan); alt. Passport CA1581065 (Uzbekistan); alt. Passport CA0960250 (Uzbekistan); National ID No. 03101200302034752 (United Arab Emirates); alt. National ID No. 4511669324 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

RAKHIMOV, Ghafur Arslambek (a.k.a. RAKHIMOV, Gafur Akhmedovich; a.k.a. RAKHIMOV, Gafur Arslanbek; a.k.a. RAKHIMOV, Gafur-Arslanbek Akhmedovich (Cyrillic: РАХИМОВ, ГАФУР-АРСЛАНБЕК АХМЕДОВИЧ); a.k.a. RAKHIMOV, Gofur-Arslonbek; a.k.a. RAKHIMOV, Gofur-Arslonbek Akhmedovich), The Meadows, Villa Number 64, Sheikh Zayed Road, near Emirates Hills, Dubai, United Arab Emirates; Leninsky Prospekt, 128-1-125, Moscow, Russia; DOB 22 Jul 1951; POB Tashkent, Uzbekistan; Gender Male; Passport 645720381 (Russia); alt. Passport CA1804389 (Uzbekistan); alt. Passport CA1601000 (Uzbekistan); alt. Passport CA1521130 (Uzbekistan); alt. Passport CA1581065 (Uzbekistan); alt. Passport CA0960250 (Uzbekistan); National ID No. 03101200302034752 (United Arab Emirates); alt. National ID No. 4511669324 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

RAKHIMOV, Gofur-Arslonbek (a.k.a. RAKHIMOV, Gafur Akhmedovich; a.k.a. RAKHIMOV, Gafur Arslanbek; a.k.a. RAKHIMOV, Gafur-Arslanbek Akhmedovich (Cyrillic: РАХИМОВ, ГАФУР-АРСЛАНБЕК АХМЕДОВИЧ); a.k.a. RAKHIMOV, Ghafur Arslambek; a.k.a. RAKHIMOV, Gofur-Arslonbek Akhmedovich), The Meadows, Villa Number 64, Sheikh Zayed Road, near Emirates Hills, Dubai, United Arab Emirates; Leninsky Prospekt, 128-1-125, Moscow, Russia; DOB 22 Jul 1951; POB Tashkent, Uzbekistan; Gender Male; Passport 645720381 (Russia); alt. Passport CA1804389 (Uzbekistan); alt. Passport CA1601000 (Uzbekistan); alt. Passport CA1521130 (Uzbekistan); alt. Passport CA1581065 (Uzbekistan); alt. Passport CA0960250 (Uzbekistan); National ID No. 03101200302034752 (United Arab Emirates); alt. National ID No. 4511669324 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

RAKHIMOV, Gofur-Arslonbek Akhmedovich (a.k.a. RAKHIMOV, Gafur Akhmedovich; a.k.a. RAKHIMOV, Gafur Arslanbek; a.k.a. RAKHIMOV, Gafur-Arslanbek Akhmedovich (Cyrillic: РАХИМОВ, ГАФУР-АРСЛАНБЕК АХМЕДОВИЧ); a.k.a. RAKHIMOV, Ghafur Arslambek; a.k.a. RAKHIMOV, Gofur-Arslonbek), The Meadows, Villa Number 64, Sheikh Zayed Road, near Emirates Hills, Dubai, United Arab Emirates; Leninsky Prospekt, 128-1-125, Moscow, Russia; DOB 22 Jul 1951; POB Tashkent, Uzbekistan; Gender Male; Passport 645720381 (Russia); alt. Passport CA1804389 (Uzbekistan); alt. Passport CA1601000 (Uzbekistan); alt. Passport CA1521130 (Uzbekistan); alt. Passport CA1581065 (Uzbekistan); alt. Passport CA0960250 (Uzbekistan); National ID No. 03101200302034752 (United Arab Emirates); alt. National ID No. 4511669324 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

RAKHMANAVA, Marina Yureuna (Cyrillic: РАХМАНАВА, Марына Юреўна) (a.k.a. RAKHMANAVA, Maryna Iureuna; a.k.a. RAKHMANAVA, Maryna Jurjewna; a.k.a. RAKHMANOVA, Marina; a.k.a. RAKHMANOVA, Marina Iurevna; a.k.a. RAKHMANOVA, Marina Yurievna (Cyrillic: РАХМАНОВА, Марина Юрьевна)), Hrodna Oblast, Belarus; DOB 26 Sep 1970; nationality Belarus; Gender Female (individual) [BELARUS].

RAKHMANAVA, Maryna Iureuna (a.k.a. RAKHMANAVA, Marina Yureuna (Cyrillic: РАХМАНАВА, Марына Юреўна); a.k.a. RAKHMANAVA, Maryna Jurjewna; a.k.a. RAKHMANOVA, Marina; a.k.a. RAKHMANOVA, Marina Iurevna; a.k.a. RAKHMANOVA, Marina Yurievna (Cyrillic: РАХМАНОВА, Марина Юрьевна)), Hrodna Oblast, Belarus; DOB 26 Sep 1970; nationality Belarus; Gender Female (individual) [BELARUS].

RAKHMANAVA, Maryna Jurjewna (a.k.a. RAKHMANAVA, Marina Yureuna (Cyrillic: РАХМАНАВА, Марына Юреўна); a.k.a. RAKHMANAVA, Maryna Iureuna; a.k.a. RAKHMANOVA, Marina; a.k.a. RAKHMANOVA, Marina Iurevna; a.k.a. RAKHMANOVA, Marina Yurievna (Cyrillic: РАХМАНОВА, Марина Юрьевна)), Hrodna Oblast, Belarus; DOB 26 Sep 1970; nationality Belarus; Gender Female (individual) [BELARUS].

RAKHMANOV, Aleksei Lvovich (a.k.a. RAKHMANOV, Aleksey Lvovich (Cyrillic: РАХМАНОВ, Алексей Львович); a.k.a. "RAKHMANOV, Alexei L"), Russia; DOB 18 Jul 1964; POB Nizhniy Novgorod, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

RAKHMANOV, Aleksey Lvovich (Cyrillic: РАХМАНОВ, Алексей Львович) (a.k.a. RAKHMANOV, Aleksei Lvovich; a.k.a. "RAKHMANOV, Alexei L"), Russia; DOB 18 Jul 1964; POB Nizhniy Novgorod, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

RAKHMANOVA, Marina (a.k.a. RAKHMANAVA, Marina Yureuna (Cyrillic: РАХМАНАВА, Марына Юреўна); a.k.a. RAKHMANAVA, Maryna Iureuna; a.k.a. RAKHMANAVA, Maryna Jurjewna; a.k.a. RAKHMANOVA, Marina Iurevna; a.k.a. RAKHMANOVA, Marina Yurievna (Cyrillic: РАХМАНОВА, Марина Юрьевна)), Hrodna Oblast, Belarus; DOB 26 Sep 1970; nationality Belarus; Gender Female (individual) [BELARUS].

RAKHMANOVA, Marina Iurevna (a.k.a. RAKHMANAVA, Marina Yureuna (Cyrillic: РАХМАНАВА, Марына Юреўна); a.k.a. RAKHMANAVA, Maryna Iureuna; a.k.a. RAKHMANAVA, Maryna Jurjewna; a.k.a. RAKHMANOVA, Marina; a.k.a. RAKHMANOVA, Marina Yurievna (Cyrillic: РАХМАНОВА, Марина Юрьевна)), Hrodna Oblast, Belarus; DOB 26 Sep 1970; nationality Belarus; Gender Female (individual) [BELARUS].

RAKHMANOVA, Marina Yurievna (Cyrillic: РАХМАНОВА, Марина Юрьевна) (a.k.a. RAKHMANAVA, Marina Yureuna (Cyrillic:

РАХМАНАВА, Марына Юреўна); a.k.a. RAKHMANAVA, Maryna Iureuna; a.k.a. RAKHMANAVA, Maryna Jurjewna; a.k.a. RAKHMANOVA, Marina; a.k.a. RAKHMANOVA, Marina Iurevna), Hrodna Oblast, Belarus; DOB 26 Sep 1970; nationality Belarus; Gender Female (individual) [BELARUS].

RAKIPI, Aqif (f.k.a. EJYLBEGAJ, Skender), Elbasan, Albania; DOB 01 Apr 1964; POB Durres, Albania; nationality Albania; citizen Albania; Gender Male (individual) [BALKANS-EO14033].

RAKITIN, Aleksandr Vasilievich (a.k.a. RAKITIN, Alexander Vasilyevich (Cyrillic: РАКИТИН, Александр Васильевич)), Russia; DOB 17 May 1958; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RAKITIN, Alexander Vasilyevich (Cyrillic: РАКИТИН, Александр Васильевич) (a.k.a. RAKITIN, Aleksandr Vasilievich), Russia; DOB 17 May 1958; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RAKITIN, Igor Borisovich (Cyrillic: РАКИТИН, Игорь Борисович), Russia; DOB 05 Oct 1973; POB Uvarovo, Tambov Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 100602094834 (Russia) (individual) [RUSSIA-EO14024].

RAMADAN, Taha Yasin (a.k.a. AL-JIZRAWI, Taha Yassin Ramadan; a.k.a. RAMADAN, Taha Yassin); DOB circa 1938; nationality Iraq; Former Vice President (individual) [IRAQ2].

RAMADAN, Taha Yassin (a.k.a. AL-JIZRAWI, Taha Yassin Ramadan; a.k.a. RAMADAN, Taha Yasin); DOB circa 1938; nationality Iraq; Former Vice President (individual) [IRAQ2].

RAMADANE, Abdoulaye Issene (Latin: RAMADANE, Abdoulaye Issène) (a.k.a. ABDOULAYE, Hissene; a.k.a. ABDOULAYE, Issene; a.k.a. HISSEIN, Abdoulaye; a.k.a. HISSENE, Abdoulaye; a.k.a. ISSENE, Abdoulaye (Latin: ISSÈNE, Abdoulaye)), KM5, Bangui, Central African Republic; Ndele, Bamingui-Bangoran Prefecture, Central African Republic; DOB 1967; POB Ndele, Bamingui-

Bangoran Prefecture, Central African Republic; nationality Central African Republic; Gender Male; Passport D00000897 (Central African Republic) issued 05 Apr 2013 expires 04 Apr 2018 (individual) [CAR].

RAMADANIYYAN THANI, Ghlamrda (a.k.a. RAMEZANIAN SANI, Gholamreza (Arabic: غلامرضا رمضانیان ثانی); a.k.a. RAMEZANIAN, Reza; a.k.a. SANI RAMAZAN GHOLAMREZA, Ramazanian), Shahin Vila 15 Gharbi P 25 - Vahed 12, Karaj 3193967517, Iran; DOB 21 Sep 1970; alt. DOB 25 Aug 1970; POB Shirvan, North Khorasan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0827944500 (Iran); Birth Certificate Number 17009 (Iran); CEO of Entebagh Gostar Sepehr Company (individual) [IRAN-HR] (Linked To: ENTEBAGH GOSTAR SEPEHR COMPANY).

RAMADHANI, Dini, Kayseri, Turkey; DOB 10 Mar 1993; nationality Indonesia; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B 4286562 (Indonesia) (individual) [SDGT] (Linked To: SUSANTI, Dwi Dahlia).

RAMAK COMPANY FOR DEVELOPMENT AND HUMANITARIAN PROJECTS LLC (a.k.a. RAMAK DEVELOPMENT AND HUMANITARIAN PROJECTS LLC (Arabic: راماك للمشاريع التنموية و الانسانية)), Rural Damascus, Syria; Organization Established Date 08 Aug 2011; Organization Type: Real estate activities with own or leased property; alt. Organization Type: Construction of buildings [PAARSSR-EO13894].

RAMAK DEVELOPMENT AND HUMANITARIAN PROJECTS LLC (Arabic: راماك للمشاريع التنموية و الانسانية) (a.k.a. RAMAK COMPANY FOR DEVELOPMENT AND HUMANITARIAN PROJECTS LLC), Rural Damascus, Syria; Organization Established Date 08 Aug 2011; Organization Type: Real estate activities with own or leased property; alt. Organization Type: Construction of buildings [PAARSSR-EO13894].

RAMAN CO. (a.k.a. RAMAN COMPANY (Arabic: شرکت رامان)), 4th Floor, No. 29, Daman Afshar St., after Mirdamad Intersection Africa Boulevard Southbound, Tehran, Iran; Website www.ramanco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100395530 (Iran); Registration Number 9523 (Iran) [IRAN-

EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

RAMAN COMPANY (Arabic: شرکت رامان) (a.k.a. RAMAN CO.), 4th Floor, No. 29, Daman Afshar St., after Mirdamad Intersection Africa Boulevard Southbound, Tehran, Iran; Website www.ramanco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100395530 (Iran); Registration Number 9523 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

RAMAZANOV, Beiat (Cyrillic: РАМАЗАНОВ, Беят) (a.k.a. RAMAZANOV, Beyat Enverovich (Cyrillic: РАМАЗАНОВ, Беят Энверович)), Moscow, Russia; DOB 05 Jan 1988; POB Moscow, Russia; nationality Russia; Gender Male; Passport 735947775 (Russia); alt. Passport 641209339 (Russia); National ID No. 4509701463 (Russia); Tax ID No. 77017321838 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP).

RAMAZANOV, Beyat Enverovich (Cyrillic: РАМАЗАНОВ, Беят Энверович) (a.k.a. RAMAZANOV, Beiat (Cyrillic: РАМАЗАНОВ, Беят)), Moscow, Russia; DOB 05 Jan 1988; POB Moscow, Russia; nationality Russia; Gender Male; Passport 735947775 (Russia); alt. Passport 641209339 (Russia); National ID No. 4509701463 (Russia); Tax ID No. 77017321838 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP).

RAMCHARAM, Leebert (a.k.a. MARSHALL, Donovan; a.k.a. RAMCHARAN, Leebert; a.k.a. RAMCHARAN, Liebert); DOB 28 Dec 1959; POB Jamaica (individual) [SDNTK].

RAMCHARAN BROTHERS LTD, Rosehall Main Road, Rosehall, Jamaica [SDNTK].

RAMCHARAN LTD, Rosehall Main Road, Rosehall, Jamaica [SDNTK].

RAMCHARAN, Leebert (a.k.a. MARSHALL, Donovan; a.k.a. RAMCHARAM, Leebert; a.k.a. RAMCHARAN, Liebert); DOB 28 Dec 1959; POB Jamaica (individual) [SDNTK].

RAMCHARAN, Liebert (a.k.a. MARSHALL, Donovan; a.k.a. RAMCHARAM, Leebert; a.k.a. RAMCHARAN, Leebert); DOB 28 Dec 1959; POB Jamaica (individual) [SDNTK].

RAMENSKIY PRIBOROSTROITELNYY ZAVOD (a.k.a. JOINT STOCK COMPANY RAMENSKY INSTRUMENT ENGINEERING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. JOINT STOCK COMPANY RPZ; a.k.a. JOINT-STOCK COMPANY RAMENSKY PRIBOROSTROITELNY FACTORY; a.k.a. RAMENSKOYE INSTRUMENT BUILDING PLANT (Cyrillic: РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. RAMENSKOYE INSTRUMENT DESIGN BUREAU; a.k.a. RAMENSKOYE INSTRUMENT ENGINEERING PLANT; a.k.a. RAMENSKOYE INSTRUMENT PLANT; a.k.a. RAMENSKOYE INSTRUMENT-MAKING DESIGN BUREAU; a.k.a. RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO; a.k.a. RAMENSKY INSTRUMENT-MAKING FACTORY; a.k.a. "RPKB"), Mikhalevicha st., 39, bldg. 20, 2/124, Ramenskoye, Moscow Region 140100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2001; Tax ID No. 5040001426 (Russia); Registration Number 1025005116839 (Russia) [RUSSIA-EO14024].

RAMENSKOYE DESIGN COMPANY JOINT STOCK COMPANY (a.k.a. JSC RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO; a.k.a. "JSC RDC"), Gurieva St., 2, Ramenskoye, Moscow Region 140103, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5040007594 (Russia); Registration Number 1025005118830 (Russia) [RUSSIA-EO14024].

RAMENSKOYE INSTRUMENT BUILDING PLANT (Cyrillic: РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД) (a.k.a. JOINT STOCK COMPANY RAMENSKY INSTRUMENT ENGINEERING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. JOINT STOCK COMPANY RPZ; a.k.a. JOINT-STOCK COMPANY RAMENSKY PRIBOROSTROITELNY FACTORY; a.k.a. RAMENSKIY PRIBOROSTROITELNYY ZAVOD; a.k.a. RAMENSKOYE INSTRUMENT DESIGN BUREAU; a.k.a. RAMENSKOYE INSTRUMENT ENGINEERING PLANT; a.k.a. RAMENSKOYE INSTRUMENT PLANT; a.k.a. RAMENSKOYE INSTRUMENT-MAKING DESIGN BUREAU; a.k.a. RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO; a.k.a. RAMENSKY INSTRUMENT-MAKING FACTORY; a.k.a. "RPKB"), Mikhalevicha st., 39, bldg. 20, 2/124, Ramenskoye, Moscow Region 140100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2001; Tax ID No. 5040001426 (Russia); Registration Number 1025005116839 (Russia) [RUSSIA-EO14024].

RAMENSKOYE INSTRUMENT DESIGN BUREAU (a.k.a. JOINT STOCK COMPANY RAMENSKY INSTRUMENT ENGINEERING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. JOINT STOCK COMPANY RPZ; a.k.a. JOINT-STOCK COMPANY RAMENSKY PRIBOROSTROITELNY FACTORY; a.k.a. RAMENSKIY PRIBOROSTROITELNYY ZAVOD; a.k.a. RAMENSKOYE INSTRUMENT BUILDING PLANT (Cyrillic: РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. RAMENSKOYE INSTRUMENT ENGINEERING PLANT; a.k.a. RAMENSKOYE INSTRUMENT PLANT; a.k.a. RAMENSKOYE INSTRUMENT-MAKING DESIGN BUREAU; a.k.a. RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO; a.k.a. RAMENSKY INSTRUMENT-MAKING FACTORY; a.k.a. "RPKB"), Mikhalevicha st., 39, bldg. 20, 2/124, Ramenskoye, Moscow Region 140100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2001; Tax ID No. 5040001426 (Russia); Registration Number 1025005116839 (Russia) [RUSSIA-EO14024].

RAMENSKOYE INSTRUMENT ENGINEERING PLANT (a.k.a. JOINT STOCK COMPANY RAMENSKY INSTRUMENT ENGINEERING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. JOINT STOCK COMPANY RPZ; a.k.a. JOINT-STOCK COMPANY RAMENSKY PRIBOROSTROITELNY FACTORY; a.k.a. RAMENSKIY PRIBOROSTROITELNYY ZAVOD; a.k.a. RAMENSKOYE INSTRUMENT BUILDING PLANT (Cyrillic: РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. RAMENSKOYE INSTRUMENT DESIGN BUREAU; a.k.a. RAMENSKOYE INSTRUMENT PLANT; a.k.a. RAMENSKOYE INSTRUMENT-MAKING DESIGN BUREAU; a.k.a. RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO; a.k.a. RAMENSKY INSTRUMENT-MAKING FACTORY; a.k.a. "RPKB"), Mikhalevicha st., 39, bldg. 20, 2/124, Ramenskoye, Moscow Region 140100, Russia; Secondary sanctions

risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2001; Tax ID No. 5040001426 (Russia); Registration Number 1025005116839 (Russia) [RUSSIA-EO14024].

RAMENSKOYE INSTRUMENT PLANT (a.k.a. JOINT STOCK COMPANY RAMENSKY INSTRUMENT ENGINEERING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. JOINT STOCK COMPANY RPZ; a.k.a. JOINT-STOCK COMPANY RAMENSKY PRIBOROSTROITELNY FACTORY; a.k.a. RAMENSKIY PRIBOROSTROITELNYY ZAVOD; a.k.a. RAMENSKOYE INSTRUMENT BUILDING PLANT (Cyrillic: РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. RAMENSKOYE INSTRUMENT DESIGN BUREAU; a.k.a. RAMENSKOYE INSTRUMENT ENGINEERING PLANT; a.k.a. RAMENSKOYE INSTRUMENT-MAKING DESIGN BUREAU; a.k.a. RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO; a.k.a. RAMENSKY INSTRUMENT-MAKING FACTORY; a.k.a. "RPKB"), Mikhalevicha st., 39, bldg. 20, 2/124, Ramenskoye, Moscow Region 140100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2001; Tax ID No. 5040001426 (Russia); Registration Number 1025005116839 (Russia) [RUSSIA-EO14024].

RAMENSKOYE INSTRUMENT-MAKING DESIGN BUREAU (a.k.a. JOINT STOCK COMPANY RAMENSKY INSTRUMENT ENGINEERING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. JOINT STOCK COMPANY RPZ; a.k.a. JOINT-STOCK COMPANY RAMENSKY PRIBOROSTROITELNY FACTORY; a.k.a. RAMENSKIY PRIBOROSTROITELNYY ZAVOD; a.k.a. RAMENSKOYE INSTRUMENT BUILDING PLANT (Cyrillic: РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. RAMENSKOYE INSTRUMENT DESIGN BUREAU; a.k.a. RAMENSKOYE INSTRUMENT ENGINEERING PLANT; a.k.a. RAMENSKOYE INSTRUMENT PLANT; a.k.a. RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO; a.k.a. RAMENSKY INSTRUMENT-MAKING FACTORY; a.k.a. "RPKB"), Mikhalevicha st., 39, bldg. 20, 2/124, Ramenskoye, Moscow

Region 140100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2001; Tax ID No. 5040001426 (Russia); Registration Number 1025005116839 (Russia) [RUSSIA-EO14024].

RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO (a.k.a. JOINT STOCK COMPANY RAMENSKY INSTRUMENT ENGINEERING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. JOINT STOCK COMPANY RPZ; a.k.a. JOINT-STOCK COMPANY RAMENSKY PRIBOROSTROITELNY FACTORY; a.k.a. RAMENSKIY PRIBOROSTROITELNYY ZAVOD; a.k.a. RAMENSKOYE INSTRUMENT BUILDING PLANT (Cyrillic: РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. RAMENSKOYE INSTRUMENT DESIGN BUREAU; a.k.a. RAMENSKOYE INSTRUMENT ENGINEERING PLANT; a.k.a. RAMENSKOYE INSTRUMENT PLANT; a.k.a. RAMENSKOYE INSTRUMENT-MAKING DESIGN BUREAU; a.k.a. RAMENSKY INSTRUMENT-MAKING FACTORY; a.k.a. "RPKB"), Mikhalevicha st., 39, bldg. 20, 2/124, Ramenskoye, Moscow Region 140100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2001; Tax ID No. 5040001426 (Russia); Registration Number 1025005116839 (Russia) [RUSSIA-EO14024].

RAMENSKY INSTRUMENT-MAKING FACTORY (a.k.a. JOINT STOCK COMPANY RAMENSKY INSTRUMENT ENGINEERING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. JOINT STOCK COMPANY RPZ; a.k.a. JOINT-STOCK COMPANY RAMENSKY PRIBOROSTROITELNY FACTORY; a.k.a. RAMENSKIY PRIBOROSTROITELNYY ZAVOD; a.k.a. RAMENSKOYE INSTRUMENT BUILDING PLANT (Cyrillic: РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. RAMENSKOYE INSTRUMENT DESIGN BUREAU; a.k.a. RAMENSKOYE INSTRUMENT ENGINEERING PLANT; a.k.a. RAMENSKOYE INSTRUMENT PLANT; a.k.a. RAMENSKOYE INSTRUMENT-MAKING DESIGN BUREAU; a.k.a. RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO; a.k.a. "RPKB"), Mikhalevicha st., 39, bldg. 20, 2/124, Ramenskoye, Moscow Region 140100, Russia;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2001; Tax ID No. 5040001426 (Russia); Registration Number 1025005116839 (Russia) [RUSSIA-EO14024].

RAMEZANIAN SANI, Gholamreza (Arabic: غلامرضا رمضانیان ثانی) (a.k.a. RAMADANIYYAN THANI, Ghlamrda; a.k.a. RAMEZANIAN, Reza; a.k.a. SANI RAMAZAN GHOLAMREZA, Ramazanian), Shahin Vila 15 Gharbi P 25 - Vahed 12, Karaj 3193967517, Iran; DOB 21 Sep 1970; alt. DOB 25 Aug 1970; POB Shirvan, North Khorasan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0827944500 (Iran); Birth Certificate Number 17009 (Iran); CEO of Entebagh Gostar Sepehr Company (individual) [IRAN-HR] (Linked To: ENTEBAGH GOSTAR SEPEHR COMPANY).

RAMEZANIAN, Reza (a.k.a. RAMADANIYYAN THANI, Ghlamrda; a.k.a. RAMEZANIAN SANI, Gholamreza (Arabic: غلامرضا رمضانیان ثانی); a.k.a. SANI RAMAZAN GHOLAMREZA, Ramazanian), Shahin Vila 15 Gharbi P 25 - Vahed 12, Karaj 3193967517, Iran; DOB 21 Sep 1970; alt. DOB 25 Aug 1970; POB Shirvan, North Khorasan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0827944500 (Iran); Birth Certificate Number 17009 (Iran); CEO of Entebagh Gostar Sepehr Company (individual) [IRAN-HR] (Linked To: ENTEBAGH GOSTAR SEPEHR COMPANY).

RAMI, Abu-Ahmad (a.k.a. AL GAMAL, Saeed Ahmed Mohammed; a.k.a. AL-JAMAL, Sa'id Ahmad Muhammad; a.k.a. SAEIDI, Ahmad; a.k.a. SA'IDI, Ahmad; a.k.a. "ABU-'ALI"; a.k.a. "AHMAD, Abu"; a.k.a. "CAIHONG" (Chinese Simplified: 彩虹"); a.k.a. "HISHAM"; a.k.a. "KHRPI"), Iran; DOB 01 Jan 1979; alt. DOB 28 Jul 1978; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Digital Currency Address - USDT TLNRT524dzL5FF1nJHDhYEMFpeWjLjRbz1; alt. Digital Currency Address - USDT THh5woR8qfmDsNknQ3agPYzQSiRtMnKsTh; alt. Digital Currency Address - USDT TV5ZTpKDszLTF6XcMnPongS33pwBgF91by; alt. Digital Currency Address - USDT TTAHMdqoom4f2VTWniroPWQHcTRZ4caoH4; alt. Digital Currency Address - USDT TFFvv7NAWmbcVfA7QN81mMvUC25TWj1WJ x; Passport 04716186 (Yemen); alt. Passport

U63475649 (Iran) expires 24 Jun 2028; alt. Passport E49297849 (Iran) expires 24 Aug 2024 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

RAMI, Yaacoub Baker (a.k.a. BAKER, Rami Kamel Yaacoub (Arabic: رامي كامل يعقوب باقر); a.k.a. BAKER, Rami Yaacoub; a.k.a. BAKER, Ramy Kamel Yaacoub), Eden Gardens Building, Floor 3A-3B, Mina El Hosn-Zeytoune Street, Beirut, Lebanon; 38 El Kawthar, Adnan Al Hakim Street, 7th Floor, Jnah, Beirut, Lebanon; DOB 29 May 1968; POB Beirut, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EN992200 (Belgium) expires 20 Dec 2022; alt. Passport EH970706 (Belgium) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

RAMIREZ AGUIRRE, Sergio Humberto, c/o Farmacia Vida Suprema, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o Distribuidora Imperial De Baja California, S.A. de C.V., Tijuana, Baja California, Mexico; c/o Administradora De Inmuebles Vida, S.A. de C.V., Tijuana, Baja California, Mexico; DOB 22 Nov 1951 (individual) [SDNTK].

RAMIREZ CARRERA, Josue, Mexico; DOB 20 Sep 1979; POB Mexico City, Mexico; nationality Mexico; Gender Male; C.U.R.P. RACJ790920HDFMRS09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: LA NUEVA FAMILIA MICHOACANA).

RAMIREZ DUQUE, Carlos Manuel, c/o AGROESPINAL S.A., Medellin, Colombia; c/o AGROGANADERA LOS SANTOS S.A., Medellin, Colombia; c/o ASES DE COMPETENCIA Y CIA. S.A., Medellin, Colombia; c/o GRUPO FALCON S.A., Medellin, Colombia; c/o HIERROS DE JERUSALEM S.A., Medellin, Colombia; c/o TAXI AEREO ANTIOQUENO S.A., Medellin, Colombia; Calle 50 No. 65-42 Of. 205, Medellin, Colombia; DOB 14 Dec 1947; Cedula No. 8281944 (Colombia) (individual) [SDNT].

RAMIREZ GARCIA, Freyner Alfonso (a.k.a. "CARLOS PESEBRE"); DOB 13 May 1973; POB Medellin, Colombia; citizen Colombia; Cedula No. 71737758 (Colombia) (individual) [SDNTK].

RAMIREZ PERALES, Jose Odilon, Tamaulipas, Mexico; Piedras Negras, Coahuila, Mexico; DOB 20 Jul 1972; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; citizen

Mexico; Passport 84059255 (Mexico); C.U.R.P. RAPO720720HTMSRD03 (Mexico) (individual) [SDNTK] (Linked To: CARTEL DEL NORESTE).

RAMIREZ TREVINO, Mario (a.k.a. RAMIREZ TREVINO, Mario Armando), Tamaulipas, Mexico; Reynosa, Tamaulipas, Mexico; DOB 05 Mar 1962; POB Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

RAMIREZ TREVINO, Mario Armando (a.k.a. RAMIREZ TREVINO, Mario), Tamaulipas, Mexico; Reynosa, Tamaulipas, Mexico; DOB 05 Mar 1962; POB Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

RAMIREZ, Joise Luis (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

RAMKIANI QURDEBI (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

RAMKIANI QURDI (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic:

ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

RAMNIKLAL S GOSALIA AND COMPANY, 608, National House, B J Marg, Jacob Circle, Mahalaxmi, Mumbai, Maharashtra 400011, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 1998; Tax ID No. 27AADFR2284G1Z6 (India) [IRAN-EO13846].

RAMON MAGANA, Alcedis (a.k.a. ALCIDES MAGANA, Ramon; a.k.a. ALCIDES MAGANE, Ramon; a.k.a. ALCIDES MAYENA, Ramon; a.k.a. ALCIDEZ MAGANA, Ramon; a.k.a. GONZALEZ QUIONES, Jorge; a.k.a. MAGANA ALCIDES, Ramon; a.k.a. MAGANA, Jorge; a.k.a. MAGNA ALCIDEDES, Ramon; a.k.a. MATA, Alcides; a.k.a. RAMON MAGANA, Alcides; a.k.a. ROMERO, Antonio); DOB 04 Sep 1957 (individual) [SDNTK].

RAMON MAGANA, Alcides (a.k.a. ALCIDES MAGANA, Ramon; a.k.a. ALCIDES MAGANE, Ramon; a.k.a. ALCIDES MAYENA, Ramon; a.k.a. ALCIDEZ MAGANA, Ramon; a.k.a. GONZALEZ QUIONES, Jorge; a.k.a. MAGANA ALCIDES, Ramon; a.k.a. MAGANA, Jorge; a.k.a. MAGNA ALCIDEDES, Ramon; a.k.a. MATA, Alcides; a.k.a. RAMON MAGANA, Alcedis; a.k.a. ROMERO, Antonio); DOB 04 Sep 1957 (individual) [SDNTK].

RAMOR DIS TICARET VE INSAAT YATIRIM ANONIM SIRKETI (a.k.a. RAMOR GROUP), Ataturk mah. 42 Ada Gardenya 7/1 Kat. 12 D.77 Atasehir, Istanbul, Turkey; 42A ADA Kat: 12, Daire: 77, No: 7/1, Gardenya Plaza, Atasehir, Istanbul 34758, Turkey; Website www.ramor.com.tr; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: TAVAN, Resit).

RAMOR GROUP (a.k.a. RAMOR DIS TICARET VE INSAAT YATIRIM ANONIM SIRKETI), Ataturk mah. 42 Ada Gardenya 7/1 Kat. 12 D.77 Atasehir, Istanbul, Turkey; 42A ADA Kat: 12, Daire: 77, No: 7/1, Gardenya Plaza, Atasehir, Istanbul 34758, Turkey; Website www.ramor.com.tr; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: TAVAN, Resit).

RAMOS ACOSTA, Alvaro (a.k.a. "Alvaro Arroz Ramos"), Calle Privada Homero Numero 3, Fraccionamiento El Greco, Nogales, Sonora, Mexico; DOB 31 Mar 1976; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. RAAA760331HSRMCL00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

RAMOX PEREZ, Jorge (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

RAMSHEH, Ali Reza Nurian, Iran; DOB 25 May 1967; alt. DOB 20 Jun 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0938665847 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

RANA INSTITUTE (a.k.a. RANA INTELLIGENCE COMPUTING COMPANY), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

RANA INTELLIGENCE COMPUTING COMPANY (a.k.a. RANA INSTITUTE), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

RANCHO AGRICOLA GANADERO LOS MEZQUITES, S.A. DE C.V., Entrada a los Cascabeles 2.8 Carretera Internacional Sur Km. 22, Culiacan, Sinaloa, Mexico; R.F.C. RAG000412BY5 (Mexico) [SDNTK].

RANCHO EL NUEVO PACHON, S. DE R.L. DE C.V. (a.k.a. FRESCOS EL PACHON), Km. 14 Camino Viejo a San Isidro Mazatepec, Tala, Jalisco 45340, Mexico; Folio Mercantil No. 6022 (Mexico) [SDNTK].

RANCHO LA DORADA, 2o Callejon, Caserio las Delicias, Ayutla, San Marcos, Guatemala; NIT # 1198063-K (Guatemala) [SDNTK].

RANCHO LA HERADURA (a.k.a. RANCHO LA HERRADURA), Bajos de Choloma Carretera a Ticamaya, Cortes, Honduras [SDNTK].

RANCHO LA HERRADURA (a.k.a. RANCHO LA HERADURA), Bajos de Choloma Carretera a Ticamaya, Cortes, Honduras [SDNTK].

RANGEL BUENDIA, Alfredo, Privada Laredo 6412, Colonia Hipodromo, Nuevo Laredo, Tamaulipas, Mexico; Calle Villareal 23, Colonia Country Club, Hermosillo, Sonora, Mexico; Calle Leonardo Valles 721, Hermosillo, Sonora, Mexico; Calle Sierra Azul 239, Hermosillo, Sonora, Mexico; DOB 23 Feb 1966; alt. DOB 03 Nov 1986; alt. DOB 03 Jan 1966; POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Driver's License No. 724097 (Mexico); Credencial electoral 156593459 (Mexico); C.U.R.P. RABA660223HTSNNL09 (Mexico); Electoral Registry No. RNBNAL66022328H401 (Mexico) (individual) [SDNTK].

RANGEL GOMEZ, Francisco Jose (Latin: RANGEL GOMEZ, Francisco José), Bolivar, Venezuela; DOB 04 Apr 1953; POB Caracas, Venezuela; citizen Venezuela; Gender Male; Cedula No. 2520281 (Venezuela); Former Governor of Bolivar State (individual) [VENEZUELA].

RANGEL SILVA, Henry de Jesus, Trujillo, Venezuela; DOB 28 Aug 1961; nationality Venezuela; Gender Male; Cedula No. 5.764.952 (Venezuela) (individual) [VENEZUELA].

RANGEVISION (a.k.a. RENDZHVIZHN), Ul. Lenina D. 5B, Pomeshch. Vi, Krasnogorsk 143404, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5024151174 (Russia); Registration Number 1155024000471 (Russia) [RUSSIA-EO14024].

RANI, Indu, Benito Juarez, Quintana Roo, Mexico; DOB 28 Oct 1987; POB New Delhi, India; nationality India; alt. nationality Mexico; Gender Female; Passport W3506105 (India) expires 01 Sep 2032; alt. Passport N14909117 (Mexico) expires 16 Jul 2034; C.U.R.P. RAXI871028MNENXN04 (Mexico); Identification Number 10052853 (India) (individual) [TCO] (Linked To: BHARDWAJ, Vikrant).

RANLEY, James Koang Chol (a.k.a. CHOL, James Koang; a.k.a. CHUAL, James Koang; a.k.a. CHUOL, James Koang; a.k.a. RANLEY, Koang Chuol); DOB 1961; Passport R00012098 (South Sudan); Major General (individual) [SOUTH SUDAN].

RANLEY, Koang Chuol (a.k.a. CHOL, James Koang; a.k.a. CHUAL, James Koang; a.k.a. CHUOL, James Koang; a.k.a. RANLEY, James Koang Chol); DOB 1961; Passport R00012098 (South Sudan); Major General (individual) [SOUTH SUDAN].

RANTISI, Abdel Aziz, Gaza Strip, undetermined; DOB 23 Oct 1947; POB Yubna, Gaza

(Palestinian Authority); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

RAOUF, Hafiz Abdul (a.k.a. RAUF, Hafiz Abdul; a.k.a. RAUF, Hafiz Abdur), 4 Lake Road, Room No. 7, Choburji, Lahore, Pakistan; Dola Khurd, Lahore, Pakistan; 129 Jinnah Block, Awan Town, Multan Road, Lahore, Pakistan; 33 Street No. 3, Jinnah Colony, Tehsil Kabir Wala, District Khanewal, Pakistan; 5-Chamberlain Road, Lahore, Pakistan; DOB 25 Mar 1973; POB Sialkot, Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CM1074131 (Pakistan) issued 29 Oct 2008 expires 29 Oct 2013; alt. Passport A7523531 (Pakistan); National ID No. CNIC: 35202-5400413-9 (Pakistan); alt. National ID No. NIC: 277-93-113495 (Pakistan); alt. National ID No. 27873113495 (Pakistan) (individual) [SDGT].

RAPART SERVISEZ (a.k.a. RAPART SERVISEZ OOO), ul. Leninskaya Sloboda d. 26, et 1 pom. IV kom 106, Moscow 115280, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725497858 (Russia); Registration Number 1187746841941 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKOVLEV).

RAPART SERVISEZ OOO (a.k.a. RAPART SERVISEZ), ul. Leninskaya Sloboda d. 26, et 1 pom. IV kom 106, Moscow 115280, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725497858 (Russia); Registration Number 1187746841941 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKOVLEV).

RAPICOMBUSTIBLES DE VERACRUZ, S.A. DE C.V., Veracruz, Veracruz, Mexico; Organization Established Date 31 May 2021; Organization Type: Retail sale of automotive fuel in specialized stores; Folio Mercantil No. N-2021040069 (Mexico) [ILLICIT-DRUGS-EO14059].

RAPID ACTION BATTALION (a.k.a. RAB FORCES), RAB Forces Headquarters, Cargo Admin Building, Shahjalal International Airport, Kurmitola, Dhaka 1229, Bangladesh; Organization Established Date 26 Mar 2004; Target Type Government Entity [GLOMAG].

RAPID INTERVENTION FORCE (a.k.a. FIRQAT EL-NEMR; a.k.a. SAUDI RAPID

INTERVENTION GROUP; a.k.a. "TIGER SQUAD"), Saudi Arabia; Organization Established Date 2015 [GLOMAG] (Linked To: AL-QAHTANI, Saud).

RAPOPORT, Boris Iakovlevich (a.k.a. RAPOPORT, Boris Jakovlevich; a.k.a. RAPOPORT, Boris Yakovlevich), Russia; DOB 14 Aug 1967; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

RAPOPORT, Boris Jakovlevich (a.k.a. RAPOPORT, Boris Iakovlevich; a.k.a. RAPOPORT, Boris Yakovlevich), Russia; DOB 14 Aug 1967; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

RAPOPORT, Boris Yakovlevich (a.k.a. RAPOPORT, Boris Iakovlevich; a.k.a. RAPOPORT, Boris Jakovlevich), Russia; DOB 14 Aug 1967; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

RAPOTA, Grigoriy Alexeyevich (Cyrillic: РАПОТА, Григорий Алексеевич) (a.k.a. RAPOTA, Grigory Alexeyevich), Russia; DOB 05 Feb 1944; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RAPOTA, Grigory Alexeyevich (a.k.a. RAPOTA, Grigoriy Alexeyevich (Cyrillic: РАПОТА, Григорий Алексеевич)), Russia; DOB 05 Feb 1944; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RARRBO, Ahmed Hosni (a.k.a. "ABDALLAH O ABDULLAH"); DOB 12 Sep 1974; POB Bologhine, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

RASCHETNO-FONDOVY TSENTR, ZAKRYTOE AKTSIONERNOE OBSHCHESTVO INVESTITSIONNAYA KOMPANIYA (a.k.a. IK MMK-FINANS; a.k.a. INVESTITSIONNAYA KOMPANIYA MMK-FINANS; a.k.a. LIMITED LIABILITY COMPANY INVESTMENT COMPANY MMK-FINANS; a.k.a. LLC IK MMK-FINANS (Cyrillic: ООО ИК ММК-ФИНАНС); a.k.a. MMK-FINANS OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNAYA KOMPANIYA MMK-FINANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТИЦИОННАЯ КОМПАНИЯ ММК-ФИНАНС)), 70, ul. Kirova Magnitogorsk, Chelyabinskaya Obl. 455019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 May 1996; Tax ID No. 7446045354 (Russia); Government Gazette Number 34565086 (Russia); Registration Number 1057421016047 (Russia) [RUSSIA-EO14024] (Linked To: PUBLICHNOE AKTSIONERNOE OBSCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT).

RASCON RAMIREZ, Jose Javier (a.k.a. "EL KHADAFI"); DOB 24 Jul 1966; citizen Mexico (individual) [SDNTK].

RASEVIC, Mitar; DOB 1940; POB Cagust, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

RASHED EXCHANGE (a.k.a. SARAFI RASHED); Website www.Rashedexchange.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 14006467155 (Iran); Registration ID 503586 (Iran); Commercial Registry Number 0411518776478 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: VALADZAGHARD, Mohammadreza Khedmati).

RASHED, Israa Abou, Leidschendam, South Holland, Netherlands; DOB 01 Jan 1998; nationality Netherlands; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

RASHEDI, Naser (Arabic: ناصر راشدى), Iran; DOB 30 Mar 1961; POB Dezful, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport W35402984 (Iran) expires 31 Oct 2020; National ID No. 2002442320 (Iran); Iranian Ministry of Intelligence and Security Deputy Minister for Intelligence (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

RASHI, Abdul Majid (a.k.a. BUTT, Abdul Majid; a.k.a. LOAN, Waseem Raouf; a.k.a. LOAN, Waseem Rauf; a.k.a. LON RAOUF, Wasim Raouf; a.k.a. LOUN, Waseem Raouf; a.k.a. LOUN, Waseem Rauf; a.k.a. LOUN, Waseem Rouf; a.k.a. RASHID, Abdul Majid), c/o AL AMLOOD TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Pakistan; DOB 03 Mar 1966; POB Lahore, Pakistan; citizen Pakistan; Passport AA8908881 (Pakistan); Identification Number 35200-5407888-5 (Pakistan) (individual) [SDNTK].

RASHID BAHRAWI, Abdul (a.k.a. RASHID BALOCH, Abdul; a.k.a. RASHID BALUCH, Abdul; a.k.a. RASHID, Abdul; a.k.a. RASHID, Hafiz Abdul; a.k.a. RASHID, Mullah Abdul; a.k.a. RASHID, Qari Abdul), Dalbandin, Balochistan Province, Pakistan; Afghanistan; DOB 1970 to 1972; POB Dishu District, Helmand Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Maulawi (individual) [SDGT].

RASHID BALOCH, Abdul (a.k.a. RASHID BAHRAWI, Abdul; a.k.a. RASHID BALUCH, Abdul; a.k.a. RASHID, Abdul; a.k.a. RASHID, Hafiz Abdul; a.k.a. RASHID, Mullah Abdul; a.k.a. RASHID, Qari Abdul), Dalbandin, Balochistan Province, Pakistan; Afghanistan; DOB 1970 to 1972; POB Dishu District, Helmand Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Maulawi (individual) [SDGT].

RASHID BALUCH, Abdul (a.k.a. RASHID BAHRAWI, Abdul; a.k.a. RASHID BALOCH, Abdul; a.k.a. RASHID, Abdul; a.k.a. RASHID, Hafiz Abdul; a.k.a. RASHID, Mullah Abdul; a.k.a. RASHID, Qari Abdul), Dalbandin, Balochistan Province, Pakistan; Afghanistan; DOB 1970 to 1972; POB Dishu District, Helmand Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Maulawi (individual) [SDGT].

RASHID SAMANEH ELECTRONIC PROCESSING COMPANY (Arabic: شرکت پردازش الکترونیک راشد سامانه) (a.k.a. PARSA COMPANY; a.k.a. SHERKAT-E PORDAZESH ELECTRONIK RASHID SAMANEH), No. 8, Shahid Ahmad Fargah Dead End, Shahid Kabkanian Rd., Keshavarz Blvd., Tehran

1415994413, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103682222 (Iran); Registration Number 327970 (Iran) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

RASHID, Abdul (a.k.a. RASHID BAHRAWI, Abdul; a.k.a. RASHID BALOCH, Abdul; a.k.a. RASHID BALUCH, Abdul; a.k.a. RASHID, Hafiz Abdul; a.k.a. RASHID, Mullah Abdul; a.k.a. RASHID, Qari Abdul), Dalbandin, Balochistan Province, Pakistan; Afghanistan; DOB 1970 to 1972; POB Dishu District, Helmand Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Maulawi (individual) [SDGT].

RASHID, Abdul Majid (a.k.a. BUTT, Abdul Majid; a.k.a. LOAN, Waseem Raouf; a.k.a. LOAN, Waseem Rauf; a.k.a. LON RAOUF, Wasim Raouf; a.k.a. LOUN, Waseem Raouf; a.k.a. LOUN, Waseem Rauf; a.k.a. LOUN, Waseem Rouf; a.k.a. RASHI, Abdul Majid), c/o AL AMLOOD TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Pakistan; DOB 03 Mar 1966; POB Lahore, Pakistan; citizen Pakistan; Passport AA8908881 (Pakistan); Identification Number 35200-5407888-5 (Pakistan) (individual) [SDNTK].

RASHID, Abu Yunus (a.k.a. ABU BAKAR, Mohammad Hassan; a.k.a. AL SAHRAWI, Abu Yahya Yunis; a.k.a. AL-LIBI, Abu Yahya; a.k.a. AL-LIBI, Muhammad Hasan; a.k.a. QA'ID, Hasan; a.k.a. QA'ID, Hasan Muhammad Abu Bakr; a.k.a. QAYED, Muhammad Hassan; a.k.a. SHEIKH YAHYA, Abu Yahya); DOB 1963; POB Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

RASHID, Ata Abd Al-Aziz (a.k.a. BARZINGY, Ata Abdoul Aziz; a.k.a. RASHID, Ata Abdoulaziz), Schmidener Street 98, Stuttgart 70374, Germany; Stuttgart Prison, Stuttgart, Germany; DOB 01 Dec 1973; POB Sulaymaniyah, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Travel Document Number A0020375 (Germany) (individual) [SDGT].

RASHID, Ata Abdoulaziz (a.k.a. BARZINGY, Ata Abdoul Aziz; a.k.a. RASHID, Ata Abd Al-Aziz), Schmidener Street 98, Stuttgart 70374, Germany; Stuttgart Prison, Stuttgart, Germany; DOB 01 Dec 1973; POB Sulaymaniyah, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Travel Document Number A0020375 (Germany) (individual) [SDGT].

RASHID, Gholam Ali (a.k.a. RASHID, Gholamali), Iran; DOB 1953; alt. DOB 1954; POB Dezful, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

RASHID, Gholamali (a.k.a. RASHID, Gholam Ali), Iran; DOB 1953; alt. DOB 1954; POB Dezful, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

RASHID, Hafiz Abdul (a.k.a. RASHID BAHRAWI, Abdul; a.k.a. RASHID BALOCH, Abdul; a.k.a. RASHID BALUCH, Abdul; a.k.a. RASHID, Abdul; a.k.a. RASHID, Mullah Abdul; a.k.a. RASHID, Qari Abdul), Dalbandin, Balochistan Province, Pakistan; Afghanistan; DOB 1970 to 1972; POB Dishu District, Helmand Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Maulawi (individual) [SDGT].

RASHID, Humam 'abd al-Khaliq (a.k.a. ABD AL-GHAFUR, Humam Abd al-Khaliq; a.k.a. 'ABD AL-RAHMAN, Humam 'abd al-Khaliq; a.k.a. ABD-AL-GHAFUR, Humam abd-al-Khaliq; a.k.a. GHAFUR, Humam Abdel Khaleq Abdel); DOB 1945; POB ar-Ramadi, Iraq; nationality Iraq; Former Minister of Higher Education and Research; M0018061/104,issued 12 September 1993 (individual) [IRAQ2].

RASHID, Mullah Abdul (a.k.a. RASHID BAHRAWI, Abdul; a.k.a. RASHID BALOCH, Abdul; a.k.a. RASHID BALUCH, Abdul; a.k.a. RASHID, Abdul; a.k.a. RASHID, Hafiz Abdul; a.k.a. RASHID, Qari Abdul), Dalbandin, Balochistan Province, Pakistan; Afghanistan; DOB 1970 to 1972; POB Dishu District, Helmand Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Maulawi (individual) [SDGT].

RASHID, Qari Abdul (a.k.a. RASHID BAHRAWI, Abdul; a.k.a. RASHID BALOCH, Abdul; a.k.a. RASHID BALUCH, Abdul; a.k.a. RASHID, Abdul; a.k.a. RASHID, Hafiz Abdul; a.k.a. RASHID, Mullah Abdul), Dalbandin, Balochistan Province, Pakistan; Afghanistan; DOB 1970 to 1972; POB Dishu District, Helmand Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Maulawi (individual) [SDGT].

RASHIDI, Ali Akbar (a.k.a. RASHIDI-BARJINI, Aliakbar (Arabic: على اكبر رشيدى بارجينى)), Iran; DOB 30 Apr 1991; POB Meybod, Yazd Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4480034870 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

RASHIDI-BARJINI, Aliakbar (Arabic: على اكبر رشيدى بارجينى) (a.k.a. RASHIDI, Ali Akbar), Iran; DOB 30 Apr 1991; POB Meybod, Yazd Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4480034870 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

RASHIN OCEAN EAST CO., LTD. (a.k.a. EAST OCEAN RASHIN (Arabic: راشين اقيانوس شرق); a.k.a. EAST OCEAN RASHIN SHIPPING CO; a.k.a. EAST RASHIN OCEAN CO., LTD.), Central Part, Enterpreneurial Neighborhood, Salehi Street, Golestan Street, No. 0, Lian Building Ground Floor, Unit 1, Assaluyeh City, Bushehr Province 75119757543, Iran; Central Part, Laneh Square, Jomhuri Eslami Street, Sadaf Alley, No. 0, Armin 2 Building, Second Floor, Unit 7, Assaluyeh City, Bushehr Province 7511934725, Iran; National ID No. 14008898707 (Iran); Registration Number 38 (Iran) [IRAN-EO13846].

RASHKIN, Valery Fedorovich (Cyrillic: РАШКИН, Валерий Федорович), Russia; DOB 14 Mar 1955; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RASHNIKOV, Victor (a.k.a. RASHNIKOV, Viktor Filippovich (Cyrillic: РАШНИКОВ, Виктор Филиппович)), Magnitogorsk, Russia; DOB 13 Oct 1948; alt. DOB 03 Oct 1948; POB Magnitogorsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 744401267500 (Russia) (individual) [RUSSIA-EO14024].

RASHNIKOV, Viktor Filippovich (Cyrillic: РАШНИКОВ, Виктор Филиппович) (a.k.a. RASHNIKOV, Victor), Magnitogorsk, Russia; DOB 13 Oct 1948; alt. DOB 03 Oct 1948; POB Magnitogorsk, Russia; nationality Russia;

Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 744401267500 (Russia) (individual) [RUSSIA-EO14024].

RASHNO, Mahdi (a.k.a. RASHNO, Mehdi; a.k.a. RASHNU, Mehdi), Tehran, Iran; DOB 19 May 1982; POB Borujerd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport E56456884 (Iran); National ID No. 4132286126 (Iran) (individual) [IRAN-EO13902].

RASHNO, Mehdi (a.k.a. RASHNO, Mahdi; a.k.a. RASHNU, Mehdi), Tehran, Iran; DOB 19 May 1982; POB Borujerd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport E56456884 (Iran); National ID No. 4132286126 (Iran) (individual) [IRAN-EO13902].

RASHNU, Mehdi (a.k.a. RASHNO, Mahdi; a.k.a. RASHNO, Mehdi), Tehran, Iran; DOB 19 May 1982; POB Borujerd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport E56456884 (Iran); National ID No. 4132286126 (Iran) (individual) [IRAN-EO13902].

RASON INTERNATIONAL COMMERCIAL BANK, Rason, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; all offices worldwide [DPRK3].

RASOULI, Mohammad Bagher (a.k.a. RASOULI, Mohammadbagher), Iran; DOB 15 Mar 1982; POB Tabriz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Z23183660 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

RASOULI, Mohammadbagher (a.k.a. RASOULI, Mohammad Bagher), Iran; DOB 15 Mar 1982; POB Tabriz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Z23183660 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

RASPADSKAYA UGOLNAYA KOMPANIYA (a.k.a. LIMITED LIABILITY COMPANY RASPADSKAYA COAL COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RASPADSKAYA UGOLNAYA KOMPANIYA; a.k.a. OOO

RASPADSKAYA COAL COMPANY; a.k.a. "RUK OOO"), d. 33, Ofis 201, Prospekt Kurako (Kuibyshevski R-N), Novokuznetsk, Kemerovo region 654006, Russia; PR. Kurako D. 33, Novokuznetsk 654027, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4253029657 (Russia); Registration Number 1154253003750 (Russia) [RUSSIA-EO14024].

RASSALAI, Viachaslau (a.k.a. RASSALAI, Viachaslau Yevgenyevich; a.k.a. ROSSOLAY, Vyacheslav Evgenyevich (Cyrillic: РОССОЛАЙ, Вячеслав Евгеньевич)), Minsk, Belarus; DOB 17 Oct 1981; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

RASSALAI, Viachaslau Yevgenyevich (a.k.a. RASSALAI, Viachaslau; a.k.a. ROSSOLAY, Vyacheslav Evgenyevich (Cyrillic: РОССОЛАЙ, Вячеслав Евгеньевич)), Minsk, Belarus; DOB 17 Oct 1981; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

RASSTAFANN CO (a.k.a. RASTAFAN; a.k.a. RASTAFANN; a.k.a. RASTAFANN ERTEBAT ENGINEERING COMPANY), No. 1, Sartipi Street, Shahid Mirzapoor Avenue, North of Sadr Bridge, Shariati Avenue, Tehran 19316-63384, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

RASTAFAN (a.k.a. RASSTAFANN CO; a.k.a. RASTAFANN; a.k.a. RASTAFANN ERTEBAT ENGINEERING COMPANY), No. 1, Sartipi Street, Shahid Mirzapoor Avenue, North of Sadr Bridge, Shariati Avenue, Tehran 19316-63384, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

RASTAFANN (a.k.a. RASSTAFANN CO; a.k.a. RASTAFAN; a.k.a. RASTAFANN ERTEBAT ENGINEERING COMPANY), No. 1, Sartipi Street, Shahid Mirzapoor Avenue, North of Sadr Bridge, Shariati Avenue, Tehran 19316-63384, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

RASTAFANN ERTEBAT ENGINEERING COMPANY (a.k.a. RASSTAFANN CO; a.k.a. RASTAFAN; a.k.a. RASTAFANN), No. 1, Sartipi Street, Shahid Mirzapoor Avenue, North of Sadr Bridge, Shariati Avenue, Tehran 19316-63384, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

RASTIN KHADAMAT PARSIAN COMPANY (a.k.a. PARSIAN TECHNOLOGY SUPPORT COMPANY), Iran; Additional Sanctions Information - Subject to Secondary Sanctions

[IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

RATTANA VICHAI COMPANY LTD. (a.k.a. BORISAT RATTANA WICHAI CHAMKAT), 339 Soi Lat Phrao 23, Lat Phrao Road, Chatuchak district, Bangkok, Thailand [SDNTK].

RATTANLAL RATANLAL, Rahul (a.k.a. RATTANLAL, Rahul Warikoo; a.k.a. WARIKOO RATTANLAL, Rahul Rattanlal; a.k.a. WARIKOO, Rahul), United Arab Emirates; DOB 10 Feb 1975; POB Srinagar, India; nationality India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 784197513265138 (India) (individual) [SDGT] (Linked To: INDO GULF SHIP MANAGEMENT LLC).

RATTANLAL, Rahul Warikoo (a.k.a. RATTANLAL RATANLAL, Rahul; a.k.a. WARIKOO RATTANLAL, Rahul Rattanlal; a.k.a. WARIKOO, Rahul), United Arab Emirates; DOB 10 Feb 1975; POB Srinagar, India; nationality India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 784197513265138 (India) (individual) [SDGT] (Linked To: INDO GULF SHIP MANAGEMENT LLC).

RAUF, Abdul (a.k.a. ZAKIR, Qari), Miram Shah, Pakistan; DOB 1969; alt. DOB 1970; alt. DOB 1971; POB Kabul, Afghanistan; citizen Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

RAUF, Ahmed Aalif (a.k.a. RAUF, Ahmed Alif), Male, Maldives; DOB 21 Nov 1986; POB Male, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E0513822 (Maldives) expires 08 Dec 2019; National ID No. A332352 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

RAUF, Ahmed Alif (a.k.a. RAUF, Ahmed Aalif), Male, Maldives; DOB 21 Nov 1986; POB Male, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E0513822 (Maldives) expires 08 Dec 2019; National ID No. A332352 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

RAUF, Hafiz Abdul (a.k.a. RAOUF, Hafiz Abdul; a.k.a. RAUF, Hafiz Abdur), 4 Lake Road, Room No. 7, Choburji, Lahore, Pakistan; Dola Khurd, Lahore, Pakistan; 129 Jinnah Block, Awan Town, Multan Road, Lahore, Pakistan; 33 Street No. 3, Jinnah Colony, Tehsil Kabir Wala, District Khanewal, Pakistan; 5-Chamberlain Road, Lahore, Pakistan; DOB 25 Mar 1973; POB Sialkot, Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CM1074131 (Pakistan) issued 29 Oct 2008 expires 29 Oct 2013; alt. Passport A7523531 (Pakistan); National ID No. CNIC: 35202-5400413-9 (Pakistan); alt. National ID No. NIC: 277-93-113495 (Pakistan); alt. National ID No. 27873113495 (Pakistan) (individual) [SDGT].

RAUF, Hafiz Abdur (a.k.a. RAOUF, Hafiz Abdul; a.k.a. RAUF, Hafiz Abdul), 4 Lake Road, Room No. 7, Choburji, Lahore, Pakistan; Dola Khurd, Lahore, Pakistan; 129 Jinnah Block, Awan Town, Multan Road, Lahore, Pakistan; 33 Street No. 3, Jinnah Colony, Tehsil Kabir Wala, District Khanewal, Pakistan; 5-Chamberlain Road, Lahore, Pakistan; DOB 25 Mar 1973; POB Sialkot, Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CM1074131 (Pakistan) issued 29 Oct 2008 expires 29 Oct 2013; alt. Passport A7523531 (Pakistan); National ID No. CNIC: 35202-5400413-9 (Pakistan); alt. National ID No. NIC: 277-93-113495 (Pakistan); alt. National ID No. 27873113495 (Pakistan) (individual) [SDGT].

RAUF, Ibrahim Aleef, Male, Maldives; DOB 30 Nov 1989; POB Male, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E0476424 (Maldives) expires 27 Jan 2019; National ID No. A121995 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

RAUF, Mohamed Inthif, Maldives; Sri Lanka; DOB 09 Sep 1988; POB Male, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E0457534 (Maldives) expires 21 Jul 2018; alt. Passport LA16E9883 (Maldives); National ID No. A336855 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

RAVANKAR, Mansour (a.k.a. RAVANKAR, Mansur), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

RAVANKAR, Mansur (a.k.a. RAVANKAR, Mansour), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

RAVARI, Reza (a.k.a. HAMIDIRAVARI, Reza (Arabic: رضا حمیدی راوری)), Iran; DOB 31 Oct 1963; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport V40150378 (Iran) expires 02 Jan 2022 (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

RAVEE CO (a.k.a. RAVEE SARL), Property number 7317, Baalbek, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Non-specialized wholesale trade; Commercial Registry Number 3682619 (Lebanon) issued 11 Aug 2022; alt. Commercial Registry Number 4009185 (Lebanon) issued 23 Jul 2020 [SDGT] (Linked To: HIZBALLAH).

RAVEE SARL (a.k.a. RAVEE CO), Property number 7317, Baalbek, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Non-specialized wholesale trade; Commercial Registry Number 3682619 (Lebanon) issued 11 Aug 2022; alt. Commercial Registry Number 4009185 (Lebanon) issued 23 Jul 2020 [SDGT] (Linked To: HIZBALLAH).

RAVEN INTERNATIONAL TRADE LIMITED (Chinese Traditional: 瑞文機械有限公司), Flat B, 9/F, Mega Cube, No. 8 Wang Kwong Road, Kowloon, Hong Kong, China; No. 19 Jingping Road, Fuchun Street, Fuyang Hangzhou, Zhejiang, China; Additional Sanctions Information - Subject to Secondary Sanctions;

Organization Established Date 26 Apr 2022; Business Number 3147216 (Hong Kong); Business Registration Number 73988180-000 (Hong Kong) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

RAVENALA TRADING CO., LIMITED, Flat/Rm 1708F, 17/F, Grandtech Centre, No. 8 On Ping Street, Sha Tin New Town, Hong Kong, China; Organization Established Date 26 Oct 2023; Business Registration Number 75842394 (Hong Kong) [IRAN-EO13902] (Linked To: MARKAN WHITE TRADING CRUDE OIL ABROAD CO. L.L.C).

RAVI LINES INC, Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 18 Jul 2022; Identification Number IMO 6337161; Business Registration Number 115417 (Marshall Islands) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

RAVIN ACADEMY (Arabic: آکادمی راوین) (a.k.a. AAVAYE HOOSHMAND RAVIN INSTITUTE (Arabic: مؤسسه آوای هوشمند راوین); a.k.a. RAVIN SMART VOICE INSTITUTE), No. 36, Naghdi Alley, North Sohrevardi, Tehran, Iran; No. 105, Shahid Motahari St., Suleiman Kharter St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14008970823 (Iran) [HRIT-IR].

RAVIN SMART VOICE INSTITUTE (a.k.a. AAVAYE HOOSHMAND RAVIN INSTITUTE (Arabic: مؤسسه آوای هوشمند راوین); a.k.a. RAVIN ACADEMY (Arabic: آکادمی راوین)), No. 36, Naghdi Alley, North Sohrevardi, Tehran, Iran; No. 105, Shahid Motahari St., Suleiman Kharter St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14008970823 (Iran) [HRIT-IR].

RAVNOPRAVIE (a.k.a. PARTIDUL SOR; a.k.a. SHOR PARTY), 36 Vasile Lupu Street, OF 326, Orhei, Moldova; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date Jun 1998; Organization Type: Activities of political organizations [RUSSIA-EO14024] (Linked To: SHOR, Ilan Mironovich).

RAW MATERIALS AND NUCLEAR FUEL PRODUCTION COMPANY (a.k.a. NUCLEAR FUEL AND RAW MATERIALS PRODUCTION COMPANY; a.k.a. TAMAS COMPANY; a.k.a. "TAMAS"), Shahid Chamran Building, North Kargar Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary

Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

RAWI, Adnan Mahmood (a.k.a. AL RAWI, Adnan Mahmood; a.k.a. ALRAWI, Adnan Mahmoud; a.k.a. AL-RAWI, 'Adnan Muhammad Amin; a.k.a. AL-RAWI, Amin Muhammad; a.k.a. AMIN, 'Adnan Muhammad; a.k.a. "ALDEEN, Mohammed Amad Az"; a.k.a. "EMAD, Mohammad"; a.k.a. "EZALDEEN, Mohammed Emad"), Erbil, Iraq; Amman, Jordan; Sulaymaniyah, Iraq; Istanbul, Turkey; Adana, Turkey; Bazaz Abd, Syria; al-Rawah, Anbar, Iraq; DOB 07 Jan 1985; alt. DOB 28 Aug 1982; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 649474 (Iraq); Identification Number 00260818 (Iraq); alt. Identification Number 658032 (Jordan); alt. Identification Number 635464 (Jordan); alt. Identification Number 1251025 (Jordan); alt. Identification Number 1200701 (Jordan); alt. Identification Number 24906658031 (Jordan); alt. Identification Number 1465967 (Jordan); alt. Identification Number 1194396 (Jordan) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

RAYAN FAN GROUP (a.k.a. RAYAN FAN KAV ANDISH CO (Arabic: رایان فن کاو اندیش)), North Sohrevardi South West Side Seyyed Khandan Bridge Barazandeh, Number 16, Second Floor, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 03 Jun 2009; National ID No. 10103974666 (Iran); Registration Number 350871 (Iran) [NPWMD] [IFSR] (Linked To: PARSAJAM, Mohsen).

RAYAN FAN KAV ANDISH CO (Arabic: رایان فن کاو اندیش) (a.k.a. RAYAN FAN GROUP), North Sohrevardi South West Side Seyyed Khandan Bridge Barazandeh, Number 16, Second Floor, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 03 Jun 2009; National ID No. 10103974666 (Iran); Registration Number 350871 (Iran) [NPWMD] [IFSR] (Linked To: PARSAJAM, Mohsen).

RAYAN IMAGE PROCESSING CORPORATION (a.k.a. PARDAZESH TASVIR RAYAN CO.; a.k.a. RAYAN PRINTING), No. 9, 22nd St., 9th Km. of Karaj Special Rd., 1389843613, Tehran, Iran; Africa St., West Nahid St., Akhtaran Ave., p. 57, 1967773314, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; National ID No. 10102041648 (Iran); Registration ID 161530 (Iran) [SDGT] [IRGC] [IFSR].

RAYAN PRINTING (a.k.a. PARDAZESH TASVIR RAYAN CO.; a.k.a. RAYAN IMAGE PROCESSING CORPORATION), No. 9, 22nd St., 9th Km. of Karaj Special Rd., 1389843613, Tehran, Iran; Africa St., West Nahid St., Akhtaran Ave., p. 57, 1967773314, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10102041648 (Iran); Registration ID 161530 (Iran) [SDGT] [IRGC] [IFSR].

RAYAN ROSHD AFZAR COMPANY (Arabic: شرکت رایان رشد افزار) (a.k.a. ARIOTEK (Arabic: آریوتک); a.k.a. RAYAN ROSHD COMPANY; a.k.a. "RAYAN ROSHD"), No. 16, Barazandeh St., North Sohrevardi St., Seyed Khandan, Tehran, Iran; Number 24 Barzandeh St., North Sohrevardi Ave., Tehran, Iran; North Unit, Third Floor, Plaque 2, South Yasman Street, Fourth Yas Street, Railway Town, Central District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 27 May 2001; National ID No. 10102168390 (Iran); Registration Number 174449 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

RAYAN ROSHD COMPANY (a.k.a. ARIOTEK (Arabic: آریوتک); a.k.a. RAYAN ROSHD AFZAR COMPANY (Arabic: شرکت رایان رشد افزار); a.k.a. "RAYAN ROSHD"), No. 16, Barazandeh St., North Sohrevardi St., Seyed Khandan, Tehran, Iran; Number 24 Barzandeh St., North Sohrevardi Ave., Tehran, Iran; North Unit, Third Floor, Plaque 2, South Yasman Street, Fourth Yas Street, Railway Town, Central District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 27 May 2001; National ID No. 10102168390 (Iran); Registration Number 174449 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

RAYBEAM OPTRONICS CO. LTD. (Chinese Simplified: 三河市戎邦光电设备股份有限公司), 10-D, Blessgo Industrial Park, Yanjiao High and New Tech Zone, Beijing 101601, China; 10-D Blessgo Industrial Park, Yanjiao Economic Development Zone, Sanhe, Hebei Province, China; Website www.raybeam.cn; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 131082000061293 (China); Unified Social

Credit Code (USCC) 9113100033607322XK (China) [NPWMD] [IFSR] (Linked To: LIU, Baoxia).

RAYDAYIN COMPANY (a.k.a. RADIN MONEY EXCHANGE; a.k.a. RAYDAYIN TURKEY; a.k.a. REDIN COMPANY; a.k.a. REDIN CONSULTING AND FOREIGN TRADE LIMITED COMPANY; a.k.a. REDIN CURRENCY EXCHANGE; a.k.a. REDIN DIS TICARET LTD. STI; a.k.a. REDIN EXCHANGE; a.k.a. REDIN GENERAL TRADE AND CARGO; a.k.a. REDIN MONEY EXCHANGE; a.k.a. RIDEN MONEY EXCHANGE; a.k.a. RIDIN MONEY EXCHANGE), Balabanaga Mahallesi, Ordu Cd. No: 12, Kat:2, Fatih, Istanbul 34134, Turkey; Molla Gurani Mahallesi, Turgut Ozal Millet Cd. No: 38/34, Fatih, Istanbul 34093, Turkey; Incili Pinar Mahallesi, Nisantasi Sk. No: 13, Cazibe Is Merkezi, Kat: 8D:801, Sehitkamil, Gaziantep 27090, Turkey; No: 12-2 Laleli, Balabanaga Mahallesi, Ordu Caddesi, Fatih, Istanbul, Turkey; Email Address redin.antep@gmail.com; alt. Email Address redin.ist@gmail.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 3010560025 (Turkey); Registration Number 926549 (Turkey) [SDGT] (Linked To: HAMAS).

RAYDAYIN TURKEY (a.k.a. RADIN MONEY EXCHANGE; a.k.a. RAYDAYIN COMPANY; a.k.a. REDIN COMPANY; a.k.a. REDIN CONSULTING AND FOREIGN TRADE LIMITED COMPANY; a.k.a. REDIN CURRENCY EXCHANGE; a.k.a. REDIN DIS TICARET LTD. STI; a.k.a. REDIN EXCHANGE; a.k.a. REDIN GENERAL TRADE AND CARGO; a.k.a. REDIN MONEY EXCHANGE; a.k.a. RIDEN MONEY EXCHANGE; a.k.a. RIDIN MONEY EXCHANGE), Balabanaga Mahallesi, Ordu Cd. No: 12, Kat:2, Fatih, Istanbul 34134, Turkey; Molla Gurani Mahallesi, Turgut Ozal Millet Cd. No: 38/34, Fatih, Istanbul 34093, Turkey; Incili Pinar Mahallesi, Nisantasi Sk. No: 13, Cazibe Is Merkezi, Kat: 8D:801, Sehitkamil, Gaziantep 27090, Turkey; No: 12-2 Laleli, Balabanaga Mahallesi, Ordu Caddesi, Fatih, Istanbul, Turkey; Email Address redin.antep@gmail.com; alt. Email Address redin.ist@gmail.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 3010560025 (Turkey); Registration Number 926549 (Turkey) [SDGT] (Linked To: HAMAS).

RAYKES, Olga Borisovna (a.k.a. RAIKES, Olga Borisovna), 13/38 Tarmav Street, Rishon Lezion 7529025, Israel; Austria; Singapore; Pokrovka 35-17-1-17, Moscow 105062, Russia; DOB 25 Apr 1984; POB Ekaterinburg, Russia; nationality Russia; alt. nationality Israel; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 759916267 (Russia) expires 28 Jan 2029; alt. Passport 32392042 (Israel) issued 16 May 2018 expires 15 May 2023 (individual) [RUSSIA-EO14024].

RAYMING PCB AND ASSEMBLY (a.k.a. RAYMING TECHNOLOGY; a.k.a. RAYMING TECHNOLOGY HK CO LIMITED (Chinese Traditional: 雷鳴科技香港有限公司); a.k.a. SHENZHEN RAYMING ELECTRONIC CO LTD (Chinese Simplified: 深圳市雷明电子有限公司)), 601, L3#, Exhibition Bay South, Zhanyun Road, Fuhai Bao'an, Shenzhen, Guangdong, China; Room 02, Area B, 4th Floor, Building 12, Fuan Second Industrial City, Dayang Development Zone, Fuyong Street, Shenzhen, Guangdong 518100, China; Office No. 3, 10/F, Witty Commercial Building, 1A-1L Tung Choi Street, Mongkok, Kowloon, Hong Kong, China; Website www.raypcb.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 52543426 (Hong Kong); Unified Social Credit Code (USCC) 91440300595655179U (China) [NPWMD] [IFSR] (Linked To: DEHGHAN FARSI, Mohamadreza).

RAYMING TECHNOLOGY (a.k.a. RAYMING PCB AND ASSEMBLY; a.k.a. RAYMING TECHNOLOGY HK CO LIMITED (Chinese Traditional: 雷鳴科技香港有限公司); a.k.a. SHENZHEN RAYMING ELECTRONIC CO LTD (Chinese Simplified: 深圳市雷明电子有限公司)), 601, L3#, Exhibition Bay South, Zhanyun Road, Fuhai Bao'an, Shenzhen, Guangdong, China; Room 02, Area B, 4th Floor, Building 12, Fuan Second Industrial City, Dayang Development Zone, Fuyong Street, Shenzhen, Guangdong 518100, China; Office No. 3, 10/F, Witty Commercial Building, 1A-1L Tung Choi Street, Mongkok, Kowloon, Hong Kong, China; Website www.raypcb.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 52543426 (Hong Kong); Unified Social Credit Code (USCC) 91440300595655179U (China) [NPWMD] [IFSR] (Linked To: DEHGHAN FARSI, Mohamadreza).

RAYMING TECHNOLOGY HK CO LIMITED (Chinese Traditional: 雷鳴科技香港有限公司)

(a.k.a. RAYMING PCB AND ASSEMBLY; a.k.a. RAYMING TECHNOLOGY; a.k.a. SHENZHEN RAYMING ELECTRONIC CO LTD (Chinese Simplified: 深圳市雷明电子有限公司)), 601, L3#, Exhibition Bay South, Zhanyun Road, Fuhai Bao'an, Shenzhen, Guangdong, China; Room 02, Area B, 4th Floor, Building 12, Fuan Second Industrial City, Dayang Development Zone, Fuyong Street, Shenzhen, Guangdong 518100, China; Office No. 3, 10/F, Witty Commercial Building, 1A-1L Tung Choi Street, Mongkok, Kowloon, Hong Kong, China; Website www.raypcb.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 52543426 (Hong Kong); Unified Social Credit Code (USCC) 91440300595655179U (China) [NPWMD] [IFSR] (Linked To: DEHGHAN FARSI, Mohamadreza).

RAYTRONIC CORPORATION, LIMITED, No. 901, Jing Shu Dong Li, Haidian Dist, Beijing 100083, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: LIU, Baoxia).

RAYYA DANISMANLIK HIZMETLERI LIMITED SIRKETI, B-48, No. 3 Maltepe Mahallesi, Istanbul 34010, Turkey; Organization Established Date 14 Dec 2018; Business Registration Number 9418 (Turkey) [BELARUS-EO14038] (Linked To: RAYYA, Samer).

RAYYA, Samer (a.k.a. RAYYA, Samer Samir), Maroun al Nakkash, Beirut, Lebanon; DOB 15 Aug 1979; nationality Lebanon; Gender Male; Passport PR0157356 (Lebanon) expires 24 Aug 2022 (individual) [BELARUS-EO14038] (Linked To: BLACK SHIELD COMPANY FOR GENERAL TRADING LLC).

RAYYA, Samer Samir (a.k.a. RAYYA, Samer), Maroun al Nakkash, Beirut, Lebanon; DOB 15 Aug 1979; nationality Lebanon; Gender Male; Passport PR0157356 (Lebanon) expires 24 Aug 2022 (individual) [BELARUS-EO14038] (Linked To: BLACK SHIELD COMPANY FOR GENERAL TRADING LLC).

RAYYAN SHIPPING (OPC) PRIVATE LIMITED, 68, Rais Manjil, Lucknow, Uttar Pradesh 226003, India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 May 2021; Company Number U61100UP2021OPC146413 (India); Business Registration Number 146413 (India) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

RAZA ZAIDI, Syed Ali (a.k.a. RAZA, Syed Ali), Karachi, Pakistan; DOB 15 Oct 1992; nationality Pakistan; Email Address syedaliraza940@gmail.com; alt. Email Address raza.zaidi92@yahoo.com; alt. Email Address kool_boy92@hotmail.com; alt. Email Address s.alirz92@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. 4220157603253 (Pakistan) (individual) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

RAZA, Mohsin (a.k.a. AMIRI, Mohsin Raza), Karachi, Pakistan; DOB 25 May 1986; nationality Pakistan; Email Address alimohsin228@gmail.com; alt. Email Address mohsinrazaamiri@gmail.com; alt. Email Address alimohsin228@yahoo.com; alt. Email Address amestypezx@yahoo.com; alt. Email Address mohsin@forwarderz.com; alt. Email Address great_guy1102002@yahoo.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. 4220198261523 (Pakistan) (individual) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

RAZA, Mujtaba (a.k.a. LILANI, Mujtaba Ali; a.k.a. RAZA, Mujtaba Ali), Karachi, Pakistan; DOB 21 Oct 1987; nationality Pakistan; Email Address threatcc@gmail.com; alt. Email Address mujtaba@forwarderz.com; Gender Male; Digital Currency Address - XBT 1KSAbh5trMCTZwhiNsuUQvfTtSSTT8zqRk; alt. Digital Currency Address - XBT 1BiUFjzH6wsT73U3tfy4aXHCQsYQHzjk5h; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Digital Currency Address - LTC LeKvNdNEzgQkzVVnRdV3fAu2DSF1nLsNw6; Digital Currency Address - XVG DFFJhnQNZf8rf67tYnesPu7MuGUpYtzv7Z; National ID No. 4220104113771 (Pakistan) (individual) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

RAZA, Mujtaba Ali (a.k.a. LILANI, Mujtaba Ali; a.k.a. RAZA, Mujtaba), Karachi, Pakistan; DOB 21 Oct 1987; nationality Pakistan; Email Address threatcc@gmail.com; alt. Email Address mujtaba@forwarderz.com; Gender Male; Digital Currency Address - XBT 1KSAbh5trMCTZwhiNsuUQvfTtSSTT8zqRk; alt. Digital Currency Address - XBT 1BiUFjzH6wsT73U3tfy4aXHCQsYQHzjk5h; Secondary sanctions risk: Ukraine-/Russia-

Related Sanctions Regulations, 31 CFR 589.201; Digital Currency Address - LTC LeKvNdNEzgQkzVVnRdV3fAu2DSF1nLsNw6; Digital Currency Address - XVG DFFJhnQNZf8rf67tYnesPu7MuGUpYtzv7Z; National ID No. 4220104113771 (Pakistan) (individual) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

RAZA, Syed Ali (a.k.a. RAZA ZAIDI, Syed Ali), Karachi, Pakistan; DOB 15 Oct 1992; nationality Pakistan; Email Address syedaliraza940@gmail.com; alt. Email Address raza.zaidi92@yahoo.com; alt. Email Address kool_boy92@hotmail.com; alt. Email Address s.alirz92@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. 4220157603253 (Pakistan) (individual) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

RAZAVI BROKERAGE FIRM (Arabic: شركت كارگزاری بورس اوراق بهادار رضوی a.k.a. RAZAVI BROKERAGE HOUSE), W. Arghavan, Farahzadi Blvd., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861642000 (Iran); Registration Number 23150 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

RAZAVI BROKERAGE HOUSE (a.k.a. RAZAVI BROKERAGE FIRM (Arabic: شركت كارگزاری بورس اوراق بهادار رضوی)), W. Arghavan, Farahzadi Blvd., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861642000 (Iran); Registration Number 23150 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

RAZAVI ECONOMIC ORGANIZATION (Arabic: سازمان اقتصادی رضوی), Central District, Ferdowsi, Khayyam Blvd., Khayyam St. 33 Shahid Nourbakhsh 2, #0, Ground Floor, Mashhad, Khorasan Razavi 9185917111, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10380129694 (Iran); Registration Number 1316 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

RAZAVI INFORMATION AND COMMUNICATION TECHNOLOGY CO. (Arabic: شركت فناوری اطلاعات و ارتباطات رضوی) (a.k.a. FAVA RAZAVI (Arabic: فاوا رضوی)), Kuh Sangi, Kuhsangi 17, Mashhad, Khorasan Razavi, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10380287760 (Iran); Registration Number

13107 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

RAZAVI OIL AND GAS DEVELOPMENT CO. (Arabic: شركت توسعه نفت و گاز رضوی) (a.k.a. RAZAVI OIL AND GAS SECURITY CO.), Shahrak-e Gharb, Farahzadi Blvd., W. Arghavan St., #48, First Floor Units 1 and 2, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10380455051 (Iran); Registration Number 390446 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

RAZAVI OIL AND GAS SECURITY CO. (a.k.a. RAZAVI OIL AND GAS DEVELOPMENT CO. (Arabic: شركت توسعه نفت و گاز رضوی)), Shahrak-e Gharb, Farahzadi Blvd., W. Arghavan St., #48, First Floor Units 1 and 2, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10380455051 (Iran); Registration Number 390446 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

RAZAVI SUPPLY CHAIN MANAGEMENT CO. (Arabic: شركت مديريت زنجيره تامين رضوی), Markazi District, Ferdowsi, Khayyam 33 St., Shahid Nourbakhsh 2, Khayyam Blvd, Ground Floor, Mashhad, Khorasan Razavi 9185917111, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14007662581 (Iran); Registration Number 64835 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

RAZAVI, Esma'il (a.k.a. MOHAJERI, Mostafa), Iran; DOB 1959; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: TALIBAN).

RAZAVI, Morteza (a.k.a. RAZAVI, Seyed Morteza; a.k.a. REZAVI, Mortaza); DOB 09 Apr 1973; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR].

RAZAVI, Seyed Morteza (a.k.a. RAZAVI, Morteza; a.k.a. REZAVI, Mortaza); DOB 09 Apr 1973; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR].

RAZINKIN, Anatoliy Vyacheslavovich (Cyrillic: РАЗИНКИН, Анатолий Вячеславович), Moscow, Russia; DOB 24 Jan 1977; POB Samara Region, Russia; nationality Russia;

citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

RAZINOVA, Vladlena Yuryevna (a.k.a. MISHUSTINA, Vladlena Yuryevna), Moscow, Russia; DOB 02 Jan 1976; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770300684690 (Russia) (individual) [RUSSIA-EO14024] (Linked To: MISHUSTIN, Mikhail Vladimirovich).

RAZORENOV, Aleksandr Gennadievich (a.k.a. RAZORENOV, Alexander Gennadiyevich), Russia; DOB 26 Dec 1950; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 736076110 (Russia) expires 16 Sep 2024; alt. Passport 761699993 (Russia) expires 07 Oct 2029 (individual) [RUSSIA-EO14024].

RAZORENOV, Alexander Gennadiyevich (a.k.a. RAZORENOV, Aleksandr Gennadievich), Russia; DOB 26 Dec 1950; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 736076110 (Russia) expires 16 Sep 2024; alt. Passport 761699993 (Russia) expires 07 Oct 2029 (individual) [RUSSIA-EO14024].

RAZREZ KIRBINSKI OOO (a.k.a. KIRBINSKY OPEN PIT MINE; a.k.a. LLC COAL MINE KIRBINSKY), d. 43, pom. 405N, kom. 20, Prospekt Druzhby Narodov, Abakan 655016, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1901116323 (Russia); Registration Number 1131901005620 (Russia) [RUSSIA-EO14024].

RAZREZ MAYRYKHSKY COAL COMPANY LLC (a.k.a. COAL COMPANY MAIRYKHSKY OPEN PIT MINE LTD; a.k.a. LIMITED LIABILITY COMPANY UGOLNAYA KOMPANIYA RAZREZ MAYRYKHSKIY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УГОЛЬНАЯ КОМПАНИЯ РАЗРЕЗ МАЙРЫХСКИЙ)), Altayskiy District 655682, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1901116203 (Russia); Registration Number 1131901005510 (Russia) [RUSSIA-EO14024].

RAZREZ SAYANO PARTIZANSKI OOO (a.k.a. LLC SAYANO PARTISANSKIY), ul. Suvorova d. 21, Ivanovka 663542, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2430002701 (Russia);

Registration Number 1032400980072 (Russia) [RUSSIA-EO14024].

RAZREZ STEPNOI OOO (a.k.a. JSC COAL MINE STEPNOY; a.k.a. RAZREZ STEPNOY COAL COMPANY JSC), Raichikhinsk 676770, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1903013877 (Russia); Registration Number 2043400526772 (Russia) [RUSSIA-EO14024].

RAZREZ STEPNOY COAL COMPANY JSC (a.k.a. JSC COAL MINE STEPNOY; a.k.a. RAZREZ STEPNOI OOO), Raichikhinsk 676770, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1903013877 (Russia); Registration Number 2043400526772 (Russia) [RUSSIA-EO14024].

RAZVOROTNEVA, Svetlana Victorovna (Cyrillic: РАЗВОРОТНЕВА, Светлана Викторовна), Russia; DOB 25 Mar 1968; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RAZVOZHAEV, Mikhail Vladimirovich (Cyrillic: РАЗВОЖАЕВ, Михаил Владимирович) (a.k.a. RAZVOZHAEV, Mykhailo Volodymyrovich (Cyrillic: РАЗВОЖАЄВ, Михаило Володимирович)), Sevastopol, Ukraine; DOB 30 Dec 1980; POB Krasnoyarsk, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

RAZVOZHAEV, Mykhailo Volodymyrovich (Cyrillic: РАЗВОЖАЄВ, Михаило Володимирович) (a.k.a. RAZVOZHAEV, Mikhail Vladimirovich (Cyrillic: РАЗВОЖАЕВ, Михаил Владимирович)), Sevastopol, Ukraine; DOB 30 Dec 1980; POB Krasnoyarsk, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

RAZZAQ, Mohamed Maathiu Abdul, Villimale, Maldives; Alihaa, Male, Maldives; DOB 08 Sep 1994; POB Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. A222883 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

RB CONSULTING LIMITED, Room 4, Office 18, Block 19 Vincenti Bld, Strait Street, Valletta VLT 1432, Malta; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jun 2014; Registration Number C 65488 (Malta) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

RB HOLDING LIMITED, Room 4, Office 18, Block 19 Vincenti Bld, Strait Street, Valletta VLT 1432, Malta; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Jun 2014; Registration Number C 65463 (Malta) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

RB-ESTEIT OOO (a.k.a. LIMITED LIABILITY COMPANY RB-ESTEIT), ul. Akademika Zhukova d. 25A, et/pom/of 4/17/404, Dzerzhinskiy 140090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Dec 2018; Organization Type: Real estate activities with own or leased property; Tax ID No. 5027271906 (Russia); Registration Number 1185027032794 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY BONUM INVESTMENTS).

RBG SOLUTION FZE (Arabic: آر بي جي للحلول م م ح), Business Centre, Sharjah Publishing City Free Zone, Sharjah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 4203387.01 (United Arab Emirates) [RUSSIA-EO14024].

RBH TOOLS LTD (a.k.a. ER BI EICH TULZ), Office 904, 12 Aviamotornaya Street, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9717071403 (Russia); Registration Number 1187746824022 (Russia) [RUSSIA-EO14024].

RBW LAB CO LTD, Watthana, Bangkok, Thailand; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2020; Registration Number 0105563166359 (Thailand) [RUSSIA-EO14024].

RCB DEFENSE TROOPS (a.k.a. MILITARY UNIT NUMBER 52688; a.k.a. RADIATION CHEMICAL AND BIOLOGICAL DEFENSE TROOPS; a.k.a. RADIOLOGICAL CHEMICAL AND BIOLOGICAL DEFENSE TROOPS OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (Cyrillic: ВОЙСКА РАДИАЦИОННОЙ ХИМИЧЕСКОЙ И БИОЛОГИЧЕСКОЙ ЗАЩИТЫ МИНИСТЕРСТВА ОБОРОНЫ РОССИЙСКОЙ ФЕДЕРАЦИИ); a.k.a. VOISKOVAYA CHAST 52688 (Cyrillic: ВОЙСКОВАЯ ЧАСТЬ 52688); a.k.a. "RCHBD"; a.k.a. "RKHBZ"), Corpus 2, Building 22, Frunze Embankment, Moscow 119160, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704195013 (Russia); Registration Number 1037739635890 (Russia) [RUSSIA-EO14024].

RDC TR INDUSTRIES DOO BEOGRAD (a.k.a. RESEARCH AND DEVELOPMENT COMPANY TR INDUSTRIES; a.k.a. RESEARCH AND DEVELOPMENT COMPANY TR INDUSTRIES DOO BEOGRAD), Jurija Gagarina 231, Belgrade 11197, Serbia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 112966495 (Serbia); Registration Number 21778729 (Serbia) [RUSSIA-EO14024].

RDI ISON OD (a.k.a. LIMITED LIABILITY COMPANY RESEARCH INSTITUTION ISON ORBITAL DYNAMICS), Pr-kt Gagarina, d. 3/8, pomeshch. 010, Lyubertsy 140015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5027327002 (Russia); Registration Number 1245000032970 (Russia) [RUSSIA-EO14024].

RDS CARGO GROUP DWC LLC, Warehouse number RS 18, Dubai Logistics City, Freight Complex 3, Al Maktoum International, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 6678 (United Arab Emirates); Economic Register Number (CBLS) 11455718 (United Arab Emirates) [RUSSIA-EO14024].

REACH HOLDING GROUP (a.k.a. REACH HOLDING GROUP SHANGHAI CO., LTD.; a.k.a. RENDA INVESTMENT HOLDING GROUP SHANGHAI CO LTD; a.k.a. "REACH GROUP"), Suite F-G, 24/F., World Plaza, No. 855, South Pu Dong Road, Shanghai 200120, China; Suite F-G, 24th Floor, World Plaza, 855, Pudong Nanlu, Pudong Xinqu, Shanghai 200120, China; Part 30, Floor 4, Building 1, No. 39, Jiatai Road, Pilot Free Tra, Shanghai 200120, China; Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt.

Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS.  Sec. 4(e) [IFCA].

REACH HOLDING GROUP SHANGHAI CO., LTD. (a.k.a. REACH HOLDING GROUP; a.k.a. RENDA INVESTMENT HOLDING GROUP SHANGHAI CO LTD; a.k.a. "REACH GROUP"), Suite F-G, 24/F., World Plaza, No. 855, South Pu Dong Road, Shanghai 200120, China; Suite F-G, 24th Floor, World Plaza, 855, Pudong Nanlu, Pudong Xinqu, Shanghai 200120, China; Part 30, Floor 4, Building 1, No. 39, Jiatai Road, Pilot Free Tra, Shanghai 200120, China; Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e) [IFCA].

REACH SHIPPING LINES (a.k.a. REACH SHIPPING LINES HONG KONG CO., LIMITED; a.k.a. "REACH SHIPPING"), Unit 2508A 25/F Bank of America Tower 12 Harcourt Rd, Central Hong Kong, Hong Kong, China; RM3403, Qingdao International Finance Center Hongkong MD Road, Qingdao, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); C.R. No. 2720944 (Hong Kong) [IFCA].

REACH SHIPPING LINES HONG KONG CO., LIMITED (a.k.a. REACH SHIPPING LINES; a.k.a. "REACH SHIPPING"), Unit 2508A 25/F Bank of America Tower 12 Harcourt Rd, Central Hong Kong, Hong Kong, China; RM3403, Qingdao International Finance Center Hongkong MD Road, Qingdao, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); C.R. No. 2720944 (Hong Kong) [IFCA].

READY GREAT LIMITED, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 06 Jul 2023; Identification Number IMO 0017035; Business Registration Number 120806 (Marshall Islands) [VENEZUELA-EO13850].

REAL ESTATES & HOLIDAY CITIES, S.A. DE C.V. (a.k.a. REAL ESTATES AND HOLIDAY CITIES, S.A. DE C.V.), Puerto Vallarta, Jalisco, Mexico; Organization Established Date 15 Oct 2016; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. N-2016030106 (Mexico) [ILLICIT-DRUGS-EO14059].

REAL ESTATES AND HOLIDAY CITIES, S.A. DE C.V. (a.k.a. REAL ESTATES & HOLIDAY CITIES, S.A. DE C.V.), Puerto Vallarta, Jalisco, Mexico; Organization Established Date 15 Oct 2016; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. N-2016030106 (Mexico) [ILLICIT-DRUGS-EO14059].

REAL ESTATES INT LTD EOOD, 119 Ul. Ekzarh Yosif Str., R-N Oborishte Distr., Sofia 1527, Bulgaria; 79, Ralevitsa Str., Vitosha Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2018; V.A.T. Number BG 204930572 (Bulgaria) [GLOMAG] (Linked To: INTRUST PLC EAD).

REAL IRISH REPUBLICAN ARMY (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRA ARMY COUNCIL; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. NEW IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. "NEW IRA"; a.k.a. "NIRA"; a.k.a. "REAL IRA"; a.k.a. "RIRA"), Ireland; Northern Ireland, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

REAL OGLAIGH NA HEIREANN (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRA ARMY COUNCIL; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. NEW IRISH REPUBLICAN ARMY; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. "NEW IRA"; a.k.a. "NIRA"; a.k.a. "REAL IRA"; a.k.a. "RIRA"), Ireland; Northern Ireland, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

REALES BRITTO, Juan Carlos (a.k.a. "JUANKI"; a.k.a. "JUANQUI"), Colombia; DOB 09 Dec 1987; POB Santa Marta, Colombia; citizen Colombia; Gender Male; Cedula No. 1082884409 (Colombia); Passport AS340363 (Colombia) (individual) [SDNTK].

REALTY & MAINTENANCE BJ, S.A. DE C.V. (a.k.a. REALTY MAINTENANCE BJ), Ave Luis Donaldo Colosio 550 Loc 8, Lazaro Cardenas, Puerto Vallarta, Jalisco C.P. 48330, Mexico; Organization Established Date 18 Jul 2018; Organization Type: Real estate activities with own or leased property [ILLICIT-DRUGS-EO14059] (Linked To: FOUBERT CADENA, Xeyda Del Refugio).

REALTY MAINTENANCE BJ (a.k.a. REALTY & MAINTENANCE BJ, S.A. DE C.V.), Ave Luis Donaldo Colosio 550 Loc 8, Lazaro Cardenas, Puerto Vallarta, Jalisco C.P. 48330, Mexico; Organization Established Date 18 Jul 2018; Organization Type: Real estate activities with own or leased property [ILLICIT-DRUGS-EO14059] (Linked To: FOUBERT CADENA, Xeyda Del Refugio).

REBEL SECT (a.k.a. ARMED STRUGGLE FOR REVOLUTIONARY INDEPENDENCE SECT OF REVOLUTIONARIES; a.k.a. REVOLUTIONARIES SECT; a.k.a. SECT OF REVOLUTIONARIES; a.k.a. SECTA EPANASTATON; a.k.a. SEKHTA EPANASTATON; a.k.a. SEKTA EPANASTATON; a.k.a. "SE"), Greece; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

REBROV, Ilia (a.k.a. REBROV, Ilya Vasilevich; a.k.a. REBROV, Ilya Vasilyevich (Cyrillic:

РЕБРОВ, Илья Васильевич)), Yamskaya Sloboda street, 67, Kashira 142900, Russia; Litovskiy Boulevard, 1, 545, Moscow 117593, Russia; DOB 10 Oct 1976; POB Saint Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4004344577 (Russia); Tax ID No. 782572715948 (Russia) (individual) [RUSSIA-EO14024].

REBROV, Ilya Vasilevich (a.k.a. REBROV, Ilia; a.k.a. REBROV, Ilya Vasilyevich (Cyrillic: РЕБРОВ, Илья Васильевич)), Yamskaya Sloboda street, 67, Kashira 142900, Russia; Litovskiy Boulevard, 1, 545, Moscow 117593, Russia; DOB 10 Oct 1976; POB Saint Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4004344577 (Russia); Tax ID No. 782572715948 (Russia) (individual) [RUSSIA-EO14024].

REBROV, Ilya Vasilyevich (Cyrillic: РЕБРОВ, Илья Васильевич) (a.k.a. REBROV, Ilia; a.k.a. REBROV, Ilya Vasilevich), Yamskaya Sloboda street, 67, Kashira 142900, Russia; Litovskiy Boulevard, 1, 545, Moscow 117593, Russia; DOB 10 Oct 1976; POB Saint Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4004344577 (Russia); Tax ID No. 782572715948 (Russia) (individual) [RUSSIA-EO14024].

RECIFIBRAS SECUNDARIAS LTDA., Calle 14 No. 32-24, Bogota, Colombia; NIT # 830092250-1 (Colombia) [SDNTK].

RECINOS DE BERNAL, Martha Carolina (a.k.a. RECINOS, Carolina), El Salvador; DOB 25 Jan 1964; nationality El Salvador; Gender Female (individual) [GLOMAG].

RECINOS, Carolina (a.k.a. RECINOS DE BERNAL, Martha Carolina), El Salvador; DOB 25 Jan 1964; nationality El Salvador; Gender Female (individual) [GLOMAG].

RECONNAISSANCE GENERAL BUREAU (a.k.a. CHONGCH'AL CH'ONGGUK; a.k.a. KPA UNIT 586; a.k.a. "RGB"), Hyongjesan-Guyok, Pyongyang, Korea, North; Nungrado, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK] [DPRK2].

RECONSTRUCTION FOUNDATION (a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER E-NAU; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU; a.k.a. "UTN"), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, F 8/4, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

RECONSTRUCTION OF THE ISLAMIC COMMUNITY (a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER E-NAU; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU; a.k.a. "UTN"), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, F 8/4, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

RECONSTRUCTION OF THE MUSLIM UMMAH (a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. UMMAH TAMEER E-NAU; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU; a.k.a. "UTN"), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, F 8/4, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

RECONSTRUCTION ORGANIZATION OF HOLY SHRINES IN IRAQ (Arabic: ستاد بازسازی عتبات عالیات) (a.k.a. HEADQUARTERS OF RECONSTRUCTION OF HOLY SHRINES; a.k.a. RECONSTRUCTION ORGANIZATION OF THE HOLY SHRINES), No. 3, Shahid Mohammadi Alley, Shahid Sepahbod Gharani Street, Fardowsi Square, Tehran 15999-77111, Iran; Najaf, Iraq; Karbala, Iraq; Baghdad, Iraq; Samarra, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

RECONSTRUCTION ORGANIZATION OF THE HOLY SHRINES (a.k.a. HEADQUARTERS OF RECONSTRUCTION OF HOLY SHRINES; a.k.a. RECONSTRUCTION ORGANIZATION OF HOLY SHRINES IN IRAQ (Arabic: ستاد بازسازی عتبات عالیات)), No. 3, Shahid Mohammadi Alley, Shahid Sepahbod Gharani Street, Fardowsi Square, Tehran 15999-77111, Iran; Najaf, Iraq; Karbala, Iraq; Baghdad, Iraq; Samarra, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

RECSERVI, S.A. DE C.V., Bucerias, Nayarit, Mexico; Folio Mercantil No. 1771 (Mexico) [ILLICIT-DRUGS-EO14059].

RED BOX ENERGY SERV SNG (a.k.a. RED BOX ENERGY SERVICES PTE LTD), 3 Phillip Street #14-04 Royal Group Building, Singapore 048693, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 202022772K (Singapore) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ARCTIC LNG 2).

RED BOX ENERGY SERVICES PTE LTD (a.k.a. RED BOX ENERGY SERV SNG), 3 Phillip Street #14-04 Royal Group Building, Singapore 048693, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 202022772K (Singapore) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ARCTIC LNG 2).

RED COAST METALS TRADING DMCC, Unit No. 4838, DMCC Business Center, Level No. 1, Jewellery and Gemplex 3, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jun 2022; Registration Number 193675 (United Arab Emirates) [RUSSIA-EO14024].

RED DOLPHIN JOINT STOCK COMPANY (a.k.a. AO KRASNYI DELFIN; a.k.a. I SPHERA JOINT STOCK COMPANY), Per. Khimicheskii D. 1, Lit. BE, Floor 3, Pomeshch. 60, Saint

Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1077847590040 (Russia); Tax ID No. 7805439611 (Russia) [RUSSIA-EO14024].

RED EAGLE GANG (a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. PPRF; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

RED EAGLE GROUP (a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLES); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

RED EAGLES (a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

RED HAND DEFENDERS (a.k.a. "RHD"), United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

RED SEA MARITIMES SURVEYORS SARL (a.k.a. RED SEA SHIPPING AGENCY; a.k.a. RED SEA SURVEYOR MARITIME; a.k.a. RED SEA TRANSIT & TRANSPORT SERVICE; a.k.a. RED SEA TRANSIT AND TRANSPORT; a.k.a. RED SEA TRANSIT AND TRANSPORT SERVICE), Rue de Paris 10, Djibouti, Djibouti; Website www.redsurveyor.site; Organization Established Date 01 Jan 2009; Organization Type: Other reservation service and related activities; Registration Number 10586/B/SARL (Djibouti) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

RED SEA SHIP MANAGEMENT LLC (Arabic: ريد سي لإدارة السفن ذ م م), Office No 306, Parcel 133-251, Al Mamzar, Deira, Dubai, United Arab Emirates; Organization Established Date 05 Dec 2023; Identification Number IMO 6454999; License 1272054 (United Arab Emirates); Chamber of Commerce Number 503160 (United Arab Emirates) [IRAN-EO13902] (Linked To: SAKR, Hatem Elsaid Farid Ibrahim).

RED SEA SHIPPING AGENCY (a.k.a. RED SEA MARITIMES SURVEYORS SARL; a.k.a. RED SEA SURVEYOR MARITIME; a.k.a. RED SEA TRANSIT & TRANSPORT SERVICE; a.k.a. RED SEA TRANSIT AND TRANSPORT; a.k.a. RED SEA TRANSIT AND TRANSPORT SERVICE), Rue de Paris 10, Djibouti, Djibouti; Website www.redsurveyor.site; Organization Established Date 01 Jan 2009; Organization Type: Other reservation service and related activities; Registration Number 10586/B/SARL (Djibouti) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

RED SEA SURVEYOR MARITIME (a.k.a. RED SEA MARITIMES SURVEYORS SARL; a.k.a. RED SEA SHIPPING AGENCY; a.k.a. RED SEA TRANSIT & TRANSPORT SERVICE; a.k.a. RED SEA TRANSIT AND TRANSPORT; a.k.a. RED SEA TRANSIT AND TRANSPORT SERVICE), Rue de Paris 10, Djibouti, Djibouti; Website www.redsurveyor.site; Organization Established Date 01 Jan 2009; Organization Type: Other reservation service and related activities; Registration Number 10586/B/SARL (Djibouti) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

RED SEA TRADING CORPORATION, Felket Street, Asmara, Eritrea; Dubai, United Arab Emirates; Organization Established Date 1984 [ETHIOPIA-EO14046].

RED SEA TRANSIT & TRANSPORT SERVICE (a.k.a. RED SEA MARITIMES SURVEYORS SARL; a.k.a. RED SEA SHIPPING AGENCY; a.k.a. RED SEA SURVEYOR MARITIME; a.k.a. RED SEA TRANSIT AND TRANSPORT; a.k.a. RED SEA TRANSIT AND TRANSPORT SERVICE), Rue de Paris 10, Djibouti, Djibouti; Website www.redsurveyor.site; Organization Established Date 01 Jan 2009; Organization Type: Other reservation service and related activities; Registration Number 10586/B/SARL (Djibouti) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

RED SEA TRANSIT AND TRANSPORT (a.k.a. RED SEA MARITIMES SURVEYORS SARL; a.k.a. RED SEA SHIPPING AGENCY; a.k.a.

RED SEA SURVEYOR MARITIME; a.k.a. RED SEA TRANSIT & TRANSPORT SERVICE; a.k.a. RED SEA TRANSIT AND TRANSPORT SERVICE), Rue de Paris 10, Djibouti, Djibouti; Website www.redsurveyor.site; Organization Established Date 01 Jan 2009; Organization Type: Other reservation service and related activities; Registration Number 10586/B/SARL (Djibouti) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

RED SEA TRANSIT AND TRANSPORT SERVICE (a.k.a. RED SEA MARITIMES SURVEYORS SARL; a.k.a. RED SEA SHIPPING AGENCY; a.k.a. RED SEA SURVEYOR MARITIME; a.k.a. RED SEA TRANSIT & TRANSPORT SERVICE; a.k.a. RED SEA TRANSIT AND TRANSPORT), Rue de Paris 10, Djibouti, Djibouti; Website www.redsurveyor.site; Organization Established Date 01 Jan 2009; Organization Type: Other reservation service and related activities; Registration Number 10586/B/SARL (Djibouti) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

RED SOFT, Ul. Nobelya (Innovatsionnogo Tsentra Skolkovo Ter) D. 5, Et 2 Pom. 4, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9705000373 (Russia); Registration Number 5147746028216 (Russia) [RUSSIA-EO14024].

RED STAR BATTALIONS (a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION; a.k.a. DFLP; a.k.a. RED STAR FORCES); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

RED STAR FORCES (a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION; a.k.a. DFLP; a.k.a. RED STAR BATTALIONS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

REDA, Samer Mohamed Akil (a.k.a. RADA, Samer Akil; a.k.a. RADA, Samer Mohamed Akil), Carabobo, Venezuela; DOB 10 Apr 1981; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Identification Number 179029472 (Colombia) (individual) [SDGT] (Linked To: HIZBALLAH).

REDIN COMPANY (a.k.a. RADIN MONEY EXCHANGE; a.k.a. RAYDAYIN COMPANY; a.k.a. RAYDAYIN TURKEY; a.k.a. REDIN CONSULTING AND FOREIGN TRADE LIMITED COMPANY; a.k.a. REDIN CURRENCY EXCHANGE; a.k.a. REDIN DIS TICARET LTD. STI; a.k.a. REDIN EXCHANGE; a.k.a. REDIN GENERAL TRADE AND CARGO; a.k.a. REDIN MONEY EXCHANGE; a.k.a. RIDEN MONEY EXCHANGE; a.k.a. RIDIN MONEY EXCHANGE), Balabanaga Mahallesi, Ordu Cd. No: 12, Kat:2, Fatih, Istanbul 34134, Turkey; Molla Gurani Mahallesi, Turgut Ozal Millet Cd. No: 38/34, Fatih, Istanbul 34093, Turkey; Incili Pinar Mahallesi, Nisantasi Sk. No: 13, Cazibe Is Merkezi, Kat: 8D:801, Sehitkamil, Gaziantep 27090, Turkey; No: 12-2 Laleli, Balabanaga Mahallesi, Ordu Caddesi, Fatih, Istanbul, Turkey; Email Address redin.antep@gmail.com; alt. Email Address redin.ist@gmail.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 3010560025 (Turkey); Registration Number 926549 (Turkey) [SDGT] (Linked To: HAMAS).

REDIN CONSULTING AND FOREIGN TRADE LIMITED COMPANY (a.k.a. RADIN MONEY EXCHANGE; a.k.a. RAYDAYIN COMPANY; a.k.a. RAYDAYIN TURKEY; a.k.a. REDIN COMPANY; a.k.a. REDIN CURRENCY EXCHANGE; a.k.a. REDIN DIS TICARET LTD. STI; a.k.a. REDIN EXCHANGE; a.k.a. REDIN GENERAL TRADE AND CARGO; a.k.a. REDIN MONEY EXCHANGE; a.k.a. RIDEN MONEY EXCHANGE; a.k.a. RIDIN MONEY EXCHANGE), Balabanaga Mahallesi, Ordu Cd. No: 12, Kat:2, Fatih, Istanbul 34134, Turkey; Molla Gurani Mahallesi, Turgut Ozal Millet Cd. No: 38/34, Fatih, Istanbul 34093, Turkey; Incili Pinar Mahallesi, Nisantasi Sk. No: 13, Cazibe Is Merkezi, Kat: 8D:801, Sehitkamil, Gaziantep 27090, Turkey; No: 12-2 Laleli, Balabanaga Mahallesi, Ordu Caddesi, Fatih, Istanbul, Turkey; Email Address redin.antep@gmail.com; alt. Email Address redin.ist@gmail.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 3010560025 (Turkey); Registration Number 926549 (Turkey) [SDGT] (Linked To: HAMAS).

REDIN CURRENCY EXCHANGE (a.k.a. RADIN MONEY EXCHANGE; a.k.a. RAYDAYIN COMPANY; a.k.a. RAYDAYIN TURKEY; a.k.a. REDIN COMPANY; a.k.a. REDIN CONSULTING AND FOREIGN TRADE LIMITED COMPANY; a.k.a. REDIN DIS TICARET LTD. STI; a.k.a. REDIN EXCHANGE; a.k.a. REDIN GENERAL TRADE AND CARGO; a.k.a. REDIN MONEY EXCHANGE; a.k.a. RIDEN MONEY EXCHANGE; a.k.a. RIDIN MONEY EXCHANGE), Balabanaga Mahallesi, Ordu Cd. No: 12, Kat:2, Fatih, Istanbul 34134, Turkey; Molla Gurani Mahallesi, Turgut Ozal Millet Cd. No: 38/34, Fatih, Istanbul 34093, Turkey; Incili Pinar Mahallesi, Nisantasi Sk. No: 13, Cazibe Is Merkezi, Kat: 8D:801, Sehitkamil, Gaziantep 27090, Turkey; No: 12-2 Laleli, Balabanaga Mahallesi, Ordu Caddesi, Fatih, Istanbul, Turkey; Email Address redin.antep@gmail.com; alt. Email Address redin.ist@gmail.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 3010560025 (Turkey); Registration Number 926549 (Turkey) [SDGT] (Linked To: HAMAS).

REDIN DIS TICARET LTD. STI (a.k.a. RADIN MONEY EXCHANGE; a.k.a. RAYDAYIN COMPANY; a.k.a. RAYDAYIN TURKEY; a.k.a. REDIN COMPANY; a.k.a. REDIN CONSULTING AND FOREIGN TRADE LIMITED COMPANY; a.k.a. REDIN CURRENCY EXCHANGE; a.k.a. REDIN EXCHANGE; a.k.a. REDIN GENERAL TRADE AND CARGO; a.k.a. REDIN MONEY EXCHANGE; a.k.a. RIDEN MONEY EXCHANGE; a.k.a. RIDIN MONEY EXCHANGE), Balabanaga Mahallesi, Ordu Cd. No: 12, Kat:2, Fatih, Istanbul 34134, Turkey; Molla Gurani Mahallesi, Turgut Ozal Millet Cd. No: 38/34, Fatih, Istanbul 34093, Turkey; Incili Pinar Mahallesi, Nisantasi Sk. No: 13, Cazibe Is Merkezi, Kat: 8D:801, Sehitkamil, Gaziantep 27090, Turkey; No: 12-2 Laleli, Balabanaga Mahallesi, Ordu Caddesi, Fatih, Istanbul, Turkey; Email Address redin.antep@gmail.com; alt. Email Address redin.ist@gmail.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 3010560025 (Turkey); Registration Number 926549 (Turkey) [SDGT] (Linked To: HAMAS).

REDIN EXCHANGE (a.k.a. RADIN MONEY EXCHANGE; a.k.a. RAYDAYIN COMPANY; a.k.a. RAYDAYIN TURKEY; a.k.a. REDIN

COMPANY; a.k.a. REDIN CONSULTING AND FOREIGN TRADE LIMITED COMPANY; a.k.a. REDIN CURRENCY EXCHANGE; a.k.a. REDIN DIS TICARET LTD. STI; a.k.a. REDIN GENERAL TRADE AND CARGO; a.k.a. REDIN MONEY EXCHANGE; a.k.a. RIDEN MONEY EXCHANGE; a.k.a. RIDIN MONEY EXCHANGE), Balabanaga Mahallesi, Ordu Cd. No: 12, Kat:2, Fatih, Istanbul 34134, Turkey; Molla Gurani Mahallesi, Turgut Ozal Millet Cd. No: 38/34, Fatih, Istanbul 34093, Turkey; Incili Pinar Mahallesi, Nisantasi Sk. No: 13, Cazibe Is Merkezi, Kat: 8D:801, Sehitkamil, Gaziantep 27090, Turkey; No: 12-2 Laleli, Balabanaga Mahallesi, Ordu Caddesi, Fatih, Istanbul, Turkey; Email Address redin.antep@gmail.com; alt. Email Address redin.ist@gmail.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 3010560025 (Turkey); Registration Number 926549 (Turkey) [SDGT] (Linked To: HAMAS).

REDIN GENERAL TRADE AND CARGO (a.k.a. RADIN MONEY EXCHANGE; a.k.a. RAYDAYIN COMPANY; a.k.a. RAYDAYIN TURKEY; a.k.a. REDIN COMPANY; a.k.a. REDIN CONSULTING AND FOREIGN TRADE LIMITED COMPANY; a.k.a. REDIN CURRENCY EXCHANGE; a.k.a. REDIN DIS TICARET LTD. STI; a.k.a. REDIN EXCHANGE; a.k.a. REDIN MONEY EXCHANGE; a.k.a. RIDEN MONEY EXCHANGE; a.k.a. RIDIN MONEY EXCHANGE), Balabanaga Mahallesi, Ordu Cd. No: 12, Kat:2, Fatih, Istanbul 34134, Turkey; Molla Gurani Mahallesi, Turgut Ozal Millet Cd. No: 38/34, Fatih, Istanbul 34093, Turkey; Incili Pinar Mahallesi, Nisantasi Sk. No: 13, Cazibe Is Merkezi, Kat: 8D:801, Sehitkamil, Gaziantep 27090, Turkey; No: 12-2 Laleli, Balabanaga Mahallesi, Ordu Caddesi, Fatih, Istanbul, Turkey; Email Address redin.antep@gmail.com; alt. Email Address redin.ist@gmail.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 3010560025 (Turkey); Registration Number 926549 (Turkey) [SDGT] (Linked To: HAMAS).

REDIN MONEY EXCHANGE (a.k.a. RADIN MONEY EXCHANGE; a.k.a. RAYDAYIN COMPANY; a.k.a. RAYDAYIN TURKEY; a.k.a. REDIN COMPANY; a.k.a. REDIN CONSULTING AND FOREIGN TRADE LIMITED COMPANY; a.k.a. REDIN CURRENCY EXCHANGE; a.k.a. REDIN DIS

TICARET LTD. STI; a.k.a. REDIN EXCHANGE; a.k.a. REDIN GENERAL TRADE AND CARGO; a.k.a. RIDEN MONEY EXCHANGE; a.k.a. RIDIN MONEY EXCHANGE), Balabanaga Mahallesi, Ordu Cd. No: 12, Kat:2, Fatih, Istanbul 34134, Turkey; Molla Gurani Mahallesi, Turgut Ozal Millet Cd. No: 38/34, Fatih, Istanbul 34093, Turkey; Incili Pinar Mahallesi, Nisantasi Sk. No: 13, Cazibe Is Merkezi, Kat: 8D:801, Sehitkamil, Gaziantep 27090, Turkey; No: 12-2 Laleli, Balabanaga Mahallesi, Ordu Caddesi, Fatih, Istanbul, Turkey; Email Address redin.antep@gmail.com; alt. Email Address redin.ist@gmail.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 3010560025 (Turkey); Registration Number 926549 (Turkey) [SDGT] (Linked To: HAMAS).

REDLEPUS TSK VECTOR INDUSTRIAL SHENZHEN CO LTD (a.k.a. REDLEPUS VECTOR; a.k.a. REDLEPUS VECTOR INDUSTRY SHENZHEN CO LTD (Chinese Simplified: 红兔矢量实业深圳有限公司)), 101-19 Xinghua Building, No. 1007 Banxuelan Ave, Maantang Neighborhood, Bantian Subdistrict, Longlan District, Shenzhen, Guangdong Province 518000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 May 2023; Organization Code MA5HX80Y1 (China); Registration Number 440300219590772 (China); Unified Social Credit Code (USCC) 91440300MA5HX80Y1Q (China) [RUSSIA-EO14024].

REDLEPUS VECTOR (a.k.a. REDLEPUS TSK VECTOR INDUSTRIAL SHENZHEN CO LTD; a.k.a. REDLEPUS VECTOR INDUSTRY SHENZHEN CO LTD (Chinese Simplified: 红兔矢量实业深圳有限公司)), 101-19 Xinghua Building, No. 1007 Banxuelan Ave, Maantang Neighborhood, Bantian Subdistrict, Longlan District, Shenzhen, Guangdong Province 518000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 May 2023; Organization Code MA5HX80Y1 (China); Registration Number 440300219590772 (China); Unified Social Credit Code (USCC) 91440300MA5HX80Y1Q (China) [RUSSIA-EO14024].

REDLEPUS VECTOR INDUSTRY SHENZHEN CO LTD (Chinese Simplified: 红兔矢量实业深圳有限公司) (a.k.a. REDLEPUS TSK VECTOR INDUSTRIAL SHENZHEN CO

LTD; a.k.a. REDLEPUS VECTOR), 101-19 Xinghua Building, No. 1007 Banxuelan Ave, Maantang Neighborhood, Bantian Subdistrict, Longlan District, Shenzhen, Guangdong Province 518000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 May 2023; Organization Code MA5HX80Y1 (China); Registration Number 440300219590772 (China); Unified Social Credit Code (USCC) 91440300MA5HX80Y1Q (China) [RUSSIA-EO14024].

REEF ADMINISTRACION AVANZADA, S. DE R.L. DE C.V., Guadalajara, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Jan 2014; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Folio Mercantil No. 80598 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: RIVERA MIRAMONTES, Carlos Humberto).

REEL SHIPPING L.L.C (Arabic: ريل للشحن ش.ذ.م.م), Office 803, Burj Al Salam Office Tower, Trade Centre First, Sheikh Zayed Road, Dubai, United Arab Emirates; Al Khabeesi, Deira, Dubai, United Arab Emirates; PO Box 197658, Dubai, United Arab Emirates; Organization Established Date 13 Jul 2020; Identification Number IMO 6416765; Business Registration Number 894444 (United Arab Emirates); Economic Register Number (CBLS) 11528944 (United Arab Emirates) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

REEM PHARMACEUTICAL (a.k.a. REEM PHARMACEUTICAL, LLC; a.k.a. REEM PHARMACEUTICAL, S.A.R.L.; a.k.a. REEM PHARMACEUTICAL, SAL), Kalim Bechara Building, 2nd floor, Trabolsi Street, Badaro, Beirut, Lebanon; Website www.reempharma.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR].

REEM PHARMACEUTICAL, LLC (a.k.a. REEM PHARMACEUTICAL; a.k.a. REEM PHARMACEUTICAL, S.A.R.L.; a.k.a. REEM PHARMACEUTICAL, SAL), Kalim Bechara Building, 2nd floor, Trabolsi Street, Badaro, Beirut, Lebanon; Website www.reempharma.com; Additional Sanctions Information - Subject to Secondary Sanctions;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR].

REEM PHARMACEUTICAL, S.A.R.L. (a.k.a. REEM PHARMACEUTICAL; a.k.a. REEM PHARMACEUTICAL, LLC; a.k.a. REEM PHARMACEUTICAL, SAL), Kalim Bechara Building, 2nd floor, Trabolsi Street, Badaro, Beirut, Lebanon; Website www.reempharma.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR].

REEM PHARMACEUTICAL, SAL (a.k.a. REEM PHARMACEUTICAL; a.k.a. REEM PHARMACEUTICAL, LLC; a.k.a. REEM PHARMACEUTICAL, S.A.R.L.), Kalim Bechara Building, 2nd floor, Trabolsi Street, Badaro, Beirut, Lebanon; Website www.reempharma.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR].

REFINERIA EL PALITO (a.k.a. PDVSA; a.k.a. PETROLEOS DE VENEZUELA S A; a.k.a. PETROLEOS DE VENEZUELA S.A; a.k.a. PETROLEOS DE VENEZUELA, S.A.), Edificio Petroleos De Venezuela, Torre Este, Piso 9, Avenida Libertador con calle El Empalme, La Campina, Caracas 1010, Venezuela; Torre Este Piso 9, Edif Petroleos de Venezuela, Avenida Libertador, Urb La Campina, Caracas, Distrito Federal, Venezuela; RIF # J-00095036-9 (Venezuela) [VENEZUELA-EO13850].

REFKE, Taufek (a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

REG AUTO SHANGHAI INDUSTRY LTD (Chinese Simplified: 菱浩实业上海有限公司) (a.k.a. LINGHAO INDUSTRY SHANGHAI CO LTD), Room 3804, Shanghai Life Financial

Center, 88 Yincheng Road, Pudong New Area, Shanghai 200120, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91310115MA1K49P10N (China) [RUSSIA-EO14024].

REGAL LIBERTY LIMITED (a.k.a. REGAL LIBERTY LTD), Unit 8, 3rd Floor, Qwomar Trading Complex, Blackburne Road, Road Town, Tortola, Virgin Islands, British; Hong Kong, China; Organization Established Date 14 Dec 2023; Identification Number IMO 0034064; Company Number 0031972 (Hong Kong); Business Registration Number 76020480 (Hong Kong) [IRAN-EO13902].

REGAL LIBERTY LTD (a.k.a. REGAL LIBERTY LIMITED), Unit 8, 3rd Floor, Qwomar Trading Complex, Blackburne Road, Road Town, Tortola, Virgin Islands, British; Hong Kong, China; Organization Established Date 14 Dec 2023; Identification Number IMO 0034064; Company Number 0031972 (Hong Kong); Business Registration Number 76020480 (Hong Kong) [IRAN-EO13902].

REGENT BALTICA CO LTD (a.k.a. REGENT BALTICA COMPANY LIMITED), Ul. Beloostrovskaya D. 17, Kor. 2 BTS, Avantazh Of 101, Saint Petersburg 197342, Russia; Ul. Savodovaya D. 117, Lit. A, Pomeshch. 3N, Office 1, Saint Petersburg 190008, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7842457680 (Russia); Registration Number 1117847326178 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

REGENT BALTICA COMPANY LIMITED (a.k.a. REGENT BALTICA CO LTD), Ul. Beloostrovskaya D. 17, Kor. 2 BTS, Avantazh Of 101, Saint Petersburg 197342, Russia; Ul. Savodovaya D. 117, Lit. A, Pomeshch. 3N, Office 1, Saint Petersburg 190008, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7842457680 (Russia); Registration Number 1117847326178 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

REGION SCIENTIFIC & PRODUCTION ENTERPRISE JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO GOSUDARSTVENNOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE REGION; a.k.a. AO GNPP REGION; a.k.a. REGION SCIENTIFIC AND PRODUCTION ENTERPRISE JSC), Sh Kashirskoe D. 13A, Moscow 115230, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Jan 1992; Tax ID No. 7724552070 (Russia); Registration Number 1057747873875 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

REGION SCIENTIFIC AND PRODUCTION ENTERPRISE JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO GOSUDARSTVENNOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE REGION; a.k.a. AO GNPP REGION; a.k.a. REGION SCIENTIFIC & PRODUCTION ENTERPRISE JSC), Sh Kashirskoe D. 13A, Moscow 115230, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Jan 1992; Tax ID No. 7724552070 (Russia); Registration Number 1057747873875 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

REGIONAL CENTER FOR LASER TECHNOLOGIES CJSC (a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO REGIONALNYI TSENTR LAZERNYKH TEKHNOLOGII; a.k.a. ZAO RTSLT), Ul. Frontovykh Brigad D. 18, 2-aya Prokhodnaya, Yekaterinburg 620017, Russia; Ul. Lunacharskogo Soor. 31, Yekaterinburg 620133, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6659042028 (Russia); Registration Number 1026602958250 (Russia) [RUSSIA-EO14024].

REGIONAL CENTER FOR PREPARATION FOR MILITARY SERVICE AND MILITARY PATRIOTIC EDUCATION. (a.k.a. GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE DOPOLNITELNOGO OBRAZOVANIYA RESPUBLIKI KRYM REGIONALNY TSENTR PO PODGOTOVKE K VOENNOI SLUZHBE I VOENNO-PATRIOTICHESKOMU VOSPITANIYU (Cyrillic: РЕГИОНАЛЬНЫЙ ЦЕНТР ПО ПОДГОТОВКЕ К ВОЕННОЙ СЛУЖБЕ И ВОЕННО ПАТРИОТИЧЕСКОМУ ВОСПИТАНИЮ.); a.k.a. KRYMPATRIOTTSENTR; a.k.a. STATE BUDGETARY EDUCATIONAL INSTITUTION OF ADDITIONAL EDUCATION OF THE REPUBLIC OF CRIMEA CRIMEA PATRIOT CENTER (Cyrillic: ГОСУДАРСТВЕННОЕ БЮДЖЕТНОЕ ОБРАЗОВАТЕЛЬНОЕ УЧРЕЖДЕНИЕ ДОПОЛНИТЕЛЬНОГО ОБРАЗОВАНИЯ РЕСПУБЛИКИ КРЫМ КРЫМПАТРИОТЦЕНТР)), 60 Let Oktyabra Street, Building 13/64, Simferopol, Crimea 295044, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Jun 2015; Tax ID No. 9102187450 (Russia); Registration Number 1159102101180 (Russia) [RUSSIA-EO14024].

REGIONAL COOPERATION OF THE ISLAMIC BANK FOR DEVELOPMENT AND INVESTMENT (a.k.a. BANK-E TAAWON MANTAGHEEY-E ESLAMI; a.k.a. ISLAMIC REGIONAL COOPERATION BANK), Building No. 59, District 929, Street No. 17, Arsat Al-Hindia, Al Masbah, Baghdad, Iraq; Tohid Street, Before Tohid Circle, No. 33, Upper Level of Eghtesad-e Novin Bank, Tehran 1419913464, Iran; Arsat Indian, 59 District-929, Street-17, Baghdad, Iraq; Arrasat Al Hindiya, Al Masbah Street, Baghdad, Iraq; SWIFT/BIC RCDFIQBA; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902] (Linked To: EGHTESAD NOVIN BANK).

REGIONAL CREDIT (a.k.a. JOINT STOCK COMPANY COMMERCIAL BANK MODULBANK; a.k.a. REGIONALNY KREDIT), Pl. Oktyabrskaya, 1, Kostroma 156005, Russia; SWIFT/BIC MODBRU22; Website modulbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 2204000595 (Russia); Registration Number 1022200525841 (Russia) [RUSSIA-EO14024].

REGIONAL PUBLIC FUND NAMED AFTER HERO OF RUSSIA AKHMAT HAJI KADYROV (Cyrillic: РЕГИОНАЛЬНЫЙ ОБЩЕСТВЕННЫЙ ФОНД ИМ ГЕРОЯ РОССИИ АХМАТА ХАДЖИ КАДЫРОВА) (a.k.a. AKHMAD KADYROV FUND; a.k.a. AKHMAT KADYROV FOUNDATION (Cyrillic: ФОНД АХМАТА КАДЫРОВА); a.k.a. HERO OF RUSSIA AKHMAT KADYROV REGIONAL PUBLIC FUND; a.k.a. REGIONALNY OBSHCHESTVENNY FOND IMENI GEROYA ROSSII AKHMATA KADYROVA), d. 5 korp., ofis, ul. A.Kadyrova Gudermes, Gudermesski Raion, Chechnya 366200, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2005504830 (Russia); Registration Number 1042000001713 (Russia) [GLOMAG] [RUSSIA-EO14024].

REGIONALNY KREDIT (a.k.a. JOINT STOCK COMPANY COMMERCIAL BANK MODULBANK; a.k.a. REGIONAL CREDIT), Pl. Oktyabrskaya, 1, Kostroma 156005, Russia; SWIFT/BIC MODBRU22; Website modulbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 2204000595 (Russia); Registration Number 1022200525841 (Russia) [RUSSIA-EO14024].

REGIONALNY OBSHCHESTVENNY FOND IMENI GEROYA ROSSII AKHMATA KADYROVA (a.k.a. AKHMAD KADYROV FUND; a.k.a. AKHMAT KADYROV FOUNDATION (Cyrillic: ФОНД АХМАТА КАДЫРОВА); a.k.a. HERO OF RUSSIA AKHMAT KADYROV REGIONAL PUBLIC FUND; a.k.a. REGIONAL PUBLIC FUND NAMED AFTER HERO OF RUSSIA AKHMAT HAJI KADYROV (Cyrillic: РЕГИОНАЛЬНЫЙ ОБЩЕСТВЕННЫЙ ФОНД ИМ ГЕРОЯ РОССИИ АХМАТА ХАДЖИ КАДЫРОВА)), d. 5 korp., ofis, ul. A.Kadyrova Gudermes, Gudermesski Raion, Chechnya 366200, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2005504830 (Russia); Registration Number 1042000001713 (Russia) [GLOMAG] [RUSSIA-EO14024].

REGION-PROF LLC, Profsoyuznaya ulitsa d. 108, Moscow 117437, Russia; ul. Akademika Volgina d. 33, Pom. I Kom 38 Et 3, Moscow 117437, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728599583 (Russia); Registration Number 1067759114675 (Russia) [RUSSIA-EO14024].

REGISTRATOR KRTS, Ul. Turgeneva D. 107, Krasnodar 350049, Russia; Ul. Rashpilevskaya D. 157, Lit. A, Floor 4, Pomeshcheniya 2-17, 19, 22-27, Krasnodar 350020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 2311144802 (Russia); Registration Number 1122311003650 (Russia) [RUSSIA-EO14024].

REHMAN, Abdul (a.k.a. AL-SINDHI, Abdul Rehman; a.k.a. AL-SINDHI, Abdur Rahman; a.k.a. RAHMAN, Abdur; a.k.a. REHMAN, Abdur; a.k.a. SINDHI, Abdul Rehman; a.k.a. SINDHI, Abdurahman; a.k.a. SINDI, Abdur Rehman; a.k.a. UR-REHMAN, Abd; a.k.a. YAMIN, Abdur Rehman Muhammad; a.k.a. "ABDULLAH SINDHI"), Karachi, Pakistan; DOB 03 Oct 1965; POB Mirpur Khas, Pakistan; nationality Pakistan; Secondary sanctions risk:

section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CV9157521 (Pakistan) issued 08 Sep 2008 expires 07 Sep 2013; National ID No. 44103-5251752-5 (Pakistan) (individual) [SDGT].

REHMAN, Abdur (a.k.a. AL-SINDHI, Abdul Rehman; a.k.a. AL-SINDHI, Abdur Rahman; a.k.a. RAHMAN, Abdur; a.k.a. REHMAN, Abdul; a.k.a. SINDHI, Abdul Rehman; a.k.a. SINDHI, Abdurahman; a.k.a. SINDI, Abdur Rehman; a.k.a. UR-REHMAN, Abd; a.k.a. YAMIN, Abdur Rehman Muhammad; a.k.a. "ABDULLAH SINDHI"), Karachi, Pakistan; DOB 03 Oct 1965; POB Mirpur Khas, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CV9157521 (Pakistan) issued 08 Sep 2008 expires 07 Sep 2013; National ID No. 44103-5251752-5 (Pakistan) (individual) [SDGT].

REHMAN, Hafiz Abdul (a.k.a. MAKI, HAFAZ ABDUL RAHMAN; a.k.a. MAKKI, ABDULRAHMAN; a.k.a. MAKKI, Hafiz Abdul Rahman; a.k.a. MAKKI, HAFIZ ABDUL REHMAN), Muridke, Punjab Province, Pakistan; DOB 10 Dec 1954; alt. DOB 1948; POB Bahawalpur, Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CG9153881 (Pakistan) issued 02 Nov 2007 expires 31 Oct 2012; alt. Passport A5199819 (Pakistan); National ID No. 6110111883885 (Pakistan); alt. National ID No. 34454009709 (Pakistan) (individual) [SDGT].

REHMAN, Inayat (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a.

"ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

REHMAN, Inayat ur (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

REHMAN, Mati ur (a.k.a. AL-REHMAN, Matti; a.k.a. RAHMAN, Matiur; a.k.a. REHMAN, Matiur; a.k.a. REHMAN, Mati-ur; a.k.a. SAMAD, Abdul; a.k.a. SIAL, Abdul Samad; a.k.a. SIAL, Samad; a.k.a. UR-REHMAN, Mati) DOB 1977; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

REHMAN, Matiur (a.k.a. AL-REHMAN, Matti; a.k.a. RAHMAN, Matiur; a.k.a. REHMAN, Mati ur; a.k.a. REHMAN, Mati-ur; a.k.a. SAMAD, Abdul; a.k.a. SIAL, Abdul Samad; a.k.a. SIAL, Samad; a.k.a. UR-REHMAN, Mati); DOB 1977; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

REHMAN, Mati-ur (a.k.a. AL-REHMAN, Matti; a.k.a. RAHMAN, Matiur; a.k.a. REHMAN, Mati ur; a.k.a. REHMAN, Matiur; a.k.a. SAMAD, Abdul; a.k.a. SIAL, Abdul Samad; a.k.a. SIAL, Samad; a.k.a. UR-REHMAN, Mati); DOB 1977; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

REHMAN, Shaikh Ismail Abdul (a.k.a. ANIS, Ibrahim Shaikh Mohd; a.k.a. AZIZ, Abdul Hamid Abdul; a.k.a. DILIP, Aziz; a.k.a. EBRAHIM, Dawood; a.k.a. HASAN, Shaikh Daud; a.k.a. HASSAN, Dawood; a.k.a. IBRAHIM, Anis; a.k.a. IBRAHIM, Dawood; a.k.a. IBRAHIM, Dawood Sheik; a.k.a. KASKAR, Dawood Ibrahim; a.k.a. SABRI, Dawood; a.k.a. SAHEB, Amir; a.k.a. SETH, Iqbal), 617 CP Berar Society, Block 7-8, Karachi, Pakistan; House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

REHMAN, Zakir (a.k.a. ARSHAD, Abu Waheed Irshad Ahmad; a.k.a. LAKHVI, Zaki-ur-Rehman; a.k.a. LAKVI, Zaki Ur-Rehman; a.k.a. LAKVI, Zakir Rehman; a.k.a. UR-REHMAN, Zaki; a.k.a. "CHACHAJEE"), Barahkoh, P.O. DO, Tehsil and District Islamabad, Pakistan; Chak No. 18/IL, Rinala Khurd, Tehsil Rinala Khurd, District Okara, Pakistan; DOB 30 Dec 1960; POB Okara, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AC8342321 (Pakistan) issued 22 Aug 2007 expires 20 Aug 2012; alt. Passport A4827048 (Pakistan); National ID No. 61101-9618232-1 (Pakistan); alt. National ID No. 33960047268 (Pakistan) (individual) [SDGT].

REHMATULLAH, Shahid Mahmood (a.k.a. AHMED, Shahid Mehmood Manzoor; a.k.a. MAHMOOD, Shahid; a.k.a. MEHMOOD, Shaheed; a.k.a. MEHMOUD, Shahid), Karachi, Pakistan; DOB 10 Apr 1980; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

REI COMPANIA INTERNACIONAL, S.A. DE C.V. (a.k.a. REI COMPANIA INTERNATIONAL, S.A. DE C.V.), Avenida Tecnologico Norte 735, Metepec, Estado de Mexico C.P. 52172, Mexico; Metepec, Estado de Mexico, Mexico; Organization Established Date 26 Jul 2019; R.F.C. RIN190726CM3 (Mexico); Folio Mercantil No. N-2019064854 (Mexico) [ILLICIT-DRUGS-EO14059].

REI COMPANIA INTERNATIONAL, S.A. DE C.V. (a.k.a. REI COMPANIA INTERNACIONAL, S.A. DE C.V.), Avenida Tecnologico Norte 735, Metepec, Estado de Mexico C.P. 52172, Mexico; Metepec, Estado de Mexico, Mexico; Organization Established Date 26 Jul 2019; R.F.C. RIN190726CM3 (Mexico); Folio Mercantil No. N-2019064854 (Mexico) [ILLICIT-DRUGS-EO14059].

REIHANI, Jaber (Arabic: جابر ريحاني) (a.k.a. REYHANI, Jaber), Iran; Venezuela; DOB 28 Aug 1968; POB Sarab, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1652948600 (Iran) (individual) [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

REINOLDS INZHINIRING (a.k.a. LIMITED LIABILITY COMPANY REYNOLDS ENGINEERING; a.k.a. LLC REYNOLDSENGINEERING), D.9, Str. 21 Pomeshch. 1.1 (Floor 1), Kom. 1.1.1 Ul. Godovikova, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9717103694 (Russia); Registration Number 1217700319627 (Russia) [RUSSIA-EO14024].

REKA GRUP DANISMANLIK VE TICARET LIMITED SIRKETI, No: 1-16 Bahcelievler Mahallesi 274-1 Sokak, Golbasi, Ankara 06065, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7342165864 (Turkey); Registration Number 463451 (Turkey) [RUSSIA-EO14024].

RELAN LIMITED (Chinese Traditional: 熱藍有限公司), Room 1508, 15/F., Office Tower Two, Grand Plaza, 625 Nathan Road, Kowloon, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Mar 2022; Company Number 3135115 (Hong Kong); Business Registration Number 73866245 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

RELIEF AND DEVELOPMENT FUND FOR PALESTINE (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1040094 [SDGT].

RELIEF ASSOCIATION FOR PALESTINE (a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR

PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. "ASP"), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, Geneva CH-1201, Switzerland; Gartnerstrasse 55, Basel CH-4109, Switzerland; Postfach 406, Basel CH-4109, Switzerland; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

REMADNA, Abdelhalim; DOB 02 Apr 1966; POB Bistra, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

REMAL, Salman (a.k.a. AL-REDA, Salman; a.k.a. AL-RIDA, Samwil Salman; a.k.a. EL-REDA, Samuel Salman; a.k.a. SALMAN, Salman Raof; a.k.a. SALMAN, Salman Raouf; a.k.a. SALMAN, Salman Rauf; a.k.a. "MARQUEZ, Andree"), Lebanon; DOB 05 Jun 1963; alt. DOB 1965; nationality Colombia; alt. nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AD 059541 (Colombia); alt. Passport AC 128856 (Colombia); National ID No. 84.049.097 (Colombia) (individual) [SDGT] (Linked To: HIZBALLAH).

REMEXI (a.k.a. ADVANCED PERSISTENT THREAT 39; a.k.a. APT39; a.k.a. CADELSPY; a.k.a. CHAFER; a.k.a. ITG07), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

REMEZKOV, Alexander Aleksandrovich (Cyrillic: РЕМЕЗКОВ, Александр Александрович), Russia; DOB 07 Apr 1962; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RENDA INVESTMENT HOLDING GROUP SHANGHAI CO LTD (a.k.a. REACH HOLDING GROUP; a.k.a. REACH HOLDING GROUP SHANGHAI CO., LTD.; a.k.a. "REACH GROUP"), Suite F-G, 24/F., World Plaza, No. 855, South Pu Dong Road, Shanghai 200120, China; Suite F-G, 24th Floor, World Plaza, 855, Pudong Nanlu, Pudong Xinqu, Shanghai 200120, China; Part 30, Floor 4, Building 1, No. 39, Jiatai Road, Pilot Free Tra, Shanghai 200120, China; Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e) [IFCA].

RENDON DE PULIDO, Rosalinda (a.k.a. RENDON POBLETE, Rosalinda), c/o LABORATORIOS WILLMAR, S.A. DE C.V., Guadalajara, Jalisco, Mexico; DOB 23 Nov 1953; POB Cuahutla, Morelos, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

RENDON HERRERA, Daniel (a.k.a. "DON MARIO"), Amalfi, Antioquia, Colombia; DOB 12 Nov 1964; alt. DOB 01 Dec 1964; POB Amalfi, Antioquia; nationality Colombia; citizen Colombia; Cedula No. 8011256 (Colombia) (individual) [SDNTK].

RENDON HERRERA, Freddy Enrique (a.k.a. "EL ALEMAN"), Colombia; DOB 21 Sep 1973; POB Colombia; nationality Colombia; citizen Colombia; Cedula No. 15349556 (Colombia) (individual) [SDNTK].

RENDON POBLETE, Rosalinda (a.k.a. RENDON DE PULIDO, Rosalinda), c/o LABORATORIOS WILLMAR, S.A. DE C.V., Guadalajara, Jalisco, Mexico; DOB 23 Nov 1953; POB Cuahutla, Morelos, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

RENDON RAMIREZ, Jose Aldemar (a.k.a. "MECHAS"), Carrera 9 No. 10-07, Cartago, Valle, Colombia; Carrera 26 No. 80-40, MZ 1, Casa 13, Pereira, Risaralda, Colombia; Carrera 13 No. 18-50, Cartago, Valle, Colombia; DOB 24 Jul 1950; POB Pereira, Risaralda, Colombia; Cedula No. 16202349 (Colombia); Passport AF956905 (Colombia); alt. Passport AE182792 (Colombia) (individual) [SDNT].

RENDZHVIZHN (a.k.a. RANGEVISION), Ul. Lenina D. 5B, Pomeshch. Vi, Krasnogorsk 143404, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5024151174 (Russia); Registration Number 1155024000471 (Russia) [RUSSIA-EO14024].

RENEEZ SHIPPING LIMITED, Trust Company Complex, Ajeltake Road, Ajeltake, Majuro 96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2023; Identification Number IMO 6388435 [SDGT]

(Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

RENOVA GROUP (a.k.a. JOINT-STOCK COMPANY RENOVA GROUP OF COMPANIES; a.k.a. JSC RENOVA GROUP OF COMPANIES), V, 28 Balaklavskiy Prospekt, Moscow 117452, Russia; 40, Malaya Ordynka, Moscow 115184, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1047796880548; Tax ID No. 7727526670; Government Gazette Number 772701001 [UKRAINE-EO13662] (Linked To: VEKSELBERG, Viktor Feliksovich).

RENOVATSIO-INVEST (a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU RENOVATSIO-INVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РЕНОВАЦИО-ИНВЕСТ); a.k.a. RENOVATSIO-INVEST OOO (Cyrillic: ООО РЕНОВАЦИО-ИНВЕСТ)), Per. Bolshoi Kislovskii, D. 1/12, K. 2, Office 318, Moscow 125009, Russia (Cyrillic: ПЕРЕУЛОК БОЛЬШОЙ КИСЛОВСКИЙ, ДОМ 1/12, КОРПУС 2, ОФИС 318, МОСКВА 125009, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Aug 2017; Tax ID No. 7704440882 (Russia); Government Gazette Number 19093352 (Russia); Business Registration Number 1177746841304 (Russia) [RUSSIA-EO14024].

RENOVATSIO-INVEST OOO (Cyrillic: ООО РЕНОВАЦИО-ИНВЕСТ) (a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU RENOVATSIO-INVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РЕНОВАЦИО-ИНВЕСТ); a.k.a. RENOVATSIO-INVEST), Per. Bolshoi Kislovskii, D. 1/12, K. 2, Office 318, Moscow 125009, Russia (Cyrillic: ПЕРЕУЛОК БОЛЬШОЙ КИСЛОВСКИЙ, ДОМ 1/12, КОРПУС 2, ОФИС 318, МОСКВА 125009, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Aug 2017; Tax ID No. 7704440882 (Russia); Government Gazette Number 19093352 (Russia); Business Registration Number 1177746841304 (Russia) [RUSSIA-EO14024].

RENTA A.S. (a.k.a. INTERNATIONAL INVESTMENT HOTELS HOLDINGS A.S.), Bratislava, Slovakia; Tax ID No. 2021969268 (Slovakia); Registration Number 35873990 (Slovakia) [GLOMAG] (Linked To: KOCNER, Marian).

RENTA CAMPEROS URABA LTDA., Cra. 101 # 94-33, Apartado, Antioquia, Colombia; Chigorodo, Antioquia, Colombia; Turbo, Antioquia, Colombia; Necocli, Antioquia, Colombia; NIT # 8909417652 (Colombia) [SDNTK].

REOMAKS LIMITED LIABILITY COMPANY (a.k.a. REOMAKS LLC), PR-D 2-I Silikatnyi D. 14, K. 1 Str. 20, Antresol Etazha 3, Kabinet 13, Moscow 123308, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7734470965 (Russia); Registration Number 1237700078197 (Russia) [RUSSIA-EO14024].

REOMAKS LLC (a.k.a. REOMAKS LIMITED LIABILITY COMPANY), PR-D 2-I Silikatnyi D. 14, K. 1 Str. 20, Antresol Etazha 3, Kabinet 13, Moscow 123308, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7734470965 (Russia); Registration Number 1237700078197 (Russia) [RUSSIA-EO14024].

REPRESENTACIONES ORIENTE S.R.L., Urb. La Arboleda, Mz. F Int. 10, Trujillo, Peru; RUC # 20275164675 (Peru) [SDNTK].

REPRESSION OF TRAITORS (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA;

a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

REPUBLICAN PRODUCTION AND TRADE UNITARY ENTERPRISE MANAGEMENT COMPANY OF THE HOLDING BELARUSIAN CEMENT COMPANY (Cyrillic: РЕСПУБЛИКАНСКОЕ ПРОИЗВОДСТВЕННО ТОРГОВОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ УПРАВЛЯЮЩАЯКОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ ЦЕМЕНТНАЯ КОМПАНИЯ) (a.k.a. BELARUSIAN CEMENT COMPANY HOLDING; a.k.a. RESPUBLIKANSKOE PROIZVODSTVENNO TORGOVOE UNITARNOE PREDPRIYATIE UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELORUSSKAYA TSEMENTNAYA KOMPANIYA; a.k.a. RPTUP MANAGEMENT COMPANY OF HOLDING BELARUSIAN CEMENT COMPANY (Cyrillic: РПТУП УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ ЦЕМЕНТНАЯ КОМПАНИЯ); a.k.a. STATE ENTERPRISE HOLDING MANAGEMENT COMPANY BELARUSSIAN CEMENT COMPANY; a.k.a. UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BTSK GP), Mulyavina Boulevard 6, Minsk 220005, Belarus; D. 28, Nezhiloe pomeshchenie, ul. Kuzmy Minina, Minsk 220014, Belarus; Target Type State-Owned Enterprise; Tax ID No. 192039638 (Belarus) [BELARUS-EO14038].

REPUBLICAN SINN FEIN (a.k.a. CONTINUITY ARMY COUNCIL; a.k.a. CONTINUITY IRA; a.k.a. CONTINUITY IRISH REPUBLICAN ARMY; a.k.a. "CIRA"), United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

REPUBLICAN STATE PUBLIC ASSOCIATION PRESIDENTIAL SPORTS CLUB (a.k.a. PREZIDENTSKI SPARTYUNY KLUB (Cyrillic: ПРЭЗІДЭНЦКІ СПАРТЫЎНЫ КЛУБ); a.k.a. PREZIDENTSKIY SPORTIVNIY KLUB (Cyrillic: ПРЕЗИДЕНТСКИЙ СПОРТИВНЫЙ КЛУБ); a.k.a. RESPUBLIKANSKAYE DZYARZHAUNA-HRAMADSKAYE ABYADNANNYE PREZIDENTSKI SPARTYUNY KLUB (Cyrillic: РЭСПУБЛІКАНСКАЕ ДЗЯРЖАЎНА-ГРАМАДСКАЕ АБ'ЯДНАННЕ ПРЭЗІДЭНЦКІ СПАРТЫЎНЫ КЛУБ); a.k.a. RESPUBLIKANSKOYE GOSUDARSTVENNO-OBSHCHESTVENNOYE OBYEDINENIE PREZIDENTSKIY SPORTIVNIY KLUB (Cyrillic:

РЕСПУБЛИКАНСКОЕ ГОСУДАРСТВЕННО-ОБЩЕСТВЕННОЕ ОБЪЕДИНЕНИЕ ПРЕЗИДЕНТСКИЙ СПОРТИВНЫЙ КЛУБ); a.k.a. "PRESIDENTIAL SPORTS CLUB"), ul. Starovilenskaya, d. 4, Minsk 220029, Belarus (Cyrillic: ул. Старовиленская, д. 4, г. Минск 220029, Belarus); Organization Established Date 07 Jul 2005; Registration Number 805000023 (Belarus) [BELARUS].

REPUBLICAN UNITARY ENTERPRISE BELTAMOZHSERVICE (a.k.a. RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA BELMYTSERVIS (Cyrillic: РЭСПУБЛІКАНСКАЕ УНІТАРНАЕ ПРАДПРЫЕМСТВА БЕЛМЫТСЭРВІС); a.k.a. RESPUBLIKANSKOE UNITARNOE PREDPRIYATIE BELTAMOZHSERVIS (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ БЕЛТАМОЖСЕРВИС); a.k.a. RUE BELTAMOZHSERVICE; a.k.a. RUP BELMYTSERVIS (Cyrillic: РУП БЕЛМЫТСЭРВІС); a.k.a. RUP BELTAMOZHSERVIS (Cyrillic: РУП БЕЛТАМОЖСЕРВИС)), D. 18, Kitaisko-Belorusski Industrialny Park Veliki Kamen, Pr-t, Pekinski, Minskaya Oblast 222210, Belarus; 17th km, Minsk-Dzerzhinsk Highway, Administrative Building, Office 75, Shchomyslitsky, Minsk Region 223049, Belarus; Organization Established Date 09 Jun 1999; Target Type State-Owned Enterprise; Tax ID No. 101561144 (Belarus) [BELARUS-EO14038].

REPUBLICAN UNITARY ENTERPRISE TSENTRKURORT (a.k.a. CENTRKURORT; a.k.a. DZYARZHAUNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: ДЗЯРЖАЎНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. GOSUDARSTVENNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: ГОСУДАРСТВЕННОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: РЭСПУБЛІКАНСКАЕ ЎНІТАРНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. RESPUBLIKANSKOYE UNITARNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. STATE ENTERPRISE TSENTRKURORT; a.k.a. TSENTRKURORT), ul. Myasnikova, d. 39, kom. 338, Minsk 220048, Belarus (Cyrillic: ул. Мясникова, д. 39, ком. 338, г. Минск 220048, Belarus); Organization Established

Date 19 Jul 2000; Organization Type: Tour operator activities; alt. Organization Type: Travel agency activities; Target Type State-Owned Enterprise; Registration Number 100726604 (Belarus) [BELARUS-EO14038].

REPUESTOS EL NATO Y CIA LTDA., Calle 55 No, 50-111, Medellin, Colombia; NIT # 8110037873 (Colombia) [SDNTK].

REPUTABLE TRADING SOURCE LLC (a.k.a. REPUTABLE TRADING SOURCE LLC COMPANY; a.k.a. "RTS LLC"), CR Number 1137785, PO Box: 888, Muscat 111, Oman; PO Box 1295: 111 CPO, Azaiba, Muscat, Oman; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 1137785 (Oman) [IRAN-EO13871] (Linked To: KHOUZESTAN STEEL COMPANY).

REPUTABLE TRADING SOURCE LLC COMPANY (a.k.a. REPUTABLE TRADING SOURCE LLC; a.k.a. "RTS LLC"), CR Number 1137785, PO Box: 888, Muscat 111, Oman; PO Box 1295: 111 CPO, Azaiba, Muscat, Oman; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 1137785 (Oman) [IRAN-EO13871] (Linked To: KHOUZESTAN STEEL COMPANY).

RESAD LLC (a.k.a. INFRASTRUKTURA MOLZHANINOVO; a.k.a. LLC INFRASTRUCTURE MOLZHANINOVO (Cyrillic: ООО ИНФРАСТРУКТУРА МОЛЖАНИНОВО); f.k.a. LLC RESAD (Cyrillic: ООО РЕСАД)), ul. Bryanskaya D. 5, et 4 pom. I kom 25, Moscow 121059, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733109347 (Russia); Registration Number 1027739071337 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

RESCUE COMMITTEE FOR PEACE AND ORDER (Cyrillic: КОМІТЕТ ПОРЯТУНКУ ЗА МИР І ПОРЯДОК) (a.k.a. SALVATION COMMITTEE FOR PEACE AND ORDER (Cyrillic: КОМИТЕТ СПАСЕНИЯ ЗА МИР И ПОРЯДОК)), Kherson Region, Ukraine;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Unrecognized Government Entity [RUSSIA-EO14024].

RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER A.I. SHOKIN (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE ISTOK IMENI A. I.SHOKINA; a.k.a. AO NPP ISTOK IM. SHOKINA; a.k.a. ISTOK RESEARCH AND PRODUCTION CORPORATION NAMED AFTER SHOKIN JSC; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. JSC RPC ISTOK NAMED AFTER SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. RESEARCH AND PRODUCTION CORPORATION ISTOK), 2A Vokzalnaya Str., Fryazino, Moscow Region 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Dec 2013; Tax ID No. 5050108496 (Russia); Registration Number 1135050007400 (Russia) [RUSSIA-EO14024].

RESEARCH AND DEVELOPMENT COMPANY TR INDUSTRIES (a.k.a. RDC TR INDUSTRIES DOO BEOGRAD; a.k.a. RESEARCH AND DEVELOPMENT COMPANY TR INDUSTRIES DOO BEOGRAD), Jurija Gagarina 231, Belgrade 11197, Serbia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 112966495 (Serbia); Registration Number 21778729 (Serbia) [RUSSIA-EO14024].

RESEARCH AND DEVELOPMENT COMPANY TR INDUSTRIES DOO BEOGRAD (a.k.a. RDC TR INDUSTRIES DOO BEOGRAD; a.k.a. RESEARCH AND DEVELOPMENT COMPANY TR INDUSTRIES), Jurija Gagarina 231, Belgrade 11197, Serbia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 112966495 (Serbia); Registration Number 21778729 (Serbia) [RUSSIA-EO14024].

RESEARCH AND DEVELOPMENT INSTITUTE OF SCIENTIFIC INSTRUMENTS JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO

ISSLEDOVATELSKII INSTITUT PRIBOROV; a.k.a. "AO NIIP"; a.k.a. "RISI JSC"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF INSTRUMENTS"), 8 Turaevo Industrial Area, Lytkarino 140080, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5027241394 (Russia); Registration Number 1165027055258 (Russia) [RUSSIA-EO14024].

RESEARCH AND MANUFACTURING ASSOCIATION DEVELOPMENT OF INNOVATIVE TECHNOLOGIES (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE RAZVITE INNOVATSIONNYKH TEKHNOLOGII; a.k.a. "AO NPO RIT"), Ul. Ozernaya D. 14, K. 1, Tver 170008, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6901043667 (Russia); Registration Number 1036900089093 (Russia) [RUSSIA-EO14024].

RESEARCH AND PRODUCTION ASSOCIATION LEPTON (a.k.a. AKTSIONERNOE OBSHCHESTVO NPO LEPTON; a.k.a. AO NPO LEPTON; a.k.a. RPA LEPTON), Al. Solnechnaya D. 6, Pomeshch. 6 Komnata 5, Zelenograd 124527, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735003138 (Russia); Registration Number 1037739124477 (Russia) [RUSSIA-EO14024].

RESEARCH AND PRODUCTION ASSOCIATION NAMED AFTER AS POPOV (a.k.a. AO NPO RADIOZAVOD IM AS POPOVA), Ul. 10 Let Oktyabrya D. 195, Omsk 644009, Russia; Ul. Khutorskaya 2-YA D. 29, Str. 4, Moscow 127287, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5508000095 (Russia); Registration Number 1025500972342 (Russia) [RUSSIA-EO14024].

RESEARCH AND PRODUCTION CENTER FOR AUTOMATION AND INSTRUMENTATION NAMED AFTER ACADEMIC NA PILYUGIN (a.k.a. AO NPTSAP; a.k.a. JSC ACADEMICIAN PILYUGIN CENTER), Ul. Vvedenskogo D. 1, Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9728050571 (Russia); Registration Number 1217700553344 (Russia) [RUSSIA-EO14024].

RESEARCH AND PRODUCTION COMPANY HORST (a.k.a. "FIRMA KHORST"), Ul. Akademika Yangelya D 14, Korp 2, KV 257, Moscow 117534, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726038952 (Russia); Registration Number 1037739344004 (Russia) [RUSSIA-EO14024].

RESEARCH AND PRODUCTION COMPANY MICRAN JOINT STOCK COMPANY (a.k.a. MICRAN JSC), Pr-kt Kirova Zd. 51D, Tomsk 634041, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7017211757 (Russia); Registration Number 1087017011113 (Russia) [RUSSIA-EO14024].

RESEARCH AND PRODUCTION CORPORATION ISTOK (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE ISTOK IMENI A. I.SHOKINA; a.k.a. AO NPP ISTOK IM. SHOKINA; a.k.a. ISTOK RESEARCH AND PRODUCTION CORPORATION NAMED AFTER SHOKIN JSC; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. JSC RPC ISTOK NAMED AFTER SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER A.I. SHOKIN), 2A Vokzalnaya Str., Fryazino, Moscow Region 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Dec 2013; Tax ID No. 5050108496 (Russia); Registration Number 1135050007400 (Russia) [RUSSIA-EO14024].

RESEARCH AND PRODUCTION CORPORATION KONSTRUKTORSKOYE BYURO MASHYNOSTROYENIYA (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION KONSTRUKTORSKOYE BYURO MASHYNOSTROYENIYA; a.k.a. KOLOMNA MACHINE BUILDING DESIGN BUREAU; a.k.a. "JSC RPC KBM"), 42, Okskiy Prospekt, Kolomna, Moscow Region 140402, Russia; Website www.kbm.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2012; Tax ID No. 5022039177 (Russia) [RUSSIA-EO14024].

RESEARCH AND PRODUCTION CORPORATION SI VAVILOV SOI (a.k.a. JSC RESEARCH AND PRODUCTION SI VAVILOV; a.k.a. RESEARCH AND TECHNOLOGICAL INSTITUTE OF OPTICAL MATERIALS ALL RUSSIA SCIENTIFIC CENTER SI VAVILOV STATE OPTICAL INSTITUTE; a.k.a. VAVILOV STATE OPTICAL INSTITUTE), Ul. Babushkina D. 36, Korp. 1, Saint Petersburg 192171, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811483834 (Russia); Registration Number 1117847038121 (Russia) [RUSSIA-EO14024].

RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD OAO (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNAIA KORPORATSIIA URALVAGONZAVOD IMENI F E DZERZHINSKOGO; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION CORPORATION URALVAGONZAVOD NAMED AFTER F E DZERZHINSKY; a.k.a. NAUCHNO-PROIZVODSTVENNAYA KORPORATSIYA URALVAGONZAVOD OAO; a.k.a. NPK URALVAGONZAVOD OAO; a.k.a. OJSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. URALVAGONZAVOD CORPORATION; a.k.a. "UVZ"), 40 Bolshaya Yakimanka Street, Moscow 119049, Russia; 28 Vostochnoye Shosse, Nizhni Tagil, Sverdlovsk Region 66207, Russia; Pr-kt Lenina, d. 204, Rubtsovsk 658225, Russia; Pr-kt Lenina, d. 3, Chelyabinsk 454007, Russia; Ul. Pervomaiskaya d. 14, Volchansk 624941, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Mar 2008; Target Type State-Owned Enterprise; Tax ID No. 6623029538 (Russia); Registration Number 1086623002190 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

RESEARCH AND PRODUCTION ENTERPRISE KALUGA BASED INSTRUMENT MAKING PLANT TYPHOON JOINT STOCK COMPANY (a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ENTERPRISE KALUZHSKIY PRIBOROSTROITELNYY ZAVOD TAYFUN), Grabtsevskoe Shosse, 174, Kaluga 248035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4026005699 (Russia); Registration

Number 1024001425513 (Russia) [RUSSIA-EO14024].

RESEARCH AND PRODUCTION ENTERPRISE RADIOSVYAZ (a.k.a. AO NPP RADIOSVIAZ; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE RADIOSVYAZ; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVIAZ; a.k.a. JSC NPP RADIOSVYAZ; a.k.a. JSC SPE RADIOSVYAZ; a.k.a. SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVYAZ JOINT STOCK COMPANY), 19 Dekabristov Str., Krasnoyarsk, Krasnoyarsk Territory 660021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Dec 2012; Tax ID No. 2460243408 (Russia); Registration Number 1122468072231 (Russia) [RUSSIA-EO14024].

RESEARCH AND PRODUCTION ENTERPRISE SAPFIR JOINT STOCK COMPANY (a.k.a. AKTSIONERNOYE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOYE PREDPRIYATIYE SAPFIR; a.k.a. AO NPP SAPFIR; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE SAPFIR; a.k.a. RPE SAPFIR JSC; a.k.a. RPE SAPFIR PJSC), 53 Shcherbakovskaya Str., Moscow 105318, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Sep 1993; Tax ID No. 7719007689 (Russia); Registration Number 1027700070661 (Russia) [RUSSIA-EO14024].

RESEARCH AND TECHNOLOGICAL INSTITUTE OF OPTICAL MATERIALS ALL RUSSIA SCIENTIFIC CENTER SI VAVILOV STATE OPTICAL INSTITUTE (a.k.a. JSC RESEARCH AND PRODUCTION SI VAVILOV; a.k.a. RESEARCH AND PRODUCTION CORPORATION SI VAVILOV SOI; a.k.a. VAVILOV STATE OPTICAL INSTITUTE), Ul. Babushkina D. 36, Korp. 1, Saint Petersburg 192171, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811483834 (Russia); Registration Number 1117847038121 (Russia) [RUSSIA-EO14024].

RESEARCH FX CONSULTANTS LIMITED, 3076 Rosegrove Road, Swastika, Ontario P0K 1T0, Canada; 34 Hudson Bay Avenue, Kirkland Lake, Ontario P2N 2H9, Canada; Box 831, Kirkland Lake, Ontario P2N 3K4, Canada; Tax ID No. 002235933 (Canada) [SDNTK].

RESEARCH GROUP NEDERLAND B.V. (a.k.a. GREEN DISTRICT B.V.), Huygensstraat 42, JM, Boxtel 5283, Netherlands; Website www.researchgroupnederland.com; Organization Established Date 12 Jan 2017; Tax ID No. 857833340 (Netherlands) [ILLICIT-DRUGS-EO14059] (Linked To: PEIJNENBURG, Alex Adrianus Martinus; Linked To: ORGANIC DISTRICT B.V.).

RESEARCH INSTITUTE - 2 (a.k.a. CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ); a.k.a. CRIMINALISTICS INSTITUTE OF THE CENTER FOR SPECIAL TECHNOLOGY OF THE FSB OF RUSSIA (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ЦЕНТРА СПЕЦИАЛЬНОЙ ТЕХНИКИ ФСБ РОССИИ); a.k.a. FSB CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ФСБ); a.k.a. FSB SPECIAL TECHNOLOGY CENTER'S INSTITUTE OF CRIMINOLOGY; a.k.a. INSTITUT KRIMINALISTIKI; a.k.a. MILITARY UNIT 34435; a.k.a. "NII-2"), Akademika Vargi Street 2, Moscow, Russia [NPWMD].

RESEARCH INSTITUTE FERRIT DOMAIN (a.k.a. AO NII FERRIT DOMEN; a.k.a. FERRITE DOMEN COMPANY; a.k.a. SCIENTIFIC AND RESEARCH INSTITUTE FERRIT DOMEN (Cyrillic: НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ФЕРРИТ-ДОМЕН)), Ul. Tsvetochnaya, D. 25, Korp. 3, Saint Petersburg 196084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 May 1959; Tax ID No. 7810245940 (Russia); Registration Number 1037821019631 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

RESEARCH INSTITUTE GIRIKOND (a.k.a. AO NII GIRIKOND; a.k.a. JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE GIRICOND), Ul. Kurchatova D. 10, Saint Petersburg 194223, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1939; Tax ID No. 7802144144 (Russia); Registration Number 1027801555143 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

RESEARCH INSTITUTE OF ELECTRONIC ENGINEERING (a.k.a. ELECTRONIC TECHNOLOGY RESEARCH INSTITUTE; a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH ELEKTRONNOY TEKHNIKI; a.k.a. JOINT STOCK COMPANY NIIET), 5 Starykh Bolshevikov Str., Voronezh, Voronezh Region 394033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Oct 2012; Tax ID No. 3661057900 (Russia); Registration Number 1123668048789 (Russia) [RUSSIA-EO14024].

RESEARCH INSTITUTE OF NUCLEAR SCIENCE AND TECHNOLOGY (a.k.a. NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH CENTER; a.k.a. NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE; a.k.a. NUCLEAR SCIENCES AND TECHNOLOGIES RESEARCH INSTITUTE; a.k.a. "NSTRI"), North Kargar Street, Tehran, Iran; North Kargar Ave., Tehran, Iran; Website https://nstri.aeoi.org.ir/; alt. Website https://nstri.ir/; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

RESEARCH INSTITUTE OF ORGANIC INORGANIC CHEMISTRY AND BIOTECHNOLOGY (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC RESEARCH INSTITUTE OF ORGANIC TECHNOLOGIES INORGANIC CHEMISTRY AND BIOTECHNOLOGY; a.k.a. NIITONKH AND BT LLC; a.k.a. OOO NIITONKH I BT; a.k.a. SCIENTIFIC RESEARCH INSTITUTE TECHNOLOGY ORGANIC NOT ORGANIC CHEMISTRY AND BIOLOGY TECHNOLOGY LIMITED LIABILITY COMPANY; a.k.a. "SARNII"), Ul. Bolshaya Sadovaya D. 239, Saratov 410005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6452941195 (Russia); Registration Number 1096450002373 (Russia) [RUSSIA-EO14024].

RESEARCH INSTITUTE OF PRECISION MACHINE MANUFACTURING (a.k.a. OJSC SCIENTIFIC RESEARCH INSTITUTE OF PRECISION MECHANICAL ENGINEERING; a.k.a. SCIENTIFIC AND RESEARCH INSTITUTE OF PRECISION ENGINEERING; a.k.a. "NIITM"), 10 Panfilovsky avenue, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735043966 (Russia) [RUSSIA-EO14024].

RESGUARDO DE VALORES Y SERVICIOS INTEGRALES RSVI, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Organization Established Date 23 Sep 2015; Organization

Type: Travel agency activities; Folio Mercantil No. 92484 (Mexico) [ILLICIT-DRUGS-EO14059].

RESHETNIKOV, Maxim Gennadyevich (Cyrillic: РЕШЕТНИКОВ, Максим Геннадьевич), Russia; DOB 11 Jul 1979; POB Perm, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

RESIDENCIAL CANAL VIEW, S.A., Panama; RUC # 22723-133-202910 (Panama) [SDNTK].

RESIDENCIAL DEL LAGO (a.k.a. DESARROLLOS EVEREST, S.A. DE C.V.), Cerrada Diego Rivera No. 347, Col. Desarrollo Urbano 3 Rios, Culiacan, Sinaloa C.P. 80020, Mexico; Blvd. Jose Diego Valadez Rios 94 36, Col. Proyecto Tres Rios, Culiacan, Sinaloa C.P. 80100, Mexico; R.F.C. DEV-031020 (Mexico) [SDNTK].

RESIN, Vladimir Iosifovich (Cyrillic: РЕСИН, Владимир Иосифович), Russia; DOB 21 Feb 1936; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RESO TRADING SHANGHAI CO LTD (Chinese Simplified: 雷素贸易上海有限公司), Room 2022, Building 3, No. 612 Shangchuan Road, Pudong New District, Shanghai, China; Website www.reso-sh.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 08 Jul 2014; Registration Number 310115002400449 (China); Unified Social Credit Code (USCC) 91310115312109275Y (China) [NPWMD] [IFSR] (Linked To: WANG, Chao).

RESOLUTE MACHINERY TRADING LLC (Arabic: ريسوليوت لتجارة الالات ش.ذ.م.م), 312-904 Al Suq Al Kabeer, Alzarooni, Office 201, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Apr 2022; Registration Number 1056963 (United Arab Emirates) [RUSSIA-EO14024].

RESORT NIZHNYAYA OREANDA (f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE SANATORI NIZHNYAYA OREANDA UPRAVLENIYA; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE SANATORI NIZHNYAYA OREANDA UPRAVLENIYA DELAMI PREZIDENTA ROSSISKOI FE; a.k.a. FGBU SANATORI NIZHNYAYA OREANDA; a.k.a. SANATORIUM NIZHNYAYA OREANDA), Pgt Oreanda, Dom 12, Yalta, Crimea 298658, Ukraine; Resort Nizhnyaya Oreanda, Oreanda, Yalta 08655, Crimea; Oreanda - 12, Yalta 298658, Crimea; Website http://www.oreanda.biz; Email Address info@oreanda.biz; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102054221; Tax ID No. 9103006321; Government Gazette Number 00705605 [UKRAINE-EO13685].

RESPECTFUL STEED LIMITED, Phnom Penh, Cambodia; Company Number 1971898 (Virgin Islands, British) [TCO] (Linked To: CHEN, Zhi).

RESPUBLIKANSKAYE DZYARZHAUNA-HRAMADSKAYE ABYADNANNYE PREZIDENTSKI SPARTYUNY KLUB (Cyrillic: РЭСПУБЛІКАНСКАЕ ДЗЯРЖАЎНА-ГРАМАДСКАЕ АБ'ЯДНАННЕ ПРЭЗІДЭНЦКІ СПАРТЫЎНЫ КЛУБ) (a.k.a. PREZIDENTSKI SPARTYUNY KLUB (Cyrillic: ПРЭЗІДЭНЦКІ СПАРТЫЎНЫ КЛУБ); a.k.a. PREZIDENTSKIY SPORTIVNIY KLUB (Cyrillic: ПРЕЗИДЕНТСКИЙ СПОРТИВНЫЙ КЛУБ); a.k.a. REPUBLICAN STATE PUBLIC ASSOCIATION PRESIDENTIAL SPORTS CLUB; a.k.a. RESPUBLIKANSKOYE GOSUDARSTVENNO-OBSHCHESTVENNOYE OBYEDINENIE PREZIDENTSKIY SPORTIVNIY KLUB (Cyrillic: РЕСПУБЛИКАНСКОЕ ГОСУДАРСТВЕННО-ОБЩЕСТВЕННОЕ ОБЪЕДИНЕНИЕ ПРЕЗИДЕНТСКИЙ СПОРТИВНЫЙ КЛУБ); a.k.a. "PRESIDENTIAL SPORTS CLUB"), ul. Starovilenskaya, d. 4, Minsk 220029, Belarus (Cyrillic: ул. Старовиленская, д. 4, г. Минск 220029, Belarus); Organization Established Date 07 Jul 2005; Registration Number 805000023 (Belarus) [BELARUS].

RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA BELMYTSERVIS (Cyrillic: РЭСПУБЛІКАНСКАЕ УНІТАРНАЕ ПРАДПРЫЕМСТВА БЕЛМЫТСЭРВІС) (a.k.a. REPUBLICAN UNITARY ENTERPRISE BELTAMOZHSERVICE; a.k.a. RESPUBLIKANSKOE UNITARNOE PREDPRIYATIE BELTAMOZHSERVIS (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ БЕЛТАМОЖСЕРВИС); a.k.a. RUE BELTAMOZHSERVICE; a.k.a. RUP BELMYTSERVIS (Cyrillic: РУП БЕЛМЫТСЭРВІС); a.k.a. RUP BELTAMOZHSERVIS (Cyrillic: РУП БЕЛТАМОЖСЕРВИС)), D. 18, Kitaisko-Belorusski Industrialny Park Veliki Kamen, Pr-t, Pekinski, Minskaya Oblast 222210, Belarus; 17th km, Minsk-Dzerzhinsk Highway, Administrative Building, Office 75, Shchomyslitsky, Minsk Region 223049, Belarus; Organization Established Date 09 Jun 1999; Target Type State-Owned Enterprise; Tax ID No. 101561144 (Belarus) [BELARUS-EO14038].

RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: РЭСПУБЛІКАНСКАЕ ЎНІТАРНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ) (a.k.a. CENTRKURORT; a.k.a. DZYARZHAUNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: ДЗЯРЖАЎНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. GOSUDARSTVENNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: ГОСУДАРСТВЕННОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. REPUBLICAN UNITARY ENTERPRISE TSENTRKURORT; a.k.a. RESPUBLIKANSKOYE UNITARNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. STATE ENTERPRISE TSENTRKURORT; a.k.a. TSENTRKURORT), ul. Myasnikova, d. 39, kom. 338, Minsk 220048, Belarus (Cyrillic: ул. Мясникова, д. 39, ком. 338, г. Минск 220048, Belarus); Organization Established Date 19 Jul 2000; Organization Type: Tour operator activities; alt. Organization Type: Travel agency activities; Target Type State-Owned Enterprise; Registration Number 100726604 (Belarus) [BELARUS-EO14038].

RESPUBLIKANSKII FUTBOLNYI KLUB AKHMAT (a.k.a. AKHMAT GROZNY; a.k.a. FC AKHMAT GROZNY; a.k.a. RFK AKHMAT; a.k.a. RFK AKHMAT GROZNY), Ul im s.sh.lorsanova 3, G Groznyi, Russia; Business Registration Number RU45275964 (Russia) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

RESPUBLIKANSKOE PROIZVODSTVENNO TORGOVOE UNITARNOE PREDPRIYATIE UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELORUSSKAYA TSEMENTNAYA KOMPANIYA (a.k.a. BELARUSIAN CEMENT COMPANY HOLDING; a.k.a. REPUBLICAN PRODUCTION AND TRADE UNITARY ENTERPRISE MANAGEMENT COMPANY OF THE HOLDING BELARUSIAN CEMENT COMPANY (Cyrillic: РЕСПУБЛИКАНСКОЕ ПРОИЗВОДСТВЕННО ТОРГОВОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ

УПРАВЛЯЮЩАЯКОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ ЦЕМЕНТНАЯ КОМПАНИЯ); a.k.a. RPTUP MANAGEMENT COMPANY OF HOLDING BELARUSIAN CEMENT COMPANY (Cyrillic: РПТУП УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ ЦЕМЕНТНАЯ КОМПАНИЯ); a.k.a. STATE ENTERPRISE HOLDING MANAGEMENT COMPANY BELARUSSIAN CEMENT COMPANY; a.k.a. UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BTSK GP), Mulyavina Boulevard 6, Minsk 220005, Belarus; D. 28, Nezhiloe pomeshchenie, ul. Kuzmy Minina, Minsk 220014, Belarus; Target Type State-Owned Enterprise; Tax ID No. 192039638 (Belarus) [BELARUS-EO14038].

RESPUBLIKANSKOE UNITARNOE PREDPRIYATIE BELTAMOZHSERVIS (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ БЕЛТАМОЖСЕРВИС) (a.k.a. REPUBLICAN UNITARY ENTERPRISE BELTAMOZHSERVICE; a.k.a. RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA BELMYTSERVIS (Cyrillic: РЭСПУБЛІКАНСКАЕ УНІТАРНАЕ ПРАДПРЫЕМСТВА БЕЛМЫТСЭРВІС); a.k.a. RUE BELTAMOZHSERVICE; a.k.a. RUP BELMYTSERVIS (Cyrillic: РУП БЕЛМЫТСЭРВІС); a.k.a. RUP BELTAMOZHSERVIS (Cyrillic: РУП БЕЛТАМОЖСЕРВИС)), D. 18, Kitaisko-Belorusski Industrialny Park Veliki Kamen, Pr-t, Pekinski, Minskaya Oblast 222210, Belarus; 17th km, Minsk-Dzerzhinsk Highway, Administrative Building, Office 75, Shchomyslitsky, Minsk Region 223049, Belarus; Organization Established Date 09 Jun 1999; Target Type State-Owned Enterprise; Tax ID No. 101561144 (Belarus) [BELARUS-EO14038].

RESPUBLIKANSKOYE GOSUDARSTVENNO-OBSHCHESTVENNOYE OBYEDINENIE PREZIDENTSKIY SPORTIVNIY KLUB (Cyrillic: РЕСПУБЛИКАНСКОЕ ГОСУДАРСТВЕННО-ОБЩЕСТВЕННОЕ ОБЪЕДИНЕНИЕ ПРЕЗИДЕНТСКИЙ СПОРТИВНЫЙ КЛУБ) (a.k.a. PREZIDENTSKI SPARTYUNY KLUB (Cyrillic: ПРЭЗІДЭНЦКІ СПАРТЫЎНЫ КЛУБ); a.k.a. PREZIDENTSKIY SPORTIVNIY KLUB (Cyrillic: ПРЕЗИДЕНТСКИЙ СПОРТИВНЫЙ КЛУБ); a.k.a. REPUBLICAN STATE PUBLIC ASSOCIATION PRESIDENTIAL SPORTS CLUB; a.k.a. RESPUBLIKANSKAYE DZYARZHAUNA-HRAMADSKAYE ABYADNANNYE PREZIDENTSKI

SPARTYUNY KLUB (Cyrillic: РЭСПУБЛІКАНСКАЕ ДЗЯРЖАЎНА-ГРАМАДСКАЕ АБ'ЯДНАННЕ ПРЭЗІДЭНЦКІ СПАРТЫЎНЫ КЛУБ); a.k.a. "PRESIDENTIAL SPORTS CLUB"), ul. Starovilenskaya, d. 4, Minsk 220029, Belarus (Cyrillic: ул. Старовиленская, д. 4, г. Минск 220029, Belarus); Organization Established Date 07 Jul 2005; Registration Number 805000023 (Belarus) [BELARUS].

RESPUBLIKANSKOYE UNITARNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ) (a.k.a. CENTRKURORT; a.k.a. DZYARZHAUNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: ДЗЯРЖАЎНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. GOSUDARSTVENNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: ГОСУДАРСТВЕННОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. REPUBLICAN UNITARY ENTERPRISE TSENTRKURORT; a.k.a. RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: РЭСПУБЛІКАНСКАЕ ЎНІТАРНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. STATE ENTERPRISE TSENTRKURORT; a.k.a. TSENTRKURORT), ul. Myasnikova, d. 39, kom. 338, Minsk 220048, Belarus (Cyrillic: ул. Мясникова, д. 39, ком. 338, г. Минск 220048, Belarus); Organization Established Date 19 Jul 2000; Organization Type: Tour operator activities; alt. Organization Type: Travel agency activities; Target Type State-Owned Enterprise; Registration Number 100726604 (Belarus) [BELARUS-EO14038].

RESTART LIMITED LIABILITY COMPANY, ul. Novatorov, d. 4, kv. 51, Moscow 119421, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9728092356 (Russia); Registration Number 1237700252624 (Russia) [RUSSIA-EO14024].

RESTAURANT FOLKLOR Y CANTINA, S.A. DE C.V. (a.k.a. RESTAURANTE FOLKLOR Y CANTINA), Guadalajara, Jalisco, Mexico; Av. Manuel J. Clouthier 1614, Col. Jardines de Guadalupe, Zapopan, Jalisco, Mexico; Folio Mercantil No. 60417 (Jalisco) (Mexico) [SDNTK].

RESTAURANTE BAR LA CAMELIA (a.k.a. CAMELIAS BAR; a.k.a. CAMELIAS BAR, S.A. DE C.V.; a.k.a. LA CAMELIA RESTAURANTE & CANTINA; a.k.a. "LA CAMELIA"), Guadalajara, Jalisco, Mexico; Av. Chapalita 50,

Guadalajara, Jalisco, Mexico; Lazaro Cardenas 2729 y Arboledas, Guadalajara, Jalisco, Mexico; Mariano Otero 1499, Col. Verde Valle, Guadalajara, Jalisco, Mexico; Folio Mercantil No. 26075 (Jalisco) (Mexico) [SDNTK].

RESTAURANTE BAR PUNTA DEL ESTE, Calle 17N No. 9N-05, Cali, Colombia; Matricula Mercantil No 387183-1 (Colombia) [SDNT].

RESTAURANTE EL HABANERO, S.A. DE C.V. (a.k.a. GRUPO ILC; a.k.a. ILC CONSULTORES ADMINISTRATIVOS, S. DE R.L. DE C.V.; a.k.a. ILC EXPORTACIONES, S. DE R.L. DE C.V.; a.k.a. "EQUIPOSPA"; a.k.a. "PERFECT SILHOUETTE"; a.k.a. "ULTRAPHARMA"; a.k.a. "ULTRAVITAL"), General Victoriano Cepeda 2, Colonia Observatorio, Miguel Hidalgo, Mexico, Distrito Federal 11860, Mexico; Louisiana No. 24, Esq. Montana, Col. Napoles, Del. Benito Juarez, Mexico, Distrito Federal 03810, Mexico; Periferico Sur #102, Col. Observatorio, Del. Miguel Hidalgo, Mexico, Distrito Federal, Mexico; Huixquilucan, Estado de Mexico, Mexico; R.F.C. IEX-950713-L90 (Mexico); alt. R.F.C. ICA060810942 (Mexico) [SDNTK].

RESTAURANTE FOLKLOR Y CANTINA (a.k.a. RESTAURANT FOLKLOR Y CANTINA, S.A. DE C.V.), Guadalajara, Jalisco, Mexico; Av. Manuel J. Clouthier 1614, Col. Jardines de Guadalupe, Zapopan, Jalisco, Mexico; Folio Mercantil No. 60417 (Jalisco) (Mexico) [SDNTK].

RETAIN PROSPER LIMITED, Phnom Penh, Cambodia; Company Number 2022874 (Virgin Islands, British) [TCO] (Linked To: CHEN, Zhi).

REUBEN, Malek (a.k.a. RIAK RENGU, Malek Reuben; a.k.a. RUBEN, Malek), Juba, South Sudan; DOB 01 Jan 1960; POB Yei, South Sudan; nationality South Sudan; Gender Male; Passport S00001537 (South Sudan); alt. Passport B0810167 (Sudan); Personal ID Card M6000000000817 (South Sudan); Deputy Chief of Defense Force and Inspector General of the Sudan People's Liberation Army; First Lieutenant General (individual) [SOUTH SUDAN].

REUTOV, Igor Aleksandrovich, France; DOB 17 Nov 1973; POB Novozybkov, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

REVENKO, Evgeny Vasilievich (Cyrillic: РЕВЕНКО, Евгений Васильевич), Russia; DOB 22 May 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State

Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

REVEROL TORRES, Nestor Luis (Latin: REVEROL TORRES, Néstor Luis), Zulia, Venezuela; El Valle, Libertador, Caracas, Capital District, Venezuela; DOB 28 Oct 1964; citizen Venezuela; Gender Male; Cedula No. 7844507 (Venezuela); Passport A0186449 (Venezuela); Venezuela's Minister of Interior, Justice, and Peace; Former Commander General of Venezuela's Bolivarian National Guard; Former Director of Venezuela's Anti-Narcotics Agency (individual) [VENEZUELA].

REVIVAL OF ISLAMIC HERITAGE FOUNDATION (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

REVIVAL OF ISLAMIC HERITAGE SOCIETY (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a.

HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

REVIVAL OF ISLAMIC HERITAGE SOCIETY (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and

Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

REVIVAL OF MARITIME TRADITIONS (Cyrillic: ВОЗРОЖДЕНИЕ МОРСКИХ ТРАДИЦИЙ) (a.k.a. NON-PROFIT ASSOCIATION REVIVAL OF MARITIME TRADITIONS; a.k.a. NON-PROFIT PARTNERSHIP REVIVAL OF MARITIME TRADITIONS; a.k.a. NON-PROFIT-MAKING PARTNERSHIP REVIVAL OF MARITIME TRADITIONS), Pr-kt bolshoi v.o. d. 9/6, Lit. A, Pom. 3n, Saint Petersburg 199004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Oct 2009; Tax ID No. 7805303650 (Russia); Registration Number 1097800006380 (Russia) [RUSSIA-EO14024].

REVIVAL OF THE FATHERLAND POLITICAL PARTY (Cyrillic: ПОЛИТИЧЕСКА ПАРТНЯ ВЪЗРАЖДАНЕ НА ОТЕЧЕСТВОТО) (a.k.a. FATHERLAND'S REVIVAL; a.k.a. RUSSOPHILES FOR THE REVIVAL OF THE FATHERLAND POLITICAL PARTY (Cyrillic: ПОЛИТИЧЕСКА ПАРТНЯ РУСОФИЛИ ЗА ВЪЗРАЖДАНЕ НА ОТЕЧЕСТВОТО)), 21 Mihail Marinov Street, Sofia, Bulgaria; Organization Type: Activities of political organizations [GLOMAG] (Linked To: MALINOV, Nikolay Simeonov).

REVIVO, Simon (a.k.a. MAMO, Eliyahu; a.k.a. TUITO, Daniel; a.k.a. TUITO, David; a.k.a. TUITO, Oded; a.k.a. TVITO, Daniel; a.k.a. TVITO, Oded); DOB 27 Dec 1959; alt. DOB 29 Nov 1959; alt. DOB 27 Feb 1959; alt. DOB 12 Dec 1959; alt. DOB 25 Jul 1961; POB Israel (individual) [SDNTK].

REVOLEMS (a.k.a. LIMITED LIABILITY COMPANY REVOLEMC), Ul. Gorbunova D. 2, Str. 2, Office 616, 618, Moscow 121596, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719481419 (Russia); Registration Number 1187746790153 (Russia) [RUSSIA-EO14024].

REVOLUTIONARIES SECT (a.k.a. ARMED STRUGGLE FOR REVOLUTIONARY INDEPENDENCE SECT OF REVOLUTIONARIES; a.k.a. REBEL SECT; a.k.a. SECT OF REVOLUTIONARIES; a.k.a. SECTA EPANASTATON; a.k.a. SEKHTA EPANASTATON; a.k.a. SEKTA EPANASTATON; a.k.a. "SE"), Greece; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY (a.k.a. FARC-EP; a.k.a. FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA - EJERCITO DEL PUEBLO; a.k.a. "FARC DISSIDENTS FARC-EP"; a.k.a. "FARC-D FARC-EP"; a.k.a. "GAO-R FARC-EP"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL FARC-EP"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP FARC-EP"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS FARC-EP"), Colombia; Venezuela; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

REVOLUTIONARY CELLS (a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. "ELA"; a.k.a. "JUNE 78"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

REVOLUTIONARY CLASS AUTOAMYNA (a.k.a. REVOLUTIONARY CLASS SELF-DEFENSE (Greek: ΕΠΑΝΑΣΤΑΤΙΚΉ ΤΑΞΙΚΉ ΑΥΤΟΆΜΥΝΑ); a.k.a. "REVOLUTIONARY CLASS STRUGGLE"), Greece; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2024; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

REVOLUTIONARY CLASS SELF-DEFENSE (Greek: ΕΠΑΝΑΣΤΑΤΙΚΉ ΤΑΞΙΚΉ ΑΥΤΟΆΜΥΝΑ) (a.k.a. REVOLUTIONARY CLASS AUTOAMYNA; a.k.a. "REVOLUTIONARY CLASS STRUGGLE"), Greece; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2024; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

REVOLUTIONARY GUARD (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

REVOLUTIONARY GUARDS (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a.

REVOLUTIONARY GUARD; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

REVOLUTIONARY JUSTICE ORGANIZATION (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

REVOLUTIONARY LEFT (a.k.a. DEV SOL; a.k.a. DEV SOL ARMED REVOLUTIONARY UNITS; a.k.a. DEV SOL SDB; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DEVRIMCI SOL; a.k.a. DHKP/C; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

REVOLUTIONARY NUCLEI (a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. "ELA"; a.k.a. "JUNE 78"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT (a.k.a. DEV SOL; a.k.a. DEV SOL ARMED REVOLUTIONARY UNITS; a.k.a. DEV SOL SDB; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DEVRIMCI SOL; a.k.a. DHKP/C; a.k.a. REVOLUTIONARY LEFT); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

REVOLUTIONARY PEOPLE'S STRUGGLE (a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. "ELA"; a.k.a. "JUNE 78"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

REVOLUTIONARY POPULAR STRUGGLE (a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. "ELA"; a.k.a. "JUNE 78"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

REVOLUTIONARY STRUGGLE (a.k.a. EPANASTATIKOS AGHONAS), Greece; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

REX LOTO AD (a.k.a. REX LOTTO AD), 8 Silistra, Oborishte Distr., Sofia 1504, Bulgaria; Organization Established Date 2006; Government Gazette Number 175010714 (Bulgaria) [GLOMAG] (Linked To: VABO-2005 EOOD).

REX LOTTO AD (a.k.a. REX LOTO AD), 8 Silistra, Oborishte Distr., Sofia 1504, Bulgaria; Organization Established Date 2006; Government Gazette Number 175010714 (Bulgaria) [GLOMAG] (Linked To: VABO-2005 EOOD).

REXHEPI, Daut; DOB 1962; POB Poroj, Macedonia (individual) [BALKANS].

REY AIRLINES (a.k.a. REY HAVACILIK ITHALAT IHRACAT SANAYI VE TICARET ANONIM SIRKETI), NO: 38-6, Cobancesme Mahallesi, Istanbul 34197, Turkey; No: 3, D: 4 K. Cekmece, Besyol Mh. Florya Is Merkezi, Istanbul, Turkey; Website www.reyairlines.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 7340772541 (Turkey); Registration Number 939568-0 (Turkey) issued 19 Sep 2014; alt. Registration Number 937110 (Turkey) issued 19 Sep 2014 [SDGT] (Linked To: AMINI, Hossein Hafez).

REY HAVACILIK ITHALAT IHRACAT SANAYI VE TICARET ANONIM SIRKETI (a.k.a. REY AIRLINES), NO: 38-6, Cobancesme Mahallesi, Istanbul 34197, Turkey; No: 3, D: 4 K. Cekmece, Besyol Mh. Florya Is Merkezi, Istanbul, Turkey; Website www.reyairlines.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 7340772541 (Turkey); Registration Number 939568-0 (Turkey) issued 19 Sep 2014; alt. Registration Number 937110 (Turkey) issued 19 Sep 2014 [SDGT] (Linked To: AMINI, Hossein Hafez).

REY INVESTMENT COMPANY, 2nd and 3rd Floors, No. 14, Saba Boulevard, After Esfandiar Crossroad, Africa Boulevard, Tehran 1918973657, Iran; Website http://www.rey-co.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

REY NIROO ENGINEERING COMPANY (a.k.a. REY NIRU ENGINEERING COMPANY (Arabic: شرکت مهندسی ری نیرو)), Floor 4, No. 234, North Iranshahr St., Karimkhan Zand Blvd., Tehran, Iran; Website http://www.reyniroo.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102819429 (Iran); Registration Number 241189 (Iran) [IRAN] [IRAN-EO13876] (Linked

To: TADBIR ENERGY DEVELOPMENT GROUP CO.).

REY NIRU ENGINEERING COMPANY (Arabic: شرکت مهندسی ری نیرو) (a.k.a. REY NIROO ENGINEERING COMPANY), Floor 4, No. 234, North Iranshahr St., Karimkhan Zand Blvd., Tehran, Iran; Website http://www.reyniroo.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102819429 (Iran); Registration Number 241189 (Iran) [IRAN] [IRAN-EO13876] (Linked To: TADBIR ENERGY DEVELOPMENT GROUP CO.).

REYCO GMBH GERMANY (a.k.a. REYCO GMBH.), Karlstrasse 19, Dinslaken, Nordrhein-Westfalen 46535, Germany; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

REYCO GMBH. (a.k.a. REYCO GMBH GERMANY), Karlstrasse 19, Dinslaken, Nordrhein-Westfalen 46535, Germany; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

REYES ENRIQUEZ, Luis, Mexico; DOB 21 Jun 1973; POB Veracruz; alt. POB Molango de Escamilla, Hidalgo; nationality Mexico; citizen Mexico; C.U.R.P. REEL730621HVZYNS07 (Mexico) (individual) [SDNTK].

REYES GARZA, Agustin (a.k.a. "DON PILO"), c/o ESTETIC CARR DE OCCIDENTE, S.A. DE C.V., Guadalajara, Mexico; c/o ESTETICA CAR WASH S.A. DE C.V., Zapopan, Jalisco, Mexico; Calle Violetas No. 371, Colonia Las Bodegas, Zapopan, Jalisco, Mexico; Calle Comercio No. 50, Colonia Escandon, Delegacion Miguel Hidalgo, Mexico City, Distrito Federal C.P. 11800, Mexico; Calle Milpa No. 87, Colonia El Vigia, Zapopan, Jalisco C.P. 45100, Mexico; Calle Persianas No. 204, Colonia Pensador Mexicano, Delegacion Venustiano Carranza, Mexico City, Distrito Federal C.P. 15510, Mexico; DOB 21 Aug 1957; POB Guadalajara, Jalisco, Mexico; alt. POB Tamaulipas, Mexico; R.F.C. REGA570821RCA (Mexico) (individual) [SDNTK].

REYES MAGANA, Felipe, Calle Juan Jose Arreola #535, Col. Lomas Vista Hermosa, Colima, Colima, Mexico; DOB 11 Oct 1967; POB Tonila, Jalsico; C.U.R.P. REMF671011HJCYGL02 (Mexico); RFC REMF671011QH1 (Mexico) (individual) [SDNTK] (Linked To: OPERADORA Y ADMINISTRADORA DE RESTAURANTES Y BARES RUDU, S.A. DE C.V.; Linked To: CASA

EL VIEJO LUIS DISTRIBUIDORA, S.A. DE C.V.).

REYES OCHOA, Celia (a.k.a. REYES OCHOA, Celia Margarita), Managua, Nicaragua; DOB 16 Sep 1983; POB Matagalpa, Nicaragua; nationality Nicaragua; Gender Female; National ID No. 4411609830008V (Nicaragua) (individual) [NICARAGUA].

REYES OCHOA, Celia Margarita (a.k.a. REYES OCHOA, Celia), Managua, Nicaragua; DOB 16 Sep 1983; POB Matagalpa, Nicaragua; nationality Nicaragua; Gender Female; National ID No. 4411609830008V (Nicaragua) (individual) [NICARAGUA].

REYES RAMIREZ, Leonardo Ovidio, Villa Fontana, Club Terraza 2 C, Oeste, 1 C, Sur 25 VRS, Oeste Casa 137, Managua, Nicaragua; DOB 03 Apr 1965; POB Chinandega, Nicaragua; nationality Nicaragua; Gender Male; Passport A00000794 (Nicaragua) issued 28 Mar 2014 expires 28 Mar 2024; National ID No. 0810304650001P (Nicaragua) (individual) [NICARAGUA].

REYES RIVERO, Luis Gerardo, Venezuela; DOB 16 Feb 1973; POB Venezuela; nationality Venezuela; Gender Male; Cedula No. V11879256 (Venezuela) (individual) [VENEZUELA].

REYES, Abubakar (a.k.a. ABDILLAH, Abubakar; a.k.a. ABDILLAH, Ustadz Abubakar; a.k.a. CASTRO, Jorge; a.k.a. DE LOS REYES, Feliciano; a.k.a. DE LOS REYES, Feliciano Abubakar; a.k.a. DELOS REYES Y SEMBERIO, Feleciano; a.k.a. DELOS REYES, Feleciano Semberio; a.k.a. DELOS REYES, Feliciano Sembrio, Jr.; a.k.a. DELOS REYES, Ustadz Abubakar; a.k.a. "ABDILLAH, Abdul"); DOB 04 Nov 1963; POB Arco, Lamitan, Basilan Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

REYHANI, Bahman (Arabic: بهمن ریحانی), Kermanshah, Iran; DOB 20 Feb 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport E51007873 (Iran) expires 30 Sep 2024 (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

REYHANI, Jaber (a.k.a. REIHANI, Jaber (Arabic: جابر ریحانی)), Iran; Venezuela; DOB 28 Aug 1968; POB Sarab, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID

No. 1652948600 (Iran) (individual) [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

REYNA FELIX, Ismael, Mexico; DOB 18 Dec 1978; POB Baja California, Mexico; citizen Mexico; Gender Male; R.F.C. REFI781218BI4 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

REYNOLDS AERO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU REINOLDS; a.k.a. OOO REINOLDS; a.k.a. REYNOLDS GAS TURBINES; a.k.a. REYNOLDS LIMITED LIABILITY COMPANY), 9 str. 21, Ul. Godovikova, Moscow 129085, Russia; 9 str. 17, Ul. Godovikova, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731390782 (Russia); Registration Number 5177746181135 (Russia) [RUSSIA-EO14024].

REYNOLDS AND WILSON, LTD., 21 Victoria Road, Surbiton, Surrey KT6 4LK, United Kingdom [IRAQ2].

REYNOLDS GAS TURBINES (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU REINOLDS; a.k.a. OOO REINOLDS; a.k.a. REYNOLDS AERO; a.k.a. REYNOLDS LIMITED LIABILITY COMPANY), 9 str. 21, Ul. Godovikova, Moscow 129085, Russia; 9 str. 17, Ul. Godovikova, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731390782 (Russia); Registration Number 5177746181135 (Russia) [RUSSIA-EO14024].

REYNOLDS LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU REINOLDS; a.k.a. OOO REINOLDS; a.k.a. REYNOLDS AERO; a.k.a. REYNOLDS GAS TURBINES), 9 str. 21, Ul. Godovikova, Moscow 129085, Russia; 9 str. 17, Ul. Godovikova, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731390782 (Russia); Registration Number 5177746181135 (Russia) [RUSSIA-EO14024].

REZA SAKAN DASTGIRI AND PARTNERS LIABILITY PARTNERSHIP (a.k.a. JOINT PARTNERSHIP OF REZA SAKAN DASTGIRI AND ASSOCIATES; a.k.a. REZA SAKAN DASTGIRI AND PARTNERS MAKU FREE ZONE TAZAMONI COMPANY; a.k.a. TAZAMONI REZA SAKAN DASTGIRI VA SHORAK; a.k.a. "SAKAN EXCHANGE"), No.

22, First Floor, Islaelzadeh Building, Shahid Javad Ghanbari Street, Bazargan, Maku Free Trade Zone, West Azerbaijan, Iran; Unit 22, Bostan Building, Shahid Javad Ghanbari Street, Bazargan, Maku, West Azerbaijan, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 14003282053 (Iran); Business Registration Number 905 (Iran) [SDGT] [IFSR] (Linked To: DASTGIRI, Reza Sakan).

REZA SAKAN DASTGIRI AND PARTNERS MAKU FREE ZONE TAZAMONI COMPANY (a.k.a. JOINT PARTNERSHIP OF REZA SAKAN DASTGIRI AND ASSOCIATES; a.k.a. REZA SAKAN DASTGIRI AND PARTNERS LIABILITY PARTNERSHIP; a.k.a. TAZAMONI REZA SAKAN DASTGIRI VA SHORAK; a.k.a. "SAKAN EXCHANGE"), No. 22, First Floor, Islaelzadeh Building, Shahid Javad Ghanbari Street, Bazargan, Maku Free Trade Zone, West Azerbaijan, Iran; Unit 22, Bostan Building, Shahid Javad Ghanbari Street, Bazargan, Maku, West Azerbaijan, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 14003282053 (Iran); Business Registration Number 905 (Iran) [SDGT] [IFSR] (Linked To: DASTGIRI, Reza Sakan).

REZAEI, Bahram (a.k.a. RIZAI, Bahram), Tehran, Iran; DOB 24 Feb 1982; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0451423968 (Iran) (individual) [NPWMD] [IFSR] (Linked To: FANAVARI ELECTRO MOJ MOBIN COMPANY).

REZAEI, Ghasem (a.k.a. REZAEI, Qasem (Arabic: قاسم رضایی); a.k.a. REZAEI, Qassem; a.k.a. REZAI, Qasem; a.k.a. REZAYEE, Qassem; a.k.a. REZAYI REZA, Ghasem), Iran; DOB 27 Sep 1961; POB Abhar City, Zanjan Province, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10005996 (Iran); National ID No. 4410232436 (Iran) (individual) [IRAN-HR].

REZAEI, Mohammad (a.k.a. REZAI, Mohammad (Arabic: محمد رضائی); a.k.a. REZAI, Mohammad Ahmad), Iran; DOB 21 Apr 1964; POB Kashan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 6199843703 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

REZAEI, Mohsen (a.k.a. REZA'I, Mohsen; a.k.a. REZAI, Mohsen), Iran; DOB 1954; POB Masjed-e Soleyman, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

REZAEI, Qasem (Arabic: قاسم رضایی) (a.k.a. REZAEI, Ghasem; a.k.a. REZAEI, Qassem; a.k.a. REZAI, Qasem; a.k.a. REZAYEE, Qassem; a.k.a. REZAYI REZA, Ghasem), Iran; DOB 27 Sep 1961; POB Abhar City, Zanjan Province, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10005996 (Iran); National ID No. 4410232436 (Iran) (individual) [IRAN-HR].

REZAEI, Qassem (a.k.a. REZAEI, Ghasem; a.k.a. REZAEI, Qasem (Arabic: قاسم رضایی); a.k.a. REZAI, Qasem; a.k.a. REZAYEE, Qassem; a.k.a. REZAYI REZA, Ghasem), Iran; DOB 27 Sep 1961; POB Abhar City, Zanjan Province, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10005996 (Iran); National ID No. 4410232436 (Iran) (individual) [IRAN-HR].

REZA'I, Abolfazl (a.k.a. MASHKANI, Abolfazl Ramezanzadeh; a.k.a. MOSHKANI, Abolfazl Ramazanzadeh), Tehran, Iran; DOB 11 Jun 1988; POB Kashan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1263617549 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

REZAI, Mohammad (Arabic: محمد رضائی) (a.k.a. REZAEI, Mohammad; a.k.a. REZAI, Mohammad Ahmad), Iran; DOB 21 Apr 1964; POB Kashan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 6199843703 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

REZAI, Mohammad Ahmad (a.k.a. REZAEI, Mohammad; a.k.a. REZAI, Mohammad (Arabic: محمد رضائی)), Iran; DOB 21 Apr 1964; POB Kashan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary

Sanctions; Gender Male; National ID No. 6199843703 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

REZAI, Mohsen (a.k.a. REZAEI, Mohsen; a.k.a. REZA'I, Mohsen), Iran; DOB 1954; POB Masjed-e Soleyman, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

REZA'I, Mohsen (a.k.a. REZAEI, Mohsen; a.k.a. REZAI, Mohsen), Iran; DOB 1954; POB Masjed-e Soleyman, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

REZAI, Morteza (a.k.a. REZAIE, Morteza); DOB circa 1956; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

REZAI, Qasem (a.k.a. REZAEI, Ghasem; a.k.a. REZAEI, Qasem (Arabic: قاسم رضایی); a.k.a. REZAEI, Qassem; a.k.a. REZAYEE, Qassem; a.k.a. REZAYI REZA, Ghasem), Iran; DOB 27 Sep 1961; POB Abhar City, Zanjan Province, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10005996 (Iran); National ID No. 4410232436 (Iran) (individual) [IRAN-HR].

REZAIE, Morteza (a.k.a. REZAI, Morteza); DOB circa 1956; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

REZAKHAH, Mohammad Reza (a.k.a. REZAKHAH, Mohammed Reza); DOB 04 Aug 1978; nationality Iran (individual) [TCO] (Linked To: AJILY SOFTWARE PROCUREMENT GROUP).

REZAKHAH, Mohammed Reza (a.k.a. REZAKHAH, Mohammad Reza); DOB 04 Aug 1978; nationality Iran (individual) [TCO] (Linked To: AJILY SOFTWARE PROCUREMENT GROUP).

REZAVI, Mortaza (a.k.a. RAZAVI, Morteza; a.k.a. RAZAVI, Seyed Morteza); DOB 09 Apr 1973; POB Tehran, Iran; Additional Sanctions

Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR].

REZAYEE, Qassem (a.k.a. REZAEI, Ghasem; a.k.a. REZAEI, Qasem (Arabic: قاسم رضایی); a.k.a. REZAEI, Qassem; a.k.a. REZAI, Qasem; a.k.a. REZAYI REZA, Ghasem), Iran; DOB 27 Sep 1961; POB Abhar City, Zanjan Province, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10005996 (Iran); National ID No. 4410232436 (Iran) (individual) [IRAN-HR].

REZAYI REZA, Ghasem (a.k.a. REZAEI, Ghasem; a.k.a. REZAEI, Qasem (Arabic: قاسم رضایی); a.k.a. REZAEI, Qassem; a.k.a. REZAI, Qasem; a.k.a. REZAYEE, Qassem), Iran; DOB 27 Sep 1961; POB Abhar City, Zanjan Province, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10005996 (Iran); National ID No. 4410232436 (Iran) (individual) [IRAN-HR].

REZAYI, Mehdi (a.k.a. MEHDI, Rezaei; a.k.a. PORSAFI, Shahram; a.k.a. POURSAFI, Shahram; a.k.a. PURSAFI, Shahram), Syria; DOB 21 Sep 1976; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

REZNIK, Vladislav Matusovich (Cyrillic: РЕЗНИК, Владислав Матусович), Moscow, Russia; DOB 17 May 1954; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

REZONIT, Solnechnaya alleya D. 6, Zelenograd 124527, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5044031157 (Russia); Registration Number 1037739154870 (Russia) [RUSSIA-EO14024].

REZVANI, Ali (Arabic: علی رضوانی), Tehran, Iran; DOB 19 Dec 1984; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

REZVANIANZADE, Mohammad Reza (a.k.a. REZVANIANZADEH, Mohammad Reza; a.k.a. REZVANIANZADEH, Mohammed Reza; a.k.a. REZVANYANZADEH, Mohammadreza); DOB 11 Dec 1969; POB Ardestan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10506469 (Iran) expires 12 Dec 2022 (individual) [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

REZVANIANZADEH, Mohammad Reza (a.k.a. REZVANIANZADE, Mohammad Reza; a.k.a. REZVANIANZADEH, Mohammed Reza; a.k.a. REZVANYANZADEH, Mohammadreza); DOB 11 Dec 1969; POB Ardestan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10506469 (Iran) expires 12 Dec 2022 (individual) [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

REZVANIANZADEH, Mohammed Reza (a.k.a. REZVANIANZADE, Mohammad Reza; a.k.a. REZVANIANZADEH, Mohammad Reza; a.k.a. REZVANYANZADEH, Mohammadreza); DOB 11 Dec 1969; POB Ardestan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10506469 (Iran) expires 12 Dec 2022 (individual) [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

REZVANYANZADEH, Mohammadreza (a.k.a. REZVANIANZADE, Mohammad Reza; a.k.a. REZVANIANZADEH, Mohammad Reza; a.k.a. REZVANIANZADEH, Mohammed Reza); DOB 11 Dec 1969; POB Ardestan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10506469 (Iran) expires 12 Dec 2022 (individual) [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

RFC-BANK (a.k.a. AO RFK-BANK; a.k.a. BANK ROSSISKAYA FINANSOVAYA KORPORATSIYA AKTSIONERNOE OBSHCHESTVO; a.k.a. RUSSIAN FINANCIAL CORPORATION; a.k.a. RUSSIAN FINANCIAL CORPORATION BANK JSC), St. George's Lane, D. 1, p. 1, Moscow 125009, Russia; d. 1 korp, 1 per. Georgievski, Moscow 125009, Russia; SWIFT/BIC RFCBRUMM; BIK (RU) 044525257; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3] [RUSSIA-EO14024].

RFK AKHMAT (a.k.a. AKHMAT GROZNY; a.k.a. FC AKHMAT GROZNY; a.k.a. RESPUBLIKANSKII FUTBOLNYI KLUB AKHMAT; a.k.a. RFK AKHMAT GROZNY), Ul im s.sh.lorsanova 3, G Groznyi, Russia; Business Registration Number RU45275964 (Russia) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

RFK AKHMAT GROZNY (a.k.a. AKHMAT GROZNY; a.k.a. FC AKHMAT GROZNY; a.k.a. RESPUBLIKANSKII FUTBOLNYI KLUB AKHMAT; a.k.a. RFK AKHMAT), Ul im s.sh.lorsanova 3, G Groznyi, Russia; Business Registration Number RU45275964 (Russia) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

RG GENERAL TRADING FZE (a.k.a. RG GROUP FZE (Arabic: ار جی جروب); a.k.a. THE RAHMANI GROUP), Saif Office Q1-03-044/C, P.O. Box 514280, Sharjah, United Arab Emirates; Organization Established Date 11 Jul 2016; Trade License No. 16816 (United Arab Emirates); Legal Entity Number 894500411FLFDQDDV988; Economic Register Number (CBLS) 11618292 (United Arab Emirates) [GLOMAG] (Linked To: RAHMANI, Ajmal).

RG GROUP FZE (Arabic: ار جی جروب) (a.k.a. RG GENERAL TRADING FZE; a.k.a. THE RAHMANI GROUP), Saif Office Q1-03-044/C, P.O. Box 514280, Sharjah, United Arab Emirates; Organization Established Date 11 Jul 2016; Trade License No. 16816 (United Arab Emirates); Legal Entity Number 894500411FLFDQDDV988; Economic Register Number (CBLS) 11618292 (United Arab Emirates) [GLOMAG] (Linked To: RAHMANI, Ajmal).

RG HOLDINGS LTD, 6 Aftokratora Ioustinianou Street, 58 Rita Court, Flat 203, Makedonitissa, Engomi, Nicosia 2413, Cyprus; Organization Established Date 06 Jul 2015; Company Number C344952 (Cyprus) [GLOMAG] (Linked To: RAHMANI, Ajmal).

RG IMMOPROJEKT GMBH & CO. KG (a.k.a. RG IMMOPROJEKT GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 25 Oct 2021; Registration Number HRA 738414 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

RG IMMOPROJEKT GMBH AND CO. KG (a.k.a. RG IMMOPROJEKT GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 25 Oct 2021; Registration Number HRA 738414 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

RG NEDRA 1 LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РГ НЕДРА 1) (a.k.a. FEDOROVSKOE LLC; a.k.a. FEDOROVSKOE OOO (Cyrillic: ФЕДОРОВСКОЕ ООО)), 69 Novocheremushkinskaya St., Moscow 117418, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7604330100 (Russia); Registration Number 1177627026257 (Russia) [RUSSIA-EO14024] (Linked To: USM GOLD LIMITED LIABILITY COMPANY).

RG REAL ESTATE DEVELOPMENT GMBH & CO. KG (a.k.a. RG REAL ESTATE DEVELOPMENT GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 16 Sep 2020; Registration Number HRA 737089 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

RG REAL ESTATE DEVELOPMENT GMBH AND CO. KG (a.k.a. RG REAL ESTATE DEVELOPMENT GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 16 Sep 2020; Registration Number HRA 737089 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

RG REAL ESTATE GMBH & CO. KG (a.k.a. RG REAL ESTATE GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 17 Sep 2020; Registration Number HRA 737097 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

RG REAL ESTATE GMBH AND CO. KG (a.k.a. RG REAL ESTATE GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 17 Sep 2020; Registration Number HRA 737097 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

RG SOLUTIONS LIMITED, Room 606, 6/F, Celebrity Commercial Center, 64 Castle Peak Road, Sham Shui Po, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2014; Commercial Registry Number 2115045 (Hong Kong); Business Registration Number 63526362 (Hong Kong) [RUSSIA-EO14024].

RGS KHOLDING (a.k.a. OOO RGS HOLDING (Cyrillic: ООО РГС ХОЛДИНГ)), ul. Kievskaya, d. 7, et/kom 2A/2, Moscow 121059, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Aug 2013; Tax ID No. 7730691642 (Russia); Registration Number 1137746769610 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

RGU NEFTI I GAZA NIU IMENI IM GUBKINA FGU (a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER VOCATIONAL EDUCATION GUBKIN RUSSIAN STATE UNIVERSITY OF OIL AND GAS; a.k.a. GUBKIN UNIVERSITY; a.k.a. NATIONAL UNIVERSITY OF OIL AND GAS GUBKIN UNIVERSITY), 65 Leninsky Prospekt, Moscow 119991, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Sep 1997; Tax ID No. 7736093127 (Russia); Government Gazette Number 02066612 (Russia); Registration Number 1027739073845 (Russia) [RUSSIA-EO14024].

RH LITMAN, S. DE R.L. DE C.V., Guadalajara, Jalisco, Mexico; Organization Established Date 11 Jun 2019; Organization Type: Other business support service activities n.e.c.; Folio Mercantil No. N-2019055144 (Mexico) [ILLICIT-DRUGS-EO14059].

RHEINGOLD EDELMETALL AG, Schliessa 16, Triesen 9495, Liechtenstein; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Oct 2013; Legal Entity Number 529900GOU6HP25LK7R63; Registration Number FL-0002.465.218-0 (Liechtenstein) [RUSSIA-EO14024].

RHEINGOLD EDELMETALL GMBH, Gewerbepark Edelweiss 2, Weissensberg 88138, Germany; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Nov 2015; Registration Number HRB 15254 (Germany) [RUSSIA-EO14024] (Linked To: RHEINGOLD EDELMETALL AG).

RHINE SHIPPING DMCC (Arabic: راين شيينغ م.د.م.س), 3903 JBC 1, Dubai, United Arab Emirates; Website www.rhine-shipping.com; Organization Established Date Apr 2016; License DMCC-188401 (United Arab Emirates); Economic Register Number (CBLS) 11459504 (United Arab Emirates) [IRAN-EO13902] (Linked To: SAID, Salim Ahmed).

RHYTHM OF EURASIA (Cyrillic: РИТМ ЕВРАЗИИ), Russia; Website www.ritmeurasia.org [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

RI, Chae-Il (a.k.a. RI, Jae Il), Korea, North; DOB 01 Jan 1934 to 31 Dec 1934; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; First Vice Director of the Workers' Party of Korea Propaganda and Agitation Department (individual) [DPRK2].

RI, Chang Ho (Korean: 리창호) (a.k.a. "LEE, Chang Ho"; a.k.a. "RHEE, Chang Ho"), Korea, North; DOB 1967; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director of Korean People's Army, Reconnaissance General Bureau (individual) [DPRK2].

RI, Che-Son (a.k.a. RI, Je-Son), c/o General Bureau of Atomic Energy, Haeudong, Pyongchen District, Pyongyang, Korea, North; DOB 1938; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

RI, Chin-hyo'k (a.k.a. RI, Jin Hyok), Zhuhai, China; DOB 20 Feb 1983; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited

For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563120232 (Korea, North) (individual) [DPRK3] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

RI, Chong Chol (a.k.a. RI, Jong Chol); DOB 12 Apr 1970; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 199110092 (Korea, North) expires 17 Mar 2014; alt. Passport 472220503 (Korea, North) expires 06 Jun 2018; alt. Passport 654220197 (Korea, North) expires 07 May 2019 (individual) [DPRK2] (Linked To: KOREA MINING DEVELOPMENT TRADING CORPORATION).

RI, Cho'ng-Wo'n (a.k.a. RI, Jong Won; a.k.a. RI, Jung Won), Moscow, Russia; DOB 22 Apr 1971; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS654320421 expires 11 Mar 2019 (individual) [DPRK2].

RI, Chun Hwan (a.k.a. RI, Ch'un-hwan), Zhuhai, China; DOB 21 Aug 1957; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563233049 expires 09 May 2018; Foreign Trade Bank of the Democratic People's Republic of Korea representative (individual) [DPRK2].

RI, Chun Song (a.k.a. RI, Ch'un-so'ng), Beijing, China; DOB 30 Oct 1965; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654133553 expires 11 Mar 2019; Foreign Trade Bank of the Democratic People's Republic of Korea representative (individual) [DPRK2].

RI, Ch'un-hwan (a.k.a. RI, Chun Hwan), Zhuhai, China; DOB 21 Aug 1957; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions

Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563233049 expires 09 May 2018; Foreign Trade Bank of the Democratic People's Republic of Korea representative (individual) [DPRK2].

RI, Ch'un-so'ng (a.k.a. RI, Chun Song), Beijing, China; DOB 30 Oct 1965; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654133553 expires 11 Mar 2019; Foreign Trade Bank of the Democratic People's Republic of Korea representative (individual) [DPRK2].

RI, Eun Song (a.k.a. RI, Un Song; a.k.a. RI, U'n-so'ng), Moscow, Russia; DOB 23 Jul 1969; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea United Development Bank representative (individual) [DPRK4].

RI, Ho Nam (a.k.a. RI, Ho-nam), Beijing, China; DOB 03 Jan 1967; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654120210 expires 21 Feb 2019; Ryugyong Commercial Bank representative (individual) [DPRK4].

RI, Ho-nam (a.k.a. RI, Ho Nam), Beijing, China; DOB 03 Jan 1967; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654120210 expires 21 Feb 2019; Ryugyong Commercial Bank representative (individual) [DPRK4].

RI, Hong-il (a.k.a. LI, Hong Ri (Chinese Simplified: 李红日); a.k.a. LI, Hongri), China; DOB 05 Jul 1964; nationality China; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations

section 510.214 (individual) [DPRK3] (Linked To: RI, Song-hyok).

RI, Hong-Sop, c/o General Bureau of Atomic Energy, Haeudong, Pyongchen District, Pyongyang, Korea, North; DOB 1940; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

RI, Jae Il (a.k.a. RI, Chae-Il), Korea, North; DOB 01 Jan 1934 to 31 Dec 1934; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; First Vice Director of the Workers' Party of Korea Propaganda and Agitation Department (individual) [DPRK2].

RI, Je-Son (a.k.a. RI, Che-Son), c/o General Bureau of Atomic Energy, Haeudong, Pyongchen District, Pyongyang, Korea, North; DOB 1938; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

RI, Jin Hyok (a.k.a. RI, Chin-hyo'k), Zhuhai, China; DOB 20 Feb 1983; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563120232 (Korea, North) (individual) [DPRK3] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

RI, Jong Chol (a.k.a. RI, Chong Chol); DOB 12 Apr 1970; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 199110092 (Korea, North) expires 17 Mar 2014; alt. Passport 472220503 (Korea, North) expires 06 Jun 2018; alt. Passport 654220197 (Korea, North) expires 07 May 2019 (individual) [DPRK2] (Linked To:

KOREA MINING DEVELOPMENT TRADING CORPORATION).

RI, Jong Won (a.k.a. RI, Cho'ng-Wo'n; a.k.a. RI, Jung Won), Moscow, Russia; DOB 22 Apr 1971; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS654320421 expires 11 Mar 2019 (individual) [DPRK2].

RI, Jung Won (a.k.a. RI, Cho'ng-Wo'n; a.k.a. RI, Jong Won), Moscow, Russia; DOB 22 Apr 1971; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS654320421 expires 11 Mar 2019 (individual) [DPRK2].

RI, Man Gon, Korea, North; DOB 1945; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

RI, Myong Hun (a.k.a. RI, Myo'ng-hun), Korea, North; DOB 14 Mar 1969; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 381420089 expires 11 Oct 2016 (individual) [DPRK2].

RI, Myo'ng-hun (a.k.a. RI, Myong Hun), Korea, North; DOB 14 Mar 1969; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 381420089 expires 11 Oct 2016 (individual) [DPRK2].

RI, Pyong Chol (a.k.a. RI, Pyo'ng-ch'o'l), Korea, North; DOB 01 Jan 1948 to 31 Dec 1948; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; First Vice Department Director of the Workers' Party of Korea Central Committee (individual) [DPRK2].

RI, Pyo'ng-ch'o'l (a.k.a. RI, Pyong Chol), Korea, North; DOB 01 Jan 1948 to 31 Dec 1948; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; First Vice Department Director of the Workers' Party of Korea Central Committee (individual) [DPRK2].

RI, Sok, Dandong, China; DOB 28 Jul 1973; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK3] (Linked To: AIR KORYO).

RI, Song Chol (a.k.a. RI, So'ng-ch'o'l), Korea, North; DOB 15 Aug 1959; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290210124 (Korea, North) expires 24 May 2015; Ministry of People's Security Counselor (individual) [DPRK3] (Linked To: MINISTRY OF PEOPLE'S SECURITY).

RI, Song Un, Ulaanbaatar, Mongolia; DOB 16 Dec 1955; POB N. Hwanghae, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 836110063 (Korea, North) issued 04 Feb 2016 expires 04 Feb 2021; Economic and Commercial Counsellor at DPRK Embassy in Mongolia (individual) [DPRK2].

RI, So'ng-ch'o'l (a.k.a. RI, Song Chol), Korea, North; DOB 15 Aug 1959; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290210124 (Korea, North) expires 24 May 2015; Ministry of People's Security Counselor (individual) [DPRK3] (Linked To: MINISTRY OF PEOPLE'S SECURITY).

RI, Song-hyok (a.k.a. LI, Cheng He), Beijing, China; DOB 19 Mar 1965; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654234735 (Korea, North) (individual) [DPRK3].

RI, Su Yong, Cuba; DOB 25 Jun 1968; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654310175; Korea Ryonbong General Corporation Official (individual) [NPWMD] (Linked To: KOREA RYONBONG GENERAL CORPORATION).

RI, Sung Il (a.k.a. RI, Su'ng-il), Tehran, Iran; DOB 10 Dec 1966; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK] (Linked To: GREEN PINE ASSOCIATED CORPORATION).

RI, Su'ng-il (a.k.a. RI, Sung Il), Tehran, Iran; DOB 10 Dec 1966; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK] (Linked To: GREEN PINE ASSOCIATED CORPORATION).

RI, Tae-Chol (a.k.a. RI, T'ae-Ch'o'l; a.k.a. RI, Thae Chol); DOB 01 Jan 1947 to 31 Dec 1947; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; DPRK First Vice Minister of People's Security (individual) [DPRK2] (Linked To: KOREAN PEOPLE'S ARMY).

RI, T'ae-Ch'o'l (a.k.a. RI, Tae-Chol; a.k.a. RI, Thae Chol); DOB 01 Jan 1947 to 31 Dec 1947; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By

U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; DPRK First Vice Minister of People's Security (individual) [DPRK2] (Linked To: KOREAN PEOPLE'S ARMY).

RI, Thae Chol (a.k.a. RI, Tae-Chol; a.k.a. RI, T'ae-Ch'o'l); DOB 01 Jan 1947 to 31 Dec 1947; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; DPRK First Vice Minister of People's Security (individual) [DPRK2] (Linked To: KOREAN PEOPLE'S ARMY).

RI, Tok Jin (a.k.a. RI, To'k-chin), Ji'an, China; DOB 26 Jul 1957; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea Ryonbong General Corporation Representative in Ji'an, China (individual) [DPRK2].

RI, To'k-chin (a.k.a. RI, Tok Jin), Ji'an, China; DOB 26 Jul 1957; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea Ryonbong General Corporation Representative in Ji'an, China (individual) [DPRK2].

RI, Tong Hyok (a.k.a. RI, Tong-Hyo'k), Shenyang, China; DOB 27 Nov 1975; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

RI, Tong-Hyo'k (a.k.a. RI, Tong Hyok), Shenyang, China; DOB 27 Nov 1975; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations

section 510.214 (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

RI, Un Song (a.k.a. RI, Eun Song; a.k.a. RI, U'n-so'ng), Moscow, Russia; DOB 23 Jul 1969; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea United Development Bank representative (individual) [DPRK4].

RI, U'n-so'ng (a.k.a. RI, Eun Song; a.k.a. RI, Un Song), Moscow, Russia; DOB 23 Jul 1969; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea United Development Bank representative (individual) [DPRK4].

RI, Won Ho, Egypt; DOB 17 Jul 1964; citizen Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 381310014 (Korea, North) expires 12 Jul 2016; North Korea's Ministry of State Security Official (individual) [DPRK2].

RI, Yong Gi (a.k.a. RI, Yong Gil; a.k.a. RI, Yo'ng-kil; a.k.a. YI, Yo'ng-kil), Korea, North; DOB 01 Jan 1955 to 31 Dec 1955; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

RI, Yong Gil (a.k.a. RI, Yong Gi; a.k.a. RI, Yo'ng-kil; a.k.a. YI, Yo'ng-kil), Korea, North; DOB 01 Jan 1955 to 31 Dec 1955; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

RI, Yong Mu (a.k.a. RI, Yong-Mu), Korea, North; DOB 25 Jan 1925; POB South Pyo'ngan Province, Pyo'ngso'ng; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions

Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vice Chairman of the National Defense Commission (individual) [DPRK2] (Linked To: NATIONAL DEFENSE COMMISSION).

RI, Yo'ng-kil (a.k.a. RI, Yong Gi; a.k.a. RI, Yong Gil; a.k.a. YI, Yo'ng-kil), Korea, North; DOB 01 Jan 1955 to 31 Dec 1955; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

RI, Yong-Mu (a.k.a. RI, Yong Mu), Korea, North; DOB 25 Jan 1925; POB South Pyo'ngan Province, Pyo'ngso'ng; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vice Chairman of the National Defense Commission (individual) [DPRK2] (Linked To: NATIONAL DEFENSE COMMISSION).

RIAK RENGU, Malek Reuben (a.k.a. REUBEN, Malek; a.k.a. RUBEN, Malek), Juba, South Sudan; DOB 01 Jan 1960; POB Yei, South Sudan; nationality South Sudan; Gender Male; Passport S00001537 (South Sudan); alt. Passport B0810167 (Sudan); Personal ID Card M6000000000817 (South Sudan); Deputy Chief of Defense Force and Inspector General of the Sudan People's Liberation Army; First Lieutenant General (individual) [SOUTH SUDAN].

RIAK, Jock (a.k.a. JOK RIAK, Gabriel; a.k.a. JOK, Gabriel; a.k.a. MAKOL, Gabriel Jok Riak; a.k.a. MAKOL, Jok Riak; a.k.a. RIAK, Jok), Wau, Western Bahr El Ghazal State, South Sudan; Unity State, South Sudan; DOB 1966; POB Bor, South Sudan; alt. POB Bor, Sudan; nationality South Sudan; Lieutenant General; Sector One Commander (individual) [SOUTH SUDAN].

RIAK, Jok (a.k.a. JOK RIAK, Gabriel; a.k.a. JOK, Gabriel; a.k.a. MAKOL, Gabriel Jok Riak; a.k.a. MAKOL, Jok Riak; a.k.a. RIAK, Jock), Wau, Western Bahr El Ghazal State, South Sudan; Unity State, South Sudan; DOB 1966; POB Bor, South Sudan; alt. POB Bor, Sudan; nationality South Sudan; Lieutenant General; Sector One Commander (individual) [SOUTH SUDAN].

RIBALSKI, Yaakov (a.k.a. RABALSKY, Jacob; a.k.a. RIBALSKY, Yaakov; a.k.a. RIBALSKY, Yakov; a.k.a. RYBALSKIY, Yakov; a.k.a. RYBALSKY, Yaakov), Rashi 9/3, Sharon, Israel; DOB 08 Aug 1954; alt. DOB 08 Aug 1950; citizen Israel; Passport 7959978 (Israel); alt. Passport R5408081 (Israel); alt. Passport 9001681 (Israel) (individual) [TCO].

RIBALSKY, Yaakov (a.k.a. RABALSKY, Jacob; a.k.a. RIBALSKI, Yaakov; a.k.a. RIBALSKY, Yakov; a.k.a. RYBALSKIY, Yakov; a.k.a. RYBALSKY, Yaakov), Rashi 9/3, Sharon, Israel; DOB 08 Aug 1954; alt. DOB 08 Aug 1950; citizen Israel; Passport 7959978 (Israel); alt. Passport R5408081 (Israel); alt. Passport 9001681 (Israel) (individual) [TCO].

RIBALSKY, Yakov (a.k.a. RABALSKY, Jacob; a.k.a. RIBALSKI, Yaakov; a.k.a. RIBALSKY, Yaakov; a.k.a. RYBALSKIY, Yakov; a.k.a. RYBALSKY, Yaakov), Rashi 9/3, Sharon, Israel; DOB 08 Aug 1954; alt. DOB 08 Aug 1950; citizen Israel; Passport 7959978 (Israel); alt. Passport R5408081 (Israel); alt. Passport 9001681 (Israel) (individual) [TCO].

RICA'S PIZZA (a.k.a. AMG RICAS PIZZA; a.k.a. FUSION PIZZA & PARRILLA), Carrera 45 No. 24A-05, Bogota, Colombia; Matricula Mercantil No 1323961 (Colombia) [SDNTK].

RICCIO, Mariano (a.k.a. RICCIO, Mario); DOB 28 Jun 1991; POB Mugnano di Napoli, Italy (individual) [TCO].

RICCIO, Mario (a.k.a. RICCIO, Mariano); DOB 28 Jun 1991; POB Mugnano di Napoli, Italy (individual) [TCO].

RICHTEK HK ELECTRONIC CO LTD (a.k.a. RICHTEK HONGKONG ELECTRONIC CO LIMITED), Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Dec 2013; Business Registration Number 62427284 (Hong Kong) [RUSSIA-EO14024].

RICHTEK HONGKONG ELECTRONIC CO LIMITED (a.k.a. RICHTEK HK ELECTRONIC CO LTD), Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Dec 2013; Business Registration Number 62427284 (Hong Kong) [RUSSIA-EO14024].

RICHTER, Aurik (a.k.a. ABDOLLAHI, Mohammad), Esfahan, Iran; DOB 18 Sep 1992; POB Esfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: ELECTRO OPTIC SAIRAN INDUSTRIES CO.).

RICHWAY CONSTRUCTION ENGINEERING LIMITED, Hong Kong, China; Business Registration Number 52401658 (Hong Kong) [TCO] (Linked To: CHEN, Zhi).

RICO GONZALEZ, Douglas Arnoldo, Caracas, Venezuela; DOB 15 Jul 1965; alt. DOB 28 Sep 1969; POB Caracas, Venezuela; nationality Venezuela; Gender Male; Cedula No. V-6864238 (Venezuela) (individual) [VENEZUELA].

RIDA, Karim Hassan (a.k.a. AL-RIDA, Karim Hasan), Iraq; DOB 1944; Former Minister of Agriculture (individual) [IRAQ2].

RIDEN MONEY EXCHANGE (a.k.a. RADIN MONEY EXCHANGE; a.k.a. RAYDAYIN COMPANY; a.k.a. RAYDAYIN TURKEY; a.k.a. REDIN COMPANY; a.k.a. REDIN CONSULTING AND FOREIGN TRADE LIMITED COMPANY; a.k.a. REDIN CURRENCY EXCHANGE; a.k.a. REDIN DIS TICARET LTD. STI; a.k.a. REDIN EXCHANGE; a.k.a. REDIN GENERAL TRADE AND CARGO; a.k.a. REDIN MONEY EXCHANGE; a.k.a. RIDIN MONEY EXCHANGE), Balabanaga Mahallesi, Ordu Cd. No: 12, Kat:2, Fatih, Istanbul 34134, Turkey; Molla Gurani Mahallesi, Turgut Ozal Millet Cd. No: 38/34, Fatih, Istanbul 34093, Turkey; Incili Pinar Mahallesi, Nisantasi Sk. No: 13, Cazibe Is Merkezi, Kat: 8D:801, Sehitkamil, Gaziantep 27090, Turkey; No: 12-2 Laleli, Balabanaga Mahallesi, Ordu Caddesi, Fatih, Istanbul, Turkey; Email Address redin.antep@gmail.com; alt. Email Address redin.ist@gmail.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 3010560025 (Turkey); Registration Number 926549 (Turkey) [SDGT] (Linked To: HAMAS).

RIDIN MONEY EXCHANGE (a.k.a. RADIN MONEY EXCHANGE; a.k.a. RAYDAYIN COMPANY; a.k.a. RAYDAYIN TURKEY; a.k.a. REDIN COMPANY; a.k.a. REDIN CONSULTING AND FOREIGN TRADE LIMITED COMPANY; a.k.a. REDIN CURRENCY EXCHANGE; a.k.a. REDIN DIS TICARET LTD. STI; a.k.a. REDIN EXCHANGE; a.k.a. REDIN GENERAL TRADE AND CARGO; a.k.a. REDIN MONEY EXCHANGE; a.k.a. RIDEN MONEY EXCHANGE), Balabanaga Mahallesi, Ordu Cd. No: 12, Kat:2, Fatih, Istanbul 34134, Turkey; Molla Gurani Mahallesi, Turgut Ozal Millet Cd. No: 38/34, Fatih, Istanbul 34093, Turkey; Incili Pinar Mahallesi, Nisantasi Sk. No: 13, Cazibe Is Merkezi, Kat: 8D:801,

Sehitkamil, Gaziantep 27090, Turkey; No: 12-2 Laleli, Balabanaga Mahallesi, Ordu Caddesi, Fatih, Istanbul, Turkey; Email Address redin.antep@gmail.com; alt. Email Address redin.ist@gmail.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 3010560025 (Turkey); Registration Number 926549 (Turkey) [SDGT] (Linked To: HAMAS).

RIF CORPORATION, Ul. Dorozhnaya D 17/2, Voronezh 394062, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3665009866 (Russia); Registration Number 1023601542546 (Russia) [RUSSIA-EO14024].

RIFKI, Taufik (a.k.a. REFKE, Taufek; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

RIFQI, Taufik (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

RIFQI, Tawfiq (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug

1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

RIGHTEOUS DECISION-MAKERS (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

RIHANI, Lotfi Ben Abdul Hamid Ben Ali (a.k.a. "ABDERRAHMANE"), Via Bolgeri 4, Barni, Como, Italy; DOB 01 Jul 1977; POB Tunisi, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L 886177 issued 14 Dec 1998 expires 13 Dec 2003 (individual) [SDGT].

RIHF (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT]. RIHS (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT]. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL

COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a.

RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA, a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND

CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS AFRICAN CONTINENT COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a.

RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS ARAB WORLD COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND

CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste

Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS AUDIO RECORDINGS COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF

COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF

SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER (a.k.a. ADMINISTRATION OF THE

REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS CENTER FOR MANUSCRIPTS COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-

ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS CENTRAL ASIA COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS

COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS CHAOM CHAU CENTER (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH

FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS COMMITTEE FOR AFRICA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia

and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA

PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a.

RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS COMMITTEE FOR INDIA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a.

IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS COMMITTEE FOR SOUTH EAST ASIA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL,

BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS COMMITTEE FOR THE ARAB WORLD (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF

MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS COMMITTEE FOR THE CALL AND GUIDANCE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND

HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].
RIHS COMMITTEE FOR WEST ASIA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA, a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus,

Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS COMMITTEE FOR WOMEN (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY;

a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA;

a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a.

ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS CULTURAL COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT;

a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS EDUCATING COMMITTEES, AL-JAHRA' (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a.

RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS EUROPE AMERICA MUSLIMS COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-

SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS EUROPE AND THE AMERICAS COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-

KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-

Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS FATWAS COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS GENERAL COMMITTEE FOR DONATIONS (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA

UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS HEADQUARTERS-KUWAIT (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS

AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS INDIAN CONTINENT COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI,

SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS

OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS INDIAN SUBCONTINENT COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat,

Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhar, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS MOSQUES COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL

ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR

PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA, a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS OFFICE OF PRINTING AND PUBLISHING (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND

HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a.

RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA, a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS

COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street,

Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS PUBLIC RELATIONS COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF

COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS

SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS

COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street,

Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS SOUTHEAST ASIA COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH-AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI

HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS YOUTH CENTER COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS

COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-ALBANIA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a.

RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-AZERBAIJAN (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina;

M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-BANGLADESH (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-BENIN (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF

CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-BOSNIA AND HERZEGOVINA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND

EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-CAMBODIA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS

COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS

Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-CAMEROON (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA

PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH

FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-GHANA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a.

GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS

COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina;

RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-IVORY COAST (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE

KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a.

RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-KOSOVO (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS

AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-LEBANON (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL

OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-LIBERIA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI;

a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF

MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-NIGERIA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-

BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-RUSSIA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA, a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter

of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-SENEGAL (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY;

a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND

HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-SOMALIA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE

REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-TANZANIA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY

HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIIT LTD (a.k.a. "NIIIT"), ul. Kulakova d. 20, str. 1G, pom. XIV et 3, kom 10, 11, 52-57, Moscow 123592, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Apr 2013; Tax ID No. 7731481013 (Russia); Registration Number 5147746189014 (Russia) [RUSSIA-EO14024].

RIM GROUP INVESTMENTS I CORP., 4100 Salzedo Street, Apt 1010, Miami, FL 33146, United States; 4100 Salzedo Street, Unit 608, Coral Gables, FL 33146, United States; 4100 Salzedo Street, Unit 807, Coral Gables, FL 33146, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

RIM GROUP INVESTMENTS II CORP., 4100 Salzedo Street, Apt 1010, Miami, FL 33146, United States; 4100 Salzedo Street, Unit 813, Coral Gables, FL 33146, United States; 4100 Salzedo Street, Unit 913, Coral Gables, FL 33146, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

RIM GROUP INVESTMENTS III CORP., 4100 Salzedo Street, Apt 1010, Miami, FL 33146, United States; 144 Isla Dorada Blvd., Coral Gables, FL 33143, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

RIM GROUP INVESTMENTS, CORP., 4100 Salzedo Street, Apt 1010, Coral Gables, FL 33146, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

RIM GROUP PROPERTIES OF NEW YORK II CORP., 675 Third Avenue, 29th FL., New York, NY 10017, United States; 20 West 53rd Street, Unit 47A, New York, NY 10019, United States; 60 Riverside Boulevard, PH 3602, New York, NY 10069, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

RIM GROUP PROPERTIES OF NEW YORK, CORP., 4100 Salzedo St., Unit 1010, Coral Gables, FL 33146, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

RIM, Ryong Nam, Shenyang, China; Pyongyang, Korea, North; DOB 05 Dec 1978; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 836238033 (Korea, North) (individual) [NPWMD].

RIM, Yong Hyok, Korea, North; DOB 04 Mar 1972; nationality Korea, North; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

RIMASHEVSKIY, Aleksey Ivanovich (Cyrillic: РИМАШЕВСКИЙ, Алексей Иванович) (a.k.a. RIMASHEVSKIY, Alexey; a.k.a. RIMASHEVSKY, Aleksei; a.k.a. RYMASHEUSKI, Aliaksei Ivanavich (Cyrillic: РЫМАШЭЎСКІ, Аляксей Іванавіч)), Minsk, Belarus; DOB 29 Jun 1981; POB Salihorsk,

Minsk Oblast, Belarus; nationality Belarus; Gender Male; Passport MP2145720 (Belarus); National ID No. 3290681A146PB8 (Belarus) (individual) [BELARUS-EO14038].

RIMASHEVSKIY, Alexey (a.k.a. RIMASHEVSKIY, Aleksey Ivanovich (Cyrillic: РИМАШЕВСКИЙ, Алексей Иванович); a.k.a. RIMASHEVSKY, Aleksei; a.k.a. RYMASHEUSKI, Aliaksei Ivanavich (Cyrillic: РЫМАШЭЎСКІ, Аляксей Іванавіч)), Minsk, Belarus; DOB 29 Jun 1981; POB Salihorsk, Minsk Oblast, Belarus; nationality Belarus; Gender Male; Passport MP2145720 (Belarus); National ID No. 3290681A146PB8 (Belarus) (individual) [BELARUS-EO14038].

RIMASHEVSKY, Aleksei (a.k.a. RIMASHEVSKIY, Aleksey Ivanovich (Cyrillic: РИМАШЕВСКИЙ, Алексей Иванович); a.k.a. RIMASHEVSKIY, Alexey; a.k.a. RYMASHEUSKI, Aliaksei Ivanavich (Cyrillic: РЫМАШЭЎСКІ, Аляксей Іванавіч)), Minsk, Belarus; DOB 29 Jun 1981; POB Salihorsk, Minsk Oblast, Belarus; nationality Belarus; Gender Male; Passport MP2145720 (Belarus); National ID No. 3290681A146PB8 (Belarus) (individual) [BELARUS-EO14038].

RINCON CASTILLO DRUG TRAFFICKING ORGANIZATION, Maripi, Boyaca, Colombia [SDNTK] (Linked To: ZULIANA DE ESMERALDAS C.I. S.A.S.).

RINCON CASTILLO, Emerio, Simijaca, Cundinamarca, Colombia; DOB 04 Apr 1954; POB Caldas, Boyaca, Colombia; citizen Colombia; Gender Male; Cedula No. 4157489 (Colombia) (individual) [SDNTK].

RINCON CASTILLO, Gilberto, Bogota, Colombia; DOB 08 Jan 1961; POB Maripi, Boyaca, Colombia; citizen Colombia; Gender Male; Cedula No. 4157904 (Colombia); Passport AM461080 (Colombia) (individual) [SDNTK].

RINCON CASTILLO, Gustavo, Bogota, Colombia; DOB 03 Dec 1955; POB Maripi, Boyaca, Colombia; citizen Colombia; Gender Male; Cedula No. 4157507 (Colombia); Passport AO604019 (Colombia) (individual) [SDNTK] (Linked To: SOCIEDAD ESMERALDIFERA DE MARIPI LTDA.).

RINCON CASTILLO, Omar Josue, Bogota, Colombia; DOB 16 Dec 1969; POB Caldas, Boyaca, Colombia; citizen Colombia; Gender Male; Cedula No. 79488576 (Colombia) (individual) [SDNTK] (Linked To: DISTRIBUIDORA Y ELECTRICOS RINCON LTDA.; Linked To: ESMERALDAS NARAPAY LTDA).

RINCON CASTILLO, Pedro Nel (a.k.a. "Pedro Orejas"), Ibague, Colombia; DOB 12 Feb 1967; POB Maripi, Boyaca, Colombia; citizen Colombia; Gender Male; Cedula No. 79416383 (Colombia); Passport 79416383 (Colombia) (individual) [SDNTK] (Linked To: ESMERALDAS COLOMBIANAS CERRO GUALILO LTDA. C.I.).

RINCON CASTILLO, Salvador, Maripi, Boyaca, Colombia; DOB 25 Aug 1952; POB Maripi, Boyaca, Colombia; citizen Colombia; Gender Male; Cedula No. 4157332 (Colombia) (individual) [SDNTK] (Linked To: COMERCIALIZADORA INTERNACIONAL AGRICOLA Y GANADERA RINCON CASTILLO LIMITADA).

RINCON GODOY, Angelberto, Mexico; DOB 02 Jun 1991; POB Autlan de Navarro, Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. RIGA910602HJCNDN04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

RINCON GODOY, Julio Efrain, Mexico; DOB 19 Sep 1995; POB Autlan de Navarro, Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. RIGJ950919HJCNDL07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

RINCON ORDONEZ, Jorge Enrique, Transversal 24 No. 87-15, Apto. 7000, Bogota, Colombia; DOB 09 Dec 1957; POB Armenia; nationality Colombia; citizen Colombia; Cedula No. 7526915 (Colombia); Passport AJ842281 (Colombia) (individual) [SDNT].

RION TECHNOLOGY (a.k.a. SHENZHEN RION TECHNOLOGY CO., LTD.), 4F, Building 1, Phase II Workshop, Fu'an Industrial City, Dayang Development Zone, Fuyong Sub-District, Baoan District, Shenzhen, Guangdong 518100, China; No. 90, Dayang Road, Fuyong Town, Baoan District, Shenzhen, Guangdong 518100, China; Website www.rion-tech.net; alt. Website www.rionsystem.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Apr 2008; Unified Social Credit Code (USCC) 914403006748114670 (China) [SDGT] [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ANSARALLAH).

RIOS GOMEZ, Wendy Marbelys, Venezuela; Colombia; DOB 21 Jan 1980; nationality Venezuela; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

RIOS GONZALEZ, Jonathan Faustino (a.k.a. "Johnny Hood"; a.k.a. "Jonas Hood"), Jalisco, Mexico; DOB 25 Feb 1989; POB Jalisco, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. RIGJ890225HJCSNN06 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

RIOS HERNANDEZ, Juanita Del Carmen, Avenida Constitucion No. 2224, Colonia San Rafael, Nuevo Laredo, Tamaulipas 88200, Mexico; DOB 11 Jan 1977; POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico; R.F.C. RIHJ770111DD (Mexico); Credencial electoral 0844040737482 (Mexico); C.U.R.P. RIHJ770111MTSSRN08 (Mexico) (individual) [SDNTK] (Linked To: TREVINO MORALES, Miguel; Linked To: DISTRIBUIDORA E IMPORTADORA DE PRODUCTOS MEDICOS DEL NORTE, S.A. DE C.V.).

RIOS LOPEZ, Didier de Jesus (a.k.a. "TUTO"); DOB 18 Jun 1974; POB Itagui, Antioquia, Colombia; citizen Colombia; Cedula No. 98622424 (Colombia) (individual) [SDNTK].

RISANDEGI VA BAFANDEGIE SELK BAF (a.k.a. SELK BAF SPINNING AND WEAVING FACTORIES PRODUCTION COMPANY (Arabic: شرکت تولیدی کارخانجات ریسندگی و بافندگی سلک باف); a.k.a. SELKBAF; a.k.a. SELKBAF CO; a.k.a. SELKBAF SPINNING AND WEAVING FACTORIES), Km 4, Avenue No 2, Balvar Jomhori Islami, Yazd, Iran; 5 km of Toos Street, Esteghlal St., Jomhuri Boulevard, Yazd, Iran; Website http://selkbaf.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10840029767 (Iran); Registration Number 302 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

RISEONIC HOLDINGS LTD, Floor No: 2, Stasinou 23, Nicosia 2404, Cyprus; Organization Established Date 07 Dec 1977; Company Number C10333 (Cyprus) [GLOMAG] (Linked To: RAHMANI, Ajmal).

RISHMAK COMPANY (a.k.a. RISHMAK EXPORT AND MANUFACTURING P.J.S.; a.k.a. RISHMAK PRODUCTION AND EXPORT COMPANY; a.k.a. RISHMAK PRODUCTIVE & EXPORTS COMPANY; a.k.a. RISHMAK

PRODUCTIVE AND EXPORTS COMPANY; a.k.a. SHERKAT-E TOLID VA SADERAT-E RISHMAK), Rishmak Cross Rd., 3rd Km. of Amir Kabir Road, Shiraz 71365, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

RISHMAK EXPORT AND MANUFACTURING P.J.S. (a.k.a. RISHMAK COMPANY; a.k.a. RISHMAK PRODUCTION AND EXPORT COMPANY; a.k.a. RISHMAK PRODUCTIVE & EXPORTS COMPANY; a.k.a. RISHMAK PRODUCTIVE AND EXPORTS COMPANY; a.k.a. SHERKAT-E TOLID VA SADERAT-E RISHMAK), Rishmak Cross Rd., 3rd Km. of Amir Kabir Road, Shiraz 71365, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

RISHMAK PRODUCTION AND EXPORT COMPANY (a.k.a. RISHMAK COMPANY; a.k.a. RISHMAK EXPORT AND MANUFACTURING P.J.S.; a.k.a. RISHMAK PRODUCTIVE & EXPORTS COMPANY; a.k.a. RISHMAK PRODUCTIVE AND EXPORTS COMPANY; a.k.a. SHERKAT-E TOLID VA SADERAT-E RISHMAK), Rishmak Cross Rd., 3rd Km. of Amir Kabir Road, Shiraz 71365, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

RISHMAK PRODUCTIVE & EXPORTS COMPANY (a.k.a. RISHMAK COMPANY; a.k.a. RISHMAK EXPORT AND MANUFACTURING P.J.S.; a.k.a. RISHMAK PRODUCTION AND EXPORT COMPANY; a.k.a. RISHMAK PRODUCTIVE AND EXPORTS COMPANY; a.k.a. SHERKAT-E TOLID VA SADERAT-E RISHMAK), Rishmak Cross Rd., 3rd Km. of Amir Kabir Road, Shiraz 71365, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

RISHMAK PRODUCTIVE AND EXPORTS COMPANY (a.k.a. RISHMAK COMPANY; a.k.a. RISHMAK EXPORT AND MANUFACTURING P.J.S.; a.k.a. RISHMAK PRODUCTION AND EXPORT COMPANY; a.k.a. RISHMAK PRODUCTIVE & EXPORTS COMPANY; a.k.a. SHERKAT-E TOLID VA SADERAT-E RISHMAK), Rishmak Cross Rd., 3rd Km. of Amir Kabir Road, Shiraz 71365, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

RISING PHOENIX PROVIDER NV, 40D Keizer Straat, Paramaribo, Suriname; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec.

5(a)(iv); Identification Number IMO 6191691 [IRAN-EO13846].

RISING TIDE SHIPPING CORP., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Mar 2022; Business Number 113667 (Marshall Islands) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

RISKORT LTD (a.k.a. D.E.S. DEFENSE ENGINEERING SOLUTIONS LTD (Hebrew: ‫די.‬ ‫אי. אס.- פתרונות הגנה הנדסיים בע"מ‬)), 13 Ner Halalila, Entrance B, Netanya 4220913, Israel; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Dec 2005; Registration Number 513758151 (Israel) [RUSSIA-EO14024] (Linked To: VOLFOVICH, Alexander).

RITA SHIPPING INC, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake 96960, Marshall Islands; Organization Established Date 06 Mar 2023; Identification Number IMO 6394782; Registration Number 118772 (Marshall Islands) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

RIVAS CHAIRES, Raul, Mexico; DOB 08 Dec 1970; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. RICR701208HSRVHL06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

RIVAS REYES, Roberto Jose, Managua, Nicaragua; DOB 06 Jul 1954; POB Matagalpa, Nicaragua; nationality Nicaragua; Gender Male; Passport A00000604 (Nicaragua) issued 19 Jun 2013 expires 19 Jun 2023; alt. Passport 04091979435 (Nicaragua) issued 19 Jun 2013 expires 19 Jun 2023; National ID No. 4410607540007S (Nicaragua) (individual) [GLOMAG].

RIVAS SANCHEZ, Pedro, Calle Isla Antigua 3017, Colonia Jardines De La Cruz, Guadalajara, Jalisco, Mexico; DOB 08 Mar 1988; POB Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. RISP880308HJCVND03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

RIVERA ARIAS, Racson Mario (a.k.a. HENRIQUEZ SOLORZANO, Borromeo Enrique; a.k.a. "EL DIABLITO"; a.k.a. "EL DIABLITO DE HOLLYWOOD"; a.k.a. "EL DIABLO"; a.k.a. "EL DIABLO PEQUENO"); DOB 27 Jul 1978; POB San Salvador, El

Salvador; nationality El Salvador (individual) [TCO].

RIVERA BASTARDO, Jose Alfredo, Venezuela; DOB 16 Feb 1970; POB Caracas, Venezuela; nationality Venezuela; Gender Male; Cedula No. V11025190 (Venezuela) (individual) [VENEZUELA].

RIVERA CARDONA, Santos Isidro, Tocoa, Colon, Honduras; DOB 15 May 1949; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1949-00019 (Honduras) (individual) [SDNTK].

RIVERA GARCIA, Patricia, Mexico; DOB 13 Mar 1976; POB Veracruz, Mexico; nationality Mexico; Gender Female; C.U.R.P. RIGP760313MVZVRT00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

RIVERA GUERRERO, Raquel, Genaro Estrada, Sinaloa, Sinaloa, Mexico; DOB 29 Aug 1987; POB Sinaloa, Sinaloa, Mexico; citizen Mexico; Gender Female; R.F.C. RIGR8708294Z0 (Mexico); C.U.R.P. RIGR870829MSLVRQ04 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

RIVERA IBARRA, Gerardo (a.k.a. "Compadre"; a.k.a. "El Guerito"), Mexico; DOB 29 Nov 1969; POB Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. RIIG691129HJCVBR16 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

RIVERA MARADIAGA, Devis Leonel (a.k.a. "CACHIRO, Lionel"; a.k.a. "EL CACHIRO"; a.k.a. "RIVERA, Leonel"), Barrio La Ceiba, Calle Principal, Tocoa, Colon, Honduras; DOB 28 Mar 1977; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1977-00375 (Honduras) (individual) [SDNTK].

RIVERA MARADIAGA, Isidro (a.k.a. RIVERA MARADIAGA, Santos Isidro; a.k.a. "CACHIROS"), Barrio Municipal, Colonia El Country, Bloque 1, Casa N-6, San Pedro Sula, Cortes, Honduras; San Manuel, Cortes, Honduras; DOB 05 Jun 1985; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1985-02347 (Honduras) (individual) [SDNTK].

RIVERA MARADIAGA, Javier Eriberto (a.k.a. "CACHIRO, Javier"; a.k.a. "EL CACHIRO"; a.k.a. "RIVERA, Javier"), Barrio La Ceiba, Calle Principal, Casa 234, Tocoa, Colon, Honduras; DOB 20 Apr 1972; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1972-00282 (Honduras) (individual) [SDNTK].

RIVERA MARADIAGA, Maira Lizeth (a.k.a. RIVERA, Mayra), Tocoa, Colon, Honduras; DOB 17 Dec 1975; alt. DOB 17 Dec 1976; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1976-00026 (Honduras) (individual) [SDNTK].

RIVERA MARADIAGA, Santos Isidro (a.k.a. RIVERA MARADIAGA, Isidro; a.k.a. "CACHIROS"), Barrio Municipal, Colonia El Country, Bloque 1, Casa N-6, San Pedro Sula, Cortes, Honduras; San Manuel, Cortes, Honduras; DOB 05 Jun 1985; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1985-02347 (Honduras) (individual) [SDNTK].

RIVERA MIRAMONTES, Carlos Humberto, Guadalajara, Jalisco, Mexico; DOB 14 Jan 1962; POB Jalisco, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. RIMC620114HJCVRR04 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

RIVERA MUNOZ, Alonso (a.k.a. BELTRAN LEYVA, Hector; a.k.a. BELTRAN LEYVA, Mario Alberto), Mexico; DOB 01 Jan 1960; POB Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

RIVERA SALAS, Miguel Angel (a.k.a. RIVERA ZAZUETA, Jose Angel), Mexico; DOB 15 Aug 1987; alt. DOB 15 Dec 1987; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. RIZA870815HSLVZN00 (Mexico); alt. C.U.R.P. RISM871215HMCVLG00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

RIVERA SANDOVAL, Hector Librado (Latin: RIVERA SANDOVAL, Héctor Librado), La Playita, Sinaloa, Sinaloa, Mexico; DOB 03 Jun 1982; POB Sinaloa, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. RISH820603HSLVNC07 (Mexico); RFC RISH820603V75 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION; Linked To: FELIXTAPIA, S.C. DE R.L. DE C.V.).

RIVERA SANDOVAL, Reyna Isabel, Genaro Estrada, Sinaloa, Sinaloa 81960, Mexico; DOB 01 Nov 1980; POB Sinaloa, Sinaloa, Mexico; citizen Mexico; Gender Female; R.F.C. RISR801101P90 (Mexico); C.U.R.P. RISR801101MSLVNY00 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

RIVERA TORRES, Javier (a.k.a. MENDOZA CONTRERAS, Cipriano), Calle Venustiano Carranza No. 904, Col. Josefa Ortiz de Dominguez, Apatzingan, Michoacan, Mexico; DOB 25 Dec 1969; POB Tepalcatepec, Michoacan; nationality Mexico; citizen Mexico; C.U.R.P. MECC691225HMNNNP01 (Mexico) (individual) [SDNTK].

RIVERA VARELA, Carlos Andres (a.k.a. "La Firma"), Puerto Vallarta, Jalisco, Mexico; DOB 19 Jun 1986; POB Cali, Valle, Colombia; nationality Colombia; alt. nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 1130648070 (Colombia); C.U.R.P. RIVC860619HNEVRR04 (Mexico) (individual) [SDNTK] [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

RIVERA ZAZUETA, Jose Angel (a.k.a. RIVERA SALAS, Miguel Angel), Mexico; DOB 15 Aug 1987; alt. DOB 15 Dec 1987; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. RIZA870815HSLVZN00 (Mexico); alt. C.U.R.P. RISM871215HMCVLG00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

RIVERA, Mayra (a.k.a. RIVERA MARADIAGA, Maira Lizeth), Tocoa, Colon, Honduras; DOB 17 Dec 1975; alt. DOB 17 Dec 1976; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1976-00026 (Honduras) (individual) [SDNTK].

RIVERA-LUNA, Moises Humberto (a.k.a. "SANTOS"; a.k.a. "VIEJO SANTOS"); DOB 23 May 1969; POB San Salvador, El Salvador; nationality El Salvador (individual) [TCO].

RIVERO MARCANO, Sergio Jose (Latin: RIVERO MARCANO, Sergio José), Caracas, Captial District, Venezuela; DOB 08 Nov 1964; citizen Venezuela; Gender Male; Cedula No. 6893454 (Venezuela); Commander General of Venezuela's Bolivarian National Guard; Former Commander of the East Integral Strategic Defense Region of Venezuela's National Armed Forces (individual) [VENEZUELA].

RIVIERA SUNRISE RESORT & SPA (a.k.a. RIVIERA SUNRISE RESORT AND SPA), Lenin St. 2, Alushta, Crimea 29850, Ukraine; Email Address info.alushta@rivierasunrise.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

RIVIERA SUNRISE RESORT AND SPA (a.k.a. RIVIERA SUNRISE RESORT & SPA), Lenin St.

2, Alushta, Crimea 29850, Ukraine; Email Address info.alushta@rivierasunrise.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

RIYADH-AS-SALIHEEN (a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION; a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF SHAHIDS (MARTYRS); a.k.a. THE RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF CHECHEN MARTYRS; a.k.a. THE SABOTAGE AND MILITARY SURVEILLANCE GROUP OF THE RIYADH AL-SALIHIN MARTYRS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION (a.k.a. RIYADH-AS-SALIHEEN; a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF SHAHIDS (MARTYRS); a.k.a. THE RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF CHECHEN MARTYRS; a.k.a. THE SABOTAGE AND MILITARY SURVEILLANCE GROUP OF THE RIYADH AL-SALIHIN MARTYRS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF SHAHIDS (MARTYRS) (a.k.a. RIYADH-AS-SALIHEEN; a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION; a.k.a. THE RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF CHECHEN MARTYRS; a.k.a. THE SABOTAGE AND MILITARY SURVEILLANCE GROUP OF THE RIYADH AL-SALIHIN MARTYRS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

RIZA, Ebubekir (a.k.a. ALTUG, Risa; a.k.a. ALTUN, Ali Riza; a.k.a. KIVIRCIK, Ali); DOB 01 Jan 1956; POB Kucuk Sobecimen, Turkey; nationality Turkey (individual) [SDNTK].

RIZAI, Bahram (a.k.a. REZAEI, Bahram), Tehran, Iran; DOB 24 Feb 1982; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0451423968 (Iran) (individual) [NPWMD] [IFSR] (Linked To: FANAVARI ELECTRO MOJ MOBIN COMPANY).

RIZHAO SHIHUA CRUDE OIL TERMINAL CO., LTD. (Chinese Simplified: 日照实华原油码头有限公司), South End of Coastal Road, Lanshan District, CN-SD, Rizhao City, Shandong Province 276800, China; Organization Established Date 01 Jan 2010; Legal Entity Number 8368003LAMDVF6NP0G67; Registration Number 371100000000263 (China); Unified Social Credit Code (USCC) 9137110055787950XN (China) [IRAN-EO13902].

RIZHENKIN, Leonid (a.k.a. RYZHENKIN, Leonid (Cyrillic: РЫЖЕНЬКИН, Леонид); a.k.a. RYZHENKIN, Leonid Kronidovich (Cyrillic: РЫЖЕНЬКИН, Леонид Кронидович)), Moscow, Russia; DOB 10 Nov 1967; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 722706177 (individual) [UKRAINE-EO13685].

RIZHKOV, Nikolay Ivanovich (a.k.a. RYZHKOV, Nikolai Ivanovich (Cyrillic: РЫЖКОВ, Николай Иванович)), Russia; DOB 28 Sep 1929; POB Duleevka, Donetsk Region, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

RIZWAN, Usama Ali (a.k.a. ALI, Osama; a.k.a. ALI, Oussama; a.k.a. ALI, Oussama Abd-El-Karim; a.k.a. ALI, Usama; a.k.a. RADWAN, Osama; a.k.a. RADWAN, Osama Abd Al Karim), Lebanon; DOB 02 Jan 1962; POB Palestine; nationality Palestinian; alt. nationality Lebanon; citizen Lebanon; alt. citizen Canada; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BA669463 (Canada); alt. Passport GA329040 (Canada); alt. Passport AJ878107 (Canada); Identification Number 47836452 (Palestinian); Refugee ID Card PR0131118 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

RJAUZOW, Denis (a.k.a. JURJEVICH, Ryauzov Denis; a.k.a. RYAUZOV, Denis; a.k.a. RYAUZOV, Denis Yuryevich; a.k.a. RYAUZOW, Denis), Russia; DOB 23 May 1974; POB Omsk, Siberia, Russia; nationality Russia; Secondary sanctions risk: Ukraine-/Russia-Related

Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

RK BREEZE (a.k.a. RK BRIZ; a.k.a. RK BRIZ LLC; a.k.a. RK BRIZ, OOO), Ul. Partizanskaya D. 2, Pom. 1, Putyatin 692815, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 18 Jul 2016; Organization Type: Processing and preserving of fish, crustaceans and molluscs; Tax ID No. 2503033077 (Russia); Government Gazette Number 03561816 (Russia); Registration Number 1162503050654 (Russia) [DPRK2] (Linked To: CHASOVNIKOV, Aleksandr Aleksandrovich).

RK BRIZ (a.k.a. RK BREEZE; a.k.a. RK BRIZ LLC; a.k.a. RK BRIZ, OOO), Ul. Partizanskaya D. 2, Pom. 1, Putyatin 692815, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 18 Jul 2016; Organization Type: Processing and preserving of fish, crustaceans and molluscs; Tax ID No. 2503033077 (Russia); Government Gazette Number 03561816 (Russia); Registration Number 1162503050654 (Russia) [DPRK2] (Linked To: CHASOVNIKOV, Aleksandr Aleksandrovich).

RK BRIZ LLC (a.k.a. RK BREEZE; a.k.a. RK BRIZ; a.k.a. RK BRIZ, OOO), Ul. Partizanskaya D. 2, Pom. 1, Putyatin 692815, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 18 Jul 2016; Organization Type: Processing and preserving of fish, crustaceans and molluscs; Tax ID No. 2503033077 (Russia); Government Gazette Number 03561816 (Russia); Registration Number 1162503050654 (Russia) [DPRK2] (Linked To: CHASOVNIKOV, Aleksandr Aleksandrovich).

RK BRIZ, OOO (a.k.a. RK BREEZE; a.k.a. RK BRIZ; a.k.a. RK BRIZ LLC), Ul. Partizanskaya D. 2, Pom. 1, Putyatin 692815, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and

510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 18 Jul 2016; Organization Type: Processing and preserving of fish, crustaceans and molluscs; Tax ID No. 2503033077 (Russia); Government Gazette Number 03561816 (Russia); Registration Number 1162503050654 (Russia) [DPRK2] (Linked To: CHASOVNIKOV, Aleksandr Aleksandrovich).

RKB GLOBUS PAO (a.k.a. AO RKB GLOBUS; a.k.a. GLOBUS RYAZAN DESIGN BUREAU JSC; a.k.a. JOINT STOCK COMPANY RYAZANSKOE KONSTRUKTORSKOE BJURO GLOBUS), Ul. Vysokovoltnaya D. 6, Ryazan 390013, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Oct 1955; Tax ID No. 6229060995 (Russia); Registration Number 1086229000560 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

RKS CLEAR VODY LLC (a.k.a. LIMITED LIABILITY COMPANY ROSKAPSTROY CLEAN WATER (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РОСКАПСТРОЙ ЧИСТЫЕ ВОДЫ); a.k.a. LLC RKS CHV (Cyrillic: ООО РКС ЧВ)), 2 Turgenevskaya Square, Office 2P, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713489203 (Russia); Registration Number 1227700271700 (Russia) [RUSSIA-EO14024] (Linked To: FEDERAL AUTONOMOUS INSTITUTION ROSKAPSTROY).

RM DESIGN&DEVELOPMENT (a.k.a. LLC RM DESIGN AND DEVELOPMENT; a.k.a. OSOO RM DIZAYN AND DEVELOPMENT; a.k.a. OSOO RM DIZAYN END DEVELOPMENT; a.k.a. RM DESIGNANDDEVELOPMENT; a.k.a. RM DIZAIN AND DEVELOPMENT OSOO), Chyngyza Atymatova Str., 303, Bishkek 720016, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Mar 2022; Tax ID No. 01703202210110 (Kyrgyzstan) [RUSSIA-EO14024].

RM DESIGNANDDEVELOPMENT (a.k.a. LLC RM DESIGN AND DEVELOPMENT; a.k.a. OSOO RM DIZAYN AND DEVELOPMENT; a.k.a. OSOO RM DIZAYN END DEVELOPMENT; a.k.a. RM DESIGN&DEVELOPMENT; a.k.a. RM DIZAIN AND DEVELOPMENT OSOO), Chyngyza

Atymatova Str., 303, Bishkek 720016, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Mar 2022; Tax ID No. 01703202210110 (Kyrgyzstan) [RUSSIA-EO14024].

RM DIZAIN AND DEVELOPMENT OSOO (a.k.a. LLC RM DESIGN AND DEVELOPMENT; a.k.a. OSOO RM DIZAYN AND DEVELOPMENT; a.k.a. OSOO RM DIZAYN END DEVELOPMENT; a.k.a. RM DESIGN&DEVELOPMENT; a.k.a. RM DESIGNANDDEVELOPMENT), Chyngyza Atymatova Str., 303, Bishkek 720016, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Mar 2022; Tax ID No. 01703202210110 (Kyrgyzstan) [RUSSIA-EO14024].

RMB YAPI INSAAT TAAHHUT SANAYI VE TICARET LIMITED SIRKETI, Dumankaya Modern Vadi Sit., No: 20I-3, Koza Mahallesi, Istanbul 34538, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Aug 2022; Tax ID No. 7351964090 (Turkey); Business Registration Number 399660 (Turkey) [RUSSIA-EO14024].

RN BASHNIPINEFT LLC (a.k.a. LIMITED LIABILITY COMPANY RN BASHNIPINEFT (Cyrillic: ООО РН БАШНИПИНЕФТЬ)), Ulitsa Lenina, 86, 1, Ufa, Bashkortostan Republic 450006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Oct 2006; Organization Type: Research and experimental development on natural sciences and engineering; Tax ID No. 0278127289 (Russia); Registration Number 1060278107780 (Russia) [RUSSIA-EO14024].

RN BURENIE (a.k.a. RN BURENIE LIMITED LIABILITY COMPANY), Ul. Kaluzhskaya m D. 15, Str. 31, Moscow 119071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7706613770 (Russia); Registration Number 1067746404681 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

RN BURENIE LIMITED LIABILITY COMPANY (a.k.a. RN BURENIE), Ul. Kaluzhskaya m D. 15, Str. 31, Moscow 119071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk:

Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7706613770 (Russia); Registration Number 1067746404681 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

RN KOMSOMOLSKIY REFINERY LLC (a.k.a. KOMSOMOLSK REFINERY; a.k.a. LLC RN KOMSOMOLSKIY NPZ; a.k.a. LLC RN-KOMSOMOLSK REFINERY; a.k.a. RN-KOMSOMOLSKI NPZ OOO), 115 Leningradskaya st., Komsomolsk-on-Amur, Khabarovsk region 681007, Russia; Email Address knpz@rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2703032881 (Russia); Registration Number 1052740255358 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

RN SHIP MANAGEMENT PRIVATE LIMITED (a.k.a. RN SHIP MANAGEMENT PVT LTD), A/604, Bahman Complex, Opp Royal Garden, Kausa, Mumbra, Thane, Maharashtra 400612, India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 16 Nov 2019; Identification Number IMO 6139711; Company Number U63030MH2019PTC333076 (India); Registration Number 333076 (India) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

RN SHIP MANAGEMENT PVT LTD (a.k.a. RN SHIP MANAGEMENT PRIVATE LIMITED), A/604, Bahman Complex, Opp Royal Garden, Kausa, Mumbra, Thane, Maharashtra 400612, India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 16 Nov 2019; Identification Number IMO 6139711; Company Number U63030MH2019PTC333076 (India); Registration Number 333076 (India) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

RN UVATNEFTEGAZ, Ul. Lenina D. 67, Floor 5, Tyumen 625000, Russia; Ul. Irtyshskaya D. 19, Uvat 626170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7225003194 (Russia); Registration Number 1027201295395 (Russia) [RUSSIA-EO14024].

RN VANKOR, Ul. 78 Dobrovolcheskoi Brigady, D.15, Krasnoyarsk 660077, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type State-Owned Enterprise; Tax ID No. 2465142996 (Russia); Registration Number 1162468067541 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

RN-GRP LLC (Cyrillic: РН ГРП), Yuzhnaya Promzona, VTK, Raduzhny 628460, Russia; Per. Chapaevskii D. 14, Et 1 Pom.II, Kom 46, Moscow 125252, Russia; Website https://ooorngrp.rosneft.com/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 20 Aug 2015; Tax ID No. 8609016058 (Russia); Registration Number 1028601465111 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

RNII ELECTRONSTANDARD (a.k.a. AO RNII ELEKTRONSTANDART; a.k.a. JOINT STOCK COMPANY RUSSIAN RESEARCH INSTITUTE ELECTRONSTANDART), Ul. Tsvetochnaya D. 25, Korp. 3, Saint Petersburg 196006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1943; Tax ID No. 7810196298 (Russia); Registration Number 1027804880135 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

RNKB OAO (a.k.a. ROSSISKI NATSIONALNY KOMMERCHESKI BANK OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. RUSSIAN NATIONAL COMMERCIAL BANK; a.k.a. "RNCB"), d. 9 korp. 5 ul. Krasnoproletarskaya, Moscow 127030, Russia; SWIFT/BIC RNCORUMM; Website http://www.rncb.ru; Email Address rncb@rncb.ru; BIK (RU) 044525607; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027700381290 (Russia); Tax ID No. 7701105460 (Russia);

Government Gazette Number 09610705 (Russia) [UKRAINE-EO13685].

RN-KOMSOMOLSKI NPZ OOO (a.k.a. KOMSOMOLSK REFINERY; a.k.a. LLC RN KOMSOMOLSKIY NPZ; a.k.a. LLC RN-KOMSOMOLSK REFINERY; a.k.a. RN KOMSOMOLSKIY REFINERY LLC), 115 Leningradskaya st., Komsomolsk-on-Amur, Khabarovsk region 681007, Russia; Email Address knpz@rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2703032881 (Russia); Registration Number 1052740255358 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

RN-YUGANSKNEFTEGAZ LLC (a.k.a. RN-YUGANSKNEFTEGAZ OOO; a.k.a. YUGANSKNEFTEGAZ), Lenina St., 26, Nefteyugansk, Tyumen Region 628309, Russia; Email Address rn_yng@yungjsc.com; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8604035473 (Russia); Registration Number 1058602819538 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

RN-YUGANSKNEFTEGAZ OOO (a.k.a. RN-YUGANSKNEFTEGAZ LLC; a.k.a. YUGANSKNEFTEGAZ), Lenina St., 26, Nefteyugansk, Tyumen Region 628309, Russia; Email Address rn_yng@yungjsc.com; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4;

Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8604035473 (Russia); Registration Number 1058602819538 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

RO, Kwang Chol (Korean: 노광철) (a.k.a. "NO, Kwang Chol"; a.k.a. "RO, Gwang Chol"), Korea, North; DOB 22 Aug 1958; POB Nampo, Pyongannam-Do, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Minister of the Ministry of People's Armed Forces (individual) [DPRK2].

ROBARIN LTD, Vanezis Business Center, Flat No: 401S, Floor No: 4, Archiepiskopou Makariou III 171, Limassol 3027, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Jun 2018; Registration Number C385226 (Cyprus) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

ROBAYO ESCOBAR, Carlos Jose (a.k.a. "GUACAMAYO"); DOB 01 Jan 1969; POB Palmira, Valle, Colombia; citizen Colombia; Cedula No. 16367106 (Colombia) (individual) [SDNTK].

ROBEL, Mohammed Artan (a.k.a. ROBLE, Mohammed Artan), United Arab Emirates; DOB 12 Jul 1964; nationality Sweden; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

ROBERTO ORELLANA, Jose (Latin: ROBERTO ORELLANA, José) (a.k.a. "CHIBOLA"; a.k.a. "GORDO MAX"; a.k.a. "TIO SAM" (Latin: "TÍO SAM"); a.k.a. "TOLOLO"), Canton Cambio Chanmico, Calle Vieja, Casa #66, San Juan Opico, La Libertad, El Salvador; DOB 29 Jun 1973; Identification Number 011319137-3 (El Salvador) (individual) [TCO] (Linked To: MS-13).

ROBIN TRADE LIMITED (a.k.a. OOO ROBIN TREID (Cyrillic: ООО РОБИН ТРЕЙД)), Ul. Yablachkova D. 21 Korpus 3, Et 3 Pom. VIII, Moscow 127322, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 May 2016; Tax ID No. 9715259583 (Russia); Registration Number 1167746480153 (Russia) [RUSSIA-EO14024].

ROBINBEST LIMITED, 65 Broadway, London E15 4BQ, United Kingdom; Organization Established Date 19 Nov 1993; Company Number 02873779 (United Kingdom) [IRAN-EO13902] (Linked To: SAID, Salim Ahmed).

ROBLE, Mohammed Artan (a.k.a. ROBEL, Mohammed Artan), United Arab Emirates; DOB 12 Jul 1964; nationality Sweden; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

ROBLEDO ARREDONDO, Adilene Mayre (a.k.a. ROBLEDO, Adilene), Calle San Felipe 3208, Fracc. Los Angeles, Culiacan, Sinaloa 80014, Mexico; DOB 01 Sep 1997; POB Sinaloa, Mexico; nationality Mexico; Gender Female; C.U.R.P. ROAA970901MSLBRD05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ROBLEDO ARREDONDO, Ivan Yareth, Calle San Felipe 3208, Fracc. Los Angeles, Culiacan, Sinaloa 80014, Mexico; DOB 01 May 1993; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. ROAI930501HSLBRV04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ROBLEDO, Adilene (a.k.a. ROBLEDO ARREDONDO, Adilene Mayre), Calle San Felipe 3208, Fracc. Los Angeles, Culiacan, Sinaloa 80014, Mexico; DOB 01 Sep 1997; POB Sinaloa, Mexico; nationality Mexico; Gender Female; C.U.R.P. ROAA970901MSLBRD05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ROBLERO PIVARAL, Veronica, Tijuana, Baja California, Mexico; DOB 25 Apr 1999; POB Chiapas, Mexico; nationality Mexico; citizen Mexico; Gender Female; Phone Number 526643422541; C.U.R.P. ROPV990425MCSBVR02 (Mexico) (individual) [TCO] (Linked To: ABDUL KARIM CONTEH HUMAN SMUGGLING ORGANIZATION).

ROBLES VALDEZ, Abel (a.k.a. BOLANOS CACHO, Alejandro; a.k.a. CACHO FLORES, Alejandro; a.k.a. FLORES CACHO, Alejandro; a.k.a. "ALEJANDRO LABASTIDA"; a.k.a.

"GUILLERMO LABASTIDA"), Ojos Negros, Baja California Norte, Mexico; Carretera Acapulco, KM 8.5, Pie de la Cuesta, Acapulco, Guerrero, Mexico; Calle de Rio Nilo No. 20, Colonia Valle Dorado, Ensenada, Baja California Norte, Mexico; Montivideo No. 804, Lindavista, Mexico City, Distrito Federal, Mexico; Circuito de la Industria No. 94, Colonia Parque Ind. Lerma, Lerma, Mexico, Mexico; Avenida del Taller No. 23, Ret. 17, Colonia Jardin Balbuena, Delegacion Venustiano Carranza, Mexico City, Distrito Federal, Mexico; Calle Jaime Torres Bodet No. 207-A, Int. 201, Colonia Santa Marta La Rivera, Delegacion Cuauhtemoc, Mexico City, Distrito Federal, Mexico; Homero No. 1343, Mexico City, Distrito Federal, Mexico; Avenida Herradona No. 1328, Interlomas, Mexico City, Distrito Federal, Mexico; Calle Cantiles 42 A, Mozimba 39460, Acapulco, Guerrero, Mexico; Calle Tulipanes No. 8, Colonia Lomas Cortes, Cuernavaca, Morelos, Mexico; Calle Rancho Tetela No. 957, Colonia Rancho Tetela, Cuernavaca, Morelos, Mexico; DOB 26 Mar 1963; alt. DOB 26 Mar 1964; POB Mexico City, Distrito Federal, Mexico; alt. POB Guadalajara, Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 01350202554 (Mexico); R.F.C. FOCA-630326 (Mexico); alt. R.F.C. FOCX-260363 (Mexico); alt. R.F.C. FOCX-630326 (Mexico); alt. R.F.C. FOCA-640326 (Mexico); C.U.R.P. FOCA630326HMCLCL05 (Mexico); Electoral Registry No. FLCCAL64032609H300 (Mexico); C.U.I.P. FOCA640326H14506669 (Mexico) (individual) [SDNTK].

ROBNA KUCA METAL D.O.O., Kralja Petra I 90, Zveqan 38227, Kosovo; Organization Established Date 21 Aug 2017; Organization Type: Wholesale of other machinery and equipment; Registration Number 810051061 (Kosovo) [GLOMAG] (Linked To: NEDELJKOVIC, Sinisa).

ROBOTRONIX SEMICONDUCTORS LIMITED (Chinese Simplified: 融博通半導體有限公司), Room 401, 4/F, Wanchai Central Building, 89 Lockhard Road, Wan Chai, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 3164713 (Hong Kong) [RUSSIA-EO14024].

ROBOW, Mukhtar (a.k.a. ALI, Mujahid Mukhtar Robow; a.k.a. ALI, Mukhtar Abdullahi; a.k.a. ALI, Shaykh Mukhtar Robo; a.k.a. RUBU, Mukhtar Ali; a.k.a. "ABU MANSOUR"; a.k.a. "ABU MANSUR"); DOB 1969; alt. DOB 10 Oct 1969; POB Xudur, Somalia; alt. POB Keren, Eritrea; nationality Eritrea; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0310857 (Eritrea) issued 21 Aug 2006 expires 20 Aug 2008; National ID No. 1372584 (Kenya); (Following data derived from an Eritrean passport issued under the alias name of Mukhtar Abdullahi Ali: Alt. DOB: 10 October 1969; Alt. POB: Keren Eritrea; nationality: Eritrean; National ID No.: 1372584, Kenya; Passport No.: 0310857, Eritrea, Issue Date 21 August 2006, Expire Date 20 August 2008) (individual) [SDGT].

ROBUST HARMONY LIMITED, Phnom Penh, Cambodia; Company Number 1971181 (Virgin Islands, British) [TCO] (Linked To: CHEN, Zhi).

ROCHEM SERVICE GMBH (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU ROKEM SERVIS; a.k.a. ROKEM SERVICE), Ul. Shpalernaya D.32, Kv. 21, Saint Petersburg 191123, Russia; 66, Sofiyskaya St., Saint Petersburg 192289, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Aug 1998; Tax ID No. 7825696462 (Russia); Registration Number 1037843010831 (Russia) [RUSSIA-EO14024].

ROCHIN HURTADO, Meliton (a.k.a. "EL 63"; a.k.a. "EL SIXTY THREE"), Mexico; DOB 28 Oct 1975; POB Hermosillo, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. ROHM751028HSRCRL00 (Mexico) (individual) [SDNTK].

ROCHMAN, Oman (a.k.a. ABDULROHMAN, Oman; a.k.a. ABDURAHMAN, Aman; a.k.a. ABDURRACHMAN, Aman; a.k.a. ABDURRAHMAN AL-ARKHABILIY, Abu Sulaiman Aman; a.k.a. ABDURRAHMAN, Aman; a.k.a. ABDURRAHMAN, Oman; a.k.a. RAHMAN, Aman Abdul; a.k.a. RAHMAN, Oman), Pasir Putih Prison, Nusa Kambangan Island, Indonesia; DOB 05 Jan 1972; POB Sumedang, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Ustadz (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ROCKET INDUSTRY DEPARTMENT (a.k.a. MINISTRY OF ROCKET INDUSTRY (Korean: 로케트공업부)), Pyongchon, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [NPWMD] (Linked To: MUNITIONS INDUSTRY DEPARTMENT).

ROCKET PCB SOLUTION LTD (Chinese Simplified: 东莞市跃捷电路科技有限公司), 301 Building B, Huafeng Digital Technology Industrial Park, Chaoyang Ro, Yanchuan, Songgang, Shenzhen, Guangdong 518105, China; No. 69, Lianfeng North Road, Xianxi Area, Changan Town, Dongguan, Guangdong, China; Website www.rocket-pcb.com; Additional Sanctions Information - Subject to Secondary Sanctions; Unified Social Credit Code (USCC) 91441900595831304L (China) [NPWMD] [IFSR] (Linked To: KHAZRA COMMUNICATIONS TECHNOLOGY SOLUTIONS).

ROCKSIDE ENTERPRISE (a.k.a. ROCKSIDE TRADING), House No. 44/1, Street No. 17, Khayaban-E-Mujahid, Phase-5 DHA, Karachi, Pakistan; 10th Floor, Emerald Tower, Main Clifton Road, Karachi 75600, Pakistan; Street 17, Karachi, Sindh, Pakistan; Tax ID No. 1295859 (Pakistan) [NPWMD].

ROCKSIDE TRADING (a.k.a. ROCKSIDE ENTERPRISE), House No. 44/1, Street No. 17, Khayaban-E-Mujahid, Phase-5 DHA, Karachi, Pakistan; 10th Floor, Emerald Tower, Main Clifton Road, Karachi 75600, Pakistan; Street 17, Karachi, Sindh, Pakistan; Tax ID No. 1295859 (Pakistan) [NPWMD].

ROCO DEL PACIFICO INMOBILIARIA, S.A. DE C.V. (a.k.a. ROCO INMOBILIARIA ROCO DEL PACIFICO; a.k.a. "GRUPO ROCO"), Culiacan, Sinaloa, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 29 Apr 2010; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. 79661 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CONDE URAGA, Martha Emilia).

ROCO INMOBILIARIA ROCO DEL PACIFICO (a.k.a. ROCO DEL PACIFICO INMOBILIARIA, S.A. DE C.V.; a.k.a. "GRUPO ROCO"), Culiacan, Sinaloa, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 29 Apr 2010; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. 79661 (Mexico) [SDGT] [ILLICIT-DRUGS-

EO14059] (Linked To: CONDE URAGA, Martha Emilia).

ROD SHIP MANAGEMENT CO (a.k.a. RAHBARAN OMID DARYA SHIP MANAGEMENT CO.; a.k.a. RAHBARAN-E OMID-E DARYA SHIP MANAGEMENT; a.k.a. RODSM; f.k.a. SOROUSH SARZAMIN ASATIR SHIP MANAGEMENT CO.; f.k.a. SOROUSH SARZAMIN ASATIR SSA; f.k.a. SSA SHIP MANAGEMENT CO.), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; No. 5, Shabnam Alley, Ghaem Magham Farahani Street, Shahid Motahari Avenue, Tehran, Iran; Website www.rodsmc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 341563 (Iran) [IRAN].

RODARTE GRIJALVA, Jose Luis, Calle Sierra del Pulpito No. 3206, Colonia Hacienda de Santa Fe, Chihuahua, Chihuahua, Mexico; Fraccionamiento Juarez, Chihuahua, Mexico; DOB 01 May 1960; POB Delicias, Chihuahua, Mexico; nationality Mexico; citizen Mexico; R.F.C. ROGJ-600501 (Mexico); C.U.R.P. ROGL600501HCHDRS06 (Mexico) (individual) [SDNTK].

RODIKOV, Mikhail Leonidovich (Cyrillic: РОДІКОВ, Михаил Леонідович; Cyrillic: РОДИКОВ, Михаил Леонидович), Kherson Region, Ukraine; DOB 26 Jan 1958; POB Ozyory, Moscow Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

RODINA GROUP (a.k.a. GRUPPA RODINA OOO), ul. Dmitrovka M. d. 18A, str. 3, et 3 pom. X office 3, Moscow 127006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jan 2020; Tax ID No. 7707437415 (Russia); Registration Number 1207700022364 (Russia) [RUSSIA-EO14024] (Linked To: VINER, Natan Adadievich).

RODINA STROI GRUPP OOO, ul. Dmitrovka M. d. 18A, str. 3, floor 3/office 5, Moscow 127006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Jul 2014; Tax ID No. 7702841712 (Russia); Registration Number 1147746813202 (Russia) [RUSSIA-EO14024] (Linked To: VINER, Natan Adadievich).

RODINA, Victoria Sergeyevna (Cyrillic: РОДИНА, Виктория Сергеевна), Russia; DOB 29 Oct 1989; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RODKIN, Andrei (Cyrillic: РОДКИН, Андрей) (a.k.a. RODKIN, Andrei Nikolaevich; a.k.a. RODKIN, Andrey); DOB 23 Sep 1976; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

RODKIN, Andrei Nikolaevich (a.k.a. RODKIN, Andrei (Cyrillic: РОДКИН, Андрей); a.k.a. RODKIN, Andrey); DOB 23 Sep 1976; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

RODKIN, Andrey (a.k.a. RODKIN, Andrei (Cyrillic: РОДКИН, Андрей); a.k.a. RODKIN, Andrei Nikolaevich); DOB 23 Sep 1976; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

RODNINA, Irina Konstantinovna (Cyrillic: РОДНИНА, Ирина Константиновна), Russia; DOB 12 Sep 1949; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RODRIGO ALVAREZ, Sacarias (a.k.a. ALVAREZ ZEPEDA, Alfredo; a.k.a. ONTIVEROS RIOS, Gabino), C. Paloma 903, Col. Fatima, Durango, Durango C.P. 34080, Mexico; Colonia San Jose del Barranco, Badiraguato, Sinaloa, Mexico; Boulevard Jesus Kumate Rodriguez, Kilometro 2 Edificio 2, Colonia Rincon del Valle, Culiacan, Sinaloa C.P. 80155, Mexico; Calle Loc Cospita S/N, Colonia Loc Cospita, Culiacan, Sinaloa C.P. 80000, Mexico; DOB 12 Sep 1977; alt. DOB 19 Feb 1981; POB Culiacan, Sinaloa, Mexico; alt. POB Vicente Guerrero, Durango, Mexico; R.F.C. OIRG810219GGA (Mexico); Credencial electoral RDALSC77091210H700 (Mexico); C.U.R.P. OIRG810219HSLNSB09 (Mexico); alt. C.U.R.P. ROAS770912HDGDLC02 (Mexico) (individual) [SDNTK].

RODRIGUEZ AGUIRRE, Mary Cruz, Calle Paseo de los Artistas 1196, Colonia Colinas de la Normal, Guadalajara, Jalisco, Mexico; DOB 03 May 1974; POB Veracruz, Mexico; nationality Mexico; Gender Female; C.U.R.P.

ROAM740503MVZDGR00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

RODRIGUEZ ALMEIDA, Cinthia Adriana, Mexico; DOB 31 Mar 1992; POB Chihuahua, Mexico; nationality Mexico; Gender Female; C.U.R.P. ROAC920331MCHDLN07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

RODRIGUEZ BALLADARES, Julio Modesto, Nicaragua; DOB 22 Jan 1963; POB Nicaragua; nationality Nicaragua; Gender Male; Passport C01659683 (Nicaragua) issued 14 Apr 2014 expires 14 Apr 2024; National ID No. 0012201630050J (Nicaragua) (individual) [NICARAGUA].

RODRIGUEZ CABELLO, Alexis Jose, Venezuela; DOB 01 Oct 1965; POB Venezuela; nationality Venezuela; Gender Male; Cedula No. V8959785 (Venezuela) (individual) [VENEZUELA].

RODRIGUEZ CARRENO LTDA. TODO BOLSAS Y COLSOBRES (a.k.a. TODOBOLSAS Y COLSOBRES), Carrera 20 No. 66-34, Bogota, Colombia; NIT # 860053774-1 (Colombia) [SDNT].

RODRIGUEZ DIAZ, Dilio Guillermo, Venezuela; DOB 25 Jun 1968; POB Venezuela; nationality Venezuela; Gender Male; Cedula No. V9600712 (Venezuela) (individual) [VENEZUELA].

RODRIGUEZ DIAZ, Julian Isaias (Latin: RODRÍGUEZ DÍAZ, Julián Isaías), Miranda, Venezuela; DOB 16 Dec 1942; POB Guarico, Venezuela; citizen Venezuela; Gender Male; Cedula No. 2218534 (Venezuela); Venezuelan Ambassador to Italy (individual) [VENEZUELA].

RODRIGUEZ ESPINOZA, Mario Antonio (a.k.a. RODRIGUEZ EZPINOZA, Mario Antonio), Miranda, Venezuela; DOB 16 Feb 1966; citizen Venezuela; Gender Male; Cedula No. 6859414 (Venezuela) (individual) [SDNTK] (Linked To: INVERSIONES MALAMAR R, C.A.).

RODRIGUEZ EZPINOZA, Mario Antonio (a.k.a. RODRIGUEZ ESPINOZA, Mario Antonio), Miranda, Venezuela; DOB 16 Feb 1966; citizen Venezuela; Gender Male; Cedula No. 6859414 (Venezuela) (individual) [SDNTK] (Linked To: INVERSIONES MALAMAR R, C.A.).

RODRIGUEZ FERNANDEZ, Andre, c/o AERONAUTICA CONDOR S.A. DE C.V., Toluca, Estado de Mexico, Mexico; c/o CONSULTORIA EN CAMBIOS FALCON S.A. DE C.V., Huixquilucan, Estado de Mexico, Mexico; Camino de Acceso a Pradera 41 Fracc. Cuspide Make 1003, Lomas Verdes 53120, Mexico; Cerrada J Camarillo No. 18, Colonia

Hogar y Redencion, Delegacion Alvaro Obregon, Mexico, Distrito Federal, Mexico; DOB 26 Aug 1971; POB Distrito Federal, Mexico; C.U.R.P. ROFA710826HDFDRN05 (Mexico) (individual) [SDNT].

RODRIGUEZ GARCIA, Abdon Federico (a.k.a. "Comandante Cucho"; a.k.a. "Cucho"), Nuevo Laredo, Tamaulipas, Mexico; DOB 16 Jan 1984; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. ROGA840116HTSDRB06 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DEL NORESTE).

RODRIGUEZ GOMEZ, Jorge J (a.k.a. JORGE J., Rodriguez Gomez; a.k.a. JORGE JESUS, Rodriguez Gomez; a.k.a. RODRIGUEZ GOMEZ, Jorge Jesus; a.k.a. RODRIGUEZ, Jorge), El Valle, Libertador, Capital District, Venezuela; DOB 09 Nov 1965; citizen Venezuela; Gender Male; Cedula No. 6823952 (Venezuela) (individual) [VENEZUELA].

RODRIGUEZ GOMEZ, Jorge Jesus (a.k.a. JORGE J., Rodriguez Gomez; a.k.a. JORGE JESUS, Rodriguez Gomez; a.k.a. RODRIGUEZ GOMEZ, Jorge J; a.k.a. RODRIGUEZ, Jorge), El Valle, Libertador, Capital District, Venezuela; DOB 09 Nov 1965; citizen Venezuela; Gender Male; Cedula No. 6823952 (Venezuela) (individual) [VENEZUELA].

RODRIGUEZ HERNANDEZ, Jose Saul, Mexico; DOB 05 Oct 1968; POB Oaxaca, Mexico; nationality Mexico; Gender Male; C.U.R.P. ROHS681005HOCDRL06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

RODRIGUEZ LOPEZ, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Carr. San Julian KM 1.5, San Miguel El Alto, San Julian, Jalisco 47170, Mexico; R.F.C. RLO960524C18 (Mexico); Folio Mercantil No. 12651 (Jalisco) (Mexico) [SDNTK].

RODRIGUEZ LOPEZ, Sergio (a.k.a. AMEZCUA CONTRERAS, Luis Ignacio; a.k.a. AMEZCUA, Luis; a.k.a. CONTRERAS, Luis C.; a.k.a. LOPEZ, Luis; a.k.a. LOZANO, Eduardo; a.k.a. OCHOA, Salvador); DOB 22 Feb 1964; alt. DOB 21 Feb 1964; alt. DOB 21 Feb 1974; POB Mexico (individual) [SDNTK].

RODRIGUEZ LOPEZ-CALLEJA, Luis Alberto (Latin: RODRÍGUEZ LÓPEZ-CALLEJA, Luis Alberto) (a.k.a. RODRIGUEZ LOPEZ-CALLEJAS, Luis Alberto (Latin: RODRÍGUEZ LÓPEZ-CALLEJAS, Luis Alberto)), Calle 49 A Nro. 3626, Playa, Havana, Cuba; DOB 19 Jan 1960; POB Cuba; nationality Cuba; Gender Male; Passport A009956 (Cuba) issued 23 Jan 2017 expires 23 Jan 2029 (individual) [CUBA].

RODRIGUEZ LOPEZ-CALLEJAS, Luis Alberto (Latin: RODRÍGUEZ LÓPEZ-CALLEJAS, Luis Alberto) (a.k.a. RODRIGUEZ LOPEZ-CALLEJA, Luis Alberto (Latin: RODRÍGUEZ LÓPEZ-CALLEJA, Luis Alberto)), Calle 49 A Nro. 3626, Playa, Havana, Cuba; DOB 19 Jan 1960; POB Cuba; nationality Cuba; Gender Male; Passport A009956 (Cuba) issued 23 Jan 2017 expires 23 Jan 2029 (individual) [CUBA].

RODRIGUEZ MEJIA, Ernesto Leonel, Nicaragua; DOB 05 Apr 1973; POB Nicaragua; nationality Nicaragua; Gender Male; Cedula No. 4410504730003N (Nicaragua) (individual) [NICARAGUA].

RODRIGUEZ MORFIN, Daniel (a.k.a. RODRIGUEZ OLIVERA, Daniel), Vereda del Canario 1, Guadalajara, Jalisco, Mexico; Sendero Las Acacias 92, Guadalajara, Jalisco, Mexico; Puerto de Hierro, Zapopan, Jalisco, Mexico; DOB 14 Feb 1974; alt. DOB 1973; POB Jalisco, Mexico; alt. POB Tecalitlan, Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 140044764 (Mexico); C.U.R.P. ROOD740214HJCDLN09 (Mexico) (individual) [SDNTK].

RODRIGUEZ MUCURA, Hildemaro Jose (a.k.a. MUCURA, Ildemaro Jose; a.k.a. RODRIGUEZ MUCURA, Ildemaro Jose), Caracas, Capital District, Venezuela; DOB 06 Jun 1977; Gender Male; Cedula No. 13432397 (Venezuela) (individual) [VENEZUELA].

RODRIGUEZ MUCURA, Ildemaro Jose (a.k.a. MUCURA, Ildemaro Jose; a.k.a. RODRIGUEZ MUCURA, Hildemaro Jose), Caracas, Capital District, Venezuela; DOB 06 Jun 1977; Gender Male; Cedula No. 13432397 (Venezuela) (individual) [VENEZUELA].

RODRIGUEZ OLIVERA, Daniel (a.k.a. RODRIGUEZ MORFIN, Daniel), Vereda del Canario 1, Guadalajara, Jalisco, Mexico; Sendero Las Acacias 92, Guadalajara, Jalisco, Mexico; Puerto de Hierro, Zapopan, Jalisco, Mexico; DOB 14 Feb 1974; alt. DOB 1973; POB Jalisco, Mexico; alt. POB Tecalitlan, Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 140044764 (Mexico); C.U.R.P. ROOD740214HJCDLN09 (Mexico) (individual) [SDNTK].

RODRIGUEZ OLIVERA, Miguel (a.k.a. MORFIN RODRIGUEZ, Miguel), C Simon Blvd. No. 47, Col Aviacio, Tijuana, Baja California, Mexico; Vereda del Canario 1, Guadalajara, Jalisco, Mexico; Sendero Las Acacias 92, Guadalajara, Jalisco, Mexico; Puerto de Hierro, Zapopan, Jalisco, Mexico; Puerto Vallarta, Jalisco, Mexico; Fraccionamiento Santa Isabel, Paseo San Eliseo 1695, Zapopan, Jalisco, Mexico; DOB 11 Aug 1976; alt. DOB 02 Sep 1977; POB Jalisco, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. ROOM760811HJCDLG00 (Mexico) (individual) [SDNTK].

RODRIGUEZ OLIVERA, Rosalina; DOB 03 Sep 1969; POB Tecalitlan, Jalisco; C.U.R.P. ROOR690903MJCDLS07 (Mexico) (individual) [SDNTK] (Linked To: GRUPO COMERCIAL ROOL, S.A. DE C.V.).

RODRIGUEZ OREJUELA, Gilberto Jose (a.k.a. "LUCAS"; a.k.a. "THE CHESS PLAYER"), Cali, Colombia; DOB 31 Jan 1939; Cedula No. 6068015 (Colombia); alt. Cedula No. 6067015 (Colombia); Passport T321642 (Colombia); alt. Passport 6067015 (Comoros); alt. Passport 77588 (Argentina); alt. Passport 10545599 (Venezuela) (individual) [SDNT].

RODRIGUEZ OREJUELA, Miguel Angel (a.k.a. "DOCTOR M.R.O."; a.k.a. "EL SENOR"; a.k.a. "MANOLO"; a.k.a. "MANUEL"; a.k.a. "MAURO"; a.k.a. "MIKE"; a.k.a. "PAT"; a.k.a. "PATRICIA"; a.k.a. "PATRICIO"; a.k.a. "PATTY"), Casa No. 19, Avenida Lago, Ciudad Jardin, Cali, Colombia; DOB 23 Nov 1943; alt. DOB 15 Jul 1943; Cedula No. 6095803 (Colombia) (individual) [SDNT].

RODRIGUEZ REYES, Allan Estuardo (a.k.a. RODRIGUEZ, Alan; a.k.a. RODRIGUEZ, Allan), San Lucas, Guatemala; DOB 19 Oct 1981; POB Guatemala; nationality Guatemala; Gender Male; Passport F5573390 (Guatemala) expires 31 Aug 2021; National ID No. 2754422680101 (Guatemala) (individual) [GLOMAG].

RODRIGUEZ RODRIGUEZ, Caryslia Beatriz, Caracas, Venezuela; DOB 16 Jul 1967; POB Maracay, Venezuela; nationality Venezuela; Gender Female; Cedula No. 8671555 (Venezuela) (individual) [VENEZUELA].

RODRIGUEZ RUIZ, Bayardo Ramon, KM 9 Carretera Nueva A Leon Y 300 Mts Al Este, Casa 9, Managua, Nicaragua; DOB 12 Apr 1961; POB Managua, Nicaragua; nationality Nicaragua; Gender Male; National ID No. 0011204610031W (Nicaragua); Diplomatic Passport A0008886 (Nicaragua) issued 12 Feb 2012 expires 12 Feb 2022 (individual) [NICARAGUA].

RODRIGUEZ SERRANO, Lucio, El Barrio de Guanajuato, Badiraguato, Sinaloa, Mexico; DOB 13 Dec 1946; POB Badiraguato, Sinaloa,

Mexico; nationality Mexico; Gender Male; C.U.R.P. ROSL461213HSLDRC09 (Mexico) (individual) [SDNTK].

RODRIGUEZ VASQUEZ, Fernain (a.k.a. CARRILLO, Abel); DOB 08 Jan 1972; POB Valparaiso, Caqueta, Colombia; Cedula No. 16191270 (Colombia) (individual) [SDNTK].

RODRIGUEZ, Alan (a.k.a. RODRIGUEZ REYES, Allan Estuardo; a.k.a. RODRIGUEZ, Allan), San Lucas, Guatemala; DOB 19 Oct 1981; POB Guatemala; nationality Guatemala; Gender Male; Passport F5573390 (Guatemala) expires 31 Aug 2021; National ID No. 2754422680101 (Guatemala) (individual) [GLOMAG].

RODRIGUEZ, Allan (a.k.a. RODRIGUEZ REYES, Allan Estuardo; a.k.a. RODRIGUEZ, Alan), San Lucas, Guatemala; DOB 19 Oct 1981; POB Guatemala; nationality Guatemala; Gender Male; Passport F5573390 (Guatemala) expires 31 Aug 2021; National ID No. 2754422680101 (Guatemala) (individual) [GLOMAG].

RODRIGUEZ, Antonio (a.k.a. LAREDO DON JUAN, Job; a.k.a. LAREDO DONJUAN, Job; a.k.a. LAREDO, Antonio; a.k.a. "GORDO"), Cuernavaca, Morelos, Mexico; DOB 17 Mar 1968; POB San Miguel Totolapan, Guerrero, Mexico; citizen Mexico; Gender Male; R.F.C. LADJ6803175F6 (Mexico); alt. R.F.C. LADJ6803178D1 (Mexico); C.U.R.P. LADJ680317HGRRNB04 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

RODRIGUEZ, Jorge (a.k.a. JORGE J., Rodriguez Gomez; a.k.a. JORGE JESUS, Rodriguez Gomez; a.k.a. RODRIGUEZ GOMEZ, Jorge J; a.k.a. RODRIGUEZ GOMEZ, Jorge Jesus), El Valle, Libertador, Capital District, Venezuela; DOB 09 Nov 1965; citizen Venezuela; Gender Male; Cedula No. 6823952 (Venezuela) (individual) [VENEZUELA].

RODSM (a.k.a. RAHBARAN OMID DARYA SHIP MANAGEMENT CO.; a.k.a. RAHBARAN-E OMID-E DARYA SHIP MANAGEMENT; a.k.a. ROD SHIP MANAGEMENT CO; f.k.a. SOROUSH SARZAMIN ASATIR SHIP MANAGEMENT CO.; f.k.a. SOROUSH SARZAMIN ASATIR SSA; f.k.a. SSA SHIP MANAGEMENT CO.), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; No. 5, Shabnam Alley, Ghaem Magham Farahani Street, Shahid Motahari Avenue, Tehran, Iran; Website www.rodsmc.com; Additional Sanctions

Information - Subject to Secondary Sanctions; Registration Number 341563 (Iran) [IRAN].

ROETZEL-STAHL GMBH & CO. KG (a.k.a. BREYELLER STAHL TECHNOLOGY GMBH & CO. KG; a.k.a. BREYELLER STAHL TECHNOLOGY GMBH AND CO. KG; f.k.a. ROETZEL-STAHL GMBH AND CO. KG), Josefstrasse 82, Nettetal 41334, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRA 4528 (Germany); all offices worldwide [IRAN].

ROETZEL-STAHL GMBH AND CO. KG (a.k.a. BREYELLER STAHL TECHNOLOGY GMBH & CO. KG; a.k.a. BREYELLER STAHL TECHNOLOGY GMBH AND CO. KG; f.k.a. ROETZEL-STAHL GMBH & CO. KG), Josefstrasse 82, Nettetal 41334, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRA 4528 (Germany); all offices worldwide [IRAN].

ROEZI, Pahlawan (a.k.a. ROSI, Pahlawan; a.k.a. ROSY, Pahlawan; a.k.a. ROZI, Pahlawan; a.k.a. ROZI, Palawan; a.k.a. ROZIUDIN, Pahlawan; a.k.a. ROZY, Palawan; a.k.a. RUZI, Pahlawan), 42S VF 88722 63166, Kunduz City, Kunduz Province, Afghanistan; 42S VF 88651 63126, Kunduz City, Kunduz District, Afghanistan; 42S VF 88648 63088, Kunduz City, Kunduz District, Afghanistan; DOB 1965; POB Kunduz City, Kunduz District, Afghanistan; nationality Afghanistan (individual) [SDNTK].

ROFO TRADING CO LTD, No. 10, East Xieyuda Road, Huizhou District, Huangshan City, Anhui, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Wholesale of other machinery and equipment [RUSSIA-EO14024].

ROGO, Aboud Mohammad (a.k.a. MOHAMED, Aboud Rogo; a.k.a. MOHAMMED, Aboud Rogo; a.k.a. MUHAMMAD, Aboud Rogo; a.k.a. ROGO, Aboud Mohammed; a.k.a. ROGO, Aboud Seif; a.k.a. ROGO, Sheikh Aboud); DOB 11 Nov 1960; alt. DOB 11 Nov 1967; alt. DOB 11 Nov 1969; alt. DOB 01 Jan 1969; POB Kenya; alt. POB Lamu Island, Kenya; citizen Kenya (individual) [SOMALIA].

ROGO, Aboud Mohammed (a.k.a. MOHAMED, Aboud Rogo; a.k.a. MOHAMMED, Aboud Rogo; a.k.a. MUHAMMAD, Aboud Rogo; a.k.a. ROGO, Aboud Mohammad; a.k.a. ROGO, Aboud Seif; a.k.a. ROGO, Sheikh Aboud); DOB 11 Nov 1960; alt. DOB 11 Nov 1967; alt. DOB 11 Nov 1969; alt. DOB 01 Jan 1969; POB Kenya; alt. POB Lamu Island, Kenya; citizen Kenya (individual) [SOMALIA].

ROGO, Aboud Seif (a.k.a. MOHAMED, Aboud Rogo; a.k.a. MOHAMMED, Aboud Rogo; a.k.a. MUHAMMAD, Aboud Rogo; a.k.a. ROGO, Aboud Mohammad; a.k.a. ROGO, Aboud Mohammed; a.k.a. ROGO, Sheikh Aboud); DOB 11 Nov 1960; alt. DOB 11 Nov 1967; alt. DOB 11 Nov 1969; alt. DOB 01 Jan 1969; POB Kenya; alt. POB Lamu Island, Kenya; citizen Kenya (individual) [SOMALIA].

ROGO, Sheikh Aboud (a.k.a. MOHAMED, Aboud Rogo; a.k.a. MOHAMMED, Aboud Rogo; a.k.a. MUHAMMAD, Aboud Rogo; a.k.a. ROGO, Aboud Mohammad; a.k.a. ROGO, Aboud Mohammed; a.k.a. ROGO, Aboud Seif); DOB 11 Nov 1960; alt. DOB 11 Nov 1967; alt. DOB 11 Nov 1969; alt. DOB 01 Jan 1969; POB Kenya; alt. POB Lamu Island, Kenya; citizen Kenya (individual) [SOMALIA].

ROGOV, Vladimir Valerevich (Cyrillic: РОГОВ, Владимир Валерьевич) (a.k.a. ROGOV, Volodimir Valerievich; a.k.a. ROGOV, Volodymyr Valeriyovych (Cyrillic: РОГОВ, Володимир Валерійович); a.k.a. ROHOV, Volodymyr), 16 Bydyonnovo St., Apartment 157, Zaporizhzhia, Ukraine; DOB 01 Dec 1976; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2809404718 (Ukraine) (individual) [RUSSIA-EO14024].

ROGOV, Volodimir Valerievich (a.k.a. ROGOV, Vladimir Valerevich (Cyrillic: РОГОВ, Владимир Валерьевич); a.k.a. ROGOV, Volodymyr Valeriyovych (Cyrillic: РОГОВ, Володимир Валерійович); a.k.a. ROHOV, Volodymyr), 16 Bydyonnovo St., Apartment 157, Zaporizhzhia, Ukraine; DOB 01 Dec 1976; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2809404718 (Ukraine) (individual) [RUSSIA-EO14024].

ROGOV, Volodymyr Valeriyovych (Cyrillic: РОГОВ, Володимир Валерійович) (a.k.a. ROGOV, Vladimir Valerevich (Cyrillic: РОГОВ, Владимир Валерьевич); a.k.a. ROGOV, Volodimir Valerievich; a.k.a. ROHOV, Volodymyr), 16 Bydyonnovo St., Apartment 157, Zaporizhzhia, Ukraine; DOB 01 Dec 1976; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2809404718 (Ukraine) (individual) [RUSSIA-EO14024].

ROGOZIN, Dmitriy (a.k.a. ROGOZIN, Dmitry; a.k.a. ROGOZIN, Dmitry Olegovich); DOB 21 Dec 1963; POB Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related

Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Prime Minister of the Russian Federation (individual) [UKRAINE-EO13661].

ROGOZIN, Dmitry (a.k.a. ROGOZIN, Dmitriy; a.k.a. ROGOZIN, Dmitry Olegovich); DOB 21 Dec 1963; POB Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Prime Minister of the Russian Federation (individual) [UKRAINE-EO13661].

ROGOZIN, Dmitry Olegovich (a.k.a. ROGOZIN, Dmitriy; a.k.a. ROGOZIN, Dmitry); DOB 21 Dec 1963; POB Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Prime Minister of the Russian Federation (individual) [UKRAINE-EO13661].

ROGULJIC, Slavko; DOB 1952 (individual) [BALKANS].

ROHOV, Volodymyr (a.k.a. ROGOV, Vladimir Valerevich (Cyrillic: РОГОВ, Владимир Валерьевич); a.k.a. ROGOV, Volodimir Valerievich; a.k.a. ROGOV, Volodymyr Valeriyovych (Cyrillic: РОГОВ, Володимир Валерійович)), 16 Bydyonnovo St., Apartment 157, Zaporizhzhia, Ukraine; DOB 01 Dec 1976; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2809404718 (Ukraine) (individual) [RUSSIA-EO14024].

ROJAS FRANCO, Jaime, Colombia; DOB 24 Dec 1957; POB Cartago, Valle, Colombia; nationality Colombia; citizen Colombia; Cedula No. 16210083 (Colombia) (individual) [SDNT].

ROJAS, Edinson Rodolfo (a.k.a. "PICHI"); DOB 26 Sep 1973; POB Medellin, Colombia; citizen Colombia; Cedula No. 98593559 (Colombia) (individual) [SDNTK].

ROKEM SERVICE (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU ROKEM SERVIS; a.k.a. ROCHEM SERVICE GMBH), Ul. Shpalernaya D.32, Kv. 21, Saint Petersburg 191123, Russia; 66, Sofiyskaya St., Saint Petersburg 192289, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Aug 1998; Tax ID No. 7825696462 (Russia); Registration Number 1037843010831 (Russia) [RUSSIA-EO14024].

ROKUDAIME YAMAGUCHI-GUMI (a.k.a. SIXTH YAMAGUCHI-GUMI; a.k.a. YAMAGUCHI-GUMI), 4-3-1 Shinohara-honmachi, Nada-Ku, Kobe City, Hyogo, Japan [TCO].

ROLDUGIN, Sergei Pavlovich (Cyrillic: РОЛДУГИН, Сергей Павлович) (a.k.a.

ROLDUGIN, Sergey (Cyrillic: РОЛДУГИН, Сергей)), Saint Petersburg, Russia; DOB 28 Sep 1951; POB Sakhalin Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ROLDUGIN, Sergey (Cyrillic: РОЛДУГИН, Сергей) (a.k.a. ROLDUGIN, Sergei Pavlovich (Cyrillic: РОЛДУГИН, Сергей Павлович)), Saint Petersburg, Russia; DOB 28 Sep 1951; POB Sakhalin Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ROMAN FIGUEROA, Jorge Damian (a.k.a. "EL SOLDADO"), Mexico; DOB 21 Aug 1978; POB Guaymas, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. ROFJ780821HSRMGR10 (Mexico) (individual) [SDNTK].

ROMAN FLORES, Luis Eduardo, Mexico; DOB 04 Sep 1982; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. ROFL820904HSRMLS05 (Mexico) (individual) [TCO] (Linked To: MALAS MANAS).

ROMANENKO, Oleg (a.k.a. ROMANENKO, Oleg Evgenievich; a.k.a. ROMANENKO, Oleg Yegemyevich), 29/8 Heroev Ave, Apt 51, Balakovo, Saratov Region, Russia; DOB 05 Oct 1963; POB Soledar, Bakhmut District, Donetsk Region, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 6308 264336 (Russia); Tax ID No. 643910675500 (Russia) (individual) [RUSSIA-EO14024].

ROMANENKO, Oleg Evgenievich (a.k.a. ROMANENKO, Oleg; a.k.a. ROMANENKO, Oleg Yegemyevich), 29/8 Heroev Ave, Apt 51, Balakovo, Saratov Region, Russia; DOB 05 Oct 1963; POB Soledar, Bakhmut District, Donetsk Region, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 6308 264336 (Russia); Tax ID No. 643910675500 (Russia) (individual) [RUSSIA-EO14024].

ROMANENKO, Oleg Yegemyevich (a.k.a. ROMANENKO, Oleg; a.k.a. ROMANENKO, Oleg Evgenievich), 29/8 Heroev Ave, Apt 51, Balakovo, Saratov Region, Russia; DOB 05 Oct 1963; POB Soledar, Bakhmut District, Donetsk Region, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 6308 264336 (Russia); Tax ID No. 643910675500 (Russia) (individual) [RUSSIA-EO14024].

ROMANENKO, Roman Yuryevich (Cyrillic: РОМАНЕНКО, Роман Юрьевич), Russia; DOB 09 Aug 1971; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ROMANOV PARTSKHALADZE, Otar Anzorovich (Cyrillic: РОМАНОВ ПАРЦХАЛАДЗЕ, Отар Анзорович) (a.k.a. PHARTSKHALADZE, Otar (Georgian: ფარცხალაძე, ოთარ)), Georgia; DOB 18 Jun 1976; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 11BA33281 (Georgia); National ID No. 01008013231 (Georgia); Tax ID No. 710000237020 (Russia) (individual) [RUSSIA-EO14024].

ROMANOV, Mikhail Valentinovich (Cyrillic: РОМАНОВ, Михаил Валентинович), Russia; DOB 03 Nov 1984; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ROMASHKIN, Ruslan (a.k.a. ROMASHKIN, Ruslan Aleksandrovich (Cyrillic: РОМАШКИН, Руслан Александрович)); DOB 15 Jun 1976; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Service Command Point of the Federal Security Service of the Russian Federation for the Republic of Crimea and Sevastopol (individual) [UKRAINE-EO13661].

ROMASHKIN, Ruslan Aleksandrovich (Cyrillic: РОМАШКИН, Руслан Александрович) (a.k.a. ROMASHKIN, Ruslan); DOB 15 Jun 1976; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Service Command Point of the Federal Security Service of the Russian Federation for the Republic of Crimea and Sevastopol (individual) [UKRAINE-EO13661].

ROMDOUL CAPITAL PAWN CO., LTD., 21, 352 Boeng Keng Kang Muoy, Chamkar Mon, Phnom Penh, Cambodia; Company Number 00005573 (Cambodia) [GLOMAG] (Linked To: PHARA, Kim).

ROMDOUL DEVELOPMENT CO., LTD., Boeng Keng Kang Moy, Chamkar Mon, Phnom Penh, Cambodia; Company Number 00024848

(Cambodia) [GLOMAG] (Linked To: PHARA, Kim).

ROMERO BOLIVAR, Orlando Ramon, Venezuela; DOB 18 Sep 1969; POB Venezuela; nationality Venezuela; Gender Male; Cedula No. V8777449 (Venezuela) (individual) [VENEZUELA].

ROMERO GARCIA, Dany Balmore (Latin: ROMERO GARCÍA, Dany Balmore) (a.k.a. "BIG BOY"; a.k.a. "D-BOY"), Pje. 6, Casa 11, Soyapango, San Salvador, El Salvador; DOB 26 Apr 1974; Identification Number 04237453-4 (El Salvador) (individual) [TCO] (Linked To: MS-13).

ROMERO RODRIGUEZ, Alexis; DOB 28 Jul 1970; POB Cali, Colombia; Cedula No. 16790481 (Colombia) (individual) [SDNTK].

ROMERO SANCHEZ, Antonio (a.k.a. "Comandante R"; a.k.a. "Comandante Romeo"; a.k.a. "Romeo"), Piedras Negras, Coahuila, Mexico; Victoria, Tamaulipas, Mexico; DOB 27 Jul 1984; POB Veracruz, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. ROSA840727HVZMNN06 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DEL NORESTE).

ROMERO WIRICHAGA, Ramiro Martin, Nogales, Sonora, Mexico; DOB 16 Sep 1978; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. ROWR780916HSRMRM03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ROMERO ZEVADA, Demetrio, Nogalitos No. 17, Quila, Sinaloa, Mexico; DOB 09 Apr 1973; POB Culiacan, Sinaloa, Mexico; C.U.R.P. ROZD730409HSLMVM09 (Mexico) (individual) [SDNTK] (Linked To: COMERCIALIZADORA Y FRIGORIFICOS DE LA PERLA DEL PACIFICO, S.A. DE C.V.; Linked To: PRODUCCION PESQUERA DONA MARIELA, S.A. DE C.V.).

ROMERO, Antonio (a.k.a. ALCIDES MAGANA, Ramon; a.k.a. ALCIDES MAGANE, Ramon; a.k.a. ALCIDES MAYENA, Ramon; a.k.a. ALCIDEZ MAGANA, Ramon; a.k.a. GONZALEZ QUIONES, Jorge; a.k.a. MAGANA ALCIDES, Ramon; a.k.a. MAGANA, Jorge; a.k.a. MAGNA ALCIDEDES, Ramon; a.k.a. MATA, Alcides; a.k.a. RAMON MAGANA, Alcedis; a.k.a. RAMON MAGANA, Alcides); DOB 04 Sep 1957 (individual) [SDNTK].

ROMERO, Yohan Jose (a.k.a. PETRICA, Johan), Venezuela; DOB 31 Oct 1977; POB Venezuela;

nationality Venezuela; citizen Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

ROMIK S.A., P.H. Plaza 2000, Piso 11, Urbanizacion Marbella, Panama City, Panama; RUC # 1661921-1-677849 (Panama) [SDNTK].

ROMO LOPEZ, Martin (a.k.a. ROMO LOPEZ, Martin de Jesus), Piedras Negras, Coahuila, Mexico; DOB 02 Jun 1964; POB Tabasco, Zacatecas; nationality Mexico; citizen Mexico; C.U.R.P. ROLM640602HZSMPR05 (Mexico) (individual) [SDNTK].

ROMO LOPEZ, Martin de Jesus (a.k.a. ROMO LOPEZ, Martin), Piedras Negras, Coahuila, Mexico; DOB 02 Jun 1964; POB Tabasco, Zacatecas; nationality Mexico; citizen Mexico; C.U.R.P. ROLM640602HZSMPR05 (Mexico) (individual) [SDNTK].

RONAGHI, Iraj, No. 3-11 Tower B, Tehran Towers, Hormozan St. Phase 2, Shahrak, Qods, Tehran, Iran; DOB 18 Nov 1952; POB Tehran, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: MERAJ AIR).

RONIN CONSULTANCY (a.k.a. RONIN MANAGEMENT B.V.; a.k.a. RONIN TRADING), Haarlemmerstraat 5 K.03-1, Gemeente Hillegom 2182 HA, Netherlands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 May 2004; Tax ID No. 813234815 (Netherlands); Registration Number 34207537 (Netherlands) [RUSSIA-EO14024].

RONIN MANAGEMENT B.V. (a.k.a. RONIN CONSULTANCY; a.k.a. RONIN TRADING), Haarlemmerstraat 5 K.03-1, Gemeente Hillegom 2182 HA, Netherlands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 May 2004; Tax ID No. 813234815 (Netherlands); Registration Number 34207537 (Netherlands) [RUSSIA-EO14024].

RONIN TRADING (a.k.a. RONIN CONSULTANCY; a.k.a. RONIN MANAGEMENT B.V.), Haarlemmerstraat 5 K.03-1, Gemeente Hillegom 2182 HA, Netherlands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 May 2004; Tax ID No. 813234815 (Netherlands);

Registration Number 34207537 (Netherlands) [RUSSIA-EO14024].

ROOBOW, Cabdi (a.k.a. DHEERE, Suhayb; a.k.a. DHEERE, Suheib; a.k.a. SHINI, Abdi Rooble), Qudus, Lower Juba, Somalia; DOB 1981; alt. DOB 1982; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

ROOL EUROPE AG, Alsterberg 18 B, 22335, Hamburg 22335, Germany; Dessauer Str. 2-4, Hamburg 20457, Germany; Commercial Registry Number HRB96201 (Germany) [SDNTK].

ROSALEJOS-PAREJA, Dino Amor (a.k.a. AMINAH, Khalil Pareja; a.k.a. PAREJA, Dinno Amor Rosalejos; a.k.a. PAREJA, Dinno Rosalejos; a.k.a. PAREJA, Johnny; a.k.a. PAREJA, Kahlil; a.k.a. PAREJA, Khalil), Atimonan, Quezon Province, Philippines; DOB 19 Jul 1981; POB Cebu City, Cebu Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ROSARIO NIEBLA CARDOZA A. EN P. (a.k.a. GASOLINERA ROSARIO), Avenida Manuel Vallarta 2141, Colonia Centro, Culiacan, Sinaloa 80129, Mexico; R.F.C. NICR-461006-T36 (Mexico) [SDNTK].

ROSARIO, Felix Ramon Bautista; DOB 16 Jun 1963; POB S. J. de la Maguana, Dominican Republic; nationality Dominican Republic; Gender Male; Passport SR0007428 (Dominican Republic); alt. Passport SC3002191 (Dominican Republic); National ID No. 00101651586 (Dominican Republic) (individual) [GLOMAG].

ROSAS CAMBA, Liliana, Jamaica Numero 1411, Colonia Cinco de Diciembre, Puerto Vallarta, Jalisco, Mexico; DOB 20 May 1992; POB Jalisco, Mexico; nationality Mexico; Gender Female; C.U.R.P. ROCL920520MJCSML00 (Mexico) (individual) [SDNTK].

ROSATOM DIGITAL SOLUTIONS LIMITED LIABILITY COMPANY (a.k.a. RUSATOM DIGITAL SOLUTIONS; a.k.a. "RDS LLC"), Per. Kholodilnyi D. 3, Str. 2, Moscow 115191, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7726447225 (Russia); Registration Number 1197746082093 (Russia) [RUSSIA-EO14024].

ROSATOM INNOHUB (a.k.a. INNOVATION HUB LIMITED LIABILITY COMPANY; a.k.a.

"INNOHUB LLC"), Per. Bolshoi Tolmachevskii D. 4, Str. 1, Pomeshch. 4/1, Moscow 119017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9724042820 (Russia); Registration Number 1217700144738 (Russia) [RUSSIA-EO14024].

ROSATOM MICROELECTRONICS JOINT STOCK COMPANY (a.k.a. "RAM JSC"), ul. Raspletina, 5 str. 1, Moscow 123060, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7721566412 (Russia); Registration Number 5067746792779 (Russia) [RUSSIA-EO14024].

ROSATOMPORT (a.k.a. FEDERAL STATE UNITARY ENTERPRISE HYDROGRAPHIC COMPANY; a.k.a. FGUP GIDROGRAFICHESKOE PREDPRIYATIE (Cyrillic: ФГУП ГИДРОГРАФИЧЕСКОЕ ПРЕДПРИЯТИЕ); a.k.a. FGUP HYDROGRAPHIC COMPANY STATE CORPORATION ROSATOM; a.k.a. RUSSIA GOVT HYDROGRAPHIC DEPT), Prospekt Moskovskii, 12, Saint Petersburg 190031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Apr 1994; Organization Type: Inland freight water transport; Tax ID No. 7812022096 (Russia); Registration Number 1027810266758 (Russia) [RUSSIA-EO14024].

ROSBANK PJSC (f.k.a. AKB ROSBANK OAO; f.k.a. AKB ROSBANK PAO; f.k.a. COMMERCIAL BANK NEZAVISIMOST; f.k.a. JOINT STOCK COMMERCIAL BANK ROSBANK; a.k.a. PUBLIC JOINT STOCK COMPANY ROSBANK), 34 Mashy Poryvaevoy Street, Moscow 107078, Russia; PO Box 208, Moscow 107078, Russia; SWIFT/BIC RSBNRUMM; Website https://www.rosbank.ru/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 02 Mar 1993; Equity Ticker ROSB; ISIN RU000A0HHK26; Target Type Financial Institution; Tax ID No. 7730060164 (Russia); Legal Entity Number HOXMZG026UQNRK6J0C60; Registration Number 1027739460737 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

ROSDORBANK (a.k.a. RUSSIAN PUBLIC JOINT STOCK COMMERCIAL ROADS BANK), Dubininskaya Street 86, Moscow 115093, Russia; SWIFT/BIC ROSORUMM; Website www.rdb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7718011918 (Russia); Legal Entity Number 253400D214P5D31NSL16; Registration Number 1027739857958 (Russia); Global Intermediary Identification Number BSLLB8.99999.SL.643 [RUSSIA-EO14024].

ROSE SHIPPING LIMITED (a.k.a. ROSE SHIPPING LTD; a.k.a. ROSE SHIPPING LTD-LIB), 80 Broad Street, Monrovia, Liberia; 2, Plastira Street, 166 73, Voula, Greece; Website www.rose-shipping.gr; Organization Established Date 29 May 1995; alt. Organization Established Date 2003; V.A.T. Number 098093215 (Greece); Identification Number IMO 5379292 [IRAN-EO13902].

ROSE SHIPPING LTD (a.k.a. ROSE SHIPPING LIMITED; a.k.a. ROSE SHIPPING LTD-LIB), 80 Broad Street, Monrovia, Liberia; 2, Plastira Street, 166 73, Voula, Greece; Website www.rose-shipping.gr; Organization Established Date 29 May 1995; alt. Organization Established Date 2003; V.A.T. Number 098093215 (Greece); Identification Number IMO 5379292 [IRAN-EO13902].

ROSE SHIPPING LTD-LIB (a.k.a. ROSE SHIPPING LIMITED; a.k.a. ROSE SHIPPING LTD), 80 Broad Street, Monrovia, Liberia; 2, Plastira Street, 166 73, Voula, Greece; Website www.rose-shipping.gr; Organization Established Date 29 May 1995; alt. Organization Established Date 2003; V.A.T. Number 098093215 (Greece); Identification Number IMO 5379292 [IRAN-EO13902].

ROSEHILL DRC SASU, Immeuble 1113, 8eme etage, No. 110 Boulevard Du 30 Juin, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-01317 (Congo, Democratic Republic of the) [GLOMAG] (Linked To: WOODFORD ENTERPRISES LIMITED SASU).

ROSEKSIMBANK, ZAO (a.k.a. AO ROSEKSIMBANK (Cyrillic: АО РОСЭКСИМБАНК); a.k.a. EXIMBANK OF RUSSIA; a.k.a. EXIMBANK OF RUSSIA JSC; a.k.a. EXIMBANK OF RUSSIA ZAO; a.k.a. GOSUDARSTVENNY SPETSIALIZIROVANNY ROSSISKI EKSPORTNO-IMPORTNY BANK (ZAKRYTOE AKTSIONERNOE OBSHCHESTVO); a.k.a. RUSSIAN EXPORT-IMPORT BANK; a.k.a. STATE SPECIALIZED RUSSIAN EXPORT-IMPORT BANK JOINT-STOCK COMPANY (Cyrillic: ГОСУДАРСТВЕННЫЙ СПЕЦИАЛИЗИРОВАННЫЙ РОССИЙСКИЙ ЭКСПОРТНО-ИМПОРТНЫЙ БАНК АКЦИОНЕРНОЕ ОБЩЕСТВО)), 12 Krasnopresnenskaya Embankments, Moscow 123610, Russia; SWIFT/BIC EXIRRUMM; Website eximbank.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 May 1994; Target Type Financial Institution; Tax ID No. 7704001959 (Russia); Legal Entity Number 253400HA6URWT39X2982; Registration Number 1027739109133 (Russia); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

ROSETTA GAMING INC (a.k.a. JEUX ROSETTA INC), Montreal, Quebec, Canada; Organization Established Date 17 Dec 2014; Company Number 912385-7 (Canada); Business Number 819833187RC0001 (Canada) [TCO] (Linked To: HYSA, Luftar).

ROSETTA GAMING S.A. DE C.V., Nuevo Leon, Mexico; Organization Established Date 08 Aug 2016; Organization Type: Manufacture of industrial, electric and electronic machinery; Folio Mercantil No. 33158 (Mexico) [TCO] (Linked To: HYSA, Arben; Linked To: HYSA, Luftar).

ROSETTA GAMING SP ZOO (a.k.a. ROSETTA GAMING SPOLKA Z OGRANICZONA ODPOWIEDZIALNOSCIA (Latin: ROSETTA GAMING SPÓŁKA Z OGRANICZONĄ ODPOWIEDZIALNOŚCIĄ)), Krakow, Poland; Website https://rosettagaming.com; Organization Established Date 15 Nov 2018; V.A.T. Number 9452223453 (Poland); Registration Number KRS0000756864 (Poland) [TCO] (Linked To: HYSA, Fabjon).

ROSETTA GAMING SPOLKA Z OGRANICZONA ODPOWIEDZIALNOSCIA (Latin: ROSETTA GAMING SPÓŁKA Z OGRANICZONĄ ODPOWIEDZIALNOŚCIĄ) (a.k.a. ROSETTA GAMING SP ZOO), Krakow, Poland; Website https://rosettagaming.com; Organization

Established Date 15 Nov 2018; V.A.T. Number 9452223453 (Poland); Registration Number KRS0000756864 (Poland) [TCO] (Linked To: HYSA, Fabjon).

ROSGEO (a.k.a. AO ROSGEO (Cyrillic: АО РОСГЕО); a.k.a. JSC ROSGEOLOGIA (Cyrillic: АО РОСГЕОЛОГИЯ); a.k.a. ROSGEOLOGIYA OAO; a.k.a. ROSGEOLOGY), Khersonskaya st., 43/3, Moscow 117246, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724294887 (Russia); Registration Number 1047724014040 (Russia) [RUSSIA-EO14024].

ROSGEOLOGIYA OAO (a.k.a. AO ROSGEO (Cyrillic: АО РОСГЕО); a.k.a. JSC ROSGEOLOGIA (Cyrillic: AO РОСГЕОЛОГИЯ); a.k.a. ROSGEO; a.k.a. ROSGEOLOGY), Khersonskaya st., 43/3, Moscow 117246, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724294887 (Russia); Registration Number 1047724014040 (Russia) [RUSSIA-EO14024].

ROSGEOLOGY (a.k.a. AO ROSGEO (Cyrillic: АО РОСГЕО); a.k.a. JSC ROSGEOLOGIA (Cyrillic: АО РОСГЕОЛОГИЯ); a.k.a. ROSGEO; a.k.a. ROSGEOLOGIYA OAO), Khersonskaya st., 43/3, Moscow 117246, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724294887 (Russia); Registration Number 1047724014040 (Russia) [RUSSIA-EO14024].

ROSGOSSTRAKH INSURANCE COMPANY GROUP (a.k.a. IC ROSGOSSTRAKH PJSC; a.k.a. PJSC IC ROSGOSSTRAKH (Cyrillic: ПАО СК РОСГОССТРАХ); a.k.a. PUBLIC JOINT STOCK COMPANY INSURANCE COMPANY ROSGOSSTRAKH (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СТРАХОВАЯ КОМПАНИЯ РОСГОССТРАХ)), dom 3, ulitsa Parkovaya, Lyubertsy, Moscow Oblast 140002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707067683 (Russia); Registration Number 1027739049689 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

ROSHAN MONEY EXCHANGE (a.k.a. AHMAD SHAH HAWALA; a.k.a. HAJI AHMAD SHAH HAWALA; a.k.a. MAULAWI AHMED SHAH HAWALA; a.k.a. MULLAH AHMED SHAH HAWALA; a.k.a. ROSHAN SARAFI; a.k.a. ROSHAN SHIRKAT; a.k.a. ROSHAN TRADING COMPANY; a.k.a. RUSHAAN TRADING COMPANY), Floor 5, Shop 25, Kandahar City Sarafi Market, Kandahar District, Kandahar Province, Afghanistan; Lakri, Helmand Province, Afghanistan; Aziz Market, In front of Azizi Bank, Waish Border, Spin Boldak District, Kandahar Province, Afghanistan; Gardi Jungle, Balochistan Province, Pakistan; Chaghi, Balochistan Province, Pakistan; Fahr Khan (variant Furqan) Center, Shop Number 1584, Chalhor Mal Road, Quetta, Balochistan Province, Pakistan; St. Flore, Flat Number 4, Furqan Center, Jamaludden (variant Jamaludin) Afghani Road, Quetta, Balochistan Province, Pakistan; Muslim Plaza Building, Doctor Banu Road, 2nd Floor, Office Number 4, Quetta, Balochistan Province, Pakistan; Cholmon Road, Quetta, Balochistan Province, Pakistan; Munsafi Road, Quetta, Balochistan Province, Pakistan; Abdul Samad Khan Street, Next to Fathma Jena Road, Kadari Place, 1st Floor, Shop Number 1, Quetta, Balochistan Province, Pakistan; Safar Bazaar, Garm Ser District, Helmand Province, Afghanistan; Main Bazaar, Safar, Helmand Province, Afghanistan; Money Exchange Market, Lashkar Gah, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, Lashkar Gah, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Helmand Province, Afghanistan; Hazar Joft, Garmser District, Helmand Province, Afghanistan; Ismat Bazaar, Marjah District, Helmand Province, Afghanistan; Zaranj, Nimruz Province, Afghanistan; Suite 8, 4th Floor, Sarrafi Market, District 1, Kandahar City, Kandahar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: TALIBAN).

ROSHAN SARAFI (a.k.a. AHMAD SHAH HAWALA; a.k.a. HAJI AHMAD SHAH HAWALA; a.k.a. MAULAWI AHMED SHAH HAWALA; a.k.a. MULLAH AHMED SHAH HAWALA; a.k.a. ROSHAN MONEY EXCHANGE; a.k.a. ROSHAN SHIRKAT; a.k.a. ROSHAN TRADING COMPANY; a.k.a. RUSHAAN TRADING COMPANY), Floor 5, Shop 25, Kandahar City Sarafi Market, Kandahar District, Kandahar Province, Afghanistan; Lakri, Helmand Province, Afghanistan; Aziz Market, In front of Azizi Bank, Waish Border, Spin Boldak District, Kandahar Province, Afghanistan; Gardi Jungle, Balochistan Province, Pakistan; Chaghi, Balochistan Province, Pakistan; Fahr Khan (variant Furqan) Center, Shop Number 1584, Chalhor Mal Road, Quetta, Balochistan Province, Pakistan; St. Flore, Flat Number 4, Furqan Center, Jamaludden (variant Jamaludin) Afghani Road, Quetta, Balochistan Province, Pakistan; Muslim Plaza Building, Doctor Banu Road, 2nd Floor, Office Number 4, Quetta, Balochistan Province, Pakistan; Cholmon Road, Quetta, Balochistan Province, Pakistan; Munsafi Road, Quetta, Balochistan Province, Pakistan; Abdul Samad Khan Street, Next to Fathma Jena Road, Kadari Place, 1st Floor, Shop Number 1, Quetta, Balochistan Province, Pakistan; Safar Bazaar, Garm Ser District, Helmand Province, Afghanistan; Main Bazaar, Safar, Helmand Province, Afghanistan; Money Exchange Market, Lashkar Gah, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, Lashkar Gah, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Helmand Province, Afghanistan; Hazar Joft, Garmser District, Helmand Province, Afghanistan; Ismat Bazaar, Marjah District, Helmand Province, Afghanistan; Zaranj, Nimruz Province, Afghanistan; Suite 8, 4th Floor, Sarrafi Market, District 1, Kandahar City, Kandahar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: TALIBAN).

ROSHAN SHIRKAT (a.k.a. AHMAD SHAH HAWALA; a.k.a. HAJI AHMAD SHAH HAWALA; a.k.a. MAULAWI AHMED SHAH HAWALA; a.k.a. MULLAH AHMED SHAH HAWALA; a.k.a. ROSHAN MONEY EXCHANGE; a.k.a. ROSHAN SARAFI; a.k.a. ROSHAN TRADING COMPANY; a.k.a. RUSHAAN TRADING COMPANY), Floor 5, Shop 25, Kandahar City Sarafi Market, Kandahar District, Kandahar Province, Afghanistan; Lakri, Helmand Province, Afghanistan; Aziz Market, In front of Azizi Bank, Waish Border, Spin Boldak District, Kandahar Province, Afghanistan; Gardi Jungle, Balochistan Province, Pakistan; Chaghi, Balochistan Province, Pakistan; Fahr Khan (variant Furqan) Center, Shop Number 1584, Chalhor Mal Road, Quetta, Balochistan Province, Pakistan; St. Flore, Flat Number 4, Furqan Center, Jamaludden (variant Jamaludin) Afghani Road, Quetta, Balochistan Province, Pakistan; Muslim Plaza Building, Doctor Banu Road, 2nd Floor, Office Number 4, Quetta, Balochistan Province, Pakistan; Cholmon Road, Quetta, Balochistan Province, Pakistan; Munsafi Road, Quetta, Balochistan Province, Pakistan;

Abdul Samad Khan Street, Next to Fathma Jena Road, Kadari Place, 1st Floor, Shop Number 1, Quetta, Balochistan Province, Pakistan; Safar Bazaar, Garm Ser District, Helmand Province, Afghanistan; Main Bazaar, Safar, Helmand Province, Afghanistan; Money Exchange Market, Lashkar Gah, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, Lashkar Gah, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Helmand Province, Afghanistan; Hazar Joft, Garmser District, Helmand Province, Afghanistan; Ismat Bazaar, Marjah District, Helmand Province, Afghanistan; Zaranj, Nimruz Province, Afghanistan; Suite 8, 4th Floor, Sarrafi Market, District 1, Kandahar City, Kandahar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: TALIBAN).

ROSHAN TRADING COMPANY (a.k.a. AHMAD SHAH HAWALA; a.k.a. HAJI AHMAD SHAH HAWALA; a.k.a. MAULAWI AHMED SHAH HAWALA; a.k.a. MULLAH AHMED SHAH HAWALA; a.k.a. ROSHAN MONEY EXCHANGE; a.k.a. ROSHAN SARAFI; a.k.a. ROSHAN SHIRKAT; a.k.a. RUSHAAN TRADING COMPANY), Floor 5, Shop 25, Kandahar City Sarafi Market, Kandahar District, Kandahar Province, Afghanistan; Lakri, Helmand Province, Afghanistan; Aziz Market, In front of Azizi Bank, Waish Border, Spin Boldak District, Kandahar Province, Afghanistan; Gardi Jungle, Balochistan Province, Pakistan; Chaghi, Balochistan Province, Pakistan; Fahr Khan (variant Furqan) Center, Shop Number 1584, Chalhor Mal Road, Quetta, Balochistan Province, Pakistan; St. Flore, Flat Number 4, Furqan Center, Jamaludden (variant Jamaludin) Afghani Road, Quetta, Balochistan Province, Pakistan; Muslim Plaza Building, Doctor Banu Road, 2nd Floor, Office Number 4, Quetta, Balochistan Province, Pakistan; Cholmon Road, Quetta, Balochistan Province, Pakistan; Munsafi Road, Quetta, Balochistan Province, Pakistan; Abdul Samad Khan Street, Next to Fathma Jena Road, Kadari Place, 1st Floor, Shop Number 1, Quetta, Balochistan Province, Pakistan; Safar Bazaar, Garm Ser District, Helmand Province, Afghanistan; Main Bazaar, Safar, Helmand Province, Afghanistan; Money Exchange Market, Lashkar Gah, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, Lashkar Gah, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Helmand

Province, Afghanistan; Hazar Joft, Garmser District, Helmand Province, Afghanistan; Ismat Bazaar, Marjah District, Helmand Province, Afghanistan; Zaranj, Nimruz Province, Afghanistan; Suite 8, 4th Floor, Sarrafi Market, District 1, Kandahar City, Kandahar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: TALIBAN).

ROSHAN, Gholamreza (Arabic: غلامرضا روشان), Khuzestan Province, Iran; DOB 01 Dec 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3030118861 (Iran) (individual) [IRAN-HR].

ROSHCHUPKIN, Vladimir Nikolaevich, Russia; DOB 02 Jun 1963; POB Pershino, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 662316649390 (Russia) (individual) [RUSSIA-EO14024].

ROSI, Pahlawan (a.k.a. ROEZI, Pahlawan; a.k.a. ROSY, Pahlawan; a.k.a. ROZI, Pahlawan; a.k.a. ROZI, Palawan; a.k.a. ROZIUDIN, Pahlawan; a.k.a. ROZY, Palawan; a.k.a. RUZI, Pahlawan), 42S VF 88722 63166, Kunduz City, Kunduz Province, Afghanistan; 42S VF 88651 63126, Kunduz City, Kunduz District, Afghanistan; 42S VF 88648 63088, Kunduz City, Kunduz District, Afghanistan; DOB 1965; POB Kunduz City, Kunduz District, Afghanistan; nationality Afghanistan (individual) [SDNTK].

ROSIC, Marko, Kosovo; DOB 28 Jun 1993; POB Mitrovica, Kosovo; Gender Male (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

ROSLAMI LIMITED (Chinese Traditional: 羅斯拉有限公司), Unit 1307 Beverly Commercial Centre, 87-105 Chatham Road South, Tsim Sha Tsui, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 27 Mar 2023; Company Number 3256156 (Hong Kong); Business Registration Number 75086221 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

ROSMETALLKOMPLEKT AO (a.k.a. LIMITED LIABILITY COMPANY RMK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РМК)), D. 26 litera A pom. 9N, Ul. Gorokhovaya, Saint Petersburg

191023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7840054004 (Russia); Registration Number 1167847286530 (Russia) [RUSSIA-EO14024].

ROSNEFT (a.k.a. OAO ROSNEFT OIL COMPANY; a.k.a. OIL COMPANY ROSNEFT; a.k.a. OJSC ROSNEFT OIL COMPANY; a.k.a. OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY; a.k.a. ROSNEFT OIL COMPANY), 26/1 Sofiyskaya Embankment, Moscow 115035, Russia; Website www.rosneft.com; alt. Website www.rosneft.ru; Email Address postman@rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1027700043502 (Russia); Tax ID No. 7706107510 (Russia); Government Gazette Number 00044428 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

ROSNEFT OIL COMPANY (a.k.a. OAO ROSNEFT OIL COMPANY; a.k.a. OIL COMPANY ROSNEFT; a.k.a. OJSC ROSNEFT OIL COMPANY; a.k.a. OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY; a.k.a. ROSNEFT), 26/1 Sofiyskaya Embankment, Moscow 115035, Russia; Website www.rosneft.com; alt. Website www.rosneft.ru; Email Address postman@rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1027700043502 (Russia); Tax ID No. 7706107510 (Russia); Government Gazette Number 00044428 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

ROSNEFT TRADING S.A., Rue Place du Lac 2, 1204, Geneva, Switzerland; Website www.rosneft.com; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. CHE-309.842.573 (Switzerland); Registration Number CH-660.0.257.011-8 (Switzerland); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [VENEZUELA-EO13850] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

ROSOBORONEKSPORT OAO (a.k.a. ROSOBORONEKSPORT OJSC; a.k.a. ROSOBORONEXPORT JSC; a.k.a. RUSSIAN DEFENSE EXPORT ROSOBORONEXPORT), 27 Stromynka Ul., Moscow 107076, Russia; Website www.roe.ru; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1117746521452 (Russia); Tax ID No. 7718852163 (Russia); Government Gazette Number 56467052 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

ROSOBORONEKSPORT OJSC (a.k.a. ROSOBORONEKSPORT OAO; a.k.a. ROSOBORONEXPORT JSC; a.k.a. RUSSIAN DEFENSE EXPORT ROSOBORONEXPORT), 27 Stromynka Ul., Moscow 107076, Russia; Website www.roe.ru; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1117746521452 (Russia); Tax ID No. 7718852163 (Russia); Government Gazette Number 56467052 (Russia); For more information on directives, please visit the following link:

http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

ROSOBORONEXPORT JSC (a.k.a. ROSOBORONEKSPORT OAO; a.k.a. ROSOBORONEKSPORT OJSC; a.k.a. RUSSIAN DEFENSE EXPORT ROSOBORONEXPORT), 27 Stromynka Ul., Moscow 107076, Russia; Website www.roe.ru; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1117746521452 (Russia); Tax ID No. 7718852163 (Russia); Government Gazette Number 56467052 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

ROSSEEV, Mikhail Nikolaevich (a.k.a. ROSSEYEV, Mikhail Nikolayevich), Moscow, Russia; DOB 06 Feb 1975; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ROSSEL, Eduard (a.k.a. ROSSEL, Eduard Ergartovich (Cyrillic: РОССЕЛЬ, Эдуард Эргартович)), Russia; DOB 08 Oct 1937; POB Bor, Nizhny Novgorod Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 666200807284 (Russia); Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ROSSEL, Eduard Ergartovich (Cyrillic: РОССЕЛЬ, Эдуард Эргартович) (a.k.a. ROSSEL, Eduard), Russia; DOB 08 Oct 1937; POB Bor, Nizhny Novgorod Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 666200807284 (Russia); Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ROSSEYEV, Mikhail Nikolayevich (a.k.a. ROSSEEV, Mikhail Nikolaevich), Moscow, Russia; DOB 06 Feb 1975; nationality Russia;

Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ROSSI, George (a.k.a. MAKSAKOV, Yury; a.k.a. ROSSI, Georgy; a.k.a. ROSSI, Heorhii), London, United Kingdom; DOB 29 Dec 1974; POB Gorky, Russia; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport FC072214 (Ukraine); Driver's License No. BXP262787 (Ukraine); National ID No. 2739118396 (Ukraine) (individual) [RUSSIA-EO14024].

ROSSI, Georgy (a.k.a. MAKSAKOV, Yury; a.k.a. ROSSI, George; a.k.a. ROSSI, Heorhii), London, United Kingdom; DOB 29 Dec 1974; POB Gorky, Russia; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport FC072214 (Ukraine); Driver's License No. BXP262787 (Ukraine); National ID No. 2739118396 (Ukraine) (individual) [RUSSIA-EO14024].

ROSSI, Heorhii (a.k.a. MAKSAKOV, Yury; a.k.a. ROSSI, George; a.k.a. ROSSI, Georgy), London, United Kingdom; DOB 29 Dec 1974; POB Gorky, Russia; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport FC072214 (Ukraine); Driver's License No. BXP262787 (Ukraine); National ID No. 2739118396 (Ukraine) (individual) [RUSSIA-EO14024].

ROSSIJA 1 (a.k.a. ROSSIYA-1 (Cyrillic: РОССИЯ-1); a.k.a. RUSSIA-1; a.k.a. TELEVISION STATION RUSSIA-1 (Cyrillic: ТЕЛЕКАНАЛ РОССИЯ-1)), 5th Yamskogo Polya street, 19-21, building 1, Begovoy, Moscow, Russia (Cyrillic: Ямского Поля 5-я улица, 19-21, стр. 1, Беговой, Москва, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 May 1991; Target Type Government Entity [RUSSIA-EO14024].

ROSSISKI NATSIONALNY KOMMERCHESKI BANK OTKRYTOE AKTSIONERNOE OBSHCHESTVO (a.k.a. RNKB OAO; a.k.a. RUSSIAN NATIONAL COMMERCIAL BANK; a.k.a. "RNCB"), d. 9 korp. 5 ul. Krasnoproletarskaya, Moscow 127030, Russia; SWIFT/BIC RNCORUMM; Website http://www.rncb.ru; Email Address rncb@rncb.ru; BIK (RU) 044525607; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027700381290 (Russia); Tax ID No. 7701105460 (Russia);

Government Gazette Number 09610705 (Russia) [UKRAINE-EO13685].

ROSSISKOE AGENTSTVO PO STRAKHOVANIYU EKSPORTNYKH KREDITOV I INVESTITSI OTKRYTOE AKTSIONERNOE OBSHCHESTVO (a.k.a. EKSAR OAO; a.k.a. EXIAR; a.k.a. EXIAR JSC; a.k.a. EXIAR OJSC; a.k.a. RUSSIAN AGENCY FOR EXPORT CREDIT AND INVESTMENT INSURANCE JSC; a.k.a. RUSSIAN AGENCY FOR EXPORT CREDIT AND INVESTMENT INSURANCE OJSC), nab. Krasnopresnenskaya d. 12, Moscow 123610, Russia; Website exiar.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Oct 2011; Target Type Government Entity; Tax ID No. 7704792651 (Russia); Registration Number 1117746811566 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

ROSSITA BANK (a.k.a. RUSSITA BANK; a.k.a. RUSSITABANK LTD), ul. 1-ya Brestskaya 22, Moscow 125047, Russia; SWIFT/BIC RICIRUMM; Website www.russitabank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7730067441 (Russia); Legal Entity Number 253400D9TTHM66P87109; Registration Number 1027739254036 (Russia) [RUSSIA-EO14024].

ROSSIYA-1 (Cyrillic: РОССИЯ-1) (a.k.a. ROSSIJA 1; a.k.a. RUSSIA-1; a.k.a. TELEVISION STATION RUSSIA-1 (Cyrillic: ТЕЛЕКАНАЛ РОССИЯ-1)), 5th Yamskogo Polya street, 19-21, building 1, Begovoy, Moscow, Russia (Cyrillic: Ямского Поля 5-я улица, 19-21, стр. 1, Беговой, Москва, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 May 1991; Target Type Government Entity [RUSSIA-EO14024].

ROSSIYSKIYE KOSMICHESKIYE SISTEMY (a.k.a. JOINT STOCK COMPANY ROSSIYSKIYE KOSMICHESKIYE SISTEMY; a.k.a. RUSSIAN SPACE SYSTEMS JSC; a.k.a. "RKS"; a.k.a. "RSS"), 53, Aviamotornaya Str., Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 23 Oct 2009; Tax ID No. 7722698789 (Russia); Registration Number 1097746649681 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

ROSSOLAY, Vyacheslav Evgenyevich (Cyrillic: РОССОЛАЙ, Вячеслав Евгеньевич) (a.k.a. RASSALAI, Viachaslau; a.k.a. RASSALAI, Viachaslau Yevgenyevich), Minsk, Belarus; DOB 17 Oct 1981; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

ROST PROGRESS OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ROST PROGRESS), d.27 Prospekt Engelsa, Saint Petersburg 194156, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Oct 2016; Tax ID No. 7802596430 (Russia); Registration Number 1167847364791 (Russia) [RUSSIA-EO14024] (Linked To: SVETLANA ROST JOINT STOCK COMPANY).

ROSTAMI CHESHMEH GACHI, Mohammad (Arabic: محمد رستمی چشمه گچی) (a.k.a. ROSTAMI, Mohammad (Arabic: محمد رستمی)), Kermanshah, Iran; DOB 1976 to 1977; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 111936 (Iran); Identification Number 13821 (Iran); General (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

ROSTAMI SANI, Mostafa (a.k.a. ROSTAMI THANI, Mustafa), Iran; DOB 27 Apr 1974; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0066637007 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

ROSTAMI THANI, Mustafa (a.k.a. ROSTAMI SANI, Mostafa), Iran; DOB 27 Apr 1974; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0066637007 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

ROSTAMI, Mohammad (Arabic: محمد رستمی) (a.k.a. ROSTAMI CHESHMEH GACHI, Mohammad (Arabic: محمد رستمی چشمه گچی)), Kermanshah, Iran; DOB 1976 to 1977; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 111936 (Iran); Identification Number 13821 (Iran); General (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

ROSTAMIAN, Kambiz, Villa No 13, Cluster 31 Juemierah Islands, Dubai, United Arab Emirates; DOB 27 Aug 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Passport RE0003028 (Saint Kitts and Nevis); alt. Passport I17217816 (Iran) (individual) [NPWMD] [IFSR].

ROSTAR RESEARCH AND PRODUCTION ASSOCIATION LIMITED LIABILITY COMPANY (a.k.a. SCIENTIFIC AND PRODUCTION ASSOCIATION ROSTAR LLC), BSI, Ul. Dorozhnaya D. 39, Naberezhnyye Chelny 423800, Russia; Sh. Okruzhnoe D. 11B, Office 2, Yelabuga 423606, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1646012500 (Russia); Registration Number 1021606953070 (Russia) [RUSSIA-EO14024].

ROSTELEKOM SOLAR (a.k.a. OOO SOLAR SEKYURITI; a.k.a. "RT SOLAR"), Ul. Vyatskaya, 35/4 Bts Vyatka, Moscow 127015, Russia; Per. Nikitskiy, 7c1, Moscow 125009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718099790 (Russia); Registration Number 1157746204230 (Russia) [RUSSIA-EO14024].

ROSTFINANS (a.k.a. BANK ROSTFINANCE; a.k.a. KAVKAZSKY KOMSELKHOZBANK; a.k.a. LLC COMMERCIAL BANK ROSTFINANCE; a.k.a. OOO CB ROSTFINANS), St 1st Mayskaya, 13a/11a, Rostov-on-Don 344037, Russia; SWIFT/BIC ROSFRU2A; Website www.rostfinance.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 2332006024 (Russia); Legal Entity Number 253400LTWKWWN6SQCF62; Registration Number 1022300003021 (Russia) [RUSSIA-EO14024].

ROSTOM, Saker (a.k.a. AL-ROSTOM, Saqer Asaad; a.k.a. AL-RUSTOM, Saqr As'ad (Arabic:

الرستم أسعد صقر); a.k.a. RUSTOM, Sakkar; a.k.a. RUSTOM, Sakker; a.k.a. RUSTOM, Sakr; a.k.a. RUSTOM, Saqqar; a.k.a. RUSTOM, Saqqer; a.k.a. RUSTOM, Saqr (Arabic: صقر الرستم)), Homs, Syria; DOB 1974; POB Khirbet al-Hamam, Homs, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

ROSTOV HELICOPTER PRODUCTION COMPLEX (a.k.a. ROSTOVSKIY VERTOLETNYI PROIZVODSTVENNYI KOMPLEKS; a.k.a. ROSTVERTOL PAO; a.k.a. ROSTVERTOL PJSC; a.k.a. ROSTVERTOL PUBLIC JOINT STOCK COMPANY), Ul. Novatorov D. 5, Rostov-Na-Donu 344038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jul 1939; Tax ID No. 6161021690 (Russia); Registration Number 1026102899228 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

ROSTOV, Nicholas (a.k.a. KOSTOV, Nikolay Lyudmilo; a.k.a. SEPIASHVILI, Moshe Israel; a.k.a. SHUSHANASHVILI, Kajaver; a.k.a. SHUSHANASHVILI, Kakha; a.k.a. SHUSHANASHVILI, Kakhaber Pavlovich; a.k.a. "KAKHA RUSTAVSKIY"), 8 Rukavishnikov Street, Mariinskiy Posad, Chuvash Republic, Russia; DOB 08 Feb 1972; POB Rustavi, Georgia; alt. POB Kutaisi, Georgia; nationality Georgia (individual) [TCO].

ROSTOVSKII OPTIKO-MEKHANICHESKII ZAVOD (a.k.a. PJSC ROSTOV OPTICAL AND MECHANICAL PLANT; a.k.a. "ROMZ"), Savinskoe shosse, 36, Rostov 152150, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7609000881 (Russia); Registration Number 1027601066569 (Russia) [RUSSIA-EO14024].

ROSTOVSKIY VERTOLETNYI PROIZVODSTVENNYI KOMPLEKS (a.k.a. ROSTOV HELICOPTER PRODUCTION COMPLEX; a.k.a. ROSTVERTOL PAO; a.k.a. ROSTVERTOL PJSC; a.k.a. ROSTVERTOL PUBLIC JOINT STOCK COMPANY), Ul. Novatorov D. 5, Rostov-Na-Donu 344038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jul 1939; Tax ID No. 6161021690 (Russia); Registration Number 1026102899228 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

ROSTVERTOL PAO (a.k.a. ROSTOV HELICOPTER PRODUCTION COMPLEX; a.k.a. ROSTOVSKIY VERTOLETNYI PROIZVODSTVENNYI KOMPLEKS; a.k.a.

ROSTVERTOL PJSC; a.k.a. ROSTVERTOL PUBLIC JOINT STOCK COMPANY), Ul. Novatorov D. 5, Rostov-Na-Donu 344038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jul 1939; Tax ID No. 6161021690 (Russia); Registration Number 1026102899228 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

ROSTVERTOL PJSC (a.k.a. ROSTOV HELICOPTER PRODUCTION COMPLEX; a.k.a. ROSTOVSKIY VERTOLETNYI PROIZVODSTVENNYI KOMPLEKS; a.k.a. ROSTVERTOL PAO; a.k.a. ROSTVERTOL PUBLIC JOINT STOCK COMPANY), Ul. Novatorov D. 5, Rostov-Na-Donu 344038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jul 1939; Tax ID No. 6161021690 (Russia); Registration Number 1026102899228 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

ROSTVERTOL PUBLIC JOINT STOCK COMPANY (a.k.a. ROSTOV HELICOPTER PRODUCTION COMPLEX; a.k.a. ROSTOVSKIY VERTOLETNYI PROIZVODSTVENNYI KOMPLEKS; a.k.a. ROSTVERTOL PAO; a.k.a. ROSTVERTOL PJSC), Ul. Novatorov D. 5, Rostov-Na-Donu 344038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jul 1939; Tax ID No. 6161021690 (Russia); Registration Number 1026102899228 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

ROSY, Pahlawan (a.k.a. ROEZI, Pahlawan; a.k.a. ROSI, Pahlawan; a.k.a. ROZI, Pahlawan; a.k.a. ROZI, Palawan; a.k.a. ROZIUDIN, Pahlawan; a.k.a. ROZY, Palawan; a.k.a. RUZI, Pahlawan), 42S VF 88722 63166, Kunduz City, Kunduz Province, Afghanistan; 42S VF 88651 63126, Kunduz City, Kunduz District, Afghanistan; 42S VF 88648 63088, Kunduz City, Kunduz District, Afghanistan; DOB 1965; POB Kunduz City, Kunduz District, Afghanistan; nationality Afghanistan (individual) [SDNTK].

ROTEK ELPOM, LLC (a.k.a. ROTEK-ELPOM), Ul. Marksistskaya D. 22, Str. 1, Floor 8, Office 801/11, Moscow 109147, Russia; Website www.raven-black.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Mar 2005; Tax ID No. 7703545018 (Russia); Trade

License No. 1057746425978 (Russia) [RUSSIA-EO14024].

ROTEK-ELPOM (a.k.a. ROTEK ELPOM, LLC), Ul. Marksistskaya D. 22, Str. 1, Floor 8, Office 801/11, Moscow 109147, Russia; Website www.raven-black.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Mar 2005; Tax ID No. 7703545018 (Russia); Trade License No. 1057746425978 (Russia) [RUSSIA-EO14024].

ROTENBERG, Arkadii Romanovich (a.k.a. ROTENBERG, Arkadii Romanovych; a.k.a. ROTENBERG, Arkadiy Romanovych; a.k.a. ROTENBERG, Arkady Romanovich (Cyrillic: РОТЕНБЕРГ, Аркадий Романович); a.k.a. ROTENBERG, Arkady Romanovych; a.k.a. ROTENBERH, Arkadii Romanovych; a.k.a. ROTENBERH, Arkady Romanovych), Russia; DOB 15 Dec 1951; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780619032880 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

ROTENBERG, Arkadii Romanovych (a.k.a. ROTENBERG, Arkadii Romanovich; a.k.a. ROTENBERG, Arkadiy Romanovych; a.k.a. ROTENBERG, Arkady Romanovich (Cyrillic: РОТЕНБЕРГ, Аркадий Романович); a.k.a. ROTENBERG, Arkady Romanovych; a.k.a. ROTENBERH, Arkadii Romanovych; a.k.a. ROTENBERH, Arkady Romanovych), Russia; DOB 15 Dec 1951; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780619032880 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

ROTENBERG, Arkadiy Romanovych (a.k.a. ROTENBERG, Arkadii Romanovich; a.k.a. ROTENBERG, Arkadii Romanovych; a.k.a. ROTENBERG, Arkady Romanovich (Cyrillic: РОТЕНБЕРГ, Аркадий Романович); a.k.a. ROTENBERG, Arkady Romanovych; a.k.a. ROTENBERH, Arkadii Romanovych; a.k.a. ROTENBERH, Arkady Romanovych), Russia; DOB 15 Dec 1951; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or

589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780619032880 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

ROTENBERG, Arkady Romanovich (Cyrillic: РОТЕНБЕРГ, Аркадий Романович) (a.k.a. ROTENBERG, Arkadii Romanovich; a.k.a. ROTENBERG, Arkadii Romanovych; a.k.a. ROTENBERG, Arkadiy Romanovych; a.k.a. ROTENBERG, Arkady Romanovych; a.k.a. ROTENBERH, Arkadii Romanovych; a.k.a. ROTENBERH, Arkady Romanovych), Russia; DOB 15 Dec 1951; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780619032880 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

ROTENBERG, Arkady Romanovych (a.k.a. ROTENBERG, Arkadii Romanovich; a.k.a. ROTENBERG, Arkadii Romanovych; a.k.a. ROTENBERG, Arkadiy Romanovych; a.k.a. ROTENBERG, Arkady Romanovich (Cyrillic: РОТЕНБЕРГ, Аркадий Романович); a.k.a. ROTENBERH, Arkadii Romanovych; a.k.a. ROTENBERH, Arkady Romanovych), Russia; DOB 15 Dec 1951; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780619032880 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

ROTENBERG, Boris Borisovich (Cyrillic: РОТЕНБЕРГ, Борис Борисович) (a.k.a. "ROTENBERG JUNIOR, Boris"), Russia; 46 Cadogan Lane, London SW1X9DX, United Kingdom; DOB 19 May 1986; POB St. Petersburg, Russia; nationality Finland; alt. nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Boris Romanovich).

ROTENBERG, Boris Romanovich (Cyrillic: РОТЕНБЕРГ, Борис Романович) (a.k.a. ROTENBERG, Borys Romanovych), Russia; DOB 03 Jan 1957; POB St. Petersburg, Russia; nationality Russia; alt. nationality Finland; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Tax ID No. 470305596440 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: SMP BANK).

ROTENBERG, Borys Romanovych (a.k.a. ROTENBERG, Boris Romanovich (Cyrillic: РОТЕНБЕРГ, Борис Романович)), Russia; DOB 03 Jan 1957; POB St. Petersburg, Russia; nationality Russia; alt. nationality Finland; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 470305596440 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: SMP BANK).

ROTENBERG, Igor Arkadevich (a.k.a. ROTENBERG, Igor Arkadievich; a.k.a. ROTENBERG, Igor Arkadiiovych; a.k.a. ROTENBERG, Igor Arkadiyevich; a.k.a. ROTENBERG, Igor Arkadyevich (Cyrillic: РОТЕНБЕРГ, Игорь Аркадьевич); a.k.a. ROTENBERG, Ihor Arkadiiovych; a.k.a. ROTENBERH, Igor Arkadiyovych), Russia; DOB 09 May 1973; POB St. Peterburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Igor Arkadievich (a.k.a. ROTENBERG, Igor Arkadevich; a.k.a. ROTENBERG, Igor Arkadiiovych; a.k.a. ROTENBERG, Igor Arkadiyevich; a.k.a. ROTENBERG, Igor Arkadyevich (Cyrillic: РОТЕНБЕРГ, Игорь Аркадьевич); a.k.a. ROTENBERG, Ihor Arkadiiovych; a.k.a. ROTENBERH, Igor Arkadiyovych), Russia; DOB 09 May 1973; POB St. Peterburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Igor Arkadiiovych (a.k.a. ROTENBERG, Igor Arkadevich; a.k.a. ROTENBERG, Igor Arkadievich; a.k.a. ROTENBERG, Igor Arkadiyevich; a.k.a.

ROTENBERG, Igor Arkadyevich (Cyrillic: РОТЕНБЕРГ, Игорь Аркадьевич); a.k.a. ROTENBERG, Ihor Arkadiiovych; a.k.a. ROTENBERH, Igor Arkadiyovych), Russia; DOB 09 May 1973; POB St. Peterburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Igor Arkadiyevich (a.k.a. ROTENBERG, Igor Arkadevich; a.k.a. ROTENBERG, Igor Arkadievich; a.k.a. ROTENBERG, Igor Arkadiiovych; a.k.a. ROTENBERG, Igor Arkadyevich (Cyrillic: РОТЕНБЕРГ, Игорь Аркадьевич); a.k.a. ROTENBERG, Ihor Arkadiiovych; a.k.a. ROTENBERH, Igor Arkadiyovych), Russia; DOB 09 May 1973; POB St. Peterburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Igor Arkadyevich (Cyrillic: РОТЕНБЕРГ, Игорь Аркадьевич) (a.k.a. ROTENBERG, Igor Arkadevich; a.k.a. ROTENBERG, Igor Arkadievich; a.k.a. ROTENBERG, Igor Arkadiiovych; a.k.a. ROTENBERG, Igor Arkadiyevich; a.k.a. ROTENBERG, Ihor Arkadiiovych; a.k.a. ROTENBERH, Igor Arkadiyovych), Russia; DOB 09 May 1973; POB St. Peterburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Ihor Arkadiiovych (a.k.a. ROTENBERG, Igor Arkadevich; a.k.a. ROTENBERG, Igor Arkadievich; a.k.a. ROTENBERG, Igor Arkadiiovych; a.k.a. ROTENBERG, Igor Arkadiyevich; a.k.a. ROTENBERG, Igor Arkadyevich (Cyrillic: РОТЕНБЕРГ, Игорь Аркадьевич); a.k.a. ROTENBERH, Igor Arkadiyovych), Russia;

DOB 09 May 1973; POB St. Peterburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Lilia Arkadievna (a.k.a. ROTENBERG, Lilia Arkadiivna; a.k.a. ROTENBERG, Lilia Arkadiyivna; a.k.a. ROTENBERG, Liliia Arkadiyivna; a.k.a. ROTENBERG, Liliia Arkadyevna; a.k.a. ROTENBERG, Liliia Rotenberh; a.k.a. ROTENBERG, Liliya Arkadievna (Cyrillic: РОТЕНБЕОГ, Лилия Аркадьевна); a.k.a. ROTENBERG, Liliya Arkadiyivna), Russia; DOB 17 Apr 1978; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Lilia Arkadiivna (a.k.a. ROTENBERG, Lilia Arkadievna; a.k.a. ROTENBERG, Lilia Arkadiyivna; a.k.a. ROTENBERG, Liliia Arkadiyivna; a.k.a. ROTENBERG, Liliia Arkadyevna; a.k.a. ROTENBERG, Liliia Rotenberh; a.k.a. ROTENBERG, Liliya Arkadievna (Cyrillic: РОТЕНБЕОГ, Лилия Аркадьевна); a.k.a. ROTENBERG, Liliya Arkadiyivna), Russia; DOB 17 Apr 1978; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Lilia Arkadiyivna (a.k.a. ROTENBERG, Lilia Arkadievna; a.k.a. ROTENBERG, Lilia Arkadiivna; a.k.a. ROTENBERG, Liliia Arkadiyivna; a.k.a. ROTENBERG, Liliia Arkadyevna; a.k.a. ROTENBERG, Liliia Rotenberh; a.k.a. ROTENBERG, Liliya Arkadievna (Cyrillic: РОТЕНБЕОГ, Лилия Аркадьевна); a.k.a. ROTENBERG, Liliya Arkadiyivna), Russia; DOB 17 Apr 1978; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Liliia Arkadiyivna (a.k.a. ROTENBERG, Lilia Arkadievna; a.k.a. ROTENBERG, Lilia Arkadiivna; a.k.a. ROTENBERG, Lilia Arkadiyivna; a.k.a.

ROTENBERG, Liliia Arkadyevna; a.k.a. ROTENBERG, Liliia Rotenberh; a.k.a. ROTENBERG, Liliya Arkadievna (Cyrillic: РОТЕНБЕОГ, Лилия Аркадьевна); a.k.a. ROTENBERG, Liliya Arkadiyivna), Russia; DOB 17 Apr 1978; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Liliia Arkadyevna (a.k.a. ROTENBERG, Lilia Arkadievna; a.k.a. ROTENBERG, Lilia Arkadiivna; a.k.a. ROTENBERG, Lilia Arkadiyivna; a.k.a. ROTENBERG, Liliia Arkadiyivna; a.k.a. ROTENBERG, Liliia Rotenberh; a.k.a. ROTENBERG, Liliya Arkadievna (Cyrillic: РОТЕНБЕОГ, Лилия Аркадьевна); a.k.a. ROTENBERG, Liliya Arkadiyivna), Russia; DOB 17 Apr 1978; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Liliia Rotenberh (a.k.a. ROTENBERG, Lilia Arkadievna; a.k.a. ROTENBERG, Lilia Arkadiivna; a.k.a. ROTENBERG, Lilia Arkadiyivna; a.k.a. ROTENBERG, Liliia Arkadiyivna; a.k.a. ROTENBERG, Liliia Arkadyevna; a.k.a. ROTENBERG, Liliya Arkadievna (Cyrillic: РОТЕНБЕОГ, Лилия Аркадьевна); a.k.a. ROTENBERG, Liliya Arkadiyivna), Russia; DOB 17 Apr 1978; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Liliya Arkadievna (Cyrillic: РОТЕНБЕОГ, Лилия Аркадьевна) (a.k.a. ROTENBERG, Lilia Arkadievna; a.k.a. ROTENBERG, Lilia Arkadiivna; a.k.a. ROTENBERG, Lilia Arkadiyivna; a.k.a. ROTENBERG, Liliia Arkadiyivna; a.k.a. ROTENBERG, Liliia Arkadyevna; a.k.a. ROTENBERG, Liliia Rotenberh; a.k.a. ROTENBERG, Liliya Arkadiyivna), Russia; DOB 17 Apr 1978; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Liliya Arkadiyivna (a.k.a. ROTENBERG, Lilia Arkadievna; a.k.a. ROTENBERG, Lilia Arkadiivna; a.k.a.

ROTENBERG, Lilia Arkadiyivna; a.k.a. ROTENBERG, Liliia Arkadiyivna; a.k.a. ROTENBERG, Liliia Arkadyevna; a.k.a. ROTENBERG, Liliia Rotenberh; a.k.a. ROTENBERG, Liliya Arkadievna (Cyrillic: РОТЕНБЕОГ, Лилия Аркадьевна)), Russia; DOB 17 Apr 1978; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Pavel Arkadievich (a.k.a. ROTENBERG, Pavel Arkadyevich (Cyrillic: РОТЕНБЕРГ, Павел Аркадьевич)), Russia; DOB 29 Feb 2000; alt. DOB 20 Feb 2000; POB St. Peterburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Pavel Arkadyevich (Cyrillic: РОТЕНБЕРГ, Павел Аркадьевич) (a.k.a. ROTENBERG, Pavel Arkadievich), Russia; DOB 29 Feb 2000; alt. DOB 20 Feb 2000; POB St. Peterburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Roman Borisovich (Cyrillic: РОТЕНБЕРГ, Роман Борисович) (a.k.a. ROTENBERG, Roman Borysovych), Beregovaya, Street 6, Apartment 25, Moscow 125367, Russia; DOB 07 Apr 1981; POB St. Petersburg, Russia; citizen Russia; alt. citizen Finland; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 640848350 (Russia); alt. Passport 16038132 (Finland); alt. Passport 17017258 (Finland) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: ROTENBERG, Boris Romanovich).

ROTENBERG, Roman Borysovych (a.k.a. ROTENBERG, Roman Borisovich (Cyrillic: РОТЕНБЕРГ, Роман Борисович)), Beregovaya, Street 6, Apartment 25, Moscow 125367, Russia; DOB 07 Apr 1981; POB St. Petersburg, Russia; citizen Russia; alt. citizen Finland; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 640848350 (Russia);

alt. Passport 16038132 (Finland); alt. Passport 17017258 (Finland) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: ROTENBERG, Boris Romanovich).

ROTENBERH, Arkadii Romanovych (a.k.a. ROTENBERG, Arkadii Romanovich; a.k.a. ROTENBERG, Arkadii Romanovych; a.k.a. ROTENBERG, Arkadiy Romanovych; a.k.a. ROTENBERG, Arkady Romanovich (Cyrillic: РОТЕНБЕРГ, Аркадий Романович); a.k.a. ROTENBERG, Arkady Romanovych; a.k.a. ROTENBERH, Arkady Romanovych), Russia; DOB 15 Dec 1951; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780619032880 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

ROTENBERH, Arkady Romanovych (a.k.a. ROTENBERG, Arkadii Romanovich; a.k.a. ROTENBERG, Arkadii Romanovych; a.k.a. ROTENBERG, Arkadiy Romanovych; a.k.a. ROTENBERG, Arkady Romanovich (Cyrillic: РОТЕНБЕРГ, Аркадий Романович); a.k.a. ROTENBERG, Arkady Romanovych; a.k.a. ROTENBERH, Arkadii Romanovych), Russia; DOB 15 Dec 1951; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780619032880 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

ROTENBERH, Igor Arkadiyovych (a.k.a. ROTENBERG, Igor Arkadevich; a.k.a. ROTENBERG, Igor Arkadievich; a.k.a. ROTENBERG, Igor Arkadiiovych; a.k.a. ROTENBERG, Igor Arkadiyevich; a.k.a. ROTENBERG, Igor Arkadyevich (Cyrillic: РОТЕНБЕРГ, Игорь Аркадьевич); a.k.a. ROTENBERG, Ihor Arkadiiovych), Russia; DOB 09 May 1973; POB St. Peterburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTHSCHUH ANDINO, Octavio Ernesto, Nicaragua; DOB 02 Dec 1967; POB Nicaragua; nationality Nicaragua; Gender Male; Cedula No. 1210212670001Y (Nicaragua) (individual) [NICARAGUA].

ROTOR, ul. Mikova d. 53, kv. 2, Krasnoturinsk 624440, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6617027638 (Russia); Registration Number 1196658016741 (Russia) [RUSSIA-EO14024].

ROUINE, Al-Azhar Ben Khalifa Ben Ahmed (a.k.a. ROUINE, Lazher Ben Khalifa Ben Ahmed; a.k.a. "LAZHAR"; a.k.a. "SALMANE"), Vicolo San Giovanni, Rimini, Italy; DOB 20 Nov 1975; POB Sfax, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P 182583 issued 13 Sep 2003 expires 12 Sep 2007; arrested 30 Sep 2002 (individual) [SDGT].

ROUINE, Lazher Ben Khalifa Ben Ahmed (a.k.a. ROUINE, Al-Azhar Ben Khalifa Ben Ahmed; a.k.a. "LAZHAR"; a.k.a. "SALMANE"), Vicolo San Giovanni, Rimini, Italy; DOB 20 Nov 1975; POB Sfax, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P 182583 issued 13 Sep 2003 expires 12 Sep 2007; arrested 30 Sep 2002 (individual) [SDGT].

ROWHANI, Sayyed Mohammad (a.k.a. RUHANI, Seyyed Mohammad), Isfahan, Iran; DOB 23 Jun 1986; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1292480181 (Iran) (individual) [SDGT] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

ROYAL AFRICA CAPITAL HOLDING LTD (a.k.a. ROYAL AFRICA HOLDING), The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

ROYAL AFRICA HOLDING (a.k.a. ROYAL AFRICA CAPITAL HOLDING LTD), The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

ROYAL AFRICA SECURITIES BROKERAGE CO LTD, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

ROYAL ARYA CO. (a.k.a. ARIA ROYAL CONSTRUCTION COMPANY), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ROYAL PEARL CHEMICAL (a.k.a. ROYAL PEARL GENERAL T.R.D.; a.k.a. ROYAL PEARLS; a.k.a. ROYAL PEARLS GENERAL TRADING), PO Box 74382, Dubai, United Arab Emirates; Office No. 8, Near Regal International, Sheikh Zayed Road, Dubai 74382, United Arab Emirates; Website www.royalpearlchem.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ROYAL PEARL GENERAL T.R.D. (a.k.a. ROYAL PEARL CHEMICAL; a.k.a. ROYAL PEARLS; a.k.a. ROYAL PEARLS GENERAL TRADING), PO Box 74382, Dubai, United Arab Emirates; Office No. 8, Near Regal International, Sheikh Zayed Road, Dubai 74382, United Arab Emirates; Website www.royalpearlchem.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ROYAL PEARLS (a.k.a. ROYAL PEARL CHEMICAL; a.k.a. ROYAL PEARL GENERAL T.R.D.; a.k.a. ROYAL PEARLS GENERAL TRADING), PO Box 74382, Dubai, United Arab Emirates; Office No. 8, Near Regal International, Sheikh Zayed Road, Dubai 74382, United Arab Emirates; Website www.royalpearlchem.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ROYAL PEARLS GENERAL TRADING (a.k.a. ROYAL PEARL CHEMICAL; a.k.a. ROYAL PEARL GENERAL T.R.D.; a.k.a. ROYAL PEARLS), PO Box 74382, Dubai, United Arab Emirates; Office No. 8, Near Regal International, Sheikh Zayed Road, Dubai 74382, United Arab Emirates; Website www.royalpearlchem.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ROYAL PLUS FOR IMPORTING PETROLEUM DERIVATIVES (a.k.a. ROYAL PLUS PETROLEUM DERIVATIVES IMPORT (Arabic: روبال بلاس لأستيراد المشتقات النفظية)), Sana'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products [SDGT] (Linked To: ANSARALLAH).

ROYAL PLUS PETROLEUM DERIVATIVES IMPORT (Arabic: روبال بلاس لأستيراد المشتقات النفظية) (a.k.a. ROYAL PLUS FOR IMPORTING PETROLEUM DERIVATIVES), Sana'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products [SDGT] (Linked To: ANSARALLAH).

ROYAL PLUS SHIPPING SERVICES AND COMMERCIAL AGENCIES, Sanaa, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2017; Organization Type: Transportation and storage [SDGT] (Linked To: ANSARALLAH).

ROYAL ROOM DRESS (a.k.a. "ROYALROOMDRESS"), Culiacan, Sinaloa, Mexico; Calle Justo Sierra 2976 (esquina con Boulevard Sabinos), Col. La Campina, Culiacan, Sinaloa, Mexico; Organization Type: Retail sale of clothing, footwear and leather articles in specialized stores [ILLICIT-DRUGS-EO14059] (Linked To: ROBLEDO ARREDONDO, Adilene Mayre).

ROYAL SHELL GOODS WHOLESALERS L.L.C (Arabic: رويال شيل لتجارة السلع بالجملة ش.ذ.م.م), Riggat Al Buteen, Deira, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 29 Jul 2021; Business Registration Number 968335 (United Arab Emirates); Economic Register Number (CBLS) 11710687 (United Arab Emirates) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

ROYAL SHIPPING AGENCY, Rue de Moscow, Djibouti; Rue de Paris 10, Djibouti, Djibouti; Organization Type: Other transportation support activities; Registration Number 253 (Djibouti) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

ROYAL SHUNE LEI (a.k.a. PROGRESS TECHNOLOGY SUPPORT COMPANY; a.k.a. PROGRESS TECHNOLOGY SUPPORT COMPANY LIMITED; a.k.a. ROYAL SHUNE LEI COMPANY; a.k.a. ROYAL SHUNE LEI COMPANY LIMITED), Building 37, Room 6, Bahosi Housing, Lanmadaw Township, Yangon, Burma; No. 37, Room No. 10, Bahosi Housing 10 Ward, Lanmadaw, Yangon, Burma; No 34/C San Yae Twin Street, Bahan Township, Yangon, Burma; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 24 Jun 2016; Business Registration Number 102842286 (Burma) [DPRK] [BURMA-EO14014].

ROYAL SHUNE LEI COMPANY (a.k.a. PROGRESS TECHNOLOGY SUPPORT COMPANY; a.k.a. PROGRESS TECHNOLOGY SUPPORT COMPANY LIMITED; a.k.a. ROYAL SHUNE LEI; a.k.a. ROYAL SHUNE LEI COMPANY LIMITED), Building 37, Room 6, Bahosi Housing, Lanmadaw Township, Yangon, Burma; No. 37, Room No. 10, Bahosi Housing 10 Ward, Lanmadaw, Yangon, Burma; No 34/C San Yae Twin Street, Bahan Township, Yangon, Burma; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 24 Jun 2016; Business Registration Number 102842286 (Burma) [DPRK] [BURMA-EO14014].

ROYAL SHUNE LEI COMPANY LIMITED (a.k.a. PROGRESS TECHNOLOGY SUPPORT COMPANY; a.k.a. PROGRESS TECHNOLOGY SUPPORT COMPANY LIMITED; a.k.a. ROYAL SHUNE LEI; a.k.a. ROYAL SHUNE LEI COMPANY), Building 37, Room 6, Bahosi Housing, Lanmadaw Township, Yangon, Burma; No. 37, Room No. 10, Bahosi Housing 10 Ward, Lanmadaw, Yangon, Burma; No 34/C San Yae Twin Street, Bahan Township, Yangon, Burma; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 24 Jun 2016; Business Registration Number 102842286 (Burma) [DPRK] [BURMA-EO14014].

ROYAL SONA OSOO (a.k.a. OBSHTESTVO S OGRANICHENNOY OTVETSTVENNOSTYU ROYAL SONA), 36k/1, ul. Lva Tolstogo Oktyabrski raion, Bishkek, Kyrgyzstan; Organization Established Date 30 Mar 2023; Registration Number 31834928 (Kyrgyzstan) [GLOMAG] (Linked To: CROSBY, David Paul).

ROYAL YAPI INSAAT EMLAK GIDA VE TEKSTIL URUNLERI TURIZM SANAYI DIS TICARET LIMITED SIRKETI (Latin: ROYAL YAPI İNŞAAT EMLAK GIDA VE TEKSTIL ÜRÜNLERI TURIZM SANAYI DIŞ TICARET LIMITED ŞIRKETI), Oruc Reis Mah. Tekstil Kent Caddesi A22/IO-A/29 Esenler, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 23 Feb 2015; Istanbul Chamber of Comm. No. 960442 (Turkey); Registration Number 926966-0 (Turkey)

[NPWMD] [IFSR] (Linked To: QIAN XI LONG TRADING CO LIMITED).

ROYAY-E ROZ KISH INVESTMENT COMPANY, No. 132, First Floor, Unit 1, South Dibagi Street, Ekhtiyariyeh, Tehran, Iran; Website www.daybankinvest.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: DAY BANK).

ROYSTON, Mohammad Roslan (a.k.a. BIN AHMAD, Mohammad Roslan; a.k.a. CHIREN, Royston Wu; a.k.a. WU, Royston), Batam, Indonesia; DOB 05 Nov 1968; citizen Singapore; alt. citizen Malaysia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. S6837315H (Singapore) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

ROZARO DEVELOPMENT LIMITED, 57/63 Line Wall Road, Gibraltar [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

ROZI, Pahlawan (a.k.a. ROEZI, Pahlawan; a.k.a. ROSI, Pahlawan; a.k.a. ROSY, Pahlawan; a.k.a. ROZI, Palawan; a.k.a. ROZIUDIN, Pahlawan; a.k.a. ROZY, Palawan; a.k.a. RUZI, Pahlawan), 42S VF 88722 63166, Kunduz City, Kunduz Province, Afghanistan; 42S VF 88651 63126, Kunduz City, Kunduz District, Afghanistan; 42S VF 88648 63088, Kunduz City, Kunduz District, Afghanistan; DOB 1965; POB Kunduz City, Kunduz District, Afghanistan; nationality Afghanistan (individual) [SDNTK].

ROZI, Palawan (a.k.a. ROEZI, Pahlawan; a.k.a. ROSI, Pahlawan; a.k.a. ROSY, Pahlawan; a.k.a. ROZI, Pahlawan; a.k.a. ROZIUDIN, Pahlawan; a.k.a. ROZY, Palawan; a.k.a. RUZI, Pahlawan), 42S VF 88722 63166, Kunduz City, Kunduz Province, Afghanistan; 42S VF 88651 63126, Kunduz City, Kunduz District, Afghanistan; 42S VF 88648 63088, Kunduz City, Kunduz District, Afghanistan; DOB 1965; POB Kunduz City, Kunduz District, Afghanistan; nationality Afghanistan (individual) [SDNTK].

ROZIUDIN, Pahlawan (a.k.a. ROEZI, Pahlawan; a.k.a. ROSI, Pahlawan; a.k.a. ROSY, Pahlawan; a.k.a. ROZI, Pahlawan; a.k.a. ROZI, Palawan; a.k.a. ROZY, Palawan; a.k.a. RUZI, Pahlawan), 42S VF 88722 63166, Kunduz City, Kunduz Province, Afghanistan; 42S VF 88651 63126, Kunduz City, Kunduz District, Afghanistan; 42S VF 88648 63088, Kunduz

City, Kunduz District, Afghanistan; DOB 1965; POB Kunduz City, Kunduz District, Afghanistan; nationality Afghanistan (individual) [SDNTK].

ROZY, Palawan (a.k.a. ROEZI, Pahlawan; a.k.a. ROSI, Pahlawan; a.k.a. ROSY, Pahlawan; a.k.a. ROZI, Pahlawan; a.k.a. ROZI, Palawan; a.k.a. ROZIUDIN, Pahlawan; a.k.a. RUZI, Pahlawan), 42S VF 88722 63166, Kunduz City, Kunduz Province, Afghanistan; 42S VF 88651 63126, Kunduz City, Kunduz District, Afghanistan; 42S VF 88648 63088, Kunduz City, Kunduz District, Afghanistan; DOB 1965; POB Kunduz City, Kunduz District, Afghanistan; nationality Afghanistan (individual) [SDNTK].

RPA LEPTON (a.k.a. AKTSIONERNOE OBSHCHESTVO NPO LEPTON; a.k.a. AO NPO LEPTON; a.k.a. RESEARCH AND PRODUCTION ASSOCIATION LEPTON), Al. Solnechnaya D. 6, Pomeshch. 6 Komnata 5, Zelenograd 124527, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735003138 (Russia); Registration Number 1037739124477 (Russia) [RUSSIA-EO14024].

RPA RUSBITECH JSC (a.k.a. AO NPO RUSBITEKH; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION RUSBITECH; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION RUSSIAN BASIC INFORMATION TECHNOLOGIES), Sh. Varshavskoe D. 26, Str. 11, Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726604816 (Russia); Registration Number 5087746137023 (Russia) [RUSSIA-EO14024].

RPE SAPFIR JSC (a.k.a. AKTSIONERNOYE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOYE PREDPRIYATIYE SAPFIR; a.k.a. AO NPP SAPFIR; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE SAPFIR; a.k.a. RESEARCH AND PRODUCTION ENTERPRISE SAPFIR JOINT STOCK COMPANY; a.k.a. RPE SAPFIR PJSC), 53 Shcherbakovskaya Str., Moscow 105318, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Sep 1993; Tax ID No. 7719007689 (Russia); Registration Number 1027700070661 (Russia) [RUSSIA-EO14024].

RPE SAPFIR PJSC (a.k.a. AKTSIONERNOYE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOYE PREDPRIYATIYE SAPFIR; a.k.a. AO NPP SAPFIR; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE SAPFIR; a.k.a. RESEARCH AND PRODUCTION ENTERPRISE SAPFIR JOINT STOCK COMPANY; a.k.a. RPE SAPFIR JSC), 53 Shcherbakovskaya Str., Moscow 105318, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Sep 1993; Tax ID No. 7719007689 (Russia); Registration Number 1027700070661 (Russia) [RUSSIA-EO14024].

RPF MERIDIAN JSC (a.k.a. AO NPF MERIDIAN; a.k.a. MERIDIAN RESEARCH AND PRODUCTION FIRM JSC), Ul. Blokhina D. 19, Saint Petersburg 197198, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813113934 (Russia); Registration Number 1027806864535 (Russia) [RUSSIA-EO14024].

RPK NORD LIMITED LIABILITY COMPANY, Pr-kt Lenina D. 82, Floor 17, Office 1701, Murmansk 183038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 19 Mar 2015; Tax ID No. 5190045920 (Russia); Registration Number 1155190003165 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

RPP LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РПП) (a.k.a. "LLC RPP"; a.k.a. "OOO RPP" (Cyrillic: "ООО РПП"); a.k.a. "RPP LLC"), 6/26 Floor/Rm, Bldg. 10-2, Nab. Presnenskaya, Moscow 125039, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Nov 2015; Tax ID No. 7704335359 (Russia); Registration Number 5157746040645 (Russia) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

RPT SPEKTR-AT (a.k.a. NPTS SPEKTR-AT; a.k.a. SCIENTIFIC PRODUCTION CENTER OF ANTI TERRORIST AND FORENSIC EQUIPMENT SPEKTR AT LLC), Ul. Usacheva D. 35, Str. 1, Et 4 Pom. IV Kom 7, Moscow 119048, Russia; Ugreshskaya st., 2, bldg. 62, Moscow 109089, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704661049 (Russia); Registration Number 1077759881980 (Russia) [RUSSIA-EO14024].

RPTUP MANAGEMENT COMPANY OF HOLDING BELARUSIAN CEMENT COMPANY (Cyrillic: РПТУП УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ ЦЕМЕНТНАЯ КОМПАНИЯ) (a.k.a. BELARUSIAN CEMENT COMPANY HOLDING; a.k.a. REPUBLICAN PRODUCTION AND TRADE UNITARY ENTERPRISE MANAGEMENT COMPANY OF THE HOLDING BELARUSIAN CEMENT COMPANY (Cyrillic: РЕСПУБЛИКАНСКОЕ ПРОИЗВОДСТВЕННО ТОРГОВОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ УПРАВЛЯЮЩАЯКОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ ЦЕМЕНТНАЯ КОМПАНИЯ); a.k.a. RESPUBLIKANSKOE PROIZVODSTVENNO TORGOVOE UNITARNOE PREDPRIYATIE UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELORUSSKAYA TSEMENTNAYA KOMPANIYA; a.k.a. STATE ENTERPRISE HOLDING MANAGEMENT COMPANY BELARUSSIAN CEMENT COMPANY; a.k.a. UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BTSK GP), Mulyavina Boulevard 6, Minsk 220005, Belarus; D. 28, Nezhiloe pomeshchenie, ul. Kuzmy Minina, Minsk 220014, Belarus; Target Type State-Owned Enterprise; Tax ID No. 192039638 (Belarus) [BELARUS-EO14038].

RRG ENGINEERING TECHNOLOGIES PRIVATE LIMITED, No. 8, Prajay Meadows, No. 12, Banjara Hills, Hyderabad 500034, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Apr 2008; Tax ID No. AAECR0362B (India); Registration Number U29219TG2008PTC058777 (India) [RUSSIA-EO14024].

RSC GROUP (a.k.a. CLOSED JOINT STOCK COMPANY RSK TECHNOLOGIES (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО РСК ТЕХНОЛОГИИ); a.k.a. RSK GROUP OF COMPANIES; a.k.a. ZAO RSK TEKHNOLOGII), 36 Kutuzovskiy Avenue, Building 23, Moscow, Moscow Region 121170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730635550 (Russia); Registration Number 1107746991087 (Russia) [RUSSIA-EO14024].

RSIE, JOINT STOCK COMPANY (a.k.a. JOINT STOCK COMPANY RYAZAN STATE INSTRUMENT MAKING ENTERPRISE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГОСУДАРСТВЕННЫЙ РЯЗАНСКИЙ ПРИБОРНЫЙ ЗАВОД)), Seminarskaya st., 32,

Ryazan 390000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Dec 2011; Tax ID No. 6234098539 (Russia); Registration Number 1116234013598 (Russia) [RUSSIA-EO14024].

RSK GROUP OF COMPANIES (a.k.a. CLOSED JOINT STOCK COMPANY RSK TECHNOLOGIES (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО РСК ТЕХНОЛОГИИ); a.k.a. RSC GROUP; a.k.a. ZAO RSK TEKHNOLOGII), 36 Kutuzovskiy Avenue, Building 23, Moscow, Moscow Region 121170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730635550 (Russia); Registration Number 1107746991087 (Russia) [RUSSIA-EO14024].

RSK LABS OOO (a.k.a. LIMITED LIABILITY COMPANY RSK LABS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РСК ПАБС)), 4 Lugovaya Street, Building 5, Office 19, Skolkovo Innovation Center Territory, Moscow, Moscow Region 143026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731315070 (Russia); Registration Number 1167746423316 (Russia) [RUSSIA-EO14024] (Linked To: SHMELEV, Alexey Borisovich).

RSV-EKSPERT OOO (a.k.a. "EKSPERT"; a.k.a. "NPK EXPERT"), ul. Voskhod d. 26/1, kabinet 101, Novosibirsk 630102, Russia; Festivalnaya d. 41, k. 2, 1 etazh, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5405979190 (Russia); Registration Number 1165476124395 (Russia) [RUSSIA-EO14024].

RT-BUSINESS DEVELOPMENT (a.k.a. RT-RAZVITIE BIZNESA, OOO), Pl. Paveletskaya D. 2, Str. 2, Moscow 115054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Apr 2014; Target Type State-Owned Enterprise; Tax ID No. 7704861136 (Russia); Registration Number 1147746392200 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

RT-CAPITAL LIMITED LIABILITY COMPANY (a.k.a. RT-CAPITAL LLC), Berezhkovskaya Nab D. 38 G, Moscow 121059, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Dec 2010; Target Type State-Owned Enterprise; Tax ID No. 7704770859 (Russia); Registration Number 1107746989954 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

RT-CAPITAL LLC (a.k.a. RT-CAPITAL LIMITED LIABILITY COMPANY), Berezhkovskaya Nab D. 38 G, Moscow 121059, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Dec 2010; Target Type State-Owned Enterprise; Tax ID No. 7704770859 (Russia); Registration Number 1107746989954 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

RTI IMENI ACADEMICIAN A.L. MINTS (a.k.a. ACADEMICIAN A.L. MINTS RADIO ENGINEERING INSTITUTE; a.k.a. ACADEMICIAN A.L. MINTS RADIOTECHNICAL INSTITUTE JOINT STOCK COMPANY; a.k.a. RADIO TECHNICAL AND INFORMATION SYSTEMS IMENI A.L. MINTS), St. 8 Marta, House 10, Structure 1, Moscow 127083, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713006449 (Russia); Registration Number 1027739323831 (Russia) [RUSSIA-EO14024].

RT-INFORM LIMITED LIABILITY COMPANY (a.k.a. RT-INFORM LLC), Turchaninov Pereulok D. 6, Str. 2, Of. 105, Moscow 119048, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Jun 2012; Target Type State-Owned Enterprise; Registration ID 1127746501190 (Russia); Tax ID No. 7704810710 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

RT-INFORM LLC (a.k.a. RT-INFORM LIMITED LIABILITY COMPANY), Turchaninov Pereulok D. 6, Str. 2, Of. 105, Moscow 119048, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Jun 2012; Target Type State-Owned Enterprise; Registration ID 1127746501190 (Russia); Tax ID No. 7704810710 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

RTK TEKHNOLOGII OOO (Cyrillic: ООО РТК ТЕХНОЛОГИИ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RTK TECHNOLOGIES; a.k.a. "LIMITED LIABILITY COMPANY RTK TECHNOLOGIES"), d. 26 str. 10 pom. 1/3, shosse Varshavskoe, Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727798515 (Russia); Registration Number 1137746125131 (Russia) [RUSSIA-EO14024].

RT-PROEKTNYE TEKHNOLOGII, PAO (a.k.a. AO RT-PROEKTNYE TEKHNOLOGII; a.k.a. JSC RT - PROJECT TECHNOLOGIES; a.k.a. RT-PROJECT TECHNOLOGY OPEN JOINT STOCK COMPANY), Berezhkovskaya Nab D. 6, Moscow 121059, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Sep 2011; Target Type State-Owned Enterprise; Tax ID No. 7724804619 (Russia); Registration Number 1117746729682 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

RT-PROJECT TECHNOLOGY OPEN JOINT STOCK COMPANY (a.k.a. AO RT-PROEKTNYE TEKHNOLOGII; a.k.a. JSC RT - PROJECT TECHNOLOGIES; a.k.a. RT-PROEKTNYE TEKHNOLOGII, PAO), Berezhkovskaya Nab D. 6, Moscow 121059, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Sep 2011; Target Type State-Owned Enterprise; Tax ID No. 7724804619 (Russia); Registration Number 1117746729682 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

RT-RAZVITIE BIZNESA, OOO (a.k.a. RT-BUSINESS DEVELOPMENT), Pl. Paveletskaya D. 2, Str. 2, Moscow 115054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Apr 2014; Target Type State-Owned Enterprise; Tax ID No. 7704861136 (Russia); Registration Number 1147746392200 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

RTS-HOLDING JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO RTS-KHOLDING; a.k.a. AO RTS-KHOLDING; a.k.a. RTS-HOLDING JSC), Nab. Tarasa Shevchenko D. 23A, Ofisnoe Zd. Bashnya-2000, Moscow 121151, Russia; Website fintender.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7723825581 (Russia); Registration Number 1127746030411 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

RTS-HOLDING JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO RTS-KHOLDING; a.k.a. AO RTS-KHOLDING; a.k.a. RTS-HOLDING JOINT STOCK COMPANY), Nab. Tarasa Shevchenko D. 23A, Ofisnoe Zd. Bashnya-2000, Moscow 121151, Russia; Website fintender.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7723825581 (Russia); Registration Number 1127746030411 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

RT-TECHPRIEMKA (a.k.a. JOINT STOCK COMPANY RT-TEKHPRIEMKA; a.k.a. JSC RT-TEKHPRIEMKA), Per. Elektricheskii D. 1, Str. 12, Moscow 123557, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Jul 1991; Target Type State-Owned Enterprise; Tax ID No. 7714710760 (Russia); Registration Number 1077759874070 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

RUAN, Ricky (a.k.a. RUNLING, Ricky; a.k.a. RUNLING, Ruan); DOB 02 Apr 1982; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Passport P01519268 (China) expires 15 Feb 2017 (individual) [NPWMD] [IFSR].

RUANO YANDUN DRUG TRAFFICKING ORGANIZATION (a.k.a. "RUANO YANDUN DTO"), Narino, Colombia; Ecuador [SDNTK].

RUANO YANDUN, Tito Aldemar (a.k.a. "DON T"; a.k.a. "DON TI"; a.k.a. "DON TITO"), Colombia; DOB 18 Oct 1975; POB Ipiales, Narino, Colombia; nationality Colombia; citizen Colombia; Gender Male; Cedula No. 98337819 (Colombia) (individual) [SDNTK].

RUBEN, Malek (a.k.a. REUBEN, Malek; a.k.a. RIAK RENGU, Malek Reuben), Juba, South Sudan; DOB 01 Jan 1960; POB Yei, South Sudan; nationality South Sudan; Gender Male; Passport S00001537 (South Sudan); alt.

Passport B0810167 (Sudan); Personal ID Card M6000000000817 (South Sudan); Deputy Chief of Defense Force and Inspector General of the Sudan People's Liberation Army; First Lieutenant General (individual) [SOUTH SUDAN].

RUBENACH ROIG, Juan Luis; DOB 18 Sep 1964; POB Bilbao Vizcaya Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 18.197.545; Member ETA (individual) [SDGT].

RUBIKS TRADING L.L.C (a.k.a. ERBIUM TRADING L.L.C (Arabic: يريبيوم للتجارة ش.ذ.م.م)), Office No. 102-021, Al Mansoori Building, Al Barshaa South Third Dubai, Dubai, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 08 Feb 2022; License 1030161 (United Arab Emirates); Economic Register Number (CBLS) 11824339 (United Arab Emirates) [IRAN-EO13846].

RUBIN DESIGN BUREAU (a.k.a. JOINT STOCK COMPANY CENTRAL DESIGN BUREAU FOR MARINE ENGINEERING RUBIN; a.k.a. JSC TSENTRALNOYE KONSTRUKTORSKOYE BYURO MORSKOY TEKHNIKI RUBIN (Cyrillic: АО ЦЕНТРАЛЬНОЕ КОНСТРУКТОРСКОЕ БЮРО МОРСКОЙ ТЕХНИКИ РУБИН); a.k.a. JSC TSKB MT RUBIN), 90 Marata Street, Saint-Petersburg 191119, Russia; Website CKB-RUBIN.RU/GLAVNAJA/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2008; Tax ID No. 7838418751 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

RUBINI INVESTMENT GROUP LIMITED (a.k.a. "RUBINI INVESTMENTS GROUP LIMITED"), Plot No. FZJOB0624 WS02, Jebel Ali Free Zone, 61027, Dubai, United Arab Emirates; Organization Established Date 07 Apr 2001; Company Number 372782 (Virgin Islands, British); Registration Number 2938 (United Arab Emirates) [GLOMAG] (Linked To: PATTNI, Kamlesh Mansukhlal Damji).

RUBIO CONDE, David (a.k.a. DAVILA LOPEZ, Jose Ramon; a.k.a. TORRES HERNANDEZ, Antonio), Mexico; Calle 22, Valle Hermoso, Tamaulipas, Mexico; DOB 31 Aug 1978; POB Tijuana, Baja California, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P.

DALR780831HBCVPM06 (Mexico) (individual) [SDNTK].

RUBIO GONZALEZ, David Nicolas (Latin: RUBIO GONZÁLEZ, David Nicolás), Colombia; DOB 14 Apr 1987; nationality Colombia; Gender Male; Cedula No. 1015399085 (Colombia); Passport PE098803 (Colombia) expires 04 Jun 2024 (individual) [VENEZUELA-EO13850].

RUBIO GONZALEZ, Emmanuel Enrique (a.k.a. RUBIO-GONZALEZ, Emmanuel Enrique); DOB 06 Jan 1989; POB Bogota, Colombia; nationality Colombia; Gender Male; Cedula No. 21807689; Passport AM807340 (Colombia); alt. Passport PE139553 (Colombia); alt. Passport 087105100 (Venezuela); National ID No. 1015410162 (Colombia) (individual) [VENEZUELA-EO13850] (Linked To: PULIDO VARGAS, Alvaro Enrique).

RUBIO SALAS, German Enrique (a.k.a. PULIDO VARGAS, Alvaro (Latin: PULIDO VARGAS, Álvaro); a.k.a. PULIDO VARGAS, Alvaro Enrique); DOB 10 Dec 1963; citizen Colombia; Gender Male; Cedula No. 79324956 (Colombia) (individual) [VENEZUELA-EO13850].

RUBIO ZEA, Ana Gabriela, Guatemala; DOB 07 Jul 1990; POB Guatemala; nationality Guatemala; Gender Female; NIT # 60724218 (Guatemala); C.U.I. 1997455950101 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

RUBIO-GONZALEZ, Emmanuel Enrique (a.k.a. RUBIO GONZALEZ, Emmanuel Enrique); DOB 06 Jan 1989; POB Bogota, Colombia; nationality Colombia; Gender Male; Cedula No. 21807689; Passport AM807340 (Colombia); alt. Passport PE139553 (Colombia); alt. Passport 087105100 (Venezuela); National ID No. 1015410162 (Colombia) (individual) [VENEZUELA-EO13850] (Linked To: PULIDO VARGAS, Alvaro Enrique).

RUBISTAR, UP (a.k.a. PRODUCTION UNITARY ENTERPRISE RUBISTAR MIKHOLAPA E.I. SMOLEVICHI DISTRICT; a.k.a. PROIZVODSTVENNOE UNITARNOE PREDPRIVATIE RUBISTAR MIKHOLAPA E.I. SMOLEVICHSKII RAION; a.k.a. RUBYSTAR AIRWAYS; a.k.a. UE RUBISTAR (Cyrillic: УП РУБИСТАР); a.k.a. UE RUBISTAR MIKHOLAPA E.I. SMOLEVICHI DISTRICT), Ul. Peschanaya, d. 20, Smolevichi 222201, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Mar 1997; Organization Type: Freight air transport; Tax ID No.

600436180 (Belarus) [RUSSIA-EO14024] [BELARUS-EO14038].

RUBLEV BANK (a.k.a. AKTSIONERNOE OBSHCHESTVO KOMMERCHESKI BANK RUBLEV; a.k.a. BANK RUBLEV; a.k.a. JOINT STOCK COMMERCIAL BANK RUBLEV; a.k.a. JSC CB 'RUBLEV'), Elokhovsky passage, Building 3, p. 2, Metro - Baumanskaya, Moscow 105066, Russia; 12 Sevastopol Street, Simferopol, Crimea, Ukraine; 6 Gogol Street, Sevastopol, Crimea, Ukraine; SWIFT/BIC COUERUMM; BIK (RU) 044525253; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027700159233 (Russia); Tax ID No. 7744001151 (Russia); Government Gazette Number 40100094 (Russia) [UKRAINE-EO13685].

RUBU, Mukhtar Ali (a.k.a. ALI, Mujahid Mukhtar Robow; a.k.a. ALI, Mukhtar Abdullahi; a.k.a. ALI, Shaykh Mukhtar Robo; a.k.a. ROBOW, Mukhtar; a.k.a. "ABU MANSOUR"; a.k.a. "ABU MANSUR"); DOB 1969; alt. DOB 10 Oct 1969; POB Xudur, Somalia; alt. POB Keren, Eritrea; nationality Eritrea; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0310857 (Eritrea) issued 21 Aug 2006 expires 20 Aug 2008; National ID No. 1372584 (Kenya); (Following data derived from an Eritrean passport issued under the alias name of Mukhtar Abdullahi Ali: Alt. DOB: 10 October 1969; Alt. POB: Keren Eritrea; nationality: Eritrean; National ID No.: 1372584, Kenya; Passport No.: 0310857, Eritrea, Issue Date 21 August 2006, Expire Date 20 August 2008) (individual) [SDGT].

RUBYSTAR AIRWAYS (a.k.a. PRODUCTION UNITARY ENTERPRISE RUBISTAR MIKHOLAPA E.I. SMOLEVICHI DISTRICT; a.k.a. PROIZVODSTVENNOE UNITARNOE PREDPRIVATIE RUBISTAR MIKHOLAPA E.I. SMOLEVICHSKII RAION; a.k.a. RUBISTAR, UP; a.k.a. UE RUBISTAR (Cyrillic: УП РУБИСТАР); a.k.a. UE RUBISTAR MIKHOLAPA E.I. SMOLEVICHI DISTRICT), Ul. Peschanaya, d. 20, Smolevichi 222201, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Mar 1997; Organization Type: Freight air transport; Tax ID No. 600436180 (Belarus) [RUSSIA-EO14024] [BELARUS-EO14038].

RUDENKO, Miroslav (a.k.a. RUDENKO, Miroslav Vladimirovich; a.k.a. RUDENKO, Myroslav), Donetsk, Ukraine; DOB 21 Jan 1983; alt. DOB 1983; POB Debaltsevo, Donetsk Region, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

RUDENKO, Miroslav Vladimirovich (a.k.a. RUDENKO, Miroslav; a.k.a. RUDENKO, Myroslav), Donetsk, Ukraine; DOB 21 Jan 1983; alt. DOB 1983; POB Debaltsevo, Donetsk Region, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

RUDENKO, Myroslav (a.k.a. RUDENKO, Miroslav; a.k.a. RUDENKO, Miroslav Vladimirovich), Donetsk, Ukraine; DOB 21 Jan 1983; alt. DOB 1983; POB Debaltsevo, Donetsk Region, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

RUDENSKI UDOBRENCHESKI ZAVOD OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RUZEKSPEDITSIYA; a.k.a. RUZEKSPEDITSIYA LLC; a.k.a. RUZSPEDITION LLC), 1K, pom. 36, ul. Zavodskaya, Bolbasovo 211004, Belarus; 40 Nemiga St., p. 304, Minsk 220004, Belarus; Organization Established Date 31 May 2016; Organization Type: Transportation and storage; Tax ID No. 690664113 (Belarus) [BELARUS-EO14038].

RUDENSKIY, Maksim, Saint Petersburg, Russia; DOB 01 Nov 1977; nationality Russia; Email Address rfonin@gmail.com; alt. Email Address mfonin@jabber.ru; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

RUDENSKY, Igor Nikolayevich (Cyrillic: РУДЕНСКИЙ, Игорь Николаевич), Russia; DOB 11 Sep 1962; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RUDENYA, Igor Mikhaylovich (Cyrillic: РУДЕНЯ, Игорь Михайлович), Tver Region, Russia; DOB 15 Feb 1968; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

RUE BELTAMOZHSERVICE (a.k.a. REPUBLICAN UNITARY ENTERPRISE BELTAMOZHSERVICE; a.k.a. RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA BELMYTSERVIS (Cyrillic: РЭСПУБЛIКАНСКАЕ УНIТАРНАЕ ПРАДПРЫЕМСТВА БЕЛМЫТСЭРВIС); a.k.a. RESPUBLIKANSKOE UNITARNOE PREDPRIYATIE BELTAMOZHSERVIS (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ БЕЛТАМОЖСЕРВИС); a.k.a. RUP BELMYTSERVIS (Cyrillic: РУП БЕЛМЫТСЭРВIС); a.k.a. RUP BELTAMOZHSERVIS (Cyrillic: РУП БЕЛТАМОЖСЕРВИС)), D. 18, Kitaisko-Belorusski Industrialny Park Veliki Kamen, Pr-t, Pekinski, Minskaya Oblast 222210, Belarus; 17th km, Minsk-Dzerzhinsk Highway, Administrative Building, Office 75, Shchomyslitsky, Minsk Region 223049, Belarus; Organization Established Date 09 Jun 1999; Target Type State-Owned Enterprise; Tax ID No. 101561144 (Belarus) [BELARUS-EO14038].

RUEDA MEDINA, Jose Arnoldo (a.k.a. LOPEZ HUERTA, Arnoldo; a.k.a. LOPEZ RUEDA, Jose Arnoldo; a.k.a. "EL FLACO"; a.k.a. "FLACO"; a.k.a. "LA MINSA"; a.k.a. "MODELO"); DOB 15 Dec 1969; alt. DOB 27 Dec 1969; POB Michoacan, Mexico; alt. POB Paracuaro, Mexico; nationality Mexico; C.U.R.P. RUMA691215HMNDDR08 (Mexico) (individual) [SDNTK].

RUELAS AVILA, Jesus Angel (Latin: RUELAS ÁVILA, Jesús Ángel), C 14 S/N, Loc Genaro Estrada, Sinaloa, Sinaloa 81960, Mexico; DOB 01 Nov 1988; POB Sinaloa, Sinaloa, Mexico; citizen Mexico; Gender Male; C.U.R.P. RUAJ881101HSLLVS01 (Mexico); RFC RUAJ881101824 (Mexico); I.F.E. RLAVJS88110125H400 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

RUELAS AVILA, Joel Efren (Latin: RUELAS ÁVILA, Joel Efren), Calle 10 Sin Numero, Localidad Genaro Estrada, Sinaloa, Mexico; DOB 20 Sep 1978; POB Guasave, Sinaloa, Mexico; nationality Mexico; Gender Male; R.F.C. RUAJ780920C10 (Mexico); C.U.R.P. RUAJ780920HSLLVL02 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION; Linked To: CONSTRUCTORA JOEL, S.A. DE C.V.; Linked To: CONSTRUCTORA VANIA, S.A. DE C.V.).

RUELAS AVILA, Jose Luis (Latin: RUELAS ÁVILA, José Luis), C 14 S/N, Loc Genaro Estrada, Sinaloa, Sinaloa 81960, Mexico; DOB 11 Mar 1981; POB Sinaloa, Sinaloa, Mexico; nationality Mexico; Gender Male; R.F.C. RUAL810311933 (Mexico); C.U.R.P. RUAL810311HSLLVS02 (Mexico); I.F.E. RLAVLS81031125H800 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION; Linked To: ALONDRA PRODUCE, S.P.R. DE R.I.).

RUELAS AVILA, Jose Maria (Latin: RUELAS ÁVILA, José María), Mexico; DOB 15 Aug 1977; POB Guasave, Sinaloa, Mexico; citizen Mexico; Gender Male; R.F.C. RUAM770815791 (Mexico); C.U.R.P. RUAM770815HSLLVR05 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

RUELAS AVILA, Leobardo (Latin: RUELAS ÁVILA, Leobardo), Mexico; DOB 12 Mar 1976; POB Guasave, Sinaloa, Mexico; nationality Mexico; Gender Male; R.F.C. RUAL7603123I0 (Mexico); C.U.R.P. RUAL760312HSLLVB06 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

RUELAS AVILA, Patricia Lourdes (Latin: RUELAS ÁVILA, Patricia Lourdes), Genaro Estrada, Sinaloa, Sinaloa 81960, Mexico; DOB 07 Apr 1983; POB Sinaloa, Sinaloa, Mexico; citizen Mexico; Gender Female; R.F.C. RUAP830407MS8 (Mexico); C.U.R.P. RUAP830407MSLLVT03 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

RUELAS AVILA, Trinidad (Latin: RUELAS ÁVILA, Trinidad), Genaro Estrada, Sinaloa, Sinaloa, Mexico; DOB 06 Aug 1989; POB Sinaloa, Sinaloa, Mexico; citizen Mexico; Gender Male; R.F.C. RUAT890806BA4 (Mexico); C.U.R.P. RUAT890806HSLLVR06 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

RUELAS TORRES DRUG TRAFFICKING ORGANIZATION, Sinaloa, Mexico [SDNTK].

RUELAS TORRES, Gilberto, Mexico; DOB 05 May 1966; POB Guasave, Sinaloa, Mexico; nationality Mexico; Gender Male; R.F.C. RUTG660505CH4 (Mexico); C.U.R.P. RUTG660505HSLLRL02 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

RUELAS TORRES, Jose Luis (Latin: RUELAS TORRES, José Luis), P 112, Genaro Estrada,

Sinaloa, Mexico; DOB 10 Sep 1953; POB Choix, Sinaloa, Mexico; nationality Mexico; Gender Male; R.F.C. RUTL5309103B6 (Mexico); C.U.R.P. RUTL530910HSLLRS07 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

RUHANI, Seyyed Mohammad (a.k.a. ROWHANI, Sayyed Mohammad), Isfahan, Iran; DOB 23 Jun 1986; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1292480181 (Iran) (individual) [SDGT] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

RUHINDA, Gaby (a.k.a. MIDENDE, Zorro; a.k.a. PROTOGENE, Ruvugayimikore), Nyiragongo, North Kivu, Congo, Democratic Republic of the; DOB 1970; alt. DOB 1968 to 1969; POB Karandaryi Cell, Mwiyanike Sector, Karago Commune, Gisenyi Prefecture, Rwanda; alt. POB Nyabihu District, Western Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO] (Linked To: FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA).

RUHMEER DIAMONDS DMCC, Office 13L, Gold Tower, Cluster I, JLT, Dubai, United Arab Emirates; Website https://ruhmeerdiamonds.com/; Registration Number DMCC-734284 (United Arab Emirates) [GLOMAG] (Linked To: PATTNI, Kamlesh Mansukhlal Damji).

RUI EN KE TECHNOLOGY CO LTD (a.k.a. RUI EN KOO TECHNOLOGY CO LIMITED (Chinese Traditional: 香港睿恩克科技有限公司); a.k.a. RUI EN KOO TECHNOLOGY CO LTD), A27 2/F Hing Yip Centre, 31 Hing Yip Street, Kwun Tong KLN, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Company Number 2931178 (Hong Kong) [RUSSIA-EO14024].

RUI EN KOO TECHNOLOGY CO LIMITED (Chinese Traditional: 香港睿恩克科技有限公司) (a.k.a. RUI EN KE TECHNOLOGY CO LTD; a.k.a. RUI EN KOO TECHNOLOGY CO LTD), A27 2/F Hing Yip Centre, 31 Hing Yip Street, Kwun Tong KLN, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Company Number 2931178 (Hong Kong) [RUSSIA-EO14024].

RUI EN KOO TECHNOLOGY CO LTD (a.k.a. RUI EN KE TECHNOLOGY CO LTD; a.k.a. RUI EN KOO TECHNOLOGY CO LIMITED (Chinese Traditional:

香港睿恩克科技有限公司)), A27 2/F Hing Yip Centre, 31 Hing Yip Street, Kwun Tong KLN, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Company Number 2931178 (Hong Kong) [RUSSIA-EO14024].

RUIYUAN KEJI YOUXIAN GONGSI (a.k.a. SHARP EDGE ENGINEERING INC. (Chinese Traditional: 銳元科技有限公司)), 8F-4, Alley 22, Lane 513, Ruigang Rd. No 5, Taipei City, Neihu Dist., Taiwan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Dec 2016; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 52484961 (Taiwan) [RUSSIA-EO14024] (Linked To: JSC PKK MILANDR).

RUIZ CARRION, Magdalena (a.k.a. RUIZ DE BRIONES, Magdalena); DOB 01 Jul 1950; POB Matamoros, Tamaulipas, Mexico; R.F.C. RUBM50070167A (Mexico); alt. R.F.C. RUCM500701513 (Mexico); C.U.R.P. RUCM500701MTSZRG01 (Mexico) (individual) [SDNTK].

RUIZ CASTANO, Maria Helena, c/o LADRILLERA LA CANDELARIA LTDA., Cali, Colombia; DOB 17 Nov 1970; Cedula No. 66901635 (Colombia); Passport 66901635 (Colombia) (individual) [SDNT].

RUIZ DE BRIONES, Magdalena (a.k.a. RUIZ CARRION, Magdalena); DOB 01 Jul 1950; POB Matamoros, Tamaulipas, Mexico; R.F.C. RUBM50070167A (Mexico); alt. R.F.C. RUCM500701513 (Mexico); C.U.R.P. RUCM500701MTSZRG01 (Mexico) (individual) [SDNTK].

RUIZ TLAPANCO, Sergio Enrique, Mexico; DOB 08 Oct 1972; nationality Mexico; citizen Mexico; R.F.C. RUTS721008 (Mexico) (individual) [SDNTK].

RUIZ VELASCO, Ricardo (a.k.a. "Doble R"; a.k.a. "El RR"; a.k.a. "El Tripa"), Mexico; DOB 13 Sep 1984; POB Jalisco, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. RUVR840913HJCZLC06 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

RUIZ ZAVALA, Aleida (a.k.a. RUIZ ZAVALA, Aleyda), Calle Cerro de la Memoria No. 1976, Fraccionamiento Colinas de San Miguel, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja

California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o COMERCIALIZADORA BRIMAR'S, S.A. DE. C.V., Culiacan, Sinaloa, Mexico; DOB 10 May 1962; POB Tamazula, Durango, Mexico; nationality Mexico; citizen Mexico; R.F.C. RUZA6205108L5 (Mexico); C.U.R.P. RUZA620510MDGZVL04 (Mexico); Electoral Registry No. RZZVAL62051010M200 (Mexico) (individual) [SDNTK].

RUIZ ZAVALA, Aleyda (a.k.a. RUIZ ZAVALA, Aleida), Calle Cerro de la Memoria No. 1976, Fraccionamiento Colinas de San Miguel, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o COMERCIALIZADORA BRIMAR'S, S.A. DE. C.V., Culiacan, Sinaloa, Mexico; DOB 10 May 1962; POB Tamazula, Durango, Mexico; nationality Mexico; citizen Mexico; R.F.C. RUZA6205108L5 (Mexico); C.U.R.P. RUZA620510MDGZVL04 (Mexico); Electoral Registry No. RZZVAL62051010M200 (Mexico) (individual) [SDNTK].

RUKAVISHNIKOVA, Irina Valeryevna (Cyrillic: РУКАВИШНИКОВА, Ирина Валерьевна), Russia; DOB 03 Feb 1973; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RUKBAT MARINE SERVICES CO, Unit 1905, Haware Infotech, Sector 30A, Vashi, Navi Mumbai, Maharashtra 410210, India; Organization Established Date 2025; Identification Number IMO 0156125 [IRAN-EO13902].

RUKSHA, Vyacheslav Vladimirovich (Cyrillic: РУКША, Вячеслав Владимирович), Mozhayskoe Shosse, d. 36, apt. 17, Moscow 121354, Russia; DOB 17 Feb 1954; POB Grodno, Belarus; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781417685630 (Russia) (individual) [RUSSIA-EO14024].

RUKUNDA, Michel (a.k.a. "Makanika"), Hauts Plateaux, South Kivu, Congo, Democratic Republic of the; DOB 12 Sep 1974; POB Minembwe, Fizi Territory, South Kivu, Congo, Democratic Republic of the; nationality Congo, Democratic Republic of the; Gender Male; Military Registration Number 174935527545

(Congo, Democratic Republic of the) (individual) [DRCONGO].

RUMULI (a.k.a. BYIRINGIRO, Michel; a.k.a. IYAMUREMYE, Gaston; a.k.a. RUMULI, Byiringiro Victor; a.k.a. RUMULI, Michel; a.k.a. RUMURI, Victor), Kibua, North Kivu, Congo, Democratic Republic of the; DOB 1948; POB Musanze District (Northern Province) Rwanda; alt. POB Nyakinama, Ruhengeri, Rwanda; FDLR President; FDLR 2nd Vice President; Brigadier General (individual) [DRCONGO].

RUMULI, Byiringiro Victor (a.k.a. BYIRINGIRO, Michel; a.k.a. IYAMUREMYE, Gaston; a.k.a. RUMULI; a.k.a. RUMULI, Michel; a.k.a. RUMURI, Victor), Kibua, North Kivu, Congo, Democratic Republic of the; DOB 1948; POB Musanze District (Northern Province) Rwanda; alt. POB Nyakinama, Ruhengeri, Rwanda; FDLR President; FDLR 2nd Vice President; Brigadier General (individual) [DRCONGO].

RUMULI, Michel (a.k.a. BYIRINGIRO, Michel; a.k.a. IYAMUREMYE, Gaston; a.k.a. RUMULI; a.k.a. RUMULI, Byiringiro Victor; a.k.a. RUMURI, Victor), Kibua, North Kivu, Congo, Democratic Republic of the; DOB 1948; POB Musanze District (Northern Province) Rwanda; alt. POB Nyakinama, Ruhengeri, Rwanda; FDLR President; FDLR 2nd Vice President; Brigadier General (individual) [DRCONGO].

RUMURI, Victor (a.k.a. BYIRINGIRO, Michel; a.k.a. IYAMUREMYE, Gaston; a.k.a. RUMULI; a.k.a. RUMULI, Byiringiro Victor; a.k.a. RUMULI, Michel), Kibua, North Kivu, Congo, Democratic Republic of the; DOB 1948; POB Musanze District (Northern Province) Rwanda; alt. POB Nyakinama, Ruhengeri, Rwanda; FDLR President; FDLR 2nd Vice President; Brigadier General (individual) [DRCONGO].

RUMYANTSEV, Alexander Grigoryevich (Cyrillic: РУМЯНЦЕВ, Александр Григорьевич), Russia; DOB 12 Feb 1947; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RUMYANTSEV, Nikita Gennadyevich (Cyrillic: РУМЯНЦЕВ, Никита Геннадьевич), Russia; DOB 27 Apr 1988; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RUNC EXCHANGE SYSTEM COMPANY (Arabic: شرکت سامانه پایا پای رانک) (a.k.a. RUNC

INTERNATIONAL BANKING SOLUTIONS; a.k.a. SHERKAT-E SAMANEH PAYA PAY-E RUNC), Unit 406, Floor 4, No. 27, Bozorgmehr Street, Shahid Baradaran Mozaffar Street, Tehran University, Central District, Tehran County, Tehran, Tehran Province 1416965187, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 27 Sep 2017; National ID No. 14007095989 (Iran); Business Number 411575483896 (Iran); Registration Number 516115 (Iran) [IRAN-EO13902].

RUNC INTERNATIONAL BANKING SOLUTIONS (a.k.a. RUNC EXCHANGE SYSTEM COMPANY (Arabic: شرکت سامانه پایا پای رانک); a.k.a. SHERKAT-E SAMANEH PAYA PAY-E RUNC), Unit 406, Floor 4, No. 27, Bozorgmehr Street, Shahid Baradaran Mozaffar Street, Tehran University, Central District, Tehran County, Tehran, Tehran Province 1416965187, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 27 Sep 2017; National ID No. 14007095989 (Iran); Business Number 411575483896 (Iran); Registration Number 516115 (Iran) [IRAN-EO13902].

RUNGRADO TRADE COMPANY (a.k.a. KOREA RUNGRADO GENERAL TRADING CORPORATION; a.k.a. RYNRADO (Cyrillic: РЫНРАДО); a.k.a. RYNRADO GENERAL TRADING CORPORATION), Korea, North; Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

RUNGRIN COMPANY LTD. (a.k.a. BORISAT RUNGRIN CHAMKAT), 275 Soi Thiam Ruammit, Ratchada Phisek Road, Huai Khwang district, Bangkok, Thailand [SDNTK].

RUNGRIT, Thianphichet (a.k.a. HATSADIN, Phonsakunphaisan; a.k.a. LAO, Ssu; a.k.a. WANG, Ssu; a.k.a. WANG, Wen Chou; a.k.a. WITTHAYA, Ngamthiralert; a.k.a. "LAO SSU"), Burma; DOB 01 Jan 1960; Passport P403726 (Thailand); National ID No. 3570700443258 (Thailand) (individual) [SDNTK].

RUNGTAWANKEEREE, Nat (a.k.a. RUNGTAWANKHIRI, Nat), 100 (20) Mu. 2, Tambon Mae Salong Nai, Mae Fah Luang District, Chiang Rai, Thailand; DOB 01 Jan 1977; nationality Thailand; Gender Male;

National ID No. 5-5715-00025-50-6 (Thailand) (individual) [TCO] (Linked To: ZHAO WEI TCO).

RUNGTAWANKHIRI, Nat (a.k.a. RUNGTAWANKEEREE, Nat), 100 (20) Mu. 2, Tambon Mae Salong Nai, Mae Fah Luang District, Chiang Rai, Thailand; DOB 01 Jan 1977; nationality Thailand; Gender Male; National ID No. 5-5715-00025-50-6 (Thailand) (individual) [TCO] (Linked To: ZHAO WEI TCO).

RUNIGA, Jean-Marie Lugerero (a.k.a. RUNIGA, Jean-Marie Rugerero); DOB 17 Sep 1966; POB Democratic Republic of the Congo (individual) [DRCONGO].

RUNIGA, Jean-Marie Rugerero (a.k.a. RUNIGA, Jean-Marie Lugerero); DOB 17 Sep 1966; POB Democratic Republic of the Congo (individual) [DRCONGO].

RUNLING, Ricky (a.k.a. RUAN, Ricky; a.k.a. RUNLING, Ruan); DOB 02 Apr 1982; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Passport P01519268 (China) expires 15 Feb 2017 (individual) [NPWMD] [IFSR].

RUNLING, Ruan (a.k.a. RUAN, Ricky; a.k.a. RUNLING, Ricky); DOB 02 Apr 1982; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Passport P01519268 (China) expires 15 Feb 2017 (individual) [NPWMD] [IFSR].

RUNNING BROOK, LLC (USA), Miami, FL, United States; US FEIN 030510902 (United States); Business Registration Document # L00000010931 (United States) [SDNTK].

RUP BELMYTSERVIS (Cyrillic: РУП БЕЛМЫТСЭРВІС) (a.k.a. REPUBLICAN UNITARY ENTERPRISE BELTAMOZHSERVICE; a.k.a. RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA BELMYTSERVIS (Cyrillic: РЭСПУБЛІКАНСКАЕ УНІТАРНАЕ ПРАДПРЫЕМСТВА БЕЛМЫТСЭРВІС); a.k.a. RESPUBLIKANSKOE UNITARNOE PREDPRIYATIE BELTAMOZHSERVIS (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ БЕЛТАМОЖСЕРВИС); a.k.a. RUE BELTAMOZHSERVICE; a.k.a. RUP BELTAMOZHSERVIS (Cyrillic: РУП БЕЛТАМОЖСЕРВИС)), D. 18, Kitaisko-Belorusski Industrialny Park Veliki Kamen, Pr-t, Pekinski, Minskaya Oblast 222210, Belarus; 17th km, Minsk-Dzerzhinsk Highway, Administrative Building, Office 75, Shchomyslitsky, Minsk Region 223049, Belarus; Organization Established Date 09 Jun 1999; Target Type State-Owned Enterprise; Tax ID

No. 101561144 (Belarus) [BELARUS-EO14038].

RUP BELORUSSKY SHINNY KOMBINAT BELSHINA (a.k.a. BELSHINA OAO; a.k.a. BELSHINA OJSC; a.k.a. BELSHINA TYRE WORKS OAO; a.k.a. JSC BELSHINA), Minsk Highway, Bobruisk, Mogilev region, Belarus; Minsk Highway Bobruisk, 213824, Mogilev Region, Belarus; Minskoye schosse Bobruisk 213824, Mogilevskaya oblast, Belarus [BELARUS].

RUP BELTAMOZHSERVIS (Cyrillic: РУП БЕЛТАМОЖСЕРВИС) (a.k.a. REPUBLICAN UNITARY ENTERPRISE BELTAMOZHSERVICE; a.k.a. RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA BELMYTSERVIS (Cyrillic: РЭСПУБЛІКАНСКАЕ УНІТАРНАЕ ПРАДПРЫЕМСТВА БЕЛМЫТСЭРВІС); a.k.a. RESPUBLIKANSKOE UNITARNOE PREDPRIYATIE BELTAMOZHSERVIS (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ БЕЛТАМОЖСЕРВИС); a.k.a. RUE BELTAMOZHSERVICE; a.k.a. RUP BELMYTSERVIS (Cyrillic: РУП БЕЛМЫТСЭРВІС)), D. 18, Kitaisko-Belorusski Industrialny Park Veliki Kamen, Pr-t, Pekinski, Minskaya Oblast 222210, Belarus; 17th km, Minsk-Dzerzhinsk Highway, Administrative Building, Office 75, Shchomyslitsky, Minsk Region 223049, Belarus; Organization Established Date 09 Jun 1999; Target Type State-Owned Enterprise; Tax ID No. 101561144 (Belarus) [BELARUS-EO14038].

RUP GPO AZOT (f.k.a. GPO AZOT OJSC; f.k.a. GRODNESKOYE PROZVODSTVENNOYE OBYEDINENYE AZOT; a.k.a. GRODNO AZOT; a.k.a. GRODNO AZOT OAO; f.k.a. RUP GRODNENSKOYE PO AZOT), Prospekt Kosmanovtov 100, 230013, Grodno, Belarus; 100 Kosmonavtov Avenue, 230013, Grodno, Belarus; 100 Kosmonavtov pr., 230013, Grodno, Belarus [BELARUS].

RUP GRODNENSKOYE PO AZOT (f.k.a. GPO AZOT OJSC; f.k.a. GRODNESKOYE PROZVODSTVENNOYE OBYEDINENYE AZOT; a.k.a. GRODNO AZOT; a.k.a. GRODNO AZOT OAO; f.k.a. RUP GPO AZOT), Prospekt Kosmanovtov 100, 230013, Grodno, Belarus; 100 Kosmonavtov Avenue, 230013, Grodno, Belarus; 100 Kosmonavtov pr., 230013, Grodno, Belarus [BELARUS].

RUPRAH, Sanjivan Singh (a.k.a. "NASR, Samir M."); DOB 09 Aug 1966; POB Kisumu, Kenya; nationality Kenya; Passport D-001829-00

(Liberia); alt. Passport 790015037 (United Kingdom) issued 10 Jul 1998 expires 10 Jul 2008; Businessman; Former Deputy Commissioner, Bureau of Maritime Affairs of Liberia (individual) [DRCONGO].

RUQAYYAH, Abu (a.k.a. ZARE, Majid; a.k.a. ZAREE, Majid), Iran; DOB 29 Sep 1977; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

RUSAKEVICH, Uladzimir Vasilievich (a.k.a. RUSAKEVICH, Vladimir Vasilyevich); DOB 13 Sep 1947; POB Vygonoshchi, Belarus; nationality Belarus; citizen Belarus; Minister of Information (individual) [BELARUS].

RUSAKEVICH, Vladimir Vasilyevich (a.k.a. RUSAKEVICH, Uladzimir Vasilievich); DOB 13 Sep 1947; POB Vygonoshchi, Belarus; nationality Belarus; citizen Belarus; Minister of Information (individual) [BELARUS].

RUSANOV, Igor Valerievich, Moscow, Russia; DOB Apr 1970; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

RUSANOV, Sergei Georgievich (a.k.a. RUSANOV, Sergey Georgievich (Cyrillic: РУСАНОВ, Сергей Георгиевич); a.k.a. RUSANOV, Sergey Georgiyevich), Marii Ulyanovoy Str. 8 129, Moscow 117331, Russia; DOB 29 May 1963; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 531166608 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

RUSANOV, Sergey Georgievich (Cyrillic: РУСАНОВ, Сергей Георгиевич) (a.k.a. RUSANOV, Sergei Georgievich; a.k.a. RUSANOV, Sergey Georgiyevich), Marii Ulyanovoy Str. 8 129, Moscow 117331, Russia; DOB 29 May 1963; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 531166608 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

RUSANOV, Sergey Georgiyevich (a.k.a. RUSANOV, Sergei Georgievich; a.k.a. RUSANOV, Sergey Georgievich (Cyrillic: РУСАНОВ, Сергей Георгиевич)), Marii Ulyanovoy Str. 8 129, Moscow 117331, Russia; DOB 29 May 1963; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 531166608 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

RUSATOM ADDITIVE TECHNOLOGIES (a.k.a. "RUSAT" (Cyrillic: "РУСАТ")), Kashirskoe Sh. 49, P. 61, Floor 8, Room 3, Moscow 115409, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724424381 (Russia); Registration Number 5177746230547 (Russia) [RUSSIA-EO14024].

RUSATOM DIGITAL SOLUTIONS (a.k.a. ROSATOM DIGITAL SOLUTIONS LIMITED LIABILITY COMPANY; a.k.a. "RDS LLC"), Per. Kholodilnyi D. 3, Str. 2, Moscow 115191, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7726447225 (Russia); Registration Number 1197746082093 (Russia) [RUSSIA-EO14024].

RUSATOM MACHINE TOOLS JOINT STOCK COMPANY (a.k.a. "AO RUSSTAN" (Cyrillic: "АО РУССТАН"); a.k.a. "RMT JSC"), Ul. 3-ya Yamskogo Polya d. 2, K. 26, Moscow 125124, Russia; Per. Pyzhevskii D. 5, Str. 1, Floor/Pomeshch. 2/I, Kom./Office 39/205, Moscow 119017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9706022877 (Russia); Registration Number 1227700146838 (Russia) [RUSSIA-EO14024].

RUSATOM OVERSEAS JOINT STOCK COMPANY (a.k.a. JSC RUSATOM OVERSIZ; a.k.a. RUSATOM OVERSEAS JSC (Cyrillic: АО РУСАТОМ ОВЕРСИЗ); a.k.a. "RAOS JSC")), Simonov Plaza Business Centre, Leninskaya Sloboda Str. 26, building 5, Moscow 115280, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725413350 (Russia) [RUSSIA-EO14024].

RUSATOM OVERSEAS JSC (Cyrillic: АО РУСАТОМ ОВЕРСИЗ) (a.k.a. JSC RUSATOM OVERSIZ; a.k.a. RUSATOM OVERSEAS JOINT STOCK COMPANY; a.k.a. "RAOS JSC"), Simonov Plaza Business Centre, Leninskaya Sloboda Str. 26, building 5, Moscow 115280, Russia; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Tax ID No. 7725413350 (Russia) [RUSSIA-EO14024].

RUSCHEMALLIANCE LLC (a.k.a. OOO RUSKHIMALYANS (Cyrillic: ООО РУСХИМАЛЬЯНС); a.k.a. RUSKHIMALLIANCE), d. 18A etazh pom. 3-306, ul. Vorovskogo, Kingisepp 188480, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9705082619 (Russia); Registration Number 5167746407054 (Russia) [RUSSIA-EO14024].

RUSDAN, Abu (a.k.a. "ABU THORIQ"; a.k.a. "RUSDJAN"; a.k.a. "RUSJAN"; a.k.a. "RUSYDAN"; a.k.a. "THORIQUDDIN"; a.k.a. "THORIQUIDDIN"; a.k.a. "THORIQUIDIN"; a.k.a. "TORIQUDDIN"); DOB 16 Aug 1960; POB Kudus, Central Java, Indonesia; citizen Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1608600001 (Indonesia) (individual) [SDGT].

RUSGAZALYANS, Ul. Nametkina D.12 A, Moscow 117420, Russia; Ul. Promyshlennaya D. 11, Novyy Urengoy 629306, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 8904084672 (Russia); Registration Number 1178901001730 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

RUSHAAN TRADING COMPANY (a.k.a. AHMAD SHAH HAWALA; a.k.a. HAJI AHMAD SHAH HAWALA; a.k.a. MAULAWI AHMED SHAH HAWALA; a.k.a. MULLAH AHMED SHAH HAWALA; a.k.a. ROSHAN MONEY EXCHANGE; a.k.a. ROSHAN SARAFI; a.k.a. ROSHAN SHIRKAT; a.k.a. ROSHAN TRADING COMPANY), Floor 5, Shop 25, Kandahar City Sarafi Market, Kandahar District, Kandahar Province, Afghanistan; Lakri, Helmand Province, Afghanistan; Aziz Market, In front of Azizi Bank, Waish Border, Spin Boldak District, Kandahar Province, Afghanistan; Gardi Jungle, Balochistan Province, Pakistan; Chaghi, Balochistan Province, Pakistan; Fahr Khan (variant Furqan) Center, Shop Number 1584, Chalhor Mal Road, Quetta, Balochistan Province, Pakistan; St. Flore, Flat Number 4, Furqan Center, Jamaludden (variant Jamaludin) Afghani Road, Quetta, Balochistan Province, Pakistan; Muslim Plaza Building, Doctor Banu Road, 2nd Floor, Office Number 4, Quetta, Balochistan Province, Pakistan; Cholmon Road, Quetta, Balochistan Province, Pakistan; Munsafi

Road, Quetta, Balochistan Province, Pakistan; Abdul Samad Khan Street, Next to Fathma Jena Road, Kadari Place, 1st Floor, Shop Number 1, Quetta, Balochistan Province, Pakistan; Safar Bazaar, Garm Ser District, Helmand Province, Afghanistan; Main Bazaar, Safar, Helmand Province, Afghanistan; Money Exchange Market, Lashkar Gah, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, Lashkar Gah, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Helmand Province, Afghanistan; Hazar Joft, Garmser District, Helmand Province, Afghanistan; Ismat Bazaar, Marjah District, Helmand Province, Afghanistan; Zaranj, Nimruz Province, Afghanistan; Suite 8, 4th Floor, Sarrafi Market, District 1, Kandahar City, Kandahar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: TALIBAN).

RUSICH SABOTAGE AND ASSAULT RECONNAISSANCE GROUP (a.k.a. MILITARY-PATRIOTIC CLUB RUSICH; a.k.a. RUSICH TASK FORCE; a.k.a. SABOTAGE AND ASSAULT RECONNAISSANCE GROUP RUSICH; a.k.a. TASK FORCE RUSICH; a.k.a. "DSHRG RUSICH" (Cyrillic: "ДШРГ РУСИЧ")), St. Petersburg, Russia; Ukraine; Digital Currency Address - XBT bc1ql7dlyh8xz6tpqk92vztrhqh88dmjvcwrmsemrm; alt. Digital Currency Address - XBT bc1q2lpgjntr348pfvxhfy33ehmdzy3gmx8w4052z6; Digital Currency Address - ETH 0xc2a3829F459B3Edd87791c74cD45402BA0a20Be3; alt. Digital Currency Address - ETH 0x3AD9dB589d201A710Ed237c829c7860Ba86510Fc; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Digital Currency Address - USDT TX5GV4DyfxNB3rPkzZJhmqZ1efVmL4rEqG [RUSSIA-EO14024].

RUSICH TASK FORCE (a.k.a. MILITARY-PATRIOTIC CLUB RUSICH; a.k.a. RUSICH SABOTAGE AND ASSAULT RECONNAISSANCE GROUP; a.k.a. SABOTAGE AND ASSAULT RECONNAISSANCE GROUP RUSICH; a.k.a. TASK FORCE RUSICH; a.k.a. "DSHRG RUSICH" (Cyrillic: "ДШРГ РУСИЧ")), St. Petersburg, Russia; Ukraine; Digital Currency Address - XBT bc1ql7dlyh8xz6tpqk92vztrhqh88dmjvcwrmsemrm; alt. Digital Currency Address - XBT bc1q2lpgjntr348pfvxhfy33ehmdzy3gmx8w4052z

6; Digital Currency Address - ETH 0xc2a3829F459B3Edd87791c74cD45402BA0a20Be3; alt. Digital Currency Address - ETH 0x3AD9dB589d201A710Ed237c829c7860Ba86510Fc; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Digital Currency Address - USDT TX5GV4DyfxNB3rPkzZJhmqZ1efVmL4rEqG [RUSSIA-EO14024].

RUSKHIMALLIANCE (a.k.a. OOO RUSKHIMALYANS (Cyrillic: ООО РУСХИМАЛЬЯНС); a.k.a. RUSCHEMALLIANCE LLC), d. 18A etazh pom. 3-306, ul. Vorovskogo, Kingisepp 188480, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9705082619 (Russia); Registration Number 5167746407054 (Russia) [RUSSIA-EO14024].

RUSKONSALT (a.k.a. RUSKONSALT OOO), Ul. Malaya Semenovskaya D. 15/17, Korpus 4, Kabinet 5 (6 Floor), Moscow 107023, Russia; Website rusconsult.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707327194 (Russia); Registration Number 1037707026940 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

RUSKONSALT OOO (a.k.a. RUSKONSALT), Ul. Malaya Semenovskaya D. 15/17, Korpus 4, Kabinet 5 (6 Floor), Moscow 107023, Russia; Website rusconsult.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707327194 (Russia); Registration Number 1037707026940 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

RUSKYKH, Oleksii Yuriiovych (a.k.a. RUSSKIKH, Aleksei Yurievich; a.k.a. RUSSKIKH, Aleksey Yurevich (Cyrillic: РУССКИХ, Алексей Юрьевич); a.k.a. RUSSKIKH, Alexey Yuryevich), Ulyanovsk Region, Russia; DOB 17 Jul 1968; POB Izhevsk, Udmurtia Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771907803608 (Russia) (individual) [RUSSIA-EO14024].

RUSMEDTORG OOO (Cyrillic: ООО РУСМЕДТОРГ) (a.k.a. ANKOR OOO; a.k.a. LIMITED LIABILITY COMPANY RUSMEDTORG; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RUSMEDTORG (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУСМЕДТОРГ)), Ul. Pokrovka, D. 2/1, Str. 2,

Pom. 1, Komn. 6, Moscow 101000, Russia; Ul. Lenskaya, D. 2/21, Pom III, Kom 2, ET 5, Moscow 129327, Russia (Cyrillic: УЛ. ЛЕНСКАЯ, Д. 2/21, ПОМ III, КОМ 2, ЭТ 5, МОСКВА 129327, Russia); Website rusmedtorg.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Jul 2002; alt. Organization Established Date 05 Jun 2002; Organization Type: Non-specialized wholesale trade; Tax ID No. 7727218122 (Russia); Government Gazette Number 58687987 (Russia); Business Registration Number 1027700009732 (Russia) [RUSSIA-EO14024].

RUSREGIONBANK JSC (a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO KOMMERCHESKI BANK RUSSKI REGIONALNY BANK), d. 1 str. 1 pom. 2N/9, km. Kaluzhskoe Shosse 24-1, Moscow 108814, Russia; 9 Floor, Kaluzhskaya ploshchad 1, korpus 1, Moscow 119049, Russia; SWIFT/BIC RRBKRU21; Website www.rrbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 6017000271 (Russia); Identification Number QGIJHO.99999.SL.643 (Russia); Registration Number 1026000001983 (Russia) [RUSSIA-EO14024].

RUSSIA GOVT HYDROGRAPHIC DEPT (a.k.a. FEDERAL STATE UNITARY ENTERPRISE HYDROGRAPHIC COMPANY; a.k.a. FGUP GIDROGRAFICHESKOE PREDPRIYATIE (Cyrillic: ФГУП ГИДРОГРАФИЧЕСКОЕ ПРЕДПРИЯТИЕ); a.k.a. FGUP HYDROGRAPHIC COMPANY STATE CORPORATION ROSATOM; a.k.a. ROSATOMPORT), Prospekt Moskovskii, 12, Saint Petersburg 190031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Apr 1994; Organization Type: Inland freight water transport; Tax ID No. 7812022096 (Russia); Registration Number 1027810266758 (Russia) [RUSSIA-EO14024].

RUSSIA TODAY INTERNATIONAL NEWS AGENCY (a.k.a. FEDERAL STATE UNITARY ENTERPRISE INTERNATIONAL INFORMATION AGENCY ROSSIYA SEGODNYA (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ МЕЖДУНАРОДНОЕ ИНФОРМАЦИОННОЕ АГЕНТСТВО РОССИЯ СЕГОДНЯ); a.k.a. FEDERAL STATE UNITARY ENTERPRISE INTERNATIONAL INFORMATION AGENCY RUSSIA TODAY;

a.k.a. MIA ROSSIYA SEGODNYA), 4 Zubovsky Boulevard, Moscow 119021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Dec 2013; Tax ID No. 7704853840; Registration Number 5137746242937 (Russia) [RUSSIA-EO14024].

RUSSIA-1 (a.k.a. ROSSIJA 1; a.k.a. ROSSIYA-1 (Cyrillic: РОССИЯ-1); a.k.a. TELEVISION STATION RUSSIA-1 (Cyrillic: ТЕЛЕКАНАЛ РОССИЯ-1)), 5th Yamskogo Polya street, 19-21, building 1, Begovoy, Moscow, Russia (Cyrillic: Ямского Поля 5-я улица, 19-21, стр. 1, Беговой, Москва, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 May 1991; Target Type Government Entity [RUSSIA-EO14024].

RUSSIAN ACADEMY OF MISSILE AND AMMUNITION SCIENCES (a.k.a. FEDERAL STATE BUDGETARY INSTITUTION RUSSIAN ACADEMY OF MISSILE AND ARTILLERY SCIENCES; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION RUSSIAN ACADEMY OF ROCKET AND ARTILLERY SCIENCES; a.k.a. FGBU RARAN; a.k.a. "RAMAS"), 1-YA Myasnikovskaya Ul., VL 3, Moscow 107564, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 May 1996; Tax ID No. 7712086681 (Russia); Registration Number 1037743041027 (Russia) [RUSSIA-EO14024].

RUSSIAN ACADEMY OF SCIENCES - ALEXANDR MIKHAILOVICH PROKHOROV GENERAL PHYSICS INSTITUTE (a.k.a. A.M. PROKHOROV GENERAL PHYSICS INSTITUTE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENNIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR INSTITUT OBSHCHEI FIZIKI IM. A.M. PROKHOROVA ROSSISKOI AKADEMII NAUK; a.k.a. PROKHOROV GENERAL PHYSICS INSTITUTE OF RAS; a.k.a. PROKHOROV GENERAL PHYSICS INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "GPI RAS"; a.k.a. "IOF RAN"; a.k.a. "IOF RAN FGBU"), d. 38, ul. Vavilova, Moscow 119991, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Sep 1993; Tax ID No. 7736029700 (Russia); Government Gazette Number 02700457 (Russia); Registration

Number 1027700378595 (Russia) [RUSSIA-EO14024].

RUSSIAN ACADEMY OF SCIENCES SIBERIAN BRANCH KHRISTIANOVICH INSTITUTE OF THEORETICAL AND APPLIED MECHANICS (a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE NAUKI INSTITUT TEORETICHESKOI I PRIKLADNOI MEKHANIKI IM SA KHRISTIANOVICHA SIBIRSKOGO OTDELENIIA ROSSIISKOI AKADEMII NAUK; a.k.a. ITAM SB RAS; a.k.a. ITPM SO RAN), 4/1 Institutskaya ul., Novosibirsk 630090, Russia; 74 Taimyrskaia ul., Tyumen, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5408100018 (Russia); Registration Number 1025403641900 (Russia) [RUSSIA-EO14024].

RUSSIAN AEROSPACE FORCES (a.k.a. "VKS"), Kolymazhnyy Pereulok 14, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Aug 2015; Target Type Government Entity [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

RUSSIAN AGENCY FOR EXPORT CREDIT AND INVESTMENT INSURANCE JSC (a.k.a. EKSAR OAO; a.k.a. EXIAR; a.k.a. EXIAR JSC; a.k.a. EXIAR OJSC; a.k.a. ROSSISKOE AGENTSTVO PO STRAKHOVANIYU EKSPORTNYKH KREDITOV I INVESTITSI OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. RUSSIAN AGENCY FOR EXPORT CREDIT AND INVESTMENT INSURANCE OJSC), nab. Krasnopresnenskaya d. 12, Moscow 123610, Russia; Website exiar.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Oct 2011; Target Type Government Entity; Tax ID No. 7704792651 (Russia); Registration Number 1117746811566 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

RUSSIAN AGENCY FOR EXPORT CREDIT AND INVESTMENT INSURANCE OJSC (a.k.a. EKSAR OAO; a.k.a. EXIAR; a.k.a. EXIAR JSC; a.k.a. EXIAR OJSC; a.k.a. ROSSISKOE AGENTSTVO PO STRAKHOVANIYU EKSPORTNYKH KREDITOV I INVESTITSI OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. RUSSIAN AGENCY FOR EXPORT CREDIT AND INVESTMENT INSURANCE JSC), nab. Krasnopresnenskaya d. 12, Moscow 123610, Russia; Website exiar.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Oct 2011; Target Type Government Entity; Tax ID No. 7704792651 (Russia); Registration Number 1117746811566 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

RUSSIAN AIR TRANSPORT LABORATORY LLC (a.k.a. LIMITED LIABILITY COMPANY RUSSKAYA LABORATORIYA VOZDUSHNOGO TRANSPORTA; a.k.a. "RLVT"), Ul. Ryazanskaya, D. 3D, Office 3, Tula 300026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Sep 2022; Tax ID No. 7100027464 (Russia); Registration Number 1227100012369 (Russia) [RUSSIA-EO14024].

RUSSIAN ALL TERRAIN VEHICLES PLASTUN COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU RUSSKIE VEZDEKHODY PLASTUN; a.k.a. RUSSKIE MASHINY PLASTUN), 21 Litera A, Leitenanta Shmidta Nab., Pomeshch. 4-N, Saint Petersburg 199034, Russia; 9 Khilokskaia, Novosibirsk, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801696576 (Russia); Registration Number 1217800042283 (Russia) [RUSSIA-EO14024].

RUSSIAN ARTIFICIAL INTELLIGENCE RESEARCH INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. "RAIRI"), 60th Anniversary Prospect, 9, Moscow 117312, Russia; Website https://rairi.frccsc.ru;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise [RUSSIA-EO14024].

RUSSIAN ASSOCIATION OF EMPLOYERS THE RUSSIAN UNION OF INDUSTRIALISTS AND ENTREPRENEURS (a.k.a. "RSPP"), Nab. Kotelnicheskaya D.17, Moscow 109240, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Mar 2006; Tax ID No. 7710619969 (Russia); Government Gazette Number 94430936 (Russia); Registration Number 1067746348427 (Russia) [RUSSIA-EO14024].

RUSSIAN DEFENSE EXPORT ROSOBORONEXPORT (a.k.a. ROSOBORONEKSPORT OAO; a.k.a. ROSOBORONEKSPORT OJSC; a.k.a. ROSOBORONEXPORT JSC), 27 Stromynka Ul., Moscow 107076, Russia; Website www.roe.ru; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1117746521452 (Russia); Tax ID No. 7718852163 (Russia); Government Gazette Number 56467052 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

RUSSIAN DIRECT INVESTMENT FUND (Cyrillic: РОССИЙСКИЙ ФОНД ПРЯМЫХ ИНВЕСТИЦИЙ) (a.k.a. "RDIF" (Cyrillic: "РФПИ")), Presnenskaya nab., D. 8, Structure 1, MFK Capital City, South Tower, 7, 8th Floor, Moscow 123112, Russia (Cyrillic: Пресненская наб., д. 8, стр. 1 МФК Город Столиц, Южная башня, 7, 8 этаж, Москва 123112, Russia); Website www.rdif.ru; alt. Website www.investinrussia.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 01 Jun 2011; Target Type Government Entity [UKRAINE-EO13662] [RUSSIA-EO14024].

RUSSIAN EXPORT-IMPORT BANK (a.k.a. AO ROSEKSIMBANK (Cyrillic: AO

РОСЭКСИМБАНК); a.k.a. EXIMBANK OF RUSSIA; a.k.a. EXIMBANK OF RUSSIA JSC; a.k.a. EXIMBANK OF RUSSIA ZAO; a.k.a. GOSUDARSTVENNY SPETSIALIZIROVANNY ROSSISKI EKSPORTNO-IMPORTNY BANK (ZAKRYTOE AKTSIONERNOE OBSHCHESTVO); a.k.a. ROSEKSIMBANK, ZAO; a.k.a. STATE SPECIALIZED RUSSIAN EXPORT-IMPORT BANK JOINT-STOCK COMPANY (Cyrillic: ГОСУДАРСТВЕННЫЙ СПЕЦИАЛИЗИРОВАННЫЙ РОССИЙСКИЙ ЭКСПОРТНО-ИМПОРТНЫЙ БАНК АКЦИОНЕРНОЕ ОБЩЕСТВО)), 12 Krasnopresnenskaya Embankments, Moscow 123610, Russia; SWIFT/BIC EXIRRUMM; Website eximbank.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 May 1994; Target Type Financial Institution; Tax ID No. 7704001959 (Russia); Legal Entity Number 253400HA6URWT39X2982; Registration Number 1027739109133 (Russia); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

RUSSIAN EXTRUSION COMPANY, Proezd 4922-I D. 4, Str. 5, Floor 1, Kom. 52, Zelenograd 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5047143853 (Russia); Registration Number 1135047007831 (Russia) [RUSSIA-EO14024].

RUSSIAN FEDERAL NUCLEAR CENTER - ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS (a.k.a. CHELYABINSK-70; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ACADEMICIAN E.I. ZABABKHIN ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. KASLI NUCLEAR WEAPONS DEVELOPMENT CENTER; a.k.a. VSEROSSIYSKY NAUCHNO-ISSLEDOVATELSKIY INSTITUT TEKHNICHESKOY FIZIKI; a.k.a. ZABABAKHIN

ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. ZABABAKHIN INSTITUTE; a.k.a. "RFNC-VNIITF"; a.k.a. "VNIITF"), P.O. Box 245, Snezhinsk, Chelyabinsk Region 456770, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1955; Tax ID No. 7423000572 (Russia); Registration Number 1027401350932 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

RUSSIAN FEDERAL STATE UNITARY ENTERPRISE SCIENTIFIC RESEARCH INSTITUTE KVANT (a.k.a. KVANT SCIENTIFIC RESEARCH INSTITUTE; a.k.a. NAUCHNO-ISSLEDOVATELSKIY INSTITUT KVANT; a.k.a. NII KVANT), Khovrino District, Moscow, Russia; St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [CAATSA - RUSSIA] (Linked To: FEDERAL SECURITY SERVICE).

RUSSIAN FINANCIAL CORPORATION (a.k.a. AO RFK-BANK; a.k.a. BANK ROSSISKAYA FINANSOVAYA KORPORATSIYA AKTSIONERNOE OBSHCHESTVO; a.k.a. RFC-BANK; a.k.a. RUSSIAN FINANCIAL CORPORATION BANK JSC), St. George's Lane, D. 1, p. 1, Moscow 125009, Russia; d. 1 korp, 1 per. Georgievski, Moscow 125009, Russia; SWIFT/BIC RFCBRUMM; BIK (RU) 044525257; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3] [RUSSIA-EO14024].

RUSSIAN FINANCIAL CORPORATION BANK JSC (a.k.a. AO RFK-BANK; a.k.a. BANK ROSSISKAYA FINANSOVAYA KORPORATSIYA AKTSIONERNOE OBSHCHESTVO; a.k.a. RFC-BANK; a.k.a. RUSSIAN FINANCIAL CORPORATION), St. George's Lane, D. 1, p. 1, Moscow 125009, Russia; d. 1 korp, 1 per. Georgievski, Moscow 125009, Russia; SWIFT/BIC RFCBRUMM; BIK (RU) 044525257; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or

Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3] [RUSSIA-EO14024].

RUSSIAN HELICOPTERS JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO VERTOLETY ROSSII; a.k.a. JOINT STOCK COMPANY RUSSIAN HELICOPTERS; a.k.a. JSC RUSSIAN HELICOPTERS; a.k.a. OPEN JOINT STOCK COMPANY RUSSIAN HELICOPTERS; a.k.a. VERTOLETY ROSSII AO), Entrance 9, 12, Krasnopresnenskaya emb., Moscow 123610, Russia; 1, Ul. Bolshaya Pionerskaya, Moscow 115054, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1077746003334 (Russia); Tax ID No. 7731559044 (Russia); Government Gazette Number 98927243 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

RUSSIAN HIGHWAYS STATE COMPANY (a.k.a. AVTODOR GK; a.k.a. GOSUDARSTVENNAYA KOMPANIYA AVTODOR; a.k.a. GOSUDARSTVENNAYA KOMPANIYA ROSSISKIE AVTOMOBILNYE DOROGI), B-R Strastnoi D. 9, Moscow 127006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Aug 2009; Tax ID No. 7717151380 (Russia); Government Gazette Number 94158138 (Russia); Registration Number 1097799013652 (Russia) [RUSSIA-EO14024].

RUSSIAN IMPERIAL LEGION (a.k.a. RUSSIAN IMPERIAL MOVEMENT; a.k.a. RUSSKOE IMPERSKOYE DVIZHENIYE; a.k.a. RUSSKOIE IMPERSKOE DVIZHENIE; a.k.a. SAINT PETERSBURG IMPERIAL LEGION; a.k.a. "IMPERIAL LEGION"; a.k.a. "RID"; a.k.a. "RIL"; a.k.a. "RIM"), Saint Petersburg, Russia; PO Box 128, Saint Petersburg 197022, Russia; Website rusimperia.info; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

RUSSIAN IMPERIAL MOVEMENT (a.k.a. RUSSIAN IMPERIAL LEGION; a.k.a.

RUSSKOE IMPERSKOYE DVIZHENIYE; a.k.a. RUSSKOIE IMPERSKOE DVIZHENIE; a.k.a. SAINT PETERSBURG IMPERIAL LEGION; a.k.a. "IMPERIAL LEGION"; a.k.a. "RID"; a.k.a. "RIL"; a.k.a. "RIM"), Saint Petersburg, Russia; PO Box 128, Saint Petersburg 197022, Russia; Website rusimperia.info; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

RUSSIAN INNOVATION FUEL AND ENERGY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ROSSISKAYA INNOVATSIONNAYA TOPLIVNO ENERGETICHESKAYA KOMPANIYA; a.k.a. OOO RITEK), 120A, Ul. Leninskaya, Samara 443041, Russia; 85 Lesogorskaya st, Volgograd, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6317130144 (Russia); Registration Number 1186313094681 (Russia) [RUSSIA-EO14024].

RUSSIAN MACHINES (a.k.a. RUSSKIE MASHINY), Ul. Rochdelskaya 15, 8, Moscow 123022, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1112373000596; Tax ID No. 2373000582; Identification Number 37100386 [UKRAINE-EO13661] [UKRAINE-EO13662] (Linked To: DERIPASKA, Oleg Vladimirovich; Linked To: BASIC ELEMENT LIMITED).

RUSSIAN NATIONAL COMMERCIAL BANK (a.k.a. RNKB OAO; a.k.a. ROSSISKI NATSIONALNY KOMMERCHESKI BANK OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. "RNCB"), d. 9 korp. 5 ul. Krasnoproletarskaya, Moscow 127030, Russia; SWIFT/BIC RNCORUMM; Website http://www.rncb.ru; Email Address rncb@rncb.ru; BIK (RU) 044525607; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027700381290 (Russia); Tax ID No. 7701105460 (Russia); Government Gazette Number 09610705 (Russia) [UKRAINE-EO13685].

RUSSIAN PUBLIC JOINT STOCK COMMERCIAL ROADS BANK (a.k.a. ROSDORBANK), Dubininskaya Street 86, Moscow 115093, Russia; SWIFT/BIC ROSORUMM; Website www.rdb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7718011918 (Russia); Legal Entity Number 253400D214P5D31NSL16;

Registration Number 1027739857958 (Russia); Global Intermediary Identification Number BSLLB8.99999.SL.643 [RUSSIA-EO14024].

RUSSIAN QUANTUM CENTER (a.k.a. INTERNATIONAL CENTER FOR QUANTUM OPTICS AND QUANTUM TECHNOLOGIES LIMITED LIABILITY COMPANY; a.k.a. OOO MTSKT; a.k.a. "RQC"), 30 Bld., 1 Bolshoy Blvd, Skolkovo Innovation Center, Moscow 121205, Russia; 100 Novaya Street, Skolkovo Village, Odintsovo, Moscow Region 143026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743801910 (Russia); Registration Number 1107746994365 (Russia) [RUSSIA-EO14024].

RUSSIAN SPACE SYSTEMS JSC (a.k.a. JOINT STOCK COMPANY ROSSIYSKIYE KOSMICHESKIYE SISTEMY; a.k.a. ROSSIYSKIYE KOSMICHESKIYE SISTEMY; a.k.a. "RKS"; a.k.a. "RSS"), 53, Aviamotornaya Str., Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 23 Oct 2009; Tax ID No. 7722698789 (Russia); Registration Number 1097746649681 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

RUSSIAN STATE SCIENTIFIC CENTER FOR ROBOTICS AND TECHNICAL CYBERNETICS (a.k.a. CENTRAL RESEARCH INSTITUTE OF ROBOTICS AND TECHNICAL CYBERNETICS; a.k.a. FEDERAL STATE AUTONOMOUS SCIENTIFIC INSTITUTION CENTRAL RESEARCH AND EXPERIMENTAL AND DESIGN INSTITUTE OF ROBOTICS AND TECHNICAL CYBERNETICS; a.k.a. TSNII RTK), Prosp Tikhoretskii 21, St. Petersburg 194064, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Government Entity; Tax ID No. 7804023410 (Russia); Registration Number 1027802484852 (Russia) [RUSSIA-EO14024].

RUSSIAN TITANIUM RESOURCES LIMITED, 80 Archbishop Makariou III, Panou Egglezou, Floor 5, Flat 500, Nicosia 1077, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Apr 2010; Registration Number HE 265198 (Cyprus) [RUSSIA-EO14024] (Linked To: TKACHUK, Anatoliy Nikolaevich; Linked To: NOVIKOV, Alexey Alexeyevich).

RUSSIAN UNIVERSAL BANK (a.k.a. RUSUNIVERSALBANK), M. Kazannyj Per., 14,

Str. 1, Moscow 105064, Russia; SWIFT/BIC RUNIRUMM; Website www.rubank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7718120593 (Russia); Legal Entity Number 253400YYHA5GJQB46R62; Registration Number 1027739671288 (Russia) [RUSSIA-EO14024].

RUSSIAN VENTURE COMPANY (Cyrillic: РОССИЙСКАЯ ВЕНЧУРНАЯ КОМПАНИЯ) (a.k.a. LIMITED LIABILITY COMPANY RVC MANAGEMENT COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РВК); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RVK; a.k.a. RVC MANAGEMENT COMPANY LLC; a.k.a. "LLC MC RVC"; a.k.a. "LLC UK RVK"; a.k.a. "OOO UK RVK" (Cyrillic: "ООО УК РВК")), D. 8, Str. 1, Etaj 12, Nab. Presnenskaya, Moscow 123112, Russia (Cyrillic: Дом 8, Строение 1 Этаж 12, Набережная Пресненская, Москва 123112, Russia); Website https://rvc.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Dec 2020; Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 9703024347 (Russia); Government Gazette Number 33185693 (Russia); Registration Number 1207700502547 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND).

RUSSIAN VNESHTORGBANK (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE

OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

RUSSISCHE KOMMERZIAL BANK AG (a.k.a. GAZPROMBANK (SWITZERLAND) LTD; a.k.a. GAZPROMBANK SCHWEIZ AG), Zollikerstrasse 183, Zurich 8008, Switzerland; Zollikerstrasse 183, Zurich 8032, Switzerland; SWIFT/BIC RKBZCHZZ; Website www.gazprombank.ch; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Legal Entity Number 529900I9DRT12XN43G84; For more information on directives, please visit the following link: https://ofac.treasury.gov/sanctions-programs-and-country-information/ukraine-russia-related-sanctions#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMBANK JOINT STOCK COMPANY).

RUSSITA BANK (a.k.a. ROSSITA BANK; a.k.a. RUSSITABANK LTD), ul. 1-ya Brestskaya 22, Moscow 125047, Russia; SWIFT/BIC RICIRUMM; Website www.russitabank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7730067441 (Russia); Legal Entity Number 253400D9TTHM66P87109; Registration Number 1027739254036 (Russia) [RUSSIA-EO14024].

RUSSITABANK LTD (a.k.a. ROSSITA BANK; a.k.a. RUSSITA BANK), ul. 1-ya Brestskaya 22, Moscow 125047, Russia; SWIFT/BIC RICIRUMM; Website www.russitabank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7730067441 (Russia); Legal Entity Number 253400D9TTHM66P87109; Registration Number 1027739254036 (Russia) [RUSSIA-EO14024].

RUSSKAYA MEKHANIKA JOINT STOCK COMPANY, Ul. Tolbukhina D. 22, Rybinsk 152914, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7610062924 (Russia); Registration Number 1047601613652 (Russia) [RUSSIA-EO14024].

RUSSKI UGOL AO (a.k.a. JSC RUSSIAN COAL), d. 10, 4 etazh, kom. 1-13, ul. Petrovka, Moscow 107031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7705880068 (Russia); Registration

Number 1097746061390 (Russia) [RUSSIA-EO14024].

RUSSKIE MASHINY (a.k.a. RUSSIAN MACHINES), Ul. Rochdelskaya 15, 8, Moscow 123022, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1112373000596; Tax ID No. 2373000582; Identification Number 37100386 [UKRAINE-EO13661] [UKRAINE-EO13662] (Linked To: DERIPASKA, Oleg Vladimirovich; Linked To: BASIC ELEMENT LIMITED).

RUSSKIE MASHINY PLASTUN (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU RUSSKIE VEZDEKHODY PLASTUN; a.k.a. RUSSIAN ALL TERRAIN VEHICLES PLASTUN COMPANY), 21 Litera A, Leitenanta Shmidta Nab., Pomeshch. 4-N, Saint Petersburg 199034, Russia; 9 Khilokskaia, Novosibirsk, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801696576 (Russia); Registration Number 1217800042283 (Russia) [RUSSIA-EO14024].

RUSSKIE TSIFROVYE RESHENIYA (a.k.a. LIMITED LIABILITY COMPANY RUSSIAN DIGITAL SOLUTIONS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУССКИЕ ЦИФРОВЫЕ РЕШЕНИЯ); a.k.a. LLC RUS.DIGITAL; a.k.a. LLC RUS.TSIFRA (Cyrillic: ООО РУС.ЦИФРА)), ul. Vyatskaya, d. 70, pomeshch./floor 1/4, kom. #5, Moscow 127015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Feb 2021; Tax ID No. 7714468703 (Russia); Registration Number 1217700056991 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Kirill Konstantinovich).

RUSSKIKH, Aleksei Yurievich (a.k.a. RUSKYKH, Oleksii Yuriiovych; a.k.a. RUSSKIKH, Aleksey Yurevich (Cyrillic: РУССКИХ, Алексей Юрьевич); a.k.a. RUSSKIKH, Alexey Yuryevich), Ulyanovsk Region, Russia; DOB 17 Jul 1968; POB Izhevsk, Udmurtia Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771907803608 (Russia) (individual) [RUSSIA-EO14024].

RUSSKIKH, Aleksey Yurevich (Cyrillic: РУССКИХ, Алексей Юрьевич) (a.k.a. RUSKYKH, Oleksii Yuriiovych; a.k.a. RUSSKIKH, Aleksei Yurievich; a.k.a. RUSSKIKH, Alexey Yuryevich), Ulyanovsk

Region, Russia; DOB 17 Jul 1968; POB Izhevsk, Udmurtia Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771907803608 (Russia) (individual) [RUSSIA-EO14024].

RUSSKIKH, Alexey Yuryevich (a.k.a. RUSKYKH, Oleksii Yuriiovych; a.k.a. RUSSKIKH, Aleksei Yurievich; a.k.a. RUSSKIKH, Aleksey Yurevich (Cyrillic: РУССКИХ, Алексей Юрьевич)), Ulyanovsk Region, Russia; DOB 17 Jul 1968; POB Izhevsk, Udmurtia Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771907803608 (Russia) (individual) [RUSSIA-EO14024].

RUSSKOE IMPERSKOYE DVIZHENIYE (a.k.a. RUSSIAN IMPERIAL LEGION; a.k.a. RUSSIAN IMPERIAL MOVEMENT; a.k.a. RUSSKOIE IMPERSKOE DVIZHENIE; a.k.a. SAINT PETERSBURG IMPERIAL LEGION; a.k.a. "IMPERIAL LEGION"; a.k.a. "RID"; a.k.a. "RIL"; a.k.a. "RIM"), Saint Petersburg, Russia; PO Box 128, Saint Petersburg 197022, Russia; Website rusimperia.info; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

RUSSKOE VREMYA OOO (a.k.a. AQUANIKA; a.k.a. AQUANIKA LLC; a.k.a. LLC RUSSKOYE VREMYA; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RUSSKOE VREMYA; a.k.a. RUSSKOYE VREMYA LLC), 47A, Sevastopolskiy Ave., of. 304, Moscow 117186, Russia; 1/2 Rodnikovaya ul., Savasleika s., Kulebakski raion, Nizhegorodskaya oblast 607007, Russia; Website http://www.aquanika.com; alt. Website http://aquanikacompany.ru; Email Address office@aquanika.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1075247000036 [UKRAINE-EO13661].

RUSSKO-GERMANSKAYA LIZINGOVAYA KOMPANIYA ZAO (a.k.a. CJSC SBERBANK LEASING; a.k.a. JOINT STOCK COMPANY SBERBANK LEASING; a.k.a. SBERBANK LEASING JSC; a.k.a. SBERBANK LEASING ZAO; a.k.a. SBERBANK LIZING ZAKRYTOE AKTSIONERNOE OBSHCHESTVO), Novoivanovskoe workers settlement, Odintsovo, Moscow Region 143026, Russia; 6 Vorobievskoe shosse, Moscow 119285, Russia;

Website www.sberleasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027739000728 (Russia); Tax ID No. 7707009586 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

RUSSKOIE IMPERSKOE DVIZHENIE (a.k.a. RUSSIAN IMPERIAL LEGION; a.k.a. RUSSIAN IMPERIAL MOVEMENT; a.k.a. RUSSKOE IMPERSKOYE DVIZHENIYE; a.k.a. SAINT PETERSBURG IMPERIAL LEGION; a.k.a. "IMPERIAL LEGION"; a.k.a. "RID"; a.k.a. "RIL"; a.k.a. "RIM"), Saint Petersburg, Russia; PO Box 128, Saint Petersburg 197022, Russia; Website rusimperia.info; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

RUSSKOYE VREMYA LLC (a.k.a. AQUANIKA; a.k.a. AQUANIKA LLC; a.k.a. LLC RUSSKOYE VREMYA; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RUSSKOE VREMYA; a.k.a. RUSSKOE VREMYA OOO), 47A, Sevastopolskiy Ave., of. 304, Moscow 117186, Russia; 1/2 Rodnikovaya ul., Savasleika s., Kulebakski raion, Nizhegorodskaya oblast 607007, Russia; Website http://www.aquanika.com; alt. Website http://aquanikacompany.ru; Email Address office@aquanika.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1075247000036 [UKRAINE-EO13661].

RUSSOPHILES FOR THE REVIVAL OF THE FATHERLAND POLITICAL PARTY (Cyrillic: ПОЛИТИЧЕСКА ПАРТНЯ РУСОФИЛИ ЗА ВЪЗРАЖДАНЕ НА ОТЕЧЕСТВОТО) (a.k.a. FATHERLAND'S REVIVAL; a.k.a. REVIVAL OF

THE FATHERLAND POLITICAL PARTY (Cyrillic: ПОЛИТИЧЕСКА ПАРТНЯ ВЪЗРАЖДАНЕ НА ОТЕЧЕСТВОТО)), 21 Mihail Marinov Street, Sofia, Bulgaria; Organization Type: Activities of political organizations [GLOMAG] (Linked To: MALINOV, Nikolay Simeonov).

RUSSOPHILES NATIONAL MOVEMENT (a.k.a. BULGARIAN NATIONAL MOVEMENT OF RUSSOPHILES; a.k.a. THE RUSSOPHILE NATIONAL MOVEMENT ASSOCIATION (Cyrillic: СДРУЖЕНИЕ НАЦИАОНАЛНО ДВИЖЕНИЕ РУСОФИЛИ)), Georgi S. Rakovski, 108, 1000, Sofia, Bulgaria; Organization Established Date 2003; Business Registration Number 131049199 (Bulgaria) [GLOMAG] (Linked To: MALINOV, Nikolay Simeonov).

RUSSUL OOO (a.k.a. LIMITED LIABILITY COMPANY RUSSUL), vn.ter.g. munitsipalny okrug Yakimanka, per 2-i Babegorodski, d.29, pomeshch. 11, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9706016513 (Russia); Registration Number 1217700270831 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

RUSTANKER LLC, ul Lenina 32, Temryuk, Krasnodarskiy Kray 353500, Russia; Identification Number IMO 6166689 [VENEZUELA-EO13850].

RUSTOM, Sakkar (a.k.a. AL-ROSTOM, Saqer Asaad; a.k.a. AL-RUSTOM, Saqr As'ad (Arabic: صقر أسعد الرستم); a.k.a. ROSTOM, Saker; a.k.a. RUSTOM, Sakker; a.k.a. RUSTOM, Sakr; a.k.a. RUSTOM, Saqqar; a.k.a. RUSTOM, Saqqer; a.k.a. RUSTOM, Saqr (Arabic: صقر رستم)), Homs, Syria; DOB 1974; POB Khirbet al-Hamam, Homs, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

RUSTOM, Sakker (a.k.a. AL-ROSTOM, Saqer Asaad; a.k.a. AL-RUSTOM, Saqr As'ad (Arabic: صقر أسعد الرستم); a.k.a. ROSTOM, Saker; a.k.a. RUSTOM, Sakkar; a.k.a. RUSTOM, Sakr; a.k.a. RUSTOM, Saqqar; a.k.a. RUSTOM, Saqqer; a.k.a. RUSTOM, Saqr (Arabic: صقر رستم)), Homs, Syria; DOB 1974; POB Khirbet al-Hamam, Homs, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

RUSTOM, Sakr (a.k.a. AL-ROSTOM, Saqer Asaad; a.k.a. AL-RUSTOM, Saqr As'ad (Arabic: صقر أسعد الرستم); a.k.a. ROSTOM, Saker; a.k.a. RUSTOM, Sakkar; a.k.a. RUSTOM, Sakker; a.k.a. RUSTOM, Saqqar; a.k.a. RUSTOM, Saqqer; a.k.a. RUSTOM, Saqr (Arabic: صقر

(رستم)), Homs, Syria; DOB 1974; POB Khirbet al-Hamam, Homs, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

RUSTOM, Saqqar (a.k.a. AL-ROSTOM, Saqer Asaad; a.k.a. AL-RUSTOM, Saqr As'ad (Arabic: صقر أسعد الرستم); a.k.a. ROSTOM, Saker; a.k.a. RUSTOM, Sakkar; a.k.a. RUSTOM, Sakker; a.k.a. RUSTOM, Sakr; a.k.a. RUSTOM, Saqqer; a.k.a. RUSTOM, Saqr (Arabic: صقر رستم)), Homs, Syria; DOB 1974; POB Khirbet al-Hamam, Homs, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

RUSTOM, Saqqer (a.k.a. AL-ROSTOM, Saqer Asaad; a.k.a. AL-RUSTOM, Saqr As'ad (Arabic: صقر أسعد الرستم); a.k.a. ROSTOM, Saker; a.k.a. RUSTOM, Sakkar; a.k.a. RUSTOM, Sakker; a.k.a. RUSTOM, Sakr; a.k.a. RUSTOM, Saqqar; a.k.a. RUSTOM, Saqr (Arabic: صقر رستم)), Homs, Syria; DOB 1974; POB Khirbet al-Hamam, Homs, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

RUSTOM, Saqr (Arabic: صقر رستم) (a.k.a. AL-ROSTOM, Saqer Asaad; a.k.a. AL-RUSTOM, Saqr As'ad (Arabic: صقر أسعد الرستم); a.k.a. ROSTOM, Saker; a.k.a. RUSTOM, Sakkar; a.k.a. RUSTOM, Sakker; a.k.a. RUSTOM, Sakr; a.k.a. RUSTOM, Saqqar; a.k.a. RUSTOM, Saqqer), Homs, Syria; DOB 1974; POB Khirbet al-Hamam, Homs, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

RUSUNIVERSALBANK (a.k.a. RUSSIAN UNIVERSAL BANK), M. Kazannyj Per., 14, Str. 1, Moscow 105064, Russia; SWIFT/BIC RUNIRUMM; Website www.rubank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7718120593 (Russia); Legal Entity Number 253400YYHA5GJQB46R62; Registration Number 1027739671288 (Russia) [RUSSIA-EO14024].

RUTARGET LIMITED (a.k.a. LIMITED LIABILITY COMPANY RUTARGET; a.k.a. RUTARGET LLC), Room 1-N, 29 Letter A, Line 18, of Vasilyevsky Island, St. Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801579142 (Russia); Registration Number 1127847377118 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

RUTARGET LLC (a.k.a. LIMITED LIABILITY COMPANY RUTARGET; a.k.a. RUTARGET LIMITED), Room 1-N, 29 Letter A, Line 18, of Vasilyevsky Island, St. Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801579142 (Russia); Registration Number 1127847377118 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

RUWWAD AL-QABIDAH COMPANY (a.k.a. AL ROWAD REAL ESTATE DEVELOPMENT (Arabic: الرواد للتطوير العقاري); a.k.a. ALROWAD COMPANY; a.k.a. ALROWAD FOR REAL ESTATE; a.k.a. ALROWAD FOR REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD RESIDENTIAL COMPOUND; a.k.a. PIONEER COMPANY FOR REAL ESTATE DEVELOPMENT CO. LTD.; a.k.a. PIONEER REAL ESTATE DEVELOPMENT CO. LTD. OF SUDAN-SAUDI ARABIA; a.k.a. RUWWAD REAL ESTATE DEVELOPMENT), West Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2010; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

RUWWAD REAL ESTATE DEVELOPMENT (a.k.a. AL ROWAD REAL ESTATE DEVELOPMENT (Arabic: الرواد للتطوير العقاري); a.k.a. ALROWAD COMPANY; a.k.a. ALROWAD FOR REAL ESTATE; a.k.a. ALROWAD FOR REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD RESIDENTIAL COMPOUND; a.k.a. PIONEER COMPANY FOR REAL ESTATE DEVELOPMENT CO. LTD.; a.k.a. PIONEER REAL ESTATE DEVELOPMENT CO. LTD. OF SUDAN-SAUDI ARABIA; a.k.a. RUWWAD AL-QABIDAH COMPANY), West Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2010; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

RUZEKSPEDITSIYA LLC (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RUZEKSPEDITSIYA; a.k.a. RUDENSKI UDOBRENCHESKI ZAVOD OOO; a.k.a. RUZSPEDITION LLC), 1K, pom. 36, ul. Zavodskaya, Bolbasovo 211004, Belarus; 40 Nemiga St., p. 304, Minsk 220004, Belarus; Organization Established Date 31 May 2016; Organization Type: Transportation and storage; Tax ID No. 690664113 (Belarus) [BELARUS-EO14038].

RUZI, Pahlawan (a.k.a. ROEZI, Pahlawan; a.k.a. ROSI, Pahlawan; a.k.a. ROSY, Pahlawan; a.k.a. ROZI, Pahlawan; a.k.a. ROZI, Palawan; a.k.a. ROZIUDIN, Pahlawan; a.k.a. ROZY, Palawan), 42S VF 88722 63166, Kunduz City, Kunduz Province, Afghanistan; 42S VF 88651 63126, Kunduz City, Kunduz District, Afghanistan; 42S VF 88648 63088, Kunduz City, Kunduz District, Afghanistan; DOB 1965; POB Kunduz City, Kunduz District, Afghanistan; nationality Afghanistan (individual) [SDNTK].

RUZSPEDITION LLC (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RUZEKSPEDITSIYA; a.k.a. RUDENSKI UDOBRENCHESKI ZAVOD OOO; a.k.a. RUZEKSPEDITSIYA LLC), 1K, pom. 36, ul. Zavodskaya, Bolbasovo 211004, Belarus; 40 Nemiga St., p. 304, Minsk 220004, Belarus; Organization Established Date 31 May 2016; Organization Type: Transportation and storage; Tax ID No. 690664113 (Belarus) [BELARUS-EO14038].

RUZZA TERAN, Iliana Josefa (Latin: RUZZA TERÁN, Iliana Josefa), Caracas, Venezuela; DOB 27 Feb 1980; Gender Female; Cedula No. 14310920 (Venezuela) (individual) [VENEZUELA].

RVC MANAGEMENT COMPANY LLC (a.k.a. LIMITED LIABILITY COMPANY RVC MANAGEMENT COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РВК); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RVK; a.k.a. RUSSIAN VENTURE COMPANY (Cyrillic: РОССИЙСКАЯ ВЕНЧУРНАЯ КОМПАНИЯ); a.k.a. "LLC MC RVC"; a.k.a. "LLC UK RVK"; a.k.a. "OOO UK RVK" (Cyrillic: "ООО УК РВК")), D. 8, Str. 1, Etaj 12, Nab. Presnenskaya, Moscow 123112, Russia (Cyrillic: Дом 8, Строение 1 Этаж 12, Набережная Пресненская, Москва 123112, Russia); Website https://rvc.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Dec 2020; Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 9703024347 (Russia);

Government Gazette Number 33185693 (Russia); Registration Number 1207700502547 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND).

RWANDA DEFENCE FORCE (a.k.a. "RDF"), Ministry of Defence, KG 1 Roundabout, Kigali, Rwanda; Website https://www.mod.gov.rw/rdf/overview; Organization Established Date Jul 2002; Organization Type: Defense activities; Target Type Government Entity [DRCONGO].

RWR INTERNATIONAL COMMODITIES (a.k.a. A.T.E. INTERNATIONAL LTD.), 3 Mandeville Place, London, United Kingdom [IRAQ2].

RYABINOVAYA OOO (Cyrillic: ООО РЯБИНОВАЯ) (a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU RYABINOVAYA), 4 d., ul. Shosseinaya Moscow, Moscow 109548, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Nov 2015; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 7723416596 (Russia); Registration Number 5157746021043 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

RYABTSEVA, Zhanna Anatolyevna (Cyrillic: РЯБЦЕВА, Жанна Анатольевна), Russia; DOB 08 Dec 1977; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RYABUKHIN, Sergey Nikolayevich (Cyrillic: РЯБУХИН, Сергей Николаевич), Russia; DOB 13 Nov 1954; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RYAN, Damion Patrick (a.k.a. JOHN, Damion Patrick; a.k.a. RYAN, Damion Patrick John; a.k.a. "HENRY, John"; a.k.a. "JOHN, Damien"; a.k.a. "JOHN, Damion"; a.k.a. "PATRICK, Damion"; a.k.a. "RYAN, Damien"; a.k.a. "RYAN, John"), British Columbia, Canada; DOB 14 Oct 1980; POB Canada; nationality Canada; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport WQ097521 (Canada); alt. Passport HK184430

(Canada) expires 15 Sep 2026; alt. Passport AK406531 (Canada) expires 11 Jan 2029 (individual) [IRAN-HR] (Linked To: ASAN, Nihat Abdul Kadir).

RYAN, Damion Patrick John (a.k.a. JOHN, Damion Patrick; a.k.a. RYAN, Damion Patrick; a.k.a. "HENRY, John"; a.k.a. "JOHN, Damien"; a.k.a. "JOHN, Damion"; a.k.a. "PATRICK, Damion"; a.k.a. "RYAN, Damien"; a.k.a. "RYAN, John"), British Columbia, Canada; DOB 14 Oct 1980; POB Canada; nationality Canada; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport WQ097521 (Canada); alt. Passport HK184430 (Canada) expires 15 Sep 2026; alt. Passport AK406531 (Canada) expires 11 Jan 2029 (individual) [IRAN-HR] (Linked To: ASAN, Nihat Abdul Kadir).

RYANG, Tae Chol (a.k.a. RYANG, Tae-ch'o'l), Tumen, China; DOB 07 Jan 1969; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Representative of the Korea Ryonbong General Corporation in Tumen, China (individual) [DPRK2].

RYANG, Tae-ch'o'l (a.k.a. RYANG, Tae Chol), Tumen, China; DOB 07 Jan 1969; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Representative of the Korea Ryonbong General Corporation in Tumen, China (individual) [DPRK2].

RYAUZOV, Denis (a.k.a. JURJEVICH, Ryauzov Denis; a.k.a. RJAUZOW, Denis; a.k.a. RYAUZOV, Denis Yuryevich; a.k.a. RYAUZOW, Denis), Russia; DOB 23 May 1974; POB Omsk, Siberia, Russia; nationality Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

RYAUZOV, Denis Yuryevich (a.k.a. JURJEVICH, Ryauzov Denis; a.k.a. RJAUZOW, Denis; a.k.a. RYAUZOV, Denis; a.k.a. RYAUZOW, Denis), Russia; DOB 23 May 1974; POB Omsk, Siberia, Russia; nationality Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

RYAUZOW, Denis (a.k.a. JURJEVICH, Ryauzov Denis; a.k.a. RJAUZOW, Denis; a.k.a. RYAUZOV, Denis; a.k.a. RYAUZOV, Denis Yuryevich), Russia; DOB 23 May 1974; POB Omsk, Siberia, Russia; nationality Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

RYAZAN METAL CERAMICS INSTRUMENTATION PLANT JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO RYAZANSKII ZAVOD METALLOKERAMICHESKIKH PRIBOROV; a.k.a. RYAZAN PLANT OF METAL-CERAMIC DEVICES (Cyrillic: РЯЗАНСКИЙ ЗАВОД МЕТАЛЛОКЕРАМИЧЕСКИХ ПРИБОРОВ); a.k.a. "AO RZMKP"), 51B Novaya St., Ryazan 390027, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1964; Tax ID No. 6230006400 (Russia); Registration Number 1026201102377 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

RYAZAN OIL REFINING COMPANY JOINT STOCK COMPANY (a.k.a. JOINT STOCK COMPANY RYAZAN OIL REFINERY COMPANY; a.k.a. "AO RNPK"; a.k.a. "JSC RORC"), Yuzhnyi Promuzel D. 8, Ryazan 390011, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6227007322 (Russia); Registration Number 1026200870321 (Russia) [RUSSIA-EO14024].

RYAZAN PLANT OF METAL-CERAMIC DEVICES (Cyrillic: РЯЗАНСКИЙ ЗАВОД МЕТАЛЛОКЕРАМИЧЕСКИХ ПРИБОРОВ) (a.k.a. AKTSIONERNOE OBSHCHESTVO RYAZANSKII ZAVOD METALLOKERAMICHESKIKH PRIBOROV; a.k.a. RYAZAN METAL CERAMICS INSTRUMENTATION PLANT JSC; a.k.a. "AO RZMKP"), 51B Novaya St., Ryazan 390027, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1964; Tax ID No. 6230006400 (Russia); Registration Number 1026201102377 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

RYAZANTSEV, Oleg Nikolaevich (a.k.a. RYAZANTSEV, Oleg Nikolayevich (Cyrillic: РЯЗАНЦЕВ, Олег Николаевич); a.k.a.

"RYAZANCEV, Oleg N"), Russia; DOB 16 Apr 1982; POB Zhukovsky, Moscow Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

RYAZANTSEV, Oleg Nikolayevich (Cyrillic: РЯЗАНЦЕВ, Олег Николаевич) (a.k.a. RYAZANTSEV, Oleg Nikolaevich; a.k.a. "RYAZANCEV, Oleg N"), Russia; DOB 16 Apr 1982; POB Zhukovsky, Moscow Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

RYBAKOU, Andrei (a.k.a. RYBAKOU, Andrei Aliakseevich (Cyrillic: РЫБАКОЎ, Андрэй Аляксеевіч); a.k.a. RYBAKOV, Andrei Alekseevich (Cyrillic: РЫБАКОВ, Андрей Алексеевич)), Minsk, Belarus; DOB 11 Jul 1976; POB Mahilyow, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

RYBAKOU, Andrei Aliakseevich (Cyrillic: РЫБАКОЎ, Андрэй Аляксеевіч) (a.k.a. RYBAKOU, Andrei; a.k.a. RYBAKOV, Andrei Alekseevich (Cyrillic: РЫБАКОВ, Андрей Алексеевич)), Minsk, Belarus; DOB 11 Jul 1976; POB Mahilyow, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

RYBAKOV, Andrei Alekseevich (Cyrillic: РЫБАКОВ, Андрей Алексеевич) (a.k.a. RYBAKOU, Andrei; a.k.a. RYBAKOU, Andrei Aliakseevich (Cyrillic: РЫБАКОЎ, Андрэй Аляксеевіч)), Minsk, Belarus; DOB 11 Jul 1976; POB Mahilyow, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

RYBALSKIY, Yakov (a.k.a. RABALSKY, Jacob; a.k.a. RIBALSKI, Yaakov; a.k.a. RIBALSKY, Yaakov; a.k.a. RIBALSKY, Yakov; a.k.a. RYBALSKY, Yaakov), Rashi 9/3, Sharon, Israel; DOB 08 Aug 1954; alt. DOB 08 Aug 1950; citizen Israel; Passport 7959978 (Israel); alt. Passport R5408081 (Israel); alt. Passport 9001681 (Israel) (individual) [TCO].

RYBALSKY, Yaakov (a.k.a. RABALSKY, Jacob; a.k.a. RIBALSKI, Yaakov; a.k.a. RIBALSKY, Yaakov; a.k.a. RIBALSKY, Yakov; a.k.a. RYBALSKIY, Yakov), Rashi 9/3, Sharon, Israel; DOB 08 Aug 1954; alt. DOB 08 Aug 1950; citizen Israel; Passport 7959978 (Israel); alt.

Passport R5408081 (Israel); alt. Passport 9001681 (Israel) (individual) [TCO].

RYMASHEUSKI, Aliaksei Ivanavich (Cyrillic: РЫМАШЭЎСКІ, Аляксей Іванавіч) (a.k.a. RIMASHEVSKIY, Aleksey Ivanovich (Cyrillic: РИМАШЕВСКИЙ, Алексей Иванович); a.k.a. RIMASHEVSKIY, Alexey; a.k.a. RIMASHEVSKY, Aleksei), Minsk, Belarus; DOB 29 Jun 1981; POB Salihorsk, Minsk Oblast, Belarus; nationality Belarus; Gender Male; Passport MP2145720 (Belarus); National ID No. 3290681A146PB8 (Belarus) (individual) [BELARUS-EO14038].

RYNRADO (Cyrillic: РЫНРАДО) (a.k.a. KOREA RUNGRADO GENERAL TRADING CORPORATION; a.k.a. RUNGRADO TRADE COMPANY; a.k.a. RYNRADO GENERAL TRADING CORPORATION), Korea, North; Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

RYNRADO GENERAL TRADING CORPORATION (a.k.a. KOREA RUNGRADO GENERAL TRADING CORPORATION; a.k.a. RUNGRADO TRADE COMPANY; a.k.a. RYNRADO (Cyrillic: РЫНРАДО)), Korea, North; Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

RYOM, Hui-bong (a.k.a. RYO'M, Hu'i-pong), Dubai, United Arab Emirates; DOB 18 Sep 1961; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745120026 (Korea, North) (individual) [DPRK4].

RYO'M, Hu'i-pong (a.k.a. RYOM, Hui-bong), Dubai, United Arab Emirates; DOB 18 Sep 1961; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons

Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745120026 (Korea, North) (individual) [DPRK4].

RYONHA MACHINERY JOINT VENTURE CORPORATION (a.k.a. CHOSUN YUNHA MACHINERY JOINT OPERATION COMPANY; a.k.a. KOREA RYENHA MACHINERY J/V CORPORATION; a.k.a. KOREA RYONHA MACHINERY JOINT VENTURE CORPORATION), Mangungdae-gu, Pyongyang, Korea, North; Mangyongdae District, Pyongyang, Korea, North; Central District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

RYSKIN, Vladimir Markovich, Moscow, Russia; DOB 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

RYU, Jin; DOB 07 Aug 1965; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563410081; KOMID official in Syria (individual) [DPRK2].

RYUGYONG COMMERCIAL BANK, Korea, North; Beijing, China; Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

RYUJONG CREDIT BANK, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Financial Institution [DPRK4].

RYUNG SENG TRADING CORPORATION (a.k.a. KOREA KURYONGGANG TRADING CORPORATION; a.k.a. KOREA TANGUN TRADING CORPORATION; a.k.a. RYUNGSENG TRADING CORPORATION; a.k.a. RYUNGSONG TRADING

CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK2].

RYUNG SENG TRADING CORPORATION (a.k.a. KOREA KURYONGGANG TRADING CORPORATION; a.k.a. KOREA KUWOLSAN TRADING CORPORATION; a.k.a. KOREA RYENHAP 2 TRADING CORPORATION; a.k.a. KOREA TANGUN TRADING CORPORATION; a.k.a. RYUNGSENG TRADING CORPORATION; a.k.a. RYUNGSONG TRADING CORPORATION; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES FOREIGN AFFAIRS BUREAU), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [NPWMD].

RYUNGSENG TRADING CORPORATION (a.k.a. KOREA KURYONGGANG TRADING CORPORATION; a.k.a. KOREA TANGUN TRADING CORPORATION; a.k.a. RYUNG SENG TRADING CORPORATION; a.k.a. RYUNGSONG TRADING CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK2].

RYUNGSENG TRADING CORPORATION (a.k.a. KOREA KURYONGGANG TRADING CORPORATION; a.k.a. KOREA KUWOLSAN TRADING CORPORATION; a.k.a. KOREA RYENHAP 2 TRADING CORPORATION; a.k.a. KOREA TANGUN TRADING CORPORATION; a.k.a. RYUNG SENG TRADING CORPORATION; a.k.a. RYUNGSONG TRADING CORPORATION; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES FOREIGN AFFAIRS BUREAU), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations

section 510.214; Target Type Government Entity [NPWMD].

RYUNGSONG TRADING CORPORATION (a.k.a. KOREA KURYONGGANG TRADING CORPORATION; a.k.a. KOREA TANGUN TRADING CORPORATION; a.k.a. RYUNG SENG TRADING CORPORATION; a.k.a. RYUNGSENG TRADING CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK2].

RYUNGSONG TRADING CORPORATION (a.k.a. KOREA KURYONGGANG TRADING CORPORATION; a.k.a. KOREA KUWOLSAN TRADING CORPORATION; a.k.a. KOREA RYENHAP 2 TRADING CORPORATION; a.k.a. KOREA TANGUN TRADING CORPORATION; a.k.a. RYUNG SENG TRADING CORPORATION; a.k.a. RYUNGSENG TRADING CORPORATION; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES FOREIGN AFFAIRS BUREAU), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [NPWMD].

RYZHENKIN, Leonid (Cyrillic: РЫЖЕНЬКИН, Леонид) (a.k.a. RIZHENKIN, Leonid; a.k.a. RYZHENKIN, Leonid Kronidovich (Cyrillic: РЫЖЕНЬКИН, Леонид Кронидович)), Moscow, Russia; DOB 10 Nov 1967; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 722706177 (individual) [UKRAINE-EO13685].

RYZHENKIN, Leonid Kronidovich (Cyrillic: РЫЖЕНЬКИН, Леонид Кронидович) (a.k.a. RIZHENKIN, Leonid; a.k.a. RYZHENKIN, Leonid (Cyrillic: РЫЖЕНЬКИН, Леонид)), Moscow, Russia; DOB 10 Nov 1967; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 722706177 (individual) [UKRAINE-EO13685].

RYZHENKOV, Aleksandr Viktorovich (a.k.a. "CHERDAKMUDAK"; a.k.a. "GUESTER"; a.k.a.

"MALOY, Sanya"; a.k.a. "MALOY, Sasha"), Russia; DOB 26 May 1993; nationality Russia; Gender Male; Passport 643501126 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP).

RYZHENKOV, Sergey Viktorovich (a.k.a. "MALOY, Serega"; a.k.a. "POCH"; a.k.a. "STEN"), Moscow, Russia; DOB 15 Feb 1989; POB Uzbekistan; nationality Russia; Gender Male; Passport 712199247 (Russia); National ID No. 3609048460 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP).

RYZHKOV, Nikolai Ivanovich (Cyrillic: РЫЖКОВ, Николай Иванович) (a.k.a. RIZHKOV, Nikolay Ivanovich), Russia; DOB 28 Sep 1929; POB Duleevka, Donetsk Region, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

RZHANOV INSTITUTE OF SEMICONDUCTOR PHYSICS SB RAS (a.k.a. ISP SB RAS; a.k.a. RZHANOV INSTITUTE OF SEMICONDUCTOR PHYSICS SIBERIAN BRANCH OF RUSSIAN ACADEMY OF SCIENCES), 13 Lavrentiev Aven., Novosibirsk 630090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5408100057 (Russia); Registration Number 1025403651283 (Russia) [RUSSIA-EO14024].

RZHANOV INSTITUTE OF SEMICONDUCTOR PHYSICS SIBERIAN BRANCH OF RUSSIAN ACADEMY OF SCIENCES (a.k.a. ISP SB RAS; a.k.a. RZHANOV INSTITUTE OF SEMICONDUCTOR PHYSICS SB RAS), 13 Lavrentiev Aven., Novosibirsk 630090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5408100057 (Russia); Registration Number 1025403651283 (Russia) [RUSSIA-EO14024].

RZOOKI, Hanna, Iraq; Chairman of REAL ESTATE BANK (individual) [IRAQ2].

S 7 ENGINEERING LLC (Cyrillic: ООО С 7 ИНЖИНИРИНГ) (a.k.a. S 7 INZHINIRING OOO; a.k.a. "S7 TECHNICS"), Territoriya Aeroport Domodedovo, 6/1 Domodedovo, Moscow Oblast 142015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5009049835 (Russia); Registration Number 1055001517405 (Russia) [RUSSIA-EO14024].

S 7 INZHINIRING OOO (a.k.a. S 7 ENGINEERING LLC (Cyrillic: ООО С 7 ИНЖИНИРИНГ); a.k.a. "S7 TECHNICS"), Territoriya Aeroport Domodedovo, 6/1 Domodedovo, Moscow Oblast 142015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5009049835 (Russia); Registration Number 1055001517405 (Russia) [RUSSIA-EO14024].

S AND C TRADE PTY CO., LTD (a.k.a. S AND C TRADE PTY LTD; a.k.a. S&C TRADE PTY CO., LTD; a.k.a. S&C TRADE PTY LTD), Room 203, B, Lijingshangwu, No. 57, Busha Road, Buji, Longgang, Shenzhen 518114, China; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Country China [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

S AND C TRADE PTY LTD (a.k.a. S AND C TRADE PTY CO., LTD; a.k.a. S&C TRADE PTY CO., LTD; a.k.a. S&C TRADE PTY LTD), Room 203, B, Lijingshangwu, No. 57, Busha Road, Buji, Longgang, Shenzhen 518114, China; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Country China [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

S AND D SOLUTIONS LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ESDIES; a.k.a. S&D SOLUTIONS LIMITED LIABILITY COMPANY; a.k.a. "SDS OOO"), Ul. 6-Ya Krasnoarmeiskaya D. 5-7, Lit. A, Pom. 2-N, Saint Petersburg 190005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7820331010 (Russia); Registration Number 1129847007290 (Russia) [RUSSIA-EO14024].

S E A SHIP MANAGEMENT LLC (Arabic: سي ايي ايه لادارة السفن ذ م م), Office 1001/1002, 10th Floor, Oxford Tower, Business Bay, Dubai, United Arab Emirates; Bur Dubai, PO Box 454610, Dubai, United Arab Emirates; Organization Established Date 02 Aug 2016; Identification Number IMO 6163976; License 763348 (United Arab Emirates); Business Registration Number 1240207 (United Arab Emirates); Economic Register Number (CBLS) 10943568 (United Arab Emirates) [IRAN-EO13902].

S M A SHIPPING INC., Office 703, 6th Floor, Centennial Center, Panama City, Panama; Organization Established Date 29 Jan 2021; Identification Number IMO 6206261; Folio Mercantil No. 155701731 (Panama) [IRAN-EO13902].

S M S TELECOM FZCO, Warehouse No. i-08, P.O. Box No. 54490, Dubai Airport Free Zone, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 4526 (United Arab Emirates); Economic Register Number (CBLS) 11629140 (United Arab Emirates) [RUSSIA-EO14024].

S&C TRADE PTY CO., LTD (a.k.a. S AND C TRADE PTY CO., LTD; a.k.a. S AND C TRADE PTY LTD; a.k.a. S&C TRADE PTY LTD), Room 203, B, Lijingshangwu, No. 57, Busha Road, Buji, Longgang, Shenzhen 518114, China; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Country China [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

S&C TRADE PTY LTD (a.k.a. S AND C TRADE PTY CO., LTD; a.k.a. S AND C TRADE PTY LTD; a.k.a. S&C TRADE PTY CO., LTD), Room 203, B, Lijingshangwu, No. 57, Busha Road, Buji, Longgang, Shenzhen 518114, China; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Country China [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

S&D SOLUTIONS LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ESDIES; a.k.a. S AND D SOLUTIONS LIMITED LIABILITY COMPANY; a.k.a. "SDS OOO"), Ul. 6-Ya Krasnoarmeiskaya D. 5-7, Lit. A, Pom. 2-N, Saint Petersburg 190005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7820331010 (Russia); Registration Number 1129847007290 (Russia) [RUSSIA-EO14024].

S. GROUP AIRLINES LTD, ABC Business Centre, Flat No: Flat 105, Floor No: Floor 1st, Charalampou Moyskou 20, Paphos 8010, Cyprus; Organization Established Date 23 Apr 2018; Business Registration Number 382880 (Cyprus) [BELARUS-EO14038] (Linked To: RAYYA, Samer).

S.A. LAVOCHKIN NPO (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION NAMED AFTER S. A. LAVOCHKINA; a.k.a. LAVOCHKIN SCIENTIFIC RESEARCH ASSOCIATION; a.k.a. NAUCHNO PROIZVODSTVENNOYE OBYEDINENIYE IMENI LAVOCHKINA; a.k.a. NPO IMENI LAVOCHKINA; a.k.a. S.A. LAVOCHKIN SCIENTIFIC PRODUCTION ASSOCIATION), 24 Leningradskaya Str., Khimki, Moscow region 141411, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 05 Apr 2017; Tax ID No. 5047196566 (Russia); Registration Number 1175029009363 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

S.A. LAVOCHKIN SCIENTIFIC PRODUCTION ASSOCIATION (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION NAMED AFTER S. A. LAVOCHKINA; a.k.a. LAVOCHKIN SCIENTIFIC RESEARCH ASSOCIATION; a.k.a. NAUCHNO PROIZVODSTVENNOYE OBYEDINENIYE IMENI LAVOCHKINA; a.k.a. NPO IMENI LAVOCHKINA; a.k.a. S.A. LAVOCHKIN NPO), 24 Leningradskaya Str., Khimki, Moscow region 141411, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 05 Apr 2017; Tax ID No. 5047196566 (Russia); Registration Number 1175029009363 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

S.A.S. E.U. (a.k.a. SERVICIO AEREO DE SANTANDER E.U.), Carrera 66 No. 7-31, Bogota, Colombia; NIT # 800543219-8 (Colombia) [SDNT].

S.Z.T.R. PRIZMA B.I. (a.k.a. SAMOSTALNA ZANATSKA TRGOVINSKA RADNJA PRIZMA), 40000 Mitrovice, Kosovo; Organization Established Date 10 Dec 2001; Organization Type: Construction of other civil engineering projects; Registration Number 80581564 (Kosovo) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

SAAB CERTAIN & COMPANIA S. EN C. (a.k.a. SAAB CERTAIN AND COMPANIA S. EN C.; a.k.a. SAAB CERTAIN Y COMPANIA S. EN C.), Cr 43 B No 80 - 59, Barranquilla, Atlantico, Colombia; NIT # 9000798817 (Colombia) [VENEZUELA-EO13850].

SAAB CERTAIN AND COMPANIA S. EN C. (a.k.a. SAAB CERTAIN & COMPANIA S. EN C.; a.k.a. SAAB CERTAIN Y COMPANIA S. EN C.), Cr 43 B No 80 - 59, Barranquilla, Atlantico, Colombia; NIT # 9000798817 (Colombia) [VENEZUELA-EO13850].

SAAB CERTAIN Y COMPANIA S. EN C. (a.k.a. SAAB CERTAIN & COMPANIA S. EN C.; a.k.a. SAAB CERTAIN AND COMPANIA S. EN C.), Cr 43 B No 80 - 59, Barranquilla, Atlantico, Colombia; NIT # 9000798817 (Colombia) [VENEZUELA-EO13850].

SAAB CERTAIN, Isham Ali; DOB 14 Apr 1999; POB Barranquilla, Colombia; citizen Colombia; Gender Male; Passport AS005095 (Colombia); National ID No. 99041408126 (Colombia) (individual) [VENEZUELA-EO13850] (Linked To: SAAB MORAN, Alex Nain).

SAAB CERTAIN, Shadi Nain (a.k.a. SAAB, Shadi; a.k.a. SAAB, Shadi Nain); DOB 25 Apr 1996; POB Barranquilla, Colombia; citizen Colombia; Gender Male; Passport PE097209 (Colombia); National ID No. 1045738303 (Colombia) (individual) [VENEZUELA-EO13850] (Linked To: SAAB MORAN, Alex Nain).

SAAB HALABI, Tarek William, Anzoategui, Venezuela; DOB 10 Sep 1962; citizen Venezuela; Gender Male; Cedula No. 8459301 (Venezuela); Passport 5532000 (Venezuela); Venezuela's Ombudsman; President of Venezuela's Republican Moral Council (individual) [VENEZUELA].

SAAB MORAN, Alex (Latin: SAAB MORÁN, Alex) (a.k.a. SAAB MORAN, Alex Nain; a.k.a. SAAB, Alex); DOB 21 Dec 1971; Gender Male; Cedula No. 72180017 (Colombia); Passport PE085897 (Colombia); alt. Passport 085635076 (Venezuela); alt. Passport D010302 (Antigua and Barbuda) (individual) [VENEZUELA-EO13850].

SAAB MORAN, Alex Nain (a.k.a. SAAB MORAN, Alex (Latin: SAAB MORÁN, Alex); a.k.a. SAAB, Alex); DOB 21 Dec 1971; Gender Male; Cedula No. 72180017 (Colombia); Passport PE085897 (Colombia); alt. Passport 085635076 (Venezuela); alt. Passport D010302 (Antigua and Barbuda) (individual) [VENEZUELA-EO13850].

SAAB MORAN, Amir Luis, Barranquilla, Colombia; Miranda, Venezuela; DOB 29 Jul 1970; citizen Colombia; Gender Male; Cedula No. 72170020 (Colombia); alt. Cedula No. 24978833 (Venezuela); Passport PE135124 (Colombia) expires 23 Jun 2026 (individual) [VENEZUELA-EO13850].

SAAB MORAN, Luis Alberto, Colombia; Rome, Italy; DOB 20 Dec 1976; POB Barranquilla, Colombia; citizen Italy; Gender Male; Cedula No. 72224947 (Colombia); Passport YA6688232 (Italy) expires 20 Oct 2024 (individual) [VENEZUELA-EO13850].

SAAB, Alex (a.k.a. SAAB MORAN, Alex (Latin: SAAB MORÁN, Alex); a.k.a. SAAB MORAN, Alex Nain); DOB 21 Dec 1971; Gender Male; Cedula No. 72180017 (Colombia); Passport PE085897 (Colombia); alt. Passport 085635076 (Venezuela); alt. Passport D010302 (Antigua and Barbuda) (individual) [VENEZUELA-EO13850].

SAAB, Elias Fouad (a.k.a. AL FIQAR, Dhu; a.k.a. BADR AL DIN, Mustafa; a.k.a. BADREDDINE, Mustafa Amine; a.k.a. BADREDDINE, Mustafa Youssef; a.k.a. ISSA, Sami; a.k.a. SA'B, Ilyas), Beirut, Lebanon; DOB 06 Apr 1961; POB Al-Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

SAAB, Shadi (a.k.a. SAAB CERTAIN, Shadi Nain; a.k.a. SAAB, Shadi Nain); DOB 25 Apr 1996; POB Barranquilla, Colombia; citizen Colombia; Gender Male; Passport PE097209 (Colombia); National ID No. 1045738303 (Colombia) (individual) [VENEZUELA-EO13850] (Linked To: SAAB MORAN, Alex Nain).

SAAB, Shadi Nain (a.k.a. SAAB CERTAIN, Shadi Nain; a.k.a. SAAB, Shadi); DOB 25 Apr 1996; POB Barranquilla, Colombia; citizen Colombia; Gender Male; Passport PE097209 (Colombia); National ID No. 1045738303 (Colombia) (individual) [VENEZUELA-EO13850] (Linked To: SAAB MORAN, Alex Nain).

SAAB, Tony (a.k.a. SA'B, Tony Boutros; a.k.a. SA'B, Tony Butrus), Tannourine Tahta, Batroun, Lebanon; DOB 20 May 1977; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ASSI, Saleh).

SAABF & COMPANIA S.C.A. (a.k.a. SAABF AND COMPANIA S.C.A.; a.k.a. SAABF Y COMPANIA S.C.A.; a.k.a. VENEDIG CAPITAL S.A.S.), CR 53 No 82 - 86 Of 410, Barranquilla, Atlantico, Colombia; NIT # 9002697181 (Colombia) [VENEZUELA-EO13850].

SAABF AND COMPANIA S.C.A. (a.k.a. SAABF & COMPANIA S.C.A.; a.k.a. SAABF Y COMPANIA S.C.A.; a.k.a. VENEDIG CAPITAL S.A.S.), CR 53 No 82 - 86 Of 410, Barranquilla, Atlantico, Colombia; NIT # 9002697181 (Colombia) [VENEZUELA-EO13850].

SAABF Y COMPANIA S.C.A. (a.k.a. SAABF & COMPANIA S.C.A.; a.k.a. SAABF AND COMPANIA S.C.A.; a.k.a. VENEDIG CAPITAL S.A.S.), CR 53 No 82 - 86 Of 410, Barranquilla, Atlantico, Colombia; NIT # 9002697181 (Colombia) [VENEZUELA-EO13850].

SAAD ALSAWAIDI, Haitham Sabih (a.k.a. SA'ID, Haytham Sabih), Iraq; DOB 08 Apr 1980; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SA'AD AL-SHAMMARI (a.k.a. ABU HAMMUDI AL-SHAMMARI; a.k.a. AL-SHAMMARI, Sa'ad Uwayyid 'Ubayd Mu'jil; a.k.a. "ABU KHALAF"; a.k.a. "SAAD OWAIED OBAID"), Tal Hamis, Syria; 'Awinat Village, Rabi'ah District, Iraq; Tal Wardan, Iraq; DOB 03 Jul 1972; POB Tal Wardan, Ninevah, Iraq; alt. POB Tal Afar, Ninevah, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SAAD SAZEH FARAZ SHARIF (a.k.a. DARIA FANAVAR BORHAN SHARIF; a.k.a. SADID SAZEH PARVAZ SHARIF), Ground Floor, Plate 0, Chogan Street 9, Tehran Karaj Highway, Sahrak Ansar Neighborhood, Tehran, Tehran Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2017; National ID No. 14007965448 (Iran); Registration Number 534295 (Iran) [IRAN-CON-ARMS-EO].

SAAD, Abdul Latif (a.k.a. SAD, Abd-al-Latif), Iraq; DOB 10 Aug 1958; POB Bent Jbayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

SAAD, Fadi Abbas, Beirut, Lebanon; DOB 25 Apr 1979; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2084101 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

SAAD, Isam Ahmad (a.k.a. SAAD, Issam Ahmad; a.k.a. SAD, Isam Ahmad), Lebanon; DOB 19 Oct 1964; POB Bent Jbayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Passport LR0191548 (Lebanon) (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

SAAD, Issam Ahmad (a.k.a. SAAD, Isam Ahmad; a.k.a. SAD, Isam Ahmad), Lebanon; DOB 19 Oct 1964; POB Bent Jbayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0191548 (Lebanon) (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

SAADE, Ali (a.k.a. SAADE, Ali Moussa; a.k.a. SAADI, Ali), Beirut, Lebanon; DOB 18 May 1942; POB Conakry, Guinea; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0420013 (Lebanon) expires 01 Mar 2015; alt. Passport 14205180170519 (Guinea) expires 29 May 2024; alt. Passport 18FV09784 (France) expires 06 Feb 2029 (individual) [SDGT] (Linked To: HIZBALLAH).

SAADE, Ali Moussa (a.k.a. SAADE, Ali; a.k.a. SAADI, Ali), Beirut, Lebanon; DOB 18 May 1942; POB Conakry, Guinea; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0420013 (Lebanon) expires 01 Mar 2015; alt. Passport 14205180170519 (Guinea) expires 29 May 2024; alt. Passport 18FV09784 (France) expires 06 Feb 2029 (individual) [SDGT] (Linked To: HIZBALLAH).

SAADI, Ali (a.k.a. SAADE, Ali; a.k.a. SAADE, Ali Moussa), Beirut, Lebanon; DOB 18 May 1942; POB Conakry, Guinea; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0420013 (Lebanon) expires 01 Mar 2015; alt. Passport 14205180170519 (Guinea) expires 29 May 2024; alt. Passport 18FV09784 (France) expires 06 Feb 2029 (individual) [SDGT] (Linked To: HIZBALLAH).

SAAFARTEX INT. S.A. (a.k.a. COLLECTION CONCEPT S.A.; a.k.a. SAAFARTEX INTERNATIONAL ZONA FRANCA BARRANQUILLA S.A.; a.k.a. SAAFARTEX ZONA FRANCA SAS; a.k.a. "COCO S.A."), CL 70 No 41 - 114 Of 101, Barranquilla, Atlantico,

Colombia; NIT # 9002257729 (Colombia) [VENEZUELA-EO13850].

SAAFARTEX INTERNATIONAL ZONA FRANCA BARRANQUILLA S.A. (a.k.a. COLLECTION CONCEPT S.A.; a.k.a. SAAFARTEX INT. S.A.; a.k.a. SAAFARTEX ZONA FRANCA SAS; a.k.a. "COCO S.A."), CL 70 No 41 - 114 Of 101, Barranquilla, Atlantico, Colombia; NIT # 9002257729 (Colombia) [VENEZUELA-EO13850].

SAAFARTEX ZONA FRANCA SAS (a.k.a. COLLECTION CONCEPT S.A.; a.k.a. SAAFARTEX INT. S.A.; a.k.a. SAAFARTEX INTERNATIONAL ZONA FRANCA BARRANQUILLA S.A.; a.k.a. "COCO S.A."), CL 70 No 41 - 114 Of 101, Barranquilla, Atlantico, Colombia; NIT # 9002257729 (Colombia) [VENEZUELA-EO13850].

SAAL, Fared (a.k.a. SAAL, Farid; a.k.a. SAAL, Fehad; a.k.a. "AL-ALMANI, Abu Luqmaan"; a.k.a. "AL-ALMANI, Abu Luqman"; a.k.a. "AL-JAZAIRI, Abu Luqman"; a.k.a. "LOQMAN, Abu"; a.k.a. "LUQMAN, Abu"); DOB 18 Feb 1989; alt. DOB 08 Feb 1989; POB Bonn, Germany; citizen Germany; alt. citizen Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 5802098444 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAAL, Farid (a.k.a. SAAL, Fared; a.k.a. SAAL, Fehad; a.k.a. "AL-ALMANI, Abu Luqmaan"; a.k.a. "AL-ALMANI, Abu Luqman"; a.k.a. "AL-JAZAIRI, Abu Luqman"; a.k.a. "LOQMAN, Abu"; a.k.a. "LUQMAN, Abu"); DOB 18 Feb 1989; alt. DOB 08 Feb 1989; POB Bonn, Germany; citizen Germany; alt. citizen Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 5802098444 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAAL, Fehad (a.k.a. SAAL, Fared; a.k.a. SAAL, Farid; a.k.a. "AL-ALMANI, Abu Luqmaan"; a.k.a. "AL-ALMANI, Abu Luqman"; a.k.a. "AL-JAZAIRI, Abu Luqman"; a.k.a. "LOQMAN, Abu"; a.k.a. "LUQMAN, Abu"); DOB 18 Feb 1989; alt. DOB 08 Feb 1989; POB Bonn, Germany; citizen Germany; alt. citizen Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 5802098444 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAATI BIN MOHAMAD NAWZAD, Mohamad Ammar (Arabic: محمد عمار ساعاتي بن محمد نوزاد) (a.k.a. AL-SAATI, Ammar (Arabic: عمار الساعاتي); a.k.a. SAATI, Amar; a.k.a. SAATI, Ammar; a.k.a. SAATI, Mohamed Ammar; a.k.a. SA'ATI, Mohamed Ammar; a.k.a. SA'ATI, Mohammad Ammar; a.k.a. SAATI, Mohammad Ammar (Arabic: محمد عمار ساعاتي); a.k.a. SA'ATI, Mohammed Ammar; a.k.a. SAATI, Mohammed Ammar; a.k.a. SAATI, Muhammed Ammar), Syria; DOB 01 Jan 1967; POB Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

SAATI, Amar (a.k.a. AL-SAATI, Ammar (Arabic: عمار الساعاتي); a.k.a. SAATI BIN MOHAMAD NAWZAD, Mohamad Ammar (Arabic: محمد عمار ساعاتي بن محمد نوزاد); a.k.a. SAATI, Ammar; a.k.a. SAATI, Mohamed Ammar; a.k.a. SA'ATI, Mohamed Ammar; a.k.a. SA'ATI, Mohammad Ammar; a.k.a. SAATI, Mohammad Ammar (Arabic: محمد عمار ساعاتي); a.k.a. SA'ATI, Mohammed Ammar; a.k.a. SAATI, Mohammed Ammar; a.k.a. SAATI, Muhammed Ammar), Syria; DOB 01 Jan 1967; POB Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

SAATI, Ammar (a.k.a. AL-SAATI, Ammar (Arabic: عمار الساعاتي); a.k.a. SAATI BIN MOHAMAD NAWZAD, Mohamad Ammar (Arabic: محمد عمار ساعاتي بن محمد نوزاد); a.k.a. SAATI, Amar; a.k.a. SAATI, Mohamed Ammar; a.k.a. SA'ATI, Mohamed Ammar; a.k.a. SA'ATI, Mohammad Ammar; a.k.a. SAATI, Mohammad Ammar (Arabic: محمد عمار ساعاتي); a.k.a. SA'ATI, Mohammed Ammar; a.k.a. SAATI, Mohammed Ammar; a.k.a. SAATI, Muhammed Ammar), Syria; DOB 01 Jan 1967; POB Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

SAATI, Mohamed Ammar (a.k.a. AL-SAATI, Ammar (Arabic: عمار الساعاتي); a.k.a. SAATI BIN MOHAMAD NAWZAD, Mohamad Ammar (Arabic: محمد عمار ساعاتي بن محمد نوزاد); a.k.a. SAATI, Amar; a.k.a. SAATI, Ammar; a.k.a. SA'ATI, Mohamed Ammar; a.k.a. SA'ATI, Mohammad Ammar; a.k.a. SAATI, Mohammad Ammar (Arabic: محمد عمار ساعاتي); a.k.a. SA'ATI, Mohammed Ammar; a.k.a. SAATI, Mohammed Ammar; a.k.a. SAATI, Muhammed Ammar), Syria; DOB 01 Jan 1967; POB Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

SA'ATI, Mohamed Ammar (a.k.a. AL-SAATI, Ammar (Arabic: عمار الساعاتي); a.k.a. SAATI BIN MOHAMAD NAWZAD, Mohamad Ammar

a.k.a. (محمد عمار ساعاتي بن محمد نوزاد); SAATI, Amar; a.k.a. SAATI, Ammar; a.k.a. SAATI, Mohamed Ammar; a.k.a. SA'ATI, Mohammad Ammar; a.k.a. SAATI, Mohammad Ammar (Arabic: محمد عمار ساعاتي); a.k.a. SA'ATI, Mohammed Ammar; a.k.a. SAATI, Mohammed Ammar; a.k.a. SAATI, Muhammed Ammar), Syria; DOB 01 Jan 1967; POB Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

SA'ATI, Mohammad Ammar (a.k.a. AL-SAATI, Ammar (Arabic: عمار الساعاتي); a.k.a. SAATI BIN MOHAMAD NAWZAD, Mohamad Ammar (Arabic: محمد عمار ساعاتي بن محمد نوزاد); a.k.a. SAATI, Amar; a.k.a. SAATI, Ammar; a.k.a. SAATI, Mohamed Ammar; a.k.a. SA'ATI, Mohamed Ammar; a.k.a. SAATI, Mohammad Ammar (Arabic: محمد عمار ساعاتي); a.k.a. SA'ATI, Mohammed Ammar; a.k.a. SAATI, Mohammed Ammar; a.k.a. SAATI, Muhammed Ammar), Syria; DOB 01 Jan 1967; POB Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

SAATI, Mohammad Ammar (Arabic: محمد عمار ساعاتي) (a.k.a. AL-SAATI, Ammar (Arabic: عمار الساعاتي); a.k.a. SAATI BIN MOHAMAD NAWZAD, Mohamad Ammar (Arabic: محمد عمار ساعاتي بن محمد نوزاد); a.k.a. SAATI, Amar; a.k.a. SAATI, Ammar; a.k.a. SAATI, Mohamed Ammar; a.k.a. SA'ATI, Mohamed Ammar; a.k.a. SA'ATI, Mohammad Ammar; a.k.a. SA'ATI, Mohammed Ammar; a.k.a. SAATI, Mohammed Ammar; a.k.a. SAATI, Muhammed Ammar), Syria; DOB 01 Jan 1967; POB Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

SAATI, Mohammed Ammar (a.k.a. AL-SAATI, Ammar (Arabic: عمار الساعاتي); a.k.a. SAATI BIN MOHAMAD NAWZAD, Mohamad Ammar (Arabic: محمد عمار ساعاتي بن محمد نوزاد); a.k.a. SAATI, Amar; a.k.a. SAATI, Ammar; a.k.a. SAATI, Mohamed Ammar; a.k.a. SA'ATI, Mohamed Ammar; a.k.a. SA'ATI, Mohammad Ammar; a.k.a. SAATI, Mohammad Ammar (Arabic: محمد عمار ساعاتي); a.k.a. SA'ATI, Mohammed Ammar; a.k.a. SAATI, Muhammed Ammar), Syria; DOB 01 Jan 1967; POB Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

SA'ATI, Mohammed Ammar (a.k.a. AL-SAATI, Ammar (Arabic: عمار الساعاتي); a.k.a. SAATI BIN MOHAMAD NAWZAD, Mohamad Ammar (Arabic: محمد عمار ساعاتي بن محمد نوزاد); a.k.a. SAATI, Amar; a.k.a. SAATI, Ammar; a.k.a. SAATI, Mohamed Ammar; a.k.a. SA'ATI, Mohamed Ammar; a.k.a. SA'ATI, Mohammad Ammar; a.k.a. SAATI, Mohammad Ammar; a.k.a. SAATI, Mohammad Ammar (Arabic: محمد عمار ساعاتي); a.k.a. SAATI, Mohammed Ammar; a.k.a. SAATI, Muhammed Ammar), Syria; DOB 01 Jan 1967; POB Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

SAATI, Muhammed Ammar (a.k.a. AL-SAATI, Ammar (Arabic: عمار الساعاتي); a.k.a. SAATI BIN MOHAMAD NAWZAD, Mohamad Ammar (Arabic: محمد عمار ساعاتي بن محمد نوزاد); a.k.a. SAATI, Amar; a.k.a. SAATI, Ammar; a.k.a. SAATI, Mohamed Ammar; a.k.a. SA'ATI, Mohamed Ammar; a.k.a. SA'ATI, Mohammad Ammar; a.k.a. SAATI, Mohammad Ammar; a.k.a. SAATI, Mohammad Ammar (Arabic: محمد عمار ساعاتي); a.k.a. SA'ATI, Mohammed Ammar; a.k.a. SAATI, Mohammed Ammar), Syria; DOB 01 Jan 1967; POB Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

SAAVEDRA ARCE, Rodrigo Eugenio; DOB 30 Oct 1942; Cedula No. 16236683 (Colombia); Passport AF637666 (Colombia) (individual) [SDNT] (Linked To: BOSQUE DE SANTA TERESITA LTDA.; Linked To: SAAVEDRA Y CIA. S. EN C.).

SAAVEDRA Y CIA. S. EN C., Avenida 6N No. 17-92 Of. 411-412, Cali, Colombia; NIT # 890332983-9 (Colombia) [SDNT].

SA'B, Ilyas (a.k.a. AL FIQAR, Dhu; a.k.a. BADR AL DIN, Mustafa; a.k.a. BADREDDINE, Mustafa Amine; a.k.a. BADREDDINE, Mustafa Youssef; a.k.a. ISSA, Sami; a.k.a. SAAB, Elias Fouad), Beirut, Lebanon; DOB 06 Apr 1961; POB Al-Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

SA'B, Tony Boutros (a.k.a. SAAB, Tony; a.k.a. SA'B, Tony Butrus), Tannourine Tahta, Batroun, Lebanon; DOB 20 May 1977; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ASSI, Saleh).

SA'B, Tony Butrus (a.k.a. SAAB, Tony; a.k.a. SA'B, Tony Boutros), Tannourine Tahta, Batroun, Lebanon; DOB 20 May 1977; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ASSI, Saleh).

SABA STEEL (a.k.a. SABA STEEL COMPANY), KM 45 on Esfahan Shahrekord Road, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 5028 (Iran) [IRAN-EO13871].

SABA STEEL COMPANY (a.k.a. SABA STEEL), KM 45 on Esfahan Shahrekord Road, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 5028 (Iran) [IRAN-EO13871].

SABA, TRADE & INVESTMENT S.R.O. (a.k.a. SABA, TRADE AND INVESTMENT S.R.O.), Prague, Czech Republic; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Oct 2014; Organization Type: Real estate activities with own or leased property; Identification Number 035 09 184 (Czech Republic); Trade License No. 3509184 (Czech Republic); File Number C 232697/MSPH (Czech Republic) [SDGT] (Linked To: AL AHMAR, Hamid Abdullah Hussein).

SABA, TRADE AND INVESTMENT S.R.O. (a.k.a. SABA, TRADE & INVESTMENT S.R.O.), Prague, Czech Republic; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Oct 2014; Organization Type: Real estate activities with own or leased property; Identification Number 035 09 184 (Czech Republic); Trade License No. 3509184 (Czech Republic); File Number C 232697/MSPH (Czech Republic) [SDGT] (Linked To: AL AHMAR, Hamid Abdullah Hussein).

SABAFON INTERNATIONAL SAL OFFSHORE (Arabic: سابفون انترناشونال ليمتيد ش.م.ل اوف شور), Sami Al Solh Street, Makram Building, 6th Floor, Property No. 4110/ Chiyah Section No. 20, Beirut, Lebanon; Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 May 2013; Organization Type: Other business support service activities n.e.c.; Registration Number 1806771 (Lebanon) [SDGT] (Linked To: AL AHMAR, Hamid Abdullah Hussein).

SABAHI, Mohammad Reza (a.k.a. SABAHI, Mohammed Reza; a.k.a. "FARAZ"); DOB 02 Dec 1991; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 041-023144-4 (individual) [CYBER2].

SABAHI, Mohammed Reza (a.k.a. SABAHI, Mohammad Reza; a.k.a. "FARAZ"); DOB 02 Dec 1991; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 041-023144-4 (individual) [CYBER2].

SABAHI, Roozbeh; DOB 08 Mar 1994; alt. DOB 09 Mar 1994; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [CYBER2].

SABATURK DIS TICARET ANONIM SIRKETI (Latin: SABATURK DIŞ TİCARET ANONİM ŞİRKETİ) (a.k.a. SABATURK FOREIGN TRADE JOINT STOCK COMPANY; a.k.a. SABATURK GAYRIMENKUL GELISTIRME ANONIM SIRKETI; a.k.a. SABATURK REAL ESTATE DEVELOPMENT JOINT STOCK COMPANY), Bagcilar, Mahmut Bey District, Istanbul, Turkey; Altunizade Mah. Kisikli Cad. Haluk Turksoy Arkasi Sok. N:2/1 Uskudar, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Dec 2015; Organization Type: Real estate activities with own or leased property; Tax ID No. 7360642469 (Turkey); Chamber of Commerce Number 14375-5 (Turkey); Registration Number 0736-0642-4690-0018 (Turkey) [SDGT] (Linked To: AL AHMAR, Hamid Abdullah Hussein).

SABATURK FOREIGN TRADE JOINT STOCK COMPANY (a.k.a. SABATURK DIS TICARET ANONIM SIRKETI (Latin: SABATURK DIŞ TİCARET ANONİM ŞİRKETİ); a.k.a. SABATURK GAYRIMENKUL GELISTIRME ANONIM SIRKETI; a.k.a. SABATURK REAL ESTATE DEVELOPMENT JOINT STOCK COMPANY), Bagcilar, Mahmut Bey District, Istanbul, Turkey; Altunizade Mah. Kisikli Cad. Haluk Turksoy Arkasi Sok. N:2/1 Uskudar, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Dec 2015; Organization Type: Real estate activities with own or leased property; Tax ID No. 7360642469 (Turkey); Chamber of Commerce Number 14375-5 (Turkey); Registration Number 0736-0642-4690-0018 (Turkey) [SDGT] (Linked To: AL AHMAR, Hamid Abdullah Hussein).

SABATURK GAYRIMENKUL GELISTIRME ANONIM SIRKETI (a.k.a. SABATURK DIS TICARET ANONIM SIRKETI (Latin: SABATURK DIŞ TİCARET ANONİM ŞİRKETİ);

a.k.a. SABATURK FOREIGN TRADE JOINT STOCK COMPANY; a.k.a. SABATURK REAL ESTATE DEVELOPMENT JOINT STOCK COMPANY), Bagcilar, Mahmut Bey District, Istanbul, Turkey; Altunizade Mah. Kisikli Cad. Haluk Turksoy Arkasi Sok. N:2/1 Uskudar, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Dec 2015; Organization Type: Real estate activities with own or leased property; Tax ID No. 7360642469 (Turkey); Chamber of Commerce Number 14375-5 (Turkey); Registration Number 0736-0642-4690-0018 (Turkey) [SDGT] (Linked To: AL AHMAR, Hamid Abdullah Hussein).

SABATURK REAL ESTATE DEVELOPMENT JOINT STOCK COMPANY (a.k.a. SABATURK DIS TICARET ANONIM SIRKETI (Latin: SABATURK DIŞ TİCARET ANONİM ŞİRKETİ); a.k.a. SABATURK FOREIGN TRADE JOINT STOCK COMPANY; a.k.a. SABATURK GAYRIMENKUL GELISTIRME ANONIM SIRKETI), Bagcilar, Mahmut Bey District, Istanbul, Turkey; Altunizade Mah. Kisikli Cad. Haluk Turksoy Arkasi Sok. N:2/1 Uskudar, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Dec 2015; Organization Type: Real estate activities with own or leased property; Tax ID No. 7360642469 (Turkey); Chamber of Commerce Number 14375-5 (Turkey); Registration Number 0736-0642-4690-0018 (Turkey) [SDGT] (Linked To: AL AHMAR, Hamid Abdullah Hussein).

SABCABI, Ziyad Mukhamedovich (a.k.a. SABSABI, Ziyad), Russia; DOB 01 Feb 1964; POB Aleppo, Syria; nationality Russia; Gender Male (individual) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

SABER, Sayyed Mohammad Reza Seddighi, Iran; DOB 24 Aug 1974; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2739202830 (Iran) (individual) [NPWMD] [IFSR].

SABERIAN, Mohammad Amin (a.k.a. SABERIAN, Mohammadamin; a.k.a. SABERIAN, Reza Mohammad Amin), Iran; DOB 01 Feb 1980; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G10515157 (Iran) expires 05 Oct 2024; National ID No.

2431884694 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

SABERIAN, Mohammadamin (a.k.a. SABERIAN, Mohammad Amin; a.k.a. SABERIAN, Reza Mohammad Amin), Iran; DOB 01 Feb 1980; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G10515157 (Iran) expires 05 Oct 2024; National ID No. 2431884694 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

SABERIAN, Reza Mohammad Amin (a.k.a. SABERIAN, Mohammad Amin; a.k.a. SABERIAN, Mohammadamin), Iran; DOB 01 Feb 1980; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G10515157 (Iran) expires 05 Oct 2024; National ID No. 2431884694 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

SABERIN KISH CO. (a.k.a. SABERIN KISH COMPANY (Arabic: شرکت صابرین کیش); a.k.a. TEJARAT PAYDAR OFOGH), Kish Island, Iran; Number 9, Bahard First, Resalat Square, Hengam Street, Tehran 1677745783, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 30 Oct 2001; National ID No. 10861528470 (Iran); Registration Number 1205 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SABERIN KISH COMPANY (Arabic: شرکت صابرین کیش) (a.k.a. SABERIN KISH CO.; a.k.a. TEJARAT PAYDAR OFOGH), Kish Island, Iran; Number 9, Bahard First, Resalat Square, Hengam Street, Tehran 1677745783, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 30 Oct 2001; National ID No. 10861528470 (Iran); Registration Number 1205 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SABIEDRIBA AR IEROBEZOTU ATBILDIBU 'FALON INTERNATIONAL' (f.k.a. ATACAR OTOMOTIV DIS TICARET VE SAVUNMA SANAYI LIMITED SIRKETI; a.k.a. FALCON INTERNATIONAL SIA; f.k.a. MURAT INSAAT DIS TICARET VE SAVUNMA SANAYI LIMITED

SIRKETI; a.k.a. SIA FALCON INTERNATIONAL GROUP; a.k.a. SIA FALCON INTERNATIONAL TARIM VE HAYVANCILIK LIMITED SIKRETI), Fulya Mah. Buyukdere Cad. Akabe Ticaret Merkezi 78-80A Kat: 1 D: 1 Mecidiyekoy, Sisli, Istanbul, Turkey; Akabe Is Hani, 78-80 A/1, Fulya Mahallesi Buyukdere Caddesi Sisli, Istanbul, Turkey; Varpas Baldones pagasts Baldones novads, LV 2125, Latvia; Istanbul, Turkey; Riga, Latvia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 6240194059 (Turkey); Registration Number 464933 (Turkey); alt. Registration Number 45403041088 (Latvia) [DPRK].

SABLIN, Dmitry Vadimovich (Cyrillic: САБЛИН, Дмитрий Вадимович), Russia; DOB 05 Sep 1968; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SABOOR, Abdul (a.k.a. NASRATYAR, Abdul Saboor; a.k.a. "Engineer Saboor"); DOB 1986; POB Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SABOR TAPATIO, S. DE R.L. DE C.V., Playas de Rosarito, Baja California, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 14 Jun 2021; Organization Type: Restaurants and mobile food service activities; Folio Mercantil No. N-2021040792 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: GONZALEZ LOMELI, Jesus).

SABORI CISNEROS, Raul (a.k.a. "EL NEGRO"); DOB 07 Jul 1963; POB Baja California Norte, Mexico; citizen Mexico (individual) [SDNTK].

SABOTAGE AND ASSAULT RECONNAISSANCE GROUP RUSICH (a.k.a. MILITARY-PATRIOTIC CLUB RUSICH; a.k.a. RUSICH SABOTAGE AND ASSAULT RECONNAISSANCE GROUP; a.k.a. RUSICH TASK FORCE; a.k.a. TASK FORCE RUSICH; a.k.a. "DSHRG RUSICH" (Cyrillic: "ДШРГ РУСИЧ")), St. Petersburg, Russia; Ukraine; Digital Currency Address - XBT bc1ql7dlyh8xz6tpqk92vztrhqh88dmjvcwrmsemr

m; alt. Digital Currency Address - XBT bc1q2lpgjntr348pfvxhfy33ehmdzy3gmx8w4052z 6; Digital Currency Address - ETH 0xc2a3829F459B3Edd87791c74cD45402BA0a 20Be3; alt. Digital Currency Address - ETH 0x3AD9dB589d201A710Ed237c829c7860Ba86 510Fc; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Digital Currency Address - USDT TX5GV4DyfxNB3rPkzZJhmqZ1efVmL4rEqG [RUSSIA-EO14024].

SABRI, Abdallah (a.k.a. SABRI, Abdallah Yusuf Faisal), Kuwait; DOB 1954; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

SABRI, Abdallah Yusuf Faisal (a.k.a. SABRI, Abdallah), Kuwait; DOB 1954; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

SABRI, Abdel Ilah (a.k.a. ABU BAKR, Ibrahim Ali Muhammad; a.k.a. AL-LIBI, Abd al-Muhsin; a.k.a. TANTOUCHE, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Ali Abu Bakr; a.k.a. "'ABD AL-MUHSI"; a.k.a. "'ABD AL-RAHMAN"; a.k.a. "ABU ANAS"), Johannesburg, South Africa; DOB 1966; alt. DOB 27 Oct 1969; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 203037 (Libya) (individual) [SDGT].

SABRI, Dawood (a.k.a. ANIS, Ibrahim Shaikh Mohd; a.k.a. AZIZ, Abdul Hamid Abdul; a.k.a. DILIP, Aziz; a.k.a. EBRAHIM, Dawood; a.k.a. HASAN, Shaikh Daud; a.k.a. HASSAN, Dawood; a.k.a. IBRAHIM, Anis; a.k.a. IBRAHIM, Dawood; a.k.a. IBRAHIM, Dawood Sheik; a.k.a. KASKAR, Dawood Ibrahim; a.k.a. REHMAN, Shaikh Ismail Abdul; a.k.a. SAHEB, Amir; a.k.a. SETH, Iqbal), 617 CP Berar Society, Block 7-8, Karachi, Pakistan; House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India;

citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

SABSABI, Ziyad (a.k.a. SABCABI, Ziyad Mukhamedovich), Russia; DOB 01 Feb 1964; POB Aleppo, Syria; nationality Russia; Gender Male (individual) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

SABURINEJAD, Ali (a.k.a. NAZHAD, Hasan Saburi; a.k.a. SABURINEZHAD, Ali; a.k.a. SABURINEZHAD, Hasan (Arabic: حسن سبری نژاد); a.k.a. "Engineer Morteza"; a.k.a. "MURTADA, Muhandis"; a.k.a. "SABURI, Hasan"), Iran; Iraq; Syria; DOB 09 Jan 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0383595282 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SABURINEZHAD, Ali (a.k.a. NAZHAD, Hasan Saburi; a.k.a. SABURINEJAD, Ali; a.k.a. SABURINEZHAD, Hasan (Arabic: حسن سبری نژاد); a.k.a. "Engineer Morteza"; a.k.a. "MURTADA, Muhandis"; a.k.a. "SABURI, Hasan"), Iran; Iraq; Syria; DOB 09 Jan 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0383595282 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SABURINEZHAD, Hasan (Arabic: حسن سبری نژاد) (a.k.a. NAZHAD, Hasan Saburi; a.k.a. SABURINEJAD, Ali; a.k.a. SABURINEZHAD, Ali; a.k.a. "Engineer Morteza"; a.k.a.

"MURTADA, Muhandis"; a.k.a. "SABURI, Hasan"), Iran; Iraq; Syria; DOB 09 Jan 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0383595282 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SAD IMPORT EXPORT COMPANY, Haftom Tir Square, South Mofteh Ave., PO Box 1584864813, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SAD, Abd-al-Latif (a.k.a. SAAD, Abdul Latif), Iraq; DOB 10 Aug 1958; POB Bent Jbayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

SAD, Isam Ahmad (a.k.a. SAAD, Isam Ahmad; a.k.a. SAAD, Issam Ahmad), Lebanon; DOB 19 Oct 1964; POB Bent Jbayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0191548 (Lebanon) (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

SADA, Qahtan Nawaf Ahmad Alwan (a.k.a. AL-RASHIDI, Nawaf Ahmad Alwan; a.k.a. "Abu Faris"; a.k.a. "ALWAN, Nawaf Ahmed"), Syria; Turkey; Mosul, Iraq; DOB 1984; POB Mosul, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SADAF ASALUYEH CO. (a.k.a. SADAF CHEMICAL ASALUYEH COMPANY; a.k.a. SADAF PETROCHEMICAL ASSALUYEH COMPANY; a.k.a. SADAF PETROCHEMICAL ASSALUYEH INVESTMENT SERVICE), Assaluyeh, Iran; South Pars Special Economy/Energy Zone, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SADAF CHEMICAL ASALUYEH COMPANY (a.k.a. SADAF ASALUYEH CO.; a.k.a. SADAF PETROCHEMICAL ASSALUYEH COMPANY; a.k.a. SADAF PETROCHEMICAL ASSALUYEH INVESTMENT SERVICE), Assaluyeh, Iran; South Pars Special Economy/Energy Zone, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SADAF EXCHANGE (a.k.a. SEYYED MOHAMMAD MASNAEI NAJIBI & CO. COMPANY; a.k.a. SEYYED MOHAMMAD MASNAEI NAJIBI AND CO. COMPANY; a.k.a. SEYYED MOHAMMAD MOSANNA'I NAJIBI AND PARTNERS COMPANY (Arabic: شرکت سید محمد مثنایی نجیبی و شرکا), Ground Floor, No. 48, Pasdaran Street, 5th Dashtestan Alley, Ghoba Neighborhood, Tehran 1947818313, Iran; Website sadafexchange.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Dec 2012; National ID No. 10320837227 (Iran); Registration Number 432329 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

SADAF PETROCHEMICAL ASSALUYEH COMPANY (a.k.a. SADAF ASALUYEH CO.; a.k.a. SADAF CHEMICAL ASALUYEH COMPANY; a.k.a. SADAF PETROCHEMICAL ASSALUYEH INVESTMENT SERVICE), Assaluyeh, Iran; South Pars Special Economy/Energy Zone, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SADAF PETROCHEMICAL ASSALUYEH INVESTMENT SERVICE (a.k.a. SADAF ASALUYEH CO.; a.k.a. SADAF CHEMICAL ASALUYEH COMPANY; a.k.a. SADAF PETROCHEMICAL ASSALUYEH COMPANY), Assaluyeh, Iran; South Pars Special Economy/Energy Zone, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SADATI, Seyyed Mahmoud (Arabic: سید محمود ساداتی), Shiraz, Iran; DOB 1958; alt. DOB 1959; POB Estahaban, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Revolutionary Court of Shiraz (individual) [CAATSA - IRAN].

SADEGH, Ahmad Haghighat Taleb (a.k.a. TALAB, Ahmad Haghighat; a.k.a. TALEB, Ahmad Haghighat), Iran; DOB 12 Oct 1963; POB Borujerd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary

Sanctions; Gender Male; National ID No. 4131686491 (Iran) (individual) [NPWMD] [IFSR].

SADEGHI MOGHADAM, Mohammad Hasan (a.k.a. SADEGHI MOGHADAM, Mohammad Hassan; a.k.a. SADEGHI MOGHADDAM, Mohammad Hasan; a.k.a. SADEGHI MOHAMMAD, Mohammad; a.k.a. SADEQI-MOQADAM, Mohammad Hassan; a.k.a. SADEQI-MOQADDAM, Mohammad Hasan), Iran; DOB 1958; alt. DOB 1959; POB Jahrom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

SADEGHI MOGHADAM, Mohammad Hassan (a.k.a. SADEGHI MOGHADAM, Mohammad Hasan; a.k.a. SADEGHI MOGHADDAM, Mohammad Hasan; a.k.a. SADEGHI MOHAMMAD, Mohammad; a.k.a. SADEQI-MOQADAM, Mohammad Hassan; a.k.a. SADEQI-MOQADDAM, Mohammad Hasan), Iran; DOB 1958; alt. DOB 1959; POB Jahrom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

SADEGHI MOGHADDAM, Mohammad Hasan (a.k.a. SADEGHI MOGHADAM, Mohammad Hasan; a.k.a. SADEGHI MOGHADAM, Mohammad Hassan; a.k.a. SADEGHI MOHAMMAD, Mohammad; a.k.a. SADEQI-MOQADAM, Mohammad Hassan; a.k.a. SADEQI-MOQADDAM, Mohammad Hasan), Iran; DOB 1958; alt. DOB 1959; POB Jahrom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

SADEGHI MOHAMMAD, Mohammad (a.k.a. SADEGHI MOGHADAM, Mohammad Hasan; a.k.a. SADEGHI MOGHADAM, Mohammad Hassan; a.k.a. SADEGHI MOGHADDAM, Mohammad Hasan; a.k.a. SADEQI-MOQADAM, Mohammad Hassan; a.k.a. SADEQI-MOQADDAM, Mohammad Hasan), Iran; DOB 1958; alt. DOB 1959; POB Jahrom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

SADEGHI, Fatemeh (Arabic: فاطمه صادقی) (a.k.a. SAOEGHI, Fatemeh), Iran; DOB 28 Nov 1995; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female (individual) [ELECTION-EO13848] (Linked To: EMENNET PASARGAD).

SADEGHI, Kia (a.k.a. SADEGHI, Kiya), Iran; DOB 21 Mar 1986; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

SADEGHI, Kiya (a.k.a. SADEGHI, Kia), Iran; DOB 21 Mar 1986; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

SADEGHI, Mostafa; DOB 19 Jan 1990; alt. DOB 20 Jan 1990; alt. DOB 19 Jan 1991; alt. DOB 20 Jan 1991; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 2500094065 (individual) [CYBER2].

SADEQI-MOQADAM, Mohammad Hassan (a.k.a. SADEGHI MOGHADAM, Mohammad Hasan; a.k.a. SADEGHI MOGHADAM, Mohammad Hassan; a.k.a. SADEGHI MOGHADDAM, Mohammad Hasan; a.k.a. SADEGHI MOHAMMAD, Mohammad; a.k.a. SADEQI-MOQADDAM, Mohammad Hasan), Iran; DOB 1958; alt. DOB 1959; POB Jahrom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

SADEQI-MOQADDAM, Mohammad Hasan (a.k.a. SADEGHI MOGHADAM, Mohammad Hasan; a.k.a. SADEGHI MOGHADAM, Mohammad Hassan; a.k.a. SADEGHI MOGHADDAM, Mohammad Hasan; a.k.a. SADEGHI MOHAMMAD, Mohammad; a.k.a. SADEQI-MOQADAM, Mohammad Hassan), Iran; DOB 1958; alt. DOB 1959; POB Jahrom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

SADER, Fadi (a.k.a. SADER, Fadi Wadie; a.k.a. SADER, Fadi Wadie Naer; a.k.a. SADER, Fadie Wadie Nasr), Hong Kong, China; DOB 19 Jan 1963; POB Beirut, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport GA238402 (Canada) expires 25 Apr 2024; Identification Number M177091 3 (Hong Kong) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

SADER, Fadi Wadie (a.k.a. SADER, Fadi; a.k.a. SADER, Fadi Wadie Naer; a.k.a. SADER, Fadie Wadie Nasr), Hong Kong, China; DOB 19 Jan 1963; POB Beirut, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport GA238402 (Canada) expires 25 Apr 2024; Identification Number M177091 3 (Hong Kong) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

SADER, Fadi Wadie Naer (a.k.a. SADER, Fadi; a.k.a. SADER, Fadi Wadie; a.k.a. SADER, Fadie Wadie Nasr), Hong Kong, China; DOB 19 Jan 1963; POB Beirut, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport GA238402 (Canada) expires 25 Apr 2024; Identification Number M177091 3 (Hong Kong) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

SADER, Fadie Wadie Nasr (a.k.a. SADER, Fadi; a.k.a. SADER, Fadi Wadie; a.k.a. SADER, Fadi Wadie Naer), Hong Kong, China; DOB 19 Jan 1963; POB Beirut, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport GA238402 (Canada) expires 25 Apr 2024; Identification Number M177091 3 (Hong Kong) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

SADID CARAN SABA COMPANY (a.k.a. SADID CARAN SABA ENG. CO.; a.k.a. SADID CARAN SABA ENGINEERING COMPANY; a.k.a. "S.C. SABA ENG CO."; a.k.a. "SABA CRANE"), Unit 501, No. 17, Beside Samen Drugstore, Hakim West Highway, Tehran, Iran; No. 1401, Cross 5th Golazin and 2nd Golara, Eshtehard Industrial Zone, Eshtehard, Alborz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SADID CARAN SABA ENG. CO. (a.k.a. SADID CARAN SABA COMPANY; a.k.a. SADID CARAN SABA ENGINEERING COMPANY; a.k.a. "S.C. SABA ENG CO."; a.k.a. "SABA CRANE"), Unit 501, No. 17, Beside Samen Drugstore, Hakim West Highway, Tehran, Iran; No. 1401, Cross 5th Golazin and 2nd Golara, Eshtehard Industrial Zone, Eshtehard, Alborz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SADID CARAN SABA ENGINEERING COMPANY (a.k.a. SADID CARAN SABA COMPANY; a.k.a. SADID CARAN SABA ENG. CO.; a.k.a. "S.C. SABA ENG CO."; a.k.a. "SABA CRANE"), Unit 501, No. 17, Beside Samen Drugstore, Hakim West Highway, Tehran, Iran; No. 1401, Cross 5th Golazin and 2nd Golara, Eshtehard Industrial Zone, Eshtehard, Alborz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SADID SAZEH PARVAZ SHARIF (a.k.a. DARIA FANAVAR BORHAN SHARIF; a.k.a. SAAD SAZEH FARAZ SHARIF), Ground Floor, Plate 0, Chogan Street 9, Tehran Karaj Highway, Sahrak Ansar Neighborhood, Tehran, Tehran Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2017; National ID No. 14007965448 (Iran); Registration Number 534295 (Iran) [IRAN-CON-ARMS-EO].

SADIKOV, Olimzhon Adkhamovich (a.k.a. AL-UZBEK, Jaffar; a.k.a. AL-UZBEKI, Jafar; a.k.a. MUHIDINOV, Jafar; a.k.a. MUIDINOV, Dilshod Alimovich; a.k.a. MUIDINOV, Djafar; a.k.a. MUIDINOV, Jafar); DOB 01 Jan 1977 to 31 Dec 1985; nationality Uzbekistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SADIQ AL-AHDAL, Abdallah Faysal (a.k.a. AL-AHDAL, Abdallah Bin Faisal; a.k.a. AL-AHDAL, Abdallah Bin Faysal; a.k.a. AL-AHDAL, Abdallah Faisal; a.k.a. AL-AHDAL, Abdallah Faysal; a.k.a. AL-AHDAL, Abdullah; a.k.a. AL-AHDAL, Abdullah Bin Faisal; a.k.a. AL-AHDAL, Abdullah Bin Faysal; a.k.a. AL-AHDAL, Abdullah Faisal; a.k.a. AL-AHDAL, Abdullah Faysal; a.k.a. AL-AHDEL, Abdullah; a.k.a. AL-ALAHADIL, Abdullah), Ash Shihr District, Hadramawt Governorate, Yemen; DOB Jan 1959; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

SADIQABADI, Alireza, Iran; DOB 1982; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN OIL REFINING AND DISTRIBUTION COMPANY).

SADOVENKO, Yuri (a.k.a. SADOVENKO, Yuriy), Russia; DOB 11 Sep 1969; POB Zhitomyr, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SADOVENKO, Yuriy (a.k.a. SADOVENKO, Yuri), Russia; DOB 11 Sep 1969; POB Zhitomyr, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SADRA (a.k.a. IRAN MARINE INDUSTRIAL COMPANY SSA; a.k.a. IRAN MARINE INDUSTRIAL COMPANY, SADRA; a.k.a. IRAN SADRA; a.k.a. IRAN SHIP BUILDING CO.; a.k.a. SHERKATE SANATI DARYAI IRAN), 3rd Floor Aftab Building, No. 3 Shafagh Street, Dadman Blvd, Phase 7, Shahrak Ghods, P.O. Box 14665-495, Tehran, Iran; Office E-43 Torre E- Piso 4, Centrao Commercial Lido Av., Francisco de Miranda, Caracas, Venezuela; Website www.sadra.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

SADRA CENTER (a.k.a. SADRA RESEARCH CENTER), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SADRA RESEARCH CENTER (a.k.a. SADRA CENTER), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SADYGOV, Famil Kamil Ogly, Moscow, Russia; DOB 03 Mar 1968; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SADYKOV, Rinat Nailevich (a.k.a. SADYKOV, Rinat Nailyevich (Cyrillic: САДЫКОВ, Ринат Наильевич)), Kazan, Republic of Tatarstan, Russia; DOB 18 Mar 1986; POB Kazan, Republic of Tatarstan, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 165506326744 (Russia) (individual) [RUSSIA-EO14024].

SADYKOV, Rinat Nailyevich (Cyrillic: САДЫКОВ, Ринат Наильевич) (a.k.a. SADYKOV, Rinat Nailevich), Kazan, Republic of Tatarstan, Russia; DOB 18 Mar 1986; POB Kazan, Republic of Tatarstan, Russia; nationality Russia; citizen Russia; Gender Male;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 165506326744 (Russia) (individual) [RUSSIA-EO14024].

SAECHOU, Thanchai (a.k.a. CHIO, Wai; a.k.a. HWEI, Jao; a.k.a. WAI, Chio; a.k.a. WEI, Chao; a.k.a. WEI, Jiao; a.k.a. WEI, Zhang; a.k.a. WEI, Zhao), Flat G, 19 FL Maple Mansion, Taikoo Shing, Quarry Bay, Hong Kong; Room 2410, 24/F, Block Q, Kornhill, Quarry Bay, Hong Kong; DOB 16 Sep 1952; POB Heilongjiang Province, China; alt. POB Liaoning Province, China; nationality China; Gender Male; Passport MA0269785 (Macau); alt. Passport M0178952 (China); alt. Passport MA0162634 (China); National ID No. 12756003 (Macau) (individual) [TCO] (Linked To: ZHAO WEI TCO).

SAEDI, Nader (a.k.a. "tahersaedi"; a.k.a. "turk_server"; a.k.a. "turkserver"); DOB 22 Feb 1990; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2].

SAEED HAFIZ, Muhammad (a.k.a. SAEED, Hafiz; a.k.a. SAEED, Hafiz Mohammad; a.k.a. SAEED, Hafiz Muhammad; a.k.a. SAEED, Muhammad; a.k.a. SAYED, Hafiz Mohammad; a.k.a. SAYEED, Hafez Mohammad; a.k.a. SAYID, Hafiz Mohammad; a.k.a. SYEED, Hafiz Mohammad; a.k.a. "HAFIZ SAHIB"; a.k.a. "TATA JI"), House No. 116 E, Mohalla Johar, Town: Lahore, Tehsil:, Lahore City, Lahore District, Pakistan; DOB 05 Jun 1950; POB Sargodha, Punjab, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BE5978421 (Pakistan) issued 14 Nov 2007 expires 12 Nov 2012; alt. Passport Booklet A5250088 (Pakistan); National ID No. 3520025509842-7 (Pakistan); alt. National ID No. 23250460642 (Pakistan) (individual) [SDGT].

SAEED HUSAINI, Akbar (a.k.a. SAYED ALHOSSEINI, Akbar; a.k.a. SAYEDOLHUSSEINI, Akbar; a.k.a. SAYYED AL-HOSEINI, Akbar; a.k.a. SEYED ALHOSSEINI, Akbar; a.k.a. SEYEDOLHOSEINI, Akbar); DOB 22 Nov 1961; POB Taybad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D9004309 issued 12 Nov 2008 expires 13 Nov 2013 (individual) [SDGT] [IRGC] [IFSR].

SAEED, Hafiz (a.k.a. SAEED HAFIZ, Muhammad; a.k.a. SAEED, Hafiz Mohammad; a.k.a. SAEED, Hafiz Muhammad; a.k.a. SAEED, Muhammad; a.k.a. SAYED, Hafiz Mohammad; a.k.a. SAYEED, Hafez Mohammad; a.k.a. SAYID, Hafiz Mohammad; a.k.a. SYEED, Hafiz Mohammad; a.k.a. "HAFIZ SAHIB"; a.k.a. "TATA JI"), House No. 116 E, Mohalla Johar, Town: Lahore, Tehsil:, Lahore City, Lahore District, Pakistan; DOB 05 Jun 1950; POB Sargodha, Punjab, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BE5978421 (Pakistan) issued 14 Nov 2007 expires 12 Nov 2012; alt. Passport Booklet A5250088 (Pakistan); National ID No. 3520025509842-7 (Pakistan); alt. National ID No. 23250460642 (Pakistan) (individual) [SDGT].

SAEED, Hafiz (a.k.a. AHMAD, Sayed; a.k.a. HAFIZ, Said Khan; a.k.a. KHAN, Hafez Sayed; a.k.a. KHAN, Hafiz Saeed; a.k.a. KHAN, Hafiz Sa'id; a.k.a. KHAN, Hafiz Said; a.k.a. KHAN, Hafiz Said Muhammad; a.k.a. KHAN, Shaykh Hafidh Sa'id; a.k.a. KHAN, Wali Hafiz Sayid; a.k.a. SA'ID, Hafiz); DOB 01 Jan 1976 to 31 Dec 1978; alt. DOB 01 Jan 1977 to 31 Dec 1979; POB Mamondzowi Village, Orakzai Agency, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SAEED, Hafiz Mohammad (a.k.a. SAEED HAFIZ, Muhammad; a.k.a. SAEED, Hafiz; a.k.a. SAEED, Hafiz Muhammad; a.k.a. SAEED, Muhammad; a.k.a. SAYED, Hafiz Mohammad; a.k.a. SAYEED, Hafez Mohammad; a.k.a. SAYID, Hafiz Mohammad; a.k.a. SYEED, Hafiz Mohammad; a.k.a. "HAFIZ SAHIB"; a.k.a. "TATA JI"), House No. 116 E, Mohalla Johar, Town: Lahore, Tehsil:, Lahore City, Lahore District, Pakistan; DOB 05 Jun 1950; POB Sargodha, Punjab, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BE5978421 (Pakistan) issued 14 Nov 2007 expires 12 Nov 2012; alt. Passport Booklet A5250088 (Pakistan); National ID No. 3520025509842-7 (Pakistan); alt. National ID No. 23250460642 (Pakistan) (individual) [SDGT].

SAEED, Hafiz Muhammad (a.k.a. SAEED HAFIZ, Muhammad; a.k.a. SAEED, Hafiz; a.k.a. SAEED, Hafiz Mohammad; a.k.a. SAEED,

Muhammad; a.k.a. SAYED, Hafiz Mohammad; a.k.a. SAYEED, Hafez Mohammad; a.k.a. SAYID, Hafiz Mohammad; a.k.a. SYEED, Hafiz Mohammad; a.k.a. "HAFIZ SAHIB"; a.k.a. "TATA JI"), House No. 116 E, Mohalla Johar, Town: Lahore, Tehsil:, Lahore City, Lahore District, Pakistan; DOB 05 Jun 1950; POB Sargodha, Punjab, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BE5978421 (Pakistan) issued 14 Nov 2007 expires 12 Nov 2012; alt. Passport Booklet A5250088 (Pakistan); National ID No. 3520025509842-7 (Pakistan); alt. National ID No. 23250460642 (Pakistan) (individual) [SDGT].

SAEED, Hafiz Talha (a.k.a. SAEED, Mohammad Talha; a.k.a. SAEED, Tahil; a.k.a. SAEED, Talha), 116-E Block, Johar Town, Lahore, Pakistan; DOB 25 Oct 1975; POB Sarghoda, Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BM5971331 (Pakistan) issued 24 Mar 2007 expires 22 Mar 2012 (individual) [SDGT].

SAEED, Mohammad Ali (a.k.a. AHMAD, Muhammad Ali Sayid; a.k.a. "Abu Turab al-Canadi"), As Susah, Syria; DOB 07 Oct 1990; POB Faisalabad, Punjab Province, Pakistan; nationality Canada; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SAEED, Mohammad Talha (a.k.a. SAEED, Hafiz Talha; a.k.a. SAEED, Tahil; a.k.a. SAEED, Talha), 116-E Block, Johar Town, Lahore, Pakistan; DOB 25 Oct 1975; POB Sarghoda, Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BM5971331 (Pakistan) issued 24 Mar 2007 expires 22 Mar 2012 (individual) [SDGT].

SAEED, Mohammed (a.k.a. OMEED, Salam; a.k.a. SAID, Salim Ahmed; a.k.a. SALEM, Omed; a.k.a. 'UMED, Salim; a.k.a. 'UMEED, Salim), Villa D-24 The Palm Jumeirah, Dubai, United Arab Emirates; DOB 04 Dec 1977; POB Chardgloo, Iraq; nationality United Kingdom; Gender Male; Passport 513075044 (United Kingdom) expires 08 Mar 2026; alt. Passport 556957176 (United Kingdom) expires 28 Jan 2029; National ID No. 784197736807633 (United Kingdom) (individual) [IRAN-EO13902].

SAEED, Muhammad (a.k.a. SAEED HAFIZ, Muhammad; a.k.a. SAEED, Hafiz; a.k.a.

SAEED, Hafiz Mohammad; a.k.a. SAEED, Hafiz Muhammad; a.k.a. SAYED, Hafiz Mohammad; a.k.a. SAYEED, Hafez Mohammad; a.k.a. SAYID, Hafiz Mohammad; a.k.a. SYEED, Hafiz Mohammad; a.k.a. "HAFIZ SAHIB"; a.k.a. "TATA JI"), House No. 116 E, Mohalla Johar, Town: Lahore, Tehsil:, Lahore City, Lahore District, Pakistan; DOB 05 Jun 1950; POB Sargodha, Punjab, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BE5978421 (Pakistan) issued 14 Nov 2007 expires 12 Nov 2012; alt. Passport Booklet A5250088 (Pakistan); National ID No. 3520025509842-7 (Pakistan); alt. National ID No. 23250460642 (Pakistan) (individual) [SDGT].

SAEED, Tahil (a.k.a. SAEED, Hafiz Talha; a.k.a. SAEED, Mohammad Talha; a.k.a. SAEED, Talha), 116-E Block, Johar Town, Lahore, Pakistan; DOB 25 Oct 1975; POB Sarghoda, Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BM5971331 (Pakistan) issued 24 Mar 2007 expires 22 Mar 2012 (individual) [SDGT].

SAEED, Talha (a.k.a. SAEED, Hafiz Talha; a.k.a. SAEED, Mohammad Talha; a.k.a. SAEED, Tahil), 116-E Block, Johar Town, Lahore, Pakistan; DOB 25 Oct 1975; POB Sarghoda, Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BM5971331 (Pakistan) issued 24 Mar 2007 expires 22 Mar 2012 (individual) [SDGT].

SAEEDI, Mohammed; DOB 22 Nov 1962; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport W40899252 (Iran) (individual) [IRAN].

SAEIDI, Ahmad (a.k.a. AL GAMAL, Saeed Ahmed Mohammed; a.k.a. AL-JAMAL, Sa'id Ahmad Muhammad; a.k.a. RAMI, Abu-Ahmad; a.k.a. SA'IDI, Ahmad; a.k.a. "ABU-'ALI"; a.k.a. "AHMAD, Abu"; a.k.a. "CAIHONG" (Chinese Simplified: "彩虹"); a.k.a. "HISHAM"; a.k.a. "KHRPI"), Iran; DOB 01 Jan 1979; alt. DOB 28 Jul 1978; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Digital Currency Address - USDT TLNRT524dzL5FF1nJHDhYEMFpeWjLjRbz1; alt. Digital Currency Address - USDT THh5woR8qfmDsNknQ3agPYzQSiRtMnKsTh; alt. Digital Currency Address - USDT

TV5ZTpKDszLTF6XcMnPongS33pwBgF91by; alt. Digital Currency Address - USDT TTAHMdqoom4f2VTWniroPWQHcTRZ4caoH4; alt. Digital Currency Address - USDT TFFvv7NAWmbcVfA7QN81mMvUC25TWj1WJx; Passport 04716186 (Yemen); alt. Passport U63475649 (Iran) expires 24 Jun 2028; alt. Passport E49297849 (Iran) expires 24 Aug 2024 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SAENAL TRADING CORPORATION (Korean: 새날무역회사) (a.k.a. CHOSUN SAENAL TRADING; a.k.a. CHOSUN SAENAL TRADING COMPANY (Korean: 조선새날무역회사); a.k.a. CHOSUN SAENAL TRADING CORPORATION; a.k.a. KOREA SAENAL TECHNOLOGY TRADING CORPORATION; a.k.a. KOREA SAENAL TRADING; a.k.a. KOREA SAENAL TRADING CORPORATION), Ryugyong-dong No.1, Pothonggang District, Pyongyang, Korea, North; Chunso'ng Ward, Central District, Pyongyang, Korea, North; KoJungsong-dong Central District, KP, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

SAENGKHAM, Samsaeng (a.k.a. ATCHARA, Chiwinpraphasri; a.k.a. ATCHARA, Praptwora; a.k.a. ATCHARA, Samsaeng; a.k.a. PRAPATWORA, Atchara), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 88/2 Soi Klong Nam Kaew, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; DOB 09 Sep 1948; Passport V487440 (Thailand) expires May 2007; National ID No. 3509900001907 (Thailand) expires Sep 2006 (individual) [SDNTK].

SAENGP'IL COMPANY (a.k.a. CHO'NGSONG UNITED TRADING COMPANY; a.k.a. CHONGSONG YONHAP; a.k.a. CH'O'NGSONG YO'NHAP; a.k.a. CHOSUN CHAWO'N KAEBAL T'UJA HOESA; a.k.a. GREEN PINE ASSOCIATED CORPORATION; a.k.a. JINDALLAE; a.k.a. KU'MHAERYONG COMPANY LTD; a.k.a. NATURAL RESOURCES DEVELOPMENT AND INVESTMENT CORPORATION), c/o Reconnaissance General Bureau Headquarters, Hyongjesan-Guyok, Pyongyang, Korea, North; Nungrado, Pyongyang, Korea, North;

Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

SAENKO, Sergei Ivanovich (a.k.a. SAYENKO, Sergey Ivanovich), Russia; DOB 25 Sep 1950; nationality Russia; Gender Male (individual) [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

SAENZ MEDINA, Enrique (a.k.a. GAXIOLA MEDINA, Rigoberto; a.k.a. MEDINA SAENZ, Enrique; a.k.a. MORALES GUERRERO, Juan Antonio), Calle Clavel No. 1406, Colonia Margarita, Culiacan, Sinaloa, Mexico; Hermosillo, Sonora, Mexico; DOB 27 Sep 1950; alt. DOB 27 Oct 1950; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. GAMR-501027 (Mexico); C.U.R.P. GAMR501027HSLXDG00 (Mexico) (individual) [SDNTK].

SAENZ ULLOA, Aldo Martin, Nindiri, Masaya, Nicaragua; DOB 12 Nov 1958; POB Chinandega, Nicaragua; nationality Nicaragua; Gender Male; National ID No. 0861211580003G (Nicaragua) (individual) [NICARAGUA].

SAEZ DE EGUILAZ MURGUIONDO, Carlos; DOB 09 Dec 1963; POB San Sebastian, Guipuzcoa Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 15.962.687 (Spain); Member ETA (individual) [SDGT].

SAF TECH S.L., Calle Serrano 52, Barcelona 08031, Spain; C.R. No. B62398060 (Spain) [SDNTK].

SAFA, Wafic (a.k.a. SAFA, Wafiq; a.k.a. SAFA, Wafiq 'Abd-al-Husayn; a.k.a. SAFA, Wafiq Ahmad; a.k.a. "AL-DIN, Hessam Badr"; a.k.a. "AL-ZAIN, Ali Wahib"), Lebanon; DOB 01 Sep 1960; alt. DOB 17 Mar 1965; POB Zibdin, Lebanon; alt. POB Zubaydah al-Jonubi, Lebanon; alt. POB Rayhan, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 494606 (Lebanon); alt. National ID No. 000012505210 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SAFA, Wafiq (a.k.a. SAFA, Wafic; a.k.a. SAFA, Wafiq 'Abd-al-Husayn; a.k.a. SAFA, Wafiq Ahmad; a.k.a. "AL-DIN, Hessam Badr"; a.k.a. "AL-ZAIN, Ali Wahib"), Lebanon; DOB 01 Sep 1960; alt. DOB 17 Mar 1965; POB Zibdin, Lebanon; alt. POB Zubaydah al-Jonubi, Lebanon; alt. POB Rayhan, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 494606 (Lebanon); alt. National ID No. 000012505210 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SAFA, Wafiq 'Abd-al-Husayn (a.k.a. SAFA, Wafic; a.k.a. SAFA, Wafiq; a.k.a. SAFA, Wafiq Ahmad; a.k.a. "AL-DIN, Hessam Badr"; a.k.a. "AL-ZAIN, Ali Wahib"), Lebanon; DOB 01 Sep 1960; alt. DOB 17 Mar 1965; POB Zibdin, Lebanon; alt. POB Zubaydah al-Jonubi, Lebanon; alt. POB Rayhan, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 494606 (Lebanon); alt. National ID No. 000012505210 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SAFA, Wafiq Ahmad (a.k.a. SAFA, Wafic; a.k.a. SAFA, Wafiq; a.k.a. SAFA, Wafiq 'Abd-al-Husayn; a.k.a. "AL-DIN, Hessam Badr"; a.k.a. "AL-ZAIN, Ali Wahib"), Lebanon; DOB 01 Sep 1960; alt. DOB 17 Mar 1965; POB Zibdin, Lebanon; alt. POB Zubaydah al-Jonubi, Lebanon; alt. POB Rayhan, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 494606 (Lebanon); alt. National ID No. 000012505210 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SAFARASH, Mohammad Ijaz (a.k.a. ALI, Mohammad Ijaz Safarash; a.k.a. ALI, Mohammad Ijaz Safarish; a.k.a. ALI, Mohammed Ijaz Safarish; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Mohd Ijaz Safrash; a.k.a. ALI, Muhammad Ijaz Safarash; a.k.a. ALI, Muhammed Ijaz Safarash; a.k.a. NASAR, Muhammad Ijaz; a.k.a. NASIR, Muhammad Ajaj; a.k.a. NASSARUDDIN, Muhammad Ajaj; a.k.a. SAFARASH, Muhammad Ijaz; a.k.a. SAFARISH, Mohammed Ejaz; a.k.a. "IJAZ, Muhammad"), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB 16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

SAFARASH, Muhammad Ijaz (a.k.a. ALI, Mohammad Ijaz Safarash; a.k.a. ALI, Mohammad Ijaz Safarish; a.k.a. ALI, Mohammed Ijaz Safarish; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Mohd Ijaz Safrash; a.k.a. ALI, Muhammad Ijaz Safarash; a.k.a. ALI, Muhammed Ijaz Safarash; a.k.a. NASAR, Muhammad Ijaz; a.k.a. NASIR, Muhammad Ajaj; a.k.a. NASSARUDDIN, Muhammad Ajaj; a.k.a. SAFARASH, Mohammad Ijaz; a.k.a. SAFARISH, Mohammed Ejaz; a.k.a. "IJAZ, Muhammad"), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB 16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

SAFARI CLUB (a.k.a. CENTRE DE LOISIR SAFARI CLUB; a.k.a. "SAFARI BEACH"), Nsele, Kinshasa, Congo, Democratic Republic of the; Gombe, Kinshasa, Congo, Democratic Republic of the; Registration ID 1322 (Congo, Democratic Republic of the) [DRCONGO] (Linked To: OLENGA, Francois).

SAFARI, Amir Hossein (a.k.a. SAFARI, Amirhossein), Iran; DOB 08 Aug 1992; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A39679672 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

SAFARI, Amirhossein (a.k.a. SAFARI, Amir Hossein), Iran; DOB 08 Aug 1992; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A39679672 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

SAFARI, Mohammad Javad, Tehran, Iran; DOB 07 Aug 1980; POB Borazjam, Dashtestan, Bushehr, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G9345199 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SHAHID FAKHAR MOGHADDAM GROUP).

SAFARISH, Mohammed Ejaz (a.k.a. ALI, Mohammad Ijaz Safarash; a.k.a. ALI, Mohammad Ijaz Safarish; a.k.a. ALI, Mohammed Ijaz Safarish; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Mohd Ijaz Safrash; a.k.a. ALI, Muhammad Ijaz Safarash; a.k.a. ALI, Muhammed Ijaz Safarash; a.k.a. NASAR, Muhammad Ijaz; a.k.a. NASIR, Muhammad Ajaj; a.k.a. NASSARUDDIN, Muhammad Ajaj; a.k.a. SAFARASH, Mohammad Ijaz; a.k.a. SAFARASH, Muhammad Ijaz; a.k.a. "IJAZ, Muhammad"), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB 16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

SAFAROV, Azamat, Moscow, Russia; DOB 26 Mar 1990; POB Uzbekistan; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. CE2236830 (Uzbekistan) (individual) [CYBER2] (Linked To: EVIL CORP).

SAFAVI, Rahim (a.k.a. AL-SIFAWI, Yahya Rahim; a.k.a. RAHIM SAFAWI, Yahia; a.k.a. RAHIM-SAFAVI, Yahya; a.k.a. SAFAVI, Yahya Rahim; a.k.a. YAHYA RAHIM-SAFAVI, Seyyed; a.k.a. YAHYA SAFAVI, Sayed); DOB circa 1952; POB Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

SAFAVI, Seyed Khalil (a.k.a. SAFAVI, Seyyed Khalil (Arabic: سید خلیل صفوی)), Rezvanshahr, Gilan Province, Iran; DOB 01 Sep 1966; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3501325266 (Iran); LEF Commander of Rezvanshahr City, Gilan Province (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

SAFAVI, Seyyed Khalil (Arabic: سید خلیل صفوی) (a.k.a. SAFAVI, Seyed Khalil), Rezvanshahr, Gilan Province, Iran; DOB 01 Sep 1966; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3501325266 (Iran); LEF Commander of Rezvanshahr City, Gilan Province (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

SAFAVI, Yahya Rahim (a.k.a. AL-SIFAWI, Yahya Rahim; a.k.a. RAHIM SAFAWI, Yahia; a.k.a. RAHIM-SAFAVI, Yahya; a.k.a. SAFAVI, Rahim; a.k.a. YAHYA RAHIM-SAFAVI, Seyyed; a.k.a. YAHYA SAFAVI, Sayed); DOB circa 1952; POB Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

SAFDARI, Masoud (Arabic: مسعود صفدری) (a.k.a. SAFDARI, Massoud; a.k.a. "Sattar"), Shahrak Shahid Mahallati District, Tehran, Iran; DOB 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRGC] [IRAN-HR].

SAFDARI, Massoud (a.k.a. SAFDARI, Masoud (Arabic: مسعود صفدری); a.k.a. "Sattar"), Shahrak Shahid Mahallati District, Tehran, Iran; DOB 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRGC] [IRAN-HR].

SAFDARI, Sayyed Jaber (a.k.a. SAFDARI, Seyed Jaber; a.k.a. SAFDARI, Seyyed Jaber); DOB 1968 to 1969; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] (Linked To: ADVANCED TECHNOLOGIES COMPANY OF IRAN).

SAFDARI, Seyed Jaber (a.k.a. SAFDARI, Sayyed Jaber; a.k.a. SAFDARI, Seyyed Jaber); DOB 1968 to 1969; Additional Sanctions Information - Subject to Secondary Sanctions;

Gender Male (individual) [IRAN] (Linked To: ADVANCED TECHNOLOGIES COMPANY OF IRAN).

SAFDARI, Seyyed Jaber (a.k.a. SAFDARI, Sayyed Jaber; a.k.a. SAFDARI, Seyed Jaber); DOB 1968 to 1969; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] (Linked To: ADVANCED TECHNOLOGIES COMPANY OF IRAN).

SAFE SEAS SHIP MANAGEMENT FZE (Arabic: سیف سیز شیپ مانجمینت م م ح), P1-ELOB Office No. E-19F-34, Hamriyah Free Zone, Sharjah, United Arab Emirates; Office Building 2G-02, Hamriyah Free Zone, PO Box 53269, Sharjah, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 14 Jun 2017; Identification Number IMO 5993126; License 16065 (United Arab Emirates); Economic Register Number (CBLS) 11582160 (United Arab Emirates) [SDGT] [IFSR] (Linked To: SAHARA THUNDER).

SAFES LOJISTIK ITHALAT IHRACAT SANAYI TICARET LIMITED, Elmali Mah. Cumhuriyet Cad. Dr. Galip Kahraman Is Merkezi No. 48, Ic Kapi No. 105, Muratpasa, Antalya, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Mar 2021; Organization Type: Other transportation support activities [RUSSIA-EO14024].

SAFETY EQUIPMENT PROCUREMENT COMPANY (a.k.a. "SEP CO."), P.O. Box 16785-195, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SAFI A-DIN, Hashem (a.k.a. SAFI AL DIN, Hashim; a.k.a. SAFI AL-DIN, Hashem; a.k.a. SAFI AL-DIN, Hashim; a.k.a. SAFIEDDINE, Hashem; a.k.a. SAFIEDDINE, Hashim), Lebanon; DOB 1963 to 1965; POB Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SAFI AL DIN, Hashim (a.k.a. SAFI A-DIN, Hashem; a.k.a. SAFI AL-DIN, Hashem; a.k.a. SAFI AL-DIN, Hashim; a.k.a. SAFIEDDINE, Hashem; a.k.a. SAFIEDDINE, Hashim), Lebanon; DOB 1963 to 1965; POB Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SAFI AL-DIN, Hashem (a.k.a. SAFI A-DIN, Hashem; a.k.a. SAFI AL DIN, Hashim; a.k.a. SAFI AL-DIN, Hashim; a.k.a. SAFIEDDINE, Hashem; a.k.a. SAFIEDDINE, Hashim), Lebanon; DOB 1963 to 1965; POB Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SAFI AL-DIN, Hashim (a.k.a. SAFI A-DIN, Hashem; a.k.a. SAFI AL DIN, Hashim; a.k.a. SAFI AL-DIN, Hashem; a.k.a. SAFIEDDINE, Hashem; a.k.a. SAFIEDDINE, Hashim), Lebanon; DOB 1963 to 1965; POB Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SAFI-AL-DIN, Abdallah (a.k.a. SAFIEDDINE, Abdullah); DOB 08 Jul 1960; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 3527575 (Lebanon); Identification Number 637166 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SAFIANOV, Iurii Pavlovich (a.k.a. SAFYANOV, Yuri Pavlovich (Cyrillic: САФЬЯНОВ, Юрий Павлович); a.k.a. SAFYANOV, Yury Pavlovich), Murmansk, Russia; DOB 22 May 1976; POB Magadan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 720175005 (Russia); National ID No. 4400036893 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ARCTIC TRANSSHIPMENT LIMITED LIABILITY COMPANY).

SAFIEDDINE, Abdullah (a.k.a. SAFI-AL-DIN, Abdallah); DOB 08 Jul 1960; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 3527575 (Lebanon); Identification Number 637166 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SAFIEDDINE, Hashem (a.k.a. SAFI A-DIN, Hashem; a.k.a. SAFI AL DIN, Hashim; a.k.a. SAFI AL-DIN, Hashem; a.k.a. SAFI AL-DIN, Hashim; a.k.a. SAFIEDDINE, Hashim), Lebanon; DOB 1963 to 1965; POB Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SAFIEDDINE, Hashim (a.k.a. SAFI A-DIN, Hashem; a.k.a. SAFI AL DIN, Hashim; a.k.a. SAFI AL-DIN, Hashem; a.k.a. SAFI AL-DIN, Hashim; a.k.a. SAFIEDDINE, Hashem), Lebanon; DOB 1963 to 1965; POB Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SAFIN, Lenar Rinatovich (Cyrillic: САФИН, Ленар Ринатович), Russia; DOB 11 Feb 1969; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SAFIR CAR TRADING COMPANY IN TURKEY (a.k.a. AL-SAFIR COMPANY; a.k.a. AL-SAFIR OTO (Arabic: السفير للسيارات); a.k.a. EL SAFIR OTO; a.k.a. EL SAFIR OTOMOTIV; a.k.a. ELSAFIROTO), 4222 Sokak, N Block, Number 49, Istanbul, Istanbul Province 34218, Turkey; Oto Center Galericiler Sitesi, 100. Yil, 3. Yol Sokak., Bagcilar, Istanbul 34204, Turkey; Gaziantep, Turkey; Kilis, Turkey; Urfa, Turkey; Organization Type: Sale of motor vehicles [PAARSSR-EO13894] (Linked To: AL-JASIM, Mohammad Hussein).

SAFIRAN AIRPORT SERVICES (a.k.a. SAFIRANAS; a.k.a. SAFRAN AIRPORT SERVICES), No 36 Esfandyar Boulevard, Valie-Asr Avenue, Tehran 19686 53953, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Service activities incidental to air transportation [RUSSIA-EO14024].

SAFIRAN PAYAM DARYA SHIPPING COMPANY (a.k.a. "SAPID"), Asseman Tower, Pasdaran Street, Tehran, Iran; Website www.sapidshpg.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v) [IRAN] [IFCA].

SAFIRANAS (a.k.a. SAFIRAN AIRPORT SERVICES; a.k.a. SAFRAN AIRPORT SERVICES), No 36 Esfandyar Boulevard, Valie-Asr Avenue, Tehran 19686 53953, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Service activities incidental to air transportation [RUSSIA-EO14024].

SAFONOV, Maksim Valerevich (a.k.a. SAFONOV, Maksim Valeryevich; a.k.a. SAFONOV, Maxim), Russia; DOB 18 Feb 1980; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4511601701 (Russia) (individual) [RUSSIA-EO14024].

SAFONOV, Maksim Valeryevich (a.k.a. SAFONOV, Maksim Valerevich; a.k.a. SAFONOV, Maxim), Russia; DOB 18 Feb 1980; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4511601701 (Russia) (individual) [RUSSIA-EO14024].

SAFONOV, Maxim (a.k.a. SAFONOV, Maksim Valerevich; a.k.a. SAFONOV, Maksim Valeryevich), Russia; DOB 18 Feb 1980; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4511601701 (Russia) (individual) [RUSSIA-EO14024].

SAFRAN AIRPORT SERVICES (a.k.a. SAFIRAN AIRPORT SERVICES; a.k.a. SAFIRANAS), No 36 Esfandyar Boulevard, Valie-Asr Avenue, Tehran 19686 53953, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Service activities incidental to air transportation [RUSSIA-EO14024].

SAFWAN AL-DUBAI COMPANY OF SHIPPING AND TRADE (a.k.a. SAFWAN FOR SHIPPING AND TRADE), Nasr Street, Sanaa, Yemen; Street 75, Shiqiao Building, 3rd Floor, Door 4, Yiwu, Zhejiang, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2015 [SDGT] (Linked To: ANSARALLAH).

SAFWAN FOR SHIPPING AND TRADE (a.k.a. SAFWAN AL-DUBAI COMPANY OF SHIPPING AND TRADE), Nasr Street, Sanaa, Yemen; Street 75, Shiqiao Building, 3rd Floor, Door 4, Yiwu, Zhejiang, China; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2015 [SDGT] (Linked To: ANSARALLAH).

SAFYANOV, Yuri Pavlovich (Cyrillic: САФЬЯНОВ, Юрий Павлович) (a.k.a. SAFIANOV, Iurii Pavlovich; a.k.a. SAFYANOV, Yury Pavlovich), Murmansk, Russia; DOB 22 May 1976; POB Magadan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 720175005 (Russia); National ID No. 4400036893 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ARCTIC TRANSSHIPMENT LIMITED LIABILITY COMPANY).

SAFYANOV, Yury Pavlovich (a.k.a. SAFIANOV, Iurii Pavlovich; a.k.a. SAFYANOV, Yuri Pavlovich (Cyrillic: САФЬЯНОВ, Юрий Павлович)), Murmansk, Russia; DOB 22 May 1976; POB Magadan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 720175005 (Russia); National ID No. 4400036893 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ARCTIC TRANSSHIPMENT LIMITED LIABILITY COMPANY).

SAGAX INVESTMENT GROUP LTD., Suite 102, Blake Building, Corner Eyre & Hutson Street, Belize City 78583, Belize [SDNTK].

SAGE ENERGY HK LIMITED, Hong Kong; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 2767880 (Hong Kong) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

SAHAB PARDAZ CO. (a.k.a. SAMANE GOSTAR SAHAB PARDAZ PRIVATE LIMITED COMPANY (Arabic: شرکت سامانه گستر سحاب پرداز (شرکت سهامی خاص)), No. 22, Khorramshahr Street, Tehran, Iran; No. 28, Arab Ali St., Korramshahr St., Tehran, Iran; North Shohvardi Street, Korramshahr Street, Number 24, Floor 1, Tehran, Iran; Website https://www.sahab.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Country Iran; National ID No. 14004241708 (Iran); Registration Number 457647 (Iran) [IRAN-TRA].

SAHAB, Qari (a.k.a. AL TOKHI, Qari Saifullah; a.k.a. SAIFULLAH, Qari), Quetta, Pakistan; DOB 1964; alt. DOB 1963 to 1965; POB Daraz Jaldak, Qalat District, Zabul Province, Afghanistan; citizen Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SAHAL, Omar (a.k.a. AWADH, Omar; a.k.a. OMAR, Omar Awadh); DOB 20 Sep 1973; POB Mombasa, Kenya; Passport A764712 (Kenya) expires 27 Mar 2013; alt. Passport B002271 (Kenya); alt. Passport KE007776 expires Aug 2009; Possibly Located in Kenya (individual) [SOMALIA].

SAHAND ALUMINUM PARTS INDUSTRIAL COMPANY (a.k.a. ARDALAN MACHINERIES COMPANY; a.k.a. SHAHID HEMMAT INDUSTRIAL GROUP; a.k.a. "ARMACO"; a.k.a. "SAPICO"; a.k.a. "SHIG"), Damavand Tehran Highway, Tehran, Iran; P.O. Box 16595-159, Tehran, Iran; No. 5, Eslami St., Golestane Sevvom St., Pasdaran St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SAHARA PETROLEUM PTE. LTD., One Raffles Place, #21-01, Singapore 048616, Singapore; Organization Established Date 16 May 2023; Registration Number 202319137N (Singapore) [GLOMAG] (Linked To: SOOD, Rahul).

SAHARA THUNDER (Arabic: شرکت تندر صحرا) (a.k.a. DESERT THUNDER COMPANY; a.k.a. TONDAR SAHARA CO.; a.k.a. TONDAR SAHRA PRIVATE LIMITED COMPANY), No. 2, Moghadas Alley (4), Ghasir St., Beheshti St., Tehran, Iran; Fifth Floor, No 2, Shahid Hassan Moghadam Alley, Shahid Ahmad Ghasir St, Argentine, Saei St, Tehran, Iran; Website www.saharathunder.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Dec 1992; National ID No. 10101382714 (Iran); Chamber of Commerce Number 131454 (Iran); Business Registration Number 94186 (Iran) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

SAHD, Paulina (a.k.a. BARAJAS SAHD, Ana Paulina), Calle Alcamo 2870-501, Colonia Providencia, Guadalajara, Jalisco, Mexico; Kukulkan 4783, Col. Miradora Del Sol, Zapopan, Jalisco 45054, Mexico; Perla # 3880, Colonia Res. Loma Bonita, Zapopan, Jalisco, Mexico; DOB 03 Oct 1984; POB Jalisco, Mexico; nationality Mexico; Gender Female; C.U.R.P. BASA841003MJCRHN07 (Mexico) (individual) [SDNTK].

SAHEB, Amir (a.k.a. ANIS, Ibrahim Shaikh Mohd; a.k.a. AZIZ, Abdul Hamid Abdul; a.k.a. DILIP, Aziz; a.k.a. EBRAHIM, Dawood; a.k.a. HASAN, Shaikh Daud; a.k.a. HASSAN, Dawood; a.k.a. IBRAHIM, Anis; a.k.a. IBRAHIM, Dawood; a.k.a. IBRAHIM, Dawood Sheik; a.k.a. KASKAR, Dawood Ibrahim; a.k.a. REHMAN, Shaikh Ismail Abdul; a.k.a. SABRI, Dawood; a.k.a. SETH, Iqbal), 617 CP Berar Society, Block 7-8, Karachi, Pakistan; House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

SAHEL CONSULTANT ENGINEERS, No. 57, Eftekhar St., Larestan St., Motahhari Ave, Tehran, Iran; P.O. Box 16765-34, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

SAHIL AL MAHABA TRADING L.L.C (Arabic: سهل المحبة للتجارة ش.ذ.م.م), Deira Riggat, Al Buteen, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jun 2020; Registration Number 889628 (United Arab Emirates); Economic Register Number (CBLS) 11514491

(United Arab Emirates) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

SAHIN, Huseyin, Adnan Saygun, Cad Canan SK N1 Mercan St K 4 D 9 ULUS, Istanbul, Turkey; DOB 01 Apr 1957; POB Gumusova, Turkey; nationality Turkey; citizen Turkey; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport U00618757 (Turkey) issued 12 Aug 2010 expires 11 Aug 2020; National ID No. 31202133364; Chief Executive Officer (individual) [DPRK] (Linked To: SIA FALCON INTERNATIONAL GROUP).

SAHINLER METAL MAKINA ENDUSTRI ANONIM SIRKETI (a.k.a. SAHINLER METAL MAKINA ENDUSTRI AS), No: 14 Mumin Gencoglu Caddesi, Balkann Mahallesi, Nilufer, Bursa 16130, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 20766 (Turkey) [RUSSIA-EO14024].

SAHINLER METAL MAKINA ENDUSTRI AS (a.k.a. SAHINLER METAL MAKINA ENDUSTRI ANONIM SIRKETI), No: 14 Mumin Gencoglu Caddesi, Balkann Mahallesi, Nilufer, Bursa 16130, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 20766 (Turkey) [RUSSIA-EO14024].

SAHINPASIC, Senad; DOB circa 1951; POB Foca, Bosnia-Herzegovina (individual) [BALKANS].

SAHIRON, Radulan (a.k.a. SAHIRON, Radullan; a.k.a. SAHIRUN, Radulan; a.k.a. "COMMANDER PUTOL"; a.k.a. "SAJIRUN, Radulan"); DOB 1955; alt. DOB circa 1952; POB Kaunayan, Patikul, Jolo Island, the Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SAHIRON, Radullan (a.k.a. SAHIRON, Radulan; a.k.a. SAHIRUN, Radulan; a.k.a. "COMMANDER PUTOL"; a.k.a. "SAJIRUN, Radulan"); DOB 1955; alt. DOB circa 1952; POB Kaunayan, Patikul, Jolo Island, the Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SAHIRUN, Radulan (a.k.a. SAHIRON, Radulan; a.k.a. SAHIRON, Radullan; a.k.a. "COMMANDER PUTOL"; a.k.a. "SAJIRUN, Radulan"); DOB 1955; alt. DOB circa 1952; POB Kaunayan, Patikul, Jolo Island, the Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SAHLOUL MONEY EXCHANGE COMPANY (a.k.a. AL-SAHLOUL MONEY EXCHANGE COMPANY; a.k.a. SAHLUL HAWALA OFFICE), Axray, Masseeh Basha, Lalleli Street, Kalvan Centre Building #22, Office #203, Istanbul, Turkey; Mersin, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAHLUL HAWALA OFFICE (a.k.a. AL-SAHLOUL MONEY EXCHANGE COMPANY; a.k.a. SAHLOUL MONEY EXCHANGE COMPANY), Axray, Masseeh Basha, Lalleli Street, Kalvan Centre Building #22, Office #203, Istanbul, Turkey; Mersin, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAI ADVISORS INC., 5599 NW 23rd Avenue, Boca Raton, FL 33496, United States; 11251 NW 2 Street, Plantation, FL 33325, United States; 11250 NW 4 Street, Plantation, FL 33325, United States; 11201 NW 2 Street, Plantation, FL 33325, United States; 11351 NW 2 Street, Plantation, FL 33325, United States; 11301 NW 2 Street, Plantation, FL 33325, United States; 11300 NW 4 Street, Plantation, FL 33325, United States; 11350 NW 4 Street, Plantation, FL 33325, United States; 11200 NW 4 Street, Plantation, FL 33325, United States; Company Number 68-0678326 (United States) [VENEZUELA] (Linked To: SARRIA DIAZ, Rafael Alfredo).

SAI SABURI CONSULTING SERVICES (a.k.a. SAI SABURI CONSULTING SERVICES PRIVATE LIMITED), Unit J101, The Green Valley CHGS, Plot 18, Sector 22, Dwaraka, New Delhi, Delhi 110077, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 26 Nov 2013; C.I.N. U70109DL2013PTC260922 (India); Identification Number IMO 6127236; Registration Number 260922 (India) [IRAN-EO13846].

SAI SABURI CONSULTING SERVICES PRIVATE LIMITED (a.k.a. SAI SABURI CONSULTING SERVICES), Unit J101, The Green Valley CHGS, Plot 18, Sector 22, Dwaraka, New Delhi, Delhi 110077, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 26 Nov 2013; C.I.N. U70109DL2013PTC260922 (India); Identification Number IMO 6127236; Registration Number 260922 (India) [IRAN-EO13846].

SAI, Ko (a.k.a. HLA, Sai Kyaw), Burma; DOB 06 Sep 1971; nationality Burma; Gender Male; Passport MB941865 (Burma); National ID No. 13MasakaN024010 (Burma) (individual) [BURMA-EO14014] [CYBER4] (Linked To: DEMOCRATIC KAREN BENEVOLENT ARMY).

SA'ID JAN, Qasi (a.k.a. 'ABD AL-SALAM, Said Jan; a.k.a. 'ABDALLAH, Qazi; a.k.a. 'ABD-AL-SALAM, Sa'id Jan; a.k.a. ABDULLAH, Qazi; a.k.a. CAIRO, Aziz; a.k.a. JHAN, Said; a.k.a. KHAN, Farhan; a.k.a. WALID, Ibrahim; a.k.a. ZAIN KHAN, Dilawar Khan; a.k.a. "NANGIALI"); DOB 05 Feb 1981; alt. DOB 01 Jan 1972; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport OR801168 (Afghanistan) issued 28 Feb 2006 expires 27 Feb 2011; alt. Passport 4117921 (Pakistan) issued 09 Sep 2008 expires 09 Sep 2013; National ID No. 281020505755 (Kuwait); Passport OR801168 and Kuwaiti National ID No. 281020505755 issued under the name Said Jan 'Abd al-Salam; Passport 4117921 issued under the name Dilawar Khan Zain Khan (individual) [SDGT].

SA'ID, Hafiz (a.k.a. AHMAD, Sayed; a.k.a. HAFIZ, Said Khan; a.k.a. KHAN, Hafez Sayed; a.k.a. KHAN, Hafiz Saeed; a.k.a. KHAN, Hafiz Sa'id; a.k.a. KHAN, Hafiz Said; a.k.a. KHAN, Hafiz Said Muhammad; a.k.a. KHAN, Shaykh Hafidh Sa'id; a.k.a. KHAN, Wali Hafiz Sayid; a.k.a. SAEED, Hafiz); DOB 01 Jan 1976 to 31 Dec 1978; alt. DOB 01 Jan 1977 to 31 Dec 1979; POB Mamondzowi Village, Orakzai Agency, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SA'ID, Haytham Sabih (a.k.a. SAAD ALSAWAIDI, Haitham Sabih), Iraq; DOB 08 Apr 1980; nationality Iraq; Gender Male; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SAID, Khan (a.k.a. MEHSUD, Sajna; a.k.a. SAYED, Khan); DOB 1975; alt. DOB 1977; POB Zangara area, Sararogh, South Waziristan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SA'ID, Mohamed (a.k.a. ATOM, Mohamed Sa'id; a.k.a. ATOM, Mohamed Siad; a.k.a. "ATOM"), Galgala, Puntland, Somalia; Badhan, Somalia; DOB circa 1966; POB Galgala, Puntland, Somalia (individual) [SOMALIA].

SAID, Salim Ahmed (a.k.a. OMEED, Salam; a.k.a. SAEED, Mohammed; a.k.a. SALEM, Omed; a.k.a. 'UMED, Salim; a.k.a. 'UMEED, Salim), Villa D-24 The Palm Jumeirah, Dubai, United Arab Emirates; DOB 04 Dec 1977; POB Chardgloo, Iraq; nationality United Kingdom; Gender Male; Passport 513075044 (United Kingdom) expires 08 Mar 2026; alt. Passport 556957176 (United Kingdom) expires 28 Jan 2029; National ID No. 784197736807633 (United Kingdom) (individual) [IRAN-EO13902].

SA'IDI, Ahmad (a.k.a. AL GAMAL, Saeed Ahmed Mohammed; a.k.a. AL-JAMAL, Sa'id Ahmad Muhammad; a.k.a. RAMI, Abu-Ahmad; a.k.a. SAEIDI, Ahmad; a.k.a. "ABU-'ALI"; a.k.a. "AHMAD, Abu"; a.k.a. "CAIHONG" (Chinese Simplified: "彩虹"); a.k.a. "HISHAM"; a.k.a. "KHRPI"), Iran; DOB 01 Jan 1979; alt. DOB 28 Jul 1978; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Digital Currency Address - USDT TLNRT524dzL5FF1nJHDhYEMFpeWjLjRbz1; alt. Digital Currency Address - USDT THh5woR8qfmDsNknQ3agPYzQSiRtMnKsTh; alt. Digital Currency Address - USDT TV5ZTpKDszLTF6XcMnPongS33pwBgF91by; alt. Digital Currency Address - USDT TTAHMdqoom4f2VTWniroPWQHcTRZ4caoH4; alt. Digital Currency Address - USDT TFFvv7NAWmbcVfA7QN81mMvUC25TWj1WJx; Passport 04716186 (Yemen); alt. Passport U63475649 (Iran) expires 24 Jun 2028; alt. Passport E49297849 (Iran) expires 24 Aug 2024 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SA'IDI, Mohammad Hosein (a.k.a. GHOLIZADEH, Vali (Arabic: ولی قلی زاده); a.k.a. QOLIZADEH, Vali), Iran; Iraq; DOB 11 Sep 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0056758472 (Iran) (individual) [SDGT] [IFSR] (Linked To: MADA'IN NOVIN TRADERS).

SAIDNAYA MILITARY PRISON (a.k.a. SAYDNAYA MILITARY PRISON (Arabic: سجن صيدنايا العسكري); a.k.a. SAYDNAYA PRISON; a.k.a. SEDNAYA PRISON (Arabic: سجن صيدنايا)), Syria [PAARSSR-EO13894].

SAIDOU, Habib (a.k.a. ABIB, Soussou; a.k.a. HABIB, Soussou; a.k.a. SOUSSOU, Habib), Boda, Lobaye Prefecture, Central African Republic; DOB 13 Mar 1980; nationality Central African Republic (individual) [CAR].

SAIFUDDIN, Muhmmad (a.k.a. FAIZ, Mohammad Yusuf Karim; a.k.a. FAIZ, Mohammed Karim Yusop; a.k.a. FAIZ, Mohammed Yusop Karin; a.k.a. FAIZ, Mohd Karim Yusop; a.k.a. "AL-INDONESI, Abu Walid"; a.k.a. "AL-INDUNISI, Abu-Walid"), Syria; DOB 11 Oct 1978; POB Indonesia; nationality Indonesia; citizen Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAIFULLAH, Qari (a.k.a. AL TOKHI, Qari Saifullah; a.k.a. SAHAB, Qari), Quetta, Pakistan; DOB 1964; alt. DOB 1963 to 1965; POB Daraz Jaldak, Qalat District, Zabul Province, Afghanistan; citizen Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SAIGO INTERNATIONAL TRADING CO., LIMITED (a.k.a. LASTSIX TRADING LIMITED; a.k.a. OKHAR TRADING LIMITED), Room 613, 6/F, Blk A Hoplite Ind Center No.3-5, Wang Tai Rd, Hong Kong, China; Organization Established Date 22 Mar 2021; Company Number 3030638 (Hong Kong); Business Registration Number 72809197 (Hong Kong) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

SAING, Sai Lone (a.k.a. HSAI, U Sai Lone; a.k.a. HSAING, U Sai Lone; a.k.a. HSENG, Sai Lone; a.k.a. HSENG, Sai Long; a.k.a. SAING, U Sai Lone), Naypyitaw, Burma; DOB 18 Apr 1947; nationality Burma; Gender Male; State Administrative Council Member (individual) [BURMA-EO14014].

SAING, U Sai Lone (a.k.a. HSAI, U Sai Lone; a.k.a. HSAING, U Sai Lone; a.k.a. HSENG, Sai Lone; a.k.a. HSENG, Sai Long; a.k.a. SAING, Sai Lone), Naypyitaw, Burma; DOB 18 Apr 1947; nationality Burma; Gender Male; State Administrative Council Member (individual) [BURMA-EO14014].

SAINOVIC, Nikola; DOB 07 Dec 1948; POB Bor, Serbia and Montenegro; Ex-FRY Deputy Prime Minister; ICTY indictee in custody (individual) [BALKANS].

SAINT PETERSBURG IMPERIAL LEGION (a.k.a. RUSSIAN IMPERIAL LEGION; a.k.a. RUSSIAN IMPERIAL MOVEMENT; a.k.a. RUSSKOE IMPERSKOYE DVIZHENIYE; a.k.a. RUSSKOIE IMPERSKOE DVIZHENIE; a.k.a. "IMPERIAL LEGION"; a.k.a. "RID"; a.k.a. "RIL"; a.k.a. "RIM"), Saint Petersburg, Russia; PO Box 128, Saint Petersburg 197022, Russia; Website rusimperia.info; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SAINT PETERSBURG MINING UNIVERSITY (Cyrillic: САНКТ ПЕТЕРБУРГСКИЙ ГОРНЫЙ УНИВЕРСИТЕТ) (a.k.a. FEDERAL STATE BUDGET EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SAINT PETERSBURG MINING UNIVERSITY; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA SANKT PETERBURGSKI GORNY UNIVERSITET; f.k.a. NATSIONALNY MINERALNOSYREVOI UNIVERSITET GORNY, UCH; a.k.a. SPGU GORNY UNIVERSITET FGBU; a.k.a. "NATIONAL MINERAL RESOURCES UNIVERSITY"; a.k.a. "SPMI"), 2, 21st Line, St Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801021076 (Russia); Government Gazette Number 02068508 (Russia); Registration Number 1027800507591 (Russia) [RUSSIA-EO14024].

SAINT PETERSBURGS AVIATION REPAIR COMPANY ZAO (a.k.a. AO SPARK), ul. Pilotov d. 12, Saint Petersburg 196210, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810209170 (Russia); Registration Number 1037821027221 (Russia) [RUSSIA-EO14024].

SAINT-PETERSBURG INTERNATIONAL BANKING CONFERENCE LLC (a.k.a. LIMITED LIABILITY COMPANY SAINT-PETERSBURG INTERNATIONAL BANKING CONFERENCE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ

ОТВЕТСТВЕННОСТЬЮ САНКТ-ПЕТЕРБУРГСКАЯ МЕЖДУНАРОДНАЯ БАНКОВСКАЯ КОНФЕРЕНЦИЯ); a.k.a. PSB AVTOFAKTORING), Ul. Smirnovskaya D. 10, Str. 8, Komnata 7, Moscow 109052, Russia; d. 42, Moskovskoe Shosse, Sergiev Posad, Moscow Oblast 141300, Russia (Cyrillic: д. 42, Московское Шоссе, Сергиев Посад, Московская Область 141300, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Dec 2010; Tax ID No. 5042116461 (Russia); Registration Number 1105042007806 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

SAIQI TRADE LIMITED (a.k.a. SALITA TRADE LIMITED (Chinese Traditional: 薩利塔貿易有限公司)), Room 09/27F Ho King Commercial Centre 2-16 Fa Yuen Street Mongkok Kl, Hong Kong, China; Organization Established Date 02 Aug 2018; C.R. No. 2729339 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

SAIRAN (a.k.a. IRAN ELECTRONICS INDUSTRIES; a.k.a. SANAYE ELECTRONIC IRAN; a.k.a. SASAD IRAN ELECTRONICS INDUSTRIES; a.k.a. SHERKAT SANAYEH ELECTRONICS IRAN; a.k.a. "IEI"), P.O. Box 19575-365, Shahied Langari Street, Noboniad Sq, Pasdaran Ave, Saltanad Abad, Tehran, Iran; P.O. Box 71365-1174, Hossain Abad/Ardakan Road, Shiraz, Iran; Hossein Abad/Ardakan Road, P.O. Box 555, Shiraz 71365/1174, Iran; Shahid Langari Street, Nobonyad Square, Tehran, Iran; Website www.ieimil.ir; alt. Website www.ieicorp.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 829 [NPWMD] [IFSR] [IRAN-TRA].

SAISAIPEN CO., LTD (a.k.a. NOVELUCK TRADING LIMITED), 1306, 13/F, Loki Centre, 133-139 Wan Chai Road, Wan Chai, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Oct 2021; Company Number 2880358 (Hong Kong); Business Registration Number 73466077 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

SAIYID, Abd Al-Man'am (a.k.a. AGHA, Haji Abdul Manan), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SAJADDINIA, Mohsen (a.k.a. AL-SAYF, Mahmud; a.k.a. SAJADINIA, Mohsen; a.k.a. SAJJADI NIA, Mohsen; a.k.a. SAJJADINIA, Mohsen; a.k.a. SEIF, Mahmoud); DOB 05 Jun 1964; alt. DOB 05 Jun 1967; alt. DOB 05 Jun 1969; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR].

SAJADINIA, Mohsen (a.k.a. AL-SAYF, Mahmud; a.k.a. SAJADDINIA, Mohsen; a.k.a. SAJJADI NIA, Mohsen; a.k.a. SAJJADINIA, Mohsen; a.k.a. SEIF, Mahmoud); DOB 05 Jun 1964; alt. DOB 05 Jun 1967; alt. DOB 05 Jun 1969; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR].

SAJDEH, Majid, Iran; DOB 26 Jan 1968; POB Tehran, Iran; nationality Iran; Gender Male; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e) (individual) [IFCA] (Linked To: HAFEZ DARYA ARYA SHIPPING COMPANY).

SAJEDI-NIA, Hossein (a.k.a. SAJEDINIA, Hossein (Arabic: حسین ساجدی نیا)), Iran; DOB 21 Mar 1962 to 20 Apr 1962; POB Isfahan, Isfahan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Deputy Operations Commander (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

SAJEDINIA, Hossein (Arabic: حسین ساجدی نیا) (a.k.a. SAJEDI-NIA, Hossein), Iran; DOB 21 Mar 1962 to 20 Apr 1962; POB Isfahan, Isfahan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Deputy Operations Commander (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

SAJJAD, Rasoul (a.k.a. SAJJAD, Rassoul; a.k.a. SAJJAD, Rasul), Iran; DOB 09 Aug 1970; POB Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G9333110 (Iran) issued 03 Mar 2014 expires 03 Mar 2019; Dr (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SAJJAD, Rassoul (a.k.a. SAJJAD, Rasoul; a.k.a. SAJJAD, Rasul), Iran; DOB 09 Aug 1970; POB Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G9333110 (Iran) issued 03 Mar 2014 expires 03 Mar 2019; Dr (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SAJJAD, Rasul (a.k.a. SAJJAD, Rasoul; a.k.a. SAJJAD, Rassoul), Iran; DOB 09 Aug 1970; POB Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G9333110 (Iran) issued 03 Mar 2014 expires 03 Mar 2019; Dr (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SAJJADI NIA, Mohsen (a.k.a. AL-SAYF, Mahmud; a.k.a. SAJADDINIA, Mohsen; a.k.a. SAJADINIA, Mohsen; a.k.a. SAJJADINIA, Mohsen; a.k.a. SEIF, Mahmoud); DOB 05 Jun 1964; alt. DOB 05 Jun 1967; alt. DOB 05 Jun 1969; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR].

SAJJADI, Sayyed Mahmud Reza (a.k.a. SAJJADI, Seyyed Mahmoud Reza (Arabic: سید محمود رضا سجادی)), Tehran, Iran; DOB 04 Jun 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0049621297

(Iran) (individual) [IRAN-EO13902] (Linked To: RUNC EXCHANGE SYSTEM COMPANY).

SAJJADI, Seyyed Mahmoud Reza (Arabic: سید محمود رضا سجادی) (a.k.a. SAJJADI, Sayyed Mahmud Reza), Tehran, Iran; DOB 04 Jun 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0049621297 (Iran) (individual) [IRAN-EO13902] (Linked To: RUNC EXCHANGE SYSTEM COMPANY).

SAJJADINIA, Mohsen (a.k.a. AL-SAYF, Mahmud; a.k.a. SAJADDINIA, Mohsen; a.k.a. SAJADINIA, Mohsen; a.k.a. SAJJADI NIA, Mohsen; a.k.a. SEIF, Mahmoud); DOB 05 Jun 1964; alt. DOB 05 Jun 1967; alt. DOB 05 Jun 1969; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR].

SAKAN DASTGIRI, Soleyman (a.k.a. SAKAN, Suleyman), Istanbul, Turkey; DOB 25 Sep 1965; POB Maku, Iran; nationality Turkey; alt. nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U06595028 (Turkey); alt. Passport N97115360 (Iran) expires 12 May 2027; National ID No. 63853420562 (Turkey); alt. National ID No. 2830281772 (Iran) (individual) [SDGT] [IFSR] (Linked To: ANSAR EXCHANGE).

SAKAN, Suleyman (a.k.a. SAKAN DASTGIRI, Soleyman), Istanbul, Turkey; DOB 25 Sep 1965; POB Maku, Iran; nationality Turkey; alt. nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U06595028 (Turkey); alt. Passport N97115360 (Iran) expires 12 May 2027; National ID No. 63853420562 (Turkey); alt. National ID No. 2830281772 (Iran) (individual) [SDGT] [IFSR] (Linked To: ANSAR EXCHANGE).

SAKARYA, Yunus Emre (a.k.a. "AL-ALMANI, Yunus"; a.k.a. "AL-HAIEBI, Younes"), Al Mayadin, Syria; Turkey; DOB 22 Apr 1991; POB Bruhl, Germany; citizen Germany; alt. citizen Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C7480TP630 (Germany); National ID No. L749X688M2 (Germany); alt. National ID No. 523884049 (Germany) (individual) [SDGT]

(Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAKHARA PETROLEUM OSOO (a.k.a. OBSHTESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SAKHARA PETROLEUM), 36k/l, ul. Lva Tolstogo Oktyabrski raion, Bishkek, Kyrgyzstan; Organization Established Date 30 Mar 2023; Registration Number 31834911 (Kyrgyzstan) [GLOMAG] (Linked To: CROSBY, David Paul).

SAKHAROVA, Tatiana Anatolyevna (Cyrillic: САХАРОВА, Татьяна Анатольевна) (a.k.a. SAKHAROVA, Tatyana Anatolyevna), Russia; DOB 16 Jun 1973; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SAKHAROVA, Tatyana Anatolyevna (a.k.a. SAKHAROVA, Tatiana Anatolyevna (Cyrillic: САХАРОВА, Татьяна Анатольевна)), Russia; DOB 16 Jun 1973; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SAKHATRANS LLC (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SAKHA (YAKUTSKAYA) TRANSPORTNAYA KOMPANIYA; a.k.a. SAKHATRANS OOO), 14 ul. Molodezhnaya Rabochi Pos. Vanino, 682860 Vaninski, Raion Khabarovski Krai, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

SAKHATRANS OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SAKHA (YAKUTSKAYA) TRANSPORTNAYA KOMPANIYA; a.k.a. SAKHATRANS LLC), 14 ul. Molodezhnaya Rabochi Pos. Vanino, 682860 Vaninski, Raion Khabarovski Krai, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

SAKHTEMAN INTERNATIONAL DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SAKIR, Fadi (a.k.a. SAKR, Fady; a.k.a. SAQER, Fadi; a.k.a. SAQIR, Fadi; a.k.a. SAQR, Fadi (Arabic: فادي صقر)), Damascus, Syria; DOB

1975; POB Jeblah, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

SAKOULINE, Alexandre (a.k.a. SAKULIN, Alexander), Finland; DOB 15 Mar 1955; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number 150355 (Finland) (individual) [RUSSIA-EO14024].

SAKR, Fady (a.k.a. SAKIR, Fadi; a.k.a. SAQER, Fadi; a.k.a. SAQIR, Fadi; a.k.a. SAQR, Fadi (Arabic: فادي صقر)), Damascus, Syria; DOB 1975; POB Jeblah, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

SAKR, Hatem Elsaid Farid Ibrahim (Arabic: حاتم السعيد فريد ابراهيم صقر), Al Mizhar 1, Dubai, United Arab Emirates; DOB 14 Apr 1984; POB Kafr El Sheikh, Egypt; nationality Egypt; Gender Male; Passport A28342914 (Egypt) expires 14 Jul 2028; Identification Number 784198495048732 (United Arab Emirates) (individual) [IRAN-EO13902].

SAKR, Tarek, Syria; Turkey; DOB 14 Mar 1987; POB Syria; citizen Canada; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SAKSOUK COMPANY FOR EXCHANGE AND MONEY TRANSFER (a.k.a. AL-SAKSUK COMPANY; a.k.a. SAKSOUK COMPANY FOR MONETARY TRANSFERS ANTIOCH; a.k.a. SAKSOUK EXCHANGE; a.k.a. SAKSOUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSOUK EXCHANGE COMPANY; a.k.a. SAKSOUK FINANCIAL EXCHANGE; a.k.a. SAKSUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSUK MONEY EXCHANGE; a.k.a. SOKOK MONEY TRANSFER COMPANY; a.k.a. THE SAKSUK COMPANY FOR EXCHANGE AND FINANCIAL TRANSFERS), Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAKSOUK COMPANY FOR MONETARY TRANSFERS ANTIOCH (a.k.a. AL-SAKSUK COMPANY; a.k.a. SAKSOUK COMPANY FOR EXCHANGE AND MONEY TRANSFER; a.k.a. SAKSOUK EXCHANGE; a.k.a. SAKSOUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSOUK EXCHANGE COMPANY; a.k.a. SAKSOUK FINANCIAL EXCHANGE; a.k.a. SAKSUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSUK MONEY EXCHANGE; a.k.a. SOKOK

MONEY TRANSFER COMPANY; a.k.a. THE SAKSUK COMPANY FOR EXCHANGE AND FINANCIAL TRANSFERS), Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAKSOUK EXCHANGE (a.k.a. AL-SAKSUK COMPANY; a.k.a. SAKSOUK COMPANY FOR EXCHANGE AND MONEY TRANSFER; a.k.a. SAKSOUK COMPANY FOR MONETARY TRANSFERS ANTIOCH; a.k.a. SAKSOUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSOUK EXCHANGE COMPANY; a.k.a. SAKSOUK FINANCIAL EXCHANGE; a.k.a. SAKSUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSUK MONEY EXCHANGE; a.k.a. SOKOK MONEY TRANSFER COMPANY; a.k.a. THE SAKSUK COMPANY FOR EXCHANGE AND FINANCIAL TRANSFERS), Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAKSOUK EXCHANGE AND MONEY TRANSFER COMPANY (a.k.a. AL-SAKSUK COMPANY; a.k.a. SAKSOUK COMPANY FOR EXCHANGE AND MONEY TRANSFER; a.k.a. SAKSOUK COMPANY FOR MONETARY TRANSFERS ANTIOCH; a.k.a. SAKSOUK EXCHANGE; a.k.a. SAKSOUK EXCHANGE COMPANY; a.k.a. SAKSOUK FINANCIAL EXCHANGE; a.k.a. SAKSUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSUK MONEY EXCHANGE; a.k.a. SOKOK MONEY TRANSFER COMPANY; a.k.a. THE SAKSUK COMPANY FOR EXCHANGE AND FINANCIAL TRANSFERS), Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAKSOUK EXCHANGE COMPANY (a.k.a. AL-SAKSUK COMPANY; a.k.a. SAKSOUK COMPANY FOR EXCHANGE AND MONEY TRANSFER; a.k.a. SAKSOUK COMPANY FOR MONETARY TRANSFERS ANTIOCH; a.k.a. SAKSOUK EXCHANGE; a.k.a. SAKSOUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSOUK FINANCIAL EXCHANGE; a.k.a. SAKSUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSUK MONEY EXCHANGE; a.k.a. SOKOK MONEY TRANSFER COMPANY; a.k.a. THE

SAKSUK COMPANY FOR EXCHANGE AND FINANCIAL TRANSFERS), Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAKSOUK FINANCIAL EXCHANGE (a.k.a. AL-SAKSUK COMPANY; a.k.a. SAKSOUK COMPANY FOR EXCHANGE AND MONEY TRANSFER; a.k.a. SAKSOUK COMPANY FOR MONETARY TRANSFERS ANTIOCH; a.k.a. SAKSOUK EXCHANGE; a.k.a. SAKSOUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSOUK EXCHANGE COMPANY; a.k.a. SAKSUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSUK MONEY EXCHANGE; a.k.a. SOKOK MONEY TRANSFER COMPANY; a.k.a. THE SAKSUK COMPANY FOR EXCHANGE AND FINANCIAL TRANSFERS), Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAKSUK EXCHANGE AND MONEY TRANSFER COMPANY (a.k.a. AL-SAKSUK COMPANY; a.k.a. SAKSOUK COMPANY FOR EXCHANGE AND MONEY TRANSFER; a.k.a. SAKSOUK COMPANY FOR MONETARY TRANSFERS ANTIOCH; a.k.a. SAKSOUK EXCHANGE; a.k.a. SAKSOUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSOUK EXCHANGE COMPANY; a.k.a. SAKSOUK FINANCIAL EXCHANGE; a.k.a. SAKSUK MONEY EXCHANGE; a.k.a. SOKOK MONEY TRANSFER COMPANY; a.k.a. THE SAKSUK COMPANY FOR EXCHANGE AND FINANCIAL TRANSFERS), Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAKSUK MONEY EXCHANGE (a.k.a. AL-SAKSUK COMPANY; a.k.a. SAKSOUK COMPANY FOR EXCHANGE AND MONEY TRANSFER; a.k.a. SAKSOUK COMPANY FOR MONETARY TRANSFERS ANTIOCH; a.k.a. SAKSOUK EXCHANGE; a.k.a. SAKSOUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSOUK EXCHANGE COMPANY; a.k.a. SAKSOUK FINANCIAL EXCHANGE; a.k.a. SAKSUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SOKOK MONEY TRANSFER COMPANY; a.k.a. THE SAKSUK COMPANY FOR

EXCHANGE AND FINANCIAL TRANSFERS), Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAKULIN, Alexander (a.k.a. SAKOULINE, Alexandre), Finland; DOB 15 Mar 1955; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number 150355 (Finland) (individual) [RUSSIA-EO14024].

SAKUNDA HOLDINGS (a.k.a. SAKUNDA HOLDINGS PRIVATE LIMITED), Samora Machel Avenue No. 45 (between J. Nyerere Way and L. Takawira Street), 4th, 15th, 16th, and 17th Floors, Century Towers, Harare, Zimbabwe; Number 5 Beit Road, Milton Park, Harare, Zimbabwe; Organization Established Date 01 Jan 2005; alt. Organization Established Date 28 Nov 2005; Organization Type: Activities of holding companies; Business Registration Number 19561/2005 (Zimbabwe) [GLOMAG] (Linked To: TAGWIREI, Kudakwashe Regimond).

SAKUNDA HOLDINGS PRIVATE LIMITED (a.k.a. SAKUNDA HOLDINGS), Samora Machel Avenue No. 45 (between J. Nyerere Way and L. Takawira Street), 4th, 15th, 16th, and 17th Floors, Century Towers, Harare, Zimbabwe; Number 5 Beit Road, Milton Park, Harare, Zimbabwe; Organization Established Date 01 Jan 2005; alt. Organization Established Date 28 Nov 2005; Organization Type: Activities of holding companies; Business Registration Number 19561/2005 (Zimbabwe) [GLOMAG] (Linked To: TAGWIREI, Kudakwashe Regimond).

SALAD, Mohamed Hussein, Al Mukalla, Yemen; DOB Jan 1965; POB Bargal, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

SALAEVA, Alla Leonidovna (Cyrillic: САЛАЕВА, Алла Леонидовна), Russia; DOB 14 Sep 1979; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SALAFIST CALL PROTECTORS (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT

HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. THE HORROR SQUADRON), Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SALAFIST GROUP FOR CALL AND COMBAT (a.k.a. AL-QA'IDA IN THE ISLAMIC MAGHREB; a.k.a. AQIM; a.k.a. GSPC; a.k.a. LE GROUPE SALAFISTE POUR LA PREDICATION ET LE COMBAT; a.k.a. SALAFIST GROUP FOR PREACHING AND COMBAT; a.k.a. TANZIM AL-QA'IDA FI BILAD AL-MAGHRIB AL-ISLAMIYA); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

SALAFIST GROUP FOR PREACHING AND COMBAT (a.k.a. AL-QA'IDA IN THE ISLAMIC MAGHREB; a.k.a. AQIM; a.k.a. GSPC; a.k.a. LE GROUPE SALAFISTE POUR LA PREDICATION ET LE COMBAT; a.k.a. SALAFIST GROUP FOR CALL AND COMBAT; a.k.a. TANZIM AL-QA'IDA FI BILAD AL-MAGHRIB AL-ISLAMIYA); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

SALAH CHARITABLE ASSOCIATION (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035,

Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SALAH ISLAMIC ASSOCIATION (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SALAH MUHAMAD, Issa (a.k.a. HUSSEIN, Mazen Ali), Branderstrasse 28, Augsburg 86154, Germany; Hauzenberg 94051, Germany; DOB 01 Jan 1982; alt. DOB 01 Jan 1980; POB Baghdad, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Travel Document Number A0144378 (Germany) (individual) [SDGT].

SALAH WELFARE ORGANIZATION (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC

SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SALAH, Ali Mohammad (a.k.a. SALEH, Ali Mohamad; a.k.a. SALEH, Ali Mohamed; a.k.a. SALEH, Ali Mohammad; a.k.a. SALIH, Ali Abd-Al-Amir Muhammad; a.k.a. SALIH, Ali Muhammad; a.k.a. SALIH, Ali Muhammad Abd-Al-Amir); DOB 01 Jan 1974; POB Adchit, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 1124006380 (Colombia); Passport AJ911608 (Colombia); alt. Passport 2071362 (Lebanon); alt. Passport 1183967 (Lebanon) (individual) [SDGT].

SALAH, Maher Jawad Younes (a.k.a. SALAH, Maher Jawad Yunes; a.k.a. SALAH, Maher Jawad Yunis; a.k.a. SALAH, Mahir Jawad Yunis; a.k.a. SALAH, Mahir Jawwad Yunis; a.k.a. SALAH, Mahir Yunus; a.k.a. "AKRAM, Abu"; a.k.a. "AREF, Abu"; a.k.a. "ARIF, Abu"; a.k.a. "SALAH, Mahir"; a.k.a. "SHACKER, Abu"), Saudi Arabia; DOB 22 Oct 1957; nationality United Kingdom; alt. nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 012855897 (United Kingdom); alt. Passport D126889 (Jordan); National ID No. 9571015241 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

SALAH, Maher Jawad Yunes (a.k.a. SALAH, Maher Jawad Younes; a.k.a. SALAH, Maher Jawad Yunis; a.k.a. SALAH, Mahir Jawad Yunis; a.k.a. SALAH, Mahir Jawwad Yunis; a.k.a. SALAH, Mahir Yunus; a.k.a. "AKRAM, Abu"; a.k.a. "AREF, Abu"; a.k.a. "ARIF, Abu"; a.k.a. "SALAH, Mahir"; a.k.a. "SHACKER, Abu"), Saudi Arabia; DOB 22 Oct 1957; nationality United Kingdom; alt. nationality Jordan; Secondary sanctions risk: section 1(b)

of Executive Order 13224, as amended by Executive Order 13886; Passport 012855897 (United Kingdom); alt. Passport D126889 (Jordan); National ID No. 9571015241 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

SALAH, Maher Jawad Yunis (a.k.a. SALAH, Maher Jawad Younes; a.k.a. SALAH, Maher Jawad Yunes; a.k.a. SALAH, Mahir Jawad Yunis; a.k.a. SALAH, Mahir Jawwad Yunis; a.k.a. SALAH, Mahir Yunus; a.k.a. "AKRAM, Abu"; a.k.a. "AREF, Abu"; a.k.a. "ARIF, Abu"; a.k.a. "SALAH, Mahir"; a.k.a. "SHACKER, Abu"), Saudi Arabia; DOB 22 Oct 1957; nationality United Kingdom; alt. nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 012855897 (United Kingdom); alt. Passport D126889 (Jordan); National ID No. 9571015241 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

SALAH, Mahir Jawad Yunis (a.k.a. SALAH, Maher Jawad Younes; a.k.a. SALAH, Maher Jawad Yunes; a.k.a. SALAH, Maher Jawad Yunis; a.k.a. SALAH, Mahir Jawwad Yunis; a.k.a. SALAH, Mahir Yunus; a.k.a. "AKRAM, Abu"; a.k.a. "AREF, Abu"; a.k.a. "ARIF, Abu"; a.k.a. "SALAH, Mahir"; a.k.a. "SHACKER, Abu"), Saudi Arabia; DOB 22 Oct 1957; nationality United Kingdom; alt. nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 012855897 (United Kingdom); alt. Passport D126889 (Jordan); National ID No. 9571015241 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

SALAH, Mahir Jawwad Yunis (a.k.a. SALAH, Maher Jawad Younes; a.k.a. SALAH, Maher Jawad Yunes; a.k.a. SALAH, Maher Jawad Yunis; a.k.a. SALAH, Mahir Jawad Yunis; a.k.a. SALAH, Mahir Yunus; a.k.a. "AKRAM, Abu"; a.k.a. "AREF, Abu"; a.k.a. "ARIF, Abu"; a.k.a. "SALAH, Mahir"; a.k.a. "SHACKER, Abu"), Saudi Arabia; DOB 22 Oct 1957; nationality United Kingdom; alt. nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 012855897 (United Kingdom); alt. Passport D126889 (Jordan); National ID No. 9571015241 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

SALAH, Mahir Yunus (a.k.a. SALAH, Maher Jawad Younes; a.k.a. SALAH, Maher Jawad Yunes; a.k.a. SALAH, Maher Jawad Yunis; a.k.a. SALAH, Mahir Jawad Yunis; a.k.a. SALAH, Mahir Jawwad Yunis; a.k.a. "AKRAM,

Abu"; a.k.a. "AREF, Abu"; a.k.a. "ARIF, Abu"; a.k.a. "SALAH, Mahir"; a.k.a. "SHACKER, Abu"), Saudi Arabia; DOB 22 Oct 1957; nationality United Kingdom; alt. nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 012855897 (United Kingdom); alt. Passport D126889 (Jordan); National ID No. 9571015241 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

SALAH, Salah Abdallah Mohamed (a.k.a. SALEH, Salah Abdallah Mohamed; a.k.a. "GHOSH, Salah"; a.k.a. "GOSH, Salah"), Cairo, Egypt; DOB 1957; POB Nuri, Sudan; nationality Sudan; Gender Male (individual) [SUDAN-EO14098].

SALAHUDIN, Maulawi Rajab (a.k.a. RAJAB, Maulawi), Paghman District, Kabul Province, Afghanistan; DOB 1976; POB Afghanistan; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SALAMAH, Adib Nimr (a.k.a. SALAMEH, Adeeb Namer (Arabic: أديب نمر سلامة); a.k.a. SALAMEH, Adib), Damascus, Syria; DOB 26 Nov 1953; POB Dahr Al-Maghar, al-Salamiyeh, Hamah, Syria; nationality Syria; Gender Male; Passport 578761 (Syria) (individual) [PAARSSR-EO13894].

SALAMAH, Riad bin Tawfiq (a.k.a. SALAME, Riad Toufic (Arabic: رياض توفيق سلامة); a.k.a. SALAMEH, Riad; a.k.a. SALAMEH, Riyad Tawfeek; a.k.a. SALIMI, Riyad), Street 10, Matn District, Rabieh, Mount Lebanon, Lebanon; DOB 17 Jul 1950; POB Antelias, Lebanon; nationality Lebanon; alt. nationality France; Gender Male; Passport 160D15 (Lebanon) expires 08 Oct 2020; alt. Passport 14AF60880 (France); National ID No. 1869570 (Lebanon) (individual) [LEBANON].

SALAME, Nadi Riad (Arabic: نادي رياض سلامة) (a.k.a. SALAMEH, Nady), Street 10, Matn District, Rabieh, Mount Lebanon, Lebanon; United Kingdom; DOB 04 Dec 1986; POB Neuilly-Sur-Seine, France; nationality Lebanon; alt. nationality France; alt. nationality United Kingdom; Gender Male; Passport 282003 (Lebanon) expires 28 Dec 2006 (individual) [LEBANON].

SALAME, Raja (Arabic: رجا سلامة) (a.k.a. SALAMEH, Raja), Chalet C9601 Portemilio Resort, Kaslik, Keserwan-Jbeil, Lebanon; DOB 15 Aug 1960; POB Antelias, Lebanon; nationality Lebanon; Gender Male; Passport

RL1670084 (Lebanon) expires 22 Oct 2018 (individual) [LEBANON].

SALAME, Riad Toufic (Arabic: رياض توفيق سلامة) (a.k.a. SALAMAH, Riad bin Tawfiq; a.k.a. SALAMEH, Riad; a.k.a. SALAMEH, Riyad Tawfeek; a.k.a. SALIMI, Riyad), Street 10, Matn District, Rabieh, Mount Lebanon, Lebanon; DOB 17 Jul 1950; POB Antelias, Lebanon; nationality Lebanon; alt. nationality France; Gender Male; Passport 160D15 (Lebanon) expires 08 Oct 2020; alt. Passport 14AF60880 (France); National ID No. 1869570 (Lebanon) (individual) [LEBANON].

SALAMEH, Adeeb Namer (Arabic: أديب نمر سلامة) (a.k.a. SALAMAH, Adib Nimr; a.k.a. SALAMEH, Adib), Damascus, Syria; DOB 26 Nov 1953; POB Dahr Al-Maghar, al-Salamiyeh, Hamah, Syria; nationality Syria; Gender Male; Passport 578761 (Syria) (individual) [PAARSSR-EO13894].

SALAMEH, Adib (a.k.a. SALAMAH, Adib Nimr; a.k.a. SALAMEH, Adeeb Namer (Arabic: أديب نمر سلامة)), Damascus, Syria; DOB 26 Nov 1953; POB Dahr Al-Maghar, al-Salamiyeh, Hamah, Syria; nationality Syria; Gender Male; Passport 578761 (Syria) (individual) [PAARSSR-EO13894].

SALAMEH, Ghassan (a.k.a. ISMAEL, Ghassan Jaoudat; a.k.a. ISMAIL, Ghassan Jaoudat (Arabic: غسان جودت إسماعيل)), Aleppo, Syria; DOB 1960; POB Junaynat Ruslan, Darkoush, Drekish, Tartous, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

SALAMEH, Nady (a.k.a. SALAME, Nadi Riad (Arabic: نادي رياض سلامة)), Street 10, Matn District, Rabieh, Mount Lebanon, Lebanon; United Kingdom; DOB 04 Dec 1986; POB Neuilly-Sur-Seine, France; nationality Lebanon; alt. nationality France; alt. nationality United Kingdom; Gender Male; Passport 282003 (Lebanon) expires 28 Dec 2006 (individual) [LEBANON].

SALAMEH, Raja (a.k.a. SALAME, Raja (Arabic: رجا سلامة)), Chalet C9601 Portemilio Resort, Kaslik, Keserwan-Jbeil, Lebanon; DOB 15 Aug 1960; POB Antelias, Lebanon; nationality Lebanon; Gender Male; Passport RL1670084 (Lebanon) expires 22 Oct 2018 (individual) [LEBANON].

SALAMEH, Riad (a.k.a. SALAMAH, Riad bin Tawfiq; a.k.a. SALAME, Riad Toufic (Arabic: رياض توفيق سلامة); a.k.a. SALAMEH, Riyad Tawfeek; a.k.a. SALIMI, Riyad), Street 10, Matn District, Rabieh, Mount Lebanon, Lebanon; DOB 17 Jul 1950; POB Antelias, Lebanon;

nationality Lebanon; alt. nationality France; Gender Male; Passport 160D15 (Lebanon) expires 08 Oct 2020; alt. Passport 14AF60880 (France); National ID No. 1869570 (Lebanon) (individual) [LEBANON].

SALAMEH, Riyad Tawfeek (a.k.a. SALAMAH, Riad bin Tawfiq; a.k.a. SALAME, Riad Toufic (Arabic: رياض توفيق سلامة); a.k.a. SALAMEH, Riad; a.k.a. SALIMI, Riyad), Street 10, Matn District, Rabieh, Mount Lebanon, Lebanon; DOB 17 Jul 1950; POB Antelias, Lebanon; nationality Lebanon; alt. nationality France; Gender Male; Passport 160D15 (Lebanon) expires 08 Oct 2020; alt. Passport 14AF60880 (France); National ID No. 1869570 (Lebanon) (individual) [LEBANON].

SALAMI, Hoseyn (a.k.a. SALAMI, Hossein; a.k.a. SALAMI, Hussayn; a.k.a. SALIMI, Hosein), Tehran, Iran; DOB 1960; POB Golpayegan, Isfahan province, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D08531177 (Iran); Commander-in-Chief of the Islamic Revolutionary Guard Corps (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

SALAMI, Hossein (a.k.a. SALAMI, Hoseyn; a.k.a. SALAMI, Hussayn; a.k.a. SALIMI, Hosein), Tehran, Iran; DOB 1960; POB Golpayegan, Isfahan province, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D08531177 (Iran); Commander-in-Chief of the Islamic Revolutionary Guard Corps (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

SALAMI, Hussayn (a.k.a. SALAMI, Hoseyn; a.k.a. SALAMI, Hossein; a.k.a. SALIMI, Hosein), Tehran, Iran; DOB 1960; POB Golpayegan, Isfahan province, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D08531177 (Iran); Commander-in-Chief of the Islamic Revolutionary Guard Corps (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

SALAMI, Mohamad (a.k.a. SALAMI, Mohamad Jamil), Amir Bachir Street, Azarieh Building, Beirut, Lebanon; DOB 17 May 1982; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0109108 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SALAMI, Mohamad Jamil (a.k.a. SALAMI, Mohamad), Amir Bachir Street, Azarieh Building, Beirut, Lebanon; DOB 17 May 1982; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0109108 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SALAMOV, Nurid (Cyrillic: САЛАМОВ, Нурид) (a.k.a. SALAMOV, Nurid Denilbekovich (Cyrillic: САЛАМОВ, Нурид Денильбекович)), Geldagan, Kurchaloi District, Chechen Republic, Russia; DOB 1987; nationality Russia; Gender Male (individual) [MAGNIT].

SALAMOV, Nurid Denilbekovich (Cyrillic: САЛАМОВ, Нурид Денильбекович) (a.k.a. SALAMOV, Nurid (Cyrillic: САЛАМОВ, Нурид)), Geldagan, Kurchaloi District, Chechen Republic, Russia; DOB 1987; nationality Russia; Gender Male (individual) [MAGNIT].

SALAS AGUAYO, Jesus (a.k.a. "CHUY"; a.k.a. "CHUYIN"; a.k.a. "EL CHUYIN"), Mexico; DOB 29 May 1976; POB Chihuahua, Mexico; nationality Mexico; Gender Male; C.U.R.P. SAAJ760529HCHLGS03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

SALAS ROJO, Juan Manuel (a.k.a. ALVAREZ INZUNZA, Juan Manuel; a.k.a. INZUNZA ZAZUETA, Erik Tadeo; a.k.a. OSUNA GODOY, Rolando; a.k.a. TAMAYO IBARRA, Juan Manuel; a.k.a. "REY MIDAS"), 1538 Calle Turmalina Dos, Colonia Stase, Culiacan, Sinaloa, Mexico; DOB 08 Aug 1981; POB Culiacan, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. AAIJ810808HSLLNN01 (Mexico); RFC AAIJ810808SX4 (Mexico) (individual) [SDNTK] (Linked To: OPERADORA EFICAZ PEGASO; Linked To: NUEVA ATUNERA TRITON S.A. DE C.V.).

SALASKO OFFSHORE S.A.L., Verdun, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1801152 (Lebanon) [SDGT] (Linked To: ASSI, Saleh).

SALAVAT CHEMICAL PLANT (a.k.a. JOINT STOCK COMPANY SALAVAT CHEMICAL PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САЛАВАТСКИЙ ХИМИЧЕСКИЙ ЗАВОД); a.k.a. "AO CX3"; a.k.a. "JSC SKHZ"), 30 Mologvardeytsev Street, Salavat, Republic of Bashkortostan 453256, Russia; Website www.salavathz.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Nov 2012; Tax ID No. 266036534 (Russia) [RUSSIA-EO14024].

SALAVATI, Abdolghassem (a.k.a. SALAVATI, Abloqasem; a.k.a. SALAVATI, Abolghasem; a.k.a. SALAVATI, Abolghassem (Arabic: ابوالقاسم صلواتی); a.k.a. SALAVATI, Abolqasem; a.k.a. SALAVATI, Abulghasem; a.k.a. SALAVATI, Abu'l-Qasim; a.k.a. SALEVATI, Abughasem), Tehran, Iran; DOB Mar 1962 to Feb 1963; POB Isfahan Province; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 15 (individual) [IRAN] [IRAN-TRA].

SALAVATI, Abloqasem (a.k.a. SALAVATI, Abdolghassem; a.k.a. SALAVATI, Abolghasem; a.k.a. SALAVATI, Abolghassem (Arabic: ابوالقاسم صلواتی); a.k.a. SALAVATI, Abolqasem; a.k.a. SALAVATI, Abulghasem; a.k.a. SALAVATI, Abu'l-Qasim; a.k.a. SALEVATI, Abughasem), Tehran, Iran; DOB Mar 1962 to Feb 1963; POB Isfahan Province; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 15 (individual) [IRAN] [IRAN-TRA].

SALAVATI, Abolghasem (a.k.a. SALAVATI, Abdolghassem; a.k.a. SALAVATI, Abloqasem; a.k.a. SALAVATI, Abolghassem (Arabic: ابوالقاسم صلواتی); a.k.a. SALAVATI, Abolqasem; a.k.a. SALAVATI, Abulghasem; a.k.a. SALAVATI, Abu'l-Qasim; a.k.a. SALEVATI, Abughasem), Tehran, Iran; DOB Mar 1962 to Feb 1963; POB Isfahan Province; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 15 (individual) [IRAN] [IRAN-TRA].

SALAVATI, Abolghassem (Arabic: ابوالقاسم صلواتی) (a.k.a. SALAVATI, Abdolghassem; a.k.a. SALAVATI, Abloqasem; a.k.a. SALAVATI, Abolghasem; a.k.a. SALAVATI, Abolqasem; a.k.a. SALAVATI, Abulghasem;

a.k.a. SALAVATI, Abu'l-Qasim; a.k.a. SALEVATI, Abughasem), Tehran, Iran; DOB Mar 1962 to Feb 1963; POB Isfahan Province; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 15 (individual) [IRAN] [IRAN-TRA].

SALAVATI, Abolqasem (a.k.a. SALAVATI, Abdolghassem; a.k.a. SALAVATI, Abloqasem; a.k.a. SALAVATI, Abolghasem; a.k.a. SALAVATI, Abolghassem (Arabic: ابوالقاسم صلواتی); a.k.a. SALAVATI, Abulghasem; a.k.a. SALAVATI, Abu'l-Qasim; a.k.a. SALEVATI, Abughasem), Tehran, Iran; DOB Mar 1962 to Feb 1963; POB Isfahan Province; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 15 (individual) [IRAN] [IRAN-TRA].

SALAVATI, Abulghasem (a.k.a. SALAVATI, Abdolghassem; a.k.a. SALAVATI, Abloqasem; a.k.a. SALAVATI, Abolghasem; a.k.a. SALAVATI, Abolghassem (Arabic: ابوالقاسم صلواتی); a.k.a. SALAVATI, Abolqasem; a.k.a. SALAVATI, Abu'l-Qasim; a.k.a. SALEVATI, Abughasem), Tehran, Iran; DOB Mar 1962 to Feb 1963; POB Isfahan Province; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 15 (individual) [IRAN] [IRAN-TRA].

SALAVATI, Abu'l-Qasim (a.k.a. SALAVATI, Abdolghassem; a.k.a. SALAVATI, Abloqasem; a.k.a. SALAVATI, Abolghasem; a.k.a. SALAVATI, Abolghassem (Arabic: ابوالقاسم صلواتی); a.k.a. SALAVATI, Abolqasem; a.k.a. SALAVATI, Abulghasem; a.k.a. SALEVATI, Abughasem), Tehran, Iran; DOB Mar 1962 to Feb 1963; POB Isfahan Province; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 15 (individual) [IRAN] [IRAN-TRA].

SALAZAR BALLESTEROS, Joel Alexandro, Mexico; DOB 10 May 1992; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. SABJ920510HSRLLL19 (Mexico) (individual) [TCO] (Linked To: MALAS MANAS).

SALAZAR BELLO, Jhonny Rafael, Caracas, Venezuela; DOB 13 Nov 1970; POB Carupano, Venezuela; nationality Venezuela; Gender Male; Cedula No. V-10882214 (Venezuela); Passport 077530031 (Venezuela) expires 19 Sep 2018 (individual) [VENEZUELA].

SALAZAR DE GUZMAN, Alejandrina (a.k.a. HERNANDEZ SALAZAR, Maria A; a.k.a. SALAZAR HERNANDEZ DE GUZMAN, Maria; a.k.a. SALAZAR HERNANDEZ, Alejandra; a.k.a. SALAZAR HERNANDEZ, Alejandrina; a.k.a. SALAZAR HERNANDEZ, Alejandrina Maria; a.k.a. SALAZAR HERNANDEZ, Maria A; a.k.a. SALAZAR HERNANDEZ, Maria Alejandrina), Avenida Central 1191-35, Condominio Malaga, Colonia Parques de la Castellana, Zapopan, Jalisco, Mexico; Local 9 Zona E, Plaza Universidad, Zapopan, Jalisco, Mexico; Avenida Nayar #222, Colonia Ciudad del Sol, Zapopan, Jalisco, Mexico; Avenida Pablo Neruda #4341-E9, Colonia Villa Universitaria, Guadalajara, Jalisco, Mexico; Calle Mexico Independiente #733, Colonia Conjunto Patria, Zapopan, Jalisco, Mexico; Calle GK Chesterton #184, Zapopan, Jalisco, Mexico; Hidalgo 20 Naucalpan, Mexico City, DF, Mexico; Calle Quebec 606-B, Colonia Prados Providencia, Guadalajara, Mexico; Avenida Manuel Acuna 2929 C-6, Fraccionamiento Terranova, Guadalajara, Mexico; Calle Herrera y Cairo 2800, Local C6, Fraccionamiento Terranova, Guadalajara, Jalisco, Mexico; Calle Rinconada del Abedul #126, Colonia Rinconada Guadalupe, Zapopan, Jalisco, Mexico; Conchas Chinas Condominiums, Puerto Vallarta, Jalisco, Mexico; DOB 17 Jul 1958; POB Culiacan, Sinaloa, Mexico; Passport 140302262 (Mexico); R.F.C. SAHA580717AP6 (Mexico); C.U.R.P. SAHA580717MSLLRL07 (Mexico) (individual) [SDNTK].

SALAZAR FLORES, Freddy Arnoldo (a.k.a. SALAZAR FLORES, Fredy Arnoldo; a.k.a. "BOICA"; a.k.a. "BOYCA"), Guatemala; DOB 14 Feb 1984; POB Guatemala; nationality Guatemala; Gender Male; NIT # 34746072 (Guatemala); C.U.I. 2639667390611 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

SALAZAR FLORES, Fredy Arnoldo (a.k.a. SALAZAR FLORES, Freddy Arnoldo; a.k.a. "BOICA"; a.k.a. "BOYCA"), Guatemala; DOB 14 Feb 1984; POB Guatemala; nationality Guatemala; Gender Male; NIT # 34746072 (Guatemala); C.U.I. 2639667390611 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

SALAZAR GUTIERREZ, Manuel (a.k.a. "Manguera"; a.k.a. "Orejon"), Colombia; DOB 31 Dec 1966; nationality Colombia; citizen Colombia; Gender Male; Cedula No. 76252205 (Colombia); Passport BC336116 (Colombia) (individual) [ILLICIT-DRUGS-EO14059].

SALAZAR HERNANDEZ DE GUZMAN, Maria (a.k.a. HERNANDEZ SALAZAR, Maria A; a.k.a. SALAZAR DE GUZMAN, Alejandrina; a.k.a. SALAZAR HERNANDEZ, Alejandra; a.k.a. SALAZAR HERNANDEZ, Alejandrina; a.k.a. SALAZAR HERNANDEZ, Alejandrina Maria; a.k.a. SALAZAR HERNANDEZ, Maria A; a.k.a. SALAZAR HERNANDEZ, Maria Alejandrina), Avenida Central 1191-35, Condominio Malaga, Colonia Parques de la Castellana, Zapopan, Jalisco, Mexico; Local 9 Zona E, Plaza Universidad, Zapopan, Jalisco, Mexico; Avenida Nayar #222, Colonia Ciudad del Sol, Zapopan, Jalisco, Mexico; Avenida Pablo Neruda #4341-E9, Colonia Villa Universitaria, Guadalajara, Jalisco, Mexico; Calle Mexico Independiente #733, Colonia Conjunto Patria, Zapopan, Jalisco, Mexico; Calle GK Chesterton #184, Zapopan, Jalisco, Mexico; Hidalgo 20 Naucalpan, Mexico City, DF, Mexico; Calle Quebec 606-B, Colonia Prados Providencia, Guadalajara, Mexico; Avenida Manuel Acuna 2929 C-6, Fraccionamiento Terranova, Guadalajara, Mexico; Calle Herrera y Cairo 2800, Local C6, Fraccionamiento Terranova, Guadalajara, Jalisco, Mexico; Calle Rinconada del Abedul #126, Colonia Rinconada Guadalupe, Zapopan, Jalisco, Mexico; Conchas Chinas Condominiums, Puerto Vallarta, Jalisco, Mexico; DOB 17 Jul 1958; POB Culiacan, Sinaloa, Mexico; Passport 140302262 (Mexico); R.F.C. SAHA580717AP6 (Mexico); C.U.R.P. SAHA580717MSLLRL07 (Mexico) (individual) [SDNTK].

SALAZAR HERNANDEZ, Alejandra (a.k.a. HERNANDEZ SALAZAR, Maria A; a.k.a. SALAZAR DE GUZMAN, Alejandrina; a.k.a. SALAZAR HERNANDEZ DE GUZMAN, Maria; a.k.a. SALAZAR HERNANDEZ, Alejandrina; a.k.a. SALAZAR HERNANDEZ, Alejandrina Maria; a.k.a. SALAZAR HERNANDEZ, Maria A; a.k.a. SALAZAR HERNANDEZ, Maria Alejandrina), Avenida Central 1191-35, Condominio Malaga, Colonia Parques de la Castellana, Zapopan, Jalisco, Mexico; Local 9 Zona E, Plaza Universidad, Zapopan, Jalisco, Mexico; Avenida Nayar #222, Colonia Ciudad del Sol, Zapopan, Jalisco, Mexico; Avenida Pablo Neruda #4341-E9, Colonia Villa Universitaria, Guadalajara, Jalisco, Mexico; Calle Mexico Independiente #733, Colonia Conjunto Patria, Zapopan, Jalisco, Mexico; Calle GK Chesterton #184, Zapopan, Jalisco,

Mexico; Hidalgo 20 Naucalpan, Mexico City, DF, Mexico; Calle Quebec 606-B, Colonia Prados Providencia, Guadalajara, Mexico; Avenida Manuel Acuna 2929 C-6, Fraccionamiento Terranova, Guadalajara, Mexico; Calle Herrera y Cairo 2800, Local C6, Fraccionamiento Terranova, Guadalajara, Jalisco, Mexico; Calle Rinconada del Abedul #126, Colonia Rinconada Guadalupe, Zapopan, Jalisco, Mexico; Conchas Chinas Condominiums, Puerto Vallarta, Jalisco, Mexico; DOB 17 Jul 1958; POB Culiacan, Sinaloa, Mexico; Passport 140302262 (Mexico); R.F.C. SAHA580717AP6 (Mexico); C.U.R.P. SAHA580717MSLLRL07 (Mexico) (individual) [SDNTK].

SALAZAR HERNANDEZ, Alejandrina (a.k.a. HERNANDEZ SALAZAR, Maria A; a.k.a. SALAZAR DE GUZMAN, Alejandrina; a.k.a. SALAZAR HERNANDEZ DE GUZMAN, Maria; a.k.a. SALAZAR HERNANDEZ, Alejandra; a.k.a. SALAZAR HERNANDEZ, Alejandrina Maria; a.k.a. SALAZAR HERNANDEZ, Maria A; a.k.a. SALAZAR HERNANDEZ, Maria Alejandrina), Avenida Central 1191-35, Condominio Malaga, Colonia Parques de la Castellana, Zapopan, Jalisco, Mexico; Local 9 Zona E, Plaza Universidad, Zapopan, Jalisco, Mexico; Avenida Nayar #222, Colonia Ciudad del Sol, Zapopan, Jalisco, Mexico; Avenida Pablo Neruda #4341-E9, Colonia Villa Universitaria, Guadalajara, Jalisco, Mexico; Calle Mexico Independiente #733, Colonia Conjunto Patria, Zapopan, Jalisco, Mexico; Calle GK Chesterton #184, Zapopan, Jalisco, Mexico; Hidalgo 20 Naucalpan, Mexico City, DF, Mexico; Calle Quebec 606-B, Colonia Prados Providencia, Guadalajara, Mexico; Avenida Manuel Acuna 2929 C-6, Fraccionamiento Terranova, Guadalajara, Mexico; Calle Herrera y Cairo 2800, Local C6, Fraccionamiento Terranova, Guadalajara, Jalisco, Mexico; Calle Rinconada del Abedul #126, Colonia Rinconada Guadalupe, Zapopan, Jalisco, Mexico; Conchas Chinas Condominiums, Puerto Vallarta, Jalisco, Mexico; DOB 17 Jul 1958; POB Culiacan, Sinaloa, Mexico; Passport 140302262 (Mexico); R.F.C. SAHA580717AP6 (Mexico); C.U.R.P. SAHA580717MSLLRL07 (Mexico) (individual) [SDNTK].

SALAZAR HERNANDEZ, Alejandrina Maria (a.k.a. HERNANDEZ SALAZAR, Maria A; a.k.a. SALAZAR DE GUZMAN, Alejandrina; a.k.a. SALAZAR HERNANDEZ DE GUZMAN, Maria;

a.k.a. SALAZAR HERNANDEZ, Alejandra; a.k.a. SALAZAR HERNANDEZ, Alejandrina; a.k.a. SALAZAR HERNANDEZ, Maria A; a.k.a. SALAZAR HERNANDEZ, Maria Alejandrina), Avenida Central 1191-35, Condominio Malaga, Colonia Parques de la Castellana, Zapopan, Jalisco, Mexico; Local 9 Zona E, Plaza Universidad, Zapopan, Jalisco, Mexico; Avenida Nayar #222, Colonia Ciudad del Sol, Zapopan, Jalisco, Mexico; Avenida Pablo Neruda #4341-E9, Colonia Villa Universitaria, Guadalajara, Jalisco, Mexico; Calle Mexico Independiente #733, Colonia Conjunto Patria, Zapopan, Jalisco, Mexico; Calle GK Chesterton #184, Zapopan, Jalisco, Mexico; Hidalgo 20 Naucalpan, Mexico City, DF, Mexico; Calle Quebec 606-B, Colonia Prados Providencia, Guadalajara, Mexico; Avenida Manuel Acuna 2929 C-6, Fraccionamiento Terranova, Guadalajara, Mexico; Calle Herrera y Cairo 2800, Local C6, Fraccionamiento Terranova, Guadalajara, Jalisco, Mexico; Calle Rinconada del Abedul #126, Colonia Rinconada Guadalupe, Zapopan, Jalisco, Mexico; Conchas Chinas Condominiums, Puerto Vallarta, Jalisco, Mexico; DOB 17 Jul 1958; POB Culiacan, Sinaloa, Mexico; Passport 140302262 (Mexico); R.F.C. SAHA580717AP6 (Mexico); C.U.R.P. SAHA580717MSLLRL07 (Mexico) (individual) [SDNTK].

SALAZAR HERNANDEZ, Maria A (a.k.a. HERNANDEZ SALAZAR, Maria A; a.k.a. SALAZAR DE GUZMAN, Alejandrina; a.k.a. SALAZAR HERNANDEZ DE GUZMAN, Maria; a.k.a. SALAZAR HERNANDEZ, Alejandra; a.k.a. SALAZAR HERNANDEZ, Alejandrina; a.k.a. SALAZAR HERNANDEZ, Alejandrina Maria; a.k.a. SALAZAR HERNANDEZ, Maria Alejandrina), Avenida Central 1191-35, Condominio Malaga, Colonia Parques de la Castellana, Zapopan, Jalisco, Mexico; Local 9 Zona E, Plaza Universidad, Zapopan, Jalisco, Mexico; Avenida Nayar #222, Colonia Ciudad del Sol, Zapopan, Jalisco, Mexico; Avenida Pablo Neruda #4341-E9, Colonia Villa Universitaria, Guadalajara, Jalisco, Mexico; Calle Mexico Independiente #733, Colonia Conjunto Patria, Zapopan, Jalisco, Mexico; Calle GK Chesterton #184, Zapopan, Jalisco, Mexico; Hidalgo 20 Naucalpan, Mexico City, DF, Mexico; Calle Quebec 606-B, Colonia Prados Providencia, Guadalajara, Mexico; Avenida Manuel Acuna 2929 C-6, Fraccionamiento Terranova, Guadalajara, Mexico; Calle Herrera y Cairo 2800, Local C6,

Fraccionamiento Terranova, Guadalajara, Jalisco, Mexico; Calle Rinconada del Abedul #126, Colonia Rinconada Guadalupe, Zapopan, Jalisco, Mexico; Conchas Chinas Condominiums, Puerto Vallarta, Jalisco, Mexico; DOB 17 Jul 1958; POB Culiacan, Sinaloa, Mexico; Passport 140302262 (Mexico); R.F.C. SAHA580717AP6 (Mexico); C.U.R.P. SAHA580717MSLLRL07 (Mexico) (individual) [SDNTK].

SALAZAR HERNANDEZ, Maria Alejandrina (a.k.a. HERNANDEZ SALAZAR, Maria A; a.k.a. SALAZAR DE GUZMAN, Alejandrina; a.k.a. SALAZAR HERNANDEZ DE GUZMAN, Maria; a.k.a. SALAZAR HERNANDEZ, Alejandra; a.k.a. SALAZAR HERNANDEZ, Alejandrina; a.k.a. SALAZAR HERNANDEZ, Alejandrina Maria; a.k.a. SALAZAR HERNANDEZ, Maria A), Avenida Central 1191-35, Condominio Malaga, Colonia Parques de la Castellana, Zapopan, Jalisco, Mexico; Local 9 Zona E, Plaza Universidad, Zapopan, Jalisco, Mexico; Avenida Nayar #222, Colonia Ciudad del Sol, Zapopan, Jalisco, Mexico; Avenida Pablo Neruda #4341-E9, Colonia Villa Universitaria, Guadalajara, Jalisco, Mexico; Calle Mexico Independiente #733, Colonia Conjunto Patria, Zapopan, Jalisco, Mexico; Calle GK Chesterton #184, Zapopan, Jalisco, Mexico; Hidalgo 20 Naucalpan, Mexico City, DF, Mexico; Calle Quebec 606-B, Colonia Prados Providencia, Guadalajara, Mexico; Avenida Manuel Acuna 2929 C-6, Fraccionamiento Terranova, Guadalajara, Mexico; Calle Herrera y Cairo 2800, Local C6, Fraccionamiento Terranova, Guadalajara, Jalisco, Mexico; Calle Rinconada del Abedul #126, Colonia Rinconada Guadalupe, Zapopan, Jalisco, Mexico; Conchas Chinas Condominiums, Puerto Vallarta, Jalisco, Mexico; DOB 17 Jul 1958; POB Culiacan, Sinaloa, Mexico; Passport 140302262 (Mexico); R.F.C. SAHA580717AP6 (Mexico); C.U.R.P. SAHA580717MSLLRL07 (Mexico) (individual) [SDNTK].

SALAZAR RAMIREZ, Jesus Alfredo (a.k.a. "INDIO"; a.k.a. "MUNE"); DOB 24 Mar 1974; POB Chihuahua, Mexico; citizen Mexico (individual) [SDNTK].

SALAZAR SALDIVAR, Adrian (a.k.a. CASTILLO LOPEZ, Jose Adrian; a.k.a. MEDINA PEREZ, Juan Manual; a.k.a. "CHEO"; a.k.a. "FRIAS, Adrian"; a.k.a. "GONZALES, Adrian"), Mexico; DOB 21 Dec 1975; POB Nayarit, Mexico; nationality Mexico; Gender Male; C.U.R.P.

CALA751221HNTSPD07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

SALBI, 'Abdul Amir Muhammad Sa'id (a.k.a. AL-MAWLA, Amir Muhammad Sa'id Abdal-Rahman; a.k.a. AL-MAWLA, Muhammad Sa'id 'Abd-al-Rahman; a.k.a. AL-MULA, Amir Muhammad Sa'id 'Abd-al-Rahman Muhammad; a.k.a. "Abdullah Qardash"; a.k.a. "Abu Ibrahim al-Hashimi al-Qurashi"; a.k.a. "Abu-'Abdullah Qardash"; a.k.a. "Abu-'Umar al-Turkmani"; a.k.a. "al-Hajj Abdullah Qardash"; a.k.a. "Hajii Abdallah"; a.k.a. "Hajji Abdullah al-Afari"), Iraq; Syria; DOB 01 Oct 1976; alt. DOB 05 Oct 1976; POB Mosul, Iraq; alt. POB Tall 'Afar, Iraq; nationality Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SALDA MANAGEMENT MARITIME AND TRADE LIMITED COMPANY (Latin: SALDA MANAGEMENT DENIZCILIK VE TICARET LIMITED ŞIRKETI), Ic Kapi 54, A Blok, Milangaz Caddesi 75A, Esentepe Mah., Kartal, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Sep 2022; Registration Number 404946-5 (Turkey) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

SALDO, Vladimir Vasilievich (Cyrillic: САЛЬДО, Владимир Васильевич) (a.k.a. SALDO, Volodymyr Vasilyovich (Cyrillic: САЛЬДО, Володимир Васильович)), 36 Suvorova St., Apt. 28, Kherson, Kherson Oblast 73009, Ukraine; DOB 12 Jun 1956; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2061716030 (Ukraine) (individual) [RUSSIA-EO14024].

SALDO, Volodymyr Vasilyovich (Cyrillic: САЛЬДО, Володимир Васильович) (a.k.a. SALDO, Vladimir Vasilievich (Cyrillic: САЛЬДО, Владимир Васильевич)), 36 Suvorova St., Apt. 28, Kherson, Kherson Oblast 73009, Ukraine; DOB 12 Jun 1956; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2061716030 (Ukraine) (individual) [RUSSIA-EO14024].

SALEDIGE TRADING LIMITED, Rm D3, 11/F, Luk Hop Indl Bldg, San Po Kong, Hong Kong, China; Organization Established Date 02 Jul 2024; Business Registration Number 76752875

(Hong Kong) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

SALEH ABU HUSSEIN, Abdul Latif A.A. (a.k.a. ABU AMIR; a.k.a. SALEH, Abdul Latif A.A.; a.k.a. SALEH, Abdyl Latif; a.k.a. SALEH, Dr. Abd al-Latif; a.k.a. SALEH, Dr. Abdul Latif; a.k.a. SALIH, Abd al-Latif), United Arab Emirates; DOB 05 Mar 1957; POB Baghdad, Iraq; citizen Jordan; alt. citizen Albania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D366 871 (Jordan) (individual) [SDGT].

SALEH AL-SAADI, Nassim Ben Mohamed Al-Cherif ben Mohamed (a.k.a. "ABOU ANIS"), Via Monte Grappa 15, Arluno, Milan, Italy; DOB 30 Nov 1974; POB Haidra Al-Qasreen, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M 788331 issued 28 Sep 2001 expires 27 Sep 2006; arrested 30 Sep 2002 (individual) [SDGT].

SALEH, Abdel Moneim Ahmad (a.k.a. SALIH, Abd al-Munim Ahmad), Iraq; DOB 1943; Former Minister of Awqaf and Religious Affairs (individual) [IRAQ2].

SALEH, Abdul Latif A.A. (a.k.a. ABU AMIR; a.k.a. SALEH ABU HUSSEIN, Abdul Latif A.A.; a.k.a. SALEH, Abdyl Latif; a.k.a. SALEH, Dr. Abd al-Latif; a.k.a. SALEH, Dr. Abdul Latif; a.k.a. SALIH, Abd al-Latif), United Arab Emirates; DOB 05 Mar 1957; POB Baghdad, Iraq; citizen Jordan; alt. citizen Albania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D366 871 (Jordan) (individual) [SDGT].

SALEH, Abdyl Latif (a.k.a. ABU AMIR; a.k.a. SALEH ABU HUSSEIN, Abdul Latif A.A.; a.k.a. SALEH, Abdul Latif A.A.; a.k.a. SALEH, Dr. Abd al-Latif; a.k.a. SALEH, Dr. Abdul Latif; a.k.a. SALIH, Abd al-Latif), United Arab Emirates; DOB 05 Mar 1957; POB Baghdad, Iraq; citizen Jordan; alt. citizen Albania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D366 871 (Jordan) (individual) [SDGT].

SALEH, Ahmad Ali Abdullah (a.k.a. SALEH, Ahmed Ali; a.k.a. SALEH, Ahmed Ali Abdullah; a.k.a. SALIH AL-AHMAR, Ahmad Ali Abdallah); DOB 25 Jul 1972; alt. DOB 1970; POB Sana'a, Yemen; nationality Yemen; Gender Male;

Diplomatic Passport 00000017 (Yemen) issued 27 Oct 2008 expires 26 Oct 2014; Yemen's former Ambassador to the United Arab Emirates; Former Commander of Yemen's Republican Guard (individual) [YEMEN].

SALEH, Ahmed Ali (a.k.a. SALEH, Ahmad Ali Abdullah; a.k.a. SALEH, Ahmed Ali Abdullah; a.k.a. SALIH AL-AHMAR, Ahmad Ali Abdallah); DOB 25 Jul 1972; alt. DOB 1970; POB Sana'a, Yemen; nationality Yemen; Gender Male; Diplomatic Passport 00000017 (Yemen) issued 27 Oct 2008 expires 26 Oct 2014; Yemen's former Ambassador to the United Arab Emirates; Former Commander of Yemen's Republican Guard (individual) [YEMEN].

SALEH, Ahmed Ali Abdullah (a.k.a. SALEH, Ahmad Ali Abdullah; a.k.a. SALEH, Ahmed Ali; a.k.a. SALIH AL-AHMAR, Ahmad Ali Abdallah); DOB 25 Jul 1972; alt. DOB 1970; POB Sana'a, Yemen; nationality Yemen; Gender Male; Diplomatic Passport 00000017 (Yemen) issued 27 Oct 2008 expires 26 Oct 2014; Yemen's former Ambassador to the United Arab Emirates; Former Commander of Yemen's Republican Guard (individual) [YEMEN].

SALEH, Ali Abdullah (a.k.a. SALIH, Ali Abdallah); DOB 21 Mar 1945; alt. DOB 21 Mar 1946; alt. DOB 21 Mar 1942; alt. DOB 21 Mar 1947; POB Bayt al-Ahmar, Sana'a Governorate, Yemen; alt. POB Sana'a, Yemen; nationality Yemen; Gender Male; Passport 00016161 (Yemen) issued 19 Jun 2012 expires 18 Jun 2018; Identification Number 01010744444 (Yemen); President of Yemen's General People's Congress party; Former President of the Republic of Yemen (individual) [YEMEN].

SALEH, Ali Mohamad (a.k.a. SALAH, Ali Mohammad; a.k.a. SALEH, Ali Mohamed; a.k.a. SALEH, Ali Mohammad; a.k.a. SALIH, Ali Abd-Al-Amir Muhammad; a.k.a. SALIH, Ali Muhammad; a.k.a. SALIH, Ali Muhammad Abd-Al-Amir); DOB 01 Jan 1974; POB Adchit, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 1124006380 (Colombia); Passport AJ911608 (Colombia); alt. Passport 2071362 (Lebanon); alt. Passport 1183967 (Lebanon) (individual) [SDGT].

SALEH, Ali Mohamed (a.k.a. SALAH, Ali Mohammad; a.k.a. SALEH, Ali Mohamad; a.k.a. SALEH, Ali Mohammad; a.k.a. SALIH, Ali Abd-

Al-Amir Muhammad; a.k.a. SALIH, Ali Muhammad; a.k.a. SALIH, Ali Muhammad Abd-Al-Amir); DOB 01 Jan 1974; POB Adchit, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 1124006380 (Colombia); Passport AJ911608 (Colombia); alt. Passport 2071362 (Lebanon); alt. Passport 1183967 (Lebanon) (individual) [SDGT].

SALEH, Ali Mohammad (a.k.a. SALAH, Ali Mohammad; a.k.a. SALEH, Ali Mohamad; a.k.a. SALEH, Ali Mohamed; a.k.a. SALIH, Ali Abd-Al-Amir Muhammad; a.k.a. SALIH, Ali Muhammad; a.k.a. SALIH, Ali Muhammad Abd-Al-Amir); DOB 01 Jan 1974; POB Adchit, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 1124006380 (Colombia); Passport AJ911608 (Colombia); alt. Passport 2071362 (Lebanon); alt. Passport 1183967 (Lebanon) (individual) [SDGT].

SALEH, Aqilah (a.k.a. ESSA, Agila Saleh; a.k.a. GWAIDER, Ageela Salah Issa; a.k.a. GWAIDER, Agila Saleh Issa; a.k.a. ISSA, Aguila Saleh; a.k.a. QUYDIR, Aqilah Salih); DOB 01 Jun 1942; POB Elgubba, Libya; nationality Libya; Passport D001001 (Libya) issued 22 Jan 2015 expires 22 Jan 2017; President and Speaker of the Libyan House of Representatives (individual) [LIBYA3].

SALEH, Bachir (a.k.a. BASHIR, Bashir Saleh; a.k.a. SALEH, Bashir); DOB 1946; POB Traghen, Libya; Head of Cabinet of Leader Muammar Gaddafi; Chief of Staff; Chairman of Libya Africa Investment Portfolio (individual) [LIBYA2].

SALEH, Bashir (a.k.a. BASHIR, Bashir Saleh; a.k.a. SALEH, Bachir); DOB 1946; POB Traghen, Libya; Head of Cabinet of Leader Muammar Gaddafi; Chief of Staff; Chairman of Libya Africa Investment Portfolio (individual) [LIBYA2].

SALEH, Dr. Abd al-Latif (a.k.a. ABU AMIR; a.k.a. SALEH ABU HUSSEIN, Abdul Latif A.A.; a.k.a. SALEH, Abdul Latif A.A.; a.k.a. SALEH, Abdyl Latif; a.k.a. SALEH, Dr. Abdul Latif; a.k.a. SALIH, Abd al-Latif), United Arab Emirates; DOB 05 Mar 1957; POB Baghdad, Iraq; citizen

Jordan; alt. citizen Albania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D366 871 (Jordan) (individual) [SDGT].

SALEH, Dr. Abdul Latif (a.k.a. ABU AMIR; a.k.a. SALEH ABU HUSSEIN, Abdul Latif A.A.; a.k.a. SALEH, Abdul Latif A.A.; a.k.a. SALEH, Abdyl Latif; a.k.a. SALEH, Dr. Abd al-Latif; a.k.a. SALIH, Abd al-Latif), United Arab Emirates; DOB 05 Mar 1957; POB Baghdad, Iraq; citizen Jordan; alt. citizen Albania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D366 871 (Jordan) (individual) [SDGT].

SALEH, Kassem Mohamad (a.k.a. SALEH, Qasim), Calle 10A # 11A-02, Maicao, Colombia; Ave Pedro Melean, cruce con Calle No. 73, Local No. 22, Sector Santa Rosa, Valencia, Venezuela; DOB 10 Feb 1980; nationality Lebanon; Passport 1243712 (Lebanon); NIT # 6390003192 (Colombia); National Foreign ID Number 264619 (Colombia); alt. National Foreign ID Number 22075502 (Venezuela); Matricula Mercantil No 0081931 (individual) [SDNTK] (Linked To: IMPORTADORA SILVANIA, C.A.; Linked To: BODEGA MICHIGAN).

SALEH, Mohammed Abdel-Halim Hemaida (a.k.a. HUMAYDAH, Muhammad Abd-al-Halim); DOB 1988; alt. DOB 22 Sep 1988; alt. DOB 22 Sep 1989; POB Alexandria, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SALEH, Nedal (a.k.a. "HITEM"), Via Milano n.105, Casal di Principe, Caserta, Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 01 Mar 1970; POB Taiz, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SALEH, Qasim (a.k.a. SALEH, Kassem Mohamad), Calle 10A # 11A-02, Maicao, Colombia; Ave Pedro Melean, cruce con Calle No. 73, Local No. 22, Sector Santa Rosa, Valencia, Venezuela; DOB 10 Feb 1980; nationality Lebanon; Passport 1243712 (Lebanon); NIT # 6390003192 (Colombia); National Foreign ID Number 264619 (Colombia); alt. National Foreign ID Number 22075502 (Venezuela); Matricula Mercantil No 0081931 (individual) [SDNTK] (Linked To:

IMPORTADORA SILVANIA, C.A.; Linked To: BODEGA MICHIGAN).

SALEH, Salah Abdallah Mohamed (a.k.a. SALAH, Salah Abdallah Mohamed; a.k.a. "GHOSH, Salah"; a.k.a. "GOSH, Salah"), Cairo, Egypt; DOB 1957; POB Nuri, Sudan; nationality Sudan; Gender Male (individual) [SUDAN-EO14098].

SALEH, Salim (a.k.a. KONY, Salim; a.k.a. KONY, Salim Saleh; a.k.a. OBOL, Simon Salim; a.k.a. OGARO, Salim; a.k.a. OGARO, Salim Saleh Obol; a.k.a. SALIM, Okolu), Kafia Kingi, Central African Republic; DOB 1992; alt. DOB 1991; alt. DOB 1993 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

SALEHI, Ali (a.k.a. SHARIFI, Ali); DOB 23 Feb 1966; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M31335740 (Iran); alt. Passport U30608043 (Iran) (individual) [SDGT] [IRGC] [IFSR].

SALEHI, Ali Akbar, Iran; DOB 24 Mar 1949; POB Karbala, Iraq; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR].

SALEHI, Foad (a.k.a. BASAIR, Foad Salehi; a.k.a. BASIR, Foad Salehi); DOB 28 Apr 1986; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J37945161 (Iran); National ID No. 0077849248 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: VALADZAGHARD, Mohammadreza Khedmati).

SALEH-NEJAD, Abulfazl (a.k.a. SALEHNEJAD, Abulfazl (Arabic: ابو الفضل صالحنژاد); a.k.a. SALEHNEZHAD, Abolfazl; a.k.a. SALEHNEZHAD, Abolfazl Ali), Iran; DOB 05 Jun 1960; alt. DOB 06 Jul 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0050342681 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

SALEHNEJAD, Abulfazl (Arabic: ابو الفضل صالحنژاد) (a.k.a. SALEH-NEJAD, Abulfazl; a.k.a. SALEHNEZHAD, Abolfazl; a.k.a. SALEHNEZHAD, Abolfazl Ali), Iran; DOB 05

Jun 1960; alt. DOB 06 Jul 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0050342681 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

SALEHNEZHAD, Abolfazl (a.k.a. SALEH-NEJAD, Abulfazl; a.k.a. SALEHNEJAD, Abulfazl (Arabic: ابو الفضل صالحنژاد); a.k.a. SALEHNEZHAD, Abolfazl Ali), Iran; DOB 05 Jun 1960; alt. DOB 06 Jul 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0050342681 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

SALEHNEZHAD, Abolfazl Ali (a.k.a. SALEH-NEJAD, Abulfazl; a.k.a. SALEHNEJAD, Abulfazl (Arabic: ابو الفضل صالحنژاد); a.k.a. SALEHNEZHAD, Abolfazl), Iran; DOB 05 Jun 1960; alt. DOB 06 Jul 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0050342681 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed (a.k.a. GHADER, El Hadj Ould Abdel; a.k.a. JELIL, Youssef Ould Abdel; a.k.a. KHADER, Abdel; a.k.a. SALEM, Mohamed; a.k.a. SALIM, 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad; a.k.a. SOULEIMANE, Abou; a.k.a. "AL-MAURITANI, Sheikh Yunis"; a.k.a. "AL-MAURITANI, Younis"; a.k.a. "AL-MAURITANI, Yunis"; a.k.a. "CHINGHEITY"; a.k.a. "THE MAURITANIAN, Salih"; a.k.a. "THE MAURITANIAN, Shaykh Yunis"); DOB 1981; POB Saudi Arabia; nationality Mauritania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SALEM, al Idrisi Fehmi Abu Zaid (a.k.a. AL IDRISI, Fehmi Abu Zaid Salem; a.k.a. BEN KHALIFA, Fahmi; a.k.a. BEN KHALIFA, Fahmi Mousa Saleem; a.k.a. BIN KHALIFA, Fahmi; a.k.a. "Fahmi Slim"; a.k.a. "King of Zawarah"), Sarage El Islam, Tripoli, Libya; Zuwarah, Libya; DOB 02 Jan 1972; nationality Libya; Gender Male; National ID No. 560147C (Libya) (individual) [LIBYA3].

SALEM, Mohamed (a.k.a. GHADER, El Hadj Ould Abdel; a.k.a. JELIL, Youssef Ould Abdel; a.k.a. KHADER, Abdel; a.k.a. SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed; a.k.a. SALIM, 'Abd al-Rahman Ould

Muhammad al-Husayn Ould Muhammad; a.k.a. SOULEIMANE, Abou; a.k.a. "AL-MAURITANI, Sheikh Yunis"; a.k.a. "AL-MAURITANI, Younis"; a.k.a. "AL-MAURITANI, Yunis"; a.k.a. "CHINGHEITY"; a.k.a. "THE MAURITANIAN, Salih"; a.k.a. "THE MAURITANIAN, Shaykh Yunis"); DOB 1981; POB Saudi Arabia; nationality Mauritania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SALEM, Omed (a.k.a. OMEED, Salam; a.k.a. SAEED, Mohammed; a.k.a. SAID, Salim Ahmed; a.k.a. 'UMED, Salim; a.k.a. 'UMEED, Salim), Villa D-24 The Palm Jumeirah, Dubai, United Arab Emirates; DOB 04 Dec 1977; POB Chardgloo, Iraq; nationality United Kingdom; Gender Male; Passport 513075044 (United Kingdom) expires 08 Mar 2026; alt. Passport 556957176 (United Kingdom) expires 28 Jan 2029; National ID No. 784197736807633 (United Kingdom) (individual) [IRAN-EO13902].

SALEVATI, Abughasem (a.k.a. SALAVATI, Abdolghassem; a.k.a. SALAVATI, Abloqasem; a.k.a. SALAVATI, Abolghasem; a.k.a. SALAVATI, Abolghassem (Arabic: ابوالقاسم صلواتی); a.k.a. SALAVATI, Abolqasem; a.k.a. SALAVATI, Abulghasem; a.k.a. SALAVATI, Abu'l-Qasim), Tehran, Iran; DOB Mar 1962 to Feb 1963; POB Isfahan Province; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 15 (individual) [IRAN] [IRAN-TRA].

SALGUEIRO NEVAREZ, Noel (a.k.a. "EL FLACO"), Mexico; DOB 06 Jun 1969; POB Chihuahua, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

SALI JR., Jainal Antel (a.k.a. "ABU SOLAIMAN"; a.k.a. "ABU SOLAYMAN"; a.k.a. "APONG SOLAIMAN"; a.k.a. "APUNG"); DOB 01 Jun 1965; POB Barangay Lanote, Bliss, Isabele, Basilan, the Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SALIH AL HASANI, Mohammed Hussein (a.k.a. AL-HUSAYNI, Mohammed Hossein); DOB 01 Jul 1954; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A9298980 (Iraq) (individual) [SDGT] [IFSR] (Linked To: SOUTH WEALTH RESOURCES COMPANY).

SALIH AL-AHMAR, Ahmad Ali Abdallah (a.k.a. SALEH, Ahmad Ali Abdullah; a.k.a. SALEH, Ahmed Ali; a.k.a. SALEH, Ahmed Ali Abdullah); DOB 25 Jul 1972; alt. DOB 1970; POB Sana'a, Yemen; nationality Yemen; Gender Male; Diplomatic Passport 00000017 (Yemen) issued 27 Oct 2008 expires 26 Oct 2014; Yemen's former Ambassador to the United Arab Emirates; Former Commander of Yemen's Republican Guard (individual) [YEMEN].

SALIH, Abd al-Latif (a.k.a. ABU AMIR; a.k.a. SALEH ABU HUSSEIN, Abdul Latif A.A.; a.k.a. SALEH, Abdul Latif A.A.; a.k.a. SALEH, Abdyl Latif; a.k.a. SALEH, Dr. Abd al-Latif; a.k.a. SALEH, Dr. Abdul Latif), United Arab Emirates; DOB 05 Mar 1957; POB Baghdad, Iraq; citizen Jordan; alt. citizen Albania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D366 871 (Jordan) (individual) [SDGT].

SALIH, Abd al-Munim Ahmad (a.k.a. SALEH, Abdel Moneim Ahmad), Iraq; DOB 1943; Former Minister of Awqaf and Religious Affairs (individual) [IRAQ2].

SALIH, Ali Abd-Al-Amir Muhammad (a.k.a. SALAH, Ali Mohammad; a.k.a. SALEH, Ali Mohamad; a.k.a. SALEH, Ali Mohamed; a.k.a. SALEH, Ali Mohammad; a.k.a. SALIH, Ali Muhammad; a.k.a. SALIH, Ali Muhammad Abd-Al-Amir); DOB 01 Jan 1974; POB Adchit, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 1124006380 (Colombia); Passport AJ911608 (Colombia); alt. Passport 2071362 (Lebanon); alt. Passport 1183967 (Lebanon) (individual) [SDGT].

SALIH, Ali Abdallah (a.k.a. SALEH, Ali Abdullah); DOB 21 Mar 1945; alt. DOB 21 Mar 1946; alt. DOB 21 Mar 1942; alt. DOB 21 Mar 1947; POB Bayt al-Ahmar, Sana'a Governorate, Yemen; alt. POB Sana'a, Yemen; nationality Yemen; Gender Male; Passport 00016161 (Yemen) issued 19 Jun 2012 expires 18 Jun 2018; Identification Number 01010744444 (Yemen); President of Yemen's General People's Congress party; Former President of the Republic of Yemen (individual) [YEMEN].

SALIH, Ali Muhammad (a.k.a. SALAH, Ali Mohammad; a.k.a. SALEH, Ali Mohamad; a.k.a. SALEH, Ali Mohamed; a.k.a. SALEH, Ali

Mohammad; a.k.a. SALIH, Ali Abd-Al-Amir Muhammad; a.k.a. SALIH, Ali Muhammad Abd-Al-Amir); DOB 01 Jan 1974; POB Adchit, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 1124006380 (Colombia); Passport AJ911608 (Colombia); alt. Passport 2071362 (Lebanon); alt. Passport 1183967 (Lebanon) (individual) [SDGT].

SALIH, Ali Muhammad Abd-Al-Amir (a.k.a. SALAH, Ali Mohammad; a.k.a. SALEH, Ali Mohamad; a.k.a. SALEH, Ali Mohamed; a.k.a. SALEH, Ali Mohammad; a.k.a. SALIH, Ali Abd-Al-Amir Muhammad; a.k.a. SALIH, Ali Muhammad); DOB 01 Jan 1974; POB Adchit, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 1124006380 (Colombia); Passport AJ911608 (Colombia); alt. Passport 2071362 (Lebanon); alt. Passport 1183967 (Lebanon) (individual) [SDGT].

SALIH, Qasim Nasir Muhammad (a.k.a. AL-JAMAL, 'Abdallah; a.k.a. AL-JAMAL, 'Abdallah Najib Ahmad), Yemen; DOB 02 Feb 1997; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 06134611 (Yemen) expires 26 Feb 2026 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

SALIM, 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad (a.k.a. GHADER, El Hadj Ould Abdel; a.k.a. JELIL, Youssef Ould Abdel; a.k.a. KHADER, Abdel; a.k.a. SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed; a.k.a. SALEM, Mohamed; a.k.a. SOULEIMANE, Abou; a.k.a. "AL-MAURITANI, Sheikh Yunis"; a.k.a. "AL-MAURITANI, Younis"; a.k.a. "AL-MAURITANI, Yunis"; a.k.a. "CHINGHEITY"; a.k.a. "THE MAURITANIAN, Salih"; a.k.a. "THE MAURITANIAN, Shaykh Yunis"); DOB 1981; POB Saudi Arabia; nationality Mauritania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SALIM, Ahmad Fuad (a.k.a. AL ZAWAHIRI, Dr. Ayman; a.k.a. AL-ZAWAHIRI, Aiman Muhammad Rabi; a.k.a. AL-ZAWAHIRI, Ayman); DOB 19 Jun 1951; POB Giza, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1084010 (Egypt); alt. Passport 19820215; Operational and Military Leader of JIHAD GROUP (individual) [SDGT].

SALIM, Hassan Rostom (a.k.a. ATWA, Ali; a.k.a. BOUSLIM, Ammar Mansour), Lebanon; DOB 1960; POB Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SALIM, Majdi (a.k.a. SALIM, Majdi Muhammad Muhammad), Turkey; DOB 11 May 1956; alt. DOB 1958; POB Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL QA'IDA).

SALIM, Majdi Muhammad Muhammad (a.k.a. SALIM, Majdi), Turkey; DOB 11 May 1956; alt. DOB 1958; POB Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL QA'IDA).

SALIM, Mu'min al-Mawgy Mahmud (a.k.a. AL-MUJAHEDEEN, Taqni; a.k.a. AL-MUJAHIDIN, Taqni; a.k.a. SALIM, Mu'min al-Mawji Mahmud (Arabic: مؤمن الموجى محمود سليم); a.k.a. SALIM, Mu'min al-Mogy Mahmud), Egypt; DOB 16 Oct 1991; POB Egypt; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SALIM, Mu'min al-Mawji Mahmud (Arabic: مؤمن الموجى محمود سليم) (a.k.a. AL-MUJAHEDEEN, Taqni; a.k.a. AL-MUJAHIDIN, Taqni; a.k.a. SALIM, Mu'min al-Mawgy Mahmud; a.k.a. SALIM, Mu'min al-Mogy Mahmud), Egypt; DOB 16 Oct 1991; POB Egypt; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SALIM, Mu'min al-Mogy Mahmud (a.k.a. AL-MUJAHEDEEN, Taqni; a.k.a. AL-MUJAHIDIN, Taqni; a.k.a. SALIM, Mu'min al-Mawgy Mahmud; a.k.a. SALIM, Mu'min al-Mawji Mahmud (Arabic: مؤمن الموجى محمود سليم)), Egypt; DOB 16 Oct 1991; POB Egypt; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SALIM, Okolu (a.k.a. KONY, Salim; a.k.a. KONY, Salim Saleh; a.k.a. OBOL, Simon Salim; a.k.a. OGARO, Salim; a.k.a. OGARO, Salim Saleh Obol; a.k.a. SALEH, Salim), Kafia Kingi; Central African Republic; DOB 1992; alt. DOB 1991; alt. DOB 1993 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

SALIM, Suhayl (a.k.a. ABD EL-RAHMAN, Suhayl Salim; a.k.a. ABDURAHAMAN, Suhayl; a.k.a. AL-SUDANI, Abu Faris; a.k.a. FARIS, Abu; a.k.a. MUHAMMAD, Sahib; a.k.a. MUHAMMAD, Suhayl Salim; a.k.a. UL-ABIDEEN, Zain; a.k.a. ZAYN, Haytham; a.k.a. "SABA"; a.k.a. "SANA"; a.k.a. "SUNDUS"); DOB 17 Jun 1984; alt. DOB 1990; POB Rabak, Sudan; Passport C0004350; Personal ID Card A00710804 (individual) [SOMALIA].

SALIMANI, Qasem (a.k.a. SOLAIMANI, Qasem; a.k.a. SOLEIMANI, Qasem; a.k.a. SOLEMANI, Qasem; a.k.a. SOLEYMANI, Ghasem; a.k.a. SOLEYMANI, Qasem; a.k.a. SULAIMANI, Qasem; a.k.a. SULAYMAN, Qasim; a.k.a. SULEMANI, Qasem); DOB 11 Mar 1957; POB Qom, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Diplomatic Passport 008827 (Iran) issued 1999 (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

SALIMI, Amir (a.k.a. SALIMI, Amir Hosein; a.k.a. SALIMI, Amirhossein), Tehran, Iran; DOB 17 May 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0055512550 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PERFECT DAY CO SA).

SALIMI, Amir Hosein (a.k.a. SALIMI, Amir; a.k.a. SALIMI, Amirhossein), Tehran, Iran; DOB 17 May 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID

No. 0055512550 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PERFECT DAY CO SA).

SALIMI, Amirhossein (a.k.a. SALIMI, Amir; a.k.a. SALIMI, Amir Hosein), Tehran, Iran; DOB 17 May 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0055512550 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PERFECT DAY CO SA).

SALIMI, Hosein (a.k.a. SALAMI, Hoseyn; a.k.a. SALAMI, Hossein; a.k.a. SALAMI, Hussayn), Tehran, Iran; DOB 1960; POB Golpayegan, Isfahan province, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D08531177 (Iran); Commander-in-Chief of the Islamic Revolutionary Guard Corps (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

SALIMI, Riyad (a.k.a. SALAMAH, Riad bin Tawfiq; a.k.a. SALAME, Riad Toufic (Arabic: رياض توفيق سلامة); a.k.a. SALAMEH, Riad; a.k.a. SALAMEH, Riyad Tawfeek), Street 10, Matn District, Rabieh, Mount Lebanon, Lebanon; DOB 17 Jul 1950; POB Antelias, Lebanon; nationality Lebanon; alt. nationality France; Gender Male; Passport 160D15 (Lebanon) expires 08 Oct 2020; alt. Passport 14AF60880 (France); National ID No. 1869570 (Lebanon) (individual) [LEBANON].

SALINA AGUILAR, Jorge (a.k.a. CARDENAS CASTILLO, Osiel; a.k.a. CARDENAS GILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Ociel; a.k.a. CARDENAS GUILLEN, Oscar; a.k.a. CARDENAS GUILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Oziel; a.k.a. CARDENAS GULLEN, Osiel; a.k.a. CARDENAS TUILLEN, Osiel; a.k.a. SALINAS AGUILAR, Jorge); DOB 18 May 1967; POB Mexico (individual) [SDNTK].

SALINA SHIP MANAGEMENT PRIVATE LIMITED (a.k.a. SALINA SHIP MANAGEMENT PVT LTD), Office 603, Shagun Reality Insignia 195, Sector 19, Ulwe, Navi Mumbai, Maharashtra 410206, India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 17 Mar 2023; Identification Number IMO 6422208; Business Registration Number UMH2023PTC399204 (India) [SDGT] (Linked To: AL-QATIRJI COMPANY).

SALINA SHIP MANAGEMENT PVT LTD (a.k.a. SALINA SHIP MANAGEMENT PRIVATE LIMITED), Office 603, Shagun Reality Insignia 195, Sector 19, Ulwe, Navi Mumbai, Maharashtra 410206, India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 17 Mar 2023; Identification Number IMO 6422208; Business Registration Number UMH2023PTC399204 (India) [SDGT] (Linked To: AL-QATIRJI COMPANY).

SALINAS AGUILAR, Jorge (a.k.a. CARDENAS CASTILLO, Osiel; a.k.a. CARDENAS GILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Ociel; a.k.a. CARDENAS GUILLEN, Oscar; a.k.a. CARDENAS GUILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Oziel; a.k.a. CARDENAS GULLEN, Osiel; a.k.a. CARDENAS TUILLEN, Osiel; a.k.a. SALINA AGUILAR, Jorge); DOB 18 May 1967; POB Mexico (individual) [SDNTK].

SALING DEVELOPMENT LP, Suite 1, 4 Queen Street, Edinburgh, Scotland EH2 1JE, United Kingdom; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 May 2016; UK Company Number SL026857 (United Kingdom) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

SALITA TRADE LIMITED (Chinese Traditional: 薩利塔貿易有限公司) (f.k.a. SAIQI TRADE LIMITED), Room 09/27F Ho King Commercial Centre 2-16 Fa Yuen Street Mongkok Kl, Hong Kong, China; Organization Established Date 02 Aug 2018; C.R. No. 2729339 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

SALIWA, Rudi (a.k.a. SLAIWAH, Rudi; a.k.a. SLAY WAH, Rudi Untaywan; a.k.a. SLEWA, Roodi); nationality Iraq (individual) [IRAQ2].

SALLEH ADOUM KETTE, Mahamat (a.k.a. "SALEH, Mahamat"; a.k.a. "SALLE, Mahamat"; a.k.a. "SALLEH, Mahamat"; a.k.a. "SALLEH, Mama"; a.k.a. "SALLET, Mahamar"), Central African Republic; DOB 1988; POB Bria, Haute-Kotto Prefecture, Central African Republic; nationality Central African Republic; Gender Male (individual) [CAR].

SALLIZAR SHIPPING SAL (Arabic: ساليزار شيبينغ ش.م.ل.), 1st Floor, Shuwairi Bldg., Boulevard Saib Salam, al-Masraa, Beirut Corniche, Lebanon; Organization Established Date 12 Apr 2018; Registration Number 1024992 (Lebanon) [PAARSSR-EO13894].

SALM, Walid Fathi (a.k.a. ALBAIDHANI, Waled Fatehi Salem; a.k.a. BAIDHANI, Waleed Fathi Salam), Dubai, United Arab Emirates; DOB 27 Aug 1980; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ANSARALLAH).

SALMAN, Ameer (a.k.a. ALI, Maalim Salman; a.k.a. ALI, Maalim Selman; a.k.a. SALMAN, Maalim; a.k.a. SALMAN, Mu'alim; a.k.a. SELMAN, Ma'alim; a.k.a. SULAYMAN, Ma'alin; a.k.a. SULEIMAN, Ma'alim; a.k.a. SULEIMAN, Mualem); DOB 1978 to 1980; POB Nairobi, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SALMAN, Isa Saleh Isa Mohamed (a.k.a. SALMAN, Isa Salih Isa Muhammad), Iran; DOB 30 May 1981; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2108802 (Bahrain) expires 16 May 2022 (individual) [SDGT] (Linked To: AL-ASHTAR BRIGADES).

SALMAN, Isa Salih Isa Muhammad (a.k.a. SALMAN, Isa Saleh Isa Mohamed), Iran; DOB 30 May 1981; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2108802 (Bahrain) expires 16 May 2022 (individual) [SDGT] (Linked To: AL-ASHTAR BRIGADES).

SALMAN, Maalim (a.k.a. ALI, Maalim Salman; a.k.a. ALI, Maalim Selman; a.k.a. SALMAN, Ameer; a.k.a. SALMAN, Mu'alim; a.k.a. SELMAN, Ma'alim; a.k.a. SULAYMAN, Ma'alin; a.k.a. SULEIMAN, Ma'alim; a.k.a. SULEIMAN, Mualem); DOB 1978 to 1980; POB Nairobi, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SALMAN, Mu'alim (a.k.a. ALI, Maalim Salman; a.k.a. ALI, Maalim Selman; a.k.a. SALMAN, Ameer; a.k.a. SALMAN, Maalim; a.k.a. SELMAN, Ma'alim; a.k.a. SULAYMAN, Ma'alin; a.k.a. SULEIMAN, Ma'alim; a.k.a. SULEIMAN, Mualem); DOB 1978 to 1980; POB Nairobi, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SALMAN, Muhammad Da'ud (a.k.a. AL-TIKRITI, Ibrahim Sabawi Ibrahim Al-Hassan; a.k.a. AL-

TIKRITI, Ibrahim Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ibrahim Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ibrahim Sabawi Ibrahim Hassan), Iraq; Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Syria; Fuad Dawod Farm, Az Zabadani, Damascus, Syria; DOB 25 Oct 1983; alt. DOB 1977; POB Baghdad, Iraq; nationality Iraq; Passport 284173 (Iraq) expires 21 Aug 2005 (individual) [IRAQ2].

SALMAN, Qais Muhammad (a.k.a. AL-TIKRITI, Aiman Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ayman Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ayman Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ayman Sabawi Ibrahim Hassan), Bludan, Syria; Mutanabi Area, Al Monsur, Baghdad, Iraq; DOB 21 Oct 1971; POB Baghdad, Iraq; alt. POB Al-Owja, Iraq; nationality Iraq (individual) [IRAQ2].

SALMAN, Salman Raof (a.k.a. AL-REDA, Salman; a.k.a. AL-RIDA, Samwil Salman; a.k.a. EL-REDA, Samuel Salman; a.k.a. REMAL, Salman; a.k.a. SALMAN, Salman Raouf; a.k.a. SALMAN, Salman Rauf; a.k.a. "MARQUEZ, Andree"), Lebanon; DOB 05 Jun 1963; alt. DOB 1965; nationality Colombia; alt. nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AD 059541 (Colombia); alt. Passport AC 128856 (Colombia); National ID No. 84.049.097 (Colombia) (individual) [SDGT] (Linked To: HIZBALLAH).

SALMAN, Salman Raouf (a.k.a. AL-REDA, Salman; a.k.a. AL-RIDA, Samwil Salman; a.k.a. EL-REDA, Samuel Salman; a.k.a. REMAL, Salman; a.k.a. SALMAN, Salman Raof; a.k.a. SALMAN, Salman Rauf; a.k.a. "MARQUEZ, Andree"), Lebanon; DOB 05 Jun 1963; alt. DOB 1965; nationality Colombia; alt. nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AD 059541 (Colombia); alt. Passport AC 128856 (Colombia); National ID No. 84.049.097 (Colombia) (individual) [SDGT] (Linked To: HIZBALLAH).

SALMAN, Salman Rauf (a.k.a. AL-REDA, Salman; a.k.a. AL-RIDA, Samwil Salman; a.k.a.

EL-REDA, Samuel Salman; a.k.a. REMAL, Salman; a.k.a. SALMAN, Salman Raof; a.k.a. SALMAN, Salman Raouf; a.k.a. "MARQUEZ, Andree"), Lebanon; DOB 05 Jun 1963; alt. DOB 1965; nationality Colombia; alt. nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AD 059541 (Colombia); alt. Passport AC 128856 (Colombia); National ID No. 84.049.097 (Colombia) (individual) [SDGT] (Linked To: HIZBALLAH).

SALMANI, Komeil Baradaran (Arabic: کمیل برادران سلمانی), No. 29, Tohid Sq., Shahid Mahalati Complex, Mini City, Tehran, Iran; DOB 16 Nov 1985; POB Tehran, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0077605063 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

SALONGO, Ali Mohammed (a.k.a. BASHIR, Ali Lalobo; a.k.a. KAPERE, Otim; a.k.a. KONY, Ali; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLA, Ali Mohammed; a.k.a. LABOLO, Ali Mohammad; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Bashir; a.k.a. LALOBO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Bashir"; a.k.a. "Caesar"; a.k.a. "MOHAMMED, Ali"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

SALPAGAROV, Akhmat Anzorovich (Cyrillic: САЛПАГАРОВ, Ахмат Анзорович), Russia; DOB 31 Dec 1962; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SALTCLIFF TRADING LIMITED, 15 Dimokritou, Panaretos Eliana Complex, Apt. 104, Potamos Germasogeias, Limassol 4041, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Jul 2014; Registration Number HE 334164 (Cyprus) [RUSSIA-EO14024] (Linked To: WHITELEAVE HOLDINGS LIMITED).

SALVADORI, Fulvio, Italy; DOB 05 Feb 1966; POB Siena, Italy; nationality Italy; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. SLVFLV66B05C847J (Italy) (individual) [RUSSIA-EO14024].

SALVATION COMMITTEE FOR PEACE AND ORDER (Cyrillic: КОМИТЕТ СПАСЕНИЯ ЗА МИР И ПОРЯДОК) (a.k.a. RESCUE COMMITTEE FOR PEACE AND ORDER (Cyrillic: КОМIТЕТ ПОРЯТУНКУ ЗА МИР I ПОРЯДОК)), Kherson Region, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Unrecognized Government Entity [RUSSIA-EO14024].

SALVATION COMMITTEE OF UKRAINE (a.k.a. COMMITTEE FOR THE RESCUE OF UKRAINE; a.k.a. SAVIOR OF UKRAINE COMMITTEE; a.k.a. UKRAINE SALVATION COMMITTEE), Russia; Website http://comitet.su/about/; Email Address comitet@comitet.su; alt. Email Address komitet_2015@yahoo.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660] (Linked To: AZAROV, Mykola Yanovych).

SALVIN, Almaida Marani, Zamboanga City, Philippines; DOB 21 Jun 1989; POB Philippines; nationality Philippines; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-PHILIPPINES).

SALWWAN, Samir (a.k.a. IZZ-AL-DIN, Hasan; a.k.a. "GARBAYA, AHMED"; a.k.a. "SA-ID"), Lebanon; DOB 1963; POB Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SALYGA, Vyacheslav, Ukraine; DOB 22 Jun 1971; POB Reny, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport FL390461 (Ukraine) expires 31 Jan 2028; National ID No. 2610507115 (Ukraine) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

SALYUT AO (a.k.a. JOINT STOCK COMPANY SALUTE; a.k.a. SALYUT JSC), Sh.

Moskovskoe P. Mekhzavod D. 20, Samara 443028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Dec 1941; Tax ID No. 6313034986 (Russia); Registration Number 1026300840983 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

SALYUT JSC (a.k.a. JOINT STOCK COMPANY SALUTE; a.k.a. SALYUT AO), Sh. Moskovskoe P. Mekhzavod D. 20, Samara 443028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Dec 1941; Tax ID No. 6313034986 (Russia); Registration Number 1026300840983 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

SAM OIL COMPANY FOR TRADE AND OIL SERVICES LTD (Arabic: سام أويل للتجارة والخدمات النفطية المحدودة), Al Jizan Street, Hudaydah, Al Hudaydah Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; License 125 (Yemen) issued 2015; alt. License 140 (Yemen) issued 2017 [SDGT] (Linked To: ANSARALLAH).

SAMA AIRLINE (Arabic: طيران سما), Sana'a, Yemen; Website https://www.samaairline.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2023; Organization Type: Passenger air transport [SDGT] (Linked To: ANSARALLAH).

SAMA INTERNATIONAL MEDIA (Arabic: سماء للإعلام الدولي), Sanaa, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other business support service activities n.e.c.; Business Registration Number 239978 (Yemen) [SDGT] (Linked To: AL AHMAR, Hamid Abdullah Hussein).

SAMAD, Abdi (a.k.a. "GALJE'EL, Abdisamad"; a.k.a. "HAWIYE, Abdisamad"), Kurtunwaarey, Lower Shabelle, Somalia; DOB 1988; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

SAMAD, Abdul (a.k.a. AL-REHMAN, Matti; a.k.a. RAHMAN, Matiur; a.k.a. REHMAN, Mati ur; a.k.a. REHMAN, Matiur; a.k.a. REHMAN, Mati-

ur; a.k.a. SIAL, Abdul Samad; a.k.a. SIAL, Samad; a.k.a. UR-REHMAN, Mati); DOB 1977; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SAMAD, Abdul (a.k.a. ACHEKZAI, Abdul Samad), Balochistan Province, Pakistan; DOB 1970; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SAMAHA, MICHEL (a.k.a. SAMAHAH, Mishal Fuad; a.k.a. SAMAHAH, Saadah Al-Naib Mishal Fuad); DOB 09 Sep 1948; POB Jouar, Lebanon; nationality Lebanon; alt. nationality Canada; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 7012003 (Lebanon); alt. Passport PE385243 (Canada) (individual) [SDGT] [LEBANON].

SAMAHAH, Mishal Fuad (a.k.a. SAMAHA, MICHEL; a.k.a. SAMAHAH, Saadah Al-Naib Mishal Fuad); DOB 09 Sep 1948; POB Jouar, Lebanon; nationality Lebanon; alt. nationality Canada; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 7012003 (Lebanon); alt. Passport PE385243 (Canada) (individual) [SDGT] [LEBANON].

SAMAHAH, Saadah Al-Naib Mishal Fuad (a.k.a. SAMAHA, MICHEL; a.k.a. SAMAHAH, Mishal Fuad); DOB 09 Sep 1948; POB Jouar, Lebanon; nationality Lebanon; alt. nationality Canada; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 7012003 (Lebanon); alt. Passport PE385243 (Canada) (individual) [SDGT] [LEBANON].

SAMAN BANK (a.k.a. BANK-E SAMAN), Vali Asr. St. No. 3, Before Vey Park intersection, corner of Tarakesh Dooz St., Tehran, Iran; 2, Tarkeshdooz Alley, before Parkway Cross, Valiasr St., Tehran, Iran; SWIFT/BIC SABCIRTH; Website sb24.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

SAMAN CHEMICAL COMPANY (a.k.a. MIDDLE EAST SAMAN CHEMICAL COMPANY (Arabic: شرکت سامان شیمی خاور میانه); a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADE COMPANY; a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADING; a.k.a. MIDDLE EAST SAMAN SHIMI TRADING COMPANY; a.k.a. SAMAN MIDDLE EASTERN CHEMICAL COMPANY; a.k.a.

SAMAN SHIMI KHAVARMIANEH LTD.; a.k.a. SAMAN SHIMI MIDDLE EAST; a.k.a. "MSC"), Aghadasieh-Shahid Movahed Danesh st.-Nilufar St.-Placard, 2-4th Floor, Unit 401, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10340455609 (Iran) [SDGT] [IFSR] (Linked To: MUSAVIFAR, Sayyed Reza).

SAMAN INDUSTRIAL GROUP, West Bound of Azadi Stadium Boulevard, Next to 1 Aftab Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Type: Defense activities [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

SAMAN MIDDLE EASTERN CHEMICAL COMPANY (a.k.a. MIDDLE EAST SAMAN CHEMICAL COMPANY (Arabic: شرکت سامان شیمی خاور میانه); a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADE COMPANY; a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADING; a.k.a. MIDDLE EAST SAMAN SHIMI TRADING COMPANY; a.k.a. SAMAN CHEMICAL COMPANY; a.k.a. SAMAN SHIMI KHAVARMIANEH LTD.; a.k.a. SAMAN SHIMI MIDDLE EAST; a.k.a. "MSC"), Aghadasieh-Shahid Movahed Danesh st.-Nilufar St.-Placard, 2-4th Floor, Unit 401, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10340455609 (Iran) [SDGT] [IFSR] (Linked To: MUSAVIFAR, Sayyed Reza).

SAMAN SHIMI KHAVARMIANEH LTD. (a.k.a. MIDDLE EAST SAMAN CHEMICAL COMPANY (Arabic: شرکت سامان شیمی خاور میانه); a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADE COMPANY; a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADING; a.k.a. MIDDLE EAST SAMAN SHIMI TRADING COMPANY; a.k.a. SAMAN CHEMICAL COMPANY; a.k.a. SAMAN MIDDLE EASTERN CHEMICAL COMPANY; a.k.a. SAMAN SHIMI MIDDLE EAST; a.k.a. "MSC"), Aghadasieh-Shahid Movahed Danesh st.-Nilufar St.-Placard, 2-4th Floor, Unit 401, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

National ID No. 10340455609 (Iran) [SDGT] [IFSR] (Linked To: MUSAVIFAR, Sayyed Reza).

SAMAN SHIMI MIDDLE EAST (a.k.a. MIDDLE EAST SAMAN CHEMICAL COMPANY (Arabic: شرکت سامان شیمی خاور میانه); a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADE COMPANY; a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADING; a.k.a. MIDDLE EAST SAMAN SHIMI TRADING COMPANY; a.k.a. SAMAN CHEMICAL COMPANY; a.k.a. SAMAN MIDDLE EASTERN CHEMICAL COMPANY; a.k.a. SAMAN SHIMI KHAVARMIANEH LTD.; a.k.a. "MSC"), Aghadasieh-Shahid Movahed Danesh st.-Nilufar St.-Placard, 2-4th Floor, Unit 401, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10340455609 (Iran) [SDGT] [IFSR] (Linked To: MUSAVIFAR, Sayyed Reza).

SAMAN SHIPPING COMPANY LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SAMAN TEJARAT BARMAN TRADING COMPANY, Number 226, South Unit, Floor 1, Abdul Razzaq Street, Mikhak Alley, Naqsh-e Jahan, Central District, Isfahan County, Isfahan City, Isfahan Province 8147846492, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 08 Apr 2018; National ID No. 14007515283 (Iran); Registration Number 60254 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SAMANE GOSTAR SAHAB PARDAZ PRIVATE LIMITED COMPANY (Arabic: شرکت سامانه گستر سحاب پرداز شرکت سهامی خاص) (a.k.a. SAHAB PARDAZ CO.), No. 22, Khorramshahr Street, Tehran, Iran; No. 28, Arab Ali St., Korramshahr St., Tehran, Iran; North Shohvardi Street, Korramshahr Street, Number 24, Floor 1, Tehran, Iran; Website https://www.sahab.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Country Iran; National ID No. 14004241708 (Iran); Registration Number 457647 (Iran) [IRAN-TRA].

SAMANEHAYE YEKPARCHEH TAMOLAT ELECTRONIC DANA (a.k.a. DANA INTEGRATED SYSTEM FOR ELECTRONIC INTERACTIONS CO.), Iran; Additional

Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SAMARA HEAT AND ENERGY PROPERTY FUND (a.k.a. JOINT STOCK COMPANY SAMARA THERMAL POWER FOUNDATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САМАРСКИЙ ТЕПЛОЭНЕРГЕТИЧЕСКИЙ ИМУЩЕСТВЕННЫЙ ФОНД); a.k.a. SAMARA HEAT AND POWER PROPERTY FUND; a.k.a. SAMARA THERMAL POWER FDN JSC; a.k.a. SAMARSKIY TEPLOENERGETICHESKIY IMUSHCHESTVENNIY FOND; a.k.a. "STIF JSC" (Cyrillic: "АО СТИФ"); a.k.a. "STIF, AO"), Corp 6 A, Unit 2H, 1st Floor, Unit 95, prospekt Bolshoy Sampsoniyevskiy 60, St Petersburg 194044, Russia; Stepana Razina Street, 89, 2, 2, Samara, Samara Region 443099, Russia; d. 60 korp. 6 litera A pom. 2N, 1 etazh chast pom. 95, prospekt Bolshoi Sampsonievski, St. Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6317063064 (Russia); Identification Number IMO 6188586; Business Registration Number 1066317027787 (Russia) [RUSSIA-EO14024] [PEESA-EO14039].

SAMARA HEAT AND POWER PROPERTY FUND (a.k.a. JOINT STOCK COMPANY SAMARA THERMAL POWER FOUNDATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САМАРСКИЙ ТЕПЛОЭНЕРГЕТИЧЕСКИЙ ИМУЩЕСТВЕННЫЙ ФОНД); a.k.a. SAMARA HEAT AND ENERGY PROPERTY FUND; a.k.a. SAMARA THERMAL POWER FDN JSC; a.k.a. SAMARSKIY TEPLOENERGETICHESKIY IMUSHCHESTVENNIY FOND; a.k.a. "STIF JSC" (Cyrillic: "АО СТИФ"); a.k.a. "STIF, AO"), Corp 6 A, Unit 2H, 1st Floor, Unit 95, prospekt Bolshoy Sampsoniyevskiy 60, St Petersburg 194044, Russia; Stepana Razina Street, 89, 2, 2, Samara, Samara Region 443099, Russia; d. 60 korp. 6 litera A pom. 2N, 1 etazh chast pom. 95, prospekt Bolshoi Sampsonievski, St. Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6317063064 (Russia); Identification Number IMO 6188586; Business Registration Number 1066317027787 (Russia) [RUSSIA-EO14024] [PEESA-EO14039].

SAMARA THERMAL POWER FDN JSC (a.k.a. JOINT STOCK COMPANY SAMARA THERMAL POWER FOUNDATION (Cyrillic:

АКЦИОНЕРНОЕ ОБЩЕСТВО САМАРСКИЙ ТЕПЛОЭНЕРГЕТИЧЕСКИЙ ИМУЩЕСТВЕННЫЙ ФОНД); a.k.a. SAMARA HEAT AND ENERGY PROPERTY FUND; a.k.a. SAMARA HEAT AND POWER PROPERTY FUND; a.k.a. SAMARSKIY TEPLOENERGETICHESKIY IMUSHCHESTVENNIY FOND; a.k.a. "STIF JSC" (Cyrillic: "АО СТИФ"); a.k.a. "STIF, AO"), Corp 6 A, Unit 2H, 1st Floor, Unit 95, prospekt Bolshoy Sampsoniyevskiy 60, St Petersburg 194044, Russia; Stepana Razina Street, 89, 2, 2, Samara, Samara Region 443099, Russia; d. 60 korp. 6 litera A pom. 2N, 1 etazh chast pom. 95, prospekt Bolshoi Sampsonievski, St. Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Identification Number IMO 6188586; Business Registration Number 1066317027787 (Russia) [RUSSIA-EO14024] [PEESA-EO14039].

SAMARANEFTEGEOFIZIKA OAO (Cyrillic: САМАРАНЕФТЕГЕОФИЗИКА ОАО) (a.k.a. PUBLIC JOINT STOCK COMPANY SAMARANEFTEGEOFIZIKA), Ulitsa Sportivnaya, 21, Samara, Samara Oblast 443030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Jun 1994; Organization Type: Support activities for petroleum and natural gas extraction; Tax ID No. 6315230513 (Russia); Registration Number 1026300962093 (Russia) [RUSSIA-EO14024].

SAMARIA HOLDINGS LIMITED, PO Box 14401, Dubai, United Arab Emirates; Office 2507 To 2508, 25th Floor, One Lake Plaza Cluster T, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Organization Established Date 10 Apr 2007; Company Number OE027369 (United Kingdom); Business Registration Number OF-3180 (United Arab Emirates) [GLOMAG] (Linked To: PATTNI, Kamlesh Mansukhlal Damji).

SAMARRAI, Ahmad Husayn Khudayir (a.k.a. AL-KHODAIR, Ahmad Hussein); DOB 1941; Former Minister of Finance, Iraq (individual) [IRAQ2].

SAMARSKII ZAVOD KOMMUNAR (a.k.a. FKP SAMARA PLANT KOMMUNAR), UL. Kommunarov D. 3, Pos. Petra-Dubrava 443546, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No.

6367080065; Registration Number 136302392356 [RUSSIA-EO14024].

SAMARSKIY TEPLOENERGETICHESKIY IMUSHCHESTVENNIY FOND (a.k.a. JOINT STOCK COMPANY SAMARA THERMAL POWER FOUNDATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САМАРСКИЙ ТЕПЛОЭНЕРГЕТИЧЕСКИЙ ИМУЩЕСТВЕННЫЙ ФОНД); a.k.a. SAMARA HEAT AND ENERGY PROPERTY FUND; a.k.a. SAMARA HEAT AND POWER PROPERTY FUND; a.k.a. SAMARA THERMAL POWER FDN JSC; a.k.a. "STIF JSC" (Cyrillic: "АО СТИФ"); a.k.a. "STIF, AO"), Corp 6 A, Unit 2H, 1st Floor, Unit 95, prospekt Bolshoy Sampsoniyevskiy 60, St Petersburg 194044, Russia; Stepana Razina Street, 89, 2, 2, Samara, Samara Region 443099, Russia; d. 60 korp. 6 litera A pom. 2N, 1 etazh chast pom. 95, prospekt Bolshoi Sampsonievski, St. Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6317063064 (Russia); Identification Number IMO 6188586; Business Registration Number 1066317027787 (Russia) [RUSSIA-EO14024] [PEESA-EO14039].

SAMAYOA MONTEJO, Roger Antulio (a.k.a. "TULI"), Guatemala; DOB 07 Oct 1989; POB Guatemala; nationality Guatemala; Gender Male; NIT # 72405902 (Guatemala); C.U.I. 2344272801331 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

SAMAYOA RECINOS, Aler Baldomero (a.k.a. "EL CHICHARRA"), Aldea Cuatro Caminos, Santa Ana Huista, Huehuetenango, Guatemala; Aldea Yuxen, Santa Ana Huista, Huehuetenango, Guatemala; DOB 27 Feb 1967; POB Santa Ana Huista, Huehuetenango, Guatemala; nationality Guatemala; Gender Male; Cedula No. M-1300003118 (Guatemala); Passport 111331000031186 (Guatemala) issued 12 Feb 2001 expires 03 Jul 2012; NIT # 5566568 (Guatemala); Driver's License No. 30791794 (Guatemala); C.U.I. 1892644891331 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

SAMBOUK SHIPPING FZC, FITCO Building No. 3, Office 101, 1st Floor, P.O. Box 50044, Fujairah, United Arab Emirates; Office 1202, Crystal Plaza, PO Box 50044, Buhaira Corniche, Sharjah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SAMED PETROL VE ENERJI DIS TICARET LIMITED SIRKETI, No: 12, Istinye Mahallesi Bostan Sokak, Sariyer, Istanbul 34460, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Istanbul Chamber of Comm. No. 475133 (Turkey); Registration Number 475133-0 (Turkey); Central Registration System Number 0742-0233-1450-0012 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

SAMEER ABED ALMOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS (a.k.a. SAMEER ABED AL-MOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER HERZALLAH AND BROTHERS CO FOR MONEY EXCHANGE AND TRANSFER; a.k.a. SAMEER HERZALLAH AND BROTHERS CO.; a.k.a. SAMEER HERZALLAH BROTHERS CO; a.k.a. SAMEER HERZALLAH COMPANY; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE & REMMITTANCES; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE AND REMMITTANCES; a.k.a. SAMIR HERZALLAH AND BROTHERS FOR MONEY EXCHANGE AND REMMITTANCES (Arabic: شركة سمير حرزالله وإخوانه للصرافة والحوالات المالية); a.k.a. SAMIR HERZALLAH COMPANY), Gaza; Website https://www.herzallah.ps/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation; Identification Number 563478999 (Palestinian) [SDGT] (Linked To: HAMAS).

SAMEER ABED AL-MOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS (a.k.a. SAMEER ABED ALMOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER HERZALLAH AND BROTHERS CO FOR MONEY EXCHANGE AND TRANSFER; a.k.a. SAMEER HERZALLAH AND BROTHERS CO.; a.k.a. SAMEER HERZALLAH BROTHERS CO; a.k.a. SAMEER HERZALLAH COMPANY; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE & REMMITTANCES; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE AND REMMITTANCES; a.k.a. SAMIR HERZALLAH AND BROTHERS FOR MONEY EXCHANGE AND REMMITTANCES (Arabic: شركة سمير حرزالله وإخوانه للصرافة والحوالات المالية); a.k.a. SAMIR HERZALLAH COMPANY),

Gaza; Website https://www.herzallah.ps/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation; Identification Number 563478999 (Palestinian) [SDGT] (Linked To: HAMAS).

SAMEER HERZALLAH AND BROTHERS CO FOR MONEY EXCHANGE AND TRANSFER (a.k.a. SAMEER ABED ALMOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER ABED AL-MOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER HERZALLAH AND BROTHERS CO.; a.k.a. SAMEER HERZALLAH BROTHERS CO; a.k.a. SAMEER HERZALLAH COMPANY; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE & REMMITTANCES; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE AND REMMITTANCES; a.k.a. SAMIR HERZALLAH AND BROTHERS FOR MONEY EXCHANGE AND REMMITTANCES (Arabic: شركة سمير حرزالله وإخوانه للصرافة والحوالات المالية); a.k.a. SAMIR HERZALLAH COMPANY), Gaza; Website https://www.herzallah.ps/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation; Identification Number 563478999 (Palestinian) [SDGT] (Linked To: HAMAS).

SAMEER HERZALLAH AND BROTHERS CO. (a.k.a. SAMEER ABED ALMOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER ABED AL-MOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER HERZALLAH AND BROTHERS CO FOR MONEY EXCHANGE AND TRANSFER; a.k.a. SAMEER HERZALLAH BROTHERS CO; a.k.a. SAMEER HERZALLAH COMPANY; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE & REMMITTANCES; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE AND REMMITTANCES; a.k.a. SAMIR HERZALLAH AND BROTHERS FOR MONEY EXCHANGE AND REMMITTANCES (Arabic: شركة سمير حرزالله وإخوانه للصرافة والحوالات المالية); a.k.a. SAMIR HERZALLAH COMPANY), Gaza; Website https://www.herzallah.ps/; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation; Identification Number 563478999 (Palestinian) [SDGT] (Linked To: HAMAS).

SAMEER HERZALLAH BROTHERS CO (a.k.a. SAMEER ABED ALMOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER ABED AL-MOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER HERZALLAH AND BROTHERS CO FOR MONEY EXCHANGE AND TRANSFER; a.k.a. SAMEER HERZALLAH AND BROTHERS CO.; a.k.a. SAMEER HERZALLAH COMPANY; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE & REMMITTANCES; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE AND REMMITTANCES; a.k.a. SAMIR HERZALLAH AND BROTHERS FOR MONEY EXCHANGE AND REMITTANCES (Arabic: شركة سمير حرزالله وإخوانه للصرافة والحوالات المالية); a.k.a. SAMIR HERZALLAH COMPANY), Gaza; Website https://www.herzallah.ps/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation; Identification Number 563478999 (Palestinian) [SDGT] (Linked To: HAMAS).

SAMEER HERZALLAH COMPANY (a.k.a. SAMEER ABED ALMOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER ABED AL-MOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER HERZALLAH AND BROTHERS CO FOR MONEY EXCHANGE AND TRANSFER; a.k.a. SAMEER HERZALLAH AND BROTHERS CO.; a.k.a. SAMEER HERZALLAH BROTHERS CO; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE & REMMITTANCES; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE AND REMMITTANCES; a.k.a. SAMIR HERZALLAH AND BROTHERS FOR MONEY EXCHANGE AND REMITTANCES (Arabic: شركة سمير حرزالله وإخوانه للصرافة والحوالات المالية); a.k.a. SAMIR HERZALLAH COMPANY), Gaza; Website https://www.herzallah.ps/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type:

Other monetary intermediation; Identification Number 563478999 (Palestinian) [SDGT] (Linked To: HAMAS).

SAMEER HERZALLAH FOR MONEY EXCHANGE & REMMITTANCES (a.k.a. SAMEER ABED ALMOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER ABED AL-MOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER HERZALLAH AND BROTHERS CO FOR MONEY EXCHANGE AND TRANSFER; a.k.a. SAMEER HERZALLAH AND BROTHERS CO.; a.k.a. SAMEER HERZALLAH BROTHERS CO; a.k.a. SAMEER HERZALLAH COMPANY; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE AND REMMITTANCES; a.k.a. SAMIR HERZALLAH AND BROTHERS FOR MONEY EXCHANGE AND REMITTANCES (Arabic: شركة سمير حرزالله وإخوانه للصرافة والحوالات المالية); a.k.a. SAMIR HERZALLAH COMPANY), Gaza; Website https://www.herzallah.ps/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation; Identification Number 563478999 (Palestinian) [SDGT] (Linked To: HAMAS).

SAMEER HERZALLAH FOR MONEY EXCHANGE AND REMMITTANCES (a.k.a. SAMEER ABED ALMOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER ABED AL-MOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER HERZALLAH AND BROTHERS CO FOR MONEY EXCHANGE AND TRANSFER; a.k.a. SAMEER HERZALLAH AND BROTHERS CO.; a.k.a. SAMEER HERZALLAH BROTHERS CO; a.k.a. SAMEER HERZALLAH COMPANY; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE & REMMITTANCES; a.k.a. SAMIR HERZALLAH AND BROTHERS FOR MONEY EXCHANGE AND REMITTANCES (Arabic: شركة سمير حرزالله وإخوانه للصرافة والحوالات المالية); a.k.a. SAMIR HERZALLAH COMPANY), Gaza; Website https://www.herzallah.ps/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation; Identification Number 563478999 (Palestinian) [SDGT] (Linked To: HAMAS).

SAMEN AL-A'EMMEH INDUSTRIES GROUP (a.k.a. 8TH IMAM INDUSTRIES GROUP; a.k.a. CRUISE MISSILE INDUSTRY GROUP; a.k.a. CRUISE SYSTEMS INDUSTRY GROUP; a.k.a. NAVAL DEFENCE MISSILE INDUSTRY GROUP), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SAMIDOUN (a.k.a. LE RESEAU DE SOLIDARITE AUX PRISONNIERS PALESTINIENS SAMIDOUN; a.k.a. SAMIDOUN PALESTINIAN PRISONER SOLIDARITY NETWORK; a.k.a. "HIRAK"), Vancouver, British Columbia, Canada; London, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2011 to 2012; National ID No. 12793741 (Canada); UK Company Number 13885242 (United Kingdom) [SDGT] (Linked To: POPULAR FRONT FOR THE LIBERATION OF PALESTINE).

SAMIDOUN PALESTINIAN PRISONER SOLIDARITY NETWORK (a.k.a. LE RESEAU DE SOLIDARITE AUX PRISONNIERS PALESTINIENS SAMIDOUN; a.k.a. SAMIDOUN; a.k.a. "HIRAK"), Vancouver, British Columbia, Canada; London, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2011 to 2012; National ID No. 12793741 (Canada); UK Company Number 13885242 (United Kingdom) [SDGT] (Linked To: POPULAR FRONT FOR THE LIBERATION OF PALESTINE).

SAMIR HERZALLAH AND BROTHERS FOR MONEY EXCHANGE AND REMITTANCES (Arabic: شركة سمير حرزالله وإخوانه للصرافة والحوالات المالية) (a.k.a. SAMEER ABED ALMOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER ABED AL-MOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER HERZALLAH AND BROTHERS CO FOR MONEY EXCHANGE AND TRANSFER; a.k.a. SAMEER HERZALLAH AND BROTHERS CO.; a.k.a. SAMEER HERZALLAH BROTHERS CO; a.k.a. SAMEER HERZALLAH COMPANY; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE & REMMITTANCES; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE AND REMMITTANCES; a.k.a.

SAMIR HERZALLAH COMPANY), Gaza; Website https://www.herzallah.ps/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation; Identification Number 563478999 (Palestinian) [SDGT] (Linked To: HAMAS).

SAMIR HERZALLAH COMPANY (a.k.a. SAMEER ABED ALMOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER ABED AL-MOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER HERZALLAH AND BROTHERS CO FOR MONEY EXCHANGE AND TRANSFER; a.k.a. SAMEER HERZALLAH AND BROTHERS CO.; a.k.a. SAMEER HERZALLAH BROTHERS CO; a.k.a. SAMEER HERZALLAH COMPANY; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE & REMMITTANCES; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE AND REMMITTANCES; a.k.a. SAMIR HERZALLAH AND BROTHERS FOR MONEY EXCHANGE AND REMMITTANCES (Arabic: شركة سمير حرزالله وإخوانه للصرافة والحوالات المالية)), Gaza; Website https://www.herzallah.ps/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation; Identification Number 563478999 (Palestinian) [SDGT] (Linked To: HAMAS).

SAMIU, Izair; DOB 23 Jul 1963 (individual) [BALKANS].

SAMOILENKO, Mykyta Ivanovich (Cyrillic: САМОЙЛЕНКО, Микита Іванович) (a.k.a. SAMOJLENKO, Nikita Ivanovich; a.k.a. SAMOYLENKO, Mikita Ivanovich; a.k.a. SAMOYLENKO, Nikita Ivanovich (Cyrillic: САМОЙЛЕНКО, Никита Иванович)), Gertsena Street 117, Apt. 4, Berdyansk, Zaporizhzhia region, Ukraine; DOB 28 Aug 1992; POB Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3384311017 (Ukraine) (individual) [RUSSIA-EO14024].

SAMOJLENKO, Nikita Ivanovich (a.k.a. SAMOILENKO, Mykyta Ivanovich (Cyrillic: САМОЙЛЕНКО, Микита Іванович); a.k.a. SAMOYLENKO, Mikita Ivanovich; a.k.a. SAMOYLENKO, Nikita Ivanovich (Cyrillic: САМОЙЛЕНКО, Никита Иванович)), Gertsena Street 117, Apt. 4, Berdyansk, Zaporizhzhia region, Ukraine; DOB 28 Aug 1992; POB Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3384311017 (Ukraine) (individual) [RUSSIA-EO14024].

SAMOKISH, Vladimir Igorevich (Cyrillic: САМОКИШ, Владимир Игоревич), Russia; DOB 20 Sep 1975; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SAMOKUTYAEV, Alexander Mikhaylovich (Cyrillic: САМОКУТЯЕВ, Александр Михайлович), Russia; DOB 13 Mar 1970; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SAMOSTALNA TRGOVINSKA RADNJA CIVIJA KOMERC ZVONKO VESELINOVIC PREDUZETNIK SABAC (a.k.a. CIVIJA KOMERC), Macvanska 65, Sabac 15000, Serbia; Organization Established Date 22 Mar 2000; Organization Type: Sale of motor vehicle parts and accessories; V.A.T. Number 100081430 (Serbia) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

SAMOSTALNA ZANATSKA TRGOVINSKA RADNJA PRIZMA (a.k.a. S.Z.T.R. PRIZMA B.I.), 40000 Mitrovice, Kosovo; Organization Established Date 10 Dec 2001; Organization Type: Construction of other civil engineering projects; Registration Number 80581564 (Kosovo) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

SAMOTLORNEFTEGAZ (a.k.a. OJSC SAMOTLORNEFTEGAZ; a.k.a. SAMOTLORNEFTEGAZ JSC), Lenina St. 4, the Tyumen Region, Khanty-Mansiysk, Autonomous District, Nizhnevartovsk 628606, Russia; Ul. Lenina D. 4, Nizhnevartovsk 628600, Russia; Email Address NVSNGinfo@rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8603089934 (Russia); Registration Number 1028600940576 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

SAMOTLORNEFTEGAZ JSC (a.k.a. OJSC SAMOTLORNEFTEGAZ; a.k.a. SAMOTLORNEFTEGAZ), Lenina St. 4, the Tyumen Region, Khanty-Mansiysk, Autonomous District, Nizhnevartovsk 628606, Russia; Ul. Lenina D. 4, Nizhnevartovsk 628600, Russia; Email Address NVSNGinfo@rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8603089934 (Russia); Registration Number 1028600940576 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

SAMOYLENKO, Mikita Ivanovich (a.k.a. SAMOILENKO, Mykyta Ivanovich (Cyrillic: САМОЙЛЕНКО, Микита Іванович); a.k.a. SAMOJLENKO, Nikita Ivanovich; a.k.a. SAMOYLENKO, Nikita Ivanovich (Cyrillic: САМОЙЛЕНКО, Никита Иванович)), Gertsena Street 117, Apt. 4, Berdyansk, Zaporizhzhia region, Ukraine; DOB 28 Aug 1992; POB Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3384311017 (Ukraine) (individual) [RUSSIA-EO14024].

SAMOYLENKO, Nikita Ivanovich (Cyrillic: САМОЙЛЕНКО, Никита Иванович) (a.k.a. SAMOILENKO, Mykyta Ivanovich (Cyrillic: САМОЙЛЕНКО, Микита Іванович); a.k.a. SAMOJLENKO, Nikita Ivanovich; a.k.a. SAMOYLENKO, Mikita Ivanovich), Gertsena Street 117, Apt. 4, Berdyansk, Zaporizhzhia region, Ukraine; DOB 28 Aug 1992; POB Ukraine; nationality Ukraine; Gender Male;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3384311017 (Ukraine) (individual) [RUSSIA-EO14024].

SAMOYLOV, Artem, Russia; DOB 07 Jul 1989; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT).

SAMSAENG, Suthep (a.k.a. SUTHEP, Samsaeng; a.k.a. WEI, Ta Chou; a.k.a. "AH CHOU"; a.k.a. "AH JOE"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 409/4 Soi Wachirathamsathih 34, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; DOB 12 May 1971; Passport E382464 (Thailand) expires Jan 2007; National ID No. 3100905657113 (Thailand) expires May 2006 (individual) [SDNTK].

SAMSONENKO, Irina (f.k.a. KOSENKO, Irina), Skopje, North Macedonia, The Republic of; DOB 16 Jan 1973; POB Rostov-on-Don, Russia; nationality North Macedonia, The Republic of; Gender Female; National ID No. 1601973455122 (North Macedonia, The Republic of) (individual) [BALKANS-EO14033] (Linked To: KAMCEV, Jordan).

SAMSONENKO, Sergej (a.k.a. SAMSONENKO, Sergey), Skopje, North Macedonia, The Republic of; DOB 17 Nov 1967; POB Rostov-on-Don, Russia; nationality North Macedonia, The Republic of; Gender Male; Passport B0518816 (North Macedonia, The Republic of) expires 06 Mar 2024; National ID No. 1711967450100 (North Macedonia, The Republic of) (individual) [BALKANS-EO14033] (Linked To: KAMCEV, Jordan).

SAMSONENKO, Sergey (a.k.a. SAMSONENKO, Sergej), Skopje, North Macedonia, The Republic of; DOB 17 Nov 1967; POB Rostov-on-Don, Russia; nationality North Macedonia, The Republic of; Gender Male; Passport B0518816 (North Macedonia, The Republic of) expires 06 Mar 2024; National ID No. 1711967450100 (North Macedonia, The Republic of) (individual) [BALKANS-EO14033] (Linked To: KAMCEV, Jordan).

SAMUS SHIPBUILDING AND REPAIR YARD (a.k.a. OAO SAMUSSKI SUDOSTROITELNO SUDOREMONTNY ZAVOD; a.k.a. OPEN JOINT STOCK COMPANY SAMUSSKIY SUDOSTROITELNO SUDOREMONTNIY ZAVOD; a.k.a. SAMUS SHIPYARD; a.k.a. SAMUSSKY SSRZ), P. Samus, Street Lenina, D. 21, Seversk, Tomsk Oblast 634501, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Aug 2002; Organization Type: Inland passenger water transport; Tax ID No. 7014000324 (Russia); Registration Number 1027001684071 (Russia) [RUSSIA-EO14024].

SAMUS SHIPYARD (a.k.a. OAO SAMUSSKI SUDOSTROITELNO SUDOREMONTNY ZAVOD; a.k.a. OPEN JOINT STOCK COMPANY SAMUSSKIY SUDOSTROITELNO SUDOREMONTNIY ZAVOD; a.k.a. SAMUS SHIPBUILDING AND REPAIR YARD; a.k.a. SAMUSSKY SSRZ), P. Samus, Street Lenina, D. 21, Seversk, Tomsk Oblast 634501, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Aug 2002; Organization Type: Inland passenger water transport; Tax ID No. 7014000324 (Russia); Registration Number 1027001684071 (Russia) [RUSSIA-EO14024].

SAMUSSKY SSRZ (a.k.a. OAO SAMUSSKI SUDOSTROITELNO SUDOREMONTNY ZAVOD; a.k.a. OPEN JOINT STOCK COMPANY SAMUSSKIY SUDOSTROITELNO SUDOREMONTNIY ZAVOD; a.k.a. SAMUS SHIPBUILDING AND REPAIR YARD; a.k.a. SAMUS SHIPYARD), P. Samus, Street Lenina, D. 21, Seversk, Tomsk Oblast 634501, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Aug 2002; Organization Type: Inland passenger water transport; Tax ID No. 7014000324 (Russia); Registration Number 1027001684071 (Russia) [RUSSIA-EO14024].

SAN AGUSTIN, Guillermo Carlos, Buenos Aires, Argentina; Caracas, Venezuela; DOB 28 Apr 1975; POB Argentina; nationality Argentina; alt. nationality Italy; Gender Male; Cedula No. E-84424403 (Venezuela); alt. Cedula No. 24498939 (Argentina); Passport AA2196839 (Italy) expires 26 Jun 2018; C.U.I.T. 20-24498939-0 (Argentina) (individual) [VENEZUELA] (Linked To: EX-CLE SOLUCIONES BIOMETRICAS C.A.).

SAN, Pwint (a.k.a. HSAN, Pwint), Zayar Shwe Pyi Road, Naypyitaw, Burma; DOB 13 Jul 1961; POB Rangoon, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM000334 (Burma) issued 30 May 2011 expires 29 May 2021; National ID No. 12MARAKAN007186 (Burma); Union Minister of Commerce (individual) [BURMA-EO14014].

SAN, Tin Aung, Burma; DOB 16 Oct 1960; Gender Male (individual) [BURMA-EO14014].

SANABAL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SANABEL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SANABEL L'IL-IGATHA (a.k.a. AL-RAHAMA RELIEF FOUNDATION LIMITED; a.k.a. SANABEL RELIEF AGENCY; a.k.a. SANABEL RELIEF AGENCY LIMITED; a.k.a. "SARA"; a.k.a. "SRA"), 63 South Road, Sparkbrook, Birmingham B11 1EX, United Kingdom; 1011 Stockport Road, Levenshulme, Manchester M9 2TB, United Kingdom; P.O. Box 50, Manchester M19 2SP, United Kingdom; 98 Gresham Road, Middlesbrough, United Kingdom; 54 Anson Road, London NW2 6AD, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 3713110 (United Kingdom); Registered Charity No. 1083469 (United Kingdom); http://www.sanabel.org.uk (website); info@sanabel.org.uk (email). [SDGT].

SANABEL RELIEF AGENCY (a.k.a. AL-RAHAMA RELIEF FOUNDATION LIMITED; a.k.a. SANABEL L'IL-IGATHA; a.k.a. SANABEL RELIEF AGENCY LIMITED; a.k.a. "SARA"; a.k.a. "SRA"), 63 South Road, Sparkbrook, Birmingham B11 1EX, United Kingdom; 1011 Stockport Road, Levenshulme, Manchester M9 2TB, United Kingdom; P.O. Box 50, Manchester M19 2SP, United Kingdom; 98 Gresham Road, Middlesbrough, United Kingdom; 54 Anson Road, London NW2 6AD, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 3713110 (United Kingdom); Registered Charity No. 1083469 (United Kingdom); http://www.sanabel.org.uk (website); info@sanabel.org.uk (email). [SDGT].

SANABEL RELIEF AGENCY LIMITED (a.k.a. AL-RAHAMA RELIEF FOUNDATION LIMITED; a.k.a. SANABEL L'IL-IGATHA; a.k.a. SANABEL RELIEF AGENCY; a.k.a. "SARA"; a.k.a. "SRA"), 63 South Road, Sparkbrook, Birmingham B11 1EX, United Kingdom; 1011 Stockport Road, Levenshulme, Manchester M9 2TB, United Kingdom; P.O. Box 50, Manchester M19 2SP, United Kingdom; 98 Gresham Road, Middlesbrough, United Kingdom; 54 Anson Road, London NW2 6AD, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 3713110 (United Kingdom); Registered Charity No. 1083469 (United Kingdom); http://www.sanabel.org.uk (website); info@sanabel.org.uk (email). [SDGT].

SANABIL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SANABIL AL-AQSA (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a.

MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; <Head Office> [SDGT].

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'

ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH

CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens,

40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SANABIL FOR AID AND DEVELOPMENT (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a.

SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SANABIL FOR RELIEF AND DEVELOPMENT (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SANABIL GROUP FOR RELIEF AND DEVELOPMENT (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SANAM INDUSTRIAL GROUP (a.k.a. SANAM INDUSTRIES GROUP), Pasdaran Road 15, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SANAM INDUSTRIES GROUP (a.k.a. SANAM INDUSTRIAL GROUP), Pasdaran Road 15, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SANAT DANESH RAHPUYAN AFLAK COMPANY LTD (Arabic: شرکت صنعت و دانش رهپویان افلاک) (a.k.a. RAHPOOYAN AFLAK INDUSTRY AND KNOWLEDGE ENGINEERING COMPANY (Arabic: شرکت مهندسی صنعت و دانش رهپویان افلاک)), Ground

Floor, No. 4, Payam Azadi cul-de-sac, Shahid Ahmad Ghasemi St., Timuri, Central Sector, Tehran City, Tehran Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Nov 2011; National ID No. 10320701217 (Iran); Registration Number 418435 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

SANATE CHOUBE SHOMAL COMPANY (a.k.a. CHOUBE SHOMAL COMPANY; a.k.a. NORTH WOOD INDUSTRY CO.; a.k.a. NORTH WOOD INDUSTRY COMPANY (Arabic: شرکت صنعت چوب شمال); a.k.a. SHERKATE CHOOBE SHOMAAL), No. 13, Delfan Alley, Shahid Nazeri Alley, Fajr Yekom Street, Motahhari Street, Tehran, Iran; No. 51, Delfan Alley, Jam Street, Motahhari Avenue, Tehran, Iran; Minoodasht Road, Gonbad Kavoos, Golestan, Iran; Gonbad to Minudasht Road, Kilometer 7, Gonbad-e Kavus, Gholestan, Iran; Website http://www.choubshomal.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861874050 (Iran); Registration Number 381 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SANATI DOODEH FAAM COMPANY (a.k.a. DOUDEFAM INDUSTRIES SADAF COMPANY; a.k.a. DUDEH FAM INDUSTRIAL; a.k.a. FAM INDUSTRIEL SOOT CO.; a.k.a. SANATI DOODEH FAM CO. (Arabic: شرکت صنعتی دوده فام); a.k.a. SHERKATE DOODEH FAAM-E SADAF; a.k.a. "SADAF"; a.k.a. "SADAF CO."; a.k.a. "SADAF COMPANY"; a.k.a. "SADAFCO"), No. 8, Shahid Haghani Highway, Vanak Square, Tehran, Iran; No. 8, Haghani Highway, After Jahan Koodak Cross, Vanak Sq, PO Box 1518743811, Tehran, Iran; Dezfool Industrial Park Number 2, Dezful, Iran; Industrial Zone No. 2, PO Box 6465128911, Dezful, Iran; Website http://www.sadaf-cb.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102837099 (Iran); Registration Number 243005 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SANATI DOODEH FAM CO. (Arabic: شرکت صنعتی دوده فام) (a.k.a. DOUDEFAM INDUSTRIES SADAF COMPANY; a.k.a. DUDEH FAM INDUSTRIAL; a.k.a. FAM INDUSTRIEL SOOT CO.; a.k.a. SANATI DOODEH FAAM COMPANY; a.k.a.

SHERKATE DOODEH FAAM-E SADAF; a.k.a. "SADAF"; a.k.a. "SADAF CO."; a.k.a. "SADAF COMPANY"; a.k.a. "SADAFCO"), No. 8, Shahid Haghani Highway, Vanak Square, Tehran, Iran; No. 8, Haghani Highway, After Jahan Koodak Cross, Vanak Sq, PO Box 1518743811, Tehran, Iran; Dezfool Industrial Park Number 2, Dezful, Iran; Industrial Zone No. 2, PO Box 6465128911, Dezful, Iran; Website http://www.sadaf-cb.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102837099 (Iran); Registration Number 243005 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SANATORI IM. M.V.FRUNZE OOO (a.k.a. LIMITED LIABILITY COMPANY SANATORIY IM. M.V.FRUNZE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ САНАТОРИЙ ИМ. М.В.ФРУНЗЕ)), 87 Kurortnyy Avenue, Sochi, Krasnodar Region, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Dec 2014; Tax ID No. 2319057693 (Russia); Registration Number 1142367014723 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

SANATORIUM NIZHNYAYA OREANDA (f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE SANATORI NIZHNYAYA OREANDA UPRAVLENIYA; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE SANATORI NIZHNYAYA OREANDA UPRAVLENIYA DELAMI PREZIDENTA ROSSISKOI FE; a.k.a. FGBU SANATORI NIZHNYAYA OREANDA; a.k.a. RESORT NIZHNYAYA OREANDA), Pgt Oreanda, Dom 12, Yalta, Crimea 298658, Ukraine; Resort Nizhnyaya Oreanda, Oreanda, Yalta 08655, Crimea; Oreanda - 12, Yalta 298658, Crimea; Website http://www.oreanda.biz; Email Address info@oreanda.biz; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102054221; Tax ID No. 9103006321; Government Gazette Number 00705605 [UKRAINE-EO13685].

SANATORIUM-RESORT COMPLEX MRIYA (a.k.a. MRIYA RESORT; a.k.a. MRIYA RESORT & SPA; a.k.a. MRIYA RESORT AND SPA; a.k.a. MRIYA SANATORIUM COMPLEX; a.k.a. MRIYA SANATORIUM RESORT COMPLEX), 9, Generala Ostryakova Street, Opolznevoye Village, Yalta, Crimea 298685,

Ukraine; Website http://mriyaresort.com; Email Address info@mriyaresort.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685] (Linked To: LIMITED LIABILITY COMPANY GARANT-SV).

SANAYE ELECTRONIC IRAN (a.k.a. IRAN ELECTRONICS INDUSTRIES; a.k.a. SAIRAN; a.k.a. SASAD IRAN ELECTRONICS INDUSTRIES; a.k.a. SHERKAT SANAYEH ELECTRONICS IRAN; a.k.a. "IEI"), P.O. Box 19575-365, Shahied Langari Street, Noboniad Sq, Pasdaran Ave, Saltanad Abad, Tehran, Iran; P.O. Box 71365-1174, Hossain Abad/Ardakan Road, Shiraz, Iran; Hossein Abad/Ardakan Road, P.O. Box 555, Shiraz 71365/1174, Iran; Shahid Langari Street, Nobonyad Square, Tehran, Iran; Website www.ieimil.ir; alt. Website www.ieicorp.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 829 [NPWMD] [IFSR] [IRAN-TRA].

SANAYE HAFTOME TIR (a.k.a. 7TH OF TIR; a.k.a. 7TH OF TIR COMPLEX; a.k.a. 7TH OF TIR INDUSTRIAL COMPLEX; a.k.a. 7TH OF TIR INDUSTRIES; a.k.a. 7TH OF TIR INDUSTRIES OF ISFAHAN/ESFAHAN; a.k.a. MOJTAMAE SANATE HAFTOME TIR; a.k.a. SEVENTH OF TIR), Mobarakeh Road Km 45, Isfahan, Iran; P.O. Box 81465-478, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SANAYE METOLOGIE IRAN (a.k.a. KHORASAN AMMUNITION AND METALLURGY INDUSTRIES; a.k.a. KHORASAN METALLURGY INDUSTRIES; a.k.a. KHORASAN METALOGY INDUSTRIES; a.k.a. THE METALLURGY INDUSTRIES OF KHORASAN), Khalaj Road, End of Seyedi Street, Mashad, Iran; P.O. Box 91735-549, Mashad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SANAYE MOHEMATSAZI (a.k.a. AMIG; a.k.a. AMMUNITION AND METALLURGY INDUSTRIES GROUP; a.k.a. AMMUNITION AND METALLURGY INDUSTRY GROUP; a.k.a. AMMUNITION INDUSTRIES GROUP), P.O. Box 16765-1835, Pasdaran Street, Tehran, Iran; Department 145-42, P.O. Box 16765-128, Moghan Avenue, Pasdaran Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SANAYE MOKHABERAT IRAN (a.k.a. ICI; a.k.a. IRAN COMMUNICATION INDUSTRIES; a.k.a. IRAN COMMUNICATIONS INDUSTRIES GROUP), P.O. Box 19295-4731, Pasdaran Avenue, Tehran, Iran; P.O. Box 19575-131, 34 Apadana Avenue, Tehran, Iran; Shahid Langary Street, Nobonyad Square Ave., Pasdaran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SANAYE MOTORSAZI ALVAND PRIVATE COMPANY (Arabic: شرکت صنایع موتورسازی الوند) (a.k.a. ALVAND MOTORBUILDING INDUSTRIES PRIVATE COMPANY), Central Sector, Bagh Saba-Sohrevardi Street, Ghabousnameh Street, Shahid Mohammad Bakhshi Movaghar Alley, No. 27, First Floor, Tehran, Tehran Province 1588856641, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 01 Jan 2023; National ID No. 14011819996 (Iran); Registration Number 606989 (Iran) [NPWMD] [IFSR] (Linked To: ABDI ASJERD, Abbas).

SANAYE TAKMILI MARUN (a.k.a. MARUN SUPPLEMENTAL INDUSTRIES COMPANY (Arabic: شرکت صنایع تکمیلی مارون)), Bandar Imam Special Economic Region, Site 2, Bandar-e Mashahr, 6353169311, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Jul 2016; National ID No. 14005997710 (Iran); Business Registration Number 10260 (Iran) [IRAN-EO13846] (Linked To: MARUN PETROCHEMICAL COMPANY).

SANAYE TOLIDIE ZAGROS SHIMI FARS (a.k.a. ZAGROS SHIMI FARS MANUFACTURING INDUSTRIES COMPANY), Plot 10, Block B5, Phase 1, Shiraz, Fars 7158184199, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 02 May 2001; National ID No. 10530232958 (Iran); Registration Number 10863 (Iran) [NPWMD] [IFSR] (Linked To: QAYUMI, Vahid).

SANAYE-E OPTIKE ESFAHAN (a.k.a. ELECTRO OPTIC SAIRAN INDUSTRIES CO. (Arabic: صنایع الکترو اپتیک صایران); a.k.a. ESFAHAN OPTIC INDUSTRY; a.k.a. ESFAHAN OPTICS INDUSTRY; a.k.a. ISFAHAN OPTIC INDUSTRIES COMPANY; a.k.a. ISFAHAN OPTICAL INDUSTRY; a.k.a. ISFAHAN OPTICS INDUSTRIES; a.k.a. ISFAHAN OPTICS INDUSTRY; a.k.a. ISHAHAN OPTICS INDUSTRIES CO.; a.k.a.

SANOYE ELEKTRONIK SAIRAN; a.k.a. "ISFAHAN OPTICS"; a.k.a. "SAPA"), P.O. Box 81465-313, Kaveh Ave, Isfahan, Iran; Kaveh Street, Isfahan 814651117, Iran; Website https://sapa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1985; National ID No. 10260437477 (Iran); Registration Number 22928 (Iran) [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

SANCHEZ ARELLANO, Luis Fernando; DOB 24 Oct 1973; POB Baja California, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

SANCHEZ CARLON, Diana Maria, Calle Ricardo Palma 2814, Colonia Prados Providencia, Guadalajara, Jalisco, Mexico; Calle 12 de Diciembre #480, Colonia Chapalita, Zapopan, Jalisco, Mexico; DOB 11 Feb 1979; POB Ahome, Sinaloa, Mexico; R.F.C. SACD-790211-KC2 (Mexico); C.U.R.P. SACD790211MSLNRN04 (Mexico) (individual) [SDNTK] (Linked To: AG & CARLON, S.A. DE C.V.; Linked To: AHOME REAL ESTATE, S.A. DE C.V.; Linked To: GRUPO DIJEMA, S.A. DE C.V.; Linked To: CONSULTORIA INTEGRAL LA FUENTE, SOCIEDAD CIVIL; Linked To: AGRICOLA BOREAL S.P.R. DE R.L.; Linked To: AGRICOLA TAVO S.P.R. DE R.L.; Linked To: DESARROLLO AGRICOLA ORGANICO S.P.R. DE R.L.; Linked To: DESARROLLO AGRICOLA VERDE DE SAYULA S.P.R. DE R.L.; Linked To: STEP LATINAMEDICA S.A. DE C.V.).

SANCHEZ CARLON, Silvia Romina, Calle Alberta No. 2166, Fraccionamiento Los Colomos, Guadalajara, Jalisco, Mexico; Av. Balam Kanche Mza. 30, Lote 002, Condominio Playa Car Fase II, Playa del Carmen, Quintana Roo 77710, Mexico; Calle 12 de Diciembre #480, Colonia Chapalita, Zapopan, Jalisco, Mexico; DOB 22 Dec 1986; POB Ahome, Sinaloa, Mexico; R.F.C. SACS-861222-PH0 (Mexico); C.U.R.P. SACS861222MSLNRL04 (Mexico) (individual) [SDNTK] (Linked To: AHOME REAL ESTATE, S.A. DE C.V.; Linked To: CONSULTORIA INTEGRAL LA FUENTE, SOCIEDAD CIVIL; Linked To: INTERCORP LEGOCA, S.A. DE C.V.; Linked To: LA FIRMA MIRANDA, S.A. DE C.V.; Linked To: XAMAN HA CENTER; Linked To: AGRICOLA BOREAL S.P.R. DE R.L.; Linked To: AGRICOLA TAVO S.P.R. DE R.L.; Linked To: DESARROLLO AGRICOLA ORGANICO S.P.R. DE R.L.; Linked To: DESARROLLO AGRICOLA VERDE DE

SAYULA S.P.R. DE R.L.; Linked To: OPERADORA DE REPOSTERIAS Y RESTAURANTES, S.A. DE C.V.).

SANCHEZ CASTILLO, Efrain (a.k.a. CANO FLORES, Aurelio), Miguel Aleman, Tamaulipas, Mexico; Tampico, Tamaulipas, Mexico; DOB 03 May 1972; alt. DOB 1972; POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

SANCHEZ ESTEBAN, Alvaro, Mexico; DOB 04 Feb 1974; nationality Mexico; citizen Mexico; RFC SAEA740214 (Mexico) (individual) [SDNTK].

SANCHEZ FARFAN, Wilder Emilio (a.k.a. "GATO"), Estancias Del Rio No. 16, MZ Sur, Tarqui, Guayaquil, Guayas, Ecuador; DOB 27 Sep 1980; POB Chacras, Arenillas, El Oro, Ecuador; nationality Ecuador; citizen Ecuador; Gender Male; Cedula No. 2100326350 (Ecuador) (individual) [ILLICIT-DRUGS-EO14059].

SANCHEZ FELIX, Jesus Alexandro (a.k.a. FELIX, Alejandro Fernandez; a.k.a. FELIX, Jesus Sanchez; a.k.a. PONCE FELIX, Juan Jose; a.k.a. SANCHEZ, Jesus Alejandro; a.k.a. "El Ruso"; a.k.a. "El Russo"; a.k.a. "Ginete"), Mexicali, Baja California, Mexico; DOB 20 May 1982; alt. DOB 20 Jun 1982; POB Sonora, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. POFJ820520HSRNLN04 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

SANCHEZ GONZALEZ, Arnulfo, Colombia; DOB 14 Jul 1972; POB Casanare, Colombia; nationality Colombia; citizen Colombia (individual) [SDNTK].

SANCHEZ MARTELL, Julio Cesar (a.k.a. SANCHEZ MARTELL, Julio Cesar Jassan Estuardo), c/o AERONAUTICA CONDOR DE PANAMA, S.A., Panama; c/o GRUPO FALCON DE PANAMA, S.A., Panama; c/o GRUPO GUADALEST S.A. DE C.V., Mexico City, Distrito Federal, Mexico; C. Enrique Wallon 424 3, Col. Polanco, Miguel Hidalgo, Mexico City, Distrito Federal 11560, Mexico; C. Las Palmas L H5C D 1102 1000, Cond. Costaventura Y X, Fracc. Playa Diamante, Acapulco, Guerrero, Mexico; DOB 16 Sep 1966; Passport 01370022046 (Mexico); R.F.C. SAMJ660916000 (Mexico); Credencial electoral SNMRJL66091609H501 (Mexico); C.U.R.P.

SAMJ660916HDFNRL17 (Mexico) (individual) [SDNT].

SANCHEZ MARTELL, Julio Cesar Jassan Estuardo (a.k.a. SANCHEZ MARTELL, Julio Cesar), c/o AERONAUTICA CONDOR DE PANAMA, S.A., Panama; c/o GRUPO FALCON DE PANAMA, S.A., Panama; c/o GRUPO GUADALEST S.A. DE C.V., Mexico City, Distrito Federal, Mexico; C. Enrique Wallon 424 3, Col. Polanco, Miguel Hidalgo, Mexico City, Distrito Federal 11560, Mexico; C. Las Palmas L H5C D 1102 1000, Cond. Costaventura Y X, Fracc. Playa Diamante, Acapulco, Guerrero, Mexico; DOB 16 Sep 1966; Passport 01370022046 (Mexico); R.F.C. SAMJ660916000 (Mexico); Credencial electoral SNMRJL66091609H501 (Mexico); C.U.R.P. SAMJ660916HDFNRL17 (Mexico) (individual) [SDNT].

SANCHEZ MARTINEZ, Emiliano, Puerto Vallarta, Jalisco, Mexico; DOB 23 Nov 1980; POB Tamuin, San Luis Potosi, Mexico; nationality Mexico; Gender Male; C.U.R.P. SAME801123HSPNRM06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

SANCHEZ MEDRANO, Cruz (Latin: SÁNCHEZ MEDRANO, Cruz) (a.k.a. "CRUZITA"), Genaro Estrada, Sinaloa, Sinaloa 81960, Mexico; DOB 01 Nov 1980; POB Sinaloa, Sinaloa, Mexico; citizen Mexico; Gender Female; R.F.C. SAMC790809JD5 (Mexico); C.U.R.P. SAMC801101MSLNDR06 (Mexico) (individual) [SDNTK] (Linked To: CRUZITA NOVEDADES; Linked To: DISPERSORA GAEL, S.A. DE C.V.; Linked To: COMERCIALIZADORA GAEL 4, S.A. DE C.V.; Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

SANCHEZ MEDRANO, Pedro (Latin: SÁNCHEZ MEDRANO, Pedro), Genaro Estrada, Sinaloa, Sinaloa, Mexico; DOB 05 Nov 1976; POB Los Mochis, Ahome, Sinaloa, Mexico; citizen Mexico; Gender Male; R.F.C. SAMP761105FK4 (Mexico); C.U.R.P. SAMP761105HSLNDD01 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

SANCHEZ NOLASCO, Boarnerges (a.k.a. "WARNEL"), Dominican Republic; DOB 02 Jul 1976; POB Hato Mayor, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 001-1595659-1 (Dominican Republic) (individual) [SDNTK] (Linked To: CESAR PERALTA DRUG TRAFFICKING ORGANIZATION).

SANCHEZ REY, German Gonzalo (a.k.a. "COLETA"), Calle 41A No. 55-49, Bogota, Colombia; DOB 22 Feb 1973; POB Barrancabermeja, Santander, Colombia; Cedula No. 79625841 (Colombia) (individual) [SDNTK].

SANCHEZ RIVERA, Doris Patricia, c/o FRANZUL S.A., Medellin, Colombia; c/o HIERROS DE JERUSALEM S.A., Medellin, Colombia; c/o TAXI AEREO ANTIOQUENO S.A., Medellin, Colombia; DOB 27 Oct 1966; Cedula No. 43681039 (Colombia) (individual) [SDNT].

SANCHEZ SALAMANCA, Salvador (a.k.a. ALVAREZ ALVAREZ, Gerardo; a.k.a. ALVAREZ VASQUEZ, Joel; a.k.a. ALVAREZ VASQUEZ, Jose Gerardo; a.k.a. ALVAREZ VAZQUEZ, Jose Gerardo; a.k.a. ALVAREZ VELASQUEZ, Jose Gerardo; a.k.a. ZALDIVAR VEGA, Javier; a.k.a. "EL GERA"; a.k.a. "EL INDIO"), c/o AMERICAN TUNE UP, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Avenida Gonzalez Gallo #2537, Sector Reforma, Guadalajara, Jalisco, Mexico; DOB 03 Nov 1963; alt. DOB 24 Sep 1965; alt. DOB 10 May 1966; POB Las Avilas, Guerrero, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

SANCHEZ SANCHEZ, Jose Gonzalo (a.k.a. "Gonzalito"), Colombia; DOB 30 Dec 1974; POB Monteria, Cordoba, Colombia; nationality Colombia; Gender Male; Cedula No. 11002977 (Colombia) (individual) [ILLICIT-DRUGS-EO14059].

SANCHEZ SILVA, Elkin Alexis, Calle 119A No. 48-83 apto. 405, Bogota, Colombia; DOB 04 Jan 1965; Cedula No. 79368275 (Colombia) (individual) [SDNTK].

SANCHEZ VALLEJO, Yeison Andres (a.k.a. "Andreas"; a.k.a. "Blacks"), Colombia; Arakaka, Barima-Waini Region, Guyana; DOB 15 Jul 1990; POB Puerto Salgar, Colombia; nationality Colombia; citizen Colombia; Gender Male; Cedula No. 1003698707 (Colombia); Passport AU089105 (Colombia) (individual) [ILLICIT-DRUGS-EO14059].

SANCHEZ, Jesus Alejandro (a.k.a. FELIX, Alejandro Fernandez; a.k.a. FELIX, Jesus Sanchez; a.k.a. PONCE FELIX, Juan Jose; a.k.a. SANCHEZ FELIX, Jesus Alexandro; a.k.a. "El Ruso"; a.k.a. "El Russo"; a.k.a. "Ginete"), Mexicali, Baja California, Mexico; DOB 20 May 1982; alt. DOB 20 Jun 1982; POB Sonora, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; C.U.R.P. POFJ820520HSRNLN04 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

SANCHOULI, Mahdieh (a.k.a. SANCHOULI, Mahdieh Hossien Ali; a.k.a. SANCHULI, Mahdieh), Dubai, United Arab Emirates; DOB 06 Sep 1977; POB Zahedan, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport I95763162 (Iran) expires 06 Jul 2019; alt. Passport T96326639 (Iran) (individual) [IRAN-EO13846] (Linked To: NAFTIRAN INTERTRADE CO. LIMITED).

SANCHOULI, Mahdieh Hossien Ali (a.k.a. SANCHOULI, Mahdieh; a.k.a. SANCHULI, Mahdieh), Dubai, United Arab Emirates; DOB 06 Sep 1977; POB Zahedan, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport I95763162 (Iran) expires 06 Jul 2019; alt. Passport T96326639 (Iran) (individual) [IRAN-EO13846] (Linked To: NAFTIRAN INTERTRADE CO. LIMITED).

SANCHULI, Mahdieh (a.k.a. SANCHOULI, Mahdieh; a.k.a. SANCHOULI, Mahdieh Hossien Ali), Dubai, United Arab Emirates; DOB 06 Sep 1977; POB Zahedan, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport I95763162 (Iran) expires 06 Jul 2019; alt. Passport T96326639 (Iran) (individual) [IRAN-EO13846] (Linked To: NAFTIRAN INTERTRADE CO. LIMITED).

SANDAIME KODO-KAI (Japanese: 三代目弘道会) (a.k.a. KODOKAI; a.k.a. KODO-KAI (Japanese: 弘道会); a.k.a. KOUDOU-KAI; a.k.a. THIRD KODO-KAI), 1-117 Shukuatocho, Nakamura Ward, Nagoya, Aichi, Japan (Japanese: 1-117 宿跡町中村区, 名古屋市, 愛知県, Japan) [TCO] (Linked To: YAMAGUCHI-GUMI; Linked To: TAKAYAMA, Kiyoshi; Linked To: SHINODA, Kenichi).

SANDOVAL CASTANEDA, Roberto, Mateo del Regil # 31, Fracc. IMSS, Tepic, Nayarit 63186, Mexico; Av. Prisciliano Sanchez Sur # 384-A, Col. San Antonio, Tepic, Nayarit 63159, Mexico; Calle Canaan Numero 5, Colonia Hermosa Provincia, Tepic, Nayarit, Mexico; Oro # 87, Col. Valle de Matatipac, Tepic, Nayarit 63195, Mexico; DOB 15 Nov 1969; POB Nayarit, Mexico; nationality Mexico; Gender Male; C.U.R.P. SACR691115HNTNSB06 (Mexico) (individual) [GLOMAG].

SANDOVAL LOPEZ, Lidy Alejandra, Calle Mateo del Regil No. Ext. 31, Col. Fraccionamiento IMSS, Tepic, Nayarit C.P. 63186, Mexico; Palomas Numero 14, Colonia El Armadillo, Tepic, Nayarit, Mexico; Lote de Terreno Marcado Numero 6, Manzana 1, Vialidad Privada, Fraccionamiento Lago David, clave catastral 01-059-14-101-006, Tepic, Nayarit, Mexico; Calle Paseo de los Bosques MZ-A, Colonia Bonaterra, clave catastral 1-59-14-300-17, Tepic, Nayarit, Mexico; Lote de Terreno Marcado Numero 7, Manzana 1, Vialidad Privada, Fraccionamiento Lago David, Tepic, Nayarit, Mexico; DOB 08 Oct 1989; POB Nayarit, Mexico; nationality Mexico; Gender Female; C.U.R.P. SALL891008MNTNPD09 (Mexico) (individual) [GLOMAG].

SANDOVAL LOPEZ, Pablo Roberto, Mexico; DOB 01 Jul 1992; POB Nayarit, Mexico; nationality Mexico; Gender Male; C.U.R.P. SALP920701HNTNPB05 (Mexico) (individual) [GLOMAG].

SANDREA FERRER, Danny Ramon (a.k.a. FERRER SANDREA, Danny Ramon), Venezuela; DOB 23 Sep 1969; POB Caracas, Venezuela; nationality Venezuela; Gender Male; Cedula No. V-10509178 (individual) [VENEZUELA].

SANE, Pedro Punti (a.k.a. PUNTI, Pere); DOB 27 Aug 1944; nationality Spain; Additional Sanctions Information - Subject to Secondary Sanctions; Passport AAD225212 (Spain) expires 12 May 2020 (individual) [NPWMD] [IFSR].

SANGSIRI KANKASET COMPANY LIMITED, 168 Moo 9, Khi Lek, Mae Taeng, Chiang Mai 50150, Thailand; Registration ID 0505538000783 (Thailand) issued 08 Feb 1955 [SDNTK].

SANI RAMAZAN GHOLAMREZA, Ramazanian (a.k.a. RAMADANIYYAN THANI, Ghlamrda; a.k.a. RAMEZANIAN SANI, Gholamreza (Arabic: غلامرضا رمضانیان ثانی); a.k.a. RAMEZANIAN, Reza), Shahin Vila 15 Gharbi P 25 - Vahed 12, Karaj 3193967517, Iran; DOB 21 Sep 1970; alt. DOB 25 Aug 1970; POB Shirvan, North Khorasan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0827944500 (Iran); Birth Certificate Number 17009 (Iran); CEO of Entebagh Gostar Sepehr Company (individual) [IRAN-HR] (Linked To: ENTEBAGH GOSTAR SEPEHR COMPANY).

SANI, Abdul Samad (a.k.a. SANI, Mullah Samad; a.k.a. SANI, Samad; a.k.a. "Haji Nika"; a.k.a. "Haji Nika Ishaqzai"; a.k.a. "Haji Salani"), Quetta, Pakistan; DOB 1960 to 1962; POB Band-e-Temor, Maiwand District, Kandahar Province, Afghanistan; nationality Afghanistan; alt. nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TALIBAN).

SANI, Mullah Samad (a.k.a. SANI, Abdul Samad; a.k.a. SANI, Samad; a.k.a. "Haji Nika"; a.k.a. "Haji Nika Ishaqzai"; a.k.a. "Haji Salani"), Quetta, Pakistan; DOB 1960 to 1962; POB Band-e-Temor, Maiwand District, Kandahar Province, Afghanistan; nationality Afghanistan; alt. nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TALIBAN).

SANI, Samad (a.k.a. SANI, Abdul Samad; a.k.a. SANI, Mullah Samad; a.k.a. "Haji Nika"; a.k.a. "Haji Nika Ishaqzai"; a.k.a. "Haji Salani"), Quetta, Pakistan; DOB 1960 to 1962; POB Band-e-Temor, Maiwand District, Kandahar Province, Afghanistan; nationality Afghanistan; alt. nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TALIBAN).

SANIBAL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SANJAY, Raj Vaya (a.k.a. SKORUS, Raj), Zimbabwe; DOB 07 Aug 2000; nationality Kenya; Gender Male; Passport CK65152 (Kenya) expires 08 Sep 2032 (individual) [GLOMAG] (Linked To: PATTNI, Kamlesh Mansukhlal Damji).

SANJESH GOSTAR DANA ENGINEERING AND QUALITY CONTROL INSPECTION COMPANY (Arabic: شرکت بازرسی مهندسی و کنترل کیفیت سنجش گستر دانا) (a.k.a. GOSTAR DANA ENGINEERING INSPECTION AND MEASUREMENT QUALITY CONTROL COMPANY), Ghadir Building, 5th Floor, Plaque 4, Riahi St., 6th Alley, Tehran Bimeh, Tehran 1391948116, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Dec 2002; National ID No. 10102384287 (Iran); Business Registration Number 196566 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SANLI, Hakki Selcuk, Turkey; DOB 01 Apr 1956; POB Adana, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U24492445 (Turkey) expires 31 May 2031; National ID No. 17107188340 (Turkey) (individual) [SDGT] [IFSR] (Linked To: SHAHRIYARI, Behnam).

SANLITUN YATIRIM DIS TIC LTD (a.k.a. SANLITUN YATIRIM DIS TICARET LIMITED SIRKETI), Kocasinan Merkez mah. Kemaliye sok. Celik, Ap. Blok No: 5A Bahcelievler, Istanbul, Turkey; Website www.sanlitun.com.tr; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Apr 2022; Tax ID No. 7441088515 (Turkey); Registration Number 377146-5 (Turkey) [RUSSIA-EO14024].

SANLITUN YATIRIM DIS TICARET LIMITED SIRKETI (a.k.a. SANLITUN YATIRIM DIS TIC LTD), Kocasinan Merkez mah. Kemaliye sok. Celik, Ap. Blok No: 5A Bahcelievler, Istanbul, Turkey; Website www.sanlitun.com.tr; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Apr 2022; Tax ID No. 7441088515 (Turkey); Registration Number 377146-5 (Turkey) [RUSSIA-EO14024].

SANMING SINO-EURO IMPORT AND EXPORT CO., LTD (Chinese Simplified: 三明市中伊欧进出口有限公司), Unit 911, Building Number 7, Hengda House, Sha County, Sanming City, Fujian Province, China; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 91350400MA32K7W49G (China) [NPWMD] [IFSR] (Linked To: TALEBI, Sohayl; Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

SANNABIL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SANNIBIL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SINABUL), Sidon, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SANON, Kempes, Port-au-Prince, Haiti; DOB 16 Jun 1979; nationality Haiti; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SANOVERA (a.k.a. SANOVERA PHARM COMPANY SARL; a.k.a. SANOVIRA), Section 19, Property 372, Chiyah, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2035319 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

SANOVERA PHARM COMPANY SARL (a.k.a. SANOVERA; a.k.a. SANOVIRA), Section 19, Property 372, Chiyah, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2035319 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

SANOVIRA (a.k.a. SANOVERA; a.k.a. SANOVERA PHARM COMPANY SARL), Section 19, Property 372, Chiyah, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2035319 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

SANOYE ELEKTRONIK SAIRAN (a.k.a. ELECTRO OPTIC SAIRAN INDUSTRIES CO. (Arabic: صنایع الکترو اپتیک صایران); a.k.a. ESFAHAN OPTIC INDUSTRY; a.k.a. ESFAHAN OPTICS INDUSTRY; a.k.a. ISFAHAN OPTIC INDUSTRIES COMPANY; a.k.a. ISFAHAN OPTICAL INDUSTRY; a.k.a. ISFAHAN OPTICS INDUSTRIES; a.k.a. ISFAHAN OPTICS INDUSTRY; a.k.a. ISHAHAN OPTICS INDUSTRIES CO.; a.k.a. SANAYE-E OPTIKE ESFAHAN; a.k.a. "ISFAHAN OPTICS"; a.k.a. "SAPA"), P.O. Box 81465-313, Kaveh Ave, Isfahan, Iran; Kaveh Street, Isfahan 814651117, Iran; Website https://sapa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1985; National ID No. 10260437477 (Iran); Registration Number 22928 (Iran) [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

SANSRI (a.k.a. 2ND ACADEMY OF NATURAL SCIENCES; a.k.a. ACADEMY OF NATURAL SCIENCES; a.k.a. CHAYON KWAHAK-WON; a.k.a. CHE 2 CHAYON KWAHAK-WON; a.k.a. KUKPANG KWAHAK-WON; a.k.a. NATIONAL DEFENSE ACADEMY; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES RESEARCH INSTITUTE), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

SANTA JULIA SEASIDE LIVING (a.k.a. FARO GRILL; a.k.a. GRUPO KOVAY; a.k.a. KOVAY DESARROLLOS; a.k.a. MARINE DIAMOND; a.k.a. NAVIS BY LA CRUZ; a.k.a. QUIYA RESIDENCES; a.k.a. SELVARA SIGNATURE COLLECTION; a.k.a. VG DESARROLLOS DE LA BAHIA, S.A. DE C.V.; a.k.a. ZUL BY LA CRUZ), Guadalajara, Jalisco, Mexico; Nayarit, Mexico; Website https://kovaydesarrollos.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Organization Established Date 11 Jan 2013; Organization Type: Real estate activities on a fee or contract basis; Folio Mercantil No. N-2020017740 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: RIVERA MIRAMONTES, Carlos Humberto).

SANTA MONICA DAIRY (a.k.a. DORA PASTEURIZA DE LECHE SANTA MONICA; f.k.a. INDUSTRIAS DE GANADEROS S.A. DE C.V.; a.k.a. LECHERIA SANTA MONICA; a.k.a. NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V.), Calle/Boulevard Doctor Mora 1230, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; Carretera Los Mochis Topolobampo, KM. 5.2, Los Mochis, Sinaloa, Mexico; Avenida Francisco Villa Norte 135, Colonia Ninos Heroes, Salvador Alvarado, Sinaloa 81400, Mexico; Carretera La Cruz KM 15 S/N, Colonia Arroyitos, La Cruz, Sinaloa 82700, Mexico; Chamizal S/N, La Cruz, Sinaloa 82700, Mexico; Carretera Internacional al Norte KM 1.5, 1207, Colonia Ejido Venadillo, Mazatlan, Sinaloa 82129, Mexico; Plaza Azul S/N, Colonia Las Brisas, Tecuala, Nayarit, Mexico; Calle Prolongacion Morelos y Matamoros S/N, Colonia Benito Juarez, Escuinapa, Sinaloa 82400, Mexico; Matamoros 5, Escuinapa, Sinaloa 82478, Mexico; Carretera Internacional 1845, Bodega 8 y 10, Colonia Zona Industrial 2, Ciudad Obregon, Sonora 85065, Mexico; Calle Sauces 384, Colonia Del Bosque, Guasave, Sinaloa 81020, Mexico; Calle Federalismo 2000, Colonia Recursos Hidraulicos, Culiacan, Sinaloa 80060, Mexico; Carretera Augstin Olachea Local 30, Colonia Pericues, La Paz, Baja California Sur 23090, Mexico; Avenida Vallarta 2141, Colonia Centro, Culiacan, Sinaloa 80060, Mexico; Carretera A Navolato, Colonia Bachigualato, Culiacan, Sinaloa 80060, Mexico; Calle Tomate 10 Bodega 34Y5, Colonia Mercado Abastos, Culiacan, Sinaloa 83170, Mexico; Carretera A Topolobampo 5, Colonia Ninos Heroes, Ahome, Sinaloa 81290, Mexico; Avenida Xicotencalth # 1795, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; Calle Central Local A10, Colonia Mercado Abastos, Cajeme, Sonora 85000, Mexico; Calle Jose Diego Abad 2923, Colonia Bachigualato, Culiacan, Sinaloa 80140, Mexico; R.F.C. NIG-8802029-Y7 (Mexico) [SDNTK].

SANTA ROSA DE LIMA CARTEL (a.k.a. CARTEL DE SANTA ROSA DE LIMA; a.k.a. "CSRL"), Mexico; Organization Established Date 2014; Target Type Criminal Organization [TCO].

SANTAMARIA CRUISE, S. DE R.L. DE C.V., Puerto Vallarta, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 16 Oct 2019; Organization Type: Tour operator activities; Folio Mercantil No. N-2019090135 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: IBARRA DIAZ JR., Michael).

SANTANA PENA, Josue Angel (Latin: SANTANA PEÑA, Josue Angel) (a.k.a. "SANTANITA"), Venezuela; DOB 26 Jun 1995; nationality Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

SANTANILLA BOTACHE, Miguel (a.k.a. SANTILLANA, Miguel Botache; a.k.a. "DUARTE, Gentil"), Caqueta Department, Colombia; Guaviare Department, Colombia; Venezuela; DOB 15 Oct 1964; alt. DOB 15 Oct 1963; POB Florencia, Caqueta Department, Colombia; nationality Colombia; citizen Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY).

SANTEX LINES (a.k.a. E-SAIL SHIPPING COMPANY LTD; a.k.a. ESAIL SHIPPING LIMITED), Building  1088, Suite 1501, Pudong South Road (Shanghai Zhong Rong Plaza), Shanghai 200122, China; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. 1429927 (Hong Kong) [IRAN] [NPWMD] [IFSR].

SANTIAGO SERVIGNA, Ruben, Venezuela; DOB 23 Dec 1972; POB Venezuela; nationality Venezuela; Gender Male; Cedula No. V12221568 (Venezuela) (individual) [VENEZUELA].

SANTILLANA, Miguel Botache (a.k.a. SANTANILLA BOTACHE, Miguel; a.k.a. "DUARTE, Gentil"), Caqueta Department, Colombia; Guaviare Department, Colombia; Venezuela; DOB 15 Oct 1964; alt. DOB 15 Oct 1963; POB Florencia, Caqueta Department, Colombia; nationality Colombia; citizen Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY).

SANTISO AGUILA, Nelton, Mexico; DOB 20 Aug 1970; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. SAAN700820HNENGL04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

SANTOS, Ahmad (Ahmed) (a.k.a. DEL ROSARIO SANTOS III, Hilarion; a.k.a. DEL ROSARIO SANTOS, Ahmad Islam; a.k.a. DEL ROSARIO SANTOS, Hilarion; a.k.a. "LAKAY, Abu"), No. 50 Purdue Street, Cubao Quezon City, Philippines; DOB 1971; POB Manila, Phillipines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; RSM leader (individual) [SDGT].

SANTOSO, Wiji Joko (a.k.a. SANTOSO, Wijijoko; a.k.a. "ABU SEIF"; a.k.a. "AL-JAWI, Abu Seif"); DOB 14 Jul 1975; POB Rembang, Jawa Tengah, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A2823222 (Indonesia) issued 28 May 2012 expires 28 May 2017 (individual) [SDGT].

SANTOSO, Wijijoko (a.k.a. SANTOSO, Wiji Joko; a.k.a. "ABU SEIF"; a.k.a. "AL-JAWI, Abu Seif"); DOB 14 Jul 1975; POB Rembang, Jawa Tengah, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A2823222 (Indonesia) issued 28 May 2012 expires 28 May 2017 (individual) [SDGT].

SANZETTA INVESTMENTS LIMITED, Virgin Islands, British [GLOMAG] (Linked To: ORIENTAL IRON COMPANY SPRL).

SAO KUAY, Sae Tung (a.k.a. KRIANGKRAI, Tuangwitthayakun; a.k.a. TUAN, Ming Cheng; a.k.a. TUAN, Shao Kuei; a.k.a. "MI CHUNG"; a.k.a. "MING CHUNG"; a.k.a. "TA KUEI"; a.k.a. "TUAN SHAO KUEI"), Mong Kyawt, Shan, Burma; DOB 05 Nov 1950; National ID No. 5500900040846 (Thailand) (individual) [SDNTK].

SAO VIET PETROL TRANSPORTATION COMPANY LIMITED, 3rd Floor, Viet Tower Building, 1, Thai Ha Street, Trung Liet Ward, Dong Da District, Hanoi, Vietnam; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date

2020; Identification Number IMO 6169710; Business Registration Number 0109132188 (Vietnam) [UKRAINE-EO13662] [IRAN-EO13846] [RUSSIA-EO14024].

SAOEGHI, Fatemeh (a.k.a. SADEGHI, Fatemeh (Arabic: فاطمه صادقی)), Iran; DOB 28 Nov 1995; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female (individual) [ELECTION-EO13848] (Linked To: EMENNET PASARGAD).

SAONE SHIPPING CORP (a.k.a. SAONE SHIPPING CORPORATION), 60th Floor, BICSA Financial Center, Avenida Balboa, Panama City, Panama; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Jan 2020; Identification Number IMO 6381530; Registration Number 155689977 (Panama) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

SAONE SHIPPING CORPORATION (a.k.a. SAONE SHIPPING CORP), 60th Floor, BICSA Financial Center, Avenida Balboa, Panama City, Panama; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Jan 2020; Identification Number IMO 6381530; Registration Number 155689977 (Panama) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

SAPELIN, Andrey Yurievich (Cyrillic: САПЕЛИН, Андрей Юрьевич), Chertanovskaya Street 1B-1-289, Moscow 117639, Russia; DOB 16 Sep 1965; POB Belgorod, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530186647 (Russia); Tax ID No. 772616582963 (Russia) (individual) [RUSSIA-EO14024].

SAPOZHNIKOV, Konstantin Prokopyevich (Cyrillic: САПОЖНИКОВ, Константин Прокопьевич), 63 1 Planernaya Street, Apt 449, St. Petersburg, Russia; DOB 02 Dec 1982; POB Kaluzhskaya Area, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 719869507 (Russia); National ID No. 2912519114 (Russia) (individual) [RUSSIA-EO14024].

SAQER, Fadi (a.k.a. SAKIR, Fadi; a.k.a. SAKR, Fady; a.k.a. SAQIR, Fadi; a.k.a. SAQR, Fadi (Arabic: فادي صقر)), Damascus, Syria; DOB 1975; POB Jeblah, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

SAQIR, Fadi (a.k.a. SAKIR, Fadi; a.k.a. SAKR, Fady; a.k.a. SAQER, Fadi; a.k.a. SAQR, Fadi (Arabic: فادي صقر)), Damascus, Syria; DOB 1975; POB Jeblah, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

SAQR AL-KABISI ABD AQALA (a.k.a. AL-KUBAYSI, Ugla Abid Saqar); DOB 1944; POB Kubaisi, al-Anbar Governorate, Iraq; nationality Iraq; Former Ba'th party regional command chairman, Maysan (individual) [IRAQ2].

SAQR, Fadi (Arabic: فادي صقر) (a.k.a. SAKIR, Fadi; a.k.a. SAKR, Fady; a.k.a. SAQER, Fadi; a.k.a. SAQIR, Fadi), Damascus, Syria; DOB 1975; POB Jeblah, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

SARA GRIMBERG DE GUBEREK EMPRESA UNIPERSONAL (a.k.a. ISSA E.U.; a.k.a. ISSA EMPRESA UNIPERSONAL), Calle 17 No. 68D-52, Bogota, Colombia; NIT # 8300486885 (Colombia); Matricula Mercantil No 745969 (Colombia) [SDNTK].

SARA PROPERTIES (a.k.a. SARA PROPERTIES LIMITED), 104 Smithdown Road, Liverpool, Merseyside L7 4JQ, United Kingdom; 2a Hartington Road, Liverpool L8 0SG, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 4636613 (United Kingdom); http://www.saraproperties.co.uk (website). [SDGT].

SARA PROPERTIES LIMITED (a.k.a. SARA PROPERTIES), 104 Smithdown Road, Liverpool, Merseyside L7 4JQ, United Kingdom; 2a Hartington Road, Liverpool L8 0SG, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 4636613 (United Kingdom); http://www.saraproperties.co.uk (website). [SDGT].

SARAC, Ivan; DOB 04 Jun 1968; POB Sokolac, Serbia (individual) [BALKANS].

SARAFI ANSAR (a.k.a. ANSAR EXCHANGE; a.k.a. SARAFI ANSAR COMPANY), No. 41, Joibar Street, Fatemi Square, Tehran, Iran; Website Ansarexchange.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10320743975 (Iran); Business Registration Number 423264 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: ANSAR BANK; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SARAFI ANSAR COMPANY (a.k.a. ANSAR EXCHANGE; a.k.a. SARAFI ANSAR), No. 41, Joibar Street, Fatemi Square, Tehran, Iran; Website Ansarexchange.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10320743975 (Iran); Business Registration Number 423264 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: ANSAR BANK; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SARAFI KAMBIZ NABIZADEH VA SHORAKA (a.k.a. KAMBIZ NABIZADEH AND PARTNERS EXCHANGE (Arabic: شرکاء صرافی کامبیزنبی زاده و; Arabic: شرکت تضامنی نبی زاده و شرکاء); a.k.a. NABI ZADEH EXCHANGE), No. 3, First Floor, End of Yeganeh Street, End of Sonbol Street, Shahid Doctor Lavanasi Boulevard, Hesar-e Buali, Tairish, Central District, Shemiranat County, Tehran, Tehran Province 1954657114, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 11 Jan 2017; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; National ID No. 14006486022 (Iran); Business Registration Number 504036 (Iran) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

SARAFI RASHED (a.k.a. RASHED EXCHANGE); Website www.Rashedexchange.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 14006467155 (Iran); Registration ID 503586 (Iran); Commercial Registry Number 0411518776478 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: VALADZAGHARD, Mohammadreza Khedmati).

SARAFI SEYYED MOHAMMAD REZA ALE ALI AND PARTNERS (a.k.a. HITAL EXCHANGE; a.k.a. SEYYED MOHAMMAD REZA ALE ALI CURRENCY EXCHANGE), No. 2486, Tolu Shopping Center, Vali Asr Street, Tavanir Street, Tehran 1434853851, Iran; Additional

Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 14005467510 (Iran); Registration Number 483939 (Iran) [SDGT] [IFSR] (Linked To: ALE ALI, Mohammad Reza).

SARAGBA, Alfred (a.k.a. EKATOM, Alfred; a.k.a. YEKATOM SARAGBA, Alfred; a.k.a. YEKATOM, Alfred; a.k.a. "Rambo"; a.k.a. "Rambot"; a.k.a. "Rombhot"; a.k.a. "Romboh"; a.k.a. "Rombot"), Mbaiki, Lobaye Prefecture, Central African Republic; Bimbo, Ombella-Mpoko Prefecture, Central African Republic; DOB 23 Jun 1976; POB Central African Republic; nationality Central African Republic (individual) [CAR].

SARAJLIC, Asim, Bosnia and Herzegovina; DOB 03 Oct 1975; POB Sarajevo, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; Gender Male (individual) [BALKANS-EO14033].

SARALIYEV, Shamsail Yunusovich (Cyrillic: САРАЛИЕВ, Шамсаил Юнусович), Russia; DOB 05 Nov 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SARANI, Khodarahm (Arabic: خدارحم ساراني), Zahedan, Sistan and Baluchestan Province, Iran; DOB 21 Mar 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; IRGC Commander in Zahedan (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SARANOVA, Yuliya Vladimirovna (Cyrillic: САРАНОВА, Юлия Владимировна), Russia; DOB 21 Oct 1988; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SARATOV PRODUCTION AND ENGINEERING CENTER LLC (a.k.a. SARATOVSKII PROIZVODSTVENNO INZHINIRINGOVYI TSENTR; a.k.a. "SPITS"), Mkr Engels-19, Ul. 5i Kvartal Zd. 1Zh, Privolzhskiy 413119, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6454142335 (Russia); Registration Number 1146454003332 (Russia) [RUSSIA-EO14024].

SARATOVSKII PROIZVODSTVENNO INZHINIRINGOVYI TSENTR (a.k.a. SARATOV PRODUCTION AND ENGINEERING CENTER LLC; a.k.a. "SPITS"), Mkr Engels-19, Ul. 5i Kvartal Zd. 1Zh, Privolzhskiy 413119, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6454142335 (Russia); Registration Number 1146454003332 (Russia) [RUSSIA-EO14024].

SARATOVSKY REFINERY PJSC (a.k.a. PUBLIC JOINT STOCK COMPANY SARATOV OIL REFINERY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SARATOVSKIY NEFTEPERERABATYVAYUSCHYI ZAVOD), 1 Bryanskaya Street, Saratov 410022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6451114900 (Russia); Registration Number 1026402483810 (Russia) [RUSSIA-EO14024].

SARAYA AL-'AREEN (a.k.a. ABU AL-HARETH MILITIA; a.k.a. SARAYA AL-AREEN (Arabic: سرايا العرين); a.k.a. "AL-AREEN 13"), Latakia, Syria [PAARSSR-EO13894].

SARAYA AL-AREEN (Arabic: سرايا العرين) (a.k.a. ABU AL-HARETH MILITIA; a.k.a. SARAYA AL-'AREEN; a.k.a. "AL-AREEN 13"), Latakia, Syria [PAARSSR-EO13894].

SARAYA AL-ASHTAR (a.k.a. AL-ASHTAR BRIGADES; a.k.a. "AAB"), Bahrain; Iran; Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

SARAYA AL-MOKHTAR (a.k.a. AL-MUKHTAR BRIGADES; a.k.a. AL-MUKHTAR COMPANIES; a.k.a. AL-MUQAWAMA AL-ISLAMIYYA AL-BAHRANIA; a.k.a. BAHRAINI ISLAMIC RESISTANCE; a.k.a. BAHRAINI ISLAMIC RESISTANCE AL-MUKHTAR COMPANIES; a.k.a. SARAYA AL-MUKHTAR; a.k.a. "AMB"; a.k.a. "SAM"), Iran; Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SARAYA AL-MUKHTAR (a.k.a. AL-MUKHTAR BRIGADES; a.k.a. AL-MUKHTAR COMPANIES; a.k.a. AL-MUQAWAMA AL-ISLAMIYYA AL-BAHRANIA; a.k.a. BAHRAINI ISLAMIC RESISTANCE; a.k.a. BAHRAINI ISLAMIC RESISTANCE AL-MUKHTAR COMPANIES; a.k.a. SARAYA AL-MOKHTAR; a.k.a. "AMB"; a.k.a. "SAM"), Iran; Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SARAYAT AL-QUDS (a.k.a. JUND AL-AQSA; a.k.a. SOLDIERS OF AL-AQSA; a.k.a. THE SOLDIERS OF AQSA; a.k.a. "JAA"), Idlib governorate, Syria; Hama governorate, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SARDASHTI, Nasrollah, Iran; DOB 22 Nov 1958; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E194742 (Iran) (individual) [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SARENAC, Nebojsa, Serbia; DOB 25 Dec 1977; nationality Serbia; Gender Male (individual) [GLOMAG] (Linked To: TESIC, Slobodan).

SARHAN, Hasan Ahmad Radi (a.k.a. SARHAN, Hasan Ahmed Radhi Husain), Iran; DOB 11 Dec 1990; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1866849 (Bahrain) expires 28 Sep 2015; National ID No. 901206679 (Bahrain) (individual) [SDGT] (Linked To: AL-ASHTAR BRIGADES).

SARHAN, Hasan Ahmed Radhi Husain (a.k.a. SARHAN, Hasan Ahmad Radi), Iran; DOB 11 Dec 1990; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1866849 (Bahrain) expires 28 Sep 2015; National ID No. 901206679 (Bahrain) (individual) [SDGT] (Linked To: AL-ASHTAR BRIGADES).

SARI, Kubilav (a.k.a. KUBILAY, Sari; a.k.a. SARI, Kubilay), Istanbul, Turkey; DOB 27 May 1991; POB Seyhan, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A08J00530 (Turkey); National ID No. 21691072558 (Turkey) (individual) [SDGT] (Linked To: KATIBAT AL TAWHID WAL JIHAD).

SARI, Kubilay (a.k.a. KUBILAY, Sari; a.k.a. SARI, Kubilav), Istanbul, Turkey; DOB 27 May 1991; POB Seyhan, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A08J00530 (Turkey); National ID No. 21691072558 (Turkey) (individual) [SDGT] (Linked To: KATIBAT AL TAWHID WAL JIHAD).

SARIL OVERSEAS LIMITED, Unit 704 7/F 135 Bonham Strand Trade CTR Sheung Wan, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Apr 2006; Company Number 1035845 (Hong Kong) [RUSSIA-EO14024] (Linked To: CHICHENEV, Alexey).

SARKISOV, Ruslan Eduardovich (Cyrillic: САРКИСОВ, Руслан Эдуардович), Moscow, Russia; DOB 01 Dec 1978; POB Donetsk, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772147273371 (Russia) (individual) [RUSSIA-EO14024].

SARKISYAN, Aleksandr Pavlovich (Cyrillic: САРКИСЬЯН, Александр Павлович), Russia; DOB 17 Aug 1946; POB Grozny, Republic of Chechnya, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: SCIENTIFIC-TECHNICAL CENTER FOR ELECTRONIC WARFARE).

SARL SIDAR (a.k.a. EDDAR INTERNATIONAL COMPANY; a.k.a. SIDAR COMPANY (Arabic: شركة سيدار); a.k.a. SIDAR INTERNATIONAL HOLDING COMPANY WLL), 141 Coup Imobiliere el bina lot N 141, Dely Ibrahim, Algiers, Algeria; Lotissement 108 Lot N50 Commune, El Hachiniia, Algeria; 141 Cooperative Immobilere De Construction Lot N141, Dely Ibrahim, Algeria; 141 Hai El Bina, Dely Ibrahim, Algeria; Website http://sidar-dz.com/en; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

SARMAD ELECTRONIC SEPAHAN COMPANY (Arabic: شركت سرمد الكترونیک سپاهان) (a.k.a. SARMAD ELECTRONICS SEPAHAN PRIVATE LIMITED COMPANY; a.k.a. SEPAHAN SARMAD ELECTRONIC), First Floor, No. 20, 7(28) Mir Emad Street, Mir Emad Street Shamshad, Central Sector, Isfahan City, Isfahan Province 8138961456, Iran; Organization Established Date 08 Jul 2000; Identification Number 10260371950 (Iran); Registration Number 16257 (Iran) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

SARMAD ELECTRONICS SEPAHAN PRIVATE LIMITED COMPANY (a.k.a. SARMAD ELECTRONIC SEPAHAN COMPANY (Arabic: شركت سرمد الكترونیک سپاهان); a.k.a. SEPAHAN SARMAD ELECTRONIC), First Floor, No. 20, 7(28) Mir Emad Street, Mir Emad Street Shamshad, Central Sector, Isfahan City, Isfahan Province 8138961456, Iran; Organization Established Date 08 Jul 2000; Identification Number 10260371950 (Iran); Registration Number 16257 (Iran) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

SARMADI, Mostafa, Iran; DOB 22 Aug 1987; nationality Iran; Gender Male; National ID No. 0082389985 (Iran) (individual) [ELECTION-EO13848] (Linked To: EMENNET PASARGAD).

SARMAND SAZEH SAZAN SOROUSH (Arabic: شركت سرآمد سازه سازان سروش), Ground Floor, No. 0, 3 Laleh Street, West Hafez Street, Firouzkouh Industrial Zone, Firouzkouh Industrial City, Shahrabad Rural District, Central District, Firouzkouh County, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 Dec 2023; National ID No. 14012866987 (Iran); Registration Number 1602 (Iran) [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed).

SARMAYE GOZARI DAY (a.k.a. DAY INVESTMENT), Iran [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SARMAYE GOZARI SIMAN SEPAHAN (a.k.a. SEPAHAN CEMENT INVESTMENT), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SARMAYEH BANK (a.k.a. BANK SARMAYEH; a.k.a. BANK-E SARMAYEH), Sepahod Gharani No. 24, Corner of Arak St., Tehran, Iran; No. 34, Corner of Arak St, Gharani Ave, Tehran, Iran; 24, Arak Street, Sepahbod Gharani Avenue, Tehran 19395-6415, Iran; Website www.sbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

SAROV NUCLEAR WEAPONS PLANT (a.k.a. ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. ARZAMAS-16; a.k.a. AVANGARD ELECTROMECHANICAL PLANT; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. KHARITON INSTITUTE; a.k.a. VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT EKSPERIMENTALNOY; a.k.a. "RFNC-VNIIEF"; a.k.a. "VNIIEF"), 10 Muzrukov Ave, Sarov, Nizhny Novgorod Region 607188, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1992; Tax ID No. 5254001230 (Russia); Registration Number 1025202199791 (Russia) [RUSSIA-EO14024].

SAROWAR, Tofael Mostafa (a.k.a. SARWAR, Tofail Mostafa; a.k.a. SORWAR, Tofayel Mustafa), Bangladesh; DOB 07 Dec 1973; POB Sunamganj, Bangladesh; nationality Bangladesh; Gender Male; National ID No. 19739116242567589 (Bangladesh) (individual) [GLOMAG] (Linked To: RAPID ACTION BATTALION).

SARRAYEH PARS EQUIPMENT INDUSTRIES COMPANY (a.k.a. PARS SARRALLE; a.k.a. PARS SARRALLE COMPANY; a.k.a. PARS SARRALLE EQUIPMENT INDUSTRIES COMPANY (Arabic: شركت صنایع تجهیزات پارس سارایه)), Tehran-Qom Highway; Shams Abad; Beharestan Blvd.; 7 Gulsorkh St.; No. 1, Iran; Qom Highway - Shams Abad Industrial Town - Beharestan Blvd. - 7th Gol Sorkh St., Tehran, Iran; Website http://parssarralle.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320622550 (Iran); Registration Number 411068 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

SARRIA DIAZ, Edgar Alberto (a.k.a. SARRIA, Edgar Alberto; a.k.a. SARRIAS, Edgar), Miranda, Venezuela; DOB 24 Jan 1976; nationality Spain; alt. nationality Venezuela; citizen Venezuela; Gender Male; Cedula No. 11734796 (Venezuela); Passport 042347444 (Venezuela) expires 14 Feb 2016; alt. Passport D0422201 (Venezuela) expires 07 Sep 2011; Tax ID No. 26664550Y (Spain) (individual) [VENEZUELA] (Linked To: QUIANA TRADING LIMITED).

SARRIA DIAZ, Rafael Alfredo (a.k.a. SARRIA, Rafael; a.k.a. SARRIA-DIAZ, Rafael A), Miranda, Venezuela; La Moraleja, Madrid, Spain; 5599 NW 23rd Ave, Boca Raton, FL 33496, United States; 480 Park Avenue, Apt. 10B, New York, NY 10022, United States; Calle de la Pena Pintada, 11, Madrid, Comunidad de Madrid 28034, Spain; Calle Los Malabares, Quinta Anauco, Valle Arriba, Caracas, Miranda

1080, Venezuela; DOB 11 Nov 1965; Gender Male; Cedula No. 6974302 (Venezuela); Passport 114910699 (Venezuela) expires 02 Feb 2020; alt. Passport F0018546 (Venezuela) expires 02 Jul 2014 (individual) [VENEZUELA] (Linked To: CABELLO RONDON, Diosdado).

SARRIA, Edgar Alberto (a.k.a. SARRIA DIAZ, Edgar Alberto; a.k.a. SARRIAS, Edgar), Miranda, Venezuela; DOB 24 Jan 1976; nationality Spain; alt. nationality Venezuela; citizen Venezuela; Gender Male; Cedula No. 11734796 (Venezuela); Passport 042347444 (Venezuela) expires 14 Feb 2016; alt. Passport D0422201 (Venezuela) expires 07 Sep 2011; Tax ID No. 26664550Y (Spain) (individual) [VENEZUELA] (Linked To: QUIANA TRADING LIMITED).

SARRIA, Rafael (a.k.a. SARRIA DIAZ, Rafael Alfredo; a.k.a. SARRIA-DIAZ, Rafael A), Miranda, Venezuela; La Moraleja, Madrid, Spain; 5599 NW 23rd Ave, Boca Raton, FL 33496, United States; 480 Park Avenue, Apt. 10B, New York, NY 10022, United States; Calle de la Pena Pintada, 11, Madrid, Comunidad de Madrid 28034, Spain; Calle Los Malabares, Quinta Anauco, Valle Arriba, Caracas, Miranda 1080, Venezuela; DOB 11 Nov 1965; Gender Male; Cedula No. 6974302 (Venezuela); Passport 114910699 (Venezuela) expires 02 Feb 2020; alt. Passport F0018546 (Venezuela) expires 02 Jul 2014 (individual) [VENEZUELA] (Linked To: CABELLO RONDON, Diosdado).

SARRIA-DIAZ, Rafael A (a.k.a. SARRIA DIAZ, Rafael Alfredo; a.k.a. SARRIA, Rafael), Miranda, Venezuela; La Moraleja, Madrid, Spain; 5599 NW 23rd Ave, Boca Raton, FL 33496, United States; 480 Park Avenue, Apt. 10B, New York, NY 10022, United States; Calle de la Pena Pintada, 11, Madrid, Comunidad de Madrid 28034, Spain; Calle Los Malabares, Quinta Anauco, Valle Arriba, Caracas, Miranda 1080, Venezuela; DOB 11 Nov 1965; Gender Male; Cedula No. 6974302 (Venezuela); Passport 114910699 (Venezuela) expires 02 Feb 2020; alt. Passport F0018546 (Venezuela) expires 02 Jul 2014 (individual) [VENEZUELA] (Linked To: CABELLO RONDON, Diosdado).

SARRIAS, Edgar (a.k.a. SARRIA DIAZ, Edgar Alberto; a.k.a. SARRIA, Edgar Alberto), Miranda, Venezuela; DOB 24 Jan 1976; nationality Spain; alt. nationality Venezuela; citizen Venezuela; Gender Male; Cedula No. 11734796 (Venezuela); Passport 042347444 (Venezuela) expires 14 Feb 2016; alt. Passport D0422201 (Venezuela) expires 07 Sep 2011;

Tax ID No. 26664550Y (Spain) (individual) [VENEZUELA] (Linked To: QUIANA TRADING LIMITED).

SARTAJI, Abas (a.k.a. HEDAYAT, Reza; a.k.a. SARTAJI, Abbas), Tehran, Iran; DOB 23 Aug 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M51368656 (Iran); National ID No. 6039648112 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SARTAJI, Abbas (a.k.a. HEDAYAT, Reza; a.k.a. SARTAJI, Abas), Tehran, Iran; DOB 23 Aug 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M51368656 (Iran); National ID No. 6039648112 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SARUR, Muhammad (a.k.a. SURUR, Muhammad Ibrahim), Baalbek-Hermel Province, Lebanon; DOB 05 Feb 1967; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

SARV SHIPPING COMPANY LIMITED, 198 Old Bakery Street, Valletta VLT 1455, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (356)(21241232) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SARWAR, Muhammad (a.k.a. HASHIM, Abdul; a.k.a. HASHIM, Abul; a.k.a. RABBANI, Abul Hashim; a.k.a. "ABU ALI HASHIM"; a.k.a. "ABU HASHIM"; a.k.a. "ABU UL-HASHIM"), Lahore, Pakistan; DOB 01 Jan 1966 to 31 Dec 1968; POB Sheikhupura, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AK5995921 (Pakistan) issued 24 Mar 2007 expires 22 Mar 2012 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

SARWAR, Tofail Mostafa (a.k.a. SAROWAR, Tofael Mostafa; a.k.a. SORWAR, Tofayel Mustafa), Bangladesh; DOB 07 Dec 1973; POB Sunamganj, Bangladesh; nationality Bangladesh; Gender Male; National ID No.

19739116242567589 (Bangladesh) (individual) [GLOMAG] (Linked To: RAPID ACTION BATTALION).

SARYGLAR, Aydyn Nikolayevich (Cyrillic: САРЫГЛАР, Айдын Николаевич), Russia; DOB 22 Feb 1988; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SASAD IRAN ELECTRONICS INDUSTRIES (a.k.a. IRAN ELECTRONICS INDUSTRIES; a.k.a. SAIRAN; a.k.a. SANAYE ELECTRONIC IRAN; a.k.a. SHERKAT SANAYEH ELECTRONICS IRAN; a.k.a. "IEI"), P.O. Box 19575-365, Shahied Langari Street, Noboniad Sq, Pasdaran Ave, Saltanad Abad, Tehran, Iran; P.O. Box 71365-1174, Hossain Abad/Ardakan Road, Shiraz, Iran; Hossein Abad/Ardakan Road, P.O. Box 555, Shiraz 71365/1174, Iran; Shahid Langari Street, Nobonyad Square, Tehran, Iran; Website www.ieimil.ir; alt. Website www.ieicorp.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 829 [NPWMD] [IFSR] [IRAN-TRA].

SASEMAN SANAJE DEFA (a.k.a. DEFENCE INDUSTRIES ORGANISATION; a.k.a. DEFENSE INDUSTRIES ORGANIZATION; a.k.a. DIO; a.k.a. SAZEMANE SANAYE DEFA; a.k.a. "SASADJA"), P.O. Box 19585-777, Pasdaran Street, Entrance of Babaie Highway, Permanent Expo of Defence Industries Organization, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

SATA INVESTMENT COMPANY (Arabic: سرمايه گذاری سانا) (a.k.a. ARMED FORCES SOCIAL SECURITY AND PENSION FUND INVESTMENT - SHESTAN; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT FUND SHASTAN (Arabic: سرمايه گذار تامين اجتماعى نيروهای مسلح شستان); a.k.a. ARMED FORCES SOCIAL WELFARE INVESTMENT ORGANIZATION OF IRAN; a.k.a. SATA MILITARY POWERS SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. SHASTAN ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY (Arabic: شرکت سرمايه گذاری تامين اجتماعى نيروهای مسلح شستان); a.k.a. "SHASTAN"; a.k.a. "SHESTAN"), No. 132, Khoramshahr Street, Tehran, Iran (Arabic: خيابان خرمشهر پلاک ۱۳۲, تهران, Iran); Shahid Beheshti Avenue, Khorramshahr,

Number 138, Tehran, Iran; No. 138, Khorramshahr Street, District 7, Tehran, Tehran Province 1533775511, Iran; Website http://www.esata.ir; alt. Website shastan.ir; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10103653560 (Iran); Registration Number 326039 (Iran) [IRAN-EO13846].

SATA MILITARY POWERS SOCIAL SECURITY INVESTMENT COMPANY (a.k.a. ARMED FORCES SOCIAL SECURITY AND PENSION FUND INVESTMENT - SHESTAN; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT FUND SHASTAN (Arabic: سرمایه گذار تامین اجتماعی نیروهای مسلح شستان); a.k.a. ARMED FORCES SOCIAL WELFARE INVESTMENT ORGANIZATION OF IRAN; a.k.a. SATA INVESTMENT COMPANY (Arabic: سرمایه گذاری ساتا); a.k.a. SHASTAN ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY (Arabic: شرکت سرمایه گذاری تامین اجتماعی نیروهای مسلح شستان); a.k.a. "SHASTAN"; a.k.a. "SHESTAN"), No. 132, Khoramshahr Street, Tehran, Iran (Arabic: خیابان خرمشهر پلاک ۱۳۲, تهران, Iran); Shahid Beheshti Avenue, Khorramshahr, Number 138, Tehran, Iran; No. 138, Khorramshahr Street, District 7, Tehran, Tehran Province 1533775511, Iran; Website http://www.esata.ir; alt. Website shastan.ir; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.

Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10103653560 (Iran); Registration Number 326039 (Iran) [IRAN-EO13846].

SATAR, Haji Abdul (a.k.a. ABDULASATTAR; a.k.a. BARAKZAI, Haji Abdul Sattar; a.k.a. BARAKZAI, Haji Satar; a.k.a. MANAN, Haji Abdul Satar Haji Abdul), Kachray Road, Pashtunabad, Quetta, Balochistan Province, Pakistan; Nasrullah Khan Chowk, Pashtunabad Area, Balochistan Province, Pakistan; Chaman, Balochistan Province, Pakistan; Abdul Satar Food Shop, Eno Mina 0093, Kandahar, Afghanistan; DOB 1964; POB Mirmandaw Village, Nahr-e Saraj District, Helmand Province, Afghanistan; alt. POB Qilla Abdullah, Pakistan; alt. POB Mirmadaw Village, Gereshk District, Helmand Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AM5421691 (Pakistan) expires 11 Aug 2013; National ID No. 5420250161699 (Pakistan); alt. National ID No. 585629 (Afghanistan) (individual) [SDGT] (Linked To: HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE; Linked To: TALIBAN).

SATEREH SHARGH MOBIN CO. (a.k.a. EAST STAR COMPANY; a.k.a. SATEREH SHARGH SAMIN CO., LTD.; a.k.a. SETAREH SHARGH CO.), Unit 5, Third Floor, 15th Street, Bokharest Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SATEREH SHARGH SAMIN CO., LTD. (a.k.a. EAST STAR COMPANY; a.k.a. SATEREH SHARGH MOBIN CO.; a.k.a. SETAREH SHARGH CO.), Unit 5, Third Floor, 15th Street, Bokharest Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SATIZABAL RENGIFO, Mario German (a.k.a. "PELO DE COBRE"), Colombia; DOB 04 Mar 1970; POB Buga, Valle, Colombia; Cedula No. 14892890 (Colombia) (individual) [SDNT].

SATNA COMPANY (a.k.a. POWER PLANT EQUIPMENT MANUFACTURING COMPANY; a.k.a. "POWERPLANT EQUIPMENT MANUFACTURING COMPANY"; a.k.a. "SATNA"), Tehran, Iran; Additional Sanctions

Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

SATURN EK OOO, Pr-d 6-I Predportovyi d. 4, lit. S, pomeshch. 42, Saint Petersburg 196240, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806525158 (Russia); Registration Number 1147847154949 (Russia) [RUSSIA-EO14024].

SATURN OASIS CO., LIMITED, Unit A, Rm 9, 3/F., Cheong Sun Tower, 116-118 Wing Lok Street, Sheung Wan, Hong Kong, Hong Kong; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); C.R. No. 2451234 (Hong Kong) [IRAN-EO13846].

SAUCEDA GAMBOA, Gregorio, Avenida Manuel M. Ponce 2404, Colonia Zaragoza, Nuevo Laredo, Tamaulipas, Mexico; Leonides Guerra No. 97 y Eugenio Lopez No. 97, Colonia San Rafael, Matamoros, Tamaulipas, Mexico; Claveles No. 320, entre Retama y Palma, Colonia Jardin, Reynosa, Tamaulipas, Mexico; Octava No. 433, entre Fuente de Diana y Boulevard Oriente Dos, Colonia Las Fuentes, Reynosa, Tamaulipas, Mexico; Calle Ciudad PEMEX, Enseguida del Numero 512, Colonia Jose de Escandon - Petrolera, Reynosa, Tamaulipas, Mexico; DOB 05 Nov 1965; alt. DOB 05 May 1965; POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. SAXG651105HTSCXR07 (Mexico); Electoral Registry No. SCGMGR65110528H300 (Mexico) (individual) [SDNTK].

SAUCEDO HUIPIO, Raul (a.k.a. "RICARDO"), Avenida Dinamarca S/N, Col. Orizaba, Mexicali, Baja California, Mexico; Priv. de Ruben Mora 27, Col. Los Naranjos 39480, Acapulco de Juarez, Guerrero, Mexico; DOB 03 Sep 1974; POB Guerrero, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P.

SAHR740903HGRCPL07 (Mexico); I.F.E. SCHPRL74090312H802 (Mexico) (individual) [TCO] (Linked To: HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION).

SAUDI RAPID INTERVENTION GROUP (a.k.a. FIRQAT EL-NEMR; a.k.a. RAPID INTERVENTION FORCE; a.k.a. "TIGER SQUAD"), Saudi Arabia; Organization Established Date 2015 [GLOMAG] (Linked To: AL-QAHTANI, Saud).

SAULENKO, Alexander Fedorovich (Cyrillic: САУЛЕНКО, Александр Федорович) (a.k.a. SAULENKO, Oleksandr Fedorovych (Cyrillic: САУЛЕНКО, Олександр Федорович)), 8 Pushkin St., Novopetrovka Village, Berydansk, Zaporozhye Region 71100, Ukraine; DOB 09 May 1962; POB Novopetrovka Village, Berdyansk, Zaporozhye, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2277417617 (Ukraine) (individual) [RUSSIA-EO14024].

SAULENKO, Oleksandr Fedorovych (Cyrillic: САУЛЕНКО, Олександр Федорович) (a.k.a. SAULENKO, Alexander Fedorovich (Cyrillic: САУЛЕНКО, Александр Федорович)), 8 Pushkin St., Novopetrovka Village, Berydansk, Zaporozhye Region 71100, Ukraine; DOB 09 May 1962; POB Novopetrovka Village, Berdyansk, Zaporozhye, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2277417617 (Ukraine) (individual) [RUSSIA-EO14024].

SAVANG, Cha Mu (a.k.a. MOOSAWAN, Naija; a.k.a. SAWANG, Chamu; a.k.a. YU, Jianjun), Thailand; DOB 01 Jan 1964 to 17 Feb 1964; nationality Thailand; Gender Male; Passport Z992106 (Thailand) expires 26 Feb 2017 (individual) [BURMA-EO14014] [CYBER4] (Linked To: TRANS ASIA INTERNATIONAL HOLDING GROUP THAILAND COMPANY LIMITED).

SAVCHENKO, Evgeny Stepanovich (Cyrillic: САВЧЕНКО, Евгений Степанович) (a.k.a. SAVCHENKO, Yevgeny Stepanovich), Russia; DOB 08 Apr 1950; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SAVCHENKO, Oleg Vladimirovich (Cyrillic: САВЧЕНКО, Олег Владимирович), Russia; DOB 25 Oct 1966; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SAVCHENKO, Peter (a.k.a. SAVCHENKO, Peter A.; a.k.a. SAVCHENKO, Petr; a.k.a. SAVCHENKO, Petro Oleksiiovych), Makeyevka, Ukraine; DOB 23 Feb 1968; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: PROFAKTOR, TOV).

SAVCHENKO, Peter A. (a.k.a. SAVCHENKO, Peter; a.k.a. SAVCHENKO, Petr; a.k.a. SAVCHENKO, Petro Oleksiiovych), Makeyevka, Ukraine; DOB 23 Feb 1968; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: PROFAKTOR, TOV).

SAVCHENKO, Petr (a.k.a. SAVCHENKO, Peter; a.k.a. SAVCHENKO, Peter A.; a.k.a. SAVCHENKO, Petro Oleksiiovych), Makeyevka, Ukraine; DOB 23 Feb 1968; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: PROFAKTOR, TOV).

SAVCHENKO, Petro Oleksiiovych (a.k.a. SAVCHENKO, Peter; a.k.a. SAVCHENKO, Peter A.; a.k.a. SAVCHENKO, Petr), Makeyevka, Ukraine; DOB 23 Feb 1968; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: PROFAKTOR, TOV).

SAVCHENKO, Svetlana Borisovna; DOB 24 Jun 1965; POB Ukraine; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

SAVCHENKO, Yevgeny Stepanovich (a.k.a. SAVCHENKO, Evgeny Stepanovich (Cyrillic: САВЧЕНКО, Евгений Степанович)), Russia; DOB 08 Apr 1950; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SAVCHENKOV, Sergei Pavlovich (Cyrillic: САВЧЕНКОВ, Сергей Павлович) (a.k.a. SAVCHENKOV, Sergey Pavlovich), Russia; DOB 01 Oct 1954; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY BERDSK ELECTROMECHANICAL PLANT).

SAVCHENKOV, Sergey Pavlovich (a.k.a. SAVCHENKOV, Sergei Pavlovich (Cyrillic: САВЧЕНКОВ, Сергей Павлович)), Russia; DOB 01 Oct 1954; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY BERDSK ELECTROMECHANICAL PLANT).

SAVELIEV, Vitaly Gennadyevich (a.k.a. SAVELYEV, Vitaly Gennadyevich (Cyrillic: САВЕЛЬЕВ, Виталий Геннадьевич)), Russia; DOB 18 Jan 1954; POB Tashkent, Uzbekistan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SAVELOV, Marat Maratovich (a.k.a. ISMAGILOV, Marat Maratovich; a.k.a. KHIMICH, Marat; a.k.a. SAVELOV-HIMICH, Marat), Austria; Singapore; 16 Malakhitovaya St, Apt 5, Novinki, Moscow 123103, Russia; DOB 15 Dec 1979; POB Grozny, Russia; nationality Russia; alt. nationality Israel; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 725260121 (Russia) issued 04 Jul 2013 expires 04 Jul 2023; alt. Passport 753383048 (Russia) issued 30 Jun 2016 expires 30 Jun 2026; alt. Passport 32395882 (Israel) issued 16 May 2018 expires 15 May 2023; National ID No. 4508457970 (Russia); alt. National ID No. 345133367 (Israel) (individual) [RUSSIA-EO14024].

SAVELOV-HIMICH, Marat (a.k.a. ISMAGILOV, Marat Maratovich; a.k.a. KHIMICH, Marat; a.k.a. SAVELOV, Marat Maratovich), Austria; Singapore; 16 Malakhitovaya St, Apt 5, Novinki, Moscow 123103, Russia; DOB 15 Dec 1979; POB Grozny, Russia; nationality Russia; alt. nationality Israel; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 725260121 (Russia) issued 04 Jul 2013 expires 04 Jul 2023; alt. Passport 753383048 (Russia) issued 30 Jun 2016 expires 30 Jun 2026; alt. Passport 32395882 (Israel) issued 16 May 2018 expires 15 May 2023; National ID No. 4508457970 (Russia); alt. National ID No. 345133367 (Israel) (individual) [RUSSIA-EO14024].

SAVELYEV, Dmitry Ivanovich (Cyrillic: САВЕЛЬЕВ, Дмитрий Иванович), Russia; DOB 25 May 1971; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SAVELYEV, Dmitry Vladimirovich (Cyrillic: САВЕЛЬЕВ, Дмитрий Владимирович), Russia; DOB 03 Aug 1968; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SAVELYEV, Oleg Genrikhovich; DOB 27 Oct 1965; POB St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Minister for Crimean Affairs (individual) [UKRAINE-EO13661].

SAVELYEV, Vitaly Gennadyevich (Cyrillic: САВЕЛЬЕВ, Виталий Геннадьевич) (a.k.a. SAVELIEV, Vitaly Gennadyevich), Russia; DOB 18 Jan 1954; POB Tashkent, Uzbekistan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SAVIN, Aleksandr Alexandrovich (a.k.a. SAVIN, Alexander Alexandrovich (Cyrillic: САВИН, Александр Александрович)), Russia; DOB 28 Jan 1962; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SAVIN, Alexander Alexandrovich (Cyrillic: САВИН, Александр Александрович) (a.k.a. SAVIN, Aleksandr Alexandrovich), Russia; DOB 28 Jan 1962; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SAVINGS BANK OF THE REPUBLIC OF ARMENIA (a.k.a. VTB BANK ARMENIA CJSC; a.k.a. VTB BANK ARMENIA CLOSED JOINT STOCK COMPANY), 46 Ul, Nalbandyan, Yerevan 375010, Armenia; SWIFT/BIC ARMJAM22; Website www.vtb.am; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

SAVIOR OF UKRAINE COMMITTEE (a.k.a. COMMITTEE FOR THE RESCUE OF UKRAINE; a.k.a. SALVATION COMMITTEE OF UKRAINE; a.k.a. UKRAINE SALVATION COMMITTEE), Russia; Website http://comitet.su/about/; Email Address comitet@comitet.su; alt. Email Address komitet_2015@yahoo.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660] (Linked To: AZAROV, Mykola Yanovych).

SAVITSKAYA, Svetlana Evgenievna (Cyrillic: САВИЦКАЯ, Светлана Евгеньевна), Russia; DOB 08 Aug 1948; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SAVOLER DEVELOPMENT LIMITED, Louloupis Court, Floor No: 7, Christodoylou Chatzipaylou 205, Limassol 3036, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Oct 2016; Registration Number C360999 (Cyprus) [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

SAVRUK, Viktoriya Orestovna (Cyrillic: САВРУК, Виктория Орестовна), Belarus; DOB 12 Feb 1980; nationality Ukraine; citizen Ukraine; Gender Female; National ID No. R0100001414249 (Ukraine) (individual) [BELARUS-EO14038] (Linked To: LLC MOT).

SAWADJAAN, Hatib Hajan (a.k.a. HAJAN, Pah; a.k.a. SAWADJAAN, Hatib Hajjan), Mindanao, Philippines; DOB 1959; POB Jolo City, Philippines; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SAWADJAAN, Hatib Hajjan (a.k.a. HAJAN, Pah; a.k.a. SAWADJAAN, Hatib Hajan), Mindanao, Philippines; DOB 1959; POB Jolo City, Philippines; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SAWANG, Chamu (a.k.a. MOOSAWAN, Naija; a.k.a. SAVANG, Cha Mu; a.k.a. YU, Jianjun), Thailand; DOB 01 Jan 1964 to 17 Feb 1964; nationality Thailand; Gender Male; Passport Z992106 (Thailand) expires 26 Feb 2017 (individual) [BURMA-EO14014] [CYBER4] (Linked To: TRANS ASIA INTERNATIONAL HOLDING GROUP THAILAND COMPANY LIMITED).

SAWH, Himnauth, Guyana; DOB 03 Jun 1988; POB Cane Grove, Guyana; nationality Guyana; Gender Male; Passport R0293133 (Guyana) (individual) [ILLICIT-DRUGS-EO14059].

SAWYER, Francine Denise (a.k.a. LOUIE, Francine Denise; a.k.a. LOUIE, Francine Denise Marie); DOB 17 Sep 1958; POB Ontario, Canada; citizen Canada; Passport QD872059 (Canada) (individual) [SDNTK].

SAWZEMANE GOSTARESH VA NOWSAZI SANAYE IRAN (a.k.a. IDRO; a.k.a. INDUSTRIAL DEVELOPMENT AND RENOVATION ORGANIZATION OF IRAN; a.k.a. IRAN DEVELOPMENT & RENOVATION ORGANIZATION COMPANY; a.k.a. IRAN DEVELOPMENT AND RENOVATION ORGANIZATION COMPANY), Vali Asr Building, Jam e Jam Street, Vali Asr Avenue, Tehran 15815-3377, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

SAYADI, Nabil Abdul Salam (a.k.a. "ABOU ZEINAB"), 69 Rue des Bataves, 1040 Etterbeek, Brussels, Belgium; Vaatjesstraat, 29, Putte 2580, Belgium; DOB 01 Jan 1966; POB Tripoli, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1091875; National ID No. 660000 73767 (Belgium); Public Security and Immigration No. 98.805 (individual) [SDGT].

SAYARA AL-QUDS (a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION); Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 [FTO] [SDGT].

SAYDNAYA MILITARY PRISON (Arabic: سجن صيدنايا العسكري) (a.k.a. SAIDNAYA MILITARY PRISON; a.k.a. SAYDNAYA PRISON; a.k.a. SEDNAYA PRISON (Arabic: سجن صيدنايا)), Syria [PAARSSR-EO13894].

SAYDNAYA PRISON (a.k.a. SAIDNAYA MILITARY PRISON; a.k.a. SAYDNAYA MILITARY PRISON (Arabic: سجن صيدنايا العسكري); a.k.a. SEDNAYA PRISON (Arabic: سجن صيدنايا)), Syria [PAARSSR-EO13894].

SAYED ALHOSSEINI, Akbar (a.k.a. SAEED HUSAINI, Akbar; a.k.a. SAYEDOLHUSSEINI, Akbar; a.k.a. SAYYED AL-HOSEINI, Akbar; a.k.a. SEYED ALHOSSEINI, Akbar; a.k.a. SEYEDOLHOSEINI, Akbar); DOB 22 Nov 1961; POB Taybad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D9004309 issued 12 Nov 2008 expires 13 Nov 2013 (individual) [SDGT] [IRGC] [IFSR].

SAYED, Aly Soliman Massoud Abdul (a.k.a. AL-JAWZIYYAH, Ibn al-Qayyim; a.k.a. AL-SAYYID, 'Ali Sulayman Mas'ud 'Abd; a.k.a. "AL-QAYYIM, 'Ibn"; a.k.a. "AL-ZAWL"; a.k.a. "EL-QAIM, Ibn"; a.k.a. "OSMAN, Mohamed"); DOB 1969; POB Tripoli, Libya; nationality Libya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 96/184442 (Libya) (individual) [SDGT].

SAYED, Hafiz Mohammad (a.k.a. SAEED HAFIZ, Muhammad; a.k.a. SAEED, Hafiz; a.k.a. SAEED, Hafiz Mohammad; a.k.a. SAEED, Hafiz Muhammad; a.k.a. SAEED, Muhammad; a.k.a. SAYEED, Hafez Mohammad; a.k.a. SAYID, Hafiz Mohammad; a.k.a. SYEED, Hafiz Mohammad; a.k.a. "HAFIZ SAHIB"; a.k.a. "TATA JI"), House No. 116 E, Mohalla Johar, Town: Lahore, Tehsil:, Lahore City, Lahore District, Pakistan; DOB 05 Jun 1950; POB Sargodha, Punjab, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BE5978421 (Pakistan) issued 14 Nov 2007 expires 12 Nov 2012; alt. Passport Booklet A5250088 (Pakistan); National ID No. 3520025509842-7 (Pakistan); alt. National ID No. 23250460642 (Pakistan) (individual) [SDGT].

SAYED, Khan (a.k.a. MEHSUD, Sajna; a.k.a. SAID, Khan); DOB 1975; alt. DOB 1977; POB Zangara area, Sararogh, South Waziristan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SAYED, Toriq Agha (a.k.a. AGHA, Torak; a.k.a. AGHA, Torek; a.k.a. AGHA, Toriq; a.k.a. HASHAN, Sayed Mohammad), Pashtunabad, Quetta, Pakistan; DOB 01 Jan 1964 to 31 Dec 1966; alt. DOB 01 Jan 1961 to 31 Dec 1963; alt. DOB 1960; POB Kandahar Province, Afghanistan; alt. POB Pishin, Balochistan Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 5430312277059 (Pakistan); Haji (individual) [SDGT] (Linked To: TALIBAN).

SAYED, Zair Husain Iqbal Husain, India; DOB 05 Sep 1967; nationality India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 08612845 (India) (individual) [SDGT] (Linked To: RN SHIP MANAGEMENT PRIVATE LIMITED).

SAYED, Zulfikar Hussain Rizvi, India; DOB 11 Nov 1965; nationality India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 08612846 (India) (individual) [SDGT] (Linked To: RN SHIP MANAGEMENT PRIVATE LIMITED).

SAYEDOLHUSSEINI, Akbar (a.k.a. SAEED HUSAINI, Akbar; a.k.a. SAYED ALHOSSEINI, Akbar; a.k.a. SAYYED AL-HOSEINI, Akbar; a.k.a. SEYED ALHOSSEINI, Akbar; a.k.a. SEYEDOLHOSEINI, Akbar); DOB 22 Nov 1961; POB Taybad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D9004309 issued 12 Nov 2008 expires 13 Nov 2013 (individual) [SDGT] [IRGC] [IFSR].

SAYEED, Hafez Mohammad (a.k.a. SAEED HAFIZ, Muhammad; a.k.a. SAEED, Hafiz; a.k.a. SAEED, Hafiz Mohammad; a.k.a. SAEED, Hafiz Muhammad; a.k.a. SAEED, Muhammad; a.k.a. SAYED, Hafiz Mohammad; a.k.a. SAYID, Hafiz Mohammad; a.k.a. SYEED, Hafiz Mohammad; a.k.a. "HAFIZ SAHIB"; a.k.a. "TATA JI"), House No. 116 E, Mohalla Johar, Town: Lahore, Tehsil:, Lahore City, Lahore District, Pakistan; DOB 05 Jun 1950; POB Sargodha, Punjab, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BE5978421 (Pakistan) issued 14 Nov 2007 expires 12 Nov 2012; alt. Passport Booklet A5250088 (Pakistan); National ID No. 3520025509842-7 (Pakistan); alt. National ID No. 23250460642 (Pakistan) (individual) [SDGT].

SAYEH BAN SEPEHR DELIJAN CO. (a.k.a. SAYEH BAN SEPEHR DELIJAN WATERPROOFING; a.k.a. SAYEH BAN SEPEHR INDUSTRIAL GROUP; a.k.a. SAYEHBAN SEPEHR CO.; a.k.a. SAYEHBAN SEPEHR DELIJAN; a.k.a. SAYEHBAN SEPEHRE DELIJAN COMPANY; a.k.a. "BAMBAN SEPEHR"; a.k.a. "BAMBAN SHARG"; a.k.a. "SYFLEX"), Ravanji Industrial Zone, 15km of Tehran Road, Delijan, Iran; No. 9 Shenasa Street, Vali Asr Street, Tehran, Iran; Website www.sayehbansepehr.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2008; National ID No. 10861613180 (Iran); Business Registration Number 1051 (Iran) [NPWMD] [IFSR] (Linked To: HOSSEINI, Mohammad Ali).

SAYEH BAN SEPEHR DELIJAN WATERPROOFING (a.k.a. SAYEH BAN SEPEHR DELIJAN CO.; a.k.a. SAYEH BAN SEPEHR INDUSTRIAL GROUP; a.k.a. SAYEHBAN SEPEHR CO.; a.k.a. SAYEHBAN SEPEHR DELIJAN; a.k.a. SAYEHBAN SEPEHRE DELIJAN COMPANY; a.k.a. "BAMBAN SEPEHR"; a.k.a. "BAMBAN SHARG"; a.k.a. "SYFLEX"), Ravanji Industrial Zone, 15km of Tehran Road, Delijan, Iran; No. 9 Shenasa Street, Vali Asr Street, Tehran, Iran; Website www.sayehbansepehr.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2008; National ID No. 10861613180 (Iran); Business Registration Number 1051 (Iran) [NPWMD] [IFSR] (Linked To: HOSSEINI, Mohammad Ali).

SAYEH BAN SEPEHR INDUSTRIAL GROUP (a.k.a. SAYEH BAN SEPEHR DELIJAN CO.; a.k.a. SAYEH BAN SEPEHR DELIJAN WATERPROOFING; a.k.a. SAYEHBAN SEPEHR CO.; a.k.a. SAYEHBAN SEPEHR DELIJAN; a.k.a. SAYEHBAN SEPEHRE DELIJAN COMPANY; a.k.a. "BAMBAN SEPEHR"; a.k.a. "BAMBAN SHARG"; a.k.a. "SYFLEX"), Ravanji Industrial Zone, 15km of Tehran Road, Delijan, Iran; No. 9 Shenasa Street, Vali Asr Street, Tehran, Iran; Website www.sayehbansepehr.com; Additional

Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2008; National ID No. 10861613180 (Iran); Business Registration Number 1051 (Iran) [NPWMD] [IFSR] (Linked To: HOSSEINI, Mohammad Ali).

SAYEHBAN SEPEHR CO. (a.k.a. SAYEH BAN SEPEHR DELIJAN CO.; a.k.a. SAYEH BAN SEPEHR DELIJAN WATERPROOFING; a.k.a. SAYEH BAN SEPEHR INDUSTRIAL GROUP; a.k.a. SAYEHBAN SEPEHR DELIJAN; a.k.a. SAYEHBAN SEPEHRE DELIJAN COMPANY; a.k.a. "BAMBAN SEPEHR"; a.k.a. "BAMBAN SHARG"; a.k.a. "SYFLEX"), Ravanji Industrial Zone, 15km of Tehran Road, Delijan, Iran; No. 9 Shenasa Street, Vali Asr Street, Tehran, Iran; Website www.sayehbansepehr.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2008; National ID No. 10861613180 (Iran); Business Registration Number 1051 (Iran) [NPWMD] [IFSR] (Linked To: HOSSEINI, Mohammad Ali).

SAYEHBAN SEPEHR DELIJAN (a.k.a. SAYEH BAN SEPEHR DELIJAN CO.; a.k.a. SAYEH BAN SEPEHR DELIJAN WATERPROOFING; a.k.a. SAYEH BAN SEPEHR INDUSTRIAL GROUP; a.k.a. SAYEHBAN SEPEHR CO.; a.k.a. SAYEHBAN SEPEHRE DELIJAN COMPANY; a.k.a. "BAMBAN SEPEHR"; a.k.a. "BAMBAN SHARG"; a.k.a. "SYFLEX"), Ravanji Industrial Zone, 15km of Tehran Road, Delijan, Iran; No. 9 Shenasa Street, Vali Asr Street, Tehran, Iran; Website www.sayehbansepehr.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2008; National ID No. 10861613180 (Iran); Business Registration Number 1051 (Iran) [NPWMD] [IFSR] (Linked To: HOSSEINI, Mohammad Ali).

SAYEHBAN SEPEHRE DELIJAN COMPANY (a.k.a. SAYEH BAN SEPEHR DELIJAN CO.; a.k.a. SAYEH BAN SEPEHR DELIJAN WATERPROOFING; a.k.a. SAYEH BAN SEPEHR INDUSTRIAL GROUP; a.k.a. SAYEHBAN SEPEHR CO.; a.k.a. SAYEHBAN SEPEHR DELIJAN; a.k.a. "BAMBAN SEPEHR"; a.k.a. "BAMBAN SHARG"; a.k.a. "SYFLEX"), Ravanji Industrial Zone, 15km of Tehran Road, Delijan, Iran; No. 9 Shenasa Street, Vali Asr Street, Tehran, Iran; Website www.sayehbansepehr.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2008; National ID No. 10861613180 (Iran); Business Registration Number 1051 (Iran) [NPWMD] [IFSR] (Linked To: HOSSEINI, Mohammad Ali).

SAYENKO, Sergey Ivanovich (a.k.a. SAENKO, Sergei Ivanovich), Russia; DOB 25 Sep 1950; nationality Russia; Gender Male (individual) [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

SAYID, Hafiz Mohammad (a.k.a. SAEED HAFIZ, Muhammad; a.k.a. SAEED, Hafiz; a.k.a. SAEED, Hafiz Mohammad; a.k.a. SAEED, Hafiz Muhammad; a.k.a. SAEED, Muhammad; a.k.a. SAYED, Hafiz Mohammad; a.k.a. SAYEED, Hafez Mohammad; a.k.a. SYEED, Hafiz Mohammad; a.k.a. "HAFIZ SAHIB"; a.k.a. "TATA JI"), House No. 116 E, Mohalla Johar, Town: Lahore, Tehsil:, Lahore City, Lahore District, Pakistan; DOB 05 Jun 1950; POB Sargodha, Punjab, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BE5978421 (Pakistan) issued 14 Nov 2007 expires 12 Nov 2012; alt. Passport Booklet A5250088 (Pakistan); National ID No. 3520025509842-7 (Pakistan); alt. National ID No. 23250460642 (Pakistan) (individual) [SDGT].

SAYYARI, Mehdi (a.k.a. SAYYARI, Mohammad Mehdi; a.k.a. SIARI, Mehdi), Iran; DOB 12 Jul 1959; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; IRGC Intelligence Organization Co-Deputy Chief (individual) [IRGC] [IFSR] [HOSTAGES-EO14078] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS INTELLIGENCE ORGANIZATION).

SAYYARI, Mohammad Mehdi (a.k.a. SAYYARI, Mehdi; a.k.a. SIARI, Mehdi), Iran; DOB 12 Jul 1959; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; IRGC Intelligence Organization Co-Deputy Chief (individual) [IRGC] [IFSR] [HOSTAGES-EO14078] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS INTELLIGENCE ORGANIZATION).

SAYYED AL-HOSEINI, Akbar (a.k.a. SAEED HUSAINI, Akbar; a.k.a. SAYED ALHOSSEINI, Akbar; a.k.a. SAYEDOLHUSSEINI, Akbar; a.k.a. SEYED ALHOSSEINI, Akbar; a.k.a. SEYEDOLHOSEINI, Akbar); DOB 22 Nov 1961; POB Taybad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D9004309 issued 12 Nov 2008 expires 13 Nov 2013 (individual) [SDGT] [IRGC] [IFSR].

SAYYED, Ibrahim Amin (a.k.a. AL-SAYYID, Ibrahim Amin; a.k.a. "AL-AMIN, Ibrahim"), Lebanon; DOB 1953; POB Nabi Ayla, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Head of the Political Council of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

SAYYED, Jamil (a.k.a. AL-SAYED, Jamil Muhammad Amin Amin (Arabic: جميل محمد امين امين السيد); a.k.a. EL SAYED, Jamil; a.k.a. EL SAYED, Jamil Mohamad Amin), Sea Road Summerland, Jnah, Beirut, Lebanon; Nabi Aylah, Zahleh, Bekaa, Lebanon; DOB 15 Jul 1950; POB Nabi Ayla, Beqaa, Lebanon; nationality Lebanon; Gender Male; Passport RL3234354 (Lebanon) expires 07 Jun 2020 (individual) [LEBANON].

SAYYED, Sadiq Abbas Habib (a.k.a. "ACOSTA, Jonathan"; a.k.a. "SHARMA, Rakesh"), India; DOB 08 Dec 1985; POB India; nationality India; citizen India; Gender Male; Digital Currency Address - TRX TDFtJtyLPgN3oWUoHh23oJox3T5V5nR11K (individual) [ILLICIT-DRUGS-EO14059].

SAYYEDOSHOHADA, Ahmad Khadem (a.k.a. DANESH PAZHU, Ahmad Khadem (Arabic: احمد خادم دانش پژو); a.k.a. KADEM, Ahmad; a.k.a. KHADEM, Ahmad; a.k.a. SEYED AL-SHOHADA, Ahmad Khadem; a.k.a. SEYEDOSHOHADA, Ahmad Khadem (Arabic: احمد خادم سیدالشهدا)), Khuzestan, Iran; Lorestan, Iran; Kohgiluyeh and Boyer-Ahmad, Iran; DOB 27 Apr 1959; POB Shushtar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1881506428 (Iran); Commander of Karbala IRGC Operational Base (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SAZANOV, Aleksei Valerievich (a.k.a. SAZANOV, Aleksey Valerevich (Cyrillic: САЗАНОВ, Алексей Валерьевич); a.k.a. SAZANOV, Alexei Valerevich; a.k.a. SAZANOV, Alexey Valeryevich), Russia; DOB 13 Apr 1983; POB Nizhniy Novgorod, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SAZANOV, Aleksey Valerevich (Cyrillic: САЗАНОВ, Алексей Валерьевич) (a.k.a. SAZANOV, Aleksei Valerievich; a.k.a.

SAZANOV, Alexei Valerevich; a.k.a. SAZANOV, Alexey Valeryevich), Russia; DOB 13 Apr 1983; POB Nizhniy Novgorod, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SAZANOV, Alexei Valerevich (a.k.a. SAZANOV, Aleksei Valerievich; a.k.a. SAZANOV, Aleksey Valerevich (Cyrillic: САЗАНОВ, Алексей Валерьевич); a.k.a. SAZANOV, Alexey Valeryevich), Russia; DOB 13 Apr 1983; POB Nizhniy Novgorod, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SAZANOV, Alexey Valeryevich (a.k.a. SAZANOV, Aleksei Valerievich; a.k.a. SAZANOV, Aleksey Valerevich (Cyrillic: САЗАНОВ, Алексей Валерьевич); a.k.a. SAZANOV, Alexei Valerevich), Russia; DOB 13 Apr 1983; POB Nizhniy Novgorod, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SAZEH MORAKAB CO. LTD, Unit 1, Third Floor, No. 183 Rashid St., Tehran, Tehran-Pars, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SAZEMAN-E BASIJ-E MOSTAZAFAN (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SAZEMANE SANAYE DEFA (a.k.a. DEFENCE INDUSTRIES ORGANISATION; a.k.a. DEFENSE INDUSTRIES ORGANIZATION; a.k.a. DIO; a.k.a. SASEMAN SANAJE DEFA; a.k.a. "SASADJA"), P.O. Box 19585-777, Pasdaran Street, Entrance of Babaie Highway, Permanent Expo of Defence Industries Organization, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

SAZGAR, Amjad, Iran; DOB 16 Apr 1979; POB Babol, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR].

SAZMAN BASIJ MELLI (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SAZMAN-E MOGHAVEMAT-E BASIJ (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE

MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SAZMANE SANAYE HAVA FAZA (a.k.a. AEROSPACE INDUSTRIES ORGANIZATION; a.k.a. "AIO"), Langare Street, Nobonyad Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

SAZMANE SANAYE HAVAI (a.k.a. IRAN AVIATION INDUSTRIES ORGANIZATION), Karaj Special Road, Mehrabad Airport, Tehran, Iran; Sepahbod Gharani 36, Tehran, Iran; 3th km Karaj Special Road, Aviation Industries Boulevard, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

SB KIB KHOLDING (a.k.a. LIMITED LIABILITY COMPANY SBERBANK CIB HOLDING; a.k.a. SBERBANK CIB HOLDING LLC), 19 Vavilova St., Moscow 117312, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7709297379 (Russia); Registration Number 1027700057428 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SB PTERA (a.k.a. MB PTERA), Eduardo Andre G. 14-5, Vilnius 02232, Lithuania; Organization Established Date 16 Sep 2022; Organization Type: Computer programming activities; Registration Number 306147387 (Lithuania) [ILLICIT-DRUGS-EO14059] (Linked To: GRINEVICIUS, Arnas).

SB SECURITIES SA, Boulevard Konrad Adenauer 2, Luxembourg 1115, Luxembourg; 14, rue Edward Steichen, L-2540, Luxembourg; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID B171037 (Luxembourg); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBAYTI, Wahid (a.k.a. SBEITY, Waheed Mahmoud; a.k.a. SUBAYTI, Wahid Mahmud (Arabic: وحيد محمود سبيتي)), Kfar Sir, Nabatieh, Lebanon; DOB 23 Feb 1961; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 473548 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

SBC TELEVISION (a.k.a. SBC TV; a.k.a. SORAQIA FOR MEDIA AND BROADCASTING; a.k.a. SORAQIYA FOR MEDIA AND BROADCASTING; a.k.a. SURAQIYA FOR MEDIA AND BROADCASTING), Al Sufara' Street in the Ya'fur district, Damascus, Syria [IRAQ3].

SBC TV (a.k.a. SBC TELEVISION; a.k.a. SORAQIA FOR MEDIA AND BROADCASTING; a.k.a. SORAQIYA FOR MEDIA AND BROADCASTING; a.k.a. SURAQIYA FOR MEDIA AND BROADCASTING), Al Sufara' Street in the Ya'fur district, Damascus, Syria [IRAQ3].

SBEITY, Waheed Mahmoud (a.k.a. SBAYTI, Wahid; a.k.a. SUBAYTI, Wahid Mahmud (Arabic: وحيد محمود سبيتي)), Kfar Sir, Nabatieh, Lebanon; DOB 23 Feb 1961; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 473548 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

SBER BANK (a.k.a. BPS SBERBANK OJSC; a.k.a. BPS-SBERBANK OAO (Cyrillic: ОАО СБЕР БАНК); a.k.a. OPEN JOINT STOCK COMPANY BPS-SBERBANK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕР БАНК)), 6 Mulyavina Boulevard, Minsk 220005, Belarus; SWIFT/BIC BPSBBY2X; Website www.sber-bank.by; alt. Website www.bps-sberbank.by; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 100219673 (Belarus); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBER EAST LLP (a.k.a. SBER VOSTOK; a.k.a. SBER VOSTOK LIMITED LIABILITY PARTNERSHIP; a.k.a. SBER VOSTOK LLP), 13/1 Al-Farabi Avenue, block 3V, 7th floor, Almaty 050059, Kazakhstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 110140012405 (Kazakhstan) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBER LEGAL LIMITED LIABILITY COMPANY (a.k.a. SBER LEGAL LLC; a.k.a. SBER LIGAL), 3 Poklonnaya St., office 209, floor 2, Moscow 121170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9705124940 (Russia); Registration Number 1187746905004 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBER LEGAL LLC (a.k.a. SBER LEGAL LIMITED LIABILITY COMPANY; a.k.a. SBER LIGAL), 3 Poklonnaya St., office 209, floor 2, Moscow 121170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9705124940 (Russia); Registration Number 1187746905004 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBER LIGAL (a.k.a. SBER LEGAL LIMITED LIABILITY COMPANY; a.k.a. SBER LEGAL LLC), 3 Poklonnaya St., office 209, floor 2, Moscow 121170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9705124940 (Russia); Registration Number 1187746905004 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBER VOSTOK (a.k.a. SBER EAST LLP; a.k.a. SBER VOSTOK LIMITED LIABILITY PARTNERSHIP; a.k.a. SBER VOSTOK LLP), 13/1 Al-Farabi Avenue, block 3V, 7th floor, Almaty 050059, Kazakhstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 110140012405 (Kazakhstan) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBER VOSTOK LIMITED LIABILITY PARTNERSHIP (a.k.a. SBER EAST LLP; a.k.a. SBER VOSTOK; a.k.a. SBER VOSTOK LLP), 13/1 Al-Farabi Avenue, block 3V, 7th floor, Almaty 050059, Kazakhstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 110140012405 (Kazakhstan) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBER VOSTOK LLP (a.k.a. SBER EAST LLP; a.k.a. SBER VOSTOK; a.k.a. SBER VOSTOK LIMITED LIABILITY PARTNERSHIP), 13/1 Al-Farabi Avenue, block 3V, 7th floor, Almaty 050059, Kazakhstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 110140012405 (Kazakhstan) [RUSSIA-EO14024] (Linked To:

PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK CAPITAL LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY SBERBANK CAPITAL; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SBERBANK KAPITAL; a.k.a. SBERBANK CAPITAL LLC; a.k.a. SBERBANK KAPITAL OOO), d.19 ul. Vavilova, Moscow 117997, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1087746887678 (Russia); Tax ID No. 7736581290 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK CAPITAL LLC (a.k.a. LIMITED LIABILITY COMPANY SBERBANK CAPITAL; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SBERBANK KAPITAL; a.k.a. SBERBANK CAPITAL LIMITED LIABILITY COMPANY; a.k.a. SBERBANK KAPITAL OOO), d.19 ul. Vavilova, Moscow 117997, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1087746887678 (Russia);

Tax ID No. 7736581290 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK CIB HOLDING LLC (a.k.a. LIMITED LIABILITY COMPANY SBERBANK CIB HOLDING; a.k.a. SB KIB KHOLDING), 19 Vavilova St., Moscow 117312, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7709297379 (Russia); Registration Number 1027700057428 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK EUROPE AG, Schwarzenbergplatz 3, Vienna 1010, Austria; SWIFT/BIC SABRATWW; Website www.sberbank.at; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. ATU55795009 (Austria); Registration Number FN 161285 i (Austria); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK FACTORING LLC (a.k.a. KORUS DISTRIBUTION LIMITED; a.k.a. LIMITED LIABILITY COMPANY SBERBANK FACTORING; a.k.a. SBERBANK FAKTORING), Room I, 31a/bld. 1 Leningradsky Ave, Moscow

125284, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7802754982 (Russia); Registration Number 1117847260794 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK FAKTORING (a.k.a. KORUS DISTRIBUTION LIMITED; a.k.a. LIMITED LIABILITY COMPANY SBERBANK FACTORING; a.k.a. SBERBANK FACTORING LLC), Room I, 31a/bld. 1 Leningradsky Ave, Moscow 125284, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7802754982 (Russia); Registration Number 1117847260794 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK FINANCE COMPANY LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY SBERBANK FINANCIAL COMPANY; a.k.a. LLC SBERBANK FINANCIAL COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FINANSOVAYA KOMPANIYA SBERBANKA; a.k.a. SBERBANK FINANCE LLC; a.k.a. SBERBANK-FINANCE; a.k.a. SBERBANK-FINANS OOO), d. 29/16 per. Sivtsev Vrazhek, Moscow 119002, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-

issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1107746399903 (Russia); Tax ID No. 7736617998 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK FINANCE LLC (a.k.a. LIMITED LIABILITY COMPANY SBERBANK FINANCIAL COMPANY; a.k.a. LLC SBERBANK FINANCIAL COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FINANSOVAYA KOMPANIYA SBERBANKA; a.k.a. SBERBANK FINANCE COMPANY LIMITED LIABILITY COMPANY; a.k.a. SBERBANK-FINANCE; a.k.a. SBERBANK-FINANS OOO), d. 29/16 per. Sivtsev Vrazhek, Moscow 119002, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1107746399903 (Russia); Tax ID No. 7736617998 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK FUND ADMINISTRATION LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY MARKET FUND ADMINISTRATION; a.k.a. "MARKET FA LLC"), 79 V. Lenina St, room 8, Derbent, Dagestan 368602, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit

the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7736618039 (Russia); Registration Number 1107746400827 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK INSURANCE BROKER LLC (a.k.a. LIMITED LIABILITY COMPANY SBERBANK INSURANCE BROKER; a.k.a. LLC INSURANCE BROKER OF SBERBANK; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAHOVOI BROKER SBERBANKA; a.k.a. OOO STRAHOVOI BROKER SBERBANKA), 42 Bolshaya Yakimanka St., b. 1-2, office 206, Moscow 119049, Russia; 1 Vasilisy Kozhinoy Street, building 1, floor 11, room 30, Moscow 121096, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683468 (Russia); Tax ID No. 7706810730 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK INSURANCE COMPANY LTD (a.k.a. INSURANCE COMPANY SBERBANK INSURANCE LIMITED LIABILITY COMPANY; a.k.a. LLC INSURANCE COMPANY SBERBANK INSURANCE; f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAHOVAYA KOMPANIYA SBERBANK OBSHCHEE STRAHOVANIE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU

STRAHOVAYA KOMPANIYA SBERBANK STRAHOVANIE; a.k.a. SBERBANK INSURANCE IC LLC; a.k.a. SBERBANK STRAHOVANIE OOO SK; a.k.a. SK SBERBANK STRAHOVANIE LLC; a.k.a. STRAHOVAYA KOMPANIYA SBERBANK STRAHOVANIE), 42 Bolshaya Yakimanka St., b. 1-2, office 209, Moscow 119049, Russia; 7 ul. Pavlovskaya, Moscow, Russia; 3 Poklonnaya Street, building 1, floor 1, office 3, Moscow 121170, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683479 (Russia); Tax ID No. 7706810747 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK INSURANCE IC LLC (a.k.a. INSURANCE COMPANY SBERBANK INSURANCE LIMITED LIABILITY COMPANY; a.k.a. LLC INSURANCE COMPANY SBERBANK INSURANCE; f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAHOVAYA KOMPANIYA SBERBANK OBSHCHEE STRAHOVANIE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAHOVAYA KOMPANIYA SBERBANK STRAHOVANIE; a.k.a. SBERBANK INSURANCE COMPANY LTD; a.k.a. SBERBANK STRAHOVANIE OOO SK; a.k.a. SK SBERBANK STRAHOVANIE LLC; a.k.a. STRAHOVAYA KOMPANIYA SBERBANK STRAHOVANIE), 42 Bolshaya Yakimanka St., b. 1-2, office 209, Moscow 119049, Russia; 7 ul. Pavlovskaya, Moscow, Russia; 3 Poklonnaya Street, building 1, floor 1, office 3, Moscow 121170, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1;

Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683479 (Russia); Tax ID No. 7706810747 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK INVESTMENTS LLC (a.k.a. LIMITED LIABILITY COMPANY SBERBANK INVESTMENTS; a.k.a. SBERBANK INVESTMENTS OOO), 46 Molodezhnaya St., Odintsovo, Moscow Region 143002, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 5039441 (Russia); Registration Number 1105032007761 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK INVESTMENTS OOO (a.k.a. LIMITED LIABILITY COMPANY SBERBANK INVESTMENTS; a.k.a. SBERBANK INVESTMENTS LLC), 46 Molodezhnaya St., Odintsovo, Moscow Region 143002, Russia; Executive Order 13662 Directive Determination

- Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 5039441 (Russia); Registration Number 1105032007761 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK KAPITAL OOO (a.k.a. LIMITED LIABILITY COMPANY SBERBANK CAPITAL; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SBERBANK KAPITAL; a.k.a. SBERBANK CAPITAL LIMITED LIABILITY COMPANY; a.k.a. SBERBANK CAPITAL LLC), d.19 ul. Vavilova, Moscow 117997, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1087746887678 (Russia); Tax ID No. 7736581290 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK LEASING JSC (a.k.a. CJSC SBERBANK LEASING; a.k.a. JOINT STOCK COMPANY SBERBANK LEASING; f.k.a.

RUSSKO-GERMANSKAYA LIZINGOVAYA KOMPANIYA ZAO; a.k.a. SBERBANK LEASING ZAO; a.k.a. SBERBANK LIZING ZAKRYTOE AKTSIONERNOE OBSHCHESTVO), Novoivanovskoe workers settlement, Odintsovo, Moscow Region 143026, Russia; 6 Vorobievskoe shosse, Moscow 119285, Russia; Website www.sberleasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027739000728 (Russia); Tax ID No. 7707009586 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK LEASING ZAO (a.k.a. CJSC SBERBANK LEASING; a.k.a. JOINT STOCK COMPANY SBERBANK LEASING; f.k.a. RUSSKO-GERMANSKAYA LIZINGOVAYA KOMPANIYA ZAO; a.k.a. SBERBANK LEASING JSC; a.k.a. SBERBANK LIZING ZAKRYTOE AKTSIONERNOE OBSHCHESTVO), Novoivanovskoe workers settlement, Odintsovo, Moscow Region 143026, Russia; 6 Vorobievskoe shosse, Moscow 119285, Russia; Website www.sberleasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar

2022; Registration ID 1027739000728 (Russia); Tax ID No. 7707009586 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK LIFE INSURANCE IC LLC (a.k.a. INSURANCE COMPANY SBERBANK LIFE INSURANCE LIMITED LIABILITY COMPANY; a.k.a. LIMITED LIABILITY COMPANY INSURANCE COMPANY SBERBANK INSURANCE), 3 Poklonnaya St., Building 1, Moscow 121170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7744002123 (Russia); Registration Number 1037700051146 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK LIZING ZAKRYTOE AKTSIONERNOE OBSHCHESTVO (a.k.a. CJSC SBERBANK LEASING; a.k.a. JOINT STOCK COMPANY SBERBANK LEASING; f.k.a. RUSSKO-GERMANSKAYA LIZINGOVAYA KOMPANIYA ZAO; a.k.a. SBERBANK LEASING JSC; a.k.a. SBERBANK LEASING ZAO), Novoivanovskoe workers settlement, Odintsovo, Moscow Region 143026, Russia; 6 Vorobievskoe shosse, Moscow 119285, Russia; Website www.sberleasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027739000728 (Russia);

Tax ID No. 7707009586 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK OF RSFSR (f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN FEDERATION; f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN SOVIET FEDERATIVE SOCIALIST REPUBLIC; f.k.a. OJSC SBERBANK OF RUSSIA; f.k.a. OPEN JOINT STOCK COMPANY SBERBANK OF RUSSIA; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK ROSSII; a.k.a. PJSC SBERBANK (Cyrillic: ПАО СБЕРБАНК); a.k.a. PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕРБАНК РОССИИ); a.k.a. SBERBANK OF RUSSIA; a.k.a. SBERBANK ROSSII; f.k.a. SBERBANK ROSSII OAO; a.k.a. "SBERBANK INDIA"; a.k.a. "SBERBANK MUMBAI"), 19 ul. Vavilova, Moscow 117312, Russia (Cyrillic: ул. Вавилова, д. 19, Москва 117312, Russia); C305/306A Lufthansa Centre 50 Liangmaqiao Rd., Chaoyang District, Beijing 100027, China; upper ground floor and fourth floor, Birla Tower, 25-Barakhamba Road, New Delhi 110001, India; 81-B, 8th Floor, 5th North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra East, Mumbai, Maharashtra 400051, India; SWIFT/BIC SABRRUMM; Website www.sberbank.ru; alt. Website www.sberbank.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is

issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7707083893 (Russia); Registration Number 1027700132195 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

SBERBANK OF RUSSIA (f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN FEDERATION; f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN SOVIET FEDERATIVE SOCIALIST REPUBLIC; f.k.a. OJSC SBERBANK OF RUSSIA; f.k.a. OPEN JOINT STOCK COMPANY SBERBANK OF RUSSIA; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK ROSSII; a.k.a. PJSC SBERBANK (Cyrillic: ПАО СБЕРБАНК); a.k.a. PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕРБАНК РОССИИ); f.k.a. SBERBANK OF RSFSR; a.k.a. SBERBANK ROSSII; f.k.a. SBERBANK ROSSII OAO; a.k.a. "SBERBANK INDIA"; a.k.a. "SBERBANK MUMBAI"), 19 ul. Vavilova, Moscow 117312, Russia (Cyrillic: ул. Вавилова, д. 19, Москва 117312, Russia); C305/306A Lufthansa Centre 50 Liangmaqiao Rd., Chaoyang District, Beijing 100027, China; upper ground floor and fourth floor, Birla Tower, 25-Barakhamba Road, New Delhi 110001, India; 81-B, 8th Floor, 5th North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra East, Mumbai, Maharashtra 400051, India; SWIFT/BIC SABRRUMM; Website www.sberbank.ru; alt. Website www.sberbank.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-

and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7707083893 (Russia); Registration Number 1027700132195 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

SBERBANK OF RUSSIA SUBSIDIARY BANK PRIVATE JOINT STOCK COMPANY (a.k.a. AKTSIONERNE TOVARYSTVO SBERBANK; a.k.a. JOINT STOCK COMPANY SBERBANK; a.k.a. JSC SBERBANK; a.k.a. JSC SBERBANK OF RUSSIA; a.k.a. PUBLICHNE AKTSIONERNE TOVARYSTVO DOCHIRNII BANK SBERBANKU ROSII; a.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PUBLIC JOINT STOCK COMPANY; a.k.a. SUBSIDIARY BANK SBERBANK OF RUSSIA PUBLIC JOINT STOCK COMPANY), 46 Volodymyrska street, Kyiv 01601, Ukraine; 46 Vladimirskaya St, Kyiv 01601, Ukraine; SWIFT/BIC SABRUAUK; Website www.sberbank.ua; alt. Website sbrf.com.ua; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 25959784 (Ukraine); Tax ID No. 259597826652 (Ukraine); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK OF RUSSIA SUBSIDIARY BANK PUBLIC JOINT STOCK COMPANY (a.k.a. AKTSIONERNE TOVARYSTVO SBERBANK; a.k.a. JOINT STOCK COMPANY SBERBANK; a.k.a. JSC SBERBANK; a.k.a. JSC SBERBANK OF RUSSIA; a.k.a. PUBLICHNE AKTSIONERNE TOVARYSTVO DOCHIRNII BANK SBERBANKU ROSII; f.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PRIVATE JOINT STOCK COMPANY; a.k.a. SUBSIDIARY BANK SBERBANK OF RUSSIA PUBLIC JOINT STOCK COMPANY), 46 Volodymyrska street, Kyiv 01601, Ukraine; 46 Vladimirskaya St, Kyiv 01601, Ukraine; SWIFT/BIC SABRUAUK; Website www.sberbank.ua; alt. Website sbrf.com.ua; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 25959784 (Ukraine); Tax ID No. 259597826652 (Ukraine); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK PPF JSC (a.k.a. CJSC NON-STATE PENSION FUND OF SBERBANK; a.k.a. JOINT STOCK COMPANY SBERBANK PRIVATE PENSION FUND; f.k.a. NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA; a.k.a. NPF SBERBANKA ZAO; a.k.a. SBERBANK PRIVATE PENSION FUND CLOSED JOINT STOCK COMPANY; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA), d. 31 G ul. Shabolovka, Moscow 115162, Russia; Website www.npfsberbanka.ru; Executive Order 13662

Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147799009160 (Russia); Tax ID No. 7725352740 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK PRIVATE PENSION FUND CLOSED JOINT STOCK COMPANY (a.k.a. CJSC NON-STATE PENSION FUND OF SBERBANK; a.k.a. JOINT STOCK COMPANY SBERBANK PRIVATE PENSION FUND; f.k.a. NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA; a.k.a. NPF SBERBANKA ZAO; a.k.a. SBERBANK PPF JSC; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA), d. 31 G ul. Shabolovka, Moscow 115162, Russia; Website www.npfsberbanka.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147799009160 (Russia); Tax ID No. 7725352740 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-

EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK ROSSII (f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN FEDERATION; f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN SOVIET FEDERATIVE SOCIALIST REPUBLIC; f.k.a. OJSC SBERBANK OF RUSSIA; f.k.a. OPEN JOINT STOCK COMPANY SBERBANK OF RUSSIA; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK ROSSII; a.k.a. PJSC SBERBANK (Cyrillic: ПАО СБЕРБАНК); a.k.a. PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕРБАНК РОССИИ); f.k.a. SBERBANK OF RSFSR; a.k.a. SBERBANK OF RUSSIA; f.k.a. SBERBANK ROSSII OAO; a.k.a. "SBERBANK INDIA"; a.k.a. "SBERBANK MUMBAI"), 19 ul. Vavilova, Moscow 117312, Russia (Cyrillic: ул. Вавилова, д. 19, Москва 117312, Russia); C305/306A Lufthansa Centre 50 Liangmaqiao Rd., Chaoyang District, Beijing 100027, China; upper ground floor and fourth floor, Birla Tower, 25-Barakhamba Road, New Delhi 110001, India; 81-B, 8th Floor, 5th North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra East, Mumbai, Maharashtra 400051, India; SWIFT/BIC SABRRUMM; Website www.sberbank.ru; alt. Website www.sberbank.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7707083893 (Russia); Registration Number 1027700132195 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

SBERBANK ROSSII OAO (f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN FEDERATION; f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN SOVIET FEDERATIVE SOCIALIST REPUBLIC; f.k.a. OJSC SBERBANK OF RUSSIA; f.k.a. OPEN JOINT STOCK COMPANY SBERBANK OF RUSSIA; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK ROSSII; a.k.a. PJSC SBERBANK (Cyrillic: ПАО СБЕРБАНК); a.k.a. PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕРБАНК РОССИИ); f.k.a. SBERBANK OF RSFSR; a.k.a. SBERBANK OF RUSSIA; a.k.a. SBERBANK ROSSII; a.k.a. "SBERBANK INDIA"; a.k.a. "SBERBANK MUMBAI"), 19 ul. Vavilova, Moscow 117312, Russia (Cyrillic: ул. Вавилова, д. 19, Москва 117312, Russia); C305/306A Lufthansa Centre 50 Liangmaqiao Rd., Chaoyang District, Beijing 100027, China; upper ground floor and fourth floor, Birla Tower, 25-Barakhamba Road, New Delhi 110001, India; 81-B, 8th Floor, 5th North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra East, Mumbai, Maharashtra 400051, India; SWIFT/BIC SABRRUMM; Website www.sberbank.ru; alt. Website www.sberbank.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7707083893 (Russia); Registration Number 1027700132195 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

SBERBANK SERVICE LLC (a.k.a. LIMITED LIABILITY COMPANY SBERBANK SERVICE; a.k.a. SBERBANK-SERVICE), 18 Suschevsky Val Street, floor 7, Moscow 127018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736663049 (Russia); Registration Number 1137746703709 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK STRAHOVANIE OOO SK (a.k.a. INSURANCE COMPANY SBERBANK INSURANCE LIMITED LIABILITY COMPANY; a.k.a. LLC INSURANCE COMPANY SBERBANK INSURANCE; f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK OBSHCHEE STRAKHOVANIE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE; a.k.a. SBERBANK INSURANCE COMPANY LTD; a.k.a. SBERBANK INSURANCE IC LLC; a.k.a. SK SBERBANK STRAHOVANIE LLC; a.k.a. STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE), 42 Bolshaya Yakimanka St., b. 1-2, office 209, Moscow 119049, Russia; 7 ul. Pavlovskaya, Moscow, Russia; 3 Poklonnaya Street, building 1, floor 1, office 3, Moscow 121170, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link:

https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683479 (Russia); Tax ID No. 7706810747 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK-AST JSC (a.k.a. JOINT STOCK COMPANY SBERBANK AUTOMATED TRADE SYSTEM; a.k.a. JOINT STOCK COMPANY SBERBANK-AUTOMATED SYSTEM FOR TRADING; a.k.a. JSC SBERBANK-AUTOMATED SYSTEM FOR TRADING; a.k.a. SBERBANK-AST ZAO; a.k.a. SBERBANK-AUTOMATED TRADING SYSTEM CLOSED JOINT STOCK COMPANY; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK AVTOMATIZIROVANNAYA SISTEMA TORGOV), d. 24 str. 2 ul. Novoslobodskaya, Moscow 127055, Russia; 12 B. Savvinsky Lane, building 9, floor 1, office 1, room 1, Moscow 119435, Russia; Website www.sberbank-ast.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027707000441 (Russia); Tax ID No. 7707308480 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK-AST ZAO (a.k.a. JOINT STOCK COMPANY SBERBANK AUTOMATED TRADE SYSTEM; a.k.a. JOINT STOCK COMPANY SBERBANK-AUTOMATED SYSTEM FOR TRADING; a.k.a. JSC SBERBANK-AUTOMATED SYSTEM FOR TRADING; a.k.a. SBERBANK-AST JSC; a.k.a. SBERBANK-AUTOMATED TRADING SYSTEM CLOSED JOINT STOCK COMPANY; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK AVTOMATIZIROVANNAYA SISTEMA TORGOV), d. 24 str. 2 ul. Novoslobodskaya, Moscow 127055, Russia; 12 B. Savvinsky Lane, building 9, floor 1, office 1, room 1, Moscow 119435, Russia; Website www.sberbank-ast.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027707000441 (Russia); Tax ID No. 7707308480 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK-AUTOMATED TRADING SYSTEM CLOSED JOINT STOCK COMPANY (a.k.a. JOINT STOCK COMPANY SBERBANK AUTOMATED TRADE SYSTEM; a.k.a. JOINT STOCK COMPANY SBERBANK-AUTOMATED SYSTEM FOR TRADING; a.k.a. JSC SBERBANK-AUTOMATED SYSTEM FOR TRADING; a.k.a. SBERBANK-AST JSC; a.k.a. SBERBANK-AST ZAO; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK AVTOMATIZIROVANNAYA SISTEMA TORGOV), d. 24 str. 2 ul. Novoslobodskaya, Moscow 127055, Russia; 12 B. Savvinsky Lane, building 9, floor 1, office 1, room 1, Moscow 119435, Russia; Website www.sberbank-ast.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027707000441 (Russia); Tax ID No. 7707308480 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK-FINANCE (a.k.a. LIMITED LIABILITY COMPANY SBERBANK FINANCIAL COMPANY; a.k.a. LLC SBERBANK FINANCIAL COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FINANSOVAYA KOMPANIYA SBERBANKA; a.k.a. SBERBANK FINANCE COMPANY LIMITED LIABILITY COMPANY; a.k.a. SBERBANK FINANCE LLC; a.k.a. SBERBANK-FINANS OOO), d. 29/16 per. Sivtsev Vrazhek, Moscow 119002, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1107746399903 (Russia); Tax ID No. 7736617998 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK-FINANS OOO (a.k.a. LIMITED LIABILITY COMPANY SBERBANK FINANCIAL COMPANY; a.k.a. LLC SBERBANK FINANCIAL COMPANY; a.k.a.

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FINANSOVAYA KOMPANIYA SBERBANKA; a.k.a. SBERBANK FINANCE COMPANY LIMITED LIABILITY COMPANY; a.k.a. SBERBANK FINANCE LLC; a.k.a. SBERBANK-FINANCE), d. 29/16 per. Sivtsev Vrazhek, Moscow 119002, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1107746399903 (Russia); Tax ID No. 7736617998 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK-SERVICE (a.k.a. LIMITED LIABILITY COMPANY SBERBANK SERVICE; a.k.a. SBERBANK SERVICE LLC), 18 Suschevsky Val Street, floor 7, Moscow 127018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736663049 (Russia); Registration Number 1137746703709 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERTECH JSC (a.k.a. JOINT STOCK COMPANY SBERBANK TECHNOLOGIES; a.k.a. JOINT STOCK COMPANY SBERBANK TECHNOLOGY), 10 Novodanilovskaya Emb., Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736632467 (Russia); Registration Number 1117746533926 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBT S.A., Calle 100 No. 17A-36 Oficina 803, Bogota, Colombia; Celta Trade Park, Lote 41 Bodega 10, Km. 7 Autopista Bogota-Medellin, Funza, Cundinamarca, Colombia; Website www.sebastianomoda.com; NIT # 8300350034 (Colombia); Matricula Mercantil No 816477 (Colombia) [SDNTK].

SBYTOVOE OBYEDINENIE TVERNEFTEPRODUKT (a.k.a. LIMITED LIABILITY COMPANY MARKETING ASSOCIATION TVERNEFTEPRODUCT; a.k.a. LLC MA TVERNEFTEPRODUCT; a.k.a. SO TVERNEFTEPRODUKT OOO), 6 Novotorzhskaya Ulitsa, Tver, Russia; Website www.tvernefteproduct.ru; Email Address tnp@dep.tvcom.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1026900510647 (Russia); Tax ID No. 6905041501 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

SC (DALIAN) INDUSTRY & TRADE CO., LTD. (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

SC (DALIAN) INDUSTRY AND TRADE CO., LTD. (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

SC OBUKHOVSKOYE (a.k.a. CJSC OBUKHOVSKOYE; a.k.a. JOINT STOCK COMPANY OBUKHOVSKOYE; a.k.a. OBUHOVSKOE JSC), Tsvetochnaya st., 7, Saint Petersburg, 196084 Russia, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Jan 2002; alt. Organization Established Date 1994; Tax ID No. 7805025258 (Russia); Registration Number 1037811025152 (Russia) [RUSSIA-EO14024].

SC RAWENSTVO (a.k.a. AO RAVENSTVO; a.k.a. JSC RAWENSTVO), Ul. Promyshlennaya D. 19, Saint Petersburg 198099, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Mar 1988; Tax ID No. 7805395957 (Russia); Registration Number 1069847101169 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

SC RAWENSTVO-SERVICE (a.k.a. AKTSIONERNOE OBSHCHESTVO RAVENSTVO-SERVICE; a.k.a. AO RAVENSTVO-SERVICE), Ul. Promyshlennaya D. 19, Saint Petersburg 198099, Russia;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Mar 1993; Tax ID No. 7805417618 (Russia); Registration Number 1079847012453 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

SC SOUTH LLC (a.k.a. SC-YUG (Cyrillic: СК-ЮГ); a.k.a. SHIPPING COMPANY SOUTH; a.k.a. "SK-YUG"), ul. Lenina, d. 6B, Novorossiysk, Krasnodarskiy kray 353960, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jun 2016; Tax ID No. 9705070317 (Russia); Identification Number IMO 5937219 [RUSSIA-EO14024].

SC TULA RUBBER TECHNICAL ARTICLES PLANT (a.k.a. JSC TULSKY FACTORY RTI; a.k.a. TULA INDUSTRIAL RUBBER PRODUCTS PLANT), 15 Smidovich Str., Tula, Tula Region 300026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Mar 1993; Tax ID No. 7104001869 (Russia); Registration Number 1027100592090 (Russia) [RUSSIA-EO14024].

SC ZVYOZDOCHKA (a.k.a. JOINT STOCK COMPANY SHIPREPAIRING CENTER ZVYOZDOCHKA; a.k.a. JOINT-STOCK COMPANY SHIP REPAIR CENTER ZVEZDOCHKA; a.k.a. JOINT-STOCK COMPANY TSS ZVEZDOCHKA; a.k.a. JSC CENTER SUDOREMONTA ZVEZDOCHKA (Cyrillic: АО ЦЕНТР СУДОРЕМОНТА ЗВЕЗДОЧКА); a.k.a. SHIPREPAIRING CENTER ZVYOZDOCHKA), 12 Mashinostroiteley Passage, Severodvinsk, Arkhangelsk Region 164500, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Nov 2008; Tax ID No. 2902060361 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SCANFORM (a.k.a. SKANFORM), Ul. Rokossovskogo, Novoilyinskii District, D. 29, Kv. 160, Novokuznetsk 654044, Russia; Website scanform.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Manufacture of computers and peripheral equipment; Tax ID No. 4253049068 (Russia); Registration Number 1204200016162 (Russia) [RUSSIA-EO14024].

S-CAPE LIMITED, Level 8, Office 5B Portomaso Business Tower, St. Julians STJ4011, Malta; D-

U-N-S Number 53-400-5153; Trade License No. C 77446 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

S-CAPE YACHT CHARTER LIMITED, Level 8/5B Portomaso Business Tower, St. Julians, Malta; D-U-N-S Number 53-400-5656; V.A.T. Number MT23786021 (Malta); Tax ID No. 23786021 (Malta); Trade License No. C 77444 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

SCATMAN & HATMAN CORP, S.A.P.I. DE C.V. (a.k.a. SCATMAN AND HATMAN CORP, S.A.P.I. DE C.V.), Mexico City, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Dec 2021; Organization Type: Wholesale and retail trade; Folio Mercantil No. N-2021024996 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: BENGUIAT JIMENEZ, Alberto David).

SCATMAN AND HATMAN CORP, S.A.P.I. DE C.V. (a.k.a. SCATMAN & HATMAN CORP, S.A.P.I. DE C.V.), Mexico City, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Dec 2021; Organization Type: Wholesale and retail trade; Folio Mercantil No. N-2021024996 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: BENGUIAT JIMENEZ, Alberto David).

SCF MANAGEMENT SERVICES CYPRUS LTD, Tower II, Maximos Plaza, Maximos Michailidis 18, Neapolis 3106, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jan 1991; V.A.T. Number CY10042739H (Cyprus); Tax ID No. 10042739H (Cyprus); Registration Number C42739 (Cyprus) [RUSSIA-EO14024].

SCF MANAGEMENT SERVICES DUBAI LTD (a.k.a. SUN SHIP MANAGEMENT D LTD), PO Box 507065, Unit OT 17-32, Central Park Towers, Office Tower, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Aug 2012; UAE Identification 1244 (United Arab Emirates); Registration Number 11440513 (United Arab Emirates) [RUSSIA-EO14024].

SCF NYK ALPHA SHIPPING PTE LTD (a.k.a. LNG ALPHA SHIPPING PTE LTD), #17-05, 190 Middle Road, Fortune Centre, Singapore 188979, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Registration Number 202133190E (Singapore) [RUSSIA-EO14024].

SCF NYK BETA SHIPPING PTE LTD (a.k.a. LNG BETA SHIPPING PTE LTD), #17-05, 190 Middle Road, Fortune Centre, Singapore 188979, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 202133061D (Singapore) [RUSSIA-EO14024] (Linked To: NEW TRANSSHIPMENT FZE).

SCF NYK DELTA SHIPPING PTE LTD (a.k.a. LNG DELTA SHIPPING PTE LTD), #17-05, 190 Middle Road, Fortune Centre, Singapore 188979, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 202133053M (Singapore) [RUSSIA-EO14024] (Linked To: NEW TRANSSHIPMENT FZE).

SCF NYK GAMMA SHIPPING PTE LTD (a.k.a. LNG GAMMA SHIPPING PTE LTD), #17-05, 190 Middle Road, Fortune Centre, Singapore 188979, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 202133056E (Singapore) [RUSSIA-EO14024] (Linked To: NEW TRANSSHIPMENT FZE).

SCH TECHNOLOGY COMPANY (a.k.a. SHENZHEN SCH TECHNOLOGY CO LIMITED; a.k.a. SHENZHEN SCH TECHNOLOGY CO LTD; a.k.a. SHENZHEN SHENCHUANGHUI TECHNOLOGY CO LTD (Chinese Simplified: 深圳市深创辉科技有限公司)), Room 588, Building 201, Shangbu Industrial Zone, Huaqiang North Rd, Shenzhen 518028, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91440300764992003P (China) [RUSSIA-EO14024].

SCHETININ, Alex (a.k.a. SHCHETININ, Aleksey Yevgenevich; a.k.a. SHCHETININ, Alexey; a.k.a. "SHCHETININ, Lesha"), Russia; DOB 22 Aug 1987; nationality Russia; Gender Male; Passport 760960574 (Russia); alt. Passport 713133176 (Russia); National ID No. 4509396564 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP).

SCHIAVONE, Francesco (a.k.a. "SANDOKAN"); DOB 03 Mar 1954; POB Casal di Principe, Italy (individual) [TCO].

SCHIAVONE, Nicola; DOB 11 Apr 1979; POB Loreto, Italy (individual) [TCO].

SCHIAVONE, Vincenzo; DOB 19 Mar 1978; POB Casal di Principe, Italy (individual) [TCO].

SCHLAGER BUSINESS GROUP S. DE R.L. DE C.V., Constituyentes 345 Oficina 208, Col. Daniel Garza, Alcaldia Miguel Hidalgo, Mexico City C.P. 11830, Mexico; RFC SBG1611153R6 (Mexico) [VENEZUELA-EO13850].

SCHLOSS HOLDING OU, Tekhnika Tn 33-9, Tallinn 10613, Estonia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Aug 2019; Tax ID No. 14783081 (Estonia) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

SCHMUCKI, Anselm Oskar (a.k.a. SCHMUCKI, Oskar Anselm; a.k.a. SHMUKKI, Anselm Oskar), RB 3-220, Royal Breeze, Sofia Street, Ras al Khaimah, United Arab Emirates; Switzerland; Moscow, Russia; Singapore; DOB 21 Nov 1969; nationality Switzerland; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport X7594510 (Switzerland) (individual) [RUSSIA-EO14024].

SCHMUCKI, Oskar Anselm (a.k.a. SCHMUCKI, Anselm Oskar; a.k.a. SHMUKKI, Anselm Oskar), RB 3-220, Royal Breeze, Sofia Street, Ras al Khaimah, United Arab Emirates; Switzerland; Moscow, Russia; Singapore; DOB 21 Nov 1969; nationality Switzerland; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport X7594510 (Switzerland) (individual) [RUSSIA-EO14024].

SCHNEIDER, Simon, c/o OFFENBACH HAUSHALTWAREN B.V., Beverwijk, Netherlands; c/o BELS FLOWERS IMPORT EXPORT BVBA, Antwerpen, Belgium; Netherlands; DOB 14 Jul 1967; POB Hoorn, Netherlands; citizen Netherlands; Passport BA0199589 (Netherlands) (individual) [SDNTK].

SCHNER, Elena (a.k.a. CHERNET, Elena; a.k.a. CHERNET, Yelena Lvovna (Cyrillic: ЧЕРНЕТ, Елена Львовна)), Stuttgart, Germany; DOB 21 May 1958; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773102459603 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ELIX ST LIMITED LIABILITY COMPANY).

SCHOMMER, Lutwin, Schoenenstrasse, Rueschlikon 8803, Switzerland; DOB 11 Jul 1957; nationality Switzerland; alt. nationality Germany; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport X0995321 (Switzerland) (individual) [RUSSIA-EO14024] (Linked To: TAMYNA AG).

SCI GRIBER, Parc Saramartel, Villa La Tarente, Promenade Du Soleil, Antibes 06160, France; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Aug 2009; Tax ID No. 514818269 (France) [RUSSIA-EO14024] (Linked To: BERNOVA, Evgeniya Vladimirovna).

SCIENTIFIC AND INDUSTRIAL CORPORATION PRECISION INSTRUMENT SYSTEMS (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNAYA KORPORATSIYA SISTEMY PRETSIZIONNOGO PRIBOROSTROENIYA; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION PRECISION SYSTEMS AND INSTRUMENTS; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION PRECISION SYSTEMS AND INSTRUMENTS; a.k.a. "AO NPK SPP"; a.k.a. "JSC RPC PSI"), ul. Aviamotornaya D. 53, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7722698108 (Russia); Government Gazette Number 07559035 (Russia); Registration Number 1097746629639 (Russia) [RUSSIA-EO14024].

SCIENTIFIC AND PRODUCTION ASSOCIATION OF AUTOMATICS NAMED AFTER ACADEMICIAN NA SEMIKHATOV (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE AVTOMATIKI IMENI AKADEMIKA NA SEMIKHATOVA; a.k.a. "AO NPO AVTOMATIKI"), Ul. Mamina-Sibiryaka D.145, Yekaterinburg 620075, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6685066917 (Russia); Registration Number 1146685026509 (Russia) [RUSSIA-EO14024].

SCIENTIFIC AND PRODUCTION ASSOCIATION OF MEASURING EQUIPMENT JSC (a.k.a. AKTSIONERNOE  OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE IZMERITELNOY TEKHNIKI; a.k.a. SCIENTIFIC AND PRODUCTION ASSOCIATION OF MEASURING TECHNOLOGY; a.k.a. "AO NPO IT"), 2k4 Pionerskaya Str., Korolyov, Moscow Region 141074, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5018139517 (Russia); Registration Number 1095018006555 (Russia) [RUSSIA-EO14024].

SCIENTIFIC AND PRODUCTION ASSOCIATION OF MEASURING TECHNOLOGY (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE IZMERITELNOY TEKHNIKI; a.k.a. SCIENTIFIC AND PRODUCTION ASSOCIATION OF MEASURING EQUIPMENT JSC; a.k.a. "AO NPO IT"), 2k4 Pionerskaya Str., Korolyov, Moscow Region 141074, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5018139517 (Russia); Registration Number 1095018006555 (Russia) [RUSSIA-EO14024].

SCIENTIFIC AND PRODUCTION ASSOCIATION ROSTAR LLC (a.k.a. ROSTAR RESEARCH AND PRODUCTION ASSOCIATION LIMITED LIABILITY COMPANY), BSI, Ul. Dorozhnaya D. 39, Naberezhnyye Chelny 423800, Russia; Sh. Okruzhnoe D. 11B, Office 2, Yelabuga 423606, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1646012500 (Russia); Registration Number 1021606953070 (Russia) [RUSSIA-EO14024].

SCIENTIFIC AND PRODUCTION ASSOCIATION STATE INSTITUTE OF APPLIED OPTICS (a.k.a. AO NPO GIPO), Ul. Lipatova D. 2, Kazan 420075, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1660147185 (Russia); Registration Number 1101690067104 (Russia) [RUSSIA-EO14024].

SCIENTIFIC AND PRODUCTION CENTER OF NON DESTRUCTIVE TESTING (a.k.a. LIMITED LIABILITY COMPANY RESEARCH AND PRODUCTION CENTER KROPUS PO), Ul. 200-Letiya Goroda D.2, Noginsk 142400, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5031052390 (Russia); Registration Number 1035006104363 (Russia) [RUSSIA-EO14024].

SCIENTIFIC AND RESEARCH INSTITUTE FERRIT DOMEN (Cyrillic: НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ФЕРРИТ-ДОМЕН) (a.k.a. AO NII FERRIT DOMEN; a.k.a. FERRITE DOMEN COMPANY; a.k.a. RESEARCH INSTITUTE FERRIT DOMAIN), Ul. Tsvetochnaya, D. 25, Korp. 3, Saint Petersburg 196084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 May 1959; Tax ID No. 7810245940 (Russia); Registration Number 1037821019631 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

OBSCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE IZMERITELNOY TEKHNIKI; a.k.a. SCIENTIFIC AND PRODUCTION ASSOCIATION OF MEASURING EQUIPMENT JSC; a.k.a. "AO NPO IT"),

SCIENTIFIC AND RESEARCH INSTITUTE OF PRECISION ENGINEERING (a.k.a. OJSC SCIENTIFIC RESEARCH INSTITUTE OF PRECISION MECHANICAL ENGINEERING; a.k.a. RESEARCH INSTITUTE OF PRECISION MACHINE MANUFACTURING; a.k.a. "NIITM"), 10 Panfilovsky avenue, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735043966 (Russia) [RUSSIA-EO14024].

SCIENTIFIC AND TECHNICAL CENTER PRIVODNAYA TEHNIKA LIMITED LIABILITY COMPANY (a.k.a. LTD NTC PRIVODNAYA TEKHNIKA; a.k.a. NAUCHNO TEKHNICHESKII TSENTR PRIVODNAYA TEKHNIKA; a.k.a. NTTS PRIVODNAYA TEKHNIKA), Ul. 40-Letiya Oktyabrya D. 19, Chelyabinsk 454007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Feb 2000; Tax ID No. 7453060480 (Russia); Registration Number 1027402926891 (Russia) [RUSSIA-EO14024].

SCIENTIFIC EDUCATION KOREA STUDIO (a.k.a. APRIL 26 CHILDREN'S ANIMATION FILM STUDIO; a.k.a. SEK STUDIO), Pyongyang, Korea, North; China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Motion picture, video and television programme production activities; Target Type State-Owned Enterprise [DPRK3].

SCIENTIFIC EQUIPMENT GROUP (a.k.a. NAUCHNYE PRIBORY I SISTEMY; a.k.a. SCIENTIFIC EQUIPMENT GROUP OF COMPANIES), Ul. Inzhenernaya D. 4a, Of. 212, Novosibirsk 630128, Russia; Pr-kt Krasnyi D. 1, Office 214, Novosibirsk 630007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5408308016 (Russia); Registration Number 1145476045241 (Russia) [RUSSIA-EO14024].

SCIENTIFIC EQUIPMENT GROUP OF COMPANIES (a.k.a. NAUCHNYE PRIBORY I SISTEMY; a.k.a. SCIENTIFIC EQUIPMENT GROUP), Ul. Inzhenernaya D. 4a, Of. 212, Novosibirsk 630128, Russia; Pr-kt Krasnyi D. 1, Office 214, Novosibirsk 630007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5408308016 (Russia); Registration Number 1145476045241 (Russia) [RUSSIA-EO14024].

SCIENTIFIC INDUSTRIAL COMPANY DIPAUL PRIVATE JOINT STOCK COMPANY (a.k.a. AO NPF DIPOL; a.k.a. DIPAUL COMPANY; a.k.a. DIPAUL TECHNOLOGIES JSC), 5B, Rentgena Street, St. Petersburg 197101, Russia; 20/1, Ogorodny Proezd, Moscow 127372, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804137537 (Russia); Registration Number 1027802497656 (Russia) [RUSSIA-EO14024].

SCIENTIFIC INDUSTRIAL CONCERN MANUFACTURING ENGINEERING OJSC (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNY KONTSERN TEKHNOLOGII MASHINOSTROENIYA; a.k.a. JOINT STOCK COMPANY SCIENTIFIC INDUSTRIAL CONCERN MANUFACTURING ENGINEERING; a.k.a. JSC SPC TECHMASH; a.k.a. NPK TEKHMASH OAO; a.k.a. OJSC MACHINE ENGINEERING TECHNOLOGIES), d. 58 str. 4 shosse Leningradskoe, Moscow 125212, Russia; Ul. Bolshaya Tatarskaya D. 35, Str. 5, Moscow 115184, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Apr 2011; Registration ID 1117746260477 (Russia); Tax ID No. 7743813961 (Russia); Government Gazette Number 91420386 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

SCIENTIFIC MANUFACTURING COMPLEX TECHNOLOGICAL CENTER (a.k.a. FEDERAL STATE BUDGETARY SCIENTIFIC INSTITUTION RESEARCH AND PRODUCTION COMPLEX TECHNOLOGY CENTER; a.k.a. NPK TECHNOLOGICAL CENTER; a.k.a. SMC TECHNOLOGICAL CENTRE), Shokina Square, House 1, Bld. 7 Off. 7237, Zelenograd, Moscow 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Mar 2000; Tax ID No. 7735096460 (Russia); Registration Number 1027700428480 (Russia) [RUSSIA-EO14024].

SCIENTIFIC MANUFACTURING ENTERPRISE ALMAZ (a.k.a. AO NPP ALMAZ; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE ALMAZ; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE ALMAZ; a.k.a. JSC RPE ALMAZ), Panfilova st., 1, Saratov 410033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Dec 2011; Tax ID No. 6453119615 (Russia); Registration Number 1116453009155 (Russia) [RUSSIA-EO14024].

SCIENTIFIC PRODUCTION ASSOCIATION COMPUTING SYSTEMS (a.k.a. NAUCHNO PROIZVODSTVENNOE OBYEDINENIE VYCHISLITELNYKH SISTEM; a.k.a. "NPO VS"), Ul. Zhurnalistov D. 30, Pom. 2, Kazan 420088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1660093042 (Russia); Registration Number 1061686077298 (Russia) [RUSSIA-EO14024].

SCIENTIFIC PRODUCTION ASSOCIATION RADAR MMS JSC (a.k.a. JOINT STOCK COMPANY RADAR MMS; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE RADAR MMS; a.k.a. RADAR MMS NPP), Novoselkovskaya st., 37A, Saint Petersburg 197375, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Oct 1993; Tax ID No. 7814027653 (Russia); Registration Number 1027807560186 (Russia) [RUSSIA-EO14024].

SCIENTIFIC PRODUCTION CENTER OF ANTI TERRORIST AND FORENSIC EQUIPMENT SPEKTR AT LLC (a.k.a. NPTS SPEKTR-AT; a.k.a. RPT SPEKTR-AT), Ul. Usacheva D. 35, Str. 1, Et 4 Pom. IV Kom 7, Moscow 119048, Russia; Ugreshskaya st., 2, bldg. 62, Moscow 109089, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704661049 (Russia); Registration Number 1077759881980 (Russia) [RUSSIA-EO14024].

SCIENTIFIC PRODUCTION COMPANY DOLOMANT (a.k.a. NAUCHNO PROIZVODSTVENNAYA FIRMA DOLOMANT; a.k.a. ZAO NPF DOLOMANT), Ul. Vvedenskogo D. 3, Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728512529 (Russia); Registration Number 1047796326137 (Russia) [RUSSIA-EO14024].

SCIENTIFIC PRODUCTION COMPANY KRUG (a.k.a. NAUCHNO PROIZVODSTVENNAYA FIRMA KRUG; a.k.a. NPF KRUG; a.k.a. SPC KRUG), Ul Germana Titova 1, Penza 440028,

Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5837003278 (Russia); Registration Number 1025801216748 (Russia) [RUSSIA-EO14024].

SCIENTIFIC PRODUCTION COMPANY OPTOLINK (a.k.a. LIMITED LIABILITY COMPANY RESEARCH AND PRODUCTION COMPANY OPTOLINK; a.k.a. LLC RPC OPTOLINK; a.k.a. NPK OPTOLINK LLC; a.k.a. OOO NPK OPTOLINK; a.k.a. OPTOLINK RPC LLC; a.k.a. SPC OPTOLINK), 6A Sosnovaya Alley, Building 5, Zelenograd, Moscow 124489, Russia; Pr-d 4806 d. 5, g. Zelenograd, Moscow 124498, Russia; Saratov, Russia; Arzamas, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Jul 2001; Tax ID No. 7735105059 (Russia); Registration Number 1027700040719 (Russia) [RUSSIA-EO14024].

SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVYAZ JOINT STOCK COMPANY (a.k.a. AO NPP RADIOSVIAZ; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE RADIOSVYAZ; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVIAZ; a.k.a. JSC NPP RADIOSVYAZ; a.k.a. JSC SPE RADIOSVYAZ; a.k.a. RESEARCH AND PRODUCTION ENTERPRISE RADIOSVYAZ), 19 Dekabristov Str., Krasnoyarsk, Krasnoyarsk Territory 660021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Dec 2012; Tax ID No. 2460243408 (Russia); Registration Number 1122468072231 (Russia) [RUSSIA-EO14024].

SCIENTIFIC PRODUCTION ENTERPRISE TRIM SSHP MEASURING SYSTEMS (a.k.a. NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE TRIM SSHP IZMERITELNYE SISTEMY; a.k.a. NPP TRIM SSHP IZMERITELNYE SISTEMY), PR-KT Kondratyevskii D. 40, K. 14, Lit. A, Pom. 10N, Saint Petersburg 195197, Russia; Bolshoy Sampsonievsky Prospect, D. 106, Lit. A, Saint Petersburg 194156, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804323773 (Russia); Registration Number 1057812638839 (Russia) [RUSSIA-EO14024].

SCIENTIFIC PRODUCTION UNITARY ENTERPRISE STC LEMT (a.k.a. NAUCHNO PROIZVODSTVENNOYE CHASTNOYE UNITARNOE PREDPRIYATIE NAUCHNO TEKHNICHESKI TSENTR LEMT BELOMO;

a.k.a. SCIENTIFIC TECHNICAL CENTER LEMT BELOMO (Cyrillic: НАУЧНО ТЕХНИЧЕСКИЙ ЦЕНТР ЛЭМТ БЕЛОМО); a.k.a. UP NTTS LEMT BELOMO (Cyrillic: УП НТЦ ЛЭМТ БЕЛОМА)), D. 23, korp. 1, Nezhiloe pomeshchenie, ul. Makaenka, Minsk 220114, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100230590 (Belarus) [BELARUS-EO14038].

SCIENTIFIC RESEARCH CENTER RESONANCE JOINT STOCK COMPANY (a.k.a. AO NITS REZONANS; a.k.a. AO SRC REZONANS), Ul. 1-YA Bukhvostova, D. 12/11, K. 20, Moscow 107076, Russia; Ul. Korolenko, D. 3A, Floor 3, Pom. 3B, Moscow 107076, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718016419 (Russia); Registration Number 1027700096984 (Russia) [RUSSIA-EO14024].

SCIENTIFIC RESEARCH INSTITUTE FOR MECHANICAL ENGINEERING JSC IN THE NAME OF V.V. BAKHIREV (a.k.a. AO GOSNIIMASH; a.k.a. STATE SCIENTIFIC RESEARCH INSTITUTE OF MECHANICAL ENGINEERING IMENI V.V. BAKHIREVA), PR-KT Sverdlova D. 11 A, Dzerzhinsk 606002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 13 Jan 1992; Tax ID No. 5249093130 (Russia); Registration Number 1085249000650 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

SCIENTIFIC RESEARCH INSTITUTE FOR OPTOELECTRONIC INSTRUMENT ENGINEERING (a.k.a. PUBLIC LIMITED COMPANY SCIENTIFIC RESEARCH INSTITUTE FOR OPTOELECTRONIC INSTRUMENT ENGINEERING; a.k.a. "AO NII OEP"), Ul. Leningradskaya D. 29, Lit. T, Sosnovyy Bor 188540, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4725481940 (Russia); Registration Number 1124725000894 (Russia) [RUSSIA-EO14024].

SCIENTIFIC RESEARCH INSTITUTE OF APPLIED ACOUSTICS (a.k.a. APPLIED ACOUSTICS RESEARCH INSTITUTE; a.k.a. FEDERAL STATE UNITARY ENTERPRISE NIIPA; a.k.a. FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE NAUCHNO

ISSLEDOVATELSKII INSTITUT PRIKLADNOI AKUSTIKI; a.k.a. "AARI"; a.k.a. "FGUP NIIPA"; a.k.a. "RIAA"), 9 May St., 7A, Dubna 141981, Russia; 16A Nagatinskaia UI, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010007607 (Russia); Registration Number 1035002202070 (Russia) [RUSSIA-EO14024].

SCIENTIFIC RESEARCH INSTITUTE OF COMMAND DEVICES (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT KOMANDNYKH PRIBOROV; a.k.a. AO NII KOMANDNYKH PRIBOROV), 16 pr-kt Tramvainyi, Saint Petersburg 198216, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7805654288 (Russia); Registration Number 1147847231674 (Russia) [RUSSIA-EO14024].

SCIENTIFIC RESEARCH INSTITUTE OF SYSTEM ANALYSIS, RUSSIAN ACADEMIC OF SCIENCES (a.k.a. FEDERAL STATE INSTITUTION FEDERAL SCIENTIFIC CENTER SCIENTIFIC RESEARCH INSTITUTE FOR SYSTEM ANALYSIS OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE UCHREZHDENIE FEDERALNYY NAUCHNYY TSENTR NAUCHNO-ISSLEDOVATELSKIY INSTITUT SISTEMNYKH ISSLEDOVANIY ROSSIYSKOY AKADEMII NAUK; a.k.a. FGU FNTS NIISI RAN; a.k.a. FSI FSC SRISA RAS), Nakhimovsky Prospect, 36, Building 1, Moscow 117218, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727086772 (Russia); Registration Number 1027700384909 (Russia) [RUSSIA-EO14024].

SCIENTIFIC RESEARCH INSTITUTE TECHNOLOGY ORGANIC NOT ORGANIC CHEMISTRY AND BIOLOGY TECHNOLOGY LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC RESEARCH INSTITUTE OF ORGANIC TECHNOLOGIES INORGANIC CHEMISTRY AND BIOTECHNOLOGY; a.k.a. NIITONKH AND BT LLC; a.k.a. OOO NIITONKH I BT; a.k.a. RESEARCH INSTITUTE OF ORGANIC INORGANIC CHEMISTRY AND BIOTECHNOLOGY; a.k.a. "SARNII"), UI. Bolshaya Sadovaya D. 239, Saratov 410005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6452941195 (Russia); Registration Number 1096450002373 (Russia) [RUSSIA-EO14024].

SCIENTIFIC STUDIES AND RESEARCH CENTER (a.k.a. CENTRE D'ETUDES ET RECHERCHES; a.k.a. "SSRC"), P.O. Box 4470, Damascus, Syria [NPWMD].

SCIENTIFIC TECHNICAL CENTER LEMT BELOMO (Cyrillic: НАУЧНО ТЕХНИЧЕСКИЙ ЦЕНТР ЛЭМТ БЕЛОМО) (a.k.a. NAUCHNO PROIZVODSTVENNOYE CHASTNOYE UNITARNOE PREDPRIYATIE NAUCHNO TEKHNICHESKI TSENTR LEMT BELOMO; a.k.a. SCIENTIFIC PRODUCTION UNITARY ENTERPRISE STC LEMT; a.k.a. UP NTTS LEMT BELOMO (Cyrillic: УП НТЦ ЛЭМТ БЕЛОМА)), D. 23, korp. 1, Nezhiloe pomeshchenie, ul. Makaenka, Minsk 220114, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100230590 (Belarus) [BELARUS-EO14038].

SCIENTIFIC TECHNICAL CENTRE ELINS (a.k.a. ELINS STC JSC; a.k.a. JOINT STOCK COMPANY RESEARCH CENTER ELINS; a.k.a. JSC NAUCHNYY CENTER ELINS; a.k.a. JSC SCIENTIFIC AND TECHNICAL CENTER ELINS), Panfilovsky Pr., 10, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Mar 2010; Tax ID No. 7735567832 (Russia); Registration Number 1107746215455 (Russia) [RUSSIA-EO14024].

SCIENTIFIC-TECHNICAL CENTER FOR ELECTRONIC WARFARE (Cyrillic: НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР РАДИОЭЛЕКТРОННОЙ БОРЬБЫ) (a.k.a. AKTSIONERNOE OBSCHESTVO NAUCHNO-TEKHNICHESKI TSENTR RADIOELEKTRONNOI BORBY; a.k.a. AO NTTS REB; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND TECHNICAL CENTER OF RADIOELECTRONIC WARFARE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР РАДИОЭЛЕКТРОННОЙ БОРЬБЫ); a.k.a. JSC NTTS REB (Cyrillic: АО НТЦ РЭБ)), d. 29 korp. 135, ul. vereiskaya, Moscow 121357, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Aug 2005; Tax ID No. 7731529843 (Russia); Government Gazette Number 78506999 (Russia); Registration Number 1057748002850 (Russia) [RUSSIA-EO14024].

SCOGLITTI RESTAURANT (a.k.a. PORTICELLO RESTAURANT), 8, Boat Street Marsamxett, Valletta, Malta; Website www.facebook.com/porticellomalta; Email Address porticellomalta@gmail.com [LIBYA3] (Linked To: DEBONO, Darren).

SCONTEL (a.k.a. CLOSED JOINT STOCK COMPANY SUPERCONDUCTING NANOTECHNOLOGY; a.k.a. LIMITED LIABILITY COMPANY SUPERCONDUCTING NANOTECHNOLOGY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SVERKHPROVODNIKOVYE NANOTEKHNOLOGII; a.k.a. SKONTEL AO; a.k.a. SKONTEL OOO), 5 str. 1 etazh 4 pom. I kom. 14, ul. Lva Tolstogo, Moscow 119021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Jan 2005; Tax ID No. 7704445168 (Russia); Government Gazette Number 19634279 (Russia); Registration Number 5177746003815 (Russia) [RUSSIA-EO14024].

SCORE COMMERCIAL COMPANY LTD. (a.k.a. BORISAT SAKO KHOMMOESIAN CHAMKAT), 273 Soi Thiam Ruammit, Ratchada Phisek Road, Huai Khwang district, Bangkok, Thailand [SDNTK].

SCOTPAK BUILD PVT LTD (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

SCSCO (a.k.a. SHIPPING COMPUTER SERVICES COMPANY), No. 37, Asseman Shahid Sayyad Shirazeesq, Pasdaran Ave, PO Box 1587553-1351, Tehran, Iran; Website www.scsco.net; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SCUADRA FORTIA, S.A. DE C.V., Paseo De Las Lomas No. 90, El Colli Ejidal, Zapopan, Jalisco 45070, Mexico; R.F.C. SFO011205UJ8 (Mexico); Folio Mercantil No. 13537 (Mexico) [SDNTK].

SC-YUG (Cyrillic: СК-ЮГ) (a.k.a. SC SOUTH LLC; a.k.a. SHIPPING COMPANY SOUTH; a.k.a. "SK-YUG"), ul. Lenina, d. 6B, Novorossiysk, Krasnodarskiy kray 353960, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jun 2016; Tax ID No. 9705070317 (Russia); Identification Number IMO 5937219 [RUSSIA-EO14024].

SD DEPO PLAZA (a.k.a. SPETSIALIZIROVANNYI DEPOZITARII DEPO PLAZA), Ul. 2-YA Magistralnaya D. 8A, Str. 1, Kabinet 4, Tekhnicheskii Floor, Moscow 123290, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7731530091 (Russia); Registration Number 1057748104996 (Russia) [RUSSIA-EO14024].

SD PARTNER LLC (a.k.a. LIMITED LIABILITY COMPANY SPECIAL DEPOSITORY PARTNER), Ul. Mashi Poryvaevoi D. 34, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7707177816 (Russia); Registration Number 1027739461551 (Russia) [RUSSIA-EO14024].

SDK GARANT (a.k.a. LIMITED LIABILITY COMPANY SPECIALIZED DEPOSITORY COMPANY GARANT), Nab. Krasnopresnenskaya D. 8, Et. 10, Office 1032, Moscow 123100, Russia; Ul. Sokolnicheskii Val D. 37, Moscow 107113, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7714184726 (Russia); Registration Number 1027739142463 (Russia) [RUSSIA-EO14024].

SDM-BANK PAO (a.k.a. SDM-BANK PJSC; a.k.a. SDM-BANK PUBLIC JOINT STOCK COMPANY), Sh. Volokolamskoe d. 73, Moscow 125424, Russia; SWIFT/BIC SJSCRUMM;

Website www.sdm.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Sep 1991; Target Type Financial Institution; Tax ID No. 7733043350 (Russia); Legal Entity Number 25340008GF2H0T8HKN44; Registration Number 1027739296584 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

SDM-BANK PJSC (a.k.a. SDM-BANK PAO; a.k.a. SDM-BANK PUBLIC JOINT STOCK COMPANY), Sh. Volokolamskoe d. 73, Moscow 125424, Russia; SWIFT/BIC SJSCRUMM; Website www.sdm.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Sep 1991; Target Type Financial Institution; Tax ID No. 7733043350 (Russia); Legal Entity Number 25340008GF2H0T8HKN44; Registration Number 1027739296584 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

SDM-BANK PUBLIC JOINT STOCK COMPANY (a.k.a. SDM-BANK PAO; a.k.a. SDM-BANK PJSC), Sh. Volokolamskoe d. 73, Moscow 125424, Russia; SWIFT/BIC SJSCRUMM; Website www.sdm.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Sep 1991; Target Type Financial Institution; Tax ID No. 7733043350 (Russia); Legal Entity Number 25340008GF2H0T8HKN44; Registration Number 1027739296584 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

SDOBNOV, Alexey Borisovich (a.k.a. SDOBNOV, Oleksii Borysovych), Russia; DOB 08 May 1983; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SDOBNOV, Oleksii Borysovych (a.k.a. SDOBNOV, Alexey Borisovich), Russia; DOB 08 May 1983; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SEA ART SHIP MANAGEMENT OPC (a.k.a. SEA ART SHIP MANAGEMENT OPC PRIVATE LIMITED), 511A, Shelton Sapphire, Sector 15, Plot No. 18&19, CBD Belapur, Navi Mumbai, Thane, Thane, Maharashtra 400614, India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Aug 2021; Identification Number IMO 6249053; Business Registration Number 366117 (India) [SDGT] [IFSR] (Linked To: SAHARA THUNDER).

SEA ART SHIP MANAGEMENT OPC PRIVATE LIMITED (a.k.a. SEA ART SHIP MANAGEMENT OPC), 511A, Shelton Sapphire, Sector 15, Plot No. 18&19, CBD Belapur, Navi Mumbai, Thane, Thane, Maharashtra 400614, India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Aug 2021; Identification Number IMO 6249053; Business Registration Number 366117 (India) [SDGT] [IFSR] (Linked To: SAHARA THUNDER).

SEA BREEZE SHIPPING INC, Global Plaza, Calle 50, Panama City, Panama; Organization Established Date 17 Jul 2024; Identification Number IMO 0014181; Commercial Registry Number 155754383 (Panama) [IRAN-EO13902].

SEA KNOT SHIPPING INC., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 17 Aug 2021; Identification Number IMO 6253546; Business Registration Number 110481 (Marshall Islands) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

SEA RIVER SERVICE LIMITED LIABILITY COMPANY (a.k.a. MORE REKA SERVIS; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU MORE REKA SERVIS; a.k.a. SEA RIVER SERVICE LLC), Office 1, ul Lenina 53, Azov, Rostov Oblast 346780, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Mar 2015; Tax ID No. 6140000869 (Russia); Identification Number IMO 6083740; Business Registration Number 1156188000649 (Russia) [RUSSIA-EO14024].

SEA RIVER SERVICE LLC (a.k.a. MORE REKA SERVIS; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU MORE REKA SERVIS; a.k.a. SEA RIVER SERVICE LIMITED LIABILITY COMPANY), Office 1, ul Lenina 53, Azov, Rostov Oblast 346780, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Mar 2015; Tax ID No. 6140000869 (Russia); Identification Number IMO 6083740; Business Registration Number 1156188000649 (Russia) [RUSSIA-EO14024].

SEA ROUTE SHIP MANAGEMENT FZE, Office E-26F-15, P1-ELOB, Hamriyah Free Zone, Sharjah, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Identification Number IMO 6233526; License 18941 (United Arab Emirates); Economic Register Number (CBLS) 11583036 (United Arab Emirates) [IRAN-EO13846].

SEA SERVICES PROVIDERS NV, 40C Keizer Street, Paramaribo, Suriname; Organization Established Date 2022; Identification Number IMO 6347401 [IRAN-EO13902].

SEA SURF SHIPPING LIMITED, Ibrahim Koray Sokak 20/6, Aydintepe Mah., 99500 Tuzla, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number IMO 6477625 [SDGT] (Linked To: HIZBALLAH).

SEA WA BEACH CLUB, S.A. DE C.V., Mazatlan, Sinaloa, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 May 2024; Organization Type: Tour operator activities; Folio Mercantil No. N-2024040456 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: NUNEZ RIOS, Jose Raul).

SEABRASS LIMITED, Level 8/5B, Portomaso Business Tower, St. Julians, Malta; D-U-N-S Number 53-400-4431; Trade License No. C 76394 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

SEAFIRE FOUNDATION, Panama City, Panama; Identification Number 56437 (Panama) [VENEZUELA-EO13850] (Linked To: SAAB MORAN, Alex Nain).

SEALINK OVERSEAS PTE. LTD. (a.k.a. UNITED AGRO COMMODITIES PTE. LTD.; f.k.a. UNITED AGRO FERTILIZER PTE. LTD.), Paya Lebar Square, 60 Paya Lehar Road #09-43, 409051, Singapore; 22, RB Capital Building, 03, Malacca Street, Singapore; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886; Organization Established Date 28 Dec 2012; Trade License No. 201231437N (Singapore) [SDGT] (Linked To: PALIKANDY, Mehboob Thachankandy).

SEAPALM SHIPPING LIMITED, PO Box 1137, Victoria, Mahe Island, Seychelles; Organization Established Date 2020; Identification Number IMO 6347414 [IRAN-EO13902].

SEAPORT OF FEODOSIYA (a.k.a. PORT OF FEODOSIA; a.k.a. STATE ENTERPRISE FEODOSIA SEA TRADING PORT; a.k.a. THEODOSIA COMMERCIAL SEAPORT; a.k.a. THEODOSIA MERCHANT SEA PORT; a.k.a. THEODOSIA SEA PORT), 14 Gorky Street, Theodosia 98100, Ukraine; 14, Gorky Str., Feodosiya, Crimea 98100, Ukraine; Gorky Street 11, Feodosia, Crimea 98100, Ukraine; Website www.ukrport.org.ua; Email Address theodosia@port.kafa.crimea.ua; UN/LOCODE UA FEO; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125577 (Russia) [UKRAINE-EO13685].

SEAPORT OF KERCH (a.k.a. KERCH COMMERCIAL SEAPORT; a.k.a. KERCH MERCHANT SEA PORT; a.k.a. KERCH SEA PORT; a.k.a. PORT OF KERCH; a.k.a. STATE ENTERPRISE KERCH COMMERCIAL SEA PORT; a.k.a. STATE ENTERPRISE KERCH SEA COMMERCIAL PORT), Kirova Street 28, Kerch, Crimea 98312, Ukraine; 28 Kirova Str., Kerch, Crimea 98312, Ukraine; 28, Kirov Str., Kerch, Crimea 98312, Ukraine; Ul. Kirov, 28, Kerch, Crimea 98312, Ukraine; ul Kirova 28, Kerch 98312, Ukraine; Website http://www.kerchport.com; alt. Website http://www.ukrport.org.ua; Email Address kmtp@kerch.sf.ukrtel.net; alt. Email Address referent.port@mail.ru; alt. Email Address kmtp@trport.kerch.crimea.com; UN/LOCODE UA KEH; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125554 [UKRAINE-EO13685].

SEAPORT OF SEVASTOPOL (a.k.a. PORT OF SEVASTOPOL; a.k.a. SEVASTOPOL COMMERCIAL SEAPORT; a.k.a. SEVASTOPOL MERCHANT SEA PORT; a.k.a. SEVASTOPOL SEA PORT; a.k.a. SEVASTOPOL SEA TRADE PORT; a.k.a. STATE ENTERPRISE SEVASTOPOL COMMERCIAL SEAPORT; a.k.a. STATE ENTERPRISE SEVASTOPOL SEA TRADING PORT), 3 Place Nakhimova, Sevastopol 99011, Ukraine; 5, Nakhimova square, Sevastopol, Crimea 99011, Ukraine; Nahimova Square 5, Sevastopol, Crimea 99011, Ukraine; Email Address Sevport@stel.sebastopol.ua; alt. Email Address sevampu@ukr.net; alt. Email Address mail@morport.sebastopol.ua; UN/LOCODE UA SVP; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125548 (Ukraine) [UKRAINE-EO13685].

SEAPORT OF YALTA (a.k.a. PORT OF YALTA; a.k.a. STATE ENTERPRISE YALTA SEA TRADING PORT; a.k.a. YALTA COMMERCIAL SEAPORT; a.k.a. YALTA MERCHANT SEA PORT; a.k.a. YALTA SEA PORT), Roosevelt Street 3, Yalta, Crimea 98600, Ukraine; 5, Roosevelt Str., Yalta, Crimea 98600, Ukraine; 5 Roosevelt Street, Yalta, Crimea 98600, Ukraine; Website yaltaport.com.ua; Email Address yasko@ukrpost.ua; alt. Email Address yasco@mail.ylt.crimea.com; UN/LOCODE UA YAL; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125591 (Ukraine) [UKRAINE-EO13685].

SEAPORT OF YEVPATORIYA (a.k.a. PORT OF EVPATORIA; a.k.a. PORT OF YEVPATORIA; a.k.a. STATE ENTERPRISE EVPATORIA SEA COMMERCIAL PORT; a.k.a. YEVPATORIA COMMERCIAL SEAPORT; a.k.a. YEVPATORIA MERCHANT SEA PORT; a.k.a. YEVPATORIA SEA PORT; a.k.a. YEVPATORIYA COMMERCIAL SEA PORT; a.k.a. YEVPATORIYA SEA PORT), Mariners Square 1, Evpatoria, Crimea 97416, Ukraine; 1, Moryakov Sq, Yevpatoriya, Crimea 97408, Ukraine; 1 Moryakov Sq., Yevpatoria, Crimea 97416, Ukraine; Ukraine; 1 Moryakov Sq, Yevpatoriya, Crimea 97416, Ukraine; Email Address lada1@seavenue.net; alt. Email Address zamves@emtp.com.ua; UN/LOCODE UA ZKA; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125583 (Ukraine) [UKRAINE-EO13685].

SEASKY MARINE CO., LIMITED (Chinese Traditional: 海天航運有限公司), Rm 705 7/F FA Yuen Coml Bldg, Mongkok, Hong Kong, China; Organization Established Date 15 Apr 2024; Identification Number IMO 6499567; Company Number 3390570 (Hong Kong); Business Registration Number 76442761 (Hong Kong) [IRAN-EO13902].

SEBASTIANO (a.k.a. G Y G INTERNACIONAL S.A.S.; a.k.a. G&G INTERNACIONAL S.A.S.), Calle 100 No. 17A-36, Ofc. 705, Bogota, Colombia; NIT # 9002981691 (Colombia); Matricula Mercantil No 1910782 (Colombia); alt. Matricula Mercantil No 1237153 (Colombia); alt. Matricula Mercantil No 1730043 (Colombia); alt. Matricula Mercantil No 1816081 (Colombia) [SDNTK].

SECHIN, Igor (a.k.a. SECHIN, Igor Ivanovich (Cyrillic: СЕЧИН, Игорь Иванович)), Moscow, Russia; DOB 07 Sep 1960; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

SECHIN, Igor Ivanovich (Cyrillic: СЕЧИН, Игорь Иванович) (a.k.a. SECHIN, Igor), Moscow, Russia; DOB 07 Sep 1960; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

SECHIN, Ivan (Cyrillic: СЕЧИН, Иван) (a.k.a. SECHIN, Ivan Igorevich), Moscow, Russia; Shvedskiy Typik 3 KV38, Moscow 125009, Russia; DOB 03 Jan 1989; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 722759197 (Russia) issued 24 Jan 2013 expires 24 Jan 2023 (individual) [RUSSIA-EO14024] (Linked To: SECHIN, Igor Ivanovich).

SECHIN, Ivan Igorevich (a.k.a. SECHIN, Ivan (Cyrillic: СЕЧИН, Иван)), Moscow, Russia; Shvedskiy Typik 3 KV38, Moscow 125009, Russia; DOB 03 Jan 1989; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 722759197 (Russia) issued 24 Jan 2013 expires 24 Jan 2023 (individual) [RUSSIA-EO14024] (Linked To: SECHIN, Igor Ivanovich).

SECOND ACADEMY OF NATURAL SCIENCES (a.k.a. 2ND ACADEMY OF NATURAL SCIENCES; a.k.a. ACADEMY OF NATURAL SCIENCES; a.k.a. CHAYON KWAHAK-WON; a.k.a. CHE 2 CHAYON KWAHAK-WON; a.k.a. KUKPANG KWAHAK-WON; a.k.a. NATIONAL DEFENSE ACADEMY; a.k.a. SANSRI; a.k.a. SECOND ACADEMY OF NATURAL

SCIENCES RESEARCH INSTITUTE), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

SECOND ACADEMY OF NATURAL SCIENCES FOREIGN AFFAIRS BUREAU (a.k.a. KOREA KURYONGGANG TRADING CORPORATION; a.k.a. KOREA KUWOLSAN TRADING CORPORATION; a.k.a. KOREA RYENHAP 2 TRADING CORPORATION; a.k.a. KOREA TANGUN TRADING CORPORATION; a.k.a. RYUNG SENG TRADING CORPORATION; a.k.a. RYUNGSENG TRADING CORPORATION; a.k.a. RYUNGSONG TRADING CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [NPWMD].

SECOND ACADEMY OF NATURAL SCIENCES RESEARCH INSTITUTE (a.k.a. 2ND ACADEMY OF NATURAL SCIENCES; a.k.a. ACADEMY OF NATURAL SCIENCES; a.k.a. CHAYON KWAHAK-WON; a.k.a. CHE 2 CHAYON KWAHAK-WON; a.k.a. KUKPANG KWAHAK-WON; a.k.a. NATIONAL DEFENSE ACADEMY; a.k.a. SANSRI; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

SECOND ECONOMIC COMMITTEE, Kangdong, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

SECOND MARQUETALIA (a.k.a. LA NUEVA MARQUETALIA; a.k.a. NEW MARQUETALIA; a.k.a. SEGUNDA MARQUETALIA; a.k.a. "ARMED ORGANIZED RESIDUAL GROUP SEGUNDA MARQUETALIA"; a.k.a. "FARC DISSIDENTS SEGUNDA MARQUETALIA";

a.k.a. "FARC-D SEGUNDA MARQUETALIA"; a.k.a. "GAO-R SEGUNDA MARQUETALIA"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL SEGUNDA MARQUETALIA"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP SEGUNDA MARQUETALIA"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS SEGUNDA MARQUETALIA"), Colombia; Venezuela; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

SECONDEYE SOLUTION (a.k.a. FORWARDERZ), Karachi, Pakistan; Website secondeyesolution.su; alt. Website secondeyesolution.ch; alt. Website secondeyesolution.ru; alt. Website secondeyesolution.com; alt. Website forwarderz.com; alt. Website secondeyehost.com; Email Address support@secondeyesolution.com; alt. Email Address info@forwarderz.com; alt. Email Address forwarderz@yahoo.com; alt. Email Address forwarderzlive@google.com; alt. Email Address forwarderzlive@hotmail.com; alt. Email Address support@secondeyehost.com; Digital Currency Address - XBT 1NE2NiGhhbkFPSEyNWwj7hKGhGDedBtSrQ; alt. Digital Currency Address - XBT 19D8PHBjZH29uS1uPZ4m3sVyqqfF8UFG9o; alt. Digital Currency Address - XBT 1EYitrwBYNWuTBcjZFbEUdqHppe2raLpaF; alt. Digital Currency Address - XBT 1G9CKRHA3mx22DoT1QyNYrh85VSQ19Y1em; alt. Digital Currency Address - XBT 182NGZbPJXwg2WDrhrPpR7tpiGQkNPF844; alt. Digital Currency Address - XBT 1NayLEVF3bEEbDtdF2Cwso1VdEtvVNh2qX; alt. Digital Currency Address - XBT 16PhXY3hNNMTo8kpuJx2emh713KbWpkqci; alt. Digital Currency Address - XBT 1GqChmWqGtsaLrGbHfgdrV5Nkvahtjjuxr; alt. Digital Currency Address - XBT 18Ke1QWE9nQfXuhJijHggZuPJ5ZYxapoBK; alt. Digital Currency Address - XBT 1QJUiNsNfji6mR1FjAwf6Eg9NxxHPoxpWL; alt. Digital Currency Address - XBT 1DtGgdCi9VPKz2Bpq8GQhUQEPnQ5HwaT9n; Digital Currency Address - ETH 0x1da5821544e25c636c1417ba96ade4cf6d2f9 b5a; alt. Digital Currency Address - ETH 0x7Db418b5D567A4e0E8c59Ad71BE1FcE48f3 E6107; alt. Digital Currency Address - ETH 0x72a5843cc08275C8171E582972Aa4fDa8C3 97B2A; alt. Digital Currency Address - ETH

0x7F19720A857F834887FC9A7bC0a0fBe7Fc7f 8102; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Digital Currency Address - LTC LQAhYwwK5AR1JQiQPr7vu8Pu4b6qcxxvNB; alt. Digital Currency Address - LTC LgwmgYnraU2uBWHVFUDgAmFCPYj5Yw8C9 L; alt. Digital Currency Address - LTC LeKvNdNEzgQkzVVnRdV3fAu2DSF1nLsNw6; Digital Currency Address - BCH 18M8bJWMzWHDBMxoLqjHHAffdRy4SrzkfB [CYBER2] [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

SECOURS MONDIAL DE FRANCE (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL 'WORLD RELIEF'; a.k.a. FONDATION SECOURS MONDIAL-BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL-KOSOVA; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. STICHTING WERELDHULP-BELGIE, V.Z.W.; a.k.a. "FSM"), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, Putte 2580, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia and Herzegovina; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia and Herzegovina; Rr. Skenderbeu 76, Lagjja Sefa, Gjakova, Serbia; Ylli Morina Road, Djakovica, Serbia; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir, undetermined; Lebanon; Gaza Strip, undetermined; Sierra Leone; Somalia; Syria; 49 rue du Lazaret, Strasbourg 67100, France; West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; V.A.T. Number BE 454,419,759 [SDGT].

SECRET LOGISTICS SOLUTION FZCO (Arabic: سيكرت لوجيستيكس سولوشن ش.م.ح), Damascus Rd, East Wing Rd, Dubai Airport Free Zone 4EB 239, 4EB 239 - F15, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 05045 (United Arab Emirates) [RUSSIA-EO14024].

SECRET TECHNOLOGIES (a.k.a. SIKRET TEKHNOLODZHIS), Ul. Shcherbakovskaya D. 53, K. 3, Et 1 Kom 113, Moscow 105187, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719463723 (Russia); Registration Number 5167746470140 (Russia) [RUSSIA-EO14024].

SECT OF REVOLUTIONARIES (a.k.a. ARMED STRUGGLE FOR REVOLUTIONARY INDEPENDENCE SECT OF REVOLUTIONARIES; a.k.a. REBEL SECT; a.k.a. REVOLUTIONARIES SECT; a.k.a. SECTA EPANASTATON; a.k.a. SEKHTA EPANASTATON; a.k.a. SEKTA EPANASTATON; a.k.a. "SE"), Greece; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SECTA EPANASTATON (a.k.a. ARMED STRUGGLE FOR REVOLUTIONARY INDEPENDENCE SECT OF REVOLUTIONARIES; a.k.a. REBEL SECT; a.k.a. REVOLUTIONARIES SECT; a.k.a. SECT OF REVOLUTIONARIES; a.k.a. SEKHTA EPANASTATON; a.k.a. SEKTA EPANASTATON; a.k.a. "SE"), Greece; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SECURE MOVEMENT LOGISTICS SERVICES (Arabic: شرکت خدمات لوژستیکی سیکیور موفمنت), Kabul, Afghanistan; Organization Established Date 2017; Tax ID No. 9003919520 (Afghanistan); License 37629 (Afghanistan); Registration Number 111570 (Afghanistan) [GLOMAG] (Linked To: RAHMANI, Ajmal).

SECUROL ADVANCED GLAZING CURTAINS (a.k.a. NEW SECUROL; a.k.a. SECUROL GLASS CURTAINS), Floor 1, Badr Building, Khalde, Ebbeh, Aley, Lebanon; Tyre, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Mar 2014; Commercial Registry Number 2037210 (Lebanon) [SDGT] (Linked To: KHAFAJA, Jamil Mohamad).

SECUROL GLASS CURTAINS (a.k.a. NEW SECUROL; a.k.a. SECUROL ADVANCED GLAZING CURTAINS), Floor 1, Badr Building, Khalde, Ebbeh, Aley, Lebanon; Tyre, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Mar 2014; Commercial Registry Number 2037210 (Lebanon) [SDGT] (Linked To: KHAFAJA, Jamil Mohamad).

SEDAGHAT, Mostafa (a.k.a. SEDAGHATI, Mostafa), Iran; DOB 12 Jan 1996; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N50040242 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

SEDAGHATI, Mostafa (a.k.a. SEDAGHAT, Mostafa), Iran; DOB 12 Jan 1996; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N50040242 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

SEDLETSKI, Valery (a.k.a. SEDLETSKI, Valery Veniaminovich; a.k.a. "Strix"), Rostov, Russia; DOB 29 Jul 1974; nationality Russia; Gender Male (individual) [CYBER2].

SEDLETSKI, Valery Veniaminovich (a.k.a. SEDLETSKI, Valery; a.k.a. "Strix"), Rostov, Russia; DOB 29 Jul 1974; nationality Russia; Gender Male (individual) [CYBER2].

SEDNAYA PRISON (Arabic: سجن صيدنايا) (a.k.a. SAIDNAYA MILITARY PRISON; a.k.a. SAYDNAYA MILITARY PRISON (Arabic: سجن صيدنايا العسكري); a.k.a. SAYDNAYA PRISON), Syria [PAARSSR-EO13894].

SEDOV, Aleksei (Cyrillic: СЕДОВ, Алексей) (a.k.a. SEDOV, Aleksei Semyonovich (Cyrillic: СЕДОВ, Алексей Семенович); a.k.a. SEDOV, Alexei; a.k.a. SEDOV, Alexei Semenovich), Russia; DOB 26 Aug 1954; POB Sochi, Russia; nationality Russia; Gender Male (individual) [NPWMD].

SEDOV, Aleksei Semyonovich (Cyrillic: СЕДОВ, Алексей Семенович) (a.k.a. SEDOV, Aleksei (Cyrillic: СЕДОВ, Алексей); a.k.a. SEDOV, Alexei; a.k.a. SEDOV, Alexei Semenovich), Russia; DOB 26 Aug 1954; POB Sochi, Russia; nationality Russia; Gender Male (individual) [NPWMD].

SEDOV, Alexei (a.k.a. SEDOV, Aleksei (Cyrillic: СЕДОВ, Алексей); a.k.a. SEDOV, Aleksei Semyonovich (Cyrillic: СЕДОВ, Алексей Семенович); a.k.a. SEDOV, Alexei Semenovich), Russia; DOB 26 Aug 1954; POB Sochi, Russia; nationality Russia; Gender Male (individual) [NPWMD].

SEDOV, Alexei Semenovich (a.k.a. SEDOV, Aleksei (Cyrillic: СЕДОВ, Алексей); a.k.a. SEDOV, Aleksei Semyonovich (Cyrillic: СЕДОВ, Алексей Семенович); a.k.a. SEDOV, Alexei), Russia; DOB 26 Aug 1954; POB Sochi, Russia; nationality Russia; Gender Male (individual) [NPWMD].

SEED AHMED, Asharaf (a.k.a. AL-CARDINAL, Ashraf Seed Ahmed; a.k.a. ALI, Ashraf Seedahmed Hussein; a.k.a. HUSSEIN, Ashraf Said Ahmed; a.k.a. HUSSEIN, Ashraf Seed Ahmed; a.k.a. SEED AHMED, Ashraff; a.k.a. SEEDAHMED, Ashiraf; a.k.a. "ALI, Ashraf Sayed"; a.k.a. "HUSSEIN ALI, Ashraf"), 1 College Yard, Winchester Avenue, London, England NW6 7UA, United Kingdom; 207 Jersey Road, Osterley, London TW7 4RE, United Kingdom; Dubai, United Arab Emirates; DOB 01 Jan 1957 to 31 Jan 1957; POB Sudan; nationality Sudan; Gender Male; Passport B00018325 (Sudan) expires 16 Feb 2023; National ID No. 11945710905 (Sudan); alt. National ID No. 784195754986941 (United Arab Emirates) (individual) [GLOMAG].

SEED AHMED, Ashraff (a.k.a. AL-CARDINAL, Ashraf Seed Ahmed; a.k.a. ALI, Ashraf Seedahmed Hussein; a.k.a. HUSSEIN, Ashraf Said Ahmed; a.k.a. HUSSEIN, Ashraf Seed Ahmed; a.k.a. SEED AHMED, Asharaf; a.k.a. SEEDAHMED, Ashiraf; a.k.a. "ALI, Ashraf Sayed"; a.k.a. "HUSSEIN ALI, Ashraf"), 1 College Yard, Winchester Avenue, London, England NW6 7UA, United Kingdom; 207 Jersey Road, Osterley, London TW7 4RE, United Kingdom; Dubai, United Arab Emirates; DOB 01 Jan 1957 to 31 Jan 1957; POB Sudan; nationality Sudan; Gender Male; Passport B00018325 (Sudan) expires 16 Feb 2023; National ID No. 11945710905 (Sudan); alt. National ID No. 784195754986941 (United Arab Emirates) (individual) [GLOMAG].

SEEDAHMED, Ashiraf (a.k.a. AL-CARDINAL, Ashraf Seed Ahmed; a.k.a. ALI, Ashraf Seedahmed Hussein; a.k.a. HUSSEIN, Ashraf Said Ahmed; a.k.a. HUSSEIN, Ashraf Seed Ahmed; a.k.a. SEED AHMED, Asharaf; a.k.a. SEED AHMED, Ashraff; a.k.a. "ALI, Ashraf Sayed"; a.k.a. "HUSSEIN ALI, Ashraf"), 1 College Yard, Winchester Avenue, London, England NW6 7UA, United Kingdom; 207 Jersey Road, Osterley, London TW7 4RE, United Kingdom; Dubai, United Arab Emirates; DOB 01 Jan 1957 to 31 Jan 1957; POB Sudan;

nationality Sudan; Gender Male; Passport B00018325 (Sudan) expires 16 Feb 2023; National ID No. 11945710905 (Sudan); alt. National ID No. 784195754986941 (United Arab Emirates) (individual) [GLOMAG].

SEGOVIA IMPORT & EXPORT CORP. (a.k.a. SEGOVIA IMPORT AND EXPORT CORP.), Panama; RUC # 1153864-1-572287 (Panama) [SDNTK].

SEGOVIA IMPORT AND EXPORT CORP. (a.k.a. SEGOVIA IMPORT & EXPORT CORP.), Panama; RUC # 1153864-1-572287 (Panama) [SDNTK].

SEGUJJA, Elias (a.k.a. SUGUJA, Fezza; a.k.a. "Faiza"; a.k.a. "Feeza"; a.k.a. "Mulalo"), Congo, Democratic Republic of the; DOB 1969 to 1971; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

SEGUNDA MARQUETALIA (a.k.a. LA NUEVA MARQUETALIA; a.k.a. NEW MARQUETALIA; a.k.a. SECOND MARQUETALIA; a.k.a. "ARMED ORGANIZED RESIDUAL GROUP SEGUNDA MARQUETALIA"; a.k.a. "FARC DISSIDENTS SEGUNDA MARQUETALIA"; a.k.a. "FARC-D SEGUNDA MARQUETALIA"; a.k.a. "GAO-R SEGUNDA MARQUETALIA"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL SEGUNDA MARQUETALIA"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP SEGUNDA MARQUETALIA"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS SEGUNDA MARQUETALIA"), Colombia; Venezuela; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

SEGUROS LA VITALICIA C.A. (a.k.a. LA VITALICIA), Caracas, Venezuela; National ID No. J310205361 (Venezuela) [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

SEIF, Mahmoud (a.k.a. AL-SAYF, Mahmud; a.k.a. SAJADDINIA, Mohsen; a.k.a. SAJADINIA, Mohsen; a.k.a. SAJJADI NIA, Mohsen; a.k.a. SAJJADINIA, Mohsen); DOB 05 Jun 1964; alt. DOB 05 Jun 1967; alt. DOB 05 Jun 1969; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR].

SEIF, Valiollah, Iran; DOB 1952; POB Nahavand, Hamadan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SEIFI, Asadollah (a.k.a. SEIFY, Asadollah; a.k.a. SEYFI, Esdaleh), Pasdaran Golestan 4 P 73 Vahed 6, Tehran, Iran; DOB 04 Apr 1965; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P61246374 (Iran); National ID No. 1465247467 (Iran) (individual) [SDGT] [IFSR] (Linked To: ATLAS EXCHANGE; Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

SEIFY, Asadollah (a.k.a. SEIFI, Asadollah; a.k.a. SEYFI, Esdaleh), Pasdaran Golestan 4 P 73 Vahed 6, Tehran, Iran; DOB 04 Apr 1965; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P61246374 (Iran); National ID No. 1465247467 (Iran) (individual) [SDGT] [IFSR] (Linked To: ATLAS EXCHANGE; Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

SEIN, Aye Nu (a.k.a. AYE, Nu Sein; a.k.a. SEIN, Daw Aye Nu), Naypyitaw, Burma; DOB 24 Mar 1957; POB Sittwe, Burma; nationality Burma; citizen Burma; Gender Female; State Administrative Council Member (individual) [BURMA-EO14014].

SEIN, Daw Aye Nu (a.k.a. AYE, Nu Sein; a.k.a. SEIN, Aye Nu), Naypyitaw, Burma; DOB 24 Mar 1957; POB Sittwe, Burma; nationality Burma; citizen Burma; Gender Female; State Administrative Council Member (individual) [BURMA-EO14014].

SEK STUDIO (a.k.a. APRIL 26 CHILDREN'S ANIMATION FILM STUDIO; a.k.a. SCIENTIFIC EDUCATION KOREA STUDIO), Pyongyang, Korea, North; China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Motion picture, video and television programme production activities; Target Type State-Owned Enterprise [DPRK3].

SEKHTA EPANASTATON (a.k.a. ARMED STRUGGLE FOR REVOLUTIONARY INDEPENDENCE SECT OF REVOLUTIONARIES; a.k.a. REBEL SECT; a.k.a. REVOLUTIONARIES SECT; a.k.a. SECT OF REVOLUTIONARIES; a.k.a. SECTA EPANASTATON; a.k.a. SEKTA EPANASTATON; a.k.a. "SE"), Greece; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SEKTA EPANASTATON (a.k.a. ARMED STRUGGLE FOR REVOLUTIONARY INDEPENDENCE SECT OF REVOLUTIONARIES; a.k.a. REBEL SECT; a.k.a. REVOLUTIONARIES SECT; a.k.a. SECT OF REVOLUTIONARIES; a.k.a. SECTA EPANASTATON; a.k.a. SEKHTA EPANASTATON; a.k.a. "SE"), Greece; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SELASSIE, Ta'ame Abraham (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Taeme Abraham; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DA'AME"; a.k.a. "DHA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELE"; a.k.a. "MEKELLE"; a.k.a. "MEQELE"; a.k.a. "TESFALEN"; a.k.a. "TSEGAI"); DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

SELASSIE, Te'ame Abraha (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Taeme Abraham; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DA'AME"; a.k.a. "DHA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELE"; a.k.a. "MEKELLE"; a.k.a. "MEQELE"; a.k.a. "TESFALEN"; a.k.a. "TSEGAI"); DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

SELASSIE, Te'ame Abraham (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Taeme Abraham; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DA'AME"; a.k.a. "DHA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELE"; a.k.a. "MEKELLE"; a.k.a. "MEQELE"; a.k.a.

"TESFALEN"; a.k.a. "TSEGAI"); DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

SELEK, Atilla (a.k.a. "MUAZ"); DOB 28 Feb 1985; POB Ulm, Germany; nationality Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 702142921 (Germany) expires 03 Dec 2011; National ID No. 702092811 (Germany) expires 06 Apr 2010; Passport and National ID were issued in Ulm, Germany.  Currently incarcerated at JVA Bruchsal prison. (individual) [SDGT].

SELEM, Ahmed Conami (a.k.a. ARAFA, Ahmed; a.k.a. ARAFA, Ahmed Ibrahim Hassab; a.k.a. ARAFA, Ahmed Ibrahim Hassan; a.k.a. ARAFA, Ahmed Ibrahim Hassan Ahmed), 22 Mensija Street, San Gwann, Malta; 8, Simoha, Alexandria, Egypt; DOB 04 Jan 1976; POB Egypt; nationality Egypt; citizen Egypt; alt. citizen Malta; Gender Male; National ID No. 46447A (Malta) (individual) [LIBYA3].

SELENA LIVELY LIMITED, Industrial Building, 19-21, Hing Yip Street, Room 411, 4th Floor, Ming Sang, Kwun Tong, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2022; Organization Type: Transportation and storage; Identification Number IMO 6358878 [UKRAINE-EO13662] [RUSSIA-EO14024].

SELEZNEV, Kirill Gennadievich (Cyrillic: СЕЛЕЗНЁВ, Кирилл Геннадьевич), Russia; DOB 23 Apr 1974; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781660270069 (Russia) (individual) [RUSSIA-EO14024].

SELEZNYOV, Valery Sergeyevich (Cyrillic: СЕЛЕЗНЕВ, Валерий Сергеевич), Russia; DOB 05 Sep 1964; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SELIMI, Rexhep; DOB 15 Mar 1971; POB Iglarevo, Serbia and Montenegro (individual) [BALKANS].

SELIN TECHNIC CO (a.k.a. SELIN TECHNIC KISH COMPANY), No. 118 NE. 1st Floor, Venoos Complex, Kish, Iran; Africa Avenue, between Mirdamad Avenue and Zafar Avenue, Yazdapanah Street, Number 40, Unit 7, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PAIDAR, Amanallah).

SELIN TECHNIC KISH COMPANY (a.k.a. SELIN TECHNIC CO), No. 118 NE. 1st Floor, Venoos Complex, Kish, Iran; Africa Avenue, between Mirdamad Avenue and Zafar Avenue, Yazdapanah Street, Number 40, Unit 7, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PAIDAR, Amanallah).

SELITSKI, Viktar Frantsavich (Cyrillic: СЕЛІЦКІ, Віктар Францавіч) (a.k.a. SELITSKIY, Victor Frantsevich (Cyrillic: СЕЛИЦКИЙ, Виктор Францевич)), Minsk, Belarus; DOB 1975; POB Mosty Pravye, Mostovsky district, Grodno Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038] (Linked To: DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS).

SELITSKIY, Victor Frantsevich (Cyrillic: СЕЛИЦКИЙ, Виктор Францевич) (a.k.a. SELITSKI, Viktar Frantsavich (Cyrillic: СЕЛІЦКІ, Віктар Францавіч)), Minsk, Belarus; DOB 1975; POB Mosty Pravye, Mostovsky district, Grodno Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038] (Linked To: DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS).

SELIVANOV, Alexei Sergeevich (Cyrillic: СЕЛИВАНОВ, Алексей Сергеевич) (a.k.a. SELIVANOV, Oleksiy Sergeevich (Cyrillic: СЕЛИВАНОВ, Олексій Сергійович)), 20 Dashavskaya St., Kyiv, Ukraine; Energodar, Ukraine; DOB 07 Dec 1980; POB Kyiv, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SELIVANOV, Oleksiy Sergeevich (Cyrillic: СЕЛИВАНОВ, Олексій Сергійович) (a.k.a. SELIVANOV, Alexei Sergeevich (Cyrillic: СЕЛИВАНОВ, Алексей Сергеевич)), 20 Dashavskaya St., Kyiv, Ukraine; Energodar, Ukraine; DOB 07 Dec 1980; POB Kyiv, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SELIVERSTOV, Ivan Vladimirovich, Moscow, Russia; DOB 10 Mar 1989; POB Magdeburg, Germany; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SELIVERSTOV, Viktor Valentinovich (Cyrillic: СЕЛИВЕРСТОВ, Виктор Валентинович), Russia; DOB 02 Aug 1954; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SELK BAF SPINNING AND WEAVING FACTORIES PRODUCTION COMPANY (Arabic: شرکت تولیدی کارخانجات ریسندگی و بافندگی سلک باف) (a.k.a. RISANDEGI VA BAFANDEGIE SELK BAF; a.k.a. SELKBAF; a.k.a. SELKBAF CO; a.k.a. SELKBAF SPINNING AND WEAVING FACTORIES), Km 4, Avenue No 2, Balvar Jomhori Islami, Yazd, Iran; 5 km of Toos Street, Esteghlal St., Jomhuri Boulevard, Yazd, Iran; Website http://selkbaf.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10840029767 (Iran); Registration Number 302 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SELKBAF (a.k.a. RISANDEGI VA BAFANDEGIE SELK BAF; a.k.a. SELK BAF SPINNING AND WEAVING FACTORIES PRODUCTION COMPANY (Arabic: شرکت تولیدی کارخانجات ریسندگی و بافندگی سلک باف); a.k.a. SELKBAF CO; a.k.a. SELKBAF SPINNING AND WEAVING FACTORIES), Km 4, Avenue No 2, Balvar Jomhori Islami, Yazd, Iran; 5 km of Toos Street, Esteghlal St., Jomhuri Boulevard, Yazd, Iran; Website http://selkbaf.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10840029767 (Iran); Registration Number 302 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SELKBAF CO (a.k.a. RISANDEGI VA BAFANDEGIE SELK BAF; a.k.a. SELK BAF SPINNING AND WEAVING FACTORIES PRODUCTION COMPANY (Arabic: شرکت تولیدی کارخانجات ریسندگی و بافندگی سلک باف); a.k.a. SELKBAF; a.k.a. SELKBAF SPINNING AND WEAVING FACTORIES), Km 4, Avenue No 2, Balvar Jomhori Islami, Yazd, Iran; 5 km of Toos Street, Esteghlal St., Jomhuri Boulevard, Yazd, Iran; Website http://selkbaf.ir; Additional Sanctions Information - Subject to Secondary

Sanctions; National ID No. 10840029767 (Iran); Registration Number 302 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SELKBAF SPINNING AND WEAVING FACTORIES (a.k.a. RISANDEGI VA BAFANDEGIE SELK BAF; a.k.a. SELK BAF SPINNING AND WEAVING FACTORIES PRODUCTION COMPANY (Arabic: شرکت تولیدی کارخانجات ریسندگی و بافندگی سلک باف); a.k.a. SELKBAF; a.k.a. SELKBAF CO), Km 4, Avenue No 2, Balvar Jomhori Islami, Yazd, Iran; 5 km of Toos Street, Esteghlal St., Jomhuri Boulevard, Yazd, Iran; Website http://selkbaf.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10840029767 (Iran); Registration Number 302 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SELMAN, Ma'alim (a.k.a. ALI, Maalim Salman; a.k.a. ALI, Maalim Selman; a.k.a. SALMAN, Ameer; a.k.a. SALMAN, Maalim; a.k.a. SALMAN, Mu'alim; a.k.a. SULAYMAN, Ma'alin; a.k.a. SULEIMAN, Ma'alim; a.k.a. SULEIMAN, Mualem); DOB 1978 to 1980; POB Nairobi, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SELSELAT AL THAHAB (a.k.a. AL SILSILAH AL DHAHABA; a.k.a. GOLDEN CHAIN (Arabic: سلسله الذهب); a.k.a. SELSELAT AL THAHAB FOR MONEY EXCHANGE; a.k.a. SILSALAT AL DHAB; a.k.a. SILSILAH MONEY EXCHANGE COMPANY; a.k.a. SILSILAT MONEY EXCHANGE COMPANY; a.k.a. SILSILET AL THAHAB), Al-Kadhumi Complex, al Harthia, Baghdad, Iraq; al Abbas Street, Karbala, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SELSELAT AL THAHAB FOR MONEY EXCHANGE (a.k.a. AL SILSILAH AL DHAHABA; a.k.a. GOLDEN CHAIN (Arabic: سلسله الذهب); a.k.a. SELSELAT AL THAHAB; a.k.a. SILSALAT AL DHAB; a.k.a. SILSILAH MONEY EXCHANGE COMPANY; a.k.a. SILSILAT MONEY EXCHANGE COMPANY; a.k.a. SILSILET AL THAHAB), Al-Kadhumi Complex, al Harthia, Baghdad, Iraq; al Abbas Street, Karbala, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SELTAN MOHAMMEDI, Mohammed (a.k.a. SOLTANMOHAMMADI, Mohammad; a.k.a. SULTAN MOHMADI, Mohhamad; a.k.a. WANG, Chung Lang; a.k.a. WANG, Chung Lung; a.k.a. WANG, Zhong-Lang), Apartment # 1504, Fairooz Tower, Dubai Marina, Dubai, United Arab Emirates; 216 Ocean Drive, Sentosa Cove, Singapore 098622, Singapore; DOB 04 Nov 1960; POB Hamedan, Iran; nationality Iran; alt. nationality United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 518015439 (United Kingdom) expires 07 Apr 2026; alt. Passport T96397867 (Iran); alt. Passport 038016890 (United Kingdom); alt. Passport 093045489 (United Kingdom); alt. Passport U11283369 (Iran); National ID No. S27602 (United Kingdom) (individual) [NPWMD] [IFSR] (Linked To: HODA TRADING).

SELVARA SIGNATURE COLLECTION (a.k.a. FARO GRILL; a.k.a. GRUPO KOVAY; a.k.a. KOVAY DESARROLLOS; a.k.a. MARINE DIAMOND; a.k.a. NAVIS BY LA CRUZ; a.k.a. QUIYA RESIDENCES; a.k.a. SANTA JULIA SEASIDE LIVING; a.k.a. VG DESARROLLOS DE LA BAHIA, S.A. DE C.V.; a.k.a. ZUL BY LA CRUZ), Guadalajara, Jalisco, Mexico; Nayarit, Mexico; Website https://kovaydesarrollos.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Jan 2013; Organization Type: Real estate activities on a fee or contract basis; Folio Mercantil No. N-2020017740 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: RIVERA MIRAMONTES, Carlos Humberto).

SEMATAMA, Charles (a.k.a. "Sebanyana"), Hauts Plateaux, South Kivu, Congo, Democratic Republic of the; DOB 1975; POB Kalunyo Village, Kamombo Localities, South Kivu, Congo, Democratic Republic of the; nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO].

SEMENCHEV, Igor Igorevich (Cyrillic: СЕМЕНЧЕВ, Игор Игорович) (a.k.a. SEMENCHEV, Ihor Ihorovych (Cyrillic: СЕМЕНЧЕВ, Ігор Ігорович)), 2B Krasnoarmeyskaya Street, Antonovka Village, Kherson, Kherson Region, Ukraine; DOB 21 Jan 1982; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2997111978 (Ukraine) (individual) [RUSSIA-EO14024].

SEMENCHEV, Ihor Ihorovych (Cyrillic: СЕМЕНЧЕВ, Ігор Ігорович) (a.k.a. SEMENCHEV, Igor Igorevich (Cyrillic: СЕМЕНЧЕВ, Игор Игорович)), 2B Krasnoarmeyskaya Street, Antonovka Village, Kherson, Kherson Region, Ukraine; DOB 21 Jan 1982; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2997111978 (Ukraine) (individual) [RUSSIA-EO14024].

SEMENOV, Dmitry Borisovich, Russia; DOB 06 Aug 1981; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

SEMENOV, Roman (a.k.a. "POMA"; a.k.a. "ROMA"), Dubai, United Arab Emirates; DOB 08 Nov 1987; nationality Russia; Email Address semenov.roma@gmail.com; alt. Email Address semenovroma@gmail.com; alt. Email Address semenov.roman@mail.ru; alt. Email Address poma@tornado.cash; Gender Male; Digital Currency Address - ETH 0xdcbEfFBECcE100cCE9E4b153C4e15cB885643193; alt. Digital Currency Address - ETH 0x5f48c2a71b2cc96e3f0ccae4e39318ff0dc375b2; alt. Digital Currency Address - ETH 0x5a7a51bfb49f190e5a6060a5bc6052ac14a3b59f; alt. Digital Currency Address - ETH 0xed6e0a7e4ac94d976eebfb82ccf777a3c6bad921; alt. Digital Currency Address - ETH 0x797d7ae72ebddcdea2a346c1834e04d1f8df102b; alt. Digital Currency Address - ETH 0x931546D9e66836AbF687d2bc64B30407bAc8C568; alt. Digital Currency Address - ETH 0x43fa21d92141BA9db43052492E0DeEE5aa5f0A93; alt. Digital Currency Address - ETH 0x6be0ae71e6c41f2f9d0d1a3b8d0f75e6f6a0b46e; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 731969851 (Russia) (individual) [DPRK3].

SEMIGIN, Gennady Yuryevich (Cyrillic: СЕМИГИН, Геннадий Юрьевич), Russia; DOB 23 Mar 1964; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State

Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SEMISOTOV, Nikolai Petrovich (Cyrillic: СЕМИСОТОВ, Николай Петрович), Russia; DOB 02 Dec 1968; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SEMNANI, Reza Ebadzadeh (a.k.a. EBAD ZADEH, Reza; a.k.a. EBADZADEH, Reza), Tehran, Iran; DOB 13 Jun 1964; citizen Iran; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); Passport H40620699 (Iran); National ID No. 0941786821 (Iran); Director of Main Street 1095 Proprietary Limited (individual) [IRAN-EO13846] (Linked To: MAIN STREET 1095 PROPRIETARY LIMITED).

SEMYONOV, Valery Vladimirovich (Cyrillic: СЕМЁНОВ, Валерий Владимирович), Russia; DOB 16 Sep 1960; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SENAT SHIPPING & TRADING PTE LTD (a.k.a. SENAT SHIPPING AGENCY LTD; a.k.a. SENAT SHIPPING AND TRADING LTD; a.k.a. SENAT SHIPPING AND TRADING PRIVATE LIMITED; a.k.a. SENAT SHIPPING LIMITED), 36-02 A, Suntec Tower, 9, Temasek Boulevard, Singapore 038989, Singapore; 9 Temasek Boulevard, 36-02A, Singapore 038989, Singapore; Panama City, Panama; PO Box 957, Offshore Incorporations Centre Road Town, Tortola, Virgin Islands, British; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 5179245; alt. Identification Number IMO 5405737 [DPRK].

SENAT SHIPPING AGENCY LTD (a.k.a. SENAT SHIPPING & TRADING PTE LTD; a.k.a. SENAT SHIPPING AND TRADING LTD; a.k.a.

SENAT SHIPPING AND TRADING PRIVATE LIMITED; a.k.a. SENAT SHIPPING LIMITED), 36-02 A, Suntec Tower, 9, Temasek Boulevard, Singapore 038989, Singapore; 9 Temasek Boulevard, 36-02A, Singapore 038989, Singapore; Panama City, Panama; PO Box 957, Offshore Incorporations Centre Road Town, Tortola, Virgin Islands, British; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 5179245; alt. Identification Number IMO 5405737 [DPRK].

SENAT SHIPPING AND TRADING LTD (a.k.a. SENAT SHIPPING & TRADING PTE LTD; a.k.a. SENAT SHIPPING AGENCY LTD; a.k.a. SENAT SHIPPING AND TRADING PRIVATE LIMITED; a.k.a. SENAT SHIPPING LIMITED), 36-02 A, Suntec Tower, 9, Temasek Boulevard, Singapore 038989, Singapore; 9 Temasek Boulevard, 36-02A, Singapore 038989, Singapore; Panama City, Panama; PO Box 957, Offshore Incorporations Centre Road Town, Tortola, Virgin Islands, British; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 5179245; alt. Identification Number IMO 5405737 [DPRK].

SENAT SHIPPING AND TRADING PRIVATE LIMITED (a.k.a. SENAT SHIPPING & TRADING PTE LTD; a.k.a. SENAT SHIPPING AGENCY LTD; a.k.a. SENAT SHIPPING AND TRADING LTD; a.k.a. SENAT SHIPPING LIMITED), 36-02 A, Suntec Tower, 9, Temasek Boulevard, Singapore 038989, Singapore; 9 Temasek Boulevard, 36-02A, Singapore 038989, Singapore; Panama City, Panama; PO Box 957, Offshore Incorporations Centre Road Town, Tortola, Virgin Islands, British; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 5179245; alt. Identification Number IMO 5405737 [DPRK].

SENAT SHIPPING LIMITED (a.k.a. SENAT SHIPPING & TRADING PTE LTD; a.k.a. SENAT SHIPPING AGENCY LTD; a.k.a. SENAT SHIPPING AND TRADING LTD; a.k.a.

SENAT SHIPPING AND TRADING PRIVATE LIMITED), 36-02 A, Suntec Tower, 9, Temasek Boulevard, Singapore 038989, Singapore; 9 Temasek Boulevard, 36-02A, Singapore 038989, Singapore; Panama City, Panama; PO Box 957, Offshore Incorporations Centre Road Town, Tortola, Virgin Islands, British; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 5179245; alt. Identification Number IMO 5405737 [DPRK].

SENDERO LUMINOSO (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

SENE, Elmir (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAYEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SENGULER, Alaeddin (Latin: ŞENGÜLER, Alaeddin), Istanbul, Turkey; DOB 03 Sep 1959; POB Cairo, Egypt; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U01689546 (Turkey) expires 16 Mar 2021; National ID No. 35677708676 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

SENIN, Vladimir Borisovich (Cyrillic: СЕНИН, Владимир Борисович), Russia; DOB 17 Sep 1960; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SENSE SHIPPING AND TRADING SDN. BHD. (f.k.a. EASTCHEM SHIPPING SDN. BHD.), NO 43-M, Jalan Thambypillai off Jalan Tun Sambanthan, Kuala Lumpur, MY-14 50470, Malaysia; P04-18 Impian Meridian Commerze, Jalan Subang 1, USJ 1, Subang Jaya, MY-10 47600, Malaysia; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 04 May 2021; Business Registration Number 202101016872 (Malaysia) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

SENTIMARE ENTERPRISES LIMITED, 224 Archiepiskopou Makariou C' Avenue, Flat 41, Limassol 3030, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 375229 (Cyprus) [RUSSIA-EO14024] (Linked To: PALOMA FOUNDATION; Linked To: CAFAR FOUNDATION; Linked To: NATWIN FOUNDATION; Linked To: SPERO FOUNDATION).

SENTIMARE ME LIMITED (Arabic: سينتيمار ام اي ليمتد), Abu Dhabi, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 000008046 (United Arab Emirates); Economic Register Number (CBLS) 11925100 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: SENTIMARE ENTERPRISES LIMITED).

SENTYABR OOO (a.k.a. LIMITED LIABILITY COMPANY SEPTEMBER (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕНТЯБРЬ)), 46 Kolyvanova Street, Ozersk 456784, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7422041110 (Russia); Registration Number 1077422003339 (Russia) [RUSSIA-EO14024].

SENUSSI, Abdullah (a.k.a. AL-SENUSSI, Abdullah); DOB 1949; POB Sudan; Director of Military Intelligence; Colonel (individual) [LIBYA2].

SEPAH (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

SEPAH COOPERATIVE FOUNDATION (a.k.a. BONYAD TAAVON SEPAH; a.k.a. BONYAD-E TA'AVON-E; a.k.a. IRGC COOPERATIVE FOUNDATION), Niayes Highway, Seoul Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SEPAH PASDARAN (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

SEPAH PASDARAN AIR FORCE (a.k.a. AEROSPACE DIVISION OF IRGC; a.k.a. AEROSPACE FORCE OF THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. AFAGIR; a.k.a. AIR FORCE, IRGC (PASDARAN); a.k.a. IRGC AEROSPACE FORCE; a.k.a. IRGC AIR FORCE; a.k.a. IRGCAF; a.k.a. IRGCASF; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AEROSPACE FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AIR FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [RUSSIA-EO14024].

SEPAHAN CEMENT (a.k.a. SIMAN SEPAHAN), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SEPAHAN CEMENT CONCRETE PRODUCTS (a.k.a. FARAVARDEHAYE BOTONI SIMAN SEPAHAN), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SEPAHAN CEMENT INVESTMENT (a.k.a. SARMAYE GOZARI SIMAN SEPAHAN), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SEPAHAN CEMENT PAKAT-SAZI SHAFAGH (a.k.a. PAKAT SAZI SHAFAGH SIMAN SEPAHAN), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SEPAHAN CEMENT RAHNAVARD PRODUCTS TRANSPORTATION (a.k.a. HAML VA NAGHL KALAHAYE RAHNAVARD SIMAN SEPAHAN), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SEPAHAN SARMAD ELECTRONIC (a.k.a. SARMAD ELECTRONIC SEPAHAN COMPANY (Arabic: شرکت سرمد الکترونیک سپاهان); a.k.a. SARMAD ELECTRONICS SEPAHAN PRIVATE LIMITED COMPANY), First Floor, No. 20, 7(28) Mir Emad Street, Mir Emad Street Shamshad, Central Sector, Isfahan City, Isfahan Province 8138961456, Iran; Organization Established Date 08 Jul 2000; Identification Number 10260371950 (Iran); Registration Number 16257 (Iran) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

SEPAH-E PASDARAN ENGHELAB ISLAMI (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

SEPAH-E PASDARAN-E ENQELAB-E ESLAMI (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

SEPAH-E QODS (a.k.a. AL QODS; a.k.a. IRGC-QF; a.k.a. IRGC-QUDS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS-QODS FORCE; a.k.a. JERUSALEM FORCE; a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN); a.k.a. QODS (JERUSALEM) FORCE OF THE IRGC; a.k.a. QODS FORCE; a.k.a. QUDS FORCE; a.k.a. SEPAH-E QODS (JERUSALEM FORCE)), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] [ELECTION-EO13848].

SEPAH-E QODS (JERUSALEM FORCE) (a.k.a. AL QODS; a.k.a. IRGC-QF; a.k.a. IRGC-QUDS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS-QODS FORCE; a.k.a. JERUSALEM FORCE; a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN); a.k.a. QODS (JERUSALEM) FORCE OF THE IRGC; a.k.a. QODS FORCE; a.k.a. QUDS FORCE; a.k.a. SEPAH-E QODS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] [ELECTION-EO13848].

SEPANIR (a.k.a. SEPANIR ESTABLISHMENT; a.k.a. SEPANIR OIL AND GAS ENGINEERING COMPANY), No. 319 Shahid Bahonar Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

SEPANIR ESTABLISHMENT (a.k.a. SEPANIR; a.k.a. SEPANIR OIL AND GAS ENGINEERING COMPANY), No. 319 Shahid Bahonar Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

SEPANIR OIL AND GAS ENGINEERING COMPANY (a.k.a. SEPANIR; a.k.a. SEPANIR ESTABLISHMENT), No. 319 Shahid Bahonar

Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

SEPASAD ENGINEERING COMPANY, No. 4 Corner of Shad St., Mollasadra Ave., Vanak Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

SEPEHR ENERGY HAMTA PARS (Arabic: سپهر انرژی همتا پارس), No. 41, Third Floor, Shahid Dr. Beheshti St., Dr. Ali Shariati St., Shahid Qandi-Niloufar, Central Sector, Tehran, Tehran 1559649896, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Apr 2023; National ID No. 14012170530 (Iran); Registration Number 611814 (Iran) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

SEPEHR ENERGY JAHAN NAMA PARS COMPANY (Arabic: شرکت سپهر انرژی جهان نمای پارس), Floor 1, No. 41, Shahid Doctor Beheshti Street, Doctor Ali Shariati Street, Niloofar-Shahid Ghandi, Central District, Tehran, Tehran Province 1559649899, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Nov 2022; National ID No. 14011674086 (Iran); Business Registration Number 605057 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

SEPEHR ENERGY JAHAN NAMA TABAN (Arabic: سپهر انرژی جهان نمای تابان), No. 41, Second Floor, Shahid Dr. Beheshti St., Dr. Ali Shariati St., Shahid Qandi-Niloufar, Central Sector, Tehran, Tehran 1559649914, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Apr 2023; National ID No. 14012170506 (Iran); Registration Number 611812 (Iran) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

SEPEHR ENERGY PAYA GOSTAR JAHAN (Arabic: سپهر انرژی پایا گستر جهان), No. 41, Second Floor, Shahid Dr. Beheshti St., Dr. Ali Shariati St., Shahid Qandi-Niloufar, Central

Sector, Tehran, Tehran 1559649897, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Apr 2023; National ID No. 14012170510 (Iran); Registration Number 611813 (Iran) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

SEPEHR IRANIAN INSURANCE SERVICES, Iran [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SEPEHR MASHAHD CEMENT TRANSPORTATION (a.k.a. HAML VA NAGHL SEPEHR SIMAN MASHHAD), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SEPIASHVILI, Moshe Israel (a.k.a. KOSTOV, Nikolay Lyudmilo; a.k.a. ROSTOV, Nicholas; a.k.a. SHUSHANASHVILI, Kajaver; a.k.a. SHUSHANASHVILI, Kakha; a.k.a. SHUSHANASHVILI, Kakhaber Pavlovich; a.k.a. "KAKHA RUSTAVSKIY"), 8 Rukavishnikov Street, Mariinskiy Posad, Chuvash Republic, Russia; DOB 08 Feb 1972; POB Rustavi, Georgia; alt. POB Kutaisi, Georgia; nationality Georgia (individual) [TCO].

SEPID SHIPPING COMPANY LIMITED, 198 Old Bakery Street, Valletta VLT 1455, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (356)(21241232) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SEPRIV, S.A. DE C.V., Calle Donato Guerra No. 649, 1, Col. Centro, Culiacan, Sinaloa, Mexico; R.F.C. SEP980319668 (Mexico) [SDNTK].

SEPTEM CAPITAL LIMITED LIABILITY COMPANY (a.k.a. INVESTITSIONNAYA KOMPANIYA SEPTEM; a.k.a. SEPTEM CAPITAL LLC), Ul. Odesskaya D. 2, Pom. 6, Moscow 117638, Russia; Website septemcapital.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703809863 (Russia); Registration Number 1147746436749 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SEPTEM CAPITAL LLC (a.k.a. INVESTITSIONNAYA KOMPANIYA SEPTEM; a.k.a. SEPTEM CAPITAL LIMITED LIABILITY COMPANY), Ul. Odesskaya D. 2, Pom. 6, Moscow 117638, Russia; Website septemcapital.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703809863 (Russia); Registration Number

1147746436749 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SEPULVEDA ARELLANO, Cesar Alejandro (a.k.a. "El Boto"; a.k.a. "El Botox"), Mexico; DOB 26 Nov 1982; POB Michoacan, Mexico; nationality Mexico; Gender Male; C.U.R.P. SEAC821126HMNPRS08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: LOS VIAGRAS).

SEPULVEDA PORTILLO, Obed Christian, Mexico; DOB 20 May 1982; POB Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. SEPO820520HJCPRB00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

SEQUOIA TREUHAND TRUST REG, Poststrasse 2, Ruggell, LI-06 9491, Liechtenstein; Website https://sequoia.li; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2007; Legal Entity Number 5299007BJ0JWBN3WVQ35; Registration Number FL-0002.222.366-2 (Liechtenstein) [RUSSIA-EO14024] (Linked To: TIMCHENKO, Gennady Nikolayevich).

SERAJ, Reza, Iran; DOB 09 Aug 1965; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U50683554 (Iran) expires 18 Sep 2024; alt. Passport D10009891 (Iran) expires 28 May 2027 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SERAJHASHEMI, Seyed Ali (a.k.a. HASHEMI, Ali; a.k.a. HASHEMI, Sayyed Ali Seraj), China; Iran; DOB 05 Sep 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0452521629 (Iran) (individual) [NPWMD] [IFSR] (Linked To: BEIJING SHINY NIGHTS TECHNOLOGY DEVELOPMENT CO., LTD).

SERATAN LOJISTIK VE DIS TICARET LIMITED SIRKETI, Ic Kapi No: 115, A Blok No: 1/1, Merdivenkoy Mah., Nur Sk., Kadikoy, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 400335-5 (Turkey) [RUSSIA-EO14024].

SERB DEMOCRATIC PARTY (a.k.a. SRPSKA DEMOKRATSKA STRANKA; a.k.a. "SDS"), Kralja Alfonsa XIII, Number 1, Banja Luka 78000, Bosnia and Herzegovina [BALKANS].

SERBIN, Andrey, Russia; DOB 01 Nov 1986; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201

and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK3].

SERCUBA (a.k.a. WWW.SERCUBA.COM), Gral. Gomez #105 e/ Maceo e Independencia, Camaguey, Cuba; Calle 29 #5218 e/ 52 y 54 Edif. Cimex, Cienfuegos, Cuba; Libertad s/n, e/ Honorato del Castillo y Maceo, Ciego de Avila, Cuba; Calle 6 #408 esq. 3ra. Ave. Miramar Playa, La Habana, Cuba; Edif. Las Novedades altos Ave. Frank Pais e/ Segunda y Aven. Figueredo. Rpto. Jesus Menendez. Bayamo, Granma, Cuba; Crombet s/n e/ Los Maceos y Moncada, Guantanamo, Cuba; Frexes #216 e/ Maceo y Martires, Holguin, Cuba; Ave. 1ro. De Mayo s/n. Moa, Holguin, Cuba; Vicente Garcia #28 e/ Julian Santana y Francisco Vega, Tienda La Nueva, Las Tunas, Cuba; Calle 40 esq. Playa. Varadero, Matanzas, Cuba; Calle Ayuntamiento e/ Medio y Rio, Matanzas, Cuba; Gerardo Medina #633, Pinar del Rio, Cuba; Independencia #171 Sur, altos, Sancti Spiritus, Cuba; Felix Pena #565 e/ Jose A. Saco y Aguilera, Santiago de Cuba, Cuba; Carretera Central Km. 298 Banda Esperanza, Villa Clara, Cuba; Calle 39 e/ 30 y 32 Altos del Servi Cupet "El parque", Isla de la Juventud, Cuba [CUBA].

SERDIUKOV, Sergei (a.k.a. SERDYUKOV, Sergey Anatolevich (Cyrillic: СЕРДЮКОВ, Сергей Анатольевич)), 7 Mokhovaya, St. Saint Petersburg 191028, Russia; DOB 23 Jun 1987; POB Leningrad, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 753062010 (Russia); National ID No. 4007341959 (Russia); Tax ID No. 782512960173 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SERDYUKOV, Anatoly Eduardovich).

SERDYUKOV, Anatoly Eduardovich (Cyrillic: СЕРДЮКОВ, Анатолий Эдуардович), Moscow, Russia; DOB 08 Jan 1962; POB Krasnodar, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 100088011 (Russia) (individual) [RUSSIA-EO14024].

SERDYUKOV, Sergey Anatolevich (Cyrillic: СЕРДЮКОВ, Сергей Анатольевич) (a.k.a. SERDIUKOV, Sergei), 7 Mokhovaya, St. Saint Petersburg 191028, Russia; DOB 23 Jun 1987; POB Leningrad, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport

753062010 (Russia); National ID No. 4007341959 (Russia); Tax ID No. 782512960173 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SERDYUKOV, Anatoly Eduardovich).

SEREBRIAKOV, Evgenii Mikhaylovich, Russia; DOB 26 Jul 1981; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 100135555 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

SEREDA, Marina Konstantinovna, Donetsk Oblast, Ukraine; 27 Anapskoe Highway, Apartment 5, Novorossiysk, Krasnodar Region 353907, Russia; DOB 17 Jul 1985; POB Novorossiysk, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 0305911404 (Russia) (individual) [RUSSIA-EO14024].

SEREDA, Mikhail Leonidovich, Moscow, Russia; DOB 09 May 1970; POB Klintsi, Bryansk Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780602487039 (Russia) (individual) [RUSSIA-EO14024].

SERENITY CYBER SECURITY LIMITED LIABILITY COMPANY (a.k.a. SERENITY CYBER SECURITY LLC; a.k.a. "MTS RED"), d. 5 str. 2 pom. XII (ETAZH 5) kom. 20, ul. Vorontsovskaya, Moscow 109147, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9709084286 (Russia); Registration Number 1227700479753 (Russia) [RUSSIA-EO14024].

SERENITY CYBER SECURITY LLC (a.k.a. SERENITY CYBER SECURITY LIMITED LIABILITY COMPANY; a.k.a. "MTS RED"), d. 5 str. 2 pom. XII (ETAZH 5) kom. 20, ul. Vorontsovskaya, Moscow 109147, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9709084286 (Russia); Registration Number 1227700479753 (Russia) [RUSSIA-EO14024].

SERGEEVA, Julia (a.k.a. SERGEEVA, Yulia Aleksandrovna), Russia; DOB 22 Jan 1978; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530329881 (Russia) issued 14 Feb 2013 expires 10 Nov 2021; National ID No. 4503550173 (Russia) (individual) [RUSSIA-EO14024].

SERGEEVA, Yulia Aleksandrovna (a.k.a. SERGEEVA, Julia), Russia; DOB 22 Jan 1978; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530329881 (Russia) issued 14 Feb 2013 expires 10 Nov 2021; National ID No. 4503550173 (Russia) (individual) [RUSSIA-EO14024].

SERGEEVICH, Aleksandr Bol'shakov (a.k.a. BOLSHAKOV, Aleksandr Sergeyevich (Cyrillic: БОЛЬШАКОВ, Александр Сергеевич); a.k.a. "AAELBAS"; a.k.a. "WTLFNT"), 97 Vzletnaya, Apartment 170, Entrance 2, Floor 4, Barnaul 656067, Russia; DOB 23 Jul 1994; POB Semipalatinsk, Kazakhstan; nationality Russia; Gender Male; Passport 0114990629 (Russia); alt. Passport 756311712 (Russia); National ID No. 9933108128 (Russia) (individual) [CYBER3] (Linked To: ZSERVERS).

SERGIEVO-POSAD LAND (a.k.a. SERGIEVO-POSAD LEND; a.k.a. SERGIEVO-POSAD LEND LLC; a.k.a. SERGIEVO-POSAD LEND OOO (Cyrillic: ООО СЕРГИЕВО-ПОСАД ЛЭНД)), Ul. Tsentralnaya D. 36, Shemetovo, Sergiev Posad 141335, Russia (Cyrillic: Ул. Центральная д. 36, Шеметово, Сергиев Посад 141335, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Apr 2011; Tax ID No. 5042118606 (Russia); Registration Number 115042002371 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

SERGIEVO-POSAD LEND (a.k.a. SERGIEVO-POSAD LAND; a.k.a. SERGIEVO-POSAD LEND LLC; a.k.a. SERGIEVO-POSAD LEND OOO (Cyrillic: ООО СЕРГИЕВО-ПОСАД ЛЭНД)), Ul. Tsentralnaya D. 36, Shemetovo, Sergiev Posad 141335, Russia (Cyrillic: Ул. Центральная д. 36, Шеметово, Сергиев Посад 141335, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Apr 2011; Tax ID No. 5042118606 (Russia); Registration Number 115042002371 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

SERGIEVO-POSAD LEND LLC (a.k.a. SERGIEVO-POSAD LAND; a.k.a. SERGIEVO-POSAD LEND; a.k.a. SERGIEVO-POSAD LEND OOO (Cyrillic: ООО СЕРГИЕВО-ПОСАД ЛЭНД)), Ul. Tsentralnaya D. 36, Shemetovo, Sergiev Posad 141335, Russia (Cyrillic: Ул. Центральная д. 36, Шеметово, Сергиев

Посад 141335, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Apr 2011; Tax ID No. 5042118606 (Russia); Registration Number 115042002371 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

SERGIEVO-POSAD LEND OOO (Cyrillic: ООО СЕРГИЕВО-ПОСАД ЛЭНД) (a.k.a. SERGIEVO-POSAD LAND; a.k.a. SERGIEVO-POSAD LEND; a.k.a. SERGIEVO-POSAD LEND LLC), Ul. Tsentralnaya D. 36, Shemetovo, Sergiev Posad 141335, Russia (Cyrillic: Ул. Центральная д. 36, Шеметово, Сергиев Посад 141335, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Apr 2011; Tax ID No. 5042118606 (Russia); Registration Number 115042002371 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

SERGITOV, Vitali (a.k.a. BOUT, Viktor Anatolijevitch; a.k.a. "BONT"; a.k.a. "BOUTOV"; a.k.a. "BUTT"; a.k.a. "BUTTE"); DOB 13 Jan 1967; alt. DOB 13 Jan 1970; POB Dushanbe, Tajikistan; Dealer and transporter of weapons and minerals; Owner, Great Lakes Business Company and Compagnie Aerienne des Grands (individual) [DRCONGO].

SERGO ORDZHONIKIDZE GEO UNIVERSITY (a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SERGO ORDZHONIKIDZE RUSSIAN STATE UNIVERSITY FOR GEOLOGICAL PROSPECTING; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA ROSSISKI GOSUDARSTVENNY GEOLOGORAZVEDOCHNY UNIVERSITET IMENI SERGO ORDZHONIKIDZE; a.k.a. MOSCOW GEOLOGICAL PROSPECTING INSTITUTE; a.k.a. "MGRI-RSGPU"), Miklouho-Maclay St. 23., Moscow 117997, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728028967 (Russia); Government Gazette Number 02068835 (Russia); Registration Number 1027739347723 (Russia) [RUSSIA-EO14024].

SERGUN, Igor Dmitrievich; DOB 28 Mar 1957; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Lieutenant General; Chief of the Main Directorate of the General Staff (GRU); Deputy Chief of the General Staff (individual) [UKRAINE-EO13661].

SERIFI ZINDASTI, Naci (a.k.a. KENANI, Emirhan; a.k.a. SERIFI-ZINDASTI, Naci; a.k.a. SHARIFI ZINDASHTI, Naji; a.k.a. SHARIFI-ZINDASHTI, Naji; a.k.a. SHARIFI-ZINDASHTI, Naji Ibrahim (Arabic: ناجی ابراهیم شریفی زیندشتی)), Orumiyeh, West Azerbaijan, Iran; DOB 31 May 1974; POB Orumiyeh, Iran; nationality Iran; alt. nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2753229112 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

SERIFI-ZINDASTI, Naci (a.k.a. KENANI, Emirhan; a.k.a. SERIFI ZINDASTI, Naci; a.k.a. SHARIFI ZINDASHTI, Naji; a.k.a. SHARIFI-ZINDASHTI, Naji; a.k.a. SHARIFI-ZINDASHTI, Naji Ibrahim (Arabic: ناجی ابراهیم شریفی زیندشتی)), Orumiyeh, West Azerbaijan, Iran; DOB 31 May 1974; POB Orumiyeh, Iran; nationality Iran; alt. nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2753229112 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

SERIFOS MARITIME AND TRADING S.A., Panama; Organization Established Date 21 Apr 2022; Identification Number IMO 6329293; Folio Mercantil No. 155721596 (Panama) [IRAN-EO13902].

SERKO, Aleksey Mikhaylovich (Cyrillic: СЕРКО, Алексей Михайлович) (a.k.a. SERKO, Alexey Mikhaylovich), Russia; DOB 22 Oct 1969; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SERKO, Alexey Mikhaylovich (a.k.a. SERKO, Aleksey Mikhaylovich (Cyrillic: СЕРКО, Алексей Михайлович)), Russia; DOB 22 Oct 1969; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SERMAX LOJISTIK SANAYI VE DIS TICARET LIMITED SIRKETI, No: 13, Ic Kapi No: 2, Idealtepe Mah. Dik Sk., Maltepe, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2022; Registration Number 379784-5 (Turkey) [RUSSIA-EO14024].

SERNIA ENGINEERING (a.k.a. OOO SERNIYA INZHINIRING (Cyrillic: ООО СЕРНИЯ ИНЖИНИРИНГ)), d. 57A etazh 2 pom. 211 kom. 211-13, ul. Vavilova, Moscow 117292, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 971529478 (Russia); Government Gazette Number 06644891 (Russia); Registration Number 1177746132563 (Russia) [RUSSIA-EO14024].

SERNIA-FILM CO, LTD, Ul 2-YA Filevskaya D 7/19, Korp 6, Moscow 121096, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Nov 1995; Tax ID No. 7730070772 (Russia); Registration Number 1027739603055 (Russia) [RUSSIA-EO14024] (Linked To: MALBERG LIMITED).

SERPENS LIMITED, Unit 13, 12/F, One Vista Supreme, Tien Mun, Hong Kong, China; Flat B, 6th Floor, Block 30, City One Shatin 2, Hang Shing Street, Sha Tin, New Territories, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6341477; Company Number 3166784 (Hong Kong); Business Registration Number 74185404 (Hong Kong) [UKRAINE-EO13662] [RUSSIA-EO14024].

SERRALDE PLAZA, Carlos Fernando, c/o AGROPECUARIA SERRO S.A.S., Bogota, Colombia; c/o OBRAS, SERVICIOS Y MANTENIMIENTOS C.A., Ciudad Ojeda, Zulia, Venezuela; Calle 98 Bis No. 57-66, Bogota, Colombia; Calle 136 No. 59-80 Apto. 102 T-6, Bogota, Colombia; DOB 08 Nov 1950; POB Popayan, Cauca, Colombia; Cedula No. 19134433 (Colombia); alt. Cedula No. 83406533 (Venezuela); Matricula Mercantil No 1751356 (Colombia) (individual) [SDNTK].

SERVIAGRICOLA CIFUENTES E.U., Calle 4 No. 35A-20 Of. 402, Cali, Colombia; NIT # 805025920-1 (Colombia) [SDNT].

SERVIAUTOS UNO A 1A LIMITADA (a.k.a. DIAGNOSTICENTRO LA GARANTIA), Calle 34 No. 5A-25, Cali, Colombia; Carrera 15 No. 44-68, Cali, Colombia; NIT # 800032413-8 (Colombia) [SDNT].

SERVICE IMMOBILIERE ANTIBES SAS, 200 Impasse Felix, Antibes 06160, France; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Organization Established Date 18 Sep 2006; Organization Type: Real estate activities with own or leased property; alt. Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 491975553 (France) [RUSSIA-EO14024] (Linked To: KERIMOVA, Gulnara Suleymanovna).

SERVICE IMMOBILIERE ET GESTION SAS, 200 Impasse Felix, Antibes 06160, France; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Feb 2013; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 791354566 (France) [RUSSIA-EO14024] (Linked To: KERIMOVA, Gulnara Suleymanovna).

SERVICE PROM KOMPLEKTATSIYA (Cyrillic: СЕРВИС ПРОМ КОМПЛЕКТАЦИЯ), ul. Industrialnaya 14, Pgt., Yablonovskii 385140, Russia; ul. Olimpiiskaya d. 8, lit. A, pomeshch. 3, 3/1 kabinet 503, Krasnodar 350049, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 0107022448 (Russia); Registration Number 1120107000848 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

SERVICENTRO DEL LAGO (a.k.a. INVERSIONES IRIS MANUELA, S.A.; a.k.a. SERVIFIESTAS ELEGANCE), Guatemala City, Guatemala; NIT # 2688827-0 (Guatemala) [SDNTK].

SERVICENTRO LA GRAN VIA (a.k.a. CONSTRUCTORA W.L.), La Reforma, Zacapa, Guatemala; NIT # 4965647 (Guatemala) [SDNTK].

SERVICIO AEREO DE SANTANDER E.U. (a.k.a. S.A.S. E.U.), Carrera 66 No. 7-31, Bogota, Colombia; NIT # 800543219-8 (Colombia) [SDNT].

SERVICIO DE EQUIPO RODANTE INCORPORADO (a.k.a. "SER INC."), Calle 16 y Ave. Roosevelt Edif. Vida Panama, Zona Libre, Colon, Panama; P.O. Box No. 1578, Zona Libre, Colon, Panama; RUC # 16143-166-154062 (Panama) [SDNTK].

SERVICIO DE PROTECCION Y VIGILANCIA S.A. (a.k.a. "EL GOLIAT"), De Los Semaforos De Seminole, 3 Cuadras al Sur, 2 Cuadras Arriba, 1 Cuadra al Sur, Casa #326, Managua, Nicaragua; Website www.elgoliat.com.ni/; Email Address ventas1@elgoliat.com.ni; alt. Email Address facturacion@elgoliat.com.ni; RUC # J0310000119627 (Nicaragua) [NICARAGUA].

SERVICIOS ADMINISTRATIVOS DANTWOO, S.A. DE C.V., Bahia de Banderas, Nayarit, Mexico; Organization Established Date 26 Mar 2013; Organization Type: Other business support service activities n.e.c.; Folio Mercantil No. 1723 (Mexico) [ILLICIT-DRUGS-EO14059].

SERVICIOS ADMINISTRATIVOS FORDTWOO, S.A. DE C.V., Calle Francia 394, Colonia Versalles, Puerto Vallarta, Jalisco, Mexico; Plaza Genovesa S/N L 39, Puerto Vallarta, Jalisco 48305, Mexico; Bucerias, Nayarit, Mexico; Calle Isla Antigua 3017, Colonia Residencial de la Cruz, Guadalajara, Jalisco C.P. 44970, Mexico; R.F.C. SAF130812CL4 (Mexico); Folio Mercantil No. 1754 (Mexico) [ILLICIT-DRUGS-EO14059].

SERVICIOS ADMINISTRATIVOS Y DE ORGANIZACION, S.C., Tijuana, Baja California, Mexico [SDNTK].

SERVICIOS CHULAVISTA, S.A. DE C.V. (n.k.a. GASOLINERA EL CRUCERO LAS TORRES, S.A. DE C.V.), Blvd. Las Torres No. 2622 Pte., Fracc. Prados del Sol, Culiacan, Sinaloa C.P. 80197, Mexico; Calzada Las Torres S/N, Col. Prados del Sol Etapa 1, Culiacan, Sinaloa, Mexico; R.F.C. SCU-070904-T25 (Mexico) [SDNTK].

SERVICIOS DE TRANSPORTE MARUHA, SOCIEDAD ANONIMA DE CAPITAL VARIABLE (a.k.a. "MARUHA REFRIGERADOS"), Culiacan, Sinaloa, Mexico; Organization Established Date 15 Mar 2012; Folio Mercantil No. 81512 (Mexico) [ILLICIT-DRUGS-EO14059].

SERVICIOS EMPRESARIALES FICIE, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 84399 (Jalisco) (Mexico) [SDNTK].

SERVICIOS EMPRESARIALES SODA, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 82219 (Jalisco) (Mexico) [SDNTK].

SERVICIOS INMOBILIARIOS IBADI, S.A. DE C.V., Puerto Vallarta, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Mar 2010; Organization Type: Real estate activities on a fee or contract basis; Folio Mercantil No. 15474 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: IBARRA DIAZ JR., Michael).

SERVICIOS SILSA S.A.C., Jr. Huantar 278, Lima, Peru; RUC # 20341067112 (Peru) [SDNTK].

SERVICIOS TECNOLOGICOS INDUSTRIALES, C.A., 1a Transversal, Parcela 304-26-06, Zona Industrial Los Pinos, Puerto Ordaz, Estado Bolivar, Venezuela; RIF # J-31103570-2 (Venezuela) [SDNTK].

SERVICIOS Y GASOLINERAS BARRANCOS, S.A. DE C.V. (a.k.a. PETROBARRANCOS, S.A. DE C.V.), Av. Benjamin Hill No. 5602, Col. Industrial el Palmito, Culiacan, Sinaloa C.P. 80160, Mexico; R.F.C. PET-990309-G64 (Mexico) [SDNTK].

SERVIFIESTAS ELEGANCE (a.k.a. INVERSIONES IRIS MANUELA, S.A.; a.k.a. SERVICENTRO DEL LAGO), Guatemala City, Guatemala; NIT # 2688827-0 (Guatemala) [SDNTK].

SERVINAVES, S.A., Panama [CUBA].

SERVIS FLAI BISHKEK (a.k.a. LLC SERVICE FLY BISHKEK), ofis 0/21, 115 ul. Ibraimova, Bishkek 720021, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 00305202310220 (Kyrgyzstan); Registration Number 217565-3301-OOO (Kyrgyzstan) [RUSSIA-EO14024].

SERYSHEV, Anatoliy Anatolievich (Cyrillic: СЕРЫШЕВ, Анатолий Анатольевич) (a.k.a. SERYSHEV, Anatoly), Russia; DOB 19 Jul 1965; POB Koblyakovo, Bratsk District, Irkutsk Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SERYSHEV, Anatoly (a.k.a. SERYSHEV, Anatoliy Anatolievich (Cyrillic: СЕРЫШЕВ, Анатолий Анатольевич)), Russia; DOB 19 Jul 1965; POB Koblyakovo, Bratsk District, Irkutsk Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SES AUTOMOBILE (a.k.a. SES GROUP; a.k.a. SES INTERNATIONAL CORP), Harasta Homs Highway, PO Box 241, Damascus, Syria; Harsta Hams Road, PO Box 291, Damascus, Syria [IRAQ2].

SES GROUP (a.k.a. SES AUTOMOBILE; a.k.a. SES INTERNATIONAL CORP), Harasta Homs Highway, PO Box 241, Damascus, Syria; Harsta Hams Road, PO Box 291, Damascus, Syria [IRAQ2].

SES INTERNATIONAL CORP (a.k.a. SES AUTOMOBILE; a.k.a. SES GROUP), Harasta

Homs Highway, PO Box 241, Damascus, Syria; Harsta Hams Road, PO Box 291, Damascus, Syria [IRAQ2].

SESELJ, Vojislav; DOB 11 Oct 1954; POB Sarajevo, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

SET PETROCHEMICALS OY, Ukonvaaja 2 A, Espoo 02130, Finland; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

SETAD EJRAEI EMAM (a.k.a. EXECUTION OF IMAM KHOMEINI'S ORDER; a.k.a. SETAD-E EJRAEI-E FARMAN-E HAZRAT-E EMAM (Arabic: ستاد اجرایی فرمان حضرت امام); a.k.a. SETAD-E FARMAN-EJRAEI-YE EMAM (Arabic: ستاد اجرایی فرمان امام); a.k.a. "EIKO"; a.k.a. "SETAD" (Arabic: ستاد)), Khaled Stamboli St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13876].

SETAD-E EJRAEI-E FARMAN-E HAZRAT-E EMAM (Arabic: ستاد اجرایی فرمان حضرت امام) (a.k.a. EXECUTION OF IMAM KHOMEINI'S ORDER; a.k.a. SETAD EJRAEI EMAM; a.k.a. SETAD-E FARMAN-EJRAEI-YE EMAM (Arabic: ستاد اجرایی فرمان امام); a.k.a. "EIKO"; a.k.a. "SETAD" (Arabic: ستاد)), Khaled Stamboli St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13876].

SETAD-E FARMAN-EJRAEI-YE EMAM (Arabic: ستاد اجرایی فرمان امام) (a.k.a. EXECUTION OF IMAM KHOMEINI'S ORDER; a.k.a. SETAD EJRAEI EMAM; a.k.a. SETAD-E EJRAEI-E FARMAN-E HAZRAT-E EMAM (Arabic: ستاد اجرایی فرمان حضرت امام); a.k.a. "EIKO"; a.k.a. "SETAD" (Arabic: ستاد)), Khaled Stamboli St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13876].

SETAREH SHARGH CO. (a.k.a. EAST STAR COMPANY; a.k.a. SATEREH SHARGH MOBIN CO.; a.k.a. SATEREH SHARGH SAMIN CO., LTD.), Unit 5, Third Floor, 15th Street, Bokharest Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SETASEAN SHIP MANAGEMENT LIMITED (a.k.a. SETASEAN SHIP MANAGEMENT LTD), 917B, 9th Floor, Block A, New Mandarin Plaza, 14, Science Museum Road, Tsim Sha Tsui East, Kowloon, Hong Kong, China; Organization Established Date 22 Jan 2024; Identification Number IMO 6472859; Company Number 3361541 (Hong Kong); Business Registration Number 76149173 (Hong Kong) [IRAN-EO13902].

SETASEAN SHIP MANAGEMENT LTD (a.k.a. SETASEAN SHIP MANAGEMENT LIMITED), 917B, 9th Floor, Block A, New Mandarin Plaza, 14, Science Museum Road, Tsim Sha Tsui East, Kowloon, Hong Kong, China; Organization Established Date 22 Jan 2024; Identification Number IMO 6472859; Company Number 3361541 (Hong Kong); Business Registration Number 76149173 (Hong Kong) [IRAN-EO13902].

SETELEM BANK LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕТЕЛЕМ БАНК) (a.k.a. CETELEM BANK LIMITED LIABILITY COMPANY; a.k.a. CETELEM BANK LLC (Cyrillic: СЕТЕЛЕМ БАНК ООО); f.k.a. KOMMERCHESKI BANK UKRSIBBANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. SETELEM BANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. SETELEM BANK OOO), 26 ul. Pravdy, Moscow 125124, Russia (Cyrillic: ул. Правды, д. 26, г. Москва 125124, Russia); SWIFT/BIC CETBRUMM; Website www.cetelem.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027739664260 (Russia); Tax ID No. 6452010742 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SETELEM BANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU (a.k.a. CETELEM BANK LIMITED LIABILITY COMPANY; a.k.a. CETELEM BANK LLC (Cyrillic: СЕТЕЛЕМ БАНК ООО); f.k.a. KOMMERCHESKI BANK UKRSIBBANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. SETELEM BANK LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕТЕЛЕМ БАНК); a.k.a. SETELEM BANK OOO), 26 ul. Pravdy, Moscow 125124, Russia (Cyrillic: ул. Правды, д. 26, г. Москва 125124, Russia); SWIFT/BIC CETBRUMM; Website www.cetelem.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027739664260 (Russia); Tax ID No. 6452010742 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SETELEM BANK OOO (a.k.a. CETELEM BANK LIMITED LIABILITY COMPANY; a.k.a. CETELEM BANK LLC (Cyrillic: СЕТЕЛЕМ БАНК ООО); f.k.a. KOMMERCHESKI BANK UKRSIBBANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. SETELEM BANK LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕТЕЛЕМ БАНК); a.k.a. SETELEM BANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU), 26 ul. Pravdy, Moscow 125124, Russia (Cyrillic: ул. Правды, д. 26, г. Москва 125124, Russia); SWIFT/BIC CETBRUMM; Website www.cetelem.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link:

https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027739664260 (Russia); Tax ID No. 6452010742 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SETEVAYA KOMPANIYA IRKUT OOO (a.k.a. THE LIMITED LIABILITY COMPANY NETWORKING COMPANY IRKUT), ul. Aviastroitelei d. 28 A, Irkutsk 664020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3810035487 (Russia); Registration Number 1043801429737 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKOVLEV).

SETH, Iqbal (a.k.a. ANIS, Ibrahim Shaikh Mohd; a.k.a. AZIZ, Abdul Hamid Abdul; a.k.a. DILIP, Aziz; a.k.a. EBRAHIM, Dawood; a.k.a. HASAN, Shaikh Daud; a.k.a. HASSAN, Dawood; a.k.a. IBRAHIM, Anis; a.k.a. IBRAHIM, Dawood; a.k.a. IBRAHIM, Dawood Sheik; a.k.a. KASKAR, Dawood Ibrahim; a.k.a. REHMAN, Shaikh Ismail Abdul; a.k.a. SABRI, Dawood; a.k.a. SAHEB, Amir), 617 CP Berar Society, Block 7-8, Karachi, Pakistan; House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

SETTLEMENT NON BANK CREDIT ORGANIZATION METALLURG, 16 Ivana Babushkina, Moscow 117292, Russia; SWIFT/BIC MECCRUM1; Website www.metallurgbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1994; Target Type Financial Institution; Tax ID No. 7703010220 (Russia); Registration Number 1027739246490 (Russia) [RUSSIA-EO14024].

SEVASTOPOL COMMERCIAL SEAPORT (a.k.a. PORT OF SEVASTOPOL; a.k.a. SEAPORT OF SEVASTOPOL; a.k.a. SEVASTOPOL MERCHANT SEA PORT; a.k.a. SEVASTOPOL SEA PORT; a.k.a. SEVASTOPOL SEA TRADE PORT; a.k.a. STATE ENTERPRISE SEVASTOPOL COMMERCIAL SEAPORT; a.k.a. STATE ENTERPRISE SEVASTOPOL SEA TRADING PORT), 3 Place Nakhimova, Sevastopol 99011, Ukraine; 5, Nakhimova square, Sevastopol, Crimea 99011, Ukraine; Nahimova Square 5, Sevastopol, Crimea 99011, Ukraine; Email Address Sevport@stel.sebastopol.ua; alt. Email Address sevampu@ukr.net; alt. Email Address mail@morport.sebastopol.ua; UN/LOCODE UA SVP; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125548 (Ukraine) [UKRAINE-EO13685].

SEVASTOPOL MERCHANT SEA PORT (a.k.a. PORT OF SEVASTOPOL; a.k.a. SEAPORT OF SEVASTOPOL; a.k.a. SEVASTOPOL COMMERCIAL SEAPORT; a.k.a. SEVASTOPOL SEA PORT; a.k.a. SEVASTOPOL SEA TRADE PORT; a.k.a. STATE ENTERPRISE SEVASTOPOL COMMERCIAL SEAPORT; a.k.a. STATE ENTERPRISE SEVASTOPOL SEA TRADING PORT), 3 Place Nakhimova, Sevastopol 99011, Ukraine; 5, Nakhimova square, Sevastopol, Crimea 99011, Ukraine; Nahimova Square 5, Sevastopol, Crimea 99011, Ukraine; Email Address Sevport@stel.sebastopol.ua; alt. Email Address sevampu@ukr.net; alt. Email Address mail@morport.sebastopol.ua; UN/LOCODE UA SVP; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125548 (Ukraine) [UKRAINE-EO13685].

SEVASTOPOL SEA PORT (a.k.a. PORT OF SEVASTOPOL; a.k.a. SEAPORT OF SEVASTOPOL; a.k.a. SEVASTOPOL COMMERCIAL SEAPORT; a.k.a. SEVASTOPOL MERCHANT SEA PORT; a.k.a. SEVASTOPOL SEA TRADE PORT; a.k.a. STATE ENTERPRISE SEVASTOPOL COMMERCIAL SEAPORT; a.k.a. STATE ENTERPRISE SEVASTOPOL SEA TRADING PORT), 3 Place Nakhimova, Sevastopol 99011, Ukraine; 5, Nakhimova square, Sevastopol, Crimea 99011, Ukraine; Nahimova Square 5, Sevastopol, Crimea 99011, Ukraine; Email Address Sevport@stel.sebastopol.ua; alt. Email Address sevampu@ukr.net; alt. Email Address mail@morport.sebastopol.ua; UN/LOCODE UA SVP; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125548 (Ukraine) [UKRAINE-EO13685].

SEVASTOPOL SEA TRADE PORT (a.k.a. PORT OF SEVASTOPOL; a.k.a. SEAPORT OF SEVASTOPOL; a.k.a. SEVASTOPOL COMMERCIAL SEAPORT; a.k.a. SEVASTOPOL MERCHANT SEA PORT; a.k.a. SEVASTOPOL SEA PORT; a.k.a. STATE ENTERPRISE SEVASTOPOL COMMERCIAL SEAPORT; a.k.a. STATE ENTERPRISE SEVASTOPOL SEA TRADING PORT), 3 Place Nakhimova, Sevastopol 99011, Ukraine; 5, Nakhimova square, Sevastopol, Crimea 99011, Ukraine; Nahimova Square 5, Sevastopol, Crimea 99011, Ukraine; Email Address Sevport@stel.sebastopol.ua; alt. Email Address sevampu@ukr.net; alt. Email Address mail@morport.sebastopol.ua; UN/LOCODE UA SVP; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125548 (Ukraine) [UKRAINE-EO13685].

SEVEN SEA GOLDEN GENERAL TRADING LLC, Al Qasimiya Street 25022, Sharjah, United Arab Emirates; Ofc. 413, Al Jumma Bldg., Naif Rd., Deira, Dubai, United Arab Emirates [TCO] (Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION).

SEVEN SEAS FOR INTERNATIONAL TRADING AND LOGISTICS, British Columbia, Canada; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Business Number 700535701 (Canada); Registration Number BC1380982 (Canada) [SDGT] (Linked To: FADEL, Raoof).

SEVEN SEAS GROUP S.A.R.L. (Arabic: مجموعة السبعة بحار ش.م.م.), Airport Business Center, Bourj Barajneh, Mount Lebanon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Jul 2012; Registration Number 2030681 (Lebanon) [SDGT] (Linked To: WEHBE, Mohamad Hasan).

SEVEN SEAS SAL OFFSHORE, Second Floor, Airport Business Center, Airport Road, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Jul 2012; Registration Number 1806107 (Lebanon) [SDGT] (Linked To: WEHBE, Mohamad Hasan).

SEVENTH OF TIR (a.k.a. 7TH OF TIR; a.k.a. 7TH OF TIR COMPLEX; a.k.a. 7TH OF TIR INDUSTRIAL COMPLEX; a.k.a. 7TH OF TIR INDUSTRIES; a.k.a. 7TH OF TIR INDUSTRIES OF ISFAHAN/ESFAHAN; a.k.a. MOJTAMAE SANATE HAFTOME TIR; a.k.a. SANAYE HAFTOME TIR), Mobarakeh Road Km 45, Isfahan, Iran; P.O. Box 81465-478, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SEVENTH SENSE COMPANY LIMITED (a.k.a. 7TH SENSE CREATION), Thu Khi Tar Street, No.3 Bauk Htaw (15) Quarter, Yankin Township, Yangon, Burma; Registration Number 119554144 (Burma) issued 03 Apr 2017 [BURMA-EO14014].

SEVERGROUP LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕВЕРГРУПП) (a.k.a. SEVERGROUP LLC; a.k.a. SEVERGRUPP ООО), 33 Prospekt Pobedy, Cherepovets, Vologda Region 162614, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Feb 2002; Tax ID No. 3528080360 (Russia); Registration Number 1023501241950 (Russia) [RUSSIA-EO14024].

SEVERGROUP LLC (a.k.a. SEVERGROUP LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕВЕРГРУПП); a.k.a. SEVERGRUPP ООО), 33 Prospekt Pobedy, Cherepovets, Vologda Region 162614, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Feb 2002; Tax ID No. 3528080360 (Russia); Registration Number 1023501241950 (Russia) [RUSSIA-EO14024].

SEVERGRUPP ООО (a.k.a. SEVERGROUP LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕВЕРГРУПП); a.k.a. SEVERGROUP LLC), 33 Prospekt Pobedy, Cherepovets, Vologda Region 162614, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Feb 2002; Tax ID No. 3528080360 (Russia); Registration Number 1023501241950 (Russia) [RUSSIA-EO14024].

SEVERNAYA SHIPYARD (a.k.a. JOINT STOCK COMPANY SHIPBUILDING PLANT SEVERNAYA VERF; a.k.a. PJSC SUDOSTROITELNY FACTORY SEVERNAYA VERF (Cyrillic: ПАО СУДОСТРОИТЕЛЬНЫЙ ЗАВОД СЕВЕРНАЯ ВЕРФЬ); a.k.a. PUBLIC JOINT STOCK COMPANY SHIPBUILDING PLANT SEVERNAYA VERF; a.k.a. SEVERNAYA VERF SHIPBUILDING PLANT), Korabelnaya Str., 6, St. Petersburg 198096, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Apr 1994; Tax ID No. 7805034277 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SEVERNAYA VERF SHIPBUILDING PLANT (a.k.a. JOINT STOCK COMPANY SHIPBUILDING PLANT SEVERNAYA VERF; a.k.a. PJSC SUDOSTROITELNY FACTORY SEVERNAYA VERF (Cyrillic: ПАО СУДОСТРОИТЕЛЬНЫЙ ЗАВОД СЕВЕРНАЯ ВЕРФЬ); a.k.a. PUBLIC JOINT STOCK COMPANY SHIPBUILDING PLANT SEVERNAYA VERF; a.k.a. SEVERNAYA SHIPYARD), Korabelnaya Str., 6, St. Petersburg 198096, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Apr 1994; Tax ID No. 7805034277 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SEVERNAYA ZVEZDA LIMITED LIABILITY COMPANY (Cyrillic: СЕВЕРНАЯ ЗВЕЗДА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SEVERNAYA ZVEZDA; a.k.a. OOO SEVERNAIA ZVEZDA; a.k.a. "LLC NORTHERN STAR"; a.k.a. "NORTH STAR"), zd. 31 etzah 2 kom. 44, 45, ul. Sovetskaya, Dudinka 647000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Oct 2006; Tax ID No. 2457062730 (Russia); Government Gazette Number 97616736 (Russia); Registration Number 1062457033022 (Russia) [RUSSIA-EO14024] (Linked To: ARCTIC ENERGY GROUP LIMITED LIABILITY COMPANY).

SEVERNOE DESIGN BUREAU (a.k.a. JOINT STOCK COMPANY NORTH DESIGN BUREAU; a.k.a. JSC NORTH PKB (Cyrillic: АО СЕВЕРНОЕ ПКБ); a.k.a. JSC SEVERNOYE PKB; a.k.a. SEVERNOE DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. SEVERNOYE DESIGN BUREAU), Ul. Korabelnaya, d. 6, Korpus 2, Letter A, St. Petersburg 198096, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Aug 2008; Tax ID No. 7805468860 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SEVERNOE DESIGN BUREAU JOINT STOCK COMPANY (a.k.a. JOINT STOCK COMPANY NORTH DESIGN BUREAU; a.k.a. JSC NORTH PKB (Cyrillic: АО СЕВЕРНОЕ ПКБ); a.k.a. JSC SEVERNOYE PKB; a.k.a. SEVERNOE DESIGN BUREAU; a.k.a. SEVERNOYE DESIGN BUREAU), Ul. Korabelnaya, d. 6, Korpus 2, Letter A, St. Petersburg 198096, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Aug 2008; Tax ID No. 7805468860 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SEVERNOYE DESIGN BUREAU (a.k.a. JOINT STOCK COMPANY NORTH DESIGN BUREAU; a.k.a. JSC NORTH PKB (Cyrillic: АО СЕВЕРНОЕ ПКБ); a.k.a. JSC SEVERNOYE PKB; a.k.a. SEVERNOE DESIGN BUREAU; a.k.a. SEVERNOE DESIGN BUREAU JOINT STOCK COMPANY), Ul. Korabelnaya, d. 6, Korpus 2, Letter A, St. Petersburg 198096, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Aug 2008; Tax ID No.

7805468860 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SEVERNY PRESS AO (a.k.a. AO SEVERNYI PRESS; a.k.a. JOINT STOCK COMPANY SEVERNIY PRESS; a.k.a. JSC SEVERNY PRESS), Ul. Tallinskaya D. 7, Saint Petersburg 195196, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Feb 1992; Tax ID No. 7806337732 (Russia); Registration Number 1146444000010 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

SEVERNYI VETER - TB LIMITED LIABILITY COMPANY, UL Marshala Govorova D. 35, K. 4. LIT. I, Pomeshch. 16-N, Office #308A, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Sep 2022; Tax ID No. 7805797462 (Russia); Registration Number 1227800122153 (Russia) [RUSSIA-EO14024].

SEVERO KAVKAZSKOE PGO AO (Cyrillic: СЕВЕРО КАВКАЗСКОЕ ПГО АО), Ulitsa Shosseinaya, 24, Essentuki 357602, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2626032740 (Russia); Registration Number 1042600112752 (Russia) [RUSSIA-EO14024].

SEVERO VOSTOCHNOE PGO AO (Cyrillic: СЕВЕРО ВОСТОЧНОЕ ПГО АО), Ulitsa Dzerzhinskogo, 6, Magadan 685000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4909088095 (Russia); Registration Number 1054900054440 (Russia) [RUSSIA-EO14024].

SEVERO VOSTOCHNY INVESTICIONNY BANK (a.k.a. FERROBANK LLC; a.k.a. LIMITED LIABILITY COMPANY BANK ROUND), Shosse Rublevskoe 28, Moscow 121609, Russia; SWIFT/BIC SVIBRUMM; Website www.round.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7712002554 (Russia); Legal Entity Number 2534007K00A37GLA3D37; Registration Number 1027700140753 (Russia); Global Intermediary Identification Number WMPFR8.99999.SL.643 [RUSSIA-EO14024].

SEVERO ZAPADNAYA PODSHIPNIKOVAYA KOMPANIYA (a.k.a. LIMITED LIABILITY COMPANY NORTHWESTERN BEARING COMPANY), Polyustrovskii Prt D. 70, Saint Petersburg 195197, Russia; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7826058631 (Russia); Registration Number 1027810311572 (Russia) [RUSSIA-EO14024].

SEVERO ZAPADNOE PGO AO (Cyrillic: СЕВЕРО ЗАПАДНОЕ ПГО АО), Ulitsa Fayansovaya, Dom 20, Korp. 1 litera A pomeshch, 5n 32, Saint Petersburg 192019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801601373 (Russia); Registration Number 1137847172000 (Russia) [RUSSIA-EO14024].

SEVILLA ARTEAGA, Kenffersso Jhosue (a.k.a. MARTINEZ LOPEZ, Jose Daniel; a.k.a. SEVILLA ARTEGA, Kenffersso Jhosue; a.k.a. SEVILLA ATEAGA, Kenferson; a.k.a. "El Flipper"; a.k.a. "Flypper"), Colombia; DOB 29 Apr 1993; POB Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 21098983 (Venezuela); alt. Cedula No. 1047240759 (Colombia) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

SEVILLA ARTEGA, Kenffersso Jhosue (a.k.a. MARTINEZ LOPEZ, Jose Daniel; a.k.a. SEVILLA ARTEAGA, Kenffersso Jhosue; a.k.a. SEVILLA ATEAGA, Kenferson; a.k.a. "El Flipper"; a.k.a. "Flypper"), Colombia; DOB 29 Apr 1993; POB Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 21098983 (Venezuela); alt. Cedula No. 1047240759 (Colombia) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

SEVILLA ATEAGA, Kenferson (a.k.a. MARTINEZ LOPEZ, Jose Daniel; a.k.a. SEVILLA ARTEAGA, Kenffersso Jhosue; a.k.a. SEVILLA ARTEGA, Kenffersso Jhosue; a.k.a. "El Flipper"; a.k.a. "Flypper"), Colombia; DOB 29 Apr 1993; POB Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 21098983 (Venezuela); alt. Cedula No. 1047240759 (Colombia) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

SEVMORNEFTEGEOFIZIKA AO (Cyrillic: СЕВМОРНЕФТЕГЕОФИЗИКА АО) (a.k.a. SEVMORNEFTEGEOFIZIKA JSC; a.k.a. "SMNG AO"), Ulitsa Karla Marksa, Dom 17,

Murmansk 183025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5190123078 (Russia); Registration Number 1045100152294 (Russia) [RUSSIA-EO14024].

SEVMORNEFTEGEOFIZIKA JSC (a.k.a. SEVMORNEFTEGEOFIZIKA AO (Cyrillic: СЕВМОРНЕФТЕГЕОФИЗИКА АО); a.k.a. "SMNG AO"), Ulitsa Karla Marksa, Dom 17, Murmansk 183025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5190123078 (Russia); Registration Number 1045100152294 (Russia) [RUSSIA-EO14024].

SEWA SECURITY SERVICES (Latin: SEWA SÉCURITÉ SERVICES), Central African Republic; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2017; Organization Type: Private security activities; Target Type Private Company [CAR] [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

SEYED ALHOSSEINI, Akbar (a.k.a. SAEED HUSAINI, Akbar; a.k.a. SAYED ALHOSSEINI, Akbar; a.k.a. SAYEDOLHUSSEINI, Akbar; a.k.a. SAYYED AL-HOSEINI, Akbar; a.k.a. SEYEDOLHOSEINI, Akbar); DOB 22 Nov 1961; POB Taybad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D9004309 issued 12 Nov 2008 expires 13 Nov 2013 (individual) [SDGT] [IRGC] [IFSR].

SEYED AL-SHOHADA, Ahmad Khadem (a.k.a. DANESH PAZHU, Ahmad Khadem (Arabic: احمد خادم دانش پژو); a.k.a. KADEM, Ahmad; a.k.a. KHADEM, Ahmad; a.k.a. SAYYEDOSHOHADA, Ahmad Khadem; a.k.a. SEYEDOSHOHADA, Ahmad Khadem (Arabic: احمد خادم سیدالشهدا)), Khuzestan, Iran; Lorestan, Iran; Kohgiluyeh and Boyer-Ahmad, Iran; DOB 27 Apr 1959; POB Shushtar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1881506428 (Iran); Commander of Karbala IRGC Operational Base (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SEYEDOLHOSEINI, Akbar (a.k.a. SAEED HUSAINI, Akbar; a.k.a. SAYED ALHOSSEINI, Akbar; a.k.a. SAYEDOLHUSSEINI, Akbar; a.k.a. SAYYED AL-HOSEINI, Akbar; a.k.a. SEYED ALHOSSEINI, Akbar); DOB 22 Nov

1961; POB Taybad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D9004309 issued 12 Nov 2008 expires 13 Nov 2013 (individual) [SDGT] [IRGC] [IFSR].

SEYEDOSHOHADA, Ahmad Khadem (Arabic: احمد خادم سیدالشهدا) (a.k.a. DANESH PAZHU, Ahmad Khadem (Arabic: احمد خادم دانش پژو); a.k.a. KADEM, Ahmad; a.k.a. KHADEM, Ahmad; a.k.a. SAYYEDOSHOHADA, Ahmad Khadem; a.k.a. SEYED AL-SHOHADA, Ahmad Khadem), Khuzestan, Iran; Lorestan, Iran; Kohgiluyeh and Boyer-Ahmad, Iran; DOB 27 Apr 1959; POB Shushtar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1881506428 (Iran); Commander of Karbala IRGC Operational Base (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SEYFI, Esdaleh (a.k.a. SEIFI, Asadollah; a.k.a. SEIFY, Asadollah), Pasdaran Golestan 4 P 73 Vahed 6, Tehran, Iran; DOB 04 Apr 1965; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P61246374 (Iran); National ID No. 1465247467 (Iran) (individual) [SDGT] [IFSR] (Linked To: ATLAS EXCHANGE; Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

SEYMEH (a.k.a. SEYMEH S.R.L.; a.k.a. SOLUCIONES ELECTRICAS Y MECANICAS HADOM S.R.L.), Ave 27 de Febrero #10 entre Maximo Gomez y, Santo Domingo, D.N., Dominican Republic; Tax ID No. 130819084 (Dominican Republic) [GLOMAG].

SEYMEH ENGINEERING (a.k.a. SEYMEH INGENIERIA SRL), AV/27 De Febrero, No. 10, Apto. Seymeh, Miraflores, Dominican Republic; Tax ID No. 130870802 (Dominican Republic) [GLOMAG].

SEYMEH INGENIERIA SRL (a.k.a. SEYMEH ENGINEERING), AV/27 De Febrero, No. 10, Apto. Seymeh, Miraflores, Dominican Republic; Tax ID No. 130870802 (Dominican Republic) [GLOMAG].

SEYMEH S.R.L. (a.k.a. SEYMEH; a.k.a. SOLUCIONES ELECTRICAS Y MECANICAS HADOM S.R.L.), Ave 27 de Febrero #10 entre Maximo Gomez y, Santo Domingo, D.N., Dominican Republic; Tax ID No. 130819084 (Dominican Republic) [GLOMAG].

SEYYED MOHAMMAD MASNAEI NAJIBI & CO. COMPANY (a.k.a. SADAF EXCHANGE; a.k.a. SEYYED MOHAMMAD MASNAEI NAJIBI AND CO. COMPANY; a.k.a. SEYYED MOHAMMAD MOSANNA'I NAJIBI AND PARTNERS COMPANY (Arabic: شرکت سید محمد مثنایی نجیبی و شرکا)), Ground Floor, No. 48, Pasdaran Street, 5th Dashtestan Alley, Ghoba Neighborhood, Tehran 1947818313, Iran; Website sadafexchange.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Dec 2012; National ID No. 10320837227 (Iran); Registration Number 432329 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

SEYYED MOHAMMAD MASNAEI NAJIBI AND CO. COMPANY (a.k.a. SADAF EXCHANGE; a.k.a. SEYYED MOHAMMAD MASNAEI NAJIBI & CO. COMPANY; a.k.a. SEYYED MOHAMMAD MOSANNA'I NAJIBI AND PARTNERS COMPANY (Arabic: شرکت سید محمد مثنایی نجیبی و شرکا)), Ground Floor, No. 48, Pasdaran Street, 5th Dashtestan Alley, Ghoba Neighborhood, Tehran 1947818313, Iran; Website sadafexchange.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Dec 2012; National ID No. 10320837227 (Iran); Registration Number 432329 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

SEYYED MOHAMMAD MOSANNA'I NAJIBI AND PARTNERS COMPANY (Arabic: شرکت سید محمد مثنایی نجیبی و شرکا) (a.k.a. SADAF EXCHANGE; a.k.a. SEYYED MOHAMMAD MASNAEI NAJIBI & CO. COMPANY; a.k.a. SEYYED MOHAMMAD MASNAEI NAJIBI AND CO. COMPANY), Ground Floor, No. 48, Pasdaran Street, 5th Dashtestan Alley, Ghoba Neighborhood, Tehran 1947818313, Iran; Website sadafexchange.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Dec 2012; National ID No. 10320837227 (Iran); Registration Number 432329 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

SEYYED MOHAMMAD REZA ALE ALI CURRENCY EXCHANGE (a.k.a. HITAL EXCHANGE; a.k.a. SARAFI SEYYED MOHAMMAD REZA ALE ALI AND PARTNERS), No. 2486, Tolu Shopping Center, Vali Asr Street, Tavanir Street, Tehran 1434853851, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 14005467510 (Iran); Registration Number 483939 (Iran) [SDGT] [IFSR] (Linked To: ALE ALI, Mohammad Reza).

SEYYEDI, Seyed Nasser Mohammad; DOB 21 Apr 1963; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport B14354139 (Iran); alt. Passport L18507193 (Iran); alt. Passport X95321252 (Iran); Managing Director, Sima General Trading (individual) [IRAN].

SEZ ZELENOGRAD (a.k.a. JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE TECHNOPOLIS MOSCOW; a.k.a. JSC SEZ TECHNOPOLIS MOSCOW; f.k.a. TVZ ZELENOGRAD), Per. Pechatnikov D. 12, Moscow 107045, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735143008 (Russia); Registration Number 1157746364060 (Russia) [RUSSIA-EO14024].

SFERA JSC (a.k.a. AO SFERA), Ul. Elektrodnaya, D. 10, BTS Impuls, Moscow 111524, Russia; Ul. Bolshaya Serpukhovskaya, D. 44, Office 33, Moscow 115093, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7705033512 (Russia); Registration Number 1027700400771 (Russia) [RUSSIA-EO14024].

SFG BALTIKA (a.k.a. OOO ESEFDZHI BALTIKA), Per. 3-I Verkhnii D. 10, Lit. E, Office 1, Saint Petersburg 194292, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7814677901 (Russia); Registration Number 1177847008019 (Russia) [RUSSIA-EO14024].

SFOGLIETTI, Giulio, Via Lorenzo Rocci 14, Rome, Lazio 00151, Italy; DOB 02 Apr 1960; POB Rome, Italy; nationality Italy; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport YB3263805 (Italy); Tax ID No. SFGGLI60D02H501T (Italy) (individual) [RUSSIA-EO14024].

SFTUE BELSPETSVNESHTECHNIKA (Cyrillic: ГВТУП БЕЛСПЕЦВНЕШТЕХНИКА) (a.k.a. BELSPETSVNESHTECHNIKA GVTUP (Cyrillic: БЕЛСПЕЦВНЕШТЕХНИКА ГВТУП); a.k.a. STATE OWNED FOREIGN TRADE UNITARY ENTERPRISE BELSPETSVNESHTECHNIKA

(Cyrillic: ГОСУДАРСТВЕННОЕ ВНЕШТОРГОВОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ БЕЛСПЕЦВНЕШТЕХНИКА)), st. Kalinovskogo, 8, Minsk 220103, Belarus (Cyrillic: ул. Калиновского, д. 8, Минск 220103, Belarus); Organization Established Date 18 Dec 1995; Registration Number 101080981 (Belarus) [BELARUS-EO14038].

SG-DEVELOPMENT, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO SG-DEVELOPMENT; f.k.a. GALS-DEVELOPMENT PAO; f.k.a. HAS-DEVELOPMENT JSC; f.k.a. JOINT STOCK COMPANY HALS-DEVELOPMENT; f.k.a. PUBLIC JOINT STOCK COMPANY HALS-DEVELOPMENT; f.k.a. PUBLIC JOINT STOCK COMPANY SG-DEVELOPMENT), d. 35 str. 1 Etazh 5, Pomeshch. I, Kom. 129, Prospekt Leningradski, Moscow 125284, Russia; Website www.hals-development.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jan 1994; Organization Type: Real estate activities on a fee or contract basis; Registration ID 1027739002510 (Russia); Tax ID No. 7706032060 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

SGM MOST OOO (f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SGM MOST; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'SGM-MOST'; a.k.a. SGM-BRIDGE; a.k.a. SGM-MOST LLC), d. 10 korp. 3 ul. Neverovskogo, Moscow 121170, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1157746088170 (Russia); Tax ID No. 7730018980 (Russia); Government Gazette Number 29170220 (Russia) [UKRAINE-EO13685].

SGM-BRIDGE (f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SGM MOST; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'SGM-MOST'; a.k.a. SGM MOST OOO; a.k.a. SGM-MOST LLC), d. 10 korp. 3 ul. Neverovskogo, Moscow 121170, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1157746088170 (Russia); Tax ID No. 7730018980 (Russia); Government Gazette Number 29170220 (Russia) [UKRAINE-EO13685].

SGM-MOST LLC (f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SGM MOST; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'SGM-MOST'; a.k.a. SGM MOST OOO; a.k.a. SGM-BRIDGE), d. 10 korp. 3 ul. Neverovskogo, Moscow 121170, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1157746088170 (Russia); Tax ID No. 7730018980 (Russia); Government Gazette Number 29170220 (Russia) [UKRAINE-EO13685].

SHAABAN, Bouthaina (a.k.a. SHAABAN, Buthaina), Rawda Sq., Damascus, Syria; DOB 1953; POB Homs, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

SHAABAN, Buthaina (a.k.a. SHAABAN, Bouthaina), Rawda Sq., Damascus, Syria; DOB 1953; POB Homs, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

SHAAHISTA SHOES CC, 115 Russel St, Durban, KwaZulu-Natal 4001, South Africa; 161 Stamford Hill Rd, Durban, KwaZulu-Natal 4001, South Africa; P.O. Box 19596, Dormerton, Durban, KwaZulu-Natal 4015, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Mar 2004; Tax ID No. 9209696153 (South Africa); Trade License No. 2004/023017/23 (South Africa); Enterprise Number B2004023017 (South Africa) [SDGT] (Linked To: HOOMER, Farhad).

SHAALAN, Abdul Nur Ali (a.k.a. CHAALAN, Abdul Nur Ali; a.k.a. SHALAN, Abd Al Nur; a.k.a. SHALAN, Abd Al Nur Ali; a.k.a. SHA'LAN, Abdul Nur Ali; a.k.a. SHALAN, Abdul-Nur Ali); DOB 17 May 1964; alt. DOB 1961; POB Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

SHAAMIL, Hussain (a.k.a. SHAMIL, Hussain), Male, Maldives; DOB 11 May 1984; POB Guraidhoo, Kaafu Atoll, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E0491049 (Maldives); National ID No. A096689 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SHAANXI HONGRUN JINHUA TRADE AND COMMERCE COMPANY LTD (a.k.a. SHAANXI HONGRUN JINHUA TRADING CO LTD), Room 1511, Unit 2, Building 28, Shouchuang Fubei Gaoyin, Fengcheng 12th Road, Economic and Technological Development Zone, Xi'an, Shaanxi 710000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 11 Oct 2024; Unified Social Credit Code (USCC) 91610132MAE0TWT96D (China) [UKRAINE-EO13662] [RUSSIA-EO14024].

SHAANXI HONGRUN JINHUA TRADING CO LTD (a.k.a. SHAANXI HONGRUN JINHUA TRADE AND COMMERCE COMPANY LTD), Room 1511, Unit 2, Building 28, Shouchuang Fubei Gaoyin, Fengcheng 12th Road, Economic and Technological Development Zone, Xi'an, Shaanxi 710000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 11 Oct 2024; Unified Social Credit Code (USCC) 91610132MAE0TWT96D (China) [UKRAINE-EO13662] [RUSSIA-EO14024].

SHAANXI JIAJUNAO CONSTRUCTION ENGINEERING COMPANY LTD (Chinese Simplified: 陕西嘉骏翱建设工程有限公司), 1803, Building 3, Unit 1, Zhenxiang Treasure House, No. 5 Weiyang Road, Xian, Shaanxi 710016, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Dec 2020; Registration Number 610112100457041 (China); Unified Social Credit Code (USCC) 91610112MAB0P7KW19 (China) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU ROKEM SERVIS).

SHABAAB (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB

AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [SOMALIA].

SHABAN, Adib (a.k.a. AL-ANI, Adib Shaban; a.k.a. SHABAN, Dr. Adib); DOB 1952; nationality Iraq (individual) [IRAQ2].

SHABAN, Dr. Adib (a.k.a. AL-ANI, Adib Shaban; a.k.a. SHABAN, Adib); DOB 1952; nationality Iraq (individual) [IRAQ2].

SHABBAN, Basheer (a.k.a. AL-SHABANI, Bashir Abd al Kazim Alwan; a.k.a. ALSHABBANI, Basheer; a.k.a. AL-SHABBANI, Basheer Abdulkadhim Alwan), Baghdad, Iraq; DOB 01 May 1986; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A14930891 (Iraq) expires 27 Jan 2027; alt. Passport A9836915 (Iraq) expires 19 Aug 2024; National ID No. AA2889593 (Iraq) expires 21 Oct 2026 (individual) [SDGT] (Linked To: FLY BAGHDAD AIRLINES COMPANY).

SHABBIHA (a.k.a. AL-SHABBIHAH; a.k.a. SHABBIHAH; a.k.a. SHABEEHA; a.k.a. SHABIHA), Syria [PAARSSR-EO13894].

SHABBIHAH (a.k.a. AL-SHABBIHAH; a.k.a. SHABBIHA; a.k.a. SHABEEHA; a.k.a. SHABIHA), Syria [PAARSSR-EO13894].

SHABBIR, Abu Saad (a.k.a. ABDULLAH, Mian; a.k.a. SHABIR, Abu Sa'ad; a.k.a. SHABIR, Abu Saad; a.k.a. "SHABIR, Ustad"); DOB 1973; alt. DOB 1972; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; From: Bahawalpur, Punjab Province, Pakistan (individual) [SDGT].

SHABEEHA (a.k.a. AL-SHABBIHAH; a.k.a. SHABBIHA; a.k.a. SHABBIHAH; a.k.a. SHABIHA), Syria [PAARSSR-EO13894].

SHA'BI COMMITTEES (a.k.a. AL-SHA'BI COMMITTEES; a.k.a. JAYSH AL-SHAAB; a.k.a. JAYSH AL-SHA'BI; a.k.a. JISH SHAABI; a.k.a. SHA'BI FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCES; a.k.a. "ARMY OF THE PEOPLE"; a.k.a. "PEOPLE'S ARMY"; a.k.a. "POPULAR COMMITTEES"; a.k.a. "POPULAR FORCES"; a.k.a. "SHA'BI"; a.k.a. "THE POPULAR ARMY"), Syria [PAARSSR-EO13894].

SHA'BI FORCE (a.k.a. AL-SHA'BI COMMITTEES; a.k.a. JAYSH AL-SHAAB; a.k.a. JAYSH AL-SHA'BI; a.k.a. JISH SHAABI; a.k.a. SHA'BI COMMITTEES; a.k.a. SYRIAN NATIONAL DEFENSE FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCES; a.k.a. "ARMY OF THE PEOPLE"; a.k.a. "PEOPLE'S ARMY"; a.k.a. "POPULAR COMMITTEES"; a.k.a. "POPULAR FORCES"; a.k.a. "SHA'BI"; a.k.a. "THE POPULAR ARMY"), Syria [PAARSSR-EO13894].

SHABIB, Ahmad Khalaf (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

SHABIB, Ahmad Khalaf Abd (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

SHABIHA (a.k.a. AL-SHABBIHAH; a.k.a. SHABBIHA; a.k.a. SHABBIHAH; a.k.a. SHABEEHA), Syria [PAARSSR-EO13894].

SHABIR, Abu Saad (a.k.a. ABDULLAH, Mian; a.k.a. SHABBIR, Abu Saad; a.k.a. SHABIR, Abu Sa'ad; a.k.a. "SHABIR, Ustad"); DOB 1973; alt. DOB 1972; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; From: Bahawalpur, Punjab Province, Pakistan (individual) [SDGT].

SHABIR, Abu Sa'ad (a.k.a. ABDULLAH, Mian; a.k.a. SHABBIR, Abu Saad; a.k.a. SHABIR, Abu Saad; a.k.a. "SHABIR, Ustad"); DOB 1973; alt. DOB 1972; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; From: Bahawalpur, Punjab Province, Pakistan (individual) [SDGT].

SHABLYA, Bogdan, Russia; DOB 08 Nov 1972; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SHACHENOK, Daria Aleksandrovna (Cyrillic: ШАЧЕНОК, ДАРЬЯ АЛЕКСАНДРОВНА), St. Petersburg, Russia; DOB 26 Apr 1982; POB St. Petersburg, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 726062731 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LLC AM LOGISTICS).

SHACKUTIN, Alexander (a.k.a. SHAKUTIN, Aleksandr Vasilyevich (Cyrillic: ШАКУТИН, Александр Васильевич); a.k.a. SHAKUTIN, Alexander Vasileyevich; a.k.a. SHAKUTSIN, Aliaksandr Vasilevich (Cyrillic: ШАКУЦІН, Аляксандр Васільевіч)), P. Brovki Str. 8, Minsk 220013, Belarus; DOB 12 Jan 1959; POB Bolshoe Babino, Orsha Rayon, Vitebsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

SHADAYEV, Maksut Igorevich (Cyrillic: ШАДАЕВ, Максут Игоревич), Moscow, Russia; DOB 11 Nov 1979; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Tax ID No. 771121110109 (Russia) (individual) [RUSSIA-EO14024].

SHADI FOR CARS TRADING, Tayyouneh-Bdeir Building, 2nd Floor, Beirut, Lebanon [NPWMD].

SHADID, Ahkmad Kalaf (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

SHAFAGH SANUBAR YAZD COMPANY (a.k.a. SHAFAGH SENOBAR COMPANY; a.k.a. SHAFAGH SENOBAR YAZD CO. LTD; a.k.a. SHAFAGH SENOBAR YAZD COMPANY LIMITED; a.k.a. SHAFAGH SENOWBAR YAZD CO.), F3, No 6, Abdollahi Jonoobi Alley, Ashkestanpour Jonoobi Alley, Andarzgoo Blvd, Farmanye, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed).

SHAFAGH SENOBAR COMPANY (a.k.a. SHAFAGH SANUBAR YAZD COMPANY; a.k.a. SHAFAGH SENOBAR YAZD CO. LTD; a.k.a. SHAFAGH SENOBAR YAZD COMPANY LIMITED; a.k.a. SHAFAGH SENOWBAR YAZD CO.), F3, No 6, Abdollahi Jonoobi Alley, Ashkestanpour Jonoobi Alley, Andarzgoo Blvd, Farmanye, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed).

SHAFAGH SENOBAR YAZD CO. LTD (a.k.a. SHAFAGH SANUBAR YAZD COMPANY; a.k.a. SHAFAGH SENOBAR COMPANY; a.k.a. SHAFAGH SENOBAR YAZD COMPANY LIMITED; a.k.a. SHAFAGH SENOWBAR YAZD CO.), F3, No 6, Abdollahi Jonoobi Alley, Ashkestanpour Jonoobi Alley, Andarzgoo Blvd,

Farmanye, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed).

SHAFAGH SENOBAR YAZD COMPANY LIMITED (a.k.a. SHAFAGH SANUBAR YAZD COMPANY; a.k.a. SHAFAGH SENOBAR COMPANY; a.k.a. SHAFAGH SENOBAR YAZD CO. LTD; a.k.a. SHAFAGH SENOWBAR YAZD CO.), F3, No 6, Abdollahi Jonoobi Alley, Ashkestanpour Jonoobi Alley, Andarzgoo Blvd, Farmanye, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed).

SHAFAGH SENOWBAR YAZD CO. (a.k.a. SHAFAGH SANUBAR YAZD COMPANY; a.k.a. SHAFAGH SENOBAR COMPANY; a.k.a. SHAFAGH SENOBAR YAZD CO. LTD; a.k.a. SHAFAGH SENOBAR YAZD COMPANY LIMITED), F3, No 6, Abdollahi Jonoobi Alley, Ashkestanpour Jonoobi Alley, Andarzgoo Blvd, Farmanye, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed).

SHAFAHI, Ahmad (Arabic: احمد شفاهی) (a.k.a. SHAFA'I, Ahmad (Arabic: احمد شفائی)), Sistan and Baluchistan, Iran; DOB 21 May 1968; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Commander of Salman Corps in Sistan and Baluchistan province (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHAFA'I, Ahmad (Arabic: احمد شفائی) (a.k.a. SHAFAHI, Ahmad (Arabic: احمد شفاهی)), Sistan and Baluchistan, Iran; DOB 21 May 1968; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Commander of Salman Corps in Sistan and Baluchistan province (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHAFA'I, Mohsen; DOB 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: PUYA ELECTRO SAMAN NIRU).

SHAFI' PUR, Muhammad (a.k.a. SHAFIPOUR, Mohammad (Arabic: محمد شفیع پور); a.k.a. SHAFI'PUR, Mohammad), Tehran, Iran; DOB 01 Dec 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No.

0323520987 (Iran) (individual) [IRAN-EO13902] (Linked To: RUNC EXCHANGE SYSTEM COMPANY).

SHAFIAN AZARKHAVARANI, Alireza (a.k.a. SHAFIEIAN AZARKHAVARANI, Alireza; a.k.a. SHAFIIAN AZARKHAVARANI, Ali Reza; a.k.a. SHAFIIAN AZARKHAVARANI, Alireza; a.k.a. SHAFIYAN AZARKHAVARANI, Alireza), Isfahan, Iran; DOB 22 Mar 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1292514851 (Iran) (individual) [NPWMD] [IFSR] (Linked To: BEH JOULE PARS COMMERCIAL ENGINEERING COMPANY).

SHAFIEI, Batoul, Iran; DOB 28 Mar 1973; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport B59952372 (Iran) expires 26 Sep 2027; National ID No. 1289224586 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

SHAFIEIAN AZARKHAVARANI, Alireza (a.k.a. SHAFIAN AZARKHAVARANI, Alireza; a.k.a. SHAFIIAN AZARKHAVARANI, Ali Reza; a.k.a. SHAFIIAN AZARKHAVARANI, Alireza; a.k.a. SHAFIYAN AZARKHAVARANI, Alireza), Isfahan, Iran; DOB 22 Mar 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1292514851 (Iran) (individual) [NPWMD] [IFSR] (Linked To: BEH JOULE PARS COMMERCIAL ENGINEERING COMPANY).

SHAFIEIAN AZARKHAVARANI, Fatemeh (a.k.a. SHAFIIAN AZARKHAVARANI, Fatemeh), Isfahan, Iran; DOB 18 Apr 1994; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 1271655969 (Iran) (individual) [NPWMD] [IFSR] (Linked To: BEH JOULE PARS COMMERCIAL ENGINEERING COMPANY).

SHAFIIAN AZARKHAVARANI, Ali Reza (a.k.a. SHAFIAN AZARKHAVARANI, Alireza; a.k.a. SHAFIEIAN AZARKHAVARANI, Alireza; a.k.a. SHAFIIAN AZARKHAVARANI, Alireza; a.k.a. SHAFIYAN AZARKHAVARANI, Alireza), Isfahan, Iran; DOB 22 Mar 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1292514851 (Iran) (individual) [NPWMD] [IFSR] (Linked To: BEH JOULE PARS COMMERCIAL ENGINEERING COMPANY).

SHAFIIAN AZARKHAVARANI, Alireza (a.k.a. SHAFIAN AZARKHAVARANI, Alireza; a.k.a. SHAFIEIAN AZARKHAVARANI, Alireza; a.k.a.

SHAFIIAN AZARKHAVARANI, Ali Reza; a.k.a. SHAFIYAN AZARKHAVARANI, Alireza), Isfahan, Iran; DOB 22 Mar 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1292514851 (Iran) (individual) [NPWMD] [IFSR] (Linked To: BEH JOULE PARS COMMERCIAL ENGINEERING COMPANY).

SHAFIIAN AZARKHAVARANI, Fatemeh (a.k.a. SHAFIEIAN AZARKHAVARANI, Fatemeh), Isfahan, Iran; DOB 18 Apr 1994; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 1271655969 (Iran) (individual) [NPWMD] [IFSR] (Linked To: BEH JOULE PARS COMMERCIAL ENGINEERING COMPANY).

SHAFI'INASAB, Alireza (a.k.a. NASAB, Ali Reza Shafi'i; a.k.a. NASAB, Alireza Shafie (Arabic: على رضا شفیعی نسب)), Tehran, Iran; DOB 21 Feb 1985; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1288452152 (Iran); Birth Certificate Number 5160 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

SHAFIPOUR, Mohammad (Arabic: محمد شفیع پور) (a.k.a. SHAFI' PUR, Muhammad; a.k.a. SHAFI'PUR, Mohammad), Tehran, Iran; DOB 01 Dec 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0323520987 (Iran) (individual) [IRAN-EO13902] (Linked To: RUNC EXCHANGE SYSTEM COMPANY).

SHAFI'PUR, Mohammad (a.k.a. SHAFI' PUR, Muhammad; a.k.a. SHAFIPOUR, Mohammad (Arabic: محمد شفیع پور)), Tehran, Iran; DOB 01 Dec 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0323520987 (Iran) (individual) [IRAN-EO13902] (Linked To: RUNC EXCHANGE SYSTEM COMPANY).

SHAFIU, Ali, Afghanistan; DOB 07 Sep 1988; POB Male, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Digital Currency Address - USDT TVacWx7F5wgMgn49L5frDf9KLgdYy8nPHL; Passport E0491095 (Maldives) expires 16 Jun 2019; National ID No. A325164 (Maldives)

(individual) [SDGT] (Linked To: ISIL KHORASAN).

SHAFIYAN AZARKHAVARANI, Alireza (a.k.a. SHAFIAN AZARKHAVARANI, Alireza; a.k.a. SHAFIEIAN AZARKHAVARANI, Alireza; a.k.a. SHAFIIAN AZARKHAVARANI, Ali Reza; a.k.a. SHAFIIAN AZARKHAVARANI, Alireza), Isfahan, Iran; DOB 22 Mar 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1292514851 (Iran) (individual) [NPWMD] [IFSR] (Linked To: BEH JOULE PARS COMMERCIAL ENGINEERING COMPANY).

SHAGIVALEEV, Timur (a.k.a. SHAGIVALEEV, Timur Nailevich (Cyrillic: ШАГИВАЛЕЕВ, Тимур Наилевич)), Tatarstan, Russia; DOB 28 Jan 1978; POB Kazan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 753129173 (Russia) expires 29 Apr 2026; National ID No. 9201745357 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

SHAGIVALEEV, Timur Nailevich (Cyrillic: ШАГИВАЛЕЕВ, Тимур Наилевич) (a.k.a. SHAGIVALEEV, Timur), Tatarstan, Russia; DOB 28 Jan 1978; POB Kazan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 753129173 (Russia) expires 29 Apr 2026; National ID No. 9201745357 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

SHAH KARAMI, Jamal (a.k.a. MOHAMMAD MIRZA, Jamal Shah Karami; a.k.a. SHAH KARAMI, Jamal Mohammad Mirza; a.k.a. SHAHKARAMI, Jamal; a.k.a. SHAKARAMI, Jamal (Arabic: جمال شاكرمی); a.k.a. SHAKRAMI, Jamal), 1859 Mahdieh Hoveyzeh, Ilam, Iran; Apartmani Houses M Mu'allim, Ilam 6931168911, Iran; DOB 23 Nov 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4500393846 (Iran); Birth Certificate Number 586 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHAH KARAMI, Jamal Mohammad Mirza (a.k.a. MOHAMMAD MIRZA, Jamal Shah Karami; a.k.a. SHAH KARAMI, Jamal; a.k.a.

SHAHKARAMI, Jamal; a.k.a. SHAKARAMI, Jamal (Arabic: جمال شاكرمی); a.k.a. SHAKRAMI, Jamal), 1859 Mahdieh Hoveyzeh, Ilam, Iran; Apartmani Houses M Mu'allim, Ilam 6931168911, Iran; DOB 23 Nov 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4500393846 (Iran); Birth Certificate Number 586 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHAH, Bobby (a.k.a. DJEBELIBAK, Bahman; a.k.a. DJEBLELIBAK, Bahman), Vancouver, Canada; DOB 19 Jul 1982; nationality Canada; citizen Canada; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

SHAH, Haji Ahmad (a.k.a. NOORZAI, Mullah Ahmed Shah; a.k.a. SHAH, Haji Mullah Ahmad; a.k.a. SHAH, Maulawi Ahmed; a.k.a. SHAH, Mullah Mohammed), Quetta, Pakistan; DOB 01 Jan 1985; alt. DOB 1981; POB Quetta, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport NC5140251 (Pakistan) issued 23 Oct 2009 expires 22 Oct 2014; National ID No. 5440122880259 (Pakistan) (individual) [SDGT].

SHAH, Haji Mullah Ahmad (a.k.a. NOORZAI, Mullah Ahmed Shah; a.k.a. SHAH, Haji Ahmad; a.k.a. SHAH, Maulawi Ahmed; a.k.a. SHAH, Mullah Mohammed), Quetta, Pakistan; DOB 01 Jan 1985; alt. DOB 1981; POB Quetta, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport NC5140251 (Pakistan) issued 23 Oct 2009 expires 22 Oct 2014; National ID No. 5440122880259 (Pakistan) (individual) [SDGT].

SHAH, Maulawi Ahmed (a.k.a. NOORZAI, Mullah Ahmed Shah; a.k.a. SHAH, Haji Ahmad; a.k.a. SHAH, Haji Mullah Ahmad; a.k.a. SHAH, Mullah Mohammed), Quetta, Pakistan; DOB 01 Jan 1985; alt. DOB 1981; POB Quetta, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport NC5140251 (Pakistan) issued 23 Oct 2009 expires 22 Oct 2014; National ID No. 5440122880259 (Pakistan) (individual) [SDGT].

SHAH, Mohammad Yousuf (a.k.a. SHAH, Mohammad Yusuf; a.k.a. SHAH, Mohammed Yusaf; a.k.a. SHAH, Mohd Yosuf; a.k.a. SHAH, Mohd Yousuf; a.k.a. SHAH, Mohd Yusuf; a.k.a. SHAH, Syed Mohammed Yusuf; a.k.a. "Peer

Sahib"; a.k.a. "SALAHUDDIN, Syed"; a.k.a. "SALAHUDEEN, Sayeed"; a.k.a. "SALAHUDIN, Syed"; a.k.a. "Salauddin"), Muzaffarabad, Pakistan-administered Kashmir, Pakistan; Rawalpindi, Pakistan; Pakistan; Islamabad, Pakistan; DOB 1952; POB Soibug, Budgam, Kashmir, Jammu and Kashmir, India; nationality India; alt. nationality Pakistan; citizen India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SHAH, Mohammad Yusuf (a.k.a. SHAH, Mohammad Yousuf; a.k.a. SHAH, Mohammed Yusaf; a.k.a. SHAH, Mohd Yosuf; a.k.a. SHAH, Mohd Yousuf; a.k.a. SHAH, Mohd Yusuf; a.k.a. SHAH, Syed Mohammed Yusuf; a.k.a. "Peer Sahib"; a.k.a. "SALAHUDDIN, Syed"; a.k.a. "SALAHUDEEN, Sayeed"; a.k.a. "SALAHUDIN, Syed"; a.k.a. "Salauddin"), Muzaffarabad, Pakistan-administered Kashmir, Pakistan; Rawalpindi, Pakistan; Pakistan; Islamabad, Pakistan; DOB 1952; POB Soibug, Budgam, Kashmir, Jammu and Kashmir, India; nationality India; alt. nationality Pakistan; citizen India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SHAH, Mohammed Yusaf (a.k.a. SHAH, Mohammad Yousuf; a.k.a. SHAH, Mohammad Yusuf; a.k.a. SHAH, Mohd Yosuf; a.k.a. SHAH, Mohd Yousuf; a.k.a. SHAH, Mohd Yusuf; a.k.a. SHAH, Syed Mohammed Yusuf; a.k.a. "Peer Sahib"; a.k.a. "SALAHUDDIN, Syed"; a.k.a. "SALAHUDEEN, Sayeed"; a.k.a. "SALAHUDIN, Syed"; a.k.a. "Salauddin"), Muzaffarabad, Pakistan-administered Kashmir, Pakistan; Rawalpindi, Pakistan; Pakistan; Islamabad, Pakistan; DOB 1952; POB Soibug, Budgam, Kashmir, Jammu and Kashmir, India; nationality India; alt. nationality Pakistan; citizen India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SHAH, Mohd Yosuf (a.k.a. SHAH, Mohammad Yousuf; a.k.a. SHAH, Mohammad Yusuf; a.k.a. SHAH, Mohammed Yusaf; a.k.a. SHAH, Mohd Yousuf; a.k.a. SHAH, Mohd Yusuf; a.k.a. SHAH, Syed Mohammed Yusuf; a.k.a. "Peer Sahib"; a.k.a. "SALAHUDDIN, Syed"; a.k.a. "SALAHUDEEN, Sayeed"; a.k.a. "SALAHUDIN, Syed"; a.k.a. "Salauddin"), Muzaffarabad, Pakistan-administered Kashmir, Pakistan; Rawalpindi, Pakistan; Pakistan; Islamabad, Pakistan; DOB 1952; POB Soibug, Budgam, Kashmir, Jammu and Kashmir, India; nationality

India; alt. nationality Pakistan; citizen India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SHAH, Mohd Yousuf (a.k.a. SHAH, Mohammad Yousuf; a.k.a. SHAH, Mohammad Yusuf; a.k.a. SHAH, Mohammed Yusaf; a.k.a. SHAH, Mohd Yosuf; a.k.a. SHAH, Mohd Yusuf; a.k.a. SHAH, Syed Mohammed Yusuf; a.k.a. "Peer Sahib"; a.k.a. "SALAHUDDIN, Syed"; a.k.a. "SALAHUDEEN, Sayeed"; a.k.a. "SALAHUDIN, Syed"; a.k.a. "Salauddin"), Muzaffarabad, Pakistan-administered Kashmir, Pakistan; Rawalpindi, Pakistan; Pakistan; Islamabad, Pakistan; DOB 1952; POB Soibug, Budgam, Kashmir, Jammu and Kashmir, India; nationality India; alt. nationality Pakistan; citizen India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SHAH, Mohd Yusuf (a.k.a. SHAH, Mohammad Yousuf; a.k.a. SHAH, Mohammad Yusuf; a.k.a. SHAH, Mohammed Yusaf; a.k.a. SHAH, Mohd Yosuf; a.k.a. SHAH, Mohd Yousuf; a.k.a. SHAH, Syed Mohammed Yusuf; a.k.a. "Peer Sahib"; a.k.a. "SALAHUDDIN, Syed"; a.k.a. "SALAHUDEEN, Sayeed"; a.k.a. "SALAHUDIN, Syed"; a.k.a. "Salauddin"), Muzaffarabad, Pakistan-administered Kashmir, Pakistan; Rawalpindi, Pakistan; Pakistan; Islamabad, Pakistan; DOB 1952; POB Soibug, Budgam, Kashmir, Jammu and Kashmir, India; nationality India; alt. nationality Pakistan; citizen India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SHAH, Mukhtar Hamid, 1 Hill Park Jhellum Road, Rawalpindi, Punjab, Pakistan; DOB 11 Aug 1939; alt. DOB 08 Nov 1939; POB Chakwal, Pakistan; nationality Pakistan; Gender Male; National ID No. 3740502728729 (Pakistan) (individual) [GLOMAG].

SHAH, Mullah Mohammed (a.k.a. NOORZAI, Mullah Ahmed Shah; a.k.a. SHAH, Haji Ahmad; a.k.a. SHAH, Haji Mullah Ahmad; a.k.a. SHAH, Maulawi Ahmed), Quetta, Pakistan; DOB 01 Jan 1985; alt. DOB 1981; POB Quetta, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport NC5140251 (Pakistan) issued 23 Oct 2009 expires 22 Oct 2014; National ID No. 5440122880259 (Pakistan) (individual) [SDGT].

SHAH, Noor Habib (a.k.a. SHAKH, Nur Khabib), Pakistan; DOB 1966; POB Pakistan; nationality

Pakistan; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport KE110109 (individual) [RUSSIA-EO14024] (Linked To: HU, Xiaoxun).

SHAH, Sayed Wazir; DOB 10 Nov 1964; POB Herat, Afghanistan; citizen Afghanistan; alt. citizen Germany (individual) [SDNTK].

SHAH, Syed Mohammed Yusuf (a.k.a. SHAH, Mohammad Yousuf; a.k.a. SHAH, Mohammad Yusuf; a.k.a. SHAH, Mohammed Yusaf; a.k.a. SHAH, Mohd Yosuf; a.k.a. SHAH, Mohd Yusuf; a.k.a. "Peer Sahib"; a.k.a. "SALAHUDDIN, Syed"; a.k.a. "SALAHUDEEN, Sayeed"; a.k.a. "SALAHUDIN, Syed"; a.k.a. "Salauddin"), Muzaffarabad, Pakistan-administered Kashmir, Pakistan; Rawalpindi, Pakistan; Pakistan; Islamabad, Pakistan; DOB 1952; POB Soibug, Budgam, Kashmir, Jammu and Kashmir, India; nationality India; alt. nationality Pakistan; citizen India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SHAHAB KHODRO CO. (Arabic: شرکت شهاب خودرو), 9th km of Shahid Lashkari Hwy., Special Karaj Rd., Tehran 1399735951, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100372558 (Iran); Registration Number 8747 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

SHAHADAH, Rafiq (a.k.a. SHAHADAH, Rafiq Mahmoud; a.k.a. SHEHADEH, Rafik; a.k.a. SHIHADA, Rafiq; a.k.a. SHIHADAH, Rafiq; a.k.a. SHIHADAH, Wafiq), Syria; DOB 1954; POB Al-Sharasheer, Jableh, Latakia, Syria; Gender Male (individual) [PAARSSR-EO13894].

SHAHADAH, Rafiq Mahmoud (a.k.a. SHAHADAH, Rafiq; a.k.a. SHEHADEH, Rafik; a.k.a. SHIHADA, Rafiq; a.k.a. SHIHADAH, Rafiq; a.k.a. SHIHADAH, Wafiq), Syria; DOB 1954; POB Al-Sharasheer, Jableh, Latakia, Syria; Gender Male (individual) [PAARSSR-EO13894].

SHAHBANDAR, Samira (a.k.a. "CHADIAN"); DOB 1946; POB Baghdad, Iraq; nationality Iraq; wife of Saddam Hussein al-Tikriti (individual) [IRAQ2].

SHAHBAZ KHAN GENERAL TRADING LLC (a.k.a. AL SHAHBOZ KHAN GENERAL TRADING LLC.), Al Ghas Building, Baniyas Square, Al Rigga Area, Flat No. 106, Dubai, United Arab Emirates; P.O. Box 24241, Dubai, United Arab Emirates; P.O. Box 40754, Dubai, United Arab Emirates; Shop No. 16, Baniyas

Centre, Dubai, United Arab Emirates; C.R. No. 52060 (United Arab Emirates) [SDNTK].

SHAHBAZ TV CENTER, Shop No. 1-2, Block A, Jamrud Road, Royal Market, Peshawar, Pakistan [SDNTK].

SHAHBAZ, Malik Zafar Iqbal (a.k.a. CHAUDHRY, Zafar Iqbal; a.k.a. IQBAL, Malik Zafar; a.k.a. IQBAL, Muhammad Zafar; a.k.a. IQBAL, Zafar; a.k.a. IQBAL, Zaffer; a.k.a. SHEHBAZ, Malik Zafar Iqbal), Masjid al-Qadesia, 4 Lake Road, Lahore, Pakistan; DOB 04 Oct 1953; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport DG5149481 issued 22 Aug 2006 expires 21 Aug 2011; alt. Passport A2815665; National ID No. 35202-4135948-7; alt. National ID No. 29553654234; Professor; Doctor (individual) [SDGT].

SHAHCHERAGHI, Seyed Hamid Reza (a.k.a. HAMID, Huseyini; a.k.a. MARALLU, Behnam Shahriyari; a.k.a. MIR VAKILI, Seyed Ali Akbar; a.k.a. MIRVAKILI, Seyed Aliakbar; a.k.a. MIRVAKILI, Seyedaliakbar; a.k.a. SHAHRIARI, Behnam; a.k.a. SHAHRIYARI, Behnam; a.k.a. SHAHRYARI, Behnam), Iran; DOB 1968; alt. DOB 22 Sep 1967; alt. DOB 30 Sep 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K47248790 (Iran) expires 20 Oct 2023; alt. Passport D10007350 (Iran) expires 13 Oct 2025 (individual) [SDGT] [IFSR].

SHAHED AVIATION (a.k.a. SHAHED AVIATION INDUSTRIES; a.k.a. SHAHED AVIATION INDUSTRIES COMPLEX; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH (Arabic: تحقیقات صنایع هوایی شاهد); a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH CENTER; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH CENTRE; a.k.a. "SAIC"; a.k.a. "SAIRC"), Shahid Lavi Street, Sajad Street, Isfahan, Iran; Website http://www.shahedaviation.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

SHAHED AVIATION INDUSTRIES (a.k.a. SHAHED AVIATION; a.k.a. SHAHED AVIATION INDUSTRIES COMPLEX; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH (Arabic: تحقیقات صنایع هوایی شاهد); a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH

CENTER; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH CENTRE; a.k.a. "SAIC"; a.k.a. "SAIRC"), Shahid Lavi Street, Sajad Street, Isfahan, Iran; Website http://www.shahedaviation.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

SHAHED AVIATION INDUSTRIES COMPLEX (a.k.a. SHAHED AVIATION; a.k.a. SHAHED AVIATION INDUSTRIES; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH (Arabic: تحقیقات صنایع هوایی شاهد); a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH CENTER; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH CENTRE; a.k.a. "SAIC"; a.k.a. "SAIRC"), Shahid Lavi Street, Sajad Street, Isfahan, Iran; Website http://www.shahedaviation.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

SHAHED AVIATION INDUSTRIES RESEARCH (Arabic: تحقیقات صنایع هوایی شاهد) (a.k.a. SHAHED AVIATION; a.k.a. SHAHED AVIATION INDUSTRIES; a.k.a. SHAHED AVIATION INDUSTRIES COMPLEX; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH CENTER; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH CENTRE; a.k.a. "SAIC"; a.k.a. "SAIRC"), Shahid Lavi Street, Sajad Street, Isfahan, Iran; Website http://www.shahedaviation.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

SHAHED AVIATION INDUSTRIES RESEARCH CENTER (a.k.a. SHAHED AVIATION; a.k.a. SHAHED AVIATION INDUSTRIES; a.k.a. SHAHED AVIATION INDUSTRIES COMPLEX; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH (Arabic: تحقیقات صنایع هوایی شاهد); a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH CENTRE; a.k.a. "SAIC"; a.k.a. "SAIRC"), Shahid Lavi Street, Sajad Street, Isfahan, Iran; Website http://www.shahedaviation.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

SHAHED AVIATION INDUSTRIES RESEARCH CENTRE (a.k.a. SHAHED AVIATION; a.k.a. SHAHED AVIATION INDUSTRIES; a.k.a. SHAHED AVIATION INDUSTRIES COMPLEX; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH (Arabic: تحقیقات صنایع هوایی شاهد); a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH CENTER; a.k.a. "SAIC"; a.k.a. "SAIRC"), Shahid Lavi Street, Sajad Street, Isfahan, Iran; Website http://www.shahedaviation.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

SHAHED PHARM (a.k.a. SHAHED PHARM DRUGSTORE SARL), Centre Safco, B1, B2, B3, Airport Road, Beirut, Lebanon; Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2009847 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

SHAHED PHARM DRUGSTORE SARL (a.k.a. SHAHED PHARM), Centre Safco, B1, B2, B3, Airport Road, Beirut, Lebanon; Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2009847 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

SHAHEED, Yoosuf, Herethere, Lonuziyaaraiy Magu, Male, Maldives; DOB 12 Sep 1983; POB Male, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E0466103 (Maldives) expires 10 Nov 2018; National ID No. A079207 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SHAHI, Omid Abded Abed (a.k.a. ABEDSHAHI, Omid), Iran; DOB 21 Jan 1983; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport B30739724 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

SHAHID AHMAD KAZEMI INDUSTRIES GROUP, Pasdaran Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID ALAMOLHODA (a.k.a. SHAHID ALAMOLHODA INDUSTRIES; a.k.a. SHAHID

ALAMOLHODA INDUSTRY; a.k.a. "SAI"), 142, Shahid Reza Farshadi and Shahid Hasan-e streets, Lavizan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID ALAMOLHODA INDUSTRIES (a.k.a. SHAHID ALAMOLHODA; a.k.a. SHAHID ALAMOLHODA INDUSTRY; a.k.a. "SAI"), 142, Shahid Reza Farshadi and Shahid Hasan-e streets, Lavizan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID ALAMOLHODA INDUSTRY (a.k.a. SHAHID ALAMOLHODA; a.k.a. SHAHID ALAMOLHODA INDUSTRIES; a.k.a. "SAI"), 142, Shahid Reza Farshadi and Shahid Hasan-e streets, Lavizan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID AVINI GROUP, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID BABAEI GROUP (a.k.a. SHAHID BABA'I GROUP), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID BABA'I GROUP (a.k.a. SHAHID BABAEI GROUP), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID BABAIE INDUSTRIES (a.k.a. M. BABAIE INDUSTRIES; a.k.a. SHAHID BABAIE INDUSTRIES COMPLEX; a.k.a. SHAHID BABAII INDUSTRIES CO.), P.O. Box 16535-176, Tehran 16548, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID BABAIE INDUSTRIES COMPLEX (a.k.a. M. BABAIE INDUSTRIES; a.k.a. SHAHID BABAIE INDUSTRIES; a.k.a. SHAHID BABAII INDUSTRIES CO.), P.O. Box 16535-176, Tehran 16548, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID BABAII INDUSTRIES CO. (a.k.a. M. BABAIE INDUSTRIES; a.k.a. SHAHID BABAIE INDUSTRIES; a.k.a. SHAHID BABAIE INDUSTRIES COMPLEX), P.O. Box 16535-176, Tehran 16548, Iran; Additional Sanctions

Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID BAKERI INDUSTRIAL GROUP (a.k.a. "SBIG"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID CHAMRAN GROUP, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID CHERAGHI INDUSTRIES, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

SHAHID ESLAMI RESEARCH CENTER, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID FAKHAR MOGHADDAM GROUP (a.k.a. SHAHID FAKHAR MOQADAM GROUP), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID FAKHAR MOQADAM GROUP (a.k.a. SHAHID FAKHAR MOGHADDAM GROUP), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID FOUNDATION (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES; a.k.a. AL-SHAHID CORPORATION; a.k.a. BONYAD SHAHID; a.k.a. BONYAD-E SHAHID; a.k.a. BONYAD-E SHAHID VA ISARGARAN; a.k.a. ES-SHAHID; a.k.a. IRANIAN MARTYRS FUND; a.k.a. MARTYRS FOUNDATION; a.k.a. SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION), P.O. Box 15815-1394, Tehran 15900, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES; a.k.a. AL-SHAHID CORPORATION; a.k.a. BONYAD SHAHID; a.k.a. BONYAD-E SHAHID; a.k.a. BONYAD-E SHAHID VA ISARGARAN; a.k.a. ES-SHAHID;

a.k.a. IRANIAN MARTYRS FUND; a.k.a. MARTYRS FOUNDATION; a.k.a. SHAHID FOUNDATION), P.O. Box 15815-1394, Tehran 15900, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

SHAHID FUND (a.k.a. AL-SHAHID FOUNDATION- PALESTINIAN BRANCH; a.k.a. MUASSASAT SHAHID FILISTIN; a.k.a. PALESTINIAN MARTYRS FOUNDATION; a.k.a. PALESTINIAN MARTYRS INSTITUTION GROUP), Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SHAHID HAJ ALI MOVAHED RESEARCH CENTER (a.k.a. SHAHID MOVAHED INDUSTRIES; a.k.a. SHAHID MOVAHED INDUSTRY; a.k.a. SHIG DEPARTMENT 7500), c/o SHIG, Damavand Tehran Highway, P.O. Box 16595-159, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

SHAHID HEMMAT INDUSTRIAL GROUP (a.k.a. ARDALAN MACHINERIES COMPANY; a.k.a. SAHAND ALUMINUM PARTS INDUSTRIAL COMPANY; a.k.a. "ARMACO"; a.k.a. "SAPICO"; a.k.a. "SHIG"), Damavand Tehran Highway, Tehran, Iran; P.O. Box 16595-159, Tehran, Iran; No. 5, Eslami St., Golestane Sevvom St., Pasdaran St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID HEMMAT SPACE GROUP (a.k.a. "SHSG"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Type: Defense activities; Target Type Government Entity [NPWMD] [IFSR] (Linked To: AEROSPACE INDUSTRIES ORGANIZATION).

SHAHID KALHOR INDUSTRIES, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

SHAHID KARIMI GROUP, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE

ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID KARIMI INDUSTRIES, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

SHAHID KAZEMI GROUP, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID KHARRAZI INDUSTRIES, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID MEISAMI GROUP (Arabic: گروه شهید میثمی) (a.k.a. SHAHID MEISAMI RESEARCH COMPLEX; a.k.a. SHAHID MOYASAMI COMPLEX; a.k.a. "S.M.G."), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID MEISAMI RESEARCH COMPLEX (a.k.a. SHAHID MEISAMI GROUP (Arabic: گروه شهید میثمی); a.k.a. SHAHID MOYASAMI COMPLEX; a.k.a. "S.M.G."), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID MOGHADDAM INDUSTRIES, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID MOVAHED DANESH GROUP (a.k.a. SHAHID MOVAHHED DANESH GROUP), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID MOVAHED INDUSTRIES (a.k.a. SHAHID HAJ ALI MOVAHED RESEARCH CENTER; a.k.a. SHAHID MOVAHED INDUSTRY; a.k.a. SHIG DEPARTMENT 7500), c/o SHIG, Damavand Tehran Highway, P.O. Box 16595-159, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

SHAHID MOVAHED INDUSTRY (a.k.a. SHAHID HAJ ALI MOVAHED RESEARCH CENTER; a.k.a. SHAHID MOVAHED INDUSTRIES; a.k.a. SHIG DEPARTMENT 7500), c/o SHIG, Damavand Tehran Highway, P.O. Box 16595-159, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions

[NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

SHAHID MOVAHHED DANESH GROUP (a.k.a. SHAHID MOVAHED DANESH GROUP), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID MOYASAMI COMPLEX (a.k.a. SHAHID MEISAMI GROUP (Arabic: گروه شهید میثمی); a.k.a. SHAHID MEISAMI RESEARCH COMPLEX; a.k.a. "S.M.G."), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID NURI INDUSTRIES (a.k.a. SHAHID NURI INDUSTRY), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

SHAHID NURI INDUSTRY (a.k.a. SHAHID NURI INDUSTRIES), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

SHAHID RASTEGAR INDUSTRIES, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

SHAHID SANIKHANI INDUSTRIES, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID SATTARI INDUSTRIES, Southeast Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID SAYYAD SHIRAZI INDUSTRIES (a.k.a. SHAHID SAYYADE SHIRAZI INDUSTRIES; a.k.a. SHAHID SAYYED SHIRAZI IND.), Next To Nirou Battery Mfg. Co, Shahid Babaii Expressway, Nobonyad Square, Tehran, Iran; Pasdaran St., P.O. Box 16765, Tehran 1835, Iran; Babaei Highway - Next to Niru M.F.G, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID SAYYADE SHIRAZI INDUSTRIES (a.k.a. SHAHID SAYYAD SHIRAZI INDUSTRIES; a.k.a. SHAHID SAYYED SHIRAZI IND.), Next To Nirou Battery Mfg. Co, Shahid Babaii Expressway, Nobonyad Square, Tehran, Iran; Pasdaran St., P.O. Box 16765, Tehran 1835, Iran; Babaei Highway - Next to Niru M.F.G, Tehran, Iran; Additional Sanctions

Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID SAYYED SHIRAZI IND. (a.k.a. SHAHID SAYYAD SHIRAZI INDUSTRIES; a.k.a. SHAHID SAYYADE SHIRAZI INDUSTRIES), Next To Nirou Battery Mfg. Co, Shahid Babaii Expressway, Nobonyad Square, Tehran, Iran; Pasdaran St., P.O. Box 16765, Tehran 1835, Iran; Babaei Highway - Next to Niru M.F.G, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID SHIKRI CENTER (a.k.a. SHAHID SHOKRI RESEARCH CENTER; a.k.a. SHAHID SHOKRI SCIENCE AND TECHNOLOGY RESEARCH CENTER), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID SHOKRI RESEARCH CENTER (a.k.a. SHAHID SHIKRI CENTER; a.k.a. SHAHID SHOKRI SCIENCE AND TECHNOLOGY RESEARCH CENTER), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID SHOKRI SCIENCE AND TECHNOLOGY RESEARCH CENTER (a.k.a. SHAHID SHIKRI CENTER; a.k.a. SHAHID SHOKRI RESEARCH CENTER), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID SHOSHTARI INDUSTRIES (a.k.a. SHAHID SHOUSHTARI; a.k.a. SHAHID SHUSHTARI INDUSTRIES; a.k.a. SHAHID SHUSTARI INDUSTRIES), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID SHOUSHTARI (a.k.a. SHAHID SHOSHTARI INDUSTRIES; a.k.a. SHAHID SHUSHTARI INDUSTRIES; a.k.a. SHAHID SHUSTARI INDUSTRIES), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID SHUSHTARI INDUSTRIES (a.k.a. SHAHID SHOSHTARI INDUSTRIES; a.k.a. SHAHID SHOUSHTARI; a.k.a. SHAHID SHUSTARI INDUSTRIES), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID SHUSTARI INDUSTRIES (a.k.a. SHAHID SHOSHTARI INDUSTRIES; a.k.a. SHAHID SHOUSHTARI; a.k.a. SHAHID SHUSHTARI INDUSTRIES), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID TANDGOOYAN PETROCHEMICAL CO. (a.k.a. SHAHID TONDGOOYAN PETROCHEMICAL CO.; a.k.a. SHAHID TONDGOYAN PETROCHEMICAL COMPANY; a.k.a. SHAHID TONDGUYAN PETROCHEMICAL COMPANY; a.k.a. "STPC"), Petrochemical Special Economic Zone (PETZONE), Iran; Valiasr Street, Above Vanak Square, Shahid Daman Afshar, Plain No. 50, Tehran 1969753111, Iran; Khuzestan Imam Khomeini Port Special Economic Zone, 4th Shahid Tondgoyan Petrochemical Company, 6356174196, Iran; P.O. Box 333, Iran; Website www.stpc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

SHAHID TONDGOOYAN PETROCHEMICAL CO. (a.k.a. SHAHID TANDGOOYAN PETROCHEMICAL CO.; a.k.a. SHAHID TONDGOYAN PETROCHEMICAL COMPANY; a.k.a. SHAHID TONDGUYAN PETROCHEMICAL COMPANY; a.k.a. "STPC"), Petrochemical Special Economic Zone (PETZONE), Iran; Valiasr Street, Above Vanak Square, Shahid Daman Afshar, Plain No. 50, Tehran 1969753111, Iran; Khuzestan Imam Khomeini Port Special Economic Zone, 4th Shahid Tondgoyan Petrochemical Company, 6356174196, Iran; P.O. Box 333, Iran; Website www.stpc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

SHAHID TONDGOYAN PETROCHEMICAL COMPANY (a.k.a. SHAHID TANDGOOYAN PETROCHEMICAL CO.; a.k.a. SHAHID TONDGOOYAN PETROCHEMICAL CO.; a.k.a. SHAHID TONDGUYAN PETROCHEMICAL COMPANY; a.k.a. "STPC"), Petrochemical Special Economic Zone (PETZONE), Iran; Valiasr Street, Above Vanak Square, Shahid Daman Afshar, Plain No. 50, Tehran 1969753111, Iran; Khuzestan Imam Khomeini Port Special Economic Zone, 4th Shahid Tondgoyan Petrochemical Company, 6356174196, Iran; P.O. Box 333, Iran; Website www.stpc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

SHAHID TONDGUYAN PETROCHEMICAL COMPANY (a.k.a. SHAHID TANDGOOYAN PETROCHEMICAL CO.; a.k.a. SHAHID TONDGOOYAN PETROCHEMICAL CO.; a.k.a. SHAHID TONDGOYAN PETROCHEMICAL COMPANY; a.k.a. "STPC"), Petrochemical Special Economic Zone (PETZONE), Iran; Valiasr Street, Above Vanak Square, Shahid Daman Afshar, Plain No. 50, Tehran 1969753111, Iran; Khuzestan Imam Khomeini Port Special Economic Zone, 4th Shahid Tondgoyan Petrochemical Company, 6356174196, Iran; P.O. Box 333, Iran; Website www.stpc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

SHAHID VARAMINI INDUSTRIES, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

SHAHID ZEINODDIN GROUP, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHIN BONAB STEEL COMPLEX (a.k.a. BONAB STEEL INDUSTRY COMPLEX; a.k.a. MOJTAME FOULAD SHAHIN BONAB), No 17, Sarbalai Valiasr, Tavanir Bridge, Tabriz City, Iran; Bonab Industrial Zone, Bonab, East Azerbaijan, Iran; PO Box 51576-13533, Tabriz City, Iran; Website www.mfbco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2005; National ID No. 742 (Iran) issued 2005 [IRAN-EO13871].

SHAHJI, Ahmad (a.k.a. AL-MADANI, Abu Gharib; a.k.a. GHUL, Hassan; a.k.a. GUL, Hasan; a.k.a. GUL, Hassan; a.k.a. KHAN, Mustafa Hajji Muhammad; a.k.a. MAHMUD, Khalid; a.k.a. MUHAMMAD, Mustafa; a.k.a. "ABU-SHAIMA"; a.k.a. "ABU-SHAYMA"); DOB Aug 1977; alt. DOB Sep 1977; alt. DOB 1976; POB Madinah, Saudi Arabia; alt. POB Sangrar, Sindh Province, Pakistan; nationality Pakistan; alt. nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SHAHKARAMI, Jamal (a.k.a. MOHAMMAD MIRZA, Jamal Shah Karami; a.k.a. SHAH KARAMI, Jamal; a.k.a. SHAH KARAMI, Jamal Mohammad Mirza; a.k.a. SHAKARAMI, Jamal (Arabic: جمال شاکرمی); a.k.a. SHAKRAMI, Jamal), 1859 Mahdieh Hoveyzeh, Ilam, Iran; Apartmani Houses M Mu'allim, Ilam 6931168911, Iran; DOB 23 Nov 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4500393846 (Iran); Birth Certificate Number 586 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHAHKOUEI, Ali Jomeh Malak (a.k.a. SHAHKOUI, Ali Malek (Arabic: علی ملک ساهکوئی); a.k.a. SHAHKU'I, Ali Malek), Iran; DOB 09 Aug 1987; POB Gorgan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2122857447 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHAHKOUI, Ali Malek (Arabic: علی ملک ساهکوئی) (a.k.a. SHAHKOUEI, Ali Jomeh Malak; a.k.a. SHAHKU'I, Ali Malek), Iran; DOB 09 Aug 1987; POB Gorgan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2122857447 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHAHKU'I, Ali Malek (a.k.a. SHAHKOUEI, Ali Jomeh Malak; a.k.a. SHAHKOUI, Ali Malek (Arabic: علی ملک ساهکوئی)), Iran; DOB 09 Aug 1987; POB Gorgan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2122857447 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHAHLAEE, Abdul-Reza (a.k.a. SHAHLAI, Abdol Reza; a.k.a. SHAHLA'I, Abdolreza; a.k.a. SHAHLAI, 'Abdorreza; a.k.a. SHAHLAI, Abdul Reza; a.k.a. SHALAI, 'Abd-al Reza; a.k.a. SHALA'I, Abdul Reza; a.k.a. "ABU-AL-KARKH', 'Yusuf"; a.k.a. "YASIR, Hajji"; a.k.a. "YUSEF, Hajj"; a.k.a. "YUSIF, Haji"; a.k.a. "YUSIF, Hajji"), Kermanshah, Iran; Mehran Military Base, Ilam Province, Iran; DOB circa 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRAQ3] [IRGC] [IFSR].

SHAHLAI, Abdol Reza (a.k.a. SHAHLAEE, Abdul-Reza; a.k.a. SHAHLA'I, Abdolreza; a.k.a.

SHAHLAI, 'Abdorreza; a.k.a. SHAHLAI, Abdul Reza; a.k.a. SHALAI, 'Abd-al Reza; a.k.a. SHALA'I, Abdul Reza; a.k.a. "ABU-AL-KARKH', 'Yusuf"; a.k.a. "YASIR, Hajji"; a.k.a. "YUSEF, Hajj"; a.k.a. "YUSIF, Haji"; a.k.a. "YUSIF, Hajji"), Kermanshah, Iran; Mehran Military Base, Ilam Province, Iran; DOB circa 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRAQ3] [IRGC] [IFSR].

SHAHLA'I, Abdolreza (a.k.a. SHAHLAEE, Abdul-Reza; a.k.a. SHAHLAI, Abdol Reza; a.k.a. SHAHLAI, 'Abdorreza; a.k.a. SHAHLAI, Abdul Reza; a.k.a. SHALAI, 'Abd-al Reza; a.k.a. SHALA'I, Abdul Reza; a.k.a. "ABU-AL-KARKH', 'Yusuf"; a.k.a. "YASIR, Hajji"; a.k.a. "YUSEF, Hajj"; a.k.a. "YUSIF, Haji"; a.k.a. "YUSIF, Hajji"), Kermanshah, Iran; Mehran Military Base, Ilam Province, Iran; DOB circa 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRAQ3] [IRGC] [IFSR].

SHAHLAI, 'Abdorreza (a.k.a. SHAHLAEE, Abdul-Reza; a.k.a. SHAHLAI, Abdol Reza; a.k.a. SHAHLA'I, Abdolreza; a.k.a. SHAHLAI, Abdul Reza; a.k.a. SHALAI, 'Abd-al Reza; a.k.a. SHALA'I, Abdul Reza; a.k.a. "ABU-AL-KARKH', 'Yusuf"; a.k.a. "YASIR, Hajji"; a.k.a. "YUSEF, Hajj"; a.k.a. "YUSIF, Haji"; a.k.a. "YUSIF, Hajji"), Kermanshah, Iran; Mehran Military Base, Ilam Province, Iran; DOB circa 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRAQ3] [IRGC] [IFSR].

SHAHLAI, Abdul Reza (a.k.a. SHAHLAEE, Abdul-Reza; a.k.a. SHAHLAI, Abdol Reza; a.k.a. SHAHLA'I, Abdolreza; a.k.a. SHAHLAI, 'Abdorreza; a.k.a. SHALAI, 'Abd-al Reza; a.k.a. SHALA'I, Abdul Reza; a.k.a. "ABU-AL-KARKH', 'Yusuf"; a.k.a. "YASIR, Hajji"; a.k.a. "YUSEF, Hajj"; a.k.a. "YUSIF, Haji"; a.k.a. "YUSIF, Hajji"), Kermanshah, Iran; Mehran Military Base, Ilam Province, Iran; DOB circa 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRAQ3] [IRGC] [IFSR].

SHAHMARI GHOJEH BIKLO, Rostam (Arabic: رستم شهماری قوجه بيكلو) (a.k.a. SHAHMARI GHOJEHBIKLO, Rostam), Tehran, Iran; DOB 28 Dec 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1620885115 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

SHAHMARI GHOJEHBIKLO, Rostam (a.k.a. SHAHMARI GHOJEH BIKLO, Rostam (Arabic: رستم شهماری قوجه بيكلو)), Tehran, Iran; DOB 28 Dec 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1620885115 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

SHAHNAWAZ TRADERS, Shop No. 1-2, Block A, Jamrud Road, Royal Market, Peshawar, Pakistan [SDNTK].

SHAHRASHTANI, Hasan (a.k.a. MOFAKHAMI, Hassan; a.k.a. SHAHRASHTANI, Hassan Mofakhmi; a.k.a. SHAHRESTANI, Hassan Mofakhami (Arabic: حسن مفخمی شهرستانی)), No. 16, Shahid Ahmad Mohammadi Alley, Rasht, Gilan Province, Iran; DOB 28 Aug 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Birth Certificate Number 1609 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

SHAHRASHTANI, Hassan Mofakhmi (a.k.a. MOFAKHAMI, Hassan; a.k.a. SHAHRASHTANI, Hasan; a.k.a. SHAHRESTANI, Hassan Mofakhami (Arabic: حسن مفخمی شهرستانی)), No. 16, Shahid Ahmad Mohammadi Alley, Rasht, Gilan Province, Iran; DOB 28 Aug 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Birth Certificate Number 1609 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

SHAHR-E KORD HIJAB TEXTILE COMPANY (Arabic: شرکت نساجی حجاب شهرکرد) (a.k.a. HEJAB TEXTILE CO; a.k.a. HEJAB TEXTILE COMPANY), No. 47, 2nd Floor, Nahid Street, Mirzaye Shirazi Street, Between Ostad Motahari and Shahid Beheshti, Tehran, Iran; Kilometer 7, Khuzestan Road, Shahr-e Kord, Iran; 8 Baharestan, First Square, Shahr-e Kord Industrial Town, Shahr-e Kord, Iran; Unit 3, Moalem Street, Goldasht Town, Najaf Abad Road, Kilometer 20, Isfahan, Iran; Website https://hejabtextile.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10340048630 (Iran); Registration Number 1407 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SHAHR-E REY PRISON (a.k.a. GHARCHAK PRISON; a.k.a. QARCHAK PRISON; a.k.a. QARCHAK WOMEN'S PRISON; a.k.a. "WOMEN'S KAHRIZAK"), Varamin Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

SHAHRESTANI, Hassan Mofakhami (Arabic: حسن مفخمی شهرستانی) (a.k.a. MOFAKHAMI, Hassan; a.k.a. SHAHRASHTANI, Hasan; a.k.a. SHAHRASHTANI, Hassan Mofakhmi), No. 16, Shahid Ahmad Mohammadi Alley, Rasht, Gilan Province, Iran; DOB 28 Aug 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Birth Certificate Number 1609 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

SHAHRIARI, Behnam (a.k.a. HAMID, Huseyini; a.k.a. MARALLU, Behnam Shahriyari; a.k.a. MIR VAKILI, Seyed Ali Akbar; a.k.a. MIRVAKILI, Seyed Aliakbar; a.k.a. MIRVAKILI, Seyedaliakbar; a.k.a. SHAHCHERAGHI, Seyed Hamid Reza; a.k.a. SHAHRIYARI, Behnam; a.k.a. SHAHRYARI, Behnam), Iran; DOB 1968; alt. DOB 22 Sep 1967; alt. DOB 30 Sep 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K47248790 (Iran) expires 20 Oct 2023; alt. Passport D10007350 (Iran) expires 13 Oct 2025 (individual) [SDGT] [IFSR].

SHAHRIYARI, Behnam (a.k.a. HAMID, Huseyini; a.k.a. MARALLU, Behnam Shahriyari; a.k.a. MIR VAKILI, Seyed Ali Akbar; a.k.a. MIRVAKILI, Seyed Aliakbar; a.k.a. MIRVAKILI, Seyedaliakbar; a.k.a. SHAHCHERAGHI, Seyed Hamid Reza; a.k.a. SHAHRIARI, Behnam; a.k.a. SHAHRYARI, Behnam), Iran; DOB 1968; alt. DOB 22 Sep 1967; alt. DOB 30 Sep 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K47248790 (Iran) expires 20 Oct 2023; alt. Passport

D10007350 (Iran) expires 13 Oct 2025 (individual) [SDGT] [IFSR].

SHAHRYARI, Behnam (a.k.a. HAMID, Huseyini; a.k.a. MARALLU, Behnam Shahriyari; a.k.a. MIR VAKILI, Seyed Ali Akbar; a.k.a. MIRVAKILI, Seyed Aliakbar; a.k.a. MIRVAKILI, Seyedaliakbar; a.k.a. SHAHCHERAGHI, Seyed Hamid Reza; a.k.a. SHAHRIARI, Behnam; a.k.a. SHAHRIYARI, Behnam), Iran; DOB 1968; alt. DOB 22 Sep 1967; alt. DOB 30 Sep 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K47248790 (Iran) expires 20 Oct 2023; alt. Passport D10007350 (Iran) expires 13 Oct 2025 (individual) [SDGT] [IFSR].

SHAHSAVARI, Habib (Arabic: حبيب شهسواری), West Azerbaijan, Iran; DOB 1963 to 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Commander of the Islamic Revolutionary Guard Corps Shohada Provincial Corps in West Azerbaijan Province (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHAHVARPOUR NAJAFABADI, Hassan (a.k.a. SHAHVARPOUR, Hassan), Iran; POB Safi Abad, Dezful, Khuzestan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2001624001 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] [CAATSA - IRAN] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHAHVARPOUR, Hassan (a.k.a. SHAHVARPOUR NAJAFABADI, Hassan), Iran; POB Safi Abad, Dezful, Khuzestan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2001624001 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] [CAATSA - IRAN] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHAIKH, Khizar Mohammad Iqbal, India; DOB 07 Jul 1991; POB Mumbai, India; nationality India; citizen India; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

SHAIMI, Husayn (a.k.a. AL-SHAMI, Haj Husayn; a.k.a. AL-SHAMI, Husayn; a.k.a. AL-SHAMY, Husayn; a.k.a. ASHAMI, Husayn; a.k.a. SHAMAI, Husayn; a.k.a. SHAMY, Husayn), Lebanon; DOB 1948; alt. DOB 1954; alt. DOB 1960; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SHAKARAMI, Jamal (Arabic: جمال شاكرمى) (a.k.a. MOHAMMAD MIRZA, Jamal Shah Karami; a.k.a. SHAH KARAMI, Jamal; a.k.a. SHAH KARAMI, Jamal Mohammad Mirza; a.k.a. SHAHKARAMI, Jamal; a.k.a. SHAKRAMI, Jamal), 1859 Mahdieh Hoveyzeh, Ilam, Iran; Apartmani Houses M Mu'allim, Ilam 6931168911, Iran; DOB 23 Nov 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4500393846 (Iran); Birth Certificate Number 586 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHAKEEL, Chhota (a.k.a. AHMED, Sheikh Shakeel; a.k.a. MOHIDDIN, Shaikh Shakil Babu; a.k.a. SHAKEEL, Chota; a.k.a. SHAKIL, Chhota), R. No. 11, 1st Floor Ruksans Manzil, 78 Temkar Street, Nagpada, Mumbai, India; DOB 31 Dec 1955; alt. DOB 1960; POB Mumbai (Bombay), India; nationality India (individual) [SDNTK].

SHAKEEL, Chota (a.k.a. AHMED, Sheikh Shakeel; a.k.a. MOHIDDIN, Shaikh Shakil Babu; a.k.a. SHAKEEL, Chhota; a.k.a. SHAKIL, Chhota), R. No. 11, 1st Floor Ruksans Manzil, 78 Temkar Street, Nagpada, Mumbai, India; DOB 31 Dec 1955; alt. DOB 1960; POB Mumbai (Bombay), India; nationality India (individual) [SDNTK].

SHAKERI ASHTIJEH, Mohammad (Arabic: محمد شاكرى اشتيجه) (a.k.a. SHAKERI, Mohammad), Iran; DOB 28 Nov 1997; POB Qom, Qom Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport B50759562 (Iran); National ID No. 0371588723 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

SHAKERI, Mohammad (a.k.a. SHAKERI ASHTIJEH, Mohammad (Arabic: محمد شاكرى اشتيجه)), Iran; DOB 28 Nov 1997; POB Qom, Qom Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport B50759562 (Iran); National ID No. 0371588723 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

SHAKH, Nur Khabib (a.k.a. SHAH, Noor Habib), Pakistan; DOB 1966; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport KE110109 (individual) [RUSSIA-EO14024] (Linked To: HU, Xiaoxun).

SHAKHDARIAN, Tenny (a.k.a. DARIAN, Tenny); DOB 06 Sep 1979; POB Tehran, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport B23545963 expires 05 Mar 2017 (individual) [NPWMD] [IFSR].

SHAKHTA ALARDINSKAYA OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SHAKHTA ALARDINSKAYA; a.k.a. OOO ALARDINSKAYA MINE; a.k.a. OOO SHAKHTA ALARDINSKAIA), Ul. Ugolnaya D. 56, Kaltan 652831, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4222013689 (Russia); Registration Number 1114222001200 (Russia) [RUSSIA-EO14024].

SHAKHTA ESAULSKAYA OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SHAKHTA ESAULSKAYA; a.k.a. OOO ESAULSKAYA MINE; a.k.a. OOO SHAKHTA ESAULSKAIA), PR-KT Kurako, Tsentralnyi District D. 33, Novokuznetsk 654006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4253000827 (Russia); Registration Number 1114253001807 (Russia) [RUSSIA-EO14024].

SHAKIL, Chhota (a.k.a. AHMED, Sheikh Shakeel; a.k.a. MOHIDDIN, Shaikh Shakil Babu; a.k.a. SHAKEEL, Chhota; a.k.a. SHAKEEL, Chota), R. No. 11, 1st Floor Ruksans Manzil, 78 Temkar Street, Nagpada, Mumbai, India; DOB 31 Dec 1955; alt. DOB 1960; POB Mumbai (Bombay), India; nationality India (individual) [SDNTK].

SHAKRA, Abu Hatem (a.k.a. AL-HAYES, Ahmad Ihsan Fayyad (Arabic: أحمد إحسان فياض الهايس); a.k.a. AL-HAYES, Ahmed Ihsan Fayyad; a.k.a. AL-SHAQRA, Abu Hatim; a.k.a. SHAQRA, Abu Hatim; a.k.a. SHAQRA, Abu Hattam), Syria; DOB 1987; POB Al-Shaqra, Deir ez-Zor, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894] (Linked To: AHRAR AL-SHARQIYA).

SHAKRA, Abu Jaafar (a.k.a. AL-HAYES, Raed Jassem; a.k.a. AL-HAYES, Raed Jassim; a.k.a. CHAKRA, Abu Jaafar; a.k.a. SHAQRA, Abu Ja'far; a.k.a. SHAQRA, Abu Jafar), Syria; DOB 1985; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

SHAKRAMI, Jamal (a.k.a. MOHAMMAD MIRZA, Jamal Shah Karami; a.k.a. SHAH KARAMI, Jamal; a.k.a. SHAH KARAMI, Jamal

Mohammad Mirza; a.k.a. SHAHKARAMI, Jamal; a.k.a. SHAKARAMI, Jamal (Arabic: جمال شاکرمی)), 1859 Mahdieh Hoveyzeh, Ilam, Iran; Apartmani Houses M Mu'allim, Ilam 6931168911, Iran; DOB 23 Nov 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4500393846 (Iran); Birth Certificate Number 586 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHAKUR, Abdallah (a.k.a. ALEX, Maiko Joseph; a.k.a. HAJI, Ali Khatib; a.k.a. HAJI, Ali Khatibu; a.k.a. HASSAN, Ali Khatib Haji; a.k.a. "SHIKUBA"; a.k.a. "SHKUBA") DOB 05 Jun 1970; alt. DOB 01 Jan 1963; alt. DOB 08 Jun 1970; POB Zanzibar, Tanzania; alt. POB Dar es Salaam, Tanzania; nationality Tanzania; citizen Tanzania; Gender Male; Passport AB269600 (Tanzania); alt. Passport AB360821 (Tanzania); alt. Passport AB564505 (Tanzania); alt. Passport A0389018 (Tanzania); alt. Passport AB179561 (Tanzania); alt. Passport A0010167 (Tanzania) (individual) [SDNTK].

SHAKUR, Anas (a.k.a. ABDU SHAKUR, Anas; a.k.a. AL-ABBOUBI, Anas; a.k.a. EL ABBOUBI, Anas; a.k.a. EL-ABBOUBI, Anas; a.k.a. "Abu Rawaha the Italian"; a.k.a. "Abu the Italian"; a.k.a. "AL-ITALY, Anas"; a.k.a. "Mc Khalifh"; a.k.a. "Mc Khaliph"; a.k.a. "McKhalif"; a.k.a. "Rawaha al Itali"), Aleppo, Syria; DOB 01 Oct 1992 to 31 Oct 1992; POB Marrakech, Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SHAKURI, Gholam, Tehran, Iran; DOB 1964; alt. DOB 1965; alt. DOB 1966; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR].

SHAKUTA, Dmitry Shok (a.k.a. SHAKUTA, Dmitry Viktorovich (Cyrillic: ШАКУТА, Дмитрий Викторович); a.k.a. SHAKUTA, Dzmitriy Viktaravich (Cyrillic: ШАКУТА, Дзмітрый Віктаравіч); a.k.a. SHAKUTA, Dzmitry), Minsk, Belarus; DOB 07 Aug 1980; POB Minsk, Belarus; nationality Belarus; Gender Male; National ID No. 3070880A011PB2 (Belarus); Tax ID No. AA1917617 (Belarus) (individual) [BELARUS].

SHAKUTA, Dmitry Viktorovich (Cyrillic: ШАКУТА, Дмитрий Викторович) (a.k.a. SHAKUTA,

Dmitry Shok; a.k.a. SHAKUTA, Dzmitriy Viktaravich (Cyrillic: ШАКУТА, Дзмітрый Віктаравіч); a.k.a. SHAKUTA, Dzmitry), Minsk, Belarus; DOB 07 Aug 1980; POB Minsk, Belarus; nationality Belarus; Gender Male; National ID No. 3070880A011PB2 (Belarus); Tax ID No. AA1917617 (Belarus) (individual) [BELARUS].

SHAKUTA, Dzmitriy Viktaravich (Cyrillic: ШАКУТА, Дзмітрый Віктаравіч) (a.k.a. SHAKUTA, Dmitry Shok; a.k.a. SHAKUTA, Dmitry Viktorovich (Cyrillic: ШАКУТА, Дмитрий Викторович); a.k.a. SHAKUTA, Dzmitry), Minsk, Belarus; DOB 07 Aug 1980; POB Minsk, Belarus; nationality Belarus; Gender Male; National ID No. 3070880A011PB2 (Belarus); Tax ID No. AA1917617 (Belarus) (individual) [BELARUS].

SHAKUTA, Dzmitry (a.k.a. SHAKUTA, Dmitry Shok; a.k.a. SHAKUTA, Dmitry Viktorovich (Cyrillic: ШАКУТА, Дмитрий Викторович); a.k.a. SHAKUTA, Dzmitriy Viktaravich (Cyrillic: ШАКУТА, Дзмітрый Віктаравіч)), Minsk, Belarus; DOB 07 Aug 1980; POB Minsk, Belarus; nationality Belarus; Gender Male; National ID No. 3070880A011PB2 (Belarus); Tax ID No. AA1917617 (Belarus) (individual) [BELARUS].

SHAKUTIN, Aleksandr Vasilyevich (Cyrillic: ШАКУТИН, Александр Васильевич) (a.k.a. SHACKUTIN, Alexander; a.k.a. SHAKUTIN, Alexander Vasileyevich; a.k.a. SHAKUTSIN, Aliaksandr Vasilevich (Cyrillic: ШАКУЦІН, Аляксандр Васільевіч)), P. Brovki Str. 8, Minsk 220013, Belarus; DOB 12 Jan 1959; POB Bolshoe Babino, Orsha Rayon, Vitebsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

SHAKUTIN, Alexander Vasileyevich (a.k.a. SHACKUTIN, Alexander; a.k.a. SHAKUTIN, Aleksandr Vasilyevich (Cyrillic: ШАКУТИН, Александр Васильевич); a.k.a. SHAKUTSIN, Aliaksandr Vasilevich (Cyrillic: ШАКУЦІН, Аляксандр Васільевіч)), P. Brovki Str. 8, Minsk 220013, Belarus; DOB 12 Jan 1959; POB Bolshoe Babino, Orsha Rayon, Vitebsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

SHAKUTSIN, Aliaksandr Vasilevich (Cyrillic: ШАКУЦІН, Аляксандр Васільевіч) (a.k.a. SHACKUTIN, Alexander; a.k.a. SHAKUTIN, Aleksandr Vasilyevich (Cyrillic: ШАКУТИН, Александр Васильевич); a.k.a. SHAKUTIN, Alexander Vasileyevich), P. Brovki Str. 8, Minsk 220013, Belarus; DOB 12 Jan 1959; POB

Bolshoe Babino, Orsha Rayon, Vitebsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

SHALABI, Ismail Abdallah Sbaitan, Wilhelm-Strasse 45, 59269, Beckum, Germany; DOB 30 Apr 1973; POB Beckum, Germany; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; nationality possibly Palestinian;arrested 23 Apr 2002 (individual) [SDGT].

SHALAI, 'Abd-al Reza (a.k.a. SHAHLAEE, Abdul-Reza; a.k.a. SHAHLAI, Abdol Reza; a.k.a. SHAHLA'I, Abdolreza; a.k.a. SHAHLAI, 'Abdorreza; a.k.a. SHAHLAI, Abdul Reza; a.k.a. SHALA'I, Abdul Reza; a.k.a. "ABU-AL-KARKH', 'Yusuf"; a.k.a. "YASIR, Hajji"; a.k.a. "YUSEF, Hajj"; a.k.a. "YUSIF, Haji"; a.k.a. "YUSIF, Hajji"), Kermanshah, Iran; Mehran Military Base, Ilam Province, Iran; DOB circa 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRAQ3] [IRGC] [IFSR].

SHALA'I, Abdul Reza (a.k.a. SHAHLAEE, Abdul-Reza; a.k.a. SHAHLAI, Abdol Reza; a.k.a. SHAHLA'I, Abdolreza; a.k.a. SHAHLAI, 'Abdorreza; a.k.a. SHAHLAI, Abdul Reza; a.k.a. SHALAI, 'Abd-al Reza; a.k.a. "ABU-AL-KARKH', 'Yusuf"; a.k.a. "YASIR, Hajji"; a.k.a. "YUSEF, Hajj"; a.k.a. "YUSIF, Haji"; a.k.a. "YUSIF, Hajji"), Kermanshah, Iran; Mehran Military Base, Ilam Province, Iran; DOB circa 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRAQ3] [IRGC] [IFSR].

SHALAN, Abd Al Nur (a.k.a. CHAALAN, Abdul Nur Ali; a.k.a. SHAALAN, Abdul Nur Ali; a.k.a. SHALAN, Abd Al Nur Ali; a.k.a. SHA'LAN, Abdul Nur Ali; a.k.a. SHALAN, Abdul-Nur Ali); DOB 17 May 1964; alt. DOB 1961; POB Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

SHALAN, Abd Al Nur Ali (a.k.a. CHAALAN, Abdul Nur Ali; a.k.a. SHAALAN, Abdul Nur Ali; a.k.a. SHALAN, Abd Al Nur; a.k.a. SHA'LAN, Abdul Nur Ali; a.k.a. SHALAN, Abdul-Nur Ali); DOB 17

May 1964; alt. DOB 1961; POB Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

SHA'LAN, Abdul Nur Ali (a.k.a. CHAALAN, Abdul Nur Ali; a.k.a. SHAALAN, Abdul Nur Ali; a.k.a. SHALAN, Abd Al Nur; a.k.a. SHALAN, Abd Al Nur Ali; a.k.a. SHALAN, Abdul-Nur Ali); DOB 17 May 1964; alt. DOB 1961; POB Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

SHALAN, Abdul-Nur Ali (a.k.a. CHAALAN, Abdul Nur Ali; a.k.a. SHAALAN, Abdul Nur Ali; a.k.a. SHALAN, Abd Al Nur; a.k.a. SHALAN, Abd Al Nur Ali; a.k.a. SHA'LAN, Abdul Nur Ali); DOB 17 May 1964; alt. DOB 1961; POB Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

SHALASH, Badran Turki Hayshan (a.k.a. AL MAZIDIH, Badran Turki Hishan; a.k.a. AL MEZIDI, Badran Turki Hishan; a.k.a. AL-MAZIDIH, Badran Turki al-Hishan; a.k.a. AL-SHA'BANI, Badran Turki Hisham al-Mazidih; a.k.a. AL-TURKI, Badran; a.k.a. HISHAM, Badran al-Turki; a.k.a. HISHAN, Badran Turki; a.k.a. "ABU 'ABDALLAH"; a.k.a. "ABU ABDULLAH"; a.k.a. "ABU 'AZZAM"; a.k.a. "ABU GHADIYAH"), Zabadani, Syria; DOB 1977; alt. DOB 1978; alt. DOB 1979; POB Mosul, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SHALEESH, Asef Isa (a.k.a. AL-SHALISH, Dr. Asef; a.k.a. ISSA, Assef; a.k.a. SHALEESH, Dr. Assef Essa; a.k.a. SHALISH, Asif), Damascus, Syria; DOB 01 Jan 1959; nationality Syria; Passport 4713277 (Syria) (individual) [IRAQ2].

SHALEESH, Dhu Himma (a.k.a. AL-HEMMEH, Thu; a.k.a. AL-SHALISH, Dhu Al-Himma; a.k.a. SHALEESH, Thu Al Hima; a.k.a. SHALISH, Dhu Al Himma; a.k.a. SHALISH, Dhuil Himma; a.k.a.

SHALISH, Zuhayr; a.k.a. SHALISH, Zuhilma), Damascus, Syria; DOB 1955 to 1957; POB Al-Ladhiqiyah, Syria; nationality Syria; Brigadier General; Major General (individual) [IRAQ2].

SHALEESH, Dr. Assef Essa (a.k.a. AL-SHALISH, Dr. Asef; a.k.a. ISSA, Assef; a.k.a. SHALEESH, Asef Isa; a.k.a. SHALISH, Asif), Damascus, Syria; DOB 01 Jan 1959; nationality Syria; Passport 4713277 (Syria) (individual) [IRAQ2].

SHALEESH, Thu Al Hima (a.k.a. AL-HEMMEH, Thu; a.k.a. AL-SHALISH, Dhu Al-Himma; a.k.a. SHALEESH, Dhu Himma; a.k.a. SHALISH, Dhu Al Himma; a.k.a. SHALISH, Dhuil Himma; a.k.a. SHALISH, Zuhayr; a.k.a. SHALISH, Zuhilma), Damascus, Syria; DOB 1955 to 1957; POB Al-Ladhiqiyah, Syria; nationality Syria; Brigadier General; Major General (individual) [IRAQ2].

SHALISH, Asif (a.k.a. AL-SHALISH, Dr. Asef; a.k.a. ISSA, Assef; a.k.a. SHALEESH, Asef Isa; a.k.a. SHALEESH, Dr. Assef Essa), Damascus, Syria; DOB 01 Jan 1959; nationality Syria; Passport 4713277 (Syria) (individual) [IRAQ2].

SHALISH, Dhu Al Himma (a.k.a. AL-HEMMEH, Thu; a.k.a. AL-SHALISH, Dhu Al-Himma; a.k.a. SHALEESH, Dhu Himma; a.k.a. SHALEESH, Thu Al Hima; a.k.a. SHALISH, Dhuil Himma; a.k.a. SHALISH, Zuhayr; a.k.a. SHALISH, Zuhilma), Damascus, Syria; DOB 1955 to 1957; POB Al-Ladhiqiyah, Syria; nationality Syria; Brigadier General; Major General (individual) [IRAQ2].

SHALISH, Dhuil Himma (a.k.a. AL-HEMMEH, Thu; a.k.a. AL-SHALISH, Dhu Al-Himma; a.k.a. SHALEESH, Dhu Himma; a.k.a. SHALEESH, Thu Al Hima; a.k.a. SHALISH, Dhu Al Himma; a.k.a. SHALISH, Zuhayr; a.k.a. SHALISH, Zuhilma), Damascus, Syria; DOB 1955 to 1957; POB Al-Ladhiqiyah, Syria; nationality Syria; Brigadier General; Major General (individual) [IRAQ2].

SHALISH, Zuhayr (a.k.a. AL-HEMMEH, Thu; a.k.a. AL-SHALISH, Dhu Al-Himma; a.k.a. SHALEESH, Dhu Himma; a.k.a. SHALEESH, Thu Al Hima; a.k.a. SHALISH, Dhu Al Himma; a.k.a. SHALISH, Dhuil Himma; a.k.a. SHALISH, Zuhilma), Damascus, Syria; DOB 1955 to 1957; POB Al-Ladhiqiyah, Syria; nationality Syria; Brigadier General; Major General (individual) [IRAQ2].

SHALISH, Zuhilma (a.k.a. AL-HEMMEH, Thu; a.k.a. AL-SHALISH, Dhu Al-Himma; a.k.a. SHALEESH, Dhu Himma; a.k.a. SHALEESH, Thu Al Hima; a.k.a. SHALISH, Dhu Al Himma; a.k.a. SHALISH, Dhuil Himma; a.k.a. SHALISH, Zuhayr), Damascus, Syria; DOB 1955 to 1957;

POB Al-Ladhiqiyah, Syria; nationality Syria; Brigadier General; Major General (individual) [IRAQ2].

SHALKOV, Dmitriy Vladislavovich (Cyrillic: ШАЛЬКОВ, Дмитрий Владиславович) (a.k.a. SHALKOV, Dmitry Vladislavovich), Moscow, Russia; DOB 10 Aug 1967; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SHALKOV, Dmitry Vladislavovich (a.k.a. SHALKOV, Dmitriy Vladislavovich (Cyrillic: ШАЛЬКОВ, Дмитрий Владиславович)), Moscow, Russia; DOB 10 Aug 1967; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SHALLAH, Dr. Ramadan Abdullah (a.k.a. ABDALLAH, Ramadan; a.k.a. ABDULLAH, Dr. Ramadan; a.k.a. SHALLAH, Ramadan Abdalla Mohamed), Damascus, Syria; DOB 01 Jan 1958; POB Gaza City, Gaza Strip; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 265 216 (Egypt); SSN 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 (United States); Secretary General of the PALESTINIAN ISLAMIC JIHAD (individual) [SDGT].

SHALLAH, Ramadan Abdalla Mohamed (a.k.a. ABDALLAH, Ramadan; a.k.a. ABDULLAH, Dr. Ramadan; a.k.a. SHALLAH, Dr. Ramadan Abdullah), Damascus, Syria; DOB 01 Jan 1958; POB Gaza City, Gaza Strip; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 265 216 (Egypt); SSN 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 (United States); Secretary General of the PALESTINIAN ISLAMIC JIHAD (individual) [SDGT].

SHAM AL-ISLAM MOVEMENT (a.k.a. HARAKAT SHAM AL-ISLAM; a.k.a. HARAKET SHAM AL-ISLAM; a.k.a. "SHAM AL-ISLAM"), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SHAM AL-RIBAT (a.k.a. AL-QAIDA IN SYRIA; a.k.a. GUARDIANS OF RELIGION; a.k.a. HURRAS AL-DIN; a.k.a. TANDHIM HURRAS AL-DEEN; a.k.a. TANZIM HURRAS AL-DIN; a.k.a. "AQ-S"), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SHAM EXPRESS (a.k.a. SHAM EXPRESS KARGO OTOMOTIV GIDA INSAAT ELEKTRONIK TEKSTIL ITHALAT IHRACAT SANAYI VE TICARET LIMITED SIRKETI), Cankaya Mah. Ismet Inonu Bulvari Yasat Ishani Sitesi No:118/134, Akdeniz, Mersin, Turkey; Website shamexpress.com.tr; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 49304 (Turkey) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SHAM EXPRESS KARGO OTOMOTIV GIDA INSAAT ELEKTRONIK TEKSTIL ITHALAT IHRACAT SANAYI VE TICARET LIMITED SIRKETI (a.k.a. SHAM EXPRESS), Cankaya Mah. Ismet Inonu Bulvari Yasat Ishani Sitesi No:118/134, Akdeniz, Mersin, Turkey; Website shamexpress.com.tr; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 49304 (Turkey) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SHAM HOLDING COMPANY SAL (a.k.a. AL SHAM COMPANY; a.k.a. AL-SHAM COMPANY; a.k.a. CHAM HOLDING; a.k.a. CHAM INVESTMENT GROUP; a.k.a. "CHAM"; a.k.a. "SHAM HOLDING"), Cham Holding Building, Daraa Highway, Sahnaya Area, P.O. Box 9525, Damascus, Syria [PAARSSR-EO13894].

SHAM WING AIRLINES (a.k.a. AJNEHAT AL SHAM; a.k.a. AL-SHAM WINGS; a.k.a. CHAM WINGS (Arabic: أجنحة الشام); a.k.a. CHAM WINGS AIRLINES (Arabic: أجنحة الشام للطيران)), Al Fardous Street, Damascus, Syria; Saadoon Street, Baghdad, Iraq; 8 March Street, Lattakia, Syria; Hai Al Gharbi-Alraees Street, Kamishli, Syria; P.O. Box 1620 Tal-Kurdi, Adra, Damascus, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 14683 (Syria) [SDGT] (Linked To: SHAMMOUT, Issam).

SHAMAI, Husayn (a.k.a. AL-SHAMI, Haj Husayn; a.k.a. AL-SHAMI, Husayn; a.k.a. AL-SHAMY, Husayn; a.k.a. ASHAMI, Husayn; a.k.a. SHAIMI, Husayn; a.k.a. SHAMY, Husayn), Lebanon; DOB 1948; alt. DOB 1954; alt. DOB 1960; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SHAMALCH, Zuhir Yunes Hammed (Arabic: زهير يونس حامد شملخ) (a.k.a. SHAMLAKH, Zuhair (Hebrew: לח זהיר יונס שמ); a.k.a. SHAMLAKH, Zuheir; a.k.a. SHMALACH, Zahir Younes), Gaza; DOB 15 Nov 1980; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 905396560 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SHAMALLAKH, Ahmad (a.k.a. SHAMLAKH, Ahmad Shabbir; a.k.a. SHAMLAKH, Ahmed; a.k.a. SHAMLAKH, Ahmed Abd al-Rahman Ahmed), Gaza; DOB 09 Feb 1986; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 80148715 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SHAMALLAKH, Ala' Yunis Hamid (a.k.a. SHAMALLAKH, Alla Y. H.; a.k.a. SHAMLAKH, Alaa), Istanbul, Turkey; DOB 07 Apr 1974; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 3596875 (Palestinian) issued 23 Nov 2014 expires 22 Nov 2019; National ID No. 900222415 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SHAMALLAKH, Alla Y. H. (a.k.a. SHAMALLAKH, Ala' Yunis Hamid; a.k.a. SHAMLAKH, Alaa), Istanbul, Turkey; DOB 07 Apr 1974; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 3596875 (Palestinian) issued 23 Nov 2014 expires 22 Nov 2019; National ID No. 900222415 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SHAMALLAKH, Imad Y. H. (a.k.a. SHAMLAKH, Imad Younes (Arabic: عماد يونس شملخ)), Gaza; DOB 19 May 1972; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 5173596 (Palestinian) issued 22 Apr 2021 expires 21 Apr 2026; National ID No. 919264366 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SHAMALOV, Kirill Nikolaevich; DOB 22 Mar 1982; POB Leningrad, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209 (individual) [UKRAINE-EO13662].

SHAMALOV, Yuri Nikolaevich (a.k.a. SHAMALOV, Yurii Nikolaevich; a.k.a. SHAMALOV, Yury), Moscow, Russia; DOB 10 Jun 1970; POB Leningrad, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 699134712 (Russia) (individual) [RUSSIA-EO14024].

SHAMALOV, Yurii Nikolaevich (a.k.a. SHAMALOV, Yuri Nikolaevich; a.k.a. SHAMALOV, Yury), Moscow, Russia; DOB 10 Jun 1970; POB Leningrad, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 699134712 (Russia) (individual) [RUSSIA-EO14024].

SHAMALOV, Yury (a.k.a. SHAMALOV, Yuri Nikolaevich; a.k.a. SHAMALOV, Yurii Nikolaevich), Moscow, Russia; DOB 10 Jun 1970; POB Leningrad, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 699134712 (Russia) (individual) [RUSSIA-EO14024].

SHAMALOVA, Ekaterina Vladimirovna (a.k.a. PUTINA, Yekaterina (Cyrillic: ПУТИНА, Екатерина); a.k.a. TIKHONOVA, Katerina (Cyrillic: ТИХОНОВА, Катерина); a.k.a. TIKHONOVA, Katerina Vladimirovna (Cyrillic: ТИХОНОВА, Катерина Владимировна)), Moscow, Russia; DOB 31 Aug 1986; POB Dresden, Germany; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 503227394158 (Russia) (individual) [RUSSIA-EO14024].

SHAMANI, Masoud (Arabic: مسعود شامانى), Iran; DOB 22 Jun 1980; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4579317599 (Iran) (individual) [IRAN-EO13902] (Linked To: TEJARAT HERMES ENERGY QESHM).

SHAMANOV, Vladimir Anatolievich (Cyrillic: ШАМАНОВ, Владимир Анатольевич), Russia; DOB 15 Feb 1957; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHAMI, Faruk (a.k.a. AL-SHAMI, Faruk; a.k.a. ASH-SHAMI, Faruk; a.k.a. FAYZIMATOV, Farrukh Furkatovitch; a.k.a. FAYZIMATOV,

Faruk Furkatovich; a.k.a. SHAMI, Faruq (Cyrillic: ШАМИ, Фарук)), Idlib, Syria; DOB 02 Mar 1996; citizen Tajikistan; Gender Male; Digital Currency Address - XBT 17a5bpKvEp1j1Trs4qTbcNZrby53JbaS9C; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SHAMI, Faruq (Cyrillic: ШАМИ, Фарук) (a.k.a. AL-SHAMI, Faruk; a.k.a. ASH-SHAMI, Faruk; a.k.a. FAYZIMATOV, Farrukh Furkatovitch; a.k.a. FAYZIMATOV, Faruk Furkatovich; a.k.a. SHAMI, Faruk), Idlib, Syria; DOB 02 Mar 1996; citizen Tajikistan; Gender Male; Digital Currency Address - XBT 17a5bpKvEp1j1Trs4qTbcNZrby53JbaS9C; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SHAMIL, Hussain (a.k.a. SHAAMIL, Hussain), Male, Maldives; DOB 11 May 1984; POB Guraidhoo, Kaafu Atoll, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E0491049 (Maldives); National ID No. A096689 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SHAMKHANI, Ali, Iran; DOB 29 Sep 1955; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Admiral (individual) [IRAN-EO13876].

SHAMKHANI, Hossein (a.k.a. HAYEK, Hugo; a.k.a. SHAMKHANI, Mohammad Hossein (Arabic: محمد حسين شم خاني); a.k.a. "Hector"), United Arab Emirates; DOB 19 Apr 1984; POB Tehran, Iran; nationality Dominica; alt. nationality Iran; Gender Male; Passport T97659579 (Iran) expires 22 Jan 2029; alt. Passport R0191309 (Dominica) expires 20 Jul 2030; Identification Number 70293384 (Iran) (individual) [IRAN-EO13902].

SHAMKHANI, Mohammad Hossein (Arabic: محمد حسين شم خاني) (a.k.a. HAYEK, Hugo; a.k.a. SHAMKHANI, Hossein; a.k.a. "Hector"), United Arab Emirates; DOB 19 Apr 1984; POB Tehran, Iran; nationality Dominica; alt. nationality Iran; Gender Male; Passport T97659579 (Iran) expires 22 Jan 2029; alt. Passport R0191309 (Dominica) expires 20 Jul 2030; Identification Number 70293384 (Iran) (individual) [IRAN-EO13902].

SHAMLAKH, Ahmad Shabbir (a.k.a. SHAMALLAKH, Ahmad; a.k.a. SHAMLAKH,

Ahmed; a.k.a. SHAMLAKH, Ahmed Abd al-Rahman Ahmed), Gaza; DOB 09 Feb 1986; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 80148715 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SHAMLAKH, Ahmed (a.k.a. SHAMALLAKH, Ahmad; a.k.a. SHAMLAKH, Ahmad Shabbir; a.k.a. SHAMLAKH, Ahmed Abd al-Rahman Ahmed), Gaza; DOB 09 Feb 1986; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 80148715 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SHAMLAKH, Ahmed Abd al-Rahman Ahmed (a.k.a. SHAMALLAKH, Ahmad; a.k.a. SHAMLAKH, Ahmad Shabbir; a.k.a. SHAMLAKH, Ahmed), Gaza; DOB 09 Feb 1986; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 80148715 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SHAMLAKH, Alaa (a.k.a. SHAMALLAKH, Ala' Yunis Hamid; a.k.a. SHAMALLAKH, Alla Y. H.), Istanbul, Turkey; DOB 07 Apr 1974; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 3596875 (Palestinian) issued 23 Nov 2014 expires 22 Nov 2019; National ID No. 900222415 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SHAMLAKH, Imad Younes (Arabic: عماد يونس شملخ) (a.k.a. SHAMALLAKH, Imad Y. H.), Gaza; DOB 19 May 1972; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 5173596 (Palestinian) issued 22 Apr 2021 expires 21 Apr 2026; National ID No. 919264366 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SHAMLAKH, Zuhair (Hebrew: לח זהיר יונס שמ) (a.k.a. SHAMALCH, Zuhir Yunes Hammed (Arabic: زهير يونس حامد شملخ); a.k.a. SHAMLAKH, Zuheir; a.k.a. SHMALACH, Zahir Younes), Gaza; DOB 15 Nov 1980; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National

ID No. 905396560 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SHAMLAKH, Zuheir (a.k.a. SHAMALCH, Zuhir Yunes Hammed (Arabic: زهير يونس حامد شملخ); a.k.a. SHAMLAKH, Zuhair (Hebrew: לח זהיר יונס שמ); a.k.a. SHMALACH, Zahir Younes), Gaza; DOB 15 Nov 1980; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 905396560 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SHAMMOUT, Issam (a.k.a. SHAMMOUT, Muhammad Isam Muhammad Anwar Nur); DOB 26 Aug 1971; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 006327129 (Syria) (individual) [SDGT] [IFSR] (Linked To: MAHAN AIR).

SHAMMOUT, Muhammad Isam Muhammad Anwar Nur (a.k.a. SHAMMOUT, Issam); DOB 26 Aug 1971; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 006327129 (Syria) (individual) [SDGT] [IFSR] (Linked To: MAHAN AIR).

SHAMS ALRABEEA CHEMICALS TRADING L.L.C (Arabic: شمس الربيع لتجارة الكيماويات ذ.م.م), Al Moosa Tower 1 Trade Center First Plot No. 1-0, Dubai, United Arab Emirates; Organization Established Date 28 Oct 2020; Business Registration Number 910936 (United Arab Emirates); Economic Register Number (CBLS) 11564942 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

SHAMS GOLD TRADING FZE, P6 Elob Office No., Hamriyah Free Zone, Sharjah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Sep 2021; License 19580 (United Arab Emirates); Registration Number 11757752 (United Arab Emirates) [RUSSIA-EO14024].

SHAMS, 'Abd Al-Rahman 'Abd Al-Nabi (a.k.a. SHAMS, Abdulrahman; a.k.a. SHAMS, Abdulrahman Abdulrahim Abdulnab), Bahrain; DOB 31 Jan 1989; citizen Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2026337 (Bahrain) expires 01 Jun 2021 (individual)

[SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

SHAMS, Abdulrahman (a.k.a. SHAMS, 'Abd Al-Rahman 'Abd Al-Nabi; a.k.a. SHAMS, Abdulrahman Abdulrahim Abdulnab), Bahrain; DOB 31 Jan 1989; citizen Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2026337 (Bahrain) expires 01 Jun 2021 (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

SHAMS, Abdulrahman Abdulrahim Abdulnab (a.k.a. SHAMS, 'Abd Al-Rahman 'Abd Al-Nabi; a.k.a. SHAMS, Abdulrahman), Bahrain; DOB 31 Jan 1989; citizen Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2026337 (Bahrain) expires 01 Jun 2021 (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

SHAMS, Kassem Mohammed (a.k.a. CHAMS, Kassem; a.k.a. CHAMS, Qassim Muhammed; a.k.a. SHAMS, Qasim Muhammed), Hermel, Lebanon; Chams Building, 3rd Floor Jalal, Chtaura, Zahle, Lebanon; DOB 20 Mar 1962; POB Lebanon; citizen Lebanon; Gender Male (individual) [SDNTK] (Linked To: CHAMS MONEY LAUNDERING ORGANIZATION; Linked To: CHAMS EXCHANGE COMPANY SAL).

SHAMS, Mohammad Reza (a.k.a. NAGHDI, Mohammad Reza; a.k.a. NAGHDI, Mohammedreza; a.k.a. NAQDI, Gholamreza; a.k.a. NAQDI, Gholam-reza; a.k.a. NAQDI, Mohammad Reza; a.k.a. NAQDI, Mohammad-Reza; a.k.a. NAQDI, Muhammad), Iran; DOB 1951 to 1953; alt. DOB 1960 to 1962; alt. DOB Apr 1961; alt. DOB 1953; POB Najaf, Iraq; alt. POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Brigadier General and Commander of the IRGC Basij Resistance Force; President of the Organization of the Basij of the Oppressed; Chief of the Mobilization of the Oppressed Organization; Head of the Basij (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [IRAN-EO13876].

SHAMS, Qasim Muhammed (a.k.a. CHAMS, Kassem; a.k.a. CHAMS, Qassim Muhammed; a.k.a. SHAMS, Kassem Mohammed), Hermel, Lebanon; Chams Building, 3rd Floor Jalal, Chtaura, Zahle, Lebanon; DOB 20 Mar 1962; POB Lebanon; citizen Lebanon; Gender Male (individual) [SDNTK] (Linked To: CHAMS MONEY LAUNDERING ORGANIZATION; Linked To: CHAMS EXCHANGE COMPANY SAL).

SHAMSABADI, Hosein (a.k.a. SHAMSABADI, Hossein (Arabic: حسین شمس ابادی)), Iran; DOB 04 Jun 1974; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2181176574 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

SHAMSABADI, Hossein (Arabic: حسین شمس ابادی) (a.k.a. SHAMSABADI, Hosein), Iran; DOB 04 Jun 1974; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2181176574 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

SHAMY, Husayn (a.k.a. AL-SHAMI, Haj Husayn; a.k.a. AL-SHAMI, Husayn; a.k.a. AL-SHAMY, Husayn; a.k.a. ASHAMI, Husayn; a.k.a. SHAIMI, Husayn; a.k.a. SHAMAI, Husayn), Lebanon; DOB 1948; alt. DOB 1954; alt. DOB 1960; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SHANAB METALS ESTABLISHMENT (a.k.a. ABU SHANAB METALS ESTABLISHMENT; a.k.a. AMIN ABU SHANAB & SONS CO.; a.k.a. AMIN ABU SHANAB AND SONS CO.; a.k.a. TARIQ ABU SHANAB EST.; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE & COMMERCE; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE AND COMMERCE; a.k.a. TARIQ ABU SHANAB METALS ESTABLISHMENT), Musherfeh, P.O. Box 766, Zarka, Jordan [IRAQ2].

SHANDAROVICH, Oleg Stanislavovich (Cyrillic: ШАНДАРОВИЧ, Олег Станиславович), Minsk, Belarus; DOB 25 May 1973; POB Mahilyow, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

SHANDONG BAOGANG INTERNATIONAL PORT CO., LTD. (Chinese Simplified: 山东宝港国际港务股份有限公司), East, Nan, Gang Dong Wu Road, Gangbeiyi Road, Harbor Economic Opening-Up Region, Hekou District, Shengli, Dongying, Shandong 257091, China; Organization Established Date 16 Feb 2011; Business Registration Number 370525200000745 (China); Unified Social Credit Code (USCC) 913705005690311277 (China) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

SHANDONG CHENXI PETROCHEMICAL CO., LTD. (a.k.a. SHANDONG HAIYOU PETROCHEMICAL GROUP CO. LTD. (Chinese Simplified: 山东海右石化集团有限公司); a.k.a. SHANDONG SEA RIGHT PETROCHEMICAL CO., LTD.), Industrial Park, Xiazhuang Town, Ju County, Rizhao, Shandong 276514, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Aug 2006; Organization Code 792470309 (China); Legal Entity Number 300300F6NDTLFTB20270 (China); Registration Number 371100228041077 (China); Unified Social Credit Code (USCC) 91371122792470309X (China) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SHANDONG HAIYOU PETROCHEMICAL GROUP CO. LTD. (Chinese Simplified: 山东海右石化集团有限公司) (f.k.a. SHANDONG CHENXI PETROCHEMICAL CO., LTD.; a.k.a. SHANDONG SEA RIGHT PETROCHEMICAL CO., LTD.), Industrial Park, Xiazhuang Town, Ju County, Rizhao, Shandong 276514, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Aug 2006; Organization Code 792470309 (China); Legal Entity Number 300300F6NDTLFTB20270 (China); Registration Number 371100228041077 (China); Unified Social Credit Code (USCC) 91371122792470309X (China) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SHANDONG HUAGUANG OPTOELECTRONICS CO. LTD (Chinese Simplified: 山东华光光电子股份有限公司) (a.k.a. HAUCORE LTD), Number 1835, Tianchen Road, Gaoxin District, Jinan 25000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Registration Number 370127000000576 (China); Unified Social Credit Code (USCC) 91370100863130396A (China) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY PRECISION LASER SYSTEMS).

SHANDONG INDEPENDENT ENERGY TRADING DMCC (Arabic: شاندونغ إنديبيندانت إنرجي تريدينغ م.د.م.س), Unit No: 1065 DMCC Business Centre, Level No 1 Jewellery & Gemplex 3, Dubai, United Arab Emirates; Organization Established Date 23 May 2023; License DMCC-888772 (United Arab Emirates); Business Registration Number DMCC197093 (United Arab Emirates) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

SHANDONG JINCHENG PETROCHEMICAL GROUP CO., LTD. (Chinese Simplified: 山东金诚石化集团有限公司), Maqiao Town Station, Huantai County, Zibo, Shandong 256405, China; Organization Established Date 26 Oct 1996; Organization Code 725424206 (China); Registration Number 370000228035446 (China); Unified Social Credit Code (USCC) 91370321725424206Q (China) [IRAN-EO13902].

SHANDONG JINGANG PORT CO., LTD. (Chinese Simplified: 山东金港港务有限公司), Dongying, Shandong, China; Organization Established Date 27 Feb 2014; Commercial Registry Number 370525200001529 (China); Unified Social Credit Code (USCC) 91370500092849596A (China) [IRAN-EO13902] (Linked To: BAOGANG DONGYING DONGGANG LOGISTICS AND WAREHOUSING CO., LTD.).

SHANDONG KESEN NEW MATERIAL CO LTD (a.k.a. SHANDONG KI FOREST NEW ADVANCED CO LTD), No 35 Qiming Street, Lixia District, Jinan City, Shandong Province, China; Room 418, Floor 4, Suite A, Qiji Group, No. 34, Shanghai Road, Qianwan Bonded Zone, Qingdaopian District, China Pilot Free Trade Zone, Qingdao, Shandong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91370102MA3U57TG1J (China) [RUSSIA-EO14024].

SHANDONG KI FOREST NEW ADVANCED CO LTD (a.k.a. SHANDONG KESEN NEW MATERIAL CO LTD), No 35 Qiming Street, Lixia District, Jinan City, Shandong Province, China; Room 418, Floor 4, Suite A, Qiji Group, No. 34, Shanghai Road, Qianwan Bonded Zone, Qingdaopian District, China Pilot Free Trade Zone, Qingdao, Shandong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91370102MA3U57TG1J (China) [RUSSIA-EO14024].

SHANDONG MINGMING NEW MATERIAL TECHNOLOGY CO., LTD., Room D03C, B1 Floor, No. 8, Nanjing Road, Shinan District, Qingdao, Shandong 266000, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Nov 2023; Unified Social Credit Code (USCC) 91370202MAD3Y1JG3N (China) [SDGT] (Linked To: SHANXI SHUTONG IMPORT AND EXPORT TRADE CO. LTD.).

SHANDONG OREE LASER TECHNOLOGY CO., LTD. (Chinese Simplified: 山东欧锐激光科技有限公司) (a.k.a. "JINAN OREE LASER EQUIPMENT CO., LTD" (Chinese Simplified: "欧锐激光")), No.19-1, Industrial Park, Jiyang Sub-District, Jiyang County, Jinan, Shandong 250000, China; Website www.oreelaser.cn; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Jun 2017; Organization Type: Manufacture of other special-purpose machinery; Unified Social Credit Code (USCC) 91370125MA3F547335 (China) [RUSSIA-EO14024].

SHANDONG QIWANGDA GROUP PETROCHEMICAL CO., LTD. (a.k.a. SHANDONG QIWANGWA PETROCHEMICAL CO., LTD. (Chinese Simplified: 山东齐旺达石油化工有限公司)), No. 199 Jinxi Road, Linzi District, Zibo, Shandong Province, China (Chinese Simplified: 口烯路199号, 临淄区, 淄博市, 山东省, China); Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); United Social Credit Code Certificate (USCCC) 913703007915042556 (China); Registration Number 370300400000413 (China) [IRAN-EO13846].

SHANDONG QIWANGWA PETROCHEMICAL CO., LTD. (Chinese Simplified: 山东齐旺达石油化工有限公司) (a.k.a. SHANDONG QIWANGDA GROUP PETROCHEMICAL CO., LTD.), No. 199 Jinxi Road, Linzi District, Zibo, Shandong Province, China (Chinese Simplified: 口烯路199号, 临淄区, 淄博市, 山东省, China); Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); United Social Credit Code Certificate (USCCC) 913703007915042556 (China); Registration Number 370300400000413 (China) [IRAN-EO13846].

SHANDONG SEA RIGHT PETROCHEMICAL CO., LTD. (f.k.a. SHANDONG CHENXI PETROCHEMICAL CO., LTD.; a.k.a. SHANDONG HAIYOU PETROCHEMICAL GROUP CO. LTD. (Chinese Simplified: 山东海右石化集团有限公司)), Industrial Park, Xiazhuang Town, Ju County, Rizhao, Shandong 276514, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Aug 2006; Organization Code 792470309 (China); Legal Entity Number 300300F6NDTLFTB20270 (China); Registration Number 371100228041077 (China); Unified Social Credit Code (USCC) 91371122792470309X (China) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SHANDONG SHENGXING CHEMICAL CO., LTD. (Chinese Simplified: 山东胜星化工有限公司), No. 3 Shengli Road, Shandong Dawang Economic Development Zone, Guangrao County, Dongying, Shandong 257335, China; Organization Established Date 03 Feb 2009; Organization Code 684813343 (China); Legal Entity Number 836800RBDPW3BRK2AR57; Registration Number 370523200002583 (China); Unified Social Credit Code (USCC) 91370523684813343N (China) [IRAN-EO13902].

SHANDONG SHOUGUANG LUQING PETROCHEMICAL CO., LTD. (Chinese Simplified: 山东寿光鲁清石化有限公司), Bohai

Industrial Park, Shouguang, Shandong 262715, China; Organization Established Date 01 Aug 2000; Organization Code 724809024 (China); Legal Entity Number 300300OD0XCAZXQDEK71; Registration Number 370783228001060 (China); Unified Social Credit Code (USCC) 91370783724809024G (China) [IRAN-EO13902].

SHANDONG UNITED ENERGY PIPELINE DELIVERY CO LTD (a.k.a. SHANDONG UNITED ENERGY PIPELINE TRANSMISSION CO LTD; a.k.a. SHANDONG UNITED ENERGY PIPELINE TRANSPORTATION CO LTD (Chinese Simplified: 山东联合能源管道输送有限公司)), Yantai Gangxi Port Zone, Dajijia, Development Zone Yantai, Shandong 264008, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91370600694432018W (China) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

SHANDONG UNITED ENERGY PIPELINE TRANSMISSION CO LTD (a.k.a. SHANDONG UNITED ENERGY PIPELINE DELIVERY CO LTD; a.k.a. SHANDONG UNITED ENERGY PIPELINE TRANSPORTATION CO LTD (Chinese Simplified: 山东联合能源管道输送有限公司)), Yantai Gangxi Port Zone, Dajijia, Development Zone Yantai, Shandong 264008, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91370600694432018W (China) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

SHANDONG UNITED ENERGY PIPELINE TRANSPORTATION CO LTD (Chinese Simplified: 山东联合能源管道输送有限公司) (a.k.a. SHANDONG UNITED ENERGY PIPELINE DELIVERY CO LTD; a.k.a. SHANDONG UNITED ENERGY PIPELINE TRANSMISSION CO LTD), Yantai Gangxi Port Zone, Dajijia, Development Zone Yantai, Shandong 264008, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91370600694432018W (China) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

SHANDONG WEIDA HEAVY INDUSTRIES CO LTD (Chinese Simplified: 山东威达重工股份有限公司), No. 1999, Beixin West Road, Tengzhou, Zaozhuang, Shandong 277000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 9137040072926481XD (China) [RUSSIA-EO14024].

SHANGHAI BINGZHI GUOJI MAOYI YOUXIAN GONGSI (a.k.a. SHANGHAI NORTH BEGINS INTERNATIONAL), Room 2301, Building 6, Lane 1139, Pudong Avenue, Pudong New District, Shanghai, China; 118 Rijing Rd Sixth Floor, Rm 6090, Shanghai Free Trade Experiment District, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHANGHAI BOYLE CHEMICAL CO., LTD. (a.k.a. BOYLE CHEMICAL CO., LTD.), Rm. 402, No.12, Lane 429, Pudong New Area, Shanghai, China; Building 12, No. 3802 ShenGang Road, Xinfei Corporation Home, SongJiang District, Shanghai 201611, China; Block C11, Xinfei Enterprises Home, No. 3, Shanghai 201611, China; Room 520-522, No. 135, Dongfang Road, Pudong New District, Shanghai 200120, China; Website http://www.boylechem.com; alt. Website http://annaboylechem.globalimporter.net; Registration ID 310106000205236 (China) [SDNTK].

SHANGHAI CANHE PHARMTECH CO LTD (a.k.a. CEC CHEMICAL CO., LTD.; a.k.a. CEC LIMITED; a.k.a. CEC LTD.; a.k.a. CEC PHARM CO LTD; a.k.a. CEC PHARMATECH LTD; a.k.a. CHINA ENRICHING CHEMISTRY; a.k.a. HANGZHOU HONGYAN TRADING CO., LTD; a.k.a. IAN LIMITED), Room 807, 8/F Building 6, No.333 Guiping Road, Shanghai 200233, China; 401, No.23, Changning Road 1277, Shanghai 200051, China; Website www.cecchem.com; alt. Website www.eric1234.com [SDNTK].

SHANGHAI CISHUN FINE CHEMICAL CO, LTD. (Chinese Simplified: 上海驰顺精细化工有限公司) (a.k.a. SHANGHAI FAST-FINE CHEMICALS CO., LTD.; a.k.a. SHANGHAI JUAN-CHEM.INDUSTRY CO., LTD.), No. 555, Lansong Road, Pudong New Area, Shanghai 200120, China; Room 103, No. 1800 Hangjin Road, Pudong New District, Shanghai, China; Email Address 1160437003@qq.com; Unified Social Credit Code (USCC) 91310115MA1K41CK14 (China) [ILLICIT-DRUGS-EO14059].

SHANGHAI DONGFENG SHPG CO LTD, Room 601, 433, Chifeng Lu, Hongkou Qu, Shanghai 200083, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5721069 [DPRK4].

SHANGHAI FAST-FINE CHEMICALS CO., LTD. (a.k.a. SHANGHAI CISHUN FINE CHEMICAL CO, LTD. (Chinese Simplified: 上海驰顺精细化工有限公司)); a.k.a. SHANGHAI JUAN-CHEM.INDUSTRY CO., LTD.), No. 555, Lansong Road, Pudong New Area, Shanghai 200120, China; Room 103, No. 1800 Hangjin Road, Pudong New District, Shanghai, China; Email Address 1160437003@qq.com; Unified Social Credit Code (USCC) 91310115MA1K41CK14 (China) [ILLICIT-DRUGS-EO14059].

SHANGHAI FUTURE SHIP MANAGEMENT CO LTD (a.k.a. SHANGHAI FUTURE SHIP MGMT CO), Room D11, 3rd Floor, Building 65, 248, Donglan Lu, Minghang Qu, Shanghai 201102, China; Organization Established Date 2019; Identification Number IMO 6171619 [IRAN-EO13902].

SHANGHAI FUTURE SHIP MGMT CO (a.k.a. SHANGHAI FUTURE SHIP MANAGEMENT CO LTD), Room D11, 3rd Floor, Building 65, 248, Donglan Lu, Minghang Qu, Shanghai 201102, China; Organization Established Date 2019; Identification Number IMO 6171619 [IRAN-EO13902].

SHANGHAI GANG QUAN TRADE CO., Room 201, Building 1, Dahua Hotel, No. 1568 Hutai Road, Shanghai, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHANGHAI HAIYI ENVIRONMENTAL TECHNOLOGY CO., LTD. (a.k.a. OCEANEN ENVIRONMENTAL SCI.& TECH.; a.k.a. SHANGHAI OCEANEN ENVIRONMENTAL SCI. & TECH; a.k.a. SHANGHAI OCEANEN ENVIRONMENTAL SCIENCE AND TECHNOLOGY CO., LTD. (Chinese Simplified: 上海海奕環境科技有限公司)), Longhu Lakeside Business Center, Room 204 Building 16, Songjiang, Shanghai, China; Ding Yuan Lu 618Nong 1Hao 29Chuang 135Shi, Shanghai 201600, China; Website www.oceanen-tech.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Apr 2013; Organization Type: Wholesale of electronic and telecommunications equipment and parts; Registration Number 310118002833250

(China); Unified Social Credit Code (USCC) 91310118065990048X5 (China) [RUSSIA-EO14024] (Linked To: TECHNOPOLE COMPANY).

SHANGHAI HEIYING INFORMATION TECHNOLOGY COMPANY, LIMITED (Chinese Simplified: 上海黑英信息技术有限公司), Room J2518, No. 912, Yecheng Road, Jiading Industrial District, Shanghai 201800, China; Organization Established Date 07 Jun 2010; Organization Type: Other information technology and computer service activities; Registration Number 310114002134793 (China); Unified Social Credit Code (USCC) 913101145559933417 (China) [CYBER3] (Linked To: ZHOU, Shuai).

SHANGHAI HONGMAN ANIMATION DESIGN STUDIO (Chinese Simplified: 上海弘漫动漫设计工作室) (a.k.a. SHANGHAI HONGMAN CARTOON AND ANIMATION DESIGN STUDIO), Room 705, Floor 7, Building 1, No. 1919 Zhongshan West Road, Xuhui District, Shanghai, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 310104000570122 (China); Unified Social Credit Code (USCC) 91310104093794515H (China) [DPRK3] (Linked To: LU, Hezheng).

SHANGHAI HONGMAN CARTOON AND ANIMATION DESIGN STUDIO (a.k.a. SHANGHAI HONGMAN ANIMATION DESIGN STUDIO (Chinese Simplified: 上海弘漫动漫设计工作室)), Room 705, Floor 7, Building 1, No. 1919 Zhongshan West Road, Xuhui District, Shanghai, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 310104000570122 (China); Unified Social Credit Code (USCC) 91310104093794515H (China) [DPRK3] (Linked To: LU, Hezheng).

SHANGHAI JARRED INDUSTRIAL CO., LTD. (Chinese Simplified: 上海嘉瑞德实业有限公司) (a.k.a. SHANGHAI JIA RUIDE INDUSTRY CO., LTD.), Room 462, Block G, Unit 5, Building 1, No. 688 Qiushi Road, Jinshanwei Town, Jinshan District, Shanghai 201599, China; Phone Number 8617521546635; alt. Phone

Number 8615630187573; Organization Established Date 15 Apr 2019; Unified Social Credit Code (USCC) 91310116MA1JBTHR4N (China) [ILLICIT-DRUGS-EO14059] (Linked To: DU, Changgen).

SHANGHAI JIA RUIDE INDUSTRY CO., LTD. (a.k.a. SHANGHAI JARRED INDUSTRIAL CO., LTD. (Chinese Simplified: 上海嘉瑞德实业有限公司)), Room 462, Block G, Unit 5, Building 1, No. 688 Qiushi Road, Jinshanwei Town, Jinshan District, Shanghai 201599, China; Phone Number 8617521546635; alt. Phone Number 8615630187573; Organization Established Date 15 Apr 2019; Unified Social Credit Code (USCC) 91310116MA1JBTHR4N (China) [ILLICIT-DRUGS-EO14059] (Linked To: DU, Changgen).

SHANGHAI JIUTAI NEW MATERIAL TECHNOLOGY CO LTD (Chinese Simplified: 上海久泰新材料有限公司) (a.k.a. JIUYOU NEW MATERIAL TECHNOLOGY SHANGHAI CO LTD (Chinese Simplified: 久围新材料科技上海有限公司); a.k.a. SHANGHAI NINESTEX NEW MATERIAL TECHNOLOGY CO LTD), Floor 2, No. 970, Yunhan Road, Nicheng Town, Pudong New District, Shanghai, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 22 May 2018; Unified Social Credit Code (USCC) 91310115MA1HA0PD4P (China) [NPWMD] [IFSR] (Linked To: QIN, Jinhua).

SHANGHAI JUAN-CHEM.INDUSTRY CO., LTD. (a.k.a. SHANGHAI CISHUN FINE CHEMICAL CO, LTD. (Chinese Simplified: 上海驰顺精细化工有限公司); a.k.a. SHANGHAI FAST-FINE CHEMICALS CO., LTD.), No. 555, Lansong Road, Pudong New Area, Shanghai 200120, China; Room 103, No. 1800 Hangjin Road, Pudong New District, Shanghai, China; Email Address 1160437003@qq.com; Unified Social Credit Code (USCC) 91310115MA1K41CK14 (China) [ILLICIT-DRUGS-EO14059].

SHANGHAI LEGENDARY SHIP MANAGEMENT COMPANY LIMITED (a.k.a. SHANGHAI LEGENDARY SHIP MGMT), 575, Changjiang Lu, Xigang Qu, Dalian, Liaoning 116014, China; Organization Established Date 2019; Identification Number IMO 6113237 [IRAN-EO13902].

SHANGHAI LEGENDARY SHIP MGMT (a.k.a. SHANGHAI LEGENDARY SHIP MANAGEMENT COMPANY LIMITED), 575,

Changjiang Lu, Xigang Qu, Dalian, Liaoning 116014, China; Organization Established Date 2019; Identification Number IMO 6113237 [IRAN-EO13902].

SHANGHAI MOXING CULTURAL MEDIA CO LTD (Chinese Simplified: 上海墨星口化传播有限公司) (a.k.a. MOXING CARTOON), 901-7, No. 439 Yishan Road, Xuhui District, Shanghai, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 310104000572013 (China); Unified Social Credit Code (USCC) 913101040936933514 (China) [DPRK3] (Linked To: SEK STUDIO).

SHANGHAI NINESTEX NEW MATERIAL TECHNOLOGY CO LTD (a.k.a. JIUYOU NEW MATERIAL TECHNOLOGY SHANGHAI CO LTD (Chinese Simplified: 久围新材料科技上海有限公司); a.k.a. SHANGHAI JIUTAI NEW MATERIAL TECHNOLOGY CO LTD (Chinese Simplified: 上海久泰新材料有限公司)), Floor 2, No. 970, Yunhan Road, Nicheng Town, Pudong New District, Shanghai, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 22 May 2018; Unified Social Credit Code (USCC) 91310115MA1HA0PD4P (China) [NPWMD] [IFSR] (Linked To: QIN, Jinhua).

SHANGHAI NORTH BEGINS INTERNATIONAL (a.k.a. SHANGHAI BINGZHI GUOJI MAOYI YOUXIAN GONGSI), Room 2301, Building 6, Lane 1139, Pudong Avenue, Pudong New District, Shanghai, China; 118 Rijing Rd Sixth Floor, Rm 6090, Shanghai Free Trade Experiment District, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHANGHAI NORTH TRANSWAY INTERNATIONAL TRADING CO., Room 201, Building 1, Dahua Hotel, No. 1568 Hutai Road, Shanghai, China; Room 2301, Building 6, Lane 1139, Pudong Avenue, Pudong New District, Shanghai, China; 181 Fute Rd 1st floor Rm 103, Shanghai Free Trade Experiment District, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHANGHAI OCEANEN ENVIRONMENTAL SCI. & TECH (a.k.a. OCEANEN ENVIRONMENTAL SCI.& TECH.; a.k.a. SHANGHAI HAIYI

ENVIRONMENTAL TECHNOLOGY CO., LTD.; a.k.a. SHANGHAI OCEANEN ENVIRONMENTAL SCIENCE AND TECHNOLOGY CO., LTD. (Chinese Simplified: 上海海奕環境科技有限公司)), Longhu Lakeside Business Center, Room 204 Building 16, Songjiang, Shanghai, China; Ding Yuan Lu 618Nong 1Hao 29Chuang 135Shi, Shanghai 201600, China; Website www.oceanen-tech.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Apr 2013; Organization Type: Wholesale of electronic and telecommunications equipment and parts; Registration Number 310118002833250 (China); Unified Social Credit Code (USCC) 9131011806599048X5 (China) [RUSSIA-EO14024] (Linked To: TECHNOPOLE COMPANY).

SHANGHAI OCEANEN ENVIRONMENTAL SCIENCE AND TECHNOLOGY CO., LTD. (Chinese Simplified: 上海海奕環境科技有限公司) (a.k.a. OCEANEN ENVIRONMENTAL SCI.& TECH.; a.k.a. SHANGHAI HAIYI ENVIRONMENTAL TECHNOLOGY CO., LTD.; a.k.a. SHANGHAI OCEANEN ENVIRONMENTAL SCI. & TECH), Longhu Lakeside Business Center, Room 204 Building 16, Songjiang, Shanghai, China; Ding Yuan Lu 618Nong 1Hao 29Chuang 135Shi, Shanghai 201600, China; Website www.oceanen-tech.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Apr 2013; Organization Type: Wholesale of electronic and telecommunications equipment and parts; Registration Number 310118002833250 (China); Unified Social Credit Code (USCC) 9131011806599048X5 (China) [RUSSIA-EO14024] (Linked To: TECHNOPOLE COMPANY).

SHANGHAI QINSHENG PHARMACEUTICAL SCIENCE & TECHNOLOGY CO., LTD. (a.k.a. QINSHENG PHARMACEUTICAL TECHNOLOGY CO., LTD.; a.k.a. SHANGHAI QINSHENG PHARMACEUTICAL SCIENCE AND TECHNOLOGY CO., LTD.; a.k.a. SHANGHAI QINSHENG PHARMACEUTICAL TECHNOLOGY CO., LTD.), Room 614, Floor 3, No. 1, Alley 468, New Siping Highway, Shanghai 201413, China; Room 614, Floor 3, Block 1, Lane 468, Xinsiping Highway, Fengxian District, Shanghai, China; Website www.qinvictory.com [SDNTK].

SHANGHAI QINSHENG PHARMACEUTICAL SCIENCE AND TECHNOLOGY CO., LTD. (a.k.a. QINSHENG PHARMACEUTICAL TECHNOLOGY CO., LTD.; a.k.a. SHANGHAI QINSHENG PHARMACEUTICAL SCIENCE & TECHNOLOGY CO., LTD.; a.k.a. SHANGHAI QINSHENG PHARMACEUTICAL TECHNOLOGY CO., LTD.), Room 614, Floor 3, No. 1, Alley 468, New Siping Highway, Shanghai 201413, China; Room 614, Floor 3, Block 1, Lane 468, Xinsiping Highway, Fengxian District, Shanghai, China; Website www.qinvictory.com [SDNTK].

SHANGHAI QINSHENG PHARMACEUTICAL TECHNOLOGY CO., LTD. (a.k.a. QINSHENG PHARMACEUTICAL TECHNOLOGY CO., LTD.; a.k.a. SHANGHAI QINSHENG PHARMACEUTICAL SCIENCE & TECHNOLOGY CO., LTD.; a.k.a. SHANGHAI QINSHENG PHARMACEUTICAL SCIENCE AND TECHNOLOGY CO., LTD.), Room 614, Floor 3, No. 1, Alley 468, New Siping Highway, Shanghai 201413, China; Room 614, Floor 3, Block 1, Lane 468, Xinsiping Highway, Fengxian District, Shanghai, China; Website www.qinvictory.com [SDNTK].

SHANGHAI QIZHANG SHIP MANAGEMENT CO., LTD., No. 24, Yangxin East Road, Shanghai 200120, China; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 28 Jul 2020; Identification Number IMO 6172081; Trade License No. 310115004056329 (China); Unified Social Credit Code (USCC) 91310115MA1HBB8PXH (China) [IRAN-EO13846].

SHANGHAI SAINT LOGISTICS LIMITED, Rm 910, 9/F, 650 Han Kou Road, Huang Pu District, Shanghai, China; Rm 930, Building C, Cifi Air Center, Shunyi District, Beijing, China; Email Address res@shsaintlog.com; alt. Email Address resbjs@shsaintlog.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR).

SHANGHAI TANCHAIN NEW MATERIAL TECHNOLOGY CO LTD (Chinese Simplified: 上海碳辰新材料科技有限公司) (a.k.a. SHANGHAI TANCHEN NEW MATERIAL TECHNOLOGY CO LTD), Room 1009, Block B, Red Star World Trade Building, No. 598, Nujiang North Road, Putuo District, Shanghai, China; Building 8, No. 1098, Chuansha Road, Pudong New District, Shanghai, China; Website https://www.tchaintech.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 06 Jun 2018; Unified Social Credit Code (USCC) 91310115MA1HA2AN6U (China) [NPWMD] [IFSR] (Linked To: NARIN SEPEHR MOBIN ISATIS).

SHANGHAI TANCHEN NEW MATERIAL TECHNOLOGY CO LTD (a.k.a. SHANGHAI TANCHAIN NEW MATERIAL TECHNOLOGY CO LTD (Chinese Simplified: 上海碳辰新材料科技有限公司)), Room 1009, Block B, Red Star World Trade Building, No. 598, Nujiang North Road, Putuo District, Shanghai, China; Building 8, No. 1098, Chuansha Road, Pudong New District, Shanghai, China; Website https://www.tchaintech.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 06 Jun 2018; Unified Social Credit Code (USCC) 91310115MA1HA2AN6U (China) [NPWMD] [IFSR] (Linked To: NARIN SEPEHR MOBIN ISATIS).

SHANGHAI TECHICAL MATERIALS CO (a.k.a. SHANGHAI TECHINITAL MATERIALS CO LTD), Room 2030A-B, No. 2012, Road Jiangning, Shanghai, China; No. 04-06, Building 3, XM Industrial Zone, Economy & Technology Development District, Guiyang City, Guizhou, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Wholesale of electronic and telecommunications equipment and parts [RUSSIA-EO14024].

SHANGHAI TECHINITAL MATERIALS CO LTD (a.k.a. SHANGHAI TECHICAL MATERIALS CO), Room 2030A-B, No. 2012, Road Jiangning, Shanghai, China; No. 04-06, Building 3, XM Industrial Zone, Economy & Technology Development District, Guiyang City, Guizhou, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Wholesale of electronic and telecommunications equipment and parts [RUSSIA-EO14024].

SHANGHAI TRANSIT INTERNATIONAL FORWARDING AGENCY, East Building, 8 Floor, D, Jingan District, Shanghai, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Business Registration Number 310141400028942 (China); Unified Social Credit Code (USCC)

91310115351050878F (China) [RUSSIA-EO14024].

SHANGHAI WINSON IMP AND EXP CO LTD (a.k.a. SHANGHAI YUNCHEN IMPORT AND EXPORT CO LTD), Room 1907, Junfeng International Fortune Plaza, No. 1619 Dalian Road, Hongkou District, Shanghai, China; Room 605, Building 3, No. 188, Aona Road, China (Shanghai) Pilot Free Trade Zone, Shanghai, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Jan 2018; Unified Social Credit Code (USCC) 91310115MA1K40X926 (China) [RUSSIA-EO14024].

SHANGHAI XUANRUN SHIPPING COMPANY LIMITED, Haiyi Villa, 42, Lane 97, Songlin Lu, Pudong Xinqu, Shanghai 200120, China; Room 413, Block A, International Trade Hotel, No.188, Yesheng Road, Yangshan Bonded Zone, Shanghai 200122, China; Website www.xr-shipping.com; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Identification Number IMO 5532651; Unified Social Credit Code (USCC) 913100005515644191 (China) [IRAN-EO13846].

SHANGHAI YUNCHEN IMPORT AND EXPORT CO LTD (a.k.a. SHANGHAI WINSON IMP AND EXP CO LTD), Room 1907, Junfeng International Fortune Plaza, No. 1619 Dalian Road, Hongkou District, Shanghai, China; Room 605, Building 3, No. 188, Aona Road, China (Shanghai) Pilot Free Trade Zone, Shanghai, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Jan 2018; Unified Social Credit Code (USCC) 91310115MA1K40X926 (China) [RUSSIA-EO14024].

SHANGHAI ZHANJIA TRADING CO LTD, Room 307, No. 413 West Meilong Rd, Shanghai, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Wholesale of other machinery and equipment [RUSSIA-EO14024].

SHANGHAI ZHIHANG SHIP MANAGEMENT CO., LTD. (a.k.a. ZHIHANG SHIP MANAGEMENT; a.k.a. ZHIHANG SHIP MANAGEMENT SHANGHAI CO LTD (Chinese Simplified: 上海智航船舶管理有限公司)), Pudong Nanlu, Pudong Xinqu, Shanghai 200120, China; Room 328, 3/F., Unit 2, No. 231 Shibocun Road, China (Shanghai) Pilot Free-

Trade Zone, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Identification Number IMO 6114218; Registration Number 310141000551704 (China); Unified Social Credit Code (USCC) 91310115MA1K4DLAXM (China) [IRAN-EO13846].

SHANGOLE, Fuad (a.k.a. KALAF, Fuad Mohamed; a.k.a. KALAF, Fuad Mohammed; a.k.a. KHALAF, Fuad; a.k.a. KHALAF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohammed; a.k.a. QALAF, Fuad Mohamed; a.k.a. SHONGALE, Fouad; a.k.a. SHONGALE, Fuad; a.k.a. SHONGOLE, Fuad; a.k.a. SHONGOLE, Fuad Muhammad Khalaf; a.k.a. SONGALE, Fuad), Mogadishu, Somalia; DOB 28 Mar 1965; alt. DOB 28 May 1965; POB Somalia; nationality Somalia; alt. nationality Sweden; Gender Male (individual) [SOMALIA].

SHANGYIYUAN RESOURCES QINGDAO CO LTD (Chinese Simplified: 上意源资源 青岛有限公司) (a.k.a. SHINE RESOURCES QINGDAO CO LTD; a.k.a. "SHINE RESOURCES"), Room 8305-1-1, Third Floor, Qiantongyuan Office Building, No.44 Moscow Road, Qingdao, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91370220MA94EKE661 (China) [RUSSIA-EO14024].

SHANT, Adam Yacub (a.k.a. SHARIF, Adam Yacub; a.k.a. YACOUB, Adam); DOB circa 1976; Commander for the Sudan Liberation Army (SLA) (individual) [DARFUR].

SHANXI SHUTONG IMPORT & EXPORT TRADE CO. LTD. (a.k.a. SHANXI SHUTONG IMPORT AND EXPORT TRADE CO. LTD.), 2-310-006,005, Floor 3, Building 2, Jinyuecheng Daxuesheng Venture Park, Yaodu District, Linfen, Linfen, Shaanxi 041000, China; Hong

Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 May 2017; Company Number 2600038 (Hong Kong); Unified Social Credit Code (USCC) 91141002MA0HF3555X (China) [SDGT] (Linked To: ANSARALLAH).

SHANXI SHUTONG IMPORT AND EXPORT TRADE CO. LTD. (a.k.a. SHANXI SHUTONG IMPORT & EXPORT TRADE CO. LTD.), 2-310-006,005, Floor 3, Building 2, Jinyuecheng Daxuesheng Venture Park, Yaodu District, Linfen, Linfen, Shaanxi 041000, China; Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 May 2017; Company Number 2600038 (Hong Kong); Unified Social Credit Code (USCC) 91141002MA0HF3555X (China) [SDGT] (Linked To: ANSARALLAH).

SHAPETKO, Evgeniy Andreevich (Cyrillic: ШАПЕТЬКО, Евгений Андреевич) (a.k.a. SHAPETKO, Evgeny; a.k.a. SHAPETKO, Yevgeniy Andreevich; a.k.a. SHAPETKO, Yevgeny; a.k.a. SHAPETSKA, Yauhen Andreevich (Cyrillic: ШАПЕЦЬКА, Яўген Андрэевіч); a.k.a. SHAPETSKA, Yauheni Andrejevich; a.k.a. SJAPETKO, Jevgenij Andrejevitj; a.k.a. SJAPETSKA, Jauhen Andrejevitj), Polevaya, 6-58, Minsk, Belarus (Cyrillic: Полевая, 6-58, Минск, Belarus); DOB 30 Mar 1989; alt. DOB 30 Mar 1988; POB Minsk, Belarus; nationality Belarus; Gender Male; National ID No. 3300389A054PB9 (Belarus); Tax ID No. AC1400707 (Belarus) (individual) [BELARUS-EO14038].

SHAPETKO, Evgeny (a.k.a. SHAPETKO, Evgeniy Andreevich (Cyrillic: ШАПЕТЬКО, Евгений Андреевич); a.k.a. SHAPETKO, Yevgeniy Andreevich; a.k.a. SHAPETKO, Yevgeny; a.k.a. SHAPETSKA, Yauhen Andreevich (Cyrillic: ШАПЕЦЬКА, Яўген Андрэевіч); a.k.a. SHAPETSKA, Yauheni Andrejevich; a.k.a. SJAPETKO, Jevgenij Andrejevitj; a.k.a. SJAPETSKA, Jauhen Andrejevitj), Polevaya, 6-58, Minsk, Belarus (Cyrillic: Полевая, 6-58, Минск, Belarus); DOB 30 Mar 1989; alt. DOB 30 Mar 1988; POB Minsk, Belarus; nationality Belarus; Gender Male; National ID No. 3300389A054PB9 (Belarus); Tax ID No. AC1400707 (Belarus) (individual) [BELARUS-EO14038].

SHAPETKO, Yevgeniy Andreevich (a.k.a. SHAPETKO, Evgeniy Andreevich (Cyrillic: ШАПЕТЬКО, Евгений Андреевич); a.k.a.

SHAPETKO, Evgeny; a.k.a. SHAPETKO, Yevgeny; a.k.a. SHAPETSKA, Yauhen Andreevich (Cyrillic: ШАПЕЦЬКА, Яўген Андрэевіч); a.k.a. SHAPETSKA, Yauheni Andrejevich; a.k.a. SJAPETKO, Jevgenij Andrejevitj; a.k.a. SJAPETSKA, Jauhen Andrejevitj), Polevaya, 6-58, Minsk, Belarus (Cyrillic: Полевая, 6-58, Минск, Belarus); DOB 30 Mar 1989; alt. DOB 30 Mar 1988; POB Minsk, Belarus; nationality Belarus; Gender Male; National ID No. 3300389A054PB9 (Belarus); Tax ID No. AC1400707 (Belarus) (individual) [BELARUS-EO14038].

SHAPETKO, Yevgeny (a.k.a. SHAPETKO, Evgeniy Andreevich (Cyrillic: ШАПЕТЬКО, Евгений Андреевич); a.k.a. SHAPETKO, Evgeny; a.k.a. SHAPETKO, Yevgeniy Andreevich; a.k.a. SHAPETSKA, Yauhen Andreevich (Cyrillic: ШАПЕЦЬКА, Яўген Андрэевіч); a.k.a. SHAPETSKA, Yauheni Andrejevich; a.k.a. SJAPETKO, Jevgenij Andrejevitj; a.k.a. SJAPETSKA, Jauhen Andrejevitj), Polevaya, 6-58, Minsk, Belarus (Cyrillic: Полевая, 6-58, Минск, Belarus); DOB 30 Mar 1989; alt. DOB 30 Mar 1988; POB Minsk, Belarus; nationality Belarus; Gender Male; National ID No. 3300389A054PB9 (Belarus); Tax ID No. AC1400707 (Belarus) (individual) [BELARUS-EO14038].

SHAPETSKA, Yauhen Andreevich (Cyrillic: ШАПЕЦЬКА, Яўген Андрэевіч) (a.k.a. SHAPETKO, Evgeniy Andreevich (Cyrillic: ШАПЕТЬКО, Евгений Андреевич); a.k.a. SHAPETKO, Evgeny; a.k.a. SHAPETKO, Yevgeniy Andreevich; a.k.a. SHAPETKO, Yevgeny; a.k.a. SHAPETSKA, Yauheni Andrejevich; a.k.a. SJAPETKO, Jevgenij Andrejevitj; a.k.a. SJAPETSKA, Jauhen Andrejevitj), Polevaya, 6-58, Minsk, Belarus (Cyrillic: Полевая, 6-58, Минск, Belarus); DOB 30 Mar 1989; alt. DOB 30 Mar 1988; POB Minsk, Belarus; nationality Belarus; Gender Male; National ID No. 3300389A054PB9 (Belarus); Tax ID No. AC1400707 (Belarus) (individual) [BELARUS-EO14038].

SHAPETSKA, Yauheni Andrejevich (a.k.a. SHAPETKO, Evgeniy Andreevich (Cyrillic: ШАПЕТЬКО, Евгений Андреевич); a.k.a. SHAPETKO, Evgeny; a.k.a. SHAPETKO, Yevgeniy Andreevich; a.k.a. SHAPETKO, Yevgeny; a.k.a. SHAPETSKA, Yauhen Andreevich (Cyrillic: ШАПЕЦЬКА, Яўген Андрэевіч); a.k.a. SJAPETKO, Jevgenij Andrejevitj; a.k.a. SJAPETSKA, Jauhen Andrejevitj), Polevaya, 6-58, Minsk, Belarus

(Cyrillic: Полевая, 6-58, Минск, Belarus); DOB 30 Mar 1989; alt. DOB 30 Mar 1988; POB Minsk, Belarus; nationality Belarus; Gender Male; National ID No. 3300389A054PB9 (Belarus); Tax ID No. AC1400707 (Belarus) (individual) [BELARUS-EO14038].

SHAPOVALOV, Oleg Georgievich; DOB 17 Jul 1959; POB Nikopol, Dnepropetrovsk Oblast, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

SHAPSHA, Vladislav Valeryevich (Cyrillic: ШАПША, Владислав Валерьевич), Kaluga Region, Russia; DOB 20 Sep 1972; POB Obninsk, Kaluga Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 402501412641 (Russia) (individual) [RUSSIA-EO14024].

SHAPUROVA, Alyona Aleksandrovna (a.k.a. SHAPUROVA, Elena Aleksandrovna (Cyrillic: ШАПУРОВА, Елена Александровна); a.k.a. SHAPUROVA, Olena Oleksandrivna (Cyrillic: ШАПУРОВА, Олена Олександрівна)), 31 50 Years of Victory Avenue, Apartment 29, Melitopol, Zaporizhzhia region, Ukraine; DOB 16 Nov 1976; POB Melitopol, Zaporizhzhia region, Ukraine; nationality Ukraine; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2807902401 (Ukraine) (individual) [RUSSIA-EO14024].

SHAPUROVA, Elena Aleksandrovna (Cyrillic: ШАПУРОВА, Елена Александровна) (a.k.a. SHAPUROVA, Alyona Aleksandrovna; a.k.a. SHAPUROVA, Olena Oleksandrivna (Cyrillic: ШАПУРОВА, Олена Олександрівна)), 31 50 Years of Victory Avenue, Apartment 29, Melitopol, Zaporizhzhia region, Ukraine; DOB 16 Nov 1976; POB Melitopol, Zaporizhzhia region, Ukraine; nationality Ukraine; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2807902401 (Ukraine) (individual) [RUSSIA-EO14024].

SHAPUROVA, Olena Oleksandrivna (Cyrillic: ШАПУРОВА, Олена Олександрівна) (a.k.a. SHAPUROVA, Alyona Aleksandrovna; a.k.a. SHAPUROVA, Elena Aleksandrovna (Cyrillic: ШАПУРОВА, Елена Александровна)), 31 50 Years of Victory Avenue, Apartment 29, Melitopol, Zaporizhzhia region, Ukraine; DOB 16 Nov 1976; POB Melitopol, Zaporizhzhia

region, Ukraine; nationality Ukraine; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2807902401 (Ukraine) (individual) [RUSSIA-EO14024].

SHAQIRI, Shaqir; DOB 01 Sep 1964; POB Serbia and Montenegro (individual) [BALKANS].

SHAQIRI, Xhezair; DOB 15 May 1965; POB Tanusevci, Macedonia (individual) [BALKANS].

SHAQRA, Abu Hatim (a.k.a. AL-HAYES, Ahmad Ihsan Fayyad (Arabic: أحمد إحسان فياض الهايس); a.k.a. AL-HAYES, Ahmed Ihsan Fayyad; a.k.a. AL-SHAQRA, Abu Hatim; a.k.a. SHAKRA, Abu Hatem; a.k.a. SHAQRA, Abu Hattam), Syria; DOB 1987; POB Al-Shaqra, Deir ez-Zor, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894] (Linked To: AHRAR AL-SHARQIYA).

SHAQRA, Abu Hattam (a.k.a. AL-HAYES, Ahmad Ihsan Fayyad (Arabic: أحمد إحسان فياض الهايس); a.k.a. AL-HAYES, Ahmed Ihsan Fayyad; a.k.a. AL-SHAQRA, Abu Hatim; a.k.a. SHAKRA, Abu Hatem; a.k.a. SHAQRA, Abu Hatim), Syria; DOB 1987; POB Al-Shaqra, Deir ez-Zor, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894] (Linked To: AHRAR AL-SHARQIYA).

SHAQRA, Abu Jafar (a.k.a. AL-HAYES, Raed Jassem; a.k.a. AL-HAYES, Raed Jassim; a.k.a. CHAKRA, Abu Jaafar; a.k.a. SHAKRA, Abu Jaafar; a.k.a. SHAQRA, Abu Ja'far), Syria; DOB 1985; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

SHAQRA, Abu Ja'far (a.k.a. AL-HAYES, Raed Jassem; a.k.a. AL-HAYES, Raed Jassim; a.k.a. CHAKRA, Abu Jaafar; a.k.a. SHAKRA, Abu Jaafar; a.k.a. SHAQRA, Abu Jafar), Syria; DOB 1985; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

SHARARA, Ali Youssef (a.k.a. CHARARA, Ali Youssef; a.k.a. SHARARA, 'Ali Yusuf), Ghobeiry Center, Mcharrafieh, Beirut, Lebanon; Verdun 732 Center, 17th Floor, Verdun, Rachid Karameh Street, Beirut, Lebanon; Al-Ahlam, 4th Floor, Embassies Street, Bir Hassan, Beirut, Lebanon; DOB 25 Sep 1968; POB Sidon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

SHARARA, 'Ali Yusuf (a.k.a. CHARARA, Ali Youssef; a.k.a. SHARARA, Ali Youssef),

Ghobeiry Center, Mcharrafieh, Beirut, Lebanon; Verdun 732 Center, 17th Floor, Verdun, Rachid Karameh Street, Beirut, Lebanon; Al-Ahlam, 4th Floor, Embassies Street, Bir Hassan, Beirut, Lebanon; DOB 25 Sep 1968; POB Sidon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

SHAREEF, Abdulla (a.k.a. ABDULLA, Shareef), Felividhuvaruge, Thimarafushi, Maldives; DOB 11 Jun 1986; POB Thimarafushi, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. A141872 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SHAREKAT GOLDEN STAR (a.k.a. GOLDEN STAR CO; a.k.a. GOLDEN STAR INTERNATIONAL FREIGHT LIMITED; a.k.a. GOLDEN STAR TRADING & INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING AND INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING INTERNATIONAL FREIGHT; a.k.a. KASSOUMA FZC; a.k.a. SMART LOGISTICS F.S.S.A.L; a.k.a. SMART LOGISTICS OFFSHORE; a.k.a. SMART LOGISTICS TRADING & INTERNATIONAL FREIGHT; a.k.a. SMART LOGISTICS TRADING AND INTERNATIONAL FREIGHT), Al Awqaf building, 5th floor, Victoria Bridge, Damascus, Syria; 2 Floor, Inana Bldg, Damascus Free Zone, Damascus, Syria; Room 707, Fulijinxi Business Center, No. 05, Fuchang Road, Haizhu District, Guangzhou, China; Al Alshiah, Mar Mekheal Church, Amicho Building, 3rd Floor, Beirut, Lebanon; Office 112, First Floor, Al Manara Building, Port Street, Beirut, Lebanon; Website www.goldenstar-co.com [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

SHARGUNOV, Sergey Aleksandrovich (Cyrillic: ШАРГУНОВ, Сергей Александрович), Russia; DOB 12 May 1980; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHARI, 'Amin Abi (a.k.a. CHERRI, Amin; a.k.a. SHARY, Amin Muhammad; a.k.a. SHERRI, Amin; a.k.a. SHIRRI, Ameen; a.k.a. SHIRRI, Amin; a.k.a. SHRI, Amin), Beirut, Lebanon; DOB 02 Aug 1957; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 380858 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SHARIAT, Hossein (a.k.a. SHARIAT, Seyed Hossein); DOB 20 Apr 1974; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P37695914 (Iran) expires 27 Jun 2021 (individual) [NPWMD] [IFSR] (Linked To: ASRE SANAT ESHRAGH COMPANY).

SHARIAT, Seyed Hossein (a.k.a. SHARIAT, Hossein); DOB 20 Apr 1974; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P37695914 (Iran) expires 27 Jun 2021 (individual) [NPWMD] [IFSR] (Linked To: ASRE SANAT ESHRAGH COMPANY).

SHARIATZADEH, Ebrahim, Iran; DOB 07 Jan 1985; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 101957390 (Iran); National ID No. 0829468048 (Iran) (individual) [IRAN-CON-ARMS-EO] (Linked To: QODS AVIATION INDUSTRIES).

SHARIEF, Ahmad Omar (a.k.a. DE LAVILLA, Mike; a.k.a. LABELLA, Omar; a.k.a. LAVILLA, Mile D.; a.k.a. LAVILLA, Omar; a.k.a. LAVILLA, Ramo; a.k.a. LAVILLA, Reuben; a.k.a. LAVILLA, Reuben Omar; a.k.a. LAVILLA, Reymund; a.k.a. LAVILLA, Ruben Pestano, Jr.; a.k.a. LOBILLA, Shaykh Omar; a.k.a. MUDDARIS, Abdullah), 10th Avenue, Caloocan City, Manila, Philippines; Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; DOB 04 Oct 1972; POB Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SHARIF HAMRAH SCIENCE AND TECHNOLOGY RESEARCHERS (Arabic: شریف همراه پژوهان علم و فناوری), Unit 13, Ground Floor, No. 1, Chogan Street, Shahid Fahmideh Highway, Farhangian-Azadi Town, Tehran, Tehran 1398910014, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14004668483 (Iran); Registration Number 466445 (Iran) [NPWMD] [IFSR] (Linked To: ADVANCED FIBER DEVELOPMENT COMPANY).

SHARIF SECUREWARE (a.k.a. AMNAFZAR; a.k.a. AMNAFZAR CORPORATION; a.k.a. AMNAFZAR GOSTAR-E SHARIF), 5th Floor, No. 35, Qasemi St, North Side of Sharif University, Azadi Avenue, Tehran, Iran; No. 131, Pardis Technology Park, Pardis, Iran; Unit 3, 2nd Floor, No. 1176, Between 52, 54 VakilAbadi Blvd, Mashhad, Iran; Shahid Beheshti Ave, Sahand St., No. 20, 3rd, Tehran 1587677518, Iran; Website http://www.amnafzar.com; Email Address info@amnafzar.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

SHARIF, 'Abd al-Razzaq (a.k.a. AL USTA, Abdelrazag Elsharif; a.k.a. AL-USTA, 'Abd Al-Razzaq Al-Sharif; a.k.a. ELOSTA, Abdelrazag Elsharif; a.k.a. "ABU MU'AWIYA"; a.k.a. "AL-MULAY, 'Abd"), undetermined; DOB 20 Jun 1963; POB SOGUMA, LIBYA; nationality United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SHARIF, Adam Yacub (a.k.a. SHANT, Adam Yacub; a.k.a. YACOUB, Adam); DOB circa 1976; Commander for the Sudan Liberation Army (SLA) (individual) [DARFUR].

SHARIF, Niamat Hama Rahim Hama (a.k.a. "TAWEALY, Saed"; a.k.a. "TAWELA, Sa'ad"), Iran; DOB 1972; alt. DOB 1974; POB Tawilh, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SHARIFF, Abu Makaburi (a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubaker Shariff; a.k.a. AHMED, Sheikh Abubakar; a.k.a. MAKABURI; a.k.a. SHARIFF, Abubaker), Majengo Area, Mombasa, Kenya; DOB 1962; alt. DOB 1967; POB Kenya; citizen Kenya (individual) [SOMALIA].

SHARIFF, Abubaker (a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubaker Shariff; a.k.a. AHMED, Sheikh Abubakar; a.k.a. MAKABURI; a.k.a. SHARIFF, Abu Makaburi), Majengo Area, Mombasa, Kenya; DOB 1962; alt. DOB 1967; POB Kenya; citizen Kenya (individual) [SOMALIA].

SHARIFI ZINDASHTI, Naji (a.k.a. KENANI, Emirhan; a.k.a. SERIFI ZINDASTI, Naci; a.k.a. SERIFI-ZINDASTI, Naci; a.k.a. SHARIFI-ZINDASHTI, Naji; a.k.a. SHARIFI-ZINDASHTI,

Naji Ibrahim (Arabic: ناجى ابراهيم شريفى زيندشتى)), Orumiyeh, West Azerbaijan, Iran; DOB 31 May 1974; POB Orumiyeh, Iran; nationality Iran; alt. nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2753229112 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

SHARIFI, Ali (a.k.a. SALEHI, Ali); DOB 23 Feb 1966; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M31335740 (Iran); alt. Passport U30608043 (Iran) (individual) [SDGT] [IRGC] [IFSR].

SHARIFI-TEHRANI, Hamid Reza (a.k.a. SHARIFI-TEHRANI, Hamidreza (Arabic: حميدرضا شريفى تهرانى)), Iran; DOB 06 Jul 1974; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1285834070 (Iran) (individual) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

SHARIFI-TEHRANI, Hamidreza (Arabic: حميدرضا شريفى تهرانى) (a.k.a. SHARIFI-TEHRANI, Hamid Reza), Iran; DOB 06 Jul 1974; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1285834070 (Iran) (individual) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

SHARIFI-ZINDASHTI, Naji (a.k.a. KENANI, Emirhan; a.k.a. SERIFI ZINDASTI, Naci; a.k.a. SERIFI-ZINDASTI, Naci; a.k.a. SHARIFI ZINDASHTI, Naji; a.k.a. SHARIFI-ZINDASHTI, Naji Ibrahim (Arabic: ناجى ابراهيم شريفى زيندشتى)), Orumiyeh, West Azerbaijan, Iran; DOB 31 May 1974; POB Orumiyeh, Iran; nationality Iran; alt. nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2753229112 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

SHARIFI-ZINDASHTI, Naji Ibrahim (Arabic: ناجى ابراهيم شريفى زيندشتى) (a.k.a. KENANI, Emirhan; a.k.a. SERIFI ZINDASTI, Naci; a.k.a. SERIFI-ZINDASTI, Naci; a.k.a. SHARIFI ZINDASHTI, Naji; a.k.a. SHARIFI-ZINDASHTI, Naji), Orumiyeh, West Azerbaijan, Iran; DOB 31 May 1974; POB Orumiyeh, Iran; nationality Iran; alt. nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions;

Gender Male; National ID No. 2753229112 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

SHARIKAH AL-KHAMA'IL LILKHADAMAT AL-BAHRIYYAH WALNQL (a.k.a. AL KHAMAEL MARITIME SERVICES (Arabic: شركة الخمائل البحرية و النقل)); a.k.a. AL KHAMAIL MARINE SERVICE; a.k.a. ALKHAMAEL CO. MARITIME SERVICES; a.k.a. ALKHAMAEL TERMINAL AND PORT OPERATION MANAGEMENT), Umm Qasr, Iraq; Basrah, Iraq; Najaf, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SHARIKAT AL-HARAM LIL-HIWALAT AL-MALIYYAH (a.k.a. AL HARAM COMMERCIAL COMPANY; a.k.a. AL HARAM FOREIGN EXCHANGE CO. LTD; a.k.a. AL HARAM TRANSFER CO.; a.k.a. AL-HARAM COMPANY FOR MONEY TRANSFER; a.k.a. AL-HARAM EXCHANGE COMPANY; a.k.a. ALHARAM FOR EXCHANGE LTD; a.k.a. AL-HARM TRADING COMPANY; a.k.a. ARABISC HARAM; a.k.a. HARAM TRADING COMPANY; a.k.a. TRADING AL-HARM COMPANY), Istanbul, Turkey; Mersin, Turkey; Gaziantep, Turkey; Antakya, Turkey; Reyhanli, Turkey; Iskenderun, Turkey; Belen, Turkey; Surmez, Turkey; Kirikhan, Turkey; Bursa, Turkey; Islahiye, Turkey; Alanya, Turkey; Urfa, Turkey; Antalya, Turkey; Narlica, Turkey; Ankara, Turkey; Izmir, Turkey; Konya, Turkey; Kayseri, Turkey; Turkey; Lebanon; Jordan; Sudan; Palestinian; Website www.arabisc-haram.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SHARK INTERNATIONAL (Arabic: القرش الدولية) (a.k.a. SHARK INTERNATIONAL SHIPPING (Arabic: شارك اترناشونال للشحن); a.k.a. SHARK INTERNATIONAL SHIPPING L.L.C (Arabic: شارك اترناشونال للشحن ش.ذ.م.م)), M21, Al Souq, Al Kabeer, Deirah, Dubai, United Arab Emirates; Post Box 40167, Deirah, Dubai, United Arab Emirates; Office 804, Fujairah Welfare Building, Fujairah, United Arab Emirates; No. 204, 2nd Floor, Al Danah Building, Khorfakan, United Arab Emirates; North Al Batinah Governorate, Sohar 311,

Oman; Website https://www.shark-intl.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Feb 2022; alt. Organization Established Date 07 Apr 2022; alt. Organization Established Date 28 Jun 2022; alt. Organization Established Date 07 Dec 2023; Commercial Registry Number 1521379 (Oman); License 1027607 (United Arab Emirates); alt. License 1021796 (United Arab Emirates); alt. License 798429 (United Arab Emirates); Economic Register Number (CBLS) 11818260 (United Arab Emirates); alt. Economic Register Number (CBLS) 11898245 (United Arab Emirates); alt. Economic Register Number (CBLS) 11860782 (United Arab Emirates) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

SHARK INTERNATIONAL SHIPPING (Arabic: شارك اترناشونال للشحن) (a.k.a. SHARK INTERNATIONAL (Arabic: القرش الدولية); a.k.a. SHARK INTERNATIONAL SHIPPING L.L.C (Arabic: شارك اترناشونال للشحن ش.ذ.م.م)), M21, Al Souq, Al Kabeer, Deirah, Dubai, United Arab Emirates; Post Box 40167, Deirah, Dubai, United Arab Emirates; Office 804, Fujairah Welfare Building, Fujairah, United Arab Emirates; No. 204, 2nd Floor, Al Danah Building, Khorfakan, United Arab Emirates; North Al Batinah Governorate, Sohar 311, Oman; Website https://www.shark-intl.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Feb 2022; alt. Organization Established Date 07 Apr 2022; alt. Organization Established Date 28 Jun 2022; alt. Organization Established Date 07 Dec 2023; Commercial Registry Number 1521379 (Oman); License 1027607 (United Arab Emirates); alt. License 1021796 (United Arab Emirates); alt. License 798429 (United Arab Emirates); Economic Register Number (CBLS) 11818260 (United Arab Emirates); alt. Economic Register Number (CBLS) 11898245 (United Arab Emirates); alt. Economic Register Number (CBLS) 11860782 (United Arab Emirates) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

SHARK INTERNATIONAL SHIPPING L.L.C (Arabic: شارك اترناشونال للشحن ش.ذ.م.م) (a.k.a. SHARK INTERNATIONAL (Arabic: القرش الدولية); a.k.a. SHARK INTERNATIONAL SHIPPING (Arabic: شارك اترناشونال للشحن)), M21, Al Souq, Al Kabeer, Deirah, Dubai, United Arab Emirates; Post Box 40167, Deirah, Dubai,

United Arab Emirates; Office 804, Fujairah Welfare Building, Fujairah, United Arab Emirates; No. 204, 2nd Floor, Al Danah Building, Khorfakan, United Arab Emirates; North Al Batinah Governorate, Sohar 311, Oman; Website https://www.shark-intl.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Feb 2022; alt. Organization Established Date 07 Apr 2022; alt. Organization Established Date 28 Jun 2022; alt. Organization Established Date 07 Dec 2023; Commercial Registry Number 1521379 (Oman); License 1027607 (United Arab Emirates); alt. License 1021796 (United Arab Emirates); alt. License 798429 (United Arab Emirates); Economic Register Number (CBLS) 11818260 (United Arab Emirates); alt. Economic Register Number (CBLS) 11898245 (United Arab Emirates); alt. Economic Register Number (CBLS) 11860782 (United Arab Emirates) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

SHARP EDGE ENGINEERING INC. (Chinese Traditional: 銳元科技有限公司) (a.k.a. RUIYUAN KEJI YOUXIAN GONGSI), 8F-4, Alley 22, Lane 513, Ruigang Rd. No 5, Taipei City, Neihu Dist., Taiwan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Dec 2016; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 52484961 (Taiwan) [RUSSIA-EO14024] (Linked To: JSC PKK MILANDR).

SHARPLINE AUTOMATION PRIVATE LIMITED, No. 19, Vishnu Nagar, TTC-MIDC Industrial Area, Digha, Navi Mumbai 400708, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. AADCS0425M (India); Registration Number U30000MH1995PTC094653 (India) [RUSSIA-EO14024].

SHARQ CEMENT (a.k.a. SIMAN-E SHARGH), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SHARQ CEMENT INDUSTRIAL LIMESTONE (a.k.a. AHAK-E SANATI SIMAN SHARGH), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SHARQ CEMENT MANUFACTURERS (a.k.a. FARAVARDEHAYE SIMAN SHARGH), Iran; Additional Sanctions Information - Subject to

Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SHARQ COALMINES (a.k.a. MA'ADEN-E ZOGHAL SANG SHARGH), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SHARQ WHITE CEMENT (a.k.a. SIMAN'E SEFID SHARGH), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SHARROUF, Khaled (a.k.a. ZARQAWI AL AUSTR, Abu; a.k.a. ZARQAWI AUSTRALI, Abu; a.k.a. ZARQAWI, Abu), Syria; Iraq; DOB 23 Feb 1981; POB Auburn, New South Wales, Australia; nationality Australia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L3135591 (Australia); alt. Passport L5210356 (Australia); alt. Passport N723649 (Australia); Driver's License No. 12789234 (Australia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SHARY, Amin Muhammad (a.k.a. CHERRI, Amin; a.k.a. SHARI, 'Amin Abi; a.k.a. SHERRI, Amin; a.k.a. SHIRRI, Ameen; a.k.a. SHIRRI, Amin; a.k.a. SHRI, Amin), Beirut, Lebanon; DOB 02 Aug 1957; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 380858 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SHASTAN ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY (Arabic: شرکت سرمایه گذاری تامین اجتماعی نیروهای مسلح شستان) (a.k.a. ARMED FORCES SOCIAL SECURITY AND PENSION FUND INVESTMENT - SHESTAN; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT FUND SHASTAN Arabic: سرمایه گذار تامین اجتماعی نیروهای مسلح شستان); a.k.a. ARMED FORCES SOCIAL WELFARE INVESTMENT ORGANIZATION OF IRAN; a.k.a. SATA INVESTMENT COMPANY (Arabic: سرمایه گذاری ساتا); a.k.a. SATA MILITARY POWERS SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. "SHASTAN"; a.k.a. "SHESTAN"), No. 132, Khoramshahr Street, Tehran, Iran (Arabic: خیابان خرمشهر پلاک

۱۳۲, تهران, Iran); Shahid Beheshti Avenue, Khorramshahr, Number 138, Tehran, Iran; No. 138, Khorramshahr Street, District 7, Tehran, Tehran Province 1533775511, Iran; Website http://www.esata.ir; alt. Website shastan.ir; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10103653560 (Iran); Registration Number 326039 (Iran) [IRAN-EO13846].

SHATROU, Aliaksandr (a.k.a. SHATROU, Aliaksandr Yauhenavich (Cyrillic: ШАТРОЎ, Аляксандр Яўгенавіч); a.k.a. SHATROU, Alyaksandr; a.k.a. SHATROV, Aleksandr (Cyrillic: ШАТРОВ, Александр); a.k.a. SHATROV, Alexander; a.k.a. SHATROV, Alexander Evgenevich (Cyrillic: ШАТРОВ, Александр Евгеньевич); a.k.a. SHATROV, Alexandr Evgenevich), Belarus; Moscow, Russia; DOB 09 Nov 1978; POB Russia; nationality Belarus; alt. nationality Russia; Gender Male (individual) [BELARUS-EO14038].

SHATROU, Aliaksandr Yauhenavich (Cyrillic: ШАТРОЎ, Аляксандр Яўгенавіч) (a.k.a. SHATROU, Aliaksandr; a.k.a. SHATROU, Alyaksandr; a.k.a. SHATROV, Aleksandr (Cyrillic: ШАТРОВ, Александр); a.k.a. SHATROV, Alexander; a.k.a. SHATROV, Alexander Evgenevich (Cyrillic: ШАТРОВ, Александр Евгеньевич); a.k.a. SHATROV, Alexandr Evgenevich), Belarus; Moscow, Russia; DOB 09 Nov 1978; POB Russia; nationality Belarus; alt. nationality Russia; Gender Male (individual) [BELARUS-EO14038].

SHATROU, Alyaksandr (a.k.a. SHATROU, Aliaksandr; a.k.a. SHATROU, Aliaksandr Yauhenavich (Cyrillic: ШАТРОЎ, Аляксандр Яўгенавіч); a.k.a. SHATROV, Aleksandr (Cyrillic: ШАТРОВ, Александр); a.k.a. SHATROV, Alexander; a.k.a. SHATROV, Alexander Evgenevich (Cyrillic: ШАТРОВ,

Александр Евгеньевич); a.k.a. SHATROV, Alexandr Evgenevich), Belarus; Moscow, Russia; DOB 09 Nov 1978; POB Russia; nationality Belarus; alt. nationality Russia; Gender Male (individual) [BELARUS-EO14038].

SHATROV, Aleksandr (Cyrillic: ШАТРОВ, Александр) (a.k.a. SHATROU, Aliaksandr; a.k.a. SHATROU, Aliaksandr Yauhenavich (Cyrillic: ШАТРОЎ, Аляксандр Яўгенавіч); a.k.a. SHATROU, Alyaksandr; a.k.a. SHATROV, Alexander; a.k.a. SHATROV, Alexander Evgenevich (Cyrillic: ШАТРОВ, Александр Евгеньевич); a.k.a. SHATROV, Alexandr Evgenevich), Belarus; Moscow, Russia; DOB 09 Nov 1978; POB Russia; nationality Belarus; alt. nationality Russia; Gender Male (individual) [BELARUS-EO14038].

SHATROV, Alexander (a.k.a. SHATROU, Aliaksandr; a.k.a. SHATROU, Aliaksandr Yauhenavich (Cyrillic: ШАТРОЎ, Аляксандр Яўгенавіч); a.k.a. SHATROU, Alyaksandr; a.k.a. SHATROV, Aleksandr (Cyrillic: ШАТРОВ, Александр); a.k.a. SHATROV, Alexander Evgenevich (Cyrillic: ШАТРОВ, Александр Евгеньевич); a.k.a. SHATROV, Alexandr Evgenevich), Belarus; Moscow, Russia; DOB 09 Nov 1978; POB Russia; nationality Belarus; alt. nationality Russia; Gender Male (individual) [BELARUS-EO14038].

SHATROV, Alexander Evgenevich (Cyrillic: ШАТРОВ, Александр Евгеньевич) (a.k.a. SHATROU, Aliaksandr; a.k.a. SHATROU, Aliaksandr Yauhenavich (Cyrillic: ШАТРОЎ, Аляксандр Яўгенавіч); a.k.a. SHATROU, Alyaksandr; a.k.a. SHATROV, Aleksandr (Cyrillic: ШАТРОВ, Александр); a.k.a. SHATROV, Alexander; a.k.a. SHATROV, Alexandr Evgenevich), Belarus; Moscow, Russia; DOB 09 Nov 1978; POB Russia; nationality Belarus; alt. nationality Russia; Gender Male (individual) [BELARUS-EO14038].

SHATROV, Alexandr Evgenevich (a.k.a. SHATROU, Aliaksandr; a.k.a. SHATROU, Aliaksandr Yauhenavich (Cyrillic: ШАТРОЎ, Аляксандр Яўгенавіч); a.k.a. SHATROU, Alyaksandr; a.k.a. SHATROV, Aleksandr (Cyrillic: ШАТРОВ, Александр); a.k.a. SHATROV, Alexander; a.k.a. SHATROV, Alexander Evgenevich (Cyrillic: ШАТРОВ, Александр Евгеньевич)), Belarus; Moscow, Russia; DOB 09 Nov 1978; POB Russia; nationality Belarus; alt. nationality Russia; Gender Male (individual) [BELARUS-EO14038].

SHAUMYAN PLANT (a.k.a. LIMITED LIABILITY COMPANY PRODUCTION PLANT NAMED AFTER SHAUMYAN; a.k.a. PROIZVODSTVO ZAVOD IMENI SHAUMYANA), Prd 3-I Rybatskii D. 3, Lit. R, Pomeshch. 5N/406, Saint Petersburg 192177, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805666029 (Russia); Registration Number 1147847428717 (Russia) [RUSSIA-EO14024].

SHAURYA AERONAUTICS PRIVATE LIMITED, T-15, 2nd Floor, Green Park Main, Delhi 110016, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. AAFSC3675P (India); Registration Number U74899DL2000PTC108725 (India) [RUSSIA-EO14024].

SHAUTSOU, Dzmitry Yauhenievich (Cyrillic: ШАЎЦОЎ, Дзмітрый Яўгеньевіч) (a.k.a. SHEVTSOV, Dmitriy Evgenievich (Cyrillic: ШЕВЦОВ, Дмитрий Евгеньевич)), Minsk, Belarus; DOB 03 Nov 1973; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 3031173H001PB8 (Belarus); Secretary General (individual) [RUSSIA-EO14024].

SHAWKAT, Bushra (a.k.a. AL-ASSAD, Bushra (Arabic: بشرى الاسد)), Dubai, United Arab Emirates; DOB 24 Oct 1960; POB Egypt; nationality Syria; Gender Female (individual) [PAARSSR-EO13894].

SHAYESTEH, Bahram Ali (a.k.a. JADALI, Bahrami Ali; a.k.a. SHAYESTEH, Bahrami Ali), 80331 Muenchen, Bayern, Germany; DOB 06 May 1963; alt. DOB 06 Aug 1963; alt. DOB 13 Jun 1958; POB Tehran, Iran (individual) [SDNTK].

SHAYESTEH, Bahrami Ali (a.k.a. JADALI, Bahrami Ali; a.k.a. SHAYESTEH, Bahram Ali), 80331 Muenchen, Bayern, Germany; DOB 06 May 1963; alt. DOB 06 Aug 1963; alt. DOB 13 Jun 1958; POB Tehran, Iran (individual) [SDNTK].

SHAYESTEH, Mehdi Shiarzi (a.k.a. SHAYESTEH, Mehdi Shirazi), Tehran, Iran; Essen, Germany; DOB 08 Jun 1980; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0073165727 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PASARGAD HELICOPTER COMPANY).

SHAYESTEH, Mehdi Shirazi (a.k.a. SHAYESTEH, Mehdi Shiarzi), Tehran, Iran; Essen, Germany; DOB 08 Jun 1980; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary

Sanctions; Gender Male; National ID No. 0073165727 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PASARGAD HELICOPTER COMPANY).

SHAYHUTDINOV, Rifat Gabdulkhakovich (Cyrillic: ШАЙХУТДИНОВ, Рифат Габдулхакович), Russia; DOB 23 Dec 1963; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHAYKHLARI, 'Abd al-Rahman Muhammad Mustafa (a.k.a. AHMAD, Aliazra Ra'ad; a.k.a. AL-BAYATI, Abdul Rahman Muhammad; a.k.a. AL-BAYATI, Tahir Muhammad Khalil Mustafa; a.k.a. AL-QADULI, Abd Al-Rahman Muhammad Mustafa; a.k.a. MUSTAFA, Umar Muhammad Khalil; a.k.a. "ABU ALA"; a.k.a. "ABU HASAN"; a.k.a. "ABU IMAN"; a.k.a. "ABU MUHAMMAD"; a.k.a. "ABU ZAYNA"; a.k.a. "ABU-SHUAYB"; a.k.a. "HAJJI IMAN"); DOB 1959; alt. DOB 1957; POB Mosul, Ninawa Province, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SHAZAND PETROCHEMICAL COMPANY (a.k.a. AR.P.C.; a.k.a. ARAK PETROCHEMICAL COMPANY; a.k.a. SHAZAND PETROCHEMICAL CORPORATION), No. 68, Taban St., Vali Asr Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SHAZAND PETROCHEMICAL CORPORATION (a.k.a. AR.P.C.; a.k.a. ARAK PETROCHEMICAL COMPANY; a.k.a. SHAZAND PETROCHEMICAL COMPANY), No. 68, Taban St., Vali Asr Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SHCHAPOV, Mikhail Viktorovich (Cyrillic: ЩАПОВ, Михаил Викторович), Russia; DOB 20 Sep 1975; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHCHEGLOV, Nikolay Mikhaylovich (Cyrillic: ЩЕГЛОВ, Николай Михайлович), Russia; DOB 16 Mar 1960; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State

Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHCHEGOLEV, Igor Olegovich (a.k.a. SHCHYOGOLEV, Igor Olegovich), Russia; DOB 10 Nov 1965; POB Vinnytsia, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Aide to the President of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

SHCHERBAKOV, Alexander Vladimirovich (Cyrillic: ЩЕРБАКОВ, Александр Владимирович), Russia; DOB 12 May 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHCHERBAKOV, Kirill Konstantinovich, Moscow, Russia; DOB 18 May 1968; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 774302261730 (Russia) (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: OOO YUNIDZHET).

SHCHETININ, Aleksey Yevgenevich (a.k.a. SCHETININ, Alex; a.k.a. SHCHETININ, Alexey; a.k.a. "SHCHETININ, Lesha"), Russia; DOB 22 Aug 1987; nationality Russia; Gender Male; Passport 760960574 (Russia); alt. Passport 713133176 (Russia); National ID No. 4509396564 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP).

SHCHETININ, Alexey (a.k.a. SCHETININ, Alex; a.k.a. SHCHETININ, Aleksey Yevgenevich; a.k.a. "SHCHETININ, Lesha"), Russia; DOB 22 Aug 1987; nationality Russia; Gender Male; Passport 760960574 (Russia); alt. Passport 713133176 (Russia); National ID No. 4509396564 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP).

SHCHYOGOLEV, Igor Olegovich (a.k.a. SHCHEGOLEV, Igor Olegovich), Russia; DOB 10 Nov 1965; POB Vinnytsia, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Aide to the President of the Russian Federation

(individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

SHE, Dylan (a.k.a. SHE, Lunkai; a.k.a. SHE, Zhi Jiang; a.k.a. SHE, Zhijiang (Chinese Simplified: 余智江); a.k.a. TANG, Kriang Kai), Kuok Chanbak, Chaom Chau, Posenchey, Phnom Penh, Cambodia; DOB 26 Jan 1982; POB Shaodong, Hunan Province, China; nationality Burma; alt. nationality Cambodia; Gender Male (individual) [GLOMAG].

SHE, Lunkai (a.k.a. SHE, Dylan; a.k.a. SHE, Zhi Jiang; a.k.a. SHE, Zhijiang (Chinese Simplified: 余智江); a.k.a. TANG, Kriang Kai), Kuok Chanbak, Chaom Chau, Posenchey, Phnom Penh, Cambodia; DOB 26 Jan 1982; POB Shaodong, Hunan Province, China; nationality Burma; alt. nationality Cambodia; Gender Male (individual) [GLOMAG].

SHE, Zhi Jiang (a.k.a. SHE, Dylan; a.k.a. SHE, Lunkai; a.k.a. SHE, Zhijiang (Chinese Simplified: 余智江); a.k.a. TANG, Kriang Kai), Kuok Chanbak, Chaom Chau, Posenchey, Phnom Penh, Cambodia; DOB 26 Jan 1982; POB Shaodong, Hunan Province, China; nationality Burma; alt. nationality Cambodia; Gender Male (individual) [GLOMAG].

SHE, Zhijiang (Chinese Simplified: 余智江) (a.k.a. SHE, Dylan; a.k.a. SHE, Lunkai; a.k.a. SHE, Zhi Jiang; a.k.a. TANG, Kriang Kai), Kuok Chanbak, Chaom Chau, Posenchey, Phnom Penh, Cambodia; DOB 26 Jan 1982; POB Shaodong, Hunan Province, China; nationality Burma; alt. nationality Cambodia; Gender Male (individual) [GLOMAG].

SHEHAB, Sami (a.k.a. HALAWI, Hani; a.k.a. MANSOUR, Mohammad Yousef; a.k.a. MANSOUR, Mohammad Youssef; a.k.a. MANSUR, Mohammad Yusuf Ahmad; a.k.a. MANSUR, Muhammad Yusif Ahmad; a.k.a. MANSUR, Muhammad Yusuf Ahmad; a.k.a. SHIHAB, Sami Hani; a.k.a. "HILLAWI, Jamal Hani"; a.k.a. "SAMI, Salem Bassem"; a.k.a. "SHIHAB, Muhammad Yusuf Mansur Sami"), Beirut, Lebanon; DOB 14 Sep 1970; alt. DOB 01 Jan 1974; alt. DOB 1980; POB Bint Jubayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SHEHADEH, Rafik (a.k.a. SHAHADAH, Rafiq; a.k.a. SHAHADAH, Rafiq Mahmoud; a.k.a. SHIHADA, Rafiq; a.k.a. SHIHADAH, Rafiq; a.k.a. SHIHADAH, Wafiq), Syria; DOB 1954;

POB Al-Sharasheer, Jableh, Latakia, Syria; Gender Male (individual) [PAARSSR-EO13894].

SHEHBAZ, Malik Zafar Iqbal (a.k.a. CHAUDHRY, Zafar Iqbal; a.k.a. IQBAL, Malik Zafar; a.k.a. IQBAL, Muhammad Zafar; a.k.a. IQBAL, Zafar; a.k.a. IQBAL, Zaffer; a.k.a. SHAHBAZ, Malik Zafar Iqbal), Masjid al-Qadesia, 4 Lake Road, Lahore, Pakistan; DOB 04 Oct 1953; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport DG5149481 issued 22 Aug 2006 expires 21 Aug 2011; alt. Passport A2815665; National ID No. 35202-4135948-7; alt. National ID No. 29553654234; Professor; Doctor (individual) [SDGT].

SHEIKH BAHAEI CENTER (a.k.a. SHEIKH BAHA'I SCIENCE AND TECHNOLOGY RESEARCH CENTER), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHEIKH BAHA'I SCIENCE AND TECHNOLOGY RESEARCH CENTER (a.k.a. SHEIKH BAHAEI CENTER), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHEIKH MOHAMMED, Amir Azam (a.k.a. AZAM, Amir), c/o A A TRADING FZCO, Dubai, United Arab Emirates; Dubai, United Arab Emirates; DOB 02 Nov 1971; POB Chiswick, England; citizen United Arab Emirates; Passport 039856039 (United Kingdom) (individual) [SDNTK].

SHEIKH YAHYA, Abu Yahya (a.k.a. ABU BAKAR, Mohammad Hassan; a.k.a. AL SAHRAWI, Abu Yahya Yunis; a.k.a. AL-LIBI, Abu Yahya; a.k.a. AL-LIBI, Muhammad Hasan; a.k.a. QA'ID, Hasan; a.k.a. QA'ID, Hasan Muhammad Abu Bakr; a.k.a. QAYED, Muhammad Hassan; a.k.a. RASHID, Abu Yunus); DOB 1963; POB Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SHEIKH, Mohammad Nayeem (a.k.a. NAEEM, Muhammad; a.k.a. SHEIKH, Muhammad Naeem; a.k.a. "NAEEM, Sheikh"; a.k.a. "NAIM, Shaikh"), 122 Ahmed Block, New Garden Town, Lahore, Pakistan; 111-C Multan Road, Lahore, Pakistan; 2-Chamberlain Road, Lahore, Pakistan; DOB 04 Sep 1950; POB Lahore, Pakistan; nationality Pakistan; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BP5191731 (Pakistan) expires 12 May 2012; National ID No. 35202-1963173-9 (Pakistan); Engineer (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

SHEIKH, Muhammad Naeem (a.k.a. NAEEM, Muhammad; a.k.a. SHEIKH, Mohammad Nayeem; a.k.a. "NAEEM, Sheikh"; a.k.a. "NAIM, Shaikh"), 122 Ahmed Block, New Garden Town, Lahore, Pakistan; 111-C Multan Road, Lahore, Pakistan; 2-Chamberlain Road, Lahore, Pakistan; DOB 04 Sep 1950; POB Lahore, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BP5191731 (Pakistan) expires 12 May 2012; National ID No. 35202-1963173-9 (Pakistan); Engineer (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

SHEIKH, Qari Muhammad Yaqoob (a.k.a. SHEIKH, Qari Muhammad Yaqub; a.k.a. YAQOOB, Mohammad; a.k.a. YAQOOB, Qari Shaikh Muhammad); DOB 20 Dec 1972; POB Bahawalpur, Punjab, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BX5192361 (Pakistan) issued 04 Aug 2007 expires 02 Aug 2012; National ID No. 3120128002365 (Pakistan) (individual) [SDGT].

SHEIKH, Qari Muhammad Yaqub (a.k.a. SHEIKH, Qari Muhammad Yaqoob; a.k.a. YAQOOB, Mohammad; a.k.a. YAQOOB, Qari Shaikh Muhammad); DOB 20 Dec 1972; POB Bahawalpur, Punjab, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BX5192361 (Pakistan) issued 04 Aug 2007 expires 02 Aug 2012; National ID No. 3120128002365 (Pakistan) (individual) [SDGT].

SHEIKH, Umair Naeem (a.k.a. NAEEM, Umair), 112 Ahmed Block, New Garden Town, Lahore, Pakistan; DOB 19 Sep 1980; POB Lahore, Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AQ5192272 (Pakistan) expires 28 Jul 2012; National ID No. 35202-7366227-7 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: ABDUL HAMEED SHAHAB-UD-DIN).

SHEIKIN, Artem Gennadyevich (Cyrillic: ШЕЙКИН, Артём Геннадьевич) (a.k.a. SHEYKIN, Artyom Gennadievich), Russia; DOB 25 Mar 1980; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHEIMAN, Victor Uladzimiravich (a.k.a. SHEIMAN, Victor Vladimirovich; a.k.a. SHEIMAN, Viktar Uladzimiravich; a.k.a. SHEIMAN, Viktar Vladimirovich; a.k.a. SHEIMAN, Viktor Uladzimiravich; a.k.a. SHEIMAN, Viktor Vladimirovich; a.k.a. SHEYMAN, Victor Uladzimiravich; a.k.a. SHEYMAN, Victor Vladimirovich; a.k.a. SHEYMAN, Viktar Uladzimiravich; a.k.a. SHEYMAN, Viktar Vladimirovich; a.k.a. SHEYMAN, Viktor Uladzimiravich; a.k.a. SHEYMAN, Viktor Vladimirovich); DOB 26 May 1958; POB Soltanishka, Voronovskovo, Belarus; alt. POB Grodno, Belarus; State Secretary of the Security Council; former Prosecutor General (individual) [BELARUS].

SHEIMAN, Victor Vladimirovich (a.k.a. SHEIMAN, Victor Uladzimiravich; a.k.a. SHEIMAN, Viktar Uladzimiravich; a.k.a. SHEIMAN, Viktar Vladimirovich; a.k.a. SHEIMAN, Viktor Uladzimiravich; a.k.a. SHEIMAN, Viktor Vladimirovich; a.k.a. SHEYMAN, Victor Uladzimiravich; a.k.a. SHEYMAN, Victor Vladimirovich; a.k.a. SHEYMAN, Viktar Uladzimiravich; a.k.a. SHEYMAN, Viktar Vladimirovich; a.k.a. SHEYMAN, Viktor Uladzimiravich; a.k.a. SHEYMAN, Viktor Vladimirovich); DOB 26 May 1958; POB Soltanishka, Voronovskovo, Belarus; alt. POB Grodno, Belarus; State Secretary of the Security Council; former Prosecutor General (individual) [BELARUS].

SHEIMAN, Viktar Uladzimiravich (a.k.a. SHEIMAN, Victor Uladzimiravich; a.k.a. SHEIMAN, Victor Vladimirovich; a.k.a. SHEIMAN, Viktar Vladimirovich; a.k.a. SHEIMAN, Viktor Uladzimiravich; a.k.a. SHEIMAN, Viktor Vladimirovich; a.k.a. SHEYMAN, Victor Uladzimiravich; a.k.a. SHEYMAN, Victor Vladimirovich; a.k.a. SHEYMAN, Viktar Uladzimiravich; a.k.a. SHEYMAN, Viktar Vladimirovich; a.k.a. SHEYMAN, Viktor Uladzimiravich; a.k.a. SHEYMAN, Viktor Vladimirovich); DOB 26 May 1958; POB Soltanishka, Voronovskovo, Belarus; alt. POB Grodno, Belarus; State Secretary of the Security Council; former Prosecutor General (individual) [BELARUS].

SHEIMAN, Viktar Vladimirovich (a.k.a. SHEIMAN, Victor Uladzimiravich; a.k.a. SHEIMAN, Victor Vladimirovich; a.k.a. SHEIMAN, Viktar Uladzimiravich; a.k.a. SHEIMAN, Viktor Uladzimiravich; a.k.a. SHEIMAN, Viktor Vladimirovich; a.k.a. SHEYMAN, Victor Uladzimiravich; a.k.a. SHEYMAN, Victor Vladimirovich; a.k.a. SHEYMAN, Viktar Uladzimiravich; a.k.a. SHEYMAN, Viktar Vladimirovich; a.k.a. SHEYMAN, Viktor Uladzimiravich; a.k.a. SHEYMAN, Viktor Vladimirovich); DOB 26 May 1958; POB Soltanishka, Voronovskovo, Belarus; alt. POB Grodno, Belarus; State Secretary of the Security Council; former Prosecutor General (individual) [BELARUS].

SHEIMAN, Viktor Uladzimiravich (a.k.a. SHEIMAN, Victor Uladzimiravich; a.k.a. SHEIMAN, Victor Vladimirovich; a.k.a. SHEIMAN, Viktar Uladzimiravich; a.k.a. SHEIMAN, Viktar Vladimirovich; a.k.a. SHEIMAN, Viktor Vladimirovich; a.k.a. SHEYMAN, Victor Uladzimiravich; a.k.a. SHEYMAN, Victor Vladimirovich; a.k.a. SHEYMAN, Viktar Uladzimiravich; a.k.a. SHEYMAN, Viktar Vladimirovich; a.k.a. SHEYMAN, Viktor Uladzimiravich; a.k.a. SHEYMAN, Viktor Vladimirovich); DOB 26 May 1958; POB Soltanishka, Voronovskovo, Belarus; alt. POB Grodno, Belarus; State Secretary of the Security Council; former Prosecutor General (individual) [BELARUS].

SHEIMAN, Viktor Vladimirovich (a.k.a. SHEIMAN, Victor Uladzimiravich; a.k.a. SHEIMAN, Victor Vladimirovich; a.k.a. SHEIMAN, Viktar Uladzimiravich; a.k.a. SHEIMAN, Viktar Vladimirovich; a.k.a. SHEIMAN, Viktor Uladzimiravich; a.k.a. SHEYMAN, Victor Uladzimiravich; a.k.a. SHEYMAN, Victor Vladimirovich; a.k.a. SHEYMAN, Viktar Uladzimiravich; a.k.a. SHEYMAN, Viktar Vladimirovich; a.k.a. SHEYMAN, Viktor Uladzimiravich; a.k.a. SHEYMAN, Viktor Vladimirovich); DOB 26 May 1958; POB Soltanishka, Voronovskovo, Belarus; alt. POB Grodno, Belarus; State Secretary of the Security Council; former Prosecutor General (individual) [BELARUS].

SHEIN, Andrey (a.k.a. SHEIN, Andrey Borisovich); DOB 19 Jun 1971; POB Ivanovskaya Oblast, Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Head of the Border Directorate - Head of the Coast Guard Unit of the Federal Security

Service of the Russian Federation (individual) [UKRAINE-EO13661].

SHEIN, Andrey Borisovich (a.k.a. SHEIN, Andrey); DOB 19 Jun 1971; POB Ivanovskaya Oblast, Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Head of the Border Directorate - Head of the Coast Guard Unit of the Federal Security Service of the Russian Federation (individual) [UKRAINE-EO13661].

SHEIN, U Win (a.k.a. SHEIN, Win), Myananyadanar, Naypyitaw, Burma; DOB 31 Jul 1957; POB Mandalay, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM001478 (Burma) issued 10 Sep 2012 expires 09 Sep 2022; National ID No. 12DAGANA011336 (Burma); Minister for Planning, Finance, and Industry (individual) [BURMA-EO14014].

SHEIN, Win (a.k.a. SHEIN, U Win), Myananyadanar, Naypyitaw, Burma; DOB 31 Jul 1957; POB Mandalay, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM001478 (Burma) issued 10 Sep 2012 expires 09 Sep 2022; National ID No. 12DAGANA011336 (Burma); Minister for Planning, Finance, and Industry (individual) [BURMA-EO14014].

SHEKA, Ntabo Ntaberi; DOB 04 Apr 1976; POB Walikale Territory, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Commander in Chief, Nduma Defense of Congo, Mayi Mayi Sheka group (individual) [DRCONGO].

SHEKAU, Abubakar (a.k.a. BI MUHAMMED, Abu Muhammed Abubakar; a.k.a. BIN MOHAMMED, Abu Mohammed Abubakar; a.k.a. "SHAYKU"; a.k.a. "SHEHU"; a.k.a. "SHEKAU"), Nigeria; DOB 1969; POB Shekau Village, Yobe State, Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SHEKUFEI INTERNATIONAL TRADING CO., LIMITED, Room 3224 Qinghai Building, Tiangqing Village, Tin Shui Wai Yuen Long District, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 03 Jun 2021; Registration Number 3054573 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

SHELESTENKO, Gennadiy Aleksandrovich (Cyrillic: ШЕЛЕСТЕНКО, Геннадий Александрович) (a.k.a. SHELESTENKO, Hennadiy Oleksandrovych (Cyrillic: ШЕЛЕСТЕНКО, Геннадій Олександрович)), Apartment 360, 75 Stepan Razin Street, Kherson, Kherson Region, Ukraine; DOB 16 Aug 1966; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2433418476 (Ukraine) (individual) [RUSSIA-EO14024].

SHELESTENKO, Hennadiy Oleksandrovych (Cyrillic: ШЕЛЕСТЕНКО, Геннадій Олександрович) (a.k.a. SHELESTENKO, Gennadiy Aleksandrovich (Cyrillic: ШЕЛЕСТЕНКО, Геннадий Александрович)), Apartment 360, 75 Stepan Razin Street, Kherson, Kherson Region, Ukraine; DOB 16 Aug 1966; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2433418476 (Ukraine) (individual) [RUSSIA-EO14024].

SHELF TRADING LIMITED, Room 602, 6/F, Kai Yu Commercial Building, 2C Argyle Street, Mongkok, Kowloon, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 29 Sep 2022; Company Number 3194862 (Hong Kong); Business Registration Number 74467799 (Hong Kong) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SHEMAZASHVILI, Koba Shalvovich (a.k.a. SHERMAZASHVILI, Koba; a.k.a. "KOBA RUSTAVSKIY"; a.k.a. "TSITSILA"); DOB 1974; POB Rustavi, Georgia (individual) [TCO].

SHEN YANG JING CHENG MACHINERY IMP&EXP. CO., LIMITED (Chinese Traditional: 安營集團有限公司) (a.k.a. SHEN YANG JING CHENG MACHINERY IMPANDEXP. CO., LIMITED), Tsim Sha Tsui, Hong Kong; Surat Thani 84320, Thailand; Beijing, China; Wan Chai, Hong Kong; Causeway Bay, Hong Kong; Central, Hong Kong; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number 1328682 (Hong Kong) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

SHEN YANG JING CHENG MACHINERY IMPANDEXP. CO., LIMITED (a.k.a. SHEN YANG JING CHENG MACHINERY IMP&EXP. CO., LIMITED (Chinese Traditional: 安營集團有限公司)), Tsim Sha Tsui, Hong Kong; Surat Thani 84320, Thailand; Beijing, China; Wan Chai, Hong Kong; Causeway Bay, Hong Kong; Central, Hong Kong; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number 1328682 (Hong Kong) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

SHEN ZHONG INTERNATIONAL SHPG (Chinese Traditional: 沈忠國際海運有限公司), Unit 503, 5th Floor, Silvercord Tower 2, 30, Canton Road, Tsim Sha Tsui, Kowloon, Hong Kong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5604962 [DPRK4].

SHEN, Luqian, Room 32.33, No. 18, Dongayicun, Xuhui District, Shanghai, China; DOB 25 Feb 1987; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e); Passport G54213480 (China) (individual) [IRAN-EO13846].

SHEN, Weisheng, Zhejiang, China; DOB 01 Nov 1957; POB Haimen, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G23381737 (China) issued 13 Jun 2007 expires 12 Jun 2017; National ID No. 330103195711011317 (China) (individual) [NPWMD] [IFSR] (Linked To: ZHEJIANG QINGJI IND. CO., LTD).

SHEN, Xingbiao (Chinese Simplified: 沈兴标) (a.k.a. "SHEN, Mike"), No. 20, Group 5 Junshe Village, Lvliang Township, Jinhu County, Jiangsu Province, China (Chinese Simplified: 军舍村五组20号, 吕良镇, 金湖县, 江苏省, China); DOB 04 May 1985; POB Jiangsu, China; nationality China; Email Address

183322875@qq.com; Gender Male; Digital Currency Address - XBT 3B7S6zrgxQVQUHTU8wstM23tB9afE7ojuX; Digital Currency Address - ETH 0x530a64c0ce595026a4a556b703644228179e2d57; Phone Number 8613337963690; alt. Phone Number 8615189626230; Digital Currency Address - USDT TEAqwfMhXLaomXhZ8KeMhx3njGmQEDnsUR; National ID No. 320831198505045212 (China) (individual) [ILLICIT-DRUGS-EO14059].

SHEN, Yueyue (Chinese Simplified: 沈跃跃; Chinese Traditional: 沈躍躍), Beijing, China; DOB Jan 1957; POB Ningbo, Zhejiang Province, China; citizen China; Gender Female; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

SHENG CORE TECHNOLOGY CO LIMITED (Chinese Simplified: 晟芯科技有限公司), Block, Huaqiang North Street, Huaqiang Plaza, Futian District, Shenzhen 518028, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 2188480 (Hong Kong) [RUSSIA-EO14024].

SHENYANG GEUMPUNGRI NETWORK TECHNOLOGY CO., LTD (a.k.a. "GUEMPUNGRI"), HuangHeBei Street No. 70-2, 1-11-1, YuHong Area, Shenyang, Liaoning, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Other information technology and computer service activities [DPRK2] (Linked To: CHINYONG INFORMATION TECHNOLOGY COOPERATION COMPANY).

SHENZHEN 5G HIGH-TECH INNOVATION CO., LIMITED (Chinese Simplified: 深圳五力高科创新科技有限公司) (a.k.a. SHENZHEN WU LI GAO KE INNOVATION SCIENCE AND TECHNOLOGY CO., LTD; a.k.a. SHENZHEN WU LI GAOKE CHUANGXIN YOUXIAN GONGSI), 502, Block B, Rongchaolong Building, Longfu Road, Shangjing Community, Longcheng Street, Longgang District, Shenzhen, China; 306 No. 66 Huayuan Road, Pingxi Community, Pingdi Street, Longgang District, Shenzhen, Guangdong Province, China; Organization Established Date 13 Dec 2022; Unified Social Credit Code (USCC) 91440300MA5HLP0L6L (China) [BELARUS-EO14038] (Linked To: PELENG JSC).

SHENZHEN A TECHNOLOGY CO LTD (a.k.a. SHENZHEN AIYI TECHNOLOGY COMPANY LIMITED), No. 18, Zima, Qianhai Shenzhen Hong Kong Cooperation Zone, Qianhai Xiangbin Building, Shenzhen 1101-A010, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Sep 2022; Company Number 440300217595868 (China); Unified Social Credit Code (USCC) 91440300MA5HGXD28E (China) [RUSSIA-EO14024].

SHENZHEN AIMI INTERNATIONAL LOGISTICS CO LTD (a.k.a. SHENZHEN AMOR LOGISTICS CO LTD), Unit 806, Huafeng Building, No. 6006 Shennan Avenue, Futian District, Shenzhen, Guangdong, China; Website amorlogis.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 20 Jun 2017; Registration Number 440300201508973 (China); Unified Social Credit Code (USCC) 91440300MA5EKR079F (China) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHENZHEN AIYI TECHNOLOGY COMPANY LIMITED (a.k.a. SHENZHEN A TECHNOLOGY CO LTD), No. 18, Zima, Qianhai Shenzhen Hong Kong Cooperation Zone, Qianhai Xiangbin Building, Shenzhen 1101-A010, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Sep 2022; Company Number 440300217595868 (China); Unified Social Credit Code (USCC) 91440300MA5HGXD28E (China) [RUSSIA-EO14024].

SHENZHEN AMOR LOGISTICS CO LTD (a.k.a. SHENZHEN AIMI INTERNATIONAL LOGISTICS CO LTD), Unit 806, Huafeng Building, No. 6006 Shennan Avenue, Futian District, Shenzhen, Guangdong, China; Website amorlogis.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 20 Jun 2017; Registration Number 440300201508973 (China); Unified Social Credit Code (USCC) 91440300MA5EKR079F (China) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHENZHEN BAIOUSEN BIOTECHNOLOGY CO LTD (a.k.a. SHENZHEN BIOSEN BIO TECH CO LTD (Chinese Simplified: 深圳市柏欧森生物科技有限公司); a.k.a. SHENZHEN BOOUSEN BIOLOGICAL TECHNOLOGY CO LTD), No. 611, 6th Floor, Huafeng International Business Building, No. 4018 Bao'an Avenue, Bao'an District, Shenzhen, Guangdong 518100, China; Room 311, Pengji Business Space Building, No. 50, Bagua 1st Road, Hualin Community, Yaunling St, Futian District, Shenzhen, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 440301106701324 (China); Unified Social Credit Code (USCC) 91440300057879335K (China) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU OMNITREID).

SHENZHEN BIGUANG TRADING CO., LTD (Chinese Simplified: 深圳比广贸易有限公司), 18E, Block B, World Trade Square, No. 9 Fuhong Road, Funnan Community, Futian Street, Futian District, Shenzhen, Guangdong, China (Chinese Simplified: 福田区福田街道福南社区福虹路9号世贸广场B座18E, 深圳市, 广东省, China); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Dec 2020; Unified Social Credit Code (USCC) 91440300MA5GH3DL64 (China) [RUSSIA-EO14024].

SHENZHEN BIOSEN BIO TECH CO LTD (Chinese Simplified: 深圳市柏欧森生物科技有限公司) (a.k.a. SHENZHEN BAIOUSEN BIOTECHNOLOGY CO LTD; a.k.a. SHENZHEN BOOUSEN BIOLOGICAL TECHNOLOGY CO LTD), No. 611, 6th Floor, Huafeng International Business Building, No. 4018 Bao'an Avenue, Bao'an District, Shenzhen, Guangdong 518100, China; Room 311, Pengji Business Space Building, No. 50, Bagua 1st Road, Hualin Community, Yaunling St, Futian District, Shenzhen, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 440301106701324 (China); Unified Social Credit Code (USCC) 91440300057879335K (China) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU OMNITREID).

SHENZHEN BOOUSEN BIOLOGICAL TECHNOLOGY CO LTD (a.k.a. SHENZHEN BAIOUSEN BIOTECHNOLOGY CO LTD; a.k.a. SHENZHEN BIOSEN BIO TECH CO LTD (Chinese Simplified: 深圳市柏欧森生物科技有限公司)), No. 611, 6th

Floor, Huafeng International Business Building, No. 4018 Bao'an Avenue, Bao'an District, Shenzhen, Guangdong 518100, China; Room 311, Pengji Business Space Building, No. 50, Bagua 1st Road, Hualin Community, Yaunling St, Futian District, Shenzhen, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 440301106701324 (China); Unified Social Credit Code (USCC) 91440300057879335K (China) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU OMNITREID).

SHENZHEN BOYU IMPORT EXPORT COMPANY LIMITED (a.k.a. SHENZHEN BOYU IMPORTS AND EXPORTS CO., LTD.), Cui Zhui Jie Dao Wen Jin Lu Dong Wen Jin Guang Chang Wen An Zhong, Xin, Shenzhen, Guangdong Province 51800, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Mar 2010; Unified Social Credit Code (USCC) 91440300552135659Y (China) [SDGT] (Linked To: ANSARALLAH).

SHENZHEN BOYU IMPORTS AND EXPORTS CO., LTD. (a.k.a. SHENZHEN BOYU IMPORT EXPORT COMPANY LIMITED), Cui Zhui Jie Dao Wen Jin Lu Dong Wen Jin Guang Chang Wen An Zhong, Xin, Shenzhen, Guangdong Province 51800, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Mar 2010; Unified Social Credit Code (USCC) 91440300552135659Y (China) [SDGT] (Linked To: ANSARALLAH).

SHENZHEN C S IM EXPORT LTD (a.k.a. "CS IM EXPORT LIMITED"), Rm 60407 6/F Blk 1, Fantasia Mic Plaza, Nanhai Rd 1113-1115, Nanshan District, Shenzhen 518000, China; Room 1602, Building 2, Ganglong Fortune International Building, No. 99, Xiahe Road, Kunshan, Jiangsu Province, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 440301105890954 (China); Unified Social Credit Code (USCC) 914403005879007795 (China) [RUSSIA-EO14024].

SHENZHEN CASPRO TECHNOLOGY CO., LTD (a.k.a. CASPRO TECHNOLOGY CO., LIMITED; a.k.a. CASPRO TECHNOLOGY CO., LTD; a.k.a. CASPRO TECHNOLOGY LTD; a.k.a. SHENZHEN CASPRO TECHNOLOGY LTD.), Room203, B Bldg, No. 57, Busha Road,

Nanwan, Longgang, Shenzhen, Guangdong 518114, China; Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 May 2018; Business Registration Number 2536463 (Hong Kong) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

SHENZHEN CASPRO TECHNOLOGY LTD. (a.k.a. CASPRO TECHNOLOGY CO., LIMITED; a.k.a. CASPRO TECHNOLOGY CO., LTD; a.k.a. CASPRO TECHNOLOGY LTD; a.k.a. SHENZHEN CASPRO TECHNOLOGY CO., LTD), Room203, B Bldg, No. 57, Busha Road, Nanwan, Longgang, Shenzhen, Guangdong 518114, China; Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 May 2018; Business Registration Number 2536463 (Hong Kong) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

SHENZHEN CITY MEAN WELL ELECTRONICS CO., LTD. (Chinese Simplified: 深圳市明纬电器有限公司) (a.k.a. "SHENZHEN MINGWEI ELECTRIC APPLIANCE CO., LTD."), Room 303, Building 13, Changfa Middle Road, Bantian Street, Longgang District, Shenzhen, Guangdong Province, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 25 Mar 2013; Unified Social Credit Code (USCC) 91440300065459840D (China) [NPWMD] (Linked To: SHI, Anhui).

SHENZHEN DAXIE FREIGHT AGENCY CO LTD (a.k.a. GREAT SHARE INTERNATIONAL LOGISTICS LIMITED (Chinese Simplified: 深圳市大协国际货运代理有限公司); a.k.a. SHENZHEN DAXIE INTERNATIONAL FREIGHT SHIPPING CO LTD; a.k.a. SHENZHEN FEDERATION OF INTERNATIONAL FREIGHT FORWARDING CO LTD), Room 2210, Building 2, Nanguang City Garden, at the intersection of Nanshan District Avenue and Chuangye Road, Shenzhen, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91440300584057093C (China) [RUSSIA-EO14024].

SHENZHEN DAXIE INTERNATIONAL FREIGHT SHIPPING CO LTD (a.k.a. GREAT SHARE INTERNATIONAL LOGISTICS LIMITED (Chinese Simplified: 深圳市大协国际货运代理有限公司); a.k.a. SHENZHEN DAXIE FREIGHT AGENCY CO LTD; a.k.a. SHENZHEN FEDERATION OF INTERNATIONAL FREIGHT FORWARDING CO LTD), Room 2210, Building 2, Nanguang City Garden, at the intersection of Nanshan District Avenue and Chuangye Road, Shenzhen, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91440300584057093C (China) [RUSSIA-EO14024].

SHENZHEN FEDERATION OF INTERNATIONAL FREIGHT FORWARDING CO LTD (a.k.a. GREAT SHARE INTERNATIONAL LOGISTICS LIMITED (Chinese Simplified: 深圳市大协国际货运代理有限公司); a.k.a. SHENZHEN DAXIE FREIGHT AGENCY CO LTD; a.k.a. SHENZHEN DAXIE INTERNATIONAL FREIGHT SHIPPING CO LTD), Room 2210, Building 2, Nanguang City Garden, at the intersection of Nanshan District Avenue and Chuangye Road, Shenzhen, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91440300584057093C (China) [RUSSIA-EO14024].

SHENZHEN GUANGSHENDA ADVANCED EQUIPMENT CO., LTD. (a.k.a. JARVIS HK CO., LIMITED), No. 38-3, Longhua Yingtai Road, Shenzhen, China; 2F, Building 1, Pingliang Road, Shanghai, China; House 13, Street 28, F6/1, Islamabad, Pakistan; Room 1201, 12/F Tai Sang Bank Building 130-132 Des Vouex Road, Central, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Nov 2010; Business Registration Number 1532250 (Hong Kong) [RUSSIA-EO14024] (Linked To: HU, Xiaoxun).

SHENZHEN HUASHENG INDUSTRIAL CO LTD (a.k.a. SHENZHEN HUASHENG INDUSTRY CO LTD (Chinese Simplified: 深圳市华圣工业有限公司)), 415, Building 5, Nanshan Cloud Valley Innovation Industrial Park Phase 2, Pingshan Community, Taoyuan Street, Nanshan District, Shenzhen, China (Chinese Simplified: 南山云谷创业园二期5栋415, 桃源街道平山社区, 市南山区, 深圳, China); Floor 4, Building 4,

Yalian Haoshida Industrial Factory, No. 5022, Wuhe Boulevard, Gangtou Community, Bantian Street, Longgang District, Shenzhen, China (Chinese Simplified: 四层

亚莲好时达工业厂区厂房四栋,

岗头社区五和大道5022号, 市龙岗区坂田街道, 深圳市, China); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2023; Business Registration Number 440300219582096 (China); Unified Social Credit Code (USCC) 91440300MA5HX67X24 (China) [RUSSIA-EO14024].

SHENZHEN HUASHENG INDUSTRY CO LTD (Chinese Simplified: 深圳市华圣工业有限公司) (a.k.a. SHENZHEN HUASHENG INDUSTRIAL CO LTD), 415, Building 5, Nanshan Cloud Valley Innovation Industrial Park Phase 2, Pingshan Community, Taoyuan Street, Nanshan District, Shenzhen, China (Chinese Simplified: 南山云谷创业园二期5栋415,

桃源街道平山社区, 市南山区, 深圳, China); Floor 4, Building 4, Yalian Haoshida Industrial Factory, No. 5022, Wuhe Boulevard, Gangtou Community, Bantian Street, Longgang District, Shenzhen, China (Chinese Simplified: 四层

亚莲好时达工业厂区厂房四栋,

岗头社区五和大道5022号, 市龙岗区坂田街道, 深圳市, China); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2023; Business Registration Number 440300219582096 (China); Unified Social Credit Code (USCC) 91440300MA5HX67X24 (China) [RUSSIA-EO14024].

SHENZHEN HUASHUO SEMICONDUCTOR CO LTD (Chinese Simplified:

深圳市华朔半导体有限公司) (a.k.a. HUASHUO SEMICONDUCTOR CO LTD), B1403, Huangjia Business Center, Minzhi Street, Shenzhen 518000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91440300359998807C (China) [RUSSIA-EO14024].

SHENZHEN JIA SIBO SCIENCE AND TECHNOLOGY CO., LTD. (a.k.a. SHENZHEN JIASIBO TECHNOLOGY CO., LTD.), No. 57, Busha Road, Buji, Longgang, Shenzhen, Guangdong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 08 May 2012; Registration Number 440307106211599 (China); Unified Social Credit Code (USCC) 91440300595653122J (China) [NPWMD] [IFSR]

(Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

SHENZHEN JIASIBO TECHNOLOGY CO., LTD. (a.k.a. SHENZHEN JIA SIBO SCIENCE AND TECHNOLOGY CO., LTD.), No. 57, Busha Road, Buji, Longgang, Shenzhen, Guangdong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 08 May 2012; Registration Number 440307106211599 (China); Unified Social Credit Code (USCC) 91440300595653122J (China) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

SHENZHEN JINGHON ELECTRONICS LIMITED (a.k.a. JINGHON ELECTRONICS LIMITED; a.k.a. SHENZHEN JINGHONG ELECTRONIC TECHNOLOGY CO. LTD.; a.k.a. "JH CIRCUITS"), #2F195, Block B, Building Gusuhuating, 38 Gushu First Road, Xixiang Street, Bao'an District, Shenzhen, Guangdong, China; Room 602, Building C, Qianwan High Technology Industrial Park, Bao'an District, Shenzhen, Guangdong, China; Website www.jhcircuits.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 29 Jun 2016; Unified Social Credit Code (USCC) 91440300MA5DFHBE0X (China) [SDGT] (Linked To: ANSARALLAH).

SHENZHEN JINGHONG ELECTRONIC TECHNOLOGY CO. LTD. (a.k.a. JINGHON ELECTRONICS LIMITED; a.k.a. SHENZHEN JINGHON ELECTRONICS LIMITED; a.k.a. "JH CIRCUITS"), #2F195, Block B, Building Gusuhuating, 38 Gushu First Road, Xixiang Street, Bao'an District, Shenzhen, Guangdong, China; Room 602, Building C, Qianwan High Technology Industrial Park, Bao'an District, Shenzhen, Guangdong, China; Website www.jhcircuits.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 29 Jun 2016; Unified Social Credit Code (USCC) 91440300MA5DFHBE0X (China) [SDGT] (Linked To: ANSARALLAH).

SHENZHEN LIANLISHENG BIOTECHNOLOGY CO LTD (Chinese Simplified:

深圳联力盛生物科技有限公司) (a.k.a. SHENZHEN UNISON BIO TECH CO LTD; a.k.a. SHENZHEN UNISON BIOSEN BIO TECH CO LTD), Room 312, Pengji Business Space-Time Building, No. 50, Bagua 1st Road,

Hualin Community, Yuanling Street, Futian District, Shenzhen, Guangdong 518048, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 440301103983235 (China); Unified Social Credit Code (USCC) 91440300687558034B (China) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU OMNITREID).

SHENZHEN ONE WORLD INTERNATIONAL LOGISTICS CO LTD, Rm 3005, 30/F, Hongchang Sq B, Shennan East Roa, Luohu District, Shenzhen, 518002, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Wholesale of electronic and telecommunications equipment and parts [RUSSIA-EO14024].

SHENZHEN RAYMING ELECTRONIC CO LTD (Chinese Simplified: 深圳市雷明电子有限公司) (a.k.a. RAYMING PCB AND ASSEMBLY; a.k.a. RAYMING TECHNOLOGY; a.k.a. RAYMING TECHNOLOGY HK CO LIMITED (Chinese Traditional: 雷鳴科技香港有限公司)), 601, L3#, Exhibition Bay South, Zhanyun Road, Fuhai Bao'an, Shenzhen, Guangdong, China; Room 02, Area B, 4th Floor, Building 12, Fuan Second Industrial City, Dayang Development Zone, Fuyong Street, Shenzhen, Guangdong 518100, China; Office No. 3, 10/F, Witty Commercial Building, 1A-1L Tung Choi Street, Mongkok, Kowloon, Hong Kong, China; Website www.raypcb.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 52543426 (Hong Kong); Unified Social Credit Code (USCC) 91440300595655179U (China) [NPWMD] [IFSR] (Linked To: DEHGHAN FARSI, Mohamadreza).

SHENZHEN RION TECHNOLOGY CO., LTD. (a.k.a. RION TECHNOLOGY), 4F, Building 1, Phase II Workshop, Fu'an Industrial City, Dayang Development Zone, Fuyong Sub-District, Baoan District, Shenzhen, Guangdong 518100, China; No. 90, Dayang Road, Fuyong Town, Baoan District, Shenzhen, Guangdong 518100, China; Website www.rion-tech.net; alt. Website www.rionsystem.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Apr 2008; Unified Social Credit Code (USCC) 914403006748114670 (China) [SDGT] [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED

FORCES LOGISTICS; Linked To: ANSARALLAH).

SHENZHEN ROYO TECHNOLOGY CO LIMITED, Rm 1307, Beverly Coml Ctr, Tsim Sha Tsui, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Jul 2023; Business Registration Number 75558606 (Hong Kong) [RUSSIA-EO14024].

SHENZHEN SCH TECHNOLOGY CO LIMITED (a.k.a. SCH TECHNOLOGY COMPANY; a.k.a. SHENZHEN SCH TECHNOLOGY CO LTD; a.k.a. SHENZHEN SHENCHUANGHUI TECHNOLOGY CO LTD (Chinese Simplified: 深圳市深创辉科技有限公司)), Room 588, Building 201, Shangbu Industrial Zone, Huaqiang North Rd, Shenzhen 518028, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91440300764992003P (China) [RUSSIA-EO14024].

SHENZHEN SCH TECHNOLOGY CO LTD (a.k.a. SCH TECHNOLOGY COMPANY; a.k.a. SHENZHEN SCH TECHNOLOGY CO LIMITED; a.k.a. SHENZHEN SHENCHUANGHUI TECHNOLOGY CO LTD (Chinese Simplified: 深圳市深创辉科技有限公司)), Room 588, Building 201, Shangbu Industrial Zone, Huaqiang North Rd, Shenzhen 518028, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91440300764992003P (China) [RUSSIA-EO14024].

SHENZHEN SHENCHUANGHUI TECHNOLOGY CO LTD (Chinese Simplified: 深圳市深创辉科技有限公司) (a.k.a. SCH TECHNOLOGY COMPANY; a.k.a. SHENZHEN SCH TECHNOLOGY CO LIMITED; a.k.a. SHENZHEN SCH TECHNOLOGY CO LTD), Room 588, Building 201, Shangbu Industrial Zone, Huaqiang North Rd, Shenzhen 518028, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91440300764992003P (China) [RUSSIA-EO14024].

SHENZHEN SHENGNAN TRADING CO., LTD., Shenzhen, Guangdong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Aug 2018; Unified Social Credit Code (USCC) 91440300MA5F9QF642 (China) [SDGT] (Linked To: ANSARALLAH).

SHENZHEN UNISON BIO TECH CO LTD (a.k.a. SHENZHEN LIANLISHENG BIOTECHNOLOGY CO LTD (Chinese Simplified: 深圳联力盛生物科技有限公司); a.k.a. SHENZHEN UNISON BIOSEN BIO TECH CO LTD), Room 312, Pengji Business Space-Time Building, No. 50, Bagua 1st Road, Hualin Community, Yuanling Street, Futian District, Shenzhen, Guangdong 518048, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 440301103983235 (China); Unified Social Credit Code (USCC) 91440300687558034B (China) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU OMNITREID).

SHENZHEN UNISON BIOSEN BIO TECH CO LTD (a.k.a. SHENZHEN LIANLISHENG BIOTECHNOLOGY CO LTD (Chinese Simplified: 深圳联力盛生物科技有限公司); a.k.a. SHENZHEN UNISON BIO TECH CO LTD), Room 312, Pengji Business Space-Time Building, No. 50, Bagua 1st Road, Hualin Community, Yuanling Street, Futian District, Shenzhen, Guangdong 518048, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 440301103983235 (China); Unified Social Credit Code (USCC) 91440300687558034B (China) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU OMNITREID).

SHENZHEN WU LI GAO KE INNOVATION SCIENCE AND TECHNOLOGY CO., LTD (a.k.a. SHENZHEN 5G HIGH-TECH INNOVATION CO., LIMITED (Chinese Simplified: 深圳五力高科创新科技有限公司); a.k.a. SHENZHEN WU LI GAOKE CHUANGXIN YOUXIAN GONGSI), 502, Block B, Rongchaolong Building, Longfu Road, Shangjing Community, Longcheng Street, Longgang District, Shenzhen, China; 306 No. 66 Huayuan Road, Pingxi Community, Pingdi Street, Longgang District, Shenzhen, Guangdong Province, China; Organization Established Date 13 Dec 2022; Unified Social Credit Code (USCC) 91440300MA5HLP0L6L (China) [BELARUS-EO14038] (Linked To: PELENG JSC).

SHENZHEN WU LI GAOKE CHUANGXIN YOUXIAN GONGSI (a.k.a. SHENZHEN 5G HIGH-TECH INNOVATION CO., LIMITED (Chinese Simplified: 深圳五力高科创新科技有限公司); a.k.a. SHENZHEN WU LI GAO KE INNOVATION SCIENCE AND TECHNOLOGY CO., LTD), 502, Block B, Rongchaolong Building, Longfu Road, Shangjing Community, Longcheng Street, Longgang District, Shenzhen, China; 306 No. 66 Huayuan Road, Pingxi Community, Pingdi Street, Longgang District, Shenzhen, Guangdong Province, China; Organization Established Date 13 Dec 2022; Unified Social Credit Code (USCC) 91440300MA5HLP0L6L (China) [BELARUS-EO14038] (Linked To: PELENG JSC).

SHENZHEN XINXIN SHIPPING CO LTD (Chinese Simplified: 深圳市欣欣船务有限公司), Room 616, Floor 6, Factory Building C5, Zhonghao Industrial City, Xiangjiaotang Community, Bantian Sub-District, Longgang District, Shenzhen, Guangdong 518129, China (Chinese Simplified: C5栋厂房6层616室, 象角塘社区中浩工业城, 龙岗区坂田街道, 深圳市, 广东省 518129, China); Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 31 Jul 2023; Registration Number 440300220105794 (China); Unified Social Credit Code (USCC) 91440300MACT2EAU3H (China) [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

SHENZHEN YANTU IMPORT EXPORT CO LTD (Chinese Simplified: 深圳宴图进出口有限公司), Room 311-01, New Times Plaza, No. 1 Taizi Road, Shuiwan Community, Zhaogao Street, Nanshan District, Shenzhen, China; Shennan Avenue, North Century Holiday Plaza, Building A Room 814/815, Nanshan District, Shenzhen City, Guangdong Province 518000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Sep 2011; Registration Number 440301503410476 (China); Unified Social Credit Code (USCC) 91440300580074718C (China) [RUSSIA-EO14024] (Linked To: IPS PACIFIC COMPANY LIMITED).

SHENZHEN YASON GENERAL MACHINERY CO., LTD. (Chinese Simplified: 深圳市亚新通用机械有限公司) (a.k.a. YASON GENERAL MACHINERY CO., LTD. (Chinese Simplified: 亚新通用机械有限公司); a.k.a. YASON GENERAL MACHINERY MANUFACTURING CO., LTD.), 301A, Fl. 3, No. 17 III of Xinxiang Industrial Park, Xinhe Street New and Emerging Industrial Area (A), Fuhai Street, Baoan District, Shenzhen, Guangdong Province 518000, China; Floor 3, Bldg 1, (Zone A) Zone 3, Xinhe Xinxing Ind.

Zone, Fuyong Street, Baoan Dist., Shenzhen, Guangdong, China; No 188-23, Xiangming RD, Fengcheng Town, Anxi County, Quanzhou, Fujian, China; Website www.ytkmachine.com; alt. Website www.ytkpack.com; alt. Website www.medpacking.com; Email Address worldyason@live.com; alt. Email Address jelly-yason@outlook.com; Phone Number 8618170079734; alt. Phone Number 8675536528786; Organization Established Date 30 Nov 2011; Unified Social Credit Code (USCC) 91440300586742510R (China) [ILLICIT-DRUGS-EO14059].

SHENZHEN YASON GENERAL MACHINERY CO., LTD. NANCHANG BRANCH (Chinese Simplified: 深圳市亚新通口机械有限公司南昌分公司) (a.k.a. SHENZHEN YAXIN GENERAL MACHINERY CO., LTD. NANCHANG BRANCH), Room 901, Building 2, Century Xinchen Building, No. 917, Fenglin West Street, Nanchang Economic and Technological Development Zone, Nanchang, Jiangxi 33000, China; Phone Number 8618720979173; Unified Social Credit Code (USCC) 91360122MA3844AE0Y (China) [ILLICIT-DRUGS-EO14059].

SHENZHEN YAXIN GENERAL MACHINERY CO., LTD. NANCHANG BRANCH (a.k.a. SHENZHEN YASON GENERAL MACHINERY CO., LTD. NANCHANG BRANCH (Chinese Simplified: 深圳市亚新通口机械有限公司南昌分公司)), Room 901, Building 2, Century Xinchen Building, No. 917, Fenglin West Street, Nanchang Economic and Technological Development Zone, Nanchang, Jiangxi 33000, China; Phone Number 8618720979173; Unified Social Credit Code (USCC) 91360122MA3844AE0Y (China) [ILLICIT-DRUGS-EO14059].

SHENZHEN YISHENGDA INTERNATIONAL TECHNOLOGY CO LTD (Chinese Simplified: 深圳益昇达国际技术有限公司) (a.k.a. SHENZHEN YSD GLOBAL TECHNOLOGY CO LTD), 243A, Building 543, Bagualing Industrial Zone, Bagua 2nd Road, Hualin Community, Yuanling Sub-District, Futian District, Shenzhen, Guangdong 518000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91440300MA5HWHQM8N (China) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU OMNITREID).

SHENZHEN YOUXIN TECHNOLOGY CO LTD, 6007B Saige Plaza, 1002 Huaqiang North Road, Fuqiang Community, Shenzhen, Guangdong Province, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Code 91440300MA5FLU8M7X (China) [RUSSIA-EO14024].

SHENZHEN YSD GLOBAL TECHNOLOGY CO LTD (a.k.a. SHENZHEN YISHENGDA INTERNATIONAL TECHNOLOGY CO LTD (Chinese Simplified: 深圳益昇达国际技术有限公司)), 243A, Building 543, Bagualing Industrial Zone, Bagua 2nd Road, Hualin Community, Yuanling Sub-District, Futian District, Shenzhen, Guangdong 518000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91440300MA5HWHQM8N (China) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU OMNITREID).

SHENZHEN ZHIYU INTERNATIONAL TRADE CO LTD, 102, No. 8, Dongsi Alley, Xinhe Community, Fuhai Sub-District, Baoan District, Shenzhen, Guangdong 518000, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 22 Apr 2024; Unified Social Credit Code (USCC) 91440300MADHXGM776 (China) [NPWMD] [IFSR] (Linked To: NARIN SEPEHR MOBIN ISATIS).

SHER MATCH INDUSTRIES (PVT.) LIMITED, Plot Numbers 119-121, Industrial Estate, Jamrud Road, Hayatabad, Peshawar, Pakistan; Shahnawaz Traders Royal Industrial Area, Jamrud Road, Peshawar, Pakistan; C.R. No. P-01876/19981106 (Pakistan) [SDNTK].

SHERAKATE OMRAN VA MASKAN IRAN (Arabic: هلدینگ عمران و مسکن ایران) (a.k.a. BONYAD MOSTAZAFAN CONSTRUCTION AND HOUSING (Arabic: بنیاد عمران و مسکن مستضعفان); a.k.a. OMRAN VA MASKAN IRAN COMPANY (Arabic: شرکت عمران و مسکن ایران); a.k.a. SHERKAT-E MADAR-E TAKHASSOSI-YE OMRAN VA MASKAN-E IRAN), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10260319055 (Iran); Registration Number 476813 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SHEREMET, Mikhail Sergeevich (a.k.a. SHEREMET, Mikhail Sergeyevich (Cyrillic: ШЕРЕМЕТ, Михаил Сергеевич)), Russia;

DOB 23 May 1971; POB Dzhankoy, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

SHEREMET, Mikhail Sergeyevich (Cyrillic: ШЕРЕМЕТ, Михаил Сергеевич) (a.k.a. SHEREMET, Mikhail Sergeevich), Russia; DOB 23 May 1971; POB Dzhankoy, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

SHEREMETTSEV, Eduard Mikhailovich, Russia; DOB 08 Feb 1979; POB Village of Karl Liebknecht, Kurchatovsky District, Kursk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

SHERKAT BATTERY SAZI NIRU SAHAMI KHASS (a.k.a. NIROU BATTERY MANUFACTURING SABA BATTERY COMPANY; a.k.a. NIRU BATTERY MANUFACTURING COMPANY; a.k.a. NIRU CO. LTD.; a.k.a. THE NIRU BATTERY COMPANY), End of Pasdaran Avenue, Nobonyad Square, P.O. Box 19575-361, Tehran 16489, Iran; Next to Babee Exp. Way, Nobonyad Sq., P.O. Box 19575-361, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHERKAT MALI OOSARMAYEH GOZARI PISHROOIRAN (Arabic: شرکت مالی و سرمایه گذاری پیشرو ایران) (a.k.a. PISHRO IRAN CO.; a.k.a. PISHRO IRAN COMPANY; a.k.a. PISHRO IRAN FINANCIAL AND INVESTMENT CO. PJS; a.k.a. PISHRO IRAN FINANCIAL AND INVESTMENT COMPANY), Vanak Square - After Mirdamad Intersection - Ghobadian St. - No. 37 - 6th Floor, Tehran, Iran; Central District, Tehran City, Near Abbas Abad Neighborhood, Modares Highway, Resalat Highway, No. 0, Central Building of Mostazafan

Foundation, 14th Floor, Tehran, Tehran 1519613524, Iran; Website www.pishrowiran.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102275819 (Iran); Registration Number 185475 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SHERKAT NAFT PARS SAHAMI AAM (Arabic: شرکت نفت پارس سهامی عام) (a.k.a. PARS OIL (Arabic: نفت پارس); a.k.a. PARS OIL CO.), No. 346, Pars Oil Company Building, Modarres Highway, East Mirdamad Boulevard, Tehran 1549944511, Iran; Postal Box 14155-1473, Tehran 159944511, Iran; Iran; Website http://www.parsoilco.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100302746 (Iran); Registration Number 6388 (Iran) [IRAN] [IRAN-EO13876] (Linked To: TADBIR ENERGY DEVELOPMENT GROUP CO.).

SHERKAT SAHAMI ALIAF (Arabic: شرکت سهامی الیاف) (a.k.a. ALIAF CO.; a.k.a. ALIAF COMPANY; a.k.a. ALIAF PUBLIC JOINT STOCK CO.; a.k.a. ALIYAF CO.), No. 10, Sedaghat Building, Sedaghat Avenue, Valiasr Avenue, Tehran, Iran; Opposite depot, beginning of Shahryar Road, Old Karaj Road Fath, Tehran, Iran; Sedaghat Building, Sedaghat St., Mehrshad St., Tehran 3717, Iran; Website http://aliafco.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100431059 (Iran); Registration Number 10729 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SHERKAT SAHAMI KHASS KALA NAFT (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani

Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

SHERKAT SAHAMI KHASS KHAYBAR (a.k.a. KHAYBAR COMPANY; a.k.a. KHAYBARCO; a.k.a. KHEYBAR COMPANY), No 97, Ghaem Magham Farahani Ave, Tehran 1589653313, Iran; PO Box 15815-1966, Tehran, Iran; Website www.khaybarco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Chamber of Commerce Number 11047591 (Iran); Registration Number 63383 (Iran) [IRAN].

SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242,

Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

SHERKAT SANAYEH ELECTRONICS IRAN (a.k.a. IRAN ELECTRONICS INDUSTRIES; a.k.a. SAIRAN; a.k.a. SANAYE ELECTRONIC IRAN; a.k.a. SASAD IRAN ELECTRONICS INDUSTRIES; a.k.a. "IEI"), P.O. Box 19575-365, Shahied Langari Street, Noboniad Sq, Pasdaran Ave, Saltanad Abad, Tehran, Iran; P.O. Box 71365-1174, Hossain Abad/Ardakan Road, Shiraz, Iran; Hossein Abad/Ardakan Road, P.O. Box 555, Shiraz 71365/1174, Iran; Shahid Langari Street, Nobonyad Square, Tehran, Iran; Website www.ieimil.ir; alt. Website www.ieicorp.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 829 [NPWMD] [IFSR] [IRAN-TRA].

SHERKAT-E BARID FANAVAR ARIAN (Arabic: شرکت باران تلکام) (a.k.a. BARAN TELECOM COMPANY; a.k.a. BARID FANAVAR ARYAN), No. 10, Daneshjoo Blvd., Velenjak, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14004585070 (Iran); Registration Number 489180 (Iran); alt. Registration Number 650 (Iran) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

SHERKATE BASARGANI PETROCHEMIE (SAHAMI KHASS) (a.k.a. IRAN PETROCHEMICAL COMMERCIAL COMPANY; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY; a.k.a. SHERKATE BAZARGANI PETRCHEMIE; a.k.a. "IPCC"; a.k.a. "PCC"), No. 1339, Vali Nejad Alley, Vali-e-Asr St., Vanak Sq., Tehran, Iran; INONU CAD. SUMER Sok., Zitas Bloklari C.2 Bloc D.H, Kozyatagi, Kadikoy, Istanbul, Turkey; Topcu Ibrahim Sokak No: 13 D: 7 Icerenkoy-Kadikoy, Istanbul, Turkey; 99-A, Maker Tower F, 9th Floor, Cuffe Parade, Colabe, Mumbai 400 005, India; No.

1014, Doosan We've Pavilion, 58, Soosong-Dong, Jongno-Gu, Seoul, Korea, South; Office No. 707, No. 10, Chao Waidajie, Chao Tang District, Beijing 100020, China; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

SHERKATE BAZARGANI PETRCHEMIE (a.k.a. IRAN PETROCHEMICAL COMMERCIAL COMPANY; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY; a.k.a. SHERKATE BASARGANI PETROCHEMIE (SAHAMI KHASS); a.k.a. "IPCC"; a.k.a. "PCC"), No. 1339, Vali Nejad Alley, Vali-e-Asr St., Vanak Sq., Tehran, Iran; INONU CAD. SUMER Sok., Zitas Bloklari C.2 Bloc D.H, Kozyatagi, Kadikoy, Istanbul, Turkey; Topcu Ibrahim Sokak No: 13 D: 7 Icerenkoy-Kadikoy, Istanbul, Turkey; 99-A, Maker Tower F, 9th Floor, Cuffe Parade, Colabe, Mumbai 400 005, India; No. 1014, Doosan We've Pavilion, 58, Soosong-Dong, Jongno-Gu, Seoul, Korea, South; Office No. 707, No. 10, Chao Waidajie, Chao Tang District, Beijing 100020, China; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

SHERKATE BEH TAAM (a.k.a. BEH TAM COMPANY; a.k.a. BEH TAM RAVANKAR; a.k.a. BEH TAM RAVANKAR COMPANY (Arabic: شرکت به تام روانکار); a.k.a. "BEH TAM"), Kian Tower, No. 2551 Vali-e-Asr Avenue, Tehran 1968643111, Iran; 9th Floor, Kian Tower, No. 1387, Naseri Alley, Zafar Dastgerdi Street, District 3, Tehran 1968643111, Iran; Hamid Alley, South Bahar Avenue, After Somayeh Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102308704 (Iran); Registration Number 188852 (Iran) [IRAN-EO13876] (Linked To: BEHRAN OIL CO.).

SHERKATE CHOOBE SHOMAAL (a.k.a. CHOUBE SHOMAL COMPANY; a.k.a. NORTH WOOD INDUSTRY CO.; a.k.a. NORTH WOOD INDUSTRY COMPANY (Arabic: شرکت صنعت چوب شمال); a.k.a. SANATE CHOUBE SHOMAL COMPANY), No. 13, Delfan Alley, Shahid Nazeri Alley, Fajr Yekom Street, Motahhari Street, Tehran, Iran; No. 51, Delfan Alley, Jam Street, Motahhari Avenue, Tehran, Iran; Minoodasht Road, Gonbad Kavoos, Golestan, Iran; Gonbad to Minudasht Road, Kilometer 7, Gonbad-e Kavus, Gholestan, Iran; Website http://www.choubshomal.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861874050 (Iran); Registration Number 381 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SHERKAT-E DEY (a.k.a. DAY COMPANY; a.k.a. DEY COMPANY (Arabic: شرکت دی)), No 18, Fakhr Razi Street, Enghelab Street, Tehran, Iran; Website http://day-cc.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861092038 (Iran); Registration Number 93 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SHERKATE DOODEH FAAM-E SADAF (a.k.a. DOUDEFAM INDUSTRIES SADAF COMPANY; a.k.a. DUDEH FAM INDUSTRIAL; a.k.a. FAM INDUSTRIEL SOOT CO.; a.k.a. SANATI DOODEH FAAM COMPANY; a.k.a. SANATI DOODEH FAM CO. (Arabic: شرکت صنعتی دوده فام); a.k.a. "SADAF"; a.k.a. "SADAF CO."; a.k.a. "SADAF COMPANY"; a.k.a. "SADAFCO"), No. 8, Shahid Haghani Highway, Vanak Square, Tehran, Iran; No. 8, Haghani Highway, After Jahan Koodak Cross, Vanak Sq, PO Box 1518743811, Tehran, Iran; Dezfool Industrial Park Number 2, Dezful, Iran; Industrial Zone No. 2, PO Box 6465128911, Dezful, Iran; Website http://www.sadaf-cb.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102837099 (Iran); Registration Number 243005 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SHERKAT-E FANAVARI ETALAAT VE ERTEBATAT PASARGAD ARIAN (a.k.a. FANAP (Arabic: فناپ); a.k.a. FANAP HOLDING; a.k.a. FANAVARI ERTEBATAT PASARGAD ARYAN; a.k.a. PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY (Arabic: شرکت فناوری اطلاعات و ارتباطات پاسارگاد آریان)), No. 123, No-Avari 12 Alley, No-Avari Blvd, Pardis Technology Park, Pardis, Tehran Province 1657167183, Iran; No. 2, East Taban St., Nelson Mandela Blvd, Tehran, Iran; Website www.fanap.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Jan 2006; National ID No. 10103807145 (Iran); Registration Number 998 (Iran) [IRAN-EO13902] (Linked To: PASARGAD BANK).

SHERKAT-E FANAVARI ETELAAT VE ERTEBATAT DADEH ARMAN KISH (a.k.a. ARMAN KISH DADEH COMMUNICATIONS AND INFORMATION TECHNOLOGY COMPANY; a.k.a. ARMAN KISH DATA COMMUNICATIONS AND INFORMATION TECHNOLOGY COMPANY (Arabic: شرکت فناوری اطلاعات و ارتباطات داده آرمان کیش), Unit 515, Floor 5, Sarina 1 Bazaar Complex, No. 0, Main Street, Khayyam Street, Kish Island, Kish, Kish Sector, Bandar Lengeh County, Hormozgan Province 7941896993, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 19 Sep 2023; National ID No. 14004921473 (Iran); Registration Number 12142 (Iran) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

SHERKAT-E IRAN VA SHARGH (a.k.a. IRAN & SHARGH COMPANY; a.k.a. IRAN AND EAST COMPANY; a.k.a. IRAN AND SHARGH COMPANY; a.k.a. IRANOSHARGH COMPANY), 827, North of Seyedkhandan Bridge, Shariati Street, P.O. Box 13185-1445, Tehran 16616, Iran; No. 41, Next to 23rd Alley, South Gandi St., Vanak Square, Tehran 15179, Iran; Website http://www.iranoshargh.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SHERKAT-E KARGOZARI-E TADBIRGARAN-E FARDA (a.k.a. TADBIR BROKERAGE COMPANY; a.k.a. TADBIRGARAN FARDA BROKERAGE COMPANY; a.k.a. TADBIRGARAN-E FARDA BROKERAGE COMPANY; a.k.a. TADBIRGARANE FARDA MERCANTILE EXCHANGE CO.), Unit C2, 2nd Floor, Building No. 29, Corner of 25th Street, After Jahan Koudak, Cross Road Africa Street, Tehran 15179, Iran; Website http://www.tadbirbroker.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SHERKAT-E LIZING-E IRAN VA SHARGH (a.k.a. IRAN & SHARGH LEASING COMPANY; a.k.a. IRAN AND EAST LEASING COMPANY; a.k.a. IRAN AND SHARGH LEASING COMPANY), 1st Floor, No. 33, Shahid Atefi Alley, Opposite Mellat Park, Vali-e-Asr Street, Tehran 1967933759, Iran; Website http://www.isleasingco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SHERKAT-E MADAR-E TAKHASSOSI-YE OMRAN VA MASKAN-E IRAN (a.k.a. BONYAD MOSTAZAFAN CONSTRUCTION AND HOUSING (Arabic: عمران و مسکن بنیاد مستضعفان); a.k.a. OMRAN VA MASKAN IRAN COMPANY (Arabic: شرکت عمران و مسکن ایران); a.k.a. SHERAKATE OMRAN VA MASKAN

IRAN (Arabic: هلدینگ عمران و مسکن ایران)), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10260319055 (Iran); Registration Number 476813 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SHERKAT-E MELLI-YE SAKHTEMAN (Arabic: شرکت ملی ساختمان) (a.k.a. MELLI SAKHTEMAN CO.; a.k.a. MELLI SAKHTEMAN COMPANY; a.k.a. "NATIONAL BUILDING COMPANY"), No. 7, South Golestan St, Iranzamin Ave, Shahrak-eGharb, Tehran, Iran; Dubai, United Arab Emirates; Website www.mellisakhteman.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100305734 (Iran); Registration Number 6489 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SHERKAT-E PERDOKHT FANAVARI ETELAAT VE ERTEBATAT PASARGAD ARIAN ARVAND (a.k.a. ARVAND ARIAN PASARGAD COMMUNICATIONS AND INFORMATION TECHNOLOGY PAYMENT COMPANY (Arabic: شرکت پرداخت فناوری اطلاعات و ارتباطات پاسارگاد آرین اروند); a.k.a. FANAP TECH; a.k.a. PASARGAD ARYAN ARVAND INFORMATION AND COMMUNICATION TECHNOLOGY PROCESS COMPANY), No. 17, Shabboy East Alley, Saadat Abad, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005530711 (Iran); Registration Number 4334 (Iran) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

SHERKAT-E PORDAZESH ELECTRONIK RASHID SAMANEH (a.k.a. PARSA COMPANY; a.k.a. RASHID SAMANEH ELECTRONIC PROCESSING COMPANY (Arabic: شرکت پردازش الکترونیک راشد سامانه)), No. 8, Shahid Ahmad Fargah Dead End, Shahid Kabkanian Rd., Keshavarz Blvd., Tehran 1415994413, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103682222 (Iran); Registration Number 327970 (Iran) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

SHERKAT-E SAMANEH PAYA PAY-E RUNC (a.k.a. RUNC EXCHANGE SYSTEM COMPANY (Arabic: شرکت سامانه پایا پای رانک); a.k.a. RUNC INTERNATIONAL BANKING SOLUTIONS), Unit 406, Floor 4, No. 27, Bozorgmehr Street, Shahid Baradaran Mozaffar Street, Tehran University, Central District, Tehran County, Tehran, Tehran Province 1416965187, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 27 Sep 2017; National ID No. 14007095989 (Iran); Business Number 411575483896 (Iran); Registration Number 516115 (Iran) [IRAN-EO13902].

SHERKATE SANATI DARYAI IRAN (a.k.a. IRAN MARINE INDUSTRIAL COMPANY SSA; a.k.a. IRAN MARINE INDUSTRIAL COMPANY, SADRA; a.k.a. IRAN SADRA; a.k.a. IRAN SHIP BUILDING CO.; a.k.a. SADRA), 3rd Floor Aftab Building, No. 3 Shafagh Street, Dadman Blvd, Phase 7, Shahrak Ghods, P.O. Box 14665-495, Tehran, Iran; Office E-43 Torre E- Piso 4, Centrao Commercial Lido Av., Francisco de Miranda, Caracas, Venezuela; Website www.sadra.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

SHERKATE SANATI OMRANI PARS BANAYE SADR (a.k.a. P.B. SADR CO.; a.k.a. PARS BANAYE SADR CONSTRUCTION COMPANY; a.k.a. PARS BANAYE SADR INDUSTRIAL CONSTRUCTION COMPANY PJS; a.k.a. PARS BANAYE SADR INDUSTRIES COMPANY; a.k.a. PB SADR CONSTRUCTION COMPANY; a.k.a. "PARS BANA SADR"; a.k.a. "PBS CONSTRUCTION CO"; a.k.a. "PBS CONSTRUCTION COMPANY"), No. 13, 1st Koohestan Ave., Pasdaran Street, Tehran, Iran; No. 17 Koohestan 1, Pasdaran Street, Tehran 1958833951, Iran; Website www.pars-bana.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2003 [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

SHERKATE SANAYE MADANIYE KAVEH PARS (a.k.a. GHOSTARESHE SANAYIE MADANI KAWEH PARS; a.k.a. KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY (Arabic: شرکت گسترش صنایع معدنی کاوه پارس); a.k.a. KAVEH-PARS MINING INDUSTRIES DEVELOPMENT COMPANY; a.k.a. "KAVEH PARS"; a.k.a. "KMID"), 9th Floor, Central Building, No 0, Resalat Highway - Bonyad Mostazafan, Modares Hwy, District 3, Tehran, Tehran Province 1519613519, Iran; Argentina Square, Beginning of Africa Highway, Bonyad Mostazafan Building Number 1, Tehran, Iran; Africa Boulevard, No. 5, End of Arash Street, Tehran, Iran; Website http://kpars.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103057702 (Iran); Registration Number 272808 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SHERKAT-E SARMAYEGOZARI-E PARDIS (a.k.a. PARDIS INVESTMENT COMPANY), Iran; Unit D4 and C4, 4th Floor, Building 29 Africa, Corner of 25th Street, Africa Boulevard, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SHERKAT-E SARRAFI SINA (Arabic: شرکت صرافی سینا) (a.k.a. SINA CURRENCY EXCHANGE COMPANY), Shahid Beheshti

Street, Number 287, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320810830 (Iran); Registration Number 428695 (Iran) [IRAN-EO13876] (Linked To: SINA BANK).

SHERKATE SIAAHATI VA HAML-O-NAQLE PAARSIAN (a.k.a. BONYAD TOURISM AND RECREATIONAL CENTERS HOLDING COMPANY; a.k.a. PARSIAN TOURISM AND RECREATIONAL CENTERS COMPANY (Arabic: شرکت سیاحتی و مراکز تفریحی پارسیان); a.k.a. PARSIAN TOURISM, RECREATIONAL CENTERS, AND TRANSPORTATION HOLDING COMPANY (Arabic: هلدینگ سیاحتی، مراکز تفریحی و حمل و نقل پارسیان)), Tehran, Tehran Province 1519611193, Iran; Website http://ptrco.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10104034520 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SHERKAT-E TOLID VA SADERAT-E RISHMAK (a.k.a. RISHMAK COMPANY; a.k.a. RISHMAK EXPORT AND MANUFACTURING P.J.S.; a.k.a. RISHMAK PRODUCTION AND EXPORT COMPANY; a.k.a. RISHMAK PRODUCTIVE & EXPORTS COMPANY; a.k.a. RISHMAK PRODUCTIVE AND EXPORTS COMPANY), Rishmak Cross Rd., 3rd Km. of Amir Kabir Road, Shiraz 71365, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SHERKAT-E ZIR SAKHT FANAVARI ETELAAT VE ERTEBATAT PASARGAD ARIAN (a.k.a. ARIAN PASARGAD COMMUNICATIONS AND INFORMATION TECHNOLOGY INFRASTRUCTURE COMPANY (Arabic: شرکت فناوری اطلاعات و ارتباطات زیرساخت پاسارگاد آریان); a.k.a. FANAP INFRASTRUCTURE; a.k.a. PASARGAD ARYAN INFORMATION TECHNOLOGY AND COMMUNICATION COMPANY; a.k.a. ZIRSAKHT FANAVARI ETELAAT VA ERTEBATAT PASARGAD ARYAN), No. 11, Kish St., North Didar St., Haghani Highway, Tehran 1518846811, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102704476 (Iran); Registration Number 229347 (Iran) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

SHERKET TOSEH-E BOM ZEIST FANAVARI ETELAHAAT VE ERTEBATAAT ARIA PASARGAD (a.k.a. ARIAN PASARGAD COMMUNICATIONS AND INFORMATION TECHNOLOGY ECOSYSTEM DEVELOPMENT COMPANY (Arabic: شرکت توسعه زیست بوم فناوری اطلاعات و ارتباطات پاسارگاد آریان); a.k.a. FANAP ECOSYSTEM DEVELOPMENT COMPANY), Unit 5, Floor 3, Pasargad Bank Building, No. 2, Taban Sharghi Alley, Nelson Mandela Boulevard, Kavusiyeh, Central District, Tehran, Tehran Province 1917635834, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Jun 2012; National ID No. 10320788281 (Iran); Registration Number 426572 (Iran) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

SHERMAN, Harry Varney Gboto-Nambi, 17th Street and Chessman Avenue, Sinkor, P.O. Box 10-3218,10, Monrovia, Liberia; 11803 Backus Drive, Bowie, MD 20720-4464, United States; DOB 16 Feb 1953; POB Robertsport, Grand Cape Mount County, Liberia; nationality Liberia; Gender Male; Passport PP0099877 (Liberia) expires 28 May 2025 (individual) [GLOMAG].

SHERMAZASHVILI, Koba (a.k.a. SHEMAZASHVILI, Koba Shalvovich; a.k.a. "KOBA RUSTAVSKIY"; a.k.a. "TSITSILA"); DOB 1974; POB Rustavi, Georgia (individual) [TCO].

SHERRI, Amin (a.k.a. CHERRI, Amin; a.k.a. SHARI, 'Amin Abi; a.k.a. SHARY, Amin Muhammad; a.k.a. SHIRRI, Ameen; a.k.a. SHIRRI, Amin; a.k.a. SHRI, Amin), Beirut, Lebanon; DOB 02 Aug 1957; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 380858 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SHESHENYA, Alexei Nikolaevich (Cyrillic: ШЕШЕНЯ, Алексей Николаевич) (a.k.a. SHESHENYA, Alexey), Novokosinskaya Street 38, Building 3, Apartment 3, Moscow 111539, Russia; DOB 16 Apr 1971; citizen Russia; Gender Male; Passport 4506550500 (Russia) (individual) [MAGNIT].

SHESHENYA, Alexey (a.k.a. SHESHENYA, Alexei Nikolaevich (Cyrillic: ШЕШЕНЯ, Алексей Николаевич)), Novokosinskaya Street 38, Building 3, Apartment 3, Moscow 111539, Russia; DOB 16 Apr 1971; citizen Russia; Gender Male; Passport 4506550500 (Russia) (individual) [MAGNIT].

SHESTAKOV, Ilya Vasilyevich (Cyrillic: ШЕСТАКОВ, Васильевич Илья) (a.k.a. "SHESTAKOV, Ilya V"), Russia; DOB 15 Jul 1978; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SHETAB G (a.k.a. ARFA PAINT COMPANY; a.k.a. ARFEH COMPANY; a.k.a. FARASEPEHR ENGINEERING COMPANY; a.k.a. HOSSEINI NEJAD TRADING CO.; a.k.a. IRAN SAFFRON COMPANY; a.k.a. IRANSAFFRON CO; a.k.a. SHETAB GAMAN; a.k.a. SHETAB TRADING; a.k.a. Y.A.S. CO LTD.; a.k.a. YASA PART), West Lavansai, Tehran 009821, Iran; Sa'adat Abaad, Shahrdari Sq Sarv Building, 9th Floor, Unit 5, Tehran, Iran; No 17, Balooch Alley, Vaezi St, Shariati Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHETAB GAMAN (a.k.a. ARFA PAINT COMPANY; a.k.a. ARFEH COMPANY; a.k.a. FARASEPEHR ENGINEERING COMPANY; a.k.a. HOSSEINI NEJAD TRADING CO.; a.k.a. IRAN SAFFRON COMPANY; a.k.a. IRANSAFFRON CO; a.k.a. SHETAB G; a.k.a. SHETAB TRADING; a.k.a. Y.A.S. CO LTD.; a.k.a. YASA PART), West Lavansai, Tehran 009821, Iran; Sa'adat Abaad, Shahrdari Sq Sarv Building, 9th Floor, Unit 5, Tehran, Iran; No 17, Balooch Alley, Vaezi St, Shariati Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHETAB TRADING (a.k.a. ARFA PAINT COMPANY; a.k.a. ARFEH COMPANY; a.k.a. FARASEPEHR ENGINEERING COMPANY; a.k.a. HOSSEINI NEJAD TRADING CO.; a.k.a. IRAN SAFFRON COMPANY; a.k.a. IRANSAFFRON CO; a.k.a. SHETAB G; a.k.a. SHETAB GAMAN; a.k.a. Y.A.S. CO LTD.; a.k.a. YASA PART), West Lavansai, Tehran 009821, Iran; Sa'adat Abaad, Shahrdari Sq Sarv Building, 9th Floor, Unit 5, Tehran, Iran; No 17, Balooch Alley, Vaezi St, Shariati Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHETABAN, Hossein (Arabic: حسین شتابان), Tehran, Iran; DOB 20 Jul 1992; POB Sari, Mazandaran, Iran; nationality Iran; Additional

Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2080364677 (Iran) (individual) [IRAN-EO13902].

SHEVCHENKO, Andrei Anatolyevich (Cyrillic: ШЕВЧЕНКО, Андрей Анатольевич), Russia; DOB 29 May 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHEVCHENKO, Evgeni (a.k.a. SHEVCHENKO, Yevgeny Aleksandrovich (Cyrillic: ШЕВЧЕНКО, Евгений Александрович)), Moscow, Russia; DOB 09 Sep 1972; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SHEVCHENKO, Yevgeny Aleksandrovich (Cyrillic: ШЕВЧЕНКО, Евгений Александрович) (a.k.a. SHEVCHENKO, Evgeni), Moscow, Russia; DOB 09 Sep 1972; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SHEVCHENKO, Yurij Valerevich (a.k.a. SHEVCHENKO, Yuriy Valeriyovych (Cyrillic: ШЕВЧЕНКО, Юрій Валерійович); a.k.a. SHEVCHENKO, Yuriy Valeryevich (Cyrillic: ШЕВЧЕНКО, Юрий Валерьевич)), Taranrog, Rostov Oblast, Russia; DOB 30 Dec 1966; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

SHEVCHENKO, Yuriy Valeriyovych (Cyrillic: ШЕВЧЕНКО, Юрій Валерійович) (a.k.a. SHEVCHENKO, Yurij Valerevich; a.k.a. SHEVCHENKO, Yuriy Valeryevich (Cyrillic: ШЕВЧЕНКО, Юрий Валерьевич)), Taranrog, Rostov Oblast, Russia; DOB 30 Dec 1966; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

SHEVCHENKO, Yuriy Valeryevich (Cyrillic: ШЕВЧЕНКО, Юрий Валерьевич) (a.k.a. SHEVCHENKO, Yurij Valerevich; a.k.a. SHEVCHENKO, Yuriy Valeriyovych (Cyrillic: ШЕВЧЕНКО, Юрій Валерійович)), Taranrog, Rostov Oblast, Russia; DOB 30 Dec 1966;

Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

SHEVCHUK, Stanislav (a.k.a. CHEVTCHOUK, Stanislav; a.k.a. SHEVCHUK, Stanislav Anatolevich; a.k.a. SHEVCHUK, Stanislav Anatolyevich), Ul Asanalieva 8 24, Minsk, Belarus; C. De Villarroel 159 4 4, L'Eixample, Barcelona 08036, Spain; DOB 14 Jul 1975; POB Penza, Russia; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 530780883 (Russia) expires 16 Dec 2024; alt. Passport 514676569 (Russia) expires 26 Apr 2015 (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

SHEVCHUK, Stanislav Anatolevich (a.k.a. CHEVTCHOUK, Stanislav; a.k.a. SHEVCHUK, Stanislav; a.k.a. SHEVCHUK, Stanislav Anatolyevich), Ul Asanalieva 8 24, Minsk, Belarus; C. De Villarroel 159 4 4, L'Eixample, Barcelona 08036, Spain; DOB 14 Jul 1975; POB Penza, Russia; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 530780883 (Russia) expires 16 Dec 2024; alt. Passport 514676569 (Russia) expires 26 Apr 2015 (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

SHEVCHUK, Stanislav Anatolyevich (a.k.a. CHEVTCHOUK, Stanislav; a.k.a. SHEVCHUK, Stanislav; a.k.a. SHEVCHUK, Stanislav Anatolevich), Ul Asanalieva 8 24, Minsk, Belarus; C. De Villarroel 159 4 4, L'Eixample, Barcelona 08036, Spain; DOB 14 Jul 1975; POB Penza, Russia; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 530780883 (Russia) expires 16 Dec 2024; alt. Passport 514676569 (Russia) expires 26 Apr 2015 (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

SHEVCHUK, Tatiana, Moscow, Russia; DOB 08 Jan 1970; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. BB299742 (Ukraine) (individual) [CYBER2] (Linked To: EVIL CORP).

SHEVELIN, Pavel Pavlovich, Nikolay Sokolov Street, Building 40, Apartment 57, St.

Petersburg, Russia; DOB 10 Oct 1989; POB Petrozavodsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 8617230995 (Russia) (individual) [RUSSIA-EO14024].

SHEVTSOV, Dmitriy Evgenievich (Cyrillic: ШЕВЦОВ, Дмитрий Евгеньевич) (a.k.a. SHAUTSOU, Dzmitry Yauhenievich (Cyrillic: ШАЎЦОЎ, Дзмітрый Яўгеньевіч)), Minsk, Belarus; DOB 03 Nov 1973; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 3031173H001PB8 (Belarus); Secretary General (individual) [RUSSIA-EO14024].

SHEVTSOV, Vadim (a.k.a. ALEXANDROV, Vladimir Gheorghievici; a.k.a. ANTIUFEEV, Vladimir Iurievici; a.k.a. ANTIUFEYEV, Vladimir; a.k.a. ANTYUFEYEV, Vladimir; a.k.a. ANTYUFEYEV, Vladimir Yuryevich; a.k.a. SHEVTSOV, Vadim Gheorghievici; a.k.a. SHEVTSOV, Vladimir); DOB 19 Feb 1951; POB Novosibirsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

SHEVTSOV, Vadim Gheorghievici (a.k.a. ALEXANDROV, Vladimir Gheorghievici; a.k.a. ANTIUFEEV, Vladimir Iurievici; a.k.a. ANTIUFEYEV, Vladimir; a.k.a. ANTYUFEYEV, Vladimir; a.k.a. ANTYUFEYEV, Vladimir Yuryevich; a.k.a. SHEVTSOV, Vadim; a.k.a. SHEVTSOV, Vladimir); DOB 19 Feb 1951; POB Novosibirsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

SHEVTSOV, Vladimir (a.k.a. ALEXANDROV, Vladimir Gheorghievici; a.k.a. ANTIUFEEV, Vladimir Iurievici; a.k.a. ANTIUFEYEV, Vladimir; a.k.a. ANTYUFEYEV, Vladimir; a.k.a. ANTYUFEYEV, Vladimir Yuryevich; a.k.a. SHEVTSOV, Vadim; a.k.a. SHEVTSOV, Vadim Gheorghievici); DOB 19 Feb 1951; POB Novosibirsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

SHEYKIN, Artyom Gennadievich (a.k.a. SHEIKIN, Artem Gennadyevich (Cyrillic: ШЕЙКИН, Артём Геннадьевич)), Russia; DOB 25 Mar 1980; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of

the Russian Federation (individual) [RUSSIA-EO14024].

SHEYMAN, Victor Uladzimiravich (a.k.a. SHEIMAN, Victor Uladzimiravich; a.k.a. SHEIMAN, Victor Vladimirovich; a.k.a. SHEIMAN, Viktar Uladzimiravich; a.k.a. SHEIMAN, Viktar Vladimirovich; a.k.a. SHEIMAN, Viktor Uladzimiravich; a.k.a. SHEIMAN, Viktor Vladimirovich; a.k.a. SHEYMAN, Victor Vladimirovich; a.k.a. SHEYMAN, Viktar Uladzimiravich; a.k.a. SHEYMAN, Viktar Vladimirovich; a.k.a. SHEYMAN, Viktor Uladzimiravich; a.k.a. SHEYMAN, Viktor Vladimirovich); DOB 26 May 1958; POB Soltanishka, Voronovskovo, Belarus; alt. POB Grodno, Belarus; State Secretary of the Security Council; former Prosecutor General (individual) [BELARUS].

SHEYMAN, Victor Vladimirovich (a.k.a. SHEIMAN, Victor Uladzimiravich; a.k.a. SHEIMAN, Victor Vladimirovich; a.k.a. SHEIMAN, Viktar Uladzimiravich; a.k.a. SHEIMAN, Viktar Vladimirovich; a.k.a. SHEIMAN, Viktor Uladzimiravich; a.k.a. SHEIMAN, Viktor Vladimirovich; a.k.a. SHEYMAN, Victor Uladzimiravich; a.k.a. SHEYMAN, Viktar Uladzimiravich; a.k.a. SHEYMAN, Viktar Vladimirovich; a.k.a. SHEYMAN, Viktor Uladzimiravich; a.k.a. SHEYMAN, Viktor Vladimirovich); DOB 26 May 1958; POB Soltanishka, Voronovskovo, Belarus; alt. POB Grodno, Belarus; State Secretary of the Security Council; former Prosecutor General (individual) [BELARUS].

SHEYMAN, Viktar Uladzimiravich (a.k.a. SHEIMAN, Victor Uladzimiravich; a.k.a. SHEIMAN, Victor Vladimirovich; a.k.a. SHEIMAN, Viktar Uladzimiravich; a.k.a. SHEIMAN, Viktar Vladimirovich; a.k.a. SHEIMAN, Viktor Uladzimiravich; a.k.a. SHEIMAN, Viktor Vladimirovich; a.k.a. SHEYMAN, Victor Uladzimiravich; a.k.a. SHEYMAN, Victor Vladimirovich; a.k.a. SHEYMAN, Viktar Vladimirovich; a.k.a. SHEYMAN, Viktor Uladzimiravich; a.k.a. SHEYMAN, Viktor Vladimirovich); DOB 26 May 1958; POB Soltanishka, Voronovskovo, Belarus; alt. POB Grodno, Belarus; State Secretary of the Security Council; former Prosecutor General (individual) [BELARUS].

SHEYMAN, Viktar Vladimirovich (a.k.a. SHEIMAN, Victor Uladzimiravich; a.k.a. SHEIMAN, Victor Vladimirovich; a.k.a. SHEIMAN, Viktar Uladzimiravich; a.k.a. SHEIMAN, Viktar Vladimirovich; a.k.a.

SHEIMAN, Viktor Uladzimiravich; a.k.a. SHEIMAN, Viktor Vladimirovich; a.k.a. SHEYMAN, Victor Uladzimiravich; a.k.a. SHEYMAN, Victor Vladimirovich; a.k.a. SHEYMAN, Viktar Uladzimiravich; a.k.a. SHEYMAN, Viktor Uladzimiravich; a.k.a. SHEYMAN, Viktor Vladimirovich); DOB 26 May 1958; POB Soltanishka, Voronovskovo, Belarus; alt. POB Grodno, Belarus; State Secretary of the Security Council; former Prosecutor General (individual) [BELARUS].

SHEYMAN, Viktor Uladzimiravich (a.k.a. SHEIMAN, Victor Uladzimiravich; a.k.a. SHEIMAN, Victor Vladimirovich; a.k.a. SHEIMAN, Viktar Uladzimiravich; a.k.a. SHEIMAN, Viktar Vladimirovich; a.k.a. SHEIMAN, Viktor Uladzimiravich; a.k.a. SHEIMAN, Viktor Vladimirovich; a.k.a. SHEYMAN, Victor Uladzimiravich; a.k.a. SHEYMAN, Victor Vladimirovich; a.k.a. SHEYMAN, Viktar Uladzimiravich; a.k.a. SHEYMAN, Viktar Vladimirovich; a.k.a. SHEYMAN, Viktor Vladimirovich); DOB 26 May 1958; POB Soltanishka, Voronovskovo, Belarus; alt. POB Grodno, Belarus; State Secretary of the Security Council; former Prosecutor General (individual) [BELARUS].

SHEYMAN, Viktor Vladimirovich (a.k.a. SHEIMAN, Victor Uladzimiravich; a.k.a. SHEIMAN, Victor Vladimirovich; a.k.a. SHEIMAN, Viktar Uladzimiravich; a.k.a. SHEIMAN, Viktar Vladimirovich; a.k.a. SHEIMAN, Viktor Uladzimiravich; a.k.a. SHEIMAN, Viktor Vladimirovich; a.k.a. SHEYMAN, Victor Uladzimiravich; a.k.a. SHEYMAN, Victor Vladimirovich; a.k.a. SHEYMAN, Viktar Uladzimiravich; a.k.a. SHEYMAN, Viktar Vladimirovich; a.k.a. SHEYMAN, Viktor Uladzimiravich); DOB 26 May 1958; POB Soltanishka, Voronovskovo, Belarus; alt. POB Grodno, Belarus; State Secretary of the Security Council; former Prosecutor General (individual) [BELARUS].

SHI, Anhui (Chinese Simplified: 施安辉), China; DOB 11 Jun 1962; POB Xuhui District, Shanghai; nationality China; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; National ID No. 310104196206112835 (individual) [NPWMD] (Linked To: SHI, Qianpei).

SHI, Min (Chinese Simplified: 石敏), Longhua Town, Xuhui District, Shanghai City, China; DOB 20 May 1979; POB Xuhui District, Shanghai, China; nationality China; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); Residency Number 310104197905203618 (China); Director (individual) [IRAN-EO13846] (Linked To: NEW FAR INTERNATIONAL LOGISTICS LIMITED).

SHI, Qianpei (Chinese Simplified: 施乾培), Beijing, China; DOB 09 Jul 1989; POB Qidong, Jiangsu Province; nationality China; citizen China; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; National ID No. 32068119890709081X (individual) [NPWMD] (Linked To: CHOE, Chol Min).

SHI, Yuhua (a.k.a. HUA, Shi Yu; a.k.a. YUHUA, Shi; a.k.a. "SHI, Arlex"), China; DOB 05 Aug 1976; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport PE0475719 (China) expires 14 Nov 2019 (individual) [NPWMD] [IFSR].

SHIBAM HOLDING (Arabic: شبام القابضة) (a.k.a. GENERAL HOLDING CORPORATION FOR REAL ESTATE DEVELOPMENT AND INVESTMENT), Faj Attan, Sana'a, Yemen; Website www.shibamholding.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Apr 2008; Organization Type: Activities of holding companies [SDGT] (Linked To: ANSARALLAH).

SHIBLI SHIBLI, Ibrahim (a.k.a. CHIBLI, Ibrahim); DOB 10 Oct 1965; POB Sour, Lebanon; nationality Lebanon (individual) [SDNTK].

SHIEB, Ahmed (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED HAMED"; a.k.a.

"AHMED THE EGYPTIAN"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SHIG DEPARTMENT 7500 (a.k.a. SHAHID HAJ ALI MOVAHED RESEARCH CENTER; a.k.a. SHAHID MOVAHED INDUSTRIES; a.k.a. SHAHID MOVAHED INDUSTRY), c/o SHIG, Damavand Tehran Highway, P.O. Box 16595-159, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

SHIH, Kuo Neng (a.k.a. KUAI NUENG, Sae Chang; a.k.a. "AH SAN"; a.k.a. "SHI KWAN NEINK"; a.k.a. "SHIH KUO NENG"), Tachilek, Shan, Burma; DOB 1964 (individual) [SDNTK].

SHIH, Ting-yu (a.k.a. "SHIH, Vivian"), Koror, Palau; DOB 08 Nov 1990; nationality Taiwan; Gender Female; Passport 353058635 (Taiwan) (individual) [TCO] (Linked To: GRAND LEGEND INTERNATIONAL ASSET MANAGEMENT GROUP CO. LTD.).

SHIHAB, Sami Hani (a.k.a. HALAWI, Hani; a.k.a. MANSOUR, Mohammad Yousef; a.k.a. MANSOUR, Mohammad Youssef; a.k.a. MANSUR, Mohammad Yusuf Ahmad; a.k.a. MANSUR, Muhammad Yusif Ahmad; a.k.a. MANSUR, Muhammad Yusuf Ahmad; a.k.a. SHEHAB, Sami; a.k.a. "HILLAWI, Jamal Hani"; a.k.a. "SAMI, Salem Bassem"; a.k.a. "SHIHAB, Muhammad Yusuf Mansur Sami"), Beirut, Lebanon; DOB 14 Sep 1970; alt. DOB 01 Jan 1974; alt. DOB 1980; POB Bint Jubayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SHIHADA, Rafiq (a.k.a. SHAHADAH, Rafiq; a.k.a. SHAHADAH, Rafiq Mahmoud; a.k.a. SHEHADEH, Rafik; a.k.a. SHIHADAH, Rafiq; a.k.a. SHIHADAH, Wafiq), Syria; DOB 1954; POB Al-Sharasheer, Jableh, Latakia, Syria; Gender Male (individual) [PAARSSR-EO13894].

SHIHADAH, Rafiq (a.k.a. SHAHADAH, Rafiq; a.k.a. SHAHADAH, Rafiq Mahmoud; a.k.a. SHEHADEH, Rafik; a.k.a. SHIHADA, Rafiq; a.k.a. SHIHADAH, Wafiq), Syria; DOB 1954; POB Al-Sharasheer, Jableh, Latakia, Syria; Gender Male (individual) [PAARSSR-EO13894].

SHIHADAH, Wafiq (a.k.a. SHAHADAH, Rafiq; a.k.a. SHAHADAH, Rafiq Mahmoud; a.k.a.

SHEHADEH, Rafik; a.k.a. SHIHADA, Rafiq; a.k.a. SHIHADAH, Rafiq), Syria; DOB 1954; POB Al-Sharasheer, Jableh, Latakia, Syria; Gender Male (individual) [PAARSSR-EO13894].

SHIHADI, Ali (a.k.a. CHEADE, Ali; a.k.a. CHEHADE, Abou Hassan Ali; a.k.a. CHEHADE, Ali Ahmad; a.k.a. JAWAD, Abou Hassan; a.k.a. JAWAD, Abu Hassan), Abidjan, Cote d Ivoire; DOB 05 Jan 1961; POB Ansarie, Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0516070 (Lebanon) (individual) [SDGT].

SHIHATA, Thirwat Salah (a.k.a. ABDALLAH, Tarwat Salah; a.k.a. THIRWAT, Salah Shihata; a.k.a. THIRWAT, Shahata); DOB 29 Jun 1960; POB Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SHIJIAZHUANG FA KE TRADING COMPANY (a.k.a. HEBEI GUANLANG BIOTECHNOLOGY CO., LTD. (Chinese Simplified: 河北冠朗生物科技有限公司)), Room 2914, Bldg. B Weekend Max Mara, No. 108 West Zhongshan Road, Qiaoxi District, Shijiazhuang, Hebei Province 050000, China; Website www.guanlang-group.com; Phone Number 8619930505208; alt. Phone Number 8613273412322; Organization Established Date 30 Apr 2015; Unified Social Credit Code (USCC) 91130104336154011D (China) [ILLICIT-DRUGS-EO14059].

SHILKIN, Grigory Vladimirovich (Cyrillic: ШИЛКИН, Григорий Владимирович), Russia; DOB 20 Oct 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHIMAWI, Qahtan Hasan Muhammed (a.k.a. QAHTAN AL-SA'IDI, Hasan), Baghdad Governorate, Iraq; DOB 28 Aug 1967; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A12197343 (Iraq) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHIN, Yong Il (a.k.a. SIN, Yong Il; a.k.a. SIN, Yo'ng Il), Korea, North; DOB 28 Feb 1948; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations,

sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PD654210116 (Korea, North); Deputy Director of the Military Security Command (individual) [DPRK2].

SHINDE, Akash Anant, India; DOB 22 Jul 2000; nationality India; Gender Male; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Identification Number 10970777 (India) (individual) [IRAN-EO13846] (Linked To: ELEVATE MARINE MANAGEMENT PRIVATE LIMITED).

SHINE DRAGON GROUP LIMITED (Chinese Traditional: 尚龍集團有限公司), Central, Hong Kong; Surat Thani 84320, Thailand; Tsim Sha Tsui, Kowloon, Hong Kong; Causeway Bay, Hong Kong; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number 1329358 (Hong Kong) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

SHINE RESOURCES QINGDAO CO LTD (a.k.a. SHANGYIYUAN RESOURCES QINGDAO CO LTD (Chinese Simplified: 上意源资源 青岛有限公司); a.k.a. "SHINE RESOURCES"), Room 8305-1-1, Third Floor, Qiantongyuan Office Building, No.44 Moscow Road, Qingdao, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91370220MA94EKE661 (China) [RUSSIA-EO14024].

SHINE ROAD TRADING FZE (Arabic: شاين رود للتجارة م م ح), Office No FZJOBB1210, Jebel Ali Free Zone, Dubai, United Arab Emirates; Organization Established Date 21 Apr 2019; Commercial Registry Number 11447532 (United Arab Emirates); License 177219 (United Arab Emirates) [IRAN-EO13902].

SHINE. X INVESTMENTS PVT LTD, Malareethige, Galolhu, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number C-0543/2014 (Maldives); Permit Number IG-0913/T10/2014 (Maldives) issued 03 Jul 2014 [SDGT] (Linked To: SHIYAM, Ali).

SHINI, Abdi Rooble (a.k.a. DHEERE, Suhayb; a.k.a. DHEERE, Suheib; a.k.a. ROOBOW, Cabdi), Qudus, Lower Juba, Somalia; DOB 1981; alt. DOB 1982; nationality Somalia; Gender Male; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

SHINING PATH (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

SHINODA, Kenichi (a.k.a. TSUKASA, Shinobu); DOB 25 Jan 1942; POB Oita Kyushu, Japan (individual) [TCO].

SHINY SAILS SHIPPING LTD, PO Box 1137, Victoria, Mahe Island, Seychelles; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Identification Number IMO 26348960 [IRAN-EO13846].

SHIP REPAIR CENTER ZVEZDOCHKA (a.k.a. AO SHIP REPAIR CENTER 'ZVEZDOCHKA'; a.k.a. JOINT STOCK COMPANY SHIP REPAIR CENTER 'ZVEZDOCHKA'; a.k.a. OAO SHIP REPAIR CENTER 'ZVEZDOCHKA'; a.k.a. 'ZVEZDOCHKA' SHIPYARD), 12, proyezd Mashinostroiteley, Severodvinsk, Arkhangelskaya Oblast 164509, Russia; 13 Geroyev Sevastopolya Street, Sevastopol, Crimea 99001, Ukraine; Website www.star.ru; alt. Website http://starsmz.ru/; alt. Website http://sevmorzavod.com/; Email Address info@star.ru; alt. Email Address star_sev@mail.ru; alt. Email Address office@smp.com.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1082902002677 (Russia); Tax ID No. 2902060361 (Russia) [UKRAINE-EO13685].

SHIP REPAIR YARD OF THE BLACK SEA FLEET OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (a.k.a. 13 SRZ CHF MINOBORONY ROSSII; a.k.a. 13 SUDOREMONTNYI ZAVOD CHERNOMORSKOGO FLOTA MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII), ul. Kilen-balka D. 1, Sevastopol 299041, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9203501030 (Russia); Registration Number 1149204071664 (Russia) [RUSSIA-EO14024].

SHIPBUILDING PLANT LOTOS (a.k.a. JOINT STOCK COMPANY SHIPBUILDING PLANT LOTOS; a.k.a. JSC SUDOSTROITELNY FACTORY LOTOS (Cyrillic: АО СУДОСТРОИТЕЛЬНЫЙ ЗАВОД ЛОТОС); a.k.a. "SHIPYARD LOTOS"), Narimanov, Beregovayas T., 3, Astrakhan Oblast 416111, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Jul 1997; Tax ID No. 3008003802 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SHIPLOAD MARITIME PTE. LTD., 6001 Beach Road #21-01, Golden Mile Tower, Singapore 199589, Singapore; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Identification Number IMO 5837979; Business Registration Number 200512603G (Singapore) [IRAN-EO13846].

SHIPPING COMPANY SOUTH (a.k.a. SC SOUTH LLC; a.k.a. SC-YUG (Cyrillic: СК-ЮГ); a.k.a. "SK-YUG"), ul. Lenina, d. 6B, Novorossiysk, Krasnodarskiy kray 353960, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jun 2016; Tax ID No. 9705070317 (Russia); Identification Number IMO 5937219 [RUSSIA-EO14024].

SHIPPING COMPUTER SERVICES COMPANY (a.k.a. SCSCO), No. 37, Asseman Shahid Sayyad Shirazeesq, Pasdaran Ave, PO Box 1587553-1351, Tehran, Iran; Website www.scsco.net; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SHIPPING WELFARE SERVICES INSTITUTE (a.k.a. IRISL CLUB; a.k.a. ISLAMIC REPUBLIC OF IRAN SHIPPING LINES COMFORT SERVICES; a.k.a. MARITIME WELFARE SERVICES INSTITUTE), Number 63, East Shahid Tajrlu Street, Shahid Tajrlu Square, Shian, Iran; Website www.irislclub.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SHIPREPAIRING AND SHIPBUILDING CORPORATION JSC, Per. 1-I Pozharnyi D.1, Gorodets 606505, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5260100856 (Russia); Registration Number 1025203027134 (Russia) [RUSSIA-EO14024].

SHIPREPAIRING CENTER ZVYOZDOCHKA (a.k.a. JOINT STOCK COMPANY SHIPREPAIRING CENTER ZVYOZDOCHKA; a.k.a. JOINT-STOCK COMPANY SHIP REPAIR CENTER ZVEZDOCHKA; a.k.a. JOINT-STOCK COMPANY TSS ZVEZDOCHKA; a.k.a. JSC CENTER SUDOREMONTA ZVEZDOCHKA (Cyrillic: АО ЦЕНТР СУДОРЕМОНТА ЗВЕЗДОЧКА); a.k.a. SC ZVYOZDOCHKA), 12 Mashinostroiteley Passage, Severodvinsk, Arkhangelsk Region 164500, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Nov 2008; Tax ID No. 2902060361 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SHIPULIN, Anton Vladimirovich (Cyrillic: ШИПУЛИН, Антон Владимирович), Russia; DOB 21 Aug 1987; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHIR AMIN, Javad Bordbar (a.k.a. BORDBARSHERAMIN, Javad; a.k.a. BORDBARSHERAMIN, Javad Ali; a.k.a. "BORDBAR, Javad"), Iran; DOB 27 Oct 1981; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A37845408 expires 24 Aug 2021 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHIRAZ CENTRAL PRISON (a.k.a. ADEL ABAD PRISON; a.k.a. ADELABAD PRISON; a.k.a. "PROSPEROUS PLACE OF JUSTICE"), Shiraz, Fars Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

SHIRAZ ELECTRONIC INDUSTRIES (a.k.a. SHIRAZ ELECTRONICS INDUSTRIES; a.k.a. "SEI"), P.O. Box 71365-1589, Shiraz, Iran; Hossain Abad Road, Shiraz, Iran; Additional

Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHIRAZ ELECTRONICS INDUSTRIES (a.k.a. SHIRAZ ELECTRONIC INDUSTRIES; a.k.a. "SEI"), P.O. Box 71365-1589, Shiraz, Iran; Hossain Abad Road, Shiraz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHIRAZ FARGAN CHEMICAL COMPANY (a.k.a. FARGHAN NOVIN PARS MANUFACTURING AND TRADING INDUSTRIES COMPANY; a.k.a. FURQAN NOVIN PARS MANUFACTURING AND COMMERCIAL INDUSTRIES), First Floor, No. 0, Karimkhan Zand Boulevard, Bazar Neighborhood, Alley (South Vakil Neighborhood), Central Section, Shiraz County, Shiraz, Fars, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 08 Sep 1997; National ID No. 10530176953 (Iran); Registration Number 5174 (Iran) [NPWMD] [IFSR] (Linked To: QAYUMI, Vahid).

SHIRAZ PARS FARAYAND OIL REFINERY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SHIRAZ PETROCHEMICAL (a.k.a. SHIRAZ PETROCHEMICAL CO.; a.k.a. SHIRAZ PETROCHEMICAL COMPANY; a.k.a. SHIRAZ PETROCHEMICAL COMPLEX; a.k.a. "SPC"), 6 Km Of Pol-E-Khan Road-Dorodzan Dam, PO Box 415, Shiraz, Fars 73491-31736, Iran; No. 5 Farivar Alley, Ghaem Magham Street, Tehran, Iran; Website www.spc.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Tax ID No. 411168731673 (Iran); Company Number 10530010025 (Iran) [IRAN-EO13846].

SHIRAZ PETROCHEMICAL CO. (a.k.a. SHIRAZ PETROCHEMICAL; a.k.a. SHIRAZ PETROCHEMICAL COMPANY; a.k.a. SHIRAZ PETROCHEMICAL COMPLEX; a.k.a. "SPC"), 6 Km Of Pol-E-Khan Road-Dorodzan Dam, PO Box 415, Shiraz, Fars 73491-31736, Iran; No. 5 Farivar Alley, Ghaem Magham Street, Tehran, Iran; Website www.spc.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Tax ID No. 411168731673 (Iran); Company Number 10530010025 (Iran) [IRAN-EO13846].

SHIRAZ PETROCHEMICAL COMPANY (a.k.a. SHIRAZ PETROCHEMICAL; a.k.a. SHIRAZ PETROCHEMICAL CO.; a.k.a. SHIRAZ PETROCHEMICAL COMPLEX; a.k.a. "SPC"), 6 Km Of Pol-E-Khan Road-Dorodzan Dam, PO Box 415, Shiraz, Fars 73491-31736, Iran; No. 5 Farivar Alley, Ghaem Magham Street, Tehran, Iran; Website www.spc.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Tax ID No. 411168731673 (Iran); Company Number 10530010025 (Iran) [IRAN-EO13846].

SHIRAZ PETROCHEMICAL COMPLEX (a.k.a. SHIRAZ PETROCHEMICAL; a.k.a. SHIRAZ PETROCHEMICAL CO.; a.k.a. SHIRAZ PETROCHEMICAL COMPANY; a.k.a. "SPC"), 6 Km Of Pol-E-Khan Road-Dorodzan Dam, PO Box 415, Shiraz, Fars 73491-31736, Iran; No. 5 Farivar Alley, Ghaem Magham Street, Tehran, Iran; Website www.spc.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Tax ID No. 411168731673 (Iran); Company Number 10530010025 (Iran) [IRAN-EO13846].

SHIRAZI, Ali Marshad (a.k.a. ABD AL RASUL MURSHID SHIRAZI, Ali; a.k.a. SHIRAZI, Ali Morshed (Arabic: على مرشد شیرازی); a.k.a. "JAVAD, Abu"), Lebanon; DOB 07 Feb 1969; POB Najaf, Iraq; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D100008420 (Iran) expires 26 Jul 2026; National ID No. 4720725929 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SHIRAZI, Ali Morshed (Arabic: على مرشد شیرازی) (a.k.a. ABD AL RASUL MURSHID SHIRAZI, Ali; a.k.a. SHIRAZI, Ali Marshad; a.k.a. "JAVAD, Abu"), Lebanon; DOB 07 Feb 1969; POB Najaf, Iraq; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D100008420 (Iran) expires 26 Jul 2026; National ID No. 4720725929 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SHIRINKAR, Mohammad Bagher (a.k.a. TEHRANI, Mojtaba), Iran; DOB 21 Sep 1979; nationality Iran; Gender Male; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0067948431 (Iran) (individual) [SDGT] [IRGC] [IFSR] [HRIT-IR] [ELECTION-EO13848] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

SHIRKAT MANABI' THARAWAT AL-JANUB LILTIJARAH AL-'AMMAH (a.k.a. MANABEA THARWAT AL-JANOOB GENERAL TRADING COMPANY, LLC; a.k.a. SOUTH WEALTH RESOURCES COMPANY; a.k.a. SOUTH WEALTH RESOURCES LTD.), Al Jadriya District, Baghdad, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SHIROKOV, Anatoly Ivanovich (Cyrillic: ШИРОКОВ, Анатолий Иванович), Russia; DOB 29 Dec 1967; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHIRRI, 'Adil (a.k.a. CHERRI, Adel Mohamad; a.k.a. CHERRI, Adel Mohammad), Suite 15A, Mingshang GE Shenganghao Yuan Building, Bao An Nan Road, Luohu District, Shenzhen, Guangdong, China; 1/F, Bei Fang Building, Shennan Zhong Road, Shenzhen, Guangdong, China; Flat/Room 1610, Nan Fung Tower, 173 Des Voeux Road Central, Hong Kong; Cherri Building, Main Street, Beer Al Salasel, Kherbet Selem, Nabatieh, Lebanon; DOB 03 Oct 1963; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2566575 (Lebanon) expires 03 Jul 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

SHIRRI, Ameen (a.k.a. CHERRI, Amin; a.k.a. SHARI, 'Amin Abi; a.k.a. SHARY, Amin Muhammad; a.k.a. SHERRI, Amin; a.k.a. SHIRRI, Amin; a.k.a. SHRI, Amin), Beirut, Lebanon; DOB 02 Aug 1957; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 380858 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SHIRRI, Amin (a.k.a. CHERRI, Amin; a.k.a. SHARI, 'Amin Abi; a.k.a. SHARY, Amin Muhammad; a.k.a. SHERRI, Amin; a.k.a. SHIRRI, Ameen; a.k.a. SHRI, Amin), Beirut, Lebanon; DOB 02 Aug 1957; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 380858 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SHISHANI, Omar (a.k.a. AL-SHISHANI, Abu Umar; a.k.a. AL-SHISHANI, Omar; a.k.a. BATIRASHVILI, Tarkhan; a.k.a. BATIRASHVILI, Tarkhan Tayumurazovich; a.k.a. BATYRASHVILI, Tarkhan Tayumurazovich; a.k.a. SHISHANI, Umar; a.k.a. "Abu Hudhayfah"; a.k.a. "Abu Umar"; a.k.a. "Chechen Omar"; a.k.a. "Omar the Chechen"; a.k.a. "Omer the Chechen"; a.k.a. "Umar the Chechen"); DOB 11 Jan 1986; alt. DOB 1982; POB Akhmeta, Village Birkiani, Georgia; citizen Georgia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 09AL14455 (Georgia) expires 26 Jun 2019; National ID No. 08001007864 (Georgia) (individual) [SDGT].

SHISHANI, Umar (a.k.a. AL-SHISHANI, Abu Umar; a.k.a. AL-SHISHANI, Omar; a.k.a. BATIRASHVILI, Tarkhan; a.k.a. BATIRASHVILI, Tarkhan Tayumurazovich; a.k.a. BATYRASHVILI, Tarkhan Tayumurazovich; a.k.a. SHISHANI, Omar; a.k.a. "Abu Hudhayfah"; a.k.a. "Abu Umar"; a.k.a. "Chechen Omar"; a.k.a. "Omar the Chechen"; a.k.a. "Omer the Chechen"; a.k.a. "Umar the Chechen"); DOB 11 Jan 1986; alt. DOB 1982; POB Akhmeta, Village Birkiani, Georgia; citizen Georgia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 09AL14455 (Georgia) expires 26 Jun 2019; National ID No. 08001007864 (Georgia) (individual) [SDGT].

SHISHEH VA GAS INDUSTRIES GROUP (Arabic: گروه صنایع شیشه و گاز) (a.k.a. "GAS AND GLASS"; a.k.a. "GAS AND GLASS COMPANY"; a.k.a. "GLASS AND GAS CO."; a.k.a. "SHOGA"; a.k.a. "THE GLASS AND GAS FACTORY"), 12 Gol Sorkh, Sarvestan St, Shams Abad Industrial Zone, Tehran, Iran; Website https://shoga.net; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100889278 (Iran); Registration Number 7296 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SHISHKIN, Andrei Nikolaevich (Cyrillic: ШИШКИН, Андрей Николаевич) (a.k.a. SHISHKIN, Andrey Nikolaevich; a.k.a. SHISHKIN, Andrey Nikolayevich; a.k.a. "SHISHKIN, Andrei N"), Russia; DOB 13 Mar 1959; POB Krasnoyarsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SHISHKIN, Andrey Nikolaevich (a.k.a. SHISHKIN, Andrei Nikolaevich (Cyrillic: ШИШКИН, Андрей Николаевич); a.k.a. SHISHKIN, Andrey Nikolayevich; a.k.a. "SHISHKIN, Andrei N"), Russia; DOB 13 Mar 1959; POB Krasnoyarsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SHISHKIN, Andrey Nikolayevich (a.k.a. SHISHKIN, Andrei Nikolaevich (Cyrillic: ШИШКИН, Андрей Николаевич); a.k.a. SHISHKIN, Andrey Nikolaevich; a.k.a. "SHISHKIN, Andrei N"), Russia; DOB 13 Mar 1959; POB Krasnoyarsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SHIV TEXCHEM LIMITED (a.k.a. SHIV TEXCHEM PRIVATE LIMITED), Unit NO. 216, 2nd Floor, Kamla Space, Khira Nagar, TPS III, S.V. Road Santacruz, Mumbai 400054, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 31 Mar 2005; C.I.N. L24110MH2005PLC152341 (India); Legal Entity Number 25490030TSITQ6QUJK75 [IRAN-EO13846].

SHIV TEXCHEM PRIVATE LIMITED (a.k.a. SHIV TEXCHEM LIMITED), Unit NO. 216, 2nd Floor, Kamla Space, Khira Nagar, TPS III, S.V. Road Santacruz, Mumbai 400054, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 31 Mar 2005; C.I.N. L24110MH2005PLC152341 (India); Legal Entity Number 25490030TSITQ6QUJK75 [IRAN-EO13846].

SHIVAEI, Ahmed Asghari (a.k.a. SHIVA'I, Ahmad Asghari), Iran; DOB 03 Mar 1973; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 55690718 (Iran) (individual) [NPWMD] [IFSR].

SHIVA'I, Ahmad Asghari (a.k.a. SHIVAEI, Ahmed Asghari), Iran; DOB 03 Mar 1973; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 55690718 (Iran) (individual) [NPWMD] [IFSR].

SHIVNANI ORGANICS FZE (Arabic: شيفناني أورجانيس م م ح), PO Box 17493, Jebel Ali, Dubai, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 18 Oct 2022; License 23404 (United Arab Emirates); Economic Register Number (CBLS) 11956855 (United Arab Emirates) [IRAN-EO13846].

SHIYAM, Ali (a.k.a. "VB AYYA"), Maldives; DOB 25 Oct 1987; POB Male, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F0303172 (Maldives) expires 08 Feb 2020; National ID No. A039352 (Maldives) (individual) [SDGT] (Linked To: AL QA'IDA).

SHKADAREVICH, Alexei Petrovich (Cyrillic: ШКАДАРЕВИЧ, Алексей Петрович) (a.k.a. SHKADAREVICH, Alexey; a.k.a. SHKADAREVICH, Aliaksei Piatrovich (Cyrillic: ШКАДАРЭВІЧ, Аляксей Пятровіч)), Parnikovaja vulica, 11, ap. 12, Minsk, Belarus; DOB 27 Oct 1947; nationality Belarus; Gender Male; National ID No. 3271047A006PB4 (Belarus) (individual) [BELARUS-EO14038].

SHKADAREVICH, Alexey (a.k.a. SHKADAREVICH, Alexei Petrovich (Cyrillic: ШКАДАРЕВИЧ, Алексей Петрович); a.k.a. SHKADAREVICH, Aliaksei Piatrovich (Cyrillic: ШКАДАРЭВІЧ, Аляксей Пятровіч)), Parnikovaja vulica, 11, ap. 12, Minsk, Belarus; DOB 27 Oct 1947; nationality Belarus; Gender Male; National ID No. 3271047A006PB4 (Belarus) (individual) [BELARUS-EO14038].

SHKADAREVICH, Aliaksei Piatrovich (Cyrillic: ШКАДАРЭВІЧ, Аляксей Пятровіч) (a.k.a.

SHKADAREVICH, Alexei Petrovich (Cyrillic: ШКАДАРЕВИЧ, Алексей Петрович); a.k.a. SHKADAREVICH, Alexey), Parnikovaja vulica, 11, ap. 12, Minsk, Belarus; DOB 27 Oct 1947; nationality Belarus; Gender Male; National ID No. 3271047A006PB4 (Belarus) (individual) [BELARUS-EO14038].

SHKHAGOSHEV, Adalbi Lyulevich (Cyrillic: ШХАГОШЕВ, Адальби Люлевич), Russia; DOB 06 Jun 1967; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHKLIANIK, Sergei Ivanovich (a.k.a. SHKLYANIK, Sergey), 28-100 Grokholyskiy Ln., Moscow 129010, Russia; DOB 04 May 1956; POB Savichi, Belarus; nationality Russia; alt. nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770804439659 (Russia) (individual) [RUSSIA-EO14024].

SHKLYANIK, Sergey (a.k.a. SHKLIANIK, Sergei Ivanovich), 28-100 Grokholyskiy Ln., Moscow 129010, Russia; DOB 04 May 1956; POB Savichi, Belarus; nationality Russia; alt. nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770804439659 (Russia) (individual) [RUSSIA-EO14024].

SHKOLKINA, Nadezhda Vasilyevna (Cyrillic: ШКОЛКИНА, Надежда Васильевна), Russia; DOB 12 May 1970; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHKOLOV, Evgeniy Mikhailovich, Russia; DOB 31 Aug 1955; POB Dresden, Germany; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Aide to the President of the Russian Federation (individual) [UKRAINE-EO13661].

SHKUBA DTO (a.k.a. HASSAN DRUG TRAFFICKING ORGANIZATION; a.k.a. HASSAN DTO), Tanzania; South Africa [SDNTK].

SHMALACH, Zahir Younes (a.k.a. SHAMALCH, Zuhir Yunes Hammed (Arabic: زهير يونس حامد شملخ); a.k.a. SHAMLAKH, Zuhair (Hebrew: זהיר יונס שמלח); a.k.a. SHAMLAKH, Zuheir), Gaza; DOB 15 Nov 1980; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 905396560 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SHMANAI, Darya (Cyrillic: ШМАНАЙ, Дарья), Moscow, Russia; Ostroshitskaya, 8-35, Minsk 220129, Belarus; DOB 02 May 1993; POB Minsk, Belarus; nationality Belarus; Gender Female; National ID No. 4020593A018PB8 (Belarus) (individual) [BELARUS-EO14038].

SHMELEV, Aleksei Borisovich (a.k.a. SHMELEV, Alexey Borisovich (Cyrillic: ШМЕДЕВ, Адексей Борисович)), 8 Kutuzovskiy Ave, Apt 104, Moscow, Moscow Region 121248, Russia; DOB 22 Feb 1973; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 728723089 (Russia); Tax ID No. 773000449370 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CLOSED JOINT STOCK COMPANY RSK TECHNOLOGIES).

SHMELEV, Alexey Borisovich (Cyrillic: ШМЕДЕВ, Адексей Борисович) (a.k.a. SHMELEV, Aleksei Borisovich), 8 Kutuzovskiy Ave, Apt 104, Moscow, Moscow Region 121248, Russia; DOB 22 Feb 1973; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 728723089 (Russia); Tax ID No. 773000449370 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CLOSED JOINT STOCK COMPANY RSK TECHNOLOGIES).

SHMUKKI, Anselm Oskar (a.k.a. SCHMUCKI, Anselm Oskar; a.k.a. SCHMUCKI, Oskar Anselm), RB 3-220, Royal Breeze, Sofia Street, Ras al Khaimah, United Arab Emirates; Switzerland; Moscow, Russia; Singapore; DOB 21 Nov 1969; nationality Switzerland; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport X7594510 (Switzerland) (individual) [RUSSIA-EO14024].

SHOCK SPORTS CLUB (Cyrillic: СПОРТИВНЫЙ КЛУБ ШОК) (a.k.a. MALADZEZHNAE SPARTYUNAE HRAMADSKAE ABYADNANNE SPARTYUNY KLUB SHOK (Cyrillic: МАЛАДЗЕЖНАЕ СПАРТЫЎНАЕ ГРАМАДСКАЕ АБЯДНАННЕ СПАРТЫЎНЫ КЛУБ ШОК); a.k.a. MOLODEZHNOYE SPORTIVNOYE OBSCHESTVENNOYE OBEDINENIYE SHOK (Cyrillic: МОЛОДЕЖНОЕ СПОРТИВНОЕ ОБЩЕСТВЕННОЕ ОБЪЕДИНЕНИЕ СПОРТИВНЫЙ КЛУБ ШОК); a.k.a. MSOO SK SHOCK (Cyrillic: МСОО СК ШОК); a.k.a. "SHOCK TEAM"; a.k.a. "SPORTS CLUB SHOCK"), ul. Boleslava Beruta, 12, Minsk, Belarus (Cyrillic: улица Болеслава Берута, 12, Минск, Belarus); ul. Filimonova, 55/3, Pom. 3H (cab.2), Minsk, Belarus (Cyrillic: ул. Филимонова, д. 55 корпус 3, пом. 3н (каб.2), Минск, Belarus); Organization Established Date 12 Oct 2010; Registration Number 194901875 (Belarus) [BELARUS].

SHOFESO, Olatude I. (a.k.a. ADEMULERO, Babestan Oluwole; a.k.a. BABESTAN, Wole A.; a.k.a. OGUNGBUYI, Oluwole A.; a.k.a. OGUNGBUYI, Wally; a.k.a. OGUNGBUYI, Wole A.; a.k.a. SHOFESO, Olatunde Irewole); DOB 04 Mar 1953; POB Nigeria (individual) [SDNTK].

SHOFESO, Olatunde Irewole (a.k.a. ADEMULERO, Babestan Oluwole; a.k.a. BABESTAN, Wole A.; a.k.a. OGUNGBUYI, Oluwole A.; a.k.a. OGUNGBUYI, Wally; a.k.a. OGUNGBUYI, Wole A.; a.k.a. SHOFESO, Olatude I.); DOB 04 Mar 1953; POB Nigeria (individual) [SDNTK].

SHOFESO, Olatutu Temitope (a.k.a. BABESTAN, Abeni O.; a.k.a. OGUNGBUYI, Abeni O.); DOB 30 Jun 1952; POB Nigeria (individual) [SDNTK].

SHOHADAA AL-YARMOUK BRIGADE (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SHOHRAT, Zakir (a.k.a. ZAKIR, Shohrat (Arabic: شۆھرەت زاكىر; Chinese Simplified: 雪克来提扎克尔); a.k.a. ZAKIR, Shohret; a.k.a. ZHAKER, Xuekelaiti), Xinjiang, China; DOB Aug 1953; POB Yining City, Xinjiang, China; nationality China; Gender Male (individual) [GLOMAG] (Linked To: XINJIANG PUBLIC SECURITY BUREAU).

SHOIGU, Irina Aleksandrovna (Cyrillic: ШОЙГУ, Ирина Александровна) (a.k.a. ANTIPINA, Irina Aleksandrovna; a.k.a. SHOYGU, Irina Aleksandrovna), Russia; DOB 31 May 1955; POB Krasnoyarsk, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 503201763587 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SHOIGU, Sergei Kuzhugetovich).

SHOIGU, Ksenia (a.k.a. CHOIGU, Xenia; a.k.a. SHOIGU, Kseniya Sergeyevna (Cyrillic: ШОЙГУ, Ксения Сергеевна)), Moscow, Russia; DOB 10 Jan 1991; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: SHOIGU, Sergei Kuzhugetovich).

SHOIGU, Kseniya Sergeyevna (Cyrillic: ШОЙГУ, Ксения Сергеевна) (a.k.a. CHOIGU, Xenia; a.k.a. SHOIGU, Ksenia), Moscow, Russia; DOB 10 Jan 1991; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: SHOIGU, Sergei Kuzhugetovich).

SHOIGU, Sergei Kuzhugetovich (a.k.a. SHOIGU, Sergey; a.k.a. SHOYGU, Sergey Kuzhugetovich), Russia; DOB 21 May 1955; POB Chadan, Republic of Tyva, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SHOIGU, Sergey (a.k.a. SHOIGU, Sergei Kuzhugetovich; a.k.a. SHOYGU, Sergey Kuzhugetovich), Russia; DOB 21 May 1955; POB Chadan, Republic of Tyva, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SHOIGU, Yuliya Sergeyevna (Cyrillic: ШОЙГУ, Юлия Сергеевна), Moscow, Russia; DOB 1977; POB Krasnoyarsk, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: SHOIGU, Sergei Kuzhugetovich).

SHOKOHI, Amin (a.k.a. "Pejvak"); DOB 11 Jul 1990; alt. DOB 11 Jul 1989; alt. DOB 05 Aug 1981; POB Karaj, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2] (Linked To: ITSEC TEAM).

SHOLOKHOV, Alexander Mikhailovich (Cyrillic: ШОЛОХОВ, Александр Михайлович), Russia; DOB 25 Jan 1962; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHOMAL CEMENT COMPANY, No. 269, Shahid Beheshti Street, Tehran, Iran; Website www.shomalcement.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: CEMENT INDUSTRY INVESTMENT AND DEVELOPMENT COMPANY).

SHOMAN, Khaled Khalil (a.k.a. CHOUMAN, Khaled), 529 Moussaitbeh St., Beirut, Lebanon; DOB 02 Apr 1987; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

SHOMAN, Nabil Khaled Khalil (a.k.a. CHOUMAN, Nabil; a.k.a. CHOUMAN, Nabil Khaled Halil; a.k.a. SHUMAN, Nabil), Moussaitbeh St., Beirut, Lebanon; DOB 01 Sep 1954; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

SHONGALE, Fouad (a.k.a. KALAF, Fuad Mohamed; a.k.a. KALAF, Fuad Mohammed; a.k.a. KHALAF, Fuad; a.k.a. KHALAF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohammed; a.k.a. QALAF, Fuad Mohamed; a.k.a. SHANGOLE, Fuad; a.k.a. SHONGALE, Fuad; a.k.a. SHONGOLE, Fuad; a.k.a. SHONGOLE, Fuad Muhammad Khalaf; a.k.a. SONGALE, Fuad), Mogadishu, Somalia; DOB 28 Mar 1965; alt. DOB 28 May 1965; POB Somalia; nationality Somalia; alt. nationality Sweden; Gender Male (individual) [SOMALIA].

SHONGALE, Fuad (a.k.a. KALAF, Fuad Mohamed; a.k.a. KALAF, Fuad Mohammed; a.k.a. KHALAF, Fuad; a.k.a. KHALAF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohammed; a.k.a. QALAF, Fuad Mohamed; a.k.a. SHANGOLE, Fuad; a.k.a. SHONGALE, Fouad; a.k.a. SHONGOLE, Fuad; a.k.a. SHONGOLE, Fuad Muhammad Khalaf; a.k.a. SONGALE, Fuad), Mogadishu, Somalia; DOB 28 Mar 1965; alt.

DOB 28 May 1965; POB Somalia; nationality Somalia; alt. nationality Sweden; Gender Male (individual) [SOMALIA].

SHONGOLE, Fuad (a.k.a. KALAF, Fuad Mohamed; a.k.a. KALAF, Fuad Mohammed; a.k.a. KHALAF, Fuad; a.k.a. KHALAF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohammed; a.k.a. QALAF, Fuad Mohamed; a.k.a. SHANGOLE, Fuad; a.k.a. SHONGALE, Fouad; a.k.a. SHONGALE, Fuad; a.k.a. SHONGOLE, Fuad Muhammad Khalaf; a.k.a. SONGALE, Fuad), Mogadishu, Somalia; DOB 28 Mar 1965; alt. DOB 28 May 1965; POB Somalia; nationality Somalia; alt. nationality Sweden; Gender Male (individual) [SOMALIA].

SHONGOLE, Fuad Muhammad Khalaf (a.k.a. KALAF, Fuad Mohamed; a.k.a. KALAF, Fuad Mohammed; a.k.a. KHALAF, Fuad; a.k.a. KHALAF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohammed; a.k.a. QALAF, Fuad Mohamed; a.k.a. SHANGOLE, Fuad; a.k.a. SHONGALE, Fouad; a.k.a. SHONGALE, Fuad; a.k.a. SHONGOLE, Fuad; a.k.a. SONGALE, Fuad), Mogadishu, Somalia; DOB 28 Mar 1965; alt. DOB 28 May 1965; POB Somalia; nationality Somalia; alt. nationality Sweden; Gender Male (individual) [SOMALIA].

SHOON ENERGY PTE. LTD. (f.k.a. ASIA SUN AVIATION PTE. LTD.), Singapore; Organization Established Date 27 Jun 2018; Organization Type: Activities of holding companies; Registration Number 201821798H (Singapore) [BURMA-EO14014] (Linked To: WIN, Khin Phyu).

SHOOTING CENTER ALTAY SHOOTER LTD (a.k.a. LIMITED LIABILITY COMPANY SHOOTING AND BENCH COMPLEX ALTAYSKY STRELOK; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU STRELKOVO STENDOVYI KOMPLEKS ALTAISKII STRELOK; a.k.a. "LLC CCK EXPERT"; a.k.a. "OOO SSK AS"), Shadrino village, Barnaul 656000, Russia; 28 Ulitsa Kulagina, Barnaul 656012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2224083790 (Russia); Registration Number 1032202181516 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY BARNAUL CARTRIDGE PLANT).

SHOPAR INTERNATIONAL E-TRADE COMPANY LIMITED (a.k.a. QUANGVIETDNBG INTERNATIONAL SERVICES COMPANY LIMITED), 37C Alley

2/69 Hoang Liet Street, Hoang Liet Ward, Hanoi, Vietnam; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 04 Jul 2022; Tax ID No. 0110050211 (Vietnam) [DPRK4] (Linked To: NGUYEN, Quang Viet).

SHOR PARTY (a.k.a. PARTIDUL SOR; f.k.a. RAVNOPRAVIE), 36 Vasile Lupu Street, OF 326, Orhei, Moldova; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date Jun 1998; Organization Type: Activities of political organizations [RUSSIA-EO14024] (Linked To: SHOR, Ilan Mironovich).

SHOR, Ilan Mironovich, Israel; DOB 06 Mar 1987; POB Tel Aviv, Israel; nationality Moldova; alt. nationality Israel; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SHOR, Sara Lvovna (a.k.a. MANAKHIMOVA, Sara Lvovna; a.k.a. SHORE, Jasmine; a.k.a. "ZHASMIN" (Cyrillic: "ЖАСМИН")), Russia; DOB 12 Oct 1977; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 752329813 (Russia); National ID No. 4611519895 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SHOR, Ilan Mironovich).

SHORE, Jasmine (a.k.a. MANAKHIMOVA, Sara Lvovna; a.k.a. SHOR, Sara Lvovna; a.k.a. "ZHASMIN" (Cyrillic: "ЖАСМИН")), Russia; DOB 12 Oct 1977; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 752329813 (Russia); National ID No. 4611519895 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SHOR, Ilan Mironovich).

SHOUSHTARIPOUSTI, Masoud (Arabic: مسعود شوشتری پوستی) (a.k.a. SHUSHTARI, Masoud; a.k.a. SHUSHTARI, Mas'ud), Iran; Iraq; DOB 08 Dec 1956; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J32382248 (Iran); alt. Passport H46090737 (Iran); National ID No. 1754030661 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SHOYGU, Irina Aleksandrovna (a.k.a. ANTIPINA, Irina Aleksandrovna; a.k.a. SHOIGU, Irina Aleksandrovna (Cyrillic: ШОЙГУ, Ирина Александровна)), Russia; DOB 31 May 1955; POB Krasnoyarsk, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 503201763587 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SHOIGU, Sergei Kuzhugetovich).

SHOYGU, Sergey Kuzhugetovich (a.k.a. SHOIGU, Sergei Kuzhugetovich; a.k.a. SHOIGU, Sergey), Russia; DOB 21 May 1955; POB Chadan, Republic of Tyva, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SHPAKAU, Aleh Piatrovich (a.k.a. SHPAKOV, Oleg Petrovich), 2 Pervomayskaya Street, Apartment 9, Mogilev, Belarus; DOB 04 Apr 1964; POB Mogilev, Belarus; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport KB1586184 (Belarus); National ID No. 3040464M067PB2 (Belarus) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY BELARUSREZINOTEKHNIKA).

SHPAKOV, Oleg Petrovich (a.k.a. SHPAKAU, Aleh Piatrovich), 2 Pervomayskaya Street, Apartment 9, Mogilev, Belarus; DOB 04 Apr 1964; POB Mogilev, Belarus; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport KB1586184 (Belarus); National ID No. 3040464M067PB2 (Belarus) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY BELARUSREZINOTEKHNIKA).

SHPEROV, Pavel Valentinovich; DOB 04 Jul 1971; POB Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

SHPINNER, Ul. Selskokhozyaistvennaya d. 17, k. 7, et 1, pom. 1 kom 9, Moscow 129226, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715980551 (Russia); Registration Number 5137746009990 (Russia) [RUSSIA-EO14024].

SHREEGEE IMPEX PRIVATE LIMITED (a.k.a. "DARWIN PLUS"), 45 Gandhi Nagar Garh Road, Meerut 250001, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. AAHCS2336R (India); Registration Number

U17221UP2003PTC027553 (India) [RUSSIA-EO14024].

SHREEJI GEMS LTD, 5/1562, Haripura Limda Sheri, Surat, Gujarat 395003, India; Organization Established Date 15 Feb 1991; Company Number U92411GJ1991PLC015068 (India); Registration Number 015068 (India) [IRAN-EO13902] (Linked To: PATEL, Pankaj Nagjibhai).

SHRESTHA, Soniya, India; DOB 28 Oct 1997; nationality India; Gender Female; Identification Number 11046412 (India) (individual) [IRAN-EO13902] (Linked To: VEGA STAR SHIP MANAGEMENT PRIVATE LIMITED).

SHREYA LIFE SCIENCES PRIVATE LIMITED, Shreya House 6th floor 301/a Pereira Hill Road, Andheri East, Mumbai 400099, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. AADCS9890C (India); Registration Number U51900MH1991PTC061136 (India) [RUSSIA-EO14024].

SHRI, Amin (a.k.a. CHERRI, Amin; a.k.a. SHARI, 'Amin Abi; a.k.a. SHARY, Amin Muhammad; a.k.a. SHERRI, Amin; a.k.a. SHIRRI, Ameen; a.k.a. SHIRRI, Amin), Beirut, Lebanon; DOB 02 Aug 1957; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 380858 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SHTORM TEKHNOLOGII OOO (a.k.a. STORM TECHNOLOGIES LIMITED LIABILITY COMPANY (Cyrillic: ШТОРМ ТЕХНОЛОГИИ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)), d. 5, etazh 2 pom. 39 Mesto 1, ul. Nobelaya, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2016; Tax ID No. 9701058069 (Russia); Registration Number 5167746431694 (Russia) [RUSSIA-EO14024] (Linked To: NEXIGN JOINT STOCK COMPANY).

SHUAB, Ayad Hammed Muhal (a.k.a. AL-IRAQI, Abu Yahya; a.k.a. ALJAMALI, Ayad Hamed Mohl; a.k.a. AL-JUMAIL, Ayad Hamed Mohal; a.k.a. AL-JUMAILI, Ayad; a.k.a. AL-JUMAILI, Ayad Hamid; a.k.a. AL-JUMAILY, Iyad Hamed Mahl; a.k.a. AL-JUMAYLI, Iyad; a.k.a. JOUMILY, Ayad Hamed Mahal; a.k.a. MAHAR, Ayad Miuhammed; a.k.a. MAHAR, Ayad Muhammad; a.k.a. "YAHYA, Abu"); DOB 01 Jan

1977; alt. DOB 01 Jul 1972; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SHUBIN, Aleksandr (a.k.a. SHUBIN, Alexandr; a.k.a. SHUBIN, Alexandr Vasilievich); DOB 20 May 1972; POB Luhansk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

SHUBIN, Alexandr (a.k.a. SHUBIN, Aleksandr; a.k.a. SHUBIN, Alexandr Vasilievich); DOB 20 May 1972; POB Luhansk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

SHUBIN, Alexandr Vasilievich (a.k.a. SHUBIN, Aleksandr; a.k.a. SHUBIN, Alexandr); DOB 20 May 1972; POB Luhansk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

SHUBIN, Igor Nikolayevich (Cyrillic: ШУБИН, Игорь Николаевич), Russia; DOB 20 Dec 1955; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHUDRA, Helena (a.k.a. AFANASYEVA, Elena Mikhaylovna (Cyrillic: АФАНАСЬЕВА, Елена Михайловна); a.k.a. PESTI, Victoria), Moscow, Russia; DOB 22 Jun 1997; POB Saratov, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 752654183 (Russia) (individual) [RUSSIA-EO14024].

SHUEN WAI HOLDING LIMITED, Room 3605 36/F Wu Chang House, 213 Queen's Road E, Wan Chai, Hong Kong, Hong Kong; Business Registration Document # 15895496 (Hong Kong); Certificate of Incorporation Number 330330 (Hong Kong) [SDNTK].

SHUFAAT, Yazid (a.k.a. BIN SUFAAT, Yazud; a.k.a. SUFAAT, Yazid); DOB 20 Jan 1964; POB Johor, Malaysia; nationality Malaysia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A10472263 (Malaysia) (individual) [SDGT].

SHUGAEV, Dmitry Evgenyevich (a.k.a. SHUGAYEV, Dmitry), Moscow, Russia; DOB 11 Aug 1965; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SHUGAYEV, Dmitry (a.k.a. SHUGAEV, Dmitry Evgenyevich), Moscow, Russia; DOB 11 Aug 1965; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SHUHADA AL YARMOUK BRIGADE (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SHUHDA AL-YARMOUK (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SHUI, Zhao Jia (a.k.a. SHWE, Kyauk Kyar; a.k.a. WIN, Khin Phyu; a.k.a. WIN, Kin Phyu), 1002, Shwe Than Lwin Condo, New University Avenue, Bahan Township, Yangon, Burma; No. 218, Building No. A, Level 16 A, No. 13 Ward, Insein Road, Hlaing Township, Yangon, Burma; DOB 10 Nov 1960; nationality Burma; Gender Female; National ID No. 13/THAPANA(AEI)000103 (Burma) (individual) [BURMA-EO14014].

SHUKR, Fu'ad (a.k.a. CHAKAR, Fouad Ali; a.k.a. CHAKAR, Fu'ad; a.k.a. "CHAKAR, Al-Hajj Mohsin"), Harat Hurayk, Lebanon; Ozai, Lebanon; Al-Firdaws Building, Al-'Arid Street, Haret Hreik, Lebanon; Damascus, Syria; DOB 15 Apr 1961; alt. DOB 1962; POB An Nabi Shit, Ba'labakk, Biqa' Valley, Lebanon; alt. POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2418369 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SHULAMI, Abbas Yusofnezhad (a.k.a. YOSEFNEJAD, Abbas; a.k.a. YOUSEF NEJAD, Abbas; a.k.a. YOUSEFNEJAD, Abbas; a.k.a. YUSOFNEZHAD, Abbas; a.k.a. YUSUF NEZHAD, Abbas), Tehran, Iran; DOB 15 Jul 1986; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2669933963 (Iran) (individual) [NPWMD] [IFSR] (Linked To: RAH ROSHD INTERNATIONAL TRADE EXCHANGES DEVELOPMENT).

SHULGINOV, Nikolay Grigorevich (Cyrillic: ШУЛЬГИНОВ, Николай Григорьевич), Moscow, Russia; DOB 18 May 1951; POB Sablinskoe, Stavropol Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 263204964309 (Russia) (individual) [RUSSIA-EO14024].

SHUMAN CURRENCY EXCHANGE (a.k.a. NABIL CHOUMAN & CO; a.k.a. NABIL CHOUMAN AND CO; a.k.a. NABIL SHOMAN AND PARTNERS EXCHANGE COMPANY; a.k.a. SUMAN CURRENCY EXCHANGE SARL; a.k.a. "SHUMAN GROUP"), Property Number 351, Al-Hamra Street Strand building ground floor, Ras Beirut, Beirut, Lebanon; Safi Village, Beirut, Lebanon; Nabatieh, Beirut, Lebanon; Tyre, Beirut, Lebanon; Website shuman-exchange.business.site; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Organization Established Date 13 Mar 1989; alt. Organization Established Date 1980; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; C.R. No. 55789 (Lebanon) [SDGT] (Linked To: HAMAS).

SHUMAN, Nabil (a.k.a. CHOUMAN, Nabil; a.k.a. CHOUMAN, Nabil Khaled Halil; a.k.a. SHOMAN, Nabil Khaled Khalil), Moussaitbeh St., Beirut, Lebanon; DOB 01 Sep 1954; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

SHUMILOVA, Elena Borisovna (Cyrillic: ШУМИЛОВА, Елена Борисовна) (a.k.a. SHUMILOVA, Yelena Borisovna), Russia; DOB 01 Apr 1978; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHUMILOVA, Yelena Borisovna (a.k.a. SHUMILOVA, Elena Borisovna (Cyrillic: ШУМИЛОВА, Елена Борисовна)), Russia; DOB 01 Apr 1978; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHUMKOV, Vadim Mikhailovich (Cyrillic: ШУМКОВ, Вадим Михайлович) (a.k.a. SHUMKOV, Vadim Mikhaylovich), Kurgan Region, Russia; DOB 09 Mar 1971; POB Shastovo, Kurgan Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 860400395106 (Russia) (individual) [RUSSIA-EO14024].

SHUMKOV, Vadim Mikhaylovich (a.k.a. SHUMKOV, Vadim Mikhailovich (Cyrillic: ШУМКОВ, Вадим Михайлович)), Kurgan Region, Russia; DOB 09 Mar 1971; POB Shastovo, Kurgan Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 860400395106 (Russia) (individual) [RUSSIA-EO14024].

SHUPRANOV, Vasilii Nikolaevich (a.k.a. SHUPRANOV, Vasily Nikolaevich), Russia;

DOB 30 Mar 1957; POB Mezhenin village, Klimovichi district, Mogilev oblast, Belarus; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 525608742548 (Russia) (individual) [RUSSIA-EO14024].

SHUPRANOV, Vasily Nikolaevich (a.k.a. SHUPRANOV, Vasilii Nikolaevich), Russia; DOB 30 Mar 1957; POB Mezhenin village, Klimovichi district, Mogilev oblast, Belarus; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 525608742548 (Russia) (individual) [RUSSIA-EO14024].

SHUSHANASHVILI, Iasha Pavlovich (a.k.a. MALGASOV, Ymar; a.k.a. SHUSHANASHVILI, Lasha Pavlovich (Cyrillic: ШУШАНАШВИЛИ, ЛАША ПАВЛОВИЧ); a.k.a. "LASHA RUSTAVSKI"; a.k.a. "LASHA RUSTAVSKIY" (Cyrillic: "ЛАША РУСТАВСКИЙ"); a.k.a. "LASHA RUSTAVSKY"; a.k.a. "LASHA TOLSTIY"; a.k.a. "LASHA TOLSTY"), Greece; DOB 25 Jul 1961; POB Rustavi, Georgia; nationality Georgia; Gender Male; Passport 5752452 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

SHUSHANASHVILI, Kajaver (a.k.a. KOSTOV, Nikolay Lyudmilo; a.k.a. ROSTOV, Nicholas; a.k.a. SEPIASHVILI, Moshe Israel; a.k.a. SHUSHANASHVILI, Kakha; a.k.a. SHUSHANASHVILI, Kakhaber Pavlovich; a.k.a. "KAKHA RUSTAVSKIY"), 8 Rukavishnikov Street, Mariinskiy Posad, Chuvash Republic, Russia; DOB 08 Feb 1972; POB Rustavi, Georgia; alt. POB Kutaisi, Georgia; nationality Georgia (individual) [TCO].

SHUSHANASHVILI, Kakha (a.k.a. KOSTOV, Nikolay Lyudmilo; a.k.a. ROSTOV, Nicholas; a.k.a. SEPIASHVILI, Moshe Israel; a.k.a. SHUSHANASHVILI, Kajaver; a.k.a. SHUSHANASHVILI, Kakhaber Pavlovich; a.k.a. "KAKHA RUSTAVSKIY"), 8 Rukavishnikov Street, Mariinskiy Posad, Chuvash Republic, Russia; DOB 08 Feb 1972; POB Rustavi, Georgia; alt. POB Kutaisi, Georgia; nationality Georgia (individual) [TCO].

SHUSHANASHVILI, Kakhaber Pavlovich (a.k.a. KOSTOV, Nikolay Lyudmilo; a.k.a. ROSTOV, Nicholas; a.k.a. SEPIASHVILI, Moshe Israel; a.k.a. SHUSHANASHVILI, Kajaver; a.k.a. SHUSHANASHVILI, Kakha; a.k.a. "KAKHA RUSTAVSKIY"), 8 Rukavishnikov Street, Mariinskiy Posad, Chuvash Republic, Russia; DOB 08 Feb 1972; POB Rustavi, Georgia; alt.

POB Kutaisi, Georgia; nationality Georgia (individual) [TCO].

SHUSHANASHVILI, Lasha Pavlovich (Cyrillic: ШУШАНАШВИЛИ, ЛАША ПАВЛОВИЧ) (a.k.a. MALGASOV, Ymar; a.k.a. SHUSHANASHVILI, Iasha Pavlovich; a.k.a. "LASHA RUSTAVSKI"; a.k.a. "LASHA RUSTAVSKIY" (Cyrillic: "ЛАША РУСТАВСКИЙ"); a.k.a. "LASHA RUSTAVSKY"; a.k.a. "LASHA TOLSTIY"; a.k.a. "LASHA TOLSTY"), Greece; DOB 25 Jul 1961; POB Rustavi, Georgia; nationality Georgia; Gender Male; Passport 5752452 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

SHUSHTARI, Masoud (a.k.a. SHOUSHTARIPOUSTI, Masoud (Arabic: مسعود شوشتری پوستی); a.k.a. SHUSHTARI, Mas'ud), Iran; Iraq; DOB 08 Dec 1956; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J32382248 (Iran); alt. Passport H46090737 (Iran); National ID No. 1754030661 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SHUSHTARI, Mas'ud (a.k.a. SHOUSHTARIPOUSTI, Masoud (Arabic: مسعود شوشتری پوستی); a.k.a. SHUSHTARI, Masoud), Iran; Iraq; DOB 08 Dec 1956; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J32382248 (Iran); alt. Passport H46090737 (Iran); National ID No. 1754030661 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SHUTOV, Andrey Yurievich (Cyrillic: ШУТОВ, Андрей Юрьевич), Moscow, Russia; DOB 09 Mar 1963; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SHUVALOV, Evgeni Igorevich (a.k.a. SHUVALOV, Evgeny Igorevich (Cyrillic: ШУВАЛОВ, Евгений Игоревич)), Russia; DOB 06 May 1993; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 750758221 (Russia); Tax ID No. 773612603893 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SHUVALOV, Igor Ivanovich).

SHUVALOV, Evgeny Igorevich (Cyrillic: ШУВАЛОВ, Евгений Игоревич) (a.k.a. SHUVALOV, Evgeni Igorevich), Russia; DOB 06 May 1993; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 750758221 (Russia); Tax ID No. 773612603893 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SHUVALOV, Igor Ivanovich).

SHUVALOV, Igor (a.k.a. SHUVALOV, Igor Ivanovich (Cyrillic: ШУВАЛОВ, Игорь Иванович)), Russia; DOB 04 Jan 1967; POB Bilibino, Chukotka Autonomous Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772615073145 (Russia) (individual) [RUSSIA-EO14024].

SHUVALOV, Igor Ivanovich (Cyrillic: ШУВАЛОВ, Игорь Иванович) (a.k.a. SHUVALOV, Igor), Russia; DOB 04 Jan 1967; POB Bilibino, Chukotka Autonomous Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772615073145 (Russia) (individual) [RUSSIA-EO14024].

SHUVALOV, Vadim Nikolayevich (Cyrillic: ШУВАЛОВ, Вадим Николаевич), Russia; DOB 17 Feb 1958; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHUVALOVA, Maria Igorevna (Cyrillic: ШУВАЛОВА, Мария Игоревна) (a.k.a. SHUVALOVA, Marija Igorevna), Russia; DOB 04 Aug 1998; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 514735868 (Russia); Tax ID No. 773612613436 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SHUVALOV, Igor Ivanovich).

SHUVALOVA, Marija Igorevna (a.k.a. SHUVALOVA, Maria Igorevna (Cyrillic: ШУВАЛОВА, Мария Игоревна)), Russia; DOB 04 Aug 1998; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 514735868 (Russia); Tax ID No. 773612613436 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SHUVALOV, Igor Ivanovich).

SHUVALOVA, Olga Viktorovna (Cyrillic: ШУВАЛОВА, Ольга Викторовна), Russia; DOB 27 Mar 1969; alt. DOB 27 Mar 1966; POB Kaluga, Russia; nationality Russia; Gender

Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 514895091 (Russia); Tax ID No. 773178714204 (individual) [RUSSIA-EO14024] (Linked To: SHUVALOV, Igor Ivanovich).

SHUWAYKI, Mohamad Amer (a.k.a. AL CHWIKI, Mohamad Amer Mohamad Akram; a.k.a. ALCHWIKI, Amer; a.k.a. ALCHWIKI, Amer Mhd; a.k.a. ALCHWIKI, Mhd Amer; a.k.a. ALCHWIKI, Mohamad Amer; a.k.a. AL-SHUWAYKI, Muhammad 'Amir Muhammad Akram; a.k.a. AL-SHWEIKI, Mohamad Amer; a.k.a. AL-SHWEIKI, Muhammad Omar; a.k.a. ALSHWIKI, Mhd Amer (Cyrillic: АЛЬШВИКИ, Мхд Амер); a.k.a. CHWIKI, Mohammad Amer; a.k.a. SHWEIKI, Mohammad Amer), 71 Linton Road, Acton, London W3 9HL, United Kingdom; Syria; DOB 04 Sep 1972; POB Damascus, Syria; nationality Syria; citizen Syria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N012430661; alt. Passport N010794545; alt. Passport N007024509; alt. Passport N005668098 (individual) [SDGT] [IRGC] [IFSR] (Linked To: GLOBAL VISION GROUP; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

SHVABE OPTO-ELECTRONICS CO., LTD (a.k.a. SHVABE OPTO-ELECTRONICS MEIZHOU CO., LTD (Chinese Simplified: 诗瓦贝光电梅州有限公司); a.k.a. SHVABE OPTO-ELECTRONICS SHENZHEN CO., LTD (Chinese Simplified: 诗瓦贝光电深圳有限公司); a.k.a. UOMZ MEIZHOU CO., LTD), 16A1619, No. 4044 Pingshan Boulevard, Heping Community, Pingshan Street, Pingshan District, Shenzhen, Guangdong Province, China (Chinese Simplified: 坪山大道4044号16A1619, 坪山街道和平社区, 坪山区, 深圳市, 广东省, China); Website https://shvabe-oe.com/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Mar 2009; Unified Social Credit Code (USCC) 91441400686355518J (China) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY PRODUCTION ASSOCIATION URAL OPTICAL AND MECHANICAL PLANT NAMED AFTER E.S. YALAMOV).

SHVABE OPTO-ELECTRONICS MEIZHOU CO., LTD (Chinese Simplified: 诗瓦贝光电梅州有限公司) (a.k.a. SHVABE OPTO-ELECTRONICS CO., LTD; a.k.a. SHVABE OPTO-ELECTRONICS SHENZHEN CO., LTD (Chinese Simplified: 诗瓦贝光电深圳有限公司); a.k.a. UOMZ MEIZHOU CO., LTD), 16A1619, No. 4044 Pingshan Boulevard, Heping Community, Pingshan Street, Pingshan District, Shenzhen, Guangdong Province, China (Chinese Simplified: 坪山大道4044号16A1619, 坪山街道和平社区, 坪山区, 深圳市, 广东省, China); Website https://shvabe-oe.com/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Mar 2009; Unified Social Credit Code (USCC) 91441400686355518J (China) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY PRODUCTION ASSOCIATION URAL OPTICAL AND MECHANICAL PLANT NAMED AFTER E.S. YALAMOV).

SHVABE OPTO-ELECTRONICS SHENZHEN CO., LTD (Chinese Simplified: 诗瓦贝光电深圳有限公司) (a.k.a. SHVABE OPTO-ELECTRONICS CO., LTD; a.k.a. SHVABE OPTO-ELECTRONICS MEIZHOU CO., LTD (Chinese Simplified: 诗瓦贝光电梅州有限公司); a.k.a. UOMZ MEIZHOU CO., LTD), 16A1619, No. 4044 Pingshan Boulevard, Heping Community, Pingshan Street, Pingshan District, Shenzhen, Guangdong Province, China (Chinese Simplified: 坪山大道4044号16A1619, 坪山街道和平社区, 坪山区, 深圳市, 广东省, China); Website https://shvabe-oe.com/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Mar 2009; Unified Social Credit Code (USCC) 91441400686355518J (China) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY PRODUCTION ASSOCIATION URAL OPTICAL AND MECHANICAL PLANT NAMED AFTER E.S. YALAMOV).

SHVABE PAO (a.k.a. AKTSIONERNOE OBSHCHESTVO SHVABE; a.k.a. AO SHVABE; a.k.a. JOINT STOCK COMPANY SHVABE), 176, Prospekt Mira, Moscow 129366, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Target Type State-Owned Enterprise; Registration ID 1107746256727 (Russia); Tax ID No. 7717671799 (Russia); Government Gazette Number 07508641 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

SHVED, Andrei Ivanavich (Cyrillic: ШВЕД, Андрэй Іванавіч) (a.k.a. SHVED, Andrei Ivanovich (Cyrillic: ШВЕД, Андрей Иванович); a.k.a. SHVED, Andrey Ivanovich), Belarus; DOB 21 Apr 1973; POB Glushkovichi, Lelchitsy District, Gomel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

SHVED, Andrei Ivanovich (Cyrillic: ШВЕД, Андрей Иванович) (a.k.a. SHVED, Andrei Ivanavich (Cyrillic: ШВЕД, Андрэй Іванавіч); a.k.a. SHVED, Andrey Ivanovich), Belarus; DOB 21 Apr 1973; POB Glushkovichi, Lelchitsy District, Gomel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

SHVED, Andrey Ivanovich (a.k.a. SHVED, Andrei Ivanavich (Cyrillic: ШВЕД, Андрэй Іванавіч); a.k.a. SHVED, Andrei Ivanovich (Cyrillic: ШВЕД, Андрей Иванович)), Belarus; DOB 21 Apr 1973; POB Glushkovichi, Lelchitsy District, Gomel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

SHVENK, Inna Vladimirovna (a.k.a. SHVENK, Inna VOLODYMYRIVNA (Cyrillic: ШВЕНК, Інна Володимирівна; Cyrillic: ШВЕНК, Инна Владимировна)), Apt 43, 3 Parkovaya Street, Alchevsk, Luhansk, Ukraine; DOB 25 Oct 1991; POB Alchevsk, Ukraine; nationality Ukraine; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3353506561 (Ukraine); alt. Tax ID No. 345918209016 (Russia) (individual) [RUSSIA-EO14024].

SHVENK, Inna VOLODYMYRIVNA (Cyrillic: ШВЕНК, Інна Володимирівна; Cyrillic: ШВЕНК, Инна Владимировна) (a.k.a. SHVENK, Inna Vladimirovna), Apt 43, 3 Parkovaya Street, Alchevsk, Luhansk, Ukraine; DOB 25 Oct 1991; POB Alchevsk, Ukraine; nationality Ukraine; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3353506561 (Ukraine); alt. Tax ID No. 345918209016 (Russia) (individual) [RUSSIA-EO14024].

SHVYTKIN, Yuri Nikolayevich (Cyrillic: ШВЫТКИН, Юрий Николаевич), Russia; DOB 24 May 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHWE BYAIN PHYU GROUP OF COMPANIES (a.k.a. SHWE BYAING PHYU GROUP), No. 16 Shwe Taung Kyar Road, 2 Ward Shwe Tuang Kyar, Bahan Township, Yangon 11201, Burma; Organization Established Date 1996; Organization Type: Activities of holding companies [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

SHWE BYAING PHYU GROUP (a.k.a. SHWE BYAIN PHYU GROUP OF COMPANIES), No. 16 Shwe Taung Kyar Road, 2 Ward Shwe Tuang Kyar, Bahan Township, Yangon 11201, Burma; Organization Established Date 1996; Organization Type: Activities of holding companies [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

SHWE KOKKO SPECIAL ECONOMIC ZONE (a.k.a. MYANMAR YATAI INTERNATIONAL HOLDING GROUP CO., LTD.; a.k.a. YATAI NEW CITY; a.k.a. YATAI SMART INDUSTRIAL NEW CITY), Hpa-An City, Burma; Shwe Kokko Village, Myawaddy Township, Karen State, Burma; Organization Type: Construction of buildings; Registration Number 103919088 (Burma) issued 14 Feb 2017 [GLOMAG].

SHWE MYINT THAUNG YINN INDUSTRY & MANUFACTURING COMPANY LIMITED (a.k.a. SHWE MYINT THAUNG YINN INDUSTRY AND MANUFACTURING COMPANY LIMITED), Har Mar Oo Street, No. 356, Ward No. 4, Myawaddy Township, Burma; Organization Type: Steam and air conditioning supply; Registration Number 103309565 (Burma) issued 10 Mar 2010; alt. Registration Number 1831/2009-2010 (Burma) issued 10 Mar 2010 [TCO] [BURMA-EO14014] (Linked To: WIN, Tin).

SHWE MYINT THAUNG YINN INDUSTRY AND MANUFACTURING COMPANY LIMITED (a.k.a. SHWE MYINT THAUNG YINN INDUSTRY & MANUFACTURING COMPANY LIMITED), Har Mar Oo Street, No. 356, Ward No. 4, Myawaddy Township, Burma; Organization Type: Steam and air conditioning supply; Registration Number 103309565 (Burma) issued 10 Mar 2010; alt. Registration

Number 1831/2009-2010 (Burma) issued 10 Mar 2010 [TCO] [BURMA-EO14014] (Linked To: WIN, Tin).

SHWE, Kyauk Kyar (a.k.a. SHUI, Zhao Jia; a.k.a. WIN, Khin Phyu; a.k.a. WIN, Kin Phyu), 1002, Shwe Than Lwin Condo, New University Avenue, Bahan Township, Yangon, Burma; No. 218, Building No. A, Level 16 A, No. 13 Ward, Insein Road, Hlaing Township, Yangon, Burma; DOB 10 Nov 1960; nationality Burma; Gender Female; National ID No. 13/THAPANA(AEI)000103 (Burma) (individual) [BURMA-EO14014].

SHWEIKI, Mohammad Amer (a.k.a. AL CHWIKI, Mohamad Amer Mohamad Akram; a.k.a. ALCHWIKI, Amer; a.k.a. ALCHWIKI, Amer Mhd; a.k.a. ALCHWIKI, Mhd Amer; a.k.a. ALCHWIKI, Mohamad Amer; a.k.a. AL-SHUWAYKI, Muhammad 'Amir Muhammad Akram; a.k.a. AL-SHWEIKI, Mohamad Amer; a.k.a. AL-SHWEIKI, Muhammad Omar; a.k.a. ALSHWIKI, Mhd Amer (Cyrillic: АЛЬШВИКИ, Мхд Амер); a.k.a. CHWIKI, Mohammad Amer; a.k.a. SHUWAYKI, Mohamad Amer), 71 Linton Road, Acton, London W3 9HL, United Kingdom; Syria; DOB 04 Sep 1972; POB Damascus, Syria; nationality Syria; citizen Syria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N012430661; alt. Passport N010794545; alt. Passport N007024509; alt. Passport N005668098 (individual) [SDGT] [IRGC] [IFSR] (Linked To: GLOBAL VISION GROUP; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

SIA FALCON INTERNATIONAL GROUP (f.k.a. ATACAR OTOMOTIV DIS TICARET VE SAVUNMA SANAYI LIMITED SIRKETI; a.k.a. FALCON INTERNATIONAL SIA; f.k.a. MURAT INSAAT DIS TICARET VE SAVUNMA SANAYI LIMITED SIRKETI; a.k.a. SABIEDRIBA AR IEROBEZOTU ATBILDIBU 'FALON INTERNATIONAL'; a.k.a. SIA FALCON INTERNATIONAL TARIM VE HAYVANCILIK LIMITED SIKRETI), Fulya Mah. Buyukdere Cad. Akabe Ticaret Merkezi 78-80A Kat: 1 D: 1 Mecidiyekoy, Sisli, Istanbul, Turkey; Akabe Is Hani, 78-80 A/1, Fulya Mahallesi Buyukdere Caddesi Sisli, Istanbul, Turkey; Varpas Baldones pagasts Baldones novads, LV 2125,

Latvia; Istanbul, Turkey; Riga, Latvia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 6240194059 (Turkey); Registration Number 464933 (Turkey); alt. Registration Number 45403041088 (Latvia) [DPRK].

SIA FALCON INTERNATIONAL TARIM VE HAYVANCILIK LIMITED SIKRETI (f.k.a. ATACAR OTOMOTIV DIS TICARET VE SAVUNMA SANAYI LIMITED SIRKETI; a.k.a. FALCON INTERNATIONAL SIA; f.k.a. MURAT INSAAT DIS TICARET VE SAVUNMA SANAYI LIMITED SIRKETI; a.k.a. SABIEDRIBA AR IEROBEZOTU ATBILDIBU 'FALON INTERNATIONAL'; a.k.a. SIA FALCON INTERNATIONAL GROUP), Fulya Mah. Buyukdere Cad. Akabe Ticaret Merkezi 78-80A Kat: 1 D: 1 Mecidiyekoy, Sisli, Istanbul, Turkey; Akabe Is Hani, 78-80 A/1, Fulya Mahallesi Buyukdere Caddesi Sisli, Istanbul, Turkey; Varpas Baldones pagasts Baldones novads, LV 2125, Latvia; Istanbul, Turkey; Riga, Latvia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 6240194059 (Turkey); Registration Number 464933 (Turkey); alt. Registration Number 45403041088 (Latvia) [DPRK].

SIAL, Abdul Samad (a.k.a. AL-REHMAN, Matti; a.k.a. RAHMAN, Matiur; a.k.a. REHMAN, Mati ur; a.k.a. REHMAN, Matiur; a.k.a. REHMAN, Mati-ur; a.k.a. SAMAD, Abdul; a.k.a. SIAL, Samad; a.k.a. UR-REHMAN, Mati); DOB 1977; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SIAL, Samad (a.k.a. AL-REHMAN, Matti; a.k.a. RAHMAN, Matiur; a.k.a. REHMAN, Mati ur; a.k.a. REHMAN, Matiur; a.k.a. REHMAN, Mati-ur; a.k.a. SAMAD, Abdul; a.k.a. SIAL, Abdul Samad; a.k.a. UR-REHMAN, Mati); DOB 1977; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SIAM EXPERT TRADING COMPANY LIMITED, 305 Soi Rama Ii Soi 38, Chom Thong, Bangkok, Thailand; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Jun 2022; Registration Number 0105565099233 (Thailand) [RUSSIA-EO14024].

SIAM NICE COMPANY LTD., 273 Soi Thiam Ruammit, Ratchada Phisek Road, Huai Khwang district, Bangkok, Thailand [SDNTK].

SIARI, Mehdi (a.k.a. SAYYARI, Mehdi; a.k.a. SAYYARI, Mohammad Mehdi), Iran; DOB 12 Jul 1959; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; IRGC Intelligence Organization Co-Deputy Chief (individual) [IRGC] [IFSR] [HOSTAGES-EO14078] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS INTELLIGENCE ORGANIZATION).

SIAS INVESTMENT PVT LTD (a.k.a. SIAS TRADING), Hulhumale, Lot 10799, Unigas Magu, Hulhumale 23000, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 06 Jul 2021; Organization Type: Retail sale via mail order houses or via Internet; Business Number BN26372021 (Maldives); Business Registration Number BP23702021 (Maldives) issued 12 Jul 2021; Registration Number C-0696/2021 (Maldives) [SDGT] (Linked To: AFRAAH, Ahmed).

SIAS TRADING (a.k.a. SIAS INVESTMENT PVT LTD), Hulhumale, Lot 10799, Unigas Magu, Hulhumale 23000, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 06 Jul 2021; Organization Type: Retail sale via mail order houses or via Internet; Business Number BN26372021 (Maldives); Business Registration Number BP23702021 (Maldives) issued 12 Jul 2021; Registration Number C-0696/2021 (Maldives) [SDGT] (Linked To: AFRAAH, Ahmed).

SIAVASH NOURIAN & CO. EXCHANGE (a.k.a. NOURIAN EXCHANGE; a.k.a. SIAVASH NOURIAN AND CO. EXCHANGE; a.k.a. SIAVASH NURIAN AND PARTNERS (Arabic: سیاوش نوریان و شرکاء)), Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Mar 2018; National ID No. 14007482039 (Iran); Commercial Registry Number 524301 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

SIAVASH NOURIAN AND CO. EXCHANGE (a.k.a. NOURIAN EXCHANGE; a.k.a. SIAVASH NOURIAN & CO. EXCHANGE; a.k.a. SIAVASH NURIAN AND PARTNERS (Arabic: سیاوش نوریان و شرکاء)), Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Mar 2018; National ID No. 14007482039 (Iran); Commercial Registry Number 524301 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

SIAVASH NURIAN AND PARTNERS (Arabic: سیاوش نوریان و شرکاء) (a.k.a. NOURIAN EXCHANGE; a.k.a. SIAVASH NOURIAN & CO. EXCHANGE; a.k.a. SIAVASH NOURIAN AND CO. EXCHANGE), Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Mar 2018; National ID No. 14007482039 (Iran); Commercial Registry Number 524301 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

SIAVASH, Nader Khoon (Arabic: نادر خون سیاوش) (a.k.a. SIAVASHI, Nader Khun (Arabic: نادر خون سیاوشی)), Iran; DOB 30 Apr 1963; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0048894753 (Iran) (individual) [NPWMD] [IFSR] (Linked To: AEROSPACE INDUSTRIES ORGANIZATION).

SIAVASHI, Nader Khun (Arabic: نادر خون سیاوشی) (a.k.a. SIAVASH, Nader Khoon (Arabic: نادر خون سیاوش)), Iran; DOB 30 Apr 1963; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0048894753 (Iran) (individual) [NPWMD] [IFSR] (Linked To: AEROSPACE INDUSTRIES ORGANIZATION).

SIBANTHRACITE JSC (a.k.a. AO SIBANTRATSIT; a.k.a. JOINT STOCK COMPANY RAZREZ KOLYVANSKIY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАЗРЕЗ КОЛЫВАНСКИЙ); a.k.a. JSC SIBERIAN ANTHRACITE), ul. Sovetskaya d. 2A Pos., Litvyanski 633224, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209;

Tax ID No. 5406192366 (Russia); Registration Number 1025404670620 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

SIBAVTORESURS, Ul. Sadovaya D.200, Novosibirsk 630000, Russia; Ul. Bolshaya ZD. 254/8, Novosibirsk 630032, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5405177090 (Russia); Registration Number 1025401934502 (Russia) [RUSSIA-EO14024].

SIBELECTROPRIVOD LLC (a.k.a. SIBELEKTROPRIVOD), Ul. Petukhova D. 69, Novosibirsk 630088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5401232181 (Russia); Registration Number 1045400530922 (Russia) [RUSSIA-EO14024].

SIBELEKTROPRIVOD (a.k.a. SIBELECTROPRIVOD LLC), Ul. Petukhova D. 69, Novosibirsk 630088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5401232181 (Russia); Registration Number 1045400530922 (Russia) [RUSSIA-EO14024].

SIBELKOM-LOGISTIK OOO (a.k.a. "FT-LOGISTIC"), d. 58 ofis 607, ul. Dostoevskogo, Novosibirsk 630005, Russia; ul. Mendeleeva d. 5, kvartira 30, Novosibirsk 630110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5404462899 (Russia); Registration Number 1125476094567 (Russia) [RUSSIA-EO14024].

SIBERIA SERVICE CO CJSC (a.k.a. AO SIBIRSKAYA SERVISNAYA KOMPANIYA; a.k.a. JSC SIBERIAN SERVICE COMPANY (Cyrillic: АО СИБИРСКАЯ СЕРВИСНАЯ КОМПАНИЯ)), Dom 31A, Stroenie 1, Etazh 9, Prospekt Leningradskii, Moscow 125284, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0814118403 (Russia); Registration Number 1028601792878 (Russia) [RUSSIA-EO14024].

SIBERIAN SCIENTIFIC RESEARCH INSTITUTE OF GEOLOGY GEOPHYSICS AND MINERAL RAW MATERIAL JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO SIBIRSKI NAUCHNO ISSLEDOVATELSKI INSTITUT GEOLOGII, GEOFIZIKI I MINERALNOGO SYRYA; a.k.a. SNIIGGIMS AO; a.k.a. SNIIGGIMS JSC), Prospekt Krasny 67, Novosibirsk, Novosibirskaya Obl 630091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Jul 2015; Target Type: State-Owned Enterprise; Tax ID No.

5406587935 (Russia); Government Gazette Number 01423607 (Russia); Registration Number 1155476074390 (Russia) [RUSSIA-EO14024].

SIBERICA OY, Hakintie 7A, Vantaa, Uusimaa 01380, Finland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Oct 2020; Tax ID No. 3167410-4 (Finland) [RUSSIA-EO14024].

SIBIRSKOE PGO AO (Cyrillic: СИБИРСКОЕ ПГО АО) (a.k.a. SIBIRSKOE PROIZVODSTVENNO GEOLOGICHESKOE OBEDINENIE AO (Cyrillic: СИБИРСКОЕ ПРОИЗВОДСТВЕННО ГЕОЛОГИЧЕСКОЕ ОБЪЕДИНЕНИЕ АО)), Ulitsa Berezina, 3D, Krasnoyarsk 660020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2465106613 (Russia); Registration Number 1062465078840 (Russia) [RUSSIA-EO14024].

SIBIRSKOE PROIZVODSTVENNO GEOLOGICHESKOE OBEDINENIE AO (Cyrillic: СИБИРСКОЕ ПРОИЗВОДСТВЕННО ГЕОЛОГИЧЕСКОЕ ОБЪЕДИНЕНИЕ АО) (a.k.a. SIBIRSKOE PGO AO (Cyrillic: СИБИРСКОЕ ПГО АО)), Ulitsa Berezina, 3D, Krasnoyarsk 660020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2465106613 (Russia); Registration Number 1062465078840 (Russia) [RUSSIA-EO14024].

SIBNEFTEGAZ (a.k.a. AO SIBNEFTEGAZ), UL. Taezhnaya D. 78 A, Novyy Urengoy 629305, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8904005920 (Russia); Registration Number 1028900619835 (Russia) [RUSSIA-EO14024].

SIBREGIONGAZ ZAO (Cyrillic: ЗАО СИБРЕГИОНГАЗ) (a.k.a. SIBREGIONGAZ, AO; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO SIBREGIONGAZ (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СИБРЕГИОНГАЗ)), d. 82 ofis 104/ 4, Prospekt Krasny, Novosibirsk, Novosibirsk Region 630091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jul 2003; Tax ID No. 5406258514 (Russia); Registration Number 1035402498999 (Russia) [RUSSIA-EO14024].

SIBREGIONGAZ, AO (a.k.a. SIBREGIONGAZ ZAO (Cyrillic: ЗАО СИБРЕГИОНГАЗ); a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO SIBREGIONGAZ (Cyrillic:

ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СИБРЕГИОНГАЗ)), d. 82 ofis 104/ 4, Prospekt Krasny, Novosibirsk, Novosibirsk Region 630091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jul 2003; Tax ID No. 5406258514 (Russia); Registration Number 1035402498999 (Russia) [RUSSIA-EO14024].

SIBSHUR LIMITED, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 2826353 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

SICHUAN JUXINHE NETWORK TECHNOLOGY CO., LTD. (Chinese Simplified: 四川聚信和网络科技有限公司), Area 2-b, Building A, No. 2, Sports New Village, North Side of Minjiang West Road, Deyang, Sichuan 618000, China; Organization Established Date 23 May 2014; Organization Type: Other information technology and computer service activities; Unified Social Credit Code (USCC) 91510600399136451Q (China) [CYBER3].

SICHUAN SILENCE INFORMATION TECHNOLOGY COMPANY, LIMITED (Chinese Simplified: 四川无声信息技术有限公司) (a.k.a. SICHUAN WUSHENG XINXI JISHU YOUXIAN GONGSI), Number 401-412, Floor 4, 365 Jiaozi Avenue, Chengdu High-Tech Zone, Pilot Free Trade Zone, Chengdu, Sichuan, China; Organization Established Date 27 Jul 2000; Organization Type: Computer programming activities; Unified Social Credit Code (USCC) 915101007234134581 (China) [CYBER2].

SICHUAN WUSHENG XINXI JISHU YOUXIAN GONGSI (a.k.a. SICHUAN SILENCE INFORMATION TECHNOLOGY COMPANY, LIMITED (Chinese Simplified: 四川无声信息技术有限公司)), Number 401-412, Floor 4, 365 Jiaozi Avenue, Chengdu High-Tech Zone, Pilot Free Trade Zone, Chengdu, Sichuan, China; Organization Established Date 27 Jul 2000; Organization Type: Computer programming activities; Unified Social Credit Code (USCC) 915101007234134581 (China) [CYBER2].

SIDAR COMPANY (Arabic: شركة سيدار) (a.k.a. EDDAR INTERNATIONAL COMPANY; a.k.a. SARL SIDAR; a.k.a. SIDAR INTERNATIONAL HOLDING COMPANY WLL), 141 Coup Imobiliere el bina lot N 141, Dely Ibrahim, Algiers, Algeria; Lotissement 108 Lot N50 Commune, El Hachiniia, Algeria; 141 Cooperative Immobilere De Construction Lot

N141, Dely Ibrahim, Algeria; 141 Hai El Bina, Dely Ibrahim, Algeria; Website http://sidar-dz.com/en; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

SIDAR INTERNATIONAL HOLDING COMPANY WLL (a.k.a. EDDAR INTERNATIONAL COMPANY; a.k.a. SARL SIDAR; a.k.a. SIDAR COMPANY (Arabic: شركة سيدار)), 141 Coup Imobiliere el bina lot N 141, Dely Ibrahim, Algiers, Algeria; Lotissement 108 Lot N50 Commune, El Hachiniia, Algeria; 141 Cooperative Immobilere De Construction Lot N141, Dely Ibrahim, Algeria; 141 Hai El Bina, Dely Ibrahim, Algeria; Website http://sidar-dz.com/en; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

SIDARUK, Siarhei Mikalaevich (Cyrillic: СІДАРУК, Сяргей Мікалаевіч) (a.k.a. SIDORUK, Sergey Nikolaevich (Cyrillic: СИДОРУК, Сергей Николаевич)), Belarus; DOB 22 Dec 1962; POB Brest, Belarus; nationality Belarus; Gender Male; National ID No. 3221262A010PB1 (Belarus) (individual) [BELARUS-EO14038] (Linked To: OOO RUCHSERVOMOTOR).

SIDERUS (a.k.a. OOO KOLOVRAT), Ul. Osennaya D. 23, Pomeshch 114A/1/9, Moscow 121609, Russia; Preobrazhenskaya Sq. 8, Moscow 107061, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701077015 (Russia); Registration Number 1177746518740 (Russia) [RUSSIA-EO14024].

SIDIKI, Abbas (a.k.a. ABASS, Sidiki; a.k.a. ABBAS, Sidiki; a.k.a. BI SIDI, Souleymane; a.k.a. SOULEMAN, Bi Sidi; a.k.a. SOULEMANE, Bi Sidi; a.k.a. SOULEYMANE, Bi Sidi; a.k.a. SOULIMANE, Sidiki Abass; a.k.a. "Sidiki"), Central African Republic; DOB 20 Jul 1962; POB Bocaranga, Ouham-Pende prefecture, Central African Republic; nationality Central African Republic; alt. nationality Chad; alt. nationality Cameroon; Gender Male (individual) [CAR].

SIDORUK, Sergey Nikolaevich (Cyrillic: СИДОРУК, Сергей Николаевич) (a.k.a. SIDARUK, Siarhei Mikalaevich (Cyrillic:

СІДАРУК, Сяргей Мікалаевіч)), Belarus; DOB 22 Dec 1962; POB Brest, Belarus; nationality Belarus; Gender Male; National ID No. 3221262A010PB1 (Belarus) (individual) [BELARUS-EO14038] (Linked To: OOO RUCHSERVOMOTOR).

SIE ISON BALLISTICS SERVICE (a.k.a. SMALL INNOVATION ENTERPRISE ISON BALLISTICS SERVICE), ul. Rodnikovaya, d. 4, k. 6, kv. 14, Moscow 119297, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9710003002 (Russia); Registration Number 1157746952351 (Russia) [RUSSIA-EO14024].

SIERRA ANGULO, Francisco Javier (a.k.a. "El Borrado"), Mexico; DOB 24 Dec 1988; POB Tamaulipas, Mexico; nationality Mexico; Gender Male; C.U.R.P. SIAF881224HTSRNR05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: GULF CARTEL).

SIERRA ARIAS, Eddy Manuel, Calle 206A, No. 2119B, Entre 21 y 23, Atabey, Playa, Havana, Cuba; DOB 03 Sep 1971; POB Holguin, Cuba; nationality Cuba; Gender Male; Passport A008237 (Cuba) expires 20 Apr 2027; National ID No. 71090325982 (Cuba); Deputy Director, Policia Nacional Revolucionaria (individual) [GLOMAG] (Linked To: POLICIA NACIONAL REVOLUCIONARIA).

SIERRA GAS S.A.L. OFFSHORE (a.k.a. SIRRA GAS S.A.L. OFF SHORE), Unesco Center, 4th Floor, Office No. 19, Verdun, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1804895 (Lebanon) [SDGT] (Linked To: AL-AMIN, Muhammad 'Abdallah).

SIERRA SANTANA, Nicolas (a.k.a. "El Coruco"; a.k.a. "El Gordo"), Mexico; DOB 10 Sep 1977; POB Michoacan, Mexico; nationality Mexico; Gender Male; C.U.R.P. SISN770910HMNRNC09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: LOS VIAGRAS).

SIERRA VISTA TRADING LIMITED, Unit A222, 3F, Hang Fung Industrial Phase 2, No 2G, Hok Yuen St., Hunghom, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 3034154 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

SIERRA, Elena Oduliovna (Cyrillic: СИЭРРА, Елена Одулиовна), 9 Universitetsky Pr 9 AP 357, Moscow 117295, Russia; DOB 26 Dec 1960; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 511758917 (Russia) (individual) [RUSSIA-EO14024].

SIGMA TECH COMPANY, Fayez Mansour Street, Bldg No/35/-Floor No/2/Baramkeh, P.O. Box 34081, Damascus, Syria [NPWMD].

SIGMA TEKH, Ul. Inzhenernaya D. 28, Novosibirsk 630090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5408264672 (Russia); Registration Number 1085473011678 (Russia) [RUSSIA-EO14024].

SIGNAL TEPLOTEKHNIKA (a.k.a. SIGNAL-TEPLOTEKHNIKA OOO), ul. Dalnyaya d.5 a, Privolzhski 413110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6449073453 (Russia); Registration Number 1146449001687 (Russia) [RUSSIA-EO14024].

SIGNAL-INVEST OOO (a.k.a. LIMITED LIABILITY COMPANY SIGNAL-INVEST; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SIGNAL-INVEST), ul. 5-1 Kvartal, Engels-19 Mkr, Privolzhski 413119, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6449031372 (Russia); Registration Number 1026401975973 (Russia) [RUSSIA-EO14024].

SIGNALTEK CLOSED CORPORATION (a.k.a. AO SIGNALTEK; a.k.a. JOINT STOCK COMPANY SIGNALTEK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СИГНАЛТЕК); a.k.a. JSC SIGNALTEK), Ul. Ivovaya D. 2 Et/Pom/Kom 4/I/45, Moscow, Russia 129329, Russia; Website signaltec.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Sep 2011; Organization Type: Other information technology and computer service activities; Tax ID No. 7722756624 (Russia); Registration Number 1117746741210 (Russia) [RUSSIA-EO14024].

SIGNAL-TEPLOTEKHNIKA OOO (a.k.a. SIGNAL TEPLOTEKHNIKA), ul. Dalnyaya d.5 a, Privolzhski 413110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6449073453 (Russia); Registration Number 1146449001687 (Russia) [RUSSIA-EO14024].

SIGNATORIES IN BLOOD (a.k.a. AL-MULATHAMUN BATTALION; a.k.a. AL-MULATHAMUN BRIGADE; a.k.a. AL-MULATHAMUN MASKED ONES BRIGADE; a.k.a. AL-MURABITOUN; a.k.a. AL-MUWAQQI'UN BIL-DIMA; a.k.a. KHALED ABU AL-ABBAS BRIGADE; a.k.a. SIGNED-IN-BLOOD BATTALION; a.k.a. THOSE SIGNED IN BLOOD BATTALION; a.k.a. THOSE WHO SIGN IN BLOOD; a.k.a. "MASKED MEN BRIGADE"; a.k.a. "THE SENTINELS"; a.k.a. "WITNESSES IN BLOOD"), Algeria; Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

SIGNED-IN-BLOOD BATTALION (a.k.a. AL-MULATHAMUN BATTALION; a.k.a. AL-MULATHAMUN BRIGADE; a.k.a. AL-MULATHAMUN MASKED ONES BRIGADE; a.k.a. AL-MURABITOUN; a.k.a. AL-MUWAQQI'UN BIL-DIMA; a.k.a. KHALED ABU AL-ABBAS BRIGADE; a.k.a. SIGNATORIES IN BLOOD; a.k.a. THOSE SIGNED IN BLOOD BATTALION; a.k.a. THOSE WHO SIGN IN BLOOD; a.k.a. "MASKED MEN BRIGADE"; a.k.a. "THE SENTINELS"; a.k.a. "WITNESSES IN BLOOD"), Algeria; Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

SIGURO EOOD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2005; Government Gazette Number 131567042 (Bulgaria) [GLOMAG] (Linked To: EUROGROUP ENGINEERING EAD).

SIGUTA, Andrei Leonidovich (Cyrillic: СИГУТА, Андрей Леонидович) (a.k.a. SIGUTA, Andriy Leonidovich (Cyrillic: СІГУТА, Андрій Леонідович)), 26 30-letia Pobedi Blvd., Apt. 3, Melitopol, Zaporizhzhia region, Ukraine; DOB 05 May 1979; POB Berdyansk, Zaporizhzhia region, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2897911059 (Ukraine) (individual) [RUSSIA-EO14024].

SIGUTA, Andriy Leonidovich (Cyrillic: СІГУТА, Андрій Леонідович) (a.k.a. SIGUTA, Andrei Leonidovich (Cyrillic: СИГУТА, Андрей Леонидович)), 26 30-letia Pobedi Blvd., Apt. 3, Melitopol, Zaporizhzhia region, Ukraine; DOB 05 May 1979; POB Berdyansk, Zaporizhzhia region, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2897911059 (Ukraine) (individual) [RUSSIA-EO14024].

SIHAB, Ahmed Abdulrahman Sihab Ahmed (a.k.a. AL-SHARQI, Abdulrahman); DOB 16 Aug 1983; POB Muharraq, Bahrain; nationality Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1732174 (Bahrain) issued 20 Aug 2007 (individual) [SDGT].

SIIDOW, Maxamed (a.k.a. IBRAHIM, Maxamed Siidow Sheikh), Lower Shabelle, Somalia; DOB 1972; alt. DOB 1973; alt. DOB 1974; POB Lower Shabelle, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

SIKIRICA, Dusko; DOB 23 Mar 1964; POB Cirkin Pojle, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

SIKORSKI, Artsiom Igaravich (Cyrillic: СІКОРСКІ, Арцём Ігаравіч) (a.k.a. SIKORSKIY, Artem Igorevich (Cyrillic: СИКОРСКИЙ, Артем Игоревич); a.k.a. SIKORSKY, Artem; a.k.a. SIKORSKY, Artyom), Minsk, Belarus; DOB 1983; POB Soligorsk, Minsk Oblast, Belarus; nationality Belarus; Gender Male; Passport MP3785448 (Belarus) (individual) [BELARUS-EO14038].

SIKORSKIY, Artem Igorevich (Cyrillic: СИКОРСКИЙ, Артем Игоревич) (a.k.a. SIKORSKI, Artsiom Igaravich (Cyrillic: СІКОРСКІ, Арцём Ігаравіч); a.k.a. SIKORSKY, Artem; a.k.a. SIKORSKY, Artyom), Minsk, Belarus; DOB 1983; POB Soligorsk, Minsk Oblast, Belarus; nationality Belarus; Gender Male; Passport MP3785448 (Belarus) (individual) [BELARUS-EO14038].

SIKORSKY, Artem (a.k.a. SIKORSKI, Artsiom Igaravich (Cyrillic: СІКОРСКІ, Арцём Ігаравіч); a.k.a. SIKORSKIY, Artem Igorevich (Cyrillic: СИКОРСКИЙ, Артем Игоревич); a.k.a. SIKORSKY, Artyom), Minsk, Belarus; DOB 1983; POB Soligorsk, Minsk Oblast, Belarus; nationality Belarus; Gender Male; Passport MP3785448 (Belarus) (individual) [BELARUS-EO14038].

SIKORSKY, Artyom (a.k.a. SIKORSKI, Artsiom Igaravich (Cyrillic: СІКОРСКІ, Арцём Ігаравіч); a.k.a. SIKORSKIY, Artem Igorevich (Cyrillic: СИКОРСКИЙ, Артем Игоревич); a.k.a. SIKORSKY, Artem), Minsk, Belarus; DOB 1983; POB Soligorsk, Minsk Oblast, Belarus;

nationality Belarus; Gender Male; Passport MP3785448 (Belarus) (individual) [BELARUS-EO14038].

SIKRET TEKHNOLODZHIS (a.k.a. SECRET TECHNOLOGIES), Ul. Shcherbakovskaya D. 53, K. 3, Et 1 Kom 113, Moscow 105187, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719463723 (Russia); Registration Number 5167746470140 (Russia) [RUSSIA-EO14024].

SILCHENKO, Oleg F.; DOB 25 Jun 1977; POB Samarkand, Uzbekistan (individual) [MAGNIT].

SILIBORN TECHNOLOGY LIMITED, Flat 2, 8F, 3 Haufook St, Kln, Tsim Sha Tsui, Hong Kong 999077, China; Rm 2 8/F WORKINGPORT COM'L BLDG, Tsim Sha Tsui, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Apr 2023; Business Registration Number 75241605 (Hong Kong) [RUSSIA-EO14024].

SILK WAY RALLY ASSOCIATION, Ul. 2-Ya Brestskay D.30, Pomeshch. 8, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Sep 2010; Tax ID No. 7702372838 (Russia); Registration Number 1107799025696 (Russia) [RUSSIA-EO14024].

SILKWAY LIMITED LIABILITY COMPANY (a.k.a. OOO SILKVEY; a.k.a. SILKWAY LLC), Pr-d Olminskogo D. 3A, Str. 3, Floor 2, Pom. II, Kom 13, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9717089129 (Russia); Registration Number 1197746757559 (Russia) [RUSSIA-EO14024].

SILKWAY LLC (a.k.a. OOO SILKVEY; a.k.a. SILKWAY LIMITED LIABILITY COMPANY), Pr-d Olminskogo D. 3A, Str. 3, Floor 2, Pom. II, Kom 13, Moscow 129085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9717089129 (Russia); Registration Number 1197746757559 (Russia) [RUSSIA-EO14024].

SILM ROAD COMPANY FOR TRADING AND IMPORTING (a.k.a. SLIM ROAD COMPANY FOR TRADING AND IMPORT), Saada Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Commercial Registry Number 201910151117 (Yemen); License 1851 (Yemen) issued 03 Aug 2019; Registration Number 2018010276

(Yemen) [SDGT] (Linked To: AL SHARAFI, Zaid Ali Yahya).

SILOVYE MASHINY, PAO (a.k.a. JSC POWER MACHINES; a.k.a. OPEN JOINT STOCK COMPANY POWER MACHINES - ZTL, LMZ, ELECTROSILA, ENERGOMACHEXPORT; f.k.a. PJSC POWER MACHINES; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO SILOVYE MASHINY - ZTL, LMZ, ELEKTROSILA, ENERGOMASHEKSPORT), 3A Vatutina St., St. Petersburg 195009, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1027700004012 (Russia); Tax ID No. 7702080289 (Russia) [UKRAINE-EO13685] [RUSSIA-EO14024].

SILSALAT AL DHAB (a.k.a. AL SILSILAH AL DHAHABA; a.k.a. GOLDEN CHAIN (Arabic: سلسله الذهب); a.k.a. SELSELAT AL THAHAB; a.k.a. SELSELAT AL THAHAB FOR MONEY EXCHANGE; a.k.a. SILSILAH MONEY EXCHANGE COMPANY; a.k.a. SILSILAT MONEY EXCHANGE COMPANY; a.k.a. SILSILET AL THAHAB), Al-Kadhumi Complex, al Harthia, Baghdad, Iraq; al Abbas Street, Karbala, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SILSILAH MONEY EXCHANGE COMPANY (a.k.a. AL SILSILAH AL DHAHABA; a.k.a. GOLDEN CHAIN (Arabic: سلسله الذهب); a.k.a. SELSELAT AL THAHAB; a.k.a. SELSELAT AL THAHAB FOR MONEY EXCHANGE; a.k.a. SILSALAT AL DHAB; a.k.a. SILSILAT MONEY EXCHANGE COMPANY; a.k.a. SILSILET AL THAHAB), Al-Kadhumi Complex, al Harthia, Baghdad, Iraq; al Abbas Street, Karbala, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SILSILAT MONEY EXCHANGE COMPANY (a.k.a. AL SILSILAH AL DHAHABA; a.k.a. GOLDEN CHAIN (Arabic: سلسله الذهب); a.k.a. SELSELAT AL THAHAB; a.k.a. SELSELAT AL THAHAB FOR MONEY EXCHANGE; a.k.a. SILSALAT AL DHAB; a.k.a. SILSILAH MONEY EXCHANGE COMPANY; a.k.a. SILSILET AL THAHAB), Al-Kadhumi Complex, al Harthia, Baghdad, Iraq; al Abbas Street, Karbala, Iraq; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SILSILET AL THAHAB (a.k.a. AL SILSILAH AL DHAHABA; a.k.a. GOLDEN CHAIN (Arabic: سلسله الذهب); a.k.a. SELSELAT AL THAHAB; a.k.a. SELSELAT AL THAHAB FOR MONEY EXCHANGE; a.k.a. SILSALAT AL DHAB; a.k.a. SILSILAH MONEY EXCHANGE COMPANY; a.k.a. SILSILAT MONEY EXCHANGE COMPANY), Al-Kadhumi Complex, al Harthia, Baghdad, Iraq; al Abbas Street, Karbala, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SILUANOV, Anton Germanovich (Cyrillic: СИЛУАНОВ, Антон Германович), Russia; DOB 12 Apr 1963; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SILVER BAY PARTNERS FZE, Manara Industrial Zone, Ras Al Khaimah Economic Zone, Ras Al Khaimah, United Arab Emirates; Flexi Office, Business Center, Rakez Business Zone, Ras Al Khaimah, United Arab Emirates [VENEZUELA-EO13850].

SILVER BRIDGE SHIPPING CO., LIMITED (a.k.a. SILVER BRIDGE SHIPPING CO., LTD.; a.k.a. SILVER BRIDGE SHIPPING CO-HKG), Unit B-01, 20th Floor, Full Win Commercial Centre, 573 Nathan Road, Yau Ma Tei, Kowloon, Hong Kong; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 5931563; Company Number 2400341 (Hong Kong) [DPRK4].

SILVER BRIDGE SHIPPING CO., LTD. (a.k.a. SILVER BRIDGE SHIPPING CO., LIMITED; a.k.a. SILVER BRIDGE SHIPPING CO-HKG), Unit B-01, 20th Floor, Full Win Commercial Centre, 573 Nathan Road, Yau Ma Tei, Kowloon, Hong Kong; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 5931563; Company Number 2400341 (Hong Kong) [DPRK4].

SILVER BRIDGE SHIPPING CO-HKG (a.k.a. SILVER BRIDGE SHIPPING CO., LIMITED; a.k.a. SILVER BRIDGE SHIPPING CO., LTD.), Unit B-01, 20th Floor, Full Win Commercial Centre, 573 Nathan Road, Yau Ma Tei, Kowloon, Hong Kong; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 5931563; Company Number 2400341 (Hong Kong) [DPRK4].

SILVER STAR CHINA (a.k.a. CHINA SILVER STAR INTERNET TECHNOLOGY COMPANY; a.k.a. SILVER STAR INTERNET TECHNOLOGY CORPORATION; a.k.a. UNSONG INTERNET TECHNOLOGY CORPORATION; a.k.a. YANBIAN SILVER STAR; a.k.a. YANBIAN SILVERSTAR; a.k.a. YANBIAN SILVERSTAR NETWORK TECHNOLOGY CO., LTD. (Chinese Simplified: 延边银星网络科技有限公司; Korean: 은성인터네트기술회사); a.k.a. YANJI SILVER STAR NETWORK TECHNOLOGY CO. LTD.), 20998B-26 Changbaishan East Road, Yanji, Jilin, China; No. 213-214,  Building 2, Science and Technology Industrial Park, Yanji Development Zone, China; Chang Bai Shan Dong Lu, 20998B-26Hao, Yanji, Jilin 133000, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Unified Social Credit Code (USCC) 91222401MA0Y31E659 (China) [DPRK3] [DPRK4].

SILVER STAR INTERNET TECHNOLOGY CORPORATION (a.k.a. CHINA SILVER STAR INTERNET TECHNOLOGY COMPANY; a.k.a. SILVER STAR CHINA; a.k.a. UNSONG INTERNET TECHNOLOGY CORPORATION; a.k.a. YANBIAN SILVER STAR; a.k.a. YANBIAN SILVERSTAR; a.k.a. YANBIAN SILVERSTAR NETWORK TECHNOLOGY CO., LTD. (Chinese Simplified: 延边银星网络科技有限公司; Korean: 은성인터네트기술회사); a.k.a. YANJI SILVER STAR NETWORK TECHNOLOGY CO. LTD.), 20998B-26 Changbaishan East Road, Yanji, Jilin, China; No. 213-214,  Building 2, Science and Technology Industrial Park, Yanji Development Zone, China; Chang Bai Shan Dong Lu, 20998B-26Hao, Yanji, Jilin 133000,

China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Unified Social Credit Code (USCC) 91222401MA0Y31E659 (China) [DPRK3] [DPRK4].

SILVER TECHNOLOGIES LTD (a.k.a. SILVER TECHNOLOGY LIMITED), Room 2708 Asia Trade Centre, 79 Lei Muk Road, Kai Chung, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Jun 2016; Registration Number 2396095 (Hong Kong) [RUSSIA-EO14024].

SILVER TECHNOLOGY LIMITED (a.k.a. SILVER TECHNOLOGIES LTD), Room 2708 Asia Trade Centre, 79 Lei Muk Road, Kai Chung, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Jun 2016; Registration Number 2396095 (Hong Kong) [RUSSIA-EO14024].

SILVER TETRA MARINE CO., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 10 Jan 2024; Identification Number IMO 6513924; Business Registration Number 123689 (Marshall Islands) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

SIM, Hyon Sop (a.k.a. SIM, Hyo'n-so'p), Dandong, China; DOB 25 Nov 1983; POB Pyongyang, North Korea; nationality Korea, North; Gender Male; Digital Currency Address - ETH 0x4f47bc496083c727c5fbe3ce9cdf2b0f6496270c; alt. Digital Currency Address - ETH 0xd04E33461FEA8302c5E1e13895b60cEe8AEfda7F; alt. Digital Currency Address - ETH 0x76EA76CA4Eb727f18956aB93445a94c5280412B9; alt. Digital Currency Address - ETH 0xFb3eFf152ea55D1BfA04Dbdd509A80fD7b72cdEB; alt. Digital Currency Address - ETH 0xFda1Ec4A6178d4916b001a065422D31EBE5F62FF; alt. Digital Currency Address - ETH 0x747AFB5c7A7fc34B547cD0FDEbf9b91759C5a52b; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Digital Currency Address - TRX

TPDLpXxPcaSsupEZ3yrVksmNkYP5SLeKxu; alt. Digital Currency Address - TRX TGXE9dGWawjfd3xqFSho1h1bRbRv9wUGrF; alt. Digital Currency Address - TRX TNTFhgFoKH4srBMiWbfrVFqP2AThSmdwf1; alt. Digital Currency Address - TRX TXhf9nU9bjo1j9z5qEesHdr6gtdndfnA4T; alt. Digital Currency Address - TRX TK17wfSPp32RWrnzZPrGpv7TxdNFvvvE2s; alt. Digital Currency Address - TRX TYeQD2VddTZ9NkFkAnT9DD8cUGetGUQZB2; Digital Currency Address - ARB 0x4f47bc496083c727c5fbe3ce9cdf2b0f6496270c; Digital Currency Address - BSC 0x4f47bc496083c727c5fbe3ce9cdf2b0f6496270c; Passport 109484100 (Korea, North) expires 24 Dec 2024 (individual) [NPWMD] (Linked To: KOREA KWANGSON BANKING CORP).

SIM, Hyo'n-so'p (a.k.a. SIM, Hyon Sop), Dandong, China; DOB 25 Nov 1983; POB Pyongyang, North Korea; nationality Korea, North; Gender Male; Digital Currency Address - ETH 0x4f47bc496083c727c5fbe3ce9cdf2b0f6496270c; alt. Digital Currency Address - ETH 0xd04E33461FEA8302c5E1e13895b60cEe8AEfda7F; alt. Digital Currency Address - ETH 0x76EA76CA4Eb727f18956aB93445a94c5280412B9; alt. Digital Currency Address - ETH 0xFb3eFf152ea55D1BfA04Dbdd509A80fD7b72cdEB; alt. Digital Currency Address - ETH 0xFda1Ec4A6178d4916b001a065422D31EBE5F62FF; alt. Digital Currency Address - ETH 0x747AFB5c7A7fc34B547cD0FDEbf9b91759C5a52b; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Digital Currency Address - TRX

TPDLpXxPcaSsupEZ3yrVksmNkYP5SLeKxu; alt. Digital Currency Address - TRX TGXE9dGWawjfd3xqFSho1h1bRbRv9wUGrF; alt. Digital Currency Address - TRX TNTFhgFoKH4srBMiWbfrVFqP2AThSmdwf1; alt. Digital Currency Address - TRX TXhf9nU9bjo1j9z5qEesHdr6gtdndfnA4T; alt. Digital Currency Address - TRX TK17wfSPp32RWrnzZPrGpv7TxdNFvvvE2s; alt. Digital Currency Address - TRX TYeQD2VddTZ9NkFkAnT9DD8cUGetGUQZB2; Digital Currency Address - ARB 0x4f47bc496083c727c5fbe3ce9cdf2b0f6496270c; Digital Currency Address - BSC

0x4f47bc496083c727c5fbe3ce9cdf2b0f6496270c; Passport 109484100 (Korea, North) expires 24 Dec 2024 (individual) [NPWMD] (Linked To: KOREA KWANGSON BANKING CORP).

SIM, Kwang Sok (a.k.a. SIM, Kwang-so'k), Dalian, China; DOB 16 Sep 1971; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745120331 (Korea, North) issued 19 Mar 2015 expires 19 Mar 2020 (individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

SIM, Kwang-so'k (a.k.a. SIM, Kwang Sok), Dalian, China; DOB 16 Sep 1971; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745120331 (Korea, North) issued 19 Mar 2015 expires 19 Mar 2020 (individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

SIMA GENERAL TRADING & INDUSTRIALS FOR BUILDING MATERIAL CO FZE (a.k.a. SIMA GENERAL TRADING CO FZE), Office No. 703 Office Tower, Twin Tower, Baniyas Rd., Deira, P.O. Box 49754, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SIMA GENERAL TRADING CO FZE (a.k.a. SIMA GENERAL TRADING & INDUSTRIALS FOR BUILDING MATERIAL CO FZE), Office No. 703 Office Tower, Twin Tower, Baniyas Rd., Deira, P.O. Box 49754, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SIMA SHIPPING COMPANY LIMITED, 198 Old Bakery Street, Valletta VLT 1455, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (356)(21241232) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SIMAN SEPAHAN (a.k.a. SEPAHAN CEMENT), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SIMAN-E KURDISTAN (a.k.a. KURDISTAN CEMENT), Iran; Additional Sanctions Information - Subject to Secondary Sanctions

[IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SIMAN'E SEFID SHARGH (a.k.a. SHARQ WHITE CEMENT), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SIMAN-E SHARGH (a.k.a. SHARQ CEMENT), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SIMANOVSKII, Aleksey Iurievich (a.k.a. SIMANOVSKIY, Aleksei Yurievich; a.k.a. SIMANOVSKIY, Alexei Iurevich; a.k.a. SIMANOVSKIY, Alexey Yurevich (Cyrillic: СИМАНОВСКИЙ, Алексей Юрьевич); a.k.a. SIMANOVSKIY, Alexey Yuryevich), Ulmolodogvardeyskaya 66, 4, 1, Moscow, Russia; DOB 06 Sep 1955; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 200110994 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

SIMANOVSKIY, Aleksei Yurievich (a.k.a. SIMANOVSKII, Aleksey Iurievich; a.k.a. SIMANOVSKIY, Alexei Iurevich; a.k.a. SIMANOVSKIY, Alexey Yurevich (Cyrillic: СИМАНОВСКИЙ, Алексей Юрьевич); a.k.a. SIMANOVSKIY, Alexey Yuryevich), Ulmolodogvardeyskaya 66, 4, 1, Moscow, Russia; DOB 06 Sep 1955; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 200110994 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

SIMANOVSKIY, Alexei Iurevich (a.k.a. SIMANOVSKII, Aleksey Iurievich; a.k.a. SIMANOVSKIY, Aleksei Yurievich; a.k.a. SIMANOVSKIY, Alexey Yurevich (Cyrillic: СИМАНОВСКИЙ, Алексей Юрьевич); a.k.a. SIMANOVSKIY, Alexey Yuryevich), Ulmolodogvardeyskaya 66, 4, 1, Moscow, Russia; DOB 06 Sep 1955; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 200110994 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

SIMANOVSKIY, Alexey Yurevich (Cyrillic: СИМАНОВСКИЙ, Алексей Юрьевич) (a.k.a. SIMANOVSKII, Aleksey Iurievich; a.k.a. SIMANOVSKIY, Aleksei Yurievich; a.k.a. SIMANOVSKIY, Alexei Iurevich; a.k.a. SIMANOVSKIY, Alexey Yuryevich), Ulmolodogvardeyskaya 66, 4, 1, Moscow, Russia; DOB 06 Sep 1955; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 200110994 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

SIMANOVSKIY, Alexey Yuryevich (a.k.a. SIMANOVSKII, Aleksey Iurievich; a.k.a. SIMANOVSKIY, Aleksei Yurievich; a.k.a. SIMANOVSKIY, Alexei Iurevich; a.k.a. SIMANOVSKIY, Alexey Yurevich (Cyrillic: СИМАНОВСКИЙ, Алексей Юрьевич)), Ulmolodogvardeyskaya 66, 4, 1, Moscow, Russia; DOB 06 Sep 1955; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 200110994 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

SIMANOVSKIY, Leonid Jakovlevitch (Cyrillic: СИМАНОВСКИЙ, Леонид Яковлевич), Russia; DOB 19 Jul 1949; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SIMATIC DEVELOPMENT CO., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SIMATOVIC, Franko (a.k.a. "FRENKI"); DOB 01 Apr 1950; POB Belgrade, Serbia and Montenegro; ICTY indictee in Serb custody (individual) [BALKANS].

SIMBIRSK DESIGN BUREAU (a.k.a. LIMITED LIABILITY COMPANY SIMBIRSKOE KONSTRUKTORSKOE BYURO PIRANYA; a.k.a. SKB PIRANHA; a.k.a. SKB PIRANYA), Ul. Gagarina, D. 7/15, Office 1, Ulyanovsk 432071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7300024069 (Russia); Registration Number 1237300010430 (Russia) [RUSSIA-EO14024].

SIMFEROPOL REMAND PRISON (a.k.a. DETENTION CENTER NO 1 IN SIMFEROPOL; a.k.a. FEDERAL GOVERNMENT INSTITUTION PRETRIAL DETENTION CENTER NO 1 OF THE DIRECTORATE OF THE FEDERAL PENITENTIARY SERVICE FOR THE REPUBLIC OF CRIMEA AND SEVASTOPOL (Cyrillic: ФЕДЕРАЛЬНОЕ КАЗЕННОЕ УЧРЕЖДЕНИЕ СЛЕДСТВЕННЫЙ ИЗОЛЯТОР NO 1 УПРАВЛЕНИЯ ФЕДЕРАЛЬНОЙ СЛУЖБЫ ИСПОЛНЕНИЯ НАКАЗАНИЙ ПО РЕСПУБЛИКЕ КРЫМ И Г. СЕВАСТОПОЛЮ); a.k.a. FKU SIZO-1 UFSIN OF RUSSIA FOR THE REPUBLIC OF CRIMEA AND SEVASTOPOL (Cyrillic: ФКУ СИЗО-1 УФСИН РОССИИ ПО РЕСПУБЛИКЕ КРЫМ И Г. СЕВАСТОПОЛЮ); a.k.a. SIMFEROPOL SIZO), Bulvar Lenina, dom 4, Simferopol, Crimea 295006, Ukraine; Lenin Boulevard, 4, Simferopol, Crimea 295006, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102002109 (Russia); Registration Number 1149102002389 (Russia) [UKRAINE-EO13685].

SIMFEROPOL SIZO (a.k.a. DETENTION CENTER NO 1 IN SIMFEROPOL; a.k.a. FEDERAL GOVERNMENT INSTITUTION PRETRIAL DETENTION CENTER NO 1 OF THE DIRECTORATE OF THE FEDERAL PENITENTIARY SERVICE FOR THE REPUBLIC OF CRIMEA AND SEVASTOPOL (Cyrillic: ФЕДЕРАЛЬНОЕ КАЗЕННОЕ УЧРЕЖДЕНИЕ СЛЕДСТВЕННЫЙ ИЗОЛЯТОР NO 1 УПРАВЛЕНИЯ ФЕДЕРАЛЬНОЙ СЛУЖБЫ ИСПОЛНЕНИЯ НАКАЗАНИЙ ПО РЕСПУБЛИКЕ КРЫМ И Г. СЕВАСТОПОЛЮ); a.k.a. FKU SIZO-1 UFSIN OF RUSSIA FOR THE REPUBLIC OF CRIMEA AND SEVASTOPOL (Cyrillic: ФКУ СИЗО-1 УФСИН РОССИИ ПО РЕСПУБЛИКЕ КРЫМ И Г. СЕВАСТОПОЛЮ); a.k.a. SIMFEROPOL REMAND PRISON), Bulvar Lenina, dom 4, Simferopol, Crimea 295006, Ukraine; Lenin Boulevard, 4, Simferopol, Crimea 295006, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102002109 (Russia); Registration Number 1149102002389 (Russia) [UKRAINE-EO13685].

SIMIC, Blagoje; DOB 01 Jul 1960; POB Kruskovo Polje; ICTY indictee in custody (individual) [BALKANS].

SIMIC, Milan; DOB 09 Aug 1960; POB Sarajevo, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

SIMIGIN, Pavel Vladimirovich (Cyrillic: СИМИГИН, Павел Владимирович), Russia; DOB 26 Jul 1968; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SIMMETRON EK (a.k.a. SIMMETRON ELEKTRONNYE KOMPONENTY; a.k.a. "SYMMETRON"), ul. Tallinskaya d. 7, Saint Petersburg 195196, Russia; Leningradskoye shosse, 69, build. 1, Moscow 125445, Russia; Bluchera ul. 71b, Novosibirsk 630073, Russia; Very Khoruzhey ul., 1a, office 403, Minsk 220005, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806296652 (Russia); Registration Number 1187847001341 (Russia) [RUSSIA-EO14024].

SIMMETRON ELEKTRONNYE KOMPONENTY (a.k.a. SIMMETRON EK; a.k.a. "SYMMETRON"), ul. Tallinskaya d. 7, Saint Petersburg 195196, Russia; Leningradskoye shosse, 69, build. 1, Moscow 125445, Russia; Bluchera ul. 71b, Novosibirsk 630073, Russia; Very Khoruzhey ul., 1a, office 403, Minsk 220005, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806296652 (Russia); Registration Number 1187847001341 (Russia) [RUSSIA-EO14024].

SIMONENKO, Anton Oleksandrovych (Cyrillic: СИМОНЕНКО, Антон Олександрович), Mishugi 2 App 361, Kiev 02140, Ukraine; DOB 08 Jan 1987; POB Russia; nationality Ukraine; Gender Male; Passport FE229065 (Ukraine) (individual) [ELECTION-EO13848] (Linked To: DERKACH, Andrii Leonidovych).

SIMONIYAN, Margarita Simonovna (a.k.a. SIMONYAN, Margarita Simonovna (Cyrillic: СИМОНЬЯН, Маргарита Симоновна)), Novokuznetskaya Street 35-37 1 14, Moscow, Russia; DOB 06 Apr 1980; POB Krasnodar, Russia; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 531257733 (Russia); Tax ID No. 230810605961 (Russia) (individual) [RUSSIA-EO14024].

SIMONOV DESIGN BUREAU (a.k.a. AO NPO OKB IM MP SIMONOVA; a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESICH BUREU COKOL; a.k.a. JSC SCIENTIFIC PRODUCTION ASSOCIATION EXPERIMENTAL DESIGN BUREAU NAMED AFTER M SIMONOV; a.k.a. OKB SIMONOV; a.k.a. OKB SOKOL; a.k.a. SOKOL DESIGN BUREAU), 2A ul Akademika Pavlova St, Kazan 420036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1661007166 (Russia); Registration Number 1021603886622 (Russia) [RUSSIA-EO14024].

SIMONYAN, Margarita Simonovna (Cyrillic: СИМОНЬЯН, Маргарита Симоновна) (a.k.a. SIMONIYAN, Margarita Simonovna), Novokuznetskaya Street 35-37 1 14, Moscow, Russia; DOB 06 Apr 1980; POB Krasnodar, Russia; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 531257733 (Russia); Tax ID No. 230810605961 (Russia) (individual) [RUSSIA-EO14024].

SIMORGH PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی سیمرغ) (a.k.a. MAHSHAHR SIMORGH PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی سیمرغ ماهشهر)), Lower Level 1, No. 21, 23 Shahid Ahmad Nasifi Street, Sa'adat Abad Street, Neighborhood Dariya, Tehran, Tehran Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Mar 2010; National ID No. 10320204241 (Iran); Business Registration Number 369795 (Iran) [IRAN-EO13846] (Linked To: AMIR KABIR PETROCHEMICAL COMPANY).

SIMOWSKI, Aliaksandr Leanidavich (a.k.a. ZIMOUSKI, Akiaksandr Leanidavich; a.k.a. ZIMOUSKI, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Aliaksandr Leanidavich; a.k.a. ZIMOVSKI, Alaksandr Leanidavich; a.k.a. ZIMOVSKI, Aleksandr Leonidovich; a.k.a. ZIMOVSKI, Alexander Leonidovich; a.k.a. ZIMOVSKI, Aliaksandr Leanidavich; a.k.a. ZIMOVSKY, Alaksandr Leanidavich; a.k.a. ZIMOVSKY, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Alexander Leonidovich; a.k.a. ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a. ZIMOWSKI, Alaksandr Leanidavich; a.k.a. ZIMOWSKI, Aleksandr Leonidovich; a.k.a. ZIMOWSKI, Alexander Leonidovich; a.k.a. ZIMOWSKY, Alaksandr Leanidavich; a.k.a. ZIMOWSKY, Aleksandr Leonidovich; a.k.a. ZIMOWSKY, Alexander Leonidovich; a.k.a. ZIMOWSKY, Aliaksandr Leanidavich); DOB 10 Jan 1961; POB Germany; Head of the Belarusian State Television and Radio Company (BSTRC); Member of the Upper House of Parliament (individual) [BELARUS].

SIMPLY ADVANCED LIMITED, Phnom Penh, Cambodia; Company Number 2035067 (Virgin Islands, British) [TCO] (Linked To: CHEN, Zhi).

SIMULATION & DIGITAL TWIN (a.k.a. JSC MODELING AND DIGITAL DOUBLES; a.k.a. JSC MTSD; a.k.a. SIMULATION AND DIGITAL TWIN, Ul. Suzdalskaya D.46, Office 203, Moscow 111672, Russia; Ul. Viktorenko D. 5, Str. 1, Floor 11, Pomeshch. 11.01, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720666171 (Russia); Registration Number 1097746511334 (Russia) [RUSSIA-EO14024].

SIMULATION AND DIGITAL TWIN (a.k.a. JSC MODELING AND DIGITAL DOUBLES; a.k.a. JSC MTSD; a.k.a. SIMULATION & DIGITAL TWIN), Ul. Suzdalskaya D.46, Office 203, Moscow 111672, Russia; Ul. Viktorenko D. 5, Str. 1, Floor 11, Pomeshch. 11.01, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720666171 (Russia); Registration Number 1097746511334 (Russia) [RUSSIA-EO14024].

SIN, Byon-Gyu (a.k.a. KIYOTA, Jiro); DOB 1940; POB Japan (individual) [TCO].

SIN, Yong Il (a.k.a. SHIN, Yong Il; a.k.a. SIN, Yo'ng Il), Korea, North; DOB 28 Feb 1948; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PD654210116 (Korea, North); Deputy Director of the Military Security Command (individual) [DPRK2].

SIN, Yo'ng Il (a.k.a. SHIN, Yong Il; a.k.a. SIN, Yong Il), Korea, North; DOB 28 Feb 1948; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PD654210116 (Korea, North); Deputy Director of the Military Security Command (individual) [DPRK2].

SINA BANK (a.k.a. BANK SINA; a.k.a. BANQUE SINA BONYAD FINANCE AND CREDIT COMPANY; a.k.a. SINA BANK COMPANY; a.k.a. SINA FINANCE AND CREDIT COMPANY; a.k.a. SINA FINANCE AND CREDIT INSTITUTE; a.k.a. "BFCC"; a.k.a. "SFCC"), Between Miremad Street and Mofateh Street, Motahari Avenue, Tehran 15888-6457,

Iran; No. 238, Ostad Motahari Avenue, District 6, Tehran, Tehran Province 1588864571, Iran; Near by Mofateh Street, No. 187, Ostad Mothari Street, Tehran 1587998411, Iran; 187 Motahri Avenue, Tehran 1587998411, Iran; No. 187, Ostad Mottahari St., Tehran, Iran; 187 Motahhari Ave, Tehran 1587998411, Iran; SWIFT/BIC SINAIRTH; Website www.sinabank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10860246171 (Iran); Registration Number 2904 (Iran) [IRAN] [SDGT] [IFSR] [IRAN-EO13876] (Linked To: ANDISHEH MEHVARAN INVESTMENT COMPANY; Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA BANK COMPANY (a.k.a. BANK SINA; a.k.a. BANQUE SINA BONYAD FINANCE AND CREDIT COMPANY; a.k.a. SINA BANK; a.k.a. SINA FINANCE AND CREDIT COMPANY; a.k.a. SINA FINANCE AND CREDIT INSTITUTE; a.k.a. "BFCC"; a.k.a. "SFCC"), Between Miremad Street and Mofateh Street, Motahari Avenue, Tehran 15888-6457, Iran; No. 238, Ostad Motahari Avenue, District 6, Tehran, Tehran Province 1588864571, Iran; Near by Mofateh Street, No. 187, Ostad Mothari Street, Tehran 1587998411, Iran; 187 Motahri Avenue, Tehran 1587998411, Iran; No. 187, Ostad Mottahari St., Tehran, Iran; 187 Motahhari Ave, Tehran 1587998411, Iran; SWIFT/BIC SINAIRTH; Website www.sinabank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10860246171 (Iran); Registration Number 2904 (Iran) [IRAN] [SDGT] [IFSR] [IRAN-EO13876] (Linked To: ANDISHEH MEHVARAN INVESTMENT COMPANY; Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA COMPOSITE (a.k.a. SINA COMPOSITE CO.; a.k.a. SINA COMPOSITE DELIJAN COMPANY), 19 Unit, 28 No, Dashtestan 5 Alley, Pasdaran Ave, Tehran, Iran; Website http://sinacomposite.com/; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JEHAD ORGANIZATION).

SINA COMPOSITE CO. (a.k.a. SINA COMPOSITE; a.k.a. SINA COMPOSITE DELIJAN COMPANY), 19 Unit, 28 No, Dashtestan 5 Alley, Pasdaran Ave, Tehran, Iran; Website http://sinacomposite.com/; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JEHAD ORGANIZATION).

SINA COMPOSITE DELIJAN COMPANY (a.k.a. SINA COMPOSITE; a.k.a. SINA COMPOSITE CO.), 19 Unit, 28 No, Dashtestan 5 Alley, Pasdaran Ave, Tehran, Iran; Website http://sinacomposite.com/; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JEHAD ORGANIZATION).

SINA CURRENCY EXCHANGE COMPANY (a.k.a. SHERKAT-E SARRAFI SINA (Arabic: شرکت صرافی سینا)), Shahid Beheshti Street, Number 287, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320810830 (Iran); Registration Number 428695 (Iran) [IRAN-EO13876] (Linked To: SINA BANK).

SINA ENERGY DEVELOPMENT (a.k.a. ENERGY GOSTAR SINA COMPANY (Arabic: شرکت انرژی گستر سینا); a.k.a. SINA ENERGY DEVELOPMENT CO.; a.k.a. SINA ENERGY DEVELOPMENT COMPANY; a.k.a. "SEDCO"), No. 8, Sosan Alley, Tabatabaei 1st Street, Fatemi Square, District 6, Tehran, Tehran Province 1415793811, Iran; 14th Floor, Building No. 1, Central Building of the Muslim Revolutionary Islamic Foundation, not reaching the Blvd. Africa, Highway of Mission, Tehran, Iran; Website http://www.sedcompany.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101345022 (Iran); Registration Number 90128 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA ENERGY DEVELOPMENT CO. (a.k.a. ENERGY GOSTAR SINA COMPANY (Arabic: شرکت انرژی گستر سینا); a.k.a. SINA ENERGY DEVELOPMENT; a.k.a. SINA ENERGY DEVELOPMENT COMPANY; a.k.a. "SEDCO"), No. 8, Sosan Alley, Tabatabaei 1st Street, Fatemi Square, District 6, Tehran, Tehran Province 1415793811, Iran; 14th Floor, Building No. 1, Central Building of the Muslim Revolutionary Islamic Foundation, not reaching the Blvd. Africa, Highway of Mission, Tehran,

Iran; Website http://www.sedcompany.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101345022 (Iran); Registration Number 90128 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA ENERGY DEVELOPMENT COMPANY (a.k.a. ENERGY GOSTAR SINA COMPANY (Arabic: شرکت انرژی گستر سینا); a.k.a. SINA ENERGY DEVELOPMENT; a.k.a. SINA ENERGY DEVELOPMENT CO.; a.k.a. "SEDCO"), No. 8, Sosan Alley, Tabatabaei 1st Street, Fatemi Square, District 6, Tehran, Tehran Province 1415793811, Iran; 14th Floor, Building No. 1, Central Building of the Muslim Revolutionary Islamic Foundation, not reaching the Blvd. Africa, Highway of Mission, Tehran, Iran; Website http://www.sedcompany.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101345022 (Iran); Registration Number 90128 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA FINANCE AND CREDIT COMPANY (a.k.a. BANK SINA; a.k.a. BANQUE SINA BONYAD FINANCE AND CREDIT COMPANY; a.k.a. SINA BANK; a.k.a. SINA BANK COMPANY; a.k.a. SINA FINANCE AND CREDIT INSTITUTE; a.k.a. "BFCC"; a.k.a. "SFCC"), Between Miremad Street and Mofateh Street, Motahari Avenue, Tehran 15888-6457, Iran; No. 238, Ostad Motahari Avenue, District 6, Tehran, Tehran Province 1588864571, Iran; Near by Mofateh Street, No. 187, Ostad Mothari Street, Tehran 1587998411, Iran; 187 Motahri Avenue, Tehran 1587998411, Iran; No. 187, Ostad Mottahari St., Tehran, Iran; 187 Motahhari Ave, Tehran 1587998411, Iran; SWIFT/BIC SINAIRTH; Website www.sinabank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10860246171 (Iran); Registration Number 2904 (Iran) [IRAN] [SDGT] [IFSR] [IRAN-EO13876] (Linked To: ANDISHEH MEHVARAN INVESTMENT COMPANY; Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA FINANCE AND CREDIT INSTITUTE (a.k.a. BANK SINA; a.k.a. BANQUE SINA BONYAD FINANCE AND CREDIT COMPANY; a.k.a. SINA BANK; a.k.a. SINA BANK COMPANY; a.k.a. SINA FINANCE AND CREDIT

COMPANY; a.k.a. "BFCC"; a.k.a. "SFCC"), Between Miremad Street and Mofateh Street, Motahari Avenue, Tehran 15888-6457, Iran; No. 238, Ostad Motahari Avenue, District 6, Tehran, Tehran Province 1588864571, Iran; Near by Mofateh Street, No. 187, Ostad Mothari Street, Tehran 1587998411, Iran; 187 Motahri Avenue, Tehran 1587998411, Iran; No. 187, Ostad Mottahari St., Tehran, Iran; 187 Motahhari Ave, Tehran 1587998411, Iran; SWIFT/BIC SINAIRTH; Website www.sinabank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10860246171 (Iran); Registration Number 2904 (Iran) [IRAN] [SDGT] [IFSR] [IRAN-EO13876] (Linked To: ANDISHEH MEHVARAN INVESTMENT COMPANY; Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA FINANCIAL & INVESTMENT HOLDING CO. (a.k.a. SINA FINANCIAL AND INVESTMENT HOLDING CO.; a.k.a. SINA FINANCIAL AND INVESTMENT HOLDING COMPANY (Arabic: شرکت مادر تخصصی مالی و سرمایه گذاری سینا); a.k.a. SINA INVESTMENT MANAGEMENT CO.; a.k.a. "SFI"), 4th Floor, No. 7, 12th Alley, Bokharest Ahmad Ghasir Street, District 6, Tehran, Tehran Province 1514757111, Iran; 13th Floor, Building No. 1, Mostazafan Foundation Premises, Argentina Sq, Africa Blvd, Tehran, Iran; Resalat Highway prior to Africa Boulevard, Bonyad Mostazafan Building Number 1, 13th Floor, Iran; Website http://www.sfi.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10340058917 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA FINANCIAL AND INVESTMENT HOLDING CO. (a.k.a. SINA FINANCIAL & INVESTMENT HOLDING CO.; a.k.a. SINA FINANCIAL AND INVESTMENT HOLDING COMPANY (Arabic: شرکت مادر تخصصی مالی و سرمایه گذاری سینا); a.k.a. SINA INVESTMENT MANAGEMENT CO.; a.k.a. "SFI"), 4th Floor, No. 7, 12th Alley, Bokharest Ahmad Ghasir Street, District 6, Tehran, Tehran Province 1514757111, Iran; 13th Floor, Building No. 1, Mostazafan Foundation Premises, Argentina Sq, Africa Blvd, Tehran, Iran; Resalat Highway prior to Africa Boulevard, Bonyad Mostazafan Building Number 1, 13th Floor, Iran; Website http://www.sfi.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions;

National ID No. 10340058917 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA FINANCIAL AND INVESTMENT HOLDING COMPANY (Arabic: شرکت مادر تخصصی مالی و سرمایه گذاری سینا) (a.k.a. SINA FINANCIAL & INVESTMENT HOLDING CO.; a.k.a. SINA FINANCIAL AND INVESTMENT HOLDING CO.; a.k.a. SINA INVESTMENT MANAGEMENT CO.; a.k.a. "SFI"), 4th Floor, No. 7, 12th Alley, Bokharest Ahmad Ghasir Street, District 6, Tehran, Tehran Province 1514757111, Iran; 13th Floor, Building No. 1, Mostazafan Foundation Premises, Argentina Sq, Africa Blvd, Tehran, Iran; Resalat Highway prior to Africa Boulevard, Bonyad Mostazafan Building Number 1, 13th Floor, Iran; Website http://www.sfi.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10340058917 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA INVESTMENT MANAGEMENT CO. (a.k.a. SINA FINANCIAL & INVESTMENT HOLDING CO.; a.k.a. SINA FINANCIAL AND INVESTMENT HOLDING CO.; a.k.a. SINA FINANCIAL AND INVESTMENT HOLDING COMPANY (Arabic: شرکت مادر تخصصی مالی و سرمایه گذاری سینا); a.k.a. "SFI"), 4th Floor, No. 7, 12th Alley, Bokharest Ahmad Ghasir Street, District 6, Tehran, Tehran Province 1514757111, Iran; 13th Floor, Building No. 1, Mostazafan Foundation Premises, Argentina Sq, Africa Blvd, Tehran, Iran; Resalat Highway prior to Africa Boulevard, Bonyad Mostazafan Building Number 1, 13th Floor, Iran; Website http://www.sfi.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10340058917 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA PAYA SANAT DEVELOPMENT CO. (Arabic: شرکت گسترش پایا صنعت سینا) (a.k.a. BONYAD IMPORT AND EXPORT CO; a.k.a. GOSTARESH PAYA SANAT SINA; a.k.a. GOSTARESH PAYASANAT SINA HOLDING; a.k.a. PAYA SANAT SINA; a.k.a. SINA PAYA SANAT DEVELOPMENT COMPANY PJS; a.k.a. SINA PAYA SANAT GOSTARESH CO.; a.k.a. SINA SANAT PAYA DEVELOPMENT COMPANY; a.k.a. "SINAPAD"), Unit 61, 3rd Km Karaj Special Road, Tehran, Iran; No. 42, 17th Street, Gandhi Avenue, Tehran, Iran; Website http://www.sinapad.ir; Additional Sanctions Information - Subject to Secondary Sanctions;

National ID No. 10101236358 (Iran); Registration Number 78804 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA PAYA SANAT DEVELOPMENT COMPANY PJS (a.k.a. BONYAD IMPORT AND EXPORT CO; a.k.a. GOSTARESH PAYA SANAT SINA; a.k.a. GOSTARESH PAYASANAT SINA HOLDING; a.k.a. PAYA SANAT SINA; a.k.a. SINA PAYA SANAT DEVELOPMENT CO. (Arabic: شرکت گسترش پایا صنعت سینا); a.k.a. SINA PAYA SANAT GOSTARESH CO.; a.k.a. SINA SANAT PAYA DEVELOPMENT COMPANY; a.k.a. "SINAPAD"), Unit 61, 3rd Km Karaj Special Road, Tehran, Iran; No. 42, 17th Street, Gandhi Avenue, Tehran, Iran; Website http://www.sinapad.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101236358 (Iran); Registration Number 78804 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA PAYA SANAT GOSTARESH CO. (a.k.a. BONYAD IMPORT AND EXPORT CO; a.k.a. GOSTARESH PAYA SANAT SINA; a.k.a. GOSTARESH PAYASANAT SINA HOLDING; a.k.a. PAYA SANAT SINA; a.k.a. SINA PAYA SANAT DEVELOPMENT CO. (Arabic: شرکت گسترش پایا صنعت سینا); a.k.a. SINA PAYA SANAT DEVELOPMENT COMPANY PJS; a.k.a. SINA SANAT PAYA DEVELOPMENT COMPANY; a.k.a. "SINAPAD"), Unit 61, 3rd Km Karaj Special Road, Tehran, Iran; No. 42, 17th Street, Gandhi Avenue, Tehran, Iran; Website http://www.sinapad.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101236358 (Iran); Registration Number 78804 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA PORT AND MARINE COMPANY (Arabic: شرکت توسعه خدمات دریائی و بندری سینا) (a.k.a. SINA PORT AND MARINE SERVICES DEVELOPMENT COMPANY; a.k.a. SINA PORT AND MARITIME COMPANY; a.k.a. "SPM CO."; a.k.a. "SPMCO"), No. 18, 13th Alley, Gandhi Street, District 6, Tehran, Tehran 1517753513, Iran; Website http://www.spmco.co/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101143640 (Iran); Registration Number 69425 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA PORT AND MARINE SERVICES DEVELOPMENT COMPANY (a.k.a. SINA PORT AND MARINE COMPANY (Arabic: شرکت توسعه خدمات دریائی و بندری سینا); a.k.a. SINA PORT AND MARITIME COMPANY; a.k.a. "SPM CO."; a.k.a. "SPMCO"), No. 18, 13th Alley, Gandhi Street, District 6, Tehran, Tehran 1517753513, Iran; Website http://www.spmco.co/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101143640 (Iran); Registration Number 69425 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA PORT AND MARITIME COMPANY (a.k.a. SINA PORT AND MARINE COMPANY (Arabic: شرکت توسعه خدمات دریائی و بندری سینا); a.k.a. SINA PORT AND MARINE SERVICES DEVELOPMENT COMPANY; a.k.a. "SPM CO."; a.k.a. "SPMCO"), No. 18, 13th Alley, Gandhi Street, District 6, Tehran, Tehran 1517753513, Iran; Website http://www.spmco.co/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101143640 (Iran); Registration Number 69425 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA RAIL PARS (a.k.a. PARS RAIL SINA TRANSPORTATION COMPANY (Arabic: شرکت حمل و نقل سینا ریل پارس سهامی خاص); a.k.a. SINA RAIL PARS CO; a.k.a. SINA RAIL PARS COMPANY), No. 20, Thirteen Street, Ahmad Ghasir St., Argentina Square, District 6, Tehran, Tehran, Iran; No. 440, 4 Floor, Sina Building, Southeast Corner of Ferdows Blvd, Shahid Sattari North Highway, Tehran, Iran; Website http://srpt.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101521358 (Iran); Registration Number 108278 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA RAIL PARS CO (a.k.a. PARS RAIL SINA TRANSPORTATION COMPANY (Arabic: شرکت حمل و نقل سینا ریل پارس سهامی خاص); a.k.a. SINA RAIL PARS; a.k.a. SINA RAIL PARS COMPANY), No. 20, Thirteen Street, Ahmad Ghasir St., Argentina Square, District 6, Tehran, Tehran, Iran; No. 440, 4 Floor, Sina Building, Southeast Corner of Ferdows Blvd, Shahid Sattari North Highway, Tehran, Iran; Website http://srpt.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101521358 (Iran); Registration Number 108278 (Iran) [IRAN-EO13876] (Linked To:

ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA RAIL PARS COMPANY (a.k.a. PARS RAIL SINA TRANSPORTATION COMPANY (Arabic: شرکت حمل و نقل سینا ریل پارس سهامی خاص); a.k.a. SINA RAIL PARS; a.k.a. SINA RAIL PARS CO), No. 20, Thirteen Street, Ahmad Ghasir St., Argentina Square, District 6, Tehran, Tehran, Iran; No. 440, 4 Floor, Sina Building, Southeast Corner of Ferdows Blvd, Shahid Sattari North Highway, Tehran, Iran; Website http://srpt.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101521358 (Iran); Registration Number 108278 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA SANAT PAYA DEVELOPMENT COMPANY (a.k.a. BONYAD IMPORT AND EXPORT CO; a.k.a. GOSTARESH PAYA SANAT SINA; a.k.a. GOSTARESH PAYASANAT SINA HOLDING; a.k.a. PAYA SANAT SINA; a.k.a. SINA PAYA SANAT DEVELOPMENT CO. (Arabic: شرکت گسترش پایا صنعت سینا); a.k.a. SINA PAYA SANAT DEVELOPMENT COMPANY PJS; a.k.a. SINA PAYA SANAT GOSTARESH CO.; a.k.a. "SINAPAD"), Unit 61, 3rd Km Karaj Special Road, Tehran, Iran; No. 42, 17th Street, Gandhi Avenue, Tehran, Iran; Website http://www.sinapad.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101236358 (Iran); Registration Number 78804 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA SHIPPING COMPANY LIMITED, 198 Old Bakery Street, Valletta VLT 1455, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (356)(21241232) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SINA TILE AND CERAMIC INDUSTRIES COMPANY (Arabic: شرکت صنایع کاشی و سرامیک سینا) (a.k.a. SINA TILES AND CERAMIC INDUSTRIAL GROUP), Mirdamad Boulevard, No. 21, Tehran 1911934893, Iran; 9th Street, Kaveh Industrial City, Saveh 39143-54375, Iran; Website www.sinatile.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101178687 (Iran); Registration Number 72957 (Iran) [IRAN-EO13876] (Linked To: SINA PAYA SANAT DEVELOPMENT CO.).

SINA TILES AND CERAMIC INDUSTRIAL GROUP (a.k.a. SINA TILE AND CERAMIC INDUSTRIES COMPANY (Arabic: شرکت صنایع کاشی و سرامیک سینا)), Mirdamad Boulevard, No. 21, Tehran 1911934893, Iran; 9th Street, Kaveh Industrial City, Saveh 39143-54375, Iran; Website www.sinatile.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101178687 (Iran); Registration Number 72957 (Iran) [IRAN-EO13876] (Linked To: SINA PAYA SANAT DEVELOPMENT CO.).

SINABUL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL), Sidon, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SINALOA CARTEL (a.k.a. CARTEL DE SINALOA; a.k.a. "GUADALAJARA CARTEL"; a.k.a. "MEXICAN FEDERATION"), Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [SDNTK] [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

SINARA TRANSPORT MACHINES HOLDING (a.k.a. AKTSIONERNOE OBSHCHESTVO SINARA TRANSPORTNYE MASHINY), ul. Rozy Lyuksemburg D. 51, Yekaterinburg 620026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6672241304 (Russia); Registration Number 1076672030820 (Russia) [RUSSIA-EO14024].

SINBAD (a.k.a. SINBAD.IO); Website https://sinbad.io; alt. Website http://sinbadiovklgdbafpqvwfwjh2tfrisahtxmrskiovt62nirragcnkcad.onion; Email Address support@sinbad.io; alt. Email Address adv@sinbad.io; Digital Currency Address - XBT bc1qq7p0es3dv5hcynjjf40f2xjjr6qp5py47d2f6n847vduuq9gvnyq7y9ecd; alt. Digital Currency Address - XBT

1JHdQHkBZiim1cb4hyUh2PbzEbbg6z2TrF; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 29 Sep 2022 [DPRK3] [CYBER2].

SINBAD.IO (a.k.a. SINBAD); Website https://sinbad.io; alt. Website http://sinbadiovklgdbafpqvwfwjh2tfrisahtxmrskiovt62nirragcnkcad.onion; Email Address support@sinbad.io; alt. Email Address adv@sinbad.io; Digital Currency Address - XBT bc1qq7p0es3dv5hcynjjf40f2xjjr6qp5py47d2f6n847vduuq9gvnyq7y9ecd; alt. Digital Currency Address - XBT 1JHdQHkBZiim1cb4hyUh2PbzEbbg6z2TrF; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 29 Sep 2022 [DPRK3] [CYBER2].

SINDHI, 'Abdallah (a.k.a. AL-SINDHI, Abdallah; a.k.a. AL-SINDHI, Abdullah; a.k.a. AL-SINDI, Abdullah; a.k.a. AZMARAI, Umar Siddique Kathio; a.k.a. CHANDIO, Umar Kathio; a.k.a. CHANDUO, Umar; a.k.a. CHANDYO, Omar; a.k.a. KATHIO, Muhammad Umar; a.k.a. KATIO, Muhammad Umar Sidduque; a.k.a. OMER, Muhammad; a.k.a. UMAR, Muhammad), Karachi, Pakistan; Miram Shah, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1977; POB Saudi Arabia; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 466-77-221879 (Pakistan); alt. National ID No. 42201-015024707-7 (individual) [SDGT].

SINDHI, Abdul Rehman (a.k.a. AL-SINDHI, Abdul Rehman; a.k.a. AL-SINDHI, Abdur Rahman; a.k.a. RAHMAN, Abdur; a.k.a. REHMAN, Abdul; a.k.a. REHMAN, Abdur; a.k.a. SINDHI, Abdurahman; a.k.a. SINDI, Abdur Rehman; a.k.a. UR-REHMAN, Abd; a.k.a. YAMIN, Abdur Rehman Muhammad; a.k.a. "ABDULLAH SINDHI"), Karachi, Pakistan; DOB 03 Oct 1965; POB Mirpur Khas, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CV9157521 (Pakistan) issued 08 Sep 2008 expires 07 Sep 2013; National ID No. 44103-5251752-5 (Pakistan) (individual) [SDGT].

SINDHI, Abdurahman (a.k.a. AL-SINDHI, Abdul Rehman; a.k.a. AL-SINDHI, Abdur Rahman; a.k.a. RAHMAN, Abdur; a.k.a. REHMAN, Abdul; a.k.a. REHMAN, Abdur; a.k.a. SINDHI, Abdul Rehman; a.k.a. SINDI, Abdur Rehman; a.k.a. UR-REHMAN, Abd; a.k.a. YAMIN, Abdur Rehman Muhammad; a.k.a. "ABDULLAH SINDHI"), Karachi, Pakistan; DOB 03 Oct 1965; POB Mirpur Khas, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CV9157521 (Pakistan) issued 08 Sep 2008 expires 07 Sep 2013; National ID No. 44103-5251752-5 (Pakistan) (individual) [SDGT].

SINDI, Abdur Rehman (a.k.a. AL-SINDHI, Abdul Rehman; a.k.a. AL-SINDHI, Abdur Rahman; a.k.a. RAHMAN, Abdur; a.k.a. REHMAN, Abdul; a.k.a. REHMAN, Abdur; a.k.a. SINDHI, Abdul Rehman; a.k.a. SINDHI, Abdurahman; a.k.a. UR-REHMAN, Abd; a.k.a. YAMIN, Abdur Rehman Muhammad; a.k.a. "ABDULLAH SINDHI"), Karachi, Pakistan; DOB 03 Oct 1965; POB Mirpur Khas, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CV9157521 (Pakistan) issued 08 Sep 2008 expires 07 Sep 2013; National ID No. 44103-5251752-5 (Pakistan) (individual) [SDGT].

SINELIN, Mihail Anatol'evich (a.k.a. SINELIN, Mikhail Anatolyevich), Russia; DOB 14 Aug 1989; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 100019509 (Russia) (individual) [NPWMD] [CYBER2] (Linked To: NEWSFRONT).

SINELIN, Mikhail Anatolyevich (a.k.a. SINELIN, Mihail Anatol'evich), Russia; DOB 14 Aug 1989; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 100019509 (Russia) (individual) [NPWMD] [CYBER2] (Linked To: NEWSFRONT).

SINELSHCHIKOV, Yury Petrovich (Cyrillic: СИНЕЛЬЩИКОВ, Юрий Петрович), Russia; DOB 26 Sep 1947; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SINERJI ENDUSTRIYEL EKIPMAN VE INSAAT MALZEMELERI DIS TICARET LIMITED (a.k.a. SINERJI ENDUSTRIYEL EKIPMAN VE INSAAT MALZEMELERI DIS TICARET LIMITED SIRKETI), Adnan Kahveci Mah. Alemdag Cad. No: 2/1 Ic Kapi No: 48, Beylikduzu, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Dec 2022; Tax ID No. 7710665481 (Turkey); Chamber of Commerce Number 1423211 (Turkey); Registration Number 429549-5 (Turkey); Central Registration System Number 0771-0665-4810-0001 (Turkey) [RUSSIA-EO14024].

SINERJI ENDUSTRIYEL EKIPMAN VE INSAAT MALZEMELERI DIS TICARET LIMITED SIRKETI (a.k.a. SINERJI ENDUSTRIYEL EKIPMAN VE INSAAT MALZEMELERI DIS TICARET LIMITED), Adnan Kahveci Mah. Alemdag Cad. No: 2/1 Ic Kapi No: 48, Beylikduzu, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Dec 2022; Tax ID No. 7710665481 (Turkey); Chamber of Commerce Number 1423211 (Turkey); Registration Number 429549-5 (Turkey); Central Registration System Number 0771-0665-4810-0001 (Turkey) [RUSSIA-EO14024].

SINEZIS OOO (a.k.a. JSC SYNESIS; a.k.a. LLC SYNESIS (Cyrillic: ООО СИНЕЗИС)), Platonova 20B, Minsk 220005, Belarus; d.20B, pom. 13, komnata 14, ul. Platonova, Minsk, Belarus; Organization Established Date 27 Dec 2007; Registration Number 190950894 (Belarus) [BELARUS-EO14038].

SING, Har Mohan (a.k.a. HAKIMZADA, Harmohan Singh), Flat 17, 2nd FL Atlas Tower, Jamal Abdud Nasir Rd., Sharjah, United Arab Emirates; DOB 23 Jun 1953; nationality India; Gender Male; Passport 1850327 (India); alt. Passport Z1432933 (India) (individual) [SDNTK] (Linked To: HAKIMZADA, Jasmeet).

SINGH DAILY CULTURE PRESS LIMITED (a.k.a. DYNAPEX ENERGY LIMITED; f.k.a. SINGH SCIENCE AND TECHNOLOGY DEVELOPMENT CO., LIMITED), Flat/Rm 1105 11/F, Hua Qin International Building, 340 Queen's Road Central, Hong Kong; Business Registration Number 2066820 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

SINGH SCIENCE AND TECHNOLOGY DEVELOPMENT CO., LIMITED (a.k.a. DYNAPEX ENERGY LIMITED; f.k.a. SINGH DAILY CULTURE PRESS LIMITED), Flat/Rm

1105 11/F, Hua Qin International Building, 340 Queen's Road Central, Hong Kong; Business Registration Number 2066820 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

SINGH, Cheeranjeev Kumar (a.k.a. SINGH, Chiranjeev Kumar (Arabic: سينج كومار شيرانجيف)), Muzaffarpur, India; United Arab Emirates; DOB 01 Mar 1979; citizen India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z3727315 (India) expires 22 Jul 2027 (individual) [SDGT] (Linked To: AURUM SHIP MANAGEMENT FZC).

SINGH, Chiranjeev Kumar (Arabic: كومار شيرانجيف سينج) (a.k.a. SINGH, Cheeranjeev Kumar), Muzaffarpur, India; United Arab Emirates; DOB 01 Mar 1979; citizen India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z3727315 (India) expires 22 Jul 2027 (individual) [SDGT] (Linked To: AURUM SHIP MANAGEMENT FZC).

SINGH, Jasmeet (a.k.a. HAKIMZADA, Jasmeet), Flat 17, 2nd FL Atlas Tower, Jamal Abdud Nasir Rd., Sharjah, United Arab Emirates; DOB 26 Jun 1979; nationality India; Gender Male; Passport Z2030393 (India) (individual) [SDNTK].

SINGH, Ranveer, India; DOB 12 Feb 1983; POB Ranchi, India; nationality India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z6920651 (India) expires 16 Aug 2032 (individual) [SDGT] (Linked To: ANSARALLAH).

SINGWANG ECONOMICS AND TRADING GENERAL CORPORATION, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

SINHA, Swetang, Zimbabwe; DOB 09 Jun 1985; nationality India; Gender Male; Passport Z5048447 (India) expires 20 Dec 2028 (individual) [GLOMAG] (Linked To: PATTNI, Kamlesh Mansukhlal Damji).

SINIE (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. THIEF-IN-LAW; a.k.a.

THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

SINISA NEDELJKOVIC B.I., P.T.P. METAL, 90, Kralja Petra I, Zveqan 38227, Kosovo; Organization Established Date 09 Aug 2001; Organization Type: Wholesale of other machinery and equipment; V.A.T. Number 600351845 (Kosovo) [GLOMAG] (Linked To: NEDELJKOVIC, Sinisa).

SINISA NEDELJKOVIC I.B., Glavna Bb, Shterpce 73000, Kosovo; Organization Established Date 03 Sep 2015; Organization Type: Restaurants and mobile food service activities; V.A.T. Number 601337753 (Kosovo) [GLOMAG] (Linked To: NEDELJKOVIC, Sinisa).

SINITSYN, Aleksei Vladimirovich (a.k.a. SINITSYN, Alexei Vladimirovich (Cyrillic: СИНИЦЫН, Алексей Владимирович)), Russia; DOB 13 Jan 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SINITSYN, Alexei Vladimirovich (Cyrillic: СИНИЦЫН, Алексей Владимирович) (a.k.a. SINITSYN, Aleksei Vladimirovich), Russia; DOB 13 Jan 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SINJIN GENERAL TRADING CORPORATION (a.k.a. CHOSUN SINJIN TRADING COMPANY (Korean: 조선신진무역회사); a.k.a. CHOSUN SINJIN TRADING CORPORATION; a.k.a. KOREA SINJIN TRADING CORPORATION), Mangyeongdae District, Chilgol 1 dong, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Wholesale and retail trade [DPRK2].

SINKAM (a.k.a. SYNCAM ADDITIVE CENTER), Pr-D Khlebozavodskii D. 7, Str. 9, ET 9 Pom.Xvi Kom 3B, Moscow 115230, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724412379 (Russia); Registration Number 1177746569340 (Russia) [RUSSIA-EO14024].

SINKO BANK LTD (a.k.a. COMMERCIAL BANK SINKO BANK; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KOMMERCHESKI BANK SINKO BANK), D. 11, Str. 1, Per. Posledni, Moscow 107045, Russia; SWIFT/BIC SNKBRUMM; Website www.sinko-bank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2002; Target Type Financial Institution; Tax ID No. 7703004072 (Russia); Identification Number FNLZ43.99999.SL.643 (Russia); Legal Entity Number 2534001TS0M7VRJK2567; Registration Number 1027739563610 (Russia) [RUSSIA-EO14024].

SIN-MEX IMPORTADORA, S.A. DE C.V. (a.k.a. CHIKA'S; a.k.a. CHIKA'S ACCESORIOS Y COSMETICOS; a.k.a. IMPORTCLUB), Poniente 140 No. 639, Col. Industrial Vallejo, Mexico, Distrito Federal, Mexico; Pedro Loza No. 174, Col. Centro, Guadalajara, Jalisco, Mexico; Av. Juarez No. 496, Col. Centro, Guadalajara, Jalisco, Mexico; Alvaro Obregon No. 614, Col. San Juan de Dios, Guadalajara, Jalisco, Mexico; Plaza Centro Sur Local D-11, Guadalajara, Jalisco, Mexico; Magno Centro Joyero Sn. Juan de Dios Local 1038, Guadalajara, Jalisco, Mexico; Av. Javier Mina No. 26, Col. San Juan de Dios, Guadalajara, Jalisco, Mexico; Plaza Centro Sur Local I-9, Guadalajara, Jalisco, Mexico; Reforma 217-A, Col. Centro, Leon, Guanajuato, Mexico; Plaza Coliseo Local 11, Col. Centro, Leon, Guanajuato, Mexico; Riva Palacio No. 675 Sur, Col. Almada, Culiacan, Sinaloa, Mexico; Galerias San Miguel Local 40 K, Culiacan, Sinaloa, Mexico; Centro Joyero Local 31, Culiacan, Sinaloa, Mexico; Rubi No. 366-A, Col. Centro, Culiacan, Sinaloa, Mexico; Plaza Galerias Local 22, Col. Colinas de San Miguel, Culiacan, Sinaloa, Mexico; Plaza Fantasia, Calle del Carmen No. 82 Local 28, Distrito Federal, Mexico; Centro Joyero Local 21 y 25, Andador Allende No. 116 Oriente, Aguascalientes, Ags., Mexico; Centro Joyero de Toluca Local 8, Benito Juarez No. 109, Toluca, Estado Mexico, Mexico; Plaza de la Mujer Local 27, Morelos No. 133 Poniente, Monterrey,

Nuevo Leon, Mexico; Parras 1750 Int. C, Col. Alamo Oriente, Tlaquepaque, Jalisco, Mexico; Poniente 140 No. 639, Col. Industrial Vallejo, Delegacion Azcapotzalco, Distrito Federal, Mexico; Ignacio Lopez Rayon No. 9104, Col. 1 de Mayo, Toluca, Mexico; Ignacio Lopez Rayon, Col. 5 de Mayo, Toluca, Mexico; Avenida Rayon 104, Col. Colonia Toluca de Lerdo Centro, Toluca, Estado de Mexico 50000, Mexico; Avenida Rayon 140 D, Col. Colonia Toluca de Lerdo Centro, Toluca, Estado de Mexico 50000, Mexico; R.F.C. SMI010730DH8 (Mexico) [SDNTK].

SINNO ELECTRONIC CO., LTD (a.k.a. SINNO ELECTRONICS CO., LIMITED (Chinese Traditional: 信諾電子科技有限公司)), Rm. B22, 1/F, Block B, East Sun Industrial Centre, 16 Shing Yip Street, Kwun Tong, Kowloon, Hong Kong, China; Rm. 1905, Xingda Garden Building, Kaiyuan Rd, Xingsha Development Area, Changsha 518031, China; Rm. 2408, Dynamic World Building, Zhonghang Rd, Shenzhen, Futian District 518031, China; Room 03, Chevalier House, 45-51 Chatham Road South, Tsim Sha Tsui, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Dec 2009; Registration Number 1401029 (Hong Kong) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

SINNO ELECTRONICS CO., LIMITED (Chinese Traditional: 信諾電子科技有限公司) (a.k.a. SINNO ELECTRONIC CO., LTD), Rm. B22, 1/F, Block B, East Sun Industrial Centre, 16 Shing Yip Street, Kwun Tong, Kowloon, Hong Kong, China; Rm. 1905, Xingda Garden Building, Kaiyuan Rd, Xingsha Development Area, Changsha 518031, China; Rm. 2408, Dynamic World Building, Zhonghang Rd, Shenzhen, Futian District 518031, China; Room 03, Chevalier House, 45-51 Chatham Road South, Tsim Sha Tsui, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Dec 2009; Registration Number 1401029 (Hong Kong) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

SINNO GROUP LIMITED, Room 13, 27/F, Ho King Commercial Centre, 2-16 Fa Yuen Street, Mongkok, Kowloon, Hong Kong, China; Ulitsa Leninskaya Sloboda, 19, Moskva 115280, Russia; Website https://sinnogroup.ru/; Email Address russia@sinnoelec.com; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Dec 2021; Company Number 3115771 (Hong Kong); Business Registration Number 73670751 (Hong Kong) [RUSSIA-EO14024].

SINO ENERGY SHIPPING (HONG KONG) LTD (a.k.a. SINO ENERGY SHIPPING HONG KONG; a.k.a. SINO ENERGY SHIPPING HONGKONG LIMITED (Chinese Traditional: 中能航運 香港 有限公司; Chinese Simplified: 中能航运 香港 有限公司)), Kowloon Bay, Kowloon, Hong Kong; Pudong Xinqu, Shanghai 200121, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Identification Number IMO 5706291; Business Registration Number 1796668 (Hong Kong) [IRAN-EO13846].

SINO ENERGY SHIPPING HONG KONG (a.k.a. SINO ENERGY SHIPPING (HONG KONG) LTD; a.k.a. SINO ENERGY SHIPPING HONGKONG LIMITED (Chinese Traditional: 中能航運 香港 有限公司; Chinese Simplified: 中能航运 香港 有限公司)), Kowloon Bay, Kowloon, Hong Kong; Pudong Xinqu, Shanghai 200121, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Identification Number

IMO 5706291; Business Registration Number 1796668 (Hong Kong) [IRAN-EO13846].

SINO ENERGY SHIPPING HONGKONG LIMITED (Chinese Traditional: 中能航運 香港 有限公司; Chinese Simplified: 中能航运 香港 有限公司) (a.k.a. SINO ENERGY SHIPPING (HONG KONG) LTD; a.k.a. SINO ENERGY SHIPPING HONG KONG), Kowloon Bay, Kowloon, Hong Kong; Pudong Xinqu, Shanghai 200121, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Identification Number IMO 5706291; Business Registration Number 1796668 (Hong Kong) [IRAN-EO13846].

SINO MACHINERY CO., LTD. (Chinese Simplified: 安徽新诺精工股份有限公司) (f.k.a. HUANGSHAN WANNAN MACHINERY CO., LTD.), No. 51 West Huancheng Road, Yansi Town, Huizhou District, Huangshan, Anhui 245900, China; Website www.sinocnc.com.cn; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Aug 2017; Unified Social Credit Code (USCC) 91341000MA2NY77U6X (China) [RUSSIA-EO14024].

SINO MARINE SERVICES LIMITED (a.k.a. SINO MARINE SERVICES LTD), 14, Wells View Drive, Bromley, Kent BR2 9UL, United Kingdom; Organization Established Date 01 Jan 2016; Identification Number IMO 5967460; Company Number 10214578 (United Kingdom) [VENEZUELA-EO13850].

SINO MARINE SERVICES LTD (a.k.a. SINO MARINE SERVICES LIMITED), 14, Wells View Drive, Bromley, Kent BR2 9UL, United Kingdom; Organization Established Date 01 Jan 2016; Identification Number IMO 5967460; Company Number 10214578 (United Kingdom) [VENEZUELA-EO13850].

SINO METALLURGY & MINMETALS INDUSTRY CO., LTD. (a.k.a. ANSI METALLURGY

INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD. (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

SINO RS ADVISORY PTE LTD (f.k.a. LARK HOLDINGS PTE LTD; a.k.a. MGI PTE LTD), 77 Robinson Road #16-00, Singapore 068896, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Feb 2015; Registration Number 201505110K (Singapore) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT).

SINO SHIP MANAGEMENT COMPANY LIMITED, Room 1902, Easey Commercial Building, 253-261 Hennessy Road, Wan Chai, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2019; Identification Number IMO 6085922 [UKRAINE-EO13662] [RUSSIA-EO14024].

SINO TRADE CO. LTD., Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Mar 2019; Company Number 2802031 (Hong Kong); Business Registration Number 70442294 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

SINO TRADER COMPANY (a.k.a. FARAZ TEGARAT ERTEBAT COMPANY; a.k.a. PARDAZAN SYSTEM HOUSES ARMAN; a.k.a. PARDAZAN SYSTEM NAMAD ARMAN; a.k.a. PASNA; a.k.a. PASNA INDUSTRY CO.; a.k.a. PASNA INTERNATION TRADING CO.; a.k.a. POUYAN ELECTRONIC CO.), Number 8, Unit 14, Tavana Building, Khan Babaei Alley, Nik Zare Street, Akbari Street, Ashrafti Esfahani Avenue, Tehran, Iran; Ghodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Monacoheri St., Saadi St., Tehran, Iran; Sa'di St., Manoucohehri St., Goodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Tehran, Iran; Website http://www.pasnaindustry.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SINOPER SHIPPING CO, Office 2207, Prime Tower, Business Bay, Dubai, United Arab Emirates; Organization Established Date 2024; Identification Number IMO 0158563 [IRAN-EO13902].

SINOSE MARITIME (a.k.a. HARDSEA AGENCIES; a.k.a. WITSHIPPING MARITIME PTE LTD), Hoe Chiang Road 10, #15-02a, Central Business District 089315, Singapore; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. 201131193Z (Singapore) [IRAN].

SINOSTAR MARINE GROUP LIMITED, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 19 Mar 2024; Identification Number IMO 0059859; Company Number 124911 (Marshall Islands) [IRAN-EO13902].

SINOTECH DALIAN CARBON AND GRAPHITE MANUFACTURING CORPORATION, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SINOTECH INDUSTRY CO., LTD., No. 190 Changjiang Road, Dalian City, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SINSMS PTE. LTD. (a.k.a. SUN MOON STAR (SINGAPORE) LTD.), 24 Mohamed Sultan Road, Singapore 239012, Singapore; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 201318227N (Singapore) [DPRK4].

SINWAR, Yahya (a.k.a. AL-SINWAR, Yehya; a.k.a. SINWAR, Yahya Ibrahim Hassan; a.k.a. SINWAR, Yehia; a.k.a. SINWAR, Yehiyeh), Gaza, Palestinian; DOB 01 Jan 1961 to 31 Dec 1963; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

SINWAR, Yahya Ibrahim Hassan (a.k.a. AL-SINWAR, Yehya; a.k.a. SINWAR, Yahya; a.k.a. SINWAR, Yehia; a.k.a. SINWAR, Yehiyeh), Gaza, Palestinian; DOB 01 Jan 1961 to 31 Dec 1963; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

SINWAR, Yehia (a.k.a. AL-SINWAR, Yehya; a.k.a. SINWAR, Yahya; a.k.a. SINWAR, Yahya Ibrahim Hassan; a.k.a. SINWAR, Yehiyeh), Gaza, Palestinian; DOB 01 Jan 1961 to 31 Dec 1963; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

SINWAR, Yehiyeh (a.k.a. AL-SINWAR, Yehya; a.k.a. SINWAR, Yahya; a.k.a. SINWAR, Yahya Ibrahim Hassan; a.k.a. SINWAR, Yehia), Gaza, Palestinian; DOB 01 Jan 1961 to 31 Dec 1963; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

SIPYAGIN, Vladimir Vladimirovich (Cyrillic: СИПЯГИН, Владимир Владимирович), Russia; DOB 19 Feb 1970; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SIRAJ AL-AQSA TV (a.k.a. AL-AQSA SATELLITE TELEVISION; a.k.a. AL-AQSA TV; a.k.a. HAMAS TV; a.k.a. THE AQSA LAMP), Jabaliya, Gaza, Palestinian; Website www.aqsatv.ps; Email Address info@aqsatv.ps; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Telephone: 0097282851500; Fax: 0097282858208 [SDGT].

SIRAT (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEM'IJJETUL FURQAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET), Put Mladih Muslimana 30a, Sarajevo 71 000, Bosnia and Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia and Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SIREGAR, Parlin (a.k.a. SIREGAR, Parlindungan; a.k.a. SIREGAR, Saleh Parlindungan); DOB 25 Apr 1957; alt. DOB 25 Apr 1967; POB Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SIREGAR, Parlindungan (a.k.a. SIREGAR, Parlin; a.k.a. SIREGAR, Saleh Parlindungan); DOB 25 Apr 1957; alt. DOB 25 Apr 1967; POB Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SIREGAR, Saleh Parlindungan (a.k.a. SIREGAR, Parlin; a.k.a. SIREGAR, Parlindungan); DOB 25 Apr 1957; alt. DOB 25 Apr 1967; POB Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SIRITIA VENTURES LTD (a.k.a. GPB-DI HOLDINGS LIMITED), Glafkos Tower, Floor 4, Flat 401, 3 Menandrou, Nicosia 1066, Cyprus; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. CY10145737M (Cyprus); Legal Entity Number 2138004OMEVX71IU7E09; Registration Number HE145737 (Cyprus); For more information on directives, please visit the following link: https://ofac.treasury.gov/sanctions-programs-and-country-information/ukraine-russia-related-sanctions#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMBANK JOINT STOCK COMPANY).

SIRJAN IRANIAN STEEL (a.k.a. SIRJAN IRANIAN STEEL CO (Arabic: شرکت فولاد سیرجان ایرانیان); a.k.a. "SISCO"), No 39, Sepehr St., Farahzadi Blvd., Shahrak-e-Gharb, Tehran, Iran; Bucharest Avenue, Ninth Street, Tehran 1513733518, Iran; Website www.sisco.midhco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Nov 2009; National ID No. 362111 (Iran) [IRAN-EO13871].

SIRJAN IRANIAN STEEL CO (Arabic: شرکت فولاد سیرجان ایرانیان) (a.k.a. SIRJAN IRANIAN STEEL; a.k.a. "SISCO"), No 39, Sepehr St., Farahzadi Blvd., Shahrak-e-Gharb, Tehran, Iran; Bucharest Avenue, Ninth Street, Tehran 1513733518, Iran; Website www.sisco.midhco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Nov 2009; National ID No. 362111 (Iran) [IRAN-EO13871].

SIRJAN JAHAN FOOLAD (a.k.a. JAHAN FOOLAD SIRJAN; a.k.a. JAHAN FOOLAD STEEL COMPANY; a.k.a. SIRJAN JAHAN STEEL COMPLEX (Arabic: شرکت جهان فولاد سیرجان); a.k.a. "SJSCO"), 6th Bokharest Alley Bokharest Ave., Tehran, Iran; No. 2, Zhubin Alley, Shahidi Street, Haghani Highway, Vanak Square, Tehran, Iran; Cross of Gol Gohar Mining and Industrial Co. Shiraz Road 50 Km, Sirjan, Iran; Website www.sjsco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Commercial Registry Number 3191 (Iran) [IRAN-EO13871].

SIRJAN JAHAN STEEL COMPLEX (Arabic: شرکت جهان فولاد سیرجان) (a.k.a. JAHAN FOOLAD SIRJAN; a.k.a. JAHAN FOOLAD STEEL COMPANY; a.k.a. SIRJAN JAHAN FOOLAD; a.k.a. "SJSCO"), 6th Bokharest Alley Bokharest Ave., Tehran, Iran; No. 2, Zhubin Alley, Shahidi Street, Haghani Highway, Vanak Square, Tehran, Iran; Cross of Gol Gohar Mining and Industrial Co. Shiraz Road 50 Km, Sirjan, Iran; Website www.sjsco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Commercial Registry Number 3191 (Iran) [IRAN-EO13871].

SIRJANCO TRADING L.L.C., 17th Floor, Office 1701, Al Moosa Tower 1, Sheikh Zayed Road, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

SIROKKO TEKHNOLODZHI (a.k.a. LIMITED LIABILITY COMPANY SIROKKO TECHNOLOGY), Ul. Yunosti D. 13, Moscow 111395, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718286334 (Russia); Registration Number 5157746099176 (Russia) [RUSSIA-EO14024].

SIRRA GAS S.A.L. OFF SHORE (a.k.a. SIERRA GAS S.A.L. OFFSHORE), Unesco Center, 4th Floor, Office No. 19, Verdun, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1804895 (Lebanon) [SDGT] (Linked To: AL-AMIN, Muhammad 'Abdallah).

SISON, Jose Maria (a.k.a. LIWINAG, Armando), Netherlands; DOB 08 Feb 1938; POB Llocos Sur Northern Luzon, Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SISTEMA ASIA PTE LTD, 77 Ayer Rajah Crescent #03-32, Singapore 139954, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Aug 2012; Registration Number 201218988Z (Singapore) [RUSSIA-EO14024] (Linked To: SISTEMA PUBLIC JOINT STOCK FINANCIAL CORPORATION).

SISTEMA CORESCO, S.A., Panama; RUC # 59784-2-345231 (Panama); alt. RUC # 1776589-1-345231 (Panama) [SDNTK].

SISTEMA DE DISTRIBUCION MUNDIAL, S.A.C. (a.k.a. WORLD DISTRIBUTION SYSTEM), Avenida Jose Pardo No. 601, Piso 11, Lima, Peru; RUC # 20458382779 (Peru) [SDNTK].

SISTEMA DE RADIO DE SINALOA, S.A. DE C.V., Calle Francisco Villa No. 331, Col. Centro, Culiacan, Sinaloa, Mexico; (Clave Catastral CU-37-740-003) Lote 3, Manzana #18, Zona 1, "El Vallado III", Culiacan, Sinaloa, Mexico; Cll Cristobal Colon 275, Culiacan Rosales, Culiacan, Mexico; Cll Cristobal Colon No. 275, Col. Centro, Culiacan, Sinaloa 80000, Mexico; Centro Culiacan Ramon Corona Jesus Andrade, Culiacan Rosales, Culiacan, Mexico; R.F.C. SRS9903153C5 (Mexico) [SDNTK].

SISTEMA PUBLIC JOINT STOCK FINANCIAL CORPORATION (a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO AKTSIONERNAYA FINANSOVAYA SISTEMA), 10, Leontievskiy Pereulok, Moscow 125009, Russia; 13/1 Mokhovaya St, Moscow 125009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7703104630 (Russia); Identification Number V65SV5.99999.SL.643 (Russia); Legal Entity Number 213800JSZ2UUK4QQK694; Registration Number 1027700003891 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

SISTEMA SMARTTEKH, Per. Bolshoi Balkanskii D. 20, Str. 1, Et 2 Pom.24, Moscow 129090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708374327 (Russia); Registration Number 1207700073459 (Russia) [RUSSIA-EO14024]

(Linked To: SISTEMA PUBLIC JOINT STOCK FINANCIAL CORPORATION).

SISTEMAS ELITE DE SEGURIDAD PRIVADA, S.A. DE C.V., Mexialtzingo 1964, Col. Americana, Guadalajara, Jalisco 44150, Mexico; RFC SES-010905-VE6 (Mexico) [SDNTK].

SISTEMY AVTONOMNOI ENERGII (a.k.a. AUTONOMOUS ENERGY SYSTEMS; a.k.a. "SAE OOO"), Dor. Torfyanaya D. 7, Lit. F, Pomeshch. 17-N, KAB. 13 (1120-1121), Saint Petersburg 197374, Russia; Poligrafmashevsky pr. 3A, Saint Petersburg, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813645488 (Russia); Registration Number 1207800085701 (Russia) [RUSSIA-EO14024].

SISTINA LAJF KEAR SENTAR SKOPJE DOOEL (a.k.a. LIFE CARE CENTER DOOEL; a.k.a. LIVE KER CENTER), Skupi 3A, Karposh 1020, North Macedonia, The Republic of; Tax ID No. MK4058012514363 (North Macedonia, The Republic of) [BALKANS-EO14033] (Linked To: SAMSONENKO, Irina).

SITEM, sh. Mozhaiskoe d. 37, pom.IA, komn. 4, Moscow 121471, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9731052057 (Russia); Registration Number 1197746563453 (Russia) [RUSSIA-EO14024].

SITIBAIK AO (Cyrillic: АО СИТИБАЙК) (a.k.a. AKTSIONERNOE OBSHCHESTVO SITIBAIK; a.k.a. JOINT STOCK COMPANY CITYBIKE), Nab. Berezhkovskaya D. 20, Str. 9, Pomeshch. 1, Moscow 121059, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Nov 2012; Tax ID No. 7734691058 (Russia); Registration Number 1127747175160 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

SITIIMPEKS (a.k.a. CITIIMPEX; a.k.a. LLC CITYIMPEX), Ul. Leninskaya Sloboda D. 26, Pomeshch 32/124, Moscow 115280, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9725112364 (Russia); Registration Number 1237700066900 (Russia) [RUSSIA-EO14024].

SITNIKOV, Alexey Vladimirovich (Cyrillic: СИТНИКОВ, Алексей Владимирович), Russia; DOB 19 Jun 1971; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SITNIKOV, Sergey Konstantinovich (Cyrillic: СИТНИКОВ, Сергей Константинович), Kostroma Region, Russia; DOB 18 Jan 1963; POB Kostroma, Kostroma Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 440101386036 (Russia) (individual) [RUSSIA-EO14024].

SITRONICS KT JSC (a.k.a. JOINT STOCK COMPANY SITRONICS KT), Pr-Kt Malyi V.O D.54, Korp 5 Lit.P, Saint Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7819305720 (Russia); Registration Number 5067847533012 (Russia) [RUSSIA-EO14024].

SITTI GENERAL TRADING FZCO (a.k.a. SITTI GENERAL TRADING L.L.C; a.k.a. SITTI GENERAL TRADING LLC (Arabic: سيتى للتجارة العامة ش.ذ.م.م.)), New Dubai, Dubai, United Arab Emirates; Al Nokhitha Building, Office No. 222, PO Box 80367, Al Hamriya, Dubai, United Arab Emirates; Organization Established Date 05 May 2002; Organization Type: Non-specialized wholesale trade; License 533917 (United Arab Emirates); Registration Number 10809045 (United Arab Emirates) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

SITTI GENERAL TRADING L.L.C (a.k.a. SITTI GENERAL TRADING FZCO; a.k.a. SITTI GENERAL TRADING LLC (Arabic: سيتى للتجارة العامة ش.ذ.م.م.)), New Dubai, Dubai, United Arab Emirates; Al Nokhitha Building, Office No. 222, PO Box 80367, Al Hamriya, Dubai, United Arab Emirates; Organization Established Date 05 May 2002; Organization Type: Non-specialized wholesale trade; License 533917 (United Arab Emirates); Registration Number 10809045 (United Arab Emirates) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

SITTI GENERAL TRADING LLC (Arabic: سيتى للتجارة العامة ش.ذ.م.م.) (a.k.a. SITTI GENERAL TRADING FZCO; a.k.a. SITTI GENERAL TRADING L.L.C), New Dubai, Dubai, United Arab Emirates; Al Nokhitha Building, Office No. 222, PO Box 80367, Al Hamriya, Dubai, United Arab Emirates; Organization Established Date 05 May 2002; Organization Type: Non-specialized wholesale trade; License 533917 (United Arab Emirates); Registration Number 10809045 (United Arab Emirates) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

SIU SYSTEM JOINT STOCK COMPANY (a.k.a. JOINT STOCK COMPANY NPO SYSTEM), Ul. Rochdelskaya 15/23, Moscow 123376, Russia;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703676733 (Russia); Registration Number 5087746210041 (Russia) [RUSSIA-EO14024].

SIU, Chak Yee (Chinese Traditional: 蕭澤頤) (a.k.a. SIU, Chak Yee Raymond; a.k.a. SIU, Raymond Chak Yee; a.k.a. XIAO, Zeyi (Chinese Simplified: 萧泽颐)), Hong Kong, China; DOB 02 Apr 1966; POB Hong Kong, China; nationality China; citizen China; Gender Male; Passport 610338855 (China); National ID No. 561834197328 (China) (individual) [HK-EO13936].

SIU, Chak Yee Raymond (a.k.a. SIU, Chak Yee (Chinese Traditional: 蕭澤頤); a.k.a. SIU, Raymond Chak Yee; a.k.a. XIAO, Zeyi (Chinese Simplified: 萧泽颐)), Hong Kong, China; DOB 02 Apr 1966; POB Hong Kong, China; nationality China; citizen China; Gender Male; Passport 610338855 (China); National ID No. 561834197328 (China) (individual) [HK-EO13936].

SIU, Raymond Chak Yee (a.k.a. SIU, Chak Yee (Chinese Traditional: 蕭澤頤); a.k.a. SIU, Chak Yee Raymond; a.k.a. XIAO, Zeyi (Chinese Simplified: 萧泽颐)), Hong Kong, China; DOB 02 Apr 1966; POB Hong Kong, China; nationality China; citizen China; Gender Male; Passport 610338855 (China); National ID No. 561834197328 (China) (individual) [HK-EO13936].

SIVAKOV, Yury; DOB 05 Aug 1946; POB Onory, Kirov district, Belarus; nationality Belarus; citizen Belarus; former Minister of Sport and Tourism; former Minister of the Interior (individual) [BELARUS].

SIVKOVICH, Vladimir Leonidovich (Cyrillic: СИВКОВИЧ, Владимир Леонидович) (a.k.a. SIVKOVYCH, Volodymyr), Ukraine; DOB 17 Sep 1960; POB Ostraya Mogila Village, Stravishchesnkiy Rayon, Kiyevskaya Oblast, Ukraine; nationality Ukraine; citizen Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport DP002778 (Ukraine) (individual) [RUSSIA-EO14024].

SIVKOVYCH, Volodymyr (a.k.a. SIVKOVICH, Vladimir Leonidovich (Cyrillic: СИВКОВИЧ, Владимир Леонидович)), Ukraine; DOB 17 Sep 1960; POB Ostraya Mogila Village, Stravishchesnkiy Rayon, Kiyevskaya Oblast, Ukraine; nationality Ukraine; citizen Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport

DP002778 (Ukraine) (individual) [RUSSIA-EO14024].

SIWAN TRADING INTERNATIONAL FZE (a.k.a. DESERT PULSE TRADING FZE (Arabic: ديزرت بلس تريدينغ م م ح)), Office No E-23F-39 P1-ELOB, Hamriya Free Zone, Sharjah, United Arab Emirates; Organization Established Date 02 Mar 2020; License 18564 (United Arab Emirates); Economic Register Number (CBLS) 11583166 (United Arab Emirates) [IRAN-EO13902].

SIXTH YAMAGUCHI-GUMI (a.k.a. ROKUDAIME YAMAGUCHI-GUMI; a.k.a. YAMAGUCHI-GUMI), 4-3-1 Shinohara-honmachi, Nada-Ku, Kobe City, Hyogo, Japan [TCO].

SIZIF V OOD, Nadezhda 1 Distr., Sofia, Bulgaria; Organization Established Date 1996; V.A.T. Number BG 121136410 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

SJAPETKO, Jevgenij Andrejevitj (a.k.a. SHAPETKO, Evgeniy Andreevich (Cyrillic: ШАПЕТЬКО, Евгений Андреевич); a.k.a. SHAPETKO, Evgeny; a.k.a. SHAPETKO, Yevgeniy Andreevich; a.k.a. SHAPETKO, Yevgeny; a.k.a. SHAPETSKA, Yauhen Andreevich (Cyrillic: ШАПЕЦЬКА, Яўген Андрэевіч); a.k.a. SHAPETSKA, Yauheni Andrejevich; a.k.a. SJAPETSKA, Jauhen Andrejevitj), Polevaya, 6-58, Minsk, Belarus (Cyrillic: Полевая, 6-58, Минск, Belarus); DOB 30 Mar 1989; alt. DOB 30 Mar 1988; POB Minsk, Belarus; nationality Belarus; Gender Male; National ID No. 3300389A054PB9 (Belarus); Tax ID No. AC1400707 (Belarus) (individual) [BELARUS-EO14038].

SJAPETSKA, Jauhen Andrejevitj (a.k.a. SHAPETKO, Evgeniy Andreevich (Cyrillic: ШАПЕТЬКО, Евгений Андреевич); a.k.a. SHAPETKO, Evgeny; a.k.a. SHAPETKO, Yevgeniy Andreevich; a.k.a. SHAPETKO, Yevgeny; a.k.a. SHAPETSKA, Yauhen Andreevich (Cyrillic: ШАПЕЦЬКА, Яўген Андрэевіч); a.k.a. SHAPETSKA, Yauheni Andrejevich; a.k.a. SJAPETKO, Jevgenij Andrejevitj), Polevaya, 6-58, Minsk, Belarus (Cyrillic: Полевая, 6-58, Минск, Belarus); DOB 30 Mar 1989; alt. DOB 30 Mar 1988; POB Minsk, Belarus; nationality Belarus; Gender Male; National ID No. 3300389A054PB9 (Belarus); Tax ID No. AC1400707 (Belarus) (individual) [BELARUS-EO14038].

SK GUDZON, OOO (a.k.a. GUDZON SHIPPING CO LLC; a.k.a. LLC GUDZON SHIPPING CO; a.k.a. OOO GUDZON SHIPPING CO), ul Tigorovaya 20A, Vladivostok, Primorskiy kray

690091, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5753988 [DPRK4].

SK KONSOL-STROI LTD (a.k.a. LIMITED LIABILITY COMPANY CONSTRUCTION COMPANY CONSOL-STROI LTD; a.k.a. LIMITED LIABILITY COMPANY KONSTRUCTION COMPANY KONSOL STROI LTD; a.k.a. LLC CONSOL-STROI LTD; a.k.a. LLC CONSOL-STROI LTD CONSTRUCTION COMPANY; a.k.a. LLC SK CONSOL-STROI LTD; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STROITELNAYA KOMPANIYA KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD, OOO; a.k.a. STROITELNAYA KOMPANIYA KONSOL-STROI LTD), House 16, Borodina Street, Simferopol, Crimea 295033, Ukraine; Website consolstroy.ru; alt. Website consol-stroi.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102070229 (Russia); Government Gazette Number 00823523 (Russia); Registration Number 1159102014170 (Russia) [UKRAINE-EO13685].

SK KONSOL-STROI LTD, OOO (a.k.a. LIMITED LIABILITY COMPANY CONSTRUCTION COMPANY CONSOL-STROI LTD; a.k.a. LIMITED LIABILITY COMPANY KONSTRUCTION COMPANY KONSOL STROI LTD; a.k.a. LLC CONSOL-STROI LTD; a.k.a. LLC CONSOL-STROI LTD CONSTRUCTION COMPANY; a.k.a. LLC SK CONSOL-STROI LTD; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STROITELNAYA KOMPANIYA KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD; a.k.a. STROITELNAYA KOMPANIYA KONSOL-STROI LTD), House 16, Borodina Street, Simferopol, Crimea 295033, Ukraine; Website consolstroy.ru; alt. Website consol-stroi.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102070229 (Russia); Government Gazette Number 00823523 (Russia); Registration Number 1159102014170 (Russia) [UKRAINE-EO13685].

SK SBERBANK STRAHOVANIE LLC (a.k.a. INSURANCE COMPANY SBERBANK

INSURANCE LIMITED LIABILITY COMPANY; a.k.a. LLC INSURANCE COMPANY SBERBANK INSURANCE; f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK OBSHCHEE STRAKHOVANIE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE; a.k.a. SBERBANK INSURANCE COMPANY LTD; a.k.a. SBERBANK INSURANCE IC LLC; a.k.a. SBERBANK STRAHOVANIE OOO SK; a.k.a. STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE), 42 Bolshaya Yakimanka St., b. 1-2, office 209, Moscow 119049, Russia; 7 ul. Pavlovskaya, Moscow, Russia; 3 Poklonnaya Street, building 1, floor 1, office 3, Moscow 121170, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683479 (Russia); Tax ID No. 7706810747 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SKABEEVA, Olga Vladimirovna (a.k.a. SKABEYEVA, Olga Vladimirovna (Cyrillic: СКАБЕЕВА, Ольга Владимировна); a.k.a. SKABYEVA, Olga Volodymyrivna; a.k.a. SKABYEYEVA, Olha Volodymyrivna), 25 Verkhnyaya Maslovka St, Building 1 Apartment 10, Moscow 127083, Russia; 39 Leningradskiy Avenue, Apartment 172, Moscow 125167, Russia; DOB 11 Dec 1984; POB Volzhskiy, Volgograd Region, Russian Federation; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 343517233018

(Russia) (individual) [RUSSIA-EO14024] (Linked To: POPOV, Yevgeny).

SKABEYEVA, Olga Vladimirovna (Cyrillic: СКАБЕЕВА, Ольга Владимировна) (a.k.a. SKABEEVA, Olga Vladimirovna; a.k.a. SKABYEVA, Olga Volodymyrivna; a.k.a. SKABYEYEVA, Olha Volodymyrivna), 25 Verkhnyaya Maslovka St, Building 1 Apartment 10, Moscow 127083, Russia; 39 Leningradskiy Avenue, Apartment 172, Moscow 125167, Russia; DOB 11 Dec 1984; POB Volzhskiy, Volgograd Region, Russian Federation; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 343517233018 (Russia) (individual) [RUSSIA-EO14024] (Linked To: POPOV, Yevgeny).

SKABYEVA, Olga Volodymyrivna (a.k.a. SKABEEVA, Olga Vladimirovna; a.k.a. SKABEYEVA, Olga Vladimirovna (Cyrillic: СКАБЕЕВА, Ольга Владимировна); a.k.a. SKABYEYEVA, Olha Volodymyrivna), 25 Verkhnyaya Maslovka St, Building 1 Apartment 10, Moscow 127083, Russia; 39 Leningradskiy Avenue, Apartment 172, Moscow 125167, Russia; DOB 11 Dec 1984; POB Volzhskiy, Volgograd Region, Russian Federation; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 343517233018 (Russia) (individual) [RUSSIA-EO14024] (Linked To: POPOV, Yevgeny).

SKABYEYEVA, Olha Volodymyrivna (a.k.a. SKABEEVA, Olga Vladimirovna; a.k.a. SKABEYEVA, Olga Vladimirovna (Cyrillic: СКАБЕЕВА, Ольга Владимировна); a.k.a. SKABYEVA, Olga Volodymyrivna), 25 Verkhnyaya Maslovka St, Building 1 Apartment 10, Moscow 127083, Russia; 39 Leningradskiy Avenue, Apartment 172, Moscow 125167, Russia; DOB 11 Dec 1984; POB Volzhskiy, Volgograd Region, Russian Federation; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 343517233018 (Russia) (individual) [RUSSIA-EO14024] (Linked To: POPOV, Yevgeny).

SKACHKOV, Alexander Anatolevich (Cyrillic: СКАЧКОВ, Александр Анатольевич), Russia; DOB 21 Nov 1960; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SKADI LIMITED (a.k.a. SKADI LTD), Trust Company, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 03 Jun 2020; Identification Number IMO 6166193; Company Number 105113 (Marshall Islands) [IRAN-EO13902].

SKADI LTD (a.k.a. SKADI LIMITED), Trust Company, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 03 Jun 2020; Identification Number IMO 6166193; Company Number 105113 (Marshall Islands) [IRAN-EO13902].

SKAIRU, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Organization Established Date 20 Jun 2019; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. N-2019049513 (Mexico) [ILLICIT-DRUGS-EO14059].

SKAKOVSKAYA, Lyudmila Nikolayevna (Cyrillic: СКАКОВСКАЯ, Людмила Николаевна), Russia; DOB 13 Nov 1961; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SKANFORM (a.k.a. SCANFORM), Ul. Rokossovskogo, Novoilyinskii District, D. 29, Kv. 160, Novokuznetsk 654044, Russia; Website scanform.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Manufacture of computers and peripheral equipment; Tax ID No. 4253049068 (Russia); Registration Number 1204200016162 (Russia) [RUSSIA-EO14024].

SKB AO (a.k.a. CLOSED JOINT STOCK COMPANY SPECIAL CONSTRUCTION BUREAU (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СПЕЦИАЛЬНОЕ КОНСТРУКТОРСКОЕ БЮРО); a.k.a. SKB ZAO; a.k.a. SPETSIALNOE KONSTRUKTORSKOE BYURO ZAO), 35 1905 Goda Street, Building 2404, Office 318, Perm, Perm Territory 614014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jun 1996; Tax ID No. 5906034720 (Russia); Registration Number 1025901364026 (Russia) [RUSSIA-EO14024].

SKB ELEKTROTEKHNICHESKOGO PRIBOROSTROENIYA (a.k.a. SPECIAL DESIGN BUREAU OF ELECTRIC INSTRUMENT ENGINEERING LLC; a.k.a. "SKB EP"), Ul Kokkolevkaya D. 1 Lit. A Pom. 42-N, Shushary 196140, Russia; Ter.

Pulkovskoe, Ul. Kokkolevskaya D. 1, Str. 1, Pomeshch. 42-N, Shushary 196605, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3812045829 (Russia); Registration Number 1033801751092 (Russia) [RUSSIA-EO14024].

SKB PIRANHA (a.k.a. LIMITED LIABILITY COMPANY SIMBIRSKOE KONSTRUKTORSKOE BYURO PIRANYA; a.k.a. SIMBIRSK DESIGN BUREAU; a.k.a. SKB PIRANYA), Ul. Gagarina, D. 7/15, Office 1, Ulyanovsk 432071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7300024069 (Russia); Registration Number 1237300010430 (Russia) [RUSSIA-EO14024].

SKB PIRANYA (a.k.a. LIMITED LIABILITY COMPANY SIMBIRSKOE KONSTRUKTORSKOE BYURO PIRANYA; a.k.a. SIMBIRSK DESIGN BUREAU; a.k.a. SKB PIRANHA), Ul. Gagarina, D. 7/15, Office 1, Ulyanovsk 432071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7300024069 (Russia); Registration Number 1237300010430 (Russia) [RUSSIA-EO14024].

SKB ZAO (a.k.a. CLOSED JOINT STOCK COMPANY SPECIAL CONSTRUCTION BUREAU (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СПЕЦИАЛЬНОЕ КОНСТРУКТОРСКОЕ БЮРО); a.k.a. SKB AO; a.k.a. SPETSIALNOE KONSTRUKTORSKOE BYURO ZAO), 35 1905 Goda Street, Building 2404, Office 318, Perm, Perm Territory 614014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jun 1996; Tax ID No. 5906034720 (Russia); Registration Number 1025901364026 (Russia) [RUSSIA-EO14024].

SKEPTIK TOV (Cyrillic: СКЕПТИК ТОВ) (a.k.a. BEGEMOT MEDIA), Vul. Harkivske Shose 201/203, Kiev, Darnitskyi R-N 02121, Ukraine; Website sceptic.online; alt. Website begemot.media; Email Address begemot.media@gmail.com; Identification Number 39988031 (Ukraine) [ELECTION-EO13848] (Linked To: ZHURAVEL, Petro Anatoliyovich).

SKIATHOS MARITIME AND TRADING SA, Global Plaza, Calle 50, Panama City, Panama; Organization Established Date 2022; Identification Number IMO 6359244; Folio Mercantil No. 155721599 [IRAN-EO13902].

SKLYAR, Gennadiy Ivanovich (Cyrillic: СКЛЯР, Геннадий Иванович), Russia; DOB 17 May 1952; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SKOCH, Andrei Vladimirovich (Cyrillic: СКОЧ, Андрей Владимирович) (a.k.a. SKOCH, Andrey), Russia; DOB 30 Jan 1966; POB Nikolsky (Moscow), Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

SKOCH, Andrey (a.k.a. SKOCH, Andrei Vladimirovich (Cyrillic: СКОЧ, Андрей Владимирович)), Russia; DOB 30 Jan 1966; POB Nikolsky (Moscow), Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

SKOCH, Varvara Andreevna (Cyrillic: СКОЧ, Варвара Андреевна) (a.k.a. SKOCH, Varvara Andreyevna), 34 Woronzow Road, St. John's Wood, London NW8 6AT, United Kingdom; DOB 19 May 2002; POB Moscow, Russia; citizen Russia; alt. citizen Cyprus; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 1287920 (Cyprus); Tax ID No. 773009211904 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SKOCH, Andrei Vladimirovich).

SKOCH, Varvara Andreyevna (a.k.a. SKOCH, Varvara Andreevna (Cyrillic: СКОЧ, Варвара Андреевна)), 34 Woronzow Road, St. John's Wood, London NW8 6AT, United Kingdom; DOB 19 May 2002; POB Moscow, Russia; citizen Russia; alt. citizen Cyprus; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 1287920 (Cyprus); Tax ID No. 773009211904 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SKOCH, Andrei Vladimirovich).

SKOCH, Vladimir Nikitovich (Cyrillic: СКОЧ, Владимир Никитович), Russia; DOB 05 Jul 1933; POB Kobylne, Rozovsky District, Zaporozhye Region, Ukraine; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 500101834750 (Russia) (individual) [RUSSIA-EO14024].

SKOLKOVO FOUNDATION (a.k.a. FOUNDATION FOR DEVELOPMENT OF THE CENTER FOR ELABORATION AND COMMERCIALIZATION OF NEW TECHNOLOGIES), 5 Nobelya str., Skolkovo Innovation Centre, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2010; Tax ID No. 7701058410 (Russia); Registration Number 1107799016720 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

SKOLKOVO INSTITUTE OF SCIENCE AND TECHNOLOGY (a.k.a. SKOLTECH), Bolshoy Boulevard 30, bld. 1, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032998454 (Russia); Registration Number 1115000005922 (Russia) [RUSSIA-EO14024].

SKOLTECH (a.k.a. SKOLKOVO INSTITUTE OF SCIENCE AND TECHNOLOGY), Bolshoy Boulevard 30, bld. 1, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032998454 (Russia); Registration Number 1115000005922 (Russia) [RUSSIA-EO14024].

SKONTEL AO (a.k.a. CLOSED JOINT STOCK COMPANY SUPERCONDUCTING NANOTECHNOLOGY; a.k.a. LIMITED LIABILITY COMPANY SUPERCONDUCTING NANOTECHNOLOGY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SVERKHPROVODNIKOVYE NANOTEKHNOLOGII; a.k.a. SCONTEL; a.k.a. SKONTEL OOO), 5 str. 1 etazh 4 pom. I kom. 14, ul. Lva Tolstogo, Moscow 119021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Jan 2005; Tax ID No. 7704445168 (Russia); Government Gazette Number 19634279 (Russia); Registration Number 5177746003815 (Russia) [RUSSIA-EO14024].

SKONTEL OOO (a.k.a. CLOSED JOINT STOCK COMPANY SUPERCONDUCTING NANOTECHNOLOGY; a.k.a. LIMITED LIABILITY COMPANY SUPERCONDUCTING

NANOTECHNOLOGY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SVERKHPROVODNIKOVYE NANOTEKHNOLOGII; a.k.a. SCONTEL; a.k.a. SKONTEL AO), 5 str. 1 etazh 4 pom. I kom. 14, ul. Lva Tolstogo, Moscow 119021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Jan 2005; Tax ID No. 7704445168 (Russia); Government Gazette Number 19634279 (Russia); Registration Number 5177746003815 (Russia) [RUSSIA-EO14024].

SKOROBOGATOVA, Olga Nikolaevna (Cyrillic: СКОРОБОГАТОВА, Ольга Николаевна), Moscow, Russia; DOB 04 Jun 1969; POB Moscow Region, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; First Deputy Governor of the Central Bank of the Russian Federation (individual) [RUSSIA-EO14024].

SKOROKHODOVA, Natalya Petrovna, Russia; DOB 25 Aug 1968; nationality Russia; Gender Female (individual) [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

SKORUS INVESTMENTS PVT LTD, Fidelity House, Releigh Street, Harare, Zimbabwe; Organization Established Date 03 Oct 2019; Registration Number 1046914 (Zimbabwe) [GLOMAG] (Linked To: PATTNI, Kamlesh Mansukhlal Damji).

SKORUS, Raj (a.k.a. SANJAY, Raj Vaya), Zimbabwe; DOB 07 Aug 2000; nationality Kenya; Gender Male; Passport CK65152 (Kenya) expires 08 Sep 2032 (individual) [GLOMAG] (Linked To: PATTNI, Kamlesh Mansukhlal Damji).

SKRIABIN, Yevhen, Kiev, Ukraine; United Arab Emirates; DOB 30 Dec 1993; nationality Ukraine; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport FT746266 (Ukraine) expires 10 Jan 2029; Residency Number 784-1993-5327283-6 (United Arab Emirates) expires 18 Apr 2025 (individual) [SDGT] (Linked To: MOTIONAVIGATIONS LIMITED).

SKRIVANOV, Dmitry Stanislavovich (Cyrillic: СКРИВАНОВ, Дмитрий Станиславович), Russia; DOB 15 Aug 1971; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of

the Russian Federation (individual) [RUSSIA-EO14024].

SKRUG, Valeriy Stepanovich (Cyrillic: СКРУГ, Валерий Степанович), Russia; DOB 20 Jun 1963; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SKS STEEL COMPANY (a.k.a. KISH SOUTH KAVEH COMPANY; a.k.a. KISH SOUTH KAVEH STEEL COMPANY (Arabic: شرکت فولاد کیش جنوب کاوه); a.k.a. SOUTH KAVEH STEEL CO.; a.k.a. SOUTH KAVEH STEEL COMPANY; a.k.a. STEEL KAVEH SOUTH KISH; a.k.a. "SKS CO."), No. 1/2 Seventh Ave., North Falamak-zarafshan intersections, Phase 4, Shahrak-E Gharb, Tehran, Iran; Persian Gulf Special Economic Zone, 13th Km Shahid Rajaee Highway, Bandar Abbas, Hormozgan, Iran; Next to Behjat Park, No. 12, Apartment Complex Kaveh Golabi Stre, Karimkhan Zand Avenue, Tehran, Iran; Quds District West District, Phase 4, North Felaamak St., Corner of Seventh Alley, No. 2/1, Tehran 1467883741, Iran; Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861569320 (Iran); Registration Number 7103 (Iran) [IRAN-EO13871] [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

SKTB ES, AO (a.k.a. JOINT STOCK COMPANY SPECIALIZED DESIGN TECHNOLOGY BUREAU ELEKTRONNYKH SYSTEM; a.k.a. JSC SPETSIALIZIROVANNOYE KONSTRUKTORSKO-TEKHNOLOGICHESKOYE BYURO ELEKTRONNYKH SYSTEM; a.k.a. SPECIALIZED ENGINEERING AND DESIGN BUREAU OF ELECTRONIC SYSTEMS JOINT STOCK COMPANY), 160 Leninsky Ave, Voronezh, Voronezh Region 394000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Aug 2006; Tax ID No. 3661036308 (Russia); Registration Number 1063667253528 (Russia) [RUSSIA-EO14024].

SKTB PLASTIK (a.k.a. SPETSIALNOE KONSTRUKTORSKO TEKHNOLOGICHESKOE BYURO PLASTIK), Shosse Saratovskoe D.4, Syzran 446025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

6325044629 (Russia); Registration Number 1076325002192 (Russia) [RUSSIA-EO14024].

SKUTELIS, Donats, Dubai, United Arab Emirates; DOB 23 Oct 1984; POB Riga, Latvia; nationality Latvia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport LV6145783 (Latvia) (individual) [RUSSIA-EO14024].

SKVORTSOV, Sergei Nikolaevich (a.k.a. SKVORTSOV, Sergey), Nacka, Sweden; DOB 28 Jul 1963; POB Perm, Russia; nationality Sweden; alt. nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 85338519 (Sweden) expires 30 Oct 2017 (individual) [RUSSIA-EO14024].

SKVORTSOV, Sergey (a.k.a. SKVORTSOV, Sergei Nikolaevich), Nacka, Sweden; DOB 28 Jul 1963; POB Perm, Russia; nationality Sweden; alt. nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 85338519 (Sweden) expires 30 Oct 2017 (individual) [RUSSIA-EO14024].

SKY AVIATOR CO. (a.k.a. SKY AVIATOR CO., LTD.; a.k.a. SKY AVIATOR COMPANY LIMITED; a.k.a. SKY AVIATOR COMPANY LTD.; a.k.a. "SKY AVIATOR"), No. 286, Bogyoke Street, Ward No. 2, Waibargi, North Okkalarpa Township, Yangon Region, Burma; No. 204/2, Myinthar 11th Street, Ward 14/1, South Okkalarpa Township, Yangon, Burma; Target Type Private Company; Business Registration Number 100789450 (Burma) [BURMA-EO14014].

SKY AVIATOR CO., LTD. (a.k.a. SKY AVIATOR CO.; a.k.a. SKY AVIATOR COMPANY LIMITED; a.k.a. SKY AVIATOR COMPANY LTD.; a.k.a. "SKY AVIATOR"), No. 286, Bogyoke Street, Ward No. 2, Waibargi, North Okkalarpa Township, Yangon Region, Burma; No. 204/2, Myinthar 11th Street, Ward 14/1, South Okkalarpa Township, Yangon, Burma; Target Type Private Company; Business Registration Number 100789450 (Burma) [BURMA-EO14014].

SKY AVIATOR COMPANY LIMITED (a.k.a. SKY AVIATOR CO.; a.k.a. SKY AVIATOR CO., LTD.; a.k.a. SKY AVIATOR COMPANY LTD.; a.k.a. "SKY AVIATOR"), No. 286, Bogyoke Street, Ward No. 2, Waibargi, North Okkalarpa Township, Yangon Region, Burma; No. 204/2, Myinthar 11th Street, Ward 14/1, South Okkalarpa Township, Yangon, Burma; Target Type Private Company; Business Registration

Number 100789450 (Burma) [BURMA-EO14014].

SKY AVIATOR COMPANY LTD. (a.k.a. SKY AVIATOR CO.; a.k.a. SKY AVIATOR CO., LTD.; a.k.a. SKY AVIATOR COMPANY LIMITED; a.k.a. "SKY AVIATOR"), No. 286, Bogyoke Street, Ward No. 2, Waibargi, North Okkalarpa Township, Yangon Region, Burma; No. 204/2, Myinthar 11th Street, Ward 14/1, South Okkalarpa Township, Yangon, Burma; Target Type Private Company; Business Registration Number 100789450 (Burma) [BURMA-EO14014].

SKY BLUE AIRLINES (a.k.a. SKY BLUE BIRD AVIATION; a.k.a. SKY BLUE BIRD FZE), P.O. Box 16111, Ras al Khaimah Trade Zone, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR).

SKY BLUE BIRD AVIATION (a.k.a. SKY BLUE AIRLINES; a.k.a. SKY BLUE BIRD FZE), P.O. Box 16111, Ras al Khaimah Trade Zone, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR).

SKY BLUE BIRD FZE (a.k.a. SKY BLUE AIRLINES; a.k.a. SKY BLUE BIRD AVIATION), P.O. Box 16111, Ras al Khaimah Trade Zone, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: MAHAN AIR).

SKY NOVA INVESTMENT (a.k.a. "TAS-TY ADDU"), Vanilla ge, Hithadhoo, Addu City 19020, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Oct 2022; Business Number BN44802022 (Maldives); Registration Number SP-2913/2022 (Maldives) [SDGT] (Linked To: NAUSHAD SHAREEF, Mohamed).

SKY ONE CONSTRUCTION COMPANY LIMITED, Corner of Aung Chan Thar 2nd Street & Pearl Street No. 42, 1st Quarter, Kamaryut TSP, Yangon, Burma; Registration Number 111725152 (Burma) issued 09 Apr 2013 [BURMA-EO14014].

SKY PROPULSION ENGINEERING RESEARCH AND SERVICES CONSULTING COMPANY (a.k.a. ASEMAN PISHRANEH CO. LTD; a.k.a. ASEMAN PISHRANEH ENGINEERING SERVICES LIMITED LIABILITY COMPANY; a.k.a. SKY PROPULSION ENGINEERING SERVICES COMPANY), Kilometer 13 of Shahid Babaei Highway, Intersection of Telo Road (Northwest Side), Aerospace Complex (Sepehr Airport), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Apr 1999; National ID No. 10101922753 (Iran); Registration Number 149432 (Iran) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

SKY PROPULSION ENGINEERING SERVICES COMPANY (a.k.a. ASEMAN PISHRANEH CO. LTD; a.k.a. ASEMAN PISHRANEH ENGINEERING SERVICES LIMITED LIABILITY COMPANY; a.k.a. SKY PROPULSION ENGINEERING RESEARCH AND SERVICES CONSULTING COMPANY), Kilometer 13 of Shahid Babaei Highway, Intersection of Telo Road (Northwest Side), Aerospace Complex (Sepehr Airport), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Apr 1999; National ID No. 10101922753 (Iran); Registration Number 149432 (Iran) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

SKY ROYAL HERO COMPANY LIMITED (a.k.a. SKY ROYAL HERO LTD; a.k.a. "SKY ROYAL HERO"), No. LB-B2-14A, B, Sagawah Street, Malikha Housing, 14/Bawamyint Quarter, Thingangyun Township, Yangon, Burma; Organization Established Date 28 Nov 2019; Organization Type: Non-specialized wholesale trade; Business Registration Number 123614291 (Burma) [BURMA-EO14014].

SKY ROYAL HERO LTD (a.k.a. SKY ROYAL HERO COMPANY LIMITED; a.k.a. "SKY ROYAL HERO"), No. LB-B2-14A, B, Sagawah Street, Malikha Housing, 14/Bawamyint Quarter, Thingangyun Township, Yangon, Burma; Organization Established Date 28 Nov 2019; Organization Type: Non-specialized wholesale trade; Business Registration Number 123614291 (Burma) [BURMA-EO14014].

SKY TRADE COMPANY, Logan Town, Opposite Rice Store, Monrovia, Liberia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: QANSU, Ali Muhammad).

SKY WALK COMPANY FZCO, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 30050 (United Arab Emirates) [RUSSIA-EO14024].

SKY ZONE TRADING FZE (Arabic: سكاي زون تريدينغ م م ح) (a.k.a. SKYZONE TRADING FZE), P2-ELOB Office No. E-32G-07, Hamriyah Free Zone Authority, Sharjah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Sep 2020; Commercial Registry Number 11582940 (United Arab Emirates); License 18840 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

SKYHART MANAGEMENT SERVICES PRIVATE LIMITED, Unit No.106, 1st Floor Tower-a Emaar Digital Greens Sec-61 Gurugram, Haryana 122102, India; Unit A, Ground Floor, 112, Udyog Vihar, Gurugram, Haryana 122102, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; C.I.N. U63030HR2020PTC090202 (India); Identification Number IMO 6454645 [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ARCTIC LNG 2).

SKYLINE ADVANCED TECNOLOGIES SDN BHD, Suite 18.08, 18th Floor, Plaza Permata, 6 Jalan Kampar, Kuala Lumpur 50400, Malaysia; Website https://satech.com.my/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2021; Registration Number 202101041127 (Malaysia) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

SKYLINE AVIATION LTD (a.k.a. SKYLINE AVIATION SRL; a.k.a. SRL SKYLINE AVIATION), Via Consiglio dei Sessanta, 99, Dogana, 47891, San Marino; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2016; Organization Type: Passenger air transport; Tax ID No. 26806 (San Marino) [UKRAINE-EO13685].

SKYLINE AVIATION SRL (a.k.a. SKYLINE AVIATION LTD; a.k.a. SRL SKYLINE AVIATION), Via Consiglio dei Sessanta, 99, Dogana, 47891, San Marino; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or

589.209; Organization Established Date 2016; Organization Type: Passenger air transport; Tax ID No. 26806 (San Marino) [UKRAINE-EO13685].

SKYLINE INVESTMENT MANAGEMENT PTE. LTD., Singapore; Identification Number 201622975H (Singapore) [TCO] (Linked To: CHEN, Zhi).

SKYMEC (a.k.a. LIMITED LIABILITY COMPANY NEBESNAYA MEKHANIKA), Ul. Profsoyuznaya, D. 84/32, K. 1, Pomeshch 1/3, Moscow 117485, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Aug 2014; Tax ID No. 7723918518 (Russia); Registration Number 1147746964144 (Russia) [RUSSIA-EO14024].

SKYPARTS FZCO, Dubai Airport Free Zone Authority 9WA 111, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 5218 (United Arab Emirates); Economic Register Number (CBLS) 11915852 (United Arab Emirates) [RUSSIA-EO14024].

SKYZONE TRADING FZE (a.k.a. SKY ZONE TRADING FZE (Arabic: سكاي زون تريدينغ م م ح)), P2-ELOB Office No. E-32G-07, Hamriyah Free Zone Authority, Sharjah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Sep 2020; Commercial Registry Number 11582940 (United Arab Emirates); License 18840 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

SLA. SERVICIOS LOGISTICOS AMBIENTALES, S.A. DE C.V., Ave Central #450, Reynosa, Tamaulipas 88730, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 14 Oct 2014; Organization Type: Transportation and storage; Folio Mercantil No. N-2021049876 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059].

SLAIWAH, Rudi (a.k.a. SALIWA, Rudi; a.k.a. SLAY WAH, Rudi Untaywan; a.k.a. SLEWA, Roodi); nationality Iraq (individual) [IRAQ2].

SLAVKALI INOSTRANNOE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIYU (a.k.a. FOREIGN LIMITED LIABILITY COMPANY SLAVKALI; a.k.a. INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SLAVKALIY (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЛАВКАЛИЙ); a.k.a. IOOO SLAVKALI (Cyrillic: ИООО СЛАВКАЛИЙ); a.k.a. SLAVKALI IOOO; a.k.a. SLAVKALIY (Cyrillic: СЛАВКАЛИЙ); a.k.a. SLAVKALY FLLC; a.k.a. ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SLAUKALIY (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СЛАЎКАЛІЙ); a.k.a. ZTAA SLAUKALIY (Cyrillic: ЗТАА СЛАЎКАЛІЙ)), Lyubanskiy District, Pervomaiskaya St, Building 35, Office 3.1, Lyuban City, Minsk Oblast 223810, Belarus (Cyrillic: Любанский район, ул. Первомайская, д. 35, каб. 3.1, г. Любань, Минская область 223810, Belarus); d. 35, kab. 3.1, ul. Pervomaiskaya g. s/s, Lyuban Lyubanksi Raion, Minskaya Obl. 223810, Belarus; Organization Established Date 25 Oct 2011; Registration Number 191689538 (Belarus) [BELARUS-EO14038].

SLAVKALI IOOO (a.k.a. FOREIGN LIMITED LIABILITY COMPANY SLAVKALI; a.k.a. INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SLAVKALIY (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЛАВКАЛИЙ); a.k.a. IOOO SLAVKALI (Cyrillic: ИООО СЛАВКАЛИЙ); a.k.a. SLAVKALI INOSTRANNOE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIYU; a.k.a. SLAVKALIY (Cyrillic: СЛАВКАЛИЙ); a.k.a. SLAVKALY FLLC; a.k.a. ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SLAUKALIY (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СЛАЎКАЛІЙ); a.k.a. ZTAA SLAUKALIY (Cyrillic: ЗТАА СЛАЎКАЛІЙ)), Lyubanskiy District, Pervomaiskaya St, Building 35, Office 3.1, Lyuban City, Minsk Oblast 223810, Belarus (Cyrillic: Любанский район, ул. Первомайская, д. 35, каб. 3.1, г. Любань, Минская область 223810, Belarus); d. 35, kab. 3.1, ul. Pervomaiskaya g. s/s, Lyuban Lyubanksi Raion, Minskaya Obl. 223810, Belarus; Organization Established Date 25 Oct 2011; Registration Number 191689538 (Belarus) [BELARUS-EO14038].

SLAVKALIY (Cyrillic: СЛАВКАЛИЙ) (a.k.a. FOREIGN LIMITED LIABILITY COMPANY SLAVKALI; a.k.a. INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SLAVKALIY (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЛАВКАЛИЙ); a.k.a. IOOO SLAVKALI (Cyrillic: ИООО СЛАВКАЛИЙ); a.k.a. SLAVKALI INOSTRANNOE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIYU; a.k.a. SLAVKALI IOOO; a.k.a. SLAVKALY FLLC; a.k.a. ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SLAUKALIY (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СЛАЎКАЛІЙ); a.k.a. ZTAA SLAUKALIY (Cyrillic: ЗТАА СЛАЎКАЛІЙ)), Lyubanskiy District, Pervomaiskaya St, Building 35, Office 3.1, Lyuban City, Minsk Oblast 223810, Belarus (Cyrillic: Любанский район, ул. Первомайская, д. 35, каб. 3.1, г. Любань, Минская область 223810, Belarus); d. 35, kab. 3.1, ul. Pervomaiskaya g. s/s, Lyuban Lyubanksi Raion, Minskaya Obl. 223810, Belarus; Organization Established Date 25 Oct 2011; Registration Number 191689538 (Belarus) [BELARUS-EO14038].

SLAVKALY FLLC (a.k.a. FOREIGN LIMITED LIABILITY COMPANY SLAVKALI; a.k.a. INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SLAVKALIY (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЛАВКАЛИЙ); a.k.a. IOOO SLAVKALI (Cyrillic: ИООО СЛАВКАЛИЙ); a.k.a. SLAVKALI INOSTRANNOE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIYU; a.k.a. SLAVKALI IOOO; a.k.a. SLAVKALIY (Cyrillic: СЛАВКАЛИЙ); a.k.a. ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SLAUKALIY (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СЛАЎКАЛІЙ); a.k.a. ZTAA SLAUKALIY (Cyrillic: ЗТАА СЛАЎКАЛІЙ)), Lyubanskiy District, Pervomaiskaya St, Building 35, Office 3.1, Lyuban City, Minsk Oblast 223810, Belarus (Cyrillic: Любанский район, ул. Первомайская, д. 35, каб. 3.1, г. Любань, Минская область 223810, Belarus); d. 35, kab. 3.1, ul. Pervomaiskaya g. s/s, Lyuban Lyubanksi Raion, Minskaya Obl. 223810, Belarus; Organization Established Date 25 Oct 2011; Registration Number 191689538 (Belarus) [BELARUS-EO14038].

SLAY WAH, Rudi Untaywan (a.k.a. SALIWA, Rudi; a.k.a. SLAIWAH, Rudi; a.k.a. SLEWA, Roodi); nationality Iraq (individual) [IRAQ2].

SLD LOGISTICS AND TRADING LLC (a.k.a. SLD LOJISTIK LC VE DIS TICARET LIMITED SIRKETI), Merkez Mah. Harvest Sk., Cabin No: 52, Sisli, Istanbul 34381, Turkey; Website https://sld-logistics.org; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Jun 2022; Tax ID No. 7721498346 (Turkey); Registration Number 390801 (Turkey) [RUSSIA-EO14024] (Linked To: LLC AM LOGISTICS).

SLD LOJISTIK LC VE DIS TICARET LIMITED SIRKETI (a.k.a. SLD LOGISTICS AND TRADING LLC), Merkez Mah. Harvest Sk., Cabin No: 52, Sisli, Istanbul 34381, Turkey; Website https://sld-logistics.org; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Jun 2022; Tax ID No. 7721498346 (Turkey); Registration Number 390801 (Turkey) [RUSSIA-EO14024] (Linked To: LLC AM LOGISTICS).

SLEDSTVENNIY KOMITET RESPUBLIKI BELARUS (a.k.a. BELARUSIAN INVESTIGATIVE COMMITTEE; a.k.a. INVESTIGATIVE COMMITTEE OF BELARUS; a.k.a. INVESTIGATIVE COMMITTEE OF THE REPUBLIC OF BELARUS (Cyrillic: СЛЕДСТВЕННЫЙ КОМИТЕТ РЕСПУБЛИКИ БЕЛАРУСЬ)), Frunze St., bldg. 19, Minsk 220034, Belarus; Organization Established Date 12 Sep 2011; Target Type Government Entity [BELARUS-EO14038].

SLEPOV, Valery Mikhaylovich, Russia; DOB 21 Jul 1973; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: TECHNOPOLE COMPANY).

SLEWA, Roodi (a.k.a. SALIWA, Rudi; a.k.a. SLAIWAH, Rudi; a.k.a. SLAY WAH, Rudi Untaywan); nationality Iraq (individual) [IRAQ2].

SLIM ROAD COMPANY FOR TRADING AND IMPORT (a.k.a. SILM ROAD COMPANY FOR TRADING AND IMPORTING), Saada Governorate, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Commercial Registry Number 201910151117 (Yemen); License 1851 (Yemen) issued 03 Aug 2019; Registration Number 2018010276 (Yemen) [SDGT] (Linked To: AL SHARAFI, Zaid Ali Yahya).

SLIZHEUSKI, Aleh Leanidavich (Cyrillic: СЛІЖЭЎСКІ, Алег Леанідавіч) (a.k.a. SLIZHEVSKI, Oleg Leonidovich; a.k.a. SLIZHEVSKIY, Oleg; a.k.a. SLIZHEVSKY, Oleg Leonidovich (Cyrillic: СЛИЖЕВСКИЙ, Олег Леонидович)), Minsk, Belarus; DOB 16 Aug 1972; POB Hrodna, Belarus; nationality Belarus; citizen Belarus; Gender Male; Justice Minister of the Republic of Belarus (individual) [BELARUS].

SLIZHEVSKI, Oleg Leonidovich (a.k.a. SLIZHEUSKI, Aleh Leanidavich (Cyrillic: СЛІЖЭЎСКІ, Алег Леанідавіч); a.k.a. SLIZHEVSKIY, Oleg; a.k.a. SLIZHEVSKY, Oleg Leonidovich (Cyrillic: СЛИЖЕВСКИЙ, Олег Леонидович)), Minsk, Belarus; DOB 16 Aug 1972; POB Hrodna, Belarus; nationality Belarus; citizen Belarus; Gender Male; Justice Minister of the Republic of Belarus (individual) [BELARUS].

SLIZHEVSKIY, Oleg (a.k.a. SLIZHEUSKI, Aleh Leanidavich (Cyrillic: СЛІЖЭЎСКІ, Алег Леанідавіч); a.k.a. SLIZHEVSKI, Oleg Leonidovich; a.k.a. SLIZHEVSKY, Oleg Leonidovich (Cyrillic: СЛИЖЕВСКИЙ, Олег Леонидович)), Minsk, Belarus; DOB 16 Aug 1972; POB Hrodna, Belarus; nationality Belarus; citizen Belarus; Gender Male; Justice Minister of the Republic of Belarus (individual) [BELARUS].

SLIZHEVSKY, Oleg Leonidovich (Cyrillic: СЛИЖЕВСКИЙ, Олег Леонидович) (a.k.a. SLIZHEUSKI, Aleh Leanidavich (Cyrillic: СЛІЖЭЎСКІ, Алег Леанідавіч); a.k.a. SLIZHEVSKI, Oleg Leonidovich; a.k.a. SLIZHEVSKIY, Oleg), Minsk, Belarus; DOB 16 Aug 1972; POB Hrodna, Belarus; nationality Belarus; citizen Belarus; Gender Male; Justice Minister of the Republic of Belarus (individual) [BELARUS].

SLJIVANCANIN, Veselin; DOB 13 Jun 1953; POB Zabljak, Serbia and Montenegro; ICTY indictee at large (individual) [BALKANS].

SLOBODAN, Tezic (a.k.a. TESIC, Slobodan), Serbia; DOB 21 Dec 1958; POB Kiseljak, Bosnia and Herzegovina; nationality Serbia; citizen Serbia; Gender Male; Passport 009511357 (Serbia) expires 27 Oct 2020; alt. Passport 007671811 (Serbia) expires 05 Aug 2019 (individual) [GLOMAG].

SLOBODSKOY, Dmitriy Alekseyevich, Russia; DOB 28 Jul 1988; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 721007353 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP).

SLOBODSKOY, Kirill Alekseyevich, Moscow, Russia; DOB 26 Feb 1987; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 721025114 (Russia); National ID No. 4508818947 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP).

SLOGAL ENERGY DMCC (Arabic: سلوغال إنيرجي م.د.م.س), Plot No. JLT - PH2 - X3A, 1601-A Jumeirah Bay X3, Dubai, United Arab Emirates; PO Box 337176, Dubai, United Arab Emirates; Organization Established Date 17 Dec 2015; License DMCC-149124 (United Arab Emirates); Economic Register Number (CBLS) 11469334 (United Arab Emirates) [IRAN-EO13902].

SLUTSKI, Leonid Eduardovich (a.k.a. SLUTSKIY, Leonid Eduardovich; a.k.a. SLUTSKY, Leonid Eduardovich (Cyrillic: СЛУЦКИЙ, Леонид Эдуардович)), Russia; DOB 04 Jan 1968; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

SLUTSKIY, Leonid Eduardovich (a.k.a. SLUTSKI, Leonid Eduardovich; a.k.a. SLUTSKY, Leonid Eduardovich (Cyrillic: СЛУЦКИЙ, Леонид Эдуардович)), Russia; DOB 04 Jan 1968; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

SLUTSKY, Leonid Eduardovich (Cyrillic: СЛУЦКИЙ, Леонид Эдуардович) (a.k.a. SLUTSKI, Leonid Eduardovich; a.k.a. SLUTSKIY, Leonid Eduardovich), Russia; DOB 04 Jan 1968; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian

Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

SLUZHBA VNESHNEI RAZVEDKI ROSSISKOI FEDERATSII (a.k.a. FOREIGN INTELLIGENCE SERVICE OF THE RUSSIAN FEDERATION; a.k.a. SLUZHBA VNESHNEY RAZVEDKI; a.k.a. SVR ROSSII FKU; a.k.a. "SVR"), Building 1, 51 Ostozhenka st., Moscow 119034, Russia; Yasenevo 11 Kolpachny, Moscow 010100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 09 Oct 2003; Target Type Government Entity; Tax ID No. 7728302546 (Russia); Government Gazette Number 00035837 (Russia); Registration Number 1037728048973 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

SLUZHBA VNESHNEY RAZVEDKI (a.k.a. FOREIGN INTELLIGENCE SERVICE OF THE RUSSIAN FEDERATION; a.k.a. SLUZHBA VNESHNEI RAZVEDKI ROSSISKOI FEDERATSII; a.k.a. SVR ROSSII FKU; a.k.a. "SVR"), Building 1, 51 Ostozhenka st., Moscow 119034, Russia; Yasenevo 11 Kolpachny, Moscow 010100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 09 Oct 2003; Target Type Government Entity; Tax ID No. 7728302546 (Russia); Government Gazette Number 00035837 (Russia); Registration Number 1037728048973 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

SLYUSAR, Yuri Borisovich (a.k.a. SLYUSAR, Yurii Borisovich; a.k.a. SLYUSAR, Yury Borisovich (Cyrillic: СЛЮСАРЬ, Юрий Борисович)), Moscow, Russia; DOB 20 Jul 1974; POB Rostov-on-Don, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SLYUSAR, Yurii Borisovich (a.k.a. SLYUSAR, Yuri Borisovich; a.k.a. SLYUSAR, Yury Borisovich (Cyrillic: СЛЮСАРЬ, Юрий Борисович)), Moscow, Russia; DOB 20 Jul 1974; POB Rostov-on-Don, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SLYUSAR, Yury Borisovich (Cyrillic: СЛЮСАРЬ, Юрий Борисович) (a.k.a. SLYUSAR, Yuri Borisovich; a.k.a. SLYUSAR, Yurii Borisovich), Moscow, Russia; DOB 20 Jul 1974; POB Rostov-on-Don, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SMALL INNOVATION ENTERPRISE ISON BALLISTICS SERVICE (a.k.a. SIE ISON BALLISTICS SERVICE), ul. Rodnikovaya, d. 4, k. 6, kv. 14, Moscow 119297, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9710003002 (Russia); Registration Number 1157746952351 (Russia) [RUSSIA-EO14024].

SMART BATTERIES (a.k.a. "OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SMART BETTERIZ"), Proezd Zavoda Serp I Molot D. 3, Korp. 2, Et. 10, Kom. 1, Moscow 111250, Russia; Sh. Khoroshevskoe D. 32A, ET 4, POM.VIA, OF 415/2, Moscow 125284, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Maintenance and repair of motor vehicles; Tax ID No. 7714450590 (Russia); Registration Number 1197746509234 (Russia) [RUSSIA-EO14024].

SMART DC LIPETSK LIMITED LIABILITY COMPANY, Ter. Oez Ppt Lipetsk Str. 4a, Office 213, Pomeshch. 16, Gryazi 398010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4802014291 (Russia); Registration Number 1224800000105 (Russia) [RUSSIA-EO14024].

SMART DEPOT (a.k.a. "SMART DEPOT MAZATLAN"; a.k.a. "SMART DEPOT PUERTO CANCUN"; a.k.a. "SMART DEPOTMX TU CELLULAR AL INSTANTE"; a.k.a. "SMARTDEPOT"; a.k.a. "SMARTDEPOTMX"), Boulevard Sinaloa 1061, Las Quintas, Culiacan, Sinaloa 80020, Mexico; Avenida Reforma S/N, Gran Plaza Mazatlan, Local I29, Alameda, Mazatlan, Sinaloa 82123, Mexico; Boulevard Kukulcan KM 1.5, Local B32, Puerto Juarez, Marina Puerto, Cancun, Quintana Roo 77500, Mexico; Organization Type: Retail sale of information and communications equipment in specialized stores [ILLICIT-DRUGS-EO14059].

SMART DIGITAL IDEAS DOO, Jurija Gagarina 231, Lok 329, Belgrade, Serbia; Website smartdi.rs; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 113294246 (Serbia); Business Registration Number 21840823 (Serbia) [CAATSA - RUSSIA] [CYBER4] (Linked To: AEZA GROUP LLC).

SMART GREEN POWER (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

SMART IMPORT EXPORT FOREIGN TRADE LIMITED COMPANY (a.k.a. SMART ITHALAT IHRACAT DIS TICARET LIMITED SIRKETI), Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 85600-5 (Turkey) [SDGT] (Linked To: TASH, Ismael).

SMART ITHALAT IHRACAT DIS TICARET LIMITED SIRKETI (a.k.a. SMART IMPORT EXPORT FOREIGN TRADE LIMITED COMPANY), Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 85600-5 (Turkey) [SDGT] (Linked To: TASH, Ismael).

SMART KIT TECHNOLOGY LIMITED, Rm A 110 1/F Lee Ka Industrial Building San Po Kong Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Organization Established Date 12 Jun 2020; Company Number 2951108 (Hong Kong); Business Registration Number 71958537 (Hong Kong) [RUSSIA-EO14024].

SMART LINES TRADING FZC (a.k.a. OOO SMARTLOGISTER; a.k.a. SMARTLOGISTER), pr-t Vernadskogo, d. 29, Business Center Leto, office 804A, Moscow, Russia; ul. Vvedenskogo, d. 23A, str. 3, et. 6, pom. XX, kom. 62, of. 1I, Moscow 117342, Russia; ul. Krupskoi 19/17, a/ya 108, Moscow 119331, Russia; Venture Zone Business Center, office no. 1703, Dubai, United Arab Emirates; PO Box 1828, Sohar Free Zone, Sohar, North Al Batinah Governate 130, Oman; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728356076 (Russia); License L2032319 (Oman); alt. License L2125557 (Oman); Registration Number 5167746459084 (Russia); alt. Registration Number 1466126 (Oman) [RUSSIA-EO14024].

SMART LOGISTICS F.S.S.A.L (a.k.a. GOLDEN STAR CO; a.k.a. GOLDEN STAR INTERNATIONAL FREIGHT LIMITED; a.k.a. GOLDEN STAR TRADING & INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING AND INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING INTERNATIONAL FREIGHT; a.k.a. KASSOUMA FZC; a.k.a. SHAREKAT GOLDEN STAR; a.k.a. SMART LOGISTICS OFFSHORE; a.k.a. SMART LOGISTICS TRADING & INTERNATIONAL FREIGHT; a.k.a. SMART LOGISTICS TRADING AND INTERNATIONAL FREIGHT), Al Awqaf building, 5th floor, Victoria Bridge, Damascus, Syria; 2 Floor, Inana Bldg, Damascus Free Zone, Damascus, Syria; Room 707, Fulijinxi Business Center, No. 05, Fuchang Road, Haizhu District, Guangzhou, China; Al Alshiah, Mar Mekheal Church, Amicho Building, 3rd Floor, Beirut, Lebanon; Office 112, First Floor, Al Manara Building, Port Street, Beirut, Lebanon; Website www.goldenstar-co.com [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

SMART LOGISTICS OFFSHORE (a.k.a. GOLDEN STAR CO; a.k.a. GOLDEN STAR INTERNATIONAL FREIGHT LIMITED; a.k.a. GOLDEN STAR TRADING & INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING AND INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING INTERNATIONAL FREIGHT; a.k.a. KASSOUMA FZC; a.k.a. SHAREKAT GOLDEN STAR; a.k.a. SMART LOGISTICS F.S.S.A.L; a.k.a. SMART LOGISTICS TRADING & INTERNATIONAL FREIGHT; a.k.a. SMART LOGISTICS TRADING AND INTERNATIONAL FREIGHT), Al Awqaf building, 5th floor, Victoria Bridge, Damascus, Syria; 2 Floor, Inana Bldg, Damascus Free Zone, Damascus, Syria; Room 707, Fulijinxi Business Center, No. 05, Fuchang Road, Haizhu District, Guangzhou, China; Al Alshiah, Mar Mekheal Church, Amicho Building, 3rd Floor, Beirut, Lebanon; Office 112, First Floor, Al Manara Building, Port Street, Lebanon; Website www.goldenstar-co.com [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

SMART LOGISTICS TRADING & INTERNATIONAL FREIGHT (a.k.a. GOLDEN STAR CO; a.k.a. GOLDEN STAR INTERNATIONAL FREIGHT LIMITED; a.k.a. GOLDEN STAR TRADING & INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING AND INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING INTERNATIONAL FREIGHT; a.k.a. KASSOUMA FZC; a.k.a. SHAREKAT GOLDEN STAR; a.k.a. SMART LOGISTICS F.S.S.A.L; a.k.a. SMART LOGISTICS OFFSHORE; a.k.a. SMART LOGISTICS TRADING AND INTERNATIONAL FREIGHT), Al Awqaf building, 5th floor, Victoria Bridge, Damascus, Syria; 2 Floor, Inana Bldg, Damascus Free Zone, Damascus, Syria; Room 707, Fulijinxi Business Center, No. 05, Fuchang Road, Haizhu District, Guangzhou, China; Al Alshiah, Mar Mekheal Church, Amicho Building, 3rd Floor, Beirut, Lebanon; Office 112, First Floor, Al Manara Building, Port Street, Lebanon; Website www.goldenstar-co.com [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

SMART LOGISTICS TRADING AND INTERNATIONAL FREIGHT (a.k.a. GOLDEN STAR CO; a.k.a. GOLDEN STAR INTERNATIONAL FREIGHT LIMITED; a.k.a. GOLDEN STAR TRADING & INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING AND INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING INTERNATIONAL FREIGHT; a.k.a. KASSOUMA FZC; a.k.a. SHAREKAT GOLDEN STAR; a.k.a. SMART LOGISTICS F.S.S.A.L; a.k.a. SMART LOGISTICS OFFSHORE; a.k.a. SMART LOGISTICS TRADING & INTERNATIONAL FREIGHT), Al Awqaf building, 5th floor, Victoria Bridge, Damascus, Syria; 2 Floor, Inana Bldg, Damascus Free Zone, Damascus, Syria; Room 707, Fulijinxi Business Center, No. 05, Fuchang Road, Haizhu District, Guangzhou, China; Al Alshiah, Mar Mekheal Church, Amicho Building, 3rd Floor, Beirut, Lebanon; Office 112, First Floor, Al Manara Building, Port Street, Beirut, Lebanon; Website www.goldenstar-co.com [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

SMART PEGASUS (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

SMART SOLUTIONS LTD, Al Maryah Island, Abu Dhabi, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 000008364 (United Arab Emirates); Economic Register Number (CBLS) 11945472 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ARCTIC LNG 2).

SMART TECHNO GROUP DIS TICARET VE LOJISTIK LIMITED SIRKETI, Iskender Pasa Mah. Simitci Sakir Sk. Ana Palas, Istanbul, Turkey; Secondary sanctions risk: See Section

11 of Executive Order 14024.; Registration Number 370525-5 (Turkey) [RUSSIA-EO14024].

SMART TRADING TRANSPORTATION INDUSTRY AND TRADE LIMITED COMPANY (Latin: SMART TRADING TAŞIMACILIK SANAYI VE TICARET LIMITED ŞIRKETI), Esentepe Mah, 1 Harman St., Duran Business Center, Building 4, Door 8, Sisli, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 369095-5 (Turkey) [RUSSIA-EO14024] (Linked To: GRIGORIEV, Grigoriy Igorevich).

SMART TURBO TECHNOLOGY LTD (a.k.a. OOO SMARTTURBOTEKH; a.k.a. SMART TURBO TEKHNOLODZHI; a.k.a. SMARTTURBOTECH LTD), ul. Kazanskaya, D. 1/25, lit. A, office 31-33, Saint Petersburg 191186, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722492033 (Russia); Registration Number 1207700352100 (Russia) [RUSSIA-EO14024].

SMART TURBO TEKHNOLODZHI (a.k.a. OOO SMARTTURBOTEKH; a.k.a. SMART TURBO TECHNOLOGY LTD; a.k.a. SMARTTURBOTECH LTD), ul. Kazanskaya, D. 1/25, lit. A, office 31-33, Saint Petersburg 191186, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722492033 (Russia); Registration Number 1207700352100 (Russia) [RUSSIA-EO14024].

SMART WAREHOUSE GROUP OF COMPANIES - IQSKLAD (a.k.a. IQSKLAD; a.k.a. LIMITED LIABILITY COMPANY UMNYI SKLAD), Elektrodnaya St. 11/1, Moscow 111524, Russia; 22nd km, Kievskoe Highway, Rumyantseva Business Center, dv4s4ke, Entrance 21, 2nd Floor, Office 223, Moscow 108811, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720575485 (Russia); Registration Number 1077746298630 (Russia) [RUSSIA-EO14024].

SMARTLOGISTER (a.k.a. OOO SMARTLOGISTER; a.k.a. SMART LINES TRADING FZC), pr-t Vernadskogo, d. 29, Business Center Leto, office 804A, Moscow, Russia; ul. Vvedenskogo, d. 23A, str. 3, et. 6, pom. XX, kom. 62, of. 1I, Moscow 117342, Russia; ul. Krupskoi 19/17, a/ya 108, Moscow 119331, Russia; Venture Zone Business Center, office no. 1703, Dubai, United Arab Emirates; PO Box 1828, Sohar Free Zone, Sohar, North Al Batinah Governate 130, Oman; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

7728356076 (Russia); License L2032319 (Oman); alt. License L2125557 (Oman); Registration Number 5167746459084 (Russia); alt. Registration Number 1466126 (Oman) [RUSSIA-EO14024].

SMARTTURBOTECH LTD (a.k.a. OOO SMARTTURBOTEKH; a.k.a. SMART TURBO TECHNOLOGY LTD; a.k.a. SMART TURBO TEKHNOLODZHI), ul. Kazanskaya, D. 1/25, lit. A, office 31-33, Saint Petersburg 191186, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722492033 (Russia); Registration Number 1207700352100 (Russia) [RUSSIA-EO14024].

SMC TECHNOLOGICAL CENTRE (a.k.a. FEDERAL STATE BUDGETARY SCIENTIFIC INSTITUTION RESEARCH AND PRODUCTION COMPLEX TECHNOLOGY CENTER; a.k.a. NPK TECHNOLOGICAL CENTER; a.k.a. SCIENTIFIC MANUFACTURING COMPLEX TECHNOLOGICAL CENTER), Shokina Square, House 1, Bld. 7 Off. 7237, Zelenograd, Moscow 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Mar 2000; Tax ID No. 7735096460 (Russia); Registration Number 1027700428480 (Russia) [RUSSIA-EO14024].

SME VENTURE LLC (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PSB BIZNES; a.k.a. OOO PSB BIZNES; a.k.a. OOO VENTURE FUND SME; a.k.a. PSB BIZNES OOO (Cyrillic: ООО ПСБ БИЗНЕС); a.k.a. VENCHURNY FOND MSB OOO), d. 23 Str. 3 pom. II kom. 1K, 1L, 1M, 1N, 1O, 1P, ul. Lva Tolstogo, Moscow 119021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Sep 2013; Tax ID No. 5042129460 (Russia); Government Gazette Number 18098784 (Russia); Registration Number 1135042007539 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

SMILE BITCARD (a.k.a. QUARTIERLATINAPARTMENTS; a.k.a. SMILE PROPERTY & TRAVEL LTD; a.k.a. SMILE PROPERTY AND TRAVEL LTD), Flat 1 73a White Lion Street, Islington, London N1 9PF, United Kingdom; 72 High Street Haslemere, Surrey GU27 2LA, United Kingdom; Website quartierlatinapartments.com; alt. Website smilebitcard.com; Company Number 08220547 (United Kingdom) [SDNTK].

SMILE PAYMENTS (a.k.a. SMILE TECHNOLOGIES S.A.; a.k.a. SMILE WALLET LIMITED; a.k.a. SMILE WALLET LTD), Avenida Chivilcoy 3157, piso 2, departamento D, Buenos Aires, Argentina; Website www.smiletechnologies.com.ar; alt. Website smilepayments.com; C.U.I.T. 30715339176 (Argentina) [SDNTK].

SMILE PROPERTY & TRAVEL LTD (a.k.a. QUARTIERLATINAPARTMENTS; a.k.a. SMILE BITCARD; a.k.a. SMILE PROPERTY AND TRAVEL LTD), Flat 1 73a White Lion Street, Islington, London N1 9PF, United Kingdom; 72 High Street Haslemere, Surrey GU27 2LA, United Kingdom; Website quartierlatinapartments.com; alt. Website smilebitcard.com; Company Number 08220547 (United Kingdom) [SDNTK].

SMILE PROPERTY & TRAVEL LTD. (a.k.a. SMILE PROPERTY AND TRAVEL LTD.), San Antonio, TX, United States; Tax ID No. 32066912794 (United States) [SDNTK].

SMILE PROPERTY AND TRAVEL LTD (a.k.a. QUARTIERLATINAPARTMENTS; a.k.a. SMILE BITCARD; a.k.a. SMILE PROPERTY & TRAVEL LTD), Flat 1 73a White Lion Street, Islington, London N1 9PF, United Kingdom; 72 High Street Haslemere, Surrey GU27 2LA, United Kingdom; Website quartierlatinapartments.com; alt. Website smilebitcard.com; Company Number 08220547 (United Kingdom) [SDNTK].

SMILE PROPERTY AND TRAVEL LTD. (a.k.a. SMILE PROPERTY & TRAVEL LTD.), San Antonio, TX, United States; Tax ID No. 32066912794 (United States) [SDNTK].

SMILE TECHNOLOGIES CANADA LIMITED (a.k.a. SMILE TECHNOLOGIES CANADA LTD; a.k.a. SMILE WALLET; a.k.a. SMILETRAVELS; a.k.a. SMILEWALLET; a.k.a. SWEET APARTMENTS), 5825 Tiz Road, Mississauga, Ontario L5N0B6, Canada; 731 States Street, Mississauga, Ontario L5R 0B6, Canada; 2 Robert Speck Parkway, 7th Floor, Mississauga, Ontario L4Z 1H8, Canada; Website www.smiletraveltours.com; alt. Website www.sweetaparts.com; Company Number 2592364 (Canada); MSB Registration Number M18867067 (Canada) [SDNTK].

SMILE TECHNOLOGIES CANADA LTD (a.k.a. SMILE TECHNOLOGIES CANADA LIMITED; a.k.a. SMILE WALLET; a.k.a. SMILETRAVELS; a.k.a. SMILEWALLET; a.k.a. SWEET APARTMENTS), 5825 Tiz Road, Mississauga, Ontario L5N0B6, Canada; 731 States Street,

Mississauga, Ontario L5R 0B6, Canada; 2 Robert Speck Parkway, 7th Floor, Mississauga, Ontario L4Z 1H8, Canada; Website www.smiletraveltours.com; alt. Website www.sweetaparts.com; Company Number 2592364 (Canada); MSB Registration Number M18867067 (Canada) [SDNTK].

SMILE TECHNOLOGIES S.A. (a.k.a. SMILE PAYMENTS; a.k.a. SMILE WALLET LIMITED; a.k.a. SMILE WALLET LTD), Avenida Chivilcoy 3157, piso 2, departamento D, Buenos Aires, Argentina; Website www.smiletechnologies.com.ar; alt. Website smilepayments.com; C.U.I.T. 30715339176 (Argentina) [SDNTK].

SMILE TECHNOLOGIES S.A. LLC, San Antonio, TX, United States; Tax ID No. 32066912711 (United States) [SDNTK].

SMILE WALLET (a.k.a. SMILE TECHNOLOGIES CANADA LIMITED; a.k.a. SMILE TECHNOLOGIES CANADA LTD; a.k.a. SMILETRAVELS; a.k.a. SMILEWALLET; a.k.a. SWEET APARTMENTS), 5825 Tiz Road, Mississauga, Ontario L5N0B6, Canada; 731 States Street, Mississauga, Ontario L5R 0B6, Canada; 2 Robert Speck Parkway, 7th Floor, Mississauga, Ontario L4Z 1H8, Canada; Website www.smiletraveltours.com; alt. Website www.sweetaparts.com; Company Number 2592364 (Canada); MSB Registration Number M18867067 (Canada) [SDNTK].

SMILE WALLET LIMITED (a.k.a. SMILE PAYMENTS; a.k.a. SMILE TECHNOLOGIES S.A.; a.k.a. SMILE WALLET LTD), Avenida Chivilcoy 3157, piso 2, departamento D, Buenos Aires, Argentina; Website www.smiletechnologies.com.ar; alt. Website smilepayments.com; C.U.I.T. 30715339176 (Argentina) [SDNTK].

SMILE WALLET LTD (a.k.a. SMILE PAYMENTS; a.k.a. SMILE TECHNOLOGIES S.A.; a.k.a. SMILE WALLET LIMITED), Avenida Chivilcoy 3157, piso 2, departamento D, Buenos Aires, Argentina; Website www.smiletechnologies.com.ar; alt. Website smilepayments.com; C.U.I.T. 30715339176 (Argentina) [SDNTK].

SMILEPAYMENTS, LLC, Wilmington, DE, United States; File Number 5736292 (United States) [SDNTK].

SMILETRAVELS (a.k.a. SMILE TECHNOLOGIES CANADA LIMITED; a.k.a. SMILE TECHNOLOGIES CANADA LTD; a.k.a. SMILE WALLET; a.k.a. SMILEWALLET; a.k.a. SWEET APARTMENTS), 5825 Tiz Road,

Mississauga, Ontario L5N0B6, Canada; 731 States Street, Mississauga, Ontario L5R 0B6, Canada; 2 Robert Speck Parkway, 7th Floor, Mississauga, Ontario L4Z 1H8, Canada; Website www.smiletraveltours.com; alt. Website www.sweetaparts.com; Company Number 2592364 (Canada); MSB Registration Number M18867067 (Canada) [SDNTK].

SMILEWALLET (a.k.a. SMILE TECHNOLOGIES CANADA LIMITED; a.k.a. SMILE TECHNOLOGIES CANADA LTD; a.k.a. SMILE WALLET; a.k.a. SMILETRAVELS; a.k.a. SWEET APARTMENTS), 5825 Tiz Road, Mississauga, Ontario L5N0B6, Canada; 731 States Street, Mississauga, Ontario L5R 0B6, Canada; 2 Robert Speck Parkway, 7th Floor, Mississauga, Ontario L4Z 1H8, Canada; Website www.smiletraveltours.com; alt. Website www.sweetaparts.com; Company Number 2592364 (Canada); MSB Registration Number M18867067 (Canada) [SDNTK].

SMILEWALLET S.A.S., CR 15 # 146 29 Casa 1, Bogota, D.C., Colombia; NIT # 9011450176 (Colombia) [SDNTK].

SMILEWALLET, LLC, San Antonio, TX, United States; Tax ID No. 32065536529 (United States) [SDNTK].

SMIRNOV, Dmitriy Konstantinovich, Moscow, Russia; DOB 10 Nov 1987; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: EVIL CORP).

SMIRNOV, Maksim Yuryevich (a.k.a. SMIRNOV, Maxim Yuryevich (Cyrillic: СМИРНОВ, Максим Юрьевич)), 19-8 Lomonosovskiy Prospect, Moscow 119311, Russia; DOB 04 Oct 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 761664720 (Russia) expires 01 Oct 2029; Tax ID No. 772804227305 (Russia) (individual) [RUSSIA-EO14024].

SMIRNOV, Maxim Yuryevich (Cyrillic: СМИРНОВ, Максим Юрьевич) (a.k.a. SMIRNOV, Maksim Yuryevich), 19-8 Lomonosovskiy Prospect, Moscow 119311, Russia; DOB 04 Oct 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 761664720 (Russia) expires 01 Oct 2029; Tax ID No. 772804227305 (Russia) (individual) [RUSSIA-EO14024].

SMIRNOV, Viktor Vladimirovich (Cyrillic: СМИРНОВ, Виктор Владимирович), Russia; DOB 09 Sep 1968; nationality Russia; Gender

Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SMIRNOVA, Natalia (a.k.a. SMIRNOVA, Natalya Ivanova (Cyrillic: СМИРНОВА, Наталия Ивановна)), Russia; DOB 15 Jun 1972; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Diplomatic Passport 211102490 (Russia) (individual) [RUSSIA-EO14024].

SMIRNOVA, Natalya Ivanova (Cyrillic: СМИРНОВА, Наталия Ивановна) (a.k.a. SMIRNOVA, Natalia), Russia; DOB 15 Jun 1972; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Diplomatic Passport 211102490 (Russia) (individual) [RUSSIA-EO14024].

SMOLENSK AIRCRAFT PLANT JSC (a.k.a. JOINT STOCK COMPANY SMOLENSK AIRCRAFT PLANT; a.k.a. JSC SMOLENSK AVIATION PLANT; a.k.a. "AO SMAZ"), Ul. Frunze D. 74, Smolensk 214006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1926; Tax ID No. 6729001476 (Russia); Registration Number 1026701424056 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

SMOLENSKOE PROIZVODSTVENNOE OBYEDINENIE ANALITPRIBOR (a.k.a. FSUE SPA ANALITPRIBOR; a.k.a. SPO ANALITPRIBOR), Ul. Babushkina 3, Smolensk 214031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6731002766 (Russia); Registration Number 1026701427774 (Russia) [RUSSIA-EO14024].

SMOLIN, Anatoli Anatolevich (a.k.a. SMOLIN, Anatoliy Anatolyevich (Cyrillic: СМОЛИН, Анатолий Анатольевич); a.k.a. SMOLIN, Anatoly), Russia; DOB 29 Aug 1964; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773432805690 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY VEGA STRATEGIC SERVICES).

SMOLIN, Anatoliy Anatolyevich (Cyrillic: СМОЛИН, Анатолий Анатольевич) (a.k.a. SMOLIN, Anatoli Anatolevich; a.k.a. SMOLIN, Anatoly), Russia; DOB 29 Aug 1964; nationality Russia; Gender Male; Secondary sanctions risk:

See Section 11 of Executive Order 14024.; Tax ID No. 773432805690 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY VEGA STRATEGIC SERVICES).

SMOLIN, Anatoly (a.k.a. SMOLIN, Anatoli Anatolevich; a.k.a. SMOLIN, Anatoliy Anatolyevich (Cyrillic: СМОЛИН, Анатолий Анатольевич)), Russia; DOB 29 Aug 1964; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773432805690 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY VEGA STRATEGIC SERVICES).

SMOLIN, Oleg Nikolayevich (Cyrillic: СМОЛИН, Олег Николаевич), Russia; DOB 10 Feb 1952; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SMP BANK (a.k.a. AKTSIONERNOYE OBSHCHESTVO BANK SEVERNY MORSKOY PUT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО БАНК СЕВЕРНЫЙ МОРСКОЙ ПУТЬ); a.k.a. AO SMP BANK (Cyrillic: АО СМП БАНК); a.k.a. SMP BANK OPEN JOINT STOCK COMPANY; a.k.a. SMP BANK, AO), d. 71 k. 11, ul. Sadovnicheskaya Street, Moscow 115035, Russia; SWIFT/BIC SMBKRUMM; Website www.smpbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7750005482 (Russia); Government Gazette Number 56657657 (Russia); Registration Number 1097711000078 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

SMP BANK OPEN JOINT STOCK COMPANY (a.k.a. AKTSIONERNOYE OBSHCHESTVO BANK SEVERNY MORSKOY PUT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО БАНК СЕВЕРНЫЙ МОРСКОЙ ПУТЬ); a.k.a. AO SMP BANK (Cyrillic: АО СМП БАНК); a.k.a. SMP BANK; a.k.a. SMP BANK, AO), d. 71 k. 11, ul. Sadovnicheskaya Street, Moscow 115035, Russia; SWIFT/BIC SMBKRUMM; Website www.smpbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target

Type Financial Institution; Tax ID No. 7750005482 (Russia); Government Gazette Number 56657657 (Russia); Registration Number 1097711000078 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

SMP BANK, AO (a.k.a. AKTSIONERNOYE OBSHCHESTVO BANK SEVERNY MORSKOY PUT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО БАНК СЕВЕРНЫЙ МОРСКОЙ ПУТЬ); a.k.a. AO SMP BANK (Cyrillic: АО СМП БАНК); a.k.a. SMP BANK; a.k.a. SMP BANK OPEN JOINT STOCK COMPANY), d. 71 k. 11, ul. Sadovnicheskaya Street, Moscow 115035, Russia; SWIFT/BIC SMBKRUMM; Website www.smpbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7750005482 (Russia); Government Gazette Number 56657657 (Russia); Registration Number 1097711000078 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

SMT AILOGIK OOO (a.k.a. LIMITED LIABILITY COMPANY SMT-ILOGIC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СМТ-АЙЛОГИК)), Ulitsa Mineralnaya, Dom 13, Litera A, Pomeshtenie 15N, Saint Petersburg 195197, Russia; 17 Nepokorennyh Avenue, Building 4, Letter V, Room 5N, Saint Petersburg 195220, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Nov 2015; Tax ID No. 7804552300 (Russia); Registration Number 1157847407156 (Russia) [RUSSIA-EO14024].

SMT TECNOLOGIA, C.A., Av. Venezuela, Edificio JWM, piso 7, Ofic. 72 (al lado de Banavih), El Rosal, Caracas, Venezuela; RIF # J-40068226-6 (Venezuela) [SDNTK].

SMT-CRIMEA (a.k.a. KRYM SMT OOO LLC; a.k.a. LLC CMT CRIMEA; a.k.a. OOO 'CMT-K'; a.k.a. OOO 'SMT-K'; a.k.a. SMT-K; a.k.a. SOVMORTRANS-CRIMEA), ul. Zoi Zhiltsovoy, d. 15, office 51, Simferopol, Crimea, Ukraine; Vokzalnoye Highway 140, Kerch, Ukraine; Anapskoye Highway 1, Temryuk, Russia; Email Address info@smt-k.ru; alt. Email Address info@parom-k.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

SMT-K (a.k.a. KRYM SMT OOO LLC; a.k.a. LLC CMT CRIMEA; a.k.a. OOO 'CMT-K'; a.k.a. OOO

'SMT-K'; a.k.a. SMT-CRIMEA; a.k.a. SOVMORTRANS-CRIMEA), ul. Zoi Zhiltsovoy, d. 15, office 51, Simferopol, Crimea, Ukraine; Vokzalnoye Highway 140, Kerch, Ukraine; Anapskoye Highway 1, Temryuk, Russia; Email Address info@smt-k.ru; alt. Email Address info@parom-k.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

SNABINTER, sh. Volokolamskoe, d. 116, pomeshch. 439, Moscow 125371, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743254512 (Russia); Registration Number 1187746447745 (Russia) [RUSSIA-EO14024].

SNGB AO (a.k.a. CLOSED JOINT STOCK COMPANY SURGUTNEFTEGASBANK; a.k.a. JOINT STOCK COMPANY SURGUTNEFTEGASBANK; a.k.a. JSC BANK SNGB; a.k.a. ZAO SNGB), 19 Kukuyevitskogo Street, Surgut 628400, Russia; Website www.sngb.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1028600001792 (Russia); Tax ID No. 8602190258 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

SNH MEISTERSOFT (a.k.a. LIMITED LIABILITY COMPANY BIMEISTER), Mikroraion Barybino, Bulv 60 let SSSR d 6. 13, Domodedovo 142060, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5009049994 (Russia); Registration Number 1055001518241 (Russia) [RUSSIA-EO14024].

SNIIGGIMS AO (a.k.a. AKTSIONERNOE OBSHCHESTVO SIBIRSKI NAUCHNO ISSLEDOVATELSKI INSTITUT GEOLOGII, GEOFIZIKI I MINERALNOGO SYRYA; a.k.a. SIBERIAN SCIENTIFIC RESEARCH INSTITUTE OF GEOLOGY GEOPHYSICS AND MINERAL RAW MATERIAL JOINT STOCK COMPANY; a.k.a. SNIIGGIMS JSC), Prospekt Krasny 67, Novosibirsk, Novosibirskaya Obl 630091, Russia; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Organization Established Date 07 Jul 2015; Target Type State-Owned Enterprise; Tax ID No. 5406587935 (Russia); Government Gazette Number 01423607 (Russia); Registration Number 1155476074390 (Russia) [RUSSIA-EO14024].

SNIIGGIMS JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO SIBIRSKI NAUCHNO ISSLEDOVATELSKI INSTITUT GEOLOGII, GEOFIZIKI I MINERALNOGO SYRYA; a.k.a. SIBERIAN SCIENTIFIC RESEARCH INSTITUTE OF GEOLOGY GEOPHYSICS AND MINERAL RAW MATERIAL JOINT STOCK COMPANY; a.k.a. SNIIGGIMS AO), Prospekt Krasny 67, Novosibirsk, Novosibirskaya Obl 630091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Jul 2015; Target Type State-Owned Enterprise; Tax ID No. 5406587935 (Russia); Government Gazette Number 01423607 (Russia); Registration Number 1155476074390 (Russia) [RUSSIA-EO14024].

SNIKKARS, Pavel Nikolaevich (Cyrillic: СНИККАРС, Павел Николаевич), Moscow, Russia; DOB 24 Dec 1978; POB Chik, Novosibirsk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SNIPER AFRICA (a.k.a. SNIPER OUTDOOR CC; a.k.a. SNIPER OUTDOORS CC; a.k.a. TRUE MOTIVES 1236 CC), 40 Mint Road, Amoka Gardens, Fordsburg, Johannesburg, South Africa; P.O. Box 42928, Fordsburg 2003, South Africa; 16 Gold Street, Carletonville 2500, South Africa; P.O. Box 28215, Kensington 2101, South Africa; Website www.sniperafrica.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 200302847123; Tax ID No. 9113562152 [SDGT].

SNIPER OUTDOOR CC (a.k.a. SNIPER AFRICA; a.k.a. SNIPER OUTDOORS CC; a.k.a. TRUE MOTIVES 1236 CC), 40 Mint Road, Amoka Gardens, Fordsburg, Johannesburg, South Africa; P.O. Box 42928, Fordsburg 2003, South Africa; 16 Gold Street, Carletonville 2500, South Africa; P.O. Box 28215, Kensington 2101, South Africa; Website www.sniperafrica.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Registration ID 200302847123; Tax ID No. 9113562152 [SDGT].

SNIPER OUTDOORS CC (a.k.a. SNIPER AFRICA; a.k.a. SNIPER OUTDOOR CC; a.k.a. TRUE MOTIVES 1236 CC), 40 Mint Road, Amoka Gardens, Fordsburg, Johannesburg, South Africa; P.O. Box 42928, Fordsburg 2003, South Africa; 16 Gold Street, Carletonville 2500, South Africa; P.O. Box 28215, Kensington 2101, South Africa; Website www.sniperafrica.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 200302847123; Tax ID No. 9113562152 [SDGT].

SNITKO, Artem Aleksandrovich (Cyrillic: СНИТКО, АРТЕМ АЛЕКСАНДРОВИЧ) (a.k.a. "SNITKO, Artem"), Tatarstan, Russia; DOB 21 Feb 1982; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 590419206931 (Russia) expires 17 Jun 2024 (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

SO TVERNEFTEPRODUKT OOO (a.k.a. LIMITED LIABILITY COMPANY MARKETING ASSOCIATION TVERNEFTEPRODUCT; a.k.a. LLC MA TVERNEFTEPRODUCT; a.k.a. SBYTOVOE OBYEDINENIE TVERNEFTEPRODUKT), 6 Novotorzhskaya Ulitsa, Tver, Russia; Website www.tvernefteproduct.ru; Email Address tnp@dep.tvcom.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1026900510647 (Russia); Tax ID No. 6905041501 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

SO, Myong (Korean: 서명), Vladivostok, Russia; DOB 02 Mar 1978; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214; Passport 927320285 (Korea, North); Foreign Trade Bank of the Democratic People's Republic of Korea representative (individual) [NPWMD].

SOBAEKSU UNITED CORP. (a.k.a. KOREA SOBAEKSU TRADING CORPORATION; a.k.a. KOREA SOBAEKSU UNITED CO.; a.k.a. KOREA SOBAEKSU UNITED CORPORATION; a.k.a. SOBAEKU UNITED CORP), Huale St. Aojing Park Building 23, Unit 2 12-01, Zhongshan District, Dalian, Liaoning, China; 5 Center St., Xinxing District, Donggang City, Dandong, Liaoning, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Other information technology and computer service activities [NPWMD] (Linked To: MUNITIONS INDUSTRY DEPARTMENT).

SOBAEKU UNITED CORP (a.k.a. KOREA SOBAEKSU TRADING CORPORATION; a.k.a. KOREA SOBAEKSU UNITED CO.; a.k.a. KOREA SOBAEKSU UNITED CORPORATION; a.k.a. SOBAEKSU UNITED CORP.), Huale St. Aojing Park Building 23, Unit 2 12-01, Zhongshan District, Dalian, Liaoning, China; 5 Center St., Xinxing District, Donggang City, Dandong, Liaoning, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Other information technology and computer service activities [NPWMD] (Linked To: MUNITIONS INDUSTRY DEPARTMENT).

SOBIANINA, Anna Sergeyevna (a.k.a. ERSHOVA, Anna Sergeevna (Cyrillic: ЕРШОВА, Анна Сергеевна); f.k.a. SOBYANINA, Anna Sergeevna (Cyrillic: СОБЯНИНА, Анна Сергеевна); f.k.a. SOBYANINA, Anna Sergeyevna; a.k.a. YERSHOVA, Anna Sergeyevna), Moscow, Russia; DOB 02 Oct 1986; POB Tyumen, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: SOBYANIN, Sergey Semyonovich).

SOBIANINA, Olga Sergeyevna (a.k.a. SOBYANINA, Olga Sergeevna (Cyrillic: СОБЯНИНА, Ольга Сергеевна)), Moscow, Russia; DOB 03 Jun 1997; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: SOBYANIN, Sergey Semyonovich).

SOBINBANK (a.k.a. JSB SOBINBANK), 15 Korp. 56 D. 4 Etazh ul. Rochdelskaya, Moscow 123022, Russia; 15/56 Rochdelskaya Street, Moscow 123022, Russia; SWIFT/BIC SBBARUMM; Website http://www.sobinbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027739051009; Government Gazette Number 09610355 [UKRAINE-EO13661].

SOBOL, Aleksandr Ivanovich (a.k.a. SOBOL, Alexander Ivanovich), Russia; DOB 22 Jul 1969; alt. DOB 1969; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SOBOL, Alexander Ivanovich (a.k.a. SOBOL, Aleksandr Ivanovich), Russia; DOB 22 Jul 1969; alt. DOB 1969; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SOBOLEV, Viktor Ivanovich (Cyrillic: СОБОЛЕВ, Виктор Иванович), Russia; DOB 23 Feb 1950; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SOBYANIN, Sergei (a.k.a. SOBYANIN, Sergey Semyonovich (Cyrillic: СОБЯНИН, Сергей Семенович)), Moscow, Russia; DOB 21 Jun 1958; POB Nyaksimvol, Beryozovo District, Tyumen Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SOBYANIN, Sergey Semyonovich (Cyrillic: СОБЯНИН, Сергей Семенович) (a.k.a. SOBYANIN, Sergei), Moscow, Russia; DOB 21 Jun 1958; POB Nyaksimvol, Beryozovo District, Tyumen Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SOBYANINA, Anna Sergeevna (Cyrillic: СОБЯНИНА, Анна Сергеевна) (a.k.a.

ERSHOVA, Anna Sergeevna (Cyrillic: ЕРШОВА, Анна Сергеевна); f.k.a. SOBIANINA, Anna Sergeyevna; f.k.a. SOBYANINA, Anna Sergeyevna; a.k.a. YERSHOVA, Anna Sergeyevna), Moscow, Russia; DOB 02 Oct 1986; POB Tyumen, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: SOBYANIN, Sergey Semyonovich).

SOBYANINA, Anna Sergeyevna (a.k.a. ERSHOVA, Anna Sergeevna (Cyrillic: ЕРШОВА, Анна Сергеевна); f.k.a. SOBIANINA, Anna Sergeyevna; f.k.a. SOBYANINA, Anna Sergeyevna (Cyrillic: СОБЯНИНА, Анна Сергеевна); a.k.a. YERSHOVA, Anna Sergeyevna), Moscow, Russia; DOB 02 Oct 1986; POB Tyumen, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: SOBYANIN, Sergey Semyonovich).

SOBYANINA, Olga Sergeyevna (Cyrillic: СОБЯНИНА, Ольга Сергеевна) (a.k.a. SOBIANINA, Olga Sergeyevna), Moscow, Russia; DOB 03 Jun 1997; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: SOBYANIN, Sergey Semyonovich).

SOCIAL DESIGN AGENCY (Cyrillic: АГЕНТСВО СОЦИАЛЬНОГО ПРОЕКТИРОВАНИЯ) (a.k.a. AGENTSTVO SOTSIALNOGO PROEKTIROVANIYA; a.k.a. SOCIAL PLANNING AGENCY), Solviny Pr, 18A, Fl 2, Pom I K 9A O 1, Moscow 117593, Russia; Pr-kt novoyasenevskii, d. 32, k. 1, pomeshch 1/1, Moscow 117463, Russia; Bolshoy Kislovsky, per 1, building 2, Moscow, Russia; Bol'shaya Nikiskaya Ulitsa, 12cl, Moscow 125009, Russia; Website sp-agency.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Dec 2017; Organization Type: Other information technology and computer service activities; Tax ID No. 7728390408 (Russia); Registration Number 5177746289232 (Russia) [RUSSIA-EO14024].

SOCIAL PLANNING AGENCY (a.k.a. AGENTSTVO SOTSIALNOGO PROEKTIROVANIYA; a.k.a. SOCIAL DESIGN AGENCY (Cyrillic: АГЕНТСВО СОЦИАЛЬНОГО ПРОЕКТИРОВАНИЯ)),

Solviny Pr, 18A, Fl 2, Pom I K 9A O 1, Moscow 117593, Russia; Pr-kt novoyasenevskii, d. 32, k. 1, pomeshch 1/1, Moscow 117463, Russia; Bolshoy Kislovsky, per 1, building 2, Moscow, Russia; Bol'shaya Nikiskaya Ulitsa, 12cl, Moscow 125009, Russia; Website sp-agency.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Dec 2017; Organization Type: Other information technology and computer service activities; Tax ID No. 7728390408 (Russia); Registration Number 5177746289232 (Russia) [RUSSIA-EO14024].

SOCIALIKA RENTAS Y CATERING, S.A. DE C.V. (a.k.a. TERRAZA 9140), Blvd. Lopez Mateos No. 9140, Col. El Palomar, Zapopan, Jalisco C.P. 45238, Mexico; Cancun, Quintana Roo, Mexico; R.F.C. SRC-080222-274 (Mexico) [SDNTK].

SOCIEDAD ESMERALDIFERA DE MARIPI LTDA. (a.k.a. SOESMA LTDA.), Carrera 41 A No. 162 - 09, Bogota, Colombia; NIT # 830076758-1 (Colombia) [SDNTK].

SOCIEDAD SPA PENINSULA, S. DE R.L. DE C.V., Francisco Medina Ascencio No.2485, Zona Hotelera Norte, Puerto Vallarta, Jalisco 48333, Mexico; Guadalajara, Jalisco, Mexico; Organization Established Date 11 May 2007; Organization Type: Hairdressing and other beauty treatment; Folio Mercantil No. 40733 (Mexico) [ILLICIT-DRUGS-EO14059].

SOCIEDAD SUPERDEPORTES LTDA., Carrera 10 No. 93A-29, Bogota, Colombia; NIT # 8009712337 (Colombia) [SDNT].

SOCIETATEA CU RASPUNDERE LIMITATA PROGLOBAL WORK (a.k.a. OKAF TRADING SOCIETATEA CU RASPUNDERE LIMITATA; a.k.a. SRL OKAF TRADING), str. Mihai Eminescu, 35, Chisinau MD2012, Moldova; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Dec 2015; Registration Number 1015600042010 (Moldova) [RUSSIA-EO14024] (Linked To: OKULOV, Aleksandr).

SOCIETATEA CU RASPUNDERE LIMITATA PROJECT INVEST COMPANY, Str. Eminescu Mihai, 35, Chisinau 2000, Moldova; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jan 2017; Registration Number 1017600005284 (Moldova) [RUSSIA-EO14024] (Linked To: OKULOV, Aleksandr).

SOCIETE ELLISSA GROUP CONGO (a.k.a. ELLISSA GROUP CONGO; a.k.a. ELLISSA

GROUP SA CONGO; a.k.a. ELLISSA PARC CONGO), Avenir Lassy Zephyr, Immeuble Socotra, Pointe Noire, Congo, Republic of the; C.R. No. 07B233 (Congo, Democratic Republic of the) [SDNTK].

SOCIETE GENERAL DES PAINS SPRL (a.k.a. PAIN VICTOIRE; a.k.a. PAINS VICTOIRE; a.k.a. PAN VICTOIRE; a.k.a. SOCIETE GENERALE DE PAIN; a.k.a. SOCIETE GENERALE DES PAINS), 22 Avenue Konda, Kinshasa, Congo, Democratic Republic of the; D-U-N-S Number 558023852; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ASSI, Saleh).

SOCIETE GENERALE DE PAIN (a.k.a. PAIN VICTOIRE; a.k.a. PAINS VICTOIRE; a.k.a. PAN VICTOIRE; a.k.a. SOCIETE GENERAL DES PAINS SPRL; a.k.a. SOCIETE GENERALE DES PAINS), 22 Avenue Konda, Kinshasa, Congo, Democratic Republic of the; D-U-N-S Number 558023852; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ASSI, Saleh).

SOCIETE GENERALE DES PAINS (a.k.a. PAIN VICTOIRE; a.k.a. PAINS VICTOIRE; a.k.a. PAN VICTOIRE; a.k.a. SOCIETE GENERAL DES PAINS SPRL; a.k.a. SOCIETE GENERALE DE PAIN), 22 Avenue Konda, Kinshasa, Congo, Democratic Republic of the; D-U-N-S Number 558023852; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ASSI, Saleh).

SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA (a.k.a. ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH; a.k.a. JAMA'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL; a.k.a. JAMAAT AL DAWA ILA AL SUNNAH; a.k.a. JAMA'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA; a.k.a. JAMA'AT DA'WA AL-SUNNAT; a.k.a. JAMAAT UD DAWA IL AL QURAN AL SUNNAH; a.k.a. JAMAAT UL DAWA AL QURAN; a.k.a. JAMA'AT UL DAWA AL-QU'RAN; a.k.a. JAMAAT-UD-DAWA AL QURAN WAL SUNNAH; a.k.a. JAMIAT AL-DAWA AL-QURAN WAL-SUNNA; a.k.a. "JDQ"; a.k.a. "JDQS"; a.k.a. "SALAFI GROUP"), Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and

Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

SOCIETY OF ISLAMIC COOPERATION (a.k.a. JAM'IYAT AL TA'AWUN AL ISLAMIYYA; a.k.a. JAM'YAH TA'AWUN AL-ISLAMIA; a.k.a. JIT), Qandahar City, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SOCIETY OF THE DOUBLE-HEADED EAGLE FOR THE PROPAGATION OF RUSSIAN HISTORICAL ENLIGHTENMENT (f.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION SOCIETY FOR THE DEVELOPMENT OF RUSSIAN HISTORICAL EDUCATION DOUBLE-HEADED EAGLE (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ОБЩЕСТВО РАЗВИТИЯ РУССКОГО ИСТОРИЧЕСКОГО ПРОСВЕЩЕНИЯ ДВУГЛАВЫЙ ОРЕЛ); a.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION SOCIETY FOR THE PROMOTION OF RUSSIAN HISTORICAL DEVELOPMENT TSARGRAD (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ОБЩЕСТВО СОДЕЙСТВИЯ РУССКОМУ ИСТОРИЧЕСКОМУ РАЗВИТИЮ ЦАРЬГРАД); a.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION TSARGRAD (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ЦАРЬГРАД); f.k.a. DOUBLE HEADED EAGLE SOCIETY; a.k.a. TSARGRAD SOCIETY (Cyrillic: ОБЩЕСТВО ЦАРЬГРАД)),

1s3 Partynniy pereulok, Moscow 115093, Russia; kom. 51, pomeshch. 1, d. 1, k. 57, str. 3, Per Partynniy, Intra-Urban Area Danilovskiy, Moscow 115093, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Nov 2015; Tax ID No. 7743141413 (Russia); Registration Number 1167700052618 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Konstantin).

SOCIETY WITH LIMITED LIABILITY NEVA TOOL FACTORY (a.k.a. LIMITED LIABILITY COMPANY NEVA TOOL FACTORY; a.k.a. "NTF LTD"), PR-D 3-I Rybatskii D. 3, Lit. A, Pomeshch. 56.1, Saint Petersburg 192177, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811540183 (Russia); Registration Number 1129847035009 (Russia) [RUSSIA-EO14024].

SOCORRO POPULAR DEL PERU (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

SODIAM, Oumar (a.k.a. ABDOULAY, Oumar Younnes; a.k.a. ABDOULAY, Oumar Younous; a.k.a. M'BETIBANGUI, Oumar Younous; a.k.a. YOUNOUS, Omar; a.k.a. YOUNOUS, Oumar; a.k.a. YUNUS, 'Umar), Bria, Haute-Kotto Prefecture, Central African Republic; Birao, Vakaga Prefecture, Central African Republic; Darfur, Sudan; DOB 02 Apr 1970; POB Tullus, Southern Darfur, Sudan; nationality Sudan; Passport D00000898 issued 04 Nov 2013 (individual) [CAR].

SODRUZHESTVO OFITSEROV ZA MEZHDUNARODNUYU BEZOPASNOST (a.k.a. OFFICER'S UNION FOR INTERNATIONAL SECURITY; a.k.a. "OUIS"),

Ul. Cherkizovskaya B, D. 24A, Str. 1, Floor 8, Office #815, Moscow 107553, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Feb 2021; Organization Type: Private security activities; alt. Organization Type: Real estate activities with own or leased property; Target Type Private Company; Tax ID No. 9718168599 (Russia); Registration Number 1217700038710 (Russia) [CAR] [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

SOE, Aung, Naypyitaw, Burma; DOB 03 Dec 1963; POB Pa Thein Town, Burma; nationality Burma; Gender Male (individual) [BURMA-EO14014].

SOE, Khin Maung, Burma; DOB 1972; Gender Male (individual) [GLOMAG].

SOE, Maung Maung, Burma; DOB Mar 1964; nationality Burma; Gender Male; National ID No. Tatmadaw Kyee 19571 (Burma) (individual) [GLOMAG].

SOE, Thein (a.k.a. SOE, U Thein), Burma; DOB 23 Jan 1952; POB Kani, Burma; nationality Burma; citizen Burma; Gender Male; Union Election Commission Chairman (individual) [BURMA-EO14014].

SOE, U Thein (a.k.a. SOE, Thein), Burma; DOB 23 Jan 1952; POB Kani, Burma; nationality Burma; citizen Burma; Gender Male; Union Election Commission Chairman (individual) [BURMA-EO14014].

SOE, Win Min, 201, Tetkatho Yeikmon Condo-C, New University Avenue, Bahan Township, Yangon 11201, Burma; 45 Zayathukha Road, 54-Thuwunna Thingangyun Township, Yangon, Burma; DOB 26 Mar 1969; POB Mandalay, Burma; nationality Burma; Gender Female; Passport MD222228 (Burma) issued 15 May 2018 expires 14 May 2023; National ID No. 9/MANAMAN031190 (Burma) (individual) [BURMA-EO14014] (Linked To: LATT, Tun Min).

SOESMA LTDA. (a.k.a. SOCIEDAD ESMERALDIFERA DE MARIPI LTDA.), Carrera 41 A No. 162 - 09, Bogota, Colombia; NIT # 830076758-1 (Colombia) [SDNTK].

SOFT AIR GENERAL TRADING L.L.C (Arabic: سوفت ايرللتجارة العامة ش.ذ.م.م), Dubai, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 02 Jan 1985; License 104155 (United Arab Emirates);

Economic Register Number (CBLS) 10403801 (United Arab Emirates) [IRAN-EO13846].

SOFTWATER NAVIGATION HOLDING LTD., Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island MH 96960, Marshall Islands; 1st Floor General Building, Adnan Hakim Street, Baabda-Bir Hassan, Ghobeiry, Mount Lebanon, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 May 2023; Identification Number IMO 6414066; Registration Number 120208 (Marshall Islands) [SDGT] (Linked To: AL-QATIRJI COMPANY).

SOGAZ INSURANCE (a.k.a. GAS INDUSTRY INSURANCE COMPANY SOGAZ; a.k.a. INSURANCE COMPANY OF GAZ INDUSTRY SOGAZ), PR-KT Akademika Sakharova D. 10, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7736035485 (Russia); Legal Entity Number 253400L5RQK7PU6R7J04; Registration Number 1027739820921 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

SOHA INFO DOO NOVI BANOVCI, Pionirska 3, Novi Banovci 22304, Serbia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 113105844 (Serbia); Registration Number 21802808 (Serbia) [RUSSIA-EO14024].

SOHO DEVELOPERS, INC., Panama; RUC # 2046910-1-747341 (Panama) [SDNTK].

SOHRA LLC (a.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SOKHRA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА); f.k.a. OBSCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU SOKHRA GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА ГРУПП); f.k.a. OBSCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU TIM INDASTRIAL SERVIS KAMPANI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТИМ ИНДАСТРИАЛ СЕРВИС КАМПАНИ); a.k.a. OOO SOKHRA (Cyrillic: ООО СОХРА); a.k.a. TAA SOKHRA (Cyrillic: ТАА СОХРА); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SOKHRA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СОХРА)), Zavodskaya st., d. 1k, pom. 18, Bolbasovo, Vitebsk Oblast, Orsha

District 211004, Belarus (Cyrillic: ул. Заводская, д. 1к, пом. 18, Болбасово, Витебская область, Оршанский район, 211004, Belarus); Revolucyonnaya 17/19, Office no. 22, Minsk 220030, Belarus; Organization Established Date 20 Oct 2014; Registration Number 192363182 (Belarus) [BELARUS-EO14038] (Linked To: ZAITSAU, Aliaksandr Mikalaevich).

SOIN, Dmitriy Yurevich (Cyrillic: СОИН, Дмитрий Юрьевич) (a.k.a. SOIN, Dmitry Yuryevich; a.k.a. SOYIN, Dmitriy Yuryevich), Moscow, Russia; DOB 07 Aug 1969; nationality Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK3] (Linked To: EUROPEAN INSTITUTE JUSTO).

SOIN, Dmitry Yuryevich (a.k.a. SOIN, Dmitriy Yurevich (Cyrillic: СОИН, Дмитрий Юрьевич); a.k.a. SOYIN, Dmitriy Yuryevich), Moscow, Russia; DOB 07 Aug 1969; nationality Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK3] (Linked To: EUROPEAN INSTITUTE JUSTO).

SOKOK MONEY TRANSFER COMPANY (a.k.a. AL-SAKSUK COMPANY; a.k.a. SAKSOUK COMPANY FOR EXCHANGE AND MONEY TRANSFER; a.k.a. SAKSOUK COMPANY FOR MONETARY TRANSFERS ANTIOCH; a.k.a. SAKSOUK EXCHANGE; a.k.a. SAKSOUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSOUK EXCHANGE COMPANY; a.k.a. SAKSOUK FINANCIAL EXCHANGE; a.k.a. SAKSUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSUK MONEY EXCHANGE; a.k.a. THE SAKSUK COMPANY FOR EXCHANGE AND FINANCIAL TRANSFERS), Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SOKOL AIRCRAFT PLANT (a.k.a. NAZ SOKOL; a.k.a. NIZHNIY NOVGOROD AVIATION PLANT SOKOL; a.k.a. NIZHNIY NOVGOROD SOKOL AIRCRAFT MANUFACTURING PLANT; a.k.a. PJSC NAZ SOKOL (Cyrillic: ПАО НАЗ СОКОЛ)), 1 Chaadaev St., Nizhny

Novgorod 603035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5259008341 (Russia) [RUSSIA-EO14024].

SOKOL DESIGN BUREAU (a.k.a. AO NPO OKB IM MP SIMONOVA; a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESICH BUREAU COKOL; a.k.a. JSC SCIENTIFIC PRODUCTION ASSOCIATION EXPERIMENTAL DESIGN BUREAU NAMED AFTER M SIMONOV; a.k.a. OKB SIMONOV; a.k.a. OKB SOKOL; a.k.a. SIMONOV DESIGN BUREAU), 2A ul Akademika Pavlova St, Kazan 420036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1661007166 (Russia); Registration Number 1021603886622 (Russia) [RUSSIA-EO14024].

SOKOL, Sergey Mikhaylovich (Cyrillic: СОКОЛ, Сергей Михайлович), Russia; DOB 17 Dec 1970; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SOKOLOV, Aleksandr Valentinovich (Cyrillic: СОКОЛОВ, Александр Валентинович) (a.k.a. SOKOLOV, Alexander Valentinovich), Kirov Region, Russia; DOB 04 Aug 1970; POB Kostroma, Kostroma Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SOKOLOV, Alexander Valentinovich (a.k.a. SOKOLOV, Aleksandr Valentinovich (Cyrillic: СОКОЛОВ, Александр Валентинович)), Kirov Region, Russia; DOB 04 Aug 1970; POB Kostroma, Kostroma Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SOKOLOV, Konstantin (a.k.a. KUDRYAVTSEV, Konstantin (Cyrillic: КУДРЯВЦЕВ, Константин); a.k.a. KUDRYAVTSEV, Konstantin Borisovich; a.k.a. SOKOLOV, Konstantin Yevgenievich), Russia; DOB 28 Apr 1980; alt. DOB 28 Apr 1979; nationality Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

SOKOLOV, Konstantin Yevgenievich (a.k.a. KUDRYAVTSEV, Konstantin (Cyrillic: КУДРЯВЦЕВ, Константин); a.k.a. KUDRYAVTSEV, Konstantin Borisovich; a.k.a. SOKOLOV, Konstantin), Russia; DOB 28 Apr

1980; alt. DOB 28 Apr 1979; nationality Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

SOKOLOVSKI, Rolan, Maple, Ontario, Canada; DOB 01 Mar 1988; POB Lithuania; nationality Canada; Email Address deem1313@live.ca; Gender Male; Digital Currency Address - XBT 37fKFZQGMqdBkjSUub1jCDWGgSHwv9VxfZ; alt. Digital Currency Address - XBT 1JPqJ8sxLBvdHBqMqSFBmUkoh2vAuCUNvs; Digital Currency Address - ETH 0x5d5b5dafecbf31bdb08bfd3edad4f2694372d0ef; alt. Digital Currency Address - ETH 0xc103b7dc095c904b92081eef0c1640081ec01c10; alt. Digital Currency Address - ETH 0xe1e4c5e5ed8f03ae61b581e2def126025f2b9401; Phone Number 14163184394; Digital Currency Address - TRX TCu5onCzXuqxjvVzdB2tR4FLuF66d4yRqf; alt. Digital Currency Address - TRX TBcLqqqyZjNj1ptuXFgj5H768NhNU5nDyn; Digital Currency Address - SOL 42RLPACwZPx3vYYmxSueqsogfynBDqXK298EDsNoyoHi; Passport P250404QS (Canada); Driver's License No. S6204-66508-80301 (Canada) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: WEDDING, Ryan James).

SOKTAR (a.k.a. JARACO S.A.; a.k.a. TRADACO S.A.), 45 Route de Frontenex, Geneva CH-1207, Switzerland [IRAQ2].

SOLAIMANI, Qasem (a.k.a. SALIMANI, Qasem; a.k.a. SOLEIMANI, Qasem; a.k.a. SOLEMANI, Qasem; a.k.a. SOLEYMANI, Ghasem; a.k.a. SOLEYMANI, Qasem; a.k.a. SULAIMANI, Qasem; a.k.a. SULAYMAN, Qasim; a.k.a. SULEMANI, Qasem); DOB 11 Mar 1957; POB Qom, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Diplomatic Passport 008827 (Iran) issued 1999 (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

SOLANO CHAVES, Julio Rodolfo, Bogota, Colombia; DOB 17 Jan 1959; POB Pauna, Boyaca, Colombia; citizen Colombia; Gender Male; Cedula No. 19336948 (Colombia) (individual) [SDNTK].

SOLARD, Ul. 3-YA Khoroshevskaya D. 2, Str. 1, Floor 6, Pomeshch. 3, Moscow 123308, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730257643 (Russia); Registration Number 1207700204502 (Russia) [RUSSIA-EO14024].

SOLAR-INVEST LLC (Cyrillic: ООО СОЛАР-ИНВЕСТ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTENNOSTYU SOLAR-INVEST), Ul. Usacheva D. 29, K. 9, pom. IV, Komn. 16, Moscow 119048, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Aug 2020; Tax ID No. 9704025618 (Russia); Registration Number 1207700271701 (Russia) [CYBER2] [RUSSIA-EO14024].

SOLDATOV, Maksim Valerevich (Cyrillic: СОЛДАТОВ, Максим Валерьевич) (a.k.a. SOLDATOV, Maksim Valeriovych (Cyrillic: СОЛДАТОВ, Максим Валерійович)), 2 Moscovskaya St., Apartment 12, Makeevka, Donetsk Region, Ukraine; DOB 26 Jan 1983; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3034102451 (Ukraine); alt. Tax ID No. 931100211650 (Russia) (individual) [RUSSIA-EO14024] (Linked To: STATE UNITARY ENTERPRISE OF THE DONETSK PEOPLE'S REPUBLIC REPUBLICAN CENTER TRADING HOUSE VTORMET).

SOLDATOV, Maksim Valeriovych (Cyrillic: СОЛДАТОВ, Максим Валерійович) (a.k.a. SOLDATOV, Maksim Valerevich (Cyrillic: СОЛДАТОВ, Максим Валерьевич)), 2 Moscovskaya St., Apartment 12, Makeevka, Donetsk Region, Ukraine; DOB 26 Jan 1983; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3034102451 (Ukraine); alt. Tax ID No. 931100211650 (Russia) (individual) [RUSSIA-EO14024] (Linked To: STATE UNITARY ENTERPRISE OF THE DONETSK PEOPLE'S REPUBLIC REPUBLICAN CENTER TRADING HOUSE VTORMET).

SOLDIERS OF AL-AQSA (a.k.a. JUND AL-AQSA; a.k.a. SARAYAT AL-QUDS; a.k.a. THE SOLDIERS OF AQSA; a.k.a. "JAA"), Idlib governorate, Syria; Hama governorate, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SOLDIERS OF GOD (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

SOLDIERS OF THE CALIPHATE IN ALGERIA (a.k.a. CALIPHATE SOLDIERS OF ALGERIA; a.k.a. JUND AL KHALIFA-ALGERIA; a.k.a. JUND AL-KHALIFA; a.k.a. JUND AL-KHALIFA FI ARD AL-JAZAYER; a.k.a. JUND AL-KHILAFA GROUP; a.k.a. JUND AL-KHILAFAH FI ARD AL-JAZA' IR; a.k.a. JUND AL-KHILAFAH IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN THE LAND OF ALGERIA; a.k.a. "JAK-A"), Kabylie region, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SOLDIERS OF THE CALIPHATE IN BANGLADESH (a.k.a. ABU JANDAL AL-BANGALI; a.k.a. CALIPHATE IN BANGLADESH; a.k.a. CALIPHATE'S SOLDIERS IN BANGLADESH; a.k.a. ISIS-BANGLADESH; a.k.a. ISLAMIC STATE BANGLADESH; a.k.a. ISLAMIC STATE IN BANGLADESH; a.k.a. KHALIFAH'S SOLDIERS IN BENGAL; a.k.a. NEO-JAMAAT-UL MUJAHIDEEN BANGLADESH; a.k.a. "ISB"; a.k.a. "ISISB"; a.k.a. "NEO-JMB"; a.k.a. "NEW-JMB"), Dhaka, Bangladesh; Rangpur, Bangladesh; Sylhet, Bangladesh; Jhenaidah, Bangladesh; Singapore; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

SOLDIERS OF THE CALIPHATE IN THE LAND OF ALGERIA (a.k.a. CALIPHATE SOLDIERS OF ALGERIA; a.k.a. JUND AL KHALIFA-ALGERIA; a.k.a. JUND AL-KHALIFA; a.k.a. JUND AL-KHALIFA FI ARD AL-JAZAYER; a.k.a. JUND AL-KHILAFA GROUP; a.k.a. JUND AL-KHILAFAH FI ARD AL-JAZA' IR; a.k.a. JUND AL-KHILAFAH IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN ALGERIA; a.k.a. "JAK-A"), Kabylie region, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SOLDIERS OF THE CALIPHATE IN TUNISIA (a.k.a. DAESH TUNISIA; a.k.a. ISIS-TUNISIA; a.k.a. ISIS-TUNISIA PROVINCE; a.k.a. JUND AL-KHILAFAH FI TUNIS; a.k.a. JUND AL-KHILAFAH IN TUNISIA; a.k.a. TALA I JUND AL-KHILAFAH; a.k.a. "AJNAD"; a.k.a. "JUND AL KHILAFAH"; a.k.a. "JUND AL-KHILAFA"; a.k.a. "SOLDIERS OF THE CALIPHATE"; a.k.a. "VANGUARDS OF THE SOLDIERS OF THE CALIPHATE"), Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SOLDIERS OF THE SHARIA (a.k.a. AL-RAYA ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A BRIGADE; a.k.a. ANSAR AL-SHARI'A IN BENGHAZI; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. ANSAR AL-SHARIAH; a.k.a. ANSAR AL-SHARIAH BRIGADE; a.k.a. ANSAR AL-SHARIAH-BENGHAZI; a.k.a. KATIBAT ANSAR AL-SHARIA IN BENGHAZI; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Benghazi, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

SOLDREAM SPB LTD (a.k.a. OOO SOLDRIM SPB), Pl. Konstitutsii D. 7, Lit. A, Pomeshch 182-N, Office 616A, Saint Petersburg 196191, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4707020337 (Russia); Registration Number 1034701423668 (Russia) [RUSSIA-EO14024].

SOLEIMANI, Ayoub, Iran; POB Kamaraj, Fars Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5479886967 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

SOLEIMANI, Gholam Reza (a.k.a. SOLEIMANI, Gholamreza (Arabic: غلامرضا سليمانى); a.k.a. SOLEIMANY, Gholamreza; a.k.a. SOLEYMANI, Gholam Reza), Iran; DOB 1964; alt. DOB 1965; POB Farsan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRGC] [IRAN-HR] [IRAN-EO13876] (Linked To: BASIJ RESISTANCE FORCE).

SOLEIMANI, Gholamreza (Arabic: غلامرضا سليمانى) (a.k.a. SOLEIMANI, Gholam Reza; a.k.a. SOLEIMANY, Gholamreza; a.k.a. SOLEYMANI, Gholam Reza), Iran; DOB 1964; alt. DOB 1965; POB Farsan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRGC] [IRAN-HR] [IRAN-EO13876] (Linked To: BASIJ RESISTANCE FORCE).

SOLEIMANI, Qasem (a.k.a. SALIMANI, Qasem; a.k.a. SOLAIMANI, Qasem; a.k.a. SOLEMANI, Qasem; a.k.a. SOLEYMANI, Ghasem; a.k.a. SOLEYMANI, Qasem; a.k.a. SULAIMANI, Qasem; a.k.a. SULAYMAN, Qasim; a.k.a. SULEMANI, Qasem); DOB 11 Mar 1957; POB Qom, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Diplomatic Passport 008827 (Iran) issued 1999 (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

SOLEIMANI, Sohrab (a.k.a. SOLEYMANI, Sohrab (Arabic: سهراب سليمانى)), Iran; DOB 1964; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Supervisor of the Office of the Deputy for Security and Law Enforcement of the State Prisons Organization; former Director General of the Tehran Prisons Organization (individual) [IRAN-HR].

SOLEIMANI, Vahid, Iran; DOB 06 Sep 1968; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR].

SOLEIMANY, Gholamreza (a.k.a. SOLEIMANI, Gholam Reza; a.k.a. SOLEIMANI, Gholamreza (Arabic: غلامرضا سليمانى); a.k.a. SOLEYMANI, Gholam Reza), Iran; DOB 1964; alt. DOB 1965; POB Farsan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRGC] [IRAN-HR] [IRAN-EO13876] (Linked To: BASIJ RESISTANCE FORCE).

SOLEMANI, Qasem (a.k.a. SALIMANI, Qasem; a.k.a. SOLAIMANI, Qasem; a.k.a. SOLEIMANI, Qasem; a.k.a. SOLEYMANI, Ghasem; a.k.a. SOLEYMANI, Qasem; a.k.a. SULAIMANI, Qasem; a.k.a. SULAYMAN, Qasim; a.k.a. SULEMANI, Qasem); DOB 11 Mar 1957; POB Qom, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Diplomatic Passport 008827 (Iran) issued 1999 (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

SOLEYMANI, Ghasem (a.k.a. SALIMANI, Qasem; a.k.a. SOLAIMANI, Qasem; a.k.a. SOLEIMANI, Qasem; a.k.a. SOLEMANI, Qasem; a.k.a. SOLEYMANI, Qasem; a.k.a.

SULAIMANI, Qasem; a.k.a. SULAYMAN, Qasim; a.k.a. SULEMANI, Qasem); DOB 11 Mar 1957; POB Qom, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Diplomatic Passport 008827 (Iran) issued 1999 (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

SOLEYMANI, Gholam Reza (a.k.a. SOLEIMANI, Gholam Reza; a.k.a. SOLEIMANI, Gholamreza (Arabic: غلامرضا سليمانى); a.k.a. SOLEIMANY, Gholamreza), Iran; DOB 1964; alt. DOB 1965; POB Farsan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRGC] [IRAN-HR] [IRAN-EO13876] (Linked To: BASIJ RESISTANCE FORCE).

SOLEYMANI, Qasem (a.k.a. SALIMANI, Qasem; a.k.a. SOLAIMANI, Qasem; a.k.a. SOLEIMANI, Qasem; a.k.a. SOLEMANI, Qasem; a.k.a. SOLEYMANI, Ghasem; a.k.a. SULAIMANI, Qasem; a.k.a. SULAYMAN, Qasim; a.k.a. SULEMANI, Qasem); DOB 11 Mar 1957; POB Qom, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Diplomatic Passport 008827 (Iran) issued 1999 (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

SOLEYMANI, Sohrab (Arabic: سهراب سليمانى) (a.k.a. SOLEIMANI, Sohrab), Iran; DOB 1964; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Supervisor of the Office of the Deputy for Security and Law Enforcement of the State Prisons Organization; former Director General of the Tehran Prisons Organization (individual) [IRAN-HR].

SOLID LTD (a.k.a. OOO SOLID), ul Mira 4, Novorossiysk, Krasnodarskiy kray 630024, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

SOLID TARIM INOVASYON ANONIM SIRKETI, Turktas D:1, No: 31 Cikcilli Mahallesi, 106 Sokak, Alanya, Antalya 07400, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730741687 (Turkey); Registration Number 25246 (Turkey) [RUSSIA-EO14024].

SOLINVEST LTD, Abu Dhabi, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Organization Established Date 09 Sep 2022; Target Type Private Company [RUSSIA-EO14024] (Linked To: SOLOZHENTSEVA, Natalia Vladimirovna).

SOLIS AVILES, Angello de Jesus, Calle Camino Los Lagos No. 4070-A, Fraccionamiento Centenario, Culiacan, Sinaloa, Mexico; DOB 23 Oct 1985; POB Escuinapa, Sinaloa, Mexico; alt. POB Culiacan, Sinaloa, Mexico; C.U.R.P. SOAA851023HSLLVN00 (Mexico) (individual) [SDNTK] (Linked To: BUENOS AIRES SERVICIOS, S.A. DE C.V.; Linked To: ESTACIONES DE SERVICIOS CANARIAS, S.A. DE C.V.; Linked To: GASODIESEL Y SERVICIOS ANCONA, S.A. DE C.V.; Linked To: GASOLINERA ALAMOS COUNTRY, S.A. DE C.V.; Linked To: GASOLINERA Y SERVICIOS VILLABONITA, S.A. DE C.V.; Linked To: PETROBARRANCOS, S.A. DE C.V.; Linked To: SERVICIOS CHULAVISTA, S.A. DE C.V.).

SOLIS, Rene Carlos (a.k.a. LOPEZ, Antonio Santiago; a.k.a. MENDOZA PENA, Sergio; a.k.a. PENA MENDOZA, Sergio; a.k.a. PENA MENDOZA, Sergio Arturo Sanchez; a.k.a. PENA SOLIS, Sergio), Miguel Hidalgo 410, Concordia, Nuevo Laredo, Tamaulipas, Mexico; Calle Decima, Colonia Las Fuentes, Reynosa, Tamaulipas, Mexico; DOB 25 Jan 1973; alt. DOB 1970; nationality Mexico; citizen Mexico (individual) [SDNTK].

SOLISE ENERGY FZE (Arabic: سوليس اينرجي), SAIF Executive Office P8-08-54, Sharjah, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Oct 2019; alt. Organization Established Date 24 Apr 2019; alt. Organization Established Date 13 Jun 2021; Business Registration Number 20920 (United Arab Emirates); alt. Business Registration Number 22474 (United Arab Emirates); Economic Register Number (CBLS) 11615535 (United Arab Emirates); alt. Economic Register Number (CBLS) 11952021 (United Arab Emirates) [SDGT] (Linked To: PALIKANDY, Mehboob Thachankandy).

SOLLERS PUBLIC JOINT STOCK COMPANY (a.k.a. PUBLIC JOINT STOCK COMPANY SOLLERS; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SOLLERS), Moscow International Business Centre, Northern Tower, 10, Testovskaya Street, Moscow 123317, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2002; Tax ID No. 3528079131 (Russia); Government Gazette Number 57126933 (Russia); Registration Number 1023501244524 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

SOLLERS-FINANCE LIMITED LIABILITY COMPANY (a.k.a. SOLLERS-FINANCE LLC; a.k.a. SOVCOMBANK LEASING LLC), Ul. Vavilova D. 24, Str. 1, Moscow 119334, Russia; Website sovcombank-leasing.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7709780434 (Russia); Registration Number 1087746253781 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOLLERS-FINANCE LLC (a.k.a. SOLLERS-FINANCE LIMITED LIABILITY COMPANY; a.k.a. SOVCOMBANK LEASING LLC), Ul. Vavilova D. 24, Str. 1, Moscow 119334, Russia; Website sovcombank-leasing.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7709780434 (Russia); Registration Number 1087746253781 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOLMAR, Atrium Building, Weygand Street, Central District, Beirut, Lebanon [SDNTK].

SOLODOV, Vladimir Viktorovich (Cyrillic: СОЛОДОВ, Владимир Викторович), Kamchatka Territory, Russia; DOB 26 Jul 1982; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SOLODOVNIKOV, Ivan Alexandrovich (Cyrillic: СОЛОДОВНИКОВ, Иван Александрович), Russia; DOB 09 Apr 1985; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SOLODUN, Galina Nikolayevna (Cyrillic: СОЛОДУН, Галина Николаевна), Russia; DOB 26 Jan 1968; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SOLOMATINA, Tatiana Vasilievna (Cyrillic: СОЛОМАТИНА, Татьяна Васильевна), Russia; DOB 21 Apr 1956; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SOLOVEV, Sergey Anatolevich (Cyrillic: СОЛОВЬЕВ, Сергей Анатольевич), Russia; DOB 01 May 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SOLOVIEV, Yuri (a.k.a. SOLOVIEV, Yuri Alekseievich; a.k.a. SOLOVIEV, Yuriy Alekseyevich (Cyrillic: СОЛОВЬЕВ, Юрий Алексеевич); a.k.a. SOLOVYEV, Yury; a.k.a. SOLOVYOV, Yury), Russia; DOB 13 Apr 1970; POB Ulanbataar, Mongolia; nationality Russia; alt. nationality United Kingdom; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SOLOVIEV, Yuri Alekseievich (a.k.a. SOLOVIEV, Yuri; a.k.a. SOLOVIEV, Yuriy Alekseyevich (Cyrillic: СОЛОВЬЕВ, Юрий Алексеевич); a.k.a. SOLOVYEV, Yury; a.k.a. SOLOVYOV, Yury), Russia; DOB 13 Apr 1970; POB Ulanbataar, Mongolia; nationality Russia; alt. nationality United Kingdom; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SOLOVIEV, Yuriy Alekseyevich (Cyrillic: СОЛОВЬЕВ, Юрий Алексеевич) (a.k.a. SOLOVIEV, Yuri; a.k.a. SOLOVIEV, Yuri Alekseievich; a.k.a. SOLOVYEV, Yury; a.k.a. SOLOVYOV, Yury), Russia; DOB 13 Apr 1970; POB Ulanbataar, Mongolia; nationality Russia; alt. nationality United Kingdom; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SOLOVIEVA, Galina Olegovna (a.k.a. ULYUTINA, Galina; a.k.a. ULYUTINA, Galina Olegovna), 8-1-60 Philippovskiy, Moscow 119019, Russia; DOB 20 Oct 1977; POB Avdeevka, Ukraine; nationality Russia; alt. nationality Bulgaria; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4510519178 (Russia); alt. National ID No. 7710206574

(Bulgaria) (individual) [RUSSIA-EO14024] (Linked To: SOLOVIEV, Yuriy Alekseyevich).

SOLOVYEV, Yury (a.k.a. SOLOVIEV, Yuri; a.k.a. SOLOVIEV, Yuri Alekseievich; a.k.a. SOLOVIEV, Yuriy Alekseyevich (Cyrillic: СОЛОВЬЕВ, Юрий Алексеевич); a.k.a. SOLOVYOV, Yury), Russia; DOB 13 Apr 1970; POB Ulanbataar, Mongolia; nationality Russia; alt. nationality United Kingdom; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SOLOVYOV, Yury (a.k.a. SOLOVIEV, Yuri; a.k.a. SOLOVIEV, Yuri Alekseievich; a.k.a. SOLOVIEV, Yuriy Alekseyevich (Cyrillic: СОЛОВЬЕВ, Юрий Алексеевич); a.k.a. SOLOVYEV, Yury), Russia; DOB 13 Apr 1970; POB Ulanbataar, Mongolia; nationality Russia; alt. nationality United Kingdom; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SOLOZHENTSEVA, Natalia Vladimirovna, United Arab Emirates; DOB 11 Jul 1966; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 750670051 (Russia); alt. Passport K00231120 (Cyprus) (individual) [RUSSIA-EO14024].

SOLTAEV, Mansur Mussaevich (Cyrillic: СОЛТАЕВ, Мансур Муссаевич) (a.k.a. SOLTAEV, Mansur Mussayevitch; a.k.a. SOLTAJEV, Mansur Mussajevic; a.k.a. SOLTAYEV, Mansur Mussayevich), Chechen Republic, Russia; DOB 13 Jun 1978; POB Saratov, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 201480830976 (Russia) (individual) [RUSSIA-EO14024].

SOLTAEV, Mansur Mussayevitch (a.k.a. SOLTAEV, Mansur Mussaevich (Cyrillic: СОЛТАЕВ, Мансур Муссаевич); a.k.a. SOLTAJEV, Mansur Mussajevic; a.k.a. SOLTAYEV, Mansur Mussayevich), Chechen Republic, Russia; DOB 13 Jun 1978; POB Saratov, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 201480830976 (Russia) (individual) [RUSSIA-EO14024].

SOLTAJEV, Mansur Mussajevic (a.k.a. SOLTAEV, Mansur Mussaevich (Cyrillic: СОЛТАЕВ, Мансур Муссаевич); a.k.a. SOLTAEV, Mansur Mussayevitch; a.k.a.

SOLTAYEV, Mansur Mussayevich), Chechen Republic, Russia; DOB 13 Jun 1978; POB Saratov, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 201480830976 (Russia) (individual) [RUSSIA-EO14024].

SOLTANI, Mohammad, Mashhad, Iran; DOB 1958; alt. DOB 1959; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Revolutionary Court of Mashhad (individual) [CAATSA - IRAN].

SOLTANIZADEH, Parviz (Arabic: پرویز سلطانی زاده), Tehran, Iran; DOB 13 Jul 1960; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport V56586955 (Iran) expires 26 Apr 2027; National ID No. 0938543059 (Iran) (individual) [IRAN-EO13902] (Linked To: KIMIA SADR PASARGAD COMPANY).

SOLTANMOHAMMADI, Mohammad (a.k.a. SELTAN MOHAMMEDI, Mohammed; a.k.a. SULTAN MOHMADI, Mohhamad; a.k.a. WANG, Chung Lang; a.k.a. WANG, Chung Lung; a.k.a. WANG, Zhong-Lang), Apartment # 1504, Fairooz Tower, Dubai Marina, Dubai, United Arab Emirates; 216 Ocean Drive, Sentosa Cove, Singapore 098622, Singapore; DOB 04 Nov 1960; POB Hamedan, Iran; nationality Iran; alt. nationality United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 518015439 (United Kingdom) expires 07 Apr 2026; alt. Passport T96397867 (Iran); alt. Passport 038016890 (United Kingdom); alt. Passport 093045489 (United Kingdom); alt. Passport U11283369 (Iran); National ID No. S27602 (United Kingdom) (individual) [NPWMD] [IFSR] (Linked To: HODA TRADING).

SOLTAYEV, Mansur Mussayevich (a.k.a. SOLTAEV, Mansur Mussaevich (Cyrillic: СОЛТАЕВ, Мансур Муссаевич); a.k.a. SOLTAEV, Mansur Mussayevitch; a.k.a. SOLTAJEV, Mansur Mussajevic), Chechen Republic, Russia; DOB 13 Jun 1978; POB Saratov, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 201480830976 (Russia) (individual) [RUSSIA-EO14024].

SOLUCIONES ELECTRICAS Y MECANICAS HADOM S.R.L. (a.k.a. SEYMEH; a.k.a. SEYMEH S.R.L.), Ave 27 de Febrero #10 entre

Maximo Gomez y, Santo Domingo, D.N., Dominican Republic; Tax ID No. 130819084 (Dominican Republic) [GLOMAG].

SOLUCIONES TECNOLOGICAS Y PAQUETERIA TRES, SOCIEDAD ANONIMA DE CAPITAL VARIABLE, Zapopan, Jalisco, Mexico; Organization Established Date 21 Nov 2023; Organization Type: Transportation and storage; Folio Mercantil No. N-2023100783 (Mexico) [ILLICIT-DRUGS-EO14059].

SOLUGA SOLUCIONES GASTRONOMICAS SRL (a.k.a. "AL PANINO"), Av. Abraham Lincoln, Plaza Andalucia II, Primera Planta, Local Comercial 49-A y 50-A, Santo Domingo, Distrito Nacional, Dominican Republic; Tax ID No. 131-63920-8 (Dominican Republic) [SDNTK].

SOLUGAS SOLUCIONES EN GASOLINERAS, S.A. DE C.V., Zapopan, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Retail sale of automotive fuel in specialized stores; RFC SSG080722688 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: RIVERA MIRAMONTES, Carlos Humberto).

SOLVENT ORGANICS FZE (Arabic: سولفينت أورغانيكس م م ح), Office No. LB192003, Jebel Ali Free Zone, Dubai, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 08 Sep 2022; License 23386411 (United Arab Emirates); Economic Register Number (CBLS) 12193196 (United Arab Emirates) [IRAN-EO13846].

SOM OVERSEAS PETROLEUM ENERJI SANAYI VE TICARET ANONIM SIRKETI, N: 12 Istinye Mahallesi, Bostan Sokak, Sariyer, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Istanbul Chamber of Comm. No. 807703 (Turkey); Registration Number 806779-0 (Turkey); Central Registration System Number 0773-0337-4440-0013 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

SOM PETROL TICARET ANONIM SIRKETI, No: 12, Istinye Mahallesi Bostan Sokak, Sariyer, Istanbul, 34460, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 0130033164 (Turkey); Istanbul Chamber of Comm. No. 429724 (Turkey); Registration Number 429724-0 (Turkey); Central

Registration System Number 13003316464809 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

SOMAS ENERJI SANAYI VE TICARET ANONIM SIRKETI, Instinye Mah. Bostan Sok. No. 12 Sariyer, Istanbul, Turkey; Resitpasa Mah. Denizbank Ust Sitesi Yol Sok. No. 29 Sariyer, Istanbul 34467, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Istanbul Chamber of Comm. No. 631434 (Turkey); Registration Number 631434-0 (Turkey); Central Registration System Number 0773-0324-4740-0012 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

SOMIC ENGINEERING AND MANAGEMENT CO (Arabic: شرکت مهندسی و مدیریت فناوران سامیک) (a.k.a. FANAVARAN SOMIC ENGINEERING AND MANAGEMENT CO; a.k.a. SOMIC ENGINEERING AND MANAGEMENT COMPANY; a.k.a. SOMIC MANAGEMENT AND ENGINEERING TECHNICIANS; a.k.a. "SOMIC"; a.k.a. "SOMIC COMPANY"), No. 76 - Floor 1 - Sattarkhan St., Tehran, Iran; Website www.somicgroup.net; alt. Website www.somicgroup.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101529281 (Iran); Registration Number 10917 (Iran); alt. Registration Number 109167 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SOMIC ENGINEERING AND MANAGEMENT COMPANY (a.k.a. FANAVARAN SOMIC ENGINEERING AND MANAGEMENT CO; a.k.a. SOMIC ENGINEERING AND MANAGEMENT CO (Arabic: شرکت مهندسی و مدیریت فناوران سامیک); a.k.a. SOMIC MANAGEMENT AND ENGINEERING TECHNICIANS; a.k.a. "SOMIC"; a.k.a. "SOMIC COMPANY"), No. 76 - Floor 1 - Sattarkhan St., Tehran, Iran; Website www.somicgroup.net; alt. Website www.somicgroup.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101529281 (Iran); Registration Number 10917 (Iran); alt. Registration Number 109167 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SOMIC MANAGEMENT AND ENGINEERING TECHNICIANS (a.k.a. FANAVARAN SOMIC ENGINEERING AND MANAGEMENT CO; a.k.a. SOMIC ENGINEERING AND MANAGEMENT CO (Arabic: شرکت مهندسی و مدیریت فناوران سامیک); a.k.a. SOMIC ENGINEERING AND MANAGEMENT COMPANY; a.k.a. "SOMIC"; a.k.a. "SOMIC COMPANY"), No. 76 - Floor 1 - Sattarkhan St., Tehran, Iran; Website www.somicgroup.net; alt. Website www.somicgroup.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101529281 (Iran); Registration Number 10917 (Iran); alt. Registration Number 109167 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SOMMEN SECRETARIAL SERVICES LIMITED, Louloupis Court, Floor No: 6, Christodoylou Chatzipaylou 205, Limassol 3036, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Sep 2013; Registration Number C325384 (Cyprus) [RUSSIA-EO14024] (Linked To: WINDFEL PROPERTIES LIMITED; Linked To: SAVOLER DEVELOPMENT LIMITED; Linked To: MIRAMONTE INVESTMENTS LIMITED).

SON, Jong Hyok (a.k.a. SON, Min), Egypt; DOB 20 May 1980; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD] (Linked To: KOREA MINING DEVELOPMENT TRADING CORPORATION).

SON, Kyong Sik, Shenyang, China; DOB 20 Apr 1959; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 381220302 (Korea, North) (individual) [DPRK3] (Linked To: KOREA OSONG SHIPPING CORPORATION).

SON, Min (a.k.a. SON, Jong Hyok), Egypt; DOB 20 May 1980; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD] (Linked To: KOREA MINING DEVELOPMENT TRADING CORPORATION).

SON, Mun San; DOB 23 Jan 1951; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or

Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; External Affairs Bureau Chief, General Bureau of Atomic Energy (individual) [NPWMD].

SONATEC LIMITED LIABILITY COMPANY (a.k.a. SONATEK LLC), Ul. Usievicha D. 20, K. 3, Moscow 125315, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5027153451 (Russia); Registration Number 1095027010242 (Russia) [RUSSIA-EO14024].

SONATEK LLC (a.k.a. SONATEC LIMITED LIABILITY COMPANY), Ul. Usievicha D. 20, K. 3, Moscow 125315, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5027153451 (Russia); Registration Number 1095027010242 (Russia) [RUSSIA-EO14024].

SONE, Aung Pyae (a.k.a. SONE, U Aung Pyae), Burma; DOB 24 Jun 1984; nationality Burma; Gender Male; National ID No. 12/SAKHANA(N)062210 (Burma) (individual) [BURMA-EO14014].

SONE, U Aung Pyae (a.k.a. SONE, Aung Pyae), Burma; DOB 24 Jun 1984; nationality Burma; Gender Male; National ID No. 12/SAKHANA(N)062210 (Burma) (individual) [BURMA-EO14014].

SONG, Crystal (a.k.a. SONG, Jing), Guangzhou City, Guangdong Province, China; DOB 03 Aug 1969; POB Mudanjiang, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E24963042 (China); National ID No. 231004196908031226 (China) (individual) [SDGT] (Linked To: HASHEMI, Seyed Morteza Minaye).

SONG, Jing (a.k.a. SONG, Crystal), Guangzhou City, Guangdong Province, China; DOB 03 Aug 1969; POB Mudanjiang, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E24963042 (China); National ID No. 231004196908031226 (China) (individual) [SDGT] (Linked To: HASHEMI, Seyed Morteza Minaye).

SONG, Kum Hyok, Changbailu No. 55, Yanji, Jilin 133000, China; Korea, North; DOB 30 Aug 1987; nationality Korea, North; Email Address wangge327@yahoo.com; Gender Male (individual) [CYBER4].

SONG, Xueqin (Chinese Simplified: 宋雪琴) (a.k.a. "SONG, Shelly"), No. 35 Group 6, Fengling Village, Yuekou Township, Tianmen City, Hubei Province, China (Chinese Simplified: 丰岭村六组35号, 岳口镇, 天门市, 湖北省, China); DOB 24 Nov 1990; POB Hubei, China; nationality China; citizen China; Gender Female; National ID No. 429006199011245448 (China) (individual) [ILLICIT-DRUGS-EO14059].

SONGALE, Fuad (a.k.a. KALAF, Fuad Mohamed; a.k.a. KALAF, Fuad Mohammed; a.k.a. KHALAF, Fuad; a.k.a. KHALAF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohammed; a.k.a. QALAF, Fuad Mohamed; a.k.a. SHANGOLE, Fuad; a.k.a. SHONGALE, Fouad; a.k.a. SHONGALE, Fuad; a.k.a. SHONGOLE, Fuad; a.k.a. SHONGOLE, Fuad Muhammad Khalaf), Mogadishu, Somalia; DOB 28 Mar 1965; alt. DOB 28 May 1965; POB Somalia; nationality Somalia; alt. nationality Sweden; Gender Male (individual) [SOMALIA].

SONGI TRADING COMPANY, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

SONGWON SHIPPING & MANAGEMENT (a.k.a. SONGWON SHIPPING AND MANAGEMENT), Somun-dong, Chung-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5990268 [DPRK4].

SONGWON SHIPPING AND MANAGEMENT (a.k.a. SONGWON SHIPPING & MANAGEMENT), Somun-dong, Chung-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5990268 [DPRK4].

SONIS CO (a.k.a. LLC SONIS (Cyrillic: ООО СОНИС)), Ul. Polkovnika Militsii Kurochkina D. 19, Pomeshch. 12, 13, Troitsk 108841, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Manufacture of chemicals and chemical products; Tax ID No. 7705768066 (Russia); Registration Number 1067760630937 (Russia) [RUSSIA-EO14024].

SOOD, Rahul, House No 6 20 Loiyangalani Drive, Lavington, Nairobi 00500, Kenya; DOB 13 Aug 1978; nationality India; Gender Male; Passport Z6726968 expires 15 Aug 2032 (individual) [GLOMAG] (Linked To: PATTNI, Kamlesh Mansukhlal Damji).

SOONTHRON, Cheewinprapasri (a.k.a. APHICHART, Cheewinprapasi; f.k.a. HAI HSING, Sae Wei; a.k.a. HKIM, Aik Hsam; a.k.a. SUNTHORN, Chiwinpraphasi; a.k.a. WEI, Hsueh Lung; a.k.a. "CHAIRMAN KEUN"; a.k.a. "KEUN DONG"; a.k.a. "KEUN SEU CHANG"; a.k.a. "TI JUNG"; a.k.a. "WEI HSUEH LUNG"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; Pang Poi, Shan, Burma; Na Lot, Shan, Burma; 409/4, Soi Wachiratham Sathit 34, Khwaeng Bang Chak, Khet Phra Khanong, Bangkok, Thailand; DOB 1936; POB Chiang Rai, Thailand; Passport B265235 (Thailand); National Foreign ID Number 5570700010951 (Thailand) (individual) [SDNTK].

SOPHARY, Kim, 135, Street 110, Takhmao, Kandal 0811, Cambodia; DOB 12 Dec 1982; POB Kampong Cham, Cambodia; Gender Female; Passport N00013860 (Cambodia) expires 13 Aug 2024 (individual) [GLOMAG] (Linked To: KIM, Kun).

SOPHYCHEM HK LIMITED, 21F, CMA Building, 64 Connaught Road Central, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 29 Nov 2018; C.R. No. 2771275 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

SOPTA, Stanko; DOB 04 Feb 1966; POB Duzice, Bosnia-Herzegovina (individual) [BALKANS].

SORAN COMPANY (a.k.a. SOURAN COMPANY (Arabic: شركة سوران)), Damascus, Syria; Organization Established Date 03 Sep 2018; Organization Type: Other telecommunications activities; alt. Organization Type: Wholesale of electronic and telecommunications equipment and parts [PAARSSR-EO13894] (Linked To: MASOUTI, Mohammed Hammam Mohammed Adnan).

SORAQIA FOR MEDIA AND BROADCASTING (a.k.a. SBC TELEVISION; a.k.a. SBC TV; a.k.a. SORAQIYA FOR MEDIA AND BROADCASTING; a.k.a. SURAQIYA FOR MEDIA AND BROADCASTING), Al Sufara' Street in the Ya'fur district, Damascus, Syria [IRAQ3].

SORAQIYA FOR MEDIA AND BROADCASTING (a.k.a. SBC TELEVISION; a.k.a. SBC TV; a.k.a. SORAQIA FOR MEDIA AND BROADCASTING; a.k.a. SURAQIYA FOR MEDIA AND BROADCASTING), Al Sufara' Street in the Ya'fur district, Damascus, Syria [IRAQ3].

SORBANI, Ezzatullah Ghasemian (a.k.a. GASEMIAN, Ezzatollah; a.k.a. SORBONI, Ezzatollah Ghasemian; a.k.a. SURBENI, Ezzatollah Ghasemian), Tehran, Iran; DOB 01 Feb 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2090512385 (Iran) (individual) [NPWMD] [IFSR] (Linked To: AZMOON PAJOHAN HESGAR LIMITED LIABILITY COMPANY).

SORBONI, Ezzatollah Ghasemian (a.k.a. GASEMIAN, Ezzatollah; a.k.a. SORBANI, Ezzatullah Ghasemian; a.k.a. SURBENI, Ezzatollah Ghasemian), Tehran, Iran; DOB 01 Feb 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2090512385 (Iran) (individual) [NPWMD] [IFSR] (Linked To: AZMOON PAJOHAN HESGAR LIMITED LIABILITY COMPANY).

SOROKIN, Dmitrii Sergeevich (a.k.a. SOROKIN, Dmitry Sergeyevich), 16-63 40-Letya Pobedy Str, Ulyanovsk 432064, Russia; DOB 18 Dec 1974; POB Miass, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 7302481876 (Russia); Tax ID No. 732808920547 (Russia) (individual) [RUSSIA-EO14024].

SOROKIN, Dmitry Sergeyevich (a.k.a. SOROKIN, Dmitrii Sergeevich), 16-63 40-Letya Pobedy Str, Ulyanovsk 432064, Russia; DOB 18 Dec 1974; POB Miass, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 7302481876 (Russia); Tax ID No. 732808920547 (Russia) (individual) [RUSSIA-EO14024].

SOROKIN, Pavel Yurevich (Cyrillic: СОРОКИН, Павел Юрьевич), Moscow, Russia; DOB 01 Aug 1985; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SOROUSH SARZAMIN ASATIR SHIP MANAGEMENT CO. (a.k.a. RAHBARAN OMID DARYA SHIP MANAGEMENT CO.; a.k.a.

RAHBARAN-E OMID-E DARYA SHIP MANAGEMENT; a.k.a. ROD SHIP MANAGEMENT CO; a.k.a. RODSM; f.k.a. SOROUSH SARZAMIN ASATIR SSA; f.k.a. SSA SHIP MANAGEMENT CO.), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; No. 5, Shabnam Alley, Ghaem Magham Farahani Street, Shahid Motahari Avenue, Tehran, Iran; Website www.rodsmc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 341563 (Iran) [IRAN].

SOROUSH SARZAMIN ASATIR SSA (a.k.a. RAHBARAN OMID DARYA SHIP MANAGEMENT CO.; a.k.a. RAHBARAN-E OMID-E DARYA SHIP MANAGEMENT; a.k.a. ROD SHIP MANAGEMENT CO; a.k.a. RODSM; f.k.a. SOROUSH SARZAMIN ASATIR SHIP MANAGEMENT CO.; f.k.a. SSA SHIP MANAGEMENT CO.), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; No. 5, Shabnam Alley, Ghaem Magham Farahani Street, Shahid Motahari Avenue, Tehran, Iran; Website www.rodsmc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 341563 (Iran) [IRAN].

SORWAR, Tofayel Mustafa (a.k.a. SAROWAR, Tofael Mostafa; a.k.a. SARWAR, Tofail Mostafa), Bangladesh; DOB 07 Dec 1973; POB Sunamganj, Bangladesh; nationality Bangladesh; Gender Male; National ID No. 19739116242567589 (Bangladesh) (individual) [GLOMAG] (Linked To: RAPID ACTION BATTALION).

SOSA CANISALES, Felipe de Jesus (a.k.a. "EL GIGIO"; a.k.a. "GIO"); DOB 16 Jul 1968; citizen Mexico (individual) [SDNTK].

SOSONNYJ, Aleksej Petrovich (a.k.a. SOSONNYY, Aleksey Petrovich (Cyrillic: СОСОННЫЙ, Алексей Петрович); a.k.a. SOSONNYY, Oleksiy Petrovych (Cyrillic: СОСОННИЙ, Олексій Петрович)), Russia; DOB 05 Nov 1983; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

SOSONNYY, Aleksey Petrovich (Cyrillic: СОСОННЫЙ, Алексей Петрович) (a.k.a. SOSONNYJ, Aleksej Petrovich; a.k.a. SOSONNYY, Oleksiy Petrovych (Cyrillic: СОСОННИЙ, Олексій Петрович)), Russia; DOB 05 Nov 1983; Gender Male; Secondary

sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

SOSONNYY, Oleksiy Petrovych (Cyrillic: СОСОННИЙ, Олексій Петрович) (a.k.a. SOSONNYJ, Aleksej Petrovich; a.k.a. SOSONNYY, Aleksey Petrovich (Cyrillic: СОСОННЫЙ, Алексей Петрович)), Russia; DOB 05 Nov 1983; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

SOTIS, per. Partiinyi d. 1, k. 58 str. 3, floor 3, pomeshch. i, office 323, Moscow 115093, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706816379 (Russia); Registration Number 5147746290038 (Russia) [RUSSIA-EO14024].

SOTNIKOV, Oleg Mikhaylovich, Russia; DOB 24 Aug 1972; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 120018866 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

SOTO GASTELUM, Jose Antonio; DOB 24 Mar 1967; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport TJT000291379 (Mexico) (individual) [SDNTK].

SOTO GIL, Yolanda Esthela, Padre Mayorga No. 106, Fraccionamiento Las Californias, Tijuana, Baja California, Mexico; c/o DISTRIBUIDORA IMPERIAL DE BAJA CALIFORNIA, S.A. DE C.V., Av. Rio Nazas 1202, Col. Revolucion, Tijuana, Baja California CP 22400, Mexico; c/o FORPRES, S.C., Tijuana, Baja California, Mexico; DOB 05 Aug 1950; POB Tijuana, Baja California, Mexico; C.U.R.P. SOGY500805MBCTLL15 (Mexico) (individual) [SDNTK].

SOTO PARRA, Miguel Angel (a.k.a. SOTO PARUA, Miguel Angel), Mexico; DOB 13 Sep 1972; POB Puebla, Puebla; nationality Mexico; citizen Mexico; R.F.C. SOPM720913 (Mexico); C.U.R.P. SOPM720913HPLTRG03 (Mexico); Cartilla de Servicio Militar Nacional C26300 (Mexico) (individual) [SDNTK].

SOTO PARUA, Miguel Angel (a.k.a. SOTO PARRA, Miguel Angel), Mexico; DOB 13 Sep 1972; POB Puebla, Puebla; nationality Mexico; citizen Mexico; R.F.C. SOPM720913 (Mexico);

C.U.R.P. SOPM720913HPLTRG03 (Mexico); Cartilla de Servicio Militar Nacional C26300 (Mexico) (individual) [SDNTK].

SOTO RODRIGUEZ, Bogar (a.k.a. ESTEVEZ COLMENARES, Ricardo; a.k.a. "LOCO"; a.k.a. "TIO"), Mexico; DOB 14 Sep 1974; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. EECR740914HGRSLC02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

SOTOMAYOR GARCIA, Romarico Vidal, Cuba; DOB 04 Nov 1938; POB Bartolome Maso, Granma, Cuba; nationality Cuba; Gender Male (individual) [GLOMAG].

SOTS IRKUT-ZENIT (a.k.a. IRKUT-ZENIT OOO; a.k.a. SPORTIVNO-OZDOROVITELNYI TSENTR IRKUT-ZENIT), ul Aviastroitelei d 4 korp A, Irkutsk 664002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3810034846 (Russia); Registration Number 1043801428065 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKOVLEV).

SOULEIMANE, Abou (a.k.a. GHADER, El Hadj Ould Abdel; a.k.a. JELIL, Youssef Ould Abdel; a.k.a. KHADER, Abdel; a.k.a. SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed; a.k.a. SALEM, Mohamed; a.k.a. SALIM, 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad; a.k.a. "AL-MAURITANI, Sheikh Yunis"; a.k.a. "AL-MAURITANI, Younis"; a.k.a. "AL-MAURITANI, Yunis"; a.k.a. "CHINGHEITY"; a.k.a. "THE MAURITANIAN, Salih"; a.k.a. "THE MAURITANIAN, Shaykh Yunis"); DOB 1981; POB Saudi Arabia; nationality Mauritania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SOULEMAN, Bi Sidi (a.k.a. ABASS, Sidiki; a.k.a. ABBAS, Sidiki; a.k.a. BI SIDI, Souleymane; a.k.a. SIDIKI, Abbas; a.k.a. SOULEMANE, Bi Sidi; a.k.a. SOULEYMANE, Bi Sidi; a.k.a. SOULIMANE, Sidiki Abass; a.k.a. "Sidiki"), Central African Republic; DOB 20 Jul 1962; POB Bocaranga, Ouham-Pende prefecture, Central African Republic; nationality Central African Republic; alt. nationality Chad; alt. nationality Cameroon; Gender Male (individual) [CAR].

SOULEMANE, Bi Sidi (a.k.a. ABASS, Sidiki; a.k.a. ABBAS, Sidiki; a.k.a. BI SIDI, Souleymane; a.k.a. SIDIKI, Abbas; a.k.a. SOULEMAN, Bi Sidi; a.k.a. SOULEYMANE, Bi Sidi; a.k.a. SOULIMANE, Sidiki Abass; a.k.a.

"Sidiki"), Central African Republic; DOB 20 Jul 1962; POB Bocaranga, Ouham-Pende prefecture, Central African Republic; nationality Central African Republic; alt. nationality Chad; alt. nationality Cameroon; Gender Male (individual) [CAR].

SOULEYMANE, Bi Sidi (a.k.a. ABASS, Sidiki; a.k.a. ABBAS, Sidiki; a.k.a. BI SIDI, Souleymane; a.k.a. SIDIKI, Abbas; a.k.a. SOULEMAN, Bi Sidi; a.k.a. SOULEMANE, Bi Sidi; a.k.a. SOULIMANE, Sidiki Abass; a.k.a. "Sidiki"), Central African Republic; DOB 20 Jul 1962; POB Bocaranga, Ouham-Pende prefecture, Central African Republic; nationality Central African Republic; alt. nationality Chad; alt. nationality Cameroon; Gender Male (individual) [CAR].

SOULIMANE, Sidiki Abass (a.k.a. ABASS, Sidiki; a.k.a. ABBAS, Sidiki; a.k.a. BI SIDI, Souleymane; a.k.a. SIDIKI, Abbas; a.k.a. SOULEMAN, Bi Sidi; a.k.a. SOULEMANE, Bi Sidi; a.k.a. SOULEYMANE, Bi Sidi; a.k.a. "Sidiki"), Central African Republic; DOB 20 Jul 1962; POB Bocaranga, Ouham-Pende prefecture, Central African Republic; nationality Central African Republic; alt. nationality Chad; alt. nationality Cameroon; Gender Male (individual) [CAR].

SOURAN COMPANY (Arabic: شركة سوران) (a.k.a. SORAN COMPANY), Damascus, Syria; Organization Established Date 03 Sep 2018; Organization Type: Other telecommunications activities; alt. Organization Type: Wholesale of electronic and telecommunications equipment and parts [PAARSSR-EO13894] (Linked To: MASOUTI, Mohammed Hammam Mohammed Adnan).

SOURCE1HERBS, 3076 Rosegrove Road, Swastika, Ontario P0K 1T0, Canada; 34 Hudson Bay Street, Kirkland Lake, Ontario P2N 2H9, Canada; P.O. Box 3067, Holetown, St. James, Barbados; 14 Satjay Bridgetown Center, Victoria Street, Bridgetown, Barbados; 301 Palm Beach Condominiums, Hastings, Christ Church, Barbados; Website http://www.source1herbs.com; Tax ID No. 180300642 (Canada); alt. Tax ID No. 200363331 (Canada) [SDNTK].

SOURCE1WELLNESS (a.k.a. LEADING EDGE SOURCING CORPORATION), Plaza 2000 Building, 10th Floor, Calle 50, Panama City 0834-1987, Panama; P.O. Box 831, 34 Hudson Bay Avenue, Kirkland Lake, Ontario P2N 1Z3, Canada; Website http://lescpanama.com; alt.

Website http://www.sourceonewellness.com; RUC # 22565211782546 (Panama) [SDNTK].

SOUSSOU, Habib (a.k.a. ABIB, Soussou; a.k.a. HABIB, Soussou; a.k.a. SAIDOU, Habib), Boda, Lobaye Prefecture, Central African Republic; DOB 13 Mar 1980; nationality Central African Republic (individual) [CAR].

SOUTH ALUMINUM (a.k.a. ALUMINIOM JONUB; a.k.a. SOUTH ALUMINUM COMPANY (Arabic: شرکت مجتمع صنایع آلومینیوم جنوب); a.k.a. "SALCO"), Iran; No. 35, 13th, Asadabadi Av., Tehran, Iran; Lamerd Special Economic Zone for Energy Intensive Industries, 8th km, Lamerd-khonj Road, Lamerd City, Fars Province, Iran; Website http://salcocompany.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13871] (Linked To: GHADIR INVESTMENT COMPANY).

SOUTH ALUMINUM COMPANY (Arabic: شرکت مجتمع صنایع آلومینیوم جنوب) (a.k.a. ALUMINIOM JONUB; a.k.a. SOUTH ALUMINUM; a.k.a. "SALCO"), Iran; No. 35, 13th, Asadabadi Av., Tehran, Iran; Lamerd Special Economic Zone for Energy Intensive Industries, 8th km, Lamerd-khonj Road, Lamerd City, Fars Province, Iran; Website http://salcocompany.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13871] (Linked To: GHADIR INVESTMENT COMPANY).

SOUTH ASIAN CHAPTER OF ISIL (a.k.a. ISIL KHORASAN; a.k.a. ISIL'S SOUTH ASIA BRANCH; a.k.a. ISIS WILAYAT KHORASAN; a.k.a. ISISK; a.k.a. ISIS-K; a.k.a. IS-KHORASAN; a.k.a. ISLAMIC STATE KHURASAN; a.k.a. ISLAMIC STATE OF IRAQ AND LEVANT IN KHORASAN PROVINCE; a.k.a. ISLAMIC STATE'S KHORASAN PROVINCE; a.k.a. THE ISLAMIC STATE OF IRAQ AND ASH-SHAM - KHORASAN PROVINCE; a.k.a. THE ISLAMIC STATE OF IRAQ AND SYRIA - KHORASAN), Afghanistan; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

SOUTH FRONT (a.k.a. SOUTHFRONT; a.k.a. SOUTHFRONT: ANALYSIS & INTELLIGENCE), Russia; Website southfront.org; alt. Website maps.southfront.org; Digital Currency Address - XBT 3Gbs4rjcVUtQd8p3CiFUCxPLZwRqurezRZ; alt. Digital Currency Address - XBT bc1qv7k70u2zynvem59u88ctdlaw7hc735d8xep 9rq; alt. Digital Currency Address - XBT bc1qw4cxpe6sxa5dg6sdwxjph959cw6yztrzl4r54

s; Digital Currency Address - ETH 0x9f4cda013e354b8fc285bf4b9a60460cee7f7e a9; alt. Digital Currency Address - ETH 0x3cbded43efdaf0fc77b9c55f6fc9988fcc9b757d ; Digital Currency Address - XMR 884Bz8UH63aYsjVdkfWfScRYWZGGNbjFL7pzt qvWNSrtYT4reFSwyvkCj9KEGUtheHhhMUj87c iTBFyzoesrMJ4L1FvSoxL; alt. Digital Currency Address - XMR 49HqitRzdnhYjgTEAhgGpCfsjdTeMbUTU6cyR4 JV1R7k2Eej9rGT8JpFiYDa4tZM6RZiFrHmMzg SrhHEqpDYKBe5B2ufNsL; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Type: News agency activities; Digital Currency Address - BCH qpf2cphc5dkuclkqur7lhj2yuqq9pk3hmukle77vhq ; alt. Digital Currency Address - BCH qzjv8hrdvz6edu4gkzpnd4w6jc7zf296g5e9kkq4l x; alt. Digital Currency Address - BCH qq3vlashthktqpeppuv7trmw070e3mydgq63zq34 8v [NPWMD] [CYBER2] [ELECTION-EO13848] (Linked To: FEDERAL SECURITY SERVICE).

SOUTH IRAN DARYABAN KISH, Kish, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SOUTH KAVEH STEEL CO. (a.k.a. KISH SOUTH KAVEH COMPANY; a.k.a. KISH SOUTH KAVEH STEEL COMPANY (Arabic: شرکت فولاد کاوه جنوب کیش); a.k.a. SKS STEEL COMPANY; a.k.a. SOUTH KAVEH STEEL COMPANY; a.k.a. STEEL KAVEH SOUTH KISH; a.k.a. "SKS CO."), No. 1/2 Seventh Ave., North Falamak-zarafshan intersections, Phase 4, Shahrak-E Gharb, Tehran, Iran; Persian Gulf Special Economic Zone, 13th Km Shahid Rajaee Highway, Bandar Abbas, Hormozgan, Iran; Next to Behjat Park, No. 12, Apartment Complex Kaveh Golabi Stre, Karimkhan Zand Avenue, Tehran, Iran; Quds District West District, Phase 4, North Felaamak St., Corner of Seventh Alley, No. 2/1, Tehran 1467883741, Iran; Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861569320 (Iran); Registration Number 7103 (Iran) [IRAN-EO13871] [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

SOUTH KAVEH STEEL COMPANY (a.k.a. KISH SOUTH KAVEH COMPANY; a.k.a. KISH SOUTH KAVEH STEEL COMPANY (Arabic: شرکت فولاد کاوه جنوب کیش); a.k.a. SKS STEEL COMPANY; a.k.a. SOUTH KAVEH STEEL CO.;

a.k.a. STEEL KAVEH SOUTH KISH; a.k.a. "SKS CO."), No. 1/2 Seventh Ave., North Falamak-zarafshan intersections, Phase 4, Shahrak-E Gharb, Tehran, Iran; Persian Gulf Special Economic Zone, 13th Km Shahid Rajaee Highway, Bandar Abbas, Hormozgan, Iran; Next to Behjat Park, No. 12, Apartment Complex Kaveh Golabi Stre, Karimkhan Zand Avenue, Tehran, Iran; Quds District West District, Phase 4, North Felaamak St., Corner of Seventh Alley, No. 2/1, Tehran 1467883741, Iran; Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861569320 (Iran); Registration Number 7103 (Iran) [IRAN-EO13871] [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

SOUTH ROUHINA STEEL COMPLEX, South Rouhina Steel Complex, 7th Kilometer of Dezful to Shooshtar, Dezful, Khuzestan, Iran; No. 3 Naader Dead End, East 37th St., Alvand St., Arjantin Sq., Tehran, Iran; Website www.rouhinasteel.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

SOUTH SEA ENERGY LIMITED (Chinese Traditional: 南海能源有限公司), Unit D01, 3/F, Wong King Industrial Building, No. 2 Tai Yau Street, Kowloon, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Jul 2022; Company Number 3169834 (Hong Kong); Legal Entity Number 836800F0JS2C5W7DP628; Business Registration Number 74216079 (Hong Kong) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

SOUTH SHIPPING LINES - IRAN LINE (a.k.a. KASHTIRANI-E JONOUB KHAT-E IRAN), No 119 Shabnam Alley, Ghaem Magham Street, Tehran, Iran; Website www.sslil.net; IFCA Determination - Involved in the Shipping Sector; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IFCA].

SOUTH WAY SHIPPING AGENCY (a.k.a. HOOPAD DARYA SHIPPING AGENCY COMPANY; a.k.a. HOOPAD DARYA SHIPPING AGENCY SERVICES), No. 101, Shabnam Alley, Ghaem Magham Street, Tehran, Iran; Hoopad Darya Shipping Agency Building, B.I.K. Port Complex, Bandar Imam Khomeini, Iran; Hoopad Darya Shipping Agency Building, Imam Khomeini Blvd, Bandar Abbas, Iran; Flat No. 2, 2nd Floor, SSL Building, Coastal Blvd, Between City Hall and Post Office, Khorramshahr, Iran; Opposite to City Post Office, No. 2 Telecommunications Center, Bandar Assaluyeh, Iran; PO Box 1589673134, Tehran, Iran; Website www.hdsac.net; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 349706 (Iran) [IRAN].

SOUTH WEALTH RESOURCES COMPANY (a.k.a. MANABEA THARWAT AL-JANOOB GENERAL TRADING COMPANY, LLC; a.k.a. SHIRKAT MANABI' THARAWAT AL-JANUB LILTIJARAH AL-'AMMAH; a.k.a. SOUTH WEALTH RESOURCES LTD.), Al Jadriya District, Baghdad, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SOUTH WEALTH RESOURCES LTD. (a.k.a. MANABEA THARWAT AL-JANOOB GENERAL TRADING COMPANY, LLC; a.k.a. SHIRKAT MANABI' THARAWAT AL-JANUB LILTIJARAH AL-'AMMAH; a.k.a. SOUTH WEALTH RESOURCES COMPANY), Al Jadriya District, Baghdad, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SOUTHEAST MOVEMENT (a.k.a. SOUTH-EAST MOVEMENT; a.k.a. YUGO-VOSTOK MOVEMENT), Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

SOUTH-EAST MOVEMENT (a.k.a. SOUTHEAST MOVEMENT; a.k.a. YUGO-VOSTOK MOVEMENT), Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

SOUTHEAST TRADING LTD (a.k.a. SOUTHEAST TRADING OY), Bucharest, Romania; St. Petersburg, Russia; Espoo, Finland; Kannelkatu 8, Lappeenranta 53100, Finland; PL 148, Lappeenranta 53101, Finland; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

SOUTHEAST TRADING OY (a.k.a. SOUTHEAST TRADING LTD), Bucharest, Romania; St. Petersburg, Russia; Espoo, Finland; Kannelkatu 8, Lappeenranta 53100, Finland; PL 148, Lappeenranta 53101, Finland; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

SOUTHERN HERITAGE LIMITED, Phnom Penh, Cambodia; Company Number 2035209 (Virgin Islands, British) [TCO] (Linked To: CHEN, Zhi).

SOUTHERN STALLIONS PVT LTD, Gurahaage, Orchid Magu, Feydhoo 19040, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Mar 2020; Organization Type: Sports and recreation education; Business Number BN09492020 (Maldives); Registration Number C-0255/2020 (Maldives) [SDGT] (Linked To: AGLEEL, Ahmed).

SOUTHFRONT (a.k.a. SOUTH FRONT; a.k.a. SOUTHFRONT: ANALYSIS & INTELLIGENCE), Russia; Website southfront.org; alt. Website maps.southfront.org; Digital Currency Address - XBT 3Gbs4rjcVUtQd8p3CiFUCxPLZwRqurezRZ; alt. Digital Currency Address - XBT bc1qv7k70u2zynvem59u88ctdlaw7hc735d8xep 9rq; alt. Digital Currency Address - XBT bc1qw4cxpe6sxa5dg6sdwxjph959cw6yztrzl4r54 s; Digital Currency Address - ETH 0x9f4cda013e354b8fc285bf4b9a60460cee7f7e a9; alt. Digital Currency Address - ETH 0x3cbded43efdaf0fc77b9c55f6fc9988fcc9b757d ; Digital Currency Address - XMR 884Bz8UH63aYsjVdkfWfScRYWZGGNbjFL7pzt qvWNSrtYT4reFSwyvkCj9KEGUtheHhhMUj87c iTBFyzoesrMJ4L1FvSoxL; alt. Digital Currency Address - XMR 49HqitRzdnhYjgTEAhgGpCfsjdTeMbUTU6cyR4 JV1R7k2Eej9rGT8JpFiYDa4tZM6RZiFrHmMzg SrhHEqpDYKBe5B2ufNsL; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Type: News agency activities; Digital Currency Address - BCH qpf2cphc5dkuclkqur7lhj2yuqq9pk3hmukle77vhq ; alt. Digital Currency Address - BCH qzjv8hrdvz6edu4gkzpnd4w6jc7zf296g5e9kkq4l x; alt. Digital Currency Address - BCH qq3vlashthktqpeppuv7trmw070e3mydgq63zq34 8v [NPWMD] [CYBER2] [ELECTION-EO13848] (Linked To: FEDERAL SECURITY SERVICE).

SOUTHFRONT: ANALYSIS & INTELLIGENCE (a.k.a. SOUTH FRONT; a.k.a. SOUTHFRONT), Russia; Website southfront.org; alt. Website maps.southfront.org; Digital Currency Address - XBT 3Gbs4rjcVUtQd8p3CiFUCxPLZwRqurezRZ; alt. Digital Currency Address - XBT bc1qv7k70u2zynvem59u88ctdlaw7hc735d8xep9rq; alt. Digital Currency Address - XBT bc1qw4cxpe6sxa5dg6sdwxjph959cw6yztrzl4r54s; Digital Currency Address - ETH 0x9f4cda013e354b8fc285bf4b9a60460cee7f7ea9; alt. Digital Currency Address - ETH 0x3cbded43efdaf0fc77b9c55f6fc9988fcc9b757d; Digital Currency Address - XMR 884Bz8UH63aYsjVdkfWfScRYWZGGNbjFL7pztqvWNSrtYT4reFSwyvkCj9KEGUtheHhhMUj87ciTBFyzoesrMJ4L1FvSoxL; alt. Digital Currency Address - XMR 49HqitRzdnhYjgTEAhgGpCfsjdTeMbUTU6cyR4JV1R7k2Eej9rGT8JpFiYDa4tZM6RZiFrHmMzgSrhHEqpDYKBe5B2ufNsL; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Type: News agency activities; Digital Currency Address - BCH qpf2cphc5dkuclkqur7lhj2yuqq9pk3hmukle77vhq; alt. Digital Currency Address - BCH qzjv8hrdvz6edu4gkzpnd4w6jc7zf296g5e9kkq4lx; alt. Digital Currency Address - BCH qq3vlashthktqpeppuv7trmw070e3mydgq63zq348v [NPWMD] [CYBER2] [ELECTION-EO13848] (Linked To: FEDERAL SECURITY SERVICE).

SOUTHPORT MANAGEMENT SERVICES LIMITED, De Castro Street 24, Akara Building, Wickhams Cay 1, Road Town, Tortola, Virgin Islands, British; Nicosia, Cyprus; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

SOUTIEN HUMANI'TERRE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

SOVA NEDVIZHIMOST OOO (Cyrillic: ООО СОВА НЕДВИЖИМОСТЬ) (a.k.a. SOVA REAL ESTATE LLC), Alleya Berezovaya 2, Odintsovo 143085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032268112 (Russia); Business Registration Number 1135032005734 [RUSSIA-EO14024] (Linked To: SHUVALOV, Igor Ivanovich).

SOVA REAL ESTATE LLC (a.k.a. SOVA NEDVIZHIMOST OOO (Cyrillic: ООО СОВА НЕДВИЖИМОСТЬ)), Alleya Berezovaya 2, Odintsovo 143085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032268112 (Russia); Business Registration Number 1135032005734 [RUSSIA-EO14024] (Linked To: SHUVALOV, Igor Ivanovich).

SOVCOM FACTORING (a.k.a. SOVKOM FAKTORING), Ul. Vavilova D. 24, Et/Pom/Kom 6/XIX/13, Moscow 119334, Russia; Website roseurofactoring.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736654990 (Russia); Registration Number 1137746071077 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVCOMBANK ASSET MANAGEMENT LIMITED LIABILITY COMPANY (a.k.a. SOVCOMBANK ASSET MANAGEMENT LLC; f.k.a. VOSTOCHNY CAPITAL MANAGEMENT COMPANY LLC), Pl. Suvorovskaya D. 1/52, K. 1, Floor 5, Pomeshch. 522-1, Moscow 127473, Russia; Website www.vostochniy-capital.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707404272 (Russia); Registration Number 1187746039392 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVCOMBANK ASSET MANAGEMENT LLC (a.k.a. SOVCOMBANK ASSET MANAGEMENT LIMITED LIABILITY COMPANY; f.k.a. VOSTOCHNY CAPITAL MANAGEMENT COMPANY LLC), Pl. Suvorovskaya D. 1/52, K. 1, Floor 5, Pomeshch. 522-1, Moscow 127473, Russia; Website www.vostochniy-capital.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707404272 (Russia); Registration Number 1187746039392 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVCOMBANK FACTORING LIMITED LIABILITY COMPANY, Ul. Kozhevnicheskaya D.14, Moscow 115114, Russia; Website factoring.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725625041 (Russia); Registration Number 1077764078226 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVCOMBANK INSURANCE JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO SOVKOMBANK STRAKHOVANIE; a.k.a. AO SOVKOMBANK STRAKHOVANIE), Pr-Kt Moskovskii D.79a, Lit.A, Saint Petersburg 196084, Russia; Website kfins.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7812016906 (Russia); Registration Number 1027810229150 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVCOMBANK LEASING LLC (a.k.a. SOLLERS-FINANCE LIMITED LIABILITY COMPANY; a.k.a. SOLLERS-FINANCE LLC), Ul. Vavilova D. 24, Str. 1, Moscow 119334, Russia; Website sovcombank-leasing.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7709780434 (Russia); Registration Number 1087746253781 (Russia) [RUSSIA-EO14024]

(Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVCOMBANK LIFE JSC (a.k.a. JOINT STOCK COMPANY SOVCOMBANK LIFE; a.k.a. JSC SOVCOMBANK LIFE), Ul. Butyrskaya, D. 76, P. 1, Moscow 127015, Russia; Website sovcomlife.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730058711 (Russia); Registration Number 1027739059754 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVCOMBANK OJSC (a.k.a. SOVCOMBANK OPEN JOINT STOCK COMPANY), 46 Prospekt Tekstilshchikov, Kostroma 156000, Russia; SWIFT/BIC SOMRRUM1KST; Website sovcombank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 4401116480 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

SOVCOMBANK OPEN JOINT STOCK COMPANY (a.k.a. SOVCOMBANK OJSC), 46 Prospekt Tekstilshchikov, Kostroma 156000, Russia; SWIFT/BIC SOMRRUM1KST; Website sovcombank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 4401116480 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

SOVCOMBANK SECURITIES LIMITED (f.k.a. KOMANA HOLDINGS LLC), Chapo Central, Flat No: 1, Floor No: 1, Spyrou Kyprianou 20, Nicosia 1075, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number C339207 (Cyprus) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVCOMBANK TECHNOLOGIES LIMITED LIABILITY COMPANY, Ul. Vokzalnaya D. 3b, Pomeshch. 49, Kom. 307, Odintsovo 143007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4400001172 (Russia); Registration Number 1214400000760 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVCOMCARD LIMITED LIABILITY COMPANY (a.k.a. SOVCOMCARD LLC; a.k.a. SOVKOMKARD), Pr-Kt Tekstilshchikov D. 46, Pomeshch. 1, Kom.56, Kostroma 156000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9717049581 (Russia); Registration Number 5167746420265 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVCOMCARD LLC (a.k.a. SOVCOMCARD LIMITED LIABILITY COMPANY; a.k.a. SOVKOMKARD), Pr-Kt Tekstilshchikov D. 46, Pomeshch. 1, Kom.56, Kostroma 156000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9717049581 (Russia); Registration Number 5167746420265 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVFRACHT JSC (a.k.a. OJSC SOVFRACHT; a.k.a. PJSC 'SOVFRACHT'; a.k.a. SOVFRAKHT), Rakhmanovskiy lane, 4, bld. 1, Morskoy House, Moscow 127994, Russia; Email Address general@sovfracht.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

SOVFRACHT MANAGEMENT COMPANY (a.k.a. LLC SOVFRACHT MANAGEMENT COMPANY; a.k.a. MANAGEMENT COMPANY SOVFRAKHT LTD; a.k.a. SOVFRACHT MANAGEMENT COMPANY LLC; a.k.a. SOVFRACHT MANAGING COMPANY LLC), Dobroslobodskaya, 3 BC Basmanov, Moscow 105066, Russia; Email Address general@sovfracht.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

SOVFRACHT MANAGEMENT COMPANY LLC (a.k.a. LLC SOVFRACHT MANAGEMENT COMPANY; a.k.a. MANAGEMENT COMPANY SOVFRAKHT LTD; a.k.a. SOVFRACHT MANAGEMENT COMPANY; a.k.a. SOVFRACHT MANAGING COMPANY LLC), Dobroslobodskaya, 3 BC Basmanov, Moscow 105066, Russia; Email Address general@sovfracht.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

SOVFRACHT MANAGING COMPANY LLC (a.k.a. LLC SOVFRACHT MANAGEMENT COMPANY; a.k.a. MANAGEMENT COMPANY SOVFRAKHT LTD; a.k.a. SOVFRACHT MANAGEMENT COMPANY; a.k.a. SOVFRACHT MANAGEMENT COMPANY

LLC), Dobroslobodskaya, 3 BC Basmanov, Moscow 105066, Russia; Email Address general@sovfracht.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

SOVFRACHT-SOVMORTRANS (a.k.a. SOVFRACHT-SOVMORTRANS GROUP; a.k.a. SOVFRAKHT-SOVMORTRANS), Rakhmanovskiy lane, 4, bld. 1, Morskoy House, Moscow 127994, Russia; Dobroslobodskaya, 3 BC Basmanov, Moscow 105066, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

SOVFRACHT-SOVMORTRANS GROUP (a.k.a. SOVFRACHT-SOVMORTRANS; a.k.a. SOVFRAKHT-SOVMORTRANS), Rakhmanovskiy lane, 4, bld. 1, Morskoy House, Moscow 127994, Russia; Dobroslobodskaya, 3 BC Basmanov, Moscow 105066, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

SOVFRAKHT (a.k.a. OJSC SOVFRACHT; a.k.a. PJSC 'SOVFRACHT'; a.k.a. SOVFRACHT JSC), Rakhmanovskiy lane, 4, bld. 1, Morskoy House, Moscow 127994, Russia; Email Address general@sovfracht.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

SOVFRAKHT-SOVMORTRANS (a.k.a. SOVFRACHT-SOVMORTRANS; a.k.a. SOVFRACHT-SOVMORTRANS GROUP), Rakhmanovskiy lane, 4, bld. 1, Morskoy House, Moscow 127994, Russia; Dobroslobodskaya, 3 BC Basmanov, Moscow 105066, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

SOVKOM FAKTORING (a.k.a. SOVCOM FACTORING), Ul. Vavilova D. 24, Et/Pom/Kom 6/XIX/13, Moscow 119334, Russia; Website roseurofactoring.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736654990 (Russia); Registration Number 1137746071077 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVKOM LIZING, Ul Vavilova D 24, Moscow 119991, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716228873 (Russia); Registration Number 1037716009011 (Russia) [RUSSIA-EO14024]

(Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVKOMKARD (a.k.a. SOVCOMCARD LIMITED LIABILITY COMPANY; a.k.a. SOVCOMCARD LLC), Pr-Kt Tekstilshchikov D. 46, Pomeshch. 1, Kom.56, Kostroma 156000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9717049581 (Russia); Registration Number 5167746420265 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVMESTNOYE ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ENERGO-OIL (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЭНЕРГО-ОИЛ) (a.k.a. CJSC ENERGO-OIL; a.k.a. CLOSED JOINT STOCK COMPANY ENERGO-OIL; f.k.a. CLOSED JOINT-STOCK COMPANY TRAYPLENERGO (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАЙПЛЭНЕРГО); a.k.a. ENERGOOIL; a.k.a. ENERGO-OIL (Cyrillic: ЭНЕРГО-ОИЛ); a.k.a. SUMESNAYE ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ENERGA-OIL (Cyrillic: СУМЕСНАЕ ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ЭНЕРГА-ОІЛ); a.k.a. SZAO ENERGO-OIL (Cyrillic: СЗАО ЭНЕРГО-ОИЛ); a.k.a. SZAT ENERGA-OIL (Cyrillic: СЗАТ ЭНЕРГА-ОІЛ)), ul. Rakovskaya, d. 14V (3rd floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В (3 этаж), г. Минск 220004, Belarus); Organization Established Date 24 Oct 2001; Registration Number 800011806 (Belarus) [BELARUS-EO14038].

SOVMORTRANS CJSC (a.k.a. CJSC SOVMORTRANS), Rakhmanovskiy lane, 4, bld. 1, Morskoy House, Moscow 127994, Russia; Email Address smt@sovmortrans.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

SOVMORTRANS-CRIMEA (a.k.a. KRYM SMT OOO LLC; a.k.a. LLC CMT CRIMEA; a.k.a. OOO 'CMT-K'; a.k.a. OOO 'SMT-K'; a.k.a. SMT-CRIMEA; a.k.a. SMT-K), ul. Zoi Zhiltsovoy, d. 15, office 51, Simferopol, Crimea, Ukraine; Vokzalnoye Highway 140, Kerch, Ukraine; Anapskoye Highway 1, Temryuk, Russia; Email Address info@smt-k.ru; alt. Email Address info@parom-k.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

SOVREMENNYE TEKHNOLOGII (a.k.a. SOVREMENNYE TEKHNOLOGII LIMITED LIABILITY COMPANY; a.k.a. SOVREMENNYE TEKHNOLOGII LLC), 12a Vtoroy Yuzhnoportovy Drive, b. 1/6, Moscow 115432, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708229993 (Russia); Registration Number 1037708040468 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SOVREMENNYE TEKHNOLOGII LIMITED LIABILITY COMPANY (a.k.a. SOVREMENNYE TEKHNOLOGII; a.k.a. SOVREMENNYE TEKHNOLOGII LLC), 12a Vtoroy Yuzhnoportovy Drive, b. 1/6, Moscow 115432, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708229993 (Russia); Registration Number 1037708040468 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SOVREMENNYE TEKHNOLOGII LLC (a.k.a. SOVREMENNYE TEKHNOLOGII; a.k.a. SOVREMENNYE TEKHNOLOGII LIMITED LIABILITY COMPANY), 12a Vtoroy Yuzhnoportovy Drive, b. 1/6, Moscow 115432, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708229993 (Russia); Registration Number 1037708040468 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SOVTEST ATE (a.k.a. SOVTEST ATE LTD), Ul. Volodarskogo D. 49 A, Kursk 305000, Russia; Ul. Karla Marksa Zd. 135/6, Kursk 305014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4629047554 (Russia); Registration Number 1024600955521 (Russia) [RUSSIA-EO14024].

SOVTEST ATE LTD (a.k.a. SOVTEST ATE), Ul. Volodarskogo D. 49 A, Kursk 305000, Russia; Ul. Karla Marksa Zd. 135/6, Kursk 305014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4629047554 (Russia); Registration Number 1024600955521 (Russia) [RUSSIA-EO14024].

SOYIN, Dmitriy Yuryevich (a.k.a. SOIN, Dmitriy Yurevich (Cyrillic: СОИН, Дмитрий Юрьевич); a.k.a. SOIN, Dmitry Yuryevich), Moscow, Russia; DOB 07 Aug 1969; nationality Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK3] (Linked To: EUROPEAN INSTITUTE JUSTO).

SOYUZ TURAEVO ENGINEERING DESIGN BUREAU JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO TURAEVSKOE MASHINOSTROITELNOE KONSTRUKTORSKOE BYURO SOYUZ; a.k.a. AO TMKB SOYUZ), Ter. Promzona Turaevo Str 10, Lytkarino 140080, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Aug 1964; Tax ID No. 5026000759 (Russia); Registration Number 1035004901700 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

SP MEKAMINEFT AO (a.k.a. CLOSED JOINT STOCK COMPANY MEKAMINEFT (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МЕКАМИНЕФТЬ)), d. 31 k. 18, ul. Zapadnaya, Megion 628684, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8620006279 (Russia); Registration Number 1028601866941 (Russia) [RUSSIA-EO14024].

SPA ANDROID TECHNICS (a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION ANDROIDNAYA TEKHNIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ АНДРОЙДНАЯ ТЕХНИКА); a.k.a. NPO ANDROIDNAYA TEKHNIKA AO), Ulitsa Graivoronovskaya, Dom 23, Moscow 109518, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Nov 2009; Tax ID No. 7723738378 (Russia); Registration Number 1097746741894 (Russia) [RUSSIA-EO14024].

SPACE RESEARCH INSTITUTE RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT KOSMICHESKIKH ISSLEDOVANI ROSSISKOI AKADEMII NAUK; a.k.a. IKI RAN FGBU; a.k.a. "IKI RAS"), Ul Profsoyuznaya, D 84/32, Moscow 117997, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728113806 (Russia); Government Gazette Number 02698692 (Russia); Registration Number 1027739475279 (Russia) [RUSSIA-EO14024].

SPACETY CO. LTD (a.k.a. CHANG SHA TIAN YI KONG JIAN KE JI YAN JIU YUAN YOU XIAN GONG SI (Chinese Simplified:

长沙天仪空间科技研究院有限公司); a.k.a. CHANGSHA TIANYI SPACE SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE CO. LTD), Room 445, 9th Floor, Block B, No. 18 Zhongguancun Street, Beijing, Haidian District, China; Changsha, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 430193000093452 (China); Unified Social Credit Code (USCC) 914301003206989977 (China) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY TERRA TECH).

SPACETY LUXEMBOURG S.A. (a.k.a. TIAN YI LU SEN BAO GONG SI (Chinese Simplified: 天仪卢森堡公司)), Avenue Des Hauts-Fourneaux 9, Esch-Sur-Alzette 4362, Luxembourg; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Aug 2019; V.A.T. Number LU32227405 (Luxembourg); Registration Number B 236.930 (Luxembourg) [RUSSIA-EO14024] (Linked To: CHANGSHA TIANYI SPACE SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE CO. LTD).

SPARROW TRADING FZE (Arabic: م تریدینغ سبارو (م ح), P2-Hamriyah Business Centre, Hamriyah Free Zone, Sharjah, United Arab Emirates; Organization Established Date 12 Apr 2020; Business Registration Number 18641 (United Arab Emirates); Economic Register Number (CBLS) 11583211 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

SPARTA BATTALION (Cyrillic: БАТАЛЬОН СПАРТА) (a.k.a. "DPR SPARTA"), Donetsk Region, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2014 [RUSSIA-EO14024].

SPASOJEVIC, Dragon, Bosnia and Herzegovina; DOB 05 Jul 1965; National ID No. 050 796 318 3954 (individual) [BALKANS].

SPASSKII, Nikolai Nikolaevich (a.k.a. SPASSKIY, Nikolai; a.k.a. SPASSKIY, Nikolay Nikolaevich; a.k.a. SPASSKIY, Nikolay Nikolayevich (Cyrillic: СПАССКИЙ, Николай Николаевич); a.k.a. SPASSKY, Nikolay), 201-59 Vernadskogo, Moscow 115157, Russia; DOB 10 Aug 1961; POB Sevastopol, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4506653054 (Russia); Tax ID No. 772911244601 (Russia) (individual) [RUSSIA-EO14024].

SPASSKIY, Nikolai (a.k.a. SPASSKII, Nikolai Nikolaevich; a.k.a. SPASSKIY, Nikolay Nikolaevich; a.k.a. SPASSKIY, Nikolay Nikolayevich (Cyrillic: СПАССКИЙ, Николай Николаевич); a.k.a. SPASSKY, Nikolay), 201-59 Vernadskogo, Moscow 115157, Russia; DOB 10 Aug 1961; POB Sevastopol, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4506653054 (Russia); Tax ID No. 772911244601 (Russia) (individual) [RUSSIA-EO14024].

SPASSKIY, Nikolay Nikolaevich (a.k.a. SPASSKII, Nikolai Nikolaevich; a.k.a. SPASSKIY, Nikolai; a.k.a. SPASSKIY, Nikolay Nikolayevich (Cyrillic: СПАССКИЙ, Николай Николаевич); a.k.a. SPASSKY, Nikolay), 201-59 Vernadskogo, Moscow 115157, Russia; DOB 10 Aug 1961; POB Sevastopol, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4506653054 (Russia); Tax ID No. 772911244601 (Russia) (individual) [RUSSIA-EO14024].

SPASSKIY, Nikolay Nikolayevich (Cyrillic: СПАССКИЙ, Николай Николаевич) (a.k.a. SPASSKII, Nikolai Nikolaevich; a.k.a. SPASSKIY, Nikolai; a.k.a. SPASSKIY, Nikolay Nikolaevich; a.k.a. SPASSKY, Nikolay), 201-59 Vernadskogo, Moscow 115157, Russia; DOB 10 Aug 1961; POB Sevastopol, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4506653054 (Russia); Tax ID No. 772911244601 (Russia) (individual) [RUSSIA-EO14024].

SPASSKY, Nikolay (a.k.a. SPASSKII, Nikolai Nikolaevich; a.k.a. SPASSKIY, Nikolai; a.k.a. SPASSKIY, Nikolay Nikolaevich; a.k.a. SPASSKIY, Nikolay Nikolayevich (Cyrillic: СПАССКИЙ, Николай Николаевич)), 201-59 Vernadskogo, Moscow 115157, Russia; DOB 10 Aug 1961; POB Sevastopol, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4506653054 (Russia); Tax ID No. 772911244601 (Russia) (individual) [RUSSIA-EO14024].

SPB EXCHANGE (a.k.a. PUBLIC JOINT STOCK COMPANY SAINT PETERSBURG EXCHANGE; a.k.a. PUBLIC JOINT STOCK COMPANY SPB EXCHANGE; a.k.a. "PJSC SPB EXCHANGE"), Ul. Dolgorukovskaya D. 38, Korp. 1, Moscow 127006, Russia; SWIFT/BIC XPETRU21; Website spbexchange.ru;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 21 Jan 2009; Target Type Financial Institution; Tax ID No. 7801268965 (Russia); Government Gazette Number 45573578 (Russia); Legal Entity Number 253400T8G8SXRUHTL526; Registration Number 1097800000440 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

SPB OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SISTEMY PRAKTICHESKOI BEZOPASNOSTI; a.k.a. "COMPANY PRACTICAL SECURITY SYSTEMS"), Ul. Politekhnicheskaya D. 22, Lit. A, Pomeshch 1-N/298, Saint Petersburg 194021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802869750 (Russia); Registration Number 1147847303867 (Russia) [RUSSIA-EO14024].

SPC KRUG (a.k.a. NAUCHNO PROIZVODSTVENNAYA FIRMA KRUG; a.k.a. NPF KRUG; a.k.a. SCIENTIFIC PRODUCTION COMPANY KRUG), Ul Germana Titova 1, Penza 440028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5837003278 (Russia); Registration Number 1025801216748 (Russia) [RUSSIA-EO14024].

SPC OPTOLINK (a.k.a. LIMITED LIABILITY COMPANY RESEARCH AND PRODUCTION COMPANY OPTOLINK; a.k.a. LLC RPC OPTOLINK; a.k.a. NPK OPTOLINK LLC; a.k.a. OOO NPK OPTOLINK; a.k.a. OPTOLINK RPC LLC; a.k.a. SCIENTIFIC PRODUCTION COMPANY OPTOLINK), 6A Sosnovaya Alley, Building 5, Zelenograd, Moscow 124489, Russia; Pr-d 4806 d. 5, g. Zelenograd, Moscow 124498, Russia; Saratov, Russia; Arzamas, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Jul 2001; Tax ID No. 7735105059 (Russia); Registration Number 1027700040719 (Russia) [RUSSIA-EO14024].

SPE OU, Laki Tn 16, Tallinn 10621, Estonia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 May 2017; V.A.T. Number EE101978060 (Estonia); Tax ID No. 14263832 (Estonia) [RUSSIA-EO14024] (Linked To: PUSHKOV, Aleksandr Aleksandrovich; Linked To: KALINOV, Konstantin Svyatoslavovich).

SPE PULSAR (a.k.a. ENTERPRISE SPE PULSAR JSC; a.k.a. JSC NPP PULSAR; a.k.a.

JSC SPC PULSAR; a.k.a. OPEN JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ENTERPRISE PULSAR), Pass. Okruzhnoy, House 27, Moscow 105187, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719846490 (Russia); Registration Number 1137746472599 (Russia) [RUSSIA-EO14024].

SPECELSERVIS (a.k.a. LLC SPETSELSERVIS), ul Kakhovka, d. 20, str. 2 k. 56, Moscow 117461, Russia; ul. Elektrozavodskaya, d. 24, of. A214, A215, Moscow 107023, Russia; ul. Sushchevskaya d. 21, pod. 2, Moscow 127055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727191914 (Russia); Registration Number 1037739375024 (Russia) [RUSSIA-EO14024].

SPECIAL DESIGN BUREAU OF ELECTRIC INSTRUMENT ENGINEERING LLC (a.k.a. SKB ELEKTROTEKHNICHESKOGO PRIBOROSTROENIYA; a.k.a. "SKB EP"), UI Kokkolevkaya D. 1 Lit. A Pom. 42-N, Shushary 196140, Russia; Ter. Pulkovskoe, Ul. Kokkolevkaya D. 1, Str. 1, Pomeshch. 42-N, Shushary 196605, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3812045829 (Russia); Registration Number 1033801751092 (Russia) [RUSSIA-EO14024].

SPECIAL DIVISION OF FIRST RESPONDERS, CHECHNYA (SOBR) (a.k.a. TEREK SPECIAL RAPID RESPONSE TEAM), Chechen Republic, Russia [MAGNIT].

SPECIAL MATERIALS CORPORATION (a.k.a. AO NPO SPETSMATERIALOV), B. Sampsonievskii Pr-Kt D. 28A, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806125671 (Russia); Registration Number 1037816016545 (Russia) [RUSSIA-EO14024].

SPECIAL SYSTEMS PHOTONICS LIMITED LIABILITY COMPANY, Pr-Kt Bolshoi Sampsonievskii D. 64, Lit. E, Pomeshch 2-N, Office 706, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802570752 (Russia); Registration Number 1167847155068 (Russia) [RUSSIA-EO14024].

SPECIAL SYSTEMS PHOTONICS LLC, D. 64, lit. e, pomeshch 2-n, pr-kt Bolshoi Sampsonievskii, office 706, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802570752 (Russia); Registration Number 1167847155068 (Russia) [RUSSIA-EO14024].

SPECIAL TECHNOLOGY CENTER (a.k.a. STC, LTD), Gzhatskaya 21 k2, St. Petersburg, Russia; 21-2 Gzhatskaya Street, St. Petersburg, Russia; Website stc-spb.ru; Email Address stcspb1@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7802170553 (Russia) [CYBER2].

SPECIAL TECHNOLOGY SERVICES LLC FZ, Meydan Grandstand, 6th Floor, Meydan Road, Nad Al Sheba, Dubai, United Arab Emirates; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 07 Dec 2024; Organization Type: Computer programming activities; PAIPA Section 2 Information: BLOCKING OF PROPERTY (entity). Sec.2(b)(1)(A) - All property and interests in property of this entity are blocked, and all transactions with this entity are prohibited, except for the importation of goods.; alt. PAIPA Section 2 Information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec.2(b)(1)(D) - United States financial institutions are prohibited from making loans or providing credits to this entity totaling more than $10,000,000 in any 12-month period, subject to the exception set forth in PAIPA Section 2(b)(1)(D).; alt. PAIPA Section 2 Information: FOREIGN EXCHANGE. Sec.2(b)(1)(H) - Transactions in foreign exchange that are subject to the jurisdiction of the United States and in which this entity has any interest are prohibited.; alt. PAIPA Section 2 Information: BANKING TRANSACTIONS. Sec.2(b)(1)(I) - Any transfers of credit or payments between financial institutions or by, through, or to any financial institution, to the extent that such transfers or payments are subject to the jurisdiction of the United States and involve any interest of this entity, are prohibited.; alt. PAIPA Section 2 Information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec.2(b)(1)(J) - Any United States person is prohibited from investing in or purchasing significant amounts of equity or debt instruments of this entity. [CAATSA - RUSSIA] [CYBER4] [PAIPA] (Linked To: ZELENYUK, Sergey Sergeyevich).

SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES (a.k.a. IRANIAN POLICE SPECIAL UNITS; a.k.a. LEF SPECIAL UNITS; a.k.a. NAJA SPECIAL UNITS; a.k.a. YEGAN-E VIZHE (Arabic: یگان ویژه ناجا); a.k.a. "YEGOP"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

SPECIALIZED ENGINEERING AND DESIGN BUREAU OF ELECTRONIC SYSTEMS JOINT STOCK COMPANY (a.k.a. JOINT STOCK COMPANY SPECIALIZED DESIGN TECHNOLOGY BUREAU ELEKTRONNYKH SYSTEM; a.k.a. JSC SPETSIALIZIROVANNOYE KONSTRUKTORSKO-TEKHNOLOGICHESKOYE BYURO ELEKTRONNYKH SYSTEM; a.k.a. SKTB ES, AO), 160 Leninsky Ave, Voronezh, Voronezh Region 394000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Aug 2006; Tax ID No. 3661036308 (Russia); Registration Number 1063667253528 (Russia) [RUSSIA-EO14024].

SPECMASH KB (a.k.a. AKTSIONERNOE OBSHCHESTVO SPETSIALNOE KONSTRUKTORSKOE BIURO TRANSPORTNOGOMASHINOSTROENIIA; a.k.a. AO SPETSMASH; a.k.a. JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF TRANSPORT MECHANICAL ENGINEERING), 47 Stachek Ave., Korp 2, Saint Petersburg 198097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805019624 (Russia); Registration Number 1027802749061 (Russia) [RUSSIA-EO14024].

SPECTRUM INTERNATIONAL INVESTMENT HOLDING SAL (a.k.a. SPECTRUM INVESTMENT GROUP HOLDING; a.k.a. SPECTRUM INVESTMENT GROUP HOLDING SAL; a.k.a. SPECTRUM INVESTMENT GROUP SAL HOLDING; a.k.a. SPECTRUM INVESTMENT HOLDING; a.k.a. "SPECTRUM HOLDING"), Floor 17, Verdun 732 Building, Rachid Karameh Street, Verdun, Beirut, Lebanon; Verdun 732 Center, Rachid Karame Street, Beirut, Lebanon; P.O. Box 113-5333, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Document # 1990106 (Lebanon) [SDGT] (Linked To: CHARARA, Ali Youssef).

SPECTRUM INVESTMENT GROUP HOLDING (a.k.a. SPECTRUM INTERNATIONAL INVESTMENT HOLDING SAL; a.k.a.

SPECTRUM INVESTMENT GROUP HOLDING SAL; a.k.a. SPECTRUM INVESTMENT GROUP SAL HOLDING; a.k.a. SPECTRUM INVESTMENT HOLDING; a.k.a. "SPECTRUM HOLDING"), Floor 17, Verdun 732 Building, Rachid Karameh Street, Verdun, Beirut, Lebanon; Verdun 732 Center, Rachid Karame Street, Beirut, Lebanon; P.O. Box 113-5333, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Document # 1990106 (Lebanon) [SDGT] (Linked To: CHARARA, Ali Youssef).

SPECTRUM INVESTMENT GROUP HOLDING SAL (a.k.a. SPECTRUM INTERNATIONAL INVESTMENT HOLDING SAL; a.k.a. SPECTRUM INVESTMENT GROUP HOLDING; a.k.a. SPECTRUM INVESTMENT GROUP SAL HOLDING; a.k.a. SPECTRUM INVESTMENT HOLDING; a.k.a. "SPECTRUM HOLDING"), Floor 17, Verdun 732 Building, Rachid Karameh Street, Verdun, Beirut, Lebanon; Verdun 732 Center, Rachid Karame Street, Beirut, Lebanon; P.O. Box 113-5333, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Document # 1990106 (Lebanon) [SDGT] (Linked To: CHARARA, Ali Youssef).

SPECTRUM INVESTMENT GROUP SAL HOLDING (a.k.a. SPECTRUM INTERNATIONAL INVESTMENT HOLDING SAL; a.k.a. SPECTRUM INVESTMENT GROUP HOLDING; a.k.a. SPECTRUM INVESTMENT GROUP HOLDING SAL; a.k.a. SPECTRUM INVESTMENT HOLDING; a.k.a. "SPECTRUM HOLDING"), Floor 17, Verdun 732 Building, Rachid Karameh Street, Verdun, Beirut, Lebanon; Verdun 732 Center, Rachid Karame Street, Beirut, Lebanon; P.O. Box 113-5333, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Document # 1990106 (Lebanon) [SDGT] (Linked To: CHARARA, Ali Youssef).

SPECTRUM INVESTMENT HOLDING (a.k.a. SPECTRUM INTERNATIONAL INVESTMENT HOLDING SAL; a.k.a. SPECTRUM INVESTMENT GROUP HOLDING; a.k.a. SPECTRUM INVESTMENT GROUP HOLDING SAL; a.k.a. SPECTRUM INVESTMENT GROUP SAL HOLDING; a.k.a. "SPECTRUM HOLDING"), Floor 17, Verdun 732 Building, Rachid Karameh Street, Verdun, Beirut, Lebanon; Verdun 732 Center, Rachid Karame Street, Beirut, Lebanon; P.O. Box 113-5333, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Document # 1990106 (Lebanon) [SDGT] (Linked To: CHARARA, Ali Youssef).

SPECVOLT (a.k.a. LIMITED LIABILITY COMPANY SPETSVOLTAZH; a.k.a. OOO SPETSVOLTAZH), ul. Kantemirovskaya d. 12, lit. A, pomeshch. # 19-N office 18, Saint Petersburg 194100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802634149 (Russia); Registration Number 1177847317306 (Russia) [RUSSIA-EO14024].

SPEECH TECHNOLOGY CENTER LIMITED (a.k.a. "TSRT"), Ul. Krasutskogo, D.4, Korp. 4, Saint Petersburg 196188, Russia; Nab. Vyborgskaya, D. 45, Lit. E, Pom. Office 1-N, 133, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805093681 (Russia); Registration Number 1027810243295 (Russia) [RUSSIA-EO14024].

SPEED TRANSPORTATION LIMITED, East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SPEKTR ENGINEERING DESIGN BUREAU (a.k.a. OOO KONSTRUKTORSKOE BYURO SPEKTR INZHINIRING), Ul. Promyshlennaya D. 33, Berdsk 633004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2019; Tax ID No. 5445029645 (Russia); Registration Number 1195476049185 (Russia) [RUSSIA-EO14024].

SPEKTRUM OOO (a.k.a. LIMITED LIABILITY COMPANY SPECTRUM), Ul. Yalagina D. 3, Pomeshcheniya 10-14, 16, 17, Elektrostal, Russia 144010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5053068643 (Russia); Registration Number 1105053000656 (Russia) [RUSSIA-EO14024].

SPERO FOUNDATION, 19 CorPa Treuhand Aktiengesellschaft, Am Schragen Weg, Vaduz 9490, Liechtenstein; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Oct 2014; Registration Number FL-0002.488.013-4 (Liechtenstein) [RUSSIA-EO14024] (Linked To: POTANIN, Vladimir Olegovich).

SPETS PROZHEKT GRUPP (a.k.a. "APIT"), ul. Leninskaya Sloboda, d. 9 pomeshch. 1/1, Moscow 115280, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3305797523 (Russia); Registration Number 1173328011890 (Russia) [RUSSIA-EO14024].

SPETSIAL ELECTRONIK LIMITED LIABILITY COMPANY (Cyrillic: СПЕЦИАЛ ЭЛЕКТРОНИК ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. SPETSIAL ELECTRONIK OOO; a.k.a. SPETSIAL ELEKTRONIK OOO), 8A Aptekarskiy Avenue, Office 1-N, Room 1, St. Petersburg 197022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 May 2009; Tax ID No. 7813444894 (Russia); Registration Number 1097847150763 (Russia) [RUSSIA-EO14024].

SPETSIAL ELECTRONIK OOO (a.k.a. SPETSIAL ELECTRONIK LIMITED LIABILITY COMPANY (Cyrillic: СПЕЦИАЛ ЭЛЕКТРОНИК ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); a.k.a. SPETSIAL ELEKTRONIK OOO), 8A Aptekarskiy Avenue, Office 1-N, Room 1, St. Petersburg 197022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 May 2009; Tax ID No. 7813444894 (Russia); Registration Number 1097847150763 (Russia) [RUSSIA-EO14024].

SPETSIAL ELEKTRONIK OOO (a.k.a. SPETSIAL ELECTRONIK LIMITED LIABILITY COMPANY (Cyrillic: СПЕЦИАЛ ЭЛЕКТРОНИК ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); a.k.a. SPETSIAL ELECTRONIK OOO), 8A Aptekarskiy Avenue, Office 1-N, Room 1, St. Petersburg 197022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 May 2009; Tax ID No.

7813444894 (Russia); Registration Number 1097847150763 (Russia) [RUSSIA-EO14024].

SPETSIALIZIROVANNOE OBSHCHESTVO PROEKTNOGO FINANSIROVANIYA FABRIKA PROEKTNOGO FINANSIROVANIYA (a.k.a. LLC SPECIAL ORGANIZATION FOR PROJECT FINANCE FACTORY OF PROJECT FINANCE; a.k.a. "PROJECT FINANCE FACTORY"), pr-kt Akademika Sakharova d. 9, komnata 220, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708330489 (Russia); Registration Number 1187746103885 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

SPETSIALIZIROVANNYI DEPOZITARII DEPO PLAZA (a.k.a. SD DEPO PLAZA), Ul. 2-YA Magistralnaya D. 8A, Str. 1, Kabinet 4, Tekhnicheskii Floor, Moscow 123290, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7731530091 (Russia); Registration Number 1057748104996 (Russia) [RUSSIA-EO14024].

SPETSIALIZIROVANNYI REGISTRATOR REKOM (a.k.a. SR REKOM), Mkr. Koroleva D. 37, Staryy Oskol 309502, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 3128060841 (Russia); Registration Number 1073128002056 (Russia) [RUSSIA-EO14024].

SPETSIALNOE KONSTRUKTORSKO TEKHNOLOGICHESKOE BYURO PLASTIK (a.k.a. SKTB PLASTIK), Shosse Saratovskoe D.4, Syzran 446025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6325044629 (Russia); Registration Number 1076325002192 (Russia) [RUSSIA-EO14024].

SPETSIALNOE KONSTRUKTORSKOE BYURO ZAO (a.k.a. CLOSED JOINT STOCK COMPANY SPECIAL CONSTRUCTION BUREAU (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СПЕЦИАЛЬНОЕ КОНСТРУКТОРСКОЕ БЮРО); a.k.a. SKB AO; a.k.a. SKB ZAO), 35 1905 Goda Street, Building 2404, Office 318, Perm, Perm Territory 614014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jun 1996; Tax ID No.

5906034720 (Russia); Registration Number 1025901364026 (Russia) [RUSSIA-EO14024].

SPETSIALNOE KONSTRUKTORSKOE BYURO-14 VOLOGDA (a.k.a. "SKB 14 LLC"), Ul. Zosimovskaya D. 15, Office 29, Vologda 160000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3525409656 (Russia); Registration Number 1173525032537 (Russia) [RUSSIA-EO14024].

SPETSINVESTSERVIS OOO, B-r Novinskii d. 31, e 5 pom. I komn 1A, Moscow 123242, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Sep 2018; Organization Type: Maintenance and repair of motor vehicles; Tax ID No. 7703465348 (Russia); Registration Number 1187746811120 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Konstantin).

SPGU GORNY UNIVERSITET FGBU (a.k.a. FEDERAL STATE BUDGET EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SAINT PETERSBURG MINING UNIVERSITY; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA SANKT PETERBURGSKI GORNY UNIVERSITET; f.k.a. NATSIONALNY MINERALNOSYREVOI UNIVERSITET GORNY, UCH; a.k.a. SAINT PETERSBURG MINING UNIVERSITY (Cyrillic: САНКТ ПЕТЕРБУРГСКИЙ ГОРНЫЙ УНИВЕРСИТЕТ); a.k.a. "NATIONAL MINERAL RESOURCES UNIVERSITY"; a.k.a. "SPMI"), 2, 21st Line, St Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801021076 (Russia); Government Gazette Number 02068508 (Russia); Registration Number 1027800507591 (Russia) [RUSSIA-EO14024].

SPI INTERNATIONAL (Arabic: اس پی آی اینترنشنل) (a.k.a. SPI INTERNATIONAL PROPRIETARY (Arabic: اس پی آی اینترنشنل پروپرتیری); a.k.a. SPI INTERNATIONAL PROPRIETARY BRANCH OF A FOREIGN COMPANY (Arabic: اس پی آی اینترنشنل پروپرتیری شعبه خارجی); a.k.a. SPI INTERNATIONAL PROPRIETARY LIMITED; a.k.a. SPI INTERNATIONAL PROPRIETARY LTD.; a.k.a. SPI INTERNATIONAL PROPRIETY LIMITED CO.; a.k.a. SPI INTERNATIONAL PTY LTD; a.k.a. "SPII"), 56 Grosvenor Rd, Johannesburg, Gauteng 2021, South Africa; 306 Isie Smuts Street, Garsfontein Ext 3, Pretoria, Gauteng 0060, South Africa; No.

306, Issie Smuts Street, Garsfontein, Ext.3, Pretoria, Gauteng, South Africa; PO Box 1707, Garsfontein-East, Pretoria, Gauteng 0060, South Africa; No. 12, Negin Gholhak Tower, Shariati Ave, Tehran, Iran; 705, Ho King Commercial Center, 2-16, Fa Yuen Street, Mongkok Kowloon, Hong Kong, Hong Kong; No. 306, Isie Smuts Street, Garsfontein, Ext. 3, Pretoria, South Africa; 6th Floor, No. 7, Motavelian Blvd, Habibollah St. Sattarkhan, Tehran, Iran; Shariati Street, Top of Government Street, Negin Gholahk Building, First Floor, Twelfth Unit, Tehran, Iran (Arabic: خیابان شریعتی ابتدای خیابان دولت, برج نگین قلهک, طبقه اول واحد دوازده, تهران, Iran); Website http://spiint.co.za; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 14005406035 (Iran); Enterprise Number M1966001245 (South Africa); Registration Number 1966/001245/07 (South Africa); alt. Registration Number 3046 (Iran) [IRAN-EO13846].

SPI INTERNATIONAL PROPRIETARY (Arabic: اس پی آی اینترنشنل پروپرتیری) (a.k.a. SPI INTERNATIONAL (Arabic: اس پی آی اینترنشنل); a.k.a. SPI INTERNATIONAL PROPRIETARY BRANCH OF A FOREIGN COMPANY (Arabic: اس پی آی اینترنشنل پروپرتیری شعبه خارجی); a.k.a. SPI INTERNATIONAL PROPRIETARY LIMITED; a.k.a. SPI INTERNATIONAL PROPRIETARY LTD.; a.k.a. SPI INTERNATIONAL PROPRIETY LIMITED CO.; a.k.a. SPI INTERNATIONAL PTY LTD; a.k.a. "SPII"), 56 Grosvenor Rd, Johannesburg, Gauteng 2021, South Africa; 306 Isie Smuts Street, Garsfontein Ext 3, Pretoria, Gauteng 0060, South Africa; No. 306, Issie Smuts Street, Garsfontein, Ext.3, Pretoria, Gauteng, South Africa; PO Box 1707, Garsfontein-East, Pretoria, Gauteng 0060, South Africa; No. 12,

Negin Gholhak Tower, Shariati Ave, Tehran, Iran; 705, Ho King Commercial Center, 2-16, Fa Yuen Street, Mongkok Kowloon, Hong Kong, Hong Kong; No. 306, Isie Smuts Street, Garsfontein, Ext. 3, Pretoria, South Africa; 6th Floor, No. 7, Motavelian Blvd, Habibollah St. Sattarkhan, Tehran, Iran; Shariati Street, Top of Government Street, Negin Gholahk Building, First Floor, Twelfth Unit, Tehran, Iran (Arabic: خیابان شریعتی ابتدای خیابان دولت, برج نگین قلهک, طبقه اول و احد دوازده, تهران, Iran); Website http://spiint.co.za; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 14005406035 (Iran); Enterprise Number M1966001245 (South Africa); Registration Number 1966/001245/07 (South Africa); alt. Registration Number 3046 (Iran) [IRAN-EO13846].

SPI INTERNATIONAL PROPRIETARY BRANCH OF A FOREIGN COMPANY (Arabic: اس پی آی انترنشنل پروپرتیری شعبه خارجی) (a.k.a. SPI INTERNATIONAL (Arabic: اس پی آی انترنشنل); a.k.a. SPI INTERNATIONAL PROPRIETARY (Arabic: اس پی آی انترنشنل پروپرتیری); a.k.a. SPI INTERNATIONAL PROPRIETARY LIMITED; a.k.a. SPI INTERNATIONAL PROPRIETY LIMITED CO.; a.k.a. SPI INTERNATIONAL PTY LTD; a.k.a. "SPII"), 56 Grosvenor Rd, Johannesburg, Gauteng 2021, South Africa; 306 Isie Smuts Street, Garsfontein Ext 3, Pretoria, Gauteng 0060, South Africa; No. 306, Issie Smuts Street, Garsfontein, Ext.3, Pretoria, Gauteng, South Africa; PO Box 1707, Garsfontein-East, Pretoria, Gauteng 0060, South Africa; No. 12, Negin Gholhak Tower, Shariati Ave, Tehran, Iran; 705, Ho King Commercial Center, 2-16, Fa Yuen Street, Mongkok Kowloon, Hong Kong, Hong Kong; No. 306, Isie Smuts Street, Garsfontein, Ext. 3,

Pretoria, South Africa; 6th Floor, No. 7, Motavelian Blvd, Habibollah St. Sattarkhan, Tehran, Iran; Shariati Street, Top of Government Street, Negin Gholahk Building, First Floor, Twelfth Unit, Tehran, Iran (Arabic: خیابان شریعتی ابتدای خیابان دولت, برج نگین قلهک, طبقه اول و احد دوازده, تهران, Iran); Website http://spiint.co.za; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 14005406035 (Iran); Enterprise Number M1966001245 (South Africa); Registration Number 1966/001245/07 (South Africa); alt. Registration Number 3046 (Iran) [IRAN-EO13846].

SPI INTERNATIONAL PROPRIETARY LIMITED (a.k.a. SPI INTERNATIONAL (Arabic: اس پی آی انترنشنل); a.k.a. SPI INTERNATIONAL PROPRIETARY (Arabic: اس پی آی انترنشنل پروپرتیری); a.k.a. SPI INTERNATIONAL PROPRIETARY BRANCH OF A FOREIGN COMPANY (Arabic: اس پی آی انترنشنل پروپرتیری شعبه خارجی); a.k.a. SPI INTERNATIONAL PROPRIETARY LTD.; a.k.a. SPI INTERNATIONAL PROPRIETY LIMITED CO.; a.k.a. SPI INTERNATIONAL PTY LTD; a.k.a. "SPII"), 56 Grosvenor Rd, Johannesburg, Gauteng 2021, South Africa; 306 Isie Smuts Street, Garsfontein Ext 3, Pretoria, Gauteng 0060, South Africa; No. 306, Issie Smuts Street, Garsfontein, Ext.3, Pretoria, Gauteng, South Africa; PO Box 1707, Garsfontein-East, Pretoria, Gauteng 0060, South Africa; No. 12, Negin Gholhak Tower, Shariati Ave, Tehran, Iran; 705, Ho King Commercial Center, 2-16, Fa Yuen Street, Mongkok Kowloon, Hong Kong, Hong Kong; No. 306, Isie Smuts Street, Garsfontein, Ext. 3, Pretoria, South Africa; 6th Floor, No. 7, Motavelian Blvd, Habibollah St. Sattarkhan, Tehran, Iran; Shariati Street, Top of Government Street, Negin Gholahk Building,

First Floor, Twelfth Unit, Tehran, Iran (Arabic: خیابان شریعتی ابتدای خیابان دولت, برج نگین قلهک, طبقه اول و احد دوازده, تهران, Iran); Website http://spiint.co.za; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 14005406035 (Iran); Enterprise Number M1966001245 (South Africa); Registration Number 1966/001245/07 (South Africa); alt. Registration Number 3046 (Iran) [IRAN-EO13846].

SPI INTERNATIONAL PROPRIETARY LTD. (a.k.a. SPI INTERNATIONAL (Arabic: اس پی آی انترنشنل); a.k.a. SPI INTERNATIONAL PROPRIETARY (Arabic: اس پی آی انترنشنل پروپرتیری); a.k.a. SPI INTERNATIONAL PROPRIETARY BRANCH OF A FOREIGN COMPANY (Arabic: اس پی آی انترنشنل پروپرتیری شعبه خارجی); a.k.a. SPI INTERNATIONAL PROPRIETARY LIMITED; a.k.a. SPI INTERNATIONAL PROPRIETY LIMITED CO.; a.k.a. SPI INTERNATIONAL PTY LTD; a.k.a. "SPII"), 56 Grosvenor Rd, Johannesburg, Gauteng 2021, South Africa; 306 Isie Smuts Street, Garsfontein Ext 3, Pretoria, Gauteng 0060, South Africa; No. 306, Issie Smuts Street, Garsfontein, Ext.3, Pretoria, Gauteng, South Africa; PO Box 1707, Garsfontein-East, Pretoria, Gauteng 0060, South Africa; No. 12, Negin Gholhak Tower, Shariati Ave, Tehran, Iran; 705, Ho King Commercial Center, 2-16, Fa Yuen Street, Mongkok Kowloon, Hong Kong, Hong Kong; No. 306, Isie Smuts Street, Garsfontein, Ext. 3, Pretoria, South Africa; 6th Floor, No. 7, Motavelian Blvd, Habibollah St. Sattarkhan, Tehran, Iran; Shariati Street, Top of Government Street, Negin Gholahk Building, First Floor, Twelfth Unit, Tehran, Iran (Arabic: خیابان شریعتی ابتدای خیابان دولت, برج نگین قلهک, طبقه اول و احد دوازده, Iran); Website http://spiint.co.za; Executive Order 13846

information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 14005406035 (Iran); Enterprise Number M1966001245 (South Africa); Registration Number 1966/001245/07 (South Africa); alt. Registration Number 3046 (Iran) [IRAN-EO13846].

SPI INTERNATIONAL PROPRIETY LIMITED CO. (a.k.a. SPI INTERNATIONAL (Arabic: اس پی آی اینترنشنل); a.k.a. SPI INTERNATIONAL PROPRIETARY (Arabic: اس پی آی اینترنشنل پروپرتیری); a.k.a. SPI INTERNATIONAL PROPRIETARY BRANCH OF A FOREIGN COMPANY (Arabic: اس پی آی اینترنشنل پروپرتیری شعبه خارجی); a.k.a. SPI INTERNATIONAL PROPRIETARY LIMITED; a.k.a. SPI INTERNATIONAL PROPRIETARY LTD.; a.k.a. SPI INTERNATIONAL PTY LTD; a.k.a. "SPII"), 56 Grosvenor Rd, Johannesburg, Gauteng 2021, South Africa; 306 Isie Smuts Street, Garsfontein Ext 3, Pretoria, Gauteng 0060, South Africa; No. 306, Issie Smuts Street, Garsfontein, Ext.3, Pretoria, Gauteng, South Africa; PO Box 1707, Garsfontein-East, Pretoria, Gauteng 0060, South Africa; No. 12, Negin Gholhak Tower, Shariati Ave, Tehran, Iran; 705, Ho King Commercial Center, 2-16, Fa Yuen Street, Mongkok Kowloon, Hong Kong, Hong Kong; No. 306, Isie Smuts Street, Garsfontein, Ext. 3, Pretoria, South Africa; 6th Floor, No. 7, Motavelian Blvd, Habibollah St. Sattarkhan, Tehran, Iran; Shariati Street, Top of Government Street, Negin Gholahk Building, First Floor, Twelfth Unit, Tehran, Iran (Arabic: خیابان شریعتی ابتدای خیابان دولت, برج نگین قلهک, طبقه اول و احد دوازده, تهران, Iran); Website http://spiint.co.za; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order

13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 14005406035 (Iran); Enterprise Number M1966001245 (South Africa); Registration Number 1966/001245/07 (South Africa); alt. Registration Number 3046 (Iran) [IRAN-EO13846].

SPI INTERNATIONAL PTY LTD (a.k.a. SPI INTERNATIONAL (Arabic: اس پی آی اینترنشنل); a.k.a. SPI INTERNATIONAL PROPRIETARY (Arabic: اس پی آی اینترنشنل پروپرتیری); a.k.a. SPI INTERNATIONAL PROPRIETARY BRANCH OF A FOREIGN COMPANY (Arabic: اس پی آی اینترنشنل پروپرتیری شعبه خارجی); a.k.a. SPI INTERNATIONAL PROPRIETARY LIMITED; a.k.a. SPI INTERNATIONAL PROPRIETARY LTD.; a.k.a. SPI INTERNATIONAL PROPRIETY LIMITED CO.; a.k.a. "SPII"), 56 Grosvenor Rd, Johannesburg, Gauteng 2021, South Africa; 306 Isie Smuts Street, Garsfontein Ext 3, Pretoria, Gauteng 0060, South Africa; No. 306, Issie Smuts Street, Garsfontein, Ext.3, Pretoria, Gauteng, South Africa; PO Box 1707, Garsfontein-East, Pretoria, Gauteng 0060, South Africa; No. 12, Negin Gholhak Tower, Shariati Ave, Tehran, Iran; 705, Ho King Commercial Center, 2-16, Fa Yuen Street, Mongkok Kowloon, Hong Kong, Hong Kong; No. 306, Isie Smuts Street, Garsfontein, Ext. 3, Pretoria, South Africa; 6th Floor, No. 7, Motavelian Blvd, Habibollah St. Sattarkhan, Tehran, Iran; Shariati Street, Top of Government Street, Negin Gholahk Building, First Floor, Twelfth Unit, Tehran, Iran (Arabic: خیابان شریعتی ابتدای خیابان دولت, برج نگین قلهک, طبقه اول و احد دوازده, تهران, Iran); Website http://spiint.co.za; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.

Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 14005406035 (Iran); Enterprise Number M1966001245 (South Africa); Registration Number 1966/001245/07 (South Africa); alt. Registration Number 3046 (Iran) [IRAN-EO13846].

SPICHAK, Mikhail Grigoryevich (Cyrillic: СПИЧАК, Михаил Григорьевич), 137 Alekseya Tolstogo Str, Apt 17, Samara 443099, Russia; DOB 27 Sep 1954; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 246504146970 (Russia) (individual) [RUSSIA-EO14024].

SPICY CODE COMPANY LIMITED, 17/11 Moo 4 Bang Lamung, Chon Buri 20150, Thailand; Registration Number 0205563024758 (Thailand) issued 07 Aug 2020 [CYBER2].

SPIRIDONOV, Alexander Yurevich (Cyrillic: СПИРИДОНОВ, Александр Юрьевич), Russia; DOB 03 Jan 1989; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SPIRIDONOV, Ivan (Cyrillic: СПИРИДОНОВ, Иван) (a.k.a. OSIPOV, Ivan (Cyrillic: ОСИПОВ, Иван); a.k.a. OSIPOV, Ivan Vladimirovich (Cyrillic: ОСИПОВ, Иван Владимирович); a.k.a. SPIRIDONOV, Ivan Vasilyevich), Moscow, Russia; DOB 21 Aug 1976; alt. DOB 21 Aug 1975; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

SPIRIDONOV, Ivan Vasilyevich (a.k.a. OSIPOV, Ivan (Cyrillic: ОСИПОВ, Иван); a.k.a. OSIPOV, Ivan Vladimirovich (Cyrillic: ОСИПОВ, Иван Владимирович); a.k.a. SPIRIDONOV, Ivan (Cyrillic: СПИРИДОНОВ, Иван)), Moscow, Russia; DOB 21 Aug 1976; alt. DOB 21 Aug 1975; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

SPIRIDONOV, Victor (a.k.a. SPIRIDONOV, Viktor Georgiyevich), Russia; DOB 28 Sep 1947; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11

of Executive Order 14024.; Passport 510217313 (Russia); alt. Passport 725913360 (Russia) expires 22 Aug 2023 (individual) [RUSSIA-EO14024] (Linked To: TECHNOPOLE COMPANY).

SPIRIDONOV, Viktor Georgiyevich (a.k.a. SPIRIDONOV, Victor), Russia; DOB 28 Sep 1947; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 510217313 (Russia); alt. Passport 725913360 (Russia) expires 22 Aug 2023 (individual) [RUSSIA-EO14024] (Linked To: TECHNOPOLE COMPANY).

SPO ANALITPRIBOR (a.k.a. FSUE SPA ANALITPRIBOR; a.k.a. SMOLENSKOE PROIZVODSTVENNOE OBYEDINENIE ANALITPRIBOR), Ul. Babushkina 3, Smolensk 214031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6731002766 (Russia); Registration Number 1026701427774 (Russia) [RUSSIA-EO14024].

SPORTIVNO-OZDOROVITELNYI TSENTR IRKUT-ZENIT (a.k.a. IRKUT-ZENIT OOO; a.k.a. SOTS IRKUT-ZENIT), ul Aviastroitelei d 4 korp A, Irkutsk 664002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3810034846 (Russia); Registration Number 1043801428065 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKOVLEV).

SPP (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

SPRAVA A INKASO POHLADAVOK, S.R.O. (f.k.a. SPRAVA SLUZIEB DONOVALY S.R.O.), Bratislava, Slovakia; Tax ID No. 2022942592 (Slovakia) [GLOMAG] (Linked To: KOCNER, Marian).

SPRAVA A INKASO ZMENIEK, S.R.O., Bratislava, Slovakia; Tax ID No. 2120543876 (Slovakia); Registration Number 50335839 (Slovakia) [GLOMAG] (Linked To: KOCNER, Marian).

SPRAVA SLUZIEB DONOVALY S.R.O. (a.k.a. SPRAVA A INKASO POHLADAVOK, S.R.O.), Bratislava, Slovakia; Tax ID No. 2022942592 (Slovakia) [GLOMAG] (Linked To: KOCNER, Marian).

SPRING ELECTRONICS (a.k.a. LIMITED LIABILITY COMPANY SPRING ELEKTRONIKS), Prkt Malookhtinskii D. 61, Lit. A, Pomeshch. 2-N, Office 5/2, Saint Petersburg 195112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806259957 (Russia); Registration Number 1177847007381 (Russia) [RUSSIA-EO14024].

SPRING SHIPPING LIMITED, East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SPS ME FZCO (Arabic: اس بی اس ام اي ش م ح) (a.k.a. "TMK MIDDLE EAST"), Office 438, Building 4WB, Dubai Airport Free Zone, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 11436620 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY PIPE METALLURGICAL COMPANY).

SQUARE TANKER MANAGEMENT LTD., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 25 Jan 2023; Registration Number 118136 (Marshall Islands) [IRAN-EO13902] (Linked To: MARGARITIS, Antonios).

SR REKOM (a.k.a. SPETSIALIZIROVANNYI REGISTRATOR REKOM), Mkr. Koroleva D. 37, Staryy Oskol 309502, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 3128060841 (Russia); Registration Number 1073128002056 (Russia) [RUSSIA-EO14024].

SRABIONOV, Tigran Khristoforovich, Moscow, Russia; DOB 17 Apr 1986; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

SREDNE-NEVSKY SHIPYARD (a.k.a. JOINT STOCK COMPANY SREDNE-NEVSKY SHIPBUILDING PLANT; a.k.a. JOINT STOCK COMPANY SREDNE-NEVSKY SHIPYARD; a.k.a. JSC SREDNE-NEVSKY SHIPYARD; a.k.a. JSC SREDNE-NEVSKY SUDOSTROITELNY FACTORY (Cyrillic: АО СРЕДНЕ-НЕВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. "JSC SNSZ"), Ponton, St. Factory, 10, St. Petersburg 196643, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Nov 2008; Tax ID No. 7817315385 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SREDNEVOLZHSKII PODSHIPNIKOVYI ZAVOD (a.k.a. LIMITED LIABILITY COMPANY SREDNEVOLZHSKY BEARING PLANT), Prkt Kirova D. 10, Samara 443022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6319130781 (Russia); Registration Number 1066319099604 (Russia) [RUSSIA-EO14024].

SRL OKAF TRADING (a.k.a. OKAF TRADING SOCIETATEA CU RASPUNDERE LIMITATA; f.k.a. SOCIETATEA CU RASPUNDERE LIMITATA PROGLOBAL WORK), str. Mihai Eminescu, 35, Chisinau MD2012, Moldova; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Dec 2015; Registration Number 1015600042010 (Moldova) [RUSSIA-EO14024] (Linked To: OKULOV, Aleksandr).

SRL SKYLINE AVIATION (a.k.a. SKYLINE AVIATION LTD; a.k.a. SKYLINE AVIATION SRL), Via Consiglio dei Sessanta, 99, Dogana, 47891, San Marino; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2016; Organization Type: Passenger air transport; Tax ID No. 26806 (San Marino) [UKRAINE-EO13685].

SRPSKA DEMOKRATSKA STRANKA (a.k.a. SERB DEMOCRATIC PARTY; a.k.a. "SDS"), Kralja Alfonsa XIII, Number 1, Banja Luka 78000, Bosnia and Herzegovina [BALKANS].

SSA SHIP MANAGEMENT CO. (a.k.a. RAHBARAN OMID DARYA SHIP MANAGEMENT CO.; a.k.a. RAHBARAN-E OMID-E DARYA SHIP MANAGEMENT; a.k.a. ROD SHIP MANAGEMENT CO; a.k.a. RODSM;

f.k.a. SOROUSH SARZAMIN ASATIR SHIP MANAGEMENT CO.; f.k.a. SOROUSH SARZAMIN ASATIR SSA), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; No. 5, Shabnam Alley, Ghaem Magham Farahani Street, Shahid Motahari Avenue, Tehran, Iran; Website www.rodsmc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 341563 (Iran) [IRAN].

SSGCTM CNC TAKIM TEZGAHLARI MAKINE SANAYI VE TICARET LIMITED SIRKETI, 17 P Fevzicakmak Mahallesi, Konya, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Dec 2022; Tax ID No. 7811027471 (Turkey); Business Registration Number 66182 (Turkey) [RUSSIA-EO14024].

ST ALABUGA, Ul. Sh-2 (Oez Alabuga Ter.), Str. 5/12, Pomeshch. 131, Yelabuga 423601, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1646044036 (Russia); Registration Number 1171690005816 (Russia) [RUSSIA-EO14024].

STACK TELECOM LTD, Ul. Bolshaya Akademicheskaya D. 5 A, Moscow 127299, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743554611 (Russia); Registration Number 1057746521172 (Russia) [RUSSIA-EO14024].

STAKIC, Milomir; DOB 19 Jun 1962; POB Maricka, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

STAN LLC, Ul. Sushchevskii Val D. 18, Moscow 127018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Dec 2009; Tax ID No. 7703712332 (Russia); Registration Number 1097746813010 (Russia) [RUSSIA-EO14024].

STANDARD TECHNICAL COMPONENT INDUSTRY AND TRADE COMPANY (a.k.a. STANDART TEKNIK PARCA SAN VE TIC A.S.; a.k.a. STEP A.S.; a.k.a. STEP ISTANBUL; a.k.a. STEP S.A.; a.k.a. STEP STANDARD TECHNICAL COMPONENTS INDUSTRY AND TRADING CORPORATION), DES San. Sitesi, A13 Blok, No. 4 Y. Dudullu, Istanbul 81260, Turkey; Bahariye Cad., No. 44, K6, Kadikoy, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

STANDART TEKNIK PARCA SAN VE TIC A.S. (a.k.a. STANDARD TECHNICAL COMPONENT INDUSTRY AND TRADE COMPANY; a.k.a.

STEP A.S.; a.k.a. STEP ISTANBUL; a.k.a. STEP S.A.; a.k.a. STEP STANDARD TECHNICAL COMPONENTS INDUSTRY AND TRADING CORPORATION), DES San. Sitesi, A13 Blok, No. 4 Y. Dudullu, Istanbul 81260, Turkey; Bahariye Cad., No. 44, K6, Kadikoy, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

STANISIC, Jovica; DOB 30 Jul 1950; POB Ratkovo, Serbia and Montenegro; ICTY indictee in Serb custody (individual) [BALKANS].

STANKEVICH, Sergey (a.k.a. STANKEVICH, Sergey Nikolayevich); DOB 27 Jan 1963; POB Kaliningrad; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Border Directorate of the Federal Security Service of the Russian Federation (individual) [UKRAINE-EO13661].

STANKEVICH, Sergey Nikolayevich (a.k.a. STANKEVICH, Sergey); DOB 27 Jan 1963; POB Kaliningrad; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Border Directorate of the Federal Security Service of the Russian Federation (individual) [UKRAINE-EO13661].

STANKEVICH, Yuri Arkadievich (Cyrillic: СТАНКЕВИЧ, Юрий Аркадьевич), Russia; DOB 24 Jul 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

STANKI.RU LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNO OTVETSTVENNOSTYU STANKI.RU), Ul. Semenovskaya B D. 40, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Nov 2016; Tax ID No. 7719461839 (Russia); Government Gazette Number 92660626 (Russia); Registration Number 5167746348853 (Russia) [RUSSIA-EO14024].

STANKIM, ul. 10 Let Oktyabrya d. 60, office 308 D, Izhevsk 426065, Russia; ul. Svobody d. 173, kv. 905, Izhevsk 426011, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1831097040 (Russia); Registration Number 1041800261579 (Russia) [RUSSIA-EO14024].

STANKOMACHCOMPLEX COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO STANKOMASHKOMPLEKS; a.k.a. JOINT STOCK COMPANY STANKOMASHKOMPLEKS), Ul. Akademika Tupoleva D. 124, Tver 170019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6901093347 (Russia); Registration Number 1056900216350 (Russia) [RUSSIA-EO14024].

STANKOMASH LLC (a.k.a. LIMITED LIABILITY COMPANY INDUSTRIAL PARK STANKOMASH (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНДУСТРИАЛЬНЫЙ ПАРК СТАНКОМАШ)), Ulitsa Eniseiskaya, Dom 8, Chelyabinsk 454010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449059203 (Russia); Registration Number 1157449000488 (Russia) [RUSSIA-EO14024].

STANKOMASHSTROI (a.k.a. STANKOMASHSTROY), Ul. Germana Titova D. 9, Penza 440600, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5835103100 (Russia); Registration Number 1135835003370 (Russia) [RUSSIA-EO14024].

STANKOMASHSTROY (a.k.a. STANKOMASHSTROI), Ul. Germana Titova D. 9, Penza 440600, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5835103100 (Russia); Registration Number 1135835003370 (Russia) [RUSSIA-EO14024].

STANKOPROM OOO, Pr-kt Leninskii D. 160, Office 133, Voronezh 394033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3661073772 (Russia); Registration Number 1163668096327 (Russia) [RUSSIA-EO14024].

STANKOVIC, Radovan; DOB 10 Mar 1953; POB Trebica, Bosnia-Herzegovina; ICTY indictee in custody (individual) [BALKANS].

STANMIX HOLDING LIMITED, Floor 2, Elenion Building, 5 Themistokli Dervi, Nicosia 1066, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. CY10130354Y (Cyprus); Registration Number HE 130354 (Cyprus) [RUSSIA-EO14024] (Linked To: SVIBLOV, Vladislav Vladimirovich).

STAR DRAGON CORPORATION LIMITED (Chinese Traditional: 星龍興業有限公司), Room 1510, Shatin Galleria, 18-24 Shan Mei Street, Fotan, New Territories, Hong Kong, China; Room 810, 8/F., Nan Fung Commercial Centre,

19 Lam Lok Street, Hong Kong, China; Website https://stardragon.hk; Organization Established Date 16 May 2008; Company Number 1237860 (Hong Kong); Business Registration Number 39369904 (Hong Kong) [DRCONGO].

STAR ENERGY INTERNATIONAL LIMITED (Chinese Traditional: 星熠能源國際有限公司), Hong Kong, China; Room D5, 5/F, King Yip Factory Building, 59 King Yip Street, Kwun Tong, Kowloon, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Nov 2023; Company Number 3333594 (Hong Kong); Business Registration Number 75866174 (Hong Kong) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

STAR MANAGEMENT GROUP GMBH, Lichstr. 2, Essen, Nordrhein-Westfalen 45127, Germany; Lindenstr. 48-52, Dusseldorf 40233, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 21 Aug 2017; V.A.T. Number DE314040843 (Germany); Registration Number 45130B28433 (Germany) [NPWMD] [IFSR] (Linked To: PASARGAD HELICOPTER COMPANY).

STAR MARKET MELANYE, 3A. Avenida 2-10 Zona 1, Tecun Uman, Ayutla, San Marcos, Guatemala; NIT # 844191-K (Guatemala) [SDNTK].

STAR MERIT GLOBAL LIMITED, Phnom Penh, Cambodia; Virgin Islands, British; Company Number 1984550 (Virgin Islands, British) [TCO] (Linked To: CHEN, Zhi).

STAR MM INC., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Sep 2024; Identification Number IMO 0098825; Business Registration Number 127968 (Marshall Islands) [SDGT] (Linked To: ANSARALLAH).

STAR OCEAN SHIPMANAGE LTD, Room 1706A, 17th Floor, Building A, World Trade Tower 6, Xianggang Zhonglu, Shinan Qu, Qingdao, Shandong, China; Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Oct 2021; Identification Number IMO 6272611; Registration Number 111373 (Marshall Islands)

[SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

STAR OF FREEDOM GENERAL TRADING COMPANY LIMITED LIABILITY (a.k.a. FREEDOM STAR GENERAL TRADING; a.k.a. FREEDOM STAR GENERAL TRADING CO. L.L.C. (Arabic: شركة نجم الحرية للتجارة العامة ذات مسئولية محدودة); a.k.a. FREEDOM STAR GENERAL TRADING CO. LLC), P.O. Box 33237, Dubai, United Arab Emirates; Shop No. 5, Al Ras, Dubai, United Arab Emirates; Deira Al Ras, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Jan 1997; License 244911 (United Arab Emirates); Chamber of Commerce Number 41962 (United Arab Emirates); Economic Register Number (CBLS) 10795786 (United Arab Emirates) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

STAR OILGLOBAL LIMITED, Rm 4, 16/F, Ho King Comm Ctr, 2-16 Fayuen St, Kowloon, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Sep 2023; Company Number 3321734 (Hong Kong); Business Registration Number 75746419 (Hong Kong) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

STAR PLUS YEMEN TRADING COMPANY LTD. (a.k.a. STAR PLUS YEMEN TRADING LIMITED), 7 Yulyu, Al-Hudaydah, Al-Hudaydah Governorate, Yemen; Sanaa, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Mar 2017; Commercial Registry Number 11/85 (Yemen) [SDGT] (Linked To: ANSARALLAH).

STAR PLUS YEMEN TRADING LIMITED (a.k.a. STAR PLUS YEMEN TRADING COMPANY LTD.), 7 Yulyu, Al-Hudaydah, Al-Hudaydah Governorate, Yemen; Sanaa, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Mar 2017; Commercial Registry Number 11/85 (Yemen) [SDGT] (Linked To: ANSARALLAH).

STAR RAPID MANUFACTURERS CO LTD (a.k.a. STAR RAPID MANUFACTURING CO LTD; a.k.a. ZHONGSHAN SHIDA MODEL

MANUFACTURING CO LTD (Chinese Simplified: 中山世达模型制造有限公司)), First Floor of West Block, No.15, Huanmao 1 Rd., Huoju Development Zone, Zhongshan, Guangdong 528437, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; United Social Credit Code Certificate (USCCC) 91442000684418941B (China) [RUSSIA-EO14024].

STAR RAPID MANUFACTURING CO LTD (a.k.a. STAR RAPID MANUFACTURERS CO LTD; a.k.a. ZHONGSHAN SHIDA MODEL MANUFACTURING CO LTD (Chinese Simplified: 中山世达模型制造有限公司)), First Floor of West Block, No.15, Huanmao 1 Rd., Huoju Development Zone, Zhongshan, Guangdong 528437, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; United Social Credit Code Certificate (USCCC) 91442000684418941B (China) [RUSSIA-EO14024].

STAR SAPPHIRE CO. LTD. (a.k.a. KYEI NILAR COMPANY; a.k.a. KYEI NILAR COMPANY LIMITED; a.k.a. KYEI NILAR COMPANY LTD.; a.k.a. STAR SAPPHIRE COMPANY LIMITED; a.k.a. STAR SAPPHIRE GROUP; a.k.a. STAR SAPPHIRE GROUP OF COMPANIES), No. 30 B, Room 701/702, Yadanar Inya Condo, Than Lwin Road, Bahan Township, Yangon, Burma; Room 201, Building C, Takhatho Yeikmon Housing, New University Avenue Road, Bahan, Yangon, Burma; Organization Established Date 18 Nov 1999; Organization Type: Activities of holding companies [BURMA-EO14014] (Linked To: LATT, Tun Min).

STAR SAPPHIRE COMPANY LIMITED (a.k.a. KYEI NILAR COMPANY; a.k.a. KYEI NILAR COMPANY LIMITED; a.k.a. KYEI NILAR COMPANY LTD.; a.k.a. STAR SAPPHIRE CO. LTD.; a.k.a. STAR SAPPHIRE GROUP; a.k.a. STAR SAPPHIRE GROUP OF COMPANIES), No. 30 B, Room 701/702, Yadanar Inya Condo, Than Lwin Road, Bahan Township, Yangon, Burma; Room 201, Building C, Takhatho Yeikmon Housing, New University Avenue Road, Bahan, Yangon, Burma; Organization Established Date 18 Nov 1999; Organization Type: Activities of holding companies [BURMA-EO14014] (Linked To: LATT, Tun Min).

STAR SAPPHIRE GROUP (a.k.a. KYEI NILAR COMPANY; a.k.a. KYEI NILAR COMPANY LIMITED; a.k.a. KYEI NILAR COMPANY LTD.; a.k.a. STAR SAPPHIRE CO. LTD.; a.k.a. STAR SAPPHIRE COMPANY LIMITED; a.k.a. STAR SAPPHIRE GROUP OF COMPANIES), No. 30

B, Room 701/702, Yadanar Inya Condo, Than Lwin Road, Bahan Township, Yangon, Burma; Room 201, Building C, Takhatho Yeikmon Housing, New University Avenue Road, Bahan, Yangon, Burma; Organization Established Date 18 Nov 1999; Organization Type: Activities of holding companies [BURMA-EO14014] (Linked To: LATT, Tun Min).

STAR SAPPHIRE GROUP OF COMPANIES (a.k.a. KYEI NILAR COMPANY; a.k.a. KYEI NILAR COMPANY LIMITED; a.k.a. KYEI NILAR COMPANY LTD.; a.k.a. STAR SAPPHIRE CO. LTD.; a.k.a. STAR SAPPHIRE COMPANY LIMITED; a.k.a. STAR SAPPHIRE GROUP), No. 30 B, Room 701/702, Yadanar Inya Condo, Than Lwin Road, Bahan Township, Yangon, Burma; Room 201, Building C, Takhatho Yeikmon Housing, New University Avenue Road, Bahan, Yangon, Burma; Organization Established Date 18 Nov 1999; Organization Type: Activities of holding companies [BURMA-EO14014] (Linked To: LATT, Tun Min).

STAR SAPPHIRE GROUP PTE. LTD., 1 North Bridge Road, #30-00, High Street Centre, Singapore 179094, Singapore; Organization Established Date 20 Aug 2014; Organization Type: Non-specialized wholesale trade; Tax ID No. 201424367R (Singapore) [BURMA-EO14014] (Linked To: LATT, Tun Min; Linked To: SOE, Win Min).

STAR SAPPHIRE TRADING CO., LTD. (a.k.a. STAR SAPPHIRE TRADING COMPANY LIMITED), No. 5556/5558, Sagaing Street, Oattararthiri Township, Naypyitaw, Burma; Organization Established Date 20 Oct 2010; Organization Type: Non-specialized wholesale trade; Business Registration Number 114620785 (Burma) [BURMA-EO14014] (Linked To: LATT, Tun Min).

STAR SAPPHIRE TRADING COMPANY LIMITED (a.k.a. STAR SAPPHIRE TRADING CO., LTD.), No. 5556/5558, Sagaing Street, Oattararthiri Township, Naypyitaw, Burma; Organization Established Date 20 Oct 2010; Organization Type: Non-specialized wholesale trade; Business Registration Number 114620785 (Burma) [BURMA-EO14014] (Linked To: LATT, Tun Min).

STAR SHIP MANAGEMENT LIMITED (a.k.a. STAR SHIP MANAGEMENT LTD-BZE), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

STAR SHIP MANAGEMENT LTD-BZE (a.k.a. STAR SHIP MANAGEMENT LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

STAR TRADE GHANA LIMITED, Enyado HSE, TemaHarbour, (0537N 00001W), Tema, Ghana; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: QANSU, Ali Muhammad).

STAR TWINKLE SHIPPING LIMITED (Chinese Traditional: 星耀船務有限公司), Room 1D, 2nd Floor, Fu Tao Building, 98, Argyle Street, Kowloon, Hong Kong, China; Organization Established Date 20 Jan 2023; Identification Number IMO 6463192; Company Number 3226897 (Hong Kong); Business Registration Number 74791803 (Hong Kong) [IRAN-EO13902].

STARBOARD SHIPPING INC., Panama City, Panama; Organization Established Date 17 Jul 2024; RUC # 155754386-2-2024 (Panama); Identification Number IMO 0019589 [IRAN-EO13902].

STAREX DIS TICARET KIMYA ANONIM SIRKETI, No: 20/2 Yenisehir Mahallesi Maresal Cakmak Caddesi, Iskenderun, Hatay 31200, Turkey; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 2019; Tax ID No. 7810825214 (Turkey); Registration Number 16189 (Turkey) [IRAN-EO13846].

STARLINE MANAGEMENT FZ LLC (a.k.a. BLACK PEARL ENERGY TRADING LLC; a.k.a. BLACK PEARL ENERGY TRADING LLC FZ; a.k.a. OGC SHIPPING LLC FZ), Business Center 1, M Floor, The Meydan Hotel, Nad Al Sheba, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 30 Mar 2022; Registration Number 2201205 (United Arab Emirates) [UKRAINE-EO13662] [RUSSIA-EO14024].

STAROVOIT, Roman Vladimirovich (a.k.a. STAROVOYT, Roman Vladimirovich (Cyrillic: СТАРОВОЙТ, Роман Владимирович)), Kursk,

Russia; DOB 20 Jan 1972; POB Kursk, Kursk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 782613427204 (Russia) (individual) [RUSSIA-EO14024].

STAROVOYT, Roman Vladimirovich (Cyrillic: СТАРОВОЙТ, Роман Владимирович) (a.k.a. STAROVOIT, Roman Vladimirovich), Kursk, Russia; DOB 20 Jan 1972; POB Kursk, Kursk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 782613427204 (Russia) (individual) [RUSSIA-EO14024].

STARRY BLOOM LIMITED, Phnom Penh, Cambodia; Company Number 2035066 (Virgin Islands, British) [TCO] (Linked To: CHEN, Zhi).

STARS COMMUNICATION SAL OFF-SHORE (a.k.a. STARS COMMUNICATIONS OFFSHORE; a.k.a. STARS COMMUNICATIONS OFFSHORE SAL; a.k.a. STARS OFFSHORE), Hojeij Building, 2nd Floor, Zaghloul Street, Haret Hreik, Baabda, Lebanon; Bdeir Building, Ground Floor, Snoubra Street, Ghobeiry, Baabda, Lebanon; Hadi Nasrallah Av, MEAB Building, 1st Floor, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1801374 (Lebanon) [SDGT] (Linked To: STARS GROUP HOLDING).

STARS COMMUNICATIONS (a.k.a. STARS COMMUNICATIONS LLC; a.k.a. STARS COMMUNICATIONS LTD; a.k.a. STARS COMMUNICATIONS LTD SARL), Hadi Nasrallah Av, MEAB Building, 1st Floor, Beirut, Lebanon; Bir el Abed, Snoubra Street, Haret Hreyk, Beirut, Lebanon; Tayyouneh, Haret Hreyk, Beirut, Lebanon; Port, Nahr, Beirut, Lebanon; Ras El Ain, Baalbeck, Lebanon; Hadeth, Lebanon; Nabatiyeh, Lebanon; Old Saida Road, Beirut Mall, Beirut, Lebanon; Duty-Free Airport, Rafik Hariri International Airport, Beirut, Lebanon; Sharl Helo Street, Beirut Seaport, Lebanon; Kamil Shamoun Street, Dekwaneh, Beirut, Lebanon; Hermel, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Commercial Registry Number 2001929 (Lebanon) [SDGT] (Linked To: AMHAZ, Kamel Mohamad; Linked To: STARS GROUP HOLDING).

STARS COMMUNICATIONS LLC (a.k.a. STARS COMMUNICATIONS; a.k.a. STARS COMMUNICATIONS LTD; a.k.a. STARS COMMUNICATIONS LTD SARL), Hadi Nasrallah Av, MEAB Building, 1st Floor, Beirut, Lebanon; Bir el Abed, Snoubra Street, Haret Hreyk, Beirut, Lebanon; Tayyouneh, Haret Hreyk, Beirut, Lebanon; Port, Nahr, Beirut, Lebanon; Ras El Ain, Baalbeck, Lebanon; Hadeth, Lebanon; Nabatiyeh, Lebanon; Old Saida Road, Beirut Mall, Beirut, Lebanon; Duty-Free Airport, Rafik Hariri International Airport, Beirut, Lebanon; Sharl Helo Street, Beirut Seaport, Lebanon; Kamil Shamoun Street, Dekwaneh, Beirut, Lebanon; Hermel, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2001929 (Lebanon) [SDGT] (Linked To: AMHAZ, Kamel Mohamad; Linked To: STARS GROUP HOLDING).

STARS COMMUNICATIONS LTD (a.k.a. STARS COMMUNICATIONS; a.k.a. STARS COMMUNICATIONS LLC; a.k.a. STARS COMMUNICATIONS LTD SARL), Hadi Nasrallah Av, MEAB Building, 1st Floor, Beirut, Lebanon; Bir el Abed, Snoubra Street, Haret Hreyk, Beirut, Lebanon; Tayyouneh, Haret Hreyk, Beirut, Lebanon; Port, Nahr, Beirut, Lebanon; Ras El Ain, Baalbeck, Lebanon; Hadeth, Lebanon; Nabatiyeh, Lebanon; Old Saida Road, Beirut Mall, Beirut, Lebanon; Duty-Free Airport, Rafik Hariri International Airport, Beirut, Lebanon; Sharl Helo Street, Beirut Seaport, Lebanon; Kamil Shamoun Street, Dekwaneh, Beirut, Lebanon; Hermel, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2001929 (Lebanon) [SDGT] (Linked To: AMHAZ, Kamel Mohamad; Linked To: STARS GROUP HOLDING).

STARS COMMUNICATIONS LTD SARL (a.k.a. STARS COMMUNICATIONS; a.k.a. STARS COMMUNICATIONS LLC; a.k.a. STARS COMMUNICATIONS LTD), Hadi Nasrallah Av, MEAB Building, 1st Floor, Beirut, Lebanon; Bir el Abed, Snoubra Street, Haret Hreyk, Beirut, Lebanon; Tayyouneh, Haret Hreyk, Beirut, Lebanon; Port, Nahr, Beirut, Lebanon; Ras El Ain, Baalbeck, Lebanon; Hadeth, Lebanon; Nabatiyeh, Lebanon; Old Saida Road, Beirut Mall, Beirut, Lebanon; Duty-Free Airport, Rafik Hariri International Airport, Beirut, Lebanon; Sharl Helo Street, Beirut Seaport, Lebanon; Kamil Shamoun Street, Dekwaneh, Beirut, Lebanon; Hermel, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2001929 (Lebanon) [SDGT] (Linked To: AMHAZ, Kamel Mohamad; Linked To: STARS GROUP HOLDING).

STARS COMMUNICATIONS OFFSHORE (a.k.a. STARS COMMUNICATION SAL OFF-SHORE; a.k.a. STARS COMMUNICATIONS OFFSHORE SAL; a.k.a. STARS OFFSHORE), Hojeij Building, 2nd Floor, Zaghloul Street, Haret Hreik, Baabda, Lebanon; Bdeir Building, Ground Floor, Snoubra Street, Ghobeiry, Baabda, Lebanon; Hadi Nasrallah Av, MEAB Building, 1st Floor, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1801374 (Lebanon) [SDGT] (Linked To: STARS GROUP HOLDING).

STARS COMMUNICATIONS OFFSHORE SAL (a.k.a. STARS COMMUNICATION SAL OFF-SHORE; a.k.a. STARS COMMUNICATIONS OFFSHORE; a.k.a. STARS OFFSHORE), Hojeij Building, 2nd Floor, Zaghloul Street, Haret Hreik, Baabda, Lebanon; Bdeir Building, Ground Floor, Snoubra Street, Ghobeiry, Baabda, Lebanon; Hadi Nasrallah Av, MEAB Building, 1st Floor, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1801374 (Lebanon) [SDGT] (Linked To: STARS GROUP HOLDING).

STARS GROUP HOLDING (a.k.a. STARS GROUP HOLDING SAL; a.k.a. STARS GROUP SAL (HOLDING)), Property Number 5208/62, Issam Mohamed Amha, 6th Floor, Dallas Center, Old Saida Road, C, Lebanon; Postal Box 13-5483, Lebanon; Bdeir Building, Snoubra Street, Bir El-Abed Area, Haret Hreik, Baabda, Lebanon; Bir El Abed, Hadi Nasrallah Highway, Middle East & Africa Bank Building, First Floor, Beirut, Lebanon; Old Saida Road, Dallas Center, 6th Floor, Beirut, Lebanon; Website www.starscom.net; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1901453 (Lebanon) [SDGT] (Linked To: AMHAZ, Kamel Mohamad).

STARS GROUP HOLDING SAL (a.k.a. STARS GROUP HOLDING; a.k.a. STARS GROUP SAL (HOLDING)), Property Number 5208/62, Issam Mohamed Amha, 6th Floor, Dallas Center, Old Saida Road, C, Lebanon; Postal Box 13-5483, Lebanon; Bdeir Building, Snoubra Street, Bir El-Abed Area, Haret Hreik, Baabda, Lebanon; Bir El Abed, Hadi Nasrallah Highway, Middle East & Africa Bank Building, First Floor, Beirut, Lebanon; Old Saida Road, Dallas Center, 6th Floor, Beirut, Lebanon; Website www.starscom.net; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1901453 (Lebanon) [SDGT] (Linked To: AMHAZ, Kamel Mohamad).

STARS GROUP SAL (HOLDING) (a.k.a. STARS GROUP HOLDING; a.k.a. STARS GROUP HOLDING SAL), Property Number 5208/62, Issam Mohamed Amha, 6th Floor, Dallas Center, Old Saida Road, C, Lebanon; Postal Box 13-5483, Lebanon; Bdeir Building, Snoubra Street, Bir El-Abed Area, Haret Hreik, Baabda, Lebanon; Bir El Abed, Hadi Nasrallah Highway, Middle East & Africa Bank Building, First Floor, Beirut, Lebanon; Old Saida Road, Dallas Center, 6th Floor, Beirut, Lebanon; Website www.starscom.net; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry

Number 1901453 (Lebanon) [SDGT] (Linked To: AMHAZ, Kamel Mohamad).

STARS INTERNATIONAL CO. LTD (a.k.a. STARS INTERNATIONAL LTD), Room 2203A, Grand Tower, No. 228 TianHe Road, TianHe District, Guangzhou, China; F-18, Dubai Airport Free Zone, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ZEAITER, Ali; Linked To: STARS GROUP HOLDING).

STARS INTERNATIONAL LTD (a.k.a. STARS INTERNATIONAL CO. LTD), Room 2203A, Grand Tower, No. 228 TianHe Road, TianHe District, Guangzhou, China; F-18, Dubai Airport Free Zone, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ZEAITER, Ali; Linked To: STARS GROUP HOLDING).

STARS OFFSHORE (a.k.a. STARS COMMUNICATION SAL OFF-SHORE; a.k.a. STARS COMMUNICATIONS OFFSHORE; a.k.a. STARS COMMUNICATIONS OFFSHORE SAL), Hojeij Building, 2nd Floor, Zaghloul Street, Haret Hreik, Baabda, Lebanon; Bdeir Building, Ground Floor, Snoubra Street, Ghobeiry, Baabda, Lebanon; Hadi Nasrallah Av, MEAB Building, 1st Floor, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1801374 (Lebanon) [SDGT] (Linked To: STARS GROUP HOLDING).

STARSHINOV, Mikhail Yevgenyevich (Cyrillic: СТАРШИНОВ, Михаил Евгеньевич), Russia; DOB 12 Dec 1971; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

STASHINA, Elena (a.k.a. STASHINA, Helen; a.k.a. STASHINA, Yelena); DOB 05 Nov 1963; POB Tomsk, Russia (individual) [MAGNIT].

STASHINA, Helen (a.k.a. STASHINA, Elena; a.k.a. STASHINA, Yelena); DOB 05 Nov 1963; POB Tomsk, Russia (individual) [MAGNIT].

STASHINA, Yelena (a.k.a. STASHINA, Elena; a.k.a. STASHINA, Helen); DOB 05 Nov 1963; POB Tomsk, Russia (individual) [MAGNIT].

STASKUS, Saulius (a.k.a. STASKUS, Soulius; a.k.a. STAUSKAS, Soulius), Lithuania; DOB 09 Mar 1963; POB Lithuania; nationality Lithuania; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

STASKUS, Soulius (a.k.a. STASKUS, Saulius; a.k.a. STAUSKAS, Soulius), Lithuania; DOB 09 Mar 1963; POB Lithuania; nationality Lithuania; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

STATANLY LIMITED LIABILITY COMPANY (a.k.a. STATANLY TECHNOLOGIES), Birzhevaya liniya 16, Saint Petersburg, Russia; B-r Aleksandra Grina D. 1, Str. 1, Pomeshch 917, Saint Petersburg 199225, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801724456 (Russia); Registration Number 1237800072982 (Russia) [RUSSIA-EO14024].

STATANLY TECHNOLOGIES (a.k.a. STATANLY LIMITED LIABILITY COMPANY), Birzhevaya liniya 16, Saint Petersburg, Russia; B-r Aleksandra Grina D. 1, Str. 1, Pomeshch 917, Saint Petersburg 199225, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801724456 (Russia); Registration Number 1237800072982 (Russia) [RUSSIA-EO14024].

STATE ADMINISTRATION COUNCIL (a.k.a. STATE ADMINISTRATIVE COUNCIL), Naypyitaw, Burma; Target Type Government Entity [BURMA-EO14014].

STATE ADMINISTRATIVE COUNCIL (a.k.a. STATE ADMINISTRATION COUNCIL), Naypyitaw, Burma; Target Type Government Entity [BURMA-EO14014].

STATE AFFAIRS COMMISSION, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

STATE AUTHORITY FOR MILITARY INDUSTRY OF THE REPUBLIC OF BELARUS (a.k.a. BELARUSIAN STATE AUTHORITY FOR MILITARY INDUSTRY; a.k.a. DZIARZAUNY VAJENNA-PRAMYSLOVY KAMITET (Cyrillic: ДЗЯРЖАЎНЫ ВАЕННА-ПРАМЫСЛОВЫ КАМІТЭТ); a.k.a. GOSKOMVOYENPROM (Cyrillic: ГОСКОМВОЕНПРОМ); a.k.a. STATE MILITARY-INDUSTRIAL COMMITTEE OF BELARUS (Cyrillic: ГОСУДАРСТВЕННЫЙ ВОЕННО-ПРОМЫШЛЕННЫЙ КОМИТЕТ БЕЛАРУСИ)), 115 Nezavisimosti Avenue, Minsk 220114, Belarus; Website http://www.vpk.gov.by/; Organization Established Date 30 Dec 2003; Target Type Government Entity [BELARUS-EO14038].

STATE BANK LUHANSK PEOPLE'S REPUBLIC, Str. T. G. Shevchenko, d. 1, Luhansk 91000, Ukraine; Website www.gosbank.su; Email Address bank@gosbank.su; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

STATE BUDGETARY EDUCATIONAL INSTITUTION OF ADDITIONAL EDUCATION OF THE REPUBLIC OF CRIMEA CRIMEA PATRIOT CENTER (Cyrillic: ГОСУДАРСТВЕННОЕ БЮДЖЕТНОЕ ОБРАЗОВАТЕЛЬНОЕ УЧРЕЖДЕНИЕ ДОПОЛНИТЕЛЬНОГО ОБРАЗОВАНИЯ РЕСПУБЛИКИ КРЫМ КРЫМПАТРИОТЦЕНТР) (a.k.a. GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE DOPOLNITELNOGO OBRAZOVANIYA RESPUBLIKI KRYM REGIONALNY TSENTR PO PODGOTOVKE K VOENNOI SLUZHBE I VOENNO-PATRIOTICHESKOMU VOSPITANIYU (Cyrillic: РЕГИОНАЛЬНЫЙ ЦЕНТР ПО ПОДГОТОВКЕ К ВОЕННОЙ СЛУЖБЕ И ВОЕННО ПАТРИОТИЧЕСКОМУ ВОСПИТАНИЮ.); a.k.a. KRYMPATRIOTTSENTR; a.k.a. REGIONAL CENTER FOR PREPARATION FOR MILITARY SERVICE AND MILITARY PATRIOTIC EDUCATION.), 60 Let Oktyabrya Street, Building 13/64, Simferopol, Crimea 295044, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Jun 2015; Tax ID No. 9102187450 (Russia); Registration Number 1159102101180 (Russia) [RUSSIA-EO14024].

STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION ALMETYEVSK STATE OIL INSTITUTE (Cyrillic: ГОСУДАРСТВЕННОЕ БЮДЖЕТНОЕ ОБРАЗОВАТЕЛЬНОЕ УЧРЕЖДЕНИЕ ВЫСШЕГО ОБРАЗОВАНИЯ АЛЬМЕТЬЕВСКИЙ ГОСУДАРСТВЕННЫЙ НЕФТЯНОЙ ИНСТИТУТ) (a.k.a. ALMETYEVSK STATE OIL INSTITUTE; a.k.a.

"GBOU VO AGNI"), ul. Lenina, d. 2, Almetyevsk, Republic of Tatarstan 423450, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1644005183 (Russia); Government Gazette Number 33861852 (Russia); Registration Number 1021601629642 (Russia) [RUSSIA-EO14024].

STATE CONCERN NATIONAL ASSOCIATION OF PRODUCERS MASSANDRA (a.k.a. MASSANDRA NATIONAL INDUSTRIAL AGRARIAN ASSOCIATON OF WINE INDUSTRY; a.k.a. MASSANDRA STATE CONCERN, NATIONAL PRODUCTION AND AGRARIAN UNION, OJSC; a.k.a. NACIONALNOYE PROIZ-VODSTVENNO AGRARNOYE OBYEDINENYE MASSANDRA; a.k.a. STATE CONCERN NATIONAL PRODUCTION AND AGRICULTURAL ASSOCIATION MASSANDRA), 6, str. Mira, Massandra, Yalta 98600, Ukraine; 6, Mira str., Massandra, Yalta, Crimea 98650, Ukraine; Mira str, h. 6, Massandra, Yalta, Crimea 98600, Ukraine; 6, Myra st., Massandra, Crimea 98650, Ukraine; Website http://www.massandra.net.ua/; Email Address impex@massandra.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 00411890 (Ukraine) [UKRAINE-EO13685].

STATE CONCERN NATIONAL PRODUCTION AND AGRICULTURAL ASSOCIATION MASSANDRA (a.k.a. MASSANDRA NATIONAL INDUSTRIAL AGRARIAN ASSOCIATON OF WINE INDUSTRY; a.k.a. MASSANDRA STATE CONCERN, NATIONAL PRODUCTION AND AGRARIAN UNION, OJSC; a.k.a. NACIONALNOYE PROIZ-VODSTVENNO AGRARNOYE OBYEDINENYE MASSANDRA; a.k.a. STATE CONCERN NATIONAL ASSOCIATION OF PRODUCERS MASSANDRA), 6, str. Mira, Massandra, Yalta 98600, Ukraine; 6, Mira str., Massandra, Yalta, Crimea 98650, Ukraine; Mira str, h. 6, Massandra, Yalta, Crimea 98600, Ukraine; 6, Myra st., Massandra, Crimea 98650, Ukraine; Website http://www.massandra.net.ua/; Email Address impex@massandra.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 00411890 (Ukraine) [UKRAINE-EO13685].

STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK (f.k.a. BANK FOR FOREIGN TRADE OF THE U.S.S.R.; a.k.a. GK VEB.RF; a.k.a. GOSUDARSTVENNAYA KORPORATSIYA RAZVITIYA VEB.RF; a.k.a. STATE DEVELOPMENT CORPORATION VEB.RF (Cyrillic: ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ РАЗВИТИЯ ВЭБ.РФ); a.k.a. VEB.RF (Cyrillic: ВЭБ.РФ); f.k.a. VNESHECONOMBANK; f.k.a. VNESHEKONOMBANK GK; f.k.a. VNESHEKONOMBANK SSSR; a.k.a. "BANK FOR DEVELOPMENT"; a.k.a. "VEB"), Akademik Sakharov Ave 9, Moscow 107996, Russia; Pr-kt, Akademika Sakharova, D. 9, Moscow 107078, Russia (Cyrillic: Пр-Кт Академика Сахарова, Д. 9, Город Москва 107078, Russia); 20A, CITIC Building, 19, Joanguomenwai Dajie, Beijing 100004, China; Shop No. 11, Arcade Ground Floor, World Trade Centre, Cuffe Prade, Colaba, Mumbai 400005, India; SWIFT/BIC BFEARUMM; Website www.veb.ru; BIK (RU) 044525060; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Aug 1922; Target Type State-Owned Enterprise; alt. Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Government Gazette Number 00005061 (Russia); Registration Number 1077711000102 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

STATE CORPORATION FOR THE PROMOTION OF THE DEVELOPMENT, MANUFACTURE, AND EXPORT OF HIGH TECH PRODUCTS ROSTEC (Cyrillic: ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ ПО СОДЕЙСТВИЮ РАЗРАБОТКЕ, ПРОИЗВОДСТВУ И ЭКСПОРТУ ВЫСОКОТЕХНОЛОГИЧНОЙ ПРОМЫШЛЕННОЙ ПРОДУКЦИИ РОСТЕХ) (a.k.a. STATE CORPORATION ROSTEC), 24 Usacheva Str., Moscow 119048, Russia; 21 Gogolevsky Blvd., Moscow 119991, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Dec 2007; Registration ID 1077799030847 (Russia); Tax ID No. 7704274402 (Russia); Government Gazette Number 94137372 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

STATE CORPORATION ROSTEC (a.k.a. STATE CORPORATION FOR THE PROMOTION OF THE DEVELOPMENT, MANUFACTURE, AND EXPORT OF HIGH TECH PRODUCTS ROSTEC (Cyrillic: ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ ПО СОДЕЙСТВИЮ РАЗРАБОТКЕ, ПРОИЗВОДСТВУ И ЭКСПОРТУ ВЫСОКОТЕХНОЛОГИЧНОЙ ПРОМЫШЛЕННОЙ ПРОДУКЦИИ РОСТЕХ)), 24 Usacheva Str., Moscow 119048, Russia; 21 Gogolevsky Blvd., Moscow 119991, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Dec 2007; Registration ID 1077799030847 (Russia); Tax ID No. 7704274402 (Russia); Government Gazette Number 94137372 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

STATE DEVELOPMENT CORPORATION VEB.RF (Cyrillic: ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ РАЗВИТИЯ ВЭБ.РФ) (f.k.a. BANK FOR FOREIGN TRADE OF THE U.S.S.R.; a.k.a. GK VEB.RF; a.k.a. GOSUDARSTVENNAYA KORPORATSIYA RAZVITIYA VEB.RF; a.k.a. STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK; a.k.a. VEB.RF (Cyrillic: ВЭБ.РФ); f.k.a. VNESHECONOMBANK; f.k.a. VNESHEKONOMBANK GK; f.k.a. VNESHEKONOMBANK SSSR; a.k.a. "BANK FOR DEVELOPMENT"; a.k.a. "VEB"), Akademik Sakharov Ave 9, Moscow 107996, Russia; Pr-kt, Akademika Sakharova, D. 9, Moscow 107078, Russia (Cyrillic: Пр-Кт

Академика Сахарова, Д. 9, Город Москва 107078, Russia); 20A, CITIC Building, 19, Joanguomenwai Dajie, Beijing 100004, China; Shop No. 11, Arcade Ground Floor, World Trade Centre, Cuffe Prade, Colaba, Mumbai 400005, India; SWIFT/BIC BFEARUMM; Website www.veb.ru; BIK (RU) 044525060; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Aug 1922; Target Type State-Owned Enterprise; alt. Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Government Gazette Number 00005061 (Russia); Registration Number 1077711000102 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

STATE DUMA OF THE FEDERAL ASSEMBLY OF THE RUSSIAN FEDERATION (Cyrillic: ГОСУДАРСТВЕННАЯ ДУМА ФЕДЕРАЛЬНОГО СОБРАНИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ), Okhotny Ryad, 1, Moscow 103265, Russia; Website http://www.duma.gov.ru/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: General public administration activities; Target Type Government Entity [RUSSIA-EO14024].

STATE ENTERPRISE AGRICULTURAL COMPANY MAGARACH NATIONAL INSTITUTE OF VINE AND WINE MAGARACH (a.k.a. AGROFIRMA MAGARACH NATSIONALNOGO INSTYTUTU VYNOGRADU I VYNA MAGARACH, DP; a.k.a. DERZHAVNE PIDPRYEMSTVO AGROFIRMA MAGARACH NATSIONALNOGO INSTYTUTU VYNOGRADU I VYNA MAGARACH; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE AGRO-FIRMA MAGARACH NACIONALNOGO INSTITUTA VINOGRADA I VINA MAGARACH; a.k.a. MAGARACH AGRICULTURAL COMPANY OF NATIONAL INSTITUTE OF WINE AND GRAPES MAGARACH; a.k.a. STATE ENTERPRISE MAGARACH OF THE NATIONAL INSTITUTE OF WINE), Bud. 9 vul. Chapaeva, S.Viline, Bakhchysaraisky R-N, Crimea 98433, Ukraine; 9 Chapayeva str., Vilino, Bakhchisaray Region, Crimea 98433,

Ukraine; 9 Chapayeva str., Vilino, Bakhchisarayski district 98433, Ukraine; 9, Chapaeva Str., Vilino, Bakhchisaray Region, Crimea 98433, Ukraine; Website http://magarach-institut.ru/; Email Address magar@ukr.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 11231070006000476 (Ukraine); Government Gazette Number 31332064 (Ukraine) [UKRAINE-EO13685].

STATE ENTERPRISE EVPATORIA SEA COMMERCIAL PORT (a.k.a. PORT OF EVPATORIA; a.k.a. PORT OF YEVPATORIA; a.k.a. SEAPORT OF YEVPATORIYA; a.k.a. YEVPATORIA COMMERCIAL SEAPORT; a.k.a. YEVPATORIA MERCHANT SEA PORT; a.k.a. YEVPATORIA SEA PORT; a.k.a. YEVPATORIYA COMMERCIAL SEA PORT; a.k.a. YEVPATORIYA SEA PORT), Mariners Square 1, Evpatoria, Crimea 97416, Ukraine; 1, Moryakov Sq, Yevpatoriya, Crimea 97408, Ukraine; 1 Moryakov Sq., Yevpatoria, Crimea 97416, Ukraine; Ukraine; 1 Moryakov Sq, Yevpatoriya, Crimea 97416, Ukraine; Email Address lada1@seavenue.net; alt. Email Address zamves@emtp.com.ua; UN/LOCODE UA ZKA; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125583 (Ukraine) [UKRAINE-EO13685].

STATE ENTERPRISE FACTORY OF SPARKLING WINE NOVY SVET (a.k.a. DERZHAVNE PIDPRYEMSTVO ZAVOD SHAMPANSKYKH VYN NOVY SVIT; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE ZAVOD SHAMPANSKYKH VIN NOVY SVET; a.k.a. NOVY SVET WINERY; a.k.a. NOVY SVET WINERY STATE ENTERPRISE; a.k.a. STATE ENTERPRISE FACTORY OF SPARKLING WINES NEW WORLD; a.k.a. ZAVOD SHAMPANSKYKH VYN NOVY SVIT, DP), 1 Shaliapin Street, Novy Svet Village, Sudak, Crimea 98032, Ukraine; Bud. 1 vul. Shalyapina Smt, Novy Svit, Sudak, Crimea 98032, Ukraine; 1 Shalyapina str. Novy Svet, Sudak 98032, Ukraine; Website http://nsvet.com.ua/en/contacts; Email Address boss@nsvet.com.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 00412665 (Ukraine) [UKRAINE-EO13685].

STATE ENTERPRISE FACTORY OF SPARKLING WINES NEW WORLD (a.k.a.

DERZHAVNE PIDPRYEMSTVO ZAVOD SHAMPANSKYKH VYN NOVY SVIT; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE ZAVOD SHAMPANSKYKH VIN NOVY SVET; a.k.a. NOVY SVET WINERY; a.k.a. NOVY SVET WINERY STATE ENTERPRISE; a.k.a. STATE ENTERPRISE FACTORY OF SPARKLING WINE NOVY SVET; a.k.a. ZAVOD SHAMPANSKYKH VYN NOVY SVIT, DP), 1 Shaliapin Street, Novy Svet Village, Sudak, Crimea 98032, Ukraine; Bud. 1 vul. Shalyapina Smt, Novy Svit, Sudak, Crimea 98032, Ukraine; 1 Shalyapina str. Novy Svet, Sudak 98032, Ukraine; Website http://nsvet.com.ua/en/contacts; Email Address boss@nsvet.com.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 00412665 (Ukraine) [UKRAINE-EO13685].

STATE ENTERPRISE FEODOSIA SEA TRADING PORT (a.k.a. PORT OF FEODOSIA; a.k.a. SEAPORT OF FEODOSIYA; a.k.a. THEODOSIA COMMERCIAL SEAPORT; a.k.a. THEODOSIA MERCHANT SEA PORT; a.k.a. THEODOSIA SEA PORT), 14 Gorky Street, Theodosia 98100, Ukraine; 14, Gorky Str., Feodosiya, Crimea 98100, Ukraine; Gorky Street 11, Feodosia, Crimea 98100, Ukraine; Website www.ukrport.org.ua; Email Address theodosia@port.kafa.crimea.ua; UN/LOCODE UA FEO; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125577 (Russia) [UKRAINE-EO13685].

STATE ENTERPRISE HOLDING MANAGEMENT COMPANY BELARUSSIAN CEMENT COMPANY (a.k.a. BELARUSIAN CEMENT COMPANY HOLDING; a.k.a. REPUBLICAN PRODUCTION AND TRADE UNITARY ENTERPRISE MANAGEMENT COMPANY OF THE HOLDING BELARUSIAN CEMENT COMPANY (Cyrillic: РЕСПУБЛИКАНСКОЕ ПРОИЗВОДСТВЕННО ТОРГОВОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ УПРАВЛЯЮЩАЯКОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ ЦЕМЕНТНАЯ КОМПАНИЯ); a.k.a. RESPUBLIKANSKOE PROIZVODSTVENNO TORGOVOE UNITARNOE PREDPRIYATIE UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELORUSSKAYA TSEMENTNAYA KOMPANIYA; a.k.a. RPTUP MANAGEMENT COMPANY OF HOLDING BELARUSIAN CEMENT COMPANY (Cyrillic:

РПТУП УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ ЦЕМЕНТНАЯ КОМПАНИЯ); a.k.a. UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BTSK GP), Mulyavina Boulevard 6, Minsk 220005, Belarus; D. 28, Nezhiloe pomeshchenie, ul. Kuzmy Minina, Minsk 220014, Belarus; Target Type State-Owned Enterprise; Tax ID No. 192039638 (Belarus) [BELARUS-EO14038].

STATE ENTERPRISE KERCH COMMERCIAL SEA PORT (a.k.a. KERCH COMMERCIAL SEAPORT; a.k.a. KERCH MERCHANT SEA PORT; a.k.a. KERCH SEA PORT; a.k.a. PORT OF KERCH; a.k.a. SEAPORT OF KERCH; a.k.a. STATE ENTERPRISE KERCH SEA COMMERCIAL PORT), Kirova Street 28, Kerch, Crimea 98312, Ukraine; 28 Kirova Str., Kerch, Crimea 98312, Ukraine; 28, Kirov Str., Kerch, Crimea 98312, Ukraine; Ul. Kirov, 28, Kerch, Crimea 98312, Ukraine; ul Kirova 28, Kerch 98312, Ukraine; Website http://www.kerchport.com; alt. Website http://www.ukrport.org.ua; Email Address kmtp@kerch.sf.ukrtel.net; alt. Email Address referent.port@mail.ru; alt. Email Address kmtp@trport.kerch.crimea.com; UN/LOCODE UA KEH; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125554 [UKRAINE-EO13685].

STATE ENTERPRISE KERCH SEA COMMERCIAL PORT (a.k.a. KERCH COMMERCIAL SEAPORT; a.k.a. KERCH MERCHANT SEA PORT; a.k.a. KERCH SEA PORT; a.k.a. PORT OF KERCH; a.k.a. SEAPORT OF KERCH; a.k.a. STATE ENTERPRISE KERCH COMMERCIAL SEA PORT), Kirova Street 28, Kerch, Crimea 98312, Ukraine; 28 Kirova Str., Kerch, Crimea 98312, Ukraine; 28, Kirov Str., Kerch, Crimea 98312, Ukraine; Ul. Kirov, 28, Kerch, Crimea 98312, Ukraine; ul Kirova 28, Kerch 98312, Ukraine; Website http://www.kerchport.com; alt. Website http://www.ukrport.org.ua; Email Address kmtp@kerch.sf.ukrtel.net; alt. Email Address referent.port@mail.ru; alt. Email Address kmtp@trport.kerch.crimea.com; UN/LOCODE UA KEH; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125554 [UKRAINE-EO13685].

STATE ENTERPRISE MAGARACH OF THE NATIONAL INSTITUTE OF WINE (a.k.a. AGROFIRMA MAGARACH NATSIONALNOGO INSTYTUTU VYNOGRADU I VYNA MAGARACH, DP; a.k.a. DERZHAVNE PIDPRYEMSTVO AGROFIRMA MAGARACH NATSIONALNOGO INSTYTUTU VYNOGRADU I VYNA MAGARACH; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE AGRO-FIRMA MAGARACH NACIONALNOGO INSTITUTA VINOGRADA I VINA MAGARACH; a.k.a. MAGARACH AGRICULTURAL COMPANY OF NATIONAL INSTITUTE OF WINE AND GRAPES MAGARACH; a.k.a. STATE ENTERPRISE AGRICULTURAL COMPANY MAGARACH NATIONAL INSTITUTE OF VINE AND WINE MAGARACH), Bud. 9 vul. Chapaeva, S.Viline, Bakhchysaraisky R-N, Crimea 98433, Ukraine; 9 Chapayeva str., Vilino, Bakhchisaray Region, Crimea 98433, Ukraine; 9 Chapayeva str., Vilino, Bakhchisarayski district 98433, Ukraine; 9, Chapaeva Str., Vilino, Bakhchisaray Region, Crimea 98433, Ukraine; Website http://magarach-institut.ru/; Email Address magar@ukr.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 11231070006000476 (Ukraine); Government Gazette Number 31332064 (Ukraine) [UKRAINE-EO13685].

STATE ENTERPRISE SEVASTOPOL COMMERCIAL SEAPORT (a.k.a. PORT OF SEVASTOPOL; a.k.a. SEAPORT OF SEVASTOPOL; a.k.a. SEVASTOPOL COMMERCIAL SEAPORT; a.k.a. SEVASTOPOL MERCHANT SEA PORT; a.k.a. SEVASTOPOL SEA PORT; a.k.a. SEVASTOPOL SEA TRADE PORT; a.k.a. STATE ENTERPRISE SEVASTOPOL SEA TRADING PORT), 3 Place Nakhimova, Sevastopol 99011, Ukraine; 5, Nakhimova square, Sevastopol, Crimea 99011, Ukraine; Nahimova Square 5, Sevastopol, Crimea 99011, Ukraine; Email Address Sevport@stel.sebastopol.ua; alt. Email Address sevampu@ukr.net; alt. Email Address mail@morport.sebastopol.ua; UN/LOCODE UA SVP; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125548 (Ukraine) [UKRAINE-EO13685].

STATE ENTERPRISE SEVASTOPOL SEA TRADING PORT (a.k.a. PORT OF SEVASTOPOL; a.k.a. SEAPORT OF SEVASTOPOL; a.k.a. SEVASTOPOL COMMERCIAL SEAPORT; a.k.a. SEVASTOPOL MERCHANT SEA PORT; a.k.a. SEVASTOPOL SEA PORT; a.k.a.

SEVASTOPOL SEA TRADE PORT; a.k.a. STATE ENTERPRISE SEVASTOPOL COMMERCIAL SEAPORT), 3 Place Nakhimova, Sevastopol 99011, Ukraine; 5, Nakhimova square, Sevastopol, Crimea 99011, Ukraine; Nahimova Square 5, Sevastopol, Crimea 99011, Ukraine; Email Address Sevport@stel.sebastopol.ua; alt. Email Address sevampu@ukr.net; alt. Email Address mail@morport.sebastopol.ua; UN/LOCODE UA SVP; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125548 (Ukraine) [UKRAINE-EO13685].

STATE ENTERPRISE TSENTRKURORT (a.k.a. CENTRKURORT; a.k.a. DZYARZHAUNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: ДЗЯРЖАЎНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. GOSUDARSTVENNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: ГОСУДАРСТВЕННОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. REPUBLICAN UNITARY ENTERPRISE TSENTRKURORT; a.k.a. RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: РЭСПУБЛІКАНСКАЕ ЎНІТАРНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. RESPUBLIKANSKOYE UNITARNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. TSENTRKURORT), ul. Myasnikova, d. 39, kom. 338, Minsk 220048, Belarus (Cyrillic: ул. Мясникова, д. 39, ком. 338, г. Минск 220048, Belarus); Organization Established Date 19 Jul 2000; Organization Type: Tour operator activities; alt. Organization Type: Travel agency activities; Target Type State-Owned Enterprise; Registration Number 100726604 (Belarus) [BELARUS-EO14038].

STATE ENTERPRISE UNIVERSAL-AVIA (a.k.a. CRIMEAN STATE AVIATION ENTERPRISE UNIVERSAL-AVIA; a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL; a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL-AVIA; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE UNIVERSAL-AVIA; a.k.a. UNIVERSAL-AVIA, CRIMEA STATE AVIATION ENTERPRISE; a.k.a. UNIVERSAL-AVIA, GUP RK), 5, Aeroflotskaya Street, Simferopol, Crimea 95024, Ukraine; Secondary sanctions risk:

Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1159102026742; Tax ID No. 9102159300; Government Gazette Number 00830954 [UKRAINE-EO13685].

STATE ENTERPRISE YALTA SEA TRADING PORT (a.k.a. PORT OF YALTA; a.k.a. SEAPORT OF YALTA; a.k.a. YALTA COMMERCIAL SEAPORT; a.k.a. YALTA MERCHANT SEA PORT; a.k.a. YALTA SEA PORT), Roosevelt Street 3, Yalta, Crimea 98600, Ukraine; 5, Roosevelt Str., Yalta, Crimea 98600, Ukraine; 5 Roosevelt Street, Yalta, Crimea 98600, Ukraine; Website yaltaport.com.ua; Email Address yasko@ukrpost.ua; alt. Email Address yasco@mail.ylt.crimea.com; UN/LOCODE UA YAL; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125591 (Ukraine) [UKRAINE-EO13685].

STATE FEDERAL UNITARY ENTERPRISE GROMOV FLIGHT RESEARCH INSTITUTE (a.k.a. AKTSIONERNOE OBSHCHESTVO LETNO-ISSLEDOVATELSKI INSTITUT IMENI M.M. GROMOVA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЛЕТНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ИМЕНИ М.М. ГРОМОВА); a.k.a. JOINT STOCK COMPANY FLIGHT RESEARCH INSTITUTE N.A. M.M. GROMOV; a.k.a. JSC FLIGHT RESEARCH INSTITUTE N.A. M.M. GROMOV (Cyrillic: АО ЛЕТНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ИМ. М.М. ГРОМОВА); a.k.a. JSC FRI N.A. M.M. GROMOV (Cyrillic: АО ЛИИ ИМ. М.М. ГРОМОВА)), D. 2a, Ul. Garnaeva, Zhukovskiy 140180, Russia (Cyrillic: д. 2А, ул. Гарнаева, Московская область, Жуковский 140180, Russia); Zhukovsky-2, Moscow region 140182, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1993; Target Type State-Owned Enterprise; Tax ID No. 5040114973 (Russia); Registration Number 1125040002823 (Russia) [RUSSIA-EO14024].

STATE FERRY ENTERPRISE KERCH FERRY (a.k.a. STATE SHIPPING COMPANY KERCH SEA FERRY), Tselimbernaya Street 16, Kerch, Crimea 98307, Ukraine; 16 Tselibernaya Street, Kerch, Crimea 98307, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 14333981 (Ukraine) [UKRAINE-EO13685].

STATE FLIGHT TESTING CENTER NAMED AFTER V.P. CHKALOV (Cyrillic: ГОСУДАРСТВЕННЫЙ ЛЁТНО-ИСПЫТАТЕЛЬНЫЙ ЦЕНТР ИМЕНИ В.П.ЧКАЛОВА) (a.k.a. 929 GLITS; a.k.a. 929 STATE FLIGHT TEST CENTER (Cyrillic: 929-Й ГОСУДАРСТВЕННЫЙ ЛЁТНО-ИСПЫТАТЕЛЬНЫЙ ЦЕНТР)), Akhtubinsk, Astrakhan Region, Russia; Khmeimim Air Base, Syria; Chkalovsky Airfield, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date Oct 1920; Target Type Government Entity [RUSSIA-EO14024].

STATE INSTITUTE FOR EXPERIMENTAL MILITARY MEDICINE (Cyrillic: ГОСУДАРСТВЕННЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИСПЫТАТЕЛЬНЫЙ ИНСТИТУТ ВОЕННОЙ МЕДИЦИНЫ) (a.k.a. GNIII VM MOD RF (Cyrillic: ГНИИИ ВМ МО РФ); a.k.a. GOSUDARSTVENNY NAUCHNO-ISSLEDOVATELSKIY ISPYTATELNY INSTITUT VOYENNOY MEDITSINY; a.k.a. STATE INSTITUTE FOR EXPERIMENTAL MILITARY MEDICINE OF THE MINISTRY OF DEFENSE (Cyrillic: ГОСУДАРСТВЕННЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИСПЫТАТЕЛЬНЫЙ ИНСТИТУТ ВОЕННОЙ МЕДИЦИНЫ МО); a.k.a. STATE RESEARCH EXPERIMENTAL INSTITUTE OF MILITARY MEDICINE; a.k.a. "GNII VM" (Cyrillic: "ГНИИ ВМ")), Lesoparkovaya Street, Building 4, St. Petersburg 195043, Russia (Cyrillic: Улица Лесопарковая, Дом 4, Санкт-Петербург 195043, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1157847310048; Tax ID No. 7806194153 [RUSSIA-EO14024].

STATE INSTITUTE FOR EXPERIMENTAL MILITARY MEDICINE OF THE MINISTRY OF DEFENSE (Cyrillic: ГОСУДАРСТВЕННЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИСПЫТАТЕЛЬНЫЙ ИНСТИТУТ ВОЕННОЙ МЕДИЦИНЫ МО) (a.k.a. GNIII VM MOD RF (Cyrillic: ГНИИИ ВМ МО РФ); a.k.a. GOSUDARSTVENNY NAUCHNO-ISSLEDOVATELSKIY ISPYTATELNY INSTITUT VOYENNOY MEDITSINY; a.k.a. STATE INSTITUTE FOR EXPERIMENTAL MILITARY MEDICINE (Cyrillic: ГОСУДАРСТВЕННЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИСПЫТАТЕЛЬНЫЙ ИНСТИТУТ ВОЕННОЙ МЕДИЦИНЫ); a.k.a. STATE RESEARCH EXPERIMENTAL INSTITUTE OF MILITARY MEDICINE; a.k.a.

"GNII VM" (Cyrillic: "ГНИИ ВМ")), Lesoparkovaya Street, Building 4, St. Petersburg 195043, Russia (Cyrillic: Улица Лесопарковая, Дом 4, Санкт-Петербург 195043, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1157847310048; Tax ID No. 7806194153 [RUSSIA-EO14024].

STATE MILITARY-INDUSTRIAL COMMITTEE OF BELARUS (Cyrillic: ГОСУДАРСТВЕННЫЙ ВОЕННО-ПРОМЫШЛЕННЫЙ КОМИТЕТ БЕЛАРУСИ) (a.k.a. BELARUSIAN STATE AUTHORITY FOR MILITARY INDUSTRY; a.k.a. DZIARZAUNY VAJENNA-PRAMYSLOVY KAMITET (Cyrillic: ДЗЯРЖАЎНЫ ВАЕННА-ПРАМЫСЛОВЫ КАМІТЭТ); a.k.a. GOSKOMVOYENPROM (Cyrillic: ГОСКОМВОЕНПРОМ); a.k.a. STATE AUTHORITY FOR MILITARY INDUSTRY OF THE REPUBLIC OF BELARUS), 115 Nezavisimosti Avenue, Minsk 220114, Belarus; Website http://www.vpk.gov.by/; Organization Established Date 30 Dec 2003; Target Type Government Entity [BELARUS-EO14038].

STATE OF JUDEA (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b)

of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

STATE OPTICAL PLANT - FEODOSIA (a.k.a. FEODOSIA STATE OPTICAL PLANT; a.k.a. SUE RC 'FEODOSIA OPTICAL PLANT'), Feodosia State Optical Plant, 11 Moskovskaya Street, Feodosia, Crimea 98100, Ukraine; Website http://www.fkoz.feodosia.com.ua/; Email Address optic_plant_sbut@bk.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

STATE OWNED FOREIGN TRADE UNITARY ENTERPRISE BELSPETSVNESHTECHNIKA (Cyrillic: ГОСУДАРСТВЕННОЕ ВНЕШТОРГОВОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ БЕЛСПЕЦВНЕШТЕХНИКА) (a.k.a. BELSPETSVNESHTECHNIKA GVTUP (Cyrillic: БЕЛСПЕЦВНЕШТЕХНИКА ГВТУП); a.k.a. SFTUE BELSPETSVNESHTECHNIKA (Cyrillic: ГВТУП БЕЛСПЕЦВНЕШТЕХНИКА)), st. Kalinovskogo, 8, Minsk 220103, Belarus (Cyrillic: ул. Калиновского, д. 8, Минск 220103, Belarus); Organization Established Date 18 Dec 1995; Registration Number 101080981 (Belarus) [BELARUS-EO14038].

STATE PLANNING COMMISSION, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

STATE RESEARCH AND PRODUCTION POWDER METALLURGY ASSOCIATION (a.k.a. STATE SCIENTIFIC AND PRODUCTION ASSOCIATION OF POWDER METALLURGY; a.k.a. "GNPO PM"), 41 Platonova Str., Minsk 220005, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 100512805 (Belarus); Government Gazette Number 000247915000 (Belarus) [RUSSIA-EO14024] (Linked To: JSC 558 AIRCRAFT REPAIR PLANT).

STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION FGUP CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND MECHANICS (a.k.a. CNIIHM (Cyrillic: ЦНИИХМ); a.k.a. FGUP CNIIXM (Cyrillic: ФГУП ЦНИИХМ); a.k.a. FGUP TSNIIKHM; a.k.a. GNTS RF FGUP TSNIIKHM; f.k.a. TSENTRALNY NAUCHNO-ISSLEDOVATELSKI INSTITUT KHIMII I MEKHANIKI, FGUP; a.k.a. TSNIIKHM, FGUP),

16A ul. Nagatinskaya, Moscow, Russia; Website http://cniihm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7724073013 (Russia); Government Gazette Number 07521506 (Russia); Registration Number 1037739097582 (Russia) [CAATSA - RUSSIA].

STATE RESEARCH EXPERIMENTAL INSTITUTE OF MILITARY MEDICINE (a.k.a. GNIII VM MOD RF (Cyrillic: ГНИИИ ВМ МО РФ); a.k.a. GOSUDARSTVENNY NAUCHNO-ISSLEDOVATELSKIY ISPYTATELNY INSTITUT VOYENNOY MEDITSINY; a.k.a. STATE INSTITUTE FOR EXPERIMENTAL MILITARY MEDICINE (Cyrillic: ГОСУДАРСТВЕННЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИСПЫТАТЕЛЬНЫЙ ИНСТИТУТ ВОЕННОЙ МЕДИЦИНЫ); a.k.a. STATE INSTITUTE FOR EXPERIMENTAL MILITARY MEDICINE OF THE MINISTRY OF DEFENSE (Cyrillic: ГОСУДАРСТВЕННЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИСПЫТАТЕЛЬНЫЙ ИНСТИТУТ ВОЕННОЙ МЕДИЦИНЫ МО); a.k.a. "GNII VM" (Cyrillic: "ГНИИ ВМ")), Lesoparkovaya Street, Building 4, St. Petersburg 195043, Russia (Cyrillic: Улица Лесопарковая, Дом 4, Санкт-Петербург 195043, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1157847310048; Tax ID No. 7806194153 [RUSSIA-EO14024].

STATE RESEARCH INSTITUTE OF AVIATION SYSTEMS (a.k.a. FEDERAL STATE UNITARY ENTERPRISE GOSNIIAS; a.k.a. STATE RESEARCH INSTITUTE OF AVIATION SYSTEMS STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION), Victorenko st., 7, Moscow 124167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Jan 1992; Tax ID No. 7714037739 (Russia); Registration Number 1027700227720 (Russia) [RUSSIA-EO14024].

STATE RESEARCH INSTITUTE OF AVIATION SYSTEMS STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION (a.k.a. FEDERAL STATE UNITARY ENTERPRISE GOSNIIAS; a.k.a. STATE RESEARCH INSTITUTE OF AVIATION SYSTEMS), Victorenko st., 7, Moscow 124167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Jan 1992; Tax ID No.

7714037739 (Russia); Registration Number 1027700227720 (Russia) [RUSSIA-EO14024].

STATE SCIENTIFIC AND PRODUCTION ASSOCIATION OF POWDER METALLURGY (a.k.a. STATE RESEARCH AND PRODUCTION POWDER METALLURGY ASSOCIATION; a.k.a. "GNPO PM"), 41 Platonova Str., Minsk 220005, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 100512805 (Belarus); Government Gazette Number 000247915000 (Belarus) [RUSSIA-EO14024] (Linked To: JSC 558 AIRCRAFT REPAIR PLANT).

STATE SCIENTIFIC RESEARCH INSTITUTE OF MECHANICAL ENGINEERING IMENI V.V. BAKHIREVA (a.k.a. AO GOSNIIMASH; a.k.a. SCIENTIFIC RESEARCH INSTITUTE FOR MECHANICAL ENGINEERING JSC IN THE NAME OF V.V. BAKHIREV), PR-KT Sverdlova D. 11 A, Dzerzhinsk 606002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 13 Jan 1992; Tax ID No. 5249093130 (Russia); Registration Number 1085249000650 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

STATE SCIENTIFIC RESEARCH INSTITUTE OF ORGANIC CHEMISTRY AND TECHNOLOGY (a.k.a. GOSNIIOKHT), Shosse Entuziastov 23, Moscow, Moscow Oblast, Russia [NPWMD].

STATE SECURITY COMMITTEE OF THE REPUBLIC OF BELARUS (a.k.a. BELARUSIAN KGB; a.k.a. BELARUSIAN STATE SECURITY COMMITTEE; a.k.a. KAMITET DZYARZHAUNAI BIASPEKI RESPUBLIKI BELARUS (Cyrillic: КАМІТЭТ ДЗЯРЖАЎНАЙ БЯСПЕКІ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. KOMITET GOSUDARSTVENNOI BEZOPASNOSTI RESPUBLIKI BELARUS (Cyrillic: КОМИТЕТ ГОСУДАРСТВЕННОЙ БЕЗОПАСНОСТИ РЕСПУБЛИКИ БЕЛАРУСЬ)), Nezalezhnastsi Avenue, 17, Minsk 220030, Belarus; Komsomolskaya str., 30, Minsk 220030, Belarus; Target Type Government Entity [BELARUS].

STATE SECURITY DEPARTMENT (a.k.a. MINISTRY OF STATE SECURITY), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons

Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

STATE SECURITY DEPARTMENT PRISONS BUREAU (a.k.a. MINISTRY OF STATE SECURITY FARM BUREAU; a.k.a. MINISTRY OF STATE SECURITY FARM GUIDANCE BUREAU; a.k.a. MINISTRY OF STATE SECURITY FARMING BUREAU; a.k.a. MINISTRY OF STATE SECURITY PRISONS BUREAU), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

STATE SHIPPING COMPANY KERCH SEA FERRY (a.k.a. STATE FERRY ENTERPRISE KERCH FERRY), Tselimbernaya Street 16, Kerch, Crimea 98307, Ukraine; 16 Tselibernaya Street, Kerch, Crimea 98307, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 14333981 (Ukraine) [UKRAINE-EO13685].

STATE SPECIALIZED RUSSIAN EXPORT-IMPORT BANK JOINT-STOCK COMPANY (Cyrillic: ГОСУДАРСТВЕННЫЙ СПЕЦИАЛИЗИРОВАННЫЙ РОССИЙСКИЙ ЭКСПОРТНО-ИМПОРТНЫЙ БАНК АКЦИОНЕРНОЕ ОБЩЕСТВО) (a.k.a. AO ROSEKSIMBANK (Cyrillic: АО РОСЭКСИМБАНК); a.k.a. EXIMBANK OF RUSSIA; a.k.a. EXIMBANK OF RUSSIA JSC; a.k.a. EXIMBANK OF RUSSIA ZAO; a.k.a. GOSUDARSTVENNY SPETSIALIZIROVANNY ROSSISKI EKSPORTNO-IMPORTNY BANK (ZAKRYTOE AKTSIONERNOE OBSHCHESTVO); a.k.a. ROSEKSIMBANK, ZAO; a.k.a. RUSSIAN EXPORT-IMPORT BANK), 12 Krasnopresnenskaya Embankments, Moscow 123610, Russia; SWIFT/BIC EXIRRUMM; Website eximbank.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 May 1994; Target Type Financial Institution; Tax ID No. 7704001959 (Russia); Legal Entity Number 253400HA6URWT39X2982; Registration Number 1027739109133 (Russia); All offices

worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

STATE TIMBER BOARD (a.k.a. MYANMA TIMBER ENTERPRISE; a.k.a. MYANMAR TIMBER ENTERPRISE; f.k.a. TIMBER CORPORATION), Gyogone Forest Compound, Bayint Naung Road, Insein Township, Rangoon, Burma; No. (72/74) Shawe Dagon Pagoda Road, Dagon Township, Rangoon, Burma; P.O. Box 206, Ahlone Street, Ahlone Township, Rangoon, Burma; Target Type State-Owned Enterprise [BURMA-EO14014].

STATE UNITARY ENTERPRISE CENTER FOR TECHNICAL DEVELOPMENT AND SERVICES NAMED AFTER P A SUDOPLATOV OF THE MILITARY AND CIVIL ADMINISTRATION OF THE ZAPORIZHZHIA REGION (a.k.a. STATE UNITARY ENTERPRISE VOLUNTEER BATTALION NAMED AFTER P A SUDOPLATOV OF THE MILITARY AND CIVIL ADMINISTRATION OF THE ZAPORIZHZHIA REGION; a.k.a. SUDOPLATOV BATTALION), St. Mikhail Grushevsky, Melitopol, Zaporizhzhia Oblast 272312, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Dec 2022; Tax ID No. 9001013922 (Russia); Registration Number 1229000023603 (Russia) [RUSSIA-EO14024].

STATE UNITARY ENTERPRISE IN THE REPUBLIC OF CRIMEA DESIGN-TECHNOLOGY BUREAU SUDOKOMPOZIT (a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRIM KONSTRUKTORSKO-TECHNOLOGICHESKOE BYURO SUDOKOMPOZIT (Cyrillic: ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ РЕСПУБЛИКИ КРЫМ КОНСТРУКТОРСКО ТЕХНОЛОГИЧЕСКОЕ БЮРО СУДОКОМПОЗИТ); a.k.a. GUP RK KTB SUDOKOMPOZIT (Cyrillic: ГУП РК КТБ СУДОКОМПОЗИТ); a.k.a. KTB SUDOKOMPOZIT, GUP; a.k.a. SUDOKOMPOZIT DESIGN AND TECHNOLOGICAL BUREAU), House 14, Kuibysheva Street, Feodosia, Crimea 298100, Ukraine; Website http://sudocompozit.ru/;

Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9108007745 (Russia); Government Gazette Number 00745510 (Russia); Registration Number 1149102094680 (Russia) [UKRAINE-EO13685].

STATE UNITARY ENTERPRISE OF THE DONETSK PEOPLE'S REPUBLIC REPUBLICAN CENTER TRADING HOUSE VTORMET (Cyrillic: ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ДОНЕЦКОЙ НАРОДНОЙ РЕСПУБЛИКИ РЕСПУБЛИКАНСКИЙ ЦЕНТР ТОРГОВЫЙ ДОМ ВТОРМЕТ), 101 Postysheva St., Donetsk 283086, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9303012971 (Russia); Registration Number 1229300078370 (Russia) [RUSSIA-EO14024].

STATE UNITARY ENTERPRISE OF THE REPUBLIC OF CRIMEA 'CRIMEAN PORTS' (a.k.a. CRIMEAN PORTS; a.k.a. SUE RK 'CRIMEAN PORTS'; a.k.a. "SUE RC 'KMP'"), 28 Kirov Street, Kerch, Republic of Crimea 98312, Ukraine; Email Address crimeaport@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102012620; V.A.T. Number 9111000450 [UKRAINE-EO13685].

STATE UNITARY ENTERPRISE STATE GRAIN OPERATOR (Cyrillic: ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ГОСУДАРСТВЕННЫЙ ЗЕРНОВОЙ ОПЕРАТОР), 4 Victory Square, Melitopol 72300, Ukraine; 51 Getmana Sahaidachnovo St., Melitopol 72312, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jun 2022; Tax ID No. 9001011019 (Russia); Business Registration Number 4022000124 (Russia) [RUSSIA-EO14024].

STATE UNITARY ENTERPRISE VOLUNTEER BATTALION NAMED AFTER P A SUDOPLATOV OF THE MILITARY AND CIVIL ADMINISTRATION OF THE ZAPORIZHZHIA REGION (a.k.a. STATE UNITARY ENTERPRISE CENTER FOR TECHNICAL DEVELOPMENT AND SERVICES NAMED AFTER P A SUDOPLATOV OF THE MILITARY AND CIVIL ADMINISTRATION OF THE ZAPORIZHZHIA REGION; a.k.a. SUDOPLATOV BATTALION), St. Mikhail Grushevsky, Melitopol, Zaporizhzhia Oblast 272312, Ukraine; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Organization Established Date 22 Dec 2022; Tax ID No. 9001013922 (Russia); Registration Number 1229000023603 (Russia) [RUSSIA-EO14024].

STATURA S.A.L. OFFSHORE (a.k.a. IMPULSE INTERNATIONAL S.A.L. OFFSHORE), Unesco Center, 4th Floor, Office No. 19, Verdun, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1801124 (Lebanon) [SDGT] (Linked To: AL-AMIN, Muhammad 'Abdallah).

STATUS ADMINISTRATIVO S. DE R.L. (a.k.a. STATUS ADMINISTRATIVO S. DE R.L. DE C.V.), Sao Paulo 2435, Guadalajara, Jalisco 44630, Mexico; Carretera A Barra De Navidad, Tomatlan, Jalisco 48460, Mexico; Playon de Mismaloya S/N Cruz de Loreto, Tomatlan Costalegre, Jalisco C.P. 48460, Mexico; Folio Mercantil No. 53243 (Mexico) [SDNTK].

STATUS ADMINISTRATIVO S. DE R.L. DE C.V. (a.k.a. STATUS ADMINISTRATIVO S. DE R.L.), Sao Paulo 2435, Guadalajara, Jalisco 44630, Mexico; Carretera A Barra De Navidad, Tomatlan, Jalisco 48460, Mexico; Playon de Mismaloya S/N Cruz de Loreto, Tomatlan Costalegre, Jalisco C.P. 48460, Mexico; Folio Mercantil No. 53243 (Mexico) [SDNTK].

STATUS COMPLIANCE (a.k.a. LIMITED LIABILITY COMPANY STATUS COMPLAINS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТАТУС КОМПЛАЙНС); a.k.a. LLC STATUS COMPLAINS; a.k.a. STATUS KOMPLAINS; a.k.a. STATUS KOMPLAINS OOO; a.k.a. "STATUS-IT"), Ul. Bolshaya Semenovskaya D. 45, Moscow, Russia 107023, Russia; Website status-it.com/index/php/ru; alt. Website status-it.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Other information technology and computer service activities; Tax ID No. 7719404118 (Russia); Registration Number 1157746136052 (Russia) [RUSSIA-EO14024].

STATUS KOMPLAINS (a.k.a. LIMITED LIABILITY COMPANY STATUS COMPLAINS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТАТУС КОМПЛАЙНС); a.k.a. LLC STATUS COMPLAINS; a.k.a. STATUS COMPLIANCE; a.k.a. STATUS KOMPLAINS OOO; a.k.a.

"STATUS-IT"), Ul. Bolshaya Semenovskaya D. 45, Moscow, Russia 107023, Russia; Website status-it.com/index/php/ru; alt. Website status-it.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Other information technology and computer service activities; Tax ID No. 7719404118 (Russia); Registration Number 1157746136052 (Russia) [RUSSIA-EO14024].

STATUS KOMPLAINS OOO (a.k.a. LIMITED LIABILITY COMPANY STATUS COMPLAINS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТАТУС КОМПЛАЙНС); a.k.a. LLC STATUS COMPLAINS; a.k.a. STATUS COMPLIANCE; a.k.a. STATUS KOMPLAINS; a.k.a. "STATUS-IT"), Ul. Bolshaya Semenovskaya D. 45, Moscow, Russia 107023, Russia; Website status-it.com/index/php/ru; alt. Website status-it.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Other information technology and computer service activities; Tax ID No. 7719404118 (Russia); Registration Number 1157746136052 (Russia) [RUSSIA-EO14024].

STAUDINGER LEMOINE, Mariana Andrea, Caracas, Capital District, Venezuela; DOB 23 Apr 1990; citizen Venezuela; Gender Female; Cedula No. 19195336 (Venezuela) (individual) [VENEZUELA-EO13850] (Linked To: GAVIDIA FLORES, Yosser Daniel).

STAUSKAS, Soulius (a.k.a. STASKUS, Saulius; a.k.a. STASKUS, Soulius), Lithuania; DOB 09 Mar 1963; POB Lithuania; nationality Lithuania; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

STAUT CO LTD (a.k.a. STAUT COMPANY LIMITED; a.k.a. STAUT DESIGN CENTER), Pr-kt Obukhovskoi Oborony d. 123A, pom. 20, Saint Petersburg 192029, Russia; ul. Moiseenko d. 41, lit. B, pomeshch. #4, floor 2, office 1, Saint Petersburg 191144, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811401214 (Russia); Registration Number 1089847105259 (Russia) [RUSSIA-EO14024].

STAUT COMPANY LIMITED (a.k.a. STAUT CO LTD; a.k.a. STAUT DESIGN CENTER), Pr-kt Obukhovskoi Oborony d. 123A, pom. 20, Saint Petersburg 192029, Russia; ul. Moiseenko d. 41, lit. B, pomeshch. #4, floor 2, office 1, Saint Petersburg 191144, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811401214 (Russia);

Registration Number 1089847105259 (Russia) [RUSSIA-EO14024].

STAUT DESIGN CENTER (a.k.a. STAUT CO LTD; a.k.a. STAUT COMPANY LIMITED), Pr-kt Obukhovskoi Oborony d. 123A, pom. 20, Saint Petersburg 192029, Russia; ul. Moiseenko d. 41, lit. B, pomeshch. #4, floor 2, office 1, Saint Petersburg 191144, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811401214 (Russia); Registration Number 1089847105259 (Russia) [RUSSIA-EO14024].

STAVRIDIS, Konstantinos, United Arab Emirates; DOB 18 Mar 1949; POB Elliniko, Greece; nationality Greece; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AT0435443 (Greece) expires 02 Aug 2025 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

STAVYTSKY, Eduard Anatoliyovych (a.k.a. STAVYTSKYI, Eduard; a.k.a. STAVYTSKYY, Eduard); DOB 04 Oct 1972; POB Lebedyn, Ukraine; citizen Ukraine; alt. citizen Israel; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

STAVYTSKYI, Eduard (a.k.a. STAVYTSKY, Eduard Anatoliyovych; a.k.a. STAVYTSKYY, Eduard); DOB 04 Oct 1972; POB Lebedyn, Ukraine; citizen Ukraine; alt. citizen Israel; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

STAVYTSKYY, Eduard (a.k.a. STAVYTSKY, Eduard Anatoliyovych; a.k.a. STAVYTSKYI, Eduard); DOB 04 Oct 1972; POB Lebedyn, Ukraine; citizen Ukraine; alt. citizen Israel; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

STC INNOVATIONS LIMITED (a.k.a. TSRT INNOVATSII), Ul. Gelsingforsskaya, D. 3, K. 11, Lit. D, Pom. 195, Saint Petersburg 194004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7839438486 (Russia); Registration Number 1117847035547 (Russia) [RUSSIA-EO14024].

STC SOFT LIMITED (a.k.a. TSRT SOFT), Nab. Vyborgskaya, D. 45, Lit. E, Pom. 1-N, 2-N, 4-N, Chast Ofisa 12, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section

11 of Executive Order 14024.; Tax ID No. 7839441224 (Russia); Registration Number 1117847107674 (Russia) [RUSSIA-EO14024].

STC, LTD (a.k.a. SPECIAL TECHNOLOGY CENTER), Gzhatskaya 21 k2, St. Petersburg, Russia; 21-2 Gzhatskaya Street, St. Petersburg, Russia; Website stc-spb.ru; Email Address stcspb1@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7802170553 (Russia) [CYBER2].

STD RADIKS OOO, pr-d 3-i Perova Polya d. 8, str. 11, Moscow 111141, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720790926 (Russia); Registration Number 1137746828746 (Russia) [RUSSIA-EO14024].

STE SOKAMAR SHIPPING AGENCY, Sfax Ville 3000, Tunisia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1438949H (Tunisia); Registration Number B0824512016 (Tunisia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

STEEL KAVEH SOUTH KISH (a.k.a. KISH SOUTH KAVEH COMPANY; a.k.a. KISH SOUTH KAVEH STEEL COMPANY (Arabic: شرکت فولاد کاوه جنوب کیش); a.k.a. SKS STEEL COMPANY; a.k.a. SOUTH KAVEH STEEL CO.; a.k.a. SOUTH KAVEH STEEL COMPANY; a.k.a. "SKS CO."), No. 1/2 Seventh Ave., North Falamak-zarafshan intersections, Phase 4, Shahrak-E Gharb, Tehran, Iran; Persian Gulf Special Economic Zone, 13th Km Shahid Rajaee Highway, Bandar Abbas, Hormozgan, Iran; Next to Behjat Park, No. 12, Apartment Complex Kaveh Golabi Stre, Karimkhan Zand Avenue, Tehran, Iran; Quds District West District, Phase 4, North Felaamak St., Corner of Seventh Alley, No. 2/1, Tehran 1467883741, Iran; Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861569320 (Iran); Registration Number 7103 (Iran) [IRAN-EO13871] [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

STEEL, Saw, Burma; DOB 27 Mar 1961; nationality Burma; Gender Male (individual) [BURMA-EO14014] [CYBER4] (Linked To: DEMOCRATIC KAREN BENEVOLENT ARMY).

STEIGER, Jakob, c/o KOHAS AG, Fribourg, FR, Switzerland; DOB 27 Apr 1941; POB Altstatten, SG, Switzerland; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

STEKLOVOLOKNO (a.k.a. POLOTSK PRODUCTION ASSOCIATION STEKLOVOLOKNO; a.k.a. POLOTSK STEKLOVOLOKNO OAO; a.k.a. POLOTSKOE STEKLOVOLOKNO OAO; a.k.a. POLOTSK-STEKLOVOLOKNO; a.k.a. POLOTSK-STEKLOVOLOKNO JSC; a.k.a. POLOTSK-STEKLOVOLOKNO JSC SD STEKLOKOMPOZIT; a.k.a. POLOTSK-STEKLOVOLOKNO OPEN JOINT-STOCK COMPANY; a.k.a. POLOTZK STEKLOVOLOKNO OAO), Industrial Zone Ksty, Vitebsk Region, Polotsk 21140, Belarus; Ksty Industrial Zone, 211400 Vitebskaya oblast, Polotsk, Belarus; ul. Stroitelnaya, Polotsk, 211412, Belarus; Promuzel Ksty, Polotsk 211400, Belarus [BELARUS].

STELLA LEONE LIMITED, Bybloserve Business Center, Floor No. 5, Spyrou Kyprianoy 57, Larnaca 6051, Cyprus; Organization Established Date 08 May 2018; Organization Type: Non-specialized wholesale trade; Registration Number C383603 (Cyprus) [BELARUS-EO14038] (Linked To: KURBANOV, Nurmurad).

STELLAR WAVE MARINE L.L.C (Arabic: ستيلر ويف مارين ش.ذ.م.م), 625-0, ER1 Building, Al Mararr, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Oct 2022; Identification Number IMO 6355082; Commercial Registry Number 1106299 (United Arab Emirates); Economic Register Number (CBLS) 11949523 (United Arab Emirates) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

STENYAKINA, Ekaterina Petrovna (Cyrillic: СТЕНЯКИНА, Екатерина Петровна), Russia; DOB 04 May 1985; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

STEP A.S. (a.k.a. STANDARD TECHNICAL COMPONENT INDUSTRY AND TRADE COMPANY; a.k.a. STANDART TEKNIK PARCA SAN VE TIC A.S.; a.k.a. STEP ISTANBUL; a.k.a. STEP S.A.; a.k.a. STEP STANDARD TECHNICAL COMPONENTS INDUSTRY AND TRADING CORPORATION), DES San. Sitesi, A13 Blok, No. 4 Y. Dudullu, Istanbul 81260, Turkey; Bahariye Cad., No. 44, K6, Kadikoy, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

STEP ISTANBUL (a.k.a. STANDARD TECHNICAL COMPONENT INDUSTRY AND TRADE COMPANY; a.k.a. STANDART TEKNIK PARCA SAN VE TIC A.S.; a.k.a. STEP A.S.; a.k.a. STEP S.A.; a.k.a. STEP STANDARD TECHNICAL COMPONENTS INDUSTRY AND TRADING CORPORATION), DES San. Sitesi, A13 Blok, No. 4 Y. Dudullu, Istanbul 81260, Turkey; Bahariye Cad., No. 44, K6, Kadikoy, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

STEP LATINAMEDICA S.A. DE C.V., Av. Americas 1501, Piso 20 Punto Sao Paulo, Col. Providencia, Guadalajara, Jalisco C.P. 44630, Mexico; Jose Maria Coss 1522-B, Col. Miraflores, Guadalajara, Jalisco C.P. 44260, Mexico; Website http://www.steplatinamedica.com; alt. Website http://steplamed.com; R.F.C. SLA 111221 6P7 (Mexico) [SDNTK].

STEP S.A. (a.k.a. STANDARD TECHNICAL COMPONENT INDUSTRY AND TRADE COMPANY; a.k.a. STANDART TEKNIK PARCA SAN VE TIC A.S.; a.k.a. STEP A.S.; a.k.a. STEP ISTANBUL; a.k.a. STEP STANDARD TECHNICAL COMPONENTS INDUSTRY AND TRADING CORPORATION), DES San. Sitesi, A13 Blok, No. 4 Y. Dudullu, Istanbul 81260, Turkey; Bahariye Cad., No. 44, K6, Kadikoy, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

STEP STANDARD TECHNICAL COMPONENTS INDUSTRY AND TRADING CORPORATION (a.k.a. STANDARD TECHNICAL COMPONENT INDUSTRY AND TRADE COMPANY; a.k.a. STANDART TEKNIK PARCA SAN VE TIC A.S.; a.k.a. STEP A.S.; a.k.a. STEP ISTANBUL; a.k.a. STEP S.A.), DES San. Sitesi, A13 Blok, No. 4 Y. Dudullu, Istanbul 81260, Turkey; Bahariye Cad., No. 44, K6, Kadikoy, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

STEPANOV, Aleksandr Mikhailovich, Moscow, Russia; DOB 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11

of Executive Order 14024. (individual) [RUSSIA-EO14024].

STEPANOV, Artem Nikolaevich (Cyrillic: СТЕПАНОВ, Артём Николаевич) (a.k.a. STEPANOV, Artem Nikolayevich), Rabochaya Street 10-72, Solnechnogorsk, Moscow Oblast 141503, Russia; Rabochaya Street, House 10, Apartment 72, Solnechnogorsk, Solnechnogorsk District, Moscow Region, Russia; DOB 31 Mar 1980; POB Solnechnogorsk, Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4613340436 (Russia); Tax ID No. 504403080602 (Russia) (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] [RUSSIA-EO14024] (Linked To: OOO YUNIDZHET).

STEPANOV, Artem Nikolayevich (a.k.a. STEPANOV, Artem Nikolaevich (Cyrillic: СТЕПАНОВ, Артём Николаевич)), Rabochaya Street 10-72, Solnechnogorsk, Moscow Oblast 141503, Russia; Rabochaya Street, House 10, Apartment 72, Solnechnogorsk, Solnechnogorsk District, Moscow Region, Russia; DOB 31 Mar 1980; POB Solnechnogorsk, Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4613340436 (Russia); Tax ID No. 504403080602 (Russia) (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] [RUSSIA-EO14024] (Linked To: OOO YUNIDZHET).

STEPANOV, Vladlen Yurievich; DOB 17 Jul 1962 (individual) [MAGNIT].

STEPANOVA, Olga G.; DOB 29 Jul 1962; POB Moscow, Russia (individual) [MAGNIT].

STEPANOVIC, Novak; DOB 25 Apr 1966; POB Srebrenica, Bosnia-Herzegovina (individual) [BALKANS].

STEPANYAN, Karen (Cyrillic: СТЕПАНЬЯН, Карен) (a.k.a. STEPANYAN, Karen Albertovich); DOB 22 Oct 1975; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; First Deputy General Director of Marine Transportation at Sovfracht (individual)

[UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

STEPANYAN, Karen Albertovich (a.k.a. STEPANYAN, Karen (Cyrillic: СТЕПАНЬЯН, Карен)); DOB 22 Oct 1975; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; First Deputy General Director of Marine Transportation at Sovfracht (individual) [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

STEREOTECH (a.k.a. STEREOTEK), Ul. Im. Tsiolkovskogo D. 9A, Office 14, Volgograd 400001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3459068062 (Russia); Registration Number 1163443057800 (Russia) [RUSSIA-EO14024].

STEREOTEK (a.k.a. STEREOTECH), Ul. Im. Tsiolkovskogo D. 9A, Office 14, Volgograd 400001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3459068062 (Russia); Registration Number 1163443057800 (Russia) [RUSSIA-EO14024].

STERLING CAPITAL MANAGEMENT PTE. LTD., Singapore; Identification Number 202130572K (Singapore) [TCO] (Linked To: CHEN, Xiuling).

STERLING SHIPPING INCORPORATED, Unit 27610 - 001, Building A1, IFZA Business Park, Dubai Silicon Oasis, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number IMO 5206051 [RUSSIA-EO14024].

STERLITAMAKSKII ZAVOD KATALIZATOROV (a.k.a. LIMITED LIABILITY COMPANY STERLITAMAK CATALYST PLANT; a.k.a. "SZK OOO"), Ul. Tekhnicheskaya 32, Sterlitamak 453110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Feb 2004; Tax ID No. 0268033994 (Russia); Registration Number 1040203421378 (Russia) [RUSSIA-EO14024].

STEVIC, Radule (a.k.a. "STEVIC, Rade"), Kral Petar Street, Zvecan, Kosovo; DOB 02 Jun 1970; POB Leposavic, Kosovo; nationality Serbia; Gender Male; Identification Number 1501796081 (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

STG HOLDING LIMITED (a.k.a. STG HOLDINGS LIMITED; a.k.a. STROYTRANSGAZ HOLDING; a.k.a. STROYTRANSGAZ HOLDING LIMITED; a.k.a. "STGH"), 33 Stasinou Street, Office 2

2003, Nicosia Strovolos, Cyprus; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

STG HOLDINGS LIMITED (a.k.a. STG HOLDING LIMITED; a.k.a. STROYTRANSGAZ HOLDING; a.k.a. STROYTRANSGAZ HOLDING LIMITED; a.k.a. "STGH"), 33 Stasinou Street, Office 2 2003, Nicosia Strovolos, Cyprus; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

STG STROYTRANSGAZ LOGISTIC (a.k.a. LIMITED LIABILITY COMPANY STG LOGISTIC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТГ ЛОГИСТИК); a.k.a. OOO STG LOGISTIK; a.k.a. "STG LOGISTIC"), 12 Universitetsky Ave, Moscow 119330, Russia; Damascus, Syria; Organization Established Date 04 Sep 2009; Tax ID No. 5027148148 (Russia); Registration Number 1095027004236 (Russia) [PAARSSR-EO13894].

STG. INT. STEUN AANARMEN STICHTING ISRAA (a.k.a. ISRAA CHARITABLE FOUNDATION NETHERLANDS; a.k.a. STICHTING INTERNATIONALE STEUN RECHTSTREEKS AAARMEN; a.k.a. STICHTING ISRAA; a.k.a. "ISRAA"), Rotterdam, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Jul 2001; Target Type Charity or Nonprofit Organization; Business Registration Number 24328679 (Netherlands) [SDGT] (Linked To: HAMAS).

STG.BENEVOLENCE INTERNATIONAL NEDERLAND (a.k.a. BENEVOLENCE INTERNATIONAL NEDERLAND; a.k.a. STICHTING BENEVOLENCE INTERNATIONAL NEDERLAND), Radeborg 14 B, Maastricht 6228CV, Netherlands; Postbus 1149, Maastricht 6201BC, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 14063277 [SDGT].

'STG-EKO' LLC (a.k.a. OOO 'STG-EKO'), Street Zastavskaya Building 22, Part A, Saint Petersburg 196084, Russia; Website http://www.stg-eco.ru/; Email Address info@stg-eco.ru; alt. Email Address info.rb@stg-eco.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID

1097847009215 (Russia); Tax ID No. 7816458415 (Russia) [UKRAINE-EO13685].

STICHTING AL HARAMAIN HUMANITARIAN AID (a.k.a. AL-HARAMAIN : THE NETHERLANDS BRANCH), Jan Hanzenstraat 114, 1053SV, Amsterdam, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

STICHTING AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

STICHTING AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a.

SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

STICHTING AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; <Head Office> [SDGT].

STICHTING AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

STICHTING AL-AQSA (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

STICHTING AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

STICHTING AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE

ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

STICHTING AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

STICHTING AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

STICHTING BENEVOLENCE INTERNATIONAL NEDERLAND (a.k.a. BENEVOLENCE INTERNATIONAL NEDERLAND; a.k.a. STG.BENEVOLENCE INTERNATIONAL NEDERLAND), Radeborg 14 B, Maastricht 6228CV, Netherlands; Postbus 1149, Maastricht 6201BC, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 14063277 [SDGT].

STICHTING INTERNATIONALE STEUN RECHTSTREEKS AAARMEN (a.k.a. ISRAA CHARITABLE FOUNDATION NETHERLANDS; a.k.a. STG. INT. STEUN AANARMEN STICHTING ISRAA; a.k.a. STICHTING ISRAA; a.k.a. "ISRAA"), Rotterdam, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Jul 2001; Target Type Charity or Nonprofit Organization; Business Registration Number 24328679 (Netherlands) [SDGT] (Linked To: HAMAS).

STICHTING ISRAA (a.k.a. ISRAA CHARITABLE FOUNDATION NETHERLANDS; a.k.a. STG. INT. STEUN AANARMEN STICHTING ISRAA; a.k.a. STICHTING INTERNATIONALE STEUN RECHTSTREEKS AAARMEN; a.k.a. "ISRAA"), Rotterdam, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Jul 2001; Target Type Charity or Nonprofit Organization; Business Registration Number 24328679 (Netherlands) [SDGT] (Linked To: HAMAS).

STICHTING WERELDHULP-BELGIE, V.Z.W. (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL 'WORLD RELIEF'; a.k.a. FONDATION SECOURS MONDIAL-BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL-KOSOVA; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a. "FSM"), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, Putte 2580, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia and Herzegovina; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia and Herzegovina; Rr. Skenderbeu 76, Lagjja Sefa, Gjakova, Serbia; Ylli Morina Road, Djakovica, Serbia; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir, undetermined; Lebanon; Gaza Strip, undetermined; Sierra Leone; Somalia; Syria; 49 rue du Lazaret, Strasbourg 67100, France; West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; V.A.T. Number BE 454,419,759 [SDGT].

STILE ITALIANO S.R.L., Roveredo in Piano, Friuli-Venezia Giulia, Italy; Website www.stileitaliano.com; Organization Established Date 09 Sep 1999; Italian Fiscal Code 01396460931 (Italy) [ILLICIT-DRUGS-EO14059] (Linked To: TIEPOLO, Gianluca).

STOCK COMPANY MORION INC (a.k.a. AO MORION), Pr. Kima D. 13A, Saint Petersburg 199155, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7801016421 (Russia); Registration Number 1037800001304 (Russia) [RUSSIA-EO14024].

STOP-IMPERIALISM (a.k.a. STOP-IMPERIALISM GLOBAL INFORMATION AGENCY), Moscow, Russia; Website www.stop-imperialism.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29

Oct 2014 [RUSSIA-EO14024] (Linked To: IONOV, Aleksandr Viktorovich).

STOP-IMPERIALISM GLOBAL INFORMATION AGENCY (a.k.a. STOP-IMPERIALISM), Moscow, Russia; Website www.stop-imperialism.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Oct 2014 [RUSSIA-EO14024] (Linked To: IONOV, Aleksandr Viktorovich).

STORELAB MEXICO (a.k.a. STORELAB, S.A. DE C.V.), Mazatlan, Sinaloa, Mexico; Hermosillo, Sonora, Mexico; Website https://storelab.mx; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 06 Apr 2021; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; R.F.C. STO2104068Q1 (Mexico); Folio Mercantil No. N-2021023507 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: FAVELA LOPEZ, Jorge Luis; Linked To: FAVELA LOPEZ, Maria Gabriela; Linked To: VERDUGO ARAUJO, Jairo).

STORELAB, S.A. DE C.V. (a.k.a. STORELAB MEXICO), Mazatlan, Sinaloa, Mexico; Hermosillo, Sonora, Mexico; Website https://storelab.mx; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 06 Apr 2021; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; R.F.C. STO2104068Q1 (Mexico); Folio Mercantil No. N-2021023507 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: FAVELA LOPEZ, Jorge Luis; Linked To: FAVELA LOPEZ, Maria Gabriela; Linked To: VERDUGO ARAUJO, Jairo).

STORK OOO (a.k.a. LIMITED LIABILITY COMPANY STORK), ul. Festivalnaya, d. 17, k. 1 etazh 1 pom. I kom. 3, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706795979 (Russia); Registration Number 1137746501771 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

STORM TECHNOLOGIES LIMITED LIABILITY COMPANY (Cyrillic: ШТОРМ ТЕХНОЛОГИИ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. SHTORM

TEKHNOLOGII OOO), d. 5, etazh 2 pom. 39 Mesto 1, ul. Nobelaya, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2016; Tax ID No. 9701058069 (Russia); Registration Number 5167746431694 (Russia) [RUSSIA-EO14024] (Linked To: NEXIGN JOINT STOCK COMPANY).

STRAIT SHIPBROKERS PTE. LTD. (a.k.a. STRAIT SHIPBROKERS SINGAPORE PTE. LTD.), 1 North Bridge Road, #22-06 High Street Centre, 179094, Singapore; Website www.straitship.com; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 200512056R (Singapore) [IRAN-EO13846].

STRAIT SHIPBROKERS SINGAPORE PTE. LTD. (a.k.a. STRAIT SHIPBROKERS PTE. LTD.), 1 North Bridge Road, #22-06 High Street Centre, 179094, Singapore; Website www.straitship.com; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 200512056R (Singapore) [IRAN-EO13846].

STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE (a.k.a. INSURANCE COMPANY SBERBANK INSURANCE LIMITED

LIABILITY COMPANY; a.k.a. LLC INSURANCE COMPANY SBERBANK INSURANCE; f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK OBSHCHEE STRAKHOVANIE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE; a.k.a. SBERBANK INSURANCE COMPANY LTD; a.k.a. SBERBANK INSURANCE IC LLC; a.k.a. SBERBANK STRAHOVANIE OOO SK; a.k.a. SK SBERBANK STRAHOVANIE LLC), 42 Bolshaya Yakimanka St., b. 1-2, office 209, Moscow 119049, Russia; 7 ul. Pavlovskaya, Moscow, Russia; 3 Poklonnaya Street, building 1, floor 1, office 3, Moscow 121170, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683479 (Russia); Tax ID No. 7706810747 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

STRAMILOV, Igor Mikhailovich (Cyrillic: СТРАМИЛОВ, Игорь Михайлович), Moscow, Russia; DOB 27 Jun 1968; POB Chita, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 753700034587 (Russia) (individual) [RUSSIA-EO14024].

STRASSELINK PTE. LTD., Zervex, 8 Ubi Road #08-06, Singapore 408538, Singapore; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 15 Sep 2005; Commercial Registry Number 200512844W (Singapore) [IRAN-EO13846].

STRATEGIC ROCKET FORCE (a.k.a. STRATEGIC ROCKET FORCE OF THE

KOREAN PEOPLE'S ARMY; a.k.a. THE STRATEGIC ROCKET FORCE COMMAND OF KPA; a.k.a. "STRATEGIC FORCE"; a.k.a. "STRATEGIC FORCES"), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

STRATEGIC ROCKET FORCE OF THE KOREAN PEOPLE'S ARMY (a.k.a. STRATEGIC ROCKET FORCE; a.k.a. THE STRATEGIC ROCKET FORCE COMMAND OF KPA; a.k.a. "STRATEGIC FORCE"; a.k.a. "STRATEGIC FORCES"), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

STRATEGY PARTNERS GROUP JSC (a.k.a. JOINT STOCK COMPANY STRATEGY PARTNERS GROUP; a.k.a. "SPG JSC"), 52 Kosmodamianskaya Nab. St, Building 2, Moscow 115054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736612855 (Russia); Registration Number 1107746025980 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

STRATIM COMPANY (a.k.a. JOINT STOCK COMPANY STRATIM; a.k.a. JSC STRATIM; a.k.a. STRATIM DESIGN BUREAU), Pr-kt Federativnyi, D. 5, Korp. 1, Pomeshch. 1/1, Moscow 111399, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Jul 2023; Tax ID No. 7720901379 (Russia); Registration Number 1237700447324 (Russia) [RUSSIA-EO14024].

STRATIM DESIGN BUREAU (a.k.a. JOINT STOCK COMPANY STRATIM; a.k.a. JSC STRATIM; a.k.a. STRATIM COMPANY), Pr-kt Federativnyi, D. 5, Korp. 1, Pomeshch. 1/1, Moscow 111399, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Jul 2023; Tax ID No. 7720901379 (Russia); Registration Number 1237700447324 (Russia) [RUSSIA-EO14024].

STRATIM LIMITED LIABILITY COMPANY (a.k.a. STRATIM LLC), ul. Varvarskaia, 6, pomeshch. P6, Nizhny Novgorod 603000, Russia;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Apr 2024; Tax ID No. 5260494520 (Russia); Registration Number 1245200009075 (Russia) [RUSSIA-EO14024].

STRATIM LLC (a.k.a. STRATIM LIMITED LIABILITY COMPANY), ul. Varvarskaia, 6, pomeshch. P6, Nizhny Novgorod 603000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Apr 2024; Tax ID No. 5260494520 (Russia); Registration Number 1245200009075 (Russia) [RUSSIA-EO14024].

STRATTON INVESTMENT GROUP LTD, The Brewhouse, Mdina Road, CBD Zone 2, CBD, Birkirkara 20210, Malta; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 May 2014; Target Type Private Company; Registration Number C 65319 (Malta) [RUSSIA-EO14024] (Linked To: TAERIO LIMITED).

STREAM SHIP MANAGEMENT FZCO, Unit 27700-001, Dubai Silicon Oasis, Dubai, United Arab Emirates; P.O. Box 342001, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6450201 [UKRAINE-EO13662] [RUSSIA-EO14024].

STREET INVESTMENTS PVT LTD (a.k.a. "BEACH COCOHUT"), Seesan magu, Male 20028, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Jun 2022; Organization Type: Restaurants and mobile food service activities; Business Number BN26312022 (Maldives); Business Registration Number BP33152022 (Maldives) issued 23 Aug 2022; Registration Number C-0688/2022 (Maldives) [SDGT] (Linked To: RAUF, Ahmed Alif).

STREET MOTOR SERVICES (a.k.a. "AVIAN PARADISE"), Male, Maldives; Website street-motor-services.business.site/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Oct 2014; Organization Type: Maintenance and repair of motor vehicles; Business Number BN19452021 (Maldives); Business Registration Number BP16972021 (Maldives) issued 06 May 2021;

Registration Number SP-0539/2014 (Maldives) [SDGT] (Linked To: RAUF, Ahmed Alif).

STREL, Andrey (a.k.a. KOVALSKIY, Andrey Vechislavovich; a.k.a. PLOTNITSKIY, Andrey), Moscow, Russia; DOB 25 Jul 1989; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: EVIL CORP).

STRELA LIMITED LIABILITY COMPANY (Cyrillic: СТРЕЛА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ), d. 13 pm. 17, ul. Vodopyanova Pgt., Dikson 647340, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Jan 2022; Organization Type: Sea and coastal freight water transport; Tax ID No. 2469004605 (Russia); Government Gazette Number 70191987 (Russia); Registration Number 1222400001614 (Russia) [RUSSIA-EO14024] (Linked To: ARCTIC ENERGY GROUP LIMITED LIABILITY COMPANY).

STRELA PA (a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION STRELA (Cyrillic: АО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СТРЕЛА); a.k.a. JSC PRODUCTION ASSOCIATION STRELA; a.k.a. JSC PRODUCTION OBYEDINENIYE STRELA; a.k.a. JSC PROIZVODSTVENNOYE OBYEDINENIYE STRELA), 26, Shevchenko str., Orenburg 460005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Dec 2006; Tax ID No. 5609061432 (Russia); Registration Number 1065658011638 (Russia) [RUSSIA-EO14024].

STRELCHENKO, Aleksei Alekseevich (a.k.a. STRELCHENKO, Aleksey; a.k.a. STRELCHENKO, Alexey Alekseyevich (Cyrillic: СТРЕЛЬЧЕНКО, Алексей Алексеевич)), Russia; DOB 10 Aug 1955; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770803182739 (Russia) (individual) [RUSSIA-EO14024].

STRELCHENKO, Aleksey (a.k.a. STRELCHENKO, Aleksei Alekseevich; a.k.a. STRELCHENKO, Alexey Alekseyevich (Cyrillic: СТРЕЛЬЧЕНКО, Алексей Алексеевич)), Russia; DOB 10 Aug 1955; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

770803182739 (Russia) (individual) [RUSSIA-EO14024].

STRELCHENKO, Alexey Alekseyevich (Cyrillic: СТРЕЛЬЧЕНКО, Алексей Алексеевич) (a.k.a. STRELCHENKO, Aleksei Alekseevich; a.k.a. STRELCHENKO, Aleksey), Russia; DOB 10 Aug 1955; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770803182739 (Russia) (individual) [RUSSIA-EO14024].

STRELKOV, Igor Ivanovich (a.k.a. GIRKIN, Igor Vsevolodovich; a.k.a. STRELKOV, Ihor; a.k.a. STRELOK, Igor), Shenkurskiy Passage (Proyezd), House 8-6, Apartment 136, Moscow, Russia; DOB 17 Dec 1970; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 4506460961 (individual) [UKRAINE-EO13660].

STRELKOV, Ihor (a.k.a. GIRKIN, Igor Vsevolodovich; a.k.a. STRELKOV, Igor Ivanovich; a.k.a. STRELOK, Igor), Shenkurskiy Passage (Proyezd), House 8-6, Apartment 136, Moscow, Russia; DOB 17 Dec 1970; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 4506460961 (individual) [UKRAINE-EO13660].

STRELOI EKOMMERTS (a.k.a. STRELOY ECOMMERCE), Per. Dmitrovskii D. 13, Lit. A, Pomeshch. 10-N, Saint Petersburg 191025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7840068335 (Russia); Registration Number 1177847239976 (Russia) [RUSSIA-EO14024].

STRELOI OOO (a.k.a. LIMITED LIABILITY COMPANY STRELOI; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRELOI; a.k.a. STRELOY LLC), Per. Dmitrovskii D. 13, Office 7, Saint Petersburg 191025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Nov 2013; Tax ID No. 7840498176 (Russia); Registration Number 1137847445999 (Russia) [RUSSIA-EO14024].

STRELOK, Igor (a.k.a. GIRKIN, Igor Vsevolodovich; a.k.a. STRELKOV, Igor Ivanovich; a.k.a. STRELKOV, Ihor), Shenkurskiy Passage (Proyezd), House 8-6, Apartment 136, Moscow, Russia; DOB 17 Dec 1970; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209;

Passport 4506460961 (individual) [UKRAINE-EO13660].

STRELOY ECOMMERCE (a.k.a. STRELOI EKOMMERTS), Per. Dmitrovskii D. 13, Lit. A, Pomeshch. 10-N, Saint Petersburg 191025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7840068335 (Russia); Registration Number 1177847239976 (Russia) [RUSSIA-EO14024].

STRELOY LLC (a.k.a. LIMITED LIABILITY COMPANY STRELOI; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRELOI; a.k.a. STRELOI OOO), Per. Dmitrovskii D. 13, Office 7, Saint Petersburg 191025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Nov 2013; Tax ID No. 7840498176 (Russia); Registration Number 1137847445999 (Russia) [RUSSIA-EO14024].

STRELYUKHIN, Alexander Mikhailovich (Cyrillic: СТРЕЛЮХИН, Александр Михайлович), Russia; DOB 04 Jul 1958; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

STREMOUSOV, Kyrylo Serhiyovych (Cyrillic: СТРЕМОУСОВ, Кирило Сергійович) (a.k.a. STRIMOUSOV, Kirill Sergeevich (Cyrillic: СТРЕМОУСОВ, Кирилл Сергеевич)), Apartment 48, Ilyushin Kulika Street 129, Kherson, Kherson Region 73009, Ukraine; DOB 26 Dec 1976; nationality Ukraine; alt. nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2811903133 (Ukraine) (individual) [RUSSIA-EO14024].

STRESHINSKAYA, Natalia Alekseyevna (a.k.a. DAVYDOVA, Natalya; a.k.a. STRESHINSKAYA, Natalia Alexeevna; a.k.a. STRESHINSKAYA, Natalya; a.k.a. "Tetya Motya"), Posledniy Per. 14, Apt #6, Moscow 107045, Russia; 65 Route de Bievres, Verrieres-le-Buisson 91370, France; DOB 14 Nov 1982; POB Smolensk, Russia; nationality Russia; alt. nationality Cyprus; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 721644521 (Russia) issued 22 Oct 2012 expires 13 Mar 2022; alt. Passport K00481386 (Cyprus) issued 03 Oct 2019 expires 03 Oct 2029 (individual) [RUSSIA-EO14024] (Linked To: STRESHINSKIY, Vladimir Yakovlevich).

STRESHINSKAYA, Natalia Alekseyevna (a.k.a. DAVYDOVA, Natalya; a.k.a. STRESHINSKAYA, Natalia Alexeevna; a.k.a. STRESHINSKAYA, Natalya; a.k.a. "Tetya Motya"), Posledniy Per. 14, Apt #6, Moscow 107045, Russia; 65 Route de Bievres, Verrieres-le-Buisson 91370, France; DOB 14 Nov 1982; POB Smolensk, Russia; nationality Russia; alt. nationality Cyprus; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 721644521 (Russia) issued 22 Oct 2012 expires 13 Mar 2022; alt. Passport K00481386 (Cyprus) issued 03 Oct 2019 expires 03 Oct 2029 (individual) [RUSSIA-EO14024] (Linked To: STRESHINSKIY, Vladimir Yakovlevich).

STRESHINSKAYA, Natalia Alexeevna (a.k.a. DAVYDOVA, Natalya; a.k.a. STRESHINSKAYA, Natalia Alekseyevna; a.k.a. STRESHINSKAYA, Natalya; a.k.a. "Tetya Motya"), Posledniy Per. 14, Apt #6, Moscow 107045, Russia; 65 Route de Bievres, Verrieres-le-Buisson 91370, France; DOB 14 Nov 1982; POB Smolensk, Russia; nationality Russia; alt. nationality Cyprus; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 721644521 (Russia) issued 22 Oct 2012 expires 13 Mar 2022; alt. Passport K00481386 (Cyprus) issued 03 Oct 2019 expires 03 Oct 2029 (individual) [RUSSIA-EO14024] (Linked To: STRESHINSKIY, Vladimir Yakovlevich).

STRESHINSKII, Vladimir Yakovlevich (a.k.a. STRESHINSKIY, Ivan Yakovlevich; a.k.a. STRESHINSKIY, Vladimir Yakovlevich; a.k.a. STRESHINSKY, Ivan), Russia; Switzerland; 65 Route de Bievres, Verrieres-le-Buisson 91370, France; DOB 02 Oct 1969; POB Kyiv, Ukraine; nationality Russia; alt. nationality Israel; alt. nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 550017197 (Russia) expires 21 Dec 2027; alt. Passport 29352365 (Israel); alt. Passport K00112834 (Cyprus) issued 13 Feb 2013 expires 13 Feb 2023; Tax ID No. 773126850502 (Russia) (individual) [RUSSIA-EO14024].

STRESHINSKIY, Ivan Yakovlevich (a.k.a. STRESHINSKII, Vladimir Yakovlevich; a.k.a. STRESHINSKIY, Vladimir Yakovlevich; a.k.a. STRESHINSKY, Ivan), Russia; Switzerland; 65 Route de Bievres, Verrieres-le-Buisson 91370, France; DOB 02 Oct 1969; POB Kyiv, Ukraine; nationality Russia; alt. nationality Israel; alt. nationality Cyprus; Gender Male; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Passport 550017197 (Russia) expires 21 Dec 2027; alt. Passport 29352365 (Israel); alt. Passport K00112834 (Cyprus) issued 13 Feb 2013 expires 13 Feb 2023; Tax ID No. 773126850502 (Russia) (individual) [RUSSIA-EO14024].

STRESHINSKIY, Vladimir Yakovlevich (a.k.a. STRESHINSKII, Vladimir Yakovlevich; a.k.a. STRESHINSKIY, Ivan Yakovlevich; a.k.a. STRESHINSKY, Ivan), Russia; Switzerland; 65 Route de Bievres, Verrieres-le-Buisson 91370, France; DOB 02 Oct 1969; POB Kyiv, Ukraine; nationality Russia; alt. nationality Israel; alt. nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 550017197 (Russia) expires 21 Dec 2027; alt. Passport 29352365 (Israel); alt. Passport K00112834 (Cyprus) issued 13 Feb 2013 expires 13 Feb 2023; Tax ID No. 773126850502 (Russia) (individual) [RUSSIA-EO14024].

STRESHINSKY, Ivan (a.k.a. STRESHINSKII, Vladimir Yakovlevich; a.k.a. STRESHINSKIY, Ivan Yakovlevich; a.k.a. STRESHINSKIY, Vladimir Yakovlevich), Russia; Switzerland; 65 Route de Bievres, Verrieres-le-Buisson 91370, France; DOB 02 Oct 1969; POB Kyiv, Ukraine; nationality Russia; alt. nationality Israel; alt. nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 550017197 (Russia) expires 21 Dec 2027; alt. Passport 29352365 (Israel); alt. Passport K00112834 (Cyprus) issued 13 Feb 2013 expires 13 Feb 2023; Tax ID No. 773126850502 (Russia) (individual) [RUSSIA-EO14024].

STREYMOY SHIPPING LIMITED, Unit 27610 - 001, Building A1, IFZA Business Park, Dubai Silicon Oasis, Dubai, United Arab Emirates; 80 Broad Street, Monrovia, Liberia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number IMO 5724311 [RUSSIA-EO14024].

STRIMOUSOV, Kirill Sergeevich (Cyrillic: СТРЕМОУСОВ, Кирилл Сергеевич) (a.k.a. STREMOUSOV, Kyrylo Serhiyovych (Cyrillic: СТРЕМОУСОВ, Кирило Сергійович)), Apartment 48, Ilyushin Kulika Street 129, Kherson, Kherson Region 73009, Ukraine; DOB 26 Dec 1976; nationality Ukraine; alt. nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2811903133 (Ukraine) (individual) [RUSSIA-EO14024].

STRIZHOV, Andrei Alexandrovich; DOB 01 Aug 1983 (individual) [MAGNIT].

STROITEKHNOLOGIYA (a.k.a. LIMITED LIABILITY COMPANY STROYTEKHNOLOGIYA), Ul. Industrialnaya (Klimovsk Mkr.) D. 13, Pomeshch 15/6, Podolsk 142180, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5036121865 (Russia); Registration Number 1125074009840 (Russia) [RUSSIA-EO14024].

STROITELNAYA KOMPANIYA KONSOL-STROI LTD (a.k.a. LIMITED LIABILITY COMPANY CONSTRUCTION COMPANY CONSOL-STROI LTD; a.k.a. LIMITED LIABILITY COMPANY KONSTRUCTION COMPANY KONSOL STROI LTD; a.k.a. LLC CONSOL-STROI LTD; a.k.a. LLC CONSOL-STROI LTD CONSTRUCTION COMPANY; a.k.a. LLC SK CONSOL-STROI LTD; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STROITELNAYA KOMPANIYA KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD, OOO), House 16, Borodina Street, Simferopol, Crimea 295033, Ukraine; Website consolstroy.ru; alt. Website consol-stroi.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102070229 (Russia); Government Gazette Number 00823523 (Russia); Registration Number 1159102014170 (Russia) [UKRAINE-EO13685].

STRONG ROOTS PROVIDER NV, 40A Keizer Street, Paramaribo, Suriname; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Identification Number IMO 6215065 [IRAN-EO13846].

STROYGAZMONTAZH (a.k.a. LIMITED LIABILITY COMPANY STROYGAZMONTAZH; a.k.a. STROYGAZMONTAZH CORPORATION; a.k.a. "SGM"), 53 prospekt Vernadskogo, Moscow 119415, Russia; Website www.ooosgm.com; alt. Website www.ooosgm.ru; Email Address info@ooosgm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

STROYGAZMONTAZH CORPORATION (a.k.a. LIMITED LIABILITY COMPANY STROYGAZMONTAZH; a.k.a. STROYGAZMONTAZH; a.k.a. "SGM"), 53 prospekt Vernadskogo, Moscow 119415, Russia; Website www.ooosgm.com; alt.

Website www.ooosgm.ru; Email Address info@ooosgm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

STROYPROEKT (a.k.a. AKTSIONERNOE OBSHCESTVO INSTITUT STROIPROEKT; a.k.a. AO INSTITUT STROIPROEKT; a.k.a. AO INSTITUTE STROYPROEKT; f.k.a. INSTITUT STROIPROEKT ZAKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. INSTITUT STROIPROEKT, AO; a.k.a. INSTITUTE STROYPROECT; a.k.a. STROYPROEKT ENGINEERING GROUP), D. 13 Korp. 2 LiteraA Prospekt Dunaiski, St. Petersburg 196158, Russia; 13/2 Dunaisky Prospect, St. Petersburg 196158, Russia; Website http://www.stpr.ru; Email Address Most@stpr.ru; alt. Email Address Murina@stpr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027810258673; Tax ID No. 7826688390; Government Gazette Number 11117863 [UKRAINE-EO13685].

STROYPROEKT ENGINEERING GROUP (a.k.a. AKTSIONERNOE OBSHCESTVO INSTITUT STROIPROEKT; a.k.a. AO INSTITUT STROIPROEKT; a.k.a. AO INSTITUTE STROYPROEKT; f.k.a. INSTITUT STROIPROEKT ZAKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. INSTITUT STROIPROEKT, AO; a.k.a. INSTITUTE STROYPROECT; a.k.a. STROYPROEKT), D. 13 Korp. 2 LiteraA Prospekt Dunaiski, St. Petersburg 196158, Russia; 13/2 Dunaisky Prospect, St. Petersburg 196158, Russia; Website http://www.stpr.ru; Email Address Most@stpr.ru; alt. Email Address Murina@stpr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027810258673; Tax ID No. 7826688390; Government Gazette Number 11117863 [UKRAINE-EO13685].

STROYSERVICE TRADING LIMITED, Floor 2, Flat 204, 25 Afroditis, Nicosia 1060, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number HE254132 (Cyprus) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STROISERVIS).

STROYTRADE (a.k.a. STROYTREYD (Cyrillic: ООО "СТРОЙТРЕЙД"); a.k.a. STROYTREYD LLC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ

"СТРОЙТРЕЙД")), Pomeshch 1/1, D. 32, K. 1, Novoyasenevskiy Avenue, Yasenevo District, Moscow 117463, Russia; Suite 1/1, Apt. 1, Bldg. 32, Novoyasenevskiy Prospekt, Municipal district Yasenevo, Moscow 117463, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 17 Oct 2023; Tax ID No. 9728108831 (Russia); Public Registration Number 1237700700665 (Russia) [DPRK3] [RUSSIA-EO14024].

STROYTRANSGAZ (a.k.a. STROYTRANSGAZ GROUP; a.k.a. "STG GROUP"), 3 Begovaya Street, Building #1, Moscow 125284, Russia; Website www.stroytransgaz.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

STROYTRANSGAZ GROUP (a.k.a. STROYTRANSGAZ; a.k.a. "STG GROUP"), 3 Begovaya Street, Building #1, Moscow 125284, Russia; Website www.stroytransgaz.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

STROYTRANSGAZ HOLDING (a.k.a. STG HOLDING LIMITED; a.k.a. STG HOLDINGS LIMITED; a.k.a. STROYTRANSGAZ HOLDING LIMITED; a.k.a. "STGH"), 33 Stasinou Street, Office 2 2003, Nicosia Strovolos, Cyprus; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

STROYTRANSGAZ HOLDING LIMITED (a.k.a. STG HOLDING LIMITED; a.k.a. STG HOLDINGS LIMITED; a.k.a. STROYTRANSGAZ HOLDING; a.k.a. "STGH"), 33 Stasinou Street, Office 2 2003, Nicosia Strovolos, Cyprus; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

STROYTRANSGAZ LLC (a.k.a. OOO STROYTRANSGAZ), House 65, Novocheremushkinskaya, Moscow 117418, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

STROYTRANSGAZ OJSC (a.k.a. OAO STROYTRANSGAZ), House 58, Novocheremushkinskaya St., Moscow 117418, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

STROYTRANSGAZ-M LLC, 26th Meeting of the Communist Party Street, House 2V, Novy Urengoy, Tyumenskaya Oblast, Yamalo-Nenetsky Autonomous Region 629305, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

STROYTREYD (Cyrillic: ООО "СТРОЙТРЕЙД") (a.k.a. STROYTRADE; a.k.a. STROYTREYD LLC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "СТРОЙТРЕЙД")), Pomeshch 1/1, D. 32, K. 1, Novoyasenevskiy Avenue, Yasenevo District, Moscow 117463, Russia; Suite 1/1, Apt. 1, Bldg. 32, Novoyasenevskiy Prospekt, Municipal district Yasenevo, Moscow 117463, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 17 Oct 2023; Tax ID No. 9728108831 (Russia); Public Registration Number 1237700700665 (Russia) [DPRK3] [RUSSIA-EO14024].

STROYTREYD LLC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "СТРОЙТРЕЙД") (a.k.a. STROYTRADE; a.k.a. STROYTREYD (Cyrillic: ООО "СТРОЙТРЕЙД")), Pomeshch 1/1, D. 32, K. 1, Novoyasenevskiy Avenue, Yasenevo District, Moscow 117463, Russia; Suite 1/1, Apt. 1, Bldg. 32, Novoyasenevskiy Prospekt, Municipal district Yasenevo, Moscow 117463, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 17 Oct 2023; Tax ID No. 9728108831 (Russia); Public Registration Number 1237700700665 (Russia) [DPRK3] [RUSSIA-EO14024].

STRUCTURA NATIONAL TECHNOLOGIES (a.k.a. COMPANY GROUP STRUCTURA LLC; a.k.a. GK STRUKTURA (Cyrillic: ГК СТРУКТУРА); a.k.a. GRUPPA KOMPANII STRUKTURA (Cyrillic: ГРУППА КОМПАНИЙ СТРУКТУРА)), Per. Bolshoi Kislovskii, d. 1, str. 2, Pomeshch/Kom I/42, Moscow 125009, Russia; Website structura.pro; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Dec 2017; Organization Type: Other information technology and computer service activities; Tax ID No. 7703438908 (Russia); Registration Number 5177746315588 (Russia) [RUSSIA-EO14024].

STRUGGLE FOR RECONSTRUCTION (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. CONSTRUCTION JIHAD; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHAD-AL-BINAA ASSOCIATION; a.k.a. JIHADU-I-BINAA), Beirut, Lebanon; Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

STRUKOV, Konstantin Ivanovich (Cyrillic: СТРУКОВ, Константин Иванович), Russia; DOB 10 Sep 1958; POB Dimitrovo, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 741600653047 (Russia) (individual) [RUSSIA-EO14024].

STUDENTS OF AYYASH (a.k.a. HAMAS; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

STUDENTS OF THE ENGINEER (a.k.a. HAMAS; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM

BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. STUDENTS OF AYYASH; a.k.a. YAHYA AYYASH UNITS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

STUDIA PIXAGIO (a.k.a. LIMITED LIABILITY COMPANY STUDIYA PIKSADZHIO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТУДИЯ ПИКСАДЖИО); a.k.a. STUDIO PIXAGIO), Office 115, Suite 20N No. 16, Letter A, Building 1, 12 Mebelnaya Street, Saint Petersburg 197374, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801278473 (Russia); Registration Number 1157847140263 (Russia) [RUSSIA-EO14024].

STUDIO PIXAGIO (a.k.a. LIMITED LIABILITY COMPANY STUDIYA PIKSADZHIO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТУДИЯ ПИКСАДЖИО); a.k.a. STUDIA PIXAGIO), Office 115, Suite 20N No. 16, Letter A, Building 1, 12 Mebelnaya Street, Saint Petersburg 197374, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801278473 (Russia); Registration Number 1157847140263 (Russia) [RUSSIA-EO14024].

STUPINO ENGINEERING PRODUCTION ENTERPRISE (a.k.a. JOINT STOCK COMPANY STUPINO ENGINEERING PRODUCTIVE ENTERPRISE; a.k.a. STUPINO MACHINE PRODUCTION PLANT; a.k.a. "SMPP AO"), 42 Ulitsa Akademika Belova, Stupino 142800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1948; Tax ID No. 5045001885 (Russia); Registration Number 1025005917419 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

STUPINO MACHINE PRODUCTION PLANT (a.k.a. JOINT STOCK COMPANY STUPINO ENGINEERING PRODUCTIVE ENTERPRISE; a.k.a. STUPINO ENGINEERING PRODUCTION ENTERPRISE; a.k.a. "SMPP AO"), 42 Ulitsa Akademika Belova, Stupino 142800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1948; Tax ID No. 5045001885 (Russia); Registration Number 1025005917419 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

SU, Chunpeng, China; DOB 10 Dec 1980; POB Tai'an, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G57293067 (China) issued 21 Dec 2011 expires 20 Dec 2021; National ID No. 370602198012102115 (China) (individual) [NPWMD] (Linked To: SHENZHEN JIASIBO TECHNOLOGY CO., LTD.).

SU, Gui Qin (a.k.a. SU, Guiqin; a.k.a. SU, Zhao; a.k.a. WEI, Su; a.k.a. "SU, Madame"), Flat G, 19 FL Maple Mansion, Taikoo Shing, Quarry Bay, Hong Kong; DOB 03 Dec 1959; POB Liaoning Province, China; nationality China; Gender Female; Passport G55408772 (China); alt. Passport G42695702 (China); alt. Passport E03807847 (China); National ID No. R9733840 (China) (individual) [TCO] (Linked To: ZHAO WEI TCO).

SU, Guiqin (a.k.a. SU, Gui Qin; a.k.a. SU, Zhao; a.k.a. WEI, Su; a.k.a. "SU, Madame"), Flat G, 19 FL Maple Mansion, Taikoo Shing, Quarry Bay, Hong Kong; DOB 03 Dec 1959; POB Liaoning Province, China; nationality China; Gender Female; Passport G55408772 (China); alt. Passport G42695702 (China); alt. Passport E03807847 (China); National ID No. R9733840 (China) (individual) [TCO] (Linked To: ZHAO WEI TCO).

SU, Liangsheng, Phum 14, Tonle Basak, Chamkar Mon, Phnom Penh 12301, Cambodia; DOB 02 Feb 1974; POB Fujian Province, China; nationality Cambodia; Gender Male; Passport N01524000 (Cambodia) expires 20 Feb 2029 (individual) [CYBER4].

SU, Lu-Chi (a.k.a. TSAI SU, Lu-Chi), C/O TRANS MERITS CO. LTD., Taipei, Taiwan; C/O GLOBAL INTERFACE COMPANY INC., Taipei, Taiwan; DOB 07 Feb 1950; alt. DOB Nov 1950; POB Yun Lin Hsien, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 210215095 (Taiwan); Corporate Officer (individual) [NPWMD].

SU, Zhao (a.k.a. SU, Gui Qin; a.k.a. SU, Guiqin; a.k.a. WEI, Su; a.k.a. "SU, Madame"), Flat G, 19 FL Maple Mansion, Taikoo Shing, Quarry Bay, Hong Kong; DOB 03 Dec 1959; POB Liaoning Province, China; nationality China; Gender Female; Passport G55408772 (China); alt. Passport G42695702 (China); alt. Passport E03807847 (China); National ID No. R9733840

(China) (individual) [TCO] (Linked To: ZHAO WEI TCO).

SUAREZ ANDERSON, Lourdes Benicia (Latin: SUÁREZ ANDERSON, Lourdes Benicia), Caracas, Capital District, Venezuela; DOB 07 Mar 1965; citizen Venezuela; Gender Female; Cedula No. 6726793 (Venezuela); Magistrate of the Constitutional Chamber of Venezuela's Supreme Court of Justice (individual) [VENEZUELA].

SUAREZ CHOURIO, Jesus Rafael (Latin: SUÁREZ CHOURIO, Jesús Rafael), Aragua, Venezuela; Caracas, Venezuela; DOB 19 Jul 1962; citizen Venezuela; Gender Male; Cedula No. 9195336 (Venezuela); General Commander of Venezuela's Bolivarian Army; Former Commander of Venezuela's Central Integral Strategic Defense Region of Venezuela's National Armed Forces; Former Commander of Venezuela's Aragua Integrated Defense Zone of Venezuela's National Armed Forces; Former Leader of the Venezuelan President's Protection and Security Unit (individual) [VENEZUELA].

SUAZA BARCO, Carmen (a.k.a. SUAZA BARCO, Maria del Carmen), c/o AGROESPINAL S.A., Medellin, Colombia; c/o AGROGANADERA LOS SANTOS S.A., Medellin, Colombia; c/o ASES DE COMPETENCIA Y CIA. S.A., Medellin, Colombia; c/o CONSTRUCTORA GUADALEST S.A., Medellin, Colombia; c/o FRANZUL S.A., Medellin, Colombia; c/o GRUPO FALCON S.A., Medellin, Colombia; c/o HIERROS DE JERUSALEM S.A., Medellin, Colombia; Calle Hamburgo No. 214 dpto. 22-3, Colonia Juarez, Mexico City, Distrito Federal C.P. 06600, Mexico; DOB 06 May 1921; POB Andes, Antioquia, Colombia; Cedula No. 32446309 (Colombia); VisaNumberID 2024702 (Mexico) (individual) [SDNT].

SUAZA BARCO, Maria del Carmen (a.k.a. SUAZA BARCO, Carmen), c/o AGROESPINAL S.A., Medellin, Colombia; c/o AGROGANADERA LOS SANTOS S.A., Medellin, Colombia; c/o ASES DE COMPETENCIA Y CIA. S.A., Medellin, Colombia; c/o CONSTRUCTORA GUADALEST S.A., Medellin, Colombia; c/o FRANZUL S.A., Medellin, Colombia; c/o GRUPO FALCON S.A., Medellin, Colombia; c/o HIERROS DE JERUSALEM S.A., Medellin, Colombia; Calle Hamburgo No. 214 dpto. 22-3, Colonia Juarez, Mexico City, Distrito Federal C.P. 06600, Mexico; DOB 06 May 1921; POB Andes,

Antioquia, Colombia; Cedula No. 32446309 (Colombia); VisaNumberID 2024702 (Mexico) (individual) [SDNT].

SUBAREV, Viktor Vladislavvich (Cyrillic: ЗУБАРЕВ, Виктор Владиславович), Russia; DOB 20 Feb 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SUBAYTI, Wahid Mahmud (Arabic: وحيد محمود سبيتى) (a.k.a. SBAYTI, Wahid; a.k.a. SBEITY, Waheed Mahmoud), Kfar Sir, Nabatieh, Lebanon; DOB 23 Feb 1961; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 473548 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

SUBBOTIN, Aleksey Anatolyevich (a.k.a. SUBBOTIN, Alexey Anatolyevich), Russia; DOB 07 Mar 1975; POB Nyandoma, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 1100109762 (Russia) (individual) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT).

SUBBOTIN, Alexey Anatolyevich (a.k.a. SUBBOTIN, Aleksey Anatolyevich), Russia; DOB 07 Mar 1975; POB Nyandoma, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 1100109762 (Russia) (individual) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT).

SUBOTIC, Milan, Serbia; DOB 08 Nov 1981; nationality Serbia; Gender Male (individual) [GLOMAG] (Linked To: TESIC, Slobodan).

SUBRAMANIAM, Sharda, C 5C/22-B, Janakpuri, Delhi 110058, India; D-248, PH1, Sushant Lok, Gurgaon 122001, India; DOB 23 May 1966; POB New Delhi, India; nationality India; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport Z3012452 (India) issued 19 Dec 2014 expires 18 Dec 2024 (individual) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

SUBSIDIARY BANK SBERBANK OF RUSSIA PUBLIC JOINT STOCK COMPANY (a.k.a. AKTSIONERNE TOVARYSTVO SBERBANK; a.k.a. JOINT STOCK COMPANY SBERBANK; a.k.a. JSC SBERBANK; a.k.a. JSC SBERBANK OF RUSSIA; a.k.a. PUBLICHNE AKTSIONERNE TOVARYSTVO DOCHIRNII BANK SBERBANKU ROSII; f.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PRIVATE JOINT STOCK COMPANY; a.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PUBLIC JOINT STOCK COMPANY), 46 Volodymyrska street, Kyiv 01601, Ukraine; 46 Vladimirskaya St, Kyiv 01601, Ukraine; SWIFT/BIC SABRUAUK; Website www.sberbank.ua; alt. Website sbrf.com.ua; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 25959784 (Ukraine); Tax ID No. 259597826652 (Ukraine); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SUBSIDIARY JSC BANK VTB KAZAKHSTAN (a.k.a. BANK VTB KAZAKHSTAN JOINT STOCK COMPANY; a.k.a. BANK VTB KAZAKHSTAN JSC; a.k.a. JOINT STOCK COMPANY VTB BANK KAZAKHSTAN), 28 Timiryazev Street, Almaty 050040, Kazakhstan; SWIFT/BIC VTBAKZKZ; Website http://en.vtb-bank.kz/; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

SUCCESS AVIATION SERVICES FZC, 608, The Apricot Tower, Dubai Silicon Oasis, Dubai, United Arab Emirates; Building L1, Sharjah International Airport, Sharjah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Nov 2015; Organization Type: Service activities incidental to air transportation; Registration Number 16039 (United Arab Emirates) [RUSSIA-EO14024].

SUCCESS MOVE LTD., No. 1109 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SUDAKOV, Andrey Dmitriyevich, Russia; DOB 18 Sep 1991; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SUDAN MASTER TECHNOLOGY (a.k.a. GIAD INDUSTRIAL CITY; a.k.a. GIAD INDUSTRIAL GROUP), SMT Building Madani Road, KM 50 Khartoum, Giad Industrial Complex, Gamhuria Street, Khartoum, Sudan; Giad Industrial Group Building, Street 60, Giad Industrial City, PO Box 444, Khartoum, Sudan; SMT Building, Gamhuria Street, GIAD Industrial Complex, PO Box 10782, Khartoum SU001, Sudan; Website www.sudanmaster.com; Organization Established Date 01 Jan 1993; Organization Type: Activities of holding companies [SUDAN-EO14098].

SUDANESE MUSLIM BROTHERHOOD (Arabic: الحركة الاسلامية السودانية) (a.k.a. "MUSLIM BROTHERHOOD IN SUDAN"; a.k.a. "SUDANESE ISLAMIC MOVEMENT"), Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jan 1954; Organization Type: Advocacy organization [FTO] [SDGT].

SUDOKOMPOZIT DESIGN AND TECHNOLOGICAL BUREAU (a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRIM

KONSTRUKTORSKO-TECHNOLOGICHESKOE BYURO SUDOKOMPOZIT (Cyrillic: ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ РЕСПУБЛИКИ КРЫМ КОНСТРУКТОРСКО ТЕХНОЛОГИЧЕСКОЕ БЮРО СУДОКОМПОЗИТ); a.k.a. GUP RK KTB SUDOKOMPOZIT (Cyrillic: ГУП РК КТБ СУДОКОМПОЗИТ); a.k.a. KTB SUDOKOMPOZIT, GUP; a.k.a. STATE UNITARY ENTERPRISE IN THE REPUBLIC OF CRIMEA DESIGN-TECHNOLOGY BUREAU SUDOKOMPOZIT), House 14, Kuibysheva Street, Feodosia, Crimea 298100, Ukraine; Website http://sudocompozit.ru/; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9108007745 (Russia); Government Gazette Number 00745510 (Russia); Registration Number 1149102094680 (Russia) [UKRAINE-EO13685].

SUDOPLATOV BATTALION (a.k.a. STATE UNITARY ENTERPRISE CENTER FOR TECHNICAL DEVELOPMENT AND SERVICES NAMED AFTER P A SUDOPLATOV OF THE MILITARY AND CIVIL ADMINISTRATION OF THE ZAPORIZHZHIA REGION; a.k.a. STATE UNITARY ENTERPRISE VOLUNTEER BATTALION NAMED AFTER P A SUDOPLATOV OF THE MILITARY AND CIVIL ADMINISTRATION OF THE ZAPORIZHZHIA REGION), St. Mikhail Grushevsky, Melitopol, Zaporizhzhia Oblast 272312, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Dec 2022; Tax ID No. 9001013922 (Russia); Registration Number 1229000023603 (Russia) [RUSSIA-EO14024].

SUE RC 'FEODOSIA OPTICAL PLANT' (a.k.a. FEODOSIA STATE OPTICAL PLANT; a.k.a. STATE OPTICAL PLANT - FEODOSIA), Feodosia State Optical Plant, 11 Moskovskaya Street, Feodosia, Crimea 98100, Ukraine; Website http://www.fkoz.feodosia.com.ua/; Email Address optic_plant_sbut@bk.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

SUE RK 'CRIMEAN PORTS' (a.k.a. CRIMEAN PORTS; a.k.a. STATE UNITARY ENTERPRISE OF THE REPUBLIC OF CRIMEA 'CRIMEAN PORTS'; a.k.a. "SUE RC 'KMP'"), 28 Kirov Street, Kerch, Republic of Crimea 98312, Ukraine; Email Address crimeaport@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102012620; V.A.T. Number 9111000450 [UKRAINE-EO13685].

SUESIAN CO., LIMITED (Chinese Traditional: 雪絲安有限公司), Rm 1201, 12/F Tai Sang Bank Bldg, 130-132 Des Voeux Rd, Central Hong Kong, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Oct 2019; Company Number 2880358 (Hong Kong); Business Registration Number 71293913 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

SUEX OTC, S.R.O. (a.k.a. "SUCCESSFUL EXCHANGE"), Presnenskaya Embankment, 12, Federation East Tower, Floor 31, Suite Q, Moscow 123317, Russia; Skorepka 1058/8 Stare Mesto, Prague 110 00, Czech Republic (Latin: Skořepka 1058/8 Staré Město, Praha 110 00, Czech Republic); Website suex.io; Digital Currency Address - XBT 12HQDsicffSBaYdJ6BhnE22sfjTESmmzKx; alt. Digital Currency Address - XBT 1L4ncif9hh9TnUveqWq77HfWWt6CJWtrnb; alt. Digital Currency Address - XBT 13mnk8SvDGqsQTHbiGiHBXqtaQCUKfcsnP; alt. Digital Currency Address - XBT 1Edue8XZCWNoDBNZgnQkCCivDyr9GEo4x6; alt. Digital Currency Address - XBT 1ECeZBxCVJ8Wm2JSN3Cyc6rge2gnvD3W5K; alt. Digital Currency Address - XBT 1J9oGoAiHeRfeMZeUnJ9W7RpV55CdKtgYE; alt. Digital Currency Address - XBT 1295rkVyNfFpqZpXvKGhDqwhP1jZcNNDMV; alt. Digital Currency Address - XBT 1LiNmTUPSJEd92ZgVJjAV3RT9BzUjvUCkx; alt. Digital Currency Address - XBT 1LrxsRd7zNuxPJcL5rttnoeJFy1y4AffYY; alt. Digital Currency Address - XBT 1KUUJPkyDhamZXgpsyXqNGc3x1QPXtdhgz; alt. Digital Currency Address - XBT 1CF46Rfbp97absrs7zb7dFfZS6qBXUm9EP; alt. Digital Currency Address - XBT 1Df883c96LVauVsx9FEgnsourD8DELwCUQ; alt. Digital Currency Address - XBT bc1qdt3gml5z5n50y5hm04u2yjdphefkm0fl2zdj68; alt. Digital Currency Address - XBT 1B64QRxfaa35MVkf7sDjuGUYAP5izQt7Qi; Digital Currency Address - ETH 0x2f389ce8bd8ff92de3402ffce4691d17fc4f6535; alt. Digital Currency Address - ETH 0x19aa5fe80d33a56d56c78e82ea5e50e5d80b4dff; alt. Digital Currency Address - ETH 0xe7aa314c77f4233c18c6cc84384a9247c0cf367b; alt. Digital Currency Address - ETH 0x308ed4b7b49797e1a98d3818bff6fe5385410370; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 25 Sep 2018; Digital Currency Address - USDT 0x2f389ce8bd8ff92de3402ffce4691d17fc4f6535; alt. Digital Currency Address - USDT 0x19aa5fe80d33a56d56c78e82ea5e50e5d80b4dff; alt. Digital Currency Address - USDT 1KUUJPkyDhamZXgpsyXqNGc3x1QPXtdhgz; alt. Digital Currency Address - USDT 1CF46Rfbp97absrs7zb7dFfZS6qBXUm9EP; alt. Digital Currency Address - USDT 1LrxsRd7zNuxPJcL5rttnoeJFy1y4AffYY; alt. Digital Currency Address - USDT 1Df883c96LVauVsx9FEgnsourD8DELwCUQ; alt. Digital Currency Address - USDT 16iWn2J1McqjToYLHSsAyS6En3QA8YQ91H; Company Number 07486049 (Czech Republic); Legal Entity Number 5299007NTWCC3U23WM81 (Czech Republic) [CYBER2].

SUFAAT, Yazid (a.k.a. BIN SUFAAT, Yazud; a.k.a. SHUFAAT, Yazid); DOB 20 Jan 1964; POB Johor, Malaysia; nationality Malaysia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A10472263 (Malaysia) (individual) [SDGT].

SUGAIPOV, Umar; DOB 17 Apr 1966; POB Chechen Republic, Russia (individual) [MAGNIT].

SUGHAYR, Muhammad 'Abdallah Salih (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SUGUJA, Fezza (a.k.a. SEGUJJA, Elias; a.k.a. "Faiza"; a.k.a. "Feeza"; a.k.a. "Mulalo"), Congo, Democratic Republic of the; DOB 1969 to 1971;

POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

SUHADA'A AL-YARMOUK BRIGADE (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SUK, Vitalij Oleksandrovych (Cyrillic: СУК, Віталій Олександрович) (a.k.a. SUK, Vitaly Alexandrovich (Cyrillic: СУК, Виталий Александрович)), Oleshky, Ukraine; DOB 12 Mar 1970; POB Chutove, Ukraine; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 910619125006 (Russia) (individual) [RUSSIA-EO14024].

SUK, Vitaly Alexandrovich (Cyrillic: СУК, Виталий Александрович) (a.k.a. SUK, Vitalij Oleksandrovych (Cyrillic: СУК, Віталій Олександрович)), Oleshky, Ukraine; DOB 12 Mar 1970; POB Chutove, Ukraine; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 910619125006 (Russia) (individual) [RUSSIA-EO14024].

SUKHARENKA, Stiapan Mikalayevich (a.k.a. SUKHARENKA, Stsiapan Mikalaevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHORENKA, Stepan Mikalaevich; a.k.a. SUKHORENKA, Stepan Mikalayevich; a.k.a. SUKHORENKA, Stepan Nikolaevich; a.k.a. SUKHORENKA, Stiapan Mikalaevich; a.k.a. SUKHORENKA, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a.

SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Mikalayevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHARENKA, Stsiapan Mikalaevich (a.k.a. SUKHARENKA, Stiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHORENKA, Stepan Mikalaevich; a.k.a. SUKHORENKA, Stepan Mikalayevich; a.k.a. SUKHORENKA, Stepan Nikolaevich; a.k.a. SUKHORENKA, Stiapan Mikalaevich; a.k.a. SUKHORENKA, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Mikalayevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHARENKA, Stsiapan Mikalayevich (a.k.a. SUKHARENKA, Stiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Mikalaevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHORENKA, Stepan Mikalaevich; a.k.a. SUKHORENKA, Stepan Mikalayevich; a.k.a. SUKHORENKA, Stepan Nikolaevich; a.k.a. SUKHORENKA, Stiapan Mikalaevich; a.k.a. SUKHORENKA, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Mikalayevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHARENKA, Stsiapan Nikolaevich (a.k.a. SUKHARENKA, Stiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Mikalaevich; a.k.a.

SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHORENKA, Stepan Mikalaevich; a.k.a. SUKHORENKA, Stepan Mikalayevich; a.k.a. SUKHORENKA, Stepan Nikolaevich; a.k.a. SUKHORENKA, Stiapan Mikalaevich; a.k.a. SUKHORENKA, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Mikalayevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHAREV, Ivan Konstantinovich (Cyrillic: СУХАРЕВ, Иван Константинович), Russia; DOB 10 Jun 1978; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SUKHODOLOV, Aleksei Borisovich (Cyrillic: СУХОДОЛОВ, Алексей Борисович) (a.k.a. SUKHODOLOV, Alexey Borisovich), Moscow, Russia; DOB 19 Apr 1974; POB Voronezh, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 100137518 (Russia) (individual) [RUSSIA-EO14024].

SUKHODOLOV, Alexey Borisovich (a.k.a. SUKHODOLOV, Aleksei Borisovich (Cyrillic: СУХОДОЛОВ, Алексей Борисович)), Moscow, Russia; DOB 19 Apr 1974; POB Voronezh, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 100137518 (Russia) (individual) [RUSSIA-EO14024].

SUKHOI (a.k.a. MIG; f.k.a. OJSC UAC (Cyrillic: ОАО ОАК); f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. PJSC UAC (Cyrillic: ПАО ОАК); a.k.a. PUBLIC JOINT STOCK COMPANY UNITED AIRCRAFT CORPORATION (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ОБЪЕДИНЕННАЯ АВИАСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO

OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. UNITED AIRCRAFT CORPORATION), ul. Bolshaya Pioneerskaya, d. 1, Moscow 115054, Russia (Cyrillic: ул. Большая Пионерская, д. 1, город Москва 115054, Russia); Str.1, 22, Ulanskyi Pereulok, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2006; Target Type State-Owned Enterprise; Tax ID No. 7708619320 (Russia); Registration Number 1067759884598 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

SUKHORENKA, Stepan Mikalaevich (a.k.a. SUKHARENKA, Stiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Mikalaevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHORENKA, Stepan Mikalayevich; a.k.a. SUKHORENKA, Stepan Nikolaevich; a.k.a. SUKHORENKA, Stiapan Mikalaevich; a.k.a. SUKHORENKA, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Mikalayevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHORENKA, Stepan Mikalayevich (a.k.a. SUKHARENKA, Stiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Mikalaevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHORENKA, Stepan Mikalaevich; a.k.a. SUKHORENKA, Stepan Nikolaevich; a.k.a. SUKHORENKA, Stiapan Mikalaevich; a.k.a. SUKHORENKA, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Mikalayevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHORENKA, Stepan Nikolaevich (a.k.a. SUKHARENKA, Stiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Mikalaevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHORENKA, Stepan Mikalaevich; a.k.a. SUKHORENKA, Stepan Mikalayevich; a.k.a. SUKHORENKA, Stiapan Mikalaevich; a.k.a. SUKHORENKA, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Mikalayevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHORENKA, Stiapan Mikalaevich (a.k.a. SUKHARENKA, Stiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Mikalaevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHORENKA, Stepan Mikalaevich; a.k.a. SUKHORENKA, Stepan Mikalayevich; a.k.a. SUKHORENKA, Stepan Nikolaevich; a.k.a. SUKHORENKA, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Mikalayevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHORENKA, Stiapan Nikolaevich (a.k.a. SUKHARENKA, Stiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Mikalaevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHORENKA, Stepan Mikalaevich; a.k.a. SUKHORENKA, Stepan Mikalayevich; a.k.a. SUKHORENKA, Stepan Nikolaevich; a.k.a. SUKHORENKA, Stiapan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a.

SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Mikalayevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHORENKO, Stepan Mikalaevich (a.k.a. SUKHARENKA, Stiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Mikalaevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHORENKA, Stepan Mikalaevich; a.k.a. SUKHORENKA, Stepan Mikalayevich; a.k.a. SUKHORENKA, Stepan Nikolaevich; a.k.a. SUKHORENKA, Stiapan Mikalaevich; a.k.a. SUKHORENKA, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Mikalayevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHORENKO, Stepan Mikalayevich (a.k.a. SUKHARENKA, Stiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Mikalaevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHORENKA, Stepan Mikalaevich; a.k.a. SUKHORENKA, Stepan Mikalayevich; a.k.a. SUKHORENKA, Stepan Nikolaevich; a.k.a. SUKHORENKA, Stiapan Mikalaevich; a.k.a. SUKHORENKA, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Mikalayevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHORENKO, Stepan Nikolaevich (a.k.a. SUKHARENKA, Stiapan Mikalayevich; a.k.a.

SUKHARENKA, Stsiapan Mikalaevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHORENKA, Stepan Mikalaevich; a.k.a. SUKHORENKA, Stepan Mikalayevich; a.k.a. SUKHORENKA, Stepan Nikolaevich; a.k.a. SUKHORENKA, Stiapan Mikalaevich; a.k.a. SUKHORENKA, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Mikalaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Mikalayevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHORENKO, Stiapan Mikalaevich (a.k.a. SUKHARENKA, Stiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Mikalaevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHORENKA, Stepan Mikalaevich; a.k.a. SUKHORENKA, Stepan Mikalayevich; a.k.a. SUKHORENKA, Stepan Nikolaevich; a.k.a. SUKHORENKA, Stiapan Mikalaevich; a.k.a. SUKHORENKA, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Mikalayevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHORENKO, Stiapan Mikalayevich (a.k.a. SUKHARENKA, Stiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Mikalaevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHORENKA, Stepan Mikalaevich; a.k.a. SUKHORENKA, Stepan Mikalayevich; a.k.a. SUKHORENKA, Stepan Nikolaevich; a.k.a. SUKHORENKA, Stiapan Mikalaevich; a.k.a. SUKHORENKA, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalaevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a.

SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Mikalayevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHORENKO, Stiapan Nikolaevich (a.k.a. SUKHARENKA, Stiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Mikalaevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHORENKA, Stepan Mikalaevich; a.k.a. SUKHORENKA, Stepan Mikalayevich; a.k.a. SUKHORENKA, Stepan Nikolaevich; a.k.a. SUKHORENKA, Stiapan Mikalaevich; a.k.a. SUKHORENKA, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Mikalayevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHORENKO, Stsiapan Mikalaevich (a.k.a. SUKHARENKA, Stiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Mikalaevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHORENKA, Stepan Mikalaevich; a.k.a. SUKHORENKA, Stepan Mikalayevich; a.k.a. SUKHORENKA, Stepan Nikolaevich; a.k.a. SUKHORENKA, Stiapan Mikalaevich; a.k.a. SUKHORENKA, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalayevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHORENKO, Stsiapan Mikalayevich (a.k.a. SUKHARENKA, Stiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Mikalaevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHORENKA, Stepan Mikalaevich; a.k.a. SUKHORENKA, Stepan Mikalayevich; a.k.a.

SUKHORENKA, Stepan Nikolaevich; a.k.a. SUKHORENKA, Stiapan Mikalaevich; a.k.a. SUKHORENKA, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKA, Stiapan Mikalaevich; a.k.a. SUKHORENKA, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHORENKO, Stsiapan Nikolaevich (a.k.a. SUKHARENKA, Stiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Mikalaevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHORENKA, Stepan Mikalaevich; a.k.a. SUKHORENKA, Stepan Mikalayevich; a.k.a. SUKHORENKA, Stepan Nikolaevich; a.k.a. SUKHORENKA, Stiapan Mikalaevich; a.k.a. SUKHORENKA, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Mikalayevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKIRNO, Bambang (a.k.a. "Abu Zahra"; a.k.a. "Pak Zahra"); DOB 05 Apr 1975; POB Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A2062513 (Indonesia) (individual) [SDGT].

SULAIMAN, Ahmad Matan Hassan Ali (a.k.a. MATAAN, Ahmed Hasan Ali Sulaiman; a.k.a. "MATAAN, Ahmad"; a.k.a. "MATAAN, Ahmed"), Al Mahrah, Yemen; DOB 1966; POB Qandala, Somalia; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

SULAIMAN, Mohammed Ibrahim (a.k.a. SULEIMAN, Mohamed Ibrahim; a.k.a. SULIMAN, Mohammed Ibrahim), House Number 27, Block Number 29, Manishia District,

Khartoum, Sudan; P.O. Box 3372, Khartoum, Sudan; DOB Aug 1946; nationality Sudan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Secretary General, IARA Headquarters (individual) [SDGT].

SULAIMANI, Qasem (a.k.a. SALIMANI, Qasem; a.k.a. SOLAIMANI, Qasem; a.k.a. SOLEIMANI, Qasem; a.k.a. SOLEMANI, Qasem; a.k.a. SOLEYMANI, Ghasem; a.k.a. SOLEYMANI, Qasem; a.k.a. SULAYMAN, Qasim; a.k.a. SULEMANI, Qasem); DOB 11 Mar 1957; POB Qom, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Diplomatic Passport 008827 (Iran) issued 1999 (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

SULAYMAN, Ma'alin (a.k.a. ALI, Maalim Salman; a.k.a. ALI, Maalim Selman; a.k.a. SALMAN, Ameer; a.k.a. SALMAN, Maalim; a.k.a. SALMAN, Mu'alim; a.k.a. SELMAN, Ma'alim; a.k.a. SULEIMAN, Ma'alim; a.k.a. SULEIMAN, Mualem); DOB 1978 to 1980; POB Nairobi, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SULAYMAN, Qasim (a.k.a. SALIMANI, Qasem; a.k.a. SOLAIMANI, Qasem; a.k.a. SOLEIMANI, Qasem; a.k.a. SOLEMANI, Qasem; a.k.a. SOLEYMANI, Ghasem; a.k.a. SOLEYMANI, Qasem; a.k.a. SULAIMANI, Qasem; a.k.a. SULEMANI, Qasem); DOB 11 Mar 1957; POB Qom, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Diplomatic Passport 008827 (Iran) issued 1999 (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

SULAYMAN, Salih Muhammad (a.k.a. AL-ARORI, Salih; a.k.a. AL-AROURI, Salah; a.k.a. AL-AROURI, Saleh; a.k.a. AL-AROURI, Saleh Muhammad Suleiman; a.k.a. AL-ARURI, Salah; a.k.a. AL-ARURI, Saleh; a.k.a. AL-ARURI, Salih; a.k.a. AL-ARURI, Salih Muhammad Sulayman; a.k.a. "MUHAMMAD, Abu"; a.k.a. "SULAIMAN, Salih Dar"; a.k.a. "SULEIMAN, Salih"); DOB 19 Aug 1966; POB Ramallah, West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2525897 (Palestinian); alt. Passport 3580327

(Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SULEIMAN HAMAD AL-HABLAIN, Ibrahim (a.k.a. SULIMAN H. AL HBLIAN, Barahim; a.k.a. "ABU JABAL"; a.k.a. "ABU-JABAL"); DOB 17 Dec 1984; POB Buraidah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F800691 (Saudi Arabia); Wanted by the Government of Saudi Arabia (individual) [SDGT].

SULEIMAN SHAH BRIGADE (a.k.a. AL-AMSHAT; f.k.a. BANNER OF THE LINE OF FIRE BRIGADE; f.k.a. LOWAA KHAT AL-NARR; a.k.a. SULTAN SULEIMAN SHAH BRIGADE (Arabic: لواء السلطان سليمان شاه); a.k.a. SULTAN SULEIMAN SHAH DIVISION (Arabic: فرقة السلطان سليمان شاه)), Afrin District, Aleppo Governorate, Syria; Organization Established Date 2011 [PAARSSR-EO13894].

SULEIMAN, El Mirghani Idris (a.k.a. IDRIES, Margani Idries Suliman (Arabic: ميرغني ادريس سليمان ادريس); a.k.a. IDRIS, Al-Mirghani; a.k.a. SULEIMAN, Mirghani Idris; a.k.a. SULEIMAN, Mirghani Idriss), H 22 B 7, Northern Elsafia, Bahri, Khartoum, Sudan; DOB 28 Dec 1959; POB Bahri, Khartoum, Sudan; nationality Sudan; Gender Male; Passport B00018824 (Sudan) expires 09 May 2023 (individual) [SUDAN-EO14098].

SULEIMAN, Ma'alim (a.k.a. ALI, Maalim Salman; a.k.a. ALI, Maalim Selman; a.k.a. SALMAN, Ameer; a.k.a. SALMAN, Maalim; a.k.a. SALMAN, Mu'alim; a.k.a. SELMAN, Ma'alim; a.k.a. SULAYMAN, Ma'alin; a.k.a. SULEIMAN, Mualem); DOB 1978 to 1980; POB Nairobi, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SULEIMAN, Mirghani Idris (a.k.a. IDRIES, Margani Idries Suliman (Arabic: ميرغني ادريس سليمان ادريس); a.k.a. IDRIS, Al-Mirghani; a.k.a. SULEIMAN, El Mirghani Idris; a.k.a. SULEIMAN, Mirghani Idriss), H 22 B 7, Northern Elsafia, Bahri, Khartoum, Sudan; DOB 28 Dec 1959; POB Bahri, Khartoum, Sudan; nationality Sudan; Gender Male; Passport B00018824 (Sudan) expires 09 May 2023 (individual) [SUDAN-EO14098].

SULEIMAN, Mirghani Idriss (a.k.a. IDRIES, Margani Idries Suliman (Arabic: ميرغني ادريس سليمان ادريس); a.k.a. IDRIS, Al-Mirghani; a.k.a. SULEIMAN, El Mirghani Idris; a.k.a. SULEIMAN, Mirghani Idris), H 22 B 7, Northern

Elsafia, Bahri, Khartoum, Sudan; DOB 28 Dec 1959; POB Bahri, Khartoum, Sudan; nationality Sudan; Gender Male; Passport B00018824 (Sudan) expires 09 May 2023 (individual) [SUDAN-EO14098].

SULEIMAN, Mohamed Ibrahim (a.k.a. SULAIMAN, Mohammed Ibrahim; a.k.a. SULIMAN, Mohammed Ibrahim), House Number 27, Block Number 29, Manishia District, Khartoum, Sudan; P.O. Box 3372, Khartoum, Sudan; DOB Aug 1946; nationality Sudan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Secretary General, IARA Headquarters (individual) [SDGT].

SULEIMAN, Momad Bachir (a.k.a. SULEMAN, Mohamed Bachir; a.k.a. SULEMAN, Momade Bachir; a.k.a. SULEMANE, Mohamed Bachir), c/o GRUPO MBS LIMITADA, Maputo, Mozambique; c/o GRUPO MBS - KAYUM CENTRE, Maputo, Mozambique; c/o MAPUTO SHOPPING CENTRE, Maputo, Mozambique; DOB 28 Apr 1958; POB Nampula, Mozambique; Passport AC036215 (Mozambique); alt. Passport AB030890 (Mozambique); alt. Passport AA109572 (Mozambique); alt. Passport AA261051 (Mozambique); alt. Passport AA291051 (Mozambique) (individual) [SDNTK].

SULEIMAN, Mualem (a.k.a. ALI, Maalim Salman; a.k.a. ALI, Maalim Selman; a.k.a. SALMAN, Ameer; a.k.a. SALMAN, Maalim; a.k.a. SALMAN, Mu'alim; a.k.a. SELMAN, Ma'alim; a.k.a. SULAYMAN, Ma'alin; a.k.a. SULEIMAN, Ma'alim); DOB 1978 to 1980; POB Nairobi, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SULEMAN, Mohamed Bachir (a.k.a. SULEIMAN, Momad Bachir; a.k.a. SULEMAN, Momade Bachir; a.k.a. SULEMANE, Mohamed Bachir), c/o GRUPO MBS LIMITADA, Maputo, Mozambique; c/o GRUPO MBS - KAYUM CENTRE, Maputo, Mozambique; c/o MAPUTO SHOPPING CENTRE, Maputo, Mozambique; DOB 28 Apr 1958; POB Nampula, Mozambique; Passport AC036215 (Mozambique); alt. Passport AB030890 (Mozambique); alt. Passport AA109572 (Mozambique); alt. Passport AA261051 (Mozambique); alt. Passport AA291051 (Mozambique) (individual) [SDNTK].

SULEMAN, Momade Bachir (a.k.a. SULEIMAN, Momad Bachir; a.k.a. SULEMAN, Mohamed Bachir; a.k.a. SULEMANE, Mohamed Bachir),

c/o GRUPO MBS LIMITADA, Maputo, Mozambique; c/o GRUPO MBS - KAYUM CENTRE, Maputo, Mozambique; c/o MAPUTO SHOPPING CENTRE, Maputo, Mozambique; DOB 28 Apr 1958; POB Nampula, Mozambique; Passport AC036215 (Mozambique); alt. Passport AB030890 (Mozambique); alt. Passport AA109572 (Mozambique); alt. Passport AA261051 (Mozambique); alt. Passport AA291051 (Mozambique) (individual) [SDNTK].

SULEMANE, Mohamed Bachir (a.k.a. SULEIMAN, Momad Bachir; a.k.a. SULEMAN, Mohamed Bachir; a.k.a. SULEMAN, Momade Bachir), c/o GRUPO MBS LIMITADA, Maputo, Mozambique; c/o GRUPO MBS - KAYUM CENTRE, Maputo, Mozambique; c/o MAPUTO SHOPPING CENTRE, Maputo, Mozambique; DOB 28 Apr 1958; POB Nampula, Mozambique; Passport AC036215 (Mozambique); alt. Passport AB030890 (Mozambique); alt. Passport AA109572 (Mozambique); alt. Passport AA261051 (Mozambique); alt. Passport AA291051 (Mozambique) (individual) [SDNTK].

SULEMANI, Qasem (a.k.a. SALIMANI, Qasem; a.k.a. SOLAIMANI, Qasem; a.k.a. SOLEIMANI, Qasem; a.k.a. SOLEMANI, Qasem; a.k.a. SOLEYMANI, Ghasem; a.k.a. SOLEYMANI, Qasem; a.k.a. SULAIMANI, Qasem; a.k.a. SULAYMAN, Qasim); DOB 11 Mar 1957; POB Qom, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Diplomatic Passport 008827 (Iran) issued 1999 (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

SULEYMANOV, Renat Ismailovich (Cyrillic: СУЛЕЙМАНОВ, Ренат Исмаилович), Russia; DOB 24 Dec 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SULIMAN H. AL HBLIAN, Barahim (a.k.a. SULEIMAN HAMAD AL-HABLAIN, Ibrahim; a.k.a. "ABU JABAL"; a.k.a. "ABU-JABAL"); DOB 17 Dec 1984; POB Buraidah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F800691 (Saudi Arabia); Wanted by the Government of Saudi Arabia (individual) [SDGT].

SULIMAN, Mohammed Ibrahim (a.k.a. SULAIMAN, Mohammed Ibrahim; a.k.a. SULEIMAN, Mohamed Ibrahim), House Number 27, Block Number 29, Manishia District, Khartoum, Sudan; P.O. Box 3372, Khartoum, Sudan; DOB Aug 1946; nationality Sudan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Secretary General, IARA Headquarters (individual) [SDGT].

SULLAJ MINING COMPANY (a.k.a. ALSOLADZH MINING COMPANY; a.k.a. ALSOLAG MINING COMPANY; a.k.a. MEROE GOLD CO. LTD.; a.k.a. "AL SULLAJ"; a.k.a. "ALSOLAGE"; a.k.a. "SOLANGE"; a.k.a. "SULLAG"), Al-jref Gharb Plot 134, Blok 1h, Khartoum, Sudan; Al-'Abdiya, River Nile State, Sudan; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Mining of other non-ferrous metal ores [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: M INVEST, OOO).

SULLANA INC, Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 01 Dec 2023; Identification Number IMO 6489305; Registration Number 123122 (Marshall Islands) [IRAN-EO13902].

SULTAN GOLD (a.k.a. AL SULTAN GOLD & JEWELRY; a.k.a. AL SULTAN GOLD AND JEWELRY; a.k.a. AL SULTAN JEWELRY; a.k.a. AL SULTAN MONEY TRANSFER COMPANY; a.k.a. AL-SULTAN JEWELRY & GENERAL TRADING CO; a.k.a. AL-SULTAN JEWELRY AND GENERAL TRADING CO; a.k.a. ALSULTAN KUYUMCULUK; a.k.a. ALSULTAN KUYUMCULUK ELEKTRONIK GIDA ITHALAT IHRACAT LIMITED SIRKETI), Ataturk Mah. Sehit Nusret Cad., No: 17 A/1 Haliliye-Haliliye, Sanliurfa, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SULTAN MOHMADI, Mohhamad (a.k.a. SELTAN MOHAMMEDI, Mohammed; a.k.a. SOLTANMOHAMMADI, Mohammad; a.k.a. WANG, Chung Lang; a.k.a. WANG, Chung Lung; a.k.a. WANG, Zhong-Lang), Apartment # 1504, Fairooz Tower, Dubai Marina, Dubai, United Arab Emirates; 216 Ocean Drive, Sentosa Cove, Singapore 098622, Singapore; DOB 04 Nov 1960; POB Hamedan, Iran; nationality Iran; alt. nationality United Kingdom;

Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 518015439 (United Kingdom) expires 07 Apr 2026; alt. Passport T96397867 (Iran); alt. Passport 038016890 (United Kingdom); alt. Passport 093045489 (United Kingdom); alt. Passport U11283369 (Iran); National ID No. S27602 (United Kingdom) (individual) [NPWMD] [IFSR] (Linked To: HODA TRADING).

SULTAN SULEIMAN SHAH BRIGADE (Arabic: لواء السلطان سليمان شاه) (a.k.a. AL-AMSHAT; f.k.a. BANNER OF THE LINE OF FIRE BRIGADE; f.k.a. LOWAA KHAT AL-NARR; a.k.a. SULEIMAN SHAH BRIGADE; a.k.a. SULTAN SULEIMAN SHAH DIVISION (Arabic: فرقة السلطان سليمان شاه)), Afrin District, Aleppo Governorate, Syria; Organization Established Date 2011 [PAARSSR-EO13894].

SULTAN SULEIMAN SHAH DIVISION (Arabic: فرقة السلطان سليمان شاه) (a.k.a. AL-AMSHAT; f.k.a. BANNER OF THE LINE OF FIRE BRIGADE; f.k.a. LOWAA KHAT AL-NARR; a.k.a. SULEIMAN SHAH BRIGADE; a.k.a. SULTAN SULEIMAN SHAH BRIGADE (Arabic: لواء السلطان سليمان شاه)), Afrin District, Aleppo Governorate, Syria; Organization Established Date 2011 [PAARSSR-EO13894].

SULTAN, Ahmed (a.k.a. ADNAN, Ahmed S. Hasan; a.k.a. AHMED, Adnan S. Hasan), Amman, Jordan (individual) [IRAQ2].

SULTAN, Nawfal Hamadi (a.k.a. AL-AKOUB, Nawfal; a.k.a. AL-SULTAN, Nawfal Hammadi), Iraq; DOB 23 Feb 1964; nationality Iraq; Gender Male; National ID No. 71719043 (Iraq) (individual) [GLOMAG].

SULTANA, Aozma (a.k.a. QURESHI, Aozma), 4 Culham Court, Redford Way, Uxbridge, London UB8 1SY, United Kingdom; 5 Maryport Road, Luton, Bedfordshire LU4 8EA, United Kingdom; 8 St. Mildreds Avenue, Luton, Bedfordshire LU31QR, United Kingdom; DOB 30 Oct 1982; POB Luton, UK; nationality United Kingdom; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 523632616 (United Kingdom) (individual) [SDGT] (Linked To: AL-QURESHI EXECUTIVES; Linked To: AAKHIRAH LIMITED).

SULTAN'S CONSTRUCTION CC, 115 Russel St, Durban, KwaZulu-Natal 4001, South Africa; 118 Mallinson Rd, Asherville, Durban, KwaZulu-Natal 4000, South Africa; P.O. Box 48155, Qualbert, Durban, KwaZulu-Natal 4078, South Africa; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Nov 2007; Tax ID No. 9124813164 (South Africa); Trade License No. 2007/241953/23 (South Africa); Enterprise Number B2007241953 (South Africa) [SDGT] (Linked To: HOOMER, Farhad).

SUM FIVE PETROCHEMICALS TRADING L.L.C (Arabic: سم فايف لتجارة البتروكيماويات ذ.م.م), Deira Al Riqqa, Dubai, United Arab Emirates; Office 15 G, The Plaza Building, Deira, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 Jan 2021; License 927052 (United Arab Emirates); Economic Register Number (CBLS) 11610921 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

SUMA, Emrush; DOB 27 May 1974; POB Dimce, Serbia and Montenegro (individual) [BALKANS].

SUMAN CURRENCY EXCHANGE SARL (a.k.a. NABIL CHOUMAN & CO; a.k.a. NABIL CHOUMAN AND CO; a.k.a. NABIL SHOMAN AND PARTNERS EXCHANGE COMPANY; a.k.a. SHUMAN CURRENCY EXCHANGE; a.k.a. "SHUMAN GROUP"), Property Number 351, Al-Hamra Street Strand building ground floor, Ras Beirut, Beirut, Lebanon; Safi Village, Beirut, Lebanon; Nabatieh, Beirut, Lebanon; Tyre, Beirut, Lebanon; Website shuman-exchange.business.site; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Mar 1989; alt. Organization Established Date 1980; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; C.R. No. 55789 (Lebanon) [SDGT] (Linked To: HAMAS).

SUMARSONO, Aris (a.k.a. SUNARSO, Arif; a.k.a. SUNARSO, Aris; a.k.a. "MURSHID"; a.k.a. "USTAD DAUD ZULKARNAEN"; a.k.a. "ZULKARNAEN"; a.k.a. "ZULKARNAIN"; a.k.a. "ZULKARNAN"; a.k.a. "ZULKARNIN"), Jakarta, Indonesia; DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SUMESNAYE ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ENERGA-OIL (Cyrillic: СУМЕСНАЕ ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ЭНЕРГА-ОІЛ) (a.k.a. CJSC ENERGO-OIL; a.k.a. CLOSED JOINT STOCK COMPANY ENERGO-OIL; f.k.a. CLOSED JOINT-STOCK COMPANY TRAYPLENERGO (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАЙПЛЭНЕРГО); a.k.a. ENERGOOIL; a.k.a. ENERGO-OIL (Cyrillic: ЭНЕРГО-ОИЛ); a.k.a. SOVMESTNOYE ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ENERGO-OIL (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЭНЕРГО-ОИЛ); a.k.a. SZAO ENERGO-OIL (Cyrillic: СЗАО ЭНЕРГО-ОИЛ); a.k.a. SZAT ENERGA-OIL (Cyrillic: СЗАТ ЭНЕРГА-ОІЛ)), ul. Rakovskaya, d. 14V (3rd floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В (3 этаж), г. Минск 220004, Belarus); Organization Established Date 24 Oct 2001; Registration Number 800011806 (Belarus) [BELARUS-EO14038].

SUMILAB (a.k.a. SUMILAB, S.A. DE C.V.), Culiacan, Sinaloa, Mexico; Boulevard Enrique Cabrera 2212, Culiacan, Sinaloa C.P. 80020, Mexico; Mazatlan, Sinaloa, Mexico; Los Mochis, Sinaloa, Mexico; Ciudad Obregon, Sonora, Mexico; Hermosillo, Sonora, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 May 2001; Organization Type: Manufacture of chemicals and chemical products; R.F.C. SUM010525IF9 (Mexico); Folio Mercantil No. 56745 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

SUMILAB, S.A. DE C.V. (a.k.a. SUMILAB), Culiacan, Sinaloa, Mexico; Boulevard Enrique Cabrera 2212, Culiacan, Sinaloa C.P. 80020, Mexico; Mazatlan, Sinaloa, Mexico; Los Mochis, Sinaloa, Mexico; Ciudad Obregon, Sonora, Mexico; Hermosillo, Sonora, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 May 2001; Organization Type: Manufacture of chemicals and chemical products; R.F.C. SUM010525IF9 (Mexico); Folio Mercantil No. 56745 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

SUMINISTROS COMBUSTIBLES OCEANOS, S.A. DE C.V., Veracruz, Veracruz, Mexico; Organization Established Date 23 Jul 2020; Organization Type: Retail sale of automotive fuel in specialized stores; Folio Mercantil No. N-2021006217 (Mexico) [ILLICIT-DRUGS-EO14059].

SUMIYOSHI-KAI, 6-4-21 Akasaka, Minato-ku, Tokyo, Japan [TCO].

SUN & SUN LIMITED (a.k.a. SUN AND SUN LIMITED), Hong Kong, China; Company Number 2706961 (Hong Kong) [TCO] (Linked To: ZHOU, Yun).

SUN AND SUN LIMITED (a.k.a. SUN & SUN LIMITED), Hong Kong, China; Company Number 2706961 (Hong Kong) [TCO] (Linked To: ZHOU, Yun).

SUN MOON STAR (SINGAPORE) LTD. (a.k.a. SINSMS PTE. LTD.), 24 Mohamed Sultan Road, Singapore 239012, Singapore; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 201318227N (Singapore) [DPRK4].

SUN MULTINATIONAL DMCC, Jumeirah Lake Towers, Office No. 2507-08, 25th Floor, One Lake Plaza, Cluster-T, Dubai, United Arab Emirates; Website https://sunmultinational.com/; Organization Established Date 02 Feb 2010; Registration Number JLT-65441 (United Arab Emirates) [GLOMAG] (Linked To: PATTNI, Kamlesh Mansukhlal Damji).

SUN PROPERTIES LLC, DE, United States; 801 South Miami Ave, Unit PH5803, Miami, FL, United States; File Number 6096108 (United States) [VENEZUELA-EO13850] (Linked To: RUBIO GONZALEZ, Emmanuel Enrique).

SUN SCIENCE INTERNATIONAL CO., LIMITED, Room H28, Block EH, 10/F, Golden Bear Industrial Centre, 66-82 Chai Wan Kok Street, Hong Kong, China; Rooms 1318-19, Hollywood Plaza, 610, Nathan Road, Mong Kok, Kowloon, Hong Kong, China; Organization Established Date 07 Apr 2024; Identification Number IMO 6495856; Business Registration Number 76403757 (Hong Kong) [IRAN-EO13902].

SUN SHIP MANAGEMENT D LTD (a.k.a. SCF MANAGEMENT SERVICES DUBAI LTD), PO Box 507065, Unit OT 17-32, Central Park Towers, Office Tower, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Aug 2012; UAE Identification 1244 (United Arab Emirates); Registration Number 11440513 (United Arab Emirates) [RUSSIA-EO14024].

SUN STAR TRAVEL & TOURISM L.L.C, Deira Al Khabeesi, Dubai, United Arab Emirates; Website https://www.sunstartravels.com/;

Organization Established Date 11 Jul 2018; Registration Number 810462 (United Arab Emirates) [GLOMAG] (Linked To: PATTNI, Kamlesh Mansukhlal Damji).

SUN, Amber (a.k.a. SUN, Shi Mei; a.k.a. SUN, Shih Mei; a.k.a. SUN, Shih-Mei; a.k.a. SUN, Shi-Mei), No. 12, Lane 85, Zhengyi Rd., Zhongli, Taoyuan, 325, Taiwan; DOB 23 Mar 1969; POB Taitung, Taiwan; nationality Taiwan; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport 211104130 (Taiwan); National ID No. V220335470 (Taiwan) (individual) [NPWMD] [IFSR] (Linked To: DES INTERNATIONAL CO., LTD.).

SUN, Jinlong (Chinese Simplified: 孙金龙), Xinjiang, China; DOB Jan 1962; nationality China; Gender Male (individual) [GLOMAG] (Linked To: XINJIANG PRODUCTION AND CONSTRUCTION CORPS).

SUN, Qingye (Chinese Simplified: 孙青野) (a.k.a. SUN, Wenqing (Chinese Simplified: 孙文清)), Hong Kong; DOB 1965; POB Shijiazhuang City, Hebei Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149 (individual) [HK-EO13936].

SUN, Shi Mei (a.k.a. SUN, Amber; a.k.a. SUN, Shih Mei; a.k.a. SUN, Shih-Mei; a.k.a. SUN, Shi-Mei), No. 12, Lane 85, Zhengyi Rd., Zhongli, Taoyuan, 325, Taiwan; DOB 23 Mar 1969; POB Taitung, Taiwan; nationality Taiwan; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport 211104130 (Taiwan); National ID No. V220335470 (Taiwan) (individual) [NPWMD] [IFSR] (Linked To: DES INTERNATIONAL CO., LTD.).

SUN, Shih Mei (a.k.a. SUN, Amber; a.k.a. SUN, Shi Mei; a.k.a. SUN, Shih-Mei; a.k.a. SUN, Shi-Mei), No. 12, Lane 85, Zhengyi Rd., Zhongli, Taoyuan, 325, Taiwan; DOB 23 Mar 1969; POB Taitung, Taiwan; nationality Taiwan; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport 211104130 (Taiwan); National ID No. V220335470 (Taiwan) (individual) [NPWMD] [IFSR] (Linked To: DES INTERNATIONAL CO., LTD.).

SUN, Shih-Mei (a.k.a. SUN, Amber; a.k.a. SUN, Shi Mei; a.k.a. SUN, Shih Mei; a.k.a. SUN, Shi-Mei), No. 12, Lane 85, Zhengyi Rd., Zhongli, Taoyuan, 325, Taiwan; DOB 23 Mar 1969; POB Taitung, Taiwan; nationality Taiwan; Additional Sanctions Information - Subject to Secondary

Sanctions; Gender Female; Passport 211104130 (Taiwan); National ID No. V220335470 (Taiwan) (individual) [NPWMD] [IFSR] (Linked To: DES INTERNATIONAL CO., LTD.).

SUN, Shi-Mei (a.k.a. SUN, Amber; a.k.a. SUN, Shi Mei; a.k.a. SUN, Shih Mei; a.k.a. SUN, Shih-Mei), No. 12, Lane 85, Zhengyi Rd., Zhongli, Taoyuan, 325, Taiwan; DOB 23 Mar 1969; POB Taitung, Taiwan; nationality Taiwan; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport 211104130 (Taiwan); National ID No. V220335470 (Taiwan) (individual) [NPWMD] [IFSR] (Linked To: DES INTERNATIONAL CO., LTD.).

SUN, Sidong, Liaoning, China; DOB 11 May 1976; POB Dandong, China; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport G55296890 (China) issued 15 Sep 2011 expires 14 Sep 2021; National ID No. 210623197605112215 (individual) [DPRK4].

SUN, Wei (Chinese Simplified: 孙伟), 224-4 Shifu Da Lu, RM 1305, Heping District, Sheyang City, Liaoning Province, China; 200-69 Yinhe East Road, Tianfu County, Benxi Manchurian Autonomous Region, Liaoning Province, China; DOB 01 Jul 1982; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; National ID No. 210521198207010412 (China) expires 13 Aug 2029 (individual) [NPWMD] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

SUN, Wenqing (Chinese Simplified: 孙文清) (a.k.a. SUN, Qingye (Chinese Simplified: 孙青野)), Hong Kong; DOB 1965; POB Shijiazhuang City, Hebei Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149 (individual) [HK-EO13936].

SUN, Zhaolan (Chinese Simplified: 孙兆兰), China; DOB 21 Mar 1949; POB Linqu County, Weifang City, Shandong, China; nationality China; Additional Sanctions Information -

Subject to Secondary Sanctions; Gender Female; National ID No. 370724194903211927 (China) (individual) [NPWMD] [IFSR] (Linked To: WESTCOM TECHNOLOGY CO LIMITED).

SUNARSO, Arif (a.k.a. SUMARSONO, Aris; a.k.a. SUNARSO, Aris; a.k.a. "MURSHID"; a.k.a. "USTAD DAUD ZULKARNAEN"; a.k.a. "ZULKARNAEN"; a.k.a. "ZULKARNAIN"; a.k.a. "ZULKARNAN"; a.k.a. "ZULKARNIN"), Jakarta, Indonesia; DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SUNARSO, Aris (a.k.a. SUMARSONO, Aris; a.k.a. SUNARSO, Arif; a.k.a. "MURSHID"; a.k.a. "USTAD DAUD ZULKARNAEN"; a.k.a. "ZULKARNAEN"; a.k.a. "ZULKARNAIN"; a.k.a. "ZULKARNAN"; a.k.a. "ZULKARNIN"), Jakarta, Indonesia; DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SUNCAN MEXICO, S. DE R.L. DE C.V., Bahia de Banderas, Nayarit, Mexico; Organization Established Date 19 Jun 2019; Organization Type: Real estate activities on a fee or contract basis [ILLICIT-DRUGS-EO14059].

SUNGATOV, Artur Ravilevich, Kazan, Tatarstan Republic, Russia; DOB 16 Jan 1990; POB Kazan, Russia; nationality Russia; Email Address tkmegap@gmail.com; alt. Email Address imailo@ya.ru; alt. Email Address asungatov@gmail.com; alt. Email Address morozofkent@gmail.com; Gender Male; Digital Currency Address - XBT 18gaXypKj9M23S2zT9qZfL9iPbLFM372Q5; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 751412830 (Russia); alt. Passport 9209857353 (Russia) (individual) [CYBER2].

SUNGKAR, Sahid Ahmad (a.k.a. SUNGKAR, Said; a.k.a. SUNGKAR, Said Ahmad); DOB 25 Oct 1961; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U337061 (Indonesia) issued 17 Dec 2009 expires 17 Dec 2014; National ID No. 337502.251061.0002 (Indonesia) (individual) [SDGT].

SUNGKAR, Said (a.k.a. SUNGKAR, Sahid Ahmad; a.k.a. SUNGKAR, Said Ahmad); DOB 25 Oct 1961; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U337061 (Indonesia) issued 17 Dec 2009 expires 17 Dec 2014; National ID No. 337502.251061.0002 (Indonesia) (individual) [SDGT].

SUNGKAR, Said Ahmad (a.k.a. SUNGKAR, Sahid Ahmad; a.k.a. SUNGKAR, Said); DOB 25 Oct 1961; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U337061 (Indonesia) issued 17 Dec 2009 expires 17 Dec 2014; National ID No. 337502.251061.0002 (Indonesia) (individual) [SDGT].

SUNGNISAN TRADING CORPORATION (Korean: 조선승리산무역회사) (a.k.a. KOREA SUNGRISAN TRADING CORPORATION), Chungsong 2-dong, Nangnang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type State-Owned Enterprise [NPWMD] (Linked To: MINISTRY OF ROCKET INDUSTRY).

SUNIGA MORFIN, Isel Aneli (Latin: SUÑIGA MORFÍN, Isel Aneli), 4ta Calle, Tecun Uman, Ayutla, San Marcos 12017, Guatemala; DOB 07 Sep 1994; POB Ayutla, San Marcos, Guatemala; nationality Guatemala; Gender Female; NIT # 83524479 (Guatemala); C.U.I. 2517372251217 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: LOS POCHOS DRUG TRAFFICKING ORGANIZATION).

SUNIGA RODRIGUEZ, Jose Juan (Latin: SUÑIGA RODRÍGUEZ, Jose Juan), 1 Avenida 1-51, zona 1, Ayutla, San Marcos, Guatemala; DOB 17 Dec 1972; POB Guatemala City, Guatemala, Guatemala; nationality Guatemala; Gender Male; Cedula No. L-1227200 (Guatemala); Passport 164629459 (Guatemala); NIT # 1198063K (Guatemala); C.U.I. 1646294590101 (Guatemala) (individual) [SDNTK] (Linked To: RANCHO LA DORADA).

SUNMEX TRAVEL, S. DE R.L. DE C.V., Puerto Vallarta, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Organization Established Date 20 Sep 2010; Organization Type: Real estate activities on a fee or contract basis; Folio Mercantil No. 15661 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: IBARRA DIAZ JR., Michael).

SUNNE CO LIMITED, 35 Tai Yau Street, Efficiency House, Flat A516, 5/F, San Po Kong, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 13 Jul 2021; Registration Number 73176503 (Hong Kong) [UKRAINE-EO13662] [RUSSIA-EO14024].

SUNNI GROUP FOR PREACHING AND JIHAD (a.k.a. BOKO HARAM; a.k.a. JAMA'ATU AHLIS SUNNA LIDDA'AWATI WAL-JIHAD; a.k.a. JAMA'ATU AHLUS-SUNNAH LIDDA'AWATI WAL JIHAD; a.k.a. NIGERIAN TALIBAN; a.k.a. PEOPLE COMMITTED TO THE PROPHET'S TEACHINGS FOR PROPAGATION AND JIHAD), Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

SUNNY LAND TRADING LTD, 2nd Floor, Allied building Annex, Francis Rachel Street, Victoria, Mahe Island, Seychelles; Organization Established Date 2022; Identification Number IMO 6375624 [IRAN-EO13902].

SUNOR ILLC, Office G63, Bulvar Solnechnyy 25, Kaliningrad 236006, Russia; 18/2 South Street, Valletta, Malta; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 3906404657 (Russia); Identification Number IMO 5740562 [UKRAINE-EO13662] [RUSSIA-EO14024].

SUNRISE GREENLAND SDN. BHD., No. 164-A, Room 1, Jalan Layang 16, Taman Perling, Johor Bahru, Johor 81200, Malaysia; 533 A, Jalan Persiaran Perling 1, Taman Perling, Johor Bahru, Johor 81200, Malaysia; Organization Established Date 16 Dec 2011; Company Number 971882-V (Malaysia); alt. Company Number 201101043762 (Malaysia) [TCO] (Linked To: CHING, Teo Boon).

SUNRISE X TRADING CO LIMITED, Rm A,12/F, ZJ300, Wan Chai, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related

Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 30 Jun 2022; Business Registration Number 74194354 (Hong Kong) [UKRAINE-EO13662] [RUSSIA-EO14024].

SUNSET SERVICIOS GASTRONOMICOS S. DE R.L. DE C.V., Tijuana, Baja California, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Jan 2017; Organization Type: Restaurants and mobile food service activities; Folio Mercantil No. N-2017005115 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: GONZALEZ LOMELI, Jesus).

SUNSHINE LOGISTICS SHENZHEN CO LTD, Room B1, Floor 13, Block A/B, Nanfang Securities Building, No. 2016 Jianshe Road, Luohu District, Shenzhen, 518005, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Wholesale of electronic and telecommunications equipment and parts [RUSSIA-EO14024].

SUNTHORN, Chiwinpraphasi (a.k.a. APHICHART, Cheewinprapasi; f.k.a. HAI HSING, Sae Wei; a.k.a. HKIM, Aik Hsam; a.k.a. SOONTHRON, Cheewinprapasri; a.k.a. WEI, Hsueh Lung; a.k.a. "CHAIRMAN KEUN"; a.k.a. "KEUN DONG"; a.k.a. "KEUN SEU CHANG"; a.k.a. "TI JUNG"; a.k.a. "WEI HSUEH LUNG"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; Pang Poi, Shan, Burma; Na Lot, Shan, Burma; 409/4, Soi Wachiratham Sathit 34, Khwaeng Bang Chak, Khet Phra Khanong, Bangkok, Thailand; DOB 1936; POB Chiang Rai, Thailand; Passport B265235 (Thailand); National Foreign ID Number 5570700010951 (Thailand) (individual) [SDNTK].

SUNWAY TECH CO., LTD (Chinese Simplified: 北京旭润科技有限公司), No. 1724, Xiao Ying Rd, Si Fang Building, Chao Yang District, Beijing, China; No. 302-71, District 6, Xinggu Economic Development Zone, Pinggu District, Beijing 101200, China; Website www.sunwaytech.cn; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 110117010279470 (China); Unified Social Credit Code (USCC) 911110117663725176G (China) [NPWMD] [IFSR] (Linked To: SHIRAZ ELECTRONICS INDUSTRIES; Linked To: LIU, Baoxia).

SUOMEN VASTARINTALIIKE (a.k.a. DEN NORSKE MOTSTANDSBEVEGELSEN; a.k.a.

FINNISH RESISTANCE MOVEMENT; a.k.a. NORDIC RESISTANCE MOVEMENT; a.k.a. NORDISKA MOTSTANDSRORELSEN (Latin: NORDISKA MOTSTÅNDSRÖRELSEN); a.k.a. NORWEGIAN RESISTANCE MOVEMENT; a.k.a. NRM-NORWAY; a.k.a. SVENSKA MOTSTANDSRORELSEN (Latin: SVENSKA MOTSTÅNDSRÖRELSEN); a.k.a. SWEDISH RESISTANCE MOVEMENT; a.k.a. "KOHTI VAPAUTTA!"; a.k.a. "NMR"; a.k.a. "NRM"; a.k.a. "NRM-FINLAND"; a.k.a. "NRM-SWEDEN"; a.k.a. "SMR"), Sweden; Norway; Denmark; Finland; Iceland; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1997 [SDGT].

SUPER SOURCES INDUSTRIAL CO LIMITED, Unit 1307, Beverley Commercial Centre, 87-105 Chatham Road South, Tsim Sha Tsui, Kowloon, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 06 Aug 2009; Company Number 1359137 (Hong Kong); Business Registration Number 50969961 (Hong Kong) [NPWMD] [IFSR] (Linked To: WANG, Chao).

SUPER TIENDAS KLIC, S.A. DE C.V., Veracruz, Veracruz, Mexico; Organization Established Date 19 May 2016; Organization Type: Other food service activities; Folio Mercantil No. N-2016007452 (Mexico) [ILLICIT-DRUGS-EO14059].

SUPERCHIP LIMITED, RM 704 7/F 135 Bonham Strand Trade CTR Sheung Wan, Hong Kong, China; Website www.superchip-ltd.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Jul 2018; Organization Type: Wholesale of electronic and telecommunications equipment and parts; Company Number 2724415 (Hong Kong) [RUSSIA-EO14024].

SUPERLANO, Adolfo Ramon, Barinas, Venezuela; DOB 07 Jun 1954; Gender Male; Cedula No. V-4262374 (Venezuela) (individual) [VENEZUELA].

SUPERTIENDAS & AUTO PARTES HANDAL (a.k.a. APH S. DE R.L. DE C.V.; a.k.a. AUTO PARTES HANDAL S. DE R.L. DE C.V.), 3 Ave y 14 Calle N.O., Barrio Las Acacias, Apartado Postal No 1018, San Pedro Sula, Cortes, Honduras; 14 de Julio, La Ceiba, Atlantida, Honduras; Ave Junior, Entre 7 y 6 Calle Sureste, San Pedero Sula, Cortes, Honduras;

Tax ID No. 3ET38QN (Honduras); alt. Tax ID No. 05019001468346 (Honduras) [SDNTK].

SUPERTIENDAS & AUTO PARTES HANDAL (a.k.a. SUPERTIENDAS HANDAL S. DE R.L.), 3 Ave y 14 Calle N.O., Barrio Las Acacias, Apartado Postal No 1018, San Pedro Sula, Cortes, Honduras; Tax ID No. REFXT9I (Honduras) [SDNTK].

SUPERTIENDAS HANDAL S. DE R.L. (a.k.a. SUPERTIENDAS & AUTO PARTES HANDAL), 3 Ave y 14 Calle N.O., Barrio Las Acacias, Apartado Postal No 1018, San Pedro Sula, Cortes, Honduras; Tax ID No. REFXT9I (Honduras) [SDNTK].

SUPERWAVE GROUP (a.k.a. SUPERWAVE GROUP LLC (Cyrillic: ООО СУПЕРВЭЙВ ГРУПП)), 15, Krasnaya Zarya twn, Vsevolozhsky District,, Leningrad Region 193149, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Jan 2005; Tax ID No. 7838314569 (Russia); Registration Number 1057810023952 (Russia) [RUSSIA-EO14024].

SUPERWAVE GROUP LLC (Cyrillic: ООО СУПЕРВЭЙВ ГРУПП) (a.k.a. SUPERWAVE GROUP), 15, Krasnaya Zarya twn, Vsevolozhsky District,, Leningrad Region 193149, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Jan 2005; Tax ID No. 7838314569 (Russia); Registration Number 1057810023952 (Russia) [RUSSIA-EO14024].

SUPLINKA SRL (a.k.a. "VIP ROOM"), Av. Abraham Lincoln Esq. Independencia, Zona Universitaria, Santo Domingo, Dominican Republic; Tax ID No. 131-40246-1 (Dominican Republic) [SDNTK].

SUPPORTERS OF THE PARTY OF GOD (a.k.a. ANSAR HEZBOLLAH; a.k.a. ANSAR UL HEZBOLLAH; a.k.a. ANSAR-E HEZBOLLAH (Arabic: انصار حزب الله); a.k.a. ANSAR-I HEZBOLLAH; a.k.a. ANSAR-I HIZBULLAH), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

SUPREME COUNCIL OF CYBERSPACE, Saadat Abad, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

SUPREME LEADER'S GUARDIAN SPECIAL FORCES (a.k.a. IRANIAN SPECIAL POLICE FORCES; a.k.a. IRAN'S COUNTER-TERROR SPECIAL FORCES; a.k.a. NIROO-YE VIZHE PASDAR-E VELAYAT; a.k.a. "NOPO" (Arabic:

"نوپو"); a.k.a. "PROVINCIAL SPECIAL FORCES"; a.k.a. "SPECIAL COUNTER-TERRORISM FORCE"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES).

SUPREME SHIPPING CO LTD (a.k.a. SUPREME SHIPPING COMPANY LIMITED), Flat 302, 3/F, The Strand, 49 Bonham Strand, Sheung Wan, Hong Kong, China; Room 2604, 26th Floor, Nam Wo Hong Building, 148 Wing Lok Street, Sheung Wan, Hong Kong, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); C.R. No. 2563315 (Hong Kong); Identification Number IMO 6003117 [IFCA].

SUPREME SHIPPING COMPANY LIMITED (a.k.a. SUPREME SHIPPING CO LTD), Flat 302, 3/F, The Strand, 49 Bonham Strand, Sheung Wan, Hong Kong, China; Room 2604, 26th Floor, Nam Wo Hong Building, 148 Wing Lok Street, Sheung Wan, Hong Kong, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); C.R. No. 2563315 (Hong Kong); Identification Number IMO 6003117 [IFCA].

SUPRIM EF IKS OSOO (a.k.a. OBSHTESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SUPRIM EF IKS), 36k/1, ul. Lva Tolstogo Oktyabrski raion, Bishkek, Kyrgyzstan; Organization Established Date 30 Mar 2023; Registration Number 31834897 (Kyrgyzstan) [GLOMAG] (Linked To: CROSBY, David Paul),

SUPRIM LUBRIKANTS (a.k.a. "SUPREME LUBRICANTS"), Ul. Smolnaya D. 24A, Et./Pomeshch. 14/I, Kom./Office. 22/1416, Moscow 125445, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728381322 (Russia); Registration Number 5177746027949 (Russia) [RUSSIA-EO14024].

SURABAYA HOBBY CV, Jl. Barata Jaya Xix/57-b, Surabaya, East Java, Indonesia; Jl. Raya Kendangsari Industri No. 2, Kendangsari, KEC, Tenggilis, Mejoyo, Surabaya, East Java, Indonesia; Website https://www.surabayahobby.com/; Additional Sanctions Information - Subject to Secondary Sanctions; Identification Number 4242110 (Indonesia) [NPWMD] [IRGC] [IFSR] (Linked To: PISHGAM ELECTRONIC SAFEH COMPANY).

SURAQIYA FOR MEDIA AND BROADCASTING (a.k.a. SBC TELEVISION; a.k.a. SBC TV; a.k.a. SORAQIA FOR MEDIA AND BROADCASTING; a.k.a. SORAQIYA FOR MEDIA AND BROADCASTING), Al Sufara' Street in the Ya'fur district, Damascus, Syria [IRAQ3].

SURBENI, Ezzatollah Ghasemian (a.k.a. GASEMIAN, Ezzatollah; a.k.a. SORBANI, Ezzatullah Ghasemian; a.k.a. SORBONI, Ezzatollah Ghasemian), Tehran, Iran; DOB 01 Feb 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2090512385 (Iran) (individual) [NPWMD] [IFSR] (Linked To: AZMOON PAJOHAN HESGAR LIMITED LIABILITY COMPANY).

SURE TYCOON LIMITED, Phnom Penh, Cambodia; Virgin Islands, British; Company Number 2030676 (Virgin Islands, British) [TCO] (Linked To: CHEN, Zhi).

SURGUTNEFTEGAS (a.k.a. OPEN JOINT STOCK COMPANY SURGUTNEFTEGAS; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SURGUTNEFTEGAZ; a.k.a. PAO SURGUTNEFTEGAS; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO SURGUTNEFTEGAS; a.k.a. SURGUTNEFTEGAS PJSC; a.k.a. SURGUTNEFTEGAS PUBLIC JOINT STOCK COMPANY; a.k.a. SURGUTNEFTEGAZ OAO), ul. Grigoriya Kukuyevitskogo, 1, bld. 1, Khanty-Mansiysky Autonomous Okrug - Yugra, the city of Surgut, Tyumenskaya Oblast 628415, Russia; korp. 1 1 Grigoriya Kukuevitskogo ul., Surgut, Tyumenskaya oblast 628404, Russia; Street Kukuevitskogo 1, Surgut, Tyumen Region 628415, Russia; Website www.surgutneftegas.ru; Email Address secretary@surgutneftegas.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

SURGUTNEFTEGAS PJSC (a.k.a. OPEN JOINT STOCK COMPANY SURGUTNEFTEGAS; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SURGUTNEFTEGAZ; a.k.a. PAO SURGUTNEFTEGAS; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO SURGUTNEFTEGAS; a.k.a. SURGUTNEFTEGAS; a.k.a. SURGUTNEFTEGAS PUBLIC JOINT STOCK COMPANY; a.k.a. SURGUTNEFTEGAZ OAO), ul. Grigoriya Kukuyevitskogo, 1, bld. 1, Khanty-Mansiysky Autonomous Okrug - Yugra, the city of Surgut, Tyumenskaya Oblast 628415, Russia; korp. 1 1 Grigoriya Kukuevitskogo ul., Surgut, Tyumenskaya oblast 628404, Russia; Street Kukuevitskogo 1, Surgut, Tyumen Region 628415, Russia; Website www.surgutneftegas.ru; Email Address secretary@surgutneftegas.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

SURGUTNEFTEGAS PUBLIC JOINT STOCK COMPANY (a.k.a. OPEN JOINT STOCK COMPANY SURGUTNEFTEGAS; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SURGUTNEFTEGAZ; a.k.a. PAO SURGUTNEFTEGAS; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO SURGUTNEFTEGAS; a.k.a. SURGUTNEFTEGAS; a.k.a. SURGUTNEFTEGAS PJSC; a.k.a. SURGUTNEFTEGAZ OAO), ul. Grigoriya

Kukuyevitskogo, 1, bld. 1, Khanty-Mansiysky Autonomous Okrug - Yugra, the city of Surgut, Tyumenskaya Oblast 628415, Russia; korp. 1 1 Grigoriya Kukuevitskogo ul., Surgut, Tyumenskaya oblast 628404, Russia; Street Kukuevitskogo 1, Surgut, Tyumen Region 628415, Russia; Website www.surgutneftegas.ru; Email Address secretary@surgutneftegas.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

SURGUTNEFTEGAZ OAO (a.k.a. OPEN JOINT STOCK COMPANY SURGUTNEFTEGAS; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SURGUTNEFTEGAZ; a.k.a. PAO SURGUTNEFTEGAS; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO SURGUTNEFTEGAS; a.k.a. SURGUTNEFTEGAS; a.k.a. SURGUTNEFTEGAS PJSC; a.k.a. SURGUTNEFTEGAS PUBLIC JOINT STOCK COMPANY), ul. Grigoriya Kukuyevitskogo, 1, bld. 1, Khanty-Mansiysky Autonomous Okrug - Yugra, the city of Surgut, Tyumenskaya Oblast 628415, Russia; korp. 1 1 Grigoriya Kukuevitskogo ul., Surgut, Tyumenskaya oblast 628404, Russia; Street Kukuevitskogo 1, Surgut, Tyumen Region 628415, Russia; Website www.surgutneftegas.ru; Email Address secretary@surgutneftegas.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

SURI, Muhammad; DOB 01 Jan 1946 to 31 Dec 1946; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN].

SURKOV, Vladislav Yurievich; DOB 21 Sep 1964; POB Solntsevo, Lipetsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Presidential Aide (individual) [UKRAINE-EO13661].

SUROVIKINA, Anna Borisovna (Cyrillic: СУРОВИКИНА, Анна Борисовна), Russia; DOB 04 Jul 1973; POB Alma-Ata, Kazakhstan; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 667403289248 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ARGUS HOLDING).

SURREY QUAYS COMPANY  LIMITED, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island MH96960, Marshall Islands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2023; Identification Number IMO 6398167 [UKRAINE-EO13662] [RUSSIA-EO14024].

SURUR, Muhammad Ibrahim (a.k.a. SARUR, Muhammad), Baalbek-Hermel Province, Lebanon; DOB 05 Feb 1967; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

SUSANTI, Dwi Dahlia, Idlib, Syria; Kel. Sambonjaya, Kec. Mangkubumi, Tasikmalaya, Indonesia; DOB 28 Jul 1976; nationality Indonesia; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B 3306967 (Indonesia); Identification Number 1976072811998032001 (Indonesia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SUSHKO, Andrey (a.k.a. SUSHKO, Andrey Vladimirovich; a.k.a. SUSHKO, Andrii; a.k.a. SUSHKO, Andriy Volodymyrovych), Bldg. 78, Apt. 74, ulitsa Generala Petrova, city of Kerch, Crimea, Ukraine; DOB 23 Jan 1976; POB Village of Leninskoe, Leninskiy Region, Autonomous Region of Crimea, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [SSIDES].

SUSHKO, Andrey Vladimirovich (a.k.a. SUSHKO, Andrey; a.k.a. SUSHKO, Andrii; a.k.a. SUSHKO, Andriy Volodymyrovych), Bldg. 78, Apt. 74, ulitsa Generala Petrova, city of Kerch, Crimea, Ukraine; DOB 23 Jan 1976; POB Village of Leninskoe, Leninskiy Region, Autonomous Region of Crimea, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [SSIDES].

SUSHKO, Andrii (a.k.a. SUSHKO, Andrey; a.k.a. SUSHKO, Andrey Vladimirovich; a.k.a. SUSHKO, Andriy Volodymyrovych), Bldg. 78, Apt. 74, ulitsa Generala Petrova, city of Kerch, Crimea, Ukraine; DOB 23 Jan 1976; POB Village of Leninskoe, Leninskiy Region, Autonomous Region of Crimea, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [SSIDES].

SUSHKO, Andriy Volodymyrovych (a.k.a. SUSHKO, Andrey; a.k.a. SUSHKO, Andrey Vladimirovich; a.k.a. SUSHKO, Andrii), Bldg. 78, Apt. 74, ulitsa Generala Petrova, city of Kerch, Crimea, Ukraine; DOB 23 Jan 1976; POB Village of Leninskoe, Leninskiy Region, Autonomous Region of Crimea, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [SSIDES].

SUSTAINABLE ELECTRONIC DEVELOPMENT (a.k.a. HODA TRADING; a.k.a. HODA TRADING CO.; a.k.a. HODA TRADING COMPANY; a.k.a. SUSTAINABLE ELECTRONICS DEVELOPMENT; a.k.a. SUSTAINABLE ELECTRONICS DEVELOPMENT COMPANY), No. 34, Shahid Hesari (Southern Razan) St., Mirdamad Avenue, Tehran, Iran; Langari Street, Nobonyad Square, Pasdaran Avenue, Tehran, Iran; No. 225 Teymori St., Langari - Nobonyad Ave., Tehran, Iran; No.31, Across Nikan Hospital, Araj, Artesh Highway, Tehran, Iran; Website www.sedfirm.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN COMMUNICATION INDUSTRIES).

SUSTAINABLE ELECTRONICS DEVELOPMENT (a.k.a. HODA TRADING; a.k.a. HODA TRADING CO.; a.k.a. HODA TRADING COMPANY; a.k.a. SUSTAINABLE ELECTRONIC DEVELOPMENT; a.k.a. SUSTAINABLE ELECTRONICS DEVELOPMENT COMPANY), No. 34, Shahid

Hesari (Southern Razan) St., Mirdamad Avenue, Tehran, Iran; Langari Street, Nobonyad Square, Pasdaran Avenue, Tehran, Iran; No. 225 Teymori St., Langari - Nobonyad Ave., Tehran, Iran; No.31, Across Nikan Hospital, Araj, Artesh Highway, Tehran, Iran; Website www.sedfirm.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN COMMUNICATION INDUSTRIES).

SUSTAINABLE ELECTRONICS DEVELOPMENT COMPANY (a.k.a. HODA TRADING; a.k.a. HODA TRADING CO.; a.k.a. HODA TRADING COMPANY; a.k.a. SUSTAINABLE ELECTRONIC DEVELOPMENT; a.k.a. SUSTAINABLE ELECTRONICS DEVELOPMENT), No. 34, Shahid Hesari (Southern Razan) St., Mirdamad Avenue, Tehran, Iran; Langari Street, Nobonyad Square, Pasdaran Avenue, Tehran, Iran; No. 225 Teymori St., Langari - Nobonyad Ave., Tehran, Iran; No.31, Across Nikan Hospital, Araj, Artesh Highway, Tehran, Iran; Website www.sedfirm.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN COMMUNICATION INDUSTRIES).

SUSU COMPUTER ENGINEERING CENTER (a.k.a. TSENTR KOMPYUTERNOGO INZHINIRINGA), Ordzhonikidze St., 50, Chelyabinsk 454091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7448199173 (Russia); Registration Number 1167456142424 (Russia) [RUSSIA-EO14024].

SUTHEP, Samsaeng (a.k.a. SAMSAENG, Suthep; a.k.a. WEI, Ta Chou; a.k.a. "AH CHOU"; a.k.a. "AH JOE"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 409/4 Soi Wachirathamsathih 34, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; DOB 12 May 1971; Passport E382464 (Thailand) expires Jan 2007; National ID No. 3100905657113 (Thailand) expires May 2006 (individual) [SDNTK].

SUTHIT, Samsaeng (a.k.a. AKIRAPHOKIN, Thit; a.k.a. THIT, Akiraphokin; a.k.a. WEI, Ta Han; a.k.a. "AH HAN"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 88/2 Soi Klong Nam Kaew, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; Burma; DOB 03 Mar 1972; Passport K491821 (Thailand); National ID No. 310095657121 (Thailand) (individual) [SDNTK].

SUVARI GLOBAL ENDUSTRIYEL EKIPMANLAR ITHALAT IHRACAT TICARET LIMITED SIRKETI, Summer Park Sitesi A D:13, No:8A Oba Mahallesi, 225 Sokak, Alanya, Antalya 07400, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7881047729 (Turkey); Registration Number 26722 (Turkey) [RUSSIA-EO14024].

SUVOROV, Andrei Anatolyevich (a.k.a. SUVOROV, Andrey), Moscow, Russia; DOB 12 Oct 1967; POB Togliatti, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 727372914 (Russia); Tax ID No. 502402592883 (Russia) (individual) [RUSSIA-EO14024].

SUVOROV, Andrey (a.k.a. SUVOROV, Andrei Anatolyevich), Moscow, Russia; DOB 12 Oct 1967; POB Togliatti, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 727372914 (Russia); Tax ID No. 502402592883 (Russia) (individual) [RUSSIA-EO14024].

SUWAID, Joseph (a.k.a. SWEID, Joseph Jurji), Syria; DOB 1958; POB Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

SUWAYD AND SONS MONEY EXCHANGE (a.k.a. SWAID AND SONS FOR EXCHANGE CO. (Arabic: شركة سويد و اولاده الصرافة)), Al-Zubairi Street, Swaid's Building, Sanaa, Sana'a City, Yemen; Swaid Building, Al Zubeiry Street, in front of IBY, Sanaa 8000600, Yemen; Website https://swaidexchange.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

SUZAN GENERAL TRADING DMCC (a.k.a. SUZAN GENERAL TRADING JLT), 2508 One Lake Plaza, Dubai, United Arab Emirates; PO Box 14401, Dubai, United Arab Emirates; Organization Established Date 31 Jan 2010; Registration Number 65441 (United Arab Emirates) [GLOMAG] (Linked To: PATTNI, Kamlesh Mansukhlal Damji).

SUZAN GENERAL TRADING JLT (a.k.a. SUZAN GENERAL TRADING DMCC), 2508 One Lake Plaza, Dubai, United Arab Emirates; PO Box 14401, Dubai, United Arab Emirates; Organization Established Date 31 Jan 2010; Registration Number 65441 (United Arab Emirates) [GLOMAG] (Linked To: PATTNI, Kamlesh Mansukhlal Damji).

SUZAN GENERAL TRADING PVT LTD, 299 Borrowdale Road, Harare, Zimbabwe; Organization Type: Wholesale and retail trade [GLOMAG] (Linked To: PATTNI, Kamlesh Mansukhlal Damji).

SUZHOU AIWEN SPECIAL ALLOY CO., LTD. (a.k.a. SUZHOU A-ONE SPECIAL ALLOY CO., LTD (Chinese Simplified: 苏州埃文特种合金有限公司)), No.2 Weihua Road, Suzhou Industrial Park, Jiangsu Province, China; No.2, Weihua Road, Suzhou Industrial Park, Jiangsu Province 215121, China; Room 1219, Building 2, Hetai Dushi Living Plaza, No. 2, Weihua Road, Weiting, Suzhou Industrial Park, Suzhou 215000, China; Website www.sz-alloy.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 91320594MA1MAHHR9W (China) [NPWMD] [IFSR] (Linked To: TAMIN KALAYE SABZ ARAS COMPANY).

SUZHOU A-ONE SPECIAL ALLOY CO., LTD (Chinese Simplified: 苏州埃文特种合金有限公司) (a.k.a. SUZHOU AIWEN SPECIAL ALLOY CO., LTD.), No.2 Weihua Road, Suzhou Industrial Park, Jiangsu Province, China; No.2, Weihua Road, Suzhou Industrial Park, Jiangsu Province 215121, China; Room 1219, Building 2, Hetai Dushi Living Plaza, No. 2, Weihua Road, Weiting, Suzhou Industrial Park, Suzhou 215000, China; Website www.sz-alloy.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 91320594MA1MAHHR9W (China) [NPWMD] [IFSR] (Linked To: TAMIN KALAYE SABZ ARAS COMPANY).

SUZHOU XIAOLI PHARMATECH CO., LTD (Chinese Simplified: 苏州小栗医药科技有限公司), Room 508, 5th Floor, Office Building, Joyshang Center, No. 88, Nanxijiang Road, Yuexi, Wuzhong District, Suzhou, Hubei, China (Chinese Simplified: 吴中区越溪南溪江路88号喜悦尚中心写字楼5层508室附近企业, 苏州市, 湖北, China); Website www.xiaolipharma.com; Organization Established Date 15 Feb 2017; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; Registration Number 320506000647396 (China); Unified Social Credit Code (USCC) 91320506MA1NDQ9J4N (China) [ILLICIT-DRUGS-EO14059].

SUZHOU ZHONGSHENG MAGNETIC COMPANY LIMITED (a.k.a. SUZHOU ZHONGSHENG MAGNETIC INDUSTRY CO., LTD. (Chinese Simplified: 苏州中盛磁业有限公司)), Room 17002, Zhongxiang Mansion, No. 666, Xiangcheng Blvd., Yuanhe Town, Xiangcheng District, Suzhou, Jiangsu 215133, China; Zhong Xiang building, No. 666, Xiangcheng Avenue, Suzhou, Xiangcheng District 17002, China; Website www.zhongsheng-magnet.com; Additional Sanctions Information - Subject to Secondary Sanctions; United Social Credit Code Certificate (USCCC) 91320507582255256P (China) [NPWMD] [IFSR] (Linked To: TAMIN KALAYE SABZ ARAS COMPANY).

SUZHOU ZHONGSHENG MAGNETIC INDUSTRY CO., LTD. (Chinese Simplified: 苏州中盛磁业有限公司) (a.k.a. SUZHOU ZHONGSHENG MAGNETIC COMPANY LIMITED), Room 17002, Zhongxiang Mansion, No. 666, Xiangcheng Blvd., Yuanhe Town, Xiangcheng District, Suzhou, Jiangsu 215133, China; Zhong Xiang building, No. 666, Xiangcheng Avenue, Suzhou, Xiangcheng District 17002, China; Website www.zhongsheng-magnet.com; Additional Sanctions Information - Subject to Secondary Sanctions; United Social Credit Code Certificate (USCCC) 91320507582255256P (China) [NPWMD] [IFSR] (Linked To: TAMIN KALAYE SABZ ARAS COMPANY).

SVENSKA MOTSTANDSRORELSEN (Latin: SVENSKA MOTSTÅNDSRÖRELSEN) (a.k.a. DEN NORSKE MOTSTANDSBEVEGELSEN; a.k.a. FINNISH RESISTANCE MOVEMENT; a.k.a. NORDIC RESISTANCE MOVEMENT; a.k.a. NORDISKA MOTSTANDSRORELSEN (Latin: NORDISKA MOTSTÅNDSRÖRELSEN); a.k.a. NORWEGIAN RESISTANCE MOVEMENT; a.k.a. NRM-NORWAY; a.k.a. SUOMEN VASTARINTALIIKE; a.k.a. SWEDISH RESISTANCE MOVEMENT; a.k.a. "KOHTI VAPAUTTA!"; a.k.a. "NMR"; a.k.a. "NRM"; a.k.a. "NRM-FINLAND"; a.k.a. "NRM-SWEDEN"; a.k.a. "SMR"), Sweden; Norway; Denmark; Finland; Iceland; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1997 [SDGT].

SVETLANA ELECTRONPRIBOR (a.k.a. AO SVETLANA ELEKTRONPRIBOR; a.k.a. ZAO SVETLANA EP), PR-KT Engelsa, D. 27, Saint Petersburg 194156, Russia; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Tax ID No. 7802070277 (Russia); Registration Number 1027801543241 (Russia) [RUSSIA-EO14024].

SVETLANA POLUPROVODNIKI PAO (a.k.a. JSC SVETLANA POLUPROVODNIKI; a.k.a. SVETLANA SEMICONDUCTORS STOCK COMPANY; a.k.a. ZAO SVETLANA POLUPROVODNIKI), 27, Engels Prospect, Saint Petersburg 194156, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802002037 (Russia); Registration Number 1027801534485 (Russia) [RUSSIA-EO14024].

SVETLANA ROST JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO SVETLANA ROST), d.27 Prospekt Engelsa, Saint Petersburg 194156, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Nov 2004; Tax ID No. 7802309269 (Russia); Registration Number 1047855125592 (Russia) [RUSSIA-EO14024].

SVETLANA SEMICONDUCTORS STOCK COMPANY (a.k.a. JSC SVETLANA POLUPROVODNIKI; a.k.a. SVETLANA POLUPROVODNIKI PAO; a.k.a. ZAO SVETLANA POLUPROVODNIKI), 27, Engels Prospect, Saint Petersburg 194156, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802002037 (Russia); Registration Number 1027801534485 (Russia) [RUSSIA-EO14024].

SVETLOGORSKKHIMVOLKNO OAO (a.k.a. OJSC SVETLOGORSK KHIMVOLOKNO; a.k.a. OPEN JOINT STOCK COMPANY SVETLOGORSKKHIMVOLOKNO (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СВЕТЛОГОРСКХИМВОЛОКНО); a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SVETLOGORSKKHIMVOLOKNO; a.k.a. "SOHIM"), d. 5, Nezhiloe Pomeshchenie, Ul. Zavodskaya, Svetlogorsk 247439, Belarus; Organization Established Date 1964; Target Type State-Owned Enterprise; Tax ID No. 400031289 (Belarus) [BELARUS-EO14038].

SVETLOVSKY ENTERPRISE ERA (a.k.a. JOINT STOCK COMPANY SVETLOVSKOE ENTERPRISE ERA; a.k.a. JOINT STOCK COMPANY SVETLOVSKY ENTERPRISE ERA; a.k.a. JOINT-STOCK COMPANY SVETLOVSKAYA ERA; a.k.a. JSC SP ERA (Cyrillic: АО СП ЭРА); a.k.a. JSCO SVETLOVSKY ENTERPRISE ERA), Ul. Chaykinoy, 1, Svetly, Kaliningrad Region

238340, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jan 2003; Tax ID No. 3913007731 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SVIBLOV, Vladislav Vladimirovich (Cyrillic: СВИБЛОВ, Владислав Владимирович), Russia; DOB 19 Jan 1980; POB Rybinsk, Yaroslavl Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 761015289955 (Russia) (individual) [RUSSIA-EO14024].

SVIRIDENKO, Oleg Mikhailovich (Cyrillic: СВИРИДЕНКО, Олег Михайлович) (a.k.a. SVIRIDENKO, Oleg Mikhaylovich), Moscow, Russia; DOB 29 Jul 1962; POB Potapivka, Gomel Region, Buda-Koshelevo District, Belarus; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772704610955 (Russia) (individual) [RUSSIA-EO14024].

SVIRIDENKO, Oleg Mikhaylovich (a.k.a. SVIRIDENKO, Oleg Mikhailovich (Cyrillic: СВИРИДЕНКО, Олег Михайлович)), Moscow, Russia; DOB 29 Jul 1962; POB Potapivka, Gomel Region, Buda-Koshelevo District, Belarus; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772704610955 (Russia) (individual) [RUSSIA-EO14024].

SVISHCHEV, Dmitry Aleksandrovich (Cyrillic: СВИЩЕВ, Дмитрий Александрович), Russia; DOB 22 May 1969; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SVISTUNOV, Arkady Nikolayevich (Cyrillic: СВИСТУНОВ, Аркадий Николаевич), Russia; DOB 28 Apr 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SVORCAN, Marko, Serbia; DOB 07 May 1967; nationality Serbia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

SVR ROSSII FKU (a.k.a. FOREIGN INTELLIGENCE SERVICE OF THE RUSSIAN

FEDERATION; a.k.a. SLUZHBA VNESHNEI RAZVEDKI ROSSISKOI FEDERATSII; a.k.a. SLUZHBA VNESHNEY RAZVEDKI; a.k.a. "SVR"), Building 1, 51 Ostozhenka st., Moscow 119034, Russia; Yasenevo 11 Kolpachny, Moscow 010100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 09 Oct 2003; Target Type Government Entity; Tax ID No. 7728302546 (Russia); Government Gazette Number 00035837 (Russia); Registration Number 1037728048973 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

SVYATENKO, Inna Yuryevna (Cyrillic: СВЯТЕНКО, Инна Юрьевна), Russia; DOB 06 Sep 1967; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SWAID AND SONS FOR EXCHANGE CO. (Arabic: شركة سويد و اولاده الصرافة) (a.k.a. SUWAYD AND SONS MONEY EXCHANGE), Al-Zubairi Street, Swaid's Building, Sanaa, Sana'a City, Yemen; Swaid Building, Al Zubeiry Street, in front of IBY, Sanaa 8000600, Yemen; Website https://swaidexchange.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

SWALLEH, Abubakar (a.k.a. ABUBAKAR, Swalleh; a.k.a. SWALLEH, Abubaker), South Africa; Lusaka, Zambia; DOB 13 Jan 1992; POB Mengo, Uganda; nationality Uganda; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A00195974 (Uganda) expires 16 Dec 2029; National ID No. CM920231090NZA (Uganda) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SWALLEH, Abubaker (a.k.a. ABUBAKAR, Swalleh; a.k.a. SWALLEH, Abubakar), South Africa; Lusaka, Zambia; DOB 13 Jan 1992; POB Mengo, Uganda; nationality Uganda; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A00195974

(Uganda) expires 16 Dec 2029; National ID No. CM920231090NZA (Uganda) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SWANSEAS PORT SERVICES PTE. LTD., 60 Paya Lebar Road, #11-03, Paya Lebar Square, 409051, Singapore; 7, Suntec Tower 1, 07, Temasek Boulevard, Singapore; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 04 May 2018; Company Number 201815139D (Singapore) [DPRK4] (Linked To: KWEK, Kee Seng).

SWANSEAS SHIPPING S PTE. LTD. (f.k.a. ANFASAR ENTERPRISES S PTE LTD; a.k.a. ANFASAR TRADING S PTE. LTD.), 60 Paya Lebar Road, #09-36, Paya Lebar Square, 409051, Singapore; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 14 Sep 1993; Company Number 199306026D (Singapore) [DPRK4] (Linked To: KWEK, Kee Seng).

SWD EMBEDDED SYSTEMS (a.k.a. "LLC SVD VS"; a.k.a. "SWD ES LTD"), Kuznetsovskaya st., 19, Saint Petersburg 196128, Russia; PR-KT Moskovskii D. 212, Lit. A, Et/Vkh/P/Of, 2/84N/22/2077, Saint Petersburg 196066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810267943 (Russia); Registration Number 1027804848741 (Russia) [RUSSIA-EO14024].

SWE, Hla, Burma; DOB 28 Sep 1960; POB Chauk, Magway, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 8/GaGaNa N 085996 (Burma) (individual) [BURMA-EO14014].

SWE, Khin Maung (a.k.a. SWE, Khin Mg; a.k.a. SWE, U Khin Maung), Naypyitaw, Burma; DOB 20 Jul 1942; nationality Burma; citizen Burma; Gender Male; State Administrative Council Member (individual) [BURMA-EO14014].

SWE, Khin Mg (a.k.a. SWE, Khin Maung; a.k.a. SWE, U Khin Maung), Naypyitaw, Burma; DOB 20 Jul 1942; nationality Burma; citizen Burma; Gender Male; State Administrative Council Member (individual) [BURMA-EO14014].

SWE, Myint, Burma; DOB 24 May 1951; Gender Male (individual) [BURMA-EO14014].

SWE, U Khin Maung (a.k.a. SWE, Khin Maung; a.k.a. SWE, Khin Mg), Naypyitaw, Burma; DOB 20 Jul 1942; nationality Burma; citizen Burma; Gender Male; State Administrative Council Member (individual) [BURMA-EO14014].

SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), Kappellenstrasse 36, Aachen D-52066, Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; <Head Office> [SDGT].

SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), P.O. Box 6222200KBKN, Copenhagen, Denmark; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE

ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), P.O. Box 14101, San 'a, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a.

AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a.

AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), P.O. Box 2364, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SWEDISH RESISTANCE MOVEMENT (a.k.a. DEN NORSKE MOTSTANDSBEVEGELSEN; a.k.a. FINNISH RESISTANCE MOVEMENT; a.k.a. NORDIC RESISTANCE MOVEMENT; a.k.a. NORDISKA MOTSTANDSRORELSEN (Latin: NORDISKA MOTSTÅNDSRÖRELSEN); a.k.a. NORWEGIAN RESISTANCE MOVEMENT; a.k.a. NRM-NORWAY; a.k.a. SUOMEN VASTARINTALIIKE; a.k.a. SVENSKA MOTSTANDSRORELSEN (Latin: SVENSKA MOTSTÅNDSRÖRELSEN); a.k.a. "KOHTI VAPAUTTA!"; a.k.a. "NMR"; a.k.a. "NRM"; a.k.a. "NRM-FINLAND"; a.k.a. "NRM-SWEDEN"; a.k.a. "SMR"), Sweden; Norway; Denmark; Finland; Iceland; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1997 [SDGT].

SWEET APARTMENTS (a.k.a. SMILE TECHNOLOGIES CANADA LIMITED; a.k.a. SMILE TECHNOLOGIES CANADA LTD; a.k.a. SMILE WALLET; a.k.a. SMILETRAVELS; a.k.a. SMILEWALLET), 5825 Tiz Road, Mississauga, Ontario L5N0B6, Canada; 731 States Street, Mississauga, Ontario L5R 0B6, Canada; 2 Robert Speck Parkway, 7th Floor, Mississauga, Ontario L4Z 1H8, Canada; Website www.smiletraveltours.com; alt. Website www.sweetaparts.com; Company Number 2592364 (Canada); MSB Registration Number M18867067 (Canada) [SDNTK].

SWEID, Joseph Jurji (a.k.a. SUWAID, Joseph), Syria; DOB 1958; POB Damascus, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

SWINIARSKI, Jacek Romuald, Poland; DOB 07 Feb 1967; nationality Poland; Gender Male; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; National ID No. 67020701814 (Poland) (individual) [RUSSIA-EO14024] (Linked To: INTER-TRANS SPOLKA Z OGRANICZONA ODPOWIEDZIALNOSCIA).

SWIRU HOLDING AG (a.k.a. ALSTONE INVESTMENT AG; a.k.a. ALSTONE INVESTMENT LTD; a.k.a. ALSTONE INVESTMENT SA; f.k.a. SWIRU TRUSTEE LTD), Zentralstrasse 44, Luzern 6003, Switzerland; Matthofstrand 8, Luzern 6005, Switzerland; 380 Avenue Mrs L'D'Beaumont, Antibes 06160, France; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 May 1996; Tax ID No. 103488986 (Switzerland); alt. Tax ID No. 893478818 (France); Legal Entity Number 5493009YJ817TFZ7IY48; Registration Number CH-150.3.002.065-2 (Switzerland) [RUSSIA-EO14024] (Linked To: KATZ, Laurin).

SWIRU TRUSTEE LTD (a.k.a. ALSTONE INVESTMENT AG; a.k.a. ALSTONE INVESTMENT LTD; a.k.a. ALSTONE INVESTMENT SA; f.k.a. SWIRU HOLDING AG), Zentralstrasse 44, Luzern 6003, Switzerland; Matthofstrand 8, Luzern 6005, Switzerland; 380 Avenue Mrs L'D'Beaumont, Antibes 06160, France; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 May 1996; Tax ID No. 103488986 (Switzerland); alt. Tax ID No. 893478818 (France); Legal Entity Number 5493009YJ817TFZ7IY48; Registration Number CH-150.3.002.065-2 (Switzerland) [RUSSIA-EO14024] (Linked To: KATZ, Laurin).

SWISS DRAGONS MANAGEMENT DIGITAL MARKETING AWARDS (a.k.a. DIGITAL MARKETING AWARDS FZ LLC; a.k.a. "SD DIGITAL MARKETING AWARDS"), Compass Building FDRK 2508, Al Shohada Road, Al Hamra Industrial Zone-FZ, Ras al Khaimah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Jul 2023; License 17002525 (United Arab Emirates); Economic Register Number (CBLS) 12119212 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: ORLOFF, Alexandre).

SWISS LUXURY FZE, Fujairah Freezone 2, Port Road Freezone 2, Fujairah Freezone, Al Fujayrah 50904, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Mar 2012; License 2981A (United Arab Emirates); Legal Entity Number 254900SUTB0LEZ3DP246; Registration

Number 11676406 (United Arab Emirates) [RUSSIA-EO14024].

SWISS MANAGEMENT SERVICES SARL, 28C, Route de Denges, Lonay 1027, Switzerland; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SWISSOL TRADE DMCC (Arabic: سويسول ترايد م.د.م.س.), Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number DMCC-612148 (United Arab Emirates) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

SWISSTEC 3D AKUS AG, Ackerstrasse 45, Uster 8610, Switzerland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Jan 2017; Company Number CH-197.109.049 (Switzerland); Registration Number CH-020.3.044.174-6 (Switzerland) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

SWORD OF DAVID (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SWORD RIVER LIMITED, Phnom Penh, Cambodia; Virgin Islands, British; Company Number 1971899 (Virgin Islands, British) [TCO] (Linked To: CHEN, Zhi).

SYAH, Bahrum (a.k.a. USMAN, Bachrumsyah Mennor; a.k.a. "BACHRUMSHAH"; a.k.a. "BACHRUMSYAH"; a.k.a. "BAHRUMSYAH"; a.k.a. "IBRAHIM, Abu"; a.k.a. "MUHAMMAD AL-ANDUNISIY, Abu"; a.k.a. "MUHAMMAD AL-INDONESI, Abu"; a.k.a. "MUHAMMAD AL-INDUNISI, Abu"; a.k.a. "SHABRINA, Abu"), Raqqa, Syria; Al-Shadadi, Hasaka Province, Syria; DOB 23 Jul 1984; POB Bogor, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A8329173 (Indonesia); Ustad (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SYAWAL, Muhammad (a.k.a. IDA, Laode; a.k.a. KHAN, Mohd Shawhal; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUBAROK, Muhamad; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "ABU SETA"; a.k.a. "AGUS SALIM"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SYAWAL, Yassin (a.k.a. IDA, Laode; a.k.a. KHAN, Mohd Shawhal; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUBAROK, Muhamad; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Muhammad; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "ABU SETA"; a.k.a. "AGUS SALIM"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

SYCHUGOV, Aleksandr Viacheslavovich (a.k.a. SYCHUGOV, Aleksandr Vyacheslavovich), Russia; DOB 29 Sep 1962; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID

No. 330501738533 (Russia) (individual) [RUSSIA-EO14024].

SYCHUGOV, Aleksandr Vyacheslavovich (a.k.a. SYCHUGOV, Aleksandr Viacheslavovich), Russia; DOB 29 Sep 1962; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 330501738533 (Russia) (individual) [RUSSIA-EO14024].

SYDITEK MUNDO DIGITAL S.A. (a.k.a. MUNDO DIGITAL S.A.), Calle Central de Altamira del BDF 100 Mts Norte, Managua, Nicaragua; Website www.syditek.com.ni; Registration ID J0310000131740 (Nicaragua) [NICARAGUA] (Linked To: MOJICA MEJIA, Jose Jorge).

SYEED, Hafiz Mohammad (a.k.a. SAEED HAFIZ, Muhammad; a.k.a. SAEED, Hafiz; a.k.a. SAEED, Hafiz Mohammad; a.k.a. SAEED, Hafiz Muhammad; a.k.a. SAEED, Muhammad; a.k.a. SAYED, Hafiz Mohammad; a.k.a. SAYEED, Hafez Mohammad; a.k.a. SAYID, Hafiz Mohammad; a.k.a. "HAFIZ SAHIB"; a.k.a. "TATA JI"), House No. 116 E, Mohalla Johar, Town: Lahore, Tehsil:, Lahore City, Lahore District, Pakistan; DOB 05 Jun 1950; POB Sargodha, Punjab, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BE5978421 (Pakistan) issued 14 Nov 2007 expires 12 Nov 2012; alt. Passport Booklet A5250088 (Pakistan); National ID No. 3520025509842-7 (Pakistan); alt. National ID No. 23250460642 (Pakistan) (individual) [SDGT].

SYLA, Azem; DOB 05 Apr 1951; POB Serbia and Montenegro (individual) [BALKANS].

SYMI SHIPPING LIMITED, 80 Broad Street, Monrovia, Liberia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6186182 [UKRAINE-EO13662] [RUSSIA-EO14024].

SYNCAM ADDITIVE CENTER (a.k.a. SINKAM), Pr-D Khlebozavodskii D. 7, Str. 9, ET 9 Pom.Xvi Kom 3B, Moscow 115230, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724412379 (Russia); Registration Number 1177746569340 (Russia) [RUSSIA-EO14024].

SYNERGY CONSULTANTS LIMITED (a.k.a. NORTHSTAR TRADING CORPORATION), Victoria, Seychelles; Certificate of Incorporation Number 006971 (Seychelles) [SDNTK].

SYNERGY GENERAL TRADING FZE, Sharjah - Saif Zone, Sharjah Airport International Free Zone, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SYNOMOSIA PYRINON TIS FOTIAS (a.k.a. CONSPIRACY OF CELLS OF FIRE; a.k.a. CONSPIRACY OF FIRE NUCLEI; a.k.a. CONSPIRACY OF THE NUCLEI OF FIRE; a.k.a. THESSALONIKI-ATHENS FIRE NUCLEI CONSPIRACY), Greece; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

SYPALO, Kirill Ivanovich, Russia; DOB 18 Dec 1970; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773384622502 (Russia) (individual) [RUSSIA-EO14024].

SYRIAN ARAB CO. FOR ELECTRONIC INDUSTRIES (a.k.a. SYRONICS), Kaboon Street, PO Box 5966, Damascus, Syria [NPWMD].

SYRIAN COMPANY FOR INFORMATION TECHNOLOGY (a.k.a. "SCIT"), P.O. Box 11037, Damascus, Syria [NPWMD] (Linked To: ORGANIZATION FOR TECHNOLOGICAL INDUSTRIES).

SYRIAN COMPANY FOR METALS AND INVESTMENTS LLC (Arabic: شركة السورية للمعادن والاستثمار), Damascus, Syria; Organization Established Date 22 Oct 2018; Organization Type: Wholesale of metals and metal ores [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

SYRIAN HOTEL MANAGEMENT LLC (Arabic: الشركة السورية للادارة الفندقية), Damascus, Syria; Organization Established Date 02 May 2017; Organization Type: Short term accommodation activities [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

SYRIAN NATIONAL DEFENSE FORCE (a.k.a. AL-SHA'BI COMMITTEES; a.k.a. JAYSH AL-SHAAB; a.k.a. JAYSH AL-SHA'BI; a.k.a. JISH SHAABI; a.k.a. SHA'BI COMMITTEES; a.k.a. SHA'BI FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCES; a.k.a. "ARMY OF THE PEOPLE"; a.k.a. "PEOPLE'S ARMY"; a.k.a. "POPULAR COMMITTEES"; a.k.a. "POPULAR FORCES"; a.k.a. "SHA'BI"; a.k.a. "THE POPULAR ARMY"), Syria [PAARSSR-EO13894].

SYRIAN NATIONAL DEFENSE FORCES (a.k.a. AL-SHA'BI COMMITTEES; a.k.a. JAYSH AL-SHAAB; a.k.a. JAYSH AL-SHA'BI; a.k.a. JISH SHAABI; a.k.a. SHA'BI COMMITTEES; a.k.a. SHA'BI FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCE; a.k.a. "ARMY OF THE PEOPLE"; a.k.a. "PEOPLE'S ARMY"; a.k.a. "POPULAR COMMITTEES"; a.k.a. "POPULAR FORCES"; a.k.a. "SHA'BI"; a.k.a. "THE POPULAR ARMY"), Syria [PAARSSR-EO13894].

SYRONICS (a.k.a. SYRIAN ARAB CO. FOR ELECTRONIC INDUSTRIES), Kaboon Street, PO Box 5966, Damascus, Syria [NPWMD].

SYROVATSKAYA, Olga Vladimironva (a.k.a. BOKAREVA, Olga), Moscow, Russia; DOB 12 Oct 1980; POB Slovyansk, Ukraine; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771065006817 (Russia) (individual) [RUSSIA-EO14024] (Linked To: BOKAREV, Andrei Removich).

SYSKON PVT LTD, Chaandhanee Magu, Maafannu, Male 20189, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Sep 2017; Registration Number C-0901/2017 (Maldives) [SDGT] (Linked To: SHIYAM, Ali).

SYSOYEV, Vasiliy Vasilievich (Cyrillic: СЫСОЕВ, Василий Васильевич), Syrokomli St., 48-73, Minsk, Belarus (Cyrillic: ул. Сырокомли, 48-73, г. Минск, Belarus); DOB 01 Aug 1974; nationality Belarus; Gender Male; National ID No. 3010874A112PB7 (Belarus); Tax ID No. AC2366486 (Belarus) (individual) [BELARUS-EO14038].

SYSTEMES TECHNOLOGIQUES ZVIGENI (a.k.a. ZVIGENI TECHNOLOGICAL SYSTEMS LIMITED; a.k.a. ZVIGENI TECHNOLOGY SYSTEMS), 38 Gloucester Road, 1101-4, Hong Kong, China; 23/F, Tower 2, Enterprise Square Five, 38 Wang Chiu Road, Kowloon Bay, Hong Kong, China; 18C-3107 av. des Hotels, Quebec, Quebec G1W4W5, Canada; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Company Number 2815744 (Hong Kong); Enterprise Number 1175952143 (Canada); Business Registration Number 70580521 (Hong Kong) [RUSSIA-EO14024] (Linked To: ORLOFF, Alexandre).

SYSTEMS OF BIOLOGICAL SYNTHESIS LLC (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU SISTEMY BIOLOGICHESKOGO SINTEZA; a.k.a. "OOO SBS"; a.k.a. "SBS LLC"), Akademika Koroleva Street, Building 13/1, Office 35-39, Moscow 129515, Russia; Akademika Koroleva Ul,

Building 13, str. 1, floor 2, Rooms 60-61, Moscow 129515, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736314136 (Russia); Registration Number 5177746097392 (Russia) [RUSSIA-EO14024].

SYTII, Dmitry (a.k.a. SYTII, Dmitry Sergeevich (Cyrillic: СЫТЫЙ, Дмитрий Сергеевич); a.k.a. SYTYI, Dmitry), Central African Republic; DOB 23 Mar 1989; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

SYTII, Dmitry Sergeevich (Cyrillic: СЫТЫЙ, Дмитрий Сергеевич) (a.k.a. SYTII, Dmitry; a.k.a. SYTYI, Dmitry), Central African Republic; DOB 23 Mar 1989; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

SYTROX (a.k.a. CYTROX AD), October 20, no. 1/1-1, Karpos, Skopje, North Macedonia, The Republic of; Metropolitan Theodosij Gologanov 44, Karpos, Skopje, North Macedonia, The Republic of; Organization Established Date 2017; Organization Type: Other information technology and computer service activities [CYBER2].

SYTYI, Dmitry (a.k.a. SYTII, Dmitry; a.k.a. SYTII, Dmitry Sergeevich (Cyrillic: СЫТЫЙ, Дмитрий Сергеевич)), Central African Republic; DOB 23 Mar 1989; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

SYZRAN REFINERY (a.k.a. OJSC SYZRAN REFINERY; a.k.a. OPEN JOINT-STOCK OIL AND GAS COMPANY SYZRAN; a.k.a. "OAO SNPS"), 1 Astrakhanskaya st., Syzran, Samara region 446009, Russia; Moskvorechje street 105, Building 8, Moscow 115523, Russia; Email Address sekr@snpz.rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Tax ID No. 6325004584 (Russia); Registration Number 1026303056823 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

SZAO ENERGO-OIL (Cyrillic: СЗАО ЭНЕРГО-ОИЛ) (a.k.a. CJSC ENERGO-OIL; a.k.a. CLOSED JOINT STOCK COMPANY ENERGO-OIL; f.k.a. CLOSED JOINT-STOCK COMPANY TRAYPLENERGO (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАЙПЛЭНЕРГО); a.k.a. ENERGOOIL; a.k.a. ENERGO-OIL (Cyrillic: ЭНЕРГО-ОИЛ); a.k.a. SOVMESTNOYE ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ENERGO-OIL (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЭНЕРГО-ОИЛ); a.k.a. SUMESNAYE ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ENERGA-OIL (Cyrillic: СУМЕСНАЕ ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ЭНЕРГА-ОІЛ); a.k.a. SZAT ENERGA-OIL (Cyrillic: СЗАТ ЭНЕРГА-ОІЛ)), ul. Rakovskaya, d. 14V (3rd floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В (3 этаж), г. Минск 220004, Belarus); Organization Established Date 24 Oct 2001; Registration Number 800011806 (Belarus) [BELARUS-EO14038].

SZAT ENERGA-OIL (Cyrillic: СЗАТ ЭНЕРГА-ОІЛ) (a.k.a. CJSC ENERGO-OIL; a.k.a. CLOSED JOINT STOCK COMPANY ENERGO-OIL; f.k.a. CLOSED JOINT-STOCK COMPANY TRAYPLENERGO (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАЙПЛЭНЕРГО); a.k.a. ENERGOOIL; a.k.a. ENERGO-OIL (Cyrillic: ЭНЕРГО-ОИЛ); a.k.a. SOVMESTNOYE ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ENERGO-OIL (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЭНЕРГО-ОИЛ); a.k.a. SUMESNAYE ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ENERGA-OIL (Cyrillic: СУМЕСНАЕ ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ЭНЕРГА-ОІЛ); a.k.a. SZAO ENERGO-OIL (Cyrillic: СЗАО ЭНЕРГО-ОИЛ)), ul. Rakovskaya, d. 14V (3rd floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В (3 этаж), г. Минск 220004, Belarus); Organization Established Date 24 Oct 2001;

Registration Number 800011806 (Belarus) [BELARUS-EO14038].

T C CAPITAL CO LTD (a.k.a. GOLDEN SUN SKY CASINO AND HOTEL; a.k.a. GOLDEN SUN SKY ENTERTAINMENT CO LTD), Phum 6, Sangkat Buon, Mittakpheap, Preah Sihanouk 18204, Cambodia; Organization Established Date 06 Mar 2017; Organization Type: Short term accommodation activities; Tax ID No. L001-901700777 (Cambodia); Registration Number 00024082 (Cambodia) [CYBER4].

T N K FABRICS LIMITED, United Kingdom [IRAQ2].

T SERVICE BUSSINES INC, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Organization Established Date 09 Sep 2014; Organization Type: Other business support service activities n.e.c.; Folio Mercantil No. 85498 (Mexico) [ILLICIT-DRUGS-EO14059].

T.D.G. (a.k.a. TECHNOLOGY AND DEVELOPMENT GROUP LTD), Centric House 390/391, Strand, London, United Kingdom [IRAQ2].

T.E.G. LIMITED, 3 Mandeville Place, London, United Kingdom [IRAQ2].

T.F.M.C. THE FOOD MANAGEMENT CORPORATION LTD, 3 Ha'avoda Street, Rosh HaAyin 48017, Israel; Commercial Registry Number 513174466 (Israel) [SDNTK].

T.G.A. D.O.O. (a.k.a. T.G.A. D.O.O. ZA TRGOVINU I USLUGE), Trg zrtava fasizma 6, Zagreb 10000, Croatia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Feb 2010; Tax ID No. 13620997820 (Croatia); Registration Number 02617846 (Croatia) [RUSSIA-EO14024] (Linked To: TOKAREVA, Maiya Nikolaevna).

T.G.A. D.O.O. ZA TRGOVINU I USLUGE (a.k.a. T.G.A. D.O.O.), Trg zrtava fasizma 6, Zagreb 10000, Croatia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Feb 2010; Tax ID No. 13620997820 (Croatia); Registration Number 02617846 (Croatia) [RUSSIA-EO14024] (Linked To: TOKAREVA, Maiya Nikolaevna).

T.M.G. ENGINEERING LIMITED, Castle Row, Horticultural Place, Chiswick, London, United Kingdom [IRAQ2].

T1 HOLDING, Ul. Yunosti D. 13, Office 221, Moscow 111395, Russia; Website t1.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Other information technology and computer

service activities; Tax ID No. 7720484492 (Russia); Registration Number 1197746617419 (Russia) [RUSSIA-EO14024].

TAA ABARONNYJA INITSYJATYVY (Cyrillic: ТАА АБАРОННЫЯ ІНІЦЫЯТЫВЫ) (a.k.a. LIMITED LIABILITY COMPANY OBORONNYE INITSIATIVY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОБОРОННЫЕ ИНИЦИАТИВЫ; Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ АБАРОННЫЯ ІНІЦЫЯТЫВЫ); a.k.a. OOO OBORONNYE INITSIATIVY (Cyrillic: ООО ОБОРОННЫЕ ИНИЦИАТИВЫ); a.k.a. "DEFENSE INITIATIVES COMPANY"), Perehodnaya str. 64, building 3, office 5, Minsk 220070, Belarus (Cyrillic: ул. Переходная, д. 64 корпус 3, каб. 5, Минск 220070, Belarus); Registration Number 191288292 (Belarus) [BELARUS-EO14038].

TAA BELKAZTRANS (Cyrillic: ТАА БЕЛКАЗТРАНС) (a.k.a. BELKAZTRANS (Cyrillic: БЕЛКАЗТРАНС); a.k.a. LIMITED LIABILITY COMPANY BELKAZTRANS; a.k.a. LLC BELKAZTRANS; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BELKAZTRANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛКАЗТРАНС); a.k.a. OOO BELKAZTRANS (Cyrillic: ООО БЕЛКАЗТРАНС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU BELKAZTRANS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ БЕЛКАЗТРАНС)), pr-t Pobeditelei, d. 20 korpus 3, pom. 215, Minsk 220020, Belarus (Cyrillic: пр-т Победителей, д. 20 корпус 3, пом. 215, г. Минск 220020, Belarus); Organization Established Date 26 Oct 2010; Registration Number 191434523 (Belarus) [BELARUS].

TAA BREMINA GRUP (Cyrillic: ТАА БРЭМІНА ГРУП) (a.k.a. BREMINO GROUP LLC; a.k.a. LIMITED LIABILITY COMPANY BREMINO GROUP; a.k.a. OBSHCHESTVO S OGRANNICHENOY OTVETSTVENNOSTYU BREMINO GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БРЕМИНО ГРУПП); a.k.a. OOO BREMINO GRUPP (Cyrillic: ООО БРЕМИНО ГРУПП); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU BREMINA GRUP (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ БРЭМІНА ГРУП)), ul. Zavodskaya, d. 1K, pom. 1, gp. Bolbasovo, Orsha district, Vitebsk oblast 211004, Belarus (Cyrillic: ул. Заводская, д. 1К, пом. 1, гп.

Болбасово, Оршанский район, Витебская область 211004, Belarus); Organization Established Date 05 Nov 2013; Registration Number 691598938 (Belarus) [BELARUS-EO14038].

TAA DUBAI VOTER FRONT (Cyrillic: ТАА ДУБАЙ ВОТЭР ФРОНТ) (f.k.a. BELINTE ROBE; f.k.a. BELINTE ROBES; f.k.a. JOINT LIMITED LIABILITY COMPANY BELINTE-ROBA (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛИНТЕ-РОБА); a.k.a. LIMITED LIABILITY COMPANY DUBAI WATER FRONT; a.k.a. LLC DUBAI WATER FRONT; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DUBAI VOTER FRONT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДУБАЙ ВОТЕР ФРОНТ); a.k.a. OOO DUBAI VOTER FRONT (Cyrillic: ООО ДУБАЙ ВОТЕР ФРОНТ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DUBAI VOTER FRONT (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДУБАЙ ВОТЭР ФРОНТ)), ul. Petra Mstislavtsa, d. 9, pom. 10 (kabinet 34), Minsk 220114, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10 (кабинет 34), г. Минск 220114, Belarus); Organization Established Date 30 Mar 2004; Registration Number 190527399 (Belarus) [BELARUS-EO14038].

TAA EMIREITS BLYU SKAI (Cyrillic: ТАА ЭМІРЭЙТС БЛЮ СКАЙ) (f.k.a. FOREIGN LIMITED LIABILITY COMPANY ZOMEX INVESTMENT (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗОМЕКС ИНВЕСТМЕНТ); a.k.a. LIMITED LIABILITY COMPANY EMIRATES BLUE SKY; a.k.a. LLC EMIRATES BLUE SKY; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU EMIREITS BLYU SKAI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭМИРЕЙТС БЛЮ СКАЙ); a.k.a. OOO EMIREITS BLYU SKAI (Cyrillic: ООО ЭМИРЕЙТС БЛЮ СКАЙ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU EMIREITS BLYU SKAI (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ЭМІРЭЙТС БЛЮ СКАЙ); f.k.a. "ZOMEX"), ul. Petra Mstislavtsa, d. 9, pom. 10-44, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10-44, г. Минск 220076, Belarus); Organization Established

Date 08 Sep 2008; Registration ID 191061449 (Belarus) [BELARUS-EO14038].

TAA HARDSERVIS (Cyrillic: ТАА ГАРДСЭРВІС) (f.k.a. BELSECURITYGROUP; a.k.a. GARDSERVICE; f.k.a. LIMITED LIABILITY COMPANY BELSEKYURITIGRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛСЕКЬЮРИТИГРУПП); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU GARDSERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАРДСЕРВИС); a.k.a. OOO GARDSERVIS (Cyrillic: ООО ГАРДСЕРВИС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU HARDSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ГАРДСЭРВІС)), Karvata St., Building 85, Minsk 220138, Belarus (Cyrillic: ул. Карвата, д. 85, Минск 220138, Belarus); Organization Established Date 19 Nov 2019; Registration Number 193344802 (Belarus) [BELARUS-EO14038].

TAA INTER TABAKKA (Cyrillic: ТАА ІНТЭР ТАБАККА) (a.k.a. INTER TOBACCO; f.k.a. JOINT LIMITED LIABILITY COMPANY INTERDORS (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРДОРС); a.k.a. LIMITED LIABILITY COMPANY INTER TOBACCO; a.k.a. LLC INTER TOBACCO; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU INTER TOBAKKO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕР ТОБАККО); a.k.a. OOO INTER TOBAKKO (Cyrillic: ООО ИНТЕР ТОБАККО); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTER TABAKKA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭР ТАБАККА)), d. 131 (FEZ Minsk), Novodvorskiy village, Novodvorskiy village council, Minsk District, Minsk Oblast 223016, Belarus (Cyrillic: д. 131 (СЭЗ Минск), Новодворский сельсовет, с/с Новодворский, Минский район, Минская область 223016, Belarus); Organization Established Date 10 Oct 2002; Registration Number 808000714 (Belarus) [BELARUS-EO14038].

TAA INTERSERVIS (Cyrillic: ТАА ІНТЭРСЭРВІС) (a.k.a. INTERSERVIS NOVOPOLOTSKOE LLC; a.k.a. LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSK LIMITED LIABILITY

COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSKOYE OBSHCHESTVO S OGRANICHENNOY OTVESTVENNOSTYU INTERSERVIS (Cyrillic: НОВОПОЛОЦКОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРСЕРВИС); a.k.a. OOO INTERSERVIS (Cyrillic: ООО ИНТЕРСЕРВИС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTERSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭРСЭРВІС); a.k.a. "INTERSERVICE"; a.k.a. "LLC INTERSERVICE"), ul. Molodezhnaya, d. 7, kom. 110, Novopolotsk, Vitebsk oblast 211440, Belarus (Cyrillic: ул. Молодежная, д. 7, ком. 110, г. Новополоцк, Витебская область 211440, Belarus); Organization Established Date 13 May 1998; Registration Number 300577484 (Belarus) [BELARUS-EO14038].

TAA LABARATORYYA ADYTYUNYKH TECHNALOHIY (Cyrillic: ТАА ЛАБАРАТОРЫЯ АДЫТЫЎНЫХ ТЭХНАЛОГІЙ) (a.k.a. LLC LABORATORY OF ADDITIVE TECHNOLOGIES; a.k.a. LLC LASER DEVICES AND TECHNOLOGIES (Cyrillic: ООО ЛАЗЕРНЫЕ ПРИБОРЫ И ТЕХНОЛОГИИ; Cyrillic: ТАА ЛАЗЕРНЫЯ ПРЫБОРЫ І ТЭХНАЛОГІІ); a.k.a. OOO LABORATORIYA ADDITIVNYKH TEKHNOLOGIY (Cyrillic: ООО ЛАБОРАТОРИЯ АДДИТИВНЫХ ТЕХНОЛОГИЙ)), Pekinskiy bld. 22, Minsk 222205, Belarus; Tsentralnaya Str. 2, room ll6, Yutski 222744, Belarus; Organization Established Date 09 Feb 2017; Tax ID No. 691827047 (Belarus) [BELARUS-EO14038].

TAA RUKHSERVAMOTOR (Cyrillic: ТАА РУХСЕРВАМАТОР) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNSTYU RUKHSERVOMOTOR; a.k.a. OOO RUCHSERVOMOTOR (Cyrillic: ООО РУХСЕРВОМОТОР); a.k.a. OOO RUKHSERVOMOTOR), Montazhnikov St. 5, Minsk 220019, Belarus; Organization Established Date 24 Feb 2000; Organization Type: Manufacture of industrial, electric and electronic machinery; Tax ID No. 800002497 (Belarus) [BELARUS-EO14038].

TAA SOKHRA (Cyrillic: ТАА СОХРА) (a.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SOKHRA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА); f.k.a. OBSCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU SOKHRA GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА ГРУПП); f.k.a. OBSCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU TIM INDASTRIAL SERVIS KAMPANI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТИМ ИНДАСТРИАЛ СЕРВИС КАМПАНИ); a.k.a. OOO SOKHRA (Cyrillic: ООО СОХРА); a.k.a. SOHRA LLC; a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SOKHRA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СОХРА)), Zavodskaya st., d. 1k, pom. 18, Bolbasovo, Vitebsk Oblast, Orsha District 211004, Belarus (Cyrillic: ул. Заводская, д. 1к, пом. 18, Болбасово, Витебская область, Оршанский район, 211004, Belarus); Revolucyonnaya 17/19, Office no. 22, Minsk 220030, Belarus; Organization Established Date 20 Oct 2014; Registration Number 192363182 (Belarus) [BELARUS-EO14038] (Linked To: ZAITSAU, Aliaksandr Mikalaevich).

TA'AME, Abraham Selassie (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Taeme Abraham; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. "DA'AME"; a.k.a. "DHA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELE"; a.k.a. "MEKELLE"; a.k.a. "MEQELE"; a.k.a. "TESFALEN"; a.k.a. "TSEGAI"); DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

TAAMIN INDUSTRIAL SUPPLY COMPANY (a.k.a. AMEN INDUSTRY SUPPLY; a.k.a. TAAMIN SANAT AMEN COMPANY; a.k.a. TAMIN SANAT AMEN COMPANY), Sorena Building, Unit 5, First Floor, No. 0, Sheikh Mofid Street, Pasha Alley 3, Mosalla Grand Mosque, Central District, Isfahan County, Isfahan, Isfahan 8164763854, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 23 Oct 2014; National ID No. 14004486100 (Iran); Registration Number 52967 (Iran) [NPWMD] [IFSR] (Linked To: BEH JOULE PARS COMMERCIAL ENGINEERING COMPANY).

TAAMIN SANAT AMEN COMPANY (a.k.a. AMEN INDUSTRY SUPPLY; a.k.a. TAAMIN INDUSTRIAL SUPPLY COMPANY; a.k.a. TAMIN SANAT AMEN COMPANY), Sorena Building, Unit 5, First Floor, No. 0, Sheikh Mofid Street, Pasha Alley 3, Mosalla Grand Mosque, Central District, Isfahan County, Isfahan, Isfahan 8164763854, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 23 Oct 2014; National ID No. 14004486100 (Iran); Registration Number 52967 (Iran) [NPWMD] [IFSR] (Linked To: BEH JOULE PARS COMMERCIAL ENGINEERING COMPANY).

TAAS YURYAKH NEFTEGAZODOBYCHA LLC, UL. Pervomaiskaya D.32 A, Lensk 678144, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1433015633 (Russia); Registration Number 1021400967532 (Russia) [RUSSIA-EO14024].

TAATTA, AO (a.k.a. BANK TAATTA; a.k.a. BANK TAATTA AKTSIONERNOE OBSHCHESTVO; a.k.a. JOINT STOCK COMPANY TAATTA BANK; a.k.a. JSC TAATTA BANK), 36 ul. Chepalova, Yakutsk, Sakha (Yakutiya) Resp. 677018, Russia; Bld. 41, Bolshaya Morskaya Street, Sevastopol, Crimea 299011, Ukraine; Bld. 66, Kirova Avenue, Simferopol, Crimea, Ukraine; Bld. 36, Kulakova Street, Sevastopol, Crimea, Ukraine; SWIFT/BIC TAAARU8Y; BIK (RU) 049805709; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1021400000380 (Russia); Tax ID No. 1435126628 (Russia); Government Gazette Number 09287233 (Russia); License 1249 (Russia) [UKRAINE-EO13685].

TABA (a.k.a. IRAN CUTTING TOOLS COMPANY; a.k.a. TABA COMPANY; a.k.a. TOWLID ABZAR BORESHI IRAN), Northwest of Karaj at Km 55 Qazvin (alt. Ghazvin) Highway, Haljerd, Iran; No. 66 Sarhang Sakhaei St., Hafez Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

TABA COMPANY (a.k.a. IRAN CUTTING TOOLS COMPANY; a.k.a. TABA; a.k.a. TOWLID ABZAR BORESHI IRAN), Northwest of Karaj at Km 55 Qazvin (alt. Ghazvin) Highway, Haljerd, Iran; No. 66 Sarhang Sakhaei St., Hafez Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

TABACHNIK, Dmitry (a.k.a. TABACHNYK, Dmitriy; a.k.a. TABACHNYK, Dmytro Volodymyrovych); DOB 28 Nov 1963; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

TABACHNYK, Dmitriy (a.k.a. TABACHNIK, Dmitry; a.k.a. TABACHNYK, Dmytro Volodymyrovych); DOB 28 Nov 1963; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

TABACHNYK, Dmytro Volodymyrovych (a.k.a. TABACHNIK, Dmitry; a.k.a. TABACHNYK, Dmitriy); DOB 28 Nov 1963; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

TABAJA, Adham Husayn (a.k.a. TABAJA, Adham Hussein; a.k.a. TABAJAH, Adham); DOB 24 Oct 1967; POB Kfartebnit 50, Lebanon; alt. POB Kfar Tibnit, Lebanon; alt. POB Ghobeiry, Lebanon; alt. POB Al Ghubayrah, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL1294089 (Lebanon); Identification Number 00986426 (Iraq) (individual) [SDGT] (Linked To: HIZBALLAH).

TABAJA, Adham Hussein (a.k.a. TABAJA, Adham Husayn; a.k.a. TABAJAH, Adham); DOB 24 Oct 1967; POB Kfartebnit 50, Lebanon; alt. POB Kfar Tibnit, Lebanon; alt. POB Ghobeiry, Lebanon; alt. POB Al Ghubayrah, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL1294089 (Lebanon); Identification Number 00986426 (Iraq) (individual) [SDGT] (Linked To: HIZBALLAH).

TABAJA, Hasan (a.k.a. TABAJA, Hasan Husayn; a.k.a. TABAJA, Hassan; a.k.a. TABAJA, Hassan Hussain), Lebanon; DOB 08 Oct 1971; POB Chiah, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 0913767 (Lebanon); Identification Number 371923 (Lebanon); Residency Number 62270869 (United Arab Emirates) (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

TABAJA, Hasan Husayn (a.k.a. TABAJA, Hasan; a.k.a. TABAJA, Hassan; a.k.a. TABAJA, Hassan Hussain), Lebanon; DOB 08 Oct 1971; POB Chiah, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 0913767 (Lebanon); Identification Number 371923 (Lebanon); Residency Number 62270869 (United Arab Emirates) (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

TABAJA, Hassan (a.k.a. TABAJA, Hasan; a.k.a. TABAJA, Hasan Husayn; a.k.a. TABAJA, Hassan Hussain), Lebanon; DOB 08 Oct 1971; POB Chiah, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 0913767 (Lebanon); Identification Number 371923 (Lebanon); Residency Number 62270869 (United Arab Emirates) (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

TABAJA, Hassan Hussain (a.k.a. TABAJA, Hasan; a.k.a. TABAJA, Hasan Husayn; a.k.a. TABAJA, Hassan), Lebanon; DOB 08 Oct 1971; POB Chiah, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL 0913767 (Lebanon); Identification Number 371923 (Lebanon); Residency Number 62270869 (United Arab Emirates) (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

TABAJAH, Adham (a.k.a. TABAJA, Adham Husayn; a.k.a. TABAJA, Adham Hussein); DOB 24 Oct 1967; POB Kfartebnit 50, Lebanon; alt. POB Kfar Tibnit, Lebanon; alt. POB Ghobeiry, Lebanon; alt. POB Al Ghubayrah, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL1294089 (Lebanon); Identification Number 00986426 (Iraq) (individual) [SDGT] (Linked To: HIZBALLAH).

TABAK INVEST LLC (Cyrillic: ООО ТАБАК ИНВЕСТ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TABAK INVEST), D. 22, Nezhiloe pomeshchenie, ul. Gusovskogo, Minsk 220073, Belarus; Organization Established Date 1997; Tax ID No. 101333138 (Belarus) [BELARUS-EO14038].

TABAK, Vladimir Grigoryevich (Cyrillic: ТАБАК, Владимир Григорьевич), Moscow, Russia; DOB 02 Dec 1986; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 754044849 (Russia); National ID No. 4516910944 (Russia); Tax ID No. 772589320839 (Russia) (individual) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NON-PROFIT ORGANIZATION DIALOG; Linked To: AUTONOMOUS NON-PROFIT ORGANIZATION DIALOG REGIONS).

TABARES MARTINEZ, Uriel (a.k.a. "El Medico"), Mexico; DOB 16 Apr 1979; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. TAMU790416HGRBRR03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: LA NUEVA FAMILIA MICHOACANA).

TABAREZ MARTINEZ, Franco, Mexico; DOB 29 Jan 1974; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. TAMF740129HGRBRR04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

TABATABAEE, Sayyed Ali (a.k.a. TABATABAEI, Ali Akbar; a.k.a. TABATABAEI, Sayyid Ali Akbar; a.k.a. TABATABAEI, Seyed Akbar; a.k.a. TABATABAEI, Syed; a.k.a. TABATABA'I, Seyed Akbar; a.k.a. TABATABA'IE, Sayyed Ali; a.k.a. TAHMAESEBI, Seyed Akbar; a.k.a. TAHMASEBI, Akbar; a.k.a. TAHMASEBI, Seyed); nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 6620505; alt. Passport 9003213 (individual) [SDGT] [IRGC] [IFSR].

TABATABAEI, Ali Akbar (a.k.a. TABATABAEE, Sayyed Ali; a.k.a. TABATABAEI, Sayyid Ali Akbar; a.k.a. TABATABAEI, Seyed Akbar; a.k.a. TABATABAEI, Syed; a.k.a. TABATABA'I, Seyed Akbar; a.k.a. TABATABA'IE, Sayyed Ali; a.k.a. TAHMAESEBI, Seyed Akbar; a.k.a. TAHMASEBI, Akbar; a.k.a. TAHMASEBI, Seyed); nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Passport 6620505; alt. Passport 9003213 (individual) [SDGT] [IRGC] [IFSR].

TABATABAEI, Sayyid Ali Akbar (a.k.a. TABATABAEE, Sayyed Ali; a.k.a. TABATABAEI, Ali Akbar; a.k.a. TABATABAEI, Seyed Akbar; a.k.a. TABATABAEI, Syed; a.k.a. TABATABA'I, Seyed Akbar; a.k.a. TABATABA'IE, Sayyed Ali; a.k.a. TAHMAESEBI, Seyed Akbar; a.k.a. TAHMASEBI, Akbar; a.k.a. TAHMASEBI, Seyed); nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 6620505; alt. Passport 9003213 (individual) [SDGT] [IRGC] [IFSR].

TABATABAEI, Seyed Akbar (a.k.a. TABATABAEE, Sayyed Ali; a.k.a. TABATABAEI, Ali Akbar; a.k.a. TABATABAEI, Sayyid Ali Akbar; a.k.a. TABATABAEI, Syed; a.k.a. TABATABA'I, Seyed Akbar; a.k.a. TABATABA'IE, Sayyed Ali; a.k.a. TAHMAESEBI, Seyed Akbar; a.k.a. TAHMASEBI, Akbar; a.k.a. TAHMASEBI, Seyed); nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 6620505; alt. Passport 9003213 (individual) [SDGT] [IRGC] [IFSR].

TABATABAEI, Seyyed Mohammad Ali Khatibi; DOB 27 Sep 1955; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Director, NIOC International Affairs (London) Ltd.; Director of International Affairs, NIOC (individual) [IRAN].

TABATABAEI, Syed (a.k.a. TABATABAEE, Sayyed Ali; a.k.a. TABATABAEI, Ali Akbar; a.k.a. TABATABAEI, Sayyid Ali Akbar; a.k.a. TABATABAEI, Seyed Akbar; a.k.a. TABATABA'I, Seyed Akbar; a.k.a. TABATABA'IE, Sayyed Ali; a.k.a. TAHMAESEBI, Seyed Akbar; a.k.a. TAHMASEBI, Akbar; a.k.a. TAHMASEBI, Seyed); nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 6620505; alt. Passport 9003213 (individual) [SDGT] [IRGC] [IFSR].

TABATABAI, Abu Ali (a.k.a. AL-TABATABA'I, Abu 'Ali; a.k.a. TABATABA'I, Haytham 'Ali; a.k.a. TABTABAI, Abu Ali), Syria; Yemen; DOB 1968; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TABATABA'I, Haytham 'Ali (a.k.a. AL-TABATABA'I, Abu 'Ali; a.k.a. TABATABAI, Abu Ali; a.k.a. TABTABAI, Abu Ali), Syria; Yemen; DOB 1968; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TABATABA'I, Seyed Akbar (a.k.a. TABATABAEE, Sayyed Ali; a.k.a. TABATABAEI, Ali Akbar; a.k.a. TABATABAEI, Sayyid Ali Akbar; a.k.a. TABATABAEI, Seyed Akbar; a.k.a. TABATABAEI, Syed; a.k.a. TABATABA'IE, Sayyed Ali; a.k.a. TAHMAESEBI, Seyed Akbar; a.k.a. TAHMASEBI, Akbar; a.k.a. TAHMASEBI, Seyed); nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 6620505; alt. Passport 9003213 (individual) [SDGT] [IRGC] [IFSR].

TABATABAI, Seyyed Aminollah Emami (Arabic: سیّدامین اله امامی طباطبایی) (a.k.a. TABATBAYI, Aminallah Imami), Tehran, Iran; DOB 26 Aug 1963; POB Meybod, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4489260229 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: BONYAD TAAVON SEPAH).

TABATABA'IE, Sayyed Ali (a.k.a. TABATABAEE, Sayyed Ali; a.k.a. TABATABAEI, Ali Akbar; a.k.a. TABATABAEI, Sayyid Ali Akbar; a.k.a. TABATABAEI, Seyed Akbar; a.k.a. TABATABAEI, Syed; a.k.a. TABATABA'I, Seyed Akbar; a.k.a. TAHMAESEBI, Seyed Akbar; a.k.a. TAHMASEBI, Akbar; a.k.a. TAHMASEBI, Seyed); nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Passport 6620505; alt. Passport 9003213 (individual) [SDGT] [IRGC] [IFSR].

TABATBAYI, Aminallah Imami (a.k.a. TABATABAI, Seyyed Aminollah Emami (Arabic: سیّدامین اله امامی طباطبایی)), Tehran, Iran; DOB 26 Aug 1963; POB Meybod, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4489260229 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: BONYAD TAAVON SEPAH).

TABCHEM CHEMICAL INDUSTRIES CO. (Arabic: شرکت صنایع شیمیایی تابکم) (a.k.a. TABCHEM CHEMICAL INDUSTRIES COMPANY PRIVATE COMPANY), 5th Floor, No. 97, S. Iranshahr St., Tehran, Iran; Alborz industry city, Qazvin, Iran; Website www.tabchem.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100588400 (Iran); Registration Number 16278 (Iran) [IRAN-EO13876] (Linked To: BEHRAN OIL CO.).

TABCHEM CHEMICAL INDUSTRIES COMPANY PRIVATE COMPANY (a.k.a. TABCHEM CHEMICAL INDUSTRIES CO. (Arabic: شرکت صنایع شیمیایی تابکم)), 5th Floor, No. 97, S. Iranshahr St., Tehran, Iran; Alborz industry city, Qazvin, Iran; Website www.tabchem.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100588400 (Iran); Registration Number 16278 (Iran) [IRAN-EO13876] (Linked To: BEHRAN OIL CO.).

TABIBI JABALI, Bahram (a.k.a. TABIBI JEBELI, Bahram; a.k.a. TABIBI, Bahram), Iran; DOB 21 Mar 1971; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport I45845086 (Iran) expires 25 Jun 2023 (individual) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

TABIBI JEBELI, Bahram (a.k.a. TABIBI JABALI, Bahram; a.k.a. TABIBI, Bahram), Iran; DOB 21 Mar 1971; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport I45845086 (Iran) expires 25 Jun 2023 (individual) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

TABIBI, Bahram (a.k.a. TABIBI JABALI, Bahram; a.k.a. TABIBI JEBELI, Bahram), Iran; DOB 21 Mar 1971; POB Isfahan, Iran; nationality Iran;

Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport I45845086 (Iran) expires 25 Jun 2023 (individual) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

TABRIZ PETROCHEMICAL COMPANY, Off Km 8, Azarshahr Road, Kojuvar Road, Tabriz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

TABTABAI, Abu Ali (a.k.a. AL-TABATABA'I, Abu 'Ali; a.k.a. TABATABAI, Abu Ali; a.k.a. TABATABA'I, Haytham 'Ali), Syria; Yemen; DOB 1968; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TACKOM (a.k.a. AKTSIONERNOE OBSHCHESTVO TASKOM; a.k.a. AO TASKOM), Ter. Severnaya Promyshlennaya Zona, Vladenie 6, Str. 1, Vorsino 249020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4025422770 (Russia); Registration Number 1094025002246 (Russia) [RUSSIA-EO14024].

TACO LLC (Armenian: ՏԱԿՈ ՍՊԸ) (a.k.a. TAKO LLC), Garegin Nzhdeh Str., Unit 17, Shengavit, Yerevan 0026, Armenia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Wholesale of electronic and telecommunications equipment and parts; Tax ID No. 02298191 (Armenia); Registration Number 269.110.1228684 (Armenia) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

TACTICAL MISSILES CORPORATION JSC (Cyrillic: АО КОРПОРАЦИЯ ТАКТИЧЕСКОЕ РАКЕТНОЕ ВООРУЖЕНИЕ) (a.k.a. AKTSIONERNOE OBSCHESTVO KORPORATSIYA TAKTICHESKOE RAKETNOE VOORUZHENIE; a.k.a. "KTRV" (Cyrillic: "КТРВ")), d. 7, ul. Ilicha, Korolev, Moskovskaya Obl. 141080, Russia (Cyrillic: д. 7, ул. Ильича, Королёв, Московская Область 141080, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 13 Mar 2003; Government Gazette Number 07503313 (Russia);

Registration Number 1035003364021 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

TADAWUL CAPITAL (a.k.a. TADAWUL FINANCIAL SERVICES SAOC), Muscat, Oman; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Mar 2008; Registration Number 1041405 (Oman) [RUSSIA-EO14024].

TADAWUL FINANCIAL SERVICES SAOC (a.k.a. TADAWUL CAPITAL), Muscat, Oman; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Mar 2008; Registration Number 1041405 (Oman) [RUSSIA-EO14024].

TADBIR BROKERAGE COMPANY (a.k.a. SHERKAT-E KARGOZARI-E TADBIRGARAN-E FARDA; a.k.a. TADBIRGARAN FARDA BROKERAGE COMPANY; a.k.a. TADBIRGARAN-E FARDA BROKERAGE COMPANY; a.k.a. TADBIRGARANE FARDA MERCANTILE EXCHANGE CO.), Unit C2, 2nd Floor, Building No. 29, Corner of 25th Street, After Jahan Koudak, Cross Road Africa Street, Tehran 15179, Iran; Website http://www.tadbirbroker.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

TADBIR BUILDING EXPANSION GROUP (a.k.a. GORUH-E TOSE-E SAKHTEMAN-E TADBIR; a.k.a. TADBIR CONSTRUCTION DEVELOPMENT COMPANY; a.k.a. TADBIR HOUSING DEVELOPMENT GROUP), Block 1, Mehr Passage, 4th Street, Iran Zamin Boulevard, Shahrak Qods, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

TADBIR CONSTRUCTION DEVELOPMENT COMPANY (a.k.a. GORUH-E TOSE-E SAKHTEMAN-E TADBIR; a.k.a. TADBIR BUILDING EXPANSION GROUP; a.k.a. TADBIR HOUSING DEVELOPMENT GROUP), Block 1, Mehr Passage, 4th Street, Iran Zamin Boulevard, Shahrak Qods, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

TADBIR DRILLING DEVELOPMENT COMPANY (Arabic: شرکت توسعه حفاری تدبیر), 2nd & 7th Floors, NO. 346, East. Mirdamad Ave., Modarres Exp., Tehran 1549944919, Iran; 2nd Floor, No. 253, Mirdamad Blvd., Tehran, Iran; Website www.tadbirdrilling.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320816650 (Iran); Registration Number 429205 (Iran) [IRAN-

EO13876] (Linked To: TADBIR ENERGY DEVELOPMENT GROUP CO.).

TADBIR ECONOMIC DEVELOPMENT GROUP (Arabic: شرکت گروه توسعه اقتصادی تدبیر) (a.k.a. TADBIR GROUP), 16 Avenue Bucharest, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103871690 (Iran); Registration Number 341189 (Iran) [IRAN] [IRAN-EO13876] (Linked To: EXECUTION OF IMAM KHOMEINI'S ORDER).

TADBIR ENERGY DEVELOPMENT GROUP CO. (Arabic: شرکت گروه توسعه انرژی تدبیر), 6th Floor, Mirdamad Avenue, No. 346, Tehran, Iran; Website http://www.tadbirenergy.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103669614 (Iran); Registration Number 329465 (Iran) [IRAN] [IRAN-EO13876] (Linked To: TADBIR ECONOMIC DEVELOPMENT GROUP).

TADBIR GROUP (a.k.a. TADBIR ECONOMIC DEVELOPMENT GROUP (Arabic: شرکت گروه توسعه اقتصادی تدبیر)), 16 Avenue Bucharest, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103871690 (Iran); Registration Number 341189 (Iran) [IRAN] [IRAN-EO13876] (Linked To: EXECUTION OF IMAM KHOMEINI'S ORDER).

TADBIR HOUSING DEVELOPMENT GROUP (a.k.a. GORUH-E TOSE-E SAKHTEMAN-E TADBIR; a.k.a. TADBIR BUILDING EXPANSION GROUP; a.k.a. TADBIR CONSTRUCTION DEVELOPMENT COMPANY), Block 1, Mehr Passage, 4th Street, Iran Zamin Boulevard, Shahrak Qods, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

TADBIR INDUSTRIAL HOLDING COMPANY (a.k.a. MODABER; a.k.a. MODABER INVESTMENT COMPANY); Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

TADBIR INVESTMENT COMPANY, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

TADBIR KISH MEDICAL AND PHARMACEUTICAL CO. (a.k.a. TADBIR KISH MEDICAL AND PHARMACEUTICAL COMPANY; a.k.a. TADBIR TED VA DAROYE KISH), Iran; Unit A103, 1st Floor, Padena Complex, Iran Blvd, Kish, Iran; Unit A301, 1st Floor, Padena Complex, Iran Blvd, Kish, Iran; Unit 301, 3rd Floor, Sadaf Tower, Kish, Iran;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: GLOBAL VISION GROUP).

TADBIR KISH MEDICAL AND PHARMACEUTICAL COMPANY (a.k.a. TADBIR KISH MEDICAL AND PHARMACEUTICAL CO.; a.k.a. TADBIR TED VA DAROYE KISH), Iran; Unit A103, 1st Floor, Padena Complex, Iran Blvd, Kish, Iran; Unit A301, 1st Floor, Padena Complex, Iran Blvd, Kish, Iran; Unit 301, 3rd Floor, Sadaf Tower, Kish, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: GLOBAL VISION GROUP).

TADBIR TED VA DAROYE KISH (a.k.a. TADBIR KISH MEDICAL AND PHARMACEUTICAL CO.; a.k.a. TADBIR KISH MEDICAL AND PHARMACEUTICAL COMPANY), Iran; Unit A103, 1st Floor, Padena Complex, Iran Blvd, Kish, Iran; Unit A301, 1st Floor, Padena Complex, Iran Blvd, Kish, Iran; Unit 301, 3rd Floor, Sadaf Tower, Kish, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: GLOBAL VISION GROUP).

TADBIRGARAN ATIYEH IRANIAN INVESTMENT COMPANY, No. 48, 14th Street, Ahmad Ghasir Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10102867151 (Iran); Registration Number 246077 (Iran) [SDGT] [IFSR] (Linked To: MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY).

TADBIRGARAN FARDA BROKERAGE COMPANY (a.k.a. SHERKAT-E KARGOZARI-E TADBIRGARAN-E FARDA; a.k.a. TADBIR BROKERAGE COMPANY; a.k.a. TADBIRGARAN-E FARDA BROKERAGE COMPANY; a.k.a. TADBIRGARANE FARDA MERCANTILE EXCHANGE CO.), Unit C2, 2nd Floor, Building No. 29, Corner of 25th Street, After Jahan Koudak, Cross Road Africa Street, Tehran 15179, Iran; Website http://www.tadbirbroker.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

TADBIRGARAN-E FARDA BROKERAGE COMPANY (a.k.a. SHERKAT-E KARGOZARI-E TADBIRGARAN-E FARDA; a.k.a. TADBIR BROKERAGE COMPANY; a.k.a.

TADBIRGARAN FARDA BROKERAGE COMPANY; a.k.a. TADBIRGARANE FARDA MERCANTILE EXCHANGE CO.), Unit C2, 2nd Floor, Building No. 29, Corner of 25th Street, After Jahan Koudak, Cross Road Africa Street, Tehran 15179, Iran; Website http://www.tadbirbroker.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

TADBIRGARANE FARDA MERCANTILE EXCHANGE CO. (a.k.a. SHERKAT-E KARGOZARI-E TADBIRGARAN-E FARDA; a.k.a. TADBIR BROKERAGE COMPANY; a.k.a. TADBIRGARAN FARDA BROKERAGE COMPANY; a.k.a. TADBIRGARAN-E FARDA BROKERAGE COMPANY), Unit C2, 2nd Floor, Building No. 29, Corner of 25th Street, After Jahan Koudak, Cross Road Africa Street, Tehran 15179, Iran; Website http://www.tadbirbroker.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

TADIC, Dusan (a.k.a. "DULE"; a.k.a. "DUSKO"); DOB 1956; POB Cajnice, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

TADIC, Gordana, Bosnia and Herzegovina; DOB 27 Jun 1962; POB Zivinice, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; citizen Bosnia and Herzegovina; Gender Female; National ID No. 2706962189234 (Bosnia and Herzegovina) (individual) [BALKANS-EO14033].

TADIC, Miroslav; DOB 12 May 1937; POB Novi Grad, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

TAEB, Hassan (a.k.a. TAEB, Hosein; a.k.a. TAEB, Hossein; a.k.a. TAEB, Hussayn); DOB 1963; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Deputy Commander for Intelligence, Islamic Revolutionary Guard Corps; Hojjatoleslam; Former Commander of the Basij Forces (individual) [SDGT] [IRGC] [IRAN-HR].

TAEB, Hosein (a.k.a. TAEB, Hassan; a.k.a. TAEB, Hossein; a.k.a. TAEB, Hussayn); DOB 1963; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Deputy Commander for Intelligence, Islamic Revolutionary Guard Corps; Hojjatoleslam; Former Commander of

the Basij Forces (individual) [SDGT] [IRGC] [IRAN-HR].

TAEB, Hossein (a.k.a. TAEB, Hassan; a.k.a. TAEB, Hosein; a.k.a. TAEB, Hussayn); DOB 1963; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Deputy Commander for Intelligence, Islamic Revolutionary Guard Corps; Hojjatoleslam; Former Commander of the Basij Forces (individual) [SDGT] [IRGC] [IRAN-HR].

TAEB, Hussayn (a.k.a. TAEB, Hassan; a.k.a. TAEB, Hosein; a.k.a. TAEB, Hossein); DOB 1963; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Deputy Commander for Intelligence, Islamic Revolutionary Guard Corps; Hojjatoleslam; Former Commander of the Basij Forces (individual) [SDGT] [IRGC] [IRAN-HR].

TAECHIN TRADING CORPORATION (a.k.a. 126 ECONOMIC EXCHANGE COMPANY; a.k.a. DAEJIN TRADING GENERAL CORPORATION (Korean: 대진무역총회사); a.k.a. KOREA DAIZIN TRADING CORP.; a.k.a. KOREA DAIZIN TRADING CORPORATION; a.k.a. KOREA TAEJIN TRADING; a.k.a. KOREA TAEJIN TRADING CORPORATION; a.k.a. KOREA TAIJIN TRADE CORPORATION; a.k.a. TAEJIN TRADING COMPANY; a.k.a. TAEJIN TRADING CORPORATION; a.k.a. TAEJIN TRADING GENERAL COMPANY), Hu'ngbu-dong, Moranbong District, Pyongyang, Korea, North; Hanoi, Vietnam; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Mining of hard coal [DPRK2] [DPRK3].

TAEDONG CREDIT BANK (a.k.a. DAEDONG CREDIT BANK; a.k.a. DAE-DONG CREDIT BANK; a.k.a. "DCB"), Suite 401, Potonggang Hotel, Ansan-Dong, Pyongchon District, Pyongyang, Korea, North; Ansan-dong, Botongang Hotel, Pongchon, Pyongyang, Korea, North; SWIFT/BIC DCBKKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons

Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

TAEJIN TRADING COMPANY (a.k.a. 126 ECONOMIC EXCHANGE COMPANY; a.k.a. DAEJIN TRADING GENERAL CORPORATION (Korean: 대진무역총회사); a.k.a KOREA DAIZIN TRADING CORP.; a.k.a. KOREA DAIZIN TRADING CORPORATION; a.k.a. KOREA TAEJIN TRADING; a.k.a. KOREA TAEJIN TRADING CORPORATION; a.k.a. KOREA TAIJIN TRADE CORPORATION; a.k.a. TAECHIN TRADING CORPORATION; a.k.a. TAEJIN TRADING CORPORATION; a.k.a. TAEJIN TRADING GENERAL COMPANY), Hu'ngbu-dong, Moranbong District, Pyongyang, Korea, North; Hanoi, Vietnam; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Mining of hard coal [DPRK2] [DPRK3].

TAEJIN TRADING CORPORATION (a.k.a. 126 ECONOMIC EXCHANGE COMPANY; a.k.a. DAEJIN TRADING GENERAL CORPORATION (Korean: 대진무역총회사); a.k.a KOREA DAIZIN TRADING CORP.; a.k.a. KOREA DAIZIN TRADING CORPORATION; a.k.a. KOREA TAEJIN TRADING; a.k.a. KOREA TAEJIN TRADING CORPORATION; a.k.a. KOREA TAIJIN TRADE CORPORATION; a.k.a. TAECHIN TRADING CORPORATION; a.k.a. TAEJIN TRADING COMPANY; a.k.a. TAEJIN TRADING GENERAL COMPANY), Hu'ngbu-dong, Moranbong District, Pyongyang, Korea, North; Hanoi, Vietnam; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Mining of hard coal [DPRK2] [DPRK3].

TAEJIN TRADING GENERAL COMPANY (a.k.a. 126 ECONOMIC EXCHANGE COMPANY; a.k.a. DAEJIN TRADING GENERAL CORPORATION (Korean: 대진무역총회사); a.k.a. KOREA DAIZIN TRADING CORP.; a.k.a. KOREA DAIZIN TRADING CORPORATION; a.k.a. KOREA TAEJIN TRADING; a.k.a. KOREA TAEJIN TRADING CORPORATION; a.k.a. KOREA TAIJIN TRADE CORPORATION; a.k.a. TAECHIN TRADING CORPORATION;

a.k.a. TAEJIN TRADING COMPANY; a.k.a. TAEJIN TRADING CORPORATION), Hu'ngbu-dong, Moranbong District, Pyongyang, Korea, North; Hanoi, Vietnam; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Mining of hard coal [DPRK2] [DPRK3].

TAERIO INTERNATIONAL LTD EOOD, 3 Han Krum St., Sredets Distr., Fl. 2, Sofia 1000, Bulgaria; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Sep 2018; Target Type Private Company; Tax ID No. 205265467 (Bulgaria) [RUSSIA-EO14024] (Linked To: MUELLER, Markus Gerhard).

TAERIO LIMITED, Office No. 3, Hamarain Centre, Deira, Al Muraqqabat, PO Box 95426, Dubai, United Arab Emirates; Malta; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number IBC041510470 (Malta) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

TAESONG BANK (a.k.a. CHOSON TAESONG UNHAENG; a.k.a. KOREA DAESONG BANK), Segori-dong, Gyongheung St., Potonggang District, Pyongyang, Korea, North; SWIFT/BIC KDBKKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; PHONE 850 2 381 8221; PHONE 850 2 18111 ext. 8221; FAX 850 2 381 4576; TELEX 360230 and 37041 KDP KP; TGMS daesongbank; EMAIL kdb@co.chesin.com [DPRK].

TAEWO'N INDUSTRIES (a.k.a. DAEWON INDUSTRIES; a.k.a. DAEWON INDUSTRY COMPANY), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

TAGABO MARITIME CORPORATION, 1st Floor, Dekk House, Zippora Street, Providence Industrial Estate, Victoria, Seychelles; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related

Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6466152 [UKRAINE-EO13662] [RUSSIA-EO14024].

TAGANDA, Bosco (a.k.a. BAGANDA, Bosco; a.k.a. NTAGANDA, Bosco; a.k.a. NTAGANDA, Jean Bosco; a.k.a. NTAGENDA, Bosco; a.k.a. NTANGANA, Bosco; a.k.a. NTANGANDA, Bosco; a.k.a. TANGANDA, Bosco), Runyoni, Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1973; POB Nord-Kivu, DRC; alt. POB Rwanda; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

TAGANROGSKI AVIATSIONNY NAUCHNO-TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA PAO (a.k.a. BERIEV AIRCRAFT COMPANY; a.k.a. PJSC TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПАО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА); a.k.a. PJSC TASTC N.A. G. M. BERIEV; a.k.a. PUBLIC JOINT STOCK COMPANY TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА); a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TAGANROGSKI AVIATSIONNY NAUCHNO TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA; a.k.a. TANTK IM.G.M. BERIEVA PAO), d. 1, pl. Aviatorov, Taganrog, Rostovskaya Oblast 347923, Russia (Cyrillic: д.1, пл. Авиаторов, Таганрог, Ростовская область 347923, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Jul 1994; Target Type State-Owned Enterprise; Tax ID No. 6154028021 (Russia); Registration Number 1026102571065 (Russia) [RUSSIA-EO14024].

TAGEDDINE, Ali Mohamed (a.k.a. TAJ AL DIN, Ali; a.k.a. TAJEDDIN, Ali Mohammad Abdel Hassan; a.k.a. TAJEDDIN, Ali Mohammad Abed Al-Hassan; a.k.a. TAJEDDINE, Ali; a.k.a. TAJIDEEN, Ali); DOB 1961; alt. DOB 1963; POB Hanaway, Lebanon; alt. POB Hanouay, Lebanon; alt. POB Hanawiya, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TAGHANAKE, Soghra Khodadadi (a.k.a. KHODADADI, Soghra (Arabic: خدادادی صغری); a.k.a. TAGHANAKI, Soghra Khodadadi), Varamin, Tehran, Iran; DOB 27 Mar 1971; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport B50799950 (Iran) (individual) [CAATSA - IRAN].

TAGHANAKI, Soghra Khodadadi (a.k.a. KHODADADI, Soghra (Arabic: خدادادی صغری); a.k.a. TAGHANAKE, Soghra Khodadadi), Varamin, Tehran, Iran; DOB 27 Mar 1971; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport B50799950 (Iran) (individual) [CAATSA - IRAN].

TAGHIPOUR ANVARI, Reza (a.k.a. TAGHIPOUR, Reza); DOB 1957; POB Maragheh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Minister of Communications and Information Technology; Minister for Information and Communications (individual) [IRAN-TRA].

TAGHIPOUR, Reza (a.k.a. TAGHIPOUR ANVARI, Reza); DOB 1957; POB Maragheh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Minister of Communications and Information Technology; Minister for Information and Communications (individual) [IRAN-TRA].

TAGHTIRAN KASHAN COMPANY (a.k.a. TAGHTIRAN P.J.S.), Flat 2, No. 3, 2nd Street, Azad-Abadi Avenue, Tehran 14316, Iran; KM 44 Kashan-Delijan Road, P.O. Box Kashan 87135/1987, Kashan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

TAGHTIRAN P.J.S. (a.k.a. TAGHTIRAN KASHAN COMPANY), Flat 2, No. 3, 2nd Street, Azad-Abadi Avenue, Tehran 14316, Iran; KM 44 Kashan-Delijan Road, P.O. Box Kashan 87135/1987, Kashan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

TAGIEV, Fikhret Gabdulla Ogly (a.k.a. TAGIYEV, Fikhret; a.k.a. TAGIYEV, Fikret); DOB 03 Apr 1962 (individual) [MAGNIT].

TAGIYEV, Fikhret (a.k.a. TAGIEV, Fikhret Gabdulla Ogly; a.k.a. TAGIYEV, Fikret); DOB 03 Apr 1962 (individual) [MAGNIT].

TAGIYEV, Fikret (a.k.a. TAGIEV, Fikhret Gabdulla Ogly; a.k.a. TAGIYEV, Fikhret); DOB 03 Apr 1962 (individual) [MAGNIT].

TAGRAS BIZNESSERVIS LIMITED LIABILITY COMPANY (Cyrillic: ТАГРАС БИЗНЕССЕРВИС ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. TAGRAS BIZNESSERVIS OOO (Cyrillic: ТАГРАС БИЗНЕС СЕРВИС ООО)), Almetevskii Raion, Ulitsa Chernyshevskogo, 47A, Almetyevsk, Tartarstan Republic 423465, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Dec 2005; Registration ID 1051605064224 (Russia); Tax ID No. 1644035685 (Russia); Government Gazette Number 93062407 (Russia) [RUSSIA-EO14024].

TAGRAS BIZNESSERVIS OOO (Cyrillic: ТАГРАС БИЗНЕС СЕРВИС ООО) (a.k.a. TAGRAS BIZNESSERVIS LIMITED LIABILITY COMPANY (Cyrillic: ТАГРАС БИЗНЕССЕРВИС ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)), Almetevskii Raion, Ulitsa Chernyshevskogo, 47A, Almetyevsk, Tartarstan Republic 423465, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Dec 2005; Registration ID 1051605064224 (Russia); Tax ID No. 1644035685 (Russia); Government Gazette Number 93062407 (Russia) [RUSSIA-EO14024].

TAGWIREI, Kuda (a.k.a. TAGWIREI, Kudakwashe Regimond), 4 Luna Road, Borrowdale, Harare, Zimbabwe; DOB 12 Feb 1969; POB Shurugwi, Midlands, Zimbabwe; nationality Zimbabwe; alt. nationality South Africa; Gender Male; Passport FN920256 (Zimbabwe) issued 02 Jul 2019 expires 01 Jul 2029; National ID No. 29135894Z66 (Zimbabwe) (individual) [GLOMAG].

TAGWIREI, Kudakwashe Regimond (a.k.a. TAGWIREI, Kuda), 4 Luna Road, Borrowdale, Harare, Zimbabwe; DOB 12 Feb 1969; POB Shurugwi, Midlands, Zimbabwe; nationality Zimbabwe; alt. nationality South Africa; Gender Male; Passport FN920256 (Zimbabwe) issued 02 Jul 2019 expires 01 Jul 2029; National ID No. 29135894Z66 (Zimbabwe) (individual) [GLOMAG].

TAHA MUSA, Rifa'i Ahmad (a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. THABIT 'IZ; a.k.a. "'ABD-AL-'IZ"; a.k.a. "ABU YASIR"); DOB 24 Jun 1954; POB Egypt; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886; Passport 83860 (Sudan); alt. Passport 30455 (Egypt); alt. Passport 1046403 (Egypt) (individual) [SDGT].

TAHA PRECISION TOOLS COMPANY (a.k.a. ABZAR DAGHIGH TAHA; a.k.a. ABZAR-E DAGHIGH-E TAHA COMPANY), No. 1, Cho'gan Street, Unit 2, Ground Floor, Shahid Fahmideh Highway (Tehran-Karaj Highway), Farhangian-Azadi Town (Ansar Town), Central District, Tehran County, Tehran, Tehran 1398910003, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 05 Mar 2014; National ID No. 14003933075 (Iran); Registration Number 451094 (Iran) [NPWMD] [IFSR] (Linked To: SHAHID BAKERI INDUSTRIAL GROUP).

TAHA SAVUNMA SANAYI VE TICARET ANONIM SIRKETI, Icerenkoy Mah. Kucukbakkalkoy Yolu Cad. Cemre Apt No: 33, D. 1, Atasehir, Istanbul 34752, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Sep 2018; Organization Type: Defense activities [RUSSIA-EO14024].

TAHA, Abdul Rahman S. (a.k.a. TAHER, Abdul Rahman S.; a.k.a. YASIN, Abdul Rahman; a.k.a. YASIN, Abdul Rahman Said; a.k.a. YASIN, Aboud); DOB 10 Apr 1960; POB Bloomington, Indiana USA; citizen United States; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 27082171 (United States) issued 21 Jun 1992; alt. Passport M0887925 (Iraq); SSN 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 (United States); U.S.A. Passport issued 21 Jun 1992 in Amman, Jordan (individual) [SDGT].

TAHA, Khalil Ibrahim Mohamed Achar Foudail (a.k.a. IBRAHIM, Khalil; a.k.a. MOHAMED, Khalil Ibrahim); DOB 15 Jun 1958; POB El Fasher, Sudan; alt. POB Al Fashir, Sudan; nationality Sudan; Registration ID 0179427 (France); National Foreign ID Number 4203016171 (France) issued 20 Feb 2004; Chairman, Justice and Equality Movement; Co-founder, National Redemption Front (individual) [DARFUR].

TAHER, Abdul Rahman S. (a.k.a. TAHA, Abdul Rahman S.; a.k.a. YASIN, Abdul Rahman; a.k.a. YASIN, Abdul Rahman Said; a.k.a. YASIN, Aboud); DOB 10 Apr 1960; POB Bloomington, Indiana USA; citizen United States; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Passport 27082171 (United States) issued 21 Jun 1992; alt. Passport M0887925 (Iraq); SSN 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 (United States); U.S.A. Passport issued 21 Jun 1992 in Amman, Jordan (individual) [SDGT].

TAHER, Fadlallah Brahim (a.k.a. TAHER, Ibrahim; a.k.a. TAHER, Ibrahim Amin Fadlallah; a.k.a. TAHER, Ibrahim Fadlallah), Guinea; DOB 10 Nov 1963; POB Jwaya, Lebanon; nationality Lebanon; alt. nationality United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 16311109613998 (Guinea) expires 27 Oct 2031; alt. Passport 790205295 (United Kingdom) expires 22 Aug 2018; alt. Passport 137828 (Lebanon) issued 20 Aug 2008 (individual) [SDGT] (Linked To: HIZBALLAH).

TAHER, Ibrahim (a.k.a. TAHER, Fadlallah Brahim; a.k.a. TAHER, Ibrahim Amin Fadlallah; a.k.a. TAHER, Ibrahim Fadlallah), Guinea; DOB 10 Nov 1963; POB Jwaya, Lebanon; nationality Lebanon; alt. nationality United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 16311109613998 (Guinea) expires 27 Oct 2031; alt. Passport 790205295 (United Kingdom) expires 22 Aug 2018; alt. Passport 137828 (Lebanon) issued 20 Aug 2008 (individual) [SDGT] (Linked To: HIZBALLAH).

TAHER, Ibrahim Amin Fadlallah (a.k.a. TAHER, Fadlallah Brahim; a.k.a. TAHER, Ibrahim; a.k.a. TAHER, Ibrahim Fadlallah), Guinea; DOB 10 Nov 1963; POB Jwaya, Lebanon; nationality Lebanon; alt. nationality United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 16311109613998 (Guinea) expires 27 Oct 2031; alt. Passport 790205295 (United Kingdom) expires 22 Aug 2018; alt. Passport 137828 (Lebanon) issued 20 Aug 2008 (individual) [SDGT] (Linked To: HIZBALLAH).

TAHER, Ibrahim Fadlallah (a.k.a. TAHER, Fadlallah Brahim; a.k.a. TAHER, Ibrahim; a.k.a. TAHER, Ibrahim Amin Fadlallah), Guinea; DOB 10 Nov 1963; POB Jwaya, Lebanon; nationality Lebanon; alt. nationality United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 16311109613998 (Guinea) expires 27 Oct 2031; alt. Passport 790205295 (United Kingdom) expires 22 Aug 2018; alt. Passport

137828 (Lebanon) issued 20 Aug 2008 (individual) [SDGT] (Linked To: HIZBALLAH).

TAHER, Khader Ali (a.k.a. Al-Jaja; a.k.a. BIN ALI, Khodr Taher (Arabic: خضر طاهر بن علي); a.k.a. KHODR, Abou Ali; a.k.a. KHODR, Abu Ali (Arabic: ابو علي خضر); a.k.a. TAHER, Kheder Ali; a.k.a. TAHER, Khider Ali; a.k.a. TAHER, Khodr Ali (Arabic: خضر علي طاهر); a.k.a. "AL-KHUDUR, Khudhur Taher"; a.k.a. "JIJEH, Abu Ali"), Damascus, Syria; Tartous, Syria; DOB 1976; POB Safita, Tartous, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

TAHER, Kheder Ali (a.k.a. Al-Jaja; a.k.a. BIN ALI, Khodr Taher (Arabic: خضر طاهر بن علي); a.k.a. KHODR, Abou Ali; a.k.a. KHODR, Abu Ali (Arabic: ابو علي خضر); a.k.a. TAHER, Khader Ali; a.k.a. TAHER, Khider Ali; a.k.a. TAHER, Khodr Ali (Arabic: خضر علي طاهر); a.k.a. "AL-KHUDUR, Khudhur Taher"; a.k.a. "JIJEH, Abu Ali"), Damascus, Syria; Tartous, Syria; DOB 1976; POB Safita, Tartous, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

TAHER, Khider Ali (a.k.a. Al-Jaja; a.k.a. BIN ALI, Khodr Taher (Arabic: خضر طاهر بن علي); a.k.a. KHODR, Abou Ali; a.k.a. KHODR, Abu Ali (Arabic: ابو علي خضر); a.k.a. TAHER, Khader Ali; a.k.a. TAHER, Kheder Ali; a.k.a. TAHER, Khodr Ali (Arabic: خضر علي طاهر); a.k.a. "AL-KHUDUR, Khudhur Taher"; a.k.a. "JIJEH, Abu Ali"), Damascus, Syria; Tartous, Syria; DOB 1976; POB Safita, Tartous, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

TAHER, Khodr Ali (Arabic: خضر علي طاهر) (a.k.a. Al-Jaja; a.k.a. BIN ALI, Khodr Taher (Arabic: خضر طاهر بن علي); a.k.a. KHODR, Abou Ali; a.k.a. KHODR, Abu Ali (Arabic: ابو علي خضر); a.k.a. TAHER, Khader Ali; a.k.a. TAHER, Kheder Ali; a.k.a. TAHER, Khider Ali; a.k.a. "AL-KHUDUR, Khudhur Taher"; a.k.a. "JIJEH, Abu Ali"), Damascus, Syria; Tartous, Syria; DOB 1976; POB Safita, Tartous, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

TAHERI, Ahmad (Arabic: احمد طاهری), No. 29, Yekom Golsorkh St, Ghods Madar Blv, Zahedan, Sistan and Baluchestan, Iran; DOB 25 Jul 1963; POB Teymor Abad neighborhood, Zabol, Sistan and Baluchestan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3672586654 (Iran); Birth Certificate Number 883 (Iran)

(individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

TAHERI, Jalal (a.k.a. OWHADI, Jalal; a.k.a. OWHADI, Mohammad Ebrahim; a.k.a. VAHEDI, Jalal), Iran; DOB 1963; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: TALIBAN).

TAHERISHABAN, Javad, Iran; DOB 09 Dec 1990; POB Razan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

TAHINI, Abdallah Asad (a.k.a. THAHINI, Abdallah; a.k.a. THINI, Abdalla As'ad; a.k.a. "TAHINI, Ahmad"); DOB 20 Jun 1965; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

TAHIR, Musa (a.k.a. ATAR, Mussa; a.k.a. ATARI, Musah; a.k.a. HATARI, Musa; a.k.a. MUSA, Atari; a.k.a. TARAH, Musah; a.k.a. TARAK, Musah; a.k.a. TARK, Musa), Songo, Kafia Kingi; DOB 1965; alt. DOB 1964; alt. DOB 1966; nationality Sudan (individual) [CAR] (Linked To: LORD'S RESISTANCE ARMY).

TAHIRBEYOGLU, Hayri, Istanbul, Turkey; DOB 29 Jan 1965; POB Istanbul, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

TAHMAESEBI, Seyed Akbar (a.k.a. TABATABAEE, Sayyed Ali; a.k.a. TABATABAEI, Ali Akbar; a.k.a. TABATABAEI, Sayyid Ali Akbar; a.k.a. TABATABAEI, Seyed Akbar; a.k.a. TABATABAEI, Syed; a.k.a. TABATABA'I, Seyed Akbar; a.k.a. TABATABA'IE, Sayyed Ali; a.k.a. TAHMASEBI, Akbar; a.k.a. TAHMASEBI, Seyed); nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 6620505; alt. Passport 9003213 (individual) [SDGT] [IRGC] [IFSR].

TAHMASEBI, Akbar (a.k.a. TABATABAEE, Sayyed Ali; a.k.a. TABATABAEI, Ali Akbar; a.k.a. TABATABAEI, Sayyid Ali Akbar; a.k.a. TABATABAEI, Seyed Akbar; a.k.a. TABATABAEI, Syed; a.k.a. TABATABA'I, Seyed Akbar; a.k.a. TABATABA'IE, Sayyed Ali; a.k.a. TAHMAESEBI, Seyed Akbar; a.k.a. TAHMASEBI, Seyed); nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 6620505; alt. Passport 9003213 (individual) [SDGT] [IRGC] [IFSR].

TAHMASEBI, Sajjad; DOB 19 Jun 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 428-576368-0; Birth Certificate Number 6686 (individual) [CYBER2].

TAHMASEBI, Seyed (a.k.a. TABATABAEE, Sayyed Ali; a.k.a. TABATABAEI, Ali Akbar; a.k.a. TABATABAEI, Sayyid Ali Akbar; a.k.a. TABATABAEI, Seyed Akbar; a.k.a. TABATABAEI, Syed; a.k.a. TABATABA'I, Seyed Akbar; a.k.a. TABATABA'IE, Sayyed Ali; a.k.a. TAHMAESEBI, Seyed Akbar; a.k.a. TAHMASEBI, Akbar); nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 6620505; alt. Passport 9003213 (individual) [SDGT] [IRGC] [IFSR].

TAHRIKE ISLAMI'A TALIBAN (a.k.a. ISLAMIC MOVEMENT OF TALIBAN; a.k.a. TALEBAN; a.k.a. TALIBAN; a.k.a. TALIBAN ISLAMIC MOVEMENT; a.k.a. TALIBANO ISLAMI TAHRIK), Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TAHRIR AL-SHAM (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TAHRIR AL-SHAM HAY'AT (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TAI FENG HAI SHIPPING LIMITED, Rm 06,17/F., Wellborne Commercial Centre, 8 Java Road North Point, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 16 Jan 2023; Identification Number IMO 6388418; Business Registration Number 74777887 (Hong Kong) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

TAI LONG HOTEL (a.k.a. DEHONG TAILONG INDUSTRY COMPANY LIMITED; a.k.a. DEHONG THAILONG HOTEL CO., LTD.; a.k.a. TAI LUNG HOTEL; a.k.a. THAI LONG HOTEL; a.k.a. THAILONG HOTEL), Mang Shih Economic Development Zone, De Hong District, Yunnan Province, China; No. 58, Mangshi Avenue, Luxi City, Yunnan, China [SDNTK].

TAI LUNG HOTEL (a.k.a. DEHONG TAILONG INDUSTRY COMPANY LIMITED; a.k.a. DEHONG THAILONG HOTEL CO., LTD.; a.k.a. TAI LONG HOTEL; a.k.a. THAI LONG HOTEL; a.k.a. THAILONG HOTEL), Mang Shih Economic Development Zone, De Hong District, Yunnan Province, China; No. 58, Mangshi Avenue, Luxi City, Yunnan, China [SDNTK].

TAIBA SHAB MANAGEMENT D.M.S (a.k.a. TYBA SHIP MANAGEMENT; a.k.a. TYBA SHIP MANAGEMENT DMCC (Arabic: طيبه شب (مانيجمنت)), DMCC Business Centre Unit No. 1311, Level No 1, Jewellery & Gemplex 3, Dubai, United Arab Emirates; 16-K Gold Tower, Cluster I, Jumeirah Lake Towers, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Mar 2022; alt. Organization Established Date 27 Dec 2021; Identification Number IMO 0023569; License DMCC-832923 (United Arab Emirates) [SDGT] (Linked To: ANSARALLAH).

TAIBAH INTERNATIONAL : BOSNIA BRANCH (a.k.a. AL TAIBAH, INTL.; a.k.a. TAIBAH INTERNATIONAL AID AGENCY; a.k.a. TAIBAH INTERNATIONAL AID ASSOCIATION; a.k.a. TAIBAH INTERNATIONAL AIDE ASSOCIATION), Avde Smajlovic 6, Sarajevo, Bosnia and Herzegovina; No. 26 Tahbanksa Ulica, Sarajevo, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TAIBAH INTERNATIONAL AID AGENCY (a.k.a. AL TAIBAH, INTL.; a.k.a. TAIBAH INTERNATIONAL : BOSNIA BRANCH; a.k.a. TAIBAH INTERNATIONAL AID ASSOCIATION; a.k.a. TAIBAH INTERNATIONAL AIDE ASSOCIATION), Avde Smajlovic 6, Sarajevo, Bosnia and Herzegovina; No. 26 Tahbanksa Ulica, Sarajevo, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TAIBAH INTERNATIONAL AID ASSOCIATION (a.k.a. AL TAIBAH, INTL.; a.k.a. TAIBAH INTERNATIONAL : BOSNIA BRANCH; a.k.a. TAIBAH INTERNATIONAL AID AGENCY; a.k.a. TAIBAH INTERNATIONAL AIDE ASSOCIATION), Avde Smajlovic 6, Sarajevo, Bosnia and Herzegovina; No. 26 Tahbanksa Ulica, Sarajevo, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TAIBAH INTERNATIONAL AIDE ASSOCIATION (a.k.a. AL TAIBAH, INTL.; a.k.a. TAIBAH INTERNATIONAL : BOSNIA BRANCH; a.k.a. TAIBAH INTERNATIONAL AID AGENCY; a.k.a. TAIBAH INTERNATIONAL AID ASSOCIATION), Avde Smajlovic 6, Sarajevo, Bosnia and Herzegovina; No. 26 Tahbanksa Ulica, Sarajevo, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TAIBER OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TAIBER), ul. Bolshaya Tatarskaya 36, Moscow, Moscow 115184, Russia; Website www.tiber.su; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Dec 2014; Tax ID No. 9705016006 (Russia); Government Gazette Number 40625508 (Russia); Business Registration Number 1147748031705 (Russia) [RUSSIA-EO14024].

TAICANG YIHONG NEW MATERIALS TECHNOLOGY CO LTD (Chinese Simplified: 太仓屹宏新材料科技有限公司) (a.k.a. NANTONG YIHONG NEW MATERIALS CO LTD (Chinese Simplified: 南通屹宏新材料科技有限公司)), Floors 1-3, Building 6, No. 66 Shengde Road, Tongzhou Bay Jianghai Joint Development Demonstration Zone, Nantong, Jiangsu, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Jun 2018; Unified Social Credit Code (USCC) 91320585MA1WR5C486 (China) [NPWMD] [IFSR] (Linked To: SHANGHAI TANCHAIN NEW MATERIAL TECHNOLOGY CO LTD).

TAIF MINING SERVICES LLC, PO Box 39, Muttrah, Muscat, Oman; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Identification Number IMO 6114235 [SDGT] [IFSR] (Linked To: DIANAT, Amir).

TAIHUI ELECTRONICS SHENZHEN CO LTD (Chinese Simplified: 泰辉电子深圳有限公司), Pailide Industrial Park, No. 514 Sili Road, Dafu Community, Guanlan Street, Shenzhen 518000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 914403007716046708 (China) [RUSSIA-EO14024].

TAIMYRBURSERVIS, Ul. Dalnyaya Zd. 4, Dudinka 647000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type State-Owned Enterprise; Tax ID No. 7703432328 (Russia); Registration Number 1177746882444 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

TAIMYRNEFTEGAZ-PORT LLC (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TAIMYRNEFTEGAZ-PORT; a.k.a. OOO TAIMYRNEFTEGAZ-PORT (Cyrillic: ООО ТАЙМЫРНЕФТЕГАЗ-ПОРТ); a.k.a. TAYMYRNEFTEGAZ-PORT), Office 307, Building 4, Dalnyaya Street, Dudinka, Taimyrski Dolgano-Nenetski District, Krasnoyarsk Territory 647000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2469003922 (Russia); Registration Number 1182468045671 (Russia) [RUSSIA-EO14024].

TAIMYRSKAYA TOPLIVNAYA KOMPANIYA AO (a.k.a. AKTSIONERNOE OBSHCHESTVO TAIMYRSKAYA TOPLIVNAYA KOMPANIYA; a.k.a. JSC TAIMYR FUEL COMPANY; a.k.a. "JSC TTK"; a.k.a. "TTK AO"), 15, ul. Bograda, Krasnoyarsk, Krasnoyarsk region 660049, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2460047153 (Russia); Registration Number 1022401787418 (Russia) [RUSSIA-EO14024].

TAIPEN, S.A. DE C.V. (a.k.a. "TAI PEN"), Av. Juan Palomar y Arias # 569, Col. Jardines Universidad, Zapopan, Jalisco 45110, Mexico; Folio Mercantil No. 33288-1 (Mexico) [SDNTK].

TAISAEV, Kazbek Kutsukovich (a.k.a. TAISAYEV, Kazbek; a.k.a. TAYSAEV, Kazbek Kutsukovich), Russia; DOB 12 Feb 1967; POB Chikola, North Ossetia, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal

Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TAISAYEV, Kazbek (a.k.a. TAISAEV, Kazbek Kutsukovich; a.k.a. TAYSAEV, Kazbek Kutsukovich), Russia; DOB 12 Feb 1967; POB Chikola, North Ossetia, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TAIWAN BE CHARM TRADING CO., LIMITED, Taiwan; Rm. 910, Block 1, No. 132-1 Liuhua Square, Dongfeng West Rd., Yuexiu District, Guangzhou, China; Unit C, 12F, Block A, Universal Industrial Center, 19-25 Shan Mei Street, Fo Tan, NT, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.R. No. 2429749 (Hong Kong); Business Registration Number 6669217800009171 (Hong Kong) [SDGT] [IFSR] (Linked To: HASHEMI, Seyed Morteza Minaye).

TAIWAN PRINCE REAL ESTATE INVESTMENT CO. LTD., Taipei, Taiwan; Company Number 42992024 (Taiwan) [TCO] (Linked To: CHEN, Xiuling).

TAJ AL DIN, Ali (a.k.a. TAGEDDINE, Ali Mohamed; a.k.a. TAJEDDIN, Ali Mohammad Abdel Hassan; a.k.a. TAJEDDIN, Ali Mohammad Abed Al-Hassan; a.k.a. TAJEDDINE, Ali; a.k.a. TAJIDEEN, Ali); DOB 1961; alt. DOB 1963; POB Hanaway, Lebanon; alt. POB Hanouay, Lebanon; alt. POB Hanawiya, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TAJ AL DIN, Husayn (a.k.a. TAJIDEEN, Husayn; a.k.a. TAJIDEEN, Hussein; a.k.a. TAJIDINE, Hajj Hussein), The Gambia; DOB 1963; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TAJ DARYAE ASIA COMPANY (a.k.a. ASIA MARINE CROWN AGENCY (Arabic: شرکت تاج دریای آسیا)), First Floor, Khalij Abi Complex, No.

0, Imam Khomeini Street, Shahid Jahan Ara Street, Manazel 38 Ghermez Neighborhood, Bandar Imam Khomeini City, Bandar Imam Khomeini Section, Bandar Mahshahr, Khuzestan 6356174826, Iran; Apt. 7, 1st Floor, South Wing, Bldg. No. 21, Kar Va Tejarat St., Vanak Sq., Tehran 1991943845, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Jan 2019; National ID No. 14008069775 (Iran); Business Registration Number 10977 (Iran) [SDGT] [IFSR] (Linked To: SAHARA THUNDER).

TAJAMMU' AHRAR AL-SHARQIYA (a.k.a. AHRAR AL-SHARQIAH; a.k.a. AHRAR AL-SHARQIYA (Arabic: أحرار الشرقية); a.k.a. AHRAR AL-SHARQIYA BRIGADE; a.k.a. AHRAR AL-SHARQIYAH; a.k.a. AHRAR AL-SHARQIYEH; a.k.a. GATHERING OF THE FREEMEN OF THE EAST), Syria [PAARSSR-EO13894].

TAJCO (a.k.a. GRAND STORES (THE GAMBIA LOCATION ONLY); a.k.a. TAJCO COMPANY; a.k.a. TAJCO COMPANY LLC; a.k.a. TAJCO LTD; a.k.a. TAJCO SARL; a.k.a. TRADEX CO), 62 Buckle Street, Banjul, The Gambia; 1 Picton Street, Banjul, The Gambia; Dohat Building 1st Floor, Liberation Avenue, Banjul, The Gambia; Tajco Building, Main Street, Hannawiyah, Tyre, Lebanon; Tajco Building, Hanouay, Sour (Tyre), Lebanon; 30 Sani Abacha Street, Freetown, Sierra Leone; Website www.tajco-ltd.com; alt. Website www.tajcogambia.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; (Tradex Co. is a subsidiary of Tajco Company and operates from the same business address in Freetown, Sierra Leone as Tajco Company.) [SDGT].

TAJCO COMPANY (a.k.a. GRAND STORES (THE GAMBIA LOCATION ONLY); a.k.a. TAJCO; a.k.a. TAJCO COMPANY LLC; a.k.a. TAJCO LTD; a.k.a. TAJCO SARL; a.k.a. TRADEX CO), 62 Buckle Street, Banjul, The Gambia; 1 Picton Street, Banjul, The Gambia; Dohat Building 1st Floor, Liberation Avenue, Banjul, The Gambia; Tajco Building, Main Street, Hannawiyah, Tyre, Lebanon; Tajco Building, Hanouay, Sour (Tyre), Lebanon; 30 Sani Abacha Street, Freetown, Sierra Leone; Website www.tajco-ltd.com; alt. Website

www.tajcogambia.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; (Tradex Co. is a subsidiary of Tajco Company and operates from the same business address in Freetown, Sierra Leone as Tajco Company.) [SDGT].

TAJCO COMPANY LLC (a.k.a. GRAND STORES (THE GAMBIA LOCATION ONLY); a.k.a. TAJCO; a.k.a. TAJCO COMPANY; a.k.a. TAJCO LTD; a.k.a. TAJCO SARL; a.k.a. TRADEX CO), 62 Buckle Street, Banjul, The Gambia; 1 Picton Street, Banjul, The Gambia; Dohat Building 1st Floor, Liberation Avenue, Banjul, The Gambia; Tajco Building, Main Street, Hannawiyah, Tyre, Lebanon; Tajco Building, Hanouay, Sour (Tyre), Lebanon; 30 Sani Abacha Street, Freetown, Sierra Leone; Website www.tajco-ltd.com; alt. Website www.tajcogambia.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; (Tradex Co. is a subsidiary of Tajco Company and operates from the same business address in Freetown, Sierra Leone as Tajco Company.) [SDGT].

TAJCO LTD (a.k.a. GRAND STORES (THE GAMBIA LOCATION ONLY); a.k.a. TAJCO; a.k.a. TAJCO COMPANY; a.k.a. TAJCO COMPANY LLC; a.k.a. TAJCO SARL; a.k.a. TRADEX CO), 62 Buckle Street, Banjul, The Gambia; 1 Picton Street, Banjul, The Gambia; Dohat Building 1st Floor, Liberation Avenue, Banjul, The Gambia; Tajco Building, Main Street, Hannawiyah, Tyre, Lebanon; Tajco Building, Hanouay, Sour (Tyre), Lebanon; 30 Sani Abacha Street, Freetown, Sierra Leone; Website www.tajco-ltd.com; alt. Website www.tajcogambia.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; (Tradex Co. is a subsidiary of Tajco Company and operates from the same business address in Freetown, Sierra Leone as Tajco Company.) [SDGT].

TAJCO SARL (a.k.a. GRAND STORES (THE GAMBIA LOCATION ONLY); a.k.a. TAJCO; a.k.a. TAJCO COMPANY; a.k.a. TAJCO COMPANY LLC; a.k.a. TAJCO LTD; a.k.a.

TRADEX CO), 62 Buckle Street, Banjul, The Gambia; 1 Picton Street, Banjul, The Gambia; Dohat Building 1st Floor, Liberation Avenue, Banjul, The Gambia; Tajco Building, Main Street, Hannawiyah, Tyre, Lebanon; Tajco Building, Hanouay, Sour (Tyre), Lebanon; 30 Sani Abacha Street, Freetown, Sierra Leone; Website www.tajco-ltd.com; alt. Website www.tajcogambia.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; (Tradex Co. is a subsidiary of Tajco Company and operates from the same business address in Freetown, Sierra Leone as Tajco Company.) [SDGT].

TAJEDDIN, Ali Mohammad Abdel Hassan (a.k.a. TAGEDDINE, Ali Mohamed; a.k.a. TAJ AL DIN, Ali; a.k.a. TAJEDDIN, Ali Mohammad Abed Al-Hassan; a.k.a. TAJEDDINE, Ali; a.k.a. TAJIDEEN, Ali); DOB 1961; alt. DOB 1963; POB Hanaway, Lebanon; alt. POB Hanouay, Lebanon; alt. POB Hanawiya, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TAJEDDIN, Ali Mohammad Abed Al-Hassan (a.k.a. TAGEDDINE, Ali Mohamed; a.k.a. TAJ AL DIN, Ali; a.k.a. TAJEDDIN, Ali Mohammad Abdel Hassan; a.k.a. TAJEDDINE, Ali; a.k.a. TAJIDEEN, Ali); DOB 1961; alt. DOB 1963; POB Hanaway, Lebanon; alt. POB Hanouay, Lebanon; alt. POB Hanawiya, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TAJEDDINE, Ali (a.k.a. TAGEDDINE, Ali Mohamed; a.k.a. TAJ AL DIN, Ali; a.k.a. TAJEDDIN, Ali Mohammad Abdel Hassan; a.k.a. TAJEDDIN, Ali Mohammad Abed Al-Hassan; a.k.a. TAJIDEEN, Ali); DOB 1961; alt. DOB 1963; POB Hanaway, Lebanon; alt. POB Hanouay, Lebanon; alt. POB Hanawiya, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 (individual) [SDGT].

TAJI AL-DIN, Kasim (a.k.a. TAJI AL-DIN, Qasim; a.k.a. TAJIDDINE, Kassim Mohammad; a.k.a. TAJIDEEN, Kassim; a.k.a. TAJMUDIN, Kasim); DOB 21 Mar 1955; POB Sierra Leone; nationality Sierra Leone; alt. nationality Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0285669 (Sierra Leone); alt. Passport RL 1794375 (Lebanon) (individual) [SDGT].

TAJI AL-DIN, Qasim (a.k.a. TAJI AL-DIN, Kasim; a.k.a. TAJIDDINE, Kassim Mohammad; a.k.a. TAJIDEEN, Kassim; a.k.a. TAJMUDIN, Kasim); DOB 21 Mar 1955; POB Sierra Leone; nationality Sierra Leone; alt. nationality Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0285669 (Sierra Leone); alt. Passport RL 1794375 (Lebanon) (individual) [SDGT].

TAJIDDINE, Kassim Mohammad (a.k.a. TAJI AL-DIN, Kasim; a.k.a. TAJI AL-DIN, Qasim; a.k.a. TAJIDEEN, Kassim; a.k.a. TAJMUDIN, Kasim); DOB 21 Mar 1955; POB Sierra Leone; nationality Sierra Leone; alt. nationality Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0285669 (Sierra Leone); alt. Passport RL 1794375 (Lebanon) (individual) [SDGT].

TAJIDEEN, Ali (a.k.a. TAGEDDINE, Ali Mohamed; a.k.a. TAJ AL DIN, Ali; a.k.a. TAJEDDIN, Ali Mohammad Abdel Hassan; a.k.a. TAJEDDIN, Ali Mohammad Abed Al-Hassan; a.k.a. TAJEDDINE, Ali); DOB 1961; alt. DOB 1963; POB Hanaway, Lebanon; alt. POB Hanouay, Lebanon; alt. POB Hanawiya, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TAJIDEEN, Husayn (a.k.a. TAJ AL DIN, Husayn; a.k.a. TAJIDEEN, Hussein; a.k.a. TAJIDINE, Hajj Hussein), The Gambia; DOB 1963; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TAJIDEEN, Hussein (a.k.a. TAJ AL DIN, Husayn; a.k.a. TAJIDEEN, Husayn; a.k.a. TAJIDINE, Hajj Hussein), The Gambia; DOB 1963; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TAJIDEEN, Kassim (a.k.a. TAJI AL-DIN, Kasim; a.k.a. TAJI AL-DIN, Qasim; a.k.a. TAJIDDINE, Kassim Mohammad; a.k.a. TAJMUDIN, Kasim); DOB 21 Mar 1955; POB Sierra Leone; nationality Sierra Leone; alt. nationality Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0285669 (Sierra Leone); alt. Passport RL 1794375 (Lebanon) (individual) [SDGT].

TAJIDINE, Hajj Hussein (a.k.a. TAJ AL DIN, Husayn; a.k.a. TAJIDEEN, Husayn; a.k.a. TAJIDEEN, Hussein), The Gambia; DOB 1963; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TAJMUDIN, Kasim (a.k.a. TAJI AL-DIN, Kasim; a.k.a. TAJI AL-DIN, Qasim; a.k.a. TAJIDDINE, Kassim Mohammad; a.k.a. TAJIDEEN, Kassim); DOB 21 Mar 1955; POB Sierra Leone; nationality Sierra Leone; alt. nationality Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0285669 (Sierra Leone); alt. Passport RL 1794375 (Lebanon) (individual) [SDGT].

TAK TOLEDO, Jonathan Paul (a.k.a. GOMEZ FLORES, Luis Angel; a.k.a. GONZALEZ VALENCIA, Abigael; a.k.a. GONZALEZ VALENCIA, Abigail; a.k.a. GONZALEZ VALENCIA, Luis Angel; a.k.a. TAK TOLEDO, Paul Jonathan), Paseo Royal Country 5395-31, Fraccionamiento Royal Country, Zapopan, Jalisco, Mexico; Boulevard Puerta de Hierro 5687, Fraccionamiento Puerta de Hierro, Zapopan, Jalisco, Mexico; DOB 18 Oct 1972; alt. DOB 28 Oct 1979; POB Aguililla, Michoacan, Mexico; alt. POB Guadalajara, Jalisco, Mexico; alt. POB Apatzingan, Michoacan, Mexico; Gender Male; Passport JX755855 (Canada); C.U.R.P. GOVA721018HMNNLB07 (Mexico); alt. C.U.R.P. GOFL721018HJCMLS02 (Mexico);

alt. C.U.R.P. GOVL721018HMNNLS08 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS; Linked To: VALGO GRUPO DE INVERSION S.A. DE C.V.; Linked To: ASESORES TURISTICOS S.A. DE C.V.).

TAK TOLEDO, Paul Jonathan (a.k.a. GOMEZ FLORES, Luis Angel; a.k.a. GONZALEZ VALENCIA, Abigael; a.k.a. GONZALEZ VALENCIA, Abigail; a.k.a. GONZALEZ VALENCIA, Luis Angel; a.k.a. TAK TOLEDO, Jonathan Paul), Paseo Royal Country 5395-31, Fraccionamiento Royal Country, Zapopan, Jalisco, Mexico; Boulevard Puerta de Hierro 5687, Fraccionamiento Puerta de Hierro, Zapopan, Jalisco, Mexico; DOB 18 Oct 1972; alt. DOB 28 Oct 1979; POB Aguililla, Michoacan, Mexico; alt. POB Guadalajara, Jalisco, Mexico; alt. POB Apatzingan, Michoacan, Mexico; Gender Male; Passport JX755855 (Canada); C.U.R.P. GOVA721018HMNNLB07 (Mexico); alt. C.U.R.P. GOFL721018HJCMLS02 (Mexico); alt. C.U.R.P. GOVL721018HMNNLS08 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS; Linked To: VALGO GRUPO DE INVERSION S.A. DE C.V.; Linked To: ASESORES TURISTICOS S.A. DE C.V.).

TAKAGI, Yasuo (Japanese: 高木康男), 1-20-7 Yagusu, Yaizu-shi, Shizuoka-ken, Japan (Japanese: 八楠一丁目２０番の７, 焼津市, 静岡県, Japan); 138-9 Ibara-cho Shimizu-ku, Shizuoka-shi 424-0114, Japan; DOB 30 Jan 1948; Gender Male (individual) [TCO] (Linked To: YAMAGUCHI-GUMI).

TAKAYAMA, Kiyoshi; DOB 05 Sep 1947; POB Tsushimasi, Aichi Prefecture, Japan (individual) [TCO].

TAKEUCHI, Teruaki (Japanese: 竹内照明), Midori-ku, Nagoya, Aichi, Japan (Japanese: 緑区, 名古屋市, 愛知県, Japan); DOB 01 Feb 1960 to 29 Feb 1960 (individual) [TCO] (Linked To: KODO-KAI; Linked To: YAMAGUCHI-GUMI; Linked To: TAKAYAMA, Kiyoshi).

TAKFIRI, Abu Umr (a.k.a. ABU UMAR, Abu Omar; a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Omar Mahmoud; a.k.a. UTHMAN, Umar; a.k.a. "ABU ISMAIL"), London, United Kingdom; Jordan; DOB 30 Dec 1960; alt. DOB 13 Dec 1960; POB Bethlehem, West Bank, Palestinian Territories; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TAKHTAKHUNOV, Alimzhan Ursulovich (a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TAKHTEH SHAHID BA HONAR, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

TAKKOUSH, Mohammad (a.k.a. TAKUSH, Muhammad; a.k.a. TAQQOSH, Muhammad Fawzi (Arabic: محمد فوزي طقوش); a.k.a. TAQUSH, Muhammad), Lebanon; DOB 1973; POB Beirut, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LEBANESE MUSLIM BROTHERHOOD).

TAKO LLC (a.k.a. TACO LLC (Armenian: ՏԱԿՈ ՍՊԸ)), Garegin Nzhdeh Str., Unit 17, Shengavit, Yerevan 0026, Armenia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Wholesale of electronic and telecommunications equipment and parts; Tax ID No. 02298191 (Armenia); Registration Number 269.110.1228684 (Armenia) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

TAKSAN MAKINA SANAYI VE TICARET ANONIM SIRKETI, A1 Fabrika Apartmani, No: 667, Semerkent Mahallesi, Kayseri 38560, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Nov 2016; Tax ID No. 8160598006 (Turkey); Business Registration Number 46103 (Turkey) [RUSSIA-EO14024].

TAKTA FANAVARAN RASA COMPANY (a.k.a. TEKTA FANAVARAN RASA COMPANY), Unit 5, Floor 1, Sorna Building, No. 5, Sheikh Mofid Street, Pasha Alley 3, Masli Mosque Neighborhood, Central Sector, Isfahan County, Isfahan, Isfahan 8164763854, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Nov 2013; National ID No. 10260699110 (Iran); Registration Number 51286 (Iran) [NPWMD] [IFSR] (Linked To: BEH JOULE PARS COMMERCIAL ENGINEERING COMPANY).

TAKTAR INVESTMENT COMPANY, Number 10, Seventh Fath Highway, 65 Metri Fath Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10103804463 (Iran); Registration Number 263015 (Iran) [SDGT] [IFSR] (Linked To: TECHNOTAR ENGINEERING COMPANY).

TAKUSH, Muhammad (a.k.a. TAKKOUSH, Mohammad; a.k.a. TAQQOSH, Muhammad Fawzi (Arabic: محمد فوزي طقوش); a.k.a. TAQUSH, Muhammad), Lebanon; DOB 1973; POB Beirut, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LEBANESE MUSLIM BROTHERHOOD).

TALA I JUND AL-KHILAFAH (a.k.a. DAESH TUNISIA; a.k.a. ISIS-TUNISIA; a.k.a. ISIS-TUNISIA PROVINCE; a.k.a. JUND AL-KHILAFAH FI TUNIS; a.k.a. JUND AL-KHILAFAH IN TUNISIA; a.k.a. SOLDIERS OF THE CALIPHATE IN TUNISIA; a.k.a. "AJNAD"; a.k.a. "JUND AL KHILAFAH"; a.k.a. "JUND AL-KHILAFA"; a.k.a. "SOLDIERS OF THE CALIPHATE"; a.k.a. "VANGUARDS OF THE SOLDIERS OF THE CALIPHATE"), Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TALAB, Ahmad Haghighat (a.k.a. SADEGH, Ahmad Haghighat Taleb; a.k.a. TALEB, Ahmad Haghighat), Iran; DOB 12 Oct 1963; POB Borujerd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4131686491 (Iran) (individual) [NPWMD] [IFSR].

TALABAYEVA, Lyudmila Zaumovna (Cyrillic: ТАЛАБАЕВА, Людмила Заумовна), Russia; DOB 06 Jun 1957; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TALAI, Alexey Konstantinovich (Cyrillic: ТАЛАЙ, Алексей Константинович) (a.k.a. TALAI, Alyaksei), Belarus; DOB 22 Jan 1983; POB Orsha, Vitebsk Region, Belarus; nationality Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773434148305 (Belarus) (individual) [RUSSIA-EO14024].

TALAI, Alyaksei (a.k.a. TALAI, Alexey Konstantinovich (Cyrillic: ТАЛАЙ, Алексей Константинович)), Belarus; DOB 22 Jan 1983; POB Orsha, Vitebsk Region, Belarus; nationality Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773434148305 (Belarus) (individual) [RUSSIA-EO14024].

TALALIM QURAN MADRASSA (a.k.a. GANJ MADRASSA; a.k.a. GANJOO MADRASSA; a.k.a. JAMIA MADRASSA DUR UL KORAN WASUNA; a.k.a. JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; a.k.a. MADRASA TALEEMUL QURAN WAL HADITH; a.k.a. MADRASA TALEEMUL QURAN WAL SUNNAH; a.k.a. MAWIYA MADRASSA; a.k.a. MOW-YA MADRASSA; a.k.a. TALEEM UL-QURAN MADRASSA; a.k.a. TASIN AL-QURAN ABU HAMZA), Gunj Gate, Phandu Road, Peshawar, Pakistan; Near the Baron Gate, Ganj area, Peshawar, Pakistan; Lahori and Yaka Tote Rd. at the intersection near the Ganj Gate, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TALAQI GROUP (a.k.a. TALAQI GROUP FOR TRADE LLC; a.k.a. TALAQI GROUP LLC), Sheraton Building, Damascus, Syria; Dummar Project, al-Jazirah 7, real estate property

18/234, Western Dummar, Damascus, Syria; Dummar Project, al Jazirah 11, building 23 section number 1 of real estate property 2259, Damascus, Syria; Dummar Project, al-Jazirah 7, building 2340/33 and 4, Western Dummar, Damascus, Syria; Dummar Project, al-Jazirah 11, building 23, section 2 and 3, building 2259, Damascus, Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

TALAQI GROUP FOR TRADE LLC (a.k.a. TALAQI GROUP; a.k.a. TALAQI GROUP LLC), Sheraton Building, Damascus, Syria; Dummar Project, al-Jazirah 7, real estate property 18/234, Western Dummar, Damascus, Syria; Dummar Project, al Jazirah 11, building 23 section number 1 of real estate property 2259, Damascus, Syria; Dummar Project, al-Jazirah 7, building 2340/33 and 4, Western Dummar, Damascus, Syria; Dummar Project, al-Jazirah 11, building 23, section 2 and 3, building 2259, Damascus, Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

TALAQI GROUP LLC (a.k.a. TALAQI GROUP; a.k.a. TALAQI GROUP FOR TRADE LLC), Sheraton Building, Damascus, Syria; Dummar Project, al-Jazirah 7, real estate property 18/234, Western Dummar, Damascus, Syria; Dummar Project, al Jazirah 11, building 23 section number 1 of real estate property 2259, Damascus, Syria; Dummar Project, al-Jazirah 7, building 2340/33 and 4, Western Dummar, Damascus, Syria; Dummar Project, al-Jazirah 11, building 23, section 2 and 3, building 2259, Damascus, Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

TALASSA SHIPPING DMCC, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Jul 2022; License DMCC-852505 (United Arab Emirates); Registration Number 193984 (United Arab Emirates); Economic Register Number (CBLS)

11923170 (United Arab Emirates) [RUSSIA-EO14024].

TALDINSKOE PTU OOO (a.k.a. LIMITED LIABILITY COMPANY TALDINSKOYE POGRUZOCHNO TRANSPORTNOYE UPRAVLENIYE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТАЛДИНСКОЕ ПОГРУЗОЧНО ТРАНСПОРТНОЕ УПРАВЛЕНИЕ)), d. 15 ul. Tsentralnaya, S. Terentevskoe, 653206, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4223036128 (Russia); Registration Number 1044223003637 (Russia) [RUSSIA-EO14024].

TALEA, Ali Ahmed Daghsan, Sanaa, Yemen; DOB 05 Apr 1985; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 04875301 (Yemen) expires 01 Sep 2018 (individual) [SDGT] (Linked To: ANSARALLAH).

TALEA, Dqssan Ahmed Dqssan (a.k.a. DAGHSAN, Daghsan Ahmed), Yemen; DOB 03 Apr 1974; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 05569423 (Yemen) expires 01 Apr 2020 (individual) [SDGT] (Linked To: ANSARALLAH).

TALEB, Adam Ahmad (a.k.a. TALIB, Ahmed Luqman), Australia; Turkey; Qatar; Brazil; DOB 12 Feb 1990; POB Birmingham, United Kingdom; nationality Australia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N7693460 (Australia) expires 17 Jan 2024; alt. Passport N5230514 (Australia) expires 29 Jul 2021; alt. Passport M6215165 (Australia) expires 24 Jan 2012; alt. Passport 137492291 (Venezuela) expires 17 Jul 2021 (individual) [SDGT] (Linked To: AL QA'IDA).

TALEB, Ahmad Haghighat (a.k.a. SADEGH, Ahmad Haghighat Taleb; a.k.a. TALAB, Ahmad Haghighat), Iran; DOB 12 Oct 1963; POB Borujerd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4131686491 (Iran) (individual) [NPWMD] [IFSR].

TALEBAN (a.k.a. ISLAMIC MOVEMENT OF TALIBAN; a.k.a. TAHRIKE ISLAMI'A TALIBAN; a.k.a. TALIBAN; a.k.a. TALIBAN ISLAMIC MOVEMENT; a.k.a. TALIBANO ISLAMI TAHRIK), Afghanistan; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TALEBI, Sohayl (a.k.a. TALEBI, Soheyl), Vriesenhof 3000 Leuven, Belgium; DOB 28 May 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

TALEBI, Soheyl (a.k.a. TALEBI, Sohayl), Vriesenhof 3000 Leuven, Belgium; DOB 28 May 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

TALEBZADEH, Zeinab Mehanna (a.k.a. MEHANNA, Zeinab Naiem); DOB 19 Oct 1969; nationality Iran; alt. nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: NEW HORIZON ORGANIZATION).

TALEEM UL-QURAN MADRASSA (a.k.a. GANJ MADRASSA; a.k.a. GANJOO MADRASSA; a.k.a. JAMIA MADRASSA DUR UL KORAN WASUNA; a.k.a. JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; a.k.a. MADRASA TALEEMUL QURAN WAL HADITH; a.k.a. MADRASA TALEEMUL QURAN WAL SUNNAH; a.k.a. MAWIYA MADRASSA; a.k.a. MOW-YA MADRASSA; a.k.a. TALALIM QURAN MADRASSA; a.k.a. TASIN AL-QURAN ABU HAMZA), Gunj Gate, Phandu Road, Peshawar, Pakistan; Near the Baron Gate, Ganj area, Peshawar, Pakistan; Lahori and Yaka Tote Rd. at the intersection near the Ganj Gate, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TALENGELANIMIRO (a.k.a. ALIRABAKI, Steven; a.k.a. JUNJU, Abdullah; a.k.a. KYAGULANYI, Alilabaki; a.k.a. KYAGULANYI, David; a.k.a. LUUMU, Nicolas; a.k.a. MUHAMMAD, Hussein; a.k.a. MUKULU, Jamil; a.k.a. TALENGELANIMIRO, Musezi; a.k.a. TUTU, Mzee); DOB 1965; alt. DOB 01 Jan 1964; POB Kayunga, Uganda; alt. POB Ntoke Village, Ntenjeru Sub County, Kayunga District, Uganda; nationality Uganda; Head of the Allied Democratic Forces; Commander, Allied Democratic Forces (individual) [DRCONGO].

TALENGELANIMIRO, Musezi (a.k.a. ALIRABAKI, Steven; a.k.a. JUNJU, Abdullah; a.k.a. KYAGULANYI, Alilabaki; a.k.a. KYAGULANYI, David; a.k.a. LUUMU, Nicolas; a.k.a. MUHAMMAD, Hussein; a.k.a. MUKULU, Jamil; a.k.a. TALENGELANIMIRO; a.k.a. TUTU, Mzee); DOB 1965; alt. DOB 01 Jan 1964; POB Kayunga, Uganda; alt. POB Ntoke Village, Ntenjeru Sub County, Kayunga District, Uganda; nationality Uganda; Head of the Allied Democratic Forces; Commander, Allied Democratic Forces (individual) [DRCONGO].

TALENT BRIDGE, S.A. (a.k.a. GLOBAL STAFFING S.A.), Calle 54 Barrio PH Twist Tower, 28th Floor, Office F, Panama City, Panama; Website https://globalstaffingsa.com/; RUC # 155722003-2-2022 (Panama) [SUDAN-EO14098] (Linked To: INTERNATIONAL SERVICES AGENCY S.A.S.).

TALIB AND SONS PTY LTD, 21 Anthony Dr, Mt Waverly, Victoria 3149, Australia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Company Number 633227488 (Australia) [SDGT] (Linked To: TALIB, Ahmed Luqman).

TALIB, Ahmed Luqman (a.k.a. TALEB, Adam Ahmad), Australia; Turkey; Qatar; Brazil; DOB 12 Feb 1990; POB Birmingham, United Kingdom; nationality Australia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N7693460 (Australia) expires 17 Jan 2024; alt. Passport N5230514 (Australia) expires 29 Jul 2021; alt. Passport M6215165 (Australia) expires 24 Jan 2012; alt. Passport 137492291 (Venezuela) expires 17 Jul 2021 (individual) [SDGT] (Linked To: AL QA'IDA).

TALIB, Mohanad M. (a.k.a. AL-RAWI, Muhannad Mushtaq Talib Zghayir Karhout; a.k.a. TALIB, Muhannad Mushtaq; a.k.a. ZUGHAYAR, Muhanad Mushtaq; a.k.a. ZUGHAYAR, Muhanad Mushtaq Talib), Baghdad, Iraq; Samsun, Turkey; DOB 26 Dec 1996; POB Al-Qa'im, Iraq; nationality Iraq; Email Address mohand.alrawii@gmail.com; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 9647821757598; National Foreign ID Number 00167950 (Iraq) (individual) [SDGT].

TALIB, Muhannad Mushtaq (a.k.a. AL-RAWI, Muhannad Mushtaq Talib Zghayir Karhout; a.k.a. TALIB, Mohanad M.; a.k.a. ZUGHAYAR, Muhanad Mushtaq; a.k.a. ZUGHAYAR,

Muhanad Mushtaq Talib), Baghdad, Iraq; Samsun, Turkey; DOB 26 Dec 1996; POB Al-Qa'im, Iraq; nationality Iraq; Email Address mohand.alrawii@gmail.com; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 9647821757598; National Foreign ID Number 00167950 (Iraq) (individual) [SDGT].

TALIBAN (a.k.a. ISLAMIC MOVEMENT OF TALIBAN; a.k.a. TAHRIKE ISLAMI'A TALIBAN; a.k.a. TALEBAN; a.k.a. TALIBAN ISLAMIC MOVEMENT; a.k.a. TALIBANO ISLAMI TAHRIK), Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TALIBAN ISLAMIC MOVEMENT (a.k.a. ISLAMIC MOVEMENT OF TALIBAN; a.k.a. TAHRIKE ISLAMI'A TALIBAN; a.k.a. TALEBAN; a.k.a. TALIBAN; a.k.a. TALIBANO ISLAMI TAHRIK), Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TALIBANO ISLAMI TAHRIK (a.k.a. ISLAMIC MOVEMENT OF TALIBAN; a.k.a. TAHRIKE ISLAMI'A TALIBAN; a.k.a. TALEBAN; a.k.a. TALIBAN; a.k.a. TALIBAN ISLAMIC MOVEMENT), Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TALIEH SABZ JAHAN COMPANY (a.k.a. TALIEH SABZ JEHAN GROUP COMPANY (Arabic: شرکت گروه طلیعه سبز جهان)), Ghadir Building, 6th Floor, Plaque 4, Riahi St., 6th Alley, Bimeh, Tehran, Tehran 1391948117, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Aug 2007; National ID No. 10102853650 (Iran); Business Registration Number 244700 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: AZADEGAN TRANSPORTATION COMPANY).

TALIEH SABZ JEHAN GROUP COMPANY (Arabic: شرکت گروه طلیعه سبز جهان) (a.k.a. TALIEH SABZ JAHAN COMPANY), Ghadir Building, 6th Floor, Plaque 4, Riahi St., 6th Alley, Bimeh, Tehran, Tehran 1391948117, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Aug 2007; National ID No. 10102853650 (Iran); Business Registration Number 244700 (Iran) [SDGT] [IRGC] [IFSR]

(Linked To: AZADEGAN TRANSPORTATION COMPANY).

TALL, Aktham, P.O. Box 1318, Amman, Jordan (individual) [IRAQ2].

TALLER DE REPARACIONES DE AERODINOS SUS PARTES Y SERVICIOS AEREOS S.A. (a.k.a. TRAPSA), Avenida Aviacion 650, Tarapoto, San Martin, Peru; RUC # 20104242244 (Peru) [SDNTK].

TALLON COMPANY (a.k.a. TALOON CO. (Arabic: شرکت تالون); a.k.a. TALOON COMPANY), Third Floor, No. 204, West Payambar Street, South Shain Boulevard, Iran; No. 21, Azarshob Alley, Intersection Hemat, South Janat Abad, Tehran 1473836483, Iran; Website www.taloon.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101759649 (Iran); Registration Number 132687 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

TALOON CO. (Arabic: شرکت تالون) (a.k.a. TALLON COMPANY; a.k.a. TALOON COMPANY), Third Floor, No. 204, West Payambar Street, South Shain Boulevard, Iran; No. 21, Azarshob Alley, Intersection Hemat, South Janat Abad, Tehran 1473836483, Iran; Website www.taloon.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101759649 (Iran); Registration Number 132687 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

TALOON COMPANY (a.k.a. TALLON COMPANY; a.k.a. TALOON CO. (Arabic: شرکت تالون)), Third Floor, No. 204, West Payambar Street, South Shain Boulevard, Iran; No. 21, Azarshob Alley, Intersection Hemat, South Janat Abad, Tehran 1473836483, Iran; Website www.taloon.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101759649 (Iran); Registration Number 132687 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

TAM, Yiu-chung (Chinese Simplified: 谭耀宗; Chinese Traditional: 譚耀宗) (a.k.a. TAN, Yaozong), China; Hong Kong; DOB 15 Dec 1949; POB Hong Kong; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149 (individual) [HK-EO13936].

TAMADDON, Morteza; DOB 1959; POB Shahr Kord-Isfahan, Iran; Additional Sanctions

Information - Subject to Secondary Sanctions (individual) [IRAN-TRA].

TAMANI, Aegli (a.k.a. TAMANI-PHELLA, Aegli), Cyprus; DOB 21 Jun 1978; POB Limassol, Cyprus; nationality Cyprus; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 788990 (Cyprus) (individual) [RUSSIA-EO14024] (Linked To: SOLINVEST LTD).

TAMANI-PHELLA, Aegli (a.k.a. TAMANI, Aegli), Cyprus; DOB 21 Jun 1978; POB Limassol, Cyprus; nationality Cyprus; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 788990 (Cyprus) (individual) [RUSSIA-EO14024] (Linked To: SOLINVEST LTD).

TAMARZADEH ZAVIEH JAKKI, Shahram Ali Reza (Arabic: شهرام على رضا تمرزاده زاويه جكى) (a.k.a. TAMARZADEH, Farhad Ali), Orumiyeh, West Azerbaijan, Iran; DOB 31 May 1972; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T36369585 (Iran) expires 01 Jan 2021; National ID No. 2850540498 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

TAMARZADEH, Farhad Ali (a.k.a. TAMARZADEH ZAVIEH JAKKI, Shahram Ali Reza (Arabic: شهرام على رضا تمرزاده زاويه جكى)), Orumiyeh, West Azerbaijan, Iran; DOB 31 May 1972; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T36369585 (Iran) expires 01 Jan 2021; National ID No. 2850540498 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

TAMAS COMPANY (a.k.a. NUCLEAR FUEL AND RAW MATERIALS PRODUCTION COMPANY; a.k.a. RAW MATERIALS AND NUCLEAR FUEL PRODUCTION COMPANY; a.k.a. "TAMAS"), Shahid Chamran Building, North Kargar Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

TAMAYO IBARRA, Juan Manuel (a.k.a. ALVAREZ INZUNZA, Juan Manuel; a.k.a. INZUNZA ZAZUETA, Erik Tadeo; a.k.a. OSUNA GODOY, Rolando; a.k.a. SALAS ROJO, Juan Manuel; a.k.a. "REY MIDAS"), 1538 Calle Turmalina Dos, Colonia Stase, Culiacan, Sinaloa, Mexico; DOB 08 Aug 1981; POB Culiacan, Sinaloa, Mexico; nationality

Mexico; Gender Male; C.U.R.P. AAIJ810808HSLLNN01 (Mexico); RFC AAIJ810808SX4 (Mexico) (individual) [SDNTK] (Linked To: OPERADORA EFICAZ PEGASO; Linked To: NUEVA ATUNERA TRITON S.A. DE C.V.).

TAMAYO TORRES, Horacio (a.k.a. FELIX TORRES, Javier; a.k.a. TORRES FELIX, Javier; a.k.a. "COMPADRE"; a.k.a. "EL JT"), Calle Paseo La Cuesta # 1550, Apt 6, Colonia Lomas De Guadalupe, Culiacan Rosales, Sinaloa, Mexico; DOB 19 Oct 1960; POB Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

TAMAYOZ LLC (Arabic: شركة تميز المحدودة المسؤولية) (a.k.a. EXCELLENCE LIMITED LIABILITY COMPANY), Damascus, Syria; Organization Type: Real estate activities with own or leased property [PAARSSR-EO13894].

TAMBE, Elyas (a.k.a. TAMBE, Elyas Jafer), Dubai, United Arab Emirates; DOB 25 Dec 1974; POB Chiplun, India; nationality India; Gender Male (individual) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

TAMBE, Elyas Jafer (a.k.a. TAMBE, Elyas), Dubai, United Arab Emirates; DOB 25 Dec 1974; POB Chiplun, India; nationality India; Gender Male (individual) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

TAMBOV GUNPOWDER PLANT (a.k.a. TAMBOV POWDER PLANT; a.k.a. TAMBOVSKII POROKHOVOI ZAVOD; a.k.a. "TPZ"), PR-kt Truda D.23, Kotovsk 393190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1026801010994 (Russia); Tax ID No. 6825000757 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

TAMBOV PLANT OKTYABR JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO TAMBOVSKII ZAVOD OKTYABR; a.k.a. AO TZ OKTYABR; a.k.a. JSC TAMBOV PLANT OCTOBER; a.k.a. JSC TZ OCTOBER), Ul. Bastionnaya D. 1, Tambov 329028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6829014768 (Russia); Registration Number 1056882340173 (Russia) [RUSSIA-EO14024].

TAMBOV POWDER PLANT (a.k.a. TAMBOV GUNPOWDER PLANT; a.k.a. TAMBOVSKII POROKHOVOI ZAVOD; a.k.a. "TPZ"), PR-kt

Truda D.23, Kotovsk 393190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1026801010994 (Russia); Tax ID No. 6825000757 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

TAMBOVSKII POROKHOVOI ZAVOD (a.k.a. TAMBOV GUNPOWDER PLANT; a.k.a. TAMBOV POWDER PLANT; a.k.a. "TPZ"), PR-kt Truda D.23, Kotovsk 393190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1026801010994 (Russia); Tax ID No. 6825000757 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

TAMCO ESTABLISHMENT FOR OIL DERIVATIVES (a.k.a. TAMCO PETROLEUM), Al Sabeen District, Amana, Sanaa, Yemen; Shaikh Othman Jolat Alkarraa Aden, Taiz Street, Aden, Yemen; Sanaa Street, Hudaydah, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Aug 2018; Tax ID No. 6/11414 (Yemen); Registration Number 12896 (Yemen) [SDGT] (Linked To: ANSARALLAH).

TAMCO PETROLEUM (a.k.a. TAMCO ESTABLISHMENT FOR OIL DERIVATIVES), Al Sabeen District, Amana, Sanaa, Yemen; Shaikh Othman Jolat Alkarraa Aden, Taiz Street, Aden, Yemen; Sanaa Street, Hudaydah, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Aug 2018; Tax ID No. 6/11414 (Yemen); Registration Number 12896 (Yemen) [SDGT] (Linked To: ANSARALLAH).

TAMIL FOUNDATION, 517 E. Oldtown Road, Cumberland, MD 21502, United States; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 52-1699409 (United States) [SDGT].

TAMIL REHABILITATION ORGANIZATION (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION

ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt.

Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

TAMIL REHABILITERINGS ORGANISASJONEN (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122,

Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

TAMIL TIGERS (a.k.a. ELLALAN FORCE; a.k.a. LIBERATION TIGERS OF TAMIL EELAM; a.k.a. LTTE); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

TAMILISCHE REHABILITATION ORGANISATION (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto,

Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

TAMILS REHABILITATION ORGANISATION (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street,

Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

TAMILS REHABILITATION ORGANIZATION (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE

REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt.

Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

TAMILSK REHABILITERINGS ORGANISASJON (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road,

Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

TAMIMED, ul. Novozavodskaya d. 8, k. 4, Floor 1 Pom. VIII K 5 Of 1, Moscow 121087, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Sep 2020; Target Type Private Company; Tax ID No. 7730259249 (Russia); Registration Number 1207700352420 (Russia) [RUSSIA-EO14024] (Linked To: MORETTI, Svetlana Alekseyevna).

TAMIN KALAYE SABZ (a.k.a. KALAYE SABZ ORZ COMPANY; a.k.a. TAMIN KALAYE SABZ ARAS COMPANY; a.k.a. TAMIN KALAYE SABZ COMPANY; a.k.a. "KSO COMPANY"; a.k.a. "TS CO."; a.k.a. "TS COMPANY"), No. 13, Unit 12, Sazman Ab Ave., Jenah Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 1463468660 (Iran); Company Number 10980302323 (Iran) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

TAMIN KALAYE SABZ ARAS COMPANY (a.k.a. KALAYE SABZ ORZ COMPANY; a.k.a. TAMIN KALAYE SABZ; a.k.a. TAMIN KALAYE SABZ COMPANY; a.k.a. "KSO COMPANY"; a.k.a. "TS CO."; a.k.a. "TS COMPANY"), No. 13, Unit 12, Sazman Ab Ave., Jenah Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 1463468660 (Iran); Company Number 10980302323 (Iran) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

TAMIN KALAYE SABZ COMPANY (a.k.a. KALAYE SABZ ORZ COMPANY; a.k.a. TAMIN KALAYE SABZ; a.k.a. TAMIN KALAYE SABZ ARAS COMPANY; a.k.a. "KSO COMPANY"; a.k.a. "TS CO."; a.k.a. "TS COMPANY"), No. 13, Unit 12, Sazman Ab Ave., Jenah Blvd, Tehran, Iran; Additional Sanctions Information -

Subject to Secondary Sanctions; National ID No. 1463468660 (Iran); Company Number 10980302323 (Iran) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

TAMIN SANAT AMEN COMPANY (a.k.a. AMEN INDUSTRY SUPPLY; a.k.a. TAAMIN INDUSTRIAL SUPPLY COMPANY; a.k.a. TAAMIN SANAT AMEN COMPANY), Sorena Building, Unit 5, First Floor, No. 0, Sheikh Mofid Street, Pasha Alley 3, Mosalla Grand Mosque, Central District, Isfahan County, Isfahan, Isfahan 8164763854, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 23 Oct 2014; National ID No. 14004486100 (Iran); Registration Number 52967 (Iran) [NPWMD] [IFSR] (Linked To: BEH JOULE PARS COMMERCIAL ENGINEERING COMPANY).

TAMOZHENNAYA KARTA (a.k.a. OOO TAMOZHENNAYA KARTA (Cyrillic: ООО ТАМОЖЕННАЯ КАРТА)), proezd Berezovoi Roshchi, dom 12, Moscow 125252, Russia; Per. Plotnikov, d. 19/38, str. 2, Moscow 119002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jun 2000; Tax ID No. 710357343 (Russia); Registration Number 1027739703672 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

TAMTOMO, Anggih (a.k.a. NAIM, Bahrun; a.k.a. TAMTOMO, Muhammad Bahrun Naim Anggih; a.k.a. "AISYAH, Abu"; a.k.a. "RAYAN, Abu"; a.k.a. "RAYYAN, Abu"), Aleppo, Syria; Raqqa, Syria; DOB 06 Sep 1983; POB Surakarta, Indonesia; alt. POB Pekalongan, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

TAMTOMO, Muhammad Bahrun Naim Anggih (a.k.a. NAIM, Bahrun; a.k.a. TAMTOMO, Anggih; a.k.a. "AISYAH, Abu"; a.k.a. "RAYAN, Abu"; a.k.a. "RAYYAN, Abu"), Aleppo, Syria; Raqqa, Syria; DOB 06 Sep 1983; POB Surakarta, Indonesia; alt. POB Pekalongan, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

TAMYNA AG (a.k.a. TAMYNA LTD; a.k.a. TAMYNA SA; f.k.a. "IMSC AG"; f.k.a. "IMSC GMBH"; f.k.a. "INTERNATIONAL MARITIME CORPORATION"), Baarerstrasse 55, Zug 6302, Switzerland; 11 Bahnhofstrasse, Schlieren, Zurich 8952, Switzerland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Apr 2011; alt. Organization Established Date 04 Apr 2012; Company Number CH-316.162.555 (Switzerland); Registration Number CH-170-4.010.398-7 (Switzerland) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

TAMYNA FZE, Ras Al-Khaimah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Nov 2018; Organization Type: Wholesale of electronic and telecommunications equipment and parts [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

TAMYNA LTD (a.k.a. TAMYNA AG; a.k.a. TAMYNA SA; f.k.a. "IMSC AG"; f.k.a. "IMSC GMBH"; f.k.a. "INTERNATIONAL MARITIME CORPORATION"), Baarerstrasse 55, Zug 6302, Switzerland; 11 Bahnhofstrasse, Schlieren, Zurich 8952, Switzerland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Apr 2011; alt. Organization Established Date 04 Apr 2012; Company Number CH-316.162.555 (Switzerland); Registration Number CH-170-4.010.398-7 (Switzerland) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

TAMYNA SA (a.k.a. TAMYNA AG; a.k.a. TAMYNA LTD; f.k.a. "IMSC AG"; f.k.a. "IMSC GMBH"; f.k.a. "INTERNATIONAL MARITIME CORPORATION"), Baarerstrasse 55, Zug 6302, Switzerland; 11 Bahnhofstrasse, Schlieren, Zurich 8952, Switzerland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Apr 2011; alt. Organization Established Date 04 Apr 2012; Company Number CH-316.162.555 (Switzerland); Registration Number CH-170-4.010.398-7 (Switzerland) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

TAN S.A. (a.k.a. TAXI AEREO ANTIOQUENO S.A.), Calle 4 No. 65F-41 Hangar 70A, Medellin, Colombia; NIT # 811041365-0 (Colombia) [SDNT].

TAN, Tieniu (Chinese Traditional: 譚鐵牛; Chinese Simplified: 谭铁牛), Hong Kong; DOB Oct 1963; alt. DOB 20 Jan 1964; POB Chaling County, Zhuzhou, Hunan Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149 (individual) [HK-EO13936].

TAN, Wee Beng, 51 Siang Kuang Avenue, Singapore; DOB 14 Feb 1977; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director of Wee Tiong (S) Pte Ltd; Managing Director of WT Marine Pte Ltd (individual) [DPRK].

TAN, Yaozong (a.k.a. TAM, Yiu-chung (Chinese Simplified: 谭耀宗; Chinese Traditional: 譚耀宗)), China; Hong Kong; DOB 15 Dec 1949; POB Hong Kong; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149 (individual) [HK-EO13936].

TANAIS TRADING L.L.C (a.k.a. TANAIS WAY GENERAL TRADING L.L.C (Arabic: تنيس واي التجارة العامة ش.ذ.م.م)), Office No. MF: 19, Hor Al Anz East, Deira, Dubai, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 24 Jan 2023; License 1142106 (United Arab Emirates); Economic Register Number (CBLS) 12006809 (United Arab Emirates) [IRAN-EO13846].

TANAIS WAY GENERAL TRADING L.L.C (Arabic: تنيس واي التجارة العامة ش.ذ.م.م) (a.k.a. TANAIS TRADING L.L.C), Office No. MF: 19, Hor Al Anz East, Deira, Dubai, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 24 Jan 2023; License 1142106 (United Arab Emirates); Economic Register Number (CBLS) 12006809 (United Arab Emirates) [IRAN-EO13846].

TANAVAR, Hossein (Arabic: حسین تناور), Unit 29, 5th Floor, Talaieh Block- B1, Elahiyeh Complex 1, Number 0, Alley 2-Shahid Sajjad Rushanai, Rabbaninejad Street, Zein Aldin Municipality, Qom 3739144673, Iran; DOB 30 Aug 1981; POB Dashtestan, Bushehr Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 6109732461 (Iran); Birth Certificate Number 2833 (Iran); 2nd Brigadier General (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

TANCHEV, Aleksandr Vasilevich (a.k.a. TANCHEV, Aleksandr Vasilyevich; a.k.a. TANCHEV, Alexander), Moscow, Russia; DOB 30 Aug 1985; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4508110984 (Russia); Tax ID No. 771402694259 (Russia) (individual) [RUSSIA-EO14024].

TANCHEV, Aleksandr Vasilyevich (a.k.a. TANCHEV, Aleksandr Vasilevich; a.k.a. TANCHEV, Alexander), Moscow, Russia; DOB 30 Aug 1985; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4508110984 (Russia); Tax ID No. 771402694259 (Russia) (individual) [RUSSIA-EO14024].

TANCHEV, Alexander (a.k.a. TANCHEV, Aleksandr Vasilevich; a.k.a. TANCHEV, Aleksandr Vasilyevich), Moscow, Russia; DOB 30 Aug 1985; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4508110984 (Russia); Tax ID No. 771402694259 (Russia) (individual) [RUSSIA-EO14024].

TANCHON COMMERCIAL BANK (f.k.a. CHANGGWANG CREDIT BANK; f.k.a. KOREA CHANGGWANG CREDIT BANK), Saemul 1-Dong Pyongchon District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

TANDHIM HURRAS AL-DEEN (a.k.a. AL-QAIDA IN SYRIA; a.k.a. GUARDIANS OF RELIGION; a.k.a. HURRAS AL-DIN; a.k.a. SHAM AL-RIBAT; a.k.a. TANZIM HURRAS AL-DIN; a.k.a. "AQ-S"), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TANG, Chris (a.k.a. TANG, Ping-keung (Chinese Traditional: 鄧炳強)), 1 Arsenal Street, Hong Kong; DOB 04 Jul 1965; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport KJ0638810 (Hong Kong) issued 14 Oct 2017 expires 14 Oct 2027; National ID

No. D4118015 (Hong Kong); Commissioner of Police (individual) [HK-EO13936].

TANG, Kriang Kai (a.k.a. SHE, Dylan; a.k.a. SHE, Lunkai; a.k.a. SHE, Zhi Jiang; a.k.a. SHE, Zhijiang (Chinese Simplified: 余智江)), Kuok Chanbak, Chaom Chau, Posenchey, Phnom Penh, Cambodia; DOB 26 Jan 1982; POB Shaodong, Hunan Province, China; nationality Burma; alt. nationality Cambodia; Gender Male (individual) [GLOMAG].

TANG, Nigel Wan Bao Nabil, Singapore; DOB 02 Sep 1993; POB Singapore; nationality Singapore; Gender Male; Passport E6790628B (Singapore) (individual) [TCO] (Linked To: CHEN, Zhi).

TANG, Ping-keung (Chinese Traditional: 鄧炳強) (a.k.a. TANG, Chris), 1 Arsenal Street, Hong Kong; DOB 04 Jul 1965; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport KJ0638810 (Hong Kong) issued 14 Oct 2017 expires 14 Oct 2027; National ID No. D4118015 (Hong Kong); Commissioner of Police (individual) [HK-EO13936].

TANGANDA, Bosco (a.k.a. BAGANDA, Bosco; a.k.a. NTAGANDA, Bosco; a.k.a. NTAGANDA, Jean Bosco; a.k.a. NTAGENDA, Bosco; a.k.a. NTANGANA, Bosco; a.k.a. NTANGANDA, Bosco; a.k.a. TAGANDA, Bosco), Runyoni, Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1973; POB Nord-Kivu, DRC; alt. POB Rwanda; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

TANGSIRI, Ali Reza (Arabic: على رضا تنگسیری) (a.k.a. TANGSIRI, Ali Rida; a.k.a. TANGSIRI, Alireza), Tehran, Iran; DOB 1962; alt. DOB 27 Aug 1963; POB Arvandkenar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 5859876629 (Iran) (individual) [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS; Linked To: PARAVAR PARS COMPANY).

TANGSIRI, Ali Rida (a.k.a. TANGSIRI, Ali Reza (Arabic: على رضا تنگسیری); a.k.a. TANGSIRI, Alireza), Tehran, Iran; DOB 1962; alt. DOB 27 Aug 1963; POB Arvandkenar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; National ID No. 5859876629 (Iran) (individual) [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS; Linked To: PARAVAR PARS COMPANY).

TANGSIRI, Alireza (a.k.a. TANGSIRI, Ali Reza (Arabic: على رضا تنگسیری); a.k.a. TANGSIRI, Ali Rida), Tehran, Iran; DOB 1962; alt. DOB 27 Aug 1963; POB Arvandkenar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 5859876629 (Iran) (individual) [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS; Linked To: PARAVAR PARS COMPANY).

TANIDEH, Hossein; DOB 09 Jun 1964; Additional Sanctions Information - Subject to Secondary Sanctions; Passport H13781445 (Iran) expires 09 Jun 2013 (individual) [NPWMD] [IFSR].

TANN, Ahmet (a.k.a. YAKUT, Cumhur), Dubai, United Arab Emirates; Bartin, Turkey; DOB 18 Mar 1955; POB Turkey; nationality Turkey; citizen Turkey (individual) [SDNTK].

TANOUE, Fumio; DOB 01 Jan 1955 to 31 Dec 1956 (individual) [TCO].

TANTK IM.G.M. BERIEVA PAO (a.k.a. BERIEV AIRCRAFT COMPANY; a.k.a. PJSC TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПАО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА); a.k.a. PJSC TASTC N.A. G. M. BERIEV; a.k.a. PUBLIC JOINT STOCK COMPANY TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА); a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TAGANROGSKI AVIATSIONNY NAUCHNO TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA; f.k.a. TAGANROGSKI AVIATSIONNY NAUCHNO-TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA PAO), d. 1, pl. Aviatorov, Taganrog, Rostovskaya Oblast 347923, Russia (Cyrillic: д.1, пл. Авиаторов, Таганрог, Ростовская область 347923, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization

Established Date 13 Jul 1994; Target Type State-Owned Enterprise; Tax ID No. 6154028021 (Russia); Registration Number 1026102571065 (Russia) [RUSSIA-EO14024].

TANTOUCHE, Ibrahim Abubaker (a.k.a. ABU BAKR, Ibrahim Ali Muhammad; a.k.a. AL-LIBI, Abd al-Muhsin; a.k.a. SABRI, Abdel Ilah; a.k.a. TANTOUSH, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Ali Abu Bakr; a.k.a. "'ABD AL-MUHSI"; a.k.a. "'ABD AL-RAHMAN"; a.k.a. "ABU ANAS"), Johannesburg, South Africa; DOB 1966; alt. DOB 27 Oct 1969; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 203037 (Libya) (individual) [SDGT].

TANTOUSH, Ibrahim Abubaker (a.k.a. ABU BAKR, Ibrahim Ali Muhammad; a.k.a. AL-LIBI, Abd al-Muhsin; a.k.a. SABRI, Abdel Ilah; a.k.a. TANTOUCHE, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Ali Abu Bakr; a.k.a. "'ABD AL-MUHSI"; a.k.a. "'ABD AL-RAHMAN"; a.k.a. "ABU ANAS"), Johannesburg, South Africa; DOB 1966; alt. DOB 27 Oct 1969; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 203037 (Libya) (individual) [SDGT].

TANTOUSH, Ibrahim Ali Abu Bakr (a.k.a. ABU BAKR, Ibrahim Ali Muhammad; a.k.a. AL-LIBI, Abd al-Muhsin; a.k.a. SABRI, Abdel Ilah; a.k.a. TANTOUCHE, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Abubaker; a.k.a. "'ABD AL-MUHSI"; a.k.a. "'ABD AL-RAHMAN"; a.k.a. "ABU ANAS"), Johannesburg, South Africa; DOB 1966; alt. DOB 27 Oct 1969; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 203037 (Libya) (individual) [SDGT].

TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN

THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

TANZIM AL-QA'IDA FI BILAD AL-MAGHRIB AL-ISLAMIYA (a.k.a. AL-QA'IDA IN THE ISLAMIC MAGHREB; a.k.a. AQIM; a.k.a. GSPC; a.k.a. LE GROUPE SALAFISTE POUR LA PREDICATION ET LE COMBAT; a.k.a. SALAFIST GROUP FOR CALL AND COMBAT; a.k.a. SALAFIST GROUP FOR PREACHING AND COMBAT); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

TANZIM HURRAS AL-DIN (a.k.a. AL-QAIDA IN SYRIA; a.k.a. GUARDIANS OF RELIGION; a.k.a. HURRAS AL-DIN; a.k.a. SHAM AL-RIBAT; a.k.a. TANDHIM HURRAS AL-DEEN; a.k.a. "AQ-S"), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD

IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

TAPFUMANEYI, Asher Walter, 568 Eagles Place, Harare, Zimbabwe; DOB 19 Nov 1959; POB Wedza, Zimbabwe; nationality Zimbabwe; Gender Male; Passport AD007230 (Zimbabwe); National ID No. 63453849Z80 (Zimbabwe) (individual) [GLOMAG].

TAPGAS MEXICO S.A. DE C.V., Culiacan, Sinaloa, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Jan 2018; Organization Type: Other information technology and computer service activities; R.F.C. TME180115UD6 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: ESPARRAGOZA ROSAS, Enrique Dann).

TAPIA CASTRO, Alejandro (a.k.a. GONZALEZ VALENCIA, Elvis), Mexico; DOB 12 Oct 1980; alt. DOB 18 Mar 1979; POB Aguililla, Michoacan de Ocampo, Mexico; C.U.R.P. GOVE801012HMNNLL03 (Mexico); alt. C.U.R.P. TACA790318HJCPSL08 (Mexico); I.F.E. TPCSAL79031814H401 (Mexico) (individual) [SDNTK] (Linked To: CARTEL DE JALISCO NUEVA GENERACION; Linked To: LOS CUINIS).

TAPIA ORTEGA DE ARRIOLA, Abigail (a.k.a. TAPIA ORTEGA, Abigail), c/o GASOLINERAS SAN FERNANDO S.A. DE C.V., Saucillo, Mexico; Avenida Novena No. 47, Saucillo, Chihuahua, Mexico; DOB 23 Sep 1974; POB Mexico City, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

TAPIA ORTEGA, Abigail (a.k.a. TAPIA ORTEGA DE ARRIOLA, Abigail), c/o GASOLINERAS SAN FERNANDO S.A. DE C.V., Saucillo, Mexico; Avenida Novena No. 47, Saucillo, Chihuahua, Mexico; DOB 23 Sep 1974; POB Mexico City, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

TAPIA QUINTERO, Jose Guadalupe, Sinaloa, Mexico; DOB 19 Feb 1971; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. TAQG710219HSLPND08 (Mexico) (individual) [SDNTK].

TAQQOSH, Muhammad Fawzi (Arabic: محمد فوزي طقوش) (a.k.a. TAKKOUSH, Mohammad; a.k.a. TAKUSH, Muhammad; a.k.a. TAQUSH, Muhammad), Lebanon; DOB 1973; POB Beirut, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT]

(Linked To: LEBANESE MUSLIM BROTHERHOOD).

TAQUSH, Muhammad (a.k.a. TAKKOUSH, Mohammad; a.k.a. TAKUSH, Muhammad; a.k.a. TAQQOSH, Muhammad Fawzi (Arabic: محمد فوزي طقوش)), Lebanon; DOB 1973; POB Beirut, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LEBANESE MUSLIM BROTHERHOOD).

TARA LIMITED, Level 8/5B, Portomaso Business Tower, St. Julians, Malta; D-U-N-S Number 53-400-4252; Trade License No. C 76396 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

TARA STEEL TRADING GMBH, Grafenberger Allee 151, Dusseldorf, Nordrhein-Westfalen 40237, Germany; Website www.tarasteel.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 40227B33411 (Germany); V.A.T. Number DE812137575 (Germany) [IRAN-EO13871] (Linked To: ESFAHAN'S MOBARAKEH STEEL COMPANY).

TARABAIN CHAMAS, Mohamad (a.k.a. CHAMS, Mohamad; a.k.a. TARABAY, Muhammad; a.k.a. TARABAYN SHAMAS, Muhammad), Avenida Jose Maria De Brito 606, Apartment 51, Foz do Iguacu, Brazil; Cecilia Meirelles 849, Bloco B, Apartment 09, Foz do Iguacu, Brazil; DOB 11 Jan 1967; POB Asuncion, Paraguay; citizen Lebanon; alt. citizen Brazil; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National Foreign ID Number RNE: W031645-8 (Brazil) (individual) [SDGT].

TARABAR-GOROUS TRUST TRANSPORTATION (a.k.a. HAML VA NAGHL ETEMAAD TARABARGROUS), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

TARABARI BEYNOLMELALI TEHRAN (Arabic: شرکت ترابری بین المللی تهران) (a.k.a. TEHRAN INTERNATIONAL TRANSPORT CO; a.k.a. TEHRAN INTERNATIONAL TRANSPORT COMPANY), No. 108 Sepahbod Gharani St., Tehran, Iran; P.O. Box 15989-4554, Iran; 118 Gharani Avenue, Tehran 15981, Iran; Jahad St., Km 9 Special Karaj Road, Tehran, Iran;

Kilometer 11, Karaj Special Road, End of South Jihad, Tehran, Iran; Pasdaran Boulevard, Homa Hotel Way 3, 3 Delavaran, Sahel Complex, 3rd Floor, Unit 5, Bandar Abbas, Iran; Bushehr, Iran; Bazargan, Iran; Isfahan, Iran; Incheh Borun, Iran; Jolfa, Iran; Sarakhs, Iran; Khosravi, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10862037537 (Iran); Registration Number 4491 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

TARABAY, Muhammad (a.k.a. CHAMS, Mohamad; a.k.a. TARABAIN CHAMAS, Mohamad; a.k.a. TARABAYN SHAMAS, Muhammad), Avenida Jose Maria De Brito 606, Apartment 51, Foz do Iguacu, Brazil; Cecilia Meirelles 849, Bloco B, Apartment 09, Foz do Iguacu, Brazil; DOB 11 Jan 1967; POB Asuncion, Paraguay; citizen Lebanon; alt. citizen Brazil; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National Foreign ID Number RNE: W031645-8 (Brazil) (individual) [SDGT].

TARABAYN SHAMAS, Muhammad (a.k.a. CHAMS, Mohamad; a.k.a. TARABAIN CHAMAS, Mohamad; a.k.a. TARABAY, Muhammad), Avenida Jose Maria De Brito 606, Apartment 51, Foz do Iguacu, Brazil; Cecilia Meirelles 849, Bloco B, Apartment 09, Foz do Iguacu, Brazil; DOB 11 Jan 1967; POB Asuncion, Paraguay; citizen Lebanon; alt. citizen Brazil; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National Foreign ID Number RNE: W031645-8 (Brazil) (individual) [SDGT].

TARAH, Musah (a.k.a. ATAR, Mussa; a.k.a. ATARI, Musah; a.k.a. HATARI, Musa; a.k.a. MUSA, Atari; a.k.a. TAHIR, Musa; a.k.a. TARAK, Musah; a.k.a. TARK, Musa), Songo, Kafia Kingi; DOB 1965; alt. DOB 1964; alt. DOB 1966; nationality Sudan (individual) [CAR] (Linked To: LORD'S RESISTANCE ARMY).

TARAK, Musah (a.k.a. ATAR, Mussa; a.k.a. ATARI, Musah; a.k.a. HATARI, Musa; a.k.a. MUSA, Atari; a.k.a. TAHIR, Musa; a.k.a. TARAH, Musah; a.k.a. TARK, Musa), Songo, Kafia Kingi; DOB 1965; alt. DOB 1964; alt. DOB

1966; nationality Sudan (individual) [CAR] (Linked To: LORD'S RESISTANCE ARMY).

TARAKANOV, Pavel Vladimirovich (Cyrillic: ТАРАКАНОВ, Павел Владимирович), Russia; DOB 21 Jun 1982; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TARASENKO, Michail Vasilevich (Cyrillic: ТАРАСЕНКО, Михаил Васильевич), Russia; DOB 21 Nov 1947; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TARBAEV, Sangadzhi Andreyevich (Cyrillic: ТАРБАЕВ, Сангаджи Андреевич), Russia; DOB 15 Apr 1982; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TARBALAKALA, Abdel-Rahman Yumma (a.k.a. BARAK ALLAH, Abdelrahman Gomaa; a.k.a. BARAK ALLAH, Abdul-Rahman Juma; a.k.a. BARAKALLAH AHMAD, Abdelrahman Juma'a (Arabic: عبدالرحمن جمعة بارك الله احمد); a.k.a. BARAKALLAH, Abdel Rahman Joma'a; a.k.a. BARKALLA, Abdelrahman Ahmed Guma; a.k.a. BARKTALLAH, Abdel-Rahman Juma (Arabic: عبدالرحمن جمعة بارك الله)), Sudan; DOB 01 Jan 1969; POB Bahr Elarab, East Darfur, Sudan; nationality Sudan; Gender Male; Passport P07834700 (Sudan); National ID No. 21052659309 (Sudan) (individual) [SUDAN-EO14098].

TARCHICHI, Hala (a.k.a. TARSHISHI, Hala Mohamad (Arabic: هلا محمد ترشيشي)), Lebanon; DOB 26 Feb 1983; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR2152231 (Lebanon) expires 07 Jul 2031 (individual) [SDGT] (Linked To: HAMIEH, Alaa Hassan).

TARDENCILLA RODRIGUEZ, Nadia Camila, Nicaragua; DOB 16 Jul 1983; POB Nicaragua; nationality Nicaragua; Gender Female; Cedula No. 0011607830002Y (Nicaragua) (individual) [NICARAGUA].

TARDIGRADE LIMITED, Dimitriados 1, Limassol 4004, Cyprus; Registration Number C378737 (Cyprus) [GLOMAG] (Linked To: TESIC, Slobodan).

TARGET ELECTRONICS (a.k.a. TARGET ELEKTRONIKS), Proezd Kolomenskii d. 14, floor 5, kom. 5, Moscow 115446, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714472298 (Russia); Registration Number 1217700243364 (Russia) [RUSSIA-EO14024].

TARGET ELEKTRONIKS (a.k.a. TARGET ELECTRONICS), Proezd Kolomenskii d. 14, floor 5, kom. 5, Moscow 115446, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714472298 (Russia); Registration Number 1217700243364 (Russia) [RUSSIA-EO14024].

TARGET TRANSPORTATION LIMITED, East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

TARH O PALAYESH, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

TARIF, Abu (a.k.a. ABOUTARIF, Nassif; a.k.a. BARAKAT AL FAHILIH, Nasif Jarjis; a.k.a. BARAKAT ALVAHILH, Nasif Gergers; a.k.a. BARAKAT, Nasif; a.k.a. BARAKAT, Nassif; a.k.a. BARKAT, Nasif; a.k.a. BARKAT, Nassif), Fahel, Syria; Germana, Damascus, Syria; Al-Qassaa, Damascus, Syria; Al Fuhaylah, Homs, Syria; DOB 20 Jun 1971; alt. DOB 30 Nov 1970; citizen Syria; Gender Male; National ID No. 04010136281 (Syria) (individual) [TCO] (Linked To: BARAKAT TRANSNATIONAL CRIMINAL ORGANIZATION).

TARIQ ABU SHANAB EST. (a.k.a. ABU SHANAB METALS ESTABLISHMENT; a.k.a. AMIN ABU SHANAB & SONS CO.; a.k.a. AMIN ABU SHANAB AND SONS CO.; a.k.a. SHANAB METALS ESTABLISHMENT; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE & COMMERCE; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE AND COMMERCE; a.k.a. TARIQ ABU SHANAB METALS ESTABLISHMENT), Musherfeh, P.O. Box 766, Zarka, Jordan [IRAQ2].

TARIQ ABU SHANAB EST. FOR TRADE & COMMERCE (a.k.a. ABU SHANAB METALS ESTABLISHMENT; a.k.a. AMIN ABU SHANAB & SONS CO.; a.k.a. AMIN ABU SHANAB AND SONS CO.; a.k.a. SHANAB METALS ESTABLISHMENT; a.k.a. TARIQ ABU SHANAB EST.; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE AND COMMERCE; a.k.a. TARIQ ABU SHANAB METALS ESTABLISHMENT), Musherfeh, P.O. Box 766, Zarka, Jordan [IRAQ2].

TARIQ ABU SHANAB EST. FOR TRADE AND COMMERCE (a.k.a. ABU SHANAB METALS ESTABLISHMENT; a.k.a. AMIN ABU SHANAB & SONS CO.; a.k.a. AMIN ABU SHANAB AND SONS CO.; a.k.a. SHANAB METALS ESTABLISHMENT; a.k.a. TARIQ ABU SHANAB EST.; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE & COMMERCE; a.k.a. TARIQ ABU SHANAB METALS ESTABLISHMENT), Musherfeh, P.O. Box 766, Zarka, Jordan [IRAQ2].

TARIQ ABU SHANAB METALS ESTABLISHMENT (a.k.a. ABU SHANAB METALS ESTABLISHMENT; a.k.a. AMIN ABU SHANAB & SONS CO.; a.k.a. AMIN ABU SHANAB AND SONS CO.; a.k.a. SHANAB METALS ESTABLISHMENT; a.k.a. TARIQ ABU SHANAB EST.; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE & COMMERCE; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE AND COMMERCE), Musherfeh, P.O. Box 766, Zarka, Jordan [IRAQ2].

TARIQ AFRIDI GROUP (a.k.a. COMMANDER TARIQ AFRIDI GROUP; a.k.a. TARIQ GEEDAR GROUP; a.k.a. TARIQ GIDAR AFRIDI GROUP; a.k.a. TARIQ GIDAR GROUP; a.k.a. TEHREEK-I-TALIBAN PAKISTAN GEEDAR GROUP; a.k.a. TEHRIK-E-TALIBAN-TARIQ GIDAR GROUP; a.k.a. TTP GEEDAR GROUP; a.k.a. TTP-TARIQ GIDAR GROUP; a.k.a. "TGG"; a.k.a. "THE ASIAN TIGERS"), Darra Adam Khel, Pakistan; Aurakzai, Pakistan; Khyber, Pakistan; Peshawar, Pakistan; Kohat, Pakistan; Hangu, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TARIQ GEEDAR GROUP (a.k.a. COMMANDER TARIQ AFRIDI GROUP; a.k.a. TARIQ AFRIDI GROUP; a.k.a. TARIQ GIDAR AFRIDI GROUP; a.k.a. TARIQ GIDAR GROUP; a.k.a. TEHREEK-I-TALIBAN PAKISTAN GEEDAR GROUP; a.k.a. TEHRIK-E-TALIBAN-TARIQ GIDAR GROUP; a.k.a. TTP GEEDAR GROUP; a.k.a. TTP-TARIQ GIDAR GROUP; a.k.a. "TGG"; a.k.a. "THE ASIAN TIGERS"), Darra Adam Khel, Pakistan; Aurakzai, Pakistan; Khyber, Pakistan; Peshawar, Pakistan; Kohat, Pakistan; Hangu, Pakistan; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TARIQ GIDAR AFRIDI GROUP (a.k.a. COMMANDER TARIQ AFRIDI GROUP; a.k.a. TARIQ AFRIDI GROUP; a.k.a. TARIQ GEEDAR GROUP; a.k.a. TARIQ GIDAR GROUP; a.k.a. TEHREEK-I-TALIBAN PAKISTAN GEEDAR GROUP; a.k.a. TEHRIK-E-TALIBAN-TARIQ GIDAR GROUP; a.k.a. TTP GEEDAR GROUP; a.k.a. TTP-TARIQ GIDAR GROUP; a.k.a. "TGG"; a.k.a. "THE ASIAN TIGERS"), Darra Adam Khel, Pakistan; Aurakzai, Pakistan; Khyber, Pakistan; Peshawar, Pakistan; Kohat, Pakistan; Hangu, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TARIQ GIDAR GROUP (a.k.a. COMMANDER TARIQ AFRIDI GROUP; a.k.a. TARIQ AFRIDI GROUP; a.k.a. TARIQ GEEDAR GROUP; a.k.a. TARIQ GIDAR AFRIDI GROUP; a.k.a. TEHREEK-I-TALIBAN PAKISTAN GEEDAR GROUP; a.k.a. TEHRIK-E-TALIBAN-TARIQ GIDAR GROUP; a.k.a. TTP GEEDAR GROUP; a.k.a. TTP-TARIQ GIDAR GROUP; a.k.a. "TGG"; a.k.a. "THE ASIAN TIGERS"), Darra Adam Khel, Pakistan; Aurakzai, Pakistan; Khyber, Pakistan; Peshawar, Pakistan; Kohat, Pakistan; Hangu, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TARK, Musa (a.k.a. ATAR, Mussa; a.k.a. ATARI, Musah; a.k.a. HATARI, Musa; a.k.a. MUSA, Atari; a.k.a. TAHIR, Musa; a.k.a. TARAH, Musah; a.k.a. TARAK, Musah), Songo, Kafia Kingi; DOB 1965; alt. DOB 1964; alt. DOB 1966; nationality Sudan (individual) [CAR] (Linked To: LORD'S RESISTANCE ARMY).

TARSHISHI, Hala Mohamad (Arabic: هلا محمد ترشيشي) (a.k.a. TARCHICHI, Hala), Lebanon; DOB 26 Feb 1983; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR2152231 (Lebanon) expires 07 Jul 2031 (individual) [SDGT] (Linked To: HAMIEH, Alaa Hassan).

TARZALI, Ali, Iran; DOB 10 Oct 1964; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Passport B23527205 (Iran); National ID No. 005-156675-3 (Iran); Birth Certificate Number 2233 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

TAS TECHNOLOGY CO., LIMITED (a.k.a. TAS TECHNOLOGY COMPANY LIMITED), Room 6, Block A, 23/F Hover Industrial Building 26-38 Kwai Cheong Road, Kwai Chung, Hong Kong, China; Room 2306, Block A, 23/F Hover Industrial Building, 26-38 Kwai Cheong Road, Kwai Chung, Hong Kong, China; Room 610, 6th Floor, Xusheng Research and Development Building, Yintian, Xixiang, Bao'an District, Shenzhen, China; Website tas-tek.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 26 Jan 2010; Company Number 1415623 (Hong Kong) [NPWMD] [IFSR] (Linked To: ELECTRO OPTIC SAIRAN INDUSTRIES CO.).

TAS TECHNOLOGY COMPANY LIMITED (a.k.a. TAS TECHNOLOGY CO., LIMITED), Room 6, Block A, 23/F Hover Industrial Building 26-38 Kwai Cheong Road, Kwai Chung, Hong Kong, China; Room 2306, Block A, 23/F Hover Industrial Building, 26-38 Kwai Cheong Road, Kwai Chung, Hong Kong, China; Room 610, 6th Floor, Xusheng Research and Development Building, Yintian, Xixiang, Bao'an District, Shenzhen, China; Website tas-tek.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 26 Jan 2010; Company Number 1415623 (Hong Kong) [NPWMD] [IFSR] (Linked To: ELECTRO OPTIC SAIRAN INDUSTRIES CO.).

TASCON ROJAS, Servio Tulio, c/o UNIVISA S.A., Cali, Colombia; DOB 02 Nov 1938; alt. DOB 11 Feb 1938; Cedula No. 2729445 (Colombia) (individual) [SDNT].

TASFIYE HALINDE ALAN ENERJI URETIM SANAYI VE TICARET LIMITED SIRKETI (a.k.a. ALAN ENERJI URETIM SANAYI VE TICARET ANONIM SIRKETI; f.k.a. ALAN ENERJI URETIM SANAYI VE TICARET LIMITED SIRKETI), Istinye Mah. Bostan Sok. No: 12 Sariyer, Turkey; Resitpasa Mah. Denizbank Ust Sitesi Yol Sok. No. 29, Sariyer, Istanbul 34467, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Jun 2006; Istanbul Chamber of Comm. No. 593151 (Turkey); Registration Number 593151-0 (Turkey);

Central Registration System Number 0048-0501-8650-0029 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

TASFIYE HALINDE ANKA ENERJI URETIM SANAYI VE TICARET LIMITED SIRKETI (a.k.a. ANKA ENERJI URETIM SANAYI VE TICARET ANONIM SIRKETI; a.k.a. ANKA ENERJI URETIM SANAYI VE TICARET LTD STI), Resitpasa Mah. Denizbank Ust Sitesi Yol Sok. No. 29 Sariyer, 34467, Turkey; Instinye Mah, Bostan Sok. No. 12 Sariyer, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Jun 2006; Istanbul Chamber of Comm. No. 593158 (Turkey); Registration Number 593158-0 (Turkey); Central Registration System Number 0069-0405-7030-0026 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

TASH, Ismael (a.k.a. MOSLEH, Ismael Salman; a.k.a. TASH, Isma'il), Istanbul, Turkey; DOB 1978; POB Iraq; nationality Iraq; Email Address ismael.salman@icloud.com; alt. Email Address anasiraga9@gmail.com; alt. Email Address anasraq1000@mail.ru; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: REDIN EXCHANGE).

TASH, Isma'il (a.k.a. MOSLEH, Ismael Salman; a.k.a. TASH, Ismael), Istanbul, Turkey; DOB 1978; POB Iraq; nationality Iraq; Email Address ismael.salman@icloud.com; alt. Email Address anasiraga9@gmail.com; alt. Email Address anasraq1000@mail.ru; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: REDIN EXCHANGE).

TASHILAT SARL (a.k.a. AL TASHEELAT COMPANY LLC (Arabic: شركة التسهيلات ش.م.م.); a.k.a. "TASHILAT"), Hadi Nasralla Street, Bourj Barajneh, Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Oct 2006; Registration Number 2008980 (Lebanon) [SDGT] (Linked To: JAMIL, Nehme Ahmad; Linked To: YAZBECK, Ahmad Mohamad; Linked To: AL-SHAMI, Husayn).

TASIN AL-QURAN ABU HAMZA (a.k.a. GANJ MADRASSA; a.k.a. GANJOO MADRASSA;

a.k.a. JAMIA MADRASSA DUR UL KORAN WASUNA; a.k.a. JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; a.k.a. MADRASA TALEEMUL QURAN WAL HADITH; a.k.a. MADRASA TALEEMUL QURAN WAL SUNNAH; a.k.a. MAWIYA MADRASSA; a.k.a. MOW-YA MADRASSA; a.k.a. TALALIM QURAN MADRASSA; a.k.a. TALEEM UL-QURAN MADRASSA), Gunj Gate, Phandu Road, Peshawar, Pakistan; Near the Baron Gate, Ganj area, Peshawar, Pakistan; Lahori and Yaka Tote Rd. at the intersection near the Ganj Gate, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TASK FORCE RUSICH (a.k.a. MILITARY-PATRIOTIC CLUB RUSICH; a.k.a. RUSICH SABOTAGE AND ASSAULT RECONNAISSANCE GROUP; a.k.a. RUSICH TASK FORCE; a.k.a. SABOTAGE AND ASSAULT RECONNAISSANCE GROUP RUSICH; a.k.a. "DSHRG RUSICH" (Cyrillic: "ДШРГ РУСИЧ")), St. Petersburg, Russia; Ukraine; Digital Currency Address - XBT bc1ql7dlyh8xz6tpqk92vztrhqh88dmjvcwrmsemrm; alt. Digital Currency Address - XBT bc1q2lpgjntr348pfvxhfy33ehmdzy3gmx8w4052z6; Digital Currency Address - ETH 0xc2a3829F459B3Edd87791c74cD45402BA0a20Be3; alt. Digital Currency Address - ETH 0x3AD9dB589d201A710Ed237c829c7860Ba86510Fc; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Digital Currency Address - USDT TX5GV4DyfxNB3rPkzZJhmqZ1efVmL4rEqG [RUSSIA-EO14024].

TASNEEM TRADING COMPANY LIMITED, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Oct 2013; Company Number 1976604 (Hong Kong) [SDGT] (Linked To: GUANGZHOU TASNEEM TRADING COMPANY LIMITED).

TASNIM CULTURAL INSTITUTION ORGANIZATION (Arabic: موسسه آتی سازان فرهنگ تسنیم) (a.k.a. ATI SAZAN FARHANG TASNIM INSTITUTE; a.k.a. TASNIM NEWS AGENCY (Arabic: خبرگزاری تسنیم)), South Side First Floor, 2 Plaque 12 Pourfallah Street-Shahid Doctor Hassan Azdi St, Tehran, Iran; Website www.tasnimnews.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320794964 (Iran);

Business Registration Number 29478 (Iran) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

TASNIM NEWS AGENCY (Arabic: خبرگزاری تسنیم) (a.k.a. ATI SAZAN FARHANG TASNIM INSTITUTE; a.k.a. TASNIM CULTURAL INSTITUTION ORGANIZATION (Arabic: موسسه آتی سازان فرهنگ تسنیم)), South Side First Floor, 2 Plaque 12 Pourfallah Street-Shahid Doctor Hassan Azdi St, Tehran, Iran; Website www.tasnimnews.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320794964 (Iran); Business Registration Number 29478 (Iran) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

TAT BANK (a.k.a. BANK-E TAT), Shahid Ahmad Ghasir (Bocharest), Shahid Ahmadian (15th) St., No. 1, Tehran, Iran; No. 1 Ahmadian Street, Bokharest Avenue, Tehran, Iran; SWIFT/BIC TATBIRTH [IRAN].

TATARCHENKO, Denis (a.k.a. TATARCHENKO, Denis Sergeyevich), Russia; DOB 01 Feb 1991; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: INFOROS, OOO).

TATARCHENKO, Denis Sergeyevich (a.k.a. TATARCHENKO, Denis), Russia; DOB 01 Feb 1991; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: INFOROS, OOO).

TATBURNEFT LIMITED LIABILITY COMPANY (a.k.a. MANAGING COMPANY TATBURNEFT LLC), Ul. Musy Dzhalilya D. 51, Almetevsk 423450, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Feb 2008; Organization Type: Support activities for petroleum and natural gas extraction; Tax ID No. 1644047828 (Russia); Government Gazette Number 83471332 (Russia); Registration Number 1081644000492 (Russia) [RUSSIA-EO14024].

TATES DESARROLLO, S.A. DE C.V., Mexico City, Mexico; Folio Mercantil No. 345497 (Mexico) [SDNTK].

TATMADAW (a.k.a. MINISTRY OF DEFENCE OF BURMA; a.k.a. MINISTRY OF DEFENSE OF BURMA), Building 24, Nay Pyi Taw, Burma; Organization Established Date 01 Aug 1937; Target Type Government Entity [BURMA-EO14014].

TATRIEV, Muslim Barisovich (Cyrillic: ТАТРИЕВ, Муслим Барисович), Russia; DOB 11 Jan 1980; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TATULIAN, Ruben Albertovich (Cyrillic: ТАТУЛЯН, РУБЕН АЛЬБЕРТОВИЧ) (a.k.a. CHOLOKYAN, Roberto; a.k.a. KARAKEYAN, Roberto Albertovich; a.k.a. KARAKEYAN, Ruben Albertovich; a.k.a. TATULYAN, Ruben Albertovich; a.k.a. "ROBIK"; a.k.a. "ROBSON" (Cyrillic: "РОБСОН")), Trident Grand Residence, Unit 604, Dubai Marina, Dubai 93743, United Arab Emirates; DOB 08 Dec 1969; POB Sochi, Russia; Gender Male; Passport 710091868 (Russia); Tax ID No. 231704411067 (Russia); Identification Number 312236712500061 (Russia); alt. Identification Number 0184214173 (Russia) (individual) [TCO] (Linked To: VESNA HOTEL AND SPA; Linked To: NOVYI VEK - MEDIA; Linked To: THIEVES-IN-LAW).

TATULYAN, Ruben Albertovich (a.k.a. CHOLOKYAN, Roberto; a.k.a. KARAKEYAN, Roberto Albertovich; a.k.a. KARAKEYAN, Ruben Albertovich; a.k.a. TATULIAN, Ruben Albertovich (Cyrillic: ТАТУЛЯН, РУБЕН АЛЬБЕРТОВИЧ); a.k.a. "ROBIK"; a.k.a. "ROBSON" (Cyrillic: "РОБСОН")), Trident Grand Residence, Unit 604, Dubai Marina, Dubai 93743, United Arab Emirates; DOB 08 Dec 1969; POB Sochi, Russia; Gender Male; Passport 710091868 (Russia); Tax ID No. 231704411067 (Russia); Identification Number 312236712500061 (Russia); alt. Identification Number 0184214173 (Russia) (individual) [TCO] (Linked To: VESNA HOTEL AND SPA; Linked To: NOVYI VEK - MEDIA; Linked To: THIEVES-IN-LAW).

TAUBE PRECIOUS HK LIMITED, Unit 1107, 11/F Fu Hang Industrial Building No. 1, Hok Yuen Street, East Hung Hom, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Apr 2019; Company Number 2820898 (Hong Kong); Business Registration Number 70632538 (Hong Kong) [RUSSIA-EO14024].

TAUBER, Marina, Moldova; DOB 01 May 1986; POB Chisinau, Moldova; nationality Moldova; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: SHOR, Ilan Mironovich).

TAUSA S.A. (f.k.a. TRANSPORTES AEREAS UCHIZA S.A.; a.k.a. TRANSPORTES AEREOS UNIDOS SELVA AMAZONICA S.A.), Calle Soledad 111, Int. 302, Lima, Peru; RUC # 20110372320 (Peru) [SDNTK].

TAVAKKOLI, Hossein, Iran; DOB 21 Mar 1967; citizen Iran; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); Passport A37848244 (Iran); Director of SPI International (individual) [IRAN-EO13846] (Linked To: SPI INTERNATIONAL).

TAVALLAEI, Mohammad Hasan (a.k.a. TOULAI, Mohammad Hassan (Arabic: محمد حسن تولائی); a.k.a. TOULAI, Mohammadhassan), Iran; DOB 21 Mar 1950 to 20 Mar 1951; citizen Iran; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); National ID No. 1062579488 (Iran); Managing Director of Armed Forces Social Security Investment Company (individual) [IRAN-EO13846] (Linked To: ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY).

TAVAN, Reshit (a.k.a. TAVAN, Resit); DOB 01 Jan 1977; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Passport U06314813 (Turkey) (individual) [NPWMD] [IFSR] (Linked To: QESHM MADKANDALOO SHIPBUILDING COOPERATIVE CO).

TAVAN, Resit (a.k.a. TAVAN, Reshit); DOB 01 Jan 1977; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Passport U06314813 (Turkey) (individual) [NPWMD] [IFSR] (Linked To: QESHM MADKANDALOO SHIPBUILDING COOPERATIVE CO).

TAVANA, Ali Akbar Rezaei, Iran; DOB 23 Oct 1975; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to

Secondary Sanctions; Gender Male; Passport F19865800 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU BELKAZTRANS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ БЕЛКАЗТРАНС) (a.k.a. BELKAZTRANS (Cyrillic: БЕЛКАЗТРАНС); a.k.a. LIMITED LIABILITY COMPANY BELKAZTRANS; a.k.a. LLC BELKAZTRANS; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BELKAZTRANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛКАЗТРАНС); a.k.a. OOO BELKAZTRANS (Cyrillic: ООО БЕЛКАЗТРАНС); a.k.a. TAA BELKAZTRANS (Cyrillic: ТАА БЕЛКАЗТРАНС)), pr-t Pobeditelei, d. 20 korpus 3, pom. 215, Minsk 220020, Belarus (Cyrillic: пр-т Победителей, д. 20 корпус 3, пом. 215, г. Минск 220020, Belarus); Organization Established Date 26 Oct 2010; Registration Number 191434523 (Belarus) [BELARUS].

TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU BREMINA GRUP (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ БРЭМІНА ГРУП) (a.k.a. BREMINO GROUP LLC; a.k.a. LIMITED LIABILITY COMPANY BREMINO GROUP; a.k.a. OBSHCHESTVO S OGRANNICHENOY OTVETSTVENNOSTYU BREMINO GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БРЕМИНО ГРУПП); a.k.a. OOO BREMINO GRUPP (Cyrillic: ООО БРЕМИНО ГРУПП); a.k.a. TAA BREMINA GRUP (Cyrillic: ТАА БРЭМІНА ГРУП)), ul. Zavodskaya, d. 1K, pom. 1, gp. Bolbasovo, Orsha district, Vitebsk oblast 211004, Belarus (Cyrillic: ул. Заводская, д. 1К, пом. 1, гп. Болбасово, Оршанский район, Витебская область 211004, Belarus); Organization Established Date 05 Nov 2013; Registration Number 691598938 (Belarus) [BELARUS-EO14038].

TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DUBAI VOTER FRONT (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДУБАЙ ВОТЭР ФРОНТ) (f.k.a. BELINTE ROBE; f.k.a. BELINTE ROBES; f.k.a. JOINT LIMITED LIABILITY COMPANY BELINTE-ROBA (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛИНТЕ-РОБА); a.k.a. LIMITED LIABILITY COMPANY DUBAI WATER FRONT; a.k.a. LLC DUBAI WATER FRONT; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DUBAI VOTER FRONT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДУБАЙ ВОТЕР ФРОНТ); a.k.a. OOO DUBAI VOTER FRONT (Cyrillic: ООО ДУБАЙ ВОТЕР ФРОНТ); a.k.a. TAA DUBAI VOTER FRONT (Cyrillic: ТАА ДУБАЙ ВОТЭР ФРОНТ)), ul. Petra Mstislavtsa, d. 9, pom. 10 (kabinet 34), Minsk 220114, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10 (кабинет 34), г. Минск 220114, Belarus); Organization Established Date 30 Mar 2004; Registration Number 190527399 (Belarus) [BELARUS-EO14038].

TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU EMIREITS BLYU SKAI (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ЭМІРЭЙТС БЛЮ СКАЙ) (f.k.a. FOREIGN LIMITED LIABILITY COMPANY ZOMEX INVESTMENT (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗОМЕКС ИНВЕСТМЕНТ); a.k.a. LIMITED LIABILITY COMPANY EMIRATES BLUE SKY; a.k.a. LLC EMIRATES BLUE SKY; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU EMIREITS BLYU SKAI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭМИРЕЙТС БЛЮ СКАЙ); a.k.a. OOO EMIREITS BLYU SKAI (Cyrillic: ООО ЭМИРЕЙТС БЛЮ СКАЙ); a.k.a. TAA EMIREITS BLYU SKAI (Cyrillic: ТАА ЭМІРЭЙТС БЛЮ СКАЙ); f.k.a. "ZOMEX"), ul. Petra Mstislavtsa, d. 9, pom. 10-44, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10-44, г. Минск 220076, Belarus); Organization Established Date 08 Sep 2008; Registration ID 191061449 (Belarus) [BELARUS-EO14038].

TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU HARDSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ГАРДСЭРВІС) (f.k.a. BELSECURITYGROUP; a.k.a. GARDSERVICE; f.k.a. LIMITED LIABILITY COMPANY BELSEKYURITIGRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛСЕКЬЮРИТИГРУПП); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU GARDSERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАРДСЕРВИС); a.k.a. OOO GARDSERVIS (Cyrillic: ООО ГАРДСЕРВИС); a.k.a. TAA HARDSERVIS (Cyrillic: ТАА ГАРДСЭРВІС)), Karvata St., Building 85, Minsk 220138, Belarus (Cyrillic: ул. Карвата, д. 85, Минск 220138, Belarus); Organization Established Date 19 Nov 2019; Registration Number 193344802 (Belarus) [BELARUS-EO14038].

TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTER TABAKKA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭР ТАБАККА) (a.k.a. INTER TOBACCO; f.k.a. JOINT LIMITED LIABILITY COMPANY INTERDORS (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРДОРС); a.k.a. LIMITED LIABILITY COMPANY INTER TOBACCO; a.k.a. LLC INTER TOBACCO; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU INTER TOBAKKO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕР ТОБАККО); a.k.a. OOO INTER TOBAKKO (Cyrillic: ООО ИНТЕР ТОБАККО); a.k.a. TAA INTER TABAKKA (Cyrillic: ТАА ІНТЭР ТАБАККА)), d. 131 (FEZ Minsk), Novodvorskiy village, Novodvorskiy village council, Minsk District, Minsk Oblast 223016, Belarus (Cyrillic: д. 131 (СЭЗ Минск), Новодворский сельсовет, с/с Новодворский, Минский район, Минская область 223016, Belarus); Organization Established Date 10 Oct 2002; Registration Number 808000714 (Belarus) [BELARUS-EO14038].

TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTERSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭРСЭРВІС) (a.k.a. INTERSERVIS NOVOPOLOTSKOE LLC; a.k.a. LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSK LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSKOYE OBSHCHESTVO S OGRANICHENNOY OTVESTVENNOSTYU INTERSERVIS (Cyrillic: НОВОПОЛОЦКОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРСЕРВИС); a.k.a. OOO INTERSERVIS (Cyrillic: ООО ИНТЕРСЕРВИС); a.k.a. TAA INTERSERVIS (Cyrillic: ТАА ІНТЭРСЭРВІС); a.k.a. "INTERSERVICE"; a.k.a. "LLC INTERSERVICE"), ul. Molodezhnaya, d. 7, kom. 110, Novopolotsk, Vitebsk oblast 211440, Belarus (Cyrillic: ул. Молодежная, д. 7, ком. 110, г. Новополоцк, Витебская область

211440, Belarus); Organization Established Date 13 May 1998; Registration Number 300577484 (Belarus) [BELARUS-EO14038].

TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SOKHRA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СОХРА) (a.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SOKHRA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА); f.k.a. OBSCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU SOKHRA GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА ГРУПП); f.k.a. OBSCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU TIM INDASTRIAL SERVIS KAMPANI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТИМ ИНДАСТРИАЛ СЕРВИС КАМПАНИ); a.k.a. OOO SOKHRA (Cyrillic: ООО СОХРА); a.k.a. SOHRA LLC; a.k.a. TAA SOKHRA (Cyrillic: ТАА СОХРА)), Zavodskaya st., d. 1k, pom. 18, Bolbasovo, Vitebsk Oblast, Orsha District 211004, Belarus (Cyrillic: ул. Заводская, д. 1к, пом. 18, Болбасово, Витебская область, Оршанский район, 211004, Belarus); Revolucyonnaya 17/19, Office no. 22, Minsk 220030, Belarus; Organization Established Date 20 Oct 2014; Registration Number 192363182 (Belarus) [BELARUS-EO14038] (Linked To: ZAITSAU, Aliaksandr Mikalaevich).

TAVARYSTVA Z DADATKOVAY ADKAZNASTSYU BELNAFTAHAZ (Cyrillic: ТАВАРЫСТВА З ДАДАТКОВАЙ АДКАЗНАСЦЮ БЕЛНАФТАГАЗ) (a.k.a. ADDITIONAL LIABILITY COMPANY BELNEFTEGAZ; a.k.a. ALC BELNEFTEGAZ; a.k.a. BELNEFTEGAS; a.k.a. BELNEFTEGAZ (Cyrillic: БЕЛНЕФТЕГАЗ); a.k.a. OBSHCHESTVO S DOPOLNITELNOY OTVETSTVENNOSTYU BELNEFTEGAZ (Cyrillic: ОБЩЕСТВО С ДОПОЛНИТЕЛЬНОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛНЕФТЕГАЗ); a.k.a. ODO BELNEFTEGAZ (Cyrillic: ОДО БЕЛНЕФТЕГАЗ); a.k.a. TDA BELNAFTAHAZ (Cyrillic: ТДА БЕЛНАФТАГАЗ)), ul. Azgura, d. 5, pom. 68 (kabinet 1, 1st floor), Minsk 220088, Belarus (Cyrillic: ул. Азгура, д. 5, пом. 68 (кабинет 1, 1 этаж), г. Минск 220088, Belarus); Organization Established Date 23 Mar 1995; Registration Number 100878073 (Belarus) [BELARUS-EO14038].

TAVIT HONG KONG CO LIMITED, Rm 1318-19, 13/F Hollywood Plz, Mongkok, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Oct 2022; Registration Number 74527016 (Hong Kong) [RUSSIA-EO14024].

TAVRIN, Ivan Vladimirovich (Cyrillic: ТАВРИН, Иван Владимирович), Moscow, Russia; DOB 01 Nov 1976; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772738304882 (Russia) (individual) [RUSSIA-EO14024].

TAWAFUK (a.k.a. TAWAFUK LLC; a.k.a. TAWAFUK LTD), Building 507, Public Street, Dufa al-Shawk Yalda, Damascus, Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 10821 (Syria) issued 26 Jun 2017 [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

TAWAFUK LLC (a.k.a. TAWAFUK; a.k.a. TAWAFUK LTD), Building 507, Public Street, Dufa al-Shawk Yalda, Damascus, Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 10821 (Syria) issued 26 Jun 2017 [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

TAWAFUK LTD (a.k.a. TAWAFUK; a.k.a. TAWAFUK LLC), Building 507, Public Street, Dufa al-Shawk Yalda, Damascus, Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 10821 (Syria) issued 26 Jun 2017 [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

TAWASUL COMPANY (a.k.a. AL-TAWASUL COMPANY; a.k.a. TAWASUL FINANCIAL EXCHANGE; a.k.a. TAWASUL HAWALA COMPANY), Harim, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

TAWASUL FINANCIAL EXCHANGE (a.k.a. AL-TAWASUL COMPANY; a.k.a. TAWASUL COMPANY; a.k.a. TAWASUL HAWALA COMPANY), Harim, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

TAWASUL HAWALA COMPANY (a.k.a. AL-TAWASUL COMPANY; a.k.a. TAWASUL COMPANY; a.k.a. TAWASUL FINANCIAL EXCHANGE), Harim, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

TAWHID AND JIHAD BRIGADE (a.k.a. JANNAT OSHIKLARI; a.k.a. KATIBAT AL TAWHID WAL JIHAD; a.k.a. KHATIBA AL-TAWHID WAL-JIHAD; a.k.a. "KTJ"), Syria; Kyrgyzstan; Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TAWHID WAL JIHAD IN WEST AFRICA (a.k.a. JAMAT TAWHID WAL JIHAD FI GARBI AFRIQQIYA; a.k.a. MOVEMENT FOR ONENESS AND JIHAD IN WEST AFRICA; a.k.a. MOVEMENT FOR UNITY AND JIHAD IN WEST AFRICA; a.k.a. UNITY MOVEMENT FOR JIHAD IN WEST AFRICA; a.k.a. "MUJAO"; a.k.a. "MUJWA"; a.k.a. "TWJWA"), Gao, Mali; Bourem, Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TAWU BVBA (f.k.a. METAALKUNDE BV; a.k.a. TAWU BVBA MECHANICAL ENGINEERING AND TRADING COMPANY; a.k.a. TAWU MECHANICAL ENGINEERING AND TRADING COMPANY; a.k.a. "TAWU"), Bleidenhoek 34, 2230 Herselt, Belgium; Additional Sanctions Information - Subject to Secondary Sanctions; V.A.T. Number BE0686.896.689 (Belgium); Business Registration Number 686896689 (Belgium); alt. Business Registration Number BE0686896689 (Belgium) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

TAWU BVBA MECHANICAL ENGINEERING AND TRADING COMPANY (f.k.a. METAALKUNDE BV; a.k.a. TAWU BVBA; a.k.a. TAWU MECHANICAL ENGINEERING AND TRADING COMPANY; a.k.a. "TAWU"), Bleidenhoek 34, 2230 Herselt, Belgium; Additional Sanctions Information - Subject to Secondary Sanctions; V.A.T. Number BE0686.896.689 (Belgium); Business Registration Number 686896689 (Belgium); alt. Business Registration Number BE0686896689

(Belgium) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

TAWU MECHANICAL ENGINEERING AND TRADING COMPANY (f.k.a. METAALKUNDE BV; a.k.a. TAWU BVBA; a.k.a. TAWU BVBA MECHANICAL ENGINEERING AND TRADING COMPANY; a.k.a. "TAWU"), Bleidenhoek 34, 2230 Herselt, Belgium; Additional Sanctions Information - Subject to Secondary Sanctions; V.A.T. Number BE0686.896.689 (Belgium); Business Registration Number 686896689 (Belgium); alt. Business Registration Number BE0686896689 (Belgium) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

TAXI AEREO ANTIOQUENO S.A. (a.k.a. TAN S.A.), Calle 4 No. 65F-41 Hangar 70A, Medellin, Colombia; NIT # 811041365-0 (Colombia) [SDNT].

TAY ZA, Htoo Htet (a.k.a. TAYZA, Htoo Htet), Burma; DOB 24 Jan 1993; alt. DOB 24 Jan 1994; citizen Burma; Gender Male (individual) [BURMA-EO14014] (Linked To: ZA, Tay).

TAY ZA, Htoo Htwe (a.k.a. TAY ZA, Rachel; a.k.a. TAYZA, Htoo Htwe; a.k.a. TAYZA, Rachel), Burma; DOB 14 Sep 1996; nationality Burma; Gender Female (individual) [BURMA-EO14014] (Linked To: ZA, Tay).

TAY ZA, Pyae Phyo (a.k.a. TAY ZA, Pye Phyo; a.k.a. TAYZA, Pye Phyo), Burma; DOB 29 Jan 1987; POB Burma; nationality Burma; Gender Male (individual) [BURMA-EO14014] (Linked To: ZA, Tay).

TAY ZA, Pye Phyo (a.k.a. TAY ZA, Pyae Phyo; a.k.a. TAYZA, Pye Phyo), Burma; DOB 29 Jan 1987; POB Burma; nationality Burma; Gender Male (individual) [BURMA-EO14014] (Linked To: ZA, Tay).

TAY ZA, Rachel (a.k.a. TAY ZA, Htoo Htwe; a.k.a. TAYZA, Htoo Htwe; a.k.a. TAYZA, Rachel), Burma; DOB 14 Sep 1996; nationality Burma; Gender Female (individual) [BURMA-EO14014] (Linked To: ZA, Tay).

TAYLOR, Jina (a.k.a. LIU, Jingping (Chinese Simplified: 刘京平)), 21 Angullia Park #27-03, Singapore 239974, Singapore; 98/273 31H2 Reflection Jomtien Beach, Pattaya Condo Na Jomtien Sattahip, Chonburi 20250, Thailand; 8-102 Baihewan Tongzhou District, Beijing, China; Tong Zhou Qu K2 Bai He Wan 8 Hao Lou 102, Beijing 100000, China; DOB 11 Jul 1965; POB Hunan, China; nationality China; alt. nationality Saint Kitts and Nevis; Gender Female; Passport EA98197210 (China); alt. Passport RE0124671 (Saint Kitts and Nevis)

issued 13 May 2022 expires 12 May 2032; National ID No. 110108196507116061 (China) (individual) [CYBER2].

TAYLOR, Mark (a.k.a. TAYLOR, Mark John; a.k.a. "Abu Abdul Rahman"; a.k.a. "AL-RAHMAN, Mark John"; a.k.a. "DANIEL, Mohammad"; a.k.a. "DANIEL, Muhammad"), Raqqa, Syria; DOB 1972 to 1974; POB New Zealand; nationality New Zealand; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TAYLOR, Mark John (a.k.a. TAYLOR, Mark; a.k.a. "Abu Abdul Rahman"; a.k.a. "AL-RAHMAN, Mark John"; a.k.a. "DANIEL, Mohammad"; a.k.a. "DANIEL, Muhammad"), Raqqa, Syria; DOB 1972 to 1974; POB New Zealand; nationality New Zealand; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TAYMAZOV, Artur Borisovich (Cyrillic: ТАЙМАЗОВ, Артур Борисович), Russia; DOB 20 Jul 1979; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TAYMYRNEFTEGAZ-PORT (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TAIMYRNEFTEGAZ-PORT; a.k.a. OOO TAIMYRNEFTEGAZ-PORT (Cyrillic: ООО ТАЙМЫРНЕФТЕГАЗ-ПОРТ); a.k.a. TAIMYRNEFTEGAZ-PORT LLC), Office 307, Building 4, Dalnyaya Street, Dudinka, Taimyrski Dolgano-Nenetski District, Krasnoyarsk Territory 647000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2469003922 (Russia); Registration Number 1182468045671 (Russia) [RUSSIA-EO14024].

TAYSAEV, Kazbek Kutsukovich (a.k.a. TAISAEV, Kazbek Kutsukovich; a.k.a. TAISAYEV, Kazbek), Russia; DOB 12 Feb 1967; POB Chikola, North Ossetia, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TAYSIR, Hajji (a.k.a. AL-JABURI, Mu'taz Numan 'Abd Nayf; a.k.a. AL-JABURI, Mutazz Numan Abid Nayif; a.k.a. NAIF, Mutaaz Numan 'Abd; a.k.a. NAYIF, Mutaz Muaman Abed), Syria; DOB 1987; POB Sudayrah, Sharqat, Salah ad-

Din Province, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TAYZA, Htoo Htet (a.k.a. TAY ZA, Htoo Htet), Burma; DOB 24 Jan 1993; alt. DOB 24 Jan 1994; citizen Burma; Gender Male (individual) [BURMA-EO14014] (Linked To: ZA, Tay).

TAYZA, Htoo Htwe (a.k.a. TAY ZA, Htoo Htwe; a.k.a. TAY ZA, Rachel; a.k.a. TAYZA, Rachel), Burma; DOB 14 Sep 1996; nationality Burma; Gender Female (individual) [BURMA-EO14014] (Linked To: ZA, Tay).

TAYZA, Pye Phyo (a.k.a. TAY ZA, Pyae Phyo; a.k.a. TAY ZA, Pye Phyo), Burma; DOB 29 Jan 1987; POB Burma; nationality Burma; Gender Male (individual) [BURMA-EO14014] (Linked To: ZA, Tay).

TAYZA, Rachel (a.k.a. TAY ZA, Htoo Htwe; a.k.a. TAY ZA, Rachel; a.k.a. TAYZA, Htoo Htwe), Burma; DOB 14 Sep 1996; nationality Burma; Gender Female (individual) [BURMA-EO14014] (Linked To: ZA, Tay).

TAZAMONI REZA SAKAN DASTGIRI VA SHORAK (a.k.a. JOINT PARTNERSHIP OF REZA SAKAN DASTGIRI AND ASSOCIATES; a.k.a. REZA SAKAN DASTGIRI AND PARTNERS LIABILITY PARTNERSHIP; a.k.a. REZA SAKAN DASTGIRI AND PARTNERS MAKU FREE ZONE TAZAMONI COMPANY; a.k.a. "SAKAN EXCHANGE"), No. 22, First Floor, Islaelzadeh Building, Shahid Javad Ghanbari Street, Bazargan, Maku Free Trade Zone, West Azerbaijan, Iran; Unit 22, Bostan Building, Shahid Javad Ghanbari Street, Bazargan, Maku, West Azerbaijan, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 14003282053 (Iran); Business Registration Number 905 (Iran) [SDGT] [IFSR] (Linked To: DASTGIRI, Reza Sakan).

TAZAMONI VAKILI AND PARTNERS (a.k.a. ATLAS CURRENCY EXCHANGE; a.k.a. ATLAS EXCHANGE; a.k.a. VAKILI JOINT PARTNERSHIP), No. 77, Commercial Center Market (Bazar Markazi Tejari), Ferdosi Street, Kish Island, Iran; Website www.atlassarafi.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: ANSAR EXCHANGE).

TAZUTDINOV, Ildar Rashitovich (a.k.a. "TAZUTDINOV, Ildar"), Tatarstan, Russia; DOB

01 Oct 1977; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 757011338 (Russia) expires 21 Feb 2028; National ID No. 9201516121 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

T-BANK (a.k.a. JSC TINKOFF BANK; a.k.a. KHIMMASHBANK; a.k.a. TINKOFF CREDIT SYSTEMS BANK CLOSED JOINT STOCK COMPANY), Ul. 2nd Khutorskaya, 38A, building 26, Moscow 127287, Russia; SWIFT/BIC TICSRUMM; Website www.tinkoff.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Tax ID No. 7710140679 (Russia); Identification Number TQWL8F.99999.SL.643 (Russia); Legal Entity Number 2534000KL0PLD6KG7T76; Registration Number 1027739642281 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

TBS SEMI (a.k.a. LIMITED LIABILITY COMPANY TBS), Ul. Kievskaya D. 7, Et 4, Komnata 8, Moscow 121059, Russia; Nizhny Susalny Lane 5, Building 4, Moscow 105064, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Feb 2012; Tax ID No. 7730660563 (Russia); Registration Number 1127746120622 (Russia) [RUSSIA-EO14024].

TBSS LIMITED LIABILITY COMPANY (a.k.a. COMPANY LIMITED TBSS), Ul. Smolnaya D. 12, Pom. 4, Moscow 125493, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7716030866 (Russia); Registration Number 1027700043832 (Russia) [RUSSIA-EO14024].

TC NORD PROJECT (a.k.a. LLC TC NORD PROJECT; a.k.a. NORD PROJECT LLC TRANSPORT COMPANY; a.k.a. TK NORD PROJECT; a.k.a. "LLC NORD PROJECT"; a.k.a. "NORD PROJECT"), Office 410, 47 Uritskogo St, Arkhangelsk 163060, Russia; Office 335H, Liter A, Prospekt Leninskiy 153, St. Petersburg 196247, Russia; Office 308, House 71 Korpus 1, Naberezhnaya Severnoy Dviny, Arkhangelsk 163069, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2901201732 (Russia); Identification Number IMO 5825809 [RUSSIA-EO14024].

TC SHIPPING COMPANY LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

TCH CONSULTANCY, 119 Al Bateen Street, Al Bateen, Abu Dhabi, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License CN-3929524 (United Arab Emirates); Economic Register Number (CBLS) 11632699 (United Arab Emirates) [RUSSIA-EO14024].

TCHAD, Mustapha (a.k.a. CHAD, Mustapha); DOB 01 Jan 1978; nationality Chad; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: BOKO HARAM).

TCHUI, Mathieu Ngudjolo (a.k.a. CUI NGUDJOLO; a.k.a. NGUDJOLO CHUI, Mathieu; a.k.a. NGUDJOLO, Cui Cui; a.k.a. NGUDJOLO, Mathieu; a.k.a. NGUDJOLO, Matthieu Cui); DOB 08 Oct 1970; POB Bunia, Ituri District, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

TD ESKO LIMITED (a.k.a. LLC TRADING HOUSE ENERGOSPETSKOMPLEKT; a.k.a. TRADING HOUSE ESKO), Ul. Pionerskaya, Floor / Pomesch Polupodval, Lit. A., Kom. 10-12, Krasnogorsk 143402, Russia; Promyshlennaya St., House 16A, Yaroslavl 150064, Russia; Ul. Gilyarovskogo, Dom 51, Moscow 129110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7702790095 (Russia); Registration Number 1127746401419 (Russia) [RUSSIA-EO14024].

TD KHIMMED (Cyrillic: ТД ХИММЕД) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TORGOVY DOM KHIMMED (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГОВЫЙ ДОМ ХИММЕД); a.k.a. TD KHIMMED OOO (Cyrillic: ООО ТД ХИММЕД); a.k.a. TORGOVYI DOM KHIMMED (Cyrillic: ТОРГОВЫЙ ДОМ ХИММЕД)), Kashirskoe Shosse, Dom 3, Korpus 2, Stroenie 4, Moscow 115230, Russia; Website chimmed.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Jun 2009; Tax ID No. 7724709468 (Russia); Government Gazette Number 62112778 (Russia); Business Registration Number 1097746351504 (Russia) [RUSSIA-EO14024].

TD KHIMMED OOO (Cyrillic: ООО ТД ХИММЕД) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TORGOVY DOM KHIMMED (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГОВЫЙ ДОМ ХИММЕД); a.k.a. TD KHIMMED (Cyrillic: ТД ХИММЕД); a.k.a. TORGOVYI DOM KHIMMED (Cyrillic: ТОРГОВЫЙ ДОМ ХИММЕД)), Kashirskoe Shosse, Dom 3, Korpus 2, Stroenie 4, Moscow 115230, Russia; Website chimmed.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Jun 2009; Tax ID No. 7724709468 (Russia); Government Gazette Number 62112778 (Russia); Business Registration Number 1097746351504 (Russia) [RUSSIA-EO14024].

TD KYUTEK OOO (a.k.a. LIMITED LIABILITY COMPANY TRADE HOUSE KYUTEK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГОВЫЙ ДОМ КЬЮТЭК); a.k.a. LLC TD KYUTEK; a.k.a. TH QTECH LLC), D. 36, Str. 2, Etazh 7 Komn 63, Ul. Ryabinovaya, Moscow 121471, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7729490282 (Russia); Registration Number 1167746094284 (Russia) [RUSSIA-EO14024].

TD SIMMETRON EK OOO (a.k.a. TH SYMMETRON ELECTRONIC COMPONENTS; a.k.a. TORGOVYI DOM SIMMETRON ELEKTRONNYE KOMPONENTY), Sh. Leningradskoe d. 69, korp. 1, Moscow 125445, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743581260 (Russia); Registration Number 1057749709380 (Russia) [RUSSIA-EO14024].

TD TERRA STAL (a.k.a. LIMITED LIABILITY COMPANY TERRA STAL GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕРРА СТАЛ ГРУПП)), Room 30, Suite XXXV, Floor 5, 40 Bolshoy Boulevard, Skolkovo Innovation Center, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9710069317 (Russia); Registration Number 1187746865822 (Russia) [RUSSIA-EO14024].

TD ZVEZDA-STRELA OOO (a.k.a. AKTSIONERNOE OBSHCHESTVO TRV INZHINIRING; a.k.a. JOINT STOCK COMPANY

TOGOVIY DOM ZVEZDA-STRELA; a.k.a. TRV ENGINEERING JSC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРВ-ИНЖИНИРИНГ); a.k.a. TRV INZHINIRING AO (Cyrillic: АО ТРВ-ИНЖИНИРИНГ); a.k.a. ZVEZDA-STRELA TRADING HOUSE LLC (Cyrillic: ООО ТОРГОВЫЙ ДОМ ЗВЕЗДА-СТРЕЛА)), ul. Ordzhonikidze, D. 2A, Korolev, Moscow Oblast 141076, Russia (Cyrillic: УЛ ОРДЖОНИКИДЗЕ, Д. 2А, КОРОЛЁВ, МОСКОВСКАЯ ОБЛАСТЬ 141076, Russia); Website www.trv-e.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Dec 2006; Tax ID No. 5018205784 (Russia); Government Gazette Number 46252304 (Russia); Business Registration Number 1205000099941 (Russia) [RUSSIA-EO14024].

TDA BELNAFTAHAZ (Cyrillic: ТДА БЕЛНАФТАГАЗ) (a.k.a. ADDITIONAL LIABILITY COMPANY BELNEFTEGAZ; a.k.a. ALC BELNEFTEGAZ; a.k.a. BELNEFTEGAS; a.k.a. BELNEFTEGAZ (Cyrillic: БЕЛНЕФТЕГАЗ); a.k.a. OBSHCHESTVO S DOPOLNITELNOY OTVETSTVENNOSTYU BELNEFTEGAZ (Cyrillic: ОБЩЕСТВО С ДОПОЛНИТЕЛЬНОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛНЕФТЕГАЗ); a.k.a. ODO BELNEFTEGAZ (Cyrillic: ОДО БЕЛНЕФТЕГАЗ); a.k.a. TAVARYSTVA Z DADATKOVAY ADKAZNASTSYU BELNAFTAHAZ (Cyrillic: ТАВАРЫСТВА З ДАДАТКОВАЙ АДКАЗНАСЦЮ БЕЛНАФТАГАЗ)), ul. Azgura, d. 5, pom. 68 (kabinet 1, 1st floor), Minsk 220088, Belarus (Cyrillic: ул. Азгура, д. 5, пом. 68 (кабинет 1, 1 этаж), г. Минск 220088, Belarus); Organization Established Date 23 Mar 1995; Registration Number 100878073 (Belarus) [BELARUS-EO14038].

TDPMOLDS, China; Website www.tdpmolds.com; Email Address sale@tdpmolds.com; Trademark number 38266997 (China) [ILLICIT-DRUGS-EO14059].

TE, Ho Chun (a.k.a. HAW, Aik; a.k.a. HEIN, Aung; a.k.a. HO, Chun Ting; a.k.a. HO, Chung Ting; a.k.a. HO, Hsiao; a.k.a. HOE, Aik; a.k.a. TIEN, Ho Chun; a.k.a. WIN, Aung; a.k.a. "AIK HAW"; a.k.a. "HO CHUN TING"; a.k.a. "HO, Aik"; a.k.a. "HSIO HO"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7 Oo Yim Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma); National ID No. 029430 (Burma); alt. National ID No. 176089 (Burma); alt. National ID No. 272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

TEA, Vinh, Cambodia; DOB 07 Jan 1952; POB Koh Kong, Cambodia; nationality Cambodia; Gender Male (individual) [GLOMAG].

TEACO (a.k.a. TOSEE EGHTESAD AYANDEHSAZAN COMPANY; a.k.a. TOSEE EQTESAD AYANDEHSAZAN COMPANY), 39 Gandhi Avenue, Tehran 1517883115, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

TEAM MOHAMED'S RACING TEAM (a.k.a. "TEAM MOHAMED'S"), Guyana; Organization Established Date 2013; Organization Type: Activities of sports clubs [GLOMAG] (Linked To: MOHAMED, Azruddin Intiaz).

TEAMFORD ENTERPRISES LIMITED, 2nd Floor, Eton Tower, 8 Hysan Avenue, Causeway Bay, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 27 Jun 2014; C.R. No. 2113940 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

TECHCRIM JOINT STOCK COMPANY (a.k.a. CLOSED JOINT STOCK COMPANY TEKHKRIM (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТЕХКРИМ)), ul. Golyanski Poselok d. 8, Izhevsk 426063, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jun 1997; Tax ID No. 1835013146 (Russia); Registration Number 1021801665896 (Russia) [RUSSIA-EO14024].

TECHNICAL CENTER VINDEK LLC (a.k.a. LIMITED LIABILITY COMPANY TECHNICAL CENTER WINDEQ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНИЧЕСКИЙ ЦЕНТР ВИНДЕК)), 1B/3 Pokrovskaya St., Office 69, Selkhoztekhnika Square, Podolsk 142116, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726551240 (Russia); Registration Number 1067757986493 (Russia) [RUSSIA-EO14024].

TECHNICAL RECONNAISSANCE BUREAU (a.k.a. 3RD BUREAU OF THE RGB; a.k.a. 3RD DEPARTMENT SIGNAL INTELLIGENCE; a.k.a. 3RD TECHNICAL SURVEILLANCE BUREAU; a.k.a. TECHNICAL RECONNAISSANCE TEAM; a.k.a. "THIRD BUREAU"), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

TECHNICAL RECONNAISSANCE TEAM (a.k.a. 3RD BUREAU OF THE RGB; a.k.a. 3RD DEPARTMENT SIGNAL INTELLIGENCE; a.k.a. 3RD TECHNICAL SURVEILLANCE BUREAU; a.k.a. TECHNICAL RECONNAISSANCE BUREAU; a.k.a. "THIRD BUREAU"), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

TECHNO ENERGY, S.A., Panama City, Panama; Folio Mercantil No. 843504 (Panama) [VENEZUELA-EO13850].

TECHNO TRANSPORTE ML, C.A., Av. Humboldt, Quinta San Jose, Local 23, Urb. Bello Monte, Caracas, Venezuela; RIF # J-29732032-6 (Venezuela) [SDNTK].

TECHNOBEARING LIMITED COMPANY (a.k.a. OOO TEKHNOBERING), Mitrofanyevskoe Shosse, 10-2 Floor, BTS Troitskoe, Saint Petersburg 198095, Russia; PR-KT Stachek D. 47, K. 2, Lit. Yu, Pomeshch 1, Saint Petersburg 198097, Russia; 22 Ponse St., Southern Part of the Goroleva Industrial Zone, Saint Petersburg 188508, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7839371168 (Russia); Registration Number 1079847124213 (Russia) [RUSSIA-EO14024].

TECHNOLAB (a.k.a. "TECHNO LAB"), Trabolsi Bldg, 2nd Floor, Main Road, Deir El Zahrani, Nabatieh, Lebanon; Registration ID 6000845 Nabatieh (Lebanon) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER; Linked To: NATIONAL STANDARDS AND CALIBRATION LABORATORY; Linked To: HIGHER INSTITUTE OF APPLIED SCIENCE AND TECHNOLOGY).

TECHNOLOGICAL SYSTEMS AND SERVICE (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU TEKHNOLOGICHESKIE SISTEMY I SERVIS; a.k.a. "OOO TSS"), 19 Smoliachkova Ul, Litera A, Office 611, Saint Petersburg 194044, Russia; 10 Avtomobilny Pr-d, Str. 8, Moscow 109052, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802876821 (Russia); Registration Number 1147847392791 (Russia) [RUSSIA-EO14024].

TECHNOLOGIES SYSTEMS AND COMPLEXES LIMITED (a.k.a. OOO TEKHNOLOGII SISTEMY I KOMPLEKSY; a.k.a. "TSC LTD"), Per. Perevedenovskii d. 21, str. 13, floor 1, pomeshch. 10, Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701922888 (Russia); Registration Number 1117746474010 (Russia) [RUSSIA-EO14024].

TECHNOLOGY 5 CO., LIMITED (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TEKHNOLOGIYA 5; a.k.a. TEKNOLOGIYA 5, OOO; a.k.a. "LIMITED LIABILITY COMPANY GREEN CITY"), 12/1 str. 1 pom. 38, ul. Krasnoprudnaya, Moscow 107140, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Mar 2008; Tax ID No. 7708666513 (Russia); Government Gazette Number 85670297 (Russia) [RUSSIA-EO14024] (Linked To: HU, Xiaoxun).

TECHNOLOGY AND DEVELOPMENT GROUP LTD (a.k.a. T.D.G.), Centric House 390/391, Strand, London, United Kingdom [IRAQ2].

TECHNOLOGY BRIGHT INTERNATIONAL LIMITED, Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 107346 (Marshall Islands) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

TECHNOLOGY COOPERATION OFFICE (a.k.a. CENTER FOR INNOVATION AND TECHNOLOGY COOPERATION; f.k.a. OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. OFFICE OF SCIENTIFIC AND TECHNICAL COOPERATION; f.k.a. PRESIDENCY OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. "CITC"; f.k.a. "OSIS"; f.k.a. "POSIS"; a.k.a. "TCO"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

TECHNOLOGY PLATFORM LIMITED LIABILITY COMPANY, ter. Innovatsionnogo Tsentra Skolkovo, b-r Bolshoi d. 42, str. 1, et/pom/rab.m 3/1160/10, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9731064013 (Russia); Registration Number 1207700169269 (Russia) [RUSSIA-EO14024].

TECHNOLOGY RESEARCH CENTRE ANK LTD (a.k.a. "NTTS ANK"), Per. Zelenkov D. 9, Lit. D, Pomeshch. 32,33, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810398914 (Russia); Registration Number 1157847438781 (Russia) [RUSSIA-EO14024].

TECHNOMAR (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TEKHNOMAR; a.k.a. OOO TEKHNOMAR; a.k.a. OOO TEXHOMAP; a.k.a. TEHNOMAR), 12 Aviamotornaya Street, Moscow, Russia; 29 Entuziastov Highway, Floor 11, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Mar 2016; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 7733276404 (Russia); Registration Number 1167746298653 (Russia) [RUSSIA-EO14024].

TECHNOPARK MORDOVIA (a.k.a. AVTONOMNOE UCHREZHDENIE TEKHNOPARK MORDOVIYA), ul. Lodygina D. 3, Saransk 430034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1326211834 (Russia); Registration Number 1091326002020 (Russia) [RUSSIA-EO14024].

TECHNOPARK SKOLKOVO LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY SCIENCE AND TECHNOLOGY PARK SKOLKOVO; a.k.a. LLC TEKHNOPARK SKOLKOVO), 42 str 1 Skolkovo Innovatsionnogo Tsentra Territory, Bolshoy Boulevard, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Dec 2010; Tax ID No. 7701902970 (Russia);

Registration Number 5107746075949 (Russia) [RUSSIA-EO14024].

TECHNOPARTNER TEKNOLOJI URUNLERI BILISIM SANAYI VE TICARET LIMITED SIRKETI (a.k.a. TECHNOPARTNER TEKNOLOJI URUNLERI SAN VE TIC LTD STI), Koksalan Apartmani, Sehit Adem Yavuz Sokak No: 6-28, Kizilay Mahallesi, Cankaya 06420, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8330894846 (Turkey); Registration Number 0833089484600001 (Turkey) [RUSSIA-EO14024].

TECHNOPARTNER TEKNOLOJI URUNLERI SAN VE TIC LTD STI (a.k.a. TECHNOPARTNER TEKNOLOJI URUNLERI BILISIM SANAYI VE TICARET LIMITED SIRKETI), Koksalan Apartmani, Sehit Adem Yavuz Sokak No: 6-28, Kizilay Mahallesi, Cankaya 06420, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8330894846 (Turkey); Registration Number 0833089484600001 (Turkey) [RUSSIA-EO14024].

TECHNOPOLE COMPANY (a.k.a. LLC COMPANY TEKHNOPOL; a.k.a. LLC KOMPANIYA TEKHNOPOL), 5-183 Entuziastov Str., Dubna 141980, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1992; Tax ID No. 5010027226 (Russia); Registration Number 1025001414283 (Russia) [RUSSIA-EO14024].

TECHNOTAR ENGINEERING COMPANY, Number 10, Seventh Fath Street, 65 Metri Fath Highway, Tehran, Iran; Website www.tecnotar.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1086165880 (Iran); Registration Number 13807 (Iran) [SDGT] [IFSR] (Linked To: MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY).

TECHNRAIZ (a.k.a. TEKHNRAIZ (Cyrillic: ТЕХНРАЙЗ); a.k.a. "TECHRISE LLC"), ul. Volochaevskaya d. 4, pomeshch. 1065, Kazan 420073, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 1660316073 (Russia); Registration Number

1181690060540 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

TECNOLOGIA DIGITAL Y SERVICIOS, S.A. DE C.V., Blv. Agua Caliente No. 21, Col. Aviacion, Tijuana, Baja California, Mexico; Blv. Agua Caliente No. 221, Col. Centro Zona Este, Tijuana, Baja California, Mexico; R.F.C. TDS021031UD6 (Mexico) [SDNTK].

TECNOLOGIA OPTIMA CORPORATIVA S. DE R.L. DE C.V., Vereda de la Codorniz, No. 100, Col. Coto Cataluna, Puerta de Hierro, Zapopan, Jalisco 45110, Mexico; Folio Mercantil No. 44444 (Mexico) [SDNTK].

TED TEKNOLOJI (a.k.a. TED TEKNOLOJI GELISTIRME HIZMETLERI SANAYI TICARET ANONIM SIRKETI; a.k.a. TEDTEKNOLOJI), Cobancesme Mah. Sanayi Cad. Nish Residence D Blok, Kapi No. 44, D Daire No. 173, Bahcelievler, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Aug 2019; National ID No. 833094273300001 (Turkey); Trade License No. 205413-5 (Turkey) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

TED TEKNOLOJI GELISTIRME HIZMETLERI SANAYI TICARET ANONIM SIRKETI (a.k.a. TED TEKNOLOJI; a.k.a. TEDTEKNOLOJI), Cobancesme Mah. Sanayi Cad. Nish Residence D Blok, Kapi No. 44, D Daire No. 173, Bahcelievler, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Aug 2019; National ID No. 833094273300001 (Turkey); Trade License No. 205413-5 (Turkey) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

TEDTEKNOLOJI (a.k.a. TED TEKNOLOJI; a.k.a. TED TEKNOLOJI GELISTIRME HIZMETLERI SANAYI TICARET ANONIM SIRKETI), Cobancesme Mah. Sanayi Cad. Nish Residence D Blok, Kapi No. 44, D Daire No. 173, Bahcelievler, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Aug 2019; National ID No. 833094273300001 (Turkey); Trade License No. 205413-5 (Turkey) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

TEFCAS MARINE SDN. BHD., Unit 11-02, 11th Floor, Menara TJB, No. 9, Jalan Syed Mohd Mufti, Johor Bahru 80000, Malaysia; 11-01, Jalan Balau 3, Taman Rinting, Masai, Johor Bahru 81750, Malaysia; Website tefcas.com.my; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2012; Commercial Registry Number 1027592-D (Malaysia); Registration Number 201201043116 (Malaysia) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

TEGRUS SYSTEMS INTEGRATOR (a.k.a. MP LIMITED LIABILITY COMPANY), Sh Kashirskoe D. 70/3, Moscow 115409, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 2008; Organization Type: Other information technology and computer service activities; Tax ID No. 7718726183 (Russia); Registration Number 5087746253634 (Russia) [RUSSIA-EO14024].

TEHNOGLOBAL SYSTEMS DOO BEOGRAD (a.k.a. CALIDUS TRADE DOO; a.k.a. CALIDUS TRADE DOO BEOGRAD), Maglajska 19 11000, Beograd 6, Beograd, Serbia; Registration ID 20295066 (Serbia); Tax ID No. 105012258 [GLOMAG] (Linked To: TESIC, Slobodan).

TEHNOMAR (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TEKHNOMAR; a.k.a. OOO TEKHNOMAR; a.k.a. OOO TEXHOMAP; a.k.a. TECHNOMAR), 12 Aviamotornaya Street, Moscow, Russia; 29 Entuziastov Highway, Floor 11, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Mar 2016; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 7733276404 (Russia); Registration Number 1167746298653 (Russia) [RUSSIA-EO14024].

TEHRAN CEMENT (Arabic: سیمان تهران) (a.k.a. TEHRAN CEMENT COMPANY; a.k.a. TEHRAN CEMENT PUBLIC JOINT STOCK COMPANY), P.O. Box 11365-657, 5, Shahid Anooshirvan Street, Ferdowsi Street-Shahid Taghavi Street, Tehran 1145687813, Iran; Kooshk Avenue, The End Northern Arbab Jamshid - 11365, P.O. Box, Tehran 11365657, Iran; Tehran Cement Building, Ferdosi Avenue, Shahid Taghavi Street, Martyred, Anoushirvani Alley, Tehran, Iran; Website www.tehrancement.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861081241 (Iran); Registration Number 4503 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

TEHRAN CEMENT COMPANY (a.k.a. TEHRAN CEMENT (Arabic: سیمان تهران); a.k.a. TEHRAN CEMENT PUBLIC JOINT STOCK COMPANY), P.O. Box 11365-657, 5, Shahid Anooshirvan Street, Ferdowsi Street-Shahid Taghavi Street, Tehran 1145687813, Iran; Kooshk Avenue, The End Northern Arbab Jamshid - 11365, P.O. Box, Tehran 11365657, Iran; Tehran Cement Building, Ferdosi Avenue, Shahid Taghavi Street, Martyred, Anoushirvani Alley, Tehran, Iran; Website www.tehrancement.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861081241 (Iran); Registration Number 4503 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

TEHRAN CEMENT PUBLIC JOINT STOCK COMPANY (a.k.a. TEHRAN CEMENT (Arabic: سیمان تهران); a.k.a. TEHRAN CEMENT COMPANY), P.O. Box 11365-657, 5, Shahid Anooshirvan Street, Ferdowsi Street-Shahid Taghavi Street, Tehran 1145687813, Iran; Kooshk Avenue, The End Northern Arbab Jamshid - 11365, P.O. Box, Tehran 11365657, Iran; Tehran Cement Building, Ferdosi Avenue, Shahid Taghavi Street, Martyred, Anoushirvani Alley, Tehran, Iran; Website www.tehrancement.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861081241 (Iran); Registration Number 4503 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

TEHRAN GOSTARESH COMPANY, P.J.S., No. 24, 5th Alley, Khaled Eslamboli Street, Tehran 1513643811, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

TEHRAN INTERNATIONAL TRANSPORT CO (a.k.a. TARABARI BEYNOLMELALI TEHRAN (Arabic: شرکت ترابری بین المللی تهران); a.k.a. TEHRAN INTERNATIONAL TRANSPORT COMPANY), No. 108 Sepahbod Gharani St., Tehran, Iran; P.O. Box 15989-4554, Iran; 118 Gharani Avenue, Tehran 15981, Iran; Jahad St., Km 9 Special Karaj Road, Tehran, Iran; Kilometer 11, Karaj Special Road, End of South Jihad, Tehran, Iran; Pasdaran Boulevard, Homa Hotel Way 3, 3 Delavaran, Sahel Complex, 3rd

Floor, Unit 5, Bandar Abbas, Iran; Bushehr, Iran; Bazargan, Iran; Isfahan, Iran; Incheh Borun, Iran; Jolfa, Iran; Sarakhs, Iran; Khosravi, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10862037537 (Iran); Registration Number 4491 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

TEHRAN INTERNATIONAL TRANSPORT COMPANY (a.k.a. TARABARI BEYNOLMELALI TEHRAN (Arabic: شرکت ترابری بین المللی تهران); a.k.a. TEHRAN INTERNATIONAL TRANSPORT CO), No. 108 Sepahbod Gharani St., Tehran, Iran; P.O. Box 15989-4554, Iran; 118 Gharani Avenue, Tehran 15981, Iran; Jahad St., Km 9 Special Karaj Road, Tehran, Iran; Kilometer 11, Karaj Special Road, End of South Jihad, Tehran, Iran; Pasdaran Boulevard, Homa Hotel Way 3, 3 Delavaran, Sahel Complex, 3rd Floor, Unit 5, Bandar Abbas, Iran; Bushehr, Iran; Bazargan, Iran; Isfahan, Iran; Incheh Borun, Iran; Jolfa, Iran; Sarakhs, Iran; Khosravi, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10862037537 (Iran); Registration Number 4491 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

TEHRAN PRISONS (a.k.a. TEHRAN PRISONS AND SECURITY CORRECTIVE MEASURES DEPARTMENT (Arabic: اداره کل زندانها و اقدامات تامینی و تربیتی استان تهران); a.k.a. TEHRAN PRISONS ORGANIZATION; a.k.a. TEHRAN PROVINCE PRISONS (Arabic: زندانهای استان تهران); a.k.a. TEHRAN PROVINCE PRISONS DEPARTMENT (Arabic: اداره کل زندانهای استان تهران)), Region 2, Saadat Abad, Kooye Faraz, Tehran Province Prisons Department, Level 3, Tehran 1982846176, Iran; Website Tehranprisons.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

TEHRAN PRISONS AND SECURITY CORRECTIVE MEASURES DEPARTMENT (Arabic: اداره کل زندانها و اقدامات تامینی و تربیتی استان تهران) (a.k.a. TEHRAN PRISONS; a.k.a. TEHRAN PRISONS ORGANIZATION; a.k.a. TEHRAN PROVINCE PRISONS (Arabic: زندانهای استان تهران); a.k.a. TEHRAN PROVINCE PRISONS DEPARTMENT (Arabic: اداره کل زندانهای استان تهران)), Region 2, Saadat Abad, Kooye Faraz, Tehran Province Prisons Department, Level 3, Tehran 1982846176, Iran; Website Tehranprisons.ir; Additional Sanctions

Information - Subject to Secondary Sanctions [IRAN-HR].

TEHRAN PRISONS ORGANIZATION (a.k.a. TEHRAN PRISONS; a.k.a. TEHRAN PRISONS AND SECURITY CORRECTIVE MEASURES DEPARTMENT (Arabic: اداره کل زندانها و اقدامات تامینی و تربیتی استان تهران); a.k.a. TEHRAN PROVINCE PRISONS (Arabic: زندانهای استان تهران); a.k.a. TEHRAN PROVINCE PRISONS DEPARTMENT (Arabic: اداره کل زندانهای استان تهران)), Region 2, Saadat Abad, Kooye Faraz, Tehran Province Prisons Department, Level 3, Tehran 1982846176, Iran; Website Tehranprisons.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

TEHRAN PROVINCE PRISONS (Arabic: زندانهای استان تهران) (a.k.a. TEHRAN PRISONS; a.k.a. TEHRAN PRISONS AND SECURITY CORRECTIVE MEASURES DEPARTMENT (Arabic: اداره کل زندانها و اقدامات تامینی و تربیتی استان تهران); a.k.a. TEHRAN PRISONS ORGANIZATION; a.k.a. TEHRAN PROVINCE PRISONS DEPARTMENT (Arabic: اداره کل زندانهای استان تهران)), Region 2, Saadat Abad, Kooye Faraz, Tehran Province Prisons Department, Level 3, Tehran 1982846176, Iran; Website Tehranprisons.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

TEHRAN PROVINCE PRISONS DEPARTMENT (Arabic: اداره کل زندانهای استان تهران) (a.k.a. TEHRAN PRISONS; a.k.a. TEHRAN PRISONS AND SECURITY CORRECTIVE MEASURES DEPARTMENT (Arabic: اداره کل زندانها و اقدامات تامینی و تربیتی استان تهران); a.k.a. TEHRAN PRISONS ORGANIZATION; a.k.a. TEHRAN PROVINCE PRISONS (Arabic: زندانهای استان تهران)), Region 2, Saadat Abad, Kooye Faraz, Tehran Province Prisons Department, Level 3, Tehran 1982846176, Iran; Website Tehranprisons.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

TEHRANI, Mojtaba (a.k.a. SHIRINKAR, Mohammad Bagher), Iran; DOB 21 Sep 1979; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0067948431 (Iran) (individual) [SDGT] [IRGC] [IFSR] [HRIT-IR] [ELECTION-EO13848] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

TEHRANI, Sayyed Mohammad Ali Haddadnezhad (a.k.a. HADDADNEZHAD, Sayyed Mohammad Ali Jalal), Iran; DOB 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 32371002 (individual) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JEHAD ORGANIZATION).

TEHREEK AZADI JAMMU AND KASHMIR (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

TEHREEK-E-AZADI JAMMU AND KASHMIR (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

TEHREEK-E-AZADI-E-JAMMU AND KASHMIR (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

TEHREEK-E-AZADI-E-KASHMIR (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

TEHREEK-E-TALIBAN (a.k.a. PAKISTANI TALIBAN; a.k.a. TEHRIK-E TALIBAN PAKISTAN (TTP); a.k.a. TEHRIK-E-TALIBAN; a.k.a. TEHRIK-I-TALIBAN PAKISTAN), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

TEHREEK-I-AZADI-I KASHMIR (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a.

MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

TEHREEK-I-TALIBAN JAMAAT-UL-AHRAR (a.k.a. AAFIA SIDDIQUE BRIGADE; a.k.a. JAMAAT-E-AHRAR; a.k.a. JAMAATUL AHRAR; a.k.a. JAMAATUL-AHRAR; a.k.a. JAMAAT-UL-AHRAR; a.k.a. JAMAAT-UL-AHRAR TTP; a.k.a. JAMATUL AHRAR; a.k.a. JAMAT-UL-AHRAR; a.k.a. TEHRIK-E-TALIBAN PAKISTAN JAMAAT-E-AHRAR; a.k.a. "JUA"; a.k.a. "TTP-JA"; a.k.a. "TTP-JUA"), Afghanistan; Mohmand Tribal Agency, Pakistan; Bajaur Tribal Agency, Pakistan; Khyber Tribal Agency, Pakistan; Arakzai Tribal Agency, Pakistan; Charsadda, Pakistan; Peshawar, Pakistan; Swat, Pakistan; Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TEHREEK-I-TALIBAN PAKISTAN GEEDAR GROUP (a.k.a. COMMANDER TARIQ AFRIDI GROUP; a.k.a. TARIQ AFRIDI GROUP; a.k.a. TARIQ GEEDAR GROUP; a.k.a. TARIQ GIDAR AFRIDI GROUP; a.k.a. TARIQ GIDAR GROUP; a.k.a. TEHRIK-E-TALIBAN-TARIQ GIDAR GROUP; a.k.a. TTP GEEDAR GROUP; a.k.a. TTP-TARIQ GIDAR GROUP; a.k.a. "TGG"; a.k.a. "THE ASIAN TIGERS"), Darra Adam Khel, Pakistan; Aurakzai, Pakistan; Khyber, Pakistan; Peshawar, Pakistan; Kohat, Pakistan; Hangu, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TEHRIK UL-FURQAAN (a.k.a. ARMY OF MOHAMMED; a.k.a. JAISH-E-MOHAMMED; a.k.a. JAISH-I-MOHAMMED; a.k.a. KHUDAMUL ISLAM; a.k.a. KHUDDAM-UL-ISLAM; a.k.a. KUDDAM E ISLAMI; a.k.a. MOHAMMED'S ARMY), Pakistan; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

TEHRIK-E TALIBAN PAKISTAN (TTP) (a.k.a. PAKISTANI TALIBAN; a.k.a. TEHREEK-E-TALIBAN; a.k.a. TEHRIK-E-TALIBAN; a.k.a. TEHRIK-I-TALIBAN PAKISTAN), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

TEHRIK-E-HURMAT-E-RASOOL (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

TEHRIK-E-TAHAFUZ QIBLA AWWAL (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

TEHRIK-E-TALIBAN (a.k.a. PAKISTANI TALIBAN; a.k.a. TEHREEK-E-TALIBAN; a.k.a. TEHRIK-E TALIBAN PAKISTAN (TTP); a.k.a. TEHRIK-I-TALIBAN PAKISTAN), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

TEHRIK-E-TALIBAN PAKISTAN JAMAAT-E-AHRAR (a.k.a. AAFIA SIDDIQUE BRIGADE; a.k.a. JAMAAT-E-AHRAR; a.k.a. JAMAATUL AHRAR; a.k.a. JAMAATUL-AHRAR; a.k.a.

JAMAAT-UL-AHRAR; a.k.a. JAMAAT-UL-AHRAR TTP; a.k.a. JAMATUL AHRAR; a.k.a. JAMAT-UL-AHRAR; a.k.a. TEHREEK-I-TALIBAN JAMAAT-UL-AHRAR; a.k.a. "JUA"; a.k.a. "TTP-JA"; a.k.a. "TTP-JUA"), Afghanistan; Mohmand Tribal Agency, Pakistan; Bajaur Tribal Agency, Pakistan; Khyber Tribal Agency, Pakistan; Arakzai Tribal Agency, Pakistan; Charsadda, Pakistan; Peshawar, Pakistan; Swat, Pakistan; Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TEHRIK-E-TALIBAN-TARIQ GIDAR GROUP (a.k.a. COMMANDER TARIQ AFRIDI GROUP; a.k.a. TARIQ AFRIDI GROUP; a.k.a. TARIQ GEEDAR GROUP; a.k.a. TARIQ GIDAR AFRIDI GROUP; a.k.a. TARIQ GIDAR GROUP; a.k.a. TEHREEK-I-TALIBAN PAKISTAN GEEDAR GROUP; a.k.a. TTP GEEDAR GROUP; a.k.a. TTP-TARIQ GIDAR GROUP; a.k.a. "TGG"; a.k.a. "THE ASIAN TIGERS"), Darra Adam Khel, Pakistan; Aurakzai, Pakistan; Khyber, Pakistan; Peshawar, Pakistan; Kohat, Pakistan; Hangu, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TEHRIK-I-TALIBAN PAKISTAN (a.k.a. PAKISTANI TALIBAN; a.k.a. TEHREEK-E-TALIBAN; a.k.a. TEHRIK-E TALIBAN PAKISTAN (TTP); a.k.a. TEHRIK-E-TALIBAN), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

TEIF TADBIR ARYA (a.k.a. TEYF TADBIR ARIA; a.k.a. TEYF TADBIR ARYA ENGINEERING COMPANY), Unit 10, No. 1, End of Bahar, Kardan Street, Patrice Street, Tehran 1445964433, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 26 Jun 2012; National ID No. 10320792753 (Iran); Registration Number 427320 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

TEJARAT ALMAS MOBIN HOLDING (a.k.a. ALMAS MOBIN TRADING), 57 Akhtaran Lane, West Nahid Street, Africa Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR].

TEJARAT BANK (a.k.a. BANK TEJARAT), 152 Taleghani Avenue, Tehran, Iran; No. 247, Taleghani Avenue, Tehran, Iran; PO Box 11365-3139, 130 Taleghani Avenue, Tehran, Iran; PO Box 1598617818, Tehran, Iran; PO Box 71345, Karim Khan Zand Blv, Nouri Ave, Opposite Eram Hotel, Shiraz, Iran; 124-126 Rue de Provence, (Angle 76 bd Haussmann), Paris 75008, France; PO Box 734001, Rudaki Ave 88, Dushanbe 734001, Tajikistan; Office C208, Beijing Lufthansa Center No 50, Liangmaqiao Rd, Chaoyang District, Beijing 100016, China; PO Box 119871, 4th Floor, c/o Persia International Bank PLC, The Gate Bldg, Dubai, United Arab Emirates; Esfahan Region Management Bldg, Sheikh Bahayee Ave & Abuzar St Junction, Esfahan, Iran; SWIFT/BIC BTEJIRTH; Website www.tejaratbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 38027; alt. Registration Number 8828215; All Offices Worldwide [IRAN] [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR; Linked To: BANK SEPAH).

TEJARAT GOSTAR FARDAD, No. 13, First Floor, Unit 1, Shahab (11th) Street, Gandy Street, Tehran, Iran; No. 1/2, 2nd Floor, Yavari Alley, Across from Niyavaran Commercial Complex, Niyaravan, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: DAY BANK).

TEJARAT HERMES ENERGY QESHM (Arabic: شرکت تجارت هرمس انرژی قشم), Unit 2, Floor 1, No. 0, Khordad Alley, Bustan Street, Bustan, Qeshm, Hormozgan Province 7951168942, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 21 Nov 2021; National ID No. 14010531649 (Iran); Registration Number 7041 (Iran) [IRAN-EO13902].

TEJARAT PAYDAR OFOGH (a.k.a. SABERIN KISH CO.; a.k.a. SABERIN KISH COMPANY (Arabic: شرکت صابرین کیش)), Kish Island, Iran; Number 9, Bahard First, Resalat Square, Hengam Street, Tehran 1677745783, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 30 Oct 2001; National ID No. 10861528470 (Iran); Registration Number 1205

(Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

TEJARAT PAYDAR PAYMAN DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

TEJARAT TOSE'E EQTESADI IRANIAN (a.k.a. MEHR EGHTESAD IRANIAN INVESTMENT COMPANY; a.k.a. MEHR EQTESAD IRANIAN INVESTMENT COMPANY; a.k.a. MEHR IRANIAN ECONOMY COMPANY; a.k.a. MEHR IRANIAN ECONOMY INVESTMENTS; a.k.a. MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY), No. 18, Iranian Building, 14th Alley, Ahmad Qassir Street, Argentina Square, Tehran, Iran; No. 48, 14th Alley, Ahmad Qassir Street, Argentina Square, Tehran, Iran; Website www.mebank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 982188526300; alt. Phone Number 982188526301; alt. Phone Number 982188526302; alt. Phone Number 982188526303; alt. Phone Number 9821227700019; Business Registration Document # 103222 (Iran); National ID No. 10101863528 (Iran); Fax: 982188526337; Alt. Fax: 9221227700019 [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: MEHR EQTESAD BANK).

TEJERAT GOSTAR NIKAN IRANIAN COMPANY (a.k.a. NAM-AVARAN-E POUYA CONTROL; a.k.a. POUYA CONTROL), No. 2, Sharif Alley, Before Yakchal St., After Golhak St., Shariati St., Tehran, Iran; No. 2, Sharif Street, Golhak, Shariati Street, Tehran, Iran; Website www.pouyacontrol.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

TEK KOM MANUFACTURING LLC (a.k.a. LIMITED LIABILITY COMPANY TEK KOM MANUFACTURING), Nab. Presnenskaya D. 10, BTS Bashnya Na Naberezhnoi, Blok S, 52 Floor, Moscow 123317, Russia; Str. 1V, Pom.2.11, Promzona Borovlevo 2 179540, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703444041 (Russia); Registration Number 1187746275870 (Russia) [RUSSIA-EO14024].

TEKE, Murat, Turkey; DOB 24 Feb 1975; POB Mengen, Bolu, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U24165659

(Turkey); National ID No. 34810083984 (Turkey) (individual) [SDGT] [IFSR] (Linked To: AYAN, Sitki).

TEKHEKSPERTIZA, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO BYURO TEKHNICHESKOI EKSPERTIZY VNESHNEEKONOMICHESKIKH OPERATSI), d. 3 etazh 6 pom. II kom., 11, ul. Scherbakovskaya, Moscow 105318, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Jan 2012; Tax ID No. 7719801450 (Russia); Government Gazette Number 38285778 (Russia); Business Registration Number 1127746032370 (Russia) [RUSSIA-EO14024].

TEKHNIKA SVYAZI JSC (a.k.a. AAT TEKHNIKA SUVYAZI (Cyrillic: ААТ ТЭХНІКА СУВЯЗІ); a.k.a. JOINT STOCK COMPANY COMMUNICATION EQUIPMENT; a.k.a. OAO TEKHNIKA SVYAZI (Cyrillic: ОАО ТЕХНИКА СВЯЗИ)), 1 Naberezhnaya str., Baran, Vitebsk Region 211011, Belarus; Target Type State-Owned Enterprise; Tax ID No. 300209010 (Belarus) [BELARUS-EO14038] (Linked To: OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING).

TEKHNOKHIMBANK (a.k.a. PUBLIC JOINT STOCK COMPANY BANK ALEKSANDROVSKY; a.k.a. PUBLIC JOINT STOCK COMPANY BANK ALEXANDROVSKY), Zarorodniy Prospekt 46, korp 2, liter B, Saint Petersburg 19119, Russia; SWIFT/BIC ITEHRU2P; Website www.alexbank.ru; alt. Website www.abank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7831000080 (Russia); Legal Entity Number 253400D38E021531V531; Registration Number 1027800000194 (Russia); Global Intermediary Identification Number 9QJDEC.99999.SL.643 [RUSSIA-EO14024].

TEKHNOLOGII KREDITOVANIYA LIMITED LIABILITY COMPANY (a.k.a. OOO LENDING TECHNOLOGIES; a.k.a. OOO TEHNOLOGII KREDITOVANYA), Room 1.104, 23/1 Vavilova St., Moscow 117312, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7736317458 (Russia); Registration Number 1187746782519 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

TEKHNOLOGIYA, OOO (Cyrillic: ООО ТЕХНОЛОГИЯ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TEKHNOLOGIYA; a.k.a. "TECHNOLOGY COMPANY LIMITED"; a.k.a. "TECHNOLOGY LIMITED LIABILITY COMPANY" (Cyrillic: "ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНОЛОГИЯ"); a.k.a. "TECHNOLOGY LLC"), Building 2, Sadovniki Street, Nagatino-Sadovniki Municipal District, Moscow 115487, Russia; Part of Room 453, Letter A, Housing 2, Building 11, Staroderevenskaya Street, Saint Petersburg 197374, Russia; Letter A, Office 402, Building 5, Aleksandr Blok Street, Saint Petersburg 190121, Russia; Apartment 7, Building 21, Mashkova Street, Basmanniy Municipal District, Moscow 101000, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 14 Aug 2008; Tax ID No. 7839388531 (Russia); Government Gazette Number 87375823 (Russia); Business Registration Number 1089847320188 (Russia) issued 14 Aug 2008 [DPRK] (Linked To: BUDNEV, Aleksey).

TEKHNOMAKS KRASNOYARSK, Ul. Chernyshevskogo D. 77, Kv. 7, Krasnoyarsk 660043, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2460248300 (Russia); Registration Number 1132468044653 (Russia) [RUSSIA-EO14024].

TEKHNOSOFT OOO (Cyrillic: ООО ТЕХНОСОФТ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TEKHNOSOFT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНОСОФТ)), UL. Nobelya D. 5, ET 2 POM.29 Ter. Skolkovo Innovatsionnogo Tsentra, 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jul 2014; Tax ID No. 7703813813 (Russia); Registration Number 1147746784866 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

TEKHNRAIZ (Cyrillic: ТЕХНРАЙЗ) (a.k.a. TECHNRAIZ; a.k.a. "TECHRISE LLC"), ul. Volochaevskaya d. 4, pomeshch. 1065, Kazan 420073, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 1660316073 (Russia); Registration Number 1181690060540 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

TEKHSTROIKOMPLEKS (a.k.a. LIMITED LIABILITY COMPANY TECHSTROYKOMPLEKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХСТРОЙКОМПЛЕКС); a.k.a. "LLC TSK"), Floor Tsokolnyi, D. 2, Proezd Akademicheskii, Dudareva 625063, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7203449108 (Russia); Registration Number 1187232011504 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY MEZHREGIONSTROY).

TEKNIP RUS AO (Cyrillic: ТЕКНИП РУС АО) (f.k.a. AKTSIONERNOE OBSHCHESTVO TEKNIP ENERDZHIS RUS; a.k.a. JSC ENERGIES (Cyrillic: АО ЭНЕРДЖИС)), d. 266 str. 1 pom. 8.1-N.152, 8 etazh, prospekt Ligovski, St. Petersburg 196006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810913731 (Russia); Registration Number 1027810258882 (Russia) [RUSSIA-EO14024].

TEKNODINAMIKA JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO TEKHNODINAMIKA; a.k.a. AO TEKHNODINAMIKA; a.k.a. JOINT STOCK COMPANY AVIATION EQUIPMENT; a.k.a. JOINT STOCK COMPANY TEKHNODINAMIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТЕХНОДИНАМИКА); a.k.a. JSC TEKHNODINAMIKA (Cyrillic: АО ТЕХНОДИНАМИКА)), Ul. Bolshaya Tatarskaya D. 35, Str. 5, Moscow 115184, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1037719005873 (Russia); Tax ID No. 7719265496 (Russia); Government Gazette Number 07543117 (Russia); For more

information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

TEKNOLOGIYA 5, OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TEKHNOLOGIYA 5; a.k.a. TECHNOLOGY 5 CO., LIMITED; a.k.a. "LIMITED LIABILITY COMPANY GREEN CITY"), 12/1 str. 1 pom. 38, ul. Krasnoprudnaya, Moscow 107140, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Mar 2008; Tax ID No. 7708666513 (Russia); Government Gazette Number 85670297 (Russia) [RUSSIA-EO14024] (Linked To: HU, Xiaoxun).

TEKSLER, Aleksey Leonidovich (Cyrillic: ТЕКСЛЕР, Алексей Леонидович) (a.k.a. TEXLER, Alexey Leonidovich), Chelyabinsk Region, Russia; DOB 19 Jan 1973; POB Chelyabinsk, Chelyabinsk region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 245707035985 (Russia) (individual) [RUSSIA-EO14024].

TEKTA FANAVARAN RASA COMPANY (a.k.a. TAKTA FANAVARAN RASA COMPANY), Unit 5, Floor 1, Sorna Building, No. 5, Sheikh Mofid Street, Pasha Alley 3, Masli Mosque Neighborhood, Central Sector, Isfahan County, Isfahan, Isfahan 8164763854, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Nov 2013; National ID No. 10260699110 (Iran); Registration Number 51286 (Iran) [NPWMD] [IFSR] (Linked To: BEH JOULE PARS COMMERCIAL ENGINEERING COMPANY).

TELECOM INTEGRATION LIMITED LIABILITY COMPANY, proezd Nauchnyi d. 17, Moscow 117246, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731642944 (Russia); Registration Number 1107746029874 (Russia) [RUSSIA-EO14024].

TELEMSI, Ahmed (a.k.a. AMEUR, Abderrahmane Ouid; a.k.a. EL AMAR, Abderrahmane Ould; a.k.a. EL TILEMSI, Ahmed; a.k.a. TILEMSI, Ahmed; a.k.a. TOUDJI, Abderrahmane), Gao, Mali; DOB 1977; POB Mali; nationality Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TELEPORT COMPANY SAL (Arabic: شركة تليبورت ش.م.ل), Sami El Solh Street, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Jan 2016; Organization Type: Non-specialized wholesale trade; Commercial Registry Number 1020711 (Lebanon) [SDGT] (Linked To: MUSHANTAF, Andriyah Samir; Linked To: MOUKALLED, Firas Hasan; Linked To: MOUKALLED, Rayyan Hassan).

TELESERVE PLUS SAL (a.k.a. TELESERVEPLUS), 4th Floor, Dalas Center, Old Saida Road, Chiyah, Baabda, Lebanon; Postal Box 13-5483, Lebanon; Old Saida Avenue, Dallas Center, 6th Floor, Beirut, Lebanon; 6th Floor, Dallas Center, Old Saida Road, Chiyah, Baabda, Lebanon; Website www.teleserveplus.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2004609 (Lebanon) [SDGT] (Linked To: STARS GROUP HOLDING).

TELESERVEPLUS (a.k.a. TELESERVE PLUS SAL), 4th Floor, Dalas Center, Old Saida Road, Chiyah, Baabda, Lebanon; Postal Box 13-5483, Lebanon; Old Saida Avenue, Dallas Center, 6th Floor, Beirut, Lebanon; 6th Floor, Dallas Center, Old Saida Road, Chiyah, Baabda, Lebanon; Website www.teleserveplus.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2004609 (Lebanon) [SDGT] (Linked To: STARS GROUP HOLDING).

TELEVISION STATION RUSSIA-1 (Cyrillic: ТЕЛЕКАНАЛ РОССИЯ-1) (a.k.a. ROSSIJA 1; a.k.a. ROSSIYA-1 (Cyrillic: РОССИЯ-1); a.k.a. RUSSIA-1), 5th Yamskogo Polya street, 19-21, building 1, Begovoy, Moscow, Russia (Cyrillic: Ямского Поля 5-я улица, 19-21, стр. 1, Беговой, Москва, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 May 1991; Target Type Government Entity [RUSSIA-EO14024].

TELIZHENKO, Andrii (Cyrillic: ТЕЛІЖЕНКО, Андрій) (a.k.a. TELIZHENKO, Andrii Grygorovych (Cyrillic: ТЕЛІЖЕНКО, Андрій Григорович); a.k.a. TELIZHENKO, Andriy), 7 Koshytsa Street, Apartment 136, Kiev 02068, Ukraine; Stepana Rudanskogo 3A, Apartment 170, Kiev 04112, Ukraine; DOB 02 Sep 1990; POB Kyiv, Ukraine; nationality Ukraine; Gender Male; Passport DU000524 (Ukraine) issued 10 Nov 2015 expires 10 Nov 2020; alt. Passport ES505702 (Ukraine) issued 13 Nov 2014 expires 13 Nov 2024; National ID No. 3311706819 (Ukraine) (individual) [ELECTION-EO13848].

TELIZHENKO, Andrii Grygorovych (Cyrillic: ТЕЛІЖЕНКО, Андрій Григорович) (a.k.a. TELIZHENKO, Andrii (Cyrillic: ТЕЛІЖЕНКО, Андрій); a.k.a. TELIZHENKO, Andriy), 7 Koshytsa Street, Apartment 136, Kiev 02068, Ukraine; Stepana Rudanskogo 3A, Apartment 170, Kiev 04112, Ukraine; DOB 02 Sep 1990; POB Kyiv, Ukraine; nationality Ukraine; Gender Male; Passport DU000524 (Ukraine) issued 10 Nov 2015 expires 10 Nov 2020; alt. Passport ES505702 (Ukraine) issued 13 Nov 2014 expires 13 Nov 2024; National ID No. 3311706819 (Ukraine) (individual) [ELECTION-EO13848].

TELIZHENKO, Andriy (a.k.a. TELIZHENKO, Andrii (Cyrillic: ТЕЛІЖЕНКО, Андрій); a.k.a. TELIZHENKO, Andrii Grygorovych (Cyrillic: ТЕЛІЖЕНКО, Андрій Григорович)), 7 Koshytsa Street, Apartment 136, Kiev 02068, Ukraine; Stepana Rudanskogo 3A, Apartment 170, Kiev 04112, Ukraine; DOB 02 Sep 1990; POB Kyiv, Ukraine; nationality Ukraine; Gender Male; Passport DU000524 (Ukraine) issued 10 Nov 2015 expires 10 Nov 2020; alt. Passport ES505702 (Ukraine) issued 13 Nov 2014 expires 13 Nov 2024; National ID No. 3311706819 (Ukraine) (individual) [ELECTION-EO13848].

TELLUR ELECTRONICS (a.k.a. LLC TELLUR ELEKTRONIKS), ul. Butlerova d. 17, floor/komn 4/49, Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720355306 (Russia); Registration Number 1167746991312 (Russia) [RUSSIA-EO14024].

TEMIN, Catherine Esther, Finland; DOB 07 Jul 1985; nationality Estonia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: SIBERICA OY).

TEMIN, Gabriel, France; Finland; DOB 09 Feb 1980; POB Tallinn, Estonia; nationality France; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: SIBERICA OY).

TEMIRGALIEV, Rustam Ilmirovich; DOB 15 Aug 1976; POB Ulan-Ude, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Chairman of the Council of Ministers of Crimea; Crimean Deputy Prime Minister (individual) [UKRAINE-EO13660].

TEMP-AVIA ARZAMAS RESEARCH & PRODUCTION ASSOCIATION JSC (f.k.a. OPEN JOINT STOCK COMPANY ARZAMASSKOYE OPYTNO KONSTRUKTORSKOYE BYURO TEMP; a.k.a. PJSC ARZAMAS RESEARCH AND PRODUCTION ENTERPRISE; a.k.a. PUBLIC JOINT STOCK COMPANY ARZAMASSKOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE TEMP-AVIA; a.k.a. TEMP-AVIA ARZAMAS RESEARCH AND PRODUCTION ASSOCIATION JSC; a.k.a. TEMP-AVIA PAO), 26, Kirova Street, Arzamas 607220, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1958; Tax ID No. 5243001887 (Russia); Registration Number 1025201335994 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

TEMP-AVIA ARZAMAS RESEARCH AND PRODUCTION ASSOCIATION JSC (f.k.a. OPEN JOINT STOCK COMPANY ARZAMASSKOYE OPYTNO KONSTRUKTORSKOYE BYURO TEMP; a.k.a. PJSC ARZAMAS RESEARCH AND PRODUCTION ENTERPRISE; a.k.a. PUBLIC JOINT STOCK COMPANY ARZAMASSKOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE TEMP-AVIA; a.k.a. TEMP-AVIA ARZAMAS RESEARCH & PRODUCTION ASSOCIATION JSC; a.k.a. TEMP-AVIA PAO), 26, Kirova Street, Arzamas 607220, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1958; Tax ID No. 5243001887 (Russia); Registration Number 1025201335994 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

TEMP-AVIA PAO (f.k.a. OPEN JOINT STOCK COMPANY ARZAMASSKOYE OPYTNO KONSTRUKTORSKOYE BYURO TEMP; a.k.a.

PJSC ARZAMAS RESEARCH AND PRODUCTION ENTERPRISE; a.k.a. PUBLIC JOINT STOCK COMPANY ARZAMASSKOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE TEMP-AVIA; a.k.a. TEMP-AVIA ARZAMAS RESEARCH & PRODUCTION ASSOCIATION JSC; a.k.a. TEMP-AVIA ARZAMAS RESEARCH AND PRODUCTION ASSOCIATION JSC), 26, Kirova Street, Arzamas 607220, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1958; Tax ID No. 5243001887 (Russia); Registration Number 1025201335994 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

TEMPLE DEL PITIC S.A. DE C.V. (f.k.a. CORPORATIVO GAXIOLA HERMANOS S.A. DE C.V.), Blvd. Francisco Eusebio Kino 177-7, Col. 5 de Mayo, Hermosillo, Sonora 83010, Mexico; Avenida Angel Garcia Aburto #62, Colonia Loma Linda, Hermosillo, Sonora, Mexico; Colonizadores No. 83D, Colonia Las Quintas, Esq. Quintas de las Aves, Hermosillo, Sonora 83240, Mexico; Blvd Rodriguez 108, Col Centro, Hermosillo, Sonora, Mexico; R.F.C. CGH960503DL9 (Mexico); d.b.a. "ANARQUIA PAINTBALL" [SDNTK].

TEMREZOV, Rashid Borisovich (a.k.a. TEMREZOV, Rashid Borispievich (Cyrillic: ТЕМРЕЗОВ, Рашид Борисплевич)), Karachayevo-Cherkessia Republic, Russia; DOB 14 Mar 1976; POB Cherkessk, Karachayevo-Cherkessia Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

TEMREZOV, Rashid Borispievich (Cyrillic: ТЕМРЕЗОВ, Рашид Борисплевич) (a.k.a. TEMREZOV, Rashid Borisovich), Karachayevo-Cherkessia Republic, Russia; DOB 14 Mar 1976; POB Cherkessk, Karachayevo-Cherkessia Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

TEN, Sergey Yuryevich (Cyrillic: ТЕН, Сергей Юрьевич), Russia; DOB 25 Aug 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TENGLAN LIMITED, Flat 1512, 15/F, Lucky Centre, No. 165-171 Wanchai Road, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 27 Jan 2022; Company Number 3125074 (Hong Kong); Registration Number 73764990 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

TENSIN, Aleksei (a.k.a. TENSIN, Alexey Vasilyevich), Russia; DOB 28 Nov 1971; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 183200864631 (Russia) (individual) [RUSSIA-EO14024].

TENSIN, Alexey Vasilyevich (a.k.a. TENSIN, Aleksei), Russia; DOB 28 Nov 1971; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 183200864631 (Russia) (individual) [RUSSIA-EO14024].

TEO BOON CHING WILDLIFE TRAFFICKING TRANSNATIONAL CRIMINAL ORGANIZATION, Malaysia; Thailand; Laos; Vietnam; China; Hong Kong, China; Target Type Criminal Organization [TCO].

TEODOR SHIPPING L.L.C (Arabic: تيدور للشحن ذ.م.م), Office 1505, Exchange Tower, Business Bay, Dubai, United Arab Emirates; Website https://teodor-shipping.com; Organization Established Date 20 Jun 2019; Identification Number IMO 6294571; Economic Register Number (CBLS) 11363239 (United Arab Emirates) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

TEPALCATEPEC CARTEL (a.k.a. CARTEL DE TEPALCATEPEC; a.k.a. CARTELES UNIDOS; a.k.a. "CARTEL DE LOS REYES"; a.k.a. "CARTEL DEL ABUELO"; a.k.a. "THE GRANDFATHER CARTEL"; a.k.a. "UNITED CARTELS"), Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

TEQUILA EL VIEJO LUIS (a.k.a. CASA EL VIEJO LUIS; a.k.a. CASA EL VIEJO LUIS DISTRIBUIDORA, S.A. DE C.V.; a.k.a. CASA VIEJO LUIS; a.k.a. EL VIEJO LUIS), El Paraiso No. 6848, Col. Ciudad Granja, Zapopan, Jalisco 45010, Mexico; Blvd. Luis Donaldo Colosio s/n Bonfil, Cancun, Quintana Roo, Mexico; RFC

CVL090120UT2 (Mexico); Folio Mercantil No. 46920 (Mexico) [SDNTK].

TEQUILA ONZE BLACK (a.k.a. ONZE BLACK), Antioquia # 2123-B, Col. Los Colomos, Guadalajara, Jalisco 44660, Mexico; Website www.tequilaonze.com [SDNTK].

TEQUILA VALENTON (a.k.a. EL VIEJO LUIS; a.k.a. GRUPO COMERCIAL ROOL, S.A. DE C.V.), Alberta No. 2288 4B, Col. Jardines de Providencia, Guadalajara, Jalisco 44630, Mexico; Acueducto No. 2380, Col. Colinas de San Javier, Guadalajara, Jalisco 44660, Mexico; Lazaro Cardenas No. 3430, Desp. 403 and 404, Piso 4, Zapopan, Jalisco 45040, Mexico; Av. Mexico No. 2798, Col. Terranova, Guadalajara, Jalisco 44689, Mexico; RFC GCR990628KR9 (Mexico); Folio Mercantil No. 38347 [SDNTK].

TERAOKA, Osamu (Japanese: 寺岡修); DOB 22 Mar 1949 (individual) [TCO] (Linked To: KOBE YAMAGUCHI-GUMI).

TEREAL INDUSTRY AND TRADE LIMITED, No. 9 Hongji Street, Xi Gang District, Dalian City, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

TEREK SPECIAL RAPID RESPONSE TEAM (a.k.a. SPECIAL DIVISION OF FIRST RESPONDERS, CHECHNYA (SOBR)), Chechen Republic, Russia [MAGNIT].

TERENTIEV, Vladimir (Cyrillic: ТЕРЕНТЬЕВ, Владимир) (a.k.a. TERENTIEV, Vladimir Nikolaevich (Cyrillic: ТЕРЕНТЬЕВ, Владимир Николаевич)), Crimea, Ukraine; DOB 11 Nov 1977; POB Voronezh, Russian Federation; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

TERENTIEV, Vladimir Nikolaevich (Cyrillic: ТЕРЕНТЬЕВ, Владимир Николаевич) (a.k.a. TERENTIEV, Vladimir (Cyrillic: ТЕРЕНТЬЕВ, Владимир)), Crimea, Ukraine; DOB 11 Nov 1977; POB Voronezh, Russian Federation; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

TERENTYEV, Alexander Vasilyevich (Cyrillic: ТЕРЕНТЬЕВ, Александр Васильевич), Russia; DOB 01 Jan 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TERENTYEV, Mikhail Borisovich (Cyrillic: ТЕРЕНТЬЕВ, Михаил Борисович), Russia; DOB 14 May 1970; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TERESHKOVA, Valentina Vladimirovna (Cyrillic: ТЕРЕШКОВА, Валентина Владимировна), Russia; DOB 06 Mar 1937; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TERLIKOV, Andrei Leonidovich (a.k.a. TERLIKOV, Andrey Leonidovich), Russia; DOB 22 Feb 1962; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 662317683996 (Russia) (individual) [RUSSIA-EO14024].

TERLIKOV, Andrey Leonidovich (a.k.a. TERLIKOV, Andrei Leonidovich), Russia; DOB 22 Feb 1962; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 662317683996 (Russia) (individual) [RUSSIA-EO14024].

TERNERA, Josu (a.k.a. BENGOECHEA, Jose Antonio Urruticoechea; a.k.a. BENGOETXEA, Jose Antonio Urrutikoetxea); DOB 24 Dec 1950; POB Miravalles, Vizcaya, Spain; nationality Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 14 884 849 (Spain); Member of the Basque Fatherland and Liberty (ETA) and is Fugitive, Wanted for Terrorism (individual) [SDGT].

TERRA MINAS E INVERSIONES DEL PACIFICO, S.A.P.I. DE C.V., Guadalajara, Jalisco, Mexico; Organization Established Date 26 May 2021; Organization Type: Mining and Quarrying; Folio Mercantil No. N-2021047829 (Mexico) [ILLICIT-DRUGS-EO14059].

TERRA-AZ LIMITED, 103, Afstralias 6, Limassol 3017, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Sep 2017; Registration Number C373788 (Cyprus) [RUSSIA-EO14024] (Linked To: PALNYCHENKO, Igor).

TERRAZA 9140 (a.k.a. SOCIALIKA RENTAS Y CATERING, S.A. DE C.V.), Blvd. Lopez Mateos No. 9140, Col. El Palomar, Zapopan, Jalisco C.P. 45238, Mexico; Cancun, Quintana Roo, Mexico; R.F.C. SRC-080222-274 (Mexico) [SDNTK].

TERTEL, Ivan Stanislavavich (Cyrillic: ТЭРТЭЛЬ, Іван Станіслававіч) (a.k.a. TERTEL, Ivan Stanislavovich (Cyrillic: ТЕРТЕЛ, Иван Станиславович); a.k.a. TSERTSEL, Ivan Stanislavavich (Cyrillic: ЦЕРЦЕЛЬ, Іван Станіслававіч)), Minsk, Belarus; DOB 08 Sep 1966; POB Privalka, Grodno Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

TERTEL, Ivan Stanislavovich (Cyrillic: ТЕРТЕЛ, Иван Станиславович) (a.k.a. TERTEL, Ivan Stanislavavich (Cyrillic: ТЭРТЭЛЬ, Іван Станіслававіч); a.k.a. TSERTSEL, Ivan Stanislavavich (Cyrillic: ЦЕРЦЕЛЬ, Іван Станіслававіч)), Minsk, Belarus; DOB 08 Sep 1966; POB Privalka, Grodno Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

TERYUSHKOV, Roman Igorevich (Cyrillic: ТЕРЮШКОВ, Роман Игоревич), Russia; DOB 20 Dec 1979; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TESHILOVO OOO, d. 3, d. Spas-Teshilovo, Serpukhov 142260, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jun 1992; Organization Type: Real estate activities with own or leased property; Tax ID No. 5077017574 (Russia); Registration Number 1055011104895 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Konstantin).

TESIC, Slobodan (a.k.a. SLOBODAN, Tezic), Serbia; DOB 21 Dec 1958; POB Kiseljak, Bosnia and Herzegovina; nationality Serbia; citizen Serbia; Gender Male; Passport 009511357 (Serbia) expires 27 Oct 2020; alt. Passport 007671811 (Serbia) expires 05 Aug 2019 (individual) [GLOMAG].

TET KHAM (S) PTE. LTD., 6 Loyang Way 1, 508704, Singapore; Registration ID 200004646G (Singapore) issued 29 May 2000 [SDNTK].

TET KHAM CONSTRUCTION COMPANY LIMITED, Pyinmana Taung Twin Road, Let Pan Khar Village, Pyinmanar, Mandalay, Burma; No.

7, Corner of Inya Road & Oo Yin Street, Kamayut Township, Yangon, Burma [SDNTK].

TET KHAM GEMS CO., LTD., No. 7 Inya Road & Oo Yin Street, Kamayut Township, Yangon, Burma [SDNTK].

TETERDINKO, Alexander Pavlovich (Cyrillic: ТЕТЕРДИНКО, Александр Павлович), Russia; DOB 20 Nov 1983; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TETHIS SHIPPING CO, Suite 1-A, 7th Floor, Business Centre Morskoy-2, spusk Polskiy 11, Odessa 65000, Ukraine; 80 Broad Street, Monrovia, Liberia; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date Jul 2019; Identification Number IMO 6112976 [IRAN-EO13846].

TETHYS PRO JSC (a.k.a. AKTCIONERNOE OBSHESTVO TETIS PRO; a.k.a. JOINT STOCK COMPANY TETIS PRO), Ul. Polyany D.54, Floor 3, PO Box 73, Moscow 117042, Russia; Polyany St., Building 54, Building 1, Moscow 142791, Russia; 19-21 Novo-Rybinskaya St., Office 330, Saint Petersburg 196084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724643714 (Russia); Registration Number 1077763809353 (Russia) [RUSSIA-EO14024].

TETIS GLOBAL FZE (Arabic: تيتيس جلوبال م م ح), P2-ELOB Office No. E2-112G-05, Hamriyah, Sharjah, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Feb 2023; Business Registration Number 25754 (United Arab Emirates); Economic Register Number (CBLS) 12017901 (United Arab Emirates) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

TETON GLOBAL TRADING LIMITED, Flat/Rm 606 6/F Hollywood, CTR 77-91 Queen's Rd West Sheung Wan, Hong Kong, China; Rm 15, 18/F, W212 Tsuen Wan, Hong Kong, China; Organization Established Date 29 Jan 2024; Business Registration Number 76172324 (Hong Kong) [IRAN-EO13902] (Linked To: NEST WISE PETROLEUM L.L.C).

TEXEL F.C.G. TECHNOLOGY 2100 LTD, 7 Haeshel, Qesarya 3079504, Israel; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1994; Registration Number 512036625 (Israel) [RUSSIA-EO14024] (Linked To: ASIA TRADING & CONSTRUCTION PTE LTD).

TEXLER, Alexey Leonidovich (a.k.a. TEKSLER, Aleksey Leonidovich (Cyrillic: ТЕКСЛЕР, Алексей Леонидович)), Chelyabinsk Region, Russia; DOB 19 Jan 1973; POB Chelyabinsk, Chelyabinsk region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 245707035985 (Russia) (individual) [RUSSIA-EO14024].

TEYF TADBIR ARIA (a.k.a. TEIF TADBIR ARYA; a.k.a. TEYF TADBIR ARYA ENGINEERING COMPANY), Unit 10, No. 1, End of Bahar, Kardan Street, Patrice Street, Tehran 1445964433, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 26 Jun 2012; National ID No. 10320792753 (Iran); Registration Number 427320 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

TEYF TADBIR ARYA ENGINEERING COMPANY (a.k.a. TEIF TADBIR ARYA; a.k.a. TEYF TADBIR ARIA), Unit 10, No. 1, End of Bahar, Kardan Street, Patrice Street, Tehran 1445964433, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 26 Jun 2012; National ID No. 10320792753 (Iran); Registration Number 427320 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

TEYREBAZEN AZADIYA KURDISTAN (a.k.a. KURDISTAN FREEDOM HAWKS; a.k.a. THE FREEDOM HAWKS OF KURDISTAN; a.k.a. "TAK"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TFK KAMAZ AO (a.k.a. AKTSIONERNOE OBSHCHESTVO TORGOVO-FINANSOVAYA KOMPANIYA KAMAZ; a.k.a. JOINT-STOCK COMPANY TRADING-FINANCIAL COMPANY KAMAZ; a.k.a. JSC TFK KAMAZ; f.k.a. TORGOVO-FINANSOVAYA KOMPANIYA KAMAZ AO), Raion Avtomobilnogo Zavoda, ABK-421, Naberezhnyye Chelny 423800, Russia; 12, proezd Avtosborochny, Naberezhnye Chelny, Tatarstan Resp. 423800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Oct 1997; Tax ID No. 1653019048 (Russia); Government Gazette Number 47104250 (Russia); Registration Number 1021602019097 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

TGC CAMBODIA CO. LTD., Phnom Penh, Cambodia; Tax ID No. K003-901903576 (Cambodia) [TCO] (Linked To: CHHAY, Guy).

TGOK ILMENITE JSC (a.k.a. ILMENITE TMPE JSC; a.k.a. JOINT STOCK COMPANY TUGANSK MINING AND PROCESSING ENTERPRISE ILMENITE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТУГАНСКИЙ ГОРНО ОБОГАТИТЕЛЬНЫЙ КОМБИНАТ ИЛЬМЕНИТ); a.k.a. TUGANSKY GOK), ul. Zavodskaya d. 100, S. Oktyabrskoe 634583, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7014038550 (Russia); Registration Number 1027000762260 (Russia) [RUSSIA-EO14024].

TGR CORPORATE CONCIERGE LTD (a.k.a. TGR WEALTH SOLUTIONS LTD), 55 Riding House Street, London W1W 7EE, United Kingdom; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jan 2015; Organization Type: Other business support service activities n.e.c.; V.A.T. Number GB282512118 (United Kingdom); Company Number 09375989 (United Kingdom) [RUSSIA-EO14024] (Linked To: BRADENS, Andrejs).

TGR DWC-LLC, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Apr 2019; Organization Type: Management consultancy activities; Registration Number 9052 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: CHIRKINYAN, Elena).

TGR PARTNERS, 33-34 Alfred Place, London WC1E 7DP, United Kingdom; Moscow, Russia; Kiev, Ukraine; Riga, Latvia; Singapore, Singapore; Istanbul, Turkey; Website tgr.partners; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Financial and Insurance Activities [RUSSIA-EO14024].

TGR WEALTH SOLUTIONS LTD (a.k.a. TGR CORPORATE CONCIERGE LTD), 55 Riding House Street, London W1W 7EE, United Kingdom; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jan 2015; Organization Type: Other business support service activities n.e.c.; V.A.T. Number GB282512118 (United Kingdom); Company

Number 09375989 (United Kingdom) [RUSSIA-EO14024] (Linked To: BRADENS, Andrejs).

TH QTECH LLC (a.k.a. LIMITED LIABILITY COMPANY TRADE HOUSE KYUTEK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГОВЫЙ ДОМ КЬЮТЭК); a.k.a. LLC TD KYUTEK; a.k.a. TD KYUTEK OOO), D. 36, Str. 2, Etazh 7 Komn 63, Ul. Ryabinovaya, Moscow 121471, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7729490282 (Russia); Registration Number 1167746094284 (Russia) [RUSSIA-EO14024].

TH SYMMETRON ELECTRONIC COMPONENTS (a.k.a. TD SIMMETRON EK OOO; a.k.a. TORGOVYI DOM SIMMETRON ELEKTRONNYE KOMPONENTY), Sh. Leningradskoe d. 69, korp. 1, Moscow 125445, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743581260 (Russia); Registration Number 1057749709380 (Russia) [RUSSIA-EO14024].

THABIT 'IZ (a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. "'ABD-AL-'IZ"; a.k.a. "ABU YASIR"); DOB 24 Jun 1954; POB Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 83860 (Sudan); alt. Passport 30455 (Egypt); alt. Passport 1046403 (Egypt) (individual) [SDGT].

THACI, Menduh; DOB 03 Mar 1965; POB Tetovo, Macedonia (individual) [BALKANS].

THACKRAY, David Jonathan, Australia; DOB 08 Aug 1980; POB Australia; nationality Australia; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

THAEPHYONGSAN SHIPPING CO LTD, Room 402, 90, Sochon-dong, Sosong-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 5878575 [DPRK3].

THAER, Mansour; DOB 21 Mar 1974; POB Baghdad, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

THAHINI, Abdallah (a.k.a. TAHINI, Abdallah Asad; a.k.a. THINI, Abdalla As'ad; a.k.a. "TAHINI, Ahmad"); DOB 20 Jun 1965; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

THAI LONG HOTEL (a.k.a. DEHONG TAILONG INDUSTRY COMPANY LIMITED; a.k.a. DEHONG THAILONG HOTEL CO., LTD.; a.k.a. TAI LONG HOTEL; a.k.a. TAI LUNG HOTEL; a.k.a. THAILONG HOTEL), Mang Shih Economic Development Zone, De Hong District, Yunnan Province, China; No. 58, Mangshi Avenue, Luxi City, Yunnan, China [SDNTK].

THAI SOUTH SUDAN CRUSHER, AGGREGATES, AND BUILDING MATERIALS COMPANY (a.k.a. ABM CONSTRUCTION COMPANY; a.k.a. ABMC THAI SOUTH SUDAN CONSTRUCTION; a.k.a. ABMC THAI-SOUTH SUDAN CONSTRUCTION COMPANY LIMITED; a.k.a. AGGREGATE BUILDING MATERIALS CONSTRUCTION COMPANY; a.k.a. TSSABM), Customs Area, Adjacent to the Bus Park, Juba, South Sudan; Jebel Kujur, Juba-Yei Road, South Sudan; Luri, Central Equatoria State, South Sudan [GLOMAG] (Linked To: BOL MEL, Benjamin).

THAILONG HOTEL (a.k.a. DEHONG TAILONG INDUSTRY COMPANY LIMITED; a.k.a. DEHONG THAILONG HOTEL CO., LTD.; a.k.a. TAI LONG HOTEL; a.k.a. TAI LUNG HOTEL; a.k.a. THAI LONG HOTEL), Mang Shih Economic Development Zone, De Hong District, Yunnan Province, China; No. 58, Mangshi Avenue, Luxi City, Yunnan, China [SDNTK].

THAINGUI S.A.L. OFFSHORE (a.k.a. "SHANGHAI S.A.L. OFFSHORE COMPANY"), Unesco Center, 4th Floor, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1804869 (Lebanon) [SDGT] (Linked To: AL-AMIN, Muhammad 'Abdallah).

THAJIL, Hamid (a.k.a. AL-ATTABI, Hameid Thajeil Wareij; a.k.a. AL-SHAYBANI, Abu Mustafa; a.k.a. AL-SHAYBANI, Hamid; a.k.a. AL-SHEBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Abu Mustafa; a.k.a. AL-SHEIBANI,

Hamid Thajeel; a.k.a. AL-SHEIBANI, Mustafa), Tehran, Iran; DOB circa 1959; alt. DOB circa 1960; POB Nasiriyah, Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

THALESTRIS LIMITED, 3rd Floor Ulysses House, Foley Street, Dublin 1, Dublin D01 W2T2, Ireland; Organization Established Date 28 Nov 2019; Organization Type: Activities of holding companies; Tax ID No. 661545 (Ireland) [CYBER2].

THAMESTONE SA, Rue Du Marche 28, Geneva 1204, Switzerland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Dec 2014; Tax ID No. 299161819 (Switzerland); Company Number CHE-299.161.819 (Switzerland); Registration Number CH-660.3.487.014-6 (Switzerland) [RUSSIA-EO14024].

THAN, Charlie, Room No 23, Building No 25, Palm Village Villa, Yankin Yanshin Street, Yangon, Burma; DOB 1950; nationality Burma; Gender Male (individual) [BURMA-EO14014].

THASLEEM, Mohamed, Hulhumale, Male 20041, Maldives; DOB 23 Oct 1987; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. A121492 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

THASOS MARITIME AND TRADING S.A., Panama; Organization Established Date 09 Jun 2022; Identification Number IMO 6452153; Folio Mercantil No. 155723644 (Panama) [IRAN-EO13902].

THE AID ORGANIZATION OF THE ULEMA (a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST), Kitab Ghar, Darul Ifta Wal Irshad, Nazimabad No. 4, Karachi, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; 302b-40, Good Earth Court, Opposite Pia Planitarium, Block 13a, Gulshan -I Iqbal, Karachi, Pakistan; 617 Clifton Center, Block 5, 6th Floor, Clifton, Karachi, Pakistan;

605 Landmark Plaza, 11 Chundrigar Road, Opposite Jang Building, Karachi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif; Also operations in: Kosovo,Chechnya [SDGT].

THE AIRLINE OF THE ISLAMIC REPUBLIC OF IRAN (a.k.a. HAVAPEYMAYI MELLI IRAN; a.k.a. IRAN AIR; a.k.a. IRAN AIR PJSC; a.k.a. IRANAIR; a.k.a. IRANAIR CARGO; a.k.a. "HOMA"), Iran Air Building, Mehrabad Airport, Tehran, Iran; Postal Box 13185-775, Tehran, Iran; Central Airlines Department of the Islamic Republic of Iran, Tehran Karaj Special Road, Beginning of Mehrabad International Airport, Tehran, Iran; Website www.iranair.com; alt. Website www.iranair.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 10100354259 (Iran); Registration Number 8132 (Iran) [IRAN] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

THE AL-BARAKA CHARITY ASSOCIATION (a.k.a. AL-BARAKA ALGERIAN ASSOCIATION FOR CHARITABLE AND HUMANITARIAN WORK; a.k.a. AL-BARAKA INTERNATIONAL ASSOCIATION; a.k.a. EL BARAKA ASSOCIATION FOR CHARITABLE AND HUMANITARIAN WORK), Tizi Ouzou, Algeria; Algiers, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2015; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

THE AL-JIHAD-FISI-SABILILAH SPECIAL ISLAMIC REGIMENT (a.k.a. ISLAMIC REGIMENT OF SPECIAL MEANING; a.k.a. THE ISLAMIC SPECIAL PURPOSE REGIMENT; a.k.a. THE SPECIAL PURPOSE ISLAMIC REGIMENT); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE AQSA LAMP (a.k.a. AL-AQSA SATELLITE TELEVISION; a.k.a. AL-AQSA TV; a.k.a. HAMAS TV; a.k.a. SIRAJ AL-AQSA TV), Jabaliya, Gaza, Palestinian; Website www.aqsatv.ps; Email Address info@aqsatv.ps; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Telephone: 0097282851500; Fax: 0097282858208 [SDGT].

THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE

FAMILY CARE; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

THE AUDITORS FOR ACCOUNTING AND AUDITING (Arabic: المدققون المحاسبة والتدقيق), Sayed Hadi Nasrallah Street, Al Nakhel Building, 5th floor, Burj Barajne, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Registration Number 278 (Lebanon) issued 22 Feb 2006 [SDGT] (Linked To: DAHER, Ibrahim Ali).

THE BASE (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

THE BENEVOLENT CHARITABLE ORGANIZATION (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE BEST LEADER GENERAL TRADING LLC (a.k.a. WILMINGTON GENERAL TRADING LLC), 1805, Al Owais Tower, Binias Road, Deira, Dubai, United Arab Emirates; P.O. 31622, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886; License 668722 (United Arab Emirates) [SDGT] [IFSR] (Linked To: SEIFI, Asadollah).

THE BUSINESS CENTRE LIMITED (a.k.a. THE BUSINESS CENTRE LTD.), The Business Centre, Valley Road, Msida MSD 9060, Malta; D-U-N-S Number 56-556-9269; V.A.T. Number MT11366525 (Malta); Tax ID No. 11366525 (Malta); Trade License No. C 17918 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

THE BUSINESS CENTRE LTD. (a.k.a. THE BUSINESS CENTRE LIMITED), The Business Centre, Valley Road, Msida MSD 9060, Malta; D-U-N-S Number 56-556-9269; V.A.T. Number MT11366525 (Malta); Tax ID No. 11366525 (Malta); Trade License No. C 17918 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE CRYSTAL GROUP (a.k.a. THE CRYSTAL GROUP SAL), Beirut, Lebanon; Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to

the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2003; Organization Type: Restaurants and mobile food service activities; Business Registration Number 1008937 (Lebanon) [SDGT] (Linked To: AL-ZEIN, Mazen Hassan).

THE CRYSTAL GROUP SAL (a.k.a. THE CRYSTAL GROUP), Beirut, Lebanon; Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2003; Organization Type: Restaurants and mobile food service activities; Business Registration Number 1008937 (Lebanon) [SDGT] (Linked To: AL-ZEIN, Mazen Hassan).

THE ELITE INVESTMENT GROUP MAS'ULIYATI CHEKLANGAN JAMIYAT (a.k.a. "LIMITED LIABILITY COMPANY THE ELITE INVESTMENT GROUP"), 24 A-uy, Yuksalish Ko-chasi, Qovunchi Shaharchasi Qirsadoq, Mahallasi Yangiyo'l tumani, Tashkent, Uzbekistan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Jan 2024; Tax ID No. 311052791 (Uzbekistan) [RUSSIA-EO14024].

THE ENERGY RESEARCH INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. "INEI RAN"), Ul Nagornaya D 31, Korp 2, Moscow 117186, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jun 1994; Tax ID No. 7727083080 (Russia); Government Gazette Number 04813131 (Russia); Registration Number 1037739092643 (Russia) [RUSSIA-EO14024].

THE FEDERAL STATE BUDGET EDUCATIONAL INSTITUTION ARTEK INTERNATIONAL CHILDRENS CENTER (a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTE INTERNATIONAL CHILDREN CENTER ARTEK (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ БЮДЖЕТНОЕ ОБРАЗОВАТЕЛЬНОЕ УЧРЕЖДЕНИЕ МЕЖДУНАРОДНЫЙ ДЕТСКИЙ ЦЕНТР АРТЕК)), 41 Lenningradskaya St., Gurzuf, Crimea 298645, Ukraine; Secondary sanctions risk: See Section

11 of Executive Order 14024.; Target Type Government Entity; Tax ID No. 230304393615 (Russia); Registration Number 1149102030770 (Russia) [RUSSIA-EO14024].

THE FEDERAL STATE UNITARY ENTERPRISE V.A. KARGIN SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND TECHNOLOGY OF POLYMERS WITH A PILOT PRODUCTION PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT KHIMII I TEKHNOLOGII POLIMEROV IMENI AKADEMIKA V.A. KARGINA S OPYTNYM ZAVODOM; a.k.a. NII POLYMEROV AO; a.k.a. V.A. KARGIN POLYMER CHEMISTRY AND TECHNOLOGY RESEARCH INSTITUTE WITH A PILOT-PRODUCTION PLANT), korp. ZD. 63, ter. Vostochny Promraion Orgsteklo, Dzerzhinsk, Nizhni Novgorod region 606000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5249164736 (Russia); Government Gazette Number 33947252 (Russia); Registration Number 1185275058044 (Russia) [RUSSIA-EO14024].

THE FEDERATION COUNCIL OF THE FEDERAL ASSEMBLY OF THE RUSSIAN FEDERATION (Cyrillic: СОВЕТ ФЕДЕРАЦИИ ФЕДЕРАЛЬНОГО СОБРАНИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ), 26 Bolshaya Dmitrovka Street, Moscow 103426, Russia; Website council.gov.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Government Entity [RUSSIA-EO14024].

THE FERN LIMITED (Arabic: ذا فرن ليمتد), PO Box 22693, Jebel Ali Free Zone Authority, United Arab Emirates; Company Number 1679455 (United Arab Emirates) [GLOMAG] (Linked To: RAHMANI, Ajmal).

THE FOUNDATION FOR NATIONAL VALUES PROTECTION (Cyrillic: ФОНДА ЗАЩИТЫ НАЦИОНАЛЬНЫХ ЦЕННОСТЕЙ) (a.k.a. "FZNC"), Moscow, Russia; Website fznc.world; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: MALKEVICH, Alexander Aleksandrovich; Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

THE FOUNDATION OF THE OPPRESSED (a.k.a. BONYAD MOSTAZAFAN; a.k.a. BONYAD MOSTAZAFAN ENGHELAB ESLAMI (Arabic: بنياد مستضعفان انقلاب اسلامی); a.k.a. ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION; a.k.a. MOSTASZAFAN FOUNDATION OF ISLAMIC REVOLUTION; a.k.a. MOSTAZAFAN FOUNDATION; a.k.a. "IRMF"; a.k.a. "MJF"), Bonyad Head Office, Africa Boulevard, Argentina Square, District 6, Tehran, Tehran Province, Iran; Website http://www.irmf.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100171920 (Iran) [IRAN-EO13876].

THE FREEDOM HAWKS OF KURDISTAN (a.k.a. KURDISTAN FREEDOM HAWKS; a.k.a. TEYREBAZEN AZADIYA KURDISTAN; a.k.a. "TAK"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE FRONT FOR THE LIBERATION OF AL SHAM (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE GENERAL DIRECTORATE OF INTERNAL AFFAIRS OF MINSK CITY EXECUTIVE COMMITTEE (a.k.a. GLAVNOYE UPRAVLENIE VNUTRENNIKH DEL MINSKOVO GORISPOLKOMA; a.k.a. MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE (Cyrillic: ГЛАВНОЕ УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. MINSK GUVD (Cyrillic: ГУВД МИНСК)), Dobromislenski Lane, 5, Minsk, Belarus (Cyrillic: пер.Добромысленский,5, г.Минск, Belarus); Tax ID No. 100582346 (Belarus) [BELARUS].

THE GROUP FOR THE PRESERVATION OF THE HOLY SITES (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

THE GROUP OF COMPANIES ELECTRONINVEST JOINT STOCK COMPANY (a.k.a. AO GK ELEKTRONINVEST), Ul. Nizhnaya D. 14, Str. 2, Moscow 125040, Russia; 19A, Ul. Alabushevskaya Zelenograd Moscow, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7710346180 (Russia); Registration Number 1027739381812 (Russia) [RUSSIA-EO14024].

THE HATIKVA JEWISH IDENTITY CENTER (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a.

NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE HORROR SQUADRON (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS), Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE INTERNATIONAL AL QUDS FOUNDATION (a.k.a. AL QUDS INSTITUTE; a.k.a. AL QUDS INTERNATIONAL INSTITUTION; a.k.a. AL-QUDS FOUNDATION; a.k.a. AL-QUDS INTERNATIONAL FOUNDATION; a.k.a. INTERNATIONAL AL QUDS INSTITUTE; a.k.a. INTERNATIONAL JERUSALEM FOUNDATION; a.k.a. JERUSALEM INTERNATIONAL ESTABLISHMENT; a.k.a. JERUSALEM INTERNATIONAL FOUNDATION; a.k.a. MU'ASSASAT AL-QUDS; a.k.a. "IJF"), Hamra Street, Saroulla Building, 11th Floor; P.O. Box Beirut-Hamra 113/5647, Beirut, Lebanon; Website www.alquds-online.org; Email Address institution@alquds-online.org; alt. Email Address alquds_institution@yahoo.com; alt. Email Address info@alquds-city.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE INTERNATIONAL BRIGADE (a.k.a. INTERNATIONAL BATTALION; a.k.a. ISLAMIC PEACEKEEPING INTERNATIONAL BRIGADE; a.k.a. PEACEKEEPING BATTALION; a.k.a. THE ISLAMIC INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC PEACEKEEPING ARMY; a.k.a. THE ISLAMIC PEACEKEEPING BRIGADE); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE INTERNATIONAL INSTITUTE OF INDEPENDENT THINKERS AND ARTISTS (a.k.a. NEW HORIZON ORGANIZATION), 1st Floor, No. 91, East 2nd Aseman St., Aseman St., Ketab Sq., Tehran, Iran; Website newhorizon.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

THE INTERNATIONAL KAHANE MOVEMENT (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a.

THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE INVESTMENT PROGRAM FOUNDATION (a.k.a. NEKOMMERCHESKAYA ORGANIZATSIYA FOND INVESTITSIONNYKH PROGRAMM (Cyrillic: НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ФОНД ИНВЕСТИЦИОННЫХ ПРОГРАММ)), 20 Daev Lane, Moscow 107045, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708126067 (Russia); Registration Number 1037739199365 (Russia) [RUSSIA-EO14024].

THE IRANIAN REVOLUTIONARY GUARDS (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE

BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

THE ISLAMIC INTERNATIONAL BRIGADE (a.k.a. INTERNATIONAL BATTALION; a.k.a. ISLAMIC PEACEKEEPING INTERNATIONAL BRIGADE; a.k.a. PEACEKEEPING BATTALION; a.k.a. THE INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC PEACEKEEPING ARMY; a.k.a. THE ISLAMIC PEACEKEEPING BRIGADE); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE ISLAMIC PEACEKEEPING ARMY (a.k.a. INTERNATIONAL BATTALION; a.k.a. ISLAMIC PEACEKEEPING INTERNATIONAL BRIGADE; a.k.a. PEACEKEEPING BATTALION; a.k.a. THE INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC PEACEKEEPING BRIGADE); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE ISLAMIC PEACEKEEPING BRIGADE (a.k.a. INTERNATIONAL BATTALION; a.k.a. ISLAMIC PEACEKEEPING INTERNATIONAL BRIGADE; a.k.a. PEACEKEEPING BATTALION; a.k.a. THE INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC PEACEKEEPING ARMY); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE ISLAMIC SPECIAL PURPOSE REGIMENT (a.k.a. ISLAMIC REGIMENT OF SPECIAL MEANING; a.k.a. THE AL-JIHAD-FISI-SABILILAH SPECIAL ISLAMIC REGIMENT; a.k.a. THE SPECIAL PURPOSE ISLAMIC REGIMENT); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE ISLAMIC STATE OF IRAQ AND ASH-SHAM - KHORASAN PROVINCE (a.k.a. ISIL KHORASAN; a.k.a. ISIL'S SOUTH ASIA BRANCH; a.k.a. ISIS WILAYAT KHORASAN; a.k.a. ISISK; a.k.a. ISIS-K; a.k.a. IS-KHORASAN; a.k.a. ISLAMIC STATE KHURASAN; a.k.a. ISLAMIC STATE OF IRAQ AND LEVANT IN KHORASAN PROVINCE; a.k.a. ISLAMIC STATE'S KHORASAN PROVINCE; a.k.a. SOUTH ASIAN CHAPTER OF ISIL; a.k.a. THE ISLAMIC STATE OF IRAQ AND SYRIA - KHORASAN), Afghanistan; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

THE ISLAMIC STATE OF IRAQ AND SYRIA - KHORASAN (a.k.a. ISIL KHORASAN; a.k.a. ISIL'S SOUTH ASIA BRANCH; a.k.a. ISIS WILAYAT KHORASAN; a.k.a. ISISK; a.k.a. ISIS-K; a.k.a. IS-KHORASAN; a.k.a. ISLAMIC STATE KHURASAN; a.k.a. ISLAMIC STATE OF IRAQ AND LEVANT IN KHORASAN PROVINCE; a.k.a. ISLAMIC STATE'S KHORASAN PROVINCE; a.k.a. SOUTH ASIAN CHAPTER OF ISIL; a.k.a. THE ISLAMIC STATE OF IRAQ AND ASH-SHAM - KHORASAN PROVINCE), Afghanistan; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

THE JAMAAT MOJAHEDIN (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; n.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ISLOMIY JIHOD ITTIHODI; n.k.a. ITTIHAD AL-JIHAD AL-ISLAMI; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY; a.k.a. "IJG"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

THE JEWISH IDEA YESHIVA (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE JIHAD GROUP (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

THE JOINT STOCK COMPANY STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION TROITSK INSTITUTE FOR INNOVATION AND FUSION RESEARCH (Cyrillic: АО ГОСУДАРСТВЕННЫЙ НАУЧНЫЙ ЦЕНТР РОССИЙСКОЙ ФЕДЕРАЦИИ ТРОИЦКИЙ ИНСТИТУТ ИННОВАЦИОННЫХ И ТЕРМОЯДЕРНЫХ ИССЛЕДОВАНИЙ) (a.k.a. JSC GOSUDARSTVENNY NAUCHNY CENTER ROSSIYSKOY FEDERATSII TROITSKY INSTITUT INNOVATSIONNYKH I TERMOYADERNYKH ISSLEDOVANY; a.k.a. TROITSK INSTITUTE OF INNOVATIVE AND THERMONUCLEAR RESEARCH; a.k.a. TROITSKII INSTITUTE OF INNOVATIVE AND THERMONUCLEAR RESEARCH), Troitsk, st. Pushkovs, ow. 12, Moscow 108840, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

7751002460 (Russia); Public Registration Number 08624272 (Russia); Registration Number 1157746176400 (Russia) [RUSSIA-EO14024].

THE JUDEAN LEGION (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE JUDEAN VOICE (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE KAZAKH JAMA'AT (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; n.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ISLOMIY JIHOD ITTIHODI; n.k.a. ITTIHAD AL-JIHAD AL-ISLAMI; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE LIBYAN SOCIETY; a.k.a. "IJG"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING

PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

THE KUWAITI-CAMBODIAN ORPHANAGE CENTER (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street,

Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

THE LIBYAN SOCIETY (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; n.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ISLOMIY JIHOD ITTIHODI; n.k.a. ITTIHAD AL-JIHAD AL-ISLAMI; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. "IJG"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

THE LIMITED LIABILITY COMPANY GROUP OF THE COMPANIES SPECIALMETALLMASTER (a.k.a. LIMITED LIABILITY COMPANY GROUP OF COMPANIES SPETSMETALLMASTER), Pr-Kt Ryazanskii D. 8A, Str. 24, Et/Pom/Komn 4/I/44-54, Moscow 109428, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722326685 (Russia); Registration Number 1157746420512 (Russia) [RUSSIA-EO14024].

THE LIMITED LIABILITY COMPANY INVESTMENT COMPANY ABROS (a.k.a. LLC IC ABROS), 2 Liter a Pl. Rastrelli, St. Petersburg 191124, Russia; Secondary sanctions risk: Ukraine-/Russia-Related

Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Government Gazette Number 72426791; Telephone: 7812 3358979 [UKRAINE-EO13661].

THE LIMITED LIABILITY COMPANY NETWORKING COMPANY IRKUT (a.k.a. SETEVAYA KOMPANIYA IRKUT OOO), ul. Aviastroitelei d. 28 A, Irkutsk 664020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3810035487 (Russia); Registration Number 1043801429737 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKOVLEV).

THE MASTER OF THE MARTYRS BRIGADE (a.k.a. BATTALION OF THE SAYYID'S MARTYRS; a.k.a. KATA'IB ABU FADL AL-ABBAS; a.k.a. KATA'IB KARBALA; a.k.a. KATA'IB SAYYID AL-SHUHADA (Arabic: كتائب سيد الشهداء); a.k.a. "KSS"), Iraq; Syria; Lebanon; Website www.saidshuhada.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date May 2013; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

THE MERCIFUL HANDS CHARITABLE SOCIETY (a.k.a. MERCIFUL HANDS CHARITY; a.k.a. MERCIFUL HANDS GAZA; a.k.a. "MERCIFUL HANDS ASSOCIATION" (Arabic: "جمعية الأيدي الرحيمة")), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2005; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

THE METALLURGY INDUSTRIES OF KHORASAN (a.k.a. KHORASAN AMMUNITION AND METALLURGY INDUSTRIES; a.k.a. KHORASAN METALLURGY INDUSTRIES; a.k.a. KHORASAN METALOGY INDUSTRIES; a.k.a. SANAYE METOLOGIE IRAN), Khalaj Road, End of Seyedi Street, Mashad, Iran; P.O. Box 91735-549, Mashad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

THE MONOTHEISM AND JIHAD GROUP (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF

JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

THE MOTHER ARK LTD, Orthodoxou Tower, Floor 3, 44 Inomenon Ethnon, Larnaca 6042, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Apr 2022; Target Type Private Company; Registration Number HE433232 (Cyprus) [RUSSIA-EO14024] (Linked To: DE GEETERE, Hans).

THE MOVEMENT OF THE NOBLE ONES (a.k.a. AL-HAMAD BRIGADE; a.k.a. AL-NUJABA TV; a.k.a. AMMAR IBN YASIR BRIGADE; a.k.a. GOLAN LIBERATION BRIGADE; a.k.a. HARAKAT AL-NUJABA (Arabic: حركة النجباء); a.k.a. HARAKAT HEZBOLLAH AL-NUJABA; a.k.a. IMAM AL-HASAN AL-MUJTABA BRIGADE; a.k.a. MOVEMENT OF THE NOBLE ONES HEZBOLLAH), Iraq; Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Organization Established Date 2013; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

THE NATIONAL PETROCHEMICAL COMPANY (a.k.a. NATIONAL PETROCHEMICAL COMPANY; a.k.a. "NIPC"; a.k.a. "NPC"), No. 104, North Sheikh Bahaei Blvd., Molla Sadra Ave., Tehran, Iran; No 144, North Sheikh Bahayi Avenue, Mulla Sadra Street, Vanak Square, Tehran, Iran; P.O. Box 19395-6896, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9614 (Iran); all offices worldwide [IRAN] [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

THE NIRU BATTERY COMPANY (a.k.a. NIROU BATTERY MANUFACTURING SABA BATTERY COMPANY; a.k.a. NIRU BATTERY MANUFACTURING COMPANY; a.k.a. NIRU CO. LTD.; a.k.a. SHERKAT BATTERY SAZI NIRU SAHAMI KHASS), End of Pasdaran Avenue, Nobonyad Square, P.O. Box 19575-361, Tehran 16489, Iran; Next to Babee Exp. Way, Nobonyad Sq., P.O. Box 19575-361, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

THE NUCLEAR REACTORS FUEL COMPANY (a.k.a. "SOOREH"; a.k.a. "SUREH"), End of North Kargar Street, Shahid Abtahi Street, (20th), #61, Tehran, Iran; Esfahan Complex Khalije Fars Blvd., 20 km southeast of Esfahan, P.O. Box: 81465-1957, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

THE ORGANIZATION FOR TECHNICAL INDUSTRIES (a.k.a. ORGANIZATION FOR TECHNOLOGICAL INDUSTRIES), Sham Algadida OTip Box, Damascus 11037, Syria [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF

JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD

IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH (a.k.a. "SPND"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO

RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. "AL HAYAT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

THE OXYTECH, Karachi, Pakistan; Website theoxytech.com; Email Address support@theoxytech.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [ELECTION-EO13848] (Linked To: RAZA, Mujtaba Ali; Linked To: RAZA, Mohsin).

THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

THE PEOPLE'S DEFENSE FORCE (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI; a.k.a. KADEK; a.k.a. KGK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS; a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. "HSK"; a.k.a. "KHK"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

THE PLANAR COMPANY (Cyrillic: КОМПАНИЯ ПЛАНАР) (a.k.a. LLC PLANAR; a.k.a. OOO PLANAR (Cyrillic: ООО ПЛАНАР); a.k.a. PLANAR ELEMENTS), Office 1, 76 Likhvintseva St., Izhevsk 426034, Russia; Office 23, Building 2, Corpus 58, 1 Partiynyy Pereulok Lane, Moscow 115093, Russia; Website planar-elements.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1833015934 (Russia) [RUSSIA-EO14024].

THE POPULAR RESISTANCE MOVEMENT OF IRAN (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD), Iran; Pakistan; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

THE QOMEMIYUT MOVEMENT (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE RABBI MEIR DAVID KAHANE MEMORIAL FUND (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH;

a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE RAHMANI GROUP (a.k.a. RG GENERAL TRADING FZE; a.k.a. RG GROUP FZE (Arabic: ار جی جروب)), Saif Office Q1-03-044/C, P.O. Box 514280, Sharjah, United Arab Emirates; Organization Established Date 11 Jul 2016; Trade License No. 16816 (United Arab Emirates); Legal Entity Number 894500411FLFDQDDV988; Economic Register Number (CBLS) 11618292 (United Arab Emirates) [GLOMAG] (Linked To: RAHMANI, Ajmal).

THE RAILWAYS OF CRIMEA (a.k.a. CRIMEAN RAILWAY; a.k.a. FEDERAL STATE UNITARY ENTERPRISE 'CRIMEAN RAILWAY'; a.k.a. KRYMZHD), 34 Pavlenko Street, Simferopol, Republic of Crimea 95006, Ukraine; Website http://www.crimearw.ru; Email Address ngkkjd@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1159102022738; V.A.T. Number 9102157783 [UKRAINE-EO13685].

THE REVOLUTION BRIGADE (a.k.a. BANNER OF THE REVOLUTION; a.k.a. LEWAA AL-THAWRA; a.k.a. LIWA AL THOWRA; a.k.a. LIWA AL-THAWRA; a.k.a. LIWA AL-THAWRAH; a.k.a. LIWA' AL-THAWRAH; a.k.a. LIWAA AL-THAWRA), Qalyubia, Egypt; Monofeya, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF CHECHEN MARTYRS (a.k.a. RIYADH-AS-SALIHEEN; a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION; a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE

BATTALION OF SHAHIDS (MARTYRS); a.k.a. THE SABOTAGE AND MILITARY SURVEILLANCE GROUP OF THE RIYADH AL-SALIHIN MARTYRS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE RUSSOPHILE NATIONAL MOVEMENT ASSOCIATION (Cyrillic: СДРУЖЕНИЕ НАЦИАОНАЛНО ДВИЖЕНИЕ РУСОФИЛИ) (a.k.a. BULGARIAN NATIONAL MOVEMENT OF RUSSOPHILES; a.k.a. RUSSOPHILES NATIONAL MOVEMENT), Georgi S. Rakovski, 108, 1000, Sofia, Bulgaria; Organization Established Date 2003; Business Registration Number 131049199 (Bulgaria) [GLOMAG] (Linked To: MALINOV, Nikolay Simeonov).

THE SABIREEN MOVEMENT (a.k.a. AL-SABIREEN; a.k.a. AL-SABIREEN FOR THE VICTORY OF PALESTINE; a.k.a. AL-SABIREEN MOVEMENT FOR SUPPORTING PALESTINE; a.k.a. AL-SABIRIN; a.k.a. A-SABRIN ORGANIZATION; a.k.a. HARAKAT AL-SABIREEN; a.k.a. MOVEMENT OF THE PATIENT ONES; a.k.a. MOVEMENT OF THOSE WHO ENDURE WITH PATIENCE; a.k.a. "HESN"), Gaza Strip, Palestinian; West Bank, Palestinian; Jerusalem, Israel; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE SABOTAGE AND MILITARY SURVEILLANCE GROUP OF THE RIYADH AL-SALIHIN MARTYRS (a.k.a. RIYADH-AS-SALIHEEN; a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION; a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF SHAHIDS (MARTYRS); a.k.a. THE RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF CHECHEN MARTYRS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE SAKSUK COMPANY FOR EXCHANGE AND FINANCIAL TRANSFERS (a.k.a. AL-SAKSUK COMPANY; a.k.a. SAKSOUK COMPANY FOR EXCHANGE AND MONEY TRANSFER; a.k.a. SAKSOUK COMPANY FOR MONETARY TRANSFERS ANTIOCH; a.k.a. SAKSOUK EXCHANGE; a.k.a. SAKSOUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSOUK EXCHANGE COMPANY; a.k.a. SAKSOUK FINANCIAL EXCHANGE; a.k.a. SAKSUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a.

SAKSUK MONEY EXCHANGE; a.k.a. SOKOK MONEY TRANSFER COMPANY), Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

THE SISTER TRUST, Switzerland; Bermuda; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Jul 2016; Identification Number DBF5PV.00765.SF.756 (Switzerland) [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

THE SOCIETY WITH LIMITED AUTHORITY ALFA DIRECT SERVICE (a.k.a. ALFA-DIRECT; a.k.a. ALFA-DIRECT SERVICE LLC), ul. Kalanchevskaya d. 27, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Jan 2000; Tax ID No. 7728308080 (Russia); Registration Number 1037728063515 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALFA-BANK).

THE SOLDIERS OF AQSA (a.k.a. JUND AL-AQSA; a.k.a. SARAYAT AL-QUDS; a.k.a. SOLDIERS OF AL-AQSA; a.k.a. "JAA"), Idlib governorate, Syria; Hama governorate, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE SPECIAL PURPOSE ISLAMIC REGIMENT (a.k.a. ISLAMIC REGIMENT OF SPECIAL MEANING; a.k.a. THE AL-JIHAD-FISI-SABILILAH SPECIAL ISLAMIC REGIMENT; a.k.a. THE ISLAMIC SPECIAL PURPOSE REGIMENT); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE STRATEGIC CULTURE FOUNDATION (Cyrillic: ФОНД СТРАТЕГИЧЕСКОЙ КУЛЬТУРЫ), Russia; Website strategic-culture.org; Organization Type: News agency activities [ELECTION-EO13848].

THE STRATEGIC ROCKET FORCE COMMAND OF KPA (a.k.a. STRATEGIC ROCKET FORCE; a.k.a. STRATEGIC ROCKET FORCE OF THE KOREAN PEOPLE'S ARMY; a.k.a. "STRATEGIC FORCE"; a.k.a. "STRATEGIC FORCES"), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

THE TERRORGRAM COLLECTIVE (a.k.a. "TERRORGRAM"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2019; Organization Type: Transnational Terrorist Group [SDGT].

THE URALS PLANT OF TRANSPORT ENGINEERING (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKIY ZAVOD TRANSPORTNOGO MASHINOSTROENIYA; a.k.a. JSC URALTRANSMASH (Cyrillic: АО УРАЛТРАНСМАШ); a.k.a. URALS PLANT OF TRANSPORTATION MACHINERY JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УРАЛЬСКИЙ ЗАВОД ТРАНСПОРТНОГО МАШИНОСТРОЕНИЯ)), 29 Frontovykh Brigad St., Ekaterinburg, Sverdlovsk Region 620017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 May 2009; Tax ID No. 6659190900 (Russia); Business Registration Number 1096659005200 (Russia) [RUSSIA-EO14024].

THE VOICE OF JUDEA (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE

JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE WAY OF THE TORAH (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE WILLETT HOTEL LIMITED, 65 Broadway, London E15 4BQ, United Kingdom; Organization Established Date 04 Jun 1993; Company Number 02824078 (United Kingdom) [IRAN-EO13902] (Linked To: SAID, Salim Ahmed).

THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY

SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

THE YANGON GALLERY (a.k.a. YANGON GALLERY), People's Park Compound, Near Planetarium Museum, Ahlone Road, Dagon Township, Yangon, Burma; People's Park Compound, Near Planetarium Museum, Ahlon Road, Dagon Township, Yangon, Burma; Phone Number 09 738 27777 [BURMA-EO14014].

THE YANGON RESTAURANT, People's Park Compound, Near Planetarium Museum, Ahlone Road, Dagon Township, Yangon, Burma; Email Address reservations@theyangonrestaurant.com; Phone Number 95 013 70177; Organization Type: Restaurants and mobile food service activities [BURMA-EO14014].

THE YESHIVA OF THE JEWISH IDEA (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. YESHIVAT HARAV MEIR; a.k.a.

"CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE ZULU SHIPS MANAGEMENT AND OPERATION - SOLE PROPRIETORSHIP L.L.C (Arabic: ذي زولو لادارة السفن و تشغيلها - شركة الشخص الواحد ذ.م.م), Office 105, Madinat Zayed Tower, Muroor Road, Abu Dhabi, United Arab Emirates; Organization Established Date 22 Mar 2023; Identification Number IMO 6509771; Registration Number CN-4818262 (United Arab Emirates); Economic Register Number (CBLS) 12037578 (United Arab Emirates) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

THEMIS LIMITED, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 21 May 2020; Identification Number IMO 6163123; Company Number 104990 (Marshall Islands) [IRAN-EO13902].

THEODOSIA COMMERCIAL SEAPORT (a.k.a. PORT OF FEODOSIA; a.k.a. SEAPORT OF FEODOSIYA; a.k.a. STATE ENTERPRISE FEODOSIA SEA TRADING PORT; a.k.a. THEODOSIA MERCHANT SEA PORT; a.k.a. THEODOSIA SEA PORT), 14 Gorky Street, Theodosia 98100, Ukraine; 14, Gorky Str., Feodosiya, Crimea 98100, Ukraine; Gorky Street 11, Feodosia, Crimea 98100, Ukraine; Website www.ukrport.org.ua; Email Address theodosia@port.kafa.crimea.ua; UN/LOCODE UA FEO; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125577 (Russia) [UKRAINE-EO13685].

THEODOSIA MERCHANT SEA PORT (a.k.a. PORT OF FEODOSIA; a.k.a. SEAPORT OF FEODOSIYA; a.k.a. STATE ENTERPRISE FEODOSIA SEA TRADING PORT; a.k.a. THEODOSIA COMMERCIAL SEAPORT; a.k.a. THEODOSIA SEA PORT), 14 Gorky Street, Theodosia 98100, Ukraine; 14, Gorky Str., Feodosiya, Crimea 98100, Ukraine; Gorky Street 11, Feodosia, Crimea 98100, Ukraine; Website www.ukrport.org.ua; Email Address theodosia@port.kafa.crimea.ua; UN/LOCODE UA FEO; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125577 (Russia) [UKRAINE-EO13685].

THEODOSIA SEA PORT (a.k.a. PORT OF FEODOSIA; a.k.a. SEAPORT OF FEODOSIYA; a.k.a. STATE ENTERPRISE FEODOSIA SEA TRADING PORT; a.k.a. THEODOSIA COMMERCIAL SEAPORT; a.k.a. THEODOSIA MERCHANT SEA PORT), 14 Gorky Street, Theodosia 98100, Ukraine; 14, Gorky Str., Feodosiya, Crimea 98100, Ukraine; Gorky Street 11, Feodosia, Crimea 98100, Ukraine; Website www.ukrport.org.ua; Email Address theodosia@port.kafa.crimea.ua; UN/LOCODE UA FEO; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125577 (Russia) [UKRAINE-EO13685].

THEODOSIYA OIL TERMINAL (a.k.a. FEODOSIA OIL PRODUCTS SUPPLY CO.; a.k.a. FEODOSIYA ENTERPRISE; a.k.a. FEODOSIYA ENTERPRISE ON PROVIDING OIL PRODUCTS; a.k.a. FEODOSIYSKE COMPANY FOR THE OIL), Feodosiya, Geologicheskaya str. 2, Crimea 98107, Ukraine; Feodosia, Str. Geological 2, Crimea 98107, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

THERCUMEX, S.A. DE C.V., Cancun, Quintana Roo, Mexico; Organization Established Date 20 Dec 2021; Organization Type: Other business support service activities n.e.c.; Folio Mercantil No. N-2021098852 (Mexico) [TCO] (Linked To: RANI, Indu).

THESSALONIKI-ATHENS FIRE NUCLEI CONSPIRACY (a.k.a. CONSPIRACY OF CELLS OF FIRE; a.k.a. CONSPIRACY OF FIRE NUCLEI; a.k.a. CONSPIRACY OF THE NUCLEI OF FIRE; a.k.a. SYNOMOSIA PYRINON TIS FOTIAS), Greece; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THET, Naing Win (a.k.a. "THET NAING WIN"), c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; Passport 944168 (Burma) (individual) [SDNTK].

THICHAIYOT, Winai (a.k.a. PHITCHAIYOT, Winai; a.k.a. PHITCHAYOT, Winai; a.k.a. PICHAYOS, Vinai; a.k.a. PICHAYOS, Winai; a.k.a. PICHAYOT, Vinai; a.k.a. PITCHAYOS, Vinai; a.k.a. TICHYOS, Vinai), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o GREEN CAR RENT LIMITED PARTNERSHIP, Bangkok, Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok,

Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; DOB 01 Dec 1957; Passport K203350 (Thailand) (individual) [SDNTK].

THIEF-IN-LAW (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

THIEVES PROFESSING THE CODE (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

THIEVES-IN-LAW (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

THIEVES-WITHIN-THE-LAW (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE;

a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

THINH CUONG CO LTD (a.k.a. CONG TY TNHH THINH CUONG (Latin: CÔNG TY TNHH THỊNH CƯỜNG); a.k.a. THINH CUONG COMPANY LIMITED), 41/8 B Cu Chinh Lan, Hai Phong, Vietnam (Latin: 41/8B Cù Chính Lan, Hải Phòng, Vietnam); Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 1867946; Enterprise Number 0200289195 (Vietnam) [DPRK4].

THINH CUONG COMPANY LIMITED (a.k.a. CONG TY TNHH THINH CUONG (Latin: CÔNG TY TNHH THỊNH CƯỜNG); a.k.a. THINH CUONG CO LTD), 41/8 B Cu Chinh Lan, Hai Phong, Vietnam (Latin: 41/8B Cù Chính Lan, Hải Phòng, Vietnam); Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 1867946; Enterprise Number 0200289195 (Vietnam) [DPRK4].

THINI, Abdalla As'ad (a.k.a. TAHINI, Abdallah Asad; a.k.a. THAHINI, Abdallah; a.k.a. "TAHINI, Ahmad"); DOB 20 Jun 1965; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

THIONGKOL, Abud Stephen (a.k.a. KOL, Abud Stephen Thiong), South Sudan; DOB 23 Feb 1962; Gender Male (individual) [GLOMAG].

THIRD KODO-KAI (a.k.a. KODOKAI; a.k.a. KODO-KAI (Japanese: 弘道会); a.k.a. KOUDOU-KAI; a.k.a. SANDAIME KODO-KAI (Japanese: 三代目弘道会)), 1-117 Shukuatocho, Nakamura Ward, Nagoya, Aichi, Japan (Japanese: 1-117 宿跡町中村区, 名古屋市, 愛知県, Japan) [TCO] (Linked To: YAMAGUCHI-GUMI; Linked To: TAKAYAMA, Kiyoshi; Linked To: SHINODA, Kenichi).

THIRRJA PER UTESI (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a.

COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE

FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS

Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

THIRWAT, Salah Shihata (a.k.a. ABDALLAH, Tarwat Salah; a.k.a. SHIHATA, Thirwat Salah; a.k.a. THIRWAT, Shahata); DOB 29 Jun 1960; POB Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

THIRWAT, Shahata (a.k.a. ABDALLAH, Tarwat Salah; a.k.a. SHIHATA, Thirwat Salah; a.k.a. THIRWAT, Salah Shihata); DOB 29 Jun 1960; POB Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

THIT, Akiraphokin (a.k.a. AKIRAPHOKIN, Thit; a.k.a. SUTHIT, Samsaeng; a.k.a. WEI, Ta Han; a.k.a. "AH HAN"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 88/2 Soi Klong Nam Kaew, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; Burma; DOB 03 Mar 1972; Passport K491821 (Thailand); National ID No. 310095657121 (Thailand) (individual) [SDNTK].

THITSAR, Myo, Burma; DOB 24 Nov 1972; nationality Burma; Gender Female; Registration Number 12/BAHANA(N)002332 (Burma) (individual) [BURMA-EO14014] (Linked To: DYNASTY INTERNATIONAL COMPANY LIMITED).

THOMAS, Mae Toussaint (a.k.a. THOMAS, Mae Toussaint Jr.; a.k.a. "THOMAS, Mae"), 5 Camp Street, Werk-en-Rust, Georgetown, Guyana; DOB 12 Feb 1986; POB Georgetown, Guyana; nationality Guyana; Gender Female; Passport R0459307 (Guyana) expires 15 Apr 2019; National ID No. 111801231 (Guyana) (individual) [GLOMAG].

THOMAS, Mae Toussaint Jr. (a.k.a. THOMAS, Mae Toussaint; a.k.a. "THOMAS, Mae"), 5 Camp Street, Werk-en-Rust, Georgetown, Guyana; DOB 12 Feb 1986; POB Georgetown, Guyana; nationality Guyana; Gender Female; Passport R0459307 (Guyana) expires 15 Apr 2019; National ID No. 111801231 (Guyana) (individual) [GLOMAG].

THORIUM NIRU COMPANY (a.k.a. THORIUM POWER COMPANY (Arabic: شرکت توریوم نیرو)), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date Jul 2023; Organization Type: Professional, scientific, and technical activities [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

THORIUM POWER COMPANY (Arabic: شرکت توریوم نیرو) (a.k.a. THORIUM NIRU COMPANY), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date Jul 2023; Organization Type: Professional, scientific, and technical activities [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

THOSE SIGNED IN BLOOD BATTALION (a.k.a. AL-MULATHAMUN BATTALION; a.k.a. AL-MULATHAMUN BRIGADE; a.k.a. AL-MULATHAMUN MASKED ONES BRIGADE; a.k.a. AL-MURABITOUN; a.k.a. AL-MUWAQQI'UN BIL-DIMA; a.k.a. KHALED ABU AL-ABBAS BRIGADE; a.k.a. SIGNATORIES IN BLOOD; a.k.a. SIGNED-IN-BLOOD BATTALION; a.k.a. THOSE WHO SIGN IN BLOOD; a.k.a. "MASKED MEN BRIGADE"; a.k.a. "THE SENTINELS"; a.k.a. "WITNESSES IN BLOOD"), Algeria; Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

THOSE WHO SIGN IN BLOOD (a.k.a. AL-MULATHAMUN BATTALION; a.k.a. AL-MULATHAMUN BRIGADE; a.k.a. AL-MULATHAMUN MASKED ONES BRIGADE; a.k.a. AL-MURABITOUN; a.k.a. AL-MUWAQQI'UN BIL-DIMA; a.k.a. KHALED ABU AL-ABBAS BRIGADE; a.k.a. SIGNATORIES IN BLOOD; a.k.a. SIGNED-IN-BLOOD BATTALION; a.k.a. THOSE SIGNED IN BLOOD BATTALION; a.k.a. "MASKED MEN BRIGADE"; a.k.a. "THE SENTINELS"; a.k.a. "WITNESSES IN BLOOD"), Algeria; Mali; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

THOYIB, Ibnu (a.k.a. ANSHORI, Abdullah; a.k.a. TOYIB, Ibnu; a.k.a. "ABU FATHI"; a.k.a. "ABU FATIH"); DOB 1958; POB Pacitan, East Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

THRACE FOUNDATION, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2004; Government Gazette Number 131258494 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

THU, Daw Yin Min (a.k.a. THU, Yin Min), Burma; DOB 23 Aug 1989; nationality Burma; Gender Female; National ID No. 12AHLANAN042764 (Burma) (individual) [BURMA-EO14014].

THU, Maung Chit (a.k.a. MYINT, Saw San; a.k.a. THU, Saw Chit; a.k.a. "THU, Chit"), Karen State, Burma; DOB 15 Dec 1969; POB Inn village, Hlaingbwe, Karen State, Burma; nationality Burma; Gender Male; National ID No. 3LabanaN069004 (Burma) (individual) [TCO] [BURMA-EO14014].

THU, Saw Chit (a.k.a. MYINT, Saw San; a.k.a. THU, Maung Chit; a.k.a. "THU, Chit"), Karen State, Burma; DOB 15 Dec 1969; POB Inn village, Hlaingbwe, Karen State, Burma; nationality Burma; Gender Male; National ID No. 3LabanaN069004 (Burma) (individual) [TCO] [BURMA-EO14014].

THU, Yin Min (a.k.a. THU, Daw Yin Min), Burma; DOB 23 Aug 1989; nationality Burma; Gender Female; National ID No. 12AHLANAN042764 (Burma) (individual) [BURMA-EO14014].

THULA UZWE TRADING, 18 Alexandra Street, Verreniging, Emfuleni, 1830, South Africa; The Paragon II, Office F1W1, 16 Kings Road, Bedfordview 2007, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Jun 2010; V.A.T. Number 4650272281 (South Africa); Tax ID No. 9427992160 (South Africa); Commercial Registry Number 2010/096811/23 (South Africa) [SDGT] (Linked To: AHMAD, Firas Nazem).

THULIN, Anton, Sweden; DOB 23 Jan 1997; POB Sweden; nationality Sweden; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

THULSIE, Brandon-Lee (a.k.a. "Salahuddin ibn Hernani"; a.k.a. "THULSIE, Sallahuddin"), Newclare, Johannesburg, South Africa; DOB 1992 to 1994; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

THULSIE, Tony-Lee (a.k.a. "Simba"; a.k.a. "THULSIE, Yakeen"; a.k.a. "Yakeen"; a.k.a. "Yaqeen ibn Hernani"), Newclare, Johannesburg, South Africa; DOB 1992 to 1994; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TIA TRADING 2013 LTD (Cyrillic: ТИА ТРЕЙДИНГ 2013) (a.k.a. TIA TRADING 2013 LTD OOD), Kvartal Studentski Grad, U1. Prof G. Bradistilov, 8, Sofia 1700, Bulgaria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Apr 2017; Registration Number 204532789 (Bulgaria) [SDGT] (Linked To: ISMAIL, Mohamad Hassan).

TIA TRADING 2013 LTD OOD (a.k.a. TIA TRADING 2013 LTD (Cyrillic: ТИА ТРЕЙДИНГ 2013)), Kvartal Studentski Grad, U1. Prof G. Bradistilov, 8, Sofia 1700, Bulgaria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Apr 2017; Registration Number 204532789 (Bulgaria) [SDGT] (Linked To: ISMAIL, Mohamad Hassan).

TIAN FANG HOLDINGS LIMITED (a.k.a. TIAN FANG HONG KONG HOLDING LTD.; a.k.a. TIAN FANG HONG KONG HOLDINGS LIMITED (Chinese Simplified: 天纺香港国际贸易有限公司)), Room 6, 10/F, CC Wu Building, 302-8 Hennessy Road, Hong Kong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 09 Jan 2007; Business Registration Number 1100762 (Hong Kong) [DPRK3] (Linked To: SEK STUDIO).

TIAN FANG HONG KONG HOLDING LTD. (a.k.a. TIAN FANG HOLDINGS LIMITED; a.k.a. TIAN FANG HONG KONG HOLDINGS LIMITED (Chinese Simplified: 天纺香港国际贸易有限公司)), Room 6, 10/F, CC Wu Building, 302-8 Hennessy Road, Hong Kong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 09 Jan 2007; Business Registration Number 1100762 (Hong Kong) [DPRK3] (Linked To: SEK STUDIO).

TIAN FANG HONG KONG HOLDINGS LIMITED (Chinese Simplified: 天纺香港国际贸易有限公司) (a.k.a. TIAN FANG HOLDINGS LIMITED; a.k.a. TIAN FANG HONG KONG HOLDING LTD.), Room 6, 10/F, CC Wu Building, 302-8 Hennessy Road, Hong Kong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 09 Jan 2007; Business Registration Number 1100762 (Hong Kong) [DPRK3] (Linked To: SEK STUDIO).

TIAN YI LU SEN BAO GONG SI (Chinese Simplified: 天仪卢森堡公司) (a.k.a. SPACETY LUXEMBOURG S.A.), Avenue Des Hauts-Fourneaux 9, Esch-Sur-Alzette 4362, Luxembourg; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Aug 2019; V.A.T. Number LU32227405 (Luxembourg); Registration Number B 236.930 (Luxembourg) [RUSSIA-EO14024] (Linked To: CHANGSHA TIANYI SPACE SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE CO. LTD).

TIAN, Yinyin (Chinese Simplified: 田寅寅) (a.k.a. "snowsjohn"; a.k.a. "tianyinyin0404"), Nanjing, Jiangsu, China (Chinese Simplified: 南京, 江苏, China); DOB 12 Jul 1986; nationality China; Email Address 417136259@qq.com; Gender Male; Digital Currency Address - XBT 134r8iHv69xdT6p5qVKTsHrcUEuBVZAYak; alt. Digital Currency Address - XBT 15YK647qtoZQDzNrvY6HJL6QwXduLHfT28; alt. Digital Currency Address - XBT 1PfwHNxUnkpfkK9MKjMqzR3Xq3KCtq9u17; alt. Digital Currency Address - XBT 14kqryJUxM3a7aEi117KX9hoLUw592WsMR; alt. Digital Currency Address - XBT 1F2Gdug9ib9NQMhKMGGJczzMk5SuENoqrp; alt. Digital Currency Address - XBT 3F2sZ4jbhvDKQdGbHYPC6ZxFXEau2m5Lqj; alt. Digital Currency Address - XBT 1AXUTu9y3H8w4wYx4BjyFWgRhZKDhmcMrn; alt. Digital Currency Address - XBT 1Hn9ErTCPRP6j5UDBeuXPGuq5RtRjFJxJQ; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Phone Number 8613621583465; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number 321284198607120616 (China) (individual) [DPRK3] [CYBER2] (Linked To: LAZARUS GROUP).

TIANJIN CHUANGYI YUAN INTERNATIONAL COMMERCIAL TRADE CO LTD. (a.k.a. TIANJIN CREATIVE SOURCE INTERNATIONAL TRADE CO LTD (Chinese Simplified: 天津创益源国际贸易有限公司)), R#1401, No 1 Building, Kuangshi International Building, Tianjin Free Trade Zone, Central Business District, Tianjin 3000450, China; Organization Established Date 19 Oct 2017; Unified Social Credit Code (USCC) 91120118MA05X7CE1K (China) [NPWMD].

TIANJIN CREATIVE SOURCE INTERNATIONAL TRADE CO LTD (Chinese Simplified: 天津创益源国际贸易有限公司) (a.k.a. TIANJIN CHUANGYI YUAN INTERNATIONAL COMMERCIAL TRADE CO LTD.), R#1401, No 1 Building, Kuangshi International Building, Tianjin Free Trade Zone, Central Business District, Tianjin 3000450, China; Organization Established Date 19 Oct 2017; Unified Social Credit Code (USCC) 91120118MA05X7CE1K (China) [NPWMD].

TIANYI INTERNATIONAL DALIAN CO., LTD. (Chinese Simplified: 大连天贻国际贸易有限公司) (a.k.a. DALIAN TIANYI INTERNATIONAL TRADING CO., LTD.; f.k.a. DALIAN YONGKANG INTERNATIONAL TRADING CO., LTD. (Chinese Simplified: 大连永康国际贸易有限公司); a.k.a. DALIANTIANYI), R3101, East Tower, The Ninth Zhongshan, No. 2, Xinglin Street, Zhongshan District, Dalian, China (Chinese Simplified: 中山九号大厦东塔 3101, 杏林街2号, 中山区, 大连, China); Hetun Village, Changxing Island Economic Zone, Dalian, Liaoning Province, China (Chinese Simplified: 河屯村, 长兴岛经济区, 大连, 辽宁省, China); Website kersino.com; alt. Website dmdschina.com; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order

13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); United Social Credit Code Certificate (USCCC) 91210244759941797W (China) [IRAN-EO13846].

TIBA PARSIAN KISH PETROCHEMICAL (a.k.a. TIBA PETROCHEMICAL COMPANY DMCC; f.k.a. TRILIANCE KISH PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL CO LTD; a.k.a. TRILIANCE PETROCHEMICAL CO. LTD. (Chinese Traditional: 眾祥石化有限公司); a.k.a. TRILIANCE PETROCHEMICAL CO., LIMITED; a.k.a. TRILIANCE PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL GMBH; a.k.a. TRILIANCE PETROLEUM SHANGHAI CO., LTD (Chinese Simplified: 众祥石油 上海 有限公司)), 15/F Radio City, 505 Hennessy Rd, Causeway Bay, Hong Kong, Hong Kong; 3F-A, Tower 3 YouYou Century Plaza, 428 Yang Gao RD(S), Shanghai 200127, China (Chinese Simplified: 杨高南路428号由由世纪广场3号楼3A, 上海 200127, China); Romischer Ring 11, Frankfurt am Main, Hessen 60326, Germany; Friedrich-Ebert-Anlage 36, Frankfurt am Main, Hessen 60325, Germany; No. 4, 5th Alley, Iran Zamin Street, Shahrak Gharb, Tehran, Tehran, Iran; Unit 301, 3rd Floor, Diplomat Commercial Office Complex, Sahel Street, Kish Island, Iran; Unit 1805, 18th Floor, Jumeirah Bay Tower X3, Cluster X, Plot JLT-PH2-X3A, Jumeirah Lake Towers, Dubai, Dubai, United Arab Emirates; Room 301-37, 3/F., Building 1, No. 38 Debao Road, Pilot Free Zone, Shanghai, China (Chinese Simplified: 德堡路38号1幢三层301-37室, 自由贸易试验区, 上海, China); Unit C, 10/F., Building No. 2, No. 428 Yanggao South Road, Pudong New Area, Shanghai, China (Chinese Simplified: 市浦东新区杨南路428号2号楼10楼C座, 上海, China); Unit No: 15-PF-137, Detached Retail 15, Plot No: JLT-PH1-RET-I5, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 60313B106405 (Germany); alt. National ID No. 14004797459 (Iran); Commercial Registry Number 1831791 (Hong Kong); Company Number HRB 106405 (Germany); United Social Credit Code Certificate (USCCC) 91310000MA1K30UQ75 (China); Registration Number 310141000214539 (China) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

TIBA PETROCHEM PRIVATE LIMITED (a.k.a. TIBALAJI PETROCHEM PRIVATE LIMITED; a.k.a. TIBALAJI PETROCHEM PVT. LTD.), Unit No. 1518, C - Wing, One BKC, Bandra Kurla Complex, Bandra East, Mumbai 400051, India; Unit No. 1406, 14th Floor, C Wing, One BKC, Plot No. C66, G Block, Bandra Kurla Complex, Bandra East, Mumbai 400051, India; Website https://www.tibalaji.com/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Aug 2018; Tax ID No. AAGCT8857R (India); Trade License No. U24299MH2018PTC312643 (India); Company Number 335800EW87JAPGXYYV59 (India); Business Registration Number 312643 (India) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

TIBA PETROCHEMICAL COMPANY DMCC (a.k.a. TIBA PARSIAN KISH PETROCHEMICAL; f.k.a. TRILIANCE KISH PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL CO LTD; a.k.a. TRILIANCE PETROCHEMICAL CO. LTD. (Chinese Traditional: 眾祥石化有限公司); a.k.a. TRILIANCE PETROCHEMICAL CO., LIMITED; a.k.a. TRILIANCE PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL GMBH; a.k.a. TRILIANCE PETROLEUM SHANGHAI CO., LTD (Chinese Simplified: 众祥石油 上海 有限公司)), 15/F Radio City, 505 Hennessy Rd, Causeway Bay, Hong Kong, Hong Kong; 3F-A, Tower 3 YouYou Century Plaza, 428 Yang Gao RD(S), Shanghai 200127, China (Chinese Simplified: 杨高南路428号由由世纪广场3号楼3A, 上海 200127, China); Romischer Ring 11, Frankfurt am Main, Hessen 60326, Germany; Friedrich-Ebert-Anlage 36, Frankfurt am Main, Hessen 60325, Germany; No. 4, 5th Alley, Iran Zamin Street, Shahrak Gharb, Tehran, Tehran, Iran; Unit 301, 3rd Floor, Diplomat Commercial Office Complex, Sahel Street, Kish Island, Iran; Unit 1805, 18th Floor, Jumeirah Bay Tower X3, Cluster X, Plot JLT-PH2-X3A, Jumeirah Lake Towers, Dubai, Dubai, United Arab Emirates; Room 301-37, 3/F., Building 1, No. 38 Debao Road, Pilot Free Zone, Shanghai, China (Chinese Simplified: 德堡路38号1幢三层301-37室, 自由贸易试验区, 上海, China); Unit C, 10/F., Building No. 2, No. 428 Yanggao South Road, Pudong New Area, Shanghai, China (Chinese Simplified: 市浦东新区杨南路428号2号楼10楼C座, 上海, China); Unit No: 15-PF-137, Detached Retail 15, Plot No: JLT-PH1-RET-I5, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 60313B106405 (Germany); alt. National ID No. 14004797459 (Iran); Commercial Registry Number 1831791 (Hong Kong); Company Number HRB 106405 (Germany); United Social Credit Code Certificate (USCCC) 91310000MA1K30UQ75 (China); Registration Number 310141000214539 (China) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

TIBALAJI PETROCHEM PRIVATE LIMITED (f.k.a. TIBA PETROCHEM PRIVATE LIMITED; a.k.a. TIBALAJI PETROCHEM PVT. LTD.), Unit No. 1518, C - Wing, One BKC, Bandra Kurla

Complex, Bandra East, Mumbai 400051, India; Unit No. 1406, 14th Floor, C Wing, One BKC, Plot No. C66, G Block, Bandra Kurla Complex, Bandra East, Mumbai 400051, India; Website https://www.tibalaji.com/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Aug 2018; Tax ID No. AAGCT8857R (India); Trade License No. U24299MH2018PTC312643 (India); Company Number 335800EW87JAPGXYYV59 (India); Business Registration Number 312643 (India) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

TIBALAJI PETROCHEM PVT. LTD. (f.k.a. TIBA PETROCHEM PRIVATE LIMITED; a.k.a. TIBALAJI PETROCHEM PRIVATE LIMITED), Unit No. 1518, C - Wing, One BKC, Bandra Kurla Complex, Bandra East, Mumbai 400051, India; Unit No. 1406, 14th Floor, C Wing, One BKC, Plot No. C66, G Block, Bandra Kurla Complex, Bandra East, Mumbai 400051, India; Website https://www.tibalaji.com/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Aug 2018; Tax ID No. AAGCT8857R (India); Trade License No. U24299MH2018PTC312643 (India); Company Number 335800EW87JAPGXYYV59 (India); Business Registration Number 312643 (India) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

TICHYOS, Vinai (a.k.a. PHITCHAIYOT, Winai; a.k.a. PHITCHAYOT, Winai; a.k.a. PICHAYOS, Vinai; a.k.a. PICHAYOS, Winai; a.k.a. PICHAYOT, Vinai; a.k.a. PITCHAYOS, Vinai; a.k.a. THICHAIYOT, Winai), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o GREEN CAR RENT LIMITED PARTNERSHIP, Bangkok, Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; DOB 01 Dec 1957; Passport K203350 (Thailand) (individual) [SDNTK].

TIDE WATER COMPANY (a.k.a. FARAZ ROYAL QESHM LLC; a.k.a. TIDE WATER MIDDLE EAST MARINE SERVICE; a.k.a. TIDEWATER CO. (MIDDLE EAST MARINE SERVICES); a.k.a. TIDEWATER MIDDLE EAST CO.), No. 80, Tidewater Building, Vozara Street, Next to Saie Park, Tehran, Iran; Website www.tidewaterco.com; Email Address info@tidewaterco.com; alt. Email Address info@tidewaterco.ir; IFCA Determination - Port Operator; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Document # 18745 (Iran); Telephone: 982188553321; Alt. Telephone: 982188554432; Fax: 982188717367; Alt. Fax: 982188708761; Alt. Fax: 982188708911 [SDGT] [NPWMD] [IRGC] [IFSR] [IFCA].

TIDE WATER MIDDLE EAST MARINE SERVICE (a.k.a. FARAZ ROYAL QESHM LLC; a.k.a. TIDE WATER COMPANY; a.k.a. TIDEWATER CO. (MIDDLE EAST MARINE SERVICES); a.k.a. TIDEWATER MIDDLE EAST CO.), No. 80, Tidewater Building, Vozara Street, Next to Saie Park, Tehran, Iran; Website www.tidewaterco.com; Email Address info@tidewaterco.com; alt. Email Address info@tidewaterco.ir; IFCA Determination - Port Operator; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Document # 18745 (Iran); Telephone: 982188553321; Alt. Telephone: 982188554432; Fax: 982188717367; Alt. Fax: 982188708761; Alt. Fax: 982188708911 [SDGT] [NPWMD] [IRGC] [IFSR] [IFCA].

TIDEWATER CO. (MIDDLE EAST MARINE SERVICES) (a.k.a. FARAZ ROYAL QESHM LLC; a.k.a. TIDE WATER COMPANY; a.k.a. TIDE WATER MIDDLE EAST MARINE SERVICE; a.k.a. TIDEWATER MIDDLE EAST CO.), No. 80, Tidewater Building, Vozara Street, Next to Saie Park, Tehran, Iran; Website www.tidewaterco.com; Email Address info@tidewaterco.com; alt. Email Address info@tidewaterco.ir; IFCA Determination - Port Operator; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Document # 18745 (Iran); Telephone: 982188553321; Alt. Telephone: 982188554432; Fax: 982188717367; Alt. Fax: 982188708761; Alt. Fax: 982188708911 [SDGT] [NPWMD] [IRGC] [IFSR] [IFCA].

TIDEWATER MIDDLE EAST CO. (a.k.a. FARAZ ROYAL QESHM LLC; a.k.a. TIDE WATER COMPANY; a.k.a. TIDE WATER MIDDLE EAST MARINE SERVICE; a.k.a. TIDEWATER CO. (MIDDLE EAST MARINE SERVICES)), No. 80, Tidewater Building, Vozara Street, Next to Saie Park, Tehran, Iran; Website www.tidewaterco.com; Email Address info@tidewaterco.com; alt. Email Address info@tidewaterco.ir; IFCA Determination - Port Operator; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Document # 18745 (Iran); Telephone: 982188553321; Alt. Telephone: 982188554432; Fax: 982188717367; Alt. Fax: 982188708761; Alt. Fax: 982188708911 [SDGT] [NPWMD] [IRGC] [IFSR] [IFCA].

TIEN, Ho Chun (a.k.a. HAW, Aik; a.k.a. HEIN, Aung; a.k.a. HO, Chun Ting; a.k.a. HO, Chung Ting; a.k.a. HO, Hsiao; a.k.a. HOE, Aik; a.k.a. TE, Ho Chun; a.k.a. WIN, Aung; a.k.a. "AIK HAW"; a.k.a. "HO CHUN TING"; a.k.a. "HO, Aik"; a.k.a. "HSIO HO"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7 Oo Yim Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma); National ID No. 029430 (Burma); alt. National ID No. 176089 (Burma); alt. National ID No. 272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

TIEPOLO, Gianluca, Aviano, Italy; DOB 22 May 1975; nationality Italy; Gender Male; Passport YA6011337 (Italy); Tax ID No. TPLGLC75E22G888F (Italy) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: WEDDING, Ryan James).

TIGHTSHIP SHIPPING MANAGEMENT (a.k.a. TIGHTSHIP SHIPPING MANAGEMENT (OPC) PRIVATE LIMITED), 103-N, Shelton Sapphire, Sector 15, Plot No. 18-19, CBD Belapur, Navi Mumbai, Maharashtra 400614, India; Organization Established Date 12 May 2022; Identification Number IMO 6344264; Registration Number 382587 (India) [IRAN-EO13902].

TIGHTSHIP SHIPPING MANAGEMENT (OPC) PRIVATE LIMITED (a.k.a. TIGHTSHIP SHIPPING MANAGEMENT), 103-N, Shelton Sapphire, Sector 15, Plot No. 18-19, CBD Belapur, Navi Mumbai, Maharashtra 400614, India; Organization Established Date 12 May 2022; Identification Number IMO 6344264; Registration Number 382587 (India) [IRAN-EO13902].

TIGRIS TRADING, INC., 2 Stratford Place, London W1N 9AE, United Kingdom; 5903 Harper Road, Solon [IRAQ2].

TIJUANA CARTEL (a.k.a. AFO; a.k.a. ARELLANO FELIX ORGANIZATION), Mexico [SDNTK].

TIKHONOV, Andrei Gennadyevich (a.k.a. TIKHONOV, Andrey (Cyrillic: ТИХОНОВ, Андрей)), Moscow, Russia; DOB 09 Nov 1966; POB Tver, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530193947 (Russia); National ID No. 4511483349 (Russia); Tax ID No. 774334095919 (Russia) (individual) [RUSSIA-EO14024].

TIKHONOV, Andrey (Cyrillic: ТИХОНОВ, Андрей) (a.k.a. TIKHONOV, Andrei Gennadyevich), Moscow, Russia; DOB 09 Nov 1966; POB Tver, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530193947 (Russia); National ID No. 4511483349 (Russia); Tax ID No. 774334095919 (Russia) (individual) [RUSSIA-EO14024].

TIKHONOVA, Katerina (Cyrillic: ТИХОНОВА, Катерина) (a.k.a. PUTINA, Yekaterina (Cyrillic: ПУТИНА, Екатерина); f.k.a. SHAMALOVA, Ekaterina Vladimirovna; a.k.a. TIKHONOVA, Katerina Vladimirovna (Cyrillic: ТИХОНОВА, Катерина Владимировна)), Moscow, Russia; DOB 31 Aug 1986; POB Dresden, Germany; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 503227394158 (Russia) (individual) [RUSSIA-EO14024].

TIKHONOVA, Katerina Vladimirovna (Cyrillic: ТИХОНОВА, Катерина Владимировна) (a.k.a. PUTINA, Yekaterina (Cyrillic: ПУТИНА, Екатерина); f.k.a. SHAMALOVA, Ekaterina Vladimirovna; a.k.a. TIKHONOVA, Katerina (Cyrillic: ТИХОНОВА, Катерина)), Moscow, Russia; DOB 31 Aug 1986; POB Dresden, Germany; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 503227394158 (Russia) (individual) [RUSSIA-EO14024].

TIKO TIKO LTD. (a.k.a. PETRO PLUS LIMITED; a.k.a. PETROPLUS LTD), Office 5B, Level 8, Portomaso Business Tower, Portomaso Avenue, St. Julians STJ 4011, Malta; D-U-N-S Number 52-024-2307; V.A.T. Number MT20084637 (Malta); Tax ID No. 20084637 (Malta); Trade License No. C 50905 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

TILEMSI, Ahmed (a.k.a. AMEUR, Abderrahmane Ouid; a.k.a. EL AMAR, Abderrahmane Ould; a.k.a. EL TILEMSI, Ahmed; a.k.a. TELEMSI, Ahmed; a.k.a. TOUDJI, Abderrahmane), Gao, Mali; DOB 1977; POB Mali; nationality Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TILFAH, Sajida Khayrallah; DOB 1937; POB Al-Awja, near Tikrit, Iraq; nationality Iraq; wife of Saddam Hussein al-Tikriti (individual) [IRAQ2].

TILOS MARITIME AND TRADING S.A., Panama; Organization Established Date 09 Jun 2022; Identification Number IMO 6452140; Folio Mercantil No. 155723645 (Panama) [IRAN-EO13902].

TIMBER CORPORATION (a.k.a. MYANMA TIMBER ENTERPRISE; a.k.a. MYANMAR TIMBER ENTERPRISE; f.k.a. STATE TIMBER BOARD), Gyogone Forest Compound, Bayint Naung Road, Insein Township, Rangoon, Burma; No. (72/74) Shawe Dagon Pagoda Road, Dagon Township, Rangoon, Burma; P.O. Box 206, Ahlone Street, Ahlone Township, Rangoon, Burma; Target Type State-Owned Enterprise [BURMA-EO14014].

TIMCHENKO, Elena Petrovna (Cyrillic: ТИМЧЕНКО, Елена Петровна) (a.k.a. TIMCHENKO, Yelena Petrovna; a.k.a. TIMTCHENKO, Elena), Russia; 10 Rampe de Cologny, Geneva 1223, Switzerland; DOB 21 Dec 1955; POB Russia; nationality Russia; alt. nationality Finland; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024]

(Linked To: TIMCHENKO, Gennady Nikolayevich).

TIMCHENKO, Gennadiy Nikolaevich (a.k.a. TIMCHENKO, Gennadiy Nikolayevich; a.k.a. TIMCHENKO, Gennady Nikolayevich (Cyrillic: ТИМЧЕНКО, Геннадий Николаевич); a.k.a. TIMTCHENKO, Guennadi), 10 Rampe de Cologny, Geneva 1223, Switzerland; Shvedskiy tup. 3, 26, Moscow, Russia; DOB 09 Nov 1952; POB Leninakan, Armenia; alt. POB Gyumri, Armenia; nationality Finland; alt. nationality Russia; alt. nationality Armenia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781012626436 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: OOO VOLGA GROUP).

TIMCHENKO, Gennadiy Nikolayevich (a.k.a. TIMCHENKO, Gennadiy Nikolaevich; a.k.a. TIMCHENKO, Gennady Nikolayevich (Cyrillic: ТИМЧЕНКО, Геннадий Николаевич); a.k.a. TIMTCHENKO, Guennadi), 10 Rampe de Cologny, Geneva 1223, Switzerland; Shvedskiy tup. 3, 26, Moscow, Russia; DOB 09 Nov 1952; POB Leninakan, Armenia; alt. POB Gyumri, Armenia; nationality Finland; alt. nationality Russia; alt. nationality Armenia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781012626436 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: OOO VOLGA GROUP).

TIMCHENKO, Gennady Nikolayevich (Cyrillic: ТИМЧЕНКО, Геннадий Николаевич) (a.k.a. TIMCHENKO, Gennadiy Nikolaevich; a.k.a. TIMCHENKO, Gennadiy Nikolayevich; a.k.a. TIMTCHENKO, Guennadi), 10 Rampe de Cologny, Geneva 1223, Switzerland; Shvedskiy tup. 3, 26, Moscow, Russia; DOB 09 Nov 1952; POB Leninakan, Armenia; alt. POB Gyumri, Armenia; nationality Finland; alt. nationality Russia; alt. nationality Armenia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781012626436 (Russia) (individual) [UKRAINE-EO13661]

[RUSSIA-EO14024] (Linked To: OOO VOLGA GROUP).

TIMCHENKO, Kseniya (a.k.a. FRANK, Ksenia Gennadevna (Cyrillic: ФРАНК, Ксения Геннадьевна); a.k.a. FRANK, Kseniya Gennadevna; a.k.a. FRANK, Xeniia; f.k.a. TIMCHENKO, Xenia; f.k.a. TIMTCHENKO, Ksenia), Russia; 1 Square Tower Road, Cologny, Switzerland; DOB 25 Sep 1985; POB St. Petersburg, Russia; nationality Russia; alt. nationality Finland; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: OOO TRANSOIL).

TIMCHENKO, Natalya (a.k.a. BROWNING, Natalia; a.k.a. BROWNING, Natalya), Russia; South Kensington, United Kingdom; 27 Barkston Gardens, London SW5 0ER, United Kingdom; DOB 11 Nov 1978; POB St. Petersburg, Russia; nationality Russia; alt. nationality United Kingdom; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: TIMCHENKO, Gennady Nikolayevich).

TIMCHENKO, Vyacheslav Stepanovich (Cyrillic: ТИМЧЕНКО, Вячеслав Степанович), Russia; DOB 20 Nov 1950; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TIMCHENKO, Xenia (a.k.a. FRANK, Ksenia Gennadevna (Cyrillic: ФРАНК, Ксения Геннадьевна); a.k.a. FRANK, Kseniya Gennadevna; a.k.a. FRANK, Xeniia; f.k.a. TIMCHENKO, Kseniya; f.k.a. TIMTCHENKO, Ksenia), Russia; 1 Square Tower Road, Cologny, Switzerland; DOB 25 Sep 1985; POB St. Petersburg, Russia; nationality Russia; alt. nationality Finland; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: OOO TRANSOIL).

TIMCHENKO, Yelena Petrovna (a.k.a. TIMCHENKO, Elena Petrovna (Cyrillic: ТИМЧЕНКО, Елена Петровна); a.k.a. TIMTCHENKO, Elena), Russia; 10 Rampe de Cologny, Geneva 1223, Switzerland; DOB 21 Dec 1955; POB Russia; nationality Russia; alt. nationality Finland; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024]

(Linked To: TIMCHENKO, Gennady Nikolayevich).

TIME ART INTERNATIONAL LIMITED (Chinese Traditional: 時亞國際有限公司), Workshop 7(a), 12/f, Wah Lai Industrial Centre, Nos. 10-14 Kweitei Street, Shatin, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Company Number 1411127 (Hong Kong) [RUSSIA-EO14024].

TIMER BANK CO., LTD (a.k.a. AKTSIONERNOE OBSHCHESTVO TIMER BANK; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TIMER BANK (Cyrillic: ТИМЕР БАНК ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. TIMER BANK JOINT-STOCK COMPANY; a.k.a. TIMER BANK PAO (Cyrillic: ТИМЕР БАНК ПАО); a.k.a. TIMER BANK, AO), d. 23 str, 2, ul. Bakhrushina, Moscow 115054, Russia; 58, prospekt Ibragimova, Kazan, Tatarstan 420066, Russia; Bldg. 2, St. Bakhrushina, 23, Moscow 115054, Russia; SWIFT/BIC TIMERU2K; Website timerbank.ru; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 03 Oct 1991; Target Type Financial Institution; Tax ID No. 1653016689 (Russia); Government Gazette Number 09265705 (Russia); Legal Entity Number 2534006KGFLPAAXC1X76; Registration Number 1021600000146 (Russia) [DPRK3] [RUSSIA-EO14024] (Linked To: RUSSIAN FINANCIAL CORPORATION).

TIMER BANK JOINT-STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO TIMER BANK; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TIMER BANK (Cyrillic: ТИМЕР БАНК ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. TIMER BANK CO., LTD; a.k.a. TIMER BANK PAO (Cyrillic: ТИМЕР БАНК ПАО); a.k.a. TIMER BANK, AO), d. 23 str, 2, ul. Bakhrushina, Moscow 115054, Russia; 58, prospekt Ibragimova, Kazan, Tatarstan 420066, Russia; Bldg. 2, St. Bakhrushina, 23, Moscow 115054, Russia; SWIFT/BIC TIMERU2K; Website timerbank.ru; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or

Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 03 Oct 1991; Target Type Financial Institution; Tax ID No. 1653016689 (Russia); Government Gazette Number 09265705 (Russia); Legal Entity Number 2534006KGFLPAAXC1X76; Registration Number 1021600000146 (Russia) [DPRK3] [RUSSIA-EO14024] (Linked To: RUSSIAN FINANCIAL CORPORATION).

TIMER BANK PAO (Cyrillic: ТИМЕР БАНК ПАО) (a.k.a. AKTSIONERNOE OBSHCHESTVO TIMER BANK; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TIMER BANK (Cyrillic: ТИМЕР БАНК ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. TIMER BANK CO., LTD; a.k.a. TIMER BANK JOINT-STOCK COMPANY; a.k.a. TIMER BANK, AO), d. 23 str, 2, ul. Bakhrushina, Moscow 115054, Russia; 58, prospekt Ibragimova, Kazan, Tatarstan 420066, Russia; Bldg. 2, St. Bakhrushina, 23, Moscow 115054, Russia; SWIFT/BIC TIMERU2K; Website timerbank.ru; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 03 Oct 1991; Target Type Financial Institution; Tax ID No. 1653016689 (Russia); Government Gazette Number 09265705 (Russia); Legal Entity Number 2534006KGFLPAAXC1X76; Registration Number 1021600000146 (Russia) [DPRK3] [RUSSIA-EO14024] (Linked To: RUSSIAN FINANCIAL CORPORATION).

TIMER BANK, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO TIMER BANK; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TIMER BANK (Cyrillic: ТИМЕР БАНК ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. TIMER BANK CO., LTD; a.k.a. TIMER BANK JOINT-STOCK COMPANY; a.k.a. TIMER BANK PAO (Cyrillic: ТИМЕР БАНК ПАО)), d. 23 str, 2, ul. Bakhrushina, Moscow 115054, Russia; 58, prospekt Ibragimova, Kazan, Tatarstan 420066, Russia; Bldg. 2, St. Bakhrushina, 23, Moscow 115054, Russia; SWIFT/BIC TIMERU2K; Website timerbank.ru; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 03 Oct 1991; Target Type Financial Institution; Tax ID No. 1653016689 (Russia); Government Gazette Number 09265705 (Russia); Legal Entity Number 2534006KGFLPAAXC1X76; Registration Number 1021600000146 (Russia) [DPRK3] [RUSSIA-EO14024] (Linked To: RUSSIAN FINANCIAL CORPORATION).

TIMKOM, Prkt Zlenyi D. 2, Pomeshch. VI Komnata 5, Moscow 111141, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720361170 (Russia); Registration Number 5167746369060 (Russia) [RUSSIA-EO14024].

TIMOFEEV, Aleksandr Yurievich (a.k.a. TIMOFEYEV, Aleksandr Yuryevich; a.k.a. TYMOFEEV, Oleksandr Yuriyovich), 134 Ulitsa Petrovskogo, Apt. 98, Donetsk, Ukraine; DOB 15 May 1971; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

TIMOFEYEV, Aleksandr Yuryevich (a.k.a. TIMOFEEV, Aleksandr Yurievich; a.k.a. TYMOFEEV, Oleksandr Yuriyovich), 134 Ulitsa Petrovskogo, Apt. 98, Donetsk, Ukraine; DOB 15 May 1971; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

TIMOFEYEVA, Olga Victorovna (Cyrillic: ТИМОФЕЕВА, Ольга Викторовна), Russia; DOB 19 Aug 1977; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TIMOSHENKOVA, Darya Dmitriyevna (a.k.a. ASLANOVA, Darya Dmitriyevna (Cyrillic: АСЛАНОВА, Дарья Дмитриевна)), Saint Petersburg, Russia; DOB 08 Sep 1985; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 44N2592883 (Russia) (individual) [CYBER2] [ELECTION-EO13848].

TIMOSHIN, Andrei Vladimirovich (a.k.a. TIMOSHIN, Andrey Vladimirovich), Russia; DOB 03 Dec 1978; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number 771574784272 (Russia) (individual) [RUSSIA-EO14024].

TIMOSHIN, Andrey Vladimirovich (a.k.a. TIMOSHIN, Andrei Vladimirovich), Russia; DOB 03 Dec 1978; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Identification Number 771574784272 (Russia) (individual) [RUSSIA-EO14024].

TIMTCHENKO, Elena (a.k.a. TIMCHENKO, Elena Petrovna (Cyrillic: ТИМЧЕНКО, Елена Петровна); a.k.a. TIMCHENKO, Yelena Petrovna), Russia; 10 Rampe de Cologny, Geneva 1223, Switzerland; DOB 21 Dec 1955; POB Russia; nationality Russia; alt. nationality Finland; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: TIMCHENKO, Gennady Nikolayevich).

TIMTCHENKO, Guennadi (a.k.a. TIMCHENKO, Gennadiy Nikolaevich; a.k.a. TIMCHENKO, Gennadiy Nikolayevich; a.k.a. TIMCHENKO, Gennady Nikolayevich (Cyrillic: ТИМЧЕНКО, Геннадий Николаевич)), 10 Rampe de Cologny, Geneva 1223, Switzerland; Shvedskiy tup. 3, 26, Moscow, Russia; DOB 09 Nov 1952; POB Leninakan, Armenia; alt. POB Gyumri, Armenia; nationality Finland; alt. nationality Russia; alt. nationality Armenia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781012626436 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: OOO VOLGA GROUP).

TIMTCHENKO, Ksenia (a.k.a. FRANK, Ksenia Gennadevna (Cyrillic: ФРАНК, Ксения Геннадьевна); a.k.a. FRANK, Kseniya Gennadevna; a.k.a. FRANK, Xeniia; f.k.a. TIMCHENKO, Kseniya; f.k.a. TIMCHENKO, Xenia), Russia; 1 Square Tower Road, Cologny, Switzerland; DOB 25 Sep 1985; POB St. Petersburg, Russia; nationality Russia; alt. nationality Finland; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: OOO TRANSOIL).

TINDAYA PROPERTIES HOLDING USA CORP., 675 Third Avenue, 29th Floor, New York, NY 10017, United States [VENEZUELA-EO13850]

(Linked To: PERDOMO ROSALES, Gustavo Adolfo).

TINDAYA PROPERTIES OF NEW YORK CORP., 155 SW 25th Road, Miami, FL 33129, United States; 330 East 57th Street, Unit 12, New York, NY 10022, United States [VENEZUELA-EO13850] (Linked To: PERDOMO ROSALES, Gustavo Adolfo).

TINDAYA PROPERTIES OF NEW YORK II CORP., 675 Third Avenue, 29th Floor, New York, NY 10017, United States [VENEZUELA-EO13850] (Linked To: PERDOMO ROSALES, Gustavo Adolfo).

TING SHING TAI JEWELLERY (HK)  CO. LIMITED (a.k.a. PO YING JEWELLERY (HK) CO. LIMITED), Room 3605 36/F Wu Chung House, 213 Queens Road East, Wan Chai, Hong Kong; Business Registration Document # 32369313 (Hong Kong); Certificate of Incorporation Number 784702 (Hong Kong) [SDNTK].

TINKOFF CREDIT SYSTEMS BANK CLOSED JOINT STOCK COMPANY (a.k.a. JSC TINKOFF BANK; a.k.a. KHIMMASHBANK; a.k.a. T-BANK), Ul. 2nd Khutorskaya, 38A, building 26, Moscow 127287, Russia; SWIFT/BIC TICSRUMM; Website www.tinkoff.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Tax ID No. 7710140679 (Russia); Identification Number TQWL8F.99999.SL.643 (Russia); Legal Entity Number 2534000KL0PLD6KG7T76; Registration Number 1027739642281 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

TIORINE, Vladimir (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a.

"TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TIOSEAL ISI VE IZOLASYON MALZEMELERI SANAYI TICARET LIMITED SIRKETI, No:9-1 Tasoluk Mahallesi Degirmen Arkasi Caddesi, Arnavutkoy, Istanbul 34283, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 108449 (Turkey) [RUSSIA-EO14024].

TIOURINE, Vladimir (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TIPOGRAFIYA IRKUT (a.k.a. TIPOGRAFIYA IRKUT OOO), ul Novatorov d 3, Irkutsk 664020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3810035293 (Russia); Registration Number 1043801429099 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKOVLEV).

TIPOGRAFIYA IRKUT OOO (a.k.a. TIPOGRAFIYA IRKUT), ul Novatorov d 3, Irkutsk 664020, Russia; Secondary sanctions

risk: See Section 11 of Executive Order 14024.; Tax ID No. 3810035293 (Russia); Registration Number 1043801429099 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKOVLEV).

TIRADO ANDRADE, Jesus, Mexico; DOB 01 Dec 1996; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. TIAJ961201HSLRNS08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

TIRANDAZ, Payam (Arabic: پیام تیرانداز), Iran; DOB Mar 1980 to Mar 1981; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3255338395 (Iran) (individual) [IRAN-HR] (Linked To: FARS NEWS AGENCY).

TISA KISH, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

TIT ULUSLARARASI NAKLIYAT DERI TEKSTIL GIDA SANAYI VE TICARET LIMITED SIRKETI, No. 12 Ataturk Mah. Sulun Cad., Istanbul 34750, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Jan 2005; Chamber of Commerce Number 490835 (Turkey); Registration Number 543253 (Turkey) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

TITAN DESIGN BUREAU (a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER TITAN BARRIKADY JSC; a.k.a. JOINT STOCK COMPANY FEDERAL SCIENTIFIC AND PRODUCTION CENTER TITAN BARRIKADY (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО-ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ТИТАН-БАРРИКАДЫ); a.k.a. JSC FNPTS TITAN-BARRIKADY; a.k.a. TITAN-BARRIKADY ENTERPRISE; a.k.a. TITAN-BARRIKADY FEDERAL RESEARCH AND DEVELOPMENT CENTRE; a.k.a. TITAN-BARRIKADY FNPTS AO; a.k.a. TITAN-BARRIKADY FNPTS AO FEDERAL RESEARCH AND PRODUCTION CENTER STOCK COMPANY; a.k.a. "TITAN-BARRIKADY"), Prospekt Imeni V.I. Lenina B/N, Volgograd 400071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3442110950 (Russia) [RUSSIA-EO14024].

TITAN SEAWAYS LTD, 80 Broad Street, Monrovia, Liberia; Organization Established

Date 2024; Identification Number IMO 6506264 [IRAN-EO13902].

TITAN-BARRIKADY ENTERPRISE (a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER TITAN BARRIKADY JSC; a.k.a. JOINT STOCK COMPANY FEDERAL SCIENTIFIC AND PRODUCTION CENTER TITAN BARRIKADY (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО-ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ТИТАН-БАРРИКАДЫ); a.k.a. JSC FNPTS TITAN-BARRIKADY; a.k.a. TITAN DESIGN BUREAU; a.k.a. TITAN-BARRIKADY FEDERAL RESEARCH AND DEVELOPMENT CENTRE; a.k.a. TITAN-BARRIKADY FNPTS AO; a.k.a. TITAN-BARRIKADY FNPTS AO FEDERAL RESEARCH AND PRODUCTION CENTER STOCK COMPANY; a.k.a. "TITAN-BARRIKADY"), Prospekt Imeni V.I. Lenina B/N, Volgograd 400071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3442110950 (Russia) [RUSSIA-EO14024].

TITAN-BARRIKADY FEDERAL RESEARCH AND DEVELOPMENT CENTRE (a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER TITAN BARRIKADY JSC; a.k.a. JOINT STOCK COMPANY FEDERAL SCIENTIFIC AND PRODUCTION CENTER TITAN BARRIKADY (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО-ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ТИТАН-БАРРИКАДЫ); a.k.a. JSC FNPTS TITAN-BARRIKADY; a.k.a. TITAN DESIGN BUREAU; a.k.a. TITAN-BARRIKADY ENTERPRISE; a.k.a. TITAN-BARRIKADY FNPTS AO; a.k.a. TITAN-BARRIKADY FNPTS AO FEDERAL RESEARCH AND PRODUCTION CENTER STOCK COMPANY; a.k.a. "TITAN-BARRIKADY"), Prospekt Imeni V.I. Lenina B/N, Volgograd 400071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3442110950 (Russia) [RUSSIA-EO14024].

TITAN-BARRIKADY FNPTS AO (a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER TITAN BARRIKADY JSC; a.k.a. JOINT STOCK COMPANY FEDERAL SCIENTIFIC AND PRODUCTION CENTER TITAN BARRIKADY (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО-ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ТИТАН-БАРРИКАДЫ); a.k.a. JSC FNPTS TITAN-BARRIKADY; a.k.a. TITAN DESIGN BUREAU; a.k.a. TITAN-BARRIKADY ENTERPRISE;

a.k.a. TITAN-BARRIKADY FEDERAL RESEARCH AND DEVELOPMENT CENTRE; a.k.a. TITAN-BARRIKADY FNPTS AO FEDERAL RESEARCH AND PRODUCTION CENTER STOCK COMPANY; a.k.a. "TITAN-BARRIKADY"), Prospekt Imeni V.I. Lenina B/N, Volgograd 400071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3442110950 (Russia) [RUSSIA-EO14024].

TITAN-BARRIKADY FNPTS AO FEDERAL RESEARCH AND PRODUCTION CENTER STOCK COMPANY (a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER TITAN BARRIKADY JSC; a.k.a. JOINT STOCK COMPANY FEDERAL SCIENTIFIC AND PRODUCTION CENTER TITAN BARRIKADY (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО-ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ТИТАН-БАРРИКАДЫ); a.k.a. JSC FNPTS TITAN-BARRIKADY; a.k.a. TITAN DESIGN BUREAU; a.k.a. TITAN-BARRIKADY ENTERPRISE; a.k.a. TITAN-BARRIKADY FEDERAL RESEARCH AND DEVELOPMENT CENTRE; a.k.a. TITAN-BARRIKADY FNPTS AO; a.k.a. "TITAN-BARRIKADY"), Prospekt Imeni V.I. Lenina B/N, Volgograd 400071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3442110950 (Russia) [RUSSIA-EO14024].

TITAN-MIKRO (a.k.a. OOO TITAN-MICRO), ul. Svobody d. 103, str. 8, floor 2, kom. 4, Moscow 125481, Russia; 11th Floor, 65 Profsoyuznaya Street, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6230119259 (Russia); Registration Number 1216200001533 (Russia) [RUSSIA-EO14024].

TITOVA, Elena Vladimirovna (a.k.a. TSITOVA, Alena Uladzimirauna), Apt 62 St. Bogatyreva 131, Rogachev City, Gomel Region, Belarus; DOB 10 Nov 1976; POB Village Lubonichi, Kirovsky, Mogilev Region, Belarus; nationality Belarus; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4101176M005PB3 (Belarus) (individual) [RUSSIA-EO14024].

TITSKIY, Anton Robertovich (Cyrillic: ТИЦЬКИЙ, Антон Робертович; Cyrillic: ТИЦКИЙ, Антон Робертович), Zaporizhzhia region, Ukraine; DOB 12 Feb 1990; POB Sevastopol, Ukraine; alt. POB Volgograd, Russia; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID

No. 920457712830 (Russia) (individual) [RUSSIA-EO14024].

TIUBODA OIL AND GAS SERVICES (a.k.a. TIUBODA OIL AND GAS SERVICES LLC; a.k.a. TIUBODA OIL SERVICES LIMITED), Al Nasr Street, Tarabulus, Tripoli 82874, Libya; Tax ID No. 18571; Trade License No. 41992 (Libya); License 4541992 [LIBYA3].

TIUBODA OIL AND GAS SERVICES LLC (a.k.a. TIUBODA OIL AND GAS SERVICES; a.k.a. TIUBODA OIL SERVICES LIMITED), Al Nasr Street, Tarabulus, Tripoli 82874, Libya; Tax ID No. 18571; Trade License No. 41992 (Libya); License 4541992 [LIBYA3].

TIUBODA OIL SERVICES LIMITED (a.k.a. TIUBODA OIL AND GAS SERVICES; a.k.a. TIUBODA OIL AND GAS SERVICES LLC), Al Nasr Street, Tarabulus, Tripoli 82874, Libya; Tax ID No. 18571; Trade License No. 41992 (Libya); License 4541992 [LIBYA3].

TIURIN, Vladimir (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TIURINE, Vladimir (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TJRURIN,

Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TIVA DARYA, Number 3, 12 Narenjestan Street, Pasdaran Avenue, Tehran, Iran; Bushehr, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

TIVA GROUP (a.k.a. TIVA GROUP INDUSTRIES; a.k.a. TIVA SANAT GROUP; a.k.a. TIVA SANAT SHIPBUILDING COMPANY), Alley 10 and 3/10, No. 10, Behrestan Street, Sajad Boulevard, Mashhad, Iran; Number 4, 11th Narenjestan, Pasdaran Avenue, Tehran, Iran; Number 3, 12th Narenjestan, Pasdaran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 878 [NPWMD] [IFSR].

TIVA GROUP INDUSTRIES (a.k.a. TIVA GROUP; a.k.a. TIVA SANAT GROUP; a.k.a. TIVA SANAT SHIPBUILDING COMPANY), Alley 10 and 3/10, No. 10, Behrestan Street, Sajad Boulevard, Mashhad, Iran; Number 4, 11th Narenjestan, Pasdaran Avenue, Tehran, Iran; Number 3, 12th Narenjestan, Pasdaran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 878 [NPWMD] [IFSR].

TIVA KARA CO. LTD. (a.k.a. TIVA KARA GROUP), 3rd Floor, Block No. 3, North Pasdaran Street, 12th Narenjestan Alley, Before Aghdasie T-Junction Aqdaseya Saraya, Tehran, Iran; Number 3, 12th Narenjestan Alley, Pasdaran Avenue, Tehran, Iran; Miyaneh, Iran; Bushehr, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

TIVA KARA GROUP (a.k.a. TIVA KARA CO. LTD.), 3rd Floor, Block No. 3, North Pasdaran

Street, 12th Narenjestan Alley, Before Aghdasie T-Junction Aqdaseya Saraya, Tehran, Iran; Number 3, 12th Narenjestan Alley, Pasdaran Avenue, Tehran, Iran; Miyaneh, Iran; Bushehr, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

TIVA POLYMER CO., Number 3, 12th Narenjestan Street, Pasdaran Avenue, Tehran, Iran; Miyaneh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

TIVA SANAT GROUP (a.k.a. TIVA GROUP; a.k.a. TIVA GROUP INDUSTRIES; a.k.a. TIVA SANAT SHIPBUILDING COMPANY), Alley 10 and 3/10, No. 10, Behrestan Street, Sajad Boulevard, Mashhad, Iran; Number 4, 11th Narenjestan, Pasdaran Avenue, Tehran, Iran; Number 3, 12th Narenjestan, Pasdaran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 878 [NPWMD] [IFSR].

TIVA SANAT SHIPBUILDING COMPANY (a.k.a. TIVA GROUP; a.k.a. TIVA GROUP INDUSTRIES; a.k.a. TIVA SANAT GROUP), Alley 10 and 3/10, No. 10, Behrestan Street, Sajad Boulevard, Mashhad, Iran; Number 4, 11th Narenjestan, Pasdaran Avenue, Tehran, Iran; Number 3, 12th Narenjestan, Pasdaran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 878 [NPWMD] [IFSR].

TJRURIN, Vladimir (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055

(Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TJURIN, Wladimir (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TK LOGIMEKS (a.k.a. "LOGIMEX"), Ul. Svobody D. 99, K. 1, Pomeshch. XIII, Floor 2, Kom. 2, Office M-02, Moscow 125481, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733370809 (Russia); Registration Number 1217700318131 (Russia) [RUSSIA-EO14024].

TK NORD PROJECT (a.k.a. LLC TC NORD PROJECT; a.k.a. NORD PROJECT LLC TRANSPORT COMPANY; a.k.a. TC NORD PROJECT; a.k.a. "LLC NORD PROJECT"; a.k.a. "NORD PROJECT"), Office 410, 47 Uritskogo St, Arkhangelsk 163060, Russia; Office 335H, Liter A, Prospekt Leninskiy 153, St. Petersburg 196247, Russia; Office 308, House 71 Korpus 1, Naberezhnaya Severnoy Dviny, Arkhangelsk 163069, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2901201732 (Russia); Identification Number IMO 5825809 [RUSSIA-EO14024].

TKACH, Oleg Polikarpovich (Cyrillic: ТКАЧ, Олег Поликарпович), Russia; DOB 23 Sep 1967; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TKACHEV, Aleksandr Gennadievich (Cyrillic: ТКАЧЕВ, Александр Геннадьевич) (a.k.a. TKACHOU, Alyaksandr Henadzievich (Cyrillic: ТКАЧОЎ, Аляксандр Генадзьевіч)), Gomel Oblast, Belarus; DOB 1977; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

TKACHEV, Alexey Nikolaevich (Cyrillic: ТКАЧЕВ, Алексей Николаевич), Russia; DOB 01 Mar 1957; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TKACHOU, Alyaksandr Henadzievich (Cyrillic: ТКАЧОЎ, Аляксандр Генадзьевіч) (a.k.a. TKACHEV, Aleksandr Gennadievich (Cyrillic: ТКАЧЕВ, Александр Геннадьевич)), Gomel Oblast, Belarus; DOB 1977; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

TKACHUK, Anatoli Nikolaevich (a.k.a. TKACHUK, Anatoliy Nikolaevich (Cyrillic: ТКАЧУК, Анатолий Николаевич)), Russia; DOB 08 Oct 1950; POB Vladivostok, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773117597363 (Russia) (individual) [RUSSIA-EO14024].

TKACHUK, Anatoliy Nikolaevich (Cyrillic: ТКАЧУК, Анатолий Николаевич) (a.k.a. TKACHUK, Anatoli Nikolaevich), Russia; DOB 08 Oct 1950; POB Vladivostok, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773117597363 (Russia) (individual) [RUSSIA-EO14024].

TKACHYOV, Anton Olegovich (Cyrillic: ТКАЧЁВ, Антон Олегович), Russia; DOB 31 Mar 1994; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TKB BANK PJSC (Cyrillic: ТКБ БАНК ПАО) (a.k.a. JOINT STOCK BANK TRANSCAPITALBANK; a.k.a. JOINT STOCK COMMERCIAL BANK TRANSCAPITALBANK CLOSED JOINT STOCK COMPANY; f.k.a. OPEN JOINT STOCK BANK TRANSCAPITALBANK; a.k.a. PJSC TRANSKAPITALBANK; a.k.a. PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ

ОБЩЕСТВО ТРАНСКАПИТАЛБАНК); a.k.a. TRANSCAPITALBANK PJSC; a.k.a. TRANSKAPITALBANK; a.k.a. "TKB PJSC"), 27/35, Voroncovskaya Ul., Moscow 109147, Russia; Bldg. 1, 24/2, Pokrovka str., Moscow 105062, Russia; SWIFT/BIC TJSCRUMM; Website www.tkbbank.ru; alt. Website tkbbank.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1992; Target Type Financial Institution; Tax ID No. 7709129705 (Russia); Registration Number 1027739186970 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

TLILI, Al-Azhar Ben Ammar Ben Abadallah, Via Carlo Porta n.97, Legnano, Italy; DOB 26 Mar 1969; POB Tunis, Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Italian Fiscal Code TLLLHR69C26Z352G (individual) [SDGT].

TMCP V.V. VOROVSKY (a.k.a. JSC TIKHORETSK MACHINE BUILDING PLANT; a.k.a. OPEN JOINT STOCK COMPANY TIKHORETSK MACHINE CONSTRUCTION PLANT V.V. VOROVSKY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO TIKHORETSKI MASHINOSTROITELNY ZAVOD IM V.V. VOROVSKOGO; a.k.a. TMZ IM. V.V. VOROVSKOGO PAO; a.k.a. V.V. VOROVSKY TIKHORETSK MACHINE CONSTRUCTION PLANT JOINT STOCK COMPANY), 3, Sokolnicheskaya Street, Moscow 107014, Russia; Krasnoarmeyskaya St., 67, Tikhoretsk, Krasnodar Territory 352127, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 12 Nov 1992; Tax ID No. 2321003173 (Russia); Government Gazette Number 00210743 (Russia); Registration Number 1022303184738 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

TMR LTD, Colchester, Essex, United Kingdom; Organization Established Date 15 Jan 2014; Organization Type: Sale of motor vehicles; Company Number 08846757 (United Kingdom) [ILLICIT-DRUGS-EO14059] (Linked To: TIEPOLO, Gianluca).

TMSD GLOBAL PRIVATE LIMITED, Z-107 B, Dayalsar Road, Uttam Nagar, New Delhi, Delhi 110059, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; C.I.N. U45300DL2020PTC365224 (India) [RUSSIA-EO14024].

TMZ IM. V.V. VOROVSKOGO PAO (a.k.a. JSC TIKHORETSK MACHINE BUILDING PLANT; a.k.a. OPEN JOINT STOCK COMPANY TIKHORETSK MACHINE CONSTRUCTION PLANT V.V. VOROVSKY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO TIKHORETSKI MASHINOSTROITELNY ZAVOD IM V.V. VOROVSKOGO; a.k.a. TMCP V.V. VOROVSKY; a.k.a. V.V. VOROVSKY TIKHORETSK MACHINE CONSTRUCTION PLANT JOINT STOCK COMPANY), 3, Sokolnicheskaya Street, Moscow 107014, Russia; Krasnoarmeyskaya St., 67, Tikhoretsk, Krasnodar Territory 352127, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 12 Nov 1992; Tax ID No. 2321003173 (Russia); Government Gazette Number 00210743 (Russia); Registration Number 1022303184738 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

TN ALABUGA, Ul. Sh-2, Oez Alabuga Ter, Zd 15/2A, Yelabuga 423601, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1646043219 (Russia); Registration Number 1161690137058 (Russia) [RUSSIA-EO14024].

TNG GRUPP (Cyrillic: ТНГ ГРУПП) (a.k.a. "TNG GROUP"), Ul. Klimenta Voroshilova D. 21, Bugulma 423231, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 1645019164 (Russia); Registration Number 1051608047798 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

TNK TRADING INTERNATIONAL S.A., place du Lac 2, Geneve 1204, Switzerland; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; V.A.T. Number CHE-267.936.404 (Switzerland); Business Registration Number CH-660.0.559.011-2 (Switzerland); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [VENEZUELA-EO13850] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

TNK TRADING LIMITED, 1515/1 Courthouse Lane, Auckland, New Zealand; Organization Established Date 15 Feb 2017; Organization Type: Sale of motor vehicles; Company Number 6230071 (New Zealand); Business Number 9429045946462 (New Zealand) [ILLICIT-DRUGS-EO14059] (Linked To: LEUNG, Ho Kai).

TNNTS LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY TYUMEN PETROLEUM RESEARCH CENTER; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TYUMENSKI NEFTYANOI NAUCHNY TSENTR; a.k.a. TPRC LIMITED LIABILITY COMPANY), d. 42, ul. Maksima Gorkogo Tyumen, Tyumen region 625048, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Oct 2000; Tax ID No. 7202157173 (Russia); Government Gazette Number 5544280 (Russia); Registration Number 1077203000434 (Russia) [RUSSIA-EO14024].

TOCHTACHUNOV, Alizam (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport

4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TODOBOLSAS Y COLSOBRES (f.k.a. RODRIGUEZ CARRENO LTDA. TODO BOLSAS Y COLSOBRES), Carrera 20 No. 66-34, Bogota, Colombia; NIT # 860053774-1 (Colombia) [SDNT].

TODOROVA, Anna Yurievna (Cyrillic: ТОДОРОВА, Анна Юрьевна) (a.k.a. TODOROVA, Anna Yuryevna; a.k.a. TODOROVA, Hanna Yuriyivna (Cyrillic: ТОДОРОВА, Ганна Юріївна)), Square of the Heroes of the Great Patriotic War, 3, Luhansk, So-called Luhansk People's Republic, Ukraine; DOB 20 Feb 1988; nationality Ukraine; Gender Female (individual) [RUSSIA-EO14065].

TODOROVA, Anna Yuryevna (a.k.a. TODOROVA, Anna Yurievna (Cyrillic: ТОДОРОВА, Анна Юрьевна); a.k.a. TODOROVA, Hanna Yuriyivna (Cyrillic: ТОДОРОВА, Ганна Юріївна)), Square of the Heroes of the Great Patriotic War, 3, Luhansk, So-called Luhansk People's Republic, Ukraine; DOB 20 Feb 1988; nationality Ukraine; Gender Female (individual) [RUSSIA-EO14065].

TODOROVA, Hanna Yuriyivna (Cyrillic: ТОДОРОВА, Ганна Юріївна) (a.k.a. TODOROVA, Anna Yurievna (Cyrillic: ТОДОРОВА, Анна Юрьевна); a.k.a. TODOROVA, Anna Yuryevna), Square of the Heroes of the Great Patriotic War, 3, Luhansk, So-called Luhansk People's Republic, Ukraine; DOB 20 Feb 1988; nationality Ukraine; Gender Female (individual) [RUSSIA-EO14065].

TODOVIC, Savo; DOB 11 Dec 1952; POB Rijeka, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

TOGHROLJERDI, Seyyed Mehdi Hashemi (a.k.a. "HASHEMI, Seyyed Mehdi"), Iran; DOB 19 Apr 1973; POB Iran; nationality Iran; Gender Male; National ID No. 3091111628 (Iran) (individual) [ELECTION-EO13848] (Linked To: EMENNET PASARGAD).

TOHTAHUNOV, Olimjon (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich;

a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKAREV, Nikolai (a.k.a. TOKAREV, Nikolay; a.k.a. TOKAREV, Nikolay Petrovich (Cyrillic: ТОКАРЕВ, Николай Петрович)), Moscow, Russia; DOB 20 Dec 1950; POB Karaganda, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

TOKAREV, Nikolay (a.k.a. TOKAREV, Nikolai; a.k.a. TOKAREV, Nikolay Petrovich (Cyrillic: ТОКАРЕВ, Николай Петрович)), Moscow, Russia; DOB 20 Dec 1950; POB Karaganda, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

TOKAREV, Nikolay Petrovich (Cyrillic: ТОКАРЕВ, Николай Петрович) (a.k.a. TOKAREV, Nikolai; a.k.a. TOKAREV, Nikolay), Moscow, Russia; DOB 20 Dec 1950; POB Karaganda, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

TOKAREVA, Galina Alekseyevna (Cyrillic: ТОКАРЕВА, Галина Алексеевна), Russia; DOB 24 Sep 1951; Gender Female; Secondary

sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

TOKAREVA, Maiya Nikolaevna (Cyrillic: ТОКАРЕВА, Майя Николаевна) (f.k.a. BOLOTOVA, Maiya Nikolaevna; f.k.a. BOLOTOVA, Mayya; a.k.a. TOKAREVA, Mayya), Brusova Str., 19, 5, Moscow 125009, Russia; DOB 18 Jan 1975; POB Karaganda, Kazakhstan; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530212750 (Russia) issued 12 Apr 2012 expires 12 Apr 2022; Tax ID No. 772450740210 (Russia) (individual) [RUSSIA-EO14024].

TOKAREVA, Mayya (f.k.a. BOLOTOVA, Maiya Nikolaevna; f.k.a. BOLOTOVA, Mayya; a.k.a. TOKAREVA, Maiya Nikolaevna (Cyrillic: ТОКАРЕВА, Майя Николаевна)), Brusova Str., 19, 5, Moscow 125009, Russia; DOB 18 Jan 1975; POB Karaganda, Kazakhstan; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530212750 (Russia) issued 12 Apr 2012 expires 12 Apr 2022; Tax ID No. 772450740210 (Russia) (individual) [RUSSIA-EO14024].

TOKDEMIR, Mehmet, Istanbul, Turkey; DOB 11 Nov 1978; POB Dogubayazit, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 22054198168 (Turkey) (individual) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

TOKENTRUST HOLDINGS LIMITED (Cyrillic: ТОКЕНТРАСТ ХОЛДИНГЗ ЛИМИТЕД), Lara Court, Arch. Makariou Iii 276, Limassol, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jun 2020; Registration Number HE410067 (Cyprus) [RUSSIA-EO14024].

TOKHTAKHOUNOV, Alimjan (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН

ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKHTAKHOUNOV, Alim-Jean (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKHTAKHOUNOV, Alimzhan Tursunovich (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKHTAKHOUNOV, Alinkhan (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK";

a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKHTAKHUNOV, Alimajan (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKHTAKHUNOV, Alimkan (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a.

TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKHTAKHUNOV, Alimkhan (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification

Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKHTAKHUNOV, Alimzan (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ) (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a.

TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKHTAKHUNOV, Alimzhon Tursonovich (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKHTAKHUNOV, Alinjan (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a.

TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKHTAKHUNOV, Alinkhan (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport

4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKHTAKHUNOV, Alizman (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKHTAKOUNOV, Alinkhan (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich

(Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKOLONGA, Salomon (a.k.a. BENDET, Salomon Tokolonga), Congo, Democratic Republic of the; DOB 17 Apr 1972; POB Kishandja, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO].

TOLCHINSKIY, Dmitri M. (a.k.a. TOLCHINSKY, Dmitry); DOB 11 May 1982; POB Moscow, Russia (individual) [MAGNIT].

TOLCHINSKY, Dmitry (a.k.a. TOLCHINSKIY, Dmitri M.); DOB 11 May 1982; POB Moscow, Russia (individual) [MAGNIT].

TOLEDO CARREJO, Luis Raul, Calle De Los Olivos 10549, Colonia Jardines de Chapultepec, Tijuana, Baja California, Mexico; Ave. Xavier Villaurrutia 9950, Colonia Zona Urbana Rio, Tijuana, Baja California, Mexico; Ave. Queretaro 2984, Colonia Francisco I. Madero, Tijuana, Baja California, Mexico; c/o Farmacia Vida Suprema, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o Administradora De Inmuebles Vida, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o Distribuidora Imperial De Baja California, S.A. de C.V., Tijuana, Baja California, Mexico; DOB 30 Jan 1959; POB Guadalajara, Jalisco, Mexico (individual) [SDNTK].

TOLMACHEV, Alexander Romanovich (Cyrillic: ТОЛМАЧЁВ, Александр Романович), Russia; DOB 07 Apr 1993; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TOLSTOY, Petr Olegovich (Cyrillic: ТОЛСТОЙ, Петр Олегович), Russia; DOB 20 Jun 1969; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TOMAS, Adrian (a.k.a. TRINIDAD Y RAMIREZ, Angelo; a.k.a. TRINIDAD, Abu Khalil; a.k.a. TRINIDAD, Angelo Ramirez; a.k.a. TRINIDAD, Calib; a.k.a. TRINIDAD, Kalib; a.k.a. TRINIDAD, Khalil; a.k.a. TRINIDAD, Khulil), 3111 Ma. Bautista, Punta, Santa Ana, Manila, Philippines; DOB 20 Mar 1978; POB Gattaran, Cagayan Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TOMENKO, Viktor Petrovich (Cyrillic: ТОМЕНКО, Виктор Петрович), Altai territory, Russia; DOB 12 May 1971; alt. DOB 12 May 1972; POB Norilsk, Krasnoyarsk region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 245707144705 (Russia) (individual) [RUSSIA-EO14024].

TOMILINA, Tatyana Yurievna (Cyrillic: ТОМИЛИНА, Татьяна Юрьевна) (a.k.a. TUMILINA, Tetyana Yuriivna (Cyrillic: ТОМІЛІНА, Тетяна Юріївна)), Apartment 25, 16 Chernomorskaya Street, Kherson, Kherson region, Ukraine; DOB 18 Apr 1966; nationality Ukraine; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2421403000 (Ukraine) (individual) [RUSSIA-EO14024].

TOMILINSKY ELECTRONICS FACTORY (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC PRODUCTION CORPORATION TOMILINSKY ELECTRONICS FACTORY; a.k.a. LLC NPP TEZ; a.k.a. NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE TOMILINSKII ELEKTRONNYI ZAVOD; a.k.a. NPP TEZ), Ul. Garshina, D. 11, Tomolino 140070, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5027095560 (Russia); Registration Number 1035005022326 (Russia) [RUSSIA-EO14024].

TONDAR SAHARA CO. (a.k.a. DESERT THUNDER COMPANY; a.k.a. SAHARA THUNDER (Arabic: شرکت تندر صحرا); a.k.a. TONDAR SAHRA PRIVATE LIMITED COMPANY), No. 2, Moghadas Alley (4), Ghasir St., Beheshti St., Tehran, Iran; Fifth Floor, No 2,

Shahid Hassan Moghadam Alley, Shahid Ahmad Ghasir St, Argentine, Saei St, Tehran, Iran; Website www.saharathunder.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Dec 1992; National ID No. 10101382714 (Iran); Chamber of Commerce Number 131454 (Iran); Business Registration Number 94186 (Iran) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

TONDAR SAHRA PRIVATE LIMITED COMPANY (a.k.a. DESERT THUNDER COMPANY; a.k.a. SAHARA THUNDER (Arabic: شرکت تندر صحرا); a.k.a. TONDAR SAHARA CO.), No. 2, Moghadas Alley (4), Ghasir St., Beheshti St., Tehran, Iran; Fifth Floor, No 2, Shahid Hassan Moghadam Alley, Shahid Ahmad Ghasir St, Argentine, Saei St, Tehran, Iran; Website www.saharathunder.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Dec 1992; National ID No. 10101382714 (Iran); Chamber of Commerce Number 131454 (Iran); Business Registration Number 94186 (Iran) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

TONG, Peigi (a.k.a. TONG, Peiji (Chinese Simplified: 佟霈佶); a.k.a. "Dr P"; a.k.a. "PJ"; a.k.a. "Small Bull"), China; DOB 15 May 1997; POB Shenyang, Liaoning Province, China; nationality China; Gender Male; National ID No. 210103199705154515 (China) (individual) [ILLICIT-DRUGS-EO14059].

TONG, Peiji (Chinese Simplified: 佟霈佶) (a.k.a. TONG, Peigi; a.k.a. "Dr P"; a.k.a. "PJ"; a.k.a. "Small Bull"), China; DOB 15 May 1997; POB Shenyang, Liaoning Province, China; nationality China; Gender Male; National ID No. 210103199705154515 (China) (individual) [ILLICIT-DRUGS-EO14059].

TONG, Thomas Ho Ming, Hong Kong, China; DOB 19 Nov 1971; POB Hong Kong, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport HA0872080 (Hong Kong) (individual) [NPWMD] [IFSR] (Linked To: ELECTRO OPTIC SAIRAN INDUSTRIES CO.).

TONGBANG BANK (a.k.a. BANK OF EAST LAND; a.k.a. DONGBANG BANK; a.k.a. TONGBANG U'NHAENG), PO Box 32, BEL Building, Jonseung-Dong, Moranbong District, Pyongyang, Korea, North; SWIFT/BIC BOELKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

TONGBANG U'NHAENG (a.k.a. BANK OF EAST LAND; a.k.a. DONGBANG BANK; a.k.a. TONGBANG BANK), PO Box 32, BEL Building, Jonseung-Dong, Moranbong District, Pyongyang, Korea, North; SWIFT/BIC BOELKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

TONGHUNG SHIPPING & TRADING CO (a.k.a. TONGHUNG SHIPPING AND TRADING CO), Kinmaul-dong, Moranbong-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 1991835 [DPRK4].

TONGHUNG SHIPPING AND TRADING CO (a.k.a. TONGHUNG SHIPPING & TRADING CO), Kinmaul-dong, Moranbong-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 1991835 [DPRK4].

TOOL COMPANY GUT LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНСТРУМЕНТАЛЬНАЯ КОМПАНИЯ ГУТ), Pr-kt Zelenyi D. 20, Moscow 111397, Russia; Website www.guhring.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Nov 2002; Tax ID No. 7716223113 (Russia); Registration Number 1027716008374 (Russia) [RUSSIA-EO14024].

TOP 3D GROUP (a.k.a. TOP 3D GRUPP), Pr-Kt Ryazanskii D. 2, Str. 49, Office Et. 5, Pom.I,

Office 505, Moscow 109052, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9717077003 (Russia); Registration Number 1197746116094 (Russia) [RUSSIA-EO14024].

TOP 3D GRUPP (a.k.a. TOP 3D GROUP), Pr-Kt Ryazanskii D. 2, Str. 49, Office Et. 5, Pom.I, Office 505, Moscow 109052, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9717077003 (Russia); Registration Number 1197746116094 (Russia) [RUSSIA-EO14024].

TOP FASHION GMBH KONFEKTIONSBUGELEI (Latin: TOP FASHION GMBH KONFEKTIONSBÜGELEI), Markische Allee, 15, Grossbeeren, Brandenburg 14979, Germany; Website www.topfashion-online.de; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Mar 1997; Business Registration Number 14467B11081P (Germany) issued 06 Aug 1997 [SDGT] (Linked To: AYAD, Adnan).

TOP SYSTEMS LTD. (a.k.a. CLOSED JOINT STOCK COMPANY TOP SYSTEMS; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO TOP SISTEMY; a.k.a. ZAO TOP SISTEMY), Ul. Kirovogradskaya D.5, Kv.35, Moscow 117587, Russia; 1 Timiryazevskaya St., Moscow 127422, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726057955 (Russia); Registration Number 1037700101163 (Russia) [RUSSIA-EO14024].

TOP TECHNOLOGIES SARL, Ground Floor, Dedeyan center, Dora highway, Metn, Bauchrieh, Lebanon [NPWMD] (Linked To: AJAKA, Tony).

TOPCHI, Tamara Aleksandrovna, Russia; DOB 04 Mar 1979; POB Voronezh, Russia; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 2003490198 (Russia) (individual) [RUSSIA-EO14024] (Linked To: INVENTION BRIDGE SL).

TOPILIN, Maxim Anatolievich (Cyrillic: ТОПИЛИН, Максим Анатольевич), Russia; DOB 19 Apr 1967; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TOPOLOVEC, Jozef (a.k.a. KARNER, Mihael), Locnikarijeva ulica 7, 1000, Ljubljana, Slovenia; Rozna Dolina, Cesta IV 44, Ljubljana, Slovenia; V Murglah 177, Ljubljana, Slovenia; DOB 13 Mar 1975; POB Ljubljana, Slovenia; nationality Slovenia; Passport PZ2420022110 (Slovenia); alt. Passport PB06005902 (Slovenia); Personal ID Card 00246412491303975500493 (Slovenia) expires 17 Dec 2018; alt. Personal ID Card 002464124 (Slovenia) expires 17 Dec 2018 (individual) [SDNTK] (Linked To: MERIDEIS D.O.O.; Linked To: PANYA AG; Linked To: VELINVESTMENT D.O.O.; Linked To: SAGAX INVESTMENT GROUP LTD.; Linked To: KALLIOPE LIMITED; Linked To: KARNER D.O.O. LJUBLJANA; Linked To: NORTHSTAR TRADING CORPORATION; Linked To: AMMERSHAM COMMERCIAL VENTURES LIMITED; Linked To: NORTH GROUP HOLDING CORP.).

TOPOR-GILKA, Sergey Anatolyevich, Russia; DOB 17 Feb 1970; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Director General of Limited Liability Company Foreign Economic Association Technopromexport (individual) [UKRAINE-EO13685] (Linked To: LIMITED LIABILITY COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT).

TOPSAIL SHIPHOLDING INC., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 28 Nov 2022; Identification Number IMO 6380987; Business Registration Number 117251 (Marshall Islands) [IRAN-EO13902] (Linked To: BABYLON NAVIGATION DMCC).

TOPUZIDIS, Pavel Georgievich (Cyrillic: ТОПУЗИДИС, Павел Георгиевич) (a.k.a. TOPUZYDYS, Pavlo Heorhiyovych (Cyrillic: ТОПУЗИДИС, Павло Георгійович)), Belarus; DOB 12 Sep 1956; nationality Belarus; citizen Belarus; Gender Male (individual) [BELARUS-EO14038].

TOPUZYDYS, Pavlo Heorhiyovych (Cyrillic: ТОПУЗИДИС, Павло Георгійович) (a.k.a. TOPUZIDIS, Pavel Georgievich (Cyrillic: ТОПУЗИДИС, Павел Георгиевич)), Belarus; DOB 12 Sep 1956; nationality Belarus; citizen Belarus; Gender Male (individual) [BELARUS-EO14038].

TORAB, Abu Ali (a.k.a. ABUTURAB, Ali Muhammad; a.k.a. MOHAMMAD, Ali Mohammad Abutorab Noor; a.k.a. MOHAMMAD, Ali Mohammad Noor; a.k.a. MOHD, Ali Mohd Abutorab Noor; a.k.a. MUHAMMAD, Abu Turab Ali; a.k.a. MUHAMMED, Ali Muhammed Noor; a.k.a. TORAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammed Abu; a.k.a. TURAB, Ali Muhammad Abu; a.k.a. "MOHAMMED, Ali"; a.k.a. "TURAB, Abu"), Jamia Salfia, Airport Road, Quetta, Pakistan; Patel Road, Quetta, Pakistan; Saudi Arabia; DOB 10 Sep 1964; alt. DOB 05 Jan 1968; POB Quetta, Balochistan, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J349992 (Pakistan); National ID No. 2083655452 (Saudi Arabia) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

TORAB, Ali Mohammad Abu (a.k.a. ABUTURAB, Ali Muhammad; a.k.a. MOHAMMAD, Ali Mohammad Abutorab Noor; a.k.a. MOHAMMAD, Ali Mohammad Noor; a.k.a. MOHD, Ali Mohd Abutorab Noor; a.k.a. MUHAMMAD, Abu Turab Ali; a.k.a. MUHAMMED, Ali Muhammed Noor; a.k.a. TORAB, Abu Ali; a.k.a. TURAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammed Abu; a.k.a. TURAB, Ali Muhammad Abu; a.k.a. "MOHAMMED, Ali"; a.k.a. "TURAB, Abu"), Jamia Salfia, Airport Road, Quetta, Pakistan; Patel Road, Quetta, Pakistan; Saudi Arabia; DOB 10 Sep 1964; alt. DOB 05 Jan 1968; POB Quetta, Balochistan, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J349992 (Pakistan); National ID No. 2083655452 (Saudi Arabia) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

TORDAN INDUSTRY LIMITED, Unit 617, 6/F, 131-132 Connaught Road West, Solo Workshops, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 2687207 (Hong Kong) [RUSSIA-EO14024].

TORGAN CO., LIMITED (Chinese Traditional: 托爾幹有限公司), Room 09, 27 F, Ho King Commercial Centre, 2 16 Fa Yuen Street, Mongkok, Kowloon, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established

Date 27 Dec 2019; C.R. No. 2905960 [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

TORGOVIY DOM EPK (a.k.a. LIMITED LIABILITY CORPORATION TRADING HOUSE EPK; a.k.a. "OOO TD EPK"), ul. Novoostapovskaya, d. 5, str. 14, et. 2, kom. 4, Moscow 115088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725136315 (Russia); Registration Number 1027700136859 (Russia) [RUSSIA-EO14024].

TORGOVO PROIZVODSTVENNYI KOMPLEKS MAKSIMUM (a.k.a. LIMITED LIABILITY COMPANY TRADING AND PRODUCTION COMPLEX MAXIMUM; a.k.a. LLC TPK MAXIMUM; a.k.a. TPK MAKSIMUM), Ul. Malakhovskogo D. 52, Pomeshch. 10, Voronezh 394019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3662204227 (Russia); Registration Number 1143668026435 (Russia) [RUSSIA-EO14024].

TORGOVO-FINANSOVAYA KOMPANIYA KAMAZ AO (a.k.a. AKTSIONERNOE OBSHCHESTVO TORGOVO-FINANSOVAYA KOMPANIYA KAMAZ; a.k.a. JOINT-STOCK COMPANY TRADING-FINANCIAL COMPANY KAMAZ; a.k.a. JSC TFK KAMAZ; a.k.a. TFK KAMAZ AO), Raion Avtomobilnogo Zavoda, ABK-421, Naberezhnyye Chelny 423800, Russia; 12, proezd Avtosborochny, Naberezhnye Chelny, Tatarstan Resp. 423800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Oct 1997; Tax ID No. 1653019048 (Russia); Government Gazette Number 47104250 (Russia); Registration Number 1021602019097 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

TORGOVYI DOM KHIMMED (Cyrillic: ТОРГОВЫЙ ДОМ ХИММЕД) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TORGOVY DOM KHIMMED (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГОВЫЙ ДОМ ХИММЕД); a.k.a. TD KHIMMED (Cyrillic: ТД ХИММЕД); a.k.a. TD KHIMMED OOO (Cyrillic: ООО ТД ХИММЕД)), Kashirskoe Shosse, Dom 3, Korpus 2, Stroenie 4, Moscow 115230, Russia; Website chimmed.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Organization Established Date 15 Jun 2009; Tax ID No. 7724709468 (Russia); Government Gazette Number 62112778 (Russia); Business Registration Number 1097746351504 (Russia) [RUSSIA-EO14024].

TORGOVYI DOM PROMELECTRONIKA OOO (Cyrillic: ТОРГОВЫЙ ДОМ ПРОМЭЛЕКТРОНИКА ООО), Ulitsa Kolmogorova, Stroenie 70, Ofis 209, Ekaterinburg, Sverdlovsk Oblast 620034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Nov 2009; Organization Type: Wholesale of electronic and telecommunications equipment and parts; Tax ID No. 6659197470 (Russia); Registration Number 1096659012317 (Russia) [RUSSIA-EO14024].

TORGOVYI DOM SIMMETRON ELEKTRONNYE KOMPONENTY (a.k.a. TD SIMMETRON EK OOO; a.k.a. TH SYMMETRON ELECTRONIC COMPONENTS), Sh. Leningradskoe d. 69, korp. 1, Moscow 125445, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743581260 (Russia); Registration Number 1057749709380 (Russia) [RUSSIA-EO14024].

TORNETCOM LLC (Cyrillic: ООО ТОРНЕТКОМ) (a.k.a. TORNETKOM, OOO), D. 14 Str. 4 Etazh Mansarda Kom. 210, Ul. Novaya Basmannaya, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701127410 (Russia); Registration Number 1197746135730 (Russia) [RUSSIA-EO14024].

TORNETKOM, OOO (a.k.a. TORNETCOM LLC (Cyrillic: ООО ТОРНЕТКОМ)), D. 14 Str. 4 Etazh Mansarda Kom. 210, Ul. Novaya Basmannaya, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701127410 (Russia); Registration Number 1197746135730 (Russia) [RUSSIA-EO14024].

TORO DIAZ, Diana Lorena, c/o GRUPO CRISTAL CORONA S.A. DE C.V., Mexico City, Distrito Federal, Mexico; Calle Horacio No. 1325, Colonia Polanco, Mexico City, Distrito Federal, Mexico; Calle la Martina No. 501, Colonia Polanco, Delegacion Miguel Hidalgo, Mexico City, Distrito Federal, Mexico; Avenida Hacienda de Las Palmas No. 23-2 Norte, Hacienda de Las Palmas Huixquilucan, Huixquilucan de Degollado, Mexico, Mexico; Rio Amazones No. 89-1, Cuauhtemoc, Mexico City, Distrito Federal, Mexico; Calle Rio Rhin

No. 64, Colonia Juarez, Delegacion Cuauhtemoc, Mexico City, Distrito Federal, Mexico; Calle Diaz Ordaz No. 86, Colonia Acapatzingo, Municipio de Cuernavaca, Morelos, Mexico; Privada Ruiz Cortines No. 6, Municipio de Atizapan de Zaragoza, Mexico, Mexico; DOB 27 Mar 1982; POB Cali, Valle del Cauca; nationality Colombia; alt. nationality Mexico; citizen Colombia; alt. citizen Mexico; Cedula No. 38560572 (Colombia); Passport 38560572 (Colombia); R.F.C. TODD-820327 (Mexico); C.U.R.P. TODD820327MNERZN04 (Mexico) (individual) [SDNTK].

TOROPOVA, Ekaterina Vladimirovna (a.k.a. KRIVORUCHKO, Ekaterina Vladimirovna; a.k.a. TOROPOVA, Yekaterina), Russia; DOB 26 Mar 1986; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: KRIVORUCHKO, Aleksei Yurievich).

TOROPOVA, Yekaterina (a.k.a. KRIVORUCHKO, Ekaterina Vladimirovna; a.k.a. TOROPOVA, Ekaterina Vladimirovna), Russia; DOB 26 Mar 1986; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: KRIVORUCHKO, Aleksei Yurievich).

TOROSOV, Ilya Eduardovich (Cyrillic: ТОРОСОВ, Илья Эдуардович) (a.k.a. TOROSYAN, Ilya Edikovich), Moscow, Russia; DOB 14 Oct 1982; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771571859280 (Russia) (individual) [RUSSIA-EO14024].

TOROSYAN, Ilya Edikovich (a.k.a. TOROSOV, Ilya Eduardovich (Cyrillic: ТОРОСОВ, Илья Эдуардович)), Moscow, Russia; DOB 14 Oct 1982; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771571859280 (Russia) (individual) [RUSSIA-EO14024].

TORRES ESPINOZA, Ramon Antonio, Castillejo Principal del Portico 0301, Guatire, Venezuela; DOB 13 Sep 1968; nationality Venezuela; Gender Male; Cedula No. V-6303894 (Venezuela) (individual) [VENEZUELA].

TORRES FELIX, Javier (a.k.a. FELIX TORRES, Javier; a.k.a. TAMAYO TORRES, Horacio; a.k.a. "COMPADRE"; a.k.a. "EL JT"), Calle Paseo La Cuesta # 1550, Apt 6, Colonia Lomas

De Guadalupe, Culiacan Rosales, Sinaloa, Mexico; DOB 19 Oct 1960; POB Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

TORRES FELIX, Manuel (a.k.a. FELIX FELIX, Manuel; a.k.a. TORRES FELIX, Manuel De Jesus; a.k.a. TORRES, Manuel Felix; a.k.a. TORRES, Manuel J; a.k.a. "EL ONDEADO"; a.k.a. "M1"), Sinaloa, Mexico; DOB 28 Feb 1954; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

TORRES FELIX, Manuel De Jesus (a.k.a. FELIX FELIX, Manuel; a.k.a. TORRES FELIX, Manuel; a.k.a. TORRES, Manuel Felix; a.k.a. TORRES, Manuel J; a.k.a. "EL ONDEADO"; a.k.a. "M1"), Sinaloa, Mexico; DOB 28 Feb 1954; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

TORRES GONZALEZ, Fernando, Blvd. Puerta de Hierro # 5210, Piso 8-C, Puerta de Hierro, Zapopan, Jalisco 45116, Mexico; Calle Aldama 548, Interior 3, Tepatitlan de Morelos, Jalisco, Mexico; Calle Guadalupe 676, Fraccionamiento Guadalupe, Tepatitlan de Morelos, Jalisco, Mexico; Guayaquil numero 2600, Colonia Providencia, Guadalajara, Jalisco, Mexico; DOB 04 Jul 1970; POB Tepatitlan de Morelos, Jalisco, Mexico; C.U.R.P. TOGF700704HJCRNR06 (Mexico) (individual) [SDNTK] (Linked To: CIRCULO COMERCIAL TOTAL DE PRODUCTOS, S.A. DE C.V.; Linked To: HD COLLECTION, S.A. DE C.V.; Linked To: HOTELITO DESCONOCIDO; Linked To: W&G ARQUITECTOS, S.A. DE C.V.; Linked To: STATUS ADMINISTRATIVO S. DE R.L.).

TORRES HERNANDEZ, Antonio (a.k.a. DAVILA LOPEZ, Jose Ramon; a.k.a. RUBIO CONDE, David), Mexico; Calle 22, Valle Hermoso, Tamaulipas, Mexico; DOB 31 Aug 1978; POB Tijuana, Baja California, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. DALR780831HBCVPM06 (Mexico) (individual) [SDNTK].

TORRES HOYOS, Carlos Mario, Calle 48D No. 99-35, Medellin, Colombia; DOB 11 Aug 1976; POB Caucasia, Antioquia, Colombia; Cedula No. 71763915 (Colombia) (individual) [SDNTK].

TORRES MARTINEZ, Camilo, Colombia; DOB 31 Oct 1975; POB Unguia, Choco, Colombia; nationality Colombia; citizen Colombia; Gender Male; Cedula No. 71984381 (Colombia) (individual) [SDNTK].

TORRES MENDEZ, Ramon (a.k.a. ARELLANO FELIX, Ramon Eduardo; a.k.a. COMACHO

RODRIGUES, Gilberto); DOB 31 Aug 1964; POB Mexico (individual) [SDNTK].

TORRES SOSA, Benjamin, Avenida Insurgentes Centro No. 60, No. Int. 1, Colonia Tabacalera, Delegacion Cuauhtemoc, Mexico, Distrito Federal C.P. 06030, Mexico; DOB 31 Mar 1969; POB Guadalupe, Zacatecas; nationality Mexico; citizen Mexico; R.F.C. TOSB690331 (Mexico); C.U.R.P. TOSB690331HZSRSN06 (Mexico); Electoral Registry No. TRSSBN69033132H900 (Mexico); Cartilla de Servicio Militar Nacional B4494067 (Mexico) (individual) [SDNTK].

TORRES ZAMBRANO, Manuel (a.k.a. EL KHANSA, Mohamad Zouheir); DOB 09 Jan 1971; alt. DOB 09 Jan 1970; POB Barranquilla, Colombia; alt. POB Ghobeiri, Lebanon; Cedula No. 84077765 (Colombia); alt. Cedula No. E311790 (Colombia); Passport RL 0736643 (Lebanon) (individual) [SDNTK] (Linked To: GLOBANTY S.A.S.; Linked To: ALMACEN ELECTRO SONY STAR; Linked To: GLOBAL TECHNOLOGY IMPORT & EXPORT, S.A. (GTI); Linked To: MICRO EMPRESA ASHQUI).

TORRES, Manuel Felix (a.k.a. FELIX FELIX, Manuel; a.k.a. TORRES FELIX, Manuel; a.k.a. TORRES FELIX, Manuel De Jesus; a.k.a. TORRES, Manuel J; a.k.a. "EL ONDEADO"; a.k.a. "M1"), Sinaloa, Mexico; DOB 28 Feb 1954; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

TORRES, Manuel J (a.k.a. FELIX FELIX, Manuel; a.k.a. TORRES FELIX, Manuel; a.k.a. TORRES FELIX, Manuel De Jesus; a.k.a. TORRES, Manuel Felix; a.k.a. "EL ONDEADO"; a.k.a. "M1"), Sinaloa, Mexico; DOB 28 Feb 1954; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

TORSHIN, Alexander Porfiryevich, Moscow, Russia; DOB 27 Nov 1953; POB Mitoga village, Ust-Bolsheretsky district, Kamchatka region, Russian Federation; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

TOS VARNSDORF RUS CO LTD, ul. Tallinskaya d. 7, lit. k, Saint Petersburg 195196, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806448672 (Russia); Registration Number 1117847046833 (Russia) [RUSSIA-EO14024].

TOSE SANAT-E NAFT VA GAS PERSIA (a.k.a. PERSIA OIL & GAS INDUSTRY DEVELOPMENT CO. (Arabic: شرکت توسعه صنعت نفت و گاز پرشیا); a.k.a. PERSIA OIL AND GAS INDUSTRY DEVELOPMENT CO.), 7th

Floor, No. 346, Mirdamad Avenue, Tehran, Iran; Ground Floor, No. 14, Saba Street, Africa Boulevard, Tehran, Iran; Website http://www.pogidc.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102933619 (Iran); Registration Number 252925 (Iran) [IRAN] [IRAN-EO13876] (Linked To: TADBIR ENERGY DEVELOPMENT GROUP CO.).

TOSE-E DIDAR IRANIAN HOLDING COMPANY, No. 1, Moqaddas Alley, Shahid Ahmad Qasir (Bukharest) Street, Tehran, Iran; Website https://tdday.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: DAY BANK).

TOSE-E DONYA SHAHR KOHAN COMPANY, No. 52, 4th Floor, Mousavivand Street, Shariati Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: DAY BANK).

TOSEE EGHTESAD AYANDEHSAZAN COMPANY (a.k.a. TEACO; a.k.a. TOSEE EQTESAD AYANDEHSAZAN COMPANY), 39 Gandhi Avenue, Tehran 1517883115, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

TOSEE EQTESAD AYANDEHSAZAN COMPANY (a.k.a. TEACO; a.k.a. TOSEE EGHTESAD AYANDEHSAZAN COMPANY), 39 Gandhi Avenue, Tehran 1517883115, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

TOSEE MELLI GROUP INVESTMENT COMPANY (f.k.a. BANK MELLI IRAN INVESTMENT COMPANY; a.k.a. IRAN MELLI BANK INVESTMENT COMPANY; a.k.a. NATIONAL DEVELOPMENT AND INVESTMENT GROUP; a.k.a. TOSE-E MELLI GROUP INVESTMENT COMPANY; a.k.a. TOSE-E MELLI GROUP INVESTMENT COMPANY PUBLIC SHAREHOLDING COMPANY; a.k.a. "TMGIC"), 2 Nader Alley, After Dr Vali e Asr Avenue, Tehran 15116, Iran; PO Box 15875-3898, Iran; Building 89, Khoddami Street, Vanak, Tehran 53158753898, Iran; Number 89, Shahid Khodami Street, After Kurdistan Bridge, Vanak Square, Iran; Vank Square, Shahid Khademi Street, after Kurdistan Bridge, No. 89, Tehran 1958698856, Iran; Website www.bmiic.ir; alt. Website

www.en.tmgic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10101339590 (Iran); Registration Number 89584 (Iran) [SDGT] [IFSR] (Linked To: BANK MELLI IRAN).

TOSE-E MELLI GROUP INVESTMENT COMPANY (f.k.a. BANK MELLI IRAN INVESTMENT COMPANY; a.k.a. IRAN MELLI BANK INVESTMENT COMPANY; a.k.a. NATIONAL DEVELOPMENT AND INVESTMENT GROUP; a.k.a. TOSEE MELLI GROUP INVESTMENT COMPANY; a.k.a. TOSE-E MELLI GROUP INVESTMENT COMPANY PUBLIC SHAREHOLDING COMPANY; a.k.a. "TMGIC"), 2 Nader Alley, After Dr Vali e Asr Avenue, Tehran 15116, Iran; PO Box 15875-3898, Iran; Building 89, Khoddami Street, Vanak, Tehran 53158753898, Iran; Number 89, Shahid Khodami Street, After Kurdistan Bridge, Vanak Square, Iran; Vank Square, Shahid Khademi Street, after Kurdistan Bridge, No. 89, Tehran 1958698856, Iran; Website www.bmiic.ir; alt. Website www.en.tmgic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10101339590 (Iran); Registration Number 89584 (Iran) [SDGT] [IFSR] (Linked To: BANK MELLI IRAN).

TOSE-E MELLI GROUP INVESTMENT COMPANY PUBLIC SHAREHOLDING COMPANY (f.k.a. BANK MELLI IRAN INVESTMENT COMPANY; a.k.a. IRAN MELLI BANK INVESTMENT COMPANY; a.k.a. NATIONAL DEVELOPMENT AND INVESTMENT GROUP; a.k.a. TOSEE MELLI GROUP INVESTMENT COMPANY; a.k.a. TOSE-E MELLI GROUP INVESTMENT COMPANY; a.k.a. "TMGIC"), 2 Nader Alley, After Dr Vali e Asr Avenue, Tehran 15116, Iran; PO Box 15875-3898, Iran; Building 89, Khoddami Street, Vanak, Tehran 53158753898, Iran; Number 89, Shahid Khodami Street, After Kurdistan Bridge, Vanak Square, Iran; Vank Square, Shahid Khademi Street, after Kurdistan Bridge, No. 89, Tehran 1958698856, Iran; Website www.bmiic.ir; alt. Website www.en.tmgic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; National ID No. 10101339590 (Iran); Registration Number 89584 (Iran) [SDGT] [IFSR] (Linked To: BANK MELLI IRAN).

TOSEE MELLI INVESTMENT COMPANY (a.k.a. NATIONAL DEVELOPMENT INVESTMENT COMPANY; a.k.a. TOSE-E MELLI INVESTMENT COMPANY), No. 1 St.North Didar.Blv Haghani, Tehran, Iran; Number 89, Shahid Khodami Street, After Kurdistan Bridge, Vanak Square, Tehran, Iran; Website www.tmico.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 208669 (Iran) [SDGT] [IFSR] (Linked To: TOSE-E MELLI GROUP INVESTMENT COMPANY).

TOSE-E MELLI INVESTMENT COMPANY (a.k.a. NATIONAL DEVELOPMENT INVESTMENT COMPANY; a.k.a. TOSEE MELLI INVESTMENT COMPANY), No. 1 St.North Didar.Blv Haghani, Tehran, Iran; Number 89, Shahid Khodami Street, After Kurdistan Bridge, Vanak Square, Tehran, Iran; Website www.tmico.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 208669 (Iran) [SDGT] [IFSR] (Linked To: TOSE-E MELLI GROUP INVESTMENT COMPANY).

TOSE'E MOBADLAT BAZARGANI BEYN OLMELALI RAH ROSHD (a.k.a. RAH ROSHD COMPANY; a.k.a. RAH ROSHD ENGINEERING CO; a.k.a. RAH ROSHD INTERNATIONAL TRADE DEVELOPMENT COMPANY; a.k.a. RAH ROSHD INTERNATIONAL TRADE EXCHANGES DEVELOPMENT; a.k.a. "RAH ROSHD"), Unit 7, No. 21, Firouzeh Alley, Sohrevardi St., Tehran, Iran; Karaj Special Road, Tehran, Iran; Kilometer 19 of the Special Road, in front of Golzar St., Corner of 74 St., No. 222, Tehran, Iran; Website www.rahroshd.net; alt. Website www.rahroshd.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Nov 1992; National ID No. 10101375839 (Iran); Registration Number 93476 (Iran) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

TOSEE TAAVON BANK (a.k.a. BANK-E TOSE'E TA'AVON; a.k.a. COOPERATIVE

DEVELOPMENT BANK; a.k.a. TOSE'E TA'AVON BANK), Mirdamad Blvd., North East Corner of Mirdamad Bridge, No. 271, Tehran, Iran; No. 271, 4th Floor, Mirdamad Blvd, Northeast of Mirdamad Bridge, Tehran, Iran; Website www.ttbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

TOSE'E TA'AVON BANK (a.k.a. BANK-E TOSE'E TA'AVON; a.k.a. COOPERATIVE DEVELOPMENT BANK; a.k.a. TOSEE TAAVON BANK), Mirdamad Blvd., North East Corner of Mirdamad Bridge, No. 271, Tehran, Iran; No. 271, 4th Floor, Mirdamad Blvd, Northeast of Mirdamad Bridge, Tehran, Iran; Website www.ttbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

TOSONG TECHNOLOGY TRADING CORPORATION, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

TOTAL LOOK (a.k.a. "OUTLET_TLOOK"; a.k.a. "OUTLETTLOOK"; f.k.a. "TOTAL_LOOKCLN"), Culiacan, Sinaloa, Mexico; Website www.totallook.mx; Organization Type: Retail sale of clothing, footwear and leather articles in specialized stores [ILLICIT-DRUGS-EO14059] (Linked To: ROBLEDO ARREDONDO, Adilene Mayre).

TOTAL Z LLC (a.k.a. LIMITED LIABILITY COMPANY TOTALZED), Km Kievskoe Shosse 22-I (P Moskovskii) Vld. 4, Str. 2, Moscow 142784, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7751011471 (Russia); Registration Number 1157746943419 (Russia) [RUSSIA-EO14024].

TOTOONOV, Aleksandr Borisovich (a.k.a. TOTOONOV, Alexander; a.k.a. TOTOONOV, Alexander B.); DOB 03 Mar 1957; POB Ordzhonikidze, North Ossetia, Russia; alt. POB Vladikavkaz, North Ossetia, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Committee on Culture, Science, and Information, Federation Council of the Russian Federation (individual) [UKRAINE-EO13661].

TOTOONOV, Alexander (a.k.a. TOTOONOV, Aleksandr Borisovich; a.k.a. TOTOONOV, Alexander B.); DOB 03 Mar 1957; POB

Ordzhonikidze, North Ossetia, Russia; alt. POB Vladikavkaz, North Ossetia, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Committee on Culture, Science, and Information, Federation Council of the Russian Federation (individual) [UKRAINE-EO13661].

TOTOONOV, Alexander B. (a.k.a. TOTOONOV, Aleksandr Borisovich; a.k.a. TOTOONOV, Alexander); DOB 03 Mar 1957; POB Ordzhonikidze, North Ossetia, Russia; alt. POB Vladikavkaz, North Ossetia, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Committee on Culture, Science, and Information, Federation Council of the Russian Federation (individual) [UKRAINE-EO13661].

TOUDJI, Abderrahmane (a.k.a. AMEUR, Abderrahmane Ouid; a.k.a. EL AMAR, Abderrahmane Ould; a.k.a. EL TILEMSI, Ahmed; a.k.a. TELEMSI, Ahmed; a.k.a. TILEMSI, Ahmed), Gao, Mali; DOB 1977; POB Mali; nationality Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TOULAI, Mohammad Hassan (Arabic: محمد حسن تولائی) (a.k.a. TAVALLAEI, Mohammad Hasan; a.k.a. TOULAI, Mohammadhassan), Iran; DOB 21 Mar 1950 to 20 Mar 1951; citizen Iran; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); National ID No. 1062579488 (Iran); Managing Director of Armed Forces Social Security Investment Company (individual) [IRAN-EO13846] (Linked To: ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY).

TOULAI, Mohammadhassan (a.k.a. TAVALLAEI, Mohammad Hasan; a.k.a. TOULAI, Mohammad Hassan (Arabic: محمد حسن تولائی)), Iran; DOB 21 Mar 1950 to 20 Mar 1951; citizen Iran; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING

PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); National ID No. 1062579488 (Iran); Managing Director of Armed Forces Social Security Investment Company (individual) [IRAN-EO13846] (Linked To: ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY).

TOURISM BANK (a.k.a. BANK-E GARDESHGARI; a.k.a. GARDESHGARI BANK), Vali Asr St., above Vey Park, Shahid Fiazi St., No. 51, first floor, Tehran, Iran; No. 51, Shahid Fayazi St, ValiAsr Ave, Tehran, Iran; Website www.tourismbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'AVIAKOMPANIYA 'KHORS' (a.k.a. AVIAKOMPANIYA KHORS, TOV; a.k.a. KHORS AIR; a.k.a. KHORS AIRCOMPANY; a.k.a. "HORS AIRLINES LTD."), 60 Volunska Street, Kiev 03151, Ukraine; Bud. 34 Bul.Lesi Ukrainky, Kyiv 01133, Ukraine; Lesi Ukraini Bulvar 34, Kiev 252133, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Government Gazette Number 04937956 (Ukraine) [SDGT] [IFSR].

TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU BELKAZTRANS UKRAINA (a.k.a. BELKAZTRANS UKRAINA TOV; a.k.a. BELKAZTRANS UKRAINE (Cyrillic: БЕЛКАЗТРАНС УКРАИНА); a.k.a. BELKAZTRANS UKRAINE LLC), Bud. 3, Korpus A, vul. Leiptsyzka, Kyiv 01015, Ukraine; Organization Established Date 2018; Tax ID No. 419096426535 (Ukraine); Government Gazette Number 41909645 (Ukraine) [BELARUS].

TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'DART' (a.k.a. AIR ALANNA; a.k.a. DART AIRCOMPANY; a.k.a. DART AIRLINES; a.k.a. DART UKRAINIAN AIRLINES; a.k.a. "ALANNA"; a.k.a. "ALANNA LLC"; a.k.a. "DART, LLC"; a.k.a. "DART, TOV"), 26a, Narodnogo Opolchenyia Street, Kiev 03151, Ukraine; Kv. 107, Bud. 15/2 Vul.Shuliavska, Kyiv 01054, Ukraine; Ave. Vozdukhoflostsky 90, Kiev 03036, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No.

252030326052 (Ukraine); Government Gazette Number 25203037 (Ukraine) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU FIDES SHYP MENEDZHMENT (a.k.a. FIDES SHIP MANAGEMENT LLC), Bud.42,VUL.MARSELSKA Suvorovsky R-N, Odessa 65123, Ukraine; Organization Established Date 01 Jan 2015 to 31 Dec 2015; Organization Type: Activities of holding companies; alt. Organization Type: Sea and coastal freight water transport [VENEZUELA-EO13850].

TOVASE DEVELOPMENT CORP, Panama City, Panama; Identification Number IMO 5447549; Company Number 568507 (Panama) [VENEZUELA-EO13850].

TOWARDS SUNSHINE LIMITED, Phnom Penh, Cambodia; Virgin Islands, British; Company Number 1970125 (Virgin Islands, British) [TCO] (Linked To: CHEN, Zhi).

TOWLID ABZAR BORESHI IRAN (a.k.a. IRAN CUTTING TOOLS COMPANY; a.k.a. TABA; a.k.a. TABA COMPANY), Northwest of Karaj at Km 55 Qazvin (alt. Ghazvin) Highway, Haljerd, Iran; No. 66 Sarhang Sakhaei St., Hafez Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

TOWSE SANAYE NIM RESANAYE TARASHE (a.k.a. ANZALI FREE ZONE SEMICONDUCTOR CHIP INDUSTRIES DEVELOPMENT COMPANY (Arabic: شرکت توسعه صنایع نیم رسانای تراشه منطقه آزاد انزلی)), Ground Floor, Building No. 1, Banafsheh Street, Golpar St., Anzali Industrial Zone, Bander-e Port Anzali Industrial Town, Licharegi-ye Hasn Rud Rural District, Central District, Bander-e Anzali County, Gilan Province 4333179345, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 24 Jul 2023; National ID No. 14012436025 (Iran); Registration Number 4202 (Iran) [NPWMD] [IFSR] (Linked To: HAKEMZADEH, Farshad; Linked To: PARSAJAM, Mohsen).

TOYIB, Ibnu (a.k.a. ANSHORI, Abdullah; a.k.a. THOYIB, Ibnu; a.k.a. "ABU FATHI"; a.k.a. "ABU FATIH"); DOB 1958; POB Pacitan, East Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TOYO SHINYO JITSUGYO K.K. (Japanese: 東洋信用実業株式会社), 5-10-11, Shinohara Nakamachi, Nada-ku, Kobe, Hyogo, Japan (Japanese: 灘区篠原中町五丁目１０番１１号灘区篠原中町五丁目１０番１１号, 神戸市神戸市, 兵庫県兵庫県, Japan); Company Number 1400-01-025616 (Japan) [TCO] (Linked To: YAMAGUCHI-GUMI; Linked To: TAKAGI, Yasuo).

TOYS FACTORY, S.A. DE C.V., Blv. Gustavo Diaz Ordaz No. 1, Col. Las Brisas, Tijuana, Baja California, Mexico; Ave. Presidente Carlos Salinas de Gortari No. 5, Col. Infonavit Presidente, Tijuana, Baja California, Mexico; Ave. Poniente Carlos Salinas S/N, Col. Infonavit, Tijuana, Baja California, Mexico; Blv. Gustavo Diaz Ordaz No. 16E-5, Col. Pque Ind. Bajamar Aguila, Tijuana, Baja California, Mexico; R.F.C. TFA021112AR9 (Mexico) [SDNTK].

TPK MAKSIMUM (a.k.a. LIMITED LIABILITY COMPANY TRADING AND PRODUCTION COMPLEX MAXIMUM; a.k.a. LLC TPK MAXIMUM; a.k.a. TORGOVO PROIZVODSTVENNYI KOMPLEKS MAKSIMUM), Ul. Malakhovskogo D. 52, Pomeshch. 10, Voronezh 394019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3662204227 (Russia); Registration Number 1143668026435 (Russia) [RUSSIA-EO14024].

TPK RZM LLC (a.k.a. LIMITED LIABILITY COMPANY TRADE INDUSTRIAL COMPLEX RZM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГОВО ПРОИЗВОДСТВЕННЫЙ КОМПЛЕКС РЗМ)), Tseh 3, Dom 6, Shosse Kudrinskoe, Pushkino 141201, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5038106044 (Russia); Registration Number 1145038003142 (Russia) [RUSSIA-EO14024].

TPK VOSTOK RESURS, ul. Maksima Gorkogo D. 68, Kabinet 501, Izhevsk 426008, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1831081018 (Russia); Registration Number 1021801180026 (Russia) [RUSSIA-EO14024].

TPL SHIPPING (a.k.a. CONG TY CO PHAN THUONG MAI VAN TAI BIEN TRUONG PHAT LOC; a.k.a. TPL SHIPPING JSC; a.k.a. TRUONG PHAT LOC SHIPPING TRADING JOINT STOCK COMPANY; a.k.a. TRUONG PHAT LOC SHIPPING TRDG), 422, Dao Tri,

District 7, Ho Chi Minh City, Vietnam; 422, Dao Tri, Phu Thuan Ward, Ho Chi Minh City, Vietnam; Website https://www.tplshipping.com/; Identification Number IMO 5479491; Company Number 0309613530 (Vietnam); Business Registration Number 4103015716 (Vietnam) [IRAN-EO13846].

TPL SHIPPING JSC (a.k.a. CONG TY CO PHAN THUONG MAI VAN TAI BIEN TRUONG PHAT LOC; a.k.a. TPL SHIPPING; a.k.a. TRUONG PHAT LOC SHIPPING TRADING JOINT STOCK COMPANY; a.k.a. TRUONG PHAT LOC SHIPPING TRDG), 422, Dao Tri, District 7, Ho Chi Minh City, Vietnam; 422, Dao Tri, Phu Thuan Ward, Ho Chi Minh City, Vietnam; Website https://www.tplshipping.com/; Identification Number IMO 5479491; Company Number 0309613530 (Vietnam); Business Registration Number 4103015716 (Vietnam) [IRAN-EO13846].

T-PLATFORMS (Cyrillic: Т-ПЛАТФОРМЫ) (a.k.a. AO T-PLATFORMS), Ul. Krupskoi D.4, Korp.2, Moscow 119311, Russia; Website t-platforms.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736588433 (Russia); Trade License No. 5087746658984 (Russia) [RUSSIA-EO14024].

TPRC LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY TYUMEN PETROLEUM RESEARCH CENTER; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TYUMENSKI NEFTYANOI NAUCHNY TSENTR; a.k.a. TNNTS LIMITED LIABILITY COMPANY), d. 42, ul. Maksima Gorkogo Tyumen, Tyumen region 625048, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Oct 2000; Tax ID No. 7202157173 (Russia); Government Gazette Number 5544280 (Russia); Registration Number 1077203000434 (Russia) [RUSSIA-EO14024].

TPZ-RONDOL OOO (Cyrillic: ООО ТПЗ-РОНДОЛЬ), D. 47-B kom. 406, ul. Marata, Tula, Tulskaya Oblast 300004, Russia; Ul Marata D 139, Tula 300004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Apr 2004; Tax ID No. 7105032482 (Russia); Government Gazette Number 72570950 (Russia); Registration Number 1047100571979 (Russia) [RUSSIA-EO14024].

TR6 PETRO INDIA LLP (a.k.a. TR6 TRADING LLP), Shop No. 23, 24, 248/1 2, Jedhe Park, Rasta Peth, Pune 411011, India; Executive

Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 17 Jun 2022; Identification Number ABB-4044 (India); Legal Entity Number 984500A5CB6A11D49852 [IRAN-EO13846].

TR6 TRADING LLP (a.k.a. TR6 PETRO INDIA LLP), Shop No. 23, 24, 248/1 2, Jedhe Park, Rasta Peth, Pune 411011, India; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 17 Jun 2022; Identification Number ABB-4044 (India); Legal Entity Number 984500A5CB6A11D49852 [IRAN-EO13846].

TRABELSI, Chabaane Ben Mohamed, via Cuasso, n. 2, Porto Ceresio, Varese, Italy; DOB 01 May 1966; POB Rainneen, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L 945660 issued 04 Dec 1998 expires 03 Dec 2001; Italian Fiscal Code TRBCBN66E01Z352O (individual) [SDGT].

TRABELSI, Mourad (a.k.a. ABOU DJARRAH; a.k.a. AL-TRABELSI, Mourad Ben Ali Ben Al-Basheer), Via Geromini 15, Cremona, Italy; DOB 20 May 1969; POB Menzel Temime, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G 827238 issued 01 Jun 1996 expires 31 May 2001; arrested 1 Apr 2003 (individual) [SDGT].

TRACHUK, Arkady Vladimirovich (Cyrillic: ТРАЧУК, Аркадий Владимирович), Russia; DOB 20 Nov 1966; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781105525180 (Russia) (individual) [RUSSIA-EO14024].

TRADACO S.A. (a.k.a. JARACO S.A.; a.k.a. SOKTAR), 45 Route de Frontenex, Geneva CH-1207, Switzerland [IRAQ2].

TRADE BRIDGE GLOBAL INC., Trust Company Complex, Ajeltake Road, Aljeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 13 Aug 2025; Identification Number IMO 0315412; Registration Number 133345 (Marshall Islands) [IRAN-EO13902].

TRADE CAPITAL BANK (a.k.a. BANK TORGOVOY KAPITAL; a.k.a. BANK TORGOVOY KAPITAL ZAO; a.k.a. BANK TORGOVY KAPITAL; a.k.a. "TC BANK"; a.k.a. "TK BANK"), 65A Timiriazeva, Minsk 220035,

Belarus; SWIFT/BIC BBTKBY2X; Website www.tcbank.by; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 807000163 (Belarus) [IRAN] [SDGT] [NPWMD] [IFSR] (Linked To: BANK TEJARAT).

TRADE INITIATIVE ESTABLISHMENT, C/O IGT Intergestions Trust Reg., Aeulestrasse 30, Vaduz 9490, Liechtenstein; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Nov 1968; Registration Number FL-0001.026.862-1 (Liechtenstein) [RUSSIA-EO14024].

TRADE MED MIDDLE EAST (a.k.a. I JET GLOBAL DMCC; a.k.a. TRADE MID MIDDLE EAST; a.k.a. "IJET"), Unit No: 3504, 1 Lake Plaza, Plot No: JLT-PH2-T2A, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Plaza del Olivar, 1 4, Palma de Mallorca, Baleares H24 07002, Spain; 116/8, St. George's Road, St. Julians STJ3203, Malta; Damascus, Syria; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Oct 2014; Organization Type: Service activities incidental to air transportation; Registration Number DMCC19501 (United Arab Emirates) [RUSSIA-EO14024].

TRADE MID MIDDLE EAST (a.k.a. I JET GLOBAL DMCC; a.k.a. TRADE MED MIDDLE EAST; a.k.a. "IJET"), Unit No: 3504, 1 Lake Plaza, Plot No: JLT-PH2-T2A, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Plaza del Olivar, 1 4, Palma de Mallorca, Baleares H24 07002, Spain; 116/8, St. George's Road, St. Julians STJ3203, Malta; Damascus, Syria; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Oct 2014; Organization Type: Service activities incidental to air transportation; Registration Number DMCC19501 (United Arab Emirates) [RUSSIA-EO14024].

TRADE POINT INTERNATIONAL S.A.R.L., 3rd Floor, Gulf Building, Block B, Hafez Al Asad Street, Airport Highway, Bir Hassan, Beirut, Lebanon; Gulf Building, 3rd Floor, Hafiz Al Asad Autostrade, Ghobeiri, Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886; Registration ID 2020615 [SDGT] (Linked To: NOUREDDINE, Mohamad).

TRADESTORY LLC (Cyrillic: ООО ТРЕЙДСТОРИ) (a.k.a. TREIDSTORI), Ul. Nametkina, 10a, Floor 4, Room I, Room 22a, Moscow 117420, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jul 2015; Tax ID No. 7727194785 (Russia); Registration Number 1157746603673 (Russia) [RUSSIA-EO14024].

TRADEX CO (a.k.a. GRAND STORES (THE GAMBIA LOCATION ONLY); a.k.a. TAJCO; a.k.a. TAJCO COMPANY; a.k.a. TAJCO COMPANY LLC; a.k.a. TAJCO LTD; a.k.a. TAJCO SARL), 62 Buckle Street, Banjul, The Gambia; 1 Picton Street, Banjul, The Gambia; Dohat Building 1st Floor, Liberation Avenue, Banjul, The Gambia; Tajco Building, Main Street, Hannawiyah, Tyre, Lebanon; Tajco Building, Hanouay, Sour (Tyre), Lebanon; 30 Sani Abacha Street, Freetown, Sierra Leone; Website www.tajco-ltd.com; alt. Website www.tajcogambia.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; (Tradex Co. is a subsidiary of Tajco Company and operates from the same business address in Freetown, Sierra Leone as Tajco Company.) [SDGT].

TRADING & MARITIME INVESTMENTS (a.k.a. TRADING AND MARITIME INVESTMENTS), San Lorenzo, Honduras [IRAQ2].

TRADING AL-HARM COMPANY (a.k.a. AL HARAM COMMERCIAL COMPANY; a.k.a. AL HARAM FOREIGN EXCHANGE CO. LTD; a.k.a. AL HARAM TRANSFER CO.; a.k.a. AL-HARAM COMPANY FOR MONEY TRANSFER; a.k.a. AL-HARAM EXCHANGE COMPANY; a.k.a. ALHARAM FOR EXCHANGE LTD; a.k.a. AL-HARM TRADING COMPANY; a.k.a. ARABISC HARAM; a.k.a. HARAM TRADING COMPANY; a.k.a. SHARIKAT AL-HARAM LIL-HIWALAT AL-MALIYYAH), Istanbul, Turkey; Mersin, Turkey; Gaziantep, Turkey; Antakya, Turkey; Reyhanli, Turkey; Iskenderun, Turkey; Belen, Turkey; Surmez, Turkey; Kirikhan, Turkey; Bursa, Turkey; Islahiye, Turkey; Alanya, Turkey; Urfa, Turkey; Antalya, Turkey; Narlica, Turkey; Ankara, Turkey; Izmir, Turkey; Konya, Turkey; Kayseri, Turkey; Turkey; Lebanon; Jordan; Sudan; Palestinian; Website

www.arabisc-haram.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

TRADING AND MARITIME INVESTMENTS (a.k.a. TRADING & MARITIME INVESTMENTS), San Lorenzo, Honduras [IRAQ2].

TRADING COMPANY SMS LIMITED (a.k.a. LLC TRADING HOUSE STANKOMASHSTROY; a.k.a. "LLC TD SMS"), Ul. Bugrovka M. D. 20, Penza 440011, Russia; 9A Germana Titova St., Penza 440028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5835109448 (Russia); Registration Number 1145835004545 (Russia) [RUSSIA-EO14024].

TRADING HOUSE ESKO (a.k.a. LLC TRADING HOUSE ENERGOSPETSKOMPLEKT; a.k.a. TD ESKO LIMITED), Ul. Pionerskaya, Floor / Pomesch Polupodval, Lit. A., Kom. 10-12, Krasnogorsk 143402, Russia; Promyshlennaya St., House 16A, Yaroslavl 150064, Russia; Ul. Gilyarovskogo, Dom 51, Moscow 129110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7702790095 (Russia); Registration Number 1127746401419 (Russia) [RUSSIA-EO14024].

TRADING HOUSE PROTON-ELECTROTEX (a.k.a. AKTSIONERNOE OBSHCHESTVO TORGOVYI DOM PROTON-ELEKTROTEKS; a.k.a. AO TD PROTON-ELEKTROTEKS), ul. Leskova d. 19, pomeshchenie 27, office 14, Orel 302040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5753039510 (Russia); Registration Number 1065753010641 (Russia) [RUSSIA-EO14024].

TRADIVE GENERAL TRADING L.L.C (a.k.a. MOTAH GENERAL TRADING, L.L.C.), P.O. Box 86436, Dubai, United Arab Emirates; Organization Established Date 11 Nov 2018; Organization Type: Non-specialized wholesale trade; Chamber of Commerce Number 1374345 (United Arab Emirates); Business Registration Number 818826 (United Arab Emirates) [SUDAN-EO14098].

TRADOS COMERCIO, S. DE R.L. DE C.V., Bahia de Banderas, Nayarit, Mexico; Organization Established Date 19 Jun 2019; Organization Type: Construction of buildings; Folio Mercantil No. N-2019051660 (Mexico) [ILLICIT-DRUGS-EO14059].

TRAINING CENTER OF THE MINISTRY OF THE INTERIOR OF THE RUSSIAN FEDERATION IN MANAGUA (a.k.a. CENTRO DE CAPACITACION DEL MINISTERIO DEL INTERIOR DE LA FEDERACION DE RUSIA EN MANAGUA; a.k.a. TRAINING CENTER OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS IN MANAGUA (Cyrillic: УЧЕБНЫЙ ЦЕНТР МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИИ В МАНАГУА); a.k.a. "CENTRO DE CAPACITACION ANTINARCOTICO RUSIA-NICARAGUA"; a.k.a. "MVD TRAINING CENTER" (Cyrillic: "УЧЕБНЫЙ ЦЕНТР МВД"); a.k.a. "RUSSIA-NICARAGUA ANTI-NARCOTICS TRAINING CENTER"), Las Colinas, 3a Etapa, Managua 14199, Nicaragua; Organization Established Date 01 Oct 2017; Target Type Government Entity [NICARAGUA] (Linked To: NICARAGUAN NATIONAL POLICE).

TRAINING CENTER OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS IN MANAGUA (Cyrillic: УЧЕБНЫЙ ЦЕНТР МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИИ В МАНАГУА) (a.k.a. CENTRO DE CAPACITACION DEL MINISTERIO DEL INTERIOR DE LA FEDERACION DE RUSIA EN MANAGUA; a.k.a. TRAINING CENTER OF THE MINISTRY OF THE INTERIOR OF THE RUSSIAN FEDERATION IN MANAGUA; a.k.a. "CENTRO DE CAPACITACION ANTINARCOTICO RUSIA-NICARAGUA"; a.k.a. "MVD TRAINING CENTER" (Cyrillic: "УЧЕБНЫЙ ЦЕНТР МВД"); a.k.a. "RUSSIA-NICARAGUA ANTI-NARCOTICS TRAINING CENTER"), Las Colinas, 3a Etapa, Managua 14199, Nicaragua; Organization Established Date 01 Oct 2017; Target Type Government Entity [NICARAGUA] (Linked To: NICARAGUAN NATIONAL POLICE).

TRAKIA-PAPIR 96 OOD (a.k.a. "TRAKIA-PAPER 96 OOD"), 9 Iskar, Oborishte Distr, Sofia, Bulgaria; Organization Established Date 1996; Government Gazette Number 121220666 (Bulgaria) [GLOMAG] (Linked To: NOVE-AD-HOLDING AD).

TRANS ARCTIC GLOBAL MARINE SERVICES PTE. LTD., Harbourfront Centre, 1 Maritime Square #12-19, 099253, Singapore; Website tagmspl.com; Organization Established Date 20 May 2014; Identification Number 201414505H (Singapore) [IRAN-EO13902].

TRANS ASIA INTERNATIONAL HOLDING GROUP THAILAND COMPANY LIMITED (a.k.a. HUANYA INTERNATIONAL HOLDING GROUP), 100/20 Prasat Withee Road, Mae Sot, Tak 63110, Thailand; Organization Established Date 24 Feb 2020; Organization Type: Non-specialized wholesale trade; Registration Number 0635563000201 (Thailand) [BURMA-EO14014] [CYBER4].

TRANS GAZELLE (a.k.a. TRANS GAZELLE SPRL; a.k.a. TRANSGAZELLE), Congo, Democratic Republic of the; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ASSI, Saleh).

TRANS GAZELLE SPRL (a.k.a. TRANS GAZELLE; a.k.a. TRANSGAZELLE), Congo, Democratic Republic of the; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ASSI, Saleh).

TRANS GULF AGENCY (a.k.a. TRANS GULF AGENCY LLC (Arabic: ترانس جولف ايجانسيي)), P.O Box 7742, Office No 202, Fitco Building 3, Inside Fujairah Seaport, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; Khorfakkan, United Arab Emirates; Website www.transgulfagency.ae; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 19 Jun 2014; alt. Organization Established Date 08 Nov 2015; License 1013348 (United Arab Emirates); alt. License 745668 (United Arab Emirates); Economic Register Number (CBLS) 10382731 (United Arab Emirates); alt. Economic Register Number (CBLS) 10932144 (United Arab Emirates) [SDGT] (Linked To: SEA ART SHIP MANAGEMENT OPC PRIVATE LIMITED).

TRANS GULF AGENCY LLC (Arabic: ترانس جولف ايجانسيي) (a.k.a. TRANS GULF AGENCY), P.O Box 7742, Office No 202, Fitco Building 3, Inside Fujairah Seaport, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; Khorfakkan, United Arab Emirates; Website www.transgulfagency.ae; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 19 Jun 2014; alt. Organization Established Date 08 Nov 2015; License 1013348 (United Arab Emirates); alt. License 745668 (United Arab Emirates); Economic Register Number (CBLS) 10382731 (United Arab Emirates); alt. Economic Register Number (CBLS) 10932144 (United Arab Emirates)

[SDGT] (Linked To: SEA ART SHIP MANAGEMENT OPC PRIVATE LIMITED).

TRANS KAPITAL LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРАНС КАПИТАЛ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TRANS KAPITAL; a.k.a. TRANS KAPITAL LLC (Cyrillic: ООО ТРАНС КАПИТАЛ); a.k.a. TRANS KAPITAL, OOO), Room 1, Building 1, Fire Lane, Noginsk, Bogorodskiy Urban District, Moscow Oblast 142400, Russia; Building 29, SNT Poltevo Territory, Noginsk, Bogorodskiy Urban District, Moscow Oblast, Russia; Room 1, 3 Lenin Avenue, Balashikha, Moscow Oblast 143900, Russia; Letter B, Office 10, Plot 68, Proyektnaya Street, Balashikha, Moscow Oblast 143921, Russia; d. 2 pom. 1, per. Izmailovski, Noginsk, Moscow Region 142400, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 5001101089 (Russia); Government Gazette Number 34892010 (Russia); Business Registration Number 1145001004378 (Russia) issued 06 Nov 2014 [DPRK] (Linked To: GAZARYAN, Rafael Anatolyevich).

TRANS KAPITAL LLC (Cyrillic: ООО ТРАНС КАПИТАЛ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TRANS KAPITAL; a.k.a. TRANS KAPITAL LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРАНС КАПИТАЛ); a.k.a. TRANS KAPITAL, OOO), Room 1, Building 1, Fire Lane, Noginsk, Bogorodskiy Urban District, Moscow Oblast 142400, Russia; Building 29, SNT Poltevo Territory, Noginsk, Bogorodskiy Urban District, Moscow Oblast, Russia; Room 1, 3 Lenin Avenue, Balashikha, Moscow Oblast 143900, Russia; Letter B, Office 10, Plot 68, Proyektnaya Street, Balashikha, Moscow Oblast 143921, Russia; d. 2 pom. 1, per. Izmailovski, Noginsk, Moscow Region 142400, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 5001101089 (Russia); Government Gazette Number 34892010 (Russia); Business

Registration Number 1145001004378 (Russia) issued 06 Nov 2014 [DPRK] (Linked To: GAZARYAN, Rafael Anatolyevich).

TRANS KAPITAL, OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TRANS KAPITAL; a.k.a. TRANS KAPITAL LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРАНС КАПИТАЛ); a.k.a. TRANS KAPITAL LLC (Cyrillic: ООО ТРАНС КАПИТАЛ)), Room 1, Building 1, Fire Lane, Noginsk, Bogorodskiy Urban District, Moscow Oblast 142400, Russia; Building 29, SNT Poltevo Territory, Noginsk, Bogorodskiy Urban District, Moscow Oblast, Russia; Room 1, 3 Lenin Avenue, Balashikha, Moscow Oblast 143900, Russia; Letter B, Office 10, Plot 68, Proyektnaya Street, Balashikha, Moscow Oblast 143921, Russia; d. 2 pom. 1, per. Izmailovski, Noginsk, Moscow Region 142400, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 5001101089 (Russia); Government Gazette Number 34892010 (Russia); Business Registration Number 1145001004378 (Russia) issued 06 Nov 2014 [DPRK] (Linked To: GAZARYAN, Rafael Anatolyevich).

TRANS LOGISTIK, OOO (Cyrillic: ООО ТРАНС ЛОГИСТИК) (a.k.a. "TRANS LOGISTIC"), d. 37 litera A etazh, pom., ofis 2/66/215, prospekt Stachek, St. Petersburg 198097, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7805719070 (Russia); Government Gazette Number 20567335 (Russia); Registration Number 1177847397848 (Russia) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

TRANS MERITS CO. LTD., 1F, No. 49, Lane 280, Kuang Fu S. Road, Taipei, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Business Registration Document # 16316976 (Taiwan) [NPWMD].

TRANS MULTI MECHANICS CO. LTD. (a.k.a. FENG SHENG CO., LTD.), 19, Chin Ho Lane, Chung Cheng Rd., Taya District, Taichung City, Taiwan; No 19, Jinhe Lane, Zhongzheng Road, Daya District, Taichung City, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

TRANS NOVE OOD, 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2007; V.A.T. Number BG 175433597 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

TRANS PACIFIC WORLD LEASING LIMITED, First Floor International Building, Kumul Highway, Port Vila, Vanuatu; P.O. Box 213, Port Vila, Vanuatu [SDNT].

TRANS SCIENTIFIC CORP. (a.k.a. GLOBAL INTERFACE COMPANY INC.), 9F-1, No. 22, Hsin Yi Rd., Sec. 2, Taipei, Taiwan; 1st Floor, No. 49, Lane 280, Kuang Fu S. Road, Taipei, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Business Registration Document # 12873346 (Taiwan) [NPWMD].

TRANS SIBERIAN GOLD LIMITED, Monomark House, 27 Old Gloucester Street, London WC1N 3AX, United Kingdom; 85 Great Portland Street, First Floor, London W1W 7LT, United Kingdom; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 01067991 (United Kingdom) [RUSSIA-EO14024].

TRANSADRIA LTD, Evagora Pallikaridi, 11, Argaka, Paphos 8873, Cyprus (Greek: Ευαγόρα Παλληκαρίδη, 11, Αργάκα, Πάφος 8873, Cyprus); Registration Number HE 418991 (Cyprus) [PEESA-EO14039].

TRANSATLANTIC PARTNERS PTE. LTD., 10 Anson Road, #29-05A, International Plaza, 079903, Singapore; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

TRANSAVIAEXPORT AIRLINES (f.k.a. AAT AVIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: ААТ АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. AAT TAE AVIYA (Cyrillic: ААТ ТАЕ АВІЯ); f.k.a. ADKRYTAE AKTSIYANERNAE TAVARYSTVA AVIIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA TAE AVIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ТАЕ АВІЯ); f.k.a. AVIAKOMPANIYA TRANSAVIAEKSPORT OAO; a.k.a. JOINT STOCK COMPANY TRANSAVIAEXPORT AIRLINES; a.k.a. JSC TRANSAVIAEXPORT AIRLINES; f.k.a. OAO AVIAKOMPANIYA TRANSAVIAEKSPORT (Cyrillic: ОАО АВИАКОМПАНИЯ ТРАНСАВИАЭКСПОРТ); a.k.a. OAO TAE AVIA (Cyrillic: ОАО ТАЕ АВИА); f.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO AVIAKOMPANIYA TRANSAVIAEKSPORT; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO TAE AVIA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАЕ АВИА)), 44, Zakharova Str., Minsk 220034, Belarus (Cyrillic: Ул. Захарова, 44, Минск 220034, Belarus); d. 11, Ul. Pervomayskaya, Minsk 220034, Belarus (Cyrillic: д. 11, ул. Первомайская, Минск 220034, Belarus); Organization Established Date 28 Dec 1992; Registration Number 100027245 (Belarus) [BELARUS-EO14038].

TRANSCAPITALBANK PJSC (a.k.a. JOINT STOCK BANK TRANSCAPITALBANK; a.k.a. JOINT STOCK COMMERCIAL BANK TRANSCAPITALBANK CLOSED JOINT STOCK COMPANY; f.k.a. OPEN JOINT STOCK BANK TRANSCAPITALBANK; a.k.a. PJSC TRANSKAPITALBANK; a.k.a. PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСКАПИТАЛБАНК); a.k.a. TKB BANK PJSC (Cyrillic: ТКБ БАНК ПАО); a.k.a. TRANSKAPITALBANK; a.k.a. "TKB PJSC"), 27/35, Voroncovskaya Ul., Moscow 109147, Russia; Bldg. 1, 24/2, Pokrovka str., Moscow 105062, Russia; SWIFT/BIC TJSCRUMM; Website www.tkbbank.ru; alt. Website tkbbank.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1992; Target Type Financial Institution; Tax ID No. 7709129705 (Russia); Registration Number 1027739186970 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

TRANSCIBA (a.k.a. COMERCIALIZADORA E INVERSIONES BUSTOS ARIZA Y CIA. S.C.S.), Avenida Ciudad de Cali No. 10A-42, Bogota, Colombia; Calle 20 No. 82-52 of. 454, Bogota, Colombia; Transversal 49B No. 3A-25 of. 101-303, Bogota, Colombia; NIT # 830084978-9 (Colombia) [SDNTK].

TRANS-FLOT JSC (a.k.a. JSC TRANS-FLOT), ul Ventseka 1/97, Samara 443099, Russia; Website www.trans-flot.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

TRANSGAZELLE (a.k.a. TRANS GAZELLE; a.k.a. TRANS GAZELLE SPRL), Congo, Democratic Republic of the; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ASSI, Saleh).

TRANSIT BUSINESS ASSOCIATION OF LATVIA (a.k.a. LATVIAN TRANSIT BUSINESS ASSOCIATION; a.k.a. LATVIJAS TRANZITA BIZNESA ASOCIACIJA), 66 Dzintaru iela, Ventspils LV-3602, Latvia; Tax ID No. 40008008110 (Latvia) [GLOMAG] (Linked To: LEMBERGS, Aivars).

TRANSKAPITALBANK (a.k.a. JOINT STOCK BANK TRANSCAPITALBANK; a.k.a. JOINT STOCK COMMERCIAL BANK TRANSCAPITALBANK CLOSED JOINT STOCK COMPANY; f.k.a. OPEN JOINT STOCK BANK TRANSCAPITALBANK; a.k.a. PJSC TRANSKAPITALBANK; a.k.a. PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСКАПИТАЛБАНК); a.k.a. TKB BANK PJSC (Cyrillic: ТКБ БАНК ПАО); a.k.a. TRANSCAPITALBANK PJSC; a.k.a. "TKB PJSC"), 27/35, Voroncovskaya Ul., Moscow 109147, Russia; Bldg. 1, 24/2, Pokrovka str., Moscow 105062, Russia; SWIFT/BIC TJSCRUMM; Website www.tkbbank.ru; alt. Website tkbbank.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1992; Target Type Financial Institution; Tax ID No. 7709129705 (Russia); Registration Number 1027739186970 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

TRANSMARINE NAVIGATION M SDN. BHD., No. 43A, Jalan Gaya 27, Taman Gaya, Ulu Tiram, Johor Bahru, Johor 81800, Malaysia; Wisma B, Unit 2.10, 2nd Floor, Pelabuhan, Tanjung Pelepas Geland Patah, Johor Bahru, Johor 81560, Malaysia; Website mytransmarine.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 14 Sep 2011; Trade License No. 960156-A (Malaysia); alt. Trade License No. 201101032021 (Malaysia) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

TRANSMART AG (a.k.a. TRANSMART DMCC (Arabic: ترانسمارت م.د.م.س); a.k.a. TRANSMART GLOBAL TRADING PRIVATE LIMITED), Unit Number 1606 to 1610, Floor 16, Tower X3, Jumeirah Bay Tower, Dubai, United Arab Emirates; Jumeirah Lakes Tower, Unit Number 1606 to 1610, Jumeirah, Bay Tower X3 Plot No: JLT-PH2-X3A, 126422, Dubai, United Arab Emirates; PO Box 126422, Dubai, United Arab Emirates; Hirsernweg 11 Hergiswil, NW 6052, Switzerland; Information Technology Park 25/517/14, Ananya Tower, MG Road 680001 Trichur, Kerala, India; Website www.transmartdmcc.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Apr 2011; alt. Organization Established Date 12 Mar 2019; alt. Organization Established Date 04 May 2022; National ID No. CHE-418.995.816 (Switzerland); Trade License No. CH-150.3.476.957-7 (Switzerland); alt. Trade License No. U52590KL2022FTC075362 (India); Business Registration Number DMCC-31631 (United Arab Emirates); Economic Register Number (CBLS) 11465311 (United Arab Emirates) [SDGT] (Linked To: CGN TRADE FZE; Linked To: VAHAP, Zabi).

TRANSMART DMCC (Arabic: ترانسمارت م.د.م.س) (a.k.a. TRANSMART AG; a.k.a. TRANSMART GLOBAL TRADING PRIVATE LIMITED), Unit Number 1606 to 1610, Floor 16, Tower X3, Jumeirah Bay Tower, Dubai, United Arab Emirates; Jumeirah Lakes Tower, Unit Number 1606 to 1610, Jumeirah, Bay Tower X3 Plot No: JLT-PH2-X3A, 126422, Dubai, United Arab Emirates; PO Box 126422, Dubai, United Arab Emirates; Hirsernweg 11 Hergiswil, NW 6052, Switzerland; Information Technology Park 25/517/14, Ananya Tower, MG Road 680001 Trichur, Kerala, India; Website www.transmartdmcc.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Apr 2011; alt. Organization Established Date 12 Mar 2019; alt. Organization Established Date 04 May 2022; National ID No. CHE-418.995.816 (Switzerland); Trade License No. CH-150.3.476.957-7 (Switzerland); alt. Trade License No. U52590KL2022FTC075362 (India); Business Registration Number DMCC-31631 (United Arab Emirates); Economic Register Number (CBLS) 11465311 (United Arab Emirates) [SDGT] (Linked To: CGN TRADE FZE; Linked To: VAHAP, Zabi).

TRANSMART GLOBAL TRADING PRIVATE LIMITED (a.k.a. TRANSMART AG; a.k.a. TRANSMART DMCC (Arabic: ترانسمارت م.د.م.س)), Unit Number 1606 to 1610, Floor 16, Tower X3, Jumeirah Bay Tower, Dubai, United Arab Emirates; Jumeirah Lakes Tower, Unit Number 1606 to 1610, Jumeirah, Bay Tower X3 Plot No: JLT-PH2-X3A, 126422, Dubai, United Arab Emirates; PO Box 126422, Dubai, United Arab Emirates; Hirsernweg 11 Hergiswil, NW 6052, Switzerland; Information Technology Park 25/517/14, Ananya Tower, MG Road 680001 Trichur, Kerala, India; Website www.transmartdmcc.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Apr 2011; alt. Organization Established Date 12 Mar 2019; alt. Organization Established Date 04 May 2022; National ID No. CHE-418.995.816 (Switzerland); Trade License No. CH-150.3.476.957-7 (Switzerland); alt. Trade License No. U52590KL2022FTC075362 (India); Business Registration Number DMCC-31631 (United Arab Emirates); Economic Register Number (CBLS) 11465311 (United Arab Emirates) [SDGT] (Linked To: CGN TRADE FZE; Linked To: VAHAP, Zabi).

TRANSMASHHOLDING JSC (a.k.a. AO TRANSMASHHOLDING; a.k.a. "TMH"), ul. Efremova D. 10, Moscow 119048, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7723199790 (Russia); Registration Number 1027739893246 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

TRANSMORFLOT LLC (a.k.a. MG-FLOT LIMITED LIABILITY COMPANY; a.k.a. MG-FLOT LLC (Cyrillic: ООО МГ-ФЛОТ); a.k.a. MG-FLOT OOO; a.k.a. TRANSMORFLOT

SHIPPING COMPANY; a.k.a. TRANSMORPORT OOO), House 18 D Premise 1, Lenina Street, Akhtynskiy District, Republic of Dagestan 368730, Russia; ul. Chkalova, D. 27, Olya, Astrakhan Oblast 416425, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Feb 2005; Tax ID No. 3017041900 (Russia); Identification Number IMO 6330601; alt. Identification Number IMO 6016988; Government Gazette Number 75191644 (Russia); Business Registration Number 1053001124483 (Russia) [RUSSIA-EO14024].

TRANSMORFLOT SHIPPING COMPANY (a.k.a. MG-FLOT LIMITED LIABILITY COMPANY; a.k.a. MG-FLOT LLC (Cyrillic: ООО МГ-ФЛОТ); a.k.a. MG-FLOT OOO; a.k.a. TRANSMORFLOT LLC; a.k.a. TRANSMORPORT OOO), House 18 D Premise 1, Lenina Street, Akhtynskiy District, Republic of Dagestan 368730, Russia; ul. Chkalova, D. 27, Olya, Astrakhan Oblast 416425, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Feb 2005; Tax ID No. 3017041900 (Russia); Identification Number IMO 6330601; alt. Identification Number IMO 6016988; Government Gazette Number 75191644 (Russia); Business Registration Number 1053001124483 (Russia) [RUSSIA-EO14024].

TRANSMORPORT OOO (a.k.a. MG-FLOT LIMITED LIABILITY COMPANY; a.k.a. MG-FLOT LLC (Cyrillic: ООО МГ-ФЛОТ); a.k.a. MG-FLOT OOO; a.k.a. TRANSMORFLOT LLC; a.k.a. TRANSMORFLOT SHIPPING COMPANY), House 18 D Premise 1, Lenina Street, Akhtynskiy District, Republic of Dagestan 368730, Russia; ul. Chkalova, D. 27, Olya, Astrakhan Oblast 416425, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Feb 2005; Tax ID No. 3017041900 (Russia); Identification Number IMO 6330601; alt. Identification Number IMO 6016988; Government Gazette Number 75191644 (Russia); Business Registration Number 1053001124483 (Russia) [RUSSIA-EO14024].

TRANSOIL SNG LIMITED COMPANY (a.k.a. OOO TRANSOIL (Cyrillic: ООО ТРАНСОЙЛ)), Petrogradskaya Nab 18 A, Saint Petersburg, Russia; 31/1 Mayakovskogo, Saint Petersburg 191014, Russia; Secondary sanctions risk:

Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811139006 (Russia); Registration Number 1037825043200 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: TIMCHENKO, Gennady Nikolayevich).

TRANSPETROCHART CO LTD, prospekt Engelsa 30, St Petersburg 194156, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

TRANSPORT AND LOGISTICS CENTER ELEKTROUGLI (a.k.a. OBLTRANSTERMINAL), Ul. Zheleznodorozhnaya, Vld 29, Str. 1, Pomeshch. 88, Elektrougli 142455, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5053042571 (Russia); Registration Number 1165053050579 (Russia) [RUSSIA-EO14024].

TRANSPORTADORA PUREPECHA S.A. DE C.V. (a.k.a. PUREPECHA TRUCKING CO.), Avenida de la Revolution 7, Zumpimito, Carr. Apatzingan y Articulo 27, Uruapan, Michoacan 60190, Mexico; Km. 7 Carretera Antigua, Nuevo Laredo, Tamaulipas, Mexico; Zaragoza 1050, Reynosa, Tabasco, Mexico; R.F.C. TPU991105FB4 (Mexico) [SDNTK].

TRANSPORTE URBANO Y SUBURBANO DEL V MUNICIPIO S.A. DE C.V., Playas de Rosarito, Baja California, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 17 Sep 2007; Organization Type: Other transportation support activities; Folio Mercantil No. 471 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: ARCEGA AGUIRRE, Candelario).

TRANSPORTES AEREAS UCHIZA S.A. (a.k.a. TAUSA S.A.; a.k.a. TRANSPORTES AEREOS UNIDOS SELVA AMAZONICA S.A.), Calle Soledad 111, Int. 302, Lima, Peru; RUC # 20110372320 (Peru) [SDNTK].

TRANSPORTES AEREOS UNIDOS SELVA AMAZONICA S.A. (a.k.a. TAUSA S.A.; f.k.a. TRANSPORTES AEREAS UCHIZA S.A.), Calle Soledad 111, Int. 302, Lima, Peru; RUC # 20110372320 (Peru) [SDNTK].

TRANSPORTES J.L. CORDON (a.k.a. OBRA CIVIL Y CARRETERAS), Guatemala; NIT # 4985931 (Guatemala) [SDNTK].

TRANSPORTES LC (a.k.a. CONSTRUCTORA H.L.P.; a.k.a. GASOLINERA JESUS MARIA), La Reforma, Zacapa, Guatemala; NIT # 557109K (Guatemala) [SDNTK].

TRANSPORTES REFRIGERADOS PANDAS TRUCKING, SOCIEDAD ANONIMA DE CAPITAL VARIABLE (a.k.a. "PANDAS FRIOS"), Culiacan, Sinaloa, Mexico; Organization Established Date 02 Mar 2012; Folio Mercantil No. 81513 (Mexico) [ILLICIT-DRUGS-EO14059].

TRANSSERVICE LLC (a.k.a. LIMITED LIABILITY COMPANY TRANSSERVIS; a.k.a. OBSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TRANSSERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРАНССЕРВИС); a.k.a. OOO TRANSSERVIS (Cyrillic: ООО ТРАНССЕРВИС)), D. 35 Prospekt Gubkina, Omsk, Omskaya Oblast 664035, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: OOO TRANSOIL).

TRANSSTROI OOO (Cyrillic: ТРАНССТРОЙ ООО) (a.k.a. TRANSSTROY LIMITED LIABILITY COMPANY), Office 204, ul K Marksa 15, Arkhangelsk 163000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2901209499 (Russia); Registration Number 1102901011510 (Russia) [RUSSIA-EO14024].

TRANSSTROIMEKHANIZATSIYA LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TRANSSTROIMEKHANIZATSIYA; a.k.a. TRANSSTROIMEKHANIZATSIYA OOO; a.k.a. TRANSSTROYMEKHANIZATSIYA), Ul. Kievskaya D. 7, Moscow 121059, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Jul 2005; Tax ID No. 7715568411 (Russia); Government Gazette Number 7800228 (Russia); Registration Number 1057747413767 (Russia) [RUSSIA-EO14024].

TRANSSTROIMEKHANIZATSIYA OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TRANSSTROIMEKHANIZATSIYA; a.k.a. TRANSSTROIMEKHANIZATSIYA LIMITED LIABILITY COMPANY; a.k.a. TRANSSTROYMEKHANIZATSIYA), Ul. Kievskaya D. 7, Moscow 121059, Russia; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Organization Established Date 08 Jul 2005; Tax ID No. 7715568411 (Russia); Government Gazette Number 7800228 (Russia); Registration Number 1057747413767 (Russia) [RUSSIA-EO14024].

TRANSSTROY LIMITED LIABILITY COMPANY (a.k.a. TRANSSTROI OOO (Cyrillic: ТРАНССТРОЙ ООО)), Office 204, ul K Marksa 15, Arkhangelsk 163000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2901209499 (Russia); Registration Number 1102901011510 (Russia) [RUSSIA-EO14024].

TRANSSTROYMEKHANIZATSIYA (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TRANSSTROIMEKHANIZATSIYA; a.k.a. TRANSSTROIMEKHANIZATSIYA LIMITED LIABILITY COMPANY; a.k.a. TRANSSTROIMEKHANIZATSIYA OOO), Ul. Kievskaya D. 7, Moscow 121059, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Jul 2005; Tax ID No. 7715568411 (Russia); Government Gazette Number 7800228 (Russia); Registration Number 1057747413767 (Russia) [RUSSIA-EO14024].

TRANZ-TEL, A.S. (f.k.a. NORAM - AZD, A.S.), Krizna 47, Bratislava 1 - Mestska Cast Ruzinov, Bratislava 81107, Slovakia; Tax ID No. 202141989 (Slovakia); Registration Number 35720514 (Slovakia) [GLOMAG] (Linked To: KOCNER, Marian).

TRAPSA (a.k.a. TALLER DE REPARACIONES DE AERODINOS SUS PARTES Y SERVICIOS AEREOS S.A.), Avenida Aviacion 650, Tarapoto, San Martin, Peru; RUC # 20104242244 (Peru) [SDNTK].

TRAST KONG OOO (a.k.a. LIMITED LIABILITY COMPANY TRAST KONG (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРАСТ КОНГ)), 27/4 Bolshaya Bronnaya, Building 1, Moscow, Russia; 2 Institutski Lane, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Sep 2002; Tax ID No. 7710438578 (Russia); Registration Number 1027710010151 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

TRAVER PERMISIONARIOS, S.A. DE C.V., Veracruz, Veracruz, Mexico; Organization Established Date 07 Aug 2019; Organization Type: Transportation and storage; Folio Mercantil No. N-2019067788 (Mexico) [ILLICIT-DRUGS-EO14059].

TRAVNIKOV, Andrei Alexandrovich (a.k.a. TRAVNIKOV, Andrey Aleksandrovich (Cyrillic: ТРАВНИКОВ, Андрей Александрович); a.k.a. TRAVNIKOV, Andrey Alexandrovich), Novosibirsk, Russia; DOB 01 Feb 1971; POB Cherepovets, Vologda Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 352803520184 (Russia) (individual) [RUSSIA-EO14024].

TRAVNIKOV, Andrey Aleksandrovich (Cyrillic: ТРАВНИКОВ, Андрей Александрович) (a.k.a. TRAVNIKOV, Andrei Alexandrovich; a.k.a. TRAVNIKOV, Andrey Alexandrovich), Novosibirsk, Russia; DOB 01 Feb 1971; POB Cherepovets, Vologda Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 352803520184 (Russia) (individual) [RUSSIA-EO14024].

TRAVNIKOV, Andrey Alexandrovich (a.k.a. TRAVNIKOV, Andrei Alexandrovich; a.k.a. TRAVNIKOV, Andrey Aleksandrovich (Cyrillic: ТРАВНИКОВ, Андрей Александрович)), Novosibirsk, Russia; DOB 01 Feb 1971; POB Cherepovets, Vologda Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 352803520184 (Russia) (individual) [RUSSIA-EO14024].

TRAVNIKOVA, Anna (Cyrillic: ТРАВНИКОВА, Анна) (a.k.a. "TAUSENT, Anna"; a.k.a. "TOWSENT, Anna"), Kaluga, Russia; DOB 09 Jan 1990; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

TREAL M LIMITED LIABILITY COMPANY, Proezd Boksitovyi Str. 1, Yekaterinburg 620030, Russia; Proletarskaya, 2A, office 26, Aramyl 624003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6685108807 (Russia); Registration Number 1169658023358 (Russia) [RUSSIA-EO14024].

TREID-INVEST, OOO (Cyrillic: ООО ТРЕЙД-ИНВЕСТ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TREID-INVEST), 11/2, ul., Sadovaya-Chernogryazskaya Moscow, Moscow 105064, Russia; D-U-N-S Number 50-722-5114; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7701416320 (Russia); Government Gazette Number 40214946 (Russia); Registration Number 5147746418782 (Russia) [CYBER2] (Linked To: GUSEV, Denis Igorevich).

TREIDSTORI (a.k.a. TRADESTORY LLC (Cyrillic: ООО ТРЕЙДСТОРИ)), Ul. Nametkina, 10a, Floor 4, Room I, Room 22a, Moscow 117420, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jul 2015; Tax ID No. 7727194785 (Russia); Registration Number 1157746603673 (Russia) [RUSSIA-EO14024].

TREN DE ARAGUA (a.k.a. EL TREN DE ARAGUA; a.k.a. "ARAGUA TRAIN"), Venezuela; Colombia; Chile; Peru; Ecuador; Brazil; Bolivia; Panama; United States; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT] [TCO].

TREND GAYRIMENKUL YATIRIM ORTAKLIGI A.S. (f.k.a. ANDA GAYRIMENKUL; f.k.a. ANDA REAL ESTATE AND CONSTRUCTION INDUSTRY TRADE LIMITED COMPANY; f.k.a. ANDA TURK; f.k.a. ANDA-TURK; f.k.a. ANDA-TURK CO.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI ANONIM SIRKETI; a.k.a. TREND GYO; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP, JOINT STOCK COMPANY), Gursel Neighborhood, Imrahor Street, Kagithane Polat Office Building, No. 23, A Block, 4th Floor, Kagithane, Istanbul 34400, Turkey; Polat Ofis, Kat 4, 23 / A, Imrahor Caddesi, Gursel Mahallesi, Kagithane, Istanbul 34400, Turkey; Website www.trendgyo.com.tr; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ISIN TRETGYO00023; Tax ID No. Sisli TA/0690472808 (Turkey); Registration Number 599791 (Turkey); Central Registration System Number 69047680800020 (Turkey) [SDGT] (Linked To: HAMAS).

TREND GAYRIMENKUL YATIRIM ORTAKLIGI ANONIM SIRKETI (f.k.a. ANDA GAYRIMENKUL; f.k.a. ANDA REAL ESTATE AND CONSTRUCTION INDUSTRY TRADE LIMITED COMPANY; f.k.a. ANDA TURK; f.k.a. ANDA-TURK; f.k.a. ANDA-TURK CO.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI

A.S.; a.k.a. TREND GYO; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP, JOINT STOCK COMPANY), Gursel Neighborhood, Imrahor Street, Kagithane Polat Office Building, No. 23, A Block, 4th Floor, Kagithane, Istanbul 34400, Turkey; Polat Ofis, Kat 4, 23 / A, Imrahor Caddesi, Gursel Mahallesi, Kagithane, Istanbul 34400, Turkey; Website www.trendgyo.com.tr; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ISIN TRETGYO00023; Tax ID No. Sisli TA/0690472808 (Turkey); Registration Number 599791 (Turkey); Central Registration System Number 69047680800020 (Turkey) [SDGT] (Linked To: HAMAS).

TREND GYO (f.k.a. ANDA GAYRIMENKUL; f.k.a. ANDA REAL ESTATE AND CONSTRUCTION INDUSTRY TRADE LIMITED COMPANY; f.k.a. ANDA TURK; f.k.a. ANDA-TURK; f.k.a. ANDA-TURK CO.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI A.S.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI ANONIM SIRKETI; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP, JOINT STOCK COMPANY), Gursel Neighborhood, Imrahor Street, Kagithane Polat Office Building, No. 23, A Block, 4th Floor, Kagithane, Istanbul 34400, Turkey; Polat Ofis, Kat 4, 23 / A, Imrahor Caddesi, Gursel Mahallesi, Kagithane, Istanbul 34400, Turkey; Website www.trendgyo.com.tr; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ISIN TRETGYO00023; Tax ID No. Sisli TA/0690472808 (Turkey); Registration Number 599791 (Turkey); Central Registration System Number 69047680800020 (Turkey) [SDGT] (Linked To: HAMAS).

TREND REAL ESTATE INVESTMENT PARTNERSHIP (f.k.a. ANDA GAYRIMENKUL; f.k.a. ANDA REAL ESTATE AND CONSTRUCTION INDUSTRY TRADE LIMITED COMPANY; f.k.a. ANDA TURK; f.k.a. ANDA-TURK; f.k.a. ANDA-TURK CO.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI A.S.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI ANONIM SIRKETI; a.k.a. TREND GYO; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP, JOINT STOCK COMPANY), Gursel Neighborhood, Imrahor Street, Kagithane Polat Office Building, No. 23, A Block, 4th Floor, Kagithane, Istanbul 34400, Turkey; Polat Ofis, Kat 4, 23 / A, Imrahor Caddesi, Gursel Mahallesi, Kagithane, Istanbul 34400, Turkey; Website www.trendgyo.com.tr; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ISIN TRETGYO00023; Tax ID No. Sisli TA/0690472808 (Turkey); Registration Number 599791 (Turkey); Central Registration System Number 69047680800020 (Turkey) [SDGT] (Linked To: HAMAS).

TREND REAL ESTATE INVESTMENT PARTNERSHIP, JOINT STOCK COMPANY (f.k.a. ANDA GAYRIMENKUL; f.k.a. ANDA REAL ESTATE AND CONSTRUCTION INDUSTRY TRADE LIMITED COMPANY; f.k.a. ANDA TURK; f.k.a. ANDA-TURK; f.k.a. ANDA-TURK CO.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI A.S.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI ANONIM SIRKETI; a.k.a. TREND GYO; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP), Gursel Neighborhood, Imrahor Street, Kagithane Polat Office Building, No. 23, A Block, 4th Floor, Kagithane, Istanbul 34400, Turkey; Polat Ofis, Kat 4, 23 / A, Imrahor Caddesi, Gursel Mahallesi, Kagithane, Istanbul 34400, Turkey; Website www.trendgyo.com.tr; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ISIN TRETGYO00023; Tax ID No. Sisli TA/0690472808 (Turkey); Registration Number 599791 (Turkey); Central Registration System Number 69047680800020 (Turkey) [SDGT] (Linked To: HAMAS).

TREST ROSSPETSENERGOMONTAZH OOO (a.k.a. LLC TREST ROSSPETSENERGOMONTAZH (Cyrillic: ООО ТРЕСТ РОССПЕЦЭНЕРГОМОНТАЖ); a.k.a. OOO TREST ROSSPETSENERGOMONTAZH; a.k.a. TRUST ROSSPETSENERGOMONTAZH), Promzona Kaes, Udomlya 171840, Russia; D. 3, Pl. Svobody, G. Nizhnii Novogorod, Oblast Nizhegorodskaya 603006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6916013425 (Russia); Public Registration Number 57302715 (Russia) [RUSSIA-EO14024].

TRETIAK, Vladislav Alexandrovich (Cyrillic: ТРЕТЬЯК, Владислав Александрович), Russia; DOB 25 Apr 1952; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TREVINO MORALES, Alejandro (a.k.a. TREVINO MORALES, Omar (Latin: TREVIÑO MORALES, Omar); a.k.a. TREVINO MORALES, Omar Alejandro; a.k.a. TREVINO MORALES, Oscar Omar; a.k.a. "42"), Colonia Militar, Nuevo Laredo, Tamaulipas, Mexico; Reynosa, Tamaulipas, Mexico; Coahuila, Mexico; DOB 26 Jan 1974; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

TREVINO MORALES, Miguel (Latin: TREVIÑO MORALES, Miguel) (a.k.a. TREVINO MORALES, Miguel Angel; a.k.a. "40"), Calle Veracruz 825, Nuevo Laredo, Tamaulipas, Mexico; Calle Mina No. 6111, Nuevo Laredo, Tamaulipas, Mexico; Calle Nayarit 3404, en la esquina de Nayarit y Ocampo, Nuevo Laredo, Tamaulipas, Mexico; Calle 15 de Septiembre y Leandro Valle, Nuevo Laredo, Tamaulipas, Mexico; Avenida Tecnologico 17, entre Calle Pedro Perezo Ibarra y Fraccionamiento Tecnologica, Nuevo Laredo, Tamaulipas, Mexico; Amapola 3003, Col.  Primavera, Nuevo Laredo, Tamaulipas, Mexico; Rancho Soledad, Anahuac, Nuevo Leon, Mexico; Rancho Rancherias, Anahuac, Nuevo Leon, Mexico; Reynosa, Tamaulipas, Mexico; DOB 28 Jun 1973; alt. DOB 18 Nov 1970; alt. DOB 25 Jan 1973; alt. DOB 15 Jul 1976; POB Nuevo Laredo, Tamaulipas, Mexico; alt. POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Gender Male; R.F.C. TRMM730628 (Mexico) (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

TREVINO MORALES, Miguel Angel (a.k.a. TREVINO MORALES, Miguel (Latin: TREVIÑO MORALES, Miguel); a.k.a. "40"), Calle Veracruz 825, Nuevo Laredo, Tamaulipas, Mexico; Calle Mina No. 6111, Nuevo Laredo, Tamaulipas, Mexico; Calle Nayarit 3404, en la esquina de Nayarit y Ocampo, Nuevo Laredo, Tamaulipas, Mexico; Calle 15 de Septiembre y Leandro Valle, Nuevo Laredo, Tamaulipas, Mexico; Avenida Tecnologico 17, entre Calle Pedro Perezo Ibarra y Fraccionamiento Tecnologica, Nuevo Laredo, Tamaulipas, Mexico; Amapola 3003, Col.  Primavera, Nuevo Laredo, Tamaulipas, Mexico; Rancho Soledad, Anahuac, Nuevo Leon, Mexico; Rancho Rancherias, Anahuac, Nuevo Leon, Mexico; Reynosa, Tamaulipas, Mexico; DOB 28 Jun 1973; alt. DOB 18 Nov 1970; alt. DOB 25 Jan

1973; alt. DOB 15 Jul 1976; POB Nuevo Laredo, Tamaulipas, Mexico; alt. POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Gender Male; R.F.C. TRMM730628 (Mexico) (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

TREVINO MORALES, Omar (Latin: TREVIÑO MORALES, Omar) (a.k.a. TREVINO MORALES, Alejandro; a.k.a. TREVINO MORALES, Omar Alejandro; a.k.a. TREVINO MORALES, Oscar Omar; a.k.a. "42"), Colonia Militar, Nuevo Laredo, Tamaulipas, Mexico; Reynosa, Tamaulipas, Mexico; Coahuila, Mexico; DOB 26 Jan 1974; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

TREVINO MORALES, Omar Alejandro (a.k.a. TREVINO MORALES, Alejandro; a.k.a. TREVINO MORALES, Omar (Latin: TREVIÑO MORALES, Omar); a.k.a. TREVINO MORALES, Oscar Omar; a.k.a. "42"), Colonia Militar, Nuevo Laredo, Tamaulipas, Mexico; Reynosa, Tamaulipas, Mexico; Coahuila, Mexico; DOB 26 Jan 1974; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

TREVINO MORALES, Oscar Omar (a.k.a. TREVINO MORALES, Alejandro; a.k.a. TREVINO MORALES, Omar (Latin: TREVIÑO MORALES, Omar); a.k.a. TREVINO MORALES, Omar Alejandro; a.k.a. "42"), Colonia Militar, Nuevo Laredo, Tamaulipas, Mexico; Reynosa, Tamaulipas, Mexico; Coahuila, Mexico; DOB 26 Jan 1974; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

TRIANA ROMERO, Horacio de Jesus, Maripi, Boyaca, Colombia; DOB 21 Nov 1956; POB Maripi, Boyaca, Colombia; citizen Colombia; Gender Male; Cedula No. 4157533 (Colombia) (individual) [SDNTK].

TRIANGULATICA (a.k.a. TRIANGULYATIKA), Sh. Petergofskoe D. 73, K. 10 Lit. Azh, Pom.1-N Et.1 Kom.16, Saint Petersburg 198206, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7807229899 (Russia); Registration Number 1197847140930 (Russia) [RUSSIA-EO14024].

TRIANGULYATIKA (a.k.a. TRIANGULATICA), Sh. Petergofskoe D. 73, K. 10 Lit. Azh, Pom.1-N Et.1 Kom.16, Saint Petersburg 198206, Russia;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7807229899 (Russia); Registration Number 1197847140930 (Russia) [RUSSIA-EO14024].

TRIBIT (a.k.a. LIMITED LIABILITY COMPANY TRIBIT; a.k.a. LLC TRIBIT; a.k.a. TRIBIT OOO), d. 27/8 pom. P53, ul. Varvarskaya, Nizhni Novgorod Region 603006, Russia; Website tribit.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Sep 2018; Organization Type: Other information technology and computer service activities; Tax ID No. 5260457937 (Russia); Registration Number 1185275050905 (Russia) [RUSSIA-EO14024].

TRIBIT OOO (a.k.a. LIMITED LIABILITY COMPANY TRIBIT; a.k.a. LLC TRIBIT; a.k.a. TRIBIT), d. 27/8 pom. P53, ul. Varvarskaya, Nizhni Novgorod Region 603006, Russia; Website tribit.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Sep 2018; Organization Type: Other information technology and computer service activities; Tax ID No. 5260457937 (Russia); Registration Number 1185275050905 (Russia) [RUSSIA-EO14024].

TRIBUN, Aleksandr (a.k.a. TRIBUN, Aleksandr Lvovich (Cyrillic: ТРИБУН, Александр Львович); a.k.a. TRIBUN, Alexandr Lvovich), Russia; DOB 29 Aug 1969; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7195142631 (Russia) (individual) [CYBER2] (Linked To: DIVETECHNOSERVICES).

TRIBUN, Aleksandr Lvovich (Cyrillic: ТРИБУН, Александр Львович) (a.k.a. TRIBUN, Aleksandr; a.k.a. TRIBUN, Alexandr Lvovich), Russia; DOB 29 Aug 1969; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7195142631 (Russia) (individual) [CYBER2] (Linked To: DIVETECHNOSERVICES).

TRIBUN, Alexandr Lvovich (a.k.a. TRIBUN, Aleksandr; a.k.a. TRIBUN, Aleksandr Lvovich (Cyrillic: ТРИБУН, Александр Львович)), Russia; DOB 29 Aug 1969; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7195142631 (Russia) (individual) [CYBER2] (Linked To: DIVETECHNOSERVICES).

TRIDENT INFINITY LIMITED, Shop 113, Plot 9, Bhoomi Mall, Sector 15, CBD Belapur, Mumbai 400614, India; F2-2A, Oceanic House, Providence Highway, Mahe, Seychelles; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6443583 [UKRAINE-EO13662] [RUSSIA-EO14024].

TRIFONOV, Andrey Fedorovich (Cyrillic: ТРИФОНОВ, Андрей Фёдорович), Russia; DOB 01 May 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TRIGRON CARGO LOGISTICS LTD. (a.k.a. TRIGRON KARGO; a.k.a. TRIGRON KARGO LOJISTIK; a.k.a. TRIGRON LOJISTIK KARGO LIMITED SIRKETI), Airport Hill Sitesi C Blok D. 6, NO: 11-D, Degirmenbahce Caddesi 11-D-C Blok, Bahcelievler, Istanbul 34180, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Document # 846711 (Turkey) [SDGT] [IFSR] (Linked To: MAHAN AIR; Linked To: YEGANE, Gulnihal).

TRIGRON KARGO (a.k.a. TRIGRON CARGO LOGISTICS LTD.; a.k.a. TRIGRON KARGO LOJISTIK; a.k.a. TRIGRON LOJISTIK KARGO LIMITED SIRKETI), Airport Hill Sitesi C Blok D. 6, NO: 11-D, Degirmenbahce Caddesi 11-D-C Blok, Bahcelievler, Istanbul 34180, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Document # 846711 (Turkey) [SDGT] [IFSR] (Linked To: MAHAN AIR; Linked To: YEGANE, Gulnihal).

TRIGRON KARGO LOJISTIK (a.k.a. TRIGRON CARGO LOGISTICS LTD.; a.k.a. TRIGRON KARGO; a.k.a. TRIGRON LOJISTIK KARGO LIMITED SIRKETI), Airport Hill Sitesi C Blok D. 6, NO: 11-D, Degirmenbahce Caddesi 11-D-C Blok, Bahcelievler, Istanbul 34180, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Document # 846711 (Turkey)

[SDGT] [IFSR] (Linked To: MAHAN AIR; Linked To: YEGANE, Gulnihal).

TRIGRON LOJISTIK KARGO LIMITED SIRKETI (a.k.a. TRIGRON CARGO LOGISTICS LTD.; a.k.a. TRIGRON KARGO; a.k.a. TRIGRON KARGO LOJISTIK), Airport Hill Sitesi C Blok D. 6, NO: 11-D, Degirmenbahce Caddesi 11-D-C Blok, Bahcelievler, Istanbul 34180, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Document # 846711 (Turkey) [SDGT] [IFSR] (Linked To: MAHAN AIR; Linked To: YEGANE, Gulnihal).

TRIKULYA, Elena Anatolievna, Russia; DOB 18 Mar 1975; Gender Female (individual) [MAGNIT].

TRILEK, Pelma (a.k.a. CHILIN, Baima; a.k.a. CHOLING, Padma (Chinese Simplified: 白玛赤林; Chinese Traditional: 白瑪赤林)), Beijing, China; DOB Oct 1951; POB Dengqen County, Changdu, Tibet Autonomous Region, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

TRILEMA CONSULTING LTD (a.k.a. TRILEMMA CONSULTING LTD; a.k.a. TRILEMMA CONSULTING LTD EOOD (Cyrillic: ТРИЛЕМА КАНСЪЛТИНГ ЕООД)), UL. Odrin, BL. 14, VH. V, ET 10, AP. 100, 1303, Sofia, Bulgaria; Organization Established Date 14 Aug 2020; V.A.T. Number BG206196472 (Bulgaria); Business Registration Number 206196472 (Bulgaria) [GLOMAG] (Linked To: GORANOV, Vladislav Ivanov).

TRILEMMA CONSULTING LTD (a.k.a. TRILEMA CONSULTING LTD; a.k.a. TRILEMMA CONSULTING LTD EOOD (Cyrillic: ТРИЛЕМА КАНСЪЛТИНГ ЕООД)), UL. Odrin, BL. 14, VH. V, ET 10, AP. 100, 1303, Sofia, Bulgaria; Organization Established Date 14 Aug 2020; V.A.T. Number BG206196472 (Bulgaria); Business Registration Number 206196472 (Bulgaria) [GLOMAG] (Linked To: GORANOV, Vladislav Ivanov).

TRILEMMA CONSULTING LTD EOOD (Cyrillic: ТРИЛЕМА КАНСЪЛТИНГ ЕООД) (a.k.a. TRILEMA CONSULTING LTD; a.k.a. TRILEMMA CONSULTING LTD), UL. Odrin, BL. 14, VH. V, ET 10, AP. 100, 1303, Sofia, Bulgaria; Organization Established Date 14 Aug

2020; V.A.T. Number BG206196472 (Bulgaria); Business Registration Number 206196472 (Bulgaria) [GLOMAG] (Linked To: GORANOV, Vladislav Ivanov).

TRILIANCE KISH PETROCHEMICAL COMPANY (a.k.a. TIBA PARSIAN KISH PETROCHEMICAL; a.k.a. TIBA PETROCHEMICAL COMPANY DMCC; a.k.a. TRILIANCE PETROCHEMICAL CO LTD; a.k.a. TRILIANCE PETROCHEMICAL CO. LTD. (Chinese Traditional: 眾祥石化有限公司); a.k.a. TRILIANCE PETROCHEMICAL CO., LIMITED; a.k.a. TRILIANCE PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL GMBH; a.k.a. TRILIANCE PETROLEUM SHANGHAI CO., LTD (Chinese Simplified: 众祥石油 上海 有限公司)), 15/F Radio City, 505 Hennessy Rd, Causeway Bay, Hong Kong, Hong Kong; 3F-A, Tower 3 YouYou Century Plaza, 428 Yang Gao RD(S), Shanghai 200127, China (Chinese Simplified: 杨高南路428号由由世纪广场3号楼3A, 上海 200127, China); Romischer Ring 11, Frankfurt am Main, Hessen 60326, Germany; Friedrich-Ebert-Anlage 36, Frankfurt am Main, Hessen 60325, Germany; No. 4, 5th Alley, Iran Zamin Street, Shahrak Gharb, Tehran, Tehran, Iran; Unit 301, 3rd Floor, Diplomat Commercial Office Complex, Sahel Street, Kish Island, Iran; Unit 1805, 18th Floor, Jumeirah Bay Tower X3, Cluster X, Plot JLT-PH2-X3A, Jumeirah Lake Towers, Dubai, Dubai, United Arab Emirates; Room 301-37, 3/F., Building 1, No. 38 Debao Road, Pilot Free Zone, Shanghai, China (Chinese Simplified: 德堡路38号1幢三层301-37室, 自由贸易试验区, 上海, China); Unit C, 10/F., Building No. 2, No. 428 Yanggao South Road, Pudong New Area, Shanghai, China (Chinese Simplified: 市浦东新区杨高南路428号2号楼10楼C座, 上海, China); Unit No: 15-PF-137, Detached Retail 15, Plot No: JLT-PH1-RET-I5, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT

SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 60313B106405 (Germany); alt. National ID No. 14004797459 (Iran); Commercial Registry Number 1831791 (Hong Kong); Company Number HRB 106405 (Germany); United Social Credit Code Certificate (USCCC) 91310000MA1K30UQ75 (China); Registration Number 310141000214539 (China) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

TRILIANCE PETROCHEMICAL CO LTD (a.k.a. TIBA PARSIAN KISH PETROCHEMICAL; a.k.a. TIBA PETROCHEMICAL COMPANY DMCC; f.k.a. TRILIANCE KISH PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL CO. LTD. (Chinese Traditional: 眾祥石化有限公司); a.k.a. TRILIANCE PETROCHEMICAL CO., LIMITED; a.k.a. TRILIANCE PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL GMBH; a.k.a. TRILIANCE PETROLEUM SHANGHAI CO., LTD (Chinese Simplified: 众祥石油 上海 有限公司)), 15/F Radio City, 505 Hennessy Rd, Causeway Bay, Hong Kong, Hong Kong; 3F-A, Tower 3 YouYou Century Plaza, 428 Yang Gao RD(S), Shanghai 200127, China (Chinese Simplified: 杨高南路428号由由世纪广场3号楼3A, 上海 200127, China); Romischer Ring 11, Frankfurt am Main, Hessen 60326, Germany; Friedrich-Ebert-Anlage 36, Frankfurt am Main, Hessen 60325, Germany; No. 4, 5th Alley, Iran Zamin Street, Shahrak Gharb, Tehran, Tehran, Iran; Unit 301, 3rd Floor, Diplomat Commercial Office Complex, Sahel Street, Kish Island, Iran; Unit 1805, 18th Floor, Jumeirah Bay Tower X3, Cluster X, Plot JLT-PH2-X3A, Jumeirah Lake Towers, Dubai, Dubai, United Arab Emirates; Room 301-37, 3/F., Building 1, No. 38 Debao Road, Pilot Free Zone, Shanghai, China (Chinese Simplified: 德堡路38号1幢三层301-37室, 自由贸易试验区, 上海, China); Unit C, 10/F., Building No. 2, No. 428 Yanggao South Road, Pudong New Area, Shanghai, China (Chinese Simplified: 市浦东新区杨高南路428号2号楼10楼C座, 上海, China); Unit No: 15-PF-137, Detached Retail 15, Plot No: JLT-PH1-RET-I5, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec.

5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 60313B106405 (Germany); alt. National ID No. 14004797459 (Iran); Commercial Registry Number 1831791 (Hong Kong); Company Number HRB 106405 (Germany); United Social Credit Code Certificate (USCCC) 91310000MA1K30UQ75 (China); Registration Number 310141000214539 (China) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

TRILIANCE PETROCHEMICAL CO. LTD. (Chinese Traditional: 眾祥石化有限公司) (a.k.a. TIBA PARSIAN KISH PETROCHEMICAL; a.k.a. TIBA PETROCHEMICAL COMPANY DMCC; f.k.a. TRILIANCE KISH PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL CO LTD; a.k.a. TRILIANCE PETROCHEMICAL CO., LIMITED; a.k.a. TRILIANCE PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL GMBH; a.k.a. TRILIANCE PETROLEUM SHANGHAI CO., LTD (Chinese Simplified: 众祥石油 上海 有限公司)), 15/F Radio City, 505 Hennessy Rd, Causeway Bay, Hong Kong, Hong Kong; 3F-A, Tower 3 YouYou Century Plaza, 428 Yang Gao RD(S), Shanghai 200127, China (Chinese Simplified: 杨高南路428号由由世纪广场3号楼3A, 上海 200127, China); Romischer Ring 11, Frankfurt am Main, Hessen 60326, Germany; Friedrich-Ebert-Anlage 36, Frankfurt am Main, Hessen 60325, Germany; No. 4, 5th Alley, Iran Zamin Street, Shahrak Gharb, Tehran, Tehran, Iran; Unit 301, 3rd Floor, Diplomat Commercial Office Complex, Sahel Street, Kish Island, Iran; Unit 1805, 18th Floor, Jumeirah Bay Tower X3, Cluster X, Plot JLT-PH2-X3A, Jumeirah Lake Towers, Dubai, Dubai, United Arab Emirates; Room 301-37, 3/F., Building 1, No. 38 Debao Road, Pilot Free Zone, Shanghai, China (Chinese Simplified: 德堡路38号1幢三层301-37室, 自由贸易试验区, 上海, China); Unit C, 10/F., Building No. 2, No. 428 Yanggao South

Road, Pudong New Area, Shanghai, China (Chinese Simplified:

市浦东新区杨高南路428号2号楼10楼C座, 上海, China); Unit No: 15-PF-137, Detached Retail 15, Plot No: JLT-PH1-RET-I5, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 60313B106405 (Germany); alt. National ID No. 14004797459 (Iran); Commercial Registry Number 1831791 (Hong Kong); Company Number HRB 106405 (Germany); United Social Credit Code Certificate (USCCC) 91310000MA1K30UQ75 (China); Registration Number 310141000214539 (China) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

TRILIANCE PETROCHEMICAL CO., LIMITED (a.k.a. TIBA PARSIAN KISH PETROCHEMICAL; a.k.a. TIBA PETROCHEMICAL COMPANY DMCC; f.k.a. TRILIANCE KISH PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL CO LTD; a.k.a. TRILIANCE PETROCHEMICAL CO. LTD. (Chinese Traditional: 眾祥石化有限公司); a.k.a. TRILIANCE PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL GMBH; a.k.a. TRILIANCE PETROLEUM SHANGHAI CO., LTD (Chinese Simplified: 众祥石油 上海 有限公司)), 15/F Radio City, 505 Hennessy Rd, Causeway Bay, Hong Kong, Hong Kong; 3F-A, Tower 3 YouYou Century Plaza, 428 Yang Gao RD(S), Shanghai 200127, China (Chinese Simplified: 杨高南路428号由由世纪广场3号楼3A, 上海 200127, China); Romischer Ring 11, Frankfurt am Main, Hessen 60326, Germany; Friedrich-Ebert-Anlage 36, Frankfurt am Main, Hessen 60325, Germany; No. 4, 5th Alley, Iran Zamin Street, Shahrak Gharb, Tehran, Tehran, Iran;

Unit 301, 3rd Floor, Diplomat Commercial Office Complex, Sahel Street, Kish Island, Iran; Unit 1805, 18th Floor, Jumeirah Bay Tower X3, Cluster X, Plot JLT-PH2-X3A, Jumeirah Lake Towers, Dubai, Dubai, United Arab Emirates; Room 301-37, 3/F., Building 1, No. 38 Debao Road, Pilot Free Zone, Shanghai, China (Chinese Simplified: 德堡路38号1幢三层301-37室, 自由贸易试验区, 上海, China); Unit C, 10/F., Building No. 2, No. 428 Yanggao South Road, Pudong New Area, Shanghai, China (Chinese Simplified:

市浦东新区杨高南路428号2号楼10楼C座, 上海, China); Unit No: 15-PF-137, Detached Retail 15, Plot No: JLT-PH1-RET-I5, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 60313B106405 (Germany); alt. National ID No. 14004797459 (Iran); Commercial Registry Number 1831791 (Hong Kong); Company Number HRB 106405 (Germany); United Social Credit Code Certificate (USCCC) 91310000MA1K30UQ75 (China); Registration Number 310141000214539 (China) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

TRILIANCE PETROCHEMICAL COMPANY (a.k.a. TIBA PARSIAN KISH PETROCHEMICAL; a.k.a. TIBA PETROCHEMICAL COMPANY DMCC; f.k.a. TRILIANCE KISH PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL CO LTD; a.k.a. TRILIANCE PETROCHEMICAL CO. LTD. (Chinese Traditional: 眾祥石化有限公司); a.k.a. TRILIANCE PETROCHEMICAL CO., LIMITED; a.k.a. TRILIANCE PETROCHEMICAL GMBH; a.k.a. TRILIANCE PETROLEUM SHANGHAI CO., LTD (Chinese Simplified: 众祥石油 上海 有限公司)), 15/F Radio City, 505 Hennessy Rd,

Causeway Bay, Hong Kong, Hong Kong; 3F-A, Tower 3 YouYou Century Plaza, 428 Yang Gao RD(S), Shanghai 200127, China (Chinese Simplified:

杨高南路428号由由世纪广场3号楼3A, 上海 200127, China); Romischer Ring 11, Frankfurt am Main, Hessen 60326, Germany; Friedrich-Ebert-Anlage 36, Frankfurt am Main, Hessen 60325, Germany; No. 4, 5th Alley, Iran Zamin Street, Shahrak Gharb, Tehran, Tehran, Iran; Unit 301, 3rd Floor, Diplomat Commercial Office Complex, Sahel Street, Kish Island, Iran; Unit 1805, 18th Floor, Jumeirah Bay Tower X3, Cluster X, Plot JLT-PH2-X3A, Jumeirah Lake Towers, Dubai, Dubai, United Arab Emirates; Room 301-37, 3/F., Building 1, No. 38 Debao Road, Pilot Free Zone, Shanghai, China (Chinese Simplified: 德堡路38号1幢三层301-37室, 自由贸易试验区, 上海, China); Unit C, 10/F., Building No. 2, No. 428 Yanggao South Road, Pudong New Area, Shanghai, China (Chinese Simplified:

市浦东新区杨高南路428号2号楼10楼C座, 上海, China); Unit No: 15-PF-137, Detached Retail 15, Plot No: JLT-PH1-RET-I5, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 60313B106405 (Germany); alt. National ID No. 14004797459 (Iran); Commercial Registry Number 1831791 (Hong Kong); Company Number HRB 106405 (Germany); United Social Credit Code Certificate (USCCC) 91310000MA1K30UQ75 (China); Registration Number 310141000214539 (China) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

TRILIANCE PETROCHEMICAL GMBH (a.k.a. TIBA PARSIAN KISH PETROCHEMICAL; a.k.a. TIBA PETROCHEMICAL COMPANY DMCC; f.k.a. TRILIANCE KISH

PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL CO LTD; a.k.a. TRILIANCE PETROCHEMICAL CO. LTD. (Chinese Traditional: 眾祥石化有限公司); a.k.a. TRILIANCE PETROCHEMICAL CO., LIMITED; a.k.a. TRILIANCE PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROLEUM SHANGHAI CO., LTD (Chinese Simplified: 众祥石油 上海 有限公司)), 15/F Radio City, 505 Hennessy Rd, Causeway Bay, Hong Kong, Hong Kong; 3F-A, Tower 3 YouYou Century Plaza, 428 Yang Gao RD(S), Shanghai 200127, China (Chinese Simplified:

杨高南路428号由由世纪广场3号楼3A, 上海 200127, China); Romischer Ring 11, Frankfurt am Main, Hessen 60326, Germany; Friedrich-Ebert-Anlage 36, Frankfurt am Main, Hessen 60325, Germany; No. 4, 5th Alley, Iran Zamin Street, Shahrak Gharb, Tehran, Tehran, Iran; Unit 301, 3rd Floor, Diplomat Commercial Office Complex, Sahel Street, Kish Island, Iran; Unit 1805, 18th Floor, Jumeirah Bay Tower X3, Cluster X, Plot JLT-PH2-X3A, Jumeirah Lake Towers, Dubai, Dubai, United Arab Emirates; Room 301-37, 3/F., Building 1, No. 38 Debao Road, Pilot Free Zone, Shanghai, China (Chinese Simplified: 德堡路38号1幢三层301-37室, 自由贸易试验区, 上海, China); Unit C, 10/F., Building No. 2, No. 428 Yanggao South Road, Pudong New Area, Shanghai, China (Chinese Simplified:

市浦东新区杨高南路428号2号楼10楼C座, 上海, China); Unit No: 15-PF-137, Detached Retail 15, Plot No: JLT-PH1-RET-I5, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 60313B106405 (Germany); alt. National ID No. 14004797459 (Iran); Commercial Registry Number 1831791 (Hong Kong); Company Number HRB 106405 (Germany); United Social Credit Code

Certificate (USCCC) 91310000MA1K30UQ75 (China); Registration Number 310141000214539 (China) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

TRILIANCE PETROLEUM SHANGHAI CO., LTD (Chinese Simplified: 众祥石油 上海 有限公司) (a.k.a. TIBA PARSIAN KISH PETROCHEMICAL; a.k.a. TIBA PETROCHEMICAL COMPANY DMCC; f.k.a. TRILIANCE KISH PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL CO LTD; a.k.a. TRILIANCE PETROCHEMICAL CO. LTD. (Chinese Traditional: 眾祥石化有限公司); a.k.a. TRILIANCE PETROCHEMICAL CO., LIMITED; a.k.a. TRILIANCE PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL GMBH), 15/F Radio City, 505 Hennessy Rd, Causeway Bay, Hong Kong, Hong Kong; 3F-A, Tower 3 YouYou Century Plaza, 428 Yang Gao RD(S), Shanghai 200127, China (Chinese Simplified:

杨高南路428号由由世纪广场3号楼3A, 上海 200127, China); Romischer Ring 11, Frankfurt am Main, Hessen 60326, Germany; Friedrich-Ebert-Anlage 36, Frankfurt am Main, Hessen 60325, Germany; No. 4, 5th Alley, Iran Zamin Street, Shahrak Gharb, Tehran, Tehran, Iran; Unit 301, 3rd Floor, Diplomat Commercial Office Complex, Sahel Street, Kish Island, Iran; Unit 1805, 18th Floor, Jumeirah Bay Tower X3, Cluster X, Plot JLT-PH2-X3A, Jumeirah Lake Towers, Dubai, Dubai, United Arab Emirates; Room 301-37, 3/F., Building 1, No. 38 Debao Road, Pilot Free Zone, Shanghai, China (Chinese Simplified: 德堡路38号1幢三层301-37室, 自由贸易试验区, 上海, China); Unit C, 10/F., Building No. 2, No. 428 Yanggao South Road, Pudong New Area, Shanghai, China (Chinese Simplified:

市浦东新区杨高南路428号2号楼10楼C座, 上海, China); Unit No: 15-PF-137, Detached Retail 15, Plot No: JLT-PH1-RET-I5, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF

SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 60313B106405 (Germany); alt. National ID No. 14004797459 (Iran); Commercial Registry Number 1831791 (Hong Kong); Company Number HRB 106405 (Germany); United Social Credit Code Certificate (USCCC) 91310000MA1K30UQ75 (China); Registration Number 310141000214539 (China) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

TRINIDAD Y RAMIREZ, Angelo (a.k.a. TOMAS, Adrian; a.k.a. TRINIDAD, Abu Khalil; a.k.a. TRINIDAD, Angelo Ramirez; a.k.a. TRINIDAD, Calib; a.k.a. TRINIDAD, Kalib; a.k.a. TRINIDAD, Khalil; a.k.a. TRINIDAD, Khulil), 3111 Ma. Bautista, Punta, Santa Ana, Manila, Philippines; DOB 20 Mar 1978; POB Gattaran, Cagayan Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TRINIDAD, Abu Khalil (a.k.a. TOMAS, Adrian; a.k.a. TRINIDAD Y RAMIREZ, Angelo; a.k.a. TRINIDAD, Angelo Ramirez; a.k.a. TRINIDAD, Calib; a.k.a. TRINIDAD, Kalib; a.k.a. TRINIDAD, Khalil; a.k.a. TRINIDAD, Khulil), 3111 Ma. Bautista, Punta, Santa Ana, Manila, Philippines; DOB 20 Mar 1978; POB Gattaran, Cagayan Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TRINIDAD, Angelo Ramirez (a.k.a. TOMAS, Adrian; a.k.a. TRINIDAD Y RAMIREZ, Angelo; a.k.a. TRINIDAD, Abu Khalil; a.k.a. TRINIDAD, Calib; a.k.a. TRINIDAD, Kalib; a.k.a. TRINIDAD, Khalil; a.k.a. TRINIDAD, Khulil), 3111 Ma. Bautista, Punta, Santa Ana, Manila, Philippines; DOB 20 Mar 1978; POB Gattaran, Cagayan Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TRINIDAD, Calib (a.k.a. TOMAS, Adrian; a.k.a. TRINIDAD Y RAMIREZ, Angelo; a.k.a. TRINIDAD, Abu Khalil; a.k.a. TRINIDAD, Angelo Ramirez; a.k.a. TRINIDAD, Kalib; a.k.a. TRINIDAD, Khalil; a.k.a. TRINIDAD, Khulil), 3111 Ma. Bautista, Punta, Santa Ana, Manila, Philippines; DOB 20 Mar 1978; POB Gattaran, Cagayan Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TRINIDAD, Kalib (a.k.a. TOMAS, Adrian; a.k.a. TRINIDAD Y RAMIREZ, Angelo; a.k.a. TRINIDAD, Abu Khalil; a.k.a. TRINIDAD, Angelo Ramirez; a.k.a. TRINIDAD, Calib; a.k.a. TRINIDAD, Khalil; a.k.a. TRINIDAD, Khulil), 3111 Ma. Bautista, Punta, Santa Ana, Manila, Philippines; DOB 20 Mar 1978; POB Gattaran, Cagayan Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TRINIDAD, Khalil (a.k.a. TOMAS, Adrian; a.k.a. TRINIDAD Y RAMIREZ, Angelo; a.k.a. TRINIDAD, Abu Khalil; a.k.a. TRINIDAD, Angelo Ramirez; a.k.a. TRINIDAD, Calib; a.k.a. TRINIDAD, Kalib; a.k.a. TRINIDAD, Khulil), 3111 Ma. Bautista, Punta, Santa Ana, Manila, Philippines; DOB 20 Mar 1978; POB Gattaran, Cagayan Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TRINIDAD, Khulil (a.k.a. TOMAS, Adrian; a.k.a. TRINIDAD Y RAMIREZ, Angelo; a.k.a. TRINIDAD, Abu Khalil; a.k.a. TRINIDAD, Angelo Ramirez; a.k.a. TRINIDAD, Calib; a.k.a. TRINIDAD, Kalib; a.k.a. TRINIDAD, Khalil), 3111 Ma. Bautista, Punta, Santa Ana, Manila, Philippines; DOB 20 Mar 1978; POB Gattaran, Cagayan Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TRINITEX LLC (a.k.a. TRINITEX OOO (Cyrillic: ООО ТРИНИТЕКС)), d. 10 Str. 8 kom. 8, ul. Smirnovskaya, Moscow 109052, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Apr 2018; Tax ID No. 7751142717 (Russia); Government Gazette Number 28329368 (Russia); Registration Number 1187746421576 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

TRINITEX OOO (Cyrillic: ООО ТРИНИТЕКС) (a.k.a. TRINITEX LLC), d. 10 Str. 8 kom. 8, ul. Smirnovskaya, Moscow 109052, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Apr 2018; Tax ID No. 7751142717 (Russia); Government Gazette Number 28329368 (Russia); Registration Number 1187746421576 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

TRIO ENERGY DMCC, Jumeirah Lake Towers Unit 2903, SABA 1 Tower, Plot JLT-PH1-E3A, Dubai, United Arab Emirates; License DMCC564257 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

TRIO JEWELLS LLC, Maryam 1, Plot No. 735, Office No. 304, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Sep 2021; Tax ID No. 100500504400003 (United Arab Emirates); Chamber of Commerce Number 371905 (United Arab Emirates); Registration Number 981350 (United Arab Emirates) [RUSSIA-EO14024].

TRIOLIN TRADE FZCO (Arabic: تريولين تريد ش م ح) (a.k.a. KOIL TRADE FZCO), Dubai, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 2023; Economic Register Number (CBLS) 12084826 (United Arab Emirates) [IRAN-EO13846].

TRITON NAVIGATION CORP., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 113453 (Marshall Islands) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

TRIZROBOTICS (a.k.a. GK TRIZ ROBOTIKS; a.k.a. LIMITED LIABILITY COMPANY GK TRIZ ROBOTICS), Pl. 1-I Pyatiletki D. 1, Office 26, Yekaterinburg 620012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6686099714 (Russia); Registration Number 1176658097362 (Russia) [RUSSIA-EO14024].

TRO DANMARK (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION;

a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt.

Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

TRO ITALIA (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road,

Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

TRO NORGE (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8,

Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

TRO SCHWEIZ (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1

Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

TRO YA LLC (a.k.a. LIMITED LIABILITY COMPANY LEGAL CONSULTING COMPANY TRO YA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЮРИДИЧЕСКАЯ КОНСАЛТИНГОВАЯ КОМПАНИЯ ТРО Я); a.k.a. LLC YUKC TRO YA; a.k.a. LLC YUKK TRO YA; a.k.a. TRO YA OSOO), Lower Lugovaya St 217, Tokmok 724201, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 01510201210159 (Kyrgyzstan); Government Gazette Number 27645894 (Kyrgyzstan) [RUSSIA-EO14024].

TRO YA OSOO (a.k.a. LIMITED LIABILITY COMPANY LEGAL CONSULTING COMPANY TRO YA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЮРИДИЧЕСКАЯ КОНСАЛТИНГОВАЯ КОМПАНИЯ ТРО Я); a.k.a. LLC YUKC TRO YA; a.k.a. LLC YUKK TRO YA; a.k.a. TRO YA LLC), Lower Lugovaya St 217, Tokmok 724201, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 01510201210159 (Kyrgyzstan); Government Gazette Number 27645894 (Kyrgyzstan) [RUSSIA-EO14024].

TROBER, S.A. (a.k.a. TROVER, S.A.), Edificio Saldivar, Panama City, Panama [CUBA].

TROCANA WORLD INC., Panama City, Panama; Identification Number IMO 5411381; Company Number 582152 (Panama) [VENEZUELA-EO13850].

TROENDLE, Dirk, Germany; DOB 11 Mar 1956; nationality Germany; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport C93XHRVNT (Germany) (individual) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

TROFIMOV, Andrei Yurievich (Cyrillic: ТРОФИМОВ, Андрей Юрьевич) (a.k.a. TROFIMOV, Andriy Yuriovych (Cyrillic: ТРОФИМОВ, Андрій Юрійович)), 86 Kyivskya St., Apt. 53, Simferopol, Crimea, Ukraine; DOB 14 Aug 1972; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2652410875 (Ukraine) (individual) [RUSSIA-EO14024].

TROFIMOV, Andriy Yuriovych (Cyrillic: ТРОФИМОВ, Андрій Юрійович) (a.k.a. TROFIMOV, Andrei Yurievich (Cyrillic: ТРОФИМОВ, Андрей Юрьевич)), 86 Kyivskya St., Apt. 53, Simferopol, Crimea, Ukraine; DOB 14 Aug 1972; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2652410875 (Ukraine) (individual) [RUSSIA-EO14024].

TROFIMOV, Anton Sergeyevich (Cyrillic: ТРОФИМОВ, Антон Сергеевич), 87 Lombard Street, Suite 1209, Toronto, Ontario M5C 2V3, Canada; Apt 16, 31F, J Residence, 60 Johnston Road, Wanchai, Hong Kong, China; DOB 30 Jan 1982; POB Novosibirsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: ASIA PACIFIC LINKS LIMITED).

TROITSK CRANE PLANT LIMITED LIABILITY COMPANY (a.k.a. TROITSKII KRANOVYI ZAVOD), Ul. Solnechnaya D. 21, Minzag 142150, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7709603570 (Russia); Registration Number 1057746645219 (Russia) [RUSSIA-EO14024].

TROITSK INSTITUTE OF INNOVATIVE AND THERMONUCLEAR RESEARCH (a.k.a. JSC GOSUDARSTVENNY NAUCHNY CENTER ROSSIYSKOY FEDERATSII TROITSKY INSTITUT INNOVATSIONNYKH I TERMOYADERNYKH ISSLEDOVANY; a.k.a. THE JOINT STOCK COMPANY STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION TROITSK INSTITUTE FOR INNOVATION AND FUSION RESEARCH (Cyrillic: АО ГОСУДАРСТВЕННЫЙ НАУЧНЫЙ ЦЕНТР РОССИЙСКОЙ ФЕДЕРАЦИИ ТРОИЦКИЙ ИНСТИТУТ ИННОВАЦИОННЫХ И ТЕРМОЯДЕРНЫХ ИССЛЕДОВАНИЙ); a.k.a. TROITSKII INSTITUTE OF INNOVATIVE AND THERMONUCLEAR RESEARCH), Troitsk, st. Pushkovs, ow. 12, Moscow 108840, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7751002460 (Russia); Public Registration Number 08624272 (Russia); Registration Number 1157746176400 (Russia) [RUSSIA-EO14024].

TROITSKII INSTITUTE OF INNOVATIVE AND THERMONUCLEAR RESEARCH (a.k.a. JSC GOSUDARSTVENNY NAUCHNY CENTER ROSSIYSKOY FEDERATSII TROITSKY INSTITUT INNOVATSIONNYKH I TERMOYADERNYKH ISSLEDOVANY; a.k.a. THE JOINT STOCK COMPANY STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION TROITSK INSTITUTE FOR INNOVATION AND FUSION RESEARCH (Cyrillic: АО ГОСУДАРСТВЕННЫЙ НАУЧНЫЙ ЦЕНТР РОССИЙСКОЙ ФЕДЕРАЦИИ ТРОИЦКИЙ ИНСТИТУТ ИННОВАЦИОННЫХ И ТЕРМОЯДЕРНЫХ ИССЛЕДОВАНИЙ); a.k.a. TROITSK INSTITUTE OF INNOVATIVE AND THERMONUCLEAR RESEARCH), Troitsk, st. Pushkovs, ow. 12, Moscow 108840, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7751002460 (Russia); Public Registration Number 08624272 (Russia); Registration Number 1157746176400 (Russia) [RUSSIA-EO14024].

TROITSKII KRANOVYI ZAVOD (a.k.a. TROITSK CRANE PLANT LIMITED LIABILITY COMPANY), Ul. Solnechnaya D. 21, Minzag 142150, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7709603570 (Russia); Registration Number 1057746645219 (Russia) [RUSSIA-EO14024].

TROLL PROPERTIES, INC., Panama; RUC # 991715-1-534344 (Panama) [SDNTK].

TROPAS DE PREVENCION, Cuba [GLOMAG].

TROPIC TOURS GMBH (a.k.a. TROPICANA TOURS GMBH), Lietzenburger Strasse 51, Berlin, Germany [CUBA].

TROPICAL RAIN FOREST LOGISTICS CO., LIMITED (a.k.a. HK SIHAI YINGTONG INDUSTRY CO., LIMITED), Des Voeux Road Central, Central and Western District, Hong Kong, China; Organization Established Date 17 Oct 2016; C.R. No. 2438373 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

TROPICANA TOURS GMBH (a.k.a. TROPIC TOURS GMBH), Lietzenburger Strasse 51, Berlin, Germany [CUBA].

TROSHEV, Andrei Nikolaevich (a.k.a. TROSHEV, Andrej Nikolaevich; a.k.a. "Gray Hair"; a.k.a. "Sedoi"), Russia; DOB 05 Apr 1962; alt. DOB 05 Apr 1953; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781417567443 (Russia) (individual) [RUSSIA-EO14024].

TROSHEV, Andrej Nikolaevich (a.k.a. TROSHEV, Andrei Nikolaevich; a.k.a. "Gray Hair"; a.k.a. "Sedoi"), Russia; DOB 05 Apr 1962; alt. DOB 05 Apr 1953; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781417567443 (Russia) (individual) [RUSSIA-EO14024].

TROSHIN, Aleksei Valeryevich (Cyrillic: ТРОШИН, Алексей Валерьевич), Russia; DOB 09 Dec 1980; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 720397581 (Russia); Tax ID No. 781712817387 (Russia) (individual) [RUSSIA-EO14024] (Linked To: AKTSIONERNOE OBSHCHESTVO NATSIONALNAYA INZHINIRINGOVAYA KORPORATSIYA).

TROTH STAR COMPANY LIMITED (a.k.a. "TRUST STAR COMPANY LIMITED"), No. 19, Ward No. 2, Pai Kyone, Hlaingbwe, Burma; Organization Established Date 2022; Organization Type: Construction of buildings; Registration Number 132583269 (Burma) [BURMA-EO14014] [CYBER4].

TROTSENKO, Gleb Romanovich (Cyrillic: ТРОЦЕНКО, Глеб Романович), 32-1 2th Vladimirskaia, APT 34B, Moscow 111401, Russia; DOB 18 Jun 2001; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 761134389 (Russia) expires 18 Jul 2029; alt. Passport 650682691 (Russia) expires 16 Jun 2022; Tax ID No. 772035471174 (Russia) (individual) [RUSSIA-EO14024].

TROVER, S.A. (a.k.a. TROBER, S.A.), Edificio Saldivar, Panama City, Panama [CUBA].

T-RUBBER CO., LTD (a.k.a. T-RUBBER COMPANY; a.k.a. T-RUBBER LTD; a.k.a. "T-RUBBER"), Rubber Industrial Zone, Shaling Town, Yuhong District, Shenyang 110144, China; No. 5-1, Shenxi Sandong Road, Economic Technology Development Area, Shenyang, Liaoning 110002, China; Website http://www.t-rubber.com/ [PAARSSR-EO13894].

T-RUBBER COMPANY (a.k.a. T-RUBBER CO., LTD; a.k.a. T-RUBBER LTD; a.k.a. "T-RUBBER"), Rubber Industrial Zone, Shaling Town, Yuhong District, Shenyang 110144, China; No. 5-1, Shenxi Sandong Road, Economic Technology Development Area, Shenyang, Liaoning 110002, China; Website http://www.t-rubber.com/ [PAARSSR-EO13894].

T-RUBBER LTD (a.k.a. T-RUBBER CO., LTD; a.k.a. T-RUBBER COMPANY; a.k.a. "T-RUBBER"), Rubber Industrial Zone, Shaling Town, Yuhong District, Shenyang 110144, China; No. 5-1, Shenxi Sandong Road, Economic Technology Development Area, Shenyang, Liaoning 110002, China; Website http://www.t-rubber.com/ [PAARSSR-EO13894].

TRUE MOTIVES 1236 CC (a.k.a. SNIPER AFRICA; a.k.a. SNIPER OUTDOOR CC; a.k.a. SNIPER OUTDOORS CC), 40 Mint Road, Amoka Gardens, Fordsburg, Johannesburg, South Africa; P.O. Box 42928, Fordsburg 2003, South Africa; 16 Gold Street, Carletonville 2500, South Africa; P.O. Box 28215, Kensington 2101, South Africa; Website www.sniperafrica.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 200302847123; Tax ID No. 9113562152 [SDGT].

TRUONG PHAT LOC SHIPPING TRADING JOINT STOCK COMPANY (a.k.a. CONG TY

CO PHAN THUONG MAI VAN TAI BIEN TRUONG PHAT LOC; a.k.a. TPL SHIPPING; a.k.a. TPL SHIPPING JSC; a.k.a. TRUONG PHAT LOC SHIPPING TRDG), 422, Dao Tri, District 7, Ho Chi Minh City, Vietnam; 422, Dao Tri, Phu Thuan Ward, Ho Chi Minh City, Vietnam; Website https://www.tplshipping.com/; Identification Number IMO 5479491; Company Number 0309613530 (Vietnam); Business Registration Number 4103015716 (Vietnam) [IRAN-EO13846].

TRUONG PHAT LOC SHIPPING TRDG (a.k.a. CONG TY CO PHAN THUONG MAI VAN TAI BIEN TRUONG PHAT LOC; a.k.a. TPL SHIPPING; a.k.a. TPL SHIPPING JSC; a.k.a. TRUONG PHAT LOC SHIPPING TRADING JOINT STOCK COMPANY), 422, Dao Tri, District 7, Ho Chi Minh City, Vietnam; 422, Dao Tri, Phu Thuan Ward, Ho Chi Minh City, Vietnam; Website https://www.tplshipping.com/; Identification Number IMO 5479491; Company Number 0309613530 (Vietnam); Business Registration Number 4103015716 (Vietnam) [IRAN-EO13846].

TRUSCHALOV, Nicholas (a.k.a. TRUSHCHALOV, Mykola Mykolayovych; a.k.a. TRUSHCHALOV, Nicholas; a.k.a. TRUSHCHALOV, Nikolay; a.k.a. TRUSHCHALOV, Nikolay Nikolayevich; a.k.a. TRUSHHALOV, Nikolaj Nikolaevich), Saint Petersburg, Russia; DOB 01 Jan 1980; POB Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

TRUSHCHALOV, Mykola Mykolayovych (a.k.a. TRUSCHALOV, Nicholas; a.k.a. TRUSHCHALOV, Nicholas; a.k.a. TRUSHCHALOV, Nikolay; a.k.a. TRUSHCHALOV, Nikolay Nikolayevich; a.k.a. TRUSHHALOV, Nikolaj Nikolaevich), Saint Petersburg, Russia; DOB 01 Jan 1980; POB Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

TRUSHCHALOV, Nicholas (a.k.a. TRUSCHALOV, Nicholas; a.k.a. TRUSHCHALOV, Mykola Mykolayovych; a.k.a. TRUSHCHALOV, Nikolay; a.k.a. TRUSHCHALOV, Nikolay Nikolayevich; a.k.a. TRUSHHALOV, Nikolaj Nikolaevich), Saint Petersburg, Russia; DOB 01 Jan 1980; POB

Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

TRUSHCHALOV, Nikolay (a.k.a. TRUSCHALOV, Nicholas; a.k.a. TRUSHCHALOV, Mykola Mykolayovych; a.k.a. TRUSHCHALOV, Nicholas; a.k.a. TRUSHCHALOV, Nikolay Nikolayevich; a.k.a. TRUSHHALOV, Nikolaj Nikolaevich), Saint Petersburg, Russia; DOB 01 Jan 1980; POB Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

TRUSHCHALOV, Nikolay Nikolayevich (a.k.a. TRUSCHALOV, Nicholas; a.k.a. TRUSHCHALOV, Mykola Mykolayovych; a.k.a. TRUSHCHALOV, Nicholas; a.k.a. TRUSHCHALOV, Nikolay; a.k.a. TRUSHHALOV, Nikolaj Nikolaevich), Saint Petersburg, Russia; DOB 01 Jan 1980; POB Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

TRUSHHALOV, Nikolaj Nikolaevich (a.k.a. TRUSCHALOV, Nicholas; a.k.a. TRUSHCHALOV, Mykola Mykolayovych; a.k.a. TRUSHCHALOV, Nicholas; a.k.a. TRUSHCHALOV, Nikolay; a.k.a. TRUSHCHALOV, Nikolay Nikolayevich), Saint Petersburg, Russia; DOB 01 Jan 1980; POB Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

TRUST INSURANCE (a.k.a. TRUST INSURANCE S.A.L.), JTB Tower, Tahweeta High Way, Elias Hraoui Avenue, Beirut, Lebanon; PO Box 15750, Jammal Trust Bank Building, Rachid Karameh Street, Verdun, Lebanon; Verdun, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: JAMMAL TRUST BANK S.A.L.).

TRUST INSURANCE S.A.L. (a.k.a. TRUST INSURANCE), JTB Tower, Tahweeta High Way, Elias Hraoui Avenue, Beirut, Lebanon; PO

Box 15750, Jammal Trust Bank Building, Rachid Karameh Street, Verdun, Lebanon; Verdun, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: JAMMAL TRUST BANK S.A.L.).

TRUST INSURANCE SERVICES S.A.L., JTB Tower, Tahweeta High Way, Elias Hraoui Avenue, Beirut, Lebanon; Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: JAMMAL TRUST BANK S.A.L.).

TRUST LIFE (a.k.a. TRUST LIFE INSURANCE CO SAL; a.k.a. TRUST LIFE INSURANCE COMPANY S.A.L.), JTB Tower, Tahweeta High Way, Elias Hraoui Avenue, Beirut, Lebanon; Jamal Trust Bank Building, Beirut, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 16 Aug 2001; Registration Number 77138 (Lebanon) [SDGT] (Linked To: JAMMAL TRUST BANK S.A.L.).

TRUST LIFE INSURANCE CO SAL (a.k.a. TRUST LIFE; a.k.a. TRUST LIFE INSURANCE COMPANY S.A.L.), JTB Tower, Tahweeta High Way, Elias Hraoui Avenue, Beirut, Lebanon; Jamal Trust Bank Building, Beirut, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 16 Aug 2001; Registration Number 77138 (Lebanon) [SDGT] (Linked To: JAMMAL TRUST BANK S.A.L.).

TRUST LIFE INSURANCE COMPANY S.A.L. (a.k.a. TRUST LIFE; a.k.a. TRUST LIFE INSURANCE CO SAL), JTB Tower, Tahweeta High Way, Elias Hraoui Avenue, Beirut, Lebanon; Jamal Trust Bank Building, Beirut, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 16 Aug 2001; Registration Number 77138 (Lebanon) [SDGT] (Linked To: JAMMAL TRUST BANK S.A.L.).

TRUST LOGISTIC (a.k.a. LOGISTIKA DOVERIYA OOO; a.k.a. OOO LOGISTIKA DOVERIIA; a.k.a. TRUST LOGISTICS LLC), Vladenie 5 Etazh/Pom.3/321, Khimki 141402, Russia; ul. Engelsa, 27, et. 2 pomeshch. 89, Khimki, Moscow 141402, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 May 2012; Tax ID No. 7721758555 (Russia); Registration Number 1127746399098 (Russia) [RUSSIA-EO14024] (Linked To: AKIFYEV, Pavel Viktorovich).

TRUST LOGISTICS GROUP LLC (a.k.a. OOO TRAST LODZHISTIKS GRUPP), u. Yurovskaya D. 92, pom.I komn. 40, Moscow 125466, Russia; ul. Baryshikha, 32 korp. 1, pomeshch. 1/1, Moscow 125368, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Oct 2014; Tax ID No. 7733899720 (Russia); Registration Number 5147746261823 (Russia) [RUSSIA-EO14024] (Linked To: AKIFYEV, Pavel Viktorovich).

TRUST LOGISTICS LLC (a.k.a. LOGISTIKA DOVERIYA OOO; a.k.a. OOO LOGISTIKA DOVERIIA; a.k.a. TRUST LOGISTIC), Vladenie 5 Etazh/Pom.3/321, Khimki 141402, Russia; ul. Engelsa, 27, et. 2 pomeshch. 89, Khimki, Moscow 141402, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 May 2012; Tax ID No. 7721758555 (Russia); Registration Number 1127746399098 (Russia) [RUSSIA-EO14024] (Linked To: AKIFYEV, Pavel Viktorovich).

TRUST ROSSPETSENERGOMONTAZH (a.k.a. LLC TREST ROSSPETSENERGOMONTAZH (Cyrillic: ООО ТРЕСТ РОССПЕЦЭНЕРГОМОНТАЖ); a.k.a. ООО TREST ROSSPETSENERGOMONTAZH; a.k.a. TREST ROSSPETSENERGOMONTAZH OOO), Promzona Kaes, Udomlya 171840, Russia; D. 3, Pl. Svobody, G. Nizhnii Novogorod, Oblast Nizhegorodskaya 603006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6916013425 (Russia); Public Registration Number 57302715 (Russia) [RUSSIA-EO14024].

TRUSTINFO, Sh. Varshavskoe D.125, Str.16, Moscow 117587, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726584574 (Russia); Registration Number 1077764070625 (Russia) [RUSSIA-EO14024].

TRUTNEV, Yuriy Petrovich (Cyrillic: ТРУТНЕВ, Юрий Петрович) (a.k.a. TRUTNEV, Yury), Russia; DOB 01 Mar 1956; POB Perm, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

TRUTNEV, Yury (a.k.a. TRUTNEV, Yuriy Petrovich (Cyrillic: ТРУТНЕВ, Юрий Петрович)), Russia; DOB 01 Mar 1956; POB Perm, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

TRV AUTO LIMITED LIABILITY COMPANY (a.k.a. TRV AVTO OOO; a.k.a. TRV-ENGINEERING LLC), Ul Ilyicha D 7, Korolev 141080, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 May 2005; Tax ID No. 5018100929 (Russia); Registration Number 1055003010985 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

TRV AVTO OOO (a.k.a. TRV AUTO LIMITED LIABILITY COMPANY; a.k.a. TRV-ENGINEERING LLC), Ul Ilyicha D 7, Korolev 141080, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 May 2005; Tax ID No. 5018100929 (Russia); Registration Number 1055003010985 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

TRV ENGINEERING JSC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРВ-ИНЖИНИРИНГ) (a.k.a. AKTSIONERNOE OBSCHCHESTVO TRV INZHINIRING; a.k.a. JOINT STOCK COMPANY TOGOVIY DOM ZVEZDA-STRELA; a.k.a. TD ZVEZDA-STRELA OOO; a.k.a. TRV INZHINIRING AO (Cyrillic: АО ТРВ-ИНЖИНИРИНГ); a.k.a. ZVEZDA-STRELA TRADING HOUSE LLC (Cyrillic: ООО ТОРГОВЫЙ ДОМ ЗВЕЗДА-СТРЕЛА)), ul. Ordzhonikidze, D. 2A, Korolev, Moscow Oblast 141076, Russia (Cyrillic: УЛ ОРДЖОНИКИДЗЕ, Д. 2А, КОРОЛЁВ, МОСКОВСКАЯ ОБЛАСТЬ 141076, Russia); Website www.trv-e.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Organization Established Date 25 Dec 2006; Tax ID No. 5018205784 (Russia); Government Gazette Number 46252304 (Russia); Business Registration Number 1205000099941 (Russia) [RUSSIA-EO14024].

TRV INZHINIRING AO (Cyrillic: АО ТРВ-ИНЖИНИРИНГ) (a.k.a. AKTSIONERNOE OBSCHCHESTVO TRV INZHINIRING; a.k.a. JOINT STOCK COMPANY TOGOVIY DOM ZVEZDA-STRELA; a.k.a. TD ZVEZDA-STRELA OOO; a.k.a. TRV ENGINEERING JSC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРВ-ИНЖИНИРИНГ); a.k.a. ZVEZDA-STRELA TRADING HOUSE LLC (Cyrillic: ООО ТОРГОВЫЙ ДОМ ЗВЕЗДА-СТРЕЛА)), ul. Ordzhonikidze, D. 2A, Korolev, Moscow Oblast 141076, Russia (Cyrillic: УЛ ОРДЖОНИКИДЗЕ, Д. 2А, КОРОЛЁВ, МОСКОВСКАЯ ОБЛАСТЬ 141076, Russia); Website www.trv-e.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Dec 2006; Tax ID No. 5018205784 (Russia); Government Gazette Number 46252304 (Russia); Business Registration Number 1205000099941 (Russia) [RUSSIA-EO14024].

TRV-ENGINEERING LLC (a.k.a. TRV AUTO LIMITED LIABILITY COMPANY; a.k.a. TRV AVTO OOO), Ul Ilyicha D 7, Korolev 141080, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 May 2005; Tax ID No. 5018100929 (Russia); Registration Number 1055003010985 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

TRY PHEAP DRY PORT CO., LTD., 35, 41 110 Voat Phnum, Doun Penh, Phnom Penh, Cambodia; Tax ID No. K003-100194060 (Cambodia); Company Number 00019406 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

TRY PHEAP ENGINEERING & CONSTRUCTION CO., LTD. (a.k.a. TRY PHEAP ENGINEERING AND CONSTRUCTION CO., LTD.), 3-5 Voat Phnum, Doun Penh, Phnom Penh, Cambodia; Tax ID No. L0001-901504050 (Cambodia); Company Number 00019414 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

TRY PHEAP ENGINEERING AND CONSTRUCTION CO., LTD. (a.k.a. TRY PHEAP ENGINEERING & CONSTRUCTION CO., LTD.), 3-5 Voat Phnum, Doun Penh,

Phnom Penh, Cambodia; Tax ID No. L0001-901504050 (Cambodia); Company Number 00019414 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

TRY PHEAP GRAND ROYAL CAMBODIA CO., LTD., Voat Phnum, Doun Penh, Phnom Penh, Cambodia; Company Number 00014853 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

TRY PHEAP GROUP CO., LTD., 3, Voat Phnum, Doun Penh, Phnom Penh, Cambodia; Company Number 00019408 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

TRY PHEAP IMPORT EXPORT CO., LTD., 3 Voat Phnum, Doun Penh, Phnom Penh, Cambodia; Tax ID No. K003-100075533 (Cambodia); Company Number 00019401 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

TRY PHEAP OU YA DAV (a.k.a. TRY PHEAP OYADAV S E Z CO., LTD.), 1 A, 271, Tuek L'ak Bei, Tuol Kouk, Phnom Penh, Cambodia; Company Number 00019411 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

TRY PHEAP OYADAV S E Z CO., LTD. (a.k.a. TRY PHEAP OU YA DAV), 1 A, 271, Tuek L'ak Bei, Tuol Kouk, Phnom Penh, Cambodia; Company Number 00019411 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

TRY PHEAP PROPERTY CO., LTD., 03 Voat Phnum, Doun Penh, Phnom Penh, Cambodia; Tax ID No. K003-901637752 (Cambodia); Company Number 00013378 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

TRY PHEAP TRAVEL & TOURS CO., LTD. (a.k.a. TRY PHEAP TRAVEL AND TOURS CO., LTD.), 3, Voat Phnum, Doun Penh, Phnom Penh, Cambodia; Tax ID No. K003-104019131 (Cambodia); Company Number 00019403 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

TRY PHEAP TRAVEL AND TOURS CO., LTD. (a.k.a. TRY PHEAP TRAVEL & TOURS CO., LTD.), 3, Voat Phnum, Doun Penh, Phnom Penh, Cambodia; Tax ID No. K003-104019131 (Cambodia); Company Number 00019403 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

TRYFO NAVIGATION INC., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 12 Jan 2021; Identification Number IMO 6206331; Business Registration Number 107481 (Marshall Islands) [IRAN-

EO13902] (Linked To: BABYLON NAVIGATION DMCC).

TS BUSINESS CORPORATIVO, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 86141 (Mexico) [ILLICIT-DRUGS-EO14059].

TSAI SU, Lu-Chi (a.k.a. SU, Lu-Chi), C/O TRANS MERITS CO. LTD., Taipei, Taiwan; C/O GLOBAL INTERFACE COMPANY INC., Taipei, Taiwan; DOB 07 Feb 1950; alt. DOB Nov 1950; POB Yun Lin Hsien, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 210215095 (Taiwan); Corporate Officer (individual) [NPWMD].

TSAI, ALEX H.T. (a.k.a. TSAI, Hsein Tai), C/O TRANS MERITS CO. LTD, Taipei, Taiwan; C/O GLOBAL INTERFACE COMPANY INC., Taipei, Taiwan; DOB 08 Aug 1945; POB Tainan, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 131134049 (Taiwan); General Manager - GLOBAL INTERFACE COMPANY INC. (individual) [NPWMD].

TSAI, Hsein Tai (a.k.a. TSAI, ALEX H.T.), C/O TRANS MERITS CO. LTD, Taipei, Taiwan; C/O GLOBAL INTERFACE COMPANY INC., Taipei, Taiwan; DOB 08 Aug 1945; POB Tainan, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 131134049 (Taiwan); General Manager - GLOBAL INTERFACE COMPANY INC. (individual) [NPWMD].

TSALIKOV, Ruslan, Russia; DOB 31 Jul 1956; POB Ordzhonikidze, North Ossetia, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

TSANG, Erick (a.k.a. CENG, Guowei; a.k.a. TSANG, Erick Kwok-wai; a.k.a. TSANG, Kwok-wai (Chinese Traditional: 曾國衞; Chinese Simplified: 曾国卫); a.k.a. ZENG, Guowei), Flat 5F, Block 6, New Jade Gardens, Chaiwan, Hong Kong; DOB 01 Sep 1963; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong

Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. E9963190 (Hong Kong); Secretary for Constitutional and Mainland Affairs (individual) [HK-EO13936].

TSANG, Erick Kwok-wai (a.k.a. CENG, Guowei; a.k.a. TSANG, Erick; a.k.a. TSANG, Kwok-wai (Chinese Traditional: 曾國衞; Chinese Simplified: 曾国卫); a.k.a. ZENG, Guowei), Flat 5F, Block 6, New Jade Gardens, Chaiwan, Hong Kong; DOB 01 Sep 1963; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. E9963190 (Hong Kong); Secretary for Constitutional and Mainland Affairs (individual) [HK-EO13936].

TSANG, Kwok-wai (Chinese Traditional: 曾國衞; Chinese Simplified: 曾国卫) (a.k.a. CENG, Guowei; a.k.a. TSANG, Erick; a.k.a. TSANG, Erick Kwok-wai; a.k.a. ZENG, Guowei), Flat 5F, Block 6, New Jade Gardens, Chaiwan, Hong Kong; DOB 01 Sep 1963; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. E9963190 (Hong Kong); Secretary for Constitutional and Mainland Affairs (individual) [HK-EO13936].

TSANG, Neil (a.k.a. TSANG, Niel; a.k.a. TSANG, Yun Yuan; a.k.a. TSANG, Yung Yuan (Chinese Traditional: 張永源)), 8th Floor, Number 466, Sec. 2, Neihu Road, Taipei, Taiwan; DOB 20 Oct 1957; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 302001581 (Taiwan) (individual) [DPRK3].

TSANG, Niel (a.k.a. TSANG, Neil; a.k.a. TSANG, Yun Yuan; a.k.a. TSANG, Yung Yuan (Chinese Traditional: 張永源)), 8th Floor, Number 466, Sec. 2, Neihu Road, Taipei, Taiwan; DOB 20 Oct 1957; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 302001581 (Taiwan) (individual) [DPRK3].

TSANG, Yun Yuan (a.k.a. TSANG, Neil; a.k.a. TSANG, Niel; a.k.a. TSANG, Yung Yuan (Chinese Traditional: 張永源)), 8th Floor,

Number 466, Sec. 2, Neihu Road, Taipei, Taiwan; DOB 20 Oct 1957; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 302001581 (Taiwan) (individual) [DPRK3].

TSANG, Yung Yuan (Chinese Traditional: 張永源) (a.k.a. TSANG, Neil; a.k.a. TSANG, Niel; a.k.a. TSANG, Yun Yuan), 8th Floor, Number 466, Sec. 2, Neihu Road, Taipei, Taiwan; DOB 20 Oct 1957; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 302001581 (Taiwan) (individual) [DPRK3].

TSAREV, Kirill Aleksandrovich (Cyrillic: ЦАРЁВ, Кирилл Александрович), Russia; DOB 25 Sep 1978; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

TSAREV, Mikhail Mikhailovich (a.k.a. "GRACHEV, Alexander"; a.k.a. "IVANOV MIXAIL"; a.k.a. "MANGO"; a.k.a. "MISHA KRUTYSHA"; a.k.a. "SUPER MISHA"; a.k.a. "TSAREV, Nikita Andreevich"), Serpukhov, Russia; DOB 20 Apr 1989; nationality Russia; Email Address tsarev89@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

TSAREV, Oleg (a.k.a. TSARIOV, Oleh; a.k.a. TSAROV, Oleg; a.k.a. TSARYOV, Oleh; a.k.a. TSARYOV, Oleh Anatolievich), Stari Kodaky, Dnepropetrovsk Oblast, Ukraine; DOB 02 Jun 1970; POB Dnepropetrovsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

TSARGRAD OOO, B-r Novinskiy d. 31, office 5-01, Moscow 123242, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Mar 2015; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No.

7703226533 (Russia); Registration Number 1157746244017 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Konstantin).

TSARGRAD PARK OOO, d. 3, d. Spas-Teshilovo, Serpukhov 142260, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Nov 2016; Organization Type: Management consultancy activities; Tax ID No. 5043059992 (Russia); Registration Number 1165043053372 (Russia) [RUSSIA-EO14024] (Linked To: IMENIE TSARGRAD OOO).

TSARGRAD SOCIETY (Cyrillic: ОБЩЕСТВО ЦАРЬГРАД) (f.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION SOCIETY FOR THE DEVELOPMENT OF RUSSIAN HISTORICAL EDUCATION DOUBLE-HEADED EAGLE (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ОБЩЕСТВО РАЗВИТИЯ РУССКОГО ИСТОРИЧЕСКОГО ПРОСВЕЩЕНИЯ ДВУГЛАВЫЙ ОРЕЛ); a.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION SOCIETY FOR THE PROMOTION OF RUSSIAN HISTORICAL DEVELOPMENT TSARGRAD (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ОБЩЕСТВО СОДЕЙСТВИЯ РУССКОМУ ИСТОРИЧЕСКОМУ РАЗВИТИЮ ЦАРЬГРАД); a.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION TSARGRAD (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ЦАРЬГРАД); f.k.a. DOUBLE HEADED EAGLE SOCIETY; f.k.a. SOCIETY OF THE DOUBLE-HEADED EAGLE FOR THE PROPAGATION OF RUSSIAN HISTORICAL ENLIGHTENMENT), 1s3 Partynniy pereulok, Moscow 115093, Russia; kom. 51, pomeshch. 1, d. 1, k. 57, str. 3, Per Partynniy, Intra-Urban Area Danilovskiy, Moscow 115093, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Nov 2015; Tax ID No. 7743141413 (Russia); Registration Number 1167700052618 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Konstantin).

TSARGRAD-CULTURE LLC (a.k.a. TSARGRAD-KULTURA OOO), per. Partiinyi d. 1, k. 57 str. 3, floor 1, pom/komn I/16, Moscow 115093, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Sep 2021; Organization Type: Other amusement and recreation activities; Tax ID No. 9725058950 (Russia); Registration Number 1217700417550 (Russia)

[RUSSIA-EO14024] (Linked To: TSARGRAD-MEDIA OOO).

TSARGRAD-KULTURA OOO (a.k.a. TSARGRAD-CULTURE LLC), per. Partiinyi d. 1, k. 57 str. 3, floor 1, pom/komn I/16, Moscow 115093, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Sep 2021; Organization Type: Other amusement and recreation activities; Tax ID No. 9725058950 (Russia); Registration Number 1217700417550 (Russia) [RUSSIA-EO14024] (Linked To: TSARGRAD-MEDIA OOO).

TSARGRAD-MEDIA OOO, B-r Novinskii d. 31, office 5-01, Moscow 123242, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Sep 2015; Organization Type: Motion picture, video and television programme production activities; Tax ID No. 7703398765 (Russia); Registration Number 1157746897604 (Russia) [RUSSIA-EO14024] (Linked To: TSARGRAD OOO).

TSARIOV, Oleh (a.k.a. TSAREV, Oleg; a.k.a. TSAROV, Oleg; a.k.a. TSARYOV, Oleh; a.k.a. TSARYOV, Oleh Anatolievich), Stari Kodaky, Dnepropetrovsk Oblast, Ukraine; DOB 02 Jun 1970; POB Dnepropetrovsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

TSAROV, Oleg (a.k.a. TSAREV, Oleg; a.k.a. TSARIOV, Oleh; a.k.a. TSARYOV, Oleh; a.k.a. TSARYOV, Oleh Anatolievich), Stari Kodaky, Dnepropetrovsk Oblast, Ukraine; DOB 02 Jun 1970; POB Dnepropetrovsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

TSARYOV, Oleh (a.k.a. TSAREV, Oleg; a.k.a. TSARIOV, Oleh; a.k.a. TSAROV, Oleg; a.k.a. TSARYOV, Oleh Anatolievich), Stari Kodaky, Dnepropetrovsk Oblast, Ukraine; DOB 02 Jun 1970; POB Dnepropetrovsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

TSARYOV, Oleh Anatolievich (a.k.a. TSAREV, Oleg; a.k.a. TSARIOV, Oleh; a.k.a. TSAROV, Oleg; a.k.a. TSARYOV, Oleh), Stari Kodaky, Dnepropetrovsk Oblast, Ukraine; DOB 02 Jun 1970; POB Dnepropetrovsk, Ukraine;

Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

TSB LIMITED LIABILITY COMPANY (Cyrillic: ТСБ ЖООПКЕРЧИЛИГИ ЧЕКТЕЛГЕН КООМУ) (a.k.a. LIMITED LIABILITY COMPANY TRANSIT SERVICE BISHKEK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРАНЗИТ СЕРВИС БИШКЕК); a.k.a. TSB ZHCHK; a.k.a. "OSOO TSB"), 13a ul. Shirokaya, Prigorodny aiylny aimak, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 01108201510101 (Kyrgyzstan); Registration Number 148050-3308-OOO (Kyrgyzstan) [RUSSIA-EO14024].

TSB ZHCHK (a.k.a. LIMITED LIABILITY COMPANY TRANSIT SERVICE BISHKEK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРАНЗИТ СЕРВИС БИШКЕК); a.k.a. TSB LIMITED LIABILITY COMPANY (Cyrillic: ТСБ ЖООПКЕРЧИЛИГИ ЧЕКТЕЛГЕН КООМУ); a.k.a. "OSOO TSB"), 13a ul. Shirokaya, Prigorodny aiylny aimak, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 01108201510101 (Kyrgyzstan); Registration Number 148050-3308-OOO (Kyrgyzstan) [RUSSIA-EO14024].

TSCHATAJEV, Achmed Radschapovitsch (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAYEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

TSCHATAJEV, Ahmed Radschapovitsch (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a.

SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

TSCHATAYEV, Achmed Radschapovitsch (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

TSCHATAYEV, Ahmed Radschapovitsch (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAYEV, Achmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

TSED, Nikolay Grigorevich (Cyrillic: ЦЕД, Николай Григорьевич), Russia; DOB 06 Jan 1959; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TSEKOV, Sergei (a.k.a. TSEKOV, Sergey Pavlovich; a.k.a. TSEKOV, Serhiy Pavlovich (Cyrillic: ЦЕКОВ, Сергей Павлович)), Russia; DOB 28 Sep 1953; POB Simferopol, Crimea, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

TSEKOV, Sergey Pavlovich (a.k.a. TSEKOV, Sergei; a.k.a. TSEKOV, Serhiy Pavlovich (Cyrillic: ЦЕКОВ, Сергей Павлович)), Russia; DOB 28 Sep 1953; POB Simferopol, Crimea, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

TSEKOV, Serhiy Pavlovich (Cyrillic: ЦЕКОВ, Сергей Павлович) (a.k.a. TSEKOV, Sergei; a.k.a. TSEKOV, Sergey Pavlovich), Russia; DOB 28 Sep 1953; POB Simferopol, Crimea, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

TSELIKAVETS, Irina Aliaksandrauna (Cyrillic: ЦЭЛІКАВЕЦ, Ірына Аляксандраўна) (a.k.a. TSELIKAVETS, Iryna Aliaksandrauna; a.k.a. TSELIKAVIETS, Iryna Aliaksandrawna; a.k.a. TSELIKOVEC, Irina Alexandrovna (Cyrillic: ЦЕЛИКОВЕЦ, Ирина Александровна); a.k.a. TSELIKOVETS, Irina; a.k.a. TSELIKOVETS, Irina Aleksandrovna; a.k.a. TSELIKOVETS, Iryna), Minsk Oblast, Belarus; DOB 02 Nov

1976; POB Zhlobin, Belarus; nationality Belarus; Gender Female (individual) [BELARUS].

TSELIKAVETS, Iryna Aliaksandrauna (a.k.a. TSELIKAVETS, Irina Aliaksandrauna (Cyrillic: ЦЭЛІКАВЕЦ, Ірына Аляксандраўна); a.k.a. TSELIKAVIETS, Iryna Aliaksandrawna; a.k.a. TSELIKOVEC, Irina Alexandrovna (Cyrillic: ЦЕЛИКОВЕЦ, Ирина Александровна); a.k.a. TSELIKOVETS, Irina; a.k.a. TSELIKOVETS, Irina Aleksandrovna; a.k.a. TSELIKOVETS, Iryna), Minsk Oblast, Belarus; DOB 02 Nov 1976; POB Zhlobin, Belarus; nationality Belarus; Gender Female (individual) [BELARUS].

TSELIKAVIETS, Iryna Aliaksandrawna (a.k.a. TSELIKAVETS, Irina Aliaksandrauna (Cyrillic: ЦЭЛІКАВЕЦ, Ірына Аляксандраўна); a.k.a. TSELIKAVETS, Iryna Aliaksandrauna; a.k.a. TSELIKOVEC, Irina Alexandrovna (Cyrillic: ЦЕЛИКОВЕЦ, Ирина Александровна); a.k.a. TSELIKOVETS, Irina; a.k.a. TSELIKOVETS, Irina Aleksandrovna; a.k.a. TSELIKOVETS, Iryna), Minsk Oblast, Belarus; DOB 02 Nov 1976; POB Zhlobin, Belarus; nationality Belarus; Gender Female (individual) [BELARUS].

TSELIKOVEC, Irina Alexandrovna (Cyrillic: ЦЕЛИКОВЕЦ, Ирина Александровна) (a.k.a. TSELIKAVETS, Irina Aliaksandrauna (Cyrillic: ЦЭЛІКАВЕЦ, Ірына Аляксандраўна); a.k.a. TSELIKAVETS, Iryna Aliaksandrauna; a.k.a. TSELIKAVIETS, Iryna Aliaksandrawna; a.k.a. TSELIKOVETS, Irina; a.k.a. TSELIKOVETS, Irina Aleksandrovna; a.k.a. TSELIKOVETS, Iryna), Minsk Oblast, Belarus; DOB 02 Nov 1976; POB Zhlobin, Belarus; nationality Belarus; Gender Female (individual) [BELARUS].

TSELIKOVETS, Irina (a.k.a. TSELIKAVETS, Irina Aliaksandrauna (Cyrillic: ЦЭЛІКАВЕЦ, Ірына Аляксандраўна); a.k.a. TSELIKAVETS, Iryna Aliaksandrauna; a.k.a. TSELIKAVIETS, Iryna Aliaksandrawna; a.k.a. TSELIKOVEC, Irina Alexandrovna (Cyrillic: ЦЕЛИКОВЕЦ, Ирина Александровна); a.k.a. TSELIKOVETS, Irina Aleksandrovna; a.k.a. TSELIKOVETS, Iryna), Minsk Oblast, Belarus; DOB 02 Nov 1976; POB Zhlobin, Belarus; nationality Belarus; Gender Female (individual) [BELARUS].

TSELIKOVETS, Irina Aleksandrovna (a.k.a. TSELIKAVETS, Irina Aliaksandrauna (Cyrillic: ЦЭЛІКАВЕЦ, Ірына Аляксандраўна); a.k.a. TSELIKAVETS, Iryna Aliaksandrauna; a.k.a. TSELIKAVIETS, Iryna Aliaksandrawna; a.k.a.

TSELIKOVEC, Irina Alexandrovna (Cyrillic: ЦЕЛИКОВЕЦ, Ирина Александровна); a.k.a. TSELIKOVETS, Irina; a.k.a. TSELIKOVETS, Iryna), Minsk Oblast, Belarus; DOB 02 Nov 1976; POB Zhlobin, Belarus; nationality Belarus; Gender Female (individual) [BELARUS].

TSELIKOVETS, Iryna (a.k.a. TSELIKAVETS, Irina Aliaksandrauna (Cyrillic: ЦЭЛІКАВЕЦ, Ірына Аляксандраўна); a.k.a. TSELIKAVETS, Iryna Aliaksandrauna; a.k.a. TSELIKAVIETS, Iryna Aliaksandrawna; a.k.a. TSELIKOVEC, Irina Alexandrovna (Cyrillic: ЦЕЛИКОВЕЦ, Ирина Александровна); a.k.a. TSELIKOVETS, Irina; a.k.a. TSELIKOVETS, Irina Aleksandrovna), Minsk Oblast, Belarus; DOB 02 Nov 1976; POB Zhlobin, Belarus; nationality Belarus; Gender Female (individual) [BELARUS].

TSENTR INNOVATSIONNYKH TEKHNOLOGII I INZHINIRINGA (a.k.a. ENGINEERING CENTER OF INNOVATIVE TECHNOLOGIES; a.k.a. "ECITECH"), 2 Zavodskoy proezd, office 632, Fryazino 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5050127869 (Russia); Registration Number 1165050054949 (Russia) [RUSSIA-EO14024].

TSENTR IZALYATSYI PRAVANARUSHALNIKAU HUUS MINHARVYKANKAMA (Cyrillic: ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГУУС МІНГАРВЫКАНКАМА) (a.k.a. AKRESCINA JAIL; a.k.a. AKRESTSINA; a.k.a. AKRESTSINA DETENTION CENTER; a.k.a. AKRESTSINA JAIL; a.k.a. CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MINSK GUVD; a.k.a. CENTRE FOR ISOLATION OF OFFENDERS OF THE CHIEF DIRECTORATE OF THE INTERIOR OF MINSK EXECUTIVE COMMITTEE; a.k.a. INSTITUTION CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE; a.k.a. OKRESTINA; a.k.a. OKRESTINA STREET DETENTION FACILITY; a.k.a. TSENTR IZOLYATSII PRAVONARUSHITELEI GUVD MINGORISPOLKOMA (Cyrillic: ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГУВД МИНГОРИСПОЛКОМА); a.k.a. UCHREZHDENIYE TSENTR IZOLYATSII PRAVONARUSHITELEI GLAVNOVO UPRAVLENIYA VNUTRENNIKH DEL MINSKOVO GORODSKOVO

ISPOLNITELNOVO KOMITETA (Cyrillic: УЧРЕЖДЕНИЕ ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГЛАВНОГО УПРАВЛЕНИЯ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. USTANOVA TSENTR IZALYATSYI PRAVANARUSHALNIKAU HALOUNAHA UPRAULENIYA UNUTRANYKH SPRAU MINSKAHA GARADSKOHA VYKANAUCHAHA KAMITETA (Cyrillic: УСТАНОВА ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГАЛОЎНАГА ЎПРАЎЛЕННЯ ЎНУТРАНЫХ СПРАЎ МІНСКАГА ГАРАДСКОГА ВЫКАНАЎЧАГА КАМІТЭТА)), per. 1-st Okrestina, d. 36, Minsk 220028, Belarus (Cyrillic: пер. 1-й Окрестина, д. 36, г. Минск 220028, Belarus); Registration Number 191291828 (Belarus) [BELARUS].

TSENTR IZOLYATSII PRAVONARUSHITELEI GUVD MINGORISPOLKOMA (Cyrillic: ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГУВД МИНГОРИСПОЛКОМА) (a.k.a. AKRESCINA JAIL; a.k.a. AKRESTSINA; a.k.a. AKRESTSINA DETENTION CENTER; a.k.a. AKRESTSINA JAIL; a.k.a. CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MINSK GUVD; a.k.a. CENTRE FOR ISOLATION OF OFFENDERS OF THE CHIEF DIRECTORATE OF THE INTERIOR OF MINSK EXECUTIVE COMMITTEE; a.k.a. INSTITUTION CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE; a.k.a. OKRESTINA; a.k.a. OKRESTINA STREET DETENTION FACILITY; a.k.a. TSENTR IZALYATSYI PRAVANARUSHALNIKAU HUUS MINHARVYKANKAMA (Cyrillic: ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГУУС МІНГАРВЫКАНКАМА); a.k.a. UCHREZHDENIYE TSENTR IZOLYATSII PRAVONARUSHITELEI GLAVNOVO UPRAVLENIYA VNUTRENNIKH DEL MINSKOVO GORODSKOVO ISPOLNITELNOVO KOMITETA (Cyrillic: УЧРЕЖДЕНИЕ ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГЛАВНОГО УПРАВЛЕНИЯ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. USTANOVA TSENTR IZALYATSYI PRAVANARUSHALNIKAU HALOUNAHA UPRAULENIYA UNUTRANYKH SPRAU MINSKAHA GARADSKOHA VYKANAUCHAHA

KAMITETA (Cyrillic: УСТАНОВА ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГАЛОЎНАГА ЎПРАЎЛЕННЯ ЎНУТРАНЫХ СПРАЎ МІНСКАГА ГАРАДСКОГА ВЫКАНАЎЧАГА КАМІТЭТА)), per. 1-st Okrestina, d. 36, Minsk 220028, Belarus (Cyrillic: пер. 1-й Окрестина, д. 36, г. Минск 220028, Belarus); Registration Number 191291828 (Belarus) [BELARUS].

TSENTR KHRANENIYA DANNYKH (a.k.a. LIMITED LIABILITY COMPANY SAFEDATA; a.k.a. "LIMITED LIABILITY COMPANY DATA STORAGE CENTER"), Nikitskii Per D.7 Str.1, Moscow 125009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703616170 (Russia); Registration Number 1067759957275 (Russia) [RUSSIA-EO14024].

TSENTR KOMPYUTERNOGO INZHINIRINGA (a.k.a. SUSU COMPUTER ENGINEERING CENTER), Ordzhonikidze St., 50, Chelyabinsk 454091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7448199173 (Russia); Registration Number 1167456142424 (Russia) [RUSSIA-EO14024].

TSENTR NAUCHNO ISSLEDOVATELSKIKH I PROIZVODSTVENNYKH RABOT (Cyrillic: ЦЕНТР НАУЧНО ИССЛЕДОВАТЕЛЬСКИХ И ПРОИЗВОДСТВЕННЫХ РАБОТ) (a.k.a. CENTER FOR SCIENTIFIC-RESEARCH AND PRODUCTION WORK; a.k.a. LLC CENTER OF THE SCIENCE RESEARCH AND PRODUCTION WORKS; a.k.a. "LLC CNIPR"), Ul. Tsentralnaya d. 19, Kogalym 628483, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 8608053410 (Russia); Registration Number 1088608000436 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

TSENTR NEDVIZHIMOSTI OT SBERBANKA (a.k.a. LIMITED LIABILITY COMPANY SBERBANK REAL ESTATE CENTER; a.k.a. "SREC LLC"), 32/1 Kutuzovsky Ave, Moscow 121170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736249247 (Russia); Registration Number 1157746652150 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

TSENTR RAZVITIYA BAIKALSKOGO REGIONA (a.k.a. BAIKAL.TSENTR; a.k.a. LLC BAIKAL CENTER), Vozdvizhenka d. 7/6, str. 1, pomeshch. 10, Moscow 119019, Russia;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704732846 (Russia); Registration Number 1097746515240 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

TSENTR TEKHNOLOGII BANKROTSTVA (a.k.a. BANKRUPTCY TECHNOLOGY CENTER LIMITED LIABILITY COMPANY; a.k.a. "BTC LLC"), 19 Vavilova St., Moscow 117997, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736303529 (Russia); Registration Number 1177746502944 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

TSENTR UCHETA I REGISTRATSII (a.k.a. "TSUR"), Pl. Rastrelli D. 2, Str. 1, Pomeshch. 3-N, Kom. 2.58, Saint Petersburg 191124, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7842521215 (Russia); Registration Number 1147847198806 (Russia) [RUSSIA-EO14024].

TSENTRALNAYA IZBIRATELNAYA KOMISSIYA ROSSIISKOI FEDERATSII (a.k.a. CENTRAL ELECTION COMMISSION OF THE RUSSIAN FEDERATION (Cyrillic: ЦЕНТРАЛЬНАЯ ИЗБИРАТЕЛЬНАЯ КОМИССИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ); a.k.a. TSENTRIZBIRKOM (Cyrillic: ЦЕНТРИЗБИРКОМ); a.k.a. TSIK ROSSII (Cyrillic: ЦИК РОССИИ)), Bolshoy Cherkassky Pereulok, Building 9, Moscow 109012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Dec 1993; Target Type Government Entity; Tax ID No. 7710010990 (Russia); Government Gazette Number 00065650 (Russia); Registration Number 1027700466640 (Russia) [RUSSIA-EO14024].

TSENTRALNAYA KAMISIYA RESPUBLIKI BELARUS PA VYBARAKH I PRAVYADZENNI RESPUBLIKANSKIKH REFERENDUMAU (Cyrillic: ЦЭНТРАЛЬНАЯ КАМІСІЯ РЭСПУБЛІКІ БЕЛАРУСЬ ПА ВЫБАРАХ І ПРАВЯДЗЕННІ РЭСПУБЛІКАНСКІХ РЭФЕРЭНДУМАЎ) (a.k.a. BELARUSIAN CENTRAL ELECTION COMMISSION; a.k.a. CEC BELARUS; f.k.a. CENTRAL COMMISSION OF THE REPUBLIC OF BELARUS ON ELECTIONS AND HOLDING REPUBLICAN REFERENDA; a.k.a. CENTRAL

ELECTION COMMISSION OF THE REPUBLIC OF BELARUS (Cyrillic: ЦЕНТРАЛЬНАЯ ИЗБИРАТЕЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ); f.k.a. TSENTRALNAYA KOMISSIYA RESPUBLIKI BELARUS PO VYBORAM I PROVEDENIYU RESPUBLIKANSKIKH REFERENDUMOV (Cyrillic: ЦЕНТРАЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ ПО ВЫБОРАМ И ПРОВЕДЕНИЮ РЕСПУБЛИКАНСКИХ РЕФЕРЕНДУМОВ); a.k.a. "TSVK"), 11 Sovetskaya St., House of Government, Minsk 220010, Belarus; Target Type Government Entity [BELARUS] [BELARUS-EO14038].

TSENTRALNAYA KOMISSIYA RESPUBLIKI BELARUS PO VYBORAM I PROVEDENIYU RESPUBLIKANSKIKH REFERENDUMOV (Cyrillic: ЦЕНТРАЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ ПО ВЫБОРАМ И ПРОВЕДЕНИЮ РЕСПУБЛИКАНСКИХ РЕФЕРЕНДУМОВ) (a.k.a. BELARUSIAN CENTRAL ELECTION COMMISSION; a.k.a. CEC BELARUS; f.k.a. CENTRAL COMMISSION OF THE REPUBLIC OF BELARUS ON ELECTIONS AND HOLDING REPUBLICAN REFERENDA; a.k.a. CENTRAL ELECTION COMMISSION OF THE REPUBLIC OF BELARUS (Cyrillic: ЦЕНТРАЛЬНАЯ ИЗБИРАТЕЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ); f.k.a. TSENTRALNAYA KAMISIYA RESPUBLIKI BELARUS PA VYBARAKH I PRAVYADZENNI RESPUBLIKANSKIKH REFERENDUMAU (Cyrillic: ЦЭНТРАЛЬНАЯ КАМІСІЯ РЭСПУБЛІКІ БЕЛАРУСЬ ПА ВЫБАРАХ І ПРАВЯДЗЕННІ РЭСПУБЛІКАНСКІХ РЭФЕРЭНДУМАЎ); a.k.a. "TSVK"), 11 Sovetskaya St., House of Government, Minsk 220010, Belarus; Target Type Government Entity [BELARUS] [BELARUS-EO14038].

TSENTRALNOE PGO PAO (Cyrillic: ЦЕНТРАЛЬНОЕ ПГО АО), D. 5, E/Pom/Kom 1, 2/I, Li/1-40, 1-26, Per. Gamsonovskii, Moscow 115191, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724643070 (Russia); Registration Number 1077763582544 (Russia) [RUSSIA-EO14024].

TSENTRALNY NAUCHNO-ISSLEDOVATELSKI INSTITUT KHIMII I MEKHANIKI, FGUP (a.k.a. CNIIHM (Cyrillic: ЦНИИХМ); a.k.a. FGUP CNIIXM (Cyrillic: ФГУП ЦНИИХМ); a.k.a. FGUP TSNIIKHM; a.k.a. GNTS RF FGUP TSNIIKHM; a.k.a. STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION FGUP CENTRAL

SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND MECHANICS; a.k.a. TSNIIKHM, FGUP), 16A ul. Nagatinskaya, Moscow, Russia; Website http://cniihm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7724073013 (Russia); Government Gazette Number 07521506 (Russia); Registration Number 1037739097582 (Russia) [CAATSA - RUSSIA].

TSENTRALNYY NAUCHNOISSLEDOVATELSKIY INSTITUT AVTOMATIKI I GIDRAVLIKI (a.k.a. CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS (Cyrillic: ЦЕНТРАЛЬНЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ АВТОМАТИКИ И ГИДРАВЛИКИ); a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER CENTRAL RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS; a.k.a. JSC CENTRAL RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS; a.k.a. TSNIIAG (Cyrillic: ЦНИИАГ)), 5 Sovetskoy Armii St., Moscow 127018, Russia; Website https://cniiag.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Jan 2012; Tax ID No. 7715900066 (Russia) [RUSSIA-EO14024].

TSENTRIZBIRKOM (Cyrillic: ЦЕНТРИЗБИРКОМ) (a.k.a. CENTRAL ELECTION COMMISSION OF THE RUSSIAN FEDERATION (Cyrillic: ЦЕНТРАЛЬНАЯ ИЗБИРАТЕЛЬНАЯ КОМИССИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ); a.k.a. TSENTRALNAYA IZBIRATELNAYA KOMISSIYA ROSSIISKOI FEDERATSII; a.k.a. TSIK ROSSII (Cyrillic: ЦИК РОССИИ)), Bolshoy Cherkassky Pereulok, Building 9, Moscow 109012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Dec 1993; Target Type Government Entity; Tax ID No. 7710010990 (Russia); Government Gazette Number 00065650 (Russia); Registration Number 1027700466640 (Russia) [RUSSIA-EO14024].

TSENTRKURORT (a.k.a. CENTRKURORT; a.k.a. DZYARZHAUNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: ДЗЯРЖАЎНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. GOSUDARSTVENNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: ГОСУДАРСТВЕННОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. REPUBLICAN UNITARY ENTERPRISE TSENTRKURORT; a.k.a. RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: РЭСПУБЛІКАНСКАЕ ЎНІТАРНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. RESPUBLIKANSKOYE UNITARNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. STATE ENTERPRISE TSENTRKURORT), ul. Myasnikova, d. 39, kom. 338, Minsk 220048, Belarus (Cyrillic: ул. Мясникова, д. 39, ком. 338, г. Минск 220048, Belarus); Organization Established Date 19 Jul 2000; Organization Type: Tour operator activities; alt. Organization Type: Travel agency activities; Target Type State-Owned Enterprise; Registration Number 100726604 (Belarus) [BELARUS-EO14038].

TSENTRKVARTS PAO (a.k.a. AO TSENTRKVARTS), D. 40 k. 4, Ul. Narodnogo Opolcheniya, Moscow 123298, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743909617 (Russia); Registration Number 5137746176497 (Russia) [RUSSIA-EO14024].

TSEPKIN, Oleg Vladimirovich (Cyrillic: ЦЕПКИН, Олег Владимирович), Russia; DOB 15 Sep 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TSERTSEL, Ivan Stanislavavich (Cyrillic: ЦЕРЦЕЛЬ, Іван Станіслававіч) (a.k.a. TERTEL, Ivan Stanislavavich (Cyrillic: ТЭРТЭЛЬ, Іван Станіслававіч); a.k.a. TERTEL, Ivan Stanislavovich (Cyrillic: ТЕРТЕЛ, Иван Станиславович)), Minsk, Belarus; DOB 08 Sep 1966; POB Privalka, Grodno Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

TSEZAR GROUP COMPANY LIMITED, 30 Soi Sukhumvit 61, Sethabutr, Vadhana, Bangkok 10110, Thailand; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Dec 2020; Registration Number 0105563179302 (Thailand) [RUSSIA-EO14024].

TSIFROVYE TEKHNOLOGII (a.k.a. LIMITED LIABILITY COMPANY DIGITAL TECHNOLOGIES; a.k.a. "DIGITAL TECHNOLOGIES LLC"), 19 Vavilova Street, Moscow 117312, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736252313 (Russia); Registration Number 1157746819966 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

TSIFROVYE TEKHNOLOGII BUDUSCHEGO LLC (a.k.a. TSIFROVYE TEKHNOLOGII BUDUSHCHEGO; a.k.a. TSIFROVYE TEKHNOLOGII BUDUSHCHEGO LIMITED LIABILITY COMPANY), Pr-Kt Tekstilshchikov D. 46, Pomeshch. 1, Kom.56, Kostroma 119991, Russia; Website dbosaas.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7717788370 (Russia); Registration Number 1147746768267 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

TSIFROVYE TEKHNOLOGII BUDUSHCHEGO (a.k.a. TSIFROVYE TEKHNOLOGII BUDUSCHEGO LLC; a.k.a. TSIFROVYE TEKHNOLOGII BUDUSHCHEGO LIMITED LIABILITY COMPANY), Pr-Kt Tekstilshchikov D. 46, Pomeshch. 1, Kom.56, Kostroma 119991, Russia; Website dbosaas.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7717788370 (Russia); Registration Number 1147746768267 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

TSIFROVYE TEKHNOLOGII BUDUSHCHEGO LIMITED LIABILITY COMPANY (a.k.a. TSIFROVYE TEKHNOLOGII BUDUSCHEGO LLC; a.k.a. TSIFROVYE TEKHNOLOGII BUDUSHCHEGO), Pr-Kt Tekstilshchikov D. 46, Pomeshch. 1, Kom.56, Kostroma 119991, Russia; Website dbosaas.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7717788370 (Russia); Registration Number 1147746768267 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

TSIK ROSSII (Cyrillic: ЦИК РОССИИ) (a.k.a. CENTRAL ELECTION COMMISSION OF THE RUSSIAN FEDERATION (Cyrillic: ЦЕНТРАЛЬНАЯ ИЗБИРАТЕЛЬНАЯ КОМИССИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ); a.k.a. TSENTRALNAYA IZBIRATELNAYA KOMISSIYA ROSSIISKOI FEDERATSII; a.k.a. TSENTRIZBIRKOM (Cyrillic: ЦЕНТРИЗБИРКОМ)), Bolshoy Cherkassky Pereulok, Building 9, Moscow 109012, Russia; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Organization Established Date 20 Dec 1993; Target Type Government Entity; Tax ID No. 7710010990 (Russia); Government Gazette Number 00065650 (Russia); Registration Number 1027700466640 (Russia) [RUSSIA-EO14024].

TSITADEL GROUP (a.k.a. CITADEL OOO; a.k.a. LIMITED LIABILITY COMPANY CITADEL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦИТАДЕЛЬ); a.k.a. LLC TSITADEL (Cyrillic: ООО ЦИТАДЕЛЬ); a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU TSITADEL; a.k.a. "CITADEL HOLDING"; a.k.a. "CITADEL LLC"), Michurinskiy avenue, House 27, Apartment 5, Floor 2, Room 6, Moscow 119607, Russia (Cyrillic: Пр-Кт Мичуринский, Д. 27, К. 5, Этаж 2, Ком. 6, Москва 119607, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701012339 (Russia); Registration Number 11577467895690 (Russia) [RUSSIA-EO14024].

TSITOVA, Alena Uladzimirauna (a.k.a. TITOVA, Elena Vladimirovna), Apt 62 St. Bogatyreva 131, Rogachev City, Gomel Region, Belarus; DOB 10 Nov 1976; POB Village Lubonichi, Kirovsky, Mogilev Region, Belarus; nationality Belarus; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4101176M005PB3 (Belarus) (individual) [RUSSIA-EO14024].

TSIVILEV, Sergey Evgenevich (a.k.a. TSIVILEV, Sergey Evgenyevich (Cyrillic: ЦИВИЛЕВ, Сергей Евгеньевич); a.k.a. TSIVILYOV, Sergei Evgenievich), Kemerovo Region, Russia; DOB 21 Sep 1961; POB Mariupol, Donetsk Region, Ukraine; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 783901472526 (Russia) (individual) [RUSSIA-EO14024].

TSIVILEV, Sergey Evgenyevich (Cyrillic: ЦИВИЛЕВ, Сергей Евгеньевич) (a.k.a. TSIVILEV, Sergey Evgenevich; a.k.a. TSIVILYOV, Sergei Evgenievich), Kemerovo Region, Russia; DOB 21 Sep 1961; POB Mariupol, Donetsk Region, Ukraine; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 783901472526 (Russia) (individual) [RUSSIA-EO14024].

TSIVILEVA, Anna Evgenyevna (a.k.a. LOGINOVA, Anna Evgenyevna; a.k.a. PUTINA, Anna Evgenyevna); DOB 09 May 1972; POB

Ivanovo, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771921270207 (Russia) (individual) [RUSSIA-EO14024].

TSIVILYOV, Sergei Evgenievich (a.k.a. TSIVILEV, Sergey Evgenevich; a.k.a. TSIVILEV, Sergey Evgenyevich (Cyrillic: ЦИВИЛЕВ, Сергей Евгеньевич)), Kemerovo Region, Russia; DOB 21 Sep 1961; POB Mariupol, Donetsk Region, Ukraine; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 783901472526 (Russia) (individual) [RUSSIA-EO14024].

TSK VEKTOR, OOO (Cyrillic: ООО ТСК ВЕКТОР) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TSK VEKTOR), d. 235, kv. 70, ul. Sevastopolskaya, Irkutsk, Irkutsk Oblast 664048, Russia (Cyrillic: Д. 235, КВ. 70, УЛ. СЕВАСТОПОЛЬСКАЯ, Город Иркутск, Иркутская Область 664048, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Oct 2015; Tax ID No. 3849055365 (Russia); Government Gazette Number 16492258 (Russia); Business Registration Number 1153850042246 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY IZHEVSK ELECTROMECHANICAL PLANT KUPOL).

TSMRBANK, OOO (a.k.a. BANK CENTER FOR INTERNATIONAL SETTLEMENTS LLC; a.k.a. BANK TSENTR MEZHDUNARODNYKH RASCHETOV OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. LLC TSMRBANK), ul. Palikha, d. 10, Str. 7, Moscow 127055, Russia; Website www.nko-cmr.ru; Email Address cmr@cmrbank.ru; BIK (RU) 044525059; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration ID 1157700005759 (Russia); Tax ID No. 7750056670 (Russia); Government Gazette Number 45000256 (Russia)

[UKRAINE-EO13660] [DPRK3] [RUSSIA-EO14024].

TSNII BUREVESTNIK AO (a.k.a. JOINT STOCK COMPANY CENTRAL SCIENTIFIC RESEARCH INSTITUTE BUREVESTNIK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЦЕНТРАЛЬНЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ БУРЕВЕСТНИК); a.k.a. JSC CRI BUREVESTNIK), 1A Shosse Sormovskoe, Nizhny Novgorod, Nizhny Novgorod Oblast 603950, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Apr 2008; alt. Organization Established Date 1970; Target Type State-Owned Enterprise; Tax ID No. 5259075468 (Russia); Government Gazette Number 07501544 (Russia); Registration Number 1085259003664 (Russia) [RUSSIA-EO14024].

TSNII RTK (a.k.a. CENTRAL RESEARCH INSTITUTE OF ROBOTICS AND TECHNICAL CYBERNETICS; a.k.a. FEDERAL STATE AUTONOMOUS SCIENTIFIC INSTITUTION CENTRAL RESEARCH AND EXPERIMENTAL AND DESIGN INSTITUTE OF ROBOTICS AND TECHNICAL CYBERNETICS; a.k.a. RUSSIAN STATE SCIENTIFIC CENTER FOR ROBOTICS AND TECHNICAL CYBERNETICS), Prosp Tikhoretskii 21, St. Petersburg 194064, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Government Entity; Tax ID No. 7804023410 (Russia); Registration Number 1027802484852 (Russia) [RUSSIA-EO14024].

TSNIIAG (Cyrillic: ЦНИИАГ) (a.k.a. CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS (Cyrillic: ЦЕНТРАЛЬНЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ АВТОМАТИКИ И ГИДРАВЛИКИ); a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER CENTRAL RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS; a.k.a. JSC CENTRAL RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS; a.k.a. TSENTRALNYY NAUCHNOISSLEDOVATELSKIY INSTITUT AVTOMATIKI I GIDRAVLIKI), 5 Sovetskoy Armii St., Moscow 127018, Russia; Website https://cniiag.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Jan 2012; Tax ID No. 7715900066 (Russia) [RUSSIA-EO14024].

TSNIIKHM, FGUP (a.k.a. CNIIHM (Cyrillic: ЦНИИХМ); a.k.a. FGUP CNIIXM (Cyrillic: ФГУП ЦНИИХМ); a.k.a. FGUP TSNIIKHM; a.k.a. GNTS RF FGUP TSNIIKHM; a.k.a. STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION FGUP CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND MECHANICS; f.k.a. TSENTRALNY NAUCHNO-ISSLEDOVATELSKI INSTITUT KHIMII I MEKHANIKI, FGUP), 16A ul. Nagatinskaya, Moscow, Russia; Website http://cniihm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7724073013 (Russia); Government Gazette Number 07521506 (Russia); Registration Number 1037739097582 (Russia) [CAATSA - RUSSIA].

TSOR SECURITY (f.k.a. ESAGE LAB; a.k.a. ZORSECURITY), Luzhnetskaya Embankment 2/4, Building 17, Office 444, Moscow 119270, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Registration ID 1127746601817 (Russia); Tax ID No. 7704813260 (Russia); alt. Tax ID No. 7704010041 (Russia) [CYBER2].

TSRT INNOVATSII (a.k.a. STC INNOVATIONS LIMITED), Ul. Gelsingforsskaya, D. 3, K. 11, Lit. D, Pom. 195, Saint Petersburg 194004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7839438486 (Russia); Registration Number 1117847035547 (Russia) [RUSSIA-EO14024].

TSRT SOFT (a.k.a. STC SOFT LIMITED), Nab. Vyborgskaya, D. 45, Lit. E, Pom. 1-N, 2-N, 4-N, Chast Ofisa 12, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7839441224 (Russia); Registration Number 1117847107674 (Russia) [RUSSIA-EO14024].

TSS LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТСС), Ul. Viktorenko D. 5, Str. 1, BTS Victory Plaza, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 08 May 2013; Tax ID No. 7714905368 (Russia); Registration Number 1137746409327 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

TSSABM (a.k.a. ABM CONSTRUCTION COMPANY; a.k.a. ABMC THAI SOUTH SUDAN CONSTRUCTION; a.k.a. ABMC THAI-SOUTH SUDAN CONSTRUCTION COMPANY LIMITED; a.k.a. AGGREGATE BUILDING MATERIALS CONSTRUCTION COMPANY; a.k.a. THAI SOUTH SUDAN CRUSHER, AGGREGATES, AND BUILDING MATERIALS COMPANY), Customs Area, Adjacent to the Bus Park, Juba, South Sudan; Jebel Kujur, Juba-Yei Road, South Sudan; Luri, Central Equatoria State, South Sudan [GLOMAG] (Linked To: BOL MEL, Benjamin).

TSSKB PROGRESS (a.k.a. AKTSIONERNOE OBSHCHESTVO RAKETNO KOSMICHESKII TSENTR PROGRESS; a.k.a. AO RKTS PROGRESS; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION SPACE CENTRE PROGRESS), 18 Zemetsa ul., Samara 443009, Russia; 13 Marshala Nedelina ul., Tsiolkovskii, Russia; 10 Lesnaia ul., Mirnyi, Russia; 8 Konstruktora Guskova str. 2, Zelenograd, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6312139922 (Russia); Registration Number 1146312005344 (Russia) [RUSSIA-EO14024].

TSUDA, Chikara (Japanese: 津田力), 25-1 Motoderamachi Nishinocho, Wakayama-shi, Wakayama-ken 640-8007, Japan (Japanese: 元寺町西ノ丁25-1, 和歌山市, 和歌山県 640-8007, Japan); DOB 23 Dec 1958; Gender Male (individual) [TCO] (Linked To: YAMAGUCHI-GUMI).

TSUKASA, Shinobu (a.k.a. SHINODA, Kenichi); DOB 25 Jan 1942; POB Oita Kyushu, Japan (individual) [TCO].

TSUNAEVA, Elena Moiseevna (Cyrillic: ЦУНАЕВА, Елена Моисеевна), Russia; DOB 13 Jan 1969; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

TSVETNOI MIR (a.k.a. LIMITED LIABILITY COMPANY TSVETNOY MIR; a.k.a. "COLOR WORLD LTD"), Ul. Very Voloshinoi D. 27, Kv. 72, Mytishchi 141014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5029114546 (Russia); Registration Number 1085029004257 (Russia) [RUSSIA-EO14024].

TSYB, Sergei Anatolyevich (a.k.a. TSYB, Sergej Anatol'evich; a.k.a. TSYB, Sergey Anatolyevich (Cyrillic: ЦЫБ, Сергей Анатольевич)), Chapaevsky Per 3-902, Moscow 125057, Russia; DOB 29 Apr 1968; POB Obninsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 120008377 (Russia); Tax ID No. 771479226905 (Russia) (individual) [RUSSIA-EO14024].

TSYB, Sergej Anatol'evich (a.k.a. TSYB, Sergei Anatolyevich; a.k.a. TSYB, Sergey Anatolyevich (Cyrillic: ЦЫБ, Сергей Анатольевич)), Chapaevsky Per 3-902, Moscow 125057, Russia; DOB 29 Apr 1968; POB Obninsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 120008377 (Russia); Tax ID No. 771479226905 (Russia) (individual) [RUSSIA-EO14024].

TSYB, Sergey Anatolyevich (Cyrillic: ЦЫБ, Сергей Анатольевич) (a.k.a. TSYB, Sergei Anatolyevich; a.k.a. TSYB, Sergej Anatol'evich), Chapaevsky Per 3-902, Moscow 125057, Russia; DOB 29 Apr 1968; POB Obninsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 120008377 (Russia); Tax ID No. 771479226905 (Russia) (individual) [RUSSIA-EO14024].

TSYBULSKIY, Aleksandr Vitalevich (Cyrillic: ЦЫБУЛЬСКИЙ, Александр Витальевич) (a.k.a. TSYBULSKY, Alexander Vitalyevich), Arkhangelsk region, Russia; DOB 15 Jul 1979; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773472400523 (Russia) (individual) [RUSSIA-EO14024].

TSYBULSKY, Alexander Vitalyevich (a.k.a. TSYBULSKIY, Aleksandr Vitalevich (Cyrillic: ЦЫБУЛЬСКИЙ, Александр Витальевич)), Arkhangelsk region, Russia; DOB 15 Jul 1979; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Tax ID No. 773472400523 (Russia) (individual) [RUSSIA-EO14024].

TSYDENOV, Aleksey Sambuyevich (Cyrillic: ЦЫДЕНОВ, Алексей Самбуевич), Buryatia Republic, Russia; DOB 16 Mar 1976; POB Petrovsk-Zabaykalskiy, Zabaykalye Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 272418705747 (Russia) (individual) [RUSSIA-EO14024].

TSYPLAKOV, Gennady (a.k.a. TSYPLAKOV, Sergey Gennadevich); DOB 01 May 1983; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

TSYPLAKOV, Sergey Gennadevich (a.k.a. TSYPLAKOV, Gennady); DOB 01 May 1983; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

TTF AIR HEAVY LIFTING (a.k.a. 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JSC THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. LYOTNY OTRYAD 224; a.k.a. OJSC GOSUDARSTVENNAYA AVIAKOMPANIYA 224 LETNY OTRYAD (Cyrillic: ОАО ГОСУДАРСТВЕННАЯ АВИАКОМПАНИЯ 224 ЛЕТНЫЙ ОТРЯД); a.k.a. "224 FU JSC"; a.k.a. "224TH FLIGHT UNIT"; a.k.a. "OAO 224 LO"), 10, Matrosskaya Tishina, B-14, POB-471, Moscow 107014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Oct 1971; Target Type State-Owned Enterprise; Tax ID No. 7718763393 (Russia); Registration Number 1097746281160 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

TTP GEEDAR GROUP (a.k.a. COMMANDER TARIQ AFRIDI GROUP; a.k.a. TARIQ AFRIDI GROUP; a.k.a. TARIQ GEEDAR GROUP; a.k.a. TARIQ GIDAR AFRIDI GROUP; a.k.a. TARIQ GIDAR GROUP; a.k.a. TEHREEK-I-TALIBAN PAKISTAN GEEDAR GROUP; a.k.a. TEHRIK-E-TALIBAN-TARIQ GIDAR GROUP; a.k.a. TTP-TARIQ GIDAR GROUP; a.k.a. "TGG"; a.k.a. "THE ASIAN TIGERS"), Darra Adam Khel, Pakistan; Aurakzai, Pakistan; Khyber, Pakistan; Peshawar, Pakistan; Kohat, Pakistan; Hangu, Pakistan; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TTP-TARIQ GIDAR GROUP (a.k.a. COMMANDER TARIQ AFRIDI GROUP; a.k.a. TARIQ AFRIDI GROUP; a.k.a. TARIQ GEEDAR GROUP; a.k.a. TARIQ GIDAR AFRIDI GROUP; a.k.a. TARIQ GIDAR GROUP; a.k.a. TEHREEK-I-TALIBAN PAKISTAN GEEDAR GROUP; a.k.a. TEHRIK-E-TALIBAN-TARIQ GIDAR GROUP; a.k.a. TTP GEEDAR GROUP; a.k.a. "TGG"; a.k.a. "THE ASIAN TIGERS"), Darra Adam Khel, Pakistan; Aurakzai, Pakistan; Khyber, Pakistan; Peshawar, Pakistan; Kohat, Pakistan; Hangu, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TTR GO, S.A. DE C.V., Puerto Vallarta, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 29 Feb 2016; Organization Type: Travel agency activities; R.F.C. TGO1602292I6 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: IBARRA DIAZ JR., Michael).

TUAN, Ming Cheng (a.k.a. KRIANGKRAI, Tuangwitthayakun; a.k.a. SAO KUAY, Sae Tung; a.k.a. TUAN, Shao Kuei; a.k.a. "MI CHUNG"; a.k.a. "MING CHUNG"; a.k.a. "TA KUEI"; a.k.a. "TUAN SHAO KUEI"), Mong Kyawt, Shan, Burma; DOB 05 Nov 1950; National ID No. 5500900040846 (Thailand) (individual) [SDNTK].

TUAN, Shao Kuei (a.k.a. KRIANGKRAI, Tuangwitthayakun; a.k.a. SAO KUAY, Sae Tung; a.k.a. TUAN, Ming Cheng; a.k.a. "MI CHUNG"; a.k.a. "MING CHUNG"; a.k.a. "TA KUEI"; a.k.a. "TUAN SHAO KUEI"), Mong Kyawt, Shan, Burma; DOB 05 Nov 1950; National ID No. 5500900040846 (Thailand) (individual) [SDNTK].

TUBAIGY, Salah Muhammed A. (a.k.a. AL-TUBAIQI, Salah); DOB 20 Aug 1971; POB Jazan, Saudi Arabia; nationality Saudi Arabia; Gender Male (individual) [GLOMAG].

TUCHKOV, Ivan Dmitriyevich, Russia; DOB 27 Nov 1986; POB Moscow, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 45092006504 (Russia); alt. Passport 753931329 (Russia); VisaNumberID 525867504 (France) (individual) [CYBER2] (Linked To: EVIL CORP).

TUFAIL, Mohammed (a.k.a. TUFAIL, S.M.; a.k.a. TUFAIL, Sheik Mohammed); DOB 05 May 1930; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TUFAIL, S.M. (a.k.a. TUFAIL, Mohammed; a.k.a. TUFAIL, Sheik Mohammed); DOB 05 May 1930; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TUFAIL, Sheik Mohammed (a.k.a. TUFAIL, Mohammed; a.k.a. TUFAIL, S.M.); DOB 05 May 1930; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

TUFAYLI, Subhi; DOB 1947; POB Biqa Valley, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Former Secretary General and Current Senior Figure of HIZBALLAH (individual) [SDGT].

TUGANSKY GOK (a.k.a. ILMENITE TMPE JSC; a.k.a. JOINT STOCK COMPANY TUGANSK MINING AND PROCESSING ENTERPRISE ILMENITE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТУГАНСКИЙ ГОРНО ОБОГАТИТЕЛЬНЫЙ КОМБИНАТ ИЛЬМЕНИТ); a.k.a. TGOK ILMENITE JSC), ul. Zavodskaya d. 100, S. Oktyabrskoe 634583, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7014038550 (Russia); Registration Number 1027000762260 (Russia) [RUSSIA-EO14024].

TUITO, Daniel (a.k.a. MAMO, Eliyahu; a.k.a. REVIVO, Simon; a.k.a. TUITO, David; a.k.a. TUITO, Oded; a.k.a. TVITO, Daniel; a.k.a. TVITO, Oded); DOB 27 Dec 1959; alt. DOB 29 Nov 1959; alt. DOB 27 Feb 1959; alt. DOB 12 Dec 1959; alt. DOB 25 Jul 1961; POB Israel (individual) [SDNTK].

TUITO, David (a.k.a. MAMO, Eliyahu; a.k.a. REVIVO, Simon; a.k.a. TUITO, Daniel; a.k.a. TUITO, Oded; a.k.a. TVITO, Daniel; a.k.a. TVITO, Oded); DOB 27 Dec 1959; alt. DOB 29 Nov 1959; alt. DOB 27 Feb 1959; alt. DOB 12 Dec 1959; alt. DOB 25 Jul 1961; POB Israel (individual) [SDNTK].

TUITO, Oded (a.k.a. MAMO, Eliyahu; a.k.a. REVIVO, Simon; a.k.a. TUITO, Daniel; a.k.a. TUITO, David; a.k.a. TVITO, Daniel; a.k.a. TVITO, Oded); DOB 27 Dec 1959; alt. DOB 29 Nov 1959; alt. DOB 27 Feb 1959; alt. DOB 12

Dec 1959; alt. DOB 25 Jul 1961; POB Israel (individual) [SDNTK].

TUKA METAL TRADING DMCC, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; License DMCC-30419 (United Arab Emirates) [IRAN-EO13871] (Linked To: ESFAHAN'S MOBARAKEH STEEL COMPANY).

TULA CARTRIDGE PLANT (a.k.a. JOINT STOCK COMPANY TULA CARTRIDGE WORKS; a.k.a. TULAMMO; a.k.a. "AO TPZ"), ul. Marata D. 47 B, Tula 300004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7105008338 (Russia); Registration Number 1027100507268 (Russia) [RUSSIA-EO14024].

TULA INDUSTRIAL RUBBER PRODUCTS PLANT (a.k.a. JSC TULSKY FACTORY RTI; a.k.a. SC TULA RUBBER TECHNICAL ARTICLES PLANT), 15 Smidovich Str., Tula, Tula Region 300026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Mar 1993; Tax ID No. 7104001869 (Russia); Registration Number 1027100592090 (Russia) [RUSSIA-EO14024].

TULAMASHZAVOD PRODUCTION ASSOCIATION (a.k.a. AKTSIONERNOE OBSHCHESTVO AKTSIONERNAIA KOMPANIIA TULAMASHZAVOD; a.k.a. AO TULSKIY MASHINOSTROITELNIY ZAVOD; a.k.a. JOINT STOCK COMPANY TULA MACHINE BUILDING PLANT; a.k.a. JOINT STOCK COMPANY TULAMASHZAVOD), 2 Mosina St., Tula 300002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7106002836 (Russia); Registration Number 1027100507114 (Russia) [RUSSIA-EO14024].

TULAMMO (a.k.a. JOINT STOCK COMPANY TULA CARTRIDGE WORKS; a.k.a. TULA CARTRIDGE PLANT; a.k.a. "AO TPZ"), ul. Marata D. 47 B, Tula 300004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7105008338 (Russia); Registration Number 1027100507268 (Russia) [RUSSIA-EO14024].

TULIN, Dmitry, Russia; DOB 26 Mar 1956; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

TULIP BIZ PATTAYA GROUP COMPANY LIMITED, 198/29 Moo 9, Bang Lamung, Chon Buri 20150, Thailand; Registration Number

0205555018299 (Thailand) issued 13 Jun 2012 [CYBER2].

TULSKOE NAUCHNO ISSLEDOVATELSKOE GEOLOGICHESKOE PREDPRIYATIE AO (a.k.a. TULSKOE NIGP AO), Ulitsa Skuratovskaya, 98, Tula Oblast 300026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7107099683 (Russia); Registration Number 1077107000970 (Russia) [RUSSIA-EO14024].

TULSKOE NIGP AO (a.k.a. TULSKOE NAUCHNO ISSLEDOVATELSKOE GEOLOGICHESKOE PREDPRIYATIE AO), Ulitsa Skuratovskaya, 98, Tula Oblast 300026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7107099683 (Russia); Registration Number 1077107000970 (Russia) [RUSSIA-EO14024].

TULTAEV, Peter Nikolayevich (Cyrillic: ТУЛТАЕВ, Пётр Николаевич) (a.k.a. TULTAYEV, Pyotr Nikolaevich), Russia; DOB 01 Jan 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TULTAYEV, Pyotr Nikolaevich (a.k.a. TULTAEV, Peter Nikolayevich (Cyrillic: ТУЛТАЕВ, Пётр Николаевич)), Russia; DOB 01 Jan 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TULUN INTERNATIONAL HOLDING LIMITED (Chinese Traditional: 圖龍國際控股有限公司), Office Unit B, 9/F, Thomson Commercial Building, 8 Thomson Road, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Sep 2022; Commercial Registry Number 3189120 (Hong Kong); Business Registration Number 74410043 (Hong Kong) [RUSSIA-EO14024].

TUMILINA, Tetyana Yuriivna (Cyrillic: ТОМІЛІНА, Тетяна Юріївна) (a.k.a. TOMILINA, Tatyana Yurievna (Cyrillic: ТОМИЛИНА, Татьяна Юрьевна)), Apartment 25, 16 Chernomorskaya Street, Kherson, Kherson region, Ukraine; DOB 18 Apr 1966; nationality Ukraine; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2421403000 (Ukraine) (individual) [RUSSIA-EO14024].

TUMUSOV, Fedot Semonovich (Cyrillic: ТУМУСОВ, Федот Семёнович), Russia; DOB 30 Jun 1955; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TUN, Daw Moe Htet Htet (a.k.a. TUN, Ma Moe Htet Htet; a.k.a. TUN, Moe Htet Htet), Burma; DOB 16 Aug 1997; nationality Burma; Gender Female; National ID No. 9PAMANAN259747 (Burma) (individual) [BURMA-EO14014].

TUN, Ma Moe Htet Htet (a.k.a. TUN, Daw Moe Htet Htet; a.k.a. TUN, Moe Htet Htet), Burma; DOB 16 Aug 1997; nationality Burma; Gender Female; National ID No. 9PAMANAN259747 (Burma) (individual) [BURMA-EO14014].

TUN, Moe Htet Htet (a.k.a. TUN, Daw Moe Htet Htet; a.k.a. TUN, Ma Moe Htet Htet), Burma; DOB 16 Aug 1997; nationality Burma; Gender Female; National ID No. 9PAMANAN259747 (Burma) (individual) [BURMA-EO14014].

TUN, Moe Myint, Burma; DOB 24 May 1968; nationality Burma; Gender Male; National ID No. 7/KATAKHA(N)007836 (Burma) (individual) [BURMA-EO14014].

TUN, Zaw Min (a.k.a. HTUN, Zaw Min), Burma; DOB 20 Jul 2001; POB Burma; nationality Burma; Gender Male; National ID No. 9/PABATHA(N)010135 (Burma) (individual) [BURMA-EO14014].

TUNIAZ, Alken (a.k.a. TUNIYAZ, Erken (Chinese Simplified: 艾尔肯吐尼亚孜); a.k.a. TUNIYAZ, Erkin; a.k.a. TUNIYAZI, Aierken; a.k.a. TUNIYAZI, Arkin), Xinjiang, China; DOB Dec 1961; POB Aksu, Xinjiang, China; nationality China; Gender Male (individual) [GLOMAG] (Linked To: XINJIANG PUBLIC SECURITY BUREAU).

TUNISIAN COMBAT GROUP (a.k.a. GCT; a.k.a. GROUPE COMBATTANT TUNISIEN; a.k.a. JAMA'A COMBATTANTE TUNISIEN; a.k.a. TUNISIAN COMBATANT GROUP; a.k.a. "JCT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TUNISIAN COMBATANT GROUP (a.k.a. GCT; a.k.a. GROUPE COMBATTANT TUNISIEN; a.k.a. JAMA'A COMBATTANTE TUNISIEN; a.k.a. TUNISIAN COMBAT GROUP; a.k.a. "JCT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TUNIYAZ, Erken (Chinese Simplified: 艾尔肯吐尼亚孜) (a.k.a. TUNIAZ, Alken; a.k.a.

TUNIYAZ, Erkin; a.k.a. TUNIYAZI, Aierken; a.k.a. TUNIYAZI, Arkin), Xinjiang, China; DOB Dec 1961; POB Aksu, Xinjiang, China; nationality China; Gender Male (individual) [GLOMAG] (Linked To: XINJIANG PUBLIC SECURITY BUREAU).

TUNIYAZ, Erkin (a.k.a. TUNIAZ, Alken; a.k.a. TUNIYAZ, Erken (Chinese Simplified: 艾尔肯吐尼亚孜); a.k.a. TUNIYAZI, Aierken; a.k.a. TUNIYAZI, Arkin), Xinjiang, China; DOB Dec 1961; POB Aksu, Xinjiang, China; nationality China; Gender Male (individual) [GLOMAG] (Linked To: XINJIANG PUBLIC SECURITY BUREAU).

TUNIYAZI, Aierken (a.k.a. TUNIAZ, Alken; a.k.a. TUNIYAZ, Erken (Chinese Simplified: 艾尔肯吐尼亚孜); a.k.a. TUNIYAZ, Erkin; a.k.a. TUNIYAZI, Arkin), Xinjiang, China; DOB Dec 1961; POB Aksu, Xinjiang, China; nationality China; Gender Male (individual) [GLOMAG] (Linked To: XINJIANG PUBLIC SECURITY BUREAU).

TUNIYAZI, Arkin (a.k.a. TUNIAZ, Alken; a.k.a. TUNIYAZ, Erken (Chinese Simplified: 艾尔肯吐尼亚孜); a.k.a. TUNIYAZ, Erkin; a.k.a. TUNIYAZI, Aierken), Xinjiang, China; DOB Dec 1961; POB Aksu, Xinjiang, China; nationality China; Gender Male (individual) [GLOMAG] (Linked To: XINJIANG PUBLIC SECURITY BUREAU).

TUPIKIN, Nikolai Aleksandrovich (Cyrillic: ТУПИКИН, Николай Александрович) (a.k.a. TUPIKIN, Nikolay), Raspletina, Dom 17, Korpus 2, Kv. 7, Moscow 123060, Russia; DOB 06 Jun 1977; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 727760853 (Russia); National ID No. 4503851519 (Russia); Registration ID 319774600345330 (Russia); Tax ID No. 773402066160 (Russia) (individual) [RUSSIA-EO14024] (Linked To: COMPANY GROUP STRUCTURA LLC).

TUPIKIN, Nikolay (a.k.a. TUPIKIN, Nikolai Aleksandrovich (Cyrillic: ТУПИКИН, Николай Александрович)), Raspletina, Dom 17, Korpus 2, Kv. 7, Moscow 123060, Russia; DOB 06 Jun 1977; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 727760853 (Russia); National ID No. 4503851519 (Russia); Registration ID 319774600345330 (Russia); Tax ID No. 773402066160 (Russia) (individual)

[RUSSIA-EO14024] (Linked To: COMPANY GROUP STRUCTURA LLC).

TUPOLEV JSC (f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO TUPOLEV; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO TUPOLEV; a.k.a. TUPOLEV PAO; a.k.a. TUPOLEV PUBLIC JOINT STOCK COMPANY), 17, Naberezhnaya Akademika Tupoleva, Moscow 105005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7705313252 (Russia); Registration Number 1027739263056 (Russia) [RUSSIA-EO14024].

TUPOLEV PAO (f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO TUPOLEV; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO TUPOLEV; a.k.a. TUPOLEV JSC; a.k.a. TUPOLEV PUBLIC JOINT STOCK COMPANY), 17, Naberezhnaya Akademika Tupoleva, Moscow 105005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7705313252 (Russia); Registration Number 1027739263056 (Russia) [RUSSIA-EO14024].

TUPOLEV PUBLIC JOINT STOCK COMPANY (f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO TUPOLEV; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO TUPOLEV; a.k.a. TUPOLEV JSC; a.k.a. TUPOLEV PAO), 17, Naberezhnaya Akademika Tupoleva, Moscow 105005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7705313252 (Russia); Registration Number 1027739263056 (Russia) [RUSSIA-EO14024].

TURAB, Ali Mohammad Abu (a.k.a. ABUTURAB, Ali Muhammad; a.k.a. MOHAMMAD, Ali Mohammad Abutorab Noor; a.k.a. MOHAMMAD, Ali Mohammad Noor; a.k.a. MOHD, Ali Mohd Abutorab Noor; a.k.a. MUHAMMAD, Abu Turab Ali; a.k.a. MUHAMMED, Ali Muhammed Noor; a.k.a. TORAB, Abu Ali; a.k.a. TORAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammed Abu; a.k.a. TURAB, Ali Muhammad Abu; a.k.a. "MOHAMMED, Ali"; a.k.a. "TURAB, Abu"), Jamia Salfia, Airport Road, Quetta, Pakistan; Patel Road, Quetta, Pakistan; Saudi Arabia; DOB 10 Sep 1964; alt. DOB 05 Jan 1968; POB Quetta, Balochistan, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J349992 (Pakistan); National ID No. 2083655452 (Saudi Arabia) (individual) [SDGT]

(Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

TURAB, Ali Mohammed Abu (a.k.a. ABUTURAB, Ali Muhammad; a.k.a. MOHAMMAD, Ali Mohammad Abutorab Noor; a.k.a. MOHAMMAD, Ali Mohammad Noor; a.k.a. MOHD, Ali Mohd Abutorab Noor; a.k.a. MUHAMMAD, Abu Turab Ali; a.k.a. MUHAMMED, Ali Muhammed Noor; a.k.a. TORAB, Abu Ali; a.k.a. TORAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Muhammad Abu; a.k.a. "MOHAMMED, Ali"; a.k.a. "TURAB, Abu"), Jamia Salfia, Airport Road, Quetta, Pakistan; Patel Road, Quetta, Pakistan; Saudi Arabia; DOB 10 Sep 1964; alt. DOB 05 Jan 1968; POB Quetta, Balochistan, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J349992 (Pakistan); National ID No. 2083655452 (Saudi Arabia) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

TURAB, Ali Muhammad Abu (a.k.a. ABUTURAB, Ali Muhammad; a.k.a. MOHAMMAD, Ali Mohammad Abutorab Noor; a.k.a. MOHAMMAD, Ali Mohammad Noor; a.k.a. MOHD, Ali Mohd Abutorab Noor; a.k.a. MUHAMMAD, Abu Turab Ali; a.k.a. MUHAMMED, Ali Muhammed Noor; a.k.a. TORAB, Abu Ali; a.k.a. TORAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammed Abu; a.k.a. "MOHAMMED, Ali"; a.k.a. "TURAB, Abu"), Jamia Salfia, Airport Road, Quetta, Pakistan; Patel Road, Quetta, Pakistan; Saudi Arabia; DOB 10 Sep 1964; alt. DOB 05 Jan 1968; POB Quetta, Balochistan, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J349992 (Pakistan); National ID No. 2083655452 (Saudi Arabia) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

TURANG TRANSIT TASIMACILIK ANONIM SIRKETI, No: 12, Istinye Mahallesi Bostan Sokak, Sariyer, Istanbul, 34460, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No.

8690441432 (Turkey); Istanbul Chamber of Comm. No. 685022 (Turkey); Registration Number 685022-0 (Turkey); Central Registration System Number 0869-0441-4320-0012 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

TURANLU, Hosein Sayyadi, Yazd, Iran; DOB 21 Mar 1983; POB Shirvan, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0828012911 (Iran) (individual) [SDGT] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

TURANLU, Mohsen Sayyadi (a.k.a. TURANLU, Muhsin Sayyadi), Iran; DOB 23 Aug 1979; POB Shiravan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0827989709 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

TURANLU, Muhsin Sayyadi (a.k.a. TURANLU, Mohsen Sayyadi), Iran; DOB 23 Aug 1979; POB Shiravan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0827989709 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

TURASHEV, Igor Olegovich (a.k.a. "ENKI"; a.k.a. "NINTUTU"), Russia; DOB 15 Jun 1981; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: EVIL CORP).

TURBINE ENGINE MANUFACTURING CO. (a.k.a. DESIGN AND MANUFACTURE OF AIRCRAFT ENGINES; a.k.a. DESIGN AND MANUFACTURING OF AERO-ENGINE COMPANY (Arabic: شرکت طراحی و ساخت موتورهاي هوایی); a.k.a. IRANIAN TURBINE MANUFACTURING INDUSTRIES; f.k.a. TURBINE ENGINE MANUFACTURING PLANT; a.k.a. "DAMA"; a.k.a. "SAMT"; f.k.a. "TEM"), Shishesh Mina Street, Karaj Special Road, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005160213 (Iran); Registration Number 22142 (Iran); alt. Registration Number 477457 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

TURBINE ENGINE MANUFACTURING PLANT (a.k.a. DESIGN AND MANUFACTURE OF AIRCRAFT ENGINES; a.k.a. DESIGN AND MANUFACTURING OF AERO-ENGINE COMPANY (Arabic: شرکت طراحی و ساخت موتورهاي هوایی); a.k.a. IRANIAN TURBINE MANUFACTURING INDUSTRIES; a.k.a. TURBINE ENGINE MANUFACTURING CO.; a.k.a. "DAMA"; a.k.a. "SAMT"; f.k.a. "TEM"), Shishesh Mina Street, Karaj Special Road, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005160213 (Iran); Registration Number 22142 (Iran); alt. Registration Number 477457 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

TURBOSHAFT AVIATION DIS TIC LTD (a.k.a. TURBOSHAFT DIS TICARET LIMITED SIRKETI), Ofis Atasehir BL 21/6, Uskudar-Icerenkoy Yolu Cad., Icerenkoy, Atasehir, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 422772-5 (Turkey) [RUSSIA-EO14024].

TURBOSHAFT DIS TICARET LIMITED SIRKETI (a.k.a. TURBOSHAFT AVIATION DIS TIC LTD), Ofis Atasehir BL 21/6, Uskudar-Icerenkoy Yolu Cad., Icerenkoy, Atasehir, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 422772-5 (Turkey) [RUSSIA-EO14024].

TURBOSHAFT FZE, 125 M2 Warehouse Q3-117, Sharjah, United Arab Emirates; Q3-117 Saif Zone 9732, Sharjah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 23428 (United Arab Emirates); Economic Register Number (CBLS) 11967354 (United Arab Emirates) [RUSSIA-EO14024].

TURCHAK, Andrei (a.k.a. TURCHAK, Andrey Anatolyevich (Cyrillic: ТУРЧАК, Андрей Анатольевич)), Russia; DOB 20 Dec 1975; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781002279818 (Russia); Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TURCHAK, Andrey Anatolyevich (Cyrillic: ТУРЧАК, Андрей Анатольевич) (a.k.a. TURCHAK, Andrei), Russia; DOB 20 Dec 1975; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID

No. 781002279818 (Russia); Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TURCIOS ANGEL, Saul Antonio (a.k.a. "EL TRECE"; a.k.a. "SHAYBOYS"); DOB 17 May 1978; POB Zaragoza, La Libertad, El Salvador; nationality El Salvador (individual) [TCO].

TUREUKOSASUCHULIPTEULAENJIT CO., LTD. (a.k.a. TURKOCA IMPORT EXPORT TRANSIT CO., LTD. (Korean: 투르코사 수출입 트랜짓 주식회사)), Rm 401, 4/F, Rishu Bldg, 25 Hangang-daero 48-gil, Yongsan-gu, Seoul 04382, Korea, South; Daekyong building, Ground floor 9-79, 59-1 Duteopbawi-ro, Huam-dong, Yongsan-gu, Seoul, Korea, South; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Nov 2019; Business Registration Number 3858701478 (Korea, South); Registration Number 1101117294773 (Korea, South) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

TUREYA OOO, proezd Nagatinskii 1-1 d. 4, office 221, Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Nov 2004; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 7736514110 (Russia); Registration Number 1047796905640 (Russia) [RUSSIA-EO14024] (Linked To: IMPERIYA 19-31 OOO).

TURIN, Anatolievich (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen

Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TURIN, Vladimir (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TURIRA COMPANY (a.k.a. TURIRA ENDUSTRIYEL URUNLER VE TICARET LIMITED SIRKETI; a.k.a. TURIRA INDUSTRIAL PRODUCTS AND TRADE LIMITED COMPANY; a.k.a. TURIRA SANAYI VE TICARET LIMITED SIRKETI ANA SOZLESMESI; a.k.a. TURRIRA COMPANY), Maslak Neighborhood, Bilim Alley, Sun Plaza, 13th Floor, Sisli-Maslak, Istanbul, Turkey; Nish Ist. Evl D Blok K:14 D:165 No:44, Cobancesme Mahallesi Sanayi Caddesi, Bahcelievler, Istanbul 34197, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 8710518395 (Turkey); Registration Number 27128 (Turkey); alt. Registration Number 783756 (Turkey) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

TURIRA ENDUSTRIYEL URUNLER VE TICARET LIMITED SIRKETI (a.k.a. TURIRA COMPANY; a.k.a. TURIRA INDUSTRIAL PRODUCTS AND TRADE LIMITED

COMPANY; a.k.a. TURIRA SANAYI VE TICARET LIMITED SIRKETI ANA SOZLESMESI; a.k.a. TURRIRA COMPANY), Maslak Neighborhood, Bilim Alley, Sun Plaza, 13th Floor, Sisli-Maslak, Istanbul, Turkey; Nish Ist. Evl D Blok K:14 D:165 No:44, Cobancesme Mahallesi Sanayi Caddesi, Bahcelievler, Istanbul 34197, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 8710518395 (Turkey); Registration Number 27128 (Turkey); alt. Registration Number 783756 (Turkey) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

TURIRA INDUSTRIAL PRODUCTS AND TRADE LIMITED COMPANY (a.k.a. TURIRA COMPANY; a.k.a. TURIRA ENDUSTRIYEL URUNLER VE TICARET LIMITED SIRKETI; a.k.a. TURIRA SANAYI VE TICARET LIMITED SIRKETI ANA SOZLESMESI; a.k.a. TURRIRA COMPANY), Maslak Neighborhood, Bilim Alley, Sun Plaza, 13th Floor, Sisli-Maslak, Istanbul, Turkey; Nish Ist. Evl D Blok K:14 D:165 No:44, Cobancesme Mahallesi Sanayi Caddesi, Bahcelievler, Istanbul 34197, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 8710518395 (Turkey); Registration Number 27128 (Turkey); alt. Registration Number 783756 (Turkey) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

TURIRA SANAYI VE TICARET LIMITED SIRKETI ANA SOZLESMESI (a.k.a. TURIRA COMPANY; a.k.a. TURIRA ENDUSTRIYEL URUNLER VE TICARET LIMITED SIRKETI; a.k.a. TURIRA INDUSTRIAL PRODUCTS AND TRADE LIMITED COMPANY; a.k.a. TURRIRA COMPANY), Maslak Neighborhood, Bilim Alley, Sun Plaza, 13th Floor, Sisli-Maslak, Istanbul, Turkey; Nish Ist. Evl D Blok K:14 D:165 No:44, Cobancesme Mahallesi Sanayi Caddesi, Bahcelievler, Istanbul 34197, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 8710518395 (Turkey); Registration Number 27128 (Turkey); alt. Registration Number 783756 (Turkey) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

TURIYAN, Vladimir (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir;

a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TURKANOV, Mikhail Viktorovich (a.k.a. "Pitbull"), Russia; DOB 26 Dec 1987; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

TURKI, Hassan (a.k.a. AL-TURKI, Hassan; a.k.a. AL-TURKI, Hassan Abdullah Hersi; a.k.a. TURKI, Hassan Abdillahi Hersi; a.k.a. TURKI, Sheikh Hassan; a.k.a. XIRSI, Xasan Cabdilaahi; a.k.a. XIRSI, Xasan Cabdulle), Somalia; DOB circa 1944; POB Ogaden Region, Ethiopia; nationality Somalia (individual) [SOMALIA].

TURKI, Hassan Abdillahi Hersi (a.k.a. AL-TURKI, Hassan; a.k.a. AL-TURKI, Hassan Abdullah Hersi; a.k.a. TURKI, Hassan; a.k.a. TURKI, Sheikh Hassan; a.k.a. XIRSI, Xasan Cabdilaahi; a.k.a. XIRSI, Xasan Cabdulle), Somalia; DOB circa 1944; POB Ogaden Region, Ethiopia; nationality Somalia (individual) [SOMALIA].

TURKI, Sheikh Hassan (a.k.a. AL-TURKI, Hassan; a.k.a. AL-TURKI, Hassan Abdullah Hersi; a.k.a. TURKI, Hassan; a.k.a. TURKI, Hassan Abdillahi Hersi; a.k.a. XIRSI, Xasan Cabdilaahi; a.k.a. XIRSI, Xasan Cabdulle), Somalia; DOB circa 1944; POB Ogaden Region, Ethiopia; nationality Somalia (individual) [SOMALIA].

TURKIK UNION DIG TECH TRANSFORMATION JSC (a.k.a. TURKIK UNION DIGITAL TECHNOLOGY TRANSFORMATION OFFICE INCORPORATED COMPANY (Latin: TURKIK UNION DIJITAL TEKNOLOJI DÖNÜŞÜM OFISI ANONIM ŞIRKETI)), Ic Kapi No: 8, Egs Business Park Blok No: 12, Ataturk Cad. Yesilkoy Mah. Bakirkoy, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 314074-5 (Turkey) [RUSSIA-EO14024].

TURKIK UNION DIGITAL TECHNOLOGY TRANSFORMATION OFFICE INCORPORATED COMPANY (Latin: TURKIK UNION DIJITAL TEKNOLOJI DÖNÜŞÜM OFISI ANONIM ŞIRKETI) (a.k.a. TURKIK UNION DIG TECH TRANSFORMATION JSC), Ic Kapi No: 8, Egs Business Park Blok No: 12, Ataturk Cad. Yesilkoy Mah. Bakirkoy, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 314074-5 (Turkey) [RUSSIA-EO14024].

TURKIZ FUEL TRADING LLC (Arabic: توركيز لتجارة الوقود ش ذ م م), Dubai, United Arab Emirates; Organization Established Date 10 Aug 2016; License 764009 (United Arab Emirates); Chamber of Commerce Number 273984 (United Arab Emirates); Registration Number 1241646 (United Arab Emirates); Economic Register Number (CBLS) 10530553 (United Arab Emirates) [IRAN-EO13902].

TURKMAN, Musab (a.k.a. TURKMEN, Musab (Latin: TÜRKMEN, Musab)), Sinanagha Mah. Dersvekil Sokak 55 4, Fatih, Istanbul, Turkey; DOB 11 Jan 1988; POB Eyup, Sanliurfa Merkez, Sanliurfa, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U01884667 (Turkey) expires 07 Apr 2021; Turkish Identification Number 68941120966 (Turkey) (individual) [SDGT] (Linked To: TALIB, Ahmed Luqman).

TURKMEN, Musab (Latin: TÜRKMEN, Musab) (a.k.a. TURKMAN, Musab), Sinanagha Mah. Dersvekil Sokak 55 4, Fatih, Istanbul, Turkey; DOB 11 Jan 1988; POB Eyup, Sanliurfa Merkez, Sanliurfa, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U01884667 (Turkey) expires 07 Apr 2021; Turkish Identification Number 68941120966 (Turkey) (individual) [SDGT] (Linked To: TALIB, Ahmed Luqman).

TURKMEN, Selina (a.k.a. DAL, Jackline; a.k.a. KULIYEVA, Adelina), Turkmenistan; United Arab Emirates; DOB 03 Dec 1990; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TRANSMART DMCC).

TURKOCA IMPORT EXPORT TRANSIT CO., LTD. (Korean: 투르코사 수출입 트랜짓 주식회사) (f.k.a. TUREUKOSASUCHULIPTEULAENJIT CO., LTD.), Rm 401, 4/F, Rishu Bldg, 25 Hangang-daero 48-gil, Yongsan-gu, Seoul 04382, Korea, South; Daekyong building, Ground floor 9-79, 59-1 Duteopbawi-ro, Huam-dong, Yongsan-gu, Seoul, Korea, South; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Nov 2019; Business Registration Number 3858701478 (Korea, South); Registration Number 1101117294773 (Korea, South) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

TURKUAZ DENIZCILIK VE TICARET ANONIM SIRKETI (a.k.a. BUMERZ DENIZCILIK VE TICARET ANONIM SIRKETI; a.k.a. BUMERZ SHIPPING), Istinye Mah. Bostan Sok., No: 12, Sariyer, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Apr 2006; Istanbul Chamber of Comm. No. 584894 (Turkey); Registration Number 584894-0 (Turkey); Central Registration System Number 0871-0476-9280-0013 (Turkey) [SDGT] (Linked To: AYAN, Bahaddin).

TUROV, Artyom Viktorovich (Cyrillic: ТУРОВ, Артём Викторович), Russia; DOB 01 Mar 1984; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TURPAMI LIMITED (Chinese Traditional: 塗爾潘有限公司), Unit 1307 Beverly Commercial Centre, 87-105 Chatham Road South, Tsim Sha Tsui, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 17 Mar 2023; Company Number 3248858 (Hong Kong); Business Registration Number 75012967 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

TURQUOISE SEA MARINE LIMITED (a.k.a. TURQUOISE SEA MARINE LTD), Seychelles; Organization Established Date 2023; Identification Number IMO 6416181; Business

Registration Number 237704 (Seychelles) [IRAN-EO13902].

TURQUOISE SEA MARINE LTD (a.k.a. TURQUOISE SEA MARINE LIMITED), Seychelles; Organization Established Date 2023; Identification Number IMO 6416181; Business Registration Number 237704 (Seychelles) [IRAN-EO13902].

TURRIRA COMPANY (a.k.a. TURIRA COMPANY; a.k.a. TURIRA ENDUSTRIYEL URUNLER VE TICARET LIMITED SIRKETI; a.k.a. TURIRA INDUSTRIAL PRODUCTS AND TRADE LIMITED COMPANY; a.k.a. TURIRA SANAYI VE TICARET LIMITED SIRKETI ANA SOZLESMESI), Maslak Neighborhood, Bilim Alley, Sun Plaza, 13th Floor, Sisli-Maslak, Istanbul, Turkey; Nish Ist. Evl D Blok K:14 D:165 No:44, Cobancesme Mahallesi Sanayi Caddesi, Bahcelievler, Istanbul 34197, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 8710518395 (Turkey); Registration Number 27128 (Turkey); alt. Registration Number 783756 (Turkey) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

TUT, John Top Lam (a.k.a. LAM, John Top), Nairobi 248-00100, Kenya; DOB 12 Sep 1979; POB Ayod, South Sudan; nationality South Sudan; Gender Male; Passport R00339720 (South Sudan) issued 21 Mar 2016 expires 21 Mar 2021; National ID No. 000119903 (South Sudan) (individual) [GLOMAG].

TUTAEVSKI MOTORNY ZAVOD OTKRYTOE AKTSIONERNOE OBSHCHESTVO (a.k.a. PUBLIC JOINT STOCK COMPANY TUTAEV MOTOR PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TUTAEVSKI MOTORNY ZAVOD; a.k.a. "TMZ PAO"), 1, Builders Street, Tutayev 152 300, Russia; d. 1, ul. Stroitelei Tutaev, Tutaevski Raion, Yaroslavskaya Obl. 152303, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Nov 2002; Tax ID No. 7611000399 (Russia); Government Gazette Number 00233218 (Russia); Registration Number 1027601272082 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

TUTOVA, Larisa Nikolayevna (Cyrillic: ТУТОВА, Лариса Николаевна), Russia; DOB 18 Oct 1969; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TUTU, Mzee (a.k.a. ALIRABAKI, Steven; a.k.a. JUNJU, Abdullah; a.k.a. KYAGULANYI, Alilabaki; a.k.a. KYAGULANYI, David; a.k.a. LUUMU, Nicolas; a.k.a. MUHAMMAD, Hussein; a.k.a. MUKULU, Jamil; a.k.a. TALENGELANIMIRO; a.k.a. TALENGELANIMIRO, Musezi); DOB 1965; alt. DOB 01 Jan 1964; POB Kayunga, Uganda; alt. POB Ntoke Village, Ntenjeru Sub County, Kayunga District, Uganda; nationality Uganda; Head of the Allied Democratic Forces; Commander, Allied Democratic Forces (individual) [DRCONGO].

TVITO, Daniel (a.k.a. MAMO, Eliyahu; a.k.a. REVIVO, Simon; a.k.a. TUITO, Daniel; a.k.a. TUITO, David; a.k.a. TUITO, Oded; a.k.a. TVITO, Oded); DOB 27 Dec 1959; alt. DOB 29 Nov 1959; alt. DOB 27 Feb 1959; alt. DOB 12 Dec 1959; alt. DOB 25 Jul 1961; POB Israel (individual) [SDNTK].

TVITO, Oded (a.k.a. MAMO, Eliyahu; a.k.a. REVIVO, Simon; a.k.a. TUITO, Daniel; a.k.a. TUITO, David; a.k.a. TUITO, Oded; a.k.a. TVITO, Daniel); DOB 27 Dec 1959; alt. DOB 29 Nov 1959; alt. DOB 27 Feb 1959; alt. DOB 12 Dec 1959; alt. DOB 25 Jul 1961; POB Israel (individual) [SDNTK].

TVZ ZELENOGRAD (a.k.a. JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE TECHNOPOLIS MOSCOW; a.k.a. JSC SEZ TECHNOPOLIS MOSCOW; f.k.a. SEZ ZELENOGRAD), Per. Pechatnikov D. 12, Moscow 107045, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735143008 (Russia); Registration Number 1157746364060 (Russia) [RUSSIA-EO14024].

TWEHWAY, Bill (a.k.a. TWEHWAY, Bill Teah), Monrovia, Liberia; DOB 27 Oct 1965; POB River Cess Town, Liberia; nationality Liberia; Gender Male; Passport DP0003004 (Liberia) expires 27 Dec 2022 (individual) [GLOMAG].

TWEHWAY, Bill Teah (a.k.a. TWEHWAY, Bill), Monrovia, Liberia; DOB 27 Oct 1965; POB River Cess Town, Liberia; nationality Liberia; Gender Male; Passport DP0003004 (Liberia) expires 27 Dec 2022 (individual) [GLOMAG].

TWELFTH OCEAN ADMINISTRATION GMBH, Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRB94573 [IRAN].

TWELFTH OCEAN GMBH & CO. KG (a.k.a. TWELFTH OCEAN GMBH AND CO. KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 102506 [IRAN].

TWELFTH OCEAN GMBH AND CO. KG (a.k.a. TWELFTH OCEAN GMBH & CO. KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 102506 [IRAN].

TWIRWANEHO, Hauts Plateaux, South Kivu, Congo, Democratic Republic of the; Organization Established Date 2008; Target Type Armed Group [DRCONGO].

TYAZHPRESSMASH OAO (a.k.a. PUBLIC JOINT STOCK COMPANY TYAZHPRESSMASH CONSULTING; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TYAZHPRESSMASH; a.k.a. TYAZHPRESSMASH OJSC; f.k.a. TYAZHPRESSMASH OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. TYAZHPRESSMASH PAO; a.k.a. TYAZHPRESSMASH PUBLIC JOINT STOCK COMPANY), D. 5, ul Promyshlennaya Ryazan, Ryazan Region 390042, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Dec 1992; Tax ID No. 6229009163 (Russia); Government Gazette Number 6229009163 (Russia); Registration Number 1026201074657 (Russia) [RUSSIA-EO14024].

TYAZHPRESSMASH OJSC (a.k.a. PUBLIC JOINT STOCK COMPANY TYAZHPRESSMASH CONSULTING; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TYAZHPRESSMASH; a.k.a. TYAZHPRESSMASH OAO; f.k.a. TYAZHPRESSMASH OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. TYAZHPRESSMASH PAO; a.k.a. TYAZHPRESSMASH PUBLIC JOINT STOCK COMPANY), D. 5, ul Promyshlennaya Ryazan, Ryazan Region 390042, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Dec 1992; Tax ID No. 6229009163 (Russia); Government Gazette Number 6229009163 (Russia); Registration Number 1026201074657 (Russia) [RUSSIA-EO14024].

TYAZHPRESSMASH OTKRYTOE AKTSIONERNOE OBSHCHESTVO (a.k.a. PUBLIC JOINT STOCK COMPANY

TYAZHPRESSMASH CONSULTING; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TYAZHPRESSMASH; a.k.a. TYAZHPRESSMASH OAO; a.k.a. TYAZHPRESSMASH OJSC; a.k.a. TYAZHPRESSMASH PAO; a.k.a. TYAZHPRESSMASH PUBLIC JOINT STOCK COMPANY), D. 5, ul Promyshlennaya Ryazan, Ryazan Region 390042, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Dec 1992; Tax ID No. 6229009163 (Russia); Government Gazette Number 6229009163 (Russia); Registration Number 1026201074657 (Russia) [RUSSIA-EO14024].

TYAZHPRESSMASH PAO (a.k.a. PUBLIC JOINT STOCK COMPANY TYAZHPRESSMASH CONSULTING; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TYAZHPRESSMASH; a.k.a. TYAZHPRESSMASH OAO; a.k.a. TYAZHPRESSMASH OJSC; f.k.a. TYAZHPRESSMASH OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. TYAZHPRESSMASH PUBLIC JOINT STOCK COMPANY), D. 5, ul Promyshlennaya Ryazan, Ryazan Region 390042, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Dec 1992; Tax ID No. 6229009163 (Russia); Government Gazette Number 6229009163 (Russia); Registration Number 1026201074657 (Russia) [RUSSIA-EO14024].

TYAZHPRESSMASH PUBLIC JOINT STOCK COMPANY (a.k.a. PUBLIC JOINT STOCK COMPANY TYAZHPRESSMASH CONSULTING; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TYAZHPRESSMASH; a.k.a. TYAZHPRESSMASH OAO; a.k.a. TYAZHPRESSMASH OJSC; f.k.a. TYAZHPRESSMASH OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. TYAZHPRESSMASH PAO), D. 5, ul Promyshlennaya Ryazan, Ryazan Region 390042, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Dec 1992; Tax ID No. 6229009163 (Russia); Government Gazette Number 6229009163 (Russia); Registration Number 1026201074657 (Russia) [RUSSIA-EO14024].

TYBA SHIP MANAGEMENT (a.k.a. TAIBA SHAB MANAGEMENT D.M.S; a.k.a. TYBA SHIP MANAGEMENT DMCC (Arabic: شب طيبه

مانيجمنت)), DMCC Business Centre Unit No. 1311, Level No 1, Jewellery & Gemplex 3, Dubai, United Arab Emirates; 16-K Gold Tower, Cluster I, Jumeirah Lake Towers, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Mar 2022; alt. Organization Established Date 27 Dec 2021; Identification Number IMO 0023569; License DMCC-832923 (United Arab Emirates) [SDGT] (Linked To: ANSARALLAH).

TYBA SHIP MANAGEMENT DMCC (Arabic: طيبه مانيجمنت شب) (a.k.a. TAIBA SHAB MANAGEMENT D.M.S; a.k.a. TYBA SHIP MANAGEMENT), DMCC Business Centre Unit No. 1311, Level No 1, Jewellery & Gemplex 3, Dubai, United Arab Emirates; 16-K Gold Tower, Cluster I, Jumeirah Lake Towers, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Mar 2022; alt. Organization Established Date 27 Dec 2021; Identification Number IMO 0023569; License DMCC-832923 (United Arab Emirates) [SDGT] (Linked To: ANSARALLAH).

TYMOFEEV, Oleksandr Yuriyovich (a.k.a. TIMOFEEV, Aleksandr Yurievich; a.k.a. TIMOFEYEV, Aleksandr Yuryevich), 134 Ulitsa Petrovskogo, Apt. 98, Donetsk, Ukraine; DOB 15 May 1971; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

TYTSYK, Siarhei, 86-3 Nesterova Street, Apartment 65, Minsk 220047, Belarus; DOB 12 Aug 1974; nationality Belarus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport MP4310207 (Belarus) expires 05 Mar 2029; National ID No. 3120874A089PB0 (Belarus) (individual) [RUSSIA-EO14024] (Linked To: KVAND IS OOO).

TYUMEN ACCUMULATOR PLANT (a.k.a. JOINT STOCK COMPANY TYUMEN BATTERY FACTORY), 103, Yamskaya Street, Tyumen 625001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7204001630 (Russia); Registration Number 1027200797392 (Russia) [RUSSIA-EO14024].

TYURIN, Anatoly (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei

Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TYURIN, Denis Valeriyevich (Cyrillic: ТЮРИН, Денис Валерьевич), Moscow, Russia; DOB 01 Apr 1976; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

TYURIN, Vachelav (a.k.a. TYURIN, Vyacheslav Aleksandrovich), Moscow, Russia; DOB 1960; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

TYURIN, Vladimir Anatolievich (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK"

(Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ) (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TYURIN, Volodya (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia;

DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TYURIN, Vyacheslav Aleksandrovich (a.k.a. TYURIN, Vachelav), Moscow, Russia; DOB 1960; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

TYURINA, Natalya Aleksandrovna (Cyrillic: ТЮРИНА, Наталья Александровна), Russia; DOB 12 Mar 1971; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772908211099 (Russia) (individual) [RUSSIA-EO14024] (Linked To: TSARGRAD-MEDIA OOO; Linked To: TSARGRAD PARK OOO).

TYURINE, Anatoly (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TYURINE, Vladimir (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei

Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

U BEACON SHIPPING CO LTD (a.k.a. U BEACON SHIPPING CO., LIMITED), Hong Kong, China; Organization Established Date 19 Mar 2025; Identification Number IMO 0200588; Business Registration Number 77872793 (Hong Kong) [IRAN-EO13902].

U BEACON SHIPPING CO., LIMITED (a.k.a. U BEACON SHIPPING CO LTD), Hong Kong, China; Organization Established Date 19 Mar 2025; Identification Number IMO 0200588; Business Registration Number 77872793 (Hong Kong) [IRAN-EO13902].

U, Yong Su, Dandong, China; DOB 19 Jun 1971; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 481231176 (Korea, North) expires 17 May 2026 (individual) [DPRK4] (Linked To: KOREA MANGYONGDAE COMPUTER TECHNOLOGY CORPORATION).

U.I. INTERNATIONAL, United Kingdom [IRAQ2].

UAB FLAVOUR LABS, Eduardo Andre G. 14-5, Vilnius 02232, Lithuania; Organization Established Date 18 May 2021; Organization Type: Professional, scientific, and technical activities; Registration Number 305769920 (Lithuania) [ILLICIT-DRUGS-EO14059] (Linked To: GRINEVICIUS, Arnas).

UBAIDULLAH, Maulana (a.k.a. MARUF, Muhammad; a.k.a. MUSANNA, Maulana; a.k.a.

"HAMZAH, Ali"), Afghanistan; DOB 31 Jan 1988; alt. DOB 31 Jan 1985; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

UBRIR PAO (a.k.a. PJSC KB UBRIR; a.k.a. PJSC UBRD; a.k.a. PUBLIC JOINT STOCK COMPANY URAL BANK FOR RECONSTRUCTION AND DEVELOPMENT; a.k.a. URAL BANK FOR RECONSTRUCTION AND DEVELOPMENT), d. 67, ul. Sakko i Vantsetti, Yekaterinburg, Sverdlovsk Oblast 620014, Russia; SWIFT/BIC UBRDRU4E; Website www.ubrr.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Sep 1990 to 30 Sep 1990; Tax ID No. 6608008004 (Russia); Registration Number 1026600000350 (Russia) [RUSSIA-EO14024].

UCHEBNY TSENTR ESHELON, ANO (a.k.a. AUTONOMOUS NON-PROFIT ORGANIZATION OF ADDITIONAL PROFESSIONAL EDUCATION ECHELON TRAINING CENTER (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ДОПОЛНИТЕЛЬНОГО ПРОФЕССИОНАЛЬНОГО ОБРАЗОВАНИЯ УЧЕБНЫЙ ЦЕНТР ЭШЕЛОН); a.k.a. AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA DOPOLNITELNOGO PROFESSIONALNOGO OBRAZOVANIYA UCHEBNYI TSENTR ESHELON), Ul. Elektrozavodskaya d. 24, str. 1, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Oct 2008; Tax ID No. 7718271218 (Russia); Registration Number 1087799033519 (Russia) [RUSSIA-EO14024].

UCHIBORI, Kazuo (a.k.a. UCHIBORI, Kazuya); DOB 1952; POB Kawasaki, Kanagawa Prefecture, Japan (individual) [TCO].

UCHIBORI, Kazuya (a.k.a. UCHIBORI, Kazuo); DOB 1952; POB Kawasaki, Kanagawa Prefecture, Japan (individual) [TCO].

UCHREZHDENIYE TSENTR IZOLYATSII PRAVONARUSHITELEI GLAVNOVO UPRAVLENIYA VNUTRENNIKH DEL MINSKOVO GORODSKOVO ISPOLNITELNOVO KOMITETA (Cyrillic: УЧРЕЖДЕНИЕ ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГЛАВНОГО УПРАВЛЕНИЯ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА) (a.k.a. AKRESCINA JAIL; a.k.a. AKRESTSINA; a.k.a. AKRESTSINA DETENTION CENTER; a.k.a. AKRESTSINA JAIL; a.k.a. CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MINSK GUVD; a.k.a. CENTRE FOR ISOLATION OF OFFENDERS OF THE CHIEF DIRECTORATE OF THE INTERIOR OF MINSK EXECUTIVE COMMITTEE; a.k.a. INSTITUTION CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE; a.k.a. OKRESTINA; a.k.a. OKRESTINA STREET DETENTION FACILITY; a.k.a. TSENTR IZALYATSYI PRAVANARUSHALNIKAU HUUS MINHARVYKANKAMA (Cyrillic: ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГУУС МІНГАРВЫКАНКАМА); a.k.a. TSENTR IZOLYATSII PRAVONARUSHITELEI GUVD MINGORISPOLKOMA (Cyrillic: ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГУВД МИНГОРИСПОЛКОМА); a.k.a. USTANOVA TSENTR IZALYATSYI PRAVANARUSHALNIKAU HALOUNAHA UPRAULENIYA UNUTRANYKH SPRAU MINSKAHA GARADSKOHA VYKANAUCHANA KAMITETA (Cyrillic: УСТАНОВА ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГАЛОЎНАГА ЎПРАЎЛЕННЯ ЎНУТРАНЫХ СПРАЎ МІНСКАГА ГАРАДСКОГА ВЫКАНАЎЧАГА КАМІТЭТА)), per. 1-st Okrestina, d. 36, Minsk 220028, Belarus (Cyrillic: пер. 1-й Окрестина, д. 36, г. Минск 220028, Belarus); Registration Number 191291828 (Belarus) [BELARUS].

UCK (a.k.a. NATIONAL LIBERATION ARMY; a.k.a. NLA) [BALKANS].

UCON LLC (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UKON; a.k.a. "UCON COMPANY"), Str. Bokonbaeva 204, Bishkek 720001, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Aug 2022; Tax ID No. 02408202210349 (Kyrgyzstan) [RUSSIA-EO14024].

UCPMB (a.k.a. LIBERATION ARMY OF PRESEVO, MEDVEDJA, AND BUJANOVAC) [BALKANS].

UDIH, Ahmad (a.k.a. ODEH, Ahmad; a.k.a. ODEH, Ahmed; a.k.a. ODEH, Ahmed Sharif Abdallah; a.k.a. ODEH, Ahmed Sharif Abdullah; a.k.a. OUDA, Ahmed Charif Abdellah), Jordan; DOB 01 Jan 1951; POB Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

UDIN, Mohamad Rafi (a.k.a. UDIN, Mohd Rafi; a.k.a. UDIN, Rafi; a.k.a. "AL-MALISI, Abu Awn"), Syria; DOB 03 Jun 1966; POB Negri Sembilan, Malaysia; nationality Malaysia; citizen Malaysia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

UDIN, Mohd Rafi (a.k.a. UDIN, Mohamad Rafi; a.k.a. UDIN, Rafi; a.k.a. "AL-MALISI, Abu Awn"), Syria; DOB 03 Jun 1966; POB Negri Sembilan, Malaysia; nationality Malaysia; citizen Malaysia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

UDIN, Rafi (a.k.a. UDIN, Mohamad Rafi; a.k.a. UDIN, Mohd Rafi; a.k.a. "AL-MALISI, Abu Awn"), Syria; DOB 03 Jun 1966; POB Negri Sembilan, Malaysia; nationality Malaysia; citizen Malaysia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

UDODOV, Aleksandr Evgenevich (a.k.a. UDODOV, Aleksandr Yevgenyevich; a.k.a. UDODOV, Alexander), 108 6 Zaporozhskaya Street, Moscow 121596, Russia; DOB 10 Jun 1969; POB Kizilyurt, Republic of Dagestan, Russia; nationality Russia; alt. nationality Czech Republic; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 753657458 (Russia); alt. Passport 752981959 (Russia) issued 29 Mar 2016 expires 29 Mar 2026; National ID No. 4514642127 (Russia); Tax ID No. 771804785139 (Russia) (individual) [RUSSIA-EO14024].

UDODOV, Aleksandr Yevgenyevich (a.k.a. UDODOV, Aleksandr Evgenevich; a.k.a. UDODOV, Alexander), 108 6 Zaporozhskaya Street, Moscow 121596, Russia; DOB 10 Jun 1969; POB Kizilyurt, Republic of Dagestan, Russia; nationality Russia; alt. nationality Czech Republic; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 753657458 (Russia); alt. Passport

752981959 (Russia) issued 29 Mar 2016 expires 29 Mar 2026; National ID No. 4514642127 (Russia); Tax ID No. 771804785139 (Russia) (individual) [RUSSIA-EO14024].

UDODOV, Alexander (a.k.a. UDODOV, Aleksandr Evgenevich; a.k.a. UDODOV, Aleksandr Yevgenyevich), 108 6 Zaporozhskaya Street, Moscow 121596, Russia; DOB 10 Jun 1969; POB Kizilyurt, Republic of Dagestan, Russia; nationality Russia; alt. nationality Czech Republic; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 753657458 (Russia); alt. Passport 752981959 (Russia) issued 29 Mar 2016 expires 29 Mar 2026; National ID No. 4514642127 (Russia); Tax ID No. 771804785139 (Russia) (individual) [RUSSIA-EO14024].

UDOKAN COPPER LLC (Cyrillic: УДОКАНСКАЯ МЕДЬ ООО), ul. Fabrichnaya d. 1, Pos. Udokan 674159, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2008; Tax ID No. 7536097029 (Russia); Registration Number 1087536009857 (Russia) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM).

UDOMDECH, Ronnayuth (a.k.a. UDOMDET, Ronnayut), c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 17 Jun 1967 (individual) [SDNTK].

UDOMDET, Ronnayut (a.k.a. UDOMDECH, Ronnayuth), c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 17 Jun 1967 (individual) [SDNTK].

UDS NEFT, Ul. Lenina D. 21, BTS Forum, Izhevsk 426057, Russia; Ul. Pushkinskaya ZD. 277, Pomeshch. 53, Izhevsk 426057, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 1840040191 (Russia); Registration Number 1151840005690 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

UE BELARUSIAN OIL TRADE HOUSE (a.k.a. BELARUSIAN OIL TRADE HOUSE; a.k.a. BELARUSIAN OIL TRADING HOUSE; a.k.a. BELARUSIAN OIL TRADING HOUSE REPUBLICAN SUBSIDIARY UNITARY ENTERPRISE; a.k.a. BELARUSIAN OIL TRADING HOUSE REPUBLICAN UNITARY SUBSIDIARY; a.k.a. "B.O.T.H."; a.k.a. "UNITED

TRADING SITE"), Prospect Dzerzhinskogo, 73, Minsk 220116, Belarus; 73 Derzhinskiy Ave., Minsk 220116, Belarus; Dzerzhinsky Avenue, 73, Minsk 220116, Belarus; Website WWW.BNTDTORG.BY; alt. Website WWW.BNTD.BY; Business Registration Document # UNP 101119568 (Belarus) [BELARUS].

UE MINOTOR-SERVICE (a.k.a. INDUSTRIAL-COMMERCIAL PRIVATE UNITARY ENTERPRISE MINOTOR-SERVICE; a.k.a. MINOTOR-SERVICE ENTERPRISE; a.k.a. PROIZVODSTVENNO-TORGOVOYE CHASTNOYE UNITARNOYE PREDPRIYATIYE MINOTOR-SERVIS (Cyrillic: ПРОИЗВОДСТВЕННО-ТОРГОВОЕ ЧАСТНОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ МИНОТОР-СЕРВИС); a.k.a. UP MINATOR-SERVIS (Cyrillic: УП МІНАТОР-СЭРВІС); a.k.a. UP MINOTOR-SERVIS (Cyrillic: УП МИНОТОР-СЕРВИС); a.k.a. VYTVORCHA-HANDLEVAYE PRYVATNAYE UNITARNAYE PRADPRYEMSTVA MINATOR-SERVIS (Cyrillic: ВЫТВОРЧА-ГАНДЛЕВАЕ ПРЫВАТНАЕ УНІТАРНАЕ ПРАДПРЫЕМСТВА МІНАТОР-СЭРВІС)), ul. Karvata, d. 84, kom. 1, Minsk 220139, Belarus (Cyrillic: ул. Карвата, д. 84, ком. 1, г. Минск 220139, Belarus); Radialnaya str., 40, Minsk 220070, Belarus; Organization Established Date 1991; Registration Number 100665069 (Belarus) [BELARUS-EO14038].

UE RUBISTAR (Cyrillic: УП РУБИСТАР) (a.k.a. PRODUCTION UNITARY ENTERPRISE RUBISTAR MIKHOLAPA E.I. SMOLEVICHI DISTRICT; a.k.a. PROIZVODSTVENNOE UNITARNOE PREDPRIVATIE RUBISTAR MIKHOLAPA E.I. SMOLEVICHSKII RAION; a.k.a. RUBISTAR, UP; a.k.a. RUBYSTAR AIRWAYS; a.k.a. UE RUBISTAR MIKHOLAPA E.I. SMOLEVICHI DISTRICT), Ul. Peschanaya, d. 20, Smolevichi 222201, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Mar 1997; Organization Type: Freight air transport; Tax ID No. 600436180 (Belarus) [RUSSIA-EO14024] [BELARUS-EO14038].

UE RUBISTAR MIKHOLAPA E.I. SMOLEVICHI DISTRICT (a.k.a. PRODUCTION UNITARY ENTERPRISE RUBISTAR MIKHOLAPA E.I. SMOLEVICHI DISTRICT; a.k.a. PROIZVODSTVENNOE UNITARNOE PREDPRIVATIE RUBISTAR MIKHOLAPA E.I. SMOLEVICHSKII RAION; a.k.a. RUBISTAR, UP; a.k.a. RUBYSTAR AIRWAYS; a.k.a. UE

RUBISTAR (Cyrillic: УП РУБИСТАР)), Ul. Peschanaya, d. 20, Smolevichi 222201, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Mar 1997; Organization Type: Freight air transport; Tax ID No. 600436180 (Belarus) [RUSSIA-EO14024] [BELARUS-EO14038].

UEC-SATURN (a.k.a. NPO SATURN JSC; a.k.a. ODK-SATURN PAO; a.k.a. ODK-SATURN PUBLIC JOINT-STOCK COMPANY; a.k.a. PJSC UEC-SATURN (Cyrillic: ПАО ОДК-САТУРН); a.k.a. "SATURN NGO"), 163 Lenin Ave., Rybinsk, Yaroslavl Region 152903, Russia; 13 Kasatkin St., Moscow 129301, Russia; 4 A Novoroshchinskaya St., St. Petersburg 196084, Russia; 140 Kuybyshev St., 3rd Floor, Perm, Russia; 3 Okruzhnaya Doroga St., Omsk 644076, Russia; Website www.uec-saturn.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7610052644 (Russia); Registration Number 1027601106169 (Russia) [RUSSIA-EO14024].

UFA ENGINE BUILDING MANUFACTURING COMPANY (a.k.a. ODK-UMPO ENGINE BUILDING ASSOCIATION; a.k.a. ODK-UMPO ENGINE BUILDING ENTERPRISE; a.k.a. PAO ODK-UFIMSKOE MOTOROSTROITELNOE PROIZVODSTVENNOE OBEDINENIE (Cyrillic: ПАО ОДК-УФИМСКОЕ МОТОРОСТРОИТЕЛЬНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ); a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE MOTOROSTROITELNOYE PRODUCTION ASSOCIATION; a.k.a. UFA ENGINE-MANUFACTURING COMPANY; a.k.a. UFIMSKOYE MOTOROSTROITELNOYE PROIZVODSTVENNOYE OBYEDINENIYE; a.k.a. UNITED ENGINE MANUFACTURING CORPORATION-UFA ENGINE BUILDING PRODUCTION ASSOCIATION PUBLIC JOINT STOCK CORPORATION; a.k.a. "ODK-UMPO"; a.k.a. "ODK-UMPO PAO"; a.k.a. "PJSC ODK-UMPO"), 2 Ferina St., UFA, Republic of Bashkortostan 450039, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0273008320 (Russia) [RUSSIA-EO14024].

UFA ENGINE-MANUFACTURING COMPANY (a.k.a. ODK-UMPO ENGINE BUILDING ASSOCIATION; a.k.a. ODK-UMPO ENGINE BUILDING ENTERPRISE; a.k.a. PAO ODK-UFIMSKOE MOTOROSTROITELNOE

PROIZVODSTVENNOE OBEDINENIE (Cyrillic: ПАО ОДК-УФИМСКОЕ МОТОРОСТРОИТЕЛЬНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ); a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE MOTOROSTROITELNOYE PRODUCTION ASSOCIATION; a.k.a. UFA ENGINE BUILDING MANUFACTURING COMPANY; a.k.a. UFIMSKOYE MOTOROSTROITELNOYE PROIZVODSTVENNOYE OBYEDINENIYE; a.k.a. UNITED ENGINE MANUFACTURING CORPORATION-UFA ENGINE BUILDING PRODUCTION ASSOCIATION PUBLIC JOINT STOCK CORPORATION; a.k.a. "ODK-UMPO"; a.k.a. "ODK-UMPO PAO"; a.k.a. "PJSC ODK-UMPO"), 2 Ferina St., UFA, Republic of Bashkortostan 450039, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0273008320 (Russia) [RUSSIA-EO14024].

UFIMSKOYE MOTOROSTROITELNOYE PROIZVODSTVENNOYE OBYEDINENIYE (a.k.a. ODK-UMPO ENGINE BUILDING ASSOCIATION; a.k.a. ODK-UMPO ENGINE BUILDING ENTERPRISE; a.k.a. PAO ODK-UFIMSKOE MOTOROSTROITELNOE PROIZVODSTVENNOE OBEDINENIE (Cyrillic: ПАО ОДК-УФИМСКОЕ МОТОРОСТРОИТЕЛЬНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ); a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE MOTOROSTROITELNOYE PRODUCTION ASSOCIATION; a.k.a. UFA ENGINE BUILDING MANUFACTURING COMPANY; a.k.a. UFA ENGINE-MANUFACTURING COMPANY; a.k.a. UNITED ENGINE MANUFACTURING CORPORATION-UFA ENGINE BUILDING PRODUCTION ASSOCIATION PUBLIC JOINT STOCK CORPORATION; a.k.a. "ODK-UMPO"; a.k.a. "ODK-UMPO PAO"; a.k.a. "PJSC ODK-UMPO"), 2 Ferina St., UFA, Republic of Bashkortostan 450039, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0273008320 (Russia) [RUSSIA-EO14024].

UGANDA COMMERCIAL IMPEX, P. O. Box 22709, Kampala, Uganda; Kamaoja Area, Kanjokuu Street, Plot 22, Kampala, Uganda [DRCONGO].

UGLEMETBANK (a.k.a. JOINT STOCK COMPANY COALMETBANK), Ul. Molodogvardeitsev D. 17B, Chelyabinsk 454138, Russia; SWIFT/BIC UGZARU55; Website www.coalmetbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 4214005204 (Russia) | Legal Entity Number 2534001KM4BYJLLGW123; Registration Number 1024200006434 (Russia) [RUSSIA-EO14024].

UGLOV, Andrei Aleksandrovich (a.k.a. UGLOV, Andrey Aleksandrovich), Moscow, Russia; DOB 27 Jul 1984; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY ILYENKO ELARA RESEARCH AND PRODUCTION COMPLEX).

UGLOV, Andrey Aleksandrovich (a.k.a. UGLOV, Andrei Aleksandrovich), Moscow, Russia; DOB 27 Jul 1984; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY ILYENKO ELARA RESEARCH AND PRODUCTION COMPLEX).

UGMK OTSM OOO (a.k.a. LIMITED LIABILITY COMPANY UMMC NFMP; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU UGMK OTSM; a.k.a. UMMC NONFERROUS METALS PROCESSING LIMITED LIABILITY COMPANY), Ul. Petrova D. 59, Lit. D., Verkhnyaya Pyshma 624092, Russia; str. 1 kab. 206, prospekt Uspenski, Verkhnyaya Pyshma, Sverdlovsk region 624091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 May 2007; Tax ID No. 6606024709 (Russia); Government Gazette Number 81180857 (Russia); Registration Number 1076606001152 (Russia) [RUSSIA-EO14024].

UGOLNYE TEKHNOLOGII, OOO (a.k.a. COAL TECHNOLOGIES; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU "UGOLNYE TEKHNOLOGII"), d. 25 ofis 13, 14, per. Avtomobilny, Rostov-on-Don, Rostovskaya Oblast 344038, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1146164002621 [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC; Linked To: LUHANSK PEOPLE'S REPUBLIC).

UIBA, Valentin Viktorovich (a.k.a. UYBA, Valentin Viktorovich; a.k.a. UYBA, Vladimir Viktorovich (Cyrillic: УЙБА, Владимир Викторович)), Komi Republic, Russia; DOB 04 Oct 1958; POB Omsk, Omsk Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772858584889 (Russia) (individual) [RUSSIA-EO14024].

UIY INC (Chinese Simplified: 优译有限公司) (a.k.a. UIY TECHNOLOGY CO LTD), No. 8, Lane 1, Xintun East Zone, Longgang District, Shenzhen, Guangdong 518172, China; Website www.uiy.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 10 Apr 2003; Unified Social Credit Code (USCC) 914403007488681764 (China) [NPWMD] [IFSR] (Linked To: KHAZRA COMMUNICATIONS TECHNOLOGY SOLUTIONS).

UIY TECHNOLOGY CO LTD (a.k.a. UIY INC (Chinese Simplified: 优译有限公司)), No. 8, Lane 1, Xintun East Zone, Longgang District, Shenzhen, Guangdong 518172, China; Website www.uiy.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 10 Apr 2003; Unified Social Credit Code (USCC) 914403007488681764 (China) [NPWMD] [IFSR] (Linked To: KHAZRA COMMUNICATIONS TECHNOLOGY SOLUTIONS).

UK ABAMET OOO (a.k.a. ABAMET MANAGEMENT LTD; a.k.a. LIMITED LIABILITY COMPANY MANAGEMENT COMPANY ABAMET (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ АБАМЕТ)), vladenie 1 kab. 229, ul. Sportivnaya, Naro-Fominsk 143322, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5003071129 (Russia); Registration Number 1095003002808 (Russia) [RUSSIA-EO14024].

UK BITRIVER, LLC (a.k.a. MC BITRIVER, LLC; a.k.a. OOO MANAGEMENT COMPANY BITRIVER), Ul. Annenskaya D. 17, Str. 1, Office 1.18, Moscow 127521, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Sep 2021; Tax ID No. 9715406566 (Russia); Registration Number 1217700448448 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

UK ELSI OOO (a.k.a. LIMITED LIABILITY COMPANY MANAGEMENT COMPANY ELGA

(Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ ЭЛЬГА)), D. 6 Str. 2 Etazh 21 Pom. IA, Naberezhnaya Presnenskaya, Moscow 123317, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703012207 (Russia); Registration Number 1207700160293 (Russia) [RUSSIA-EO14024].

UK KAPO-ZHBS (a.k.a. LIMITED LIABILITY COMPANY KAPO-ZHILBILTSERVIS; a.k.a. UK KAPO-ZHILBYTSERVIS OOO), ul Akademika Pavlova d 9, Kazan 420127, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1661022862 (Russia); Registration Number 1081690080450 (Russia) [RUSSIA-EO14024] (Linked To: TUPOLEV PUBLIC JOINT STOCK COMPANY).

UK KAPO-ZHILBYTSERVIS OOO (a.k.a. LIMITED LIABILITY COMPANY KAPO-ZHILBILTSERVIS; a.k.a. UK KAPO-ZHBS), ul Akademika Pavlova d 9, Kazan 420127, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1661022862 (Russia); Registration Number 1081690080450 (Russia) [RUSSIA-EO14024] (Linked To: TUPOLEV PUBLIC JOINT STOCK COMPANY).

UK OTKRYTIE (a.k.a. OOO OTKRITIE ASSET MANAGEMENT (Cyrillic: ООО УК ОТКРЫТИЕ); a.k.a. OTKRITIE ASSET MANAGEMENT LTD), Ul. Kozhevnicheskaya, d. 14, str. 5, Moscow 115114, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Dec 2000; Tax ID No. 7705394773 (Russia); Registration Number 1027739072613 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

UK PROMSVYAZ OOO (a.k.a. MANAGEMENT COMPANY PROMSVYAZ LLC (Cyrillic: УПРАВЛЯЮЩАЯ КОМПАНИЯ ПРОМСВЯЗЬ)), d.13 str. 1 etazh 5 kom. 1-31, ul. Nikoloyamskaya, Moscow 109240, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Jul 2002; Tax ID No. 7718218817 (Russia); Registration Number 1027718000067 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

UK UZTM KARTEX LLC (a.k.a. UPRAVLYAYUSHCHAYA KOMPANIYA UZTM KARTEKS), Nab. Ovchinnikovskaya D. 20, Str. 1, Floor 8, Komnata 50, Moscow 115035, Russia; Proezd 1-I Krasnogvardeiskii D. 15, Floor 34, Pomeshch. 28, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 77272298791 (Russia); Registration Number 1167746813453 (Russia) [RUSSIA-EO14024].

UK VELES MANAGEMENT (a.k.a. UK VELES MENEDZHMENT OOO; a.k.a. VELES MANAGEMENT LTD), Nab. Krasnopresnenskaya d. 12, pod. 7, et. 14, Moscow 123610, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jul 2004; Tax ID No. 7703523568 (Russia); Identification Number 961WVX.99999.SL.643 (Russia); Legal Entity Number 253400JX3PEQDBPL8052; Registration Number 1047796515470 (Russia) [RUSSIA-EO14024].

UK VELES MENEDZHMENT OOO (a.k.a. UK VELES MANAGEMENT; a.k.a. VELES MANAGEMENT LTD), Nab. Krasnopresnenskaya d. 12, pod. 7, et. 14, Moscow 123610, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jul 2004; Tax ID No. 7703523568 (Russia); Identification Number 961WVX.99999.SL.643 (Russia); Legal Entity Number 253400JX3PEQDBPL8052; Registration Number 1047796515470 (Russia) [RUSSIA-EO14024].

UKHNALEV, Svetlana (a.k.a. UKHNALEVA, Svetlana V.; a.k.a. UKHNALYOVA, Svetlana); DOB 14 Mar 1973; POB Moscow, Russia (individual) [MAGNIT].

UKHNALEVA, Svetlana V. (a.k.a. UKHNALEV, Svetlana; a.k.a. UKHNALYOVA, Svetlana); DOB 14 Mar 1973; POB Moscow, Russia (individual) [MAGNIT].

UKHNALYOVA, Svetlana (a.k.a. UKHNALEV, Svetlana; a.k.a. UKHNALEVA, Svetlana V.); DOB 14 Mar 1973; POB Moscow, Russia (individual) [MAGNIT].

UKRAINE SALVATION COMMITTEE (a.k.a. COMMITTEE FOR THE RESCUE OF UKRAINE; a.k.a. SALVATION COMMITTEE OF UKRAINE; a.k.a. SAVIOR OF UKRAINE COMMITTEE), Russia; Website http://comitet.su/about/; Email Address comitet@comitet.su; alt. Email Address komitet_2015@yahoo.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660] (Linked To: AZAROV, Mykola Yanovych).

UKSHINI, Sami (a.k.a. UKSINI, Sami); DOB 05 Mar 1963; POB Gjakova, Serbia and Montenegro (individual) [BALKANS].

UKSINI, Sami (a.k.a. UKSHINI, Sami); DOB 05 Mar 1963; POB Gjakova, Serbia and Montenegro (individual) [BALKANS].

UL AWLIYA, Hashim Banyan (a.k.a. AL-SARAJI, Hashim Banyan Finyan Rahim; a.k.a. AL-SARAJI, Hashim Finyan Rahim; a.k.a. AL-SARAYJI, Ali Abd-al-Zahra Hafiz; a.k.a. "AL WALAI, Abu Ala"), Baghdad, Iraq; Lebanon; DOB 01 Jul 1966; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: KATA'IB SAYYID AL-SHUHADA).

UL-ABIDEEN, Zain (a.k.a. ABD EL-RAHMAN, Suhayl Salim; a.k.a. ABDURAHAMAN, Suhayl; a.k.a. AL-SUDANI, Abu Faris; a.k.a. FARIS, Abu; a.k.a. MUHAMMAD, Sahib; a.k.a. MUHAMMAD, Suhayl Salim; a.k.a. SALIM, Suhayl; a.k.a. ZAYN, Haytham; a.k.a. "SABA"; a.k.a. "SANA"; a.k.a. "SUNDUS"); DOB 17 Jun 1984; alt. DOB 1990; POB Rabak, Sudan; Passport C0004350; Personal ID Card A00710804 (individual) [SOMALIA].

'ULA'LAH, 'Ali Salih Husayn (a.k.a. 'ALA'LAH, 'Ali Salih Husayn; a.k.a. AL-TABUKI, Ali Saleh Husain; a.k.a. AL-TABUKI, 'Ali Salih Husayn al-Dhahak; a.k.a. AL-YEMENI, Abu Dhahak; a.k.a. HUSAIN, Ali Saleh; a.k.a. "DAHHAK, Abu"); DOB circa 1970; POB al-Hudaydah, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Individual's height is 5 feet 9 inches. (individual) [SDGT].

ULAN-UDE AVIATION PLANT (a.k.a. JOINT STOCK COMPANY ULAN-UDE AVIATION PLANT; a.k.a. "AO U-UAZ"), Ul. Khorinskaya D. 1, Ulan-Ude 670009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Feb 1994; Tax ID No. 0323018510 (Russia); Registration Number 1020300887793 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

'ULAYQ, Qasim (a.k.a. ALEIK, Kassem; a.k.a. 'ALIQ, Hajj Qasim; a.k.a. 'ALIQ, Qasem; a.k.a. ALIQ, Qasim); DOB 1956; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah

Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ULBASHEV, Mukharby Magomedovich (Cyrillic: УЛЬБАШЕВ, Мухарбий Магомедович), Russia; DOB 15 May 1960; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

UL-HAQ, Dr. Amin (a.k.a. AH HAQ, Dr. Amin; a.k.a. AL-HAQ, Amin; a.k.a. AMIN, Muhammad); DOB 1960; POB Nangahar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ULLAH, Haji Khair (a.k.a. BARAKZAI, Haji Khairullah; a.k.a. KARIMULLAH, Haji; a.k.a. KHAIRULLAH, Haji; a.k.a. KHEIRULLAH, Haji; a.k.a. KHERULLAH, Haji; a.k.a. MOHAMMAD, Hajji Khair), Abdul Manan Chowk, Pashtunabad, Quetta, Pakistan; DOB 1965; POB Zumbaleh Village, Nahr-e Saraj District, Helmand Province, Afghanistan; alt. POB Qal'ah Abdulla, Pakistan; alt. POB Mirmadaw Village, Gereshk District, Helmand Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BP4199631 (Pakistan) expires 25 Jun 2014; National ID No. 5440005229635 (Pakistan) (individual) [SDGT] (Linked To: TALIBAN; Linked To: HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE).

ULLOA ESPITIA, Hubel, c/o MINIMERCADO EL MANANTIAL DEL NEUTA, Soacha, Cundinamarca, Colombia; Carrera 3B E No. 91-28 Sur, Bogota, Colombia; DOB 22 Jun 1965; Cedula No. 5712762 (Colombia) (individual) [SDNTK].

ULNAMMO (a.k.a. AKTSIONERNOE OBSHCHESTVO ULYANOVSKII PATRONNYI ZAVOD; a.k.a. JSC THE ULYANOVSK CARTRIDGE WORKS; a.k.a. "AO UPZ"), ul. Shoferov D. 1, Ulyanovsk 432007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7328500127 (Russia); Registration Number 1047301521520 (Russia) [RUSSIA-EO14024].

ULSTER DEFENCE ASSOCIATION (a.k.a. ULSTER FREEDOM FIGHTERS), United Kingdom; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ULSTER FREEDOM FIGHTERS (a.k.a. ULSTER DEFENCE ASSOCIATION), United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ULTIMATE SPIRIT LIMITED, Flat/RM 606 6/F Hollywood Centre, 77-91 Queen's Road West, Sheung Wan, Hong Kong, China; Website theultimatespirit.com; Organization Established Date 25 Jan 2022; Company Number 3124165 (Hong Kong); Legal Entity Number 9845004BE9Q5CDCL5846; Business Registration Number 73755799 (Hong Kong) [IRAN-EO13902] (Linked To: NEST WISE PETROLEUM L.L.C).

ULTRAN EK OOO (Cyrillic: ООО УЛЬТРАН ЭК) (a.k.a. LIMITED LIABILITY COMPANY ULTRAN ELECTRONIC COMPONENTS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УЛЬТРАН ЭЛЕКТРОННЫЕ КОМПОНЕНТЫ); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ULTRAN ELEKTRONNYE KOMPONENTY), d. 22, litera L, pom. 1-N, kom. 8, ul. Politekhnicheskaya, St. Petersburg 194021, Russia; Website ultran.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Jun 2018; Tax ID No. 7802669110 (Russia); Government Gazette Number 29702993 (Russia); Business Registration Number 1187847176330 (Russia) [RUSSIA-EO14024].

UL-WAFA, Abu (a.k.a. AL WAFA, Yahya Abu; a.k.a. GILL, Muhammad Hussain; a.k.a. GILL, Muhammad Hussein; a.k.a. WAFA, Abdul), 4-Lake Road, Lahore, Pakistan; DOB 07 Apr 1937; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 35202-8457000-3 (Pakistan) (individual) [SDGT].

ULYUTINA, Galina (a.k.a. SOLOVIEVA, Galina Olegovna; a.k.a. ULYUTINA, Galina Olegovna), 8-1-60 Philippovskiy, Moscow 119019, Russia; DOB 20 Oct 1977; POB Avdeevka, Ukraine; nationality Russia; alt. nationality Bulgaria; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4510519178 (Russia); alt. National ID No. 7710206574 (Bulgaria) (individual) [RUSSIA-EO14024] (Linked To: SOLOVIEV, Yuriy Alekseyevich).

ULYUTINA, Galina Olegovna (a.k.a. SOLOVIEVA, Galina Olegovna; a.k.a. ULYUTINA, Galina), 8-1-60 Philippovskiy, Moscow 119019, Russia; DOB 20 Oct 1977; POB Avdeevka, Ukraine; nationality Russia; alt. nationality Bulgaria; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4510519178 (Russia); alt. National ID No. 7710206574 (Bulgaria) (individual) [RUSSIA-EO14024] (Linked To: SOLOVIEV, Yuriy Alekseyevich).

UMAC LLC (a.k.a. LIMITED LIABILITY COMPANY YUMAK), Ul. Krasnobogatyrskaya D. 44, Str. 1, Moscow 107076, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727655443 (Russia); Registration Number 1087746781572 (Russia) [RUSSIA-EO14024].

UMAHANOV, Ilyas Magomed-Salamovich (Cyrillic: УМАХАНОВ, Ильяс Магомед-Саламович) (a.k.a. UMAKHANOV, Iliyas), Russia; DOB 27 Mar 1957; POB Makhachkala, Dagestan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

UMAIRI, Faruq (a.k.a. AL-OMAIRI, Faruk; a.k.a. AL-UMAYRI, Faruz; a.k.a. OMAIRI, Farouk; a.k.a. OMAIRI, Farouk Abdul Haj), 605 Avenida Brasil, Apt No. 48, Foz do Iguacu, Brazil; DOB 06 Dec 1945; POB Hermel, Lebanon; citizen Brazil; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

UMAKHANOV, Iliyas (a.k.a. UMAHANOV, Ilyas Magomed-Salamovich (Cyrillic: УМАХАНОВ, Ильяс Магомед-Саламович)), Russia; DOB 27 Mar 1957; POB Makhachkala, Dagestan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

UMAKHANOV, Saygidpasha Darbishevich (Cyrillic: УМАХАНОВ, Сайгидпаша Дарбишевич), Russia; DOB 03 Apr 1962; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the

Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

UMAR, Abu Umar (a.k.a. ABU UMAR, Abu Omar; a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. TAKFIRI, Abu Umr; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Omar Mahmoud; a.k.a. UTHMAN, Umar; a.k.a. "ABU ISMAIL"), London, United Kingdom; Jordan; DOB 30 Dec 1960; alt. DOB 13 Dec 1960; POB Bethlehem, West Bank, Palestinian Territories; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

UMAR, Asim (a.k.a. HAQ, Sanaul; a.k.a. UMER, Asim), Afghanistan; Pakistan; Bangladesh; DOB 1974 to 1976; POB Sambhal, Uttar Pradesh, India; nationality India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Maulana (individual) [SDGT].

UMAR, Farhaad (a.k.a. HOOMER, Farhad; a.k.a. OMAR, Farhad; a.k.a. 'UMAR, Farhad), 57 Spathodia Drive, Isipingo Hills, KwaZulu Natal 4133, South Africa; 72 Riley Road, Overport, Essenwood, Berea 4001, South Africa; 9 Nugget Road, Reservoir Hills, Durban 4090, South Africa; DOB 18 Nov 1976; nationality South Africa; citizen South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A05256584 (South Africa); alt. Passport A04151202 (South Africa); National ID No. 7611185236087 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

'UMAR, Farhad (a.k.a. HOOMER, Farhad; a.k.a. OMAR, Farhad; a.k.a. UMAR, Farhaad), 57 Spathodia Drive, Isipingo Hills, KwaZulu Natal 4133, South Africa; 72 Riley Road, Overport, Essenwood, Berea 4001, South Africa; 9 Nugget Road, Reservoir Hills, Durban 4090, South Africa; DOB 18 Nov 1976; nationality South Africa; citizen South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A05256584 (South Africa); alt. Passport A04151202 (South Africa); National ID No. 7611185236087 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

UMAR, Muhammad (a.k.a. AL-SINDHI, Abdallah; a.k.a. AL-SINDHI, Abdullah; a.k.a. AL-SINDI, Abdullah; a.k.a. AZMARAI, Umar Siddique Kathio; a.k.a. CHANDIO, Umar Kathio; a.k.a. CHANDUO, Umar; a.k.a. CHANDYO, Omar; a.k.a. KATHIO, Muhammad Umar; a.k.a. KATIO, Muhammad Umar Sidduque; a.k.a. OMER, Muhammad; a.k.a. SINDHI, 'Abdallah), Karachi, Pakistan; Miram Shah, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1977; POB Saudi Arabia; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 466-77-221879 (Pakistan); alt. National ID No. 42201-015024707-7 (individual) [SDGT].

UMAR, Sheikh Ahmed (a.k.a. ABDIKARIM, Sheikh Mahad Omar; a.k.a. ABU UBAIDAH, Ahmad Umar; a.k.a. ABU UBAIDAH, Ahmed Omar; a.k.a. ABU UBAIDAH, Sheikh Ahmad Umar; a.k.a. ABU UBAIDAH, Sheikh Ahmed Umar; a.k.a. ABU UBAIDAHA, Sheikh Omar; a.k.a. DIRIYE, Ahmed; a.k.a. DIRIYE, Mahad; a.k.a. "DIRIYE, Abu"; a.k.a. "UBAIDAH, Abu"; a.k.a. "UMAR, Ahmad"), Somalia; DOB 1972; POB Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

UMAROV, Doku; DOB 13 Apr 1964; nationality Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

UMATEX GROUP (f.k.a. NPK KHIMPROMINZHINIRING AO; a.k.a. UMATEX JOINT-STOCK COMPANY; a.k.a. UMATEX JSC; a.k.a. YUMATEKS AO), PR-KT Volgogradskii D. 43, Korp. 3, BTS Avilon, Moscow 109316, Russia; D. 46 Etazh 6 Pom. 54, Shosse Varshavskoe, Moscow 115230, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Apr 2008; Tax ID No. 7706688991 (Russia); Government Gazette Number 86396208 (Russia); Registration Number 1087746570383 (Russia) [RUSSIA-EO14024].

UMATEX GROUP EUROPE S.R.O., Namesti I. P. Pavlova 1789/5, Prague 12000, Czech Republic; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Nov 2016; V.A.T. Number CZ05556121 (Czech Republic); Registration Number 05556121 (Czech Republic) [RUSSIA-EO14024] (Linked To: UMATEX JOINT-STOCK COMPANY).

UMATEX JOINT-STOCK COMPANY (f.k.a. NPK KHIMPROMINZHINIRING AO; a.k.a. UMATEX GROUP; a.k.a. UMATEX JSC; a.k.a. YUMATEKS AO), PR-KT Volgogradskii D. 43, Korp. 3, BTS Avilon, Moscow 109316, Russia; D. 46 Etazh 6 Pom. 54, Shosse Varshavskoe, Moscow 115230, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Apr 2008; Tax ID No. 7706688991 (Russia); Government Gazette Number 86396208 (Russia); Registration Number 1087746570383 (Russia) [RUSSIA-EO14024].

UMATEX JSC (f.k.a. NPK KHIMPROMINZHINIRING AO; a.k.a. UMATEX GROUP; a.k.a. UMATEX JOINT-STOCK COMPANY; a.k.a. YUMATEKS AO), PR-KT Volgogradskii D. 43, Korp. 3, BTS Avilon, Moscow 109316, Russia; D. 46 Etazh 6 Pom. 54, Shosse Varshavskoe, Moscow 115230, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Apr 2008; Tax ID No. 7706688991 (Russia); Government Gazette Number 86396208 (Russia); Registration Number 1087746570383 (Russia) [RUSSIA-EO14024].

UMBRA NAVI SHIPMANAGEMENT CORP, Almaty, Kazakhstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jan 2024; Identification Number IMO 6486787 [SDGT] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT; Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

'UMED, Salim (a.k.a. OMEED, Salam; a.k.a. SAEED, Mohammed; a.k.a. SAID, Salim Ahmed; a.k.a. SALEM, Omed; a.k.a. 'UMEED, Salim), Villa D-24 The Palm Jumeirah, Dubai, United Arab Emirates; DOB 04 Dec 1977; POB Chardgloo, Iraq; nationality United Kingdom; Gender Male; Passport 513075044 (United Kingdom) expires 08 Mar 2026; alt. Passport 556957176 (United Kingdom) expires 28 Jan 2029; National ID No. 784197736807633 (United Kingdom) (individual) [IRAN-EO13902].

'UMEED, Salim (a.k.a. OMEED, Salam; a.k.a. SAEED, Mohammed; a.k.a. SAID, Salim Ahmed; a.k.a. SALEM, Omed; a.k.a. 'UMED, Salim), Villa D-24 The Palm Jumeirah, Dubai, United Arab Emirates; DOB 04 Dec 1977; POB Chardgloo, Iraq; nationality United Kingdom; Gender Male; Passport 513075044 (United Kingdom) expires 08 Mar 2026; alt. Passport

556957176 (United Kingdom) expires 28 Jan 2029; National ID No. 784197736807633 (United Kingdom) (individual) [IRAN-EO13902].

UMER, Asim (a.k.a. HAQ, Sanaul; a.k.a. UMAR, Asim), Afghanistan; Pakistan; Bangladesh; DOB 1974 to 1976; POB Sambhal, Uttar Pradesh, India; nationality India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Maulana (individual) [SDGT].

UMMAH TAMEER E-NAU (a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU; a.k.a. "UTN"), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, F 8/4, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

UMMAH TAMEER I-NAU (a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER E-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU; a.k.a. "UTN"), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, F 8/4, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

UMMAH TAMIR E-NAU (a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER E-NAU; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU; a.k.a. "UTN"), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, F 8/4, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

UMMAH TAMIR I-NAU (a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER E-NAU; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU; a.k.a. "UTN"), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, F 8/4, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

UMMAT TAMIR E-NAU (a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER E-NAU; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR-I-PAU; a.k.a. "UTN"), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, F 8/4, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

UMMAT TAMIR-I-PAU (a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER E-NAU; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. "UTN"), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, F 8/4, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

UMMC NONFERROUS METALS PROCESSING LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY UMMC NFMP; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU UGMK OTSM; a.k.a. UGMK OTSM OOO), Ul. Petrova D. 59, Lit. D., Verkhnyaya Pyshma 624092, Russia; str. 1 kab. 206, prospekt Uspenski, Verkhnyaya Pyshma, Sverdlovsk region 624091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 May 2007; Tax ID No. 6606024709 (Russia); Government Gazette Number 81180857 (Russia); Registration Number 1076606001152 (Russia) [RUSSIA-EO14024].

UMQI EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

UNCHEN TRADING CORP. (a.k.a. UNCHON TRADING CORP.; a.k.a. UNCHON TRADING CORPORATION (Korean: 운천무역회사)), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type State-Owned Enterprise [NPWMD] (Linked To: MINISTRY OF ROCKET INDUSTRY).

UNCHON TRADING CORP. (a.k.a. UNCHEN TRADING CORP.; a.k.a. UNCHON TRADING CORPORATION (Korean: 운천무역회사)), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type State-Owned Enterprise [NPWMD] (Linked To: MINISTRY OF ROCKET INDUSTRY).

UNCHON TRADING CORPORATION (Korean: 운천무역회사) (a.k.a. UNCHEN TRADING CORP.; a.k.a. UNCHON TRADING CORP.), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type State-Owned Enterprise [NPWMD] (Linked To: MINISTRY OF ROCKET INDUSTRY).

UNICIOUS ENERGY PTE (a.k.a. UNICIOUS ENERGY PTE. LTD.; a.k.a. UNICIOUS SA), Suntec Tower Four, 6 Temasek Boulevard #10-05, 38986, Singapore, Singapore; Dubai, United Arab Emirates; Quai des Bergues 29, 1201, Geneve, Switzerland; Website https://unicious.com/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 15 Nov 2019; Company Number 98450014F53C71A88A79 (Singapore); Business Registration Number 201938747K (Singapore) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

UNICIOUS ENERGY PTE. LTD. (a.k.a. UNICIOUS ENERGY PTE; a.k.a. UNICIOUS SA), Suntec Tower Four, 6 Temasek Boulevard #10-05, 38986, Singapore, Singapore; Dubai, United Arab Emirates; Quai des Bergues 29, 1201, Geneve, Switzerland; Website https://unicious.com/; Additional Sanctions Information - Subject to Secondary Sanctions;

Organization Established Date 15 Nov 2019; Company Number 98450014F53C71A88A79 (Singapore); Business Registration Number 201938747K (Singapore) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

UNICIOUS SA (a.k.a. UNICIOUS ENERGY PTE; a.k.a. UNICIOUS ENERGY PTE. LTD.), Suntec Tower Four, 6 Temasek Boulevard #10-05, 38986, Singapore, Singapore; Dubai, United Arab Emirates; Quai des Bergues 29, 1201, Geneve, Switzerland; Website https://unicious.com/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 15 Nov 2019; Company Number 98450014F53C71A88A79 (Singapore); Business Registration Number 201938747K (Singapore) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

UNICO SHIPPING CO LTD (a.k.a. UNICO SHIPPING COMPANY LIMITED), Room D07, 8th Floor, Phase 2, Kai Tak Factory Building, 99, King Fuk Street, San Po Kong, Hong Kong, China; Unit 1208, Building B 1, Wanda Plaza, 8, Aojiang Lu, Taijiang Qu, Fuzhou, Fujian 350009, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Feb 2024; Identification Number IMO 6484539 [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

UNICO SHIPPING COMPANY LIMITED (a.k.a. UNICO SHIPPING CO LTD), Room D07, 8th Floor, Phase 2, Kai Tak Factory Building, 99, King Fuk Street, San Po Kong, Hong Kong, China; Unit 1208, Building B 1, Wanda Plaza, 8, Aojiang Lu, Taijiang Qu, Fuzhou, Fujian 350009, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Feb 2024; Identification Number IMO 6484539 [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

UNICO TEXTILES, S.f. Unit #5, Hub River Road, S.I.T.E., Karachi, Pakistan [TCO] (Linked To: KHANANI, Hozaifa Javed).

UNIDAS S.A., Avenida 7 Norte No. 23N-81, Cali, Colombia; Avenida 7 Norte No. 23-74, Cali, Colombia; NIT # 800080688-0 (Colombia) [SDNT].

UNIFIED METALWORKING CENTER (a.k.a. EDINYI TSENTR METALLOOBRABOTKI; a.k.a. "ETSM"), 11V Mikhailova St., Saint Petersburg 195009, Russia; Pr-Kt Engelsa D.

27, Lit. K, Pomeshch. 1-N, Kom. 52, Saint Petersburg 194156, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802574250 (Russia); Registration Number 1167847190169 (Russia) [RUSSIA-EO14024].

UNIHUI INTERNATIONAL LIMITED (a.k.a. LIAN LIHUI INTERNATIONAL CO LTD (Chinese Traditional: 聯力惠國際有限公司)), Room 32 11/F Lee Ka Indl Bldg 8 Ng Fong St, San Po Kong, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Company Number 2880808 (Hong Kong); Business Registration Number 71243857 (Hong Kong) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU SV POLIMER).

UNIIKM AO (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKI NAUCHNO-ISSLEDOVATELSKI INSTITUT KOMPOZITSIONNYKH MATERIALOV; a.k.a. JOINT STOCK COMPANY THE URALS SCIENTIFIC RESEARCH INSTITUTE OF COMPOSITE MATERIALS; f.k.a. URALSKI NII KOMPOZITSIONNYKH MATERIALOV PAO), Ul. Novozvyaginskaya D. 57, Perm 614014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5906092190 (Russia); Government Gazette Number 07523132 (Russia); Registration Number 1095906003490 (Russia) [RUSSIA-EO14024].

UNIJET (a.k.a. OOO YUNIDZHET (Cyrillic: ООО ЮНИДЖЕТ); a.k.a. "UNIJET COMPANY LIMITED"), Moscow, Russia; Website unijet.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 10 Dec 2009; Tax ID No. 7703711949 (Russia) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

UNIMATIK MSK (a.k.a. "UNIMATIC"), B-R Osennii D. 23, Pomeshch. I, Kom. 5, Moscow 121609, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714460133 (Russia); Registration Number 1207700161789 (Russia) [RUSSIA-EO14024].

UNION ABARROTERO DE JALISCO S.C. DE R.L. DE C.V., Avenida Lazaro Cardenas No. 3446-14, Guadalajara, Jalisco, Mexico; Folio Mercantil No. 17656 (Mexico) [SDNTK].

UNION DEVELOPMENT GROUP (a.k.a. UNION DEVELOPMENT GROUP CO., LTD.), 12AB, Street 348, Sangkat Boeng Keng Kang III Khan

Chamkar Mon, Phnom Penh, Cambodia; 11, 592, Phum 13 Boeng Kak Pir Tuol Kouk, Phnom Penh 12152, Cambodia; Tax ID No. L001-100119212 (Cambodia) [GLOMAG].

UNION DEVELOPMENT GROUP CO., LTD. (a.k.a. UNION DEVELOPMENT GROUP), 12AB, Street 348, Sangkat Boeng Keng Kang III Khan Chamkar Mon, Phnom Penh, Cambodia; 11, 592, Phum 13 Boeng Kak Pir Tuol Kouk, Phnom Penh 12152, Cambodia; Tax ID No. L001-100119212 (Cambodia) [GLOMAG].

UNION ELECTION COMMISSION, Office No. 22, Zeyahtani 2 Street, Nay Pyi Taw, Burma; Organization Type: General public administration activities [BURMA-EO14014].

UNION OF DONBAS VOLUNTEERS (Cyrillic: СОЮЗ ДОБРОВОЛЬЦЕВ ДОНБАССА) (a.k.a. INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS (Cyrillic: МЕЖРЕГИОНАЛЬНАЧЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ СОЮЗ ДОБРОВОЛЬЦЕВ ДОНБАССА); a.k.a. MOO SDD (Cyrillic: МОО СДД)), ofis 2, str. 1, d. 7, ul. Fadeyeva, Moscow 125047, Russia; ul. Ulofa Palme, d. 1, podyezd C, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9710001943 (Russia); Registration Number 1157700015065 (Russia) [RUSSIA-EO14024].

UNION OF GOOD (a.k.a. 101 DAYS CAMPAIGN; a.k.a. CHARITY COALITION; a.k.a. COALITION OF GOOD; a.k.a. ETELAF AL-KHAIR; a.k.a. ETILAFU EL-KHAIR; a.k.a. I'TILAF AL-KHAIR; a.k.a. I'TILAF AL-KHAYR), P.O. Box 136301, Jeddah 21313, Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

UNIQUE PERFORMANCE GENERAL TRADING L.L.C (Arabic: يونيك برفورمانس للتجارة العامة ش.ذ.م.م), PO Box 128617, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 May 2013; Business Registration Number 688618 (United Arab Emirates); Economic Register Number (CBLS) 10893667 (United Arab Emirates) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

UNIQUE STARS LLC (a.k.a. UNIQUE STARS MOBILE PHONES LLC), Postal Box 98498, Dubai, United Arab Emirates; Al Maktoum Road, Deira, Al Kabira Building, First Floor, Office #103, PO Box 98498, Dubai, United Arab Emirates; Office 103, 1st Floor, Sheikh Rashed Building, Al Maktoum Road, Deira, DXB Municipality, Dubai, United Arab Emirates; Gargash Center, Nasser Square, Shop No. 41, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Dubai Chamber of Commerce Membership No. 116340; Commercial Registry Number 591610 (United Arab Emirates) [SDGT] (Linked To: IBRAHIM, Ayman; Linked To: STARS GROUP HOLDING).

UNIQUE STARS MOBILE PHONES LLC (a.k.a. UNIQUE STARS LLC), Postal Box 98498, Dubai, United Arab Emirates; Al Maktoum Road, Deira, Al Kabira Building, First Floor, Office #103, PO Box 98498, Dubai, United Arab Emirates; Office 103, 1st Floor, Sheikh Rashed Building, Al Maktoum Road, Deira, DXB Municipality, Dubai, United Arab Emirates; Gargash Center, Nasser Square, Shop No. 41, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Dubai Chamber of Commerce Membership No. 116340; Commercial Registry Number 591610 (United Arab Emirates) [SDGT] (Linked To: IBRAHIM, Ayman; Linked To: STARS GROUP HOLDING).

UNIQUE STATION TRADING (Arabic: يونيك استيشن للتجارة), Deira Oud Al Muteena 3, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 16 Oct 2019; Registration Number 858775 (United Arab Emirates); Economic Register Number (CBLS) 11427320 (United Arab Emirates) [SDGT] [IFSR] (Linked To: ALPA TRADING - FZCO).

UNIREFRICLIMA S.A., Panama City, Panama; RUC # 155608664-2-2015 (Panama) [SDNTK].

UNISERVICE LIMITED LIABILITY COMPANY (Cyrillic: ООО ЮНИСЕРВИС) (a.k.a. UNISERVICE LLC), Obruchevykh st. 1, lit. A, ind. 2-H, of. 150, St. Petersburg, Russia; Ul. Obruchevykh D. 1, Lit. A, Chast Pomeshch. 2-N, Office 150, Saint Petersburg 195220, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization

Established Date 14 Mar 2023; Tax ID No. 7804700100 (Russia); Registration Number 1237800029807 (Russia) [RUSSIA-EO14024].

UNISERVICE LLC (a.k.a. UNISERVICE LIMITED LIABILITY COMPANY (Cyrillic: ООО ЮНИСЕРВИС)), Obruchevykh st. 1, lit. A, ind. 2-H, of. 150, St. Petersburg, Russia; Ul. Obruchevykh D. 1, Lit. A, Chast Pomeshch. 2-N, Office 150, Saint Petersburg 195220, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Mar 2023; Tax ID No. 7804700100 (Russia); Registration Number 1237800029807 (Russia) [RUSSIA-EO14024].

UNISTAR COMPANY (a.k.a. YONA HOLDING; a.k.a. YONA STAR; a.k.a. YONA STAR COMPANY; a.k.a. YONA STAR INTERNATIONAL; a.k.a. YONA STAR SHIPPING; a.k.a. YONA STAR TRADING INTERNATIONAL CO. LTD.), Damascus Airport Free Zone, Damascus, Syria; Al Maktoum Street, Building MM Office # 7, Deira, Dubai, United Arab Emirates; Website http://www.yonastar.com [PAARSSR-EO13894].

UNISTREAM COMMERCIAL BANK JSC (a.k.a. AO KB YUNISTRIM), Ul. Verkhnyaya Maslovka D. 20, Str. 2, Moscow 127083, Russia; SWIFT/BIC UMTNRUMM; Website www.unistream.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 May 2006; Target Type Financial Institution; Tax ID No. 7750004009 (Russia); Identification Number 2S1RNS.99999.SL.643 (Russia); Registration Number 1067711004437 (Russia) [RUSSIA-EO14024].

UNITARNAYE PRADPRYEMSTVA NAFTABITUMNY ZAVOD (Cyrillic: УНІТАРНАЕ ПРАДПРЫЕМСТВА НАФТАБІТУМНЫ ЗАВОД) (a.k.a. INDUSTRIAL UNITARY ENTERPRISE OIL BITUMEN PLANT; a.k.a. PROIZVODSTVENNOYE UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: ПРОИЗВОДСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД); a.k.a. UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД); a.k.a. UNITARY ENTERPRISE NEFTEBITUMEN PLANT; a.k.a. UNITARY ENTERPRISE OIL BITUMEN PLANT; a.k.a. VYTVORCHAYE UNITARNAYE PRADPRYEMSTVA NAFTABITUMNY ZAVOD

(Cyrillic: ВЫТВОРЧАЕ ЎНІТАРНАЕ ПРАДПРЫЕМСТВА НАФТАБІТУМНЫ ЗАВОД)), village Koleina, Lyadenskiy council, Chervenskiy district, Minsk oblast 223231, Belarus (Cyrillic: д. Колеина, Ляденский сельсовет, Червенский район, Минская область 223231, Belarus); Organization Established Date 23 Jun 2004; Registration Number 690296283 (Belarus) [BELARUS-EO14038].

UNITARNOE CHASTNOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE TEKHNOLIT (a.k.a. UNITARY PRIVATE SCIENCE PRODUCTION ENTERPRISE TEHNOLIT; a.k.a. "TECHNOLYTE"), 18 Alexey Pysin Street, Mogilev 212026, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Government Gazette Number 28307680 (Belarus); Registration Number 700001147 (Belarus) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY 81 ARMORED FIGHTING VEHICLES REPAIR PLANT).

UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД) (a.k.a. INDUSTRIAL UNITARY ENTERPRISE OIL BITUMEN PLANT; a.k.a. PROIZVODSTVENNOYE UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: ПРОИЗВОДСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД); a.k.a. UNITARNAYE PRADPRYEMSTVA NAFTABITUMNY ZAVOD (Cyrillic: УНІТАРНАЕ ПРАДПРЫЕМСТВА НАФТАБІТУМНЫ ЗАВОД); a.k.a. UNITARY ENTERPRISE NEFTEBITUMEN PLANT; a.k.a. UNITARY ENTERPRISE OIL BITUMEN PLANT; a.k.a. VYTVORCHAYE UNITARNAYE PRADPRYEMSTVA NAFTABITUMNY ZAVOD (Cyrillic: ВЫТВОРЧАЕ ЎНІТАРНАЕ ПРАДПРЫЕМСТВА НАФТАБІТУМНЫ ЗАВОД)), village Koleina, Lyadenskiy council, Chervenskiy district, Minsk oblast 223231, Belarus (Cyrillic: д. Колеина, Ляденский сельсовет, Червенский район, Минская область 223231, Belarus); Organization Established Date 23 Jun 2004; Registration Number 690296283 (Belarus) [BELARUS-EO14038].

UNITARY ENTERPRISE NEFTEBITUMEN PLANT (a.k.a. INDUSTRIAL UNITARY ENTERPRISE OIL BITUMEN PLANT; a.k.a.

PROIZVODSTVENNOYE UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: ПРОИЗВОДСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД); a.k.a. UNITARNAYE PRADPRYEMSTVA NAFTABITUMNY ZAVOD (Cyrillic: УНІТАРНАЕ ПРАДПРЫЕМСТВА НАФТАБІТУМНЫ ЗАВОД); a.k.a. UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД); a.k.a. UNITARY ENTERPRISE OIL BITUMEN PLANT; a.k.a. VYTVORCHAYE UNITARNAYE PRADPRYEMSTVA NAFTABITUMNY ZAVOD (Cyrillic: ВЫТВОРЧАЕ ЎНІТАРНАЕ ПРАДПРЫЕМСТВА НАФТАБІТУМНЫ ЗАВОД)), village Koleina, Lyadenskiy council, Chervenskiy district, Minsk oblast 223231, Belarus (Cyrillic: д. Колеина, Ляденский сельсовет, Червенский район, Минская область 223231, Belarus); Organization Established Date 23 Jun 2004; Registration Number 690296283 (Belarus) [BELARUS-EO14038].

UNITARY ENTERPRISE OIL BITUMEN PLANT (a.k.a. INDUSTRIAL UNITARY ENTERPRISE OIL BITUMEN PLANT; a.k.a. PROIZVODSTVENNOYE UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: ПРОИЗВОДСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД); a.k.a. UNITARNAYE PRADPRYEMSTVA NAFTABITUMNY ZAVOD (Cyrillic: УНІТАРНАЕ ПРАДПРЫЕМСТВА НАФТАБІТУМНЫ ЗАВОД); a.k.a. UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД); a.k.a. UNITARY ENTERPRISE NEFTEBITUMEN PLANT; a.k.a. VYTVORCHAYE UNITARNAYE PRADPRYEMSTVA NAFTABITUMNY ZAVOD (Cyrillic: ВЫТВОРЧАЕ ЎНІТАРНАЕ ПРАДПРЫЕМСТВА НАФТАБІТУМНЫ ЗАВОД)), village Koleina, Lyadenskiy council, Chervenskiy district, Minsk oblast 223231, Belarus (Cyrillic: д. Колеина, Ляденский сельсовет, Червенский район, Минская область 223231, Belarus); Organization Established Date 23 Jun 2004; Registration Number 690296283 (Belarus) [BELARUS-EO14038].

UNITARY PRIVATE SCIENCE PRODUCTION ENTERPRISE TEHNOLIT (a.k.a. UNITARNOE

CHASTNOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE TEKHNOLIT; a.k.a. "TECHNOLYTE"), 18 Alexey Pysin Street, Mogilev 212026, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Government Gazette Number 28307680 (Belarus); Registration Number 700001147 (Belarus) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY 81 ARMORED FIGHTING VEHICLES REPAIR PLANT).

UNITE RESOURCES CO., LIMITED (a.k.a. UNITE RESOURCES COMMERCIAL LIMITED; a.k.a. "UNITERES"), Lemmi Centre, Hoi Yuen Road, Kwun Tong, Kowloon, Hong Kong, China; Manglier Street, Victoria, Seychelles; Organization Established Date 19 Jun 2013; C.R. No. 1925133 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

UNITE RESOURCES COMMERCIAL LIMITED (a.k.a. UNITE RESOURCES CO., LIMITED; a.k.a. "UNITERES"), Lemmi Centre, Hoi Yuen Road, Kwun Tong, Kowloon, Hong Kong, China; Manglier Street, Victoria, Seychelles; Organization Established Date 19 Jun 2013; C.R. No. 1925133 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

UNITED AGRO COMMODITIES PTE. LTD. (a.k.a. SEALINK OVERSEAS PTE. LTD.; f.k.a. UNITED AGRO FERTILIZER PTE. LTD.), Paya Lebar Square, 60 Paya Lehar Road #09-43, 409051, Singapore; 22, RB Capital Building, 03, Malacca Street, Singapore; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Dec 2012; Trade License No. 201231437N (Singapore) [SDGT] (Linked To: PALIKANDY, Mehboob Thachankandy).

UNITED AGRO FERTILIZER PTE. LTD. (a.k.a. SEALINK OVERSEAS PTE. LTD.; a.k.a. UNITED AGRO COMMODITIES PTE. LTD.), Paya Lebar Square, 60 Paya Lehar Road #09-43, 409051, Singapore; 22, RB Capital Building, 03, Malacca Street, Singapore; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Dec 2012; Trade License No. 201231437N (Singapore) [SDGT] (Linked To: PALIKANDY, Mehboob Thachankandy).

UNITED AIRCRAFT CORPORATION (a.k.a. MIG; f.k.a. OJSC UAC (Cyrillic: ОАО ОАК); f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. PJSC UAC (Cyrillic: ПАО ОАК); a.k.a. PUBLIC JOINT STOCK COMPANY UNITED AIRCRAFT CORPORATION (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ОБЪЕДИНЕННАЯ АВИАСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. SUKHOI), ul. Bolshaya Pioneerskaya, d. 1, Moscow 115054, Russia (Cyrillic: ул. Большая Пионерская, д. 1, город Москва 115054, Russia); Str.1, 22, Ulanskyi Pereulok, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2006; Target Type State-Owned Enterprise; Tax ID No. 7708619320 (Russia); Registration Number 1067759884598 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

UNITED ARCTIC COMPANY LLC (Cyrillic: ОБЪЕДИНЕННАЯ АРКТИЧЕСКАЯ КОМПАНИЯ ООО) (a.k.a. ООО OBEDINENNAYA ARKTICHESKAYA KOMPANIYA), d. 3 str. 1 etazh 3 kom. 6, per. Kapranova, Moscow 123242, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703047986 (Russia); Registration Number 1217700432212 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CARBON).

UNITED BUSINESS CO (a.k.a. BUSINESS UNITED UNIPESSOAL LDA; a.k.a. "BUSINESS UNITED LLC"), Centro Empresarial Torres de Lisboa, Rua Tomas da Fonseca, Torre G-1, Lisboa 1600-209, Portugal; Rua dos Bombeiros Voluntarios, No. 27, Odivelas Freguesia, Lisboa Concelho 2675-305, Portugal; Website https://unitedbusiness.pt; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 26 Sep 2018; Organization Type: Non-specialized wholesale trade; V.A.T. Number 515091669 (Portugal); Legal Entity Number 894500IRS5HCYE71QL11 [NPWMD] [IFSR] (Linked To: PASARGAD HELICOPTER COMPANY).

UNITED CHARTERING S.A. (a.k.a. WANEY CHARTERING S.A.), Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 16 Mar 2022; Registration Number 113582 (Marshall Islands) [IRAN-EO13902] (Linked To: MARGARITIS, Antonios).

UNITED ELECTRONICS GROUP COMPANY LIMITED, 1105, 11F, Startex Industrial Building No. 14, Tai Yau Str, San Po Kong, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 2407573 (Hong Kong) [RUSSIA-EO14024].

UNITED ENGINE CORP JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO OBEDINENNAYA DVIGATELESTROITELNAYA KORPORATSIYA; a.k.a. JOINT STOCK COMPANY UNITED ENGINE CORPORATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОБЪЕДИНЕННАЯ ДВИГАТЕЛЕСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. "AO ODK" (Cyrillic: "АО ОДК")), 16, Budyonny Avenue, Moscow 105118, Russia; Per. Mayakovskogo D. 11, Moscow 109147, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 22 Nov 2007; Tax ID No. 7731644035 (Russia); Registration Number 1107746081717 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

UNITED ENGINE CORPORATION PERM ENGINES RESEARCH AND PRODUCTION COMPLEX (a.k.a. AKTSIONERNOE OBSHCHESTVO ODK PERMSKIE MOTORY; a.k.a. JSC UEC PERM ENGINES; a.k.a. JSC UEC PERM MOTORS; a.k.a. PERM ENGINE COMPANY; a.k.a. PERM MOTOR PLANT; a.k.a. PERM MOTOROSTROITEL PRODUCTION ASSOCIATION; a.k.a. "AO ODK PM"), 93 Komsomolskii Pr-kt, Perm 614990, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5904007312 (Russia); Registration Number 1025900893864 (Russia) [RUSSIA-EO14024].

UNITED ENGINE MANUFACTURING CORPORATION-UFA ENGINE BUILDING PRODUCTION ASSOCIATION PUBLIC JOINT STOCK CORPORATION (a.k.a. ODK-UMPO ENGINE BUILDING ASSOCIATION; a.k.a.

ODK-UMPO ENGINE BUILDING ENTERPRISE; a.k.a. PAO ODK-UFIMSKOE MOTOROSTROITELNOE PROIZVODSTVENNOE OBEDINENIE (Cyrillic: ПАО ОДК-УФИМСКОЕ МОТОРОСТРОИТЕЛЬНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ); a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE MOTOROSTROITELNOYE PRODUCTION ASSOCIATION; a.k.a. UFA ENGINE BUILDING MANUFACTURING COMPANY; a.k.a. UFA ENGINE-MANUFACTURING COMPANY; a.k.a. UFIMSKOYE MOTOROSTROITELNOYE PROIZVODSTVENNOYE OBYEDINENIYE; a.k.a. "ODK-UMPO"; a.k.a. "ODK-UMPO PAO"; a.k.a. "PJSC ODK-UMPO"), 2 Ferina St., UFA, Republic of Bashkortostan 450039, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0273008320 (Russia) [RUSSIA-EO14024].

UNITED GENERAL CONTRACTING COMPANY SARL (Arabic: يونايتد جنرال كونتراكتينغ), Plot 4864, Section 4, Chiyah, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Construction of buildings; Registration Number 2012415 (Lebanon) issued 03 Apr 2008 [SDGT] (Linked To: UNITED GENERAL HOLDING SAL).

UNITED GENERAL HOLDING SAL (Arabic: يونايتد جنرال هولدينغ), Bir Hasan, Section 15, Plot 4429, Chiah, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Activities of holding companies; Registration Number 1901123 (Lebanon) issued 19 Feb 2008 [SDGT] (Linked To: ABDALLAH, Ahmad Jalal Reda).

UNITED GENERAL OFFSHORE SAL (Arabic: يونايتد جنرال اوف شور), Property no. 2888, Burj al-Barajneh, Baabda, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 1802820 (Lebanon) issued 22 Sep 2008 [SDGT] (Linked To: ABDALLAH, Ahmad Jalal Reda).

UNITED GENERAL SERVICES SARL (Arabic: يونايتد جنرال سرفيسيز), Al-Ghubeirah, Lebanon; Al-Janah, Lebanon; Bir Hassan, Lebanon; Website http://www.unitedgservice.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number

2003067 (Lebanon) issued 11 Mar 2004 [SDGT] (Linked To: ABDALLAH, Ahmad Jalal Reda).

UNITED INTERNATIONAL EXHIBITION COMPANY SARL (Arabic: يونايتد للمعارض الدولية ش.م.م.), Property no. 4458, Section 7, Chiyah, Baabda, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 2031733 (Lebanon) issued 30 Oct 2012 [SDGT] (Linked To: UNITED GENERAL HOLDING SAL).

UNITED INVESTMENT GROUP SAL (Arabic: يونايتد انفستمنت غروب ش.م.ل.), Mar Elias Malek Mansour, Haret Saida, Beirut, Lebanon; Adnan El Hakim Street, Al Wazir Building, Floor 1, Jnah, Beirut, Lebanon; Verdun 730, 4th Floor, Rashid Karameh Street, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 14 Apr 1994; Registration Number 66884 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

UNITED PETROCHEMIAL CO., LIMITED (a.k.a. BLACK DROP INTL CO., LIMITED), Rm. 910, Block 1, No. 132-1 Liuhua Square, Dongfeng West Rd., Yuexiu District, Guangzhou, China; Unit C2, 12F, Block A, Universal Industrial Center, 19-25 Shan Mei Street, Fo Tan, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.R. No. 2513558 (Hong Kong); Business Registration Number 6753441400003185 (Hong Kong) [SDGT] [IFSR] (Linked To: HASHEMI, Seyed Morteza Minaye).

UNITED RESCUE TECHNOLOGIES (a.k.a. LIMITED LIABILITY COMPANY UNITED LIFESAVING TECHNOLOGIES), Per Poryadkovyi D. 21, Moscow 127055, Russia; Ul. Eniseiskaya D. 7, K. 3, Floor 2, Komnata 4, Moscow 129344, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707768262 (Russia); Registration Number 1127746038584 (Russia) [RUSSIA-EO14024].

UNITED RICHES GLOBAL LIMITED, Phnom Penh, Cambodia; Virgin Islands, British; Company Number 1984537 (Virgin Islands, British) [TCO] (Linked To: CHEN, Zhi).

UNITED SELF-DEFENSE FORCES OF COLOMBIA (a.k.a. AUC; a.k.a. AUTODEFENSAS UNIDAS DE COLOMBIA);

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [SDGT].

UNITED SHIPBUILDING CORPORATION (Cyrillic: ОБЪЕДИНЕННАЯ СУДОСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ) (a.k.a. JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION; a.k.a. JSC UNITED SHIPBUILDING CORPORATION; a.k.a. "JSC USC"; a.k.a. "OCK"; a.k.a. "OSK AO"), Ul. Marat, 90, St. Petersburg 191119, Russia; 11 Bolshaya Tatarskaya Str. Bld. B, Moscow 115184, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7838395215 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

UNITED SHIPBUILDING CORPORATION JSC AYSBERG CENTRAL DESIGN BUILDING (a.k.a. CENTRAL DESIGN BUREAU USC-ICEBERG JSC; a.k.a. ICEBERG CENTRAL DESIGN BUREAU; a.k.a. JSC TSKB AYSBERG (Cyrillic: АО ЦКБ АЙСБЕРГ); a.k.a. USC-ICEBERG CENTRAL DESIGN BUREAU), 36 Bolshoi Ave. V. I., St. Petersburg 199034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801005606 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

UNITED SONS (Arabic: الأبناء المتحدون), Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 3312742 (Lebanon) issued 27 Jan 2024 [SDGT] (Linked To: HAMADI, Houssam Hasan).

UNITED TANKERS LTD, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 03 Jul 2023; Identification Number IMO 6424310; Company Number 120747 (Marshall Islands) [IRAN-EO13902].

UNITED WA STATE ARMY (a.k.a. UNITED WA STATE PARTY; a.k.a. UWSA; a.k.a. UWSP) [SDNTK].

UNITED WA STATE PARTY (a.k.a. UNITED WA STATE ARMY; a.k.a. UWSA; a.k.a. UWSP) [SDNTK].

UNITED WORLD INTERNATIONAL, Russia; Website www.unitedworldint.com; alt. Website

www.uwidata.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

UNITY MOVEMENT FOR JIHAD IN WEST AFRICA (a.k.a. JAMAT TAWHID WAL JIHAD FI GARBI AFRIQQIYA; a.k.a. MOVEMENT FOR ONENESS AND JIHAD IN WEST AFRICA; a.k.a. MOVEMENT FOR UNITY AND JIHAD IN WEST AFRICA; a.k.a. TAWHID WAL JIHAD IN WEST AFRICA; a.k.a. "MUJAO"; a.k.a. "MUJWA"; a.k.a. "TWJWA"), Gao, Mali; Bourem, Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

UNIVERSAL GOLD HONG KONG LIMITED, New Territories, Tsing Yi, Hong Kong, China; Flat E, 11/F, Block 3, Mount Haven, 3 Liu To Road, Tsing Yi, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Jun 2022; Company Number 3166971 (Hong Kong); Business Registration Number 74187278 (Hong Kong) [RUSSIA-EO14024].

UNIVERSAL SHIPPING & TRANS (a.k.a. UNIVERSAL SHIPPING AND TRANS; a.k.a. UNIVERSAL SHIPPING AND TRANSPORTATION LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

UNIVERSAL SHIPPING AND TRANS (a.k.a. UNIVERSAL SHIPPING & TRANS; a.k.a. UNIVERSAL SHIPPING AND TRANSPORTATION LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

UNIVERSAL SHIPPING AND TRANSPORTATION LIMITED (a.k.a. UNIVERSAL SHIPPING & TRANS; a.k.a. UNIVERSAL SHIPPING AND TRANS), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

UNIVERSAL-AVIA, CRIMEA STATE AVIATION ENTERPRISE (a.k.a. CRIMEAN STATE

AVIATION ENTERPRISE UNIVERSAL-AVIA; a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL; a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL-AVIA; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE UNIVERSAL-AVIA; a.k.a. STATE ENTERPRISE UNIVERSAL-AVIA; a.k.a. UNIVERSAL-AVIA, GUP RK), 5, Aeroflotskaya Street, Simferopol, Crimea 95024, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1159102026742; Tax ID No. 9102159300; Government Gazette Number 00830954 [UKRAINE-EO13685].

UNIVERSAL-AVIA, GUP RK (a.k.a. CRIMEAN STATE AVIATION ENTERPRISE UNIVERSAL-AVIA; a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL; a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL-AVIA; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE UNIVERSAL-AVIA; a.k.a. STATE ENTERPRISE UNIVERSAL-AVIA; a.k.a. UNIVERSAL-AVIA, CRIMEA STATE AVIATION ENTERPRISE), 5, Aeroflotskaya Street, Simferopol, Crimea 95024, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1159102026742; Tax ID No. 9102159300; Government Gazette Number 00830954 [UKRAINE-EO13685].

UNIVERSALNY MORSKOI PORT INDIGA LIMITED LIABILITY COMPANY (Cyrillic: УНИВЕРСАЛЬНЫЙ МОРСКОЙ ПОРТ ИНДИГА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU UNIVERSALNY MORSKOI PORT INDIGA; a.k.a. UNIVERSALNYI MORSKOI PORT INDIGA OOO), d. 11, etazh 2, kab. 8, ul. Portovaya, Nenetski a.o., Naryan-Mar 166000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Aug 2019; Organization Type: Sea and coastal freight water transport; Tax ID No. 2983013198 (Russia); Registration Number 1192901007430 (Russia) [RUSSIA-EO14024] (Linked To: AKVAMARIN LIMITED LIABILITY COMPANY).

UNIVERSALNYI MORSKOI PORT INDIGA OOO (a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU UNIVERSALNY MORSKOI PORT INDIGA; a.k.a. UNIVERSALNY MORSKOI PORT INDIGA LIMITED LIABILITY COMPANY (Cyrillic: УНИВЕРСАЛЬНЫЙ МОРСКОЙ ПОРТ ИНДИГА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)), d. 11, etazh 2, kab. 8, ul. Portovaya, Nenetski a.o., Naryan-Mar 166000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Aug 2019; Organization Type: Sea and coastal freight water transport; Tax ID No. 2983013198 (Russia); Registration Number 1192901007430 (Russia) [RUSSIA-EO14024] (Linked To: AKVAMARIN LIMITED LIABILITY COMPANY).

UNIVERSE SHIPPING LIMITED, East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

UNIVERSITY OF AUTOMATION (a.k.a. COMMAND AUTOMATION COLLEGE OF THE CHOSUN PEOPLE'S ARMY; a.k.a. KIM IL MILITARY UNIVERSITY; a.k.a. KIM IL POLITICAL MILITARY UNIVERSITY; a.k.a. KIM IL SUNG MILITARY UNIVERSITY; a.k.a. KIM IL-SUNG UNIVERSITY AUTOMATION UNIVERSITY; a.k.a. MILITARY CAMP 144 OF THE KOREAN PEOPLE'S ARMY; a.k.a. MIRIM COLLEGE; a.k.a. MIRIM UNIVERSITY; a.k.a. NO. 144 MILITARY CAMP OF THE CHOSUN PEOPLE'S ARMY; a.k.a. PYONGYANG UNIVERSITY OF AUTOMATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 1981; Target Type Government Entity [DPRK2].

UNIVERSITY OF IMAM HOSEYN (a.k.a. EMAM HOSEYN COMPREHENSIVE UNIVERSITY; a.k.a. IHU; a.k.a. IMAAM HOSSEIN UNIVERSITY; a.k.a. IMAM HOSEYN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY COMPLEX; a.k.a. IMAM HUSSEIN UNIVERSITY), Near Fourth Square, Tehran Pars, Shahid Babaie Highway, near Hakimiyeh and Mini-city, Tehran, Iran; Kilometer 11, Shahid Babaei Highway, Tehran, Iran; Website www.ihu.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IRGC] [IFSR].

UNIVEST LIMITED, Rm A 12F ZJ300, 300 Lockhart Road, Wan Chai, Hong Kong, China; Website http://univestltd.com; Organization Established Date 05 Jul 2021; C.R. No. 3063840 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

UNIVISA S.A., Calle 9 No. 4-50 Of. 301, Cali, Colombia; NIT # 805011494-2 (Colombia) [SDNT].

UNLIMITED DANCE DISCOTECA SRL (a.k.a. "AQUA CLUB"), Av. Ortega y Gasset No. 95, Cristo Rey, Santo Domingo, Dominican Republic; Av. Ortega y Gasset 91 Esq. Felix Evaristo Mejia, Santo Domingo, Dominican Republic; Tax ID No. 131-28035-8 (Dominican Republic) [SDNTK].

UNSI, Parsa (a.k.a. AHMADI, Mansour (Arabic: منصور احمدی); a.k.a. AHMADI, Mansur; a.k.a. AKBARI, Masoud), Iran; DOB 07 Jul 1988; POB Shamiran, Tehran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0453740243 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

UNSONG INTERNET TECHNOLOGY CORPORATION (a.k.a. CHINA SILVER STAR INTERNET TECHNOLOGY COMPANY; a.k.a. SILVER STAR CHINA; a.k.a. SILVER STAR INTERNET TECHNOLOGY CORPORATION; a.k.a. YANBIAN SILVER STAR; a.k.a. YANBIAN SILVERSTAR; a.k.a. YANBIAN SILVERSTAR NETWORK TECHNOLOGY CO., LTD. (Chinese Simplified: 延边银星网络科技有限公司; Korean: 은성인터네트기술회사); a.k.a. YANJI SILVER STAR NETWORK TECHNOLOGY CO. LTD.), 20998B-26 Changbaishan East Road, Yanji, Jilin, China; No. 213-214, Building 2, Science and Technology Industrial Park, Yanji Development Zone, China; Chang Bai Shan Dong Lu, 20998B-26Hao, Yanji, Jilin 133000, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Unified Social Credit Code

(USCC) 91222401MA0Y31E659 (China) [DPRK3] [DPRK4].

UOMZ MEIZHOU CO., LTD (a.k.a. SHVABE OPTO-ELECTRONICS CO., LTD; a.k.a. SHVABE OPTO-ELECTRONICS MEIZHOU CO., LTD (Chinese Simplified: 诗瓦贝光电梅州有限公司); a.k.a. SHVABE OPTO-ELECTRONICS SHENZHEN CO., LTD (Chinese Simplified: 诗瓦贝光电深圳有限公司)), 16A1619, No. 4044 Pingshan Boulevard, Heping Community, Pingshan Street, Pingshan District, Shenzhen, Guangdong Province, China (Chinese Simplified: 坪山大道4044号16A1619, 坪山街道和平社区, 坪山区, 深圳市, 广东省, China); Website https://shvabe-oe.com/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Mar 2009; Unified Social Credit Code (USCC) 91441400686355518J (China) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY PRODUCTION ASSOCIATION URAL OPTICAL AND MECHANICAL PLANT NAMED AFTER E.S. YALAMOV).

UP MINATOR-SERVIS (Cyrillic: УП МІНАТОР-СЭРВІС) (a.k.a. INDUSTRIAL-COMMERCIAL PRIVATE UNITARY ENTERPRISE MINOTOR-SERVICE; a.k.a. MINOTOR-SERVICE ENTERPRISE; a.k.a. PROIZVODSTVENNO-TORGOVOYE CHASTNOYE UNITARNOYE PREDPRIYATIYE MINOTOR-SERVIS (Cyrillic: ПРОИЗВОДСТВЕННО-ТОРГОВОЕ ЧАСТНОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ МИНОТОР-СЕРВИС); a.k.a. UE MINOTOR-SERVICE; a.k.a. UP MINOTOR-SERVIS (Cyrillic: УП МИНОТОР-СЕРВИС); a.k.a. VYTVORCHA-HANDLEVAYE PRYVATNAYE UNITARNAYE PRADPRYEMSTVA MINATOR-SERVIS (Cyrillic: ВЫТВОРЧА-ГАНДЛЕВАЕ ПРЫВАТНАЕ УНІТАРНАЕ ПРАДПРЫЕМСТВА МІНАТОР-СЭРВІС)), ul. Karvata, d. 84, kom. 1, Minsk 220139, Belarus (Cyrillic: ул. Карвата, д. 84, ком. 1, г. Минск 220139, Belarus); Radialnaya str., 40, Minsk 220070, Belarus; Organization Established Date 1991; Registration Number 100665069 (Belarus) [BELARUS-EO14038].

UP MINOTOR-SERVIS (Cyrillic: УП МИНОТОР-СЕРВИС) (a.k.a. INDUSTRIAL-COMMERCIAL PRIVATE UNITARY ENTERPRISE MINOTOR-SERVICE; a.k.a. MINOTOR-SERVICE ENTERPRISE; a.k.a. PROIZVODSTVENNO-TORGOVOYE CHASTNOYE UNITARNOYE PREDPRIYATIYE MINOTOR-SERVIS (Cyrillic: ПРОИЗВОДСТВЕННО-ТОРГОВОЕ

ЧАСТНОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ МИНОТОР-СЕРВИС); a.k.a. UE MINOTOR-SERVICE; a.k.a. UP MINATOR-SERVIS (Cyrillic: УП МІНАТОР-СЭРВІС); a.k.a. VYTVORCHA-HANDLEVAYE PRYVATNAYE UNITARNAYE PRADPRYEMSTVA MINATOR-SERVIS (Cyrillic: ВЫТВОРЧА-ГАНДЛЕВАЕ ПРЫВАТНАЕ УНІТАРНАЕ ПРАДПРЫЕМСТВА МІНАТОР-СЭРВІС)), ul. Karvata, d. 84, kom. 1, Minsk 220139, Belarus (Cyrillic: ул. Карвата, д. 84, ком. 1, г. Минск 220139, Belarus); Radialnaya str., 40, Minsk 220070, Belarus; Organization Established Date 1991; Registration Number 100665069 (Belarus) [BELARUS-EO14038].

UP NTTS LEMT BELOMO (Cyrillic: УП НТЦ ЛЭМТ БЕЛОМА) (a.k.a. NAUCHNO PROIZVODSTVENNOYE CHASTNOYE UNITARNOE PREDPRIYATIE NAUCHNO TEKHNICHESKI TSENTR LEMT BELOMO; a.k.a. SCIENTIFIC PRODUCTION UNITARY ENTERPRISE STC LEMT; a.k.a. SCIENTIFIC TECHNICAL CENTER LEMT BELOMO (Cyrillic: НАУЧНО ТЕХНИЧЕСКИЙ ЦЕНТР ЛЭМТ БЕЛОМО)), D. 23, korp. 1, Nezhiloe pomeshchenie, ul. Makaenka, Minsk 220114, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100230590 (Belarus) [BELARUS-EO14038].

UPEL (a.k.a. OOO YUPEL), prospekt Moskovski, d. 189/4, pom. 1/12, Voronezh 394066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3662175985 (Russia); Registration Number 1123668023566 (Russia) [RUSSIA-EO14024].

UPRAVLYAYUSHCHAYA KOMPANIYA FORT DIALOG (a.k.a. LIMITED LIABILITY COMPANY MANAGEMENT COMPANY FORT DIALOG), Pr-Kt Moskovski D. 140, Office 215, Naberezhnyye Chelny 423812, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1650164664 (Russia); Registration Number 1071650026139 (Russia) [RUSSIA-EO14024].

UPRAVLYAYUSHCHAYA KOMPANIYA INFRASTRUKTURNYKH PROEKTOV (a.k.a. LIMITED LIABILITY COMPANY INFRASTRUCTURE PROJECTS MANAGEMENT COMPANY; a.k.a. MANAGEMENT COMPANY FOR INFRASTRUCTURE PROJECTS; a.k.a. "LLC UKIP"; a.k.a. "UKIP"; a.k.a. "UKIP, OOO"), Sevastopolskaya Street, House 41/2, Simferopol, Crimea 295024, Ukraine; Email Address fnatali@mail.ru; Secondary sanctions

risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102045582 (Russia); Government Gazette Number 00742767 (Russia); Registration Number 1149102091654 (Russia) [UKRAINE-EO13685].

UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BTSK GP (a.k.a. BELARUSIAN CEMENT COMPANY HOLDING; a.k.a. REPUBLICAN PRODUCTION AND TRADE UNITARY ENTERPRISE MANAGEMENT COMPANY OF THE HOLDING BELARUSIAN CEMENT COMPANY (Cyrillic: РЕСПУБЛИКАНСКОЕ ПРОИЗВОДСТВЕННО ТОРГОВОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ УПРАВЛЯЮЩАЯКОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ ЦЕМЕНТНАЯ КОМПАНИЯ); a.k.a. RESPUBLIKANSKOE PROIZVODSTVENNO TORGOVOE UNITARNOE PREDPRIYATIE UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELORUSSKAYA TSEMENTNAYA KOMPANIYA; a.k.a. RPTUP MANAGEMENT COMPANY OF HOLDING BELARUSIAN CEMENT COMPANY (Cyrillic: РПТУП УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ ЦЕМЕНТНАЯ КОМПАНИЯ); a.k.a. STATE ENTERPRISE HOLDING MANAGEMENT COMPANY BELARUSSIAN CEMENT COMPANY), Mulyavina Boulevard 6, Minsk 220005, Belarus; D. 28, Nezhiloe pomeshchenie, ul. Kuzmy Minina, Minsk 220014, Belarus; Target Type State-Owned Enterprise; Tax ID No. 192039638 (Belarus) [BELARUS-EO14038].

UPRAVLYAYUSHCHAYA KOMPANIYA UST-KACHKA ZAKRYTOE AKTSIONERNOE OBSHCHESTVO (a.k.a. KURORT TSARGRAD SPAS-TESHILOVO OOO), D. Spas-Teshilovo, Serpukhov 142260, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Apr 2005; Organization Type: Other human health activities; Tax ID No. 5043066510 (Russia); Registration Number 1195074004377 (Russia) [RUSSIA-EO14024] (Linked To: IMENIE TSARGRAD OOO).

UPRAVLYAYUSHCHAYA KOMPANIYA UZTM KARTEKS (a.k.a. UK UZTM KARTEX LLC), Nab. Ovchinnikovskaya D. 20, Str. 1, Floor 8, Komnata 50, Moscow 115035, Russia; Proezd 1-I Krasnogvardeiskii D. 15, Floor 34, Pomeshch. 28, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

77272298791 (Russia); Registration Number 1167746813453 (Russia) [RUSSIA-EO14024].

UPRAVLYAYUSHTAYA KOMPANIYA METALLOINVEST OOO (Cyrillic: УПРАВЛЯЮЩАЯ КОМПАНИЯ МЕТАЛЛОИНВЕСТ ООО) (a.k.a. MANAGEMENT COMPANY METALLOINVEST LLC), Ulitsa Tsiolkovskogo 14/16, Korolev, Moscow Oblast 141070, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 May 2006; Organization Type: Activities of holding companies; Tax ID No. 5018108484 (Russia); Registration Number 1065018030120 (Russia) [RUSSIA-EO14024] (Linked To: HOLDINGOVAYA KOMPANIYA METALLOINVEST AO).

UR RASHIDI, Yaqoob Mansoor (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

URAL BANK FOR RECONSTRUCTION AND DEVELOPMENT (a.k.a. PJSC KB UBRIR; a.k.a. PJSC UBRD; a.k.a. PUBLIC JOINT STOCK COMPANY URAL BANK FOR RECONSTRUCTION AND DEVELOPMENT; a.k.a. UBRIR PAO), d. 67, ul. Sakko i Vantsetti, Yekaterinburg, Sverdlovsk Oblast 620014, Russia; SWIFT/BIC UBRDRU4E; Website www.ubrr.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Sep 1990 to 30 Sep 1990; Tax ID No. 6608008004 (Russia); Registration Number 1026600000350 (Russia) [RUSSIA-EO14024].

URAL HELICOPTER COMPANY (a.k.a. LIMITED LIABILITY COMPANY URALHELICOM; a.k.a. URALSKAYA VERTOLETNAYA KOMPANIYA), Ul. Botanicheskaya D.30, Yekaterinburg 620137, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6625029332 (Russia); Registration Number 1036601478980 (Russia) [RUSSIA-EO14024].

URAL METAL PROCESSING COMPANY LTD (a.k.a. URALSKAYA METALLOOBRABATYVAYUSHCHAYA KOMPANIYA; a.k.a. "UMZ"), Ul. Kommunalnaya D. 10, Str. 1, Magnitogorsk 455007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7444048751 (Russia); Registration Number 1067444026187 (Russia) [RUSSIA-EO14024].

URAL OPTICAL AND MECHANICAL PLANT (a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION URAL OPTICAL AND MECHANICAL PLANT NAMED AFTER E.S. YALAMOV; a.k.a. JSC PA UOMP; a.k.a. URALS OPTICAL MECHANICAL PLANT; a.k.a. "UOMZ"), 33B Vostochnaya St., Ekaterinburg 620100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 May 2010; Tax ID No. 6672315362 (Russia); Registration Number 1106672007738 (Russia) [RUSSIA-EO14024].

URALDOMNOREMONT EKATERINBURG, Ul. Kolmogorova D. 3, Yekaterinburg 620034, Russia; Ul. Kultury D.8, Kom. 36, Yekaterinburg 620143, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6658206185 (Russia); Registration Number 1056602684830 (Russia) [RUSSIA-EO14024].

URALELEKTROMED AO (a.k.a. AKTSIONERNOE OBSHCHESTVO URALELEKTROMED; a.k.a. JOINT STOCK COMPANY URALELEKTROMED; f.k.a. OPEN JOINT STOCK COMPANY URALELECTROMED; a.k.a. URALELEKTROMED JSC; a.k.a. URALELEKTROMED PUBLIC JOINT STOCK COMPANY), 1, Lenin Street, Lugovskoy 624091, Russia; 1, prospekt Uspenski Verkhnyaya Pyshma, Sverdlovsk region 624091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Dec 1992; Tax ID No. 6606003385 (Russia); Government Gazette Number 00194429 (Russia); Registration Number 1026600726657 (Russia) [RUSSIA-EO14024].

URALELEKTROMED JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO URALELEKTROMED; a.k.a. JOINT STOCK COMPANY URALELEKTROMED; f.k.a. OPEN JOINT STOCK COMPANY URALELECTROMED; a.k.a. URALELEKTROMED AO; a.k.a. URALELEKTROMED PUBLIC JOINT STOCK COMPANY), 1, Lenin Street, Lugovskoy 624091, Russia; 1, prospekt Uspenski Verkhnyaya Pyshma, Sverdlovsk region 624091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Dec 1992; Tax ID No. 6606003385 (Russia); Government Gazette Number 00194429 (Russia); Registration Number 1026600726657 (Russia) [RUSSIA-EO14024].

URALELEKTROMED PUBLIC JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO URALELEKTROMED; a.k.a. JOINT STOCK COMPANY URALELEKTROMED; f.k.a. OPEN JOINT STOCK COMPANY URALELECTROMED; a.k.a. URALELEKTROMED AO; a.k.a. URALELEKTROMED JSC), 1, Lenin Street, Lugovskoy 624091, Russia; 1, prospekt Uspenski Verkhnyaya Pyshma, Sverdlovsk region 624091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Dec 1992; Tax ID No. 6606003385 (Russia); Government Gazette Number 00194429 (Russia); Registration Number 1026600726657 (Russia) [RUSSIA-EO14024].

URALMASH NGO KHOLDING OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU URALMASH NEFTEGAZOVOE OBORUDOVANIE KHOLDING; a.k.a. URALMASH OIL AND GAS EQUIPMENT HOLDING; a.k.a. URALMASH OIL AND GAS EQUIPMENT HOLDING LIMITED LIABILITY COMPANY), Pr. 60-Letiya Oktyabrya Dom 21, Korp. 4, Moscow 117036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jun 2010; Tax ID No.

7707727918 (Russia); Government Gazette Number 66471557 (Russia); Registration Number 1107746487848 (Russia) [RUSSIA-EO14024].

URALMASH OIL AND GAS EQUIPMENT HOLDING (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU URALMASH NEFTEGAZOVOE OBORUDOVANIE KHOLDING; a.k.a. URALMASH NGO KHOLDING OOO; a.k.a. URALMASH OIL AND GAS EQUIPMENT HOLDING LIMITED LIABILITY COMPANY), Pr. 60-Letiya Oktyabrya Dom 21, Korp. 4, Moscow 117036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jun 2010; Tax ID No. 7707727918 (Russia); Government Gazette Number 66471557 (Russia); Registration Number 1107746487848 (Russia) [RUSSIA-EO14024].

URALMASH OIL AND GAS EQUIPMENT HOLDING LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU URALMASH NEFTEGAZOVOE OBORUDOVANIE KHOLDING; a.k.a. URALMASH NGO KHOLDING OOO; a.k.a. URALMASH OIL AND GAS EQUIPMENT HOLDING), Pr. 60-Letiya Oktyabrya Dom 21, Korp. 4, Moscow 117036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jun 2010; Tax ID No. 7707727918 (Russia); Government Gazette Number 66471557 (Russia); Registration Number 1107746487848 (Russia) [RUSSIA-EO14024].

URALOIL, Ul. Sibirskaya D. 4, Perm 614000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5902040755 (Russia); Registration Number 1166313158439 (Russia) [RUSSIA-EO14024].

URALO-SIBIRSKIY BANK OAO (a.k.a. BANK URALSIB OAO; a.k.a. BANK URALSIB OJSC; a.k.a. BANK URALSIB PAO; a.k.a. BASHCREDITBANK; a.k.a. PUBLIC JOINT STOCK COMPANY BANK URALSIB; a.k.a. URAL-SIBIRSKIY BANK), 8 Efremova Street, Moscow 119048, Russia; SWIFT/BIC AVTBRUMM; Website https://www.uralsib.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 27 Jan 1993; Target Type Financial Institution; Tax ID

No. 0274062111 (Russia); Legal Entity Number 253400HYBTF10T9XBR98; Registration Number 1020280000190 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

URALS OPTICAL MECHANICAL PLANT (a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION URAL OPTICAL AND MECHANICAL PLANT NAMED AFTER E.S. YALAMOV; a.k.a. JSC PA UOMP; a.k.a. URAL OPTICAL AND MECHANICAL PLANT; a.k.a. "UOMZ"), 33B Vostochnaya St., Ekaterinburg 620100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 May 2010; Tax ID No. 6672315362 (Russia); Registration Number 1106672007738 (Russia) [RUSSIA-EO14024].

URALS PLANT OF TRANSPORTATION MACHINERY JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УРАЛЬСКИЙ ЗАВОД ТРАНСПОРТНОГО МАШИНОСТРОЕНИЯ) (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKIY ZAVOD TRANSPORTNOGO MASHINOSTROENIYA; a.k.a. JSC URALTRANSMASH (Cyrillic: АО УРАЛТРАНСМАШ); a.k.a. THE URALS PLANT OF TRANSPORT ENGINEERING), 29 Frontovykh Brigad St., Ekaterinburg, Sverdlovsk Region 620017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 May 2009; Tax ID No. 6659190900 (Russia); Business Registration Number 1096659005200 (Russia) [RUSSIA-EO14024].

URAL-SIBERIAN BANK (a.k.a. BANK URALSIB OAO; a.k.a. BANK URALSIB OJSC; a.k.a. BANK URALSIB PAO; a.k.a. BASHCREDITBANK; a.k.a. PUBLIC JOINT STOCK COMPANY BANK URALSIB; a.k.a. URALO-SIBIRSKIY BANK OAO), 8 Efremova Street, Moscow 119048, Russia; SWIFT/BIC AVTBRUMM; Website https://www.uralsib.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 27 Jan 1993; Target Type Financial Institution; Tax ID No. 0274062111 (Russia); Legal Entity Number 253400HYBTF10T9XBR98; Registration Number 1020280000190 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

URALSKAYA METALLOOBRABATYVAYUSHCHAYA

KOMPANIYA (a.k.a. URAL METAL PROCESSING COMPANY LTD; a.k.a. "UMZ"), Ul. Kommunalnaya D. 10, Str. 1, Magnitogorsk 455007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7444048751 (Russia); Registration Number 1067444026187 (Russia) [RUSSIA-EO14024].

URALSKAYA VERTOLETNAYA KOMPANIYA (a.k.a. LIMITED LIABILITY COMPANY URALHELICOM; a.k.a. URAL HELICOPTER COMPANY), Ul. Botanicheskaya D.30, Yekaterinburg 620137, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6625029332 (Russia); Registration Number 1036601478980 (Russia) [RUSSIA-EO14024].

URALSKI NII KOMPOZITSIONNYKH MATERIALOV PAO (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKI NAUCHNO-ISSLEDOVATELSKI INSTITUT KOMPOZITSIONNYKH MATERIALOV; a.k.a. JOINT STOCK COMPANY THE URALS SCIENTIFIC RESEARCH INSTITUTE OF COMPOSITE MATERIALS; a.k.a. UNIIKM AO), Ul. Novozvyaginskaya D. 57, Perm 614014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5906092190 (Russia); Government Gazette Number 07523132 (Russia); Registration Number 1095906003490 (Russia) [RUSSIA-EO14024].

URALVAGONZAVOD CORPORATION (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNAIA KORPORATSIIA URALVAGONZAVOD IMENI F E DZERZHINSKOGO; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION CORPORATION URALVAGONZAVOD NAMED AFTER F E DZERZHINSKY; a.k.a. NAUCHNO-PROIZVODSTVENNAYA KORPORATSIYA URALVAGONZAVOD OAO; a.k.a. NPK URALVAGONZAVOD OAO; a.k.a. OJSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD OAO; a.k.a. "UVZ"), 40 Bolshaya Yakimanka Street, Moscow 119049, Russia; 28 Vostochnoye Shosse, Nizhni Tagil, Sverdlovsk Region 66207, Russia; Pr-kt Lenina, d. 204, Rubtsovsk 658225, Russia; Pr-kt Lenina, d. 3, Chelyabinsk 454007, Russia; Ul. Pervomaiskaya d. 14,

Volchansk 624941, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Mar 2008; Target Type State-Owned Enterprise; Tax ID No. 6623029538 (Russia); Registration Number 1086623002190 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

URANGA ARTOLA, Kemen; DOB 25 May 1969; POB Ondarroa, Vizcaya Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 30.627.290 (Spain); Member ETA (individual) [SDGT].

URANGEO AO (Cyrillic: УРАНГЕО АО) (a.k.a. FEDERAL STATE UNITARY GEOLOGY ENTERPRISE URANGEOLOGORAZVEDKA; a.k.a. URANGEOLOGORAZVEDKA AO), Ulitsa Gogolya, Dom 53, Irkutsk 664039, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3812016610 (Russia); Registration Number 1173850005251 (Russia) [RUSSIA-EO14024].

URANGEOLOGORAZVEDKA AO (a.k.a. FEDERAL STATE UNITARY GEOLOGY ENTERPRISE URANGEOLOGORAZVEDKA; a.k.a. URANGEO AO (Cyrillic: УРАНГЕО АО)), Ulitsa Gogolya, Dom 53, Irkutsk 664039, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3812016610 (Russia); Registration Number 1173850005251 (Russia) [RUSSIA-EO14024].

URANIS-RADIOSISTEMY OAO (a.k.a. OAO 'URANIS-RADIOSISTEMY'; a.k.a. OJSC 'URANIS RADIO SYSTEMS'; a.k.a. OJSC URANIS-RADIOSISTEMY), 33 G, Vakulenchuk Street, Sevastopol, Crimea 99053, Ukraine; Website www.uranis.net; Email Address uranis@uranis.net; alt. Email Address info@uranis.net; alt. Email Address vlad_k@uranis.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149204003233; Tax ID No. 9201001120 [UKRAINE-EO13685].

URANIUM PROCESSING AND NUCLEAR FUEL COMPANY (a.k.a. FATSA COMPANY; a.k.a. URANIUM PROCESSING AND NUCLEAR FUEL COMPANY OF IRAN; a.k.a. URANIUM PROCESSING AND NUCLEAR FUEL PRODUCTION COMPANY; a.k.a. "FATSA"), Iran; Additional Sanctions Information - Subject

to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

URANIUM PROCESSING AND NUCLEAR FUEL COMPANY OF IRAN (a.k.a. FATSA COMPANY; a.k.a. URANIUM PROCESSING AND NUCLEAR FUEL COMPANY; a.k.a. URANIUM PROCESSING AND NUCLEAR FUEL PRODUCTION COMPANY; a.k.a. "FATSA"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

URANIUM PROCESSING AND NUCLEAR FUEL PRODUCTION COMPANY (a.k.a. FATSA COMPANY; a.k.a. URANIUM PROCESSING AND NUCLEAR FUEL COMPANY; a.k.a. URANIUM PROCESSING AND NUCLEAR FUEL COMPANY OF IRAN; a.k.a. "FATSA"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

URANTIA SERVICES S.A., Avenida Jose Pardo 601, Lima, Peru; RUC # 20505575882 (Peru) [SDNTK].

URBANIZACION, INMOBILIARIA Y CONSTRUCCION DE OBRAS, S.A. DE C.V., Culiacan, Sinaloa, Mexico; Blvd. Pedro Maria Anaya 2498 NTE, Col. Villa Universidad, Culiacan, Sinaloa, Mexico; Organization Established Date 03 Jun 2010; Organization Type: Real estate activities on a fee or contract basis; R.F.C. UIC100603PR2 (Mexico); Folio Mercantil No. 79755 (Mexico) [ILLICIT-DRUGS-EO14059].

URBANIZADORA NUEVA ITALIA, S.A. DE C.V., Calle Morelos No. 2223, Colonia Arcos Vallarta, Guadalajara, Jalisco C.P. 44130, Mexico; R.F.C. UNI-031118-2I6 (Mexico) [SDNTK].

URBINA, Justo Pastor, Nicaragua; DOB 29 Jan 1956; POB Nicaragua; nationality Nicaragua; Gender Male; Passport A0006405 (Nicaragua) (individual) [NICARAGUA] [NICARAGUA-NHRAA].

URDANETA GONZALEZ, Jose Jesus, Venezuela; DOB 16 Jan 1971; nationality Venezuela; Gender Male; Tax ID No. V9658315 (Venezuela) (individual) [IRAN-CON-ARMS-EO] (Linked To: EMPRESA AERONAUTICA NACIONAL SA).

URENA MARTINEZ, Jhonan Alexander (Latin: UREÑA MARTINEZ, Jhonan Alexander), Dominican Republic; DOB 14 May 1987; POB Santo Domingo, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 001-1871175-3 (Dominican

Republic) (individual) [SDNTK] (Linked To: CESAR PERALTA DRUG TRAFFICKING ORGANIZATION; Linked To: BARBARO RECORDS SRL).

URIAS DE NUNEZ, Sheila Paola (a.k.a. URIAS VAZQUEZ, Sheila Paola), Mazatlan, Sinaloa, Mexico; DOB 14 Mar 1994; POB Mazatlan, Sinaloa, Mexico; nationality Mexico; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G34401694 (Mexico); C.U.R.P. UIVS940314MSLRZH02 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: NUNEZ RIOS, Jose Raul).

URIAS VAZQUEZ, Sheila Paola (a.k.a. URIAS DE NUNEZ, Sheila Paola), Mazatlan, Sinaloa, Mexico; DOB 14 Mar 1994; POB Mazatlan, Sinaloa, Mexico; nationality Mexico; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G34401694 (Mexico); C.U.R.P. UIVS940314MSLRZH02 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: NUNEZ RIOS, Jose Raul).

URIBE URIBE, Miguel Angel, Calle Nevado de Toluca 845, Tijuana, Baja California, Mexico; c/o INMOBILIARIA LA PROVINCIA S.A. DE C.V., Tijuana, Baja California, Mexico; c/o INMOBILIARIA ESTADO 29 S.A. DE C.V., Tijuana, Baja California, Mexico; DOB 02 Aug 1957; POB Tijuana, Baja California, Mexico; C.U.R.P. UIUM570802HBCRRG08 (Mexico) (individual) [SDNTK].

URMIA CENTRAL PRISON (a.k.a. ORUMIYEH PRISON; a.k.a. URMIA PRISON), Orumiyeh City, West Azerbaijan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

URMIA PETROCHEMICAL COMPANY (a.k.a. "UPC"), Iran; Website www.urpcc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

URMIA PRISON (a.k.a. ORUMIYEH PRISON; a.k.a. URMIA CENTRAL PRISON), Orumiyeh City, West Azerbaijan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

UR-RAHMAN TRUST (a.k.a. AL REHMAT TRUST; a.k.a. AL-RAHMAT TRUST; a.k.a. AL-REHMAN TRUST; a.k.a. AR-RAHMAN TRUST; a.k.a. UR-RAMAT TRUST), 537/1-Z Defense

Housing Area (DHA), Lahore, Pakistan; Office 22, Third Floor, al Fatah Plaza, Commerical Market, Rawalpindi, Pakistan; Room No. 22, 3rd Floor, al-Fateh Plaza, Commerical Market Road, Chandi Chowk, Rawalpindi, Pakistan; Karachi, Pakistan; Nelam Road, Bandi Chehza, Muzaffarabad, Pakistan; Balakot, Besyan Chouk, Pakistan; Rajana Road, Srah-Salah, Haripur, Pakistan; Rehana Road, Sirai Salih, Post Box #22, G.P.O. Haripur, Northwest Frontier Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

UR-RAHMAN, Anayat (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

UR-RAHMAN, Anyat (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

UR-RAHMAN, Enayat (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

UR-RAHMAN, Jamil Inayat (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

UR-RAMAT TRUST (a.k.a. AL REHMAT TRUST; a.k.a. AL-RAHMAT TRUST; a.k.a. AL-REHMAN TRUST; a.k.a. AR-RAHMAN TRUST; a.k.a. UR-RAHMAN TRUST), 537/1-Z Defense Housing Area (DHA), Lahore, Pakistan; Office 22, Third Floor, al Fatah Plaza, Commerical Market, Rawalpindi, Pakistan; Room No. 22, 3rd Floor, al-Fateh Plaza, Commerical Market Road, Chandi Chowk, Rawalpindi, Pakistan; Karachi, Pakistan; Nelam Road, Bandi Chehza, Muzaffarabad, Pakistan; Balakot, Besyan Chouk, Pakistan; Rajana Road, Srah-Salah, Haripur, Pakistan; Rehana Road, Sirai Salih, Post Box #22, G.P.O. Haripur, Northwest Frontier Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

URREA LENIS, Jair Fernando, c/o GRUPO CRISTAL CORONA S.A. DE C.V., Mexico City, Distrito Federal, Mexico; Avenida Lomas Anahuac No. 133, Edificio A., Depto. 602, Colonia Lomas Anahuac, Delegacion Huixquilucan, Mexico, Mexico; Ret. de La Horquilla, Lomas de Vista Hermosa, Delegacion Cuajimalpa, Mexico City, Distrito Federal, Mexico; Valencia, Venezuela; DOB 04 Jun 1976; alt. DOB 04 Jun 1975; POB Cali, Valle del Cauca, Colombia; nationality Colombia; citizen Colombia; Cedula No. 94492728 (Colombia); Passport 94492728 (Colombia) (individual) [SDNTK].

UR-REHMAN, Abd (a.k.a. AL-SINDHI, Abdul Rehman; a.k.a. AL-SINDHI, Abdur Rahman; a.k.a. RAHMAN, Abdur; a.k.a. REHMAN, Abdul; a.k.a. REHMAN, Abdur; a.k.a. SINDHI, Abdul Rehman; a.k.a. SINDHI, Abdurahman; a.k.a. SINDI, Abdur Rehman; a.k.a. YAMIN, Abdur Rehman Muhammad; a.k.a. "ABDULLAH SINDHI"), Karachi, Pakistan; DOB 03 Oct 1965; POB Mirpur Khas, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CV9157521 (Pakistan) issued 08 Sep 2008 expires 07 Sep 2013; National ID No. 44103-5251752-5 (Pakistan) (individual) [SDGT].

UR-REHMAN, Mati (a.k.a. AL-REHMAN, Matti; a.k.a. RAHMAN, Matiur; a.k.a. REHMAN, Mati ur; a.k.a. REHMAN, Matiur; a.k.a. REHMAN, Mati-ur; a.k.a. SAMAD, Abdul; a.k.a. SIAL, Abdul Samad; a.k.a. SIAL, Samad); DOB 1977; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

UR-REHMAN, Zaki (a.k.a. ARSHAD, Abu Waheed Irshad Ahmad; a.k.a. LAKHVI, Zaki-ur-Rehman; a.k.a. LAKVI, Zaki Ur-Rehman; a.k.a. LAKVI, Zakir Rehman; a.k.a. REHMAN, Zakir; a.k.a. "CHACHAJEE"), Barahkoh, P.O. DO, Tehsil and District Islamabad, Pakistan; Chak No. 18/IL, Rinala Khurd, Tehsil Rinala Khurd, District Okara, Pakistan; DOB 30 Dec 1960; POB Okara, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AC8342321 (Pakistan) issued 22 Aug 2007 expires 20 Aug 2012; alt. Passport A4827048 (Pakistan); National ID No. 61101-9618232-1 (Pakistan); alt. National ID No. 33960047268 (Pakistan) (individual) [SDGT].

URS, Amanullah (a.k.a. AFRIDI, Amanullah; a.k.a. "GUL, Muhammad Aman"; a.k.a. "MUFTI ILYAS"; a.k.a. "ULLAH, Aman"), Frontier Region Kohat, Pakistan; DOB 1973; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; alt. DOB 1971; alt. DOB 1972; alt. DOB 1974; alt. DOB 1975; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

URUSOV, Anton Sergeevich (Cyrillic: УРУСОВ, Антон Сергеевич) (a.k.a. URUSOV, Anton Sergeyevich), Moscow, Russia; DOB 11 Sep 1986; POB Ulyanovsk, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 752826108 (Russia) issued 15 Feb 2016 expires 15 Feb 2026; Tax ID No. 732898489410 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY PROMISING INDUSTRIAL AND INFRASTRUCTURE TECHNOLOGIES).

URUSOV, Anton Sergeyevich (a.k.a. URUSOV, Anton Sergeevich (Cyrillic: УРУСОВ, Антон Сергеевич)), Moscow, Russia; DOB 11 Sep 1986; POB Ulyanovsk, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 752826108 (Russia) issued 15 Feb 2016 expires 15 Feb 2026; Tax ID No. 732898489410 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY PROMISING INDUSTRIAL AND INFRASTRUCTURE TECHNOLOGIES).

URZHUMTSEV, Oleg Vyacheslavovich; DOB 22 Oct 1968; citizen Russia (individual) [MAGNIT].

USA REALLY, St. Petersburg, Russia; Moscow, Russia; Website www.usareally.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: FEDERAL NEWS AGENCY LLC).

USACHEV, Oleg (a.k.a. USACHEV, Oleg Leonidovich); DOB 03 Jul 1970; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

USACHEV, Oleg Leonidovich (a.k.a. USACHEV, Oleg); DOB 03 Jul 1970; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

USAMA BIN LADEN NETWORK (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN ORGANIZATION); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

USAMA BIN LADEN ORGANIZATION (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

USATYUK, Valery Petrovich (Cyrillic: УСАТЮК, Валерий Петрович), Russia; DOB 14 Jul 1948; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

USC-ICEBERG CENTRAL DESIGN BUREAU (a.k.a. CENTRAL DESIGN BUREAU USC-ICEBERG JSC; a.k.a. ICEBERG CENTRAL DESIGN BUREAU; a.k.a. JSC TSKB AYSBERG (Cyrillic: АО ЦКБ АЙСБЕРГ); a.k.a. UNITED SHIPBUILDING CORPORATION JSC AYSBERG CENTRAL DESIGN BUILDING), 36 Bolshoi Ave. V. I., St. Petersburg 199034, Russia; Secondary sanctions risk: See Section

11 of Executive Order 14024.; Tax ID No. 7801005606 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

USHKO, Aleksandr Sergeyevich, Russia; DOB 15 Jan 1991; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 550403152 (Russia) (individual) [RUSSIA-EO14024].

USHKO, Sergei Petrovich (a.k.a. USHKO, Sergey), Russia; DOB 07 Sep 1969; POB Minsk, Belarus; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 757089471 (Russia) (individual) [RUSSIA-EO14024].

USHKO, Sergey (a.k.a. USHKO, Sergei Petrovich), Russia; DOB 07 Sep 1969; POB Minsk, Belarus; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 757089471 (Russia) (individual) [RUSSIA-EO14024].

USM CEMENT LLC (Cyrillic: ЮЭСЭМ ЦЕМЕНТ ООО), d. 28, etazh 13 pom. 1 Kom. 21, shosse Rublevskoe, Moscow 121609, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Jul 2021; Tax ID No. 9731080914 (Russia); Registration Number 1217700315854 (Russia) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM).

USM CITY LIMITED LIABILITY COMPANY (Cyrillic: ЮЭСЭМ СИТИ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ), d. 28 etazh 14 pom. 1 Kom. 29, shosse Rublevskoe, Moscow 121609, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Mar 2022; Organization Type: Activities of holding companies; Tax ID No. 9731090711 (Russia); Registration Number 1227700182434 (Russia) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM).

USM GOLD LIMITED LIABILITY COMPANY (Cyrillic: ЮЭСЭМ ГОЛД ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ), d. 28 etazh 13 pom. 1 Kom. 21, shosse Rublevskoe, Moscow 121609, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization

Established Date 30 Nov 2021; Organization Type: Activities of holding companies; Tax ID No. 9731086049 (Russia); Registration Number 1217700580899 (Russia) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM).

USM HOLDINGS LIMITED (a.k.a. LIMITED LIABILITY COMPANY HOLDING COMPANY YUESEM; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛДИНГОВАЯ КОМПАНИЯ ЮЭСЭМ); a.k.a. ООО КНК YUESEM (Cyrillic: ООО ХК ЮЭСЭМ)), D. 28 Etazh 13 Kom. 21 Shosse Rublevskoe, Moscow, Russia 121609, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9731001285 (Russia); Registration Number 1187746450231 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

USM LIMITED LIABILITY COMPANY (a.k.a. YUESEM; a.k.a. "USM LLC"), Pr-Kt Tekstilshchikov D. 46, Pom.1, Kom.56, Kostroma 156000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725327133 (Russia); Registration Number 1167746761302 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

USM METALLOINVEST LIMITED LIABILITY COMPANY (Cyrillic: ЮЭСЭМ МЕТАЛЛОИНВЕСТ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. YUESEM METALLOINVEST OOO), d. 28 str. 3 pom. 12, ul. Povarksaya, Moscow 121069, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Jun 2018; Organization Type: Activities of holding companies; Tax ID No. 7704882288 (Russia); Government Gazette Number 86555641 (Russia); Registration Number 5147746438868 (Russia) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM).

USM URBAN MINING LIMITED LIABILITY COMPANY (Cyrillic: ЮЭСЭМ УРБАН МАЙНИНГ ОБЩЕСТВО С ОГРАНИЧЕННОЙ

ОТВЕТСТВЕННОСТЬ), d. 28 pom. 1 kom. 1, shosse Rublevskoe, Moscow 121609, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Jan 2022; Organization Type: Activities of holding companies; Tax ID No. 9731087765 (Russia); Registration Number 1227700010526 (Russia) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM).

USMAEV, Vakhit (a.k.a. USMAEV, Vakhit Abubakarovich; a.k.a. USMAYEV, Vakhit; a.k.a. USMAYEV, Vakhit Abubakarovich), Russia; DOB 20 Nov 1964; POB Shalinsky District, Chechen Republic, Russia; Gender Male (individual) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

USMAEV, Vakhit Abubakarovich (a.k.a. USMAEV, Vakhit; a.k.a. USMAYEV, Vakhit; a.k.a. USMAYEV, Vakhit Abubakarovich), Russia; DOB 20 Nov 1964; POB Shalinsky District, Chechen Republic, Russia; Gender Male (individual) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

USMAN, Bachrumsyah Mennor (a.k.a. SYAH, Bahrum; a.k.a. "BACHRUMSHAH"; a.k.a. "BACHRUMSYAH"; a.k.a. "BAHRUMSYAH"; a.k.a. "IBRAHIM, Abu"; a.k.a. "MUHAMMAD AL-ANDUNISIY, Abu"; a.k.a. "MUHAMMAD AL-INDONESI, Abu"; a.k.a. "MUHAMMAD AL-INDUNISI, Abu"; a.k.a. "SHABRINA, Abu"), Raqqa, Syria; Al-Shadadi, Hasaka Province, Syria; DOB 23 Jul 1984; POB Bogor, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A8329173 (Indonesia); Ustad (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

USMAN, Mohammed (a.k.a. AL-BARNAWI, Khaled; a.k.a. AL-BARNAWI, Khalid; a.k.a. BARNAWI, Khalid; a.k.a. EL-BARNAOUI, Khaled; a.k.a. HAFSAT, Abu), Nigeria; DOB 1976; POB Maiduguri, Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

USMANOV, Alisher Burhanovich (Cyrillic: УСМАНОВ, Алишер Бурханович) (a.k.a. USMANOV, Alisher Burkhanovich; a.k.a. USMONOV, Alisher), Russia; Monaco; DOB 09 Sep 1953; POB Chust, Uzbekistan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax

ID No. 1601108019 (Russia) (individual) [RUSSIA-EO14024].

USMANOV, Alisher Burkhanovich (a.k.a. USMANOV, Alisher Burhanovich (Cyrillic: УСМАНОВ, Алишер Бурханович); a.k.a. USMONOV, Alisher), Russia; Monaco; DOB 09 Sep 1953; POB Chust, Uzbekistan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1601108019 (Russia) (individual) [RUSSIA-EO14024].

USMAYEV, Vakht (a.k.a. USMAEV, Vakhit; a.k.a. USMAEV, Vakhit Abubakarovich; a.k.a. USMAYEV, Vakhit Abubakarovich), Russia; DOB 20 Nov 1964; POB Shalinsky District, Chechen Republic, Russia; Gender Male (individual) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

USMAYEV, Vakhit Abubakarovich (a.k.a. USMAEV, Vakhit; a.k.a. USMAEV, Vakhit Abubakarovich; a.k.a. USMAYEV, Vakhit), Russia; DOB 20 Nov 1964; POB Shalinsky District, Chechen Republic, Russia; Gender Male (individual) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

USMONOV, Alisher (a.k.a. USMANOV, Alisher Burhanovich (Cyrillic: УСМАНОВ, Алишер Бурханович); a.k.a. USMANOV, Alisher Burkhanovich), Russia; Monaco; DOB 09 Sep 1953; POB Chust, Uzbekistan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1601108019 (Russia) (individual) [RUSSIA-EO14024].

USS, Alexander Viktorovich (a.k.a. USS, Alexander Viktorovich (Cyrillic: УСС, Александр Викторович)), Krasnoyarsk Territory, Russia; DOB 03 Nov 1954; POB Novogorodka, Krasnoyarsk Territory, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

USS, Alexander Viktorovich (Cyrillic: УСС, Александр Викторович) (a.k.a. USS, Alexander Viktorovich), Krasnoyarsk Territory, Russia; DOB 03 Nov 1954; POB Novogorodka, Krasnoyarsk Territory, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

USS, Artem Alexandrovich (Cyrillic: УСС, Артем Александрович) (a.k.a. USS, Artyom Aleksandrovich), Moscow, Russia; DOB 22 Apr 1982; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 246606011108 (Russia) (individual) [RUSSIA-EO14024] (Linked To: USS, Alexander Viktorovich).

USS, Artyom Aleksandrovich (a.k.a. USS, Artem Alexandrovich (Cyrillic: УСС, Артем Александрович)), Moscow, Russia; DOB 22 Apr 1982; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 246606011108 (Russia) (individual) [RUSSIA-EO14024] (Linked To: USS, Alexander Viktorovich).

USSENI, Abdallah (a.k.a. ABADIGGA, Abdella Asid; a.k.a. ABADIGGA, Abdella Hussein; a.k.a. ABADIKA, Abdallah Asid; a.k.a. "ABU HAMZA"; a.k.a. "CARLOS, Abdi"), 48 Central Road, New Town, Johannesburg, South Africa; DOB 01 Feb 1974; POB Jimma, Oromia Regional State, Ethiopia; nationality Ethiopia; citizen Ethiopia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T00043812 (South Africa); Refugee ID Card 7402016297260 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

USTANOVA TSENTR IZALYATSYI PRAVANARUSHALNIKAU HALOUNAHA UPRAULENIYA UNUTRANYKH SPRAU MINSKAHA GARADSKOHA VYKANAUCHANA KAMITETA (Cyrillic: УСТАНОВА ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГАЛОЎНАГА ЎПРАЎЛЕННЯ ЎНУТРАНЫХ СПРАЎ МІНСКАГА ГАРАДСКОГА ВЫКАНАЎЧАГА КАМІТЭТА) (a.k.a. AKRESCINA JAIL; a.k.a. AKRESTSINA; a.k.a. AKRESTSINA DETENTION CENTER; a.k.a. AKRESTSINA JAIL; a.k.a. CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MINSK GUVD; a.k.a. CENTRE FOR ISOLATION OF OFFENDERS OF THE CHIEF DIRECTORATE OF THE INTERIOR OF MINSK EXECUTIVE COMMITTEE; a.k.a. INSTITUTION CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE; a.k.a. OKRESTINA; a.k.a. OKRESTINA STREET DETENTION FACILITY; a.k.a. TSENTR IZALYATSYI PRAVANARUSHALNIKAU HUUS MINHARVYKANKAMA (Cyrillic: ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГУУС МІНГАРВЫКАНКАМА); a.k.a. TSENTR IZOLYATSII PRAVONARUSHITELEI GUVD MINGORISPOLKOMA (Cyrillic: ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГУВД МИНГОРИСПОЛКОМА); a.k.a. UCHREZHDENIYE TSENTR IZOLYATSII PRAVONARUSHITELEI GLAVNOVO UPRAVLENIYA VNUTRENNIKH DEL MINSKOVO GORODSKOVO ISPOLNITELNOVO KOMITETA (Cyrillic: УЧРЕЖДЕНИЕ ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГЛАВНОГО УПРАВЛЕНИЯ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА)), per. 1-st Okrestina, d. 36, Minsk 220028, Belarus (Cyrillic: пер. 1-й Окрестина, д. 36, г. Минск 220028, Belarus); Registration Number 191291828 (Belarus) [BELARUS].

USTINOV, Vladimir Vasilyevich, Russia; DOB 25 Feb 1953; POB Nikolayevsk-on-Amur, Russian Federation; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

USTINOV, Vladimir Vasilyevich (Cyrillic: УСТИНОВ, Владимир Васильевич), Russia; DOB 25 Feb 1953; POB Nikolayevsk-on-Amur, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

U-STONE LIMITED (Cyrillic: Ю-СТОУН ЛИМИТЕД) (a.k.a. U-STONE LIMITED EOOD), Lyuben Karavelov 32, Ap. 4, Sofia 1142, Bulgaria; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Jun 2019; Registration Number 205721650 (Bulgaria) [RUSSIA-EO14024] (Linked To: VOLFOVICH, Alexander).

U-STONE LIMITED EOOD (a.k.a. U-STONE LIMITED (Cyrillic: Ю-СТОУН ЛИМИТЕД)), Lyuben Karavelov 32, Ap. 4, Sofia 1142, Bulgaria; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Jun 2019; Registration Number 205721650 (Bulgaria) [RUSSIA-EO14024] (Linked To: VOLFOVICH, Alexander).

USUGA DAVID, Dairo Antonio (a.k.a. "OTONIEL"), Colombia; DOB 15 Sep 1971; POB Necocli, Antioquia, Colombia; nationality Colombia; citizen Colombia; Gender Male;

Cedula No. 71980054 (Colombia) (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

USUGA TORRES, Arley (a.k.a. "07"; a.k.a. "CERO SIETE"); DOB 14 Aug 1979; POB Tierralta, Cordoba, Colombia; citizen Colombia; Cedula No. 71255292 (Colombia) (individual) [SDNTK].

UT IT NOVAYA INDUSTRIYA OOO (a.k.a. "NEW INDUSTRY VENTURES"), ul. Leninskie Gory d. 1, str. 77, office 1041B, Moscow 119234, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Feb 2019; Tax ID No. 7728461088 (Russia); Registration Number 1197746126071 (Russia) [RUSSIA-EO14024].

UTELIZ RESOURCES CO., LIMITED (f.k.a. MILAEE TRADING CO., LIMITED), Unit 9039, 9/F, BLK B Chung Mei Ctr, 15-17 Hing Yip St, Kwun Tong Kln, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 10 Jun 2021; C.R. No. 3056947 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

U-TERRA LLC (Cyrillic: Ю-ТЕРРА ООО) (a.k.a. YU-TERRA LLC), d. 28 pom. 1 kom. 34, shosse Rublevskoe, Moscow 121609, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Feb 2022; Tax ID No. 9731088695 (Russia); Registration Number 12277000667700 (Russia) [RUSSIA-EO14024] (Linked To: USM URBAN MINING LIMITED LIABILITY COMPANY).

UTHMAN, Al-Samman (a.k.a. ABU UMAR, Abu Omar; a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. TAKFIRI, Abu Umr; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Omar Mahmoud; a.k.a. UTHMAN, Umar; a.k.a. "ABU ISMAIL"), London, United Kingdom; Jordan; DOB 30 Dec 1960; alt. DOB 13 Dec 1960; POB Bethlehem, West Bank, Palestinian Territories; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

UTHMAN, Omar Mahmoud (a.k.a. ABU UMAR, Abu Omar; a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. TAKFIRI, Abu Umr; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Umar; a.k.a. "ABU ISMAIL"), London, United Kingdom; Jordan; DOB 30 Dec 1960; alt. DOB 13 Dec 1960; POB Bethlehem, West Bank, Palestinian Territories; nationality Jordan; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

UTHMAN, Umar (a.k.a. ABU UMAR, Abu Omar; a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. TAKFIRI, Abu Umr; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Omar Mahmoud; a.k.a. "ABU ISMAIL"), London, United Kingdom; Jordan; DOB 30 Dec 1960; alt. DOB 13 Dec 1960; POB Bethlehem, West Bank, Palestinian Territories; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

UTKIN, Dmitriy Valeryevich, Russia; DOB 1970; POB Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

UTRI, Sahar (a.k.a. AKHRAS, Sahar; a.k.a. AL-AKHRAS, Sahar Otri (Arabic: سحر عطري الاخرس); a.k.a. ATRI, Sahar; a.k.a. ITRI, Sahar; a.k.a. OTRI, Sahar), 34 Allan Way, London, United Kingdom; DOB Nov 1949; nationality United Kingdom; alt. nationality Syria; Gender Female (individual) [PAARSSR-EO13894].

UTUS GUMRUKLEME GIDA TEKSTIL ITHALAT IHRACAT DIS TICARET VE SANAYI LIMITED SIRKETI, 198, No:22-1 Atakoy 7-8-9-10, Kisim Mahallesi, Cobancesme, E-5 Yan Yol Caddesi, Bakirkoy, Istanbul 34158, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 06 Dec 2024; Tax ID No. 8971008150 (Turkey); Business Registration Number 1055686 (Turkey) [NPWMD] [IFSR] (Linked To: OJE PARVAZ MADO NAFAR COMPANY).

'UTWI, Silvana Rida (a.k.a. ATWI, Silvana (Arabic: سلفانا عطوي)), Kaafat Atwi Building, Baabda, Lebanon; DOB 13 Jan 1995; POB Markaba, Marjayoun, Nabatieh, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000020552228 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

UTYASHEVA, Rimma Amirovna (Cyrillic: УТЯШЕВА, Римма Амировна), Russia; DOB 03 Jan 1952; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the

State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

UU INNOVATION TECHNOLOGY CO LTD (Chinese Simplified: 悠悠科创 深圳 有限公司) (a.k.a. YOUYOU KECHUANG SHENZHEN LIMITED COMPANY), Dingcheng International Building 2803, Zhonghang Road #7, Huaqiang North Subdistrict Huahang Neighborhood, Futian District, Shenzhen, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91440300MA5GGWY44T (China) [RUSSIA-EO14024].

UVD OF THE BREST OBLAST EXECUTIVE COMMITTEE (Cyrillic: УВД БРЕСТСКОГО ОБЛИСПОЛКОМА) (a.k.a. BRESTOBLISPOLKOM DEPARTMENT OF INTERNAL AFFAIRS; a.k.a. BRESTOBLISPOLKOM UVD (Cyrillic: УВД БРЕСТОБЛИСПОЛКОМА); a.k.a. DEPARTMENT OF INTERNAL AFFAIRS OF BREST OBLAST EXECUTIVE COMMITTEE; a.k.a. DIRECTORATE OF INTERNAL AFFAIRS OF THE BREST OBLAST EXECUTIVE COMMITTEE (Cyrillic: УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ БРЕСТСКОГО ОБЛИСПОЛКОМА)), 28, Communist str., Brest 224000, Belarus; Target Type Government Entity; Registration Number 200127206 (Belarus) [BELARUS].

UVICOM LTD (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NAUCHNO-PROIZVODSTVENNY TSENTR UGLERODNYE VOLOKNA I KOMPOZITY; a.k.a. UVIKOM OOO), Ul. Kolontsova D. 5, Mytischi, 141009, Russia; D. 38 k. Administrativno-Bytovoi A pom. 601, prospekt Olimpiski Mytishchi, Moskovskaya Obl. 141006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5029017567 (Russia); Government Gazette Number 18070047 (Russia); Registration Number 1025003524655 (Russia) [RUSSIA-EO14024].

UVIKOM OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NAUCHNO-PROIZVODSTVENNY TSENTR UGLERODNYE VOLOKNA I KOMPOZITY; a.k.a. UVICOM LTD), Ul. Kolontsova D. 5, Mytischi, 141009, Russia; D. 38 k. Administrativno-Bytovoi A pom. 601, prospekt Olimpiski Mytishchi, Moskovskaya Obl. 141006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

5029017567 (Russia); Government Gazette Number 18070047 (Russia); Registration Number 1025003524655 (Russia) [RUSSIA-EO14024].

UWAYS, Hassan Tahir (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Hassan Dahir; a.k.a. AWES, Shaykh Hassan Dahir; a.k.a. AWEYES, Hassan Dahir; a.k.a. AWEYS, Ahmed Dahir; a.k.a. AWEYS, Hassan Dahir; a.k.a. AWEYS, Sheikh; a.k.a. AWEYS, Sheikh Hassan Dahir; a.k.a. DAHIR, Aweys Hassan; a.k.a. IBRAHIM, Mohammed Hassan; a.k.a. OAIS, Hassan Tahir; a.k.a. "HASSAN, Sheikh"), Somalia; Eritrea; DOB 1935; nationality Somalia; citizen Somalia (individual) [SOMALIA].

UWIMBABAZI, Sebastien (a.k.a. KIMENYI, Gilbert; a.k.a. KIMENYI, Nyembo; a.k.a. "MANZI"; a.k.a. "NYEMBO"), Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1968; POB Gatoki Cell, Murunda Sector, Rutsiro Commune, Kibuye Prefecture, Rwanda; alt. POB Rutsiro District, Western Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO] (Linked To: FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA).

UWSA (a.k.a. UNITED WA STATE ARMY; a.k.a. UNITED WA STATE PARTY; a.k.a. UWSP) [SDNTK].

UWSP (a.k.a. UNITED WA STATE ARMY; a.k.a. UNITED WA STATE PARTY; a.k.a. UWSA) [SDNTK].

UYBA, Valentin Viktorovich (a.k.a. UIBA, Valentin Viktorovich; a.k.a. UYBA, Vladimir Viktorovich (Cyrillic: УЙБА, Владимир Викторович)), Komi Republic, Russia; DOB 04 Oct 1958; POB Omsk, Omsk Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772858584889 (Russia) (individual) [RUSSIA-EO14024].

UYBA, Vladimir Viktorovich (Cyrillic: УЙБА, Владимир Викторович) (a.k.a. UIBA, Valentin Viktorovich; a.k.a. UYBA, Valentin Viktorovich), Komi Republic, Russia; DOB 04 Oct 1958; POB Omsk, Omsk Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772858584889 (Russia) (individual) [RUSSIA-EO14024].

UZAY GROUP DIS TICARET LIMITED SIRKETI (a.k.a. UZAY GROUP HAVACILIK VE DIS TICARET LIMITED SIRKETI), Ic Kapi No 314 Akbati Avm No 6 Sk Akbati Avm A Blok Koza Mah 1655, Esenyurt, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 9855920 (Turkey) [RUSSIA-EO14024].

UZAY GROUP HAVACILIK VE DIS TICARET LIMITED SIRKETI (a.k.a. UZAY GROUP DIS TICARET LIMITED SIRKETI), Ic Kapi No 314 Akbati Avm No 6 Sk Akbati Avm A Blok Koza Mah 1655, Esenyurt, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 9855920 (Turkey) [RUSSIA-EO14024].

UZDENOV, Dzhasharbek Borisovich (Cyrillic: УЗДЕНОВ, Джашарбек Борисович), Russia; DOB 25 Jan 1967; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

UZUH, Richard Izuchukwu, Nigeria; DOB 29 Apr 1986; nationality Nigeria; Gender Male; Passport A05284868 (Nigeria) (individual) [CYBER2].

UZUN, Adem; DOB 07 Sep 1967; POB Kirsehir, Boztepe, Turkey; citizen Turkey; Turkish Identification Number 12203628318 (Turkey) (individual) [SDNTK].

V & V ASTILLERO, S.A. DE C.V. (a.k.a. V AND V ASTILLERO, S.A. DE C.V.; a.k.a. VNV ASTILLERO; a.k.a. VNV SHIPYARD), Cancun, Quintana Roo, Mexico; Organization Established Date 20 Mar 2015; Organization Type: Transportation and storage; R.F.C. VAS1503206W4 (Mexico); Folio Mercantil No. 28669 (Mexico) [TCO] (Linked To: BHARDWAJ, Vikrant).

V A TRAPEZNIKOV INSTITUTE OF CONTROL SCIENCES OF RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERAL STATE BUDGETARY SCIENTIFIC INSTITUTION INSTITUTE FOR CONTROL PROBLEM NAMED AFTER V A TRAPEZNIKOV OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "ICS RAS"), Ul. Profsoyuznaya D.65, Moscow 117997, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7728013512 (Russia); Registration Number 1037739269590 (Russia) [RUSSIA-EO14024].

V AND V ASTILLERO, S.A. DE C.V. (a.k.a. V & V ASTILLERO, S.A. DE C.V.; a.k.a. VNV ASTILLERO; a.k.a. VNV SHIPYARD), Cancun, Quintana Roo, Mexico; Organization

Established Date 20 Mar 2015; Organization Type: Transportation and storage; R.F.C. VAS1503206W4 (Mexico); Folio Mercantil No. 28669 (Mexico) [TCO] (Linked To: BHARDWAJ, Vikrant).

V LINK AVIATION MANAGEMENT FZCO, 7WB-3F, Office 3109, DAFZA, Dubai, United Arab Emirates; P.O. Box 371987, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jan 2017; License 3442 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: S 7 ENGINEERING LLC).

V.A. KARGIN POLYMER CHEMISTRY AND TECHNOLOGY RESEARCH INSTITUTE WITH A PILOT-PRODUCTION PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT KHIMII I TEKHNOLOGII POLIMEROV IMENI AKADEMIKA V.A. KARGINA S OPYTNYM ZAVODOM; a.k.a. NII POLYMEROV AO; a.k.a. THE FEDERAL STATE UNITARY ENTERPRISE V.A. KARGIN SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND TECHNOLOGY OF POLYMERS WITH A PILOT PRODUCTION PLANT), korp. ZD. 63, ter. Vostochny Promraion Orgsteklo, Dzerzhinsk, Nizhni Novgorod region 606000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5249164736 (Russia); Government Gazette Number 33947252 (Russia); Registration Number 1185275058044 (Russia) [RUSSIA-EO14024].

V.P. PROPERTIES, INC., Panama; RUC # 2088592-1-754706 (Panama) [SDNTK].

V.R. FRUIT COMPANY (a.k.a. BORISAT WI. A. FRUT CHAMKAT), 125 Mu 2, Tambon Mae Kha, Hang Dong district, Chiang Mai, Thailand [SDNTK].

V.V. VOROVSKY TIKHORETSK MACHINE CONSTRUCTION PLANT JOINT STOCK COMPANY (a.k.a. JSC TIKHORETSK MACHINE BUILDING PLANT; a.k.a. OPEN JOINT STOCK COMPANY TIKHORETSK MACHINE CONSTRUCTION PLANT V.V. VOROVSKY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO TIKHORETSKI MASHINOSTROITELNY ZAVOD IM V.V. VOROVSKOGO; a.k.a. TMCP V.V. VOROVSKY; a.k.a. TMZ IM. V.V. VOROVSKOGO PAO), 3, Sokolnicheskaya Street, Moscow 107014, Russia; Krasnoarmeyskaya St., 67, Tikhoretsk,

Krasnodar Territory 352127, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 12 Nov 1992; Tax ID No. 2321003173 (Russia); Government Gazette Number 00210743 (Russia); Registration Number 1022303184738 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

VA BO COMPANY EOOD (a.k.a. VA BO KAMPANI EOOD), 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2012; Government Gazette Number 202066022 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

VA BO KAMPANI EOOD (a.k.a. VA BO COMPANY EOOD), 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2012; Government Gazette Number 202066022 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

VAALY BROTHERS PVT LTD, Vaaly Villa, Majeedhee Magu, Henveiru, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Aug 2007; Organization Type: Non-specialized wholesale trade; Registration Number C-0694/2007 (Maldives); Permit Number IG-0214/T10/2017 (Maldives) issued 16 Feb 2017; alt. Permit Number T10/F/92/0289 (Maldives) issued 01 Jan 1992 [SDGT] (Linked To: SHIYAM, Ali).

VABO 2005 EOOD (a.k.a. VABO-2005 EOOD), 43 Moskovska, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2005; V.A.T. Number BG 131502906 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

VABO 2008 EOOD, 43 Moskovska, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2008; Government Gazette Number 200481087 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

VABO 2012 (a.k.a. VABO 2012 EOOD), 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2012; V.A.T. Number BG 201884835 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

VABO 2012 EOOD (a.k.a. VABO 2012), 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2012; V.A.T. Number BG 201884835 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

VABO 2017 LTD. (a.k.a. VABO 2017 OOD), 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2017; V.A.T. Number BG 204811027 (Bulgaria) [GLOMAG] (Linked To: VABO 2012 EOOD).

VABO 2017 OOD (a.k.a. VABO 2017 LTD.), 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2017; V.A.T. Number BG 204811027 (Bulgaria) [GLOMAG] (Linked To: VABO 2012 EOOD).

VABO INTERNAL AD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2017; Government Gazette Number 204682034 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

VABO MANAGEMENT EOOD, 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2012; Government Gazette Number 201884908 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

VABO SYSTEMS EOOD, 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2008; V.A.T. Number BG 200431052 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

VABO-2005 EOOD (a.k.a. VABO 2005 EOOD), 43 Moskovska, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2005; V.A.T. Number BG 131502906 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

VACIC, Misa (Cyrillic: ВАЦИЋ, Миша) (a.k.a. VACICH, Misha), Serbia; DOB 05 Jun 1985; POB Belgrade, Serbia; nationality Serbia; citizen Serbia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

VACICH, Misha (a.k.a. VACIC, Misa (Cyrillic: ВАЦИЋ, Миша)), Serbia; DOB 05 Jun 1985; POB Belgrade, Serbia; nationality Serbia; citizen Serbia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

VACUUM KARAN (a.k.a. PARS AMAYESH SANAAT KISH; a.k.a. PASK; a.k.a. VACUUM KARAN CO.; a.k.a. VACUUMKARAN), 3rd Floor, No. 6, East 2nd, North Kheradmand, Karimkhan Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

VACUUM KARAN CO. (a.k.a. PARS AMAYESH SANAAT KISH; a.k.a. PASK; a.k.a. VACUUM KARAN; a.k.a. VACUUMKARAN), 3rd Floor, No. 6, East 2nd, North Kheradmand, Karimkhan Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

VACUUMKARAN (a.k.a. PARS AMAYESH SANAAT KISH; a.k.a. PASK; a.k.a. VACUUM KARAN; a.k.a. VACUUM KARAN CO.), 3rd Floor, No. 6, East 2nd, North Kheradmand, Karimkhan Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

VAD, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO VAD; a.k.a. AO, VAD; a.k.a. CJSC VAD; a.k.a. JOINT STOCK COMPANY VAD; a.k.a. JSC VAD; a.k.a. ZAO VAD; a.k.a. "HIGH-QUALITY HIGHWAYS"), 133, ul. Chernyshevskogo, Vologda, Vologodskaya Obl 160019, Russia; 122 Grazhdanskiy Prospect, Suite 5, Liter A, St. Petersburg 195267, Russia; Website www.zaovad.com; Email Address office@zaovad.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037804006811 (Russia); Tax ID No. 7802059185 (Russia); Government Gazette Number 34390716 (Russia) [UKRAINE-EO13685].

VAED ASSOCIATION FOR PRISONERS AND RELEASED PERSONS (a.k.a. WAED CAPTIVE AND LIBERATORS SOCIETY; a.k.a. WAED SOCIETY GAZA (Arabic: جمعية واعد)), Al-Sina'a Street, Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2006; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

VAFA WHOLESALE LTD (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU OPTOVAIA FIRMA VAFA; a.k.a. OOO OF VAFA), ulitsa Generala Yepisheva 20D, Astrakhan, Astrakhan Oblast 414024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Aug 1996; Tax ID No. 3016023425 (Russia); Identification Number IMO 5266323; Business Registration Number 1023000821029 (Russia) [RUSSIA-EO14024].

VAHABZADEH MOGHADAM, Seyed Mohsen (Arabic: سید محسن وهاب زاده مقدم) (a.k.a.

VAHABZADEH MOGHADDAM, Seyed Mohsen), Tehran, Iran; DOB 22 Nov 1958; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0042587662 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: BONYAN DANESH SHARGH PRIVATE COMPANY).

VAHABZADEH MOGHADDAM, Seyed Mohsen (a.k.a. VAHABZADEH MOGHADAM, Seyed Mohsen (Arabic: ((سید محسن وهاب زاده مقدم)), Tehran, Iran; DOB 22 Nov 1958; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0042587662 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: BONYAN DANESH SHARGH PRIVATE COMPANY).

VAHAP, Zabi (a.k.a. VAHAP, Zebih Ullah; a.k.a. WAHAB, Zabihullah Abdul), Dubai, United Arab Emirates; DOB 01 Jan 1986; POB Akce, Afghanistan; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U24258057 (Turkey) expires 12 Jul 2031; alt. Passport U13652962 expires 02 Dec 2026; National ID No. 25406705762 (Turkey) (individual) [SDGT] [IFSR] (Linked To: KARIMIAN, Mohammad Sadegh; Linked To: TRANSMART DMCC).

VAHAP, Zebih Ullah (a.k.a. VAHAP, Zabi; a.k.a. WAHAB, Zabihullah Abdul), Dubai, United Arab Emirates; DOB 01 Jan 1986; POB Akce, Afghanistan; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U24258057 (Turkey) expires 12 Jul 2031; alt. Passport U13652962 expires 02 Dec 2026; National ID No. 25406705762 (Turkey) (individual) [SDGT] [IFSR] (Linked To: KARIMIAN, Mohammad Sadegh; Linked To: TRANSMART DMCC).

VAHED-E BASIJ MOSTAZA'FEEN (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

VAHED-E BASIJ-E MOSTAZAFEEN (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

VAHEDI, Jalal (a.k.a. OWHADI, Jalal; a.k.a. OWHADI, Mohammad Ebrahim; a.k.a. TAHERI, Jalal), Iran; DOB 1963; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC

REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: TALIBAN).

VAHID GHAYOUMY GOODS WHOLESALERS LLC (Arabic: وحيد قيومى لتجارة السلع بالجملة (ش.ذ.م.م), Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Aug 2021; Commercial Registry Number 1583477 (United Arab Emirates) [NPWMD] [IFSR] (Linked To: ZAGROS SHIMI FARS MANUFACTURING INDUSTRIES COMPANY).

VAHID, Ahmed Dastjerdi (a.k.a. DASTJERDI, Ahmad Vahid); DOB 15 Jan 1954; Additional Sanctions Information - Subject to Secondary Sanctions; Diplomatic Passport A0002987 (Iran) (individual) [NPWMD] [IFSR].

VAHIDI, Ahmad (Arabic: احمد وحيدى) (a.k.a. CHERAGHI, Ahmad Shah), c/o MODAFL, Tehran, Iran; DOB 27 Jun 1958; POB Shiraz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Brigadier General (individual) [NPWMD] [IFSR] [IRAN-HR].

VAHITOV, Aiat Nasimovich (a.k.a. BULGARSKIY, Salman; a.k.a. BULGARSKY, Salman; a.k.a. VAKHITOV, Airat; a.k.a. VAKHITOV, Aryat; a.k.a. VAKHITOV, Ayrat Nasimovich; a.k.a. VAKHITOV, Taub Ayrat; a.k.a. WAKHITOV, Airat); DOB 27 Mar 1977; POB Naberezhnye Chelny, Republic of Tatarstan, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

VAIBOS (a.k.a. "VAYBOS"; a.k.a. "VYBOS"), Ul. Programmistov D. 4, Str. 3, Office 115, Dubna 141983, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5017105360 (Russia); Registration Number 1155017000456 (Russia) [RUSSIA-EO14024].

VAINBERG, Alexander Vladelenovich (Cyrillic: ВАЙНБЕРГ, Александр Владеленович) (a.k.a. VAYNBERG, Aleksandr Vladelenovich), Russia; DOB 02 Feb 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VAINO, Anton Eduardovich (Cyrillic: ВАЙНО, Антон Эдуардович), Russia; DOB 17 Feb 1972; POB Tallinn, Estonia; nationality Russia; Gender Male; Secondary sanctions risk: See

Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

VAKHAYEV, Musa; DOB 1964; POB Urus-Martan, Chechen Republic, Russia (individual) [MAGNIT].

VAKHITOV, Airat (a.k.a. BULGARSKIY, Salman; a.k.a. BULGARSKY, Salman; a.k.a. VAHITOV, Aiat Nasimovich; a.k.a. VAKHITOV, Aryat; a.k.a. VAKHITOV, Ayrat Nasimovich; a.k.a. VAKHITOV, Taub Ayrat; a.k.a. WAKHITOV, Airat); DOB 27 Mar 1977; POB Naberezhnye Chelny, Republic of Tatarstan, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

VAKHITOV, Aryat (a.k.a. BULGARSKIY, Salman; a.k.a. BULGARSKY, Salman; a.k.a. VAHITOV, Aiat Nasimovich; a.k.a. VAKHITOV, Airat; a.k.a. VAKHITOV, Ayrat Nasimovich; a.k.a. VAKHITOV, Taub Ayrat; a.k.a. WAKHITOV, Airat); DOB 27 Mar 1977; POB Naberezhnye Chelny, Republic of Tatarstan, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

VAKHITOV, Ayrat Nasimovich (a.k.a. BULGARSKIY, Salman; a.k.a. BULGARSKY, Salman; a.k.a. VAHITOV, Aiat Nasimovich; a.k.a. VAKHITOV, Airat; a.k.a. VAKHITOV, Aryat; a.k.a. VAKHITOV, Taub Ayrat; a.k.a. WAKHITOV, Airat); DOB 27 Mar 1977; POB Naberezhnye Chelny, Republic of Tatarstan, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

VAKHITOV, Taub Ayrat (a.k.a. BULGARSKIY, Salman; a.k.a. BULGARSKY, Salman; a.k.a. VAHITOV, Aiat Nasimovich; a.k.a. VAKHITOV, Airat; a.k.a. VAKHITOV, Aryat; a.k.a. VAKHITOV, Ayrat Nasimovich; a.k.a. WAKHITOV, Airat); DOB 27 Mar 1977; POB Naberezhnye Chelny, Republic of Tatarstan, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

VAKHROMEYEV, Ivan Vasilyevich (a.k.a. VAKROMEEV, Ivan Vasilievich; a.k.a. "Mushroom"), Naro-Fominsk, Russia; DOB 29 Dec 1988; nationality Russia; Email Address ivanalert@mail.ru; Gender Male (individual) [CYBER2].

VAKIL ABAD PRISON (a.k.a. MASHHAD CENTRAL PRISON; a.k.a. MASHHAD PRISON; a.k.a. VAKILABAD PRISON), Mashhad City, Mashhad Province, Iran;

Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

VAKILABAD PRISON (a.k.a. MASHHAD CENTRAL PRISON; a.k.a. MASHHAD PRISON; a.k.a. VAKIL ABAD PRISON), Mashhad City, Mashhad Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

VAKILI JOINT PARTNERSHIP (a.k.a. ATLAS CURRENCY EXCHANGE; a.k.a. ATLAS EXCHANGE; a.k.a. TAZAMONI VAKILI AND PARTNERS), No. 77, Commercial Center Market (Bazar Markazi Tejari), Ferdosi Street, Kish Island, Iran; Website www.atlassarafi.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: ANSAR EXCHANGE).

VAKILI, Mohammad, United Arab Emirates; DOB 22 Jun 1974; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0082676984 (Iran); Birth Certificate Number 9444 (Iran) (individual) [SDGT] [IFSR] (Linked To: ATABAKI, Alireza).

VAKROMEEV, Ivan Vasilievich (a.k.a. VAKHROMEYEV, Ivan Vasilyevich; a.k.a. "Mushroom"), Naro-Fominsk, Russia; DOB 29 Dec 1988; nationality Russia; Email Address ivanalert@mail.ru; Gender Male (individual) [CYBER2].

VALADEZ FLORES, Jose German, Cancun, Quintana Roo, Mexico; DOB 04 Jul 1977; POB Coahuila de Zaragoza, Mexico; nationality Mexico; Gender Male; C.U.R.P. VAFG770704HCLLLR03 (Mexico) (individual) [TCO] (Linked To: BHARDWAJ HUMAN SMUGGLING ORGANIZATION).

VALADZAGHARD, Mohammadreza Khedmati; DOB 05 Apr 1986; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N35635875; National ID No. 0081798301; Birth Certificate Number 11770 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

VALAGOHAR, Abolghasem (a.k.a. VALAGOHAR, Abualqassem; a.k.a. VALAGOHAR, Abulghasem (Arabic: ابو القاسم (والاگهر)), Iran; DOB 15 Aug 1969; POB

Behbahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1860747957 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

VALAGOHAR, Abualqassem (a.k.a. VALAGOHAR, Abolghasem; a.k.a. VALAGOHAR, Abulghasem (Arabic: ابو القاسم (والاگهر)), Iran; DOB 15 Aug 1969; POB Behbahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1860747957 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

VALAGOHAR, Abulghasem (Arabic: ابو القاسم (والاگهر) (a.k.a. VALAGOHAR, Abolghasem; a.k.a. VALAGOHAR, Abualqassem), Iran; DOB 15 Aug 1969; POB Behbahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1860747957 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

VALDEZ BENITES, Joel, Avenida Mar Baltico No. 944, Colonia Lombardo Toledano, Culiacan, Sinaloa C.P. 80010, Mexico; DOB 20 Apr 1972; POB Badiraguato, Sinaloa, Mexico; Passport G04809091 (Mexico); C.U.R.P. VABJ720420HSLLNL00 (Mexico) (individual) [SDNTK].

VALDEZ CAJAMARCA, Miguel Eduardo (a.k.a. VALDEZ RUIZ, Miguel Angel), Priv. Bosques de los Olivos 349, Lomas de San Isidro, Culiacan, Sinaloa, Mexico; DOB 19 Oct 1988; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. VARM881019HSLLZG05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

VALDEZ FERNANDEZ, Dora Vanessa, Fray Bernardino de Sahagun 3198, Culiacan, Sinaloa 80240, Mexico; Calle Benito Juarez 820, Culiacan, Sinaloa 80000, Mexico; DOB 08 Nov 1972; POB Durango, Mexico; nationality Mexico; Gender Female; C.U.R.P. VAFD721108MDGLRR06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

VALDEZ GARCIA, Bernardo Antonio (a.k.a. "PAPI CRIS"), Dominican Republic; DOB 31 Jan 1975; POB San Cristobal, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 001-1856559-7 (Dominican Republic) (individual) [SDNTK] (Linked To: CESAR PERALTA DRUG TRAFFICKING ORGANIZATION; Linked To:

SOLUGA SOLUCIONES GASTRONOMICAS SRL).

VALDEZ RODRIGUEZ, Manuel Arturo; DOB 15 Dec 1985; POB Culiacan, Sinaloa, Mexico; C.U.R.P. VARM851215HSLLDN09 (Mexico) (individual) [SDNTK] (Linked To: BUENOS AIRES SERVICIOS, S.A. DE C.V.; Linked To: ESTACIONES DE SERVICIOS CANARIAS, S.A. DE C.V.; Linked To: GASODIESEL Y SERVICIOS ANCONA, S.A. DE C.V.; Linked To: GASOLINERA ALAMOS COUNTRY, S.A. DE C.V.; Linked To: GASOLINERA Y SERVICIOS VILLABONITA, S.A. DE C.V.; Linked To: PETROBARRANCOS, S.A. DE C.V.; Linked To: SERVICIOS CHULAVISTA, S.A. DE C.V.).

VALDEZ RUIZ, Miguel Angel (a.k.a. VALDEZ CAJAMARCA, Miguel Eduardo), Priv. Bosques de los Olivos 349, Lomas de San Isidro, Culiacan, Sinaloa, Mexico; DOB 19 Oct 1988; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. VARM881019HSLLZG05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

VALEEV, Ernest Abdulovich (Cyrillic: ВАЛЕЕВ, Эрнест Абдулович), Russia; DOB 07 Apr 1950; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VALENCHUK, Oleg Dorianovich (Cyrillic: ВАЛЕНЧУК, Олег Дорианович), Russia; DOB 14 Sep 1960; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VALENCIA TRUJILLO, Joaquin Mario, Carrera 122 No. 20-02, Cali, Colombia; Avenida 7 Norte No. 23N-81, Cali, Colombia; DOB 21 Aug 1957; POB Cali, Valle, Colombia; Cedula No. 16626888 (Colombia); Passport 16626888 (Colombia); alt. Passport AC030971 (Colombia); Driver's License No. 76001000150900 (Colombia) (individual) [SDNT].

VALENCIA ZAZUETA, Sandra (a.k.a. LUCERO DE MARTINEZ, Sandra; a.k.a. LUCERO VALENZUELA, Sandra; a.k.a. VALENZUELA, Sandra), Mexico; DOB 29 Oct 1969; POB Nogales, Sonora, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. VAZS691029MSRLZN04 (Mexico); alt.

C.U.R.P. VAZS691029HSRLZN04 (Mexico) (individual) [SDNTK].

VALENZUELA BLANDON, Francisco Ramon, Esteli, Nicaragua; DOB 12 Dec 1963; POB Esteli, Nicaragua; nationality Nicaragua; Gender Male; National ID No. 1611212630005S (Nicaragua) (individual) [NICARAGUA].

VALENZUELA DRUG TRAFFICKING ORGANIZATION, Mexico; Target Type Criminal Organization [ILLICIT-DRUGS-EO14059].

VALENZUELA VALENZUELA, Juan Francisco, Mexico; DOB 03 Dec 1979; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. VAVJ791203HSLLLN08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

VALENZUELA VALENZUELA, Sergio (a.k.a. "GIGIO"; a.k.a. "YIYO"), Mexico; DOB 20 Aug 1969; POB Los Mochis, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. VAVS690820HSLLLR00 (Mexico) (individual) [SDNTK].

VALENZUELA VALENZUELA, Vanessa (a.k.a. DE CORTEZ, Vanessa); DOB 16 Nov 1985; POB Culiacan, Sinaloa, Mexico; C.U.R.P. VAVV851116MSLLLN05 (Mexico) (individual) [SDNTK] (Linked To: BUENOS AIRES SERVICIOS, S.A. DE C.V.; Linked To: ESTACIONES DE SERVICIOS CANARIAS, S.A. DE C.V.; Linked To: GASODIESEL Y SERVICIOS ANCONA, S.A. DE C.V.; Linked To: GASOLINERA ALAMOS COUNTRY, S.A. DE C.V.; Linked To: GASOLINERA Y SERVICIOS VILLABONITA, S.A. DE C.V.; Linked To: PETROBARRANCOS, S.A. DE C.V.).

VALENZUELA VERDUGO, Jorge Mario (a.k.a. "CHOCLOS"), Antonio Rosales 280, Centro Culiacan, Culiacan, Sinaloa 80000, Mexico; De Las Toronjas 1999, Culiacan, Sinaloa 80060, Mexico; Boulevard Constitucion 257 PTE, Colonia Jorge Almada, Culiacan, Sinaloa 80200, Mexico; Angel Flores 624, Colonia Centro, Culiacan, Sinaloa, Mexico; DOB 23 Oct 1982; POB Distrito Federal, Mexico; citizen Mexico; Gender Male; Cedula No. 09084650 (Mexico); R.F.C. VAVJ821023EL8 (Mexico); National ID No. 23038267151 (Mexico); C.U.R.P. VAVJ821023HDFLRR02 (Mexico) (individual) [SDNTK].

VALENZUELA ZUNIGA, Ruben Alejandro, Privada Garcia Conde No. 107, Int. 06, Col. San Felipe, Chihuahua, Chihuaha, Mexico; DOB 16 Dec 1972; POB Torreon, Coahuila; nationality Mexico; citizen Mexico; R.F.C. VAZR721216 (Mexico); Electoral Registry No.

VLZGRB72121605H300 (Mexico); Cartilla de Servicio Militar Nacional B-8193135 (Mexico) (individual) [SDNTK].

VALENZUELA, Sandra (a.k.a. LUCERO DE MARTINEZ, Sandra; a.k.a. LUCERO VALENZUELA, Sandra; a.k.a. VALENCIA ZAZUETA, Sandra), Mexico; DOB 29 Oct 1969; POB Nogales, Sonora, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. VAZS691029MSRLZN04 (Mexico); alt. C.U.R.P. VAZS691029HSRLZN04 (Mexico) (individual) [SDNTK].

VALERIAN LABS DISTRIBUTION CORP. (f.k.a. HOLLYWOOD VAPE LABS, INC.), 1130-1971 Broadway St, Port Coquitlam, British Columbia V3C 0C9, Canada; Company Number 800741142 (Canada); Registration Number BC1053173 (Canada) [ILLICIT-DRUGS-EO14059].

VALERIAN LABS, INC., 1130-1971 Broadway St, Port Coquitlam, British Columbia V3C 0C9, Canada; Website www.valerianlabs.com; Digital Currency Address - XBT bc1qardcxz845jw83vgfvcmewhuxa0ag9gchjwm cfd; Digital Currency Address - ETH 0x983a81ca6FB1e441266D2FbcB7D8E530AC 2E05A2; Digital Currency Address - USDT 0x983a81ca6FB1e441266D2FbcB7D8E530AC 2E05A2; Digital Currency Address - USDC 0x983a81ca6FB1e441266D2FbcB7D8E530AC 2E05A2; Company Number 755260288 (Canada) [ILLICIT-DRUGS-EO14059].

VALETUDO LIMITED, Room 606, 6/F, Hollywood Centre, No. 77-91 Queen's Road West, Sheung Wan, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Apr 2023; Company Number 3268867 (Hong Kong); Business Registration Number 75213585 (Hong Kong) [RUSSIA-EO14024].

VALFAJR 8 SHIPPING CO. (a.k.a. VALFAJR SHIPPING CO.; a.k.a. VALFAJR SHIPPING COMPANY PJS; a.k.a. VALFAJR SHIPPING LINES), Corner of Shabnam Alley 119, Tehran, Iran; No 101, Ghaem Magham Farhani Street, Tehran, Iran; No. 11, Abshar Alley, Corner of Azodi Street, PO Box 15875-4155, Tehran 1581674347, Iran; Valfajr Blvd, Bushehr, Iran; Website www.valfajr.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

VALFAJR SHIPPING CO. (a.k.a. VALFAJR 8 SHIPPING CO.; a.k.a. VALFAJR SHIPPING COMPANY PJS; a.k.a. VALFAJR SHIPPING LINES), Corner of Shabnam Alley 119, Tehran,

Iran; No 101, Ghaem Magham Farhani Street, Tehran, Iran; No. 11, Abshar Alley, Corner of Azodi Street, PO Box 15875-4155, Tehran 1581674347, Iran; Valfajr Blvd, Bushehr, Iran; Website www.valfajr.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

VALFAJR SHIPPING COMPANY PJS (a.k.a. VALFAJR 8 SHIPPING CO.; a.k.a. VALFAJR SHIPPING CO.; a.k.a. VALFAJR SHIPPING LINES), Corner of Shabnam Alley 119, Tehran, Iran; No 101, Ghaem Magham Farhani Street, Tehran, Iran; No. 11, Abshar Alley, Corner of Azodi Street, PO Box 15875-4155, Tehran 1581674347, Iran; Valfajr Blvd, Bushehr, Iran; Website www.valfajr.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

VALFAJR SHIPPING LINES (a.k.a. VALFAJR 8 SHIPPING CO.; a.k.a. VALFAJR SHIPPING CO.; a.k.a. VALFAJR SHIPPING COMPANY PJS), Corner of Shabnam Alley 119, Tehran, Iran; No 101, Ghaem Magham Farhani Street, Tehran, Iran; No. 11, Abshar Alley, Corner of Azodi Street, PO Box 15875-4155, Tehran 1581674347, Iran; Valfajr Blvd, Bushehr, Iran; Website www.valfajr.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

VALGO GRUPO DE INVERSION S.A. DE C.V., Avenida Bogota 3007, Colonia Circunvalacion Americas, Guadalajara, Jalisco CP 44630, Mexico; Folio Mercantil No. 22071 (Mexico) [SDNTK].

VALIAKHMETOV, Vadim (a.k.a. VALIAKHMETOV, Vadym Firdavysovych (Cyrillic: ВАЛИАХМЕТОВ, Вадим Фирдависович); a.k.a. "MENTOS"; a.k.a. "VASM"; a.k.a. "WELDON"), Russia; DOB 07 May 1981; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

VALIAKHMETOV, Vadym Firdavysovych (Cyrillic: ВАЛИАХМЕТОВ, Вадим Фирдависович) (a.k.a. VALIAKHMETOV, Vadim; a.k.a. "MENTOS"; a.k.a. "VASM"; a.k.a. "WELDON"), Russia; DOB 07 May 1981; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

VALIANT MARINE VENTURES FZE (Arabic: م م ح فيتنشرز مارين فاليانت), X2-49, 3rd Floor, SAIF Suite, al-Dhaid Road, SAIF Zone, Sharjah,

United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 14 Oct 2021; Identification Number IMO 6268870; License 19639 (United Arab Emirates); Economic Register Number (CBLS) 11767973 (United Arab Emirates) [IRAN-EO13846].

VALIEV INSTITUTE OF PHYSICS AND TECHNOLOGY OF RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERAL STATE FINANCED INSTITUTION OF SCIENCE PHYSICS AND TECHNOLOGY INSTITUTE NAMED AFTER K. A. VALIEVA OF THE RUSSIAN FEDERATION ACADEMY OF SCIENCES; a.k.a. FTIAN NAMED AFTER K. A. VALIEVA RAN; a.k.a. K.A. VALIEV PHYSICO-TECHNOLOGICAL INSTITUTE RAS; a.k.a. VALIEV IPT RAS), 34 Nakhimovsky Ave, Moscow 117218, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Feb 1994; Tax ID No. 7727084140 (Russia); Registration Number 1037739352155 (Russia) [RUSSIA-EO14024].

VALIEV IPT RAS (a.k.a. FEDERAL STATE FINANCED INSTITUTION OF SCIENCE PHYSICS AND TECHNOLOGY INSTITUTE NAMED AFTER K. A. VALIEVA OF THE RUSSIAN FEDERATION ACADEMY OF SCIENCES; a.k.a. FTIAN NAMED AFTER K. A. VALIEVA RAN; a.k.a. K.A. VALIEV PHYSICO-TECHNOLOGICAL INSTITUTE RAS; a.k.a. VALIEV INSTITUTE OF PHYSICS AND TECHNOLOGY OF RUSSIAN ACADEMY OF SCIENCES), 34 Nakhimovsky Ave, Moscow 117218, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Feb 1994; Tax ID No. 7727084140 (Russia); Registration Number 1037739352155 (Russia) [RUSSIA-EO14024].

VALIULIN, Timur Samirovich, Russia; DOB 20 Dec 1962; POB Krasnozavodsk, Zagorsk District, Moscow Region, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Chief of the General Administration for Combating Extremism of the Ministry of Internal Affairs of the Russian Federation (individual) [UKRAINE-EO13661].

VALIZADEH SHARAK, Ghorban Mohammad (a.k.a. VALIZADEH, Ghorban Mohammad (Arabic: زاده ولی محمد قربان)), Tehran, Iran; DOB 23 Sep 1974; nationality Iran; Additional

Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0872896595 (Iran); Islamic Revolutionary Guard Corps Commander for Tehran Province (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

VALIZADEH, Ghorban Mohammad (Arabic: قربان ولی محمد (محمد ولی زاده (a.k.a. VALIZADEH SHARAK, Ghorban Mohammad), Tehran, Iran; DOB 23 Sep 1974; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0872896595 (Iran); Islamic Revolutionary Guard Corps Commander for Tehran Province (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

VALKOM (a.k.a. OOO VALCOM), Ul. Lomanaya D.10, Saint Petersburg 196084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Mar 1997; Tax ID No. 7825370005 (Russia); Registration Number 1027809248818 (Russia) [RUSSIA-EO14024].

VALKYRIE CONSTRUCTION BUREAU (a.k.a. KB VALKIRIYA; a.k.a. LIMITED LIABILITY COMPANY KONSTRUKTORSKOE BYURO VALKIRIYA), DVLD 1A, Borisovo 141342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Oct 2022; Tax ID No. 5042160830 (Russia); Registration Number 1225000121686 (Russia) [RUSSIA-EO14024].

VALLARTA ESCALANTE, Luis Francisco, Calle Chilam Balam No. 279, Supermanzana 50, Manzana 14, Lote 17, Residencial San Angel, Cancun, Quintana Roo, Mexico; DOB 24 Nov 1979; POB Torreon, Coahuila de Zaragoza, Mexico; R.F.C. VAEL791124NXA (Mexico); C.U.R.P. VAEL791124HCLLSS07 (Mexico) (individual) [SDNTK] (Linked To: GRUPO IMPERGOZA, S.A. DE C.V.; Linked To: SOCIALIKA RENTAS Y CATERING, S.A. DE C.V.).

VALLARTA GARDENS (a.k.a. KOVAY GARDENS), La Cruz de Huanacaxtle, Nayarit, Mexico; Website https://kovaygardens.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2002; Organization Type: Short term accommodation activities [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

VALLARTA GARDENS RESORTS, LLC (a.k.a. HOTEL MANAGEMENT INTERNATIONAL, LLC), San Antonio, TX, United States; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 14 Nov 2012; Organization Type: Other reservation service and related activities; Tax ID No. 32049481941 (Texas) (United States) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: RIVERA MIRAMONTES, Carlos Humberto).

VALLE VALLE DRUG TRAFFICKING ORGANIZATION (a.k.a. LOS VALLES DRUG TRAFFICKING ORGANIZATION) [SDNTK].

VALLE VALLE, Jose Reynerio; DOB 15 Jan 1974; nationality Honduras (individual) [SDNTK].

VALLE VALLE, Juan Antonio, Villa Progreso 1 Arr, Managua, Nicaragua; DOB 04 May 1962; POB Matagalpa, Nicaragua; nationality Nicaragua; Gender Male; Passport D113169 (Nicaragua) issued 05 Jan 2005 expires 04 Jul 2007 (individual) [NICARAGUA] [NICARAGUA-NHRAA].

VALLE VALLE, Luis Alonso; DOB 29 Jun 1969; POB La Encarnacion, Octepeque, Honduras; nationality Honduras (individual) [SDNTK].

VALLE VALLE, Miguel Arnulfo; DOB 02 Jul 1972; POB Florida, Copan, Honduras; nationality Honduras (individual) [SDNTK].

VALLEJO FRANCO, Inigo; DOB 21 May 1976; POB Bilbao (Vizcaya Province), Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 29.036.694; member ETA (individual) [SDGT].

VALOR Y PRINCIPIO DE DAR, A.C. (a.k.a. VALOR Y PRINCIPIO DE DAR, ASOCIACION CIVIL), Fraccion de predio denominado Tecolote y Frenton, (Falda del Cerro), clave catastral D-31-A1-2922, Tepic, Nayarit, Mexico [GLOMAG].

VALOR Y PRINCIPIO DE DAR, ASOCIACION CIVIL (a.k.a. VALOR Y PRINCIPIO DE DAR, A.C.), Fraccion de predio denominado Tecolote y Frenton, (Falda del Cerro), clave catastral D-31-A1-2922, Tepic, Nayarit, Mexico [GLOMAG].

VALOYES FLOREZ, Carmen Yelinet, Polanco, Mexico City, Mexico; DOB 21 Nov 1977; nationality Colombia; alt. nationality Mexico; Gender Female; Passport AQ781120 (Colombia); C.U.R.P. VAFC771121MNELLR09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: WEDDING, Ryan James).

VALPARK, S.A. DE C.V., Avenida David Alfaro Siqueiros 2789, Ofc. 201A, Colonia Zona Rio, Tijuana, Baja California, Mexico; Paseo de los Heroes y Sanchez Taboada, Tijuana, Baja California CP 22320, Mexico [SDNTK].

VALTEX SCIENCE AND TECHNOLOGY (a.k.a. LLC VALTEX-ST (Cyrillic: ООО ВАЛТЕКС-НТ)), Pr Staryi Zykovskii D. 5, Pom. IV, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Feb 2008; Tax ID No. 7714973551 (Russia); Registration Number 1177746136600 (Russia) [RUSSIA-EO14024].

VALUE-ADDED SERVICES LABORATORY VASL (a.k.a. MOBILE VALUE-ADDED SERVICES LABORATORY), 8th Floor, Azadi St., Sharif University of Technology, Tehran, Iran; Website www.vaslab.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

VALUEV, Nikolay Sergeyevich (Cyrillic: ВАЛУЕВ, Николай Сергеевич), Russia; DOB 21 Aug 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VALYAEV, Yuri Konstantinovich (Cyrillic: ВАЛЯЕВ, Юрий Константинович) (a.k.a. VALYAYEV, Yuri Konstantinovich), Russia; DOB 18 Apr 1959; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VALYAYEV, Yuri Konstantinovich (a.k.a. VALYAEV, Yuri Konstantinovich (Cyrillic: ВАЛЯЕВ, Юрий Константинович)), Russia; DOB 18 Apr 1959; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VAN INGEN, Edwin Onno, Netherlands; DOB 17 Aug 1964; nationality Netherlands; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport NWR0J8669 (Netherlands) (individual) [RUSSIA-EO14024].

VANESSA GROUP LIMITED, 20-22 Wenlock Road, London NI 7GU, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2019; UK Company Number 12310562 (United Kingdom) [SDGT] (Linked To: DENIZ, Fadi).

VANESSA IMEX GROUP ITHALAT IHRACAT VE DIS TICARET LIMITED SIRKETI (a.k.a. DENIZ CAPITAL HOLDING AS; a.k.a. FREIGHTEX LOJISTIK DIS TICARET LTD. STI.; a.k.a. VANESSA IMEX SARL), Kazlicesme Mah Kennedy Cad. Buyukyali Ist. St, KBN: 52K/I 76 Zeytinburnu, Istanbul, Turkey; No: 8/3 Mimar Kemalettsn Mahallesi Sair Fitnat Sokak Fatih, Istanbul 34130, Turkey; Bchara Elkhouri, Down Town Sayegh Centre - 2nd Floor, Beirut, Lebanon; Website www.vanessaimex.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Jun 2020; Business Registration Number 1237466 (Turkey); Registration Number 247702-5 (Turkey); Central Registration System Number 0922-1156-5400-0001 (Turkey) [SDGT] (Linked To: DENIZ, Fadi).

VANESSA IMEX SARL (a.k.a. DENIZ CAPITAL HOLDING AS; a.k.a. FREIGHTEX LOJISTIK DIS TICARET LTD. STI.; a.k.a. VANESSA IMEX GROUP ITHALAT IHRACAT VE DIS TICARET LIMITED SIRKETI), Kazlicesme Mah Kennedy Cad. Buyukyali Ist. St, KBN: 52K/I 76 Zeytinburnu, Istanbul, Turkey; No: 8/3 Mimar Kemalettsn Mahallesi Sair Fitnat Sokak Fatih, Istanbul 34130, Turkey; Bchara Elkhouri, Down Town Sayegh Centre - 2nd Floor, Beirut, Lebanon; Website www.vanessaimex.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Jun 2020; Business Registration Number 1237466 (Turkey); Registration Number 247702-5 (Turkey); Central Registration System Number 0922-1156-5400-0001 (Turkey) [SDGT] (Linked To: DENIZ, Fadi).

VANGUARDS FOR THE PROTECTION OF MUSLIMS IN BLACK AFRICA (a.k.a. ANSARU; a.k.a. ANSARUL MUSLIMINA FI BILADIS SUDAN; a.k.a. JAMA'ATU ANSARIL MUSLIMINA FI BILADIS SUDAN; a.k.a. JAMA'ATU ANSARUL MUSLIMINA FI BILADIS-SUDAN; a.k.a. "JAMBS"), Nigeria; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

VANIYA SHIP MANAGEMENT (a.k.a. VANIYA SHIP MANAGEMENT LTD; a.k.a. VANIYA SHIP MANAGEMENT PRIVATE LIMITED; a.k.a. VANIYA SHIP MANAGEMENT PVT LTD), 504, Crescent Tower C.S.No., Kismat Nagar Dheeraj Enclave, NL Road, Oshiwara, Andheri (W), Mumbai, Maharashtra 400053, India; No. 504, Crescent Tower C.S.No., Kismat Nagar, Mumbai City 400053, India; 5th Floor, Samarth Aishwarya, 5012, Off KL Walawalker Road, Andheri (W), Mumbai 400053, India; 504, 5th Floor, Crescent Tower, CST NO.500, Oshiwara off Link Road, Opp. Infinity Mall, Andheri (West), Mumbai, Maharashtra 400 053, India; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 244589 (India); alt. Registration Number U63090MH2013PTC244589 (India) [SDGT] (Linked To: MEHDI GROUP).

VANIYA SHIP MANAGEMENT LTD (a.k.a. VANIYA SHIP MANAGEMENT; a.k.a. VANIYA SHIP MANAGEMENT PRIVATE LIMITED; a.k.a. VANIYA SHIP MANAGEMENT PVT LTD), 504, Crescent Tower C.S.No., Kismat Nagar Dheeraj Enclave, NL Road, Oshiwara, Andheri (W), Mumbai, Maharashtra 400053, India; No. 504, Crescent Tower C.S.No., Kismat Nagar, Mumbai City 400053, India; 5th Floor, Samarth Aishwarya, 5012, Off KL Walawalker Road, Andheri (W), Mumbai 400053, India; 504, 5th Floor, Crescent Tower, CST NO.500, Oshiwara off Link Road, Opp. Infinity Mall, Andheri (West), Mumbai, Maharashtra 400 053, India; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 244589 (India); alt. Registration Number U63090MH2013PTC244589 (India) [SDGT] (Linked To: MEHDI GROUP).

VANIYA SHIP MANAGEMENT PRIVATE LIMITED (a.k.a. VANIYA SHIP MANAGEMENT; a.k.a. VANIYA SHIP MANAGEMENT LTD; a.k.a. VANIYA SHIP MANAGEMENT PVT LTD), 504, Crescent Tower C.S.No., Kismat Nagar Dheeraj Enclave, NL Road, Oshiwara, Andheri (W), Mumbai, Maharashtra 400053, India; No. 504, Crescent Tower C.S.No., Kismat

Nagar, Mumbai City 400053, India; 5th Floor, Samarth Aishwarya, 5012, Off KL Walawalker Road, Andheri (W), Mumbai 400053, India; 504, 5th Floor, Crescent Tower, CST NO.500, Oshiwara off Link Road, Opp. Infinity Mall, Andheri (West), Mumbai, Maharashtra 400 053, India; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 244589 (India); alt. Registration Number U63090MH2013PTC244589 (India) [SDGT] (Linked To: MEHDI GROUP).

VANIYA SHIP MANAGEMENT PVT LTD (a.k.a. VANIYA SHIP MANAGEMENT; a.k.a. VANIYA SHIP MANAGEMENT LTD; a.k.a. VANIYA SHIP MANAGEMENT PRIVATE LIMITED), 504, Crescent Tower C.S.No., Kismat Nagar Dheeraj Enclave, NL Road, Oshiwara, Andheri (W), Mumbai, Maharashtra 400053, India; No. 504, Crescent Tower C.S.No., Kismat Nagar, Mumbai City 400053, India; 5th Floor, Samarth Aishwarya, 5012, Off KL Walawalker Road, Andheri (W), Mumbai 400053, India; 504, 5th Floor, Crescent Tower, CST NO.500, Oshiwara off Link Road, Opp. Infinity Mall, Andheri (West), Mumbai, Maharashtra 400 053, India; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 244589 (India); alt. Registration Number U63090MH2013PTC244589 (India) [SDGT] (Linked To: MEHDI GROUP).

VANKORNEFT (a.k.a. CJSC VANKORNEFT; a.k.a. ZAO VANKORNEFT), Dobrovolcheskoy Brigady St., 15, Krasnoyarsk Territory 660077, Russia; Ul. 78 Dobrovolcheskoi Brigady D. 15, Pervaya Bashnya, Floor 9, Krasnoyarsk 660077, Russia; Ul. Shadrina A.E. D. 20, Turukhansk 663230, Russia; Email Address info@vankoroil.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia- Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2437261631 (Russia); Registration Number 1042400920077 (Russia); For more information on directives, please visit the following link:

http://www.treasury.gov/resource- center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA- EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

VANOY MURILLO, Ramiro (a.k.a. VANOY RAMIREZ, Ramiro; a.k.a. "CUCO"), Carrera 86 No. 13B-89, Apt. 302F, Cali, Colombia; DOB 31 Mar 1948; POB Yacopi, Cundinamarca, Colombia; nationality Colombia; citizen Colombia; Cedula No. 462653 (Colombia) (individual) [SDNT].

VANOY RAMIREZ, Ramiro (a.k.a. VANOY MURILLO, Ramiro; a.k.a. "CUCO"), Carrera 86 No. 13B-89, Apt. 302F, Cali, Colombia; DOB 31 Mar 1948; POB Yacopi, Cundinamarca, Colombia; nationality Colombia; citizen Colombia; Cedula No. 462653 (Colombia) (individual) [SDNT].

VARABEI, Mikalai Mikalaevich (Cyrillic: ВАРАБЕЙ, Мікалай Мікалаевіч) (a.k.a. VARABEY, Mikalai; a.k.a. VERABEI, Mikalai Mikalaevich (Cyrillic: ВЕРАБЕЙ, Мікалай Мікалаевіч); a.k.a. VERABEY, Mikalai (Cyrillic: ВЕРАБЕЙ, Мікалай); a.k.a. VOROBEI, Mykola Mykolaiovych; a.k.a. VOROBEI, Nikolai; a.k.a. VOROBEY, Nikolay (Cyrillic: ВОРОБЕЙ, Николай); a.k.a. VOROBEY, Nikolay Nikolaevich (Cyrillic: ВОРОБЕЙ, Николай Николаевич)), Belarus; DOB 04 May 1963; POB Ukraine; Gender Male (individual) [BELARUS].

VARABEY, Mikalai (a.k.a. VARABEI, Mikalai Mikalaevich (Cyrillic: ВАРАБЕЙ, Мікалай Мікалаевіч); a.k.a. VERABEI, Mikalai Mikalaevich (Cyrillic: ВЕРАБЕЙ, Мікалай Мікалаевіч); a.k.a. VERABEY, Mikalai (Cyrillic: ВЕРАБЕЙ, Мікалай); a.k.a. VOROBEI, Mykola Mykolaiovych; a.k.a. VOROBEI, Nikolai; a.k.a. VOROBEY, Nikolay (Cyrillic: ВОРОБЕЙ, Николай); a.k.a. VOROBEY, Nikolay Nikolaevich (Cyrillic: ВОРОБЕЙ, Николай Николаевич)), Belarus; DOB 04 May 1963; POB Ukraine; Gender Male (individual) [BELARUS].

VARELA BUSTOS, Fernando, B. Centro Not El Dovio Valle DRM, Colombia; DOB 02 Feb 1959; nationality Colombia; citizen Colombia; Cedula No. 0071622765 (Colombia) (individual) [SDNT].

VARELA DE LEON, Hector, Panama; DOB 14 Nov 1968; nationality Panama; Gender Male; Passport PA1221409 (Panama) expires 21 Feb 2029; Identification Number 2-120-825 (Panama) (individual) [IRAN-EO13902].

VARELA RANGEL, Maria Iris (Latin: VARELA RANGEL, María Iris), Caracas, Capital District, Venezuela; DOB 09 Mar 1967; POB San Cristobal, Tachira, Venezuela; citizen Venezuela; Gender Female; Cedula No. 9242760 (Venezuela); Passport 8882000 (Venezuela); Member of Venezuela's Presidential Commission for the Constituent Assembly; Venezuela's Former Minister of the Penitentiary Service (individual) [VENEZUELA].

VARELLA LOPEZ, Ton (a.k.a. LOPEZ, Favian Felipe; a.k.a. VERA LOPEZ, Fabian Felipe; a.k.a. VERA LOPEZ, Felipe), Mexico; DOB 28 Oct 1967; POB Guadalajara, Jalisco, Mexico; C.U.R.P. VELF671028HJCRPL08 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS).

VARFOLOMEEV, Alexander Georgyevich (Cyrillic: ВАРФОЛОМЕЕВ, Александр Георгиевич) (a.k.a. VARFOLOMEYEV, Aleksandr Georgyevich), Russia; DOB 04 Jun 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VARFOLOMEYEV, Aleksandr Georgyevich (a.k.a. VARFOLOMEEV, Alexander Georgyevich (Cyrillic: ВАРФОЛОМЕЕВ, Александр Георгиевич)), Russia; DOB 04 Jun 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VARGAS GARCIA, Nabor, Mexico; DOB 12 Jul 1976; POB Pachuca, Hidalgo, Mexico; alt. POB Pachuca De Soto, Hidalgo, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. VAGN760712HHGRRB06 (Mexico) (individual) [SDNTK].

VARGAS MORALES, Jorge Estuardo (a.k.a. VARGAS, Jorge), Kilometro 19.5 Carretera A Fraijanes, Lote 69A, Guatemala City, Guatemala; DOB 22 Aug 1973; POB Guatemala; nationality Guatemala; Gender Male; Passport 223273090 (Guatemala) expires 24 Oct 2022; National ID No. 2232730900101 (Guatemala); Guatemalan Congressman (individual) [GLOMAG].

VARGAS, Jorge (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

VARGAS, Jorge (a.k.a. VARGAS MORALES, Jorge Estuardo), Kilometro 19.5 Carretera A Fraijanes, Lote 69A, Guatemala City, Guatemala; DOB 22 Aug 1973; POB Guatemala; nationality Guatemala; Gender Male; Passport 223273090 (Guatemala) expires 24 Oct 2022; National ID No. 2232730900101 (Guatemala); Guatemalan Congressman (individual) [GLOMAG].

VARIEDADES BRITNEY, Carrera 24A #3-58, Cali, Valle, Colombia; Matricula Mercantil No 606223-2 (Cali) [SDNTK].

VARIEDADES HARB SPORT, Cra. 50A # 83-165, Ofc. 402, Medellin, Colombia; NIT # 6070026706 (Colombia) [SDNT].

VARON CADENA, Greilyn Fernando (a.k.a. "MARTIN BALA"); DOB 02 Mar 1982; POB Cali, Valle, Colombia; citizen Colombia; Cedula No. 16943202 (Colombia) (individual) [SDNTK] (Linked To: INMOBILIARIA FER CADENA).

VARON CADENA, Ingrid Edith, Spain; DOB 21 Sep 1976; POB Cali, Valle, Colombia; citizen Colombia; Cedula No. 31479317 (Colombia) (individual) [SDNTK] (Linked To: LITOGRAFIA VARON).

VARON CADENA, Maribel, Spain; DOB 27 Dec 1977; POB Cali, Valle, Colombia; citizen Colombia; Cedula No. 31480963 (Colombia) (individual) [SDNTK] (Linked To: VARIEDADES BRITNEY).

VARSHAVSKIY, Boris Nikolaevich (Cyrillic: ВАРШАВСКИЙ, Борис Николаевич), Russia; DOB 21 Dec 1978; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 420534788198 (Russia) (individual) [RUSSIA-EO14024].

VASANOVICH, Marina Evgenyevna (Cyrillic: ВАСАНОВИЧ, Марина Евгеньевна) (a.k.a. VASANOVICH, Marina Yevgenyevna), Russia; DOB 21 Nov 2003; POB Novocherkassk, Rostovskaya Oblast, Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 761424486 (Russia) expires 23 Aug 2029; National ID No. 40 23 685988 (Russia) (individual) [CAATSA - RUSSIA] [CYBER4] (Linked To: ZELENYUK, Sergey Sergeyevich).

VASANOVICH, Marina Yevgenyevna (a.k.a. VASANOVICH, Marina Evgenyevna (Cyrillic: ВАСАНОВИЧ, Марина Евгеньевна)), Russia; DOB 21 Nov 2003; POB Novocherkassk, Rostovskaya Oblast, Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 761424486 (Russia) expires 23 Aug 2029; National ID No. 40 23 685988 (Russia) (individual) [CAATSA - RUSSIA] [CYBER4] (Linked To: ZELENYUK, Sergey Sergeyevich).

VASEGHI, Layla (a.k.a. VASEGHI, Leila (Arabic: ليلا واثقى); a.k.a. VASEGHI, Leyla; a.k.a. VASEQI, Layla), Iran; DOB 1973; alt. DOB 1972; POB Sari, Mazandaran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female (individual) [IRAN-HR].

VASEGHI, Leila (Arabic: ليلا واثقى) (a.k.a. VASEGHI, Layla; a.k.a. VASEGHI, Leyla; a.k.a. VASEQI, Layla), Iran; DOB 1973; alt. DOB 1972; POB Sari, Mazandaran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female (individual) [IRAN-HR].

VASEGHI, Leyla (a.k.a. VASEGHI, Layla; a.k.a. VASEGHI, Leila (Arabic: ليلا واثقى); a.k.a. VASEQI, Layla), Iran; DOB 1973; alt. DOB 1972; POB Sari, Mazandaran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female (individual) [IRAN-HR].

VASEPARI SEPEHR PARS, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

VASEQI, Layla (a.k.a. VASEGHI, Layla; a.k.a. VASEGHI, Leila (Arabic: ليلا واثقى); a.k.a. VASEGHI, Leyla), Iran; DOB 1973; alt. DOB 1972; POB Sari, Mazandaran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female (individual) [IRAN-HR].

VASHKEVICH, Vladimir (a.k.a. VASHKEVICH, Vladimir Vladimirovich (Cyrillic: ВАШКЕВИЧ, Владимир Владимирович)), 99-1-39, Mayakovskogo St., Minsk, Belarus (Cyrillic: 99-1-39, ул. Маяковского, г. Минск, Belarus); DOB 29 Nov 1977; nationality Belarus; Gender Male; National ID No. 3291177B038PB2

(Belarus); Tax ID No. AB3145969 (Belarus) (individual) [BELARUS-EO14038].

VASHKEVICH, Vladimir Vladimirovich (Cyrillic: ВАШКЕВИЧ, Владимир Владимирович) (a.k.a. VASHKEVICH, Vladimir), 99-1-39, Mayakovskogo St., Minsk, Belarus (Cyrillic: 99-1-39, ул. Маяковского, г. Минск, Belarus); DOB 29 Nov 1977; nationality Belarus; Gender Male; National ID No. 3291177B038PB2 (Belarus); Tax ID No. AB3145969 (Belarus) (individual) [BELARUS-EO14038].

VASIC, Dragomir, Bosnia and Herzegovina; DOB 1964; POB Brnjica, Bosina-Herzegovina (individual) [BALKANS].

VASILCHENKO, Gleb Igorevich, Russia; DOB 13 Apr 1991; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

VASILEIADI, Anna Maria (a.k.a. VASSILIADES, Anna Maria (Greek: ΒΑΣΙΛΕΙΑΔΗ, Άννα Μαρια); a.k.a. VASSILIADES, Maria Anna; a.k.a. VASSILIADOU, Anna Maria), 35 Grosvenor Street, 1st Floor Offices, London W1K 4QX, United Kingdom; The Navarino Penthouse, 18 Navarinou, Nicosia 1100, Cyprus; Apartment 501, Marconi House, 335 The Strand, Aldwych, London WC2B 5EN, United Kingdom; 18 Navarino Street, 5th Floor, Ayios Andreas, Nicosia 1100, Cyprus; DOB 26 Apr 1987; POB Nicosia, Cyprus; nationality Cyprus; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport K00415052 (Cyprus); National ID No. 1090912 (Cyprus) (individual) [RUSSIA-EO14024] (Linked To: VASSILIADES & CO UK LIMITED).

VASILEIADIS, Giorgos (a.k.a. VASILIADIS, Giorgos; a.k.a. VASSILIADES, Giorgos (Greek: ΒΑΣΙΛΕΙΑΔΗΣ, Γιωργοσ)), Flat 28, Aria House, 5-15 Newton Street, Holborn, London WC2B 5EN, United Kingdom; 35 Grosvenor Street, London W1K 4QX, United Kingdom; DOB 22 Feb 1991; nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 985049 (Cyprus); alt. National ID No. 286953810001 (United Kingdom) (individual) [RUSSIA-EO14024] (Linked To: VASSILIADES, Christodoulos Georgiou).

VASILEIADIS, Hristodoylos G. (a.k.a. VASILIADIS, Christodoulos G.; a.k.a. VASSILIADES, Christodoulos G.; a.k.a. VASSILIADES, Christodoulos Georgiou (Greek: ΒΑΣΙΛΕΙΑΔΗΣ, Χριστοδουλοσ Γεωργίου)), 10

Doiranis Engomi, Nicosia, Cyprus; 20 Vassilissis Freiderikis El Greco House, 1st Floor, Apt. 104, Nicosia, Cyprus; 35 Grosvenor Street, 1st Floor Offices, London W1K 4QX, United Kingdom; DOB 31 Mar 1957; POB Limassol, Cyprus; nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport K00162155 (Cyprus); alt. Passport K00463863 (Cyprus); National ID No. 00529498S (Cyprus); alt. National ID No. 529498 (Cyprus); alt. National ID No. 150000890001 (United Kingdom) (individual) [RUSSIA-EO14024].

VASILENKO, Dmitriy Yuryevich (Cyrillic: ВАСИЛЕНКО, Дмитрий Юрьевич) (a.k.a. VASILENKO, Dmitry), Russia; DOB 11 May 1969; POB Kirishi, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VASILENKO, Dmitry (a.k.a. VASILENKO, Dmitriy Yuryevich (Cyrillic: ВАСИЛЕНКО, Дмитрий Юрьевич)), Russia; DOB 11 May 1969; POB Kirishi, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VASILEVA, Evgeniya Nikolaevna (Cyrillic: ВАСИЛЬЕВА, Евгения Николаевна) (a.k.a. VASLEVA, Evgeniia Nikolayevna), 6 Molochnyy Lane Apt. 4, Moscow 119034, Russia; DOB 20 Feb 1979; POB St. Petersburg, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 759330304 (Russia); National ID No. 4003281235 (Russia); Tax ID No. 781423329246 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SERDYUKOV, Anatoly Eduardovich).

VASILIADIS, Christodoulos G. (a.k.a. VASILEIADIS, Hristodoylos G.; a.k.a. VASSILIADES, Christodoulos G.; a.k.a. VASSILIADES, Christodoulos Georgiou (Greek: ΒΑΣΙΛΕΙΑΔΗΣ, Χριστοδουλοσ Γεωργίου)), 10 Doiranis Engomi, Nicosia, Cyprus; 20 Vassilissis Freiderikis El Greco House, 1st Floor, Apt. 104, Nicosia, Cyprus; 35 Grosvenor Street, 1st Floor Offices, London W1K 4QX, United Kingdom; DOB 31 Mar 1957; POB Limassol, Cyprus; nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11

of Executive Order 14024.; Passport K00162155 (Cyprus); alt. Passport K00463863 (Cyprus); National ID No. 00529498S (Cyprus); alt. National ID No. 529498 (Cyprus); alt. National ID No. 150000890001 (United Kingdom) (individual) [RUSSIA-EO14024].

VASILIADIS, Giorgos (a.k.a. VASILEIADIS, Giorgos; a.k.a. VASSILIADES, Giorgos (Greek: ΒΑΣΙΛΕΙΑΔΗΣ, Γιωργοσ)), Flat 28, Aria House, 5-15 Newton Street, Holborn, London WC2B 5EN, United Kingdom; 35 Grosvenor Street, London W1K 4QX, United Kingdom; DOB 22 Feb 1991; nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 985049 (Cyprus); alt. National ID No. 286953810001 (United Kingdom) (individual) [RUSSIA-EO14024] (Linked To: VASSILIADES, Christodoulos Georgiou).

VASILIEV, Anatoly Ivanovich (Cyrillic: ВАСИЛЬЕВ, Анатолий Иванович) (a.k.a. VASILYEV, Anatoliy Ivanovich), Minsk, Belarus; DOB 1978; POB Georgia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

VASILIEV, Kirill (a.k.a. VASILIEV, Kirill Yurievich (Cyrillic: ВАСИЛЬЕВ, Кирилл Юрьевич); a.k.a. VASILYEV, Kirill), Russia; DOB 22 Feb 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773721109701 (Russia) (individual) [RUSSIA-EO14024].

VASILIEV, Kirill Yurievich (Cyrillic: ВАСИЛЬЕВ, Кирилл Юрьевич) (a.k.a. VASILIEV, Kirill; a.k.a. VASILYEV, Kirill), Russia; DOB 22 Feb 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773721109701 (Russia) (individual) [RUSSIA-EO14024].

VASILIEV, Vladimir Abdualievich (Cyrillic: ВАСИЛЬЕВ, Владимир Абдуалиевич), Russia; DOB 11 Aug 1949; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VASILJEVIC, Mitar; DOB 25 Aug 1954; POB Durevici, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

VASILKOVA, Maria Viktorovna (Cyrillic: ВАСИЛЬКОВА, Мария Викторовна), Russia; DOB 13 Feb 1978; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the

State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VASILYEV, Anatoliy Ivanovich (a.k.a. VASILIEV, Anatoly Ivanovich (Cyrillic: ВАСИЛЬЕВ, Анатолий Иванович)), Minsk, Belarus; DOB 1978; POB Georgia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

VASILYEV, Kirill (a.k.a. VASILIEV, Kirill; a.k.a. VASILIEV, Kirill Yurievich (Cyrillic: ВАСИЛЬЕВ, Кирилл Юрьевич)), Russia; DOB 22 Feb 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773721109701 (Russia) (individual) [RUSSIA-EO14024].

VASILYEV, Nikolay Ivanovich (Cyrillic: ВАСИЛЬЕВ, Николай Иванович), Russia; DOB 28 Mar 1958; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VASILYEV, Valery Nikolayevich (Cyrillic: ВАСИЛЬЕВ, Валерий Николаевич), Russia; DOB 17 Jul 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VASINSKYI, Yaroslav (Cyrillic: ВАСИНСКИЙ, Ярослав), Ukraine; DOB 20 Oct 1999; POB Ukraine; citizen Ukraine; Gender Male; Digital Currency Address - XBT 35QpLWYkvD3ALhjbge5bK2kd7HfHYcDMu3; alt. Digital Currency Address - XBT 3NQ1aa9ceirMJ1JvRq3eXefvXj1L639fzX; alt. Digital Currency Address - XBT 3BsyZ7qRFSi3NsaoV1Ff724qAgrEpjVUHm; alt. Digital Currency Address - XBT 372Wk9NLrMkJzKgqJdatWJy4bYRfxFjgat (individual) [CYBER2].

VASLEVA, Evgeniia Nikolayevna (a.k.a. VASILEVA, Evgeniya Nikolaevna (Cyrillic: ВАСИЛЬЕВА, Евгения Николаевна)), 6 Molochnyy Lane Apt. 4, Moscow 119034, Russia; DOB 20 Feb 1979; POB St. Petersburg, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 759330304 (Russia); National ID No. 4003281235 (Russia); Tax ID No. 781423329246 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SERDYUKOV, Anatoly Eduardovich).

VASQUES HERNANDEZ, Alfredo (a.k.a. BAZAN OROZCO, Alberto; a.k.a. VASQUEZ HERNANDEZ, Alfredo; a.k.a. VAZQUEZ HERNANDEZ, Alfredo; a.k.a. "ALFREDO COMPADRE"; a.k.a. "DON ALFREDO"), Manuel Clouthier #486, Colonia Prados Vallarta, Guadalajara, Jalisco, Mexico; Plaza Del Sol Local #28, Zona R, Guadalajara, Jalisco, Mexico; Paseo Del Heliotropo 3426, Monraz, Guadalajara, Jalisco, Mexico; DOB 09 Aug 1955; POB Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 02140193905 (Mexico); alt. Passport 97140107075 (Mexico); C.U.R.P. VAHA550809HJCZRL02 (Mexico) (individual) [SDNTK].

VASQUEZ HERNANDEZ, Alfredo (a.k.a. BAZAN OROZCO, Alberto; a.k.a. VASQUES HERNANDEZ, Alfredo; a.k.a. VAZQUEZ HERNANDEZ, Alfredo; a.k.a. "ALFREDO COMPADRE"; a.k.a. "DON ALFREDO"), Manuel Clouthier #486, Colonia Prados Vallarta, Guadalajara, Jalisco, Mexico; Plaza Del Sol Local #28, Zona R, Guadalajara, Jalisco, Mexico; Paseo Del Heliotropo 3426, Monraz, Guadalajara, Jalisco, Mexico; DOB 09 Aug 1955; POB Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 02140193905 (Mexico); alt. Passport 97140107075 (Mexico); C.U.R.P. VAHA550809HJCZRL02 (Mexico) (individual) [SDNTK].

VASQUEZ MIRELES, Victor Manuel (a.k.a. VAZQUEZ MIRELES, Victor Manuel), Guadalupe, Nuevo Leon, Mexico; San Nicholas, Nuevo Leon, Mexico; Tampico, Tamaulipas, Mexico; Calle Abelardo Rodriguez, Matamoros, Tamaulipas, Mexico; DOB 03 Jun 1967; alt. DOB 03 Jun 1977; POB Tamaulipas, Mexico; alt. POB Mexico; nationality Mexico; citizen Mexico; C.U.R.P. VAMV670603HTSZRC06 (Mexico) (individual) [SDNTK].

VASQUEZ VALENCIA, Natalia Andrea, c/o AGROGANADERA LOS SANTOS S.A., Medellin, Colombia; c/o ASES DE COMPETENCIA Y CIA. S.A., Medellin, Colombia; c/o FRANZUL S.A., Medellin, Colombia; c/o HIERROS DE JERUSALEM S.A., Medellin, Colombia; c/o TAXI AEREO ANTIOQUENO S.A., Medellin, Colombia; DOB 01 Oct 1974; POB Medellin, Colombia; Cedula No. 43587931 (Colombia) (individual) [SDNT].

VASSILIADES & CO UK LIMITED (a.k.a. VASSILIADES AND CO UK LIMITED), 35 Grosvenor Street, 1st Floor Offices, London W1K 4QX, United Kingdom; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Organization Established Date 02 Jan 2015; Registration Number 09371804 (United Kingdom) [RUSSIA-EO14024] (Linked To: VASSILIADES, Christodoulos Georgiou).

VASSILIADES & CO. MALTA LIMITED (a.k.a. VASSILIADES AND CO. MALTA LIMITED), 17 Macerata Street, Floriana FRN 1080, Malta; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Jun 2013; Registration Number C60982 (Malta) [RUSSIA-EO14024] (Linked To: VASSILIADES, Christodoulos Georgiou).

VASSILIADES AND CO UK LIMITED (a.k.a. VASSILIADES & CO UK LIMITED), 35 Grosvenor Street, 1st Floor Offices, London W1K 4QX, United Kingdom; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jan 2015; Registration Number 09371804 (United Kingdom) [RUSSIA-EO14024] (Linked To: VASSILIADES, Christodoulos Georgiou).

VASSILIADES AND CO. MALTA LIMITED (a.k.a. VASSILIADES & CO. MALTA LIMITED), 17 Macerata Street, Floriana FRN 1080, Malta; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Jun 2013; Registration Number C60982 (Malta) [RUSSIA-EO14024] (Linked To: VASSILIADES, Christodoulos Georgiou).

VASSILIADES, Anna Maria (Greek: ΒΑΣΙΛΕΙΑΔΗ, Άννα Μαρια) (a.k.a. VASILEIADI, Anna Maria; a.k.a. VASSILIADES, Maria Anna; a.k.a. VASSILIADOU, Anna Maria), 35 Grosvenor Street, 1st Floor Offices, London W1K 4QX, United Kingdom; The Navarino Penthouse, 18 Navarinou, Nicosia 1100, Cyprus; Apartment 501, Marconi House, 335 The Strand, Aldwych, London WC2B 5EN, United Kingdom; 18 Navarino Street, 5th Floor, Ayios Andreas, Nicosia 1100, Cyprus; DOB 26 Apr 1987; POB Nicosia, Cyprus; nationality Cyprus; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport K00415052 (Cyprus); National ID No. 1090912 (Cyprus) (individual) [RUSSIA-EO14024] (Linked To: VASSILIADES & CO UK LIMITED).

VASSILIADES, Christodoulos G. (a.k.a. VASILEIADIS, Hristodoylos G.; a.k.a. VASILIADIS, Christodoulos G.; a.k.a. VASSILIADES, Christodoulos Georgiou (Greek: ΒΑΣΙΛΕΙΑΔΗΣ, Χριστοδουλοσ Γεωργίου)), 10 Doiranis Engomi, Nicosia, Cyprus; 20

Vassilissis Freiderikis El Greco House, 1st Floor, Apt. 104, Nicosia, Cyprus; 35 Grosvenor Street, 1st Floor Offices, London W1K 4QX, United Kingdom; DOB 31 Mar 1957; POB Limassol, Cyprus; nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport K00162155 (Cyprus); alt. Passport K00463863 (Cyprus); National ID No. 00529498S (Cyprus); alt. National ID No. 529498 (Cyprus); alt. National ID No. 150000890001 (United Kingdom) (individual) [RUSSIA-EO14024].

VASSILIADES, Christodoulos Georgiou (Greek: ΒΑΣΙΛΕΙΑΔΗΣ, Χριστοδουλοσ Γεωργίου) (a.k.a. VASILEIADIS, Hristodoylos G.; a.k.a. VASSILIADIS, Christodoulos G.; a.k.a. VASSILIADES, Christodoulos G.), 10 Doiranis Engomi, Nicosia, Cyprus; 20 Vassilissis Freiderikis El Greco House, 1st Floor, Apt. 104, Nicosia, Cyprus; 35 Grosvenor Street, 1st Floor Offices, London W1K 4QX, United Kingdom; DOB 31 Mar 1957; POB Limassol, Cyprus; nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport K00162155 (Cyprus); alt. Passport K00463863 (Cyprus); National ID No. 00529498S (Cyprus); alt. National ID No. 529498 (Cyprus); alt. National ID No. 150000890001 (United Kingdom) (individual) [RUSSIA-EO14024].

VASSILIADES, Giorgos (Greek: ΒΑΣΙΛΕΙΑΔΗΣ, Γιωργοσ) (a.k.a. VASILEIADIS, Giorgos; a.k.a. VASSILIADIS, Giorgos), Flat 28, Aria House, 5-15 Newton Street, Holborn, London WC2B 5EN, United Kingdom; 35 Grosvenor Street, London W1K 4QX, United Kingdom; DOB 22 Feb 1991; nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 985049 (Cyprus); alt. National ID No. 286953810001 (United Kingdom) (individual) [RUSSIA-EO14024] (Linked To: VASSILIADES, Christodoulos Georgiou).

VASSILIADES, Maria Anna (a.k.a. VASILEIADI, Anna Maria; a.k.a. VASSILIADES, Anna Maria (Greek: ΒΑΣΙΛΕΙΑΔΗ, Άννα Μαρια); a.k.a. VASSILIADOU, Anna Maria), 35 Grosvenor Street, 1st Floor Offices, London W1K 4QX, United Kingdom; The Navarino Penthouse, 18 Navarinou, Nicosia 1100, Cyprus; Apartment 501, Marconi House, 335 The Strand, Aldwych, London WC2B 5EN, United Kingdom; 18 Navarino Street, 5th Floor, Ayios Andreas, Nicosia 1100, Cyprus; DOB 26 Apr 1987; POB Nicosia, Cyprus; nationality Cyprus; Gender

Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport K00415052 (Cyprus); National ID No. 1090912 (Cyprus) (individual) [RUSSIA-EO14024] (Linked To: VASSILIADES & CO UK LIMITED).

VASSILIADOU, Anna Maria (a.k.a. VASILEIADI, Anna Maria; a.k.a. VASSILIADES, Anna Maria (Greek: ΒΑΣΙΛΕΙΑΔΗ, Άννα Μαρια); a.k.a. VASSILIADES, Maria Anna), 35 Grosvenor Street, 1st Floor Offices, London W1K 4QX, United Kingdom; The Navarino Penthouse, 18 Navarinou, Nicosia 1100, Cyprus; Apartment 501, Marconi House, 335 The Strand, Aldwych, London WC2B 5EN, United Kingdom; 18 Navarino Street, 5th Floor, Ayios Andreas, Nicosia 1100, Cyprus; DOB 26 Apr 1987; POB Nicosia, Cyprus; nationality Cyprus; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport K00415052 (Cyprus); National ID No. 1090912 (Cyprus) (individual) [RUSSIA-EO14024] (Linked To: VASSILIADES & CO UK LIMITED).

VAST MARINE INC (a.k.a. VAST MARINE INCORPORATED), 80 Broad Street, Monrovia, Liberia; Organization Established Date 2023; Identification Number IMO 6421571 [IRAN-EO13902].

VAST MARINE INCORPORATED (a.k.a. VAST MARINE INC), 80 Broad Street, Monrovia, Liberia; Organization Established Date 2023; Identification Number IMO 6421571 [IRAN-EO13902].

VASYUTA, Andrey Gennadievich; DOB 07 Mar 1965; POB Simferopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

VATO 2002 EOOD, 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2002; Government Gazette Number 130839906 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

VAVILOV STATE OPTICAL INSTITUTE (a.k.a. JSC RESEARCH AND PRODUCTION SI VAVILOV; a.k.a. RESEARCH AND PRODUCTION CORPORATION SI VAVILOV SOI; a.k.a. RESEARCH AND TECHNOLOGICAL INSTITUTE OF OPTICAL MATERIALS ALL RUSSIA SCIENTIFIC CENTER SI VAVILOV STATE OPTICAL INSTITUTE), Ul. Babushkina D. 36, Korp. 1, Saint Petersburg 192171, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811483834 (Russia);

Registration Number 1117847038121 (Russia) [RUSSIA-EO14024].

VAVULIN, Dmitri Nikolaevich (Cyrillic: ВАВУЛИН, Дмитрий Николаевич), Moscow, Russia; DOB 1969; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

VAWARC (a.k.a. VLADIMIROVKA ADVANCED WEAPONS AND RESEARCH COMPLEX), Astrakhan Oblast, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Defense activities [RUSSIA-EO14024].

VAYA, Mukesh Mansukhlal, United Arab Emirates; DOB 19 Sep 1971; nationality Kenya; Gender Male; Passport CK65184 (Kenya) expires 05 Sep 2032 (individual) [GLOMAG] (Linked To: PATTNI, Kamlesh Mansukhlal Damji).

VAYA, Sanjay Keshavji, Zimbabwe; DOB 04 Sep 1971; nationality Kenya; Gender Male; Passport A1149518 (Kenya) expires 14 Jun 2017 (individual) [GLOMAG] (Linked To: PATTNI, Kamlesh Mansukhlal Damji).

VAYNBERG, Aleksandr Vladelenovich (a.k.a. VAINBERG, Alexander Vladelenovich (Cyrillic: ВАЙНБЕРГ, Александр Владеленович)), Russia; DOB 02 Feb 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VAZIR (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN

HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

VAZIR (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

VAZIR (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

VAZIR (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

VAZIRI, Ahmad (a.k.a. VAZIRI, Ahmed; a.k.a. VAZIRI, Hossein Nosratollah), 3-C-C Impiana Condo Jalan, Ulu Klang, Kuala Lumpur, Malaysia; DOB 21 Mar 1961; POB Damghan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport R19246338 (Iran) (individual) [NPWMD] [IFSR].

VAZIRI, Ahmed (a.k.a. VAZIRI, Ahmad; a.k.a. VAZIRI, Hossein Nosratollah), 3-C-C Impiana Condo Jalan, Ulu Klang, Kuala Lumpur, Malaysia; DOB 21 Mar 1961; POB Damghan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport R19246338 (Iran) (individual) [NPWMD] [IFSR].

VAZIRI, Hossein Nosratollah (a.k.a. VAZIRI, Ahmad; a.k.a. VAZIRI, Ahmed), 3-C-C Impiana Condo Jalan, Ulu Klang, Kuala Lumpur, Malaysia; DOB 21 Mar 1961; POB Damghan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport R19246338 (Iran) (individual) [NPWMD] [IFSR].

VAZIRI, Reza; DOB 05 Mar 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T45534988 (Iran) expires 08 May 2023 (individual) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

VAZQUEZ ALVARADO, Edgar Aaron, Mexico City, Mexico; DOB 14 Feb 1984; POB Mexico City, Mexico; nationality Mexico; Gender Male; Passport G22772181 (Mexico); C.U.R.P. VAAE840214HDFZLD02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: WEDDING, Ryan James).

VAZQUEZ HERNANDEZ, Alfredo (a.k.a. BAZAN OROZCO, Alberto; a.k.a. VASQUES HERNANDEZ, Alfredo; a.k.a. VASQUEZ HERNANDEZ, Alfredo; a.k.a. "ALFREDO COMPADRE"; a.k.a. "DON ALFREDO"), Manuel Clouthier #486, Colonia Prados Vallarta, Guadalajara, Jalisco, Mexico; Plaza Del Sol Local #28, Zona R, Guadalajara, Jalisco, Mexico; Paseo Del Heliotropo 3426, Monraz, Guadalajara, Jalisco, Mexico; DOB 09 Aug 1955; POB Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 02140193905 (Mexico); alt. Passport 97140107075 (Mexico); C.U.R.P. VAHA550809HJCZRL02 (Mexico) (individual) [SDNTK].

VAZQUEZ MIRELES, Victor Manuel (a.k.a. VASQUEZ MIRELES, Victor Manuel), Guadalupe, Nuevo Leon, Mexico; San Nicholas, Nuevo Leon, Mexico; Tampico, Tamaulipas, Mexico; Calle Abelardo Rodriguez, Matamoros, Tamaulipas, Mexico; DOB 03 Jun 1967; alt. DOB 03 Jun 1977; POB Tamaulipas, Mexico; alt. POB Mexico; nationality Mexico; citizen Mexico; C.U.R.P. VAMV670603HTSZRC06 (Mexico) (individual) [SDNTK].

VAZQUEZ VILLAVICENCIO, Gabriela, Edificio G-11 Interior No. 24, Unidad Habitacional, Lomas de Plateros, Delegacion Alvaro Obregon, Distrito Federal Codigo Postal 01480, Mexico; Calle Campos Eliseos No. 403 Interior 202, Colonia Polanco, Delegacion Miguel Hidalgo, Distrito Federal Codigo Postal 11550, Mexico; Calle Moliere No. 66, Colonia Palmas Polanco, Delegacion Miguel Hidalgo, Distrito Federal Codigo Postal 11560, Mexico; Calle Ferrocarril de Cintura No. 300, Colonia Carranza Emilio, Delegacion Venustiano Carranza, Distrito Federal Codigo Postal 15230, Mexico; Calle Moliere No. 227, Colonia Polanco, Delegacion Miguel Hidalgo, Distrito Federal Codigo Postal 11560, Mexico; Francisco P. Miranda 3, Colonia Lomas de Plateros, Ciudad de Mexico CP 01480, Mexico; DOB 28 Feb 1965; POB Distrito Federal, Mexico; C.U.R.P. VAVG650228MDFZLB05 (Mexico) (individual) [SDNTK].

VB MANAGEMENT EOOD, 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2012; Government Gazette Number 202080417 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

VB-SERVICE COMPANY LIMITED (a.k.a. VB-SERVICE LTD (Cyrillic: ООО ВБ-СЕРВИС)), d. 12 kom. A8, naberezhnaya Presnenskaya, Moscow 123112, Russia; Ul. Marksistskaya D. 5, Kor. 1, Moscow 109147, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Nov 1998; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 7709266211 (Russia); Government Gazette Number 18700821 (Russia); Registration Number 1027739150900 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VB-SERVICE LTD (Cyrillic: ООО ВБ-СЕРВИС) (a.k.a. VB-SERVICE COMPANY LIMITED), d. 12 kom. A8, naberezhnaya Presnenskaya, Moscow 123112, Russia; Ul. Marksistskaya D. 5, Kor. 1, Moscow 109147, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Nov 1998; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 7709266211 (Russia); Government Gazette Number 18700821 (Russia); Registration Number 1027739150900 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VEB ASIA LIMITED, Suite 5808, 58/F, Two International Finance Center, 8 Finance Street Central, Hong Kong, China; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Apr 2013; Registration Number 1886537 (Hong Kong); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

VEB CAPITAL (a.k.a. LLC VEB CAPITAL; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNA YA KOMPANIYA VNESHEKONOMBANKA; a.k.a. OOO VEB KAPITAL), d. 7 str. A ul. Mashi Poryvaevoi, Moscow 107078, Russia; Website vebcapital.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Dec 2009; Tax ID No. 7708710924 (Russia); Registration Number 1097746831709 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

VEB ENGINEERING LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VEB INZHINIRING; a.k.a. OOO VEB ENGINEERING; a.k.a. OOO VEB INZHINIRING; a.k.a. VEB ENGINEERING LLC), d. 9 prospekt Akademika Sakharova, Moscow 107996, Russia; Per. Lyalin D. 19, Korpus 1, Pom. XXIV, Kom 11, Moscow 101000, Russia; Website vebeng.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Mar 2010; Tax ID No. 7708715560 (Russia); Registration Number 1107746181674 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

VEB ENGINEERING LLC (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VEB INZHINIRING; a.k.a. OOO VEB ENGINEERING; a.k.a. OOO VEB INZHINIRING; a.k.a. VEB ENGINEERING LIMITED LIABILITY COMPANY), d. 9 prospekt Akademika Sakharova, Moscow 107996, Russia; Per. Lyalin D. 19, Korpus 1, Pom. XXIV, Kom 11, Moscow 101000, Russia; Website vebeng.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Mar 2010; Tax ID No. 7708715560 (Russia); Registration Number 1107746181674 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

VEB INNOVATIONS (a.k.a. LLC VEB VENTURES; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VEB VENCHURS; f.k.a. OOO VEB

INNOVATSIYA; a.k.a. OOO VEB VENCHURS; a.k.a. VEB VENCHURS), D. 2 etazh 7, Ul. Bleza Paskalya Ter. Skolkovo Innovatsionnogo, Moscow 121205, Russia; Website vebinnovations.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731373995 (Russia); Registration Number 1177746639036 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

VEB LEASING OJSC (a.k.a. OAO VEB LIZING; a.k.a. OJSC VEB LEASING; a.k.a. OPEN JOINT STOCK COMPANY VEB LEASING; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VEB LIZING), d. 10 ul. Vozdvizhenka, Moscow 125009, Russia; Str. Dolgorukovskaya, 7, Novoslobodskaya, Moscow 127006, Russia; Website veb-leasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2003; Tax ID No. 7709413138 (Russia); Registration Number 1037709024781 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

VEB SERVICE (a.k.a. LLC VEB SERVICE; a.k.a. VEB SERVIS), PR-KT Akademika Sakharova D. 9, Komnata 205 K, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708325680 (Russia); Registration Number 1177746934023 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

VEB SERVIS (a.k.a. LLC VEB SERVICE; a.k.a. VEB SERVICE), PR-KT Akademika Sakharova D. 9, Komnata 205 K, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708325680 (Russia); Registration Number

1177746934023 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

VEB VENCHURS (a.k.a. LLC VEB VENTURES; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VEB VENCHURS; f.k.a. OOO VEB INNOVATSIYA; a.k.a. OOO VEB VENCHURS; f.k.a. VEB INNOVATIONS), D. 2 etazh 7, Ul. Bleza Paskalya Ter. Skolkovo Innovatsionnogo, Moscow 121205, Russia; Website vebinnovations.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731373995 (Russia); Registration Number 1177746639036 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

VEB.RF (Cyrillic: ВЭБ.РФ) (f.k.a. BANK FOR FOREIGN TRADE OF THE U.S.S.R.; a.k.a. GK VEB.RF; a.k.a. GOSUDARSTVENNAYA KORPORATSIYA RAZVITIYA VEB.RF; a.k.a. STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK; a.k.a. STATE DEVELOPMENT CORPORATION VEB.RF (Cyrillic: ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ РАЗВИТИЯ ВЭБ.РФ); f.k.a. VNESHECONOMBANK; f.k.a. VNESHEKONOMBANK GK; f.k.a. VNESHEKONOMBANK SSSR; a.k.a. "BANK FOR DEVELOPMENT"; a.k.a. "VEB"), Akademik Sakharov Ave 9, Moscow 107996, Russia; Pr-kt, Akademika Sakharova, D. 9, Moscow 107078, Russia (Cyrillic: Пр-Кт Академика Сахарова, Д. 9, Город Москва 107078, Russia); 20A, CITIC Building, 19, Joanguomenwai Dajie, Beijing 100004, China; Shop No. 11, Arcade Ground Floor, World Trade Centre, Cuffe Prade, Colaba, Mumbai 400005, India; SWIFT/BIC BFEARUMM; Website www.veb.ru; BIK (RU) 044525060; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Aug 1922; Target Type State-Owned Enterprise; alt. Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Government Gazette Number 00005061 (Russia); Registration Number

1077711000102 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VEB.RF UPRAVLENIE AKTIVAMI (a.k.a. LLC VEB.RF ASSET MANAGEMENT), B-R 31 Novinskii D., Floor 7, Pomeshch. I. Kom 16, Moscow 123242, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9704032929 (Russia); Registration Number 1207700367930 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

VEBER KOMEKHANIKS OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VEBER KOMEKHANIKS; a.k.a. WEBER COMECHANICS LTD), d. 4 k. 25 kom. 1, ul. Sharikopodshipnikovskaya, Moscow 115088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Apr 2000; Tax ID No. 7709307370 (Russia); Government Gazette Number 52754033 (Russia); Registration Number 1027700354076 (Russia) [RUSSIA-EO14024].

VECTURA TRANS DOO (a.k.a. VECTURA TRANS DOO NOVI BEOGRAD), Narodnih Heroja 16, Belgrade, Serbia; Tax ID No. 109894091 (Serbia); Registration Number 21262358 (Serbia) [GLOMAG] (Linked To: TESIC, Slobodan).

VECTURA TRANS DOO NOVI BEOGRAD (a.k.a. VECTURA TRANS DOO), Narodnih Heroja 16, Belgrade, Serbia; Tax ID No. 109894091 (Serbia); Registration Number 21262358 (Serbia) [GLOMAG] (Linked To: TESIC, Slobodan).

VEDERNIKOV, Mikhail Yuryevich (Cyrillic: ВЕДЕРНИКОВ, Михаил Юрьевич), Pskov Region, Russia; DOB 07 Mar 1975; POB Vyborg, Leningrad Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 470412500544 (Russia) (individual) [RUSSIA-EO14024].

VEDYAKHIN, Aleksandr (a.k.a. VEDYAKHIN, Alexander; a.k.a. VEDYAKHIN, Alexander Aleksandrovich (Cyrillic: ВЕДЯХИН, Александр Александрович)), Russia; DOB 20 Feb 1977;

POB Volgograd, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 531179415 (Russia); National ID No. 1801541495 (Russia) (individual) [RUSSIA-EO14024].

VEDYAKHIN, Alexander (a.k.a. VEDYAKHIN, Aleksandr; a.k.a. VEDYAKHIN, Alexander Aleksandrovich (Cyrillic: ВЕДЯХИН, Александр Александрович)), Russia; DOB 20 Feb 1977; POB Volgograd, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 531179415 (Russia); National ID No. 1801541495 (Russia) (individual) [RUSSIA-EO14024].

VEDYAKHIN, Alexander Aleksandrovich (Cyrillic: ВЕДЯХИН, Александр Александрович) (a.k.a. VEDYAKHIN, Aleksandr; a.k.a. VEDYAKHIN, Alexander), Russia; DOB 20 Feb 1977; POB Volgograd, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 531179415 (Russia); National ID No. 1801541495 (Russia) (individual) [RUSSIA-EO14024].

VEENA SHIVANI ESTATES PRIVATE LIMITED, New Delhi, India; Organization Established Date 01 Feb 2008; Organization Type: Real estate activities on a fee or contract basis; C.I.N. U70109DL2008PTC173500 (India); Tax ID No. AADCV2326A (India) [TCO] (Linked To: BHARDWAJ, Vikrant; Linked To: RANI, Indu).

VEGA LUJAN, Diego Rodrigo (a.k.a. AGUILAR DEL BOSQUE, Mauricio; a.k.a. AGUILAR VELEZ, Luis Antonio; a.k.a. BERMUDEZ SUAZA, Pedro Antonio; a.k.a. "EL ARQUITECTO"), c/o ASES DE COMPETENCIA Y CIA. S.A., Medellin, Colombia; c/o CONSTRUCTORA GUADALEST S.A., Medellin, Colombia; c/o FRANZUL S.A., Medellin, Colombia; c/o GRUPO GUADALEST S.A. DE C.V., Mexico City, Distrito Federal, Mexico; c/o HIERROS DE JERUSALEM S.A., Medellin, Colombia; Av. Hipolito Taine 253 2, Col. Chapultepec Morales, Miguel Hidalgo, Mexico City, Distrito Federal 11560, Mexico; Camino a San Mateo 41, edificio Mackenzie, la Cuspide departamento 1003, Colonia Lomas Verdes, Naucalpan de Juarez, Estado de Mexico, Mexico; DOB 30 Mar 1957; alt. DOB 10 Mar 1958; alt. DOB 30 Mar 1959; alt. DOB 22 Aug 1959; POB Medellin, Colombia; alt. POB Huamantla, Tlaxcala, Mexico; Cedula No. 70123377 (Colombia); Passport 05400005349

(Mexico); R.F.C. VELD580310 (Mexico); Credencial electoral AGBSMR59033015H800 (Mexico) (individual) [SDNT].

VEGA SANCHEZ, Jose Raul, c/o AGRICOLA GAXIOLA S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o INMUEBLES SIERRA VISTA S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o TEMPLE DEL PITIC S.A. DE C.V., Hermosillo, Sonora, Mexico; DOB 19 Oct 1956; POB Cananea, Sonora, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. VESR561019HSRGNL09 (Mexico); alt. C.U.R.P. VEXR561019HSRGXL05 (Mexico) (individual) [SDNTK].

VEGA STAR SHIP MANAGEMENT (a.k.a. VEGA STAR SHIP MANAGEMENT PRIVATE LIMITED; a.k.a. VEGA STAR SHIP MANAGEMENT PVT LTD), 501, Morya Blue Moon Premises CHSL, Oshiwara, Link Road, Andheri (West), Mumbai, Maharashtra 400053, India; Website www.vegastarsm.com; Organization Established Date 19 Jul 2021; Tax ID No. 27AAICV1712B1ZQ (India); Identification Number IMO 0109689; Company Number U74999MH2021PTC364148 (India); Registration Number 364148 (India) [IRAN-EO13902].

VEGA STAR SHIP MANAGEMENT PRIVATE LIMITED (a.k.a. VEGA STAR SHIP MANAGEMENT; a.k.a. VEGA STAR SHIP MANAGEMENT PVT LTD), 501, Morya Blue Moon Premises CHSL, Oshiwara, Link Road, Andheri (West), Mumbai, Maharashtra 400053, India; Website www.vegastarsm.com; Organization Established Date 19 Jul 2021; Tax ID No. 27AAICV1712B1ZQ (India); Identification Number IMO 0109689; Company Number U74999MH2021PTC364148 (India); Registration Number 364148 (India) [IRAN-EO13902].

VEGA STAR SHIP MANAGEMENT PVT LTD (a.k.a. VEGA STAR SHIP MANAGEMENT; a.k.a. VEGA STAR SHIP MANAGEMENT PRIVATE LIMITED), 501, Morya Blue Moon Premises CHSL, Oshiwara, Link Road, Andheri (West), Mumbai, Maharashtra 400053, India; Website www.vegastarsm.com; Organization Established Date 19 Jul 2021; Tax ID No. 27AAICV1712B1ZQ (India); Identification Number IMO 0109689; Company Number U74999MH2021PTC364148 (India); Registration Number 364148 (India) [IRAN-EO13902].

VEGACY (a.k.a. LIMITED LIABILITY COMPANY VEGA STRATEGIC SERVICES (Cyrillic:

ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЕГА СТРАТЕДЖИК СЕРВИСЕС); a.k.a. "PMC VEGA"), 51 Marshala Tukhachevskovo St., Apt. 229, Moscow 123103, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7734727145 (Russia); Registration Number 1147746737423 (Russia) [RUSSIA-EO14024].

VEINTIUNO MEXICALI, S. DE R.L. DE C.V., Guadalajara, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 06 May 2021; Organization Type: Restaurants and mobile food service activities; Folio Mercantil No. N-2021030181 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: GONZALEZ LOMELI, Jesus).

VEJDELAND, Fredrik (a.k.a. VEJDELAND, Tor Fredrik), Kungalv, Sweden (Latin: Kungälv, Sweden); DOB 03 Oct 1978; POB Ostersund, Jamtland, Sweden; nationality Sweden; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: NORDIC RESISTANCE MOVEMENT).

VEJDELAND, Tor Fredrik (a.k.a. VEJDELAND, Fredrik), Kungalv, Sweden (Latin: Kungälv, Sweden); DOB 03 Oct 1978; POB Ostersund, Jamtland, Sweden; nationality Sweden; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: NORDIC RESISTANCE MOVEMENT).

VEK TECHNOLOGIES PTO (a.k.a. CENTURY OF TECHNOLOGIES HTE CO LTD; a.k.a. CENTURY OF TECHNOLOGIES HTE COMPANY LIMITED; a.k.a. OOO VEK TEKHNOLOGII PTO; a.k.a. "VEK PTO"), Pl. Karla Faberzhe D. 8, Lit. A, Pomeshch 8-N, Kom. 22, Saint Petersburg 195112, Russia; Ul. Nikpolskaya 6, Building 2, Bipark Center, Office 618 (Floor 6), Moscow 117403, Russia; Sverdlovsky Tract, House 12, Office 34, Chelyabinsk 454036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806446153 (Russia); Registration Number 1109847047023 (Russia) [RUSSIA-EO14024].

VEKSELBERG, Victor (Cyrillic: ВЕКСЕЛЬБЕРГ, Виктор) (a.k.a. VEKSELBERG, Viktor Feliksovich (Cyrillic: ВЕКСЕЛЬБЕРГ, Виктор

Феликсович)), Russia; DOB 14 Apr 1957; POB Drogobych, Lviv region, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia- Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

VEKSELBERG, Viktor Feliksovich (Cyrillic: ВЕКСЕЛЬБЕРГ, Виктор Феликсович) (a.k.a. VEKSELBERG, Victor (Cyrillic: ВЕКСЕЛЬБЕРГ, Виктор)), Russia; DOB 14 Apr 1957; POB Drogobych, Lviv region, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

VEKTOR ETALON (a.k.a. LIMITED LIABILITY COMPANY VECTOR ETALON), Nab. Obvodnogo Kanala D. 138, K. 1, Lit. V, Pomeshch. 5 N 20, Kom. 401 Chast, Saint Petersburg 190020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805764499 (Russia); Registration Number 1207800042009 (Russia) [RUSSIA-EO14024].

VEKTOR GRUPP (a.k.a. OOO VEKTOR GRUPP), per. Studenetskii, d. 3, floor/pomeshch. 1/7A, Moscow 127300, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703438390 (Russia); Registration Number 5177746281720 (Russia) [RUSSIA-EO14024].

VEKTOR, OOO (Cyrillic: ООО ВЕКТОР), Ul. Bulatnikovskaya D.20, Str.3, Moscow 117403, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jul 2006; Tax ID No. 7725575432 (Russia); Registration Number 1067746783433 (Russia) [RUSSIA-EO14024].

VELA-MARINE LTD. (Cyrillic: ООО ВЕЛА-МАРИН), Saint Petersburg, Russia; Website http://vela-marine.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: DIVETECHNOSERVICES).

VELASQUEZ ARAGUAYAN, Ramon Celestino, Venezuela; DOB 31 Aug 1971; POB Guanaguana, Venezuela; nationality Venezuela; Gender Male; Cedula No. V-11448109 (Venezuela) (individual) [VENEZUELA].

VELASQUEZ CABALLERO, Daniel (a.k.a. VELASQUEZ CABALLERO, Juan Daniel; a.k.a. VELAZQUEZ CABALLERO, Juan Daniel), Colonia Infonavit, Nuevo Laredo, Tamaulipas, Mexico; Colonia Buena Vista, Nuevo Laredo, Tamaulipas, Mexico; Calle Coahuila No. 5958, Colonia Las Torres, Seccion 864, Nuevo Laredo, Tamaulipas, Mexico; DOB 26 Nov 1976; alt. DOB 1968; POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Electoral Registry No. VLCBJN73112628H700 (Mexico) (individual) [SDNTK].

VELASQUEZ CABALLERO, Ivan (a.k.a. VELAZQUES CABALLERO, Ivan; a.k.a. VELAZQUEZ CABALLERO, Ivan), Calle Nuevo Leon, Colonia Riveras Del Rio, Nuevo Laredo, Tamaulipas CP88000, Mexico; Calle Belden 5936, Colonia Militar, Nuevo Laredo, Tamaulipas, Mexico; Calle Mundial 55, Nuevo Laredo, Tamaulipas, Mexico; Calle 15 Septiember y Leandro Valle, Nuevo Laredo, Tamaulipas, Mexico; Calle Veracruz 500 o 550, Colonia Electricistas, Nuevo Laredo, Tamaulipas, Mexico; Calle Lucio  Blanco 1324, Colonia Militar, Nuevo Laredo, Tamaulipas, Mexico; Avenida Abasolo No. 620, Colonia Hidalgo, Seccion 770, Nuevo Laredo, Tamaulipas, Mexico; Villa Hidalgo, Coahuila, Mexico; Paseo Colon St., Nuevo Laredo, Tamaulipas, Mexico; Lago St. and La Chapalla, Nuevo Laredo, Tamaulipas, Mexico; 1418 Yucatan, Nuevo Laredo, Tamaulipas, Mexico; DOB 10 Feb 1970; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. VECI700210HTSLBV09 (Mexico) (individual) [SDNTK].

VELASQUEZ CABALLERO, Juan Daniel (a.k.a. VELASQUEZ CABALLERO, Daniel; a.k.a. VELAZQUEZ CABALLERO, Juan Daniel), Colonia Infonavit, Nuevo Laredo, Tamaulipas, Mexico; Colonia Buena Vista, Nuevo Laredo, Tamaulipas, Mexico; Calle Coahuila No. 5958, Colonia Las Torres, Seccion 864, Nuevo Laredo, Tamaulipas, Mexico; DOB 26 Nov 1976; alt. DOB 1968; POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Electoral Registry No. VLCBJN73112628H700 (Mexico) (individual) [SDNTK].

VELASQUEZ FIGUEROA, Adrian Jose (a.k.a. VELASQUEZ, Adrian), Cap Cana, Dominican Republic; Spain; DOB 02 Nov 1979; citizen Venezuela; Gender Male; Cedula No. 13813453 (Venezuela); Passport 024421568 (Venezuela) expires 25 Jun 2014 (individual) [VENEZUELA-EO13850].

VELASQUEZ RODRIGUEZ, Ruth Cecilia, c/o CANALES VENECIA LTDA., Envigado, Antioquia, Colombia; c/o FLOREZ HERMANOS LTDA., Medellin, Colombia; c/o INVERSIONES FLOREZ Y FLOREZ Y CIA S.C.A., Medellin, Colombia; nationality Colombia; citizen Colombia; Cedula No. 32335973 (Colombia) (individual) [SDNT].

VELASQUEZ SALDARRIAGA, Hernan Dario (a.k.a. VELASQUEZ, Hernan Dario; a.k.a. "BUITRAGO, Hermides"; a.k.a. "EL PAISA"; a.k.a. "GARCIA, Carlos Alberto"; a.k.a. "MONTERO, Oscar"; a.k.a. "OSCAR"; a.k.a. "PAISA"; a.k.a. "SUNCE, Antonio Rodriguez"), Apure, Venezuela; Colombia; DOB 10 Jan 1963; POB Remedios, Antioquia, Colombia; nationality Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 71391335 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

VELASQUEZ, Adrian (a.k.a. VELASQUEZ FIGUEROA, Adrian Jose), Cap Cana, Dominican Republic; Spain; DOB 02 Nov 1979; citizen Venezuela; Gender Male; Cedula No. 13813453 (Venezuela); Passport 024421568 (Venezuela) expires 25 Jun 2014 (individual) [VENEZUELA-EO13850].

VELASQUEZ, Hernan Dario (a.k.a. VELASQUEZ SALDARRIAGA, Hernan Dario; a.k.a. "BUITRAGO, Hermides"; a.k.a. "EL PAISA"; a.k.a. "GARCIA, Carlos Alberto"; a.k.a. "MONTERO, Oscar"; a.k.a. "OSCAR"; a.k.a. "PAISA"; a.k.a. "SUNCE, Antonio Rodriguez"), Apure, Venezuela; Colombia; DOB 10 Jan 1963; POB Remedios, Antioquia, Colombia; nationality Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 71391335 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

VELAYATI, Ali Akbar, Iran; DOB 25 Jun 1945; POB Shemiran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

VELAZQUES CABALLERO, Ivan (a.k.a. VELASQUEZ CABALLERO, Ivan; a.k.a. VELAZQUEZ CABALLERO, Ivan), Calle Nuevo Leon, Colonia Riveras Del Rio, Nuevo Laredo, Tamaulipas CP88000, Mexico; Calle Belden 5936, Colonia Militar, Nuevo Laredo, Tamaulipas, Mexico; Calle Mundial 55, Nuevo

Laredo, Tamaulipas, Mexico; Calle 15 Septiember y Leandro Valle, Nuevo Laredo, Tamaulipas, Mexico; Calle Veracruz 500 o 550, Colonia Electricistas, Nuevo Laredo, Tamaulipas, Mexico; Calle Lucio Blanco 1324, Colonia Militar, Nuevo Laredo, Tamaulipas, Mexico; Avenida Abasolo No. 620, Colonia Hidalgo, Seccion 770, Nuevo Laredo, Tamaulipas, Mexico; Villa Hidalgo, Coahuila, Mexico; Paseo Colon St., Nuevo Laredo, Tamaulipas, Mexico; Lago St. and La Chapalla, Nuevo Laredo, Tamaulipas, Mexico; 1418 Yucatan, Nuevo Laredo, Tamaulipas, Mexico; DOB 10 Feb 1970; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. VECI700210HTSLBV09 (Mexico) (individual) [SDNTK].

VELAZQUEZ BALTAZAR, Luis Armando (a.k.a. HERNANDEZ JIMENEZ, Cesar; a.k.a. MONTERO PINZON, Julio Cesar; a.k.a. "Comandante Tarjetas"; a.k.a. "El Chess"; a.k.a. "El Chino"; a.k.a. "El Tarjetas"; a.k.a. "HERNANDEZ JIMENEZ, Francisco"; a.k.a. "Moreno"), Puerto Vallarta, Jalisco, Mexico; Estero del Cayman, Real Ixtapa, #137-A, Puerto Vallarta, Jalisco, Mexico; DOB 02 Jun 1982; alt. DOB 08 Nov 1982; alt. DOB 25 Aug 1986; alt. DOB 28 Jun 1977; POB Puerto Vallarta, Jalisco, Mexico; alt. POB Amatan, Chiapas, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; R.F.C. VEBL860825 (Mexico); C.U.R.P. MOPJ820602HJCNNL05 (Mexico); alt. C.U.R.P. MOPJ821108HJCNNL04 (Mexico); alt. C.U.R.P. VEBL860825HJCLLS05 (Mexico); alt. C.U.R.P. HEJC770628HCSRMS06 (Mexico); Electoral Registry No. GRMRLR82012730M700 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

VELAZQUEZ CABALLERO, Ivan (a.k.a. VELASQUEZ CABALLERO, Ivan; a.k.a. VELAZQUES CABALLERO, Ivan), Calle Nuevo Leon, Colonia Riveras Del Rio, Nuevo Laredo, Tamaulipas CP88000, Mexico; Calle Belden 5936, Colonia Militar, Nuevo Laredo, Tamaulipas, Mexico; Calle Mundial 55, Nuevo Laredo, Tamaulipas, Mexico; Calle 15 Septiember y Leandro Valle, Nuevo Laredo, Tamaulipas, Mexico; Calle Veracruz 500 o 550, Colonia Electricistas, Nuevo Laredo, Tamaulipas, Mexico; Calle Lucio Blanco 1324, Colonia Militar, Nuevo Laredo, Tamaulipas,

Mexico; Avenida Abasolo No. 620, Colonia Hidalgo, Seccion 770, Nuevo Laredo, Tamaulipas, Mexico; Villa Hidalgo, Coahuila, Mexico; Paseo Colon St., Nuevo Laredo, Tamaulipas, Mexico; Lago St. and La Chapalla, Nuevo Laredo, Tamaulipas, Mexico; 1418 Yucatan, Nuevo Laredo, Tamaulipas, Mexico; DOB 10 Feb 1970; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. VECI700210HTSLBV09 (Mexico) (individual) [SDNTK].

VELAZQUEZ CABALLERO, Juan Daniel (a.k.a. VELASQUEZ CABALLERO, Daniel; a.k.a. VELASQUEZ CABALLERO, Juan Daniel), Colonia Infonavit, Nuevo Laredo, Tamaulipas, Mexico; Colonia Buena Vista, Nuevo Laredo, Tamaulipas, Mexico; Calle Coahuila No. 5958, Colonia Las Torres, Seccion 864, Nuevo Laredo, Tamaulipas, Mexico; DOB 26 Nov 1976; alt. DOB 1968; POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Electoral Registry No. VLCBJN73112628H700 (Mexico) (individual) [SDNTK].

VELAZQUEZ MANJARREZ, Miguel (a.k.a. CABRERA SARABIA, Felipe; a.k.a. "EL INGENIERO"; a.k.a. "EL SENOR DE LA SIERRA"); DOB 23 Aug 1971; POB Santiago Papasquiaro, Durango, Mexico; nationality Mexico; Gender Male; C.U.R.P. CASF710823HDGBRL06 (Mexico) (individual) [SDNTK].

VELAZQUEZ MORENO, Hugo Adalberto, Asuncion, Paraguay; DOB 03 Sep 1967; POB Itacurubi del Rosario, Paraguay; nationality Paraguay; Gender Male; Passport D15449 (Paraguay) issued 20 Nov 2018 expires 20 Nov 2023 (individual) [GLOMAG].

VELCOM TRADE DOO BEOGRAD (a.k.a. VELCOM TRADE PREDUZECE ZA PROIZVODNJU PROMET I USLUGE DOO, BEOGRAD STARI GRAD), Tadeusa Koscuskog 56, Belgrade 11000, Serbia; Tax ID No. 102858071 (Serbia); Registration Number 17499858 (Serbia) [GLOMAG] (Linked To: ANDRIC, Goran).

VELCOM TRADE PREDUZECE ZA PROIZVODNJU PROMET I USLUGE DOO, BEOGRAD STARI GRAD (a.k.a. VELCOM TRADE DOO BEOGRAD), Tadeusa Koscuskog 56, Belgrade 11000, Serbia; Tax ID No. 102858071 (Serbia); Registration Number 17499858 (Serbia) [GLOMAG] (Linked To: ANDRIC, Goran).

VELES AKTIV OOO, Sh. Khoroshevskoe d. 32A, et 5 pom XVI kom 24-26, Moscow 123007,

Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Jun 2004; Tax ID No. 5015005970 (Russia); Legal Entity Number 253400VTMVX2UE7XNN67; Registration Number 1045002900898 (Russia) [RUSSIA-EO14024].

VELES MANAGEMENT LTD (a.k.a. UK VELES MANAGEMENT; a.k.a. UK VELES MENEDZHMENT OOO), Nab. Krasnopresnenskaya d. 12, pod. 7, et. 14, Moscow 123610, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jul 2004; Tax ID No. 7703523568 (Russia); Identification Number 961WVX.99999.SL.643 (Russia); Legal Entity Number 253400JX3PEQDBPL8052; Registration Number 1047796515470 (Russia) [RUSSIA-EO14024].

VELES TRAST OOO (a.k.a. LIMITED LIABILITY COMPANY VELES TRUST; a.k.a. VELES TRUST LLC), Per. Khokhlovskii d. 16, str. 1, Moscow 109028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Aug 2006; Tax ID No. 7703603950 (Russia); Registration Number 5067746107391 (Russia) [RUSSIA-EO14024].

VELES TRUST LLC (a.k.a. LIMITED LIABILITY COMPANY VELES TRUST; a.k.a. VELES TRAST OOO), Per. Khokhlovskii d. 16, str. 1, Moscow 109028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Aug 2006; Tax ID No. 7703603950 (Russia); Registration Number 5067746107391 (Russia) [RUSSIA-EO14024].

VELESLAVOV, Dmitrii Aleksandrovich, Russia; DOB 18 Oct 1970; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 782573356000 (Russia) (individual) [RUSSIA-EO14024].

VELESSTROI LIMITED LIABILITY COMPANY (f.k.a. AMERKO OOO; a.k.a. OBSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VELESSTROI; a.k.a. VELESSTROY LIMITED LIABILITY COMPANY; a.k.a. "VELESSTROY"), UL. 2-YA Tverskaya-Yamskaya D. 10, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 04 Apr 2008; Tax ID No.

7709787790 (Russia); Government Gazette Number 85762734 (Russia); Registration Number 1087746466950 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

VELESSTROY LIMITED LIABILITY COMPANY (f.k.a. AMERKO OOO; a.k.a. OBSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VELESSTROI; a.k.a. VELESSTROI LIMITED LIABILITY COMPANY; a.k.a. "VELESSTROY"), UL. 2-YA Tverskaya-Yamskaya D. 10, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 04 Apr 2008; Tax ID No. 7709787790 (Russia); Government Gazette Number 85762734 (Russia); Registration Number 1087746466950 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

VELEZ RENGIFO, Piedad, Carrera 15 No. 127A-33 Apt. 605, Bogota, Colombia; Avenida El Logo Calle Chiminangos Casa No. 3, Cali, Colombia; c/o INTERCONTINENTAL DE AVIACION S.A., Bogota, Colombia; c/o DESARROLLOS AGROINDUSTRIALES S.A., Bogota, Colombia; c/o ACCIRENT S.A., Bogota, Colombia; DOB 22 Oct 1959; POB Cali, Colombia; Cedula No. 31835778 (Colombia); Passport AF314384 (Colombia); alt. Passport AD217712 (Colombia) (individual) [SDNT].

VELEZ TRUJILLO, Jairo de Jesus, c/o CANALES VENECIA LTDA., Envigado, Antioquia, Colombia; nationality Colombia; citizen Colombia; Cedula No. 70410564 (Colombia) (individual) [SDNT].

VELICHKO, Sergey Yevgenyevich, Russia; DOB 22 May 1973; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 752332056 (Russia) issued 24 Sep 2015 expires 24 Sep 2025; National ID No. 4502258245 (Russia) (individual) [RUSSIA-EO14024].

VELIKOLUKSKII AKKUMULYATORNYI ZAVOD IMPULS (a.k.a. LIMITED LIABILITY COMPANY VELIKOLUKSKY BATTERY PLANT IMPULS; a.k.a. "VAZ IMPULS"), Ul. Gogolya D. 3, Pomeshch 3, Velikiye Luki 182115, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722384856 (Russia); Registration Number 5167746421431 (Russia) [RUSSIA-EO14024].

VELINE SHIPTRADE INC (a.k.a. VELINE SHIPTRADE INCORPORATED), Suite 10, 3rd Floor, La Ciotat, Mont Fleuri, Mahe, Seychelles; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2022; Identification Number IMO 6372426 [SDGT] (Linked To: AL-QATIRJI COMPANY).

VELINE SHIPTRADE INCORPORATED (a.k.a. VELINE SHIPTRADE INC), Suite 10, 3rd Floor, La Ciotat, Mont Fleuri, Mahe, Seychelles; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2022; Identification Number IMO 6372426 [SDGT] (Linked To: AL-QATIRJI COMPANY).

VELINVESTMENT D.O.O., Vilharjeva Cesta 27, Ljubljana 1000, Slovenia; Registration ID 2333970 (Slovenia); Tax ID No. SI26557576 (Slovenia) [SDNTK].

VELLER, Alexey Borisovich (Cyrillic: ВЕЛЛЕР, Алексей Борисович), Russia; DOB 09 Jan 1966; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VELMUR MANAGEMENT PTE LTD, 2 Marina Blvd., No. 66-08, The Sail at Marina Bay, 018987, Singapore; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3] (Linked To: TRANSATLANTIC PARTNERS PTE. LTD.).

VENAYAGAMOORTHY, Puvaneswaran, Kuala Lumpur, Malaysia; DOB 27 Feb 1984; nationality Malaysia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A23472357 (Malaysia); National ID No. 840227145143 (Malaysia) (individual) [SDGT] (Linked To: MERKUR ENERGY PORT SERVICES SDN BHD).

VENCHURNY FOND MSB OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PSB BIZNES; a.k.a. OOO PSB BIZNES; a.k.a. OOO VENTURE FUND SME; a.k.a. PSB BIZNES OOO (Cyrillic: ООО ПСБ БИЗНЕС); a.k.a. SME VENTURE LLC), d. 23 Str. 3 pom. II kom. 1K, 1L, 1M, 1N, 1O, 1P, ul. Lva Tolstogo, Moscow 119021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization

Established Date 23 Sep 2013; Tax ID No. 5042129460 (Russia); Government Gazette Number 18098784 (Russia); Registration Number 1135042007539 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

VEND ORE GMBH, Novaragasse 55/4B, Vienna 1020, Austria; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Sep 2019 [RUSSIA-EO14024] (Linked To: RAYKES, Olga Borisovna; Linked To: SAVELOV, Marat Maratovich).

VENDE GROUP LLC (a.k.a. VENDE GRUPP), Sh. Moskovskoe D. 13, Lit. A, Korpus 10, Saint Petersburg 196158, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7816580944 (Russia); Registration Number 1147847063088 (Russia) [RUSSIA-EO14024].

VENDE GRUPP (a.k.a. VENDE GROUP LLC), Sh. Moskovskoe D. 13, Lit. A, Korpus 10, Saint Petersburg 196158, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7816580944 (Russia); Registration Number 1147847063088 (Russia) [RUSSIA-EO14024].

VENEDIG CAPITAL S.A.S. (a.k.a. SAABF & COMPANIA S.C.A.; a.k.a. SAABF AND COMPANIA S.C.A.; a.k.a. SAABF Y COMPANIA S.C.A.), CR 53 No 82 - 86 Of 410, Barranquilla, Atlantico, Colombia; NIT # 9002697181 (Colombia) [VENEZUELA-EO13850].

VENKOV, Vladimir (a.k.a. VENKOV, Vladimir Dmitriyevich), Russia; DOB 28 May 1990; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

VENKOV, Vladimir Dmitriyevich (a.k.a. VENKOV, Vladimir), Russia; DOB 28 May 1990; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

VENTORA DEVELOPMENT SASU, 08eme etage, Immeuble 1113, Boulevard Du 30 Juin No 110, Gombe, Kinshasa, Kinshasa, Congo, Democratic Republic of the; Identification Number 01-9-N36511Y (Congo, Democratic Republic of the); Commercial Registry Number CD/KNG/RCCM/18-B-01273 (Congo,

Democratic Republic of the) [GLOMAG] (Linked To: AFRICA HORIZONS INVESTMENT LIMITED).

VENTORA GLOBAL SERVICES, 110 Boulevard Du 30 Juin, Immeuble Onze Treize, 8th Floor, Kinshasa, Kinshasa, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-00322 (Congo, Democratic Republic of the) [GLOMAG] (Linked To: MUKONDA MAYANDU, Alain).

VENTORA INVESTMENTS S.A.SU (a.k.a. FLEURETTE DUTCH GROUP; a.k.a. FLEURETTE GROUP; a.k.a. FLEURETTE PROPERTIES LIMITED; a.k.a. GROUPE FLEURETTE; a.k.a. KARIBU AU DEVELOPMENT DURABLE AU CONGO), Strawinskylaan 335, WTC, B-Tower 3rd floor, Amsterdam 1077 XX, Netherlands; Gustav Mahlerplein 60, 7th Floor, ITO Tower, Amsterdam 1082 MA, Netherlands; 70 Batetela Avenue, Tilapia Building, 5th floor, Gombe, Kinshasa, Congo, Democratic Republic of the; 57/63 Line Wall Road, Gibraltar GX11 1AA, Gibraltar; 8eme Etage, Immeuble 1113, Boulevard Du 30 Juin No 110, Commune De La Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-00630 (Congo, Democratic Republic of the); Public Registration Number 99450 (Gibraltar) [GLOMAG] (Linked To: GERTLER, Dan).

VENTORA MINING (a.k.a. VENTORA MINING S.A.S.U.), 8th floor, Immeuble 1113, Boulevard Du 30 Juin No. 110, Gombe, Kinshasa, Kinshasa, Congo, Democratic Republic of the; Identification Number 01-83-N36154C (Congo, Democratic Republic of the); Commercial Registry Number CD/KNG/RCCM/18-B-01222 (Congo, Democratic Republic of the) [GLOMAG] (Linked To: MUKONDA MAYANDU, Alain).

VENTORA MINING S.A.S.U. (a.k.a. VENTORA MINING), 8th floor, Immeuble 1113, Boulevard Du 30 Juin No. 110, Gombe, Kinshasa, Kinshasa, Congo, Democratic Republic of the; Identification Number 01-83-N36154C (Congo, Democratic Republic of the); Commercial Registry Number CD/KNG/RCCM/18-B-01222 (Congo, Democratic Republic of the) [GLOMAG] (Linked To: MUKONDA MAYANDU, Alain).

VENTRADE DOO, Brace Radica 158/41, Subotica 24000, Serbia; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

V.A.T. Number 112969405 (Serbia); Registration Number 21779555 (Serbia) [RUSSIA-EO14024] (Linked To: PROMSVYAZRADIO).

VENTSPILS ATTISTIBAS AGENTURA (a.k.a. VENTSPILS DEVELOPMENT AGENCY; a.k.a. VENTSPILS DEVELOPMENT ASSOCIATION), Inzenieru 101A, Ventspils 3601, Latvia; Tax ID No. 40008033300 (Latvia) [GLOMAG] (Linked To: LEMBERGS, Aivars).

VENTSPILS DEVELOPMENT AGENCY (a.k.a. VENTSPILS ATTISTIBAS AGENTURA; a.k.a. VENTSPILS DEVELOPMENT ASSOCIATION), Inzenieru 101A, Ventspils 3601, Latvia; Tax ID No. 40008033300 (Latvia) [GLOMAG] (Linked To: LEMBERGS, Aivars).

VENTSPILS DEVELOPMENT ASSOCIATION (a.k.a. VENTSPILS ATTISTIBAS AGENTURA; a.k.a. VENTSPILS DEVELOPMENT AGENCY), Inzenieru 101A, Ventspils 3601, Latvia; Tax ID No. 40008033300 (Latvia) [GLOMAG] (Linked To: LEMBERGS, Aivars).

VENTUS TRADE LIMITED (Chinese Traditional: 溫圖斯貿易有限公司), Unit D3, 11/F, Luk Hop Industrial Building, No. 8 Luk Hop Street, San Po King, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 16 Feb 2023; Company Number 3233811 (Hong Kong); Business Registration Number 74861856 (Hong Kong) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

VERA CALVA, Carlos, Calle E. Zapata No. 2, Col. Plan de Ayala, Tihuatlan, Veracruz, Mexico; DOB 10 Jul 1970; POB Poza Rica de Hidalgo, Veracruz; alt. POB Tuxpam, Veracruz; nationality Mexico; citizen Mexico; R.F.C. VECC700710 (Mexico); C.U.R.P. VECC700710HVZRLR13 (Mexico); Cartilla de Servicio Militar Nacional B0759939 (Mexico) (individual) [SDNTK].

VERA FERNANDEZ, Nestor Gregorio (a.k.a. "MORDISCO, Ivan"), Guaviare Department, Colombia; DOB 08 Oct 1974; alt. DOB 09 Oct 1974; POB Penon, Cundinamarca Department, Colombia; nationality Colombia; citizen Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 80167962 (Colombia) (individual) [SDGT] (Linked To: REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY).

VERA LOPEZ, Fabian Felipe (a.k.a. LOPEZ, Favian Felipe; a.k.a. VARELLA LOPEZ, Ton; a.k.a. VERA LOPEZ, Felipe), Mexico; DOB 28 Oct 1967; POB Guadalajara, Jalisco, Mexico; C.U.R.P. VELF671028HJCRPL08 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS).

VERA LOPEZ, Felipe (a.k.a. LOPEZ, Favian Felipe; a.k.a. VARELLA LOPEZ, Ton; a.k.a. VERA LOPEZ, Fabian Felipe), Mexico; DOB 28 Oct 1967; POB Guadalajara, Jalisco, Mexico; C.U.R.P. VELF671028HJCRPL08 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS).

VERABEI, Mikalai Mikalaevich (Cyrillic: ВЕРАБЕЙ, Мікалай Мікалаевіч) (a.k.a. VARABEI, Mikalai Mikalaevich (Cyrillic: ВАРАБЕЙ, Мікалай Мікалаевіч); a.k.a. VARABEY, Mikalai; a.k.a. VERABEY, Mikalai (Cyrillic: ВЕРАБЕЙ, Мікалай); a.k.a. VOROBEI, Mykola Mykolaiovych; a.k.a. VOROBEI, Nikolai; a.k.a. VOROBEY, Nikolay (Cyrillic: ВОРОБЕЙ, Николай); a.k.a. VOROBEY, Nikolay Nikolaevich (Cyrillic: ВОРОБЕЙ, Николай Николаевич)), Belarus; DOB 04 May 1963; POB Ukraine; Gender Male (individual) [BELARUS].

VERABEY, Mikalai (Cyrillic: ВЕРАБЕЙ, Мікалай) (a.k.a. VARABEI, Mikalai Mikalaevich (Cyrillic: ВАРАБЕЙ, Мікалай Мікалаевіч); a.k.a. VARABEY, Mikalai; a.k.a. VERABEI, Mikalai Mikalaevich (Cyrillic: ВЕРАБЕЙ, Мікалай Мікалаевіч); a.k.a. VOROBEI, Mykola Mykolaiovych; a.k.a. VOROBEI, Nikolai; a.k.a. VOROBEY, Nikolay (Cyrillic: ВОРОБЕЙ, Николай); a.k.a. VOROBEY, Nikolay Nikolaevich (Cyrillic: ВОРОБЕЙ, Николай Николаевич)), Belarus; DOB 04 May 1963; POB Ukraine; Gender Male (individual) [BELARUS].

VERACRUZANA DE SERVICIOS HOTELEROS Y GASTRONOMICOS LOS ANGELES, S.A. DE C.V. (a.k.a. "HOTEL ANGELES"), Carr. Fed. Santa Fe - San Julian Km. 4, Col. Santa Fe, Veracruz, Veracruz 91690, Mexico; Organization Established Date 01 Aug 2012; Organization Type: Restaurants and mobile food service activities; RFC VSH1208019D1 (Mexico); Folio Mercantil No. 29001 (Mexico) [ILLICIT-DRUGS-EO14059].

VERDUGO ARAUJO, Jairo, Mexico; DOB 02 Sep 1974; POB Sinaloa, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; R.F.C. VEAJ740902DD5 (Mexico); C.U.R.P. VEAJ740902HSLRRR03 (Mexico) (individual)

[SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SUMILAB, S.A. DE C.V.).

VERDUGO GARCIA, Monica Janeth, Cipriano Obeso 1520, Colonia Chapultepec, Culiacan, Sinaloa, Mexico; DOB 31 Jul 1992; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. VEGM920731MSLRRN06 (Mexico) (individual) [SDNTK].

VERDUZCO CASTRO, Rolando, Mexico; DOB 17 Mar 1987; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. VECR870317HSLRSL01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

VEREMEENKO, Sergey Alekseyevich (Cyrillic: ВЕРЕМЕЕНКО, Сергей Алексеевич), Russia; DOB 26 Sep 1955; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VERGARA MEZA, Alexis, Mexico; DOB 18 Jan 1996; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. VEMA960118HSLRZL05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

VERGARA MEZA, Edy, Mexico; DOB 04 May 1992; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. VEME920504HSLRZD03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

VERHOV, Artem Aleksandrovich (a.k.a. VERKHOV, Artem; a.k.a. VERKHOV, Artyom), Russia; DOB 03 Aug 1986; POB Zhezkazgan, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

VERKHNECHONSKNEFTEGAZ (a.k.a. AO VCHNG; a.k.a. OJSC VERKHNECHONSKNEFTEGAZ; a.k.a. PJSC VERKHNECHONSKNEFTEGAZ), Baikalskaya St., 295 B, Irkutsk 664050, Russia; Pr-Kt Bolshoi Liteinyi D. 3, Irkutsk 664007, Russia; Email Address vcng@rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Tax ID No. 3808079367 (Russia); Registration Number 1023801017580 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

VERKHOV, Artem (a.k.a. VERHOV, Artem Aleksandrovich; a.k.a. VERKHOV, Artyom), Russia; DOB 03 Aug 1986; POB Zhezkazgan, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

VERKHOV, Artyom (a.k.a. VERHOV, Artem Aleksandrovich; a.k.a. VERKHOV, Artem), Russia; DOB 03 Aug 1986; POB Zhezkazgan, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

VERKHOVTSEVA, Svetlana Yuryevna (Cyrillic: ВЕРХОВЦЕВА, Светлана Юрьевна), Sjatoozerskaja 28-24, Moscow, Russia; Czech Republic; DOB 02 Dec 1961; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 110200499266 (Russia) (individual) [RUSSIA-EO14024].

VERSOR S.R.O., Karadzicova 8/A, Bratislava 82108, Slovakia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 14 Apr 2012; Tax ID No. 2023480030 (Slovakia); Identification Number 46622764 (Slovakia) [DPRK] (Linked To: MKRTYCHEV, Ashot).

VERSVET SRO, Belehradska 1111/3, Karlovy Vary 36001, Czech Republic; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Apr 2009; Registration Number 28057953 (Czech Republic) [RUSSIA-EO14024] (Linked To: VERKHOVTSEVA, Svetlana Yuryevna).

VERTEX IMOTI EOOD (a.k.a. VERTEX PROPERTIES EOOD), 126 Tsar Boris III Str./blvd., R-N Krasno Selo Distr, Sofia, Stolichna 1612, Bulgaria; Organization Established Date 2007; Government Gazette Number 175387373 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

VERTEX PROPERTIES EOOD (a.k.a. VERTEX IMOTI EOOD), 126 Tsar Boris III Str./blvd., R-N Krasno Selo Distr, Sofia, Stolichna 1612, Bulgaria; Organization Established Date 2007; Government Gazette Number 175387373 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

VERTIKAL ALABUGA LLC (a.k.a. LIMITED LIABILITY COMPANY VERTIKAL ALABUGA), Ter. Oez Alabuga, Ul. Sh-2 Str. 15/9, Yelabuga 423601, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1646034493 (Russia); Registration Number 1131674000963 (Russia) [RUSSIA-EO14024].

VERTIKAL LIMITED, Pr-Kt Moskovskii D. 148, Lit. D, Pomeshch. 8, Saint Petersburg 196084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Mar 2009; Tax ID No. 7840410492 (Russia); Registration Number 1097847083839 (Russia) [RUSSIA-EO14024].

VERTOLETY ROSSII AO (a.k.a. AKTSIONERNOE OBSHCHESTVO VERTOLETY ROSSII; a.k.a. JOINT STOCK COMPANY RUSSIAN HELICOPTERS; a.k.a. JSC RUSSIAN HELICOPTERS; a.k.a. OPEN JOINT STOCK COMPANY RUSSIAN HELICOPTERS; a.k.a. RUSSIAN HELICOPTERS JOINT STOCK COMPANY), Entrance 9, 12, Krasnopresnenskaya emb., Moscow 123610, Russia; 1, Ul. Bolshaya Pionerskaya, Moscow 115054, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1077746003334 (Russia); Tax ID No. 7731559044 (Russia); Government Gazette Number 98927243 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

VERUS CONSULTING GROUP (a.k.a. LIMITED LIABILITY COMPANY VERUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЕРУС); a.k.a. "LLC VERUS"), Per. Balakirevskii D. 23, Floor 3, Pomeshch. 309 Komnata 1, Office 45, Moscow 105082, Russia; Office 45, Room 1, Facility 309, Floor 3, Building 23, Balakirevskiy Lane, Basmanny Municipal District Federal Intracity Territory, Moscow 105082, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 10 Feb 2021; Tax ID No. 9701170663 (Russia); Registration Number 1217700053493 (Russia) [DPRK] (Linked To: MKRTYCHEV, Ashot).

VESELINOVIC, Zharko Jovan (a.k.a. "VESELINOVIC, Zarko"), Kralj Peter St., Mitrovica, Kosovo; DOB 23 Feb 1985; POB Dolane Village, Zvecan, Kosovo; nationality Serbia; alt. nationality Kosovo; Gender Male; Driver's License No. 2806 (Serbia); Identification Number 1502145386 (individual) [GLOMAG].

VESELINOVIC, Zvonko, Kralj Peter St., Mitrovica, Kosovo; DOB 30 Dec 1980; POB Dolane Village, Zvecan, Kosovo; nationality Kosovo; alt. nationality Serbia; Gender Male (individual) [GLOMAG].

VESNA HOTEL AND SPA (f.k.a. OAO KOTEHK VESNA; a.k.a. ZAO SPA-OTEL VESNA (Cyrillic: ЗАО СПА-ОТЕЛЬ ВЕСНА)), Ul. Lenina, D. 219A, Sochi 354364, Russia; Registration ID 1022302715214 (Russia); Tax ID No. 2317011051 (Russia); alt. Tax ID No. 231701001 (Russia); Identification Number 04816460 (Russia) [TCO].

VEST SPECTRUM (S) PTE. LTD., 9 Haig Avenue, 438864, Singapore; 704 Bedok Reservoir Road, 470704, Singapore; Registration ID 199306257C (Singapore) issued 23 Sep 1993 [SDNTK].

VETENEVICH, Aleksandr Petrovich (Cyrillic: ВЕТЕНЕВИЧ, Александр Петрович) (a.k.a. VETENEVICH, Alexander; a.k.a. VETSIANEVICH, Aliaksandr; a.k.a. VETSIANEVICH, Aliaksandr Piatrovich (Cyrillic: ВЕЦЯНЕВІЧ, Аляксандр Пятровіч)), Kolesnikova Str. 30, ap. 63, Minsk, Belarus; DOB 20 Jun 1976; nationality Belarus; Gender Male; Passport MC0978411 (Belarus); National

ID No. 3200676B070PB8 (Belarus) (individual) [BELARUS-EO14038].

VETENEVICH, Alexander (a.k.a. VETENEVICH, Aleksandr Petrovich (Cyrillic: ВЕТЕНЕВИЧ, Александр Петрович); a.k.a. VETSIANEVICH, Aliaksandr; a.k.a. VETSIANEVICH, Aliaksandr Piatrovich (Cyrillic: ВЕЦЯНЕВІЧ, Аляксандр Пятровіч)), Kolesnikova Str. 30, ap. 63, Minsk, Belarus; DOB 20 Jun 1976; nationality Belarus; Gender Male; Passport MC0978411 (Belarus); National ID No. 3200676B070PB8 (Belarus) (individual) [BELARUS-EO14038].

VETERAN (Cyrillic: ВЕТЕРАН), ul. Magistralnaya d. 7, Buzuluk 461040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 06 Sep 1993; Organization Type: Support activities for petroleum and natural gas extraction; Tax ID No. 5603007580 (Russia); Registration Number 1025600575626 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

VETSIANEVICH, Aliaksandr (a.k.a. VETENEVICH, Aleksandr Petrovich (Cyrillic: ВЕТЕНЕВИЧ, Александр Петрович); a.k.a. VETENEVICH, Alexander; a.k.a. VETSIANEVICH, Aliaksandr Piatrovich (Cyrillic: ВЕЦЯНЕВІЧ, Аляксандр Пятровіч)), Kolesnikova Str. 30, ap. 63, Minsk, Belarus; DOB 20 Jun 1976; nationality Belarus; Gender Male; Passport MC0978411 (Belarus); National ID No. 3200676B070PB8 (Belarus) (individual) [BELARUS-EO14038].

VETSIANEVICH, Aliaksandr Piatrovich (Cyrillic: ВЕЦЯНЕВІЧ, Аляксандр Пятровіч) (a.k.a. VETENEVICH, Aleksandr Petrovich (Cyrillic: ВЕТЕНЕВИЧ, Александр Петрович); a.k.a. VETENEVICH, Alexander; a.k.a. VETSIANEVICH, Aliaksandr), Kolesnikova Str. 30, ap. 63, Minsk, Belarus; DOB 20 Jun 1976; nationality Belarus; Gender Male; Passport MC0978411 (Belarus); National ID No. 3200676B070PB8 (Belarus) (individual) [BELARUS-EO14038].

VEZARATE DEFA (a.k.a. GOVERNMENT OF IRAN DEPARTMENT OF DEFENSE; a.k.a. MINISTRY OF DEFENCE & ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE

FOR ARMED FORCES LOGISTICS; a.k.a. MODAFL; a.k.a. MODSAF; a.k.a. VEZARAT-E DEFA VA POSHTYBANI-E NIRU-HAYE MOSALLAH), Ferdowsi Avenue, Sarhang Sakhaei Street, Tehran, Iran; PO Box 11365-8439, Pasdaran Ave., Tehran, Iran; West side of Dabestan Street, Abbas Abad District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ROSOBORONEKSPORT OAO).

VEZARAT-E DEFA VA POSHTYBANI-E NIRU-HAYE MOSALLAH (a.k.a. GOVERNMENT OF IRAN DEPARTMENT OF DEFENSE; a.k.a. MINISTRY OF DEFENCE & ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE FOR ARMED FORCES LOGISTICS; a.k.a. MODAFL; a.k.a. MODSAF; a.k.a. VEZARATE DEFA), Ferdowsi Avenue, Sarhang Sakhaei Street, Tehran, Iran; PO Box 11365-8439, Pasdaran Ave., Tehran, Iran; West side of Dabestan Street, Abbas Abad District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ROSOBORONEKSPORT OAO).

VEZARAT-E ETTELA'AT VA AMNIAT-E KESHVAR (a.k.a. IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY; a.k.a. "MOIS"; a.k.a. "VEVAK"), bounded roughly by Sanati Street on the west, 30th Street on the south, and Iraqi Street on the east, Tehran, Iran; Ministry of Intelligence, Second Negarestan Street, Pasdaran Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target Type Government Entity [SDGT] [IFSR] [IRAN-HR] [HRIT-IR] [CYBER2] [HOSTAGES-EO14078].

VEZIR (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

VEZIR (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN;

a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

VEZIR (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

VEZIR (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a.

ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

VFC SOLUTIONS LTD, Danias 1, Limassol 4521, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Jul 2019; Registration Number C400224 (Cyprus) [RUSSIA-EO14024] (Linked To: VOLFOVICH, Alexander).

VG DESARROLLOS DE LA BAHIA, S.A. DE C.V. (a.k.a. FARO GRILL; a.k.a. GRUPO KOVAY; a.k.a. KOVAY DESARROLLOS; a.k.a. MARINE DIAMOND; a.k.a. NAVIS BY LA CRUZ; a.k.a. QUIYA RESIDENCES; a.k.a. SANTA JULIA SEASIDE LIVING; a.k.a. SELVARA SIGNATURE COLLECTION; a.k.a. ZUL BY LA CRUZ), Guadalajara, Jalisco, Mexico; Nayarit, Mexico; Website https://kovaydesarrollos.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Jan 2013; Organization Type: Real estate activities on a fee or contract basis; Folio Mercantil No. N-2020017740 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: RIVERA MIRAMONTES, Carlos Humberto).

VH ANTIBES SAS, 200 Impasse Felix, Antibes 06160, France; 19 Boulevard Malesherbes, Paris 75008, France; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Organization Established Date 15 May 2008; Organization Type: Real estate activities with own or leased property; Registration Number 504317025 (France) [RUSSIA-EO14024] (Linked To: KERIMOVA, Gulnara Suleymanovna).

VIAJES GUAMA, S.A., Spain [CUBA].

VIAN STEEL COMPLEX (a.k.a. VIAN STEEL MELTING AND CASTING COMPANY; a.k.a. "VISCO"), No. 16, Esfandiar Blvd., Vali-e Asr Ave., Tehran 1968656391, Iran; 42nd Km. of Hamedan- Tehran Road, South Eastern of Mofatteh Power Plant, Hamedan, Iran; Website www.viansteel.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

VIAN STEEL MELTING AND CASTING COMPANY (a.k.a. VIAN STEEL COMPLEX; a.k.a. "VISCO"), No. 16, Esfandiar Blvd., Vali-e Asr Ave., Tehran 1968656391, Iran; 42nd Km. of Hamedan- Tehran Road, South Eastern of Mofatteh Power Plant, Hamedan, Iran; Website www.viansteel.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

VIAND (a.k.a. DISTRIBUIDORA DE PRODUCTOS Y SERVICIOS VIAND, S.A. DE C.V.), Culiacan, Sinaloa, Mexico; Website https://viand.mx/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Feb 2021; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; R.F.C. DPS2102247RA (Mexico); Folio Mercantil No. N-2021013541 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: FAVELA LOPEZ, Victor Andres).

VIBANCO GARCIA, Jesus Miguel (a.k.a. VIVANCO GARCIA, Jesus Miguel; a.k.a. VIVANCO JR., Miguel Angel; a.k.a. "JASPER"), Mexico; DOB 06 Oct 1995; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. VIGJ951006HSLBRS01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

VIC DEL INC. (OFF SHORE), Aquilino de la Guardia, PH Plaza Banco General, Piso 20, Of. 20A, Panama, Panama; RUC # 1794835-1-704338 (Panama); Folio Mercantil No. 704338 (Panama) [SDNTK].

VICENS MARINE CO, Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 05 May 2025; Identification Number IMO 0356257 [IRAN-EO13846].

VICTOR, Prophane (a.k.a. PROFANE, Victor; a.k.a. PROPHANE, Victor), 64 Pelerin 5, Petion-Ville, West, HT6142, Haiti; 3, Rue Marcelin, Tabarre 61, Tabarre, Ouiest, HT6125, Haiti; DOB 08 Feb 1969; POB Port-au-Prince, Haiti; nationality Haiti; citizen Haiti; Gender Male; Passport R10097145 (Haiti) expires 09 May 2031; National ID No. 0033760991 (Haiti) (individual) [GLOMAG].

VICTORY EXPERT TRADING FZ LLC, FDBC0808, Compass Building, Al Shohada Road, Al Hamra Industrial Zone-FZ, Ras Al Khaimah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 5025900 (United Arab Emirates); Economic Register Number (CBLS) 11950915 (United Arab Emirates) [RUSSIA-EO14024].

VICTORY SOMO GROUP HK LIMITED, 19/F., No. 3 Lockhart Road, Wanchai, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.R. No. 2700467 (Hong Kong) [SDGT] (Linked To: SONG, Jing).

VIDA PANAMA (ZONA LIBRE) S.A., Enrique A. Jimenez y Calle 16, Zona Libre de Colon, Colon, Panama; RUC # 238590056210046 (Panama) [SDNTK].

VIDANOV, Viacheslav (a.k.a. VIDANOV, Vyacheslav Vladimirovich (Cyrillic: ВИДАНОВ, Вячеслав Владимирович)), str. Kosmonavtov, d. 12/1, av. 34, Astrakhan, Russia; DOB 29 Sep 1987; POB Astrakhan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 751615121 (Russia); National ID No. 1208209900 (Russia); Tax ID No. 301711405290 (Russia) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

VIDANOV, Vyacheslav Vladimirovich (Cyrillic: ВИДАНОВ, Вячеслав Владимирович) (a.k.a. VIDANOV, Viacheslav), str. Kosmonavtov, d. 12/1, av. 34, Astrakhan, Russia; DOB 29 Sep 1987; POB Astrakhan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 751615121 (Russia); National ID No. 1208209900 (Russia); Tax ID No. 301711405290 (Russia) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

VIDEMATO, Santiago (a.k.a. "JAMES DUGGAN"; a.k.a. "RAMONA IBARRA"), Buenos Aires, Argentina; DOB 04 Oct 1983; POB Buenos Aires, Argentina; nationality Argentina; Gender Male; Passport AAA920679 (Argentina); D.N.I. 30555776 (Argentina) (individual) [SDNTK].

VIEGAS, Lincoln Francisco, India; DOB 10 Jul 1976; POB Margoa, Goa, India; nationality India; Gender Male; Passport Z2794616 (India) issued 30 Jul 2014 expires 29 Jul 2024 (individual) [IRAN-EO13902].

VIEIRA DIAS JUNIOR, Manuel Helder (a.k.a. VIEIRA DIAS, Manuel Helder; a.k.a. "KOPELIPA"), Rua de Coimbra, No 3, Luanda, Luanda, Angola; DOB 04 Oct 1953; POB Luanda, Angola; nationality Angola; Gender Male; Passport N2360712 (Angola) expires 07 Aug 2028 (individual) [GLOMAG].

VIEIRA DIAS, Manuel Helder (a.k.a. VIEIRA DIAS JUNIOR, Manuel Helder; a.k.a. "KOPELIPA"), Rua de Coimbra, No 3, Luanda, Luanda, Angola; DOB 04 Oct 1953; POB Luanda, Angola; nationality Angola; Gender Male; Passport N2360712 (Angola) expires 07 Aug 2028 (individual) [GLOMAG].

VIELMA MORA, Jose Gregorio, Caracas, Capital District, Venezuela; DOB 26 Oct 1964; Gender Male; Cedula No. 6206038 (Venezuela) (individual) [VENEZUELA].

VIETNAM-RUSSIA JOINT VENTURE BANK (a.k.a. NGAN HANG LIEN DOANH VIET-NGA), No.1 Yet Kieu str., Hoan Kiem District, Hanoi, Vietnam; Floor 1, 2nd Floor, No 1, Yet Kieu Street,, Tran Hung Dao Ward, Hoan Kiem District, Hanoi, Vietnam; SWIFT/BIC VRBAVNVX; Website vrbank.com.vn/en; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration Number 0102100878 (Vietnam) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VIGILAR COLOMBIA LTDA., Cl. 99 # 106-20, Apartado, Antioquia, Colombia; NIT # 8909390136 (Colombia) [SDNTK].

VIHROGONIKA AD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2016; Government Gazette Number 203892599

(Bulgaria) [GLOMAG] (Linked To: VABO MANAGEMENT EOOD).

VIKTORIYA OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VIKTORIYA; a.k.a. OOO VIKTORIIA), Ul. Ordzhonikidze D. 18, KV. 4, Izhevsk, Republic of Udmurtia 426063, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Nov 2005; Tax ID No. 1831107925 (Russia); Registration Number 1051800646920 (Russia) [RUSSIA-EO14024].

VIKTOROV, Maksim Valeryevich (Cyrillic: ВИКТОРОВ, Максим Валерьевич) (a.k.a. VIKTOROV, Maxim), Moscow, Russia; DOB 22 Jun 1972; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772644748297 (Russia) (individual) [RUSSIA-EO14024].

VIKTOROV, Maxim (a.k.a. VIKTOROV, Maksim Valeryevich (Cyrillic: ВИКТОРОВ, Максим Валерьевич)), Moscow, Russia; DOB 22 Jun 1972; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772644748297 (Russia) (individual) [RUSSIA-EO14024].

VILA MICHELENA, Fermin; DOB 12 Mar 1970; POB Irun, Guipuzcoa Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 15.254.214 (Spain); Member ETA (individual) [SDGT].

VILAYAT KAVKAZ (a.k.a. CAUCASUS WILAYAH; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT - CAUCASUS PROVINCE; a.k.a. WILAYAH QAWKAZ; a.k.a. WILAYAT QAWQAZ; a.k.a. "CAUCASUS PROVINCE"), Dagestan, Russia; Chechnya, Russia; Ingushetia, Russia; Kabardino-Balkaria, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

VILLA DIAZ, Oscar Domingo (a.k.a. VILLA DIAZ, Oscar Dominguez), Calle Acapulco No. 35 Interior 804, Colonia Roma, Delegacion Cuauhtemoc, Distrito Federal Codigo Postal 06700, Mexico; DOB 20 Sep 1945; POB Guadalajara, Jalisco, Mexico; Passport 06340040209 (Mexico); R.F.C. VIDO450920SK6 (Mexico) (individual) [SDNTK].

Interior 804, Colonia Roma, Delegacion Cuauhtemoc, Distrito Federal Codigo Postal 06700, Mexico; DOB 20 Sep 1945; POB Guadalajara, Jalisco, Mexico; Passport 06340040209 (Mexico); R.F.C. VIDO450920SK6 (Mexico) (individual) [SDNTK].

VILLA LEXA ESTATES SAS, 19 Boulevard Malesherbes, Paris 75008, France; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Dec 2010; Organization Type: Real estate activities with own or leased property; Tax ID No. 528873854 (France) [RUSSIA-EO14024] (Linked To: KERIMOVA, Gulnara Suleymanovna).

VILLA SANCHEZ, Arnoldo (a.k.a. CALDERON SANCHEZ, Erick Rene), Calle Paseo San Carlos 3013, Fraccionamiento Valle Real, Zapopan, Jalisco, Mexico; DOB 31 Jan 1974; POB Guerrero, Mexico; nationality Mexico; Tax ID No. 39037400668 (Mexico); C.U.R.P. VISA740131HGRLNR07 (Mexico) (individual) [SDNTK].

VILLAMIZAR GOMEZ, Jesus Rafael, Caracas, Venezuela; DOB 21 Dec 1971; POB Caracas, Venezuela; nationality Venezuela; Gender Male; Cedula No. V10794553 (Venezuela) (individual) [VENEZUELA].

VILLARROEL KOTOSKY, Angel (a.k.a. VILLARROEL RAMIREZ, Vassyly Kotosky); DOB 27 Mar 1972; POB Caracas, Venezuela; nationality Venezuela; citizen Venezuela; Cedula No. 11295239 (Venezuela) (individual) [SDNTK].

VILLARROEL RAMIREZ, Vassyly Kotosky (a.k.a. VILLARROEL KOTOSKY, Angel); DOB 27 Mar 1972; POB Caracas, Venezuela; nationality Venezuela; citizen Venezuela; Cedula No. 11295239 (Venezuela) (individual) [SDNTK].

VILLEGAS GOMEZ, Diego (a.k.a. PEREZ HENAO, Diego; a.k.a. "DIEGO RASTROJO"); DOB 07 Apr 1971; POB Bolivar, Valle de Cauca, Colombia; nationality Colombia; citizen Colombia; Cedula No. 94369359 (Colombia); Passport AI729787 (Colombia) (individual) [SDNTK] (Linked To: LOS RASTROJOS).

VILLEGAS LOERA, Juan Carlos, Calle Golfo de California No. 1635, Colonia Nuevo Culiacan, Culiacan, Sinaloa, Mexico; DOB 11 Apr 1958; POB Culiacan, Sinaloa, Mexico; C.U.R.P. VILJ580411HSLLRN09 (Mexico) (individual) [SDNTK] (Linked To: BUENOS AIRES SERVICIOS, S.A. DE C.V.; Linked To: ESTACIONES DE SERVICIOS CANARIAS,

S.A. DE C.V.; Linked To: GASODIESEL Y SERVICIOS ANCONA, S.A. DE C.V.; Linked To: GASOLINERA ALAMOS COUNTRY, S.A. DE C.V.; Linked To: GASOLINERA Y SERVICIOS VILLABONITA, S.A. DE C.V.; Linked To: PETROBARRANCOS, S.A. DE C.V.; Linked To: SERVICIOS CHULAVISTA, S.A. DE C.V.).

VILLEGAS POLJAK, Ernesto Emilio, Caracas, Capital District, Venezuela; DOB 29 Apr 1970; citizen Venezuela; Gender Male; Cedula No. 9487963 (Venezuela); Venezuela's Minster of Culture (individual) [VENEZUELA].

VILLOTA SEGURA, Aldemar; DOB 03 Nov 1979; POB Policarpa, Narino, Colombia; Cedula No. 98367490 (Colombia) (individual) [SDNTK].

VILLOTA SEGURA, Segundo Alberto; DOB 22 Apr 1975; POB Policarpa, Narino, Colombia; Cedula No. 97445691 (Colombia) (individual) [SDNTK].

VINALES TOURS, Cancun, Mexico; Guadalajara, Mexico; Mexico City, Mexico; Monterey, Mexico; Roma, Mexico [CUBA].

VINER, Anton Adadyevich (a.k.a. VINER, Natan Adadievic; a.k.a. VINER, Natan Adadievich; a.k.a. VINER, Nathan Anton), Russia; Kapu iela, Jurmala, Latvia; DOB Oct 1971; alt. DOB 1973; POB Tashkent, Uzbekistan; nationality Germany; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772986203232 (Russia) (individual) [RUSSIA-EO14024].

VINER, Natan Adadievic (a.k.a. VINER, Anton Adadyevich; a.k.a. VINER, Natan Adadievich; a.k.a. VINER, Nathan Anton), Russia; Kapu iela, Jurmala, Latvia; DOB Oct 1971; alt. DOB 1973; POB Tashkent, Uzbekistan; nationality Germany; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772986203232 (Russia) (individual) [RUSSIA-EO14024].

VINER, Natan Adadievich (a.k.a. VINER, Anton Adadyevich; a.k.a. VINER, Natan Adadievic; a.k.a. VINER, Nathan Anton), Russia; Kapu iela, Jurmala, Latvia; DOB Oct 1971; alt. DOB 1973; POB Tashkent, Uzbekistan; nationality Germany; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772986203232 (Russia) (individual) [RUSSIA-EO14024].

VINER, Nathan Anton (a.k.a. VINER, Anton Adadyevich; a.k.a. VINER, Natan Adadievic;

a.k.a. VINER, Natan Adadievich), Russia; Kapuiela, Jurmala, Latvia; DOB Oct 1971; alt. DOB 1973; POB Tashkent, Uzbekistan; nationality Germany; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772986203232 (Russia) (individual) [RUSSIA-EO14024].

VINOGRADOVA, Natalya V.; DOB 16 Jun 1973; POB Michurinsk, Russia (individual) [MAGNIT].

VINOGRADOVA, Natalya Yuryevna, Russia; DOB 23 Feb 1972; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 509153587 (Russia) (individual) [RUSSIA-EO14024].

VINOKUROV, Vladimir Nikolaevich, Moscow, Russia; DOB 1959; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

VINOKUROVA, Yekaterina Sergeyevna (Cyrillic: ВИНОКУРОВА, Екатерина Сергеевна) (a.k.a. LAVROVA, Yekaterina Sergeyevna (Cyrillic: ЛАВРОВА, Екатерина Сергеевна)), Russia; DOB 03 Apr 1983; POB New York, United States; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

VINSAVER, Ter. Portovaya Osobaya Ekonomicheskaya Zona, Pr-d Industrialnyi Zd. 15, Str. 1, Pomeshch. 15, S.p. Mirnovskoe 433405, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724907766 (Russia); Registration Number 1147746081251 (Russia) [RUSSIA-EO14024].

VIOSCLEAN (a.k.a. PROLIMPH; a.k.a. PROLIMPH QUIMICOS EN GENERAL, S.A. DE C.V.; a.k.a. PROLIMPH SOLUCIONES INTEGRALES, QUIMICAS Y DE LIMPIEZA; a.k.a. "VIOWATER"), Culiacan, Sinaloa, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Dec 2022; Organization Type: Manufacture of chemicals and chemical products; R.F.C. PQG221207FX8 (Mexico); Folio Mercantil No. N-2022085613 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CONDE URAGA, Martha Emilia).

VIOSMA DEL NOROESTE, S.A. DE C.V. (a.k.a. COMERCIAL VIOSMA DEL NOROESTE, S.A. DE C.V.; a.k.a. FERETERIA VIOSMA; a.k.a. FERRETERIA VIOSMA; a.k.a. VIOSMA

SOLUCIONES INTEGRALES, QUIMICAS Y DE LIMPIEZA), Culiacan, Sinaloa, Mexico; Ciudad Obregon, Sonora, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Apr 2012; Organization Type: Retail sale of hardware, paints and glass in specialized stores; R.F.C. CVN120425IM2 (Mexico); Folio Mercantil No. 81610 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CONDE URAGA, Martha Emilia).

VIOSMA SOLUCIONES INTEGRALES, QUIMICAS Y DE LIMPIEZA (a.k.a. COMERCIAL VIOSMA DEL NOROESTE, S.A. DE C.V.; a.k.a. FERETERIA VIOSMA; a.k.a. FERRETERIA VIOSMA; a.k.a. VIOSMA DEL NOROESTE, S.A. DE C.V.), Culiacan, Sinaloa, Mexico; Ciudad Obregon, Sonora, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Apr 2012; Organization Type: Retail sale of hardware, paints and glass in specialized stores; R.F.C. CVN120425IM2 (Mexico); Folio Mercantil No. 81610 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CONDE URAGA, Martha Emilia).

VIRAMONTES SESTEAGA, Alan (a.k.a. "Cochito"), Sonora, Mexico; DOB 18 Dec 1977; POB Sonora, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. VISA771218HSRRSL03 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

VIRGO MARINE (Arabic: فيرقو مارين), Office 401, The Binary Tower Omniyat, Business Bay, Bur Dubai, Dubai, United Arab Emirates; Website www.virgo-marine.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 06 Sep 2021; Identification Number IMO 6256316; Registration Number 980285 (United Arab Emirates); Economic Register Number (CBLS) 11723718 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

VISCAYA LTDA. (a.k.a. VIZCAYA LTDA.), Carrera 3 No. 11-99, Cartago, Valle, Colombia; Carrera 4 No. 12-20 of. 206, Cartago, Valle, Colombia; Km 7 Via Cartago-Obando, Hacienda El Vergel, Cartago, Colombia; NIT # 800054357-8 (Colombia) [SDNT].

VISHNU INC., Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Navi Mumbai, Maharashtra, India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Mar 2021; Organization Type: Sea and coastal freight water transport; Identification Number IMO 6213660; Business Registration Number 108158 (Marshall Islands) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

VISION 20-20, S.A., Panama; RUC # 2107640-1-757913 (Panama) [SDNTK].

VISION SHIP MANAGEMENT LLP, Unit 401, Space 912 Commercial Complex, Mira Bhayandar Road, Mira Road (E), Mira Bhayandar, Mumbai 401107, India; Identification Number IMO 6379560 [IRAN-EO13902].

VISIONS MALDIVES PVT LTD, Ever Glory, Keneree Magu, Machchangolhi, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number C-0132/1992 (Maldives) [SDGT] (Linked To: SHIYAM, Ali).

VISMURADOV, Abuzayed, Chechen Republic, Russia; DOB 21 Dec 1975; Gender Male; Commander of the Special Quick-Reaction Detachment (SOBR) Team "Terek" (individual) [MAGNIT].

VISTA CLARA SHIPPING CORPORATION, Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Apr 2021; Commercial Registry Number 108904 (Marshall Islands) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

VITABANK PJSC, Room 2, Ulyanovykh Street, 1, Podolsk 142116, Russia; SWIFT/BIC VITARU2P; Website www.vitabank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7831000147 (Russia); Legal Entity Number 253400V0NM3W1NJVVD50; Registration Number 1027800000183 (Russia) [RUSSIA-EO14024].

VITAL SILUET CENTRO DE ESTETICA, Calle 8B No. 78-22, Bogota, Colombia; Matricula Mercantil No 1419756 (Colombia) [SDNTK].

VITEL'HOMME, Innocent (a.k.a. INNOCENT, Vitel Homme; a.k.a. INNOCENT, Vitel'homme; a.k.a. INNOCENT, Vitelhomme; a.k.a. "VITEL HOMME"), Port-au-Prince, Haiti; DOB 08 Nov 1985 to 07 Nov 1986; nationality Haiti; Gender Male (individual) [GLOMAG].

VITYAZ MACHINE BUILDING COMPANY JOINT STOCK COMPANY (Cyrillic: МАШИНОСТРОИТЕЛЬНАЯ КОМПАНИЯ ВИТЯЗЬ АКЦИОНЕРНОЕ ОБЩЕСТВО) (a.k.a. MK VITYAZ AO), Shosse Industrialnoe d.2, Ishimbai 453203, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0261013879 (Russia); Registration Number 1050202782277 (Russia) [RUSSIA-EO14024].

VIV ANSANM (a.k.a. FOS REVOLISYONE G9 AN FANMI E ALYE (Latin: FÒS REVOLISYONÈ G9 AN FANMI E ALYE); a.k.a. G9 FANMI E ALYE; a.k.a. G-PEP (Latin: G-PÈP); a.k.a. "G-9"), Port-au-Prince, Haiti; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Sep 2023; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT].

VIVANCO GARCIA, Jesus Miguel (a.k.a. VIBANCO GARCIA, Jesus Miguel; a.k.a. VIVANCO JR., Miguel Angel; a.k.a. "JASPER"), Mexico; DOB 06 Oct 1995; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. VIGJ951006HSLBRS01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

VIVANCO JR., Miguel Angel (a.k.a. VIBANCO GARCIA, Jesus Miguel; a.k.a. VIVANCO GARCIA, Jesus Miguel; a.k.a. "JASPER"), Mexico; DOB 06 Oct 1995; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. VIGJ951006HSLBRS01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

VIVAS LANDINO, Miguel Alcides; DOB 08 Jul 1961; POB Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Cedula No. 7.617.778 (Venezuela); Passport B0097656 (Venezuela); Major General, Inspector General of Venezuela's Bolivarian National Armed Forces (FANB); former Commander of the Strategic Region for the Integral Defense (REDI) of the Andes Region, Venezuela's Bolivarian National Armed Forces (FANB) (individual) [VENEZUELA].

VIVAS VELASCO, Ramon Dario, Vargas, Venezuela; DOB 12 Jun 1950; citizen Venezuela; Gender Male; Cedula No. 3569721 (Venezuela); Constituent of Venezuela's Constituent Assembly for Vargas Municipality in Vargas State (individual) [VENEZUELA].

VIVID ENERJI YATIRIMLARI ANONIM SIRKETI (Latin: VİVİD ENERJİ YATIRIMLARI ANONİM ŞİRKETİ), Gursel Mah. Imrahor CAD. No:23 A/1 Kagithane, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Mar 2019; Organization Type: Other business support service activities n.e.c.; Identification Number 0925084467700001 (Turkey); Chamber of Commerce Number 185388-5 (Turkey) [SDGT] (Linked To: AL AHMAR, Hamid Abdullah Hussein).

VIZCAINO GIL, Gustavo Adolfo, Caracas, Capital District, Venezuela; DOB 03 May 1966; Gender Male; Cedula No. 6297704 (Venezuela) (individual) [VENEZUELA].

VIZCAYA LTDA. (a.k.a. VISCAYA LTDA.), Carrera 3 No. 11-99, Cartago, Valle, Colombia; Carrera 4 No. 12-20 of. 206, Cartago, Valle, Colombia; Km 7 Via Cartago-Obando, Hacienda El Vergel, Cartago, Colombia; NIT # 800054357-8 (Colombia) [SDNT].

VLADIMIR TOCHMASH (a.k.a. JOINT STOCK COMPANY VLADIMIR PRODUCTION AMALGAMATION TOCHMASH (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВЛАДИМИРСКОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ТОЧМАШ); a.k.a. JSC VPA TOCHMASH; a.k.a. VPO TOCHMASH AO; a.k.a. "TOCHMASH"), D. 1a Ul. Severnaya, Vladimir 600007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3329051460 (Russia) [RUSSIA-EO14024].

VLADIMIROV, Nikolai Nikolayevich (a.k.a. VLADIMIROV, Nikolay Nikolayevich (Cyrillic: ВЛАДИМИРОВ, Николай Николаевич)), Russia; DOB 18 Nov 1979; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VLADIMIROV, Nikolay Nikolayevich (Cyrillic: ВЛАДИМИРОВ, Николай Николаевич) (a.k.a. VLADIMIROV, Nikolai Nikolayevich), Russia; DOB 18 Nov 1979; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VLADIMIROV, Vladimir Vladimirovich (Cyrillic: ВЛАДИМИРОВ, Владимир Владимирович), Stavropol, Russia; DOB 14 Oct 1975; POB Georgievsk, Stavropol, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 860802075924 (Russia) (individual) [RUSSIA-EO14024].

VLADIMIROVKA ADVANCED WEAPONS AND RESEARCH COMPLEX (a.k.a. VAWARC), Astrakhan Oblast, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Defense activities [RUSSIA-EO14024].

VLADIVOSTOK ELECTRICAL COMPANY ERA JSC (a.k.a. AKTSIONERNOYE OBSHCHESTVO VLADIVOSTOKSKOYE PREDPRIYATIE ELEKTRORADIOAVTIMATIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВЛАДИВОСТОКСКОЕ ПРЕДПРИЯТИЕ ЭЛЕКТРОРАДИОАВТОМАТИКА); a.k.a. ELEKTRORADIOAVTOMATIKA VLADIVOSTOK ENTERPRISE JOINT STOCK COMPANY; a.k.a. "ERA AO"), 1 Ulitsa Pionerskaya, Vladivostok 690001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jul 2000; Tax ID No. 2504000733 (Russia); Registration Number 1022501275455 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

VLASOV, Vasily Maksimovich (Cyrillic: ВЛАСОВ, Василий Максимович), Russia; DOB 27 Jun 1995; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VLASOVA, Veronika Valerievna (Cyrillic: ВЛАСОВА, Вероника Валериевна), Russia; DOB 02 Nov 1966; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VLATE LOGISTIK LLC (Cyrillic: ООО ВЛАТЕ ЛОГИСТИК) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VLATE LOGISTIK), 48 ul. Komarova, Pogranichny 231773, Belarus; Organization Established Date 15 Apr 2013; Organization Type: Transportation and storage; Tax ID No. 192003422 (Belarus) [BELARUS-EO14038].

VM TRANS GROUP OF COMPANIES LLC (a.k.a. GRUPPA KOMPANII VM TRANS), Ul. Semyi Shamshinykh D. 22/1, Office 501, Novosibirsk 630099, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5406983819 (Russia); Registration Number 1175476123240 (Russia) [RUSSIA-EO14024].

VMK OOO SAMARA (Cyrillic: ВМК ООО САМАРА) (a.k.a. LIMITED LIABILITY COMPANY VMK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВМК)), 1A Smyshlyayevskoye Highway, Office 258, Zubchaninovka village, Samara, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6312121234 (Russia); Registration Number 1126312007800 (Russia) [RUSSIA-EO14024].

VNESHECONOMBANK (f.k.a. BANK FOR FOREIGN TRADE OF THE U.S.S.R.; a.k.a. GK VEB.RF; a.k.a. GOSUDARSTVENNAYA KORPORATSIYA RAZVITIYA VEB.RF; a.k.a. STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK; a.k.a. STATE DEVELOPMENT CORPORATION VEB.RF (Cyrillic: ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ РАЗВИТИЯ ВЭБ.РФ); a.k.a. VEB.RF (Cyrillic: ВЭБ.РФ); f.k.a. VNESHEKONOMBANK GK; f.k.a. VNESHEKONOMBANK SSSR; a.k.a. "BANK FOR DEVELOPMENT"; a.k.a. "VEB"), Akademik Sakharov Ave 9, Moscow 107996, Russia; Pr-kt, Akademika Sakharova, D. 9, Moscow 107078, Russia (Cyrillic: Пр-Кт Академика Сахарова, Д. 9, Город Москва 107078, Russia); 20A, CITIC Building, 19, Joanguomenwai Dajie, Beijing 100004, China; Shop No. 11, Arcade Ground Floor, World Trade Centre, Cuffe Prade, Colaba, Mumbai 400005, India; SWIFT/BIC BFEARUMM; Website www.veb.ru; BIK (RU) 044525060; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Aug 1922; Target Type State-Owned Enterprise; alt. Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Government Gazette Number 00005061 (Russia); Registration Number 1077711000102 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VNESHEKONOMBANK GK (f.k.a. BANK FOR FOREIGN TRADE OF THE U.S.S.R.; a.k.a. GK VEB.RF; a.k.a. GOSUDARSTVENNAYA KORPORATSIYA RAZVITIYA VEB.RF; a.k.a. STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK; a.k.a. STATE DEVELOPMENT CORPORATION VEB.RF (Cyrillic: ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ РАЗВИТИЯ ВЭБ.РФ); a.k.a. VEB.RF (Cyrillic: ВЭБ.РФ); f.k.a. VNESHECONOMBANK; f.k.a. VNESHEKONOMBANK SSSR; a.k.a. "BANK FOR DEVELOPMENT"; a.k.a. "VEB"), Akademik Sakharov Ave 9, Moscow 107996, Russia; Pr-kt, Akademika Sakharova, D. 9, Moscow 107078, Russia (Cyrillic: Пр-Кт Академика Сахарова, Д. 9, Город Москва 107078, Russia); 20A, CITIC Building, 19, Joanguomenwai Dajie, Beijing 100004, China; Shop No. 11, Arcade Ground Floor, World Trade Centre, Cuffe Prade, Colaba, Mumbai 400005, India; SWIFT/BIC BFEARUMM; Website www.veb.ru; BIK (RU) 044525060; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Aug 1922; Target Type State-Owned Enterprise; alt. Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Government Gazette Number 00005061 (Russia); Registration Number 1077711000102 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VNESHEKONOMBANK SSSR (f.k.a. BANK FOR FOREIGN TRADE OF THE U.S.S.R.; a.k.a. GK VEB.RF; a.k.a. GOSUDARSTVENNAYA KORPORATSIYA RAZVITIYA VEB.RF; a.k.a. STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK; a.k.a. STATE DEVELOPMENT CORPORATION VEB.RF (Cyrillic: ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ РАЗВИТИЯ ВЭБ.РФ); a.k.a. VEB.RF (Cyrillic: ВЭБ.РФ); f.k.a. VNESHECONOMBANK; f.k.a. VNESHEKONOMBANK GK; a.k.a. "BANK FOR DEVELOPMENT"; a.k.a. "VEB"), Akademik Sakharov Ave 9, Moscow 107996, Russia; Pr-kt, Akademika Sakharova, D. 9, Moscow 107078, Russia (Cyrillic: Пр-Кт Академика Сахарова, Д. 9, Город Москва 107078, Russia); 20A, CITIC Building, 19, Joanguomenwai Dajie, Beijing 100004, China; Shop No. 11, Arcade Ground Floor, World Trade Centre, Cuffe Prade, Colaba, Mumbai 400005, India; SWIFT/BIC BFEARUMM; Website www.veb.ru; BIK (RU) 044525060; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Aug 1922; Target Type State-Owned Enterprise; alt. Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Government Gazette Number 00005061 (Russia); Registration Number 1077711000102 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VNESHTORGBANK (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a.

BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VNESHTORGBANK OF RSFSR (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000,

Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VNIGRI GEOLOGORAZVEDKA AO (Cyrillic: ВНИГРИ ГЕОЛОГОРАЗВЕДКА АО) (a.k.a. GEOLOGORAZVEDKA AO), Ulitsa Fayansovaya, Dom 20, Korpus 2 Lit. A, Pomeshenie 313, Saint Petersburg 192019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811638125 (Russia); Registration Number 1177847061545 (Russia) [RUSSIA-EO14024].

VNIGRI JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO VSEROSSISKI NEFTYANOI NAUCHNO ISSLEDOVATELSKI GEOLOGORAZVEDOCHNY INSTITUT; a.k.a. ALL RUSSIA PETROLEUM RESEARCH EXPLORATION INSTITUTE JOINT STOCK COMPANY; a.k.a. VNIGRI PAO), d. 20 k. 2 litera A pom. 208, ul. Fayansovaya, St. Petersburg 192019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Aug 2016; Target Type State-Owned Enterprise; Tax ID No. 7816334628 (Russia); Government Gazette Number 01423435 (Russia); Registration Number 1167847310916 (Russia) [RUSSIA-EO14024].

VNIGRI PAO (a.k.a. AKTSIONERNOE OBSHCHESTVO VSEROSSISKI NEFTYANOI NAUCHNO ISSLEDOVATELSKI GEOLOGORAZVEDOCHNY INSTITUT; a.k.a. ALL RUSSIA PETROLEUM RESEARCH EXPLORATION INSTITUTE JOINT STOCK COMPANY; a.k.a. VNIGRI JSC), d. 20 k. 2 litera A pom. 208, ul. Fayansovaya, St. Petersburg 192019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Aug 2016; Target Type State-Owned Enterprise; Tax ID No. 7816334628 (Russia); Government Gazette Number 01423435 (Russia); Registration Number 1167847310916 (Russia) [RUSSIA-EO14024].

VNIGRIUGOL AO (a.k.a. AKTSIONERNOE OBSHCHESTVO VSEROSSIISKII NAUCHNO ISSLEDOVATELSKII GEOLOGORAZVEDOCHNYI INSTITUT UGOLNYKH MESTOROZHDENII), Prospekt Stachki ZD. 200/1, Rostov-on-Don 344090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6194001160 (Russia); Registration Number 1156196053353 (Russia) [RUSSIA-EO14024].

VNII SIGNAL JSC (a.k.a. AO VNII SIGNAL; a.k.a. JOINT STOCK COMPANY ALL-RUSSIAN RESEARCH INSTITUTE SIGNAL; a.k.a. OAO VNII SIGNAL; a.k.a. OAO VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT SIGNAL; a.k.a. OJSC ALL-RUSSIAN RESEARCH INSTITUTE SIGNAL), 57 UL. Krupskoy, Kovrov, Vladimir Oblast 601903, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3305708964 (Russia); Registration Number 1103332000232 (Russia) [RUSSIA-EO14024].

VNIIGEOFIZIKA JSC (a.k.a. ALL RUSSIAN RESEARCH INSTITUTE OF GEOPHYSICAL EXPLORATION METHODS JSC; a.k.a. ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF GEOPHYSICAL PROSPECTING JOINT STOCK COMPANY; a.k.a. AO ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF GEOPHYSICAL PROSPECTING (Cyrillic: АО ВСЕРОССИЙСКИЙ НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ГЕОФИЗИЧЕСКИХ МЕТОДОВ РАЗВЕДКИ)), Nizhnyaya Krasnoselskaya Street 4, Moscow 107140, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Dec 2013; Target Type State-Owned Enterprise; Tax ID No. 7708802773 (Russia); Government Gazette Number 01424392 (Russia); Registration Number 5137746162945 (Russia) [RUSSIA-EO14024].

VNIIR GIDRO (a.k.a. VNIIR GIDROELEKTROAVTOMATIKA JSC (Cyrillic: АО ВНИИР ГИДРОЭЛЕКТРОАВТОМАТИКА)), Prospekt I.Ya.Yakovleva d. 4, Cheboksary 428024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2130037140 (Russia); Government Gazette Number 85840397 (Russia); Registration Number 1082130003867 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALL-RUSSIAN SCIENTIFIC RESEARCH DESIGN AND TECHNOLOGICAL INSTITUTE OF RELAY ENGINEERING WITH EXPERIMENTAL PRODUCTION).

VNIIR GIDROELEKTROAVTOMATIKA JSC (Cyrillic: АО ВНИИР ГИДРОЭЛЕКТРОАВТОМАТИКА) (a.k.a. VNIIR GIDRO), Prospekt I.Ya.Yakovleva d. 4, Cheboksary 428024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2130037140 (Russia); Government Gazette Number 85840397 (Russia); Registration Number 1082130003867 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALL-RUSSIAN SCIENTIFIC RESEARCH DESIGN AND TECHNOLOGICAL INSTITUTE OF RELAY ENGINEERING WITH EXPERIMENTAL PRODUCTION).

VNIIR PROMELEKTRO LLC (Cyrillic: ООО ВНИИР ПРОМЭЛЕКТРО), Prospekt I.Ya.Yakovleva d. 4, Cheboksary 428024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2128707397 (Russia); Government Gazette Number 94070202 (Russia); Registration Number 1062128152965 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALL-RUSSIAN SCIENTIFIC RESEARCH DESIGN AND TECHNOLOGICAL INSTITUTE OF RELAY ENGINEERING WITH EXPERIMENTAL PRODUCTION).

VNIIR TRANSSTROI LLC (Cyrillic: ООО ВНИИР ТРАНССТРОЙ), d. 4 pom. 5 kab. 1409, prospect I.Ya.Yakovleva, Cheboksary 428024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2130203189 (Russia); Government Gazette Number 32306568 (Russia); Registration Number 1182130008280 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALL-RUSSIAN SCIENTIFIC RESEARCH DESIGN AND TECHNOLOGICAL INSTITUTE OF RELAY ENGINEERING WITH EXPERIMENTAL PRODUCTION; Linked To: ASSET ELECTRO LLC).

VNIIZARUBEZHGEOLOGIYA AO (a.k.a. AO VNIIZARUBEZHGEOLOGIIA; a.k.a. VNIIZARUBEZHGEOLOGIYA VZG OAO (Cyrillic: ВНИИЗАРУБЕЖГЕОЛОГИЯ ВЗГ ОАО); a.k.a. VSEROSSIISKII NAUCHNO ISSLEDOVATELSKII INSTITUT GEOLOGII ZARUBEZHNYKH STRAN OAO (Cyrillic: ВСЕРОССИЙСКИЙ НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ГЕОЛОГИИ ЗАРУБЕЖНЫХ СТРАН ОАО)), Ulitsa Novocheremushkinskaya, 69, Moscow 117418, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727048431 (Russia); Registration Number 1027739016436 (Russia) [RUSSIA-EO14024].

VNIIZARUBEZHGEOLOGIYA VZG OAO (Cyrillic: ВНИИЗАРУБЕЖГЕОЛОГИЯ ВЗГ ОАО) (a.k.a. AO VNIIZARUBEZHGEOLOGIIA; a.k.a. VNIIZARUBEZHGEOLOGIYA AO; a.k.a. VSEROSSIISKII NAUCHNO ISSLEDOVATELSKII INSTITUT GEOLOGII ZARUBEZHNYKH STRAN OAO (Cyrillic: ВСЕРОССИЙСКИЙ НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ГЕОЛОГИИ ЗАРУБЕЖНЫХ СТРАН ОАО)), Ulitsa Novocheremushkinskaya, 69, Moscow 117418, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727048431 (Russia); Registration Number 1027739016436 (Russia) [RUSSIA-EO14024].

VNV ASTILLERO (a.k.a. V & V ASTILLERO, S.A. DE C.V.; a.k.a. V AND V ASTILLERO, S.A. DE C.V.; a.k.a. VNV SHIPYARD), Cancun, Quintana Roo, Mexico; Organization Established Date 20 Mar 2015; Organization Type: Transportation and storage; R.F.C. VAS1503206W4 (Mexico); Folio Mercantil No. 28669 (Mexico) [TCO] (Linked To: BHARDWAJ, Vikrant).

VNV FASHIONS, S.A. DE C.V., Cancun, Quintana Roo, Mexico; Organization Established Date 28 Oct 2021; Organization Type: Retail sale of textiles in specialized stores; Folio Mercantil No. N-2021089971 (Mexico) [TCO] (Linked To: RANI, Indu).

VNV SHIPYARD (a.k.a. V & V ASTILLERO, S.A. DE C.V.; a.k.a. V AND V ASTILLERO, S.A. DE C.V.; a.k.a. VNV ASTILLERO), Cancun, Quintana Roo, Mexico; Organization Established Date 20 Mar 2015; Organization Type: Transportation and storage; R.F.C. VAS1503206W4 (Mexico); Folio Mercantil No. 28669 (Mexico) [TCO] (Linked To: BHARDWAJ, Vikrant).

VNV STORE, S.A. DE C.V., Cancun, Quintana Roo, Mexico; Organization Established Date 13 Mar 2024; Organization Type: Retail sale of food in specialized stores; Folio Mercantil No. N-2024054725 (Mexico) [TCO] (Linked To: BHARDWAJ, Vikrant).

VO ALMAZYUVELIREKSPORT AO (a.k.a. FEDERAL STATE OWNED UNITARY ENTERPRISE FOREIGN TRADE ASSOCIATION ALMAZJUVELIREXPORT; a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION ALMAZYUVELIREXPORT), BR Zubovskii D. 25, K. 1, Moscow 119021, Russia; Ul. Ostozhenka D. 22/1, Moscow 119034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704485379 (Russia); Registration Number 1197746226886 (Russia) [RUSSIA-EO14024].

VO PROMSYRIEIMPORT (Cyrillic: ВО ПРОМСЫРЬЕИМПОРТ) (a.k.a. FEDERAL STATE UNITARY ENTERPRISE FOREIGN ECONOMIC ASSOCIATION PROMSYRIOIMPORT; a.k.a. PROMSYRIOIMPORT; a.k.a. PROMSYRIOIMPORT FOREIGN ECONOMIC ASSOCIATION S.O.C.; a.k.a. VO PROMSYRIEIMPORT FGUP; a.k.a. VO PROMSYRIOIMPORT), d. 13 str. 4, bulvar Novinski, Moscow 121099, Russia; 13 Novinski Boulevard, Moscow 121834, Russia; Novinskiy Boulevard 13, Building 4, Moscow 123995, Russia; Novinsky bld. 13, build 4, Moscow 121099, Russia; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 7704140399 (Russia); Government Gazette Number 01860331; Registration Number 1027700499903 (Russia) [IRAN-EO13902].

VO PROMSYRIEIMPORT FGUP (a.k.a. FEDERAL STATE UNITARY ENTERPRISE FOREIGN ECONOMIC ASSOCIATION PROMSYRIOIMPORT; a.k.a. PROMSYRIOIMPORT; a.k.a. PROMSYRIOIMPORT FOREIGN ECONOMIC ASSOCIATION S.O.C.; a.k.a. VO PROMSYRIEIMPORT (Cyrillic: ВО ПРОМСЫРЬЕИМПОРТ); a.k.a. VO PROMSYRIOIMPORT), d. 13 str. 4, bulvar Novinski, Moscow 121099, Russia; 13 Novinski Boulevard, Moscow 121834, Russia; Novinskiy Boulevard 13, Building 4, Moscow 123995, Russia; Novinsky bld. 13, build 4, Moscow 121099, Russia; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 7704140399 (Russia); Government Gazette Number 01860331; Registration Number 1027700499903 (Russia) [IRAN-EO13902].

VO PROMSYRIOIMPORT (a.k.a. FEDERAL STATE UNITARY ENTERPRISE FOREIGN ECONOMIC ASSOCIATION PROMSYRIOIMPORT; a.k.a. PROMSYRIOIMPORT; a.k.a. PROMSYRIOIMPORT FOREIGN ECONOMIC ASSOCIATION S.O.C.; a.k.a. VO PROMSYRIEIMPORT (Cyrillic: ВО ПРОМСЫРЬЕИМПОРТ); a.k.a. VO PROMSYRIEIMPORT FGUP), d. 13 str. 4, bulvar Novinski, Moscow 121099, Russia; 13 Novinski Boulevard, Moscow 121834, Russia; Novinskiy Boulevard 13, Building 4, Moscow 123995, Russia; Novinsky bld. 13, build 4, Moscow 121099, Russia; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 7704140399 (Russia); Government Gazette Number 01860331; Registration Number 1027700499903 (Russia) [IRAN-EO13902].

VO TEKHNOPROMEKSPORT, OAO (a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT; a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. JSC TEKHNOPROMEXPORT; a.k.a. JSC VO TEKHNOPROMEXPORT; a.k.a. OJSC TECHNOPROMEXPORT; a.k.a. OPEN JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VNESHNEEKONOMICHESKOE OBEDINENIE TEKHNOPROMEKSPORT; a.k.a. "JSC TPE"), d. 15 str. 2 ul. Novy Arbat, Moscow 119019, Russia; Email Address inform@tpe.ru; Secondary sanctions risk: Ukraine-/Russia-

Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067746244026 (Russia); Tax ID No. 7705713236 (Russia); Government Gazette Number 02839043 (Russia) [UKRAINE-EO13685].

VODOLATSKY, Victor Petrovich (Cyrillic: ВОДОЛАЦКИЙ, Виктор Петрович), Russia; DOB 19 Aug 1957; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VODYANOV, Roman Mikhaylovich (Cyrillic: ВОДЯНОВ, Роман Михайлович), Russia; DOB 25 Nov 1982; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VOENNO PROMYSHLENNAYA KOMPANIYA (a.k.a. LIMITED LIABILITY COMPANY MILITARY INDUSTRIAL COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОЕННО ПРОМЫШЛЕННАЯ КОМПАНИЯ); a.k.a. "LLC MIC"; a.k.a. "OOO VPK" (Cyrillic: "ООО ВПК")), 15 Rochdelskaya Street, Building 8, Floor 3, Unit I, Rooms 10-14, Moscow 123376, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703602065 (Russia); Registration Number 1067746915191 (Russia) [RUSSIA-EO14024].

VOENNO-PROMYSHLENNAYA KORPORATSIYA NAUCHNO-PROIZVODSTVENNOE OBEDINENIE MASHINOSTROENIYA OAO (a.k.a. JOINT STOCK COMPANY MILITARY INDUSTRIAL CONSORTIUM NPO MASHINOSTROYENIA; a.k.a. JOINT STOCK COMPANY MILITARY-INDUSTRIAL CORPORATION NPO MASHINOSTROYENIA; a.k.a. JSC MIC NPO MASHINOSTROYENIA; a.k.a. MIC NPO MASHINOSTROYENIA JSC; a.k.a. MIC NPO MASHINOSTROYENIYA JSC; a.k.a. MILITARY INDUSTRIAL CORPORATION NPO MASHINOSTROENIA OAO; a.k.a. OPEN JOINT STOCK COMPANY MILITARY INDUSTRIAL CORPORATION SCIENTIFIC AND PRODUCTION MACHINE BUILDING ASSOCIATION; a.k.a. VPK NPO MASHINOSTROENIYA), 33, Gagarina St., Reutov-town, Moscow Region 143966, Russia; 33 Gagarin Street, Reutov, Moscow Region 143966, Russia; 33 Gagarina ul., Reutov,

Moskovskaya obl 143966, Russia; Website www.npomash.ru; Email Address export@npomash.ru; alt. Email Address vpk@npomash.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1075012001492 (Russia); Tax ID No. 5012039795 (Russia); Government Gazette Number 07501739 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

VOENNYYE PEREVOZKI OOO (a.k.a. LIMITED LIABILITY COMPANY MILITARY TRANSPORTATION), Per. Malyi Sukharevskii D. 9, Str. 1, Pomeshch. 11/1/2 RM9, Moscow 127051, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7702826697 (Russia); Registration Number 5137746100729 (Russia) [RUSSIA-EO14024].

VOHOM TECHNOLOGY HK CO., LIMITED (Chinese Traditional: 華弘科技香港有限公司), B25, 4/F, Huihuang Commerical Building, Dongcheng Road Middle, Dongcheng, Dongguan, Guangdong 523129, China; Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 21 May 2012; Company Number 1747585 (Hong Kong) [NPWMD] [IFSR] (Linked To: PARDAZAN SYSTEM NAMAD ARMAN).

VOISKOVAYA CHAST 52688 (Cyrillic: ВОЙСКОВАЯ ЧАСТЬ 52688) (a.k.a. MILITARY UNIT NUMBER 52688; a.k.a. RADIATION CHEMICAL AND BIOLOGICAL DEFENSE TROOPS; a.k.a. RADIOLOGICAL CHEMICAL AND BIOLOGICAL DEFENSE TROOPS OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (Cyrillic: ВОЙСКА РАДИАЦИОННОЙ ХИМИЧЕСКОЙ И БИОЛОГИЧЕСКОЙ ЗАЩИТЫ МИНИСТЕРСТВА ОБОРОНЫ РОССИЙСКОЙ ФЕДЕРАЦИИ); a.k.a. RCB DEFENSE TROOPS; a.k.a. "RCHBD"; a.k.a. "RKHBZ"), Corpus 2, Building 22, Frunze Embankment, Moscow 119160, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704195013 (Russia); Registration Number 1037739635890 (Russia) [RUSSIA-EO14024].

VOITIKHOV, Dmitrii Evgenevich (a.k.a. VOITOKHOV, Dmitri Evgenevich), St. Z Kosmodemyanskoy, 56, APT. 2, Azov, Russia; DOB 23 Nov 1983; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11

of Executive Order 14024.; National ID No. 6017291768 (Russia); alt. National ID No. 6005080892 (Russia); Tax ID No. 614003956676 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU SV POLIMER).

VOITOKHOV, Dmitri Evgenevich (a.k.a. VOITIKHOV, Dmitrii Evgenevich), St. Z Kosmodemyanskoy, 56, APT. 2, Azov, Russia; DOB 23 Nov 1983; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 6017291768 (Russia); alt. National ID No. 6005080892 (Russia); Tax ID No. 614003956676 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU SV POLIMER).

VOLASYS SILVER STAR, 41 Ulitsa Klary Tsetskin, Vladivostok, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3] [DPRK4].

VOLFOVICH, Aleksandr (Cyrillic: ВОЛФОВИЧ, Александр) (a.k.a. VOLFOVICH, Alexander; a.k.a. VOLFOVITS, Alexanter; a.k.a. WOLFOVITZ, Alexander), 1 Danias, Agios Tychonas, Limassol, Cyprus; DOB 26 Oct 1961; nationality Cyprus; alt. nationality Israel; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: ZIMENKOV, Igor Vladimirovich).

VOLFOVICH, Aleksandr Grigorievich (Cyrillic: ВОЛЬФОВИЧ, Александр Григорьевич), Minsk, Belarus; DOB 28 Jun 1967; POB Kazan, Russia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

VOLFOVICH, Alexander (a.k.a. VOLFOVICH, Aleksandr (Cyrillic: ВОЛФОВИЧ, Александр); a.k.a. VOLFOVITS, Alexanter; a.k.a. WOLFOVITZ, Alexander), 1 Danias, Agios Tychonas, Limassol, Cyprus; DOB 26 Oct 1961; nationality Cyprus; alt. nationality Israel; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: ZIMENKOV, Igor Vladimirovich).

VOLFOVICH, Ariel (a.k.a. VOLFOVITS, Ariel (Greek: ΒΟΛΦΟΒΙΤΣ, Αριελ)), Cyprus; DOB 17 Nov 1992; nationality Cyprus; citizen Cyprus;

Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport L00019196 (Cyprus) expires 19 Apr 2031 (individual) [RUSSIA-EO14024] (Linked To: VFC SOLUTIONS LTD).

VOLFOVICH, Stanislav (a.k.a. VOLFOVITS, Stanislav (Greek: ΒΟΛΦΟΒΙΤΣ, Στανισλαβ)), Cyprus; Israel; DOB 04 May 1983; POB Dnepropetrovsk, Ukraine; nationality Cyprus; alt. nationality Israel; citizen Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: VFC SOLUTIONS LTD).

VOLFOVITS, Alexanter (a.k.a. VOLFOVICH, Aleksandr (Cyrillic: ВОЛФОВИЧ, Александр); a.k.a. VOLFOVICH, Alexander; a.k.a. WOLFOVITZ, Alexander), 1 Danias, Agios Tychonas, Limassol, Cyprus; DOB 26 Oct 1961; nationality Cyprus; alt. nationality Israel; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: ZIMENKOV, Igor Vladimirovich).

VOLFOVITS, Ariel (Greek: ΒΟΛΦΟΒΙΤΣ, Αριελ) (a.k.a. VOLFOVICH, Ariel), Cyprus; DOB 17 Nov 1992; nationality Cyprus; citizen Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport L00019196 (Cyprus) expires 19 Apr 2031 (individual) [RUSSIA-EO14024] (Linked To: VFC SOLUTIONS LTD).

VOLFOVITS, Stanislav (Greek: ΒΟΛΦΟΒΙΤΣ, Στανισλαβ) (a.k.a. VOLFOVICH, Stanislav), Cyprus; Israel; DOB 04 May 1983; POB Dnepropetrovsk, Ukraine; nationality Cyprus; alt. nationality Israel; citizen Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: VFC SOLUTIONS LTD).

VOLFSON, Ilya Svetoslavovich (Cyrillic: ВОЛЬФСОН, Илья Светославович), Russia; DOB 08 Jun 1981; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VOLGA DNEPR GROUP (a.k.a. LIMITED LIABILITY COMPANY VOLGA DNEPR MOSCOW; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU VOLGA DNEPR MOSKVA), 28B Str. 3 Mezhdunarodnoe sh., Moscow 141411, Russia; D. 17, Korp 4 Krylatskaya Ul., Moscow 121614, Russia; 1010 Air China Building, 36 Xiaoyun road, Chaoyang district, Beijing 100027, China;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704223366 (Russia); Registration Number 1027700590521 (Russia) [RUSSIA-EO14024].

VOLGA GROUP HOLDING LIMITED LIABILITY COMPANY (a.k.a. OOO VOLGA GROUP (Cyrillic: ООО ВОЛГА ГРУП)), Begovaya St., Dom 3, Str. 1, Moscow 12528, Russia; Timura Frunze, House 11, Building 1, floor 2, unit IV, room 2, Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718989383 (Russia); Registration Number 1147746803049 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

VOLGOGRAD MACHINE BUILDING COMPANY LIMITED LIABILITY COMPANY (a.k.a. LLC VOLGOGRAD MACHINE BUILDING COMPANY VGTZ; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU VOLGOGRADSKAIA MASHINOSTROITELNAIA KOMPANIIA VGTZ; a.k.a. VOLGOGRAD TRACTOR PLANT; a.k.a. "OOO VMK VGTZ"), 1 Dzerzhinskogo Pl, Volgograd 400006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3441023695 (Russia); Registration Number 1023402461752 (Russia) [RUSSIA-EO14024].

VOLGOGRAD TRACTOR PLANT (a.k.a. LLC VOLGOGRAD MACHINE BUILDING COMPANY VGTZ; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU VOLGOGRADSKAIA MASHINOSTROITELNAIA KOMPANIIA VGTZ; a.k.a. VOLGOGRAD MACHINE BUILDING COMPANY LIMITED LIABILITY COMPANY; a.k.a. "OOO VMK VGTZ"), 1 Dzerzhinskogo Pl, Volgograd 400006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3441023695 (Russia); Registration Number 1023402461752 (Russia) [RUSSIA-EO14024].

VOLGOGRADSKII ZAVOD SUDOVOGO MASHINOSTROENIYA (a.k.a. LIMITED LIABILITY COMPANY VOLGOGRAD SHIP ENGINEERING PLANT; a.k.a. "VZSM"), Ul. Im. Arsenyeva D.2, Kabinet 17, Volgograd 400112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3461065380 (Russia); Registration Number 1193443012553 (Russia) [RUSSIA-EO14024].

VOLITON DMCC (a.k.a. PETROKIM TRADING MIDDLE EAST AND ASIA DMCC), Unit No: R29-33, Reef Tower, Plot No: JLT-PH2-O1A, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 May 2018; License DMCC-476388 (United Arab Emirates); Registration Number 124420 (United Arab Emirates) [RUSSIA-EO14024].

VOLKOVA, Olga Vladimirovna (Cyrillic: ВОЛКОВА, Ольга Владимировна) (a.k.a. VOLKOVA, Olha Volodymyrivna (Cyrillic: ВОЛКОВА, Ольга Володимирівна; Cyrillic: ВОЛКОВА, Ольга Володимирівна)), Donetsk, Ukraine; DOB 09 Oct 1974; nationality Ukraine; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2731019589 (Ukraine) (individual) [RUSSIA-EO14024].

VOLKOVA, Olha Volodymyrivna (Cyrillic: ВОЛКОВА, Ольга Володимирівна; Cyrillic: ВОЛКОВА, Ольга Володимирівна) (a.k.a. VOLKOVA, Olga Vladimirovna (Cyrillic: ВОЛКОВА, Ольга Владимировна)), Donetsk, Ukraine; DOB 09 Oct 1974; nationality Ukraine; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2731019589 (Ukraine) (individual) [RUSSIA-EO14024].

VOLL INDUSTRIAL (a.k.a. LIMITED LIABILITY COMPANY STROITELNYE I KOMMUNALNYE TEKHNOLOGII), Sh. Varshavskoe D. 150, K. 1, Moscow 117534, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727435631 (Russia); Registration Number 1197746730642 (Russia) [RUSSIA-EO14024].

VOLOBUEV, Nikolai Anatolevich (Cyrillic: ВОЛОБУЕВ, Николай Анатольевич), Moscow, Russia; DOB 24 Feb 1952; POB Rassvet, Orel Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770470065105 (Russia) (individual) [RUSSIA-EO14024].

VOLODIN, Vyacheslav Victorovich (Cyrillic: ВОЛОДИН, Вячеслав Викторович), Russia; DOB 04 Feb 1964; POB Alexeevka, Saratov, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Speaker of the State Duma of the

Federal Assembly of the Russian Federation; Member of Russian Security Council (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

VOLOGDA OPTICAL AND MECHANICAL PLANT JSC (a.k.a. JOINT STOCK COMPANY VOLOGODSKY OPTIKO MEKHANICHESKY FACTORY; a.k.a. JOINT STOCK COMPANY VOMZ), 54 Maltseva Str., Vologda, Vologda Region 160009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Apr 1994; Tax ID No. 3525023010 (Russia); Registration Number 1023500882437 (Russia) [RUSSIA-EO14024].

VOLOGDIN, Boris Yakovlevich, Russia; DOB 22 Jul 1955; POB Aliya Village, Chita Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 701700134280 (Russia) (individual) [RUSSIA-EO14024].

VOLOSHYN, Oleg (a.k.a. VOLOSHYN, Oleh), 131 Antonovicha, Kyiv 03150, Ukraine; DOB 07 Apr 1981; POB Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport ET870130 (Ukraine) expires 10 Apr 2022; National ID No. 2968200719 (Ukraine); Personal ID Card 1981040705733 (Ukraine) expires 06 Apr 2028 (individual) [RUSSIA-EO14024].

VOLOSHYN, Oleh (a.k.a. VOLOSHYN, Oleg), 131 Antonovicha, Kyiv 03150, Ukraine; DOB 07 Apr 1981; POB Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport ET870130 (Ukraine) expires 10 Apr 2022; National ID No. 2968200719 (Ukraine); Personal ID Card 1981040705733 (Ukraine) expires 06 Apr 2028 (individual) [RUSSIA-EO14024].

VOLOSOVIK, Aleksandr Aleksandrovich (a.k.a. "Ohyeahhellno"; a.k.a. "podzemniy1"; a.k.a. "Yalishanda"), St. Petersburg, Russia; DOB 30 Jan 1983; POB USSR; nationality Russia; citizen Russia; Gender Male; Digital Currency Address - XBT 18dLDAWi8LmrHbEq3QzDJb9SLxCf4uimXB; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 762988138 (Russia) issued 01 Apr 2020 expires 01 Apr 2030; Tax ID No. 253609232850 (Russia) (individual) [CAATSA - RUSSIA] [CYBER4].

VOLOTSKOV, Alexey Anatolievich (Cyrillic: ВОЛОЦКОВ, Алексей Анатольевич), Russia; DOB 05 Jul 1981; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VOLTAG LLC, PR-D Berezovoi Roshchi D. 4, Floor 2 Office 3, Moscow 125252, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718222676 (Russia); Registration Number 1157746520876 (Russia) [RUSSIA-EO14024].

VOLTRA TRANSCOR ENERGY (a.k.a. VOLTRA TRANSCOR ENERGY BVBA; f.k.a. "SOFTLINE"), Frankrijklei 156 (5deV), Antwerpen 2000, Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; D-U-N-S Number 37-339-4675; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; V.A.T. Number BE0443680473 (Belgium); Branch Unit Number 2052342727 (Belgium); Enterprise Number 0443680473 (Belgium) [SDGT] (Linked To: BAZZI, Wael).

VOLTRA TRANSCOR ENERGY BVBA (a.k.a. VOLTRA TRANSCOR ENERGY; f.k.a. "SOFTLINE"), Frankrijklei 156 (5deV), Antwerpen 2000, Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; D-U-N-S Number 37-339-4675; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; V.A.T. Number BE0443680473 (Belgium); Branch Unit Number 2052342727 (Belgium); Enterprise Number 0443680473 (Belgium) [SDGT] (Linked To: BAZZI, Wael).

VOLZHSKI ABRAZIVNY ZAVOD PAO (a.k.a. OPEN JOINT STOCK COMPANY VOLZHSKY ABRASIVE WORKS (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ВОЛЖСКИЙ АБРАЗИВНЫЙ ЗАВОД)), Ul. Im F.G.Loginova 169, Volzhski 404119, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3435000467 (Russia); Registration Number 1023402019596 (Russia) [RUSSIA-EO14024].

VOLZHSKI ELEKTROSHCHIT LLC (a.k.a. ABS ELECTROTEKHNIKA LLC (Cyrillic: ООО АБС ЭЛЕКТРОТЕХНИКА); a.k.a. LIMITED LIABILITY COMPANY ABS

ELECTROTECHNICS), Prospekt I.Ya.Yakovleva d. 1, Cheboksary 428020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2127328438 (Russia); Government Gazette Number 71015494 (Russia); Registration Number 1032127016107 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALL-RUSSIAN SCIENTIFIC RESEARCH DESIGN AND TECHNOLOGICAL INSTITUTE OF RELAY ENGINEERING WITH EXPERIMENTAL PRODUCTION).

VOR V ZAKONYE (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

VORAWATVICHAI, Hataiwan (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Suravee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083

(Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

VORAWATVICHAI, Hathaiwan (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

VORAWATVICHAI, Suravee (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

VORAWATVICHAI, Varin (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a.

WORAWATVICHAI, Surawee; a.k.a. WORAWATVICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

VOROBEI, Mykola Mykolaiovych (a.k.a. VARABEI, Mikalai Mikalaevich (Cyrillic: ВАРАБЕЙ, Мікалай Мікалаевіч); a.k.a. VARABEY, Mikalai; a.k.a. VERABEI, Mikalai Mikalaevich (Cyrillic: ВЕРАБЕЙ, Мікалай Мікалаевіч); a.k.a. VERABEY, Mikalai (Cyrillic: ВЕРАБЕЙ, Мікалай); a.k.a. VOROBEI, Nikolai; a.k.a. VOROBEY, Nikolay (Cyrillic: ВОРОБЕЙ, Николай); a.k.a. VOROBEY, Nikolay Nikolaevich (Cyrillic: ВОРОБЕЙ, Николай Николаевич)), Belarus; DOB 04 May 1963; POB Ukraine; Gender Male (individual) [BELARUS].

VOROBEI, Nikolai (a.k.a. VARABEI, Mikalai Mikalaevich (Cyrillic: ВАРАБЕЙ, Мікалай Мікалаевіч); a.k.a. VARABEY, Mikalai; a.k.a. VERABEI, Mikalai Mikalaevich (Cyrillic: ВЕРАБЕЙ, Мікалай Мікалаевіч); a.k.a. VERABEY, Mikalai (Cyrillic: ВЕРАБЕЙ, Мікалай); a.k.a. VOROBEI, Mykola Mykolaiovych; a.k.a. VOROBEY, Nikolay (Cyrillic: ВОРОБЕЙ, Николай); a.k.a. VOROBEY, Nikolay Nikolaevich (Cyrillic: ВОРОБЕЙ, Николай Николаевич)), Belarus; DOB 04 May 1963; POB Ukraine; Gender Male (individual) [BELARUS].

VOROBEV, Aleksandr Nikolayevich, Russia; DOB 13 Mar 1970; POB Gavrilov Yam, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 754116204 (Russia) expires 29 Dec 2026 (individual) [UKRAINE-EO13661].

VOROBEV, Andrey Viktorovich (Cyrillic: ВОРОБЬЁВ, Андрей Викторович), Russia; DOB 24 Jul 1985; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State

Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VOROBEV, Andrey Yurevich (a.k.a. VOROBYEV, Andrey Yuryevich (Cyrillic: ВОРОБЬЕВ, Андрей Юрьевич); a.k.a. VOROBYOV, Andrei Yurievich), Moscow, Russia; DOB 14 Apr 1970; POB Krasnoyarsk, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: VOROBYOV, Yury Leonidovich).

VOROBEV, Maksim Yurevich (a.k.a. VOROBYEV, Maxim Yuryevich (Cyrillic: ВОРОБЬЕВ, Максим Юрьевич); a.k.a. VOROBYOV, Maksim Yurievich), Russia; DOB 09 Aug 1976; POB Krasnoyarsk, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773608240710 (Russia) (individual) [RUSSIA-EO14024] (Linked To: VOROBYOV, Yury Leonidovich).

VOROBEV, Stanislav (a.k.a. ANATOLYEVICH, Vorobyov Stanislav; a.k.a. VOROBYEV, Stanislav Anatolyevich; a.k.a. VOROBYOV, Stanislav), VO 27 Liniya (P/YA) 8 17, Saint Petersburg, Russia; G.Sankt-Peterburg Petrogradskiy R-N Bolshoy P.S. PR. d. 106 kv. 5, Saint Petersburg, Russia; DOB 02 Jun 1960; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport IVG678677 (Russia) (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

VOROBEV, Vadim Nikolaevich (a.k.a. VOROBYEV, Vadim Nikolaevich; a.k.a. VOROBYOV, Vadim Nikolaevich), Russia; DOB 16 Apr 1961; POB Pavlovo, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

VOROBEY, Nikolay (Cyrillic: ВОРОБЕЙ, Николай) (a.k.a. VARABEI, Mikalai Mikalaevich (Cyrillic: ВАРАБЕЙ, Мікалай Мікалаевіч); a.k.a. VARABEY, Mikalai; a.k.a. VERABEI, Mikalai Mikalaevich (Cyrillic: ВЕРАБЕЙ, Мікалай Мікалаевіч); a.k.a. VERABEY, Mikalai (Cyrillic: ВЕРАБЕЙ, Мікалай); a.k.a. VOROBEI, Mykola Mykolaiovych; a.k.a. VOROBEI, Nikolai; a.k.a. VOROBEY, Nikolay Nikolaevich (Cyrillic: ВОРОБЕЙ, Николай Николаевич)), Belarus; DOB 04 May 1963; POB Ukraine; Gender Male (individual) [BELARUS].

VOROBEY, Nikolay Nikolaevich (Cyrillic: ВОРОБЕЙ, Николай Николаевич) (a.k.a. VARABEI, Mikalai Mikalaevich (Cyrillic: ВАРАБЕЙ, Мікалай Мікалаевіч); a.k.a. VARABEY, Mikalai; a.k.a. VERABEI, Mikalai Mikalaevich (Cyrillic: ВЕРАБЕЙ, Мікалай Мікалаевіч); a.k.a. VERABEY, Mikalai (Cyrillic: ВЕРАБЕЙ, Мікалай); a.k.a. VOROBEI, Mykola Mykolaiovych; a.k.a. VOROBEI, Nikolai; a.k.a. VOROBEY, Nikolay (Cyrillic: ВОРОБЕЙ, Николай)), Belarus; DOB 04 May 1963; POB Ukraine; Gender Male (individual) [BELARUS].

VOROBYEV, Andrey Yuryevich (Cyrillic: ВОРОБЬЕВ, Андрей Юрьевич) (a.k.a. VOROBEV, Andrey Yurevich; a.k.a. VOROBYOV, Andrei Yurievich), Moscow, Russia; DOB 14 Apr 1970; POB Krasnoyarsk, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: VOROBYOV, Yury Leonidovich).

VOROBYEV, Maxim Yuryevich (Cyrillic: ВОРОБЬЕВ, Максим Юрьевич) (a.k.a. VOROBEV, Maksim Yurevich; a.k.a. VOROBYOV, Maksim Yurievich), Russia; DOB 09 Aug 1976; POB Krasnoyarsk, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773608240710 (Russia) (individual) [RUSSIA-EO14024] (Linked To: VOROBYOV, Yury Leonidovich).

VOROBYEV, Stanislav Anatolyevich (a.k.a. ANATOLYEVICH, Vorobyov Stanislav; a.k.a. VOROBEV, Stanislav; a.k.a. VOROBYOV, Stanislav), VO 27 Liniya (P/YA) 8 17, Saint Petersburg, Russia; G.Sankt-Peterburg Petrogradskiy R-N Bolshoy P.S. PR. d. 106 kv. 5, Saint Petersburg, Russia; DOB 02 Jun 1960; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport IVG678677 (Russia) (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

VOROBYEV, Vadim Nikolaevich (a.k.a. VOROBEV, Vadim Nikolaevich; a.k.a. VOROBYOV, Vadim Nikolaevich), Russia; DOB 16 Apr 1961; POB Pavlovo, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt.

Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

VOROBYOV, Andrei Yurievich (a.k.a. VOROBEV, Andrey Yurevich; a.k.a. VOROBYEV, Andrey Yuryevich (Cyrillic: ВОРОБЬЕВ, Андрей Юрьевич)), Moscow, Russia; DOB 14 Apr 1970; POB Krasnoyarsk, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: VOROBYOV, Yury Leonidovich).

VOROBYOV, Maksim Yurievich (a.k.a. VOROBEV, Maksim Yurevich; a.k.a. VOROBYEV, Maxim Yuryevich (Cyrillic: ВОРОБЬЕВ, Максим Юрьевич)), Russia; DOB 09 Aug 1976; POB Krasnoyarsk, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773608240710 (Russia) (individual) [RUSSIA-EO14024] (Linked To: VOROBYOV, Yury Leonidovich).

VOROBYOV, Stanislav (a.k.a. ANATOLYEVICH, Vorobyov Stanislav; a.k.a. VOROBEV, Stanislav; a.k.a. VOROBYEV, Stanislav Anatolyevich), VO 27 Liniya (P/YA) 8 17, Saint Petersburg, Russia; G.Sankt-Peterburg Petrogradskiy R-N Bolshoy P.S. PR. d. 106 kv. 5, Saint Petersburg, Russia; DOB 02 Jun 1960; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport IVG678677 (Russia) (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

VOROBYOV, Vadim Nikolaevich (a.k.a. VOROBEV, Vadim Nikolaevich; a.k.a. VOROBYEV, Vadim Nikolaevich), Russia; DOB 16 Apr 1961; POB Pavlovo, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

VOROBYOV, Yury Leonidovich (Cyrillic: ВОРОБЬЁВ, Юрий Леонидович), Russia; DOB 02 Feb 1948; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of

the Russian Federation (individual) [RUSSIA-EO14024].

VORONEZH SEMICONDUCTOR DEVICES FACTORY-ASSEMBLY (a.k.a. JOINT STOCK COMPANY VORONEZHSKY FACTORY POLUPROVODNIKOVYKH PRIBOROV-SBORKA; a.k.a. JOINT STOCK COMPANY VZPP-S; a.k.a. JSC VORONEZH SEMICONDUCTOR DEVICES PLANT-ASSEMBLY; a.k.a. VZPP-S AO), 119A Leninsky Ave, Voronezh, Voronezh region 394033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Dec 2005; Tax ID No. 3661033635 (Russia); Registration Number 1053600592330 (Russia) [RUSSIA-EO14024].

VORONEZHSKI OOO (a.k.a. AGROPROMYSHLENNY KOMPLEKS VORONEZHSKI OOO; a.k.a. APK VORONEZHSKII), Ul Molodezhnaya D.1A, Kuzminskoye 601769, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Jul 1994; Organization Type: Mixed farming; Tax ID No. 3306009951 (Russia); Registration Number 1053300906900 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

VORONKOV, Aleksandr Petrovich (a.k.a. VORONKOV, Alexander Petrovich (Cyrillic: ВОРОНКОВ, АЛЕКСАНДР ПЕТРОВИЧ)), Moscow, Russia; DOB 21 Jul 1955; POB Stavropol, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4605858380 (Russia); Tax ID No. 501001048875 (Russia) (individual) [RUSSIA-EO14024] (Linked To: TECHNOPOLE COMPANY).

VORONKOV, Alexander Petrovich (Cyrillic: ВОРОНКОВ, АЛЕКСАНДР ПЕТРОВИЧ) (a.k.a. VORONKOV, Aleksandr Petrovich), Moscow, Russia; DOB 21 Jul 1955; POB Stavropol, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4605858380 (Russia); Tax ID No. 501001048875 (Russia) (individual) [RUSSIA-EO14024] (Linked To: TECHNOPOLE COMPANY).

VORONKOV, Ilya (a.k.a. VORONKOV, Ilya Vladimirovich (Cyrillic: ВОРОНКОВ, ИЛЬЯ ВЛАДИМИРОВИЧ)), Pushkino, Russia; DOB 23 Sep 1993; POB Pushkino, Russia;

nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 762164380 (Russia) expires 29 Dec 2029; National ID No. 4613211883 (Russia); Tax ID No. 503821710850 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ALBATROS OOO).

VORONKOV, Ilya Vladimirovich (Cyrillic: ВОРОНКОВ, ИЛЬЯ ВЛАДИМИРОВИЧ) (a.k.a. VORONKOV, Ilya), Pushkino, Russia; DOB 23 Sep 1993; POB Pushkino, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 762164380 (Russia) expires 29 Dec 2029; National ID No. 4613211883 (Russia); Tax ID No. 503821710850 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ALBATROS OOO).

VORONOVSKIY, Anatoliy (Cyrillic: ВОРОНОВСКИЙ, Анатолий), Russia; DOB 28 Dec 1966; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VORONTSOVA, Maria Vladimirovna (Cyrillic: ВОРОНЦОВА, Мария Владимировна) (a.k.a. FAASSEN, Maria Vladimirovna; a.k.a. PUTINA, Maria (Cyrillic: ПУТИНА, Мария); a.k.a. VORONTSOVA, Mariya Vladimirovna), Russia; DOB 28 Apr 1985; POB Leningrad, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

VORONTSOVA, Mariya Vladimirovna (a.k.a. FAASSEN, Maria Vladimirovna; a.k.a. PUTINA, Maria (Cyrillic: ПУТИНА, Мария); a.k.a. VORONTSOVA, Maria Vladimirovna (Cyrillic: ВОРОНЦОВА, Мария Владимировна)), Russia; DOB 28 Apr 1985; POB Leningrad, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ) (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-

ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

VORY V ZAKONI (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

VORY V ZAKONYE (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ) (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VOR-ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

VOR-ZAKONNIK (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE;

a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

VOSKRESENSKIY AGGREGATE PLANT (a.k.a. JOINT STOCK COMPANY VOSKRESENSKY AGGREGATION FACTORY; a.k.a. "JSC VAF"), 6 Ul. Tsiolkovskogo, Beloozerskii 140250, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5005073080 (Russia); Registration Number 1235000011058 (Russia) [RUSSIA-EO14024].

VOSKRESENSKIY, Stanislav Sergeyevich (Cyrillic: ВОСКРЕСЕНСКИЙ, Станислав Сергеевич) (a.k.a. VOSKRESENSKY, Stanislav Sergeevich), Ivanovo region, Russia; DOB 29 Sep 1976; POB Moscow, Russia; alt. POB Samara, Samara region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773605263325 (Russia) (individual) [RUSSIA-EO14024].

VOSKRESENSKY, Stanislav Sergeevich (a.k.a. VOSKRESENSKIY, Stanislav Sergeyevich (Cyrillic: ВОСКРЕСЕНСКИЙ, Станислав Сергеевич)), Ivanovo region, Russia; DOB 29 Sep 1976; POB Moscow, Russia; alt. POB Samara, Samara region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773605263325 (Russia) (individual) [RUSSIA-EO14024].

VOSTOCHNAYA STEVEDORING COMPANY LLC (Cyrillic: ВОСТОЧНАЯ СТИВИДОРНАЯ КОМПАНИЯ ООО) (a.k.a. "OOO VSK"; a.k.a. "VSC"), 14a, ul. Vnutriportovaya. Vrangel-1, Nakhodka 692941, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2508064833 (Russia); Registration Number 1042501609039 (Russia) [RUSSIA-EO14024].

VOSTOCHNAYA TORGOVO TRANSPORTNAYA KOMPANIYA (a.k.a. LIMITED LIABILITY COMPANY EASTERN TRADING TRANSPORT COMPANY; a.k.a. "TRANSPORT COMPANY LLC VTTK"), Ul. Lva Tolstogo D. 12, Pomeshch.VII 9, Khabarovsk 680000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2722046689 (Russia); Registration Number 1152722003037 (Russia) [RUSSIA-EO14024].

VOSTOCHNAYA VERF JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВОСТОЧНАЯ ВЕРФЬ) (a.k.a. AO VOSTOCHNAYA VERF (Cyrillic: АО ВОСТОЧНАЯ ВЕРФЬ); a.k.a. VOSTOCHNAYA VERF PAO), 1 Geroev Tikhookeantsev St., Vladivostok 690017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2537009643 (Russia); Registration Number 1022501797064 (Russia) [RUSSIA-EO14024].

VOSTOCHNAYA VERF PAO (a.k.a. AO VOSTOCHNAYA VERF (Cyrillic: АО ВОСТОЧНАЯ ВЕРФЬ); a.k.a. VOSTOCHNAYA VERF JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВОСТОЧНАЯ ВЕРФЬ)), 1 Geroev Tikhookeantsev St., Vladivostok 690017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2537009643 (Russia); Registration Number 1022501797064 (Russia) [RUSSIA-EO14024].

VOSTOCHNY CAPITAL MANAGEMENT COMPANY LLC (a.k.a. SOVCOMBANK ASSET MANAGEMENT LIMITED LIABILITY COMPANY; a.k.a. SOVCOMBANK ASSET MANAGEMENT LLC), Pl. Suvorovskaya D. 1/52, K. 1, Floor 5, Pomeshch. 522-1, Moscow 127473, Russia; Website www.vostochniy-capital.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707404272 (Russia); Registration Number 1187746039392 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

VOSTOCHNY COMMERCIAL BANK PJSC (a.k.a. PJSC KB VOSTOCHNY; a.k.a. PUBLIC JOINT STOCK COMPANY KB VOSTOCHNY), Blagoveshchensk, St. Innokentiy Lane 1, Amur 675004, Russia; SWIFT/BIC DALVRU8X; Website vostobank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2801015394 (Russia); Registration Number 1022800000112 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

VOSTOK DESIGN BUREAU (a.k.a. KB VOSTOK; a.k.a. KB VOSTOK OOO (Cyrillic: ООО КБ ВОСТОК); a.k.a. KONSTRUKTORSKOE BYURO VOSTOK; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KONSTRUKTORSKOE BYURO VOSTOK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОНСТРУКТОРСКОЕ БЮРО ВОСТОК)), ul. Elektrozavodskaya, D. 63, Office 2, Ryazan, Ryazan Oblast 390023, Russia; Website vostok-kb.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Jul 2023; Organization Type: Manufacture of air and spacecraft and related machinery; Digital Currency Address - USDT TLM3zA3EWycoDX4ZX4gKze7sgfbdkntTum; Tax ID No. 6234204579 (Russia); Government Gazette Number 57929885 (Russia); Business Registration Number 1236200005612 (Russia) [RUSSIA-EO14024].

VOSTOK TRADING LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОСТОК ТРЕЙДИНГ) (a.k.a. LLC VOSTOK TRADING; a.k.a. VOSTOK TRADING LLC (Cyrillic: ООО ВОСТОК ТРЕЙДИНГ); a.k.a. "EAST TRADING"), Kv. 10, 54 Volodarskogo Ulitsa, Ussuriysk, Primorsky Krai 692519, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 30 Apr 2015; Tax ID No. 2511092929 (Russia); Registration Number 1152511001785 (Russia) [DPRK4] [RUSSIA-EO14024].

VOSTOK TRADING LLC (Cyrillic: ООО ВОСТОК ТРЕЙДИНГ) (a.k.a. LLC VOSTOK TRADING; a.k.a. VOSTOK TRADING LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОСТОК ТРЕЙДИНГ); a.k.a. "EAST TRADING"), Kv. 10, 54 Volodarskogo Ulitsa, Ussuriysk, Primorsky Krai 692519, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 30 Apr 2015; Tax ID No. 2511092929 (Russia); Registration Number 1152511001785 (Russia) [DPRK4] [RUSSIA-EO14024].

VOSTOKINTERPROM LIMITED LIABILITY COMPANY, Ter. Portovaya Osobaya Ekonomicheskaya Zona, Pr-d Industrialnyi Zd. 15, Str. 1, Pomeshch. 4, S.p. Mirnovskoe 433405, Russia; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Tax ID No. 7329036074 (Russia); Registration Number 1217300010960 (Russia) [RUSSIA-EO14024].

VOSTOKOV, Aleksei Aleksandrovich (Cyrillic: ВОСТОКОВ, Алексей Александрович) (a.k.a. VOSTOKOV, Alexey), Russia; DOB 15 Jun 1984; POB Krasnoyarsk, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 246520630508 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY POLYUS).

VOSTOKOV, Alexey (a.k.a. VOSTOKOV, Aleksei Aleksandrovich (Cyrillic: ВОСТОКОВ, Алексей Александрович)), Russia; DOB 15 Jun 1984; POB Krasnoyarsk, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 246520630508 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY POLYUS).

VOTKINSKI ZAVOD AO (a.k.a. JOINT STOCK COMPANY VOTKINSKIY PLANT; a.k.a. JOINT STOCK COMPANY VOTKINSKIY ZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВОТКИНСКИЙ ЗАВОД)), Kirova St., Building 2, Votkinsk, Udmurt Republic 427430, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1828020110 (Russia); Registration Number 1101828001000 (Russia) [RUSSIA-EO14024].

VOVCHENKO, Sergei Nikolaevich, Rostov-on-Don, Russia; DOB 1965; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 615502050409 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU OMNITREID).

VPK NPO MASHINOSTROENIYA (a.k.a. JOINT STOCK COMPANY MILITARY INDUSTRIAL CONSORTIUM NPO MASHINOSTROYENIA; a.k.a. JOINT STOCK COMPANY MILITARY-INDUSTRIAL CORPORATION NPO MASHINOSTROYENIA; a.k.a. JSC MIC NPO MASHINOSTROYENIA; a.k.a. MIC NPO MASHINOSTROYENIA JSC; a.k.a. MIC NPO MASHINOSTROYENIYA JSC; a.k.a. MILITARY INDUSTRIAL CORPORATION NPO MASHINOSTROENIA OAO; a.k.a. OPEN JOINT STOCK COMPANY MILITARY INDUSTRIAL CORPORATION SCIENTIFIC AND PRODUCTION MACHINE BUILDING ASSOCIATION; a.k.a. VOENNO-PROMYSHLENNAYA KORPORATSIYA NAUCHNO-PROIZVODSTVENNOE OBEDINENIE MASHINOSTROENIYA OAO), 33, Gagarina St., Reutov-town, Moscow Region 143966, Russia; 33 Gagarin Street, Reutov, Moscow Region 143966, Russia; 33 Gagarina ul., Reutov, Moskovskaya obl 143966, Russia; Website www.npomash.ru; Email Address export@npomash.ru; alt. Email Address vpk@npomash.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1075012001492 (Russia); Tax ID No. 5012039795 (Russia); Government Gazette Number 07501739 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

VPO TOCHMASH AO (a.k.a. JOINT STOCK COMPANY VLADIMIR PRODUCTION AMALGAMATION TOCHMASH (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВЛАДИМИРСКОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ТОЧМАШ); a.k.a. JSC VPA TOCHMASH; a.k.a. VLADIMIR TOCHMASH; a.k.a. "TOCHMASH"), D. 1a Ul. Severnaya, Vladimir 600007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3329051460 (Russia) [RUSSIA-EO14024].

VPOWER FINANCE SECURITY HONG KONG LIMITED, 168 Yeung Uk Road, Tsuen Wan, New Territories, Hong Kong, China; Room 3, 7/F, Goodman International Communication Center, 168 Yeung Uk Road, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Mar 2016; Company Number 2348954 (Hong Kong); Legal Entity Number 2549003RJUBRHOOLBD62; Business Registration Number 65879680 (Hong Kong) [RUSSIA-EO14024].

VRG ENERGETICOS S.A. DE C.V., Atizapan de Zaragoza, Mexico, Mexico; Organization Established Date 26 Jul 2019; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Folio Mercantil No. N-2019067629 (Mexico) [ILLICIT-DRUGS-EO14059] (Linked To: VAZQUEZ ALVARADO, Edgar Aaron).

VRK SAPPHIRE PLANT (a.k.a. LIMITED LIABILITY COMPANY PLANT FOR THE PRODUCTION OF PROPELLER STEERING COLUMNS SAPPHIRE; a.k.a. LLC PLANT VRK SAPPHIRE; a.k.a. ZAVOD PO PROIZVODSTVU VINTO-RULEVYKH KOLONOK SAPFIR; a.k.a. ZAVOD VRK SAPFIR), Ul. Stepana Lebedeva D. 1, Bolshoi Kamen 692801, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2503032563 (Russia); Registration Number 1162503050038 (Russia) [RUSSIA-EO14024].

VROOM MARINE VENTURE FZE (Arabic: فروم مارين فيتنشرم م ح) (a.k.a. VROOM MARINE VENTURES FZE), X2-49, SAIF Suite, al-Dhaid Road, SAIF Zone, Sharjah, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 14 Oct 2021; Identification Number IMO 6314720; License 19641 (United Arab Emirates); Economic Register Number (CBLS) 11767972 (United Arab Emirates) [IRAN-EO13846].

VROOM MARINE VENTURES FZE (a.k.a. VROOM MARINE VENTURE FZE (Arabic: فروم مارين فيتنشرم م ح)), X2-49, SAIF Suite, al-Dhaid Road, SAIF Zone, Sharjah, United Arab Emirates; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Organization Established Date 14 Oct 2021; Identification Number IMO 6314720; License 19641 (United Arab Emirates); Economic Register Number (CBLS) 11767972 (United Arab Emirates) [IRAN-EO13846].

VS OIL TERMINAL (a.k.a. VS OIL TERMINAL FZE (Arabic: في اس اويل تيرمينال م.م.ح)), P1-ELOB Office No. E-44G-10, Hamriya Free Zone, Sharjah, United Arab Emirates; Khor Al Zubair Freezone Road, Jetty 41, Khor Al Zubair, Basra 61006, Iraq; Website https://vsot.ae/; Organization Established Date 20 May 2021; License 19380 (United Arab Emirates); Economic Register Number (CBLS) 11662511 (United Arab Emirates) [IRAN-EO13902].

VS OIL TERMINAL FZE (Arabic: في اس اويل تيرمينال م.م.ح) (a.k.a. VS OIL TERMINAL), P1-ELOB Office No. E-44G-10, Hamriya Free Zone, Sharjah, United Arab Emirates; Khor Al Zubair Freezone Road, Jetty 41, Khor Al Zubair, Basra 61006, Iraq; Website https://vsot.ae/; Organization Established Date 20 May 2021; License 19380 (United Arab Emirates); Economic Register Number (CBLS) 11662511 (United Arab Emirates) [IRAN-EO13902].

VS PETROLEUM DMCC (Arabic: في اس بتروليوم م.د.م.س) (a.k.a. IKON PETROLEUM DMCC),

Office 3902, 39th Floor, JBC1 Cluster G, JLT, Dubai, United Arab Emirates; Website www.ikonpetroleum.com; alt. Website www.vspetroleum.ae; Organization Established Date 19 Jul 2012; alt. Organization Established Date 24 Jun 2012; License DMCC-32378 (United Arab Emirates); Business Registration Number 3371 (United Arab Emirates); Economic Register Number (CBLS) 11458140 (United Arab Emirates) [IRAN-EO13902] (Linked To: SAID, Salim Ahmed).

VS TANKERS FREE ZONE ENTITY - F.Z.E DMCC BRANCH (Arabic: مؤسسة تانكرز اس في منطقة - فرع - ح.م.م - س.م.د.م) (a.k.a. AL IRAQIA SHIPPING SERVICES AND OIL TRADING - F.Z.E DMCC BRANCH; a.k.a. VS TANKERS FZE), JLT Cluster G, Al Sahel St, P.O. Box 54025, Dubai, United Arab Emirates; Block C1 Office SM-Office C1-505B, Ajman Free Zone, Ajman, United Arab Emirates; Office 3406-3409, Jumeirah Business Centre 1, Cluster G, Jumeirah Lake Towers, Dubai, United Arab Emirates; Organization Established Date 04 Feb 2020; Identification Number IMO 2289659; License DMCC-759141 (United Arab Emirates); Economic Register Number (CBLS) 12158679 (United Arab Emirates) [IRAN-EO13902].

VS TANKERS FZE (a.k.a. AL IRAQIA SHIPPING SERVICES AND OIL TRADING - F.Z.E DMCC BRANCH; a.k.a. VS TANKERS FREE ZONE ENTITY - F.Z.E DMCC BRANCH (Arabic: في اس تانكرز مؤسسة منطقة - ح.م.م - فرع س.م.د.م)), JLT Cluster G, Al Sahel St, P.O. Box 54025, Dubai, United Arab Emirates; Block C1 Office SM-Office C1-505B, Ajman Free Zone, Ajman, United Arab Emirates; Office 3406-3409, Jumeirah Business Centre 1, Cluster G, Jumeirah Lake Towers, Dubai, United Arab Emirates; Organization Established Date 04 Feb 2020; Identification Number IMO 2289659; License DMCC-759141 (United Arab Emirates); Economic Register Number (CBLS) 12158679 (United Arab Emirates) [IRAN-EO13902].

VSEROSSIISKII NAUCHNO ISSLEDOVATELSKII INSTITUT GEOLOGII ZARUBEZHNYKH STRAN OAO (Cyrillic: ВСЕРОССИЙСКИЙ НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ГЕОЛОГИИ ЗАРУБЕЖНЫХ СТРАН ОАО) (a.k.a. AO VNIIZARUBEZHGEOLOGIIA; a.k.a. VNIIZARUBEZHGEOLOGIYA AO; a.k.a. VNIIZARUBEZHGEOLOGIYA VZG OAO (Cyrillic: ВНИИЗАРУБЕЖГЕОЛОГИЯ ВЗГ ОАО)), Ulitsa Novocheremushkinskaya, 69, Moscow 117418, Russia; Secondary sanctions

risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727048431 (Russia); Registration Number 1027739016436 (Russia) [RUSSIA-EO14024].

VSEROSSISKIY INSTITUT AVIATSIONNYKH MATERIALOV (Cyrillic: ВСЕРОССИЙСКИЙ ИНСТИТУТ АВИАЦИОННЫХ МАТЕРИАЛОВ) (a.k.a. ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF AVIATION MATERIALS; a.k.a. FEDERAL STATE UNITARY ENTERPRISE ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF AVIATION MATERIALS OF THE NATIONAL RESEARCH CENTER KURCHATOV INSTITUTE STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION; a.k.a. NRC KURCHATOV INSTITUTE - VIAM; a.k.a. VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT AVIATSIONNYKH MATERIALOV; a.k.a. "VIAM" (Cyrillic: "ВИАМ")), 17, Radio Street, Moscow, Russia; Website www.viam.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701024933 (Russia) [RUSSIA-EO14024].

VSEROSSISKOE DETSKO-YUNOSHESKOE VOENNOPATRIOTICHESKOE OBSHCHESTVENNOE DVIZHENIE YUNARMIYA (a.k.a. ALL RUSSIAN CHILDREN AND YOUTH MILITARY PATRIOTIC PUBLIC MOVEMENT YOUTH ARMY (Cyrillic: ВСЕРОССИЙСКОЕ ВОЕННО ПАТРИОТИЧЕСКОЕ ОБЩЕСТВЕННОЕ ДВИЖЕНИЕ ЮНАРМИЯ); a.k.a. ALL-RUSSIA YOUNG ARMY MILITARY PATRIOTIC SOCIAL MOVEMENT; a.k.a. "YUNARMIA"; a.k.a. "YUNARMIYA"), 1st Krasnokursantskiy Passage, 1/4, Building 1, Moscow 111033, Russia; Znamenka Street, Building 19, Moscow 119160, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Jul 2016; Tax ID No. 7704366170 (Russia); Registration Number 1167700061540 (Russia) [RUSSIA-EO14024].

VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT AVIATSIONNYKH MATERIALOV (a.k.a. ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF AVIATION MATERIALS; a.k.a. FEDERAL STATE UNITARY ENTERPRISE ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF AVIATION MATERIALS OF THE NATIONAL RESEARCH CENTER KURCHATOV INSTITUTE STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION;

a.k.a. NRC KURCHATOV INSTITUTE - VIAM; a.k.a. VSEROSSISKIY INSTITUT AVIATSIONNYKH MATERIALOV (Cyrillic: ВСЕРОССИЙСКИЙ ИНСТИТУТ АВИАЦИОННЫХ МАТЕРИАЛОВ); a.k.a. "VIAM" (Cyrillic: "ВИАМ")), 17, Radio Street, Moscow, Russia; Website www.viam.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701024933 (Russia) [RUSSIA-EO14024].

VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT EKSPERIMENTALNOY (a.k.a. ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. ARZAMAS-16; a.k.a. AVANGARD ELECTROMECHANICAL PLANT; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. KHARITON INSTITUTE; a.k.a. SAROV NUCLEAR WEAPONS PLANT; a.k.a. "RFNC-VNIIEF"; a.k.a. "VNIIEF"), 10 Muzrukov Ave, Sarov, Nizhny Novgorod Region 607188, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1992; Tax ID No. 5254001230 (Russia); Registration Number 1025202199791 (Russia) [RUSSIA-EO14024].

VSEROSSIYSKY BANK RAZVITIYA REGIONOV (a.k.a. JOINT STOCK COMPANY RUSSIAN REGIONAL DEVELOPMENT BANK; a.k.a. "VBRR"), 65/1 Suschevsky Val, Moscow 129594, Russia; SWIFT/BIC RRDBRUMM; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7736153344 (Russia); Identification Number XC6QLI.00000.LE.643 (Russia); Legal Entity Number 549300FIJ3MYU0VX6Y72; Registration Number 1027739186914 (Russia) [RUSSIA-EO14024].

VSEROSSIYSKY NAUCHNO-ISSLEDOVATELSKIY INSTITUT TEKHNICHESKOY FIZIKI (a.k.a. CHELYABINSK-70; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ACADEMICIAN E.I. ZABABKHIN ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. KASLI NUCLEAR WEAPONS DEVELOPMENT CENTER; a.k.a. RUSSIAN FEDERAL NUCLEAR CENTER - ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF

TECHNICAL PHYSICS; a.k.a. ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. ZABABAKHIN INSTITUTE; a.k.a. "RFNC-VNIITF"; a.k.a. "VNIITF"), P.O. Box 245, Snezhinsk, Chelyabinsk Region 456770, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1955; Tax ID No. 7423000572 (Russia); Registration Number 1027401350932 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

V-SHIPPING PTE LTD, Paya Lehar Square, 60 Paya Lehar Road #11-53, Singapore 409051, Singapore; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 22 Dec 2017; Tax ID No. 201736800W (Singapore) [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

VSP KIROV (a.k.a. OOO VYATSKII STANKOSTROITELNYI ZAVOD; a.k.a. VYATKA MACHINE TOOL PLANT LLC; a.k.a. "OOO VSZ"), Ul. Tekhnicheskaya D. 22, Office 3, Kirov 610014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4345454570 (Russia); Registration Number 1164350074900 (Russia) [RUSSIA-EO14024].

VTB AFRICA (a.k.a. BANCO VTB AFRICA SA), 22, Rua da Missao, Luanda, Angola; SWIFT/BIC VTBLAOLU; Website www.vtb.ao; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB BANK (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VTB BANK ARMENIA CJSC (f.k.a. SAVINGS BANK OF THE REPUBLIC OF ARMENIA; a.k.a. VTB BANK ARMENIA CLOSED JOINT STOCK COMPANY), 46 Ul, Nalbandyan, Yerevan 375010, Armenia; SWIFT/BIC ARMJAM22; Website www.vtb.am; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB BANK ARMENIA CLOSED JOINT STOCK COMPANY (f.k.a. SAVINGS BANK OF THE REPUBLIC OF ARMENIA; a.k.a. VTB BANK ARMENIA CJSC), 46 Ul, Nalbandyan, Yerevan 375010, Armenia; SWIFT/BIC ARMJAM22; Website www.vtb.am; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB BANK AZERBAIJAN OPEN JOINT STOCK COMPANY (a.k.a. BANK VTB AZERBAIJAN OJSC; a.k.a. JSC VTB BANK AZERBAIJAN; f.k.a. OJSC AF BANK), 38 Khatai ave. Nasimi district, Baku AZ 1008, Azerbaijan; 60, Samed Vurgun str, Baku 1022, Azerbaijan; SWIFT/BIC VTBAAZ22; Website http://en.vtb.az/; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk:

Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB BANK BELARUS (f.k.a. CJSC SLAVNEFTEBANK; a.k.a. CJSC VTB BANK BELARUS; a.k.a. VTB BANK BELARUS CJSC; a.k.a. VTB BANK BELARUS CLOSED JOINT STOCK COMPANY), 14, Moskovskaya Street, Minsk 220007, Belarus; SWIFT/BIC SLANBY22; Website www.vtb-bank.by; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB BANK BELARUS CJSC (f.k.a. CJSC SLAVNEFTEBANK; a.k.a. CJSC VTB BANK BELARUS; a.k.a. VTB BANK BELARUS; a.k.a. VTB BANK BELARUS CLOSED JOINT STOCK COMPANY), 14, Moskovskaya Street, Minsk 220007, Belarus; SWIFT/BIC SLANBY22; Website www.vtb-bank.by; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB BANK BELARUS CLOSED JOINT STOCK COMPANY (f.k.a. CJSC SLAVNEFTEBANK; a.k.a. CJSC VTB BANK BELARUS; a.k.a. VTB BANK BELARUS; a.k.a. VTB BANK BELARUS CJSC), 14, Moskovskaya Street, Minsk 220007, Belarus; SWIFT/BIC SLANBY22; Website www.vtb-bank.by; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB BANK GEORGIA JOINT STOCK COMPANY (a.k.a. JSC VTB BANK GEORGIA; a.k.a. VTB BANK GEORGIA JSC; f.k.a. "UNITED GEORGIAN BANK"), 14, G. Chanturia Street, Tbilisi 0114, Georgia; SWIFT/BIC UGEBGE22; Website www.vtb.com.ge; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB BANK GEORGIA JSC (a.k.a. JSC VTB BANK GEORGIA; a.k.a. VTB BANK GEORGIA JOINT STOCK COMPANY; f.k.a. "UNITED GEORGIAN BANK"), 14, G. Chanturia Street, Tbilisi 0114, Georgia; SWIFT/BIC UGEBGE22; Website www.vtb.com.ge; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB BANK OAO (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination

- Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VTB BANK OPEN JOINT STOCK COMPANY (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia;

11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VTB BANK PAO (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK

FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО) (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK

VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VTB BANK PJSC SHANGHAI BRANCH (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia;

Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN

VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. "JSC VTB BANK NEW DELHI BRANCH"), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VTB CAPITAL HOLDING CJSC (a.k.a. HOLDING VTB CAPITAL CJSC; a.k.a. KHOLDING VTB KAPITAL ZAKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. VTB CAPITAL HOLDING ZAO; a.k.a. VTB CAPITAL HOLDINGS CLOSED JOINT STOCK COMPANY; a.k.a. VTB CAPITAL HONG KONG LIMITED; a.k.a. VTB CAPITAL JSC), 12 Presnenskaya nab., Moscow 123100, Russia; 4th Lesnoy Pereulok 4, Capital Plaza, Moscow 125047, Russia; Room 410, Stolyarniy Pereulok 3, bld 34, Moscow 123022, Russia; Unit 2301, 23/F, Cheung Kong Center, 2 Queen's Road Central, Hong Kong; Website http://vtbcapital.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 1097746344596 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB CAPITAL HOLDING ZAO (a.k.a. HOLDING VTB CAPITAL CJSC; a.k.a. KHOLDING VTB KAPITAL ZAKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. VTB CAPITAL HOLDING CJSC; a.k.a. VTB CAPITAL HOLDINGS CLOSED JOINT STOCK COMPANY; a.k.a. VTB CAPITAL HONG KONG LIMITED; a.k.a. VTB CAPITAL JSC), 12 Presnenskaya nab., Moscow 123100, Russia; 4th Lesnoy Pereulok 4, Capital Plaza, Moscow 125047, Russia; Room 410, Stolyarniy Pereulok 3, bld 34, Moscow 123022, Russia; Unit 2301, 23/F, Cheung Kong Center, 2 Queen's Road Central, Hong Kong; Website http://vtbcapital.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 1097746344596 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB CAPITAL HOLDINGS CLOSED JOINT STOCK COMPANY (a.k.a. HOLDING VTB CAPITAL CJSC; a.k.a. KHOLDING VTB KAPITAL ZAKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. VTB CAPITAL HOLDING CJSC; a.k.a. VTB CAPITAL HOLDING ZAO; a.k.a. VTB CAPITAL HONG

KONG LIMITED; a.k.a. VTB CAPITAL JSC), 12 Presnenskaya nab., Moscow 123100, Russia; 4th Lesnoy Pereulok 4, Capital Plaza, Moscow 125047, Russia; Room 410, Stolyarniy Pereulok 3, bld 34, Moscow 123022, Russia; Unit 2301, 23/F, Cheung Kong Center, 2 Queen's Road Central, Hong Kong; Website http://vtbcapital.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 1097746344596 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB CAPITAL HONG KONG LIMITED (a.k.a. HOLDING VTB CAPITAL CJSC; a.k.a. KHOLDING VTB KAPITAL ZAKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. VTB CAPITAL HOLDING CJSC; a.k.a. VTB CAPITAL HOLDING ZAO; a.k.a. VTB CAPITAL HOLDINGS CLOSED JOINT STOCK COMPANY; a.k.a. VTB CAPITAL JSC), 12 Presnenskaya nab., Moscow 123100, Russia; 4th Lesnoy Pereulok 4, Capital Plaza, Moscow 125047, Russia; Room 410, Stolyarniy Pereulok 3, bld 34, Moscow 123022, Russia; Unit 2301, 23/F, Cheung Kong Center, 2 Queen's Road Central, Hong Kong; Website http://vtbcapital.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 1097746344596 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB CAPITAL JSC (a.k.a. HOLDING VTB CAPITAL CJSC; a.k.a. KHOLDING VTB KAPITAL ZAKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. VTB CAPITAL HOLDING CJSC; a.k.a. VTB CAPITAL HOLDING ZAO; a.k.a. VTB CAPITAL

HOLDINGS CLOSED JOINT STOCK COMPANY; a.k.a. VTB CAPITAL HONG KONG LIMITED), 12 Presnenskaya nab., Moscow 123100, Russia; 4th Lesnoy Pereulok 4, Capital Plaza, Moscow 125047, Russia; Room 410, Stolyarniy Pereulok 3, bld 34, Moscow 123022, Russia; Unit 2301, 23/F, Cheung Kong Center, 2 Queen's Road Central, Hong Kong; Website http://vtbcapital.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 1097746344596 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB COMMERCIAL FINANCE LLC (Cyrillic: ООО ВТБ КОММЕРЧЕСКОЕ ФИНАНСИРОВАНИЕ) (a.k.a. LIMITED LIABILITY COMPANY VTB COMMERCIAL FINANCE), Nab. Presnenskaya D. 6, Str. 2, Floor 6, Pomeshch.1, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Apr 2021; Target Type Financial Institution; Tax ID No. 9703032732 (Russia); Registration Number 1217700186440 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB DC LIMITED (a.k.a. LIMITED LIABILITY COMPANY VTB DC; a.k.a. LLC VTB DC; a.k.a. VTB DC LTD), Room 47, office XIV, 8 Brestskaya Street, Moscow 125047, Russia; d. 35 str. 1, Prospect Leningradski, Moscow 125284, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2011; Registration Number 5117746058733 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB DC LTD (a.k.a. LIMITED LIABILITY COMPANY VTB DC; a.k.a. LLC VTB DC; a.k.a. VTB DC LIMITED), Room 47, office XIV, 8 Brestskaya Street, Moscow 125047, Russia; d. 35 str. 1, Prospect Leningradski, Moscow 125284, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2011; Registration Number 5117746058733 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB DEVELOPMENT AO (a.k.a. AKTSIONERNOE OBSHCHESTVO VTB DEVELOPMENT; a.k.a. AO VTB DEVELOPMENT (Cyrillic: АО ВТБ ДЕВЕЛОПМЕНТ); a.k.a. JOINT STOCK COMPANY VTB DEVELOPMENT), Ul. B. Morskaya D. 30, Saint Petersburg 190000, Russia; d. 11 litera A kom 560, per. Degtyarny, St. Petersburg 191144, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Jul 2005; Organization Type: Non-specialized wholesale trade; Tax ID No. 7838327945 (Russia); Registration Number 1057811461091 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB FACTORING LIMITED (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB FAKTORING; a.k.a. VTB FACTORING LTD; a.k.a. VTB FAKTORING OOO), d. 52 str. 1 nab.Kosmodamianskaya, Moscow 115054, Russia; Website www.vtbf.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 5087746611145 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB FACTORING LTD (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB FAKTORING; a.k.a. VTB FACTORING LIMITED; a.k.a. VTB FAKTORING OOO), d. 52 str. 1 nab.Kosmodamianskaya, Moscow 115054, Russia; Website www.vtbf.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 5087746611145 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB FAKTORING OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB FAKTORING; a.k.a. VTB FACTORING LIMITED; a.k.a. VTB FACTORING LTD), d. 52 str. 1 nab.Kosmodamianskaya, Moscow 115054, Russia; Website www.vtbf.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Registration ID 5087746611145 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB FOREKS (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB FOREKS; a.k.a. VTB FOREKS OOO), Nab. Presnenskaya D. 10, Blok S, Floor 16, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Mar 2016; Target Type Financial Institution; Tax ID No. 9701034653 (Russia); Registration Number 1167746257755 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB FOREKS OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB FOREKS; a.k.a. VTB FOREKS), Nab. Presnenskaya D. 10, Blok S, Floor 16, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Mar 2016; Target Type Financial Institution; Tax ID No. 9701034653 (Russia); Registration Number 1167746257755 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB INFRASTRUKTURNYE INVESTITSII (a.k.a. LIMITED LIABILITY COMPANY VTB INFRASTRUCTURE INVESTMENTS; a.k.a. LLC VTB INFRASTRUCTURE INVESTMENTS (Cyrillic: ООО ВТБ ИНФРАСТРУКТУРНЫЕ ИНВЕСТИЦИИ)), Presnenskay Nab D. 10, Floor 15, Pomeshchenie III, Moscow 123112, Russia; d. 12 etazh 20 Mesto 20.41V, naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 May 2012; Organization Type: Other business support service activities n.e.c.; Tax ID No. 7703768889 (Russia); Government Gazette Number 09824582 (Russia); Registration Number 1127746409801 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB LEASING JOINT STOCK COMPANY (a.k.a. AO VTB LIZING; a.k.a. JSC VTB LEASING; a.k.a. VTB LEASING JSC), Per. 2-I Volkonskii, D. 10, Moscow 127473, Russia; Ul. Vorontsovskaya, D. 43, Str.1, Moscow 109147, Russia; Website www.vtb-leasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Jun 2002; Organization Type: Financial leasing; Registration ID 1037700259244 (Russia); Tax ID No. 7709378229 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB LEASING JSC (a.k.a. AO VTB LIZING; a.k.a. JSC VTB LEASING; a.k.a. VTB LEASING JOINT STOCK COMPANY), Per. 2-I Volkonskii, D. 10, Moscow 127473, Russia; Ul. Vorontsovskaya, D. 43, Str.1, Moscow 109147, Russia; Website www.vtb-leasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Jun 2002; Organization Type: Financial leasing; Registration ID 1037700259244 (Russia); Tax ID No. 7709378229 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB NEDVIZHIMOST, OOO (a.k.a. VTB REAL ESTATE LIMITED LIABILITY COMPANY; a.k.a. VTB REAL ESTATE, LLC), d. 10 etazh 7 (BLOK A), Naberezhnaya Presnenskaya, Moscow 123112, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Apr 2011; Organization Type: Real estate activities on a fee or contract basis; Registration ID 1117746272907 (Russia); Tax ID No. 7729679810 (Russia); Government Gazette Number 91457857 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB PENSION ADMINISTRATOR LIMITED (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB PENSIONNY ADMINISTRATOR; a.k.a. VTB PENSION ADMINISTRATOR LTD; a.k.a. VTB PENSIONNY ADMINISTRATOR OOO), d. 52 str. 1 nab.Kosmodamianskaya, Moscow 115054, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Activities of holding companies; Registration ID 1097746178232 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB PENSION ADMINISTRATOR LTD (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB PENSIONNY ADMINISTRATOR; a.k.a. VTB PENSION ADMINISTRATOR LIMITED; a.k.a. VTB PENSIONNY ADMINISTRATOR OOO), d. 52 str. 1 nab.Kosmodamianskaya, Moscow 115054, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Activities of holding companies; Registration ID 1097746178232 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB PENSIONNY ADMINISTRATOR OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB PENSIONNY ADMINISTRATOR; a.k.a. VTB PENSION ADMINISTRATOR LIMITED; a.k.a. VTB PENSION ADMINISTRATOR LTD), d. 52 str. 1 nab.Kosmodamianskaya, Moscow 115054, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Activities of holding companies; Registration ID 1097746178232 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB PROEKT OOO (Cyrillic: ООО ВТБ ПРОЕКТ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU

PROEKT), d. 43 str. 1, ul. Vorontsovskaya, Moscow 109147, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Feb 2012; Organization Type: Financial leasing; alt. Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 7710907460 (Russia); Registration Number 1127746118752 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB REAL ESTATE LIMITED LIABILITY COMPANY (a.k.a. VTB NEDVIZHIMOST, OOO; a.k.a. VTB REAL ESTATE, LLC), d. 10 etazh 7 (BLOK A), Naberezhnaya Presnenskaya, Moscow 123112, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Apr 2011; Organization Type: Real estate activities on a fee or contract basis; Registration ID 1117746272907 (Russia); Tax ID No. 7729679810 (Russia); Government Gazette Number 91457857 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB REAL ESTATE, LLC (a.k.a. VTB NEDVIZHIMOST, OOO; a.k.a. VTB REAL ESTATE LIMITED LIABILITY COMPANY), d. 10 etazh 7 (BLOK A), Naberezhnaya Presnenskaya, Moscow 123112, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Apr 2011; Organization Type: Real estate activities on a fee or contract basis; Registration ID 1117746272907 (Russia); Tax ID No. 7729679810 (Russia); Government Gazette Number 91457857 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB REGISTRAR (a.k.a. JOINT STOCK COMPANY VTB REGISTRAR; a.k.a. JSC VTB REGISTRAR; a.k.a. VTB REGISTRAR CJSC; a.k.a. VTB REGISTRAR CLOSED JOINT STOCK COMPANY), 23, Pravdy Street, Moscow 125040, Russia; Website www.vtbreg.ru; BIK (RU) 044525745; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 1045605469744 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB REGISTRAR CJSC (a.k.a. JOINT STOCK COMPANY VTB REGISTRAR; a.k.a. JSC VTB REGISTRAR; a.k.a. VTB REGISTRAR; a.k.a. VTB REGISTRAR CLOSED JOINT STOCK COMPANY), 23, Pravdy Street, Moscow 125040, Russia; Website www.vtbreg.ru; BIK (RU) 044525745; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 1045605469744 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB REGISTRAR CLOSED JOINT STOCK COMPANY (a.k.a. JOINT STOCK COMPANY VTB REGISTRAR; a.k.a. JSC VTB REGISTRAR; a.k.a. VTB REGISTRAR; a.k.a. VTB REGISTRAR CJSC), 23, Pravdy Street, Moscow 125040, Russia; Website www.vtbreg.ru; BIK (RU) 044525745; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 1045605469744 (Russia); For more information on directives, please visit the following link:

http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB SPECIALIZED DEPOSITORY CJSC (a.k.a. CJS VTB SPECIALIZED DEPOSITORY; a.k.a. VTB SPECIALIZED DEPOSITORY CLOSED JOINT STOCK COMPANY), 35 Myasnitskaya Street, Moscow 101000, Russia; Website www.odk.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Jul 1996; Target Type Financial Institution; Registration Number 1027739157522 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB SPECIALIZED DEPOSITORY CLOSED JOINT STOCK COMPANY (a.k.a. CJS VTB SPECIALIZED DEPOSITORY; a.k.a. VTB SPECIALIZED DEPOSITORY CJSC), 35 Myasnitskaya Street, Moscow 101000, Russia; Website www.odk.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Jul 1996; Target Type Financial Institution; Registration Number 1027739157522 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB SYREVYE TOVARY KHOLDING OOO (Cyrillic: ООО ВТБ СЫРЬЕВЫЕ ТОВАРЫ ХОЛДИНГ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB SYREVYE TOVARY KHOLDING; a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU VTB SYREVYE TOVARY KHOLDING; a.k.a. VTB SYRYEVYE

TOVARY KHOLDING), Nab. Presnenskaya D. 12, Floor 31 Mesto 31.147, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Mar 2016; Organization Type: Non-specialized wholesale trade; Tax ID No. 7703408597 (Russia); Registration Number 1167746344248 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB SYRYEVYE TOVARY KHOLDING (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB SYRYEVYE TOVARY KHOLDING; a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU VTB SYREVYE TOVARY KHOLDING; a.k.a. VTB SYREVYE TOVARY KHOLDING OOO (Cyrillic: ООО ВТБ СЫРЬЕВЫЕ ТОВАРЫ ХОЛДИНГ)), Nab. Presnenskaya D. 12, Floor 31 Mesto 31.147, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Mar 2016; Organization Type: Non-specialized wholesale trade; Tax ID No. 7703408597 (Russia); Registration Number 1167746344248 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTORYGINA, Elena Andreyevna (Cyrillic: ВТОРЫГИНА, Елена Андреевна), Russia; DOB 17 Aug 1957; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VUELA PERU S.A.C., Avenida Bolognesi 125, Dpto. 1602, Lima, Peru; RUC # 20508991879 (Peru) [SDNTK].

VUKOVIC, Zoran; DOB 06 Sep 1955; POB Brusna, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

VULIN, Aleksandar, Serbia; DOB 02 Oct 1972; POB Novi Sad, Serbia; nationality Serbia; citizen Serbia; Gender Male (individual) [BALKANS-EO14033].

VULOVIC, Srdjan Milivoje, Kosovo; DOB 03 Dec 1975; POB Ostrace, Leposavic Municipality, Kosovo; nationality Kosovo; Gender Male (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

VVB, PAO (f.k.a. COMMERCIAL JOINT-STOCK INCORPORATION BANK YAROSLAVICH; f.k.a. KOMMERCHESKI BANK YAROSLAVICH, PAO; a.k.a. PJSC BANK VVB; a.k.a. PUBLIC

JOINT-STOCK COMPANY BANK VVB; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO BANK VVB; a.k.a. PUBLICHNOYE JOINT-STOCK COMPANY BANK VVB), 3A ul., 4-ya Bastionnaya, Sevastopol, Crimea 299011, Ukraine; Voronina, 10, Sevastopol, Crimea 299011, Ukraine; 39A Ul. Suvorova, Sevastopol, Crimea, Ukraine; 5 Per. Pionerskiy, Simferopol, Crimea, Ukraine; SWIFT/BIC YARORU21; BIK (RU) 046711106; alt. BIK (RU) 043510133; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

VVN BUILDCON PRIVATE LIMITED, Gurugram, Haryana, India; Organization Established Date 06 Sep 2023; Organization Type: Real estate activities on a fee or contract basis; C.I.N. U68200HR2023PTC114748 (India); Tax ID No. AAJCV6361K (India) [TCO] (Linked To: BHARDWAJ, Vikrant).

VVN REAL ESTATE L.L.C (Arabic: في في ان للعقارات ش.ذ.م.م), Dubai, United Arab Emirates; Organization Established Date 31 Jan 2024; Organization Type: Real estate activities on a fee or contract basis; Trade License No. 1303430 (United Arab Emirates); Commercial Registry Number 2426487 (United Arab Emirates); Economic Register Number (CBLS) 12288517 (United Arab Emirates) [TCO] (Linked To: BHARDWAJ, Vikrant).

VYALOV, Aleksandr Aleksandrovich, Russia; DOB 30 Dec 1977; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN).

VYATKA MACHINE TOOL PLANT LLC (a.k.a. OOO VYATSKII STANKOSTROITELNYI ZAVOD; a.k.a. VSP KIROV; a.k.a. "OOO VSZ"), Ul. Tekhnicheskaya D. 22, Office 3, Kirov 610014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4345454570 (Russia); Registration Number 1164350074900 (Russia) [RUSSIA-EO14024].

VYATKA MACHINERY PLANT AVITEC JSC (a.k.a. AO VMP AVITEK; a.k.a. AVITEK VYATSKOE MACHINE BUILDING ENTERPRISE JSC; a.k.a. JOINT STOCK COMPANY VYATSKOYE MASHINOSTROITELNOYE PREDPRIYATIYE AVITEK; a.k.a. JSC VMP AVITEC; a.k.a. JSC VMP AVITEK), 1A Prospekt Oktyabrskiy, Kirov,

Kirov Oblast 610047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4345047310 (Russia); Registration Number 1024301320977 (Russia) [RUSSIA-EO14024].

VYATKIN, Dmitry Fedorovich (Cyrillic: ВЯТКИН, Дмитрий Федорович), Russia; DOB 21 May 1974; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VYBORG SHIPYARD PJSC (a.k.a. PJSC VYBORGSKY SUDOSTROITELNY FACTORY (Cyrillic: ПАО ВЫБОРГСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. PUBLIC JOINT STOCK COMPANY VYBORG SHIPYARD; a.k.a. PUBLIC JOINT-STOCK COMPANY VYBORGSKY SHIPBUILDING PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO VYBORGSKIY SUDOSTROITELNYI ZAVOD), 2b Primorskoye Highway, Vyborg, Vyborgsky District, Leningrad Region 188800, Russia; Website www.vyborgshipyard.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Jul 1997; Tax ID No. 4704012874 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

VYBORNY, Anatoly Borisovich (Cyrillic: ВЫБОРНЫЙ, Анатолий Борисович), Russia; DOB 08 Jun 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VYBORNYKH, Maksim Vladimirovich (Cyrillic: ВЫБОРНЫХ, Максим Владимирович) (a.k.a. VYBORNYKH, Maxim Vladimirovich), Russia; DOB 09 May 1979; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

VYBORNYKH, Maxim Vladimirovich (a.k.a. VYBORNYKH, Maxim Vladimirovich (Cyrillic: ВЫБОРНЫХ, Максим Владимирович)), Russia; DOB 09 May 1979; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

VYDAYUSHCHIESYA KREDITY MICROCREDIT COMPANY LIMITED LIABILITY COMPANY (a.k.a. MCC VYDAYUSHIESYA KREDITY LLC;

a.k.a. MIKROKREDITNAYA KOMPANIYA VYDAYUSHCHIESYA KREDITY), 32 Kutuzovsky Avenue, building 1, floor 6, room 6.C.01, Moscow 121170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7725374454 (Russia); Registration Number 1177746493473 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

VYGON CONSULTING (f.k.a. ENERGETICHESKI TSENTR OOO; a.k.a. LLC VYGON CONSULTING; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VYGON KONSALTING; a.k.a. VYGON KONSALTING OOO), d. 12 pod/et/pom 3/16/1609, Naberezhnaya Krasnopresnenskaya, Moscow 123610, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Sep 2013; Organization Type: Management consultancy activities; Tax ID No. 7717761234 (Russia); Residency Number 1137746787705 (Russia); Government Gazette Number 18141830 (Russia) [RUSSIA-EO14024].

VYGON KONSALTING OOO (f.k.a. ENERGETICHESKI TSENTR OOO; a.k.a. LLC VYGON CONSULTING; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VYGON KONSALTING; a.k.a. VYGON CONSULTING), d. 12 pod/et/pom 3/16/1609, Naberezhnaya Krasnopresnenskaya, Moscow 123610, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Sep 2013; Organization Type: Management consultancy activities; Tax ID No. 7717761234 (Russia); Residency Number 1137746787705 (Russia); Government Gazette Number 18141830 (Russia) [RUSSIA-EO14024].

VYMPEL INTERSTATE COMMERCIAL CORPORATION (a.k.a. JSC MAC VYMPEL; a.k.a. PUBLIC JOINT STOCK COMPANY VYMPEL INTERSTATE CORPORATION; a.k.a. VYMPEL MAK PAO DEFENSE

CORPORATION; a.k.a. "VIMPEL"), 10, BLD. 1 Geroyev Panfilovtsev, Moscow 125480, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Sep 1992; Tax ID No. 7714041693 (Russia); Registration Number 1027700341855 (Russia) [RUSSIA-EO14024].

VYMPEL MAK PAO DEFENSE CORPORATION (a.k.a. JSC MAC VYMPEL; a.k.a. PUBLIC JOINT STOCK COMPANY VYMPEL INTERSTATE CORPORATION; a.k.a. VYMPEL INTERSTATE COMMERCIAL CORPORATION; a.k.a. "VIMPEL"), 10, BLD. 1 Geroyev Panfilovtsev, Moscow 125480, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Sep 1992; Tax ID No. 7714041693 (Russia); Registration Number 1027700341855 (Russia) [RUSSIA-EO14024].

VYMPEL STATE ENGINEERING DESIGN BUREAU JSC NAMED AFTER I.I. TOROPOV (a.k.a. AO GOS MKB VYMPEL IM. I.I. TOROPOVA; a.k.a. GOS MKB VYMPEL IM. I.I. TOROPOVA AO; a.k.a. JOINT STOCK COMPANY STATE MACHINE BUILDING DESIGN BUREAU VYMPEL BY NAME I.I. TOROPOV), Sh. Volokolamskoe D. 90, Moscow 125424, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Dec 1991; Tax ID No. 7733546058 (Russia); Registration Number 1057747296166 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

VYMPEL STATE PRODUCTION ASSOCIATION (a.k.a. FEDERAL STATE ENTERPRISE AMUR CARTRIDGE PLANT VYMPEL; a.k.a. FEDERALNOE KAZENNOE PREDPRIIATIE AMURSKII PATRONNYI ZAVOD VYMPEL IMENI PV FINOGENOVA; a.k.a. FKP APZ VYMPEL IM PV FINOGENOVA; a.k.a. FSE ACP VYMPEL), D.12 Sh. Mashinostroitelei, Amursk 682640, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 2706000260 (Russia); Registration Number 1022700650609 (Russia) [RUSSIA-EO14024].

VYMPEL-ASSISTANCE LLC (Cyrillic: ООО ВЫМПЕЛ-СОДЕЙСТВИЕ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VYMPEL-SODEISTVIE; f.k.a. OOO VYMPEL-DETEKTIV; a.k.a. VYMPEL-SODEISTVIE), Ul. Bobruiskaya, d.1, Moscow 121351, Russia; Per. Afanasevski B., d. 5/12, str. 7, Moscow, Russia; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Dec 2007; Tax ID No. 7731582597 (Russia); Registration Number 1077764001424 (Russia) [CYBER2] [RUSSIA-EO14024].

VYMPEL-SODEISTVIE (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VYMPEL-SODEISTVIE; f.k.a. OOO VYMPEL-DETEKTIV; a.k.a. VYMPEL-ASSISTANCE LLC (Cyrillic: ООО ВЫМПЕЛ-СОДЕЙСТВИЕ)), Ul. Bobruiskaya, d.1, Moscow 121351, Russia; Per. Afanasevski B., d. 5/12, str. 7, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Dec 2007; Tax ID No. 7731582597 (Russia); Registration Number 1077764001424 (Russia) [CYBER2] [RUSSIA-EO14024].

VYROBNYCHE UNITARNE PIDPRYIEMSTVO ZAVOD SVT (a.k.a. PRODUCTION UNITARY ENTERPRISE PLANT SVT; a.k.a. PROIZVODSTVENNOE UNITARNOE PREDPRIYATIE ZAVOD SVT), 58 Nezavisimosti Blvd., Building 11, Room 801, Minsk 220005, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 190737825 (Belarus) [RUSSIA-EO14024].

VYSOCHAISHI, PAO (a.k.a. GV GOLD; a.k.a. PAO VYSOCHAISHY; a.k.a. PJSC VYSOCHAISHY; a.k.a. PUBLICHNOYE AKTSIONERNOYE OBSHCHESTVO VYSOCHAISHY), 27A, Pristrasovaya Str., Taksimo, Muisky district, town, Taksimo, Republic of Buryatia 671560, Russia; ul. Berezovaya d. 17 Bodaibo Irkutsk Region, Irkutsk 666902, Russia; D. 38, B-r Gagarina, Irkutsk Region, Irkutsk 664025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Nov 2002; Tax ID No. 3802008553 (Russia); Registration Number 1023800732878 (Russia) [RUSSIA-EO14024].

VYSOKINSKY, Aleksandr Gennadyevich (a.k.a. VYSOKINSKY, Alexander Gennadyevich (Cyrillic: ВЫСОКИНСКИЙ, Александр Геннадьевич)), Russia; DOB 24 Sep 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VYSOKINSKY, Alexander Gennadyevich (Cyrillic: ВЫСОКИНСКИЙ, Александр Геннадьевич) (a.k.a. VYSOKINSKY, Aleksandr

Gennadyevich), Russia; DOB 24 Sep 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VYSOTSKIY, Vladimir Yurievich (a.k.a. VYSOTSKY, Vladimir Yurievich (Cyrillic: ВЫСОЦКИЙ, Владимир Юрьевич); a.k.a. VYSOTSKYI, Volodymyr Yuriyovych (Cyrillic: ВИСОЦЬКИЙ, Володимир Юрійович)); DOB 07 Apr 1985; POB Crimea, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

VYSOTSKY, Vladimir Yurievich (Cyrillic: ВЫСОЦКИЙ, Владимир Юрьевич) (a.k.a. VYSOTSKIY, Vladimir Yurievich; a.k.a. VYSOTSKYI, Volodymyr Yuriyovych (Cyrillic: ВИСОЦЬКИЙ, Володимир Юрійович)); DOB 07 Apr 1985; POB Crimea, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

VYSOTSKYI, Volodymyr Yuriyovych (Cyrillic: ВИСОЦЬКИЙ, Володимир Юрійович) (a.k.a. VYSOTSKIY, Vladimir Yurievich; a.k.a. VYSOTSKY, Vladimir Yurievich (Cyrillic: ВЫСОЦКИЙ, Владимир Юрьевич)); DOB 07 Apr 1985; POB Crimea, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

VYTVORCHA-HANDLEVAYE PRYVATNAYE UNITARNAYE PRADPRYEMSTVA MINATOR-SERVIS (Cyrillic: ВЫТВОРЧА-ГАНДЛЕВАЕ ПРЫВАТНАЕ УНІТАРНАЕ ПРАДПРЫЕМСТВА МІНАТОР-СЭРВІС) (a.k.a. INDUSTRIAL-COMMERCIAL PRIVATE UNITARY ENTERPRISE MINOTOR-SERVICE; a.k.a. MINOTOR-SERVICE ENTERPRISE; a.k.a. PROIZVODSTVENNO-TORGOVOYE CHASTNOYE UNITARNOYE PREDPRIYATIYE MINOTOR-SERVIS (Cyrillic: ПРОИЗВОДСТВЕННО-ТОРГОВОЕ ЧАСТНОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ МИНОТОР-СЕРВИС); a.k.a. UE MINOTOR-SERVICE; a.k.a. UP MINATOR-SERVIS (Cyrillic: УП МІНАТОР-СЭРВІС); a.k.a. UP MINOTOR-SERVIS (Cyrillic: УП МИНОТОР-СЕРВИС)), ul. Karvata, d. 84, kom. 1, Minsk 220139, Belarus (Cyrillic: ул. Карвата, д. 84,

ком. 1, г. Минск 220139, Belarus); Radialnaya str., 40, Minsk 220070, Belarus; Organization Established Date 1991; Registration Number 100665069 (Belarus) [BELARUS-EO14038].

VYTVORCHAYE UNITARNAYE PRADPRYEMSTVA NAFTABITUMNY ZAVOD (Cyrillic: ВЫТВОРЧАЕ ЎНІТАРНАЕ ПРАДПРЫЕМСТВА НАФТАБІТУМНЫ ЗАВОД) (a.k.a. INDUSTRIAL UNITARY ENTERPRISE OIL BITUMEN PLANT; a.k.a. PROIZVODSTVENNOYE UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: ПРОИЗВОДСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД); a.k.a. UNITARNAYE PRADPRYEMSTVA NAFTABITUMNY ZAVOD (Cyrillic: УНІТАРНАЕ ПРАДПРЫЕМСТВА НАФТАБІТУМНЫ ЗАВОД); a.k.a. UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД); a.k.a. UNITARY ENTERPRISE NEFTEBITUMEN PLANT; a.k.a. UNITARY ENTERPRISE OIL BITUMEN PLANT), village Koleina, Lyadenskiy council, Chervenskiy district, Minsk oblast 223231, Belarus (Cyrillic: д. Колеина, Ляденский сельсовет, Червенский район, Минская область 223231, Belarus); Organization Established Date 23 Jun 2004; Registration Number 690296283 (Belarus) [BELARUS-EO14038].

VZPP-S AO (a.k.a. JOINT STOCK COMPANY VORONEZHSKY FACTORY POLUPROVODNIKOVYKH PRIBOROV-SBORKA; a.k.a. JOINT STOCK COMPANY VZPP-S; a.k.a. JSC VORONEZH SEMICONDUCTOR DEVICES PLANT-ASSEMBLY; a.k.a. VORONEZH SEMICONDUCTOR DEVICES FACTORY-ASSEMBLY), 119A Leninsky Ave, Voronezh, Voronezh region 394033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Dec 2005; Tax ID No. 3661033635 (Russia); Registration Number 1053600592330 (Russia) [RUSSIA-EO14024].

W AND G ARQUITECTOS, S.A. DE C.V. (a.k.a. W&G ARQUITECTOS, S.A. DE C.V.), 16 de Septiembre No. 21, Col. Manuel Avila Camacho, Naucalpan, Edo. de Mex., Mexico; C. Sao Paulo No. 2435, Providencia, Guadalajara, Jalisco, Mexico; R.F.C. WAR050401H27 (Mexico) [SDNTK].

W KIDAN, Hagos Ghebrehiwet (a.k.a. WELDEKIDANE, Hagos Ghebrehiwet; a.k.a. WOLDEKIDAN, Hagos Ghebrehiwet), Asmara, Eritrea; DOB 25 Apr 1953; POB Senafe, Eritrea; nationality Eritrea; Gender Male; National ID No. 0882109 (Eritrea) (individual) [ETHIOPIA-EO14046].

W&G ARQUITECTOS, S.A. DE C.V. (a.k.a. W AND G ARQUITECTOS, S.A. DE C.V.), 16 de Septiembre No. 21, Col. Manuel Avila Camacho, Naucalpan, Edo. de Mex., Mexico; C. Sao Paulo No. 2435, Providencia, Guadalajara, Jalisco, Mexico; R.F.C. WAR050401H27 (Mexico) [SDNTK].

WAAD (a.k.a. AL-WAAD AL-SADIQ; a.k.a. 'MASHURA WAAD LAADAT AL-AAMAR; a.k.a. WA'AD AS SADIQ; a.k.a. WAAD COMPANY; a.k.a. WAAD FOR REBUILDING THE SOUTHERN SUBURB; a.k.a. WAAD PROJECT; a.k.a. WAAD PROJECT FOR RECONSTRUCTION; a.k.a. WA'D PROJECT; a.k.a. WAED; a.k.a. WA'ED ORGANIZATION; a.k.a. WA'ID COMPANY), Harat Hurayk, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Telephone No. 009613679153; Telephone No. 009613380223; Telephone No. 03889402; Telephone No. 03669916 [SDGT].

WA'AD AS SADIQ (a.k.a. AL-WAAD AL-SADIQ; a.k.a. 'MASHURA WAAD LAADAT AL-AAMAR; a.k.a. WAAD; a.k.a. WAAD COMPANY; a.k.a. WAAD FOR REBUILDING THE SOUTHERN SUBURB; a.k.a. WAAD PROJECT; a.k.a. WAAD PROJECT FOR RECONSTRUCTION; a.k.a. WA'D PROJECT; a.k.a. WAED; a.k.a. WA'ED ORGANIZATION; a.k.a. WA'ID COMPANY), Harat Hurayk, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Telephone No. 009613679153; Telephone No. 009613380223; Telephone No. 03889402; Telephone No. 03669916 [SDGT].

WAAD COMPANY (a.k.a. AL-WAAD AL-SADIQ; a.k.a. 'MASHURA WAAD LAADAT AL-AAMAR; a.k.a. WAAD; a.k.a. WA'AD AS SADIQ; a.k.a. WAAD FOR REBUILDING THE SOUTHERN SUBURB; a.k.a. WAAD PROJECT; a.k.a.

WAAD PROJECT FOR RECONSTRUCTION; a.k.a. WA'D PROJECT; a.k.a. WAED; a.k.a. WA'ED ORGANIZATION; a.k.a. WA'ID COMPANY), Harat Hurayk, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Telephone No. 009613679153; Telephone No. 009613380223; Telephone No. 03889402; Telephone No. 03669916 [SDGT].

WAAD FOR REBUILDING THE SOUTHERN SUBURB (a.k.a. AL-WAAD AL-SADIQ; a.k.a. 'MASHURA WAAD LAADAT AL-AAMAR; a.k.a. WAAD; a.k.a. WA'AD AS SADIQ; a.k.a. WAAD COMPANY; a.k.a. WAAD PROJECT; a.k.a. WAAD PROJECT FOR RECONSTRUCTION; a.k.a. WA'D PROJECT; a.k.a. WAED; a.k.a. WA'ED ORGANIZATION; a.k.a. WA'ID COMPANY), Harat Hurayk, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Telephone No. 009613679153; Telephone No. 009613380223; Telephone No. 03889402; Telephone No. 03669916 [SDGT].

WAAD PROJECT (a.k.a. AL-WAAD AL-SADIQ; a.k.a. 'MASHURA WAAD LAADAT AL-AAMAR; a.k.a. WAAD; a.k.a. WA'AD AS SADIQ; a.k.a. WAAD COMPANY; a.k.a. WAAD FOR REBUILDING THE SOUTHERN SUBURB; a.k.a. WAAD PROJECT FOR RECONSTRUCTION; a.k.a. WA'D PROJECT; a.k.a. WAED; a.k.a. WA'ED ORGANIZATION; a.k.a. WA'ID COMPANY), Harat Hurayk, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Telephone No. 009613679153; Telephone No. 009613380223; Telephone No. 03889402; Telephone No. 03669916 [SDGT].

WAAD PROJECT FOR RECONSTRUCTION (a.k.a. AL-WAAD AL-SADIQ; a.k.a. 'MASHURA WAAD LAADAT AL-AAMAR; a.k.a. WAAD; a.k.a. WA'AD AS SADIQ; a.k.a. WAAD COMPANY; a.k.a. WAAD FOR REBUILDING THE SOUTHERN SUBURB; a.k.a. WAAD

PROJECT; a.k.a. WA'D PROJECT; a.k.a. WAED; a.k.a. WA'ED ORGANIZATION; a.k.a. WA'ID COMPANY), Harat Hurayk, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Telephone No. 009613679153; Telephone No. 009613380223; Telephone No. 03889402; Telephone No. 03669916 [SDGT].

WAATASEMU CHARITY ASSOCIATION, Omar Almukhtar Street, Tripoli, Libya; Website http://waatasemu.org.ly; Email Address info@waatasemu.org; Telephone No. (218) 21 273343326; Fax No. (218) 21 253343328 [LIBYA2].

WA'D PROJECT (a.k.a. AL-WAAD AL-SADIQ; a.k.a. 'MASHURA WAAD LAADAT AL-AAMAR; a.k.a. WAAD; a.k.a. WA'AD AS SADIQ; a.k.a. WAAD COMPANY; a.k.a. WAAD FOR REBUILDING THE SOUTHERN SUBURB; a.k.a. WAAD PROJECT; a.k.a. WAAD PROJECT FOR RECONSTRUCTION; a.k.a. WAED; a.k.a. WA'ED ORGANIZATION; a.k.a. WA'ID COMPANY), Harat Hurayk, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Telephone No. 009613679153; Telephone No. 009613380223; Telephone No. 03889402; Telephone No. 03669916 [SDGT].

WADDANI, Habib, Via unica Borighero n.1, San Donato M.se, MI, Italy; DOB 10 Jun 1970; POB Tunis, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L550681 issued 23 Sep 1997 expires 22 Sep 2002; Italian Fiscal Code WDDHBB70H10Z352O (individual) [SDGT].

WADI AL AFRAH TRADING LLC, P.O. Box 40553, Dubai, United Arab Emirates; P.O. Box 39807, Dubai, United Arab Emirates; Flat No. 405 Rahim Al Badri Bldg., Naif Road, Deira, Dubai, United Arab Emirates; Registration ID 620850 (United Arab Emirates) [TCO] (Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION).

WADI AL-KABIR COMPANY (a.k.a. AL-WADI AL-KABIR COMPANY; a.k.a. ALWADI KABIR CO; a.k.a. WADI KABIR CO. FOR LOGISTICS

SERVICES (Arabic: شركة الوادي الكبير للخدمات اللوجستية)), Sana'a, Yemen; Raysut, Oman; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Nov 2020; Organization Type: Transportation and storage [SDGT] (Linked To: ANSARALLAH).

WADI ALRRAFIDAYN FOR FOODSTUFFS (f.k.a. AL-SARAF COMPANY FOR GENERAL TRADE; f.k.a. ALSARAF HAWALA OFFICE; f.k.a. AL-SARAF HAWALA OFFICE; a.k.a. WADI ALRRAFIDAYN GIDA YAS SEBZE MEYVE BAKLIYAT OTOMOTIV TEKSTIL ITH IHR SAN VE TIC LTD STI), No. 1-11 Bahce Mahallesi, Mersin 33010, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Sep 2019; Business Registration Number 53175 (Turkey) [SDGT] (Linked To: AL-KHATUNI, Abd Al Hamid Salim Ibrahim Ismail Brukan).

WADI ALRRAFIDAYN GIDA YAS SEBZE MEYVE BAKLIYAT OTOMOTIV TEKSTIL ITH IHR SAN VE TIC LTD STI (f.k.a. AL-SARAF COMPANY FOR GENERAL TRADE; f.k.a. ALSARAF HAWALA OFFICE; f.k.a. AL-SARAF HAWALA OFFICE; a.k.a. WADI ALRRAFIDAYN FOR FOODSTUFFS), No. 1-11 Bahce Mahallesi, Mersin 33010, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Sep 2019; Business Registration Number 53175 (Turkey) [SDGT] (Linked To: AL-KHATUNI, Abd Al Hamid Salim Ibrahim Ismail Brukan).

WADI KABIR CO. FOR LOGISTICS SERVICES (Arabic: شركة الوادي الكبير للخدمات اللوجستية) (a.k.a. AL-WADI AL-KABIR COMPANY; a.k.a. ALWADI KABIR CO; a.k.a. WADI AL-KABIR COMPANY), Sana'a, Yemen; Raysut, Oman; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Nov 2020; Organization Type: Transportation and storage [SDGT] (Linked To: ANSARALLAH).

WADI, Faisal Mohamed M (a.k.a. AL-WADI, Faysal; a.k.a. WADY, Faisl Mohamed), Malta; DOB 15 Dec 1978; alt. DOB 15 Dec 1976; POB Libya; nationality Libya; Gender Male; Passport 530037 (Libya); National ID No. 037956A (Malta) (individual) [LIBYA3].

WADY, Faisl Mohamed (a.k.a. AL-WADI, Faysal; a.k.a. WADI, Faisal Mohamed M), Malta; DOB

15 Dec 1978; alt. DOB 15 Dec 1976; POB Libya; nationality Libya; Gender Male; Passport 530037 (Libya); National ID No. 037956A (Malta) (individual) [LIBYA3].

WAED (a.k.a. AL-WAAD AL-SADIQ; a.k.a. 'MASHURA WAAD LAADAT AL-AAMAR; a.k.a. WAAD; a.k.a. WA'AD AS SADIQ; a.k.a. WAAD COMPANY; a.k.a. WAAD FOR REBUILDING THE SOUTHERN SUBURB; a.k.a. WAAD PROJECT; a.k.a. WAAD PROJECT FOR RECONSTRUCTION; a.k.a. WA'D PROJECT; a.k.a. WA'ED ORGANIZATION; a.k.a. WA'ID COMPANY), Harat Hurayk, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Telephone No. 009613679153; Telephone No. 009613380223; Telephone No. 03889402; Telephone No. 03669916 [SDGT].

WAED CAPTIVE AND LIBERATORS SOCIETY (a.k.a. VAED ASSOCIATION FOR PRISONERS AND RELEASED PERSONS; a.k.a. WAED SOCIETY GAZA (Arabic: جمعية واعد)), Al-Sina'a Street, Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2006; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

WA'ED ORGANIZATION (a.k.a. AL-WAAD AL-SADIQ; a.k.a. 'MASHURA WAAD LAADAT AL-AAMAR; a.k.a. WAAD; a.k.a. WA'AD AS SADIQ; a.k.a. WAAD COMPANY; a.k.a. WAAD FOR REBUILDING THE SOUTHERN SUBURB; a.k.a. WAAD PROJECT; a.k.a. WAAD PROJECT FOR RECONSTRUCTION; a.k.a. WA'D PROJECT; a.k.a. WAED; a.k.a. WA'ID COMPANY), Harat Hurayk, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Telephone No. 009613679153; Telephone No. 009613380223; Telephone No. 03889402; Telephone No. 03669916 [SDGT].

WAED SOCIETY GAZA (Arabic: جمعية واعد) (a.k.a. VAED ASSOCIATION FOR PRISONERS AND RELEASED PERSONS; a.k.a. WAED CAPTIVE AND LIBERATORS SOCIETY), Al-Sina'a Street, Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2006; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

WAFA AL-IGATHA AL-ISLAMIA (a.k.a. AL WAFA; a.k.a. AL WAFA ORGANIZATION; a.k.a. WAFA HUMANITARIAN ORGANIZATION); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

WAFA HUMANITARIAN ORGANIZATION (a.k.a. AL WAFA; a.k.a. AL WAFA ORGANIZATION; a.k.a. WAFA AL-IGATHA AL-ISLAMIA); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

WAFA, Abdul (a.k.a. AL WAFA, Yahya Abu; a.k.a. GILL, Muhammad Hussain; a.k.a. GILL, Muhammad Hussein; a.k.a. UL-WAFA, Abu), 4-Lake Road, Lahore, Pakistan; DOB 07 Apr 1937; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 35202-8457000-3 (Pakistan) (individual) [SDGT].

WAFANGDIAN BEARING COMPANY LIMITED (Chinese Simplified: 瓦房店轴承股份有限公司), No. 1, Section 1, North Gongji Street, Wafangdian 116300, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 912102002423997128 (China) [RUSSIA-EO14024].

WAGNER GROUP (Cyrillic: ГРУППА ВАГНЕРА) (a.k.a. CHASTNAYA VOENNAYA KOMPANIYA 'VAGNER'; a.k.a. CHVK VAGNER; a.k.a. PMC WAGNER; a.k.a. PRIVATE MILITARY COMPANY 'WAGNER'), Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. [TCO] [UKRAINE-EO13660] [CAR] [RUSSIA-EO14024].

WAHAB, Wiyam (a.k.a. WAHHAB, Wiam; a.k.a. WAHHAB, Wi'am; a.k.a. WIHAB, Wi'am; a.k.a. WIHAB, Wiyam); DOB 1964; POB Al-Jahiliya, Shuf Mountains, Lebanon (individual) [LEBANON].

WAHAB, Zabihullah Abdul (a.k.a. VAHAP, Zabi; a.k.a. VAHAP, Zebih Ullah), Dubai, United Arab Emirates; DOB 01 Jan 1986; POB Akce,

Afghanistan; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U24258057 (Turkey) expires 12 Jul 2031; alt. Passport U13652962 expires 02 Dec 2026; National ID No. 25406705762 (Turkey) (individual) [SDGT] [IFSR] (Linked To: KARIMIAN, Mohammad Sadegh; Linked To: TRANSMART DMCC).

WAHBE, Bilal (a.k.a. WAHBI, Bilal Mohsen; a.k.a. WAHBI, Bilal Muhsin; a.k.a. WAHBI, Muhsin Bilal; a.k.a. WEHBE, Bilal Mohsen; a.k.a. WEHBI, Bilal Mohsem; a.k.a. WEHBI, Bilal Mohsen; a.k.a. WIHBI, Bilal Muhsin), Avenida Jose Maria de Brito 929, Centro,, Foz Do Iguacu, Parana State, Brazil; DOB 07 Jan 1967; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CZ74340 (Brazil); alt. Passport 0083628 (Lebanon); Identification Number 77688048 (Brazil); Shaykh (individual) [SDGT].

WAHBI, Bilal Mohsen (a.k.a. WAHBE, Bilal; a.k.a. WAHBI, Bilal Muhsin; a.k.a. WAHBI, Muhsin Bilal; a.k.a. WEHBE, Bilal Mohsen; a.k.a. WEHBI, Bilal Mohsem; a.k.a. WEHBI, Bilal Mohsen; a.k.a. WIHBI, Bilal Muhsin), Avenida Jose Maria de Brito 929, Centro,, Foz Do Iguacu, Parana State, Brazil; DOB 07 Jan 1967; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CZ74340 (Brazil); alt. Passport 0083628 (Lebanon); Identification Number 77688048 (Brazil); Shaykh (individual) [SDGT].

WAHBI, Bilal Muhsin (a.k.a. WAHBE, Bilal; a.k.a. WAHBI, Bilal Mohsen; a.k.a. WAHBI, Muhsin Bilal; a.k.a. WEHBE, Bilal Mohsen; a.k.a. WEHBI, Bilal Mohsem; a.k.a. WEHBI, Bilal Mohsen; a.k.a. WIHBI, Bilal Muhsin), Avenida Jose Maria de Brito 929, Centro,, Foz Do Iguacu, Parana State, Brazil; DOB 07 Jan 1967; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CZ74340 (Brazil); alt. Passport 0083628 (Lebanon); Identification Number 77688048 (Brazil); Shaykh (individual) [SDGT].

WAHBI, Mohamed Hassan (a.k.a. WEHBE, Mohamad Hasan (Arabic: محمد حسن وهبي)), Ras Beirut, Lebanon; DOB 08 Sep 1971; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0921388 (Lebanon) expires 20 Jun 2023; alt. Passport LR2576480 (Lebanon) expires 13 Mar 2032; National ID No. 000034132689 (Lebanon) (individual) [SDGT] (Linked To: HAMIEH, Alaa Hassan).

WAHBI, Muhammad (a.k.a. WEHBE, Mohamad), Bedfordview, Ekurhuleni, South Africa; 25 Sandhurst Vista, 13 Riepen Ave, Riepen Park, Sandton 2196, South Africa; DOB 14 Apr 1992; POB Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2654120 (Lebanon) expires 22 Oct 2018; Identification Number 9204146485189 (South Africa) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

WAHBI, Muhsin Bilal (a.k.a. WAHBE, Bilal; a.k.a. WAHBI, Bilal Mohsen; a.k.a. WAHBI, Bilal Muhsin; a.k.a. WEHBE, Bilal Mohsen; a.k.a. WEHBI, Bilal Mohsem; a.k.a. WEHBI, Bilal Mohsen; a.k.a. WIHBI, Bilal Muhsin), Avenida Jose Maria de Brito 929, Centro,, Foz Do Iguacu, Parana State, Brazil; DOB 07 Jan 1967; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CZ74340 (Brazil); alt. Passport 0083628 (Lebanon); Identification Number 77688048 (Brazil); Shaykh (individual) [SDGT].

WAHHAB, Wiam (a.k.a. WAHAB, Wiyam; a.k.a. WAHHAB, Wi'am; a.k.a. WIHAB, Wi'am; a.k.a. WIHAB, Wiyam); DOB 1964; POB Al-Jahiliya, Shuf Mountains, Lebanon (individual) [LEBANON].

WAHHAB, Wi'am (a.k.a. WAHAB, Wiyam; a.k.a. WAHHAB, Wiam; a.k.a. WIHAB, Wi'am; a.k.a. WIHAB, Wiyam); DOB 1964; POB Al-Jahiliya, Shuf Mountains, Lebanon (individual) [LEBANON].

WAI, Chio (a.k.a. CHIO, Wai; a.k.a. HWEI, Jao; a.k.a. SAECHOU, Thanchai; a.k.a. WEI, Chao; a.k.a. WEI, Jiao; a.k.a. WEI, Zhang; a.k.a. WEI, Zhao), Flat G, 19 FL Maple Mansion, Taikoo Shing, Quarry Bay, Hong Kong; Room 2410, 24/F, Block Q, Kornhill, Quarry Bay, Hong Kong; DOB 16 Sep 1952; POB Heilongjiang Province, China; alt. POB Liaoning Province, China; nationality China; Gender Male; Passport MA0269785 (Macau); alt. Passport M0178952 (China); alt. Passport MA0162634 (China); National ID No. 12756003 (Macau) (individual) [TCO] (Linked To: ZHAO WEI TCO).

WA'ID COMPANY (a.k.a. AL-WAAD AL-SADIQ; a.k.a. 'MASHURA WAAD LAADAT AL-AAMAR; a.k.a. WAAD; a.k.a. WA'AD AS SADIQ; a.k.a. WAAD COMPANY; a.k.a. WAAD FOR REBUILDING THE SOUTHERN SUBURB; a.k.a. WAAD PROJECT; a.k.a. WAAD PROJECT FOR RECONSTRUCTION; a.k.a. WA'D PROJECT; a.k.a. WAED; a.k.a. WA'ED ORGANIZATION), Harat Hurayk, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Telephone No. 009613679153; Telephone No. 009613380223; Telephone No. 03889402; Telephone No. 03669916 [SDGT].

WAJANG, Joseph Mantiel (a.k.a. WEJANG, Nguen Monytuil; a.k.a. WEJJANG, Joseph Monytuil; a.k.a. "WEJANG, Joseph Manytuil"), Bentiu, Unity, Sudan; DOB 1962; POB Sudan; nationality South Sudan; Gender Male; Passport 1561 (Sudan) expires 15 May 2006 (individual) [SOUTH SUDAN].

WAKED DARWICH, Hamudi (a.k.a. WAKED DARWICH, Mohamed Abdo); DOB 30 Aug 1977; POB Colombia; citizen Panama; Cedula No. N-19-828 (Panama) (individual) [SDNTK] (Linked To: WAKED MONEY LAUNDERING ORGANIZATION).

WAKED DARWICH, Mohamed Abdo (a.k.a. WAKED DARWICH, Hamudi); DOB 30 Aug 1977; POB Colombia; citizen Panama; Cedula No. N-19-828 (Panama) (individual) [SDNTK] (Linked To: WAKED MONEY LAUNDERING ORGANIZATION).

WAKED FARES, Abdul Mohamed; DOB 19 Dec 1949; alt. DOB 09 Dec 1949; POB Kamed El Louz, Lebanon; citizen Panama; alt. citizen Lebanon; alt. citizen Colombia; Cedula No. N-19-804 (Panama); Passport 1640816 (Panama) (individual) [SDNTK] (Linked To: WAKED MONEY LAUNDERING ORGANIZATION).

WAKED HATOUM, Jalal (a.k.a. WAKED HATUM, Jalal Ahmed); DOB 18 Oct 1976; POB Colombia; citizen Panama; alt. citizen Colombia; Cedula No. 3-700-2344 (Panama); Passport 0091672 (Panama); alt. Passport 1426177 (Panama); alt. Passport 1706460 (Panama) (individual) [SDNTK] (Linked To: WAKED MONEY LAUNDERING ORGANIZATION).

WAKED HATOUM, Nidal (a.k.a. WAKED HATUM, Nidal Ahmed); DOB 26 Jul 1971; alt. DOB 16 Jul 1971; alt. DOB 02 Aug 1971; POB Barranquilla, Colombia; citizen Spain; alt. citizen Colombia; alt. citizen Panama; Cedula No. N-19-680 (Panama); Passport 1000272479 (Panama); alt. Passport AAI105713 (Spain); National ID No. 0662764600 (Spain); alt. National ID No. A06627646N (Spain) (individual) [SDNTK] (Linked To: WAKED MONEY LAUNDERING ORGANIZATION).

WAKED HATUM, Ali; DOB 28 Aug 1972; Cedula No. N-19-612 (Panama) (individual) [SDNTK] (Linked To: WAKED MONEY LAUNDERING ORGANIZATION).

WAKED HATUM, Gazy (a.k.a. WAKED HATUM, Ghazi); DOB 17 Sep 1973; POB Colombia; citizen Colombia; Cedula No. N-19624 (Panama) (individual) [SDNTK] (Linked To: WAKED MONEY LAUNDERING ORGANIZATION).

WAKED HATUM, Ghazi (a.k.a. WAKED HATUM, Gazy); DOB 17 Sep 1973; POB Colombia; citizen Colombia; Cedula No. N-19624 (Panama) (individual) [SDNTK] (Linked To: WAKED MONEY LAUNDERING ORGANIZATION).

WAKED HATUM, Jalal Ahmed (a.k.a. WAKED HATOUM, Jalal); DOB 18 Oct 1976; POB Colombia; citizen Panama; alt. citizen Colombia; Cedula No. 3-700-2344 (Panama); Passport 0091672 (Panama); alt. Passport 1426177 (Panama); alt. Passport 1706460 (Panama) (individual) [SDNTK] (Linked To: WAKED MONEY LAUNDERING ORGANIZATION).

WAKED HATUM, Nidal Ahmed (a.k.a. WAKED HATOUM, Nidal); DOB 26 Jul 1971; alt. DOB 16 Jul 1971; alt. DOB 02 Aug 1971; POB Barranquilla, Colombia; citizen Spain; alt. citizen Colombia; alt. citizen Panama; Cedula No. N-19-680 (Panama); Passport 1000272479 (Panama); alt. Passport AAI105713 (Spain); National ID No. 0662764600 (Spain); alt. National ID No. A06627646N (Spain)

(individual) [SDNTK] (Linked To: WAKED MONEY LAUNDERING ORGANIZATION).

WAKED MONEY LAUNDERING ORGANIZATION, Panama [SDNTK].

WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

WAKHITOV, Airat (a.k.a. BULGARSKIY, Salman; a.k.a. BULGARSKY, Salman; a.k.a. VAHITOV, Aiat Nasimovich; a.k.a. VAKHITOV, Airat; a.k.a. VAKHITOV, Aryat; a.k.a. VAKHITOV, Ayrat Nasimovich; a.k.a. VAKHITOV, Taub Ayrat); DOB 27 Mar 1977; POB Naberezhnye Chelny, Republic of Tatarstan, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

WAKIL, Haji Sahib Rohullah (a.k.a. WAKIL, Rohullah; a.k.a. "Haji Rohullah"), Afghanistan; DOB 1962; alt. DOB 1963; POB Nangalam, Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886

(individual) [SDGT] (Linked To: ISIL KHORASAN).

WAKIL, Rohullah (a.k.a. WAKIL, Haji Sahib Rohullah; a.k.a. "Haji Rohullah"), Afghanistan; DOB 1962; alt. DOB 1963; POB Nangalam, Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIL KHORASAN).

WAKLED GARCIA, Walid (a.k.a. MAKLED GARCIA, Valed; a.k.a. MAKLED GARCIA, Walid; a.k.a. "EL TURCO WALID"), Calle Rio Orinoco, Ankara Building, Valle de Camoruco, Valencia, Carabobo, Venezuela; Guacara, Carabobo, Venezuela; Valencia, Carabobo, Venezuela; Puerto Cabello, Carabobo, Venezuela; Maracaibo, Zulia, Venezuela; Curacao, Netherlands Antilles; DOB 06 Jun 1969; nationality Venezuela; citizen Venezuela; Cedula No. 18489167 (Venezuela); Passport 18489167 (Venezuela) (individual) [SDNTK].

WALAAC, Ina-Waran (a.k.a. AW-MAHAMUD, Abdiweli; a.k.a. YUSUF, Abdiweli Mohamed), Bari, Somalia; DOB 1982; alt. DOB 1981; alt. DOB 1980; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

WALDAU INVESTMENTS LIMITED, Arch. Makariou III, 276 Lara Court, Limassol 3105, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Sep 2018; Organization Type: Activities of holding companies; Registration Number HE 388890 (Cyprus) [RUSSIA-EO14024] (Linked To: BASHKIROV, Aleksei Vladimirovich).

WALEED, Khalid (a.k.a. NAIK, Khalid; a.k.a. WALID, Hafiz Khalid); DOB 25 Oct 1974; alt. DOB 1971; POB Lahore, Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AA9967331 (Pakistan) issued 03 Jun 2006 expires 02 Jun 2011; National ID No. 3410104067339 (Pakistan) (individual) [SDGT].

WALI MEHSUD, Mufti Noor (a.k.a. WALI, Mufti Noor; a.k.a. WALI, Noor; a.k.a. "MANSOOR ASIM, Mufti Abu"), Afghanistan; DOB 26 Jun 1978; POB Gurguray, Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

WALI, Mohammad; DOB 02 Dec 1975; alt. DOB 02 Oct 1975; citizen Afghanistan (individual) [SDNTK] (Linked To: MOHAMMAD WALI MONEY EXCHANGE).

WALI, Mufti Noor (a.k.a. WALI MEHSUD, Mufti Noor; a.k.a. WALI, Noor; a.k.a. "MANSOOR ASIM, Mufti Abu"), Afghanistan; DOB 26 Jun 1978; POB Gurguray, Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

WALI, Noor (a.k.a. WALI MEHSUD, Mufti Noor; a.k.a. WALI, Mufti Noor; a.k.a. "MANSOOR ASIM, Mufti Abu"), Afghanistan; DOB 26 Jun 1978; POB Gurguray, Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

WALID, Hafiz Khalid (a.k.a. NAIK, Khalid; a.k.a. WALEED, Khalid); DOB 25 Oct 1974; alt. DOB 1971; POB Lahore, Pakistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AA9967331 (Pakistan) issued 03 Jun 2006 expires 02 Jun 2011; National ID No. 3410104067339 (Pakistan) (individual) [SDGT].

WALID, Ibrahim (a.k.a. 'ABD AL-SALAM, Said Jan; a.k.a. 'ABDALLAH, Qazi; a.k.a. 'ABD-AL-SALAM, Sa'id Jan; a.k.a. ABDULLAH, Qazi; a.k.a. CAIRO, Aziz; a.k.a. JHAN, Said; a.k.a. KHAN, Farhan; a.k.a. SA'ID JAN, Qasi; a.k.a. ZAIN KHAN, Dilawar Khan; a.k.a. "NANGIALI"); DOB 05 Feb 1981; alt. DOB 01 Jan 1972; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport OR801168 (Afghanistan) issued 28 Feb 2006 expires 27 Feb 2011; alt. Passport 4117921 (Pakistan) issued 09 Sep 2008 expires 09 Sep 2013; National ID No. 281020505755 (Kuwait); Passport OR801168 and Kuwaiti National ID No. 281020505755 issued under the name Said Jan 'Abd al-Salam; Passport 4117921 issued under the name Dilawar Khan Zain Khan (individual) [SDGT].

WAN MIN, bin Wan Mat (a.k.a. WAN MIN, Wan Mat); DOB 23 Sep 1960; POB Malaysia; nationality Malaysia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

WAN MIN, Wan Mat (a.k.a. WAN MIN, bin Wan Mat); DOB 23 Sep 1960; POB Malaysia; nationality Malaysia; Secondary sanctions risk:

section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

WAN, Exiang (Chinese Simplified: 万鄂湘; Chinese Traditional: 萬鄂湘) (a.k.a. WANG, Exiang), Beijing, China; DOB May 1956; POB Gongan County, Hubei Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

WAN, Jack (a.k.a. WANG, Jack; a.k.a. WANG, Yunhe (Chinese Simplified: 王云禾); a.k.a. WILSON, William; a.k.a. WONG, Jack; a.k.a. "TRAFFICCARB"; a.k.a. "TRAFFICCASH"), 21 Angullia Park #27-03, Singapore 239974, Singapore; 98/273 31h2 Reflection Jomtien Beach, Pattaya Condo Na Jomtien Sattahip, Chonburi 20250, Thailand; DOB 05 Oct 1988; POB Beijing, China; nationality China; alt. nationality Saint Kitts and Nevis; Gender Male; Digital Currency Address - XBT bc1q4namcagg5wljs0u20z6h2sqgsq4q5lts8rt2rr; alt. Digital Currency Address - XBT bc1qdpazd6smrkq5hmw6lupq98za2fqtgmq3azv3av; alt. Digital Currency Address - XBT bc1qwz0l2ceddckwdy5rh6zyrm3x4ha6gn5f2da5zg; alt. Digital Currency Address - XBT bc1qw8evftpgc8wsmkemd8yl5fg2husza5z802xaym; alt. Digital Currency Address - XBT bc1qv4krhj2qmpd9qz9xj9nhvj99fq8s9xsw05d485; alt. Digital Currency Address - XBT bc1qu5vngdtcx8nc9d68pq8nv7pzcjrswsy87s66gk; alt. Digital Currency Address - XBT bc1qtsl3ufenrv3zgrgm9z8xarcx22x8mfztuartyn; alt. Digital Currency Address - XBT bc1qtrrfhr0f3ufsrjxfv8a7p3yuqj0spe4cm6vaws; alt. Digital Currency Address - XBT bc1qte9ret332gwrk6e7vqc87d807npzvdj5savg4h; alt. Digital Currency Address - XBT bc1qtdupwe722vcc5e0vh94cgwfs0ep4gzwyfsf75q; alt. Digital Currency Address - XBT bc1qnykkrlk67f9kdqvzyw2ndu3xmef5z2e52886yl; alt. Digital Currency Address - XBT bc1qllmlvy5u038yvwywu803p53g8udcm8w7k4qxu9; alt. Digital Currency Address - XBT bc1qlfpg2xn39u580cmwq6rymt8jdhcmj8520jhgh0; alt. Digital Currency Address - XBT bc1ql7rnd70aejdxt3f9fzdlfazjlc9hvdmut8ad8s; alt. Digital Currency Address - XBT bc1ql526s72gycmvq7hek6j3tuwwmcpv4rgs0auxu7; alt. Digital Currency Address - XBT bc1qh3lw22uqwrywr8lpun20q2ma528a4yqmgf3uqp; alt. Digital Currency Address - XBT

bc1qgffxa65gr579tsz55n87pal2a777ygzg69d2yz; alt. Digital Currency Address - XBT bc1qedvcgh32dud85yt7fu6s7qavthlh38gtwa7rhx; alt. Digital Currency Address - XBT bc1qau9pmgc8l6rxpdwwap3fd6zprh5yp9mpe9jl0h; alt. Digital Currency Address - XBT bc1qakycg2zp8hydg95lc9cheumpa9yfpdeyrqqh5f; alt. Digital Currency Address - XBT bc1q9ua9ypl4dhj0zut5kzasj5c2kxclhh8v2k9djd; alt. Digital Currency Address - XBT bc1q8q7z3kt37z6jalv5ujung5lem6pzlk9r3kt66k; alt. Digital Currency Address - XBT bc1q8pw85s83mdx2f3rfu64mmfd9wexqu2y856arwp; alt. Digital Currency Address - XBT bc1q7xfqqw9htr88t7vafg80p4qrlpjfyaps452x5g; alt. Digital Currency Address - XBT bc1q7hhdygx05kyfyzjku2u7lywvx5pgyng6a0nefp; alt. Digital Currency Address - XBT bc1q6w463k7mhsgguwgqtcratm4vm42rncwhvvkeck; alt. Digital Currency Address - XBT bc1q68uswkjvu7nj7mhrvfzkx7cm6u5s9puvpm5dc2; alt. Digital Currency Address - XBT bc1q5zd0cwzd09k9r8xfk68sn5ytqp8f5aae80yfsm; alt. Digital Currency Address - XBT bc1q49ax787wv0mnn8wjgp3sx772qz7eun822rkv5k; alt. Digital Currency Address - XBT bc1q3ael5my37nklgnqcrkwmnndfx9qdnp67j0739c; alt. Digital Currency Address - XBT bc1q362njxy39gnwrvj7zytn84ax39fwnhvk7n2999; alt. Digital Currency Address - XBT bc1q2jys00x2rgdkm3xnewuucqacytu0a7echupu8y; alt. Digital Currency Address - XBT bc1q05aktddf9ce4p7hh3stgsf253m4vweu7nkhtmw; alt. Digital Currency Address - XBT bc1qtywfzxx6snut2mdrum8dyr5nnd5qhqd29wmvqt; alt. Digital Currency Address - XBT bc1qrc2gchg2fmxua5u7twu4luv5p9twmny4jjmg9x; alt. Digital Currency Address - XBT bc1q9ws2gcq7uumm4mk3l9xezwve7w5tmcs5js5cup; alt. Digital Currency Address - XBT bc1qh33xtpjqhgysq5xlmjzkm28uewj08885n95drr; alt. Digital Currency Address - XBT bc1qe8wclszdtshkjk7gph57crc72vpp9rylujgwa5; alt. Digital Currency Address - XBT bc1q2q8uxjznmurg363dvd98xjg54mrr7z6mw9t825; alt. Digital Currency Address - XBT bc1qhvzl5w99m458nm7sc6hwf5qfhxndw28sgtatk8; alt. Digital Currency Address - XBT bc1qavwamr74qlzj8txy6jaxqnpym9062h090x6kz4; alt. Digital Currency Address - XBT bc1qe9lz50jq0a5pmtry0h3ekng3kjdg09vejg7355; alt. Digital Currency Address - XBT bc1qup656lpfqfckhl580kwf62thmn5azmj2pal0sz; alt. Digital Currency Address - XBT bc1qa2xr7dmz5lztplp9yfp7k382nf4ma8gwrl7zg

g; alt. Digital Currency Address - XBT bc1qrskwdw9unhlkt87ltcqq2d5pn9s6w2f35gz3z6; alt. Digital Currency Address - XBT 1NaRX1GZgtZ7E8iXo8YUdTtnb8rAK5QFJa; Digital Currency Address - ETH 0xe1d865c3d669dcc8c57c8d023140cb204e672ee4; Digital Currency Address - LTC LNf2JDiuunBz7GMDKFYHN4rq5meXWxiwfb; Digital Currency Address - TRX TBHTJqAy4DhHhmT3dNceJYNRz4SdLofLre; Passport EA2997493 (China); alt. Passport RE0064420 (Saint Kitts and Nevis) issued 10 Nov 2017 expires 09 Nov 2027; National ID No. 110108198810056013 (China) (individual) [CYBER2].

WANEY CHARTERING S.A. (a.k.a. UNITED CHARTERING S.A.), Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 16 Mar 2022; Registration Number 113582 (Marshall Islands) [IRAN-EO13902] (Linked To: MARGARITIS, Antonios).

WANG, Chao (Chinese Simplified: 王超), Shanghai, China; DOB 07 May 1982; POB Xiangtan, Hunan Province, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport EA9962312 (China); National ID No. 430381198205074128 (China) (individual) [NPWMD] [IFSR] (Linked To: SHANGHAI TANCHAIN NEW MATERIAL TECHNOLOGY CO LTD).

WANG, Chen (Chinese Simplified: 王晨; Chinese Traditional: 王晨), Beijing, China; DOB Dec 1950; POB Beijing, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

WANG, Chung Lang (a.k.a. SELTAN MOHAMMEDI, Mohammed; a.k.a. SOLTANMOHAMMADI, Mohammad; a.k.a. SULTAN MOHMADI, Mohhamad; a.k.a. WANG, Chung Lung; a.k.a. WANG, Zhong-Lang), Apartment # 1504, Fairooz Tower, Dubai Marina, Dubai, United Arab Emirates; 216 Ocean Drive, Sentosa Cove, Singapore 098622, Singapore; DOB 04 Nov 1960; POB Hamedan, Iran; nationality Iran; alt. nationality United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 518015439 (United Kingdom) expires 07 Apr 2026; alt. Passport T96397867 (Iran); alt. Passport 038016890

(United Kingdom); alt. Passport 093045489 (United Kingdom); alt. Passport U11283369 (Iran); National ID No. S27602 (United Kingdom) (individual) [NPWMD] [IFSR] (Linked To: HODA TRADING).

WANG, Chung Lung (a.k.a. SELTAN MOHAMMEDI, Mohammed; a.k.a. SOLTANMOHAMMADI, Mohammad; a.k.a. SULTAN MOHMADI, Mohhamad; a.k.a. WANG, Chung Lang; a.k.a. WANG, Zhong-Lang), Apartment # 1504, Fairooz Tower, Dubai Marina, Dubai, United Arab Emirates; 216 Ocean Drive, Sentosa Cove, Singapore 098622, Singapore; DOB 04 Nov 1960; POB Hamedan, Iran; nationality Iran; alt. nationality United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 518015439 (United Kingdom) expires 07 Apr 2026; alt. Passport T96397867 (Iran); alt. Passport 038016890 (United Kingdom); alt. Passport 093045489 (United Kingdom); alt. Passport U11283369 (Iran); National ID No. S27602 (United Kingdom) (individual) [NPWMD] [IFSR] (Linked To: HODA TRADING).

WANG, Dongliang (Chinese Simplified: 王东亮), China; DOB 10 Jan 1988; POB Wu'an, Handan, Hebei Province; nationality China; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; National ID No. 130481198801105132 (individual) [NPWMD] (Linked To: SHI, Qianpei).

WANG, Dongming (Chinese Simplified: 王东明; Chinese Traditional: 王東明), Beijing, China; DOB Jul 1956; POB Benxi, Liaoning Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

WANG, Exiang (a.k.a. WAN, Exiang (Chinese Simplified: 万鄂湘; Chinese Traditional: 萬鄂湘)), Beijing, China; DOB May 1956; POB Gongan County, Hubei Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

WANG, Guo Ying (a.k.a. WANG, Guoying (Chinese Simplified: 王国英)), China; DOB 19 Mar 1950; nationality China; citizen China; Gender Female; Passport G41966371 (China); Chinese Commercial Code 3769 0948 5391 (individual) [SDNTK] (Linked To: CEC LIMITED).

WANG, Guodan (a.k.a. "WANG, Rose"), P.O. Box 8064, Koror, Palau; DOB 22 Jan 1977; nationality China; Gender Female; Passport E85782076 (China) (individual) [TCO] (Linked To: GRAND LEGEND INTERNATIONAL ASSET MANAGEMENT GROUP CO. LTD.).

WANG, Guoying (Chinese Simplified: 王国英) (a.k.a. WANG, Guo Ying), China; DOB 19 Mar 1950; nationality China; citizen China; Gender Female; Passport G41966371 (China); Chinese Commercial Code 3769 0948 5391 (individual) [SDNTK] (Linked To: CEC LIMITED).

WANG, Hongfei (Chinese Simplified: 王洪飞), China; DOB 02 Dec 1991; POB Hebei, China; nationality China; Email Address shuokangw@163.com; Gender Male; Digital Currency Address - XBT 3PKiHs4GY4rFg8dpppNVPXGPqMX6K2cBML; Phone Number 8615927270571; alt. Phone Number 8613313017588; alt. Phone Number 8615030111720; National ID No. 13053119911202021X (China) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: WUHAN SHUOKANG BIOLOGICAL TECHNOLOGY CO., LTD; Linked To: YAO, Huatao).

WANG, Jack (a.k.a. WAN, Jack; a.k.a. WANG, Yunhe (Chinese Simplified: 王云禾); a.k.a. WILSON, William; a.k.a. WONG, Jack; a.k.a. "TRAFFICCARB"; a.k.a. "TRAFFICCASH"), 21 Angullia Park #27-03, Singapore 239974, Singapore; 98/273 31h2 Reflection Jomtien Beach, Pattaya Condo Na Jomtien Sattahip, Chonburi 20250, Thailand; DOB 05 Oct 1988; POB Beijing, China; nationality China; alt. nationality Saint Kitts and Nevis; Gender Male; Digital Currency Address - XBT bc1q4namcagg5wljs0u20z6h2sqgsq4q5lts8rt2rr; alt. Digital Currency Address - XBT bc1qdpazd6smrkq5hmw6lupq98za2fqtgmq3azv3av; alt. Digital Currency Address - XBT bc1qwz0l2ceddckwdy5rh6zyrm3x4ha6gn5f2da5zg; alt. Digital Currency Address - XBT bc1qw8evftpgc8wsmkemd8yl5fg2husza5z802xaym; alt. Digital Currency Address - XBT bc1qv4krhj2qmpd9qz9xj9nhvj99fq8s9xsw05d485; alt. Digital Currency Address - XBT bc1qu5vngdtcx8nc9d68pq8nv7pzcjrswsy87s66

gk; alt. Digital Currency Address - XBT bc1qtsl3ufenrv3zgrgm9z8xarcx22x8mfztuartyn; alt. Digital Currency Address - XBT bc1qtrrfhr0f3ufsrjxfv8a7p3yuqj0spe4cm6vaws; alt. Digital Currency Address - XBT bc1qte9ret332gwrk6e7vqc87d807npzvdj5savg4h; alt. Digital Currency Address - XBT bc1qtdupwe722vcc5e0vh94cgwfs0ep4gzwyfsf75q; alt. Digital Currency Address - XBT bc1qnykkrlk67f9kdqvzyw2ndu3xmef5z2e52886yl; alt. Digital Currency Address - XBT bc1qllmlvy5u038yvwywu803p53g8udcm8w7k4qxu9; alt. Digital Currency Address - XBT bc1qlfpg2xn39u580cmwq6rymt8jdhcmj8520jhgh0; alt. Digital Currency Address - XBT bc1ql7rnd70aejdxt3f9fzdlfazjlc9hvdmut8ad8s; alt. Digital Currency Address - XBT bc1ql526s72gycmvq7hek6j3tuwwmcpv4rgs0auxu7; alt. Digital Currency Address - XBT bc1qh3lw22uqwrywr8lpun20q2ma528a4yqmgf3uqp; alt. Digital Currency Address - XBT bc1qgffxa65gr579tsz55n87pal2a777ygzg69d2yz; alt. Digital Currency Address - XBT bc1qedvcgh32dud85yt7fu6s7qavthlh38gtwa7rhx; alt. Digital Currency Address - XBT bc1qau9pmgc8l6rxpdwwap3fd6zprh5yp9mpe9jl0h; alt. Digital Currency Address - XBT bc1qakycg2zp8hydg95lc9cheumpa9yfpdeyrqqh5f; alt. Digital Currency Address - XBT bc1q9ua9ypl4dhj0zut5kzasj5c2kxclhh8v2k9djd; alt. Digital Currency Address - XBT bc1q8q7z3kt37z6jalv5ujung5lem6pzlk9r3kt66k; alt. Digital Currency Address - XBT bc1q8pw85s83mdx2f3rfu64mmfd9wexqu2y856arwp; alt. Digital Currency Address - XBT bc1q7xfqqw9htr88t7vafg80p4qrlpjfyaps452x5g; alt. Digital Currency Address - XBT bc1q7hhdygx05kyfyzjku2u7lywvx5pgyng6a0nefp; alt. Digital Currency Address - XBT bc1q6w463k7mhsgguwgqtcratm4vm42rncwhvvkeck; alt. Digital Currency Address - XBT bc1q68uswkjvu7nj7mhrvfzkx7cm6u5s9puvpm5dc2; alt. Digital Currency Address - XBT bc1q5zd0cwzd09k9r8xfk68sn5ytqp8f5aae80yfsm; alt. Digital Currency Address - XBT bc1q49ax787wv0mnn8wjgp3sx772qz7eun822rkv5k; alt. Digital Currency Address - XBT bc1q3ael5my37nklgnqcrkwmnndfx9qdnp67j0739c; alt. Digital Currency Address - XBT bc1q362njxy39gnwrvj7zytn84ax39fwnhvk7n2999; alt. Digital Currency Address - XBT bc1q2jys00x2rgdkm3xnewuucqacytu0a7echupu8y; alt. Digital Currency Address - XBT bc1q05aktddf9ce4p7hh3stgsf253m4vweu7nkhtmw; alt. Digital Currency Address - XBT

bc1qtywfzxx6snut2mdrum8dyr5nnd5qhqd29wm vqt; alt. Digital Currency Address - XBT bc1qrc2gchg2fmxua5u7twu4luv5p9twmny4jjmg 9x; alt. Digital Currency Address - XBT bc1q9ws2gcq7uumm4mk3l9xezwve7w5tmcs5js 5cup; alt. Digital Currency Address - XBT bc1qh33xtpjqhgysq5xlmjzkm28uewj08885n95dr r; alt. Digital Currency Address - XBT bc1qe8wclszdtshkjk7gph57crc72vpp9rylujgwa5; alt. Digital Currency Address - XBT bc1q2q8uxjznmurg363dvd98xjg54mrr7z6mw9t8 25; alt. Digital Currency Address - XBT bc1qhvzl5w99m458nm7sc6hwf5qfhxndw28sgta tk8; alt. Digital Currency Address - XBT bc1qavwamr74qlzj8txy6jaxqnpym9062h090x6k z4; alt. Digital Currency Address - XBT bc1qe9lz50jq0a5pmtry0h3ekng3kjdg09vejg735 5; alt. Digital Currency Address - XBT bc1qup656lpfqfckhl580kwf62thmn5azmj2pal0sz ; alt. Digital Currency Address - XBT bc1qa2xr7dmz5lztplp9yfp7k382nf4ma8gwrl7zg g; alt. Digital Currency Address - XBT bc1qrskwdw9unhlkt87ltcqq2d5pn9s6w2f35gz3z 6; alt. Digital Currency Address - XBT 1NaRX1GZgtZ7E8iXo8YUdTtnb8rAK5QFJa; Digital Currency Address - ETH 0xe1d865c3d669dcc8c57c8d023140cb204e672 ee4; Digital Currency Address - LTC LNf2JDiuunBz7GMDKFYHN4rq5meXWxiwfb; Digital Currency Address - TRX TBHTJqAy4DhHhmT3dNceJYNRz4SdLofLre; Passport EA2997493 (China); alt. Passport RE0064420 (Saint Kitts and Nevis) issued 10 Nov 2017 expires 09 Nov 2027; National ID No. 110108198810056013 (China) (individual) [CYBER2].

WANG, Jiantong (Chinese Simplified: 王建通), No. 199 Fengjiazhai Village, Fengjiazhai Township, Guangzong County, Xingtai City, Hebei Province, China (Chinese Simplified: 冯家寨村199号, 冯家寨乡, 广宗县, 邢台市, 河北省, China); DOB 06 Jul 1983; POB Hebei, China; nationality China; citizen China; Email Address wang1126250742@163.com; Gender Male; Digital Currency Address - XBT 3NNcbBcMZokPB2JC2dxYuZrpgcetvyGeJn; Phone Number 8613091279601; Digital Currency Address - TRX TMStbg5fgb4uTV7fK1gEYF9hKAzP3siPsG; National ID No. 130531198307060233 (China) (individual) [ILLICIT-DRUGS-EO14059].

WANG, Junzheng (Chinese Simplified: 王君正), Urumqi, Xinjiang, China; DOB May 1963; POB Linyi City, Shandong Province, China; nationality China; Gender Male (individual)

[GLOMAG] (Linked To: XINJIANG PRODUCTION AND CONSTRUCTION CORPS).

WANG, Michelle Reishane, Koror, Palau; DOB 05 Mar 1994; nationality Taiwan; Gender Female; Passport 360272295 (Taiwan) (individual) [TCO] (Linked To: GRAND LEGEND INTERNATIONAL ASSET MANAGEMENT GROUP CO. LTD.).

WANG, Mingjing (Chinese Simplified: 王明镜), Shijiazhuang, Hebei, China; DOB 08 Feb 1993; POB Hebei, China; nationality China; citizen China; Gender Male; National ID No. 130531199302080213 (China) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: HEBEI XIUNA TRADING CO., LTD.).

WANG, Mingming (Chinese Simplified: 王明明), No. 509 Fengjiazhai Village, Fengjiazhai Township, Guangzong County, Xingtai City, Hebei, China (Chinese Simplified: 冯家寨村509号, 冯家寨乡, 广宗县, 邢台市, 河北省, China); DOB 12 Mar 1989; POB Hebei, China; nationality China; citizen China; Gender Male; Digital Currency Address - XBT 1MLPqwaFFUBZePTjpR3nxRoK19Cv9mPCc7; alt. Digital Currency Address - XBT 3HePkztPU6UsdENxnyQHFrdZA6eVKeMtvz; alt. Digital Currency Address - XBT TUCsTq7TofTCJRRoHk6RvhMoS2mJLm5Yzq; Digital Currency Address - USDT 0xfac583c0cf07ea434052c49115a4682172ab6 b4f; National ID No. 130531198903120212 (China) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: HEBEI GUANLANG BIOTECHNOLOGY CO., LTD.).

WANG, Mingshan (Chinese Simplified: 王明山), Xinjiang, China; DOB Jan 1964; POB Wuwei, Gansu, China; Gender Male (individual) [GLOMAG].

WANG, Piao (Chinese Simplified: 王票), Shanghai, China; DOB 19 Sep 1980; POB Xiangtan, Hunan Province, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 430381198009194149 (China) (individual) [NPWMD] [IFSR] (Linked To: RESO TRADING SHANGHAI CO LTD).

WANG, Shucheng (Chinese Simplified: 王树程), China; DOB 25 May 1978; POB Hebei Province, China; nationality China; citizen China; Gender Male; National ID No. 13223319780525021X (China) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: SHANGHAI JARRED INDUSTRIAL CO., LTD.).

WANG, Ssu (a.k.a. HATSADIN, Phonsakunphaisan; a.k.a. LAO, Ssu; a.k.a. RUNGRIT, Thianphichet; a.k.a. WANG, Wen Chou; a.k.a. WITTHAYA, Ngamthiralert; a.k.a. "LAO SSU"), Burma; DOB 01 Jan 1960; Passport P403726 (Thailand); National ID No. 3570700443258 (Thailand) (individual) [SDNTK].

WANG, Tianmin (Chinese Simplified: 王天民), China; DOB 30 Mar 1988; POB Hebei, China; nationality China; citizen China; Gender Male; National ID No. 130531198803300216 (China) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: QINGDAO CEMO TECHNOLOGY DEVELOP CO., LTD.).

WANG, Wen Chou (a.k.a. HATSADIN, Phonsakunphaisan; a.k.a. LAO, Ssu; a.k.a. RUNGRIT, Thianphichet; a.k.a. WANG, Ssu; a.k.a. WITTHAYA, Ngamthiralert; a.k.a. "LAO SSU"), Burma; DOB 01 Jan 1960; Passport P403726 (Thailand); National ID No. 3570700443258 (Thailand) (individual) [SDNTK].

WANG, Xue Qing (a.k.a. WANG, Xueqing (Chinese Simplified: 王学清)), China; DOB 08 Sep 1967; nationality China; Gender Male; Passport E79857433 (China) expires 26 Apr 2026; National ID No. 370723196709082538 (China) (individual) [IRAN-EO13902] (Linked To: SHANDONG SHOUGUANG LUQING PETROCHEMICAL CO., LTD.).

WANG, Xueqing (Chinese Simplified: 王学清) (a.k.a. WANG, Xue Qing), China; DOB 08 Sep 1967; nationality China; Gender Male; Passport E79857433 (China) expires 26 Apr 2026; National ID No. 370723196709082538 (China) (individual) [IRAN-EO13902] (Linked To: SHANDONG SHOUGUANG LUQING PETROCHEMICAL CO., LTD.).

WANG, Yunhe (Chinese Simplified: 王云禾) (a.k.a. WAN, Jack; a.k.a. WANG, Jack; a.k.a. WILSON, William; a.k.a. WONG, Jack; a.k.a. "TRAFFICCARB"; a.k.a. "TRAFFICCASH"), 21 Angullia Park #27-03, Singapore 239974, Singapore; 98/273 31h2 Reflection Jomtien Beach, Pattaya Condo Na Jomtien Sattahip, Chonburi 20250, Thailand; DOB 05 Oct 1988; POB Beijing, China; nationality China; alt. nationality Saint Kitts and Nevis; Gender Male; Digital Currency Address - XBT bc1q4namcagg5wljs0u20z6h2sqgsq4q5lts8rt2rr ; alt. Digital Currency Address - XBT bc1qdpazd6smrkq5hmw6lupq98za2fqtgmq3azv 3av; alt. Digital Currency Address - XBT bc1qwz0l2ceddckwdy5rh6zyrm3x4ha6gn5f2da5

zg; alt. Digital Currency Address - XBT bc1qw8evftpgc8wsmkemd8yl5fg2husza5z802xaym; alt. Digital Currency Address - XBT bc1qv4krhj2qmpd9qz9xj9nhvj99fq8s9xsw05d485; alt. Digital Currency Address - XBT bc1qu5vngdtcx8nc9d68pq8nv7pzcjrswsy87s66gk; alt. Digital Currency Address - XBT bc1qtsl3ufenrv3zgrgm9z8xarcx22x8mfztuartyn; alt. Digital Currency Address - XBT bc1qtrrfhr0f3ufsrjxfv8a7p3yuqj0spe4cm6vaws; alt. Digital Currency Address - XBT bc1qte9ret332gwrk6e7vqc87d807npzvdj5savg4h; alt. Digital Currency Address - XBT bc1qtdupwe722vcc5e0vh94cgwfs0ep4gzwyfsf75q; alt. Digital Currency Address - XBT bc1qnykkrlk67f9kdqvzyw2ndu3xmef5z2e52886yl; alt. Digital Currency Address - XBT bc1qllmlvy5u038yvwywu803p53g8udcm8w7k4qxu9; alt. Digital Currency Address - XBT bc1qlfpg2xn39u580cmwq6rymt8jdhcmj8520jhgh0; alt. Digital Currency Address - XBT bc1ql7rnd70aejdxt3f9fzdlfazjlc9hvdmut8ad8s; alt. Digital Currency Address - XBT bc1ql526s72gycmvq7hek6j3tuwwmcpv4rgs0auxu7; alt. Digital Currency Address - XBT bc1qh3lw22uqwrywr8lpun20q2ma528a4yqmgf3uqp; alt. Digital Currency Address - XBT bc1qgffxa65gr579tsz55n87pal2a777ygzg69d2yz; alt. Digital Currency Address - XBT bc1qedvcgh32dud85yt7fu6s7qavthlh38gtwa7rhx; alt. Digital Currency Address - XBT bc1qau9pmgc8l6rxpdwwap3fd6zprh5yp9mpe9jl0h; alt. Digital Currency Address - XBT bc1qakycg2zp8hydg95lc9cheumpa9yfpdeyrqqh5f; alt. Digital Currency Address - XBT bc1q9ua9ypl4dhj0zut5kzasj5c2kxclhh8v2k9djd; alt. Digital Currency Address - XBT bc1q8q7z3kt37z6jalv5ujung5lem6pzlk9r3kt66k; alt. Digital Currency Address - XBT bc1q8pw85s83mdx2f3rfu64mmfd9wexqu2y856arwp; alt. Digital Currency Address - XBT bc1q7xfqqw9htr88t7vafg80p4qrlpjfyaps452x5g; alt. Digital Currency Address - XBT bc1q7hhdygx05kyfyzjku2u7lywvx5pgyng6a0nefp; alt. Digital Currency Address - XBT bc1q6w463k7mhsgguwgqtcratm4vm42rncwhvvkeck; alt. Digital Currency Address - XBT bc1q68uswkjvu7nj7mhrvfzkx7cm6u5s9puvpm5dc2; alt. Digital Currency Address - XBT bc1q5zd0cwzd09k9r8xfk68sn5ytqp8f5aae80yfsm; alt. Digital Currency Address - XBT bc1q49ax787wv0mnn8wjgp3sx772qz7eun822rkv5k; alt. Digital Currency Address - XBT bc1q3ael5my37nklgnqcrkwmnndfx9qdnp67j0739c; alt. Digital Currency Address - XBT bc1q362njxy39gnwrvj7zytn84ax39fwnhvk7n2999; alt. Digital Currency Address - XBT bc1q2jys00x2rgdkm3xnewuucqacytu0a7echupu8y; alt. Digital Currency Address - XBT bc1q05aktddf9ce4p7hh3stgsf253m4vweu7nkhtmw; alt. Digital Currency Address - XBT bc1qtywfzxx6snut2mdrum8dyr5nnd5qhqd29wmvqt; alt. Digital Currency Address - XBT bc1qrc2gchg2fmxua5u7twu4luv5p9twmny4jjmg9x; alt. Digital Currency Address - XBT bc1q9ws2gcq7uumm4mk3l9xezwve7w5tmcs5js5cup; alt. Digital Currency Address - XBT bc1qh33xtpjqhgysq5xlmjzkm28uewj08885n95drr; alt. Digital Currency Address - XBT bc1qe8wclszdtshkjk7gph57crc72vpp9rylujgwa5; alt. Digital Currency Address - XBT bc1q2q8uxjznmurg363dvd98xjg54mrr7z6mw9t825; alt. Digital Currency Address - XBT bc1qhvzl5w99m458nm7sc6hwf5qfhxndw28sgtatk8; alt. Digital Currency Address - XBT bc1qavwamr74qlzj8txy6jaxqnpym9062h090x6kz4; alt. Digital Currency Address - XBT bc1qe9lz50jq0a5pmtry0h3ekng3kjdg09vejg7355; alt. Digital Currency Address - XBT bc1qup656lpfqfckhl580kwf62thmn5azmj2pal0sz; alt. Digital Currency Address - XBT bc1qa2xr7dmz5lztplp9yfp7k382nf4ma8gwrl7zgg; alt. Digital Currency Address - XBT bc1qrskwdw9unhlkt87ltcqq2d5pn9s6w2f35gz3z6; alt. Digital Currency Address - XBT 1NaRX1GZgtZ7E8iXo8YUdTtnb8rAK5QFJa; Digital Currency Address - ETH 0xe1d865c3d669dcc8c57c8d023140cb204e672ee4; Digital Currency Address - LTC LNf2JDiuunBz7GMDKFYHN4rq5meXWxiwfb; Digital Currency Address - TRX TBHTJqAy4DhHhmT3dNceJYNRz4SdLofLre; Passport EA2997493 (China); alt. Passport RE0064420 (Saint Kitts and Nevis) issued 10 Nov 2017 expires 09 Nov 2027; National ID No. 110108198810056013 (China) (individual) [CYBER2].

WANG, Zhiqing (Chinese Simplified: 王志清) (a.k.a. ZHIQING, Wang), 2 301 No.129 Yongshi Living Area Huangong Road, Zibo, Shandong, China; DOB 01 Jun 1961 to 30 Jun 1961; nationality China; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi) (individual) [IRAN-EO13846] (Linked To: SHANDONG QIWANGWA PETROCHEMICAL CO., LTD.).

WANG, Zhong-Lang (a.k.a. SELTAN MOHMMEDI, Mohammed; a.k.a. SOLTANMOHAMMADI, Mohammad; a.k.a. SULTAN MOHMADI, Mohhamad; a.k.a. WANG, Chung Lang; a.k.a. WANG, Chung Lung), Apartment # 1504, Fairooz Tower, Dubai Marina, Dubai, United Arab Emirates; 216 Ocean Drive, Sentosa Cove, Singapore 098622, Singapore; DOB 04 Nov 1960; POB Hamedan, Iran; nationality Iran; alt. nationality United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 518015439 (United Kingdom) expires 07 Apr 2026; alt. Passport T96397867 (Iran); alt. Passport 038016890 (United Kingdom); alt. Passport 093045489 (United Kingdom); alt. Passport U11283369 (Iran); National ID No. S27602 (United Kingdom) (individual) [NPWMD] [IFSR] (Linked To: HODA TRADING).

WANNDY, Muhamad (a.k.a. JEDI, Muhamad Wanndy bin Muhamad; a.k.a. JEDI, Muhamad Wanndy Mohamad; a.k.a. JEDI, Muhamad Wanndy Muhamad; a.k.a. JEDI, Muhammad Wanndy Bin Mohamed; a.k.a. "AL-FATEH, Abu Hamzah"; a.k.a. "AL-MALIZI, Abu Sayyaf"), Syria; DOB 16 Nov 1990; alt. DOB 1989 to 1991; POB Durian Tunggal, Malacca, Malaysia; nationality Malaysia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A33373751 (Malaysia); National ID No. 90116-04-5293 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

WANSA GAS SHIPPING CO., Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Office 2505, Silver Tower, Business Bay, Dubai, United Arab Emirates; Organization Established Date 17 Feb 2025; Identification Number IMO 0191721; Registration Number 130159 (Marshall Islands) [IRAN-EO13902].

WANTA SHIPPING L.L.C-FZ (Arabic: واتا شيينغ (ش.ذ.م.م - منتقة حرة, Room 2001, Conrad Tower, Trade Center 1, Sheikh Zayed Road, Dubai, United Arab Emirates; Website wantashipping.com; Organization Established Date 18 Oct 2022; Identification Number IMO 6367332; Registration Number 220417601 (United Arab Emirates); Economic Register Number (CBLS) 12125192 (United Arab

Emirates) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

WANUS, Ali; DOB 05 Feb 1964; Scientific Studies and Research Center Brigadier General (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

WARAICH, Choudry Ikram (a.k.a. WARAICH, Ikram; a.k.a. WARAICH, Iqbal; a.k.a. WARRAICH, Ullah; a.k.a. WARRICH, Akram; a.k.a. "AKRAM, Mohammed"), Dubai, United Arab Emirates; DOB 01 Jan 1985; POB Gujrat, Pakistan; nationality Pakistan; citizen Pakistan; Passport CD1328422 (Pakistan) (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

WARAICH, Ikram (a.k.a. WARAICH, Choudry Ikram; a.k.a. WARAICH, Iqbal; a.k.a. WARRAICH, Ullah; a.k.a. WARRICH, Akram; a.k.a. "AKRAM, Mohammed"), Dubai, United Arab Emirates; DOB 01 Jan 1985; POB Gujrat, Pakistan; nationality Pakistan; citizen Pakistan; Passport CD1328422 (Pakistan) (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

WARAICH, Iqbal (a.k.a. WARAICH, Choudry Ikram; a.k.a. WARAICH, Ikram; a.k.a. WARRAICH, Ullah; a.k.a. WARRICH, Akram; a.k.a. "AKRAM, Mohammed"), Dubai, United Arab Emirates; DOB 01 Jan 1985; POB Gujrat, Pakistan; nationality Pakistan; citizen Pakistan; Passport CD1328422 (Pakistan) (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

WARDYAN, Hasan (a.k.a. ALWARDIAN, Hasan Mohamed Ali; a.k.a. AL-WARDIAN, Hassan; a.k.a. AL-WARDIAN, Hassan Muhammad 'Ali (Arabic: حسن محمد علي الورديان)), Bethlehem, West Bank; DOB 28 Dec 1954; POB Bethlehem, West Bank; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 985260348 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

WAREHOUSE OUTLETS, S.A., Panama; RUC # 61872-33-350508 (Panama) [SDNTK].

WARGOS INDUSTRY LIMITED, Unit 617, 6/F, 131-132 Connaught Road West, Solo Workshops, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 2843587 (Hong Kong) [RUSSIA-EO14024].

WARIKOO RATTANLAL, Rahul Rattanlal (a.k.a. RATTANLAL RATANLAL, Rahul; a.k.a. RATTANLAL, Rahul Warikoo; a.k.a. WARIKOO, Rahul), United Arab Emirates; DOB 10 Feb 1975; POB Srinagar, India; nationality India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 784197513265138 (India) (individual) [SDGT] (Linked To: INDO GULF SHIP MANAGEMENT LLC).

WARIKOO, Rahul (a.k.a. RATTANLAL RATANLAL, Rahul; a.k.a. RATTANLAL, Rahul Warikoo; a.k.a. WARIKOO RATTANLAL, Rahul Rattanlal), United Arab Emirates; DOB 10 Feb 1975; POB Srinagar, India; nationality India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 784197513265138 (India) (individual) [SDGT] (Linked To: INDO GULF SHIP MANAGEMENT LLC).

WARNIG, Matthias (Cyrillic: ВАРНИГ, Маттиас) (a.k.a. WARNIG, Matthias Arthur (Cyrillic: ВАРНИГ, Маттиас Артур); a.k.a. WARNIG, Matthias Artur (Cyrillic: ВАРНИГ, Маттиас Артур)), Zug, Switzerland; Moscow, Russia; Saint Petersburg, Russia; Leipzig, Germany; DOB 26 Jul 1955; POB Altdobern, Brandenburg, Germany; nationality Germany; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772588840306 (Russia) (individual) [RUSSIA-EO14024] [PEESA-EO14039].

WARNIG, Matthias Arthur (Cyrillic: ВАРНИГ, Маттиас Артур) (a.k.a. WARNIG, Matthias (Cyrillic: ВАРНИГ, Маттиас); a.k.a. WARNIG, Matthias Artur (Cyrillic: ВАРНИГ, Маттиас Артур)), Zug, Switzerland; Moscow, Russia; Saint Petersburg, Russia; Leipzig, Germany;

DOB 26 Jul 1955; POB Altdobern, Brandenburg, Germany; nationality Germany; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772588840306 (Russia) (individual) [RUSSIA-EO14024] [PEESA-EO14039].

WARNIG, Matthias Artur (Cyrillic: ВАРНИГ, Маттиас Артур) (a.k.a. WARNIG, Matthias (Cyrillic: ВАРНИГ, Маттиас); a.k.a. WARNIG, Matthias Arthur (Cyrillic: ВАРНИГ, Маттиас Артур)), Zug, Switzerland; Moscow, Russia; Saint Petersburg, Russia; Leipzig, Germany; DOB 26 Jul 1955; POB Altdobern, Brandenburg, Germany; nationality Germany; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772588840306 (Russia) (individual) [RUSSIA-EO14024] [PEESA-EO14039].

WARP DATA TECHNOLOGY LAO SOLE CO. LTD., Laos; Tax ID No. 164420736-900 (Laos) [TCO] (Linked To: PRINCE GROUP TRANSNATIONAL CRIMINAL ORGANIZATION).

WARPCAPITAL YACHT MANAGEMENT PTE. LTD., Singapore; Identification Number 201900147W (Singapore) [TCO] (Linked To: CHEN, Xiuling).

WARRAICH, Ullah (a.k.a. WARAICH, Choudry Ikram; a.k.a. WARAICH, Ikram; a.k.a. WARAICH, Iqbal; a.k.a. WARRICH, Akram; a.k.a. "AKRAM, Mohammed"), Dubai, United Arab Emirates; DOB 01 Jan 1985; POB Gujrat, Pakistan; nationality Pakistan; citizen Pakistan; Passport CD1328422 (Pakistan) (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

WARRICH, Akram (a.k.a. WARAICH, Choudry Ikram; a.k.a. WARAICH, Ikram; a.k.a. WARAICH, Iqbal; a.k.a. WARRAICH, Ullah; a.k.a. "AKRAM, Mohammed"), Dubai, United Arab Emirates; DOB 01 Jan 1985; POB Gujrat, Pakistan; nationality Pakistan; citizen Pakistan; Passport CD1328422 (Pakistan) (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

WARSAME, Abdirahim Mohamed (a.k.a. KARATE, Mahad; a.k.a. KARATE, Mahad Mohamed Ali; a.k.a. KARATE, Mahad Warsame Qalley); DOB 1957 to 1962; POB Xarardheere, Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

WARSAME, Khalif Mohamed (a.k.a. ABDALE, Qaaliif; a.k.a. ADALE, Khalif; a.k.a. CADALE, Qaliif; a.k.a. CADE, Qaliif; a.k.a. KHALIF, Adale), Qunyo Barrow, Middle Juba, Somalia; Buulo Fulaay, Somalia; DOB 01 Jan 1964; alt. DOB 01 Jan 1968; POB Somalia; nationality Djibouti; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 11120061B (Djibouti) (individual) [SDGT] (Linked To: AL-SHABAAB).

WASHINGTON TRADING LTD, 71-75 Shelton Street, Covent Garden, London WC2H 9JQ, United Kingdom; Company Number 12447296 (United Kingdom) [VENEZUELA-EO13850].

WASSERMAN, Anatoly Aleksandrovich (Cyrillic: ВАССЕРМАН, Анатолий Александрович), Russia; DOB 09 Dec 1952; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

WATERFALL ENGINEERING LTD, Floor 12, Al Sila Tower, ADGM Square, Al Maryah Island 1201-1204, Abu Dhabi, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2023; Registration Number 000008921 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ARCTIC LNG 2).

WAVECREST MARITIME LIMITED, Office 706, Jumeirah Bay X2 Tower, Cluster X, Jumeirah Lakes Towers, Dubai P.O. Box 337188, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6467819 [UKRAINE-EO13662] [RUSSIA-EO14024].

WAY GOOD TECHNOLOGY LIMITED, Dan 6, No. 6 Fui Yiu Kok Street, Tsuen Wan, Hong Kong, China; 5 San Hop Lane, Flat B4, 21/F, Mai Kei Industrial Building, Tuen Mun, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Company Number 1750133 (Hong Kong); Business Registration Number 59857044 (Hong Kong) [RUSSIA-EO14024] (Linked To: CHEN, Ting).

WAYBANK JSC (a.k.a. CB RENTA BANK JSC), Pyatnitskaya street, 57, b.1., Moscow 115184, Russia; SWIFT/BIC WJCMRUMM; Website

waybank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7744003007 (Russia); Legal Entity Number 253400MZGXN18GHCN57; Registration Number 1027744003231 (Russia) [RUSSIA-EO14024].

WAYSIDE CORPORATION, Panama; RUC # 10415-108-106338 (Panama) [SDNTK].

WAYTOP INDUSTRIAL LIMITED (Chinese Traditional: 迅高實業有限公司), Rm E 7/F Genesis, Aberdeen, Hong Kong, China; Unit 7, 17/F., Rightful Centre, Nos. 11-12 Tak Hing Street, Jordan, Kln, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Aug 2007; Commercial Registry Number 1157470 (Hong Kong) [RUSSIA-EO14024].

WAZIR, Ahmed Jan (a.k.a. KUCHI, Ahmed Jan; a.k.a. ZADRAN, Ahmed Jan); DOB 1963; POB Barlah Village, Qareh Bagh District, Ghazni Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

WAZIR, Malang (a.k.a. JAN, Malang; a.k.a. MOHAMMED, Wali), Wana, South Waziristan, Pakistan; DOB 1975; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

WAZNI GEMS DMCC (a.k.a. WHITE STAR DMCC (Arabic: وايت ستار م.د.م.س.)), Unit No. 98, DMCC Business Centre, Level No. 5, Jewellery and Gemplex 2, Dubai, United Arab Emirates; Almas Tower, 41-J Jumeirah Lake Towers, Dubai, United Arab Emirates; P.O. Box 340841, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Jun 2008; Tax ID No. 100072307000003 (United Arab Emirates); Registration Number DMCC-31921 (United Arab Emirates); alt. Registration Number DMCC1189 (United Arab Emirates) [SDGT] (Linked To: AHMAD, Nazem Said).

WCP MANAGEMENT COMPANY LTD (Arabic: دبليو سي بي مانجمينت كومباني ال تي دي), 11, 201, Al Sarab Tower, ADGM Square, Al Maryah Island, Abu Dhabi, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Dec 2022; Business

Number 000008393 (United Arab Emirates); Registration Number 11983159 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: BASHKIROV, Aleksei Vladimirovich).

WEALTHING HOLDING PTE LTD, 1 George Street #10-01, Singapore 049145, Singapore; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Jun 2019; Tax ID No. 201919688W (Singapore) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

WEALTHY OCEAN ENTERPRISES LTD. (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

WEB KAMERTON (a.k.a. JOURNAL KAMERTON; a.k.a. NETWORK LITERARY AND HISTORICAL MAGAZINE KAMERTON), Moscow, Russia; Website www.webkamerton.ru [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

WEBER COMECHANICS LTD (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VEBER KOMEKHANIKS; a.k.a. VEBER KOMEKHANIKS OOO), d. 4 k. 25 kom. 1, ul. Sharikopodshipnikovskaya, Moscow 115088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Apr 2000; Tax ID No.

7709307370 (Russia); Government Gazette Number 52754033 (Russia); Registration Number 1027700354076 (Russia) [RUSSIA-EO14024].

WEDDING, Ryan James (a.k.a. "KING, James Conrad"), Mexico; DOB 14 Sep 1981; POB Thunder Bay, Ontario, Canada; nationality Canada; Gender Male; Digital Currency Address - TRX TAoLw5yD5XUoHWeBZRSZ1ExK9HMv2CiPvP; alt. Digital Currency Address - TRX TVNyvx2astt2AB1Us67ENjfMZeEXZeiuu6; alt. Digital Currency Address - TRX TPJ1JNX98MJpHueBJeF5SVSg85z8mYg1P1 (individual) [ILLICIT-DRUGS-EO14059].

WEE TIONG (S) PTE LTD (a.k.a. WEE TIONG S PTE LTD), 1813 Geylang Bahru, #01-01 Kallang Distripark, 339715, Singapore; 64D Kallang Pudding Road, #02-00, Wee Tiong Building, 349323, Singapore; 02-00 Wee Tiong Building, 64D, Kallang Pudding Road, 349323, Singapore; 1805 Geylang Bahru #01-03, 339711, Singapore; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 199308567K [DPRK].

WEE TIONG S PTE LTD (a.k.a. WEE TIONG (S) PTE LTD), 1813 Geylang Bahru, #01-01 Kallang Distripark, 339715, Singapore; 64D Kallang Pudding Road, #02-00, Wee Tiong Building, 349323, Singapore; 02-00 Wee Tiong Building, 64D, Kallang Pudding Road, 349323, Singapore; 1805 Geylang Bahru #01-03, 339711, Singapore; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 199308567K [DPRK].

WEHBE, Bilal Mohsen (a.k.a. WAHBE, Bilal; a.k.a. WAHBI, Bilal Mohsen; a.k.a. WAHBI, Bilal Muhsin; a.k.a. WAHBI, Muhsin Bilal; a.k.a. WEHBI, Bilal Mohsem; a.k.a. WEHBI, Bilal Mohsen; a.k.a. WIHBI, Bilal Muhsin), Avenida Jose Maria de Brito 929, Centro,, Foz Do Iguacu, Parana State, Brazil; DOB 07 Jan 1967; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Passport CZ74340 (Brazil); alt. Passport 0083628 (Lebanon); Identification Number 77688048 (Brazil); Shaykh (individual) [SDGT].

WEHBE, Mohamad (a.k.a. WAHBI, Muhammad), Bedfordview, Ekurhuleni, South Africa; 25 Sandhurst Vista, 13 Riepen Ave, Riepen Park, Sandton 2196, South Africa; DOB 14 Apr 1992; POB Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2654120 (Lebanon) expires 22 Oct 2018; Identification Number 9204146485189 (South Africa) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

WEHBE, Mohamad Hasan (Arabic: محمد حسن وهبى) (a.k.a. WAHBI, Mohamed Hassan), Ras Beirut, Lebanon; DOB 08 Sep 1971; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0921388 (Lebanon) expires 20 Jun 2023; alt. Passport LR2576480 (Lebanon) expires 13 Mar 2032; National ID No. 000034132689 (Lebanon) (individual) [SDGT] (Linked To: HAMIEH, Alaa Hassan).

WEHBI, Bilal Mohsem (a.k.a. WAHBE, Bilal; a.k.a. WAHBI, Bilal Mohsen; a.k.a. WAHBI, Bilal Muhsin; a.k.a. WAHBI, Muhsin Bilal; a.k.a. WEHBE, Bilal Mohsen; a.k.a. WEHBI, Bilal Mohsen; a.k.a. WIHBI, Bilal Muhsin), Avenida Jose Maria de Brito 929, Centro,, Foz Do Iguacu, Parana State, Brazil; DOB 07 Jan 1967; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CZ74340 (Brazil); alt. Passport 0083628 (Lebanon); Identification Number 77688048 (Brazil); Shaykh (individual) [SDGT].

WEHBI, Bilal Mohsen (a.k.a. WAHBE, Bilal; a.k.a. WAHBI, Bilal Mohsen; a.k.a. WAHBI, Bilal Muhsin; a.k.a. WAHBI, Muhsin Bilal; a.k.a. WEHBE, Bilal Mohsen; a.k.a. WEHBI, Bilal Mohsem; a.k.a. WIHBI, Bilal Muhsin), Avenida Jose Maria de Brito 929, Centro,, Foz Do Iguacu, Parana State, Brazil; DOB 07 Jan 1967; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CZ74340 (Brazil); alt. Passport 0083628 (Lebanon); Identification Number 77688048 (Brazil); Shaykh (individual) [SDGT].

WEI TA LEE COMPANY (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

WEI TA LEE COMPANY (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

WEI, Chao (a.k.a. CHIO, Wai; a.k.a. HWEI, Jao; a.k.a. SAECHOU, Thanchai; a.k.a. WAI, Chio; a.k.a. WEI, Jiao; a.k.a. WEI, Zhang; a.k.a. WEI, Zhao), Flat G, 19 FL Maple Mansion, Taikoo Shing, Quarry Bay, Hong Kong; Room 2410, 24/F, Block Q, Kornhill, Quarry Bay, Hong Kong; DOB 16 Sep 1952; POB Heilongjiang Province, China; alt. POB Liaoning Province, China; nationality China; Gender Male; Passport MA0269785 (Macau); alt. Passport M0178952 (China); alt. Passport MA0162634 (China); National ID No. 12756003 (Macau) (individual) [TCO] (Linked To: ZHAO WEI TCO).

WEI, Hsueh Kang (a.k.a. CHARNCHAI, Chiwinnitipanya; a.k.a. CHEEWINNITTIPANYA, Prasit; a.k.a. CHIVINNITIPANYA, Prasit; a.k.a. CHIWINNITIPANYA, Charnchai; a.k.a. PRASIT, Cheewinnittipanya; a.k.a. PRASIT, Chivinnitipanya; a.k.a. WEI, Shao-Kang; a.k.a. WEI, Sia-Kang; a.k.a. WEI, Xuekang); DOB 29 Jun 1952; alt. DOB 29 May 1952; Passport Q081061 (Thailand); alt. Passport E091929 (Thailand) (individual) [SDNTK].

WEI, Hsueh Lung (a.k.a. APHICHART, Cheewinprapasi; f.k.a. HAI HSING, Sae Wei; a.k.a. HKIM, Aik Hsam; a.k.a. SOONTHRON, Cheewinprapasri; a.k.a. SUNTHORN, Chiwinpraphasi; a.k.a. "CHAIRMAN KEUN"; a.k.a. "KEUN DONG"; a.k.a. "KEUN SEU CHANG"; a.k.a. "TI JUNG"; a.k.a. "WEI HSUEH LUNG"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; Pang Poi, Shan, Burma; Na Lot, Shan, Burma; 409/4, Soi Wachiratham Sathit 34, Khwaeng Bang Chak, Khet Phra Khanong, Bangkok, Thailand; DOB 1936; POB Chiang Rai, Thailand; Passport B265235 (Thailand); National Foreign ID Number 5570700010951 (Thailand) (individual) [SDNTK].

WEI, Hsueh Ying (a.k.a. PHAIROJ, Samoechainuek; a.k.a. PHAIROT, Mopokoo; a.k.a. PHITAK, Samoechainuek; a.k.a. WEI, Hsueh Yuan; a.k.a. WEI, Hsueh Yun; a.k.a. "WEI HSUEH YING"; a.k.a. "WEI HSUEH YUAN"), Huay Aw, Shan, Burma; DOB 1952; alt. DOB 1956; National ID No. 3570900338725 (Thailand) (individual) [SDNTK].

WEI, Hsueh Yuan (a.k.a. PHAIROJ, Samoechainuek; a.k.a. PHAIROT, Mopokoo; a.k.a. PHITAK, Samoechainuek; a.k.a. WEI, Hsueh Ying; a.k.a. WEI, Hsueh Yun; a.k.a. "WEI HSUEH YING"; a.k.a. "WEI HSUEH YUAN"), Huay Aw, Shan, Burma; DOB 1952; alt. DOB 1956; National ID No. 3570900338725 (Thailand) (individual) [SDNTK].

WEI, Hsueh Yun (a.k.a. PHAIROJ, Samoechainuek; a.k.a. PHAIROT, Mopokoo; a.k.a. PHITAK, Samoechainuek; a.k.a. WEI, Hsueh Ying; a.k.a. WEI, Hsueh Yuan; a.k.a. "WEI HSUEH YING"; a.k.a. "WEI HSUEH YUAN"), Huay Aw, Shan, Burma; DOB 1952;

alt. DOB 1956; National ID No. 3570900338725 (Thailand) (individual) [SDNTK].

WEI, Jiao (a.k.a. CHIO, Wai; a.k.a. HWEI, Jao; a.k.a. SAECHOU, Thanchai; a.k.a. WAI, Chio; a.k.a. WEI, Chao; a.k.a. WEI, Zhang; a.k.a. WEI, Zhao), Flat G, 19 FL Maple Mansion, Taikoo Shing, Quarry Bay, Hong Kong; Room 2410, 24/F, Block Q, Kornhill, Quarry Bay, Hong Kong; DOB 16 Sep 1952; POB Heilongjiang Province, China; alt. POB Liaoning Province, China; nationality China; Gender Male; Passport MA0269785 (Macau); alt. Passport M0178952 (China); alt. Passport MA0162634 (China); National ID No. 12756003 (Macau) (individual) [TCO] (Linked To: ZHAO WEI TCO).

WEI, Lin Na (a.k.a. WEI, Linna (Chinese Simplified: 魏琳娜)), No. 5, The Lotus Pond, Hecheng District, Huaihua, Hunan Province, China; DOB 28 Nov 1980; POB Yunyan District, Guiyang, Guizhou Province, China; nationality China; Gender Female; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); National ID No. 520103198011285623 (China); Director of Binrin Limited (individual) [IRAN-EO13846] (Linked To: BINRIN LIMITED).

WEI, Linna (Chinese Simplified: 魏琳娜) (a.k.a. WEI, Lin Na), No. 5, The Lotus Pond, Hecheng District, Huaihua, Hunan Province, China; DOB 28 Nov 1980; POB Yunyan District, Guiyang, Guizhou Province, China; nationality China; Gender Female; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); National ID No. 520103198011285623 (China); Director of Binrin Limited (individual) [IRAN-EO13846] (Linked To: BINRIN LIMITED).

WEI, Qianjiang (Chinese Simplified: 魏前江), Phnom Penh, Cambodia; DOB 28 Apr 1983; POB Phnom Penh, Cambodia; nationality Cambodia; Gender Male; Passport EG9742474 (China); alt. Passport RV0118198 (Vanuatu); alt. Passport N01767532 (Cambodia) (individual) [TCO] (Linked To: PRINCE GROUP

TRANSNATIONAL CRIMINAL ORGANIZATION).

WEI, Shao-Kang (a.k.a. CHARNCHAI, Chiwinnitipanya; a.k.a. CHEEWINNITTIPANYA, Prasit; a.k.a. CHIVINNITIPANYA, Prasit; a.k.a. CHIWINNITIPANYA, Charnchai; a.k.a. PRASIT, Cheewinnittipanya; a.k.a. PRASIT, Chivinnitipanya; a.k.a. WEI, Hsueh Kang; a.k.a. WEI, Sia-Kang; a.k.a. WEI, Xuekang); DOB 29 Jun 1952; alt. DOB 29 May 1952; Passport Q081061 (Thailand); alt. Passport E091929 (Thailand) (individual) [SDNTK].

WEI, Sia-Kang (a.k.a. CHARNCHAI, Chiwinnitipanya; a.k.a. CHEEWINNITTIPANYA, Prasit; a.k.a. CHIVINNITIPANYA, Prasit; a.k.a. CHIWINNITIPANYA, Charnchai; a.k.a. PRASIT, Cheewinnittipanya; a.k.a. PRASIT, Chivinnitipanya; a.k.a. WEI, Hsueh Kang; a.k.a. WEI, Shao-Kang; a.k.a. WEI, Xuekang); DOB 29 Jun 1952; alt. DOB 29 May 1952; Passport Q081061 (Thailand); alt. Passport E091929 (Thailand) (individual) [SDNTK].

WEI, Su (a.k.a. SU, Gui Qin; a.k.a. SU, Guiqin; a.k.a. SU, Zhao; a.k.a. "SU, Madame"), Flat G, 19 FL Maple Mansion, Taikoo Shing, Quarry Bay, Hong Kong; DOB 03 Dec 1959; POB Liaoning Province, China; nationality China; Gender Female; Passport G55408772 (China); alt. Passport G42695702 (China); alt. Passport E03807847 (China); National ID No. R9733840 (China) (individual) [TCO] (Linked To: ZHAO WEI TCO).

WEI, Ta Chou (a.k.a. SAMSAENG, Suthep; a.k.a. SUTHEP, Samsaeng; a.k.a. "AH CHOU"; a.k.a. "AH JOE"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 409/4 Soi Wachirathamsathih 34, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; DOB 12 May 1971; Passport E382464 (Thailand) expires Jan 2007; National ID No. 3100905657113 (Thailand) expires May 2006 (individual) [SDNTK].

WEI, Ta Han (a.k.a. AKIRAPHOKIN, Thit; a.k.a. SUTHIT, Samsaeng; a.k.a. THIT, Akiraphokin; a.k.a. "AH HAN"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 88/2 Soi Klong Nam Kaew, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; Burma; DOB 03 Mar 1972; Passport K491821 (Thailand); National ID No. 310095657121 (Thailand) (individual) [SDNTK].

WEI, Xuekang (a.k.a. CHARNCHAI, Chiwinnitipanya; a.k.a. CHEEWINNITTIPANYA, Prasit; a.k.a. CHIVINNITIPANYA, Prasit; a.k.a. CHIWINNITIPANYA, Charnchai; a.k.a. PRASIT, Cheewinnittipanya; a.k.a. PRASIT, Chivinnitipanya; a.k.a. WEI, Hsueh Kang; a.k.a. WEI, Shao-Kang; a.k.a. WEI, Sia-Kang); DOB 29 Jun 1952; alt. DOB 29 May 1952; Passport Q081061 (Thailand); alt. Passport E091929 (Thailand) (individual) [SDNTK].

WEI, Zhang (a.k.a. CHIO, Wai; a.k.a. HWEI, Jao; a.k.a. SAECHOU, Thanchai; a.k.a. WAI, Chio; a.k.a. WEI, Chao; a.k.a. WEI, Jiao; a.k.a. WEI, Zhao), Flat G, 19 FL Maple Mansion, Taikoo Shing, Quarry Bay, Hong Kong; Room 2410, 24/F, Block Q, Kornhill, Quarry Bay, Hong Kong; DOB 16 Sep 1952; POB Heilongjiang Province, China; alt. POB Liaoning Province, China; nationality China; Gender Male; Passport MA0269785 (Macau); alt. Passport M0178952 (China); alt. Passport MA0162634 (China); National ID No. 12756003 (Macau) (individual) [TCO] (Linked To: ZHAO WEI TCO).

WEI, Zhao (a.k.a. CHIO, Wai; a.k.a. HWEI, Jao; a.k.a. SAECHOU, Thanchai; a.k.a. WAI, Chio; a.k.a. WEI, Chao; a.k.a. WEI, Jiao; a.k.a. WEI, Zhang), Flat G, 19 FL Maple Mansion, Taikoo Shing, Quarry Bay, Hong Kong; Room 2410, 24/F, Block Q, Kornhill, Quarry Bay, Hong Kong; DOB 16 Sep 1952; POB Heilongjiang Province, China; alt. POB Liaoning Province, China; nationality China; Gender Male; Passport MA0269785 (Macau); alt. Passport M0178952 (China); alt. Passport MA0162634 (China); National ID No. 12756003 (Macau) (individual) [TCO] (Linked To: ZHAO WEI TCO).

WEI, Zun Yi (a.k.a. WEI, Zunyi; a.k.a. "WEI, David"), Beijing, China; DOB 20 Dec 1975; POB Shandong, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport EE1650028 (China) issued 28 Aug 2018 expires 27 Aug 2028; National ID No. 370922197512201811 (China) (individual) [NPWMD] [IFSR] (Linked To: HONG KONG KE.DO INTERNATIONAL TRADE CO., LIMITED).

WEI, Zunyi (a.k.a. WEI, Zun Yi; a.k.a. "WEI, David"), Beijing, China; DOB 20 Dec 1975; POB Shandong, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport EE1650028 (China) issued 28 Aug 2018 expires 27 Aug 2028; National ID No. 370922197512201811 (China) (individual) [NPWMD] [IFSR] (Linked To: HONG KONG KE.DO INTERNATIONAL TRADE CO., LIMITED).

WEIHAI HUIJIANG TRADE LIMITED (a.k.a. WEIHAI HUIJIANG TRADE LTD), Room 602, 28 Crown Garden District, Weihai Economic and Technological Development Zone, Poyuzhen, Huancui Qu, Weihai, Shandong 264200, China; Longzhu Garden, Weihai, Shandong 264200, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 6036742 [DPRK4].

WEIHAI HUIJIANG TRADE LTD (a.k.a. WEIHAI HUIJIANG TRADE LIMITED), Room 602, 28 Crown Garden District, Weihai Economic and Technological Development Zone, Poyuzhen, Huancui Qu, Weihai, Shandong 264200, China; Longzhu Garden, Weihai, Shandong 264200, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 6036742 [DPRK4].

WEIHAI WORLD-SHIPPING FREIGHT, 419-201, Tongyi Lu, Huancui Qu, Weihai, Shandong 264200, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5905801 [DPRK4].

WEITMANN HANDELN ALLIANZ LLC (a.k.a. OBSHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU VAYTMENN KHANDELN ALYANS), Str. Fatyanova 43, Liter A, Bishkek 720001, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 02408202210629 (Kyrgyzstan); Registration Number 31562175 (Kyrgyzstan) [RUSSIA-EO14024].

WEJANG, Nguen Monytuil (a.k.a. WAJANG, Joseph Mantiel; a.k.a. WEJJANG, Joseph Monytuil; a.k.a. "WEJANG, Joseph Manytuil"), Bentiu, Unity, Sudan; DOB 1962; POB Sudan; nationality South Sudan; Gender Male; Passport 1561 (Sudan) expires 15 May 2006 (individual) [SOUTH SUDAN].

WEJJANG, Joseph Monytuil (a.k.a. WAJANG, Joseph Mantiel; a.k.a. WEJANG, Nguen Monytuil; a.k.a. "WEJANG, Joseph Manytuil"), Bentiu, Unity, Sudan; DOB 1962; POB Sudan; nationality South Sudan; Gender Male; Passport 1561 (Sudan) expires 15 May 2006 (individual) [SOUTH SUDAN].

WELDEKIDANE, Hagos Ghebrehiwet (a.k.a. W KIDAN, Hagos Ghebrehiwet; a.k.a. WOLDEKIDAN, Hagos Ghebrehiwet), Asmara, Eritrea; DOB 25 Apr 1953; POB Senafe, Eritrea; nationality Eritrea; Gender Male; National ID No. 0882109 (Eritrea) (individual) [ETHIOPIA-EO14046].

WELDEYOHANES, Philipos (a.k.a. WELDEYOHANNES, Filipos; a.k.a. WELDEYOHANNES, Fillipos; a.k.a. WELDEYOHANNES, Philipos; a.k.a. WOLDEYOHANES, Filipos; a.k.a. WOLDEYOHANES, Phillipos; a.k.a. WOLDEYOHANNES, Filipos; a.k.a. WOLDEYOHANNES, Philipos), Shire, Tigray, Ethiopia; Eritrea; DOB 1955; POB Ts'elot, Asmara, Eritrea; nationality Eritrea; Gender Male (individual) [GLOMAG].

WELDEYOHANNES, Filipos (a.k.a. WELDEYOHANES, Philipos; a.k.a. WELDEYOHANNES, Fillipos; a.k.a. WELDEYOHANNES, Philipos; a.k.a. WOLDEYOHANES, Filipos; a.k.a. WOLDEYOHANES, Phillipos; a.k.a. WOLDEYOHANNES, Filipos; a.k.a. WOLDEYOHANNES, Philipos), Shire, Tigray, Ethiopia; Eritrea; DOB 1955; POB Ts'elot, Asmara, Eritrea; nationality Eritrea; Gender Male (individual) [GLOMAG].

WELDEYOHANNES, Fillipos (a.k.a. WELDEYOHANES, Philipos; a.k.a. WELDEYOHANNES, Filipos; a.k.a. WELDEYOHANNES, Philipos; a.k.a. WOLDEYOHANES, Filipos; a.k.a. WOLDEYOHANES, Phillipos; a.k.a. WOLDEYOHANNES, Filipos; a.k.a. WOLDEYOHANNES, Philipos), Shire, Tigray, Ethiopia; Eritrea; DOB 1955; POB Ts'elot, Asmara, Eritrea; nationality Eritrea; Gender Male (individual) [GLOMAG].

WELDEYOHANNES, Philipos (a.k.a. WELDEYOHANES, Philipos; a.k.a. WELDEYOHANNES, Filipos; a.k.a. WELDEYOHANNES, Fillipos; a.k.a. WOLDEYOHANES, Filipos; a.k.a. WOLDEYOHANES, Phillipos; a.k.a. WOLDEYOHANNES, Filipos; a.k.a. WOLDEYOHANNES, Philipos), Shire, Tigray, Ethiopia; Eritrea; DOB 1955; POB Ts'elot, Asmara, Eritrea; nationality Eritrea; Gender Male (individual) [GLOMAG].

WELFARE AND DEVELOPMENT FUND FOR PALESTINE (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1040094 [SDGT].

WELFARE AND DEVELOPMENT FUND OF PALESTINE (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1040094 [SDGT].

WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a.

"WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND

DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-

SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

WELFARE OF HUMANITY (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES;

a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

WELMART GROUP LIMITED, Unit 1405B 14/F, The Belgian Bank Building, Nos. 721-725 Nathan Road, Mongkok, Kowloon, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Mar 2018; Registration Number 2662335 (Hong Kong) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

WELMART GROUP LP, Suite 1, 4 Queen Street, Edinburgh, Scotland EH2 1JE, United Kingdom; 101 Rose Street South Lane, Edinburgh, Scotland EH2 3JG, United Kingdom; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 May 2016; UK Company Number SL026873 (United Kingdom) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

WESER SHIPPING INC., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 30 Oct 2020; Identification Number IMO 6189571; Registration Number 106669 (Marshall Islands) [IRAN-EO13902].

WEST ALBORZ STEEL CO. (a.k.a. WEST ALBORZ STEEL COMPLEX (Arabic: مجتمع فولاد البرز غرب)), No.10, Vatani Alley, Kavousifar St., Behesti Ave, Tehran 15778-15713, Iran;

Website www.wasteelco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

WEST ALBORZ STEEL COMPLEX (Arabic: مجتمع فولاد البرز غرب) (a.k.a. WEST ALBORZ STEEL CO.), No.10, Vatani Alley, Kavousifar St., Behesti Ave, Tehran 15778-15713, Iran; Website www.wasteelco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

WEST SIBERIAN COMMERCIAL BANK (a.k.a. WEST SIBERIAN COMMERCIAL BANK PJSC; a.k.a. WEST SIBERIAN COMMERCIAL BANK PUBLIC JOINT STOCK COMPANY; a.k.a. ZAPSIBCOMBANK), 1, 8 March Street, Tyumen, Tyumenskaya Oblast 625000, Russia; Website http://www.zapsibkombank.ru; alt. Website http://www.wscb.ru; BIK (RU) 047102613; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

WEST SIBERIAN COMMERCIAL BANK PJSC (a.k.a. WEST SIBERIAN COMMERCIAL BANK; a.k.a. WEST SIBERIAN COMMERCIAL BANK PUBLIC JOINT STOCK COMPANY; a.k.a. ZAPSIBCOMBANK), 1, 8 March Street, Tyumen, Tyumenskaya Oblast 625000, Russia; Website http://www.zapsibkombank.ru; alt. Website http://www.wscb.ru; BIK (RU) 047102613; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

WEST SIBERIAN COMMERCIAL BANK PUBLIC JOINT STOCK COMPANY (a.k.a. WEST SIBERIAN COMMERCIAL BANK; a.k.a. WEST SIBERIAN COMMERCIAL BANK PJSC; a.k.a. ZAPSIBCOMBANK), 1, 8 March Street, Tyumen, Tyumenskaya Oblast 625000, Russia; Website http://www.zapsibkombank.ru; alt. Website http://www.wscb.ru; BIK (RU) 047102613; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

WEST SUN TRADE (a.k.a. WEST SUN TRADE GMBH), Winterhuder Weg 8, Hamburg 22085, Germany; Arak Machine Mfg. Bldg., 2nd Floor, opp. of College Economy, Northern Kargar Ave., Tehran 14136, Iran; Mundsburger Damm 16, Hamburg 22087, Germany; Additional

Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 45757 (Germany); all offices worldwide [IRAN].

WEST SUN TRADE GMBH (a.k.a. WEST SUN TRADE), Winterhuder Weg 8, Hamburg 22085, Germany; Arak Machine Mfg. Bldg., 2nd Floor, opp. of College Economy, Northern Kargar Ave., Tehran 14136, Iran; Mundsburger Damm 16, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 45757 (Germany); all offices worldwide [IRAN].

WESTANKER DENIZCILIK VE TICARET LIMITED SIRKETI, Esentepe Mah. Buyukdere Cad. Loft Residence No: 201 Ic Kapi No: 40, Sisli, Istanbul, Turkey; Organization Established Date 16 Feb 2024; Identification Number IMO 6475500; Trade License No. 1008526 (Turkey); Registration Number 1502133 (Turkey) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

WESTANKER LIMITED, Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 16 Jan 2024; Identification Number IMO 6480933; Registration Number 123754 (Marshall Islands) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

WESTCOM TECHNOLOGY CO LIMITED (Chinese Simplified: 北京韦思通科技有限公司) (a.k.a. BEIJING WEISITONG TECHNOLOGY CO LTD), Room 1502, Floor 12, Building 9, No. 88 Jianguo Road, Chaoyang District, Beijing, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Dec 2014; Unified Social Credit Code (USCC) 91110117318319919E (China) [NPWMD] [IFSR] (Linked To: KHAZRA COMMUNICATIONS TECHNOLOGY SOLUTIONS).

WESTLINE ENTERPRISES, INC., Panama; RUC # 1351606-1-617448 (Panama) [SDNTK].

WHALE SHIPPING LTD., c/o Government of Iraq, State Organization of Ports, Maqal, Basrah, Iraq [IRAQ2].

WHITE BEACH WATERSPORTS (a.k.a. WHITE BEACH WATERSPORTS PVT LTD), Male, Maldives; Beach Road, Hulhamale 23000, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Nov 2020; Organization Type: Other amusement and recreation activities; Registration Number C-0930/2020

(Maldives) [SDGT] (Linked To: RAUF, Ahmed Alif).

WHITE BEACH WATERSPORTS PVT LTD (a.k.a. WHITE BEACH WATERSPORTS), Male, Maldives; Beach Road, Hulhamale 23000, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Nov 2020; Organization Type: Other amusement and recreation activities; Registration Number C-0930/2020 (Maldives) [SDGT] (Linked To: RAUF, Ahmed Alif).

WHITE FOX SHIP MANAGEMENT FZCO, Unit 40279-001, Building A1, Ifza Business Park, DDP, Dubai Silicon Oasis, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 40279 (United Arab Emirates) [RUSSIA-EO14024].

WHITE HANDS CHARITY (a.k.a. BEYAZ ELLER ASSOCIATION; a.k.a. BEYAZ ELLER YARDIMLASMA VE DAYANISMA DERNEGI; a.k.a. PALESTINIAN WHITE HANDS ASSISTANCE AND SOLIDARITY ASSOCIATION), Ikitelli Osb, Giyim Sanatkarlar Kooperatifi, 3 Ada A Blok No: 203, Basaksehir, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 16 Nov 2011; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

WHITE PIGEON (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka;

410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

WHITE SANDS SHIPMANAGEMENT CORP., Suite 10, 3rd Floor, La Ciotat, Mont Fleuri, Seychelles; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Apr 2023; Organization Type: Sea and coastal freight water transport;

Identification Number IMO 6405037 [SDGT] (Linked To: AL-QATIRJI COMPANY).

WHITE SEAL HOLDINGS LIMITED, 115 Spyrou Kyprianou Avenue, Limassol 3077, Cyprus; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

WHITE STAR DMCC (Arabic: وايت ستار م.د.م.س.) (f.k.a. WAZNI GEMS DMCC), Unit No. 98, DMCC Business Centre, Level No. 5, Jewellery and Gemplex 2, Dubai, United Arab Emirates; Almas Tower, 41-J Jumeirah Lake Towers, Dubai, United Arab Emirates; P.O. Box 340841, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Jun 2008; Tax ID No. 100072307000003 (United Arab Emirates); Registration Number DMCC-31921 (United Arab Emirates); alt. Registration Number DMCC1189 (United Arab Emirates) [SDGT] (Linked To: AHMAD, Nazem Said).

WHITE TIGER TRADING COMPANY (a.k.a. JOSON PAEKHO MUYOK HOESA; a.k.a. KOREA PAEKHO TRADING CORPORATION; a.k.a. KOREA PAEKHO TRADING CORPORATION, LTD.; a.k.a. PAEKHO ARTS TRADING COMPANY; a.k.a. PAEKHO CONSTRUCTION SARL; a.k.a. PAEKHO FINE ART CORPORATION; a.k.a. PAEKHO TRADING COMPANY; a.k.a. "DEPARTMENT 30"; a.k.a. "KPTC"), Chongryu 3-dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

WHITELEAVE HOLDINGS LIMITED, 15 Dimokritou, Panaretos Eliana Complex, Apt. 104, Potamos Germasogeias, Limassol 4041, Cyprus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jun 2014; Registration Number HE 333369 (Cyprus) [RUSSIA-EO14024] (Linked To: MK INTERROS INVEST).

WHITEPIGEON (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION

ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

WHITESTONE BILISM TIC VE SANAYI LTD STI, 25/2 Sekerhane Mahallesi Tevfikiye Cadde, Alanya, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Oct 2023; Registration Number 811149468700001 (Turkey); alt. Registration Number 8111494687 (Turkey) [RUSSIA-EO14024] (Linked To: PETROV, Evgenii Stanislavich).

WIDE VISION GENERAL TRADING L.L.C (Arabic: وايد فيجن للتجارة العامة ش.ذ.م.م), P.O. Box 185065, Dubai, United Arab Emirates; EMAAR Boulevard Plaza Tower 1, Office No 2303, Dubai, United Arab Emirates; Organization Established Date 01 Jul 2012; License 673037 (United Arab Emirates); Economic Register Number (CBLS) 10883516 (United Arab Emirates) [IRAN-EO13902] (Linked To: ZARRINGHALAM, Mansour).

WIDIS GRUPP (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VIDIS GRUPP), d. 4k. 1 etazh/pomeshch, 3/XI kom., 39A, ul. Sadovniki, Moscow 115487, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719019691 (Russia); Registration Number 1107746791910 (Russia) [RUSSIA-EO14024].

WIDOBLO HERNANDEZ, Jose, c/o AERO EXPRESS INTERCONTINENTAL S.A. DE C.V., Mexico City, Distrito Federal, Mexico; Oriente 166 No. 235, Colonia Moctezuma, Mexico City, Distrito Federal, Mexico; DOB 10 Apr 1952; POB Mexico City, Distrito Federal, Mexico; nationality Mexico; citizen Mexico; Passport 99400004049 (Mexico); C.U.R.P. WIHJ520410HDFDRS02 (Mexico) (individual) [SDNTK].

WIHAB, Wi'am (a.k.a. WAHAB, Wiyam; a.k.a. WAHHAB, Wiam; a.k.a. WAHHAB, Wi'am; a.k.a. WIHAB, Wiyam); DOB 1964; POB Al-Jahiliya, Shuf Mountains, Lebanon (individual) [LEBANON].

WIHAB, Wiyam (a.k.a. WAHAB, Wiyam; a.k.a. WAHHAB, Wiam; a.k.a. WAHHAB, Wi'am; a.k.a. WIHAB, Wi'am); DOB 1964; POB Al-Jahiliya, Shuf Mountains, Lebanon (individual) [LEBANON].

WIHBI, Bilal Muhsin (a.k.a. WAHBE, Bilal; a.k.a. WAHBI, Bilal Mohsen; a.k.a. WAHBI, Bilal Muhsin; a.k.a. WAHBI, Muhsin Bilal; a.k.a. WEHBE, Bilal Mohsen; a.k.a. WEHBI, Bilal Mohsem; a.k.a. WEHBI, Bilal Mohsen), Avenida Jose Maria de Brito 929, Centro,, Foz Do Iguacu, Parana State, Brazil; DOB 07 Jan 1967; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CZ74340 (Brazil); alt. Passport 0083628 (Lebanon); Identification Number 77688048 (Brazil); Shaykh (individual) [SDGT].

WILAYAH CENTRAL AFRICA (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS; a.k.a. FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF"; a.k.a. "ADF/NALU"; a.k.a. "ISIS-DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [DRCONGO].

WILAYAH CENTRAL AFRICA (a.k.a. AHL AL-SUNNA WA AL-JAMAA; a.k.a. AL-SHABAAB IN MOZAMBIQUE; a.k.a. ANSAAR KALIMAT ALLAH; a.k.a. ANSAR AL-SUNNA; a.k.a. ISLAMIC STATE - MOZAMBIQUE; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE; a.k.a. "ADHERENTS TO THE TRADITIONS AND THE COMMUNITY"; a.k.a. "HELPERS OF TRADITION"; a.k.a. "ISIS-MOZAMBIQUE"; a.k.a. "SUPPORTERS OF THE WORD OF ALLAH"), Cabo Delgado Province, Mozambique; Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 [FTO] [SDGT].

WILAYAH CENTRAL AFRICA MEDIA OFFICE (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS; a.k.a. FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF"; a.k.a. "ADF/NALU"; a.k.a. "ISIS-DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [DRCONGO].

WILAYAH QAWKAZ (a.k.a. CAUCASUS WILAYAH; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT - CAUCASUS PROVINCE; a.k.a. VILAYAT KAVKAZ; a.k.a. WILAYAH QAWKAZ; a.k.a. "CAUCASUS PROVINCE"), Dagestan, Russia; Chechnya, Russia; Ingushetia, Russia; Kabardino-Balkaria, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

WILAYAT AL-HARAMAYN (a.k.a. HIJAZ PROVINCE OF THE ISLAMIC STATE; a.k.a. ISIL-SAUDI ARABIA; a.k.a. ISIS IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-SAUDI ARABIA; a.k.a. MUJAHIDEEN OF THE ARABIAN PENINSULA; a.k.a. "AL-HIJAZ PROVINCE"; a.k.a. "NAJD PROVINCE"; a.k.a. "PROVINCE OF THE TWO HOLY PLACES"; a.k.a. "WILAYAT NAJD"), Hijaz and Asir Provinces, Najd region, Saudi Arabia; Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

WILAYAT CENTRAL AFRICA (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS; a.k.a. FORCES DEMOCRATIQUES ALLIEES-

ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF"; a.k.a. "ADF/NALU"; a.k.a. "ISIS-DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [DRCONGO].

WILAYAT QAWQAZ (a.k.a. CAUCASUS WILAYAH; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT - CAUCASUS PROVINCE; a.k.a. VILAYAT KAVKAZ; a.k.a. WILAYAH QAWKAZ; a.k.a. "CAUCASUS PROVINCE"), Dagestan, Russia; Chechnya, Russia; Ingushetia, Russia; Kabardino-Balkaria, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

WILAYAT SAYNA (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

WILAYAT SINAI (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND

ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

WILAYAT WASAT IFRIQIYAH (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS; a.k.a. FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. "ADF"; a.k.a. "ADF/NALU"; a.k.a. "ISIS-DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [DRCONGO].

WILMINGTON GENERAL TRADING LLC (a.k.a. THE BEST LEADER GENERAL TRADING LLC), 1805, Al Owais Tower, Binias Road, Deira, Dubai, United Arab Emirates; P.O. 31622, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; License 668722 (United Arab Emirates) [SDGT] [IFSR] (Linked To: SEIFI, Asadollah).

WILSON, William (a.k.a. WAN, Jack; a.k.a. WANG, Jack; a.k.a. WANG, Yunhe (Chinese Simplified: 王云禾); a.k.a. WONG, Jack; a.k.a. "TRAFFICCARB"; a.k.a. "TRAFFICCASH"), 21 Angullia Park #27-03, Singapore 239974, Singapore; 98/273 31h2 Reflection Jomtien Beach, Pattaya Condo Na Jomtien Sattahip,

Chonburi 20250, Thailand; DOB 05 Oct 1988; POB Beijing, China; nationality China; alt. nationality Saint Kitts and Nevis; Gender Male; Digital Currency Address - XBT bc1q4namcagg5wljs0u20z6h2sqgsq4q5lts8rt2rr; alt. Digital Currency Address - XBT bc1qdpazd6smrkq5hmw6lupq98za2fqtgmq3azv3av; alt. Digital Currency Address - XBT bc1qwz0l2ceddckwdy5rh6zyrm3x4ha6gn5f2da5zg; alt. Digital Currency Address - XBT bc1qw8evftpgc8wsmkemd8yl5fg2husza5z802xaym; alt. Digital Currency Address - XBT bc1qv4krhj2qmpd9qz9xj9nhvj99fq8s9xsw05d485; alt. Digital Currency Address - XBT bc1qu5vngdtcx8nc9d68pq8nv7pzcjrswsy87s66gk; alt. Digital Currency Address - XBT bc1qtsl3ufenrv3zgrgm9z8xarcx22x8mfztuartyn; alt. Digital Currency Address - XBT bc1qtrrfhr0f3ufsrjxfv8a7p3yuqj0spe4cm6vaws; alt. Digital Currency Address - XBT bc1qte9ret332gwrk6e7vqc87d807npzvdj5savg4h; alt. Digital Currency Address - XBT bc1qtdupwe722vcc5e0vh94cgwfs0ep4gzwyfsf75q; alt. Digital Currency Address - XBT bc1qnykkrlk67f9kdqvzyw2ndu3xmef5z2e52886yl; alt. Digital Currency Address - XBT bc1qllmlvy5u038yvwywu803p53g8udcm8w7k4qxu9; alt. Digital Currency Address - XBT bc1qlfpg2xn39u580cmwq6rymt8jdhcmj8520jhgh0; alt. Digital Currency Address - XBT bc1ql7rnd70aejdxt3f9fzdlfazjlc9hvdmut8ad8s; alt. Digital Currency Address - XBT bc1ql526s72gycmvq7hek6j3tuwwmcpv4rgs0auxu7; alt. Digital Currency Address - XBT bc1qh3lw22uqwrywr8lpun20q2ma528a4yqmgf3uqp; alt. Digital Currency Address - XBT bc1qgffxa65gr579tsz55n87pal2a777ygzg69d2yz; alt. Digital Currency Address - XBT bc1qedvcgh32dud85yt7fu6s7qavthlh38gtwa7rhx; alt. Digital Currency Address - XBT bc1qau9pmgc8l6rxpdwwap3fd6zprh5yp9mpe9jl0h; alt. Digital Currency Address - XBT bc1qakycg2zp8hydg95lc9cheumpa9yfpdeyrqqh5f; alt. Digital Currency Address - XBT bc1q9ua9ypl4dhj0zut5kzasj5c2kxclhh8v2k9djd; alt. Digital Currency Address - XBT bc1q8q7z3kt37z6jalv5ujung5lem6pzlk9r3kt66k; alt. Digital Currency Address - XBT bc1q8pw85s83mdx2f3rfu64mmfd9wexqu2y856arwp; alt. Digital Currency Address - XBT bc1q7xfqqw9htr88t7vafg80p4qrlpjfyaps452x5g; alt. Digital Currency Address - XBT bc1q7hhdygx05kyfyzjku2u7lywvx5pgyng6a0nefp; alt. Digital Currency Address - XBT bc1q6w463k7mhsgguwgqtcratm4vm42rncwhvv

keck; alt. Digital Currency Address - XBT bc1q68uswkjvu7nj7mhrvfzkx7cm6u5s9puvpm5dc2; alt. Digital Currency Address - XBT bc1q5zd0cwzd09k9r8xfk68sn5ytqp8f5aae80yfsm; alt. Digital Currency Address - XBT bc1q49ax787wv0mnn8wjgp3sx772qz7eun822rkv5k; alt. Digital Currency Address - XBT bc1q3ael5my37nklgnqcrkwmnndfx9qdnp67j0739c; alt. Digital Currency Address - XBT bc1q362njxy39gnwrvj7zytn84ax39fwnhvk7n2999; alt. Digital Currency Address - XBT bc1q2jys00x2rgdkm3xnewuucqacytu0a7echupu8y; alt. Digital Currency Address - XBT bc1q05aktddf9ce4p7hh3stgsf253m4vweu7nkhtmw; alt. Digital Currency Address - XBT bc1qtywfzxx6snut2mdrum8dyr5nnd5qhqd29wmvqt; alt. Digital Currency Address - XBT bc1qrc2gchg2fmxua5u7twu4luv5p9twmny4jjmg9x; alt. Digital Currency Address - XBT bc1q9ws2gcq7uumm4mk3l9xezwve7w5tmcs5js5cup; alt. Digital Currency Address - XBT bc1qh33xtpjqhgysq5xlmjzkm28uewj08885n95drr; alt. Digital Currency Address - XBT bc1qe8wclszdtshkjk7gph57crc72vpp9rylujgwa5; alt. Digital Currency Address - XBT bc1q2q8uxjznmurg363dvd98xjg54mrr7z6mw9t825; alt. Digital Currency Address - XBT bc1qhvzl5w99m458nm7sc6hwf5qfhxndw28sgtatk8; alt. Digital Currency Address - XBT bc1qavwamr74qlzj8txy6jaxqnpym9062h090x6kz4; alt. Digital Currency Address - XBT bc1qe9lz50jq0a5pmtry0h3ekng3kjdg09vejg7355; alt. Digital Currency Address - XBT bc1qup656lpfqfckhl580kwf62thmn5azmj2pal0sz; alt. Digital Currency Address - XBT bc1qa2xr7dmz5lztplp9yfp7k382nf4ma8gwrl7zgg; alt. Digital Currency Address - XBT bc1qrskwdw9unhlkt87ltcqq2d5pn9s6w2f35gz3z6; alt. Digital Currency Address - XBT 1NaRX1GZgtZ7E8iXo8YUdTtnb8rAK5QFJa; Digital Currency Address - ETH 0xe1d865c3d669dcc8c57c8d023140cb204e672ee4; Digital Currency Address - LTC LNf2JDiuunBz7GMDKFYHN4rq5meXWxiwfb; Digital Currency Address - TRX TBHTJqAy4DhHhmT3dNceJYNRz4SdLofLre; Passport EA2997493 (China); alt. Passport RE0064420 (Saint Kitts and Nevis) issued 10 Nov 2017 expires 09 Nov 2027; National ID No. 110108198810056013 (China) (individual) [CYBER2].

WIN KEY LIMITED, Room 1606, 16/F., Workingbond Commercial Centre, 162-164 Prince Edward Road West, Hong Kong, China; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Company Number 2729587 (Hong Kong); Business Registration Number 69711636 (Hong Kong) [RUSSIA-EO14024].

WIN, Aung (a.k.a. HAW, Aik; a.k.a. HEIN, Aung; a.k.a. HO, Chun Ting; a.k.a. HO, Chung Ting; a.k.a. HO, Hsiao; a.k.a. HOE, Aik; a.k.a. TE, Ho Chun; a.k.a. TIEN, Ho Chun; a.k.a. "AIK HAW"; a.k.a. "HO CHUN TING"; a.k.a. "HO, Aik"; a.k.a. "HSIO HO"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7 Oo Yim Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma); National ID No. 029430 (Burma); alt. National ID No. 176089 (Burma); alt. National ID No. 272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

WIN, Khin Phyu (a.k.a. SHUI, Zhao Jia; a.k.a. SHWE, Kyauk Kyar; a.k.a. WIN, Kin Phyu), 1002, Shwe Than Lwin Condo, New University Avenue, Bahan Township, Yangon, Burma; No. 218, Building No. A, Level 16 A, No. 13 Ward, Insein Road, Hlaing Township, Yangon, Burma; DOB 10 Nov 1960; nationality Burma; Gender Female; National ID No. 13/THAPANA(AEI)000103 (Burma) (individual) [BURMA-EO14014].

WIN, Kin Phyu (a.k.a. SHUI, Zhao Jia; a.k.a. SHWE, Kyauk Kyar; a.k.a. WIN, Khin Phyu), 1002, Shwe Than Lwin Condo, New University Avenue, Bahan Township, Yangon, Burma; No. 218, Building No. A, Level 16 A, No. 13 Ward, Insein Road, Hlaing Township, Yangon, Burma; DOB 10 Nov 1960; nationality Burma; Gender Female; National ID No.

13/THAPANA(AEI)000103 (Burma) (individual) [BURMA-EO14014].

WIN, Myo Swe (a.k.a. WIN, U Myo Swe), Thandar Hnisi, Rangoon, Burma; DOB 21 Jan 1961; POB Natalin, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM005096 (Burma) issued 05 Feb 2019 expires 04 Feb 2029; National ID No. 7PAKHANAN008087 (Burma); Bago Region Chief Minister (individual) [BURMA-EO14014].

WIN, Saw Sein (a.k.a. "WIN, Sein"), Burma; DOB 15 Aug 1965; nationality Burma; Gender Male (individual) [BURMA-EO14014] [CYBER4] (Linked To: DEMOCRATIC KAREN BENEVOLENT ARMY).

WIN, Saw Tin (a.k.a. WIN, Tin), Burma; DOB 25 Jul 1969; nationality Burma; Gender Male; National ID No. 3/Mawata(N)038002 (Burma) (individual) [TCO] [BURMA-EO14014] (Linked To: KAREN NATIONAL ARMY).

WIN, Sein, Burma; DOB Jul 1956; POB Pyin Oo Lwin, Burma; Gender Male (individual) [BURMA-EO14014].

WIN, Soe, Burma; DOB 01 Mar 1960; Gender Male (individual) [GLOMAG] [BURMA-EO14014].

WIN, Thet Kaing (a.k.a. WIN, Thet Khaing), C 541, 1, Yan Myo Thant Zin Street, Zaya Theikdi Quarter, Naypyitaw, Burma; DOB 14 Nov 1961; POB Rangoon, Burma; nationality Burma; Gender Male; Passport DM004668 (Burma) issued 17 Oct 2017 expires 16 Oct 2027; National ID No. 12KAMATAN043299 (Burma); Minister of Health and Sports (individual) [BURMA-EO14014].

WIN, Thet Khaing (a.k.a. WIN, Thet Kaing), C 541, 1, Yan Myo Thant Zin Street, Zaya Theikdi Quarter, Naypyitaw, Burma; DOB 14 Nov 1961; POB Rangoon, Burma; nationality Burma; Gender Male; Passport DM004668 (Burma) issued 17 Oct 2017 expires 16 Oct 2027; National ID No. 12KAMATAN043299 (Burma); Minister of Health and Sports (individual) [BURMA-EO14014].

WIN, Tin (a.k.a. WIN, Saw Tin), Burma; DOB 25 Jul 1969; nationality Burma; Gender Male; National ID No. 3/Mawata(N)038002 (Burma) (individual) [TCO] [BURMA-EO14014] (Linked To: KAREN NATIONAL ARMY).

WIN, U Myo Swe (a.k.a. WIN, Myo Swe), Thandar Hnisi, Rangoon, Burma; DOB 21 Jan 1961; POB Natalin, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM005096 (Burma) issued 05 Feb 2019 expires 04 Feb 2029; National ID No.

7PAKHANAN008087 (Burma); Bago Region Chief Minister (individual) [BURMA-EO14014].

WINDFEL PROPERTIES LIMITED (a.k.a. PREDSTAVITELSTVO WINDFEL PROPERTIES LIMITED), Louloupis Court, Floor No: 7, Christodoylou Chatzipaylou 205, Limassol 3036, Cyprus; Mustakillik 59A, Tashkent, Uzbekistan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Sep 2016; Legal Entity Number 21380068XRFK54K3Z159; Registration Number C359911 (Cyprus); alt. Registration Number 207288668 (Uzbekistan) [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

WINDHAM COMMERCIAL GROUP INC., Panama [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul; Linked To: PERDOMO ROSALES, Gustavo Adolfo).

WINDROSE TACTICAL SOLUTIONS S.R.L.S., Pordenone, Friuli-Venezia Giulia, Italy; Organization Established Date 04 Dec 2018; Italian Fiscal Code 01854740931 (Italy) [ILLICIT-DRUGS-EO14059] (Linked To: TIEPOLO, Gianluca).

WINGS COMPANY (a.k.a. AL-AJNAHA PRIVATE JOINT STOCK COMPANY; a.k.a. WINGS PRIVATE JOINT STOCK COMPANY; a.k.a. WINGS PRIVATE JSC (Arabic: شركة الاجنحة المساهمة المغفلة الخاصة)), Rural Damascus, Syria; Organization Type: Real estate activities with own or leased property [PAARSSR-EO13894].

WINGS PRIVATE JOINT STOCK COMPANY (a.k.a. AL-AJNAHA PRIVATE JOINT STOCK COMPANY; a.k.a. WINGS COMPANY; a.k.a. WINGS PRIVATE JSC (Arabic: شركة الاجنحة المساهمة المغفلة الخاصة)), Rural Damascus, Syria; Organization Type: Real estate activities with own or leased property [PAARSSR-EO13894].

WINGS PRIVATE JSC (Arabic: شركة الاجنحة المساهمة المغفلة الخاصة) (a.k.a. AL-AJNAHA PRIVATE JOINT STOCK COMPANY; a.k.a. WINGS COMPANY; a.k.a. WINGS PRIVATE JOINT STOCK COMPANY), Rural Damascus, Syria; Organization Type: Real estate activities with own or leased property [PAARSSR-EO13894].

WINKY INTERNATIONAL LIMITED, 14th Floor, Guangdong Investment Tower, 148 Connaught Road Central, Hong Kong, China; Majuro, Ajeltake Island 96960, Marshall Islands; Organization Established Date 01 Nov 2024;

Registration Number 128617 (Marshall Islands) [VENEZUELA-EO13850].

WINNERS CONSTRUCTION COMPANY LIMITED (a.k.a. "WINNERS CONSTRUCTION"), South Sudan; Organization Established Date 06 Sep 2019; Organization Type: Construction of roads and railways; Registration Number 32696 (South Sudan) [GLOMAG] (Linked To: BOL MEL, Benjamin).

WINSO TRADING LIMITED (Chinese Traditional: 望舒貿易有限公司), Room D5, Fifth Floor, Jingye Factory Building, No. 59 Jingye Street, Kowloon, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Dec 2023; Company Number 3346260 (Hong Kong); Business Registration Number 75993892 (Hong Kong) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

WISMOTOS FUENTE DE ORO, Carrera 14 No. 9-19, Fuente de Oro, Meta, Colombia; Matricula Mercantil No 00118075 (Colombia) [SDNTK].

WISMOTOS S.A. (a.k.a. CIA. COMERCIALIZADORA DE MOTOCICLETAS Y REPUESTOS S.A.), Calle 14 No. 13-29, Granada, Meta, Colombia; Calle 35 No. 27-63, Villavicencio, Colombia; Carrera 6 No. 7-17, San Martin, Meta, Colombia; NIT # 900069501-0 (Colombia) [SDNTK].

WISON OFFSHORE & MARINE ZHOUSHAN BASE (a.k.a. WISON OFFSHORE AND MARINE ZHOUSHAN BASE; a.k.a. WISON ZHOUSHAN YARD; a.k.a. ZHOUSHAN WISON OFFSHORE AND MARINE CO LTD (Chinese Simplified: 舟山惠生海洋工程有限公司); a.k.a. ZHOUSHAN WISON OFFSHORE ENGINEERING CO LTD), No. 1 Building, No. 288 Hailan North Road, Xiushan Township, Daishan County, Zhoushan City, Zhejiang Province 316200, China; Second Floor, No. 80, Changhe Road, Gaoting Town, Daishan County, Zhoushan, Zhejiang 316261, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91330921661744453R (China) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ARCTIC LNG 2).

WISON OFFSHORE AND MARINE ZHOUSHAN BASE (a.k.a. WISON OFFSHORE & MARINE ZHOUSHAN BASE; a.k.a. WISON ZHOUSHAN YARD; a.k.a. ZHOUSHAN WISON OFFSHORE AND MARINE CO LTD (Chinese Simplified: 舟山惠生海洋工程有限公司); a.k.a. ZHOUSHAN WISON OFFSHORE ENGINEERING CO LTD),

No. 1 Building, No. 288 Hailan North Road, Xiushan Township, Daishan County, Zhoushan City, Zhejiang Province 316200, China; Second Floor, No. 80, Changhe Road, Gaoting Town, Daishan County, Zhoushan, Zhejiang 316261, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91330921661744453R (China) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ARCTIC LNG 2).

WISON ZHOUSHAN YARD (a.k.a. WISON OFFSHORE & MARINE ZHOUSHAN BASE; a.k.a. WISON OFFSHORE AND MARINE ZHOUSHAN BASE; a.k.a. ZHOUSHAN WISON OFFSHORE AND MARINE CO LTD (Chinese Simplified: 舟山惠生海洋工程有限公司); a.k.a. ZHOUSHAN WISON OFFSHORE ENGINEERING CO LTD), No. 1 Building, No. 288 Hailan North Road, Xiushan Township, Daishan County, Zhoushan City, Zhejiang Province 316200, China; Second Floor, No. 80, Changhe Road, Gaoting Town, Daishan County, Zhoushan, Zhejiang 316261, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91330921661744453R (China) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ARCTIC LNG 2).

WISSER, Gerhard; DOB 02 Jul 1939; POB Lohne, Germany; nationality Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 3139001443 (Germany) (individual) [NPWMD] [IFSR].

WITSHIPPING MARITIME PTE LTD (a.k.a. HARDSEA AGENCIES; f.k.a. SINOSE MARITIME), Hoe Chiang Road 10, #15-02a, Central Business District 089315, Singapore; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. 201131193Z (Singapore) [IRAN].

WITTHAYA, Ngamthiralert (a.k.a. HATSADIN, Phonsakunphaisan; a.k.a. LAO, Ssu; a.k.a. RUNGRIT, Thianphichet; a.k.a. WANG, Ssu; a.k.a. WANG, Wen Chou; a.k.a. "LAO SSU"), Burma; DOB 01 Jan 1960; Passport P403726 (Thailand); National ID No. 3570700443258 (Thailand) (individual) [SDNTK].

WIV, SOCIEDAD ANONIMA (a.k.a. "WIV S.A."; a.k.a. "WIVSA"), Aldea Los Angeles, Zona 0 Carretera, Tecun Uman, San Marcos, Guatemala; Organization Established Date 09 Dec 2015; Organization Type: Other business support service activities n.e.c.; NIT # 92345093 (Guatemala) [ILLICIT-DRUGS-EO14059] (Linked To: SUNIGA MORFIN, Isel Aneli).

WOL, Santino Deng (a.k.a. KUOL, Santino Deng; a.k.a. WUOL, Santino Deng); DOB 09 Nov 1962; POB Aweil, South Sudan; alt. POB Aweil, Sudan; Major General; Sudan People's Liberation Army Third Division Commander (individual) [SOUTH SUDAN].

WOLDEKIDAN, Hagos Ghebrehiwet (a.k.a. W KIDAN, Hagos Ghebrehiwet; a.k.a. WELDEKIDANE, Hagos Ghebrehiwet), Asmara, Eritrea; DOB 25 Apr 1953; POB Senafe, Eritrea; nationality Eritrea; Gender Male; National ID No. 0882109 (Eritrea) (individual) [ETHIOPIA-EO14046].

WOLDEYOHANES, Filipos (a.k.a. WELDEYOHANES, Philipos; a.k.a. WELDEYOHANNES, Filipos; a.k.a. WELDEYOHANNES, Fillipos; a.k.a. WELDEYOHANNES, Philipos; a.k.a. WOLDEYOHANES, Phillipos; a.k.a. WOLDEYOHANNES, Filipos; a.k.a. WOLDEYOHANNES, Philipos), Shire, Tigray, Ethiopia; Eritrea; DOB 1955; POB Ts'elot, Asmara, Eritrea; nationality Eritrea; Gender Male (individual) [GLOMAG].

WOLDEYOHANES, Phillipos (a.k.a. WELDEYOHANES, Philipos; a.k.a. WELDEYOHANNES, Filipos; a.k.a. WELDEYOHANNES, Fillipos; a.k.a. WELDEYOHANNES, Philipos; a.k.a. WOLDEYOHANES, Filipos; a.k.a. WOLDEYOHANNES, Filipos; a.k.a. WOLDEYOHANNES, Philipos), Shire, Tigray, Ethiopia; Eritrea; DOB 1955; POB Ts'elot, Asmara, Eritrea; nationality Eritrea; Gender Male (individual) [GLOMAG].

WOLDEYOHANNES, Filipos (a.k.a. WELDEYOHANES, Philipos; a.k.a. WELDEYOHANNES, Filipos; a.k.a. WELDEYOHANNES, Fillipos; a.k.a. WELDEYOHANNES, Philipos; a.k.a. WOLDEYOHANES, Filipos; a.k.a. WOLDEYOHANES, Phillipos; a.k.a. WOLDEYOHANNES, Philipos), Shire, Tigray, Ethiopia; Eritrea; DOB 1955; POB Ts'elot, Asmara, Eritrea; nationality Eritrea; Gender Male (individual) [GLOMAG].

WOLDEYOHANNES, Philipos (a.k.a. WELDEYOHANES, Philipos; a.k.a. WELDEYOHANNES, Filipos; a.k.a. WELDEYOHANNES, Fillipos; a.k.a. WELDEYOHANNES, Philipos; a.k.a. WOLDEYOHANES, Filipos; a.k.a. WOLDEYOHANES, Phillipos; a.k.a.

WOLDEYOHANNES, Filipos), Shire, Tigray, Ethiopia; Eritrea; DOB 1955; POB Ts'elot, Asmara, Eritrea; nationality Eritrea; Gender Male (individual) [GLOMAG].

WOLF HOLDING COMPANY (a.k.a. DEFENSE HOLDING STRUCTURE 'WOLF'; a.k.a. HOLDING SECURITY STRUCTURE WOLF; a.k.a. KHOLDING OKHRANNYKH STRUKTUR VOLK; a.k.a. 'WOLF' HOLDING OF SECURITY STRUCTURES), ul. Panferova d. 18, Moscow 119261, Russia; Nizhniye Mnevniki, 110, Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7736640919 (Russia) [UKRAINE-EO13660].

'WOLF' HOLDING OF SECURITY STRUCTURES (a.k.a. DEFENSE HOLDING STRUCTURE 'WOLF'; a.k.a. HOLDING SECURITY STRUCTURE WOLF; a.k.a. KHOLDING OKHRANNYKH STRUKTUR VOLK; a.k.a. WOLF HOLDING COMPANY), ul. Panferova d. 18, Moscow 119261, Russia; Nizhniye Mnevniki, 110, Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7736640919 (Russia) [UKRAINE-EO13660].

WOLF, Stefan Anton, Liechtenstein; DOB 23 Apr 1976; nationality Austria; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

WOLFOVITZ, Alexander (a.k.a. VOLFOVICH, Aleksandr (Cyrillic: ВОЛФОВИЧ, Александр); a.k.a. VOLFOVICH, Alexander; a.k.a. VOLFOVITS, Alexanter), 1 Danias, Agios Tychonas, Limassol, Cyprus; DOB 26 Oct 1961; nationality Cyprus; alt. nationality Israel; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: ZIMENKOV, Igor Vladimirovich).

WONDERLAND AMUSEMENT PARK (a.k.a. WONDERLAND AMUSEMENT PARK AND RESORT LTD), B1 Kukbawa, Opposite National Stadium, Abuja, FCT, Nigeria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: FAWAZ, Mustapha Reda Darwish; Linked To: FAWAZ, Fouzi Reda Darwish).

WONDERLAND AMUSEMENT PARK AND RESORT LTD (a.k.a. WONDERLAND AMUSEMENT PARK), B1 Kukbawa, Opposite National Stadium, Abuja, FCT, Nigeria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: FAWAZ, Mustapha Reda Darwish; Linked To: FAWAZ, Fouzi Reda Darwish).

WONG, Chung Chun (Chinese Traditional: 王忠巡) (a.k.a. WONG, Chung Chun Dick; a.k.a. WONG, Dick Chung Chun), Flat B, 29 Floor, Tower 3, The Riverpark, 8 Che Kung Miu Road, Shatin, Hong Kong, China; DOB 10 Oct 1973; POB Hong Kong, China; nationality Hong Kong; Gender Male; Passport K00021646 (China) issued 28 Feb 2007 expires 28 Feb 2017; National ID No. K212288A (China) (individual) [HK-EO13936].

WONG, Chung Chun Dick (a.k.a. WONG, Chung Chun (Chinese Traditional: 王忠巡); a.k.a. WONG, Dick Chung Chun), Flat B, 29 Floor, Tower 3, The Riverpark, 8 Che Kung Miu Road, Shatin, Hong Kong, China; DOB 10 Oct 1973; POB Hong Kong, China; nationality Hong Kong; Gender Male; Passport K00021646 (China) issued 28 Feb 2007 expires 28 Feb 2017; National ID No. K212288A (China) (individual) [HK-EO13936].

WONG, Dick Chung Chun (a.k.a. WONG, Chung Chun (Chinese Traditional: 王忠巡); a.k.a. WONG, Chung Chun Dick), Flat B, 29 Floor, Tower 3, The Riverpark, 8 Che Kung Miu Road, Shatin, Hong Kong, China; DOB 10 Oct 1973; POB Hong Kong, China; nationality Hong Kong; Gender Male; Passport K00021646 (China) issued 28 Feb 2007 expires 28 Feb 2017; National ID No. K212288A (China) (individual) [HK-EO13936].

WONG, Jack (a.k.a. WAN, Jack; a.k.a. WANG, Jack; a.k.a. WANG, Yunhe (Chinese Simplified: 王云禾); a.k.a. WILSON, William; a.k.a. "TRAFFICCARB"; a.k.a. "TRAFFICCASH"), 21 Angullia Park #27-03, Singapore 239974, Singapore; 98/273 31h2 Reflection Jomtien Beach, Pattaya Condo Na Jomtien Sattahip, Chonburi 20250, Thailand; DOB 05 Oct 1988; POB Beijing, China; nationality China; alt. nationality Saint Kitts and Nevis; Gender Male; Digital Currency Address - XBT bc1q4namcagg5wljs0u20z6h2sqgsq4q5lts8rt2rr; alt. Digital Currency Address - XBT

bc1qdpazd6smrkq5hmw6lupq98za2fqtgmq3azv3av; alt. Digital Currency Address - XBT bc1qwz0l2ceddckwdy5rh6zyrm3x4ha6gn5f2da5zg; alt. Digital Currency Address - XBT bc1qw8evftpgc8wsmkemd8yl5fg2husza5z802x aym; alt. Digital Currency Address - XBT bc1qv4krhj2qmpd9qz9xj9nhvj99fq8s9xsw05d485; alt. Digital Currency Address - XBT bc1qu5vngdtcx8nc9d68pq8nv7pzcjrswsy87s66gk; alt. Digital Currency Address - XBT bc1qtsl3ufenrv3zgrgm9z8xarcx22x8mfztuartyn; alt. Digital Currency Address - XBT bc1qtrrfhr0f3ufsrjxfv8a7p3yuqj0spe4cm6vaws; alt. Digital Currency Address - XBT bc1qte9ret332gwrk6e7vqc87d807npzvdj5savg4h; alt. Digital Currency Address - XBT bc1qtdupwe722vcc5e0vh94cgwfs0ep4gzwyfsf75q; alt. Digital Currency Address - XBT bc1qnykkrlk67f9kdqvzyw2ndu3xmef5z2e52886yl; alt. Digital Currency Address - XBT bc1qllmlvy5u038yvwywu803p53g8udcm8w7k4qxu9; alt. Digital Currency Address - XBT bc1qlfpg2xn39u580cmwq6rymt8jdhcmj8520jhgh0; alt. Digital Currency Address - XBT bc1ql7rnd70aejdxt3f9fzdlfazjlc9hvdmut8ad8s; alt. Digital Currency Address - XBT bc1ql526s72gycmvq7hek6j3tuwwmcpv4rgs0auxu7; alt. Digital Currency Address - XBT bc1qh3lw22uqwrywr8lpun20q2ma528a4yqmgf3uqp; alt. Digital Currency Address - XBT bc1qgffxa65gr579tsz55n87pal2a777ygzg69d2yz; alt. Digital Currency Address - XBT bc1qedvcgh32dud85yt7fu6s7qavthlh38gtwa7rhx; alt. Digital Currency Address - XBT bc1qau9pmgc8l6rxpdwwap3fd6zprh5yp9mpe9jl0h; alt. Digital Currency Address - XBT bc1qakycg2zp8hydg95lc9cheumpa9yfpdeyrqqh5f; alt. Digital Currency Address - XBT bc1q9ua9ypl4dhj0zut5kzasj5c2kxclhh8v2k9djd; alt. Digital Currency Address - XBT bc1q8q7z3kt37z6jalv5ujung5lem6pzlk9r3kt66k; alt. Digital Currency Address - XBT bc1q8pw85s83mdx2f3rfu64mmfd9wexqu2y856arwp; alt. Digital Currency Address - XBT bc1q7xfqqw9htr88t7vafg80p4qrlpjfyaps452x5g; alt. Digital Currency Address - XBT bc1q7hhdygx05kyfyzjku2u7lywvx5pgyng6a0nefp; alt. Digital Currency Address - XBT bc1q6w463k7mhsgguwgqtcratm4vm42rncwhvvkeck; alt. Digital Currency Address - XBT bc1q68uswkjvu7nj7mhrvfzkx7cm6u5s9puvpm5dc2; alt. Digital Currency Address - XBT bc1q5zd0cwzd09k9r8xfk68sn5ytqp8f5aae80yfsm; alt. Digital Currency Address - XBT bc1q49ax787wv0mnn8wjgp3sx772qz7eun822rk

v5k; alt. Digital Currency Address - XBT bc1q3ael5my37nklgnqcrkwmnndfx9qdnp67j0739c; alt. Digital Currency Address - XBT bc1q362njxy39gnwrvj7zytn84ax39fwnhvk7n2999; alt. Digital Currency Address - XBT bc1q2jys00x2rgdkm3xnewuucqacytu0a7echupu8y; alt. Digital Currency Address - XBT bc1q05aktddf9ce4p7hh3stgsf253m4vweu7nkhtmw; alt. Digital Currency Address - XBT bc1qtywfzxx6snut2mdrum8dyr5nnd5qhqd29wmvqt; alt. Digital Currency Address - XBT bc1qrc2gchg2fmxua5u7twu4luv5p9twmny4jjmg9x; alt. Digital Currency Address - XBT bc1q9ws2gcq7uumm4mk3l9xezwve7w5tmcs5js5cup; alt. Digital Currency Address - XBT bc1qh33xtpjqhgysq5xlmjzkm28uewj08885n95drr; alt. Digital Currency Address - XBT bc1qe8wclszdtshkjk7gph57crc72vpp9rylujgwa5; alt. Digital Currency Address - XBT bc1q2q8uxjznmurg363dvd98xjg54mrr7z6mw9t825; alt. Digital Currency Address - XBT bc1qhvzl5w99m458nm7sc6hwf5qfhxndw28sgtatk8; alt. Digital Currency Address - XBT bc1qavwamr74qlzj8txy6jaxqnpym9062h090x6kz4; alt. Digital Currency Address - XBT bc1qe9lz50jq0a5pmtry0h3ekng3kjdg09vejg7355; alt. Digital Currency Address - XBT bc1qup656lpfqfckhl580kwf62thmn5azmj2pal0sz; alt. Digital Currency Address - XBT bc1qa2xr7dmz5lztplp9yfp7k382nf4ma8gwrl7zgg; alt. Digital Currency Address - XBT bc1qrskwdw9unhlkt87ltcqq2d5pn9s6w2f35gz3z6; alt. Digital Currency Address - XBT 1NaRX1GZgtZ7E8iXo8YUdTtnb8rAK5QFJa; Digital Currency Address - ETH 0xe1d865c3d669dcc8c57c8d023140cb204e672ee4; Digital Currency Address - LTC LNf2JDiuunBz7GMDKFYHN4rq5meXWxiwfb; Digital Currency Address - TRX TBHTJqAy4DhHhmT3dNceJYNRz4SdLofLre; Passport EA2997493 (China); alt. Passport RE0064420 (Saint Kitts and Nevis) issued 10 Nov 2017 expires 09 Nov 2027; National ID No. 110108198810056013 (China) (individual) [CYBER2].

WONG, Kam Kong (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU,

Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

WONG, Kamkong (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

WONG, Moon Chi (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport

750200421 (United Kingdom) (individual) [SDNTK].

WONG, Moonchi (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

WONG, Mun Chi (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

WONG, Munchi (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a.

WONG, Mun Chi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

WOOD INTERNATIONAL GROUP SARLU (a.k.a. BOIS ROUGE SARLU), Rond Point De Kaga Mangoulou, Avenue du 15 Mars, 4eme, Bangui, Central African Republic; Kanagamongoulou, Gobongo 6, 4eme, Bangui, Central African Republic; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date Mar 2019; alt. Organization Established Date 2021; Organization Type: Logging; Registration Number CA/BG/2019B520 (Central African Republic); alt. Registration Number CA/BG/2022M1910 (Central African Republic) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

WOODFORD ENTERPRISES LIMITED SASU, 8eme etage, Immeuble 1113, No. 110 Boulevard Du 30 Juin, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-01274 (Congo, Democratic Republic of the) [GLOMAG] (Linked To: GEMINI S.A.S.U.).

WOODHAVEN DRC SASU, Immeuble 1113, 8eme etage, No. 110 Boulevard Du 30 Juin, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-01347 (Congo, Democratic Republic of the) [GLOMAG] (Linked To: ROSEHILL DRC SASU).

WORAWATVICHAI, Hataiwan (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a.

WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

WORAWATVICHAI, Hathaiwan (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

WORAWATVICHAI, Suravee (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a.

CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

WORAWATVICHAI, Surawee (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand;

DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

WORAWATWICHAI, Hataiwan (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

WORAWATWICHAI, Hathaiwan (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o

PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

WORAWATWICHAI, Surawee (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

WORAWATWICHAI, Warin (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a.

WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

WORKERS' PARTY OF KOREA CENTRAL MILITARY COMMISSION, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

WORKERS' WELFARE BANK - OF IRAN (a.k.a. BANK REFAH; a.k.a. BANK REFAH KARGARAN), No. 40 North Shiraz Street, Mollasadra Ave, Vanak Sq, Tehran 19917, Iran; No. 40, North Shiraz St, Mollasadra Ave, Tehran, Iran; 40, Northern Shirazi St, Molla Sadra Ave, Tehran 19917, Iran; Website www.bankrefah.ir; alt. Website www.refah-bank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] [IRAN-EO13902].

WORKING GROUP FOR DETERMINING OFFENSIVE CONTENT (a.k.a. COMMISSION TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. COMMITTEE FOR DETERMINING EXAMPLES OF CRIMINAL WEB CONTENT; a.k.a. COMMITTEE IN CHARGE OF DETERMINING UNAUTHORIZED WEBSITES; a.k.a. COMMITTEE TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. WORKING GROUP TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. WORKING GROUP TO DETERMINE INSTANCES ON ONLINE CRIMINAL CONTENT), Sure-Esrafil St, Tehran, Iran; Website http://internet.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

WORKING GROUP TO DETERMINE INSTANCES OF CRIMINAL CONTENT (a.k.a.

COMMISSION TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. COMMITTEE FOR DETERMINING EXAMPLES OF CRIMINAL WEB CONTENT; a.k.a. COMMITTEE IN CHARGE OF DETERMINING UNAUTHORIZED WEBSITES; a.k.a. COMMITTEE TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. WORKING GROUP FOR DETERMINING OFFENSIVE CONTENT; a.k.a. WORKING GROUP TO DETERMINE INSTANCES ON ONLINE CRIMINAL CONTENT), Sure-Esrafil St, Tehran, Iran; Website http://internet.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

WORKING GROUP TO DETERMINE INSTANCES ON ONLINE CRIMINAL CONTENT (a.k.a. COMMISSION TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. COMMITTEE FOR DETERMINING EXAMPLES OF CRIMINAL WEB CONTENT; a.k.a. COMMITTEE IN CHARGE OF DETERMINING UNAUTHORIZED WEBSITES; a.k.a. COMMITTEE TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. WORKING GROUP FOR DETERMINING OFFENSIVE CONTENT; a.k.a. WORKING GROUP TO DETERMINE INSTANCES OF CRIMINAL CONTENT), Sure-Esrafil St, Tehran, Iran; Website http://internet.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

WORLD DISTRIBUTION SYSTEM (a.k.a. SISTEMA DE DISTRIBUCION MUNDIAL, S.A.C.), Avenida Jose Pardo No. 601, Piso 11, Lima, Peru; RUC # 20458382779 (Peru) [SDNTK].

WORLD HONGMEN HISTORY AND CULTURE ASSOCIATION (Chinese Traditional: 世界洪門歷史文化協會), Cambodia; Organization Established Date 2018 [GLOMAG] (Linked To: KOI, Wan Kuok).

WORLD HUMAN CARE, Jl Witanaharja III blok C/137, Pamulang Bara, Pamulang, Tangerang Selatan, Banten, Indonesia; Komp. Setia Bina Sarana Jl Ciremai Raya Blok AB 3 No. 9 RT 05/RW 07, Kelurahan Harapan Jaya Kecamatan Bekasi Utara, Bekasi 170124, Indonesia; Jln. Siliwangi Raya Blok D3 no. 7, Pamulang Permai 1, Pamulang Barat, Taggerang Selatan 15417, Indonesia; Markaz Syria Today - WHC Iblien Village, Jabalzawiyah, Idlib Province, Syria; Website https://www.whc.or.id; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number AHU-09363.50.10.2014 (Indonesia) issued 20 Nov 2014 [SDGT] (Linked To: MAJELIS MUJAHIDIN INDONESIA).

WORLD MINING INDUSTRY COMPANY LTD, Unit 1504, Full Tower, No. 9, East Third Ring Ro, Chaoyang District, Beijing, China; Level 2, Motahari St., No. 193, Tehran, Iran; Website http://wmi.midhco.com/; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871] (Linked To: MIDDLE EAST MINES AND MINERAL INDUSTRIES DEVELOPMENT HOLDING COMPANY).

WORLD VISION FREIGHT SYSTEMS FZE, Saif Suite Z3-72, Sharjah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 13331 (United Arab Emirates); Economic Register Number (CBLS) 11614428 (United Arab Emirates) [RUSSIA-EO14024].

WORLD WATER FISHERIES LIMITED (f.k.a. IL-BRAZZOL), 10 Quarry Garage, Gharghur, Malta; 22 Mensija Road, San Gwann SGN 1432, Malta; 6/13, Ibragg road, Tal-Balal, Swieqi, Malta; D-U-N-S Number 56-558-7594; V.A.T. Number MT15388917 (Malta); Trade License No. C 24129 (Malta); Company Number 4220856 [LIBYA3] (Linked To: DEBONO, Darren).

WORLDFAST INTERNATIONAL LIMITED (a.k.a. WORLDFAST INTERNATIONAL LTD), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

WORLDFAST INTERNATIONAL LTD (a.k.a. WORLDFAST INTERNATIONAL LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

WORLDWIDE LPG LIMITED, Suite 2, Fulham Business Exchange, The Boulevard, London SW6 2TL, United Kingdom; Organization Established Date 04 Oct 2011; Company Number 07796811 (United Kingdom) [IRAN-EO13902] (Linked To: EMAMJOMEH, Meisam).

WORLDWIDE SHIPPING & TRANS (a.k.a. WORLDWIDE SHIPPING & TRANSPORTATION LIMITED; a.k.a. WORLDWIDE SHIPPING AND TRANS; a.k.a. WORLDWIDE SHIPPING AND

TRANSPORTATION LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

WORLDWIDE SHIPPING & TRANSPORTATION LIMITED (a.k.a. WORLDWIDE SHIPPING & TRANS; a.k.a. WORLDWIDE SHIPPING AND TRANS; a.k.a. WORLDWIDE SHIPPING AND TRANSPORTATION LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

WORLDWIDE SHIPPING AND TRANS (a.k.a. WORLDWIDE SHIPPING & TRANS; a.k.a. WORLDWIDE SHIPPING & TRANSPORTATION LIMITED; a.k.a. WORLDWIDE SHIPPING AND TRANSPORTATION LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

WORLDWIDE SHIPPING AND TRANSPORTATION LIMITED (a.k.a. WORLDWIDE SHIPPING & TRANS; a.k.a. WORLDWIDE SHIPPING & TRANSPORTATION LIMITED; a.k.a. WORLDWIDE SHIPPING AND TRANS), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

WORTHALIANCE LIMITED, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island, Marshall Islands; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6478345 [UKRAINE-EO13662] [RUSSIA-EO14024].

WRIGHT AERO COMPONENTS FZE, Office No. 304, Third Floor, One UAQ Building, Umm-Al-Quawain, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 5747 (United Arab Emirates) [RUSSIA-EO14024].

WRIGHT, Ian Colin (a.k.a. DOGUZHIEV, Alexey; a.k.a. KORINETS, Andrey Stanislavovich

(Cyrillic: КОРИНЕЦ, Андрей Станиславович)), Syktyvkar, Komi Republic, Russia; DOB 18 May 1987; POB Syktyvkar, Komi Republic, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 8707233962 (Russia) (individual) [CYBER2].

WS SHIPPING CO. LTD. (Chinese Simplified: 赢仕船務有限公司), 9th Floor, Block C, Qingdao Plaza, 381, Dunhua Lu, Shibei Qu, Qingdao, Shandong 266034, China; Unit D, 16/F, One Capital Place, 18 Luard Road, Wan Chai, Hong Kong, China; Identification Number IMO 6096873; Registration Number 2818185 (Hong Kong) [IRAN-EO13846].

WT MARINE PTE LTD, #11-09 Parkway Parade, 449269, Singapore; 64D Kallang Pudding Road, #09-00 Wee Tiong Building, 349323, Singapore; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 201616714Z [DPRK].

WU, Chai Su (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

WU, Chaisu (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam

Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

WU, Huihui (a.k.a. "FAST4RELEASE"; a.k.a. "WAKEMEUPUPUP"), China; DOB 15 Dec 1988; POB Shandong, China; nationality China; Gender Male; Digital Currency Address - XBT 1986rYHckYbJpGQJy6ornuMyD2N5MTqwDt; alt. Digital Currency Address - XBT 125W5ek3DT6Zqy5S2iPt4FHQdNMCbZA3FU; alt. Digital Currency Address - XBT 1Kc6egXevyLEaeTxLFA1Zyw7GuhCN8jQtt; alt. Digital Currency Address - XBT 12w6v1qAaBc4W8h8C2Cu5SKFaKDSv3erUW; alt. Digital Currency Address - XBT 1CPJak9ZyddbawMGJPyEhCiJLXXb4sYv8N; alt. Digital Currency Address - XBT 1DJoVLgn1foJHHngduRPJvRbwpaFEKxvxd; alt. Digital Currency Address - XBT 15kZobLkD6HZgEECtz4oS2Vz21XHTnNfSg; alt. Digital Currency Address - XBT 15qyVrZvvVGvB7GWiAZ82TNcZ6QWMKu3kx; alt. Digital Currency Address - XBT 12YCfVAEzkEZXBYhUTyJJaRkgMXiFxJgcu; alt. Digital Currency Address - XBT 1MkCnCa9agS5t6V1B15bzusBgYECB4LfWp; alt. Digital Currency Address - XBT 1NuBZQXJPyYQGfoBib8wWBDpZmbtkJa5Ba; alt. Digital Currency Address - XBT 14rjAD8ZP5xaL571cMRE98qgxxbg1S8mAN; alt. Digital Currency Address - XBT 18yWCu6agTxYqAerMxiz9sgHrK3ViezzGa; alt. Digital Currency Address - XBT 12jVCWW1ZhTLA5yVnroEJswqKwsfiZKsax; alt. Digital Currency Address - XBT 1J378PbmTKn2sEw6NBrSWVfjZLBZW3DZem; alt. Digital Currency Address - XBT 18aqbRhHupgvC9K8qEqD78phmTQQWs7B5d; alt. Digital Currency Address - XBT 16ti2EXaae5izfkUZ1Zc59HMcsdnHpP5QJ; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport E59165201 (China) expires 01 Sep 2025; Identification Number 371326198812157611 (China) (individual) [DPRK3] (Linked To: LAZARUS GROUP).

WU, Nan Hsiung (a.k.a. CHARIAPAPORN, Hiran; a.k.a. CHARI-APAPORN, Hiran; a.k.a. CHARI-APHAPHON, Hiran; a.k.a. JAREE-ARPAPORN, Hiran; a.k.a. JAREE-ARPAPORN, Hirun), c/o A-TEAM CHEMICALS COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; DOB 03 Jan 1950; National ID No. 310062394060 (Thailand) (individual) [SDNTK].

WU, Royston (a.k.a. BIN AHMAD, Mohammad Roslan; a.k.a. CHIREN, Royston Wu; a.k.a. ROYSTON, Mohammad Roslan), Batam, Indonesia; DOB 05 Nov 1968; citizen Singapore; alt. citizen Malaysia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. S6837315H (Singapore) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

WU, Weihua (Chinese Simplified: 武维华; Chinese Traditional: 武維華), Beijing, China; DOB 06 Sep 1956; POB Linfen, Shanxi Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

WU, Yaqin (Chinese Simplified: 吴雅琴), China; DOB 13 Nov 1992; POB Hubei, China; nationality China; Email Address lilywu921206@gmail.com; alt. Email Address furody@icloud.com; alt. Email Address 2390864901@qq.com; Gender Female; Phone Number 8615623932350; National ID No. 429004199211135144 (China) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: YAO, Huatao).

WU, Yi Xuan, China; DOB 17 Dec 1982; nationality China; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

WU, Yingjie (Chinese Simplified: 吴英杰), China; DOB Dec 1956; POB Changyi County, Shandong Province, China; nationality China; Gender Male (individual) [GLOMAG].

WU, Yonghao (Chinese Simplified: 吴永昊), China; DOB 28 Jan 1992; POB Hubei, China; nationality China; National ID No. 429004199201280014 (China) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: YAO, Huatao).

WUHAN GLOBAL SENSOR TECHNOLOGY CO., LTD. (Chinese Simplified: 武汉高芯科技有限公司), Building 2, No. 6, Huanglongshan S. Road, Donghu Development Zone, Wuhan, Hubei, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Apr 2013; Unified Social Credit Code (USCC) 914201000668186736 (China) [RUSSIA-EO14024].

WUHAN HUAZHONG NUMERICAL CONTROL CO LTD (Chinese Simplified: 武汉华中数控股份有限公司), Huagong Science and Technology Park, East Lake Development Zone, Wuhan, Hubei 430223, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 914200006164176058 (China) [RUSSIA-EO14024].

WUHAN LONGHUA WEIYE INDUSTRY AND TRADE CO., LTD (a.k.a. WUHAN SANJIANG IMP. & EXP. CO. LTD.; a.k.a. WUHAN SANJIANG IMPORT AND EXPORT CO. LTD; a.k.a. "WSIEC"), Room 519, complex building Hubei Modern Five Metals and electromechanical Market, Wuhan, China; No. 5647, Dongxihu Ave, Dongxihu District, Wuhan, Hubei, China; Qiao mouth district space, building no. 101, Wuhan, Hubei 430040, China; Additional Sanctions Information - Subject to Secondary Sanctions; United Social Credit Code Certificate (USCCC) 91420112711981060J (China) [NPWMD] [IFSR].

WUHAN MAIWE COMMUNICATION CO LTD (Chinese Simplified: 武汉迈威通信股份有限公司), Building 2, Lot E, Phoenix Industrial Park, No. 52 Liufang Avenue, East Lake New Technology Development Zone, Wuhan 430205, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 9142010030349268X3 (China) [RUSSIA-EO14024].

WUHAN SANJIANG IMP. & EXP. CO. LTD. (a.k.a. WUHAN LONGHUA WEIYE INDUSTRY AND TRADE CO., LTD; a.k.a. WUHAN SANJIANG IMPORT AND EXPORT CO. LTD; a.k.a. "WSIEC"), Room 519, complex building Hubei Modern Five Metals and electromechanical Market, Wuhan, China; No.

5647, Dongxihu Ave, Dongxihu District, Wuhan, Hubei, China; Qiao mouth district space, building no. 101, Wuhan, Hubei 430040, China; Additional Sanctions Information - Subject to Secondary Sanctions; United Social Credit Code Certificate (USCCC) 91420112711981060J (China) [NPWMD] [IFSR].

WUHAN SANJIANG IMPORT AND EXPORT CO. LTD (a.k.a. WUHAN LONGHUA WEIYE INDUSTRY AND TRADE CO., LTD; a.k.a. WUHAN SANJIANG IMP. & EXP. CO. LTD.; a.k.a. "WSIEC"), Room 519, complex building Hubei Modern Five Metals and electromechanical Market, Wuhan, China; No. 5647, Dongxihu Ave, Dongxihu District, Wuhan, Hubei, China; Qiao mouth district space, building no. 101, Wuhan, Hubei 430040, China; Additional Sanctions Information - Subject to Secondary Sanctions; United Social Credit Code Certificate (USCCC) 91420112711981060J (China) [NPWMD] [IFSR].

WUHAN SHUOKANG BIOLOGICAL TECHNOLOGY CO., LTD (Chinese Simplified: 武汉硕康生物科技有限公司), H05106, Building 1, No. 58, Guangxi Avenue, East Lake New Technology Development Zone, Wuhan, Hubei, China (Chinese Simplified: 东湖新技术开发区光口大道58号1栋H05106, 武汉, 湖北, China); Organization Established Date 25 May 2021; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; Registration Number 420100001731665 (China); Unified Social Credit Code (USCC) 91420100MA49RQRJ87 (China) [ILLICIT-DRUGS-EO14059] (Linked To: YAO, Huatao).

WUHAN TIANYU INFORMATION INDUSTRY CO LTD (Chinese Simplified: 武汉天喻信息产业股份有限公司), Wuhan, Hubei, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91420000714587800U (China) [RUSSIA-EO14024].

WUHAN TONGSHENG TECHNOLOGY CO., LTD., F038, Floor 5-8, 13, 15, Block B, No. 2 Factory Building, Guangyuan Science Park, No. 6 Huashiyuan North Road, Wuhan, Hubei 430000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Jun 2021; Unified Social Credit Code (USCC)

91420100MA4F0QE59C (China) [RUSSIA-EO14024].

WUHAN XIAORUIZHI SCIENCE AND TECHNOLOGY COMPANY, LIMITED (Chinese Simplified: 武汉晓睿智科技有限责任公司), 2nd Floor, No. 16, Huashiyuan North Road, East Lake New Technology Development Zone, Wuhan, Hubei Province, China; Organization Established Date 08 Mar 2010; Organization Type: Computer programming activities; Unified Social Credit Code (USCC) 91420100551956105K (China) [CYBER2].

WUHAN YUANCHENG GONGCHUANG TECHNOLOGY CO., LTD. (Chinese Simplified: 武汉远成共创科技有限公司), No. 426 Zhongshan Road, Wuchang District, Wuhan, Hubei, China; No. 425 Zhongshan Road, Wuchang District, Wuhan, Hubei, China; Registration Number 420106000105666 (China) [ILLICIT-DRUGS-EO14059].

WUOL, Santino Deng (a.k.a. KUOL, Santino Deng; a.k.a. WOL, Santino Deng); DOB 09 Nov 1962; POB Aweil, South Sudan; alt. POB Aweil, Sudan; Major General; Sudan People's Liberation Army Third Division Commander (individual) [SOUTH SUDAN].

WWG DIAMONDS, Jacob Jacobsstraat 56, Antwerp 2018, Belgium; Target Type Private Company; Enterprise Number 0821135682 (Belgium) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

WWW.AEROCONTINENTE.COM (a.k.a. AERO CONTINENT S.A.; a.k.a. AERO CONTINENTE S.A; a.k.a. AEROCONTINENTE S.A.; n.k.a. NUEVO CONTINENTE S.A.; n.k.a. NUEVOCONTINENTE S.A.; a.k.a. WWW.AEROCONTINENTE.COM.PE; n.k.a. WWW.NUEVOCONTINENTE.COM.PE), Jr. Francisco Bolognesi 125, Piso 16, Miraflores, Lima 18, Peru; Av. Grau 602 D, Barranco, Lima, Peru; Plaza Camacho TDA 3-C, La Molina, Lima, Peru; Av. Antunez de Mayolo 889, Los Olivos, Lima, Peru; Av. Pardo 605, Miraflores I-Pardo, Lima, Peru; Av. Camino Real 441, San Isidro, Lima, Peru; Av. Arequipa 326, Santa Beatriz, Lima, Peru; Av. Benavides 4581, Surco I, Lima, Peru; Av. Saenz Pena 184, Callao, Lima, Peru; Av. Rufino Torrico 981, Lima, Peru; Av. Enrique Llosa 395-A, Magdalena, Lima, Peru; Av. Larco 123-2 Do Piso, Miraflores II-Larco, Lima, Peru; Av. Peru 3421, San Martin de Porres, Lima, Peru; C.C. San Miguel Shopping Center, TDA. 50 - Av. La Mar 2291, San Miguel, Lima, Peru; Av. La Encalada 1587, (C.C. El Polo Block A Oficina 213), Surco II-

C.C. El Polo, Lima, Peru; Av. Jose Pardo 601, Miraflores, Lima, Peru; Av. Peru 3421, San Martin, Lima, Peru; Av. Grau 624, Barranco, Lima, Peru; Av. La Marina 2095, San Miguel, Lima, Peru; Sta Catalina 105 A-B, Arequipa, Peru; Jr. 9 de Diciembre 160, Ayacucho, Peru; Jr. 2 de Mayo 381, Cajamarca, Peru; Calle San Jose 867-879, Chiclayo, Peru; Portal de Carnes 254, Cusco, Peru; Jr. Prospero 232, Iquitos, Peru; Calle San Roman 175, Juliaca, Peru; Jr. Libertad 945-951, Piura, Peru; Leon Velarde 584, Puerto Maldonado, Peru; Jr. 7 de Junio 861, Pucallpa, Peru; Alonso de Alvarado 726, Rioja, Peru; Calle Apurimac 265, Tacna, Peru; Jr. Moyobamba 101, Tarapoto, Peru; Jr. Pizarro 470, Trujillo, Peru; Av. Tumbes 217, Tumbes, Peru; Jr. Libertad 139, Yurimaguas, Peru; Av. Thames 2406 (CP 1425) C.F., Buenos Aires, Argentina; Av. Amazonas No. 22-11B Y Veintimilla-Quito, Quito, Ecuador; Avenida Portugal No. 20, Of. 27 - Comuna Santiago Centro, Santiago, Chile; Boyaca 1012 Y P. Icaza, Guayaquil, Ecuador; Av. 27 De Febrero No. 102, Edif Miguel Mejia Urr. El Vergel, Santo Domingo, Dominican Republic; 1ra Avenida de Los Palos Grandes, Centro Comercial Quinora P.B., Locales L-1A y L-2A, Caracas, Venezuela; Calle Rio Rhin No. 64, P.B. Col. Cuauhtemoc C.P., Mexico City D.F. 065000, Mexico; Av. Colon 119 Piso 3 Of. 6 (CP-X5000EPB), Cordoba, Argentina; Rivadavia 209 (CP-5500), Mendoza, Argentina; Sarmiento 854 Piso 8 Of. 3 y 4 (CP-S2000CMN), Rosario, Santa Fe, Argentina; Bogota, Colombia; 8940 NW 24 Terrace, Miami, FL 33172, United States; NIT # 8300720300 (Colombia); US FEIN 55-2197267; RUC # 20108363101 (Peru); Business Registration Document # F01000003035 (United States) [SDNTK].

WWW.AEROCONTINENTE.COM.PE (a.k.a. AERO CONTINENT S.A.; a.k.a. AERO CONTINENTE S.A; a.k.a. AEROCONTINENTE S.A.; n.k.a. NUEVO CONTINENTE S.A.; n.k.a. NUEVOCONTINENTE S.A.; a.k.a. WWW.AEROCONTINENTE.COM; n.k.a. WWW.NUEVOCONTINENTE.COM.PE), Jr. Francisco Bolognesi 125, Piso 16, Miraflores, Lima 18, Peru; Av. Grau 602 D, Barranco, Lima, Peru; Plaza Camacho TDA 3-C, La Molina, Lima, Peru; Av. Antunez de Mayolo 889, Los Olivos, Lima, Peru; Av. Pardo 605, Miraflores I-Pardo, Lima, Peru; Av. Camino Real 441, San Isidro, Lima, Peru; Av. Arequipa 326, Santa Beatriz, Lima, Peru; Av. Benavides 4581, Surco I, Lima, Peru; Av. Saenz Pena 184, Callao,

Lima, Peru; Av. Rufino Torrico 981, Lima, Peru; Av. Enrique Llosa 395-A, Magdalena, Lima, Peru; Av. Larco 123-2 Do Piso, Miraflores II-Larco, Lima, Peru; Av. Peru 3421, San Martin de Porres, Lima, Peru; C.C. San Miguel Shopping Center, TDA. 50 - Av. La Mar 2291, San Miguel, Lima, Peru; Av. La Encalada 1587, (C.C. El Polo Block A Oficina 213), Surco II-C.C. El Polo, Lima, Peru; Av. Jose Pardo 601, Miraflores, Lima, Peru; Av. Peru 3421, San Martin, Lima, Peru; Av. Grau 624, Barranco, Lima, Peru; Av. La Marina 2095, San Miguel, Lima, Peru; Sta Catalina 105 A-B, Arequipa, Peru; Jr. 9 de Diciembre 160, Ayacucho, Peru; Jr. 2 de Mayo 381, Cajamarca, Peru; Calle San Jose 867-879, Chiclayo, Peru; Portal de Carnes 254, Cusco, Peru; Jr. Prospero 232, Iquitos, Peru; Calle San Roman 175, Juliaca, Peru; Jr. Libertad 945-951, Piura, Peru; Leon Velarde 584, Puerto Maldonado, Peru; Jr. 7 de Junio 861, Pucallpa, Peru; Alonso de Alvarado 726, Rioja, Peru; Calle Apurimac 265, Tacna, Peru; Jr. Moyobamba 101, Tarapoto, Peru; Jr. Pizarro 470, Trujillo, Peru; Av. Tumbes 217, Tumbes, Peru; Jr. Libertad 139, Yurimaguas, Peru; Av. Thames 2406 (CP 1425) C.F., Buenos Aires, Argentina; Av. Amazonas No. 22-11B Y Veintimilla-Quito, Quito, Ecuador; Avenida Portugal No. 20, Of. 27 - Comuna Santiago Centro, Santiago, Chile; Boyaca 1012 Y P. Icaza, Guayaquil, Ecuador; Av. 27 De Febrero No. 102, Edif Miguel Mejia Urr. El Vergel, Santo Domingo, Dominican Republic; 1ra Avenida de Los Palos Grandes, Centro Comercial Quinora P.B., Locales L-1A y L-2A, Caracas, Venezuela; Calle Rio Rhin No. 64, P.B. Col. Cuauhtemoc C.P., Mexico City D.F. 065000, Mexico; Av. Colon 119 Piso 3 Of. 6 (CP-X5000EPB), Cordoba, Argentina; Rivadavia 209 (CP-5500), Mendoza, Argentina; Sarmiento 854 Piso 8 Of. 3 y 4 (CP-S2000CMN), Rosario, Santa Fe, Argentina; Bogota, Colombia; 8940 NW 24 Terrace, Miami, FL 33172, United States; NIT # 8300720300 (Colombia); US FEIN 55-2197267; RUC # 20108363101 (Peru); Business Registration Document # F01000003035 (United States) [SDNTK].

WWW.CUBA-SHOP.NET (a.k.a. LA COMPANIA TIENDAS UNIVERSO S.A.) [CUBA].

WWW.NUEVOCONTINENTE.COM.PE (a.k.a. AERO CONTINENT S.A.; a.k.a. AERO CONTINENTE S.A; a.k.a. AEROCONTINENTE S.A.; n.k.a. NUEVO CONTINENTE S.A.; n.k.a. NUEVOCONTINENTE S.A.; a.k.a. WWW.AEROCONTINENTE.COM; a.k.a. WWW.AEROCONTINENTE.COM.PE), Jr. Francisco Bolognesi 125, Piso 16, Miraflores, Lima 18, Peru; Av. Grau 602 D, Barranco, Lima, Peru; Plaza Camacho TDA 3-C, La Molina, Lima, Peru; Av. Antunez de Mayolo 889, Los Olivos, Lima, Peru; Av. Pardo 605, Miraflores I-Pardo, Lima, Peru; Av. Camino Real 441, San Isidro, Lima, Peru; Av. Arequipa 326, Santa Beatriz, Lima, Peru; Av. Benavides 4581, Surco I, Lima, Peru; Av. Saenz Pena 184, Callao, Lima, Peru; Av. Rufino Torrico 981, Lima, Peru; Av. Enrique Llosa 395-A, Magdalena, Lima, Peru; Av. Larco 123-2 Do Piso, Miraflores II-Larco, Lima, Peru; Av. Peru 3421, San Martin de Porres, Lima, Peru; C.C. San Miguel Shopping Center, TDA. 50 - Av. La Mar 2291, San Miguel, Lima, Peru; Av. La Encalada 1587, (C.C. El Polo Block A Oficina 213), Surco II-C.C. El Polo, Lima, Peru; Av. Jose Pardo 601, Miraflores, Lima, Peru; Av. Peru 3421, San Martin, Lima, Peru; Av. Grau 624, Barranco, Lima, Peru; Av. La Marina 2095, San Miguel, Lima, Peru; Sta Catalina 105 A-B, Arequipa, Peru; Jr. 9 de Diciembre 160, Ayacucho, Peru; Jr. 2 de Mayo 381, Cajamarca, Peru; Calle San Jose 867-879, Chiclayo, Peru; Portal de Carnes 254, Cusco, Peru; Jr. Prospero 232, Iquitos, Peru; Calle San Roman 175, Juliaca, Peru; Jr. Libertad 945-951, Piura, Peru; Leon Velarde 584, Puerto Maldonado, Peru; Jr. 7 de Junio 861, Pucallpa, Peru; Alonso de Alvarado 726, Rioja, Peru; Calle Apurimac 265, Tacna, Peru; Jr. Moyobamba 101, Tarapoto, Peru; Jr. Pizarro 470, Trujillo, Peru; Av. Tumbes 217, Tumbes, Peru; Jr. Libertad 139, Yurimaguas, Peru; Av. Thames 2406 (CP 1425) C.F., Buenos Aires, Argentina; Av. Amazonas No. 22-11B Y Veintimilla-Quito, Quito, Ecuador; Avenida Portugal No. 20, Of. 27 - Comuna Santiago Centro, Santiago, Chile; Boyaca 1012 Y P. Icaza, Guayaquil, Ecuador; Av. 27 De Febrero No. 102, Edif Miguel Mejia Urr. El Vergel, Santo Domingo, Dominican Republic; 1ra Avenida de Los Palos Grandes, Centro Comercial Quinora P.B., Locales L-1A y L-2A, Caracas, Venezuela; Calle Rio Rhin No. 64, P.B. Col. Cuauhtemoc C.P., Mexico City D.F. 065000, Mexico; Av. Colon 119 Piso 3 Of. 6 (CP-X5000EPB), Cordoba, Argentina; Rivadavia 209 (CP-5500), Mendoza, Argentina; Sarmiento 854 Piso 8 Of. 3 y 4 (CP-S2000CMN), Rosario, Santa Fe, Argentina; Bogota, Colombia; 8940 NW 24 Terrace, Miami, FL 33172, United States; NIT # 8300720300 (Colombia); US FEIN 55-2197267; RUC # 20108363101 (Peru); Business

Registration Document # F01000003035 (United States) [SDNTK].

WWW.SERCUBA.COM (a.k.a. SERCUBA), Gral. Gomez #105 e/ Maceo e Independencia, Camaguey, Cuba; Calle 29 #5218 e/ 52 y 54 Edif. Cimex, Cienfuegos, Cuba; Libertad s/n, e/ Honorato del Castillo y Maceo, Ciego de Avila, Cuba; Calle 6 #408 esq. 3ra. Ave. Miramar Playa, La Habana, Cuba; Edif. Las Novedades altos Ave. Frank Pais e/ Segunda y Aven. Figueredo. Rpto. Jesus Menendez. Bayamo, Granma, Cuba; Crombet s/n e/ Los Maceos y Moncada, Guantanamo, Cuba; Frexes #216 e/ Maceo y Martires, Holguin, Cuba; Ave. 1ro. De Mayo s/n. Moa, Holguin, Cuba; Vicente Garcia #28 e/ Julian Santana y Francisco Vega, Tienda La Nueva, Las Tunas, Cuba; Calle 40 esq. Playa. Varadero, Matanzas, Cuba; Calle Ayuntamiento e/ Medio y Rio, Matanzas, Cuba; Gerardo Medina #633, Pinar del Rio, Cuba; Independencia #171 Sur, altos, Sancti Spiritus, Cuba; Felix Pena #565 e/ Jose A. Saco y Aguilera, Santiago de Cuba, Cuba; Carretera Central Km. 298 Banda Esperanza, Villa Clara, Cuba; Calle 39 e/ 30 y 32 Altos del Servi Cupet "El parque", Isla de la Juventud, Cuba [CUBA].

WYSS, Anton Daniel, Im Duxer, Schaan 9494, Liechtenstein; DOB 1971; nationality Switzerland; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

XAKI (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. EPANASTATIKI PIRINES; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. "ETA"; a.k.a. "K.A.S."); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

XAMAN HA CENTER (a.k.a. PLAZA XAMAN HA), Av. Balam Kanche Mza. 30, Lote 002, Condominio Playa Car Fase II, Playa del Carmen, Quintana Roo 77710, Mexico; Carretera Cancun-Tulum, Playacar, Solidaridad, Playa del Carmen, Quintana Roo 77717, Mexico; Avenida 50, Playa del Carmen, Quintana Roo, Mexico [SDNTK].

XANTE LINE INC., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 13 Jul 2022; Identification Number IMO 6341083; Registration Number 115364

(Marshall Islands) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

XASHANIMEHR, Alireza (a.k.a. KASHANI, Alireza; a.k.a. KASHANIMEHR, Alireza), Iran; DOB 13 Mar 1990; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport R40925019 (Iran) expires 14 Mar 2022; alt. Passport X15243089 (Iran) expires 05 Feb 2014 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

XASTER CO., LIMITED, Rm 205 Unit X 2/F, Valiant Indl Ctr, Sha Tin, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Oct 2022; Company Number 3201983 (Hong Kong); Business Registration Number 74540311 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

XH SMART TECH CHINA CO LTD (a.k.a. XINGHAN INTELLIGENT TECHNOLOGY CO LTD (Chinese Simplified: 星汉智能科技股份有限公司)), No. 6 Hengli Industry Zone, Lianfeng Road, Zhuhai 519060, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91440400570130309H (China) [RUSSIA-EO14024].

XHAFERI, Shefit; DOB 1960 (individual) [BALKANS].

XHEMAJLI, Emrush; DOB 05 May 1959; POB Urosevac, Serbia and Montenegro (individual) [BALKANS].

XHEMAJLI, Muhamet; DOB 08 Feb 1958; POB Muhovac, Serbia and Montenegro (individual) [BALKANS].

XIA TRADING LIMITED (a.k.a. MAYGU INTERNATIONAL TRADING CO., LIMITED), Rm 32, 11/F, Lee Ka Indl Bldg, San Po Kong, Hong Kong, China; Organization Established Date 29 Jun 2020; Company Number 2955367 (Hong Kong); Business Registration Number 72002026 (Hong Kong) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

XIA, Baolong (Chinese Simplified: 夏宝龙; Chinese Traditional: 夏寶龍), China; DOB 01 Dec 1952 to 31 Dec 1952; POB Tianjin, China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Director, Hong Kong and Macao Affairs Office of the State Council (individual) [HK-EO13936].

XIA, Fengbing (Chinese Simplified: 夏凤兵), No. 320 Fengjiazhai Village, Fengjiazhai Township, Guangzong County, Xingtai City, Hebei Province, China (Chinese Simplified: 冯家寨村320号, 冯家寨乡, 广宗县, 邢台市, 河北省, China); DOB 03 Sep 1986; POB Hebei, China; nationality China; citizen China; Gender Male; Digital Currency Address - XBT 38TftW1heYPqvKbiAhT4ttNBqkUPpooXad; alt. Digital Currency Address - XBT bc1qkfqh5p2qsakseg5gnwen6zh5xf3elmku2xaup29mw3l0wnncy3es880dss; Digital Currency Address - TRX TTKnV2S1295UrPr7N67Tp9ykNL7xX2Z4Uj; National ID No. 130531198609030216 (China) (individual) [ILLICIT-DRUGS-EO14059].

XIAMEN LIMBACH AIRCRAFT ENGINE CO., LTD., Unit E, Unit 431, 4th Floor, Building C, Xiamen International Shipping Center, No. 93 Xiangyu Road, Xiamen Area, China (Fujian) Pilot Free Trade Zone, Fujian, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Nov 2012; Registration Number 350200200075990 (China); Unified Social Credit Code (USCC) 91350200051193084R (China) [RUSSIA-EO14024].

XI'AN LONGDE TECHNOLOGY DEVELOPMENT COMPANY LIMITED, Building 9, Technology Qiye Jiasuqi Area 2, No. West 6, Caotang Keji Chanye Jidi Qinling A Venue, High-Tech Zone, X'ian, Shaanxi 710075, China; Website http://www.lontek.cn; Organization Established Date 29 Sep 2003; Unified Social Credit Code (USCC) 91610131742838531E (China) [NPWMD].

XIANGHE TRADE CO., LTD. (a.k.a. DANDONG XIANGHE TRADING CO., LTD.; a.k.a. DANDONG XIANGHE TRADING CORPORATION; a.k.a. DANDONG XIANGHE TRADING LTD. CO), China; No. 603, 2F, Jiadi Square, Developing Zone, Dandong, Liaoning, China; Beida Rd., Pingxiang City, Chongzuo, Guangxi 532600, China; Room 703, No. 7 Building, Fangba, Yanjiang Development Zone, Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

XIANHUA, Jack (a.k.a. QIN, Jack; a.k.a. XIANHUA, Qin); DOB 08 Jan 1979; citizen China; Additional Sanctions Information - Subject to Secondary Sanctions; Passport E31457650 expires 21 Oct 2023 (individual) [NPWMD] [IFSR].

XIANHUA, Qin (a.k.a. QIN, Jack; a.k.a. XIANHUA, Jack); DOB 08 Jan 1979; citizen China; Additional Sanctions Information - Subject to Secondary Sanctions; Passport E31457650 expires 21 Oct 2023 (individual) [NPWMD] [IFSR].

XIAO, Zeyi (Chinese Simplified: 萧泽颐) (a.k.a. SIU, Chak Yee (Chinese Traditional: 蕭澤頤); a.k.a. SIU, Chak Yee Raymond; a.k.a. SIU, Raymond Chak Yee), Hong Kong, China; DOB 02 Apr 1966; POB Hong Kong, China; nationality China; citizen China; Gender Male; Passport 610338855 (China); National ID No. 561834197328 (China) (individual) [HK-EO13936].

XIAOLU, Mu, Hong Kong, China; DOB 08 Mar 1990; POB Mianyang, China; nationality China; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

XIN QUAN ELECTRONICS CO LIMITED (a.k.a. XIN QUAN ELECTRONICS HONGKONG CO LIMITED), Unit D 16/F, One Capital Place 18 Luard Rd, Wan Chai, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Jan 2011; Company Number 1548836 (Hong Kong); Business Registration Number 53568083 (Hong Kong) [RUSSIA-EO14024].

XIN QUAN ELECTRONICS HONGKONG CO LIMITED (a.k.a. XIN QUAN ELECTRONICS CO LIMITED), Unit D 16/F, One Capital Place 18 Luard Rd, Wan Chai, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Jan 2011; Company Number 1548836 (Hong Kong); Business Registration Number 53568083 (Hong Kong) [RUSSIA-EO14024].

XIN RUI JI TRAD CO., LIMITED (Chinese Traditional: 鑫瑞吉貿易有限公司), Unit C, 9/F Winning House, No. 72-76 Wing Lok Street, Sheung Wan, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Mar 2023; Company Number 3257341 (Hong Kong); Business Registration Number 75098080 (Hong

Kong) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

XIN TIAN JIAN CAMBODIA REAL ESTATE DEVELOPMENT CO. LTD, Phnom Penh, Cambodia; Tax ID No. L001-107034018 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

XING AO ENERGY PTE. LTD., 6, Temasek Boulevard, #36-02A, Suntec Tower Four, Singapore 038986, Singapore; Organization Established Date 17 Apr 2018; Identification Number 201812992K (Singapore); Legal Entity Number 254900CSJGVBZ6CA9D24 [IRAN-EO13846] (Linked To: HEBEI XINHAI CHEMICAL GROUP CO., LTD.).

XINGFU HAI SHIPPING LIMITED, Seychelles; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number IMO 6413774 [UKRAINE-EO13662] [RUSSIA-EO14024].

XINGHAN INTELLIGENT TECHNOLOGY CO LTD (Chinese Simplified: 星汉智能科技股份有限公司) (a.k.a. XH SMART TECH CHINA CO LTD), No. 6 Hengli Industry Zone, Lianfeng Road, Zhuhai 519060, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91440400570130309H (China) [RUSSIA-EO14024].

XINGHUA CO. LTD. (a.k.a. BEIJING XINGHUA HENGCHENG TECHNOLOGY DEVELOPMENT COMPANY LIMITED (Chinese Traditional: 北京兴华恒成科技发展有限公司); a.k.a. XINGHUATECH CO. LTD.; a.k.a. XINGTAC), Room 607, Unit 2, 5th Floor, Building 6, Yad 1, Beiqing Road, Changping District, Beijing 102208, China; Gate 1, Ya'an Optoelectronics Pioneering Park, No. 6 Luoping Road, Nankai District, Tianjin 300113, China; 1602, Kaiyuan Building, Zhongshan Road, Chang'an District, Shijazhuang City 050036, China; 1201, Kangdu, University West Road, Hohhot, Inner Mongolia 010010, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Mar 2010; Tax ID No. 110108551365479 (China); Registration Number 110108012686211 (China); Unified Social Credit Code (USCC) 91110114551365479A (China) [RUSSIA-EO14024] (Linked To: BEIJING LUCHENG WEIYE TECHNOLOGY DEVELOPMENT COMPANY LIMITED).

XINGHUATECH CO. LTD. (a.k.a. BEIJING XINGHUA HENGCHENG TECHNOLOGY DEVELOPMENT COMPANY LIMITED (Chinese Traditional: 北京兴华恒成科技发展有限公司); a.k.a. XINGHUA CO. LTD.; a.k.a. XINGTAC), Room 607, Unit 2, 5th Floor, Building 6, Yad 1, Beiqing Road, Changping District, Beijing 102208, China; Gate 1, Ya'an Optoelectronics Pioneering Park, No. 6 Luoping Road, Nankai District, Tianjin 300113, China; 1602, Kaiyuan Building, Zhongshan Road, Chang'an District, Shijazhuang City 050036, China; 1201, Kangdu, University West Road, Hohhot, Inner Mongolia 010010, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Mar 2010; Tax ID No. 110108551365479 (China); Registration Number 110108012686211 (China); Unified Social Credit Code (USCC) 91110114551365479A (China) [RUSSIA-EO14024] (Linked To: BEIJING LUCHENG WEIYE TECHNOLOGY DEVELOPMENT COMPANY LIMITED).

XINGTAC (a.k.a. BEIJING XINGHUA HENGCHENG TECHNOLOGY DEVELOPMENT COMPANY LIMITED (Chinese Traditional: 北京兴华恒成科技发展有限公司); a.k.a. XINGHUA CO. LTD.; a.k.a. XINGHUATECH CO. LTD.), Room 607, Unit 2, 5th Floor, Building 6, Yad 1, Beiqing Road, Changping District, Beijing 102208, China; Gate 1, Ya'an Optoelectronics Pioneering Park, No. 6 Luoping Road, Nankai District, Tianjin 300113, China; 1602, Kaiyuan Building, Zhongshan Road, Chang'an District, Shijazhuang City 050036, China; 1201, Kangdu, University West Road, Hohhot, Inner Mongolia 010010, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Mar 2010; Tax ID No. 110108551365479 (China); Registration Number 110108012686211 (China); Unified Social Credit Code (USCC) 91110114551365479A (China) [RUSSIA-EO14024] (Linked To: BEIJING LUCHENG WEIYE TECHNOLOGY DEVELOPMENT COMPANY LIMITED).

XINGTAI DONG CHUANG NEW MATERIAL TECHNOLOGY CO., LTD. (Chinese Simplified: 邢台东创新材料科技有限公司) (a.k.a. XINGTAI DONG INNOVATIVE MATERIAL TECHNOLOGY CO., LTD.), No. 201, Fengjiazhai Industrial Zone, Fengjiazhai Town, Guangzong County, Xingtai City, Hebei Province, China; Website https://dongchuangchem.com; Phone Number 8615803390859; Organization Established Date 15 Jun 2021; Unified Social Credit Code (USCC) 91130531MA0GFM1G0U (China) [ILLICIT-DRUGS-EO14059] (Linked To: JIANGSU BANGDEYA NEW MATERIAL TECHNOLOGY CO., LTD.).

XINGTAI DONG INNOVATIVE MATERIAL TECHNOLOGY CO., LTD. (a.k.a. XINGTAI DONG CHUANG NEW MATERIAL TECHNOLOGY CO., LTD. (Chinese Simplified: 邢台东创新材料科技有限公司)), No. 201, Fengjiazhai Industrial Zone, Fengjiazhai Town, Guangzong County, Xingtai City, Hebei Province, China; Website https://dongchuangchem.com; Phone Number 8615803390859; Organization Established Date 15 Jun 2021; Unified Social Credit Code (USCC) 91130531MA0GFM1G0U (China) [ILLICIT-DRUGS-EO14059] (Linked To: JIANGSU BANGDEYA NEW MATERIAL TECHNOLOGY CO., LTD.).

XINJIANG BUREAU OF PUBLIC SECURITY (a.k.a. PUBLIC SECURITY DEPARTMENT OF THE AUTONOMOUS REGION; a.k.a. PUBLIC SECURITY DEPARTMENT OF XINJIANG UYGAR AUTONOMOUS REGION; a.k.a. PUBLIC SECURITY DEPARTMENT OF XUAR; a.k.a. XINJIANG PUBLIC SECURITY BUREAU (Chinese Simplified: 新疆公安局)), Xinjiang, China [GLOMAG].

XINJIANG FINANCIAL IMPORT AND EXPORT CO LTD, Office 720, 7th Floor, Yizhan Tiandi Building A, 336 Rongsheng Fifth Street, Economic and Technological Development Zone, Urumqi, Xinjiang, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Unified Social Credit Code (USCC) 91650106MADXMUBG3Q (China) [UKRAINE-EO13662] [RUSSIA-EO14024].

XINJIANG PRODUCTION AND CONSTRUCTION CORPS (Chinese Simplified: 新疆生产建设兵团), Xinjiang, China [GLOMAG] (Linked To: CHEN, Quanguo).

XINJIANG PUBLIC SECURITY BUREAU (Chinese Simplified: 新疆公安局) (a.k.a. PUBLIC SECURITY DEPARTMENT OF THE AUTONOMOUS REGION; a.k.a. PUBLIC SECURITY DEPARTMENT OF XINJIANG UYGAR AUTONOMOUS REGION; a.k.a.

PUBLIC SECURITY DEPARTMENT OF XUAR; a.k.a. XINJIANG BUREAU OF PUBLIC SECURITY), Xinjiang, China [GLOMAG].

XINRONG, Zhuo (a.k.a. ZHUO, Longxiong; a.k.a. ZHUO, Xinrong), China; Flat B, 27th Floor, Ko On Mansion, Taikoo Shing, Hong Kong, China; DOB 10 Nov 1964; POB Fuzhou, China; nationality Hong Kong; Gender Male; Passport D00579743 (Hong Kong) issued 28 Apr 2018 expires 28 Apr 2025; National ID No. R4016407 (Hong Kong) (individual) [GLOMAG].

XIROS, Christodoulos; DOB 1958; alt. DOB 1959; POB Ikaria, Greece; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

XIRSI, Xasan Cabdilaahi (a.k.a. AL-TURKI, Hassan; a.k.a. AL-TURKI, Hassan Abdullah Hersi; a.k.a. TURKI, Hassan; a.k.a. TURKI, Hassan Abdillahi Hersi; a.k.a. TURKI, Sheikh Hassan; a.k.a. XIRSI, Xasan Cabdulle), Somalia; DOB circa 1944; POB Ogaden Region, Ethiopia; nationality Somalia (individual) [SOMALIA].

XIRSI, Xasan Cabdulle (a.k.a. AL-TURKI, Hassan; a.k.a. AL-TURKI, Hassan Abdullah Hersi; a.k.a. TURKI, Hassan; a.k.a. TURKI, Hassan Abdillahi Hersi; a.k.a. TURKI, Sheikh Hassan; a.k.a. XIRSI, Xasan Cabdilaahi), Somalia; DOB circa 1944; POB Ogaden Region, Ethiopia; nationality Somalia (individual) [SOMALIA].

XOLO MAIZ AGAVE CHILE (a.k.a. AKALI BEACH CLUB; a.k.a. AKALI EXPEDITIONS; a.k.a. FISHING ARE US, S. DE R.L. DE C.V.), Puerto Vallarta, Jalisco, Mexico; Website https://fishingareus.com/; alt. Website www.akaliexpeditions.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 May 2016; Organization Type: Tour operator activities; alt. Organization Type: Restaurants and mobile food service activities; R.F.C. FAU160503BVA (Mexico); Folio Mercantil No. 16958 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: IBARRA DIAZ JR., Michael).

XU, Aimin (Chinese Simplified: 徐爱民), 122, Phum 9, Mittakpheap, Prampi Makara, Phnom Penh 12252, Cambodia; DOB 11 Mar 1962; POB Guangzhou, China; nationality Cambodia; Gender Male; Passport N00226666 (Cambodia) expires 10 Jun 2025 (individual) [CYBER4].

XU, Bin, 10-301 No. 888 Dongdaming Rd, Shanghai 200082, China; Suite 202, No. 10, Lane 888, East Da Ming Road, Shanghai, China; No. 7, Western Section, Dongfanghong Street, Mudan District, Heze, Shandong, China; DOB 21 Apr 1976; POB Heze, China; nationality China; Email Address 1044064266@qq.com; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e); Passport E60816568 (China); National ID No. 372901197604210416 (China) (individual) [IRAN-EO13846].

XUANWU LUCUN SEA FREIGHT SHANGHAI CO LTD, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2024; Unified Social Credit Code (USCC) 91310000MADANP9P54 (China) [RUSSIA-EO14024] (Linked To: NOVATEK CHINA HOLDINGS CO LTD).

XUANWU TIANJI SEA FREIGHT SHANGHAI CO LTD, Room A-504B, No.188, Yesheng Road, Lingang Xinpian District, China Pilot Free Trade Zone, Shanghai, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2024; Unified Social Credit Code (USCC) 91310000MAD8WA552W (China) [RUSSIA-EO14024] (Linked To: NOVATEK CHINA HOLDINGS CO LTD).

XUANWU TIANKUI SEA FREIGHT SHANGHAI CO LTD, Room A-506C, No.188, Yesheng Road, Lingang Xinpian District, China Pilot Free Trade Zone, Shanghai, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2024; Unified Social Credit Code (USCC) 91310000MAD9HM7M62 (China) [RUSSIA-EO14024] (Linked To: NOVATEK CHINA HOLDINGS CO LTD).

XUANWU TIANYUE SEA FREIGHT SHANGHAI CO LTD, Room A-506D, No.188, Yesheng Road, Lingang Xinpian District, China Pilot Free Trade Zone, Shanghai, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2024; Unified Social Credit Code (USCC) 91310000MAD9UUBA66 (China) [RUSSIA-EO14024] (Linked To: NOVATEK CHINA HOLDINGS CO LTD).

XUANWU TRADING SHANGHAI CO LTD, Room A-717, No.188, Yesheng Road, Lingang Xinpian District, China Pilot Free Trade Zone, Shanghai, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2024; Unified Social Credit Code (USCC) 91310000MADBEXK39L (China) [RUSSIA-EO14024] (Linked To: NOVATEK CHINA HOLDINGS CO LTD).

XUANWU WENQU SEA FREIGHT SHANGHAI CO LTD, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2024; Unified Social Credit Code (USCC) 91310000MAD8E1656H (China) [RUSSIA-EO14024] (Linked To: NOVATEK CHINA HOLDINGS CO LTD).

XUANWU YOUBI SEA FREIGHT SHANGHAI CO LTD, Room A-506B, No.188, Yesheng Road, Lingang Xinpian District, China Pilot Free Trade Zone, Shanghai, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2024; Unified Social Credit Code (USCC) 91310000MAD80GCJ3P (China) [RUSSIA-EO14024] (Linked To: NOVATEK CHINA HOLDINGS CO LTD).

XUANWU ZUOFU SEA FREIGHT SHANGHAI CO LTD, Room A-506A, No.188, Yesheng Road, Lingang Xinpian District, China Pilot Free Trade Zone China, Shanghai, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2024; Unified Social Credit Code (USCC) 91310000MAD80GDE9U (China) [RUSSIA-EO14024] (Linked To: NOVATEK CHINA HOLDINGS CO LTD).

XUUROOW, Hasaan Abshir (a.k.a. XUUROW, Xassan Cabshir), Lower Juba, Somalia; DOB 1982; alt. DOB 1983; alt. DOB 1984; alt. DOB 1985; alt. DOB 1986; alt. DOB 1987; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

XUUROW, Xassan Cabshir (a.k.a. XUUROOW, Hasaan Abshir), Lower Juba, Somalia; DOB 1982; alt. DOB 1983; alt. DOB 1984; alt. DOB 1985; alt. DOB 1986; alt. DOB 1987; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

XXI CENTURY ELECTRO ITEMS DESIGN OFFICE JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO CONSTRUCTION BUREAU ELECTRICAL PRODUCTS XXI CENTURY; a.k.a. AO KBE XXI CENTURY; a.k.a. AO KBE XXI VEKA; a.k.a. JOINT STOCK COMPANY DESIGN OFFICE OF ELECTROITEMS; a.k.a. JSC KBE XXI CENTURY), Ul. Lermontova D. 2, Sarapul 427960, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1827013520 (Russia); Registration Number 1021800997228 (Russia) [RUSSIA-EO14024].

XZACT, INC., Panama; RUC # 697297-1-467988 (Panama) [SDNTK].

Y.A.S. CO LTD. (a.k.a. ARFA PAINT COMPANY; a.k.a. ARFEH COMPANY; a.k.a. FARASEPEHR ENGINEERING COMPANY; a.k.a. HOSSEINI NEJAD TRADING CO.; a.k.a. IRAN SAFFRON COMPANY; a.k.a. IRANSAFFRON CO; a.k.a. SHETAB G; a.k.a. SHETAB GAMAN; a.k.a. SHETAB TRADING; a.k.a. YASA PART), West Lavansai, Tehran 009821, Iran; Sa'adat Abaad, Shahrdari Sq Sarv Building, 9th Floor, Unit 5, Tehran, Iran; No 17, Balooch Alley, Vaezi St, Shariati Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

YA MAHDI INDUSTRIAL COMPLEX (a.k.a. YA MAHDI INDUSTRIAL RESEARCH COMPLEX; a.k.a. YA MAHDI INDUSTRIES GROUP; a.k.a. "YMA"), PO Box 19395-4731, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

YA MAHDI INDUSTRIAL RESEARCH COMPLEX (a.k.a. YA MAHDI INDUSTRIAL COMPLEX; a.k.a. YA MAHDI INDUSTRIES GROUP; a.k.a. "YMA"), PO Box 19395-4731, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

YA MAHDI INDUSTRIES GROUP (a.k.a. YA MAHDI INDUSTRIAL COMPLEX; a.k.a. YA MAHDI INDUSTRIAL RESEARCH COMPLEX; a.k.a. "YMA"), PO Box 19395-4731, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

YA TAI INTERNATIONAL HOLDING GROUP COMPANY LIMITED (a.k.a. YATAI INTERNATIONAL HOLDING; a.k.a. YATAI INTERNATIONAL HOLDING GROUP LIMITED), Bangkok, Thailand; Organization Type: Activities of holding companies; Business Registration Number 67162900 (Hong Kong)

issued 13 Jan 2017; Registration Number 0105560204659 (Thailand) issued 07 Dec 2017 [GLOMAG].

YAAK, Peter Gadet (a.k.a. GADET, Peter; a.k.a. GATDET, Peter; a.k.a. YAAK, Peter Gatdet; a.k.a. YAK, Peter Gadet; a.k.a. YAKA, Peter Gatdeet; a.k.a. YAKA, Peter Gatdet); DOB 1957 to 1959; POB Mayon County Unity State; alt. POB Mayan, Unity State; General (individual) [SOUTH SUDAN].

YAAK, Peter Gatdet (a.k.a. GADET, Peter; a.k.a. GATDET, Peter; a.k.a. YAAK, Peter Gadet; a.k.a. YAK, Peter Gadet; a.k.a. YAKA, Peter Gatdeet; a.k.a. YAKA, Peter Gatdet); DOB 1957 to 1959; POB Mayon County Unity State; alt. POB Mayan, Unity State; General (individual) [SOUTH SUDAN].

YACINE DI ANNABA (a.k.a. AHMED NACER, Yacine), Rue Mohamed Khemisti, 6, Annaba, Algeria; Via Genova, 121, Naples, Italy; Vicolo Duchessa, 16, Naples, Italy; DOB 02 Dec 1967; POB Annaba, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

YACOUB, Adam (a.k.a. SHANT, Adam Yacub; a.k.a. SHARIF, Adam Yacub); DOB circa 1976; Commander for the Sudan Liberation Army (SLA) (individual) [DARFUR].

YACUB, Eric (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

YADRO FAB DUBNA OOO (a.k.a. LIMITED LIABILITY COMPANY YADRO FAB DUBNA; a.k.a. LLC YADRO FAB DUBNA), 4 Programmistov Str., Dubna, Moscow Region 141983, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 May 2020; Tax ID No. 5010057397 (Russia); Registration Number 1205000041245 (Russia) [RUSSIA-EO14024].

YAFEE, Daoud (a.k.a. DAVID, Yafi (Arabic: يافي)), United Arab Emirates; DOB 25 Aug 1969; POB Syria; nationality Ukraine; Gender Male; Passport FE550041 (Ukraine) expires 01 Jun 2026; Identification Number 121619695 (Oman) (individual) [PAARSSR-EO13894] (Linked To: GRAINS MIDDLE EAST TRADING DWC-LLC).

YAFTAR COMPANY (a.k.a. YAFTAR LEADING RESEARCHERS COMPUTING; a.k.a. YAFTAR PAJOOHAN PISHTAZ RAYANESH; a.k.a. YAFTAR PAZHOHAN PISHTAZ RAYANESH LIMITED COMPANY (Arabic: یافتار پژوهان پیشتاز رایانش)), No 56, 4th and 5th floors, Ghasemi Alley, Shahid Akbari Boulevard, Azadi St, Tehran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320862133 (Iran); Business Registration Number 436501 (Iran) [IRAN-EO13846].

YAFTAR LEADING RESEARCHERS COMPUTING (a.k.a. YAFTAR COMPANY; a.k.a. YAFTAR PAJOOHAN PISHTAZ RAYANESH; a.k.a. YAFTAR PAZHOHAN PISHTAZ RAYANESH LIMITED COMPANY (Arabic: یافتار پژوهان پیشتاز رایانش)), No 56, 4th and 5th floors, Ghasemi Alley, Shahid Akbari Boulevard, Azadi St, Tehran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320862133 (Iran); Business Registration Number 436501 (Iran) [IRAN-EO13846].

YAFTAR PAJOOHAN PISHTAZ RAYANESH (a.k.a. YAFTAR COMPANY; a.k.a. YAFTAR LEADING RESEARCHERS COMPUTING; a.k.a. YAFTAR PAZHOHAN PISHTAZ RAYANESH LIMITED COMPANY (Arabic: یافتار پژوهان پیشتاز رایانش)), No 56, 4th and 5th floors, Ghasemi Alley, Shahid Akbari Boulevard, Azadi St, Tehran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320862133 (Iran); Business Registration Number 436501 (Iran) [IRAN-EO13846].

YAFTAR PAZHOHAN PISHTAZ RAYANESH LIMITED COMPANY (Arabic: یافتار پژوهان پیشتاز رایانش) (a.k.a. YAFTAR COMPANY; a.k.a. YAFTAR LEADING RESEARCHERS COMPUTING; a.k.a. YAFTAR PAJOOHAN PISHTAZ RAYANESH), No 56, 4th and 5th floors, Ghasemi Alley, Shahid Akbari Boulevard, Azadi St, Tehran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320862133 (Iran);

Business Registration Number 436501 (Iran) [IRAN-EO13846].

YAGAFAROV, Azat Ferdinandovich (Cyrillic: ЯГАФАРОВ, Азат Фердинандович), Russia; DOB 04 Apr 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YAGHMOUR, Jihad (a.k.a. YAGHMOUR, Jihad Muhammad Shaker; a.k.a. YAGHMUR, Jihat; a.k.a. YAGMUR, Cihat; a.k.a. YAGMUR, Jihat), Turkey; Yesil Vadi Caddesi 3F 72, Bashak Mah, Bashakshehir, Istanbul, Turkey; DOB 15 Jul 1967; alt. DOB 1967; alt. DOB 15 Apr 1967; POB Beit Hanina, Jerusalem, Israel; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 12180149578 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

YAGHMOUR, Jihad Muhammad Shaker (a.k.a. YAGHMOUR, Jihad; a.k.a. YAGHMUR, Jihat; a.k.a. YAGMUR, Cihat; a.k.a. YAGMUR, Jihat), Turkey; Yesil Vadi Caddesi 3F 72, Bashak Mah, Bashakshehir, Istanbul, Turkey; DOB 15 Jul 1967; alt. DOB 1967; alt. DOB 15 Apr 1967; POB Beit Hanina, Jerusalem, Israel; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 12180149578 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

YAGHMUR, Jihat (a.k.a. YAGHMOUR, Jihad; a.k.a. YAGHMOUR, Jihad Muhammad Shaker; a.k.a. YAGMUR, Cihat; a.k.a. YAGMUR, Jihat), Turkey; Yesil Vadi Caddesi 3F 72, Bashak Mah, Bashakshehir, Istanbul, Turkey; DOB 15 Jul 1967; alt. DOB 1967; alt. DOB 15 Apr 1967; POB Beit Hanina, Jerusalem, Israel; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 12180149578 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

YAGHOOBI MAYAB, Hossein (a.k.a. YAGHOOBI, Hossein; a.k.a. YAGHOUBI MIAB, Hossein; a.k.a. YAGHUBI MAYAB, Hosein; a.k.a. YAQUBI, Hosein), Iran; DOB 23 Jul 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13886; Passport G9342868 (Iran) issued 16 Mar 2016 expires 16 Mar 2021

(individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

YAGHOOBI, Hossein (a.k.a. YAGHOOBI MAYAB, Hossein; a.k.a. YAGHOUBI MIAB, Hossein; a.k.a. YAGHUBI MAYAB, Hosein; a.k.a. YAQUBI, Hosein), Iran; DOB 23 Jul 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G9342868 (Iran) issued 16 Mar 2016 expires 16 Mar 2021 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

YAGHOUBI MIAB, Hossein (a.k.a. YAGHOOBI MAYAB, Hossein; a.k.a. YAGHOOBI, Hossein; a.k.a. YAGHUBI MAYAB, Hosein; a.k.a. YAQUBI, Hosein), Iran; DOB 23 Jul 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13886; Passport G9342868 (Iran) issued 16 Mar 2016 expires 16 Mar 2021 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

YAGHUBI MAYAB, Hosein (a.k.a. YAGHOOBI MAYAB, Hossein; a.k.a. YAGHOOBI, Hossein; a.k.a. YAGHOUBI MIAB, Hossein; a.k.a. YAQUBI, Hosein), Iran; DOB 23 Jul 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G9342868 (Iran) issued 16 Mar 2016 expires 16 Mar 2021 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

YAGMUR, Cihat (a.k.a. YAGHMOUR, Jihad; a.k.a. YAGHMOUR, Jihad Muhammad Shaker; a.k.a. YAGHMUR, Jihat; a.k.a. YAGMUR, Jihat), Turkey; Yesil Vadi Caddesi 3F 72, Bashak Mah, Bashakshehir, Istanbul, Turkey; DOB 15 Jul 1967; alt. DOB 1967; alt. DOB 15 Apr 1967; POB Beit Hanina, Jerusalem, Israel; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 12180149578 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

YAGMUR, Jihat (a.k.a. YAGHMOUR, Jihad; a.k.a. YAGHMOUR, Jihad Muhammad Shaker; a.k.a. YAGHMUR, Jihat; a.k.a. YAGMUR, Cihat), Turkey; Yesil Vadi Caddesi 3F 72, Bashak Mah, Bashakshehir, Istanbul, Turkey; DOB 15 Jul 1967; alt. DOB 1967; alt. DOB 15 Apr 1967; POB Beit Hanina, Jerusalem, Israel; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 12180149578 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

YAGMUR, Nora (a.k.a. YAGMUR, Nure), Turkey; DOB 01 Jan 1977; POB Upsala Isvech, Sweden; nationality Sweden; Gender Female; Passport 94954203 (Sweden) expires 29 Jun 2023; National ID No. 22121484408 (Turkey) (individual) [BELARUS-EO14038] (Linked To: RAYYA DANISMANLIK HIZMETLERI LIMITED SIRKETI).

YAGMUR, Nure (a.k.a. YAGMUR, Nora), Turkey; DOB 01 Jan 1977; POB Upsala Isvech, Sweden; nationality Sweden; Gender Female; Passport 94954203 (Sweden) expires 29 Jun 2023; National ID No. 22121484408 (Turkey) (individual) [BELARUS-EO14038] (Linked To: RAYYA DANISMANLIK HIZMETLERI LIMITED SIRKETI).

YAGUBOV, Gennady Vladimirovich (Cyrillic: ЯГУБОВ, Геннадий Владимирович), Russia; DOB 17 Apr 1968; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YAHYA AL-USAILI COMPANY FOR IMPORT LIMITED, Hudaydah, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Jul 2016; Tax ID No. 161677/3 (Yemen); Registration Number 51/6132 (Yemen) [SDGT] (Linked To: ANSARALLAH).

YAHYA AYYASH UNITS (a.k.a. HAMAS; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER); Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

YAHYA RAHIM-SAFAVI, Seyyed (a.k.a. AL-SIFAWI, Yahya Rahim; a.k.a. RAHIM SAFAWI, Yahia; a.k.a. RAHIM-SAFAVI, Yahya; a.k.a. SAFAVI, Rahim; a.k.a. SAFAVI, Yahya Rahim; a.k.a. YAHYA SAFAVI, Sayed); DOB circa 1952; POB Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

YAHYA SAFAVI, Sayed (a.k.a. AL-SIFAWI, Yahya Rahim; a.k.a. RAHIM SAFAWI, Yahia; a.k.a. RAHIM-SAFAVI, Yahya; a.k.a. SAFAVI, Rahim; a.k.a. SAFAVI, Yahya Rahim; a.k.a. YAHYA RAHIM-SAFAVI, Seyyed); DOB circa 1952; POB Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

YAHYA ZADEH, Hamidreza (a.k.a. YAHYAZADEH, Hamid Reza; a.k.a. YAHYAZADEH, Hamidreza), Bandar Abbas, Iran; DOB 12 Oct 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4431472851 (Iran) (individual) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

YAHYAZADEH, Hamid Reza (a.k.a. YAHYA ZADEH, Hamidreza; a.k.a. YAHYAZADEH, Hamidreza), Bandar Abbas, Iran; DOB 12 Oct 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4431472851 (Iran) (individual) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

YAHYAZADEH, Hamidreza (a.k.a. YAHYA ZADEH, Hamidreza; a.k.a. YAHYAZADEH, Hamid Reza), Bandar Abbas, Iran; DOB 12 Oct 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4431472851 (Iran) (individual) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

YAK, Peter Gadet (a.k.a. GADET, Peter; a.k.a. GATDET, Peter; a.k.a. YAAK, Peter Gadet; a.k.a. YAAK, Peter Gatdet; a.k.a. YAKA, Peter Gatdeet; a.k.a. YAKA, Peter Gatdet); DOB 1957 to 1959; POB Mayon County Unity State; alt.

POB Mayan, Unity State; General (individual) [SOUTH SUDAN].

YAKA, Peter Gatdeet (a.k.a. GADET, Peter; a.k.a. GATDET, Peter; a.k.a. YAAK, Peter Gadet; a.k.a. YAAK, Peter Gatdet; a.k.a. YAK, Peter Gadet; a.k.a. YAKA, Peter Gatdet); DOB 1957 to 1959; POB Mayon County Unity State; alt. POB Mayan, Unity State; General (individual) [SOUTH SUDAN].

YAKA, Peter Gatdet (a.k.a. GADET, Peter; a.k.a. GATDET, Peter; a.k.a. YAAK, Peter Gadet; a.k.a. YAAK, Peter Gatdet; a.k.a. YAK, Peter Gadet; a.k.a. YAKA, Peter Gatdeet); DOB 1957 to 1959; POB Mayon County Unity State; alt. POB Mayan, Unity State; General (individual) [SOUTH SUDAN].

YAKERA Y LANE SAS (a.k.a. YAKERA YLANE S.A.S.), Cucuta, Norte de Santander, Colombia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Jun 2019; Organization Type: Wholesale and retail trade; NIT # 901296366-9 (Colombia) [SDGT] [TCO] (Linked To: SEVILLA ARTEAGA, Kenffersso Jhosue).

YAKERA YLANE S.A.S. (a.k.a. YAKERA Y LANE SAS), Cucuta, Norte de Santander, Colombia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Jun 2019; Organization Type: Wholesale and retail trade; NIT # 901296366-9 (Colombia) [SDGT] [TCO] (Linked To: SEVILLA ARTEAGA, Kenffersso Jhosue).

YAKHNYUK, Sergey Vasilyevich (Cyrillic: ЯХНЮК, Сергей Васильевич), Russia; DOB 03 Jul 1962; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YAKHT TREID (a.k.a. OOO YAKHT-TREID (Cyrillic: ООО ЯХТ-ТРЕЙД)), Sh. Leningradskoe D. 39, Str. 6, Moscow 125212, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Oct 2010; Tax ID No. 7743794726 (Russia); Registration Number 1107746800270 (Russia) [RUSSIA-EO14024] (Linked To: KOCHMAN, Evgeniy Borisovich).

YAKIMA OIL TRADING, LLP, 7 Welbeck Street, London W1G 9YE, United Kingdom; Commercial Registry Number OC390985 (United Kingdom) [SDNTK].

YAKIMA TRADING CORPORATION, Ph Ocean Business Plaza (Torre Banesco) Plaza Marbella, Piso 24, Oficina 24-08, Calle Aquilino de la Guardia y Calle 47 (Zona Bancaria), Panama; Barbados; RUC # 3196611412868 (Panama) [SDNTK].

YAKOOB, Mohammad (a.k.a. GHANI, Hamad; a.k.a. YAQUB, Ahmed); DOB 1966; alt. DOB 1967; POB Faisalabad, Pakistan; alt. POB Jeda Walah, Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

YAKOVLEV, Pavel Alexandrovich (a.k.a. IAKOVLEV, Pavel Aleksandrovich), Russia; DOB 27 Jan 1968; POB Yekaterinburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 741501315015 (Russia) (individual) [RUSSIA-EO14024].

YAKOVLEV, Yuri Vladimirovich (Cyrillic: ЯКОВЛЕВ, Юрий Владимирович) (a.k.a. YAKOVLEV, Yuriy Vladimirovich), Leninskiy Prospekt, d. 70, apt. 570, Moscow 119261, Russia; DOB 29 Apr 1952; POB Belozersky, Vologda Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

YAKOVLEV, Yuriy Vladimirovich (a.k.a. YAKOVLEV, Yuri Vladimirovich (Cyrillic: ЯКОВЛЕВ, Юрий Владимирович)), Leninskiy Prospekt, d. 70, apt. 570, Moscow 119261, Russia; DOB 29 Apr 1952; POB Belozersky, Vologda Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

YAKT SOKOL (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU IAKT SOKOL), Ul. Petra Alekseeva D. 2, K. 5, Kv. 28, Yakutsk 677000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1435322414 (Russia); Registration Number 1171447008974 (Russia) [RUSSIA-EO14024].

YAKUBETS, Artem Viktorovich, Moscow, Russia; DOB 17 Jan 1986; POB Polonnoye, Khmelnitskaya Oblast, Ukraine; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: EVIL CORP).

YAKUBETS, Maksim Viktorovich (a.k.a. "AQUA"), Moscow, Russia; DOB 20 May 1987; POB

Polonnoye, Khmelnitskaya Oblast, Ukraine; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 4509135586 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP; Linked To: FEDERAL SECURITY SERVICE).

YAKUBETS, Victor (a.k.a. YAKUBETS, Viktor Grigoryevich (Cyrillic: ЯАКУБЕЦ, Виктор Григорьевич)), Russia; DOB 19 Feb 1964; nationality Russia; Gender Male (individual) [CYBER2] [RUSSIA-EO14024] (Linked To: EVIL CORP).

YAKUBETS, Viktor Grigoryevich (Cyrillic: ЯАКУБЕЦ, Виктор Григорьевич) (a.k.a. YAKUBETS, Victor), Russia; DOB 19 Feb 1964; nationality Russia; Gender Male (individual) [CYBER2] [RUSSIA-EO14024] (Linked To: EVIL CORP).

YAKUBOVSKY, Alexander Vladimirovich (Cyrillic: ЯКУБОВСКИЙ, Александр Владимирович), Russia; DOB 07 May 1985; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YAKUNIN, Vladimir Ivanovich; DOB 30 Jun 1948; POB Zakharovo Village, Gus-Khrustalnyy Rayon, Vladimir Oblast, Russia; alt. POB Melenki, Vladimir Oblast, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; President of OJSC Russian Railways (individual) [UKRAINE-EO13661].

YAKUSHEV, Mikhail Ilich (Cyrillic: ЯКУШЕВ, Михаил Ильич), Russia; DOB 26 Nov 1959; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4507855726 (Russia) (individual) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT; Linked To: ANALITICHESKI TSENTR KATEKHON OOO).

YAKUSHEV, Vladimir Vladimirovich (Cyrillic: ЯКУШЕВ, Владимир Владимирович), Russia; DOB 14 Jun 1968; POB Neftekamsk, Bashkortostan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See

Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

YAKUT, Cumhur (a.k.a. TANN, Ahmet), Dubai, United Arab Emirates; Bartin, Turkey; DOB 18 Mar 1955; POB Turkey; nationality Turkey; citizen Turkey (individual) [SDNTK].

YAKUTUMBA, William Amuri, South Kivu, Congo, Democratic Republic of the; DOB 1970; alt. DOB 1972; POB Lubondja, Fizi Territory, South Kivu, Congo, Democratic Republic of the; nationality Congo, Democratic Republic of the; Gender Male; Military Registration Number 172985458137 (Congo, Democratic Republic of the) (individual) [DRCONGO].

YAKUZA (a.k.a. BORYOKUDAN; a.k.a. GOKUDO), Japan [TCO].

YALALOV, Irek Ishmukhametovich (Cyrillic: ЯЛАЛОВ, Ирек Ишмухаметович), Russia; DOB 27 Jan 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YALING (SHANGHAI) INTERNATIONAL CARGO TRANSPORTATION AGENCY CO LTD (Chinese Simplified: 上海凌豪国际货物运输代理有限公司) (a.k.a. ASIALINK SHANGHAI INTL LOGISTICS CO LTD; a.k.a. YALING (SHANGHAI) INTERNATIONAL FREIGHT TRANSPORTATION AGENCY CO LTD (Chinese Simplified: 亚凌(上海)国际货物运输代理有限公司)), Room 319, Building 8, No. 1128 Tiankeyqiao South Road, Shanghai 200000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91310104776297577L (China) [RUSSIA-EO14024].

YALING (SHANGHAI) INTERNATIONAL FREIGHT TRANSPORTATION AGENCY CO LTD (Chinese Simplified: 亚凌(上海)国际货物运输代理有限公司) (a.k.a. ASIALINK SHANGHAI INTL LOGISTICS CO LTD; a.k.a. YALING (SHANGHAI) INTERNATIONAL CARGO TRANSPORTATION AGENCY CO LTD (Chinese Simplified: 上海凌豪国际货物运输代理有限公司)), Room 319, Building 8, No. 1128 Tiankeyqiao South Road, Shanghai 200000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code

(USCC) 91310104776297577L (China) [RUSSIA-EO14024].

YALOURIS, Gregory Vasilis Dimitry (a.k.a. ADUOL, Gregory Deng Kuac; a.k.a. DIMITRY, Gregory Vasili; a.k.a. KUAC, Gregory Deng; a.k.a. KUACH, Gregory Deng), Juba, South Sudan; DOB 01 Jan 1961; POB Ajogo, South Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

YALTA COMMERCIAL SEAPORT (a.k.a. PORT OF YALTA; a.k.a. SEAPORT OF YALTA; a.k.a. STATE ENTERPRISE YALTA SEA TRADING PORT; a.k.a. YALTA MERCHANT SEA PORT; a.k.a. YALTA SEA PORT), Roosevelt Street 3, Yalta, Crimea 98600, Ukraine; 5, Roosevelt Str., Yalta, Crimea 98600, Ukraine; 5 Roosevelt Street, Yalta, Crimea 98600, Ukraine; Website yaltaport.com.ua; Email Address yasko@ukrpost.ua; alt. Email Address yasco@mail.ylt.crimea.com; UN/LOCODE UA YAL; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125591 (Ukraine) [UKRAINE-EO13685].

YALTA FILM STUDIO (a.k.a. AKTSIONERNOE OBSCHESTVO 'YALTINSKAYA KINODSTUDIYA'; a.k.a. CJSC YALTA-FILM; a.k.a. FILM STUDIO YALTA-FILM; a.k.a. JOINT STOCK COMPANY YALTA FILM STUDIO; a.k.a. JSC YALTA FILM STUDIO; a.k.a. KINOSTUDIYA YALTA-FILM; a.k.a. OAO YALTINSKAYA KINOSTUDIYA; a.k.a. YALTA FILM STUDIOS), Ulitsa Mukhina, Building 3, Yalta, Crimea 298063, Ukraine; Sevastopolskaya 4, Yalta, Crimea, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 30993572 [UKRAINE-EO13685].

YALTA FILM STUDIOS (a.k.a. AKTSIONERNOE OBSCHESTVO 'YALTINSKAYA KINODSTUDIYA'; a.k.a. CJSC YALTA-FILM; a.k.a. FILM STUDIO YALTA-FILM; a.k.a. JOINT STOCK COMPANY YALTA FILM STUDIO; a.k.a. JSC YALTA FILM STUDIO; a.k.a. KINOSTUDIYA YALTA-FILM; a.k.a. OAO YALTINSKAYA KINOSTUDIYA; a.k.a. YALTA FILM STUDIO), Ulitsa Mukhina, Building 3, Yalta, Crimea 298063, Ukraine; Sevastopolskaya 4, Yalta, Crimea, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 30993572 [UKRAINE-EO13685].

YALTA MERCHANT SEA PORT (a.k.a. PORT OF YALTA; a.k.a. SEAPORT OF YALTA; a.k.a. STATE ENTERPRISE YALTA SEA TRADING PORT; a.k.a. YALTA COMMERCIAL SEAPORT; a.k.a. YALTA SEA PORT), Roosevelt Street 3, Yalta, Crimea 98600, Ukraine; 5, Roosevelt Str., Yalta, Crimea 98600, Ukraine; 5 Roosevelt Street, Yalta, Crimea 98600, Ukraine; Website yaltaport.com.ua; Email Address yasko@ukrpost.ua; alt. Email Address yasco@mail.ylt.crimea.com; UN/LOCODE UA YAL; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125591 (Ukraine) [UKRAINE-EO13685].

YALTA SEA PORT (a.k.a. PORT OF YALTA; a.k.a. SEAPORT OF YALTA; a.k.a. STATE ENTERPRISE YALTA SEA TRADING PORT; a.k.a. YALTA COMMERCIAL SEAPORT; a.k.a. YALTA MERCHANT SEA PORT), Roosevelt Street 3, Yalta, Crimea 98600, Ukraine; 5, Roosevelt Str., Yalta, Crimea 98600, Ukraine; 5 Roosevelt Street, Yalta, Crimea 98600, Ukraine; Website yaltaport.com.ua; Email Address yasko@ukrpost.ua; alt. Email Address yasco@mail.ylt.crimea.com; UN/LOCODE UA YAL; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125591 (Ukraine) [UKRAINE-EO13685].

YALU RIVER TECHNOLOGY DEVELOPMENT COMPANY (a.k.a. AMNOKGANG TECHNOLOGY DEVELOPMENT COMPANY (Korean: 압록강기술개발회사; Chinese Simplified: 鸭绿江技术开发公司); a.k.a. AMNOKGANG TECHNOLOGY DEVELOPMENT CORPORATION; a.k.a. KOREA AMNOKGANG TECHNOLOGY DEVELOPMENT COMPANY (Korean: 조선압록강기술개발회사); a.k.a. KOREA APROKGANG TECHNOLOGY COMPANY), South Hamgyong, Korea, North; Pothonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0xcB74874f1e06Fcf80A306e06e5379A44B488bA2D; alt. Digital Currency Address - ETH 0x0330070FD38Ec3bB94F58FA55D40368271E9e54A; alt. Digital Currency Address - ETH 0x9Be599d7867f5E1a2D7Ec6dB9710dF2b98A15573; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations

section 510.214; Organization Established Date 1982; Organization Type: Other information technology and computer service activities; Digital Currency Address - TRX TNrX2FwrHKoo4XACGkmSzqeK4pdnKYn6Z7; alt. Digital Currency Address - TRX TEEYCuGDyeNkuDj4u6GQRXxXo3Nh29r2vP; alt. Digital Currency Address - TRX TZB4NrX7k9ZsV6PRc1GigAztLL8WHpLvwP; alt. Digital Currency Address - TRX TDe2UNAvuUnTbbDo7518eMe3TXN5qJW8Ft [DPRK4].

YAMAGUCHI-GUMI (a.k.a. ROKUDAIME YAMAGUCHI-GUMI; a.k.a. SIXTH YAMAGUCHI-GUMI), 4-3-1 Shinohara-honmachi, Nada-Ku, Kobe City, Hyogo, Japan [TCO].

YAMAKEN-GUMI (Japanese: 山健組) (a.k.a. FOURTH GENERATION YAMAKEN-GUMI (Japanese: 四代目山健組); a.k.a. YONDAIME YAMAKEN-GUMI), 26-4 Hanakuma-cho Chuo-ku, Kobe-shi, Hyogo-ken 650-0013, Japan (Japanese: 26-4 花隈町中央区, 神戸市, 兵庫県 650-0013, Japan) [TCO] (Linked To: KOBE YAMAGUCHI-GUMI; Linked To: INOUE, Kunio).

YAMAKI, K.K. (Japanese: 株式会社山輝) (a.k.a. KK YAMATERU), 5-10-11, Shinohara Nakamachi, Nada-ku, Kobe, Hyogo 657-0066, Japan (Japanese: 灘区篠原中町五丁目１０番１１号, 神戸市, 兵庫県 657-0066, Japan); Company Number 1400-01-004182 (Japan) [TCO] (Linked To: YAMAGUCHI-GUMI; Linked To: MORIO, Utao; Linked To: TSUDA, Chikara).

YAMALPROMGEOFIZIKA JOINT STOCK COMPANY (Cyrillic: ЯМАЛПРОМГЕОФИЗИКА АКЦИОНЕРНОЕ ОБЩЕСТВО), Mikroraion 2-1, 12A, Urengoi Poselok, Purovskii Raion, Yamalo-Nenetskii 629860, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Nov 2002; Organization Type: Support activities for petroleum and natural gas extraction; Tax ID No. 8911019089 (Russia); Registration Number 1028900859074 (Russia) [RUSSIA-EO14024].

YAMEN BENIN SARL, 01 BP 6269, Cotonou, Benin [SDNTK].

YAMIL GEORGES, Fahd (a.k.a. JAMIL GEORGES, Fahd; a.k.a. JAMIL GEORGES, Fuad; a.k.a. "EL PADRINO"; a.k.a. "TURCO"), Ponta Pora, Mato Grosso do Sul, Brazil; Pedro Juan Caballero, Amambay, Paraguay; DOB 07 Jun 1941; nationality Lebanon; citizen Brazil;

Cedula No. RG-013147 (Brazil) (individual) [SDNTK].

YAMIN, Abdur Rehman Muhammad (a.k.a. AL-SINDHI, Abdul Rehman; a.k.a. AL-SINDHI, Abdur Rahman; a.k.a. RAHMAN, Abdur; a.k.a. REHMAN, Abdul; a.k.a. REHMAN, Abdur; a.k.a. SINDHI, Abdul Rehman; a.k.a. SINDHI, Abdurahman; a.k.a. SINDI, Abdur Rehman; a.k.a. UR-REHMAN, Abd; a.k.a. "ABDULLAH SINDHI"), Karachi, Pakistan; DOB 03 Oct 1965; POB Mirpur Khas, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CV9157521 (Pakistan) issued 08 Sep 2008 expires 07 Sep 2013; National ID No. 44103-5251752-5 (Pakistan) (individual) [SDGT].

YAMPOLSKAYA, Elena Alexandrovna (Cyrillic: ЯМПОЛЬСКАЯ, Елена Александровна), Russia; DOB 20 Jun 1971; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YAMSHCHIKOV, Artem Mikhailovich (a.k.a. IAMSHCHIKOV, Artem; a.k.a. YAMSHCHIKOV, Artem Mikhaylovich), Russia; DOB 11 Oct 1979; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 381000781179 (Russia) (individual) [RUSSIA-EO14024].

YAMSHCHIKOV, Artem Mikhaylovich (a.k.a. IAMSHCHIKOV, Artem; a.k.a. YAMSHCHIKOV, Artem Mikhailovich), Russia; DOB 11 Oct 1979; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 381000781179 (Russia) (individual) [RUSSIA-EO14024].

YAN, Su Xuan (Chinese Simplified: 颜素炫) (a.k.a. YAN, Suxuan; a.k.a. YAN, Yen), Room 902, Building 5, 12 Tangjing Road, Tangxia, Baiyun District, Guangzhou City, China; Taiwan; DOB 08 Oct 1983; POB Guangdong, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EA4917489 (China) expires 20 Jun 2027 (individual) [SDGT] (Linked To: HASHEMI, Seyed Morteza Minaye).

YAN, Suxuan (a.k.a. YAN, Su Xuan (Chinese Simplified: 颜素炫); a.k.a. YAN, Yen), Room 902, Building 5, 12 Tangjing Road, Tangxia,

Baiyun District, Guangzhou City, China; Taiwan; DOB 08 Oct 1983; POB Guangdong, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EA4917489 (China) expires 20 Jun 2027 (individual) [SDGT] (Linked To: HASHEMI, Seyed Morteza Minaye).

YAN, Xiaobing (Chinese Traditional: 顏曉兵; Chinese Simplified: 颜晓兵) (a.k.a. "YAN, Steven"; a.k.a. "ZHOU, William"), Wuhan, Hubei, China (; Chinese Simplified: 武汉市, 湖北省, ChinaChinese Traditional: 武漢市, 湖北省, China); DOB 25 Mar 1977; POB Wuhan City, Hubei, China; citizen China; Gender Male; Digital Currency Address - XBT 12QtD5BFwRsdNsAZY76UVE1xyCGNTojH9h; alt. Digital Currency Address - XBT 1Kuf2Rd8mDyAViwBozGTNYnvWL8uYFrkVo; alt. Digital Currency Address - XBT 13f59kUM5FU8MfTG7DCEugYarDhSD7XCoC; alt. Digital Currency Address - XBT 1P3ZfGFLezzYGg9k5SVzQmnjyh7nrUmF2y; alt. Digital Currency Address - XBT 1EpMiZkQVekM5ij12nMiEwttFPcDK9XhX6; alt. Digital Currency Address - XBT 1JREJdZupiFhE7ZzQPtASuMCvvpXC7wRsC; Chinese Commercial Code 7346 2556 0365; Citizen's Card Number 421002197703250019 (China) (individual) [SDNTK].

YAN, Yen (a.k.a. YAN, Su Xuan (Chinese Simplified: 颜素炫); a.k.a. YAN, Suxuan), Room 902, Building 5, 12 Tangjing Road, Tangxia, Baiyun District, Guangzhou City, China; Taiwan; DOB 08 Oct 1983; POB Guangdong, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EA4917489 (China) expires 20 Jun 2027 (individual) [SDGT] (Linked To: HASHEMI, Seyed Morteza Minaye).

YAN, Zhiyong, Beijing, China; DOB 15 Feb 1980; POB Shandong, China; nationality China; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; National ID No. 370827198002151333 (China) (individual) [DPRK3] (Linked To: AIR KORYO).

YANBIAN SILVER STAR (a.k.a. CHINA SILVER STAR INTERNET TECHNOLOGY COMPANY; a.k.a. SILVER STAR CHINA; a.k.a. SILVER STAR INTERNET TECHNOLOGY CORPORATION; a.k.a. UNSONG INTERNET TECHNOLOGY CORPORATION; a.k.a. YANBIAN SILVERSTAR; a.k.a. YANBIAN SILVERSTAR NETWORK TECHNOLOGY CO., LTD. (Chinese Simplified: 延边银星网络科技有限公司; Korean: 은성인터네트기술회사); a.k.a. YANJI SILVER STAR NETWORK TECHNOLOGY CO. LTD.), 20998B-26 Changbaishan East Road, Yanji, Jilin, China; No. 213-214,  Building 2, Science and Technology Industrial Park, Yanji Development Zone, China; Chang Bai Shan Dong Lu, 20998B-26Hao, Yanji, Jilin 133000, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Unified Social Credit Code (USCC) 91222401MA0Y31E659 (China) [DPRK3] [DPRK4].

YANBIAN SILVERSTAR (a.k.a. CHINA SILVER STAR INTERNET TECHNOLOGY COMPANY; a.k.a. SILVER STAR CHINA; a.k.a. SILVER STAR INTERNET TECHNOLOGY CORPORATION; a.k.a. UNSONG INTERNET TECHNOLOGY CORPORATION; a.k.a. YANBIAN SILVER STAR; a.k.a. YANBIAN SILVERSTAR NETWORK TECHNOLOGY CO., LTD. (Chinese Simplified: 延边银星网络科技有限公司; Korean: 은성인터네트기술회사); a.k.a. YANJI SILVER STAR NETWORK TECHNOLOGY CO. LTD.), 20998B-26 Changbaishan East Road, Yanji, Jilin, China; No. 213-214,  Building 2, Science and Technology Industrial Park, Yanji Development Zone, China; Chang Bai Shan Dong Lu, 20998B-26Hao, Yanji, Jilin 133000, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Unified Social Credit Code (USCC) 91222401MA0Y31E659 (China) [DPRK3] [DPRK4].

YANBIAN SILVERSTAR NETWORK TECHNOLOGY CO., LTD. (Chinese Simplified: 延边银星网络科技有限公司; Korean: 은성인터네트기술회사) (a.k.a. CHINA SILVER STAR INTERNET TECHNOLOGY COMPANY;

a.k.a. SILVER STAR CHINA; a.k.a. SILVER STAR INTERNET TECHNOLOGY CORPORATION; a.k.a. UNSONG INTERNET TECHNOLOGY CORPORATION; a.k.a. YANBIAN SILVER STAR; a.k.a. YANBIAN SILVERSTAR; a.k.a. YANJI SILVER STAR NETWORK TECHNOLOGY CO. LTD.), 20998B-26 Changbaishan East Road, Yanji, Jilin, China; No. 213-214,  Building 2, Science and Technology Industrial Park, Yanji Development Zone, China; Chang Bai Shan Dong Lu, 20998B-26Hao, Yanji, Jilin 133000, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Unified Social Credit Code (USCC) 91222401MA0Y31E659 (China) [DPRK3] [DPRK4].

YANBORISOV, Amir Bulatovich (a.k.a. IANBORISOV, Amir Bulatovich), 51 Rue de Prony, Paris, France; DOB 26 Jul 1996; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

YANBORISOV, Bulat Akhatovich, Sozopol, Bulgaria; 51 Rue de Prony, Paris, France; Sytzia, Ioanni Kapodistria Str, Dali Residence Mez.6,, Potamos Germasogias, Limassol 4046, Cyprus; DOB 01 Jan 1970; POB Penza, Russia; nationality Russia; alt. nationality Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport K00427312 (Cyprus) expires 19 Nov 2028 (individual) [RUSSIA-EO14024].

YANCHENG THREE LINE ONE POINT ANIMATION CO., LTD., 1272 Jinan Road, Jinsha Lake, Funing County, Yancheng City, Jiangsu Province, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3] (Linked To: SEK STUDIO).

YANEZ GUERRERO, Rigoberto; DOB 1962; nationality Mexico (individual) [SDNTK].

YANG LOPEZ, Jason Antonio, Guatemala; DOB 29 Mar 1981; POB Mazatenango, Guatemala; nationality Guatemala; citizen Guatemala; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

YANG, Jian, Room No. 1115, No. 66 Jinkaidadao, Yubei District, Chongqing, China;

DOB 25 Aug 1983; nationality Cyprus; Gender Male; Passport K00441025 (Cyprus) (individual) [TCO] (Linked To: GRAND LEGEND INTERNATIONAL ASSET MANAGEMENT GROUP CO. LTD.).

YANG, Jianping (Chinese Simplified: 杨建平; Chinese Traditional: 楊建平), Hong Kong; DOB Dec 1959; POB Jingxing, Hebei Province, China; citizen China; Gender Male (individual) [HK-EO13936].

YANG, Liu (a.k.a. "YANG, Jason"), Daqiaobei Road, Room 201 Unit 1 Building 4 No. 32, Liling, Hunan 412299, China; DOB 06 Dec 1985; POB Liling, China; nationality China; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport E12074567 (China) issued 25 Feb 2013 expires 24 Feb 2023; National ID No. 430281198512065656 (China) (individual) [RUSSIA-EO14024] (Linked To: SHANGHAI OCEANEN ENVIRONMENTAL SCIENCE AND TECHNOLOGY CO., LTD.).

YANG, Qi (a.k.a. "YANG, Daisy"), China; DOB 28 Oct 1992; nationality China; citizen China; Gender Female; Passport C18165248 (China) (individual) [ILLICIT-DRUGS-EO14059].

YANG, Yanming (a.k.a. "YANG, Kimi"), Room No. B314 Siamese Gioia Condo Sukhumvit 31, Sukhumvit Rd, North Klongton, Wattana, Bangkok, Thailand; 287-91 Moo 1 Sukhumvit 72 Alley Samrong Nuea, Mueang Samut Prakan, Thailand; Koror, Palau; DOB 24 Mar 1991; nationality Cambodia; alt. nationality Vanuatu; Gender Male; Passport N02404035 (Cambodia); alt. Passport RV0107373 (Vanuatu); Tax ID No. 100060 (Palau) (individual) [TCO] (Linked To: GRAND LEGEND INTERNATIONAL ASSET MANAGEMENT GROUP CO. LTD.).

YANGON AIRWAYS (a.k.a. YANGON AIRWAYS COMPANY LIMITED), MMB Tower, Level 5, 166 Upper Pansodan Rd., Mingalar Taung Nyunt Township, Rangoon, Burma [SDNTK].

YANGON AIRWAYS COMPANY LIMITED (a.k.a. YANGON AIRWAYS), MMB Tower, Level 5, 166 Upper Pansodan Rd., Mingalar Taung Nyunt Township, Rangoon, Burma [SDNTK].

YANGON GALLERY (a.k.a. THE YANGON GALLERY), People's Park Compound, Near Planetarium Museum, Ahlone Road, Dagon Township, Yangon, Burma; People's Park Compound, Near Planetarium Museum, Ahlon Road, Dagon Township, Yangon, Burma; Phone Number 09 738 27777 [BURMA-EO14014].

YANGOUVONDA, Bozize (a.k.a. BOZIZE, Francois; a.k.a. BOZIZE, Francois Yangouvonda); DOB 14 Oct 1946; POB Gabon; Former President of the Central African Republic (individual) [CAR].

YANGSHAN SHENGANG INTERNATIONAL OIL LOGISTICS CO., LTD. (a.k.a. YANGSHAN SHENGANG INTERNATIONAL OIL STORAGE CO. LTD.; a.k.a. YANGSHAN SHENGANG INTERNATIONAL PETROLEUM LOGISTICS CO., LTD.; a.k.a. YANGSHAN SHENGANG INTERNATIONAL PETROLEUM STORAGE AND TRANSPORTATION CO., LTD (Chinese Simplified: 洋山申港国际石油储运有限公司)), 14th floor, Building DEF, No. 500 Zhangyang Road, Huarun Times Square, Pudong New District, Shanghai 200122, China; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 10 Mar 2025; Unified Social Credit Code (USCC) 91330900771920331L (China) [IRAN-EO13846].

YANGSHAN SHENGANG INTERNATIONAL OIL STORAGE CO. LTD. (a.k.a. YANGSHAN SHENGANG INTERNATIONAL OIL LOGISTICS CO., LTD.; a.k.a. YANGSHAN SHENGANG INTERNATIONAL PETROLEUM LOGISTICS CO., LTD.; a.k.a. YANGSHAN SHENGANG INTERNATIONAL PETROLEUM STORAGE AND TRANSPORTATION CO., LTD (Chinese Simplified: 洋山申港国际石油储运有限公司)), 14th floor, Building DEF, No. 500 Zhangyang Road, Huarun Times Square, Pudong New District, Shanghai 200122, China; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 10 Mar 2025; Unified Social Credit Code (USCC) 91330900771920331L (China) [IRAN-EO13846].

YANGSHAN SHENGANG INTERNATIONAL PETROLEUM LOGISTICS CO., LTD. (a.k.a. YANGSHAN SHENGANG INTERNATIONAL OIL LOGISTICS CO., LTD.; a.k.a. YANGSHAN SHENGANG INTERNATIONAL OIL STORAGE CO. LTD.; a.k.a. YANGSHAN SHENGANG INTERNATIONAL PETROLEUM STORAGE AND TRANSPORTATION CO., LTD (Chinese Simplified: 洋山申港国际石油储运有限公司)), 14th floor, Building DEF, No. 500 Zhangyang Road, Huarun Times Square, Pudong New District, Shanghai 200122, China; Executive Order 13846 information: BLOCKING

PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 10 Mar 2025; Unified Social Credit Code (USCC) 91330900771920331L (China) [IRAN-EO13846].

YANGSHAN SHENGANG INTERNATIONAL PETROLEUM STORAGE AND TRANSPORTATION CO., LTD (Chinese Simplified: 洋山申港国际石油储运有限公司) (a.k.a. YANGSHAN SHENGANG INTERNATIONAL OIL LOGISTICS CO., LTD.; a.k.a. YANGSHAN SHENGANG INTERNATIONAL OIL STORAGE CO. LTD.; a.k.a. YANGSHAN SHENGANG INTERNATIONAL PETROLEUM LOGISTICS CO., LTD.), 14th floor, Building DEF, No. 500 Zhangyang Road, Huarun Times Square, Pudong New District, Shanghai 200122, China; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 10 Mar 2025; Unified Social Credit Code (USCC) 91330900771920331L (China) [IRAN-EO13846].

YANJI SILVER STAR NETWORK TECHNOLOGY CO. LTD. (a.k.a. CHINA SILVER STAR INTERNET TECHNOLOGY COMPANY; a.k.a. SILVER STAR CHINA; a.k.a. SILVER STAR INTERNET TECHNOLOGY CORPORATION; a.k.a. UNSONG INTERNET TECHNOLOGY CORPORATION; a.k.a. YANBIAN SILVER STAR; a.k.a. YANBIAN SILVERSTAR; a.k.a. YANBIAN SILVERSTAR NETWORK TECHNOLOGY CO., LTD. (Chinese Simplified: 延边银星网络科技有限公司; Korean: 은성인터네트기술회사)), 20998B-26 Changbaishan East Road, Yanji, Jilin, China; No. 213-214, Building 2, Science and Technology Industrial Park, Yanji Development Zone, China; Chang Bai Shan Dong Lu, 20998B-26Hao, Yanji, Jilin 133000, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Unified Social Credit Code (USCC) 91222401MA0Y31E659 (China) [DPRK3] [DPRK4].

YANLING CHUANXING CHEMICAL PLANT GENERAL PARTNERSHIP (a.k.a. YANLING COUNTY CHUANXING CHEMICAL PLANT GENERAL PARTNERSHIP; a.k.a. YANLING COUNTY SHIP SHAPED CHEMICAL PLANT

GENERAL PARTNERSHIP), Chuanxing Town, Yanling County, Zhuzhou, Hunan, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 10 Jun 2008; Registration Number 430225600023395 (China); Unified Social Credit Code (USCC) 91430225L26191645X (China) [NPWMD] [IFSR] (Linked To: SHENZHEN AMOR LOGISTICS CO LTD).

YANLING COUNTY CHUANXING CHEMICAL PLANT GENERAL PARTNERSHIP (a.k.a. YANLING CHUANXING CHEMICAL PLANT GENERAL PARTNERSHIP; a.k.a. YANLING COUNTY SHIP SHAPED CHEMICAL PLANT GENERAL PARTNERSHIP), Chuanxing Town, Yanling County, Zhuzhou, Hunan, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 10 Jun 2008; Registration Number 430225600023395 (China); Unified Social Credit Code (USCC) 91430225L26191645X (China) [NPWMD] [IFSR] (Linked To: SHENZHEN AMOR LOGISTICS CO LTD).

YANLING COUNTY LINGFENG CHEMICAL TRADING CO LTD (a.k.a. YANLING LINGFENG CHLORATE CO LTD), 1 Chuangye Road, Entrepreneurship Park, Xiayang Town, Yanling County, Zhuzhou, Hunan, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 15 Dec 2021; Unified Social Credit Code (USCC) 91430225MA7DEW2U3K (China) [NPWMD] [IFSR] (Linked To: CHINA CHLORATE TECH CO LIMITED).

YANLING COUNTY SHIP SHAPED CHEMICAL PLANT GENERAL PARTNERSHIP (a.k.a. YANLING CHUANXING CHEMICAL PLANT GENERAL PARTNERSHIP; a.k.a. YANLING COUNTY CHUANXING CHEMICAL PLANT GENERAL PARTNERSHIP), Chuanxing Town, Yanling County, Zhuzhou, Hunan, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 10 Jun 2008; Registration Number 430225600023395 (China); Unified Social Credit Code (USCC) 91430225L26191645X (China) [NPWMD] [IFSR] (Linked To: SHENZHEN AMOR LOGISTICS CO LTD).

YANLING LINGFENG CHLORATE CO LTD (a.k.a. YANLING COUNTY LINGFENG CHEMICAL TRADING CO LTD), 1 Chuangye Road, Entrepreneurship Park, Xiayang Town, Yanling County, Zhuzhou, Hunan, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established

Date 15 Dec 2021; Unified Social Credit Code (USCC) 91430225MA7DEW2U3K (China) [NPWMD] [IFSR] (Linked To: CHINA CHLORATE TECH CO LIMITED).

YANTAI AIRUI OPTOELECTRONIC TECHNOLOGY CO LTD (Chinese Simplified: 烟台艾睿光电科技有限公司) (a.k.a. IRAY TECHNOLOGY CO LTD; a.k.a. YANTAI IRAY TECHNOLOGY CO LTD; a.k.a. "IRAY TECHNOLOGIES"), No. 11, Guiyang Street, Yantai Development Zone, Yantai, Shandong 264000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91370600557897249A (China) [RUSSIA-EO14024].

YANTAI IRAY TECHNOLOGY CO LTD (a.k.a. IRAY TECHNOLOGY CO LTD; a.k.a. YANTAI AIRUI OPTOELECTRONIC TECHNOLOGY CO LTD (Chinese Simplified: 烟台艾睿光电科技有限公司); a.k.a. "IRAY TECHNOLOGIES"), No. 11, Guiyang Street, Yantai Development Zone, Yantai, Shandong 264000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91370600557897249A (China) [RUSSIA-EO14024].

YANTAI MEI XUN TRADE CO., LTD. (Chinese Simplified: 烟台美讯商贸有限公司), 10-9, Xingheli, Zhifu District, Yantai, Shandong 264000, China; Unified Social Credit Code (USCC) 91370602MA3PGY400W (China) [ILLICIT-DRUGS-EO14059].

YANTAI YIXUN INTERNATIONAL TRADE AND COMMERCE CO., LTD. (a.k.a. YANTAI YIXUN INTERNATIONAL TRADE CO., LTD. (Chinese Simplified: 烟台易迅国际贸易有限公司)), No. 27-10, Fucheng Road, Zhifu District, Yantai, Shandong Province 264013, China; Phone Number 8613188782935; Unified Social Credit Code (USCC) 91370602MA3EXX8R79 (China) [ILLICIT-DRUGS-EO14059].

YANTAI YIXUN INTERNATIONAL TRADE CO., LTD. (Chinese Simplified: 烟台易迅国际贸易有限公司) (a.k.a. YANTAI YIXUN INTERNATIONAL TRADE AND COMMERCE CO., LTD.), No. 27-10, Fucheng Road, Zhifu District, Yantai, Shandong Province 264013, China; Phone Number 8613188782935; Unified Social Credit Code (USCC) 91370602MA3EXX8R79 (China) [ILLICIT-DRUGS-EO14059].

YANTAR SHIPYARD (a.k.a. JOINT STOCK COMPANY BALTIC SHIPBUILDING PLANT

YANTAR; a.k.a. JOINT-STOCK COMPANY PSZ YANTAR; a.k.a. JOINT-STOCK COMPANY YANTAR SHIPYARD; a.k.a. JSC PRIBALTIYSKY SUDOSTROITELNY FACTORY YANTAR; a.k.a. JSC PRIBALTIYSKY SUDOSTROITELNY ZAVOD YANTAR (Cyrillic: АО ПРИБАЛТИЙСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД ЯНТАРЬ); a.k.a. JSC SHIPYARD YANTAR), 1 Guskov Square, Kaliningrad, Kaliningrad Region 236005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Sep 1993; Tax ID No. 3900000111 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

YANUKOVICH, Alexander (a.k.a. YANUKOVICH, Oleksander; a.k.a. YANUKOVYCH, Aleksandr Viktorovych; a.k.a. YANUKOVYCH, Oleksandr Viktorovych; a.k.a. YANUKOVYCH, Olexander); DOB 01 Jul 1973; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

YANUKOVICH, Oleksander (a.k.a. YANUKOVICH, Alexander; a.k.a. YANUKOVYCH, Aleksandr Viktorovych; a.k.a. YANUKOVYCH, Oleksandr Viktorovych; a.k.a. YANUKOVYCH, Olexander); DOB 01 Jul 1973; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

YANUKOVYCH, Aleksandr Viktorovych (a.k.a. YANUKOVICH, Alexander; a.k.a. YANUKOVICH, Oleksander; a.k.a. YANUKOVYCH, Oleksandr Viktorovych; a.k.a. YANUKOVYCH, Olexander); DOB 01 Jul 1973; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

YANUKOVYCH, Oleksandr Viktorovych (a.k.a. YANUKOVICH, Alexander; a.k.a. YANUKOVICH, Oleksander; a.k.a. YANUKOVYCH, Aleksandr Viktorovych; a.k.a. YANUKOVYCH, Olexander); DOB 01 Jul 1973; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

YANUKOVYCH, Olexander (a.k.a. YANUKOVICH, Alexander; a.k.a.

YANUKOVICH, Oleksander; a.k.a. YANUKOVYCH, Aleksandr Viktorovych; a.k.a. YANUKOVYCH, Oleksandr Viktorovych); DOB 01 Jul 1973; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

YANUKOVYCH, Viktor Fedorovych; DOB 09 Jul 1950; POB Yenakiyeve, Donetsk Region, Ukraine; alt. POB Makiivka, Donbas, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Former President of Ukraine (individual) [UKRAINE-EO13660].

YAO, Huatao (Chinese Simplified: 姚华涛), China; DOB 16 Aug 1990; POB Hebei, China; nationality China; Gender Male; Phone Number 8618233039691; alt. Phone Number 862787366298; National ID No. 130531199008160212 (China) (individual) [ILLICIT-DRUGS-EO14059].

YAODONG, Yue (a.k.a. YUE, Richard); DOB 22 May 1974; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

YAQOOB, Mohammad (a.k.a. SHEIKH, Qari Muhammad Yaqoob; a.k.a. SHEIKH, Qari Muhammad Yaqub; a.k.a. YAQOOB, Qari Shaikh Muhammad); DOB 20 Dec 1972; POB Bahawalpur, Punjab, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BX5192361 (Pakistan) issued 04 Aug 2007 expires 02 Aug 2012; National ID No. 3120128002365 (Pakistan) (individual) [SDGT].

YAQOOB, Qari Shaikh Muhammad (a.k.a. SHEIKH, Qari Muhammad Yaqoob; a.k.a. SHEIKH, Qari Muhammad Yaqub; a.k.a. YAQOOB, Mohammad); DOB 20 Dec 1972; POB Bahawalpur, Punjab, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BX5192361 (Pakistan) issued 04 Aug 2007 expires 02 Aug 2012; National ID No. 3120128002365 (Pakistan) (individual) [SDGT].

YAQUB, Ahmed (a.k.a. GHANI, Hamad; a.k.a. YAKOOB, Mohammad); DOB 1966; alt. DOB 1967; POB Faisalabad, Pakistan; alt. POB Jeda Walah, Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

YAQUBI, Hosein (a.k.a. YAGHOOBI MAYAB, Hossein; a.k.a. YAGHOOBI, Hossein; a.k.a. YAGHOUBI MIAB, Hossein; a.k.a. YAGHUBI

MAYAB, Hosein), Iran; DOB 23 Jul 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G9342868 (Iran) issued 16 Mar 2016 expires 16 Mar 2021 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

YARA OFFSHORE SAL (Arabic: شركة يارا ش. م. ل. اوف شور) (a.k.a. YARA S.A.L. OFFSHORE COMPANY), Bechara El Khoury Street, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 05 Nov 2012; Commercial Registry Number 1806384 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

YARA S.A.L. OFFSHORE COMPANY (a.k.a. YARA OFFSHORE SAL (Arabic: شركة يارا ش. م. ل. اوف شور)), Bechara El Khoury Street, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 05 Nov 2012; Commercial Registry Number 1806384 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

YARE, Ali (a.k.a. YARE, Cali), Lower Shabelle, Somalia; Jilib, Somalia; DOB 1986; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

YARE, Bashir (a.k.a. GAP, Gure; a.k.a. MAHAMOUD, Bashir Mohamed; a.k.a. MAHMOUD, Bashir Mohamed; a.k.a. MOHAMMED, Bashir Mahmud; a.k.a. MOHAMOUD, Bashir Mohamed; a.k.a. MOHAMUD, Bashir Mohamed; a.k.a. QORGAB, Bashir; a.k.a. "MUSCAB, Abu"; a.k.a. "QORGAB"), Mogadishu, Somalia; nationality Somalia; DOB circa 1979-1982; alt. DOB 1982 (individual) [SOMALIA].

YARE, Cali (a.k.a. YARE, Ali), Lower Shabelle, Somalia; Jilib, Somalia; DOB 1986; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

YARIISOW, Xasan (a.k.a. AADAN, Hassan Yariisow; a.k.a. YARIISOW, Xassan), Tortoroow, Lower Shabelle, Somalia; DOB 1990; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

YARIISOW, Xassan (a.k.a. AADAN, Hassan Yariisow; a.k.a. YARIISOW, Xasan), Tortoroow, Lower Shabelle, Somalia; DOB 1990; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

YARIN, Andrei Veniaminovich (Cyrillic: ЯРИН, Андрей Вениаминович), Moscow, Russia; DOB 13 Feb 1970; POB Nizhny Tagil, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

YARMOSHINA, Lidya Mihaulauna (a.k.a. YARMOSHINA, Lidya Mikhailovna; a.k.a. YARMOSHINA, Lidziya Mihaulauna; a.k.a. YARMOSHINA, Lidziya Mikhailovna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a. YARMOSHYNA, Lidya Mihaulauna; a.k.a. YARMOSHYNA, Lidya Mikhailovna; a.k.a. YARMOSHYNA, Lidziya Mihaulauna; a.k.a. YARMOSHYNA, Lidziya Mikhailovna; a.k.a. YARMOSHYNA, Lydia Mihaulauna; a.k.a. YARMOSHYNA, Lydia Mikhailovna; a.k.a. YERMOSHINA, Lidya Mihaulauna; a.k.a. YERMOSHINA, Lidya Mikhailovna; a.k.a. YERMOSHINA, Lidziya Mihaulauna; a.k.a. YERMOSHINA, Lidziya Mikhailovna; a.k.a. YERMOSHINA, Lydia Mihaulauna; a.k.a. YERMOSHINA, Lydia Mikhailovna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YARMOSHINA, Lidya Mikhailovna (a.k.a. YARMOSHINA, Lidya Mihaulauna; a.k.a. YARMOSHINA, Lidziya Mihaulauna; a.k.a. YARMOSHINA, Lidziya Mikhailovna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a. YARMOSHYNA, Lidya Mihaulauna; a.k.a. YARMOSHYNA, Lidya Mikhailovna; a.k.a. YARMOSHYNA, Lidziya Mihaulauna; a.k.a. YARMOSHYNA, Lidziya Mikhailovna; a.k.a. YARMOSHYNA, Lydia Mihaulauna; a.k.a. YARMOSHYNA, Lydia Mikhailovna; a.k.a. YERMOSHINA, Lidya Mihaulauna; a.k.a. YERMOSHINA, Lidya Mikhailovna; a.k.a. YERMOSHINA, Lidziya Mihaulauna; a.k.a. YERMOSHINA, Lidziya Mikhailovna; a.k.a. YERMOSHINA, Lydia Mihaulauna; a.k.a.

YERMOSHINA, Lydia Mikhailovna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YARMOSHINA, Lidziya Mihaulauna (a.k.a. YARMOSHINA, Lidya Mihaulauna; a.k.a. YARMOSHINA, Lidya Mikhailovna; a.k.a. YARMOSHINA, Lidziya Mikhailovna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a. YARMOSHYNA, Lidya Mihaulauna; a.k.a. YARMOSHYNA, Lidya Mikhailovna; a.k.a. YARMOSHYNA, Lidziya Mihaulauna; a.k.a. YARMOSHYNA, Lidziya Mikhailovna; a.k.a. YARMOSHYNA, Lydia Mihaulauna; a.k.a. YARMOSHYNA, Lydia Mikhailovna; a.k.a. YERMOSHINA, Lidya Mihaulauna; a.k.a. YERMOSHINA, Lidya Mikhailovna; a.k.a. YERMOSHINA, Lidziya Mihaulauna; a.k.a. YERMOSHINA, Lidziya Mikhailovna; a.k.a. YERMOSHINA, Lydia Mihaulauna; a.k.a. YERMOSHINA, Lydia Mikhailovna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YARMOSHINA, Lidziya Mikhailovna (a.k.a. YARMOSHINA, Lidya Mihaulauna; a.k.a. YARMOSHINA, Lidya Mikhailovna; a.k.a. YARMOSHINA, Lidziya Mihaulauna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a. YARMOSHYNA, Lidya Mihaulauna; a.k.a. YARMOSHYNA, Lidya Mikhailovna; a.k.a. YARMOSHYNA, Lidziya Mihaulauna; a.k.a. YARMOSHYNA, Lidziya Mikhailovna; a.k.a. YARMOSHYNA, Lydia Mihaulauna; a.k.a. YARMOSHYNA, Lydia Mikhailovna; a.k.a. YERMOSHINA, Lidya Mihaulauna; a.k.a. YERMOSHINA, Lidya Mikhailovna; a.k.a. YERMOSHINA, Lidziya Mihaulauna; a.k.a. YERMOSHINA, Lidziya Mikhailovna; a.k.a. YERMOSHINA, Lydia Mihaulauna; a.k.a. YERMOSHINA, Lydia Mikhailovna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YARMOSHINA, Lydia Mihaulauna (a.k.a. YARMOSHINA, Lidya Mihaulauna; a.k.a. YARMOSHINA, Lidya Mikhailovna; a.k.a. YARMOSHINA, Lidziya Mihaulauna; a.k.a. YARMOSHINA, Lidziya Mikhailovna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a. YARMOSHYNA, Lidya Mihaulauna; a.k.a. YARMOSHYNA, Lidya Mikhailovna; a.k.a. YARMOSHYNA, Lidziya Mihaulauna; a.k.a. YARMOSHYNA, Lidziya Mikhailovna; a.k.a. YARMOSHYNA, Lydia Mihaulauna; a.k.a. YARMOSHYNA, Lydia Mikhailovna; a.k.a. YERMOSHINA, Lidya Mihaulauna; a.k.a. YERMOSHINA, Lidya Mikhailovna; a.k.a. YERMOSHINA, Lidziya Mihaulauna; a.k.a. YERMOSHINA, Lidziya Mikhailovna; a.k.a. YERMOSHINA, Lydia Mihaulauna; a.k.a. YERMOSHINA, Lydia Mikhailovna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YARMOSHINA, Lydia Mikhailovna (a.k.a. YARMOSHINA, Lidya Mihaulauna; a.k.a. YARMOSHINA, Lidya Mikhailovna; a.k.a. YARMOSHINA, Lidziya Mihaulauna; a.k.a. YARMOSHINA, Lidziya Mikhailovna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHYNA, Lidya Mihaulauna; a.k.a. YARMOSHYNA, Lidya Mikhailovna; a.k.a. YARMOSHYNA, Lidziya Mihaulauna; a.k.a. YARMOSHYNA, Lidziya Mikhailovna; a.k.a. YARMOSHYNA, Lydia Mihaulauna; a.k.a. YARMOSHYNA, Lydia Mikhailovna; a.k.a. YERMOSHINA, Lidya Mihaulauna; a.k.a. YERMOSHINA, Lidya Mikhailovna; a.k.a. YERMOSHINA, Lidziya Mihaulauna; a.k.a. YERMOSHINA, Lidziya Mikhailovna; a.k.a. YERMOSHINA, Lydia Mihaulauna; a.k.a. YERMOSHINA, Lydia Mikhailovna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YARMOSHYNA, Lidya Mihaulauna (a.k.a. YARMOSHINA, Lidya Mihaulauna; a.k.a. YARMOSHINA, Lidya Mikhailovna; a.k.a. YARMOSHINA, Lidziya Mihaulauna; a.k.a. YARMOSHINA, Lidziya Mikhailovna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a. YARMOSHYNA, Lidya Mikhailovna; a.k.a. YARMOSHYNA, Lidziya Mihaulauna; a.k.a. YARMOSHYNA, Lidziya Mikhailovna; a.k.a. YARMOSHYNA, Lydia Mihaulauna; a.k.a. YARMOSHYNA, Lydia Mikhailovna; a.k.a. YERMOSHINA, Lidya Mihaulauna; a.k.a. YERMOSHINA, Lidya Mikhailovna; a.k.a. YERMOSHINA, Lidziya Mihaulauna; a.k.a. YERMOSHINA, Lidziya Mikhailovna; a.k.a. YERMOSHINA, Lydia Mihaulauna; a.k.a. YERMOSHINA, Lydia Mikhailovna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YARMOSHYNA, Lidya Mikhailovna (a.k.a. YARMOSHINA, Lidya Mihaulauna; a.k.a. YARMOSHINA, Lidya Mikhailovna; a.k.a. YARMOSHINA, Lidziya Mihaulauna; a.k.a. YARMOSHINA, Lidziya Mikhailovna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a. YARMOSHYNA, Lidya Mihaulauna; a.k.a. YARMOSHYNA, Lidziya Mihaulauna; a.k.a. YARMOSHYNA, Lidziya Mikhailovna; a.k.a. YARMOSHYNA, Lydia Mihaulauna; a.k.a. YARMOSHYNA, Lydia Mikhailovna; a.k.a. YERMOSHINA, Lidya Mihaulauna; a.k.a. YERMOSHINA, Lidya Mikhailovna; a.k.a. YERMOSHINA, Lidziya Mihaulauna; a.k.a. YERMOSHINA, Lidziya Mikhailovna; a.k.a. YERMOSHINA, Lydia Mihaulauna; a.k.a. YERMOSHINA, Lydia Mikhailovna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YARMOSHYNA, Lidziya Mihaulauna (a.k.a. YARMOSHINA, Lidya Mihaulauna; a.k.a. YARMOSHINA, Lidya Mikhailovna; a.k.a. YARMOSHINA, Lidziya Mihaulauna; a.k.a. YARMOSHINA, Lidziya Mikhailovna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a. YARMOSHYNA, Lidya Mihaulauna; a.k.a. YARMOSHYNA, Lidya Mikhailovna; a.k.a. YARMOSHYNA, Lidziya Mikhailovna; a.k.a. YARMOSHYNA, Lydia Mihaulauna; a.k.a. YARMOSHYNA, Lydia Mikhailovna; a.k.a. YERMOSHINA, Lidya Mihaulauna; a.k.a. YERMOSHINA, Lidya Mikhailovna; a.k.a. YERMOSHINA, Lidziya Mihaulauna; a.k.a. YERMOSHINA, Lidziya Mikhailovna; a.k.a. YERMOSHINA, Lydia Mihaulauna; a.k.a. YERMOSHINA, Lydia Mikhailovna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YARMOSHYNA, Lidziya Mikhailovna (a.k.a. YARMOSHINA, Lidya Mihaulauna; a.k.a. YARMOSHINA, Lidya Mikhailovna; a.k.a. YARMOSHINA, Lidziya Mihaulauna; a.k.a. YARMOSHINA, Lidziya Mikhailovna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a. YARMOSHYNA, Lidya Mihaulauna; a.k.a. YARMOSHYNA, Lidya Mikhailovna; a.k.a. YARMOSHYNA, Lidziya Mihaulauna; a.k.a. YARMOSHYNA, Lydia Mihaulauna; a.k.a. YARMOSHYNA, Lydia Mikhailovna; a.k.a. YERMOSHINA, Lidya Mihaulauna; a.k.a.

YERMOSHINA, Lidya Mikhailovna; a.k.a. YERMOSHINA, Lidziya Mihaulauna; a.k.a. YERMOSHINA, Lidziya Mikhailovna; a.k.a. YERMOSHINA, Lydia Mihaulauna; a.k.a. YERMOSHINA, Lydia Mikhailovna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YARMOSHYNA, Lydia Mihaulauna (a.k.a. YARMOSHINA, Lidya Mihaulauna; a.k.a. YARMOSHINA, Lidya Mikhailovna; a.k.a. YARMOSHINA, Lidziya Mihaulauna; a.k.a. YARMOSHINA, Lidziya Mikhailovna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a. YARMOSHYNA, Lidya Mihaulauna; a.k.a. YARMOSHYNA, Lidya Mikhailovna; a.k.a. YARMOSHYNA, Lidziya Mihaulauna; a.k.a. YARMOSHYNA, Lidziya Mikhailovna; a.k.a. YARMOSHYNA, Lydia Mikhailovna; a.k.a. YERMOSHINA, Lidya Mihaulauna; a.k.a. YERMOSHINA, Lidya Mikhailovna; a.k.a. YERMOSHINA, Lidziya Mihaulauna; a.k.a. YERMOSHINA, Lidziya Mikhailovna; a.k.a. YERMOSHINA, Lydia Mihaulauna; a.k.a. YERMOSHINA, Lydia Mikhailovna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YARMOSHYNA, Lydia Mikhailovna (a.k.a. YARMOSHINA, Lidya Mihaulauna; a.k.a. YARMOSHINA, Lidya Mikhailovna; a.k.a. YARMOSHINA, Lidziya Mihaulauna; a.k.a. YARMOSHINA, Lidziya Mikhailovna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a. YARMOSHYNA, Lidya Mihaulauna; a.k.a. YARMOSHYNA, Lidya Mikhailovna; a.k.a. YARMOSHYNA, Lidziya Mihaulauna; a.k.a. YARMOSHYNA, Lidziya Mikhailovna; a.k.a. YARMOSHYNA, Lydia Mihaulauna; a.k.a. YERMOSHINA, Lidya Mihaulauna; a.k.a. YERMOSHINA, Lidya Mikhailovna; a.k.a. YERMOSHINA, Lidziya Mihaulauna; a.k.a. YERMOSHINA, Lidziya Mikhailovna; a.k.a. YERMOSHINA, Lydia Mihaulauna; a.k.a. YERMOSHINA, Lydia Mikhailovna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YARMOUK BRIGADE (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

YARMOUK MARTYRS BRIGADE (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

YAROSH, Petro (a.k.a. JAROSH, Petr Grigorievich; a.k.a. YAROSH, Pyotr), Crimea, Ukraine; DOB 30 Jan 1971; POB Skvortsovo village, Simferopol region, Crimea, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

YAROSH, Pyotr (a.k.a. JAROSH, Petr Grigorievich; a.k.a. YAROSH, Petro), Crimea, Ukraine; DOB 30 Jan 1971; POB Skvortsovo village, Simferopol region, Crimea, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

YAROSHUK, Alexander Georgievich (Cyrillic: ЯРОШУК, Александр Георгиевич), Russia; DOB 15 Nov 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YAROSLAVL SHIPYARD OPEN JOINT-STOCK COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД) (a.k.a. OJSC YAROSLAVSKY SHIPBUILDING PLANT; a.k.a. OJSC YAROSLAVSKY SHIPYARD; a.k.a. PJSC YAROSLAVSKY SHIPBUILDING PLANT (Cyrillic: ПАО ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. YAROSLAVSKY SHIPBUILDING PLANT (Cyrillic: ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД)), 1, Korabelnaya Str., Yaroslavl 150006, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13662].

YAROSLAVSKY SHIPBUILDING PLANT (Cyrillic: ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД) (a.k.a. OJSC YAROSLAVSKY SHIPBUILDING PLANT; a.k.a. OJSC YAROSLAVSKY SHIPYARD; a.k.a. PJSC YAROSLAVSKY SHIPBUILDING PLANT (Cyrillic: ПАО ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. YAROSLAVL SHIPYARD OPEN JOINT-STOCK COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД)), 1, Korabelnaya Str., Yaroslavl 150006, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13662].

YAROVAYA, Irina Anatolievna (Cyrillic: ЯРОВАЯ, Ирина Анатольевна), Russia; DOB 17 Oct 1966; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YARZA, Aitzol Iriondo (a.k.a. "BALAK"; a.k.a. "BARBAS"; a.k.a. "GURBITA"; a.k.a. "GURBITZ"); DOB 08 Mar 1977; POB San Sebastina, Guipuzcoa, Spain; nationality Spain; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Personal ID Card 72.467.565 (Spain); Organization: Basque Fatherland and Liberty (ETA); In custody in France (individual) [SDGT].

YAS AIR (a.k.a. PARS AVIATION SERVICES COMPANY; a.k.a. POUYA AIR (Arabic: شرکت هواپیمایی پویا ایر); a.k.a. POUYA AIRLINES; a.k.a. YAS AIR KISH; a.k.a. YASAIR CARGO AIRLINE), Mehrabad International Airport, Next to Terminal No. 6, Tehran, Iran; Number 37, Ahour Alley, Shariati St., Tehran, Iran; Mehrabad International Airport, between Terminals No. 4 and 6, Tehran, Iran; Website www.pouyaair.com; Email Address info@pouyaair.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Passenger air transport; National ID No. 10102315647 (Iran); Registration Number 189556 (Iran) [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

YAS AIR KISH (a.k.a. PARS AVIATION SERVICES COMPANY; a.k.a. POUYA AIR (Arabic: شرکت هواپیمایی پویا ایر); a.k.a. POUYA AIRLINES; a.k.a. YAS AIR; a.k.a. YASAIR CARGO AIRLINE), Mehrabad International Airport, Next to Terminal No. 6, Tehran, Iran; Number 37, Ahour Alley, Shariati St., Tehran, Iran; Mehrabad International Airport, between Terminals No. 4 and 6, Tehran, Iran; Website www.pouyaair.com; Email Address info@pouyaair.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Passenger air transport; National ID No. 10102315647 (Iran); Registration Number 189556 (Iran) [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

YASA PART (a.k.a. ARFA PAINT COMPANY; a.k.a. ARFEH COMPANY; a.k.a. FARASEPEHR ENGINEERING COMPANY; a.k.a. HOSSEINI NEJAD TRADING CO.; a.k.a. IRAN SAFFRON COMPANY; a.k.a. IRANSAFFRON CO; a.k.a. SHETAB G; a.k.a. SHETAB GAMAN; a.k.a. SHETAB TRADING; a.k.a. Y.A.S. CO LTD.), West Lavansai, Tehran 009821, Iran; Sa'adat Abaad, Shahrdari Sq Sarv Building, 9th Floor, Unit 5, Tehran, Iran;

No 17, Balooch Alley, Vaezi St, Shariati Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

YASAIR CARGO AIRLINE (a.k.a. PARS AVIATION SERVICES COMPANY; a.k.a. POUYA AIR (Arabic: شرکت هواپیمایی پویا ایر); a.k.a. POUYA AIRLINES; a.k.a. YAS AIR; a.k.a. YAS AIR KISH), Mehrabad International Airport, Next to Terminal No. 6, Tehran, Iran; Number 37, Ahour Alley, Shariati St., Tehran, Iran; Mehrabad International Airport, between Terminals No. 4 and 6, Tehran, Iran; Website www.pouyaair.com; Email Address info@pouyaair.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Passenger air transport; National ID No. 10102315647 (Iran); Registration Number 189556 (Iran) [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

YASIN, Abdul Hadi (a.k.a. IDA, Laode; a.k.a. KHAN, Mohd Shahwal; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUBAROK, Muhamad; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Salim; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "ABU SETA"; a.k.a. "AGUS SALIM"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

YASIN, Abdul Rahman (a.k.a. TAHA, Abdul Rahman S.; a.k.a. TAHER, Abdul Rahman S.; a.k.a. YASIN, Abdul Rahman Said; a.k.a. YASIN, Aboud); DOB 10 Apr 1960; POB Bloomington, Indiana USA; citizen United States; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 27082171 (United States) issued 21 Jun 1992; alt. Passport M0887925 (Iraq); SSN 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 (United States); U.S.A. Passport issued 21 Jun 1992 in Amman, Jordan (individual) [SDGT].

YASIN, Abdul Rahman Said (a.k.a. TAHA, Abdul Rahman S.; a.k.a. TAHER, Abdul Rahman S.; a.k.a. YASIN, Abdul Rahman; a.k.a. YASIN, Aboud); DOB 10 Apr 1960; POB Bloomington,

Indiana USA; citizen United States; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 27082171 (United States) issued 21 Jun 1992; alt. Passport M0887925 (Iraq); SSN 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 (United States); U.S.A. Passport issued 21 Jun 1992 in Amman, Jordan (individual) [SDGT].

YASIN, Aboud (a.k.a. TAHA, Abdul Rahman S.; a.k.a. TAHER, Abdul Rahman S.; a.k.a. YASIN, Abdul Rahman; a.k.a. YASIN, Abdul Rahman Said); DOB 10 Apr 1960; POB Bloomington, Indiana USA; citizen United States; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 27082171 (United States) issued 21 Jun 1992; alt. Passport M0887925 (Iraq); SSN 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 (United States); U.S.A. Passport issued 21 Jun 1992 in Amman, Jordan (individual) [SDGT].

YASIN, Salim (a.k.a. IDA, Laode; a.k.a. KHAN, Mohd Shahwal; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUBAROK, Muhamad; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "ABU SETA"; a.k.a. "AGUS SALIM"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

YASIN, Syawal (a.k.a. IDA, Laode; a.k.a. KHAN, Mohd Shahwal; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUBAROK, Muhamad; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim; a.k.a. "ABU MUAMAR"; a.k.a. "ABU SETA"; a.k.a. "AGUS SALIM"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

YASIR, Abu (a.k.a. KAMBAR, Abu Yasir; a.k.a. KAMBAR, Abubakar; a.k.a. KAMBAR, Abubakar Adam), Nigeria; DOB 1977; POB Maiduguri, Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 (individual) [SDGT].

YASMIN FOR CONTRACTING (a.k.a. AL-YASMEEN CONTRACTING COMPANY; a.k.a. AL-YASMEEN FOR CONTRACTING; a.k.a. AL-YAZMEEN FOR CONTRACTING; a.k.a. JASMINE CONTRACTING COMPANY (Arabic: شركة الياسمين التعهدات)), Damascus, Syria; Organization Established Date 14 Dec 2017 [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

YASON ELECTRONICS TECHNOLOGY CO., LIMITED (Chinese Traditional: 亞新電子科技有限公司), Hong Kong, China; Floor 2, Building 2, Laobing Industrial Park, Tiezai Road No. 44, Xixiang, Baoan District, Shenzhen, Guangdong 518100, China; Website www.med-obd.com; Email Address yasonne@hotmail.com; alt. Email Address med-obd@outlook.com; Phone Number 8675523442169; Organization Established Date 04 Mar 2009; Company Number 1311429 (Hong Kong) [ILLICIT-DRUGS-EO14059].

YASON GENERAL MACHINERY CO., LTD. (Chinese Simplified: 亚新通用机械有限公司) (a.k.a. SHENZHEN YASON GENERAL MACHINERY CO., LTD. (Chinese Simplified: 深圳市亚新通用机械有限公司); a.k.a. YASON GENERAL MACHINERY MANUFACTURING CO., LTD.), 301A, Fl. 3, No. 17 III of Xinxiang Industrial Park, Xinhe Street New and Emerging Industrial Area (A), Fuhai Street, Baoan District, Shenzhen, Guangdong Province 518000, China; Floor 3, Bldg 1, (Zone A) Zone 3, Xinhe Xinxing Ind. Zone, Fuyong Street, Baoan Dist., Shenzhen, Guangdong, China; No 188-23, Xiangming RD, Fengcheng Town, Anxi County, Quanzhou, Fujian, China; Website www.ytkmachine.com; alt. Website www.ytkpack.com; alt. Website www.medpacking.com; Email Address worldyason@live.com; alt. Email Address jelly-yason@outlook.com; Phone Number 8618170079734; alt. Phone Number 8675536528786; Organization Established Date 30 Nov 2011; Unified Social Credit Code (USCC) 91440300586742510R (China) [ILLICIT-DRUGS-EO14059].

YASON GENERAL MACHINERY MANUFACTURING CO., LTD. (a.k.a. SHENZHEN YASON GENERAL MACHINERY CO., LTD. (Chinese Simplified: 深圳市亚新通用机械有限公司); a.k.a. YASON GENERAL MACHINERY CO., LTD. (Chinese Simplified: 亚新通用机械有限公司)), 301A, Fl. 3, No. 17 III of Xinxiang Industrial Park, Xinhe Street New and Emerging Industrial Area (A), Fuhai Street, Baoan District, Shenzhen, Guangdong Province 518000, China; Floor 3, Bldg 1, (Zone A) Zone 3, Xinhe Xinxing Ind. Zone, Fuyong Street, Baoan Dist., Shenzhen, Guangdong, China; No 188-23, Xiangming RD, Fengcheng Town, Anxi County, Quanzhou, Fujian, China; Website www.ytkmachine.com; alt. Website www.ytkpack.com; alt. Website www.medpacking.com; Email Address worldyason@live.com; alt. Email Address jelly-yason@outlook.com; Phone Number 8618170079734; alt. Phone Number 8675536528786; Organization Established Date 30 Nov 2011; Unified Social Credit Code (USCC) 91440300586742510R (China) [ILLICIT-DRUGS-EO14059].

YASSIN, Sheik Ahmed Ismail, Gaza Strip, undetermined; DOB 1938; POB al-Jawrah, al-Majdal District, Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

YATAI INTERNATIONAL HOLDING (a.k.a. YA TAI INTERNATIONAL HOLDING GROUP COMPANY LIMITED; a.k.a. YATAI INTERNATIONAL HOLDING GROUP LIMITED), Bangkok, Thailand; Organization Type: Activities of holding companies; Business Registration Number 67162900 (Hong Kong) issued 13 Jan 2017; Registration Number 0105560204659 (Thailand) issued 07 Dec 2017 [GLOMAG].

YATAI INTERNATIONAL HOLDING GROUP LIMITED (a.k.a. YA TAI INTERNATIONAL HOLDING GROUP COMPANY LIMITED; a.k.a. YATAI INTERNATIONAL HOLDING), Bangkok, Thailand; Organization Type: Activities of holding companies; Business Registration Number 67162900 (Hong Kong) issued 13 Jan 2017; Registration Number 0105560204659 (Thailand) issued 07 Dec 2017 [GLOMAG].

YATAI NEW CITY (a.k.a. MYANMAR YATAI INTERNATIONAL HOLDING GROUP CO., LTD.; a.k.a. SHWE KOKKO SPECIAL ECONOMIC ZONE; a.k.a. YATAI SMART INDUSTRIAL NEW CITY), Hpa-An City, Burma; Shwe Kokko Village, Myawaddy Township, Karen State, Burma; Organization Type: Construction of buildings; Registration Number 103919088 (Burma) issued 14 Feb 2017 [GLOMAG].

YATAI SMART INDUSTRIAL NEW CITY (a.k.a. MYANMAR YATAI INTERNATIONAL HOLDING GROUP CO., LTD.; a.k.a. SHWE KOKKO SPECIAL ECONOMIC ZONE; a.k.a. YATAI NEW CITY), Hpa-An City, Burma; Shwe Kokko Village, Myawaddy Township, Karen State, Burma; Organization Type: Construction of buildings; Registration Number 103919088 (Burma) issued 14 Feb 2017 [GLOMAG].

YATSENKO, Victor V. (a.k.a. YATSENKO, Victor Vyacheslavovich; a.k.a. YATSENKO, Viktor); DOB 22 Apr 1985; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

YATSENKO, Victor Vyacheslavovich (a.k.a. YATSENKO, Victor V.; a.k.a. YATSENKO, Viktor); DOB 22 Apr 1985; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

YATSENKO, Viktor (a.k.a. YATSENKO, Victor V.; a.k.a. YATSENKO, Victor Vyacheslavovich); DOB 22 Apr 1985; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

YATSKIN, Andrey Vladimirovich (Cyrillic: ЯЦКИН, Андрей Владимирович), Russia; DOB 25 Apr 1969; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YAU WING CONSTRUCTION AND ENGINEERING LIMITED, Hong Kong, China; Business Registration Number 53681314 (Hong Kong) [TCO] (Linked To: CHEN, Zhi).

YAVORSKI, Aleksey Nikolaevich (Cyrillic: ЯВОРСКИЙ, Алексей Николаевич) (a.k.a. YAVORSKI, Aliaksei Mikalaevich (Cyrillic: ЯВОРСКІ, Аляксей Мікалаевіч)), Belarus; DOB 27 Feb 1981; POB Crimea, Ukraine; nationality Belarus; Gender Male; Passport MP2683544 (Belarus) expires 18 Sep 2029; National ID No. 3270281A003PB6 (Belarus) (individual) [BELARUS-EO14038] (Linked To: LLC ALYURTEKH).

YAVORSKI, Aliaksei Mikalaevich (Cyrillic: ЯВОРСКІ, Аляксей Мікалаевіч) (a.k.a. YAVORSKI, Aleksey Nikolaevich (Cyrillic: ЯВОРСКИЙ, Алексей Николаевич)), Belarus; DOB 27 Feb 1981; POB Crimea, Ukraine; nationality Belarus; Gender Male; Passport MP2683544 (Belarus) expires 18 Sep 2029; National ID No. 3270281A003PB6 (Belarus)

(individual) [BELARUS-EO14038] (Linked To: LLC ALYURTEKH).

YAVRUCU, Aykut, Cagrisan Mah Mudanya CD Tepedevrent, Evleri L Blok No 182 D1, Bursa 16940, Turkey; DOB 11 Feb 1980; POB Bursa, Turkey; nationality Turkey; Gender Male; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Passport U24067236 (Turkey); National ID No. 19088143622 (Turkey) (individual) [IRAN-EO13846].

YAYASAN AL HARAMAIN (a.k.a. AL HARAMAIN; a.k.a. AL-HARAMAIN : INDONESIA BRANCH; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. YAYASAN AL HARAMAINI; a.k.a. YAYASAN AL-MANAHIL-INDONESIA), Jalan Laut Sulawesi Blok DII/4, Kavling Angkatan Laut Duren Sawit, Jakarta Timur 13440, Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

YAYASAN AL HARAMAINI (a.k.a. AL HARAMAIN; a.k.a. AL-HARAMAIN : INDONESIA BRANCH; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. YAYASAN AL HARAMAIN; a.k.a. YAYASAN AL-MANAHIL-INDONESIA), Jalan Laut Sulawesi Blok DII/4, Kavling Angkatan Laut Duren Sawit, Jakarta Timur 13440, Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

YAYASAN AL-MANAHIL-INDONESIA (a.k.a. AL HARAMAIN; a.k.a. AL-HARAMAIN : INDONESIA BRANCH; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. YAYASAN AL HARAMAIN; a.k.a. YAYASAN AL HARAMAINI), Jalan Laut Sulawesi Blok DII/4, Kavling Angkatan Laut Duren Sawit, Jakarta Timur 13440, Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

YAYASAN HILAL AHMAR (a.k.a. HILAL AHMAR SOCIETY INDONESIA; a.k.a. HILAL AHMAR SOCIETY OF INDONESIA; a.k.a. INDONESIA HILAL AHMAR SOCIETY FOR SYRIA), Lampung, Indonesia; Jakarta, Indonesia; Semarang, Indonesia; Yogyakarta, Indonesia; Solo, Indonesia; Surabaya, Indonesia; Makassar, Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

YAYLA, Bulut (a.k.a. INCE, Samet); DOB 1981; POB Zonguldak, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

YAZBAK, Muhammad (a.k.a. ASSAF, Hosein; a.k.a. YAZBECK, Mohammad; a.k.a. YAZBEK, Mohammad; a.k.a. YAZBIK, Muhammad), Lebanon; DOB 1950; POB Bodai, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Head of the Judicial Council of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

YAZBECK, Ahmad Mohamad (Arabic: احمد محمد يزبك), Kared Al Hassan Building, 1st Floor, Haret Hreik, Baabda, Lebanon; Nahala Baalbek, Baalbek and Hermel, Lebanon; DOB 01 Dec 1971; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

YAZBECK, Mohammad (a.k.a. ASSAF, Hosein; a.k.a. YAZBAK, Muhammad; a.k.a. YAZBEK, Mohammad; a.k.a. YAZBIK, Muhammad), Lebanon; DOB 1950; POB Bodai, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Head of the Judicial Council of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

YAZBEK, Mohammad (a.k.a. ASSAF, Hosein; a.k.a. YAZBAK, Muhammad; a.k.a. YAZBECK, Mohammad; a.k.a. YAZBIK, Muhammad), Lebanon; DOB 1950; POB Bodai, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Head of the Judicial Council of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

YAZBIK, Muhammad (a.k.a. ASSAF, Hosein; a.k.a. YAZBAK, Muhammad; a.k.a. YAZBECK, Mohammad; a.k.a. YAZBEK, Mohammad), Lebanon; DOB 1950; POB Bodai, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Head of the Judicial Council of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

YAZD AFKAR SYSTEM PRIVATE JOINT STOCK COMPANY (a.k.a. AFKAR SYSTEM YAZD COMPANY (Arabic: شرکت افکار سیستم یزد)), Building 5, 2nd Floor, Amir al-Momenein Alley, 31st Alley, Central Area, Yazd 8916984626, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 30 Jun 2007; Organization Type: Other information technology and computer service activities; Target Type Private Company; National ID No. 10860176637 (Iran); Registration ID 8862 (Iran) [IRGC] [IFSR] [CYBER2] (Linked To: KHATIBI AGHADA, Ahmad).

YAZD AIRWAYS (Arabic: هواپیمایی یزد) (a.k.a. YAZD INTERNATIONAL AIRWAYS COMPANY (Arabic: شرکت بین المللی هواپیمایی یزد)), Floor 5, Ario Building, No 85, Nafisi Blvd, Ekbatana Town, Tehran, Tehran 1393864541, Iran; Floor 1, No 3, Rahavi Alley, Tehran Blvd, Yazd 8918646875, Iran; Website https://yazdairways.com; Registration Country Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 May 2022; National ID No. 14011124350 (Iran); Registration Number 21844 (Iran) [SDGT] [IFSR] (Linked To: MAHAN AIR).

YAZD INDUSTRIAL CONSTRUCTIONAL STEEL ROLLING MILL (a.k.a. FOULAD YAZD), 17th KM, towards Taft Town, Yazd-Kerman New Ring Road, Yazd, Iran; Foulad Building, no. 235 Azadi Avenue, Tehran 1457966191, Iran; Website www.yazdrollingmill.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1996; Registration Number 51556 (Iran) [IRAN-EO13871].

YAZD INTERNATIONAL AIRWAYS COMPANY (Arabic: شرکت بین المللی هواپیمایی یزد) (a.k.a. YAZD AIRWAYS (Arabic: هواپیمایی یزد)), Floor 5, Ario Building, No 85, Nafisi Blvd, Ekbatana Town, Tehran, Tehran 1393864541, Iran; Floor 1, No 3, Rahavi Alley, Tehran Blvd, Yazd 8918646875, Iran; Website https://yazdairways.com; Registration Country

Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 May 2022; National ID No. 14011124350 (Iran); Registration Number 21844 (Iran) [SDGT] [IFSR] (Linked To: MAHAN AIR).

YAZD METALLURGICAL IND'S CO. (a.k.a. YAZD METALLURGICAL INDUSTRIES; a.k.a. YAZD METALLURGY INDUSTRIES), Pasdaran Avenue, Next To Telecommunication Industry, Tehran 16588, Iran; Postal Box 89195/878, Yazd, Iran; P.O. Box 89195-678, Yazd, Iran; Km 5 of Taft Road, Yazd, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

YAZD METALLURGICAL INDUSTRIES (a.k.a. YAZD METALLURGICAL IND'S CO.; a.k.a. YAZD METALLURGY INDUSTRIES), Pasdaran Avenue, Next To Telecommunication Industry, Tehran 16588, Iran; Postal Box 89195/878, Yazd, Iran; P.O. Box 89195-678, Yazd, Iran; Km 5 of Taft Road, Yazd, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

YAZD METALLURGY INDUSTRIES (a.k.a. YAZD METALLURGICAL IND'S CO.; a.k.a. YAZD METALLURGICAL INDUSTRIES), Pasdaran Avenue, Next To Telecommunication Industry, Tehran 16588, Iran; Postal Box 89195/878, Yazd, Iran; P.O. Box 89195-678, Yazd, Iran; Km 5 of Taft Road, Yazd, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

YAZDAN JOO, Mohammad Ali (Arabic: محمد علی یزدان جو) (a.k.a. YAZDAN JOO, Mohammad-Ali (Arabic: محمدعلی یزدان جو)), Iran; DOB 03 Jun 1962; POB Kashan, Esfahan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1262630568 (Iran) (individual) [IRAN] [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

YAZDAN JOO, Mohammad-Ali (Arabic: محمدعلی یزدان جو) (a.k.a. YAZDAN JOO, Mohammad Ali (Arabic: محمد علی یزدان جو)), Iran; DOB 03 Jun 1962; POB Kashan, Esfahan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1262630568 (Iran) (individual) [IRAN] [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

YAZDANPARAST, Omid, Tehran, Iran; DOB 14 Jul 1984; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0450190986 (Iran) (individual) [SDGT] (Linked To: QASIR, Ali).

YAZDI, Elaheh (Arabic: الهه یزدی) (a.k.a. YAZDIABBASABADI, Elaheh), Bozorgrah Basij She, Road Takhti Bolvar Hejrat, Square Motahhari, Town Motahhari, Boluk 1 and 2, Tehran, Iran; DOB 23 Apr 1985; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 1262121973 (Iran) (individual) [ELECTION-EO13848] (Linked To: EMENNET PASARGAD).

YAZDI, Mohammad, Iran; DOB 02 Jul 1931; alt. DOB 1931; alt. DOB 1932; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

YAZDIABBASABADI, Elaheh (a.k.a. YAZDI, Elaheh (Arabic: الهه یزدی)), Bozorgrah Basij She, Road Takhti Bolvar Hejrat, Square Motahhari, Town Motahhari, Boluk 1 and 2, Tehran, Iran; DOB 23 Apr 1985; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 1262121973 (Iran) (individual) [ELECTION-EO13848] (Linked To: EMENNET PASARGAD).

YAZID, Mebrak (a.k.a. ABU OBEIDA, Youcef; a.k.a. ABU UBAYDAH, Yusuf; a.k.a. AL 'ANABI, Abu 'Ubaydah Yusuf; a.k.a. AL-ANABI, Yusuf Abu-'Ubaydah; a.k.a. AL-ANNABI, Abou Obeida Youssef; a.k.a. AL-INABI, Abu-Ubaydah Yusuf; a.k.a. MABRAK, Yazid; a.k.a. MEBRAK, Yazid; a.k.a. YAZID, Mibrak; a.k.a. YAZID, Yousif Abu Obayda; a.k.a. "ABOU YOUCEF"), Algeria; DOB 01 Jan 1969; POB Annaba, Algeria; citizen Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

YAZID, Mibrak (a.k.a. ABU OBEIDA, Youcef; a.k.a. ABU UBAYDAH, Yusuf; a.k.a. AL 'ANABI, Abu 'Ubaydah Yusuf; a.k.a. AL-ANABI, Yusuf Abu-'Ubaydah; a.k.a. AL-ANNABI, Abou Obeida Youssef; a.k.a. AL-INABI, Abu-Ubaydah Yusuf; a.k.a. MABRAK, Yazid; a.k.a. MEBRAK, Yazid; a.k.a. YAZID, Mebrak; a.k.a. YAZID, Yousif Abu Obayda; a.k.a. "ABOU YOUCEF"), Algeria; DOB 01 Jan 1969; POB Annaba, Algeria;

citizen Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

YAZID, Yousif Abu Obayda (a.k.a. ABU OBEIDA, Youcef; a.k.a. ABU UBAYDAH, Yusuf; a.k.a. AL 'ANABI, Abu 'Ubaydah Yusuf; a.k.a. AL-ANABI, Yusuf Abu-'Ubaydah; a.k.a. AL-ANNABI, Abou Obeida Youssef; a.k.a. AL-INABI, Abu-Ubaydah Yusuf; a.k.a. MABRAK, Yazid; a.k.a. MEBRAK, Yazid; a.k.a. YAZID, Mebrak; a.k.a. YAZID, Mibrak; a.k.a. "ABOU YOUCEF"), Algeria; DOB 01 Jan 1969; POB Annaba, Algeria; citizen Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

YBARRA YEPIS, Priciliano (a.k.a. IBARRA YEPIS, Priciliano; a.k.a. IBARRA YEPIS, Prisciliano; a.k.a. IBARRA YEPIZ, Prisciliano), Mexico; DOB 04 Jan 1977; POB Sonora, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. IAYP770104HSRBPR00 (Mexico) (individual) [SDNTK].

YE, Chuan Fa (a.k.a. YIP, Chuen Fat), China; DOB 03 Aug 1953; nationality China; citizen China; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

YE, Daw Theit Thinzar (a.k.a. YE, Theit Thinzar), Burma; DOB 07 May 1997; nationality Burma; Gender Female; National ID No. 12AHLANAN048417 (Burma) (individual) [BURMA-EO14014].

YE, Theit Thinzar (a.k.a. YE, Daw Theit Thinzar), Burma; DOB 07 May 1997; nationality Burma; Gender Female; National ID No. 12AHLANAN048417 (Burma) (individual) [BURMA-EO14014].

YEDINYIFAKTOR OOO (a.k.a. EDINYFAKTOR OOO; a.k.a. ONEFACTOR LIMITED LIABILITY COMPANY (Cyrillic: ЕДИНЫЙФАКТОР ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)), d. 41 pom. 5.62, per. Oruzheiny, Moscow 127006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Jul 2010; Tax ID No. 7729660992 (Russia); Government Gazette Number 66999175 (Russia); Registration Number 1107746601731 (Russia) [RUSSIA-EO14024] (Linked To: MEGAFON PAO).

YEE, Khin Maung (a.k.a. YEE, Khin Mg; a.k.a. YEE, U Khin Maung; a.k.a. YI, Khin Maung; a.k.a. YI, Khin Mg; a.k.a. YI, U Khin Maung), No. 3132, Khatta (18) Street, Ottayathiri Township, Naypyitaw, Burma; DOB 15 Feb

1965; POB Rangoon, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM000956 (Burma) issued 25 Jan 2012 expires 24 Jan 2022; National ID No. 14HATHATAN059290 (Burma); alt. National ID No. 13MAYATANAING002216; Minister for Natural Resources and Environmental Conservation (individual) [BURMA-EO14014].

YEE, Khin Mg (a.k.a. YEE, Khin Maung; a.k.a. YEE, U Khin Maung; a.k.a. YI, Khin Maung; a.k.a. YI, Khin Mg; a.k.a. YI, U Khin Maung), No. 3132, Khatta (18) Street, Ottayathiri Township, Naypyitaw, Burma; DOB 15 Feb 1965; POB Rangoon, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM000956 (Burma) issued 25 Jan 2012 expires 24 Jan 2022; National ID No. 14HATHATAN059290 (Burma); alt. National ID No. 13MAYATANAING002216; Minister for Natural Resources and Environmental Conservation (individual) [BURMA-EO14014].

YEE, U Khin Maung (a.k.a. YEE, Khin Maung; a.k.a. YEE, Khin Mg; a.k.a. YI, Khin Maung; a.k.a. YI, Khin Mg; a.k.a. YI, U Khin Maung), No. 3132, Khatta (18) Street, Ottayathiri Township, Naypyitaw, Burma; DOB 15 Feb 1965; POB Rangoon, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM000956 (Burma) issued 25 Jan 2012 expires 24 Jan 2022; National ID No. 14HATHATAN059290 (Burma); alt. National ID No. 13MAYATANAING002216; Minister for Natural Resources and Environmental Conservation (individual) [BURMA-EO14014].

YEFIMOV, Vitaly Borisovich (Cyrillic: ЕФИМОВ, Виталий Борисович), Russia; DOB 04 Apr 1940; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YEGANE AKSIT, Gulnihal (a.k.a. YEGANE, Gulnihal; a.k.a. YEGANE, Gulnihal Kulak), Merkez Mah. Hasat Sok. No. 52/6 Sisli, Istanbul 21344, Turkey; Egs Bloklari B-1 Blok K.1 No: 114, Yesilkoy-Bakirkoy, Istanbul, Turkey; DOB 15 Sep 1975; POB Karabuk, Kula, Turkey; alt. POB Manisa, Kula, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 791029 (Turkey); National ID No. 27224237098

(Turkey) (individual) [SDGT] [IFSR] (Linked To: MAHAN AIR).

YEGAN-E VIZHE (Arabic: یگان ویژه ناجا) (a.k.a. IRANIAN POLICE SPECIAL UNITS; a.k.a. LEF SPECIAL UNITS; a.k.a. NAJA SPECIAL UNITS; a.k.a. SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES; a.k.a. "YEGOP"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

YEGANE, Gulnihal (a.k.a. YEGANE AKSIT, Gulnihal; a.k.a. YEGANE, Gulnihal Kulak), Merkez Mah. Hasat Sok. No. 52/6 Sisli, Istanbul 21344, Turkey; Egs Bloklari B-1 Blok K.1 No: 114, Yesilkoy-Bakirkoy, Istanbul, Turkey; DOB 15 Sep 1975; POB Karabuk, Kula, Turkey; alt. POB Manisa, Kula, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 791029 (Turkey); National ID No. 27224237098 (Turkey) (individual) [SDGT] [IFSR] (Linked To: MAHAN AIR).

YEGANE, Gulnihal Kulak (a.k.a. YEGANE AKSIT, Gulnihal; a.k.a. YEGANE, Gulnihal), Merkez Mah. Hasat Sok. No. 52/6 Sisli, Istanbul 21344, Turkey; Egs Bloklari B-1 Blok K.1 No: 114, Yesilkoy-Bakirkoy, Istanbul, Turkey; DOB 15 Sep 1975; POB Karabuk, Kula, Turkey; alt. POB Manisa, Kula, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 791029 (Turkey); National ID No. 27224237098 (Turkey) (individual) [SDGT] [IFSR] (Linked To: MAHAN AIR).

YEKATOM SARAGBA, Alfred (a.k.a. EKATOM, Alfred; a.k.a. SARAGBA, Alfred; a.k.a. YEKATOM, Alfred; a.k.a. "Rambo"; a.k.a. "Rambot"; a.k.a. "Rombhot"; a.k.a. "Romboh"; a.k.a. "Rombot"), Mbaiki, Lobaye Prefecture, Central African Republic; Bimbo, Ombella-Mpoko Prefecture, Central African Republic; DOB 23 Jun 1976; POB Central African Republic; nationality Central African Republic (individual) [CAR].

YEKATOM, Alfred (a.k.a. EKATOM, Alfred; a.k.a. SARAGBA, Alfred; a.k.a. YEKATOM SARAGBA, Alfred; a.k.a. "Rambo"; a.k.a.

"Rambot"; a.k.a. "Rombhot"; a.k.a. "Romboh"; a.k.a. "Rombot"), Mbaiki, Lobaye Prefecture, Central African Republic; Bimbo, Ombella-Mpoko Prefecture, Central African Republic; DOB 23 Jun 1976; POB Central African Republic; nationality Central African Republic (individual) [CAR].

YELISEYEV, Ilya Vladimirovich (a.k.a. ELISEEV, Iliya Vladimirovich), Moscow, Russia; DOB 19 Dec 1965; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

YELISEYEV, Sergei (a.k.a. YELISEYEV, Sergey Vladimirovich (Cyrillic: ЕЛИСЕЕВ, Сергей Владимирович)), Kherson Oblast, Ukraine; DOB 05 May 1971; POB Stavropol, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

YELISEYEV, Sergey Vladimirovich (Cyrillic: ЕЛИСЕЕВ, Сергей Владимирович) (a.k.a. YELISEYEV, Sergei), Kherson Oblast, Ukraine; DOB 05 May 1971; POB Stavropol, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

YELIZAREV, Anton Olegovich (a.k.a. ELIZAREV, Anton Olegovich; a.k.a. "Lotus"), 66 Novorossiysk, Apt 48, Novorossiysk, Russia; DOB 01 May 1981; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 6103869621 (Russia); Tax ID No. 23151072563 (Russia) (individual) [RUSSIA-EO14024].

YEMELYANOV, Gennady Egorovich (a.k.a. EMELYANOV, Gennady Egorovich (Cyrillic: ЕМЕЛЬЯНОВ, Геннадий Егорович)), Russia; DOB 01 Jan 1957; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YEMEN ABBOT TRADING CO., LTD. (a.k.a. ABBOT TRADING CO., LTD.), Zayid Street, Shaub Directorate, Sanaa, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Feb 2019; Company Number 14 (Yemen) [SDGT] (Linked To: ANSARALLAH).

YEMEN AILAF IMPORT DERIVATIVES PETROLEUM (a.k.a. YEMEN ELAPH PETROLEUM DERIVATIVES IMPORT), Sanaa,

Yemen; Aden, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2015; Registration Number 2015010532 (Yemen) [SDGT] (Linked To: ANSARALLAH).

YEMEN ARMORED (a.k.a. YEMEN ARMORED COMPREHENSIVE SECURITY SERVICES AND EXHIBITIONS ORGANIZATION COMPANY LTD (Arabic: شركة يمن ارمرد للخدمات الامنية الشاملة وتنظيم المعارض المحدودة); a.k.a. YEMEN ARMORED SECURITY & SAFETY SERVICES), Hada'a Street, Sana'a, Yemen; Website www.yemenarmored.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2013; Organization Type: Private security activities [SDGT] (Linked To: ANSARALLAH).

YEMEN ARMORED COMPREHENSIVE SECURITY SERVICES AND EXHIBITIONS ORGANIZATION COMPANY LTD (Arabic: شركة يمن ارمرد للخدمات الامنية الشاملة وتنظيم المعارض المحدودة) (a.k.a. YEMEN ARMORED; a.k.a. YEMEN ARMORED SECURITY & SAFETY SERVICES), Hada'a Street, Sana'a, Yemen; Website www.yemenarmored.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2013; Organization Type: Private security activities [SDGT] (Linked To: ANSARALLAH).

YEMEN ARMORED SECURITY & SAFETY SERVICES (a.k.a. YEMEN ARMORED; a.k.a. YEMEN ARMORED COMPREHENSIVE SECURITY SERVICES AND EXHIBITIONS ORGANIZATION COMPANY LTD (Arabic: شركة يمن ارمرد للخدمات الامنية الشاملة وتنظيم المعارض المحدودة)), Hada'a Street, Sana'a, Yemen; Website www.yemenarmored.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2013; Organization Type: Private security activities [SDGT] (Linked To: ANSARALLAH).

YEMEN ELAPH PETROLEUM DERIVATIVES IMPORT (a.k.a. YEMEN AILAF IMPORT DERIVATIVES PETROLEUM), Sanaa, Yemen; Aden, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2015; Registration Number 2015010532 (Yemen) [SDGT] (Linked To: ANSARALLAH).

YEMEN INTERNATIONAL BANK (a.k.a. INTERNATIONAL BANK OF YEMEN Y.S.C. (Arabic: بنك اليمن الدولي)), P.O. Box 4444, Al Zubairi St., Sana'a, Yemen; SWIFT/BIC IBOYYESA; Website https://www.ibyemen.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1979; Target Type Financial Institution; Registration Number 436/21 (Yemen) [SDGT] (Linked To: ANSARALLAH).

YEMEN KUWAIT BANK FOR TRADE AND INVESTMENT (a.k.a. YEMEN KUWAIT BANK FOR TRADE AND INVESTMENT Y.S.C (Arabic: بنك اليمن والكويت للتجارة والاستثمار ش.م.ي)), YKB Building, Al Zubairi St, Sana'a, Yemen; Aden, Yemen; Taiz, Yemen; Hodeida, Yemen; Al Mukalla, Yemen; SWIFT/BIC YKBAYESA; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jan 1977; Target Type Financial Institution; Registration Number 342/21 (Yemen) [SDGT] (Linked To: ANSARALLAH).

YEMEN KUWAIT BANK FOR TRADE AND INVESTMENT Y.S.C (Arabic: بنك اليمن والكويت للتجارة والاستثمار ش.م.ي) (a.k.a. YEMEN KUWAIT BANK FOR TRADE AND INVESTMENT), YKB Building, Al Zubairi St, Sana'a, Yemen; Aden, Yemen; Taiz, Yemen; Hodeida, Yemen; Al Mukalla, Yemen; SWIFT/BIC YKBAYESA; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jan 1977; Target Type Financial Institution; Registration Number 342/21 (Yemen) [SDGT] (Linked To: ANSARALLAH).

YEMEN TELECOMMUNICATION ASSET COMPANY FOR INFORMATION TECHNOLOGY (a.k.a. YTAC COMPANY; a.k.a. "Y-TAC"), Bayt Baws, Sanaa, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Dec 2020; Trade License No. 295003 (Yemen) [SDGT] (Linked To: ANSARALLAH).

YEMILIANOVA, Svetlana Petrovna (a.k.a. EMELYANOVA, Svetlana Petrovna (Cyrillic: ЕМЕЛЬЯНОВА, Светлана Петровна); a.k.a. EMILIANOVA, Svetlana Petrovna; a.k.a. YEMILYANOVA, Svetlana Petrovna), Russia; DOB 07 Oct 1971; POB Novorossiysk, Russia;

nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

YEMILYANOVA, Svetlana Petrovna (a.k.a. EMELYANOVA, Svetlana Petrovna (Cyrillic: ЕМЕЛЬЯНОВА, Светлана Петровна); a.k.a. EMILIANOVA, Svetlana Petrovna; a.k.a. YEMILIANOVA, Svetlana Petrovna), Russia; DOB 07 Oct 1971; POB Novorossiysk, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

YEO, Sin Huat Alan, Singapore; DOB 27 Sep 1972; POB Singapore; nationality Singapore; Gender Male; Passport 7234580J (Singapore); alt. Passport E5665088N (Singapore) (individual) [TCO] (Linked To: CHEN, Zhi).

YEOH GROUP CO LIMITED (a.k.a. GROUP YEOH LIMITED), Rm 89, 3/F Yau Lee Ctr, Kwun Tong, Hong Kong, China; Room 401, 4/F, Wanchai Central Building, 89 Lockhart Road, Wan Chai, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Jun 2023; Company Number 75417923 (Hong Kong); Business Registration Number 3289158 (Hong Kong) [RUSSIA-EO14024].

YEPEZ ORTIZ, Jose Antonio (a.k.a. "El Marro"), Mexico; DOB 23 Jul 1980; POB Guanajuato, Mexico; nationality Mexico; Gender Male; C.U.R.P. YEOA800723HGTPRN07 (Mexico) (individual) [TCO] (Linked To: CARTEL DE SANTA ROSA DE LIMA).

YEPISHIN, Andrei Nikolayevich (Cyrillic: ЕПИШИН, Андрей Николаевич) (a.k.a. YEPISHIN, Andrey Nikolayevich), Russia; DOB 29 Oct 1967; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YEPISHIN, Andrey Nikolayevich (a.k.a. YEPISHIN, Andrei Nikolayevich (Cyrillic: ЕПИШИН, Андрей Николаевич)), Russia; DOB 29 Oct 1967; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of

the Russian Federation (individual) [RUSSIA-EO14024].

YERMAKOV, Ivan Sergeyevich, Russia; DOB 10 Apr 1986; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

YERMAKOVA, Maria (Cyrillic: ЕРМАКОВА, Мария) (a.k.a. ERMAKOVA, Mariya Gennadevna (Cyrillic: ЕРМАКОВА, Мария Геннадьевна)), Crimea, Ukraine; DOB 1984; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

YERMOSHINA, Lidya Mihaulauna (a.k.a. YARMOSHINA, Lidya Mihaulauna; a.k.a. YARMOSHINA, Lidya Mikhailovna; a.k.a. YARMOSHINA, Lidziya Mihaulauna; a.k.a. YARMOSHINA, Lidziya Mikhailovna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a. YARMOSHYNA, Lidya Mihaulauna; a.k.a. YARMOSHYNA, Lidya Mikhailovna; a.k.a. YARMOSHYNA, Lidziya Mihaulauna; a.k.a. YARMOSHYNA, Lidziya Mikhailovna; a.k.a. YARMOSHYNA, Lydia Mihaulauna; a.k.a. YARMOSHYNA, Lydia Mikhailovna; a.k.a. YERMOSHINA, Lidya Mikhailovna; a.k.a. YERMOSHINA, Lidziya Mihaulauna; a.k.a. YERMOSHINA, Lidziya Mikhailovna; a.k.a. YERMOSHINA, Lydia Mihaulauna; a.k.a. YERMOSHINA, Lydia Mikhailovna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YERMOSHINA, Lidya Mikhailovna (a.k.a. YARMOSHINA, Lidya Mihaulauna; a.k.a. YARMOSHINA, Lidya Mikhailovna; a.k.a. YARMOSHINA, Lidziya Mihaulauna; a.k.a. YARMOSHINA, Lidziya Mikhailovna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a. YARMOSHYNA, Lidya Mihaulauna; a.k.a. YARMOSHYNA, Lidya Mikhailovna; a.k.a. YARMOSHYNA, Lidziya Mihaulauna; a.k.a. YARMOSHYNA, Lidziya Mikhailovna; a.k.a. YARMOSHYNA, Lydia Mihaulauna; a.k.a. YARMOSHYNA, Lydia Mikhailovna; a.k.a. YERMOSHINA, Lidya Mihaulauna; a.k.a. YERMOSHINA, Lidziya Mihaulauna; a.k.a. YERMOSHINA, Lidziya Mikhailovna; a.k.a. YERMOSHINA, Lydia Mihaulauna; a.k.a.

YERMOSHINA, Lydia Mikhailovna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YERMOSHINA, Lidziya Mihaulauna (a.k.a. YARMOSHINA, Lidya Mihaulauna; a.k.a. YARMOSHINA, Lidya Mikhailovna; a.k.a. YARMOSHINA, Lidziya Mihaulauna; a.k.a. YARMOSHINA, Lidziya Mikhailovna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a. YARMOSHYNA, Lidya Mihaulauna; a.k.a. YARMOSHYNA, Lidya Mikhailovna; a.k.a. YARMOSHYNA, Lidziya Mihaulauna; a.k.a. YARMOSHYNA, Lidziya Mikhailovna; a.k.a. YARMOSHYNA, Lydia Mihaulauna; a.k.a. YARMOSHYNA, Lydia Mikhailovna; a.k.a. YERMOSHINA, Lidya Mihaulauna; a.k.a. YERMOSHINA, Lidya Mikhailovna; a.k.a. YERMOSHINA, Lidziya Mikhailovna; a.k.a. YERMOSHINA, Lydia Mihaulauna; a.k.a. YERMOSHINA, Lydia Mikhailovna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YERMOSHINA, Lydia Mihaulauna (a.k.a. YARMOSHINA, Lidya Mihaulauna; a.k.a. YARMOSHINA, Lidya Mikhailovna; a.k.a. YARMOSHINA, Lidziya Mihaulauna; a.k.a. YARMOSHINA, Lidziya Mikhailovna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a. YARMOSHYNA, Lidya Mihaulauna; a.k.a. YARMOSHYNA, Lidya Mikhailovna;

YARMOSHYNA, Lidziya Mihaulauna; a.k.a. YARMOSHYNA, Lidziya Mikhailovna; a.k.a. YARMOSHYNA, Lydia Mihaulauna; a.k.a. YARMOSHYNA, Lydia Mikhailovna; a.k.a. YERMOSHINA, Lidya Mihaulauna; a.k.a. YERMOSHINA, Lidya Mikhailovna; a.k.a. YERMOSHINA, Lidziya Mihaulauna; a.k.a. YERMOSHINA, Lidziya Mikhailovna; a.k.a. YERMOSHINA, Lydia Mikhailovna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YERMOSHINA, Lydia Mikhailovna (a.k.a. YARMOSHINA, Lidya Mihaulauna; a.k.a. YARMOSHINA, Lidya Mikhailovna; a.k.a. YARMOSHINA, Lidziya Mihaulauna; a.k.a. YARMOSHINA, Lidziya Mikhailovna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a. YARMOSHYNA, Lidya Mihaulauna; a.k.a. YARMOSHYNA, Lidya Mikhailovna; a.k.a. YARMOSHYNA, Lidziya Mihaulauna; a.k.a. YARMOSHYNA, Lidziya Mikhailovna; a.k.a. YARMOSHYNA, Lydia Mihaulauna; a.k.a. YARMOSHYNA, Lydia Mikhailovna; a.k.a. YERMOSHINA, Lidya Mihaulauna; a.k.a. YERMOSHINA, Lidya Mikhailovna; a.k.a. YERMOSHINA, Lidziya Mihaulauna; a.k.a. YERMOSHINA, Lidziya Mikhailovna; a.k.a. YERMOSHINA, Lydia Mihaulauna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YERMOSHKINA, Anastasiya Igorevna, Russia; DOB 27 Jul 1992; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

YERSHOV, Sergey Aleksandrovich (Cyrillic: ЕРШОВ, Сергей Александрович) (a.k.a. ERSHOV, Sergei Aleksandrovich), Russia; DOB 16 Oct 1952; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 502601808086 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OOO SERNIYA INZHINIRING; Linked To: OOO SERTAL).

YERSHOVA, Anna Sergeyevna (a.k.a. ERSHOVA, Anna Sergeevna (Cyrillic: ЕРШОВА, Анна Сергеевна); f.k.a. SOBIANINA, Anna Sergeyevna; f.k.a. SOBYANINA, Anna Sergeevna (Cyrillic: СОБЯНИНА, Анна Сергеевна); f.k.a. SOBYANINA, Anna Sergeyevna), Moscow, Russia; DOB 02 Oct 1986; POB Tyumen,

Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: SOBYANIN, Sergey Semyonovich).

YESHIVAT HARAV MEIR (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. "CARD"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

YESIL BASAK TARIM SANAYI VE TICARET LIMITED SIRKETI, Turkmen Beldesi, No: 16 Buyuktuysuz Mahallesi Ali Ilbeyli Caddesi, Toprakkale, Osmaniye 80950, Turkey; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 2018; Registration Number 9362 (Turkey) [IRAN-EO13846].

YEVKUROV, Yunus-Bek (a.k.a. EVKUROV, Yunus-Bek), Russia; DOB 30 Jul 1963; POB Tarskoye, Prigorodny District, North Ossetia, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

YEVPATORIA COMMERCIAL SEAPORT (a.k.a. PORT OF EVPATORIA; a.k.a. PORT OF YEVPATORIA; a.k.a. SEAPORT OF YEVPATORIYA; a.k.a. STATE ENTERPRISE EVPATORIA SEA COMMERCIAL PORT; a.k.a. YEVPATORIA MERCHANT SEA PORT; a.k.a. YEVPATORIA SEA PORT; a.k.a. YEVPATORIYA COMMERCIAL SEA PORT; a.k.a. YEVPATORIYA SEA PORT), Mariners Square 1, Evpatoria, Crimea 97416, Ukraine; 1, Moryakov Sq, Yevpatoriya, Crimea 97408, Ukraine; 1 Moryakov Sq., Yevpatoria, Crimea 97416, Ukraine; Ukraine; 1 Moryakov Sq, Yevpatoriya, Crimea 97416, Ukraine; Email Address lada1@seavenue.net; alt. Email Address zamves@emtp.com.ua; UN/LOCODE UA ZKA; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125583 (Ukraine) [UKRAINE-EO13685].

YEVPATORIA MERCHANT SEA PORT (a.k.a. PORT OF EVPATORIA; a.k.a. PORT OF YEVPATORIA; a.k.a. SEAPORT OF YEVPATORIYA; a.k.a. STATE ENTERPRISE EVPATORIA SEA COMMERCIAL PORT; a.k.a. YEVPATORIA COMMERCIAL SEAPORT; a.k.a. YEVPATORIA SEA PORT; a.k.a. YEVPATORIYA COMMERCIAL SEA PORT; a.k.a. YEVPATORIYA SEA PORT), Mariners Square 1, Evpatoria, Crimea 97416, Ukraine; 1, Moryakov Sq, Yevpatoriya, Crimea 97408, Ukraine; 1 Moryakov Sq., Yevpatoria, Crimea 97416, Ukraine; Ukraine; 1 Moryakov Sq, Yevpatoriya, Crimea 97416, Ukraine; Email Address lada1@seavenue.net; alt. Email Address zamves@emtp.com.ua; UN/LOCODE UA ZKA; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125583 (Ukraine) [UKRAINE-EO13685].

YEVPATORIA SEA PORT (a.k.a. PORT OF EVPATORIA; a.k.a. PORT OF YEVPATORIA; a.k.a. SEAPORT OF YEVPATORIYA; a.k.a. STATE ENTERPRISE EVPATORIA SEA COMMERCIAL PORT; a.k.a. YEVPATORIA COMMERCIAL SEAPORT; a.k.a. YEVPATORIA MERCHANT SEA PORT; a.k.a. YEVPATORIYA COMMERCIAL SEA PORT; a.k.a. YEVPATORIYA SEA PORT), Mariners Square 1, Evpatoria, Crimea 97416, Ukraine; 1, Moryakov Sq, Yevpatoriya, Crimea 97408, Ukraine; 1 Moryakov Sq., Yevpatoria, Crimea 97416, Ukraine; Ukraine; 1 Moryakov Sq, Yevpatoriya, Crimea 97416, Ukraine; Email Address lada1@seavenue.net; alt. Email

Address zamves@emtp.com.ua; UN/LOCODE UA ZKA; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125583 (Ukraine) [UKRAINE-EO13685].

YEVPATORIYA COMMERCIAL SEA PORT (a.k.a. PORT OF EVPATORIA; a.k.a. PORT OF YEVPATORIA; a.k.a. SEAPORT OF YEVPATORIYA; a.k.a. STATE ENTERPRISE EVPATORIA SEA COMMERCIAL PORT; a.k.a. YEVPATORIA COMMERCIAL SEAPORT; a.k.a. YEVPATORIA MERCHANT SEA PORT; a.k.a. YEVPATORIA SEA PORT; a.k.a. YEVPATORIYA SEA PORT), Mariners Square 1, Evpatoria, Crimea 97416, Ukraine; 1, Moryakov Sq, Yevpatoriya, Crimea 97408, Ukraine; 1 Moryakov Sq., Yevpatoria, Crimea 97416, Ukraine; Ukraine; 1 Moryakov Sq, Yevpatoriya, Crimea 97416, Ukraine; Email Address lada1@seavenue.net; alt. Email Address zamves@emtp.com.ua; UN/LOCODE UA ZKA; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125583 (Ukraine) [UKRAINE-EO13685].

YEVPATORIYA SEA PORT (a.k.a. PORT OF EVPATORIA; a.k.a. PORT OF YEVPATORIA; a.k.a. SEAPORT OF YEVPATORIYA; a.k.a. STATE ENTERPRISE EVPATORIA SEA COMMERCIAL PORT; a.k.a. YEVPATORIA COMMERCIAL SEAPORT; a.k.a. YEVPATORIA MERCHANT SEA PORT; a.k.a. YEVPATORIA SEA PORT; a.k.a. YEVPATORIYA COMMERCIAL SEA PORT), Mariners Square 1, Evpatoria, Crimea 97416, Ukraine; 1, Moryakov Sq, Yevpatoriya, Crimea 97408, Ukraine; 1 Moryakov Sq., Yevpatoria, Crimea 97416, Ukraine; Ukraine; 1 Moryakov Sq, Yevpatoriya, Crimea 97416, Ukraine; Email Address lada1@seavenue.net; alt. Email Address zamves@emtp.com.ua; UN/LOCODE UA ZKA; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125583 (Ukraine) [UKRAINE-EO13685].

YEVRAYEV, Mikhail Yakovlevich (a.k.a. EVRAEV, Mikhail Yakovlevich (Cyrillic: ЕВРАЕВ, Михаил Яковлевич)), Yaroslavl Region, Russia; DOB 21 Apr 1971; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780100747702 (Russia) (individual) [RUSSIA-EO14024].

YEVTUSHENKO, Oleg Nikolayevich (a.k.a. EVTUSHENKO, Oleg Nikolaevich (Cyrillic: ЕВТУШЕНКО, Олег Николаевич)), Russia; DOB 09 Nov 1975; POB Stavropol, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

YEVTYUKHOVA, Yelena Aleksandrovna (Cyrillic: ЕВТЮХОВА, Елена Александровна), Russia; DOB 07 Aug 1970; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YEZERSKY, Nikolay Nikolayevich (Cyrillic: ЕЗЕРСКИЙ, Николай Николаевич), Russia; DOB 08 May 1956; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YEZHIKOV, Vladimir (a.k.a. EZHIKOV, Vladimir Vladimirovich (Cyrillic: ЕЖИКОВ, Владимир Владимирович)), Donetsk, Russia; DOB 20 Jun 1987; nationality Russia; Gender Male (individual) [RUSSIA-EO14065].

YEZUBOV, Alexey Petrovich (Cyrillic: ЕЗУБОВ, Алексей Петрович), Russia; DOB 10 Feb 1948; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YI, Khin Maung (a.k.a. YEE, Khin Maung; a.k.a. YEE, Khin Mg; a.k.a. YEE, U Khin Maung; a.k.a. YI, Khin Mg; a.k.a. YI, U Khin Maung), No. 3132, Khatta (18) Street, Ottayathiri Township, Naypyitaw, Burma; DOB 15 Feb 1965; POB Rangoon, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM000956 (Burma) issued 25 Jan 2012 expires 24 Jan 2022; National ID No. 14HATHATAN059290 (Burma); alt. National ID No. 13MAYATANAING002216; Minister for Natural Resources and Environmental Conservation (individual) [BURMA-EO14014].

YI, Khin Mg (a.k.a. YEE, Khin Maung; a.k.a. YEE, Khin Mg; a.k.a. YEE, U Khin Maung; a.k.a. YI, Khin Maung; a.k.a. YI, U Khin Maung), No. 3132, Khatta (18) Street, Ottayathiri Township, Naypyitaw, Burma; DOB 15 Feb 1965; POB Rangoon, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM000956 (Burma) issued 25 Jan 2012 expires 24 Jan

2022; National ID No. 14HATHATAN059290 (Burma); alt. National ID No. 13MAYATANAING002216; Minister for Natural Resources and Environmental Conservation (individual) [BURMA-EO14014].

YI, U Khin Maung (a.k.a. YEE, Khin Maung; a.k.a. YEE, Khin Mg; a.k.a. YEE, U Khin Maung; a.k.a. YI, Khin Maung; a.k.a. YI, Khin Mg), No. 3132, Khatta (18) Street, Ottayathiri Township, Naypyitaw, Burma; DOB 15 Feb 1965; POB Rangoon, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM000956 (Burma) issued 25 Jan 2012 expires 24 Jan 2022; National ID No. 14HATHATAN059290 (Burma); alt. National ID No. 13MAYATANAING002216; Minister for Natural Resources and Environmental Conservation (individual) [BURMA-EO14014].

YI, Yo'ng-kil (a.k.a. RI, Yong Gi; a.k.a. RI, Yong Gil; a.k.a. RI, Yo'ng-kil), Korea, North; DOB 01 Jan 1955 to 31 Dec 1955; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

YIDATONG TIANJIN METAL MATERIALS CO., LTD (Chinese Simplified: 意达通天津金属材料有限公司), D219, Aodu Materials Trading Center, Beichen Road Eastern Section South Side, Guoyuanxincun, Beichen District, Tianjin, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 30 Jan 2018; Unified Social Credit Code (USCC) 91120113MA069YC78P (China) [NPWMD] (Linked To: HAN, Dejian).

YIGIDOGLU, Gulsah (Latin: YIĞIDOĞLU, Gülşah) (a.k.a. KHALED, Gulsah; a.k.a. KHALED, Gulshah; a.k.a. OZEL, Gulsah; a.k.a. OZEL, Gulshah), Istanbul, Turkey; DOB 02 Feb 1992; POB Yahyali, Turkey; nationality Turkey; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 24470205352 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

YIGIT, Faruk; DOB 13 Mar 1962; POB Turkey; CAATSA Section 235 Information: SANCTIONS

ON PRINCIPAL EXECUTIVE OFFICERS. Sec 235(a)(12); alt. CAATSA Section 235 Information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec 235(a)(9); alt. CAATSA Section 235 Information: FOREIGN EXCHANGE. Sec 235(a)(7); alt. CAATSA Section 235 Information: BANKING TRANSACTIONS. Sec 235(a)(8); alt. CAATSA Section 235 Information: EXCLUSION OF CORPORATE OFFICERS. Sec 235(a)(11); Passport S00499470 (Turkey) expires 15 Sep 2016 (individual) [CAATSA - RUSSIA] (Linked To: PRESIDENCY OF DEFENSE INDUSTRIES).

YILMAZ, Adem, Sudliche Ringstrasse 133, Langen 63225, Germany; DOB 04 Nov 1978; alt. DOB 11 Apr 1978; POB Bayburt, Turkey; citizen Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport TR-P 614166 (Turkey); alt. Passport 0018850 (Turkey); currently incarcerated at Weiterstadt, Germany (individual) [SDGT].

YILMAZ, Can (a.k.a. NAJIBI, Sayyed Mohammad Masnayi; a.k.a. NAJIBI, Seyyed Mohammad Masnaei; a.k.a. NAJIBI, Seyyed Mohammad Mosanna'i (Arabic: سید محمد مثنایی نجیبی)), Iran; Turkey; DOB 11 Sep 1974; nationality Iran; alt. nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport V52954918 (Iran); alt. Passport U23145839 (Turkey); National ID No. 1372111883 (Iran); alt. National ID No. 13167145446 (Turkey) (individual) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

YILUFA ELECTRONICS LIMITED (Chinese Simplified: 深圳市亿路发科技有限公司), 1806, Hanguo Center, No. 3031 Shennan Middle Road, Futian District, Shenzhen, Guangdong, China (Chinese Simplified: 福田区福田街道福南社区深南中路3031号汉国城市商业中心1806, 深圳市, 广东省, China); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Dec 2004; Unified Social Credit Code (USCC) 91440300769188559R (China) [RUSSIA-EO14024].

YIMINAI AUTOPARTS TRADING LIMITED (a.k.a. IMINAI LIMITED), Rm C05A, 2/F, Tontex Indl Bldg, San Po Kong, Hong Kong, China; Organization Established Date 23 Aug 2018; Company Number 2737534 (Hong Kong); Business Registration Number 69791949 (Hong

Kong) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

YIMINGBAHAI, Ailigeng (a.k.a. IMIRBAKI, Arken (Chinese Simplified: 艾力更·依明巴海; Chinese Traditional: 艾力更依明巴海)), Beijing, China; DOB Sep 1953; POB Yengisar County, Xinjiang Uyghur Autonomous Region, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

YIN, Kecheng (Chinese Simplified: 尹可成), Shanghai, China; DOB 08 Dec 1986; POB Anhui Province, China; nationality China; Gender Male; National ID No. 340121198612082214 (China) (individual) [CYBER3].

YIN, Zonghua (Chinese Simplified: 尹宗华; Chinese Traditional: 尹宗華), Hong Kong; DOB Aug 1964; POB Shengzhou, Zhejiang Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149 (individual) [HK-EO13936].

YINKE ELECTRONICS CO., LTD (a.k.a. YINKE HK ELECTRONICS COMPANY LIMITED (Chinese Traditional: 盈科香港電子有限公司)), Area A, 2nd Floor, Xinxin Building B, Zhenxing Road, Futian District, Shenzhen, Guangdong, China; Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 15 Apr 2008; Company Number 1227142 (Hong Kong) [NPWMD] [IFSR] (Linked To: PARDAZAN SYSTEM NAMAD ARMAN).

YINKE HK ELECTRONICS COMPANY LIMITED (Chinese Traditional: 盈科香港電子有限公司) (a.k.a. YINKE ELECTRONICS CO., LTD), Area A, 2nd Floor, Xinxin Building B, Zhenxing Road, Futian District, Shenzhen, Guangdong, China; Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 15 Apr 2008; Company Number 1227142 (Hong Kong) [NPWMD] [IFSR] (Linked To: PARDAZAN SYSTEM NAMAD ARMAN).

YIP, Chuen Fat (a.k.a. YE, Chuan Fa), China; DOB 03 Aug 1953; nationality China; citizen China; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

YIREN ZHUANG TRADING CO LIMITED (Chinese Traditional: 伊人妆贸易有限公司), Hong Kong, China; Additional Sanctions

Information - Subject to Secondary Sanctions; Organization Established Date 29 Nov 2023; Company Number 3343423 (Hong Kong); Business Registration Number 75965235 (Hong Kong) [NPWMD] [IFSR] (Linked To: QIAN XI LONG TRADING CO LIMITED).

YIWU CITY XIANMA IMPORT AND EXPORT CO LTD (Chinese Simplified: 义乌市先马进出口有限公司), First Floor, Unit 8, Building 77, Jiangdongsiqu, Jiangdong Subdistrict, Yiwu City, Jinhua, Zhejiang, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 27 Mar 2012; Unified Social Credit Code (USCC) 91330782592879281B (China) [NPWMD] [IFSR] (Linked To: MA, Jie).

YIWU VORTEX IMPORT AND EXPORT CO LIMITED (Chinese Traditional: 義烏市沃態偲進出口有限公司), Unit 1503, Office 62, Level 15, Admiralty Centre Tower 1, 18 Harcourt Road, Admiralty, Hong Kong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Company Number 2850908 (Hong Kong); Business Registration Number 70939081 (Hong Kong) [RUSSIA-EO14024].

YIWU WAN SHUN TRADING COMPANY LIMITED, Room 202, Building 62, No. 2, Wuai New Village, Jiangdong, Yiwu, Zhejiang, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Jan 2017; Unified Social Credit Code (USCC) 91330782MA28PAQ233 (China) [SDGT] (Linked To: ANSARALLAH).

YIWU WEISHUO IMPORT AND EXPORT CO LTD (Chinese Simplified: 义乌市卫硕进出口有限公司), 3004-1 Binwang Road, Floor 30 Suite B, Jinhua 321000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91330782MA7L2R37X9 (China) [RUSSIA-EO14024].

YIWU XINGLU IMPORT AND EXPORT CO LTD, Youlanting Village, Yiwu City, Zhejiang, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date Jul 2008; Organization Type: Non-specialized wholesale trade; Unified Social Credit Code (USCC) 91330782677217068D (China) [RUSSIA-EO14024].

YK GLOBAL CARGO GUANGZHOU COMPANY LIMITED (a.k.a. GUANGZHOU YAKAI INTERNATIONAL FREIGHT AGENCY CO., LTD; a.k.a. GUANGZHOU YAKAI

INTERNATIONAL FREIGHT FORWARDING CO., LTD.; a.k.a. GUANGZHOU YK LOGISTICS COMPANY LTD), Guangzhou, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Jun 2022; Unified Social Credit Code (USCC) 91440111MABPNC8A0D (China) [SDGT] (Linked To: ANSARALLAH).

YLH ELECTRONICS (H.K.) CO., LIMITED (a.k.a. YLH ELECTRONICS HK CO LIMITED), Hong Kong, China; Room 13B, Seat A, Huaqiang Plaza, Huaqiang North Road No.1019, Futian District, Shenzhen, Guangdong 518028, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Sep 2005; Company Number 0998741 (Hong Kong); Business Registration Number 36061795 (Hong Kong) [RUSSIA-EO14024].

YLH ELECTRONICS HK CO LIMITED (a.k.a. YLH ELECTRONICS (H.K.) CO., LIMITED), Hong Kong, China; Room 13B, Seat A, Huaqiang Plaza, Huaqiang North Road No.1019, Futian District, Shenzhen, Guangdong 518028, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Sep 2005; Company Number 0998741 (Hong Kong); Business Registration Number 36061795 (Hong Kong) [RUSSIA-EO14024].

YMV CRANE AND WINCH SYSTEMS (a.k.a. YMV KREYN; a.k.a. YMV KREYN VE MAKINA SISTEMLERI SANAYI TICARET ANONIM SIRKETI), Dervis Caddesi No:5, Mescid Mahallesi, Tuzla, Istanbul, 34956, Turkey; Orhanli Mahallesi Dostane Sokak No. 12, Tuzla, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9810651783 (Turkey); Registration Number 671647 (Turkey) [RUSSIA-EO14024] (Linked To: MAIN DIRECTORATE OF DEEP SEA RESEARCH).

YMV KREYN (a.k.a. YMV CRANE AND WINCH SYSTEMS; a.k.a. YMV KREYN VE MAKINA SISTEMLERI SANAYI TICARET ANONIM SIRKETI), Dervis Caddesi No:5, Mescid Mahallesi, Tuzla, Istanbul, 34956, Turkey; Orhanli Mahallesi Dostane Sokak No. 12, Tuzla, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9810651783 (Turkey); Registration Number 671647 (Turkey) [RUSSIA-EO14024] (Linked To: MAIN DIRECTORATE OF DEEP SEA RESEARCH).

YMV KREYN VE MAKINA SISTEMLERI SANAYI TICARET ANONIM SIRKETI (a.k.a. YMV CRANE AND WINCH SYSTEMS; a.k.a. YMV KREYN), Dervis Caddesi No:5, Mescid Mahallesi, Tuzla, Istanbul, 34956, Turkey; Orhanli Mahallesi Dostane Sokak No. 12, Tuzla, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9810651783 (Turkey); Registration Number 671647 (Turkey) [RUSSIA-EO14024] (Linked To: MAIN DIRECTORATE OF DEEP SEA RESEARCH).

YOBELUO, Corneille Nangaa (a.k.a. NANGAA, Corneille Yobeluo), Boulevard Biangala, No. 36 Q, Salongo Sud C, Lemba, Kinshasa, Congo, Democratic Republic of the; North Kivu, Congo, Democratic Republic of the; Uganda; 34 Tshatshi Avenue, Gombe, Kinshasa, Congo, Democratic Republic of the; DOB 09 Jul 1970; POB Bagboya, Haut-Uele, Congo, Democratic Republic of the; nationality Congo, Democratic Republic of the; Gender Male; Passport OP1097934 (Congo, Democratic Republic of the) expires 24 Jun 2027; alt. Passport DP0000149 (Congo, Democratic Republic of the) issued 12 Jan 2016 expires 11 Jan 2021; alt. Passport DP0003850 (Congo, Democratic Republic of the) issued 20 Nov 2017 expires 19 Nov 2022 (individual) [DRCONGO].

YOL, Marial Chanoung (a.k.a. CHINOUM, Marial; a.k.a. CHINUONG, Marial; a.k.a. MANGOK, Marial Chanuong Yol; a.k.a. "CHAN, Marial"); DOB 01 Jan 1960; POB Yirol, Lakes State; Commander, Presidential Guard Unit; Major General, Sudan People's Liberation Army (individual) [SOUTH SUDAN].

YO'N, Cho'ng-Nam, Dalian, China; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Chief Representative, KOMID (individual) [NPWMD].

YONA HOLDING (a.k.a. UNISTAR COMPANY; a.k.a. YONA STAR; a.k.a. YONA STAR COMPANY; a.k.a. YONA STAR INTERNATIONAL; a.k.a. YONA STAR SHIPPING; a.k.a. YONA STAR TRADING INTERNATIONAL CO. LTD.), Damascus Airport Free Zone, Damascus, Syria; Al Maktoum Street, Building MM Office # 7, Deira, Dubai, United Arab Emirates; Website http://www.yonastar.com [PAARSSR-EO13894].

YONA STAR (a.k.a. UNISTAR COMPANY; a.k.a. YONA HOLDING; a.k.a. YONA STAR COMPANY; a.k.a. YONA STAR INTERNATIONAL; a.k.a. YONA STAR SHIPPING; a.k.a. YONA STAR TRADING INTERNATIONAL CO. LTD.), Damascus Airport Free Zone, Damascus, Syria; Al Maktoum Street, Building MM Office # 7, Deira, Dubai, United Arab Emirates; Website http://www.yonastar.com [PAARSSR-EO13894].

YONA STAR COMPANY (a.k.a. UNISTAR COMPANY; a.k.a. YONA HOLDING; a.k.a. YONA STAR; a.k.a. YONA STAR INTERNATIONAL; a.k.a. YONA STAR SHIPPING; a.k.a. YONA STAR TRADING INTERNATIONAL CO. LTD.), Damascus Airport Free Zone, Damascus, Syria; Al Maktoum Street, Building MM Office # 7, Deira, Dubai, United Arab Emirates; Website http://www.yonastar.com [PAARSSR-EO13894].

YONA STAR INTERNATIONAL (a.k.a. UNISTAR COMPANY; a.k.a. YONA HOLDING; a.k.a. YONA STAR; a.k.a. YONA STAR COMPANY; a.k.a. YONA STAR SHIPPING; a.k.a. YONA STAR TRADING INTERNATIONAL CO. LTD.), Damascus Airport Free Zone, Damascus, Syria; Al Maktoum Street, Building MM Office # 7, Deira, Dubai, United Arab Emirates; Website http://www.yonastar.com [PAARSSR-EO13894].

YONA STAR SHIPPING (a.k.a. UNISTAR COMPANY; a.k.a. YONA HOLDING; a.k.a. YONA STAR; a.k.a. YONA STAR COMPANY; a.k.a. YONA STAR INTERNATIONAL; a.k.a. YONA STAR TRADING INTERNATIONAL CO. LTD.), Damascus Airport Free Zone, Damascus, Syria; Al Maktoum Street, Building MM Office # 7, Deira, Dubai, United Arab Emirates; Website http://www.yonastar.com [PAARSSR-EO13894].

YONA STAR TRADING INTERNATIONAL CO. LTD. (a.k.a. UNISTAR COMPANY; a.k.a. YONA HOLDING; a.k.a. YONA STAR; a.k.a. YONA STAR COMPANY; a.k.a. YONA STAR INTERNATIONAL; a.k.a. YONA STAR SHIPPING), Damascus Airport Free Zone, Damascus, Syria; Al Maktoum Street, Building MM Office # 7, Deira, Dubai, United Arab Emirates; Website http://www.yonastar.com [PAARSSR-EO13894].

YONDAIME YAMAKEN-GUMI (a.k.a. FOURTH GENERATION YAMAKEN-GUMI (Japanese: 四代目山健組); a.k.a. YAMAKEN-GUMI

(Japanese: 山健組)), 26-4 Hanakuma-cho Chuo-ku, Kobe-shi, Hyogo-ken 650-0013, Japan (Japanese: 26-4 花隈町中央区, 神戸市, 兵庫県 650-0013, Japan) [TCO] (Linked To: KOBE YAMAGUCHI-GUMI; Linked To: INOUE, Kunio).

YONG, Isma'il 'Ali (a.k.a. ALEONG, Eddie; a.k.a. MOHAMMED, Ishmael; a.k.a. MUHAMMAD, Ishmail), Trinidad and Tobago; DOB 14 Aug 1984; nationality Trinidad and Tobago; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 19840814025 (Trinidad and Tobago); Identification Number 752536B (Trinidad and Tobago) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

YONGHONGAN TRADE LIMITED (Chinese Traditional: 永宏安貿易有限公司), Room 511, 5/F, Ming Sang Ind Bldg, 19-21 Hing Yip Street, Kwun Tong, Kowloon, Hong Kong, China; Unit 1, 2/F, Yau Tak Building, 167 Lockhart Road, Wan Chai, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 08 Dec 2022; Company Number 3216131 (Hong Kong); Business Registration Number 74682749 (Hong Kong) [NPWMD] [IFSR] (Linked To: PISHTAZAN KAVOSH GOSTAR BOSHRA LLC).

YONGJIN SHIP MANAGEMENT COMPANY LIMITED, Tonghung-dong, Chung-guyok, Pyongyang, Korea, North; Tonghung-dong, Central District, Korea, North; Email Address yonmgjinsm@silibank.net.kp; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 5814883; alt. Identification Number IMO 5814906; alt. Identification Number IMO 5820255 [DPRK].

YOO, Jin (a.k.a. YU, Chin; a.k.a. YU, Jin (Korean: 유진)), Korea, North; DOB 1960; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

YOOMONEY LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY YOOMONEY; a.k.a. YOOMONEY LLC), 82 bld.

2 Sadovnicheskaya St., Moscow 115035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7736554890 (Russia); Registration Number 1077746365113 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

YOOMONEY LLC (a.k.a. LIMITED LIABILITY COMPANY YOOMONEY; a.k.a. YOOMONEY LIMITED LIABILITY COMPANY), 82 bld. 2 Sadovnicheskaya St., Moscow 115035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7736554890 (Russia); Registration Number 1077746365113 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

YORV INMOBILIARIA, Av. Naciones Unidas 6875 LB17-1, Zapopan, Jalisco, Mexico; Website http://yorvinmobiliaria.com [SDNTK].

YOSEFNEJAD, Abbas (a.k.a. SHULAMI, Abbas Yusofnezhad; a.k.a. YOUSEF NEJAD, Abbas; a.k.a. YOUSEFNEJAD, Abbas; a.k.a. YUSOFNEZHAD, Abbas; a.k.a. YUSUF NEZHAD, Abbas), Tehran, Iran; DOB 15 Jul 1986; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2669933963 (Iran) (individual) [NPWMD] [IFSR] (Linked To: RAH ROSHD INTERNATIONAL TRADE EXCHANGES DEVELOPMENT).

YOU, Quan (Chinese Simplified: 尤权), Beijing, China; DOB Jan 1954; POB Lulong County, Hebei Province, China; nationality China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149 (individual) [HK-EO13936].

YOUCHEM GENERAL TRADING FZE, B.C. 1303245, Ajman Free Zone, Ajman, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; License 27087 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

YOULI TECHNOLOGY DEVELOPMENT CO., LTD. (Chinese Simplified: 尤里科技发展有限公司) (a.k.a. "YOLI GROUP LTD."; a.k.a. "YOLI MACHINE"), Rm No. 13, 16/F, Unit 2 Huatingge, No. 11 Dongpo Rd, Huizhou City, Guangdong Province 516001, China (Chinese Simplified: 华庭阁2单元16层13号房, 东坡路11号, 惠州市, 广东省 516001, China); #22 Huayu, Huizhou, Guangdong 516229, China; Website www.yolimachine.com; Email Address yk@yolimachine.com; Phone Number 8615815351839; Organization Established Date 23 Dec 2013; Unified Social Credit Code (USCC) 91441300086828609C (China) [ILLICIT-DRUGS-EO14059].

YOUNG FOLKS INTERNATIONAL TRADING CO., LIMITED, Rooms 1318-19, Hollywood Plaza, 610, Nathan Road, Mong Kok, Kowloon, Hong Kong, China; Organization Established Date 07 Apr 2024; Identification Number IMO 6495842; Business Registration Number 76403715 (Hong Kong) [IRAN-EO13902].

YOUNOUS, Omar (a.k.a. ABDOULAY, Oumar Younnes; a.k.a. ABDOULAY, Oumar Younous; a.k.a. M'BETIBANGUI, Oumar Younous; a.k.a. SODIAM, Oumar; a.k.a. YOUNOUS, Oumar; a.k.a. YUNUS, 'Umar), Bria, Haute-Kotto Prefecture, Central African Republic; Birao, Vakaga Prefecture, Central African Republic; Darfur, Sudan; DOB 02 Apr 1970; POB Tullus, Southern Darfur, Sudan; nationality Sudan; Passport D00000898 issued 04 Nov 2013 (individual) [CAR].

YOUNOUS, Oumar (a.k.a. ABDOULAY, Oumar Younnes; a.k.a. ABDOULAY, Oumar Younous; a.k.a. M'BETIBANGUI, Oumar Younous; a.k.a. SODIAM, Oumar; a.k.a. YOUNOUS, Omar; a.k.a. YUNUS, 'Umar), Bria, Haute-Kotto Prefecture, Central African Republic; Birao, Vakaga Prefecture, Central African Republic; Darfur, Sudan; DOB 02 Apr 1970; POB Tullus, Southern Darfur, Sudan; nationality Sudan; Passport D00000898 issued 04 Nov 2013 (individual) [CAR].

YOUSEF NEJAD, Abbas (a.k.a. SHULAMI, Abbas Yusofnezhad; a.k.a. YOSEFNEJAD, Abbas; a.k.a. YOUSEFNEJAD, Abbas; a.k.a.

YUSOFNEZHAD, Abbas; a.k.a. YUSUF NEZHAD, Abbas), Tehran, Iran; DOB 15 Jul 1986; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2669933963 (Iran) (individual) [NPWMD] [IFSR] (Linked To: RAH ROSHD INTERNATIONAL TRADE EXCHANGES DEVELOPMENT).

YOUSEF, Rafik Mohamad (a.k.a. KAIRADIN, Raific Mohamad), Kathe Dorsch Ring 21, Berlin 12353, Germany; Mannheim Prison, Germany; DOB 27 Aug 1974; POB Baghdad, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Travel Document Number A0092301 (Germany) (individual) [SDGT].

YOUSEFNEJAD, Abbas (a.k.a. SHULAMI, Abbas Yusofnezhad; a.k.a. YOSEFNEJAD, Abbas; a.k.a. YOUSEF NEJAD, Abbas; a.k.a. YUSOFNEZHAD, Abbas; a.k.a. YUSUF NEZHAD, Abbas), Tehran, Iran; DOB 15 Jul 1986; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2669933963 (Iran) (individual) [NPWMD] [IFSR] (Linked To: RAH ROSHD INTERNATIONAL TRADE EXCHANGES DEVELOPMENT).

YOUSEFPOUR, Ali; DOB 01 Jan 1955 to 31 Dec 1955; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN].

YOUSSEF, Adnan (a.k.a. YOUSSEF, Adnan Mahmoud; a.k.a. "YUSUF, 'Adnan"), Haret Hreik, Beirut, Lebanon; DOB 06 Jun 1956; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

YOUSSEF, Adnan Mahmoud (a.k.a. YOUSSEF, Adnan; a.k.a. "YUSUF, 'Adnan"), Haret Hreik, Beirut, Lebanon; DOB 06 Jun 1956; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

YOUSSER COMPANY FOR FINANCE AND INVESTMENT, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

YOUYOU KECHUANG SHENZHEN LIMITED COMPANY (a.k.a. UU INNOVATION TECHNOLOGY CO LTD (Chinese Simplified: 悠悠科创 深圳 有限公司)), Dingcheng International Building 2803, Zhonghang Road #7, Huaqiang North Subdistrict Huahang Neighborhood, Futian District, Shenzhen, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91440300MA5GGWY44T (China) [RUSSIA-EO14024].

YSMAIYLOV, Raiym (a.k.a. MATRAIMOV, Raimbek; a.k.a. MATRAIMOV, Raimbek Ismailovich; a.k.a. MATRAIMOV, Raiymbek; a.k.a. MATRAIMOV, Rayimbek), Osh, Kyrgyzstan; DOB 03 May 1971; POB Agartuu, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; National ID No. 1340572 issued 07 Aug 2010 expires 07 Aug 2029; alt. National ID No. 1877213 (Kyrgyzstan) expires 15 Oct 2030; alt. National ID No. 1825229 (Kyrgyzstan) expires 14 Sep 2030 (individual) [GLOMAG].

YTAC COMPANY (a.k.a. YEMEN TELECOMMUNICATION ASSET COMPANY FOR INFORMATION TECHNOLOGY; a.k.a. "Y-TAC"), Bayt Baws, Sanaa, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Dec 2020; Trade License No. 295003 (Yemen) [SDGT] (Linked To: ANSARALLAH).

YU HONG DE CO LTD (a.k.a. YU HONG DE COMPANY LIMITED), Room 8, 11th Floor, Wang Fai Industrial Building 29, Luk Hop Street, San Po Kong, Hong Kong, China; Rm H020 3/F PH 2 Kwai Shing Ind Bldg, Kwai Chung, Hong Kong, China; Organization Established Date 03 Apr 2018; Identification Number IMO 6164705; Business Registration Number 69156563 (Hong Kong) [IRAN-EO13902].

YU HONG DE COMPANY LIMITED (a.k.a. YU HONG DE CO LTD), Room 8, 11th Floor, Wang Fai Industrial Building 29, Luk Hop Street, San Po Kong, Hong Kong, China; Rm H020 3/F PH 2 Kwai Shing Ind Bldg, Kwai Chung, Hong Kong, China; Organization Established Date 03 Apr 2018; Identification Number IMO 6164705; Business Registration Number 69156563 (Hong Kong) [IRAN-EO13902].

YU, Bu Ung (a.k.a. YU, Pu Ung (Korean: 유부웅); a.k.a. "Mr. O"), 67 Kap 2-9-1, Sobuk 1 Tonglo, Cho'lso' District, Shenyang, China; DOB 16 Sep 1966; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS927320340 issued 02 Sep 2017 expires 02 Sep 2022 (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

YU, Chin (a.k.a. YOO, Jin; a.k.a. YU, Jin (Korean: 유진)), Korea, North; DOB 1960; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

YU, Chol U, Korea, North; DOB 08 Aug 1959; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director, National Aerospace Development Administration (individual) [DPRK2] (Linked To: NATIONAL AEROSPACE DEVELOPMENT ADMINISTRATION).

YU, Jianjun (a.k.a. MOOSAWAN, Naija; a.k.a. SAVANG, Cha Mu; a.k.a. SAWANG, Chamu), Thailand; DOB 01 Jan 1964 to 17 Feb 1964; nationality Thailand; Gender Male; Passport Z992106 (Thailand) expires 26 Feb 2017 (individual) [BURMA-EO14014] [CYBER4] (Linked To: TRANS ASIA INTERNATIONAL HOLDING GROUP THAILAND COMPANY LIMITED).

YU, Jin (Korean: 유진) (a.k.a. YOO, Jin; a.k.a. YU, Chin), Korea, North; DOB 1960; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

YU, Kwang Ho; DOB 18 Oct 1956; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

YU, Pu Ung (Korean: 유부웅) (a.k.a. YU, Bu Ung; a.k.a. "Mr. O"), 67 Kap 2-9-1, Sobuk 1 Tonglo, Cho'lso' District, Shenyang, China; DOB 16 Sep 1966; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS927320340 issued 02 Sep 2017 expires 02 Sep 2022 (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

YUAN, Chilli (a.k.a. YUAN, Yun Xia; a.k.a. YUAN, Yunxia), Longgang District, Shenzhen, China; DOB 08 May 1985; POB Chen Zhou, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Identification Number 165837990002 (United Kingdom) (individual) [NPWMD] [IFSR] (Linked To: S&C TRADE PTY CO., LTD).

YUAN, Yun Xia (a.k.a. YUAN, Chilli; a.k.a. YUAN, Yunxia), Longgang District, Shenzhen, China; DOB 08 May 1985; POB Chen Zhou, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Identification Number 165837990002 (United Kingdom) (individual) [NPWMD] [IFSR] (Linked To: S&C TRADE PTY CO., LTD).

YUAN, Yunxia (a.k.a. YUAN, Chilli; a.k.a. YUAN, Yun Xia), Longgang District, Shenzhen, China; DOB 08 May 1985; POB Chen Zhou, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Identification Number 165837990002 (United Kingdom) (individual) [NPWMD] [IFSR] (Linked To: S&C TRADE PTY CO., LTD).

YUDAEVA, Ksenia Valentinovna (a.k.a. IUDAEVA, Ksenia Valentinovna; a.k.a. IUDAEVA, Kseniya Valentinovna; a.k.a. IUDAEVA, Xenia Valentinovna; a.k.a. IUDAEVA, Xeniya Valentinovna; a.k.a. YUDAEVA, Xenia Valentinovna; a.k.a. YUDAYEVA, Kseniya Valentinovna (Cyrillic: ЮДАЕВА, Ксения Валентиновна); a.k.a. YUDAYEVA, Xeniya Valentinovna), 4 Molodezhnaya St. Apt. 232, Moscow 119296, Russia; DOB 17 Mar 1970; POB Moscow,

Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 220033553 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

YUDAEVA, Xenia Valentinovna (a.k.a. IUDAEVA, Ksenia Valentinovna; a.k.a. IUDAEVA, Kseniya Valentinovna; a.k.a. IUDAEVA, Xenia Valentinovna; a.k.a. IUDAEVA, Xeniya Valentinovna; a.k.a. YUDAEVA, Ksenia Valentinovna; a.k.a. YUDAYEVA, Kseniya Valentinovna (Cyrillic: ЮДАЕВА, Ксения Валентиновна); a.k.a. YUDAYEVA, Xeniya Valentinovna), 4 Molodezhnaya St. Apt. 232, Moscow 119296, Russia; DOB 17 Mar 1970; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 220033553 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

YUDAYEVA, Kseniya Valentinovna (Cyrillic: ЮДАЕВА, Ксения Валентиновна) (a.k.a. IUDAEVA, Ksenia Valentinovna; a.k.a. IUDAEVA, Kseniya Valentinovna; a.k.a. IUDAEVA, Xenia Valentinovna; a.k.a. IUDAEVA, Xeniya Valentinovna; a.k.a. YUDAEVA, Ksenia Valentinovna; a.k.a. YUDAEVA, Xenia Valentinovna; a.k.a. YUDAYEVA, Xeniya Valentinovna), 4 Molodezhnaya St. Apt. 232, Moscow 119296, Russia; DOB 17 Mar 1970; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 220033553 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

YUDAYEVA, Xeniya Valentinovna (a.k.a. IUDAEVA, Ksenia Valentinovna; a.k.a. IUDAEVA, Kseniya Valentinovna; a.k.a. IUDAEVA, Xenia Valentinovna; a.k.a. IUDAEVA, Xeniya Valentinovna; a.k.a. YUDAEVA, Ksenia Valentinovna; a.k.a. YUDAEVA, Xenia Valentinovna; a.k.a. YUDAYEVA, Kseniya Valentinovna (Cyrillic: ЮДАЕВА, Ксения Валентиновна)), 4 Molodezhnaya St. Apt. 232, Moscow 119296, Russia; DOB 17 Mar 1970; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Passport 220033553 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

YUE, Richard (a.k.a. YAODONG, Yue); DOB 22 May 1974; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

YUESEM (a.k.a. USM LIMITED LIABILITY COMPANY; a.k.a. "USM LLC"), Pr-Kt Tekstilshchikov D. 46, Pom.1, Kom.56, Kostroma 156000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725327133 (Russia); Registration Number 1167746761302 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

YUESEM MARKIROVKA LIMITED LIABILITY COMPANY (a.k.a. YUESEM MARKIROVKA ООО (Cyrillic: ЮЭСЭМ МАРКИРОВКА ООО)), d. 28 etazh 14 pom. 1 kom. 29, shosse Rublevskoe, Moscow 121609, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Sep 2018; Tax ID No. 9731010385 (Russia); Registration Number 1187746805520 (Russia) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM).

YUESEM MARKIROVKA ООО (Cyrillic: ЮЭСЭМ МАРКИРОВКА ООО) (a.k.a. YUESEM MARKIROVKA LIMITED LIABILITY COMPANY), d. 28 etazh 14 pom. 1 kom. 29, shosse Rublevskoe, Moscow 121609, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Sep 2018; Tax ID No. 9731010385 (Russia); Registration Number 1187746805520 (Russia) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM).

YUESEM METALLOINVEST ООО (a.k.a. USM METALLOINVEST LIMITED LIABILITY COMPANY (Cyrillic: ЮЭСЭМ МЕТАЛЛОИНВЕСТ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)), d. 28 str. 3 pom. 12, ul. Povarksaya, Moscow 121069, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Jun 2018; Organization Type: Activities of holding companies; Tax ID No. 7704882288 (Russia);

Government Gazette Number 86555641 (Russia); Registration Number 5147746438868 (Russia) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM).

YUG SHIPPING INC., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 24 May 2024; Identification Number IMO 6513297; Registration Number 126114 (Marshall Islands) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

YUGANSKNEFTEGAZ (a.k.a. RN-YUGANSKNEFTEGAZ LLC; a.k.a. RN-YUGANSKNEFTEGAZ OOO), Lenina St., 26, Nefteyugansk, Tyumen Region 628309, Russia; Email Address rn_yng@yungjsc.com; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8604035473 (Russia); Registration Number 1058602819538 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

YUGO-VOSTOK MOVEMENT (a.k.a. SOUTHEAST MOVEMENT; a.k.a. SOUTH-EAST MOVEMENT), Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

YUHUA, Shi (a.k.a. HUA, Shi Yu; a.k.a. SHI, Yuhua; a.k.a. "SHI, Arlex"), China; DOB 05 Aug 1976; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport PE0475719 (China) expires 14 Nov 2019 (individual) [NPWMD] [IFSR].

YUK TUNG ENERGY PTE LTD, 17-22, UOB Plaza 2, Raffles Place, 048624, Singapore; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations

section 510.214; Company Number IMO 5987860 [DPRK4].

YUKSEL, Ahmet, Turkey; DOB 21 Dec 1972; POB Beldegirmen, Bozkurt/Kastamonu, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: YMV KREYN VE MAKINA SISTEMLERI SANAYI TICARET ANONIM SIRKETI).

YUMATEKS AO (f.k.a. NPK KHIMPROMINZHINIRING AO; a.k.a. UMATEX GROUP; a.k.a. UMATEX JOINT-STOCK COMPANY; a.k.a. UMATEX JSC), PR-KT Volgogradskii D. 43, Korp. 3, BTS Avilon, Moscow 109316, Russia; D. 46 Etazh 6 Pom. 54, Shosse Varshavskoe, Moscow 115230, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Apr 2008; Tax ID No. 7706688991 (Russia); Government Gazette Number 86396208 (Russia); Registration Number 1087746570383 (Russia) [RUSSIA-EO14024].

YUMIKO INTERNATIONAL FOOD TRADE LIMITED (a.k.a. KAIXUANMEN LIMITED; a.k.a. PLZCOME LIMITED), Rm A206, 2/F, New Eason Ind Bldg, Kwun Tong, Hong Kong, China; Organization Established Date 18 Nov 2021; Company Number 3104028 (Hong Kong); Business Registration Number 73551953 (Hong Kong) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

YUMMY BE CHARM TRADING HK LIMITED, 19/F., No. 3 Lockhart Road, Wanchai, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.R. No. 2700472 (Hong Kong) [SDGT] (Linked To: SONG, Jing).

YUN, Cheng (a.k.a. "YIN CHEIN"; a.k.a. "YIN CHIN"; a.k.a. "YUN CHENG"), 11, Ngu Shwe Wah Road, Between 64th and 54th Street, Chan mya Si Township, Mandalay, Burma; National ID No. (HWI)040182 (Burma) (individual) [SDNTK].

YUN, Ho-Chin (a.k.a. YUN, Ho-Jin), c/o Namchongang Trading Corporation, Pyongyang, Korea, North; DOB 13 Oct 1944; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By

U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

YUN, Ho-Jin (a.k.a. YUN, Ho-Chin), c/o Namchongang Trading Corporation, Pyongyang, Korea, North; DOB 13 Oct 1944; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

YUN, Song Guk (a.k.a. YUN, So'ng-kuk), Boten, Laos; DOB 27 Jul 1969; nationality Korea, North; Gender Male; Digital Currency Address - ETH 0xb637f84b66876ebf609c2a4208905f9ddac9d075; alt. Digital Currency Address - ETH 0x95584C303FCd48AF5c6B9873015f2AD0ca84EaE3; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 180131469 (Korea, North) (individual) [DPRK4].

YUN, So'ng-kuk (a.k.a. YUN, Song Guk), Boten, Laos; DOB 27 Jul 1969; nationality Korea, North; Gender Male; Digital Currency Address - ETH 0xb637f84b66876ebf609c2a4208905f9ddac9d075; alt. Digital Currency Address - ETH 0x95584C303FCd48AF5c6B9873015f2AD0ca84EaE3; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 180131469 (Korea, North) (individual) [DPRK4].

YUNA ENGINEERING LLC (a.k.a. LIMITED LIABILITY COMPANY YUNA ENGINEERING; a.k.a. YUNA INZHINIRING), 12 Academic Ilyushin Str., Moscow 123290, Russia; d. 16 pom. 628 Fryazino, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Oct 2022; Tax ID No. 7714494904 (Russia); Government Gazette Number 57792038 (Russia) [RUSSIA-EO14024].

YUNA INZHINIRING (a.k.a. LIMITED LIABILITY COMPANY YUNA ENGINEERING; a.k.a. YUNA ENGINEERING LLC), 12 Academic

Ilyushin Str., Moscow 123290, Russia; d. 16 pom. 628 Fryazino, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Oct 2022; Tax ID No. 7714494904 (Russia); Government Gazette Number 57792038 (Russia) [RUSSIA-EO14024].

YUNG, Yiu Wa (Chinese Traditional: 容耀華) (a.k.a. "YUNG, Stephen"), Hong Kong, China; DOB 21 Oct 1960; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Identification Number C536975 (Hong Kong) (individual) [NPWMD] [IFSR] (Linked To: LI, Yongxin).

YUNIK LEB (a.k.a. LIMITED LIABILITY COMPANY UNIQUE LAB), Ul. Bumazhnaya D. 17, Lit. A, Pomeshch. 268B, Saint Petersburg 190020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7839071647 (Russia); Registration Number 1167847364233 (Russia) [RUSSIA-EO14024].

YUNOS, Mukhlis (a.k.a. YUNOS, Muklis; a.k.a. YUNOS, Saifullah Mukhlis); DOB circa 07 Jul 1966; POB Lanao del Sur, Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

YUNOS, Muklis (a.k.a. YUNOS, Mukhlis; a.k.a. YUNOS, Saifullah Mukhlis); DOB circa 07 Jul 1966; POB Lanao del Sur, Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

YUNOS, Saifullah Mukhlis (a.k.a. YUNOS, Mukhlis; a.k.a. YUNOS, Muklis); DOB circa 07 Jul 1966; POB Lanao del Sur, Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

YUNUS, 'Umar (a.k.a. ABDOULAY, Oumar Younnes; a.k.a. ABDOULAY, Oumar Younous; a.k.a. M'BETIBANGUI, Oumar Younous; a.k.a. SODIAM, Oumar; a.k.a. YOUNOUS, Omar; a.k.a. YOUNOUS, Oumar), Bria, Haute-Kotto Prefecture, Central African Republic; Birao, Vakaga Prefecture, Central African Republic; Darfur, Sudan; DOB 02 Apr 1970; POB Tullus, Southern Darfur, Sudan; nationality Sudan; Passport D00000898 issued 04 Nov 2013 (individual) [CAR].

YURASOV, Sergey Pavlovich (a.k.a. IURASOV, Sergei Pavlovich), Russia; DOB 04 Jan 1964; POB Dalniy (Kungur), Perm Region, Russia; nationality Russia; Gender Male; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 525616920000 (Russia) (individual) [RUSSIA-EO14024].

YURCHENKO, Vasili Alekseevich (Cyrillic: ЮРЧЕНКО, Василий Алексеевич) (a.k.a. YURCHENKO, Vasiliy Alekseevich), Russia; DOB 26 Sep 1960; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

YURCHENKO, Vasiliy Alekseevich (a.k.a. YURCHENKO, Vasili Alekseevich (Cyrillic: ЮРЧЕНКО, Василий Алексеевич)), Russia; DOB 26 Sep 1960; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

YURCHIK, Oleg (a.k.a. YURCHIK, Oleg Nikolaevich (Cyrillic: ЮРЧИК, ОЛЕГ НИКОЛАЕВИЧ); a.k.a. YURCHYK, Aleh Mikalaevich (Cyrillic: ЮРЧЫК, АЛЕГ МІКАЛАЕВІЧ)), 4 ap. 99 Repina Street, Minsk, Belarus; DOB 16 Aug 1979; nationality Belarus; Gender Male; National ID No. 3160879B005PB4 (Belarus) (individual) [BELARUS-EO14038] (Linked To: SHENZHEN 5G HIGH-TECH INNOVATION CO., LIMITED).

YURCHIK, Oleg Nikolaevich (Cyrillic: ЮРЧИК, ОЛЕГ НИКОЛАЕВИЧ) (a.k.a. YURCHIK, Oleg; a.k.a. YURCHYK, Aleh Mikalaevich (Cyrillic: ЮРЧЫК, АЛЕГ МІКАЛАЕВІЧ)), 4 ap. 99 Repina Street, Minsk, Belarus; DOB 16 Aug 1979; nationality Belarus; Gender Male; National ID No. 3160879B005PB4 (Belarus) (individual) [BELARUS-EO14038] (Linked To: SHENZHEN 5G HIGH-TECH INNOVATION CO., LIMITED).

YURCHYK, Aleh Mikalaevich (Cyrillic: ЮРЧЫК, АЛЕГ МІКАЛАЕВІЧ) (a.k.a. YURCHIK, Oleg; a.k.a. YURCHIK, Oleg Nikolaevich (Cyrillic: ЮРЧИК, ОЛЕГ НИКОЛАЕВИЧ)), 4 ap. 99 Repina Street, Minsk, Belarus; DOB 16 Aug 1979; nationality Belarus; Gender Male; National ID No. 3160879B005PB4 (Belarus) (individual) [BELARUS-EO14038] (Linked To: SHENZHEN 5G HIGH-TECH INNOVATION CO., LIMITED).

YURIEVICH, Dmitry (a.k.a. KHOROSHEV, Dmitrii Yuryevich; a.k.a. KHOROSHEV, Dmitriy Yurevich; a.k.a. KHOROSHEV, Dmitry Yuryevich; a.k.a. "LOCKBITSUPP"), Russia; DOB 17 Apr 1993; POB Russian Federation; nationality Russia; citizen Russia; Email Address khoroshev1@icloud.com; alt. Email Address sitedev5@yandex.ru; Gender Male;

Digital Currency Address - XBT bc1qvhnfknw852ephxyc5hm4q520zmvf9maphetc9z; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 2018278055 (Russia); alt. Passport 2006801524 (Russia); Tax ID No. 366110340670 (Russia) (individual) [CYBER2].

YURIMAGUAS LTD, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island MH96960, Marshall Islands; Organization Established Date 01 Dec 2023; Registration Number 123120 (Marshall Islands) [IRAN-EO13902].

YURR (a.k.a. YUZHNO REGIONALNYI REGISTRATOR), Ul. Menzhinskogo 2/1, Floor 3, Rostov-na-Donu 344029, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 6166032022 (Russia); Registration Number 1026104025716 (Russia) [RUSSIA-EO14024].

YUSHCHENKO, Alexander Andreyevich (Cyrillic: ЮЩЕНКО, Александр Андреевич), Russia; DOB 19 Nov 1969; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YUSOFNEZHAD, Abbas (a.k.a. SHULAMI, Abbas Yusofnezhad; a.k.a. YOSEFNEJAD, Abbas; a.k.a. YOUSEF NEJAD, Abbas; a.k.a. YOUSEFNEJAD, Abbas; a.k.a. YUSUF NEZHAD, Abbas), Tehran, Iran; DOB 15 Jul 1986; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2669933963 (Iran) (individual) [NPWMD] [IFSR] (Linked To: RAH ROSHD INTERNATIONAL TRADE EXCHANGES DEVELOPMENT).

YUSONG SHIPPING CO, Uiam-dong, Taedonggang-guyok, Pyongyang, Korea, North; Nationality of Registration Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number 5146578 [DPRK4].

YUSOV, Yanal (a.k.a. AL UBAYDA, Mulfit Kar Iiyas; a.k.a. ALMANCI, Abdurrahman; a.k.a. KAR, Mavlut; a.k.a. KAR, Mawlud; a.k.a. KAR, Meluvet; a.k.a. KAR, Mevlut; a.k.a. KAR, Mivlut; a.k.a. ZIKARA, Mevlut; a.k.a. "ABDULLAH THE TURK"; a.k.a. "ABU OBEIDAH AL TURKI";

a.k.a. "ABU OBEJD EL-TURKI"; a.k.a. "ABU UDEJF EL-TURKI"; a.k.a. "AL TURKI KYOSEV"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

YUSUF AL-'UYAYRI BATTALIONS OF THE ABDULLAH AZZAM BRIGADES (a.k.a. ABDALLAH AZZAM BRIGADES; a.k.a. ABDULLAH AZZAM BRIGADES; a.k.a. MARWAN HADID BRIGADE; a.k.a. MARWAN HADID BRIGADES; a.k.a. ZIYAD AL-JARRAH BATTALIONS OF THE ABDULLAH AZZAM BRIGADES), Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

YUSUF NEZHAD, Abbas (a.k.a. SHULAMI, Abbas Yusofnezhad; a.k.a. YOSEFNEJAD, Abbas; a.k.a. YOUSEF NEJAD, Abbas; a.k.a. YOUSEFNEJAD, Abbas; a.k.a. YUSOFNEZHAD, Abbas), Tehran, Iran; DOB 15 Jul 1986; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2669933963 (Iran) (individual) [NPWMD] [IFSR] (Linked To: RAH ROSHD INTERNATIONAL TRADE EXCHANGES DEVELOPMENT).

YUSUF, Abdiweli Mohamed (a.k.a. AW-MAHAMUD, Abdiweli; a.k.a. WALAAC, Ina-Waran), Bari, Somalia; DOB 1982; alt. DOB 1981; alt. DOB 1980; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

YUSUF, Bashir Ali (Arabic: بشير علي يوسف); DOB 07 Aug 1984; POB Nigeria; nationality Nigeria; citizen Nigeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A06077522 (Nigeria) (individual) [SDGT] (Linked To: BOKO HARAM).

YUSUF, Hani al-Sayid Al-Sibai (a.k.a. AL-SIBA'I, Hani Muhammad Yusuf), United Kingdom; DOB 01 Mar 1961; POB Qaylubiyah, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 (individual) [SDGT].

YUSUF, Isse Mohamed (a.k.a. YUSUF, Isse Mohamoud; a.k.a. "YULLUX"; a.k.a. "YULUH, Issa"; a.k.a. "YULUH, Isse"; a.k.a. "YULUX, Isse"), Timirshe, Bari, Puntland, Somalia; Qandala, Somalia; DOB 1966; POB Timirshe, Bari, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

YUSUF, Isse Mohamoud (a.k.a. YUSUF, Isse Mohamed; a.k.a. "YULLUX"; a.k.a. "YULUH, Issa"; a.k.a. "YULUH, Isse"; a.k.a. "YULUX, Isse"), Timirshe, Bari, Puntland, Somalia; Qandala, Somalia; DOB 1966; POB Timirshe, Bari, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

YUSUF, Mohamed Mire Ali (a.k.a. ALI, Mohamed Mire; a.k.a. MIRE, Mohamed; a.k.a. MIRE, Mohamed Ali; a.k.a. MIRE, Muhammad), Puntland, Somalia; DOB 1975; alt. DOB 1974; alt. DOB 1976; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

YUSUF, Siyaad Isaaq (a.k.a. AYUTO, Siyaat; a.k.a. AYUTO, Siyad; a.k.a. AYUUTO, Siyaad; a.k.a. AYUUTO, Siyat), Kamjiron, Somalia; Hargeisa, Somalia; Lower Juba, Somalia; DOB 1981; alt. DOB 1982; POB Beer Xaani, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

YU-TERRA LLC (a.k.a. U-TERRA LLC (Cyrillic: Ю-ТЕРРА ООО)), d. 28 pom. 1 kom. 34, shosse Rublevskoe, Moscow 121609, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Feb 2022; Tax ID No. 9731088695 (Russia); Registration Number 12277000667700 (Russia) [RUSSIA-EO14024] (Linked To: USM URBAN MINING LIMITED LIABILITY COMPANY).

YUVENTA (a.k.a. JUVENTA), B-r Kronshtadtskii D. 39, K. 1, Pomeshch. I, Kom. 45, Rm. 5-9, Moscow 125499, Russia; Ul. Izhorskaya D. 13,

Str. 2, Moscow 125412, Russia; Office 45/RM5-9, Bldg. 1, 39, Kronshtadtskiy Bulvar, Moscow 125499, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743146073 (Russia); Registration Number 1167746276202 (Russia) [RUSSIA-EO14024].

YUZHIK, Aleksandr (a.k.a. YUZHIK, Aleksandr Vladimirovich (Cyrillic: ЮЖИК, Александр Владимирович); a.k.a. YUZHYK, Alyaksandr Uladzimiravich (Cyrillic: ЮЖЫК, Аляксандр Уладзіміравіч)), Grodno Oblast, Belarus; DOB 1975; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

YUZHIK, Aleksandr Vladimirovich (Cyrillic: ЮЖИК, Александр Владимирович) (a.k.a. YUZHIK, Aleksandr; a.k.a. YUZHYK, Alyaksandr Uladzimiravich (Cyrillic: ЮЖЫК, Аляксандр Уладзіміравіч)), Grodno Oblast, Belarus; DOB 1975; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

YUZHMORGEOLOGIYA AO (Cyrillic: ЮЖМОРГЕОЛОГИЯ АО) (a.k.a. GNTS FGUGP YUZHMORGEOLOGIYA; a.k.a. JOINT STOCK COMPANY YUZHNOYE NAUCHNO PROIZVODSTVENNOYE OBEDINENIYE PO MORSKIM GEOLOGORAZVEDOCHNYM RABOTAM (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЮЖНОЕ НАУЧНО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ПО МОРСКИМ ГЕОЛОГОРАЗВЕДОЧНЫМ РАБОТАМ)), Ulitsa Krymskaya, 20, Gelendzhik 353461, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2304070606 (Russia); Registration Number 1162304051370 (Russia) [RUSSIA-EO14024].

YUZHNO REGIONALNYI REGISTRATOR (a.k.a. YURR), Ul. Menzhinskogo 2/1, Floor 3, Rostov-na-Donu 344029, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 6166032022 (Russia); Registration Number 1026104025716 (Russia) [RUSSIA-EO14024].

YUZHNY PROEKT, OOO (a.k.a. LIMITED LIABILITY COMPANY SOUTHERN PROJECT; a.k.a. LLC SOUTHERN PROJECT; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU YUZHNY PROEKT), Room 15-H, Litera A, House 2, Rastrelli Place, City of St. Petersburg 191124, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7842144503 (Russia); Registration Number 1177847378279 (Russia) [UKRAINE-EO13661] [UKRAINE-EO13685] (Linked To: BANK

ROSSIYA; Linked To: KOVALCHUK, Yuri Valentinovich).

YUZHYK, Alyaksandr Uladzimiravich (Cyrillic: ЮЖЫК, Аляксандр Уладзіміравіч) (a.k.a. YUZHIK, Aleksandr; a.k.a. YUZHIK, Aleksandr Vladimirovich (Cyrillic: ЮЖИК, Александр Владимирович)), Grodno Oblast, Belarus; DOB 1975; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

Z AXIS LLC (a.k.a. ZET AKSIS; a.k.a. ZET AXIS LLC), Per. Gagarinskii D. 22/8, Str. 1, Floor Tsokolnyi Kom 3, Moscow 119002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 7704477392 (Russia); Registration Number 1197746112002 (Russia) [RUSSIA-EO14024].

ZA, Tay, Singapore; Burma; DOB 18 Jul 1964; alt. DOB 18 Jul 1967; POB Burma; citizen Burma; Gender Male; Passport 306869 (Burma); National ID No. MYGN 006415 (Burma) (individual) [BURMA-EO14014].

ZAAS SHIPPING & TRADING CO, Jounieh, Lebanon; Majuro, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2023; Identification Number IMO 6392790 [SDGT] (Linked To: ANSARALLAH).

ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS (a.k.a. CHELYABINSK-70; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ACADEMICIAN E.I. ZABABKHIN ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. KASLI NUCLEAR WEAPONS DEVELOPMENT CENTER; a.k.a. RUSSIAN FEDERAL NUCLEAR CENTER - ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. VSEROSSIYSKY NAUCHNO-ISSLEDOVATELSKIY INSTITUT TEKHNICHESKOY FIZIKI; a.k.a. ZABABAKHIN INSTITUTE; a.k.a. "RFNC-VNIITF"; a.k.a. "VNIITF"), P.O. Box 245, Snezhinsk, Chelyabinsk Region 456770, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1955; Tax ID No. 7423000572 (Russia); Registration

Number 1027401350932 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

ZABABAKHIN INSTITUTE (a.k.a. CHELYABINSK-70; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ACADEMICIAN E.I. ZABABKHIN ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. KASLI NUCLEAR WEAPONS DEVELOPMENT CENTER; a.k.a. RUSSIAN FEDERAL NUCLEAR CENTER - ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. VSEROSSIYSKY NAUCHNO-ISSLEDOVATELSKIY INSTITUT TEKHNICHESKOY FIZIKI; a.k.a. ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. "RFNC-VNIITF"; a.k.a. "VNIITF"), P.O. Box 245, Snezhinsk, Chelyabinsk Region 456770, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1955; Tax ID No. 7423000572 (Russia); Registration Number 1027401350932 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

ZABEN, Sultan (a.k.a. ZABIN, Abu Saqer (Arabic: ابو صقر زابن); a.k.a. ZABIN, Sultan; a.k.a. ZABIN, Sultan Saleh; a.k.a. ZABIN, Sultan Saleh Aida Aida (Arabic: سلطان صالح عيضة عيضة زابن); a.k.a. ZABINYE, Sultan; a.k.a. "SAGAR, Abu"; a.k.a. "SAQAR, Abu"), Sana'a, Yemen; DOB 1986; POB Razih District, Sana'a, Yemen; nationality Yemen; Gender Male; National ID No. 10010095104 (Yemen); Identification Number 20322 (Yemen) (individual) [YEMEN] [GLOMAG].

ZABIH POUR, Ameneh Sadat (a.k.a. ZABIHPOUR AHMADI, Ameneh Sadat (Arabic: آمنه سادات ذبیح پور احمدی); a.k.a. ZABIHPOUR, Ameneh Sadat (Arabic: آمنه سادات ذبیح پور)), Tehran, Iran; DOB 07 Aug 1984; POB Babol, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport 09324611 (Iran) expires 05 Jul 2017 (individual) [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

ZABIHPOUR AHMADI, Ameneh Sadat (Arabic: آمنه سادات ذبیح پور احمدی) (a.k.a. ZABIH POUR, Ameneh Sadat; a.k.a. ZABIHPOUR, Ameneh Sadat (Arabic: آمنه سادات ذبیح پور)), Tehran, Iran; DOB 07 Aug 1984; POB Babol, Iran; nationality

Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport 09324611 (Iran) expires 05 Jul 2017 (individual) [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

ZABIHPOUR, Ameneh Sadat (Arabic: آمنه سادات ذبیح پور) (a.k.a. ZABIH POUR, Ameneh Sadat; a.k.a. ZABIHPOUR AHMADI, Ameneh Sadat (Arabic: آمنه سادات ذبیح پور احمدی)), Tehran, Iran; DOB 07 Aug 1984; POB Babol, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport 09324611 (Iran) expires 05 Jul 2017 (individual) [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

ZABIN, Abu Saqer (Arabic: ابو صقر زابن) (a.k.a. ZABEN, Sultan; a.k.a. ZABIN, Sultan; a.k.a. ZABIN, Sultan Saleh; a.k.a. ZABIN, Sultan Saleh Aida Aida (Arabic: سلطان صالح عيضة عيضة زابن); a.k.a. ZABINYE, Sultan; a.k.a. "SAGAR, Abu"; a.k.a. "SAQAR, Abu"), Sana'a, Yemen; DOB 1986; POB Razih District, Sana'a, Yemen; nationality Yemen; Gender Male; National ID No. 10010095104 (Yemen); Identification Number 20322 (Yemen) (individual) [YEMEN] [GLOMAG].

ZABIN, Sultan (a.k.a. ZABEN, Sultan; a.k.a. ZABIN, Abu Saqer (Arabic: ابو صقر زابن); a.k.a. ZABIN, Sultan Saleh; a.k.a. ZABIN, Sultan Saleh Aida Aida (Arabic: سلطان صالح عيضة عيضة زابن); a.k.a. ZABINYE, Sultan; a.k.a. "SAGAR, Abu"; a.k.a. "SAQAR, Abu"), Sana'a, Yemen; DOB 1986; POB Razih District, Sana'a, Yemen; nationality Yemen; Gender Male; National ID No. 10010095104 (Yemen); Identification Number 20322 (Yemen) (individual) [YEMEN] [GLOMAG].

ZABIN, Sultan Saleh (a.k.a. ZABEN, Sultan; a.k.a. ZABIN, Abu Saqer (Arabic: ابو صقر زابن); a.k.a. ZABIN, Sultan; a.k.a. ZABIN, Sultan Saleh Aida Aida (Arabic: سلطان صالح عيضة عيضة زابن); a.k.a. ZABINYE, Sultan; a.k.a. "SAGAR, Abu"; a.k.a. "SAQAR, Abu"), Sana'a, Yemen; DOB 1986; POB Razih District, Sana'a, Yemen; nationality Yemen; Gender Male; National ID No. 10010095104 (Yemen); Identification Number 20322 (Yemen) (individual) [YEMEN] [GLOMAG].

ZABIN, Sultan Saleh Aida Aida (Arabic: سلطان صالح عيضة عيضة زابن) (a.k.a. ZABEN, Sultan; a.k.a. ZABIN, Abu Saqer (Arabic: ابو صقر زابن); a.k.a. ZABIN, Sultan; a.k.a. ZABIN, Sultan Saleh; a.k.a. ZABINYE, Sultan; a.k.a. "SAGAR,

Abu"; a.k.a. "SAQAR, Abu"), Sana'a, Yemen; DOB 1986; POB Razih District, Sana'a, Yemen; nationality Yemen; Gender Male; National ID No. 10010095104 (Yemen); Identification Number 20322 (Yemen) (individual) [YEMEN] [GLOMAG].

ZABINYE, Sultan (a.k.a. ZABEN, Sultan; a.k.a. ZABIN, Abu Saqer (Arabic: ابو صقر زابن); a.k.a. ZABIN, Sultan; a.k.a. ZABIN, Sultan Saleh; a.k.a. ZABIN, Sultan Saleh Aida Aida (Arabic: سلطان صالح عيضة عيضة زابن); a.k.a. "SAGAR, Abu"; a.k.a. "SAQAR, Abu"), Sana'a, Yemen; DOB 1986; POB Razih District, Sana'a, Yemen; nationality Yemen; Gender Male; National ID No. 10010095104 (Yemen); Identification Number 20322 (Yemen) (individual) [YEMEN] [GLOMAG].

ZABRALOVA, Olga Sergeyevna (Cyrillic: ЗАБРАЛОВА, Ольга Сергеевна), Russia; DOB 30 Mar 1980; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZACHAROVA, Maria (a.k.a. ZAKAROVA, Marija; a.k.a. ZAKHAROVA, Maria Vladimirovna; a.k.a. ZAKHAROVA, Mariia Vladimirovna; a.k.a. ZAKHAROVA, Mariya Vladimirovna (Cyrillic: ЗАХАРОВА, Мария Владимировна)), Russia; DOB 24 Dec 1975; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ZADACHIN, Andrei Andreevich (Cyrillic: ЗАДАЧИН, Андрей Андреевич), Moscow, Russia; DOB 22 Aug 1990; nationality Russia; Gender Male; Tax ID No. 771577190559 (Russia); Justice Major (individual) [GLOMAG].

ZADEH, Mohammed Khalil (a.k.a. KHALILZADEH, Mohammad), Iran; DOB 02 Jan 1983; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport L42320339 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ZADEH, Salar Mahmoud, Iran; DOB 24 Nov 1990; POB Khoy, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ZADNA COMPANY (a.k.a. ZADNA INTERNATIONAL CO FOR INVESTMENT LTD;

a.k.a. ZADNA INTERNATIONAL COMPANY FOR INVESTMENT LIMITED; a.k.a. ZADNA INTERNATIONAL FOR INVESTMENT; a.k.a. ZADNA INTERNATIONAL FOR INVESTMENT COMPANY; a.k.a. ZADNA INTERNATIONAL INVESTMENT CO., LTD.; a.k.a. ZADNA INTERNATIONAL INVESTMENTS), P.O. Box 11429, Block 9 Dohaa (AI), House No. 436, Khartoum, Sudan; Doha Street Property 436 Manshia Doha Street, Khartoum 11429, Sudan; Website www.zadna-int.com; Organization Established Date 1997; Organization Type: Activities of holding companies [SUDAN-EO14098].

ZADNA INTERNATIONAL CO FOR INVESTMENT LTD (a.k.a. ZADNA COMPANY; a.k.a. ZADNA INTERNATIONAL COMPANY FOR INVESTMENT LIMITED; a.k.a. ZADNA INTERNATIONAL FOR INVESTMENT; a.k.a. ZADNA INTERNATIONAL FOR INVESTMENT COMPANY; a.k.a. ZADNA INTERNATIONAL INVESTMENT CO., LTD.; a.k.a. ZADNA INTERNATIONAL INVESTMENTS), P.O. Box 11429, Block 9 Dohaa (AI), House No. 436, Khartoum, Sudan; Doha Street Property 436 Manshia Doha Street, Khartoum 11429, Sudan; Website www.zadna-int.com; Organization Established Date 1997; Organization Type: Activities of holding companies [SUDAN-EO14098].

ZADNA INTERNATIONAL COMPANY FOR INVESTMENT LIMITED (a.k.a. ZADNA COMPANY; a.k.a. ZADNA INTERNATIONAL CO FOR INVESTMENT LTD; a.k.a. ZADNA INTERNATIONAL FOR INVESTMENT; a.k.a. ZADNA INTERNATIONAL FOR INVESTMENT COMPANY; a.k.a. ZADNA INTERNATIONAL INVESTMENT CO., LTD.; a.k.a. ZADNA INTERNATIONAL INVESTMENTS), P.O. Box 11429, Block 9 Dohaa (AI), House No. 436, Khartoum, Sudan; Doha Street Property 436 Manshia Doha Street, Khartoum 11429, Sudan; Website www.zadna-int.com; Organization Established Date 1997; Organization Type: Activities of holding companies [SUDAN-EO14098].

ZADNA INTERNATIONAL FOR INVESTMENT (a.k.a. ZADNA COMPANY; a.k.a. ZADNA INTERNATIONAL CO FOR INVESTMENT LTD; a.k.a. ZADNA INTERNATIONAL COMPANY FOR INVESTMENT LIMITED; a.k.a. ZADNA INTERNATIONAL FOR INVESTMENT COMPANY; a.k.a. ZADNA INTERNATIONAL INVESTMENT CO., LTD.; a.k.a. ZADNA INTERNATIONAL INVESTMENTS), P.O. Box 11429, Block 9 Dohaa (AI), House No. 436, Khartoum, Sudan; Doha Street Property 436 Manshia Doha Street, Khartoum 11429, Sudan; Website www.zadna-int.com; Organization Established Date 1997; Organization Type: Activities of holding companies [SUDAN-EO14098].

ZADNA INTERNATIONAL FOR INVESTMENT COMPANY (a.k.a. ZADNA COMPANY; a.k.a. ZADNA INTERNATIONAL CO FOR INVESTMENT LTD; a.k.a. ZADNA INTERNATIONAL COMPANY FOR INVESTMENT LIMITED; a.k.a. ZADNA INTERNATIONAL FOR INVESTMENT; a.k.a. ZADNA INTERNATIONAL INVESTMENT CO., LTD.; a.k.a. ZADNA INTERNATIONAL INVESTMENTS), P.O. Box 11429, Block 9 Dohaa (AI), House No. 436, Khartoum, Sudan; Doha Street Property 436 Manshia Doha Street, Khartoum 11429, Sudan; Website www.zadna-int.com; Organization Established Date 1997; Organization Type: Activities of holding companies [SUDAN-EO14098].

ZADNA INTERNATIONAL INVESTMENT CO., LTD. (a.k.a. ZADNA COMPANY; a.k.a. ZADNA INTERNATIONAL CO FOR INVESTMENT LTD; a.k.a. ZADNA INTERNATIONAL COMPANY FOR INVESTMENT LIMITED; a.k.a. ZADNA INTERNATIONAL FOR INVESTMENT; a.k.a. ZADNA INTERNATIONAL FOR INVESTMENT COMPANY; a.k.a. ZADNA INTERNATIONAL INVESTMENTS), P.O. Box 11429, Block 9 Dohaa (AI), House No. 436, Khartoum, Sudan; Doha Street Property 436 Manshia Doha Street, Khartoum 11429, Sudan; Website www.zadna-int.com; Organization Established Date 1997; Organization Type: Activities of holding companies [SUDAN-EO14098].

ZADNA INTERNATIONAL INVESTMENTS (a.k.a. ZADNA COMPANY; a.k.a. ZADNA INTERNATIONAL CO FOR INVESTMENT LTD; a.k.a. ZADNA INTERNATIONAL COMPANY FOR INVESTMENT LIMITED; a.k.a. ZADNA INTERNATIONAL FOR INVESTMENT; a.k.a. ZADNA INTERNATIONAL FOR INVESTMENT COMPANY; a.k.a. ZADNA INTERNATIONAL INVESTMENT CO., LTD.), P.O. Box 11429, Block 9 Dohaa (AI), House No. 436, Khartoum, Sudan; Doha Street Property 436 Manshia Doha Street, Khartoum 11429, Sudan; Website www.zadna-int.com; Organization Established Date 1997; Organization Type: Activities of holding companies [SUDAN-EO14098].

ZADRAN, Ahmed Jan (a.k.a. KUCHI, Ahmed Jan; a.k.a. WAZIR, Ahmed Jan); DOB 1963; POB Barlah Village, Qareh Bagh District, Ghazni Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ZADRAN, Haji Shabaz (a.k.a. HAN, Cellat; a.k.a. HAN, Sahbaz; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shahbaz; a.k.a. ZADRAN, Shabbaz; a.k.a. ZADRAN, Shahbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

ZADRAN, Haji Shahbaz (a.k.a. HAN, Cellat; a.k.a. HAN, Sahbaz; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Shabbaz; a.k.a. ZADRAN, Shahbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

ZADRAN, Muhammad Omar (a.k.a. JADRAN, Mohammad-Omar); DOB 1958; POB Sultan

Kheyl Village, Spera District, Khowst Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Maulawi; Mullah (individual) [SDGT].

ZADRAN, Shabbaz (a.k.a. HAN, Cellat; a.k.a. HAN, Sahbaz; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Haji Shahbaz; a.k.a. ZADRAN, Shahbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

ZADRAN, Shahbaz (a.k.a. HAN, Cellat; a.k.a. HAN, Sahbaz; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Haji Shahbaz; a.k.a. ZADRAN, Shabbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

ZAFRANI, Ali (a.k.a. AL SIFRANI, Ali; a.k.a. AL-SAFRANI, Ali Ahmidah; a.k.a. AS-SAFRANI, Ali Samida), Libya; DOB 1982; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ZAGAL ANTON, Fernando, Mexico; DOB 14 Oct 1982; POB Puerto Vallarta, Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. ZAAF821014HJCGNR04 (Mexico) (individual) [SDNTK].

ZAGARIA, Antonio; DOB 29 Jun 1962; POB San Cipriano D'Aversa, Italy (individual) [TCO].

ZAGARIA, Carmine; DOB 27 May 1968; POB San Cipriano D'Aversa, Italy (individual) [TCO].

ZAGARIA, Michele (a.k.a. "CAPASTORTA"; a.k.a. "CAPOSTORTA"; a.k.a. "ISS"; a.k.a. "MANERA"; a.k.a. "ZIO"); DOB 21 May 1958; POB San Cipriano d'Aversa, Italy (individual) [TCO].

ZAGARIA, Nicola; DOB 10 Oct 1927; POB San Cipriano D'Aversa, Italy (individual) [TCO].

ZAGARIA, Pasquale; DOB 05 Jan 1960; POB San Cipriano D'Aversa, Italy (individual) [TCO].

ZAGORNOV, Maksim Aleksandrovich, United Arab Emirates; DOB 08 Jun 1973; POB Tashkent, Uzbekistan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 744716075030 (Russia) (individual) [RUSSIA-EO14024].

ZAGROS PARDIS KISH, No. 192, Pardis 1 Market, Kish Island 794188338, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10980205334 (Iran); Business Registration Number 8953 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ATABAKI, Alireza).

ZAGROS PETROCHEMICAL (a.k.a. "ZPC"), North Sheikh Bahaie Avenue Sheida Alley, Khoddami Street, Vanak Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Chamber of Commerce Number 2869 (Iran); Registration Number 148344 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

ZAGROS SHIMI FARS MANUFACTURING INDUSTRIES COMPANY (a.k.a. SANAYE TOLIDIE ZAGROS SHIMI FARS), Plot 10, Block B5, Phase 1, Shiraz, Fars 7158184199, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 02 May 2001; National ID No. 10530232958 (Iran); Registration Number 10863 (Iran) [NPWMD] [IFSR] (Linked To: QAYUMI, Vahid).

ZAGROS TARABARAN ARIA INTERNATIONAL TRANSPORTATION CO. (Arabic: شرکت زاگرس ترابران شاپور خواست) (a.k.a. ZAGROS TARABARAN-E ARYA (Arabic: زاگرس ترابران آریا)), Khorramabad 6814178509, Iran; Km of Kuhdasht Road, Next to Lorestan Petrochemical, Industrial Town No. 2, Service and 15 Technology Building, 6814178509, Iran; National ID No. 10740087913 (Iran); Commercial Registry Number 9568 (Iran) [IRAN-EO13846].

ZAGROS TARABARAN-E ARYA (Arabic: زاگرس ترابران آریا) (a.k.a. ZAGROS TARABARAN ARIA INTERNATIONAL TRANSPORTATION CO. (Arabic: شرکت زاگرس ترابران شاپور خواست)), Khorramabad 6814178509, Iran; Km of Kuhdasht Road, Next to Lorestan Petrochemical, Industrial Town No. 2, Service and 15 Technology Building, 6814178509, Iran; National ID No. 10740087913 (Iran); Commercial Registry Number 9568 (Iran) [IRAN-EO13846].

ZAHABI, Kaveh Rostami (Arabic: کاوه رستمی ذهابی), Iran; DOB 21 Mar 1991; POB Sarpol-e Zahab, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3360138481 (Iran) (individual) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

ZAHDI, Mohammad Riza (a.k.a. MAHDAVI, Reza; a.k.a. MAHDAWI, Hasan; a.k.a. ZAHEDI, Ali Reza; a.k.a. ZAHEDI, Mohammed Reza), Beirut, Lebanon; DOB 1944; POB Esfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR].

ZAHEDAN PRISON (Arabic: زندان زاهدان), Zahedan - the end of Moallem Boulevard, in front of Moallem 33, Sistan and Baluchistan, Iran; Zahedan, Daneshjoo Blvd, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

ZAHEDI, Ali Reza (a.k.a. MAHDAVI, Reza; a.k.a. MAHDAWI, Hasan; a.k.a. ZAHDI, Mohammad Riza; a.k.a. ZAHEDI, Mohammed Reza), Beirut,

Lebanon; DOB 1944; POB Esfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR].

ZAHEDI, Mohammed Reza (a.k.a. MAHDAVI, Reza; a.k.a. MAHDAWI, Hasan; a.k.a. ZAHDI, Mohammad Riza; a.k.a. ZAHEDI, Ali Reza), Beirut, Lebanon; DOB 1944; POB Esfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR].

ZAHEDI, Mostafa (a.k.a. KHAZE, Karim; a.k.a. LIU, Jhon; a.k.a. OMAR, Asem; a.k.a. "IBRAHIM, Mohammad"; a.k.a. "IBRAHIM, Mohammed"); DOB 29 Jun 1978; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

ZAHEDI, Roozbeh (a.k.a. ZAHEDI, Rouzbeh), Iran; DOB 01 Dec 1970; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZAHEDI, Rouzbeh (a.k.a. ZAHEDI, Roozbeh), Iran; DOB 01 Dec 1970; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZAHER EL DINE, Hamdi (a.k.a. ZAHREDDINE, Hamdi); DOB 20 Jul 1984; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2146270 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

ZAHHAR, Mahmoud Khaled (a.k.a. AL ZAHAR, Mahmoud Khaled; a.k.a. "AL-ZAHAR, Mahmoud"; a.k.a. "ZAHAR, Mahmoud"), Gaza; DOB 1945; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 (individual) [SDGT] [NS-PLC] (Linked To: HAMAS).

ZAHRAN, Yousuf, P.O. Box 1318, Amman, Jordan (individual) [IRAQ2].

ZAHREDDINE, Hamdi (a.k.a. ZAHER EL DINE, Hamdi); DOB 20 Jul 1984; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2146270 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

ZAIN KHAN, Dilawar Khan (a.k.a. 'ABD AL-SALAM, Said Jan; a.k.a. 'ABDALLAH, Qazi; a.k.a. 'ABD-AL-SALAM, Sa'id Jan; a.k.a. ABDULLAH, Qazi; a.k.a. CAIRO, Aziz; a.k.a. JHAN, Said; a.k.a. KHAN, Farhan; a.k.a. SA'ID JAN, Qasi; a.k.a. WALID, Ibrahim; a.k.a. "NANGIALI"); DOB 05 Feb 1981; alt. DOB 01 Jan 1972; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport OR801168 (Afghanistan) issued 28 Feb 2006 expires 27 Feb 2011; alt. Passport 4117921 (Pakistan) issued 09 Sep 2008 expires 09 Sep 2013; National ID No. 281020505755 (Kuwait); Passport OR801168 and Kuwaiti National ID No. 281020505755 issued under the name Said Jan 'Abd al-Salam; Passport 4117921 issued under the name Dilawar Khan Zain Khan (individual) [SDGT].

ZAINAL, Akram, Iraq; Chairman and General Manager of AGRICULTURAL CO-OPERATIVE BANK (individual) [IRAQ2].

ZAITAR, Noah (Arabic: نوح زعيتر) (a.k.a. ZUAITER, Nuah), Syria; Lebanon; DOB 1971; alt. DOB 1977; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

ZAITOUN, Mohammed Dib (a.k.a. ZAYTUN, Muhammad Dib; a.k.a. ZEITOUN, Mohammed Dib); DOB 1952; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

ZAITSAU, Aliaksandr Mikalaevich (Cyrillic: ЗАЙЦАЎ, Аляксандр Мікалаевіч) (a.k.a. ZAITSEV, Aleksandr Nikolayevich; a.k.a. ZAITSEV, Alexander Nikolaevich (Cyrillic: ЗАЙЦЕВ, Александр Николаевич); a.k.a. ZAYTSEV, Aleksandr; a.k.a. ZAYTSEV, Alexander), Belarus; United Arab Emirates; DOB 22 Nov 1976; POB Ruzhany, Brest Oblast,

Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

ZAITSEV, Aleksandr Nikolayevich (a.k.a. ZAITSAU, Aliaksandr Mikalaevich (Cyrillic: ЗАЙЦАЎ, Аляксандр Мікалаевіч); a.k.a. ZAITSEV, Alexander Nikolaevich (Cyrillic: ЗАЙЦЕВ, Александр Николаевич); a.k.a. ZAYTSEV, Aleksandr; a.k.a. ZAYTSEV, Alexander), Belarus; United Arab Emirates; DOB 22 Nov 1976; POB Ruzhany, Brest Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

ZAITSEV, Alexander Nikolaevich (Cyrillic: ЗАЙЦЕВ, Александр Николаевич) (a.k.a. ZAITSAU, Aliaksandr Mikalaevich (Cyrillic: ЗАЙЦАЎ, Аляксандр Мікалаевіч); a.k.a. ZAITSEV, Aleksandr Nikolayevich; a.k.a. ZAYTSEV, Aleksandr; a.k.a. ZAYTSEV, Alexander), Belarus; United Arab Emirates; DOB 22 Nov 1976; POB Ruzhany, Brest Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

ZAITSEV, Alexei (a.k.a. ZAYTSEV, Aleksey Alekseyevich; a.k.a. ZAYTSEV, Alexey); DOB 07 Sep 1965; POB Leningrad, Russia; Passport 63-4604880 (Russia); alt. Passport 4103417473 (Russia); alt. Passport H2029462 (Ghana); National ID No. 74914883 (United Arab Emirates) (individual) [TCO].

ZAITSEV, Yuriy Viktorovich (a.k.a. ZAYTSEV, Yuriy Viktorovich (Cyrillic: ЗАЙЦЕВ, Юрий Викторович)), Mariy El Republic, Russia; DOB 16 Dec 1970; POB Monino, Moscow Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ZAITSEVA, Lyudmila Nikolaevna (Cyrillic: ЗАЙЦЕВА, Людмила Николаевна), 4 Kuznechnaya Street, Krasnodar 350000, Russia; DOB 25 Jul 1979; POB Timashevsk, Krasnodar Territory, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 230910614470 (Russia) (individual) [RUSSIA-EO14024].

ZAKARIA, Zaini, A-1-8 Pangsapuri Sri Tanjung, Jalan Sky BS2, Bukit Sentosa Rawang, Selangor 48300, Malaysia; DOB 16 Jun 1967; alt. DOB 16 May 1967; POB Kelantan, Malaysia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A11457974 (Malaysia) (individual) [SDGT].

ZAKAROVA, Marija (a.k.a. ZACHAROVA, Maria; a.k.a. ZAKHAROVA, Maria Vladimirovna; a.k.a. ZAKHAROVA, Mariia Vladimirovna; a.k.a. ZAKHAROVA, Mariya Vladimirovna (Cyrillic: ЗАХАРОВА, Мария Владимировна)), Russia; DOB 24 Dec 1975; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ZAKHARCHENKO, Alexander; DOB 1976; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ZAKHARCHENKO, Vitaliy Yuriyovych; DOB 20 Jan 1963; POB Kostiantynivka, Donetsk Region, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: YANUKOVYCH, Viktor Fedorovych).

ZAKHAROV, Aleksandr Vyacheslavovich (Cyrillic: ЗАХАРОВ, Александр Вячеславович) (a.k.a. ZAKHAROV, Alexander Vyacheslavovich), 272 Pushkinskaya Street, Apt 41, Izhevsk 426008, Russia; DOB 21 Sep 1965; POB Izhevsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 183111242406 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ZALA AERO).

ZAKHAROV, Alexander Vyacheslavovich (a.k.a. ZAKHAROV, Aleksandr Vyacheslavovich (Cyrillic: ЗАХАРОВ, Александр Вячеславович)), 272 Pushkinskaya Street, Apt 41, Izhevsk 426008, Russia; DOB 21 Sep 1965; POB Izhevsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 183111242406 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ZALA AERO).

ZAKHAROV, Andrey Georgiyevich (Cyrillic: ЗАХАРОВ, Андрей Георгиевич), Russia; DOB 08 Jan 1969; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771609756695 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OOO SERNIYA INZHINIRING).

ZAKHAROV, Konstantin Yuryevich (Cyrillic: ЗАХАРОВ, Константин Юрьевич), Russia; DOB 31 Mar 1973; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11

of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZAKHAROV, Lavrentii Aleksandrovich (Cyrillic: ЗАХАРОВ, Лаврентий Александрович) (a.k.a. ZAKHAROV, Lavrentiy Aleksandrovich), 272 Pushkinskaya Street, Apt. 41, Izhevsk 426008, Russia; Flat 612, Romney House, 47 Marsham Street, London SW1P 3DS, United Kingdom; DOB 26 Feb 1999; POB Izhevsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 089132114 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Aleksandr Vyacheslavovich).

ZAKHAROV, Lavrentiy Aleksandrovich (a.k.a. ZAKHAROV, Lavrentii Aleksandrovich (Cyrillic: ЗАХАРОВ, Лаврентий Александрович)), 272 Pushkinskaya Street, Apt. 41, Izhevsk 426008, Russia; Flat 612, Romney House, 47 Marsham Street, London SW1P 3DS, United Kingdom; DOB 26 Feb 1999; POB Izhevsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 089132114 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Aleksandr Vyacheslavovich).

ZAKHAROV, Nikita Aleksandrovich (Cyrillic: ЗАХАРОВ, Никита Александрович), 272-41 Pushkinskaya St., Izhevsk 426008, Russia; DOB 27 Oct 1986; POB Izhevsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 184101937739 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Aleksandr Vyacheslavovich).

ZAKHAROV, Valerii (a.k.a. ZAKHAROV, Valery Nikolayevich), Russia; DOB 12 Jan 1970; nationality Russia; citizen Russia; alt. citizen Central African Republic; Gender Male; Passport D00005931 (Central African Republic) issued 04 Jun 2018 expires 03 Jun 2023 (individual) [CAR] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

ZAKHAROV, Valery Nikolayevich (a.k.a. ZAKHAROV, Valerii), Russia; DOB 12 Jan 1970; nationality Russia; citizen Russia; alt. citizen Central African Republic; Gender Male; Passport D00005931 (Central African Republic) issued 04 Jun 2018 expires 03 Jun 2023 (individual) [CAR] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

ZAKHAROVA, Maria Aleksandrovna (Cyrillic: ЗАХАРОВА, Мария Александровна) (a.k.a.

OSETROVA, Maria Aleksandrovna (Cyrillic: ОСЕТРОВА, Мария Александровна); a.k.a. OSETROVA, Mariya Aleksandrovna), 272 Pushkinskaya St., Apt. 41, Izhevsk 426008, Russia; DOB 07 Jan 1988; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 183116181362 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Aleksandr Vyacheslavovich).

ZAKHAROVA, Maria Vladimirovna (a.k.a. ZACHAROVA, Maria; a.k.a. ZAKAROVA, Marija; a.k.a. ZAKHAROVA, Mariia Vladimirovna; a.k.a. ZAKHAROVA, Mariya Vladimirovna (Cyrillic: ЗАХАРОВА, Мария Владимировна)), Russia; DOB 24 Dec 1975; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ZAKHAROVA, Mariia Vladimirovna (a.k.a. ZACHAROVA, Maria; a.k.a. ZAKAROVA, Marija; a.k.a. ZAKHAROVA, Maria Vladimirovna; a.k.a. ZAKHAROVA, Mariya Vladimirovna (Cyrillic: ЗАХАРОВА, Мария Владимировна)), Russia; DOB 24 Dec 1975; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ZAKHAROVA, Mariya Vladimirovna (Cyrillic: ЗАХАРОВА, Мария Владимировна) (a.k.a. ZACHAROVA, Maria; a.k.a. ZAKAROVA, Marija; a.k.a. ZAKHAROVA, Maria Vladimirovna; a.k.a. ZAKHAROVA, Mariia Vladimirovna), Russia; DOB 24 Dec 1975; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ZAKHAROVA, Svetlana Nikolaevna (Cyrillic: ЗАХАРОВА, Светлана Николаевна) (a.k.a. MOSKVINA NIKOLAYEVNA, Svetlana), 272-41 Pushkinskaya, Izhevsk 426008, Russia; Flat 612, Romney House, 47 Marsham Street, London SW1P 3DS, United Kingdom; DOB 18 Mar 1964; POB Izhevsk, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 183111242572 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Aleksandr Vyacheslavovich).

ZAKIR, Qari (a.k.a. RAUF, Abdul), Miram Shah, Pakistan; DOB 1969; alt. DOB 1970; alt. DOB

1971; POB Kabul, Afghanistan; citizen Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ZAKIR, Shohrat (Arabic: زاکر; Chinese Simplified: 雪克来提扎克尔) (a.k.a. SHOHRAT, Zakir; a.k.a. ZAKIR, Shohret; a.k.a. ZHAKER, Xuekelaiti), Xinjiang, China; DOB Aug 1953; POB Yining City, Xinjiang, China; nationality China; Gender Male (individual) [GLOMAG] (Linked To: XINJIANG PUBLIC SECURITY BUREAU).

ZAKIR, Shohret (a.k.a. SHOHRAT, Zakir; a.k.a. ZAKIR, Shohrat (Arabic: زاکر; Chinese Simplified: 雪克来提扎克尔); a.k.a. ZHAKER, Xuekelaiti), Xinjiang, China; DOB Aug 1953; POB Yining City, Xinjiang, China; nationality China; Gender Male (individual) [GLOMAG] (Linked To: XINJIANG PUBLIC SECURITY BUREAU).

ZAKIROV, Ilya Vladislavovich, Russia; DOB 20 Nov 1999; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 165504427793 (Russia) (individual) [CAATSA - RUSSIA] [CYBER4] (Linked To: AEZA GROUP LLC).

ZAKONNIK (Cyrillic: ЗАКОННИК) (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-ZAKONNIK), United States; Russia; Greece; Ukraine; Spain [TCO].

ZAKRIEV, Ibragim Salmanovich (Cyrillic: ЗАКРИЕВ, Ибрагим Салманович) (a.k.a. ZAKRIEV, Yakub Salmanovich (Cyrillic: ЗАКРИЕВ, Якуб Салманович); a.k.a. ZAKRIYEV, Yakub), Moscow, Russia; DOB 16 Oct 1990; POB Kurchaloy, Chechen Republic, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: ZAKRIEV, Salman Soipovich).

ZAKRIEV, Salman Soipovich (Cyrillic: ЗАКРИЕВ, Салман Соипович), Chechen Republic, Russia; DOB 02 Dec 1967; POB Alleroy,

Chechen Republic, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ZAKRIEV, Yakub Salmanovich (Cyrillic: ЗАКРИЕВ, Якуб Салманович) (a.k.a. ZAKRIEV, Ibragim Salmanovich (Cyrillic: ЗАКРИЕВ, Ибрагим Салманович); a.k.a. ZAKRIYEV, Yakub), Moscow, Russia; DOB 16 Oct 1990; POB Kurchaloy, Chechen Republic, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: ZAKRIEV, Salman Soipovich).

ZAKRIYEV, Yakub (a.k.a. ZAKRIEV, Ibragim Salmanovich (Cyrillic: ЗАКРИЕВ, Ибрагим Салманович); a.k.a. ZAKRIEV, Yakub Salmanovich (Cyrillic: ЗАКРИЕВ, Якуб Салманович)), Moscow, Russia; DOB 16 Oct 1990; POB Kurchaloy, Chechen Republic, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: ZAKRIEV, Salman Soipovich).

ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ABSALYUTBANK (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АБСАЛЮТБАНК) (a.k.a. ABSOLUTBANK; a.k.a. CJSC ABSOLUTBANK; a.k.a. CLOSED JOINT STOCK COMPANY ABSOLUTBANK; a.k.a. ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ABSOLYUTBANK (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО АБСОЛЮТБАНК); a.k.a. ZAO ABSOLYUTBANK (Cyrillic: ЗАО АБСОЛЮТБАНК); a.k.a. ZAT ABSALYUTBANK (Cyrillic: ЗАТ АБСАЛЮТБАНК)), 95 Nezavisimosti ave, Minsk 220023, Belarus; SWIFT/BIC ABLTBY22; Website www.absolutbank.by; Organization Established Date 30 Mar 2000; Target Type Financial Institution; Registration Number 100331707 (Belarus) [BELARUS-EO14038].

ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA NOVAYA NAFTAVAYA KAMPANIYA (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА НОВАЯ НАФТАВАЯ КАМПАНІЯ) (a.k.a. CJSC NNK; a.k.a. CLOSED JOINT-STOCK COMPANY NEW OIL COMPANY; a.k.a. NOVAIA NAFTAVAIA KAMPANIA; a.k.a. ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO NOVAYA NEFTYANAYA KOMPANIYA (Cyrillic:

ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НОВАЯ НЕФТЯНАЯ КОМПАНИЯ); a.k.a. ZAO NNK (Cyrillic: ЗАО ННК); a.k.a. ZAT NNK (Cyrillic: ЗАТ ННК); a.k.a. "NEW OIL COMPANY"), ul. Rakovskaya, d. 14B, kab. 7 (5th floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В, каб. 7 (5 этаж), г. Минск 220004, Belarus); Organization Established Date 23 Mar 2020; Registration Number 193402282 (Belarus) [BELARUS-EO14038].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO AKUTA (a.k.a. CJSC AKUTA; a.k.a. CLOSED JOINT STOCK COMPANY AKUTA (Cyrillic: ЗАКРЫТОЕ АКЦОНЕРНОЕ ОБЩЕСТВО АКУТА); a.k.a. ZAO AKUTA (Cyrillic: ЗАО АКУТА); a.k.a. "ACUTA" (Cyrillic: "АКУТА")), Ul. Pionerskaya D. 44, Saint Petersburg 197110, Russia; Website www.acuta.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Sep 2008; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7813426574 (Russia); Registration Number 1089847377586 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO ERASIB (a.k.a. CLOSED JOINT STOCK COMPANY ERASIB), Sibiryakov-Gvardeitsev, 51/3 2 Floor, Novosibirsk 630088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5404113697 (Russia); Registration Number 1025401484778 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO 'IFD KAPITAL' (a.k.a. CLOSED JOINT STOCK COMPANY 'IFD KAPITAL'; a.k.a. IFD KAPITAL; a.k.a. IFD KAPITAL GROUP; a.k.a. IFD-CAPITAL; a.k.a. IFDK, ZAO; a.k.a. IFD-KAPITAL; f.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO IFD KARITAL), 6 naberezhnaya, Krasnopresnenskaya, Moscow 123100, Russia; Website www.ifdk.com; Email Address info@ifdk.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027703007452 (Russia); Tax ID No. 7703354743 (Russia); Government Gazette Number 59109241 (Russia) [UKRAINE-EO13685].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO IFD KARITAL (a.k.a. CLOSED JOINT STOCK COMPANY 'IFD KAPITAL'; a.k.a. IFD KAPITAL; a.k.a. IFD KAPITAL GROUP; a.k.a. IFD-CAPITAL; a.k.a. IFDK, ZAO; a.k.a. IFD-KAPITAL; a.k.a. ZAKRYTOE AKTSIONERNOE

OBSHCHESTVO 'IFD KAPITAL'), 6 naberezhnaya, Krasnopresnenskaya, Moscow 123100, Russia; Website www.ifdk.com; Email Address info@ifdk.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027703007452 (Russia); Tax ID No. 7703354743 (Russia); Government Gazette Number 59109241 (Russia) [UKRAINE-EO13685].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO INSTRUMENT (a.k.a. "INSTRUMENT AO"), d. 16 pom, 2, ul. Krasnodarskaya, Moscow 109382, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5261020674 (Russia); Registration Number 1025202395140 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO KLIMOVSKI SPETSIALIZIROVANNY PATRONNY ZAVOD (a.k.a. CLOSED JOINT STOCK COMPANY KLIMOVSKIY SPECIALIZED AMMUNITION PLANT (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КЛИМОВСКИЙ СПЕЦИАЛИЗИРОВАННЫЙ ПАТРОННЫЙ ЗАВОД); a.k.a. KLIMOVSK SPECIALIZED AMMUNITION PLANT JSC KSAP), Ul. R.Lyuksemburg 18A, Tarusa 249100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5021011845 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO MAGNITOGORSKII ZAVOD PROKATNYKH VALKOV (a.k.a. CJSC MAGNITOGORSK MILL ROLLS PLANT; a.k.a. "CJSC MMRP"; a.k.a. "ZAO MZPV"), Ul. Kirova D. 93, Pom. 8, Magnitogorsk 455002, Russia; Ul. Kirova D. 93, ZD. Administrativno Bytovoe Tsekh Izlozhnits, Pom. 8, Magnitogorsk 455000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7445024175 (Russia); Registration Number 1047420504493 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO MNOGOPROFILNAYA PROIZVODSTVENNAYA KOMMERCHESKAYA FIRMA ALKOR (a.k.a. ZAO MPFK ALKOR), Ul. Veteranov Truda D.46, Tyumen 625017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7204015103 (Russia); Registration Number 1027200774040 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO MPO ELEKTROMONTAZH, ul. Planernaya d. 6, k. 2, Moscow 125481, Russia; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719079370 (Russia); Registration Number 1037700089052 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NASIM BAKHR KISH (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НАСИМ БАХР КИШ) (a.k.a. NASEEM BAHR KISH CJSC; a.k.a. NASEEM BAHR KISH CLOSED JOINT-STOCK COMPANY; a.k.a. NASIM BAHR KISH; a.k.a. NASIM BAKHR KISH), Bandargah, Persian Gulf Square, Iran Boulevard, Pars Administrative Complex, Block 16, Second Floor, Unit 12, Kish Island 7941798190, Iran; Khalij Fars Sadaf Building, 3rd Floor, Kish, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Apr 2012; Identification Number 14000222370 (Iran); alt. Identification Number 411418981368 (Iran); Registration Number 9979 (Iran) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO VNEDRENCHESKOE PREDPRIYATIE BOLID (a.k.a. CJSC NVP BOLID), ul. Pionerskaya d. 4, k. 11, pomeshch. 205, Korolev 141070, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5018000402 (Russia); Registration Number 1035003350766 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA (a.k.a. CJSC NON-STATE PENSION FUND OF SBERBANK; a.k.a. JOINT STOCK COMPANY SBERBANK PRIVATE PENSION FUND; f.k.a. NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA; a.k.a. NPF SBERBANKA ZAO; a.k.a. SBERBANK PPF JSC; a.k.a. SBERBANK PRIVATE PENSION FUND CLOSED JOINT STOCK COMPANY), d. 31 G ul. Shabolovka, Moscow 115162, Russia; Website www.npfsberbanka.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-

and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147799009160 (Russia); Tax ID No. 7725352740 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NGT (a.k.a. JSC NGT; a.k.a. "NGT AO"), Ul. Fominskaya D.54, Perm 614058, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Oct 2002; Tax ID No. 5902186000 (Russia); Government Gazette Number 52275083 (Russia); Registration Number 1025900513935 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NORSI TRANS (a.k.a. CJSC NORSI-TRANS; a.k.a. CLOSED JOINT STOCK COMPANY NORSI TRANS (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НОРСИ ТРАНС)), 12 Bolshaya Novodmitrovskaya Street, Unit 36, Moscow, Moscow Region 127015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Sep 1995; Tax ID No. 7705051215 (Russia); Registration Number 1037700030477 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NPF RADIOTEKHKOMPLEKT (a.k.a. NPF-RADIOTEKHKOMPLEKT AO; a.k.a. ZAO NPF RADIOTEKHKOMPLEKT), ul. 1-ya Khutorskaya d. 14, kv. 48, Moscow 127287, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714741462 (Russia); Registration Number 1087746661925 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO PERVYI SPETSIALIZIROVANNYI DEPOZITARII (a.k.a. ZAO PRSD), 4-YA Ul. 8 Marta D. 6A, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7710198911 (Russia); Registration Number 1027700373678 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO REGIONALNYI TSENTR LAZERNYKH

TEKHNOLOGII (a.k.a. REGIONAL CENTER FOR LASER TECHNOLOGIES CJSC; a.k.a. ZAO RTSLT), Ul. Frontovykh Brigad D. 18, 2-aya Prokhodnaya, Yekaterinburg 620017, Russia; Ul. Lunacharskogo Soor. 31, Yekaterinburg 620133, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6659042028 (Russia); Registration Number 1026602958250 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK AVTOMATIZIROVANNAYA SISTEMA TORGOV (a.k.a. JOINT STOCK COMPANY SBERBANK AUTOMATED TRADE SYSTEM; a.k.a. JOINT STOCK COMPANY SBERBANK-AUTOMATED SYSTEM FOR TRADING; a.k.a. JSC SBERBANK-AUTOMATED SYSTEM FOR TRADING; a.k.a. SBERBANK-AST JSC; a.k.a. SBERBANK-AST ZAO; a.k.a. SBERBANK-AUTOMATED TRADING SYSTEM CLOSED JOINT STOCK COMPANY), d. 24 str. 2 ul. Novoslobodskaya, Moscow 127055, Russia; 12 B. Savvinsky Lane, building 9, floor 1, office 1, room 1, Moscow 119435, Russia; Website www.sberbank-ast.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027707000441 (Russia); Tax ID No. 7707308480 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO SIBREGIONGAZ (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СИБРЕГИОНГАЗ) (a.k.a. SIBREGIONGAZ ZAO (Cyrillic: ЗАО СИБРЕГИОНГАЗ); a.k.a. SIBREGIONGAZ, AO), d. 82 ofis 104/ 4, Prospekt Krasny, Novosibirsk, Novosibirsk Region 630091, Russia; Secondary sanctions

risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jul 2003; Tax ID No. 5406258514 (Russia); Registration Number 1035402498999 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO TEKHNOLOGICHESKII PARK KOSMONAVTIKI LINKOS (a.k.a. CLOSED JOINT STOCK COMPANY TECHNOLOGICAL COSMONAUTIKA PARK LINKOS; a.k.a. CLOSED JOINT STOCK COMPANY TECHNOLOGICAL PARK OF COSMONAUTICS LINKOS), Dorozhnaya Ul D 5, Shcherbinka 142172, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733061279 (Russia); Registration Number 1027739037886 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO TOP SISTEMY (a.k.a. CLOSED JOINT STOCK COMPANY TOP SYSTEMS; a.k.a. TOP SYSTEMS LTD.; a.k.a. ZAO TOP SISTEMY), Ul. Kirovogradskaya D.5, Kv.35, Moscow 117587, Russia; 1 Timiryazevskaya St., Moscow 127422, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726057955 (Russia); Registration Number 1037700101163 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO VOLZHSKII DIZEL IMENI MAMINYKH (a.k.a. AO VOLZHSKII DIZEL IMENI MAMINYKH), ul. Kommunisticheskaya d. 124, Balakovo 413850, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6439038107 (Russia); Registration Number 1026401407251 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO ZOLOTOI SHAR (a.k.a. ZAO ZOLOTOI SHAR), Ul. Chasovaya D. 9, Moscow 125315, Russia; 16 Krasnoproletarskaya, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714794802 (Russia); Registration Number 1097746755545 (Russia) [RUSSIA-EO14024].

ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ABSOLYUTBANK (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО АБСОЛЮТБАНК) (a.k.a. ABSOLUTBANK; a.k.a. CJSC ABSOLUTBANK; a.k.a. CLOSED JOINT STOCK COMPANY ABSOLUTBANK; a.k.a. ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ABSALYUTBANK (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АБСАЛЮТБАНК); a.k.a. ZAO

ABSOLYUTBANK (Cyrillic: ЗАО АБСОЛЮТБАНК); a.k.a. ZAT ABSALYUTBANK (Cyrillic: ЗАТ АБСАЛЮТБАНК)), 95 Nezavisimosti ave, Minsk 220023, Belarus; SWIFT/BIC ABLTBY22; Website www.absolutbank.by; Organization Established Date 30 Mar 2000; Target Type Financial Institution; Registration Number 100331707 (Belarus) [BELARUS-EO14038].

ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO NOVAYA NEFTYANAYA KOMPANIYA (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НОВАЯ НЕФТЯНАЯ КОМПАНИЯ) (a.k.a. CJSC NNK; a.k.a. CLOSED JOINT-STOCK COMPANY NEW OIL COMPANY; a.k.a. NOVAIA NAFTAVAIA KAMPANIA; a.k.a. ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA NOVAYA NAFTAVAYA KAMPANIYA (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА НОВАЯ НАФТАВАЯ КАМПАНІЯ); a.k.a. ZAO NNK (Cyrillic: ЗАО ННК); a.k.a. ZAT NNK (Cyrillic: ЗАТ ННК); a.k.a. "NEW OIL COMPANY"), ul. Rakovskaya, d. 14B, kab. 7 (5th floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14B, каб. 7 (5 этаж), г. Минск 220004, Belarus); Organization Established Date 23 Mar 2020; Registration Number 193402282 (Belarus) [BELARUS-EO14038].

ZALA AERO GROUP (a.k.a. LIMITED LIABILITY COMPANY ZALA AERO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗАЛА АЭРО)), 9 Salyama Adilya St., Office 3, Moscow 123154, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1841001815 (Russia); Registration Number 1091841000624 (Russia) [RUSSIA-EO14024].

ZALDASTANOV, Aleksandr Sergeevich (a.k.a. ZALDOSTANOV, Aleksandr; a.k.a. ZALDOSTANOV, Alexander; a.k.a. ZALDOSTANOV, Alexander Sergeyevich; a.k.a. "Khirurg"; a.k.a. "The Surgeon"); DOB 19 Jan 1963; POB Kirovograd, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ZALDIVAR VEGA, Javier (a.k.a. ALVAREZ ALVAREZ, Gerardo; a.k.a. ALVAREZ VASQUEZ, Joel; a.k.a. ALVAREZ VASQUEZ, Jose Gerardo; a.k.a. ALVAREZ VAZQUEZ, Jose Gerardo; a.k.a. ALVAREZ VELASQUEZ, Jose Gerardo; a.k.a. SANCHEZ SALAMANCA, Salvador; a.k.a. "EL GERA"; a.k.a. "EL INDIO"), c/o AMERICAN TUNE UP, S.A. DE C.V.,

Guadalajara, Jalisco, Mexico; Avenida Gonzalez Gallo #2537, Sector Reforma, Guadalajara, Jalisco, Mexico; DOB 03 Nov 1963; alt. DOB 24 Sep 1965; alt. DOB 10 May 1966; POB Las Avilas, Guerrero, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

ZALDOSTANOV, Aleksandr (a.k.a. ZALDASTANOV, Aleksandr Sergeevich; a.k.a. ZALDOSTANOV, Alexander; a.k.a. ZALDOSTANOV, Alexander Sergeyevich; a.k.a. "Khirurg"; a.k.a. "The Surgeon"); DOB 19 Jan 1963; POB Kirovograd, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ZALDOSTANOV, Alexander (a.k.a. ZALDASTANOV, Aleksandr Sergeevich; a.k.a. ZALDOSTANOV, Aleksandr; a.k.a. ZALDOSTANOV, Alexander Sergeyevich; a.k.a. "Khirurg"; a.k.a. "The Surgeon"); DOB 19 Jan 1963; POB Kirovograd, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ZALDOSTANOV, Alexander Sergeyevich (a.k.a. ZALDASTANOV, Aleksandr Sergeevich; a.k.a. ZALDOSTANOV, Aleksandr; a.k.a. ZALDOSTANOV, Alexander; a.k.a. "Khirurg"; a.k.a. "The Surgeon"); DOB 19 Jan 1963; POB Kirovograd, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ZALE SHIPPING INC., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 31 Oct 2024; Identification Number IMO 0108805; Registration Number 128589 (Marshall Islands) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

ZALEVSKI DENISOVICH, Andrei (a.k.a. ZALEVSKII, Andrei Denisovich), Russia; DOB 02 Nov 1997; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771818408885 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY YUNA ENGINEERING).

ZALEVSKII, Andrei Denisovich (a.k.a. ZALEVSKI DENISOVICH, Andrei), Russia; DOB 02 Nov 1997; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 771818408885 (Russia) (individual) [RUSSIA-

EO14024] (Linked To: LIMITED LIABILITY COMPANY YUNA ENGINEERING).

ZALIV SHIPYARD LLC (f.k.a. AO SHIPYARD 'ZALIV'; f.k.a. JSC SHIPYARD 'ZALIV'; f.k.a. JSC ZALIV SHIPYARD; a.k.a. LLC SHIPYARD 'ZALIV'; f.k.a. OJSC ZALIV SHIPYARD; a.k.a. OOO SHIPYARD 'ZALIV'), 4 Tankistov Street, Kerch, Crimea 98310, Ukraine; Website http://www.zalivkerch.com/; alt. Website http://www.zaliv.com/; Email Address zaliv@zalivkerch.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

ZALOG OOO (a.k.a. LIMITED LIABILITY COMPANY WITH FOREIGN INVESTMENTS ZALOG (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ С ИНОСТРАННЫМИ ИНВЕСТИЦИЯМИ ЗАЛОГ); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ZALOG), d. 22 pom. 305, ul. Martyna Mezhlauka, Kazan, Tatarstan Resp. 420021, Russia; Ul. Kooperativnaya 1, Zelenodolsk 422541, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2002; Tax ID No. 1648011501 (Russia); Government Gazette Number 57238810 (Russia); Registration Number 1021606761175 (Russia) [RUSSIA-EO14024] (Linked To: KOGOGIN, Sergei Anatolyevich).

ZAMAN, Hayder (a.k.a. KHAN, Abdul Qadeer); DOB 27 Apr 1936; POB Bhopal, India; nationality Pakistan; Passport D000428 (Pakistan) (individual) [NPWMD].

ZAMANOIL - DMCC (Arabic: زمانويل - م.د.م.س) (a.k.a. ZAMANOIL DMCC), Jumeirah Lakes Towers Unit No: Au-06-F, Gold Tower (Au), Plot No, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Nov 2018; Registration Number DMCC-582921 (United Arab Emirates) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZAMANOIL DMCC (a.k.a. ZAMANOIL - DMCC (Arabic: زمانويل - م.د.م.س)), Jumeirah Lakes Towers Unit No: Au-06-F, Gold Tower (Au), Plot No, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Nov 2018; Registration Number DMCC-582921 (United

Arab Emirates) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZAMBA, Noel Heath (a.k.a. HEATH, Noel Timothy; a.k.a. ZAMBO, Noel Heath), Cardin Avenue, Saint Kitts and Nevis; DOB 16 Dec 1949; POB St Kitts and Nevis; Passport 03574 (United Kingdom) (individual) [SDNTK].

ZAMBADA GARCIA, Ismael (a.k.a. HERNANDEZ GARCIA, Javier; a.k.a. LOPEZ LANDEROS, Geronimo; a.k.a. ZAMBADA GARCIA, Ismael Mario; a.k.a. ZAMBADA, El Mayo; a.k.a. "El Mayo"; a.k.a. "Mayo"), Mexico; DOB 1948; POB Sinaloa, Mexico; nationality Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

ZAMBADA GARCIA, Ismael Mario (a.k.a. HERNANDEZ GARCIA, Javier; a.k.a. LOPEZ LANDEROS, Geronimo; a.k.a. ZAMBADA GARCIA, Ismael; a.k.a. ZAMBADA, El Mayo; a.k.a. "El Mayo"; a.k.a. "Mayo"), Mexico; DOB 1948; POB Sinaloa, Mexico; nationality Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

ZAMBADA NIEBLA, Maria Teresa, c/o NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o JAMARO CONSTRUCTORES S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ESTABLO PUERTO RICO S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ESTANCIA INFANTIL NINO FELIZ S.C., Culiacan, Sinaloa, Mexico; Calle Ciudad de Hermosillo # 1168, Fraccionamiento Las Quintas, Culiacan, Sinaloa, Mexico; Calle Rio Quelite 210, Colonia Guadlupe, Culiacan, Sinaloa 80220, Mexico; Avenida Universidad No. 1900, Colonia Copilco, Coyoacan, Distrito Federal 04350, Mexico; Calle Cerro de la Campana 649, Colonia Colinas de San Miguel, Culiacan, Sinaloa 80060, Mexico; DOB 17 Jun 1969; POB Culiacan, Sinaloa, Mexico; alt. POB Sonora, Mexico; nationality Mexico; citizen Mexico; Passport 97040021870 (Mexico); R.F.C. ZANT-690617-B73 (Mexico); C.U.R.P. ZANT690617MSLMBR01 (Mexico) (individual) [SDNTK].

ZAMBADA NIEBLA, Midiam Patricia (a.k.a. LOPEZ LANDEY, Midian Patricia; a.k.a. ZAMBADA NIEBLA, Midian Patricia; a.k.a. ZAMBADA NIEBLA, Miriam), c/o NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o JAMARO CONSTRUCTORES S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ESTABLO

PUERTO RICO S.A. DE C.V., Culiacan, Sinaloa, Mexico; Calle Gabino Vazquez # 1206, Colonia Los Pinos, Culiacan, Sinaloa, Mexico; Calle Ciudad de Hermosillo # 1168, Fraccionamiento Las Quintas, Culiacan, Sinaloa, Mexico; Calle Lago Cuitzeo 1394, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; DOB 04 Mar 1971; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 97040022206 (Mexico); R.F.C. ZANM-710304-RN2 (Mexico); C.U.R.P. ZANM710304MSLMBD14 (Mexico); alt. C.U.R.P. ZANM710304MSLMBDO6 (Mexico) (individual) [SDNTK].

ZAMBADA NIEBLA, Midian Patricia (a.k.a. LOPEZ LANDEY, Midian Patricia; a.k.a. ZAMBADA NIEBLA, Midiam Patricia; a.k.a. ZAMBADA NIEBLA, Miriam), c/o NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o JAMARO CONSTRUCTORES S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ESTABLO PUERTO RICO S.A. DE C.V., Culiacan, Sinaloa, Mexico; Calle Gabino Vazquez # 1206, Colonia Los Pinos, Culiacan, Sinaloa, Mexico; Calle Ciudad de Hermosillo # 1168, Fraccionamiento Las Quintas, Culiacan, Sinaloa, Mexico; Calle Lago Cuitzeo 1394, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; DOB 04 Mar 1971; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 97040022206 (Mexico); R.F.C. ZANM-710304-RN2 (Mexico); C.U.R.P. ZANM710304MSLMBD14 (Mexico); alt. C.U.R.P. ZANM710304MSLMBDO6 (Mexico) (individual) [SDNTK].

ZAMBADA NIEBLA, Miriam (a.k.a. LOPEZ LANDEY, Midian Patricia; a.k.a. ZAMBADA NIEBLA, Midiam Patricia; a.k.a. ZAMBADA NIEBLA, Midian Patricia), c/o NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o JAMARO CONSTRUCTORES S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ESTABLO PUERTO RICO S.A. DE C.V., Culiacan, Sinaloa, Mexico; Calle Gabino Vazquez # 1206, Colonia Los Pinos, Culiacan, Sinaloa, Mexico; Calle Ciudad de Hermosillo # 1168, Fraccionamiento Las Quintas, Culiacan, Sinaloa, Mexico; Calle Lago Cuitzeo 1394, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; DOB 04 Mar 1971; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 97040022206 (Mexico); R.F.C. ZANM-710304-RN2 (Mexico); C.U.R.P.

ZANM710304MSLMBD14 (Mexico); alt. C.U.R.P. ZANM710304MSLMBDO6 (Mexico) (individual) [SDNTK].

ZAMBADA NIEBLA, Modesta, c/o NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o JAMARO CONSTRUCTORES S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ESTABLO PUERTO RICO S.A. DE C.V., Culiacan, Sinaloa, Mexico; Calle Ciudad de Hermosillo # 1168, Fraccionamiento Las Quintas, Culiacan, Sinaloa 80060, Mexico; DOB 22 Nov 1982; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 95040018273 (Mexico); R.F.C. ZANM-821122-H87 (Mexico); C.U.R.P. ZANM821122MSLMBD07 (Mexico) (individual) [SDNTK].

ZAMBADA NIEBLA, Monica del Rocio (a.k.a. ZAMBADA NIEBLA, Monica del Rosario), c/o NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o JAMARO CONSTRUCTORES S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ESTABLO PUERTO RICO S.A. DE C.V., Culiacan, Sinaloa, Mexico; Calle Ciudad de Hermosillo # 1168, Fraccionamiento Las Quintas, Culiacan, Sinaloa, Mexico; Calle Ciudad de Puebla 1254, Colonia Las Quintas, Culiacan, Sinaloa, Mexico; DOB 02 Mar 1980; alt. DOB 02 Apr 1980; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 040037016 (Mexico); alt. Passport 95040018272 (Mexico); R.F.C. ZANM-800402 (Mexico); C.U.R.P. ZANM800402MSLMBN02 (Mexico) (individual) [SDNTK].

ZAMBADA NIEBLA, Monica del Rosario (a.k.a. ZAMBADA NIEBLA, Monica del Rocio), c/o NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o JAMARO CONSTRUCTORES S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ESTABLO PUERTO RICO S.A. DE C.V., Culiacan, Sinaloa, Mexico; Calle Ciudad de Hermosillo # 1168, Fraccionamiento Las Quintas, Culiacan, Sinaloa, Mexico; Calle Ciudad de Puebla 1254, Colonia Las Quintas, Culiacan, Sinaloa, Mexico; DOB 02 Mar 1980; alt. DOB 02 Apr 1980; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 040037016 (Mexico); alt. Passport 95040018272 (Mexico); R.F.C. ZANM-800402 (Mexico); C.U.R.P. ZANM800402MSLMBN02 (Mexico) (individual) [SDNTK].

ZAMBADA, El Mayo (a.k.a. HERNANDEZ GARCIA, Javier; a.k.a. LOPEZ LANDEROS, Geronimo; a.k.a. ZAMBADA GARCIA, Ismael; a.k.a. ZAMBADA GARCIA, Ismael Mario; a.k.a. "El Mayo"; a.k.a. "Mayo"), Mexico; DOB 1948; POB Sinaloa, Mexico; nationality Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

ZAMBO, Noel Heath (a.k.a. HEATH, Noel Timothy; a.k.a. ZAMBA, Noel Heath), Cardin Avenue, Saint Kitts and Nevis; DOB 16 Dec 1949; POB St Kitts and Nevis; Passport 03574 (United Kingdom) (individual) [SDNTK].

ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DANA ASTRA (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДАНА АСТРА) (a.k.a. FLLC DANA ASTRA; a.k.a. FOREIGN LIMITED LIABILITY COMPANY DANA ASTRA; a.k.a. INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DANA ASTRA (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДАНА АСТРА); a.k.a. IOOO DANA ASTRA (Cyrillic: ИООО ДАНА АСТРА); a.k.a. ZTAA DANA ASTRA (Cyrillic: ЗТАА ДАНА АСТРА)), ul. Petra Mstislavtsa, d. 9, pom. 9-13, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 9-13, г. Минск 220076, Belarus); Organization Established Date 21 Jan 2010; Registration Number 191295361 (Belarus) [BELARUS-EO14038].

ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SLAUKALIY (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СЛАЎКАЛІЙ) (a.k.a. FOREIGN LIMITED LIABILITY COMPANY SLAVKALI; a.k.a. INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SLAVKALIY (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЛАВКАЛИЙ); a.k.a. IOOO SLAVKALI (Cyrillic: ИООО СЛАВКАЛИЙ); a.k.a. SLAVKALI INOSTRANNOE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIYU; a.k.a. SLAVKALI IOOO; a.k.a. SLAVKALIY (Cyrillic: СЛАВКАЛИЙ); a.k.a. SLAVKALY FLLC; a.k.a. ZTAA SLAUKALIY (Cyrillic: ЗТАА СЛАЎКАЛІЙ)), Lyubanskiy District, Pervomaiskaya St, Building 35, Office 3.1, Lyuban City, Minsk Oblast 223810, Belarus (Cyrillic: Любанский район, ул. Первомайская, д. 35, каб. 3.1, г. Любань, Минская область 223810, Belarus); d. 35, kab. 3.1, ul.

Pervomaiskaya g. s/s, Lyuban Lyubanksi Raion, Minskaya Obl. 223810, Belarus; Organization Established Date 25 Oct 2011; Registration Number 191689538 (Belarus) [BELARUS-EO14038].

ZAMLELOVA, Svetlana Georgiyevna, Russia; DOB 22 Aug 1973; nationality Russia; Gender Female (individual) [ELECTION-EO13848] (Linked To: JOURNAL KAMERTON).

ZAMUDIO IBARRA, Ludim, Calle Diego Rivera 374, Interior 3, Colonia Privada Los Cisnes, Desarrollo Urbano Tres Rios, Culiacan, Sinaloa, Mexico; DOB 03 Sep 1991; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. ZAIL910903HSLMBD06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ZAMUDIO LERMA, Angel Guillermo, Mexico; DOB 17 Nov 1969; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. ZALA691117HSLMRN03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ZAMUDIO LERMA, Daniel, Mexico; DOB 07 Sep 1968; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. ZALD680907HSLMRN05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ZAMUDIO LERMA, Jorge Alberto, Mexico; DOB 29 Jan 1967; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. ZALJ670129HSLMRR03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ZAMUDIO LERMA, Ludim, Boulevard Doctor Mora 1776, Colonia La Campina, Culiacan, Sinaloa, Mexico; DOB 19 Apr 1972; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. ZALL720419HSLMRD06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ZAMUDIO LERMA, Luis Alfonso, Calle Frida Kahlo 2464, Fraccionamiento Residencial Los Cisnes, Culiacan, Sinaloa, Mexico; Calle Diego Valadez 1321, Col. Chapultepec, Culiacan, Sinaloa, Mexico; DOB 09 Apr 1965; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. ZALL650409HSLMRS03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ZAMULEVICH, Dmitriy Mikhailovich (Cyrillic: ЗАМУЛЕВИЧ, Дмитрий Михайлович) (a.k.a. ZAMULEVICH, Dzmitry Mihaylavych (Cyrillic: ЗАМУЛЕВІЧ, Дзмітрый Міхайлавіч)), Belarus; DOB 07 May 1974; POB Belarus; nationality Belarus; Gender Male; Passport BM2229283 (Belarus) expires 31 Jul 2024; National ID No.

3070574E057PB8 (Belarus) (individual) [BELARUS-EO14038].

ZAMULEVICH, Dzmitry Mihaylavych (Cyrillic: ЗАМУЛЕВІЧ, Дзмітрый Міхайлавіч) (a.k.a. ZAMULEVICH, Dmitriy Mikhailovich (Cyrillic: ЗАМУЛЕВИЧ, Дмитрий Михайлович)), Belarus; DOB 07 May 1974; POB Belarus; nationality Belarus; Gender Male; Passport BM2229283 (Belarus) expires 31 Jul 2024; National ID No. 3070574E057PB8 (Belarus) (individual) [BELARUS-EO14038].

ZAMULKO, Ruslan, Moscow, Russia; DOB 25 Jun 1970; POB Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. HB698865 (Ukraine) (individual) [CYBER2] (Linked To: EVIL CORP).

ZAND, Mehdi, Iran; DOB 06 Apr 1986; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0386329192 (Iran) (individual) [IRAN-CON-ARMS-EO] (Linked To: QODS AVIATION INDUSTRIES).

ZANGA S.A.S., Carrera 49 C #102-57 104, Barranquilla, Colombia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Mar 2015; NIT # 9008900295 (Colombia); Identification Number 1700344853100000 (Colombia) [SDGT] (Linked To: HELBAWI, Mahdy Akil).

ZANGAN DISTRIBUTION TRANSFORMER CO, 5th Km of Zanjan-Tehran Road, Zanjan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v) [IFCA].

ZANGANEH, Bijan, Iran; DOB Mar 1952; alt. DOB Mar 1953; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT]

[IFSR] (Linked To: MINISTRY OF PETROLEUM).

ZANGANEH, Tooraj Dehghani (a.k.a. ZANGANEH, Touraj; a.k.a. ZANGENE, Touraj Dehgani; a.k.a. ZANGENEH, Touraj Dehghani), Iran; DOB 05 Aug 1958; POB Kermanshah, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: MERAJ AIR).

ZANGANEH, Touraj (a.k.a. ZANGANEH, Tooraj Dehghani; a.k.a. ZANGENE, Touraj Dehgani; a.k.a. ZANGENEH, Touraj Dehghani), Iran; DOB 05 Aug 1958; POB Kermanshah, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: MERAJ AIR).

ZANGANEH, Vian (a.k.a. ZANGANEH, Viyan); DOB 23 Sep 1974; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E34651195 (Iran) expires 26 Aug 2020 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZANGANEH, Viyan (a.k.a. ZANGANEH, Vian); DOB 23 Sep 1974; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E34651195 (Iran) expires 26 Aug 2020 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZANGENE, Touraj Dehgani (a.k.a. ZANGANEH, Tooraj Dehghani; a.k.a. ZANGANEH, Touraj; a.k.a. ZANGENEH, Touraj Dehghani), Iran; DOB 05 Aug 1958; POB Kermanshah, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: MERAJ AIR).

ZANGENEH, Touraj Dehghani (a.k.a. ZANGANEH, Tooraj Dehghani; a.k.a. ZANGANEH, Touraj; a.k.a. ZANGENE, Touraj

Dehgani), Iran; DOB 05 Aug 1958; POB Kermanshah, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: MERAJ AIR).

ZANIN, Vladislav Yuryevich, St. Petersburg, Russia; DOB 06 Nov 1967; POB Primorsky Krai, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 713295132 (Russia); National ID No. 4012702574 (individual) [CYBER2] (Linked To: NPP PT OKEANOS, AO).

ZANJAN ACID MAKERS (a.k.a. ZANJAN ACID MAKERS AND ALVAND ROUINKARAN; a.k.a. ZANJAN ACID PRODUCTION COMPANY; a.k.a. ZANJAN ACID SAZAN), The end of the Tenth Bahrevari Street, Zinc Industrial Town, 5 km off Bijar Road, Zanjan, Iran; Website www.acidsazan.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: CALCIMIN).

ZANJAN ACID MAKERS AND ALVAND ROUINKARAN (a.k.a. ZANJAN ACID MAKERS; a.k.a. ZANJAN ACID PRODUCTION COMPANY; a.k.a. ZANJAN ACID SAZAN), The end of the Tenth Bahrevari Street, Zinc Industrial Town, 5 km off Bijar Road, Zanjan, Iran; Website www.acidsazan.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: CALCIMIN).

ZANJAN ACID PRODUCTION COMPANY (a.k.a. ZANJAN ACID MAKERS; a.k.a. ZANJAN ACID MAKERS AND ALVAND ROUINKARAN; a.k.a. ZANJAN ACID SAZAN), The end of the Tenth Bahrevari Street, Zinc Industrial Town, 5 km off Bijar Road, Zanjan, Iran; Website www.acidsazan.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: CALCIMIN).

ZANJAN ACID SAZAN (a.k.a. ZANJAN ACID MAKERS; a.k.a. ZANJAN ACID MAKERS AND ALVAND ROUINKARAN; a.k.a. ZANJAN ACID PRODUCTION COMPANY), The end of the Tenth Bahrevari Street, Zinc Industrial Town, 5 km off Bijar Road, Zanjan, Iran; Website www.acidsazan.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: CALCIMIN).

ZANJANI, Babak Morteza (Arabic: بابک زنجانی), United Arab Emirates; DOB 12 Mar 1974; POB Tehran, Iran; nationality Iran; alt. nationality United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13902].

ZAO ABSOLYUTBANK (Cyrillic: ЗАО АБСОЛЮТБАНК) (a.k.a. ABSOLUTBANK; a.k.a. CJSC ABSOLUTBANK; a.k.a. CLOSED JOINT STOCK COMPANY ABSOLUTBANK; a.k.a. ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ABSALYUTBANK (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АБСАЛЮТБАНК); a.k.a. ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ABSOLYUTBANK (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО АБСОЛЮТБАНК); a.k.a. ZAT ABSALYUTBANK (Cyrillic: ЗАТ АБСАЛЮТБАНК)), 95 Nezavisimosti ave, Minsk 220023, Belarus; SWIFT/BIC ABLTBY22; Website www.absolutbank.by; Organization Established Date 30 Mar 2000; Target Type Financial Institution; Registration Number 100331707 (Belarus) [BELARUS-EO14038].

ZAO AKUTA (Cyrillic: ЗАО АКУТА) (a.k.a. CJSC AKUTA; a.k.a. CLOSED JOINT STOCK COMPANY AKUTA (Cyrillic: ЗАКРЫТОЕ АКЦОНЕРНОЕ ОБЩЕСТВО АКУТА); a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO AKUTA; a.k.a. "ACUTA" (Cyrillic: "АКУТА")), Ul. Pionerskaya D. 44, Saint Petersburg 197110, Russia; Website www.acuta.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Sep 2008; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7813426574 (Russia); Registration Number 1089847377586 (Russia) [RUSSIA-EO14024].

ZAO AO KVORUM (a.k.a. JOINT STOCK COMPANY QUORUM), Per. 2-I Kozhevnicheskii D. 12, Moscow 115114, Russia; Sh. Entuziastov D. 31D, Moscow 111123, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720123993 (Russia); Registration Number 1027700422628 (Russia) [RUSSIA-EO14024].

ZAO BIOGRAD (a.k.a. BIOGRAD LLC; a.k.a. BIOGRADE LTD; a.k.a. JSC BIOGRAD), Ul. Mira 14, Kv 630, Saint Petersburg 197101, Russia; Pr-kt Petrovskii D. 14, Lit. A, Pom. 19N, Saint Petersburg 197110, Russia; Torzhkovskaya st. 5, BC Optima, Saint Petersburg 197342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813030678 (Russia); Registration Number 1027806867670 (Russia) [RUSSIA-EO14024].

ZAO BUDAPHONE LTD, per. Oktyabrskii d. 12, Moscow 127019, Russia; nab. Berezhkovskaya d. 16, k. 2, kom. 507, Moscow 121059, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7710015364 (Russia); Registration Number 1027739590999 (Russia) [RUSSIA-EO14024].

ZAO GTME TEKHNOLOGII, Str. Fatyanova 43, Bishkek 720001, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Jun 2022; Tax ID No. 02806202210325 (Kyrgyzstan) [RUSSIA-EO14024].

ZAO 'INSTITUTE GIPROSTROYMOST SAINT-PETERSBURG' (a.k.a. AO 'INSTITUTE GIPROSTROYMOST-SAINT-PETERSBURG'; a.k.a. AO 'INSTITUTE GIPROSTROYMOST-SANKT-PETERBURG'; f.k.a. INSTITUT GIPROSTROIMOST-SANKT-PETERBURG, ZAO; a.k.a. JSC 'INSTITUTE GIPROSTROYMOST-SAINT-PETERSBURG'; a.k.a. JSC 'INSTITUTE GIPROSTROYMOST-SANKT-PETERBURG'), 7 Yablochkova Street, St. Petersburg 197198, Russia; Website www.gpsm.ru; Email Address office@gpsm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037828021660 (Russia); Tax ID No. 7826717210 (Russia); Government Gazette Number 53289443 (Russia) [UKRAINE-EO13685].

ZAO MPFK ALKOR (a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO MNOGOPROFILNAYA PROIZVODSTVENNAYA KOMMERCHESKAYA FIRMA ALKOR), Ul. Veteranov Truda D.46, Tyumen 625017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

7204015103 (Russia); Registration Number 1027200774040 (Russia) [RUSSIA-EO14024].

ZAO MUNAY MYRZA (a.k.a. MUNAI MYRZA CJSC), 8 Microdistrict 28 A Oktyabrskiy, Bishkek 720001, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 01709199810113 (Kyrgyzstan); Business Registration Number 21984762 (Kyrgyzstan) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM NEFT).

ZAO NNK (Cyrillic: ЗАО ННК) (a.k.a. CJSC NNK; a.k.a. CLOSED JOINT-STOCK COMPANY NEW OIL COMPANY; a.k.a. NOVAIA NAFTAVAIA KAMPANIA; a.k.a. ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA NOVAYA NAFTAVAYA KAMPANIYA (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА НОВАЯ НАФТАВАЯ КАМПАНІЯ); a.k.a. ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO NOVAYA NEFTYANAYA KOMPANIYA (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НОВАЯ НЕФТЯНАЯ КОМПАНИЯ); a.k.a. ZAT NNK (Cyrillic: ЗАТ ННК); a.k.a. "NEW OIL COMPANY"), ul. Rakovskaya, d. 14B, kab. 7 (5th floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В, каб. 7 (5 этаж), г. Минск 220004, Belarus); Organization Established Date 23 Mar 2020; Registration Number 193402282 (Belarus) [BELARUS-EO14038].

ZAO NPF DOLOMANT (a.k.a. NAUCHNO PROIZVODSTVENNAYA FIRMA DOLOMANT; a.k.a. SCIENTIFIC PRODUCTION COMPANY DOLOMANT), Ul. Vvedenskogo D. 3, Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728512529 (Russia); Registration Number 1047796326137 (Russia) [RUSSIA-EO14024].

ZAO NPF RADIOTEKHKOMPLEKT (a.k.a. NPF-RADIOTEKHKOMPLEKT AO; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NPF RADIOTEKHKOMPLEKT), ul. 1-ya Khutorskaya d. 14, kv. 48, Moscow 127287, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714741462 (Russia); Registration Number 1087746661925 (Russia) [RUSSIA-EO14024].

ZAO NTK AZIMUTH PHOTONICS (a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND TECHNICAL COMPANY AZIMUT PHOTONICS), Ul. Lipetskaya D. 10, K. 2, KV 125, Moscow 115404, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706724914 (Russia); Registration Number 1097746561219 (Russia) [RUSSIA-EO14024].

ZAO NTTS MODUL (Cyrillic: ЗАО НТЦ МОДУЛЬ) (a.k.a. CJSC STC MODUL; a.k.a. CLOSED JOINT STOCK COMPANY SCIENTIFIC AND TECHNICAL CENTER MODUL (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНО ОБЩЕСТВО НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР МОДУЛЬ)), D.3 Ul.4-ya Vosmogo Marta, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Aug 1992; Tax ID No. 7714009178 (Russia); Registration Number 1037739183892 (Russia) [RUSSIA-EO14024].

ZAO NTTS PEREDOVYE SISTEMY (Cyrillic: ЗАО НТЦ ПЕРЕДОВЫЕ СИСТЕМЫ) (a.k.a. CJSC NTTS PEREDOVYE SISTEMY; a.k.a. FORWARD SYSTEMS, R AND DC; a.k.a. FORWARD SYSTEMS, R&DC), 20B Glebovskaya st., Moscow 107258, Russia; ul. Glebovskaya, d. 20B, Moscow 107258, Russia; Website www.forsys.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 May 1997; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7718124608 (Russia); Business Registration Number 1027700530329 (Russia) [RUSSIA-EO14024].

ZAO OKB SPEKTR (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OKB SPEKTR; a.k.a. OKB SPECTR LLC; a.k.a. OKB SPEKTR OOO), Ul. Chugunnaya D. 20, Korp. 111, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Mar 1993; Tax ID No. 7804585151 (Russia); Government Gazette Number 23109231 (Russia); Registration Number 1167847477291 (Russia) [RUSSIA-EO14024].

ZAO PRSD (a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO PERVYI SPETSIALIZIROVANNYI DEPOZITARII), 4-YA Ul. 8 Marta D. 6A, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7710198911 (Russia);

Registration Number 1027700373678 (Russia) [RUSSIA-EO14024].

ZAO REESTR (a.k.a. AO REESTR), Per. Bolshoi Balkanskii D. 20, Str. 1, Moscow 129090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7704028206 (Russia); Registration Number 1027700047275 (Russia) [RUSSIA-EO14024].

ZAO RSK TEKHNOLOGII (a.k.a. CLOSED JOINT STOCK COMPANY RSK TECHNOLOGIES (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО РСК ТЕХНОЛОГИИ); a.k.a. RSC GROUP; a.k.a. RSK GROUP OF COMPANIES), 36 Kutuzovskiy Avenue, Building 23, Moscow, Moscow Region 121170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7730635550 (Russia); Registration Number 1107746991087 (Russia) [RUSSIA-EO14024].

ZAO RTSLT (a.k.a. REGIONAL CENTER FOR LASER TECHNOLOGIES CJSC; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO REGIONALNYI TSENTR LAZERNYKH TEKHNOLOGII), Ul. Frontovykh Brigad D. 18, 2-aya Prokhodnaya, Yekaterinburg 620017, Russia; Ul. Lunacharskogo Soor. 31, Yekaterinburg 620133, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6659042028 (Russia); Registration Number 1026602958250 (Russia) [RUSSIA-EO14024].

ZAO SI PROEKT (a.k.a. JOINT STOCK COMPANY SEA PROJECT), Ul. Marshala Govorova D. 52, Saint Petersburg 198095, Russia; Pl. Konstitutsii D. 7, Lit. A, Pom. 146N, Saint Petersburg 196191, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7825503960 (Russia); Registration Number 1037843083849 (Russia) [RUSSIA-EO14024].

ZAO SNGB (a.k.a. CLOSED JOINT STOCK COMPANY SURGUTNEFTEGASBANK; a.k.a. JOINT STOCK COMPANY SURGUTNEFTEGASBANK; a.k.a. JSC BANK SNGB; a.k.a. SNGB AO), 19 Kukuyevitskogo Street, Surgut 628400, Russia; Website www.sngb.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Registration ID 1028600001792 (Russia); Tax ID No. 8602190258 (Russia); For more information, please reference the following link: http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/OFAC-Recent-Actions.aspx [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURGUTNEFTEGAS).

ZAO SPA-OTEL VESNA (Cyrillic: ЗАО СПА-ОТЕЛЬ ВЕСНА) (f.k.a. OAO KOTEHK VESNA; a.k.a. VESNA HOTEL AND SPA), Ul. Lenina, D. 219A, Sochi 354364, Russia; Registration ID 1022302715214 (Russia); Tax ID No. 2317011051 (Russia); alt. Tax ID No. 231701001 (Russia); Identification Number 04816460 (Russia) [TCO].

ZAO SVETLANA EP (a.k.a. AO SVETLANA ELEKTRONPRIBOR; a.k.a. SVETLANA ELECTRONPRIBOR), PR-KT Engelsa, D. 27, Saint Petersburg 194156, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802070277 (Russia); Registration Number 1027801543241 (Russia) [RUSSIA-EO14024].

ZAO SVETLANA POLUPROVODNIKI (a.k.a. JSC SVETLANA POLUPROVODNIKI; a.k.a. SVETLANA POLUPROVODNIKI PAO; a.k.a. SVETLANA SEMICONDUCTORS STOCK COMPANY), 27, Engels Prospect, Saint Petersburg 194156, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802002037 (Russia); Registration Number 1027801534485 (Russia) [RUSSIA-EO14024].

ZAO TOP SISTEMY (a.k.a. CLOSED JOINT STOCK COMPANY TOP SYSTEMS; a.k.a. TOP SYSTEMS LTD.; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO TOP SISTEMY), Ul. Kirovogradskaya D.5, Kv.35, Moscow 117587, Russia; 1 Timiryazevskaya St., Moscow 127422, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726057955 (Russia); Registration Number 1037700101163 (Russia) [RUSSIA-EO14024].

ZAO TSFT (a.k.a. CENTRE OF FINANCIAL TECHNOLOGIES GROUP), Ul. Shaturskaya D. 2, Novosibirsk 630055, Russia; Ul. Tekhnoparkovaya Str. 1, Office 208, Koltsovo 630559, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5407125059 (Russia); Registration Number 1025403199689 (Russia) [RUSSIA-EO14024].

ZAO VAD (a.k.a. AKTSIONERNOE OBSHCHESTVO VAD; a.k.a. AO, VAD; a.k.a. CJSC VAD; a.k.a. JOINT STOCK COMPANY VAD; a.k.a. JSC VAD; a.k.a. VAD, AO; a.k.a. "HIGH-QUALITY HIGHWAYS"), 133, ul. Chernyshevskogo, Vologda, Vologodskaya Obl 160019, Russia; 122 Grazhdanskiy Prospect, Suite 5, Liter A, St. Petersburg 195267, Russia; Website www.zaovad.com; Email Address office@zaovad.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037804006811 (Russia); Tax ID No. 7802059185 (Russia); Government Gazette Number 34390716 (Russia) [UKRAINE-EO13685].

ZAO VANKORNEFT (a.k.a. CJSC VANKORNEFT; a.k.a. VANKORNEFT), Dobrovolcheskoy Brigady St., 15, Krasnoyarsk Territory 660077, Russia; Ul. 78 Dobrovolcheskoi Brigady D. 15, Pervaya Bashnya, Floor 9, Krasnoyarsk 660077, Russia; Ul. Shadrina A.E. D. 20, Turukhansk 663230, Russia; Email Address info@vankoroil.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2437261631 (Russia); Registration Number 1042400920077 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

ZAO VNESHTORGSERVIS, 1 Geroyev Street, Tskhinval, South Ossetia, Georgia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC; Linked To: LUHANSK PEOPLE'S REPUBLIC).

ZAO ZAVOD YUPITER (a.k.a. JOINT STOCK COMPANY JUPITER PLANT; a.k.a. JSC ZAVOD YUPITER), Ul. Pobedy D. 107, Korp. 1, Valday 175400, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7838027959 (Russia); Registration Number 1057806863883 (Russia) [RUSSIA-EO14024].

ZAO ZOLOTOI SHAR (a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO ZOLOTOI SHAR), Ul. Chasovaya D. 9, Moscow 125315, Russia; 16 Krasnoproletarskaya, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714794802 (Russia); Registration Number 1097746755545 (Russia) [RUSSIA-EO14024].

ZAPATA BERRIO, Jorge Oswaldo (a.k.a. "JONAS"); DOB 15 May 1979; POB Bello, Antioquia, Colombia; Cedula No. 71216000 (Colombia) (individual) [SDNTK] (Linked To: MOTOS Y REPUESTOS JOTA).

ZAPATA GARZON, Jhon Fredy (a.k.a. ZAPATA GARZON, John Fredy; a.k.a. "CANDADO"; a.k.a. "CANDADO MESSI"; a.k.a. "TUSO"), Vereda El Silencio, Carepa, Antioquia 05147, Colombia; Av. Cra. 7, No. 130-00, Bogota, Colombia; Carrera 78, Barrio Pueblo Nuevo, Verada Carepa, Apartado, Antioquia 00829455, Colombia; Finca El Reposo, Vereda Aguas Claras, Necocli, Antioquia 034937, Colombia; Finca Mariancel N-1, Vereda Aguas Claras, Necocli, Antioquia 034938, Colombia; Finca La Diana, Finca Mariancel N-5, Vereda Aguas Claras, Necocli, Antioquia 03414390, Colombia; Finca Aguas Claritas, Finca Mariancel N-3, Vereda Aguas Claras, Necocli, Antioquia 03417, Colombia; El Billar, Vereda Cacique, La Tebaida, Quindio 28040222, Colombia; Transversal 21 No. 18-180 Unid. Residencial Senderos De La Pradera P.H. Apto. 202 Torre 3, Dosquebradas, Risaralda 29474418, Colombia; DOB 11 Apr 1978; POB Chigorodo, Antioquia, Colombia; nationality Colombia; Gender Male; Cedula No. 71253351 (Colombia); Passport AS700605 (Colombia) (individual) [SDNTK] (Linked To: CLAN DEL GOLFO).

ZAPATA GARZON, John Fredy (a.k.a. ZAPATA GARZON, Jhon Fredy; a.k.a. "CANDADO"; a.k.a. "CANDADO MESSI"; a.k.a. "TUSO"), Vereda El Silencio, Carepa, Antioquia 05147, Colombia; Av. Cra. 7, No. 130-00, Bogota, Colombia; Carrera 78, Barrio Pueblo Nuevo, Verada Carepa, Apartado, Antioquia 00829455, Colombia; Finca El Reposo, Vereda Aguas Claras, Necocli, Antioquia 034937, Colombia; Finca Mariancel N-1, Vereda Aguas Claras, Necocli, Antioquia 034938, Colombia; Finca La Diana, Finca Mariancel N-5, Vereda Aguas Claras, Necocli, Antioquia 03414390, Colombia; Finca Aguas Claritas, Finca Mariancel N-3, Vereda Aguas Claras, Necocli, Antioquia 03417, Colombia; El Billar, Vereda Cacique, La Tebaida, Quindio 28040222, Colombia; Transversal 21 No. 18-180 Unid. Residencial

Senderos De La Pradera P.H. Apto. 202 Torre 3, Dosquebradas, Risaralda 29474418, Colombia; DOB 11 Apr 1978; POB Chigorodo, Antioquia, Colombia; nationality Colombia; Gender Male; Cedula No. 71253351 (Colombia); Passport AS700605 (Colombia) (individual) [SDNTK] (Linked To: CLAN DEL GOLFO).

ZAPATA GARZON, Tatiana Margarid (a.k.a. ZAPATA GARZON, Tatiana Marguerid), Apartado, Antioquia, Colombia; DOB 28 Aug 1983; POB Antioquia, Colombia; nationality Colombia; Gender Female; Cedula No. 39426288 (Colombia) (individual) [SDNTK].

ZAPATA GARZON, Tatiana Marguerid (a.k.a. ZAPATA GARZON, Tatiana Margarid), Apartado, Antioquia, Colombia; DOB 28 Aug 1983; POB Antioquia, Colombia; nationality Colombia; Gender Female; Cedula No. 39426288 (Colombia) (individual) [SDNTK].

ZAPOLYARNAYA STROITELNAYA KOMPANIYA (a.k.a. LIMITED LIABILITY COMPANY POLAR CONSTRUCTION COMPANY; a.k.a. LIMITED LIABILITY ZAPOLARNAYA CONSTRUCTION COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ZAPOLYARNAYA STROITELNAYA KOMPANIYA; a.k.a. "ZSK OOO"), Ul. Betonnaya D. 13A, Pomeshch. I/Floor 2, Staraya Kupavna 142450, Russia; 8, ul. Taimyrskaya, Norilsk, Krasnoyarsk region 663330, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2457061775 (Russia); Registration Number 1062457022880 (Russia) [RUSSIA-EO14024].

ZAPOROZHYE NPP FEDERAL STATE UNITARY ENTERPRISE (a.k.a. FEDERAL STATE UNITARY ENTERPRISE ZAPORIZHZHYA NUCLEAR POWER PLANT; a.k.a. FSUE ZAPOROZHSKAYA NPP; a.k.a. "ZNPP FSUE"), Ul. promyshlennaya d. 133, Enerhodar, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Oct 2022; Target Type State-Owned Enterprise; Tax ID No. 7743394421 (Russia); Registration Number 1227700644270 (Russia) [RUSSIA-EO14024].

ZAPSIBCOMBANK (a.k.a. WEST SIBERIAN COMMERCIAL BANK; a.k.a. WEST SIBERIAN COMMERCIAL BANK PJSC; a.k.a. WEST SIBERIAN COMMERCIAL BANK PUBLIC JOINT STOCK COMPANY), 1, 8 March Street, Tyumen, Tyumenskaya Oblast 625000, Russia; Website http://www.zapsibkombank.ru; alt. Website http://www.wscb.ru; BIK (RU)

047102613; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

ZARA SHIPHOLDING CO, Office 121/C, NBC Complex, Plot 43, Sector 11, CBD Belapur, Mumbai, India; Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Sea and coastal freight water transport; Identification Number IMO 6485466 [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ARCTIC LNG 2).

ZARAND IRANIAN STEEL CO (a.k.a. ZARAND IRANIAN STEEL COMPANY; a.k.a. "ZISCO"), No. 35, flats No. 3 and 4, 2nd Floor, Street No. 27, Tehran, West Kordestan, Iran; No. 113, Between Soleiman Khater & Sohrawardi Street, Motahari Avenue, Tehran 1576918911, Iran; PO Box 1437747334, Tehran, Iran; Website http://zisco.midhco.com/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2011; National ID No. 333265 (Iran) [IRAN-EO13871].

ZARAND IRANIAN STEEL COMPANY (a.k.a. ZARAND IRANIAN STEEL CO; a.k.a. "ZISCO"), No. 35, flats No. 3 and 4, 2nd Floor, Street No. 27, Tehran, West Kordestan, Iran; No. 113, Between Soleiman Khater & Sohrawardi Street, Motahari Avenue, Tehran 1576918911, Iran; PO Box 1437747334, Tehran, Iran; Website http://zisco.midhco.com/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2011; National ID No. 333265 (Iran) [IRAN-EO13871].

ZARE PORTORGHI, Reza (a.k.a. ZAREPOUR TARAGHI, Reza; a.k.a. ZAREPUR TORGHI, Reza), Iran; DOB 28 Jul 1985; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0944825303 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARDISAN REZVAN SHARGH INTERNATIONAL PRIVATE JOINT STOCK COMPANY).

ZARE' ZAGHALCHALI GHADIR, Mohammad Reza (a.k.a. GHADIR ZARE ZAGHALCHI, Mohammad Reza), Square Nowbonyad, Town Shahid Raja'i-Boluk 2 T 5 and 22 P, Tehran, Iran; DOB 24 Aug 1975; POB Sary, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2092614517 (Iran) (individual) [NPWMD] [IFSR].

ZARE, Ali (Arabic: على زارع), Tehran, Iran; DOB 23 Mar 1980; POB Asadabad, Hamedan, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 4011413593 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: AZADEGAN TRANSPORTATION COMPANY).

ZARE, Majid (a.k.a. RUQAYYAH, Abu; a.k.a. ZAREE, Majid), Iran; DOB 29 Sep 1977; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZARECHE-4 OOO (Cyrillic: ООО ЗАРЕЧЬЕ-4), Alleya Berezovaya 2, Odintsovo, 143085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032999641; Business Registration Number 1145000006832 (Russia) [RUSSIA-EO14024] (Linked To: SHUVALOV, Igor Ivanovich).

ZARECHE-OKA OOO (a.k.a. ZARECHYE-OKA), pl. 178 Aviapolka d. 4, s. Lipitsy, Serpukhov 142261, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Dec 2001; Organization Type: Growing of vegetables and melons, roots and tubers; Tax ID No. 5077014333 (Russia); Registration Number 1025007774538 (Russia) [RUSSIA-EO14024] (Linked To: IMENIE TSARGRAD OOO).

ZARECHYE-OKA (a.k.a. ZARECHE-OKA OOO), pl. 178 Aviapolka d. 4, s. Lipitsy, Serpukhov 142261, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Dec 2001; Organization Type: Growing of vegetables and melons, roots and tubers; Tax ID No. 5077014333 (Russia); Registration Number 1025007774538 (Russia) [RUSSIA-EO14024] (Linked To: IMENIE TSARGRAD OOO).

ZAREE, Majid (a.k.a. RUQAYYAH, Abu; a.k.a. ZARE, Majid), Iran; DOB 29 Sep 1977; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZAREIKAJOSANGI, Hamid (Arabic: حمید زارعی کجوسنگی), Iran; DOB 20 May 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport E54687879 (Iran) expires 28 Sep 2026 (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZAREPOUR TARAGHI, Reza (a.k.a. ZARE PORTORGHI, Reza; a.k.a. ZAREPUR TORGHI, Reza), Iran; DOB 28 Jul 1985; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0944825303 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARDISAN REZVAN SHARGH INTERNATIONAL PRIVATE JOINT STOCK COMPANY).

ZAREPOUR, Eisa (Arabic: عیسی زارعپور) (a.k.a. ZAREPOUR, Isa; a.k.a. ZAREPOUR, Issa), Iran; DOB 21 Apr 1980; POB Eslamabad-e Gharb, Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport E96027104 (Iran) expires 29 Sep 2020; alt. Passport U39823438 (Iran) expires 13 Nov 2021; alt. Passport E20082749 (Iran) expires 21 Jan 2016; National ID No. 3341246576 (Iran) (individual) [IRAN-TRA].

ZAREPOUR, Isa (a.k.a. ZAREPOUR, Eisa (Arabic: عیسی زارعپور); a.k.a. ZAREPOUR, Issa), Iran; DOB 21 Apr 1980; POB Eslamabad-e Gharb, Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport E96027104 (Iran) expires 29 Sep 2020; alt. Passport U39823438 (Iran) expires 13 Nov 2021; alt. Passport E20082749 (Iran) expires 21 Jan 2016; National ID No. 3341246576 (Iran) (individual) [IRAN-TRA].

ZAREPOUR, Issa (a.k.a. ZAREPOUR, Eisa (Arabic: عیسی زارعپور); a.k.a. ZAREPOUR, Isa), Iran; DOB 21 Apr 1980; POB Eslamabad-e Gharb, Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport E96027104 (Iran) expires 29 Sep 2020; alt. Passport U39823438 (Iran) expires 13 Nov 2021; alt. Passport E20082749 (Iran) expires 21 Jan 2016; National ID No. 3341246576 (Iran) (individual) [IRAN-TRA].

ZAREPUR TORGHI, Reza (a.k.a. ZARE PORTORGHI, Reza; a.k.a. ZAREPOUR TARAGHI, Reza), Iran; DOB 28 Jul 1985; POB Mashhad, Iran; nationality Iran; Additional

Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0944825303 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARDISAN REZVAN SHARGH INTERNATIONAL PRIVATE JOINT STOCK COMPANY).

ZARGAR BAB ALDASHTI, Abed (a.k.a. ZARGAR BAB ALDASHTI, Abid; a.k.a. ZARGARBABODDASHTI, Abed), Isfahan, Iran; DOB 05 Jul 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0069233888 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SAMAN TEJARAT BARMAN TRADING COMPANY).

ZARGAR BAB ALDASHTI, Abid (a.k.a. ZARGAR BAB ALDASHTI, Abed; a.k.a. ZARGARBABODDASHTI, Abed), Isfahan, Iran; DOB 05 Jul 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0069233888 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SAMAN TEJARAT BARMAN TRADING COMPANY).

ZARGAR BAB ALDASHTI, Hamed (a.k.a. ZARGARBABODDASHTI, Hamed; a.k.a. ZARGARBABOLDASHTI, Hamed), Isfahan, Iran; Dubai, United Arab Emirates; DOB 27 Apr 1977; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0069074771 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SAMAN TEJARAT BARMAN TRADING COMPANY).

ZARGAR BAB ALDASHTI, Zahra (a.k.a. ZARGAR BABODDASHTI, Zahra), Isfahan, Iran; DOB 28 Jul 2003; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 1274057711 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SAMAN TEJARAT BARMAN TRADING COMPANY).

ZARGAR BABODDASHTI, Zahra (a.k.a. ZARGAR BAB ALDASHTI, Zahra), Isfahan, Iran; DOB 28 Jul 2003; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 1274057711 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SAMAN TEJARAT BARMAN TRADING COMPANY).

ZARGAR TEHRANI, Mohammad Ebrahim (a.k.a. ZARGAR TEHRANI, Mohammad Mohammad Ebrahim (Arabic: محمد محمد ابراهیم زرگر طهرانی); a.k.a. "JAHANI, Milad"), Iran; DOB 16 Sep 1983; nationality Iran; Additional Sanctions

Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0070235759 (Iran) (individual) [SDGT] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

ZARGAR TEHRANI, Mohammad Mohammad Ebrahim (Arabic: محمد محمد ابراهیم زرگر طهرانی) (a.k.a. ZARGAR TEHRANI, Mohammad Ebrahim; a.k.a. "JAHANI, Milad"), Iran; DOB 16 Sep 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0070235759 (Iran) (individual) [SDGT] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

ZARGARBABODDASHTI, Abed (a.k.a. ZARGAR BAB ALDASHTI, Abed; a.k.a. ZARGAR BAB ALDASHTI, Abid), Isfahan, Iran; DOB 05 Jul 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0069233888 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SAMAN TEJARAT BARMAN TRADING COMPANY).

ZARGARBABODDASHTI, Hamed (a.k.a. ZARGAR BAB ALDASHTI, Hamed; a.k.a. ZARGARBABOLDASHTI, Hamed), Isfahan, Iran; Dubai, United Arab Emirates; DOB 27 Apr 1977; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0069074771 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SAMAN TEJARAT BARMAN TRADING COMPANY).

ZARGARBABOLDASHTI, Hamed (a.k.a. ZARGAR BAB ALDASHTI, Hamed; a.k.a. ZARGARBABODDASHTI, Hamed), Isfahan, Iran; Dubai, United Arab Emirates; DOB 27 Apr 1977; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0069074771 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SAMAN TEJARAT BARMAN TRADING COMPANY).

ZARGARI, Ghodrat (a.k.a. ZARGARI, Ghodratollah); DOB 1944; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

ZARGARI, Ghodratollah (a.k.a. ZARGARI, Ghodrat); DOB 1944; Additional Sanctions

Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

ZARGHAMI, Ezatollah (a.k.a. ZARGHAMI, Ezzatollah); DOB 1959; POB Dezful, Khuzentan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Title Director, Islamic Republic of Iran Broadcasting (individual) [IRAN-TRA].

ZARGHAMI, Ezzatollah (a.k.a. ZARGHAMI, Ezatollah); DOB 1959; POB Dezful, Khuzentan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Title Director, Islamic Republic of Iran Broadcasting (individual) [IRAN-TRA].

ZARGON, Abdulhadi (a.k.a. AL-WARFALI, Abdelhadi al-Hussain Zargoun; a.k.a. AL-WARFALLI, Abd al-Hadi Zarqun; a.k.a. EL-OUARFALI, Abdelhadi el-Houssein Zirgoune; a.k.a. ZARGOON, Al Hadi; a.k.a. ZARGUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARGUN, Abd-al-Hadi; a.k.a. ZARQUN, Abd al Hadi; a.k.a. ZARQUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARQUN, Abd-al-Hadi Al Husayn Al Shabani), Libya; DOB 1983; POB Sirte, Libya; nationality Libya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H/188292 (Libya); National ID No. 123844 (Libya) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ZARGOON, Al Hadi (a.k.a. AL-WARFALI, Abdelhadi al-Hussain Zargoun; a.k.a. AL-WARFALLI, Abd al-Hadi Zarqun; a.k.a. EL-OUARFALI, Abdelhadi el-Houssein Zirgoune; a.k.a. ZARGON, Abdulhadi; a.k.a. ZARGUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARGUN, Abd-al-Hadi; a.k.a. ZARQUN, Abd al Hadi; a.k.a. ZARQUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARQUN, Abd-al-Hadi Al Husayn Al Shabani), Libya; DOB 1983; POB Sirte, Libya; nationality Libya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H/188292 (Libya); National ID No. 123844 (Libya) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ZARGORSK INSTITUTE (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

ZARGUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani (a.k.a. AL-WARFALI, Abdelhadi al-Hussain Zargoun; a.k.a. AL-WARFALLI, Abd al-Hadi Zarqun; a.k.a. EL-OUARFALI, Abdelhadi el-Houssein Zirgoune; a.k.a. ZARGON, Abdulhadi; a.k.a. ZARGOON, Al Hadi; a.k.a. ZARGUN, Abd-al-Hadi; a.k.a. ZARQUN, Abd al Hadi; a.k.a. ZARQUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARQUN, Abd-al-Hadi Al Husayn Al Shabani), Libya; DOB 1983; POB Sirte, Libya; nationality Libya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H/188292 (Libya); National ID No. 123844 (Libya) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ZARGUN, Abd-al-Hadi (a.k.a. AL-WARFALI, Abdelhadi al-Hussain Zargoun; a.k.a. AL-WARFALLI, Abd al-Hadi Zarqun; a.k.a. EL-OUARFALI, Abdelhadi el-Houssein Zirgoune; a.k.a. ZARGON, Abdulhadi; a.k.a. ZARGOON, Al Hadi; a.k.a. ZARGUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARQUN, Abd al Hadi; a.k.a. ZARQUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARQUN, Abd-al-Hadi Al Husayn Al Shabani), Libya; DOB 1983; POB Sirte, Libya; nationality Libya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H/188292 (Libya); National ID No. 123844 (Libya) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ZARGUN, Abd-al-Hadi (a.k.a. AL-WARFALI, Abdelhadi al-Hussain Zargoun; a.k.a. AL-WARFALLI, Abd al-Hadi Zarqun; a.k.a. EL-OUARFALI, Abdelhadi el-Houssein Zirgoune; a.k.a. ZARGON, Abdulhadi; a.k.a. ZARGOON, Al Hadi; a.k.a. ZARGUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARGUN, Abd al Hadi; a.k.a. ZARQUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARQUN, Abd-al-Hadi Al Husayn Al Shabani), Libya; DOB 1983; POB Sirte, Libya; nationality Libya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H/188292 (Libya); National ID No. 123844 (Libya) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

OUARFALI, Abdelhadi el-Houssein Zirgoune; a.k.a. ZARGON, Abdulhadi; a.k.a. ZARGOON, Al Hadi; a.k.a. ZARGUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARQUN, Abd al Hadi; a.k.a. ZARQUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARQUN, Abd-al-Hadi Al Husayn Al Shabani), Libya; DOB 1983; POB Sirte, Libya; nationality Libya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H/188292 (Libya); National ID No. 123844 (Libya) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ZARIC, Simo; DOB 25 Jul 1948; POB Trnjak, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

ZARIF KHONSARI, Mohammad Javad (a.k.a. ZARIF, Mohammad Javad; a.k.a. "ZARIF, Javad"), Iran; DOB 08 Jan 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

ZARIF, Mohammad Javad (a.k.a. ZARIF KHONSARI, Mohammad Javad; a.k.a. "ZARIF, Javad"), Iran; DOB 08 Jan 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

ZARIN PERSIA INVESTMENT, Iran [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

ZARIN QALAM AND CO. MONEY EXCHANGE (a.k.a. ZARRIN GHALAM AND PARTNERS COMPANY (Arabic: شرکت زرین قلم و شرکاء); a.k.a. ZARRIN GHALAM AND PARTNERS EXCHANGE (Arabic: صرافی زرین قلم و شرکاء); a.k.a. ZARRIN GHALAM AND PARTNERS LIMITED LIABILITY COMPANY (Arabic: شرکت تضامنی زرین قلم و شرکاء)), Unit 5, Ground Floor, Berelian Passage, No. 41, Mirdamad Boulevard, West Rudbar Street Mirdamad, Tehran, Iran; No. 45, corner of Berelian (Brilliant) Passage, Mirdamad Square, Mirdamad East Blvd., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 21 Aug 2005; National ID No. 10102936060 (Iran); Tax ID No. 411111883891 (Iran); Registration Number 253174 (Iran) [IRAN-EO13902].

ZARIN RAFSANJAN CEMENT COMPANY (a.k.a. RAFSANJAN CEMENT COMPANY; a.k.a. ZARRIN RAFSANJAN CEMENT COMPANY), 2nd Floor, No. 67, North Sindokht Street, West Dr. Fatemi Avenue, Tehran

1411953943, Iran; Website http://www.zarrincement.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ZARITSKY, Vladimir Nikolaevich (a.k.a. ZARITSKY, Vladimir Nikolayevich), Russia; DOB 15 Jun 1948; POB Ostany Village, Korosten District, Zhitomir region, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

ZARITSKY, Vladimir Nikolayevich (a.k.a. ZARITSKY, Vladimir Nikolaevich), Russia; DOB 15 Jun 1948; POB Ostany Village, Korosten District, Zhitomir region, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

ZARKAOUI, Imed Ben Mekki Ben Al-Akhdar (a.k.a. "NADRA"; a.k.a. "ZARGA"), Via Col. Aprosio 588, Vallecrosia, IM, Italy; DOB 15 Jan 1973; POB Tunisi (Tunisia); nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M174950 issued 27 Apr 1999 expires 26 Apr 2004; arrested 30 Sep 2002 (individual) [SDGT].

ZARKARI, Asad Khan (a.k.a. KHAN, Asad; a.k.a. KHAN, Haji Asad; a.k.a. KHAN, Mohammed; a.k.a. MOHADMMADHASNI, Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan Zarkari; a.k.a. MOHMMADHASNI, Asad Khan; a.k.a. MUHAMMADHASNI, Asad Khan; a.k.a. "ASAD, Haji"; a.k.a. "HAJI ABDULLAH"), Nimroz, Afghanistan; Kabul, Afghanistan; Karachi, Pakistan; Basalani, Afghanistan; Balochistan, Pakistan; Dubai, United Arab Emirates; DOB 01 Jan 1955; POB Nimroz, Afghanistan; citizen Afghanistan; Passport OR1126692 (Afghanistan) (individual) [SDNTK].

ZARKO VESELINOVIC B.I. (a.k.a. ZARKO VESELINOVIC B.I., S.T.R. KRISTAL), Kralja Petra I, Mitrovice 40000, Kosovo; Organization Established Date 21 Feb 2005; Registration Number 70234903 (Kosovo) [GLOMAG] (Linked To: VESELINOVIC, Zharko Jovan).

ZARKO VESELINOVIC B.I., S.T.R. KRISTAL (a.k.a. ZARKO VESELINOVIC B.I.), Kralja Petra I, Mitrovice 40000, Kosovo; Organization Established Date 21 Feb 2005; Registration Number 70234903 (Kosovo) [GLOMAG] (Linked To: VESELINOVIC, Zharko Jovan).

ZARON BIO-TECH (ASIA) LIMITED, 20A, Kiu Fu Commercial Building, 300 Lockhart Road, Wan Chai, Hong Kong, Hong Kong; Business Registration Document # 52153976 (Hong Kong); Company Number 1448837 (Hong Kong) [SDNTK] (Linked To: ZHANG, Jian).

ZARQAWI AL AUSTR, Abu (a.k.a. SHARROUF, Khaled; a.k.a. ZARQAWI AUSTRALI, Abu; a.k.a. ZARQAWI, Abu), Syria; Iraq; DOB 23 Feb 1981; POB Auburn, New South Wales, Australia; nationality Australia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L3135591 (Australia); alt. Passport L5210356 (Australia); alt. Passport N723649 (Australia); Driver's License No. 12789234 (Australia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ZARQAWI AUSTRALI, Abu (a.k.a. SHARROUF, Khaled; a.k.a. ZARQAWI AL AUSTR, Abu; a.k.a. ZARQAWI, Abu), Syria; Iraq; DOB 23 Feb 1981; POB Auburn, New South Wales, Australia; nationality Australia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L3135591 (Australia); alt. Passport L5210356 (Australia); alt. Passport N723649 (Australia); Driver's License No. 12789234 (Australia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ZARQAWI, Abu (a.k.a. SHARROUF, Khaled; a.k.a. ZARQAWI AL AUSTR, Abu; a.k.a. ZARQAWI AUSTRALI, Abu), Syria; Iraq; DOB 23 Feb 1981; POB Auburn, New South Wales, Australia; nationality Australia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L3135591 (Australia); alt. Passport L5210356 (Australia); alt. Passport N723649 (Australia); Driver's License No. 12789234 (Australia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ZARQUN, Abd al Hadi (a.k.a. AL-WARFALI, Abdelhadi al-Hussain Zargoun; a.k.a. AL-WARFALLI, Abd al-Hadi Zarqun; a.k.a. EL-OUARFALI, Abdelhadi el-Houssein Zirgoune; a.k.a. ZARGON, Abdulhadi; a.k.a. ZARGOON, Al Hadi; a.k.a. ZARGUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARGUN, Abd-al-Hadi; a.k.a. ZARQUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARQUN, Abd-al-Hadi Al Husayn Al Shabani), Libya; DOB 1983; POB

Sirte, Libya; nationality Libya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H/188292 (Libya); National ID No. 123844 (Libya) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ZARQUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani (a.k.a. AL-WARFALI, Abdelhadi al-Hussain Zargoun; a.k.a. AL-WARFALLI, Abd al-Hadi Zarqun; a.k.a. EL-OUARFALI, Abdelhadi el-Houssein Zirgoune; a.k.a. ZARGON, Abdulhadi; a.k.a. ZARGOON, Al Hadi; a.k.a. ZARGUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARGUN, Abd-al-Hadi; a.k.a. ZARQUN, Abd al Hadi; a.k.a. ZARQUN, Abd-al-Hadi Al Husayn Al Shabani), Libya; DOB 1983; POB Sirte, Libya; nationality Libya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H/188292 (Libya); National ID No. 123844 (Libya) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ZARQUN, Abd-al-Hadi Al Husayn Al Shabani (a.k.a. AL-WARFALI, Abdelhadi al-Hussain Zargoun; a.k.a. AL-WARFALLI, Abd al-Hadi Zarqun; a.k.a. EL-OUARFALI, Abdelhadi el-Houssein Zirgoune; a.k.a. ZARGON, Abdulhadi; a.k.a. ZARGOON, Al Hadi; a.k.a. ZARGUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARGUN, Abd-al-Hadi; a.k.a. ZARQUN, Abd al Hadi; a.k.a. ZARQUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani), Libya; DOB 1983; POB Sirte, Libya; nationality Libya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H/188292 (Libya); National ID No. 123844 (Libya) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ZARRIN GHALAM AND PARTNERS COMPANY (Arabic: شرکت زرین قلم و شرکاء) (a.k.a. ZARIN QALAM AND CO. MONEY EXCHANGE; a.k.a. ZARRIN GHALAM AND PARTNERS EXCHANGE (Arabic: صرافی زرین قلم و شرکاء); a.k.a. ZARRIN GHALAM AND PARTNERS LIMITED LIABILITY COMPANY (Arabic: شرکت تضامنی زرین قلم و شرکاء)), Unit 5, Ground Floor, Berelian Passage, No. 41, Mirdamad Boulevard, West Rudbar Street Mirdamad, Tehran, Iran; No. 45, corner of Berelian (Brilliant) Passage, Mirdamad Square, Mirdamad East Blvd., Tehran, Iran; Additional Sanctions Information - Subject to Secondary

Sanctions; Organization Established Date 21 Aug 2005; National ID No. 10102936060 (Iran); Tax ID No. 411111883891 (Iran); Registration Number 253174 (Iran) [IRAN-EO13902].

ZARRIN GHALAM AND PARTNERS EXCHANGE (Arabic: صرافی زرین قلم و شرکاء) (a.k.a. ZARIN QALAM AND CO. MONEY EXCHANGE; a.k.a. ZARRIN GHALAM AND PARTNERS COMPANY (Arabic: شرکت زرین قلم و شرکاء); a.k.a. ZARRIN GHALAM AND PARTNERS LIMITED LIABILITY COMPANY (Arabic: شرکت تضامنی زرین قلم و شرکاء)), Unit 5, Ground Floor, Berelian Passage, No. 41, Mirdamad Boulevard, West Rudbar Street Mirdamad, Tehran, Iran; No. 45, corner of Berelian (Brilliant) Passage, Mirdamad Square, Mirdamad East Blvd., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 21 Aug 2005; National ID No. 10102936060 (Iran); Tax ID No. 411111883891 (Iran); Registration Number 253174 (Iran) [IRAN-EO13902].

ZARRIN GHALAM AND PARTNERS LIMITED LIABILITY COMPANY (Arabic: شرکت تضامنی زرین قلم و شرکاء) (a.k.a. ZARIN QALAM AND CO. MONEY EXCHANGE; a.k.a. ZARRIN GHALAM AND PARTNERS COMPANY (Arabic: شرکت زرین قلم و شرکاء); a.k.a. ZARRIN GHALAM AND PARTNERS EXCHANGE (Arabic: صرافی زرین قلم و شرکاء)), Unit 5, Ground Floor, Berelian Passage, No. 41, Mirdamad Boulevard, West Rudbar Street Mirdamad, Tehran, Iran; No. 45, corner of Berelian (Brilliant) Passage, Mirdamad Square, Mirdamad East Blvd., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 21 Aug 2005; National ID No. 10102936060 (Iran); Tax ID No. 411111883891 (Iran); Registration Number 253174 (Iran) [IRAN-EO13902].

ZARRIN GHALAM, Mansour (a.k.a. ZARRIN GHALAM, Mansur; a.k.a. ZARRINGHALAM, Mansour (Arabic: منصور زرین قلم)), Tehran, Iran; Dubai, United Arab Emirates; DOB 22 Mar 1963; POB Damghan, Iran; nationality Iran; alt. nationality Saint Kitts and Nevis; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R0052384 (Saint Kitts and Nevis) expires 16 Nov 2021; alt. Passport Y53912417 (Iran); National ID No. 4579852826 (Iran) (individual) [IRAN-EO13902].

ZARRIN GHALAM, Mansur (a.k.a. ZARRIN GHALAM, Mansour; a.k.a. ZARRINGHALAM, Mansour (Arabic: منصور زرین قلم)), Tehran, Iran;

Dubai, United Arab Emirates; DOB 22 Mar 1963; POB Damghan, Iran; nationality Iran; alt. nationality Saint Kitts and Nevis; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R0052384 (Saint Kitts and Nevis) expires 16 Nov 2021; alt. Passport Y53912417 (Iran); National ID No. 4579852826 (Iran) (individual) [IRAN-EO13902].

ZARRIN GHALAM, Nasser (a.k.a. ZARRINGHALAM, Nasser (Arabic: ناصر زرین قلم)), Tehran, Iran; DOB 28 Sep 1960; POB Damghan, Iran; nationality Saint Kitts and Nevis; alt. nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4579850531 (Iran) (individual) [IRAN-EO13902].

ZARRIN RAFSANJAN CEMENT COMPANY (a.k.a. RAFSANJAN CEMENT COMPANY; a.k.a. ZARIN RAFSANJAN CEMENT COMPANY), 2nd Floor, No. 67, North Sindokht Street, West Dr. Fatemi Avenue, Tehran 1411953943, Iran; Website http://www.zarrincement.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ZARRIN TEHRAN INVESTMENT COMPANY (Arabic: شرکت سرمایه گذاری تهران زرین), Ground Floor, Habqeh, Berelian Passage, Mirdamad Boulevard, West Rubdar Street, Mirdamad, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 May 2004; National ID No. 10102640212 (Iran); Registration Number 222772 (Iran) [IRAN-EO13902] (Linked To: ZARRINGHALAM, Fazlolah).

ZARRINGHALAM, Fazlolah (Arabic: فضل اله زرین قلم), Tehran, Iran; DOB 23 Jun 1952; POB Damghan, Iran; nationality United Kingdom; alt. nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4579090470 (Iran) (individual) [IRAN-EO13902].

ZARRINGHALAM, Mansour (Arabic: منصور زرین قلم) (a.k.a. ZARRIN GHALAM, Mansour; a.k.a. ZARRIN GHALAM, Mansur), Tehran, Iran; Dubai, United Arab Emirates; DOB 22 Mar 1963; POB Damghan, Iran; nationality Iran; alt. nationality Saint Kitts and Nevis; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R0052384 (Saint Kitts and Nevis) expires 16 Nov 2021; alt. Passport Y53912417 (Iran); National ID No. 4579852826 (Iran) (individual) [IRAN-EO13902].

ZARRINGHALAM, Mitra (Arabic: میترا زرین قلم), Tehran, Iran; DOB 11 Aug 1973; POB Damghan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 4579857593 (Iran) (individual) [IRAN-EO13902] (Linked To: ZARRIN TEHRAN INVESTMENT COMPANY).

ZARRINGHALAM, Nasser (Arabic: ناصر زرین قلم) (a.k.a. ZARRIN GHALAM, Nasser), Tehran, Iran; DOB 28 Sep 1960; POB Damghan, Iran; nationality Saint Kitts and Nevis; alt. nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4579850531 (Iran) (individual) [IRAN-EO13902].

ZARRINGHALAM, Pouria (Arabic: پوریا زرین قلم), Tehran, Iran; London, United Kingdom; DOB 28 Aug 1996; POB Tehran, Iran; nationality Iran; alt. nationality Saint Kitts and Nevis; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport RE0025767 (Saint Kitts and Nevis) expires 11 Jan 2025; National ID No. 0019436394 (Iran) (individual) [IRAN-EO13902].

ZARUBEZHGEOLOGIYA AO (Cyrillic: ЗАРУБЕЖГЕОЛОГИЯ АО) (a.k.a. JSC ZARUBEZHGEOLOGIA), D. 69 kom. 210, Ul. Novocheremushkinskaya, Moscow 117418, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704680468 (Russia); Registration Number 1087746311553 (Russia) [RUSSIA-EO14024].

ZASLON SCIENCE AND TECHNOLOGY CENTER (a.k.a. JSC SCIENTIFIC AND TECHNICAL CENTER ZASLON), Koli Tomchaka St., 9, Saint Petersburg 196006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7826092350 (Russia); Registration Number 1027810228786 (Russia) [RUSSIA-EO14024].

ZAT ABSALYUTBANK (Cyrillic: ЗАТ АБСАЛЮТБАНК) (a.k.a. ABSOLUTBANK; a.k.a. CJSC ABSOLUTBANK; a.k.a. CLOSED JOINT STOCK COMPANY ABSOLUTBANK; a.k.a. ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ABSALYUTBANK (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АБСАЛЮТБАНК); a.k.a. ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ABSOLYUTBANK (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО АБСОЛЮТБАНК); a.k.a. ZAO ABSOLYUTBANK (Cyrillic: ЗАО АБСОЛЮТБАНК)), 95 Nezavisimosti ave,

Minsk 220023, Belarus; SWIFT/BIC ABLTBY22; Website www.absolutbank.by; Organization Established Date 30 Mar 2000; Target Type Financial Institution; Registration Number 100331707 (Belarus) [BELARUS-EO14038].

ZAT NNK (Cyrillic: ЗАТ ННК) (a.k.a. CJSC NNK; a.k.a. CLOSED JOINT-STOCK COMPANY NEW OIL COMPANY; a.k.a. NOVAIA NAFTAVAIA KAMPANIA; a.k.a. ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA NOVAYA NAFTAVAYA KAMPANIYA (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА НОВАЯ НАФТАВАЯ КАМПАНІЯ); a.k.a. ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO NOVAYA NEFTYANAYA KOMPANIYA (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НОВАЯ НЕФТЯНАЯ КОМПАНИЯ); a.k.a. ZAO NNK (Cyrillic: ЗАО ННК); a.k.a. "NEW OIL COMPANY"), ul. Rakovskaya, d. 14B, kab. 7 (5th floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В, каб. 7 (5 этаж), г. Минск 220004, Belarus); Organization Established Date 23 Mar 2020; Registration Number 193402282 (Belarus) [BELARUS-EO14038].

ZATOLOKIN, Kirill Andreevich (a.k.a. "downlow"), St. Petersburg, Russia; DOB 30 Apr 1992; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 726146360 (Russia) issued 06 Sep 2013 expires 06 Sep 2023 (individual) [CAATSA - RUSSIA] [CYBER4].

ZATULIN, Konstantin Fedorovich (Cyrillic: ЗАТУЛИН, Константин Федорович), Russia; DOB 07 Sep 1958; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZAUERS, Dmitri Vladimirovich (a.k.a. ZAUERS, Dmitrii Vladimirovich; a.k.a. ZAUERS, Dmitry Vladimirovich), Moscow, Russia; DOB 1979; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ZAUERS, Dmitrii Vladimirovich (a.k.a. ZAUERS, Dmitri Vladimirovich; a.k.a. ZAUERS, Dmitry Vladimirovich), Moscow, Russia; DOB 1979; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ZAUERS, Dmitry Vladimirovich (a.k.a. ZAUERS, Dmitri Vladimirovich; a.k.a. ZAUERS, Dmitrii Vladimirovich), Moscow, Russia; DOB 1979;

nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ZAVALNY, Pavel Nikolaevich (Cyrillic: ЗАВАЛЬНЫЙ, Павел Николаевич), Russia; DOB 11 Aug 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZAVARAKI, Hadi Jamshidi (a.k.a. KAMALI, Hadi), Karaj, Iran; DOB 23 Apr 1986; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0082700958 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZAVARSE PABON, Fabio Enrique (Latin: ZAVARSE PABÓN, Fabio Enrique), Caracas, Capital District, Venezuela; DOB 04 Oct 1967; citizen Venezuela; Gender Male; Cedula No. 6967914 (Venezuela); Passport 032131710 (Venezuela); Commander of the Capital Integral Defense Operational Zone of the National Armed Forces (individual) [VENEZUELA].

ZAVARZIN, Victor Mikhailovich (Cyrillic: ЗАВАРЗИН, Виктор Михайлович), Russia; DOB 28 Nov 1948; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZAVIYALOV, Igor Nikolaevich (Cyrillic: ЗАВЬЯЛОВ, Игорь Николаевич) (a.k.a. ZAVYALOV, Igor Nikolayevich), Bolshoy Fakelniy Per 9 11 16, Moscow 109047, Russia; DOB 19 Jan 1960; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 513699705 (Russia); National ID No. 4508340851 (Russia) (individual) [RUSSIA-EO14024].

ZAVOD 70 LETIYA POBEDY (a.k.a. AO NIZHEGORODSKIY ZAVOD 70 LETIYA POBEDY; a.k.a. AO NZ 70 LETIYA POBEDY; a.k.a. JOINT STOCK COMPANY NIZHNY NOVGOROD PLANT OF THE 70TH ANNIVERSARY OF VICTORY; a.k.a. "NZSLP"), 21 Sormovskoe Highway, Nizhny Novgorod 603052, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID

No. 5259113339 (Russia); Registration Number 1145259004296 (Russia) [RUSSIA-EO14024].

ZAVOD CHUVASHKABEL AO (a.k.a. CHEBOKSARSKU ZAVOD KABELNYKH IZDELI CHUVASHKABEL OAO; a.k.a. JOINT STOCK COMPANY ZAVOD CHUVASHKABEL), Pr-D Kabelnyi D, 7, Cheboksary 428037, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2127009135 (Russia); Registration Number 1022100967635 (Russia) [RUSSIA-EO14024].

ZAVOD DAGDIZEL OPEN JOINT STOCK COMPANY (a.k.a. FACTORY DAGDIZEL; a.k.a. JOINT STOCK COMPANY DAGDIZEL PLANT; a.k.a. JOINT STOCK COMPANY ZAVOD DAGDIZEL), 1, Lenin Street, Kaspiysk 368300, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1932; Tax ID No. 0545001919 (Russia); Registration Number 1020502130351 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

ZAVOD ELECON (a.k.a. AKTSIONERNOE OBSHCHESTVO ZAVOD ELEKON), Ul. Korolenko D. 58, Kazan 420094, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1657032272 (Russia); Registration Number 1021603145541 (Russia) [RUSSIA-EO14024].

ZAVOD FIOLENT, PAT (a.k.a. AKTSIONERNOE OBSHCHESTVO ZAVOD FIOLENT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТБО ЗАВОД ФИОЛЕНТ); a.k.a. AO ZAVOD FIOLENT (Cyrillic: АО ЗАВОД ФИОЛЕНТ); a.k.a. JOINT STOCK COMPANY FIOLENT PLANT; a.k.a. JSC FIOLENT PLANT), House 34/2, Kievskaya Street, Simferopol, Crimea 295017, Ukraine; Website www.phiolent.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102048745 (Russia); Registration Number 1149102099640 (Russia) [UKRAINE-EO13685].

ZAVOD GORELTEX CO LTD (a.k.a. COMPANY LIMITED CORTEM GORELTEX), Sh. Revolyutsii D. 18, Lit. A, Pom. 4-N Office 1, Saint Petersburg 195176, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7806155468 (Russia); Registration Number 1047811013183 (Russia) [RUSSIA-EO14024].

ZAVOD KOMPLEKSNYE DOROZHNYE MASHINY (a.k.a. OOO ZAVOD KDM), Ul. Udarnikov D.1, Smolensk 214012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6730053398 (Russia); Registration Number 1046758319090 (Russia) [RUSSIA-EO14024].

ZAVOD LIPETSKTEKHNOLIT, Ter. Oez Ppt Lipetsk Str. 4A, Office 021/50, Gryazi 398010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4802014622 (Russia); Registration Number 1234800001930 (Russia) [RUSSIA-EO14024].

ZAVOD PO PROIZVODSTVU VINTO-RULEVYKH KOLONOK SAPFIR (a.k.a. LIMITED LIABILITY COMPANY PLANT FOR THE PRODUCTION OF PROPELLER STEERING COLUMNS SAPPHIRE; a.k.a. LLC PLANT VRK SAPPHIRE; a.k.a. VRK SAPPHIRE PLANT; a.k.a. ZAVOD VRK SAPFIR), Ul. Stepana Lebedeva D. 1, Bolshoi Kamen 692801, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2503032563 (Russia); Registration Number 1162503050038 (Russia) [RUSSIA-EO14024].

ZAVOD PODSHIPNIKOVYKH UZLOV (a.k.a. "OOO ZPU"), ul. Priozernaya, d. 4, Chelyabinsk 454046, Russia; ul. Elkina 112, floor 2, office 218B, Chelyabinsk, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449117247 (Russia); Registration Number 1147449000643 (Russia) [RUSSIA-EO14024].

ZAVOD POLIMERNYKH TRUB (a.k.a. LIMITED LIABILITY COMPANY POLYMER PIPE PLANT; a.k.a. MOSCOW PLANT FDPLAST), Ul. Velozavodskaya D. 11/1, Kv. 137, Moscow 115280, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722370589 (Russia); Registration Number 1167746690638 (Russia) [RUSSIA-EO14024].

ZAVOD PRIBORNYKH PODSHIPNIKOV LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ZAVOD PRIBORNYKH PODSHIPNIKOV; a.k.a. "ZPP OOO"), Ter. 18 KM Moskovskogo Shosse D. Litera 67, Kom. 5, Samara 443072, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Dec 2001; Tax ID No. 6367032625 (Russia); Government Gazette Number 11031529 (Russia); Registration

Number 1026300769417 (Russia) [RUSSIA-EO14024].

ZAVOD SHAMPANSKYKH VYN NOVY SVIT, DP (a.k.a. DERZHAVNE PIDPRYEMSTVO ZAVOD SHAMPANSKYKH VYN NOVY SVIT; a.k.a. GOSUDARSTVENOYE PREDPRYIATIYE ZAVOD SHAMPANSKYKH VIN NOVY SVET; a.k.a. NOVY SVET WINERY; a.k.a. NOVY SVET WINERY STATE ENTERPRISE; a.k.a. STATE ENTERPRISE FACTORY OF SPARKLING WINE NOVY SVET; a.k.a. STATE ENTERPRISE FACTORY OF SPARKLING WINES NEW WORLD), 1 Shaliapin Street, Novy Svet Village, Sudak, Crimea 98032, Ukraine; Bud. 1 vul. Shalyapina Smt, Novy Svit, Sudak, Crimea 98032, Ukraine; 1 Shalyapina str. Novy Svet, Sudak 98032, Ukraine; Website http://nsvet.com.ua/en/contacts; Email Address boss@nsvet.com.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 00412665 (Ukraine) [UKRAINE-EO13685].

ZAVOD SHVEINYKH MASHIN OAO (a.k.a. JOINT STOCK COMPANY PLANT LEGMASH; a.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO BELORUSSKIY METALLURGICHESKIY ZAVOD; a.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO ZAVOD LEGMASH (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЗАВОД ЛЕГМАШ)), 17, per. Vostochny, Orsha 211390, Belarus; Tax ID No. 300228934 (Belarus) [BELARUS-EO14038].

ZAVOD TULA PAO (a.k.a. PJSC ZAVOD TULA; a.k.a. PUBLIC JOINT STOCK COMPANY ZAVOD TULA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЗАВОД ТУЛА)), 28 F. Smirnov Street, Tula, Tula Region 300041, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Jan 1993; Tax ID No. 7104002862 (Russia); Registration Number 1027100592210 (Russia) [RUSSIA-EO14024].

ZAVOD ULGERODNYKH I KOMPOZITSIONNYKH MATERIALOV (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ZAVOD UGLERODNYKH I KOMPOZITSIONNYKH MATERIALOV; a.k.a. ZUKM OOO), Territoriya Chelyabinskogo Elektrodnogo Zavoda, Chelyabinsk 454038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7450045935 (Russia);

Government Gazette Number 94812603 (Russia); Registration Number 1067450027248 (Russia) [RUSSIA-EO14024] (Linked To: UMATEX JOINT-STOCK COMPANY).

ZAVOD VRK SAPFIR (a.k.a. LIMITED LIABILITY COMPANY PLANT FOR THE PRODUCTION OF PROPELLER STEERING COLUMNS SAPPHIRE; a.k.a. LLC PLANT VRK SAPPHIRE; a.k.a. VRK SAPPHIRE PLANT; a.k.a. ZAVOD PO PROIZVODSTVU VINTO-RULEVYKH KOLONOK SAPFIR), Ul. Stepana Lebedeva D. 1, Bolshoi Kamen 692801, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2503032563 (Russia); Registration Number 1162503050038 (Russia) [RUSSIA-EO14024].

ZAVOLZHSKY TRACKED TRACTOR PLANT (a.k.a. AO ZAVOLZHSKIY ZAVOD GUSENICHNIKH TYAGACHEY; a.k.a. JOINT STOCK COMPANY ZAVOLZHSKY CRAWLER VEHICLE PLANT; a.k.a. "AO ZZGT"; a.k.a. "JSC ZCVP"), 1 Zheleznodorozhnaya Street, Zavolzhe 606522, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5248031980 (Russia); Registration Number 1115248002110 (Russia) [RUSSIA-EO14024].

ZAVOROTNYI, Ivan Aleksandrovich (Cyrillic: ЗАВОРОТНЫЙ, Иван Александрович), Russia; DOB 22 Oct 1979; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 772205260688 (Russia) (individual) [RUSSIA-EO14024].

ZAVYALOV, Igor Nikolayevich (a.k.a. ZAVIYALOV, Igor Nikolaevich (Cyrillic: ЗАВЬЯЛОВ, Игорь Николаевич)), Bolshoy Fakelniy Per 9 11 16, Moscow 109047, Russia; DOB 19 Jan 1960; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 513699705 (Russia); National ID No. 4508340851 (Russia) (individual) [RUSSIA-EO14024].

ZAW, Aung Kyaw (a.k.a. ZAWW, Aung Kyaw), Burma; DOB 20 Aug 1961; Gender Male; Passport DM-000826 issued 22 Nov 2011 (individual) [GLOMAG].

ZAW, Kan, Burma; DOB 11 Oct 1954; POB Salin Township, Magwe Region, Burma; nationality Burma; Gender Male (individual) [BURMA-EO14014].

ZAW, Thein Win, Burma; DOB 02 Feb 1963; POB Twantay, Burma; nationality Burma; Gender Male; Passport MG551721 (Burma)

expires 26 Sep 2027; National ID No. 12/LAMANAN133128 (Burma) (individual) [BURMA-EO14014] (Linked To: SHWE BYAIN PHYU GROUP OF COMPANIES).

ZAWAYA GROUP CO (Arabic: شركة مجموعة زوايا) (a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT; a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT CO.; a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT CO., LTD. (Arabic: شركة مجموعة زوايا للتنمية والإستثمار المحدودة); a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT COMPANY (Arabic: مجموعة الزوايا للتنمية والإستثمار)), Africa Road, Takamul, 2nd Business Block, Khartoum, Sudan; Website zawayagroup.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jan 2002; Organization Type: Wholesale of electronic and telecommunications equipment and parts [SDGT] (Linked To: KHAIR, Abdelbasit Hamza Elhassan Mohamed).

ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT (a.k.a. ZAWAYA GROUP CO (Arabic: شركة مجموعة زوايا); a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT CO.; a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT CO., LTD. (Arabic: شركة مجموعة زوايا للتنمية والإستثمار المحدودة); a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT COMPANY (Arabic: مجموعة الزوايا للتنمية والإستثمار)), Africa Road, Takamul, 2nd Business Block, Khartoum, Sudan; Website zawayagroup.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jan 2002; Organization Type: Wholesale of electronic and telecommunications equipment and parts [SDGT] (Linked To: KHAIR, Abdelbasit Hamza Elhassan Mohamed).

ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT CO. (a.k.a. ZAWAYA GROUP CO (Arabic: شركة مجموعة زوايا); a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT; a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT CO., LTD. (Arabic: شركة مجموعة زوايا للتنمية والإستثمار المحدودة); a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT COMPANY (Arabic: مجموعة الزوايا للتنمية والإستثمار)), Africa Road, Takamul, 2nd Business Block, Khartoum, Sudan; Website zawayagroup.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jan 2002; Organization Type: Wholesale of electronic and telecommunications equipment and parts [SDGT] (Linked To: KHAIR, Abdelbasit Hamza Elhassan Mohamed).

ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT CO., LTD. (Arabic: شركة مجموعة زوايا للتنمية والإستثمار المحدودة) (a.k.a. ZAWAYA GROUP CO (Arabic: شركة مجموعة زوايا); a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT; a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT CO.; a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT COMPANY (Arabic: مجموعة الزوايا للتنمية والإستثمار)), Africa Road, Takamul, 2nd Business Block, Khartoum, Sudan; Website zawayagroup.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jan 2002; Organization Type: Wholesale of electronic and telecommunications equipment and parts [SDGT] (Linked To: KHAIR, Abdelbasit Hamza Elhassan Mohamed).

ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT COMPANY (Arabic: مجموعة الزوايا للتنمية والإستثمار) (a.k.a. ZAWAYA GROUP CO (Arabic: شركة مجموعة زوايا); a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT; a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT CO.; a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT CO., LTD. (Arabic: شركة مجموعة زوايا للتنمية والإستثمار المحدودة)), Africa Road, Takamul, 2nd Business Block, Khartoum, Sudan; Website zawayagroup.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jan 2002; Organization Type: Wholesale of electronic and telecommunications equipment and parts [SDGT] (Linked To: KHAIR, Abdelbasit Hamza Elhassan Mohamed).

ZAWRAH TV STATION (a.k.a. AL ZAOURA NETWORK; a.k.a. AL ZAWRAH TELEVISION; a.k.a. AL ZOURA TV STATION; a.k.a. AL-ZAWARA SATELLITE TELEVISION STATION; a.k.a. AL-ZAWRA TELEVISION STATION; a.k.a. ALZAWRAA TV; a.k.a. AL-ZAWRAA TV; a.k.a. EL-ZAWRA SATELLITE STATION; a.k.a. ZORAH CHANNEL), Syria [IRAQ3].

ZAWW, Aung Kyaw (a.k.a. ZAW, Aung Kyaw), Burma; DOB 20 Aug 1961; Gender Male; Passport DM-000826 issued 22 Nov 2011 (individual) [GLOMAG].

ZAYDAN, Muhammad (a.k.a. ABBAS, Abu); DOB 10 Dec 1948; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Director of PALESTINE LIBERATION FRONT - ABU ABBAS FACTION (individual) [SDGT].

ZAYID HAMZA, Abdel Raouf Abu (a.k.a. ABU ZAID MOHAMED, Abdel Raouf; a.k.a. ABUZAID, Abdul Rauf; a.k.a. HAMZZA YASIR, Abdelraouf Abu Zaid Mohamed; a.k.a. MOHAMED HAMZA, Abd Al-Ra'Ouf Abu Zaid; a.k.a. MUHAMMAD HAMZA, Abd-al-Ra'uf Abu Zayd; a.k.a. MUHAMMAD HAMZA, Abdul Raouf Abu Zeid); DOB 01 Jan 1983; POB Sudan; nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ZAYN, Haytham (a.k.a. ABD EL-RAHMAN, Suhayl Salim; a.k.a. ABDURAHAMAN, Suhayl; a.k.a. AL-SUDANI, Abu Faris; a.k.a. FARIS, Abu; a.k.a. MUHAMMAD, Sahib; a.k.a. MUHAMMAD, Suhayl Salim; a.k.a. SALIM, Suhayl; a.k.a. UL-ABIDEEN, Zain; a.k.a. "SABA"; a.k.a. "SANA"; a.k.a. "SUNDUS"); DOB 17 Jun 1984; alt. DOB 1990; POB Rabak, Sudan; Passport C0004350; Personal ID Card A00710804 (individual) [SOMALIA].

ZAYNABIYOUN BRIGADE (a.k.a. LIWA ZAYNABIYOUN; a.k.a. ZEYNABIYUN BRIGADE; a.k.a. ZEYNABIYYUN; a.k.a. ZEYNABIYYUN BRIGADE), Syria; Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZAYNIYAH, Jamal Husayn (a.k.a. AL-ANSARI, Abu-Malik; a.k.a. AL-SHAMI, Abu-Malik; a.k.a. AL-TALLI, Abu-Malik), Al-Qalamun, Syria; DOB 17 Aug 1972; alt. DOB 01 Jan 1972; POB Al-Tal, Syria; alt. POB Tell Mnin, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 3987189 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

ZAYTSEV, Aleksandr (a.k.a. ZAITSAU, Aliaksandr Mikalaevich (Cyrillic: ЗАЙЦАЎ,

Аляксандр Мікалаевіч); a.k.a. ZAITSEV, Aleksandr Nikolayevich; a.k.a. ZAITSEV, Alexander Nikolaevich (Cyrillic: ЗАЙЦЕВ, Александр Николаевич); a.k.a. ZAYTSEV, Alexander), Belarus; United Arab Emirates; DOB 22 Nov 1976; POB Ruzhany, Brest Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

ZAYTSEV, Aleksey Alekseyevich (a.k.a. ZAITSEV, Alexei; a.k.a. ZAYTSEV, Alexey); DOB 07 Sep 1965; POB Leningrad, Russia; Passport 63-4604880 (Russia); alt. Passport 4103417473 (Russia); alt. Passport H2029462 (Ghana); National ID No. 74914883 (United Arab Emirates) (individual) [TCO].

ZAYTSEV, Alexander (a.k.a. ZAITSAU, Aliaksandr Mikalaevich (Cyrillic: ЗАЙЦАЎ, Аляксандр Мікалаевіч); a.k.a. ZAITSEV, Aleksandr Nikolayevich; a.k.a. ZAITSEV, Alexander Nikolaevich (Cyrillic: ЗАЙЦЕВ, Александр Николаевич); a.k.a. ZAYTSEV, Aleksandr), Belarus; United Arab Emirates; DOB 22 Nov 1976; POB Ruzhany, Brest Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

ZAYTSEV, Alexey (a.k.a. ZAITSEV, Alexei; a.k.a. ZAYTSEV, Aleksey Alekseyevich); DOB 07 Sep 1965; POB Leningrad, Russia; Passport 63-4604880 (Russia); alt. Passport 4103417473 (Russia); alt. Passport H2029462 (Ghana); National ID No. 74914883 (United Arab Emirates) (individual) [TCO].

ZAYTSEV, Yuriy Viktorovich (Cyrillic: ЗАЙЦЕВ, Юрий Викторович) (a.k.a. ZAITSEV, Yuriy Viktorovich), Mariy El Republic, Russia; DOB 16 Dec 1970; POB Monino, Moscow Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ZAYTUN, Muhammad Dib (a.k.a. ZAITOUN, Mohammed Dib; a.k.a. ZEITOUN, Mohammed Dib); DOB 1952; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

ZAZUETA GODOY, Heriberto (a.k.a. "CAPI BETO"), Jose Aguilar Barraza 328, Al Poniente de la Colonia Jorge Almeda, Culiacan, Sinaloa, Mexico; Av. Naciones Unidas # 5759, Casa 34, Col. Parque Regency, Zapopan, Jalisco 44110, Mexico; DOB 03 Feb 1960; POB Culiacan, Sinaloa, Mexico; C.U.R.P. ZAGH600203HSLZDR07 (Mexico) (individual) [SDNTK] (Linked To: PRODUCCION PESQUERA DONA MARIELA, S.A. DE C.V.; Linked To: TAIPEN, S.A. DE C.V.; Linked To:

COMERCIALIZADORA Y FRIGORIFICOS DE LA PERLA DEL PACIFICO, S.A. DE C.V.).

ZAZUETA GOMEZ, Leopoldo; DOB 04 Feb 1940; POB San Ignacio, Sinaloa, Mexico; C.U.R.P. ZAGL400204HSLZMP06 (Mexico) (individual) [SDNTK] (Linked To: PRODUCCION PESQUERA DONA MARIELA, S.A. DE C.V.).

ZAZUETA URREA, Epifanio, V Guerrero 109 Nte. Centro Colon y Escobedo CP 80000, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo Ote No. 467-4, Col. Centro, Culiacan, Sinaloa, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CONSORCIO INMOBILIARIO DEL VALLE DE CULIACAN, S.A. DE C.V., Culiacan, Sinaloa, Mexico; DOB 01 Aug 1947; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 040032826 (Mexico); R.F.C. ZAUE470801DK6 (Mexico); Electoral Registry No. ZZUREP47080125H900 (Mexico) (individual) [SDNTK].

ZD.RU (a.k.a. 3D.RU), Ul. Silikatnaya Vld. 51A, K. 1, Pomeshch. 45, Mytishchi 141013, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Manufacture of plastics products; Tax ID No. 5029176567 (Russia); Registration Number 1135029006947 (Russia) [RUSSIA-EO14024].

ZDRAVO, 12 Pop Lukina, Belgrade, Serbia; Registration ID 17317105 (Serbia); Tax ID No. 100036386 (Serbia); juice manufacturer [BALKANS].

ZDRILIUK, Serghiei (a.k.a. ZDRILIUK, Serhii Anatoliyovych; a.k.a. ZDRILYUK, Sergei; a.k.a. ZDRILYUK, Sergey; a.k.a. ZDRYLYUK, Serhiy); DOB 23 Jun 1972; POB Vinnytsia Region, Ukraine; nationality Ukraine; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ZDRILIUK, Serhii Anatoliyovych (a.k.a. ZDRILIUK, Serghiei; a.k.a. ZDRILYUK, Sergei; a.k.a. ZDRILYUK, Sergey; a.k.a. ZDRYLYUK, Serhiy); DOB 23 Jun 1972; POB Vinnytsia Region, Ukraine; nationality Ukraine; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ZDRILYUK, Sergei (a.k.a. ZDRILIUK, Serghiei; a.k.a. ZDRILIUK, Serhii Anatoliyovych; a.k.a. ZDRILYUK, Sergey; a.k.a. ZDRYLYUK, Serhiy); DOB 23 Jun 1972; POB Vinnytsia Region,

Ukraine; nationality Ukraine; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ZDRILYUK, Sergey (a.k.a. ZDRILIUK, Serghiei; a.k.a. ZDRILIUK, Serhii Anatoliyovych; a.k.a. ZDRILYUK, Sergei; a.k.a. ZDRYLYUK, Serhiy); DOB 23 Jun 1972; POB Vinnytsia Region, Ukraine; nationality Ukraine; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ZDRYLYUK, Serhiy (a.k.a. ZDRILIUK, Serghiei; a.k.a. ZDRILIUK, Serhii Anatoliyovych; a.k.a. ZDRILYUK, Sergei; a.k.a. ZDRILYUK, Sergey); DOB 23 Jun 1972; POB Vinnytsia Region, Ukraine; nationality Ukraine; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ZDUNOV, Artem Alekseyevich (Cyrillic: ЗДУНОВ, Артём Алексеевич) (a.k.a. ZDUNOV, Artyom Alekseyevich), Mordovia Republic, Russia; DOB 18 May 1978; POB Kazan, Tatarstan Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ZDUNOV, Artyom Alekseyevich (a.k.a. ZDUNOV, Artem Alekseyevich (Cyrillic: ЗДУНОВ, Артём Алексеевич)), Mordovia Republic, Russia; DOB 18 May 1978; POB Kazan, Tatarstan Republic, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ZEAITER, Ali (a.k.a. ZOEITER, Ali; a.k.a. ZU'AYTAR, 'Ali; a.k.a. ZU'AYTIR, Ali Husayn), Tianhelu 351 Hao, Tianhequ, Guangzhou, China; Room 2203A, Grand Tower, No. 228 Tianhe Road, Tianhe District, Guangzhou, China; Room 2203A, Guangcheng Building, No. 228 Tianhe Road, Guangzhou, China; 204 No. 253 Tianhebei Road, Guangzhou, China; DOB 24 Feb 1977; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL1924321 (Lebanon); alt. Passport

RL0877465 (Lebanon); General Manager, Stars International Ltd (individual) [SDGT].

ZEDCEX EXCHANGE LTD, 71-75 Shelton Street, London WC2H 9JQ, United Kingdom; Website www.zedcex.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Aug 2022; Organization Type: Financial and Insurance Activities; Digital Currency Address - TRX TCA9vmjsYw9MtPKEwRBtGhKFRfr4CLxJAv; alt. Digital Currency Address - TRX TGsNFrgWfbGN2gX25Wcf8oTejtxtQkvmEx; alt. Digital Currency Address - TRX TASWbk6X1wiTku5TMmMQYqYFvshVEtfJy8; alt. Digital Currency Address - TRX TTS9o5KkpGgH8cK9LofLmMAPYb5zfQvSNa; alt. Digital Currency Address - TRX TCzq6m2zxnQkrZrf8cqYcK6bbXQYAfWYKC; alt. Digital Currency Address - TRX TLvuvpfBKdxddxSsJefeiGCe9eVY8HUroE; alt. Digital Currency Address - TRX TNuA5CQ6LB4jTHoNrjEeQZJmcmhQuHMbQ7; Company Number 14311274 (United Kingdom) issued 22 Aug 2022 [SDGT] [IFSR] [IRAN-EO13902] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ZEDXION EXCHANGE LTD (a.k.a. ZEDXION LIMITED), 71-75 Shelton Street, London WC2H 9JQ, United Kingdom; Website www.zedxion.io; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 17 May 2021; Organization Type: Financial and Insurance Activities; Company Number 13404089 (United Kingdom) issued 17 May 2021 [SDGT] [IFSR] [IRAN-EO13902] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ZEDXION LIMITED (a.k.a. ZEDXION EXCHANGE LTD), 71-75 Shelton Street, London WC2H 9JQ, United Kingdom; Website www.zedxion.io; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 17 May 2021; Organization Type: Financial and Insurance Activities; Company Number 13404089 (United Kingdom) issued 17 May 2021 [SDGT] [IFSR] [IRAN-

EO13902] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ZEEL - M CO., LTD. (a.k.a. ZIL-M LLC; a.k.a. "ZEELM"; a.k.a. "ZIL - M"), Ul. Russkaya D. 19, V, Vladivostok 690039, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 08 Dec 1998; Organization Type: Sale of motor vehicles; Tax ID No. 2539039058 (Russia); Government Gazette Number 49852298 (Russia); Registration Number 1022502123995 (Russia) [DPRK2] (Linked To: CHASOVNIKOV, Aleksandr Aleksandrovich).

ZEENIT SUPPLY & TRADING DMCC (a.k.a. ZEENIT SUPPLY AND TRADING DMCC), Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Jul 2022; License DMCC-853123 (United Arab Emirates); Registration Number 194028 (United Arab Emirates); Economic Register Number (CBLS) 11923207 (United Arab Emirates) [RUSSIA-EO14024].

ZEENIT SUPPLY AND TRADING DMCC (a.k.a. ZEENIT SUPPLY & TRADING DMCC), Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Jul 2022; License DMCC-853123 (United Arab Emirates); Registration Number 194028 (United Arab Emirates); Economic Register Number (CBLS) 11923207 (United Arab Emirates) [RUSSIA-EO14024].

ZEGARRA MARTINEZ, Guillermo Jean Pierre, Pasaje Ismael Pozo 159, Torres De San Borja, Lima, Peru; DOB 06 Jan 1984; POB Lima, Peru; Gender Male; Passport 4085740 (Peru) issued 12 Dec 2012 expires 17 Dec 2017; Driver's License No. Q-412185038 (Peru); RUC # 10421850386 (Peru); National ID No. 42185038-6 (Peru) (individual) [SDNTK].

ZEIN, Waleed Ahmed, Mombasa, Kenya; DOB 14 Mar 1991; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A120391 (Kenya); National ID No. 33987482 (Kenya) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ZEITOUN, Mohammed Dib (a.k.a. ZAITOUN, Mohammed Dib; a.k.a. ZAYTUN, Muhammad

Dib); DOB 1952; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

ZELEDON ROCHA, Sadrach, Matagalpa, Nicaragua; DOB 08 Feb 1954; POB Nicaragua; nationality Nicaragua; Gender Male; Passport C759398 (Nicaragua); National ID No. 09058016 (Nicaragua) (individual) [NICARAGUA].

ZELEN-KARADZIC, Ljiljana; DOB 27 Nov 1945; POB Sarajevo Bosnia-Herzegovina (individual) [BALKANS].

ZELENODOLSK DESIGN BUREAU JSC (a.k.a. JOINT STOCK COMPANY ZELENODOLSKY PROJECT AND DESIGN BUREAU (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЗЕЛЕНОДОЛЬСКОЕ ПРОЕКТНО-КОНСТРУКТОРСКОЕ БЮРО); a.k.a. ZELENODOLSKOE PKB AO), 41A Lenina St., Zelenodolsk, Tatarstan Republic 422540, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 May 2008; Tax ID No. 1648024290 (Russia); Registration Number 1081673001541 (Russia) [RUSSIA-EO14024].

ZELENODOLSK SHIPYARD PLANT NAMED AFTER A.M. GORKY (a.k.a. JOINT STOCK COMPANY ZELENODOLSK PLANT NAMED AFTER A.M. GORKY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЗЕЛЕНОДОЛЬСКИЙ ЗАВОД ИМЕНИ А.М. ГОРЬКОГО); a.k.a. JSC ZELENODOLSK PLANT NAMED AFTER A.M. GORKY (Cyrillic: АО ЗЕЛЕНОДОЛЬСКИЙ ЗАВОД ИМЕНИ А.М. ГОРЬКОГО)), 5, Zavodskaya St., Zelenodolsk, Republic of Tatarstan 422546, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13662].

ZELENODOLSKOE PKB AO (a.k.a. JOINT STOCK COMPANY ZELENODOLSKY PROJECT AND DESIGN BUREAU (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЗЕЛЕНОДОЛЬСКОЕ ПРОЕКТНО-КОНСТРУКТОРСКОЕ БЮРО); a.k.a. ZELENODOLSK DESIGN BUREAU JSC), 41A Lenina St., Zelenodolsk, Tatarstan Republic 422540, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 May 2008; Tax ID No. 1648024290 (Russia); Registration Number 1081673001541 (Russia) [RUSSIA-EO14024].

ZELENYUK, Sergei Sergeevich (a.k.a. ZELENYUK, Sergey Sergeevich; a.k.a. ZELENYUK, Sergey Sergeyevich (Cyrillic:

ЗЕЛЕНЮК, Сергей Сергеевич); a.k.a. "MORTENOIR"; a.k.a. "SRGSRGSRG111"), Rimsky-Korsakov Prospect, Building 109-111, Litera/Block A, Apartment 20, Saint Petersburg 190068, Russia; DOB 17 Mar 1994; POB Saint Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; PAIPA Section 2 Information: BLOCKING OF PROPERTY (individual). Sec.2(b)(2)(a)- All property and interests in property of this individual are blocked, and all transactions with this individual are prohibited, except for the importation of goods.; Tax ID No. 780223642330 (Russia) (individual) [CAATSA - RUSSIA] [CYBER4] [PAIPA].

ZELENYUK, Sergey Sergeevich (a.k.a. ZELENYUK, Sergei Sergeevich; a.k.a. ZELENYUK, Sergey Sergeyevich (Cyrillic: ЗЕЛЕНЮК, Сергей Сергеевич); a.k.a. "MORTENOIR"; a.k.a. "SRGSRGSRG111"), Rimsky-Korsakov Prospect, Building 109-111, Litera/Block A, Apartment 20, Saint Petersburg 190068, Russia; DOB 17 Mar 1994; POB Saint Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; PAIPA Section 2 Information: BLOCKING OF PROPERTY (individual). Sec.2(b)(2)(a)- All property and interests in property of this individual are blocked, and all transactions with this individual are prohibited, except for the importation of goods.; Tax ID No. 780223642330 (Russia) (individual) [CAATSA - RUSSIA] [CYBER4] [PAIPA].

ZELENYUK, Sergey Sergeyevich (Cyrillic: ЗЕЛЕНЮК, Сергей Сергеевич) (a.k.a. ZELENYUK, Sergei Sergeevich; a.k.a. ZELENYUK, Sergey Sergeevich; a.k.a. "MORTENOIR"; a.k.a. "SRGSRGSRG111"), Rimsky-Korsakov Prospect, Building 109-111, Litera/Block A, Apartment 20, Saint Petersburg 190068, Russia; DOB 17 Mar 1994; POB Saint Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; PAIPA Section 2 Information: BLOCKING OF PROPERTY (individual). Sec.2(b)(2)(a)- All property and interests in property of this individual are blocked, and all transactions with this individual are prohibited, except for the importation of goods.; Tax ID No. 780223642330 (Russia) (individual) [CAATSA - RUSSIA] [CYBER4] [PAIPA].

ZEM HOLDINGS LTD, Floor No: 2, Stasinou 23, Nicosia 2404, Cyprus; Organization Established Date 01 Feb 2016; Business Registration Number HE 351838 (Cyprus) [GLOMAG] (Linked To: RAHMANI, Ajmal).

ZEN SHIPPING & PORT INDIA PRIVATE LIMITED (a.k.a. ZEN SHIPPING & PORTS INDIA PVT LTD; a.k.a. ZEN SHIPPING AND PORT INDIA PRIVATE LIMITED; a.k.a. ZEN SHIPPING AND PORTS INDIA PVT LTD), Unit 002, B-wing Ground Floor, 215 Atrium, Andheri Kurla Road, Andheri (East), Mumbai, Maharashtra 400 059, India; Website www.zenships.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 05 Apr 2011; Business Registration Number 215807 (India) [SDGT] [IFSR] (Linked To: SAHARA THUNDER).

ZEN SHIPPING & PORTS INDIA PVT LTD (a.k.a. ZEN SHIPPING & PORT INDIA PRIVATE LIMITED; a.k.a. ZEN SHIPPING AND PORT INDIA PRIVATE LIMITED; a.k.a. ZEN SHIPPING AND PORTS INDIA PVT LTD), Unit 002, B-wing Ground Floor, 215 Atrium, Andheri Kurla Road, Andheri (East), Mumbai, Maharashtra 400 059, India; Website www.zenships.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 05 Apr 2011; Business Registration Number 215807 (India) [SDGT] [IFSR] (Linked To: SAHARA THUNDER).

ZEN SHIPPING AND PORT INDIA PRIVATE LIMITED (a.k.a. ZEN SHIPPING & PORT INDIA PRIVATE LIMITED; a.k.a. ZEN SHIPPING & PORTS INDIA PVT LTD; a.k.a. ZEN SHIPPING AND PORTS INDIA PVT LTD), Unit 002, B-wing Ground Floor, 215 Atrium, Andheri Kurla Road, Andheri (East), Mumbai, Maharashtra 400 059, India; Website www.zenships.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 05 Apr 2011; Business Registration Number 215807 (India) [SDGT] [IFSR] (Linked To: SAHARA THUNDER).

ZEN SHIPPING AND PORTS INDIA PVT LTD (a.k.a. ZEN SHIPPING & PORT INDIA PRIVATE LIMITED; a.k.a. ZEN SHIPPING & PORTS INDIA PVT LTD; a.k.a. ZEN SHIPPING AND PORT INDIA PRIVATE LIMITED), Unit 002, B-wing Ground Floor, 215 Atrium, Andheri Kurla Road, Andheri (East), Mumbai, Maharashtra 400 059, India; Website www.zenships.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 05 Apr 2011; Business Registration Number 215807 (India) [SDGT] [IFSR] (Linked To: SAHARA THUNDER).

ZENG, Guowei (a.k.a. CENG, Guowei; a.k.a. TSANG, Erick; a.k.a. TSANG, Erick Kwok-wai; a.k.a. TSANG, Kwok-wai (Chinese Traditional: 曾國衞; Chinese Simplified: 曾国卫)), Flat 5F, Block 6, New Jade Gardens, Chaiwan, Hong Kong; DOB 01 Sep 1963; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. E9963190 (Hong Kong); Secretary for Constitutional and Mainland Affairs (individual) [HK-EO13936].

ZENIT 3D (a.k.a. "ZENIT"), Ul. Karla Marksa D. 5/3, Floor 1, Kom. 28, Ramenskoe 140100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5040139590 (Russia); Registration Number 1165040051263 (Russia) [RUSSIA-EO14024].

ZENITH BRIDGE INC, Office E, 20th Floor, Global Plaza Building, Calle 50, Panama City, Panama; Organization Established Date 30 Aug 2024; Identification Number IMO 0052848; Commercial Registry Number 155756205 (Panama) [IRAN-EO13902].

ZENKIN, Denis Vladimirovich (Cyrillic: ЗЕНКИН, Денис Владимирович), Kaliningrad, Russia; DOB 02 Sep 1974; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 530425561 (Russia) (individual) [RUSSIA-EO14024].

ZEOLITE MANSFORD SDN BHD, 163-D-4, Wisma Seri Perak, Jalan Perak, George Town 10150, Malaysia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 201801000575 (Malaysia) [RUSSIA-EO14024].

ZEPEDA ESPARZA, Olga Maria, Mexico; DOB 29 Jul 1996; POB Sinaloa, Mexico; citizen Mexico; Gender Female; Passport G16310107 (Mexico); C.U.R.P. ZEEO960729MSLPSL09 (Mexico) (individual) [VENEZUELA-EO13850].

ZEPHYR INTELLIGENCE RESEARCH AND ANALYSIS BUREAU (a.k.a. BALOCH LIBERATION ARMY; a.k.a. BALOCHISTAN LIBERATION ARMY (Arabic: بلۏچستان آجوىء

الشكر); a.k.a. MAJEED BRIGADE; a.k.a. "BLA"; a.k.a. "FATEH SQUAD"), Balochistan, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2000 [FTO] [SDGT].

ZERFAOUI, Ahmad (a.k.a. "ABDALLA"; a.k.a. "ABDULLAH"; a.k.a. "ABU CHOLDER"; a.k.a. "ABU KHAOULA"; a.k.a. "NUHR"; a.k.a. "SMAIL"); DOB 15 Jul 1963; POB Chrea, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ZERPA DELGADO, Simon Alejandro (Latin: ZERPA DELGADO, Simón Alejandro), Sucre, Miranda, Venezuela; DOB 28 Aug 1983; Gender Male; Cedula No. 16544324 (Venezuela); Vice President of Finance for Petroleos de Venezuela, S.A. (PDVSA) ; President of Venezuela's Economic and Social Development Bank (BANDES); President of Venezuela's National Development Fund (FONDEN); Vice Minister of Investment for Development  of Venezuela's Ministry of Economy and Finance; Principal Director of Venezuela's Foreign Trade Bank (BANCOEX); Principal Director of Venezuela's National Telephone Company (CANTV); Current or Former Presidential Commissioner to the Joint Chinese Venezuelan Fund; Current or Former Principal Board Member of Venezuela's National Electric Corporation (CORPOELEC); Former Executive Secretary of Venezuela's National Development Fund (FONDEN) (individual) [VENEZUELA].

ZEST LEASING (a.k.a. CJSC ZEST), pr. Medikov 5, of. 301, St. Petersburg, Russia; 2 Liter a Pl. Rastrelli, St. Petersburg 191124, Russia; Website http://www.zest-leasing.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027809190507; Government Gazette Number 44323193 [UKRAINE-EO13661].

ZET AKSIS (a.k.a. Z AXIS LLC; a.k.a. ZET AXIS LLC), Per. Gagarinskii D. 22/8, Str. 1, Floor Tsokolnyi Kom 3, Moscow 119002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 7704477392 (Russia); Registration Number 1197746112002 (Russia) [RUSSIA-EO14024].

ZET AXIS LLC (a.k.a. Z AXIS LLC; a.k.a. ZET AKSIS), Per. Gagarinskii D. 22/8, Str. 1, Floor Tsokolnyi Kom 3, Moscow 119002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 7704477392 (Russia); Registration Number 1197746112002 (Russia) [RUSSIA-EO14024].

ZEVALLOS GONZALES, Fernando Melciades (a.k.a. GONZALES, Hernan; a.k.a. ZEVALLOS GONZALEZ, Fernando); DOB 08 Jul 1957; POB Juanjui, San Martin, Peru; LE Number 07552116 (Peru) (individual) [SDNTK].

ZEVALLOS GONZALES, Lupe Maritza, c/o AERO CONTINENTE S.A., Lima, Peru; c/o EMPRESA EDITORA CONTINENTE PRESS S.A., Lima, Peru; c/o CORPORACION DE INVERSIONES EMPRESARIALES S.A., Lima, Peru; c/o REPRESENTACIONES ORIENTE S.R.L., Trujillo, Peru; c/o ORIENTE CONTRATISTAS GENERALES S.A., Trujillo, Peru; c/o URANTIA SERVICES S.A., Lima, Peru; c/o BLISSEY PANAMA INC., Panama City, Panama; c/o BELLOSOM ENTERPRISE, INC., Panama City, Panama; c/o LA CROSSE GROUP INC, Tortola, Virgin Islands, British; c/o AERO COURIER CARGO S.A., Lima, Peru; c/o TRANSPORTES AEREOS UNIDOS SELVA AMAZONICA S.A., Lima, Peru; Calle Nicolas de Rivera 610, Dpto. 702, Lima, Peru; DOB 17 Sep 1961; LE Number 07607833 (Peru) (individual) [SDNTK].

ZEVALLOS GONZALES, Milagros Angelina, c/o AERO CONTINENTE S.A., Lima, Peru; c/o AVIANDINA S.A.C., Lima, Peru; Calle Jose Maria Sert 201, Lima, Peru; DOB 12 Aug 1968; LE Number 07617157 (Peru) (individual) [SDNTK].

ZEVALLOS GONZALES, Ricardo (a.k.a. ZEVALLOS GONZALES, Winston Ricardo), c/o AERO CONTINENTE S.A., Lima, Peru; c/o AVIANDINA S.A.C., Lima, Peru; c/o CORPORACION DE INVERSIONES EMPRESARIALES S.A., Lima, Peru; c/o TALLER DE REPARACIONES DE AERODINOS SUS PARTES Y SERVICIOS AEREOS S.A., Tarapoto, San Martin, Peru; c/o TRANSPORTES AEREOS UNIDOS SELVA AMAZONICA S.A., Lima, Peru; Avenida Rio Grande 367, Lima, Peru; DOB 11 May 1959; SSN 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; LE Number 07942932 (Peru) (individual) [SDNTK].

ZEVALLOS GONZALES, Winston Ricardo (a.k.a. ZEVALLOS GONZALES, Ricardo), c/o AERO CONTINENTE S.A., Lima, Peru; c/o AVIANDINA S.A.C., Lima, Peru; c/o CORPORACION DE INVERSIONES EMPRESARIALES S.A., Lima, Peru; c/o TALLER DE REPARACIONES DE AERODINOS SUS PARTES Y SERVICIOS AEREOS S.A., Tarapoto, San Martin, Peru; c/o TRANSPORTES AEREOS UNIDOS SELVA AMAZONICA S.A., Lima, Peru; Avenida Rio Grande 367, Lima, Peru; DOB 11 May 1959; SSN 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; LE Number 07942932 (Peru) (individual) [SDNTK].

ZEVALLOS GONZALEZ, Fernando (a.k.a. GONZALES, Hernan; a.k.a. ZEVALLOS GONZALES, Fernando Melciades); DOB 08 Jul 1957; POB Juanjui, San Martin, Peru; LE Number 07552116 (Peru) (individual) [SDNTK].

ZEYAR, Faqir Mohammad (a.k.a. MOHAMMAD, Faqir; a.k.a. MUHAMMAD, Faqeer; a.k.a. MUHAMMAD, Faqir), Bannu, Pakistan; Lahore, Pakistan; DOB 1968; POB North Waziristan Agency, Pakistan; alt. POB Federally Administered Tribal Areas, Pakistan; alt. POB Khowst Province, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAQQANI NETWORK).

ZEYNABIYUN BRIGADE (a.k.a. LIWA ZAYNABIYOUN; a.k.a. ZAYNABIYOUN BRIGADE; a.k.a. ZEYNABIYYUN; a.k.a. ZEYNABIYYUN BRIGADE), Syria; Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZEYNABIYYUN (a.k.a. LIWA ZAYNABIYOUN; a.k.a. ZAYNABIYOUN BRIGADE; a.k.a. ZEYNABIYUN BRIGADE; a.k.a. ZEYNABIYYUN BRIGADE), Syria; Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZEYNABIYYUN BRIGADE (a.k.a. LIWA ZAYNABIYOUN; a.k.a. ZAYNABIYOUN BRIGADE; a.k.a. ZEYNABIYUN BRIGADE; a.k.a. ZEYNABIYYUN), Syria; Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZG OPTIQUE SA, Rue de Fin-De-Praz 24, Saint-Aubin Sauges 2024, Switzerland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 102945998 (Switzerland); Registration Number ch-645.1.009.280-5 (Switzerland) [RUSSIA-EO14024].

ZGHAIR, Waleed Talib Zghair (a.k.a. AL-HASHIMI, Walid Talib Zughayr; a.k.a. AL-RAWI, Waleed Talib Zghayir Karhout; a.k.a. AL-RAWI, Walid Talib Zughayr; a.k.a. ZGHYR, Walid Talib; a.k.a. "AL-RAWI, Abu Khalid"), Baghdad, Iraq; DOB 11 Nov 1988; nationality Iraq; Email Address waleed198811@gmail.com; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 9647807890955; alt. Phone Number 96407707840824; alt. Phone Number 9647720364973; Passport A11071541 (individual) [SDGT].

ZGHEIB, Ali Naif (a.k.a. ZGHEIB, Ali Nayef (Arabic: علي نايف زغيب); a.k.a. ZOGHEIB, Ali Nayef; a.k.a. ZUGHAIB, Ali), Raouche, Beirut, Lebanon; Ras El Matn, Lebanon; DOB 01 Jan 1945; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000024647222 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

ZGHEIB, Ali Nayef (Arabic: علي نايف زغيب) (a.k.a. ZGHEIB, Ali Naif; a.k.a. ZOGHEIB, Ali Nayef; a.k.a. ZUGHAIB, Ali), Raouche, Beirut, Lebanon; Ras El Matn, Lebanon; DOB 01 Jan 1945; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000024647222 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

ZGHYR, 'Umr Talib (a.k.a. AL-HASHIMI, Umar Talib Zughayr; a.k.a. AL-RAWI, 'Umar Talib; a.k.a. AL-RAWI, Umar Talib Zughayr; a.k.a. AL-RAWI, Umar Talib Zughayr Karhoot; a.k.a. "AL-

RAWI, Abu Umar"), Samsun, Turkey; al-Qa'im, Anbar Province, Iraq; Mersin Province, Turkey; DOB 1970; alt. DOB 1971; POB Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 907816941101; alt. Phone Number 9647734097694 (individual) [SDGT].

ZGHYR, Walid Talib (a.k.a. AL-HASHIMI, Walid Talib Zughayr; a.k.a. AL-RAWI, Waleed Talib Zghayir Karhout; a.k.a. AL-RAWI, Walid Talib Zughayr; a.k.a. ZGHAIR, Waleed Talib Zghair; a.k.a. "AL-RAWI, Abu Khalid"), Baghdad, Iraq; DOB 11 Nov 1988; nationality Iraq; Email Address waleed198811@gmail.com; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 9647807890955; alt. Phone Number 96407707840824; alt. Phone Number 9647720364973; Passport A11071541 (individual) [SDGT].

ZHAKER, Xuekelaiti (a.k.a. SHOHRAT, Zakir; a.k.a. ZAKIR, Shohrat (Arabic: شۆھرەت زاكىر; Chinese Simplified: 雪克来提扎克尔); a.k.a. ZAKIR, Shohret), Xinjiang, China; DOB Aug 1953; POB Yining City, Xinjiang, China; nationality China; Gender Male (individual) [GLOMAG] (Linked To: XINJIANG PUBLIC SECURITY BUREAU).

ZHALALOV, Nazhmiddin (a.k.a. ABU YAHYA MUHAMMAD FATIH; a.k.a. JALALOV, Najmiddin; a.k.a. JALOLOV, Najmiddin; a.k.a. JALOLOV, Najmiddin Kamolitdinovich; a.k.a. ZHALOLOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmidin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmuddin Kamoldinovich; a.k.a. ZHANOV, Najmiddin Kamilidinovich; a.k.a. "ABDURAKHMON"; a.k.a. "YAHYO"; a.k.a. "YAKH'YO"), S. Jalilov Street 14, Khartu, Andijan region, Uzbekistan; DOB 01 Apr 1972; alt. DOB 1972; POB Andijan region, Uzbekistan; nationality Uzbekistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ZHALOLOV, Nazhmiddin (a.k.a. ABU YAHYA MUHAMMAD FATIH; a.k.a. JALALOV, Najmiddin; a.k.a. JALOLOV, Najmiddin; a.k.a. JALOLOV, Najmiddin Kamolitdinovich; a.k.a. ZHALALOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmidin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmuddin Kamoldinovich; a.k.a. ZHANOV,

Najmiddin Kamilidinovich; a.k.a. "ABDURAKHMON"; a.k.a. "YAHYO"; a.k.a. "YAKH'YO"), S. Jalilov Street 14, Khartu, Andijan region, Uzbekistan; DOB 01 Apr 1972; alt. DOB 1972; POB Andijan region, Uzbekistan; nationality Uzbekistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ZHALOLOV, Nazhmiddin Kamoldinovich (a.k.a. ABU YAHYA MUHAMMAD FATIH; a.k.a. JALALOV, Najmiddin; a.k.a. JALOLOV, Najmiddin; a.k.a. JALOLOV, Najmiddin Kamolitdinovich; a.k.a. ZHALALOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmidin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmuddin Kamoldinovich; a.k.a. ZHANOV, Najmiddin Kamilidinovich; a.k.a. "ABDURAKHMON"; a.k.a. "YAHYO"; a.k.a. "YAKH'YO"), S. Jalilov Street 14, Khartu, Andijan region, Uzbekistan; DOB 01 Apr 1972; alt. DOB 1972; POB Andijan region, Uzbekistan; nationality Uzbekistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ZHALOLOV, Nazhmidin Kamoldinovich (a.k.a. ABU YAHYA MUHAMMAD FATIH; a.k.a. JALALOV, Najmiddin; a.k.a. JALOLOV, Najmiddin; a.k.a. JALOLOV, Najmiddin Kamolitdinovich; a.k.a. ZHALALOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmuddin Kamoldinovich; a.k.a. ZHANOV, Najmiddin Kamilidinovich; a.k.a. "ABDURAKHMON"; a.k.a. "YAHYO"; a.k.a. "YAKH'YO"), S. Jalilov Street 14, Khartu, Andijan region, Uzbekistan; DOB 01 Apr 1972;

alt. DOB 1972; POB Andijan region, Uzbekistan; nationality Uzbekistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ZHAMSUYEV, Bair Bayaskhalanovich (Cyrillic: ЖАМСУЕВ, Баир Баясхаланович), Russia; DOB 29 Jan 1959; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZHANG, Chunxian (Chinese Simplified: 张春贤; Chinese Traditional: 張春賢), Beijing, China; DOB May 1953; POB Yuzhou City, Henan Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

ZHANG, Hongbo (Chinese Simplified: 张洪波), China; DOB Mar 1965; POB Xuanhan County, Sichuan Province, China; nationality China; Gender Male; Director of the Tibetan Public Security Bureau (individual) [GLOMAG].

ZHANG, Jian, Al Owais Building, Al Baniyas Street, Apt. 707, Dubai, United Arab Emirates; DOB 03 Feb 1981; POB Tangshan, China; nationality China; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Passport EJ4340624 (China); National ID No. 130203198102030017 (China) (individual) [NPWMD] (Linked To: SIM, Hyon Sop).

ZHANG, Jian (Chinese Simplified: 张建; Chinese Traditional: 張建), No. 100, North Hengfeng Road, Shanghai, China; Dezhou, Shandong, China (Chinese Simplified: 德州市, 山东, China; Chinese Traditional: 德州市, 山東, China); DOB 22 Nov 1978; nationality China; Gender Male; Chinese Commercial Code 1728 1696; Citizen's Card Number 372426197811220350 (China) (individual) [SDNTK] (Linked To: ZARON BIO-TECH (ASIA) LIMITED).

ZHANG, Jiang Ping (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a.

WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

ZHANG, Jiangping (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

ZHANG, Jicheng; DOB 12 Nov 1973; POB China; citizen China; Passport G60761595 (China); Chinese Commercial Code 1728 3444 2052 (individual) [SDNTK] (Linked To: CEC LIMITED).

ZHANG, Keping (Chinese Simplified: 张克平; Chinese Traditional: 張克平), Dezhou, Shandong, China (Chinese Simplified: 德州市, 山东, China; Chinese Traditional: 德州市, 山東, China); DOB 22 Oct 1955; Gender Male; Chinese Commercial Code 1728 0344 1627; Citizen's Card Number 372426195510220331 (China) (individual) [SDNTK].

ZHANG, Lei (a.k.a. CHANG, Eric; a.k.a. LEI, Zhang; a.k.a. ZHANG, Shi); DOB 03 Jan 1976; POB Shanghai, China; citizen China; Passport G23851362 (China); alt. Passport W76048374 (China); National ID No. 320202197601030513 (China); Chinese Commercial Code 1728 4320

(individual) [SDNTK] (Linked To: CEC LIMITED).

ZHANG, Longbao, China; DOB 10 Nov 1954; alt. DOB 11 Oct 1954; nationality China; National ID No. 310230195411106219 (China) (individual) [SDNTK].

ZHANG, Shi (a.k.a. CHANG, Eric; a.k.a. LEI, Zhang; a.k.a. ZHANG, Lei); DOB 03 Jan 1976; POB Shanghai, China; citizen China; Passport G23851362 (China); alt. Passport W76048374 (China); National ID No. 320202197601030513 (China); Chinese Commercial Code 1728 4320 (individual) [SDNTK] (Linked To: CEC LIMITED).

ZHANG, Taotao (Chinese Simplified: 张涛涛), Room 1611B, 16/F, Ho King Commercial Centre, 2-16 FA Yuen Street, MongKok, Kowloon, Hong Kong; Rm. 1705, No. 158, Zhangyang Road, Pudong, Shanghai, China; DOB 14 Feb 1988; POB China; citizen China; Gender Male; National ID No. 32030419880214363X (China) (individual) [SDNTK].

ZHANG, Wei (Chinese Simplified: 张伟), No. 67, Guangming Street 6th Village, Qiaodong District, Xingtai, Hebei, China (Chinese Simplified: 光明街6号村67号, 桥东区, 邢台市, 河北省, China); DOB 16 Jun 1977; POB Hebei, China; nationality China; citizen China; Gender Male; Digital Currency Address - XBT 3NU9zkD8CCVGVmYnNNSN7PbU9sSFQBm5UV; Digital Currency Address - ETH 0x961c5be54a2ffc17cf4cb021d863c42dacd47fc1; Digital Currency Address - TRX TRBACioxdrdsYEZHvJWiUDZcMdBPpEe5Ub; National ID No. 130502197706161537 (China) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: HEBEI CROVELL BIOTECH CO., LTD.).

ZHANG, Wen-Fu (a.k.a. CHANG, Tony; a.k.a. CHANG, Wen-Fu); DOB 01 Apr 1965; nationality Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 211606395 (Taiwan) (individual) [NPWMD].

ZHANG, Xiaoming (Chinese Simplified: 张晓明; Chinese Traditional: 張曉明), China; DOB 03 Sep 1963; POB Taizhou, China; nationality China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. 11010819630903003X (China); Deputy

Director, Hong Kong and Macao Affairs Office of the State Council (individual) [HK-EO13936].

ZHANG, Yanbing (Chinese Simplified: 张艳兵), China; DOB 02 Oct 1982; POB Hebei, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport EJ4090952 (China) expires 20 Apr 2031 (individual) [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

ZHANG, Yu (Chinese Simplified: 张瑜), Shanghai, China; DOB 10 Sep 1997; POB Shanghai City, Pudongxin District, China; nationality China; Gender Female; National ID No. 310115199709107221 (China) (individual) [IRAN-EO13902] (Linked To: NASSER ZARRIN GHALAM AND PARTNERS COMPANY).

ZHANOV, Najmiddin Kamilidinovich (a.k.a. ABU YAHYA MUHAMMAD FATIH; a.k.a. JALALOV, Najmiddin; a.k.a. JALOLOV, Najmiddin; a.k.a. JALOLOV, Najmiddin Kamolitdinovich; a.k.a. ZHALALOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmidin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmuddin Kamoldinovich; a.k.a. "ABDURAKHMON"; a.k.a. "YAHYO"; a.k.a. "YAKH'YO"), S. Jalilov Street 14, Khartu, Andijan region, Uzbekistan; DOB 01 Apr 1972; alt. DOB 1972; POB Andijan region, Uzbekistan; nationality Uzbekistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ZHAO WEI NARCOTICS TRAFFICKING GROUP (a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. ZHAO WEI TCO), Laos; Thailand; Burma; China [TCO].

ZHAO WEI TCO (a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. ZHAO WEI NARCOTICS TRAFFICKING GROUP), Laos; Thailand; Burma; China [TCO].

ZHAO, Dong Dong (a.k.a. ZHAO, Dongdong (Chinese Simplified: 赵冬冬); a.k.a. "MANX, Logan"), Yantai, Shandong, China; DOB 04 Feb 1990; POB Shandong, China; nationality China; Website www.tdpmolds.com; alt. Website www.tdpsell.com; Email Address loganmanx@hotmail.com; Gender Male; Phone Number 8613188782935; National ID No. 371327199002044616 (China) (individual) [ILLICIT-DRUGS-EO14059].

ZHAO, Dongdong (Chinese Simplified: 赵冬冬) (a.k.a. ZHAO, Dong Dong; a.k.a. "MANX, Logan"), Yantai, Shandong, China; DOB 04 Feb 1990; POB Shandong, China; nationality China;

Website www.tdpmolds.com; alt. Website www.tdpsell.com; Email Address loganmanx@hotmail.com; Gender Male; Phone Number 8613188782935; National ID No. 371327199002044616 (China) (individual) [ILLICIT-DRUGS-EO14059].

ZHAO, Guangzong (Chinese Simplified: 赵光宗), Hubei Province, China; DOB 12 Nov 1985; POB Jingzhou Municipality, China; nationality China; citizen China; Gender Male; National ID No. 421003198511121539 (China) (individual) [CYBER2].

ZHARIKOV, Dmitry Ivanovich, Russia; DOB 30 Jun 1970; POB Potsdam, Germany; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 716622064 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLICHNOE AKTSIONERNOE OBSHCHESTVO KOMMERCHESKI BANK RUSSKI REGIONALNY BANK).

ZHAROV, Aleksandr (a.k.a. ZHAROV, Alexander Alexandrovich), Russia; DOB 11 Aug 1964; POB Chelyabinsk, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Federal Service for Supervision of Communications, Information Technology, and Mass Media (individual) [UKRAINE-EO13661].

ZHAROV, Alexander Alexandrovich (a.k.a. ZHAROV, Aleksandr), Russia; DOB 11 Aug 1964; POB Chelyabinsk, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Federal Service for Supervision of Communications, Information Technology, and Mass Media (individual) [UKRAINE-EO13661].

ZHARSKI, Aliaksandr Uladzimiravich (Cyrillic: ЖАРСКІ, АЛЯКСАНДР УЛАДЗІМІРАВІЧ) (a.k.a. ZHARSKII, Aleksandr Vladimirovich (Cyrillic: ЖАРСКИЙ, Александр Владимирович)), Belarus; DOB 14 Dec 1971; POB Saligorsk, Belarus; nationality Belarus; Gender Male; National ID No. 3141271A021PB4 (Belarus) (individual) [BELARUS-EO14038] (Linked To: OOO RUCHSERVOMOTOR).

ZHARSKII, Aleksandr Vladimirovich (Cyrillic: ЖАРСКИЙ, Александр Владимирович) (a.k.a. ZHARSKI, Aliaksandr Uladzimiravich (Cyrillic: ЖАРСКІ, АЛЯКСАНДР УЛАДЗІМІРАВІЧ)), Belarus; DOB 14 Dec 1971; POB Saligorsk, Belarus; nationality Belarus; Gender Male;

National ID No. 3141271A021PB4 (Belarus) (individual) [BELARUS-EO14038] (Linked To: OOO RUCHSERVOMOTOR).

ZHDANOVA, Ekaterina Valeryevna (a.k.a. ZHDANOVA, Yekaterina), Building 4 Andreya Tarkovskogo Boulevard, Apartment 334, Vnukovskoe Settlement, Moscow 108811, Russia; H.18 BLD.2 APP.390 Kantemirovskaya Street, Moscow, Russia; Vernadsky Prospekt 94-4-1235, Moscow 119571, Russia; DOB 18 Mar 1986; POB Omsukchan Village, Magadan Oblast, Russia; nationality Russia; citizen Russia; Email Address 2203390@gmail.com; Gender Female; Digital Currency Address - XBT 1Ljk8RNNabkZ9bfDYQBn98XfFozJhTjqcZ; alt. Digital Currency Address - XBT 3685sEusmTwZBiKJ4cgV73EAhpVD1nbgbe; alt. Digital Currency Address - XBT 39p8qWp1bkBNhi4vPpFTetKPtH7goqNDZf; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 751391473 (Russia) issued 13 May 2015; National ID No. 0113962684 (Russia); alt. National ID No. 0104430208 (Russia) (individual) [RUSSIA-EO14024].

ZHDANOVA, Yekaterina (a.k.a. ZHDANOVA, Ekaterina Valeryevna), Building 4 Andreya Tarkovskogo Boulevard, Apartment 334, Vnukovskoe Settlement, Moscow 108811, Russia; H.18 BLD.2 APP.390 Kantemirovskaya Street, Moscow, Russia; Vernadsky Prospekt 94-4-1235, Moscow 119571, Russia; DOB 18 Mar 1986; POB Omsukchan Village, Magadan Oblast, Russia; nationality Russia; citizen Russia; Email Address 2203390@gmail.com; Gender Female; Digital Currency Address - XBT 1Ljk8RNNabkZ9bfDYQBn98XfFozJhTjqcZ; alt. Digital Currency Address - XBT 3685sEusmTwZBiKJ4cgV73EAhpVD1nbgbe; alt. Digital Currency Address - XBT 39p8qWp1bkBNhi4vPpFTetKPtH7goqNDZf; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 751391473 (Russia) issued 13 May 2015; National ID No. 0113962684 (Russia); alt. National ID No. 0104430208 (Russia) (individual) [RUSSIA-EO14024].

ZHE JIANG JIAYI SMALL COMMODITIES TRADE COMPANY LIMITED, Mong Kok, Hong Kong; Surat Thani 84320, Thailand; Jiaxing, Zhejiang Province, China; Tsim Sha Tsui, Kowloon, Hong Kong; Central, Hong Kong; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number

1328910 (Hong Kong) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

ZHEJIANG GFIR TECHNOLOGY AND INDUSTRIAL CO LTD (a.k.a. ZHEJIANG JINHUO SCIENCE AND TECHNOLOGY INDUSTRY CO LTD (Chinese Simplified: 浙江金火科技实业有限公司)), No. 178, Changkou East Street, Changkou Town, Hangzhou 311400, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91330183759536548T (China) [RUSSIA-EO14024].

ZHEJIANG HEADMAN MACHINERY CO LTD (Chinese Simplified: 浙江海德曼智能装备股份有限公司), No. 45, Changshun Road, Bingang Industrial City, Taizhou 317604, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 913310211483889459 (China) [RUSSIA-EO14024].

ZHEJIANG JINHUO SCIENCE AND TECHNOLOGY INDUSTRY CO LTD (Chinese Simplified: 浙江金火科技实业有限公司) (a.k.a. ZHEJIANG GFIR TECHNOLOGY AND INDUSTRIAL CO LTD), No. 178, Changkou East Street, Changkou Town, Hangzhou 311400, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91330183759536548T (China) [RUSSIA-EO14024].

ZHEJIANG KAIDA MACHINE TOOL CO LTD (Chinese Simplified: 浙江凯达机床股份有限公司), No. 178, Huancheng West Road, Taozhu Street, Zhuji 312000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 913300001462215192 (China) [RUSSIA-EO14024].

ZHEJIANG LIGHT MACHINERY INDUSTRY CO., LTD. (a.k.a. ZHEJIANG QINGJI IND. CO., LTD (Chinese Simplified: 浙江轻机实业有限公司); a.k.a. ZHEJIANG QINGJI INDUSTRIAL CO., LTD.), Room 1401, No. 658, Jianguo North Road, Hangzhou, Zhejiang, China; Room 1404, Haihua Plaza, No. 658, Jianguo Road (N), Xiacheng District, Hangzhou, Zhejiang 310004, China; Website http://www.chinaseparator.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 Jul 1963; Registration Number 330100000040072 (China); Unified Social Credit Code (USCC) 91330100143036318W (China) [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

ZHEJIANG MARQUIS INTERNATIONAL TRADING CO LTD (a.k.a. ZHEJIANG MERCOX INTERNATIONAL TRADE CO LTD (Chinese Simplified: 浙江麦科思国际贸易有限公司)), Room 2-212, Building 1, No. 9 Chenghai Road, Meishan Bonded Port Area, Meishan Street, Ningbo 315800, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91330206MA2CHYUU3E (China) [RUSSIA-EO14024].

ZHEJIANG MERCOX INTERNATIONAL TRADE CO LTD (Chinese Simplified: 浙江麦科思国际贸易有限公司) (a.k.a. ZHEJIANG MARQUIS INTERNATIONAL TRADING CO LTD), Room 2-212, Building 1, No. 9 Chenghai Road, Meishan Bonded Port Area, Meishan Street, Ningbo 315800, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91330206MA2CHYUU3E (China) [RUSSIA-EO14024].

ZHEJIANG OULONG ELECTRIC CO LTD (Chinese Simplified: 浙江欧珑电气有限公司), No. 4226, Binhai 3rd Road, Economic and Technological Development Zone, Wenzhou, Zhejiang 325025, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91330301787738024Y (China) [RUSSIA-EO14024].

ZHEJIANG QINGJI IND. CO., LTD (Chinese Simplified: 浙江轻机实业有限公司) (a.k.a. ZHEJIANG LIGHT MACHINERY INDUSTRY CO., LTD.; a.k.a. ZHEJIANG QINGJI INDUSTRIAL CO., LTD.), Room 1401, No. 658, Jianguo North Road, Hangzhou, Zhejiang, China; Room 1404, Haihua Plaza, No. 658, Jianguo Road (N), Xiacheng District, Hangzhou, Zhejiang 310004, China; Website http://www.chinaseparator.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 Jul 1963; Registration Number 330100000040072 (China); Unified Social Credit Code (USCC) 91330100143036318W (China) [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

ZHEJIANG QINGJI INDUSTRIAL CO., LTD. (a.k.a. ZHEJIANG LIGHT MACHINERY INDUSTRY CO., LTD.; a.k.a. ZHEJIANG QINGJI IND. CO., LTD (Chinese Simplified: 浙江轻机实业有限公司)), Room 1401, No. 658, Jianguo North Road, Hangzhou, Zhejiang, China; Room 1404, Haihua Plaza, No. 658, Jianguo Road (N), Xiacheng District, Hangzhou, Zhejiang 310004, China; Website http://www.chinaseparator.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 Jul 1963; Registration Number 330100000040072 (China); Unified Social Credit Code (USCC) 91330100143036318W (China) [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

ZHEJIANG TIANLU ENERGY CO., LTD. (a.k.a. CHINA GRAIN STORAGE AND TRANSPORTATION ZHOUSHAN CO., LIMITED; a.k.a. ZHONGGU STORAGE AND TRANSPORTATION CO., LTD. (Chinese Simplified: 中谷储运 舟山 有限公司)), No. 1, Saddle Community, Zenggang Street, Dinghai District, Zhoushan, Zhejiang, China; Website www.cgstc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 330900400000063 (China); Unified Social Credit Code (USCC) 913309006605851637 (China) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

ZHEJIANG WENDE IMPORT AND EXPORT CO., LTD. (a.k.a. ZHEJIANG WONDER IMP. AND EXP. CO., LTD. (Chinese Simplified: 浙江文德进出口有限公司); a.k.a. ZHEJIANG WONDER IMPORT AND EXPORT COMPANY LIMITED), Floor 26, Building 1, Shuangcheng International, No. 1785, Jianghan Road, Binjiang District, Hangzhou, Zhejiang 310052, China; Room 9-318A, Xingnong Building, Hangzhou Free Trade Zone, Hangzou 310052, China; Website www.zjwonder.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Nov 2008; Unified Social Credit Code (USCC) 913302016810757525 (China) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

ZHEJIANG WONDER IMP. AND EXP. CO., LTD. (Chinese Simplified: 浙江文德进出口有限公司) (a.k.a. ZHEJIANG WENDE IMPORT AND EXPORT CO., LTD.; a.k.a. ZHEJIANG WONDER IMPORT AND EXPORT COMPANY

LIMITED), Floor 26, Building 1, Shuangcheng International, No. 1785, Jianghan Road, Binjiang District, Hangzhou, Zhejiang 310052, China; Room 9-318A, Xingnong Building, Hangzhou Free Trade Zone, Hangzou 310052, China; Website www.zjwonder.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Nov 2008; Unified Social Credit Code (USCC) 913302016810757525 (China) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

ZHEJIANG WONDER IMPORT AND EXPORT COMPANY LIMITED (a.k.a. ZHEJIANG WENDE IMPORT AND EXPORT CO., LTD.; a.k.a. ZHEJIANG WONDER IMP. AND EXP. CO., LTD. (Chinese Simplified: 浙江文德进出口有限公司)), Floor 26, Building 1, Shuangcheng International, No. 1785, Jianghan Road, Binjiang District, Hangzhou, Zhejiang 310052, China; Room 9-318A, Xingnong Building, Hangzhou Free Trade Zone, Hangzou 310052, China; Website www.zjwonder.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Nov 2008; Unified Social Credit Code (USCC) 913302016810757525 (China) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

ZHEJIANG ZHENHUAN CNC MACHINE TOOL CO., LTD. (Chinese Simplified: 浙江震环数控机床股份有限公司) (a.k.a. "Z-MAT" (Chinese Simplified: "震环机床集团")), Mechanical and Electrical Zone, Yuhuan, Taizhou, Zhejiang 317699, China; Website https://cn.zmat.com/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Dec 2000; Organization Type: Manufacture of other special-purpose machinery; Unified Social Credit Code (USCC) 91331000725858856D (China) [RUSSIA-EO14024].

ZHELEZNYAK, Sergei (a.k.a. ZHELEZNYAK, Sergei Vladimirovich; a.k.a. ZHELEZNYAK, Sergey); DOB 30 Jul 1970; POB Saint Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Speaker of the State Duma of the Russian Federation (individual) [UKRAINE-EO13661].

ZHELEZNYAK, Sergei Vladimirovich (a.k.a. ZHELEZNYAK, Sergei; a.k.a. ZHELEZNYAK,

Sergey); DOB 30 Jul 1970; POB Saint Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Speaker of the State Duma of the Russian Federation (individual) [UKRAINE-EO13661].

ZHELEZNYAK, Sergey (a.k.a. ZHELEZNYAK, Sergei; a.k.a. ZHELEZNYAK, Sergei Vladimirovich); DOB 30 Jul 1970; POB Saint Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Speaker of the State Duma of the Russian Federation (individual) [UKRAINE-EO13661].

ZHELYAZKOV, Ilko Dimitrov (a.k.a. ZHELYAZKOV, Ilko Dmitrov), Bulgaria; DOB 08 Feb 1958; nationality Bulgaria; Gender Male (individual) [GLOMAG].

ZHELYAZKOV, Ilko Dmitrov (a.k.a. ZHELYAZKOV, Ilko Dimitrov), Bulgaria; DOB 08 Feb 1958; nationality Bulgaria; Gender Male (individual) [GLOMAG].

ZHENG DRUG TRAFFICKING ORGANIZATION, Shanghai, China; Website www.globalrc.net; alt. Website www.goldenrc.com; alt. Website www.toplabrc.com; Email Address MagicChemical@hotmail.com; alt. Email Address goldenchemical@live.com; alt. Email Address 3507656950@qq.com; alt. Email Address sales@globalrc.net [SDNTK].

ZHENG, Fujing (Chinese Simplified: 郑福景; Chinese Traditional: 鄭福景) (a.k.a. "DENG, Gao"; a.k.a. "JIN, Gordon"; a.k.a. "ZHENG, Gordon"); DOB 11 Jun 1983; POB China; nationality China; citizen China; Email Address goldenchemical@live.com; alt. Email Address gordonzheng@qinvictory.com; alt. Email Address magicchemical@hotmail.com; alt. Email Address sales@globalrc.net; alt. Email Address 3507656950@qq.com; alt. Email Address zhengfujing@live.cn; Gender Male; Digital Currency Address - XBT 17ezuJoT3XBbdcwFZbkTnrXbup11F4uhiy; alt. Digital Currency Address - XBT 1DH2xDH7TngrDU6LXciprKCBKNcPA1xX8A; Passport G31920875 (China) issued 24 Oct 2008 expires 23 Oct 2018; Identification Number 310107198306111336 (China); Chinese Commercial Code 6774 4395 2529 (individual) [SDNTK].

ZHENG, Guangfu, China; DOB 20 Jan 1958; nationality China; National ID No.

310107195801202418 (China) (individual) [SDNTK].

ZHENG, Guanghua (Chinese Traditional: 鄭广華; Chinese Simplified: 郑广华); DOB 04 Nov 1955; POB Shanghai, China; nationality China; citizen China; Email Address zhenguanghua1955@outlook.com; alt. Email Address zhenguanghua1955@gmail.com; Gender Male; Digital Currency Address - XBT 33Kja69SQVc8kozpoP7Qw6HFtGxHkiWzTz; alt. Digital Currency Address - XBT 3MkUNScqf21EcfWq6T4x2MFgBeSTqhB5t6; alt. Digital Currency Address - XBT 18uKfaUjgG52rVeXEi3wxnveww7zZuECtE; Digital Currency Address - LTC LaizKtS5DUhPuP1nTQcc83MS7HwK6vk85z; Passport E51809923 (China) issued 25 May 2015 expires 24 May 2025; Identification Number 310108195511041616 (China); Chinese Commercial Code 6774 1639 5478 (individual) [SDNTK].

ZHENG, Yanni (Chinese Simplified: 郑燕妮) (a.k.a. MILLER, Lucy; a.k.a. "SAKURAKO OKUBO"), 98/86 #45A1 Na Chom Thian, Sattahip District, Chon Buri 20250, Thailand; DOB 02 Jul 1973; POB Anshan Liaoning, China; nationality China; alt. nationality Saint Kitts and Nevis; Gender Female; Passport EH4901807 (China); alt. Passport EA5001872 (China); alt. Passport RE0124679 (Saint Kitts and Nevis) issued 13 May 2022 expires 12 May 2032 (individual) [CYBER2].

ZHENG, Yanxiong (Chinese Simplified: 郑雁雄; Chinese Traditional: 鄭雁雄), Apt 608, 50 Huali Road, Guangzhou, Guangdong 510623, China; DOB 25 Aug 1963; POB Shantou, China; nationality China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport SE0226769 (China) issued 10 Aug 2016 expires 10 Aug 2021; National ID No. 440111196308254212 (China); Director, Office for Safeguarding National Security in Hong Kong (individual) [HK-EO13936].

ZHENYU, Li (a.k.a. LI, Zhenyu (Chinese Simplified: 励振羽)), Dalian, China; DOB 07 Jun 1965; POB Dandong, China; nationality China; Gender Male; Passport E63646378 (China) issued 27 Nov 2015 expires 26 Nov 2025; National ID No. 210211196506075832 (China) (individual) [GLOMAG].

ZHEREBTSOV, Yuriy Gennadievych (a.k.a. ZHEREBTSOV, Yuriy Gennadyevich; a.k.a. ZHEREBTSOV, Yury), 23 Ulitsa Koltsevaya, Yevpatoria, Crimea, Ukraine; DOB 19 Nov

1969; POB Odessa, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Counselor to the Speaker of the Crimean Rada (individual) [UKRAINE-EO13660].

ZHEREBTSOV, Yuriy Gennadyevich (a.k.a. ZHEREBTSOV, Yuriy Gennadievych; a.k.a. ZHEREBTSOV, Yury), 23 Ulitsa Koltsevaya, Yevpatoria, Crimea, Ukraine; DOB 19 Nov 1969; POB Odessa, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Counselor to the Speaker of the Crimean Rada (individual) [UKRAINE-EO13660].

ZHEREBTSOV, Yury (a.k.a. ZHEREBTSOV, Yuriy Gennadievych; a.k.a. ZHEREBTSOV, Yuriy Gennadyevich), 23 Ulitsa Koltsevaya, Yevpatoria, Crimea, Ukraine; DOB 19 Nov 1969; POB Odessa, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Counselor to the Speaker of the Crimean Rada (individual) [UKRAINE-EO13660].

ZHI XIN INVESTMENT CO. LTD., Phnom Penh, Cambodia; Tax ID No. B117-901701963 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

ZHI XU INVESTMENT CO. LTD., Phnom Penh, Cambodia; Tax ID No. B117-901701964 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

ZHI XU KOH RATANAK HOTEL CO. LTD., Preah Sihanouk, Cambodia; Tax ID No. B117-901908506 (Cambodia) [TCO] (Linked To: CHEN, Zhi).

ZHIDKO, Gennady, Russia; DOB 12 Sep 1965; POB Uzbekistan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ZHIDKOV, Andrei Aleksandrovich (a.k.a. ZHIDKOV, Andrey Aleksandrovich (Cyrillic: ЖИДКОВ, Андрей Александрович)), Melitopol, Zaporizhzhia region, Ukraine; DOB 15 Sep 1979; POB Inta, Komi Republic, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780719977500 (Russia) (individual) [RUSSIA-EO14024].

ZHIDKOV, Andrey Aleksandrovich (Cyrillic: ЖИДКОВ, Андрей Александрович) (a.k.a. ZHIDKOV, Andrei Aleksandrovich), Melitopol, Zaporizhzhia region, Ukraine; DOB 15 Sep 1979; POB Inta, Komi Republic, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 780719977500 (Russia) (individual) [RUSSIA-EO14024].

ZHIDKOV, Viktor Olegovich (Cyrillic: ЖИДКОВ, Виктор Олегович), Russia; DOB 08 Feb 1972; POB Vologda, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ZHIHANG SHIP MANAGEMENT (a.k.a. SHANGHAI ZHIHANG SHIP MANAGEMENT CO., LTD.; a.k.a. ZHIHANG SHIP MANAGEMENT SHANGHAI CO LTD (Chinese Simplified: 上海智航船舶管理有限公司)), Pudong Nanlu, Pudong Xinqu, Shanghai 200120, China; Room 328, 3/F., Unit 2, No. 231 Shibocun Road, China (Shanghai) Pilot Free-Trade Zone, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Identification Number IMO 6114218; Registration Number 310141000551704 (China); Unified Social Credit Code (USCC) 91310115MA1K4DLAXM (China) [IRAN-EO13846].

ZHIHANG SHIP MANAGEMENT SHANGHAI CO LTD (Chinese Simplified: 上海智航船舶管理有限公司) (a.k.a. SHANGHAI ZHIHANG SHIP MANAGEMENT CO., LTD.; a.k.a. ZHIHANG SHIP MANAGEMENT), Pudong Nanlu, Pudong Xinqu, Shanghai 200120, China; Room 328, 3/F., Unit 2, No. 231 Shibocun Road, China (Shanghai) Pilot Free-Trade Zone, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING

PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Identification Number IMO 6114218; Registration Number 310141000551704 (China); Unified Social Credit Code (USCC) 91310115MA1K4DLAXM (China) [IRAN-EO13846].

ZHILKIN, Viktor Nikolaevich, Russia; DOB 03 Feb 1960; POB Ageevo, Tula Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 434536095851 (Russia) (individual) [RUSSIA-EO14024].

ZHIQING, Wang (a.k.a. WANG, Zhiqing (Chinese Simplified: 王志清)), 2 301 No.129 Yongshi Living Area Huangong Road, Zibo, Shandong, China; DOB 01 Jun 1961 to 30 Jun 1961; nationality China; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi) (individual) [IRAN-EO13846] (Linked To: SHANDONG QIWANGWA PETROCHEMICAL CO., LTD.).

ZHIROV, Artur (a.k.a. ZHIROV, Artur Aleksandrovich (Cyrillic: ЖИРОВ, Артур Александрович)), Moscow, Russia; DOB 06 Jul 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ZHIROV, Artur Aleksandrovich (Cyrillic: ЖИРОВ, Артур Александрович) (a.k.a. ZHIROV, Artur), Moscow, Russia; DOB 06 Jul 1961; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

ZHIVLYUK, Aleksandr Pavlovich (Cyrillic: ЖИВЛЮК, Александр Павлович), 62-164 Sukharevskaya St., Minsk, Belarus (Cyrillic: 62-164 ул. Сухаревская, г. Минск, Belarus); DOB 13 Jan 1981; nationality Belarus; Gender Male; National ID No. 3130181C043PB0 (Belarus); Tax ID No. BA9295684 (Belarus) (individual) [BELARUS-EO14038].

ZHOGA, Artem Vladimirovich (Cyrillic: ЖОГА, Артем Владимирович; Cyrillic: ЖОГА, Артем Володимирович) (a.k.a. ZHOGA, Artem Volodymyrovich; a.k.a. ZHOGA, Artyom), 101 40-letiya Oktyabrya St., Slovyansk, Ukraine; 8 Biryuzova St., Apartment 23, Donetsk, Donetsk Region, Ukraine; DOB 18 Jan 1975; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2741113672 (Ukraine) (individual) [RUSSIA-EO14024].

ZHOGA, Artem Volodymyrovich (a.k.a. ZHOGA, Artem Vladimirovich (Cyrillic: ЖОГА, Артем Владимирович; Cyrillic: ЖОГА, Артем Володимирович); a.k.a. ZHOGA, Artyom), 101 40-letiya Oktyabrya St., Slovyansk, Ukraine; 8 Biryuzova St., Apartment 23, Donetsk, Donetsk Region, Ukraine; DOB 18 Jan 1975; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2741113672 (Ukraine) (individual) [RUSSIA-EO14024].

ZHOGA, Artyom (a.k.a. ZHOGA, Artem Vladimirovich (Cyrillic: ЖОГА, Артем Владимирович; Cyrillic: ЖОГА, Артем Володимирович); a.k.a. ZHOGA, Artem Volodymyrovich), 101 40-letiya Oktyabrya St., Slovyansk, Ukraine; 8 Biryuzova St., Apartment 23, Donetsk, Donetsk Region, Ukraine; DOB 18 Jan 1975; nationality Ukraine; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2741113672 (Ukraine) (individual) [RUSSIA-EO14024].

ZHONG CHENG HEAVY EQUIPMENT DEFENSE TECHNOLOGY CO., LTD (Chinese Simplified: 中成重装防务科技集团) (a.k.a. ZHONGCHENG HEAVY EQUIPMENT DEFENSE TECHNOLOGY SHANDONG GROUP CO., LTD. (Chinese Simplified: 中成重装防务科技山东集团有限公司); a.k.a. ZHONGCHENG HEAVY EQUIPMENT SHANDONG DEFENCE TECHNOLOGY CO.; a.k.a. ZHONGCHENG HEAVY EQUIPMENT SHANDONG DEFENSE TECHNOLOGY CO.; a.k.a. "TIANCHENG HEAVY EQUIPMENT SHANDONG DEFENSE TECHNOLOGY CO., LTD" (Chinese Simplified: "天诚一重装山东防务科技有限公司")), Room 1212, Building B, Youth Venture Park, No. 185 Xincun West Road, Zhangdian District, Mashang Street Office, Zibo City, Shandong Province, China; Room 1212, Building B, Youth Venture Park, No. 185 Xincun West Road, Zhangdian Street Office, Zibo City, Shandong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jan 2020; Unified Social Credit Code (USCC) 91370303MA3RC3YM7X (China) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

ZHONGCHENG HEAVY EQUIPMENT DEFENSE TECHNOLOGY SHANDONG GROUP CO., LTD. (Chinese Simplified: 中成重装防务科技山东集团有限公司) (a.k.a. ZHONG CHENG HEAVY EQUIPMENT DEFENSE TECHNOLOGY CO., LTD (Chinese Simplified: 中成重装防务科技集团); a.k.a. ZHONGCHENG HEAVY EQUIPMENT SHANDONG DEFENCE TECHNOLOGY CO.; a.k.a. ZHONGCHENG HEAVY EQUIPMENT SHANDONG DEFENSE TECHNOLOGY CO.; a.k.a. "TIANCHENG HEAVY EQUIPMENT SHANDONG DEFENSE TECHNOLOGY CO., LTD" (Chinese Simplified: "天诚一重装山东防务科技有限公司")), Room 1212, Building B, Youth Venture Park, No. 185 Xincun West Road, Zhangdian District, Mashang Street Office, Zibo City, Shandong Province, China; Room 1212, Building B, Youth Venture Park, No. 185 Xincun West Road, Zhangdian Street Office, Zibo City, Shandong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jan 2020; Unified Social Credit Code (USCC) 91370303MA3RC3YM7X (China) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

ZHONGCHENG HEAVY EQUIPMENT SHANDONG DEFENCE TECHNOLOGY CO. (a.k.a. ZHONG CHENG HEAVY EQUIPMENT DEFENSE TECHNOLOGY CO., LTD (Chinese Simplified: 中成重装防务科技集团); a.k.a. ZHONGCHENG HEAVY EQUIPMENT DEFENSE TECHNOLOGY SHANDONG GROUP CO., LTD. (Chinese Simplified: 中成重装防务科技山东集团有限公司); a.k.a. ZHONGCHENG HEAVY EQUIPMENT SHANDONG DEFENSE TECHNOLOGY CO.; a.k.a. "TIANCHENG HEAVY EQUIPMENT SHANDONG DEFENSE TECHNOLOGY CO., LTD" (Chinese Simplified: "天诚一重装山东防务科技有限公司")), Room 1212, Building B, Youth Venture Park, No. 185 Xincun West Road, Zhangdian District, Mashang Street Office, Zibo City, Shandong Province, China; Room 1212, Building B, Youth Venture Park, No. 185 Xincun West Road, Zhangdian Street Office, Zibo City, Shandong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jan 2020; Unified Social Credit Code (USCC) 91370303MA3RC3YM7X (China) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

ZHONGCHENG HEAVY EQUIPMENT SHANDONG DEFENSE TECHNOLOGY CO. (a.k.a. ZHONG CHENG HEAVY EQUIPMENT DEFENSE TECHNOLOGY CO., LTD (Chinese Simplified: 中成重装防务科技集团); a.k.a. ZHONGCHENG HEAVY EQUIPMENT DEFENSE TECHNOLOGY SHANDONG GROUP CO., LTD. (Chinese Simplified: 中成重装防务科技山东集团有限公司); a.k.a. ZHONGCHENG HEAVY EQUIPMENT SHANDONG DEFENCE TECHNOLOGY CO.; a.k.a. "TIANCHENG HEAVY EQUIPMENT SHANDONG DEFENSE TECHNOLOGY CO., LTD" (Chinese Simplified: "天诚一重装山东防务科技有限公司")), Room 1212, Building B, Youth Venture Park, No. 185 Xincun West Road, Zhangdian District, Mashang Street Office, Zibo City, Shandong Province, China; Room 1212, Building B, Youth Venture Park, No. 185 Xincun West Road, Zhangdian Street Office, Zibo City, Shandong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jan 2020; Unified Social Credit Code (USCC) 91370303MA3RC3YM7X (China) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

ZHONGGU STORAGE AND TRANSPORTATION CO., LTD. (Chinese Simplified: 中谷储运 舟山 有限公司) (a.k.a. CHINA GRAIN STORAGE AND TRANSPORTATION ZHOUSHAN CO., LIMITED; a.k.a. ZHEJIANG TIANLU ENERGY CO., LTD.), No. 1, Saddle Community, Zenggang Street, Dinghai District, Zhoushan, Zhejiang, China; Website www.cgstc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 330900400000063 (China); Unified Social Credit Code (USCC) 913309006605851637 (China) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

ZHONGGUO JINGMI JIXIE JINCHUKOU ZONGGONGSI (a.k.a. CHINA NATIONAL PRECISION MACHINERY I/E CORP.; a.k.a. CHINA NATIONAL PRECISION MACHINERY IMPORT/EXPORT CORPORATION; a.k.a. CHINA PRECISION MACHINERY IMPORT/EXPORT CORPORATION; a.k.a. CPMIEC), No. 30 Haidian Nanlu, Beijing, China;

Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

ZHONGQING FA JIMA MECHANICAL EQUIPMENT CO LTD (a.k.a. CHONGQING FAGIMA ELECTROMECHANICAL EQUIPMENT CO LTD; a.k.a. HYPER MACHINE TOOLS), 1701, Building 30, Xingyao Tiandi, Beibin Second Road, Jiangbei District, Chongqing 400000, China; Cai Fu Da Dao 2HAO 5-7, Yu Bei Qu, Chongqing 401120, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Dec 2017; Unified Social Credit Code (USCC) 91500000MA5YPY1U8R (China) [RUSSIA-EO14024].

ZHONGSHAN SHIDA MODEL MANUFACTURING CO LTD (Chinese Simplified: 中山世达模型制造有限公司) (a.k.a. STAR RAPID MANUFACTURERS CO LTD; a.k.a. STAR RAPID MANUFACTURING CO LTD), First Floor of West Block, No.15, Huanmao 1 Rd., Huoju Development Zone, Zhongshan, Guangdong 528437, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; United Social Credit Code Certificate (USCCC) 91442000684418941B (China) [RUSSIA-EO14024].

ZHOU, Carol; DOB 30 Oct 1982; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

ZHOU, Jianshu (a.k.a. CHOW, Tony), China; DOB 15 Jul 1971; nationality China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport E09598913 (China) issued 14 Apr 2014 expires 13 Apr 2024; National Foreign ID Number 210602197107153012 (China); General Manager, Dandong Hongxiang Industrial Development Co Ltd (individual) [NPWMD] (Linked To: DANDONG HONGXIANG INDUSTRIAL DEVELOPMENT CO LTD).

ZHOU, Shuai (Chinese Simplified: 周帅), Room 301, No. 62, Lane 287, Gulong Road, Minhang District, Shanghai 201102, China; DOB 09 Jul 1979; POB Dongtai, China; nationality China; Gender Male; Passport E82979246 (China) expires 17 Jul 2026; National ID No. 320981197907090475 (China) (individual) [CYBER3] (Linked To: SHANGHAI HEIYING

INFORMATION TECHNOLOGY COMPANY, LIMITED).

ZHOU, Yishan; DOB 08 Dec 1981; POB Guangdong, China; nationality China; Director, EKT Smart Technology (individual) [NPWMD] (Linked To: EKT SMART TECHNOLOGY).

ZHOU, Yun (Chinese Simplified: 周芸) (a.k.a. "ZHOU, Sandy"), Hong Kong, China; DOB 17 Oct 1982; POB Hubei, China; nationality China; Gender Female; Passport G30024177 (China) (individual) [TCO] (Linked To: CHEN, Zhi).

ZHOUSHAN JINRUN OIL STAGING CO., LTD. (a.k.a. ZHOUSHAN JINRUN OIL TRANSSHIPMENT CO., LTD.; a.k.a. ZHOUSHAN JINRUN PETROLEUM TRANSFER CO., LTD. (Chinese Simplified: 舟山市金润石油转运有限公司)), F/17, No. 173, Construction Building, Qiandao Road, Lincheng, Zhoushan, Zhejiang 316021, China; Floor 5, Block B, Fuguo Mall, Shenjiamen Street, Putuo District, (Zhejiang) Pilot Free Trade Zone, Zhoushan, Zhejiang 316000, China; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 26 Dec 2003; Unified Social Credit Code (USCC) 91330903757095304A (China) [IRAN-EO13846].

ZHOUSHAN JINRUN OIL TRANSSHIPMENT CO., LTD. (a.k.a. ZHOUSHAN JINRUN OIL STAGING CO., LTD.; a.k.a. ZHOUSHAN JINRUN PETROLEUM TRANSFER CO., LTD. (Chinese Simplified: 舟山市金润石油转运有限公司)), F/17, No. 173, Construction Building, Qiandao Road, Lincheng, Zhoushan, Zhejiang 316021, China; Floor 5, Block B, Fuguo Mall, Shenjiamen Street, Putuo District, (Zhejiang) Pilot Free Trade Zone, Zhoushan, Zhejiang 316000, China; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 26 Dec 2003; Unified Social Credit Code (USCC) 91330903757095304A (China) [IRAN-EO13846].

ZHOUSHAN JINRUN PETROLEUM TRANSFER CO., LTD. (Chinese Simplified: 舟山市金润石油转运有限公司) (a.k.a. ZHOUSHAN JINRUN OIL STAGING CO., LTD.; a.k.a. ZHOUSHAN JINRUN OIL TRANSSHIPMENT CO., LTD.), F/17, No. 173, Construction Building, Qiandao Road, Lincheng, Zhoushan, Zhejiang 316021, China; Floor 5, Block B, Fuguo Mall, Shenjiamen Street, Putuo District, (Zhejiang) Pilot Free Trade Zone,

Zhoushan, Zhejiang 316000, China; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 26 Dec 2003; Unified Social Credit Code (USCC) 91330903757095304A (China) [IRAN-EO13846].

ZHOUSHAN WISON OFFSHORE AND MARINE CO LTD (Chinese Simplified: 舟山惠生海洋工程有限公司) (a.k.a. WISON OFFSHORE & MARINE ZHOUSHAN BASE; a.k.a. WISON OFFSHORE AND MARINE ZHOUSHAN BASE; a.k.a. WISON ZHOUSHAN YARD; a.k.a. ZHOUSHAN WISON OFFSHORE ENGINEERING CO LTD), No. 1 Building, No. 288 Hailan North Road, Xiushan Township, Daishan County, Zhoushan City, Zhejiang Province 316200, China; Second Floor, No. 80, Changhe Road, Gaoting Town, Daishan County, Zhoushan, Zhejiang 316261, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91330921661744453R (China) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ARCTIC LNG 2).

ZHOUSHAN WISON OFFSHORE ENGINEERING CO LTD (a.k.a. WISON OFFSHORE & MARINE ZHOUSHAN BASE; a.k.a. WISON OFFSHORE AND MARINE ZHOUSHAN BASE; a.k.a. WISON ZHOUSHAN YARD; a.k.a. ZHOUSHAN WISON OFFSHORE AND MARINE CO LTD (Chinese Simplified: 舟山惠生海洋工程有限公司)), No. 1 Building, No. 288 Hailan North Road, Xiushan Township, Daishan County, Zhoushan City, Zhejiang Province 316200, China; Second Floor, No. 80, Changhe Road, Gaoting Town, Daishan County, Zhoushan, Zhejiang 316261, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91330921661744453R (China) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ARCTIC LNG 2).

ZHU HAI ZHEN RONG CO (a.k.a. ZHU HAI ZHEN RONG COMPANY; a.k.a. ZHU HAI ZHEN RONG COMPANY LIMITED; a.k.a. ZHUHAI ZHEN RONG COMPANY; a.k.a. ZHUHAI ZHENRONG CO; a.k.a. ZHUHAI ZHENRONG COMPANY LIMITED), No. 121 Datunli Chaoyang District, Beijing 100108, China; No. 20 Gongbei Oiaoguang Road, Zhuhai, Guangdong 519020, China [IRAN-EO13846].

ZHU HAI ZHEN RONG COMPANY (a.k.a. ZHU HAI ZHEN RONG CO; a.k.a. ZHU HAI ZHEN

RONG COMPANY LIMITED; a.k.a. ZHUHAI ZHEN RONG COMPANY; a.k.a. ZHUHAI ZHENRONG CO; a.k.a. ZHUHAI ZHENRONG COMPANY LIMITED), No. 121 Datunli Chaoyang District, Beijing 100108, China; No. 20 Gongbei Oiaoguang Road, Zhuhai, Guangdong 519020, China [IRAN-EO13846].

ZHU HAI ZHEN RONG COMPANY LIMITED (a.k.a. ZHU HAI ZHEN RONG CO; a.k.a. ZHU HAI ZHEN RONG COMPANY; a.k.a. ZHUHAI ZHEN RONG COMPANY; a.k.a. ZHUHAI ZHENRONG CO; a.k.a. ZHUHAI ZHENRONG COMPANY LIMITED), No. 121 Datunli Chaoyang District, Beijing 100108, China; No. 20 Gongbei Oiaoguang Road, Zhuhai, Guangdong 519020, China [IRAN-EO13846].

ZHU, Hailun (Chinese Simplified: 朱海仑), Xinjiang, China; DOB Jan 1958; POB Lianshui, Jiangsu, China; Gender Male (individual) [GLOMAG].

ZHU, Yuequn; DOB 01 Nov 1979; POB Jiangsu, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G40986974 (China) expires 01 Mar 2020 (individual) [NPWMD] [IFSR].

ZHU, Zhongbiao (Chinese Simplified: 祝忠标) (a.k.a. "ZHU, Jack"), Cambodia; DOB 23 Dec 1981; POB Zhejiang, China; nationality China; citizen Cambodia; Gender Male; Passport G21053353 (China); alt. Passport E30577089 (China); National ID No. 330304198112233314 (China); alt. National ID No. 130216182 (Cambodia) (individual) [TCO] (Linked To: PRINCE GROUP TRANSNATIONAL CRIMINAL ORGANIZATION).

ZHUANG, Jack (a.k.a. ZHUANG, Liang), China; DOB 09 Jul 1978; POB Taigu, China; nationality China; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EB8537291 (China) expires 12 Dec 2027; National ID No. 142429197807090035 (China) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

ZHUANG, Liang (a.k.a. ZHUANG, Jack), China; DOB 09 Jul 1978; POB Taigu, China; nationality China; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EB8537291 (China) expires 12 Dec 2027; National ID No. 142429197807090035 (China) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

ZHUCHKOVSKIY, Aleksander (a.k.a. ZHUCHKOVSKIY, Alexander Grigorevich; a.k.a. ZHUCHKOVSKY, Alexandr; a.k.a. ZHUCHKOVSKY, Alexander; a.k.a. ZHUCHKOVSKY, Alexandr), Voronezhskaya Dom 62 10, Saint Petersburg 190000, Russia; Ul Voronezhskaya D 62 KV 10, Saint Petersburg 658000, Russia; Profinterna 12 3, Rostov Na Donu 344000, Russia; DOB 09 Sep 1986; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 4014075407 (Russia); alt. Passport 4009930376 (Russia); Tax ID No. 781697836992 (Russia); Government Gazette Number 2187800076825 (Russia) (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

ZHUCHKOVSKIY, Alexander Grigorevich (a.k.a. ZHUCHKOVSKIY, Aleksander; a.k.a. ZHUCHKOVSKY, Alexandr; a.k.a. ZHUCHKOVSKY, Alexander; a.k.a. ZHUCHKOVSKY, Alexandr), Voronezhskaya Dom 62 10, Saint Petersburg 190000, Russia; Ul Voronezhskaya D 62 KV 10, Saint Petersburg 658000, Russia; Profinterna 12 3, Rostov Na Donu 344000, Russia; DOB 09 Sep 1986; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 4014075407 (Russia); alt. Passport 4009930376 (Russia); Tax ID No. 781697836992 (Russia); Government Gazette Number 2187800076825 (Russia) (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

ZHUCHKOVSKIY, Alexandr (a.k.a. ZHUCHKOVSKIY, Aleksander; a.k.a. ZHUCHKOVSKIY, Alexander Grigorevich; a.k.a. ZHUCHKOVSKY, Alexander; a.k.a. ZHUCHKOVSKY, Alexandr), Voronezhskaya Dom 62 10, Saint Petersburg 190000, Russia; Ul Voronezhskaya D 62 KV 10, Saint Petersburg 658000, Russia; Profinterna 12 3, Rostov Na Donu 344000, Russia; DOB 09 Sep 1986; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 4014075407 (Russia); alt. Passport 4009930376 (Russia); Tax ID No. 781697836992 (Russia); Government Gazette Number 2187800076825 (Russia) (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

ZHUCHKOVSKY, Alexander (a.k.a. ZHUCHKOVSKIY, Aleksander; a.k.a. ZHUCHKOVSKIY, Alexander Grigorevich; a.k.a. ZHUCHKOVSKIY, Alexandr; a.k.a. ZHUCHKOVSKY, Alexandr), Voronezhskaya Dom 62 10, Saint Petersburg 190000, Russia; Ul Voronezhskaya D 62 KV 10, Saint Petersburg 658000, Russia; Profinterna 12 3, Rostov Na Donu 344000, Russia; DOB 09 Sep 1986; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 4014075407 (Russia); alt. Passport 4009930376 (Russia); Tax ID No. 781697836992 (Russia); Government Gazette Number 2187800076825 (Russia) (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

ZHUCHKOVSKY, Alexandr (a.k.a. ZHUCHKOVSKIY, Aleksander; a.k.a. ZHUCHKOVSKIY, Alexander Grigorevich; a.k.a. ZHUCHKOVSKIY, Alexandr; a.k.a. ZHUCHKOVSKY, Alexander), Voronezhskaya Dom 62 10, Saint Petersburg 190000, Russia; Ul Voronezhskaya D 62 KV 10, Saint Petersburg 658000, Russia; Profinterna 12 3, Rostov Na Donu 344000, Russia; DOB 09 Sep 1986; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 4014075407 (Russia); alt. Passport 4009930376 (Russia); Tax ID No. 781697836992 (Russia); Government Gazette Number 2187800076825 (Russia) (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

ZHUHAI RAYSHARP TECHNOLOGY CO LTD (Chinese Simplified: 珠海安联锐视科技股份有限公司), No. 100, Keji 6th Road, Zhuhai 519085, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91440400665003767C (China) [RUSSIA-EO14024].

ZHUHAI ZHEN RONG COMPANY (a.k.a. ZHU HAI ZHEN RONG CO; a.k.a. ZHU HAI ZHEN RONG COMPANY; a.k.a. ZHU HAI ZHEN RONG COMPANY LIMITED; a.k.a. ZHUHAI ZHENRONG CO; a.k.a. ZHUHAI ZHENRONG COMPANY LIMITED), No. 121 Datunli Chaoyang District, Beijing 100108, China; No. 20 Gongbei Oiaoguang Road, Zhuhai, Guangdong 519020, China [IRAN-EO13846].

ZHUHAI ZHENRONG CO (a.k.a. ZHU HAI ZHEN RONG CO; a.k.a. ZHU HAI ZHEN RONG

COMPANY; a.k.a. ZHU HAI ZHEN RONG COMPANY LIMITED; a.k.a. ZHUHAI ZHEN RONG COMPANY; a.k.a. ZHUHAI ZHENRONG COMPANY LIMITED), No. 121 Datunli Chaoyang District, Beijing 100108, China; No. 20 Gongbei Oiaoguang Road, Zhuhai, Guangdong 519020, China [IRAN-EO13846].

ZHUHAI ZHENRONG COMPANY LIMITED (a.k.a. ZHU HAI ZHEN RONG CO; a.k.a. ZHU HAI ZHEN RONG COMPANY; a.k.a. ZHU HAI ZHEN RONG COMPANY LIMITED; a.k.a. ZHUHAI ZHEN RONG COMPANY; a.k.a. ZHUHAI ZHENRONG CO), No. 121 Datunli Chaoyang District, Beijing 100108, China; No. 20 Gongbei Oiaoguang Road, Zhuhai, Guangdong 519020, China [IRAN-EO13846].

ZHUKOV, Aleksandr Arkadyevich (Cyrillic: ЖУКОВ, Александр Аркадьевич) (a.k.a. ZHUKOV, Alexander), Russia; DOB 29 Dec 1974; POB Shiryan, Karagaysky District, Perm Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZHUKOV, Alexander (a.k.a. ZHUKOV, Aleksandr Arkadyevich (Cyrillic: ЖУКОВ, Александр Аркадьевич)), Russia; DOB 29 Dec 1974; POB Shiryan, Karagaysky District, Perm Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZHUKOV, Alexander Dmitrievich (Cyrillic: ЖУКОВ, Александр Дмитриевич), Russia; DOB 01 Jun 1956; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZHUKOVA, Anastasia Gennadyevna (Cyrillic: ЖУКОВА, Анастасия Геннадьевна), Russia; DOB 08 Nov 1974; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZHUKOVA, Anastasia Olegovna (a.k.a. ESHSTRUT, Anastasiya Olegovna; a.k.a. ZHUKOVA, Anastasiya Olegovna; a.k.a. ZHUKOVA, Anastasija Olegovna; a.k.a. ZHUKOVA, Anastasiya Olegovna), Russia;

DOB 02 Aug 1987; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 421387317 (Russia); Tax ID No. 772608372923 (Russia) (individual) [RUSSIA-EO14024].

ZHUKOVA, Anastasija Olegovna (a.k.a. ESHSTRUT, Anastasiya Olegovna; a.k.a. ZHUKOVA, Anastasia Olegovna; a.k.a. ZHUKOVA, Anastasiya Olegovna), Russia; DOB 02 Aug 1987; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 421387317 (Russia); Tax ID No. 772608372923 (Russia) (individual) [RUSSIA-EO14024].

ZHUKOVA, Anastasiya Olegovna (a.k.a. ESHSTRUT, Anastasiya Olegovna; a.k.a. ZHUKOVA, Anastasia Olegovna; a.k.a. ZHUKOVA, Anastasija Olegovna), Russia; DOB 02 Aug 1987; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 421387317 (Russia); Tax ID No. 772608372923 (Russia) (individual) [RUSSIA-EO14024].

ZHUO, Longxiong (a.k.a. XINRONG, Zhuo; a.k.a. ZHUO, Xinrong), China; Flat B, 27th Floor, Ko On Mansion, Taikoo Shing, Hong Kong, China; DOB 10 Nov 1964; POB Fuzhou, China; nationality Hong Kong; Gender Male; Passport D00579743 (Hong Kong) issued 28 Apr 2018 expires 28 Apr 2025; National ID No. R4016407 (Hong Kong) (individual) [GLOMAG].

ZHUO, Xinrong (a.k.a. XINRONG, Zhuo; a.k.a. ZHUO, Longxiong), China; Flat B, 27th Floor, Ko On Mansion, Taikoo Shing, Hong Kong, China; DOB 10 Nov 1964; POB Fuzhou, China; nationality Hong Kong; Gender Male; Passport D00579743 (Hong Kong) issued 28 Apr 2018 expires 28 Apr 2025; National ID No. R4016407 (Hong Kong) (individual) [GLOMAG].

ZHURAVEL, Petro Anatoliyovich (Cyrillic: ЖУРАВЕЛЬ, Петро Анатолійович), Kiev, Ukraine; DOB 04 Nov 1988; nationality Ukraine; Gender Male (individual) [ELECTION-EO13848] (Linked To: DERKACH, Andrii Leonidovych).

ZHURAVLEV, Nikolai Andreyevich (Cyrillic: ЖУРАВЛЁВ, Николай Андреевич) (a.k.a. ZHURAVLYOV, Nikolai Andreyevich), Russia; DOB 01 Sep 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of

the Russian Federation (individual) [RUSSIA-EO14024].

ZHURAVLYEV, Alexey Aleksandrovich (Cyrillic: ЖУРАВЛЕВ, Алексей Александрович), Russia; DOB 30 Jun 1962; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZHURAVLYOV, Nikolai Andreyevich (a.k.a. ZHURAVLEV, Nikolai Andreyevich (Cyrillic: ЖУРАВЛЁВ, Николай Андреевич)), Russia; DOB 01 Sep 1976; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZHUROVA, Svetlana Sergeevna (Cyrillic: ЖУРОВА, Светлана Сергеевна), Russia; DOB 07 Jan 1972; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZHUYKOV, Andrey (a.k.a. "DEFENDER"; a.k.a. "DIF"), Sochi, Russia; Yekaterinburg, Russia; DOB 18 Feb 1982; nationality Russia; Email Address megaprof@gmail.com; alt. Email Address refflex@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

ZIAEI, Gholamreza, Karaj, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR].

ZIBAEE NEJAD, Mohammad Hossein (Arabic: محمدحسین زیبایی‌نژاد) (a.k.a. NEJAT, Hossein (Arabic: حسین نجات)), Tehran, Iran; DOB Mar 1955 to Mar 1956; POB Shiraz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; IRGC Brigadier General (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ZIBO SHENBO ELECTROMECHANICAL CO LTD (a.k.a. ZIBO SHENBO MACHINELECTRONICS CO LTD), No. 76, Beishan Road, Boshan District, Zibo, Shandong Province 255200, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 28 Jun 2002; Registration Number 370304228015542

(China); Unified Social Credit Code (USCC) 91370304740243518M (China) [NPWMD] [IFSR] (Linked To: RAH ROSHD INTERNATIONAL TRADE EXCHANGES DEVELOPMENT).

ZIBO SHENBO MACHINELECTRONICS CO LTD (a.k.a. ZIBO SHENBO ELECTROMECHANICAL CO LTD), No. 76, Beishan Road, Boshan District, Zibo, Shandong Province 255200, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 28 Jun 2002; Registration Number 370304228015542 (China); Unified Social Credit Code (USCC) 91370304740243518M (China) [NPWMD] [IFSR] (Linked To: RAH ROSHD INTERNATIONAL TRADE EXCHANGES DEVELOPMENT).

ZIEST TAJHIEZ POOYESH (a.k.a. POOYESH ENVIRONMENTAL INSTRUMENTS; a.k.a. ZIST TAJHIZ POOYESH COMPANY), 16, Afshar Alley, Fajr Street, Motahari Avenue, Tehran, Iran; Website www.pooyeshenviro.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ZIGIC, Zoran; DOB 20 Sep 1958; POB Balte, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

ZIKARA, Mevlut (a.k.a. AL UBAYDA, Mulfit Kar liyas; a.k.a. ALMANCI, Abdurrahman; a.k.a. KAR, Mavlut; a.k.a. KAR, Mawlud; a.k.a. KAR, Meluvet; a.k.a. KAR, Mevlut; a.k.a. KAR, Mivlut; a.k.a. YUSOV, Yanal; a.k.a. "ABDULLAH THE TURK"; a.k.a. "ABU OBEIDAH AL TURKI"; a.k.a. "ABU OBEJD EL-TURKI"; a.k.a. "ABU UDEJF EL-TURKI"; a.k.a. "AL TURKI KYOSEV"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

ZIL-M LLC (a.k.a. ZEEL - M CO., LTD.; a.k.a. "ZEELM"; a.k.a. "ZIL - M"), Ul. Russkaya D. 19, V, Vladivostok 690039, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 08 Dec 1998;

Organization Type: Sale of motor vehicles; Tax ID No. 2539039058 (Russia); Government Gazette Number 49852298 (Russia); Registration Number 1022502123995 (Russia) [DPRK2] (Linked To: CHASOVNIKOV, Aleksandr Aleksandrovich).

ZIMA, Petr Anatolyevich (a.k.a. ZIMA, Pyotr Anatoliyovych; a.k.a. ZYMA, Petro), 18 Ulitsa D. Ulyanova, Apartment 110, Simferopol, Crimea, Ukraine; DOB 29 Mar 1965; POB Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Crimean SBU (Security Service of Ukraine) (individual) [UKRAINE-EO13660].

ZIMA, Pyotr Anatoliyovych (a.k.a. ZIMA, Petr Anatolyevich; a.k.a. ZYMA, Petro), 18 Ulitsa D. Ulyanova, Apartment 110, Simferopol, Crimea, Ukraine; DOB 29 Mar 1965; POB Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Crimean SBU (Security Service of Ukraine) (individual) [UKRAINE-EO13660].

ZIMENKOV, Igor Vladimirovich (Cyrillic: ЗИМЕНКОВ, Игорь Владимирович), Moscow, Russia; Cyprus; DOB 19 Dec 1968; POB Tashkent, Uzbekistan; nationality Russia; alt. nationality Israel; citizen Russia; alt. citizen Cyprus; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 720969676 (Russia); Tax ID No. 770508895203 (Russia) (individual) [RUSSIA-EO14024].

ZIMENKOV, Jonatan (a.k.a. ZIMENKOV, Jonathan; a.k.a. ZIMENKOV, Natan Igorevich (Cyrillic: ЗИМЕНКОВ, Натан Игоревич)), Russia; DOB 11 Sep 1994; POB Haifa, Israel; nationality Russia; alt. nationality Italy; alt. nationality Israel; Gender Male; Digital Currency Address - XBT bc1qfg4gfg0y6t6xjnpmlhuwx5k0wlw6nmfzxn2psc; Digital Currency Address - ETH 0x39D908dac893CBCB53Cc86e0ECc369aA4DeF1A29; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport YB0612378 (Italy); Tax ID No. 770509857842 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ZIMENKOV, Igor Vladimirovich; Linked To: ROSOBORONEKSPORT OAO).

ZIMENKOV, Jonathan (a.k.a. ZIMENKOV, Jonatan; a.k.a. ZIMENKOV, Natan Igorevich (Cyrillic: ЗИМЕНКОВ, Натан Игоревич)), Russia; DOB 11 Sep 1994; POB Haifa, Israel; nationality Russia; alt. nationality Italy; alt.

nationality Israel; Gender Male; Digital Currency Address - XBT bc1qfg4gfg0y6t6xjnpmlhuwx5k0wlw6nmfzxn2psc; Digital Currency Address - ETH 0x39D908dac893CBCB53Cc86e0ECc369aA4DeF1A29; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport YB0612378 (Italy); Tax ID No. 770509857842 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ZIMENKOV, Igor Vladimirovich; Linked To: ROSOBORONEKSPORT OAO).

ZIMENKOV, Natan Igorevich (Cyrillic: ЗИМЕНКОВ, Натан Игоревич) (a.k.a. ZIMENKOV, Jonatan; a.k.a. ZIMENKOV, Jonathan), Russia; DOB 11 Sep 1994; POB Haifa, Israel; nationality Russia; alt. nationality Italy; alt. nationality Israel; Gender Male; Digital Currency Address - XBT bc1qfg4gfg0y6t6xjnpmlhuwx5k0wlw6nmfzxn2psc; Digital Currency Address - ETH 0x39D908dac893CBCB53Cc86e0ECc369aA4DeF1A29; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport YB0612378 (Italy); Tax ID No. 770509857842 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ZIMENKOV, Igor Vladimirovich; Linked To: ROSOBORONEKSPORT OAO).

ZIMOUSKI, Akiaksandr Leanidavich (a.k.a. SIMOWSKI, Aliaksandr Leanidavich; a.k.a. ZIMOUSKI, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Aliaksandr Leanidavich; a.k.a. ZIMOVSKI, Alaksandr Leanidavich; a.k.a. ZIMOVSKI, Aleksandr Leonidovich; a.k.a. ZIMOVSKI, Alexander Leonidovich; a.k.a. ZIMOVSKI, Aliaksandr Leanidavich; a.k.a. ZIMOVSKY, Alaksandr Leanidavich; a.k.a. ZIMOVSKY, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Alexander Leonidovich; a.k.a. ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a. ZIMOWSKI, Alaksandr Leanidavich; a.k.a. ZIMOWSKI, Aleksandr Leonidovich; a.k.a. ZIMOWSKI, Alexander Leonidovich; a.k.a. ZIMOWSKY, Alaksandr Leanidavich; a.k.a. ZIMOWSKY, Aleksandr Leonidovich; a.k.a. ZIMOWSKY, Alexander Leonidovich; a.k.a. ZIMOWSKY, Aliaksandr Leanidavich); DOB 10 Jan 1961; POB Germany; Head of the Belarusian State Television and Radio Company (BSTRC); Member of the Upper House of Parliament (individual) [BELARUS].

ZIMOUSKI, Alaksandr Leanidavich (a.k.a. SIMOWSKI, Aliaksandr Leanidavich; a.k.a. ZIMOUSKI, Akiaksandr Leanidavich; a.k.a. ZIMOUSKY, Alaksandr Leanidavich; a.k.a.

ZIMOUSKY, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKI, Alaksandr Leanidavich; a.k.a.
ZIMOVSKI, Aleksandr Leonidovich; a.k.a.
ZIMOVSKI, Alexander Leonidovich; a.k.a.
ZIMOVSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKY, Aleksandr Leonidovich; a.k.a.
ZIMOVSKY, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a.
ZIMOWSKI, Alaksandr Leanidavich; a.k.a.
ZIMOWSKI, Aleksandr Leonidovich; a.k.a.
ZIMOWSKI, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Alaksandr Leanidavich; a.k.a.
ZIMOWSKY, Aleksandr Leonidovich; a.k.a.
ZIMOWSKY, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Aliaksandr Leanidavich); DOB 10
Jan 1961; POB Germany; Head of the
Belarusian State Television and Radio
Company (BSTRC); Member of the Upper
House of Parliament (individual) [BELARUS].
ZIMOUSKY, Alaksandr Leanidavich (a.k.a.
SIMOWSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOUSKI, Akiaksandr Leanidavich; a.k.a.
ZIMOUSKI, Alaksandr Leanidavich; a.k.a.
ZIMOUSKY, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKI, Alaksandr Leanidavich; a.k.a.
ZIMOVSKI, Aleksandr Leonidovich; a.k.a.
ZIMOVSKI, Alexander Leonidovich; a.k.a.
ZIMOVSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKY, Aleksandr Leonidovich; a.k.a.
ZIMOVSKY, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a.
ZIMOWSKI, Alaksandr Leanidavich; a.k.a.
ZIMOWSKI, Aleksandr Leonidovich; a.k.a.
ZIMOWSKI, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Alaksandr Leanidavich; a.k.a.
ZIMOWSKY, Aleksandr Leonidovich; a.k.a.
ZIMOWSKY, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Aliaksandr Leanidavich); DOB 10
Jan 1961; POB Germany; Head of the
Belarusian State Television and Radio
Company (BSTRC); Member of the Upper
House of Parliament (individual) [BELARUS].
ZIMOUSKY, Aliaksandr Leanidavich (a.k.a.
SIMOWSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOUSKI, Akiaksandr Leanidavich; a.k.a.
ZIMOUSKI, Alaksandr Leanidavich; a.k.a.
ZIMOUSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKI, Alaksandr Leanidavich; a.k.a.
ZIMOVSKI, Aleksandr Leonidovich; a.k.a.
ZIMOVSKI, Alexander Leonidovich; a.k.a.
ZIMOVSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKY, Aleksandr Leonidovich; a.k.a.

ZIMOVSKY, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a.
ZIMOWSKI, Alaksandr Leanidavich; a.k.a.
ZIMOWSKI, Aleksandr Leonidovich; a.k.a.
ZIMOWSKI, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Alaksandr Leanidavich; a.k.a.
ZIMOWSKY, Aleksandr Leonidovich; a.k.a.
ZIMOWSKY, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Aliaksandr Leanidavich); DOB 10
Jan 1961; POB Germany; Head of the
Belarusian State Television and Radio
Company (BSTRC); Member of the Upper
House of Parliament (individual) [BELARUS].
ZIMOVSKI, Alaksandr Leanidavich (a.k.a.
SIMOWSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOUSKI, Akiaksandr Leanidavich; a.k.a.
ZIMOUSKI, Alaksandr Leanidavich; a.k.a.
ZIMOUSKY, Alaksandr Leanidavich; a.k.a.
ZIMOUSKY, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKI, Aleksandr Leonidovich; a.k.a.
ZIMOVSKI, Alexander Leonidovich; a.k.a.
ZIMOVSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKY, Aleksandr Leonidovich; a.k.a.
ZIMOVSKY, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a.
ZIMOWSKI, Alaksandr Leanidavich; a.k.a.
ZIMOWSKI, Aleksandr Leonidovich; a.k.a.
ZIMOWSKI, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Alaksandr Leanidavich; a.k.a.
ZIMOWSKY, Aleksandr Leonidovich; a.k.a.
ZIMOWSKY, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Aliaksandr Leanidavich); DOB 10
Jan 1961; POB Germany; Head of the
Belarusian State Television and Radio
Company (BSTRC); Member of the Upper
House of Parliament (individual) [BELARUS].
ZIMOVSKI, Aleksandr Leonidovich (a.k.a.
SIMOWSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOUSKI, Akiaksandr Leanidavich; a.k.a.
ZIMOUSKI, Alaksandr Leanidavich; a.k.a.
ZIMOUSKY, Alaksandr Leanidavich; a.k.a.
ZIMOUSKY, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKI, Alaksandr Leanidavich; a.k.a.
ZIMOVSKI, Alexander Leonidovich; a.k.a.
ZIMOVSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKY, Aleksandr Leonidovich; a.k.a.
ZIMOVSKY, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a.
ZIMOWSKI, Alaksandr Leanidavich; a.k.a.
ZIMOWSKI, Aleksandr Leonidovich; a.k.a.
ZIMOWSKI, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Alaksandr Leanidavich; a.k.a.
ZIMOWSKY, Aleksandr Leonidovich; a.k.a.

ZIMOWSKY, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Aliaksandr Leanidavich); DOB 10
Jan 1961; POB Germany; Head of the
Belarusian State Television and Radio
Company (BSTRC); Member of the Upper
House of Parliament (individual) [BELARUS].
ZIMOVSKI, Alexander Leonidovich (a.k.a.
SIMOWSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOUSKI, Akiaksandr Leanidavich; a.k.a.
ZIMOUSKI, Alaksandr Leanidavich; a.k.a.
ZIMOUSKY, Alaksandr Leanidavich; a.k.a.
ZIMOUSKY, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKI, Alaksandr Leanidavich; a.k.a.
ZIMOVSKI, Aleksandr Leonidovich; a.k.a.
ZIMOVSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKY, Aleksandr Leonidovich; a.k.a.
ZIMOVSKY, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a.
ZIMOWSKI, Alaksandr Leanidavich; a.k.a.
ZIMOWSKI, Aleksandr Leonidovich; a.k.a.
ZIMOWSKI, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Alaksandr Leanidavich; a.k.a.
ZIMOWSKY, Aleksandr Leonidovich; a.k.a.
ZIMOWSKY, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Aliaksandr Leanidavich); DOB 10
Jan 1961; POB Germany; Head of the
Belarusian State Television and Radio
Company (BSTRC); Member of the Upper
House of Parliament (individual) [BELARUS].
ZIMOVSKI, Aliaksandr Leanidavich (a.k.a.
SIMOWSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOUSKI, Akiaksandr Leanidavich; a.k.a.
ZIMOUSKI, Alaksandr Leanidavich; a.k.a.
ZIMOUSKY, Alaksandr Leanidavich; a.k.a.
ZIMOUSKY, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKI, Alaksandr Leanidavich; a.k.a.
ZIMOVSKI, Aleksandr Leonidovich; a.k.a.
ZIMOVSKI, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKY, Aleksandr Leonidovich; a.k.a.
ZIMOVSKY, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a.
ZIMOWSKI, Alaksandr Leanidavich; a.k.a.
ZIMOWSKI, Aleksandr Leonidovich; a.k.a.
ZIMOWSKI, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Alaksandr Leanidavich; a.k.a.
ZIMOWSKY, Aleksandr Leonidovich; a.k.a.
ZIMOWSKY, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Aliaksandr Leanidavich); DOB 10
Jan 1961; POB Germany; Head of the
Belarusian State Television and Radio
Company (BSTRC); Member of the Upper
House of Parliament (individual) [BELARUS].

ZIMOVSKY, Alaksandr Leanidavich (a.k.a. SIMOWSKI, Aliaksandr Leanidavich; a.k.a. ZIMOUSKI, Akiaksandr Leanidavich; a.k.a. ZIMOUSKI, Aliaksandr Leanidavich; a.k.a. ZIMOUSKY, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Aliaksandr Leanidavich; a.k.a. ZIMOVSKI, Alaksandr Leanidavich; a.k.a. ZIMOVSKI, Aleksandr Leonidovich; a.k.a. ZIMOVSKI, Alexander Leonidovich; a.k.a. ZIMOVSKI, Aliaksandr Leanidavich; a.k.a. ZIMOVSKY, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Alexander Leonidovich; a.k.a. ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a. ZIMOWSKI, Alaksandr Leanidavich; a.k.a. ZIMOWSKI, Aleksandr Leonidovich; a.k.a. ZIMOWSKI, Alexander Leonidovich; a.k.a. ZIMOWSKY, Alaksandr Leanidavich; a.k.a. ZIMOWSKY, Aleksandr Leonidovich; a.k.a. ZIMOWSKY, Alexander Leonidovich; a.k.a. ZIMOWSKY, Aliaksandr Leanidavich); DOB 10 Jan 1961; POB Germany; Head of the Belarusian State Television and Radio Company (BSTRC); Member of the Upper House of Parliament (individual) [BELARUS].

ZIMOVSKY, Aleksandr Leonidovich (a.k.a. SIMOWSKI, Aliaksandr Leanidavich; a.k.a. ZIMOUSKI, Akiaksandr Leanidavich; a.k.a. ZIMOUSKI, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Aliaksandr Leanidavich; a.k.a. ZIMOVSKI, Alaksandr Leanidavich; a.k.a. ZIMOVSKI, Aleksandr Leonidovich; a.k.a. ZIMOVSKI, Alexander Leonidovich; a.k.a. ZIMOVSKI, Aliaksandr Leanidavich; a.k.a. ZIMOVSKY, Alaksandr Leanidavich; a.k.a. ZIMOVSKY, Alexander Leonidovich; a.k.a. ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a. ZIMOWSKI, Alaksandr Leanidavich; a.k.a. ZIMOWSKI, Aleksandr Leonidovich; a.k.a. ZIMOWSKI, Alexander Leonidovich; a.k.a. ZIMOWSKY, Alaksandr Leanidavich; a.k.a. ZIMOWSKY, Aleksandr Leonidovich; a.k.a. ZIMOWSKY, Alexander Leonidovich; a.k.a. ZIMOWSKY, Aliaksandr Leanidavich); DOB 10 Jan 1961; POB Germany; Head of the Belarusian State Television and Radio Company (BSTRC); Member of the Upper House of Parliament (individual) [BELARUS].

ZIMOVSKY, Alexander Leonidovich (a.k.a. SIMOWSKI, Aliaksandr Leanidavich; a.k.a. ZIMOUSKI, Akiaksandr Leanidavich; a.k.a. ZIMOUSKI, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Aliaksandr Leanidavich; a.k.a. ZIMOVSKI, Alaksandr Leanidavich; a.k.a.

ZIMOWSKI, Aleksandr Leonidovich; a.k.a. ZIMOVSKI, Alexander Leonidovich; a.k.a. ZIMOVSKI, Aliaksandr Leanidavich; a.k.a. ZIMOVSKY, Alaksandr Leanidavich; a.k.a. ZIMOVSKY, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a. ZIMOWSKI, Alaksandr Leanidavich; a.k.a. ZIMOWSKI, Aleksandr Leonidovich; a.k.a. ZIMOWSKI, Alexander Leonidovich; a.k.a. ZIMOWSKY, Alaksandr Leanidavich; a.k.a. ZIMOWSKY, Aleksandr Leonidovich; a.k.a. ZIMOWSKY, Alexander Leonidovich; a.k.a. ZIMOWSKY, Aliaksandr Leanidavich); DOB 10 Jan 1961; POB Germany; Head of the Belarusian State Television and Radio Company (BSTRC); Member of the Upper House of Parliament (individual) [BELARUS].

ZIMOVSKY, Aliaksandr Lieanidavich (a.k.a. SIMOWSKI, Aliaksandr Leanidavich; a.k.a. ZIMOUSKI, Akiaksandr Leanidavich; a.k.a. ZIMOUSKI, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Aliaksandr Leanidavich; a.k.a. ZIMOVSKI, Alaksandr Leanidavich; a.k.a. ZIMOVSKI, Aleksandr Leonidovich; a.k.a. ZIMOVSKI, Alexander Leonidovich; a.k.a. ZIMOVSKI, Aliaksandr Leanidavich; a.k.a. ZIMOVSKY, Alaksandr Leanidavich; a.k.a. ZIMOVSKY, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Alexander Leonidovich; a.k.a. ZIMOWSKI, Alaksandr Leanidavich; a.k.a. ZIMOWSKI, Aleksandr Leonidovich; a.k.a. ZIMOWSKI, Alexander Leonidovich; a.k.a. ZIMOWSKY, Alaksandr Leanidavich; a.k.a. ZIMOWSKY, Aleksandr Leonidovich; a.k.a. ZIMOWSKY, Alexander Leonidovich; a.k.a. ZIMOWSKY, Aliaksandr Leanidavich); DOB 10 Jan 1961; POB Germany; Head of the Belarusian State Television and Radio Company (BSTRC); Member of the Upper House of Parliament (individual) [BELARUS].

ZIMOWSKI, Alaksandr Leanidavich (a.k.a. SIMOWSKI, Aliaksandr Leanidavich; a.k.a. ZIMOUSKI, Akiaksandr Leanidavich; a.k.a. ZIMOUSKI, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Aliaksandr Leanidavich; a.k.a. ZIMOVSKI, Alaksandr Leanidavich; a.k.a. ZIMOVSKI, Aleksandr Leonidovich; a.k.a. ZIMOVSKI, Alexander Leonidovich; a.k.a. ZIMOVSKI, Aliaksandr Leanidavich; a.k.a. ZIMOVSKY, Alaksandr Leanidavich; a.k.a. ZIMOVSKY, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Alexander Leonidovich; a.k.a. ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a.

ZIMOWSKI, Aleksandr Leonidovich; a.k.a. ZIMOWSKI, Alexander Leonidovich; a.k.a. ZIMOWSKY, Aleksandr Leanidavich; a.k.a. ZIMOWSKY, Aleksandr Leonidovich; a.k.a. ZIMOWSKY, Alexander Leonidovich; a.k.a. ZIMOWSKY, Aliaksandr Leanidavich); DOB 10 Jan 1961; POB Germany; Head of the Belarusian State Television and Radio Company (BSTRC); Member of the Upper House of Parliament (individual) [BELARUS].

ZIMOWSKI, Aleksandr Leonidovich (a.k.a. SIMOWSKI, Aliaksandr Leanidavich; a.k.a. ZIMOUSKI, Akiaksandr Leanidavich; a.k.a. ZIMOUSKI, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Aliaksandr Leanidavich; a.k.a. ZIMOVSKI, Alaksandr Leanidavich; a.k.a. ZIMOVSKI, Aleksandr Leonidovich; a.k.a. ZIMOVSKI, Alexander Leonidovich; a.k.a. ZIMOVSKI, Aliaksandr Leanidavich; a.k.a. ZIMOVSKY, Alaksandr Leanidavich; a.k.a. ZIMOVSKY, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Alexander Leonidovich; a.k.a. ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a. ZIMOWSKI, Alaksandr Leanidavich; a.k.a. ZIMOWSKI, Alexander Leonidovich; a.k.a. ZIMOWSKY, Alaksandr Leanidavich; a.k.a. ZIMOWSKY, Aleksandr Leonidovich; a.k.a. ZIMOWSKY, Alexander Leonidovich; a.k.a. ZIMOWSKY, Aliaksandr Leanidavich); DOB 10 Jan 1961; POB Germany; Head of the Belarusian State Television and Radio Company (BSTRC); Member of the Upper House of Parliament (individual) [BELARUS].

ZIMOWSKI, Alexander Leonidovich (a.k.a. SIMOWSKI, Aliaksandr Leanidavich; a.k.a. ZIMOUSKI, Akiaksandr Leanidavich; a.k.a. ZIMOUSKI, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Aliaksandr Leanidavich; a.k.a. ZIMOVSKI, Alaksandr Leanidavich; a.k.a. ZIMOVSKI, Aleksandr Leonidovich; a.k.a. ZIMOVSKI, Alexander Leonidovich; a.k.a. ZIMOVSKI, Aliaksandr Leanidavich; a.k.a. ZIMOVSKY, Alaksandr Leanidavich; a.k.a. ZIMOVSKY, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Alexander Leonidovich; a.k.a. ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a. ZIMOWSKI, Alaksandr Leanidavich; a.k.a. ZIMOWSKI, Aleksandr Leonidovich; a.k.a. ZIMOWSKY, Alaksandr Leanidavich; a.k.a. ZIMOWSKY, Aleksandr Leonidovich; a.k.a. ZIMOWSKY, Alexander Leonidovich; a.k.a. ZIMOWSKY, Aliaksandr Leanidavich); DOB 10 Jan 1961; POB Germany; Head of the

Belarusian State Television and Radio Company (BSTRC); Member of the Upper House of Parliament (individual) [BELARUS].

ZIMOWSKY, Aliaksandr Leanidavich (a.k.a. SIMOWSKI, Aliaksandr Leanidavich; a.k.a. ZIMOUSKI, Akiaksandr Leanidavich; a.k.a. ZIMOUSKI, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Aliaksandr Leanidavich; a.k.a. ZIMOVSKI, Alaksandr Leanidavich; a.k.a. ZIMOVSKI, Aleksandr Leonidovich; a.k.a. ZIMOVSKI, Alexander Leonidovich; a.k.a. ZIMOVSKI, Aliaksandr Leanidavich; a.k.a. ZIMOVSKY, Alaksandr Leanidavich; a.k.a. ZIMOVSKY, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Alexander Leonidovich; a.k.a. ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a. ZIMOWSKI, Alaksandr Leanidavich; a.k.a. ZIMOWSKI, Aleksandr Leonidovich; a.k.a. ZIMOWSKI, Alexander Leonidovich; a.k.a. ZIMOWSKY, Alaksandr Leanidavich; a.k.a. ZIMOWSKY, Aleksandr Leonidovich; a.k.a. ZIMOWSKY, Alexander Leonidovich); DOB 10 Jan 1961; POB Germany; Head of the Belarusian State Television and Radio Company (BSTRC); Member of the Upper House of Parliament (individual) [BELARUS].

ZIMOWSKY, Aleksandr Leonidovich (a.k.a. SIMOWSKI, Aliaksandr Leanidavich; a.k.a. ZIMOUSKI, Akiaksandr Leanidavich; a.k.a. ZIMOUSKI, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Aliaksandr Leanidavich; a.k.a. ZIMOVSKI, Alaksandr Leanidavich; a.k.a. ZIMOVSKI, Aleksandr Leonidovich; a.k.a. ZIMOVSKI, Alexander Leonidovich; a.k.a. ZIMOVSKI, Aliaksandr Leanidavich; a.k.a. ZIMOVSKY, Alaksandr Leanidavich; a.k.a. ZIMOVSKY, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Alexander Leonidovich; a.k.a. ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a. ZIMOWSKI, Alaksandr Leanidavich; a.k.a. ZIMOWSKI, Aleksandr Leonidovich; a.k.a. ZIMOWSKI, Alexander Leonidovich; a.k.a. ZIMOWSKY, Alaksandr Leanidavich; a.k.a. ZIMOWSKY, Alexander Leonidovich; a.k.a. ZIMOWSKY, Aliaksandr Leanidavich); DOB 10 Jan 1961; POB Germany; Head of the Belarusian State Television and Radio Company (BSTRC); Member of the Upper House of Parliament (individual) [BELARUS].

ZIMOWSKY, Alexander Leonidovich (a.k.a. SIMOWSKI, Aliaksandr Leanidavich; a.k.a. ZIMOUSKI, Akiaksandr Leanidavich; a.k.a. ZIMOUSKI, Alaksandr Leanidavich; a.k.a.

ZIMOUSKY, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Aliaksandr Leanidavich; a.k.a. ZIMOVSKI, Alaksandr Leanidavich; a.k.a. ZIMOVSKI, Aleksandr Leonidovich; a.k.a. ZIMOVSKI, Alexander Leonidovich; a.k.a. ZIMOVSKI, Aliaksandr Leanidavich; a.k.a. ZIMOVSKY, Alaksandr Leanidavich; a.k.a. ZIMOVSKY, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Alexander Leonidovich; a.k.a. ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a. ZIMOWSKI, Alaksandr Leanidavich; a.k.a. ZIMOWSKI, Aleksandr Leonidovich; a.k.a. ZIMOWSKI, Alexander Leonidovich; a.k.a. ZIMOWSKY, Alaksandr Leanidavich; a.k.a. ZIMOWSKY, Aleksandr Leonidovich; a.k.a. ZIMOWSKY, Aliaksandr Leanidavich); DOB 10 Jan 1961; POB Germany; Head of the Belarusian State Television and Radio Company (BSTRC); Member of the Upper House of Parliament (individual) [BELARUS].

ZIMOWSKY, Aliaksandr Leanidavich (a.k.a. SIMOWSKI, Aliaksandr Leanidavich; a.k.a. ZIMOUSKI, Akiaksandr Leanidavich; a.k.a. ZIMOUSKI, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Aliaksandr Leanidavich; a.k.a. ZIMOVSKI, Alaksandr Leanidavich; a.k.a. ZIMOVSKI, Aleksandr Leonidovich; a.k.a. ZIMOVSKI, Alexander Leonidovich; a.k.a. ZIMOVSKI, Aliaksandr Leanidavich; a.k.a. ZIMOVSKY, Alaksandr Leanidavich; a.k.a. ZIMOVSKY, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Alexander Leonidovich; a.k.a. ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a. ZIMOWSKI, Alaksandr Leanidavich; a.k.a. ZIMOWSKI, Aleksandr Leonidovich; a.k.a. ZIMOWSKI, Alexander Leonidovich; a.k.a. ZIMOWSKY, Alaksandr Leanidavich; a.k.a. ZIMOWSKY, Aleksandr Leonidovich; a.k.a. ZIMOWSKY, Alexander Leonidovich); DOB 10 Jan 1961; POB Germany; Head of the Belarusian State Television and Radio Company (BSTRC); Member of the Upper House of Parliament (individual) [BELARUS].

ZIMURINDA, Innocent; DOB 01 Sep 1972; alt. DOB 1975; POB Ngungu, Masisi Territory, North Kivu province, Democratic Republic of the Congo; Lt. Col. (individual) [DRCONGO].

ZINA, Raymond Samir (Arabic: ريمون سمير زينا) (a.k.a. RAHME, Raymond Zina (Arabic: ريمون زينه رحمة); a.k.a. RAHMEH, Raymond), Lebanon; DOB 01 Oct 1968; POB Mar Saba, Lebanon; nationality Lebanon; Gender Male; Passport LR0555055 (Lebanon) expires 24 Jun 2031 (individual) [LEBANON].

ZINA, Teddy Samir (Arabic: تادي سمير زينا) (a.k.a. RAHME, Teddy Zina (Arabic: تيدي زينه رحمة); a.k.a. RAHMEH, Teddy Samir Zina), Lebanon; DOB 10 Dec 1963; POB Bsharri, Lebanon; nationality Lebanon; Gender Male; Passport LR0016427 (Lebanon) expires 08 Aug 2021 (individual) [LEBANON].

ZINCUM LLC (Cyrillic: ЦИНКУМ ООО), zd. 1 k. 3, Zheleznogorsk 307170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Feb 2022; Tax ID No. 4633041964 (Russia); Registration Number 1224600001438 (Russia) [RUSSIA-EO14024] (Linked To: USM URBAN MINING LIMITED LIABILITY COMPANY).

ZINNUROV, Vildan Khanifovich (a.k.a. ZINUROV, Vildan Khanifovich), Russia; DOB 30 Jan 1964; POB Pokhbistnevsky district, Samara Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 7308664347 (Russia); alt. Passport 7303853009 (Russia); Tax ID No. 732500186500 (Russia) (individual) [RUSSIA-EO14024].

ZINUROV, Vildan Khanifovich (a.k.a. ZINNUROV, Vildan Khanifovich), Russia; DOB 30 Jan 1964; POB Pokhbistnevsky district, Samara Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 7308664347 (Russia); alt. Passport 7303853009 (Russia); Tax ID No. 732500186500 (Russia) (individual) [RUSSIA-EO14024].

ZION TRADE LIMITED, Office No. E2-111F-51, P2-ELOB, Hamriyah Free Zone, Sharjah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 23 Jan 2024; Registration Number 35675 (United Arab Emirates) [UKRAINE-EO13662] [RUSSIA-EO14024].

ZIRACCHIAN ZADEH, Mahmoud; DOB 24 Jul 1959; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Director, Iranian Oil Company (U.K.) Ltd. (individual) [IRAN].

ZIRAHI, Ramezan, Iran; DOB 1969; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual)

[SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ZIRSAKHT FANAVARI ETELAAT VA ERTEBATAT PASARGAD ARYAN (a.k.a. ARIAN PASARGAD COMMUNICATIONS AND INFORMATION TECHNOLOGY INFRASTRUCTURE COMPANY (Arabic: شرکت (فناوری اطلاعات و ارتباطات زیرساخت پاسارگاد آریان); a.k.a. FANAP INFRASTRUCTURE; a.k.a. PASARGAD ARYAN INFORMATION TECHNOLOGY AND COMMUNICATION COMPANY; a.k.a. SHERKAT-E ZIR SAKHT FANAVARI ETELAAT VE ERTEBATAT PASARGAD ARIAN), No. 11, Kish St., North Didar St., Haghani Highway, Tehran 1518846811, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102704476 (Iran); Registration Number 229347 (Iran) [IRAN-EO13902] (Linked To: PASARGAD ARIAN INFORMATION AND COMMUNICATION TECHNOLOGY COMPANY).

ZIST TAJHIZ POOYESH COMPANY (a.k.a. POOYESH ENVIRONMENTAL INSTRUMENTS; a.k.a. ZIEST TAJHIEZ POOYESH), 16, Afshar Alley, Fajr Street, Motahari Avenue, Tehran, Iran; Website www.pooyeshenviro.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ZIYAD AL-JARRAH BATTALIONS OF THE ABDULLAH AZZAM BRIGADES (a.k.a. ABDALLAH AZZAM BRIGADES; a.k.a. ABDULLAH AZZAM BRIGADES; a.k.a. MARWAN HADID BRIGADE; a.k.a. MARWAN HADID BRIGADES; a.k.a. YUSUF AL-'UYAYRI BATTALIONS OF THE ABDULLAH AZZAM BRIGADES), Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ZLATKIS, Bella Ilinichna (a.k.a. ZLATKIS, Bella Ilyinichna (Cyrillic: ЗЛАТКИС, Белла Ильинична)), Russia; DOB 05 Jul 1948; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

ZLATKIS, Bella Ilyinichna (Cyrillic: ЗЛАТКИС, Белла Ильинична) (a.k.a. ZLATKIS, Bella Ilinichna), Russia; DOB 05 Jul 1948; POB Moscow, Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual)

[RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

ZLEITNI, Abdel-Hafez (a.k.a. AL-ZULAYTINI, Abd-Al-Hafid Mahmud; a.k.a. ZLITNI, Abdelhafidh; a.k.a. ZLITNI, Abdul Hafid; a.k.a. ZLITNI, Abdul Hafiz; a.k.a. ZLITNI, Abdulhafid; a.k.a. ZLITNI, Abdulhafid Mahmoud); DOB 1938; POB Tripoli, Libya; Secretary of the General People's Committee for Finance and Planning; Secretary of the General People's Committee for Planning and Finance; Finance Minister; Director and Deputy Chairman of the Libyan Investment Authority (individual) [LIBYA2].

ZLENKO, Yelena Gennadyevna (Cyrillic: ЗЛЕНКО, Елена Геннадьевна), Russia; DOB 20 Jun 1967; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZLITNI, Abdelhafidh (a.k.a. AL-ZULAYTINI, Abd-Al-Hafid Mahmud; a.k.a. ZLEITNI, Abdel-Hafez; a.k.a. ZLITNI, Abdul Hafid; a.k.a. ZLITNI, Abdul Hafiz; a.k.a. ZLITNI, Abdulhafid; a.k.a. ZLITNI, Abdulhafid Mahmoud); DOB 1938; POB Tripoli, Libya; Secretary of the General People's Committee for Finance and Planning; Secretary of the General People's Committee for Planning and Finance; Finance Minister; Director and Deputy Chairman of the Libyan Investment Authority (individual) [LIBYA2].

ZLITNI, Abdul Hafid (a.k.a. AL-ZULAYTINI, Abd-Al-Hafid Mahmud; a.k.a. ZLEITNI, Abdel-Hafez; a.k.a. ZLITNI, Abdelhafidh; a.k.a. ZLITNI, Abdul Hafiz; a.k.a. ZLITNI, Abdulhafid; a.k.a. ZLITNI, Abdulhafid Mahmoud); DOB 1938; POB Tripoli, Libya; Secretary of the General People's Committee for Finance and Planning; Secretary of the General People's Committee for Planning and Finance; Finance Minister; Director and Deputy Chairman of the Libyan Investment Authority (individual) [LIBYA2].

ZLITNI, Abdul Hafiz (a.k.a. AL-ZULAYTINI, Abd-Al-Hafid Mahmud; a.k.a. ZLEITNI, Abdel-Hafez; a.k.a. ZLITNI, Abdelhafidh; a.k.a. ZLITNI, Abdul Hafid; a.k.a. ZLITNI, Abdulhafid; a.k.a. ZLITNI, Abdulhafid Mahmoud); DOB 1938; POB Tripoli, Libya; Secretary of the General People's Committee for Finance and Planning; Secretary of the General People's Committee for Planning and Finance; Finance Minister; Director and Deputy Chairman of the Libyan Investment Authority (individual) [LIBYA2].

ZLITNI, Abdulhafid (a.k.a. AL-ZULAYTINI, Abd-Al-Hafid Mahmud; a.k.a. ZLEITNI, Abdel-Hafez; a.k.a. ZLITNI, Abdelhafidh; a.k.a. ZLITNI, Abdul Hafid; a.k.a. ZLITNI, Abdul Hafiz; a.k.a. ZLITNI, Abdulhafid Mahmoud); DOB 1938; POB Tripoli, Libya; Secretary of the General People's Committee for Finance and Planning; Secretary of the General People's Committee for Planning and Finance; Finance Minister; Director and Deputy Chairman of the Libyan Investment Authority (individual) [LIBYA2].

ZLITNI, Abdulhafid Mahmoud (a.k.a. AL-ZULAYTINI, Abd-Al-Hafid Mahmud; a.k.a. ZLEITNI, Abdel-Hafez; a.k.a. ZLITNI, Abdelhafidh; a.k.a. ZLITNI, Abdul Hafid; a.k.a. ZLITNI, Abdul Hafiz; a.k.a. ZLITNI, Abdulhafid); DOB 1938; POB Tripoli, Libya; Secretary of the General People's Committee for Finance and Planning; Secretary of the General People's Committee for Planning and Finance; Finance Minister; Director and Deputy Chairman of the Libyan Investment Authority (individual) [LIBYA2].

ZLITNI, Abdulhafid (a.k.a. AL-ZULAYTINI, Abd-Al-Hafid Mahmud; a.k.a. ZLEITNI, Abdel-Hafez; a.k.a. ZLITNI, Abdelhafidh; a.k.a. ZLITNI, Abdul Hafid; a.k.a. ZLITNI, Abdul Hafiz; a.k.a. ZLITNI, Abdulhafid Mahmoud); DOB 1938; POB Tripoli, Libya; Secretary of the General People's Committee for Finance and Planning; Secretary of the General People's Committee for Planning and Finance; Finance Minister; Director and Deputy Chairman of the Libyan Investment Authority (individual) [LIBYA2].

ZOBE AHAN PASARGAD INDUSTRY COMPLEX COMPANY (a.k.a. PASARGAD STEEL COMPLEX; a.k.a. PASARGAD STEEL ZOB INDUSTRIAL COMPLEX; a.k.a. "PASCO"), No. 3, Nasim Alley, Movahed Danesh St., Aghdasieh, Tehran, Iran; West Atefi Street 33, Africa Avenue, Tehran, Iran; Website www.pascosteel.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 218641 (Iran) [IRAN-EO13871].

ZOBNEV, Viktor Viktororvich (Cyrillic: ЗОБНЕВ, Виктор Викторович), Russia; DOB 07 Jun 1964; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZOEITER, Ali (a.k.a. ZEAITER, Ali; a.k.a. ZU'AYTAR, 'Ali; a.k.a. ZU'AYTIR, Ali Husayn), Tianhelu 351 Hao, Tianhequ, Guangzhou, China; Room 2203A, Grand Tower, No. 228 Tianhe Road, Tianhe District, Guangzhou, China; Room 2203A, Guangcheng Building, No. 228 Tianhe Road, Guangzhou, China; 204 No. 253 Tianhebei Road, Guangzhou, China; DOB 24 Feb 1977; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Passport RL1924321 (Lebanon); alt. Passport RL0877465 (Lebanon); General Manager, Stars International Ltd (individual) [SDGT].

ZOGHEIB, Ali Nayef (a.k.a. ZGHEIB, Ali Naif; a.k.a. ZGHEIB, Ali Nayef (Arabic: علي نايف زغيب); a.k.a. ZUGHAIB, Ali), Raouche, Beirut, Lebanon; Ras El Matn, Lebanon; DOB 01 Jan 1945; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000024647222 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

ZOLAL IRAN COMPANY, No. 2 Shariati Avenue, Niyam Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ZOLOTOV, Roman Viktorovich, Rechnoye, Russia; DOB 03 Mar 1980; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 773129701393 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ZOLOTOV, Viktor Vasiliyevich).

ZOLOTOV, Viktor Vasiliyevich (a.k.a. ZOLOTOV, Viktor Vasilyevich), Russia; DOB 27 Jan 1954; POB Sasovo, Ryazan Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

ZOLOTOV, Viktor Vasilyevich (a.k.a. ZOLOTOV, Viktor Vasiliyevich), Russia; DOB 27 Jan 1954; POB Sasovo, Ryazan Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

ZOLOTOVA, Janna Viktorovna (a.k.a. ZOLOTOVA, Zhanna Viktorovna), Moscow, Russia; DOB 25 Jan 1976; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.

ZOLOTOVA, Zhanna Viktorovna (a.k.a. ZOLOTOVA, Janna Viktorovna), Moscow, Russia; DOB 25 Jan 1976; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: ZOLOTOV, Viktor Vasiliyevich).

ZORAH CHANNEL (a.k.a. AL ZAOURA NETWORK; a.k.a. AL ZAWRAH TELEVISION; a.k.a. AL ZOURA TV STATION; a.k.a. AL-ZAWARA SATELLITE TELEVISION STATION; a.k.a. AL-ZAWRA TELEVISION STATION; a.k.a. ALZAWRAA TV; a.k.a. AL-ZAWRAA TV; a.k.a. EL-ZAWRA SATELLITE STATION; a.k.a. ZAWRAH TV STATION), Syria [IRAQ3].

ZORSECURITY (f.k.a. ESAGE LAB; a.k.a. TSOR SECURITY), Luzhnetskaya Embankment 2/4, Building 17, Office 444, Moscow 119270, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Registration ID 1127746601817 (Russia); Tax ID No. 7704813260 (Russia); alt. Tax ID No. 7704010041 (Russia) [CYBER2].

ZR ENERGY DMCC (Arabic: زد آر إنيرجي م.د.م.س), Unit No: 1305, Platinum Tower, Plot No: JLT-PH1-I2, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Quai Du Mont-Blanc 4th Floor, 1201, Geneva, Switzerland; Website www.zrenergy.com; Organization Established Date 23 Jul 2013; License DMCC-33225 (United Arab Emirates) issued 23 Jul 2013 expires 22 Jul 2023; Legal Entity Number 213800TWK2R9AGIQXV07; Registration Number DMCC4189 (United Arab Emirates) issued 19 Jun 2013 [LEBANON].

ZR GROUP SAL HOLDING (a.k.a. Z-R GROUP SAL HOLDING (Arabic: مجموعة زي-ار القابضة ش م ل هولدنغ), Al Maliya Street, Beirut, Lebanon; Nejmeh Square, Real Estate No. 1084 of the Port Real Estate District, Beirut, Lebanon; Website https://zr-group.net; Organization Established Date 17 Aug 2005; Commercial Registry Number 1900527 (Lebanon) [LEBANON].

Z-R GROUP SAL HOLDING (Arabic: مجموعة زي-ار القابضة ش م ل هولدنغ) (a.k.a. ZR GROUP SAL HOLDING), Al Maliya Street, Beirut, Lebanon; Nejmeh Square, Real Estate No. 1084 of the Port Real Estate District, Beirut, Lebanon; Website https://zr-group.net; Organization Established Date 17 Aug 2005; Commercial Registry Number 1900527 (Lebanon) [LEBANON].

ZR LOGISTICS SAL (Arabic: زي ار لوجستيج ش. م. ل.), Najmeh Square, al-Maliyya Street, Second Floor, Beirut, Lebanon; Organization Established Date 23 Apr 2010; Commercial Registry Number 1011700 (Lebanon) [LEBANON].

ZRAIQ, Ali (a.k.a. ZREIK, Ali; a.k.a. ZREIK, Ali Hassan; a.k.a. ZURAIK, Ali Hasan; a.k.a. ZURAYQ, Ali); DOB 1952; POB Al Khiyam, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0266714 (Lebanon); alt. Passport 1082625 (Lebanon) (individual) [SDGT].

ZREIK, Ali (a.k.a. ZRAIQ, Ali; a.k.a. ZREIK, Ali Hassan; a.k.a. ZURAIK, Ali Hasan; a.k.a. ZURAYQ, Ali); DOB 1952; POB Al Khiyam, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0266714 (Lebanon); alt. Passport 1082625 (Lebanon) (individual) [SDGT].

ZREIK, Ali Hassan (a.k.a. ZRAIQ, Ali; a.k.a. ZREIK, Ali; a.k.a. ZURAIK, Ali Hasan; a.k.a. ZURAYQ, Ali); DOB 1952; POB Al Khiyam, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0266714 (Lebanon); alt. Passport 1082625 (Lebanon) (individual) [SDGT].

ZSERVERS, 32, Jubileinaia, Barnaul, Altai Krai 656902, Russia; Netherlands; Website Zservers.ru; Digital Currency Address - XBT 1M5N4sJ1NHb4fviLVZA5MZLKhLZqU4CPZz; alt. Digital Currency Address - XBT 1Gekw8ACSs37oXcc5XQHvoux3iKoVFtpF4; alt. Digital Currency Address - XBT bc1q4yzd2rjmshm8ucrwy6dzj5rna20j0zlf8hf8vz; Organization Established Date 25 Feb 2011; Organization Type: Other information technology and computer service activities [CYBER3].

ZTAA DANA ASTRA (Cyrillic: ЗТAA ДАНА АСТРА) (a.k.a. FLLC DANA ASTRA; a.k.a. FOREIGN LIMITED LIABILITY COMPANY DANA ASTRA; a.k.a. INOSTRANNOYE

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DANA ASTRA (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДАНА АСТРА); a.k.a. IOOO DANA ASTRA (Cyrillic: ИООО ДАНА АСТРА); a.k.a. ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DANA ASTRA (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДАНА АСТРА)), ul. Petra Mstislavtsa, d. 9, pom. 9-13, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 9-13, г. Минск 220076, Belarus); Organization Established Date 21 Jan 2010; Registration Number 191295361 (Belarus) [BELARUS-EO14038].

ZTAA SLAUKALIY (Cyrillic: ЗТАА СЛАЎКАЛІЙ) (a.k.a. FOREIGN LIMITED LIABILITY COMPANY SLAVKALI; a.k.a. INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SLAVKALIY (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЛАВКАЛИЙ); a.k.a. IOOO SLAVKALI (Cyrillic: ИООО СЛАВКАЛИЙ); a.k.a. SLAVKALI INOSTRANNOE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIYU; a.k.a. SLAVKALI IOOO; a.k.a. SLAVKALIY (Cyrillic: СЛАВКАЛИЙ); a.k.a. SLAVKALY FLLC; a.k.a. ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SLAUKALIY (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СЛАЎКАЛІЙ)), Lyubanskiy District, Pervomaiskaya St, Building 35, Office 3.1, Lyuban City, Minsk Oblast 223810, Belarus (Cyrillic: Любанский район, ул. Первомайская, д. 35, каб. 3.1, г. Любань, Минская область 223810, Belarus); d. 35, kab. 3.1, ul. Pervomaiskaya g. s/s, Lyuban Lyubanksi Raion, Minskaya Obl. 223810, Belarus; Organization Established Date 25 Oct 2011; Registration Number 191689538 (Belarus) [BELARUS-EO14038].

ZUAITER, Nuah (a.k.a. ZAITAR, Noah (Arabic: نوح زعيتر)), Syria; Lebanon; DOB 1971; alt. DOB 1977; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

ZU'AYTAR, 'Ali (a.k.a. ZEAITER, Ali; a.k.a. ZOEITER, Ali; a.k.a. ZU'AYTIR, Ali Husayn), Tianhelu 351 Hao, Tianhequ, Guangzhou, China; Room 2203A, Grand Tower, No. 228 Tianhe Road, Tianhe District, Guangzhou, China; Room 2203A, Guangcheng Building, No. 228 Tianhe Road, Guangzhou, China; 204 No. 253 Tianhebei Road, Guangzhou, China; DOB 24 Feb 1977; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL1924321 (Lebanon); alt. Passport RL0877465 (Lebanon); General Manager, Stars International Ltd (individual) [SDGT].

ZU'AYTIR, Ali Husayn (a.k.a. ZEAITER, Ali; a.k.a. ZOEITER, Ali; a.k.a. ZU'AYTAR, 'Ali), Tianhelu 351 Hao, Tianhequ, Guangzhou, China; Room 2203A, Grand Tower, No. 228 Tianhe Road, Tianhe District, Guangzhou, China; Room 2203A, Guangcheng Building, No. 228 Tianhe Road, Guangzhou, China; 204 No. 253 Tianhebei Road, Guangzhou, China; DOB 24 Feb 1977; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL1924321 (Lebanon); alt. Passport RL0877465 (Lebanon); General Manager, Stars International Ltd (individual) [SDGT].

ZUBAIDI, Muhammad Hamza (a.k.a. AL-ZUBAIDI, Mohammed Hamza; a.k.a. AL-ZUBAYDI, Muhammad Hamsa); DOB 1938; POB Babylon, Babil Governorate, Iraq; nationality Iraq; former prime minister (individual) [IRAQ2].

ZUBAREV, Igor Dmitryevich (Cyrillic: ЗУБАРЕВ, Игорь Дмитриевич), Russia; DOB 20 Jun 1966; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZUBIAGA BRAVO, Manex; DOB 14 Aug 1979; POB Getxo Vizcaya Province, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; D.N.I. 16.064.664; Member ETA (individual) [SDGT].

ZUBKOU, Siarhei Yaugenavich (Cyrillic: ЗУБКОЎ, Сяргей Яўгенавіч) (a.k.a. ZUBKOV, Sergei Yevgenevich (Cyrillic: ЗУБКОВ, Сергей Евгеньевич)), Minsk, Belarus; DOB 21 Aug 1975; nationality Belarus; Gender Male (individual) [BELARUS].

ZUBKOV, Sergei Yevgenevich (Cyrillic: ЗУБКОВ, Сергей Евгеньевич) (a.k.a. ZUBKOU, Siarhei Yaugenavich (Cyrillic: ЗУБКОЎ, Сяргей Яўгенавіч)), Minsk, Belarus; DOB 21 Aug 1975; nationality Belarus; Gender Male (individual) [BELARUS].

ZUEVA, Mariia Yevgenyevna (a.k.a. ZUEVA, Mariya Evgenevna), Moscow, Russia; DOB 28 May 1983; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 331403452400 (Russia) (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: OOO YUNIDZHET).

ZUEVA, Mariya Evgenevna (a.k.a. ZUEVA, Mariia Yevgenyevna), Moscow, Russia; DOB 28 May 1983; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 331403452400 (Russia) (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: OOO YUNIDZHET).

ZUGHAIB, Ali (a.k.a. ZGHEIB, Ali Naif; a.k.a. ZGHEIB, Ali Nayef (Arabic: علي نايف زغيب); a.k.a. ZOGHEIB, Ali Nayef), Raouche, Beirut, Lebanon; Ras El Matn, Lebanon; DOB 01 Jan 1945; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000024647222 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

ZUGHAYAR, Muhanad Mushtaq (a.k.a. AL-RAWI, Muhannad Mushtaq Talib Zghayir Karhout; a.k.a. TALIB, Mohanad M.; a.k.a. TALIB, Muhannad Mushtaq; a.k.a. ZUGHAYAR, Muhanad Mushtaq Talib), Baghdad, Iraq; Samsun, Turkey; DOB 26 Dec 1996; POB Al-Qa'im, Iraq; nationality Iraq; Email Address mohand.alrawii@gmail.com; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 9647821757598; National Foreign ID Number 00167950 (Iraq) (individual) [SDGT].

ZUGHAYAR, Muhanad Mushtaq Talib (a.k.a. AL-RAWI, Muhannad Mushtaq Talib Zghayir Karhout; a.k.a. TALIB, Mohanad M.; a.k.a.

TALIB, Muhannad Mushtaq; a.k.a. ZUGHAYAR, Muhanad Mushtaq), Baghdad, Iraq; Samsun, Turkey; DOB 26 Dec 1996; POB Al-Qa'im, Iraq; nationality Iraq; Email Address mohand.alrawii@gmail.com; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 9647821757598; National Foreign ID Number 00167950 (Iraq) (individual) [SDGT].

ZUKM OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ZAVOD UGLERODNYKH I KOMPOZITSIONNYKH MATERIALOV; a.k.a. ZAVOD ULGERODNYKH I KOMPOZITSIONNYKH MATERIALOV), Territoriya Chelyabinskogo Elektrodnogo Zavoda, Chelyabinsk 454038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7450045935 (Russia); Government Gazette Number 94812603 (Russia); Registration Number 1067450027248 (Russia) [RUSSIA-EO14024] (Linked To: UMATEX JOINT-STOCK COMPANY).

ZUL BY LA CRUZ (a.k.a. FARO GRILL; a.k.a. GRUPO KOVAY; a.k.a. KOVAY DESARROLLOS; a.k.a. MARINE DIAMOND; a.k.a. NAVIS BY LA CRUZ; a.k.a. QUIYA RESIDENCES; a.k.a. SANTA JULIA SEASIDE LIVING; a.k.a. SELVARA SIGNATURE COLLECTION; a.k.a. VG DESARROLLOS DE LA BAHIA, S.A. DE C.V.), Guadalajara, Jalisco, Mexico; Nayarit, Mexico; Website https://kovaydesarrollos.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Jan 2013; Organization Type: Real estate activities on a fee or contract basis; Folio Mercantil No. N-2020017740 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: RIVERA MIRAMONTES, Carlos Humberto).

ZULEIKHA GENERAL TRADING (a.k.a. ZULEKHA GENERAL TRADING LLC; a.k.a. ZULIKHA GENERAL TRADING), P.O. Box 5456, Ajman, United Arab Emirates; C.R. No. 32035 (United Arab Emirates) [SDNTK] (Linked To: GHANI, Mohammad Nadeem).

ZULEKHA GENERAL TRADING LLC (a.k.a. ZULEIKHA GENERAL TRADING; a.k.a. ZULIKHA GENERAL TRADING), P.O. Box 5456, Ajman, United Arab Emirates; C.R. No. 32035 (United Arab Emirates) [SDNTK] (Linked To: GHANI, Mohammad Nadeem).

ZULETA DE MERCHAN, Carmen Auxiliadora (Latin: ZULETA DE MERCHÁN, Carmen Auxiliadora), Sucre, Miranda, Venezuela; DOB 13 Dec 1947; POB Zulia, Venezuela; citizen Venezuela; Gender Female; Cedula No. 3507807 (Venezuela); Passport 045729072 (Venezuela); Magistrate of the Constitutional Chamber of Venezuela's Supreme Court of Justice (individual) [VENEZUELA].

ZULETA NOSCUE, Alfonso (a.k.a. ZULETA NOSCUE, Alonso; a.k.a. "Alfonso"), Colombia; DOB 15 Nov 1967; POB Corinto, Cauca, Colombia; Gender Male; Cedula No. 76235533 (Colombia) (individual) [SDNTK].

ZULETA NOSCUE, Alonso (a.k.a. ZULETA NOSCUE, Alfonso; a.k.a. "Alfonso"), Colombia; DOB 15 Nov 1967; POB Corinto, Cauca, Colombia; Gender Male; Cedula No. 76235533 (Colombia) (individual) [SDNTK].

ZULETA NOSCUE, Pedro Luis (a.k.a. "El Invalido"), Colombia; DOB 22 Sep 1964; POB Corinto, Cauca, Colombia; Gender Male; Cedula No. 18110470 (Colombia) (individual) [SDNTK].

ZULETA TROCHEZ, Jose Oscar, Colombia; DOB 31 Aug 1976; POB Corinto, Cauca, Colombia; Gender Male; Cedula No. 10633018 (Colombia) (individual) [SDNTK].

ZULIANA DE ESMERALDAS C.I. S.A.S. (f.k.a. ZULIANA DE ESMERALDAS LTDA. C.I.), Carrera 7 No. 12 C - 28, Bogota, Colombia; NIT # 900496677-9 (Colombia) [SDNTK].

ZULIANA DE ESMERALDAS LTDA. C.I. (a.k.a. ZULIANA DE ESMERALDAS C.I. S.A.S.), Carrera 7 No. 12 C - 28, Bogota, Colombia; NIT # 900496677-9 (Colombia) [SDNTK].

ZULIKHA GENERAL TRADING (a.k.a. ZULEIKHA GENERAL TRADING; a.k.a. ZULEKHA GENERAL TRADING LLC), P.O. Box 5456, Ajman, United Arab Emirates; C.R. No. 32035 (United Arab Emirates) [SDNTK] (Linked To: GHANI, Mohammad Nadeem).

ZULKIFLI, Abdul Hir bin (a.k.a. HIR, Musa Abdul; a.k.a. HIR, Zulkifli Abdul; a.k.a. HIR, Zulkifli Bin Abdul; a.k.a. ZULKIFLI, Bin Abdul Hir; a.k.a. "MUSA ABDUL"); DOB 05 Jan 1966; alt. DOB 05 Oct 1966; POB Malaysia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ZULKIFLI, Bin Abdul Hir (a.k.a. HIR, Musa Abdul; a.k.a. HIR, Zulkifli Abdul; a.k.a. HIR, Zulkifli Bin Abdul; a.k.a. ZULKIFLI, Abdul Hir bin; a.k.a. "MUSA ABDUL"); DOB 05 Jan 1966; alt. DOB 05 Oct 1966; POB Malaysia; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ZULUAGA LINDO, Francisco Javier (a.k.a. GALINDO, Gabriel; a.k.a. "GORDO LINDO"), c/o SOCIEDAD SUPERDEPORTES LTDA., Bogota, Colombia; Calle 9 No. 28-50, Piso 3, Cali, Colombia; Calle 10 No. 46-45, Cali, Colombia; DOB 15 Jan 1970; POB Cali, Colombia; nationality Colombia; citizen Colombia; Cedula No. 16774828 (Colombia); Passport AF869394 (Colombia); alt. Passport AE047754 (Colombia) (individual) [SDNT].

ZUMAR, Abbud (a.k.a. AL-ZAMUR, Abboud Abdul Latif Hassan; a.k.a. AL-ZOMOR, Abboud Abdul Latif Hassan (Arabic: عبود عبداللطيف حسن الزمر); a.k.a. AL-ZUMAR, Abbud; a.k.a. AL-ZUMUR, Abood Abdul Latif Hassan; a.k.a. EL-ZOMOR, Aboud Abdul Latif Hasan), Egypt; DOB 19 Apr 1947; POB Nahia, Giza, Egypt; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

ZUPLJANIN, Stojan; DOB 1951; POB Maslovare, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

ZUPPA HOLDINGS LIMITED, Virgin Islands, British [GLOMAG] (Linked To: GERTLER, Dan; Linked To: FLEURETTE PROPERTIES LIMITED).

ZURAIK, Ali Hasan (a.k.a. ZRAIQ, Ali; a.k.a. ZREIK, Ali; a.k.a. ZREIK, Ali Hassan; a.k.a. ZURAYQ, Ali); DOB 1952; POB Al Khiyam, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0266714 (Lebanon); alt. Passport 1082625 (Lebanon) (individual) [SDGT].

ZURAYQ, Ali (a.k.a. ZRAIQ, Ali; a.k.a. ZREIK, Ali; a.k.a. ZREIK, Ali Hassan; a.k.a. ZURAIK, Ali Hasan); DOB 1952; POB Al Khiyam, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0266714 (Lebanon); alt. Passport 1082625 (Lebanon) (individual) [SDGT].

ZVEZDA-STRELA TRADING HOUSE LLC (Cyrillic: ООО ТОРГОВЫЙ ДОМ ЗВЕЗДА-СТРЕЛА) (a.k.a. AKTSIONERNOE

OBSCHCHESTVO TRV INZHINIRING; a.k.a. JOINT STOCK COMPANY TOGOVIY DOM ZVEZDA-STRELA; a.k.a. TD ZVEZDA-STRELA OOO; a.k.a. TRV ENGINEERING JSC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРВ-ИНЖИНИРИНГ); a.k.a. TRV INZHINIRING AO (Cyrillic: АО ТРВ-ИНЖИНИРИНГ)), ul. Ordzhonikidze, D. 2A, Korolev, Moscow Oblast 141076, Russia (Cyrillic: УЛ ОРДЖОНИКИДЗЕ, Д. 2А, КОРОЛЁВ, МОСКОВСКАЯ ОБЛАСТЬ 141076, Russia); Website www.trv-e.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Dec 2006; Tax ID No. 5018205784 (Russia); Government Gazette Number 46252304 (Russia); Business Registration Number 1205000099941 (Russia) [RUSSIA-EO14024].

'ZVEZDOCHKA' SHIPYARD (a.k.a. AO SHIP REPAIR CENTER 'ZVEZDOCHKA'; a.k.a. JOINT STOCK COMPANY SHIP REPAIR CENTER 'ZVEZDOCHKA'; a.k.a. OAO SHIP REPAIR CENTER 'ZVEZDOCHKA'; a.k.a. SHIP REPAIR CENTER ZVEZDOCHKA), 12, proyezd Mashinostroiteley, Severodvinsk, Arkhangelskaya Oblast 164509, Russia; 13 Geroyev Sevastopolya Street, Sevastopol, Crimea 99001, Ukraine; Website www.star.ru; alt. Website http://starsmz.ru/; alt. Website http://sevmorzavod.com/; Email Address info@star.ru; alt. Email Address star_sev@mail.ru; alt. Email Address office@smp.com.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1082902002677 (Russia); Tax ID No. 2902060361 (Russia) [UKRAINE-EO13685].

ZVIGENI TECHNOLOGICAL SYSTEMS LIMITED (a.k.a. SYSTEMES TECHNOLOGIQUES ZVIGENI; a.k.a. ZVIGENI TECHNOLOGY SYSTEMS), 38 Gloucester Road, 1101-4, Hong Kong, China; 23/F, Tower 2, Enterprise Square Five, 38 Wang Chiu Road, Kowloon Bay, Hong Kong, China; 18C-3107 av. des Hotels, Quebec, Quebec G1W4W5, Canada; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Company Number 2815744 (Hong Kong); Enterprise Number 1175952143 (Canada); Business Registration Number 70580521 (Hong Kong) [RUSSIA-EO14024] (Linked To: ORLOFF, Alexandre).

ZVIGENI TECHNOLOGY SYSTEMS (a.k.a. SYSTEMES TECHNOLOGIQUES ZVIGENI; a.k.a. ZVIGENI TECHNOLOGICAL SYSTEMS LIMITED), 38 Gloucester Road, 1101-4, Hong Kong, China; 23/F, Tower 2, Enterprise Square Five, 38 Wang Chiu Road, Kowloon Bay, Hong Kong, China; 18C-3107 av. des Hotels, Quebec, Quebec G1W4W5, Canada; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Company Number 2815744 (Hong Kong); Enterprise Number 1175952143 (Canada); Business Registration Number 70580521 (Hong Kong) [RUSSIA-EO14024] (Linked To: ORLOFF, Alexandre).

ZYFRA (a.k.a. LIMITED LIABILITY COMPANY TSIFRA), PR-KT Leninskii, D. 15A, Moscow 119071, Russia; PR-KT Vernadskogo, D. 6, Pom. 28, Moscow 119311, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704245507 (Russia); Registration Number 1027704005780 (Russia) [RUSSIA-EO14024].

ZYMA, Petro (a.k.a. ZIMA, Petr Anatolyevich; a.k.a. ZIMA, Pyotr Anatoliyovych), 18 Ulitsa D. Ulyanova, Apartment 110, Simferopol, Crimea, Ukraine; DOB 29 Mar 1965; POB Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Crimean SBU (Security Service of Ukraine) (individual) [UKRAINE-EO13660].

ZYON, Zin Yon (a.k.a. CHO'N, Chin-yo'ng; a.k.a. JON, Jin Yong (Korean: 전진영)), Moscow, Russia; DOB 05 Mar 1981; POB Pyongyang, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

ZYUGANOV, Gennadiy Andreevich (a.k.a. ZYUGANOV, Gennady Andreyevich), Russia; DOB 26 Jun 1944; POB Mymrino, Oryol, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZYUGANOV, Gennady Andreyevich (a.k.a. ZYUGANOV, Gennadiy Andreevich), Russia; DOB 26 Jun 1944; POB Mymrino, Oryol, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

"1-P" (a.k.a. BASHIR, Ali Lalobo; a.k.a. KAPERE, Otim; a.k.a. KONY, Ali; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLA, Ali Mohammed; a.k.a. LABOLO, Ali Mohammad; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Bashir; a.k.a. LALOBO, Ali Mohammed; a.k.a. SALONGO, Ali Mohammed; a.k.a. "Bashir"; a.k.a. "Caesar"; a.k.a. "MOHAMMED, Ali"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

"3D FORMAT" (a.k.a. APPLIKATA; a.k.a. LLC APPLICATA), Pr-D Stroitelnyi D. 7A, K. 28, Pomeshch. 219, Moscow 125362, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733287011 (Russia); Registration Number 1167746511008 (Russia) [RUSSIA-EO14024].

"3D MOLL" (a.k.a. LIMITED LIABILITY COMPANY 3D MALL; a.k.a. "3DMALL"), Sh. Dmitrovskoe D. 9A, Str. 1, Et./Pomeshch. 2/Iii, Kom. 18, 35, 35A, Moscow 127434, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731323828 (Russia); Registration Number 1167746742602 (Russia) [RUSSIA-EO14024].

"3DMALL" (a.k.a. LIMITED LIABILITY COMPANY 3D MALL; a.k.a. "3D MOLL"), Sh. Dmitrovskoe D. 9A, Str. 1, Et./Pomeshch. 2/Iii, Kom. 18, 35, 35A, Moscow 127434, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731323828 (Russia); Registration Number 1167746742602 (Russia) [RUSSIA-EO14024].

"3MG" (a.k.a. MIZAN MACHINE MANUFACTURING GROUP), P.O. Box 16595-365, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"3MX" (a.k.a. LIMITED LIABILITY COMPANY TRIMIX; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU 3MKH), 16, litera A, Ul. Khoshimina, Pomeshch. 2-n of. 3.1.17, St. Petersburg 194358, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802942873 (Russia); Registration Number 1237800084235 (Russia) [RUSSIA-EO14024].

"3ZED" (a.k.a. 3ZED INVESTMENT; a.k.a. MIBAZAARUMV), Ma. Rimlas, Nikagas, Hingun, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Organization Established Date 22 Mar 2022; Organization Type: Packaging activities; Business Number BN15322023 (Maldives); Registration Number SP-0816/2022 (Maldives) [SDGT] (Linked To: MUBEEN, Ahmed).

"4 TSNII" (a.k.a. FEDERAL STATE GOVERNMENTAL INSTITUTION 4 CENTRAL RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FGBU 4 TSNII MINOBORONY ROSSII), Ul. M.K. Tikhonravova (Yubileinyi MKR) D. 29, Korolev 141091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5054086684 (Russia); Registration Number 1065018010386 (Russia) [RUSSIA-EO14024].

"5 ENERGY" (a.k.a. FIVE ENERGY OIL TRADING), United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: MEHDI GROUP).

"07" (a.k.a. USUGA TORRES, Arley; a.k.a. "CERO SIETE"); DOB 14 Aug 1979; POB Tierralta, Cordoba, Colombia; citizen Colombia; Cedula No. 71255292 (Colombia) (individual) [SDNTK].

"7TH BRIGADE" (a.k.a. KANIYAT MILITIA; a.k.a. "9TH BRIGADE"; a.k.a. "AL-KANI MILITIA"; a.k.a. "AL-KANIYAT"; a.k.a. "KANI BRIGADE"; a.k.a. "KANIAT"; a.k.a. "KANIYAT"; a.k.a. "KANYAT"; f.k.a. "TARHUNA 7TH BRIGADE"; f.k.a. "TARHUNA BRIGADE"), Libya [GLOMAG].

"9TH BRIGADE" (a.k.a. KANIYAT MILITIA; f.k.a. "7TH BRIGADE"; a.k.a. "AL-KANI MILITIA"; a.k.a. "AL-KANIYAT"; a.k.a. "KANI BRIGADE"; a.k.a. "KANIAT"; a.k.a. "KANIYAT"; a.k.a. "KANYAT"; f.k.a. "TARHUNA 7TH BRIGADE"; f.k.a. "TARHUNA BRIGADE"), Libya [GLOMAG].

"27" (a.k.a. FIGUEROA BENITEZ, Jorge Humberto), Mexico; DOB 02 Sep 1989; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. FIBJ890902HSLGNR06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"27TH NTS" (a.k.a. 27TH SCIENTIFIC CENTER; a.k.a. FEDERAL STATE BUDGETARY ESTABLISHMENT 27 SCIENTIFIC CENTER OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION), Brigadirskiy Pereulok 13, Moscow 105005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024. [NPWMD] [RUSSIA-EO14024].

"30 SRZ AO" (a.k.a. 30TH SHIP REPAIR FACTORY JOINT STOCK COMPANY; a.k.a. AKTSIONERNOYE OBSHCHESTVO 30 SUDOREMONTNYY ZAVOD), 23 Ulitsa Sudoremontnaya, Fokino 692890, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Dec 2010; Tax ID No. 2512304968 (Russia); Registration Number 1102503001083 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

"33RD TSNIII" (a.k.a. 33RD SCIENTIFIC RESEARCH AND TESTING INSTITUTE; a.k.a. FEDERAL STATE BUDGETARY ESTABLISHMENT 33 CENTRAL SCIENTIFIC RESEARCH TEST INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION), 1 Ulitsa Krasnoznamennaya, Volsk-18/Shikhany, Saratov Oblast, Russia; Krasnoznamennaya Street 1, Volsk-18, Saratov 412918, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024. [NPWMD] [RUSSIA-EO14024].

"40" (a.k.a. TREVINO MORALES, Miguel (Latin: TREVIÑO MORALES, Miguel); a.k.a. TREVINO MORALES, Miguel Angel), Calle Veracruz 825, Nuevo Laredo, Tamaulipas, Mexico; Calle Mina No. 6111, Nuevo Laredo, Tamaulipas, Mexico; Calle Nayarit 3404, en la esquina de Nayarit y Ocampo, Nuevo Laredo, Tamaulipas, Mexico; Calle 15 de Septiembre y Leandro Valle, Nuevo Laredo, Tamaulipas, Mexico; Avenida Tecnologico 17, entre Calle Pedro Perezo Ibarra y Fraccionamiento Tecnologica, Nuevo Laredo, Tamaulipas, Mexico; Amapola 3003, Col.  Primavera, Nuevo Laredo, Tamaulipas, Mexico; Rancho Soledad, Anahuac, Nuevo Leon, Mexico; Rancho Rancherias, Anahuac, Nuevo Leon, Mexico; Reynosa, Tamaulipas, Mexico; DOB 28 Jun 1973; alt. DOB 18 Nov 1970; alt. DOB 25 Jan 1973; alt. DOB 15 Jul 1976; POB Nuevo Laredo, Tamaulipas, Mexico; alt. POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Gender Male; R.F.C. TRMM730628 (Mexico) (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

"42" (a.k.a. TREVINO MORALES, Alejandro; a.k.a. TREVINO MORALES, Omar (Latin: TREVIÑO MORALES, Omar); a.k.a. TREVINO

MORALES, Omar Alejandro; a.k.a. TREVINO MORALES, Oscar Omar), Colonia Militar, Nuevo Laredo, Tamaulipas, Mexico; Reynosa, Tamaulipas, Mexico; Coahuila, Mexico; DOB 26 Jan 1974; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

"66 LID" (a.k.a. 66TH LIGHT INFANTRY DIVISION; a.k.a. LIGHT INFANTRY DIVISION 66; a.k.a. "#66 DIVISION"; a.k.a. "DIV. 66"; a.k.a. "LID 66"), Pyay Township, Bago Region, Burma; Target Type Government Entity [BURMA-EO14014].

"108 INSTITUTE" (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTRALNYI NAUCHNO ISSLEDOVATELSKII RADIOTEKHNICHESKII INSTITUIMENI AKADEMIKA A I BERGA; a.k.a. AO TSNIRTI IM AKADEMIKA A I BERGA; a.k.a. CENTRAL RESEARCH RADIO ENGINEERING INSTITUTE NAMED AFTER ACADEMICIAN A I BERG; a.k.a. JOINT STOCK COMPANY TSNIRTI NAMED AFTER ACADEMICIAN A I BERG), 20 Nova Basmanna Street, Building 9, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701039940 (Russia); Registration Number 1167746458648 (Russia) [RUSSIA-EO14024].

"148SH LTD" (a.k.a. 148SH LIMITED TRADE DEVELOPMENT; a.k.a. OOO 148ESEYCH), Ter. Oez Ppt Lipetsk Str. 4a, Office 021/40, Gryazi 398010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4802014171 (Russia); Registration Number 1214800009291 (Russia) [RUSSIA-EO14024].

"150 AIRCRAFT REPAIR PLANT" (a.k.a. JOINT STOCK COMPANY 150 AIRCRAFT REPAIR PLANT; a.k.a. "AO 150 ARZ"), Ul. Garnizonnaya D. 4, Svetlyi, P. Lyublino-Novoe 238347, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Dec 1996; Tax ID No. 3913501370 (Russia); Registration Number 1093925016767 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"179 SRZ AO" (a.k.a. 179TH SHIP REPAIR PLANT JOINT STOCK COMPANY; a.k.a. 179TH SHIP REPAIR YARD JSC; a.k.a. AKTSIONERNOYE OBSHCHESTVO 179 SUDOREMONTNYY ZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 179 СУДОРЕМОНТНЫЙ ЗАВОД)), 1 Ulitsa

Portovaya, Khabarovsk 680018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Oct 2008; Tax ID No. 2725078713 (Russia); Registration Number 1082722011680 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

"195 RZ RAV AO" (Cyrillic: "АО 195 РЗ РАВ") (a.k.a. JOINT STOCK COMPANY 195 REPAIR PLANT OF ROCKET AND ARTILLERY WEAPONS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 195 РЕМОНТНЫЙ РАКЕТНО-АРТИЛЛИЙСКОГО ВООРУЖЕНИЯ)), Raion Rosklyakovo, Murmansk, Murmansk Oblast 184635, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Apr 2009; Tax ID No. 5110002377 (Russia); Registration Number 1095110000292 (Russia) [RUSSIA-EO14024].

"223RD FLIGHT DETACHMENT" (a.k.a. 223RD STATE AIRLINE FLIGHT UNIT; a.k.a. FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FGBU GAK 223 LETNYI OTRYAD MO RF; a.k.a. FGBU GOSUDARSTVENNAYA AVIAKOMPANIYA 223 LETNYY OTRYAD MO RF (Cyrillic: ФГБУ ГОСУДАРСТВЕННАЯ АВИАКОМПАНЯ 223 ЛЕТНЫЙ ОТРЯД МО РФ); a.k.a. "223RD FLIGHT UNIT"), Ul. aerodromnaya d. 2, str. 1, Shchelkovo, Shchelkovskii district, Moscow Region 141103, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Mar 1993; Tax ID No. 5050017062 (Russia); Registration Number 1035010206989 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

"223RD FLIGHT UNIT" (a.k.a. 223RD STATE AIRLINE FLIGHT UNIT; a.k.a. FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FGBU GAK 223 LETNYI OTRYAD MO RF; a.k.a. FGBU GOSUDARSTVENNAYA AVIAKOMPANIYA 223 LETNYY OTRYAD MO RF (Cyrillic: ФГБУ ГОСУДАРСТВЕННАЯ АВИАКОМПАНЯ 223 ЛЕТНЫЙ ОТРЯД МО РФ); a.k.a. "223RD

FLIGHT DETACHMENT"), Ul. aerodromnaya d. 2, str. 1, Shchelkovo, Shchelkovskii district, Moscow Region 141103, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Mar 1993; Tax ID No. 5050017062 (Russia); Registration Number 1035010206989 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

"224 FU JSC" (a.k.a. 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JSC THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. LYOTNY OTRYAD 224; a.k.a. OJSC GOSUDARSTVENNAYA AVIAKOMPANIYA 224 LETNY OTRYAD (Cyrillic: ОАО ГОСУДАРСТВЕННАЯ АВИАКОМПАНИЯ 224 ЛЕТНЫЙ ОТРЯД); a.k.a. TTF AIR HEAVY LIFTING; a.k.a. "224TH FLIGHT UNIT"; a.k.a. "OAO 224 LO"), 10, Matrosskaya Tishina, B-14, POB-471, Moscow 107014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Oct 1971; Target Type State-Owned Enterprise; Tax ID No. 7718763393 (Russia); Registration Number 1097746281160 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

"224TH FLIGHT UNIT" (a.k.a. 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JSC THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. LYOTNY OTRYAD 224; a.k.a. OJSC GOSUDARSTVENNAYA AVIAKOMPANIYA 224 LETNY OTRYAD (Cyrillic: ОАО ГОСУДАРСТВЕННАЯ АВИАКОМПАНИЯ 224 ЛЕТНЫЙ ОТРЯД); a.k.a. TTF AIR HEAVY LIFTING; a.k.a. "224 FU JSC"; a.k.a. "OAO 224 LO"), 10, Matrosskaya Tishina, B-14, POB-471, Moscow 107014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Oct 1971; Target Type State-Owned Enterprise; Tax ID No. 7718763393 (Russia); Registration Number 1097746281160 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

"356 AIRCRAFT REPAIR PLANT" (a.k.a. JOINT STOCK COMPANY 356 AIRCRAFT REPAIR PLANT; a.k.a. "356 ARZ PAO"; a.k.a. "AO 356 ARZ"), Ter. Engels 1, Engels 413101, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization

Established Date 08 Dec 1997; Tax ID No. 64449042335 (Russia); Registration Number 1076449000870 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"356 ARZ PAO" (a.k.a. JOINT STOCK COMPANY 356 AIRCRAFT REPAIR PLANT; a.k.a. "356 AIRCRAFT REPAIR PLANT"; a.k.a. "AO 356 ARZ"), Ter. Engels 1, Engels 413101, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Dec 1997; Tax ID No. 64449042335 (Russia); Registration Number 1076449000870 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"419 ARZ" (a.k.a. 419 AVIATION REPAIR PLANT; a.k.a. AIRCRAFT REPAIR PLANT NO 419; a.k.a. JOINT STOCK COMPANY 419 AIRCRAFT REPAIR PLANT; a.k.a. "ARP 419"), 16 k. 2 Politruk Pasechnik Str., St. Petersburg 198326, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7807343496 (Russia); Registration Number 1097847146748 (Russia) [RUSSIA-EO14024].

"558 ARZ OAO" (a.k.a. JSC 558 AIRCRAFT REPAIR PLANT (Cyrillic: ОАО 558 АВИАЦИОННЫЙ РЕМОНТНЫЙ ЗАВОД); a.k.a. JSC 558TH AIRCRAFT REPAIR PLANT; a.k.a. "JSC 558 ARP"), bld. 7, 50 let VLKSM st., Baranovichi, Brest region 225415, Belarus (Cyrillic: 7, ул. 50 ВЛКСМ, Барановичи, Брестская обл. 225415, Belarus); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jun 1992; Registration Number 200166539 (Belarus) [RUSSIA-EO14024] [BELARUS-EO14038].

"711 ARZ AO" (a.k.a. JOINT STOCK COMPANY 711 AIRCRAFT REPAIR PLANT; a.k.a. JSC 711 AIRCRAFT REPAIR PLANT), Ul. Chkalova D.18, Borisoglebsk 397171, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Jun 1923; Tax ID No. 3604016369 (Russia); Registration Number 1063604012790 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

"810 AIRCRAFT REPAIR PLANT" (a.k.a. JOINT STOCK COMPANY 810 AIRCRAFT REPAIR PLANT; a.k.a. "AO 810 ARZ"), Ul. Vertoletnaya D.1, Chita 672045, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Aug 1995; Tax ID No. 7536080716 (Russia); Registration Number 1077536006118 (Russia)

[RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"924 GTSBA" (a.k.a. 924TH STATE CENTER FOR UAV AVIATION; a.k.a. FEDERAL STATE INSTITUTION MILITARY UNIT 20924; a.k.a. FEDERALNOE KAZENNOE UCHREZHDENIE VOISKOVAIA CHAST 20924), 5 Proezd Artilleristov, Kolomna, Moscow Oblast 140415, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2013; Target Type Government Entity; Tax ID No. 5022050639 (Russia); Registration Number 1165022050808 (Russia) [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

""AHMED THE TANZANIAN"" (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu") DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

""FOOPIE"" (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu") DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

""FUPI"" (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. "KHABAR, Abu") DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"#66 DIVISION" (a.k.a. 66TH LIGHT INFANTRY DIVISION; a.k.a. LIGHT INFANTRY DIVISION 66; a.k.a. "66 LID"; a.k.a. "DIV. 66"; a.k.a. "LID 66"), Pyay Township, Bago Region, Burma; Target Type Government Entity [BURMA-EO14014].

"@AL3XL7" (a.k.a. KONDRATEV, Ivan; a.k.a. KONDRATIEV, Ivan Gennadievich (Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич); a.k.a. KONDRATYEV, Ivan; a.k.a. "@BASSTERLORD"; a.k.a. "@BASSTERLORD 0170742922"; a.k.a. "@SINNER6546"; a.k.a. "@SINNER911"; a.k.a. "BASSTERLORD"; a.k.a. "EDITOR"; a.k.a. "FISHEYE"; a.k.a. "INVESTORLIFE1"; a.k.a. "JACKROCK#3337"; a.k.a. "SIN998A"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz 07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns 29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45h exr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h6 0n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6n g6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e412 0d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

"@BASSTERLORD 0170742922" (a.k.a. KONDRATEV, Ivan; a.k.a. KONDRATIEV, Ivan Gennadievich (Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич); a.k.a. KONDRATYEV, Ivan; a.k.a. "@AL3XL7"; a.k.a. "@BASSTERLORD"; a.k.a. "@SINNER6546"; a.k.a. "@SINNER911"; a.k.a. "BASSTERLORD"; a.k.a. "EDITOR"; a.k.a. "FISHEYE"; a.k.a. "INVESTORLIFE1"; a.k.a. "JACKROCK#3337"; a.k.a. "SIN998A"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz 07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns 29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45h exr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h6 0n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6n g6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e412 0d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

"@BASSTERLORD" (a.k.a. KONDRATEV, Ivan; a.k.a. KONDRATIEV, Ivan Gennadievich (Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич); a.k.a. KONDRATYEV, Ivan; a.k.a. "@AL3XL7"; a.k.a. "@BASSTERLORD 0170742922"; a.k.a. "@SINNER6546"; a.k.a. "@SINNER911"; a.k.a. "BASSTERLORD"; a.k.a. "EDITOR"; a.k.a. "FISHEYE"; a.k.a. "INVESTORLIFE1"; a.k.a. "JACKROCK#3337"; a.k.a. "SIN998A"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz 07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt.

Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45hexr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h60n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6ng6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e4120d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

"@SINNER6546" (a.k.a. KONDRATEV, Ivan; a.k.a. KONDRATIEV, Ivan Gennadievich (Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич); a.k.a. KONDRATYEV, Ivan; a.k.a. "@AL3XL7"; a.k.a. "@BASSTERLORD"; a.k.a. "@BASSTERLORD 0170742922"; a.k.a. "@SINNER911"; a.k.a. "BASSTERLORD"; a.k.a. "EDITOR"; a.k.a. "FISHEYE"; a.k.a. "INVESTORLIFE1"; a.k.a. "JACKROCK#3337"; a.k.a. "SIN998A"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45hexr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h60n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6ng6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e4120d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

"@SINNER911" (a.k.a. KONDRATEV, Ivan; a.k.a. KONDRATIEV, Ivan Gennadievich (Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич); a.k.a. KONDRATYEV, Ivan; a.k.a. "@AL3XL7"; a.k.a. "@BASSTERLORD"; a.k.a. "@BASSTERLORD 0170742922"; a.k.a. "@SINNER6546"; a.k.a. "BASSTERLORD"; a.k.a. "EDITOR"; a.k.a. "FISHEYE"; a.k.a. "INVESTORLIFE1"; a.k.a. "JACKROCK#3337"; a.k.a. "SIN998A"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45hexr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h60n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6ng6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e4120d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

"A1 OOO" (a.k.a. LIMITED LIABILITY COMPANY A1; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU A1; a.k.a. "OOO A1"), d. 12 etazh 13 pom. IAZH kom. 43, naberezhnaya Krasnopresnenskaya, Moscow, Moscow 123610, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Nov 2017; Tax ID No. 7703437911 (Russia); Registration Number 5177746257035 (Russia) [RUSSIA-EO14024].

"A4SI" (a.k.a. INTERNATIONAL SERVICES AGENCY S.A.S.; a.k.a. "ACADEMY FOR SECURITY INSTRUCTION S.A.S.") Avenida Carrera 19 No. 97-31 Of. 603, Bogota, Colombia; Website https://a4si.com.co; NIT # 9010625922 (Colombia); Matricula Mercantil No 02792522 (Colombia) [SUDAN-EO14098].

"A7 AGENT LLC" (a.k.a. A7 AGENT LIMITED LIABILITY COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU A7 AGENT), Ul. Lesnaya D. 9 Pomeshch. 2/10, Moscow 125196, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 26 Sep 2024; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No. 9710138144 (Russia); Registration Number 1247700638570 (Russia) [CYBER4] (Linked To: A7 LIMITED LIABILITY COMPANY).

"A7 LLC" (a.k.a. A7 LIMITED LIABILITY COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU A7; a.k.a. "OOO A7"), Ul. Lesnaya D. 9 Pomeshch. 2/10, Moscow 125196, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 02 Sep 2024; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No. 9710137165 (Russia); Registration Number 1247700586891 (Russia) [CYBER4] (Linked To: GARANTEX EUROPE OU).

"A71 LLC" (a.k.a. A71 LIMITED LIABILITY COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU A71), Ul. Lesnaya D. 9 Pomeshch. 2/10, Moscow 125196, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 26 Sep 2024; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No. 9710138137 (Russia); Registration Number 1247700638514 (Russia) [CYBER4] (Linked To: A7 LIMITED LIABILITY COMPANY).

"AAB" (a.k.a. AL-ASHTAR BRIGADES; a.k.a. SARAYA AL-ASHTAR), Bahrain; Iran; Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"AAELBAS" (a.k.a. BOLSHAKOV, Aleksandr Sergeyevich (Cyrillic: БОЛЬШАКОВ, Александр Сергеевич); a.k.a. SERGEEVICH, Aleksandr Bol'shakov; a.k.a. "WTLFNT"), 97 Vzletnaya, Apartment 170, Entrance 2, Floor 4, Barnaul 656067, Russia; DOB 23 Jul 1994; POB Semipalatinsk, Kazakhstan; nationality Russia; Gender Male; Passport 0114990629 (Russia); alt. Passport 756311712 (Russia); National ID No. 9933108128 (Russia) (individual) [CYBER3] (Linked To: ZSERVERS).

"AAH" (a.k.a. AL-TAYAR AL-RISALI; a.k.a. ASA'IB AHL AL-HAQ; a.k.a. ASA'IB AHL AL-HAQ MIN AL-IRAQ; a.k.a. ASA'IB AHL AL-

HAQQ; a.k.a. ASAIB AL HAQ; a.k.a. KHAZALI NETWORK; a.k.a. KHAZALI SPECIAL GROUP; a.k.a. KHAZALI SPECIAL GROUPS NETWORK; a.k.a. LEAGUE OF THE RIGHTEOUS; a.k.a. QAZALI NETWORK; a.k.a. "THE MISSIONARY CURRENT"; a.k.a. "THE PEOPLE OF THE CAVE"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"AARI" (a.k.a. APPLIED ACOUSTICS RESEARCH INSTITUTE; a.k.a. FEDERAL STATE UNITARY ENTERPRISE NIIPA; a.k.a. FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE NAUCHNO ISSLEDOVATELSKII INSTITUT PRIKLADNOI AKUSTIKI; a.k.a. SCIENTIFIC RESEARCH INSTITUTE OF APPLIED ACOUSTICS; a.k.a. "FGUP NIIPA"; a.k.a. "RIAA"), 9 May St., 7A, Dubna 141981, Russia; 16A Nagatinskaia Ul, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010007607 (Russia); Registration Number 1035002202070 (Russia) [RUSSIA-EO14024].

"ABANSHUK" (a.k.a. MOHAMED, Gedo Hamdan Ahmed (Arabic: جدو حمدان أحمد محمد); a.k.a. "ABU NSHOUK"; a.k.a. "ABU SHOK"), Sudan; DOB 1973; POB Kutum, North Darfur, Sudan; nationality Sudan; Gender Male; National ID No. 21932935991 (Sudan) (individual) [SUDAN-EO14098].

"ABC LLC" (a.k.a. AKTIVBIZNESKOLLEKSHN, OOO; a.k.a. LIMITED LIABILITY COMPANY ACTIVE BUSINESS CONSULT; a.k.a. LIMITED LIABILITY COMPANY ACTIVEBUSINESSCOLLECTION; a.k.a. LLC ACTIVEBUSINESSCOLLECTION; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AKTIVBIZNESKOLLEKSHN), 19 Vavilova St., Moscow 117997, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1137746390572 (Russia); Tax ID No. 7736659589 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

"ABD AL HADI" (a.k.a. BENDEBKA, L'Hadi; a.k.a. "HADI"), Via Garibaldi, 70, San Zenone al Po, Pavia, Italy; Via Manzoni, 33, Cinisello Balsamo, Milan, Italy; DOB 17 Nov 1963; POB Algiers Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABD AL-HADI" (a.k.a. GUNAWAN, Gun Gun Rusman; a.k.a. GUNAWAN, Rusman; a.k.a. "ABDUL HADI"; a.k.a. "ABDUL KARIM"; a.k.a. "BUKHORI"; a.k.a. "BUKHORY"); DOB 06 Jul 1977; POB Cianjur, West Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABD AL-MUHSI" (a.k.a. ABU BAKR, Ibrahim Ali Muhammad; a.k.a. AL-LIBI, Abd al-Muhsin; a.k.a. SABRI, Abdel Ilah; a.k.a. TANTOUCHE, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Ali Abu Bakr; a.k.a. "'ABD AL-RAHMAN"; a.k.a. "ABU ANAS"), Johannesburg, South Africa; DOB 1966; alt. DOB 27 Oct 1969; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 203037 (Libya) (individual) [SDGT].

"ABD AL-NASR, Hajji" (a.k.a. 'ABD AL-NASIR, Hajji; a.k.a. "ABDELNASSER, Hajji"; a.k.a. "AL-KHUWAYT, Taha"), Syria; DOB 1967; alt. DOB 1966; alt. DOB 1968; POB Tall 'Afar, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"'ABD AL-RAHMAN" (a.k.a. ABU BAKR, Ibrahim Ali Muhammad; a.k.a. AL-LIBI, Abd al-Muhsin; a.k.a. SABRI, Abdel Ilah; a.k.a. TANTOUCHE, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Ali Abu Bakr; a.k.a. "'ABD AL-MUHSI"; a.k.a. "ABU ANAS"), Johannesburg, South Africa; DOB 1966; alt. DOB 27 Oct 1969; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 203037 (Libya) (individual) [SDGT].

"ABDALARAK" (a.k.a. AMMARI, Saifi; a.k.a. "ABDERREZAK LE PARA"; a.k.a. "ABDERREZAK ZAIMECHE"; a.k.a. "ABDUL RASAK AMMANE ABU HAIDRA"; a.k.a. "ABOU HAIDARA"; a.k.a. "EL OURASSI"; a.k.a. "EL PARA"); DOB 01 Jan 1968; POB Kef Rih,

Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"'ABD-AL-'IZ" (a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. THABIT 'IZ; a.k.a. "ABU YASIR"); DOB 24 Jun 1954; POB Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 83860 (Sudan); alt. Passport 30455 (Egypt); alt. Passport 1046403 (Egypt) (individual) [SDGT].

"ABDALLA" (a.k.a. ZERFAOUI, Ahmad; a.k.a. "ABDULLAH"; a.k.a. "ABU CHOLDER"; a.k.a. "ABU KHAOULA"; a.k.a. "NUHR"; a.k.a. "SMAIL"); DOB 15 Jul 1963; POB Chrea, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABDALLAH O ABDULLAH" (a.k.a. RARRBO, Ahmed Hosni); DOB 12 Sep 1974; POB Bologhine, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABDALLAH, Abu" (a.k.a. AL MOJIL, Abdulhamid Sulaiman M.; a.k.a. AL MUJAL, Dr. Abd al-Hamid; a.k.a. AL MU'JIL, Abd al-Hamid Sulaiman; a.k.a. AL-MU'AJJAL, Dr. Abd Al-Hamid; a.k.a. AL-MUJIL, Abd Al Hamid Sulaiman Muhammed; a.k.a. AL-MU'JIL, Dr. Abd Abdul-Hamid bin Sulaiman; a.k.a. MUJEL, A.S.; a.k.a. MU'JIL, Abd al-Hamid); DOB 28 Apr 1949; alt. DOB 29 Apr 1949; POB Kuwait; nationality Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F 137998 issued 18 Apr 2004 expires 24 Feb 2009; Doctor (individual) [SDGT].

"'ABD-AL-QADIR" (a.k.a. AKIEL, Ibrahim Mohamed; a.k.a. AKIL, Ibrahim Mohamed; a.k.a. 'AQIL, Abd al-Qadr; a.k.a. AQIL, Ibrahim; a.k.a. 'AQIL, Ibrahim; a.k.a. MEHDI, Ghosn Ali Abdel; a.k.a. "TAHSIN"), Syria; Lebanon; DOB 24 Dec 1962; alt. DOB 01 Jan 1962; alt. DOB 20 Mar 1961; alt. DOB 1958; POB Bidnayil, Lebanon; alt. POB Younine, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

"ABD-AL-QARIM, Abu" (a.k.a. AL-RAWI, Muhammad Abd-al-Qadir Mutni Assaf; a.k.a. MATNEE, Mohammed Abdulqader; a.k.a. MATNI, Muhammad 'Abd-al-Qadir; a.k.a. MUTNI, Mohammad Abdul Kadir; a.k.a. MUTNI, Muhammad Abdul Qadar), Erbil, Iraq; DOB 15 Apr 1983; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G2590897 (individual) [SDGT].

"ABDEL' AZIZ BEN NARVAN" (a.k.a. JARRAYA, Khalil; a.k.a. JARRAYA, Khalil Ben Ahmed Ben Mohamed; a.k.a. "AMR"; a.k.a. "AMRO"; a.k.a. "AMROU"; a.k.a. "BEN NARVAN ABDEL AZIZ"; a.k.a. "KHALIL YARRAYA"; a.k.a. "OMAR"), Via Bellaria n.10, Bologna, Italy; Via Lazio n.3, Bologna, Italy; DOB 08 Feb 1969; alt. DOB 15 Aug 1970; POB Sfax, Tunisia; alt. POB Sreka, ex-Yugoslavia; nationality Tunisia; alt. nationality Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K989895 (Tunisia) issued 26 Jul 1995 expires 25 Jul 2000 (individual) [SDGT].

"ABDEL HAK" (a.k.a. EL-AICH, Dhou); DOB 05 Aug 1964; POB Debila, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABDELALI ABOU DHER" (a.k.a. BELKALEM, Mohamed; a.k.a. "EL HARRACHI"); DOB 19 Dec 1969; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABDELBAKI" (a.k.a. AL-BAKI, 'Abd; a.k.a. AL-BARI, 'Abd; a.k.a. BAKI, Abdul; a.k.a. BAQI, Abdul; a.k.a. BARI, Abdul; a.k.a. BARI, Abdul Baqi; a.k.a. BARI, Haji Abdul; a.k.a. IBRAHIM, 'Abd Al-Baqi Muhammad; a.k.a. IBRAHIM, 'Abd Labaqi Muhammad; a.k.a. ISHAQZAI, Rais Abdul Bari); DOB 01 Jan 1953; alt. DOB 1952; POB Kandahar, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 306749 (Afghanistan) expires 28 Jun 2014; alt. Passport 47168 (Afghanistan) (individual) [SDGT].

"ABDELHAMID AL KURDI" (a.k.a. HAMMID, Mohammed Tahir), Via della Martinella 132, Parma, Italy; DOB 01 Nov 1975; POB Poshok, Iraq; nationality Iraq; Secondary sanctions risk:

section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Kurdish; arrested 31 Mar 2003 (individual) [SDGT].

"ABDELLAH" (a.k.a. ABDAOUI, Youssef; a.k.a. ABDAOUI, Youssef Ben Abdul Baki Ben Youcef; a.k.a. "ABDULLAH"; a.k.a. "ABU ABDULLAH"), Piazza Giovane Italia n.2, Varese, Italy; Number 8/B Via Torino, Cassano Magnago (VA), Italy; DOB 04 Jun 1966; POB Kairouan, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G025057 issued 23 Jun 1999 expires 05 Feb 2004; Identification Number AO 2879097 (Italy) expires 30 Oct 2012 (individual) [SDGT].

"ABDELNASSER, Hajji" (a.k.a. 'ABD AL-NASIR, Hajji; a.k.a. "ABD AL-NASR, Hajji"; a.k.a. "AL-KHUWAYT, Taha"), Syria; DOB 1967; alt. DOB 1966; alt. DOB 1968; POB Tall 'Afar, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABDELRAHMAN" (a.k.a. EL HABHAB, Redouane), Iltisstrasse 58, Kiel 24143, Germany; DOB 20 Dec 1969; POB Casablanca, Morocco; nationality Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1005552350 (Germany) issued 27 Mar 2001 expires 26 Mar 2011; National ID No. 1007850441 (Germany) issued 27 Mar 2001 expires 26 Mar 2011; currently incarcerated in Lubeck, Germany (individual) [SDGT].

"ABDELRAHMMAN" (a.k.a. ESSAADI, Moussa Ben Amor Ben Ali; a.k.a. "BECHIR"; a.k.a. "DAH DAH"), Via Milano n.108, Brescia, Italy; DOB 04 Dec 1964; POB Tabarka, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L335915 issued 08 Nov 1996 expires 07 Nov 2001 (individual) [SDGT].

"ABDELWADOUD, Abou" (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel;

a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABDERAHMANE AL MAGHREBI" (a.k.a. AL SANHAJI, Abu Abdul Rahman Ali; a.k.a. AL-SANHAJI, Abou Abderrahmane; a.k.a. AL-SANHAJI, Abu 'Abd Al-Rahman Ali; a.k.a. AL-SENHADJI, Abou Abderrahman; a.k.a. MAYCHOU, Ali), Mali; DOB 25 May 1983; POB Taza, Morocco; nationality Morocco; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABDERAHMANE" (a.k.a. ABDALLAH AL-JAZAIRI; a.k.a. ARIF, Said; a.k.a. ARIF, Said Mohamed; a.k.a. CHABANI, Slimane; a.k.a. GHARIB, Omar; a.k.a. "ABDERRAHMANE"; a.k.a. "SOULEIMAN"), Syria; DOB 05 Dec 1965; POB Oran, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABDERRAHMANE" (a.k.a. RIHANI, Lotfi Ben Abdul Hamid Ben Ali), Via Bolgeri 4, Barni, Como, Italy; DOB 01 Jul 1977; POB Tunisi, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L 886177 issued 14 Dec 1998 expires 13 Dec 2003 (individual) [SDGT].

"ABDERRAHMANE" (a.k.a. ABDALLAH AL-JAZAIRI; a.k.a. ARIF, Said; a.k.a. ARIF, Said Mohamed; a.k.a. CHABANI, Slimane; a.k.a. GHARIB, Omar; a.k.a. "ABDERAHMANE"; a.k.a. "SOULEIMAN"), Syria; DOB 05 Dec 1965; POB Oran, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABDERREZAK LE PARA" (a.k.a. AMMARI, Saifi; a.k.a. "ABDALARAK"; a.k.a. "ABDERREZAK ZAIMECHE"; a.k.a. "ABDUL RASAK AMMANE ABU HAIDRA"; a.k.a. "ABOU HAIDARA"; a.k.a. "EL OURASSI"; a.k.a. "EL PARA"); DOB 01 Jan 1968; POB Kef Rih, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABDERREZAK ZAIMECHE" (a.k.a. AMMARI, Saifi; a.k.a. "ABDALARAK"; a.k.a. "ABDERREZAK LE PARA"; a.k.a. "ABDUL RASAK AMMANE ABU HAIDRA"; a.k.a. "ABOU HAIDARA"; a.k.a. "EL OURASSI"; a.k.a. "EL PARA"); DOB 01 Jan 1968; POB Kef Rih, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABDILLAH, Abdul" (a.k.a. ABDILLAH, Abubakar; a.k.a. ABDILLAH, Ustadz Abubakar; a.k.a. CASTRO, Jorge; a.k.a. DE LOS REYES, Feliciano; a.k.a. DE LOS REYES, Feliciano Abubakar; a.k.a. DELOS REYES Y SEMBERIO, Feleciano; a.k.a. DELOS REYES, Feleciano Semberio; a.k.a. DELOS REYES, Feliciano Semberio, Jr.; a.k.a. DELOS REYES, Ustadz Abubakar; a.k.a. REYES, Abubakar); DOB 04 Nov 1963; POB Arco, Lamitan, Basilan Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABDIRAHMAN, Mahamoud" (a.k.a. ADEN, Mohamed Abdi; a.k.a. ADEN, Mohamoud Abdi; a.k.a. ADEN, Mohamud Abdi; a.k.a. "ABDIRAHMAN, Mohamud"; a.k.a. "HASSAN,

Mohamed"; a.k.a. "IBRAHIM, Moalim"; a.k.a. "MAHADI, Moalim"; a.k.a. "SAYID, Mahdi"; a.k.a. "YARE, Mohamed"), Jilib, Lower Juba, Somalia; DOB 13 Mar 1985; POB Garissa, Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"ABDIRAHMAN, Mohamud" (a.k.a. ADEN, Mohamed Abdi; a.k.a. ADEN, Mohamoud Abdi; a.k.a. ADEN, Mohamud Abdi; a.k.a. "ABDIRAHMAN, Mahamoud"; a.k.a. "HASSAN, Mohamed"; a.k.a. "IBRAHIM, Moalim"; a.k.a. "MAHADI, Moalim"; a.k.a. "SAYID, Mahdi"; a.k.a. "YARE, Mohamed"), Jilib, Lower Juba, Somalia; DOB 13 Mar 1985; POB Garissa, Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"ABD'RABBAH" (a.k.a. ABDRABBA, Ghoma; a.k.a. ABDRABBA, Ghunia; a.k.a. ABD'RABBAH, Ghuma; a.k.a. ABDURABBA, Ghunia; a.k.a. "ABU JAMIL"), Birmingham, United Kingdom; DOB 02 Sep 1957; POB Benghazi, Libya; nationality United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABDUL HADI" (a.k.a. GUNAWAN, Gun Gun Rusman; a.k.a. GUNAWAN, Rusman; a.k.a. "ABD AL-HADI"; a.k.a. "ABDUL KARIM"; a.k.a. "BUKHORI"; a.k.a. "BUKHORY"); DOB 06 Jul 1977; POB Cianjur, West Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABDUL KARIM" (a.k.a. GUNAWAN, Gun Gun Rusman; a.k.a. GUNAWAN, Rusman; a.k.a. "ABD AL-HADI"; a.k.a. "ABDUL HADI"; a.k.a. "BUKHORI"; a.k.a. "BUKHORY"); DOB 06 Jul 1977; POB Cianjur, West Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABDUL RASAK AMMANE ABU HAIDRA" (a.k.a. AMMARI, Saifi; a.k.a. "ABDALARAK"; a.k.a. "ABDERREZAK LE PARA"; a.k.a. "ABDERREZAK ZAIMECHE"; a.k.a. "ABOU HAIDARA"; a.k.a. "EL OURASSI"; a.k.a. "EL PARA"); DOB 01 Jan 1968; POB Kef Rih,

Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"'ABDUL-GHANI" (a.k.a. AL-JALAHMA, Jaber; a.k.a. AL-JALAHMAH, Abu Muhammad; a.k.a. AL-JALAHMAH, Jabir Abdallah Jabir Ahmad; a.k.a. AL-JALAMAH, Jaber; a.k.a. AL-JALAMAH, Jabir 'Abdallah Jabir Ahmad; a.k.a. AL-JALHAMI, Jabir; a.k.a. "ABU MUHAMMAD"); DOB 24 Sep 1959; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 101423404 (individual) [SDGT].

"ABDULLA MOHAMAD ABDULLA MOHAMAD BEHZAD" (a.k.a. BAHZAD, Ahmad Abdullah Mohamed Abdullah; a.k.a. BEHZAD BSTAKI, Ahmad Abdullah Mohammed Abdullah; a.k.a. BEHZAD, Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohammad A; a.k.a. BEHZAD, Ahmad Abdulla Mohammad Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmed Abdullah; a.k.a. "ABDULLAH AHMAD ABDULLAH MOHAMAD BAHZAD"; a.k.a. "ABDULLAH MOHAMMED ABDULLAH BAHZAD"; a.k.a. "AHMED BEHZA"; a.k.a. "AHMED MOHAMMED ABDULLAH"; a.k.a. "MOHAMMED ABDULLAH MOHAMMED BAHZAD"), c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; DOB 02 Nov 1971; POB Dubai, United Arab Emirates; citizen United Arab Emirates; Passport A1042768 (United Arab Emirates); alt. Passport A0269124 (United Arab Emirates) (individual) [SDNTK].

"ABDULLAH AHMAD ABDULLAH MOHAMAD BAHZAD" (a.k.a. BAHZAD, Ahmad Abdullah Mohamed Abdullah; a.k.a. BEHZAD BSTAKI, Ahmad Abdullah Mohammed Abdullah; a.k.a. BEHZAD, Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohammad A; a.k.a. BEHZAD, Ahmad Abdulla Mohammad Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmed Abdullah; a.k.a. "ABDULLA MOHAMAD ABDULLA MOHAMAD BEHZAD"; a.k.a. "ABDULLAH MOHAMMED ABDULLAH BAHZAD"; a.k.a. "AHMED BEHZA"; a.k.a. "AHMED MOHAMMED ABDULLAH"; a.k.a. "MOHAMMED ABDULLAH MOHAMMED BAHZAD"), c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab

Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; DOB 02 Nov 1971; POB Dubai, United Arab Emirates; citizen United Arab Emirates; Passport A1042768 (United Arab Emirates); alt. Passport A0269124 (United Arab Emirates) (individual) [SDNTK].

"ABDULLAH MOHAMMED ABDULLAH BAHZAD" (a.k.a. BAHZAD, Ahmad Abdullah Mohamed Abdullah; a.k.a. BEHZAD BSTAKI, Ahmad Abdullah Mohammed Abdullah; a.k.a. BEHZAD, Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohammad A; a.k.a. BEHZAD, Ahmad Abdulla Mohammad Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmed Abdullah; a.k.a. "ABDULLA MOHAMAD ABDULLA MOHAMAD BEHZAD"; a.k.a. "ABDULLAH AHMAD ABDULLAH MOHAMAD BAHZAD"; a.k.a. "AHMED BEHZA"; a.k.a. "AHMED MOHAMMED ABDULLAH"; a.k.a. "MOHAMMED ABDULLAH MOHAMMED BAHZAD"), c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; DOB 02 Nov 1971; POB Dubai, United Arab Emirates; citizen United Arab Emirates; Passport A1042768 (United Arab Emirates); alt. Passport A0269124 (United Arab Emirates) (individual) [SDNTK].

"Abdullah Qardash" (a.k.a. AL-MAWLA, Amir Muhammad Sa'id Abdal-Rahman; a.k.a. AL-MAWLA, Muhammad Sa'id 'Abd-al-Rahman; a.k.a. AL-MULA, Amir Muhammad Sa'id 'Abd-al-Rahman Muhammad; a.k.a. SALBI, 'Abdul Amir Muhammad Sa'id; a.k.a. "Abu Ibrahim al-Hashimi al-Qurashi"; a.k.a. "Abu-'Abdullah Qardash"; a.k.a. "Abu-'Umar al-Turkmani"; a.k.a. "al-Hajj Abdullah Qardash"; a.k.a. "Hajii Abdallah"; a.k.a. "Hajji Abdullah al-Afari"), Iraq; Syria; DOB 01 Oct 1976; alt. DOB 05 Oct 1976; POB Mosul, Iraq; alt. POB Tall 'Afar, Iraq; nationality Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"ABDULLAH SINDHI" (a.k.a. AL-SINDHI, Abdul Rehman; a.k.a. AL-SINDHI, Abdur Rahman; a.k.a. RAHMAN, Abdur; a.k.a. REHMAN, Abdul; a.k.a. REHMAN, Abdur; a.k.a. SINDHI, Abdul Rehman; a.k.a. SINDHI, Abdurahman; a.k.a. SINDI, Abdur Rehman; a.k.a. UR-REHMAN, Abd; a.k.a. YAMIN, Abdur Rehman Muhammad), Karachi, Pakistan; DOB 03 Oct 1965; POB Mirpur Khas, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CV9157521 (Pakistan) issued 08 Sep 2008 expires 07 Sep 2013; National ID No. 44103-5251752-5 (Pakistan) (individual) [SDGT].

"ABDULLAH THE TURK" (a.k.a. AL UBAYDA, Mulfit Kar Iiyas; a.k.a. ALMANCI, Abdurrahman; a.k.a. KAR, Mavlut; a.k.a. KAR, Mawlud; a.k.a. KAR, Meluvet; a.k.a. KAR, Mevlut; a.k.a. KAR, Mivlut; a.k.a. YUSOV, Yanal; a.k.a. ZIKARA, Mevlut; a.k.a. "ABU OBEIDAH AL TURKI"; a.k.a. "ABU OBEJD EL-TURKI"; a.k.a. "ABU UDEJF EL-TURKI"; a.k.a. "AL TURKI KYOSEV"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

"ABDULLAH" (a.k.a. ABDAOUI, Youssef; a.k.a. ABDAOUI, Youssef Ben Abdul Baki Ben Youcef; a.k.a. "ABDELLAH"; a.k.a. "ABU ABDULLAH"), Piazza Giovane Italia n.2, Varese, Italy; Number 8/B Via Torino, Cassano Magnago (VA), Italy; DOB 04 Jun 1966; POB Kairouan, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G025057 issued 23 Jun 1999 expires 05 Feb 2004; Identification Number AO 2879097 (Italy) expires 30 Oct 2012 (individual) [SDGT].

"ABDULLAH" (a.k.a. ZERFAOUI, Ahmad; a.k.a. "ABDALLA"; a.k.a. "ABU CHOLDER"; a.k.a. "ABU KHAOULA"; a.k.a. "NUHR"; a.k.a. "SMAIL") DOB 15 Jul 1963; POB Chrea, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABDULLAH, Abu" (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. SUGHAYR, Muhammad 'Abdallah Salih; a.k.a. "BAKR, Abu") DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABDULLAHI, Hussein" (a.k.a. IBRAHIM, Aadan Yusuf Saciid), Beled Amin, Lower Shabelle, Somalia; DOB 1987; alt. DOB 1988; alt. DOB 1989; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"ABDURAKHMON" (a.k.a. ABU YAHYA MUHAMMAD FATIH; a.k.a. JALALOV, Najmiddin; a.k.a. JALOLOV, Najmiddin; a.k.a. JALOLOV, Najmiddin Kamolitdinovich; a.k.a. ZHALALOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmidin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmuddin Kamoldinovich; a.k.a. ZHANOV, Najmiddin Kamilidinovich; a.k.a. "YAHYO"; a.k.a. "YAKH'YO"), S. Jalilov Street 14, Khartu, Andijan region, Uzbekistan; DOB 01 Apr 1972; alt. DOB 1972; POB Andijan region, Uzbekistan; nationality Uzbekistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABDUS SAMAD" (a.k.a. BAASYIR, Abu Bakar; a.k.a. BA'ASYIR, Abu Bakar; a.k.a. BASHIR, Abu Bakar; a.k.a. "ABDUS SOMAD"); DOB 17 Aug 1938; POB Jombang, East Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABDUS SOMAD" (a.k.a. BAASYIR, Abu Bakar; a.k.a. BA'ASYIR, Abu Bakar; a.k.a. BASHIR, Abu Bakar; a.k.a. "ABDUS SAMAD"); DOB 17 Aug 1938; POB Jombang, East Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABEDINI, Sa'id" (a.k.a. IZADI, Mohammad Sa'id; a.k.a. IZADI, Muhammad Sa'id; a.k.a. IZADI, Ramazan; a.k.a. IZADI, Saeed), Iran; Beirut, Lebanon; DOB 1964; Gender Male; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 9002446 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HAMAS).

"ABID" (a.k.a. ABID, Thakur; a.k.a. ALI, Abid; a.k.a. KHAN, Abid; a.k.a. KHAN, Abid Ali), Hakim Abad, Nowshera, KPK, Pakistan; KPK, Pakistan; DOB 13 Mar 1981; POB Nowshera, Pakistan; nationality Pakistan; citizen Pakistan; Email Address thakurabid@gmail.com; alt. Email Address pakistancopy@gmail.com; Gender Male; Passport DA 1790252 (Pakistan) (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

"ABOSSLAH" (a.k.a. AL ASIRI, Ibrahim Hassan; a.k.a. AL-'ASIRI, Ibrahim; a.k.a. AL-'ASIRI, Ibrahim Hasan Tali; a.k.a. AL-ASIRI, Ibrahim Hassan Tali; a.k.a. 'ASIRI, Ibrahim Hasan Tali'A; a.k.a. ASSIRI, Ibrahim Hassan Tali; a.k.a. "ABU SALEH"); DOB 19 Apr 1982; alt. DOB 18 Apr 1982; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F654645 issued 30 Apr 2005; National ID No. 1028745097 (Saudi Arabia); Member of al-Qa'ida in the Arabian Peninsula, is wanted by the Government of Saudi Arabia and Interpol has issued an Orange Notice: File no. 2009/52/OS/CCC (individual) [SDGT].

"Abou Abdallah Al Faransi" (a.k.a. HAUCHARD, Maxime), Syria; DOB 17 Mar 1992; POB Normandy, France; nationality France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abou al Mouqatel" (a.k.a. Abu-Muqatil al-Tunisi; a.k.a. AL-HAKIM, Boubakeur; a.k.a. ALI HAKIM, Boubaker Ben Habib Ben; a.k.a. EL HAKIM, Boubaker; a.k.a. EL-HAKIM, Boubakeur; a.k.a. "Abou Mouqatel"), Syria; DOB 01 Aug 1983; POB Paris, France; citizen Tunisia; alt. citizen France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport W752198; Identification Number 09036271 (individual) [SDGT].

"ABOU ALAM" (a.k.a. ABU AMAR, Yahia; a.k.a. DJOUADI, Yahia; a.k.a. "ABU ALA"); DOB 01 Jan 1967; POB M'Hamid, Sidi Bel Abbas, Algeria; Secondary sanctions risk: section 1(b)

of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABOU ANIS" (a.k.a. SALEH AL-SAADI, Nassim Ben Mohamed Al-Cherif ben Mohamed), Via Monte Grappa 15, Arluno, Milan, Italy; DOB 30 Nov 1974; POB Haidra Al-Qasreen, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M 788331 issued 28 Sep 2001 expires 27 Sep 2006; arrested 30 Sep 2002 (individual) [SDGT].

"ABOU EL LAYTH" (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BC166787 (Canada) (individual) [SDGT].

"ABOU HAIDARA" (a.k.a. AMMARI, Saifi; a.k.a. "ABDALARAK"; a.k.a. "ABDERREZAK LE PARA"; a.k.a. "ABDERREZAK ZAIMECHE"; a.k.a. "ABDUL RASAK AMMANE ABU HAIDRA"; a.k.a. "EL OURASSI"; a.k.a. "EL PARA"); DOB 01 Jan 1968; POB Kef Rih, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABOU HAMZA" (a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "ABOU HANZA"; a.k.a. "ABU KHAMZA"; a.k.a. "BILAL"; a.k.a. "BILAL KUMKAL"; a.k.a. "HAMZA"; a.k.a. "KOUMAL"; a.k.a. "LAJONEL DIMON"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975; POB Roubaix, France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABOU HANZA" (a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "ABOU HAMZA"; a.k.a. "ABU KHAMZA"; a.k.a. "BILAL"; a.k.a. "BILAL

KUMKAL"; a.k.a. "HAMZA"; a.k.a. "KOUMAL"; a.k.a. "LAJONEL DIMON"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975; POB Roubaix, France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABOU MOUHADJI" (a.k.a. NAIL, Taleb; a.k.a. NAIL, Tayeb; a.k.a. OULD ALI, Mohamed Ould Ahmed; a.k.a. "DJAAFAR ABOU MOHAMED"); DOB circa 1972; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abou Mouqatel" (a.k.a. Abu-Muqatil al-Tunisi; a.k.a. AL-HAKIM, Boubakeur; a.k.a. ALI HAKIM, Boubaker Ben Habib Ben; a.k.a. EL HAKIM, Boubaker; a.k.a. EL-HAKIM, Boubakeur; a.k.a. "Abou al Mouqatel"), Syria; DOB 01 Aug 1983; POB Paris, France; citizen Tunisia; alt. citizen France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport W752198; Identification Number 09036271 (individual) [SDGT].

"Abou Souleiman al-Firansi" (a.k.a. HIMICH, Abdelilah; a.k.a. "Abu Souleymane"; a.k.a. "Abu Souleymane al-Faransi"; a.k.a. "Abu Souleymane the Frenchman"; a.k.a. "Abu Sulaiyman"; a.k.a. "Abu Sulaiyman al Fransi"; a.k.a. "Abu Sulayman al-Faransi"; a.k.a. "Abu Suleiman"; a.k.a. "Abu Suleyman"; a.k.a. "Abu Suleyman al-Faransi"; a.k.a. "Abu Suleyman al-Firansi"), al Bab, Syria; DOB Nov 1989; POB Morocco; nationality France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABOU YOUCEF" (a.k.a. ABU OBEIDA, Youcef; a.k.a. ABU UBAYDAH, Yusuf; a.k.a. AL 'ANABI, Abu 'Ubaydah Yusuf; a.k.a. AL-ANABI, Yusuf Abu-'Ubaydah; a.k.a. AL-ANNABI, Abou Obeida Youssef; a.k.a. AL-INABI, Abu-Ubaydah Yusuf; a.k.a. MABRAK, Yazid; a.k.a. MEBRAK, Yazid; a.k.a. YAZID, Mebrak; a.k.a. YAZID, Mibrak; a.k.a. YAZID, Yousif Abu Obayda), Algeria; DOB 01 Jan 1969; POB Annaba, Algeria; citizen Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABOU ZEINAB" (a.k.a. SAYADI, Nabil Abdul Salam), 69 Rue des Bataves, 1040 Etterbeek, Brussels, Belgium; Vaatjesstraat, 29, Putte 2580, Belgium; DOB 01 Jan 1966; POB Tripoli,

Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1091875; National ID No. 660000 73767 (Belgium); Public Security and Immigration No. 98.805 (individual) [SDGT].

"ABOULAIL" (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BC166787 (Canada) (individual) [SDGT].

"ABOUT ABIR" (a.k.a. DAGHMASH, Mumtaz; a.k.a. DAGHMASH, Mumtaz Muhammad Jum'ah; a.k.a. DUGHMISH, Mumtaz Muhammad Jum'ah; a.k.a. DUGHMUSH, Mumtaz; a.k.a. DUGHMUSH, Mumtaz Muhammad Jum'ah); DOB 1977; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABR MANAGEMENT" (a.k.a. ABR MANAGEMENT AO (Cyrillic: АБР МЕНЕДЖМЕНТ АО); a.k.a. AKTSIONERNOE OBSHCHESTVO ABR MENEDZHMENT; a.k.a. AO ABR MANAGEMENT (Cyrillic: АО АБР МЕНЕДЖМЕНТ); a.k.a. AO ABR MENEDZHMENT; a.k.a. JOINT STOCK COMPANY ABR MANAGEMENT), ul. Graftio, d. 7 litera A, g. Sankt-Peterburg 197022, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7842467053 (Russia); Registration Number 1117847707383 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: BANK ROSSIYA).

"ABS CORPORATION" (a.k.a. ADVANCE BANKING SOLUTION TRADING DMCC (Arabic: أدفانس بانكينغ سوليوشن تريدنغ م.د.م.س); a.k.a. ADVANCE BANKING SOLUTIONS DMCC), 804 Jumeirah Bay Tower X3, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; License DMCC-402070 (United Arab Emirates); alt. License JLT-66110 (United Arab Emirates); Economic Register Number (CBLS) 11459098 (United Arab Emirates); alt. Economic Register Number (CBLS) 11464855 (United Arab Emirates) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

"ABSPP" (a.k.a. ASSOCIAZIONE BENEFICA DI SOLIDARIETA CON IL POPOLO PALESTINESE (Latin: ASSOCIAZIONE BENEFICA DI SOLIDARIETÀ CON IL POPOLO PALESTINESE); a.k.a. CHARITY ASSOCIATION OF SOLIDARITY WITH THE PALESTINIAN PEOPLE), Genova, Italy; Rome, Italy; Milan, Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jan 1994 to 31 Dec 1994; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

"ABU 'ABD AL-'AZIZ" (a.k.a. BAHADHIQ, Mahmud; a.k.a. BAHADHIQ, Mahmud Muhammad Ahmad; a.k.a. BAHAZIQ, Mahmoud; a.k.a. BAHAZIQ, Mahmoud Mohammad Ahmed; a.k.a. "ABU ABDUL AZIZ"; a.k.a. "SHAYKH SAHIB"), Jeddah, Saudi Arabia; DOB 17 Aug 1943; alt. DOB 1943; alt. DOB 1944; alt. DOB 21 Jun 1944; POB India; nationality Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C284181 (Saudi Arabia) issued 12 Aug 2000 expires 19 Jun 2005; National ID No. 1004860324 (Saudi Arabia); Registration ID 4-6032-0048-1 (Saudi Arabia) (individual) [SDGT].

"ABU 'ABD AL-HAKIM" (a.k.a. HITTA, Asidan Ag; a.k.a. HITTA, Sidan Ag; a.k.a. HITTA, Siddan Ag; a.k.a. "Abu Abdelhakim al-Kidali"; a.k.a. "Abu Qarwani"; a.k.a. "AL-QAYRAWANI, Abd-al-Hakim"), Kidal Region, Mali; DOB 1976; POB Kidal, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

"ABU ABD AL-RAHMAN" (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. AL-KHATAB, Abd Al Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU ABDALLAH" (a.k.a. DEGHDEGH, Ahmed; a.k.a. "AL ILLAH, Abd"); DOB 17 Jan 1967; POB Anser, Jijel, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU 'ABDALLAH" (a.k.a. AL MAZIDIH, Badran Turki Hishan; a.k.a. AL MEZIDI, Badran Turki Hishan; a.k.a. AL-MAZIDIH, Badran Turki al-Hishan; a.k.a. AL-SHA'BANI, Badran Turki Hisham al-Mazidih; a.k.a. AL-TURKI, Badran; a.k.a. HISHAM, Badran al-Turki; a.k.a. HISHAN, Badran Turki; a.k.a. SHALASH, Badran Turki Hayshan; a.k.a. "ABU ABDULLAH"; a.k.a. "ABU 'AZZAM"; a.k.a. "ABU GHADIYAH"), Zabadani, Syria; DOB 1977; alt. DOB 1978; alt. DOB 1979; POB Mosul, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Abdelhakim al-Kidali" (a.k.a. HITTA, Asidan Ag; a.k.a. HITTA, Sidan Ag; a.k.a. HITTA, Siddan Ag; a.k.a. "ABU 'ABD AL-HAKIM"; a.k.a. "Abu Qarwani"; a.k.a. "AL-QAYRAWANI, Abd-al-Hakim"), Kidal Region, Mali; DOB 1976; POB Kidal, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

"ABU ABDELLAH" (a.k.a. ABOU ZEID, Abdelhamid; a.k.a. ABU ZEID, Abdelhamid; a.k.a. ADEL, Youcef; a.k.a. HAMADU, Abid; a.k.a. HAMMADOU, Abid); DOB 12 Dec 1965; POB Touggourt, Ouargla, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU ABDUL AZIZ" (a.k.a. BAHADHIQ, Mahmud; a.k.a. BAHADHIQ, Mahmud Muhammad Ahmad; a.k.a. BAHAZIQ, Mahmoud; a.k.a. BAHAZIQ, Mahmoud Mohammad Ahmed; a.k.a. "ABU 'ABD AL-'AZIZ"; a.k.a. "SHAYKH SAHIB"), Jeddah, Saudi Arabia; DOB 17 Aug 1943; alt. DOB 1943; alt. DOB 1944; alt. DOB 21 Jun 1944; POB India;

nationality Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C284181 (Saudi Arabia) issued 12 Aug 2000 expires 19 Jun 2005; National ID No. 1004860324 (Saudi Arabia); Registration ID 4-6032-0048-1 (Saudi Arabia) (individual) [SDGT].

"Abu Abdul Rahman" (a.k.a. TAYLOR, Mark; a.k.a. TAYLOR, Mark John; a.k.a. "AL-RAHMAN, Mark John"; a.k.a. "DANIEL, Mohammad"; a.k.a. "DANIEL, Muhammad"), Raqqa, Syria; DOB 1972 to 1974; POB New Zealand; nationality New Zealand; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU ABDULLAH" (a.k.a. ABDAOUI, Youssef; a.k.a. ABDAOUI, Youssef Ben Abdul Baki Ben Youcef; a.k.a. "ABDELLAH"; a.k.a. "ABDULLAH"), Piazza Giovane Italia n.2, Varese, Italy; Number 8/B Via Torino, Cassano Magnago (VA), Italy; DOB 04 Jun 1966; POB Kairouan, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G025057 issued 23 Jun 1999 expires 05 Feb 2004; Identification Number AO 2879097 (Italy) expires 30 Oct 2012 (individual) [SDGT].

"ABU ABDULLAH" (a.k.a. AL MAZIDIH, Badran Turki Hishan; a.k.a. AL MEZIDI, Badran Turki Hishan; a.k.a. AL-MAZIDIH, Badran Turki al-Hishan; a.k.a. AL-SHA'BANI, Badran Turki Hisham al-Mazidih; a.k.a. AL-TURKI, Badran; a.k.a. HISHAM, Badran al-Turki; a.k.a. HISHAN, Badran Turki; a.k.a. SHALASH, Badran Turki Hayshan; a.k.a. "ABU 'ABDALLAH"; a.k.a. "ABU 'AZZAM"; a.k.a. "ABU GHADIYAH"), Zabadani, Syria; DOB 1977; alt. DOB 1978; alt. DOB 1979; POB Mosul, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU ABDURRAHMAN THE MOROCCAN" (a.k.a. DALE, Anders Cameroon Ostensvig; a.k.a. "ABU ABDURRAHMAN THE NORWEGIAN"; a.k.a. "MUSLIM ABU ABDURRAHMAN"); DOB 1978; alt. DOB 1979; POB Oslo, Norway; nationality Norway; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU ABDURRAHMAN THE NORWEGIAN" (a.k.a. DALE, Anders Cameroon Ostensvig;

a.k.a. "ABU ABDURRAHMAN THE MOROCCAN"; a.k.a. "MUSLIM ABU ABDURRAHMAN"); DOB 1978; alt. DOB 1979; POB Oslo, Norway; nationality Norway; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU ADAM AUS DEUTSCHLAND" (a.k.a. CHOUKA, Monir; a.k.a. CHOUKA, Mounir; a.k.a. "ABU ADAM"; a.k.a. "ABU ADAM FROM GERMANY"), Afghanistan; Pakistan; Ungartenstrasse 6, Bonn 53229, Germany; DOB 30 Jul 1981; POB Bonn, Germany; nationality Germany; alt. nationality Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 5208323009 (Germany) issued 02 Feb 2007 expires 01 Feb 2012; National ID No. 5209530116 (Germany) issued 21 Jun 2006 expires 20 Jun 2011; Assocated with Islamic Movement of Uzbekistan (individual) [SDGT].

"ABU ADAM FROM GERMANY" (a.k.a. CHOUKA, Monir; a.k.a. CHOUKA, Mounir; a.k.a. "ABU ADAM"; a.k.a. "ABU ADAM AUS DEUTSCHLAND"), Afghanistan; Pakistan; Ungartenstrasse 6, Bonn 53229, Germany; DOB 30 Jul 1981; POB Bonn, Germany; nationality Germany; alt. nationality Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 5208323009 (Germany) issued 02 Feb 2007 expires 01 Feb 2012; National ID No. 5209530116 (Germany) issued 21 Jun 2006 expires 20 Jun 2011; Assocated with Islamic Movement of Uzbekistan (individual) [SDGT].

"ABU ADAM" (a.k.a. CHOUKA, Monir; a.k.a. CHOUKA, Mounir; a.k.a. "ABU ADAM AUS DEUTSCHLAND"; a.k.a. "ABU ADAM FROM GERMANY"), Afghanistan; Pakistan; Ungartenstrasse 6, Bonn 53229, Germany; DOB 30 Jul 1981; POB Bonn, Germany; nationality Germany; alt. nationality Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 5208323009 (Germany) issued 02 Feb 2007 expires 01 Feb 2012; National ID No. 5209530116 (Germany) issued 21 Jun 2006 expires 20 Jun 2011; Assocated with Islamic Movement of Uzbekistan (individual) [SDGT].

"ABU AHMAD ISHAB" (a.k.a. FAYRUZI, Ahmad; a.k.a. FOROOZANDEH, Ahmad; a.k.a. FORUZANDEH, Ahmad; a.k.a. FORUZANDEH,

Ahmed; a.k.a. FRUZANDAH, Ahmad; a.k.a. "ABU SHAHAB"; a.k.a. "JAFARI"), Qods Force Central Headquarters, Former U.S. Embassy Compound, Tehran, Iran; DOB circa 1960; alt. DOB 1957; alt. DOB circa 1955; alt. DOB circa 1958; alt. DOB circa 1959; alt. DOB circa 1961; alt. DOB circa 1962; alt. DOB circa 1963; POB Kermanshah, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Brigadier General, Commanding Officer of the Iranian Islamic Revolutionary Guard Corps-Qods Force Ramazan Corps; Deputy Commander of the Ramazan Headquarters; Chief of Staff of the Iraq Crisis Staff (individual) [SDGT] [IRAQ3] [IRGC].

"ABU AHMAD" (a.k.a. AL-DURI, Izzat Ibrahim; a.k.a. "ABU BRAYS"); DOB circa 1942; POB al-Dur, Iraq; nationality Iraq; Former deputy commander-in-chief of Iraqi military; deputy secretary, Former Ba'th party regional command; Former vice chairman, Revolutionary Command Council (individual) [IRAQ2].

"ABU AKRAM" (a.k.a. AL-RAWI, Fawzi Isma'il Al-Husayni; a.k.a. AL-RAWI, Fawzi Mutlaq; a.k.a. "ABU FIRAS"), SYRIAN GOVERNMENT-OWNED APARTMENT, AL-MAZZAH DISTRICT, DAMASCUS, Syria; SYRIAN BA'TH PARTY COMMAND BUILDING, AL-HALBUNI DISTRICT, DAMASCUS, Syria; DOB 1940; POB RAWAH CITY, IRAQ; nationality Iraq; citizen Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; CHAIRMAN, IRAQI WING OF THE SYRIAN BA'TH PARTY (individual) [SDGT].

"ABU AKRAM" (a.k.a. AL MAZIDIH, Akram Turki Hishan; a.k.a. AL-HISHAN, Akram Turki; a.k.a. AL-MAZIDIH, Akram Turki Hishan; a.k.a. "ABU JARRAH"), Zabadani, Syria; DOB 1974; alt. DOB 1975; alt. DOB 1979; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu al Banat" (a.k.a. ABDURAKHMANOV, Maghomed Maghomedzakirovich; a.k.a. "Abu Banat"), Turkey; Syria; DOB 24 Nov 1974; POB Khadzhalmahi Village, Levashinskiy District, Republic of Dagestan, Russia; citizen Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 515458008

(Russia) expires 30 May 2017; alt. Passport 8200203535 (Russia) (individual) [SDGT].

"ABU AL QASSAM" (a.k.a. BEN HAMMEDI, Mohammed; a.k.a. BENHAMMEDI, Mohammed; a.k.a. BIN HAMMIDI, Muhammad Muhammad; a.k.a. HANNADI, Mohamed; a.k.a. "ABU HAJIR"; a.k.a. "ABU HAJIR AL LIBI"; a.k.a. "HAMMEDI, Ben"; a.k.a. "PANHAMMEDI"), Midlands, United Kingdom; DOB 22 Sep 1966; POB Libya; citizen Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Al Silmi" (a.k.a. AL BINALI, Mohammed Isa Yousif Saqar; a.k.a. AL-BINALI, Mohamed Isa; a.k.a. ALBINALI, Mohammad Isa; a.k.a. AL-BINALI, Mohammed; a.k.a. AL-BINALI, Mohammed Isa; a.k.a. "Abu Isa Al Salmi"; a.k.a. "Abu Issa Al-Selmy"); DOB 09 Mar 1991; POB Manama, Bahrain; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU ALA" (a.k.a. ABU AMAR, Yahia; a.k.a. DJOUADI, Yahia; a.k.a. "ABOU ALAM"); DOB 01 Jan 1967; POB M'Hamid, Sidi Bel Abbas, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU ALA" (a.k.a. AHMAD, Aliazra Ra'ad; a.k.a. AL-BAYATI, Abdul Rahman Muhammad; a.k.a. AL-BAYATI, Tahir Muhammad Khalil Mustafa; a.k.a. AL-QADULI, Abd Al-Rahman Muhammad Mustafa; a.k.a. MUSTAFA, Umar Muhammad Khalil; a.k.a. SHAYKHLARI, 'Abd al-Rahman Muhammad Mustafa; a.k.a. "ABU HASAN"; a.k.a. "ABU IMAN"; a.k.a. "ABU MUHAMMAD"; a.k.a. "ABU ZAYNA"; a.k.a. "ABU-SHUAYB"; a.k.a. "HAJJI IMAN"); DOB 1959; alt. DOB 1957; POB Mosul, Ninawa Province, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU AL-ABBAS" (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Abd Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a.

"AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

"Abu al-Asir" (a.k.a. AL-ABSI, Amru; a.k.a. "Abu al-Athir"); DOB 1979; POB Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu al-Athir" (a.k.a. AL-ABSI, Amru; a.k.a. "Abu al-Asir"); DOB 1979; POB Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU AL-FOUTOUH" (a.k.a. ABDELHAY, al-Sheikh; a.k.a. AHCENE, Cheib; a.k.a. ALLANE, Hacene; a.k.a. "BOULAHIA"; a.k.a. "HASSAN THE OLD"); DOB 17 Jan 1941; POB El Menea, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU AL-HASAN AL MADANI" (a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALADIN, Wa'il Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JILDAN, Wail H.A.; a.k.a. JULAIDAN, Wa'el Hamza Abd Al-Fatah; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JULAYDAN, Wa'el Hamza; a.k.a. JULAYDAN, Wa'il Hamza); DOB 22 Jan 1958; alt. DOB 20 Jan 1958; POB Al-Madinah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A-992535 (Saudi Arabia); alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT].

"Abu Ali al-Kawari" (a.k.a. AL-KAWARI, 'Abd al-Latif Bin 'Abdallah Salih Muhammad; a.k.a. AL-KAWARI, 'Abd-al-Latif 'Abdallah; a.k.a. AL-KAWARI, 'Abd-al-Latif 'Abdallah Salih; a.k.a. AL-KAWWARI, 'Abd-al-Latif 'Abdallah; a.k.a. AL-KUWARI, 'Abd-al-Latif 'Abdallah Salih), al-Laqtah, Qatar; DOB 28 Sep 1973; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01020802

(Qatar); alt. Passport 00754833 (Qatar) issued 20 May 2007; alt. Passport 00490327 (Qatar) issued 28 Jul 2001; National ID No. 27363400684 (Qatar) (individual) [SDGT] (Linked To: AL QA'IDA).

"Abu Ali al-Samarra'i" (a.k.a. AL-FAY, Ibrahim Ali 'Awad), Sakarya, Turkey; DOB 1968; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU ALI HASHIM" (a.k.a. HASHIM, Abdul; a.k.a. HASHIM, Abul; a.k.a. RABBANI, Abul Hashim; a.k.a. SARWAR, Muhammad; a.k.a. "ABU HASHIM"; a.k.a. "ABU UL-HASHIM"), Lahore, Pakistan; DOB 01 Jan 1966 to 31 Dec 1968; POB Sheikhupura, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AK5995921 (Pakistan) issued 24 Mar 2007 expires 22 Mar 2012 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"ABU ALI" (a.k.a. AL-TIKRITI, Saddam Hussein; a.k.a. HUSAYN, Saddam; a.k.a. HUSSAIN, Saddam; a.k.a. HUSSEIN, Saddam); DOB 28 Apr 1937; POB al-Awja, near Tikrit, Iraq; nationality Iraq; named in UNSCR 1483; President since 1979 (individual) [IRAQ2].

"ABU ALI" (a.k.a. ABU DHESS, Mohamed; a.k.a. HASSAN, Yaser), Holdenweg 76, Essen 45143, Germany; DOB 01 Feb 1966; POB Hashmija, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; nationality possibly Palestinian;arrested 23 Apr 2002 (individual) [SDGT].

"Abu al-Qasem" (a.k.a. AL-MASHHADANI, Abdullah Ahmad; a.k.a. AL-MASHHADANI, Abdullah Ahmed; a.k.a. AL-MESHEDANI, Abdullah Ahmed; a.k.a. "Abu Kassem"; a.k.a. "Abu Qassim"), Iraq; Syria; DOB 21 Jan 1968; POB Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU AL-WAFA'" (a.k.a. AL-JAHANI, Abd al-Rahman Muhammad Zafir al-Dabisi; a.k.a. AL-JAHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. ALJAHANI, Abdulrhman Mohammed D.; a.k.a. AL-JAHNI, 'Abd al-Rahman Muhammad Thafir; a.k.a. AL-JAHNI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHANI, Abd al-Rahman Muhammad; a.k.a. AL-JUHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHNI, 'Abd Al-Rahman Muhammad Zafir Al-Dubaysi; a.k.a.

AL-SAUDI, Abu Wafa; a.k.a. "ABU ANAS");
DOB 04 Dec 1971; alt. DOB 1977; POB Kharj,
Saudi Arabia; nationality Saudi Arabia;
Secondary sanctions risk: section 1(b) of
Executive Order 13224, as amended by
Executive Order 13886; Passport F508591
(Saudi Arabia); National ID No. 1027508157
(Saudi Arabia) (individual) [SDGT].

"ABU AL-WALEED" (a.k.a. AL-WAFI, Bilal; a.k.a.
AL-WAFI, Bilal 'Ali; a.k.a. AL-WAFI, Bilal Ali
Muhammad; a.k.a. AL-WARAFI, 'Ali 'Abbad
Muhammad; a.k.a. "ABU AL-WALID"), Ta'izz
Governorate, Yemen; DOB 1986 to 1989; POB
Ta'izz Governorate, Yemen; Gender Male;
Secondary sanctions risk: section 1(b) of
Executive Order 13224, as amended by
Executive Order 13886 (individual) [SDGT]
(Linked To: AL-QA'IDA IN THE ARABIAN
PENINSULA).

"ABU AL-WALID" (a.k.a. AL-WAFI, Bilal; a.k.a.
AL-WAFI, Bilal 'Ali; a.k.a. AL-WAFI, Bilal Ali
Muhammad; a.k.a. AL-WARAFI, 'Ali 'Abbad
Muhammad; a.k.a. "ABU AL-WALEED"), Ta'izz
Governorate, Yemen; DOB 1986 to 1989; POB
Ta'izz Governorate, Yemen; Gender Male;
Secondary sanctions risk: section 1(b) of
Executive Order 13224, as amended by
Executive Order 13886 (individual) [SDGT]
(Linked To: AL-QA'IDA IN THE ARABIAN
PENINSULA).

"ABU 'AMMAR" (a.k.a. AL-RAIMI, Qassim; a.k.a.
AL-RAMI, Qasim; a.k.a. AL-RAYMI, Qasim;
a.k.a. AL-RAYMI, Qassim; a.k.a. AL-REMI,
Qassem; a.k.a. AL-RIMI, Qasim; a.k.a. "ABU
HARAYRAH"; a.k.a. "ABU HURAYRAH AL-
SAN'AI"); DOB 05 Jun 1978; nationality Yemen;
Secondary sanctions risk: section 1(b) of
Executive Order 13224, as amended by
Executive Order 13886; Passport 00344994
issued 03 Jul 1999 (individual) [SDGT].

"ABU ANAS" (a.k.a. ABU BAKR, Ibrahim Ali
Muhammad; a.k.a. AL-LIBI, Abd al-Muhsin;
a.k.a. SABRI, Abdel Ilah; a.k.a. TANTOUCHE,
Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim
Abubaker; a.k.a. TANTOUSH, Ibrahim Ali Abu
Bakr; a.k.a. "'ABD AL-MUHSI"; a.k.a. "'ABD AL-
RAHMAN"), Johannesburg, South Africa; DOB
1966; alt. DOB 27 Oct 1969; nationality Libya;
Secondary sanctions risk: section 1(b) of
Executive Order 13224, as amended by
Executive Order 13886; Passport 203037
(Libya) (individual) [SDGT].

"ABU ANAS" (a.k.a. AL-JAHANI, Abd al-Rahman
Muhammad Zafir al-Dabisi; a.k.a. AL-JAHANI,
'Abd Al-Rahman Muhammad Zafir al-Dubaysi;

a.k.a. ALJAHANI, Abdulrhman Mohammed D.;
a.k.a. AL-JAHNI, 'Abd al-Rahman Muhammad
Thafir; a.k.a. AL-JAHNI, 'Abd Al-Rahman
Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHANI,
Abd al-Rahman Muhammad; a.k.a. AL-JUHANI,
'Abd Al-Rahman Muhammad Zafir al-Dubaysi;
a.k.a. AL-JUHNI, 'Abd Al-Rahman Muhammad
Zafir Al-Dubaysi; a.k.a. AL-SAUDI, Abu Wafa;
a.k.a. "ABU AL-WAFA'"); DOB 04 Dec 1971; alt.
DOB 1977; POB Kharj, Saudi Arabia; nationality
Saudi Arabia; Secondary sanctions risk: section
1(b) of Executive Order 13224, as amended by
Executive Order 13886; Passport F508591
(Saudi Arabia); National ID No. 1027508157
(Saudi Arabia) (individual) [SDGT].

"ABU AYED" (a.k.a. AL-HAMAYQANI, 'Abd al-
Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab
Muhammad 'Abd al-Rahman; a.k.a. AL-
HAMIQANI, 'Abd al-Wahab; a.k.a. AL-
HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-
HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-
Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab
Mohammed Abdul-Rahman; a.k.a. AL-
HUMAIKANI, Abdul-Wahab Mohammed Abdul
Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab
Mohammed Abdulrahman; a.k.a. AL-
HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-
Rahman; a.k.a. AL-HUMAYQANI, Abd al-
Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab
al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab
Muhammad 'Abd al-Rahman; a.k.a. AL-
HUMAYQANI, 'Abd al-Wahhab Muhammad
'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-
Wahhab Muhammad 'Abd al-Rahman; a.k.a.
AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-
HUMAYQANI, 'Abdul-Wahab Mohammed
Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-
Wahab; a.k.a. "ABU AYID"), Yemen; DOB 04
Aug 1972; POB al-Zahir, al-Bayda', Yemen;
Secondary sanctions risk: section 1(b) of
Executive Order 13224, as amended by
Executive Order 13886; Passport 03902409
(Yemen) issued 13 Jun 2010 expires 13 Jun
2016; alt. Passport 01772281 (Yemen);
Personal ID Card 1987853 (Yemen) (individual)
[SDGT].

"ABU AYID" (a.k.a. AL-HAMAYQANI, 'Abd al-
Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab
Muhammad 'Abd al-Rahman; a.k.a. AL-
HAMIQANI, 'Abd al-Wahab; a.k.a. AL-
HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-
HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-
Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab
Mohammed Abdul-Rahman; a.k.a. AL-
HUMAIKANI, Abdul-Wahab Mohammed Abdul

Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab
Mohammed Abdulrahman; a.k.a. AL-
HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-
Rahman; a.k.a. AL-HUMAYQANI, Abd al-
Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab
al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab
Muhammad 'Abd al-Rahman; a.k.a. AL-
HUMAYQANI, 'Abd al-Wahhab Muhammad
'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-
Wahhab Muhammad 'Abd al-Rahman; a.k.a.
AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-
HUMAYQANI, 'Abdul-Wahab Mohammed
Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-
Wahab; a.k.a. "ABU AYED"), Yemen; DOB 04
Aug 1972; POB al-Zahir, al-Bayda', Yemen;
Secondary sanctions risk: section 1(b) of
Executive Order 13224, as amended by
Executive Order 13886; Passport 03902409
(Yemen) issued 13 Jun 2010 expires 13 Jun
2016; alt. Passport 01772281 (Yemen);
Personal ID Card 1987853 (Yemen) (individual)
[SDGT].

"ABU 'AZZAM" (a.k.a. AL MAZIDIH, Badran Turki
Hishan; a.k.a. AL MEZIDI, Badran Turki Hishan;
a.k.a. AL-MAZIDIH, Badran Turki al-Hishan;
a.k.a. AL-SHA'BANI, Badran Turki Hisham al-
Mazidih; a.k.a. AL-TURKI, Badran; a.k.a.
HISHAM, Badran al-Turki; a.k.a. HISHAN,
Badran Turki; a.k.a. SHALASH, Badran Turki
Hayshan; a.k.a. "ABU 'ABDALLAH"; a.k.a. "ABU
ABDULLAH"; a.k.a. "ABU GHADIYAH"),
Zabadani, Syria; DOB 1977; alt. DOB 1978; alt.
DOB 1979; POB Mosul, Iraq; Secondary
sanctions risk: section 1(b) of Executive Order
13224, as amended by Executive Order 13886
(individual) [SDGT].

"ABU BAKAR, Abdul Patta" (a.k.a. ABUBAKAR,
Abdul Patta Escalon; a.k.a. ABUBAKAR,
Abdulpatta Escalon; a.k.a. ESCALON,
Abdulpatta Abubakar), Philippines; Jeddah,
Saudi Arabia; Daina, Saudi Arabia; DOB 03 Mar
1965; alt. DOB 01 Jan 1965; alt. DOB 11 Jan
1965; POB Tuburan, Basilan Province,
Philippines; nationality Philippines; Gender
Male; Secondary sanctions risk: section 1(b) of
Executive Order 13224, as amended by
Executive Order 13886; Passport EC6530802
(Philippines) expires 19 Jan 2021; alt. Passport
EB2778599 (Philippines); National ID No.
2135314355 (Saudi Arabia); alt. National ID No.
202112421 (Saudi Arabia) (individual) [SDGT]
(Linked To: ISLAMIC STATE OF IRAQ AND
THE LEVANT).

"ABU BAKR AL-BAGHDADI" (a.k.a. AL-BADRI,
Dr. Ibrahim 'Awwad Ibrahim 'Ali; a.k.a. AL-

BAGHDADI, Abu Bakr al-Husayni; a.k.a. AL-QURAISHI, Abu Bakr al-Baghdadi al-Husayni; a.k.a. AL-QURASHI, Abu Bakr al-Baghdadi al-Husseini; a.k.a. AL-SAMARRA'I, Dr. Ibrahim Awwad Ibrahim; a.k.a. AL-SAMARRA'I, Ibrahim 'Awad Ibrahim al-Badri; a.k.a. AL-SAMARRA'I, Ibrahim Awwad Ibrahim; a.k.a. "ABU DU'A"; a.k.a. "DR. IBRAHIM"), Iraq; DOB 1971; POB Samarra'i, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU BAKR, Saif" (Arabic: "سيف أبو بكر") (a.k.a. ABU BAKR, Sayf Boulad (Arabic: سيف بولاد أبو بكر); a.k.a. "BALUD, Sayf"; a.k.a. "BEKIR, Seyf Ebu"; a.k.a. "EBUBEKIR, Seyf"), Syria; DOB 1987 to 1988; POB Bza'ah, al-Bab District, Syria; nationality Syria; citizen Syria; alt. citizen Turkey; Gender Male (individual) [PAARSSR-EO13894] (Linked To: HAMZA DIVISION).

"Abu Banat" (a.k.a. ABDURAKHMANOV, Maghomed Maghomedzakirovich; a.k.a. "Abu al Banat"), Turkey; Syria; DOB 24 Nov 1974; POB Khadzhalmahi Village, Levashinskiy District, Republic of Dagestan, Russia; citizen Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 515458008 (Russia) expires 30 May 2017; alt. Passport 8200203535 (Russia) (individual) [SDGT].

"ABU BRAYS" (a.k.a. AL-DURI, Izzat Ibrahim; a.k.a. "ABU AHMAD"); DOB circa 1942; POB al-Dur, Iraq; nationality Iraq; Former deputy commander-in-chief of Iraqi military; deputy secretary, Former Ba'th party regional command; Former vice chairman, Revolutionary Command Council (individual) [IRAQ2].

"ABU CHOLDER" (a.k.a. ZERFAOUI, Ahmad; a.k.a. "ABDALLA"; a.k.a. "ABDULLAH"; a.k.a. "ABU KHAOULA"; a.k.a. "NUHR"; a.k.a. "SMAIL"); DOB 15 Jul 1963; POB Chrea, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU DERGHAM" (a.k.a. AL BINALI, Turki Mubarak Abdullah; a.k.a. AL-BENALI, Turki; a.k.a. AL-BIN'ALI, Turki; a.k.a. AL-BIN'ALI, Turki Mubarak; a.k.a. AL-BINALI, Turki Mubarak Abdullah Ahmad; a.k.a. "AL-ATHARI, Abu Human"; a.k.a. "AL-ATHARI, Abu Human Bakr ibn 'Abd al-'Aziz"; a.k.a. "AL-ATHARI, Abu-Bakr"; a.k.a. "AL-BAHRAYNI, Abu Hudhayfa"; a.k.a. "AL-MUDARI, Abu Khuzayma"; a.k.a. "AL-SALAFI, Abu Hazm"; a.k.a. "AL-SULAMI, Abu Sufyan"); DOB 03 Sep 1984; POB Al

Muharraq, Bahrain; nationality Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2231616 (Bahrain) issued 02 Jan 2013 expires 02 Jan 2023; alt. Passport 1272611 (Bahrain) issued 01 Apr 2003; Identification Number 840901356 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"ABU DU'A" (a.k.a. AL-BADRI, Dr. Ibrahim 'Awwad Ibrahim 'Ali; a.k.a. AL-BAGHDADI, Abu Bakr al-Husayni; a.k.a. AL-QURAISHI, Abu Bakr al-Baghdadi al-Husayni; a.k.a. AL-QURASHI, Abu Bakr al-Baghdadi al-Husseini; a.k.a. AL-SAMARRA'I, Dr. Ibrahim Awwad Ibrahim; a.k.a. AL-SAMARRA'I, Ibrahim 'Awad Ibrahim al-Badri; a.k.a. AL-SAMARRA'I, Ibrahim Awwad Ibrahim; a.k.a. "ABU BAKR AL-BAGHDADI"; a.k.a. "DR. IBRAHIM"), Iraq; DOB 1971; POB Samarra'i, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Fadak" (a.k.a. AL-MOHAMMEDAWI, Abdul Aziz; a.k.a. MIRJIRASH AL-MUHAMMADAWI, Abd al-Aziz Malluh; a.k.a. MJERESH, Abdulazeez Mlawwah Mjeresh; a.k.a. "Al Khal"; a.k.a. "AL-MOHAMMEDAWI, Abu Fadak"), Iraq; DOB 20 Jan 1968; POB Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A6108489 (Iraq) expires 28 Apr 2020 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

"Abu Faris" (a.k.a. AL-GHAZALI, Muhammad; a.k.a. AL-GHAZALI, Muhammad Abd al-Karim; a.k.a. AL-MAWARI, Abu Hisham; a.k.a. MAWARI, Abu Hisham; a.k.a. "Abu Sa'id"; a.k.a. "Rashid"); DOB 1988; alt. DOB 1987; alt. DOB 1989; POB Ibb Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Faris" (a.k.a. AL-RASHIDI, Nawaf Ahmad Alwan; a.k.a. SADA, Qahtan Nawaf Ahmad Alwan; a.k.a. "ALWAN, Nawaf Ahmed"), Syria; Turkey; Mosul, Iraq; DOB 1984; POB Mosul, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"Abu Fariss" (a.k.a. MUTHANA, Aseel), Syria; DOB 1996 to 1997; nationality United Kingdom; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU FATHI" (a.k.a. ANSHORI, Abdullah; a.k.a. THOYIB, Ibnu; a.k.a. TOYIB, Ibnu; a.k.a. "ABU FATIH"); DOB 1958; POB Pacitan, East Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU FATIH" (a.k.a. ANSHORI, Abdullah; a.k.a. THOYIB, Ibnu; a.k.a. TOYIB, Ibnu; a.k.a. "ABU FATHI"); DOB 1958; POB Pacitan, East Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU FATIMA" (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED HAMED"; a.k.a. "AHMED THE EGYPTIAN"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU FAYSAL" (a.k.a. AL MAZIDIH, Ghazy Fezza Hishan; a.k.a. HISHAN, Ghazy Fezzaa; a.k.a. "ABU GHAZZY"; a.k.a. "SHLASH, Mushari Abd Aziz Saleh"), Zabadani, Syria; DOB 1974; alt. DOB 1975; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU FIRAS" (a.k.a. AL-RAWI, Fawzi Isma'il Al-Husayni; a.k.a. AL-RAWI, Fawzi Mutlaq; a.k.a. "ABU AKRAM"), SYRIAN GOVERNMENT-OWNED APARTMENT, AL-MAZZAH DISTRICT, DAMASCUS, Syria; SYRIAN BA'TH PARTY COMMAND BUILDING, AL-HALBUNI DISTRICT, DAMASCUS, Syria; DOB 1940; POB RAWAH CITY, IRAQ; nationality Iraq; citizen Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; CHAIRMAN, IRAQI WING OF THE SYRIAN BA'TH PARTY (individual) [SDGT].

"ABU GHADIYAH" (a.k.a. AL MAZIDIH, Badran Turki Hishan; a.k.a. AL MEZIDI, Badran Turki Hishan; a.k.a. AL-MAZIDIH, Badran Turki al-Hishan; a.k.a. AL-SHA'BANI, Badran Turki Hisham al-Mazidih; a.k.a. AL-TURKI, Badran;

a.k.a. HISHAM, Badran al-Turki; a.k.a. HISHAN, Badran Turki; a.k.a. SHALASH, Badran Turki Hayshan; a.k.a. "ABU 'ABDALLAH"; a.k.a. "ABU ABDULLAH"; a.k.a. "ABU 'AZZAM"), Zabadani, Syria; DOB 1977; alt. DOB 1978; alt. DOB 1979; POB Mosul, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU GHAYTH" (a.k.a. AL-JAZRAWI, Waqqas; a.k.a. ALOTAIBI, Mubarak Mohammed A), Syria; DOB 08 Jan 1986; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU GHAZALA" (a.k.a. ABU GHAZALA, Muhammad Hisham Muhammad Isma'il; a.k.a. ABU LAYTH, Mansur; a.k.a. ABU SUWAYWIN, 'Ali 'Abd Al-Rahman; a.k.a. ABU-GHAZALAH, Muhammad Hisham Isma'il; a.k.a. ABU-GHAZALAH, Muhammad Hisham Muhammad; a.k.a. AL-FILISTINI, Abu Layth; a.k.a. ISMA'IL, 'Ali 'Abd Al-Rahman; a.k.a. "ABU GHAZALEH"); DOB 26 Dec 1962; POB Al-Zarqa, Jordan; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9621014947 (Jordan) (individual) [SDGT].

"ABU GHAZALEH" (a.k.a. ABU GHAZALA, Muhammad Hisham Muhammad Isma'il; a.k.a. ABU LAYTH, Mansur; a.k.a. ABU SUWAYWIN, 'Ali 'Abd Al-Rahman; a.k.a. ABU-GHAZALAH, Muhammad Hisham Isma'il; a.k.a. ABU-GHAZALAH, Muhammad Hisham Muhammad; a.k.a. AL-FILISTINI, Abu Layth; a.k.a. ISMA'IL, 'Ali 'Abd Al-Rahman; a.k.a. "ABU GHAZALA"); DOB 26 Dec 1962; POB Al-Zarqa, Jordan; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9621014947 (Jordan) (individual) [SDGT].

"ABU GHAZZY" (a.k.a. AL MAZIDIH, Ghazy Fezza Hishan; a.k.a. HISHAN, Ghazy Fezzaa; a.k.a. "ABU FAYSAL"; a.k.a. "SHLASH, Mushari Abd Aziz Saleh"), Zabadani, Syria; DOB 1974; alt. DOB 1975; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU HAFS THE MAURITANIAN" (a.k.a. AL-SHANQITI, Khalid; a.k.a. AL-WALID, Mafouz Walad; a.k.a. AL-WALID, Mahfouz Ould (Arabic: محفوظ ولد الوليد)), Mauritania; DOB 01 Jan 1975; POB Mauritania; nationality Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU HAFS" (a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU SITTA, Subhi; a.k.a. AL-MASRI, Abu Hafs; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. "TAYSIR"); DOB 1951; alt. DOB 1956; alt. DOB 1944; POB Alexandria, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU HAJIR AL LIBI" (a.k.a. BEN HAMMEDI, Mohammed; a.k.a. BENHAMMEDI, Mohammed; a.k.a. BIN HAMMIDI, Muhammad Muhammad; a.k.a. HANNADI, Mohamed; a.k.a. "ABU AL QASSAM"; a.k.a. "ABU HAJIR"; a.k.a. "HAMMEDI, Ben"; a.k.a. "PANHAMMEDI"), Midlands, United Kingdom; DOB 22 Sep 1966; POB Libya; citizen Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU HAJIR" (a.k.a. BEN HAMMEDI, Mohammed; a.k.a. BENHAMMEDI, Mohammed; a.k.a. BIN HAMMIDI, Muhammad Muhammad; a.k.a. HANNADI, Mohamed; a.k.a. "ABU AL QASSAM"; a.k.a. "ABU HAJIR AL LIBI"; a.k.a. "HAMMEDI, Ben"; a.k.a. "PANHAMMEDI"), Midlands, United Kingdom; DOB 22 Sep 1966; POB Libya; citizen Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Hamza al-Shanqiti" (a.k.a. BREIHMATT, Salem ould; a.k.a. OULD ABED, Cheikh ould Mohamed Saleck; a.k.a. "Abu Hamza al-Shinqiti"; a.k.a. "Hamza al-Mauritani"; a.k.a. "NITRIK, Hamza"), Mali; DOB 1984; alt. DOB 1978; POB Mauritania; nationality Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

"Abu Hamza al-Shinqiti" (a.k.a. BREIHMATT, Salem ould; a.k.a. OULD ABED, Cheikh ould Mohamed Saleck; a.k.a. "Abu Hamza al-Shanqiti"; a.k.a. "Hamza al-Mauritani"; a.k.a. "NITRIK, Hamza"), Mali; DOB 1984; alt. DOB 1978; POB Mauritania; nationality Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

"Abu Hamza" (a.k.a. FATEH, Abdessamad); DOB 17 Oct 1967; POB Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU HAMZA" (a.k.a. ABADIGGA, Abdella Asid; a.k.a. ABADIGGA, Abdella Hussein; a.k.a. ABADIKA, Abdallah Asid; a.k.a. USSENI, Abdallah; a.k.a. "CARLOS, Abdi"), 48 Central Road, New Town, Johannesburg, South Africa; DOB 01 Feb 1974; POB Jimma, Oromia Regional State, Ethiopia; nationality Ethiopia; citizen Ethiopia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T00043812 (South Africa); Refugee ID Card 7402016297260 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"Abu Hani" (a.k.a. IZMAYLOV, Shamil; a.k.a. "Abu Hanif"; a.k.a. "Abu Khalif"; a.k.a. "Abu Khanif"), Syria; DOB 01 Jan 1980 to 31 Dec 1980; POB Astrakhan, Russia; citizen Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Hanif" (a.k.a. IZMAYLOV, Shamil; a.k.a. "Abu Hani"; a.k.a. "Abu Khalif"; a.k.a. "Abu Khanif"), Syria; DOB 01 Jan 1980 to 31 Dec 1980; POB Astrakhan, Russia; citizen Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU HAQI" (a.k.a. AL JABURI, Atallah Salman Kafi; a.k.a. ALAKT, Ataullah Salman; a.k.a. AL-JABURI, 'Atallah Salman Kafi; a.k.a. AL-JABURI, 'Attallah Salman 'Abd al-Kafi; a.k.a. AL-JABURI, Attallah Salman 'Abd Kafi; a.k.a. AL-KAFI, 'Attallah Salman 'Abd; a.k.a. KAFI, 'Ataalla Salman 'Abd; a.k.a. KAFI, 'Ataallah Salman; a.k.a. KAFI, Atallah Salman Abd), Hawi al-Arishah Village, Hawijah District, Kirkuk Province, Iraq; Hawijah District, Kirkuk Province, Iraq; Rumanah Village, Kirkuk Province, Iraq; DOB 01 Jan 1973; POB Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"ABU HARAYRAH" (a.k.a. AL-RAIMI, Qassim; a.k.a. AL-RAMI, Qasim; a.k.a. AL-RAYMI, Qasim; a.k.a. AL-RAYMI, Qassim; a.k.a. AL-REMI, Qassem; a.k.a. AL-RIMI, Qasim; a.k.a. "ABU 'AMMAR"; a.k.a. "ABU HURAYRAH AL-SAN'AI"); DOB 05 Jun 1978; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00344994 issued 03 Jul 1999 (individual) [SDGT].

"Abu Hasan" (a.k.a. BIRAWI, Zaher Khaled Hassan (Arabic: زاهر خالد حسن بيرواي)), United Kingdom; DOB Oct 1961; POB Asira al-Shimaliya Village, West Bank, Palestinian Territories; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: POPULAR CONFERENCE FOR PALESTINIANS ABROAD).

"ABU HASAN" (a.k.a. AHMAD, Aliazra Ra'ad; a.k.a. AL-BAYATI, Abdul Rahman Muhammad; a.k.a. AL-BAYATI, Tahir Muhammad Khalil Mustafa; a.k.a. AL-QADULI, Abd Al-Rahman Muhammad Mustafa; a.k.a. MUSTAFA, Umar Muhammad Khalil; a.k.a. SHAYKHLARI, 'Abd al-Rahman Muhammad Mustafa; a.k.a. "ABU ALA"; a.k.a. "ABU IMAN"; a.k.a. "ABU MUHAMMAD"; a.k.a. "ABU ZAYNA"; a.k.a. "ABU-SHUAYB"; a.k.a. "HAJJI IMAN"); DOB 1959; alt. DOB 1957; POB Mosul, Ninawa Province, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU HASHIM" (a.k.a. HASHIM, Abdul; a.k.a. HASHIM, Abul; a.k.a. RABBANI, Abul Hashim; a.k.a. SARWAR, Muhammad; a.k.a. "ABU ALI HASHIM"; a.k.a. "ABU UL-HASHIM"), Lahore, Pakistan; DOB 01 Jan 1966 to 31 Dec 1968; POB Sheikhupura, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AK5995921 (Pakistan) issued 24 Mar 2007 expires 22 Mar 2012 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"ABU HAYDAR" (a.k.a. AL-NASHIRI, Ibrahim; a.k.a. AL-NASHIRI, Ibrahim Muhammad; a.k.a. AL-NASHIRI, Ibrahim Muhammad Lutf; a.k.a. "WALTER, Muhammad"), Yemen; China; DOB 1977; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 07761836

(Yemen); National ID No. 115330051 (Yemen) (individual) [SDGT].

"Abu Haza'" (a.k.a. AL-KA'BI, Sa'd al-Sharyan; a.k.a. AL-KA'BI, Sa'd bin Sa'd Muhammad Shariyan; a.k.a. AL-KA'BI, Sa'd Bin Sa'd Muhammad Shiryan; a.k.a. AL-KA'BI, Sa'd Sa'd Muhammad Shiryan; a.k.a. "Abu Hazza'"; a.k.a. "Abu Sa'd"; a.k.a. "Abu Suad"; a.k.a. "'Umar al-Afghani"); DOB 15 Feb 1972; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00966737 (Qatar) (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"Abu Hazza'" (a.k.a. AL-KA'BI, Sa'd al-Sharyan; a.k.a. AL-KA'BI, Sa'd bin Sa'd Muhammad Shariyan; a.k.a. AL-KA'BI, Sa'd Bin Sa'd Muhammad Shiryan; a.k.a. AL-KA'BI, Sa'd Sa'd Muhammad Shiryan; a.k.a. "Abu Haza'"; a.k.a. "Abu Sa'd"; a.k.a. "Abu Suad"; a.k.a. "'Umar al-Afghani"); DOB 15 Feb 1972; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00966737 (Qatar) (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"Abu Hudhayfah" (a.k.a. AL-SHISHANI, Abu Umar; a.k.a. AL-SHISHANI, Omar; a.k.a. BATIRASHVILI, Tarkhan; a.k.a. BATIRASHVILI, Tarkhan Tayumurazovich; a.k.a. BATYRASHVILI, Tarkhan Tayumurazovich; a.k.a. SHISHANI, Omar; a.k.a. SHISHANI, Umar; a.k.a. "Abu Umar"; a.k.a. "Chechen Omar"; a.k.a. "Omar the Chechen"; a.k.a. "Omer the Chechen"; a.k.a. "Umar the Chechen"); DOB 11 Jan 1986; alt. DOB 1982; POB Akhmeta, Village Birkiani, Georgia; citizen Georgia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 09AL14455 (Georgia) expires 26 Jun 2019; National ID No. 08001007864 (Georgia) (individual) [SDGT].

"ABU HURAYRAH AL-SAN'AI" (a.k.a. AL-RAIMI, Qassim; a.k.a. AL-RAMI, Qasim; a.k.a. AL-RAYMI, Qasim; a.k.a. AL-RAYMI, Qassim; a.k.a. AL-REMI, Qassem; a.k.a. AL-RIMI, Qasim; a.k.a. "ABU 'AMMAR"; a.k.a. "ABU HARAYRAH"); DOB 05 Jun 1978; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00344994 issued 03 Jul 1999 (individual) [SDGT].

"ABU HUSAYN" (a.k.a. AL-MADANI, Yousef Ahssan Ismail; a.k.a. AL-MADANI, Youssef; a.k.a. AL-MADANI, Yusif; a.k.a. AL-MADANI,

Yusuf), Yemen; DOB 1977; POB Muhatta Directorate, Hajjah Province, Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU HUZAIFA" (a.k.a. BURANOV, Mansur; a.k.a. BURANOV, Suhail; a.k.a. BURANOV, Suhail Fatilloyevich; a.k.a. BURANOV, Suhayl Fatilloevich; a.k.a. BURANOV, Sukhail Fatilloevich; a.k.a. MANSUR, Sohail; a.k.a. MANSUR, Suhail), Massiv Kara-su-6, Building 12, Apartment 59, Tashkent, Uzbekistan; DOB 11 Oct 1983; alt. DOB 1983; POB Tashkent, Uzbekistan; nationality Uzbekistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU IBRAHEEM THE GERMAN" (a.k.a. CHOUKA, Yasin; a.k.a. CHOUKA, Yassin; a.k.a. "ABU IBRAHIM"; a.k.a. "ABU IBRAHIM AL ALMANI"), Pakistan; Afghanistan; Karl-Barth-Strasse 14, Bonn 53129, Germany; DOB 11 Dec 1984; POB Bonn, Germany; nationality Germany; alt. nationality Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 5204893014 (Germany) issued 05 Oct 2000 expires 05 Oct 2005; National ID No. 5209445304 (Germany) issued 05 Sep 2005 expires 04 Sep 2010; Associated with Islamic Movement of Uzbekistan (individual) [SDGT].

"ABU IBRAHIM AL ALMANI" (a.k.a. CHOUKA, Yasin; a.k.a. CHOUKA, Yassin; a.k.a. "ABU IBRAHEEM THE GERMAN"; a.k.a. "ABU IBRAHIM"), Pakistan; Afghanistan; Karl-Barth-Strasse 14, Bonn 53129, Germany; DOB 11 Dec 1984; POB Bonn, Germany; nationality Germany; alt. nationality Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 5204893014 (Germany) issued 05 Oct 2000 expires 05 Oct 2005; National ID No. 5209445304 (Germany) issued 05 Sep 2005 expires 04 Sep 2010; Associated with Islamic Movement of Uzbekistan (individual) [SDGT].

"Abu Ibrahim al-Hashimi al-Qurashi" (a.k.a. AL-MAWLA, Amir Muhammad Sa'id Abdal-Rahman; a.k.a. AL-MAWLA, Muhammad Sa'id 'Abd-al-Rahman; a.k.a. AL-MULA, Amir Muhammad Sa'id 'Abd-al-Rahman Muhammad; a.k.a. SALBI, 'Abdul Amir Muhammad Sa'id; a.k.a. "Abdullah Qardash"; a.k.a. "Abu-'Abdullah Qardash"; a.k.a. "Abu-'Umar al-Turkmani"; a.k.a. "al-Hajj Abdullah Qardash"; a.k.a. "Hajii Abdallah"; a.k.a. "Hajji Abdullah al-Afari"), Iraq;

Syria; DOB 01 Oct 1976; alt. DOB 05 Oct 1976; POB Mosul, Iraq; alt. POB Tall 'Afar, Iraq; nationality Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"ABU IBRAHIM" (a.k.a. CHOUKA, Yasin; a.k.a. CHOUKA, Yassin; a.k.a. "ABU IBRAHEEM THE GERMAN"; a.k.a. "ABU IBRAHIM AL ALMANI"), Pakistan; Afghanistan; Karl-Barth-Strasse 14, Bonn 53129, Germany; DOB 11 Dec 1984; POB Bonn, Germany; nationality Germany; alt. nationality Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 5204893014 (Germany) issued 05 Oct 2000 expires 05 Oct 2005; National ID No. 5209445304 (Germany) issued 05 Sep 2005 expires 04 Sep 2010; Associated with Islamic Movement of Uzbekistan (individual) [SDGT].

"ABU IMAN" (a.k.a. AHMAD, Aliazra Ra'ad; a.k.a. AL-BAYATI, Abdul Rahman Muhammad; a.k.a. AL-BAYATI, Tahir Muhammad Khalil Mustafa; a.k.a. AL-QADULI, Abd Al-Rahman Muhammad Mustafa; a.k.a. MUSTAFA, Umar Muhammad Khalil; a.k.a. SHAYKHLARI, 'Abd al-Rahman Muhammad Mustafa; a.k.a. "ABU ALA"; a.k.a. "ABU HASAN"; a.k.a. "ABU MUHAMMAD"; a.k.a. "ABU ZAYNA"; a.k.a. "ABU-SHUAYB"; a.k.a. "HAJJI IMAN"); DOB 1959; alt. DOB 1957; POB Mosul, Ninawa Province, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Isa Al Salmi" (a.k.a. AL BINALI, Mohammed Isa Yousif Saqar; a.k.a. AL-BINALI, Mohamed Isa; a.k.a. ALBINALI, Mohammad Isa; a.k.a. AL-BINALI, Mohammed; a.k.a. AL-BINALI, Mohammed Isa; a.k.a. "Abu Al Silmi"; a.k.a. "Abu Issa Al-Selmy"); DOB 09 Mar 1991; POB Manama, Bahrain; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU ISHMAEL" (a.k.a. JAVAID, Nasir; a.k.a. JAVED, Haji Nasir; a.k.a. JAVED, Nasar; a.k.a. JAVED, Naser; a.k.a. JAVED, Nasir; a.k.a. JAVED, Qari Naser; a.k.a. JAVID, Nasser), Mansehra District, Northwest Frontier Province, Pakistan; DOB circa 1956; alt. DOB circa 1958; alt. DOB circa 1965; POB Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b)

of Executive Order 13224, as amended by Executive Order 13886; From Gujranwala, Punjab province, Pakistan (individual) [SDGT].

"ABU ISLAM" (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED HAMED"; a.k.a. "AHMED THE EGYPTIAN"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU ISLAM, Karim" (a.k.a. AL-GHANIMI, Karim Ja'far Muhsin; a.k.a. AL-GHANIMI, Karim Mansur; a.k.a. AL-ZIRJAWI, Karim Jafar Hasan); DOB 1968; alt. DOB 1969; POB al-Amarah, Iraq; citizen Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU ISMAIL" (a.k.a. ABU UMAR, Abu Omar; a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. TAKFIRI, Abu Umr; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Omar Mahmoud; a.k.a. UTHMAN, Umar), London, United Kingdom; Jordan; DOB 30 Dec 1960; alt. DOB 13 Dec 1960; POB Bethlehem, West Bank, Palestinian Territories; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU ISMAIL" (a.k.a. LAABOUDI, Morad; a.k.a. LAABOUDI, Mourad; a.k.a. "AL-MAGHRIBI, Abu Ismail"; a.k.a. "AL-MAGRABI, Abu Isma'il"); DOB 26 Feb 1993; citizen Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport UZ6430184 (Morocco); National ID No. CD595054 (Morocco) (individual) [SDGT].

"Abu Issa Al-Selmy" (a.k.a. AL BINALI, Mohammed Isa Yousif Saqar; a.k.a. AL-BINALI, Mohamed Isa; a.k.a. ALBINALI, Mohammad Isa; a.k.a. AL-BINALI, Mohammed; a.k.a. AL-BINALI, Mohammed Isa; a.k.a. "Abu Al Silmi"; a.k.a. "Abu Isa Al Salmi"); DOB 09 Mar 1991; POB Manama, Bahrain; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU JABAL" (a.k.a. SULEIMAN HAMAD AL-HABLAIN, Ibrahim; a.k.a. SULIMAN H. AL

HBLIAN, Barahim; a.k.a. "ABU-JABAL"); DOB 17 Dec 1984; POB Buraidah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F800691 (Saudi Arabia); Wanted by the Government of Saudi Arabia (individual) [SDGT].

"Abu Jaffar al-Shabaki" (a.k.a. EL KADDU, Waad; a.k.a. QADO, Waad), Iraq; DOB 12 Dec 1971; alt. DOB 01 Jan 1971; POB Mosul, Iraq; nationality Iraq; Gender Male (individual) [GLOMAG].

"ABU JAMIL" (a.k.a. ABDRABBA, Ghoma; a.k.a. ABDRABBA, Ghunia; a.k.a. ABD'RABBAH, Ghuma; a.k.a. ABDURABBA, Ghunia; a.k.a. "ABD'RABBAH"), Birmingham, United Kingdom; DOB 02 Sep 1957; POB Benghazi, Libya; nationality United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU JARRAH" (a.k.a. AL MAZIDIH, Akram Turki Hishan; a.k.a. AL-HISHAN, Akram Turki; a.k.a. AL-MAZIDIH, Akram Turki Hishan; a.k.a. "ABU AKRAM"), Zabadani, Syria; DOB 1974; alt. DOB 1975; alt. DOB 1979; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU JIBRIL" (a.k.a. A RAHMAN, Mohamad Iqbal; a.k.a. ABDUL RAHMAN, Mohamad Iqbal; a.k.a. ABDURRAHMAN, Abu Jibril; a.k.a. ABDURRAHMAN, Mohamad Iqbal; a.k.a. MUQTI, Fihiruddin; a.k.a. MUQTI, Fikiruddin; a.k.a. RAHMAN, Mohamad Iqbal), Jalan Nakula, Komplek Witana Harja III, Blok C 106-107, Pamulang, Tangerang, Indonesia; DOB 17 Aug 1957; alt. DOB 17 Aug 1958; POB Korleko-Lombok Timur, Indonesia; alt. POB Tirpas-Selong Village, East Lombok, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3603251708570001 (individual) [SDGT].

"ABU JUIRIAH" (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA

THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BC166787 (Canada) (individual) [SDGT].

"ABU KAIDHA" (a.k.a. MBAGA, Peter Charles; a.k.a. "Issa"), Johannesburg, South Africa; DOB 25 Sep 1976; nationality Tanzania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AB321592 (Tanzania) expires 08 Mar 2019 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE).

"Abu Kassem" (a.k.a. AL-MASHHADANI, Abdullah Ahmad; a.k.a. AL-MASHHADANI, Abdullah Ahmed; a.k.a. AL-MESHEDANI, Abdullah Ahmed; a.k.a. "Abu al-Qasem"; a.k.a. "Abu Qassim"), Iraq; Syria; DOB 21 Jan 1968; POB Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU KATADA" (a.k.a. EL BOUHALI, Ahmed), vicolo S. Rocco, n. 10 - Casalbuttano, Cremona, Italy; DOB 31 May 1963; POB Sidi Kacem, Morocco; nationality Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Italian Fiscal Code LBHHMD63E31Z330M (individual) [SDGT].

"ABU KHADIIJAH" (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU ISLAM"; a.k.a. "AHMED HAMED"; a.k.a. "AHMED THE EGYPTIAN"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU KHADIJAH" (a.k.a. AL-RAFI'I, 'Abdallah Makki Muslih Mahdi; a.k.a. AL-RUFAY'I, Abdallah Makki Muslih; a.k.a. "ABU MUSAB"), Anbar Province, Iraq; DOB 1991; POB Balad District, Salah ad Din Province, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual)

[SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"ABU KHALAF" (a.k.a. ABU HAMMUDI AL-SHAMMARI; a.k.a. AL-SHAMMARI, Sa'ad Uwayyid 'Ubayd Mu'jil; a.k.a. SA'AD AL-SHAMMARI; a.k.a. "SAAD OWAIED OBAID"), Tal Hamis, Syria; 'Awinat Village, Rabi'ah District, Iraq; Tal Wardan, Iraq; DOB 03 Jul 1972; POB Tal Wardan, Ninevah, Iraq; alt. POB Tal Afar, Ninevah, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU KHALID" (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. AL-KHATAB, Abd Al Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Khalif" (a.k.a. IZMAYLOV, Shamil; a.k.a. "Abu Hani"; a.k.a. "Abu Hanif"; a.k.a. "Abu Khanif"), Syria; DOB 01 Jan 1980 to 31 Dec 1980; POB Astrakhan, Russia; citizen Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Khalil" (a.k.a. AL-BAKAR, Ibrahim 'Issa; a.k.a. AL-BAKAR, Ibrahim 'Issa Haji Muhammad; a.k.a. ALBAKER, Ibrahim Issa Hijji Mohd; a.k.a. AL-BAKR, Ibrahim; a.k.a. AL-BAKR, Ibrahim 'Isa Haji; a.k.a. AL-BAKR, Ibrahim 'Isa Hajji Muhammad); DOB 12 Jul 1977; POB Qatar; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01016646 (Qatar) (individual) [SDGT].

"ABU KHAMZA" (a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "ABOU HAMZA"; a.k.a. "ABOU HANZA"; a.k.a. "BILAL"; a.k.a. "BILAL KUMKAL"; a.k.a. "HAMZA"; a.k.a. "KOUMAL"; a.k.a. "LAJONEL DIMON"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975; POB Roubaix, France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Khanif" (a.k.a. IZMAYLOV, Shamil; a.k.a. "Abu Hani"; a.k.a. "Abu Hanif"; a.k.a. "Abu

Khalif"), Syria; DOB 01 Jan 1980 to 31 Dec 1980; POB Astrakhan, Russia; citizen Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU KHAOULA" (a.k.a. ZERFAOUI, Ahmad; a.k.a. "ABDALLA"; a.k.a. "ABDULLAH"; a.k.a. "ABU CHOLDER"; a.k.a. "NUHR"; a.k.a. "SMAIL"); DOB 15 Jul 1963; POB Chrea, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU KHAWLA" (a.k.a. KHALED, Abdulbaqi Mohammed; a.k.a. KHALED, Abul Baki; a.k.a. KHALED, Abul Baki Mohammed; a.k.a. MOHAMMED, Abd' al-Baki), Birmingham, United Kingdom; DOB 18 Aug 1957; POB Tripoli, Libya; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU LULU" (a.k.a. ADAM, Elfateh Abdullah Idris; a.k.a. IDRIS, Al-Fateh Abdullah; a.k.a. "ISSA ABU LULU"), Sudan; nationality Sudan; Gender Male; Rapid Support Forces Commander in Sudan (individual) [SUDAN-EO14098].

"Abu Luqman" (a.k.a. CHOUDARY, Anjem), United Kingdom; DOB 18 Jan 1967; POB Welling, Southeast London, UK; alt. POB North London, UK; citizen United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU MANSOUR" (a.k.a. ALI, Mujahid Mukhtar Robow; a.k.a. ALI, Mukhtar Abdullahi; a.k.a. ALI, Shaykh Mukhtar Robo; a.k.a. ROBOW, Mukhtar; a.k.a. RUBU, Mukhtar Ali; a.k.a. "ABU MANSUR"); DOB 1969; alt. DOB 10 Oct 1969; POB Xudur, Somalia; alt. POB Keren, Eritrea; nationality Eritrea; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0310857 (Eritrea) issued 21 Aug 2006 expires 20 Aug 2008; National ID No. 1372584 (Kenya); (Following data derived from an Eritrean passport issued under the alias name of Mukhtar Abdullahi Ali: Alt. DOB: 10 October 1969; Alt. POB: Keren Eritrea; nationality: Eritrean; National ID No.: 1372584, Kenya; Passport No.: 0310857, Eritrea, Issue Date 21 August 2006, Expire Date 20 August 2008) (individual) [SDGT].

"ABU MANSUR" (a.k.a. ALI, Mujahid Mukhtar Robow; a.k.a. ALI, Mukhtar Abdullahi; a.k.a.

ALI, Shaykh Mukhtar Robo; a.k.a. ROBOW, Mukhtar; a.k.a. RUBU, Mukhtar Ali; a.k.a. "ABU MANSOUR"); DOB 1969; alt. DOB 10 Oct 1969; POB Xudur, Somalia; alt. POB Keren, Eritrea; nationality Eritrea; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0310857 (Eritrea) issued 21 Aug 2006 expires 20 Aug 2008; National ID No. 1372584 (Kenya); (Following data derived from an Eritrean passport issued under the alias name of Mukhtar Abdullahi Ali: Alt. DOB: 10 October 1969; Alt. POB: Keren Eritrea; nationality: Eritrean; National ID No.: 1372584, Kenya; Passport No.: 0310857, Eritrea, Issue Date 21 August 2006, Expire Date 20 August 2008) (individual) [SDGT].

"ABU MARIAM" (a.k.a. ABDULLAH, Abdullah Ahmed; a.k.a. AL-MASRI, Abu Mohamed; a.k.a. "SALEH"), Afghanistan; DOB 1963; POB Egypt; citizen Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Mazen" (a.k.a. ABED, Ahmed Abdullah; a.k.a. AL-JUBOURI, Ahmad Abdullah; a.k.a. AL-JUBOURI, Ahmed; a.k.a. KHALAF, Ahmed Abdullah Abid; a.k.a. "Abu Mazin"), Iraq; DOB 01 Jul 1967; POB Baghdad, Iraq; nationality Iraq; Gender Male; Passport D1017310 (Iraq) expires 14 Apr 2025; National ID No. 00318953 (Iraq) (individual) [GLOMAG].

"Abu Mazin" (a.k.a. ABED, Ahmed Abdullah; a.k.a. AL-JUBOURI, Ahmad Abdullah; a.k.a. AL-JUBOURI, Ahmed; a.k.a. KHALAF, Ahmed Abdullah Abid; a.k.a. "Abu Mazen"), Iraq; DOB 01 Jul 1967; POB Baghdad, Iraq; nationality Iraq; Gender Male; Passport D1017310 (Iraq) expires 14 Apr 2025; National ID No. 00318953 (Iraq) (individual) [GLOMAG].

"Abu Mohammad al-Qadari" (a.k.a. ASELDAROV, Rustam; a.k.a. ASELDEROV, Rustam; a.k.a. ASILDAROV, Rustam; a.k.a. "Abu Muhammad al-Kadarskii"; a.k.a. "Abu Mukhammad al-Kadar"; a.k.a. "Abu Mukhammad Kadarskiy"; a.k.a. "Abu Mukhammad Kadarsky"); DOB 01 Jan 1980 to 31 Dec 1982; POB Kalmykia, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU MOHAMMED" (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. AL-KHATAB, Abd  Al Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "MAHMUD"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU MUAMAR" (a.k.a. IDA, Laode; a.k.a. KHAN, Mohd Shahwal; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUBAROK, Muhamad; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim; a.k.a. YASIN, Syawal; a.k.a. "ABU SETA"; a.k.a. "AGUS SALIM"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU MU'AWIYA" (a.k.a. AL USTA, Abdelrazag Elsharif; a.k.a. AL-USTA, 'Abd Al-Razzaq Al-Sharif; a.k.a. ELOSTA, Abdelrazag Elsharif; a.k.a. SHARIF, 'Abd al-Razzaq; a.k.a. "AL-MULAY, 'Abd"), undetermined; DOB 20 Jun 1963; POB SOGUMA, LIBYA; nationality United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Muhammad al-Kadarskii" (a.k.a. ASELDAROV, Rustam; a.k.a. ASELDEROV, Rustam; a.k.a. ASILDAROV, Rustam; a.k.a. "Abu Mohammad al-Qadari"; a.k.a. "Abu Mukhammad al-Kadar"; a.k.a. "Abu Mukhammad Kadarskiy"; a.k.a. "Abu Mukhammad Kadarsky"); DOB 01 Jan 1980 to 31 Dec 1982; POB Kalmykia, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU MUHAMMAD AL-KHAL" (a.k.a. JAFFAR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. JAFFAR, Abdulrahman Mohammad; a.k.a. JAFFER ALI, Abdul Rahman Mohamed; a.k.a. JAFFIR ALI, Abd al-Rahman; a.k.a. JAFFIR, 'Abd al-Rahman Muhammad; a.k.a. JAFIR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. "'ALI AL-KHAL"); DOB 15 Jan 1968; POB Muharraq, Bahrain; nationality Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU MUHAMMAD" (a.k.a. AL-JALAHMA, Jaber; a.k.a. AL-JALAHMAH, Abu Muhammad; a.k.a. AL-JALAHMAH, Jabir Abdallah Jabir Ahmad; a.k.a. AL-JALAMAH, Jaber; a.k.a. AL-JALAMAH, Jabir 'Abdallah Jabir Ahmad; a.k.a. AL-JALHAMI, Jabir; a.k.a. "'ABDUL-GHANI"); DOB 24 Sep 1959; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 101423404 (individual) [SDGT].

"ABU MUHAMMAD" (a.k.a. AHMAD, Aliazra Ra'ad; a.k.a. AL-BAYATI, Abdul Rahman Muhammad; a.k.a. AL-BAYATI, Tahir Muhammad Khalil Mustafa; a.k.a. AL-QADULI, Abd Al-Rahman Muhammad Mustafa; a.k.a. MUSTAFA, Umar Muhammad Khalil; a.k.a. SHAYKHLARI, 'Abd al-Rahman Muhammad Mustafa; a.k.a. "ABU ALA"; a.k.a. "ABU HASAN"; a.k.a. "ABU IMAN"; a.k.a. "ABU ZAYNA"; a.k.a. "ABU-SHUAYB"; a.k.a. "HAJJI IMAN"); DOB 1959; alt. DOB 1957; POB Mosul, Ninawa Province, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Mukhammad al-Kadar" (a.k.a. ASELDAROV, Rustam; a.k.a. ASELDEROV, Rustam; a.k.a. ASILDAROV, Rustam; a.k.a. "Abu Mohammad al-Qadari"; a.k.a. "Abu Muhammad al-Kadarskii"; a.k.a. "Abu Mukhammad Kadarskiy"; a.k.a. "Abu Mukhammad Kadarsky"); DOB 01 Jan 1980 to 31 Dec 1982; POB Kalmykia, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Mukhammad Kadarskiy" (a.k.a. ASELDAROV, Rustam; a.k.a. ASELDEROV, Rustam; a.k.a. ASILDAROV, Rustam; a.k.a. "Abu Mohammad al-Qadari"; a.k.a. "Abu Muhammad al-Kadarskii"; a.k.a. "Abu Mukhammad al-Kadar"; a.k.a. "Abu Mukhammad Kadarsky"); DOB 01 Jan 1980 to 31 Dec 1982; POB Kalmykia, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Mukhammad Kadarsky" (a.k.a. ASELDAROV, Rustam; a.k.a. ASELDEROV, Rustam; a.k.a. ASILDAROV, Rustam; a.k.a. "Abu Mohammad al-Qadari"; a.k.a. "Abu Muhammad al-Kadarskii"; a.k.a. "Abu Mukhammad al-Kadar"; a.k.a. "Abu Mukhammad Kadarskiy"); DOB 01 Jan 1980 to

31 Dec 1982; POB Kalmykia, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU MUKTAR" (a.k.a. JANJALANI, Khadafi Abubakar; a.k.a. JANJALANI, Khadafy; a.k.a. JANJALANI, Khaddafy Abubakar); DOB 03 Mar 1975; POB Isabela, Basilan, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU MUSAB" (a.k.a. HAPILON, Isnilon Totoni; a.k.a. HAPILUN, Isnilon; a.k.a. HAPILUN, Isnilun; a.k.a. "SALAHUDIN"; a.k.a. "TUAN ISNILON"); DOB 18 Mar 1966; alt. DOB 10 Mar 1967; POB Bulanza, Lantawan, Basilan, the Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU MUSAB" (a.k.a. AL-RAFI'I, 'Abdallah Makki Muslih Mahdi; a.k.a. AL-RUFAY'I, Abdallah Makki Muslih; a.k.a. "ABU KHADIJAH"), Anbar Province, Iraq; DOB 1991; POB Balad District, Salah ad Din Province, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"Abu Muthana Al Yemeni" (a.k.a. MUTHANA, Nasser; a.k.a. "Abu Muthanna al Yemeni"; a.k.a. "Abu Muthanna al-Yemeni"), Syria; DOB 1993 to 1995; POB Cardiff, United Kingdom; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Muthanna al Yemeni" (a.k.a. MUTHANA, Nasser; a.k.a. "Abu Muthana Al Yemeni"; a.k.a. "Abu Muthanna al-Yemeni"), Syria; DOB 1993 to 1995; POB Cardiff, United Kingdom; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Muthanna al-Yemeni" (a.k.a. MUTHANA, Nasser; a.k.a. "Abu Muthana Al Yemeni"; a.k.a. "Abu Muthanna al Yemeni"), Syria; DOB 1993 to 1995; POB Cardiff, United Kingdom; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU NSHOUK" (a.k.a. MOHAMED, Gedo Hamdan Ahmed (Arabic: جدو حمدان أحمد محمد); a.k.a. "ABANSHUK"; a.k.a. "ABU SHOK"), Sudan; DOB 1973; POB Kutum, North Darfur, Sudan; nationality Sudan; Gender Male; National ID No. 21932935991 (Sudan) (individual) [SUDAN-EO14098].

"ABU OBAIDA" (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU OBAIDAH" (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU OBAYDA" (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU OBEIDA" (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU OBEIDAH AL TURKI" (a.k.a. AL UBAYDA, Mulfit Kar Iiyas; a.k.a. ALMANCI, Abdurrahman; a.k.a. KAR, Mavlut; a.k.a. KAR, Mawlud; a.k.a. KAR, Meluvet; a.k.a. KAR, Mevlut; a.k.a. KAR, Mivlut; a.k.a. YUSOV, Yanal; a.k.a. ZIKARA, Mevlut; a.k.a. "ABDULLAH THE TURK"; a.k.a. "ABU OBEJD EL-TURKI"; a.k.a. "ABU UDEJF EL-TURKI"; a.k.a. "AL TURKI KYOSEV"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

"ABU OBEJD EL-TURKI" (a.k.a. AL UBAYDA, Mulfit Kar Iiyas; a.k.a. ALMANCI, Abdurrahman; a.k.a. KAR, Mavlut; a.k.a. KAR, Mawlud; a.k.a. KAR, Meluvet; a.k.a. KAR, Mevlut; a.k.a. KAR, Mivlut; a.k.a. YUSOV, Yanal; a.k.a. ZIKARA, Mevlut; a.k.a. "ABDULLAH THE TURK"; a.k.a. "ABU OBEIDAH AL TURKI"; a.k.a. "ABU UDEJF EL-TURKI"; a.k.a. "AL TURKI KYOSEV"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

"ABU OMAR" (a.k.a. FETHI, Alic; a.k.a. MNASRI, Fethi Ben Rebai Ben Absha; a.k.a. "AMOR"), Via Toscana n.46, Bologna, Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 06 Mar 1969; POB Baja, Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L497470

issued 03 Jun 1997 expires 02 Jun 2002 (individual) [SDGT].

"ABU OMRAN" (a.k.a. AL-MUGHASSIL, Ahmad Ibrahim; a.k.a. AL-MUGHASSIL, Ahmed Ibrahim); DOB 26 Jun 1967; POB Qatif-Bab al Shamal, Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Osama al-Masri" (a.k.a. AL-ISAWI, Muhammad Ahmad 'Ali; a.k.a. "Abu Usamah al-Masri"), Egypt; DOB 1972 to 1974; POB Sinai Province, Egypt; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Qarwani" (a.k.a. HITTA, Asidan Ag; a.k.a. HITTA, Sidan Ag; a.k.a. HITTA, Siddan Ag; a.k.a. "ABU 'ABD AL-HAKIM"; a.k.a. "Abu Abdelhakim al-Kidali"; a.k.a. "AL-QAYRAWANI, Abd-al-Hakim"), Kidal Region, Mali; DOB 1976; POB Kidal, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

"Abu Qassim" (a.k.a. AL-MASHHADANI, Abdullah Ahmad; a.k.a. AL-MASHHADANI, Abdullah Ahmed; a.k.a. AL-MESHEDANI, Abdullah Ahmed; a.k.a. "Abu al-Qasem"; a.k.a. "Abu Kassem"), Iraq; Syria; DOB 21 Jan 1968; POB Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Rawaha the Italian" (a.k.a. ABDU SHAKUR, Anas; a.k.a. AL-ABBOUBI, Anas; a.k.a. EL ABBOUBI, Anas; a.k.a. EL-ABBOUBI, Anas; a.k.a. SHAKUR, Anas; a.k.a. "Abu the Italian"; a.k.a. "AL-ITALY, Anas"; a.k.a. "Mc Khalifh"; a.k.a. "Mc Khaliph"; a.k.a. "McKhalif"; a.k.a. "Rawaha al Itali"), Aleppo, Syria; DOB 01 Oct 1992 to 31 Oct 1992; POB Marrakech, Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU RIDA" (a.k.a. NASOOF, Tahar; a.k.a. NASUF, Taher; a.k.a. NASUF, Tahir; a.k.a. NASUF, Tahir Mustafa; a.k.a. "ABU SALIMA EL LIBI"; a.k.a. "AL-QA'QA"), Manchester, United Kingdom; DOB 04 Nov 1961; alt. DOB 11 Apr 1961; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Sa'd at-Trinidadi" (a.k.a. CRAWFORD, Shane Asadullah; a.k.a. CRAWFORD, Shane Dominic; a.k.a. "Asad"; a.k.a. "Asadullah"), Syria; DOB 22 Feb 1986; POB Trinidad and Tobago; nationality Trinidad and Tobago; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Sa'd" (a.k.a. AL-KA'BI, Sa'd al-Sharyan; a.k.a. AL-KA'BI, Sa'd bin Sa'd Muhammad Shariyan; a.k.a. AL-KA'BI, Sa'd Bin Sa'd Muhammad Shiryan; a.k.a. AL-KA'BI, Sa'd Sa'd Muhammad Shiryan; a.k.a. "Abu Haza'"; a.k.a. "Abu Hazza'"; a.k.a. "Abu Suad"; a.k.a. "'Umar al-Afghani"); DOB 15 Feb 1972; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00966737 (Qatar) (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"Abu Sa'id" (a.k.a. AL-GHAZALI, Muhammad; a.k.a. AL-GHAZALI, Muhammad Abd al-Karim; a.k.a. AL-MAWARI, Abu Hisham; a.k.a. MAWARI, Abu Hisham; a.k.a. "Abu Faris"; a.k.a. "Rashid"); DOB 1988; alt. DOB 1987; alt. DOB 1989; POB Ibb Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Sajjad" (a.k.a. AL SAADI, Mansoor Ahmed; a.k.a. AL-SA'ADI, Mansur; a.k.a. AL-SA'ADI, Mansur Ahmad), Yemen; DOB 1988; nationality Yemen; Gender Male; Houthi Commander of Yemen's Naval and Coastal Defense Forces (individual) [YEMEN].

"Abu Salah" (a.k.a. AL KASAB, Muwafaq Mustafa Muhammad Ali; a.k.a. AL-KARMOUSH, Muafaq Mustafa Mohammed; a.k.a. AL-KARMUSH, Muwafaq Mustafa; a.k.a. AL-KARMUSH, Muwafaq Mustafa Muhammad 'Ali; a.k.a. AL-KARMUSH, Muwaffaq Mustafa; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad 'Ali Mahmud; a.k.a. EL KHARMOUSH, Muwaffaq Mustafa Mohammad; a.k.a. KARMOOSH, Muwafaq Mustafa Mohammed Ali; a.k.a. KARMUSH, Muwaffaq; a.k.a. MUHAMMAD, Muwaffaq Mustafa; a.k.a. "AL-'AFRI, Abu Salah"); DOB 01 Feb 1973; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A5476394 (Iraq) (individual) [SDGT].

"ABU SALEH" (a.k.a. AL ASIRI, Ibrahim Hassan; a.k.a. AL-'ASIRI, Ibrahim; a.k.a. AL-'ASIRI,

Ibrahim Hasan Tali; a.k.a. AL-ASIRI, Ibrahim Hassan Tali; a.k.a. 'ASIRI, Ibrahim Hasan Tali'A; a.k.a. ASSIRI, Ibrahim Hassan Tali; a.k.a. "ABOSSLAH"); DOB 19 Apr 1982; alt. DOB 18 Apr 1982; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F654645 issued 30 Apr 2005; National ID No. 1028745097 (Saudi Arabia); Member of al-Qa'ida in the Arabian Peninsula, is wanted by the Government of Saudi Arabia and Interpol has issued an Orange Notice: File no. 2009/52/OS/CCC (individual) [SDGT].

"ABU SALIM" (a.k.a. AL-ALI, Dr. Hamed Abdullah; a.k.a. AL-'ALI, Hamed; a.k.a. AL-'ALI, Hamed bin 'Abdallah; a.k.a. AL-ALI, Hamid; a.k.a. AL-'ALI, Hamid 'Abdallah; a.k.a. AL-'ALI, Hamid 'Abdallah Ahmad; a.k.a. AL-ALI, Hamid bin Abdallah Ahmed); DOB 20 Jan 1960; citizen Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU SALIMA EL LIBI" (a.k.a. NASOOF, Tahar; a.k.a. NASUF, Taher; a.k.a. NASUF, Tahir; a.k.a. NASUF, Tahir Mustafa; a.k.a. "ABU RIDA"; a.k.a. "AL-QA'QA"), Manchester, United Kingdom; DOB 04 Nov 1961; alt. DOB 11 Apr 1961; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU SAMIA" (a.k.a. ABU MAJID SAMIYAH; a.k.a. AL-FADHLI, Muhsin; a.k.a. AL-FADHLI, Muhsin Fadhil 'Ayyid; a.k.a. AL-FADHLI, Muhsin Fadil Ayid Ashur), Block Four, Street 13, House # 179, Kuwait City, Al-Riqqa area, Kuwait; DOB 24 Apr 1981; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 106261543 (Kuwait) (individual) [SDGT].

"Abu Sarhan" (a.k.a. ALBU-MITEUTI, Arkan Ahmad Abbas Albu-Mazida; a.k.a. AL-MATUTI, Arkan Ahmad 'Abbas; a.k.a. AL-MITIWITI, Arkan Ahmad 'Abbas), Nineveh Governorate, Iraq; Syria; DOB 06 Oct 1982; POB Mosul, Iraq; alt. POB Sinjar District, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"Abu Sayf al-Samara'i" (a.k.a. AL-FAY, Idris Ali Awad Khalif; a.k.a. AL-FAY, Idris 'Ali 'Awwad; a.k.a. KHALIF, Idris Ali 'Awad; a.k.a. "Mullah

Idris"), Owainat Village, Owainat District, Salah Ad Din Province, Iraq; Turkey; Albu Dur, Tikrit, Salah-ad Din Province, Iraq; DOB 01 Jul 1971; POB Albu Dur, Tikrit, Salah-ad Din Province, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU SEIF" (a.k.a. SANTOSO, Wiji Joko; a.k.a. SANTOSO, Wijijoko; a.k.a. "AL-JAWI, Abu Seif"); DOB 14 Jul 1975; POB Rembang, Jawa Tengah, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A2823222 (Indonesia) issued 28 May 2012 expires 28 May 2017 (individual) [SDGT].

"ABU SETA" (a.k.a. IDA, Laode; a.k.a. KHAN, Mohd Shahwal; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUBAROK, Muhamad; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "AGUS SALIM"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU SHAHAB" (a.k.a. FAYRUZI, Ahmad; a.k.a. FOROOZANDEH, Ahmad; a.k.a. FORUZANDEH, Ahmad; a.k.a. FORUZANDEH, Ahmed; a.k.a. FRUZANDAH, Ahmad; a.k.a. "ABU AHMAD ISHAB"; a.k.a. "JAFARI"), Qods Force Central Headquarters, Former U.S. Embassy Compound, Tehran, Iran; DOB circa 1960; alt. DOB 1957; alt. DOB circa 1955; alt. DOB circa 1958; alt. DOB circa 1959; alt. DOB circa 1961; alt. DOB circa 1962; alt. DOB circa 1963; POB Kermanshah, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Brigadier General, Commanding Officer of the Iranian Islamic Revolutionary Guard Corps-Qods Force Ramazan Corps; Deputy Commander of the Ramazan Headquarters; Chief of Staff of the Iraq Crisis Staff (individual) [SDGT] [IRAQ3] [IRGC].

"ABU SHOK" (a.k.a. MOHAMED, Gedo Hamdan Ahmed (Arabic: جدو حمدان أحمد محمد); a.k.a.

"ABANSHUK"; a.k.a. "ABU NSHOUK"), Sudan; DOB 1973; POB Kutum, North Darfur, Sudan; nationality Sudan; Gender Male; National ID No. 21932935991 (Sudan) (individual) [SUDAN-EO14098].

"ABU SOLAIMAN" (a.k.a. SALI JR., Jainal Antel; a.k.a. "ABU SOLAYMAN"; a.k.a. "APONG SOLAIMAN"; a.k.a. "APUNG"); DOB 01 Jun 1965; POB Barangay Lanote, Bliss, Isabele, Basilan, the Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU SOLAYMAN" (a.k.a. SALI JR., Jainal Antel; a.k.a. "ABU SOLAIMAN"; a.k.a. "APONG SOLAIMAN"; a.k.a. "APUNG"); DOB 01 Jun 1965; POB Barangay Lanote, Bliss, Isabele, Basilan, the Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Souleymane al-Faransi" (a.k.a. HIMICH, Abdelilah; a.k.a. "Abou Souleiman al-Firansi"; a.k.a. "Abu Souleymane"; a.k.a. "Abu Souleymane the Frenchman"; a.k.a. "Abu Sulaiyman"; a.k.a. "Abu Sulaiyman al Fransi"; a.k.a. "Abu Sulayman al-Faransi"; a.k.a. "Abu Suleiman"; a.k.a. "Abu Suleyman"; a.k.a. "Abu Suleyman al-Faransi"; a.k.a. "Abu Suleyman al-Firansi"), al Bab, Syria; DOB Nov 1989; POB Morocco; nationality France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Souleymane the Frenchman" (a.k.a. HIMICH, Abdelilah; a.k.a. "Abou Souleiman al-Firansi"; a.k.a. "Abu Souleymane"; a.k.a. "Abu Souleymane al-Faransi"; a.k.a. "Abu Sulaiyman"; a.k.a. "Abu Sulaiyman al Fransi"; a.k.a. "Abu Sulayman al-Faransi"; a.k.a. "Abu Suleiman"; a.k.a. "Abu Suleyman"; a.k.a. "Abu Suleyman al-Faransi"; a.k.a. "Abu Suleyman al-Firansi"), al Bab, Syria; DOB Nov 1989; POB Morocco; nationality France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Souleymane" (a.k.a. HIMICH, Abdelilah; a.k.a. "Abou Souleiman al-Firansi"; a.k.a. "Abu Souleymane al-Faransi"; a.k.a. "Abu Souleymane the Frenchman"; a.k.a. "Abu Sulaiyman"; a.k.a. "Abu Sulaiyman al Fransi"; a.k.a. "Abu Sulayman al-Faransi"; a.k.a. "Abu Suleiman"; a.k.a. "Abu Suleyman"; a.k.a. "Abu Suleyman al-Faransi"; a.k.a. "Abu Suleyman al-

Firansi"), al Bab, Syria; DOB Nov 1989; POB Morocco; nationality France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Suad" (a.k.a. AL-KA'BI, Sa'd al-Sharyan; a.k.a. AL-KA'BI, Sa'd bin Sa'd Muhammad Shariyan; a.k.a. AL-KA'BI, Sa'd Bin Sa'd Muhammad Shiryan; a.k.a. AL-KA'BI, Sa'd Sa'd Muhammad Shiryan; a.k.a. "Abu Haza'"; a.k.a. "Abu Hazza'"; a.k.a. "Abu Sa'd"; a.k.a. "'Umar al-Afghani"); DOB 15 Feb 1972; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00966737 (Qatar) (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"ABU SUFIAN" (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BC166787 (Canada) (individual) [SDGT].

"Abu Sulaiyman al Fransi" (a.k.a. HIMICH, Abdelilah; a.k.a. "Abou Souleiman al-Firansi"; a.k.a. "Abu Souleymane"; a.k.a. "Abu Souleymane al-Faransi"; a.k.a. "Abu Souleymane the Frenchman"; a.k.a. "Abu Sulaiyman"; a.k.a. "Abu Sulayman al-Faransi"; a.k.a. "Abu Suleiman"; a.k.a. "Abu Suleyman"; a.k.a. "Abu Suleyman al-Faransi"; a.k.a. "Abu Suleyman al-Firansi"), al Bab, Syria; DOB Nov 1989; POB Morocco; nationality France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Sulaiyman" (a.k.a. HIMICH, Abdelilah; a.k.a. "Abou Souleiman al-Firansi"; a.k.a. "Abu Souleymane"; a.k.a. "Abu Souleymane al-Faransi"; a.k.a. "Abu Souleymane the Frenchman"; a.k.a. "Abu Sulaiyman al Fransi"; a.k.a. "Abu Sulayman al-Faransi"; a.k.a. "Abu Suleiman"; a.k.a. "Abu Suleyman"; a.k.a. "Abu

Suleyman al-Faransi"; a.k.a. "Abu Suleyman al-Firansi"), al Bab, Syria; DOB Nov 1989; POB Morocco; nationality France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Sulayfa Muhammad" (a.k.a. OMAR, Bonomade Machude; a.k.a. "Abu Surakha"; a.k.a. "Abu Suraqa Suraqa Filho"; a.k.a. "Ibn Omar"), Cabo Delgado Province, Mozambique; DOB 15 Jun 1988; POB Palma District, Cabo Delgado Province, Mozambique; nationality Mozambique; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE).

"Abu Sulayman al-Faransi" (a.k.a. HIMICH, Abdelilah; a.k.a. "Abou Souleiman al-Firansi"; a.k.a. "Abu Souleymane"; a.k.a. "Abu Souleymane al-Faransi"; a.k.a. "Abu Souleymane the Frenchman"; a.k.a. "Abu Sulaiyman"; a.k.a. "Abu Sulaiyman al Fransi"; a.k.a. "Abu Suleiman"; a.k.a. "Abu Suleyman"; a.k.a. "Abu Suleyman al-Faransi"; a.k.a. "Abu Suleyman al-Firansi"), al Bab, Syria; DOB Nov 1989; POB Morocco; nationality France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Suleiman" (a.k.a. HIMICH, Abdelilah; a.k.a. "Abou Souleiman al-Firansi"; a.k.a. "Abu Souleymane"; a.k.a. "Abu Souleymane al-Faransi"; a.k.a. "Abu Souleymane the Frenchman"; a.k.a. "Abu Sulaiyman"; a.k.a. "Abu Sulaiyman al Fransi"; a.k.a. "Abu Sulayman al-Faransi"; a.k.a. "Abu Suleyman"; a.k.a. "Abu Suleyman al-Faransi"; a.k.a. "Abu Suleyman al-Firansi"), al Bab, Syria; DOB Nov 1989; POB Morocco; nationality France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Suleyman al-Faransi" (a.k.a. HIMICH, Abdelilah; a.k.a. "Abou Souleiman al-Firansi"; a.k.a. "Abu Souleymane"; a.k.a. "Abu Souleymane al-Faransi"; a.k.a. "Abu Souleymane the Frenchman"; a.k.a. "Abu Sulaiyman"; a.k.a. "Abu Sulaiyman al Fransi"; a.k.a. "Abu Sulayman al-Faransi"; a.k.a. "Abu Suleiman"; a.k.a. "Abu Suleyman"; a.k.a. "Abu Suleyman al-Firansi"), al Bab, Syria; DOB Nov 1989; POB Morocco; nationality France; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Suleyman al-Firansi" (a.k.a. HIMICH, Abdelilah; a.k.a. "Abou Souleiman al-Firansi"; a.k.a. "Abu Souleymane"; a.k.a. "Abu Souleymane al-Faransi"; a.k.a. "Abu Souleymane the Frenchman"; a.k.a. "Abu Sulaiyman"; a.k.a. "Abu Sulaiyman al Fransi"; a.k.a. "Abu Sulayman al-Faransi"; a.k.a. "Abu Suleiman"; a.k.a. "Abu Suleyman"; a.k.a. "Abu Suleyman al-Faransi"), al Bab, Syria; DOB Nov 1989; POB Morocco; nationality France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Suleyman" (a.k.a. HIMICH, Abdelilah; a.k.a. "Abou Souleiman al-Firansi"; a.k.a. "Abu Souleymane"; a.k.a. "Abu Souleymane al-Faransi"; a.k.a. "Abu Souleymane the Frenchman"; a.k.a. "Abu Sulaiyman"; a.k.a. "Abu Sulaiyman al Fransi"; a.k.a. "Abu Sulayman al-Faransi"; a.k.a. "Abu Suleiman"; a.k.a. "Abu Suleyman al-Faransi"; a.k.a. "Abu Suleyman al-Firansi"), al Bab, Syria; DOB Nov 1989; POB Morocco; nationality France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU SULTAN" (a.k.a. AL-'ALI, Hamad Hamid; a.k.a. AL-'ALI, Hamid Hamad; a.k.a. AL-'ALI, Hamid Hamad Hamid); DOB 17 Nov 1960; POB Qatar; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 001714467 (Kuwait); alt. Passport 101505554 (individual) [SDGT].

"Abu Surakha" (a.k.a. OMAR, Bonomade Machude; a.k.a. "Abu Sulayfa Muhammad"; a.k.a. "Abu Suraqa Suraqa Filho"; a.k.a. "Ibn Omar"), Cabo Delgado Province, Mozambique; DOB 15 Jun 1988; POB Palma District, Cabo Delgado Province, Mozambique; nationality Mozambique; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE).

"Abu Suraqa Suraqa Filho" (a.k.a. OMAR, Bonomade Machude; a.k.a. "Abu Sulayfa Muhammad"; a.k.a. "Abu Surakha"; a.k.a. "Ibn Omar"), Cabo Delgado Province, Mozambique; DOB 15 Jun 1988; POB Palma District, Cabo Delgado Province, Mozambique; nationality Mozambique; Gender Male; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE).

"ABU TAHIR" (a.k.a. AL HAMID, Hashim; a.k.a. AL-AIDAROOS, Hashim Mohsen; a.k.a. ALHAMAD, Hashem Mohssein Idroos; a.k.a. ALHAMED, Hossin Mohsen; a.k.a. ALHAMID, Hashim; a.k.a. AL-HAMID, Hashim Muhsin Aydarus; a.k.a. AL-HAMID, Mohsan; a.k.a. AL-HAMSHI, Hashim al-Hamid; a.k.a. ALHMAID, Housin Mohsein; a.k.a. IDAROOS, Hashim Mohsen), Al Ghaydah, al-Mahrah Governorate, Yemen; Shabwah Governorate, Yemen; Mansoura, Aden, Yemen; Mukalla, Hadramawt Governorate, Yemen; Abyan Governorate, Yemen; Marib Governorate, Yemen; DOB 12 Dec 1985; POB Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 16010003042 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

"ABU TARIQ" (a.k.a. AL-NAKHALAH, Ziyad), Iran; DOB 03 Jan 1953; alt. DOB 1953; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU THALE" (a.k.a. AL-AMDOUNI, Mehrez Ben Mahmoud Ben Sassi; a.k.a. AMDOUNI, Meherez ben Ahdoud ben; a.k.a. AMDOUNI, Mehrez; a.k.a. AMDOUNI, Mehrez ben Tah; a.k.a. FUSCO, Fabio; a.k.a. HAMDOUNI, Meherez; a.k.a. HASSAN, Mohamed); DOB 18 Dec 1969; alt. DOB 25 May 1968; alt. DOB 18 Dec 1968; alt. DOB 14 Jul 1969; POB Tunis, Tunisia; alt. POB Naples, Italy; alt. POB Algeria; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G737411 (Tunisia) issued 24 Oct 1990 expires 20 Sep 1997; alt. Passport 0801888 (Bosnia and Herzegovina) (individual) [SDGT].

"Abu the Italian" (a.k.a. ABDU SHAKUR, Anas; a.k.a. AL-ABBOUBI, Anas; a.k.a. EL ABBOUBI, Anas; a.k.a. EL-ABBOUBI, Anas; a.k.a. SHAKUR, Anas; a.k.a. "Abu Rawaha the Italian"; a.k.a. "AL-ITALY, Anas"; a.k.a. "Mc Khalifh"; a.k.a. "Mc Khaliph"; a.k.a. "McKhalif"; a.k.a. "Rawaha al Itali"), Aleppo, Syria; DOB 01 Oct 1992 to 31 Oct 1992; POB Marrakech, Morocco; Secondary sanctions risk: section 1(b)

of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU THORIQ" (a.k.a. RUSDAN, Abu; a.k.a. "RUSDJAN"; a.k.a. "RUSJAN"; a.k.a. "RUSYDAN"; a.k.a. "THORIQUDDIN"; a.k.a. "THORIQUIDDIN"; a.k.a. "THORIQUIDIN"; a.k.a. "TORIQUDDIN"); DOB 16 Aug 1960; POB Kudus, Central Java, Indonesia; citizen Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1608600001 (Indonesia) (individual) [SDGT].

"Abu Turab al-Canadi" (a.k.a. AHMAD, Muhammad Ali Sayid; a.k.a. SAEED, Mohammad Ali), As Susah, Syria; DOB 07 Oct 1990; POB Faisalabad, Punjab Province, Pakistan; nationality Canada; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU UBAIDAH" (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU UDEJF EL-TURKI" (a.k.a. AL UBAYDA, Mulfit Kar liyas; a.k.a. ALMANCI, Abdurrahman; a.k.a. KAR, Mavlut; a.k.a. KAR, Mawlud; a.k.a. KAR, Meluvet; a.k.a. KAR, Mevlut; a.k.a. KAR, Mivlut; a.k.a. YUSOV, Yanal; a.k.a. ZIKARA, Mevlut; a.k.a. "ABDULLAH THE TURK"; a.k.a. "ABU OBEIDAH AL TURKI"; a.k.a. "ABU OBEJD EL-TURKI"; a.k.a. "AL TURKI KYOSEV"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

"ABU UL-HASHIM" (a.k.a. HASHIM, Abdul; a.k.a. HASHIM, Abul; a.k.a. RABBANI, Abul Hashim;

a.k.a. SARWAR, Muhammad; a.k.a. "ABU ALI HASHIM"; a.k.a. "ABU HASHIM"), Lahore, Pakistan; DOB 01 Jan 1966 to 31 Dec 1968; POB Sheikhupura, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AK5995921 (Pakistan) issued 24 Mar 2007 expires 22 Mar 2012 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"Abu Umar" (a.k.a. AL-SHISHANI, Abu Umar; a.k.a. AL-SHISHANI, Omar; a.k.a. BATIRASHVILI, Tarkhan; a.k.a. BATIRASHVILI, Tarkhan Tayumurazovich; a.k.a. BATYRASHVILI, Tarkhan Tayumurazovich; a.k.a. SHISHANI, Omar; a.k.a. SHISHANI, Umar; a.k.a. "Abu Hudhayfah"; a.k.a. "Chechen Omar"; a.k.a. "Omer the Chechen"; a.k.a. "Omer the Chechen"; a.k.a. "Umar the Chechen"); DOB 11 Jan 1986; alt. DOB 1982; POB Akhmeta, Village Birkiani, Georgia; citizen Georgia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 09AL14455 (Georgia) expires 26 Jun 2019; National ID No. 08001007864 (Georgia) (individual) [SDGT].

"ABU USAMA" (a.k.a. AL-ANIZI, 'Abd al-Rahman Khalaf; a.k.a. AL-'ANIZI, 'Abd al-Rahman Khalaf 'Ubayd Juday'; a.k.a. AL-'ANZI, 'Abd al-Rahman Khalaf; a.k.a. "AL-KUWAITI, Abu Usamah"; a.k.a. "AL-RAHMAN, Abu Usamah"; a.k.a. "KUWAITI, Abu Shaima'"; a.k.a. "YUSUF"); DOB 01 Jan 1973 to 31 Dec 1973; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu Usamah al-Masri" (a.k.a. AL-ISAWI, Muhammad Ahmad 'Ali; a.k.a. "Abu Osama al-Masri"), Egypt; DOB 1972 to 1974; POB Sinai Province, Egypt; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU UTHMAN" (a.k.a. AL FAQIH, Saad; a.k.a. AL-FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ad; a.k.a. AL-FAQIH, Saad; a.k.a. AL-FAQIH, Saad Rashed Mohammad; a.k.a. AL-FAQIH, Sa'd), London, United Kingdom; DOB 01 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 760620

issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT].

"ABU WALID" (a.k.a. AL-MAJID, Rukan abd al-Gafur; a.k.a. AL-MAJID, Rukan abdal-Ghaffur Sulayman; a.k.a. AL-MAJID, Rukan Razuqi abd al-Gahfur; a.k.a. AL-TIKRITI, Rukan abd al-Ghaffur al-Majid; a.k.a. AL-TIKRITI, Rukan 'abd al-Ghaffur al-Majid; a.k.a. AL-TIKRITI, Rukan Razuki abd-al-Ghafur Sulaiman); DOB 1956; POB Tikrit, Iraq; nationality Iraq; head of Tribal Affairs Office in presidential office (individual) [IRAQ2].

"ABU WISSAM" (a.k.a. AL-DULAYMI, Hasan Hashim Khalaf), 30th Street, Al-Yarmuk Area, Jadat Al-Jaysh District, Damascus, Syria; House #43, Lane #17, Subdivision #808, Al-Dawrah, Baghdad, Iraq; DOB 1942; POB Baghdad, Iraq; nationality Iraq (individual) [IRAQ2].

"ABU YASIR" (a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. THABIT 'IZ; a.k.a. "'ABD-AL-'IZ"); DOB 24 Jun 1954; POB Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 83860 (Sudan); alt. Passport 30455 (Egypt); alt. Passport 1046403 (Egypt) (individual) [SDGT].

"ABU YASSER" (a.k.a. AL-SHAER, Saleh; a.k.a. ALSHAER, Saleh Mesfer; a.k.a. ALSHAER, Saleh Mesfer Saleh; a.k.a. AL-SHAER, Salih Misfer), Sana'a, Yemen; DOB 1965; alt. DOB 1966; alt. DOB 1967; POB Razih District, Saada Governorate, Yemen; nationality Yemen; Gender Male (individual) [YEMEN].

"ABU YASSER" (a.k.a. ABD AL-SALAM, Muhammad; a.k.a. ABDULSALAM, Mohammad (Arabic: محمد عبد السلام); a.k.a. FELIATAH, Abdulsalam Salah Ahmed; a.k.a. FLEETAH, Abdel Salam; a.k.a. FLEETAH, Abdulsalam Saleh Ahmed Abdullah (Arabic: عبدالسلام صلاح احمد عبداللة فليتة)), Muscat, Oman; DOB 02 Apr 1981; POB Al-Qalaa, Razih District, Saada Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00020255 (Yemen) expires 17 Feb 2017 (individual) [SDGT] (Linked To: ANSARALLAH).

"Abu Zahra" (a.k.a. SUKIRNO, Bambang; a.k.a. "Pak Zahra"); DOB 05 Apr 1975; POB Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886; Passport A2062513 (Indonesia) (individual) [SDGT].

"Abu Zar" (a.k.a. MAHMUD, Usama; a.k.a. MEHMOOD, Osama; a.k.a. "Atta Ullah"; a.k.a. "Zar Wali"), Afghanistan; DOB 02 Sep 1980; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

"ABU ZAYNA" (a.k.a. AHMAD, Aliazra Ra'ad; a.k.a. AL-BAYATI, Abdul Rahman Muhammad; a.k.a. AL-BAYATI, Tahir Muhammad Khalil Mustafa; a.k.a. AL-QADULI, Abd Al-Rahman Muhammad Mustafa; a.k.a. MUSTAFA, Umar Muhammad Khalil; a.k.a. SHAYKHLARI, 'Abd al-Rahman Muhammad Mustafa; a.k.a. "ABU ALA"; a.k.a. "ABU HASAN"; a.k.a. "ABU IMAN"; a.k.a. "ABU MUHAMMAD"; a.k.a. "ABU-SHUAYB"; a.k.a. "HAJJI IMAN") DOB 1959; alt. DOB 1957; POB Mosul, Ninawa Province, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU ZUBAIDA" (a.k.a. ABU ZUBEIDAH, Zeinulabideen Muhammed Husein; a.k.a. HUSAIN, Zain Al-Abidin Muhammad; a.k.a. HUSAYN, Zayn al-Abidin Muhammad; a.k.a. HUSSEIN, Zayn al-Abidin Muhammad; a.k.a. "ABU ZUBAYDAH"), Guantanamo Bay detention center, Cuba; DOB 12 Mar 1971; POB Riyadh, Saudi Arabia; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 484824 (Egypt) issued 18 Jan 1984 (individual) [SDGT].

"ABU ZUBAYDAH" (a.k.a. ABU ZUBEIDAH, Zeinulabideen Muhammed Husein; a.k.a. HUSAIN, Zain Al-Abidin Muhammad; a.k.a. HUSAYN, Zayn al-Abidin Muhammad; a.k.a. HUSSEIN, Zayn al-Abidin Muhammad; a.k.a. "ABU ZUBAIDA"), Guantanamo Bay detention center, Cuba; DOB 12 Mar 1971; POB Riyadh, Saudi Arabia; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 484824 (Egypt) issued 18 Jan 1984 (individual) [SDGT].

"ABU ZUBEYR" (a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. AW-MOHAMED, Ahmed Abdi;

a.k.a. "GODANE"; a.k.a. "GODANI"; a.k.a. "SHAYKH MUKHTAR"); DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Abu-'Abdullah Qardash" (a.k.a. AL-MAWLA, Amir Muhammad Sa'id Abdal-Rahman; a.k.a. AL-MAWLA, Muhammad Sa'id 'Abd-al-Rahman; a.k.a. AL-MULA, Amir Muhammad Sa'id 'Abd-al-Rahman Muhammad; a.k.a. SALBI, 'Abdul Amir Muhammad Sa'id; a.k.a. "Abdullah Qardash"; a.k.a. "Abu Ibrahim al-Hashimi al-Qurashi"; a.k.a. "Abu-'Umar al-Turkmani"; a.k.a. "al-Hajj Abdullah Qardash"; a.k.a. "Hajii Abdallah"; a.k.a. "Hajji Abdullah al-Afari"), Iraq; Syria; DOB 01 Oct 1976; alt. DOB 05 Oct 1976; POB Mosul, Iraq; alt. POB Tall 'Afar, Iraq; nationality Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"ABU-'ALI" (a.k.a. AL GAMAL, Saeed Ahmed Mohammed; a.k.a. AL-JAMAL, Sa'id Ahmad Muhammad; a.k.a. RAMI, Abu-Ahmad; a.k.a. SAEIDI, Ahmad; a.k.a. SA'IDI, Ahmad; a.k.a. "AHMAD, Abu"; a.k.a. "CAIHONG" (Chinese Simplified: 彩虹"); a.k.a. "HISHAM"; a.k.a. "KHRPI"), Iran; DOB 01 Jan 1979; alt. DOB 28 Jul 1978; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Digital Currency Address - USDT TLNRT524dzL5FF1nJHDhYEMFpeWjLjRbz1; alt. Digital Currency Address - USDT THh5woR8qfmDsNknQ3agPYzQSiRtMnKsTh; alt. Digital Currency Address - USDT TV5ZTpKDszLTF6XcMnPongS33pwBgF91by; alt. Digital Currency Address - USDT TTAHMdqoom4f2VTWniroPWQHcTRZ4caoH4; alt. Digital Currency Address - USDT TFFvv7NAWmbcVfA7QN81mMvUC25TWj1WJx; Passport 04716186 (Yemen); alt. Passport U63475649 (Iran) expires 24 Jun 2028; alt. Passport E49297849 (Iran) expires 24 Aug 2024 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"ABU-AL-KARKH', 'Yusuf" (a.k.a. SHAHLAEE, Abdul-Reza; a.k.a. SHAHLAI, Abdol Reza; a.k.a. SHAHLA'I, Abdolreza; a.k.a. SHAHLAI, 'Abdorreza; a.k.a. SHAHLAI, Abdul Reza; a.k.a.

SHALAI, 'Abd-al Reza; a.k.a. SHALA'I, Abdul Reza; a.k.a. "YASIR, Hajji"; a.k.a. "YUSEF, Hajj"; a.k.a. "YUSIF, Haji"; a.k.a. "YUSIF, Hajji"), Kermanshah, Iran; Mehran Military Base, Ilam Province, Iran; DOB circa 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRAQ3] [IRGC] [IFSR].

"ABU-'AMMAR" (a.k.a. AL HAMEEDAWI, Adnan Younus Jasim; a.k.a. AL-HAMIDAWI, Shaykh 'Adnan), Iraq; DOB 20 Nov 1976; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

"ABU-ANAS" (a.k.a. AL-GHANDOUR, Abu Anas; a.k.a. AL-GHANDUR, Ahmad Naji; a.k.a. GHANDOUR, Ahmad; a.k.a. GHANDOUR, Ahmed), Gaza, Palestinian; DOB 1967; POB Jaffa, Israel; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABUDUHAKE" (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 653225197110100533 (China) (individual) [SDGT].

"ABU-HABIB, Hasan" (a.k.a. AL-SHA'ARI, Hasan al-Salahayn Salih; a.k.a. AL-SHA'IRI, Husayn Al-Salihin Salih; a.k.a. "AL-LIBI, Abu-Habib"; a.k.a. "AL-SALIHIN, Habib"); DOB 01 Jan 1975 to 31 Dec 1975; POB Darna, Libya; citizen Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 542858 (Libya); Personal ID Card 55252 (Libya) (individual) [SDGT].

"ABU-HAJIR" (a.k.a. AL ASHQAR, Abdullah Jihad; a.k.a. AL MAQDISI, Abu al Muhtasib; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-

ASHQAR, Abdallah; a.k.a. AL-'ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, 'Abdallah Jihad Musa; a.k.a. AL-ASHQAR, Abdullah; a.k.a. AL-ASHQAR, Abdullah Jihad; a.k.a. AL-MAQDISI, Abu-al-Muhtasib; a.k.a. AL-TAWHID, Muhandes; a.k.a. AL-TAWHID, Muhandis; a.k.a. ASHKAR, Abdallah; a.k.a. "AL MUHTASIB, Abu"), Region: Gaza; DOB 1986; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU-JABAL" (a.k.a. SULEIMAN HAMAD AL-HABLAIN, Ibrahim; a.k.a. SULIMAN H. AL HBLIAN, Barahim; a.k.a. "ABU JABAL"); DOB 17 Dec 1984; POB Buraidah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F800691 (Saudi Arabia); Wanted by the Government of Saudi Arabia (individual) [SDGT].

"ABU-JULAYBIB" (a.k.a. AL-TOUBASI, Iyad; a.k.a. AL-TUBASI, Iyad; a.k.a. KHALIL, Ayyad Nazmi Salih; a.k.a. KHALIL, Eyad Nazmi Saleh; a.k.a. KHALIL, Iyad Nazmi Salih; a.k.a. "AL-DARDA', Abu"; a.k.a. "AL-URDUNI, Abu-Julaybib"), Syria; DOB 01 Jan 1974 to 31 Dec 1974; POB Syria; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 286062 (Jordan) issued 05 Apr 1999 expires 04 Apr 2004; alt. Passport 654781 (Jordan) issued 01 Jan 2008 to 31 Dec 2010 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"ABULAIL" (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BC166787 (Canada) (individual) [SDGT].

"ABU-MARYAM" (a.k.a. HASAN YUSUF, Ahmad; a.k.a. HASSAN NASIR AL ZUBAYDI, Sajjad),

Iran; DOB 17 Mar 1986; alt. DOB 07 Jan 1986; POB Sitra, Bahrain; alt. POB Baghdad, Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU-MUHAMMAD" (a.k.a. AL-KA'ABI, Shaykh Abu-Akram; a.k.a. AL-KA'ABI, Sheik Akram; a.k.a. AL-KA'BI, Akram Abas; a.k.a. AL-KABI, Akram 'Abbas; a.k.a. AL-KABI, Arkam 'Abbas; a.k.a. "'ALI, Abu"; a.k.a. "KARUMI"); DOB circa 1976; alt. DOB circa 1973; alt. DOB 17 Jul 1977; POB al 'Amarah, Iraq; alt. POB al Kalamiy, Iraq; alt. POB Baghdad, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRAQ3].

"ABU-RAYHANAH" (a.k.a. AL-RUMAYSH, Mu'tassim Yahya 'Ali; a.k.a. "AL-JEDDAWI, Abu-Rayhanah al-'Ansari"; a.k.a. "HANDALAH"; a.k.a. "RAYHANAH"); DOB 04 Jan 1973; POB Jeddah, Saudi Arabia; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01055336 (Yemen); Residency Number 2054275397 (Saudi Arabia) issued 22 Jul 1998 (individual) [SDGT].

"ABU-REZVAN" (a.k.a. AL-MANSOORI, Ali Hussein Falih; a.k.a. AL-MANSURI, 'Ali Husayn Falih; a.k.a. "REZVAN, Seyyed"; a.k.a. "REZWAN, Seyyed"), Iraq; DOB 15 Sep 1971; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: AL KHAMAEL MARITIME SERVICES).

"ABU-SALIM" (a.k.a. AL-'ATA, Baha' Abu; a.k.a. AL-'ATA, Baha' Salim Hasan Abu; a.k.a. AL-ATA, Baha'a Abu), Gaza, Palestinian; DOB 25 Nov 1977; citizen Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1806377 (Palestinian) (individual) [SDGT].

"ABU-SHAHID" (a.k.a. AL-DAHRAH, Ebrahim Mohammad Ghaleb; a.k.a. AL-KUHLANI, Hasan Ahmad Hasan Muhammad), Iran; DOB 1982 to 1984; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 06587863 (Yemen) expires 05 Jun 2028 (individual) [SDGT] (Linked To: ANSARALLAH).

"ABU-SHAIMA" (a.k.a. AL-MADANI, Abu Gharib; a.k.a. GHUL, Hassan; a.k.a. GUL, Hasan; a.k.a. GUL, Hassan; a.k.a. KHAN, Mustafa Hajji Muhammad; a.k.a. MAHMUD, Khalid; a.k.a. MUHAMMAD, Mustafa; a.k.a. SHAHJI, Ahmad; a.k.a. "ABU-SHAYMA"); DOB Aug 1977; alt. DOB Sep 1977; alt. DOB 1976; POB Madinah, Saudi Arabia; alt. POB Sangrar, Sindh Province, Pakistan; nationality Pakistan; alt. nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU-SHAYMA" (a.k.a. AL-MADANI, Abu Gharib; a.k.a. GHUL, Hassan; a.k.a. GUL, Hasan; a.k.a. GUL, Hassan; a.k.a. KHAN, Mustafa Hajji Muhammad; a.k.a. MAHMUD, Khalid; a.k.a. MUHAMMAD, Mustafa; a.k.a. SHAHJI, Ahmad; a.k.a. "ABU-SHAIMA"); DOB Aug 1977; alt. DOB Sep 1977; alt. DOB 1976; POB Madinah, Saudi Arabia; alt. POB Sangrar, Sindh Province, Pakistan; nationality Pakistan; alt. nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU-SHUAYB" (a.k.a. AHMAD, Aliazra Ra'ad; a.k.a. AL-BAYATI, Abdul Rahman Muhammad; a.k.a. AL-BAYATI, Tahir Muhammad Khalil Mustafa; a.k.a. AL-QADULI, Abd Al-Rahman Muhammad Mustafa; a.k.a. MUSTAFA, Umar Muhammad Khalil; a.k.a. SHAYKHLARI, 'Abd al-Rahman Muhammad Mustafa; a.k.a. "ABU ALA"; a.k.a. "ABU HASAN"; a.k.a. "ABU IMAN"; a.k.a. "ABU MUHAMMAD"; a.k.a. "ABU ZAYNA"; a.k.a. "HAJJI IMAN"); DOB 1959; alt. DOB 1957; POB Mosul, Ninawa Province, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ABU-SUMAYA" (a.k.a. DURGUTI, Safet); DOB 10 May 1967; POB Orahovac, Kosovo; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1144602 (Bosnia and Herzegovina); Bosnian Personal ID No. 1005967953038 (individual) [SDGT].

"Abu-'Umar al-Turkmani" (a.k.a. AL-MAWLA, Amir Muhammad Sa'id Abdal-Rahman; a.k.a. AL-MAWLA, Muhammad Sa'id 'Abd-al-Rahman; a.k.a. AL-MULA, Amir Muhammad Sa'id 'Abd-al-Rahman Muhammad; a.k.a. SALBI, 'Abdul Amir Muhammad Sa'id; a.k.a. "Abdullah Qardash"; a.k.a. "Abu Ibrahim al-Hashimi al-

Qurashi"; a.k.a. "Abu-'Abdullah Qardash"; a.k.a. "al-Hajj Abdullah Qardash"; a.k.a. "Hajii Abdallah"; a.k.a. "Hajji Abdullah al-Afari"), Iraq; Syria; DOB 01 Oct 1976; alt. DOB 05 Oct 1976; POB Mosul, Iraq; alt. POB Tall 'Afar, Iraq; nationality Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"ABU-'UMAR" (a.k.a. ABU MARZOOK, Mousa Mohammed; a.k.a. ABU-MARZUQ, Dr. Musa; a.k.a. ABU-MARZUQ, Sa'id; a.k.a. MARZOOK, Mousa Mohamed Abou; a.k.a. MARZOUK, Musa Abu; a.k.a. MARZUK, Musa Abu); DOB 09 Feb 1951; POB Gaza, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 92/664 (Egypt); SSN 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 (United States); Political Leader in Amman, Jordan and Damascus, Syria for HAMAS (individual) [SDGT].

"Abyrvaig" (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

"Abyrvalg" (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

"ACADEMY FOR SECURITY INSTRUCTION S.A.S." (a.k.a. INTERNATIONAL SERVICES AGENCY S.A.S.; a.k.a. "A4SI"), Avenida Carrera 19 No. 97-31 Of. 603, Bogota, Colombia; Website https://a4si.com.co; NIT # 9010625922 (Colombia); Matricula Mercantil No 02792522 (Colombia) [SUDAN-EO14098].

"ACESCOM" (a.k.a. KRASNOV, Nikita Vladimirovich), Berezovoy Roshchi Proezd, 10, AP. 144, Moscow 125252, Russia; DOB 13 Jan 1996; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 710280633 (Russia) expires 09 Apr 2020 (individual) [RUSSIA-EO14024].

"ACHB, PK" (a.k.a. ABSOLUTE CHAMPIONSHIP AKHMAT; a.k.a. PROMOUTERSKAYA KOMPANIYA ABSOLYUTNY CHEMPIONAT BERKUTA OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU), d. 64 etazh 3 ofis 1, ul. Im Gairbekova Muslima Gairbekovicha, Grozny, Chechenskaya Resp. 364903, Russia; Tax ID No. 2013800375 (Russia); Registration Number 1142036002976 (Russia) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

"ACHILLE" (a.k.a. IBRAHIM, Frere Petrus; a.k.a. MUJYAMBERE, Leopold; a.k.a. "MUSENYERI"), Mwenga, South Kivu Province, Congo, Democratic Republic of the; DOB 17 Mar 1962; alt. DOB 1966; POB Kigali, Rwanda; citizen Rwanda; Colonel; Commander, FDLR CO 2nd Division (individual) [DRCONGO].

"ACOSTA, Jonathan" (a.k.a. SAYYED, Sadiq Abbas Habib; a.k.a. "SHARMA, Rakesh"), India; DOB 08 Dec 1985; POB India; nationality India; citizen India; Gender Male; Digital Currency Address - TRX TDFtJtyLPgN3oWUoHh23oJox3T5V5nR11K (individual) [ILLICIT-DRUGS-EO14059].

"ACS LOGISTICS" (a.k.a. AIRCRAFT COMPONENTS LOGISTICS LTD; a.k.a. "LIMITED LIABILITY COMPANY AVIATION COMPONENTS LOGISTICS"), Ul. Vesny, D. 34, Pomeshch. 128, Krasnoyarsk 660077, Russia; 24 Vodopyanova St., Office 2, Krasnoyarsk 660098, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2465288353 (Russia); Registration Number 1132468013776 (Russia) [RUSSIA-EO14024].

"ACUTA" (Cyrillic: **"АКУТА"**) (a.k.a. CJSC AKUTA; a.k.a. CLOSED JOINT STOCK COMPANY AKUTA (Cyrillic: ЗАКРЫТОЕ АКЦОНЕРНОЕ ОБЩЕСТВО АКУТА); a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO AKUTA; a.k.a. ZAO AKUTA (Cyrillic: ЗАО АКУТА)), Ul. Pionerskaya D. 44, Saint Petersburg 197110, Russia; Website www.acuta.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Sep 2008; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7813426574 (Russia); Registration Number 1089847377586 (Russia) [RUSSIA-EO14024].

"Adam Abu Darrar AL-SHISHANI" (a.k.a. GUZUN, Andrei; a.k.a. KHAMIRZAEV, Adam; a.k.a. OLIFERCHIK, Adam Islamovych), Turkey; Potsdam, Germany; DOB 15 Dec 1985; POB Troitskaya, Russia; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"ADAM, Maulawi" (a.k.a. ACHEKZAI, Maulawi Adam Khan; a.k.a. KHAN, Maulawi Adam; a.k.a. "ADAM, Molawi"), Chaman, Balochistan Province, Pakistan; DOB 1972; alt. DOB 1970; alt. DOB 1971; alt. DOB 1973; alt. DOB 1974; alt. DOB 1975; POB Qandahar, Afghanistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ADAM, Molawi" (a.k.a. ACHEKZAI, Maulawi Adam Khan; a.k.a. KHAN, Maulawi Adam; a.k.a. "ADAM, Maulawi"), Chaman, Balochistan Province, Pakistan; DOB 1972; alt. DOB 1970; alt. DOB 1971; alt. DOB 1973; alt. DOB 1974; alt. DOB 1975; POB Qandahar, Afghanistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ADDE, Dhega" (a.k.a. MOHAMED, Abdullahi Osman; a.k.a. "ISMAIL, Engineer"; a.k.a. "OSMAN, Abdullahi"), Baraawe, Somalia; Jilib, Middle Juba Region, Somalia; DOB 1984; POB Mogadishu, Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ADDITIVE SOLUTIONS" (Cyrillic: **"АДДИТИВНЫЕ РЕШЕНИЯ"**) (a.k.a. LLC TITAN-AVANGARD (Cyrillic: ООО ТИТАН-АВАНГАРД); a.k.a. "ADDSOL"), Kotlyakovskaya Street, Building 3, Structure 1, Floor 1, Moscow, Moscow Region 115201, Russia; 2nd Kotlyakovsky Lane, 18, Moscow

115201, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6685127341 (Russia); Registration Number 1176658015412 (Russia) [RUSSIA-EO14024].

"ADDSOL" (a.k.a. LLC TITAN-AVANGARD (Cyrillic: ООО ТИТАН-АВАНГАРД); a.k.a. "ADDITIVE SOLUTIONS" (Cyrillic: "АДДИТИВНЫЕ РЕШЕНИЯ")), Kotlyakovskaya Street, Building 3, Structure 1, Floor 1, Moscow, Moscow Region 115201, Russia; 2nd Kotlyakovsky Lane, 18, Moscow 115201, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6685127341 (Russia); Registration Number 1176658015412 (Russia) [RUSSIA-EO14024].

"ADE, Gees" (a.k.a. NUROW, Yusuf Ahmed Hajji; a.k.a. "FOOTADE, Abdurrahman"), Qunyo Barrow, Middle Juba, Somalia; DOB 1979; alt. DOB 1980; alt. DOB 1981; alt. DOB 1982; POB Kobon, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"ADEL ABDUH FAREA'A" (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

"ADEL" (a.k.a. DJERMANE, Kamel; a.k.a. "BILAL"; a.k.a. "FODHIL"); DOB 1965; POB Oum el Bouaghi, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ADEN, Ahmed" (a.k.a. 'ISA, Abd-al-Rahman Fahiye; a.k.a. ISSE MOHAMUD, Abdirahman Fahiye; a.k.a. "AL-SHARQAWI, Shaykh Abu-Mus'ab"; a.k.a. "FAHIYE, Abdirahman"), Somalia; DOB 1985; POB Bosaso, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"ADF" (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS; a.k.a. FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF/NALU"; a.k.a. "ISIS-DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [DRCONGO].

"ADF/NALU" (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS; a.k.a. FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF"; a.k.a. "ISIS-DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 [FTO] [SDGT] [DRCONGO].

"ADHERENTS TO THE TRADITIONS AND THE COMMUNITY" (a.k.a. AHL AL-SUNNA WA AL-JAMAA; a.k.a. AL-SHABAAB IN MOZAMBIQUE; a.k.a. ANSAAR KALIMAT ALLAH; a.k.a. ANSAR AL-SUNNA; a.k.a. ISLAMIC STATE - MOZAMBIQUE; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. "HELPERS OF TRADITION"; a.k.a. "ISIS-MOZAMBIQUE"; a.k.a. "SUPPORTERS OF THE WORD OF ALLAH"), Cabo Delgado Province, Mozambique; Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"ADIL ABD FARI" (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

"ADIL ABDAH FARI" (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-

Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

"'ADIL 'ABDIH FAR'A" (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

"ADIL ABDU FAAREA" (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

"ADIL ABDU FAARI'A" (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

"ADIL ABDU FAREA" (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

"ADIL ABDU FARIA" (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil

Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

"ADOLFO PAZ" (a.k.a. MURILLO BEJARANO, Diego Fernando; a.k.a. "DON BERNA"); DOB 23 Feb 1961; Cedula No. 16357144 (Colombia) (individual) [SDNTK].

"ADVANCED SECURITY SOLUTIONS" (a.k.a. ADVANCE SECURITY SOLUTIONS), R-311-315, Jumeirah Living Marina Gate 3, P.O. Box 121828, Dubai, United Arab Emirates; Tashkent, Uzbekistan; Website advance-sec.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 2025; Organization Type: Computer programming activities [CAATSA - RUSSIA] [CYBER4] (Linked To: MAMASHOYEV, Azizjon Makhmudovich).

"ADVANCED TECHNOLOGIES COMPANY" (a.k.a. ADVANCED TECHNOLOGIES COMPANY OF IRAN; f.k.a. GHANI SAZI ENRICHMENT; a.k.a. IRAN ADVANCED TECHNOLOGIES COMPANY; f.k.a. IRAN URANIUM ENRICHMENT COMPANY; f.k.a. IRANIAN ENRICHMENT COMPANY; a.k.a. "ADVANCED TECHNOLOGIES"; a.k.a. "ADVANCED TECHNOLOGIES HOLDING COMPANY"; a.k.a. "IATC"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103378982 (Iran); Registration Number 299780 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"ADVANCED TECHNOLOGIES HOLDING COMPANY" (a.k.a. ADVANCED TECHNOLOGIES COMPANY OF IRAN; f.k.a. GHANI SAZI ENRICHMENT; a.k.a. IRAN ADVANCED TECHNOLOGIES COMPANY; f.k.a. IRAN URANIUM ENRICHMENT COMPANY; f.k.a. IRANIAN ENRICHMENT COMPANY; a.k.a. "ADVANCED TECHNOLOGIES"; a.k.a. "ADVANCED TECHNOLOGIES COMPANY"; a.k.a. "IATC"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103378982 (Iran); Registration Number 299780 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"ADVANCED TECHNOLOGIES" (a.k.a. ADVANCED TECHNOLOGIES COMPANY OF IRAN; f.k.a. GHANI SAZI ENRICHMENT; a.k.a. IRAN ADVANCED TECHNOLOGIES COMPANY; f.k.a. IRAN URANIUM ENRICHMENT COMPANY; f.k.a. IRANIAN ENRICHMENT COMPANY; a.k.a. "ADVANCED TECHNOLOGIES COMPANY"; a.k.a. "ADVANCED TECHNOLOGIES HOLDING COMPANY"; a.k.a. "IATC"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103378982 (Iran); Registration Number 299780 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"AEDON" (a.k.a. ALEXANDER ELECTRIC DON), Druzhinnikov, 5B, / Druzhinnikov 1, Voronezh 394026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3662055600 (Russia); Registration Number 1023601580045 (Russia) [RUSSIA-EO14024].

"AEIEP" (a.k.a. ALEXANDER ELECTRIC POWER SUPPLIES), Ul. Shchepkina D. 25/20, Kom. 14, Moscow 129090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7702231308 (Russia); Registration Number 1027700115574 (Russia) [RUSSIA-EO14024].

"AEISA" (a.k.a. AERO EXPRESS INTERCONTINENTAL S.A. DE C.V.; a.k.a. "INTEREXPRESS"), Oriente 158 No. 390-E, Colonia Moctezuma, Segunda Seccion, Delegacion Venustiano Carranza, Mexico City, Distrito Federal, Mexico; Avenida Ruben Dario, Albrook Comercial Park, Deposito No. 20, Bella Vista, Distrito de Panama, Panama; R.F.C. AIN-000713-GR7 (Mexico) [SDNTK].

"AEIT" (a.k.a. ADVANCE ELECTRICAL AND INDUSTRIAL TECHNOLOGIES SL; a.k.a. CLEAR TRADE LINK SL), Passeig Verdauguer, 120, Igualada (Barcelona) 08700, Spain; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"AEOI" (a.k.a. ATOMIC ENERGY ORGANIZATION OF IRAN), North Kargar Street, P.O. Box 14155-1339, Tehran, Iran; Website http://www.aeoi.org.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR].

"AEROKON, OOO" (Cyrillic: "ООО АЭРОКОН") (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NPK AEROKON (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НПК АЭРОКОН); a.k.a. OOO NPK AEROKON (Cyrillic: ООО НПК АЭРОКОН)), ul. Tsentralnaya, D. 18, Chernyshevka, Republic of Tatarstan 422710, Russia (Cyrillic: УЛ. ЦЕНТРАЛЬНАЯ, Д.18, Чернышевка, Республика Татарстан 422710, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Dec 2022; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 1657007195 (Russia); Government Gazette Number 27858018 (Russia); Business Registration Number 1021603148830 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY IZHEVSK ELECTROMECHANICAL PLANT KUPOL).

"AESC LLC" (a.k.a. LIMITED LIABILITY COMPANY AVIATION ENGINEERING AND SERVICES COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНЖЕНЕРНО АВИАЦИОННЫЙ СЕРВИСНЫЙ ЦЕНТР)), D. 19 Str. 7, Shosse Zavodskoe, Moscow 119027, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733339365 (Russia); Registration Number 1197746260480 (Russia) [RUSSIA-EO14024].

"AFADEY" (a.k.a. ATTO, Abdullah; a.k.a. BUR, Abdullah; a.k.a. ISSA, Issa Osman; a.k.a. "MUSSE"; a.k.a. "SUDANI, Abdala"); DOB 1973; POB Malindi, Kenya; nationality Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AFC" (a.k.a. ALLIANCE FLEUVE CONGO; a.k.a. CONGO RIVER ALLIANCE), Congo, Democratic Republic of the; Website https://alliancefleuvecongo.org; Email Address alliancefleuvecongo@gmail.com; Organization Established Date 15 Dec 2023 [DRCONGO].

"AFGS" (a.k.a. ARMED FORCES GENERAL STAFF; a.k.a. GENERAL STAFF OF IRANIAN ARMED FORCES), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13876].

"AFRIC" (a.k.a. ASSOCIATION FOR FREE RESEARCH AND INTERNATIONAL COOPERATION), Russia; Email Address Africonline@protonmail.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Digital Currency Address - ZEC t1MMXtBrSp1XG38Lx9cePcNUCJj5vdWfUWL; Digital Currency Address - DASH XyARKoupuArYtToA2S6yMdnoquDCDaBsaT [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

"AGI" (a.k.a. ASCENT GENERAL INSURANCE COMPANY), AGI, Independence Ave, P1520, Victoria, Mahe, Seychelles; 23/180 Sailord Paknam, Samut Prakan 10270, Thailand; Level 40, Sintex Tower Three, 8 Twmasek Boulevard, 038988, Singapore; Website ascentgeneralinsurance.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Financial and Insurance Activities [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

"AGRICOLA RUELAS", SOCIEDAD DE PRODUCCION RURAL DE RESPONSABILIDAD ILIMITADA (a.k.a. AGRICOLA RUELAS, S.P.R. DE R.I.), Av. Victor C Miranda SN, Genaro Estrada Poste 112, Sinaloa, Sinaloa C.P. 81960, Mexico; Poblado Genaro Estrada, Municipio de Sinaloa, Sinaloa, Mexico; R.F.C. ARU010206T27 (Mexico); National ID No. 25RQ00000933 (Mexico); Folio Mercantil No. C 4892138 (Mexico) [SDNTK].

"AGROPERLA" (a.k.a. AGROPECUARIA LA PERLA LTDA.), Calle 18 Norte, No. 3N-24, Oficina 602, Cali, Colombia; NIT # 8002113865 (Colombia) [SDNTK].

"AGUAYO SALAS, Adrian" (a.k.a. AGUAYO, Adrian; a.k.a. "LA ROBERTA"; a.k.a. "ROBERTA"), Chihuahua, Mexico; DOB 29 Jul 1980; POB Chihuahua, Mexico; nationality Mexico; Gender Male; C.U.R.P. AUXA800729HCHGXD02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"AGUILAS" (a.k.a. LOS CHONEROS; a.k.a. "FATALES"; a.k.a. "THE CHONEROS"), Ecuador; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

"AGUS SALIM" (a.k.a. IDA, Laode; a.k.a. KHAN, Mohd Shahwal; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUBAROK, Muhamad; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "ABU SETA"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AH BANG" (a.k.a. HLA, Aung; a.k.a. "AH PANG"; a.k.a. "HLA AUNG"), c/o YANGON AIRWAYS COMPANY LIMITED, Rangoon, Burma; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7, Corner of Inya Road & Oo Yin Street, Ward. 10, Kamayut, Yangon, Burma; Passport 706634 (Burma); alt. Passport 497797 (Burma) (individual) [SDNTK].

"AH CHOU" (a.k.a. SAMSAENG, Suthep; a.k.a. SUTHEP, Samsaeng; a.k.a. WEI, Ta Chou; a.k.a. "AH JOE"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 409/4 Soi Wachirathamsathih 34, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; DOB 12 May 1971; Passport E382464 (Thailand) expires Jan 2007; National ID No. 3100905657113 (Thailand) expires May 2006 (individual) [SDNTK].

"AH HAN" (a.k.a. AKIRAPHOKIN, Thit; a.k.a. SUTHIT, Samsaeng; a.k.a. THIT, Akiraphokin; a.k.a. WEI, Ta Han), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 88/2 Soi Klong Nam Kaew, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; Burma; DOB 03 Mar 1972; Passport K491821 (Thailand); National ID No. 310095657121 (Thailand) (individual) [SDNTK].

"AH JOE" (a.k.a. SAMSAENG, Suthep; a.k.a. SUTHEP, Samsaeng; a.k.a. WEI, Ta Chou; a.k.a. "AH CHOU"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 409/4 Soi Wachirathamsathih 34, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; DOB 12 May 1971; Passport E382464 (Thailand) expires Jan 2007; National ID No. 3100905657113 (Thailand) expires May 2006 (individual) [SDNTK].

"AH LI KO" (a.k.a. BOONTHAWEE, Sae Jang; a.k.a. BUNTHAWEE, Sae Chang; a.k.a. BUNTHAWEE, Sae Jang; a.k.a. LI, Cheng Yu; a.k.a. "LI CHENG YU"), Shan, Burma; 199/132, Mu 8, Tambon Non Jom, Amphur San Sai, Chiang Mai, Thailand; 725, Mu 10, Tambon Nong Bua, Amphur Chaiprakan, Chiang Mai, Thailand; DOB 06 Jun 1961; Passport X638456 (Thailand); National ID No. 5502100007251 (Thailand) (individual) [SDNTK].

"AH PANG" (a.k.a. HLA, Aung; a.k.a. "AH BANG"; a.k.a. "HLA AUNG"), c/o YANGON AIRWAYS COMPANY LIMITED, Rangoon, Burma; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7, Corner of Inya Road & Oo Yin Street, Ward. 10, Kamayut, Yangon, Burma; Passport 706634 (Burma); alt. Passport 497797 (Burma) (individual) [SDNTK].

"AH SAN" (a.k.a. KUAI NUENG, Sae Chang; a.k.a. SHIH, Kuo Neng; a.k.a. "SHI KWAN NEINK"; a.k.a. "SHIH KUO NENG"), Tachilek, Shan, Burma; DOB 1964 (individual) [SDNTK].

"AH SUNG" (a.k.a. CHANG, Chin Sung; a.k.a. KLUAI YUAI, Choi Luang), Shan State, Burma; 57/2 , Mu 4, Tambon Pa Pae, Amphur Mae Taeng, Chiang Mai, Thailand; DOB 20 Dec 1959; National ID No. 3550700628151 (Thailand) (individual) [SDNTK].

"AHMAD, Abu Usama" (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

"AHMAD, Abu" (a.k.a. AL GAMAL, Saeed Ahmed Mohammed; a.k.a. AL-JAMAL, Sa'id Ahmad Muhammad; a.k.a. RAMI, Abu-Ahmad; a.k.a. SAEIDI, Ahmad; a.k.a. SA'IDI, Ahmad; a.k.a. "ABU-'ALI"; a.k.a. "CAIHONG" (Chinese Simplified: "彩虹"); a.k.a. "HISHAM"; a.k.a. "KHRPI"), Iran; DOB 01 Jan 1979; alt. DOB 28 Jul 1978; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Digital Currency Address - USDT TLNRT524dzL5FF1nJHDhYEMFpeWjLjRbz1; alt. Digital Currency Address - USDT THh5woR8qfmDsNknQ3agPYzQSiRtMnKsTh; alt. Digital Currency Address - USDT TV5ZTpKDszLTF6XcMnPongS33pwBgF91by; alt. Digital Currency Address - USDT TTAHMdqoom4f2VTWniroPWQHcTRZ4caoH4; alt. Digital Currency Address - USDT TFFvv7NAWmbcVfA7QN81mMvUC25TWj1WJx; Passport 04716186 (Yemen); alt. Passport U63475649 (Iran) expires 24 Jun 2028; alt. Passport E49297849 (Iran) expires 24 Aug 2024 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"AHMAD, Hajji" (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

"AHMED BEHZA" (a.k.a. BAHZAD, Ahmad Abdullah Mohamed Abdullah; a.k.a. BEHZAD BSTAKI, Ahmad Abdullah Mohammed Abdullah; a.k.a. BEHZAD, Abdulla Mohd

Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohammad A; a.k.a. BEHZAD, Ahmad Abdulla Mohammad Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmed Abdullah; a.k.a. "ABDULLA MOHAMAD ABDULLA MOHAMAD BEHZAD"; a.k.a. "ABDULLAH AHMAD ABDULLAH MOHAMAD BAHZAD"; a.k.a. "ABDULLAH MOHAMMED ABDULLAH BAHZAD"; a.k.a. "AHMED MOHAMMED ABDULLAH"; a.k.a. "MOHAMMED ABDULLAH MOHAMMED BAHZAD"), c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; DOB 02 Nov 1971; POB Dubai, United Arab Emirates; citizen United Arab Emirates; Passport A1042768 (United Arab Emirates); alt. Passport A0269124 (United Arab Emirates) (individual) [SDNTK].

"AHMED HAMED" (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED THE EGYPTIAN"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AHMED MOHAMMED ABDULLAH" (a.k.a. BAHZAD, Ahmad Abdullah Mohamed Abdullah; a.k.a. BEHZAD BSTAKI, Ahmad Abdullah Mohammed Abdullah; a.k.a. BEHZAD, Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohammad A; a.k.a. BEHZAD, Ahmad Abdulla Mohammad Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmed Abdullah; a.k.a. "ABDULLA MOHAMAD ABDULLA MOHAMAD BEHZAD"; a.k.a. "ABDULLAH AHMAD ABDULLAH MOHAMAD BAHZAD"; a.k.a. "ABDULLAH MOHAMMED ABDULLAH BAHZAD"; a.k.a. "AHMED BEHZA"; a.k.a. "MOHAMMED ABDULLAH MOHAMMED BAHZAD"), c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; DOB 02 Nov 1971; POB Dubai, United Arab Emirates; citizen United Arab Emirates;

Passport A1042768 (United Arab Emirates); alt. Passport A0269124 (United Arab Emirates) (individual) [SDNTK].

"AHMED THE EGYPTIAN" (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED HAMED"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AHMED, A." (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AHMED, DR." (a.k.a. DOCKRAT, Junaid; a.k.a. DOCKRAT, Junaid Ismail; a.k.a. DOCRATE, Junaid; a.k.a. "DOCKRAT, J. I."), Johannesburg, South Africa; 71 Fifth Avenue, Mayfair 2108, South Africa; P.O. Box 42928, Fordsburg 2033, South Africa; DOB 16 Mar 1971; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 7103165178083 (South Africa) (individual) [SDGT].

"AHMED, Obaid" (a.k.a. KHANANI, Obaid Altaf), Apt 411 and 412, Juma Al Majid Bldg, Tower B, Al Nadha, Sharjah, United Arab Emirates; 107 Kings Road, Old Trafford, Manchester, Lancashire M16 9WY, United Kingdom; DOB 20 Jul 1987; POB Karachi, Pakistan; Passport BF4108623 (Pakistan) (individual) [TCO]

(Linked To: KAY ZONE GENERAL TRADING LLC; Linked To: LANDTEK DEVELOPERS; Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION; Linked To: AL ZAROONI EXCHANGE).

"AICT" (a.k.a. ADVANCED INFORMATION AND COMMUNICATION TECHNOLOGY CENTER; a.k.a. ADVANCED INFORMATION AND COMMUNICATION TECHNOLOGY RESEARCH INSTITUTE; a.k.a. AICTC), No. 5, Golestan Alley, Shahid Ghasemi St., Sharif University of Technology, Tehran, Iran; Website www.aictc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"AIG - ARMAMENT INDUSTRIES GROUP" (a.k.a. ARMAMENT INDUSTRIES GROUP), Pasdaran Ave., P.O. Box 19585/777, Tehran, Iran; Sepah Islam Road, Karaj Special Road Km 10, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"AIK HAW" (a.k.a. HAW, Aik; a.k.a. HEIN, Aung; a.k.a. HO, Chun Ting; a.k.a. HO, Chung Ting; a.k.a. HO, Hsiao; a.k.a. HOE, Aik; a.k.a. TE, Ho Chun; a.k.a. TIEN, Ho Chun; a.k.a. WIN, Aung; a.k.a. "HO CHUN TING"; a.k.a. "HO, Aik"; a.k.a. "HSIO HO"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7 Oo Yim Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma); National ID No. 029430 (Burma); alt. National ID No. 176089 (Burma); alt. National ID No. 272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

"AINAYATURAHMAN" (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

"AIO" (a.k.a. AEROSPACE INDUSTRIES ORGANIZATION; a.k.a. SAZMANE SANAYE HAVA FAZA), Langare Street, Nobonyad Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

"AIRCRAFT MAINTENANCE CENTER FZC" (a.k.a. AMC SERVICE FZC; a.k.a. AMC SERVICE FZE), Q3 95, Block Q3 Street G Floor, Al Ruqa Al Hamra, Sharjah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 10646 (United Arab Emirates); alt. License 4898 (United Arab Emirates); Economic Register Number (CBLS) 11613307 (United Arab Emirates); alt. Economic Register Number (CBLS) 11613308 (United Arab Emirates) [RUSSIA-EO14024].

"AISYAH, Abu" (a.k.a. NAIM, Bahrun; a.k.a. TAMTOMO, Anggih; a.k.a. TAMTOMO, Muhammad Bahrun Naim Anggih; a.k.a. "RAYAN, Abu"; a.k.a. "RAYYAN, Abu"), Aleppo, Syria; Raqqa, Syria; DOB 06 Sep 1983; POB Surakarta, Indonesia; alt. POB Pekalongan, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AIT" (a.k.a. ATBIN ISTA TECHNICAL AND ENGINEERING COMPANY (Arabic: شرکت فنی و مهندسی آتبین ایستا); a.k.a. ATBIN ISTA TECHNICAL COMPANY), Ground Floor, Lot 0, 1 Talash Street, Main Street, Eyvanki District, Garmsar County, Semnan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Aug 2007; National ID No. 10860022615 (Iran); Registration Number 1673 (Iran) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

"AJA, Chuei" (Japanese: "アジャ忠叡") (a.k.a. GOTO, Tadamasa (Japanese: 後藤忠正; Japanese: 後藤忠政); a.k.a. GOTOU, Chyuei; a.k.a. "CHUEI" (Japanese: "忠叡"); a.k.a. "OKNHA, Chuei"), Cambodia; DOB 16 Sep 1942; POB Tokyo, Japan; citizen Cambodia (individual) [TCO] (Linked To: YAKUZA).

"AJNAD" (a.k.a. DAESH TUNISIA; a.k.a. ISIS-TUNISIA; a.k.a. ISIS-TUNISIA PROVINCE; a.k.a. JUND AL-KHILAFAH FI TUNIS; a.k.a. JUND AL-KHILAFAH IN TUNISIA; a.k.a. SOLDIERS OF THE CALIPHATE IN TUNISIA; a.k.a. TALA I JUND AL-KHILAFAH; a.k.a. "JUND AL KHILAFAH"; a.k.a. "JUND AL-KHILAFA"; a.k.a. "SOLDIERS OF THE CALIPHATE"; a.k.a. "VANGUARDS OF THE SOLDIERS OF THE CALIPHATE"), Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"AKBARI, Ali" (a.k.a. AKBARI, Mohammadreza Ali; a.k.a. ALIAKBARI, Mohammad Reza Abbas; a.k.a. ALI-AKBARI, Mohammadreza); DOB 31 Oct 1967; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 21795618 (individual) [SDGT] (Linked To: QASEMI, Rostam).

"AKHK" (a.k.a. ALEKSINSKII KHIMICHESKII KOMBINAT; a.k.a. ALEKSINSKY CHEMICAL COMBINE; a.k.a. ALEKSINSKY CHEMICAL PLANT), pl. Pobedy D. 21, Aleksin 301361, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7111003056 (Russia); Registration Number 1027100507510 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"AKHLAQ, Abu Ahmad" (a.k.a. AL-HASRI, Bassam Ahmad; a.k.a. HUSARI, Bassam Ahmad; a.k.a. "AL-SHAMI, Abu Ahmad"), Syria; DOB 01 Jan 1971 to 31 Dec 1971; alt. DOB 01 Jan 1969; POB Qalamun, Damascus Province, Syria; alt. POB Ghutah, Damascus Province, Syria; alt. POB Tadamon, Rif Dimashq, Syria; nationality Syria; alt. nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"Akhmed Odnorukiy" (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAYEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"Akhmed the One-Armed" (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAYEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 96001331958 (Russia) (individual)

[SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AKHTAR AND SONS" (a.k.a. AKHTAR AND SONS PRIVATE LIMITED; a.k.a. AKHTAR AND SONS PVT LTD.), 10th Floor Emerald Tower, Main Clifton Road, Karachi 74000, Pakistan; Office # 1003, 10th Floor, Emerald Tower, G-19, Block 5, Do Talwar, Main Clifton Road, South Saddar Town, Karachi, Pakistan; 10th Floor, Emerald Tower, Main Clifton Road, Karachi 75600, Pakistan; Organization Established Date 09 Nov 1995; Tax ID No. 0686371 (Pakistan) [NPWMD].

"AKRAM, Abu" (a.k.a. SALAH, Maher Jawad Younes; a.k.a. SALAH, Maher Jawad Yunes; a.k.a. SALAH, Maher Jawad Yunis; a.k.a. SALAH, Mahir Jawad Yunis; a.k.a. SALAH, Mahir Jawwad Yunis; a.k.a. SALAH, Mahir Yunus; a.k.a. "AREF, Abu"; a.k.a. "ARIF, Abu"; a.k.a. "SALAH, Mahir"; a.k.a. "SHACKER, Abu"), Saudi Arabia; DOB 22 Oct 1957; nationality United Kingdom; alt. nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 012855897 (United Kingdom); alt. Passport D126889 (Jordan); National ID No. 9571015241 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

"AKRAM, Mohammed" (a.k.a. WARAICH, Choudry Ikram; a.k.a. WARAICH, Ikram; a.k.a. WARAICH, Iqbal; a.k.a. WARRAICH, Ullah; a.k.a. WARRICH, Akram), Dubai, United Arab Emirates; DOB 01 Jan 1985; POB Gujrat, Pakistan; nationality Pakistan; citizen Pakistan; Passport CD1328422 (Pakistan) (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

"AKSIOMA" (a.k.a. AKSIOMA LIMITED LIABILITY COMPANY; a.k.a. "LLC AXIOM"), Ul. Entuziastov 1-YA D. 12, Chast Kom #15, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 May 2017; Tax ID No. 7720380736 (Russia); Registration Number 1177746461012 (Russia) [RUSSIA-EO14024].

"AKTEKH" (a.k.a. AKKUMULYATORNYE TEKHNOLOGII), Ul. Mozhaiskogo D.4, Office 15, Irkutsk 664009, Russia; Ul. Promuchastok D.1, Svirsk 665420, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3811146750 (Russia); Registration Number 1113850010185 (Russia) [RUSSIA-EO14024].

"AKTSIONERNOE OBSHCHESTVO EKA" (a.k.a. ECOLOGY COSMONAUTICS AVIATION (Cyrillic: ЭКОЛОГИЯ КОСМОНАВТИКА АВИАЦИЯ); a.k.a. JOINT STOCK COMPANY EKA; a.k.a. "AO EKA"), D. 1/4 Pionerskaya, Korolev 141090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5054002290 (Russia); Registration Number 1025002036730 (Russia) [RUSSIA-EO14024].

"AKTSIONERNOE OBSHCHESTVO RIF" (a.k.a. JOINT STOCK COMPANY RIF), Ul. 13 Ya Liniya D.93, Rostov Na Donu 344019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6167003345 (Russia); Registration Number 1026104149829 (Russia) [RUSSIA-EO14024].

"AKVA SOLID" (a.k.a. OBSHSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AQUA SOLID (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АКВА СОЛИД); a.k.a. OOO AQUA SOLID (Cyrillic: ООО АКВА СОЛИД)), d. 12 str. 1 pom. IV, kom. 9, ul. Rochdelskaya, Moscow 123022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 May 2013; Tax ID No. 7703789367 (Russia); Registration Number 1137746403563 (Russia) [RUSSIA-EO14024] (Linked To: CHAYKA, Igor Yuryevich).

"AL ABU SYEKH AL ZACKY" (a.k.a. ARSALAN, Mike; a.k.a. BIN ZEIN, Hisyam; a.k.a. JAFAR, Anis Alawi; a.k.a. KECIL, Umar; a.k.a. PATEK, Omar; a.k.a. PATEK, Umar; a.k.a. "PAK TAEK"; a.k.a. "PA'TEK"; a.k.a. "UMANGIS MIKE"); DOB 20 Jul 1966; POB Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL ALMANI, Abu Talhah" (a.k.a. AL-ALMANI, Abu Talha; a.k.a. CUSPERT, Denis; a.k.a. CUSPERT, Denis Mamadou; a.k.a. DOGG, Deso; a.k.a. "AL-MUJAHEED, Abu Maleeq"; a.k.a. "MALEEQ, Abou"; a.k.a. "MALIK, Abu"; a.k.a. "MALIQ, Abu"; a.k.a. "MAMADOU, Abu"; a.k.a. "TALHA THE GERMAN, Abu"), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL AMANA S.A.R.L." (a.k.a. AMANA FOR HYDROCARBONS; a.k.a. AMANA FUEL CO.), Lebanon; Al Ghubairah, Lebanon; Airport Road, Ayn Diblah Junction, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2005606 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

"AL AUSTRALI, Abu Sulayman" (a.k.a. ABDEL HAMID, Mostafa Mohamed; a.k.a. FARAG, Mostafa; a.k.a. FARAG, Mostafa Mohamed; a.k.a. MAHAMED, Mostafa; a.k.a. "AL MUHAJIR, Abu Sulayman"; a.k.a. "AL USTRALI, Abu Sulayman"; a.k.a. "AL-MASRI, Abu Sulayman"); DOB 14 Feb 1984; POB Port Said, Egypt; nationality Australia; alt. nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M1898709 (Australia) expires 11 Oct 2012; Driver's License No. 13652517 (Australia) expires 19 Apr 2014 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"AL BRITANI, Abu Rumaysah" (a.k.a. DHAR, Siddartha; a.k.a. DHAR, Siddhartha; a.k.a. "DHAR, Abu"; a.k.a. "ISLAM, Saiful"; a.k.a. "RUMAYSAH, Abu"; a.k.a. "SID, Jihadi"), Syria; Iraq; DOB 24 Jun 1983; POB Edmonton, London, United Kingdom; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL DJAZAIRI, Abou Bakr" (a.k.a. BOULGHIT, Boubakeur; a.k.a. BOULGHITI, Boubekeur; a.k.a. "AL-JAZAR, Yasir"; a.k.a. "AL-JAZIRI, Abou Yasser"; a.k.a. "AL-JAZIRI, Abu Bakr"; a.k.a. "EL DJAZAIRI, Abou Yasser"), Peshawar, Pakistan; DOB 13 Feb 1970; POB Rouiba, Algiers, Algeria; nationality Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL HAK, Al Haj Abd" (a.k.a. AL MABROOK, Muftah; a.k.a. AL-FATHALI, Al-Mabruk; a.k.a. AL-FATHALI, Al-Mabruk Muftah Muhammad; a.k.a. EL MABRUK, Muftah; a.k.a. EL MOBRUK, Maftah; a.k.a. ELMABRUK, Maftah Mohamed; a.k.a. ELMABRUK, Mustah; a.k.a. MAFTAH, Elmobruk; a.k.a. "AL HAQQ, Al Hajj Abd"; a.k.a. "AL-HAQ, Haj 'Abd"; a.k.a. "AL-HAQQ, Al-Hajj 'Abd"), undetermined; DOB 01 May 1950; POB Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL HAQQ, Al Hajj Abd" (a.k.a. AL MABROOK, Muftah; a.k.a. AL-FATHALI, Al-Mabruk; a.k.a. AL-FATHALI, Al-Mabruk Muftah Muhammad; a.k.a. EL MABRUK, Muftah; a.k.a. EL

MOBRUK, Maftah; a.k.a. ELMABRUK, Maftah Mohamed; a.k.a. ELMABRUK, Mustah; a.k.a. MAFTAH, Elmobruk; a.k.a. "AL HAK, Al Haj Abd"; a.k.a. "AL-HAQ, Haj 'Abd"; a.k.a. "AL-HAQQ, Al-Hajj 'Abd"), undetermined; DOB 01 May 1950; POB Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL HAYAT" (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"AL HIJRA" (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [SOMALIA].

"AL ILLAH, Abd" (a.k.a. DEGHDEGH, Ahmed; a.k.a. "ABU ABDALLAH"); DOB 17 Jan 1967; POB Anser, Jijel, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL JUNAID" (a.k.a. AJMAC MULTI ACTIVITIES COMPANY LTD; a.k.a. AL GUNADE; a.k.a. AL JUNAID MULTI ACTIVITIES CO LTD; a.k.a. ALGUNADE), Street 3, Block 17, Alryad, Khartoum, Sudan; 99 Gama Avenue, P.O. Box 913, Khartoum, Sudan; Website www.ajmac.com; Organization Established Date 2009; Organization Type: Activities of holding companies [SUDAN-EO14098].

"Al Khal" (a.k.a. AL-MOHAMMEDAWI, Abdul Aziz; a.k.a. MIRJIRASH AL-MUHAMMADAWI, Abd al-Aziz Malluh; a.k.a. MJERESH, Abdulazeez Mlawwah Mjeresh; a.k.a. "Abu Fadak"; a.k.a. "AL-MOHAMMEDAWI, Abu Fadak"), Iraq; DOB 20 Jan 1968; POB Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A6108489 (Iraq) expires 28 Apr 2020 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

"AL KOSOVA, Abu Abdullah" (a.k.a. EL ALBANI, Ebu Abdullah; a.k.a. MUHAXHERI, Lavdrim; a.k.a. "AL-KOSOVI, Abu Abdallah"; a.k.a. "AL-KOSOVO, Abu Abdallah"); DOB 1987; nationality Kosovo; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 (individual) [SDGT].

"AL MOSUSTA FURQAN" (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"AL MUHAJIR, Abu Sulayman" (a.k.a. ABDEL HAMID, Mostafa Mohamed; a.k.a. FARAG, Mostafa; a.k.a. FARAG, Mostafa Mohamed; a.k.a. MAHAMED, Mostafa; a.k.a. "AL AUSTRALI, Abu Sulayman"; a.k.a. "AL USTRALI, Abu Sulayman"; a.k.a. "AL-MASRI,

Abu Sulayman"); DOB 14 Feb 1984; POB Port Said, Egypt; nationality Australia; alt. nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M1898709 (Australia) expires 11 Oct 2012; Driver's License No. 13652517 (Australia) expires 19 Apr 2014 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"AL MUHTASIB, Abu" (a.k.a. AL ASHQAR, Abdullah Jihad; a.k.a. AL MAQDISI, Abu al Muhtasib; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, Abdallah; a.k.a. AL-'ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, 'Abdallah Jihad Musa; a.k.a. AL-ASHQAR, Abdullah; a.k.a. AL-ASHQAR, Abdullah Jihad; a.k.a. AL-MAQDISI, Abu-al-Muhtasib; a.k.a. AL-TAWHID, Muhandes; a.k.a. AL-TAWHID, Muhandis; a.k.a. ASHKAR, Abdallah; a.k.a. "ABU-HAJIR"), Region: Gaza; DOB 1986; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL PANINO" (a.k.a. SOLUGA SOLUCIONES GASTRONOMICAS SRL), Av. Abraham Lincoln, Plaza Andalucia II, Primera Planta, Local Comercial 49-A y 50-A, Santo Domingo, Distrito Nacional, Dominican Republic; Tax ID No. 131-63920-8 (Dominican Republic) [SDNTK].

"Al Qasseb" (a.k.a. KASHLAF, Mohamed; a.k.a. KASHLAF, Mohammed Al Amin Al-Arabi (Arabic: محمد الأمين العربي كشلاف); a.k.a. KHUSHLAF, Mohamed; a.k.a. KOSHLAF, Mohamed (Arabic: محمد كشلاف); a.k.a. KOSHLAF, Mohamed al-Aameen al-Arabi), Zawiya, Libya; DOB 12 Dec 1985; alt. DOB 02 Dec 1985; POB Zawiya, Libya; nationality Libya; Gender Male; Passport C17HLRL3 issued 30 Dec 2015 (individual) [LIBYA3].

"AL RAHMAN ORGANIZATION" (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a. AR-RAHNA

WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

"AL RAHMAN WELFARE FOUNDATION" (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

"AL SAHRAWI, Abu Walid" (a.k.a. AL-SAHRAOUI, Adnan Abu Walid; a.k.a. AL-SAHRAWI, Adnan Abu Waleed; a.k.a. AL-SAHRAWI, Adnan Abu Walid; a.k.a. JOUMANI, Lehbib Ould Ali Ould Said Ould), Menaka, Mali; DOB 16 Feb 1973; POB Laayoune, Western Sahara; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 (individual) [SDGT].

"AL SCOTLANDI, Qari" (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

"AL SUDANI, Abu Seif" (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL SULLAJ" (a.k.a. ALSOLADZH MINING COMPANY; a.k.a. ALSOLAG MINING COMPANY; a.k.a. MEROE GOLD CO. LTD.; a.k.a. SULLAJ MINING COMPANY; a.k.a.

"ALSOLAGE"; a.k.a. "SOLANGE"; a.k.a. "SULLAG"), Al-jref Gharb Plot 134, Blok 1h, Khartoum, Sudan; Al-'Abdiya, River Nile State, Sudan; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Mining of other non-ferrous metal ores [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: M INVEST, OOO).

"AL TURKI KYOSEV" (a.k.a. AL UBAYDA, Mulfit Kar liyas; a.k.a. ALMANCI, Abdurrahman; a.k.a. KAR, Mavlut; a.k.a. KAR, Mawlud; a.k.a. KAR, Meluvet; a.k.a. KAR, Mevlut; a.k.a. KAR, Mivlut; a.k.a. YUSOV, Yanal; a.k.a. ZIKARA, Mevlut; a.k.a. "ABDULLAH THE TURK"; a.k.a. "ABU OBEIDAH AL TURKI"; a.k.a. "ABU OBEJD EL-TURKI"; a.k.a. "ABU UDEJF EL-TURKI"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

"AL USTRALI, Abu Sulayman" (a.k.a. ABDEL HAMID, Mostafa Mohamed; a.k.a. FARAG, Mostafa; a.k.a. FARAG, Mostafa Mohamed; a.k.a. MAHAMED, Mostafa; a.k.a. "AL AUSTRALI, Abu Sulayman"; a.k.a. "AL MUHAJIR, Abu Sulayman"; a.k.a. "AL-MASRI, Abu Sulayman"); DOB 14 Feb 1984; POB Port Said, Egypt; nationality Australia; alt. nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M1898709 (Australia) expires 11 Oct 2012; Driver's License No. 13652517 (Australia) expires 19 Apr 2014 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"AL WALAI, Abu Ala" (a.k.a. AL-SARAJI, Hashim Banyan Finyan Rahim; a.k.a. AL-SARAJI, Hashim Finyan Rahim; a.k.a. AL-SARAYJI, Ali Abd-al-Zahra Hafiz; a.k.a. UL AWLIYA, Hashim Banyan), Baghdad, Iraq; Lebanon; DOB 01 Jul 1966; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: KATA'IB SAYYID AL-SHUHADA).

"AL ZEER SALEM" (a.k.a. MOHAMED, Tijani Ibrahim Moussa; a.k.a. "AL ZEER SALEM"), Sudan; nationality Sudan; Gender Male; Rapid

Support Forces Field Commander in Sudan (individual) [SUDAN-EO14098].

"AL ZEIR SALEM" (a.k.a. MOHAMED, Tijani Ibrahim Moussa; a.k.a. "AL ZEER SALEM"), Sudan; nationality Sudan; Gender Male; Rapid Support Forces Field Commander in Sudan (individual) [SUDAN-EO14098].

"AL-'AFRI, Abu Salah" (a.k.a. AL KASAB, Muwafaq Mustafa Muhammad Ali; a.k.a. AL-KARMOUSH, Muafaq Mustafa Mohammed; a.k.a. AL-KARMUSH, Muwafaq Mustafa; a.k.a. AL-KARMUSH, Muwafaq Mustafa Muhammad 'Ali; a.k.a. AL-KARMUSH, Muwaffaq Mustafa; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad 'Ali Mahmud; a.k.a. EL KHARMOUSH, Muwaffaq Mustafa Mohammad; a.k.a. KARMOOSH, Muwafaq Mustafa Mohammed Ali; a.k.a. KARMUSH, Muwaffaq; a.k.a. MUHAMMAD, Muwaffaq Mustafa; a.k.a. "Abu Salah"); DOB 01 Feb 1973; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A5476394 (Iraq) (individual) [SDGT].

"ALAGHA, Abu Obaida" (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May

1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

"AL-AGHA, Abu-'Ubaydah" (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

"AL-ALMANI, Abu Luqmaan" (a.k.a. SAAL, Fared; a.k.a. SAAL, Farid; a.k.a. SAAL, Fehad; a.k.a. "AL-ALMANI, Abu Luqman"; a.k.a. "AL-JAZAIRI, Abu Luqman"; a.k.a. "LOQMAN, Abu"; a.k.a. "LUQMAN, Abu"); DOB 18 Feb 1989; alt. DOB 08 Feb 1989; POB Bonn, Germany; citizen Germany; alt. citizen Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; National ID No. 5802098444 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-ALMANI, Abu Luqman" (a.k.a. SAAL, Fared; a.k.a. SAAL, Farid; a.k.a. SAAL, Fehad; a.k.a. "AL-ALMANI, Abu Luqmaan"; a.k.a. "AL-JAZAIRI, Abu Luqman"; a.k.a. "LOQMAN, Abu"; a.k.a. "LUQMAN, Abu"); DOB 18 Feb 1989; alt. DOB 08 Feb 1989; POB Bonn, Germany; citizen Germany; alt. citizen Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 5802098444 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-ALMANI, Yunus" (a.k.a. SAKARYA, Yunus Emre; a.k.a. "AL-HAIEBI, Younes"), Al Mayadin, Syria; Turkey; DOB 22 Apr 1991; POB Bruhl, Germany; citizen Germany; alt. citizen Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C7480TP630 (Germany); National ID No. L749X688M2 (Germany); alt. National ID No. 523884049 (Germany) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-AMER DEVELOPMENT" (a.k.a. AL-AMER DEVELOPMENT & REAL ESTATE INVESTMENT; a.k.a. AL-AMER DEVELOPMENT AND REAL ESTATE INVESTMENT (Arabic: العامرللتطويروالاستثمارالعقاري); a.k.a. AL-AMER DEVELOPMENT AND REAL ESTATE INVESTMENT COMPANY; a.k.a. AL-AMER REAL ESTATE DEVELOPMENT AND INVESTMENT LLC), Mezzeh Villas, Damascus, Syria; Organization Established Date 19 Dec 2019; Organization Type: Real estate activities with own or leased property; Registration Number 19096 (Syria) [PAARSSR-EO13894] (Linked To: KHITI, Amer Taysir).

"AL-AMIN, Ibrahim" (a.k.a. AL-SAYYID, Ibrahim Amin; a.k.a. SAYYED, Ibrahim Amin), Lebanon; DOB 1953; POB Nabi Ayla, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Head of the Political Council of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

"AL-AMIR CO." (a.k.a. AL AMIR CO. FOR ENGINEERING, CONSTRUCTION AND GENERAL TRADE SARL; a.k.a. AL' AMIR DIAB AND AYAD ENGINEERING AND CONSTRUCTION; a.k.a. AL' AMIR FOR CONSTRUCTING AND BUILDING; a.k.a. PRINCE ENGINEERING, CONSTRUCTION, AND GENERAL TRADING; a.k.a. "ALAMIR"; a.k.a. "AL-AMIR COMPANY"; a.k.a. "AL-AMIR PROJECT"), Alamir Center - 2nd Floor, Chiah, Beirut, Lebanon; Website www.alamir-lb.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 67796 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

"AL-AMIR COMPANY" (a.k.a. AL AMIR CO. FOR ENGINEERING, CONSTRUCTION AND GENERAL TRADE SARL; a.k.a. AL' AMIR DIAB AND AYAD ENGINEERING AND CONSTRUCTION; a.k.a. AL' AMIR FOR CONSTRUCTING AND BUILDING; a.k.a. PRINCE ENGINEERING, CONSTRUCTION, AND GENERAL TRADING; a.k.a. "ALAMIR"; a.k.a. "AL-AMIR CO."; a.k.a. "AL-AMIR PROJECT"), Alamir Center - 2nd Floor, Chiah, Beirut, Lebanon; Website www.alamir-lb.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 67796 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

"AL-AMIR PROJECT" (a.k.a. AL AMIR CO. FOR ENGINEERING, CONSTRUCTION AND GENERAL TRADE SARL; a.k.a. AL' AMIR DIAB AND AYAD ENGINEERING AND CONSTRUCTION; a.k.a. AL' AMIR FOR CONSTRUCTING AND BUILDING; a.k.a. PRINCE ENGINEERING, CONSTRUCTION, AND GENERAL TRADING; a.k.a. "ALAMIR"; a.k.a. "AL-AMIR CO."; a.k.a. "AL-AMIR COMPANY"), Alamir Center - 2nd Floor, Beirut, Lebanon; Website www.alamir-lb.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 67796 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

"ALAMIR" (a.k.a. AL AMIR CO. FOR ENGINEERING, CONSTRUCTION AND GENERAL TRADE SARL; a.k.a. AL' AMIR DIAB AND AYAD ENGINEERING AND CONSTRUCTION; a.k.a. AL' AMIR FOR CONSTRUCTING AND BUILDING; a.k.a. PRINCE ENGINEERING, CONSTRUCTION, AND GENERAL TRADING; a.k.a. "AL-AMIR CO."; a.k.a. "AL-AMIR COMPANY"; a.k.a. "AL-AMIR PROJECT"), Alamir Center - 2nd Floor, Chiah, Beirut, Lebanon; Website www.alamir-lb.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 67796 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

"ALAMZEB" (a.k.a. MUHAMMAD, Rahman Zayb Faqir; a.k.a. MUHAMMAD, Rahman Zeb Faqir; a.k.a. "AURANGZEB"; a.k.a. "KHAN, Rahman Ieb"; a.k.a. "ZAIB, Alam"; a.k.a. "ZAIB, Rehman"; a.k.a. "ZEB, Rahman R"), Bashgram Laal Qila Wersakay, Lower Dir, Khyber Pakhtunkhwa Province, Pakistan; Lalqillah, Lower Dir District, Khyber Pakhtunkhwa Province, Pakistan; DOB 01 Jan 1970; alt. DOB 01 Jan 1974; POB Dir, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1530562382221 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"ALANNA LLC" (a.k.a. AIR ALANNA; a.k.a. DART AIRCOMPANY; a.k.a. DART AIRLINES; a.k.a. DART UKRAINIAN AIRLINES; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'DART'; a.k.a. "ALANNA"; a.k.a. "DART, LLC"; a.k.a. "DART, TOV"), 26a, Narodnogo Opolchenyia Street, Kiev 03151, Ukraine; Kv. 107, Bud. 15/2 Vul.Shuliavska, Kyiv 01054, Ukraine; Ave. Vozdukhoflostsky 90, Kiev 03036, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 252030326052 (Ukraine); Government Gazette Number 25203037 (Ukraine) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

"ALANNA" (a.k.a. AIR ALANNA; a.k.a. DART AIRCOMPANY; a.k.a. DART AIRLINES; a.k.a. DART UKRAINIAN AIRLINES; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'DART'; a.k.a. "ALANNA LLC"; a.k.a. "DART, LLC"; a.k.a. "DART, TOV"), 26a, Narodnogo Opolchenyia Street, Kiev 03151, Ukraine; Kv. 107, Bud. 15/2 Vul.Shuliavska, Kyiv 01054, Ukraine; Ave. Vozdukhoflostsky 90, Kiev 03036, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 252030326052 (Ukraine); Government Gazette Number 25203037 (Ukraine) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

"AL-ANSARI, Isse" (a.k.a. GAGAALE, Abdikarim Hussein; a.k.a. "ISSE, Abdikarin"), Qunyo Barrow, Middle Juba, Somalia; DOB 1984; alt. DOB 1985; alt. DOB 1986; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"ALAQAD, Abu Yamin" (Arabic: "أبو يامن العقاد") (a.k.a. ALAQAD, Ahmed; a.k.a. AL-AQAD, Ahmed; a.k.a. ALAQAD, Ahmed M. M.), Khan Yunis, Gaza; DOB 21 Nov 1978; POB Khan Yunis, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 4067405 (Palestinian) (individual) [SDGT] (Linked To: BUY CASH MONEY AND MONEY TRANSFER COMPANY).

"AL-AREEN 13" (a.k.a. ABU AL-HARETH MILITIA; a.k.a. SARAYA AL-'AREEN; a.k.a. SARAYA AL-AREEN (Arabic: سرايا العرين)), Latakia, Syria [PAARSSR-EO13894].

"AL-'ASKARI, Abu Hammam" (a.k.a. AL-SURI, Faruq; a.k.a. HIJAZI, Samir; a.k.a. HIJAZI, Samir 'Abd al-Latif; a.k.a. "AL-SHAMI, Abu Hammam"; a.k.a. "AL-SHAMI, Abu Humam"), Syria; DOB 1977; POB Damascus, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HURRAS AL-DIN).

"AL-ATHARI, Abu Human Bakr ibn 'Abd al-'Aziz" (a.k.a. AL BINALI, Turki Mubarak Abdullah; a.k.a. AL-BENALI, Turki; a.k.a. AL-BIN'ALI, Turki; a.k.a. AL-BIN'ALI, Turki Mubarak; a.k.a. AL-BINALI, Turki Mubarak Abdullah Ahmad; a.k.a. "ABU DERGHAM"; a.k.a. "AL-ATHARI, Abu Human"; a.k.a. "AL-ATHARI, Abu-Bakr"; a.k.a. "AL-BAHRAYNI, Abu Hudhayfa"; a.k.a. "AL-MUDARI, Abu Khuzayma"; a.k.a. "AL-SALAFI, Abu Hazm"; a.k.a. "AL-SULAMI, Abu Sufyan"); DOB 03 Sep 1984; POB Al Muharraq, Bahrain; nationality Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2231616 (Bahrain) issued 02 Jan 2013 expires 02 Jan 2023; alt. Passport 1272611 (Bahrain) issued 01 Apr 2003; Identification Number 840901356 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-ATHARI, Abu Human" (a.k.a. AL BINALI, Turki Mubarak Abdullah; a.k.a. AL-BENALI, Turki; a.k.a. AL-BIN'ALI, Turki; a.k.a. AL-BIN'ALI, Turki Mubarak; a.k.a. AL-BINALI, Turki Mubarak Abdullah Ahmad; a.k.a. "ABU DERGHAM"; a.k.a. "AL-ATHARI, Abu Human Bakr ibn 'Abd al-'Aziz"; a.k.a. "AL-ATHARI, Abu-Bakr"; a.k.a. "AL-BAHRAYNI, Abu Hudhayfa"; a.k.a. "AL-MUDARI, Abu Khuzayma"; a.k.a. "AL-SALAFI, Abu Hazm"; a.k.a. "AL-SULAMI, Abu Sufyan"); DOB 03 Sep 1984; POB Al Muharraq, Bahrain; nationality Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2231616 (Bahrain) issued 02 Jan 2013 expires 02 Jan 2023; alt. Passport 1272611 (Bahrain) issued 01 Apr 2003; Identification Number 840901356 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-ATHARI, Abu-Bakr" (a.k.a. AL BINALI, Turki Mubarak Abdullah; a.k.a. AL-BENALI, Turki; a.k.a. AL-BIN'ALI, Turki; a.k.a. AL-BIN'ALI, Turki Mubarak; a.k.a. AL-BINALI, Turki Mubarak Abdullah Ahmad; a.k.a. "ABU DERGHAM"; a.k.a. "AL-ATHARI, Abu Human"; a.k.a. "AL-ATHARI, Abu Human Bakr ibn 'Abd al-'Aziz"; a.k.a. "AL-BAHRAYNI, Abu Hudhayfa"; a.k.a. "AL-MUDARI, Abu Khuzayma"; a.k.a. "AL-SALAFI, Abu Hazm"; a.k.a. "AL-SULAMI, Abu Sufyan"); DOB 03 Sep 1984; POB Al Muharraq, Bahrain; nationality Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2231616 (Bahrain) issued 02 Jan 2013 expires 02 Jan 2023; alt. Passport 1272611 (Bahrain) issued 01 Apr 2003; Identification Number 840901356 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-AZAWADI, Abu Talha" (a.k.a. AL-LIBI, Talha; a.k.a. MOHAMED SALEM, Abderrahmane Ould; a.k.a. MOHAMED SALEM, Sidi Mohamed Ould; a.k.a. "AL-BARBOUCI, Abu Talha"), Mali; DOB 1974; POB Zouerate, Mauritania; nationality Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

"AL-'AZIZ, Abd" (a.k.a. AL-NURISTANI, 'Abd al-Aziz; a.k.a. AL-NURISTANI, Abdul Aziz; a.k.a. NOORISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz-e; a.k.a. "AZIZ, Abdul"; a.k.a. "AZIZ, Abdullah"), Takal region, Peshawar, Pakistan; DOB 01 Jan 1943 to 31 Dec 1943; POB Du Ab, Nuristan Province, Afghanistan; alt. POB Parun, Nuristan Province, Afghanistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AK1814292 (Pakistan); alt. Passport AK1814291 (Pakistan) issued 22 Nov 2006 expires 21 Nov 2011; National ID No. 1730190144291 (Pakistan); alt. National ID No. 13743484497 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: AL QA'IDA; Linked To: TALIBAN).

"AL-BAGHDADI, Sheikh" (a.k.a. AL-BAGHDADI, Hassan (Arabic: حسن بغدادي); a.k.a. AL-BAGHDADI, Sheikh Hassan; a.k.a. BAGHDADI, Sheikh Hassan), Lebanon; DOB 05 Oct 1961; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

"AL-BAHRAYNI, Abu Hudhayfa" (a.k.a. AL BINALI, Turki Mubarak Abdullah; a.k.a. AL-BENALI, Turki; a.k.a. AL-BIN'ALI, Turki; a.k.a. AL-BIN'ALI, Turki Mubarak; a.k.a. AL-BINALI, Turki Mubarak Abdullah Ahmad; a.k.a. "ABU DERGHAM"; a.k.a. "AL-ATHARI, Abu Human"; a.k.a. "AL-ATHARI, Abu Human Bakr ibn 'Abd al-'Aziz"; a.k.a. "AL-ATHARI, Abu-Bakr"; a.k.a. "AL-MUDARI, Abu Khuzayma"; a.k.a. "AL-SALAFI, Abu Hazm"; a.k.a. "AL-SULAMI, Abu Sufyan"); DOB 03 Sep 1984; POB Al Muharraq, Bahrain; nationality Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2231616 (Bahrain) issued 02 Jan 2013 expires 02 Jan 2023; alt. Passport 1272611 (Bahrain) issued 01 Apr 2003; Identification Number 840901356 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-BARBOUCI, Abu Talha" (a.k.a. AL-LIBI, Talha; a.k.a. MOHAMED SALEM, Abderrahmane Ould; a.k.a. MOHAMED SALEM, Sidi Mohamed Ould; a.k.a. "AL-AZAWADI, Abu Talha"), Mali; DOB 1974; POB Zouerate, Mauritania; nationality Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

"AL-BARITANI, Abu-Salih" (a.k.a. KOTEY, Alex; a.k.a. KOTEY, Alexanda; a.k.a. KOTEY, Alexanda Amon; a.k.a. KOTEY, Alexander; a.k.a. KOTEY, Alexe; a.k.a. KOTEY, Allexanda; a.k.a. "SALIH, Abu"), Ar Raqqah, Syria; DOB 13 Dec 1983; POB Paddington, London, United Kingdom; nationality Ghana; alt. nationality Greece; alt. nationality Cyprus; alt. nationality United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-BASIT, Abd" (a.k.a. ALHASSAN, Abdelbaset Alhaj; a.k.a. HAMAD, Abdelbasit Alhaj Alhassan Haj; a.k.a. HASAN, Abd-al-Basit Al-Hadj; a.k.a. HASSAN, Abdel Basit al-Hajj; a.k.a. MOHAMED, Abdel Basit Hag El-Hassan Hag); DOB 1979; POB Sudan; nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"al-Bija" (a.k.a. MILAD, Abd al-Rahman; a.k.a. MILAD, Abdurahman Al), Zawiya, Libya; DOB 27 Jul 1986; nationality Libya; Gender Male (individual) [LIBYA3].

"AL-BRITANI, Abu Sa'eed" (a.k.a. HUSSAIN, Omar), High Wycombe, Buckinghamshire, United Kingdom; DOB 01 Jan 1986 to 31 Dec 1987; nationality United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-BRITANI, Umm Hussain" (a.k.a. HUSSAIN, Sakinah; a.k.a. JONES, Sally; a.k.a. JONES, Sally Anne; a.k.a. JONES, Sally-Anne Frances), Syria; DOB 17 Nov 1968; POB Greenwich, England; nationality United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 519408086 (United Kingdom) issued 23 Sep 2013 expires 23 Sep 2023 (individual) [SDGT].

"AL-DARDA', Abu" (a.k.a. AL-TOUBASI, Iyad; a.k.a. AL-TUBASI, Iyad; a.k.a. KHALIL, Ayyad Nazmi Salih; a.k.a. KHALIL, Eyad Nazmi Saleh; a.k.a. KHALIL, Iyad Nazmi Salih; a.k.a. "ABU-JULAYBIB"; a.k.a. "AL-URDUNI, Abu-Julaybib"), Syria; DOB 01 Jan 1974 to 31 Dec 1974; POB Syria; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 286062 (Jordan) issued 05 Apr 1999 expires 04 Apr 2004; alt. Passport 654781 (Jordan) issued 01 Jan 2008 to 31 Dec 2010 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"AL-DARRAJI, Abu-Rida" (a.k.a. DARRAJI, Habeeb Hasan Mghames; a.k.a. DARRAJI, Habib Hasan Mughamis (Arabic: حبيب حسن مغامس دراجي)), Iran; DOB 18 Sep 1976; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A14309260 (Iraq) expires 12 Sep 2026; alt. Passport A15392136 (Iraq) expires 12 May 2027 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

"ALDEEN, Mohammed Amad Az" (a.k.a. AL RAWI, Adnan Mahmood; a.k.a. ALRAWI, Adnan Mahmoud; a.k.a. AL-RAWI, 'Adnan Muhammad Amin; a.k.a. AL-RAWI, Amin Muhammad; a.k.a. AMIN, 'Adnan Muhammad; a.k.a. RAWI, Adnan Mahmood; a.k.a. "EMAD, Mohammad"; a.k.a. "EZALDEEN, Mohammed Emad"), Erbil, Iraq; Amman, Jordan; Sulaymaniyah, Iraq; Istanbul, Turkey; Adana, Turkey; Bazaz Abd, Syria; al-Rawah, Anbar, Iraq; DOB 07 Jan 1985; alt. DOB 28 Aug 1982; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 649474 (Iraq); Identification Number 00260818 (Iraq); alt. Identification Number 658032 (Jordan); alt. Identification Number 635464 (Jordan); alt. Identification Number 1251025 (Jordan); alt. Identification Number 1200701 (Jordan); alt. Identification Number 24906658031 (Jordan); alt. Identification Number 1465967 (Jordan); alt. Identification Number 1194396 (Jordan) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-DIN, Hessam Badr" (a.k.a. SAFA, Wafic; a.k.a. SAFA, Wafiq; a.k.a. SAFA, Wafiq 'Abd-al-Husayn; a.k.a. SAFA, Wafiq Ahmad; a.k.a. "AL-ZAIN, Ali Wahib"), Lebanon; DOB 01 Sep 1960; alt. DOB 17 Mar 1965; POB Zibdin, Lebanon; alt. POB Zubaydah al-Jonubi, Lebanon; alt. POB Rayhan, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 494606 (Lebanon); alt. National ID No. 000012505210 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

"ALDOLEMY, Ahmed" (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

"ALEJANDRO LABASTIDA" (a.k.a. BOLANOS CACHO, Alejandro; a.k.a. CACHO FLORES, Alejandro; a.k.a. FLORES CACHO, Alejandro; a.k.a. ROBLES VALDEZ, Abel; a.k.a. "GUILLERMO LABASTIDA"), Ojos Negros, Baja California Norte, Mexico; Carretera Acapulco, KM 8.5, Pie de la Cuesta, Acapulco, Guerrero, Mexico; Calle de Rio Nilo No. 20, Colonia Valle Dorado, Ensenada, Baja California Norte, Mexico; Montivideo No. 804, Lindavista, Mexico City, Distrito Federal, Mexico; Circuito de la Industria No. 94, Colonia Parque Ind. Lerma, Lerma, Mexico, Mexico; Avenida del Taller No. 23, Ret. 17, Colonia Jardin Balbuena, Delegacion Venustiano Carranza, Mexico City, Distrito Federal, Mexico; Calle Jaime Torres Bodet No. 207-A, Int. 201, Colonia Santa Marta La Rivera, Delegacion Cuauhtemoc, Mexico City, Distrito Federal, Mexico; Homero No. 1343, Mexico City, Distrito Federal, Mexico; Avenida Herradona No. 1328, Interlomas, Mexico City, Distrito Federal, Mexico; Calle Cantiles 42 A, Mozimba 39460, Acapulco, Guerrero, Mexico; Calle Tulipanes No. 8, Colonia Lomas Cortes, Cuernavaca, Morelos, Mexico; Calle Rancho Tetela No. 957, Colonia Rancho Tetela, Cuernavaca, Morelos, Mexico; DOB 26 Mar 1963; alt. DOB 26 Mar 1964; POB Mexico City, Distrito Federal, Mexico; alt. POB Guadalajara, Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 01350202554 (Mexico); R.F.C. FOCA-630326 (Mexico); alt. R.F.C. FOCX-260363 (Mexico); alt. R.F.C. FOCX-630326 (Mexico); alt. R.F.C. FOCA-640326 (Mexico); C.U.R.P. FOCA630326HMCLCL05 (Mexico); Electoral Registry No. FLCCAL64032609H300 (Mexico);

C.U.I.P. FOCA640326H14506669 (Mexico) (individual) [SDNTK].

"ALEKSEEV, Sergei" (a.k.a. ALEKSEYEV, Sergey Sergeyevich; a.k.a. "ALEKSEEV, Sergey"), Tatarstan, Russia; DOB 26 Mar 1983; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 720371125 (Russia) expires 24 Jul 2022 (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

"ALEKSEEV, Sergey" (a.k.a. ALEKSEYEV, Sergey Sergeyevich; a.k.a. "ALEKSEEV, Sergei"), Tatarstan, Russia; DOB 26 Mar 1983; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 720371125 (Russia) expires 24 Jul 2022 (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

"ALEX560560" (a.k.a. MISHIN, Aleksandr Igorvich; a.k.a. MISHIN, Alexander Igorevich (Cyrillic: МИШИН, Александр Игоревич); a.k.a. "JAMES1789"; a.k.a. "KLICHKO, Ivan P"; a.k.a. "PIPPIN, James"; a.k.a. "SASHA-BRN"; a.k.a. "TRIPLEX560"), Ul. Yubileynaya, D. 32, Barnaul, Altai Krai, Russia; DOB 18 Mar 1994; POB Altai Krai, Russia; nationality Russia; Gender Male; Digital Currency Address - XBT 3FfRvC3kSo2SxiQe5e7SSuNdegwgq8iusL; Passport 5904776 (Russia) expires 05 Sep 2027 (individual) [CYBER3] (Linked To: ZSERVERS).

"AL-FADL, Abu" (a.k.a. KARAKI, Ali; a.k.a. KARAKI, Muhammad; a.k.a. KARAKI, Muhammad 'Ali); DOB 25 Feb 1967; POB Ein Bousewar, Lebanon; citizen Guinea; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL1025526 (Lebanon) issued 14 May 2007 expires 13 May 2012 (individual) [SDGT].

"ALFA-FOREKS" (a.k.a. ALFA-FOREX LLC), Ul. Mashi Poryvaevoi D. 7, Str. 1, Floor 1, Moscow 107078, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jun 2016; Tax ID No. 7708294216 (Russia); Registration Number 1167746614947 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALFA-BANK).

"AL-FAJER FORCES" (a.k.a. AL-JAMAA AL-ISLAMIYAH; a.k.a. AL-JAMAAH AL-ISLAMIYAH; a.k.a. JAMAA ISLAMIYA; a.k.a. JAMA'A ISLAMIYAH; a.k.a. JAMAA ISLAMIYAH; a.k.a. LEBANESE MUSLIM BROTHERHOOD (Arabic: الجماعة الإسلامية بلبنان); a.k.a. QUWAT AL-FAJR (Arabic: قوات الفجر); a.k.a. "AL-FAJR FORCES"; a.k.a. "ISLAMIC GROUP IN LEBANON"; a.k.a. "THE DAWN FORCES"; a.k.a. "THE FAJR FORCES"; a.k.a. "THE ISLAMIC GROUP"), Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1964; Organization Type: Advocacy organization [FTO] [SDGT].

"AL-FAJR FORCES" (a.k.a. AL-JAMAA AL-ISLAMIYAH; a.k.a. AL-JAMAAH AL-ISLAMIYAH; a.k.a. JAMAA ISLAMIYA; a.k.a. JAMA'A ISLAMIYAH; a.k.a. JAMAA ISLAMIYAH; a.k.a. LEBANESE MUSLIM BROTHERHOOD (Arabic: الجماعة الإسلامية بلبنان); a.k.a. QUWAT AL-FAJR (Arabic: قوات الفجر); a.k.a. "AL-FAJER FORCES"; a.k.a. "ISLAMIC GROUP IN LEBANON"; a.k.a. "THE DAWN FORCES"; a.k.a. "THE FAJR FORCES"; a.k.a. "THE ISLAMIC GROUP"), Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1964; Organization Type: Advocacy organization [FTO] [SDGT].

"AL-FATEH, Abu Hamzah" (a.k.a. JEDI, Muhamad Wanndy bin Muhamad; a.k.a. JEDI, Muhamad Wanndy Mohamad; a.k.a. JEDI, Muhamad Wanndy Muhamad; a.k.a. JEDI, Muhammad Wanndy Bin Mohamed; a.k.a. WANNDY, Muhamad; a.k.a. "AL-MALIZI, Abu Sayyaf"), Syria; DOB 16 Nov 1990; alt. DOB 1989 to 1991; POB Durian Tunggal, Malacca, Malaysia; nationality Malaysia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A33373751 (Malaysia); National ID No. 90116-04-5293 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-FILIPINI, Abu Abdul Rahman" (a.k.a. KIRAM, Mohammad Reza Lahaman; a.k.a. KIRAM, Mohd Reza), Syria; DOB 03 Mar 1990; POB Zamboanga City, Zamboanga del Sur, Philippines; nationality Philippines; citizen Philippines; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"Alfonso" (a.k.a. ZULETA NOSCUE, Alfonso; a.k.a. ZULETA NOSCUE, Alonso), Colombia; DOB 15 Nov 1967; POB Corinto, Cauca, Colombia; Gender Male; Cedula No. 76235533 (Colombia) (individual) [SDNTK].

"AL-FORKAN" (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"Alfredito" (a.k.a. GUZMAN SALAZAR, Jesus Alfredo; a.k.a. "Menor"), Culiacan, Sinaloa, Mexico; DOB 17 May 1986; POB Jalisco,

Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. GUSJ860517HJCZLS06 (Mexico) (individual) [SDNTK] [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

"Alfredito" (a.k.a. BELTRAN GUZMAN, Jesus Alfredo; a.k.a. "El Mochomito"; a.k.a. "Tito"), Mexico; DOB 23 Apr 1991; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. BEGJ910423HSLLZS02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"ALFREDO COMPADRE" (a.k.a. BAZAN OROZCO, Alberto; a.k.a. VASQUES HERNANDEZ, Alfredo; a.k.a. VASQUEZ HERNANDEZ, Alfredo; a.k.a. VAZQUEZ HERNANDEZ, Alfredo; a.k.a. "DON ALFREDO"), Manuel Clouthier #486, Colonia Prados Vallarta, Guadalajara, Jalisco, Mexico; Plaza Del Sol Local #28, Zona R, Guadalajara, Jalisco, Mexico; Paseo Del Heliotropo 3426, Monraz, Guadalajara, Jalisco, Mexico; DOB 09 Aug 1955; POB Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 02140193905 (Mexico); alt. Passport 97140107075 (Mexico); C.U.R.P. VAHA550809HJCZRL02 (Mexico) (individual) [SDNTK].

"AL-FURKAN" (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF

PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"AL-GHARAWI, 'Ali Haydar" (a.k.a. AL SAEDI, Hayder Mezher Maalak; a.k.a. AL-SA'IDI, Haydar Muzhir Ma'lak; a.k.a. "AL-GHARAWI, Haider Ibrahim"; a.k.a. "AL-GHARAWI, Haydar"), Iraq; DOB 24 Apr 1978; nationality Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A14940315 (Iraq) expires 19 Jan 2027 (individual) [SDGT] (Linked To: HARAKAT ANSAR ALLAH AL-AWFIYA).

"AL-GHARAWI, Haider Ibrahim" (a.k.a. AL SAEDI, Hayder Mezher Maalak; a.k.a. AL-SA'IDI, Haydar Muzhir Ma'lak; a.k.a. "AL-GHARAWI, 'Ali Haydar"; a.k.a. "AL-GHARAWI, Haydar"), Iraq; DOB 24 Apr 1978; nationality Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A14940315 (Iraq) expires 19 Jan 2027 (individual) [SDGT] (Linked To: HARAKAT ANSAR ALLAH AL-AWFIYA).

"AL-GHARAWI, Haydar" (a.k.a. AL SAEDI, Hayder Mezher Maalak; a.k.a. AL-SA'IDI, Haydar Muzhir Ma'lak; a.k.a. "AL-GHARAWI, 'Ali Haydar"; a.k.a. "AL-GHARAWI, Haider Ibrahim"), Iraq; DOB 24 Apr 1978; nationality Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A14940315 (Iraq) expires 19 Jan 2027 (individual) [SDGT] (Linked To: HARAKAT ANSAR ALLAH AL-AWFIYA).

"AL-GHAYDANI, Abu-Bilal" (a.k.a. AL-HARBI, Nasir Muhammad 'Awad al-Ghidani; a.k.a. AL-

HARBI, Nasir Muhammad 'Iwad al-Ghaydani; a.k.a. "AL-HARBI, Abu-Bilal"; a.k.a. "AL-NAJDI, Hammam"; a.k.a. "AL-RAS, Ra'i"; a.k.a. "BILAL"), Yemen; DOB 20 Jul 1974; alt. DOB 05 Sep 1974; POB al-Qasim, Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-GHUL, Hassan" (a.k.a. QABALAN, Muhammad; a.k.a. QABLAN, Muhammad), Southern Suburbs, Beirut, Lebanon; DOB 1969; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-HAIEBI, Younes" (a.k.a. SAKARYA, Yunus Emre; a.k.a. "AL-ALMANI, Yunus"), Al Mayadin, Syria; Turkey; DOB 22 Apr 1991; POB Bruhl, Germany; citizen Germany; alt. citizen Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C7480TP630 (Germany); National ID No. L749X688M2 (Germany); alt. National ID No. 523884049 (Germany) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"al-Hajj Abdullah Qardash" (a.k.a. AL-MAWLA, Amir Muhammad Sa'id Abdal-Rahman; a.k.a. AL-MAWLA, Muhammad Sa'id 'Abd-al-Rahman; a.k.a. AL-MULA, Amir Muhammad Sa'id 'Abd-al-Rahman Muhammad; a.k.a. SALBI, 'Abdul Amir Muhammad Sa'id; a.k.a. "Abdullah Qardash"; a.k.a. "Abu Ibrahim al-Hashimi al-Qurashi"; a.k.a. "Abu-'Abdullah Qardash"; a.k.a. "Abu-'Umar al-Turkmani"; a.k.a. "Hajii Abdallah"; a.k.a. "Hajji Abdullah al-Afari"), Iraq; Syria; DOB 01 Oct 1976; alt. DOB 05 Oct 1976; POB Mosul, Iraq; alt. POB Tall 'Afar, Iraq; nationality Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-HAMID, Abd" (a.k.a. AZIZ, Sa'id Yusif Abu; a.k.a. 'AZIZ, Sa'ud Abu; a.k.a. AZIZA, Said Youssef Ali Abu; a.k.a. AZIZAH, Sa'id Yusif Ali Abu; a.k.a. AZIZAT, Sa'id Yusif Ali Abu; a.k.a. "HAMID, Abdul"; a.k.a. "THERAB, Abu"; a.k.a. "THURAB, Abu"; a.k.a. "TURAB, Abu"); DOB 1958; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Passport 87/437555 (Libya) (individual) [SDGT].

"AL-HAMUD, 'Ali" (a.k.a. AL-'AUJAYD, Abdullah Shuwar; a.k.a. AL-SHAWAGH, 'Ali Musa; a.k.a. AL-SHAWAKH, Ali al-Hamoud; a.k.a. AL-SHAWAKH, Ali Musa; a.k.a. AL-SHAWAKH, Muhammad 'Ali; a.k.a. AL-SHAWWAKH, Ibrahim; a.k.a. "AL-SAHL, Abu Luqman"; a.k.a. "AL-SURI, Abu Luqman"; a.k.a. "AWAS, Ali"; a.k.a. "AYYUB, Abu"; a.k.a. "DERWISH, 'Ali"; a.k.a. "HAMMUD, Ali"; a.k.a. "LUQMAN, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-HAMZI, Muti'" (a.k.a. AL-HAMZI, Ahmad (Arabic: أحمد الحمزي); a.k.a. AL-HAMZI, Ahmad 'Ali; a.k.a. AL-HAMZI, Ahmad 'Ali Ahsan; a.k.a. AL-HAMZI, Ahmed Ali), Yemen; DOB 1985; POB Sanaa al-Hamzat, Yemen; nationality Yemen; Gender Male; Commander of the Houthi Air Force (individual) [YEMEN].

"AL-HAQ, 'Abd" (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 653225197110100533 (China) (individual) [SDGT].

"AL-HAQ, Haj 'Abd" (a.k.a. AL MABROOK, Muftah; a.k.a. AL-FATHALI, Al-Mabruk; a.k.a. AL-FATHALI, Al-Mabruk Muftah Muhammad; a.k.a. EL MABRUK, Muftah; a.k.a. EL MOBRUK, Maftah; a.k.a. ELMABRUK, Maftah Mohamed; a.k.a. ELMABRUK, Mustah; a.k.a. MAFTAH, Elmobruk; a.k.a. "AL HAK, Al Haj Abd"; a.k.a. "AL HAQQ, Al Hajj Abd"; a.k.a. "AL-HAQQ, Al-Hajj 'Abd"), undetermined; DOB 01 May 1950; POB Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-HAQQ, Al-Hajj 'Abd" (a.k.a. AL MABROOK, Muftah; a.k.a. AL-FATHALI, Al-Mabruk; a.k.a.

AL-FATHALI, Al-Mabruk Muftah Muhammad; a.k.a. EL MABRUK, Muftah; a.k.a. EL MOBRUK, Maftah; a.k.a. ELMABRUK, Maftah Mohamed; a.k.a. ELMABRUK, Mustah; a.k.a. MAFTAH, Elmobruk; a.k.a. "AL HAK, Al Haj Abd"; a.k.a. "AL HAQQ, Al Hajj Abd"; a.k.a. "AL-HAQ, Haj 'Abd"), undetermined; DOB 01 May 1950; POB Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-HARBI, Abu-Bilal" (a.k.a. AL-HARBI, Nasir Muhammad 'Awad al-Ghidani; a.k.a. AL-HARBI, Nasir Muhammad 'Iwad al-Ghaydani; a.k.a. "AL-GHAYDANI, Abu-Bilal"; a.k.a. "AL-NAJDI, Hammam"; a.k.a. "AL-RAS, Ra'i"; a.k.a. "BILAL"), Yemen; DOB 20 Jul 1974; alt. DOB 05 Sep 1974; POB al-Qasim, Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-HASSAN, Abu" (a.k.a. AL-'AJAMI, 'Ali Hasan; a.k.a. AL-'AJMI, Abu al-Hassan; a.k.a. AL-'AJMI, 'Ali Hasan 'Ali; a.k.a. AL-'AJMI, 'Ali Hassan 'Ali; a.k.a. AL-YAMI, 'Ali Abu Hasan; a.k.a. AL-YAMI, Hassan; a.k.a. AL-YAMI, Husayn; a.k.a. "HASAN, 'Ali bin"); DOB 14 Jan 1979; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 002981367 (Kuwait) (individual) [SDGT].

"AL-HAZMI EXCHANGE COMPANY" (Arabic: "شركة الحزمي للصرافة") (a.k.a. AL HAZMI EXCHANGE; a.k.a. AL HAZMI EXCHANGE KHALED AL HAZMI AND BROTHER COMPANY GENERAL PARTNERSHIP; a.k.a. AL-HAZMI COMPANY FOR EXCHANGE), Sana'a, Yemen; Website www.alhazmiex.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date circa 1998; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c. [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

"AL-HEBO" (a.k.a. AL-HABU HAWALA; a.k.a. AL-HABU JEWELRY; a.k.a. AL-HABU JEWELRY AND MONEY EXCHANGE; a.k.a. AL-HABU MONEY EXCHANGE; a.k.a. AL-HEBO JEWELRY COMPANY), Gaziantep, Turkey; Raqqah, Syria; Tall Abyad Street, Raqqah, Syria; Sanliurfa, Turkey; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-HIJAZ PROVINCE" (a.k.a. HIJAZ PROVINCE OF THE ISLAMIC STATE; a.k.a. ISIL-SAUDI ARABIA; a.k.a. ISIS IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-SAUDI ARABIA; a.k.a. MUJAHIDEEN OF THE ARABIAN PENINSULA; a.k.a. WILAYAT AL-HARAMAYN; a.k.a. "NAJD PROVINCE"; a.k.a. "PROVINCE OF THE TWO HOLY PLACES"; a.k.a. "WILAYAT NAJD"), Hijaz and Asir Provinces, Najd region, Saudi Arabia; Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"AL-HIJRA" (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [SOMALIA].

"'ALI AL-KHAL" (a.k.a. JAFFAR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. JAFFAR, Abdulrahman Mohammad; a.k.a. JAFFER ALI, Abdul Rahman Mohamed; a.k.a. JAFFIR ALI, Abd al-Rahman; a.k.a. JAFFIR, 'Abd al-Rahman Muhammad; a.k.a. JAFIR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. "ABU MUHAMMAD AL-KHAL"); DOB 15 Jan 1968; POB Muharraq, Bahrain; nationality Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ALI BARKANI" (a.k.a. KALAD, Belkasam; a.k.a. KALED, Belkasam; a.k.a. MOSTAFA, Damel; a.k.a. MOSTAFA, Djamal; a.k.a. MOSTEFA,

Djamel; a.k.a. MOUSTFA, Djamel (Arabic: جمال مصطفى); a.k.a. "MOUSTAFA"), Algeria; DOB 28 Sep 1973; alt. DOB 31 Dec 1979; alt. DOB 22 Aug 1973; alt. DOB 25 Sep 1973; POB Mehdia, Tiaret, Algeria; alt. POB Morocco; nationality Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ALI DI ROMA" (a.k.a. EL HEIT, Ali; a.k.a. KAMEL, Mohamed), Via D. Fringuello, 20, Rome, Italy; Milan, Italy; DOB 20 Mar 1970; alt. DOB 30 Jan 1971; POB Rouba, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"'ALI, Abu" (a.k.a. AL-KA'ABI, Shaykh Abu-Akram; a.k.a. AL-KA'ABI, Sheik Akram; a.k.a. AL-KA'BI, Akram Abas; a.k.a. AL-KABI, Akram 'Abbas; a.k.a. AL-KABI, Arkam 'Abbas; a.k.a. "ABU-MUHAMMAD"; a.k.a. "KARUMI"); DOB circa 1976; alt. DOB circa 1973; alt. DOB 17 Jul 1977; POB al 'Amarah, Iraq; alt. POB al Kalamiy, Iraq; alt. POB Baghdad, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRAQ3].

"ALI, Ahmed Omar" (a.k.a. OMAR, Ahmed Haji Ali Haji; a.k.a. "ALI, Ahmed Omer Haji"; a.k.a. "BEER DHAGAH"; a.k.a. "BEERDHAGAX"; a.k.a. "BEERDHEGHAX"; a.k.a. "BERDAGAX"), Bosaso, Bari, Somalia; DOB Jun 1974; POB Alula District, Bari, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"ALI, Ahmed Omer Haji" (a.k.a. OMAR, Ahmed Haji Ali Haji; a.k.a. "ALI, Ahmed Omar"; a.k.a. "BEER DHAGAH"; a.k.a. "BEERDHAGAX"; a.k.a. "BEERDHEGHAX"; a.k.a. "BERDAGAX"), Bosaso, Bari, Somalia; DOB Jun 1974; POB Alula District, Bari, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"ALI, Ashraf Sayed" (a.k.a. AL-CARDINAL, Ashraf Seed Ahmed; a.k.a. ALI, Ashraf Seedahmed Hussein; a.k.a. HUSSEIN, Ashraf Said Ahmed; a.k.a. HUSSEIN, Ashraf Seed Ahmed; a.k.a. SEED AHMED, Asharaf; a.k.a. SEED AHMED, Ashraff; a.k.a. SEEDAHMED, Ashiraf; a.k.a. "HUSSEIN ALI, Ashraf"), 1

College Yard, Winchester Avenue, London, England NW6 7UA, United Kingdom; 207 Jersey Road, Osterley, London TW7 4RE, United Kingdom; Dubai, United Arab Emirates; DOB 01 Jan 1957 to 31 Jan 1957; POB Sudan; nationality Sudan; Gender Male; Passport B00018325 (Sudan) expires 16 Feb 2023; National ID No. 11945710905 (Sudan); alt. National ID No. 784195754986941 (United Arab Emirates) (individual) [GLOMAG].

"ALI, Haj" (a.k.a. FARAHANI, Alireza Shahvaroghi; a.k.a. "SALIMI, Vezarat"; a.k.a. "SALIMI, Vezerat"), Iran; DOB 06 Dec 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

"ALI, Hassan" (a.k.a. MORTEZAVI, Ali Hassan; a.k.a. MORTEZAVI, Hasan; a.k.a. MORTEZAVI, Sayyed Hasan), Iran; DOB 23 Aug 1964; POB Ghazvin, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D9019576 (Iran) (individual) [SDGT] [IRGC] [IFSR].

"ALI, Mufti Hazrat" (a.k.a. DEROJI, Mufti Hazrat; a.k.a. "AMJAD, Qari"; a.k.a. "Mufti Hazrat"; a.k.a. "Mufti Muzahim"), Dangam, Kunar, Afghanistan; DOB 17 Apr 1979; POB Samar Bagh, Lower Dir, Khyber Pakhtunkhwa, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TEHRIK-E TALIBAN PAKISTAN (TTP)).

"ALIAS LLC" (a.k.a. LIMITED LIABILITY COMPANY ALIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "АЛИС"); a.k.a. "ALIS LLC" (Cyrillic: "ООО АЛИС")), Office 222, Building 23, Kirova Street, Vladivostok, Primorsky Krai 690068, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 30 Sep 2016; Tax ID No. 2543103179 (Russia); Registration Number 1162536087230 (Russia) [DPRK2] (Linked To: CHINYONG

INFORMATION TECHNOLOGY COOPERATION COMPANY).

"AL-IBRAHIMI, Jamal Fa'far 'Ali" (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

"ALICANTE" (a.k.a. ALIMENTOS CARNICOS DE TRADICION ESPANOLA LTDA.), Calle 12 No. 12-58, Cali, Colombia; NIT # 900229820-2 (Colombia) [SDNT].

"AL-IFRI, Saleem" (a.k.a. AL-MANSUR, Salim Mustafa Muhammad; a.k.a. MANSUR AL-IFRI, Salim Mustafa Muhammad; a.k.a. MANSUR, Salim; a.k.a. MUSTAFA, Salim Mansur; a.k.a. "AL-SHAKLAR, Hajji Salim"), Mersin, Turkey; Istanbul, Turkey; Adana, Turkey; DOB 1959; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"ALIK TAYVANCHIK" (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV,

Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"AL-IMDAD" (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

"AL-INDONESI, Abu Walid" (a.k.a. FAIZ, Mohammad Yusuf Karim; a.k.a. FAIZ, Mohammed Karim Yusop; a.k.a. FAIZ, Mohammed Yusop Karin; a.k.a. FAIZ, Mohd Karim Yusop; a.k.a. SAIFUDDIN, Muhmmad; a.k.a. "AL-INDUNISI, Abu-Walid"), Syria; DOB 11 Oct 1978; POB Indonesia; nationality Indonesia; citizen Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-INDUNISI, Abu-Walid" (a.k.a. FAIZ, Mohammad Yusuf Karim; a.k.a. FAIZ, Mohammed Karim Yusop; a.k.a. FAIZ, Mohammed Yusop Karin; a.k.a. FAIZ, Mohd Karim Yusop; a.k.a. SAIFUDDIN, Muhmmad; a.k.a. "AL-INDONESI, Abu Walid"), Syria; DOB 11 Oct 1978; POB Indonesia; nationality Indonesia; citizen Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"ALIS LLC" (Cyrillic: "ООО АЛИС") (a.k.a. LIMITED LIABILITY COMPANY ALIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "АЛИС"); a.k.a. "ALIAS LLC"), Office 222, Building 23, Kirova Street, Vladivostok, Primorsky Krai 690068, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 30 Sep 2016; Tax ID No. 2543103179 (Russia); Registration Number 1162536087230 (Russia) [DPRK2] (Linked To: CHINYONG INFORMATION TECHNOLOGY COOPERATION COMPANY).

"AL-ISAWI, Ahmad" (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq;

nationality Iraq; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

"AL-ITALY, Anas" (a.k.a. ABDU SHAKUR, Anas; a.k.a. AL-ABBOUBI, Anas; a.k.a. EL ABBOUBI, Anas; a.k.a. EL-ABBOUBI, Anas; a.k.a. SHAKUR, Anas; a.k.a. "Abu Rawaha the Italian"; a.k.a. "Abu the Italian"; a.k.a. "Mc Khalifh"; a.k.a. "Mc Khaliph"; a.k.a. "McKhalif"; a.k.a. "Rawaha al Itali"), Aleppo, Syria; DOB 01 Oct 1992 to 31 Oct 1992; POB Marrakech, Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ALJASEM, Mohamed" (Arabic: "محمد الجاسم") (a.k.a. AL-JASIM, Mohammad Hussein (Arabic: محمد حسين الجاسم); a.k.a. "AL-JASIM, Muhammad Husayn"; a.k.a. "AL-JASSIM BIN HUSSEIN, Muhammad"; a.k.a. "AMSHA, Abu" (Arabic: "أبو عمشة")), Syria; DOB 1985; POB Al-Jawsa Village, Al-Suqaylabiyah District, Hama Governorate, Syria; alt. POB al-Ghousa, Hama Governorate, Syria; alt. POB Jossa, Hayalin District, Hama Governate, Syria; nationality Syria; citizen Syria; alt. citizen Turkey; Gender Male (individual) [PAARSSR-EO13894].

"AL-JASIM, Muhammad Husayn" (a.k.a. AL-JASIM, Mohammad Hussein (Arabic: محمد حسين الجاسم); a.k.a. "ALJASEM, Mohamed" (Arabic: "محمد الجاسم"); a.k.a. "AL-JASSIM BIN HUSSEIN, Muhammad"; a.k.a. "AMSHA, Abu" (Arabic: "أبو عمشة")), Syria; DOB 1985; POB Al-Jawsa Village, Al-Suqaylabiyah District, Hama Governorate, Syria; alt. POB al-Ghousa, Hama Governorate, Syria; alt. POB Jossa, Hayalin District, Hama Governate, Syria; nationality Syria; citizen Syria; alt. citizen Turkey; Gender Male (individual) [PAARSSR-EO13894].

"AL-JASIM, Seif al-Din" (a.k.a. AL-JASIM, Walid Hussein (Arabic: وليد حسين الجاسم); a.k.a. "AL-JASSIM, Saif al-Din"), Syria; DOB 1987; POB Jossa, Hayalin District, Hama Governate, Syria; nationality Syria; citizen Syria; Gender Male (individual) [PAARSSR-EO13894] (Linked To: SULEIMAN SHAH BRIGADE).

"AL-JASSIM BIN HUSSEIN, Muhammad" (a.k.a. AL-JASIM, Mohammad Hussein (Arabic: محمد حسين الجاسم); a.k.a. "ALJASEM, Mohamed" (Arabic: "محمد الجاسم"); a.k.a. "AL-JASIM, Muhammad Husayn"; a.k.a. "AMSHA, Abu" (Arabic: "أبو عمشة")), Syria; DOB 1985; POB Al-Jawsa Village, Al-Suqaylabiyah District, Hama

Governorate, Syria; alt. POB al-Ghousa, Hama Governorate, Syria; alt. POB Jossa, Hayalin District, Hama Governate, Syria; nationality Syria; citizen Syria; alt. citizen Turkey; Gender Male (individual) [PAARSSR-EO13894].

"AL-JASSIM, Saif al-Din" (a.k.a. AL-JASIM, Walid Hussein (Arabic: وليد حسين الجاسم); a.k.a. "AL-JASIM, Seif al-Din"), Syria; DOB 1987; POB Jossa, Hayalin District, Hama Governate, Syria; nationality Syria; citizen Syria; Gender Male (individual) [PAARSSR-EO13894] (Linked To: SULEIMAN SHAH BRIGADE).

"AL-JAWI, Abu Seif" (a.k.a. SANTOSO, Wiji Joko; a.k.a. SANTOSO, Wijijoko; a.k.a. "ABU SEIF"); DOB 14 Jul 1975; POB Rembang, Jawa Tengah, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A2823222 (Indonesia) issued 28 May 2012 expires 28 May 2017 (individual) [SDGT].

"AL-JAZAIRI, Abu Luqman" (a.k.a. SAAL, Fared; a.k.a. SAAL, Farid; a.k.a. SAAL, Fehad; a.k.a. "AL-ALMANI, Abu Luqmaan"; a.k.a. "AL-ALMANI, Abu Luqman"; a.k.a. "LOQMAN, Abu"; a.k.a. "LUQMAN, Abu"); DOB 18 Feb 1989; alt. DOB 08 Feb 1989; POB Bonn, Germany; citizen Germany; alt. citizen Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 5802098444 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-JAZA'IRI, Abu Usama" (a.k.a. AL-JAZA'IRI, Usama Abu-'Abd-al-Wahid; a.k.a. BELHIRECHE, Messaoud; a.k.a. BELKACEM, Usamah 'Abd-al-Wahid al-Jaza'iri), Mali; DOB 22 Jul 1970; POB Algeria; nationality Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

"AL-JAZARI, Yasir" (a.k.a. BOULGHIT, Boubakeur; a.k.a. BOULGHITI, Boubekeur; a.k.a. "AL DJAZAIRI, Abou Bakr"; a.k.a. "AL-JAZIRI, Abou Yasser"; a.k.a. "AL-JAZIRI, Abu Bakr"; a.k.a. "EL DJAZAIRI, Abou Yasser"), Peshawar, Pakistan; DOB 13 Feb 1970; POB Rouiba, Algiers, Algeria; nationality Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-JAZIRI, Abou Yasser" (a.k.a. BOULGHIT, Boubakeur; a.k.a. BOULGHITI, Boubekeur;

a.k.a. "AL DJAZAIRI, Abou Bakr"; a.k.a. "AL-JAZARI, Yasir"; a.k.a. "AL-JAZIRI, Abu Bakr"; a.k.a. "EL DJAZAIRI, Abou Yasser"), Peshawar, Pakistan; DOB 13 Feb 1970; POB Rouiba, Algiers, Algeria; nationality Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-JAZIRI, Abu Bakr" (a.k.a. BOULGHIT, Boubakeur; a.k.a. BOULGHITI, Boubekeur; a.k.a. "AL DJAZAIRI, Abou Bakr"; a.k.a. "AL-JAZARI, Yasir"; a.k.a. "AL-JAZIRI, Abou Yasser"; a.k.a. "EL DJAZAIRI, Abou Yasser"), Peshawar, Pakistan; DOB 13 Feb 1970; POB Rouiba, Algiers, Algeria; nationality Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-JAZRAWI, Abu-Sara" (a.k.a. AL ZAHRANI, Faysal Ahmad Bin Ali; a.k.a. ALZAHRANI, Faisal Ahmed Ali; a.k.a. AL-ZAHRANI, Faysal Ahmad 'Ali; a.k.a. "AL-SAUDI, Abu Sarah"; a.k.a. "AL-ZAHRANI, Abu-Sarah"; a.k.a. "ZAHRANI, Abu Sara"); DOB 19 Jan 1986; alt. DOB 18 Jan 1986; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K142736 (Saudi Arabia) issued 14 Jul 2011; alt. Passport G579315 (Saudi Arabia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-JEDDAWI, Abu-Rayhanah al-'Ansari" (a.k.a. AL-RUMAYSH, Mu'tassim Yahya 'Ali; a.k.a. "ABU-RAYHANAH"; a.k.a. "HANDALAH"; a.k.a. "RAYHANAH"); DOB 04 Jan 1973; POB Jeddah, Saudi Arabia; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01055336 (Yemen); Residency Number 2054275397 (Saudi Arabia) issued 22 Jul 1998 (individual) [SDGT].

"AL-KAHTANE, Abdul Rahman" (a.k.a. ABBUD, Bin Muhammad Awad; a.k.a. ABUD, Sa'ad Muhammad Awad; a.k.a. ADBUD, Muhammad 'Awad; a.k.a. AWAD, Muhammad; a.k.a. BAABOOD, Sa'ad Muhammad; a.k.a. BIN LADEN, Sa'ad; a.k.a. BIN LADEN, Sad); DOB 1982; POB Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 520951 (Sudan); alt. Passport 530951 (Sudan) (individual) [SDGT].

"AL-KANI MILITIA" (a.k.a. KANIYAT MILITIA; f.k.a. "7TH BRIGADE"; a.k.a. "9TH BRIGADE"; a.k.a. "AL-KANIYAT"; a.k.a. "KANI BRIGADE"; a.k.a. "KANIAT"; a.k.a. "KANIYAT"; a.k.a. "KANYAT"; f.k.a. "TARHUNA 7TH BRIGADE"; f.k.a. "TARHUNA BRIGADE"), Libya [GLOMAG].

"AL-KANIYAT" (a.k.a. KANIYAT MILITIA; f.k.a. "7TH BRIGADE"; a.k.a. "9TH BRIGADE"; a.k.a. "AL-KANI MILITIA"; a.k.a. "KANI BRIGADE"; a.k.a. "KANIAT"; a.k.a. "KANIYAT"; a.k.a. "KANYAT"; f.k.a. "TARHUNA 7TH BRIGADE"; f.k.a. "TARHUNA BRIGADE"), Libya [GLOMAG].

"AL-KARAR, Abu" (a.k.a. AL KHIYAWANI, Abdulhakim; a.k.a. AL KIYAWANI, Abdul Hakim; a.k.a. AL-KHAIWANI, Abdul Hakim; a.k.a. AL-KHAIWANI, Abdulhakem Hashim; a.k.a. "KARAR, Abu"), Yemen; DOB 1986; Gender Male (individual) [GLOMAG].

"AL-KHATUNI, Brukan" (a.k.a. ALISMAEEL, Abdulhameed Salim Ibrahim; a.k.a. AL-KHATUNI, Abd Al Hamid Salim Ibrahim Ismail Brukan; a.k.a. AL-KHATUNI, 'Abd-al-Hamid Salim Ibrahim Isma'il), Mersin, Turkey; DOB 01 Sep 1970; alt. DOB 12 Jan 1970; POB Ba'aj, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-KHUDUR, Khudhur Taher" (a.k.a. Al-Jaja; a.k.a. BIN ALI, Khodr Taher (Arabic: خضر طاهر بن علي); a.k.a. KHODR, Abou Ali; a.k.a. KHODR, Abu Ali (Arabic: ابو علي خضر); a.k.a. TAHER, Khader Ali; a.k.a. TAHER, Kheder Ali; a.k.a. TAHER, Khider Ali; a.k.a. TAHER, Khodr Ali (Arabic: خضر علي طاهر); a.k.a. "JIJEH, Abu Ali"), Damascus, Syria; Tartous, Syria; DOB 1976; POB Safita, Tartous, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

"AL-KHUWAYT, Taha" (a.k.a. 'ABD AL-NASIR, Hajji; a.k.a. "ABD AL-NASR, Hajji"; a.k.a. "ABDELNASSER, Hajji"), Syria; DOB 1967; alt. DOB 1966; alt. DOB 1968; POB Tall 'Afar, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-KINDI, Abu al-Miqdad" (a.k.a. BATARFI, Khaled; a.k.a. BATARFI, Khaled Saeed; a.k.a. BATARFI, Khalid; a.k.a. BATARFI, Khalid Saeed; a.k.a. "BATARFI, Khalid bin Umar"; a.k.a. "MIQDAD, Abu"), Yemen; DOB 1979; alt.

DOB 1978; alt. DOB 1980; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-KOSOVI, Abu Abdallah" (a.k.a. EL ALBANI, Ebu Abdullah; a.k.a. MUHAXHERI, Lavdrim; a.k.a. "AL KOSOVA, Abu Abdullah"; a.k.a. "AL-KOSOVO, Abu Abdallah"); DOB 1987; nationality Kosovo; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-KOSOVO, Abu Abdallah" (a.k.a. EL ALBANI, Ebu Abdullah; a.k.a. MUHAXHERI, Lavdrim; a.k.a. "AL KOSOVA, Abu Abdullah"; a.k.a. "AL-KOSOVI, Abu Abdallah"); DOB 1987; nationality Kosovo; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-KURDI, Abu Sulayman" (a.k.a. MUHAMMADI, Omid; a.k.a. MUHAMMADI, Umid; a.k.a. MUHAMMADI, 'Umid 'Abd al-Majid Muhammad 'Aziz; a.k.a. "AL-KURDI, 'Amid"; a.k.a. "AL-KURDI, Hamza"; a.k.a. "AL-KURDI, Umid"; a.k.a. "DARWESH, Arkan Mohammed Hussein"; a.k.a. "MARIVANI, Shahin"; a.k.a. "RAWANSARI, Shahin"); DOB 1967; nationality Syria; alt. nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ethnicity Kurdish (individual) [SDGT].

"AL-KURDI, 'Amid" (a.k.a. MUHAMMADI, Omid; a.k.a. MUHAMMADI, Umid; a.k.a. MUHAMMADI, 'Umid 'Abd al-Majid Muhammad 'Aziz; a.k.a. "AL-KURDI, Abu Sulayman"; a.k.a. "AL-KURDI, Hamza"; a.k.a. "AL-KURDI, Umid"; a.k.a. "DARWESH, Arkan Mohammed Hussein"; a.k.a. "MARIVANI, Shahin"; a.k.a. "RAWANSARI, Shahin"); DOB 1967; nationality Syria; alt. nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ethnicity Kurdish (individual) [SDGT].

"AL-KURDI, Hamza" (a.k.a. MUHAMMADI, Omid; a.k.a. MUHAMMADI, Umid; a.k.a. MUHAMMADI, 'Umid 'Abd al-Majid Muhammad 'Aziz; a.k.a. "AL-KURDI, Abu Sulayman"; a.k.a. "AL-KURDI, 'Amid"; a.k.a. "AL-KURDI, Umid"; a.k.a. "DARWESH, Arkan Mohammed Hussein"; a.k.a. "MARIVANI, Shahin"; a.k.a.

"RAWANSARI, Shahin"); DOB 1967; nationality Syria; alt. nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ethnicity Kurdish (individual) [SDGT].

"AL-KURDI, Salahuddin" (a.k.a. ERDOGAN, Emrah); DOB 1987 to 1989; POB Turkey; nationality Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-KURDI, Umid" (a.k.a. MUHAMMADI, Omid; a.k.a. MUHAMMADI, Umid; a.k.a. MUHAMMADI, 'Umid 'Abd al-Majid Muhammad 'Aziz; a.k.a. "AL-KURDI, Abu Sulayman"; a.k.a. "AL-KURDI, 'Amid"; a.k.a. "AL-KURDI, Hamza"; a.k.a. "DARWESH, Arkan Mohammed Hussein"; a.k.a. "MARIVANI, Shahin"; a.k.a. "RAWANSARI, Shahin"); DOB 1967; nationality Syria; alt. nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ethnicity Kurdish (individual) [SDGT].

"AL-KUWAITI, Abu Hudhayfa" (a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shiryan; a.k.a. AL-ANIZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharban; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. ALENEZI, Mohammad H A F; a.k.a. AL-SHAMMARI, Muhammad; a.k.a. "HUDAYTH, Abu"; a.k.a. "HUDHAYFAH, Abu"), Kuwait; DOB 26 May 1986; nationality Kuwait; citizen Kuwait; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

"AL-KUWAITI, Abu Uqlah" (a.k.a. AL-SHAMMARI, Hamad Awad Dahi Sarhan); DOB 31 Jan 1984; citizen Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 155454275 (Kuwait); Identification Number 284013101406 (Kuwait) (individual) [SDGT].

"AL-KUWAITI, Abu Usamah" (a.k.a. AL-ANIZI, 'Abd al-Rahman Khalaf; a.k.a. AL-'ANIZI, 'Abd al-Rahman Khalaf 'Ubayd Juday'; a.k.a. AL-'ANZI, 'Abd al-Rahman Khalaf; a.k.a. "ABU USAMA"; a.k.a. "AL-RAHMAN, Abu Usamah"; a.k.a. "KUWAITI, Abu Shaima'"; a.k.a. "YUSUF"); DOB 01 Jan 1973 to 31 Dec 1973; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-KUWAITI, Zubayr" (a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Sharyan; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANIZI, 'Abdullah Hadi 'Abd al-Rahman Fayzan Sharifan; a.k.a. AL-'ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharyan; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayzan Sharifan al-Anzi; a.k.a. "AL-ZUBAYR, Abu"), Hawali, Hawali Governorate, Kuwait; DOB 02 Aug 1984; POB Kuwait; citizen Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 107609169 (Kuwait); Driver's License No. 3284670 expires 21 Aug 2017; Identification Number 284080201511 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

"ALL UNION SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES" (a.k.a. GAZPROM VNIIGAZ; a.k.a. GAZPROM VNIIGAZ, OOO (Cyrillic: ООО ГАЗПРОМ ВНИИГАЗ); a.k.a. LLC VNIIGAZ; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'NAUCHNO-ISSLEDOVATELSKI INSTITUT PRIRODNYKH GAZOV I GAZOVYKH TEKHNOLOGI - GAZPROM VNIIGAZ' (Cyrillic: НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ПРИРОДНЫХ ГАЗОВ И ГАЗОВЫХ ТЕХНОЛОГИЙ - ГАЗПРОМ ВНИИГАЗ); a.k.a. "LIMITED LIABILITY COMPANY SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES"; a.k.a. "VNIIGAZ"), 15 Gazovikov St., bld. 1, Razvilka, Leninski Raion, Moskovskaya obl. 142717, Russia; Sevastopolskaya St. 1A, Ukhta, Komi Republic, Russia; Website www.vniigaz.ru; Email Address adm@vniigaz.gazprom.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-

/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jun 1999; Registration ID 1025000651598; Tax ID No. 5003028155; Government Gazette Number 31323949; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM).

"ALLIANCE ENERGY CO." (a.k.a. ALLIANCE ENERGY PVT. LIMITED), Huse No 64-A, St No 1, Gechs Phase-II Model Town Link Road, Lahore, Punjab 54000, Pakistan; Website allianceenergy.pk/; Organization Established Date 19 Dec 2016; Registration Number 0104304 (Pakistan) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

"AL-LIBI, Abu-Habib" (a.k.a. AL-SHA'ARI, Hasan al-Salahayn Salih; a.k.a. AL-SHA'IRI, Husayn Al-Salihin Salih; a.k.a. "ABU-HABIB, Hasan"; a.k.a. "AL-SALIHIN, Habib"); DOB 01 Jan 1975 to 31 Dec 1975; POB Darna, Libya; citizen Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 542858 (Libya); Personal ID Card 55252 (Libya) (individual) [SDGT].

"AL-LIBI, Shaykh Mahmud" (a.k.a. ABD AL-RAHMAN, Atiyah; a.k.a. AL-LIBI, 'Atiyah 'Abd al-Rahman; a.k.a. AL-SHATIWI, Jamal; a.k.a. AL-SHITAYWI, Jamal Ibrahim Muhammad; a.k.a. AL-SHITIWI, Jamal; a.k.a. AL-SHTIWI, Jamal); DOB 1969; alt. DOB 1965; alt. DOB 1966; alt. DOB 1967; alt. DOB 1957; alt. DOB 1958; alt. DOB 1959; alt. DOB 1960; POB Misrata, Libya; nationality Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-MAGHRIBI, Abu Ismail" (a.k.a. LAABOUDI, Morad; a.k.a. LAABOUDI, Mourad; a.k.a. "ABU ISMAIL"; a.k.a. "AL-MAGRABI, Abu Isma'il"); DOB 26 Feb 1993; citizen Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport UZ6430184 (Morocco); National ID No. CD595054 (Morocco) (individual) [SDGT].

"AL-MAGRABI, Abu Isma'il" (a.k.a. LAABOUDI, Morad; a.k.a. LAABOUDI, Mourad; a.k.a. "ABU ISMAIL"; a.k.a. "AL-MAGHRIBI, Abu Ismail"); DOB 26 Feb 1993; citizen Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport UZ6430184 (Morocco); National ID No. CD595054 (Morocco) (individual) [SDGT].

"AL-MAKKI, Abu Asim" (a.k.a. AL-AHDAL, Mohamed Mohamed Abdullah; a.k.a. AL-AHDAL, Mohammad Hamdi Mohammad Sadiq (Arabic: محمد حمدي محمد صادق الأهدل); a.k.a. AL-AHDAL, Muhammad Muhummad Abdullah; a.k.a. AL-HAMATI, Muhammad), Jamal street, Al-Dahima alley, Al-Hudaydah, Yemen; DOB 19 Nov 1971; POB Medina, Saudi Arabia; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 541939 (Yemen) issued 31 Jul 2000; National ID No. 216040 (Yemen) (individual) [SDGT].

"AL-MAKKI, Hashim" (a.k.a. AL-MASRI, Abu al-Walid; a.k.a. AL-MISRI, Abu Walid; a.k.a. ATIYA, Mustafa; a.k.a. HAMID, Mustafa; a.k.a. HAMID, Mustafa Muhammad 'Atiya; a.k.a. "AL-WALID, Abu"); DOB Mar 1945; POB Alexandria, Egypt; nationality Egypt; alt. nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-MALISI, Abu Awn" (a.k.a. UDIN, Mohamad Rafi; a.k.a. UDIN, Mohd Rafi; a.k.a. UDIN, Rafi), Syria; DOB 03 Jun 1966; POB Negri Sembilan, Malaysia; nationality Malaysia; citizen Malaysia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-MALIZI, Abu Sayyaf" (a.k.a. JEDI, Muhamad Wanndy bin Muhamad; a.k.a. JEDI, Muhamad Wanndy Mohamad; a.k.a. JEDI, Muhamad Wanndy Muhamad; a.k.a. JEDI, Muhammad Wanndy Bin Mohamed; a.k.a. WANNDY, Muhamad; a.k.a. "AL-FATEH, Abu Hamzah"), Syria; DOB 16 Nov 1990; alt. DOB 1989 to 1991; POB Durian Tunggal, Malacca, Malaysia; nationality Malaysia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A33373751 (Malaysia); National ID No. 90116-04-5293 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-MASRI, Abu Sulayman" (a.k.a. ABDEL HAMID, Mostafa Mohamed; a.k.a. FARAG, Mostafa; a.k.a. FARAG, Mostafa Mohamed; a.k.a. MAHAMED, Mostafa; a.k.a. "AL AUSTRALI, Abu Sulayman"; a.k.a. "AL MUHAJIR, Abu Sulayman"; a.k.a. "AL USTRALI, Abu Sulayman"); DOB 14 Feb 1984; POB Port Said, Egypt; nationality Australia; alt. nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M1898709 (Australia) expires 11 Oct 2012; Driver's License No. 13652517 (Australia) expires 19 Apr 2014 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"AL-MAURITANI, Sheikh Yunis" (a.k.a. GHADER, El Hadj Ould Abdel; a.k.a. JELIL, Youssef Ould Abdel; a.k.a. KHADER, Abdel; a.k.a. SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed; a.k.a. SALEM, Mohamed; a.k.a. SALIM, 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad; a.k.a. SOULEIMANE, Abou; a.k.a. "AL-MAURITANI, Younis"; a.k.a. "AL-MAURITANI, Yunis"; a.k.a. "CHINGHEITY"; a.k.a. "THE MAURITANIAN, Salih"; a.k.a. "THE MAURITANIAN, Shaykh Yunis"); DOB 1981; POB Saudi Arabia; nationality Mauritania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-MAURITANI, Younis" (a.k.a. GHADER, El Hadj Ould Abdel; a.k.a. JELIL, Youssef Ould Abdel; a.k.a. KHADER, Abdel; a.k.a. SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed; a.k.a. SALEM, Mohamed; a.k.a. SALIM, 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad; a.k.a. SOULEIMANE, Abou; a.k.a. "AL-MAURITANI, Sheikh Yunis"; a.k.a. "AL-MAURITANI, Yunis"; a.k.a. "CHINGHEITY"; a.k.a. "THE MAURITANIAN, Salih"; a.k.a. "THE MAURITANIAN, Shaykh Yunis"); DOB 1981; POB Saudi Arabia; nationality Mauritania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-MAURITANI, Yunis" (a.k.a. GHADER, El Hadj Ould Abdel; a.k.a. JELIL, Youssef Ould Abdel; a.k.a. KHADER, Abdel; a.k.a. SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed; a.k.a. SALEM, Mohamed; a.k.a. SALIM, 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad; a.k.a. SOULEIMANE, Abou; a.k.a. "AL-MAURITANI, Sheikh Yunis"; a.k.a. "AL-MAURITANI, Younis"; a.k.a. "CHINGHEITY"; a.k.a. "THE MAURITANIAN, Salih"; a.k.a. "THE

MAURITANIAN, Shaykh Yunis"); DOB 1981; POB Saudi Arabia; nationality Mauritania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-MOHAMMEDAWI, Abu Fadak" (a.k.a. AL-MOHAMMEDAWI, Abdul Aziz; a.k.a. MIRJIRASH AL-MUHAMMADAWI, Abd al-Aziz Malluh; a.k.a. MJERESH, Abdulazeez Mlawwah Mjeresh; a.k.a. "Abu Fadak"; a.k.a. "Al Khal"), Iraq; DOB 20 Jan 1968; POB Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A6108489 (Iraq) expires 28 Apr 2020 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

"AL-MOSASATUL FURQAN" (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old

Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"AL-MUDARI, Abu Khuzayma" (a.k.a. AL BINALI, Turki Mubarak Abdullah; a.k.a. AL-BENALI, Turki; a.k.a. AL-BIN'ALI, Turki; a.k.a. AL-BIN'ALI, Turki Mubarak; a.k.a. AL-BINALI, Turki Mubarak Abdullah Ahmad; a.k.a. "ABU DERGHAM"; a.k.a. "AL-ATHARI, Abu Human"; a.k.a. "AL-ATHARI, Abu Human Bakr ibn 'Abd al-'Aziz"; a.k.a. "AL-ATHARI, Abu-Bakr"; a.k.a. "AL-BAHRAYNI, Abu Hudhayfa"; a.k.a. "AL-SALAFI, Abu Hazm"; a.k.a. "AL-SULAMI, Abu Sufyan"); DOB 03 Sep 1984; POB Al Muharraq, Bahrain; nationality Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2231616 (Bahrain) issued 02 Jan 2013 expires 02 Jan 2023; alt. Passport 1272611 (Bahrain) issued 01 Apr 2003; Identification Number 840901356 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-MUHAJIR, Abu Usama" (a.k.a. ABU-SULAYMAN, Nashwan al-Adani; a.k.a. AL-ADANI, Abu Sulayman; a.k.a. AL-ADANI, Nashwan; a.k.a. AL-ADANI, Sulayman; a.k.a. AL-HASHIMI, Abu Ma'ali; a.k.a. AL-SAY'ARI, Muhammad Ahmed; a.k.a. AL-SAY'ARI, Muhammad Qan'an; a.k.a. AL-SAY'ARI, Nashwan; a.k.a. MUTHANA, Mohsen Ahmed Saleh; a.k.a. MUTHANNA, Muhsin Ahmad Salah; a.k.a. QAN'AN, Muhammad Salih Muhammad), Yemen; DOB 13 Jan 1988; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 05867398 (Yemen); alt. Passport 04988639 (Jordan) (individual) [SDGT] (Linked To: ISIL-YEMEN).

"AL-MUHJA" (a.k.a. MUHJAT ALQUDS FOUNDATION (Arabic: مؤسسة مهجة القدس); a.k.a. MUHJAT AL-QUDS FOUNDATION FOR MARTYRS, PRISONERS, AND WOUNDED (Arabic: مؤسسة مهجة القدس للشهداء والأسرى والجرحى); a.k.a. MUHJAT AL-QUDS FOUNDATION FOR PRISONERS; a.k.a. MUHJAT AL-QUDS INSTITUTION; a.k.a. "JERUSALEM MOVEMENT FOUNDATION FOR THE MARTYRS, PRISONERS, AND WOUNDED"), Gaza; Secondary sanctions risk:

section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2002; Registration Number 8040 (Palestinian) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

"AL-MUJAHEED, Abu Maleeq" (a.k.a. AL-ALMANI, Abu Talha; a.k.a. CUSPERT, Denis; a.k.a. CUSPERT, Denis Mamadou; a.k.a. DOGG, Deso; a.k.a. "AL ALMANI, Abu Talhah"; a.k.a. "MALEEQ, Abou"; a.k.a. "MALIK, Abu"; a.k.a. "MALIQ, Abu"; a.k.a. "MAMADOU, Abu"; a.k.a. "TALHA THE GERMAN, Abu"), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-MULAY, 'Abd" (a.k.a. AL USTA, Abdelrazag Elsharif; a.k.a. AL-USTA, 'Abd Al-Razzaq Al-Sharif; a.k.a. ELOSTA, Abdelrazag Elsharif; a.k.a. SHARIF, 'Abd al-Razzaq; a.k.a. "ABU MU'AWIYA"), undetermined; DOB 20 Jun 1963; POB SOGUMA, LIBYA; nationality United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-NAJDI, Hammam" (a.k.a. AL-HARBI, Nasir Muhammad 'Awad al-Ghidani; a.k.a. AL-HARBI, Nasir Muhammad 'Iwad al-Ghaydani; a.k.a. "AL-GHAYDANI, Abu-Bilal"; a.k.a. "AL-HARBI, Abu-Bilal"; a.k.a. "AL-RAS, Ra'i"; a.k.a. "BILAL"), Yemen; DOB 20 Jul 1974; alt. DOB 05 Sep 1974; POB al-Qasim, Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ALOMEX" (a.k.a. ALUMIX; f.k.a. DOGMOCH; a.k.a. DOMAL SAL; a.k.a. NATIONAL ALUMINUM DRAWING AND DRAWING COMPANY SAL; a.k.a. NATIONAL COMPANY FOR ALUMINUM EXTRUSION AND COLORING), Calot Center, Sami El Solh Street, Badaro, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1010799 (Lebanon) [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

"ALONDRA PRODUCE", SOCIEDAD DE PRODUCCION RURAL DE RESPONSABILIDAD ILIMITADA (a.k.a. ALONDRA PRODUCE, S.P.R. DE R.I.), Genaro Estrada, Municipio de Sinaloa, Sinaloa, Mexico; Business Registration Document # CUD: A201404010921001167 (Mexico) [SDNTK].

"ALPHA GROUP" (a.k.a. ALFA SPETZNAZ; a.k.a. KGB ALFA; a.k.a. KGB ALPHA (Cyrillic: КГБ АЛЬФА); a.k.a. "ALPHA UNIT"), Minsk, Belarus [BELARUS].

"ALPHA UNIT" (a.k.a. ALFA SPETZNAZ; a.k.a. KGB ALFA; a.k.a. KGB ALPHA (Cyrillic: КГБ АЛЬФА); a.k.a. "ALPHA GROUP"), Minsk, Belarus [BELARUS].

"AL-QA'QA" (a.k.a. NASOOF, Tahar; a.k.a. NASUF, Taher; a.k.a. NASUF, Tahir; a.k.a. NASUF, Tahir Mustafa; a.k.a. "ABU RIDA"; a.k.a. "ABU SALIMA EL LIBI"), Manchester, United Kingdom; DOB 04 Nov 1961; alt. DOB 11 Apr 1961; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-QAYRAWANI, Abd-al-Hakim" (a.k.a. HITTA, Asidan Ag; a.k.a. HITTA, Sidan Ag; a.k.a. HITTA, Siddan Ag; a.k.a. "ABU 'ABD AL-HAKIM"; a.k.a. "Abu Abdelhakim al-Kidali"; a.k.a. "Abu Qarwani"), Kidal Region, Mali; DOB 1976; POB Kidal, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

"AL-QAYYIM, 'Ibn" (a.k.a. AL-JAWZIYYAH, Ibn al-Qayyim; a.k.a. AL-SAYYID, 'Ali Sulayman Mas'ud 'Abd; a.k.a. SAYED, Aly Soliman Massoud Abdul; a.k.a. "AL-ZAWL"; a.k.a. "EL-QAIM, Ibn"; a.k.a. "OSMAN, Mohamed"); DOB 1969; POB Tripoli, Libya; nationality Libya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 96/184442 (Libya) (individual) [SDGT].

"AL-RAHMAN, Abu Usamah" (a.k.a. AL-ANIZI, 'Abd al-Rahman Khalaf; a.k.a. AL-'ANIZI, 'Abd al-Rahman Khalaf 'Ubayd Juday'; a.k.a. AL-'ANZI, 'Abd al-Rahman Khalaf; a.k.a. "ABU USAMA"; a.k.a. "AL-KUWAITI, Abu Usamah"; a.k.a. "KUWAITI, Abu Shaima'"; a.k.a. "YUSUF"); DOB 01 Jan 1973 to 31 Dec 1973; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-RAHMAN, Mark John" (a.k.a. TAYLOR, Mark; a.k.a. TAYLOR, Mark John; a.k.a. "Abu Abdul Rahman"; a.k.a. "DANIEL, Mohammad"; a.k.a. "DANIEL, Muhammad"), Raqqa, Syria; DOB 1972 to 1974; POB New Zealand; nationality New Zealand; Gender Male; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-RAS, Ra'i" (a.k.a. AL-HARBI, Nasir Muhammad 'Awad al-Ghidani; a.k.a. AL-HARBI, Nasir Muhammad 'Iwad al-Ghaydani; a.k.a. "AL-GHAYDANI, Abu-Bilal"; a.k.a. "AL-HARBI, Abu-Bilal"; a.k.a. "AL-NAJDI, Hammam"; a.k.a. "BILAL"), Yemen; DOB 20 Jul 1974; alt. DOB 05 Sep 1974; POB al-Qasim, Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-RAWI, Abu Khalid" (a.k.a. AL-HASHIMI, Walid Talib Zughayr; a.k.a. AL-RAWI, Waleed Talib Zghayir Karhout; a.k.a. AL-RAWI, Walid Talib Zughayr; a.k.a. ZGHAIR, Waleed Talib Zghair; a.k.a. ZGHYR, Walid Talib), Baghdad, Iraq; DOB 11 Nov 1988; nationality Iraq; Email Address waleed198811@gmail.com; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 9647807890955; alt. Phone Number 96407707840824; alt. Phone Number 9647720364973; Passport A11071541 (individual) [SDGT].

"AL-RAWI, Abu Umar" (a.k.a. AL-HASHIMI, Umar Talib Zughayr; a.k.a. AL-RAWI, 'Umar Talib; a.k.a. AL-RAWI, Umar Talib Zughayr; a.k.a. AL-RAWI, Umar Talib Zughayr Karhoot; a.k.a. ZGHYR, 'Umr Talib), Samsun, Turkey; al-Qa'im, Anbar Province, Iraq; Mersin Province, Turkey; DOB 1970; alt. DOB 1971; POB Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 907816941101; alt. Phone Number 9647734097694 (individual) [SDGT].

"AL-SAHL, Abu Luqman" (a.k.a. AL-'AUJAYD, Abdullah Shuwar; a.k.a. AL-SHAWAGH, 'Ali Musa; a.k.a. AL-SHAWAKH, Ali al-Hamoud; a.k.a. AL-SHAWAKH, Ali Musa; a.k.a. AL-SHAWAKH, Muhammad 'Ali; a.k.a. AL-SHAWWAKH, Ibrahim; a.k.a. "AL-HAMUD, 'Ali"; a.k.a. "AL-SURI, Abu Luqman"; a.k.a. "AWAS, Ali"; a.k.a. "AYYUB, Abu"; a.k.a. "DERWISH, 'Ali"; a.k.a. "HAMMUD, Ali"; a.k.a. "LUQMAN, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-SALAFI, Abu Hazm" (a.k.a. AL BINALI, Turki Mubarak Abdullah; a.k.a. AL-BENALI, Turki;

a.k.a. AL-BIN'ALI, Turki; a.k.a. AL-BIN'ALI, Turki Mubarak; a.k.a. AL-BINALI, Turki Mubarak Abdullah Ahmad; a.k.a. "ABU DERGHAM"; a.k.a. "AL-ATHARI, Abu Human"; a.k.a. "AL-ATHARI, Abu Human Bakr ibn 'Abd al-'Aziz"; a.k.a. "AL-ATHARI, Abu-Bakr"; a.k.a. "AL-BAHRAYNI, Abu Hudhayfa"; a.k.a. "AL-MUDARI, Abu Khuzayma"; a.k.a. "AL-SULAMI, Abu Sufyan"); DOB 03 Sep 1984; POB Al Muharraq, Bahrain; nationality Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2231616 (Bahrain) issued 02 Jan 2013 expires 02 Jan 2023; alt. Passport 1272611 (Bahrain) issued 01 Apr 2003; Identification Number 840901356 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-SALAMEH SOCIETY" (a.k.a. AL-SALAMA CHARITABLE SOCIETY FOR THE CARE OF THE WOUNDED AND DISABLED; a.k.a. AL-SALAMEH SOCIETY GAZA (Arabic: جمعية السلامة)), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2006; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

"AL-SALIHIN, Habib" (a.k.a. AL-SHA'ARI, Hasan al-Salahayn Salih; a.k.a. AL-SHA'IRI, Husayn Al-Salihin Salih; a.k.a. "ABU-HABIB, Hasan"; a.k.a. "AL-LIBI, Abu-Habib"); DOB 01 Jan 1975 to 31 Dec 1975; POB Darna, Libya; citizen Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 542858 (Libya); Personal ID Card 55252 (Libya) (individual) [SDGT].

"AL-SAUDI, Abu Sarah" (a.k.a. AL ZAHRANI, Faysal Ahmad Bin Ali; a.k.a. ALZAHRANI, Faisal Ahmed Ali; a.k.a. AL-ZAHRANI, Faysal Ahmad 'Ali; a.k.a. "AL-JAZRAWI, Abu-Sara"; a.k.a. "AL-ZAHRANI, Abu-Sarah"; a.k.a. "ZAHRANI, Abu Sara"); DOB 19 Jan 1986; alt. DOB 18 Jan 1986; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K142736 (Saudi Arabia) issued 14 Jul 2011; alt. Passport G579315 (Saudi Arabia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-SHAKLAR, Hajji Salim" (a.k.a. AL-MANSUR, Salim Mustafa Muhammad; a.k.a. MANSUR AL-

IFRI, Salim Mustafa Muhammad; a.k.a. MANSUR, Salim; a.k.a. MUSTAFA, Salim Mansur; a.k.a. "AL-IFRI, Saleem"), Mersin, Turkey; Istanbul, Turkey; Adana, Turkey; DOB 1959; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-SHAMI, Abu Ahmad" (a.k.a. AL-HASRI, Bassam Ahmad; a.k.a. HUSARI, Bassam Ahmad; a.k.a. "AKHLAQ, Abu Ahmad"), Syria; DOB 01 Jan 1971 to 31 Dec 1971; alt. DOB 01 Jan 1969; POB Qalamun, Damascus Province, Syria; alt. POB Ghutah, Damascus Province, Syria; alt. POB Tadamon, Rif Dimashq, Syria; nationality Syria; alt. nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"AL-SHAMI, Abu Anas" (a.k.a. AL-AZAWI, Marwan Ibrahim Hussayn Tah; a.k.a. AL-'ISAWI, Murtada Ibrahim Taha Muhammad), Iraq; DOB 1973 to 1975; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-SHAMI, Abu Hammam" (a.k.a. AL-SURI, Faruq; a.k.a. HIJAZI, Samir; a.k.a. HIJAZI, Samir 'Abd al-Latif; a.k.a. "AL-'ASKARI, Abu Hammam"; a.k.a. "AL-SHAMI, Abu Humam"), Syria; DOB 1977; POB Damascus, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HURRAS AL-DIN).

"AL-SHAMI, Abu Humam" (a.k.a. AL-SURI, Faruq; a.k.a. HIJAZI, Samir; a.k.a. HIJAZI, Samir 'Abd al-Latif; a.k.a. "AL-'ASKARI, Abu Hammam"; a.k.a. "AL-SHAMI, Abu Hammam"), Syria; DOB 1977; POB Damascus, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HURRAS AL-DIN).

"AL-SHAMI, Abu Mahmud" (a.k.a. AL-URAYDI, Sami Mahmud Mohammed; a.k.a. ERIDI, Sami Mahmoud Mohammad), Syria; DOB 1973; POB Amman, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K086725

(Jordan) issued 12 Oct 2008; Identification Number 973103364 (Jordan) (individual) [SDGT] (Linked To: HURRAS AL-DIN).

"AL-SHARQAWI, Shaykh Abu-Mus'ab" (a.k.a. 'ISA, Abd-al-Rahman Fahiye; a.k.a. ISSE MOHAMUD, Abdirahman Fahiye; a.k.a. "ADEN, Ahmed"; a.k.a. "FAHIYE, Abdirahman"), Somalia; DOB 1985; POB Bosaso, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"AL-SHIMALI, Abu-Muhammad" (a.k.a. ALJARBA, Tarad; a.k.a. ALJARBA, Tarad Mohammad); DOB 20 Nov 1979; POB Iraq; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E704088 (Saudi Arabia) issued 26 Aug 2003 expires 02 Jul 2008 (individual) [SDGT].

"AL-SHISHANI, Abu-Jihad" (a.k.a. ATABIEV, Islam; a.k.a. ATABIYEV, Islam; a.k.a. ATABIYEV, Islam Seit-Umarovich; a.k.a. DZHIKHAD, Abu; a.k.a. "THE CHECHEN, Abu Jihad"); DOB 29 Jun 1983; POB Stavropol Region, Russia; nationality Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 620169661 (Russia); alt. Passport 9103314932 (Russia) issued 16 Aug 2003 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-SHISHANI, Akhmed" (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAYEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"ALSHUTTI, Jamal H A A A" (a.k.a. AL-SHATTI, Jamal Husayn 'Abd 'Ali 'Abd-al-Rahim; a.k.a. ALSHATTI, Jamal Hussein Abd Ali), Kuwait;

DOB 20 Aug 1964; nationality Kuwait; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 004465264 (Kuwait) expires 13 Dec 2021; National ID No. 264082000213 (Kuwait) (individual) [SDGT] (Linked To: HIZBALLAH).

"AL-SKOTLANDI, Abu Abdullah" (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

"ALSOLAGE" (a.k.a. ALSOLADZH MINING COMPANY; a.k.a. ALSOLAG MINING COMPANY; a.k.a. MEROE GOLD CO. LTD.; a.k.a. SULLAJ MINING COMPANY; a.k.a. "AL SULLAJ"; a.k.a. "SOLANGE"; a.k.a. "SULLAG"), Al-jref Gharb Plot 134, Blok 1h, Khartoum, Sudan; Al-'Abdiya, River Nile State, Sudan; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Mining of other non-ferrous metal ores [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: M INVEST, OOO).

"AL-SULAMI, Abu Sufyan" (a.k.a. AL BINALI, Turki Mubarak Abdullah; a.k.a. AL-BENALI, Turki; a.k.a. AL-BIN'ALI, Turki; a.k.a. AL-BIN'ALI, Turki Mubarak; a.k.a. AL-BINALI, Turki Mubarak Abdullah Ahmad; a.k.a. "ABU DERGHAM"; a.k.a. "AL-ATHARI, Abu Human"; a.k.a. "AL-ATHARI, Abu Human Bakr ibn 'Abd al-'Aziz"; a.k.a. "AL-ATHARI, Abu-Bakr"; a.k.a. "AL-BAHRAYNI, Abu Hudhayfa"; a.k.a. "AL-MUDARI, Abu Khuzayma"; a.k.a. "AL-SALAFI, Abu Hazm"); DOB 03 Sep 1984; POB Al Muharraq, Bahrain; nationality Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2231616 (Bahrain) issued 02 Jan 2013 expires 02 Jan 2023; alt. Passport 1272611 (Bahrain) issued 01 Apr 2003; Identification Number 840901356 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-SURI, Abu Luqman" (a.k.a. AL-'AUJAYD, Abdullah Shuwar; a.k.a. AL-SHAWAGH, 'Ali Musa; a.k.a. AL-SHAWAKH, Ali al-Hamoud; a.k.a. AL-SHAWAKH, Ali Musa; a.k.a. AL-SHAWAKH, Muhammad 'Ali; a.k.a. AL-SHAWWAKH, Ibrahim; a.k.a. "AL-HAMUD, 'Ali"; a.k.a. "AL-SAHL, Abu Luqman"; a.k.a. "AWAS, Ali"; a.k.a. "AYYUB, Abu"; a.k.a. "DERWISH, 'Ali"; a.k.a. "HAMMUD, Ali"; a.k.a. "LUQMAN, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-TAJIKI, Ghassan" (a.k.a. AL-NAJDI, Muhannad; a.k.a. AL-'UTAYBI, 'Ali Manahi 'Ali al-Mahaydali); DOB 19 May 1984; POB al-Duwadmi, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-TALIBI, Abi Ja'far" (a.k.a. AL-TALIBI, Muhammad Ahmad), Yemen; DOB 01 Jan 1983; POB Dhahyan, Sa'dah, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01197425 (Yemen) (individual) [SDGT].

"AL-TAMIMI, Jamal al-Madan" (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

"AL-TUNISI, Abu Ayyad" (a.k.a. AAYADH, Abou; a.k.a. HASSAYN, Sayf Allah 'Umar bin; a.k.a. HASSINE, Saifallah Ben; a.k.a. HASSINE, Seifallah Ben; a.k.a. HOCINE, Seif Allah Ben; a.k.a. HUSSAYN, Sayf Allah bin; a.k.a. "AL-TUNISI, Abu Iyyadh"; a.k.a. "EL-TOUNSI, Abou Iyadh"; a.k.a. "IYADH, Abou"); DOB 08 Nov 1965; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-TUNISI, Abu Iyyadh" (a.k.a. AAYADH, Abou; a.k.a. HASSAYN, Sayf Allah 'Umar bin; a.k.a. HASSINE, Saifallah Ben; a.k.a. HASSINE, Seifallah Ben; a.k.a. HOCINE, Seif Allah Ben; a.k.a. HUSSAYN, Sayf Allah bin; a.k.a. "AL-TUNISI, Abu Ayyad"; a.k.a. "EL-TOUNSI, Abou Iyadh"; a.k.a. "IYADH, Abou"); DOB 08 Nov 1965; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-TUNISI, Abu Maryam" (a.k.a. HELAL, Mounir Ben Dhaou Ben Brahim Ben; a.k.a. HELEL, Mounir; a.k.a. HILEL, Mounir; a.k.a. "IBRAHIM, Munir Bin Du Bin"; a.k.a. "RAHMAH, Abu"); DOB 10 May 1983; POB Ben Guerdane, Tunisia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AL-TURKI, Ubayd" (a.k.a. HASAR, Fatih); DOB 01 Sep 1989; POB Puturge, Turkey; citizen Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 56287253110 (individual) [SDGT].

"AL-URDUNI, Abu-Julaybib" (a.k.a. AL-TOUBASI, Iyad; a.k.a. AL-TUBASI, Iyad; a.k.a. KHALIL, Ayyad Nazmi Salih; a.k.a. KHALIL, Eyad Nazmi Saleh; a.k.a. KHALIL, Iyad Nazmi Salih; a.k.a. "ABU-JULAYBIB"; a.k.a. "AL-DARDA', Abu"), Syria; DOB 01 Jan 1974 to 31 Dec 1974; POB Syria; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 286062 (Jordan) issued 05 Apr 1999 expires 04 Apr 2004; alt. Passport 654781 (Jordan) issued 01 Jan 2008 to 31 Dec 2010 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"AL-'USAMAH COMPANY" (a.k.a. AL-OSAMA TRADING CO. LTD.; a.k.a. AL-'USAMA TRADING COMPANY; a.k.a. ASYAF GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING & INVESTMENT; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING AND INVESTMENT; a.k.a. DAN ISDICO; a.k.a. M/S OSAMA KHAIRY HAFEZ TRADING EST.; a.k.a. OSAMA TRADING COMPANY LTD; a.k.a. "ASAMA COMMERCIAL COMPANY"; a.k.a. "ASAMA COMPANY"; a.k.a. "NURIN COMPANY"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; 504 & 7102, Ibrahim Shakir Building, Hail Street Rowais, Near Caravan Center, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah, Saudi Arabia; Riyadh 14213, Saudi Arabia; Dammam, Saudi Arabia; Al Kharaj, Saudi Arabia; Qasim, Saudi Arabia; Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-AGHA, Abu Ubaydah Khayri Hafiz; Linked To: HAMAS).

"Alvaro Arroz Ramos" (a.k.a. RAMOS ACOSTA, Alvaro), Calle Privada Homero Numero 3, Fraccionamiento El Greco, Nogales, Sonora, Mexico; DOB 31 Mar 1976; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. RAAA760331HSRMCL00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"AL-WALID, Abu" (a.k.a. AL-MASRI, Abu al-Walid; a.k.a. AL-MISRI, Abu Walid; a.k.a. ATIYA, Mustafa; a.k.a. HAMID, Mustafa; a.k.a. HAMID, Mustafa Muhammad 'Atiya; a.k.a. "AL-MAKKI, Hashim"); DOB Mar 1945; POB Alexandria, Egypt; nationality Egypt; alt. nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ALWAN, Nawaf Ahmed" (a.k.a. AL-RASHIDI, Nawaf Ahmad Alwan; a.k.a. SADA, Qahtan Nawaf Ahmad Alwan; a.k.a. "Abu Faris"), Syria; Turkey; Mosul, Iraq; DOB 1984; POB Mosul, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-WARD, 'Abd" (a.k.a. AL-DABASKI, Salim Nur al-Din; a.k.a. AL-DABSKI, Salem Nor Eldin Amohamed; a.k.a. AL-DABSKI, Salim Nur al-Din; a.k.a. AL-DIBISKI, Nur Al-Din; a.k.a. RAGAB, Abdullah; a.k.a. RAJAB, Abdallah; a.k.a. "AL-WARD, Abu"; a.k.a. "AL-WARUD, Abu"; a.k.a. "NAIM, Abu"); DOB circa 1963; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1990/345751 (Libya) (individual) [SDGT].

"AL-WARD, Abu" (a.k.a. AL-DABASKI, Salim Nur al-Din; a.k.a. AL-DABSKI, Salem Nor Eldin Amohamed; a.k.a. AL-DABSKI, Salim Nur al-Din; a.k.a. AL-DIBISKI, Nur Al-Din; a.k.a. RAGAB, Abdullah; a.k.a. RAJAB, Abdallah; a.k.a. "AL-WARD, 'Abd"; a.k.a. "AL-WARUD, Abu"; a.k.a. "NAIM, Abu"); DOB circa 1963; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1990/345751 (Libya) (individual) [SDGT].

"AL-WARUD, Abu" (a.k.a. AL-DABASKI, Salim Nur al-Din; a.k.a. AL-DABSKI, Salem Nor Eldin Amohamed; a.k.a. AL-DABSKI, Salim Nur al-Din; a.k.a. AL-DIBISKI, Nur Al-Din; a.k.a. RAGAB, Abdullah; a.k.a. RAJAB, Abdallah; a.k.a. "AL-WARD, 'Abd"; a.k.a. "AL-WARD, Abu"; a.k.a. "NAIM, Abu"); DOB circa 1963; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1990/345751 (Libya) (individual) [SDGT].

"AL-WAZIR, Ali" (a.k.a. AL-WAZIR, Ali Abd-Al-Wahhab Muhammad; a.k.a. "PRINCE"), Guangzhou, China; DOB 25 Dec 1978; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03692384 (Yemen) expires 26 Jul 2015 (individual) [SDGT] (Linked To: ANSARALLAH).

"AL-ZAHAR, Mahmoud" (a.k.a. AL ZAHAR, Mahmoud Khaled; a.k.a. ZAHHAR, Mahmoud Khaled; a.k.a. "ZAHAR, Mahmoud"), Gaza; DOB 1945; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [NS-PLC] (Linked To: HAMAS).

"AL-ZAHRANI, Abu-Sarah" (a.k.a. AL ZAHRANI, Faysal Ahmad Bin Ali; a.k.a. ALZAHRANI, Faisal Ahmed Ali; a.k.a. AL-ZAHRANI, Faysal Ahmad 'Ali; a.k.a. "AL-JAZRAWI, Abu-Sara"; a.k.a. "AL-SAUDI, Abu Sarah"; a.k.a. "ZAHRANI, Abu Sara"); DOB 19 Jan 1986; alt. DOB 18 Jan 1986; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K142736 (Saudi Arabia) issued 14 Jul 2011; alt. Passport G579315 (Saudi Arabia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-ZAIN, Ali Wahib" (a.k.a. SAFA, Wafic; a.k.a. SAFA, Wafiq; a.k.a. SAFA, Wafiq 'Abd-al-Husayn; a.k.a. SAFA, Wafiq Ahmad; a.k.a. "AL-DIN, Hessam Badr"), Lebanon; DOB 01 Sep 1960; alt. DOB 17 Mar 1965; POB Zibdin, Lebanon; alt. POB Zubaydah al-Jonubi, Lebanon; alt. POB Rayhan, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 494606 (Lebanon); alt. National ID No. 000012505210 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

"AL-ZAWL" (a.k.a. AL-JAWZIYYAH, Ibn al-Qayyim; a.k.a. AL-SAYYID, 'Ali Sulayman Mas'ud 'Abd; a.k.a. SAYED, Aly Soliman Massoud Abdul; a.k.a. "AL-QAYYIM, 'Ibn"; a.k.a. "EL-QAIM, Ibn"; a.k.a. "OSMAN, Mohamed"); DOB 1969; POB Tripoli, Libya; nationality Libya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 96/184442 (Libya) (individual) [SDGT].

"AL-ZAYN, Mazin" (a.k.a. AL-ZEIN, Mazen Hassan (Arabic: مازن حسان الزين); a.k.a. EL ZEIN, Mazen Hassan; a.k.a. "EL ZEIN, Mazen"), Burj Daman Tower, Apartment 3406, Dubai International Financial Center, Dubai 99573, United Arab Emirates; Al Mustaqbal Street, Iris Bay Building, Apt. No. 2304, Business Bay, Dubai, United Arab Emirates; DOB 21 Jun 1974; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 784197494718279 (Lebanon); Identification Number 178295160001 (United Kingdom) (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

"AL-ZIBIN, Muhsin" (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabn; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"AL-ZUBAYR, Abu" (a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Sharyan; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANIZI, 'Abdullah Hadi 'Abd al-Rahman Fayzan Sharifan; a.k.a. AL-'ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharyan; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayzan Sharifan al-Anzi; a.k.a. "AL-KUWAITI, Zubayr"), Hawali, Hawali Governorate, Kuwait; DOB 02 Aug 1984; POB Kuwait; citizen Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 107609169 (Kuwait); Driver's License No. 3284670 expires 21 Aug 2017; Identification Number 284080201511 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

"AMB" (a.k.a. AL-MUKHTAR BRIGADES; a.k.a. AL-MUKHTAR COMPANIES; a.k.a. AL-

MUQAWAMA AL-ISLAMIYYA AL-BAHRANIA; a.k.a. BAHRAINI ISLAMIC RESISTANCE; a.k.a. BAHRAINI ISLAMIC RESISTANCE AL-MUKHTAR COMPANIES; a.k.a. SARAYA AL-MOKHTAR; a.k.a. SARAYA AL-MUKHTAR; a.k.a. "SAM"), Iran; Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"AMI IRAQ" (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AMI IRZA" (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AMI KUSOMAN" (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AMIN IB" (a.k.a. AMIN INVESTMENT BANK; a.k.a. AMINIB), No. 51 Ghobadiyan Street, Valiasr Street, Tehran 1968917173, Iran; Website http://www.aminib.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

"AMINE DEL BELGIO" (a.k.a. FETTAR, Rachid; a.k.a. "DJAFFAR"), Via degli Apuli n.5, Milan, Italy; DOB 16 Apr 1969; POB Boulogin, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AMINULLAH, Shaykh" (a.k.a. AL-BISHAURI, Abu Mohammad Shaykh Aminullah; a.k.a. AL-PESHAWARI, Shaykh Abu Mohammed Ameen; a.k.a. AL-PESHAWARI, Shaykh Aminullah; a.k.a. AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed; a.k.a. BISHAWRI, Abu Mohammad Amin; a.k.a. GUL AL-PAKISTANI, Niaz Muhammad Muhammada; a.k.a. MUHAMMAD, Niaz; a.k.a. PESHAWARI, Abu Mohammad Aminullah; a.k.a. "AMINULLAH, Sheik"; a.k.a. "SHAYKH AMEEN"), Ganj District, Peshawar, Khyber Pakhtunkhwa, Pakistan; House number T-876 Galli Mohallah, Sheikh Abad number 4, Peshawar, Khyber Pakhtunkhwa, Pakistan; Saudi Arabia; DOB circa 01 Jan 1961; POB Shunkrai village, Sarkani District, Konar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport FU0152122 (Pakistan) expires 24 Apr 2017; alt. Passport FU0152121 (Pakistan) (individual) [SDGT] (Linked To: JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

"AMINULLAH, Sheik" (a.k.a. AL-BISHAURI, Abu Mohammad Shaykh Aminullah; a.k.a. AL-PESHAWARI, Shaykh Abu Mohammed Ameen; a.k.a. AL-PESHAWARI, Shaykh Aminullah; a.k.a. AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed; a.k.a. BISHAWRI, Abu Mohammad Amin; a.k.a. GUL AL-PAKISTANI, Niaz Muhammad Muhammada; a.k.a. MUHAMMAD, Niaz; a.k.a. PESHAWARI, Abu Mohammad Aminullah; a.k.a. "AMINULLAH, Shaykh"; a.k.a. "SHAYKH AMEEN"), Ganj District, Peshawar, Khyber Pakhtunkhwa, Pakistan; House number T-876 Galli Mohallah, Sheikh Abad number 4, Peshawar, Khyber Pakhtunkhwa, Pakistan; Saudi Arabia; DOB circa 01 Jan 1961; POB Shunkrai village, Sarkani District, Konar Province, Afghanistan; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport FU0152122 (Pakistan) expires 24 Apr 2017; alt. Passport FU0152121 (Pakistan) (individual) [SDGT] (Linked To: JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

"AMIR MUMINEN" (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

"AMIR MUMININ" (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

"AMIRC" (a.k.a. AGRICULTURAL, MEDICAL, AND INDUSTRIAL RESEARCH CENTER; a.k.a. KARAJ NUCLEAR RESEARCH CENTER FOR AGRICULTURE AND MEDICINE; f.k.a. NUCLEAR RESEARCH CENTER FOR AGRICULTURE AND MEDICINE; f.k.a. "NRCAM"), Karaj, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE).

"AMIRI, Ahmad" (a.k.a. AMANOLLAH, Paydar Mohammad; a.k.a. PAIDAR, Amanallah (Arabic: امان اله پایدار); a.k.a. PAYDAR, Aman Ilah; a.k.a. PAYDAR, Amanollah; a.k.a. "AZARIAN, Amin"; a.k.a. "MURAT, Rajib"), Iran; DOB 08 Nov 1958; POB Rudsar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2690705257 (Iran) (individual) [NPWMD] [IFSR] (Linked To: DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER).

"AMJAD, Qari" (a.k.a. DEROJI, Mufti Hazrat; a.k.a. "ALI, Mufti Hazrat"; a.k.a. "Mufti Hazrat"; a.k.a. "Mufti Muzahim"), Dangam, Kunar, Afghanistan; DOB 17 Apr 1979; POB Samar Bagh, Lower Dir, Khyber Pakhtunkhwa, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TEHRIK-E TALIBAN PAKISTAN (TTP)).

"AMMY ERZA" (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AMMY IZZA" (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AMNO" (a.k.a. ARMED MEN OF THE NAQSHBANDI ORDER; a.k.a. ARMY OF THE MEN OF THE NAQSHBANDI ORDER; a.k.a. JAYSH RAJAL AL-TARIQAH AL-NAQSHBANDIA; a.k.a. JAYSH RIJAL AL-TARIQ AL-NAQSHBANDI; a.k.a. MEN OF THE ARMY OF AL-NAQSHBANDIA WAY; a.k.a. NAQSHBANDI ARMY; a.k.a. NAQSHBANDI ARMY; a.k.a. "JRN"; a.k.a. "JRTN"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website: www.alnakshabandia-army.org; www.alnakshabndia-army.com [FTO] [SDGT] [IRAQ3].

"AMOR" (a.k.a. FETHI, Alic; a.k.a. MNASRI, Fethi Ben Rebai Ben Absha; a.k.a. "ABU OMAR"), Via Toscana n.46, Bologna, Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 06 Mar 1969; POB Baja, Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L497470 issued 03 Jun 1997 expires 02 Jun 2002 (individual) [SDGT].

"AMR" (a.k.a. JARRAYA, Khalil; a.k.a. JARRAYA, Khalil Ben Ahmed Ben Mohamed; a.k.a. "ABDEL' AZIZ BEN NARVAN"; a.k.a. "AMRO"; a.k.a. "AMROU"; a.k.a. "BEN NARVAN ABDEL AZIZ"; a.k.a. "KHALIL YARRAYA"; a.k.a. "OMAR"), Via Bellaria n.10, Bologna, Italy; Via Lazio n.3, Bologna, Italy; DOB 08 Feb 1969; alt. DOB 15 Aug 1970; POB Sfax, Tunisia; alt. POB Sreka, ex-Yugoslavia; nationality Tunisia; alt. nationality Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K989895 (Tunisia) issued 26 Jul 1995 expires 25 Jul 2000 (individual) [SDGT].

"AMRO" (a.k.a. JARRAYA, Khalil; a.k.a. JARRAYA, Khalil Ben Ahmed Ben Mohamed; a.k.a. "ABDEL' AZIZ BEN NARVAN"; a.k.a. "AMR"; a.k.a. "AMROU"; a.k.a. "BEN NARVAN ABDEL AZIZ"; a.k.a. "KHALIL YARRAYA"; a.k.a. "OMAR"), Via Bellaria n.10, Bologna, Italy; Via Lazio n.3, Bologna, Italy; DOB 08 Feb 1969; alt. DOB 15 Aug 1970; POB Sfax, Tunisia; alt. POB Sreka, ex-Yugoslavia; nationality Tunisia; alt. nationality Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K989895 (Tunisia) issued 26 Jul 1995 expires 25 Jul 2000 (individual) [SDGT].

"AMROU" (a.k.a. JARRAYA, Khalil; a.k.a. JARRAYA, Khalil Ben Ahmed Ben Mohamed; a.k.a. "ABDEL' AZIZ BEN NARVAN"; a.k.a. "AMR"; a.k.a. "AMRO"; a.k.a. "BEN NARVAN ABDEL AZIZ"; a.k.a. "KHALIL YARRAYA"; a.k.a. "OMAR"), Via Bellaria n.10, Bologna, Italy; Via Lazio n.3, Bologna, Italy; DOB 08 Feb 1969; alt. DOB 15 Aug 1970; POB Sfax, Tunisia; alt. POB Sreka, ex-Yugoslavia; nationality Tunisia; alt. nationality Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K989895 (Tunisia) issued 26 Jul 1995 expires 25 Jul 2000 (individual) [SDGT].

"AMSHA, Abu" (Arabic: "أبو عمشة") (a.k.a. AL-JASIM, Mohammad Hussein (Arabic: محمد حسين الجاسم); a.k.a. "ALJASEM, Mohamed" (Arabic: "محمد الجاسم"); a.k.a. "AL-JASIM, Muhammad Husayn"; a.k.a. "AL-JASSIM BIN HUSSEIN, Muhammad"), Syria; DOB 1985; POB Al-Jawsa Village, Al-Suqaylabiyah District, Hama Governorate, Syria; alt. POB al-Ghousa, Hama Governorate, Syria; alt. POB Jossa, Hayalin District, Hama Governate, Syria; nationality Syria; citizen Syria; alt. citizen Turkey; Gender Male (individual) [PAARSSR-EO13894].

"Amu" (a.k.a. AL DABBASHI, Ahmad Mohammed Omar Al Fituri; a.k.a. AL-FITOURI, Ahmad Oumar Imhamad (Arabic: احمد عمر امحمد الفيتوري); a.k.a. DABBASHI, Ahmed), Sabratha, Libya; DOB 05 Jul 1988; alt. DOB 07 May 1988; nationality Libya; Gender Male; Passport LY53FP76 issued 29 Sep 2015; National ID No. 119880387067 (Libya) (individual) [LIBYA3].

"AMY ERJA" (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Amyne Didi" (a.k.a. AMEEN, Mohamad), Maldives; DOB 22 May 1984; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. A114103 (Maldives) (individual) [SDGT] (Linked To: ISIL KHORASAN).

"AN NISA" (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"ANA" (a.k.a. AKSH; a.k.a. ALBANIAN NATIONAL ARMY) [BALKANS].

"ANALYTICAL MANUFACTORY" (a.k.a. ANALITICHESKAYA MANUFAKTURA OOO; a.k.a. LIMITED LIABILITY COMPANY ANALYTICAL MANUFACTURE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ANALITICHESKAYA MANUFAKTURA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АНАЛИТИЧЕСКАЯ МАНУФАКТУРА)), Sh. Rublevskoe, D. 9, ET/POM/KOM 1/I/10B, Moscow 121108, Russia (Cyrillic: Ш. РУБЛЁВСКОЕ, Д. 9, ЭТ/ПОМ/КОМ 1/I/10Б, МОСКВА 121108, Russia); Website amanuf.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jan 2018; Organization Type: Non-specialized wholesale trade; Tax ID No. 9701098128 (Russia); Government Gazette Number 23281390 (Russia); Business Registration Number 1187746024696 (Russia) [RUSSIA-EO14024].

"ANAYATURAHMAN" (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

"ANC" (a.k.a. JOINT STOCK COMPANY ASTRONOMICAL SCIENTIFIC CENTER; a.k.a. "AO ANTS"), sh. Entusziastov, d. 56, str. 25, Moscow 111123, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733769696 (Russia) Registration Number 1117746444881 (Russia) [RUSSIA-EO14024].

"Andreas" (a.k.a. SANCHEZ VALLEJO, Yeison Andres; a.k.a. "Blacks"), Colombia; Arakaka, Barima-Waini Region, Guyana; DOB 15 Jul 1990; POB Puerto Salgar, Colombia; nationality Colombia; citizen Colombia; Gender Male; Cedula No. 1003698707 (Colombia) Passport AU089105 (Colombia) (individual) [ILLICIT-DRUGS-EO14059].

"ANGEL SHIPPING" (a.k.a. ASIAN SEA ANGEL; a.k.a. ASIAN SEA ANGEL SHIPPING AGENCY; a.k.a. ASIAN SEA ANGEL SHIPPING CO (Arabic: شرکت فرشته دریای آسیا (شرکت)), No. 16 Molla Sadra St, District 3, Tehran, Tehran Province, Iran; No. 31, Molla Sadra Street, Tehran, Tehran Province 1991916833, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 03 Jun 2017; National ID No. 14006811644 (Iran); Commercial Registry Number 2196 (Iran) [IRAN-EO13846].

"ANIS, Abu" (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. ALI, Hassan; a.k.a. AL-NUBI, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADHIL, Mustafa Mohamed; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. JIHAD, Abu; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. "HUSSEIN"; a.k.a. "KHALID"; a.k.a. "YUSSRR, Abu"); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

"Anjan Bhai" (a.k.a. ARMAR, Mohammad Shafi; a.k.a. ARMAR, Mohammed Shafi; a.k.a. ARMAR, Safi; a.k.a. ARMAR, Shafi; a.k.a. "Chote Maula"; a.k.a. "Yousouf al-Hindi"; a.k.a. "Yousuf-Al Hindi"; a.k.a. "Yusuf al-Hindi"), Syria; DOB 1989 to 1991; POB Bhatkal, Karnataka, India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ANSAN" (a.k.a. KOREA MANDAL CREDIT BANK; a.k.a. MANDAL CREDIT BANK; a.k.a. "KMCB"), P'yo'ngch'o'n District, Ansan 2-dong, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Financial Institution [DPRK4].

"ANSAR AL-MOJAHEDIN NO-INTEREST LOAN INSTITUTE" (a.k.a. ANSAR BANK; a.k.a. ANSAR FINANCE AND CREDIT FUND; a.k.a. ANSAR FINANCIAL AND CREDIT INSTITUTE; a.k.a. BANK ANSAR; a.k.a. BANK-E ANSAR; f.k.a. "ANSAR INSTITUTE"; f.k.a. "ANSAR SAVING AND INTEREST FREE-LOANS FUND"), Building No. 539, North Pasdaran Street, Tehran 19575-497, Iran; Website www.ansarbank.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [IRAN] [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"ANSAR INSTITUTE" (a.k.a. ANSAR BANK; a.k.a. ANSAR FINANCE AND CREDIT FUND; a.k.a. ANSAR FINANCIAL AND CREDIT INSTITUTE; a.k.a. BANK ANSAR; a.k.a. BANK-E ANSAR; f.k.a. "ANSAR AL-MOJAHEDIN NO-INTEREST LOAN INSTITUTE"; f.k.a. "ANSAR SAVING AND INTEREST FREE-LOANS FUND"), Building No. 539, North Pasdaran Street, Tehran 19575-497, Iran; Website www.ansarbank.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [IRAN] [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"ANSAR JERUSALEM" (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"ANSAR SAVING AND INTEREST FREE-LOANS FUND" (a.k.a. ANSAR BANK; a.k.a. ANSAR FINANCE AND CREDIT FUND; a.k.a. ANSAR FINANCIAL AND CREDIT INSTITUTE; a.k.a. BANK ANSAR; a.k.a. BANK-E ANSAR; f.k.a. "ANSAR AL-MOJAHEDIN NO-INTEREST LOAN INSTITUTE"; f.k.a. "ANSAR INSTITUTE"), Building No. 539, North Pasdaran Street, Tehran 19575-497, Iran; Website www.ansarbank.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [IRAN] [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"ANSC" (a.k.a. JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY; a.k.a. JSC NSC ARKHANGELSK; a.k.a. OAO SEVERNOYE MORSKOYE PAROKHODSTVO; a.k.a. OJSC NORTHERN SHIPPING COMPANY; a.k.a. OPEN JSC NORTHERN SHIPPING COMPANY; a.k.a. "OJSC NSC"), Nab. Severnoy Dviny, 36, Arkhangelsk 163000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2901008432 (Russia); Identification Number IMO 0555641 [RUSSIA-EO14024].

"Anthony Anthony" (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

"ANTIFA-EAST" (a.k.a. ANTIFA OST; a.k.a. ANTIFA-OST; a.k.a. HAMMERBANDE; a.k.a. "HAMMER GANG"), Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2017 to 2018; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"AO 103 ARSENAL" (a.k.a. AKTSIONERNOE OBSHCHESTVO 103 ARSENAL; a.k.a. JOINT STOCK COMPANY 103 ARSENAL), D. 35 Mordovskaya ul., Saransk 430004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 1328001381 (Russia); Registration Number 1091328002358 (Russia) [RUSSIA-EO14024].

"AO 150 ARZ" (a.k.a. JOINT STOCK COMPANY 150 AIRCRAFT REPAIR PLANT; a.k.a. "150 AIRCRAFT REPAIR PLANT"), Ul. Garnizonnaya D. 4, Svetlyi, P. Lyublino-Novoe 238347, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Dec 1996; Tax ID No. 3913501370 (Russia); Registration Number 1093925016767 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"AO 356 ARZ" (a.k.a. JOINT STOCK COMPANY 356 AIRCRAFT REPAIR PLANT; a.k.a. "356 AIRCRAFT REPAIR PLANT"; a.k.a. "356 ARZ PAO"), Ter. Engels 1, Engels 413101, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Dec 1997; Tax ID No. 64449042335 (Russia); Registration Number 1076449000870 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"AO 5 ARSENAL" (a.k.a. AKTSIONERNOE OBSHCHESTVO 5 ARSENAL; a.k.a. JOINT STOCK COMPANY 5 ARSENAL), D. 45 Ul. B. Khmelnitskogo, Alatyr 429826, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 2122006437 (Russia); Registration Number 1092131000180 (Russia) [RUSSIA-EO14024].

"AO 6 ARSENAL" (a.k.a. AKTSIONERNOE OBSHCHESTVO 6 ARSENAL; a.k.a. JOINT STOCK COMPANY 6 ARSENAL), RP. Burmakino, Yaroslavl Oblast 152290, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7621008421 (Russia); Registration Number 1097627002428 (Russia) [RUSSIA-EO14024].

"AO 63 ARSENAL" (a.k.a. JOINT STOCK COMPANY 63 ARSENAL), Lipetsk, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 4823038078 (Russia); Registration Number 1094823014846 (Russia) [RUSSIA-EO14024].

"AO 81 BTRZ" (a.k.a. AKTSIONERNOE OBSHCHESTVO 81 BRONETANKOVYI REMONTNYI ZAVOD; a.k.a. JOINT STOCK COMPANY 81 ARMORED FIGHTING VEHICLES REPAIR PLANT; a.k.a. JOINT STOCK COMPANY 81 BTRZ), 7 Pugacheva per., Armavir 352919, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 2302060955 (Russia); Registration Number 1092302000922 (Russia) [RUSSIA-EO14024].

"AO 810 ARZ" (a.k.a. JOINT STOCK COMPANY 810 AIRCRAFT REPAIR PLANT; a.k.a. "810 AIRCRAFT REPAIR PLANT"), Ul. Vertoletnaya D.1, Chita 672045, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Aug 1995; Tax ID No. 7536080716 (Russia); Registration Number 1077536006118 (Russia)

[RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"AO 99 ZATO" (a.k.a. AKTSIONERNOE OBSHCHESTVO 99 ZAVOD AVIATSIONNOGO TEKHNOLOGICHESKOGO OBORUDOVANIIA; a.k.a. JOINT STOCK COMPANY 99 PLANT OF AVIATION TECHNOLOGICAL EQUIPMENT), 5 Dorozhnaya Street, Shcherbinka 142172, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7751520180 (Russia); Registration Number 1147746385500 (Russia) [RUSSIA-EO14024].

"AO AKIN" (a.k.a. AKTSIONERNOE OBSHCHESTVO AKUSTICHESKI INSTITUT IMENI AKADEMIKA NN ANDREEVA; a.k.a. JOINT STOCK COMPANY ANDREYEV ACOUSTICS INSTITUTE; a.k.a. "JSC AKIN"), ul. Shvernika d. 4, Moscow 117449, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727804367 (Russia); Registration Number 1137746376074 (Russia) [RUSSIA-EO14024].

"AO AKONIT A" (a.k.a. AKTSIONERNOE OBSHCHESTVO AKONIT ALABUGA), Ter. Oez Alabuga, Ul. Sh-2 Str. 13A, Kab. 118, Yelabuga 423601, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1646048224 (Russia); Registration Number 1201600028387 (Russia) [RUSSIA-EO14024].

"AO AMZ" (a.k.a. JOINT STOCK COMPANY ARZAMAS MACHINE BUILDING PLANT; a.k.a. JOINT STOCK COMPANY ARZAMAS MACHINERY PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO ARZAMASSKIY MASHINOSTROITELNYI ZAVOD), 2 May 9 St., Arzamas 607220, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5243001767 (Russia); Registration Number 1025201335730 (Russia) [RUSSIA-EO14024].

"AO ANTS" (a.k.a. JOINT STOCK COMPANY ASTRONOMICAL SCIENTIFIC CENTER; a.k.a. "ANC"), sh. Entusziastov, d. 56, str. 25, Moscow 111123, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733769696 (Russia); Registration Number 1117746444881 (Russia) [RUSSIA-EO14024].

"AO AOMZ" (a.k.a. ALEKSINSKY EXPERIMENTAL MECHANICAL PLANT; a.k.a. JOINT STOCK COMPANY ALEKSINSKII OPYTNYI MEHANICHESKII ZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АЛЕКСИНСКИЙ ОПЫТНЫЙ МЕХАНИЧЕСКИЙ ЗАВОД)), ul. Metallistov, D. 10, Aleksin 301365, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7111504768 (Russia); Registration Number 1127154040122 (Russia) [RUSSIA-EO14024].

"AO ARMALIT" (a.k.a. AKTSIONERNOE OBSHCHESTVO MASHINOSTROITELNY ZAVOD ARMALIT; a.k.a. ARMALIT 1 INC; a.k.a. ARMALIT JOINT STOCK COMPANY), ul. Trefoleva d. 2, Saint Petersburg 198097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805148130 (Russia); Registration Number 1027802712530 (Russia) [RUSSIA-EO14024].

"AO ASK" (a.k.a. JOINT STOCK COMPANY AIRCRAFT SERVICE COMPANY), Ul. Vereiskaya, D. 39, Moscow 121357, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Jun 2008; Tax ID No. 7731595540 (Russia); Registration Number 1087746709423 (Russia) [RUSSIA-EO14024].

"AO AUR" (a.k.a. AKTSIONERNOE OBSHCHESTVO AKONIT URAL; a.k.a. JSC AKONIT URAL), Ter. Oez Alabuga, Ul. Sh-2 Str. 13A, Kab. 213, Yelabuga 423601, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6685160839 (Russia); Registration Number 1196658020470 (Russia) [RUSSIA-EO14024].

"AO AVEKS" (a.k.a. AKTSIONERNOE OBSHCHESTVO AVIATSIONNAIA ELEKTRONIKA I KOMMUNIKATSIONNYE SISTEMY; a.k.a. JOINT STOCK COMPANY AVIATION ELECTRONICS AND COMMUNICATION SYSTEMS), 15 Proezd Entuziastov, Suite 8A, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714041380 (Russia); Registration Number 1027700419636 (Russia) [RUSSIA-EO14024].

"AO AZ URAL" (a.k.a. AKTSIONERNOE OBSHCHESTVO AVTOMOBILNYI ZAVOD URAL; a.k.a. AUTOMOBILE PLANT URAL JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMPANY URAL MOTOR VEHICLES PLANT), 1 Avtozavodtsev pr-kt, Miass 456304, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7415029289 (Russia); Registration Number 1027400870826 (Russia) [RUSSIA-EO14024].

"AO BAZ" (a.k.a. AO BRYANSKI AVTOMOBILNY ZAVOD; a.k.a. BRYANSK AUTOMOBILE FACTORY; a.k.a. JOINT STOCK COMPANY BRYANSK AUTOMOBILE PLANT; a.k.a. "JSC BAF"), 1 Staleliteinaia Ul., Bryansk 241035, Russia; 20 Novaia Basmannaia Ul., Str. 8, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3255502838 (Russia); Registration Number 1083254005141 (Russia) [RUSSIA-EO14024].

"AO BPZ" (a.k.a. AKTSIONERNOE OBSHCHESTVO BARNAULSKII PATRONNYI ZAVOD; a.k.a. JOINT STOCK COMPANY BARNAUL CARTRIDGE PLANT), 28 P.S. Kulagina St, Barnaul 656002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2224080239 (Russia); Registration Number 1032202168305 (Russia) [RUSSIA-EO14024].

"AO BRT" (a.k.a. BELARUSREZINOTEHNIKA OJSC; a.k.a. JOINT STOCK COMPANY BELARUSREZINOTEKHNIKA), 102 Minskaya Str., Bobruisk 213829, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Government Gazette Number 1494387000 (Belarus); Registration Number 70069297 (Belarus) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY 81 ARMORED FIGHTING VEHICLES REPAIR PLANT).

"AO BZPP" (a.k.a. AKTSIONERNOE OBSHCHESTVO BOLKHOVSKII ZAVOD POLUPROVODNIKOVYKH PRIBOROV), Ul. Vasiliya Ermakova D. 17, Bolkhov 303140, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5704003487 (Russia); Registration Number 1025702655890 (Russia) [RUSSIA-EO14024].

"AO CX3" (a.k.a. JOINT STOCK COMPANY SALAVAT CHEMICAL PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САЛАВАТСКИЙ ХИМИЧЕСКИЙ ЗАВОД); a.k.a. SALAVAT CHEMICAL PLANT; a.k.a. "JSC SKHZ"), 30 Mologvardeytsev Street, Salavat, Republic of Bashkortostan 453256, Russia; Website www.salavathz.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Nov 2012; Tax ID No. 266036534 (Russia) [RUSSIA-EO14024].

"AO DTSSS" (Cyrillic: "АО ДЦСС") (a.k.a. AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДАЛЬНЕВОСТОЧНЫЙ ЦЕНТР СУДОСТРОЕНИЯ И СУДОРЕМОНТА); a.k.a. JSC FAR EASTERN SHIPBUILDING AND

SHIP REPAIR CENTER; a.k.a. OJSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. "FESRC"; a.k.a. "FESRC JSC"; a.k.a. "JSC DCSS"; a.k.a. "JSC DTSSS"), 72 Svetlanskaya Ulitsa, Vladivostok, Primorsky Territory 690001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2536196045 (Russia); Government Gazette Number 80952329 (Russia); Registration Number 1072536016211 (Russia) [RUSSIA-EO14024].

"AO EKA" (a.k.a. ECOLOGY COSMONAUTICS AVIATION (Cyrillic: ЭКОЛОГИЯ КОСМОНАВТИКА АВИАЦИЯ); a.k.a. JOINT STOCK COMPANY EKA; a.k.a. "AKTSIONERNOE OBSHCHESTVO EKA"), D. 1/4 Pionerskaya, Korolev 141090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5054002290 (Russia); Registration Number 1025002036730 (Russia) [RUSSIA-EO14024].

"AO EPK" (a.k.a. EUROPEAN BEARING CORPORATION), ul. Sharikopodshipnikovskaya, d. 13, str. 62, Moscow 115088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722242530 (Russia); Registration Number 1027700137618 (Russia) [RUSSIA-EO14024].

"AO ERA" (a.k.a. ELEKTRORADIOAVTOMATIKA JSC), Per. Grivtsova D.1/64, Saint Petersburg 190031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7812018283 (Russia); Registration Number 1027810260136 (Russia) [RUSSIA-EO14024].

"AO FZMT" (a.k.a. AKTSIONERNOE OBSHCHESTVO FRYAZINSKII ZAVOD MOSHCHNYKH TRANZISTOROV), Pr-D Zavodskoi D. 3, Fryazino 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5050113873 (Russia); Registration Number 5147746235456 (Russia) [RUSSIA-EO14024].

"AO IFK" (a.k.a. AKTSIONERNOE OBSHCHESTVO ILYUSHIN FINANS KO; a.k.a. JOINT STOCK COMPANY ILYUSHIN FINANCE COMPANY; a.k.a. JSC ILYUSHIN FINANCE COMPANY; a.k.a. OJSC ILYUSHIN FINANCE; a.k.a. "IFC LEASING"; a.k.a. "JSC IFC"), Pr-kt Michurinskii, Olimpiiskaya Derevnya D. 1, Korp. 1, et. 4, Moscow 119602, Russia; Pr-kt Leninskii d. 43A, office 502, Voronezh 394004, Russia; 1st km of Rublevo-Uspenskoe Shosse, Building 6, Odintsovo, Moscow

143030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Mar 1999; Tax ID No. 3663029916 (Russia); Registration Number 1033600042332 (Russia) [RUSSIA-EO14024].

"AO KBM" (a.k.a. JOINT STOCK COMPANY MACHINE BUILDING DESIGN BUREAU), Ul. Sosinskaya D. 43, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jan 1993; Tax ID No. 7722307636 (Russia); Registration Number 1057709110436 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

"AO KEMZ" (a.k.a. AKTSIONERNOE OBSHCHESTVO KOVROVSKII ELEKTROMEKHANICHESKII ZAVOD; a.k.a. JOINT STOCK COMPANY KOVROV ELECTROMECHANICAL PLANT), 55 Krupskoi Street, Kovrov 601919, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3305004421 (Russia); Registration Number 1023301951177 (Russia) [RUSSIA-EO14024].

"AO KMP" (a.k.a. AKTSIONERNOE OBSHCHESTVO KORPORATSIYA MORSKOGO PRIBOROSTROENIYA; a.k.a. MARINE EQUIPMENT ENGINEERING CORPORATION JSC), Ul. Malaya Posadskaya D. 30, LIT. A, Saint Petersburg 197046, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7813649764 (Russia); Registration Number 1207800171050 (Russia) [RUSSIA-EO14024].

"AO KNIIM" (a.k.a. JOINT STOCK COMPANY SCIENTIFIC-RESEARCH INSTITUTE OF MECHANIZATION OF KRASNOARMEYSK), Pr-Kt Ispytatelei D. 8, Krasnoarmeysk 141292, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5038087144 (Russia); Registration Number 1115038007534 (Russia) [RUSSIA-EO14024].

"AO KNPZ" (a.k.a. AKTSIONERNOE OBSHCHESTVO KUIBYSHEVSKII NEFTEPERERABATYVAYUSHCHII ZAVOD; a.k.a. JSC KUYBYSHEVSKY OIL REFINERY; a.k.a. KUIBYSHEVSKY REFINERY), Ul. Groznenskaya D.25, Samara 443004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6314006396 (Russia); Registration Number 1026300894179 (Russia) [RUSSIA-EO14024].

"AO KOMPEL" (a.k.a. JOINT STOCK COMPANY COMPEL), ul. Novokhokhlovskaya d. 23, str. 1, Moscow 109052, Russia; Pr-kt Volgogradskii d. 28A, pom I et 3 kom 6, Moscow 109316, Russia; Bolshoi pr-t V.O., 18, Saint Petersburg, Russia; K. Marksa pr-t, 57, Novosibirsk, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713005406 (Russia); Registration Number 1027700032161 (Russia) [RUSSIA-EO14024].

"AO KREDO" (a.k.a. JOINT STOCK COMPANY KREDO (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КРЕДО)), 4 ul. Olkhovskaia, korp. 2, et. 4, pom. 471, Moscow 105066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7719668640 (Russia); Registration Number 1087746176341 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEW MEDIA HOLDING).

"AO KRONSHTADT-UNMANNED SYSTEMS" (a.k.a. AO KT-UNMANNED SYSTEMS; a.k.a. JOINT STOCK COMPANY KT - UNMANNED SYSTEMS; a.k.a. "AO KT - BESPILOTNYE SISTEMY"; a.k.a. "AO KT-BS"; a.k.a. "KT - UNMANNED SYSTEMS"), PR-KT Malyi V.O. D.54, K.5 Lit. P, Saint Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Apr 2012; Tax ID No. 7801572080 (Russia); Registration Number 1127847213361 (Russia) [RUSSIA-EO14024].

"AO KT - BESPILOTNYE SISTEMY" (a.k.a. AO KT-UNMANNED SYSTEMS; a.k.a. JOINT STOCK COMPANY KT - UNMANNED SYSTEMS; a.k.a. "AO KRONSHTADT-UNMANNED SYSTEMS"; a.k.a. "AO KT-BS"; a.k.a. "KT - UNMANNED SYSTEMS"), PR-KT Malyi V.O. D.54, K.5 Lit. P, Saint Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Apr 2012; Tax ID No. 7801572080 (Russia); Registration Number 1127847213361 (Russia) [RUSSIA-EO14024].

"AO KT-BS" (a.k.a. AO KT-UNMANNED SYSTEMS; a.k.a. JOINT STOCK COMPANY KT - UNMANNED SYSTEMS; a.k.a. "AO KRONSHTADT-UNMANNED SYSTEMS"; a.k.a. "AO KT - BESPILOTNYE SISTEMY"; a.k.a. "KT - UNMANNED SYSTEMS"), PR-KT Malyi V.O. D.54, K.5 Lit. P, Saint Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Apr 2012;

Tax ID No. 7801572080 (Russia); Registration Number 1127847213361 (Russia) [RUSSIA-EO14024].

"AO KUMAPP" (a.k.a. JOINT STOCK COMPANY KUMERTAU AVIATION PRODUCTION ENTERPRISE; a.k.a. KUMERTAU AVIATION PRODUCTION ENTERPRISE; a.k.a. "JSC KUMAPE"), Ul. Novozarinskaya D. 15 A, Kumertau 453300, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jul 1992; Tax ID No. 0262016287 (Russia); Registration Number 1080262000609 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"AO KZSK" (a.k.a. AKTSIONERNOE OBSHCHESTVO KAZANSKII ZAVOD SINTETICHESKOGO KAUCHUKA; a.k.a. KAZAN SYNTHETIC RUBBER PLANT JSC), ul. Lebedeva d. 1, pomeshch. 4, Kazan 420054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7608030523 (Russia); Registration Number 1177627028039 (Russia) [RUSSIA-EO14024].

"AO LZOS" (a.k.a. AKTSIONERNOE OBSHCHESTVO LYTKARINSKII ZAVOD OPTICHESKOGO STEKLA; a.k.a. JOINT STOCK COMPANY LYTKARINO OPTICAL GLASS PLANT; a.k.a. "JSC LZOS"), 1 ul. Parkovaia, Lytkarino 140080, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5026000300 (Russia); Registration Number 1025003178397 (Russia) [RUSSIA-EO14024].

"AO MPK" (a.k.a. JOINT STOCK COMPANY MORDOV RADIOELECTRONIC COMPANY; a.k.a. MORDOVIA RADIO ELECTRONIC COMPANY), Ul. Bolshaya Akademicheskaya D. 44, Korp. 2, Moscow 127550, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1324000130 (Russia); Registration Number 1111324000501 (Russia) [RUSSIA-EO14024].

"AO MRTS" (a.k.a. AKTSIONERNOE OBSHCHESTVO MEZHREGIONALNYI REGISTRATORSKII TSENTR), Per. Podsosenskii D. 26, Str. 2, Moscow 105062, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 1901003859 (Russia); Registration Number 1021900520883 (Russia) [RUSSIA-EO14024].

"AO MUROMSKOE SKB" (a.k.a. AKTSIONERNOE OBSHCHESTVO MUROMSKOE SPETSIALNOE KONSTRUKTORSKOE BYURO; a.k.a. JOINT STOCK COMPANY MUROM SPECIAL DESIGN BUREAU), 5 Karacharovskoe Highway, Murom 602251, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3307000983 (Russia); Registration Number 1086623002190 (Russia) [RUSSIA-EO14024].

"AO NII OEP" (a.k.a. PUBLIC LIMITED COMPANY SCIENTIFIC RESEARCH INSTITUTE FOR OPTOELECTRONIC INSTRUMENT ENGINEERING; a.k.a. SCIENTIFIC RESEARCH INSTITUTE FOR OPTOELECTRONIC INSTRUMENT ENGINEERING), Ul. Leningradskaya D. 29, Lit. T, Sosnovyy Bor 188540, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4725481940 (Russia); Registration Number 1124725000894 (Russia) [RUSSIA-EO14024].

"AO NII STALI" (a.k.a. JOINT STOCK COMPANY NAUCHNO ISSLEDOVATELSKII INSTITUT STALI (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ СТАЛИ); a.k.a. JSC RESEARCH INSTITUTE OF STEEL), d. 81A ul. Dubninskaya, Moscow 127411, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713070243 (Russia); Registration Number 1027739081556 (Russia) [RUSSIA-EO14024].

"AO NII SVT" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT SREDSTV VYCHISLITELNOI TEKHNIKI; a.k.a. "NII SVT PAO"), Ul. Melnichnaya D. 31, Kirov 610025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4345309407 (Russia); Registration Number 1114345026784 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

"AO NII TP" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT TOCHNYKH PRIBOROV; a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF PRECISION INSTRUMENTS; a.k.a. JOINT STOCK COMPANY SCIENCE RESEARCH INSTITUTE FOR PRECISE INSTRUMENTS; a.k.a. "JSC RIPI"), ul. Dekabristov, Vl 51, Moscow 127490, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No.

7715784155 (Russia); Government Gazette Number 11482462 (Russia); Registration Number 1097746735481 (Russia) [RUSSIA-EO14024].

"AO NIIAA" (a.k.a. AKTSIONERNOE OBSHCHESTVO ORDENA TRUDOVOGO KRASNOGO ZNAMENI NAUCHNOISSLEDOVATELSKII INSTITUT AVTOMATICHESKOI APPARATURY IM AKADEMIKA V S SEMENIKHINA; a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE FOR AUTOMATED APPARATUS NAMED AFTER ACADEMICIAN V S SEMENIKHIN; a.k.a. NIIAA NAMED AFTER ACADEMICIAN VS SEMENIKHIN FSUE), D. 78 Profsoyuznaya Ul., Moscow 117393, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7728795443 (Russia); Registration Number 1127746009500 (Russia) [RUSSIA-EO14024].

"AO NIIEI" (a.k.a. JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE OF ELECTRICAL CARBON PRODUCTS), Per. Gorki D.1, Elektrougli 142455, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1946; Tax ID No. 5031099373 (Russia); Registration Number 1125031000093 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

"AO NIIFI" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT FIZICHESKIKH IZMERENII; a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF PHYSICAL MEASUREMENTS; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF PHYSICAL INSTRUMENTS"), Str. 8/10, Ul. Volodarskogo, Penza 440026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5836636246 (Russia); Registration Number 1095836001304 (Russia) [RUSSIA-EO14024].

"AO NIIMET" (a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND RESEARCH INSTITUTE OF ELECTRONIC ENGINEERING MATERIALS), Ul. Gagarina, D. 1, Kaluga 248650, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Nov 1991; Tax ID No. 4026008516 (Russia); Registration Number 1024001177188 (Russia) [RUSSIA-EO14024]

(Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

"AO NIIP" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT PRIBOROV; a.k.a. RESEARCH AND DEVELOPMENT INSTITUTE OF SCIENTIFIC INSTRUMENTS JOINT STOCK COMPANY; a.k.a. "RISI JSC"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF INSTRUMENTS"), 8 Turaevo Industrial Area, Lytkarino 140080, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5027241394 (Russia); Registration Number 1165027055258 (Russia) [RUSSIA-EO14024].

"AO NIIPM" (a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF POLYMERIC MATERIAL; a.k.a. JSC SCIENTIFIC-RESEARCH INSTITUTE OF POLYMER MATERIALS), Ul. Chistopolskaya D. 16, Perm 614113, Russia; Ul. Galpernia D. 11, K. 3 Str. 50/2, Perm 614042, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5908051070 (Russia); Registration Number 1125908001670 (Russia) [RUSSIA-EO14024].

"AO NIISSU (a.k.a. FEDERAL STATE UNITARY ENTERPRISE SCIENTIFIC RESEARCH INSTITUTE OF COMMUNICATION AND CONTROL SYSTEMS; a.k.a. JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE OF COMMUNICATION AND CONTROL SYSTEMS; a.k.a. JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE OF COMMUNICATION SYSTEMS AND AUTOMATED CONTROL SYSTEMS; a.k.a. JSC NIICS AND ACS), Starokaluzhskoe Shosse D. 58, Moscow 117630, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jan 1992; Tax ID No. 7728804257 (Russia); Registration Number 1127746262390 (Russia) [RUSSIA-EO14024].

"AO NIK" (Cyrillic: "АО НИК") (a.k.a. AKTSIONERNOE OBSHCHESTVO NATSIONALNAYA INZHINIRINGOVAYA KORPORATSIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАЦИОНАЛЬНАЯ ИНЖИНИРИНГОВАЯ КОМПАНИЯ); a.k.a. JOINT STOCK COMPANY NATIONAL ENGINEERING CORPORATION; a.k.a. "JSC NEC"), d. 3 korp. 2 pom, 71-N, pl. Konstitutsii, St. Petersburg 196247, Russia; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Organization Established Date 01 Oct 2014; Tax ID No. 7810942838 (Russia); Government Gazette Number 72473566 (Russia); Registration Number 1147847338902 (Russia) [RUSSIA-EO14024].

"AO NPK SPP" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNAYA KORPORATSIYA SISTEMY PRETSIZIONNOGO PRIBOROSTROENIYA; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION PRECISION SYSTEMS AND INSTRUMENTS; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION PRECISION SYSTEMS AND INSTRUMENTS; a.k.a. SCIENTIFIC AND INDUSTRIAL CORPORATION PRECISION INSTRUMENT SYSTEMS; a.k.a. "JSC RPC PSI"), ul. Aviamotornaya D. 53, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7722698108 (Russia); Government Gazette Number 07559035 (Russia); Registration Number 1097746629639 (Russia) [RUSSIA-EO14024].

"AO NPO AVTOMATIKI" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE AVTOMATIKI IMENI AKADEMIKA NA SEMIKHATOVA; a.k.a. SCIENTIFIC AND PRODUCTION ASSOCIATION OF AUTOMATICS NAMED AFTER ACADEMICIAN NA SEMIKHATOV), Ul. Mamina-Sibiryaka D.145, Yekaterinburg 620075, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6685066917 (Russia); Registration Number 1146685026509 (Russia) [RUSSIA-EO14024].

"AO NPO IT" (a.k.a. AKTSIONERNOE OBSCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE IZMERITELNOY TEKHNIKI; a.k.a. SCIENTIFIC AND PRODUCTION ASSOCIATION OF MEASURING EQUIPMENT JSC; a.k.a. SCIENTIFIC AND PRODUCTION ASSOCIATION OF MEASURING TECHNOLOGY), 2k4 Pionerskaya Str., Korolyov, Moscow Region 141074, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5018139517 (Russia); Registration Number 1095018006555 (Russia) [RUSSIA-EO14024].

"AO NPO MKM" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO

PROIZVODSTVENNOE OBYEDINENIE MKM; a.k.a. "MKM LTD"), 24 Ilfata Zakirova St, Izhevsk 426072, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1833001787 (Russia); Registration Number 1021801504460 (Russia) [RUSSIA-EO14024].

"AO NPO RIT" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE RAZVITE INNOVATSIONNYKH TEKHNOLOGII; a.k.a. RESEARCH AND MANUFACTURING ASSOCIATION DEVELOPMENT OF INNOVATIVE TECHNOLOGIES), Ul. Ozernaya D. 14, K. 1, Tver 170008, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6901043667 (Russia); Registration Number 1036900089093 (Russia) [RUSSIA-EO14024].

"AO NPP VNIIGIS" (a.k.a. JOINT STOCK COMPANY NPP VNIIGIS; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RESEARCH AND DESIGN INSTITUTE OF WELL LOGGING), 1, ul. Gorkogo Oktyabrski, Bashkortostan Republic 452614, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Dec 1995; Tax ID No. 0265013492 (Russia); Government Gazette Number 01423872 (Russia); Registration Number 1020201929439 (Russia) [RUSSIA-EO14024].

"AO NPZ" (a.k.a. AKTSIONERNOE OBSHCHESTVO NOVOSIBIRSKII PRIBOROSTROITELNYI ZAVOD; a.k.a. JOINT STOCK COMPANY NOVOSIBIRSK INSTRUMENT MAKING PLANT), Ul. Dusi Kovalchuk D. 179/2, Novosibirsk 630049, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5402534261 (Russia); Registration Number 1115476008889 (Russia) [RUSSIA-EO14024].

"AO ODK PM" (a.k.a. AKTSIONERNOE OBSHCHESTVO ODK PERMSKIE MOTORY; a.k.a. JSC UEC PERM ENGINES; a.k.a. JSC UEC PERM MOTORS; a.k.a. PERM ENGINE COMPANY; a.k.a. PERM MOTOR PLANT; a.k.a. PERM MOTOROSTROITEL PRODUCTION ASSOCIATION; a.k.a. UNITED ENGINE CORPORATION PERM ENGINES RESEARCH AND PRODUCTION COMPLEX), 93 Komsomolskii Pr-kt, Perm 614990, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-

Owned Enterprise; Tax ID No. 5904007312 (Russia); Registration Number 1025900893864 (Russia) [RUSSIA-EO14024].

"AO ODK" (Cyrillic: **"АО ОДК"**) (a.k.a. AKTSIONERNOE OBSHCHESTVO OBEDINENNAYA DVIGATELESTROITELNAYA KORPORATSIYA; a.k.a. JOINT STOCK COMPANY UNITED ENGINE CORPORATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОБЪЕДИНЕННАЯ ДВИГАТЕЛЕСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. UNITED ENGINE CORP JSC), 16, Budyonny Avenue, Moscow 105118, Russia; Per. Mayakovskogo D. 11, Moscow 109147, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 22 Nov 2007; Tax ID No. 7731644035 (Russia); Registration Number 1107746081717 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"AO OKB KP" (a.k.a. JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF THE CABLE INDUSTRY), Ul. Yadreevskaya D. 4, Mytishchi 141002, Russia; Ul. Kolpakova D. 77, Mytishchi 141008, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5029150262 (Russia); Registration Number 1115029003231 (Russia) [RUSSIA-EO14024].

"AO OKB MEI" (a.k.a. AKTSIONERNOE OBSHCHESTVO OSOBOE KONSTRUKTORSKOE BYURO MOSKOVSKOGO ENERGETICHESKOGO INSTITUTA; a.k.a. JOINT STOCK COMPANY SPECIAL RESEARCH BUREAU OF MOSCOW POWER ENGINEERING INSTITUTE; a.k.a. "JSC OKB MEI"), ul. Krasnokazarmennaya D. 14, Moscow 111250, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7722701431 (Russia); Government Gazette Number 02066983 (Russia); Registration Number 1097746729816 (Russia) [RUSSIA-EO14024].

"AO OMK" (a.k.a. JOINT STOCK COMPANY UNITED METALLURGICAL COMPANY), Nab. Ozerkovskaya D. 28, Str. 2, Moscow 115184, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 23 Nov 1992; Tax ID No. 7736030085 (Russia); Registration Number 1027700121173 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"AO ONIIP" (a.k.a. JOINT STOCK COMPANY OMSK SCIENTIFIC RESEARCH INSTITUTE OF INSTRUMENT ENGINEERING; a.k.a. JOINT STOCK COMPANY OMSKIY NAUCHNO ISSLEDOVATELSKIY INSTITUT PRIBOROSTROENIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОМСКИЙ НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ПРИБОРОСТРОЕНИЯ); a.k.a. OMSK INSTRUMENT RESEARCH INSTITUTE; a.k.a. "JSC ONIIP"), Ulitsa Maslennikova, Dom 231, Omsk 644009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5506218498 (Russia); Registration Number 1115543024574 (Russia) [RUSSIA-EO14024].

"AO OUK YKU" (a.k.a. AKTSIONERNOE OBSHCHESTVO OBYEDINENNAYA UGOLNAYA KOMPANIYA YUZHKUZBASSUGOL; a.k.a. AO OUK IUZHKUZBASSUGOL; a.k.a. OUK YUZHKUZBASSUGOL AO), PR-KT Kurako D. 33, Novokuznetsk 654006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4216008176 (Russia); Registration Number 1024201758030 (Russia) [RUSSIA-EO14024].

"AO PLAZMA" (a.k.a. JOINT STOCK COMPANY PLASMA; a.k.a. JSC PLASMA), Ul. Tsiolkovskogo D. 24, Ryazan 390023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1959; Tax ID No. 6230005886 (Russia); Registration Number 1026201102850 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

"AO REMBAZA" (a.k.a. AKTSIONERNOE OBSHCHESTVO REMONTNAIA BAZA PO REMONTU AVIATSIONNYKH PRIBOROV I AERODROMNOI TEKHNIKI; a.k.a. FL AO REMBAZA; a.k.a. JOINT STOCK COMPANY MAINTENANCE BASE OF AIRCRAFT INSTRUMENTS AND AERODROME EQUIPMENT), D. 40 Ul. Titova, Balashov 412310, Russia; Nab. tarasa shevchenko d. 23 A, Moscow 121151, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6440020175 (Russia);

Registration Number 1096440000425 (Russia) [RUSSIA-EO14024].

"AO RGD" (a.k.a. AKTSIONERNOE OBSHCHESTVO RUSGAZDOBYCHA), Ul. Vereiskaya D. 29, Str. 134, BTS Vereiskaya Plaza 3, Floor 7, Moscow 121357, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7705529981 (Russia); Registration Number 1127747296918 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"AO RNPK" (a.k.a. JOINT STOCK COMPANY RYAZAN OIL REFINERY COMPANY; a.k.a. RYAZAN OIL REFINING COMPANY JOINT STOCK COMPANY; a.k.a. "JSC RORC"), Yuzhnyi Promuzel D. 8, Ryazan 390011, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6227007322 (Russia); Registration Number 1026200870321 (Russia) [RUSSIA-EO14024].

"AO RNT" (Cyrillic: **"АО РНТ"**) (a.k.a. AKTSIONEROE OBSHCHESTVO RNT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РНТ); a.k.a. AO RUSSIAN HIGH TECHNOLOGIES (Cyrillic: АО РОССИЙСКИЕ НАУКОЕМКИЕ ТЕХНОЛОГИИ); a.k.a. CLOSED JOINT STOCK COMPANY RNT; a.k.a. "CJSC RNT"; a.k.a. "RNT COMPANY"; a.k.a. "ZAO RNT"), 6, ul. 2-Ya Ostankinskaya, Moscow 129515, Russia; Website www.rnt.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jun 1993; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7720010693 (Russia); Government Gazette Number 17917145 (Russia); Registration Number 1027700248256 (Russia) [RUSSIA-EO14024].

"AO RUSSTAN" (Cyrillic: **"АО РУССТАН"**) (a.k.a. RUSATOM MACHINE TOOLS JOINT STOCK COMPANY; a.k.a. "RMT JSC"), Ul. 3-ya Yamskogo Polya d. 2, K. 26, Moscow 125124, Russia; Per. Pyzhevskii D. 5, Str. 1, Floor/Pomeshch. 2/I, Kom./Office 39/205, Moscow 119017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9706022877 (Russia); Registration Number 1227700146838 (Russia) [RUSSIA-EO14024].

"AO RUST 95" (a.k.a. AKTSIONERNOE OBSHCHESTVO RUST 95), Ul. Severnaya D. 12, Kolpino 196655, Russia; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728120384 (Russia); Registration Number 1027700457443 (Russia) [RUSSIA-EO14024].

"AO RZMKP" (a.k.a. AKTSIONERNOE OBSHCHESTVO RYAZANSKII ZAVOD METALLOKERAMICHESKIKH PRIBOROV; a.k.a. RYAZAN METAL CERAMICS INSTRUMENTATION PLANT JSC; a.k.a. RYAZAN PLANT OF METAL-CERAMIC DEVICES (Cyrillic: РЯЗАНСКИЙ ЗАВОД МЕТАЛЛОКЕРАМИЧЕСКИХ ПРИБОРОВ)), 51B Novaya St., Ryazan 390027, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1964; Tax ID No. 6230006400 (Russia); Registration Number 1026201102377 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

"AO SKB VT" (a.k.a. AKTSIONERNOE OBSHCHESTVO SPETSIALNOE KONSTRUKTORSKOE BYURO VYCHISLITELNOI TEKHNIKI), Ul. Maksima Gorkogo D. 1, Pskov 180007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Dec 1991; Tax ID No. 6027075580 (Russia); Registration Number 1036000308937 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

"AO SKBK" (a.k.a. AKTSIONERNOE OBSHCHESTVO SPETSIALNOE KONSTRUKTORSKOE BYURO KOTLOSTROENIYA; a.k.a. JSC THE SPECIAL BOILER DESIGN BUREAU), Pr-kt Stachek D. 47, Lit. Ts, Kabinet 415, Saint Petersburg 198097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801064369 (Russia); Registration Number 1027800527347 (Russia) [RUSSIA-EO14024].

"AO SKTB RT" (a.k.a. JOINT STOCK COMPANY SPECIAL RELAY SYSTEM DESIGN AND ENGINEERING BUREAU), Ul. Nekhinskaya D. 55, Velikiy Novgorod 173025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 May 1992; Tax ID No. 5321095589 (Russia); Registration Number 1045300260940 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

"AO SMAZ" (a.k.a. JOINT STOCK COMPANY SMOLENSK AIRCRAFT PLANT; a.k.a. JSC SMOLENSK AVIATION PLANT; a.k.a. SMOLENSK AIRCRAFT PLANT JSC), Ul. Frunze D. 74, Smolensk 214006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1926; Tax ID No. 6729001476 (Russia); Registration Number 1026701424056 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

"AO SNPKH" (Cyrillic: "АО СНПХ") (a.k.a. AKTSIONERNOE OBSHCHESTVO SAMOTLORNEFTEPROMKHIM (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САМОТЛОРНЕФТЕПРОМХИМ)), Ul. Industrialnaya D. 95, Str. 1, Nizhnevartovsk 628600, Russia; Ul. Industrialnaya ZD. 95, Str. 1, Nizhnevartovsk 628616, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 8603118208 (Russia); Registration Number 1048600521408 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"AO SPK" (a.k.a. AKTSIONERNOE OBSHCHESTVO STALEPROMYSHLENNAYA KOMPANIYA; a.k.a. JOINT STOCK COMPANY STEEL INDUSTRIAL COMPANY; a.k.a. "JSC SPK"), Ul. Akademicheskaya D. 18, Yekaterinburg 620137, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6671197148 (Russia); Registration Number 1069671052868 (Russia) [RUSSIA-EO14024].

"AO SPKB SU" (a.k.a. AKTSIONERNOE OBSHCHESTVO SPETSIALNOE PROEKTNO KONSTRUKTORSKOE BYURO SREDSTV UPRAVLENIYA), Per. Vagzhanovskii D. 9, Tver 170100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Feb 1976; Tax ID No. 6950087667 (Russia); Registration Number 1086952019164 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

"AO SPZ" (a.k.a. AKTSIONERNOE OBSHCHESTVO SARANSKII PRIBOROSTROITELNYI ZAVOD; a.k.a. PUBLIC JOINT STOCK COMPANY SARANSK INSTRUMENT WORKS; a.k.a. "PJSC SIW"; a.k.a. "SPZ PJSC"), 9 ul. Vasenko, Saransk 430030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1325003052 (Russia); Registration Number 1021301063464 (Russia) [RUSSIA-EO14024].

"AO SRZ" (a.k.a. AKTSIONERNOE OBSHCHESTVO SARATOVSKI RADIOPRIBORNYI ZAVOD; a.k.a. JSC SARATOVSKI RADIOPRIBORNYI ZAVOD; a.k.a. "SRZ PAO"), PR-KT 50 Let Oktyabrya D. 108, Saratov 410040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1970; Tax ID No. 6453104288 (Russia); Registration Number 1096453002690 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

"AO STP PZMTS" (a.k.a. AKTSIONERNOE OBSHCHESTVO SOVMESTNOE TEKHNOLOGICHESKOE PREDPRIYATIE PERMSKII ZAVOD METALLOOBRABATYVAYUSHCHIKH TSENTROV; a.k.a. JOINT STOCK COMPANY TECHNOLOGICAL ENTERPRISE PERM PLANT OF METAL WORKING CENTERS; a.k.a. PERM FACTORY METAL CENTERS STP STOCK COMPANY; a.k.a. "PZMC"), 155 Promyshlennaya Street, Perm 614065, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5905951227 (Russia); Registration Number 1145958055870 (Russia) [RUSSIA-EO14024].

"AO SZ IKS" (a.k.a. AKTSIONERNOE OBSHCHESTVO SPETSIALIZIROVANNYI ZASTROISHCHIK IKS; a.k.a. IKS JOINT STOCK COMPANY; a.k.a. "IKS JSC"), 33 Oktyabrskaya St., Nizhny Novgorod 603005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 5263023906 (Russia); Registration Number 1025203020424 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

"AO TD ROSEL" (a.k.a. JOINT STOCK COMPANY TRADING HOUSE ROSEL), Ul. Kosmonavta Volkova D. 12, Moscow 127299, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Oct 2005; Tax ID No. 7718564221 (Russia); Registration Number 1057748776733 (Russia) [RUSSIA-EO14024]

(Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

"AO TPZ" (a.k.a. JOINT STOCK COMPANY TULA CARTRIDGE WORKS; a.k.a. TULA CARTRIDGE PLANT; a.k.a. TULAMMO), ul. Marata D. 47 B, Tula 300004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7105008338 (Russia); Registration Number 1027100507268 (Russia) [RUSSIA-EO14024].

"AO TSENKI" (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTR EKSPLUATATSII OBEKTOV NAZEMNOI KOSMICHESKOI INFRASTRUKTURY; a.k.a. FEDERAL STATE UNITARY ENTERPRISE CENTER FOR OPERATION OF SPACE GROUND BASED INFRASTRUCTURE; a.k.a. FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE TSENTR EKSPLUATATSII OBEKTOV NAZEMNOI KOSMICHESKOI INFRASTRUKTURY; a.k.a. "FSUE TSENKI"), 42 Shchepkina Str., Moscow 129110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9702013720 (Russia); Registration Number 1207700033760 (Russia) [RUSSIA-EO14024].

"AO TSKBA" (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTRALNOE KONSTRUKTORSKOE BYURO APPARATOSTROENIYA; a.k.a. CENTRAL DESIGN BUREAU OF APPARATUS ENGINEERING; a.k.a. "APPARATUS DEVELOPMENT JOINT STOCK COMPANY"; a.k.a. "JSC CDBAE"), 36, ul Demonstratsii, Tula 300034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7106002868 (Russia); Registration Number 1027100740941 (Russia) [RUSSIA-EO14024].

"AO TSNII EISU" (Cyrillic: "ЦНИИ ЭИСУ") (a.k.a. FEDERAL STATE UNITARY ENTERPRISE CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF ECONOMICS INFORMATICS AND MANAGEMENT SYSTEMS; a.k.a. "CNIIEISU"), Ul. Bronnaya M D., STR. 1, Saint Petersburg 123104, Russia; Website cniieisu.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Nov 1991; Organization Type: Other information technology and computer service activities; Target Type Government Entity; Tax ID No. 7703824477 (Russia); Registration Number 1147748143344 (Russia) [RUSSIA-EO14024].

"AO TSNIISM" (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT SPETSIALNOGO MASHINOSTROENIIA; a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTRALNYJ NAUCHNO LSSLEDOVATELSKIJ LNSTITUT SPETSIALNOGO MASH; a.k.a. CENTRAL RESEARCH INSTITUTE FOR SPECIAL MACHINERY; a.k.a. JOINT STOCK COMPANY CENTRAL SCIENTIFIC RESEARCH INSTITUTE FOR SPECIAL MACHINE BUILDING; a.k.a. "CRISM JSC"), 34 Zavodskaya St., Khotkovo 141371, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5042003203 (Russia); Registration Number 1025005330646 (Russia) [RUSSIA-EO14024].

"AO TSTSS" (a.k.a. JOINT STOCK CORPORATION SHIPBUILDING AND SHIP REPAIR TECHNOLOGY CENTER; a.k.a. "JSC SSTC"), Ul. Promyshlennaya D. 7, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7805482938 (Russia); Registration Number 1097847011371 (Russia) [RUSSIA-EO14024].

"AO UK RFPI" (Cyrillic: "АО УК РФПИ") (a.k.a. AKTSIONERNOE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSISKOGO FONDA PRYAMYKH INVESTITSI; a.k.a. AKTSIONERNOYE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSIYSKOGO FONDA PRYAMYKH INVESTITSIY; a.k.a. JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УПРАВЛЯЮЩАЯ КОМПАНИЯ РОССИЙСКОГО ФОНДА ПРЯМЫХ ИНВЕСТИЦИЙ); f.k.a. LIMITED LIABILITY COMPANY MANAGEMENT COMPANY OF RDIF; f.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RFPI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РФПИ); a.k.a. "JSC MC RDIF"), Naberezhnaya Presnenskaya, Dom 8 Stroyeniye 1, Etaj 7, Moscow 123112, Russia (Cyrillic: Набережная Пресненская, Дом 8, Строение 1, Этаж 7, Москва 123112, Russia); Website www.rdif.ru; alt. Website www.investinrussia.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Apr 2017; Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 7703425673 (Russia); Government Gazette Number 15110384 (Russia); Registration Number 1177746367017 (Russia) [RUSSIA-EO14024].

"AO UKBTM" (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKOE KONSTRUKTORSKOE BIURO TRANSPORTNOGO MASHINOSTROENIIA; a.k.a. JOINT STOCK COMPANY THE URAL DESIGN OFFICE OF TRANSPORT MECHANICAL ENGINEERING; a.k.a. JOINT STOCK COMPANY URAL DESIGN BUREAU OF TRANSPORT ENGINEERING), Vostochynye shosse 38, Nizhny Tagil 622007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6623049453 (Russia); Registration Number 1086623004380 (Russia) [RUSSIA-EO14024].

"AO UNTK" (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKII NAUCHNO TEKHNOLOGICHESKII KOMPLEKS; a.k.a. JOINT STOCK COMPANY URAL SCIENTIFIC AND TECHNOLOGICAL COMPLEX), Vostochnoe sh. 28a, Nizhny Tagil 622007, Russia; Ul. paradnaya d. 8, Saint Petersburg 191014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6667001522 (Russia); Registration Number 1026601368023 (Russia) [RUSSIA-EO14024].

"AO UPNP I KRS" (a.k.a. AKTSIONERNOE OBSHCHESTVO UPRAVLENIE PO POVYSHENIYU NEFTEOTDACHI PLASTOV I KAPITALNOMU REMONTU SKVAZHIN), Ul. Alma Atinskaya 125, Samara 443106, Russia; Zona Promyshlennaya D. 9 A, Svetloye 446368, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 6376000010 (Russia); Registration Number 1026303801809 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"AO UPZ" (a.k.a. AKTSIONERNOE OBSHCHESTVO ULYANOVSKII PATRONNYI ZAVOD; a.k.a. JSC THE ULYANOVSK CARTRIDGE WORKS; a.k.a. ULNAMMO), ul. Shoferov D. 1, Ulyanovsk 432007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7328500127 (Russia); Registration Number 1047301521520 (Russia) [RUSSIA-EO14024].

"AO U-UAZ" (a.k.a. JOINT STOCK COMPANY ULAN-UDE AVIATION PLANT; a.k.a. ULAN-UDE AVIATION PLANT), Ul. Khorinskaya D. 1, Ulan-Ude 670009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Feb 1994; Tax ID No. 0323018510 (Russia); Registration Number 1020300887793 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"AO VSK" (a.k.a. JOINT STOCK COMPANY HELICOPTER SERVICE COMPANY; a.k.a. "HELICOPTER SERVICE COMPANY"; a.k.a. "VSK PAO"), Ul. Bolshaya Pionerskaya D. 1, Moscow 115054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Feb 2003; Tax ID No. 7704252960 (Russia); Registration Number 1037704005041 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"AO VZKHE" (a.k.a. AKTSIONERNOE OBSHCHESTVO VERKHNESALDINSKII ZAVOD KHIMICHESKIKH EMKOSTEI; a.k.a. JOINT STOCK COMPANY VERKHNYAYA SALDA CHEMICAL CONTAINER PLANT), 105 Molodezhny Poselok Street, Verkhnyaya Salda 624761, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6623136353 (Russia); Registration Number 1206600070918 (Russia) [RUSSIA-EO14024].

"AO VZM" (a.k.a. JOINT STOCK COMPANY VLADIMIR PLANT OF METAL HOSES), Kubysheva st., 26E, Vladimir 600035, Russia; Ul. Letnikovskaya D. 10, Str. 1, Pomeshch. IV, Kom. 11, Moscow 115114, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3328441019 (Russia); Registration Number 1063328003584 (Russia) [RUSSIA-EO14024].

"AO ZZGT" (a.k.a. AO ZAVOLZHSKIY ZAVOD GUSENICHNIKH TYAGACHEY; a.k.a. JOINT STOCK COMPANY ZAVOLZHSKY CRAWLER VEHICLE PLANT; a.k.a. ZAVOLZHSKY TRACKED TRACTOR PLANT; a.k.a. "JSC ZCVP"), 1 Zheleznodorozhnaya Street, Zavolzhe 606522, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5248031980 (Russia); Registration Number 1115248002110 (Russia) [RUSSIA-EO14024].

"AOMZ AO" (a.k.a. AZOV OPTOMECHANICAL PLANT JSC; a.k.a. JOINT STOCK COMPANY AZOVSKI OPTIKO MECHANICHESKY ZAVOD), Ul. Promyshlennaya D. 5, Azov

346780, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Mar 1992; Tax ID No. 6140022069 (Russia); Registration Number 1046140009530 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

"AORC" (a.k.a. ABADAN OIL REFINING COMPANY (Arabic: شرکت پالایش نفت آبادان); a.k.a. ABADAN OIL REFINING COMPANY PRIVATE JOINT STOCK (Arabic: شرکت پالایش نفت آبادان سهامی عام); a.k.a. PALAYESH NAFT ABADAN (Arabic: پالایش نفت آبادان)), Breym, Abadan, Khuzestan 6316915651, Iran; P.O. Box 555, Abadan, Khuzestan, Iran; Central Abadan Oil Refinery, Abadan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 14003570909 (Iran); Registration Number 1690 (Iran) [SDGT] [IFSR] [IRAN-EO13846] (Linked To: MINISTRY OF PETROLEUM).

"APARICIO, Pedro Jose" (a.k.a. INFANTE APARICIO, Pedro Jose), Caracas, Venezuela; DOB 01 Sep 1981; POB Caracas, Venezuela; nationality Venezuela; Gender Male; Cedula No. V15541220 (Venezuela) (individual) [VENEZUELA].

"APCO" (a.k.a. AZAR PAD QESHM; a.k.a. AZARPAD QESHM; a.k.a. AZARPAD QESHM CO), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; No. 303, Mahtab Building, Pardis Cross Road, Golden City, Qeshm, Iran; No. 44, East Atefi St., Africa Blvd., Tehran, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions

[IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"APIT" (a.k.a. SPETS PROZHEKT GRUPP), ul. Leninskaya Sloboda, d. 9 pomeshch. 1/1, Moscow 115280, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3305797523 (Russia); Registration Number 1173328011890 (Russia) [RUSSIA-EO14024].

"APOLLON" (a.k.a. APOLLON LLC; a.k.a. APOLLON OOO), Ul. Semenovskaya D., 8B, Kv. 28, Vladivostok 690091, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 29 Jun 2015; Organization Type: Wholesale of food, beverages and tobacco; Tax ID No. 2540211930 (Russia); Registration Number 1152540004253 (Russia) [DPRK2] (Linked To: PAK, Kwang Hun).

"APONG SOLAIMAN" (a.k.a. SALI JR., Jainal Antel; a.k.a. "ABU SOLAIMAN"; a.k.a. "ABU SOLAYMAN"; a.k.a. "APUNG"); DOB 01 Jun 1965; POB Barangay Lanote, Bliss, Isabele, Basilan, the Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"APPARATUS DEVELOPMENT JOINT STOCK COMPANY" (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTRALNOE KONSTRUKTORSKOE BYURO APPARATOSTROENIYA; a.k.a. CENTRAL DESIGN BUREAU OF APPARATUS ENGINEERING; a.k.a. "AO TSKBA"; a.k.a. "JSC CDBAE"), 36, ul Demonstratsii, Tula 300034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7106002868 (Russia); Registration Number 1027100740941 (Russia) [RUSSIA-EO14024].

"APPLEWORM" (a.k.a. LAZARUS GROUP; a.k.a. "APT-C-26"; a.k.a. "GROUP 77"; a.k.a. "GUARDIANS OF PEACE"; a.k.a. "HIDDEN COBRA"; a.k.a. "OFFICE 91"; a.k.a. "RED DOT"; a.k.a. "TEMP.HERMIT"; a.k.a. "THE NEW ROMANTIC CYBER ARMY TEAM"; a.k.a. "WHOIS HACKING TEAM"; a.k.a. "ZINC"), Potonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0x098B716B8Aaf21512996dC57EB0615e2383 E2f96; alt. Digital Currency Address - ETH 0xa0e1c89Ef1a489c9C7dE96311eD5Ce5D32c

20E4B; alt. Digital Currency Address - ETH 0x3Cffd56B47B7b41c56258D9C7731ABaDc360E073; alt. Digital Currency Address - ETH 0x53b6936513e738f44FB50d2b9476730C0Ab3Bfc1; alt. Digital Currency Address - ETH 0x35fB6f6DB4fb05e6A4cE86f2C93691425626d4b1; alt. Digital Currency Address - ETH 0xF7B31119c2682c88d88D455dBb9d5932c65Cf1bE; alt. Digital Currency Address - ETH 0x3e37627dEAA754090fBFbb8bd226c1CE66D255e9; alt. Digital Currency Address - ETH 0x08723392Ed15743cc38513C4925f5e6be5c17243; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"APSCO" (a.k.a. AMANA SANITARY AND PAINTS COMPANY L.T.D.), second floor, Section 15B, Property 372, Chiyah, Ghobeiri, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2010822 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

"APT 38" (a.k.a. BLUENOROFF; a.k.a. "APT38"; a.k.a. "STARDUST CHOLLIMA"), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"APT38" (a.k.a. BLUENOROFF; a.k.a. "APT 38"; a.k.a. "STARDUST CHOLLIMA"), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"APT43" (a.k.a. KIMSUKY; a.k.a. "ARCHIPELAGO"; a.k.a. "BLACK BANSHEE"; a.k.a. "EMERALD SLEET"; a.k.a. "NICKEL KIMBALL"; a.k.a. "THALLIUM"; a.k.a. "VELVET CHOLLIMA"), Korea, North; Website onerearth.xyz; alt. Website sovershopp.online; alt. Website mofa.lat; alt. Website janskinmn.lol; alt. Website supermeasn.lat; alt. Website bookstarrtion.online; alt. Website cdredos.site; alt. Website scemsal.site; alt. Website somelmark.store; Email Address hongsiao@naver.com; alt. Email Address teriparl25@gmail.com; alt. Email Address

seanchung.hanvoice@hotmail.com; alt. Email Address pkurui9999@gmail.com; alt. Email Address ssdkfdlsfd@gmail.com; alt. Email Address haris2022100@outlook.com; alt. Email Address bing2020@outlook.kr; alt. Email Address marksigal1001@gmail.com; alt. Email Address donghyunkim1010@gmail.com; alt. Email Address hong_xiao@naver.com; alt. Email Address sm.carls0000@gmail.com; alt. Email Address kennedypamla@gmail.com; alt. Email Address ds1kdie@aol.com; alt. Email Address ds1kde@daum.net; alt. Email Address yoon.dasl@yahoo.com; alt. Email Address syshim10@mofa.lat; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

"APT-C-26" (a.k.a. LAZARUS GROUP; a.k.a. "APPLEWORM"; a.k.a. "GROUP 77"; a.k.a. "GUARDIANS OF PEACE"; a.k.a. "HIDDEN COBRA"; a.k.a. "OFFICE 91"; a.k.a. "RED DOT"; a.k.a. "TEMP.HERMIT"; a.k.a. "THE NEW ROMANTIC CYBER ARMY TEAM"; a.k.a. "WHOIS HACKING TEAM"; a.k.a. "ZINC"), Potonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0x098B716B8Aaf21512996dC57EB0615e2383E2f96; alt. Digital Currency Address - ETH 0xa0e1c89Ef1a489c9C7dE96311eD5Ce5D32c20E4B; alt. Digital Currency Address - ETH 0x3Cffd56B47B7b41c56258D9C7731ABaDc360E073; alt. Digital Currency Address - ETH 0x53b6936513e738f44FB50d2b9476730C0Ab3Bfc1; alt. Digital Currency Address - ETH 0x35fB6f6DB4fb05e6A4cE86f2C93691425626d4b1; alt. Digital Currency Address - ETH 0xF7B31119c2682c88d88D455dBb9d5932c65Cf1bE; alt. Digital Currency Address - ETH 0x3e37627dEAA754090fBFbb8bd226c1CE66D255e9; alt. Digital Currency Address - ETH 0x08723392Ed15743cc38513C4925f5e6be5c17243; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"APUNG" (a.k.a. SALI JR., Jainal Antel; a.k.a. "ABU SOLAIMAN"; a.k.a. "ABU SOLAYMAN"; a.k.a. "APONG SOLAIMAN"); DOB 01 Jun 1965; POB Barangay Lanote, Bliss, Isabele, Basilan, the Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AQAP" (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"AQKB" (a.k.a. AL-QA'IDA KURDISH BATTALIONS; a.k.a. KURDISTAN BATTALION OF ISLAMIC STATE IN IRAQ; a.k.a. KURDISTAN BRIGADE OF AL-QAEDA IN IRAQ; a.k.a. KURDISTAN BRIGADES), Iran; Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"AQ-S" (a.k.a. AL-QAIDA IN SYRIA; a.k.a. GUARDIANS OF RELIGION; a.k.a. HURRAS AL-DIN; a.k.a. SHAM AL-RIBAT; a.k.a. TANDHIM HURRAS AL-DEEN; a.k.a. TANZIM HURRAS AL-DIN), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"AQUA CLUB" (a.k.a. UNLIMITED DANCE DISCOTECA SRL), Av. Ortega y Gasset No. 95, Cristo Rey, Santo Domingo, Dominican Republic; Av. Ortega y Gasset 91 Esq. Felix Evaristo Mejia, Santo Domingo, Dominican Republic; Tax ID No. 131-28035-8 (Dominican Republic) [SDNTK].

"AQUA" (a.k.a. YAKUBETS, Maksim Viktorovich), Moscow, Russia; DOB 20 May 1987; POB Polonnoye, Khmelnitskaya Oblast, Ukraine; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 4509135586 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP; Linked To: FEDERAL SECURITY SERVICE).

"AQUARIUS" (a.k.a. LIMITED LIABILITY COMPANY GROUP OF COMPANIES AKVARIUS; a.k.a. LLC GRUPPA AKVARIUS; a.k.a. LLC PRODUCTION COMPANY AQUARIUS), Vl6str1 22 km Kiyevskoye Highway, Moscow 119027, Russia; Kievskoe Shosse, 22-km, 6, Bldg. 1, Moscow 108811, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jan 2003; Tax ID No. 7701321693 (Russia); Registration Number 1037701002217 (Russia) [RUSSIA-EO14024].

"AQUILES" (a.k.a. ARZATE GARCIA, Alfonso), Mexico; DOB 02 Dec 1973; POB Baja California, Mexico; nationality Mexico; Gender Male; C.U.R.P. AAGA731202HBCRRL05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"AQY" (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"ARAB COMPANY TO STATE TRADING" (a.k.a. ARAB CHINA TRADING COMPANY; a.k.a. "ARAB TRADING COMPANY CHINA"), Gaza; Aksaray MAH. Cerrahpasa CAD. Muratpasa Apt. No 3/12 Fatih, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 563157932 (Palestinian) [SDGT] (Linked To: SHAMLAKH, Zuhair).

"ARAB TRADING COMPANY CHINA" (a.k.a. ARAB CHINA TRADING COMPANY; a.k.a. "ARAB COMPANY TO STATE TRADING"), Gaza; Aksaray MAH. Cerrahpasa CAD. Muratpasa Apt. No 3/12 Fatih, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 563157932 (Palestinian) [SDGT] (Linked To: SHAMLAKH, Zuhair).

"Arabe Negro" (a.k.a. GUERRERO PALMA, Cheison Royer; a.k.a. "Mexicali"), Chile; DOB 16 Feb 1985; POB Maracay, Aragua, Venezuela; nationality Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 17984659 (Venezuela) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

"ARAGUA TRAIN" (a.k.a. EL TREN DE ARAGUA; a.k.a. TREN DE ARAGUA), Venezuela; Colombia; Chile; Peru; Ecuador; Brazil; Bolivia; Panama; United States; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT] [TCO].

"ARAYA, Jimena" (a.k.a. ARAYA NAVARRO, Jimena Romina; a.k.a. "Rosita"), Venezuela; Colombia; DOB 05 Sep 1983; nationality Venezuela; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 16011070 (Venezuela) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

"ARCH COMPANY" (a.k.a. ARCH CONSULTING (Arabic: آرش للإستشارات والدراسات الهندسية ش.م.م); a.k.a. ARCH CONSULTING AND ENGINEERING; a.k.a. ARCH CONSULTING COMPANY; a.k.a. "ARCH CONSTRUCTION"), Al Huda Building, 2nd Floor, Al Miqdad Street, Haret Hreik, Lebanon; Old Airport Way, Amir Bldg, 4th Floor, Beirut, Lebanon; Website https://www.archconsulting.com.lb/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2008487 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

"ARCH CONSTRUCTION" (a.k.a. ARCH CONSULTING (Arabic: آرش للإستشارات والدراسات الهندسية ش.م.م); a.k.a. ARCH CONSULTING AND ENGINEERING; a.k.a. ARCH CONSULTING COMPANY; a.k.a. "ARCH COMPANY"), Al Huda Building, 2nd Floor, Al Miqdad Street, Haret Hreik, Lebanon; Old Airport Way, Amir Bldg, 4th Floor, Beirut, Lebanon; Website https://www.archconsulting.com.lb/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Commercial Registry Number 2008487 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

"ARCHIPELAGO" (a.k.a. KIMSUKY; a.k.a. "APT43"; a.k.a. "BLACK BANSHEE"; a.k.a. "EMERALD SLEET"; a.k.a. "NICKEL KIMBALL"; a.k.a. "THALLIUM"; a.k.a. "VELVET CHOLLIMA"), Korea, North; Website onerearth.xyz; alt. Website sovershopp.online; alt. Website mofa.lat; alt. Website janskinmn.lol; alt. Website supermeasn.lat; alt. Website bookstarrtion.online; alt. Website cdredos.site; alt. Website scemsal.site; alt. Website somelmark.store; Email Address hongsiao@naver.com; alt. Email Address teriparl25@gmail.com; alt. Email Address seanchung.hanvoice@hotmail.com; alt. Email Address pkurui9999@gmail.com; alt. Email Address ssdkfdlsfd@gmail.com; alt. Email Address haris2022100@outlook.com; alt. Email Address bing2020@outlook.kr; alt. Email Address marksigal1001@gmail.com; alt. Email Address donghyunkim1010@gmail.com; alt. Email Address hong_xiao@naver.com; alt. Email Address sm.carls0000@gmail.com; alt. Email Address kennedypamla@gmail.com; alt. Email Address ds1kdie@aol.com; alt. Email Address ds1kde@daum.net; alt. Email Address yoon.dasl@yahoo.com; alt. Email Address syshim10@mofa.lat; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

"AREF, Abu" (a.k.a. SALAH, Maher Jawad Younes; a.k.a. SALAH, Maher Jawad Yunes; a.k.a. SALAH, Maher Jawad Yunis; a.k.a. SALAH, Mahir Jawad Yunis; a.k.a. SALAH, Mahir Jawwad Yunis; a.k.a. SALAH, Mahir Yunus; a.k.a. "AKRAM, Abu"; a.k.a. "ARIF, Abu"; a.k.a. "SALAH, Mahir"; a.k.a. "SHACKER, Abu"), Saudi Arabia; DOB 22 Oct 1957; nationality United Kingdom; alt. nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 012855897 (United Kingdom); alt. Passport D126889 (Jordan); National ID No. 9571015241 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

"ARFEL COOL LOGISTICS" (a.k.a. ARFEL TRANSPORTADORA COOL LOGISTIC, S.A. DE C.V.), Guadalajara, Jalisco, Mexico; Organization Established Date 17 Nov 2015; Folio Mercantil No. 93093 (Mexico) [ILLICIT-DRUGS-EO14059].

"ARGON" (a.k.a. ARGON OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ARGON), Ul. Saratovskoe Shosse D. 2, Balakovo 413841, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jun 2005; Tax ID No. 6454074501 (Russia); Government Gazette Number 75969440 (Russia); Registration Number 1056405421192 (Russia) [RUSSIA-EO14024] (Linked To: UMATEX JOINT-STOCK COMPANY).

"ARI" (a.k.a. ARMY OF THE REPUBLIC OF ILIRIDA) [BALKANS].

"ARIAPA" (a.k.a. PARS NAVANDISHAN ARTIFICIAL INTELLIGENCE PROJECTS COMPANY), Number 0, Majidieh Street, Janbaaz Boulevard, Valiasr (AJ), Yazd, Yazd 8347177597, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 May 2021; National ID No. 14010050854 (Iran); Registration Number 22706 (Iran) [SDGT] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

"ARIF UMER" (a.k.a. QASMANI, Arif; a.k.a. QASMANI, Mohammad Arif; a.k.a. QASMANI, Muhammad Arif; a.k.a. QASMANI, Muhammad 'Arif; a.k.a. "BABA JI"; a.k.a. "MEMON BABA"; a.k.a. "QASMANI BABA"), House Number 136, KDA Scheme No. 1, Tipu Sultan Road, Karachi, Sindh, Pakistan; DOB circa 1944; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ARIF, Abu" (a.k.a. SALAH, Maher Jawad Younes; a.k.a. SALAH, Maher Jawad Yunes; a.k.a. SALAH, Maher Jawad Yunis; a.k.a. SALAH, Mahir Jawad Yunis; a.k.a. SALAH, Mahir Jawwad Yunis; a.k.a. SALAH, Mahir Yunus; a.k.a. "AKRAM, Abu"; a.k.a. "AREF, Abu"; a.k.a. "SALAH, Mahir"; a.k.a. "SHACKER, Abu"), Saudi Arabia; DOB 22 Oct 1957; nationality United Kingdom; alt. nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 012855897 (United Kingdom); alt. Passport D126889 (Jordan); National ID No. 9571015241 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

"ARIZALETA, Inocencio Antonio" (a.k.a. FIGUEROA ARIZALETA, Inocencio Antonio), Calle Piramide Red Majestic Park Torre D Apto 25 Urb Miranda, Sucre, Miranda 1090,

Venezuela; DOB 17 Dec 1959; POB Caracas, Venezuela; nationality Venezuela; Gender Male; Cedula No. 5016509 (Venezuela) (individual) [VENEZUELA].

"ARLAS" (a.k.a. LIZASO, Jurdan Martitegui; a.k.a. MARTITEGUI, Jurdan); DOB 10 May 1980; POB Durango, Vizcaya, Spain; nationality Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 45 626 584 (Spain) (individual) [SDGT].

"ARMACO" (a.k.a. ARDALAN MACHINERIES COMPANY; a.k.a. SAHAND ALUMINUM PARTS INDUSTRIAL COMPANY; a.k.a. SHAHID HEMMAT INDUSTRIAL GROUP; a.k.a. "SAPICO"; a.k.a. "SHIG"), Damavand Tehran Highway, Tehran, Iran; P.O. Box 16595-159, Tehran, Iran; No. 5, Eslami St., Golestane Sevvom St., Pasdaran St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"ARMED ORGANIZED RESIDUAL GROUP SEGUNDA MARQUETALIA" (a.k.a. LA NUEVA MARQUETALIA; a.k.a. NEW MARQUETALIA; a.k.a. SECOND MARQUETALIA; a.k.a. SEGUNDA MARQUETALIA; a.k.a. "FARC DISSIDENTS SEGUNDA MARQUETALIA"; a.k.a. "FARC-D SEGUNDA MARQUETALIA"; a.k.a. "GAO-R SEGUNDA MARQUETALIA"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL SEGUNDA MARQUETALIA"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP SEGUNDA MARQUETALIA"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS SEGUNDA MARQUETALIA"), Colombia; Venezuela; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"ARMY OF THE PEOPLE" (a.k.a. AL-SHA'BI COMMITTEES; a.k.a. JAYSH AL-SHAAB; a.k.a. JAYSH AL-SHA'BI; a.k.a. JISH SHAABI; a.k.a. SHA'BI COMMITTEES; a.k.a. SHA'BI FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCES; a.k.a. "PEOPLE'S ARMY"; a.k.a. "POPULAR COMMITTEES"; a.k.a. "POPULAR FORCES"; a.k.a. "SHA'BI"; a.k.a. "THE POPULAR ARMY"), Syria [PAARSSR-EO13894].

"Arnel" (a.k.a. CASTILLO RONDON, Felix Anner; a.k.a. "Pure Arnel"), Peru; Venezuela; DOB 12 Jan 1984; nationality Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Cedula No. V-16692836 (Venezuela) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

"ARP 419" (a.k.a. 419 AVIATION REPAIR PLANT; a.k.a. AIRCRAFT REPAIR PLANT NO 419; a.k.a. JOINT STOCK COMPANY 419 AIRCRAFT REPAIR PLANT; a.k.a. "419 ARZ"), 16 k. 2 Politruk Pasechnik Str., St. Petersburg 198326, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7807343496 (Russia); Registration Number 1097847146748 (Russia) [RUSSIA-EO14024].

"ART, Tito" (a.k.a. DE VERA Y ABOGNE, Pio; a.k.a. DE VERA, Esmael; a.k.a. DE VERA, Ismael; a.k.a. DE VERA, Ismail; a.k.a. DE VERA, Pio Abagne; a.k.a. DE VERA, Pio Abogne; a.k.a. DE VERA, Pio Abogue; a.k.a. OBOGNE, Leo M.; a.k.a. "MANEX"), Concepcion, Zaragosa, Nueva Ecija Province, Philippines; DOB 19 Dec 1969; POB Bagac, Bagamanok, Catanduanes Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Artur" (a.k.a. AL-SHISHANI, Muslim Abu al-Walid; a.k.a. MADAEV, Lova; a.k.a. MADAEV, Murad; a.k.a. MADAYEV, Murad Akhmadovich; a.k.a. MARGOSHVILI, Lova; a.k.a. MARGOSHVILI, Murad; a.k.a. MARGOSHVILI, Murad Muslim Akhmetovich; a.k.a. MARGOSHVILI, Muslim Akhmetovich Georgik; a.k.a. MARGOSHVILI, Muslim Akmadovich; a.k.a. "Dzhordzhik"; a.k.a. "Dzhorzhik"; a.k.a. "Kus"; a.k.a. "Muslim Georgia"); DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 08091001080 (individual) [SDGT].

"Asad" (a.k.a. CRAWFORD, Shane Asadullah; a.k.a. CRAWFORD, Shane Dominic; a.k.a. "Abu Sa'd at-Trinidadi"; a.k.a. "Asadullah"), Syria; DOB 22 Feb 1986; POB Trinidad and Tobago; nationality Trinidad and Tobago; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ASAD, Haji" (a.k.a. KHAN, Asad; a.k.a. KHAN, Haji Asad; a.k.a. KHAN, Mohammed; a.k.a. MOHADMMADHASNI, Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan Zarkari; a.k.a. MOHMMADHASNI, Asad Khan; a.k.a.

MUHAMMADHASNI, Asad Khan; a.k.a. ZARKARI, Asad Khan; a.k.a. "HAJI ABDULLAH"), Nimroz, Afghanistan; Kabul, Afghanistan; Karachi, Pakistan; Basalani, Afghanistan; Balochistan, Pakistan; Dubai, United Arab Emirates; DOB 01 Jan 1955; POB Nimroz, Afghanistan; citizen Afghanistan; Passport OR1126692 (Afghanistan) (individual) [SDNTK].

"Asadullah" (a.k.a. CRAWFORD, Shane Asadullah; a.k.a. CRAWFORD, Shane Dominic; a.k.a. "Abu Sa'd at-Trinidadi"; a.k.a. "Asad"), Syria; DOB 22 Feb 1986; POB Trinidad and Tobago; nationality Trinidad and Tobago; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ASAMA COMMERCIAL COMPANY" (a.k.a. AL-OSAMA TRADING CO. LTD.; a.k.a. AL-'USAMA TRADING COMPANY; a.k.a. ASYAF GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING & INVESTMENT; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING AND INVESTMENT; a.k.a. DAN ISDICO; a.k.a. M/S OSAMA KHAIRY HAFEZ TRADING EST.; a.k.a. OSAMA TRADING COMPANY LTD; a.k.a. "AL-'USAMAH COMPANY"; a.k.a. "ASAMA COMPANY"; a.k.a. "NURIN COMPANY"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; 504 & 7102, Ibrahim Shakir Building, Hail Street Rowais, Near Caravan Center, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah, Saudi Arabia; Riyadh 14213, Saudi Arabia; Dammam, Saudi Arabia; Al Kharaj, Saudi Arabia; Qasim, Saudi Arabia; Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-AGHA, Abu Ubaydah Khayri Hafiz; Linked To: HAMAS).

"ASAMA COMPANY" (a.k.a. AL-OSAMA TRADING CO. LTD.; a.k.a. AL-'USAMA TRADING COMPANY; a.k.a. ASYAF GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING & INVESTMENT; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING AND INVESTMENT; a.k.a. DAN ISDICO; a.k.a. M/S OSAMA KHAIRY HAFEZ TRADING EST.; a.k.a. OSAMA TRADING COMPANY LTD; a.k.a. "AL-'USAMAH COMPANY"; a.k.a.

"ASAMA COMMERCIAL COMPANY"; a.k.a. "NURIN COMPANY"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; 504 & 7102, Ibrahim Shakir Building, Hail Street Rowais, Near Caravan Center, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah, Saudi Arabia; Riyadh 14213, Saudi Arabia; Dammam, Saudi Arabia; Al Kharaj, Saudi Arabia; Qasim, Saudi Arabia; Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-AGHA, Abu Ubaydah Khayri Hafiz; Linked To: HAMAS).

"ASBL" (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, Brussels 1080, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"ASC" (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a.

HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"ASCO INTERNATIONAL" (a.k.a. ARIA SINA CONTROL INTERNATIONAL TECHNICAL INSPECTION CO.), 2nd floor, No. 6, Gord West, Bidar, Fershteh St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Organization Established Date 31 Jul 2011; Registration Number 409460 (Iran) [IRAN-EO13846].

"ASE CO." (a.k.a. ASR-E SANAT ESHRAGH; a.k.a. ASRE SANAT ESHRAGH CO.; a.k.a. ASRE SANAT ESHRAGH COMPANY; a.k.a. ASRE SANATE ESHRAGH CO.; a.k.a. ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY; a.k.a. ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY LTD.), U6, No. 1 Gol Alley, N. Makran St., Vafamanesh Ave., Heravy Sq., Tehran 1668745517, Iran; No. 699 Farjam St., Tehran, Iran; Website www.asealu.com; Additional Sanctions Information - Subject to Secondary Sanctions

[NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

"ASIA SUN TRADING" (a.k.a. ASIA SUN TRADING CO. LTD.; a.k.a. ASIA SUN TRADING COMPANY LIMITED), Ubc Tower, Unit 04-01, 4th Floor, Bo Cho Quarter, Bahan, Yangon Region, Burma; Organization Established Date 16 Dec 2015; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Business Registration Number 104099424 (Burma) [BURMA-EO14014].

"ASIA, Abu" (a.k.a. AL-'AJUZ, Sami Jasim; a.k.a. AL-'AJUZ, Sami Jasim Muhammad; a.k.a. AL-JABURI, Sami Jasim Muhammad; a.k.a. A'RAJ, Sami; a.k.a. MUHAMMAD, Sami Jasim; "ASIYA, Abu"; a.k.a. "HAMAD, Hajji"; a.k.a. "HAMID, Hajji"; a.k.a. "HAMID, Ustadh"; a.k.a. "SAMIYAH, Abu"; a.k.a. "SUMAYYAH, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; alt. DOB 01 Jan 1970 to 31 Dec 1970; POB Al-Sharqat, Salah ad-Din Province, Iraq; alt. POB Mosul, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ASIYA, Abu" (a.k.a. AL-'AJUZ, Sami Jasim; a.k.a. AL-'AJUZ, Sami Jasim Muhammad; a.k.a. AL-JABURI, Sami Jasim Muhammad; a.k.a. A'RAJ, Sami; a.k.a. MUHAMMAD, Sami Jasim; a.k.a. "ASIA, Abu"; a.k.a. "HAMAD, Hajji"; a.k.a. "HAMID, Hajji"; a.k.a. "HAMID, Ustadh"; a.k.a. "SAMIYAH, Abu"; a.k.a. "SUMAYYAH, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; alt. DOB 01 Jan 1970 to 31 Dec 1970; POB Al-Sharqat, Salah ad-Din Province, Iraq; alt. POB Mosul, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ASKAM" (a.k.a. NOVIN KHARA; a.k.a. NOVIN KHARA MINERAL MINING EXTRACTION COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING ENGINEERING COMPANY; a.k.a. NOVIN PARS MINERAL MINING COMPANY; a.k.a. "ESKAM"; a.k.a. "MINERAL MINING EXTRACTION COMPANY"; a.k.a. "SKAM"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"ASOLIPES" (a.k.a. ASOCIACION DE LIDERES LIMONENSES DEL SECTOR PESQUERO), Limon, Costa Rica; Tax ID No. 3-002-384913 (Costa Rica) [ILLICIT-DRUGS-EO14059] (Linked To: MC DONAL RODRIGUEZ, Anita Yorleny).

"ASP" (a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, Geneva CH-1201, Switzerland; Gartnerstrasse 55, Basel CH-4109, Switzerland; Postfach 406, Basel CH-4109, Switzerland; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"ASPC" (a.k.a. ARYA SASOL POLYMER (Arabic: پلیمر اریا ساسول); a.k.a. ARYA SASOL POLYMER CO.; a.k.a. ARYA SASOL POLYMER COMPANY; a.k.a. ARYA SASOL POLYMERS; a.k.a. ARYASASOL POLYMER COMPANY; a.k.a. ARYASASOL POLYMERS; a.k.a. POLIMER ARYA SAASOOL; a.k.a. POLYMER ARIA SASOL COMPANY), Qian Tower, No 2551, Vali-e-Asr Avenue, Naseri Street, P.O. Box: 15875-8393, Tehran 1968643111, Iran; Pars Energy Specific Economic Zone, Lenj Square, Kangan, Assaluyeh, Bushehr Province 7511811365, Iran; No. 114, 10th Street, Qaem Maqame Farahani Street, Tehran, Iran; 7th Floor, Kian Tower, No. 2551, Naseri St., Vali-e-Asr Ave, Tehran, Iran; Nakhl Taghi City, Nakhl Taghi Road, Kolmeter 15, Number 0, Ground Floor Kangan, Bushehr 7511811365, Iran; Phase 1 Petrochemical, Special Petrochemical Zone Assaluyeh, Tehran, Iran; Website www.aryasasol.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10320053498 (Iran); Registration Number 777 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

"'ASRA, Abu" (a.k.a. 'AMMAR, Salmi Salama Salim Sulayman; a.k.a. "YUSRI"); DOB 01 Jan 1979 to 31 Dec 1979; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SINAI PROVINCE).

"ASSET MANAGEMENT COMPANY NAVIGATOR" (a.k.a. OOO NAVIGATOR ASSET MANAGEMENT (Cyrillic: ООО УК НАВИГАТОР); a.k.a. "UK NAVIGATOR"), ul. Gilyarovskogo, d. 39, str. 3, et. 12, kom. 17, Moscow 129110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Sep 2002; Tax ID No. 7725206241 (Russia); Registration Number 1027725006638 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

"ASTU" (a.k.a. AFAK DUBAI EXCHANGE COMPANY; a.k.a. AFAQ DUBAI; a.k.a. AFAQ DUBAI COMPANY; a.k.a. AFAQ DUBAI HAWALAH), Iraq; Email Address me.iraq17@yahoo.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"ATLAS DDS" (a.k.a. ATLAS DIRECTIONAL DRILLING SERVICES; a.k.a. ATLAS NNB (Cyrillic: АТЛАС ННБ)), Ul. Grimau D. 10, pomeshch. 7, Moscow 117036, Russia; Ul. Mozhaysky Val, Dom 8, Str. S, 10 etazh, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 5836673287 (Russia); Registration Number 1155836003212 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"ATLAS NOBLE" (a.k.a. ATLASNOBLE FOREIGN TRADE AND CONSULTANCY LIMITED; a.k.a. ATLASNOBLE GAYRIMENKUL DANISMANLIK ANONIM SIRKETI), Tepeoren Mah. Istanbul Park Bul. Arkeon H Evleri Sit.

N:17JL, Tuzla, Istanbul, Turkey; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Sep 2023; Tax ID No. 0102-0980-3860-0001 (Turkey); Company Number 482600-5 (Turkey); Registration Number 1477530 (Turkey) [RUSSIA-EO14024] (Linked To: MAIN DIRECTORATE OF DEEP SEA RESEARCH).

"ATM GROUP" (a.k.a. LIMITED LIABILITY COMPANY ATM GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АТМ ГРУПП)), ofis 306 vladenie 5A str. 1, shosse Volkovskoe, Mytishchi 141006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5029111665 (Russia); Registration Number 1085029001309 (Russia) [RUSSIA-EO14024].

"ATM TECHNOLOGY" (a.k.a. LIMITED LIABILITY COMPANY ATM TEKHNOLODZHI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АТМ ТЕХНОЛОДЖИ)), ofis 311 vladenie 5A str. 1, shosse Volkovskoe, Mytishchi 141006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5029079316 (Russia); Registration Number 1045005519866 (Russia) [RUSSIA-EO14024].

"ATO, Abdi Karim" (a.k.a. 'ATO, Mustaf), Qunyo Barrow, Middle Juba, Somalia; DOB 1977; POB Beledweyn, Hiraan, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"ATOM" (a.k.a. ATOM, Mohamed Sa'id; a.k.a. ATOM, Mohamed Siad; a.k.a. SA'ID, Mohamed), Galgala, Puntland, Somalia; Badhan, Somalia; DOB circa 1966; POB Galgala, Puntland, Somalia (individual) [SOMALIA].

"ATS HEAVY EQUIPMENT" (a.k.a. A T S HEAVY EQUIPMENT AND MACHINERY SPARE PARTS TRADING LLC), Office 02, Span Precast, DIP 2, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; License 770917 (United Arab Emirates); Economic Register Number (CBLS) 10948598 (United Arab Emirates) [RUSSIA-EO14024].

"Atta Ullah" (a.k.a. MAHMUD, Usama; a.k.a. MEHMOOD, Osama; a.k.a. "Abu Zar"; a.k.a. "Zar Wali"), Afghanistan; DOB 02 Sep 1980; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

"AUGUSTO MASETTI INFORMAL ANARCHIST BRIGADE - INTERNATIONAL REVOLUTIONARY FRONT" (a.k.a. FEDERAZIONE ANARCHICA INFORMALE/FRONTE RIVOLUZIONARIO INTERNAZIONALE; a.k.a. INFORMAL ANARCHIST FEDERATION/INTERNATIONAL REVOLUTIONARY FRONT; a.k.a. "BRIGATA AUGUSTO MASETTI FEDERAZIONE ANARCHICA INFORMALE - FRONTE RIVOLUZIONARIO INTERNAZIONALE"; a.k.a. "CELLS AGAINST CAPITAL THE PRISON ITS JAILERS AND ITS CELLS"; a.k.a. "COOPERATIVA ARTIGIANA FUOCO E AFFINI"; a.k.a. "FAI/ANIMAL REVOLT"; a.k.a. "FAI/ARMED CELLS FOR INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/CELLS AGAINST CAPITA PRISON AND ITS JAILERS AND ITS CELLS"; a.k.a. "FAI/CRAFT COOPERATIVE FIRE AND SIMILAR/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/METROPOLITAN CELLS"; a.k.a. "FAI/NARODNAJA VOJLA"; a.k.a. "FAI/REVOLUTIONARY CELL LAMBROS FOUNTAS"; a.k.a. "FAI/REVOLUTIONARY NUCLEUS HORST FANTAZZINI"; a.k.a. "FAI/SISTERS IN ARMS MAURICIO MORALES NUCLEUS/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/TERRIBLE ANONYMOUS REVOLT"; a.k.a. "HARIS HATZIMIHELAKIS/INTERNATIONAL NERO"; a.k.a. "JULY 20 BRIGADE"; a.k.a. "JULY BRIGADE/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "SANTIAGO MALDONADO CELL"; a.k.a. "SANTIAGO MALDONADO CELL FAI-FRI"; a.k.a. "SORELLE IN ARMI, NUCLEO MAURICIO MORALES"), Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2003; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"AUNG, San" (a.k.a. AUNG, Saw San; a.k.a. AUNG, Saw Sang), Burma; DOB 28 Jul 1968; nationality Burma; Gender Male (individual) [BURMA-EO14014] [CYBER4] (Linked To: DEMOCRATIC KAREN BENEVOLENT ARMY).

"AURANGZEB" (a.k.a. MUHAMMAD, Rahman Zayb Faqir; a.k.a. MUHAMMAD, Rahman Zeb

Faqir; a.k.a. "ALAMZEB"; a.k.a. "KHAN, Rahman Ieb"; a.k.a. "ZAIB, Alam"; a.k.a. "ZAIB, Rehman"; a.k.a. "ZEB, Rahman R"), Bashgram Laal Qila Wersakay, Lower Dir, Khyber Pakhtunkhwa Province, Pakistan; Lalqillah, Lower Dir District, Khyber Pakhtunkhwa Province, Pakistan; DOB 01 Jan 1970; alt. DOB 01 Jan 1974; POB Dir, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1530562382221 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"AVANTAZH INZHINIRING OOO" (a.k.a. LIMITED LIABILITY COMPANY AVANTAGE ENGINEERING), Pl. Malaya Sukharevskaya, D. 12, Moscow 127051, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Nov 2009; Tax ID No. 2317054947 (Russia); Registration Number 1092367003882 (Russia) [RUSSIA-EO14024].

"AVIAN PARADISE" (a.k.a. STREET MOTOR SERVICES), Male, Maldives; Website street-motor-services.business.site/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Oct 2014; Organization Type: Maintenance and repair of motor vehicles; Business Number BN19452021 (Maldives); Business Registration Number BP16972021 (Maldives) issued 06 May 2021; Registration Number SP-0539/2014 (Maldives) [SDGT] (Linked To: RAUF, Ahmed Alif).

"AVIATOR RC" (a.k.a. LIMITED LIABILITY COMPANY ENTEP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭНТЕП)), 12 Bianki St., Building 2, Room 112, Moscow 108811, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7721809577 (Russia); Registration Number 1137746953695 (Russia) [RUSSIA-EO14024].

"AWAD ALLAH, Nizar" (a.k.a. AWADALLAH, Nazar Muhammad Mahmud; a.k.a. AWADALLAH, Nizar Bin Mohammed; a.k.a. AWADALLAH, Nizar M; a.k.a. AWADALLAH, Nizar Mohammed), Sheikh Radwad, Gaza City, Gaza; DOB 11 Dec 1957; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 931005433 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

"AWAS, Ali" (a.k.a. AL-'AUJAYD, Abdullah Shuwar; a.k.a. AL-SHAWAGH, 'Ali Musa; a.k.a. AL-SHAWAKH, Ali al-Hamoud; a.k.a. AL-SHAWAKH, Ali Musa; a.k.a. AL-SHAWAKH, Muhammad 'Ali; a.k.a. AL-SHAWWAKH, Ibrahim; a.k.a. "AL-HAMUD, 'Ali"; a.k.a. "AL-SAHL, Abu Luqman"; a.k.a. "AL-SURI, Abu Luqman"; a.k.a. "AYYUB, Abu"; a.k.a. "DERWISH, 'Ali"; a.k.a. "HAMMUD, Ali"; a.k.a. "LUQMAN, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AWEX" (a.k.a. AWEX CRYPTO EXPLORER DMCC; a.k.a. CRYPTO EXPLORER DMCC (Arabic: كريتو إكسبلورر م.د.م.س; Cyrillic: КРИПТО ЭКСПЛОРЕР ДМСИСИ); a.k.a. "BANKOFF"), 12 Presnenskaya Embankment (Federation Tower), Moscow City, Moscow 123317, Russia; 612 Gold Crest Executive Tower, Jumeirah Lake Towers, Dubai, United Arab Emirates; Website https://www.awex.pro; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Aug 2023; Registration Certificate Number (Dubai) DMCC193946 (United Arab Emirates); License DMCC-852167 (United Arab Emirates); Economic Register Number (CBLS) 11934635 (United Arab Emirates) [RUSSIA-EO14024].

"AYE, Mg Mg" (a.k.a. AYE, Maung Maung), Burma; DOB 1962; POB Burma; nationality Burma; Gender Male (individual) [BURMA-EO14014].

"AYYUB, Abu" (a.k.a. AL-'AUJAYD, Abdullah Shuwar; a.k.a. AL-SHAWAGH, 'Ali Musa; a.k.a. AL-SHAWAKH, Ali al-Hamoud; a.k.a. AL-SHAWAKH, Ali Musa; a.k.a. AL-SHAWAKH, Muhammad 'Ali; a.k.a. AL-SHAWWAKH, Ibrahim; a.k.a. "AL-HAMUD, 'Ali"; a.k.a. "AL-SAHL, Abu Luqman"; a.k.a. "AL-SURI, Abu Luqman"; a.k.a. "AWAS, Ali"; a.k.a. "DERWISH, 'Ali"; a.k.a. "HAMMUD, Ali"; a.k.a. "LUQMAN, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"AZ GOLD" (a.k.a. AL ZUMOROUD AND AL YAQOOT GOLD & JEWELLERS TRADING L.L.C. (Arabic: الزمرد واليقوت للتجارة الذهب والمجو مرات ش.ذ.م.م); a.k.a. AL ZUMOROUD AND AL YAQOOT GOLD AND JEWELLERS TRADING L.L.C.), Office M-10, M-11, M-12 - King of Ghaith Hamel bin Khadim al Ghaith al Qubaisi, Al Daghaya, PO Box 90928, Dubai, United Arab Emirates; Organization Established Date 20 Feb 2020; Organization Type: Wholesale and retail trade; License 880169 (United Arab Emirates); Registration Number 1708681 (United Arab Emirates) [SUDAN-EO14098] (Linked To: AHMMED, Abu Dharr Abdul Nabi Habiballa).

"AZAD, K M" (a.k.a. AZAD, Khan Mohammad), Bangladesh; DOB 15 Oct 1974; POB Barisal, Bangladesh; nationality Bangladesh; Gender Male; National ID No. 2650898262191 (Bangladesh) (individual) [GLOMAG] (Linked To: RAPID ACTION BATTALION).

"AZARIAN, Amin" (a.k.a. AMANOLLAH, Paydar Mohammad; a.k.a. PAIDAR, Amanallah (Arabic: امان اله پايدار); a.k.a. PAYDAR, Aman Ilah; a.k.a. PAYDAR, Amanollah; a.k.a. "AMIRI, Ahmad"; a.k.a. "MURAT, Rajib"), Iran; DOB 08 Nov 1958; POB Rudsar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2690705257 (Iran) (individual) [NPWMD] [IFSR] (Linked To: DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER).

"AZIZ, Abdul" (a.k.a. GUCHAEV, Zaurbek; a.k.a. GUCHAYEV, Zaurbek); DOB 04 Sep 1975; POB Chegem/Kabardino-Balkaria, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: CAUCASUS EMIRATE).

"AZIZ, Abdul" (a.k.a. AL-NURISTANI, 'Abd al-Aziz; a.k.a. AL-NURISTANI, Abdul Aziz; a.k.a. NOORISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz-e; a.k.a. "AL-'AZIZ, Abd"; a.k.a. "AZIZ, Abdullah"), Takal region, Peshawar, Pakistan; DOB 01 Jan 1943 to 31 Dec 1943; POB Du Ab, Nuristan Province, Afghanistan; alt. POB Parun, Nuristan Province, Afghanistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AK1814292 (Pakistan); alt. Passport AK1814291 (Pakistan) issued 22 Nov 2006 expires 21 Nov 2011; National ID No. 1730190144291 (Pakistan); alt. National ID No. 13743484497 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: AL QA'IDA; Linked To: TALIBAN).

"AZIZ, Abdullah" (a.k.a. AL-NURISTANI, 'Abd al-Aziz; a.k.a. AL-NURISTANI, Abdul Aziz; a.k.a. NOORISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz-e; a.k.a. "AL-'AZIZ, Abd"; a.k.a. "AZIZ, Abdul"), Takal region, Peshawar, Pakistan; DOB 01 Jan 1943 to 31 Dec 1943; POB Du Ab, Nuristan Province, Afghanistan; alt. POB Parun, Nuristan Province, Afghanistan; citizen Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AK1814292 (Pakistan); alt. Passport AK1814291 (Pakistan) issued 22 Nov 2006 expires 21 Nov 2011; National ID No. 1730190144291 (Pakistan); alt. National ID No. 13743484497 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: AL QA'IDA; Linked To: TALIBAN).

"AZSCO" (a.k.a. AZIA SHIPPING COMPANY; a.k.a. OOO SUDOKHODNAIA KOMPANIIA AZIA), 29, Posetskaya Str., Vladivostok 690091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2540195189 (Russia); Identification Number IMO 5766958; Registration Number 1132540008732 (Russia) [RUSSIA-EO14024].

"B.O.T.H." (a.k.a. BELARUSIAN OIL TRADE HOUSE; a.k.a. BELARUSIAN OIL TRADING HOUSE; a.k.a. BELARUSIAN OIL TRADING HOUSE REPUBLICAN SUBSIDIARY UNITARY ENTERPRISE; a.k.a. BELARUSIAN OIL TRADING HOUSE REPUBLICAN UNITARY SUBSIDIARY; a.k.a. UE BELARUSIAN OIL TRADE HOUSE; a.k.a. "UNITED TRADING SITE"), Prospect Dzerzhinskogo, 73, Minsk 220116, Belarus; 73 Derzhinskiy Ave., Minsk 220116, Belarus; Dzerzhinsky Avenue, 73, Minsk 220116, Belarus; Website WWW.BNTDTORG.BY; alt. Website WWW.BNTD.BY; Business Registration Document # UNP 101119568 (Belarus) [BELARUS].

"Ba Idrisa" (a.k.a. AL-BARNAWI, Abu Abdullah ibn Umar); DOB 1989 to 1994; POB Maiduguri, Borno State, Nigeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"BABA JI" (a.k.a. QASMANI, Arif; a.k.a. QASMANI, Mohammad Arif; a.k.a. QASMANI, Muhammad Arif; a.k.a. QASMANI, Muhammad 'Arif; a.k.a. "ARIF UMER"; a.k.a. "MEMON BABA"; a.k.a. "QASMANI BABA"), House Number 136, KDA Scheme No. 1, Tipu Sultan Road, Karachi, Sindh, Pakistan; DOB circa 1944; nationality Pakistan; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"BACHRUMSHAH" (a.k.a. SYAH, Bahrum; a.k.a. USMAN, Bachrumsyah Mennor; a.k.a. "BACHRUMSYAH"; a.k.a. "BAHRUMSYAH"; a.k.a. "IBRAHIM, Abu"; a.k.a. "MUHAMMAD AL-ANDUNISIY, Abu"; a.k.a. "MUHAMMAD AL-INDONESI, Abu"; a.k.a. "MUHAMMAD AL-INDUNISI, Abu"; a.k.a. "SHABRINA, Abu"), Raqqa, Syria; Al-Shadadi, Hasaka Province, Syria; DOB 23 Jul 1984; POB Bogor, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A8329173 (Indonesia); Ustad (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"BACHRUMSYAH" (a.k.a. SYAH, Bahrum; a.k.a. USMAN, Bachrumsyah Mennor; a.k.a. "BACHRUMSHAH"; a.k.a. "BAHRUMSYAH"; a.k.a. "IBRAHIM, Abu"; a.k.a. "MUHAMMAD AL-ANDUNISIY, Abu"; a.k.a. "MUHAMMAD AL-INDONESI, Abu"; a.k.a. "MUHAMMAD AL-INDUNISI, Abu"; a.k.a. "SHABRINA, Abu"), Raqqa, Syria; Al-Shadadi, Hasaka Province, Syria; DOB 23 Jul 1984; POB Bogor, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A8329173 (Indonesia); Ustad (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"Baget" (a.k.a. MIKHAILOV, Maksim Sergeevich), Sevastopol, Ukraine; DOB 29 Jul 1976; nationality Ukraine; Gender Male (individual) [CYBER2].

"BAGHERI, Mahmoud" (a.k.a. BAGHERI, Mahmud Kazemabad; a.k.a. BAGHERI-KAZEMABAD, Mahmud; a.k.a. KAZEMABAD, Mahmoud Bagheri; a.k.a. KAZEMABAD, Mahmud Bagheri; a.k.a. KZEMABAD, Mahmoud Bagheri; a.k.a. "BAGHERI, Mahmud"), Iran; DOB 26 Jun 1965; POB Meybod, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J32377129 (Iran) expires 31 Aug 2020; National ID No. 448947941 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AL-GHADIR MISSILE COMMAND).

"BAGHERI, Mahmud" (a.k.a. BAGHERI, Mahmud Kazemabad; a.k.a. BAGHERI-KAZEMABAD, Mahmud; a.k.a. KAZEMABAD, Mahmoud Bagheri; a.k.a. KAZEMABAD, Mahmud Bagheri; a.k.a. KZEMABAD, Mahmoud Bagheri; a.k.a. "BAGHERI, Mahmoud"), Iran; DOB 26 Jun 1965; POB Meybod, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J32377129 (Iran) expires 31 Aug 2020; National ID No. 448947941 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AL-GHADIR MISSILE COMMAND).

"BAHA'I, Fayaz" (a.k.a. AHMAD, Fayyaz; a.k.a. FIAZ, Muhammad; a.k.a. "FAIZ, Shaikh"; a.k.a. "FAYAZ, Sheikh"; a.k.a. "FIYAZ, Sheikh"; a.k.a. "FIYYAZ, Sheikh"), Sheikhpura, Pakistan; DOB 05 Dec 1973; POB Sheikhpura, Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"BAHRUMSYAH" (a.k.a. SYAH, Bahrum; a.k.a. USMAN, Bachrumsyah Mennor; a.k.a. "BACHRUMSHAH"; a.k.a. "BACHRUMSYAH"; a.k.a. "IBRAHIM, Abu"; a.k.a. "MUHAMMAD AL-ANDUNISIY, Abu"; a.k.a. "MUHAMMAD AL-INDONESI, Abu"; a.k.a. "MUHAMMAD AL-INDUNISI, Abu"; a.k.a. "SHABRINA, Abu"), Raqqa, Syria; Al-Shadadi, Hasaka Province, Syria; DOB 23 Jul 1984; POB Bogor, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A8329173 (Indonesia); Ustad (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"BAHTIYAR" (a.k.a. ASAN, Nihat; a.k.a. ASAN, Nihat Abdul Kadir (Arabic: نيهات عبدالقدير آسان); a.k.a. ASAN, Nihat Abdulkadir; a.k.a. ASHAN, Nihat; a.k.a. EBRAHIMIHARKIAN, Ramin; a.k.a. KURD, Ibrahim), Orumiyeh, West Azerbaijan, Iran; DOB 01 Oct 1981; alt. DOB 11 Nov 1981; POB Van, Turkey; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U13927927 (Turkey) expires 25 Jan 2027; National ID No. 2751062326 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

"BAKR, Abu" (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"BAKR, Abu" (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. SUGHAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"BALAK" (a.k.a. YARZA, Aitzol Iriondo; a.k.a. "BARBAS"; a.k.a. "GURBITA"; a.k.a. "GURBITZ"); DOB 08 Mar 1977; POB San Sebastina, Guipuzcoa, Spain; nationality Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Personal ID Card 72.467.565 (Spain); Organization: Basque Fatherland and Liberty (ETA); In custody in France (individual) [SDGT].

"BALOCH, Abdul Aziz" (a.k.a. AZIZ, Abdul; a.k.a. "ZAMANI, Aziz Shah"), House #29, 30th St., Karachi, Pakistan; Quetta, Pakistan; DOB 1985; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AP1810244 expires 31 Oct 2026 (individual) [SDGT] (Linked To: TALIBAN).

"BALUD, Sayf" (a.k.a. ABU BAKR, Sayf Boulad (Arabic: سيف بولاد أبو بكر); a.k.a. "ABU BAKR, Saif" (Arabic: "سيف أبو بكر"); a.k.a. "BEKIR, Seyf

Ebu"; a.k.a. "EBUBEKIR, Seyf"), Syria; DOB 1987 to 1988; POB Bza'ah, al-Bab District, Syria; nationality Syria; citizen Syria; alt. citizen Turkey; Gender Male (individual) [PAARSSR-EO13894] (Linked To: HAMZA DIVISION).

"BAMBAN SEPEHR" (a.k.a. SAYEH BAN SEPEHR DELIJAN CO.; a.k.a. SAYEH BAN SEPEHR DELIJAN WATERPROOFING; a.k.a. SAYEH BAN SEPEHR INDUSTRIAL GROUP; a.k.a. SAYEHBAN SEPEHR CO.; a.k.a. SAYEHBAN SEPEHR DELIJAN; a.k.a. SAYEHBAN SEPEHRE DELIJAN COMPANY; a.k.a. "BAMBAN SHARG"; a.k.a. "SYFLEX"), Ravanji Industrial Zone, 15km of Tehran Road, Delijan, Iran; No. 9 Shenasa Street, Vali Asr Street, Tehran, Iran; Website www.sayehbansepehr.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2008; National ID No. 10861613180 (Iran); Business Registration Number 1051 (Iran) [NPWMD] [IFSR] (Linked To: HOSSEINI, Mohammad Ali).

"BAMBAN SHARG" (a.k.a. SAYEH BAN SEPEHR DELIJAN CO.; a.k.a. SAYEH BAN SEPEHR DELIJAN WATERPROOFING; a.k.a. SAYEH BAN SEPEHR INDUSTRIAL GROUP; a.k.a. SAYEHBAN SEPEHR CO.; a.k.a. SAYEHBAN SEPEHR DELIJAN; a.k.a. SAYEHBAN SEPEHRE DELIJAN COMPANY; a.k.a. "BAMBAN SEPEHR"; a.k.a. "SYFLEX"), Ravanji Industrial Zone, 15km of Tehran Road, Delijan, Iran; No. 9 Shenasa Street, Vali Asr Street, Tehran, Iran; Website www.sayehbansepehr.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2008; National ID No. 10861613180 (Iran); Business Registration Number 1051 (Iran) [NPWMD] [IFSR] (Linked To: HOSSEINI, Mohammad Ali).

"BANCO NACIONAL" (a.k.a. BANCO CORPORATIVO SA; a.k.a. "BANCO NATIONAL"; a.k.a. "BANCORP"; a.k.a. "NATIONAL BANK"), 2 Cuadras Aloeste y 3 Cuadras Alnorte, Managua, Nicaragua; SWIFT/BIC BOFPNIMA [NICARAGUA].

"BANCO NATIONAL" (a.k.a. BANCO CORPORATIVO SA; a.k.a. "BANCO NACIONAL"; a.k.a. "BANCORP"; a.k.a. "NATIONAL BANK"), 2 Cuadras Aloeste y 3 Cuadras Alnorte, Managua, Nicaragua; SWIFT/BIC BOFPNIMA [NICARAGUA].

"BANCORP" (a.k.a. BANCO CORPORATIVO SA; a.k.a. "BANCO NACIONAL"; a.k.a. "BANCO NATIONAL"; a.k.a. "NATIONAL BANK"), 2 Cuadras Aloeste y 3 Cuadras Alnorte, Managua, Nicaragua; SWIFT/BIC BOFPNIMA [NICARAGUA].

"BANK FOR DEVELOPMENT" (f.k.a. BANK FOR FOREIGN TRADE OF THE U.S.S.R.; a.k.a. GK VEB.RF; a.k.a. GOSUDARSTVENNAYA KORPORATSIYA RAZVITIYA VEB.RF; a.k.a. STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK; a.k.a. STATE DEVELOPMENT CORPORATION VEB.RF (Cyrillic: ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ РАЗВИТИЯ ВЭБ.РФ); a.k.a. VEB.RF (Cyrillic: ВЭБ.РФ); f.k.a. VNESHECONOMBANK; f.k.a. VNESHEKONOMBANK GK; f.k.a. VNESHEKONOMBANK SSSR; a.k.a. "VEB"), Akademik Sakharov Ave 9, Moscow 107996, Russia; Pr-kt, Akademika Sakharova, D. 9, Moscow 107078, Russia (Cyrillic: Пр-Кт Академика Сахарова, Д. 9, Город Москва 107078, Russia); 20A, CITIC Building, 19, Joanguomenwai Dajie, Beijing 100004, China; Shop No. 11, Arcade Ground Floor, World Trade Centre, Cuffe Prade, Colaba, Mumbai 400005, India; SWIFT/BIC BFEARUMM; Website www.veb.ru; BIK (RU) 044525060; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Aug 1922; Target Type State-Owned Enterprise; alt. Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Government Gazette Number 00005061 (Russia); Registration Number 1077711000102 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

"BANK NFC JSC" (a.k.a. BANK NATIONAL FACTORING COMPANY JOINT STOCK COMPANY; a.k.a. BANK NATIONAL FACTORING COMPANY JSC; a.k.a. BANK NFC JOINT STOCK COMPANY), 14 Ul Kozhevnicheskaya, Moscow 115114, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722159794 (Russia); Registration Number 1027700385954 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

"BANKOFF" (a.k.a. AWEX CRYPTO EXPLORER DMCC; a.k.a. CRYPTO EXPLORER DMCC (Arabic: كريبتو إكسبلورر م.د.م.س; Cyrillic: КРИПТО ЭКСПЛОРЕР ДМСИСИ); a.k.a. "AWEX"), 12 Presnenskaya Embankment (Federation Tower), Moscow City, Moscow 123317, Russia; 612 Gold Crest Executive Tower, Jumeirah Lake Towers, Dubai, United Arab Emirates; Website https://www.awex.pro; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Aug 2023; Registration Certificate Number (Dubai) DMCC193946 (United Arab Emirates); License DMCC-852167 (United Arab Emirates); Economic Register Number (CBLS) 11934635 (United Arab Emirates) [RUSSIA-EO14024].

"BARBAS" (a.k.a. YARZA, Aitzol Iriondo; a.k.a. "BALAK"; a.k.a. "GURBITA"; a.k.a. "GURBITZ"); DOB 08 Mar 1977; POB San Sebastina, Guipuzcoa, Spain; nationality Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Personal ID Card 72.467.565 (Spain); Organization: Basque Fatherland and Liberty (ETA); In custody in France (individual) [SDGT].

"BARNY" (a.k.a. GONZALEZ VASQUEZ, Julian Andrey); DOB 31 Jan 1979; POB La Merced, Caldas, Colombia; citizen Colombia; Cedula No. 8125194 (Colombia) (individual) [SDNTK].

"BARRE, Marian" (a.k.a. BARRE OMAR, Marian; a.k.a. BARREH OMAR, Mariam; a.k.a. BARREH, Mariam), Altawun Area, Alkhan, Sharjah, United Arab Emirates; PO Box 80367, Ajman, United Arab Emirates; DOB 01 Jan 1971; alt. DOB 10 Apr 1971; POB Kismayo, Somalia; nationality Djibouti; alt. nationality Somalia; Gender Female; Passport 19RF19428 (Djibouti) issued 28 Dec 2020 expires 28 Dec 2025; Identification Number 156087 (Djibouti) (individual) [SOMALIA].

"BARRY, Amadou" (a.k.a. KOUFFA, Amadou; a.k.a. KOUFFA, Hamadou; a.k.a. KOUFFA, Hamadoun), Mali; DOB 1958; POB Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

"BASHIQ" (a.k.a. AL-'ALLAK, Ashraf Ahmad Fari'; a.k.a. AL-ALLAL, Ashraf Ahmad Fari; a.k.a. AL-URDUNI, Abu Raghad; a.k.a. BASHQ, Abu Raghad; a.k.a. FARI', Ashraf Ahmad), Dar'a, Syria; DOB 15 Dec 1978; POB Amman,

Jordan; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"Bashir" (a.k.a. BASHIR, Ali Lalobo; a.k.a. KAPERE, Otim; a.k.a. KONY, Ali; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLA, Ali Mohammed; a.k.a. LABOLO, Ali Mohammad; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Bashir; a.k.a. LALOBO, Ali Mohammed; a.k.a. SALONGO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Caesar"; a.k.a. "MOHAMMED, Ali"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

"BASSAM AL-SAEEDI AND PARTNERS FREE ZONE COMPANY" (a.k.a. RABYA FOR TRADING FZC (Arabic: شركة رايبا التجارة شركة منطقة حرة); a.k.a. "BASSAM AL-SAEEDI AND PARTNERS FZC"; a.k.a. "RABIA COMPANY"), Al Mayzunah, Dhofar, Oman; Website www.agefzc.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Jul 2018; Commercial Registry Number 1322360 (Oman) [SDGT] (Linked To: ANSARALLAH).

"BASSAM AL-SAEEDI AND PARTNERS FZC" (a.k.a. RABYA FOR TRADING FZC (Arabic: شركة رايبا التجارة شركة منطقة حرة); a.k.a. "BASSAM AL-SAEEDI AND PARTNERS FREE ZONE COMPANY"; a.k.a. "RABIA COMPANY"), Al Mayzunah, Dhofar, Oman; Website www.agefzc.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Jul 2018; Commercial Registry Number 1322360 (Oman) [SDGT] (Linked To: ANSARALLAH).

"BASSTERLORD" (a.k.a. KONDRATEV, Ivan; a.k.a. KONDRATIEV, Ivan Gennadievich (Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич); a.k.a. KONDRATYEV, Ivan; a.k.a. "@AL3XL7"; a.k.a. "@BASSTERLORD"; a.k.a. "@BASSTERLORD 0170742922"; a.k.a. "@SINNER6546"; a.k.a. "@SINNER911"; a.k.a. "EDITOR"; a.k.a. "FISHEYE"; a.k.a. "INVESTORLIFE1"; a.k.a. "JACKROCK#3337"; a.k.a. "SIN998A"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz 07r; alt. Digital Currency Address - XBT

32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns 29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45h exr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h6 0n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6n g6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e412 0d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

"BASU" (a.k.a. EBERAHIM, Abbas), 43 Walana Cres, Kooringal, NSW 2650, Australia; Golden Triangle Special Economic Zone, Bokeo, Laos; 292 Moo 1 Wiang, Chiang Saen District, Chiang Rai 57150, Thailand; DOB 11 Sep 1949; POB Malaysia; nationality Australia; Gender Male; Passport N2315963 (Australia) (individual) [TCO] (Linked To: ZHAO WEI TCO).

"BATARFI, Khalid bin Umar" (a.k.a. BATARFI, Khaled; a.k.a. BATARFI, Khaled Saeed; a.k.a. BATARFI, Khalid; a.k.a. BATARFI, Khalid Saeed; a.k.a. "AL-KINDI, Abu al-Miqdad"; a.k.a. "MIQDAD, Abu"), Yemen; DOB 1979; alt. DOB 1978; alt. DOB 1980; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Bayron" (a.k.a. CELIS DURANGO, Alexander), Colombia; DOB 05 Aug 1978; POB Necocli, Antioquia, Colombia; nationality Colombia; Gender Male; Cedula No. 10933010 (Colombia) (individual) [ILLICIT-DRUGS-EO14059].

"BCCO" (a.k.a. BAKHTAR COMMERCIAL COMPANY (Arabic: شرکت بازرگان کالای باختر)), North Kargar Street, Above Taghateh Fatemi, Plaque 1286, Tehran 73441-14118, Iran; No. 1286, North Karegar Avenue, Tehran, Iran; Ashrafi Esfahani Highway, Fourth Road Punak, Falahzadeh Boulevard, Plaque 40, Floor 5, Tehran, Iran; Website www.bcco.co; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN

EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10320817213 (Iran); Registration Number 429515 (Iran) [IRAN-EO13846].

"BEACH COCOHUT" (a.k.a. STREET INVESTMENTS PVT LTD), Seesan magu, Male 20028, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Jun 2022; Organization Type: Restaurants and mobile food service activities; Business Number BN26312022 (Maldives); Business Registration Number BP33152022 (Maldives) issued 23 Aug 2022; Registration Number C-0688/2022 (Maldives) [SDGT] (Linked To: RAUF, Ahmed Alif).

"BECHIR" (a.k.a. ESSAADI, Moussa Ben Amor Ben Ali; a.k.a. "ABDELRAHMMAN"; a.k.a. "DAH DAH"), Via Milano n.108, Brescia, Italy; DOB 04 Dec 1964; POB Tabarka, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L335915 issued 08 Nov 1996 expires 07 Nov 2001 (individual) [SDGT].

"BEENIE" (a.k.a. JOSEPH, Wilson; a.k.a. "BIG CHIEF"; a.k.a. "LAMO SANJOU"; a.k.a. "LANMO SAN JOU" (Latin: "LANMÒ SAN JOU"); a.k.a. "LANMOU100JOU"; a.k.a. "WILSON, Joseph"), Port-au-Prince, Haiti; DOB 28 Feb 1993; POB Lascahobas, Central Department, Haiti; nationality Haiti; Gender Male (individual) [GLOMAG].

"BEER DHAGAH" (a.k.a. OMAR, Ahmed Haji Ali Haji; a.k.a. "ALI, Ahmed Omar"; a.k.a. "ALI, Ahmed Omer Haji"; a.k.a. "BEERDHAGAX"; a.k.a. "BEERDHEGHAX"; a.k.a. "BERDAGAX"), Bosaso, Bari, Somalia; DOB Jun 1974; POB Alula District, Bari, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"BEERDHAGAX" (a.k.a. OMAR, Ahmed Haji Ali Haji; a.k.a. "ALI, Ahmed Omar"; a.k.a. "ALI, Ahmed Omer Haji"; a.k.a. "BEER DHAGAH"; a.k.a. "BEERDHEGHAX"; a.k.a. "BERDAGAX"), Bosaso, Bari, Somalia; DOB Jun 1974; POB Alula District, Bari, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"BEERDHEGHAX" (a.k.a. OMAR, Ahmed Haji Ali Haji; a.k.a. "ALI, Ahmed Omar"; a.k.a. "ALI, Ahmed Omer Haji"; a.k.a. "BEER DHAGAH"; a.k.a. "BEERDHAGAX"; a.k.a. "BERDAGAX"), Bosaso, Bari, Somalia; DOB Jun 1974; POB Alula District, Bari, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"BEH TAM" (a.k.a. BEH TAM COMPANY; a.k.a. BEH TAM RAVANKAR; a.k.a. BEH TAM RAVANKAR COMPANY (Arabic: شرکت به تام روانکار); a.k.a. SHERKATE BEH TAAM), Kian Tower, No. 2551 Vali-e-Asr Avenue, Tehran 1968643111, Iran; 9th Floor, Kian Tower, No. 1387, Naseri Alley, Zafar Dastgerdi Street, District 3, Tehran 1968643111, Iran; Hamid Alley, South Bahar Avenue, After Somayeh Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102308704 (Iran); Registration Number 188852 (Iran) [IRAN-EO13876] (Linked To: BEHRAN OIL CO.).

"BEKIR, Seyf Ebu" (a.k.a. ABU BAKR, Sayf Boulad (Arabic: سيف بولاد أبو بكر); a.k.a. "ABU BAKR, Saif" (Arabic: "سيف أبو بكر"); a.k.a. "BALUD, Sayf"; a.k.a. "EBUBEKIR, Seyf"), Syria; DOB 1987 to 1988; POB Bza'ah, al-Bab District, Syria; nationality Syria; citizen Syria; alt. citizen Turkey; Gender Male (individual) [PAARSSR-EO13894] (Linked To: HAMZA DIVISION).

"BEN NARVAN ABDEL AZIZ" (a.k.a. JARRAYA, Khalil; a.k.a. JARRAYA, Khalil Ben Ahmed Ben Mohamed; a.k.a. "ABDEL' AZIZ BEN NARVAN"; a.k.a. "AMR"; a.k.a. "AMRO"; a.k.a. "AMROU"; a.k.a. "KHALIL YARRAYA"; a.k.a. "OMAR"), Via Bellaria n.10, Bologna, Italy; Via Lazio n.3, Bologna, Italy; DOB 08 Feb 1969; alt. DOB 15 Aug 1970; POB Sfax, Tunisia; alt. POB Sreka, ex-Yugoslavia; nationality Tunisia; alt. nationality Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Passport K989895 (Tunisia) issued 26 Jul 1995 expires 25 Jul 2000 (individual) [SDGT].

"Ben" (a.k.a. KOVALEV, Vitaliy; a.k.a. KOVALEV, Vitaly Nikolayevich; a.k.a. "Bentley"), Russia; DOB 23 Jun 1988; nationality Russia; Gender Male (individual) [CYBER2].

"BENAVIDES" (a.k.a. FEO ALVARADO, Alveiro), Colombia; DOB 16 Jun 1967; POB El Paso, Cesar, Colombia; citizen Colombia; Cedula No. 77162067 (Colombia) (individual) [SDNTK] (Linked To: CLAN DEL GOLFO).

"Bentley" (a.k.a. KOVALEV, Vitaliy; a.k.a. KOVALEV, Vitaly Nikolayevich; a.k.a. "Ben"), Russia; DOB 23 Jun 1988; nationality Russia; Gender Male (individual) [CYBER2].

"BENTLEY" (a.k.a. GALOCHKIN, Maksim; a.k.a. "CRYPT"; a.k.a. "VOLHVB"), Abakan, Russia; DOB 19 May 1982; nationality Russia; Email Address volhvb@mail.ru; alt. Email Address volhvb@live.ru; alt. Email Address volhvb@yandex.ru; alt. Email Address volhvb@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"BENZL" (a.k.a. GEBERT, Markus; a.k.a. GELOWICZ, Abdullah; a.k.a. GELOWICZ, Fritz Martin; a.k.a. GELOWICZ, Fritz Martin Abdullah; a.k.a. GELOWITZ, Fritz Martin Abdullah; a.k.a. KONARS, Robert), Boefinger Weg 20, Ulm 89075, Germany; Eberhardstrasse 70, Ulm 89073, Germany; DOB 01 Sep 1979; alt. DOB 10 Apr 1979; POB Munich, Germany; alt. POB Liege, Belgium; citizen Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 7020069907 (Germany); Personal ID Card 7020783883; currently incarcerated at Stuttgart-Stammheim, Germany (individual) [SDGT].

"BERDAGAX" (a.k.a. OMAR, Ahmed Haji Ali Haji; a.k.a. "ALI, Ahmed Omar"; a.k.a. "ALI, Ahmed Omer Haji"; a.k.a. "BEER DHAGAH"; a.k.a. "BEERDHAGAX"; a.k.a. "BEERDHEGHAX"), Bosaso, Bari, Somalia; DOB Jun 1974; POB Alula District, Bari, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"BESPOKE GUN" (a.k.a. LIMITED LIABILITY COMPANY MOSCOW ARMS COMPANY; a.k.a. MOSKOVSKAYA ORUZHEINAYA KOMPANIYA), Ul. Novoslobodskaya Vld. 1, Stroenie 1, Mytishchi 141009, Russia;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5012086643 (Russia); Registration Number 1145012005335 (Russia) [RUSSIA-EO14024].

"BETO" (a.k.a. ISAZA SANCHEZ, Felix Alberto); DOB 24 Apr 1966; POB Envigado, Antioquia, Colombia; citizen Colombia; Cedula No. 98517169 (Colombia) (individual) [SDNTK].

"BFCC" (a.k.a. BANK SINA; a.k.a. BANQUE SINA BONYAD FINANCE AND CREDIT COMPANY; a.k.a. SINA BANK; a.k.a. SINA BANK COMPANY; a.k.a. SINA FINANCE AND CREDIT COMPANY; a.k.a. SINA FINANCE AND CREDIT INSTITUTE; a.k.a. "SFCC"), Between Miremad Street and Mofateh Street, Motahari Avenue, Tehran 15888-6457, Iran; No. 238, Ostad Motahari Avenue, District 6, Tehran, Tehran Province 1588864571, Iran; Near by Mofateh Street, No. 187, Ostad Mothari Street, Tehran 1587998411, Iran; 187 Motahri Avenue, Tehran 1587998411, Iran; No. 187, Ostad Mottahari St., Tehran, Iran; 187 Motahhari Ave, Tehran 1587998411, Iran; SWIFT/BIC SINAIRTH; Website www.sinabank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10860246171 (Iran); Registration Number 2904 (Iran) [IRAN] [SDGT] [IFSR] [IRAN-EO13876] (Linked To: ANDISHEH MEHVARAN INVESTMENT COMPANY; Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"BIBA" (a.k.a. POGODIN, Vadim Gennadievich (Cyrillic: ПОГОДИН, Вадим Геннадьевич); a.k.a. "SHGRYUV"), Moscow, Russia; DOB 19 Mar 1986; POB Moscow, Russia; nationality Russia; Gender Male; Passport 642774845 (Russia); National ID No. 4508703790 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP).

"BID" (a.k.a. BANCO INTERNACIONAL DE DESARROLLO, C.A.), Urb. El Rosal, Av. Francisco de Miranda Edificio Dozsa - Piso 8, C.P. 1060, Caracas, Venezuela; SWIFT/BIC IDUNVECA; Website www.bid.com.ve; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: EXPORT DEVELOPMENT BANK OF IRAN).

"BIF" (a.k.a. AL BIR AL DAWALIA; a.k.a. BENEVOLENCE INTERNATIONAL FOUNDATION; a.k.a. BIF-USA; a.k.a. MEZHDUNARODNYJ BLAGOTVORITEL'NYJ

FOND), Bashir Safar Ugli 69, Baku, Azerbaijan; 69 Boshir Safaroglu St., Baku, Azerbaijan; Sarajevo, Bosnia and Herzegovina; Zenica, Bosnia and Herzegovina; 3 King Street, South Waterloo, Ontario N2J 3Z6, Canada; P.O. Box 1508 Station B, Mississauga, Ontario L4Y 4G2, Canada; 2465 Cawthra Rd., #203, Mississauga, Ontario L5A 3P2, Canada; Ottawa, Canada; Grozny, Chechnya, Russia; 91 Paihonggou, Lanzhou, Gansu, China; Hrvatov 30, 41000, Zagreb, Croatia; Makhachkala, Daghestan, Russia; Duisi, Georgia; Tbilisi, Georgia; Nazran, Ingushetia, Russia; Burgemeester Kessensingel 40, Maastricht, Netherlands; House 111, First Floor, Street 64, F-10/3, Islamabad, Pakistan; Azovskaya 6, km. 3, off. 401, Moscow, Russia; P.O. Box 1055, Peshawar, Pakistan; Ulitsa Oktyabr'skaya, dom. 89, Moscow, Russia; P.O. Box 1937, Khartoum, Sudan; P.O. Box 7600, Jeddah 21472, Saudi Arabia; P.O. Box 10845, Riyadh 11442, Saudi Arabia; Dushanbe, Tajikistan; United Kingdom; Afghanistan; Bangladesh; Bosnia and Herzegovina; Gaza Strip, Palestinian; Yemen; IL, United States; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; US FEIN 36-3823186 [SDGT].

"BIFF TANNEN" (a.k.a. BRUNETTI, Luciano; a.k.a. "LUCHO"), Buenos Aires, Argentina; DOB 30 Aug 1988; POB Argentina; nationality Argentina; Gender Male; Passport AAC206993 (Argentina); D.N.I. 34142353 (Argentina) (individual) [SDNTK].

"BIG BOY" (a.k.a. ROMERO GARCIA, Dany Balmore (Latin: ROMERO GARCÍA, Dany Balmore); a.k.a. "D-BOY"), Pje. 6, Casa 11, Soyapango, San Salvador, El Salvador; DOB 26 Apr 1974; Identification Number 04237453-4 (El Salvador) (individual) [TCO] (Linked To: MS-13).

"BIG CHIEF" (a.k.a. JOSEPH, Wilson; a.k.a. "BEENIE"; a.k.a. "LAMO SANJOU"; a.k.a. "LANMO SAN JOU" (Latin: "LANMÒ SAN JOU"); a.k.a. "LANMOU100JOU"; a.k.a. "WILSON, Joseph"), Port-au-Prince, Haiti; DOB 28 Feb 1993; POB Lascahobas, Central Department, Haiti; nationality Haiti; Gender Male (individual) [GLOMAG].

"BIGARUKA" (a.k.a. BIGARUKA IZABAYO, Deogratias; a.k.a. IZABAYO DEO; a.k.a. NZEYIMANA, Stanislas; a.k.a. "BIGARURA"), Kalonge, Masisi, North Kivu, Congo, Democratic Republic of the; Kibua, Congo, Democratic Republic of the; DOB 01 Jan 1966;

alt. DOB 28 Aug 1966; alt. DOB 1967; POB Mugusa (Butare), Rwanda; citizen Rwanda; Brig. General; Deputy Overall Commander FOCA (individual) [DRCONGO].

"BIGARURA" (a.k.a. BIGARUKA IZABAYO, Deogratias; a.k.a. IZABAYO DEO; a.k.a. NZEYIMANA, Stanislas; a.k.a. "BIGARUKA"), Kalonge, Masisi, North Kivu, Congo, Democratic Republic of the; Kibua, Congo, Democratic Republic of the; DOB 01 Jan 1966; alt. DOB 28 Aug 1966; alt. DOB 1967; POB Mugusa (Butare), Rwanda; citizen Rwanda; Brig. General; Deputy Overall Commander FOCA (individual) [DRCONGO].

"BILAL KUMKAL" (a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "ABOU HAMZA"; a.k.a. "ABOU HANZA"; a.k.a. "ABU KHAMZA"; a.k.a. "BILAL"; a.k.a. "HAMZA"; a.k.a. "KOUMAL"; a.k.a. "LAJONEL DIMON"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975; POB Roubaix, France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"BILAL" (a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "ABOU HAMZA"; a.k.a. "ABOU HANZA"; a.k.a. "ABU KHAMZA"; a.k.a. "BILAL KUMKAL"; a.k.a. "HAMZA"; a.k.a. "KOUMAL"; a.k.a. "LAJONEL DIMON"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975; POB Roubaix, France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"BILAL" (a.k.a. DJERMANE, Kamel; a.k.a. "ADEL"; a.k.a. "FODHIL"); DOB 1965; POB Oum el Bouaghi, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"BILAL" (a.k.a. AL-HARBI, Nasir Muhammad 'Awad al-Ghidani; a.k.a. AL-HARBI, Nasir Muhammad 'Iwad al-Ghaydani; a.k.a. "AL-GHAYDANI, Abu-Bilal"; a.k.a. "AL-HARBI, Abu-Bilal"; a.k.a. "AL-NAJDI, Hammam"; a.k.a. "AL-RAS, Ra'i"), Yemen; DOB 20 Jul 1974; alt. DOB 05 Sep 1974; POB al-Qasim, Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"BILDING MANAGEMENT" (a.k.a. BLD MANAGEMENT; a.k.a. OOO BILDING

MENEDZHMENT (Cyrillic: ООО БИЛДИНГ МЕНЕДЖМЕНТ)), Per. Butikovskii D. 7, Floor 3, Pom. I Komnata 1, Moscow 119034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Jul 2016; Tax ID No. 7703413861 (Russia); Registration Number 1167746703464 (Russia) [RUSSIA-EO14024] (Linked To: KOCHMAN, Evgeniy Borisovich).

"BIM" (a.k.a. BANK OF INDUSTRY & MINE; a.k.a. BANK OF INDUSTRY AND MINE; a.k.a. BANK SANAD VA MADAN), 1655 Vali-E-Asr After Chamran Crossroad, Tehran, Iran; PO Box 15875-4456, Firouzeh Tower, No 2917 Vali-Asr Ave (after Chamran Crossroads), Tehran 1965643511, Iran; SWIFT/BIC BOIMIRTH; Website www.bim.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 38705 (Iran); All Offices Worldwide [IRAN] [NPWMD] [IFSR] (Linked To: BANK SEPAH).

"BINP SB RAS" (a.k.a. BUDKER INSTITUTE OF NUCLEAR PHYSICS OF SB RAS; a.k.a. BUDKER INSTITUTE OF NUCLEAR PHYSICS OF SIBERIAN BRANCH RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT YADERNOL FIZIKI IM. G.I. BUDKERA SIBIRSKOGO OTDELENIYA ROSSISKOI AKADEMII NAUK; f.k.a. INSTITUTE OF NUCLEAR PHYSICS OF THE SIBERIAN BRANCH OF THE USSR ACADEMY OF SCIENCE; a.k.a. IYAF SO RAN FGBU), Prospkt Akademika Lavrentyeva D 11, Novosibirsk 630090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Jul 1994; Tax ID No. 5408105577 (Russia); Government Gazette Number 03533872 (Russia); Registration Number 1025403658136 (Russia) [RUSSIA-EO14024].

"BIPC" (a.k.a. BANDAR IMAM PETROCHEMICAL; a.k.a. BANDAR IMAM PETROCHEMICAL CO; a.k.a. BANDAR IMAM PETROCHEMICAL COMPANY; a.k.a. BANDAR IMAM PETROCHEMICAL COMPANY LTD), North Kargar Street, Tehran, Iran; Mahshahr, Bandar Imam, Khuzestan Province, Iran; Imam Khumaini Port, Mahshahr, Khuzestan, Iran; P.O. Box 314, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 6301 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

"BISHR, Haji" (a.k.a. NOORZAI, Haji Bashir); DOB 1961; POB Afghanistan (individual) [SDNTK].

"BKE OOO" (Cyrillic: "БКЕ ООО") (a.k.a. BUROVAYA KOMPANIYA EURASIA LLC (Cyrillic: БУРОВАЯ КОМПАНИЯ ЕВРАЗИЯ ООО); a.k.a. LIMITED LIABILITY COMPANY EVRAZIYA; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU BUROVAYA KOMPANIYA EVRAZIYA), 40, 2 Ulitsa Narodnogo Opolcheniya, Moscow 123298, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 8608049090 (Russia); Registration Number 1028601443034 (Russia) [RUSSIA-EO14024].

"BLA" (a.k.a. BALOCH LIBERATION ARMY; a.k.a. BALOCHISTAN LIBERATION ARMY (Arabic: بلۏچستان آجویۍ لشکر); a.k.a. MAJEED BRIGADE; a.k.a. ZEPHYR INTELLIGENCE RESEARCH AND ANALYSIS BUREAU; a.k.a. "FATEH SQUAD"), Balochistan, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2000 [FTO] [SDGT].

"BLACK BANSHEE" (a.k.a. KIMSUKY; a.k.a. "APT43"; a.k.a. "ARCHIPELAGO"; a.k.a. "EMERALD SLEET"; a.k.a. "NICKEL KIMBALL"; a.k.a. "THALLIUM"; a.k.a. "VELVET CHOLLIMA"), Korea, North; Website onerearth.xyz; alt. Website sovershopp.online; alt. Website mofa.lat; alt. Website janskinmn.lol; alt. Website supermeasn.lat; alt. Website bookstarrtion.online; alt. Website cdredos.site; alt. Website scemsal.site; alt. Website somelmark.store; Email Address hongsiao@naver.com; alt. Email Address teriparl25@gmail.com; alt. Email Address seanchung.hanvoice@hotmail.com; alt. Email Address pkurui9999@gmail.com; alt. Email Address ssdkfdlsfd@gmail.com; alt. Email Address haris2022100@outlook.com; alt. Email Address bing2020@outlook.kr; alt. Email Address marksigal1001@gmail.com; alt. Email Address donghyunkim1010@gmail.com; alt. Email Address hong_xiao@naver.com; alt. Email Address sm.carls0000@gmail.com; alt. Email Address kennedypamla@gmail.com; alt. Email Address ds1kdie@aol.com; alt. Email Address ds1kde@daum.net; alt. Email Address yoon.dasl@yahoo.com; alt. Email Address syshim10@mofa.lat; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

"blackjack1987" (a.k.a. LI, Jiadong (Chinese Simplified: 李家东); a.k.a. "khaleesi"), Anshan, Liaoning, China (Chinese Simplified: 鞍山, 辽宁, China); DOB 10 Jan 1987; nationality China; Gender Male; Digital Currency Address - XBT 1EfMVkxQQuZfBdocpJu6RUsCJvenQWbQyE; alt. Digital Currency Address - XBT 17UVSMegvrzfobKC82dHXpZLtLcqzW9stF; alt. Digital Currency Address - XBT 39eboeqYNFe2VoLC3mUGx4dh6GNhLB3D2q; alt. Digital Currency Address - XBT 39fhoB2DohisGBbHvvfmkdPdShT75CNHdX; alt. Digital Currency Address - XBT 3E6rY4dSCDW6y2bzJNwrjvTtdmMQjB6yeh; alt. Digital Currency Address - XBT 3EeR8FbcPbkcGj77D6ttneJxmsr3Nu7KGV; alt. Digital Currency Address - XBT 3HQRveQzPifZorZLDXHernc5zjoZax8U9f; alt. Digital Currency Address - XBT 3JXKQ81JzBqVbB8VHdV9Jtd7auWokkdPgY; alt. Digital Currency Address - XBT 3KHfXU24Bt3YD5Ef4J7uNp2buCuhrxfGen; alt. Digital Currency Address - XBT 3LbDu1rUXHNyiz4i8eb3KwkSSBMf7C583D; alt. Digital Currency Address - XBT 3MN8nYo1tt5hLxMwMbxDkXWd7Xu522hb9P; alt. Digital Currency Address - XBT 3N6WeZ6i34taX8Ditser6LKWBcXmt2XXL4; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Phone Number 8613314257947; alt. Phone Number 8618004121000; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number 210302198701102136 (China) (individual) [DPRK3] [CYBER2] (Linked To: LAZARUS GROUP).

"Blacks" (a.k.a. SANCHEZ VALLEJO, Yeison Andres; a.k.a. "Andreas"), Colombia; Arakaka, Barima-Waini Region, Guyana; DOB 15 Jul 1990; POB Puerto Salgar, Colombia; nationality Colombia; citizen Colombia; Gender Male; Cedula No. 1003698707 (Colombia) Passport AU089105 (Colombia) (individual) [ILLICIT-DRUGS-EO14059].

"blade_runner" (a.k.a. ERMAKOV, Aleksandr (Cyrillic: ЕРМАКОВ, Александр); a.k.a. "GistaveDore"; a.k.a. "GustaveDore"; a.k.a. "JimJones"), Moscow, Russia; DOB 16 May 1990; nationality Russia; Email Address ae.ermak@yandex.ru; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"BLMZ" (a.k.a. BALASHIKHA CASTING MECHANICAL PLANT OJSC; a.k.a. OPEN JOINT STOCK COMPANY BALASHIKHINSKIY LITEYNO MEKHANICHESKIY ZAVOD), 4, Entuziastov, Balashikha 143912, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5001000027 (Russia); Registration Number 1025000510534 (Russia) [RUSSIA-EO14024].

"BLO" (a.k.a. BELTRAN LEYVA ORGANIZATION), Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

"BMI" (a.k.a. BANK MELLI; a.k.a. BANK MELLI IRAN; a.k.a. MELLI BANK; a.k.a. NATIONAL BANK OF IRAN), Ferdowsi Avenue - PO Box 11365-171, Tehran, Iran; 43 Avenue Montaigne, Paris 75008, France; Room 704-6, Wheelock Hse, 20 Pedder St, Hong Kong; Bank Melli Iran Bldg, 111 St 24, 929 Arasat, Baghdad, Iraq; PO Box 2643, Ruwi, 112, Muscat, Oman; PO Box 2656, Liva Street, Abu Dhabi, United Arab Emirates; PO Box 248, Hamad Bin Abdulla St, Fujairah, United Arab Emirates; PO Box 1888, Clock Tower, Industrial Rd, Al Ain Club Bldg, Al Ain, Abu Dhabi, United Arab Emirates; PO Box 1894, Baniyas St, Deira, Dubai, United Arab Emirates; PO Box 5270, Oman Street Al Nakheel, Ras Al-Khaimah, United Arab Emirates; PO Box 459, Al Borj St, Sharjah, United Arab Emirates; PO Box 3093, Ahmed Seddiqui Bldg, Khalid Bin El-Walid St, Bur-Dubai, Dubai, United Arab Emirates; PO Box 1894, Al Wasl Rd, Jumeirah, Dubai, United Arab Emirates; Postfach 112 129, Holzbruecke 2, 20421, Hamburg, Germany; 23 Nobel Avenue, Baku, Azerbaijan; Bank Melli Iran Building, Ferdowsi Avenue, Tehran 11365-144, Iran; No. 136 Mirdamad Boulevard, Opposite Al-ghadir Mosque, Tehran, Iran; Al Ashar Estiqlal Street - Hal Al Zohor, Basra, Iraq; 98a Kensington High Street, London W8 4SG, United Kingdom; 767 5th Ave, 44th Fl, New York, NY 10153, United States; PO Box 1420, New York, NY 10153, United States; Website www.bmi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Offices Worldwide [IRAN] [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"BNC" (a.k.a. BANCO NACIONAL DE CUBA; a.k.a. NATIONAL BANK OF CUBA),

Zweierstrasse 35, Zurich CH-8022, Switzerland; Avenida de Concha Espina 8, Madrid E-28036, Spain; Dai-Ichi Bldg. 6th Floor, 10-2 Nihombashi, 2-chome, Chuo-ku, Tokyo 103, Japan; Federico Boyd Avenue & 51 Street, Panama City, Panama [CUBA].

"BOICA" (a.k.a. SALAZAR FLORES, Freddy Arnoldo; a.k.a. SALAZAR FLORES, Fredy Arnoldo; a.k.a. "BOYCA"), Guatemala; DOB 14 Feb 1984; POB Guatemala; nationality Guatemala; Gender Male; NIT # 34746072 (Guatemala); C.U.I. 2639667390611 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

"BONQUES BROTHERS" (a.k.a. CASTELLANOS MEZA, Roberto; a.k.a. "BONQUES, Beto"), Mexico; DOB 06 Jun 1975; POB Nayarit, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAMR750606HNTSZB00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"BONQUES BROTHERS" (a.k.a. CASTANEDA MEZA, Giovanni (Latin: CASTAÑEDA MEZA, Giovanni); a.k.a. "BONQUES, Vanni"), Mexico; DOB 08 Aug 1987; POB Nayarit, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAMG870808HNTSZV07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"BONQUES BROTHERS" (a.k.a. CASTANEDA MEZA, Ivan Atzayacatl (Latin: CASTAÑEDA MEZA, Ivan Atzayacatl); a.k.a. "BONQUES, Axa"), Mexico; DOB 12 Sep 1984; POB Nayarit, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAMI840912HNTSZV09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"BONQUES BROTHERS" (a.k.a. CASTANEDA MEZA, Juan Carlos (Latin: CASTAÑEDA MEZA, Juan Carlos); a.k.a. "CALOCHO"), Mexico; DOB 01 Sep 1977; POB Nayarit, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAMJ770901HNTSZN05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"BONQUES, Axa" (a.k.a. CASTANEDA MEZA, Ivan Atzayacatl (Latin: CASTAÑEDA MEZA, Ivan Atzayacatl); a.k.a. "BONQUES BROTHERS"), Mexico; DOB 12 Sep 1984; POB Nayarit, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAMI840912HNTSZV09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"BONQUES, Beto" (a.k.a. CASTELLANOS MEZA, Roberto; a.k.a. "BONQUES BROTHERS"), Mexico; DOB 06 Jun 1975; POB Nayarit, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAMR750606HNTSZB00

(Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"BONQUES, Vanni" (a.k.a. CASTANEDA MEZA, Giovanni (Latin: CASTAÑEDA MEZA, Giovanni); a.k.a. "BONQUES BROTHERS"), Mexico; DOB 08 Aug 1987; POB Nayarit, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAMG870808HNTSZV07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"BONT" (a.k.a. BOUT, Viktor Anatolijevitch; a.k.a. SERGITOV, Vitali; a.k.a. "BOUTOV"; a.k.a. "BUTT"; a.k.a. "BUTTE"); DOB 13 Jan 1967; alt. DOB 13 Jan 1970; POB Dushanbe, Tajikistan; Dealer and transporter of weapons and minerals; Owner, Great Lakes Business Company and Compagnie Aerienne des Grands (individual) [DRCONGO].

"BOOYAH" (a.k.a. ABDILLAHI, Abshir; a.k.a. ABDULAHI, Asad; a.k.a. ABDULI, Aburashid Abdulahi; a.k.a. ABDULLAHI, Abshir; a.k.a. BOYAH, Abshir; a.k.a. "BOYAH"), Eyl, Somalia; Garowe, Somalia; DOB circa 1966; POB Eyl, Somalia (individual) [SOMALIA].

"BORDBAR, Javad" (a.k.a. BORDBARSHERAMIN, Javad; a.k.a. BORDBARSHERAMIN, Javad Ali; a.k.a. SHIR AMIN, Javad Bordbar), Iran; DOB 27 Oct 1981; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13382, as amended by Executive Order 13886; Passport A37845408 expires 24 Aug 2021 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"BORISELCIN" (a.k.a. MATVEEV, Mihail Pavlovich; a.k.a. MATVEEV, Mikhail Pavlovich; a.k.a. MATVEYEV, Mikhail P; a.k.a. "M1X"; a.k.a. "MATVEYEV, Mikhail Mix" (Cyrillic: "МАТВЕЕВ, Михаил Mix"); a.k.a. "MATYEEV, Mikhail" (Cyrillic: "МАТВЕЕВ, Михаил"); a.k.a. "UHODIRANSOMWAR"; a.k.a. "WAZAWAKA"), 8 Serzhana Koloskova Street, Apartment 6, Kaliningrad, Russia; DOB 17 Aug 1992; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 733584513 (Russia) (individual) [CYBER2].

"BOSACO" (a.k.a. BONYAD SHIPPING AGENCIES CO. (Arabic: شرکت نمایندگیهای بنیاد کشتیرانی); a.k.a. BONYAD SHIPPING AGENCIES COMPANY; a.k.a. BONYAD SHIPPING AGENTS COMPANY), No. 38, 6th Ave., Gandhi Ave., PO Box: 158753794, Tehran

15177, Iran; PO Box 1517737765, First Floor, No 38, Corner of 6th Alley, South Ghandi Street, Tehran, Iran; Unit 1, Sahel Building, 3 Delavaran Alley, Before Hamah Hotel Way 3, Pasdaran Boulevard, Bandar Abbas, Iran; 6 Hafez Street, 22 Bahman Boulevard, Phase 3, Bandar Imam, Khomeini, Iran; Aluminum Building, Vahdat Street, Nakhl Taqi, Bandar Assalouyeh, Iran; Unit 6, 2nd Floor, Shojai Brothers Alley, Ashuri Street, Bandar Bushehr, Iran; Floor 1, Booth 470, Venus Building, Anzali Free Zone Street, Zibahkenar Street, Bandar Anzali, Iran; Special Economic Zone Port Area, Bander Amirabad, Iran; Number 2, Taheri Alley, Palestine Street, South Fardows Street, Bandar Nowshahr, Iran; Website www.bosacoir.com; alt. Website www.bosaco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101299816 (Iran); Identification Number IMO 6113722; Registration Number 85521 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"BOULAHIA" (a.k.a. ABDELHAY, al-Sheikh; a.k.a. AHCENE, Cheib; a.k.a. ALLANE, Hacene; a.k.a. "ABU AL-FOUTOUH"; a.k.a. "HASSAN THE OLD"); DOB 17 Jan 1941; POB El Menea, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"BOUNOUADHER" (a.k.a. GASMI, Salah; a.k.a. "SALAH ABU MOHAMED"; a.k.a. "SALAH ABU MUHAMAD"); DOB 13 Apr 1971; POB Zeribet El Oued, Biskra, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"BOUTOV" (a.k.a. BOUT, Viktor Anatolijevitch; a.k.a. SERGITOV, Vitali; a.k.a. "BONT"; a.k.a. "BUTT"; a.k.a. "BUTTE"); DOB 13 Jan 1967; alt. DOB 13 Jan 1970; POB Dushanbe, Tajikistan; Dealer and transporter of weapons and minerals; Owner, Great Lakes Business Company and Compagnie Aerienne des Grands (individual) [DRCONGO].

"BOYAH" (a.k.a. ABDILLAHI, Abshir; a.k.a. ABDULAHI, Asad; a.k.a. ABDULI, Aburashid Abdulahi; a.k.a. ABDULLAHI, Abshir; a.k.a. BOYAH, Abshir; a.k.a. "BOOYAH"), Eyl, Somalia; Garowe, Somalia; DOB circa 1966; POB Eyl, Somalia (individual) [SOMALIA].

"BOYCA" (a.k.a. SALAZAR FLORES, Freddy Arnoldo; a.k.a. SALAZAR FLORES, Fredy Arnoldo; a.k.a. "BOICA"), Guatemala; DOB 14

Feb 1984; POB Guatemala; nationality Guatemala; Gender Male; NIT # 34746072 (Guatemala); C.U.I. 2639667390611 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

"BOYKO, Sveta" (a.k.a. BOYKO, Svetlana Andreyevna (Cyrillic: БОЙКО, Светлана Андреевна)), St. Petersburg, Russia; DOB 14 Apr 1990; POB Leningrad, Russia; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781102544700 (Russia) (individual) [RUSSIA-EO14024].

"BPLA TECH" (a.k.a. LIMITED LIABILITY COMPANY JSC UNMANNED TECHNOLOGIES; a.k.a. OOO AO BESPILOTNYE TEKHNOLOGII), Proezd Khlebozavodskii, D. 7, Str. 9, Pomeshch 19/N, Office 2412, Moscow 115230, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jan 2023; Tax ID No. 9724118500 (Russia); Registration Number 1237700049180 (Russia) [RUSSIA-EO14024].

"Brahma" (a.k.a. GONCALVES DO CARMO, Diego Macedo (Latin: GONÇALVES DO CARMO, Diego Macedo)), Penitenciaria Federal de Porto Velho, Porto Velho, Brazil; DOB 18 Jun 1984; POB Brazil; nationality Brazil; Gender Male; Tax ID No. 327.953.228-03 (Brazil) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: PRIMEIRO COMANDO DA CAPITAL).

"BRANA" (Cyrillic: "ВРАНА") (a.k.a. MICUNOVIC, Branislav (Cyrillic: МИЋУНОВИЋ, Бранислав); a.k.a. "BRANO" (Cyrillic: "БРАНО")), Montenegro; DOB 09 Jan 1953; POB Niksic, Montenegro; nationality Montenegro; Gender Male (individual) [BALKANS-EO14033].

"BRAND ANALYTICS" (a.k.a. PALITRUMLAB LIMITED LIABILITY COMPANY; a.k.a. PALITRUMLAB LLC), Ul. Nobelya Skolkovo Innovatsionnogo Tsentra, Ter D. 7, Pom. 47, Moscow 121205, Russia; 10 Bolshaya Sadovaya St., Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727796050 (Russia); Registration Number 1137746018156 (Russia) [RUSSIA-EO14024].

"BRANO" (Cyrillic: "БРАНО") (a.k.a. MICUNOVIC, Branislav (Cyrillic: МИЋУНОВИЋ, Бранислав); a.k.a. "BRANA" (Cyrillic: "ВРАНА")), Montenegro; DOB 09 Jan

1953; POB Niksic, Montenegro; nationality Montenegro; Gender Male (individual) [BALKANS-EO14033].

"BRIGATA AUGUSTO MASETTI FEDERAZIONE ANARCHICA INFORMALE - FRONTE RIVOLUZIONARIO INTERNAZIONALE" (a.k.a. FEDERAZIONE ANARCHICA INFORMALE/FRONTE RIVOLUZIONARIO INTERNAZIONALE; a.k.a. INFORMAL ANARCHIST FEDERATION/INTERNATIONAL REVOLUTIONARY FRONT; a.k.a. "AUGUSTO MASETTI INFORMAL ANARCHIST BRIGADE - INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "CELLS AGAINST CAPITAL THE PRISON ITS JAILERS AND ITS CELLS"; a.k.a. "COOPERATIVA ARTIGIANA FUOCO E AFFINI"; a.k.a. "FAI/ANIMAL REVOLT"; a.k.a. "FAI/ARMED CELLS FOR INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/CELLS AGAINST CAPITA PRISON AND ITS JAILERS AND ITS CELLS"; a.k.a. "FAI/CRAFT COOPERATIVE FIRE AND SIMILAR/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/METROPOLITAN CELLS"; a.k.a. "FAI/NARODNAJA VOJLA"; a.k.a. "FAI/REVOLUTIONARY CELL LAMBROS FOUNTAS"; a.k.a. "FAI/REVOLUTIONARY NUCLEUS HORST FANTAZZINI"; a.k.a. "FAI/SISTERS IN ARMS MAURICIO MORALES NUCLEUS/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/TERRIBLE ANONYMOUS REVOLT"; a.k.a. "HARIS HATZIMIHELAKIS/INTERNATIONAL NERO"; a.k.a. "JULY 20 BRIGADE"; a.k.a. "JULY BRIGADE/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "SANTIAGO MALDONADO CELL"; a.k.a. "SANTIAGO MALDONADO CELL FAI-FRI"; a.k.a. "SORELLE IN ARMI, NUCLEO MAURICIO MORALES"), Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2003; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"BRK GRUP" (a.k.a. BRK ULUSLARARASI NAKLIYAT VE TICARET LIMITED SIRKETI), Koc. Cd. Kaman Is Mer. Ino: 1 Kat:2, No:7 /8, Istanbul, Turkey; Website http://www.brklogistics.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Aug 2015; Tax ID No. 1870681940 (Turkey);

Chamber of Commerce Number 984842 (Turkey); Registration Number 987377-0 (Turkey); Central Registration System Number 0187-0681-9400-0015 (Turkey) [RUSSIA-EO14024].

"Broken Tooth" (a.k.a. KOI, Wan Kuok; a.k.a. KUOK-KUI, Wan; a.k.a. "Brokentooth"; a.k.a. "GUOJU, Yin"; a.k.a. "KUI, Bung Nga"), Macau; DOB 29 Jul 1955; Gender Male; Passport 31135083 (Portugal) expires 27 Mar 2023 (individual) [GLOMAG].

"Brokentooth" (a.k.a. KOI, Wan Kuok; a.k.a. KUOK-KUI, Wan; a.k.a. "Broken Tooth"; a.k.a. "GUOJU, Yin"; a.k.a. "KUI, Bung Nga"), Macau; DOB 29 Jul 1955; Gender Male; Passport 31135083 (Portugal) expires 27 Mar 2023 (individual) [GLOMAG].

"BROKER EKSPERT LLC" (a.k.a. LIMITED LIABILITY COMPANY BROKER EXPERT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БРОКЕР ЭКСПЕРТ); a.k.a. "LLC BROKER EXPERT" (Cyrillic: "ООО БРОКЕР ЭКСПЕРТ")), Pom. 3N, Liter M, 6, Ul. Tsvetochnaya, St. Petersburg 196084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Feb 2015; Organization Type: Non-specialized wholesale trade; Tax ID No. 7810336185 (Russia); Registration Number 1157847037105 (Russia) [RUSSIA-EO14024] (Linked To: BOIS ROUGE SARLU).

"Bruno" (a.k.a. PEREZ CASTANEDA, Luis Armando (Latin: PEREZ CASTAÑEDA, Luis Armando)), Colombia; DOB 02 Oct 1991; POB Apartado, Antioquia, Colombia; nationality Colombia; Gender Male; Cedula No. 71941532 (Colombia) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: CLAN DEL GOLFO).

"BS OOO" (a.k.a. BATTERY SERVICE LIMITED LIABILITY COMPANY; a.k.a. BETTERI SERVIS), Pr-Kt Leningradskii D. 80/39, Moscow 125190, Russia; UL. Flotskaya D. 7, Floor 3, Pom.11, Moscow 125581, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743738295 (Russia); Registration Number 1097746161810 (Russia) [RUSSIA-EO14024].

"BSO" (a.k.a. BRAND SERVER OPTIONS), ul. Butlerova d. 17B, et/p/kom/of/k 3/XII/86/1/55, Moscow 117342, Russia; Smirnovskaya ultisa, 25s2, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724317936 (Russia); Registration Number 1157746419082 (Russia) [RUSSIA-EO14024].

"BTC LLC" (a.k.a. BANKRUPTCY TECHNOLOGY CENTER LIMITED LIABILITY COMPANY; a.k.a. TSENTR TEKHNOLOGII BANKROTSTVA), 19 Vavilova St., Moscow 117997, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736303529 (Russia); Registration Number 1177746502944 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

"BTM" (a.k.a. LIMITED LIABILITY COMPANY UNMANNED TECHNOLOGIES OF MORDOVIA; a.k.a. OOO BESPILOTNYE TEKHNOLOGII MORDOVII), Ul. Lodygina, D. 3, Pomeshch 36, Saransk 430034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Aug 2023; Tax ID No. 1300007070 (Russia); Registration Number 1231300003373 (Russia) [RUSSIA-EO14024].

"BTPTRADE" (a.k.a. BASIS TRADE PROSOFT LLC; a.k.a. BAZIS TREID PROSOFT), Per. Savvinskii B D. 16, Pom/Et I/1, Moscow 119435, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704345974 (Russia); Registration Number 1167746176883 (Russia) [RUSSIA-EO14024].

"BTSB" (a.k.a. BORDER TRADE SETTLEMENT BANK; a.k.a. DPRK BORDER TRADE SETTLEMENT BANK; a.k.a. KKBC; a.k.a. KOREA KWANGSON BANKING CORP), Jungson-dong, Sungri Street, Central District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

"BUFALUBUFF" (a.k.a. BUFALUS; a.k.a. BUFALUSS), Calle Cancun 1555, Culiacan, Sinaloa, Mexico; Calle San Felipe 3208, Fracc. Los Angeles, Culiacan, Sinaloa 80014, Mexico; Culiacan, Sinaloa, Mexico; Organization Type: Restaurants and mobile food service activities [ILLICIT-DRUGS-EO14059] (Linked To: ROBLEDO ARREDONDO, Adilene Mayre; Linked To: ROBLEDO ARREDONDO, Ivan Yareth).

"BUITRAGO, Hermides" (a.k.a. VELASQUEZ SALDARRIAGA, Hernan Dario; a.k.a. VELASQUEZ, Hernan Dario; a.k.a. "EL PAISA"; a.k.a. "GARCIA, Carlos Alberto"; a.k.a. "MONTERO, Oscar"; a.k.a. "OSCAR"; a.k.a. "PAISA"; a.k.a. "SUNCE, Antonio Rodriguez"),

Apure, Venezuela; Colombia; DOB 10 Jan 1963; POB Remedios, Antioquia, Colombia; nationality Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 71391335 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

"BUKHORI" (a.k.a. GUNAWAN, Gun Gun Rusman; a.k.a. GUNAWAN, Rusman; a.k.a. "ABD AL-HADI"; a.k.a. "ABDUL HADI"; a.k.a. "ABDUL KARIM"; a.k.a. "BUKHORY"); DOB 06 Jul 1977; POB Cianjur, West Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"BUKHORY" (a.k.a. GUNAWAN, Gun Gun Rusman; a.k.a. GUNAWAN, Rusman; a.k.a. "ABD AL-HADI"; a.k.a. "ABDUL HADI"; a.k.a. "ABDUL KARIM"; a.k.a. "BUKHORI"); DOB 06 Jul 1977; POB Cianjur, West Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"BULIT TRADE LTD" (a.k.a. BULLET TRADE OOD), 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2001; Government Gazette Number 121457476 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

"BULLET" (a.k.a. CHERNOV, Mikhail Vadimovich (Cyrillic: ЧЕРНОВ, Михаил Вадимович)), Russia; DOB 26 Jan 1986; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"BUPC" (a.k.a. BUSHEHR PETROCHEMICAL COMPANY), No. 7, 3rd and 4th Floor, Sattarkhan St., Habib Elah St., Metolian Blvd., Tehran 1455693916, Iran; Pars Energy Special Economic Zone, Petrochemical Complexes Phase II, Asalouye, Bushehr 7511811374, Iran; Asli Neighborhood, Asli Road Street, Nakhl Taqi's 15 Kilometer Road, Number 0, Ground Floor, Nakhl Taqi, Bushehr 7511811374, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Company Number 10101920878 (Iran) [IRAN-EO13846].

"BUREAU 53" (a.k.a. DEPARTMENT 53 OF THE MINISTRY OF THE PEOPLE'S ARMED FORCES; a.k.a. KOREA PONGNAESAN TRADING CORPORATION (Korean: 조선봉래산무역회사); a.k.a. "DEPARTMENT 53"), Pyongyang, Korea, North; Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

"BURHAN" (a.k.a. ALBURHAN, Abdalftah Alburhan A Alrahman; a.k.a. AL-BURHAN, Abdel Fattah), Port Sudan, Sudan; DOB 04 Jul 1960; POB Shandi, Sudan; nationality Sudan; Gender Male; Passport P11000434 (Sudan) expires 30 Aug 2033 (individual) [SUDAN-EO14098].

"BURTON BURGESS" (a.k.a. LOGAN MOREY, Elvis Angus); DOB 28 Jul 1963; POB Toledo District, Belize; Passport P0017003 (Belize); SSN 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 (United States) (individual) [SDNT].

"BUSINESS DEVELOPMENT ASSOCIATION" (a.k.a. BIZNESA ATTISTIBAS ASOCIACIJA), 8 - 1 Uzavas iela, Ventspils LV-3601, Latvia; Tax ID No. 40008055717 (Latvia) [GLOMAG] (Linked To: LEMBERGS, Aivars).

"BUSINESS UNITED LLC" (a.k.a. BUSINESS UNITED UNIPESSOAL LDA; a.k.a. UNITED BUSINESS CO), Centro Empresarial Torres de Lisboa, Rua Tomas da Fonseca, Torre G-1, Lisboa 1600-209, Portugal; Rua dos Bombeiros Voluntarios, No. 27, Odivelas Freguesia, Lisboa Concelho 2675-305, Portugal; Website https://unitedbusiness.pt; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 26 Sep 2018; Organization Type: Non-specialized wholesale trade; V.A.T. Number 515091669 (Portugal); Legal Entity Number 894500IRS5HCYE71QL11 [NPWMD] [IFSR] (Linked To: PASARGAD HELICOPTER COMPANY).

"BUSINESS-FINANCE LLC" (a.k.a. BUSINESS-FINANCE LIMITED LIABILITY COMPANY; a.k.a. "BUSINESS-FINANCE"), Ul. Myansnitskaya D. 35, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7707572492 (Russia); Registration Number 1057749598169 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

"BUSINESS-FINANCE" (a.k.a. BUSINESS-FINANCE LIMITED LIABILITY COMPANY; a.k.a. "BUSINESS-FINANCE LLC"), Ul. Myansnitskaya D. 35, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7707572492 (Russia); Registration Number 1057749598169 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

"BUTT" (a.k.a. BOUT, Viktor Anatolijevitch; a.k.a. SERGITOV, Vitali; a.k.a. "BONT"; a.k.a. "BOUTOV"; a.k.a. "BUTTE"); DOB 13 Jan 1967; alt. DOB 13 Jan 1970; POB Dushanbe, Tajikistan; Dealer and transporter of weapons and minerals; Owner, Great Lakes Business Company and Compagnie Aerienne des Grands (individual) [DRCONGO].

"BUTTE" (a.k.a. BOUT, Viktor Anatolijevitch; a.k.a. SERGITOV, Vitali; a.k.a. "BONT"; a.k.a. "BOUTOV"; a.k.a. "BUTT"); DOB 13 Jan 1967; alt. DOB 13 Jan 1970; POB Dushanbe, Tajikistan; Dealer and transporter of weapons and minerals; Owner, Great Lakes Business Company and Compagnie Aerienne des Grands (individual) [DRCONGO].

"BUY BEST ELECTRONIC" (a.k.a. BUY BEST ELECTRONIC PARS COMPANY; a.k.a. KHARID-E BARTAR ELECTRONIC PARS), Block No. 20, 3rd Floor, North Unit, Sadeqiyeh Square, Shahid Ayatollah Ashrafi Esfahani Highway, Marvdasht St, District 14, Tehran 1451613418, Iran; Number 20, Unit 7, Marvdasht Street, 2nd Sadeghiyeh Square, Tehran, Iran; Number 110, First Floor, Tavakol Shopping Center, Tehran, Iran; 1201 Room, Guo Li Building-Zhonghang Road, Futian District, Shenzhen, China; Website https://buybestelectronic.com; alt. Website https://bbe.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 20 Oct 2009; National ID No. 10104073089 (Iran); Registration Number 358871 (Iran) [NPWMD] [IFSR] (Linked To: JAVAR, Saeed Hamidi).

"BUY CASH" (a.k.a. BUY CASH MONEY AND MONEY TRANSFER COMPANY (Arabic: باي كاش للصرافة والحوالات المالية)), Khan Yunis, Gaza; Digital Currency Address - XBT 19D1iGzDr7FyAdiy3ZZdxMd6ttHj1kj6WW; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: HAMAS).

"BVT AO" (a.k.a. AKTSIONERNOE OBSHCHESTVO BASHVZRYVTEKHNOLOGII; a.k.a. BASHVZRYVTECHNOLOGII JSC; a.k.a. "JSC BVT"), Ul. Rabochaya D. 42, Samara 443041, Russia; Ul. Rostovskaya D. 18, Ufa, Republic of Bashkortostan 450071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Nov 2000; Tax ID No. 0276061770 (Russia); Government Gazette Number 52989204 (Russia); Registration Number 1030204205382 (Russia) [RUSSIA-EO14024].

"C.T.R." (a.k.a. COAL TAR REFINING CO. (Arabic: شرکت پالایش قطران ذغال سنگ); a.k.a. COAL TAR REFINING COMPANY; a.k.a. COKE WASTE WATER REFINING CO.; a.k.a. "COAL TAR COMPANY" (Arabic: " پالایش قطران زغالسنگ")), No. 106, Mohtasham Kashani Ave., Esfahan, Iran; No. 343, Zafar St., Vali-e-Asr Ave., Tehran, Iran; Valiasr St., corner of Zafer St., No. 343, Tehran, Iran; Website http://ctr-co.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10260328063 (Iran); Registration Number 387 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"Cacayo" (a.k.a. MORGAN HUERTA, Juan Carlos), Campillo 86, Piso 2, Loc. 214, Nogales, Sonora 84030, Mexico; DOB 25 Sep 1974; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MOHJ740925HSRRRN00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"CACHIRO, Javier" (a.k.a. RIVERA MARADIAGA, Javier Eriberto; a.k.a. "EL CACHIRO"; a.k.a. "RIVERA, Javier"), Barrio La Ceiba, Calle Principal, Casa 234, Tocoa, Colon, Honduras; DOB 20 Apr 1972; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1972-00282 (Honduras) (individual) [SDNTK].

"CACHIRO, Lionel" (a.k.a. RIVERA MARADIAGA, Devis Leonel; a.k.a. "EL CACHIRO"; a.k.a. "RIVERA, Leonel"), Barrio La Ceiba, Calle Principal, Tocoa, Colon, Honduras; DOB 28 Mar 1977; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1977-00375 (Honduras) (individual) [SDNTK].

"CACHIROS" (a.k.a. RIVERA MARADIAGA, Isidro; a.k.a. RIVERA MARADIAGA, Santos Isidro), Barrio Municipal, Colonia El Country, Bloque 1, Casa N-6, San Pedro Sula, Cortes, Honduras; San Manuel, Cortes, Honduras; DOB 05 Jun 1985; POB Tocoa, Colon, Honduras;

Numero de Identidad 0209-1985-02347 (Honduras) (individual) [SDNTK].

"Cachuchas" (a.k.a. GARCIA CORRALES, Martin; a.k.a. "Tano"), Mexico; DOB 13 Apr 1980; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GACM800413HSLRRR06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"Caesar" (a.k.a. BASHIR, Ali Lalobo; a.k.a. KAPERE, Otim; a.k.a. KONY, Ali; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLA, Ali Mohammed; a.k.a. LABOLO, Ali Mohammad; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Bashir; a.k.a. LALOBO, Ali Mohammed; a.k.a. SALONGO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Bashir"; a.k.a. "MOHAMMED, Ali"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

"CAFE SHAZE" (a.k.a. BAUM PVT LTD; a.k.a. "JAM ROLLED ICE CREAM"), Feyrugasdhoshuge, 1st Floor, Ameeru Ahmed Magu, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Mar 2017; Organization Type: Non-specialized wholesale trade; Business Number BN-0734/2017 (Maldives); alt. Business Number BN-2097/2017 (Maldives); Registration Number C-0359/2017 (Maldives); Permit Number TS-0112/T10/2017 (Maldives); alt. Permit Number TS0040T102018 (Maldives); alt. Permit Number IG0593T102018 (Maldives) [SDGT] (Linked To: RAUF, Mohamed Inthif).

"CAI, Sam" (a.k.a. CAI, Deshan (Chinese Simplified: 蔡得山)), China; DOB 24 Aug 1981; POB Juancheng County, Shandong, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 372929198108247253 (China) (individual) [NPWMD] [IFSR] (Linked To: FUTECH CO LTD).

"CAIHONG" (Chinese Simplified: "彩虹") (a.k.a. AL GAMAL, Saeed Ahmed Mohammed; a.k.a. AL-JAMAL, Sa'id Ahmad Muhammad; a.k.a. RAMI, Abu-Ahmad; a.k.a. SAEIDI, Ahmad; a.k.a. SA'IDI, Ahmad; a.k.a. "ABU-'ALI"; a.k.a. "AHMAD, Abu"; a.k.a. "HISHAM"; a.k.a. "KHRPI"), Iran; DOB 01 Jan 1979; alt. DOB 28 Jul 1978; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Digital Currency Address - USDT TLNRT524dzL5FF1nJHDhYEMFpeWjLjRbz1; alt. Digital Currency Address - USDT THh5woR8qfmDsNknQ3agPYzQSiRtMnKsTh; alt. Digital Currency Address - USDT TV5ZTpKDszLTF6XcMnPongS33pwBgF91by; alt. Digital Currency Address - USDT TTAHMdqoom4f2VTWniroPWQHcTRZ4caoH4; alt. Digital Currency Address - USDT TFFvv7NAWmbcVfA7QN81mMvUC25TWj1WJx; Passport 04716186 (Yemen); alt. Passport U63475649 (Iran) expires 24 Jun 2028; alt. Passport E49297849 (Iran) expires 24 Aug 2024 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"CALLE 18" (a.k.a. BARRIO 18; a.k.a. "SURENOS"; a.k.a. "THE REVOLUTIONARIES"), El Salvador; Guatemala; Honduras; United States; Italy; Canada; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"CALOCHO" (a.k.a. CASTANEDA MEZA, Juan Carlos (Latin: CASTAÑEDA MEZA, Juan Carlos); a.k.a. "BONQUES BROTHERS"), Mexico; DOB 01 Sep 1977; POB Nayarit, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAMJ770901HNTSZN05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"CAMILO CHATA" (a.k.a. BURITICA HINCAPIE, Geova; a.k.a. "MI VIEJO"); DOB 18 Sep 1970; POB San Rafael, Antioquia, Colombia; Cedula No. 71215823 (Colombia) (individual) [SDNTK].

"CAMPBELL, David" (a.k.a. CAMPBELL LICONA, David Elias; a.k.a. PEREZ PAZ, Jorge Eduardo; a.k.a. "DON DAVID"; a.k.a. "VIEJO DAN"), Nicaragua; DOB 18 Mar 1967; alt. DOB 20 Oct 1967; alt. DOB 02 Jan 1964; POB San Pedro Sula, Honduras; nationality Honduras; Gender Male; Numero de Identidad 0501-1967-02094 (Honduras) (individual) [TCO] (Linked To: MS-13).

"CANDADO MESSI" (a.k.a. ZAPATA GARZON, Jhon Fredy; a.k.a. ZAPATA GARZON, John Fredy; a.k.a. "CANDADO"; a.k.a. "TUSO"), Vereda El Silencio, Carepa, Antioquia 05147, Colombia; Av. Cra. 7, No. 130-00, Bogota, Colombia; Carrera 78, Barrio Pueblo Nuevo, Verada Carepa, Apartado, Antioquia 00829455, Colombia; Finca El Reposo, Vereda Aguas Claras, Necocli, Antioquia 034937, Colombia; Finca Mariancel N-1, Vereda Aguas Claras,

Necocli, Antioquia 034938, Colombia; Finca La Diana, Finca Mariancel N-5, Vereda Aguas Claras, Necocli, Antioquia 03414390, Colombia; Finca Aguas Claritas, Finca Mariancel N-3, Vereda Aguas Claras, Necocli, Antioquia 03417, Colombia; El Billar, Vereda Cacique, La Tebaida, Quindio 28040222, Colombia; Transversal 21 No. 18-180 Unid. Residencial Senderos De La Pradera P.H. Apto. 202 Torre 3, Dosquebradas, Risaralda 29474418, Colombia; DOB 11 Apr 1978; POB Chigorodo, Antioquia, Colombia; nationality Colombia; Gender Male; Cedula No. 71253351 (Colombia); Passport AS700605 (Colombia) (individual) [SDNTK] (Linked To: CLAN DEL GOLFO).

"CANDADO" (a.k.a. ZAPATA GARZON, Jhon Fredy; a.k.a. ZAPATA GARZON, John Fredy; a.k.a. "CANDADO MESSI"; a.k.a. "TUSO"), Vereda El Silencio, Carepa, Antioquia 05147, Colombia; Av. Cra. 7, No. 130-00, Bogota, Colombia; Carrera 78, Barrio Pueblo Nuevo, Verada Carepa, Apartado, Antioquia 00829455, Colombia; Finca El Reposo, Vereda Aguas Claras, Necocli, Antioquia 034937, Colombia; Finca Mariancel N-1, Vereda Aguas Claras, Necocli, Antioquia 034938, Colombia; Finca La Diana, Finca Mariancel N-5, Vereda Aguas Claras, Necocli, Antioquia 03414390, Colombia; Finca Aguas Claritas, Finca Mariancel N-3, Vereda Aguas Claras, Necocli, Antioquia 03417, Colombia; El Billar, Vereda Cacique, La Tebaida, Quindio 28040222, Colombia; Transversal 21 No. 18-180 Unid. Residencial Senderos De La Pradera P.H. Apto. 202 Torre 3, Dosquebradas, Risaralda 29474418, Colombia; DOB 11 Apr 1978; POB Chigorodo, Antioquia, Colombia; nationality Colombia; Gender Male; Cedula No. 71253351 (Colombia); Passport AS700605 (Colombia) (individual) [SDNTK] (Linked To: CLAN DEL GOLFO).

"CAPASTORTA" (a.k.a. ZAGARIA, Michele; a.k.a. "CAPOSTORTA"; a.k.a. "ISS"; a.k.a. "MANERA"; a.k.a. "ZIO"); DOB 21 May 1958; POB San Cipriano d'Aversa, Italy (individual) [TCO].

"CAPI BETO" (a.k.a. ZAZUETA GODOY, Heriberto), Jose Aguilar Barraza 328, Al Poniente de la Colonia Jorge Almeda, Culiacan, Sinaloa, Mexico; Av. Naciones Unidas # 5759, Casa 34, Col. Parque Regency, Zapopan, Jalisco 44110, Mexico; DOB 03 Feb 1960; POB Culiacan, Sinaloa, Mexico; C.U.R.P. ZAGH600203HSLZDR07 (Mexico) (individual)

[SDNTK] (Linked To: PRODUCCION PESQUERA DONA MARIELA, S.A. DE C.V.; Linked To: TAIPEN, S.A. DE C.V.; Linked To: COMERCIALIZADORA Y FRIGORIFICOS DE LA PERLA DEL PACIFICO, S.A. DE C.V.).

"CAPITAL MINING" (a.k.a. CAPITAL MINING INVESTMENT NICARAGUA, SOCIEDAD ANONIMA), Managua, Nicaragua; Organization Type: Support activities for other mining and quarrying; Business Number MC-XFKHF1 (Nicaragua) [NICARAGUA].

"CAPITAL TAP" (a.k.a. CAPITAL TAP HOLDING L.L.C. (Arabic: كابيتال تاب القابضة ذ.م.م); a.k.a. "CTH"), Office 2602, U-Bora Towers, Business Bay, Dubai, United Arab Emirates; P.O. Box, 54116, Dubai, United Arab Emirates; Website www.capitaltap.com; Organization Established Date 12 Apr 2021; alt. Organization Established Date circa 2019; Organization Type: Trusts, funds and similar financial entities; License 947727 (United Arab Emirates); Registration Number 11651015 (United Arab Emirates) [SUDAN-EO14098].

"CAPITAL TAP" (a.k.a. CAPITAL TAP MANAGEMENT AND CONSULTANCIES L.L.C. (Arabic: كابيتال تاب لالستشارات الدارية ش.ذ.م.م); a.k.a. CAPITAL TAP MANAGEMENT CONSULTANCIES), Office 903, U-Bora Towers Abraj Street, Business Bay, Dubai, United Arab Emirates; Website www.capitaltap.com; Organization Established Date 28 Nov 2019; Organization Type: Professional, scientific, and technical activities; License 865796 (United Arab Emirates); Registration Number 11475487 (United Arab Emirates) [SUDAN-EO14098] (Linked To: CAPITAL TAP HOLDING L.L.C.).

"CAPOSTORTA" (a.k.a. ZAGARIA, Michele; a.k.a. "CAPASTORTA"; a.k.a. "ISS"; a.k.a. "MANERA"; a.k.a. "ZIO"); DOB 21 May 1958; POB San Cipriano d'Aversa, Italy (individual) [TCO].

"Captain D" (a.k.a. DERAKHSHAN, Ali Reza; a.k.a. DERAKHSHAN, Alireza (Arabic: علیرضا درخشان); a.k.a. DERAKHSHAN, Alireza Allahkaram), Monaco; Dubai, United Arab Emirates; Turkey; DOB 23 Sep 1975; POB Dashtestan, Iran; nationality Iran; alt. nationality Dominica; Gender Male; Passport R0098492 (Dominica); alt. Passport U96419862 (Iran); National ID No. 6109639478 (Iran) (individual) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

"CARD" (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a.

COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"CARIBEX" (a.k.a. CARIBBEAN EXPORT ENTERPRISE; a.k.a. EMPRESA CUBANA DE PESCADOS Y MARISCOS), Paris, France; Milan, Italy; Moscow, Russia; Madrid, Spain; Cologne, Germany; Downsview, Ontario, Canada; Tokyo, Japan [CUBA].

"CARLOS CHATAS" (a.k.a. MESA VALLEJO, Juan Carlos; a.k.a. "TOM"); DOB 08 Dec 1967; POB Bello, Antioquia, Colombia; citizen Colombia; Cedula No. 71698071 (Colombia) (individual) [SDNTK].

"CARLOS PESEBRE" (a.k.a. RAMIREZ GARCIA, Freyner Alfonso); DOB 13 May 1973; POB Medellin, Colombia; citizen Colombia; Cedula No. 71737758 (Colombia) (individual) [SDNTK].

"CARLOS, Abdi" (a.k.a. ABADIGGA, Abdella Asid; a.k.a. ABADIGGA, Abdella Hussein; a.k.a. ABADIKA, Abdallah Asid; a.k.a. USSENI, Abdallah; a.k.a. "ABU HAMZA"), 48 Central Road, New Town, Johannesburg, South Africa; DOB 01 Feb 1974; POB Jimma, Oromia Regional State, Ethiopia; nationality Ethiopia; citizen Ethiopia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T00043812 (South Africa); Refugee ID Card 7402016297260 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"CARRILLO FUENTES DRUG TRAFFICKING ORGANIZATION" (a.k.a. CARTEL DE JUAREZ; a.k.a. JUAREZ CARTEL; a.k.a. "LA LINEA"; a.k.a. "VCFO"), Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

"CARTEL DE LOS REYES" (a.k.a. CARTEL DE TEPALCATEPEC; a.k.a. CARTELES UNIDOS; a.k.a. TEPALCATEPEC CARTEL; a.k.a. "CARTEL DEL ABUELO"; a.k.a. "THE GRANDFATHER CARTEL"; a.k.a. "UNITED CARTELS"), Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

"CARTEL DEL ABUELO" (a.k.a. CARTEL DE TEPALCATEPEC; a.k.a. CARTELES UNIDOS; a.k.a. TEPALCATEPEC CARTEL; a.k.a. "CARTEL DE LOS REYES"; a.k.a. "THE GRANDFATHER CARTEL"; a.k.a. "UNITED CARTELS"), Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

"CASE PLATFORM" (a.k.a. KEIS STUDIO; a.k.a. "CASE STUDIO"), Ul. Nikolaeva D. 12, Office 804, Novosibirsk 630090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5408006270 (Russia); Registration Number 1155476112770 (Russia) [RUSSIA-EO14024].

"CASE STUDIO" (a.k.a. KEIS STUDIO; a.k.a. "CASE PLATFORM"), Ul. Nikolaeva D. 12, Office 804, Novosibirsk 630090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5408006270 (Russia); Registration Number 1155476112770 (Russia) [RUSSIA-EO14024].

"CASO E CASA" (a.k.a. ENTERPRISE COMERCIO DE MOVEIS E INTERMEDIACAO DE NEGOCIOS EIRELI (Latin: ENTERPRISE COMÉRCIO DE MOVEIS E INTERMEDIAÇÃO DE NEGOCIOS EIRELI)), Rua Ernesto Nazareth 18, Jardim Paraventi, Guarulhos, Sao Paulo 07120-230, Brazil; Rua Tapaciquara 54, Sala 01, Parque Renato Maia, Guarulhos, Sao Paulo 07114-220, Brazil; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Oct 2019; Tax ID No. 35.116.112/0001-97 (Brazil) [SDGT] (Linked To: AL-KHATIB, Ahmad).

"CASTLE SECURITY AND PROTECTION" (a.k.a. AL-QALAA COMPANY FOR SECURITY SERVICES; a.k.a. AL-QALA'A FOR PROTECTION, GUARDING, AND SECURITY SERVICES (Arabic: شركة القلعة للحماية والحراسة والخدمات الامنية); a.k.a. C.S.P. CASTLE PROTECTION, GUARDING AND SECURITY SERVICES; a.k.a. CASTLE COMPANY FOR PROTECTION, GUARDING AND SECURITY SERVICES; a.k.a. CASTLE SECURITY AND PROTECTION LLC; a.k.a. CITADEL FOR PROTECTION, GUARD AND SECURITY SERVICES), Opposite the gas station, enter hospital 601, Sheikh Saad, Mazzeh, West Villas, Damascus, Syria; Aleppo, Syria; Organization Type: Private security activities [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

"CATHY" (a.k.a. FAN, Yang), Zhuhai, China; Hong Kong, China; DOB 23 Oct 1985; POB China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport EA5661672 (China) issued 02 Jul 2017 expires 02 Jul 2027; National ID No. 421002198510231027 (China) (individual) [NPWMD] [IFSR] (Linked To: HONGKONG HIMARK ELECTRON MODEL LIMITED).

"CAUCASUS PROVINCE" (a.k.a. CAUCASUS WILAYAH; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT - CAUCASUS PROVINCE; a.k.a. VILAYAT KAVKAZ; a.k.a. WILAYAH QAWKAZ; a.k.a. WILAYAT QAWQAZ), Dagestan, Russia; Chechnya, Russia; Ingushetia, Russia; Kabardino-Balkaria, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"CBSP" (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE;

a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

"CCC COMPANY" (a.k.a. CAR CARE CENTER; a.k.a. CAR CARE CENTER CCC; a.k.a. CAR CARE CENTER COMPANY), Hadeth Kafaat, Hadi Nasrallah Highway, Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HIZBALLAH).

"CDG" (a.k.a. CARTEL DEL GOLFO; a.k.a. GULF CARTEL; a.k.a. OSIEL CARDENAS-GUILLEN ORGANIZATION), Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [SDNTK] [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

"CDMC ENTITE SARL" (a.k.a. COOPERATIVE DES ARTISANAUX MINIERS DU CONGO; a.k.a. "CDMC"; a.k.a. "CDMC SARL"), 084, Avenue Tulipier, Quartier Les Volcans, Commune of Goma, North Kivu, Congo, Democratic Republic of the; 4, Quartier Filtisaf, Kalemie, Tanganyika, Congo, Democratic Republic of the; Website https://cdmcentite.com; Organization Established Date 21 Jun 2017; alt. Organization Established Date 2009; National ID No. 6-118-N60346P (Congo, Democratic Republic of the) [DRCONGO].

"CDMC SARL" (a.k.a. COOPERATIVE DES ARTISANAUX MINIERS DU CONGO; a.k.a. "CDMC"; a.k.a. "CDMC ENTITE SARL"), 084, Avenue Tulipier, Quartier Les Volcans, Commune of Goma, North Kivu, Congo, Democratic Republic of the; 4, Quartier Filtisaf, Kalemie, Tanganyika, Congo, Democratic Republic of the; Website https://cdmcentite.com; Organization Established Date 21 Jun 2017; alt. Organization Established Date 2009; National ID No. 6-118-N60346P (Congo, Democratic Republic of the) [DRCONGO].

"CDMC" (a.k.a. COOPERATIVE DES ARTISANAUX MINIERS DU CONGO; a.k.a. "CDMC ENTITE SARL"; a.k.a. "CDMC SARL"), 084, Avenue Tulipier, Quartier Les Volcans, Commune of Goma, North Kivu, Congo, Democratic Republic of the; 4, Quartier Filtisaf, Kalemie, Tanganyika, Congo, Democratic Republic of the; Website https://cdmcentite.com; Organization Established Date 21 Jun 2017; alt. Organization Established Date 2009; National ID No. 6-118-N60346P (Congo, Democratic Republic of the) [DRCONGO].

"CDN" (a.k.a. CARTEL DEL NORESTE; a.k.a. "LOS ZETAS"; a.k.a. "NORTHEAST CARTEL"), Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [SDNTK] [FTO] [SDGT] [TCO] [ILLICIT-DRUGS-EO14059].

"CELLS AGAINST CAPITAL THE PRISON ITS JAILERS AND ITS CELLS" (a.k.a. FEDERAZIONE ANARCHICA INFORMALE/FRONTE RIVOLUZIONARIO INTERNAZIONALE; a.k.a. INFORMAL ANARCHIST FEDERATION/INTERNATIONAL REVOLUTIONARY FRONT; a.k.a. "AUGUSTO MASETTI INFORMAL ANARCHIST BRIGADE - INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "BRIGATA AUGUSTO MASETTI FEDERAZIONE ANARCHICA INFORMALE - FRONTE RIVOLUZIONARIO INTERNAZIONALE"; a.k.a. "COOPERATIVA ARTIGIANA FUOCO E AFFINI"; a.k.a.

"FAI/ANIMAL REVOLT"; a.k.a. "FAI/ARMED CELLS FOR INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/CELLS AGAINST CAPITA PRISON AND ITS JAILERS AND ITS CELLS"; a.k.a. "FAI/CRAFT COOPERATIVE FIRE AND SIMILAR/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/METROPOLITAN CELLS"; a.k.a. "FAI/NARODNAJA VOJLA"; a.k.a. "FAI/REVOLUTIONARY CELL LAMBROS FOUNTAS"; a.k.a. "FAI/REVOLUTIONARY NUCLEUS HORST FANTAZZINI"; a.k.a. "FAI/SISTERS IN ARMS MAURICIO MORALES NUCLEUS/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/TERRIBLE ANONYMOUS REVOLT"; a.k.a. "HARIS HATZIMIHELAKIS/INTERNATIONAL NERO"; a.k.a. "JULY 20 BRIGADE"; a.k.a. "JULY BRIGADE/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "SANTIAGO MALDONADO CELL"; a.k.a. "SANTIAGO MALDONADO CELL FAI-FRI"; a.k.a. "SORELLE IN ARMI, NUCLEO MAURICIO MORALES"), Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2003; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"CELULANDIA_SLRC" (a.k.a. CELULANDIA TALLER & STORE SAN LUIS SON; a.k.a. CELULANDIA TALLER & STORE SLRC; a.k.a. CELULANDIA TALLER AND STORE SAN LUIS SON; a.k.a. CELULANDIA TALLER AND STORE SLRC; a.k.a. "CELULANDIASLRC"; a.k.a. "CTS SLRC"), San Luis Rio Colorado, Sonora, Mexico; Avenida Libertad y 14, Residencias, San Luis Rio Colorado, Sonora, Mexico; Avenida Obregon y 18, San Luis Rio Colorado, Sonora, Mexico; Website https://celulandiatallerstore.negocio.site/; Organization Established Date 19 Aug 2017; Organization Type: Retail sale of information and communications equipment in specialized stores; R.F.C. GAVJ870112DP3 (Mexico) [ILLICIT-DRUGS-EO14059] (Linked To: GARCIA VELAZCO, Jorge Alejandro; Linked To: GONZALEZ CORDERO, Mayra Gisel).

"CELULANDIASLRC" (a.k.a. CELULANDIA TALLER & STORE SAN LUIS SON; a.k.a. CELULANDIA TALLER & STORE SLRC; a.k.a. CELULANDIA TALLER AND STORE SAN LUIS SON; a.k.a. CELULANDIA TALLER AND

STORE SLRC; a.k.a. "CELULANDIA_SLRC"; a.k.a. "CTS SLRC"), San Luis Rio Colorado, Sonora, Mexico; Avenida Libertad y 14, Residencias, San Luis Rio Colorado, Sonora, Mexico; Avenida Obregon y 18, San Luis Rio Colorado, Sonora, Mexico; Website https://celulandiatallerstore.negocio.site/; Organization Established Date 19 Aug 2017; Organization Type: Retail sale of information and communications equipment in specialized stores; R.F.C. GAVJ870112DP3 (Mexico) [ILLICIT-DRUGS-EO14059] (Linked To: GARCIA VELAZCO, Jorge Alejandro; Linked To: GONZALEZ CORDERO, Mayra Gisel).

"CENTER INVEST" (a.k.a. AKTSIONERNOE OBSHCHESTVO REGISTRATSIONNAYA KOMPANIYA TSENTR INVEST; a.k.a. AO RK TSENTR INVEST), Ul. Timiryazeva D. 7, Irkutsk 664003, Russia; Per. Mazhorov D. 14, Str. 7, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7726050935 (Russia); Registration Number 1026901729205 (Russia) [RUSSIA-EO14024].

"CENTRO DE CAPACITACION ANTINARCOTICO RUSIA-NICARAGUA" (a.k.a. CENTRO DE CAPACITACION DEL MINISTERIO DEL INTERIOR DE LA FEDERACION DE RUSIA EN MANAGUA; a.k.a. TRAINING CENTER OF THE MINISTRY OF THE INTERIOR OF THE RUSSIAN FEDERATION IN MANAGUA; a.k.a. TRAINING CENTER OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS IN MANAGUA (Cyrillic: УЧЕБНЫЙ ЦЕНТР МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИИ В МАНАГУА); a.k.a. "MVD TRAINING CENTER" (Cyrillic: "УЧЕБНЫЙ ЦЕНТР МВД"); a.k.a. "RUSSIA-NICARAGUA ANTI-NARCOTICS TRAINING CENTER"), Las Colinas, 3a Etapa, Managua 14199, Nicaragua; Organization Established Date 01 Oct 2017; Target Type Government Entity [NICARAGUA] (Linked To: NICARAGUAN NATIONAL POLICE).

"CENTRO DE REPARACION ELITE" (a.k.a. LAMINADO PROFESIONAL AUTOMOTRIZ ELTE, S.A. DE C.V.), Puerto Vallarta, Jalisco, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Mar 2015; Organization Type: Sale of motor vehicle parts and accessories; Folio Mercantil No. 16717 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: IBARRA DIAZ JR., Michael).

"CERESANO ESCRIBANO" (a.k.a. GERESANO ESCRIBANO, Gonzalo; a.k.a. "GERESANO ESCRIBAJO"; a.k.a. "GERESANO ESCRINAO"; a.k.a. "JEREZANO ESCRIBANO"), Mexico; DOB 28 Feb 1974; nationality Mexico; citizen Mexico; R.F.C. GEEG740228 (Mexico) (individual) [SDNTK].

"CERO SIETE" (a.k.a. USUGA TORRES, Arley; a.k.a. "07"); DOB 14 Aug 1979; POB Tierralta, Cordoba, Colombia; citizen Colombia; Cedula No. 71255292 (Colombia) (individual) [SDNTK].

"CHA LA BO" (a.k.a. KYA, La Bo; a.k.a. "JA LA BO"; a.k.a. "KYA LA BO"), Nakawngmu, Shan, Burma; Wan Hong, Shan, Burma; DOB 1940; alt. DOB 1942 (individual) [SDNTK].

"CHA TA FA" (a.k.a. CHA, Ta Fa; a.k.a. CHATURONG, Taiyai; a.k.a. CHATURONG, Thaiyai; a.k.a. LU, Chin Shun; a.k.a. "LU TA FA"; a.k.a. "TA FA"), Burma; 29, Wawi Sub-district, Mae Suai District, Chiang Rai, Thailand; DOB 05 Mar 1958; National ID No. 3501000250521 (Thailand) (individual) [SDNTK].

"CHACHAJEE" (a.k.a. ARSHAD, Abu Waheed Irshad Ahmad; a.k.a. LAKHVI, Zaki-ur-Rehman; a.k.a. LAKVI, Zaki Ur-Rehman; a.k.a. LAKVI, Zakir Rehman; a.k.a. REHMAN, Zakir; a.k.a. UR-REHMAN, Zaki), Barahkoh, P.O. DO, Tehsil and District Islamabad, Pakistan; Chak No. 18/IL, Rinala Khurd, Tehsil Rinala Khurd, District Okara, Pakistan; DOB 30 Dec 1960; POB Okara, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AC8342321 (Pakistan) issued 22 Aug 2007 expires 20 Aug 2012; alt. Passport A4827048 (Pakistan); National ID No. 61101-9618232-1 (Pakistan); alt. National ID No. 33960047268 (Pakistan) (individual) [SDGT].

"Chachio" (a.k.a. MORGAN HUERTA, Jose Arnoldo), Nogales, Sonora, Mexico; DOB 19 Mar 1972; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MOHA720319HSRRRR06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"CHADIAN" (a.k.a. SHAHBANDAR, Samira); DOB 1946; POB Baghdad, Iraq; nationality Iraq; wife of Saddam Hussein al-Tikriti (individual) [IRAQ2].

"CHAFFORI, Petit" (a.k.a. DJIBO, Halid Illiassou; a.k.a. DJIBO, Ousmane Illiassou; a.k.a. KOUNOU, Ousmane Illasou; a.k.a. "CHAPORI, Aboubacar"; a.k.a. "CHAPORI, Petit"; a.k.a. "CHAPPORI, Petit"; a.k.a. "ILLIASSOU, Djibbo";

a.k.a. "TCHAPORI, Petit"), Menaka Region, Mali; I-n-Arabane, Mali; Tillaberi Region, Niger; DOB 1984; POB Niger; nationality Niger; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"CHAIRMAN KEUN" (a.k.a. APHICHART, Cheewinprapasi; f.k.a. HAI HSING, Sae Wei; a.k.a. HKIM, Aik Hsam; a.k.a. SOONTHRON, Cheewinprapasri; a.k.a. SUNTHORN, Chiwinpraphasi; a.k.a. WEI, Hsueh Lung; a.k.a. "KEUN DONG"; a.k.a. "KEUN SEU CHANG"; a.k.a. "TI JUNG"; a.k.a. "WEI HSUEH LUNG"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; Pang Poi, Shan, Burma; Na Lot, Shan, Burma; 409/4, Soi Wachiratham Sathit 34, Khwaeng Bang Chak, Khet Phra Khanong, Bangkok, Thailand; DOB 1936; POB Chiang Rai, Thailand; Passport B265235 (Thailand); National Foreign ID Number 5570700010951 (Thailand) (individual) [SDNTK].

"CHAKAR, Al-Hajj Mohsin" (a.k.a. CHAKAR, Fouad Ali; a.k.a. CHAKAR, Fu'ad; a.k.a. SHUKR, Fu'ad), Harat Hurayk, Lebanon; Ozai, Lebanon; Al-Firdaws Building, Al-'Arid Street, Haret Hreik, Lebanon; Damascus, Syria; DOB 15 Apr 1961; alt. DOB 1962; POB An Nabi Shit, Ba'labakk, Biqa' Valley, Lebanon; alt. POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2418369 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

"CHAM" (a.k.a. AL SHAM COMPANY; a.k.a. AL-SHAM COMPANY; a.k.a. CHAM HOLDING; a.k.a. CHAM INVESTMENT GROUP; a.k.a. SHAM HOLDING COMPANY SAL; a.k.a. "SHAM HOLDING"), Cham Holding Building, Daraa Highway, Sahnaya Area, P.O. Box 9525, Damascus, Syria [PAARSSR-EO13894].

"CHAMULA" (a.k.a. MENDEZ VARGAS, Jesus; a.k.a. MENDEZ VARGAS, Jose de Jesus; a.k.a. MENDEZ, Jesus; a.k.a. "CHANGO"; a.k.a. "CHANGO MENDEZ"; a.k.a. "CHUY"; a.k.a. "CHUY MENDEZ"; a.k.a. "EL CHANGO"), Tazumbos, Jalisco, Mexico; Calle Dr. Lose Luis Mora Col Morelos, Apatzingan, Michoacan, Mexico; Calle Carlos Salazar Col Buenos Aires, Apatzingan, Michoacan, Mexico; Toluca, Mexico, Mexico; Calle Acatitla 122, Col.

Ferrocarril, Apatzingan, Mexico; Potrero Grande de C de Paracuaro, Apatzingan, Mexico; c/o Club Abaro, Ave Vicente Villada, Mexico City, Municipio de Mexico City, D.F., Mexico; DOB 28 Feb 1974; alt. DOB 06 Aug 1973; alt. DOB 18 Sep 1989; POB El Coloma, Michoacan; alt. POB Eduardo Neri, Guerrero; alt. POB Acapulco de Juarez, Guerrero; nationality Mexico; C.U.R.P. MEVJ890918HGRNRS09 (Mexico) (individual) [SDNTK].

"CHAN, Marial" (a.k.a. CHINOUM, Marial; a.k.a. CHINUONG, Marial; a.k.a. MANGOK, Marial Chanuong Yol; a.k.a. YOL, Marial Chanoung); DOB 01 Jan 1960; POB Yirol, Lakes State; Commander, Presidential Guard Unit; Major General, Sudan People's Liberation Army (individual) [SOUTH SUDAN].

"CHANGITO" (a.k.a. FELIX NUNEZ, Rafael Guadalupe; a.k.a. "CHANGUITO ANTRAX"; a.k.a. "EL CHANGUITO"; a.k.a. "EL CHANGUITO ANTRAX"), Mexico; DOB 17 Jul 1979; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. FENR790717HSLLXF08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"CHANGO MENDEZ" (a.k.a. MENDEZ VARGAS, Jesus; a.k.a. MENDEZ VARGAS, Jose de Jesus; a.k.a. MENDEZ, Jesus; a.k.a. "CHAMULA"; a.k.a. "CHANGO"; a.k.a. "CHUY"; a.k.a. "CHUY MENDEZ"; a.k.a. "EL CHANGO"), Tazumbos, Jalisco, Mexico; Calle Dr. Lose Luis Mora Col Morelos, Apatzingan, Michoacan, Mexico; Calle Carlos Salazar Col Buenos Aires, Apatzingan, Michoacan, Mexico; Toluca, Mexico, Mexico; Calle Acatitla 122, Col. Ferrocarril, Apatzingan, Mexico; Potrero Grande de C de Paracuaro, Apatzingan, Mexico; c/o Club Abaro, Ave Vicente Villada, Mexico City, Municipio de Mexico City, D.F., Mexico; DOB 28 Feb 1974; alt. DOB 06 Aug 1973; alt. DOB 18 Sep 1989; POB El Coloma, Michoacan; alt. POB Eduardo Neri, Guerrero; alt. POB Acapulco de Juarez, Guerrero; nationality Mexico; C.U.R.P. MEVJ890918HGRNRS09 (Mexico) (individual) [SDNTK].

"CHANGO" (a.k.a. MENDEZ VARGAS, Jesus; a.k.a. MENDEZ VARGAS, Jose de Jesus; a.k.a. MENDEZ, Jesus; a.k.a. "CHAMULA"; a.k.a. "CHANGO MENDEZ"; a.k.a. "CHUY"; a.k.a. "CHUY MENDEZ"; a.k.a. "EL CHANGO"), Tazumbos, Jalisco, Mexico; Calle Dr. Lose Luis Mora Col Morelos, Apatzingan, Michoacan, Mexico; Calle Carlos Salazar Col Buenos Aires, Apatzingan, Michoacan, Mexico; Toluca, Mexico, Mexico; Calle Acatitla 122, Col.

Ferrocarril, Apatzingan, Mexico; Potrero Grande de C de Paracuaro, Apatzingan, Mexico; c/o Club Abaro, Ave Vicente Villada, Mexico City, Municipio de Mexico City, D.F., Mexico; DOB 28 Feb 1974; alt. DOB 06 Aug 1973; alt. DOB 18 Sep 1989; POB El Coloma, Michoacan; alt. POB Eduardo Neri, Guerrero; alt. POB Acapulco de Juarez, Guerrero; nationality Mexico; C.U.R.P. MEVJ890918HGRNRS09 (Mexico) (individual) [SDNTK].

"CHANGUITO ANTRAX" (a.k.a. FELIX NUNEZ, Rafael Guadalupe; a.k.a. "CHANGITO"; a.k.a. "EL CHANGUITO"; a.k.a. "EL CHANGUITO ANTRAX"), Mexico; DOB 17 Jul 1979; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. FENR790717HSLLXF08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"CHAPARRITO" (a.k.a. JARQUIN JARQUIN, Aldrin Miguel), Manzanillo, Colima, Mexico; DOB 18 Nov 1976; POB Nezahualcoyotl, Mexico, Mexico; nationality Mexico; Gender Male; C.U.R.P. JAJA761118HMCRRL06 (Mexico) (individual) [SDNTK].

"CHAPARRO" (a.k.a. BARRERA MEDRANO, Nicandro; a.k.a. BARRERA MENDOZA, Nicandro; a.k.a. BARRERA, Nicandro; a.k.a. BARRERA, Robert; a.k.a. NICANDRO, Barrera Mendoza; a.k.a. "CHATO"; a.k.a. "EL NICA"; a.k.a. "EL NICE"; a.k.a. "EL NICO"; a.k.a. "NICA"; a.k.a. "NICO"), c/o Purepecha Trucking Co., Uruapan, Michoacan, Mexico; DOB 02 Nov 1964; POB Michoacan, Mexico; citizen Mexico; C.U.R.P. BAMN641102HMNRDC02 (Mexico) (individual) [SDNTK].

"CHAPARRO" (a.k.a. HERNANDEZ GRISALES, Jesus David); DOB 25 Nov 1975; POB Medellin, Colombia; citizen Colombia; Cedula No. 98658284 (Colombia) (individual) [SDNTK].

"Chapito" (a.k.a. GUZMAN SALAZAR, Archivaldo Ivan; a.k.a. GUZMAN SALAZAR, Ivan Archivaldo; a.k.a. "Tocallo"), Culiacan, Sinaloa, Mexico; DOB 15 Aug 1983; POB Durango, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. GUSA830815HDGZLR06 (Mexico) (individual) [SDNTK] [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

"CHAPORI, Aboubacar" (a.k.a. DJIBO, Halid Illiassou; a.k.a. DJIBO, Ousmane Illiassou; a.k.a. KOUNOU, Ousmane Illasou; a.k.a. "CHAFFORI, Petit"; a.k.a. "CHAPORI, Petit"; a.k.a. "CHAPPORI, Petit"; a.k.a. "ILLIASSOU,

Djibbo"; a.k.a. "TCHAPORI, Petit"), Menaka Region, Mali; I-n-Arabane, Mali; Tillaberi Region, Niger; DOB 1984; POB Niger; nationality Niger; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"CHAPORI, Petit" (a.k.a. DJIBO, Halid Illiassou; a.k.a. DJIBO, Ousmane Illiassou; a.k.a. KOUNOU, Ousmane Illasou; a.k.a. "CHAFFORI, Petit"; a.k.a. "CHAPORI, Aboubacar"; a.k.a. "CHAPPORI, Petit"; a.k.a. "ILLIASSOU, Djibbo"; a.k.a. "TCHAPORI, Petit"), Menaka Region, Mali; I-n-Arabane, Mali; Tillaberi Region, Niger; DOB 1984; POB Niger; nationality Niger; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"CHAPPORI, Petit" (a.k.a. DJIBO, Halid Illiassou; a.k.a. DJIBO, Ousmane Illiassou; a.k.a. KOUNOU, Ousmane Illasou; a.k.a. "CHAFFORI, Petit"; a.k.a. "CHAPORI, Aboubacar"; a.k.a. "CHAPORI, Petit"; a.k.a. "ILLIASSOU, Djibbo"; a.k.a. "TCHAPORI, Petit"), Menaka Region, Mali; I-n-Arabane, Mali; Tillaberi Region, Niger; DOB 1984; POB Niger; nationality Niger; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"CHARCO" (a.k.a. FRANCO FIGUEROA, Ulises), Mexico; DOB 17 Jun 1987; POB Oaxaca, Mexico; nationality Mexico; Gender Male; C.U.R.P. FAFU870617HOCRGL03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"CHARMING GLOBE" (a.k.a. CHANG GUANG SATELLITE TECHNOLOGY CO., LTD. (Chinese Simplified: 长光卫星科技有限公司); a.k.a. CHANGGUANG SATELLITE CO., LTD.), No. 1299, Mingxi Road, Beihu Science Technology Development District, Changchun, Jilin, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2014; Unified Social Credit Code (USCC) 91220101310012867G (China) [RUSSIA-EO14024].

"CHATAEV, A.R." (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch;

a.k.a. TSCHATAYEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"CHATO" (a.k.a. BARRERA MEDRANO, Nicandro; a.k.a. BARRERA MENDOZA, Nicandro; a.k.a. BARRERA, Nicandro; a.k.a. BARRERA, Robert; a.k.a. NICANDRO, Barrera Mendoza; a.k.a. "CHAPARRO"; a.k.a. "EL NICA"; a.k.a. "EL NICE"; a.k.a. "EL NICO"; a.k.a. "NICA"; a.k.a. "NICO"), c/o Purepecha Trucking Co., Uruapan, Michoacan, Mexico; DOB 02 Nov 1964; POB Michoacan, Mexico; citizen Mexico; C.U.R.P. BAMN641102HMNRDC02 (Mexico) (individual) [SDNTK].

"Chava" (a.k.a. CHAVARIN PRECIADO, David Alonso), Nogales, Sonora, Mexico; DOB 29 Dec 1982; POB Mexico; nationality Mexico; Gender Male; R.F.C. CAPD821229IG4 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"Chava" (a.k.a. DIAZ RODRIGUEZ, Salvador), Mexicali, Baja California, Mexico; DOB 29 Jul 1985; POB Baja California, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. DIRS850729HBCZDL02 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

"Chavelo" (a.k.a. HERNANDEZ MAZON, Sergio Isaias), Calle Estribo 3, Colonia El Rodeo, Nogales, Sonora, Mexico; DOB 23 Aug 1980; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. HEMS800823HSRRZR07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"CHAYO" (a.k.a. CASTREJON PENA, Victor Nazario; a.k.a. MORENO GONZALEZ, Nazario; a.k.a. MORENO MADRIGAL, Nazario; a.k.a. MORENO, Chayo; a.k.a. MORENO, Jose; a.k.a. "EL CHAYO"; a.k.a. "EL DULCE"; a.k.a. "EL MAS LOCO"; a.k.a. "LA COMADRE"; a.k.a. "LOCO"; a.k.a. "TINO"), Apatzingan, Michoacan, Mexico; 625 Virgilio Garza Chepevera, Monterrey, Nuevo Leon 64030,

Mexico; Calle Isidro Murivera, Matamoros 51370, Mexico; 7 Calle Fray Servando Teresa de Mier, Aptazingan, Michoacan, Mexico; 336 Calle Priv Carlos S de Gortari, Monterrey, Nuevo Laredo, Mexico; 36 Calle Nayarit, Caborca, Sonora 83610, Mexico; DOB 08 Mar 1970; alt. DOB 06 Mar 1970; alt. DOB 12 Jun 1967; alt. DOB 12 Jun 1979; alt. DOB 02 Feb 1982; POB Ario de Rosales, Michoacan, Mexico; alt. POB Guanajuatillo, Michoacan, Mexico; citizen Mexico; SSN 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 (United States); R.F.C. MOGN670612TN0 (Mexico); alt. R.F.C. MOGN700308TN2 (Mexico); alt. R.F.C. MOGN790612TN8 (Mexico); C.U.R.P. MOGN700308HMNRNZ07 (Mexico); Identification Number 092520304 (Mexico) (individual) [SDNTK].

"CHE FONG" (a.k.a. BOONCHUA, Chanchira; a.k.a. BOONCHUA, Chanjira; a.k.a. CHANCHIRA, Boochuea; a.k.a. LIANG, Ching-fang; a.k.a. "CHEFONG"; a.k.a. "JEH FONG"), c/o KHUM THAW COMPANY LIMITED, Chiang Mai, Thailand; c/o SANGSIRI KANKASET COMPANY LIMITED, Chiang Mai, Thailand; 261, Wichayanon Road, Tambon Chang Moi, Amphur Muang, Chiang Mai, Thailand; DOB 15 May 1951; National Foreign ID Number 350991386390 (Thailand) issued 28 Oct 1952 expires 14 May 2009 (individual) [SDNTK].

"Chechen Omar" (a.k.a. AL-SHISHANI, Abu Umar; a.k.a. AL-SHISHANI, Omar; a.k.a. BATIRASHVILI, Tarkhan; a.k.a. BATIRASHVILI, Tarkhan Tayumurazovich; a.k.a. BATYRASHVILI, Tarkhan Tayumurazovich; a.k.a. SHISHANI, Omar; a.k.a. SHISHANI, Umar; a.k.a. "Abu Hudhayfah"; a.k.a. "Abu Umar"; a.k.a. "Omar the Chechen"; a.k.a. "Omer the Chechen"; a.k.a. "Umar the Chechen"); DOB 11 Jan 1986; alt. DOB 1982; POB Akhmeta, Village Birkiani, Georgia; citizen Georgia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 09AL14455 (Georgia) expires 26 Jun 2019; National ID No. 08001007864 (Georgia) (individual) [SDGT].

"CHECHENSKY, Khamzat" (a.k.a. BYUTUKAEV, Aslan; a.k.a. BYUTUKAEV, Aslan Avgazarovich; a.k.a. BYUTUKAYEV, Aslan; a.k.a. "Hamzat"; a.k.a. "KHAMZAT, Amir"; a.k.a. "KHAMZAT, Emir"), Akharkho Street,11, Katyr-Yurt, Ackhoy-Martanovskiy District, the Republic of Chechnya, Russia; DOB 22 Oct 1974; POB Kitaevka, Novoselitskiy Region, Stavropol Territory, the Russian Federation; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 (individual) [SDGT].

"CHECO" (a.k.a. CASTRO VILLA, Luis Fernando; a.k.a. FLORES PACHECO, Cenobio; a.k.a. "CHEKO"); DOB 13 Nov 1974; citizen Mexico (individual) [SDNTK].

"Chef Poncho Corona" (a.k.a. CORONA ROMERO, Alfonso), Jalisco, Mexico; DOB 28 Feb 1965; POB Magdalena, Jalisco, Mexico; Gender Male; R.F.C. CORA-650228-4Q0 (Mexico); C.U.R.P. CORA650228HJCRML06 (Mexico) (individual) [SDNTK] (Linked To: OPERADORA LOS FAMOSOS, S.A. DE C.V.; Linked To: CARTEL DE JALISCO NUEVA GENERACION; Linked To: LOS CUINIS).

"CHEFONG" (a.k.a. BOONCHUA, Chanchira; a.k.a. BOONCHUA, Chanjira; a.k.a. CHANCHIRA, Boochuea; a.k.a. LIANG, Ching-fang; a.k.a. "CHE FONG"; a.k.a. "JEH FONG"), c/o KHUM THAW COMPANY LIMITED, Chiang Mai, Thailand; c/o SANGSIRI KANKASET COMPANY LIMITED, Chiang Mai, Thailand; 261, Wichayanon Road, Tambon Chang Moi, Amphur Muang, Chiang Mai, Thailand; DOB 15 May 1951; National Foreign ID Number 350991386390 (Thailand) issued 28 Oct 1952 expires 14 May 2009 (individual) [SDNTK].

"CHEKO" (a.k.a. CASTRO VILLA, Luis Fernando; a.k.a. FLORES PACHECO, Cenobio; a.k.a. "CHECO"); DOB 13 Nov 1974; citizen Mexico (individual) [SDNTK].

"CHEMA" (a.k.a. MONCADA LAU, Nestor); DOB 02 Mar 1954; POB Managua, Nicaragua; nationality Nicaragua; Gender Male (individual) [NICARAGUA].

"CHEN, Bella" (a.k.a. GAN, Xuebi (Chinese Simplified: 甘雪碧)), No. 21 Ganwang Village, Dongshan Village, Jinkou Street, Jiangxia District, Wuhan City, Hubei Province, China (Chinese Simplified: 甘王村21号, 金口街洞山村, 江夏区, 武汉市, 湖北省, China); DOB 15 Nov 1992; POB Hubei, China; nationality China; Gender Female; Passport C38528840 (China); National ID No. 420115199211153621 (China) (individual) [ILLICIT-DRUGS-EO14059].

"CHEN, Karen" (a.k.a. CHEN, Xiuling), Singapore; DOB 14 Jun 1982; POB Singapore; nationality Singapore; Gender Female; Passport K2325996K (Singapore); National ID No. S8217005G (Singapore) (individual) [TCO] (Linked To: PRINCE GROUP TRANSNATIONAL CRIMINAL ORGANIZATION).

"CHEO" (a.k.a. CASTILLO LOPEZ, Jose Adrian; a.k.a. MEDINA PEREZ, Juan Manual; a.k.a.

SALAZAR SALDIVAR, Adrian; a.k.a. "FRIAS, Adrian"; a.k.a. "GONZALES, Adrian"), Mexico; DOB 21 Dec 1975; POB Nayarit, Mexico; nationality Mexico; Gender Male; C.U.R.P. CALA751221HNTSPD07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"CHEPE HANDAL" (a.k.a. HANDAL PEREZ, Jose Miguel; a.k.a. "CHEPITO HANDAL"), Col Bella Vista, Casa No. 09, Camino a Rotulo de Coca Cola, San Pedro Sula, Cortes, Honduras; DOB 14 May 1974; POB Honduras; nationality Honduras; citizen Honduras; National ID No. 0501-1974-03523 (Honduras); Tax ID No. ERQ1IZE (Honduras) (individual) [SDNTK] (Linked To: CORPORACION HANDAL S. DE R.L.; Linked To: EASY CASH S. DE R.L.; Linked To: AUTO PARTES HANDAL S. DE R.L. DE C.V.; Linked To: SUPERTIENDAS HANDAL S. DE R.L.; Linked To: JM TROYA).

"CHEPE" (a.k.a. ALVAREZ PINEDA, Rafael); DOB 27 Mar 1975; POB Yacopi, Cundinamarca, Colombia; citizen Colombia; Cedula No. 98649747 (Colombia) (individual) [SDNTK].

"CHEPITO HANDAL" (a.k.a. HANDAL PEREZ, Jose Miguel; a.k.a. "CHEPE HANDAL"), Col Bella Vista, Casa No. 09, Camino a Rotulo de Coca Cola, San Pedro Sula, Cortes, Honduras; DOB 14 May 1974; POB Honduras; nationality Honduras; citizen Honduras; National ID No. 0501-1974-03523 (Honduras); Tax ID No. ERQ1IZE (Honduras) (individual) [SDNTK] (Linked To: CORPORACION HANDAL S. DE R.L.; Linked To: EASY CASH S. DE R.L.; Linked To: AUTO PARTES HANDAL S. DE R.L. DE C.V.; Linked To: SUPERTIENDAS HANDAL S. DE R.L.; Linked To: JM TROYA).

"CHERAF, Abu Hamza" (a.k.a. CHERAF, Peter; a.k.a. CHERIF, Peter), Yemen; DOB 01 Jan 1982 to 31 Dec 1982; nationality France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"CHERDAKMUDAK" (a.k.a. RYZHENKOV, Aleksandr Viktorovich; a.k.a. "GUESTER"; a.k.a. "MALOY, Sanya"; a.k.a. "MALOY, Sasha"), Russia; DOB 26 May 1993; nationality Russia; Gender Male; Passport 643501126 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP).

"Cherepa" (a.k.a. BOJKOV, Vassil Kroumov; a.k.a. BOZHKOV, Vasil (Cyrillic: БОЖКОВ, ВАСИЛ); a.k.a. "The Skull"), 79 Vassil Levski Blvd, Sofia 1000, Bulgaria; Dubai, United Arab Emirates; DOB 29 Jul 1956; POB Velingrad, Bulgaria; nationality Bulgaria; Gender Male; Passport 440210366 (Bulgaria) expires 23 Aug 2023; alt. Passport 385950465 (Bulgaria) expires 11 Apr 2024; National ID No. 647475973 (Bulgaria) (individual) [GLOMAG].

"CHERGEIKO, S.V." (a.k.a. CHARHEIKA, Siarhei; a.k.a. CHARHEIKA, Siarhei Viktaravich (Cyrillic: ЧАРГЕЙКА, СЯРГЕЙ ВІКТАРАВІЧ); a.k.a. CHERGEIKO, Sergey Viktorovich (Cyrillic: ЧЕРГЕЙКО, СЕРГЕЙ ВИКТОРОВИЧ)), Academic Vyotsky St 3 apt. 114, Minsk, Belarus; DOB 27 Aug 1986; POB Mochulino Village, Belarus; nationality Belarus; citizen Belarus; Gender Male; Passport KH2638135 (Belarus); National ID No. 3270886K030PB1 (Belarus) (individual) [BELARUS-EO14038] (Linked To: PELENG JSC).

"CHEROKEE" (a.k.a. DE GARIKOITZ ASPIAZU RUBINA, Miguel; a.k.a. DE GARIKOITZ ASPIAZU URBINA, Miguel; a.k.a. "TXEROKI"); DOB 06 Jul 1973; POB Bilbao, Vizcaya, Spain; nationality Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 14.257.455 (Spain); Member of the Basque Fatherland and Liberty (ETA) and currently detained in France (individual) [SDGT].

"CHEYO ANTRAX" (a.k.a. IMPERIAL CASTRO, Eliseo), Mexico; DOB 17 Jan 1984; POB Culiacan, Sinaloa, Mexico; citizen Mexico; Gender Male; R.F.C. IECE840117RCA (Mexico); C.U.R.P. IECE840117HSLMSL04 (Mexico) (individual) [SDNTK].

"CHI BANG" (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

"CHIBOLA" (a.k.a. ROBERTO ORELLANA, Jose (Latin: ROBERTO ORELLANA, José); a.k.a. "GORDO MAX"; a.k.a. "TIO SAM" (Latin: "TÍO SAM"); a.k.a. "TOLOLO"), Canton Cambio Chanmico, Calle Vieja, Casa #66, San Juan Opico, La Libertad, El Salvador; DOB 29 Jun 1973; Identification Number 011319137-3 (El Salvador) (individual) [TCO] (Linked To: MS-13).

"CHICA CHEM" (a.k.a. HUBEI CHICA INDUSTRIAL CO., LTD.), Room 11, 21st Floor, Unit A, Block A of Happiness Times (A-4 Block), Intersection of Jianqu Road and Xinhuqu Road, Jiang'An District, Wuhan, Hubei, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Sep 2018; Unified Social Credit Code (USCC) 91420102MA4L0PAU03 (China) [SDGT] (Linked To: ANSARALLAH).

"Chicken Little" (a.k.a. PEREZ SALAS, Nestor Isidro; a.k.a. "GARCIA, Nestor Isidro"; a.k.a. "Nini"), Mexico; DOB 09 Mar 1992; POB Baja California, Mexico; nationality Mexico; Gender Male; C.U.R.P. PESN920309HBCRLS03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"CHICO BARROS" (a.k.a. BARROS FREDERICO, Lucio Francisco de Fatima; a.k.a. BARROS, Francisco de Fatima Frederico); DOB 13 May 1967; alt. DOB 06 Jun 1970; POB Praia, Cabo Verde; nationality Cabo Verde; citizen Cabo Verde; alt. citizen Guinea-Bissau; Passport I066302 (Cabo Verde); alt. Passport CA0120780 (Guinea-Bissau) issued 08 Apr 2006 expires 07 Apr 2009; National ID No. 16128971 (Cabo Verde) (individual) [SDNTK].

"Chico" (a.k.a. LOPEZ CENTENO, Jose Francisco; a.k.a. LOPEZ, Jose Francisco); DOB 17 Sep 1950; nationality Nicaragua; Gender Male; Passport C0915261 (Nicaragua) (individual) [GLOMAG].

"CHINGHEITY" (a.k.a. GHADER, El Hadj Ould Abdel; a.k.a. JELIL, Youssef Ould Abdel; a.k.a. KHADER, Abdel; a.k.a. SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed; a.k.a. SALEM, Mohamed; a.k.a. SALIM, 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad; a.k.a. SOULEIMANE, Abou; a.k.a. "AL-MAURITANI, Sheikh Yunis"; a.k.a. "AL-MAURITANI, Younis"; a.k.a. "AL-MAURITANI, Yunis"; a.k.a. "THE MAURITANIAN, Salih"; a.k.a. "THE MAURITANIAN, Shaykh Yunis");

DOB 1981; POB Saudi Arabia; nationality Mauritania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"CHINO ANTRAX" (a.k.a. ARECHIGA GAMBOA, Jose Rodrigo), Calle Clavel 1487, Colonia Margarita, Culiacan, Sinaloa, Mexico; DOB 15 Jun 1980; POB Culiacan, Sinaloa, Mexico; Passport 040061677 (Mexico); Driver's License No. ARGARD80061 (Mexico); C.U.R.P. AEGR800615HSLRMD01 (Mexico) (individual) [SDNTK].

"Chino" (a.k.a. MURILLO MORGAN, Oscar), Cerrada Lorenzo de Zavala 147, Colonia Miguel Hidalgo, Culiacan, Sinaloa, Mexico; DOB 01 Apr 1968; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. MUMO680401HSLRRS05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"CHIP AND DIP" (a.k.a. AO CHIP I DIP (Cyrillic: АО ЧИП И ДИП); a.k.a. "CHIP&DIP"), Ul. Gilyarovskogo D. 39, Str. 1, Moscow 129110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Retail sale of information and communications equipment in specialized stores; Tax ID No. 7729108750 (Russia); Registration Number 1027700271807 (Russia) [RUSSIA-EO14024].

"CHIP&DIP" (a.k.a. AO CHIP I DIP (Cyrillic: АО ЧИП И ДИП); a.k.a. "CHIP AND DIP"), Ul. Gilyarovskogo D. 39, Str. 1, Moscow 129110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Retail sale of information and communications equipment in specialized stores; Tax ID No. 7729108750 (Russia); Registration Number 1027700271807 (Russia) [RUSSIA-EO14024].

"CHIQUITO MALO" (a.k.a. AVILA VILLADIEGO, Jobanis de Jesus), Turbo, Antioquia, Colombia; DOB 10 Apr 1977; POB San Pedro de Uraba, Antioquia, Colombia; nationality Colombia; citizen Colombia; Gender Male; Cedula No. 71987498 (Colombia) (individual) [ILLICIT-DRUGS-EO14059].

"Chirimoya" (a.k.a. DEMOYA HERNANDEZ, Jose Miguel; a.k.a. DEMOYA, JOSE MIGUEL), Colombia; DOB 19 Sep 1984; nationality Colombia; Gender Male; Cedula No. 78115749 (Colombia) (individual) [ILLICIT-DRUGS-EO14059].

"CHISTYE GAZY PLYUS" (a.k.a. LIMITED LIABILITY COMPANY CHISTIE GAZY PLYUS; a.k.a. LIMITED LIABILITY COMPANY CLEAN GASES PLUS), Ul. Tvardovskogo D. 3, Str. 2, Office 1, Novosibirsk 630068, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5409002937 (Russia); Registration Number 1165476068504 (Russia) [RUSSIA-EO14024].

"CHOCLOS" (a.k.a. VALENZUELA VERDUGO, Jorge Mario), Antonio Rosales 280, Centro Culiacan, Culiacan, Sinaloa 80000, Mexico; De Las Toronjas 1999, Culiacan, Sinaloa 80060, Mexico; Boulevard Constitucion 257 PTE, Colonia Jorge Almada, Culiacan, Sinaloa 80200, Mexico; Angel Flores 624, Colonia Centro, Culiacan, Sinaloa, Mexico; DOB 23 Oct 1982; POB Distrito Federal, Mexico; citizen Mexico; Gender Male; Cedula No. 09084650 (Mexico); R.F.C. VAVJ821023EL8 (Mexico); National ID No. 23038267151 (Mexico); C.U.R.P. VAVJ821023HDFLRR02 (Mexico) (individual) [SDNTK].

"Chote Maula" (a.k.a. ARMAR, Mohammad Shafi; a.k.a. ARMAR, Mohammed Shafi; a.k.a. ARMAR, Safi; a.k.a. ARMAR, Shafi; a.k.a. "Anjan Bhai"; a.k.a. "Yousouf al-Hindi"; a.k.a. "Yousuf-Al Hindi"; a.k.a. "Yusuf al-Hindi"), Syria; DOB 1989 to 1991; POB Bhatkal, Karnataka, India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"CHRISTY JNR." (a.k.a. KINAHAN JUNIOR, Christopher Vincent), 1404 Iris Blue Building, Dubai Marina, P.O. Box 11850, Dubai, United Arab Emirates; Calle Edificio El Noray, 2 Piso 1 B, Marbella, Spain; Urbanizacion Acosta Los Flamingos Golf, Bloque 82 D, Benahavis, Marbella, Spain; DOB 24 Sep 1980; alt. DOB 30 May 1981; POB Dublin, Ireland; nationality Ireland; citizen Ireland; Gender Male; Passport PW2418905 (Ireland); alt. Passport PT0298836 (Ireland); alt. Passport PN8384153 (Ireland); alt. Passport 512964060 (United Kingdom); Identification Number 784198027625874 (United Arab Emirates); alt. Identification Number 166622091 (United Arab Emirates); alt. Identification Number 077449510 (United Arab Emirates) (individual) [TCO] (Linked To: KINAHAN ORGANIZED CRIME GROUP).

"CHUCHI" (a.k.a. LORENZANA CORDON, Haroldo Geremias; a.k.a. LORENZANA CORDON, Haroldo Jeremias; a.k.a. "CHUCHY"), La Reforma, Zacapa, Guatemala; DOB 04 Jun 1966; POB Guatemala; nationality Guatemala; citizen Guatemala; Cedula No. R-19 3649 (Guatemala) (individual) [SDNTK].

"Chucho" (a.k.a. NAZARET NANEZ CONTRERAS, Freddy Alfred; a.k.a. NAZARETH NANEZ CONTRERAS, Freddy Alfred), Venezuela; DOB 15 Apr 1976; POB Petare, Miranda, Venezuela; nationality Venezuela; Gender Male; Cedula No. V13113260 (Venezuela) (individual) [VENEZUELA].

"CHUCHY" (a.k.a. LORENZANA CORDON, Haroldo Geremias; a.k.a. LORENZANA CORDON, Haroldo Jeremias; a.k.a. "CHUCHI"), La Reforma, Zacapa, Guatemala; DOB 04 Jun 1966; POB Guatemala; nationality Guatemala; citizen Guatemala; Cedula No. R-19 3649 (Guatemala) (individual) [SDNTK].

"CHUEI" (Japanese: 忠叡) (a.k.a. GOTO, Tadamasa (Japanese: 後藤忠正; Japanese: 後藤忠政); a.k.a. GOTOU, Chyuei; a.k.a. "AJA, Chuei" (Japanese: "アジャ忠叡"); a.k.a. "OKNHA, Chuei"), Cambodia; DOB 16 Sep 1942; POB Tokyo, Japan; citizen Cambodia (individual) [TCO] (Linked To: YAKUZA).

"CHUY LABRA" (a.k.a. AVILES, Jesus Labra; a.k.a. LABRA AVILES, Jesus Abraham); DOB 1945; nationality Mexico (individual) [SDNTK].

"CHUY MENDEZ" (a.k.a. MENDEZ VARGAS, Jesus; a.k.a. MENDEZ VARGAS, Jose de Jesus; a.k.a. MENDEZ, Jesus; a.k.a. "CHAMULA"; a.k.a. "CHANGO"; a.k.a. "CHANGO MENDEZ"; a.k.a. "CHUY"; a.k.a. "EL CHANGO"), Tazumbos, Jalisco, Mexico; Calle Dr. Lose Luis Mora Col Morelos, Apatzingan, Michoacan, Mexico; Calle Carlos Salazar Col Buenos Aires, Apatzingan, Michoacan, Mexico; Toluca, Mexico, Mexico; Calle Acatitla 122, Col. Ferrocarril, Apatzingan, Mexico; Potrero Grande de C de Paracuaro, Apatzingan, Mexico; c/o Club Abaro, Ave Vicente Villada, Mexico City, Municipio de Mexico City, D.F., Mexico; DOB 28 Feb 1974; alt. DOB 06 Aug 1973; alt. DOB 18 Sep 1989; POB El Coloma, Michoacan; alt. POB Eduardo Neri, Guerrero; alt. POB Acapulco de Juarez, Guerrero; nationality Mexico; C.U.R.P. MEVJ890918HGRNRS09 (Mexico) (individual) [SDNTK].

"Chuy" (a.k.a. LARRANAGA HERRERA, Jesus Norberto; a.k.a. "El 30"; a.k.a. "Treinta"), Culiacan, Sinaloa, Mexico; DOB 14 Apr 1993; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LAHJ930414HSLRRS06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"CHUY" (a.k.a. MENDEZ VARGAS, Jesus; a.k.a. MENDEZ VARGAS, Jose de Jesus; a.k.a. MENDEZ, Jesus; a.k.a. "CHAMULA"; a.k.a.

"CHANGO"; a.k.a. "CHANGO MENDEZ"; a.k.a. "CHUY MENDEZ"; a.k.a. "EL CHANGO"), Tazumbos, Jalisco, Mexico; Calle Dr. Lose Luis Mora Col Morelos, Apatzingan, Michoacan, Mexico; Calle Carlos Salazar Col Buenos Aires, Apatzingan, Michoacan, Mexico; Toluca, Mexico, Mexico; Calle Acatitla 122, Col. Ferrocarril, Apatzingan, Mexico; Potrero Grande de C de Paracuaro, Apatzingan, Mexico; c/o Club Abaro, Ave Vicente Villada, Mexico City, Municipio de Mexico City, D.F., Mexico; DOB 28 Feb 1974; alt. DOB 06 Aug 1973; alt. DOB 18 Sep 1989; POB El Coloma, Michoacan; alt. POB Eduardo Neri, Guerrero; alt. POB Acapulco de Juarez, Guerrero; nationality Mexico; C.U.R.P. MEVJ890918HGRNRS09 (Mexico) (individual) [SDNTK].

"CHUY" (a.k.a. SALAS AGUAYO, Jesus; a.k.a. "CHUYIN"; a.k.a. "EL CHUYIN"), Mexico; DOB 29 May 1976; POB Chihuahua, Mexico; nationality Mexico; Gender Male; C.U.R.P. SAAJ760529HCHLGS03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"CHUYIN" (a.k.a. SALAS AGUAYO, Jesus; a.k.a. "CHUY"; a.k.a. "EL CHUYIN"), Mexico; DOB 29 May 1976; POB Chihuahua, Mexico; nationality Mexico; Gender Male; C.U.R.P. SAAJ760529HCHLGS03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"CIAM" (Cyrillic: "ЦИАМ") (a.k.a. CENTRAL INSTITUTE OF AVIATION MOTORS), ul. Aviamotornaya, D. 2, Moscow 111116, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722497881 (Russia); Registration Number 1217700087285 (Russia) [RUSSIA-EO14024].

"CICCIOTTO E MEZZANOTTE" (a.k.a. BIDOGNETTI, Francesco); DOB 29 Jan 1951; POB Casal di Principe, Italy (individual) [TCO].

"CICKO" (a.k.a. BJELICA, Milovan), Starine Novaka Street BB, Sokolac, Republika Srpska, Bosnia and Herzegovina; DOB 19 Oct 1958; POB Rogatica, Bosnia-Herzegovina; National ID No. 1910958130007 (individual) [BALKANS].

"CICKO" (a.k.a. BRALO, Miroslav); DOB 13 Oct 1967; POB Kratine, Vitez (individual) [BALKANS].

"CIRA" (a.k.a. CONTINUITY ARMY COUNCIL; a.k.a. CONTINUITY IRA; a.k.a. CONTINUITY IRISH REPUBLICAN ARMY; a.k.a. REPUBLICAN SINN FEIN), United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"CITADEL HOLDING" (a.k.a. CITADEL OOO; a.k.a. LIMITED LIABILITY COMPANY CITADEL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦИТАДЕЛЬ); a.k.a. LLC TSITADEL (Cyrillic: ООО ЦИТАДЕЛЬ); a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU TSITADEL; a.k.a. TSITADEL GROUP; a.k.a. "CITADEL LLC"), Michurinskiy avenue, House 27, Apartment 5, Floor 2, Room 6, Moscow 119607, Russia (Cyrillic: Пр-Кт Мичуринский, Д. 27, К. 5, Этаж 2, Ком. 6, Москва 119607, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701012339 (Russia); Registration Number 11577467895690 (Russia) [RUSSIA-EO14024].

"CITADEL LLC" (a.k.a. CITADEL OOO; a.k.a. LIMITED LIABILITY COMPANY CITADEL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦИТАДЕЛЬ); a.k.a. LLC TSITADEL (Cyrillic: ООО ЦИТАДЕЛЬ); a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU TSITADEL; a.k.a. TSITADEL GROUP; a.k.a. "CITADEL HOLDING"), Michurinskiy avenue, House 27, Apartment 5, Floor 2, Room 6, Moscow 119607, Russia (Cyrillic: Пр-Кт Мичуринский, Д. 27, К. 5, Этаж 2, Ком. 6, Москва 119607, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701012339 (Russia); Registration Number 11577467895690 (Russia) [RUSSIA-EO14024].

"CITC" (a.k.a. CENTER FOR INNOVATION AND TECHNOLOGY COOPERATION; f.k.a. OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. OFFICE OF SCIENTIFIC AND TECHNICAL COOPERATION; f.k.a. PRESIDENCY OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. TECHNOLOGY COOPERATION OFFICE; f.k.a. "OSIS"; f.k.a. "POSIS"; a.k.a. "TCO"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"CITY PUBLIC JOINT STOCK COMPANY" (f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO CITY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO CITY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SITI; a.k.a. "MANAGEMENT COMPANY MOSCOW CITY"; a.k.a. "SITI PAO"), 9 Nab Frunzenskaya, Moscow 119146, Russia; d. 6 str. 2 etazh 2 Pomesch.I kom. 33, 34, Naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization

Established Date 22 May 1992; Tax ID No. 7704026946 (Russia); Government Gazette Number 17434671 (Russia); Registration Number 1027700068440 (Russia) [RUSSIA-EO14024].

"CIVIL COUNCIL OF HADRAMAWT" (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"CJSC MMRP" (a.k.a. CJSC MAGNITOGORSK MILL ROLLS PLANT; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO MAGNITOGORSKII ZAVOD PROKATNYKH VALKOV; a.k.a. "ZAO MZPV"), Ul. Kirova D. 93, Pom. 8, Magnitogorsk 455002, Russia; Ul. Kirova D. 93, ZD. Administrativno Bytovoe Tsekh Izlozhnits, Pom. 8, Magnitogorsk 455000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7445024175 (Russia); Registration Number 1047420504493 (Russia) [RUSSIA-EO14024].

"CJSC RNT" (a.k.a. AKTSIONEROE OBSHCHESTVO RNT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РНТ); a.k.a. AO RUSSIAN HIGH TECHNOLOGIES (Cyrillic: АО РОССИЙСКИЕ НАУКОЕМКИЕ ТЕХНОЛОГИИ); a.k.a. CLOSED JOINT STOCK COMPANY RNT; a.k.a. "AO RNT" (Cyrillic: "АО РНТ"); a.k.a. "RNT COMPANY"; a.k.a. "ZAO RNT"), 6, ul. 2-Ya Ostankinskaya, Moscow 129515, Russia; Website www.rnt.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jun 1993; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7720010693 (Russia); Government Gazette Number 17917145

(Russia); Registration Number 1027700248256 (Russia) [RUSSIA-EO14024].

"CLEANPOWER" (a.k.a. KLINPAUER), Ul. Smirnovskaya D. 25, Str. 8, Floor 1, Pomeshch. 16V, Moscow 109052, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743346040 (Russia); Registration Number 1207700314381 (Russia) [RUSSIA-EO14024].

"CLOSED JOINT STOCK COMPANY BANK SIBIR" (a.k.a. JOINT STOCK COMPANY AUTO FINANCE BANK; a.k.a. "JOINT STOCK COMPANY RN BANK"), 29 Serebryanicheskaya nab., Moscow 109028, Russia; SWIFT/BIC RNBKRUMM; Website autofinancebank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 5503067018 (Russia); Legal Entity Number 25340001RLM1RS3CX190; Registration Number 1025500003737 (Russia); Global Intermediary Identification Number 1MWB9D.99999.SL.643 [RUSSIA-EO14024].

"CMCT LLC" (a.k.a. INTERNATIONAL DIGITAL TECHNOLOGY CENTRE LIMITED LIABILITY COMPANY (Cyrillic: ЦЕНТРМЕЖДУНАРОДНЫХ ЦИФРОВЫХ ТЕХНОЛОГИЙ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)), d. 28 etazh 13 kom. 40, shosse Rublevskoe, Moscow 121609, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Nov 2020; Organization Type: Activities of holding companies; Tax ID No. 9731072060 (Russia); Government Gazette Number 46260686 (Russia); Registration Number 1207700411137 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY USM TELECOM).

"CNIIEISU" (a.k.a. FEDERAL STATE UNITARY ENTERPRISE CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF ECONOMICS INFORMATICS AND MANAGEMENT SYSTEMS; a.k.a. "AO TSNII EISU" (Cyrillic: "ЦНИИ ЭИСУ")), Ul. Bronnaya M D., STR. 1, Saint Petersuq 123104, Russia; Website cniieisu.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Nov 1991; Organization Type: Other information technology and computer service activities; Target Type Government Entity; Tax ID No. 7703824477 (Russia); Registration Number 1147748143344 (Russia) [RUSSIA-EO14024].

"CNRG" (a.k.a. CASPIAN ENERGY MANAGEMENT LIMITED LIABILITY COMPANY; a.k.a. CASPIAN ENERGY PROJECTS LIMITED LIABILITY COMPANY; a.k.a. CNRG MANAGEMENT; f.k.a. CNRG PROJECTS; f.k.a. CRN GROUP; a.k.a. LIMITED LIABILITY COMPANY KASPIYSKAYA ENERGIYA ADMINISTRATION OFFICE), 60, Admiral Nakhimov St., Astrakhan 414018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Feb 2011; Tax ID No. 3017065795 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

"COAL TAR COMPANY" (Arabic: " پالایش قطران زغالسنگ") (a.k.a. COAL TAR REFINING CO. (Arabic: شرکت پالایش قطران ذغال سنگ); a.k.a. COAL TAR REFINING COMPANY; a.k.a. COKE WASTE WATER REFINING CO.; a.k.a. "C.T.R."), No. 106, Mohtasham Kashani Ave., Esfahan, Iran; No. 343, Zafar St., Vali-e-Asr Ave., Tehran, Iran; Valiasr St., corner of Zafer St., No. 343, Tehran, Iran; Website http://ctr-co.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10260328063 (Iran); Registration Number 387 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"COCHAN" (a.k.a. COCHAN ANGOLA; a.k.a. COCHAN GROUP; a.k.a. COCHAN S.A.; a.k.a. GRUPO COCHAN), Av. 1 Congresso Do Mpla, Edificio CIF 17 Andar, Luanda, Angola; Organization Established Date 06 May 2009; Registration Number 1001537110 (Angola) [GLOMAG] (Linked To: FRAGOSO DO NASCIMENTO, Leopoldino).

"Cochito" (a.k.a. VIRAMONTES SESTEAGA, Alan), Sonora, Mexico; DOB 18 Dec 1977; POB Sonora, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. VISA771218HSRRSL03 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

"COCO BEACH CLUB" (a.k.a. COCO BEACH BAR, S. DE R.L. DE C.V.), Av. Rosarito 499, Zona Centro, Playas de Rosarito, Baja California 22710, Mexico; Website http://www.cocobeachrosarito.com/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Jul 2016;

Organization Type: Restaurants and mobile food service activities; Folio Mercantil No. N-2016010376 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: GONZALEZ LOMELI, Jesus).

"COCO S.A." (a.k.a. COLLECTION CONCEPT S.A.; a.k.a. SAAFARTEX INT. S.A.; a.k.a. SAAFARTEX INTERNATIONAL ZONA FRANCA BARRANQUILLA S.A.; a.k.a. SAAFARTEX ZONA FRANCA SAS), CL 70 No 41 - 114 Of 101, Barranquilla, Atlantico, Colombia; NIT # 9002257729 (Colombia) [VENEZUELA-EO13850].

"COLETA" (a.k.a. SANCHEZ REY, German Gonzalo), Calle 41A No. 55-49, Bogota, Colombia; DOB 22 Feb 1973; POB Barrancabermeja, Santander, Colombia; Cedula No. 79625841 (Colombia) (individual) [SDNTK].

"COLOCHO DE WESTER" (a.k.a. ERAZO NOLASCO, Eduardo); DOB 09 Jul 1972; POB San Salvador, El Salvador; citizen El Salvador (individual) [TCO].

"COLONEL OMEGA" (a.k.a. NTAWUNGUKA, Pacifique; a.k.a. NTAWUNGULA, Pacifique; a.k.a. "NZERI"), Peti, Walikale, Masisi Border, Congo, Democratic Republic of the; DOB 01 Jan 1964; alt. DOB 1964; POB Gaseke, Gisenyi Province, Rwanda; Colonel; Commander of FDLR 1st Division (individual) [DRCONGO].

"Colonel Rock" (a.k.a. GAWAKA, Maxime Eli Jeoffroy Mokom; a.k.a. GAWAKA, Maxime Mokom; a.k.a. MOCOM, Maxime; a.k.a. MOKOM, Gawaka; a.k.a. MOKOM, Maxim; a.k.a. MOKOM, Maxime; a.k.a. MOKOME, Maxime; a.k.a. MOKOM-GAWAKA, Maxime Jeoffroy Eli; a.k.a. MOKOUM, Maxime), Boy-Rabe, Bangui, Central African Republic; DOB 30 Dec 1978; POB Bangui, Central African Republic; nationality Central African Republic; Gender Male; Passport O00006983 (Central African Republic) expires 02 Feb 2017 (individual) [CAR].

"COLOR WORLD LTD" (a.k.a. LIMITED LIABILITY COMPANY TSVETNOY MIR; a.k.a. TSVETNOI MIR), Ul. Very Voloshinoi D. 27, Kv. 72, Mytishchi 141014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5029114546 (Russia); Registration Number 1085029004257 (Russia) [RUSSIA-EO14024].

"Comandante Cucho" (a.k.a. RODRIGUEZ GARCIA, Abdon Federico; a.k.a. "Cucho"), Nuevo Laredo, Tamaulipas, Mexico; DOB 16 Jan 1984; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; Gender Male;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. ROGA840116HTSDRB06 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DEL NORESTE).

"Comandante R" (a.k.a. ROMERO SANCHEZ, Antonio; a.k.a. "Comandante Romeo"; a.k.a. "Romeo"), Piedras Negras, Coahuila, Mexico; Victoria, Tamaulipas, Mexico; DOB 27 Jul 1984; POB Veracruz, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. ROSA840727HVZMNN06 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DEL NORESTE).

"Comandante Romeo" (a.k.a. ROMERO SANCHEZ, Antonio; a.k.a. "Comandante R"; a.k.a. "Romeo"), Piedras Negras, Coahuila, Mexico; Victoria, Tamaulipas, Mexico; DOB 27 Jul 1984; POB Veracruz, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. ROSA840727HVZMNN06 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DEL NORESTE).

"Comandante Tarjetas" (a.k.a. HERNANDEZ JIMENEZ, Cesar; a.k.a. MONTERO PINZON, Julio Cesar; a.k.a. VELAZQUEZ BALTAZAR, Luis Armando; a.k.a. "El Chess"; a.k.a. "El Chino"; a.k.a. "El Tarjetas"; a.k.a. "HERNANDEZ JIMENEZ, Francisco"; a.k.a. "Moreno"), Puerto Vallarta, Jalisco, Mexico; Estero del Cayman, Real Ixtapa, #137-A, Puerto Vallarta, Jalisco, Mexico; DOB 02 Jun 1982; alt. DOB 08 Nov 1982; alt. DOB 25 Aug 1986; alt. DOB 28 Jun 1977; POB Puerto Vallarta, Jalisco, Mexico; alt. POB Amatan, Chiapas, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; R.F.C. VEBL860825 (Mexico); C.U.R.P. MOPJ820602HJCNNL05 (Mexico); alt. C.U.R.P. MOPJ821108HJCNNL04 (Mexico); alt. C.U.R.P. VEBL860825HJCLLS05 (Mexico); alt. C.U.R.P. HEJC770628HCSRMS06 (Mexico); Electoral Registry No. GRMRLR82012730M700 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"Comando Exclusivo" (a.k.a. HERNANDEZ MEDRANO, Ricardo; a.k.a. "El Makabelico";

a.k.a. "HERNANDEZ, Ricardo"), Nuevo Laredo, Tamaulipas, Mexico; DOB 13 Apr 1991; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. HEMR910413HTSRDC06 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DEL NORESTE).

"COMBA" (a.k.a. CALLE SERNA, Javier Antonio; a.k.a. "COMBATIENTE"); DOB 02 Feb 1969; POB Puerto Asis, Putumayo, Colombia; citizen Colombia; Cedula No. 16760066 (Colombia) (individual) [SDNTK].

"COMBATIENTE" (a.k.a. CALLE SERNA, Javier Antonio; a.k.a. "COMBA"); DOB 02 Feb 1969; POB Puerto Asis, Putumayo, Colombia; citizen Colombia; Cedula No. 16760066 (Colombia) (individual) [SDNTK].

"COMEXCAFE" (a.k.a. COMPRADORES Y EXPORTADORES DE CAFE CAPTZIN, SOCIEDAD ANONIMA), Canton La Candelaria Z.0, La Democracia, Huehuetenango, Guatemala; NIT # 68897952 (Guatemala) [ILLICIT-DRUGS-EO14059].

"COMINTSA" (a.k.a. COMPANIA MINERA INTERNACIONAL, SOCIEDAD ANONIMA; a.k.a. "COMPANIA MINERA INTERNACIONAL"; a.k.a. "COMPANIA MINERA INTERNACIONAL, S.A."), Managua, Nicaragua; Organization Type: Mining and Quarrying; RUC # J0310000400210 (Nicaragua); Public Registration Number MG00-22-012292 (Nicaragua); Business Number MC-XFOU0Q (Nicaragua); alt. Business Number UAF-RSO-C-XII-615-2022 (Nicaragua) [NICARAGUA].

"COMMANDANT PHARAON" (a.k.a. MUDACUMURA, Sylvestre; a.k.a. MUPENZI, Bernard; a.k.a. MUPENZI, General Pierre Bernard; a.k.a. "MUKANDA"; a.k.a. "RADJA"), Kibua, North Kivu, Congo, Democratic Republic of the; DOB 1955; POB Karago, Western Province, Rwanda; citizen Rwanda; Major General; Commander FDLR/FOCA (individual) [DRCONGO].

"COMMANDER PUTOL" (a.k.a. SAHIRON, Radulan; a.k.a. SAHIRON, Radullan; a.k.a. SAHIRUN, Radulan; a.k.a. "SAJIRUN, Radulan"); DOB 1955; alt. DOB circa 1952; POB Kaunayan, Patikul, Jolo Island, the Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"COMMUNICATION INDUSTRY TECHNOLOGISTS" (a.k.a. FANAVARAN COMMUNICATION INDUSTRY COMPANY; a.k.a. FANAVARAN SANAT ERTEBATAT COMPANY (Arabic: شرکت فن آوران صنعت ارتباطات)), Yousef Abad Neighborhood, Kordestan Express Way, Seyyed Sohrab Akhlaqi 37 Street, Number 38, First Floor, Tehran, Tehran 1436613193, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 06 Jun 2005; Registration Number 247799 (Iran); alt. Registration Number 10102884046 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

"Compadre" (a.k.a. RIVERA IBARRA, Gerardo; a.k.a. "El Guerito"), Mexico; DOB 29 Nov 1969; POB Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. RIIG691129HJCVBR16 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"COMPADRE" (a.k.a. FELIX TORRES, Javier; a.k.a. TAMAYO TORRES, Horacio; a.k.a. TORRES FELIX, Javier; a.k.a. "EL JT"), Calle Paseo La Cuesta # 1550, Apt 6, Colonia Lomas De Guadalupe, Culiacan Rosales, Sinaloa, Mexico; DOB 19 Oct 1960; POB Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

"COMPANIA MINERA INTERNACIONAL" (a.k.a. COMPANIA MINERA INTERNACIONAL, SOCIEDAD ANONIMA; a.k.a. "COMINTSA"; a.k.a. "COMPANIA MINERA INTERNACIONAL, S.A."), Managua, Nicaragua; Organization Type: Mining and Quarrying; RUC # J0310000400210 (Nicaragua); Public Registration Number MG00-22-012292 (Nicaragua); Business Number MC-XFOU0Q (Nicaragua); alt. Business Number UAF-RSO-C-XII-615-2022 (Nicaragua) [NICARAGUA].

"COMPANIA MINERA INTERNACIONAL, S.A." (a.k.a. COMPANIA MINERA INTERNACIONAL, SOCIEDAD ANONIMA; a.k.a. "COMINTSA"; a.k.a. "COMPANIA MINERA INTERNACIONAL"), Managua, Nicaragua; Organization Type: Mining and Quarrying; RUC # J0310000400210 (Nicaragua); Public Registration Number MG00-22-012292 (Nicaragua); Business Number MC-XFOU0Q (Nicaragua); alt. Business Number UAF-RSO-C-XII-615-2022 (Nicaragua) [NICARAGUA].

"COMPANY PRACTICAL SECURITY SYSTEMS" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SISTEMY PRAKTICHESKOI BEZOPASNOSTI; a.k.a. SPB OOO), Ul. Politekhnicheskaya D. 22, Lit. A, Pomeshch 1-N/298, Saint Petersburg 194021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802869750 (Russia); Registration Number 1147847303867 (Russia) [RUSSIA-EO14024].

"COMRADE ARTEMIO" (a.k.a. FLORES HALA, Florindo Eleuterio); DOB 08 Sep 1961; POB San Juan de Siguas, Arequipa, Peru; citizen Peru (individual) [SDNTK].

"COMRADE JOSE" (a.k.a. QUISPE PALOMINO, Victor); DOB 01 Aug 1960; POB Ayacucho, Peru; citizen Peru; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDNTK] [SDGT].

"Comrade Olga" (a.k.a. LOYA VILCHEZ, Tarcela); DOB 1967 to 1969; POB Tambobamba community, Ayacucho district, Province of Huanta, Ayacucho Region, Peru; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"COMRADE RAUL" (a.k.a. QUISPE PALOMINO, Jorge); DOB 02 Nov 1958; POB Ayacucho, Peru; citizen Peru; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDNTK] [SDGT].

"CONFIDENTIAL CAMBIO" (a.k.a. MOHAMED ENTERPRISES; a.k.a. MOHAMED'S ENTERPRISE; a.k.a. MOHAMEDS ENTERPRISE), Lot 29 Lombard Street, Georgetown, Guyana; Organization Established Date 1993; Organization Type: Mining and Quarrying [GLOMAG].

"CONSTANTA" (a.k.a. IC CONSTANTA LLC; a.k.a. KONSTANTA OOO; a.k.a. LIMITED LIABILITY COMPANY INSURANCE COMPANY KONSTANTA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТРАХОВАЯ КОМПАНИЯ КОНСТАНТА); a.k.a. LIMITED LIABILITY COMPANY RNCB INSURANCE; a.k.a. LLC SK KONSTANTA (Cyrillic: ООО СК КОНСТАНТА); a.k.a. "KONSTANTA" (Cyrillic: "КОНСТАНТА")), d. 19 etazh 3 pom. 70, ul. Leninskaya Sloboda, Moscow 115280, Russia (Cyrillic: д. 19 етаж 3, помещ. 70, ул. Ленинская слобода, Москва 115280, Russia); st. Leninskaya Sloboda, house 19, floor 3, room. 70, Moscow 115280,

Russia; vn. ter. Municipal district Danilovsky, Leninskaya Sloboda, house 19, floor 3, suite 70, Moscow 115280, Russia (Cyrillic: вн. тер г. муниципальный округ даниловский, ул. ленинская слобода, д. 19 етаж 3, помещ. 70, г. Москва 115280, Russia); Leninskaya Sloboda, house 19, floor 3, suite 70, Moscow 115280, Russia (Cyrillic: ул. Ленинская слобода, д. 19, этаж 3, помещ. 70, Москва 115280, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707447597 (Russia); Government Gazette Number 24544006 (Russia); Business Registration Number 1217700000011 (Russia) [RUSSIA-EO14024] [PEESA-EO14039].

"CONTOGU, Petros Nikolao" (a.k.a. CONTOGURIS, Petros Nikola; a.k.a. CONTOGURIS, Petros Nikolaos; a.k.a. CONTOGURIS-TROEMEL, Petros; a.k.a. "KONTOGOURIS, Petros Nikolao"), Turkey; DOB 06 Jun 1947; POB Greece; nationality Greece; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: KALININ, Alexander Vladimirovich).

"COOPERATIVA ARTIGIANA FUOCO E AFFINI" (a.k.a. FEDERAZIONE ANARCHICA INFORMALE/FRONTE RIVOLUZIONARIO INTERNAZIONALE; a.k.a. INFORMAL ANARCHIST FEDERATION/INTERNATIONAL REVOLUTIONARY FRONT; a.k.a. "AUGUSTO MASETTI INFORMAL ANARCHIST BRIGADE - INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "BRIGATA AUGUSTO MASETTI FEDERAZIONE ANARCHICA INFORMALE - FRONTE RIVOLUZIONARIO INTERNAZIONALE"; a.k.a. "CELLS AGAINST CAPITAL THE PRISON ITS JAILERS AND ITS CELLS"; a.k.a. "FAI/ANIMAL REVOLT"; a.k.a. "FAI/ARMED CELLS FOR INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/CELLS AGAINST CAPITA PRISON AND ITS JAILERS AND ITS CELLS"; a.k.a. "FAI/CRAFT COOPERATIVE FIRE AND SIMILAR/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/METROPOLITAN CELLS"; a.k.a. "FAI/NARODNAJA VOJLA"; a.k.a. "FAI/REVOLUTIONARY CELL LAMBROS FOUNTAS"; a.k.a. "FAI/REVOLUTIONARY NUCLEUS HORST FANTAZZINI"; a.k.a. "FAI/SISTERS IN ARMS MAURICIO MORALES NUCLEUS/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/TERRIBLE ANONYMOUS REVOLT";

a.k.a. "HARIS HATZIMIHELAKIS/INTERNATIONAL NERO"; a.k.a. "JULY 20 BRIGADE"; a.k.a. "JULY BRIGADE/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "SANTIAGO MALDONADO CELL"; a.k.a. "SANTIAGO MALDONADO CELL FAI-FRI"; a.k.a. "SORELLE IN ARMI, NUCLEO MAURICIO MORALES"), Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2003; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"CORNET OOO" (a.k.a. LIMITED LIABILITY COMPANY KORNET (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОРНЕТ)), d. 8 str. 16, ul. Eniseiskaya, Chelyabinsk 454010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7460000605 (Russia); Registration Number 1127460000898 (Russia) [RUSSIA-EO14024].

"COTTO" (a.k.a. FERNANDEZ FLAQUER, Kelvin Enrique), Dominican Republic; DOB 06 Dec 1977; POB Higuey, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 026-0088747-1 (Dominican Republic) (individual) [SDNTK] (Linked To: CESAR PERALTA DRUG TRAFFICKING ORGANIZATION).

"CPP" (a.k.a. COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. NEW PEOPLE'S ARMY; a.k.a. NEW PEOPLE'S ARMY / COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. NPA; a.k.a. "NPP/CPP"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"CREATIVE DIPLOMACY" (Cyrillic: "КРЕАТИВНАЯ ДИПЛОМАТИЯ") (a.k.a. CENTER FOR SUPPORT AND DEVELOPMENT OF PUBLIC INITIATIVE CREATIVE DIPLOMACY (Cyrillic: ЦЕНТР ПОДДЕРЖКИ И РАЗВИТИЯ ОБЩЕСТВЕННЫХ ИНИЦИАТИВ КРЕАТИВИАЯ ДИПЛОМАТИЯ); a.k.a. "PICREADI"; a.k.a. "PUBLIC INITIATIVE CREATIVE DIPLOMACY" (Cyrillic: "ОБЩЕСТВЕННЫХ ИНИЦИАТИВ КРЕАТИВНАЯ ДИПЛОМАТИЯ")), ul. Kuusinena, d. 11, korp. 1, Moscow 125252, Russia (Cyrillic: ул. Куусинена, д. 11, корп. 1, Москва 125252, Russia); Website picreadi.ru; alt. Website picreadi.com; Secondary sanctions

risk: See Section 11 of Executive Order 14024.; Organization Type: Activities of political organizations; Target Type Charity or Nonprofit Organization; Tax ID No. 7714400021 (Russia); Registration Number 1117799005587 (Russia) issued 2010 [RUSSIA-EO14024] (Linked To: BURLINOVA, Natalya Valeryevna).

"CRISM JSC" (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT SPETSIALNOGO MASHINOSTROENIIA; a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTRALNYJ NAUCHNO LSSLEDOVATELSKIJ LNSTITUT SPETSIALNOGO MASH; a.k.a. CENTRAL RESEARCH INSTITUTE FOR SPECIAL MACHINERY; a.k.a. JOINT STOCK COMPANY CENTRAL SCIENTIFIC RESEARCH INSTITUTE FOR SPECIAL MACHINE BUILDING; a.k.a. "AO TSNIISM"), 34 Zavodskaya St., Khotkovo 141371, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5042003203 (Russia); Registration Number 1025005330646 (Russia) [RUSSIA-EO14024].

"CROCODILE" (a.k.a. MNANGAGWA, Emmerson; a.k.a. MNANGAGWA, Emmerson Dambudzo), Munhumutapa Building, Corner of Second and Samora Machel Avenue, Harare, Zimbabwe; 1 Chancellor Avenue, Harare, Zimbabwe; DOB 15 Sep 1946; alt. DOB 15 Sep 1942; POB Zvishavane, Zimbabwe; nationality Zimbabwe; Gender Male; Passport AD005831 (Zimbabwe) issued 11 Jan 2018 expires 10 Jan 2028; alt. Passport AD006846 (Zimbabwe) issued 04 Feb 2020 expires 03 Feb 2025; National ID No. 63450183P67 (Zimbabwe); President of Zimbabwe (individual) [GLOMAG].

"cronuswar" (a.k.a. POTEKHIN, Danil (Cyrillic: ПОТЕХИН, Данил); a.k.a. "SERGEY, Kireev Valerievich"), Voronezh, Russia; DOB 14 Sep 1995; alt. DOB 14 Sep 1990; alt. DOB 08 Aug 1990; Email Address potekhinl4@bk.ru; Gender Male; Digital Currency Address - XBT 1Q9UAQbcDezmyouFrzt94t4dSMxgsUfW1X; alt. Digital Currency Address - XBT 1Kys8fqDen8NGFUJ6AFcXfFW5qquuTH4eh; Digital Currency Address - ETH 0x7F367cC41522cE07553e823bf3be79A889DEbe1B; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"CROOCK" (a.k.a. CANALES RIVERA, Elmer (Latin: CANALES RIVERA, Élmer); a.k.a. "CROOK"; a.k.a. "CRUCK"); DOB 26 Jan 1978; POB San Salvador, El Salvador; citizen El Salvador (individual) [TCO].

"CROOK" (a.k.a. CANALES RIVERA, Elmer (Latin: CANALES RIVERA, Élmer); a.k.a. "CROOCK"; a.k.a. "CRUCK"); DOB 26 Jan 1978; POB San Salvador, El Salvador; citizen El Salvador (individual) [TCO].

"CRUCK" (a.k.a. CANALES RIVERA, Elmer (Latin: CANALES RIVERA, Élmer); a.k.a. "CROOCK"; a.k.a. "CROOK"); DOB 26 Jan 1978; POB San Salvador, El Salvador; citizen El Salvador (individual) [TCO].

"CRUZITA" (a.k.a. SANCHEZ MEDRANO, Cruz (Latin: SÁNCHEZ MEDRANO, Cruz)), Genaro Estrada, Sinaloa, Sinaloa 81960, Mexico; DOB 01 Nov 1980; POB Sinaloa, Sinaloa, Mexico; citizen Mexico; Gender Female; R.F.C. SAMC790809JD5 (Mexico); C.U.R.P. SAMC801101MSLNDR06 (Mexico) (individual) [SDNTK] (Linked To: CRUZITA NOVEDADES; Linked To: DISPERSORA GAEL, S.A. DE C.V.; Linked To: COMERCIALIZADORA GAEL 4, S.A. DE C.V.; Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

"CRYPT" (a.k.a. GALOCHKIN, Maksim; a.k.a. "BENTLEY"; a.k.a. "VOLHVB"), Abakan, Russia; DOB 19 May 1982; nationality Russia; Email Address volhvb@mail.ru; alt. Email Address volhvb@live.ru; alt. Email Address volhvb@yandex.ru; alt. Email Address volhvb@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"CS IM EXPORT LIMITED" (a.k.a. SHENZHEN C S IM EXPORT LTD), Rm 60407 6/F Blk 1, Fantasia Mic Plaza, Nanhai Rd 1113-1115, Nanshan District, Shenzhen 518000, China; Room 1602, Building 2, Ganglong Fortune International Building, No. 99, Xiahe Road, Kunshan, Jiangsu Province, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 440301105890954 (China); Unified Social Credit Code (USCC) 914403005879007795 (China) [RUSSIA-EO14024].

"CSRL" (a.k.a. CARTEL DE SANTA ROSA DE LIMA; a.k.a. SANTA ROSA DE LIMA CARTEL), Mexico; Organization Established Date 2014; Target Type Criminal Organization [TCO].

"CTH" (a.k.a. CAPITAL TAP HOLDING L.L.C. (Arabic: كابيتال تاب القابضة ذ.م.م); a.k.a. "CAPITAL TAP"), Office 2602, U-Bora Towers, Business Bay, Dubai, United Arab Emirates; P.O. Box, 54116, Dubai, United Arab Emirates; Website www.capitaltap.com; Organization Established Date 12 Apr 2021; alt. Organization Established Date circa 2019; Organization Type: Trusts, funds and similar financial entities; License 947727 (United Arab Emirates); Registration Number 11651015 (United Arab Emirates) [SUDAN-EO14098].

"CTS SLRC" (a.k.a. CELULANDIA TALLER & STORE SAN LUIS SON; a.k.a. CELULANDIA TALLER & STORE SLRC; a.k.a. CELULANDIA TALLER AND STORE SAN LUIS SON; a.k.a. CELULANDIA TALLER AND STORE SLRC; a.k.a. "CELULANDIA_SLRC"; a.k.a. "CELULANDIASLRC"), San Luis Rio Colorado, Sonora, Mexico; Avenida Libertad y 14, Residencias, San Luis Rio Colorado, Sonora, Mexico; Avenida Obregon y 18, San Luis Rio Colorado, Sonora, Mexico; Website https://celulandiatallerstore.negocio.site/; Organization Established Date 19 Aug 2017; Organization Type: Retail sale of information and communications equipment in specialized stores; R.F.C. GAVJ870112DP3 (Mexico) [ILLICIT-DRUGS-EO14059] (Linked To: GARCIA VELAZCO, Jorge Alejandro; Linked To: GONZALEZ CORDERO, Mayra Gisel).

"CUC" (a.k.a. CHANGZHOU UTEK COMPOSITE COMPANY LTD), Fuhanyuan 1-812, New North District, Changzhou, Jiangsu 213022, China; Website utekcomposite.com; Organization Established Date 04 Jun 2012 [NPWMD].

"CUCHILLO" (a.k.a. GUERRERO CASTILLO, Pedro Oliveiro), Colombia; DOB 28 Feb 1970; POB San Martin, Meta, Colombia; Cedula No. 17355451 (Colombia) (individual) [SDNTK].

"Cucho" (a.k.a. RODRIGUEZ GARCIA, Abdon Federico; a.k.a. "Comandante Cucho"), Nuevo Laredo, Tamaulipas, Mexico; DOB 16 Jan 1984; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. ROGA840116HTSDRB06 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DEL NORESTE).

"CUCO" (a.k.a. VANOY MURILLO, Ramiro; a.k.a. VANOY RAMIREZ, Ramiro), Carrera 86 No. 13B-89, Apt. 302F, Cali, Colombia; DOB 31 Mar 1948; POB Yacopi, Cundinamarca, Colombia; nationality Colombia; citizen Colombia; Cedula No. 462653 (Colombia) (individual) [SDNT].

"Cura" (a.k.a. CASARRUBIA POSADA, Elkin; a.k.a. "Joaquin"), Colombia; DOB 15 Jun 1968; POB Arboletes, Antioquia, Colombia; nationality Colombia; Gender Male; Cedula No. 78702064

(Colombia) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: CLAN DEL GOLFO).

"CURRENCY TRANSFER EXCHANGE" (a.k.a. CTEX COMPANY FOR EXCHANGE S.A.L.; a.k.a. CTEX EXCHANGE), Ahmad Chawki Street, Beirut, Lebanon; Website www.ctexlb.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 2061281 (Lebanon) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

"D COMPANY" (a.k.a. DAWOOD IBRAHIM ORGANIZATION), India; Pakistan; United Arab Emirates [SDNTK].

"D.U.A.S.A." (a.k.a. DESARROLLO URBANISTICO DEL ATLANTICO, S.A.), Panama; RUC # 30564-13-239335 (Panama) [SDNTK].

"DA'AME" (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Taeme Abraham; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DHA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELE"; a.k.a. "MEKELLE"; a.k.a. "MEQELE"; a.k.a. "TESFALEN"; a.k.a. "TSEGAI"); DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

"DADR, Behnam" (a.k.a. CHEKOSARI, Sa'id Najafpur; a.k.a. NAJAFPUR, Behnam; a.k.a. NAJAFPUR, Sa'id; a.k.a. "SADR, Behnam"); DOB 1980; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"DAGLO, Abdelraheem" (a.k.a. DAGALO, Abdelrahim Hamdan; a.k.a. DAGLO MOUSA, Abdul Rahim Hamdan; a.k.a. DAGLO MUSA, Abdelrahim Hamdan), Khartoum, Sudan; DOB 01 Jan 1972; nationality Sudan; citizen Sudan; Gender Male (individual) [SUDAN-EO14098].

"DAGO, Hassan Mohamed" (a.k.a. DAQOU, Hassan; a.k.a. DAQOU, Hassan bin Muhammad; a.k.a. DAQOU, Hassan

Muhammed; a.k.a. DAQOU, Mohamed Hassan; a.k.a. DAQQOU, Hassan Muhammad (Arabic: حسن محمد دقو); a.k.a. DEQQO, Hassan Mohammed; a.k.a. "DAQU, Hassan"; a.k.a. "DUKKO, Hassan"), Tfail, Lebanon; DOB 01 Feb 1985; nationality Syria; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

"DAH DAH" (a.k.a. ESSAADI, Moussa Ben Amor Ben Ali; a.k.a. "ABDELRAHMMAN"; a.k.a. "BECHIR"), Via Milano n.108, Brescia, Italy; DOB 04 Dec 1964; POB Tabarka, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L335915 issued 08 Nov 1996 expires 07 Nov 2001 (individual) [SDGT].

"DAHHAK, Abu" (a.k.a. 'ALA'LAH, 'Ali Salih Husayn; a.k.a. AL-TABUKI, Ali Saleh Husain; a.k.a. AL-TABUKI, 'Ali Salih Husayn al-Dhahak; a.k.a. AL-YEMENI, Abu Dhahak; a.k.a. HUSAIN, Ali Saleh; a.k.a. 'ULA'LAH, 'Ali Salih Husayn); DOB circa 1970; POB al-Hudaydah, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Individual's height is 5 feet 9 inches. (individual) [SDGT].

"DAJANAH, Abu" (a.k.a. AL-SHIHABI, Usama Amin; a.k.a. AL-SHIHABI, Usamah Amin; a.k.a. AL-SHOUHABI, Ossama Amin), Lebanon; DOB 1971; alt. DOB 1970; alt. DOB 1972; nationality Palestinian; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"DAKA" (Cyrillic: "ДАКА") (a.k.a. DAVIDOVIC, Miodrag (Cyrillic: ДАВИДОВИЋ, Миодраг)), Montenegro; DOB 01 Mar 1957; POB Niksic, Montenegro; nationality Montenegro; Gender Male; Passport B38HP2825 (Montenegro) expires 26 Mar 2028 (individual) [BALKANS-EO14033].

"DAL ENERJI A.S." (a.k.a. DAL ENERJI MADENCILIK TURIZM SANAYI VE TICARET ANONIM SIRKETI), Saadet Ishani Blok, No: 28/102 Hobyar Mahallesi, Istanbul, Turkey; Website www.daltrd.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 22 Jul 2022; Tax ID No. 2670668338 (Turkey); Chamber of Commerce Number 1387299 (Turkey); Business Registration Number 394431 (Turkey); Central Registration System Number

0267-0668-3380-0010 (Turkey) [NPWMD] [IFSR] (Linked To: PISHGAM ELECTRONIC SAFEH COMPANY).

"DAMA" (a.k.a. DESIGN AND MANUFACTURE OF AIRCRAFT ENGINES; a.k.a. DESIGN AND MANUFACTURING OF AERO-ENGINE COMPANY (Arabic: شرکت طراحی و ساخت موتورهاي هوایی); a.k.a. IRANIAN TURBINE MANUFACTURING INDUSTRIES; a.k.a. TURBINE ENGINE MANUFACTURING CO.; f.k.a. TURBINE ENGINE MANUFACTURING PLANT; a.k.a. "SAMT"; f.k.a. "TEM"), Shishesh Mina Street, Karaj Special Road, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005160213 (Iran); Registration Number 22142 (Iran); alt. Registration Number 477457 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"DANIAL, Yousef" (a.k.a. AKBARI, Hosein; a.k.a. AKBARI, Hossein; a.k.a. AKBARI, Hosseyn), Tehran, Iran; DOB 17 Jun 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0042740721 (Iran) (individual) [NPWMD] [IFSR] (Linked To: RAH ROSHD INTERNATIONAL TRADE EXCHANGES DEVELOPMENT).

"DANIEL, Mohammad" (a.k.a. TAYLOR, Mark; a.k.a. TAYLOR, Mark John; a.k.a. "Abu Abdul Rahman"; a.k.a. "AL-RAHMAN, Mark John"; a.k.a. "DANIEL, Muhammad"), Raqqa, Syria; DOB 1972 to 1974; POB New Zealand; nationality New Zealand; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"DANIEL, Muhammad" (a.k.a. TAYLOR, Mark; a.k.a. TAYLOR, Mark John; a.k.a. "Abu Abdul Rahman"; a.k.a. "AL-RAHMAN, Mark John"; a.k.a. "DANIEL, Mohammad"), Raqqa, Syria; DOB 1972 to 1974; POB New Zealand; nationality New Zealand; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"DAQU, Hassan" (a.k.a. DAQOU, Hassan; a.k.a. DAQOU, Hassan bin Muhammad; a.k.a. DAQOU, Hassan Muhammed; a.k.a. DAQOU, Mohamed Hassan; a.k.a. DAQQOU, Hassan Muhammad (Arabic: حسن محمد دقو); a.k.a. DEQQO, Hassan Mohammed; a.k.a. "DAGO, Hassan Mohamed"; a.k.a. "DUKKO, Hassan"), Tfail, Lebanon; DOB 01 Feb 1985; nationality Syria; alt. nationality Lebanon; Gender Male;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

"DAR'A, Abu" (a.k.a. AL LAMI, Isma'il Hafiz; a.k.a. AL-LAMI, Ismail; a.k.a. AL-LAMI, Isma'il Hafith Abid 'Ali; a.k.a. AL-ZARGAWI, Ismai'il Hafuz; a.k.a. IZAJAWI, Ismail Hafeth; a.k.a. "DIRI, Abu"; a.k.a. "DURA, Abu"; a.k.a. "HAYDAR, Abu"), Sadr City, Baghdad, Iraq; Iran; DOB circa 1957; POB Baghdad, Iraq; citizen Iraq (individual) [IRAQ3].

"DART, LLC" (a.k.a. AIR ALANNA; a.k.a. DART AIRCOMPANY; a.k.a. DART AIRLINES; a.k.a. DART UKRAINIAN AIRLINES; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'DART'; a.k.a. "ALANNA"; a.k.a. "ALANNA LLC"; a.k.a. "DART, TOV"), 26a, Narodnogo Opolchenyia Street, Kiev 03151, Ukraine; Kv. 107, Bud. 15/2 Vul.Shuliavska, Kyiv 01054, Ukraine; Ave. Vozdukhoflostsky 90, Kiev 03036, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 252030326052 (Ukraine); Government Gazette Number 25203037 (Ukraine) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

"DART, TOV" (a.k.a. AIR ALANNA; a.k.a. DART AIRCOMPANY; a.k.a. DART AIRLINES; a.k.a. DART UKRAINIAN AIRLINES; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'DART'; a.k.a. "ALANNA"; a.k.a. "ALANNA LLC"; a.k.a. "DART, LLC"), 26a, Narodnogo Opolchenyia Street, Kiev 03151, Ukraine; Kv. 107, Bud. 15/2 Vul.Shuliavska, Kyiv 01054, Ukraine; Ave. Vozdukhoflostsky 90, Kiev 03036, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 252030326052 (Ukraine); Government Gazette Number 25203037 (Ukraine) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

"DARWESH, Arkan Mohammed Hussein" (a.k.a. MUHAMMADI, Omid; a.k.a. MUHAMMADI, Umid; a.k.a. MUHAMMADI, 'Umid 'Abd al-Majid Muhammad 'Aziz; a.k.a. "AL-KURDI, Abu Sulayman"; a.k.a. "AL-KURDI, 'Amid"; a.k.a. "AL-KURDI, Hamza"; a.k.a. "AL-KURDI, Umid"; a.k.a. "MARIVANI, Shahin"; a.k.a. "RAWANSARI, Shahin"); DOB 1967; nationality Syria; alt. nationality Iran; Additional Sanctions

Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ethnicity Kurdish (individual) [SDGT].

"DARWIN PLUS" (a.k.a. SHREEGEE IMPEX PRIVATE LIMITED), 45 Gandhi Nagar Garh Road, Meerut 250001, India; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. AAHCS2336R (India); Registration Number U17221UP2003PTC027553 (India) [RUSSIA-EO14024].

"DATA EAST" (a.k.a. DADEH AFZAR ARMAN; a.k.a. DATA PROCESSING OF EAST LLC), Tehran, Iran; Website https://daa.computer/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Mar 2015 to 19 Mar 2016; Organization Type: Other information technology and computer service activities [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

"Dato Sri" (a.k.a. CHING, Teo Boon), No. 65 Jalan Ledang, Taman Johor Tampoi, Johor Bahru, Johor 81200, Malaysia; DOB 24 Nov 1964; nationality Malaysia; Gender Male; National ID No. 641124015977 (Malaysia) (individual) [TCO] (Linked To: TEO BOON CHING WILDLIFE TRAFFICKING TRANSNATIONAL CRIMINAL ORGANIZATION).

"DAUD, Mahamud" (a.k.a. GABAANE, Maxamed Dauud; a.k.a. QAAWANE, Maxamed Daud; a.k.a. "DAUD, Maxamed"), Lower Shabelle, Somalia; DOB 1965; alt. DOB 1966; alt. DOB 1967; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"DAUD, Maxamed" (a.k.a. GABAANE, Maxamed Dauud; a.k.a. QAAWANE, Maxamed Daud; a.k.a. "DAUD, Mahamud"), Lower Shabelle, Somalia; DOB 1965; alt. DOB 1966; alt. DOB 1967; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"DAYAN GLOBAL" (a.k.a. DAYAN GLOBAL TRADE DIS TICARET ITHALAT IHRACAT SANAYI VE TICARET LIMITED SIRKETI),

Barbaros MH. Alzambak Sk. Varyap Meridian A Blk. Grand Tow. 2/354 Atasehir, Istanbul, Turkey; Gostep MAH, Istoc 3, CAD, SIT E Block Apt NO: 7 /51 Bagcilar, Istanbul, Turkey; Organization Established Date 20 Apr 2018; Commercial Registry Number 271136147400001 (Turkey) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

"D-BOY" (a.k.a. ROMERO GARCIA, Dany Balmore (Latin: ROMERO GARCÍA, Dany Balmore); a.k.a. "BIG BOY"), Pje. 6, Casa 11, Soyapango, San Salvador, El Salvador; DOB 26 Apr 1974; Identification Number 04237453-4 (El Salvador) (individual) [TCO] (Linked To: MS-13).

"DCB" (a.k.a. DAEDONG CREDIT BANK; a.k.a. DAE-DONG CREDIT BANK; a.k.a. TAEDONG CREDIT BANK), Suite 401, Potonggang Hotel, Ansan-Dong, Pyongchon District, Pyongyang, Korea, North; Ansan-dong, Botongang Hotel, Pongchon, Pyongyang, Korea, North; SWIFT/BIC DCBKKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

"DCT LTD" (a.k.a. LIMITED LIABILITY COMPANY DEPOSITARY AND CORPORATE TECHNOLOGIES), Ul. Stromynka D. 4, Korp. 1, Moscow 107014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7729520219 (Russia); Registration Number 1057746181272 (Russia) [RUSSIA-EO14024].

"DDM.LAB" (a.k.a. LIMITED LIABILITY COMPANY SOVREMENNOE OBORUDOVANIE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОВРЕМЕННОЕ ОБОРУДОВАНИЕ); a.k.a. "LIMITED LIABILITY COMPANY MODERN EQUIPMENT"), d. 1, ofis 804.4, ul. Vasilisy Kozhinoy, Moscow 121096, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7729391644 (Russia); Registration Number 1037739782057 (Russia) [RUSSIA-EO14024].

"DE GEETERE, Hmch" (a.k.a. DE GEETERE, Hans; a.k.a. DE GEETERE, Hans Maria Christiane Herve; a.k.a. "Dick Boss"), Paul Parmentierlaan 121, Knokke Heist 8300, Belgium; Nyckeesstraat 4, Knokke Heist 8300,

Belgium; DOB 20 Jun 1962; POB Deinze, Belgium; nationality Belgium; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport EN985009 (Belgium) expires 26 Jul 2023; National ID No. 592945001464 (Belgium) (individual) [RUSSIA-EO14024].

"DE KONING, Martijns" (a.k.a. DE KONING, Martinus Pterus Henri; a.k.a. DE KONING, Martinus Pterus Henrikus; a.k.a. "DE KONING, Mph"), Boxtel, Netherlands; DOB 07 Jan 1987; POB Netherlands; nationality Netherlands; Email Address mdk1987@hotmail.nl; Gender Male; Passport NNJ8FR670 (Netherlands) (individual) [ILLICIT-DRUGS-EO14059].

"DE KONING, Mph" (a.k.a. DE KONING, Martinus Pterus Henri; a.k.a. DE KONING, Martinus Pterus Henrikus; a.k.a. "DE KONING, Martijns"), Boxtel, Netherlands; DOB 07 Jan 1987; POB Netherlands; nationality Netherlands; Email Address mdk1987@hotmail.nl; Gender Male; Passport NNJ8FR670 (Netherlands) (individual) [ILLICIT-DRUGS-EO14059].

"DEDO" (a.k.a. NEMBHARD, Norris; a.k.a. NEMHARD, Norris; a.k.a. "DIDO"); DOB 05 Jan 1952; alt. DOB 05 Jan 1951; alt. DOB 12 May 1954; POB Jamaica (individual) [SDNTK].

"DEFENDER" (a.k.a. ZHUYKOV, Andrey; a.k.a. "DIF"), Sochi, Russia; Yekaterinburg, Russia; DOB 18 Feb 1982; nationality Russia; Email Address megaprof@gmail.com; alt. Email Address refflex@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"DEFENSE ENGINEERING, TOO" (a.k.a. DEFENS INZHINIRING; a.k.a. DEFENSE ENGINEERING LIMITED LIABILITY PARTNERSHIP (Cyrillic: ТОВАРИЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДЭФЭНС ИНЖИНИРИНГ)), Ul. Dinmukhamed Konaev 12/1, Sultan, Kazakhstan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 27 Nov 2018; Company Number 181140030924 (Kazakhstan) [DPRK] (Linked To: MKRTYCHEV, Ashot).

"DEFENSE INDUSTRIES CORPORATION" (a.k.a. DEFENSE INDUSTRIES SYSTEM; a.k.a. MILITARY INDUSTRY CORPORATION; a.k.a. "DEFENSE INDUSTRY SYSTEM"), Khartoum North, Khartoum 10783, Sudan; Organization Established Date 1993; Organization Type: Defense activities [SUDAN-EO14098].

"DEFENSE INDUSTRY SYSTEM" (a.k.a. DEFENSE INDUSTRIES SYSTEM; a.k.a. MILITARY INDUSTRY CORPORATION; a.k.a. "DEFENSE INDUSTRIES CORPORATION"), Khartoum North, Khartoum 10783, Sudan; Organization Established Date 1993; Organization Type: Defense activities [SUDAN-EO14098].

"DEFENSE INITIATIVES COMPANY" (a.k.a. LIMITED LIABILITY COMPANY OBORONNYE INITSIATIVY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОБОРОННЫЕ ИНИЦИАТИВЫ; Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ АБАРОННЫЯ ІНІЦЫЯТЫВЫ); a.k.a. OOO OBORONNYE INITSIATIVY (Cyrillic: ООО ОБОРОННЫЕ ИНИЦИАТИВЫ); a.k.a. TAA ABARONNYJA INITSYJATYVY (Cyrillic: ТАА АБАРОННЫЯ ІНІЦЫЯТЫВЫ)), Perehodnaya str. 64, building 3, office 5, Minsk 220070, Belarus (Cyrillic: ул. Переходная, д. 64 корпус 3, каб. 5, Минск 220070, Belarus); Registration Number 191288292 (Belarus) [BELARUS-EO14038].

"DEFENSE PRODUCTS INDUSTRIES" (a.k.a. DIRECTORATE OF DEFENSE INDUSTRIES; a.k.a. MINISTRY OF DEFENSE DIRECTORATE OF DEFENSE INDUSTRIES; a.k.a. MYANMA DEFENSE PRODUCTS INDUSTRY; a.k.a. MYANMAR DEFENSE PRODUCTS INDUSTRY; a.k.a. "KA PA SA"), Ministry of Defense, Shwedagon Pagoda Road, Rangoon, Burma; Target Type Government Entity [BURMA-EO14014].

"DELGADO RENTERIA, Victor Hugo" (a.k.a. CAZARIN MOLINA, Ivan; a.k.a. "EL TANQUE"), Mexico; DOB 15 Oct 1984; POB Veracruz, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAMI841015HVZZLV05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"DELGADO RENTERIA, Victor Hugo" (a.k.a. CAZARIN MOLINA, Cesar; a.k.a. "TORNADO"), Mexico; DOB 06 Feb 1980; POB Veracruz, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAMC800206HVZZLS07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"Demon" (a.k.a. CROMWELL, Mark; a.k.a. "Diamond"), Lot 40 Vigilance, East Coast Demerara, Guyana; Lot 10 Buxton, East Coast Demerara, Guyana; DOB 29 Mar 1982; POB Guyana; nationality Guyana; citizen Guyana; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

"Dena" (a.k.a. DEGTYARENKO, Denis Olegovich (Cyrillic: ДЕГТЯРЕНКО, Денис Олегович)), 130 Lenina Avenue, Novy Gorod microdistrict, Orsk, Orenburg Region, Russia; DOB 09 Oct 1989; nationality Russia; citizen Russia; Gender Male; Passport 5309876581 (Russia) (individual) [CYBER2].

"DENG, Gao" (a.k.a. ZHENG, Fujing (Chinese Simplified: 郑福景; Chinese Traditional: 鄭福景); a.k.a. "JIN, Gordon"; a.k.a. "ZHENG, Gordon"); DOB 11 Jun 1983; POB China; nationality China; citizen China; Email Address goldenchemical@live.com; alt. Email Address gordonzheng@qinvictory.com; alt. Email Address magicchemical@hotmail.com; alt. Email Address sales@globalrc.net; alt. Email Address 3507656950@qq.com; alt. Email Address zhengfujing@live.cn; Gender Male; Digital Currency Address - XBT 17ezuJoT3XBbdcwFZbkTnrXbup11F4uhiy; alt. Digital Currency Address - XBT 1DH2xDH7TngrDU6LXciprKCBKNcPA1xX8A; Passport G31920875 (China) issued 24 Oct 2008 expires 23 Oct 2018; Identification Number 310107198306111336 (China); Chinese Commercial Code 6774 4395 2529 (individual) [SDNTK].

"Denise Lee" (a.k.a. ARDAKANI HOSEIN, Gholamreza Ebrahimzadeh; a.k.a. ARDAKANI, Gholam Reza Ebrahimzadeh; a.k.a. ARDAKANI, Gholamreza Ebrahimzadeh), Iran; DOB 20 Aug 1992; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M34961597 (Iran) expires 27 Sep 2020; National ID No. 4440049443 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

"DEPARTMENT 30" (a.k.a. JOSON PAEKHO MUYOK HOESA; a.k.a. KOREA PAEKHO TRADING CORPORATION; a.k.a. KOREA PAEKHO TRADING CORPORATION, LTD.; a.k.a. PAEKHO ARTS TRADING COMPANY; a.k.a. PAEKHO CONSTRUCTION SARL; a.k.a. PAEKHO FINE ART CORPORATION; a.k.a. PAEKHO TRADING COMPANY; a.k.a. WHITE TIGER TRADING COMPANY; a.k.a. "KPTC"), Chongryu 3-dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea

Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

"DEPARTMENT 53" (a.k.a. DEPARTMENT 53 OF THE MINISTRY OF THE PEOPLE'S ARMED FORCES; a.k.a. KOREA PONGNAESAN TRADING CORPORATION (Korean: 조선봉래산무역회사); a.k.a. "BUREAU 53"), Pyongyang, Korea, North; Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

"DEPARTMENT OF FINANCIAL INVESTIGATIONS" (a.k.a. DEPARTAMENT FINANSAVYKH RASSLEDAVANNYAU KAMITETA DZYARZHAUNAHA KANTROLYU RESPUBLIKI BELARUS (Cyrillic: ДЭПАРТАМЕНТ ФІНАНСАВЫХ РАССЛЕДАВАННЯЎ КАМІТЭТА ДЗЯРЖАЎНАГА КАНТРОЛЮ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS (Cyrillic: ДЕПАРТАМЕНТ ФИНАНСОВЫХ РАССЛЕДОВАНИЙ КОМИТЕТА ГОСУДАРСТВЕННОГО КОНТРОЛЯ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. DFRKGK RB; a.k.a. FINANCIAL INVESTIGATIONS DEPARTMENT OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS; a.k.a. "DFR" (Cyrillic: "ДФР")), 17 Kalvariyskaya str., Minsk 220004, Belarus (Cyrillic: ул.Кальварийская, 17, г.Минск 220004, Belarus); Organization Established Date 14 Apr 1998; Target Type Government Entity; Tax ID No. 101463246 (Belarus) [BELARUS-EO14038].

"DEPOSITORY COMPANY REGION" (a.k.a. AKTSIONERNOE OBSHCHESTVO DEPOZITARNAYA KOMPANIYA REGION; a.k.a. AO DK REGION), Ul. Krymskii Val D. 3, Str. 2, Antresol 3, Pomeshch. I, Kom 32-57, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7708213619 (Russia); Registration Number 1037708002144 (Russia) [RUSSIA-EO14024].

"DERWISH, 'Ali" (a.k.a. AL-'AUJAYD, Abdullah Shuwar; a.k.a. AL-SHAWAGH, 'Ali Musa; a.k.a. AL-SHAWAKH, Ali al-Hamoud; a.k.a. AL-SHAWAKH, Ali Musa; a.k.a. AL-SHAWAKH, Muhammad 'Ali; a.k.a. AL-SHAWWAKH,

Ibrahim; a.k.a. "AL-HAMUD, 'Ali"; a.k.a. "AL-SAHL, Abu Luqman"; a.k.a. "AL-SURI, Abu Luqman"; a.k.a. "AWAS, Ali"; a.k.a. "AYYUB, Abu"; a.k.a. "HAMMUD, Ali"; a.k.a. "LUQMAN, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"DESIGN OFFICE VYMPEL" (a.k.a. DESIGN OFFICE FOR SHIPBUILDING VYMPEL; a.k.a. JOINT STOCK COMPANY DESIGN BUREAU FOR SHIP DESIGN VIMPEL; a.k.a. JOINT STOCK COMPANY DESIGN OFFICE FOR SHIPBUILDING VYMPEL; a.k.a. OPEN JOINT-STOCK COMPANY DESIGN OFFICE FOR SHIPBUILDING VYMPEL), 6 Nartov Str., Bldg.6, Nizhny Novgorod 603104, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 May 1993; Tax ID No. 5260001206 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

"DESTA" (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahman; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

"DEVOTEES OF ISLAM" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"DFR" (Cyrillic: "ДФР") (a.k.a. DEPARTAMENT FINANSAVYKH RASSLEDAVANNYAU KAMITETA DZYARZHAUNAHA KANTROLYU

RESPUBLIKI BELARUS (Cyrillic: ДЭПАРТАМЕНТ ФІНАНСАВЫХ РАССЛЕДАВАННЯЎ КАМІТЭТА ДЗЯРЖАЎНАГА КАНТРОЛЮ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS (Cyrillic: ДЕПАРТАМЕНТ ФИНАНСОВЫХ РАССЛЕДОВАНИЙ КОМИТЕТА ГОСУДАРСТВЕННОГО КОНТРОЛЯ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. DFRKGK RB; a.k.a. FINANCIAL INVESTIGATIONS DEPARTMENT OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS; a.k.a. "DEPARTMENT OF FINANCIAL INVESTIGATIONS"), 17 Kalvariyskaya str., Minsk 220004, Belarus (Cyrillic: ул.Кальварийская, 17, г.Минск 220004, Belarus); Organization Established Date 14 Apr 1998; Target Type Government Entity; Tax ID No. 101463246 (Belarus) [BELARUS-EO14038].

"DGC" (a.k.a. DYNASTY GROUP OF COMPANIES; a.k.a. DYNASTY INTERNATIONAL COMPANY LIMITED; a.k.a. "DYNASTY INTERNATIONAL"), Waizayandar Road, No.15, Ngwe Kyar Yan Quarter, South Okkalapa Township, Yangon Region, Burma; Registration Number 100720744 (Burma) issued 27 Feb 1997 [BURMA-EO14014] (Linked To: MYINT, Aung Moe).

"DHA'AME" (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Taeme Abraham; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELE"; a.k.a. "MEKELLE"; a.k.a. "MEQELE"; a.k.a. "TESFALEN"; a.k.a. "TSEGAI"); DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

"DHAR, Abu" (a.k.a. DHAR, Siddartha; a.k.a. DHAR, Siddhartha; a.k.a. "AL BRITANI, Abu Rumaysah"; a.k.a. "ISLAM, Saiful"; a.k.a. "RUMAYSAH, Abu"; a.k.a. "SID, Jihadi"), Syria; Iraq; DOB 24 Jun 1983; POB Edmonton, London, United Kingdom; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"DHEERE, Ali" (a.k.a. RAGE, Ali Mohamed; a.k.a. RAGE, Ali Mohammed; a.k.a. "DHERE, Ali"), Somalia; DOB 1966; POB Hawlwadag District, Mogadishu, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"DHEERE, Liban" (a.k.a. MOHAMED, Liban Yusuf; a.k.a. MOHAMED, Liibaan Yousuf), Puntland, Somalia; Yaqshid District, Mogadishu, Somalia; DOB 1978; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"DHERE, Ali" (a.k.a. RAGE, Ali Mohamed; a.k.a. RAGE, Ali Mohammed; a.k.a. "DHEERE, Ali"), Somalia; DOB 1966; POB Hawlwadag District, Mogadishu, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"DHOFAYE" (a.k.a. CUMAR, Cabdi Maxamed; a.k.a. CUMAR, Cabdiraxman Maxamed; a.k.a. DHUFAAYE, Cabdi Muhammad; a.k.a. OMAR, Abdirahman Mohamed; a.k.a. "DHOOFAYE"; a.k.a. "OMAR, Abdi Mohamed"), Bosaso, Somalia; DOB 1962; POB Bosaso, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"DHOOFAYE" (a.k.a. CUMAR, Cabdi Maxamed; a.k.a. CUMAR, Cabdiraxman Maxamed; a.k.a. DHUFAAYE, Cabdi Muhammad; a.k.a. OMAR, Abdirahman Mohamed; a.k.a. "DHOOFAYE"; a.k.a. "OMAR, Abdi Mohamed"), Bosaso, Somalia; DOB 1962; POB Bosaso, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"Dhual" (a.k.a. DUAL, Simon Gatwec; a.k.a. DUAL, Simon Gatwech; a.k.a. DUAL, Simon Gatwich; a.k.a. DUAL, Simon Getwech; a.k.a. GARWICH, Simon; a.k.a. GATWEACH, Simon; a.k.a. GATWECH, Simon; a.k.a. GATWICK, Simon; a.k.a. "General Gaduel"), Jonglei State, South Sudan; DOB 1953; POB Akobo, Jonglei State, South Sudan; alt. POB Akobo, Jonglei State, Sudan; alt. POB Uror County, Jonglei State, South Sudan; alt. POB Uror County, Jonglei State, Sudan; SPLA in Opposition Chief of General Staff; Major General (individual) [SOUTH SUDAN].

"Diablo" (a.k.a. ARIAS MONGE, Alejandro), Limon, Costa Rica; DOB 19 Sep 1984; POB Guapiles Pococi, Limon, Costa Rica; nationality Costa Rica; Gender Male; Cedula No. 701600166 (Costa Rica) (individual) [ILLICIT-DRUGS-EO14059].

"DIALOG REGIONY" (a.k.a. ANO DIALOG REGIONS (Cyrillic: АНО ДИАЛОГ РЕГИОНЫ); a.k.a. AUTONOMOUS NON-PROFIT ORGANIZATION DIALOG REGIONS (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ДИАЛОГ РЕГИОНЫ); a.k.a. AUTONOMOUS NON-PROFIT ORGANIZATION FOR THE DEVELOPMENT OF DIGITAL PROJECTS IN THE FIELD OF PUBLIC RELATIONS AND COMMUNICATIONS DIALOG REGIONS (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ПО РАЗВИТИЮ ЦИФРОВЫХ ПРОЕКТОВ В СФЕРЕ ОБЩЕСТВЕННЫХ СВЯЗЕЙ И КОММУНИКАЦИЙ ДИАЛОГ РЕГИОНЫ); a.k.a. AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA PO RAZVITIYU TSIFROVYKH PROEKTOV V SFERE OBSHCHESTEVENNYKH SVYAZEI I KOMMUNIKATSII DIALOG REGIONY; a.k.a. "DIALOGUE"; a.k.a. "DIALOGUE REGIONS"), Ul. Timura Frunze, D. 11, Str. 1, Floor 1, Pomeshch. I, Kom. 2, Moscow 119021, Russia; Website www.dialog.info; alt. Website www.dialog-regions.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jul 2020; Tax ID No. 9709063550 (Russia); Business Registration Number 1207700248030 (Russia) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NON-PROFIT ORGANIZATION DIALOG).

"DIALOG" (Cyrillic: "ДИАЛОГ") (a.k.a. ANO DIALOG (Cyrillic: АНО ДИАЛОГ); a.k.a. AUTONOMOUS NON-PROFIT ORGANIZATION DIALOG (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ДИАЛОГ); a.k.a. AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA PO RAZVITIYU TSIFROVYKH PROEKTOV V SFERE OBSHCHESTVENNYKH SVYAZEI I KOMMUNIKATSII DIALOG; a.k.a. NON-PROFIT ORGANIZATION FOR THE DEVELOPMENT OF DIGITAL PROJECTS IN THE FIELD OF PUBLIC RELATIONS AND COMMUNICATIONS DIALOG (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ПО РАЗВИТИЮ ЦИФРОВЫХ ПРОЕКТОВ В СФЕРЕ ОБЩЕСТВЕННЫХ СВЯЗЕЙ И КОММУНИКАЦИЙ ДИАЛОГ); a.k.a. "DIALOGUE"), Ul. Timura Frunze, D. 11, Str. 1, Floor 1, Pomeshch. VI Kom. 14, Moscow 119021, Russia; Website www.anodialog.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Nov 2019; Tax ID No. 9709056472 (Russia); Business Registration Number 1197700016414 (Russia) [RUSSIA-EO14024].

"DIALOGUE REGIONS" (a.k.a. ANO DIALOG REGIONS (Cyrillic: АНО ДИАЛОГ РЕГИОНЫ); a.k.a. AUTONOMOUS NON-PROFIT ORGANIZATION DIALOG REGIONS (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ДИАЛОГ РЕГИОНЫ); a.k.a. AUTONOMOUS NON-PROFIT ORGANIZATION FOR THE DEVELOPMENT OF DIGITAL PROJECTS IN THE FIELD OF PUBLIC RELATIONS AND COMMUNICATIONS DIALOG REGIONS (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ПО РАЗВИТИЮ ЦИФРОВЫХ ПРОЕКТОВ В СФЕРЕ ОБЩЕСТВЕННЫХ СВЯЗЕЙ И КОММУНИКАЦИЙ ДИАЛОГ РЕГИОНЫ); a.k.a. AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA PO RAZVITIYU TSIFROVYKH PROEKTOV V SFERE OBSHCHESTEVENNYKH SVYAZEI I KOMMUNIKATSII DIALOG REGIONY; a.k.a. "DIALOG REGIONY"; a.k.a. "DIALOGUE"), Ul. Timura Frunze, D. 11, Str. 1, Floor 1, Pomeshch. I, Kom. 2, Moscow 119021, Russia; Website www.dialog.info; alt. Website www.dialog-regions.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jul 2020; Tax ID No. 9709063550 (Russia); Business Registration Number 1207700248030 (Russia) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NON-PROFIT ORGANIZATION DIALOG).

"DIALOGUE" (a.k.a. ANO DIALOG (Cyrillic: АНО ДИАЛОГ); a.k.a. AUTONOMOUS NON-PROFIT ORGANIZATION DIALOG (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ДИАЛОГ); a.k.a. AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA PO RAZVITIYU

TSIFROVYKH PROEKTOV V SFERE OBSHCHESTVENNYKH SVYAZEI I KOMMUNIKATSII DIALOG; a.k.a. NON-PROFIT ORGANIZATION FOR THE DEVELOPMENT OF DIGITAL PROJECTS IN THE FIELD OF PUBLIC RELATIONS AND COMMUNICATIONS DIALOG (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ПО РАЗВИТИЮ ЦИФРОВЫХ ПРОЕКТОВ В СФЕРЕ ОБЩЕСТВЕННЫХ СВЯЗЕЙ И КОММУНИКАЦИЙ ДИАЛОГ); a.k.a. "DIALOG" (Cyrillic: "ДИАЛОГ")), Ul. Timura Frunze, D. 11, Str. 1, Floor 1, Pomeshch. VI Kom. 14, Moscow 119021, Russia; Website www.anodialog.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Nov 2019; Tax ID No. 9709056472 (Russia); Business Registration Number 1197700016414 (Russia) [RUSSIA-EO14024].

"DIALOGUE" (a.k.a. ANO DIALOG REGIONS (Cyrillic: АНО ДИАЛОГ РЕГИОНЫ); a.k.a. AUTONOMOUS NON-PROFIT ORGANIZATION DIALOG REGIONS (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ДИАЛОГ РЕГИОНЫ); a.k.a. AUTONOMOUS NON-PROFIT ORGANIZATION FOR THE DEVELOPMENT OF DIGITAL PROJECTS IN THE FIELD OF PUBLIC RELATIONS AND COMMUNICATIONS DIALOG REGIONS (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ПО РАЗВИТИЮ ЦИФРОВЫХ ПРОЕКТОВ В СФЕРЕ ОБЩЕСТВЕННЫХ СВЯЗЕЙ И КОММУНИКАЦИЙ ДИАЛОГ РЕГИОНЫ); a.k.a. AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA PO RAZVITIYU TSIFROVYKH PROEKTOV V SFERE OBSHCHESTEVENNYKH SVYAZEI I KOMMUNIKATSII DIALOG REGIONY; a.k.a. "DIALOG REGIONY"; a.k.a. "DIALOGUE REGIONS"), Ul. Timura Frunze, D. 11, Str. 1, Floor 1, Pomeshch. I, Kom. 2, Moscow 119021, Russia; Website www.dialog.info; alt. Website www.dialog-regions.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Jul 2020; Tax ID No. 9709063550 (Russia); Business Registration Number 1207700248030 (Russia) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NON-PROFIT ORGANIZATION DIALOG).

"Diamond" (a.k.a. CROMWELL, Mark; a.k.a. "Demon"), Lot 40 Vigilance, East Coast Demerara, Guyana; Lot 10 Buxton, East Coast Demerara, Guyana; DOB 29 Mar 1982; POB Guyana; nationality Guyana; citizen Guyana; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

"Dick Boss" (a.k.a. DE GEETERE, Hans; a.k.a. DE GEETERE, Hans Maria Christiane Herve; a.k.a. "DE GEETERE, Hmch"), Paul Parmentierlaan 121, Knokke Heist 8300, Belgium; Nyckeesstraat 4, Knokke Heist 8300, Belgium; DOB 20 Jun 1962; POB Deinze, Belgium; nationality Belgium; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport EN985009 (Belgium) expires 26 Jul 2023; National ID No. 592945001464 (Belgium) (individual) [RUSSIA-EO14024].

"DIDO" (a.k.a. NEMBHARD, Norris; a.k.a. NEMHARD, Norris; a.k.a. "DEDO"); DOB 05 Jan 1952; alt. DOB 05 Jan 1951; alt. DOB 12 May 1954; POB Jamaica (individual) [SDNTK].

"DIEGO CHAMIZO" (a.k.a. MUNOZ AGUDELO, Diego Alberto); DOB 16 May 1969; POB Medellin, Colombia; citizen Colombia; Cedula No. 98547065 (Colombia) (individual) [SDNTK].

"DIEGO RASTROJO" (a.k.a. PEREZ HENAO, Diego; a.k.a. VILLEGAS GOMEZ, Diego); DOB 07 Apr 1971; POB Bolivar, Valle de Cauca, Colombia; nationality Colombia; citizen Colombia; Cedula No. 94369359 (Colombia); Passport AI729787 (Colombia) (individual) [SDNTK] (Linked To: LOS RASTROJOS).

"DIF" (a.k.a. ZHUYKOV, Andrey; a.k.a. "DEFENDER"), Sochi, Russia; Yekaterinburg, Russia; DOB 18 Feb 1982; nationality Russia; Email Address megaprof@gmail.com; alt. Email Address refflex@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"DIGITAL COMPLIANCE" (a.k.a. DIDZHITAL KOMPLAENS, OOO), Ul. Krasnogo Kursanta D. 25, Lit. Zh,, Pomeshch. 186, Saint Petersburg 197198, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 May 2015; Tax ID No. 7802524178 (Russia); Business Registration Number 1157847182217 (Russia) [RUSSIA-EO14024].

"DIGITAL SECURITY SERVICES" (a.k.a. DIDZHITAL SEKYURITI SERVISIS, OOO), Ul. Krasnogo Kursanta D. 25, Lit Zh, Pomeshch 174, Saint Petersburg 197198, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Mar 2006; Tax ID No. 7802348564 (Russia); Business Registration Number 1067847503811 (Russia) [RUSSIA-EO14024].

"DIGITAL TECHNOLOGIES LLC" (a.k.a. LIMITED LIABILITY COMPANY DIGITAL TECHNOLOGIES; a.k.a. TSIFROVYE TEKHNOLOGII), 19 Vavilova Street, Moscow 117312, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736252313 (Russia); Registration Number 1157746819966 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

"DINO" (a.k.a. FRAGOSO DO NASCIMENTO, Leopoldino), Luanda, Angola; DOB 05 Jun 1963; POB Luanda, Angola; nationality Angola; Gender Male; Passport N1999980 (Angola) expires 08 Apr 2036 (individual) [GLOMAG].

"DIOS Y CIEGO" (a.k.a. AGUINO ARBOLEDA, Onofre Junior (Latin: AGUIÑO ARBOLEDA, Onofre Junior)), Colombia; DOB 16 Sep 1989; POB Tumaco, Narino, Colombia; Gender Male; Cedula No. 1087132209 (Colombia) (individual) [SDNTK].

"DIRECTORATE OF DEFENSE PROCUREMENT" (a.k.a. DIRECTORATE OF PROCUREMENT OF THE COMMANDER-IN-CHIEF OF DEFENSE SERVICES ARMY; a.k.a. DIRECTORATE OF PROCUREMENT, OFFICE OF THE COMMANDER-IN-CHIEF ARMY, THE REPUBLIC OF THE UNION OF MYANMAR; a.k.a. MYANMAR DIRECTORATE OF PROCUREMENT; a.k.a. "DIRECTORATE OF PROCUREMENT"), Nay Pyi Taw City, Burma; Target Type Government Entity [BURMA-EO14014].

"DIRECTORATE OF PROCUREMENT" (a.k.a. DIRECTORATE OF PROCUREMENT OF THE COMMANDER-IN-CHIEF OF DEFENSE SERVICES ARMY; a.k.a. DIRECTORATE OF PROCUREMENT, OFFICE OF THE COMMANDER-IN-CHIEF ARMY, THE REPUBLIC OF THE UNION OF MYANMAR; a.k.a. MYANMAR DIRECTORATE OF PROCUREMENT; a.k.a. "DIRECTORATE OF DEFENSE PROCUREMENT"), Nay Pyi Taw City, Burma; Target Type Government Entity [BURMA-EO14014].

"DIRI, Abu" (a.k.a. AL LAMI, Isma'il Hafiz; a.k.a. AL-LAMI, Ismail; a.k.a. AL-LAMI, Isma'il Hafith Abid 'Ali; a.k.a. AL-ZARGAWI, Ismai'il Hafuz; a.k.a. IZAJAWI, Ismail Hafeth; a.k.a. "DAR'A,

Abu"; a.k.a. "DURA, Abu"; a.k.a. "HAYDAR, Abu"), Sadr City, Baghdad, Iraq; Iran; DOB circa 1957; POB Baghdad, Iraq; citizen Iraq (individual) [IRAQ3].

"DIRIYE, Abu" (a.k.a. ABDIKARIM, Sheikh Mahad Omar; a.k.a. ABU UBAIDAH, Ahmad Umar; a.k.a. ABU UBAIDAH, Ahmed Omar; a.k.a. ABU UBAIDAH, Sheikh Ahmad Umar; a.k.a. ABU UBAIDAH, Sheikh Ahmed Umar; a.k.a. ABU UBAIDAHA, Sheikh Omar; a.k.a. DIRIYE, Ahmed; a.k.a. DIRIYE, Mahad; a.k.a. UMAR, Sheikh Ahmed; a.k.a. "UBAIDAH, Abu"; a.k.a. "UMAR, Ahmad"), Somalia; DOB 1972; POB Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"DISCOTECA MAIQUETIA VIP" (a.k.a. MAIQUETIA VIP; a.k.a. MAIQUETIA VIP BAR RESTAURANT), Cl. 17 Sur #16-54, Bogota, Colombia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 17 Dec 2020; Organization Type: Beverage serving activities; Matricula Mercantil No 3319256 (Colombia) [SDGT] [TCO] (Linked To: LANDAETA HERNANDEZ, Eryk Manuel).

"DISPLAY COMPONENT" (a.k.a. AKTSIONERNOE OBSHCHESTVO DISPLEI KOMPONENT), ul. Babushkina d. 7, floor 2, pomeshch. 9, Smolensk 214031, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6731073742 (Russia); Registration Number 1096731002378 (Russia) [RUSSIA-EO14024].

"DISTRIBUTED REGISTRY SYSTEMS" (a.k.a. DISTRIBUTED LEDGER SYSTEMS LLC; a.k.a. LIMITED LIABILITY COMPANY DISTRIBUTED LEDGER TECHNOLOGY; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SISTEMY RASPREDELENNOGO REYESTRA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИСТЕМЫ РАСПРЕДЕЛЕННОГО РЕЕСТРА); a.k.a. "MASTERCHAIN"), Ul. Kompozitorskaya D. 17, Et./Pom.7/I, Kom. 11-17, Moscow 121099, Russia; Website https://www.masterchain.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 May 2021; Tax ID No. 9704063885 (Russia) [RUSSIA-EO14024].

"DIV. 66" (a.k.a. 66TH LIGHT INFANTRY DIVISION; a.k.a. LIGHT INFANTRY DIVISION 66; a.k.a. "66 LID"; a.k.a. "#66 DIVISION"; a.k.a. "LID 66"), Pyay Township, Bago Region, Burma; Target Type Government Entity [BURMA-EO14014].

"DIWM" (a.k.a. DAWLATUL ISLAMIYAH WALIYATUL MASRIK; a.k.a. DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ; a.k.a. IS EAST ASIA DIVISION; a.k.a. IS PHILIPPINES; a.k.a. ISIL IN THE PHILIPPINES; a.k.a. ISIL PHILIPPINES; a.k.a. ISIS BRANCH IN THE PHILIPPINES; a.k.a. ISIS IN THE PHILIPPINES; a.k.a. ISIS PHILIPPINE PROVINCE; a.k.a. ISIS-PHILIPPINES; a.k.a. ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA; a.k.a. ISLAMIC STATE IN THE PHILIPPINES; a.k.a. "ISP"), Basilan, Philippines; Lanao del Sur Province, Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"DJAAFAR ABOU MOHAMED" (a.k.a. NAIL, Taleb; a.k.a. NAIL, Tayeb; a.k.a. OULD ALI, Mohamed Ould Ahmed; a.k.a. "ABOU MOUHADJI"); DOB circa 1972; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"DJAFFAR" (a.k.a. FETTAR, Rachid; a.k.a. "AMINE DEL BELGIO"), Via degli Apuli n.5, Milan, Italy; DOB 16 Apr 1969; POB Boulogin, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"DJALLAL" (a.k.a. ABOU SALMAN; a.k.a. AL-CHERIF, Said Ben Abdelhakim Ben Omar; a.k.a. BEN ABDELHAKIM, Cherif Said; a.k.a. "YOUCEF"), Corso Lodi 59, Milan, Italy; DOB 25 Jan 1970; POB Menzel Temine, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M307968 issued 08 Sep 2001 expires 07 Sep 2006; arrested 30 Sep 2002 (individual) [SDGT].

"DJANET, el Hadj Hama" (a.k.a. BANA, Hama; a.k.a. HAMANI, Hamma; a.k.a. HAMANI, Mohammed); DOB 1967; POB Illizi, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [LIBYA3] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"DJOLAIBA THE SUDANESE" (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed;

a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Aboufsian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BC166787 (Canada) (individual) [SDGT].

"DKBA 5" (a.k.a. DEMOCRATIC KAREN BENEVOLENT ARMY; a.k.a. DEMOCRATIC KAREN BUDDHIST ARMY; a.k.a. DEMOCRATIC KAREN BUDDHIST ARMY BRIGADE 5; a.k.a. KALOH HTOO BAW ARMED GROUP; a.k.a. KAREN KLO HTOO BAW ORGANIZATION; a.k.a. KLO HTOO BAW BATTALION; a.k.a. "DKBA"; a.k.a. "KKO"), Sone See Myaing Village, Myawaddy, Karen State, Burma; Organization Established Date 08 Nov 2010; Target Type Armed Group [BURMA-EO14014] [CYBER4].

"DKBA" (a.k.a. DEMOCRATIC KAREN BENEVOLENT ARMY; a.k.a. DEMOCRATIC KAREN BUDDHIST ARMY; a.k.a. DEMOCRATIC KAREN BUDDHIST ARMY BRIGADE 5; a.k.a. KALOH HTOO BAW ARMED GROUP; a.k.a. KAREN KLO HTOO BAW ORGANIZATION; a.k.a. KLO HTOO BAW BATTALION; a.k.a. "DKBA 5"; a.k.a. "KKO"), Sone See Myaing Village, Myawaddy, Karen State, Burma; Organization Established Date 08 Nov 2010; Target Type Armed Group [BURMA-EO14014] [CYBER4].

"DM, LLC" (a.k.a. LIMITED LIABILITY COMPANY DM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ДМ")), 4-N-3/413, CH.P./Ofis, Liter A, 6B, Ul. Tallinskaya, St. Petersburg 195196, Russia; House 6, Litera A, Office 302, Tallinskaya Street, St. Petersburg City 195196, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Nov 2017; Organization Type: Non-specialized wholesale trade; Tax ID No. 7806293796 (Russia); Registration Number 781434142955 (Russia) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

"DMC" (a.k.a. DAMAVAND MINING (Arabic: معدنی داماوند); a.k.a. DAMAVAND MINING

PUBLIC JOINT STOCK COMPANY), No 2 Dr Beheshti Avenue, Pakistan Street, Tehran 1531635511, Iran; 1, 2nd Alley, Pakistan Street, Dr Beheshti Avenue, Tehran, Iran; Website www.damavandmining.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100924838 (Iran); Registration Number 47269 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

"DMNG AO" (Cyrillic: "ДМНГ АО") (a.k.a. DALMORNEFTEGEOFIZIKA AO (Cyrillic: ДАЛЬМОРНЕФТЕГЕОФИЗИКА АО)), Prospekt Mira, 426, Iuzhno Sakhalinsk 693004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6501146467 (Russia); Registration Number 1036500625677 (Russia) [RUSSIA-EO14024].

"DNP S.A." (a.k.a. DISTRIBUIDORA NICARAGUENSE DE PETROLEO, S.A.; a.k.a. DNP PETRONIC; a.k.a. DNP-PETRONIC; a.k.a. NICARAGUAN PETROLEUM DISTRIBUTOR; a.k.a. "DNP"), Ofiplaza El Retiro Edificio 8, Segundo Piso, Managua, Nicaragua; Rotonda El Gueguense 2, Managua, Nicaragua; Website http://www.dnppetronic.com.ni; Email Address dnp@dnp.com.ni; RUC # J0310000005010 (Nicaragua) [NICARAGUA].

"DNP" (a.k.a. DISTRIBUIDORA NICARAGUENSE DE PETROLEO, S.A.; a.k.a. DNP PETRONIC; a.k.a. DNP-PETRONIC; a.k.a. NICARAGUAN PETROLEUM DISTRIBUTOR; a.k.a. "DNP S.A."), Ofiplaza El Retiro Edificio 8, Segundo Piso, Managua, Nicaragua; Rotonda El Gueguense 2, Managua, Nicaragua; Website http://www.dnppetronic.com.ni; Email Address dnp@dnp.com.ni; RUC # J0310000005010 (Nicaragua) [NICARAGUA].

"Doble R" (a.k.a. RUIZ VELASCO, Ricardo; a.k.a. "El RR"; a.k.a. "El Tripa"), Mexico; DOB 13 Sep 1984; POB Jalisco, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. RUVR840913HJCZLC06 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"DOCKRAT, F." (a.k.a. DOCKRAT, Ahmed; a.k.a. DOCKRAT, Farhaad; a.k.a. DOCKRAT, Farhaad Ahmed; a.k.a. DOCKRAT, Farhad; a.k.a. DOCKRAT, Farhad Ahmad; a.k.a. DOCKRAT, Farhad Ahmed; a.k.a. DOCKRAT,

Maulana Farhad; a.k.a. DOCRATE, Farhad), 386 Swanepoel Street, Erasmia, Pretoria, South Africa; DOB 28 Feb 1959; POB Pretoria, South Africa; nationality South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 446333407 (South Africa) expires 26 May 2014; National ID No. 5902285162089/055 (South Africa) (individual) [SDGT].

"DOCKRAT, J. I." (a.k.a. DOCKRAT, Junaid; a.k.a. DOCKRAT, Junaid Ismail; a.k.a. DOCRATE, Junaid; a.k.a. "AHMED, DR."), Johannesburg, South Africa; 71 Fifth Avenue, Mayfair 2108, South Africa; P.O. Box 42928, Fordsburg 2033, South Africa; DOB 16 Mar 1971; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 7103165178083 (South Africa) (individual) [SDGT].

"DOCTOR M.R.O." (a.k.a. RODRIGUEZ OREJUELA, Miguel Angel; a.k.a. "EL SENOR"; a.k.a. "MANOLO"; a.k.a. "MANUEL"; a.k.a. "MAURO"; a.k.a. "MIKE"; a.k.a. "PAT"; a.k.a. "PATRICIA"; a.k.a. "PATRICIO"; a.k.a. "PATTY"), Casa No. 19, Avenida Lago, Ciudad Jardin, Cali, Colombia; DOB 23 Nov 1943; alt. DOB 15 Jul 1943; Cedula No. 6095803 (Colombia) (individual) [SDNT].

"DOCTOR" (a.k.a. HADI, Abdul); DOB 01 Oct 1979; POB Nawzad District of Helmand Province; citizen Afghanistan (individual) [SDNTK].

"DOLLY BELL" (a.k.a. DOLLY BELL DOO BEOGRAD-NOVI BEOGRAD), Partizanske Avijacije 4/III, Belgrade 11000, Serbia; Organization Established Date 12 May 2015; V.A.T. Number 108981819 (Serbia) [GLOMAG] (Linked To: INKOP DOO CUPRIJA).

"DON ALFREDO" (a.k.a. BAZAN OROZCO, Alberto; a.k.a. VASQUES HERNANDEZ, Alfredo; a.k.a. VASQUEZ HERNANDEZ, Alfredo; a.k.a. VAZQUEZ HERNANDEZ, Alfredo; a.k.a. "ALFREDO COMPADRE"), Manuel Clouthier #486, Colonia Prados Vallarta, Guadalajara, Jalisco, Mexico; Plaza Del Sol Local #28, Zona R, Guadalajara, Jalisco, Mexico; Paseo Del Heliotropo 3426, Monraz, Guadalajara, Jalisco, Mexico; DOB 09 Aug 1955; POB Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 02140193905 (Mexico); alt. Passport 97140107075 (Mexico); C.U.R.P. VAHA550809HJCZRL02 (Mexico) (individual) [SDNTK].

"DON BERNA" (a.k.a. MURILLO BEJARANO, Diego Fernando; a.k.a. "ADOLFO PAZ"); DOB 23 Feb 1961; Cedula No. 16357144 (Colombia) (individual) [SDNTK].

"DON DAVID" (a.k.a. CAMPBELL LICONA, David Elias; a.k.a. PEREZ PAZ, Jorge Eduardo; a.k.a. "CAMPBELL, David"; a.k.a. "VIEJO DAN"), Nicaragua; DOB 18 Mar 1967; alt. DOB 20 Oct 1967; alt. DOB 02 Jan 1964; POB San Pedro Sula, Honduras; nationality Honduras; Gender Male; Numero de Identidad 0501-1967-02094 (Honduras) (individual) [TCO] (Linked To: MS-13).

"DON EVARISTO" (a.k.a. LINARES CASTILLO, Jose Evaristo); DOB 27 Jul 1965; POB Restrepo, Meta, Colombia; Cedula No. 3273595 (Colombia) (individual) [SDNTK].

"DON GABRIEL" (a.k.a. CARTAGENA BENITEZ, Octavio; a.k.a. "GABRIEL PARACO"); DOB 18 Oct 1956; POB Urrao, Antioquia, Colombia; Cedula No. 15481237 (Colombia) (individual) [SDNTK].

"DON JULIO" (a.k.a. FERNANDEZ VALENCIA, Guadalupe; a.k.a. FERNANDEZ VALENCIA, Ma. Guadalupe; a.k.a. FERNANDEZ VALENCIA, Maria Guadalupe; a.k.a. "JULIA"); DOB 29 Oct 1960; POB Aguililla, Michoacan de Ocampo, Mexico; citizen Mexico; Gender Female; R.F.C. FEVM601029EN3 (Mexico); C.U.R.P. FEVG601029MMNRLD10 (Mexico); alt. C.U.R.P. FEVG601029MMNRLD02 (Mexico) (individual) [SDNTK].

"DON MARIO" (a.k.a. RENDON HERRERA, Daniel), Amalfi, Antioquia, Colombia; DOB 12 Nov 1964; alt. DOB 01 Dec 1964; POB Amalfi, Antioquia; nationality Colombia; citizen Colombia; Cedula No. 8011256 (Colombia) (individual) [SDNTK].

"DON PACHO" (a.k.a. FLOREZ UPEGUI, Francisco Antonio), c/o FLOREZ HERMANOS LTDA., Medellin, Colombia; c/o CANALES VENECIA LTDA., Envigado, Antioquia, Colombia; Calle 4 Sur No. 43B-60, Medellin, Colombia; DOB 10 May 1950; nationality Colombia; citizen Colombia; Cedula No. 8308988 (Colombia); Passport AG708213 (Colombia) (individual) [SDNT].

"DON PILO" (a.k.a. REYES GARZA, Agustin), c/o ESTETIC CARR DE OCCIDENTE, S.A. DE C.V., Guadalajara, Mexico; c/o ESTETICA CAR WASH S.A. DE C.V., Zapopan, Jalisco, Mexico; Calle Violetas No. 371, Colonia Las Bodegas, Zapopan, Jalisco, Mexico; Calle Comercio No. 50, Colonia Escandon, Delegacion Miguel Hidalgo, Mexico City, Distrito Federal C.P.

11800, Mexico; Calle Milpa No. 87, Colonia El Vigia, Zapopan, Jalisco C.P. 45100, Mexico; Calle Persianas No. 204, Colonia Pensador Mexicano, Delegacion Venustiano Carranza, Mexico City, Distrito Federal C.P. 15510, Mexico; DOB 21 Aug 1957; POB Guadalajara, Jalisco, Mexico; alt. POB Tamaulipas, Mexico; R.F.C. REGA570821RCA (Mexico) (individual) [SDNTK].

"DON T" (a.k.a. RUANO YANDUN, Tito Aldemar; a.k.a. "DON TI"; a.k.a. "DON TITO"), Colombia; DOB 18 Oct 1975; POB Ipiales, Narino, Colombia; nationality Colombia; citizen Colombia; Gender Male; Cedula No. 98337819 (Colombia) (individual) [SDNTK].

"DON TI" (a.k.a. RUANO YANDUN, Tito Aldemar; a.k.a. "DON T"; a.k.a. "DON TITO"), Colombia; DOB 18 Oct 1975; POB Ipiales, Narino, Colombia; nationality Colombia; citizen Colombia; Gender Male; Cedula No. 98337819 (Colombia) (individual) [SDNTK].

"DON TITO" (a.k.a. RUANO YANDUN, Tito Aldemar; a.k.a. "DON T"; a.k.a. "DON TI"), Colombia; DOB 18 Oct 1975; POB Ipiales, Narino, Colombia; nationality Colombia; citizen Colombia; Gender Male; Cedula No. 98337819 (Colombia) (individual) [SDNTK].

"DON TOMAS" (a.k.a. QUINTERO SANCLEMENTE, Ramon Alberto; a.k.a. "EL INGENIERO"; a.k.a. "LUCAS"), Carrera 16 No. 3-15, Buga, Valle, Colombia; Calle 115 No. 9-50, Bogota, Colombia; DOB 30 Nov 1960; alt. DOB 28 Nov 1958; alt. DOB 30 Nov 1961; POB Cali, Colombia; alt. POB Buga, Valle, Colombia; citizen Colombia; Cedula No. 14881147 (Colombia); Passport AE048871 (Colombia) (individual) [SDNT].

"DONA LUPE" (a.k.a. HERNANDEZ SALAS, Ofelia; a.k.a. "GUADALUPE"; a.k.a. "LA GUERA"; a.k.a. "LA LUPE"), Avenida Barreda #2318, Res. Quintas del Rey, Mexicali, Baja California, Mexico; Avenida Dinamarca S/N, Col. Orizaba, Mexicali, Baja California, Mexico; DOB 27 Jun 1962; POB Guerrero, Mexico; nationality Mexico; Gender Female; C.U.R.P. HESO620627MGRRLF03 (Mexico) (individual) [TCO] (Linked To: HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION).

"downlow" (a.k.a. ZATOLOKIN, Kirill Andreevich), St. Petersburg, Russia; DOB 30 Apr 1992; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 726146360 (Russia) issued 06 Sep 2013 expires 06 Sep 2023 (individual) [CAATSA - RUSSIA] [CYBER4].

"DPR SPARTA" (a.k.a. SPARTA BATTALION (Cyrillic: БАТАЛЬОН СПАРТА)), Donetsk Region, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2014 [RUSSIA-EO14024].

"Dr P" (a.k.a. TONG, Peigi; a.k.a. TONG, Peiji (Chinese Simplified: 佟霈佶); a.k.a. "PJ"; a.k.a. "Small Bull"), China; DOB 15 May 1997; POB Shenyang, Liaoning Province, China; nationality China; Gender Male; National ID No. 210103199705154515 (China) (individual) [ILLICIT-DRUGS-EO14059].

"DR. ABBASI" (a.k.a. ABBASI DAVANI, Fereidoon; a.k.a. ABBASI DAVANI, Fereydoon; a.k.a. ABBASI, Fereidoun; a.k.a. ABBASI, Fereydoon; a.k.a. ABBASI-DAVANI, Fereidoun; a.k.a. ABBASI-DAVANI, Fereidun); DOB 1958; alt. DOB 1959; POB Abadan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

"DR. IBRAHIM" (a.k.a. AL-BADRI, Dr. Ibrahim 'Awwad Ibrahim 'Ali; a.k.a. AL-BAGHDADI, Abu Bakr al-Husayni; a.k.a. AL-QURAISHI, Abu Bakr al-Baghdadi al-Husayni; a.k.a. AL-QURASHI, Abu Bakr al-Baghdadi al-Husseini; a.k.a. AL-SAMARRA'I, Dr. Ibrahim Awwad Ibrahim; a.k.a. AL-SAMARRA'I, Ibrahim 'Awad Ibrahim al-Badri; a.k.a. AL-SAMARRA'I, Ibrahim Awwad Ibrahim; a.k.a. "ABU BAKR AL-BAGHDADI"; a.k.a. "ABU DU'A"), Iraq; DOB 1971; POB Samarra'i, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"DR. KHAMIS" (a.k.a. AL-MUHAMMAD, Khamis Sirhan); nationality Iraq; Ba'th party regional command chairman, Karbala (individual) [IRAQ2].

"DRILL PIPES LIMITED" (a.k.a. LIMITED LIABILITY COMPANY BURILNYE TRUBY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БУРИЛЬНЫЕ ТРУБЫ)), ul. Trudovye Rezervy 3, Kamensk-Uralski 623405, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6612021897 (Russia); Registration Number 1069612021907 (Russia) [RUSSIA-EO14024].

"DRUGS AND MEDICAL SUPPLIES" (a.k.a. MEDICAL EQUIPMENT & DRUGS INTERNATIONAL CORPORATION; a.k.a. MEDICAL EQUIPMENT AND DRUGS INTERNATIONAL CORPORATION; a.k.a. "MEDIC"), Safco Center B1-B2, Airport Road, Beirut, Lebanon; Property 2933, Section 35, Safco Center, Basement, Airport Road, Borj al Barajneh, Lebanon; Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2034502 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

"DSEC" (a.k.a. DIGITAL SECURITY; a.k.a. DIGITAL SECURITY RESEARCH GROUP; a.k.a. OOO DIGITAL SECURITY), Saint Petersburg, Russia; Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: FEDERAL SECURITY SERVICE).

"DSHRG RUSICH" (Cyrillic: "ДШРГ РУСИЧ") (a.k.a. MILITARY-PATRIOTIC CLUB RUSICH; a.k.a. RUSICH SABOTAGE AND ASSAULT RECONNAISSANCE GROUP; a.k.a. RUSICH TASK FORCE; a.k.a. SABOTAGE AND ASSAULT RECONNAISSANCE GROUP RUSICH; a.k.a. TASK FORCE RUSICH), St. Petersburg, Russia; Ukraine; Digital Currency Address - XBT bc1ql7dlyh8xz6tpqk92vztrhqh88dmjvcwrmsemrm; alt. Digital Currency Address - XBT bc1q2lpgjntr348pfvxhfy33ehmdzy3gmx8w4052z6; Digital Currency Address - ETH 0xc2a3829F459B3Edd87791c74cD45402BA0a20Be3; alt. Digital Currency Address - ETH 0x3AD9dB589d201A710Ed237c829c7860Ba86510Fc; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Digital Currency Address - USDT TX5GV4DyfxNB3rPkzZJhmqZ1efVmL4rEqG [RUSSIA-EO14024].

"DTSRC" (a.k.a. DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER; a.k.a. INSTITUTE FOR DEFENSE EDUCATION AND RESEARCH; a.k.a. MOASSESE AMOZESH VA TAHGHIGHATI; a.k.a. "MAVT CO."), Pasdaran Avenue, P.O. Box 19585/777, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

"DUARTE, Gentil" (a.k.a. SANTANILLA BOTACHE, Miguel; a.k.a. SANTILLANA, Miguel Botache), Caqueta Department, Colombia; Guaviare Department, Colombia; Venezuela; DOB 15 Oct 1964; alt. DOB 15 Oct 1963; POB

Florencia, Caqueta Department, Colombia; nationality Colombia; citizen Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY).

"DUGA PUSKA" (a.k.a. BAJAGIC, Zvonko); DOB 06 Sep 1953; POB Vlasenica, Bosnia-Herzegovina (individual) [BALKANS].

"DUKKO, Hassan" (a.k.a. DAQOU, Hassan; a.k.a. DAQOU, Hassan bin Muhammad; a.k.a. DAQOU, Hassan Muhammed; a.k.a. DAQOU, Mohamed Hassan; a.k.a. DAQQOU, Hassan Muhammad (Arabic: حسن محمد دقو); a.k.a. DEQQO, Hassan Mohammed; a.k.a. "DAGO, Hassan Mohamed"; a.k.a. "DAQU, Hassan"), Tfail, Lebanon; DOB 01 Feb 1985; nationality Syria; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

"DULCEVOLCANCLN" (a.k.a. DULCE VOLCAN), Culiacan, Sinaloa, Mexico; Calle Cancun 156, Col. Isla Musala, Tachintle, Culiacan, Sinaloa 80065, Mexico; Organization Type: Restaurants and mobile food service activities [ILLICIT-DRUGS-EO14059] (Linked To: ROBLEDO ARREDONDO, Adilene Mayre; Linked To: ROBLEDO ARREDONDO, Ivan Yareth).

"DULE" (a.k.a. TADIC, Dusan; a.k.a. "DUSKO"); DOB 1956; POB Cajnice, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

"DUNCAN, Rudolph" (a.k.a. DUNCAN, Randolph), Guyana; DOB 18 Feb 1970; POB Georgetown, Guyana; nationality Guyana; citizen Guyana; Gender Male; Cedula No. V-25086099 (Venezuela) (individual) [ILLICIT-DRUGS-EO14059].

"DURA, Abu" (a.k.a. AL LAMI, Isma'il Hafiz; a.k.a. AL-LAMI, Ismail; a.k.a. AL-LAMI, Isma'il Hafith Abid 'Ali; a.k.a. AL-ZARGAWI, Ismai'il Hafuz; a.k.a. IZAJAWI, Ismail Hafeth; a.k.a. "DAR'A, Abu"; a.k.a. "DIRI, Abu"; a.k.a. "HAYDAR, Abu"), Sadr City, Baghdad, Iraq; Iran; DOB circa 1957; POB Baghdad, Iraq; citizen Iraq (individual) [IRAQ3].

"DUSKO" (a.k.a. TADIC, Dusan; a.k.a. "DULE"); DOB 1956; POB Cajnice, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

"DVZ ZVEZDA AO" (a.k.a. AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY ZAVOD ZVEZDA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДАЛЬНЕВОСТОЧНЫЙ ЗАВОД ЗВЕЗДА); a.k.a. FAR EASTERN PLANT ZVEZDA JOINT STOCK COMPANY; a.k.a. "FEP ZVEZA JSC"), 1 Ulitsa Stepana Lebedeva, Bolshoi Kamen 692801, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Nov 2008; Tax ID No. 2503026908 (Russia); Registration Number 1082503000931 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

"DYNASTY INTERNATIONAL" (a.k.a. DYNASTY GROUP OF COMPANIES; a.k.a. DYNASTY INTERNATIONAL COMPANY LIMITED; a.k.a. "DGC"), Waizayandar Road, No.15, Ngwe Kyar Yan Quarter, South Okkalapa Township, Yangon Region, Burma; Registration Number 100720744 (Burma) issued 27 Feb 1997 [BURMA-EO14014] (Linked To: MYINT, Aung Moe).

"DZEMGI" (a.k.a. JOINT STOCK COMPANY ROYAL CREDIT BANK), 100 letiya Vladivostoku Avenue, 155, 3rd Floor, Letter B, Vladivostok 690068, Russia; SWIFT/BIC ROCERU33; Website www.royal-bank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 2703006553 (Russia); Registration Number 1022700000685 (Russia) [RUSSIA-EO14024].

"Dzhordzhik" (a.k.a. AL-SHISHANI, Muslim Abu al-Walid; a.k.a. MADAEV, Lova; a.k.a. MADAEV, Murad; a.k.a. MADAYEV, Murad Akhmadovich; a.k.a. MARGOSHVILI, Lova; a.k.a. MARGOSHVILI, Murad; a.k.a. MARGOSHVILI, Murad Muslim Akhmetovich; a.k.a. MARGOSHVILI, Muslim Akhmetovich Georgik; a.k.a. MARGOSHVILI, Muslim Akmadovich; a.k.a. "Artur"; a.k.a. "Dzhorzhik"; a.k.a. "Kus"; a.k.a. "Muslim Georgia"); DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 08091001080 (individual) [SDGT].

"Dzhorzhik" (a.k.a. AL-SHISHANI, Muslim Abu al-Walid; a.k.a. MADAEV, Lova; a.k.a. MADAEV, Murad; a.k.a. MADAYEV, Murad Akhmadovich; a.k.a. MARGOSHVILI, Lova; a.k.a. MARGOSHVILI, Murad; a.k.a. MARGOSHVILI, Murad Muslim Akhmetovich; a.k.a. MARGOSHVILI, Muslim Akhmetovich Georgik;

a.k.a. MARGOSHVILI, Muslim Akmadovich; a.k.a. "Artur"; a.k.a. "Dzhordzhik"; a.k.a. "Kus"; a.k.a. "Muslim Georgia"); DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 08091001080 (individual) [SDGT].

"DZTAS, Kasim" (a.k.a. OZTAS, Kasim; a.k.a. OZTASH, Kasim), Turkey; DOB 15 May 1982; POB Aydin, Soke, Turkey; alt. POB Ankara, Soke, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U02506696 (Turkey) expires 22 Jun 2016; alt. Passport 27466202076 (Turkey) expires 22 Jun 2021; National ID No. 27466202076 (Turkey) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"E.K.T." (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD]

(Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

"EANSA" (a.k.a. EMPRESA AERONAUTICA NACIONAL SA), Av. Principal Paramaconi, Local Hangar 03, Sector Base Aerea Libertador, Palo Negro, Aragua, Venezuela; Organization Established Date 05 Mar 2020; Tax ID No. G200162368 (Venezuela) [IRAN-CON-ARMS-EO] (Linked To: QODS AVIATION INDUSTRIES).

"EAR" (a.k.a. EVROAZIATSKII REGISTRATOR), Ul. Nikolaya Stolbova D. 2, Kazan 420021, Russia; Ul. Zinina D. 10A, Office 41, Kazan 420097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 1660055801 (Russia); Registration Number 1021603631224 (Russia) [RUSSIA-EO14024].

"EAST ASIA TRADING" (a.k.a. EAST ASIA GENERAL TRADING CO. LTD.; a.k.a. EAST ASIA TRADING IMPORT AND EXPORT TRADE CO., LTD.), Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Marshall Islands; No. 815, Duhui Plaza, Zhonghang Road, Futian District, Shenzhen, Guangdong, China; Website https://www.eastasiatrading.net/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 12 Jun 2019; Business Registration Number 101444 (Marshall Islands) [IRAN-EO13846] (Linked To: NAFTIRAN INTERTRADE CO. LIMITED).

"EAST TRADING" (a.k.a. LLC VOSTOK TRADING; a.k.a. VOSTOK TRADING LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОСТОК ТРЕЙДИНГ); a.k.a. VOSTOK TRADING LLC (Cyrillic: ООО ВОСТОК ТРЕЙДИНГ)), Kv. 10, 54 Volodarskogo Ulitsa, Ussuriysk, Primorsky Krai 692519, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 30 Apr 2015; Tax ID No. 2511092929 (Russia); Registration Number 1152511001785 (Russia) [DPRK4] [RUSSIA-EO14024].

"EBRAHIM, Sayed Omar Haji" (a.k.a. KASKAR, Anees Ibrahim; a.k.a. KASKAR, Shaikh Anis Ibrahim; a.k.a. "IBRAHIM, Haji Anees"), Pakistan; DOB 05 May 1960; POB Mumbai, India; nationality India (individual) [SDNTK].

"EBUBEKIR, Seyf" (a.k.a. ABU BAKR, Sayf Boulad (Arabic: سيف بولاد أبو بكر); a.k.a. "ABU BAKR, Saif" (Arabic: "سيف أبو بكر"); a.k.a. "BALUD, Sayf"; a.k.a. "BEKIR, Seyf Ebu"), Syria; DOB 1987 to 1988; POB Bza'ah, al-Bab District, Syria; nationality Syria; citizen Syria; alt. citizen Turkey; Gender Male (individual) [PAARSSR-EO13894] (Linked To: HAMZA DIVISION).

"ECI" (a.k.a. ELECTRONIC COMPONENTS INDUSTRIES CO), Mirzaye Shirazi Boulevard, Sanaye Square, Shiraz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"ECITECH" (a.k.a. ENGINEERING CENTER OF INNOVATIVE TECHNOLOGIES; a.k.a. TSENTR INNOVATSIONNYKH TEKHNOLOGII I INZHINIRINGA), 2 Zavodskoy proezd, office 632, Fryazino 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5050127869 (Russia); Registration Number 1165050054949 (Russia) [RUSSIA-EO14024].

"ECOGET" (a.k.a. LLC DELION), Ul. Artilleriiskaya D. 111, Office 2, Chelyabinsk 454007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7447228801 (Russia); Registration Number 1137447009908 (Russia) [RUSSIA-EO14024].

"ECSO" (a.k.a. ESFAHAN STEEL COMPANY), End of Zob Ahan Highway- Esfahan Steel Company, 8593111111, Iran; Townhid building, end of Zob Ahan Highway No. 178, Saadi Boulevard, The Steel Highway, Esfahan 81756-14461, Iran; PO Box 81756-14461, No. 178 Saadi Boulevard, Esfahan, Iran; Website http://www.esfahansteel.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 25230 (Iran) [IRAN-EO13871].

"EDBI" (a.k.a. BANK TOSEE SADERAT IRAN; a.k.a. BANK TOSEH SADERAT IRAN; a.k.a. BANK TOSEYEH SADERAT IRAN; a.k.a. BANK TOWSEEH SADERAT IRAN; a.k.a. EXPORT DEVELOPMENT BANK OF IRAN; a.k.a. IRANIAN EXPORT DEVELOPMENT BANK), No. 26, Tosee Tower (Export Development Building), Corner of 15th Street, Ahmad Qasir Avenue, Argentina Square, Tehran 1513815111, Iran; Website www.edbi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 86936 (Iran) [IRAN] [SDGT] [IFSR] (Linked To: MB BANK).

"EDITOR" (a.k.a. KONDRATEV, Ivan; a.k.a. KONDRATIEV, Ivan Gennadievich (Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич); a.k.a. KONDRATYEV, Ivan; a.k.a. "@AL3XL7"; a.k.a. "@BASSTERLORD"; a.k.a. "@BASSTERLORD 0170742922"; a.k.a. "@SINNER6546"; a.k.a. "@SINNER911"; a.k.a. "BASSTERLORD"; a.k.a. "FISHEYE"; a.k.a. "INVESTORLIFE1"; a.k.a. "JACKROCK#3337"; a.k.a. "SIN998A"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45hexr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h60n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6ng6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e4120d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

"EEPC" (a.k.a. ENERGY ENGINEERS PROCUREMENT AND CONSTRUCTION; a.k.a. GLOBAL TRADING GROUP; a.k.a. GLOBAL TRADING GROUP NV), Frankrijklei 39, 2nd Floor, Antwerpen 2000, Belgium; 22 Liverpool Street, Freetown, Sierra Leone; Standard Chartered Bank Building, 2nd floor, Kairaba Ave, Banjul, The Gambia; Rue de Canal, G83 Zone 4G, 01BP1280, Abidjan, Cote d Ivoire; Quartier les Cocotiers, Avenue Pape Jean Paul II, Lot 4274, Cotonou, Benin; Frankrijklei 156 (5th floor), Antwerpen 2000, Belgium; Website www.globaltradinggroup.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; D-U-N-S Number 37-117-1419; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 [SDGT] (Linked To: BAZZI, Mohammad Ibrahim).

"EGYPT'S SOLDIERS" (a.k.a. AJNAD MASR; a.k.a. AJNAD MISR; a.k.a. "SOLDIERS OF EGYPT"), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"EICO" (a.k.a. ESFARAYEN INDUSTRIAL COMPLEX), No. 7 Alvand Alley Street, Ghaem Magham Farahani Avenue, Tehran 1589673711, Iran; Number 20, Alvand St., Ghaem Magham-e-Farahani Ave, Tehran, Iran; 12th km of Bojnurd-Esfarayen Road, North Khorasan, Iran; PO Box 15745-513, Tehran, Iran; Website www.esfst.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1990; National ID No. 89046 (Iran) issued 1990 [IRAN-EO13871].

"EIKO" (a.k.a. EXECUTION OF IMAM KHOMEINI'S ORDER; a.k.a. SETAD EJRAEI EMAM; a.k.a. SETAD-E EJRAEI-E FARMAN-E HAZRAT-E EMAM (Arabic: ستاد اجرایی فرمان حضرت امام); a.k.a. SETAD-E FARMAN-EJRAEI-YE EMAM (Arabic: ستاد اجرایی فرمان امام); a.k.a. "SETAD" (Arabic: "ستاد")), Khaled Stamboli St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13876].

"EKSPERT" (a.k.a. RSV-EKSPERT OOO; a.k.a. "NPK EXPERT"), ul. Voskhod d. 26/1, kabinet 101, Novosibirsk 630102, Russia; Festivalnaya d. 41, k. 2, 1 etazh, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5405979190 (Russia); Registration Number 1165476124395 (Russia) [RUSSIA-EO14024].

"EKT" (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon;

P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

"El 20" (a.k.a. LIZARRAGA MARTINEZ, Victor; a.k.a. "El Veinte"), Tacuichamona, Culiacan, Sinaloa, Mexico; Pueblos Unidos, Culiacan, Sinaloa, Mexico; DOB 23 Mar 1972; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LIMV720323HSLZRC07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL 20" (a.k.a. PINEDA ARMENTA, Leonardo; a.k.a. "EL TWENTY"; a.k.a. "EL VEINTE"), Mexico; DOB 31 Mar 1970; POB Los Mochis, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. PIAL700331HSLNRN00 (Mexico) (individual) [SDNTK].

"El 30" (a.k.a. LARRANAGA HERRERA, Jesus Norberto; a.k.a. "Chuy"; a.k.a. "Treinta"), Culiacan, Sinaloa, Mexico; DOB 14 Apr 1993; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LAHJ930414HSLRRS06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"El 40" (a.k.a. BARRAZA PABLOS, Victor Manuel), Culiacan, Sinaloa, Mexico; DOB 17 Jul 1990; POB Culiacan, Sinaloa, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G37777562 (Mexico); C.U.R.P. BAPV900717HSLRBC05 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

"El 50" (a.k.a. CABADAS TORRES, Edgar; a.k.a. OROZCO CABADAS, Edgar Valeriano; a.k.a. "El Kamoni"), Mexico; DOB 21 Oct 1985; POB Michoacan, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P.

OOCE851021HMNRBD04 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTELES UNIDOS).

"EL 50" (a.k.a. MARTINEZ RENTERIA, Gilberto; a.k.a. "EL CINCUENTA"; a.k.a. "EL GILIO"), Mexico; DOB 14 May 1987; POB Nogales, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MARG870514HSRRNL00 (Mexico) (individual) [SDNTK].

"EL 63" (a.k.a. ROCHIN HURTADO, Meliton; a.k.a. "EL SIXTY THREE"), Mexico; DOB 28 Oct 1975; POB Hermosillo, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. ROHM751028HSRCRL00 (Mexico) (individual) [SDNTK].

"El 90" (a.k.a. MENDOZA GAYTAN, Gonzalo; a.k.a. "El Sapo"), Puerto Vallarta, Jalisco, Mexico; DOB 02 Oct 1988; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. MEGG881002HMNNYN02 (Mexico) (individual) [SDNTK] [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"El Abuelo" (a.k.a. FARIAS ALVAREZ, Juan Jose), Mexico; DOB 10 Aug 1970; POB Tepalcatepec, Michoacan, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. FAAJ700810HMNRLN16 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTELES UNIDOS).

"EL ABUSADOR" (a.k.a. PERALTA, Cesar Emilio), Dominican Republic; DOB 30 Jan 1975; POB Distrito Nacional, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 001-0972783-4 (Dominican Republic) (individual) [SDNTK] (Linked To: INKUORTYN FIVE SRL; Linked To: SUPLINKA SRL; Linked To: FLOW GALLERY LOUNGE SRL; Linked To: UNLIMITED DANCE DISCOTECA SRL).

"EL AGUILA" (a.k.a. CIFUENTES GALINDO, Luis Eduardo); DOB 16 Mar 1960; Cedula No. 3254362 (Colombia) (individual) [SDNTK].

"EL ALEMAN" (a.k.a. RENDON HERRERA, Freddy Enrique), Colombia; DOB 21 Sep 1973; POB Colombia; nationality Colombia; citizen Colombia; Cedula No. 15349556 (Colombia) (individual) [SDNTK].

"El Arabe" (a.k.a. ABOUZAID EL BAYEH, Juan Manuel; a.k.a. "El Escorpion"; a.k.a. "El

Hermano"; a.k.a. "Nene"), Mexico; DOB 24 Oct 1972; POB Guadalajara, Jalisco, Mexico; nationality Mexico; Gender Male; R.F.C. AOEJ721024NM2 (Mexico); C.U.R.P. AOBJ721024HJCBYN07 (Mexico) (individual) [SDNTK].

"EL ARQUITECTO" (a.k.a. AGUILAR DEL BOSQUE, Mauricio; a.k.a. AGUILAR VELEZ, Luis Antonio; a.k.a. BERMUDEZ SUAZA, Pedro Antonio; a.k.a. VEGA LUJAN, Diego Rodrigo), c/o ASES DE COMPETENCIA Y CIA. S.A., Medellin, Colombia; c/o CONSTRUCTORA GUADALEST S.A., Medellin, Colombia; c/o FRANZUL S.A., Medellin, Colombia; c/o GRUPO GUADALEST S.A. DE C.V., Mexico City, Distrito Federal, Mexico; c/o HIERROS DE JERUSALEM S.A., Medellin, Colombia; Av. Hipolito Taine 253 2, Col. Chapultepec Morales, Miguel Hidalgo, Mexico City, Distrito Federal 11560, Mexico; Camino a San Mateo 41, edificio Mackenzie, la Cuspide departamento 1003, Colonia Lomas Verdes, Naucalpan de Juarez, Estado de Mexico, Mexico; DOB 30 Mar 1957; alt. DOB 10 Mar 1958; alt. DOB 30 Mar 1959; alt. DOB 22 Aug 1959; POB Medellin, Colombia; alt. POB Huamantla, Tlaxcala, Mexico; Cedula No. 70123377 (Colombia); Passport 05400005349 (Mexico); R.F.C. VELD580310 (Mexico); Credencial electoral AGBSMR59033015H800 (Mexico) (individual) [SDNT].

"El Asdrubal" (a.k.a. ESCOBAR CABRERA, Asdrubal Rafael), Venezuela; DOB 04 Aug 1992; POB Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 21269516 (Venezuela) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

"EL ATLANTE" (a.k.a. BAHENA MARTINEZ, Rogelio; a.k.a. LIRA SOTELO, Alfonso), Mexico; DOB 24 May 1970; alt. DOB 02 Dec 1970; POB Mexico City, D.F., Mexico; alt. POB Ixtlahuatenco Pedro Ascencio Alquisiras, Guerrero, Mexico; citizen Mexico; Gender Male; Passport G02447186 (Mexico) issued 01 Apr 2010 expires 01 Apr 2016; R.F.C. LISA7005242Y8 (Mexico); National ID No. 25887069638 (Mexico); C.U.R.P. LISA700524HDFRTL03 (Mexico) (individual) [SDNTK].

"EL BARBAS" (a.k.a. BELTRAN LEYVA, Arturo; a.k.a. BELTRAN LEYVA, Arturo Guzman; a.k.a. BELTRAN LEYVA, Marcos Arturo; a.k.a. "EL FANTASMA"), Avenida Juan de la Barrera No.

1970, Colonia Burocrata, Culiacan, Sinaloa, Mexico; Calle Francisco Marquez, Colonia Chapultepec, Culiacan, Sinaloa, Mexico; Calle Cerro, Colinas de San Miguel, Culiacan, Sinaloa, Mexico; Monterrey, Nuevo Leon, Mexico; Nogales, Sonora, Mexico; Tijuana, Baja California, Mexico; Acapulco, Guerrero, Mexico; Nuevo Leon, Nuevo Leon, Mexico; Guamuchil, Sinaloa, Mexico; DOB 27 Sep 1961; alt. DOB 21 Sep 1961; alt. DOB 05 Jun 1962; alt. DOB 05 Feb 1958; POB Culiacan, Sinaloa, Mexico; alt. POB Badiraguato, Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

"EL BARBON" (a.k.a. FLORES APODACA, Agustin; a.k.a. "EL INGENIERO"; a.k.a. "EL NINO"), Calle Sierra Madre Occidental No. 1280, Colonia Canadas, Culiacan, Sinaloa 8000, Mexico; DOB 09 Jun 1964; POB Sinaloa, Mexico; nationality Mexico; Gender Male; Passport 040070827 (Mexico); R.F.C. FOAA640609DX9 (Mexico); C.U.R.P. FOAA640609HSLLPG00 (Mexico) (individual) [SDNTK].

"EL BARNEY" (a.k.a. BERCIAN MANCHON, Moris Alexander); DOB 30 Oct 1984; POB San Salvador, El Salvador; nationality El Salvador (individual) [TCO].

"EL BLANCO" (a.k.a. OLIVAS CHAIDEZ, Jose; a.k.a. "INGENIERO"), CRT Club Campestre Campestre 788 Teran, Tuxtla Gutierrez, Chiapas 29050, Mexico; DOB 29 Jul 1982; POB Tamazula, Durango, Mexico; nationality Mexico; Gender Male; C.U.R.P. OICJ820729HDGLHS08 (Mexico) (individual) [SDNTK].

"El Borrado" (a.k.a. SIERRA ANGULO, Francisco Javier), Mexico; DOB 24 Dec 1988; POB Tamaulipas, Mexico; nationality Mexico; Gender Male; C.U.R.P. SIAF881224HTSRNR05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: GULF CARTEL).

"El Borrego" (a.k.a. OCHOA LAGUNES, Lucio), Mexico; DOB 15 Dec 1975; POB Veracruz, Mexico; nationality Mexico; Gender Male; C.U.R.P. OOLL751215HVZCGC06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: LA NUEVA FAMILIA MICHOACANA).

"El Boto" (a.k.a. SEPULVEDA ARELLANO, Cesar Alejandro; a.k.a. "El Botox"), Mexico; DOB 26 Nov 1982; POB Michoacan, Mexico; nationality Mexico; Gender Male; C.U.R.P. SEAC821126HMNPRS08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: LOS VIAGRAS).

"El Botox" (a.k.a. SEPULVEDA ARELLANO, Cesar Alejandro; a.k.a. "El Boto"), Mexico; DOB 26 Nov 1982; POB Michoacan, Mexico; nationality Mexico; Gender Male; C.U.R.P. SEAC821126HMNPRS08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: LOS VIAGRAS).

"EL CACHIRO" (a.k.a. RIVERA MARADIAGA, Javier Eriberto; a.k.a. "CACHIRO, Javier"; a.k.a. "RIVERA, Javier"), Barrio La Ceiba, Calle Principal, Casa 234, Tocoa, Colon, Honduras; DOB 20 Apr 1972; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1972-00282 (Honduras) (individual) [SDNTK].

"EL CACHIRO" (a.k.a. RIVERA MARADIAGA, Devis Leonel; a.k.a. "CACHIRO, Lionel"; a.k.a. "RIVERA, Leonel"), Barrio La Ceiba, Calle Principal, Tocoa, Colon, Honduras; DOB 28 Mar 1977; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1977-00375 (Honduras) (individual) [SDNTK].

"El Cande" (a.k.a. ARCEAGA AGUIRRE, Candelario; a.k.a. ARCEGA AGUIRRE, Candelario; a.k.a. ESCARCEGA AGUIRRE, Candelario), Tijuana, Baja California, Mexico; DOB 11 Jul 1968; POB Colima, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N00300826 (Mexico); C.U.R.P. AEAC680711HCMRGN03 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

"EL CAPITAN" (a.k.a. HERNANDEZ ZEA, Luis Antonio), Carrera 53 No. 35-35, Bogota, Colombia; c/o INTERCONTINENTAL DE AVIACION S.A., Bogota, Colombia; c/o AEROVIAS ATLANTICO LTDA. AEROATLANTICO LTDA., Baranquilla, Colombia; c/o ASOCIACION TURISTICA INTERNACIONAL S.C.S., Bogota, Colombia; c/o CIA CONSTRUCTORA Y COMERCIALIZADORA DEL SUR LTDA., Bogota, Colombia; c/o GREEN ISLAND S.A., Bogota, Colombia; c/o INTERCONTINENTAL DE FINANCIACION AEREA S.A., Bogota, Colombia; c/o INVERSIONES Y COMERCIALIZADORA INCOM LTDA., Cali, Colombia; c/o LARGO LEASING LTD., George Town, Cayman Islands; c/o TRANS PACIFIC WORLD LEASING LIMITED, Port Vila, Vanuatu; DOB 07 May 1960; POB Bogota, Colombia; Cedula No. 79252957 (Colombia); Passport P006320 (Colombia); alt. Passport PE022166 (Colombia) (individual) [SDNT].

"EL CARNICERO" (a.k.a. LIRA SOTELO, Javier; a.k.a. "EL HANNIBAL"), Mexico; DOB 16 Jul 1965; POB Mexico City, D.F., Mexico; citizen Mexico; Gender Male; C.U.R.P. LISJ650716HDFRTV04 (Mexico); RFC LISJ650716SD0 (Mexico) (individual) [SDNTK].

"EL CHANGO" (a.k.a. MENDEZ VARGAS, Jesus; a.k.a. MENDEZ VARGAS, Jose de Jesus; a.k.a. MENDEZ, Jesus; a.k.a. "CHAMULA"; a.k.a. "CHANGO"; a.k.a. "CHANGO MENDEZ"; a.k.a. "CHUY"; a.k.a. "CHUY MENDEZ"), Tazumbos, Jalisco, Mexico; Calle Dr. Lose Luis Mora Col Morelos, Apatzingan, Michoacan, Mexico; Calle Carlos Salazar Col Buenos Aires, Apatzingan, Michoacan, Mexico; Toluca, Mexico, Mexico; Calle Acatitla 122, Col. Ferrocarril, Apatzingan, Mexico; Potrero Grande de C de Paracuaro, Apatzingan, Mexico; c/o Club Abaro, Ave Vicente Villada, Mexico City, Municipio de Mexico City, D.F., Mexico; DOB 28 Feb 1974; alt. DOB 06 Aug 1973; alt. DOB 18 Sep 1989; POB El Coloma, Michoacan; alt. POB Eduardo Neri, Guerrero; alt. POB Acapulco de Juarez, Guerrero; nationality Mexico; C.U.R.P. MEVJ890918HGRNRS09 (Mexico) (individual) [SDNTK].

"EL CHANGUITO ANTRAX" (a.k.a. FELIX NUNEZ, Rafael Guadalupe; a.k.a. "CHANGITO"; a.k.a. "CHANGUITO ANTRAX"; a.k.a. "EL CHANGUITO"), Mexico; DOB 17 Jul 1979; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. FENR790717HSLLXF08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL CHANGUITO" (a.k.a. FELIX NUNEZ, Rafael Guadalupe; a.k.a. "CHANGITO"; a.k.a. "CHANGUITO ANTRAX"; a.k.a. "EL CHANGUITO ANTRAX"), Mexico; DOB 17 Jul 1979; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. FENR790717HSLLXF08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL CHATO" (a.k.a. QUINTERO ARCE, Juan Francisco), Mexico; DOB 26 Aug 1959; POB Mocorito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. QUAJ590826P41 (Mexico); C.U.R.P. QUAJ590826HSLNRN02 (Mexico) (individual) [SDNTK].

"EL CHAYO" (a.k.a. CASTREJON PENA, Victor Nazario; a.k.a. MORENO GONZALEZ, Nazario; a.k.a. MORENO MADRIGAL, Nazario; a.k.a. MORENO, Chayo; a.k.a. MORENO, Jose; a.k.a. "CHAYO"; a.k.a. "EL DULCE"; a.k.a. "EL MAS LOCO"; a.k.a. "LA COMADRE"; a.k.a.

"LOCO"; a.k.a. "TINO"), Apatzingan, Michoacan, Mexico; 625 Virgilio Garza Chepevera, Monterrey, Nuevo Leon 64030, Mexico; Calle Isidro Murivera, Matamoros 51370, Mexico; 7 Calle Fray Servando Teresa de Mier, Aptazingan, Michoacan, Mexico; 336 Calle Priv Carlos S de Gortari, Monterrey, Nuevo Laredo, Mexico; 36 Calle Nayarit, Caborca, Sonora 83610, Mexico; DOB 08 Mar 1970; alt. DOB 06 Mar 1970; alt. DOB 12 Jun 1967; alt. DOB 12 Jun 1979; alt. DOB 02 Feb 1982; POB Ario de Rosales, Michoacan, Mexico; alt. POB Guanajuatillo, Michoacan, Mexico; citizen Mexico; SSN 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 (United States); R.F.C. MOGN670612TN0 (Mexico); alt. R.F.C. MOGN700308TN2 (Mexico); alt. R.F.C. MOGN790612TN8 (Mexico); C.U.R.P. MOGN700308HMNRNZ07 (Mexico); Identification Number 092520304 (Mexico) (individual) [SDNTK].

"El Chess" (a.k.a. HERNANDEZ JIMENEZ, Cesar; a.k.a. MONTERO PINZON, Julio Cesar; a.k.a. VELAZQUEZ BALTAZAR, Luis Armando; a.k.a. "Comandante Tarjetas"; a.k.a. "El Chino"; a.k.a. "El Tarjetas"; a.k.a. "HERNANDEZ JIMENEZ, Francisco"; a.k.a. "Moreno"), Puerto Vallarta, Jalisco, Mexico; Estero del Cayman, Real Ixtapa, #137-A, Puerto Vallarta, Jalisco, Mexico; DOB 02 Jun 1982; alt. DOB 08 Nov 1982; alt. DOB 25 Aug 1986; alt. DOB 28 Jun 1977; POB Puerto Vallarta, Jalisco, Mexico; alt. POB Amatan, Chiapas, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; R.F.C. VEBL860825 (Mexico); C.U.R.P. MOPJ820602HJCNNL05 (Mexico); alt. C.U.R.P. MOPJ821108HJCNNL04 (Mexico); alt. C.U.R.P. VEBL860825HJCLLS05 (Mexico); alt. C.U.R.P. HEJC770628HCSRMS06 (Mexico); Electoral Registry No. GRMRLR82012730M700 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"EL CHICHARRA" (a.k.a. SAMAYOA RECINOS, Aler Baldomero), Aldea Cuatro Caminos, Santa Ana Huista, Huehuetenango, Guatemala; Aldea Yuxen, Santa Ana Huista, Huehuetenango, Guatemala; DOB 27 Feb 1967; POB Santa Ana Huista, Huehuetenango, Guatemala; nationality Guatemala; Gender Male; Cedula No. M-1300003118 (Guatemala); Passport 111331000031186 (Guatemala) issued 12 Feb 2001 expires 03 Jul 2012; NIT # 5566568

(Guatemala); Driver's License No. 30791794 (Guatemala); C.U.I. 1892644891331 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

"El Chino" (a.k.a. HERNANDEZ JIMENEZ, Cesar; a.k.a. MONTERO PINZON, Julio Cesar; a.k.a. VELAZQUEZ BALTAZAR, Luis Armando; a.k.a. "Comandante Tarjetas"; a.k.a. "El Chess"; a.k.a. "El Tarjetas"; a.k.a. "HERNANDEZ JIMENEZ, Francisco"; a.k.a. "Moreno"), Puerto Vallarta, Jalisco, Mexico; Estero del Cayman, Real Ixtapa, #137-A, Puerto Vallarta, Jalisco, Mexico; DOB 02 Jun 1982; alt. DOB 08 Nov 1982; alt. DOB 25 Aug 1986; alt. DOB 28 Jun 1977; POB Puerto Vallarta, Jalisco, Mexico; alt. POB Amatan, Chiapas, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; R.F.C. VEBL860825 (Mexico); C.U.R.P. MOPJ820602HJCNNL05 (Mexico); alt. C.U.R.P. MOPJ821108HJCNNL04 (Mexico); alt. C.U.R.P. VEBL860825HJCLLS05 (Mexico); alt. C.U.R.P. HEJC770628HCSRMS06 (Mexico); Electoral Registry No. GRMRLR82012730M700 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"El Chivo" (a.k.a. CARRILLO SAPIEN, Idelfonso; a.k.a. CARRILLO SAPIEN, Ildelfonso), Mexico; DOB 21 Aug 1976; POB Veracruz, Mexico; nationality Mexico; Gender Male; C.U.R.P. CASI760821HVZRPL04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: GULF CARTEL).

"El Chorro" (a.k.a. CASTILLO RODRIGUEZ, Julio Alberto), Colima, Mexico; DOB 11 Oct 1976; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. CARJ761011HMNSDL06 (Mexico) (individual) [SDNTK] [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"EL CHUTE" (a.k.a. CIFUENTES VARGAS, Orlando), c/o RESTAURANTE BAR PUNTA DEL ESTE, Cali, Colombia; c/o SERVIAGRICOLA CIFUENTES E.U., Cali, Colombia; DOB 10 Jun 1965; Cedula No. 14890941 (Colombia) (individual) [SDNT].

"EL CHUY GONZALEZ" (a.k.a. GONZALEZ PENUELAS, Jesus (Latin: GONZÁLEZ PEÑUELAS, Jesús)), Sinaloa, Mexico; DOB 10

Nov 1969; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GOPJ691110HSLNXS09 (Mexico) (individual) [SDNTK].

"EL CHUYIN" (a.k.a. SALAS AGUAYO, Jesus; a.k.a. "CHUY"; a.k.a. "CHUYIN"), Mexico; DOB 29 May 1976; POB Chihuahua, Mexico; nationality Mexico; Gender Male; C.U.R.P. SAAJ760529HCHLGS03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL CINCUENTA" (a.k.a. MARTINEZ RENTERIA, Gilberto; a.k.a. "EL 50"; a.k.a. "EL GILIO"), Mexico; DOB 14 May 1987; POB Nogales, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MARG870514HSRRNL00 (Mexico) (individual) [SDNTK].

"El Colima" (a.k.a. LOPEZ HERNANDEZ, Josue), Mexico; DOB 20 Dec 1976; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. LOHJ761220HGRPRS05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: LA NUEVA FAMILIA MICHOACANA).

"El Comandante" (a.k.a. GUERRA SALINAS, Ismael; a.k.a. "Mayelo"), Mexico; DOB 01 Jun 1990; POB Tamaulipas, Mexico; nationality Mexico; Gender Male; C.U.R.P. GUSI900601HTSRLS09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: GULF CARTEL).

"El Coruco" (a.k.a. SIERRA SANTANA, Nicolas; a.k.a. "El Gordo"), Mexico; DOB 10 Sep 1977; POB Michoacan, Mexico; nationality Mexico; Gender Male; C.U.R.P. SISN770910HMNRNC09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: LOS VIAGRAS).

"El Coty" (a.k.a. ESPINAL QUINTERO, Richard Jose; a.k.a. ESPINEL QUINTERO, Richard Jose), Venezuela; DOB 19 Apr 1996; POB Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 24419648 (Venezuela) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

"EL DIABLITO DE HOLLYWOOD" (a.k.a. HENRIQUEZ SOLORZANO, Borromeo Enrique; a.k.a. RIVERA ARIAS, Racson Mario; a.k.a. "EL DIABLITO"; a.k.a. "EL DIABLO"; a.k.a. "EL DIABLO PEQUENO"); DOB 27 Jul 1978; POB San Salvador, El Salvador; nationality El Salvador (individual) [TCO].

"EL DIABLITO" (a.k.a. HENRIQUEZ SOLORZANO, Borromeo Enrique; a.k.a.

RIVERA ARIAS, Racson Mario; a.k.a. "EL DIABLITO DE HOLLYWOOD"; a.k.a. "EL DIABLO"; a.k.a. "EL DIABLO PEQUENO"); DOB 27 Jul 1978; POB San Salvador, El Salvador; nationality El Salvador (individual) [TCO].

"EL DIABLO PEQUENO" (a.k.a. HENRIQUEZ SOLORZANO, Borromeo Enrique; a.k.a. RIVERA ARIAS, Racson Mario; a.k.a. "EL DIABLITO"; a.k.a. "EL DIABLITO DE HOLLYWOOD"; a.k.a. "EL DIABLO"); DOB 27 Jul 1978; POB San Salvador, El Salvador; nationality El Salvador (individual) [TCO].

"EL DIABLO" (a.k.a. HENRIQUEZ SOLORZANO, Borromeo Enrique; a.k.a. RIVERA ARIAS, Racson Mario; a.k.a. "EL DIABLITO"; a.k.a. "EL DIABLITO DE HOLLYWOOD"; a.k.a. "EL DIABLO PEQUENO"); DOB 27 Jul 1978; POB San Salvador, El Salvador; nationality El Salvador (individual) [TCO].

"EL DJAZAIRI, Abou Yasser" (a.k.a. BOULGHIT, Boubakeur; a.k.a. BOULGHITI, Boubekeur; a.k.a. "AL DJAZAIRI, Abou Bakr"; a.k.a. "AL-JAZARI, Yasir"; a.k.a. "AL-JAZIRI, Abou Yasser"; a.k.a. "AL-JAZIRI, Abu Bakr"), Peshawar, Pakistan; DOB 13 Feb 1970; POB Rouiba, Algiers, Algeria; nationality Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"EL DULCE" (a.k.a. CASTREJON PENA, Victor Nazario; a.k.a. MORENO GONZALEZ, Nazario; a.k.a. MORENO MADRIGAL, Nazario; a.k.a. MORENO, Chayo; a.k.a. MORENO, Jose; a.k.a. "CHAYO"; a.k.a. "EL CHAYO"; a.k.a. "EL MAS LOCO"; a.k.a. "LA COMADRE"; a.k.a. "LOCO"; a.k.a. "TINO"), Apatzingan, Michoacan, Mexico; 625 Virgilio Garza Chepevera, Monterrey, Nuevo Leon 64030, Mexico; Calle Isidro Murivera, Matamoros 51370, Mexico; 7 Calle Fray Servando Teresa de Mier, Aptazingan, Michoacan, Mexico; 336 Calle Priv Carlos S de Gortari, Monterrey, Nuevo Laredo, Mexico; 36 Calle Nayarit, Caborca, Sonora 83610, Mexico; DOB 08 Mar 1970; alt. DOB 06 Mar 1970; alt. DOB 12 Jun 1967; alt. DOB 12 Jun 1979; alt. DOB 02 Feb 1982; POB Ario de Rosales, Michoacan, Mexico; alt. POB Guanajuatillo, Michoacan, Mexico; citizen Mexico; SSN 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 (United States); R.F.C. MOGN670612TN0 (Mexico); alt. R.F.C. MOGN700308TN2 (Mexico); alt. R.F.C. MOGN790612TN8 (Mexico); C.U.R.P. MOGN700308HMNRNZ07

(Mexico); Identification Number 092520304 (Mexico) (individual) [SDNTK].

"El Escorpion" (a.k.a. ABOUZAID EL BAYEH, Juan Manuel; a.k.a. "El Arabe"; a.k.a. "El Hermano"; a.k.a. "Nene"), Mexico; DOB 24 Oct 1972; POB Guadalajara, Jalisco, Mexico; nationality Mexico; Gender Male; R.F.C. AOEJ721024NM2 (Mexico); C.U.R.P. AOBJ721024HJCBYN07 (Mexico) (individual) [SDNTK].

"EL FANTASMA" (a.k.a. BELTRAN LEYVA, Arturo; a.k.a. BELTRAN LEYVA, Arturo Guzman; a.k.a. BELTRAN LEYVA, Marcos Arturo; a.k.a. "EL BARBAS"), Avenida Juan de la Barrera No. 1970, Colonia Burocrata, Culiacan, Sinaloa, Mexico; Calle Francisco Marquez, Colonia Chapultepec, Culiacan, Sinaloa, Mexico; Calle Cerro, Colinas de San Miguel, Culiacan, Sinaloa, Mexico; Monterrey, Nuevo Leon, Mexico; Nogales, Sonora, Mexico; Tijuana, Baja California, Mexico; Acapulco, Guerrero, Mexico; Nuevo Leon, Nuevo Leon, Mexico; Guamuchil, Sinaloa, Mexico; DOB 27 Sep 1961; alt. DOB 21 Sep 1961; alt. DOB 05 Jun 1962; alt. DOB 05 Feb 1958; POB Culiacan, Sinaloa, Mexico; alt. POB Badiraguato, Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

"EL FLACO" (a.k.a. LOPEZ HUERTA, Arnoldo; a.k.a. LOPEZ RUEDA, Jose Arnoldo; a.k.a. RUEDA MEDINA, Jose Arnoldo; a.k.a. "FLACO"; a.k.a. "LA MINSA"; a.k.a. "MODELO"); DOB 15 Dec 1969; alt. DOB 27 Dec 1969; POB Michoacan, Mexico; alt. POB Paracuaro, Mexico; nationality Mexico; C.U.R.P. RUMA691215HMNDDR08 (Mexico) (individual) [SDNTK].

"EL FLACO" (a.k.a. SALGUEIRO NEVAREZ, Noel), Mexico; DOB 06 Jun 1969; POB Chihuahua, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

"El Flipper" (a.k.a. MARTINEZ LOPEZ, Jose Daniel; a.k.a. SEVILLA ARTEAGA, Kenffersso Jhosue; a.k.a. SEVILLA ARTEGA, Kenffersso Jhosue; a.k.a. SEVILLA ATEAGA, Kenferson; a.k.a. "Flypper"), Colombia; DOB 29 Apr 1993; POB Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 21098983 (Venezuela); alt. Cedula No. 1047240759 (Colombia) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

"EL FRESA" (a.k.a. HURTADO OLASCOAGA, Jose Alfredo), Mexico; DOB 02 Sep 1984; POB

Guerrero, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. HUOA840902HGRRLL03 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: LA NUEVA FAMILIA MICHOACANA).

"EL GERA" (a.k.a. ALVAREZ ALVAREZ, Gerardo; a.k.a. ALVAREZ VASQUEZ, Joel; a.k.a. ALVAREZ VASQUEZ, Jose Gerardo; a.k.a. ALVAREZ VAZQUEZ, Jose Gerardo; a.k.a. ALVAREZ VELASQUEZ, Jose Gerardo; a.k.a. SANCHEZ SALAMANCA, Salvador; a.k.a. ZALDIVAR VEGA, Javier; a.k.a. "EL INDIO"), c/o AMERICAN TUNE UP, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Avenida Gonzalez Gallo #2537, Sector Reforma, Guadalajara, Jalisco, Mexico; DOB 03 Nov 1963; alt. DOB 24 Sep 1965; alt. DOB 10 May 1966; POB Las Avilas, Guerrero, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

"EL GIGIO" (a.k.a. SOSA CANISALES, Felipe de Jesus; a.k.a. "GIO"); DOB 16 Jul 1968; citizen Mexico (individual) [SDNTK].

"EL GILILLO" (a.k.a. HIGUERA GUERRERO, Gilberto); DOB 14 Apr 1968; nationality Mexico (individual) [SDNTK].

"EL GILIO" (a.k.a. MARTINEZ RENTERIA, Gilberto; a.k.a. "EL 50"; a.k.a. "EL CINCUENTA"), Mexico; DOB 14 May 1987; POB Nogales, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MARG870514HSRRNL00 (Mexico) (individual) [SDNTK].

"EL GOLIAT" (a.k.a. SERVICIO DE PROTECCION Y VIGILANCIA S.A.), De Los Semaforos De Seminole, 3 Cuadras al Sur, 2 Cuadras Arriba, 1 Cuadra al Sur, Casa #326, Managua, Nicaragua; Website www.elgoliat.com.ni/; Email Address ventas1@elgoliat.com.ni; alt. Email Address facturacion@elgoliat.com.ni; RUC # J0310000119627 (Nicaragua) [NICARAGUA].

"EL GORDO BAEZ" (a.k.a. GONZALEZ APUSHANA, Armando; a.k.a. GONZALEZ POLANCO, Amaury; a.k.a. GONZALEZ POLANCO, Hermagoras; a.k.a. "GORDITO POLANCO"; a.k.a. "MILCIADES"; a.k.a. "UNCLE TOLI"), Avenida El Milagro, Edificio Villa Virginia, Maracaibo, Zulia, Venezuela; Karla Karolin Penthouse, Avenida 3 Entre 76 y 77, Maracaibo, Zulia, Venezuela; Maracaibo, Zulia, Venezuela; Caja Seca, Zulia, Venezuela; Merida, Merida, Venezuela; Maicao, Guajira, Colombia; Aruba; DOB 19 Oct 1962; alt. DOB 19 Oct 1959; POB Maicao, Guajira, Colombia; nationality Venezuela; alt. nationality Colombia; citizen Venezuela; alt. citizen Colombia; Cedula No. 7789819 (Venezuela); alt. Cedula No. 84041400 (Colombia) (individual) [SDNTK].

"EL GORDO DUFFAY" (a.k.a. GUTIERREZ AGUIRRE, Duffay), Bogota, Colombia; DOB 16 Sep 1968; POB Buga, Valle, Colombia; Cedula No. 14892384 (Colombia); Matricula Mercantil No 01302280 (Colombia) (individual) [SDNT].

"El Gordo" (a.k.a. SIERRA SANTANA, Nicolas; a.k.a. "El Coruco"), Mexico; DOB 10 Sep 1977; POB Michoacan, Mexico; nationality Mexico; Gender Male; C.U.R.P. SISN770910HMNRRNC09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: LOS VIAGRAS).

"EL GORDO" (a.k.a. ARRAIZA BETANCUR, Mario Jorge; a.k.a. CORDON, Mario; a.k.a. PAREDES CORDOVA, Jorge Mario; a.k.a. PAREDEZ CORDOVA, Jorge Mario; a.k.a. "HIPER"), Morazan El Progreso, Guatemala; DOB 09 Jan 1966; POB Morazan, El Progreso, Guatemala; nationality Guatemala; citizen Guatemala; Passport 1102020001107JK (Guatemala) (individual) [SDNTK].

"El Guerito" (a.k.a. RIVERA IBARRA, Gerardo; a.k.a. "Compadre"), Mexico; DOB 29 Nov 1969; POB Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. RIIG691129HJCVBR16 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"El Guero de Las Trancas" (a.k.a. LEON VALDEZ, Jesus Manuel; a.k.a. "El Guero Trancas"; a.k.a. "Guero de Las Trancas"; a.k.a. "Guero Trancas"), Las Trancas, Tamazula, Durango, Mexico; DOB 08 May 1977; POB Durango, Mexico; nationality Mexico; Gender Male; C.U.R.P. LEVJ770508HDGNLS02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"El Guero Trancas" (a.k.a. LEON VALDEZ, Jesus Manuel; a.k.a. "El Guero de Las Trancas"; a.k.a. "Guero de Las Trancas"; a.k.a. "Guero Trancas"), Las Trancas, Tamazula, Durango, Mexico; DOB 08 May 1977; POB Durango, Mexico; nationality Mexico; Gender Male; C.U.R.P. LEVJ770508HDGNLS02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"El Guero" (a.k.a. GUZMAN LOPEZ, Joaquin; a.k.a. "Guero Moreno"; a.k.a. "Moreno"), Sinaloa, Mexico; DOB 16 Jul 1986; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. GULJ860716HSRZPQ01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL HANNIBAL" (a.k.a. LIRA SOTELO, Javier; a.k.a. "EL CARNICERO"), Mexico; DOB 16 Jul 1965; POB Mexico City, D.F., Mexico; citizen Mexico; Gender Male; C.U.R.P. LISJ650716HDFRTV04 (Mexico); RFC LISJ650716SD0 (Mexico) (individual) [SDNTK].

"EL HARRACHI" (a.k.a. BELKALEM, Mohamed; a.k.a. "ABDELALI ABOU DHER"); DOB 19 Dec 1969; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"El Hermano" (a.k.a. ABOUZAID EL BAYEH, Juan Manuel; a.k.a. "El Arabe"; a.k.a. "El Escorpion"; a.k.a. "Nene"), Mexico; DOB 24 Oct 1972; POB Guadalajara, Jalisco, Mexico; nationality Mexico; Gender Male; R.F.C. AOEJ721024NM2 (Mexico); C.U.R.P. AOBJ721024HJCBYN07 (Mexico) (individual) [SDNTK].

"EL HIELERO" (a.k.a. CRUZ OVALLE, Juan Carlos), 5 Calle, 1-35, Zona 1, Tecun Uman, Ayutla, San Marcos, Guatemala; DOB 11 Sep 1975; alt. DOB 06 Nov 1975; POB Puerto Barrios, Izabal, Guatemala; nationality Guatemala; Gender Male; Cedula No. L-1225277 (Guatemala); NIT # 844191K (Guatemala); C.U.I. 1678215981801 (Guatemala) (individual) [SDNTK] (Linked To: JC CAR AUDIO; Linked To: STAR MARKET MELANYE).

"EL HUEVO" (a.k.a. LOPEZ LOPEZ, Servando), Mexico; DOB 17 Sep 1974; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LOLS740917HSLPPR01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL ILUSTRE" (a.k.a. GUARIN LOAIZA, Jose Berley (Latin: GUARÍN LOAIZA, José Berley)); DOB 13 Jun 1968; POB Tulua, Valle, Colombia; Cedula No. 16365933 (Colombia) (individual) [SDNTK].

"El Indio" (a.k.a. ALCARAZ MORALES, Wilder de Jesus), Colombia; DOB 28 Feb 1989; POB Turbo, Antioquia, Colombia; Gender Male; Cedula No. 1040763025 (Colombia) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: CLAN DEL GOLFO).

"EL INDIO" (a.k.a. ALVAREZ ALVAREZ, Gerardo; a.k.a. ALVAREZ VASQUEZ, Joel; a.k.a. ALVAREZ VASQUEZ, Jose Gerardo; a.k.a. ALVAREZ VAZQUEZ, Jose Gerardo; a.k.a. ALVAREZ VELASQUEZ, Jose Gerardo;

a.k.a. SANCHEZ SALAMANCA, Salvador; a.k.a. ZALDIVAR VEGA, Javier; a.k.a. "EL GERA"), c/o AMERICAN TUNE UP, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Avenida Gonzalez Gallo #2537, Sector Reforma, Guadalajara, Jalisco, Mexico; DOB 03 Nov 1963; alt. DOB 24 Sep 1965; alt. DOB 10 May 1966; POB Las Avilas, Guerrero, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

"EL INDIO" (a.k.a. MESA PAEZ, Aristides Manuel); DOB 25 Apr 1970; POB San Pedro de Uraba, Antioquia, Colombia; citizen Colombia; Cedula No. 71978727 (Colombia) (individual) [SDNTK].

"EL INGENIERO" (a.k.a. QUINTERO SANCLEMENTE, Ramon Alberto; a.k.a. "DON TOMAS"; a.k.a. "LUCAS"), Carrera 16 No. 3-15, Buga, Valle, Colombia; Calle 115 No. 9-50, Bogota, Colombia; DOB 30 Nov 1960; alt. DOB 28 Nov 1958; alt. DOB 30 Nov 1961; POB Cali, Colombia; alt. POB Buga, Valle, Colombia; citizen Colombia; Cedula No. 14881147 (Colombia); Passport AE048871 (Colombia) (individual) [SDNT].

"EL INGENIERO" (a.k.a. FLORES APODACA, Agustin; a.k.a. "EL BARBON"; a.k.a. "EL NINO"), Calle Sierra Madre Occidental No. 1280, Colonia Canadas, Culiacan, Sinaloa 8000, Mexico; DOB 09 Jun 1964; POB Sinaloa, Mexico; nationality Mexico; Gender Male; Passport 040070827 (Mexico); R.F.C. FOAA640609DX9 (Mexico); C.U.R.P. FOAA640609HSLLPG00 (Mexico) (individual) [SDNTK].

"EL INGENIERO" (a.k.a. CABRERA SARABIA, Felipe; a.k.a. VELAZQUEZ MANJARREZ, Miguel; a.k.a. "EL SENOR DE LA SIERRA"); DOB 23 Aug 1971; POB Santiago Papasquiaro, Durango, Mexico; nationality Mexico; Gender Male; C.U.R.P. CASF710823HDGBRL06 (Mexico) (individual) [SDNTK].

"El Invalido" (a.k.a. ZULETA NOSCUE, Pedro Luis), Colombia; DOB 22 Sep 1964; POB Corinto, Cauca, Colombia; Gender Male; Cedula No. 18110470 (Colombia) (individual) [SDNTK].

"EL JT" (a.k.a. FELIX TORRES, Javier; a.k.a. TAMAYO TORRES, Horacio; a.k.a. TORRES FELIX, Javier; a.k.a. "COMPADRE"), Calle Paseo La Cuesta # 1550, Apt 6, Colonia Lomas De Guadalupe, Culiacan Rosales, Sinaloa, Mexico; DOB 19 Oct 1960; POB Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

"El Kamoni" (a.k.a. CABADAS TORRES, Edgar; a.k.a. OROZCO CABADAS, Edgar Valeriano; a.k.a. "El 50"), Mexico; DOB 21 Oct 1985; POB Michoacan, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. OOCE851021HMNRBD04 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTELES UNIDOS).

"EL KHADAFI" (a.k.a. RASCON RAMIREZ, Jose Javier); DOB 24 Jul 1966; citizen Mexico (individual) [SDNTK].

"El Lic" (a.k.a. NUNEZ RIOS, Jose Raul), Mazatlan, Sinaloa, Mexico; DOB 11 Oct 1981; POB Sinaloa, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. NURR811011HSLXSL01 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

"EL LICENCIADO" (a.k.a. CAZARES GASTELLUM, Victor Emilio; a.k.a. CAZARES GASTELUM, Victor Emilio; a.k.a. CAZARES SALAZAR, Victor Emilio; a.k.a. CAZAREZ GASTELUM, Victor; a.k.a. CAZAREZ SALAZAR, Victor Emilio; a.k.a. "EL VIEJO"), Mexico; DOB 08 Aug 1961; POB Guasavito, Guasave, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; C.U.R.P. CASV610808HSLZLC08 (Mexico) (individual) [SDNTK].

"EL LICENCIADO" (a.k.a. LOPEZ NUNEZ, Damaso), Avenida Nicolas Bravo No. 1607, Colonia Guadalupe, Culiacan, Sinaloa 80220, Mexico; Calle Escobedo No. 24, Localidad El Dorado, Culiacan, Sinaloa 80450, Mexico; DOB 22 Feb 1966; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. LOND6602221Y5 (Mexico); alt. R.F.C. LOND660222SE7 (Mexico); C.U.R.P. LOND660222HSLPXM05 (Mexico) (individual) [SDNTK].

"EL LOCO BARRERA" (a.k.a. BARRERA BARRERA, Daniel), Colombia; DOB 06 Nov 1968; alt. DOB 15 Sep 1967; Cedula No. 18221599 (Colombia) (individual) [SDNTK].

"EL M" (a.k.a. NIEBLA GONZALEZ, Adelmo; a.k.a. NIEBLAS NAVA, Guillermo; a.k.a. "EL MEMO"); DOB 21 Dec 1958; citizen Mexico (individual) [SDNTK].

"EL MAGICO" (a.k.a. EL BALLOUTI, Younes (Arabic: يونس البلوطي)), Dubai, United Arab Emirates; DOB 04 Jan 1995; POB Antwerp, Belgium; nationality Belgium; Gender Male; National ID No. 95.01.04-133.03 (Belgium) (individual) [ILLICIT-DRUGS-EO14059].

"El Makabelico" (a.k.a. HERNANDEZ MEDRANO, Ricardo; a.k.a. "Comando Exclusivo"; a.k.a. "HERNANDEZ, Ricardo"), Nuevo Laredo, Tamaulipas, Mexico; DOB 13 Apr 1991; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. HEMR910413HTSRDC06 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DEL NORESTE).

"El Marro" (a.k.a. YEPEZ ORTIZ, Jose Antonio), Mexico; DOB 23 Jul 1980; POB Guanajuato, Mexico; nationality Mexico; Gender Male; C.U.R.P. YEOA800723HGTPRN07 (Mexico) (individual) [TCO] (Linked To: CARTEL DE SANTA ROSA DE LIMA).

"EL MAS LOCO" (a.k.a. CASTREJON PENA, Victor Nazario; a.k.a. MORENO GONZALEZ, Nazario; a.k.a. MORENO MADRIGAL, Nazario; a.k.a. MORENO, Chayo; a.k.a. MORENO, Jose; a.k.a. "CHAYO"; a.k.a. "EL CHAYO"; a.k.a. "EL DULCE"; a.k.a. "LA COMADRE"; a.k.a. "LOCO"; a.k.a. "TINO"), Apatzingan, Michoacan, Mexico; 625 Virgilio Garza Chepevera, Monterrey, Nuevo Leon 64030, Mexico; Calle Isidro Murivera, Matamoros 51370, Mexico; 7 Calle Fray Servando Teresa de Mier, Aptazingan, Michoacan, Mexico; 336 Calle Priv Carlos S de Gortari, Monterrey, Nuevo Laredo, Mexico; 36 Calle Nayarit, Caborca, Sonora 83610, Mexico; DOB 08 Mar 1970; alt. DOB 06 Mar 1970; alt. DOB 12 Jun 1967; alt. DOB 12 Jun 1979; alt. DOB 02 Feb 1982; POB Ario de Rosales, Michoacan, Mexico; alt. POB Guanajuatillo, Michoacan, Mexico; citizen Mexico; SSN 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 (United States); R.F.C. MOGN670612TN0 (Mexico); alt. R.F.C. MOGN700308TN2 (Mexico); alt. R.F.C. MOGN790612TN8 (Mexico); C.U.R.P. MOGN700308HMNRNZ07 (Mexico); Identification Number 092520304 (Mexico) (individual) [SDNTK].

"El Mayo" (a.k.a. HERNANDEZ GARCIA, Javier; a.k.a. LOPEZ LANDEROS, Geronimo; a.k.a. ZAMBADA GARCIA, Ismael; a.k.a. ZAMBADA GARCIA, Ismael Mario; a.k.a. ZAMBADA, El Mayo; a.k.a. "Mayo"), Mexico; DOB 1948; POB Sinaloa, Mexico; nationality Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

"El Medico" (a.k.a. TABARES MARTINEZ, Uriel), Mexico; DOB 16 Apr 1979; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. TAMU790416HGRBRR03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: LA NUEVA FAMILIA MICHOACANA).

"EL MELLADO" (a.k.a. GALINDO MELLADO, Cruz; a.k.a. MELLADO CRUZ, Galdino; a.k.a. MELLADO CRUZ, Galindo), Calle Llano Grande, Tampico Alto, Veracruz C.P. 92040, Mexico; DOB 18 Apr 1973; POB Tampico, Veracruz; nationality Mexico; citizen Mexico; R.F.C. MECC730418 (Mexico); C.U.R.P. MECG730418HVZLRL05 (Mexico) (individual) [SDNTK].

"EL MEMO" (a.k.a. NIEBLA GONZALEZ, Adelmo; a.k.a. NIEBLAS NAVA, Guillermo; a.k.a. "EL M"); DOB 21 Dec 1958; citizen Mexico (individual) [SDNTK].

"El Mencho" (a.k.a. OSEGUERA CERVANTES, Nemesio; a.k.a. OSEGUERA CERVANTES, Ruben; a.k.a. "El Senor de los Gallos"), Jalisco, Mexico; DOB 17 Jul 1966; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. OECR660717HMNSRB00 (Mexico) (individual) [SDNTK] [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"EL MINGO" (a.k.a. MEDINA DIAZ, Domingo), Mexico; DOB 19 Nov 1961; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. MEDD611119HGRDZM01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"El Mochomito" (a.k.a. BELTRAN GUZMAN, Jesus Alfredo; a.k.a. "Alfredito"; a.k.a. "Tito"), Mexico; DOB 23 Apr 1991; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. BEGJ910423HSLLZS02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL MOJARRO" (a.k.a. HURTADO OLASCOAGA, Johnny; a.k.a. "EL MUHADO"; a.k.a. "EL PESCADO"; a.k.a. "EL PEZ"), Mexico; DOB 01 Mar 1973; POB Guerrero, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. HUOJ730301HGRRLH02 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: LA NUEVA FAMILIA MICHOACANA).

"EL MORENO" (a.k.a. PAEZ SOTO, Ramon Ignacio; a.k.a. "PAEZ Nachillo"; a.k.a. "PAEZ, Nacho"); DOB 31 Jul 1973; POB Culiacan, Sinaloa, Mexico; citizen Mexico (individual) [SDNTK].

"EL MUHADO" (a.k.a. HURTADO OLASCOAGA, Johnny; a.k.a. "EL MOJARRO"; a.k.a. "EL PESCADO"; a.k.a. "EL PEZ"), Mexico; DOB 01 Mar 1973; POB Guerrero, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. HUOJ730301HGRRLH02 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: LA NUEVA FAMILIA MICHOACANA).

"EL MUSICO" (a.k.a. GASTELUM IRIBE, Oscar Manuel; a.k.a. "SALGADO"), Monte Rosa #657, Colonia Montebello, Culiacan, Sinaloa 80227, Mexico; Rio de la Plata #3041, Colonia Lomas del Boulevard, Culiacan, Sinaloa 80110, Mexico; Antonio Palafox #1856 Int 42, Colonia Paseos del Sol, Zapopan, Jalisco, Mexico; DOB 05 Oct 1974; POB Jalisco, Mexico; nationality Mexico; Gender Male; RFC GAI0741005TQ3 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL NARANJAS" (a.k.a. ORTEGA GALLEGOS, Jorge Adrian; a.k.a. "NARANJAS"), Mexico; DOB 07 Jul 1983; POB Chihuahua, Mexico; nationality Mexico; Gender Male; C.U.R.P. OEGJ830707HCHRLR00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL NEGRO" (a.k.a. SABORI CISNEROS, Raul); DOB 07 Jul 1963; POB Baja California Norte, Mexico; citizen Mexico (individual) [SDNTK].

"EL NICA" (a.k.a. BARRERA MEDRANO, Nicandro; a.k.a. BARRERA MENDOZA, Nicandro; a.k.a. BARRERA, Nicandro; a.k.a. BARRERA, Robert; a.k.a. NICANDRO, Barrera Mendoza; a.k.a. "CHAPARRO"; a.k.a. "CHATO"; a.k.a. "EL NICE"; a.k.a. "EL NICO"; a.k.a. "NICA"; a.k.a. "NICO"), c/o Purepecha Trucking Co., Uruapan, Michoacan, Mexico; DOB 02 Nov 1964; POB Michoacan, Mexico; citizen Mexico; C.U.R.P. BAMN641102HMNRDC02 (Mexico) (individual) [SDNTK].

"EL NICE" (a.k.a. BARRERA MEDRANO, Nicandro; a.k.a. BARRERA MENDOZA, Nicandro; a.k.a. BARRERA, Nicandro; a.k.a. BARRERA, Robert; a.k.a. NICANDRO, Barrera Mendoza; a.k.a. "CHAPARRO"; a.k.a. "CHATO"; a.k.a. "EL NICA"; a.k.a. "EL NICO"; a.k.a. "NICA"; a.k.a. "NICO"), c/o Purepecha Trucking Co., Uruapan, Michoacan, Mexico; DOB 02 Nov 1964; POB Michoacan, Mexico; citizen Mexico; C.U.R.P.

BAMN641102HMNRDC02 (Mexico) (individual) [SDNTK].

"EL NICO" (a.k.a. BARRERA MEDRANO, Nicandro; a.k.a. BARRERA MENDOZA, Nicandro; a.k.a. BARRERA, Nicandro; a.k.a. BARRERA, Robert; a.k.a. NICANDRO, Barrera Mendoza; a.k.a. "CHAPARRO"; a.k.a. "CHATO"; a.k.a. "EL NICA"; a.k.a. "EL NICE"; a.k.a. "NICA"; a.k.a. "NICO"), c/o Purepecha Trucking Co., Uruapan, Michoacan, Mexico; DOB 02 Nov 1964; POB Michoacan, Mexico; citizen Mexico; C.U.R.P. BAMN641102HMNRDC02 (Mexico) (individual) [SDNTK].

"EL NINO" (a.k.a. FLORES APODACA, Agustin; a.k.a. "EL BARBON"; a.k.a. "EL INGENIERO"), Calle Sierra Madre Occidental No. 1280, Colonia Canadas, Culiacan, Sinaloa 8000, Mexico; DOB 09 Jun 1964; POB Sinaloa, Mexico; nationality Mexico; Gender Male; Passport 040070827 (Mexico); R.F.C. FOAA640609DX9 (Mexico); C.U.R.P. FOAA640609HSLLPG00 (Mexico) (individual) [SDNTK].

"EL NINON" (a.k.a. BELTRAN ARAUJO, Mario German), Mexico; DOB 14 May 1992; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. BEAM920514HSRLRR03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"El Noe" (a.k.a. APONTE CORDOVA, Noe Manases), Venezuela; DOB 30 May 1988; POB Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 19554865 (Venezuela) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

"EL OCHO" (a.k.a. GUERRERO COVARRUBIAS, Adrian Alonso; a.k.a. GUERRERO COVARRUBIAS, Alonso), Mexico; DOB 10 Dec 1990; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; C.U.R.P. GUCA901210HMNRVL04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL OJON" (a.k.a. COLOSIO, Vincente; a.k.a. CONTREAS, Miguel Angel; a.k.a. LADINO AVILA, Jaime Arturo; a.k.a. "FAYO"), c/o GRUPO ROLA S.A. DE C.V., Colima, Colima, Mexico; Calle Jesus Ponce 1083, Colonia Jardin Vista Hermosa, Colima, Colima, Mexico; DOB 24 Jul 1964; alt. DOB 26 Aug 1962; alt. DOB 13 Nov 1964; nationality Mexico; citizen Mexico; R.F.C. LAAJ640724 (Mexico); C.U.R.P.

LAAJ640724HCMDVM07 (Mexico) (individual) [SDNTK].

"EL ONDEADO" (a.k.a. FELIX FELIX, Manuel; a.k.a. TORRES FELIX, Manuel; a.k.a. TORRES FELIX, Manuel De Jesus; a.k.a. TORRES, Manuel Felix; a.k.a. TORRES, Manuel J; a.k.a. "M1"), Sinaloa, Mexico; DOB 28 Feb 1954; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

"EL OURASSI" (a.k.a. AMMARI, Saifi; a.k.a. "ABDALARAK"; a.k.a. "ABDERREZAK LE PARA"; a.k.a. "ABDERREZAK ZAIMECHE"; a.k.a. "ABDUL RASAK AMMANE ABU HAIDRA"; a.k.a. "ABOU HAIDARA"; a.k.a. "EL PARA"); DOB 01 Jan 1968; POB Kef Rih, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"EL PADRINO" (a.k.a. JAMIL GEORGES, Fahd; a.k.a. JAMIL GEORGES, Fuad; a.k.a. YAMIL GEORGES, Fahd; a.k.a. "TURCO"), Ponta Pora, Mato Grosso do Sul, Brazil; Pedro Juan Caballero, Amambay, Paraguay; DOB 07 Jun 1941; nationality Lebanon; citizen Brazil; Cedula No. RG-013147 (Brazil) (individual) [SDNTK].

"EL PAISA" (a.k.a. VELASQUEZ SALDARRIAGA, Hernan Dario; a.k.a. VELASQUEZ, Hernan Dario; a.k.a. "BUITRAGO, Hermides"; a.k.a. "GARCIA, Carlos Alberto"; a.k.a. "MONTERO, Oscar"; a.k.a. "OSCAR"; a.k.a. "PAISA"; a.k.a. "SUNCE, Antonio Rodriguez"), Apure, Venezuela; Colombia; DOB 10 Jan 1963; POB Remedios, Antioquia, Colombia; nationality Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 71391335 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

"El Panu" (a.k.a. MEDINA GONZALEZ, Oscar Noe; a.k.a. "Pan"; a.k.a. "Panu"), Mexico; DOB 11 May 1983; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. MEGO830511HSLDNS01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL PARA" (a.k.a. AMMARI, Saifi; a.k.a. "ABDALARAK"; a.k.a. "ABDERREZAK LE PARA"; a.k.a. "ABDERREZAK ZAIMECHE"; a.k.a. "ABDUL RASAK AMMANE ABU HAIDRA"; a.k.a. "ABOU HAIDARA"; a.k.a. "EL OURASSI"); DOB 01 Jan 1968; POB Kef Rih, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 (individual) [SDGT].

"EL PELON" (a.k.a. ORELLANA MORALES, Jairo Estuardo), Aldea Dona Maria, Zacapa, Guatemala; DOB 28 Sep 1973; POB Zacapa, Guatemala; nationality Guatemala; citizen Guatemala; Cedula No. R-19 42080 (Guatemala); Passport 111904000420805 (Guatemala) issued 28 Aug 2008 expires 28 Aug 2013 (individual) [SDNTK].

"EL PESCADO" (a.k.a. HURTADO OLASCOAGA, Johnny; a.k.a. "EL MOJARRO"; a.k.a. "EL MUHADO"; a.k.a. "EL PEZ"), Mexico; DOB 01 Mar 1973; POB Guerrero, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. HUOJ730301HGRRLH02 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: LA NUEVA FAMILIA MICHOACANA).

"EL PEZ" (a.k.a. HURTADO OLASCOAGA, Johnny; a.k.a. "EL MOJARRO"; a.k.a. "EL MUHADO"; a.k.a. "EL PESCADO"), Mexico; DOB 01 Mar 1973; POB Guerrero, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. HUOJ730301HGRRLH02 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: LA NUEVA FAMILIA MICHOACANA).

"EL PIOLO" (a.k.a. JACOME DEL VALLE, Omar Alfredo), c/o CONSULTORIA EN CAMBIOS FALCON S.A. DE C.V., Huixquilucan, Estado de Mexico, Mexico; DOB 24 Oct 1958; POB Mexico; C.U.R.P. JAVO581024HDFCLM02 (Mexico) (individual) [SDNT].

"El Plumas" (a.k.a. GUDINO HARO, Francisco Javier (Latin: GUDIÑO HARO, Francisco Javier); a.k.a. "La Gallina"), Puerto Vallarta, Jalisco, Mexico; Guadalajara, Jalisco, Mexico; DOB 29 Feb 1988; POB Guadalajara, Jalisco, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. GUHF880229HJCDRR07 (Mexico) (individual) [SDNTK] [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"EL PROFE" (a.k.a. GOMEZ MARTINEZ, Servando; a.k.a. "EL PROFESOR"; a.k.a. "LA TUTA"), 236 Ave. Lazaro Cardenas, Centro, 60920, Mexico; 25 Calle Libertad, Vigencia,

Mexico; DOB 06 Feb 1966; POB Arteaga, Michoacan, Mexico; R.F.C. GOMS660206NS4 (Mexico); alt. R.F.C. GOMS790516 (Mexico); C.U.R.P. GOMS660206HMNMRR08 (Mexico) (individual) [SDNTK].

"EL PROFESOR" (a.k.a. GOMEZ MARTINEZ, Servando; a.k.a. "EL PROFE"; a.k.a. "LA TUTA"), 236 Ave. Lazaro Cardenas, Centro, 60920, Mexico; 25 Calle Libertad, Vigencia, Mexico; DOB 06 Feb 1966; POB Arteaga, Michoacan, Mexico; R.F.C. GOMS660206NS4 (Mexico); alt. R.F.C. GOMS790516 (Mexico); C.U.R.P. GOMS660206HMNMRR08 (Mexico) (individual) [SDNTK].

"El R5" (a.k.a. BARRAGAN CHAVEZ, Luis Enrique; a.k.a. "Guicho"; a.k.a. "Guicho de Los Reyes"; a.k.a. "Wicho"; a.k.a. "Wicho de Los Reyes"), Mexico; DOB 10 Nov 1986; POB Jalisco, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. BACL861110HJCRHS06 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTELES UNIDOS).

"El Raton" (a.k.a. GUZMAN LOPEZ, Ovidio; a.k.a. "Raton Nuevo"), Mexico; DOB 29 Mar 1990; POB Culiacan, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GULO900329HSLZPV09 (Mexico) (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

"EL RATON" (a.k.a. MARCELO BARRAGAN, Antonio), Mexico; DOB 17 Jan 1983; citizen Mexico; Gender Male; R.F.C. MABA830117NJ0 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

"El Ricky" (a.k.a. GONZALEZ SAUCEDA, Ricardo; a.k.a. "Mando R"; a.k.a. "Mando Ricky"), Nuevo Laredo, Tamaulipas, Mexico; DOB 21 Jan 1998; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. GOSR980121HTSNCC04 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DEL NORESTE).

"El RR" (a.k.a. RUIZ VELASCO, Ricardo; a.k.a. "Doble R"; a.k.a. "El Tripa"), Mexico; DOB 13 Sep 1984; POB Jalisco, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. RUVR840913HJCZLC06 (Mexico) (individual)

[SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"El Ruso" (a.k.a. FELIX, Alejandro Fernandez; a.k.a. FELIX, Jesus Sanchez; a.k.a. PONCE FELIX, Juan Jose; a.k.a. SANCHEZ FELIX, Jesus Alexandro; a.k.a. SANCHEZ, Jesus Alejandro; a.k.a. "El Russo"; a.k.a. "Ginete"), Mexicali, Baja California, Mexico; DOB 20 May 1982; alt. DOB 20 Jun 1982; POB Sonora, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. POFJ820520HSRNLN04 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

"El Russo" (a.k.a. FELIX, Alejandro Fernandez; a.k.a. FELIX, Jesus Sanchez; a.k.a. PONCE FELIX, Juan Jose; a.k.a. SANCHEZ FELIX, Jesus Alexandro; a.k.a. SANCHEZ, Jesus Alejandro; a.k.a. "El Ruso"; a.k.a. "Ginete"), Mexicali, Baja California, Mexico; DOB 20 May 1982; alt. DOB 20 Jun 1982; POB Sonora, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. POFJ820520HSRNLN04 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

"El Sapo" (a.k.a. MENDOZA GAYTAN, Gonzalo; a.k.a. "El 90"), Puerto Vallarta, Jalisco, Mexico; DOB 02 Oct 1988; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. MEGG881002HMNNYN02 (Mexico) (individual) [SDNTK] [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"EL SENOR DE LA SIERRA" (a.k.a. CABRERA SARABIA, Felipe; a.k.a. VELAZQUEZ MANJARREZ, Miguel; a.k.a. "EL INGENIERO"); DOB 23 Aug 1971; POB Santiago Papasquiaro, Durango, Mexico; nationality Mexico; Gender Male; C.U.R.P. CASF710823HDGBRL06 (Mexico) (individual) [SDNTK].

"El Senor de los Gallos" (a.k.a. OSEGUERA CERVANTES, Nemesio; a.k.a. OSEGUERA CERVANTES, Ruben; a.k.a. "El Mencho"), Jalisco, Mexico; DOB 17 Jul 1966; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. OECR660717HMNSRB00 (Mexico) (individual) [SDNTK] [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"EL SENOR" (a.k.a. RODRIGUEZ OREJUELA, Miguel Angel; a.k.a. "DOCTOR M.R.O."; a.k.a. "MANOLO"; a.k.a. "MANUEL"; a.k.a. "MAURO"; a.k.a. "MIKE"; a.k.a. "PAT"; a.k.a. "PATRICIA"; a.k.a. "PATRICIO"; a.k.a. "PATTY"), Casa No. 19, Avenida Lago, Ciudad Jardin, Cali, Colombia; DOB 23 Nov 1943; alt. DOB 15 Jul 1943; Cedula No. 6095803 (Colombia) (individual) [SDNT].

"EL SIXTY THREE" (a.k.a. ROCHIN HURTADO, Meliton; a.k.a. "EL 63"), Mexico; DOB 28 Oct 1975; POB Hermosillo, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. ROHM751028HSRCRL00 (Mexico) (individual) [SDNTK].

"EL SOLDADO" (a.k.a. ROMAN FIGUEROA, Jorge Damian), Mexico; DOB 21 Aug 1978; POB Guaymas, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. ROFJ780821HSRMGR10 (Mexico) (individual) [SDNTK].

"El Tagayas" (a.k.a. JIMENEZ TAPIA, Oscar Enrique), Nayarit, Mexico; DOB 13 Dec 1985; POB Jalisco, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. JITO851213HJCMPS07 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"EL TANQUE" (a.k.a. CAZARIN MOLINA, Ivan; a.k.a. "DELGADO RENTERIA, Victor Hugo"), Mexico; DOB 15 Oct 1984; POB Veracruz, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAMI841015HVZZLV05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"El Tarjetas" (a.k.a. HERNANDEZ JIMENEZ, Cesar; a.k.a. MONTERO PINZON, Julio Cesar; a.k.a. VELAZQUEZ BALTAZAR, Luis Armando; a.k.a. "Comandante Tarjetas"; a.k.a. "El Chess"; a.k.a. "El Chino"; a.k.a. "HERNANDEZ JIMENEZ, Francisco"; a.k.a. "Moreno"), Puerto Vallarta, Jalisco, Mexico; Estero del Cayman, Real Ixtapa, #137-A, Puerto Vallarta, Jalisco, Mexico; DOB 02 Jun 1982; alt. DOB 08 Nov 1982; alt. DOB 25 Aug 1986; alt. DOB 28 Jun 1977; POB Puerto Vallarta, Jalisco, Mexico; alt. POB Amatan, Chiapas, Mexico; nationality

Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; R.F.C. VEBL860825 (Mexico); C.U.R.P. MOPJ820602HJCNNL05 (Mexico); alt. C.U.R.P. MOPJ821108HJCNNL04 (Mexico); alt. C.U.R.P. VEBL860825HJCLLS05 (Mexico); alt. C.U.R.P. HEJC770628HCSRMS06 (Mexico); Electoral Registry No. GRMRLR82012730M700 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"EL TIO" (a.k.a. LOYA PLANCARTE, Dionicio; a.k.a. LOYA PLANCARTE, Dionisio), Calle Sin Nombre 100, Cenobio Moreno, Apatzingan, Michoacan 60710, Mexico; Joan Sebastian Bach 87, 2-B, Col Bosque de la Loma, Morelia, Michoacan, Mexico; La Calle Prolongacion Finlandia, Fracc Arboledas, Morelia, Michoacan, Mexico; DOB 21 Oct 1955; POB Michoacan, Mexico; R.F.C. LOPD5510214S1 (Mexico) (individual) [SDNTK].

"EL TRECE" (a.k.a. TURCIOS ANGEL, Saul Antonio; a.k.a. "SHAYBOYS"); DOB 17 May 1978; POB Zaragoza, La Libertad, El Salvador; nationality El Salvador (individual) [TCO].

"El Tripa" (a.k.a. RUIZ VELASCO, Ricardo; a.k.a. "Doble R"; a.k.a. "El RR"), Mexico; DOB 13 Sep 1984; POB Jalisco, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. RUVR840913HJCZLC06 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"EL TUNCO" (a.k.a. GONZALEZ HIGUERA, Jaime; a.k.a. "TUNCO"), Mexico; DOB 07 Mar 1972; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GOHJ720307HSLNGM00 (Mexico) (individual) [SDNTK].

"EL TURCO WALID" (a.k.a. MAKLED GARCIA, Valed; a.k.a. MAKLED GARCIA, Walid; a.k.a. WAKLED GARCIA, Walid), Calle Rio Orinoco, Ankara Building, Valle de Camoruco, Valencia, Carabobo, Venezuela; Guacara, Carabobo, Venezuela; Valencia, Carabobo, Venezuela; Puerto Cabello, Carabobo, Venezuela; Maracaibo, Zulia, Venezuela; Curacao, Netherlands Antilles; DOB 06 Jun 1969; nationality Venezuela; citizen Venezuela; Cedula No. 18489167 (Venezuela); Passport 18489167 (Venezuela) (individual) [SDNTK].

"EL TWENTY" (a.k.a. PINEDA ARMENTA, Leonardo; a.k.a. "EL 20"; a.k.a. "EL VEINTE"), Mexico; DOB 31 Mar 1970; POB Los Mochis, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. PIAL700331HSLNRN00 (Mexico) (individual) [SDNTK].

"El Veinte" (a.k.a. LIZARRAGA MARTINEZ, Victor; a.k.a. "El 20"), Tacuichamona, Culiacan, Sinaloa, Mexico; Pueblos Unidos, Culiacan, Sinaloa, Mexico; DOB 23 Mar 1972; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LIMV720323HSLZRC07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL VEINTE" (a.k.a. PINEDA ARMENTA, Leonardo; a.k.a. "EL 20"; a.k.a. "EL TWENTY"), Mexico; DOB 31 Mar 1970; POB Los Mochis, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. PIAL700331HSLNRN00 (Mexico) (individual) [SDNTK].

"El Viejo" (a.k.a. MOSQUERA SERRANO, Giovanni Vicente; a.k.a. "Giovanny"; a.k.a. "Giovanny San Vicente"), Venezuela; Colombia; DOB 22 Feb 1988; POB San Vicente, Aragua, Venezuela; nationality Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 20243384 (Venezuela) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

"EL VIEJO" (a.k.a. CAZARES GASTELLUM, Victor Emilio; a.k.a. CAZARES GASTELUM, Victor Emilio; a.k.a. CAZARES SALAZAR, Victor Emilio; a.k.a. CAZAREZ GASTELUM, Victor; a.k.a. CAZAREZ SALAZAR, Victor Emilio; a.k.a. "EL LICENCIADO"), Mexico; DOB 08 Aug 1961; POB Guasavito, Guasave, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; C.U.R.P. CASV610808HSLZLC08 (Mexico) (individual) [SDNTK].

"EL ZEIN, Mazen" (a.k.a. AL-ZEIN, Mazen Hassan (Arabic: مازن حسان الزين); a.k.a. EL ZEIN, Mazen Hassan; a.k.a. "AL-ZAYN, Mazin"), Burj Daman Tower, Apartment 3406, Dubai International Financial Center, Dubai 99573, United Arab Emirates; Al Mustaqbal Street, Iris Bay Building, Apt. No. 2304, Business Bay, Dubai, United Arab Emirates; DOB 21 Jun 1974; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 784197494718279 (Lebanon); Identification Number 178295160001 (United Kingdom) (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

"el_nitr0jen" (a.k.a. AHMADZADEGAN, Sadegh; a.k.a. "Nitr0jen"; a.k.a. "Nitr0jen26"); DOB 27 Oct 1992; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2].

"ELA" (a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. "JUNE 78"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"ELAR" (a.k.a. ELEKTRONNYI ARKHIV), Bumazhnyi Proezd D. 14, Str. 2, Moscow 127015, Russia; Sh. Leningradskoe Str. 25A, Office 9/3, Khimki 141402, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9705001507 (Russia); Registration Number 5147746108868 (Russia) [RUSSIA-EO14024].

"ELECTROCOM SPB" (a.k.a. LIMITED LIABILITY COMPANY ELECTROCOM VPK; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ELEKTROKOM VPK), Pr-Kt Prosveshcheniya D. 99, Lit. A, Pomeshch., 180N Office 1, Saint Petersburg 195299, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7840062534 (Russia); Registration Number 1177847049049 (Russia) [RUSSIA-EO14024].

"ELECTRONIC SYSTEM GROUP" (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

"ELESSA GROUP" (a.k.a. ELLISSA GROUP SA), 01 BP 6269, Cotonou, Atlantique, Benin; C.R. No. 03-B-1620 [SDNTK].

"ELIAS" (a.k.a. AKLI, Mohamed Amine; a.k.a. "KALI SAMI"; a.k.a. "KILLECH SHAMIR"); DOB 30 Mar 1972; POB Abordj El Kiffani, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ELIX M" (a.k.a. LIMITED LIABILITY COMPANY ELIKS M (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭЛИКС М)), 17A Novolesnaya Street, Suite 1N, Room 14, Moscow 127055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707380568 (Russia); Registration Number 1177746228670 (Russia) [RUSSIA-EO14024].

"Elle" (a.k.a. CHIRKINYAN, Elena; a.k.a. CHIRKINYAN, Yelena Norayrovna), London, United Kingdom; DOB 27 Aug 1988; POB Azerbaijan; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Digital Currency Address - USDT TDdbRFoBTEmE3qiR69Y6rKRSG1hoF65QaE; Passport 724664629 (Russia) (individual) [RUSSIA-EO14024].

"EL-QAIM, Ibn" (a.k.a. AL-JAWZIYYAH, Ibn al-Qayyim; a.k.a. AL-SAYYID, 'Ali Sulayman Mas'ud 'Abd; a.k.a. SAYED, Aly Soliman Massoud Abdul; a.k.a. "AL-QAYYIM, 'Ibn"; a.k.a. "AL-ZAWL"; a.k.a. "OSMAN, Mohamed"); DOB 1969; POB Tripoli, Libya; nationality Libya;

Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 96/184442 (Libya) (individual) [SDGT].

"EL-TOUNSI, Abou Iyadh" (a.k.a. AAYADH, Abou; a.k.a. HASSAYN, Sayf Allah 'Umar bin; a.k.a. HASSINE, Saifallah Ben; a.k.a. HASSINE, Seifallah Ben; a.k.a. HOCINE, Seif Allah Ben; a.k.a. HUSSAYN, Sayf Allah bin; a.k.a. "AL-TUNISI, Abu Ayyad"; a.k.a. "AL-TUNISI, Abu Iyyadh"; a.k.a. "IYADH, Abou"); DOB 08 Nov 1965; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"EMAD, Abu" (a.k.a. AL MARRANI, Mutlaq Ali Aamer; a.k.a. AL-MARRANI, Motlaq Amer), Al-Jawf, Yemen; DOB 01 Jan 1984; Gender Male (individual) [GLOMAG].

"EMAD, Mohammad" (a.k.a. AL RAWI, Adnan Mahmood; a.k.a. ALRAWI, Adnan Mahmoud; a.k.a. AL-RAWI, 'Adnan Muhammad Amin; a.k.a. AL-RAWI, Amin Muhammad; a.k.a. AMIN, 'Adnan Muhammad; a.k.a. RAWI, Adnan Mahmood; a.k.a. "ALDEEN, Mohammed Amad Az"; a.k.a. "EZALDEEN, Mohammed Emad"), Erbil, Iraq; Amman, Jordan; Sulaymaniyah, Iraq; Istanbul, Turkey; Adana, Turkey; Bazaz Abd, Syria; al-Rawah, Anbar, Iraq; DOB 07 Jan 1985; alt. DOB 28 Aug 1982; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 649474 (Iraq); Identification Number 00260818 (Iraq); alt. Identification Number 658032 (Jordan); alt. Identification Number 635464 (Jordan); alt. Identification Number 1251025 (Jordan); alt. Identification Number 1200701 (Jordan); alt. Identification Number 24906658031 (Jordan); alt. Identification Number 1465967 (Jordan); alt. Identification Number 1194396 (Jordan) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"EMAMJOME, Asadollah" (a.k.a. EMAMJOME, Seyed Asadollah; a.k.a. EMAMJOMEH, Seyed Asadoollah (Arabic: سید اسداله امام جمعه); a.k.a. EMAMJOMEH, Seyed Assadolah), Dubai, United Arab Emirates; Tehran, Iran; DOB 24 Mar 1952; POB Golpayegan, Iran; nationality Iran; alt. nationality Dominica; Gender Male; Passport X96591179 (Iran); National ID No. 1219242901 (Iran) (individual) [IRAN-EO13902].

"EMATEL" (a.k.a. EMATEL COMMUNICATIONS; a.k.a. EMATEL LLC; a.k.a. EMMA TEL LLC (Arabic: ايماتيل); a.k.a. EMMATEL; a.k.a. IMATEL FOR COMMUNICATIONS (Arabic: (شركة ايماتيل للاتصالات)), Shaalan, Damascus, Syria; Mazzeh Highway, Damascus, Syria; Behind Revolution Street, al-Lahoudiyeh, Tartous, Syria; New Zahira Highway, Al Zahira, Damascus, Syria; Marjeh, Damascus, Syria; Daraa Highway, Town Center, Damascus, Syria; Eastern Qalamoun, Rural Damascus, Syria; Flowers Street, Tartous, Syria; The Main Circle, Civilization Street, Homs, Syria; Quwatli Street, Homs, Syria; Murabit, Hama, Syria; Al Jamelaiah, Aleppo, Syria; Baghdad Street, Latakia, Syria; Latakia, Syria; March 8th Street, Latakia, Syria; University Highway, Al-Zahira, Latakia, Syria; Amara Street, Jeblah, Syria; Daraa, Syria; Al-Qamashil, Northeastern Region, Syria; Al-Hasakah, Syria; Deir Ezzor, Syria; Organization Type: Wholesale of electronic and telecommunications equipment and parts [PAARSSR-EO13894] (Linked To: BIN ALI, Khodr Taher).

"EMERALD SLEET" (a.k.a. KIMSUKY; a.k.a. "APT43"; a.k.a. "ARCHIPELAGO"; a.k.a. "BLACK BANSHEE"; a.k.a. "NICKEL KIMBALL"; a.k.a. "THALLIUM"; a.k.a. "VELVET CHOLLIMA"), Korea, North; Website onerearth.xyz; alt. Website sovershopp.online; alt. Website mofa.lat; alt. Website janskinmn.lol; alt. Website supermeasn.lat; alt. Website bookstarrtion.online; alt. Website cdredos.site; alt. Website scemsal.site; alt. Website somelmark.store; Email Address hongsiao@naver.com; alt. Email Address teriparl25@gmail.com; alt. Email Address seanchung.hanvoice@hotmail.com; alt. Email Address pkurui9999@gmail.com; alt. Email Address ssdkfdlsfd@gmail.com; alt. Email Address haris2022100@outlook.com; alt. Email Address bing2020@outlook.kr; alt. Email Address marksigal1001@gmail.com; alt. Email Address donghyunkim1010@gmail.com; alt. Email Address hong_xiao@naver.com; alt. Email Address sm.carls0000@gmail.com; alt. Email Address kennedypamla@gmail.com; alt. Email Address ds1kdie@aol.com; alt. Email Address ds1kde@daum.net; alt. Email Address yoon.dasl@yahoo.com; alt. Email Address syshim10@mofa.lat; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

"EMKA" (a.k.a. EXPLORATION AND NUCLEAR RAW MATERIAL PRODUCTION COMPANY; a.k.a. EXPLORATION AND NUCLEAR RAW MATERIALS PRODUCTION COMPANY; a.k.a. NUCLEAR INDUSTRY EXPLORATION AND RAW MATERIALS PRODUCTION COMPANY), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: TAMAS COMPANY).

"EMT OOO" (a.k.a. EUROMICROTECH; a.k.a. LLC EVROMIKROTEKH), ul. Vaneeva d. 205, office 506, Nizhniy Novgorod 603122, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5262367076 (Russia); Registration Number 1195275054523 (Russia) [RUSSIA-EO14024].

"ENANO" (a.k.a. MONTERROSA-LARIOS, Marvin Geovanny; a.k.a. MONTERROSA-LARIOS, Marvin Jeovanny); DOB 21 May 1974; POB San Miguel, San Miguel, El Salvador; nationality El Salvador (individual) [TCO].

"EnExchanger" (a.k.a. GHORBANIAN, Mohammad; a.k.a. GHORBANIYAN, Mohammad; a.k.a. "Ensaniyat"; a.k.a. "Ensaniyat_Exchanger"), Iran; DOB 09 Mar 1987; POB Tehran, Iran; nationality Iran; Website www.enexchanger.com; Email Address EnExchanger@gmail.com; alt. Email Address Ensaniyat1365@gmail.com; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT 1AjZPMsnmpdK2Rv9KQNfMurTXinscVro9V; Identification Number 008-046347-9 (Iran); Birth Certificate Number 32270 (Iran) (individual) [CYBER2].

"Engineer Morteza" (a.k.a. NAZHAD, Hasan Saburi; a.k.a. SABURINEJAD, Ali; a.k.a. SABURINEZHAD, Ali; a.k.a. SABURINEZHAD, Hasan (Arabic: حسن سبری نژاد); a.k.a. "MURTADA, Muhandis"; a.k.a. "SABURI, Hasan"), Iran; Iraq; Syria; DOB 09 Jan 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0383595282 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"Engineer Saboor" (a.k.a. NASRATYAR, Abdul Saboor; a.k.a. SABOOR, Abdul); DOB 1986; POB Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 (individual) [SDGT].

"ENGS LLC" (a.k.a. ENERGY OF OIL AND GAS SERVICE LLC), Yakimanskaya Naberezhnaya D. 4, Str.1, Moscow 119180, Russia; Ul. Grimau D. 10A, Str. 1, Moscow 117292, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7727650928 (Russia); Registration Number 1087746582714 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"ENID" (a.k.a. ATOMIC FUEL DEVELOPMENT ENGINEERING COMPANY; a.k.a. ENERGY NOVIN INDUSTRIAL DEVELOPMENT; a.k.a. MATSA COMPANY; a.k.a. "MATSA"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"ENJOYGANZHOU" (a.k.a. LIU, Lizhi (Chinese Simplified: 刘理志); a.k.a. "LIU, Steve"; a.k.a. "LIU, Steven"; a.k.a. "NICE LIZHI"; a.k.a. "NICELIZHI"; a.k.a. "XXL4"), No. 2 Shaguo Group, Yangmei Village, Huangjin Ridge, Zhanggong District, Ganzhou, Jiangxi, China; Lianhang Road, No. 1698, 5 Building, Pujiang Town, Minxing District, Shanghai, China; Lulian Road, 100 Alley, No. 5, Room 1202, Pujiang Town, Minxing District, Shanghai, China; Puxinggong Road, 9688, Alley No. 5, Haiwan Town, Fengxian District, Shanghai, China; DOB 13 Nov 1984; POB Zhanggong District, Ganzhou, Jiangxi, China; nationality China; Gender Male; National ID No. 36070219841113373X (China) (individual) [CYBER3] (Linked To: FUNNULL TECHNOLOGY INC).

"ENKI" (a.k.a. TURASHEV, Igor Olegovich; a.k.a. "NINTUTU"), Russia; DOB 15 Jun 1981; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: EVIL CORP).

"Ensaniyat" (a.k.a. GHORBANIAN, Mohammad; a.k.a. GHORBANIYAN, Mohammad; a.k.a. "EnExchanger"; a.k.a. "Ensaniyat_Exchanger"), Iran; DOB 09 Mar 1987; POB Tehran, Iran; nationality Iran; Website www.enexchanger.com; Email Address EnExchanger@gmail.com; alt. Email Address Ensaniyat1365@gmail.com; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT

1AjZPMsnmpdK2Rv9KQNfMurTXinscVro9V; Identification Number 008-046347-9 (Iran); Birth Certificate Number 32270 (Iran) (individual) [CYBER2].

"Ensaniyat_Exchanger" (a.k.a. GHORBANIAN, Mohammad; a.k.a. GHORBANIYAN, Mohammad; a.k.a. "EnExchanger"; a.k.a. "Ensaniyat"), Iran; DOB 09 Mar 1987; POB Tehran, Iran; nationality Iran; Website www.enexchanger.com; Email Address EnExchanger@gmail.com; alt. Email Address Ensaniyat1365@gmail.com; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT 1AjZPMsnmpdK2Rv9KQNfMurTXinscVro9V; Identification Number 008-046347-9 (Iran); Birth Certificate Number 32270 (Iran) (individual) [CYBER2].

"EPIT" (a.k.a. LIMITED LIABILITY COMPANY VOPLOSHCHENIYE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОПЛОЩЕНИЕ)), Apartment 54, 76/39 Shamilya Usmanova Street, Naberezhniye Chelny 423823, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1650350558 (Russia); Registration Number 1171690064215 (Russia) [RUSSIA-EO14024].

"EPL" (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "PCP"; a.k.a. "SL"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

"EPO SIGNAL" (a.k.a. ENGELSSKOE PRIBOROSTROITELNOE OBYEDINENIE SIGNAL), KV-L 1-I, Privolzhskii 413119, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

6449042991 (Russia); Registration Number 1026401974972 (Russia) [RUSSIA-EO14024].

"EPV INTERNATIONAL" (a.k.a. PERFECT DAY CO; a.k.a. PERFECT DAY CO SA; a.k.a. PERFECTDAY SOCIEDAD ANONIMA), Bolivia Ave., 2239/301, Montevideo, Uruguay; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Nov 2014; Tax ID No. 217537690015 (Uruguay) [NPWMD] [IFSR] (Linked To: PASARGAD HELICOPTER COMPANY).

"EQUIPOSPA" (a.k.a. GRUPO ILC; a.k.a. ILC CONSULTORES ADMINISTRATIVOS, S. DE R.L. DE C.V.; a.k.a. ILC EXPORTACIONES, S. DE R.L. DE C.V.; a.k.a. RESTAURANTE EL HABANERO, S.A. DE C.V.; a.k.a. "PERFECT SILHOUETTE"; a.k.a. "ULTRAPHARMA"; a.k.a. "ULTRAVITAL"), General Victoriano Cepeda 2, Colonia Observatorio, Miguel Hidalgo, Mexico, Distrito Federal 11860, Mexico; Louisiana No. 24, Esq. Montana, Col. Napoles, Del. Benito Juarez, Mexico, Distrito Federal 03810, Mexico; Periferico Sur #102, Col. Observatorio, Del. Miguel Hidalgo, Mexico, Distrito Federal, Mexico; Huixquilucan, Estado de Mexico, Mexico; R.F.C. IEX-950713-L90 (Mexico); alt. R.F.C. ICA060810942 (Mexico) [SDNTK].

"ERA AO" (a.k.a. AKTSIONERNOYE OBSHCHESTVO VLADIVOSTOKSKOYE PREDPRIYATIE ELEKTRORADIOAVTIMATIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВЛАДИВОСТОКСКОЕ ПРЕДПРИЯТИЕ ЭЛЕКТРОРАДИОАВТОМАТИКА); a.k.a. ELEKTRORADIOAVTOMATIKA VLADIVOSTOK ENTERPRISE JOINT STOCK COMPANY; a.k.a. VLADIVOSTOK ELECTRICAL COMPANY ERA JSC), 1 Ulitsa Pionerskaya, Vladivostok 690001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jul 2000; Tax ID No. 2504000733 (Russia); Registration Number 1022501275455 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

"ERJM LTD" (a.k.a. ERJM LIMITED), 18 Regent Street Kingswood, Bristol, Avon BS15 8JS, United Kingdom; Website www.erjmltd.com; Organization Established Date 08 Jul 2016; V.A.T. Number GB264205718 (United Kingdom) [ILLICIT-DRUGS-EO14059] (Linked To: GRIMM, Matthew Simon).

"ERNESTO BAEZ" (a.k.a. DUQUE GAVIRIA, Ivan Roberto); DOB 09 May 1955; POB Aguadas, Caldas, Colombia; Cedula No. 10241940 (Colombia) (individual) [SDNTK].

"Eryk" (a.k.a. LANDAETA HERNANDEZ, Eryk Manuel), Colombia; DOB 29 Aug 1982; nationality Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 15978329 (Venezuela) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

"ESG GROUP" (a.k.a. ENTEBAGH GOSTAR COMPANY; a.k.a. ENTEBAGH GOSTAR SEPEHR; a.k.a. ENTEBAGH GOSTAR SEPEHR COMPANY (Arabic: شرکت انطباق گستر سپهر)), No. 2, Corner of North Yasaman, End of Third Yas, Golha Boulevard, Golestan Town Railway, Tehran, Tehran Province, Iran; Website www.egsepehr.com; alt. Website www.egsepehr.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14006006930 (Iran); Registration ID 529379 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

"ESG" (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

"ESKAM" (a.k.a. NOVIN KHARA; a.k.a. NOVIN KHARA MINERAL MINING EXTRACTION COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING ENGINEERING COMPANY; a.k.a. NOVIN PARS MINERAL MINING COMPANY; a.k.a. "ASKAM"; a.k.a. "MINERAL MINING EXTRACTION COMPANY"; a.k.a. "SKAM"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"ESKEDA, Franki" (a.k.a. ESQUEDA NIETO, Francisco Daniel; a.k.a. ESQUEDA, Franky; a.k.a. "Franky De La Joya"), Nuevo Laredo, Tamaulipas, Mexico; DOB 23 Oct 1994; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. EUNF941023HTSSTR02 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DEL NORESTE).

"ESMAIL ALI AHMED, Hashem" (a.k.a. AL-MADANI, Hashem Ismail Ali Ahmed), Yemen; DOB 01 Jan 1984; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 06120128 (Yemen) expires 19 Feb 2026 (individual) [SDGT] (Linked To: ANSARALLAH).

"ESMS LLC" (a.k.a. LIMITED LIABILITY COMPANY ELGA STROY MINING SERVICE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭЛЬГА СТРОЙ МАЙНИНГ СЕРВИС)), D. 6 Str. 2 Etazh 39, pomeshch./kom. I/16-2, Naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703043276 (Russia); Registration Number 1217700374902 (Russia) [RUSSIA-EO14024].

"ESO" (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"ETA" (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. EPANASTATIKI PIRINES; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. XAKI; a.k.a. "K.A.S."); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"ETSM" (a.k.a. EDINYI TSENTR METALLOOBRABOTKI; a.k.a. UNIFIED METALWORKING CENTER), 11V Mikhailova St., Saint Petersburg 195009, Russia; Pr-Kt Engelsa D. 27, Lit. K, Pomeshch. 1-N, Kom. 52, Saint Petersburg 194156, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802574250 (Russia); Registration Number 1167847190169 (Russia) [RUSSIA-EO14024].

"ETT" (a.k.a. ETT DISTRIBUTION BV; a.k.a. EUROPEAN TECHNICAL TRADING; a.k.a. EUROPEAN TT DISTRIBUTION), 24, Booiebos, Gent 9031, Belgium; 1, Ijsbeerlaan, Nevele 9850, Belgium; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Private Company; Enterprise Number 0677.702.574 (Belgium) [RUSSIA-EO14024] (Linked To: DE GEETERE, Hans).

"EUROCOMPANY LTD." (a.k.a. EUROSADRUZHIE LTD.; a.k.a. EUROSADRUZHIE OOD; a.k.a. EUROSUDRUZHIE LTD.; a.k.a. EVROSADRUZHIE OOD), 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization

Established Date 2002; V.A.T. Number BG 130855554 (Bulgaria) [GLOMAG] (Linked To: VABO SYSTEMS EOOD).

"EVER NIETO" (a.k.a. NIETO FIERRO, Heber), Mexico; DOB 28 Sep 1975; POB Chihuahua, Mexico; nationality Mexico; Gender Male; C.U.R.P. NIFH750928HCHTRB04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EVRAZ KGOK AO" (a.k.a. AKTSIONERNOE OBSHCHESTVO EVRAZ KACHKANARSKI GORNO OBOGATITELNY KOMBINAT; a.k.a. JOINT STOCK COMPANY EVRAZ KACHKANARCKY ORE MINING AND PROCESSING PLANT), d. 2, ul. Sverdlova, Kachkanar, Sverdlovsk region 624351, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6615001962 (Russia); Registration Number 1026601125308 (Russia) [RUSSIA-EO14024].

"EVRAZ NTMK AO" (a.k.a. AKTSIONERNOE OBSHCHESTVO EVRAZ NIZHNETAGILSKI METALLURGICHESKI KOMBINAT; a.k.a. JOINT STOCK COMPANY EVRAZ NIZHNY TAGIL METALLURGICAL PLANT), d.1, ul. Metallurgov, Nizhni Tagil, Sverdlovsk region 622025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Dec 1992; Tax ID No. 6623000680 (Russia); Registration Number 1026601367539 (Russia) [RUSSIA-EO14024].

"EVRAZ ZSMK AO" (a.k.a. AKTSIONERNOE OBSHCHESTVO EVRAZ OBEDINENNY ZAPADNO SIBIRSKI METALLURGICHESKI KOMBINAT; a.k.a. JOINT STOCK COMPANY EVRAZ CONSOLIDATED WEST SIBERIAN METALLURGICAL PLANT), d.16, shosse Kosmicheskoe (Zavodskoi R-N), Novokuznetsk, Kemerovo region 654043, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4218000951 (Russia); Registration Number 1024201670020 (Russia) [RUSSIA-EO14024].

"EX-CLE" (a.k.a. EX-CLE C.A.; a.k.a. EX-CLE SOLUCIONES BIOMETRICAS C.A.), Municipio Libertador, Parroquia Catedral, Urbanizacion Catedral, Avenida Sur, Esquina Sociedad a Gradillas, Edificio Bompland, Caracas, Venezuela; 2da Transversal entre 2da y 3er Avenida de Santa Eduvigis, Municipio Sucre, Caracas, Estado Miranda, Venezuela; RIF # J407882333 (Venezuela) [VENEZUELA] (Linked To: MADURO MOROS, Nicolas).

"EXECUTION COMPANY" (a.k.a. EKSIKYUSHN RDC; a.k.a. LIMITED LIABILITY COMPANY EKSIKYUSHN ER DI SI), Ul. Yaroslavskaya, D. 8, K. 5, Moscow 129164, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7717783213 (Russia); Registration Number 1147746462368 (Russia) [RUSSIA-EO14024].

"EXTERNAL SECURITY ORGANIZATION" (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"EXTERNAL SERVICES ORGANIZATION" (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"EYNAKI" (a.k.a. KASSIR, Mohammed Jaafar; a.k.a. QASIR, Muhammad; a.k.a. QASIR, Muhammad Jafar; a.k.a. "FADI"; a.k.a. "GHOLI, Hossein"; a.k.a. "MAJID"; a.k.a. "SALAH, Shaykh"), Syria; DOB 12 Feb 1967; POB Dayr Qanun Al-Nahr, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

"EZALDEEN, Mohammed Emad" (a.k.a. AL RAWI, Adnan Mahmood; a.k.a. ALRAWI, Adnan Mahmoud; a.k.a. AL-RAWI, 'Adnan Muhammad Amin; a.k.a. AL-RAWI, Amin Muhammad; a.k.a. AMIN, 'Adnan Muhammad; a.k.a. RAWI, Adnan Mahmood; a.k.a. "ALDEEN, Mohammed Amad Az"; a.k.a. "EMAD, Mohammad"), Erbil, Iraq; Amman, Jordan; Sulaymaniyah, Iraq; Istanbul, Turkey; Adana, Turkey; Bazaz Abd, Syria; al-Rawah, Anbar, Iraq; DOB 07 Jan 1985; alt. DOB 28 Aug 1982; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 649474 (Iraq); Identification Number 00260818 (Iraq); alt. Identification Number 658032 (Jordan); alt. Identification Number 635464 (Jordan); alt. Identification Number 1251025 (Jordan); alt. Identification Number 1200701 (Jordan); alt. Identification Number 24906658031 (Jordan); alt. Identification Number 1465967 (Jordan); alt. Identification Number 1194396 (Jordan) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"FADI" (a.k.a. KASSIR, Mohammed Jaafar; a.k.a. QASIR, Muhammad; a.k.a. QASIR, Muhammad Jafar; a.k.a. "EYNAKI"; a.k.a. "GHOLI, Hossein"; a.k.a. "MAJID"; a.k.a. "SALAH, Shaykh"), Syria; DOB 12 Feb 1967; POB Dayr Qanun Al-Nahr, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

"FAHIYE, Abdirahman" (a.k.a. 'ISA, Abd-al-Rahman Fahiye; a.k.a. ISSE MOHAMUD, Abdirahman Fahiye; a.k.a. "ADEN, Ahmed"; a.k.a. "AL-SHARQAWI, Shaykh Abu-Mus'ab"),

Somalia; DOB 1985; POB Bosaso, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"Fahmi Slim" (a.k.a. AL IDRISI, Femhi Abu Zaid Salem; a.k.a. BEN KHALIFA, Fahmi; a.k.a. BEN KHALIFA, Fahmi Mousa Saleem; a.k.a. BIN KHALIFA, Fahmi; a.k.a. SALEM, al Idrisi Fehmi Abu Zaid; a.k.a. "King of Zawarah"), Sarage El Islam, Tripoli, Libya; Zuwarah, Libya; DOB 02 Jan 1972; nationality Libya; Gender Male; National ID No. 560147C (Libya) (individual) [LIBYA3].

"FAI/ANIMAL REVOLT" (a.k.a. FEDERAZIONE ANARCHICA INFORMALE/FRONTE RIVOLUZIONARIO INTERNAZIONALE; a.k.a. INFORMAL ANARCHIST FEDERATION/INTERNATIONAL REVOLUTIONARY FRONT; a.k.a. "AUGUSTO MASETTI INFORMAL ANARCHIST BRIGADE - INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "BRIGATA AUGUSTO MASETTI FEDERAZIONE ANARCHICA INFORMALE - FRONTE RIVOLUZIONARIO INTERNAZIONALE"; a.k.a. "CELLS AGAINST CAPITAL THE PRISON ITS JAILERS AND ITS CELLS"; a.k.a. "COOPERATIVA ARTIGIANA FUOCO E AFFINI"; a.k.a. "FAI/ARMED CELLS FOR INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/CELLS AGAINST CAPITA PRISON AND ITS JAILERS AND ITS CELLS"; a.k.a. "FAI/CRAFT COOPERATIVE FIRE AND SIMILAR/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/METROPOLITAN CELLS"; a.k.a. "FAI/NARODNAJA VOJLA"; a.k.a. "FAI/REVOLUTIONARY CELL LAMBROS FOUNTAS"; a.k.a. "FAI/REVOLUTIONARY NUCLEUS HORST FANTAZZINI"; a.k.a. "FAI/SISTERS IN ARMS MAURICIO MORALES NUCLEUS/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/TERRIBLE ANONYMOUS REVOLT"; a.k.a. "HARIS HATZIMIHELAKIS/INTERNATIONAL NERO"; a.k.a. "JULY 20 BRIGADE"; a.k.a. "JULY BRIGADE/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "SANTIAGO MALDONADO CELL"; a.k.a. "SANTIAGO MALDONADO CELL FAI-FRI"; a.k.a. "SORELLE IN ARMI, NUCLEO MAURICIO MORALES"), Italy; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886; Organization Established Date Dec 2003; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"FAI/ARMED CELLS FOR INTERNATIONAL SOLIDARITY" (a.k.a. FEDERAZIONE ANARCHICA INFORMALE/FRONTE RIVOLUZIONARIO INTERNAZIONALE; a.k.a. INFORMAL ANARCHIST FEDERATION/INTERNATIONAL REVOLUTIONARY FRONT; a.k.a. "AUGUSTO MASETTI INFORMAL ANARCHIST BRIGADE - INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "BRIGATA AUGUSTO MASETTI FEDERAZIONE ANARCHICA INFORMALE - FRONTE RIVOLUZIONARIO INTERNAZIONALE"; a.k.a. "CELLS AGAINST CAPITAL THE PRISON ITS JAILERS AND ITS CELLS"; a.k.a. "COOPERATIVA ARTIGIANA FUOCO E AFFINI"; a.k.a. "FAI/ANIMAL REVOLT"; a.k.a. "FAI/CELLS AGAINST CAPITA PRISON AND ITS JAILERS AND ITS CELLS"; a.k.a. "FAI/CRAFT COOPERATIVE FIRE AND SIMILAR/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/METROPOLITAN CELLS"; a.k.a. "FAI/NARODNAJA VOJLA"; a.k.a. "FAI/REVOLUTIONARY CELL LAMBROS FOUNTAS"; a.k.a. "FAI/REVOLUTIONARY NUCLEUS HORST FANTAZZINI"; a.k.a. "FAI/SISTERS IN ARMS MAURICIO MORALES NUCLEUS/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/TERRIBLE ANONYMOUS REVOLT"; a.k.a. "HARIS HATZIMIHELAKIS/INTERNATIONAL NERO"; a.k.a. "JULY 20 BRIGADE"; a.k.a. "JULY BRIGADE/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "SANTIAGO MALDONADO CELL"; a.k.a. "SANTIAGO MALDONADO CELL FAI-FRI"; a.k.a. "SORELLE IN ARMI, NUCLEO MAURICIO MORALES"), Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2003; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"FAI/CELLS AGAINST CAPITA PRISON AND ITS JAILERS AND ITS CELLS" (a.k.a. FEDERAZIONE ANARCHICA INFORMALE/FRONTE RIVOLUZIONARIO INTERNAZIONALE; a.k.a. INFORMAL ANARCHIST FEDERATION/INTERNATIONAL

REVOLUTIONARY FRONT; a.k.a. "AUGUSTO MASETTI INFORMAL ANARCHIST BRIGADE - INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "BRIGATA AUGUSTO MASETTI FEDERAZIONE ANARCHICA INFORMALE - FRONTE RIVOLUZIONARIO INTERNAZIONALE"; a.k.a. "CELLS AGAINST CAPITAL THE PRISON ITS JAILERS AND ITS CELLS"; a.k.a. "COOPERATIVA ARTIGIANA FUOCO E AFFINI"; a.k.a. "FAI/ANIMAL REVOLT"; a.k.a. "FAI/ARMED CELLS FOR INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/CRAFT COOPERATIVE FIRE AND SIMILAR/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/METROPOLITAN CELLS"; a.k.a. "FAI/NARODNAJA VOJLA"; a.k.a. "FAI/REVOLUTIONARY CELL LAMBROS FOUNTAS"; a.k.a. "FAI/REVOLUTIONARY NUCLEUS HORST FANTAZZINI"; a.k.a. "FAI/SISTERS IN ARMS MAURICIO MORALES NUCLEUS/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/TERRIBLE ANONYMOUS REVOLT"; a.k.a. "HARIS HATZIMIHELAKIS/INTERNATIONAL NERO"; a.k.a. "JULY 20 BRIGADE"; a.k.a. "JULY BRIGADE/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "SANTIAGO MALDONADO CELL"; a.k.a. "SANTIAGO MALDONADO CELL FAI-FRI"; a.k.a. "SORELLE IN ARMI, NUCLEO MAURICIO MORALES"), Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2003; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"FAI/CRAFT COOPERATIVE FIRE AND SIMILAR/INTERNATIONAL REVOLUTIONARY FRONT" (a.k.a. FEDERAZIONE ANARCHICA INFORMALE/FRONTE RIVOLUZIONARIO INTERNAZIONALE; a.k.a. INFORMAL ANARCHIST FEDERATION/INTERNATIONAL REVOLUTIONARY FRONT; a.k.a. "AUGUSTO MASETTI INFORMAL ANARCHIST BRIGADE - INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "BRIGATA AUGUSTO MASETTI FEDERAZIONE ANARCHICA INFORMALE - FRONTE RIVOLUZIONARIO INTERNAZIONALE"; a.k.a. "CELLS AGAINST CAPITAL THE PRISON ITS JAILERS AND ITS CELLS"; a.k.a. "COOPERATIVA ARTIGIANA FUOCO E AFFINI"; a.k.a. "FAI/ANIMAL

REVOLT"; a.k.a. "FAI/ARMED CELLS FOR INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/CELLS AGAINST CAPITA PRISON AND ITS JAILERS AND ITS CELLS"; a.k.a. "FAI/INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/METROPOLITAN CELLS"; a.k.a. "FAI/NARODNAJA VOJLA"; a.k.a. "FAI/REVOLUTIONARY CELL LAMBROS FOUNTAS"; a.k.a. "FAI/REVOLUTIONARY NUCLEUS HORST FANTAZZINI"; a.k.a. "FAI/SISTERS IN ARMS MAURICIO MORALES NUCLEUS/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/TERRIBLE ANONYMOUS REVOLT"; a.k.a. "HARIS HATZIMIHELAKIS/INTERNATIONAL NERO"; a.k.a. "JULY 20 BRIGADE"; a.k.a. "JULY BRIGADE/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "SANTIAGO MALDONADO CELL"; a.k.a. "SANTIAGO MALDONADO CELL FAI-FRI"; a.k.a. "SORELLE IN ARMI, NUCLEO MAURICIO MORALES"), Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2003; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"FAI/INTERNATIONAL SOLIDARITY" (a.k.a. FEDERAZIONE ANARCHICA INFORMALE/FRONTE RIVOLUZIONARIO INTERNAZIONALE; a.k.a. INFORMAL ANARCHIST FEDERATION/INTERNATIONAL REVOLUTIONARY FRONT; a.k.a. "AUGUSTO MASETTI INFORMAL ANARCHIST BRIGADE - INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "BRIGATA AUGUSTO MASETTI FEDERAZIONE ANARCHICA INFORMALE - FRONTE RIVOLUZIONARIO INTERNAZIONALE"; a.k.a. "CELLS AGAINST CAPITAL THE PRISON ITS JAILERS AND ITS CELLS"; a.k.a. "COOPERATIVA ARTIGIANA FUOCO E AFFINI"; a.k.a. "FAI/ANIMAL REVOLT"; a.k.a. "FAI/ARMED CELLS FOR INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/CELLS AGAINST CAPITA PRISON AND ITS JAILERS AND ITS CELLS"; a.k.a. "FAI/CRAFT COOPERATIVE FIRE AND SIMILAR/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/METROPOLITAN CELLS"; a.k.a. "FAI/NARODNAJA VOJLA"; a.k.a. "FAI/REVOLUTIONARY CELL LAMBROS FOUNTAS"; a.k.a. "FAI/REVOLUTIONARY NUCLEUS HORST FANTAZZINI"; a.k.a. "FAI/SISTERS IN ARMS MAURICIO MORALES

NUCLEUS/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/TERRIBLE ANONYMOUS REVOLT"; a.k.a. "HARIS HATZIMIHELAKIS/INTERNATIONAL NERO"; a.k.a. "JULY 20 BRIGADE"; a.k.a. "JULY BRIGADE/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "SANTIAGO MALDONADO CELL"; a.k.a. "SANTIAGO MALDONADO CELL FAI-FRI"; a.k.a. "SORELLE IN ARMI, NUCLEO MAURICIO MORALES"), Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2003; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"FAI/METROPOLITAN CELLS" (a.k.a. FEDERAZIONE ANARCHICA INFORMALE/FRONTE RIVOLUZIONARIO INTERNAZIONALE; a.k.a. INFORMAL ANARCHIST FEDERATION/INTERNATIONAL REVOLUTIONARY FRONT; a.k.a. "AUGUSTO MASETTI INFORMAL ANARCHIST BRIGADE - INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "BRIGATA AUGUSTO MASETTI FEDERAZIONE ANARCHICA INFORMALE - FRONTE RIVOLUZIONARIO INTERNAZIONALE"; a.k.a. "CELLS AGAINST CAPITAL THE PRISON ITS JAILERS AND ITS CELLS"; a.k.a. "COOPERATIVA ARTIGIANA FUOCO E AFFINI"; a.k.a. "FAI/ANIMAL REVOLT"; a.k.a. "FAI/ARMED CELLS FOR INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/CELLS AGAINST CAPITA PRISON AND ITS JAILERS AND ITS CELLS"; a.k.a. "FAI/CRAFT COOPERATIVE FIRE AND SIMILAR/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/NARODNAJA VOJLA"; a.k.a. "FAI/REVOLUTIONARY CELL LAMBROS FOUNTAS"; a.k.a. "FAI/REVOLUTIONARY NUCLEUS HORST FANTAZZINI"; a.k.a. "FAI/SISTERS IN ARMS MAURICIO MORALES NUCLEUS/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/TERRIBLE ANONYMOUS REVOLT"; a.k.a. "HARIS HATZIMIHELAKIS/INTERNATIONAL NERO"; a.k.a. "JULY 20 BRIGADE"; a.k.a. "JULY BRIGADE/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "SANTIAGO MALDONADO CELL"; a.k.a. "SANTIAGO MALDONADO CELL FAI-FRI";

a.k.a. "SORELLE IN ARMI, NUCLEO MAURICIO MORALES"), Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2003; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"FAI/NARODNAJA VOJLA" (a.k.a. FEDERAZIONE ANARCHICA INFORMALE/FRONTE RIVOLUZIONARIO INTERNAZIONALE; a.k.a. INFORMAL ANARCHIST FEDERATION/INTERNATIONAL REVOLUTIONARY FRONT; a.k.a. "AUGUSTO MASETTI INFORMAL ANARCHIST BRIGADE - INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "BRIGATA AUGUSTO MASETTI FEDERAZIONE ANARCHICA INFORMALE - FRONTE RIVOLUZIONARIO INTERNAZIONALE"; a.k.a. "CELLS AGAINST CAPITAL THE PRISON ITS JAILERS AND ITS CELLS"; a.k.a. "COOPERATIVA ARTIGIANA FUOCO E AFFINI"; a.k.a. "FAI/ANIMAL REVOLT"; a.k.a. "FAI/ARMED CELLS FOR INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/CELLS AGAINST CAPITA PRISON AND ITS JAILERS AND ITS CELLS"; a.k.a. "FAI/CRAFT COOPERATIVE FIRE AND SIMILAR/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/METROPOLITAN CELLS"; a.k.a. "FAI/REVOLUTIONARY CELL LAMBROS FOUNTAS"; a.k.a. "FAI/REVOLUTIONARY NUCLEUS HORST FANTAZZINI"; a.k.a. "FAI/SISTERS IN ARMS MAURICIO MORALES NUCLEUS/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/TERRIBLE ANONYMOUS REVOLT"; a.k.a. "HARIS HATZIMIHELAKIS/INTERNATIONAL NERO"; a.k.a. "JULY 20 BRIGADE"; a.k.a. "JULY BRIGADE/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "SANTIAGO MALDONADO CELL"; a.k.a. "SANTIAGO MALDONADO CELL FAI-FRI"; a.k.a. "SORELLE IN ARMI, NUCLEO MAURICIO MORALES"), Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2003; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"FAI/REVOLUTIONARY CELL LAMBROS FOUNTAS" (a.k.a. FEDERAZIONE ANARCHICA INFORMALE/FRONTE

RIVOLUZIONARIO INTERNAZIONALE; a.k.a. INFORMAL ANARCHIST FEDERATION/INTERNATIONAL REVOLUTIONARY FRONT; a.k.a. "AUGUSTO MASETTI INFORMAL ANARCHIST BRIGADE - INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "BRIGATA AUGUSTO MASETTI FEDERAZIONE ANARCHICA INFORMALE - FRONTE RIVOLUZIONARIO INTERNAZIONALE"; a.k.a. "CELLS AGAINST CAPITAL THE PRISON ITS JAILERS AND ITS CELLS"; a.k.a. "COOPERATIVA ARTIGIANA FUOCO E AFFINI"; a.k.a. "FAI/ANIMAL REVOLT"; a.k.a. "FAI/ARMED CELLS FOR INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/CELLS AGAINST CAPITA PRISON AND ITS JAILERS AND ITS CELLS"; a.k.a. "FAI/CRAFT COOPERATIVE FIRE AND SIMILAR/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/METROPOLITAN CELLS"; a.k.a. "FAI/NARODNAJA VOJLA"; a.k.a. "FAI/REVOLUTIONARY NUCLEUS HORST FANTAZZINI"; a.k.a. "FAI/SISTERS IN ARMS MAURICIO MORALES NUCLEUS/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/TERRIBLE ANONYMOUS REVOLT"; a.k.a. "HARIS HATZIMIHELAKIS/INTERNATIONAL NERO"; a.k.a. "JULY 20 BRIGADE"; a.k.a. "JULY BRIGADE/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "SANTIAGO MALDONADO CELL"; a.k.a. "SANTIAGO MALDONADO CELL FAI-FRI"; a.k.a. "SORELLE IN ARMI, NUCLEO MAURICIO MORALES"), Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2003; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"FAI/REVOLUTIONARY NUCLEUS HORST FANTAZZINI" (a.k.a. FEDERAZIONE ANARCHICA INFORMALE/FRONTE RIVOLUZIONARIO INTERNAZIONALE; a.k.a. INFORMAL ANARCHIST FEDERATION/INTERNATIONAL REVOLUTIONARY FRONT; a.k.a. "AUGUSTO MASETTI INFORMAL ANARCHIST BRIGADE - INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "BRIGATA AUGUSTO MASETTI FEDERAZIONE ANARCHICA INFORMALE - FRONTE RIVOLUZIONARIO INTERNAZIONALE"; a.k.a. "CELLS AGAINST

CAPITAL THE PRISON ITS JAILERS AND ITS CELLS"; a.k.a. "COOPERATIVA ARTIGIANA FUOCO E AFFINI"; a.k.a. "FAI/ANIMAL REVOLT"; a.k.a. "FAI/ARMED CELLS FOR INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/CELLS AGAINST CAPITA PRISON AND ITS JAILERS AND ITS CELLS"; a.k.a. "FAI/CRAFT COOPERATIVE FIRE AND SIMILAR/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/METROPOLITAN CELLS"; a.k.a. "FAI/NARODNAJA VOJLA"; a.k.a. "FAI/REVOLUTIONARY CELL LAMBROS FOUNTAS"; a.k.a. "FAI/SISTERS IN ARMS MAURICIO MORALES NUCLEUS/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/TERRIBLE ANONYMOUS REVOLT"; a.k.a. "HARIS HATZIMIHELAKIS/INTERNATIONAL NERO"; a.k.a. "JULY 20 BRIGADE"; a.k.a. "JULY BRIGADE/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "SANTIAGO MALDONADO CELL"; a.k.a. "SANTIAGO MALDONADO CELL FAI-FRI"; a.k.a. "SORELLE IN ARMI, NUCLEO MAURICIO MORALES"), Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2003; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"FAI/SISTERS IN ARMS MAURICIO MORALES NUCLEUS/INTERNATIONAL REVOLUTIONARY FRONT" (a.k.a. FEDERAZIONE ANARCHICA INFORMALE/FRONTE RIVOLUZIONARIO INTERNAZIONALE; a.k.a. INFORMAL ANARCHIST FEDERATION/INTERNATIONAL REVOLUTIONARY FRONT; a.k.a. "AUGUSTO MASETTI INFORMAL ANARCHIST BRIGADE - INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "BRIGATA AUGUSTO MASETTI FEDERAZIONE ANARCHICA INFORMALE - FRONTE RIVOLUZIONARIO INTERNAZIONALE"; a.k.a. "CELLS AGAINST CAPITAL THE PRISON ITS JAILERS AND ITS CELLS"; a.k.a. "COOPERATIVA ARTIGIANA FUOCO E AFFINI"; a.k.a. "FAI/ANIMAL REVOLT"; a.k.a. "FAI/ARMED CELLS FOR INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/CELLS AGAINST CAPITA PRISON AND ITS JAILERS AND ITS CELLS"; a.k.a. "FAI/CRAFT COOPERATIVE FIRE AND SIMILAR/INTERNATIONAL REVOLUTIONARY

FRONT"; a.k.a. "FAI/INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/METROPOLITAN CELLS"; a.k.a. "FAI/NARODNAJA VOJLA"; a.k.a. "FAI/REVOLUTIONARY CELL LAMBROS FOUNTAS"; a.k.a. "FAI/REVOLUTIONARY NUCLEUS HORST FANTAZZINI"; a.k.a. "FAI/TERRIBLE ANONYMOUS REVOLT"; a.k.a. "HARIS HATZIMIHELAKIS/INTERNATIONAL NERO"; a.k.a. "JULY 20 BRIGADE"; a.k.a. "JULY BRIGADE/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "SANTIAGO MALDONADO CELL"; a.k.a. "SANTIAGO MALDONADO CELL FAI-FRI"; a.k.a. "SORELLE IN ARMI, NUCLEO MAURICIO MORALES"), Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2003; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"FAI/TERRIBLE ANONYMOUS REVOLT" (a.k.a. FEDERAZIONE ANARCHICA INFORMALE/FRONTE RIVOLUZIONARIO INTERNAZIONALE; a.k.a. INFORMAL ANARCHIST FEDERATION/INTERNATIONAL REVOLUTIONARY FRONT; a.k.a. "AUGUSTO MASETTI INFORMAL ANARCHIST BRIGADE - INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "BRIGATA AUGUSTO MASETTI FEDERAZIONE ANARCHICA INFORMALE - FRONTE RIVOLUZIONARIO INTERNAZIONALE"; a.k.a. "CELLS AGAINST CAPITAL THE PRISON ITS JAILERS AND ITS CELLS"; a.k.a. "COOPERATIVA ARTIGIANA FUOCO E AFFINI"; a.k.a. "FAI/ANIMAL REVOLT"; a.k.a. "FAI/ARMED CELLS FOR INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/CELLS AGAINST CAPITA PRISON AND ITS JAILERS AND ITS CELLS"; a.k.a. "FAI/CRAFT COOPERATIVE FIRE AND SIMILAR/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/METROPOLITAN CELLS"; a.k.a. "FAI/NARODNAJA VOJLA"; a.k.a. "FAI/REVOLUTIONARY CELL LAMBROS FOUNTAS"; a.k.a. "FAI/REVOLUTIONARY NUCLEUS HORST FANTAZZINI"; a.k.a. "FAI/SISTERS IN ARMS MAURICIO MORALES NUCLEUS/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "HARIS HATZIMIHELAKIS/INTERNATIONAL NERO"; a.k.a. "JULY 20 BRIGADE"; a.k.a. "JULY BRIGADE/INTERNATIONAL

REVOLUTIONARY FRONT"; a.k.a. "SANTIAGO MALDONADO CELL"; a.k.a. "SANTIAGO MALDONADO CELL FAI-FRI"; a.k.a. "SORELLE IN ARMI, NUCLEO MAURICIO MORALES"), Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2003; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"FAIZ, Shaikh" (a.k.a. AHMAD, Fayyaz; a.k.a. FIAZ, Muhammad; a.k.a. "BAHA'I, Fayaz"; a.k.a. "FAYAZ, Sheikh"; a.k.a. "FIYAZ, Sheikh"; a.k.a. "FIYYAZ, Sheikh"), Sheikhpura, Pakistan; DOB 05 Dec 1973; POB Sheikhpura, Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"Faiza" (a.k.a. SEGUJJA, Elias; a.k.a. SUGUJA, Fezza; a.k.a. "Feeza"; a.k.a. "Mulalo"), Congo, Democratic Republic of the; DOB 1969 to 1971; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"FAKHRIZADEH" (a.k.a. FAKHRIZADEH, Mohsen; a.k.a. FAKHRIZADEH-MAHABADI, Mohsen); Additional Sanctions Information - Subject to Secondary Sanctions; Passport A0009228; alt. Passport 4229533 (individual) [NPWMD] [IFSR].

"FAM GROUP LIMITED LIABILITY COMPANY" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FAM GRUPP), Malyi Prospekt V. O D.57, K. 3, Saint Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801494474 (Russia); Registration Number 1097847123065 (Russia) [RUSSIA-EO14024].

"FAM HOLDING LIMITED LIABILITY COMPANY" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FAM KHOLDING), Malyi Prospekt V.O., 57 K3 - 12N Pomeshchenie 1 Floor, Saint Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801454070 (Russia); Registration Number 1079847091411 (Russia) [RUSSIA-EO14024].

"FAM ROBOTICS LLC" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FAM ROBOTIKS; a.k.a. "LIMITED LIABILITY COMPANY FAMROBOTIKS"), Pr-Kt Malyi V.O. D. 57, K. 3 Lit. A, Pom.12N, Saint Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID

No. 7801431788 (Russia); Registration Number 1077847102695 (Russia) [RUSSIA-EO14024].

"FARAZ" (a.k.a. SABAHI, Mohammad Reza; a.k.a. SABAHI, Mohammed Reza); DOB 02 Dec 1991; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 041-023144-4 (individual) [CYBER2].

"FARC DISSIDENTS FARC-EP" (a.k.a. FARC-EP; a.k.a. FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA - EJERCITO DEL PUEBLO; a.k.a. REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY; a.k.a. "FARC-D FARC-EP"; a.k.a. "GAO-R FARC-EP"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL FARC-EP"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP FARC-EP"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS FARC-EP"), Colombia; Venezuela; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"FARC DISSIDENTS SEGUNDA MARQUETALIA" (a.k.a. LA NUEVA MARQUETALIA; a.k.a. NEW MARQUETALIA; a.k.a. SECOND MARQUETALIA; a.k.a. SEGUNDA MARQUETALIA; a.k.a. "ARMED ORGANIZED RESIDUAL GROUP SEGUNDA MARQUETALIA"; a.k.a. "FARC-D SEGUNDA MARQUETALIA"; a.k.a. "GAO-R SEGUNDA MARQUETALIA"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL SEGUNDA MARQUETALIA"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP SEGUNDA MARQUETALIA"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS SEGUNDA MARQUETALIA"), Colombia; Venezuela; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"FARC-D FARC-EP" (a.k.a. FARC-EP; a.k.a. FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA - EJERCITO DEL PUEBLO; a.k.a. REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY; a.k.a. "FARC DISSIDENTS FARC-EP"; a.k.a. "GAO-R FARC-EP"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL FARC-EP"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP FARC-EP"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS FARC-EP"), Colombia; Venezuela; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"FARC-D SEGUNDA MARQUETALIA" (a.k.a. LA NUEVA MARQUETALIA; a.k.a. NEW MARQUETALIA; a.k.a. SECOND MARQUETALIA; a.k.a. SEGUNDA MARQUETALIA; a.k.a. "ARMED ORGANIZED RESIDUAL GROUP SEGUNDA MARQUETALIA"; a.k.a. "FARC DISSIDENTS SEGUNDA MARQUETALIA"; a.k.a. "GAO-R SEGUNDA MARQUETALIA"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL SEGUNDA MARQUETALIA"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP SEGUNDA MARQUETALIA"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS SEGUNDA MARQUETALIA"), Colombia; Venezuela; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"FARI, Abu-al-Abbas Adil Abdu" (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

"FARI, Abu-al-Abbas Adil Abduh" (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU

FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

"FARMACIATRINIDADNOGALES" (a.k.a. FARMACIA TRINIDAD; a.k.a. FARMACIA Y MINI SUPER TRINIDAD), Calle Orizaba 81, Col. Empalme, Nogales, Sonora 84080, Mexico; Email Address farmaciatrinidadnogales@gmail.com; Phone Number +52 631 104 2274; alt. Phone Number +52 631 172 1037; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; R.F.C. MOHA720319GT3 (Mexico) [ILLICIT-DRUGS-EO14059] (Linked To: MORGAN HUERTA, Jose Arnoldo).

"FAROUK" (a.k.a. AL-AMRIKI, Abu Mansour; a.k.a. AL-AMRIKI, Abu Mansur; a.k.a. AL-AMRIKI, Abu Mansuur; a.k.a. HAMMAMI, Omar; a.k.a. HAMMAMI, Omar Shafik; a.k.a. HAMMAMI, Umar; a.k.a. "FAROUQ"); DOB 06 May 1984; POB Alabama, USA; Passport 403062567 (United States); SSN 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 (United States) (individual) [SOMALIA].

"FAROUQ" (a.k.a. AL-AMRIKI, Abu Mansour; a.k.a. AL-AMRIKI, Abu Mansur; a.k.a. AL-AMRIKI, Abu Mansuur; a.k.a. HAMMAMI, Omar; a.k.a. HAMMAMI, Omar Shafik; a.k.a. HAMMAMI, Umar; a.k.a. "FAROUK"); DOB 06 May 1984; POB Alabama, USA; Passport 403062567 (United States); SSN 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 (United States) (individual) [SOMALIA].

"FAST4RELEASE" (a.k.a. WU, Huihui; a.k.a. "WAKEMEUPUPUP"), China; DOB 15 Dec 1988; POB Shandong, China; nationality China; Gender Male; Digital Currency Address - XBT 1986rYHckYbJpGQJy6ornuMyD2N5MTqwDt; alt. Digital Currency Address - XBT 125W5ek3DT6Zqy5S2iPt4FHQdNMCbZA3FU; alt. Digital Currency Address - XBT 1Kc6egXevyLEaeTxLFA1Zyw7GuhCN8jQtt; alt. Digital Currency Address - XBT 12w6v1qAaBc4W8h8C2Cu5SKFaKDSv3erUW;

alt. Digital Currency Address - XBT 1CPJak9ZyddbawMGJPyEhCiJLXXb4sYv8N; alt. Digital Currency Address - XBT 1DJoVLgn1foJHHngduRPJvRbwpaFEKxvxd; alt. Digital Currency Address - XBT 15kZobLkD6HZgEECtz4oS2Vz21XHTnNfSg; alt. Digital Currency Address - XBT 15qyVrZvvVGvB7GWiAZ82TNcZ6QWMKu3kx; alt. Digital Currency Address - XBT 12YCfVAEzkEZXBYhUTyJJaRkgMXiFxJgcu; alt. Digital Currency Address - XBT 1MkCnCa9agS5t6V1B15bzusBgYECB4LfWp; alt. Digital Currency Address - XBT 1NuBZQXJPyYQGfoBib8wWBDpZmbtkJa5Ba; alt. Digital Currency Address - XBT 14rjAD8ZP5xaL571cMRE98qgxxbg1S8mAN; alt. Digital Currency Address - XBT 18yWCu6agTxYqAerMxiz9sgHrK3ViezzGa; alt. Digital Currency Address - XBT 12jVCWW1ZhTLA5yVnroEJswqKwsfiZKsax; alt. Digital Currency Address - XBT 1J378PbmTKn2sEw6NBrSWVfjZLBZW3DZem; alt. Digital Currency Address - XBT 18aqbRhHupgvC9K8qEqD78phmTQQWs7B5d; alt. Digital Currency Address - XBT 16ti2EXaae5izfkUZ1Zc59HMcsdnHpP5QJ; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport E59165201 (China) expires 01 Sep 2025; Identification Number 371326198812157611 (China) (individual) [DPRK3] (Linked To: LAZARUS GROUP).

"FATALES" (a.k.a. LOS CHONEROS; a.k.a. "AGUILAS"; a.k.a. "THE CHONEROS"), Ecuador; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

"FATEH SQUAD" (a.k.a. BALOCH LIBERATION ARMY; a.k.a. BALOCHISTAN LIBERATION ARMY (Arabic: بلۆچستان آجوییء لشکر); a.k.a. MAJEED BRIGADE; a.k.a. ZEPHYR INTELLIGENCE RESEARCH AND ANALYSIS BUREAU; a.k.a. "BLA"), Balochistan, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2000 [FTO] [SDGT].

"FATSA" (a.k.a. FATSA COMPANY; a.k.a. URANIUM PROCESSING AND NUCLEAR

FUEL COMPANY; a.k.a. URANIUM PROCESSING AND NUCLEAR FUEL COMPANY OF IRAN; a.k.a. URANIUM PROCESSING AND NUCLEAR FUEL PRODUCTION COMPANY), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"FAVELA, Gaby" (a.k.a. FAVELA LOPEZ, Maria Gabriela), Mexico; DOB 27 Oct 1967; POB Sinaloa, Mexico; nationality Mexico; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; R.F.C. FALG671027UL5 (Mexico); C.U.R.P. FALG671027MSLVPB02 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SUMILAB, S.A. DE C.V.).

"FAWAKEH" (a.k.a. AL QARAWI, Abu Yahya; a.k.a. AL QARAWI, Saleh; a.k.a. AL QARAWI, Saleh Abudullah Saleh; a.k.a. AL SAGHIR, Akhuk; a.k.a. AL-KHEIR, Najm; a.k.a. AL-QARAWI, Saleh bin Abdullah; a.k.a. "MOOTASEM"); DOB 15 Nov 1982; POB Brydah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E646989 (individual) [SDGT].

"FAYAZ, Sheikh" (a.k.a. AHMAD, Fayyaz; a.k.a. FIAZ, Muhammad; a.k.a. "BAHA'I, Fayaz"; a.k.a. "FAIZ, Shaikh"; a.k.a. "FIYAZ, Sheikh"; a.k.a. "FIYYAZ, Sheikh"), Sheikhpura, Pakistan; DOB 05 Dec 1973; POB Sheikhpura, Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"FAYO" (a.k.a. COLOSIO, Vincente; a.k.a. CONTRERAS, Miguel Angel; a.k.a. LADINO AVILA, Jaime Arturo; a.k.a. "EL OJON"), c/o GRUPO ROLA S.A. DE C.V., Colima, Colima, Mexico; Calle Jesus Ponce 1083, Colonia Jardin Vista Hermosa, Colima, Colima, Mexico; DOB 24 Jul 1964; alt. DOB 26 Aug 1962; alt. DOB 13 Nov 1964; nationality Mexico; citizen Mexico; R.F.C. LAAJ640724 (Mexico); C.U.R.P. LAAJ640724HCMDVM07 (Mexico) (individual) [SDNTK].

"Fedyunya" (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a.

"Mage"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

"Feeza" (a.k.a. SEGUJJA, Elias; a.k.a. SUGUJA, Fezza; a.k.a. "Faiza"; a.k.a. "Mulalo"), Congo, Democratic Republic of the; DOB 1969 to 1971; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"FEP ZVEZA JSC" (a.k.a. AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY ZAVOD ZVEZDA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДАЛЬНЕВОСТОЧНЫЙ ЗАВОД ЗВЕЗДА); a.k.a. FAR EASTERN PLANT ZVEZDA JOINT STOCK COMPANY; a.k.a. "DVZ ZVEZDA AO"), 1 Ulitsa Stepana Lebedeva, Bolshoi Kamen 692801, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Nov 2008; Tax ID No. 2503026908 (Russia); Registration Number 1082503000931 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

"FESRC JSC" (a.k.a. AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДАЛЬНЕВОСТОЧНЫЙ ЦЕНТР СУДОСТРОЕНИЯ И СУДОРЕМОНТА); a.k.a. JSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. OJSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. "AO DTSSS" (Cyrillic: "АО ДЦСС"); a.k.a. "FESRC"; a.k.a. "JSC DCSS"; a.k.a. "JSC DTSSS"), 72 Svetlanskaya Ulitsa, Vladivostok, Primorsky Territory 690001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2536196045 (Russia); Government Gazette Number 80952329 (Russia); Registration Number 1072536016211 (Russia) [RUSSIA-EO14024].

"FESRC" (a.k.a. AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДАЛЬНЕВОСТОЧНЫЙ ЦЕНТР СУДОСТРОЕНИЯ И СУДОРЕМОНТА); a.k.a. JSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. OJSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. "AO DTSSS" (Cyrillic: "АО ДЦСС"); a.k.a. "FESRC JSC"; a.k.a. "JSC DCSS"; a.k.a. "JSC DTSSS"), 72 Svetlanskaya Ulitsa, Vladivostok, Primorsky Territory 690001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2536196045 (Russia); Government Gazette Number 80952329 (Russia); Registration Number 1072536016211 (Russia) [RUSSIA-EO14024].

"FGAU KVTS PATRIOT" (a.k.a. FEDERAL STATE AUTONOMOUS INSTITUTION CONGRESS AND EXHIBITION CENTER PATRIOT; a.k.a. FEDERALNOE GOSUDARSTVENNOE AVTONOMNOE UCHREZHDENIE KONGRESSNO VYSTAVOCHNYI TSENTR PATRIOT; a.k.a. "PATRIOT CEC"; a.k.a. "PATRIOT CONGRESS AND EXHIBITION CENTER"), str. 2 ter. Park Patriot, Odintsovsky 143070, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 3666026141 (Russia); Registration Number 1023601560465 (Russia) [RUSSIA-EO14024].

"FGUP NIIPA" (a.k.a. APPLIED ACOUSTICS RESEARCH INSTITUTE; a.k.a. FEDERAL STATE UNITARY ENTERPRISE NIIPA; a.k.a. FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE NAUCHNO ISSLEDOVATELSKII INSTITUT PRIKLADNOI AKUSTIKI; a.k.a. SCIENTIFIC RESEARCH INSTITUTE OF APPLIED ACOUSTICS; a.k.a. "AARI"; a.k.a. "RIAA"), 9 May St., 7A, Dubna 141981, Russia; 16A Nagatinskaia Ul, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010007607 (Russia); Registration Number 1035002202070 (Russia) [RUSSIA-EO14024].

"FGUP-NIISK" (a.k.a. FEDERAL STATE UNITARY ENTERPRISE RESEARCH INSTITUTE OF SYNTHETIC RUBBER; a.k.a. FEDERAL STATE UNITARY ENTERPRISE S.V. LEBEDEV INSTITUTE OF SYNTHETIC RUBBER; a.k.a. FEDERALNOYE GOSUDARSTVENNOYE UNITARNOYE PREDPRIYATIYE NAUCHNO-ISSLEDOVATELSKIY INSTITUT SINTETICHESKOGO KAUCHUKA; a.k.a. "FSUE ISR"; a.k.a. "FSUE RISR"), 1 Gapsalskaya Str., St. Petersburg 198035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Dec 2021; Tax ID No. 7805005251 (Russia); Registration Number 1027802761733 (Russia) [RUSSIA-EO14024].

"FIAN" (a.k.a. FEDERAL STATE FINANCED INSTITUTION OF SCIENCE PHYSICAL HIGHER EDUCATION INSTITUTION NAMED AFTER P. N. LEBEDEVA OF THE RUSSIAN FEDERATION ACADEMY SCIENCES; a.k.a. LEBEDEV PHYSICAL INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "LPI RAS"), 53 Leninsky Ave, Moscow 119991, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Oct 2001; Tax ID No. 7736037394 (Russia); Registration Number 1027739617960 (Russia) [RUSSIA-EO14024].

"FIIB" (a.k.a. FIRST ISLAMIC INVESTMENT BANK LIMITED), 19A-3A-3A, Level 31, Business Suite, UOA Centre, No. 19 Jalan, Pinang, Kuala Lumpur 50450, Malaysia; Financial Park Labuan Complex Unit 13 (C), Main Office Tower Jalan Merdeka, Labuan 87000, Malaysia; Website www.fiib.com.my; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"FINANCIAL INFORMATION SYSTEMS" (a.k.a. FINANSOVYE INFORMATSIONNYE SISTEMY), Ul. Dusi Kovalchuk D. 179/5, Novosibirsk 630049, Russia; Ul. Musy Dzhalilya D. 3/1, Of. 823, Novosibirsk 630055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5445255281 (Russia); Registration Number 1085445000046 (Russia) [RUSSIA-EO14024].

"FINO" (a.k.a. FLORES APODACA, Salome; a.k.a. "PELON"); DOB 23 Oct 1962; POB Sinaloa, Mexico; nationality Mexico; Gender Male; Passport 07040059504 (Mexico); R.F.C. FOAS621023Q97 (Mexico); C.U.R.P. FOAS621023HSLLPL04 (Mexico) (individual) [SDNTK].

"FIRMA KHORST" (a.k.a. RESEARCH AND PRODUCTION COMPANY HORST), Ul. Akademika Yangelya D 14, Korp 2, KV 257, Moscow 117534, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726038952 (Russia); Registration Number 1037739344004 (Russia) [RUSSIA-EO14024].

"FIRST CAPITAL COMMAND" (a.k.a. PRIMEIRO COMANDO DA CAPITAL; a.k.a. "PCC"), Brazil [ILLICIT-DRUGS-EO14059].

"FISHEYE" (a.k.a. KONDRATEV, Ivan; a.k.a. KONDRATIEV, Ivan Gennadievich (Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич); a.k.a. KONDRATYEV, Ivan; a.k.a. "@AL3XL7"; a.k.a. "@BASSTERLORD"; a.k.a. "@BASSTERLORD0170742922"; a.k.a. "@SINNER6546"; a.k.a. "@SINNER911"; a.k.a. "BASSTERLORD"; a.k.a. "EDITOR"; a.k.a. "INVESTORLIFE1"; a.k.a. "JACKROCK#3337"; a.k.a. "SIN998A"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45hexr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h60n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6ng6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e4120d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

"Fito" (a.k.a. MACIAS VILLAMAR, Jose Adolfo), Ecuador; DOB 30 Sep 1979; POB Santa Ana, Manabi, Ecuador; nationality Ecuador; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

"FIVE STAR SHIPPING COMPANY" (a.k.a. MYANMA FIVE STAR LINE; a.k.a. MYANMA FIVE STAR LINE COMPANY LIMITED; a.k.a. MYANMA FIVE STAR SHIPPING COMPANY; a.k.a. MYANMAR FIVE STAR LINE; a.k.a. "FIVE STAR SHIPPING LINE"; a.k.a. "MFSL"), Burma; Organization Established Date 25 Jun 2010; Organization Type: Sea and coastal freight water transport; Registration Number 107184368 (Burma) [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

"FIVE STAR SHIPPING LINE" (a.k.a. MYANMA FIVE STAR LINE; a.k.a. MYANMA FIVE STAR LINE COMPANY LIMITED; a.k.a. MYANMA FIVE STAR SHIPPING COMPANY; a.k.a. MYANMAR FIVE STAR LINE; a.k.a. "FIVE

STAR SHIPPING COMPANY"; a.k.a. "MFSL"), Burma; Organization Established Date 25 Jun 2010; Organization Type: Sea and coastal freight water transport; Registration Number 107184368 (Burma) [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

"FIYAZ, Sheikh" (a.k.a. AHMAD, Fayyaz; a.k.a. FIAZ, Muhammad; a.k.a. "BAHA'I, Fayaz"; a.k.a. "FAIZ, Shaikh"; a.k.a. "FAYAZ, Sheikh"; a.k.a. "FIYYAZ, Sheikh"), Sheikhpura, Pakistan; DOB 05 Dec 1973; POB Sheikhpura, Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"FIYYAZ, Sheikh" (a.k.a. AHMAD, Fayyaz; a.k.a. FIAZ, Muhammad; a.k.a. "BAHA'I, Fayaz"; a.k.a. "FAIZ, Shaikh"; a.k.a. "FAYAZ, Sheikh"; a.k.a. "FIYAZ, Sheikh"), Sheikhpura, Pakistan; DOB 05 Dec 1973; POB Sheikhpura, Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"FLACO USUGA" (a.k.a. MONTOYA USUGA, Alexander); DOB 14 Jun 1979; POB Medellin, Antioquia, Colombia; citizen Colombia; Cedula No. 71216560 (Colombia) (individual) [SDNTK].

"Flaco" (a.k.a. HURTADO OLASCOAGA, Ubaldo; a.k.a. "H1"), Mexico; DOB 09 May 1979; POB Guerrero, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. HUOU790509HGRRLB08 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: LA NUEVA FAMILIA MICHOACANA).

"FLACO" (a.k.a. LOPEZ HUERTA, Arnoldo; a.k.a. LOPEZ RUEDA, Jose Arnoldo; a.k.a. RUEDA MEDINA, Jose Arnoldo; a.k.a. "EL FLACO"; a.k.a. "LA MINSA"; a.k.a. "MODELO"); DOB 15 Dec 1969; alt. DOB 27 Dec 1969; POB Michoacan, Mexico; alt. POB Paracuaro, Mexico; nationality Mexico; C.U.R.P. RUMA691215HMNDDR08 (Mexico) (individual) [SDNTK].

"FLECHAS" (a.k.a. CANO CORREA, Jhon Eidelber; a.k.a. CANO, Jhonny; a.k.a. CARDONA RIBILLAS, Alejandro), Carrera 28 No. 7-35, Cali, Colombia; Calle 18 No. 8-16, Cartago, Valle, Colombia; DOB 13 Dec 1963; POB El Aguila, Valle, Colombia; nationality Colombia; citizen Colombia; Cedula No. 16217170 (Colombia); alt. Cedula No.

16455750 (Colombia); Passport AF133955 (Colombia); alt. Passport AC877214 (Colombia) (individual) [SDNT].

"FLOROV, Aleksei" (a.k.a. FLOROV, Aleksei Vadimovich (Cyrillic: ФЛОРОВ, АЛЕКСЕЙ ВАДИМОВИЧ)), Russia; DOB 10 Sep 1983; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 644804652 (Russia) expires 28 Oct 2016; Tax ID No. 501814379947 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ALBATROS OOO).

"Flypper" (a.k.a. MARTINEZ LOPEZ, Jose Daniel; a.k.a. SEVILLA ARTEAGA, Kenffersso Jhosue; a.k.a. SEVILLA ARTEGA, Kenffersso Jhosue; a.k.a. SEVILLA ATEAGA, Kenferson; a.k.a. "El Flipper"), Colombia; DOB 29 Apr 1993; POB Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 21098983 (Venezuela); alt. Cedula No. 1047240759 (Colombia) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

"FNBT LLC" (Cyrillic: "ООО ФНБТ") (a.k.a. FUND FOR NON-BANKING TECHNOLOGIES LIMITED LIABILITY COMPANY; a.k.a. LIMITED LIABILITY COMPANY PSB-FOREKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПСБ-ФОРЕКС); a.k.a. PSB-FOREKS LLC; a.k.a. PSB-FOREKS OOO), D. 7, Str. 8, Pom. III Kom. N1 Etazh 2, Naberezhnaya Derbenevskaya, Moscow 115114, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jul 2016; Tax ID No. 7725323192 (Russia); Registration Number 1167746652193 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

"FOCA" (a.k.a. COMBATANT FORCE FOR THE LIBERATION OF RWANDA; a.k.a. DEMOCRATIC FORCES FOR THE LIBERATION OF RWANDA; a.k.a. FDLR; a.k.a. FORCE COMBATTANTE ABACUNGUZI; a.k.a. FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA), North and South Kivu, Congo, Democratic Republic of the [DRCONGO].

"FOCUS COMPANY" (a.k.a. FOCUS COMPANY SARL (Arabic: شركة فوكوس ميديا ش.م.ل.); a.k.a. FOCUS MEDIA S.A.R.L.), Plot 6864, Section 5, Block A, Chiah, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Advertising; Registration

Number 2002046 (Lebanon) issued 21 Oct 2003 [SDGT] (Linked To: UNITED GENERAL HOLDING SAL).

"FODHIL" (a.k.a. DJERMANE, Kamel; a.k.a. "ADEL"; a.k.a. "BILAL"); DOB 1965; POB Oum el Bouaghi, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"FOLLOWERS OF ISLAM IN KURDISTAN" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "HELPERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"FOOTADE, Abdurrahman" (a.k.a. NUROW, Yusuf Ahmed Hajji; a.k.a. "ADE, Gees"), Qunyo Barrow, Middle Juba, Somalia; DOB 1979; alt. DOB 1980; alt. DOB 1981; alt. DOB 1982; POB Kobon, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"FOREIGN ACTION UNIT" (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the

Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"FOREIGN RELATIONS DEPARTMENT" (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"FORT DIALOGUE" (a.k.a. LIMITED LIABILITY COMPANY FORT DIALOG), Ul. Pushkina D. 33, Korpus 2, Office 209, Ufa 450093, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0275908848 (Russia); Registration Number 1160280122573 (Russia) [RUSSIA-EO14024].

"FORTUNA LLC" (Cyrillic: "ООО ФОРТУНА") (a.k.a. FORTUNA LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФОРТУНА); a.k.a. LIMITED LIABILITY COMPANY FORTUNA), Office 5, Dom 113/5, Vokzalnaya Street, Artyomovsky Urban Okrug, Artyom, Primorsky Krai 692760, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 21 Apr 2023; Tax ID No. 2502071778 (Russia); Registration Number 1232500011149 (Russia) [DPRK3] (Linked To: ASATRYAN, Gayk).

"FOURTEEN STARS" (a.k.a. 14 STAR SHIPPING MANAGEMENT; a.k.a. FOURTEEN STAR SHIPPING MANAGEMENT), United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: MEHDI GROUP).

"Fox" (a.k.a. LIMON ELENES, Jeuri; a.k.a. "Prude"; a.k.a. "Royal Nuevo"; a.k.a. "Rzr"), Mexico; DOB 28 Apr 1976; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LIEJ760428HSLMLR02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"FPI" (a.k.a. ADVANCED RESEARCH FOUNDATION; a.k.a. FOND PERSPEKTIVNYKH ISSLEDOVANIY (Cyrillic: ФОНД ПЕРСПЕКТИВНЫХ ИССЛЕДОВАНИЙ)), Nab. Berezhkovskaya, D. 22, Str. 3, Moscow 121059, Russia; Website fpi.gov.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7710480347 (Russia); Registration Number 1127799026596 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"Franky De La Joya" (a.k.a. ESQUEDA NIETO, Francisco Daniel; a.k.a. ESQUEDA, Franky; a.k.a. "ESKEDA, Franki"), Nuevo Laredo, Tamaulipas, Mexico; DOB 23 Oct 1994; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. EUNF941023HTSSTR02 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DEL NORESTE).

"FRD" (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION";

a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"FREDY COLAS" (a.k.a. MIRA PEREZ, Fredy Alonso); DOB 02 Jul 1966; POB Bogota, Colombia; citizen Colombia; Cedula No. 71683988 (Colombia) (individual) [SDNTK].

"FRENKI" (a.k.a. SIMATOVIC, Franko); DOB 01 Apr 1950; POB Belgrade, Serbia and Montenegro; ICTY indictee in Serb custody (individual) [BALKANS].

"FRIAS, Adrian" (a.k.a. CASTILLO LOPEZ, Jose Adrian; a.k.a. MEDINA PEREZ, Juan Manual; a.k.a. SALAZAR SALDIVAR, Adrian; a.k.a. "CHEO"; a.k.a. "GONZALES, Adrian"), Mexico; DOB 21 Dec 1975; POB Nayarit, Mexico; nationality Mexico; Gender Male; C.U.R.P. CALA751221HNTSPD07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"FRIENDLIN" (a.k.a. AQUA PURE WATER INC.), P.O. Box 8064, Ngetkib, Airai, Palau; Website https://aquapurewater2234.wixsite.com/aquapurewater; Tax ID No. 014903 (Palau) [TCO] (Linked To: WANG, Guodan).

"Fritz" (a.k.a. MILCHAKOV, Aleksey Yuryevich; a.k.a. MILCHAKOV, Alexei; a.k.a. MILCHAKOV, Alexey Yurevich; a.k.a. "Gimler"; a.k.a. "Serb"; a.k.a. "Serbian"), Russia; Ukraine; DOB 30 Apr 1991; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: TASK FORCE RUSICH).

"FRUIT PLUS" (a.k.a. FRUIT PLUS MALDIVES PVT LTD), Double Eight, Buruzu Magu, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Jan 2018; Organization Type: Wholesale of food, beverages and tobacco; Registration Number C-0115/2018 (Maldives); Permit Number IG0218T102018 (Maldives) issued 11 Feb 2018 [SDGT] (Linked To: AFRAAH, Ahmed).

"FSB" (a.k.a. FEDERAL SECURITY SERVICE; a.k.a. FEDERALNAYA SLUZHBA BEZOPASNOSTI), Ulitsa Kuznetskiy Most, Dom 22, Moscow 107031, Russia;

Lubyanskaya Ploschad, Dom 2, Moscow 107031, Russia; 1/3 Bolshaya Lubyanka St, Moscow 107031, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1994; Target Type Government Entity [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024] [HOSTAGES-EO14078].

"FSM" (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL 'WORLD RELIEF'; a.k.a. FONDATION SECOURS MONDIAL-BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL-KOSOVA; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a. STICHTING WERELDHULP-BELGIE, V.Z.W.), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, Putte 2580, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia and Herzegovina; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia and Herzegovina; Rr. Skenderbeu 76, Lagjja Sefa, Gjakova, Serbia; Ylli Morina Road, Djakovica, Serbia; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir, undetermined; Lebanon; Gaza Strip, undetermined; Sierra Leone; Somalia; Syria; 49 rue du Lazaret, Strasbourg 67100, France; West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; V.A.T. Number BE 454,419,759 [SDGT].

"FSMTC" (a.k.a. FEDERAL SERVICE FOR MILITARY-TECHNICAL COOPERATION; a.k.a. "FSVTS"), Ovchinnikovskaya Nab., 18/1, Moscow 115035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 23 Aug 2004; Target Type Government Entity; Tax ID No. 7705513237 (Russia); Registration Number 1047705052427

(Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"FSUE ISR" (a.k.a. FEDERAL STATE UNITARY ENTERPRISE RESEARCH INSTITUTE OF SYNTHETIC RUBBER; a.k.a. FEDERAL STATE UNITARY ENTERPRISE S.V. LEBEDEV INSTITUTE OF SYNTHETIC RUBBER; a.k.a. FEDERALNOYE GOSUDARSTVENNOYE UNITARNOYE PREDPRIYATIYE NAUCHNO-ISSLEDOVATELSKIY INSTITUT SINTETICHESKOGO KAUCHUKA; a.k.a. "FGUP-NIISK"; a.k.a. "FSUE RISR"), 1 Gapsalskaya Str., St. Petersburg 198035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Dec 2021; Tax ID No. 7805005251 (Russia); Registration Number 1027802761733 (Russia) [RUSSIA-EO14024].

"FSUE RISR" (a.k.a. FEDERAL STATE UNITARY ENTERPRISE RESEARCH INSTITUTE OF SYNTHETIC RUBBER; a.k.a. FEDERAL STATE UNITARY ENTERPRISE S.V. LEBEDEV INSTITUTE OF SYNTHETIC RUBBER; a.k.a. FEDERALNOYE GOSUDARSTVENNOYE UNITARNOYE PREDPRIYATIYE NAUCHNO-ISSLEDOVATELSKIY INSTITUT SINTETICHESKOGO KAUCHUKA; a.k.a. "FGUP-NIISK"; a.k.a. "FSUE ISR"), 1 Gapsalskaya Str., St. Petersburg 198035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Dec 2021; Tax ID No. 7805005251 (Russia); Registration Number 1027802761733 (Russia) [RUSSIA-EO14024].

"FSUE TSENKI" (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTR EKSPLUATATSII OBEKTOV NAZEMNOI KOSMICHESKOI INFRASTRUKTURY; a.k.a. FEDERAL STATE UNITARY ENTERPRISE CENTER FOR OPERATION OF SPACE GROUND BASED INFRASTRUCTURE; a.k.a. FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE TSENTR EKSPLUATATSII OBEKTOV NAZEMNOI KOSMICHESKOI INFRASTRUKTURY; a.k.a. "AO TSENKI"), 42 Shchepkina Str., Moscow 129110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9702013720 (Russia); Registration Number 1207700033760 (Russia) [RUSSIA-EO14024].

"FSVTS" (a.k.a. FEDERAL SERVICE FOR MILITARY-TECHNICAL COOPERATION; a.k.a. "FSMTC"), Ovchinnikovskaya Nab., 18/1,

Moscow 115035, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 23 Aug 2004; Target Type Government Entity; Tax ID No. 7705513237 (Russia); Registration Number 1047705052427 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"FT-LOGISTIC" (a.k.a. SIBELKOM-LOGISTIK OOO), d. 58 ofis 607, ul. Dostoevskogo, Novosibirsk 630005, Russia; ul. Mendeleeva d. 5, kvartira 30, Novosibirsk 630110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5404462899 (Russia); Registration Number 1125476094567 (Russia) [RUSSIA-EO14024].

"FTP CO." (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: شرکت صنایع هواپیماسازی ایران); a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIES; a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE IRAN; a.k.a. "HAVA PEYMA SAZI-E IRAN"; a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HAVAPEYMA SAZI IRAN"; a.k.a. "HESA"; a.k.a. "HEVAPEIMASAZI"; a.k.a. "HTC"; a.k.a. "IAMCO"; a.k.a. "IAMI"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Isfahan - Tehran Freeway, Shahin Shahr, Isfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Isfahan, Iran; Shahih Shar Industrial Zone, Isfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"FUJIE PETROCHEM" (a.k.a. FUJIE PETROCHEMICAL ZHOUSHAN CO., LTD.), 304-15, Ganghang Building, Shengsixian Maji Shangang District, Zhoushan, Zhejiang, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 3309935000003013 (China) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"FUND ENERGY" (a.k.a. FOND ENERGIA; a.k.a. FOUNDATION FACILITATION OF THE STRATEGIC DEVELOPMENT OF THE FUEL AND ENERGY COMPLEX ENERGY; a.k.a. FUND FOR DEVELOPMENT OF ENERGY COMPLEX ENERGY), Ul. 1-YA Frunzenskaya D. 6, Moscow 119146, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 May 2008; Tax ID No. 7704274995 (Russia); Registration Number 1087799025269 (Russia) [RUSSIA-EO14024].

"FZNC" (a.k.a. THE FOUNDATION FOR NATIONAL VALUES PROTECTION (Cyrillic: ФОНДА ЗАЩИТЫ НАЦИОНАЛЬНЫХ ЦЕННОСТЕЙ)), Moscow, Russia; Website fznc.world; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: MALKEVICH, Alexander Aleksandrovich; Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

"G ENERGY" (a.k.a. ETANOFUEL, S.A. DE C.V.), Veracruz, Veracruz, Mexico; Organization Established Date 30 May 2015; Organization Type: Retail sale of automotive fuel in specialized stores; R.F.C. ETA150530HD4 (Mexico); Folio Mercantil No. 31222 (Mexico) [ILLICIT-DRUGS-EO14059].

"G-9" (a.k.a. FOS REVOLISYONE G9 AN FANMI E ALYE (Latin: FÒS REVOLISYONÈ G9 AN FANMI E ALYE); a.k.a. G9 FANMI E ALYE; a.k.a. G-PEP (Latin: G-PÈP); a.k.a. VIV ANSANM), Port-au-Prince, Haiti; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Sep 2023; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT].

"GAAMEI" (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Taeme Abraham; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DA'AME"; a.k.a. "DHA'AME"; a.k.a. "MEKELE"; a.k.a. "MEKELLE"; a.k.a. "MEQELE"; a.k.a. "TESFALEN"; a.k.a. "TSEGAI"); DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

"GABR" (a.k.a. KUCHEROV, Oleg Vyacheslavovich), Samara, Russia; DOB 03 Jun 1973; POB Togliatti, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] [CYBER4] (Linked To: ZELENYUK, Sergey Sergeyevich).

"GABRIEL PARACO" (a.k.a. CARTAGENA BENITEZ, Octavio; a.k.a. "DON GABRIEL"); DOB 18 Oct 1956; POB Urrao, Antioquia, Colombia; Cedula No. 15481237 (Colombia) (individual) [SDNTK].

"GALAXY CORPORATION" (a.k.a. AKTSIONERNOE OBSHCHESTVO KORPORATSIYA GALAKTIKA; a.k.a. AO KORPORATSIYA GALAKTIKA; a.k.a. GALACTICA CORPORATION), Alleya Teatralnaya, D. 3, Str. 1, Moscow 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707140573 (Russia); Registration Number 1027739341520 (Russia) [RUSSIA-EO14024].

"GALJE'EL, Abdisamad" (a.k.a. SAMAD, Abdi; a.k.a. "HAWIYE, Abdisamad"), Kurtunwaarey, Lower Shabelle, Somalia; DOB 1988; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"GALLO" (a.k.a. LEON RODRIGUEZ, Juvenal), Mexico; DOB 01 Sep 1976; POB Guanajuato, Mexico; nationality Mexico; Gender Male; C.U.R.P. LERJ760901HGTNDV06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"GAN" (a.k.a. GANADEROS AGRICULTORES DEL NORTE, S. DE R.L. DE C.V.), Bo Las Flores, Frente al Salon Latino, No. 15, Tocoa, Colon, Honduras; 6 St 11 Ave, Morazan Boulevard, San Pedro Sula, Cortes, Honduras; Montanuela, Choloma, Cortes, Honduras; 6 Calle, El Barrio Morazan, San Pedro Sula, Cortes, Honduras; RTN 05019005483678 (Honduras) [SDNTK].

"GAO, Shan" (a.k.a. HAGHIGHAT, Ghasem), China; Iran; DOB 19 Jun 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G9302650 (Iran) expires 04 Dec 2012; alt. Passport A0026483 (Iran) expires 25 Nov 2004 (individual) [NPWMD] [IFSR] (Linked To: BEIJING SHINY NIGHTS TECHNOLOGY DEVELOPMENT CO., LTD).

"GAO-R FARC-EP" (a.k.a. FARC-EP; a.k.a. FUERZAS ARMADAS REVOLUCIONARIAS

DE COLOMBIA - EJERCITO DEL PUEBLO; a.k.a. REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY; a.k.a. "FARC DISSIDENTS FARC-EP"; a.k.a. "FARC-D FARC-EP"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL FARC-EP"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP FARC-EP"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS FARC-EP"), Colombia; Venezuela; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"GAO-R SEGUNDA MARQUETALIA" (a.k.a. LA NUEVA MARQUETALIA; a.k.a. NEW MARQUETALIA; a.k.a. SECOND MARQUETALIA; a.k.a. SEGUNDA MARQUETALIA; a.k.a. "ARMED ORGANIZED RESIDUAL GROUP SEGUNDA MARQUETALIA"; a.k.a. "FARC DISSIDENTS SEGUNDA MARQUETALIA"; a.k.a. "FARC-D SEGUNDA MARQUETALIA"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL SEGUNDA MARQUETALIA"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP SEGUNDA MARQUETALIA"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS SEGUNDA MARQUETALIA"), Colombia; Venezuela; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"GARANTI GOLD AND EXCHANGE" (a.k.a. GARANTI IHRACAT ITHALAT KUYUMCULUK DIS TICARET LIMITED SIRKETI), Ali Gulacti Center Apt, No: 6-302 Mimar Kemalettin Mahallesi, Koca Ragippasa Caddesi, Fatih, Istanbul 34130, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 31 Oct 2017; Chamber of Commerce Number 1095528 (Turkey); Registration Number 105602-5 (Turkey); Central Registration System Number 389094978900001 (Turkey) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

"GARBAYA, AHMED" (a.k.a. IZZ-AL-DIN, Hasan; a.k.a. SALWWAN, Samir; a.k.a. "SA-ID"), Lebanon; DOB 1963; POB Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"GARCIA, Carlos Alberto" (a.k.a. VELASQUEZ SALDARRIAGA, Hernan Dario; a.k.a. VELASQUEZ, Hernan Dario; a.k.a. "BUITRAGO, Hermides"; a.k.a. "EL PAISA"; a.k.a. "MONTERO, Oscar"; a.k.a. "OSCAR"; a.k.a. "PAISA"; a.k.a. "SUNCE, Antonio Rodriguez"), Apure, Venezuela; Colombia; DOB 10 Jan 1963; POB Remedios, Antioquia, Colombia; nationality Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 71391335 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

"GARCIA, Nestor Isidro" (a.k.a. PEREZ SALAS, Nestor Isidro; a.k.a. "Chicken Little"; a.k.a. "Nini"), Mexico; DOB 09 Mar 1992; POB Baja California, Mexico; nationality Mexico; Gender Male; C.U.R.P. PESN920309HBCRLS03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"GAS AND GLASS COMPANY" (a.k.a. SHISHEH VA GAS INDUSTRIES GROUP (Arabic: گروه صنایع شیشه و گاز); a.k.a. "GAS AND GLASS"; a.k.a. "GLASS AND GAS CO."; a.k.a. "SHOGA"; a.k.a. "THE GLASS AND GAS FACTORY"), 12 Gol Sorkh, Sarvestan St, Shams Abad Industrial Zone, Tehran, Iran; Website https://shoga.net; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100889278 (Iran); Registration Number 7296 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"GAS AND GLASS" (a.k.a. SHISHEH VA GAS INDUSTRIES GROUP (Arabic: گروه صنایع شیشه و گاز); a.k.a. "GAS AND GLASS COMPANY"; a.k.a. "GLASS AND GAS CO."; a.k.a. "SHOGA"; a.k.a. "THE GLASS AND GAS FACTORY"), 12 Gol Sorkh, Sarvestan St, Shams Abad Industrial Zone, Tehran, Iran; Website https://shoga.net; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100889278 (Iran); Registration Number 7296 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"GATEWICK" (a.k.a. GATEWICK AVIATION SERVICES; a.k.a. GATEWICK FREIGHT AND CARGO; a.k.a. GATEWICK LLC), Office No. M22, 1st Floor Dnata Building Freight Gate No. 4, Dubai Airport Free Zone, United Arab Emirates; Freight Gate 3, DAFZA, Dubai, United Arab Emirates; P.O. Box 52404, United Arab Emirates; P.O. Box 120597, United Arab

Emirates; Website www.gatewick.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 222112 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MAHAN AIR).

"GATO" (a.k.a. SANCHEZ FARFAN, Wilder Emilio), Estancias Del Rio No. 16, MZ Sur, Tarqui, Guayaquil, Guayas, Ecuador; DOB 27 Sep 1980; POB Chacras, Arenillas, El Oro, Ecuador; nationality Ecuador; citizen Ecuador; Gender Male; Cedula No. 2100326350 (Ecuador) (individual) [ILLICIT-DRUGS-EO14059].

"GAZAALAN" (a.k.a. GAZA NOW (Arabic: غزة الآن); a.k.a. "GAZAALANNET"; a.k.a. "GNNANOW"), Gaza; Digital Currency Address - XBT 3Q8H2ZWMtc4R1M3mkmhnTjCoYKTeCFigDP; Digital Currency Address - ETH 0xE950DC316b836e4EeFb8308bf32Bf7C72a1358FF; alt. Digital Currency Address - ETH 0x21B8d56BDA776bbE68655A16895afd96F5534feD; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 May 2012; Digital Currency Address - USDT TTgcTTNbNuFdbrhvbjMZVrdU5KALyzDaPw; alt. Digital Currency Address - USDT TGJVc32ig2u8tQsYMLE7KXHT5NDQroaVNU; alt. Digital Currency Address - USDT TXEsK1sEsKjZ1xtHitnyAAoqw3WLdYdRNW; alt. Digital Currency Address - USDT TH96tFMn8KGiYSLiwcV3E2UiaJc8jmcbz3; alt. Digital Currency Address - USDT 0x175d44451403Edf28469dF03A9280c1197ADb92c [SDGT] (Linked To: HAMAS; Linked To: AYASH, Mustafa).

"GAZAALANNET" (a.k.a. GAZA NOW (Arabic: غزة الآن); a.k.a. "GAZAALAN"; a.k.a. "GNNANOW"), Gaza; Digital Currency Address - XBT 3Q8H2ZWMtc4R1M3mkmhnTjCoYKTeCFigDP; Digital Currency Address - ETH 0xE950DC316b836e4EeFb8308bf32Bf7C72a1358FF; alt. Digital Currency Address - ETH 0x21B8d56BDA776bbE68655A16895afd96F5534feD; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 May 2012; Digital Currency Address - USDT

TTgcTTNbNuFdbrhvbjMZVrdU5KALyzDaPw; alt. Digital Currency Address - USDT TGJVc32ig2u8tQsYMLE7KXHT5NDQroaVNU; alt. Digital Currency Address - USDT TXEsK1sEsKjZ1xtHitnyAAoqw3WLdYdRNW; alt. Digital Currency Address - USDT TH96tFMn8KGiYSLiwcV3E2UiaJc8jmcbz3; alt. Digital Currency Address - USDT 0x175d44451403Edf28469dF03A9280c1197ADb92c [SDGT] (Linked To: HAMAS; Linked To: AYASH, Mustafa).

"GBOU VO AGNI" (a.k.a. ALMETYEVSK STATE OIL INSTITUTE; a.k.a. STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION ALMETYEVSK STATE OIL INSTITUTE (Cyrillic: ГОСУДАРСТВЕННОЕ БЮДЖЕТНОЕ ОБРАЗОВАТЕЛЬНОЕ УЧРЕЖДЕНИЕ ВЫСШЕГО ОБРАЗОВАНИЯ АЛЬМЕТЬЕВСКИЙ ГОСУДАРСТВЕННЫЙ НЕФТЯНОЙ ИНСТИТУТ)), ul. Lenina, d. 2, Almetyevsk, Republic of Tatarstan 423450, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1644005183 (Russia); Government Gazette Number 33861852 (Russia); Registration Number 1021601629642 (Russia) [RUSSIA-EO14024].

"GCS LLC" (a.k.a. GIGANT COMPUTER SYSTEMS LLC), Ul. 2-YA Entuziastov D. 5, Korp. 41, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720768984 (Russia); Registration Number 1127747243260 (Russia) [RUSSIA-EO14024].

"GDD" (a.k.a. GAZZE DESTEK ORGANIZATION; a.k.a. GHAZI DESTEK DERNEGI), Aksemsettin Mahallesi, Akdeniz Caddesi, Hakperest Sokak No: 16, Daire 18 Fatih, Istanbul, Turkey; Website https://gdd.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2014; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization; Registered Charity No. 34-209-183 (Turkey) [SDGT] (Linked To: HAMAS).

"GENCO" (a.k.a. KOREA GENERAL COMPANY FOR EXTERNAL CONSTRUCTION; a.k.a. KOREA GENERAL CONSTRUCTION; a.k.a. KOREA GENERAL CORPORATION FOR EXTERNAL CONSTRUCTION; a.k.a. "KOGEN"; a.k.a. "ZENKO" (Cyrillic: "ЗЕНКО")), Korea, North; Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

"General Gaduel" (a.k.a. DUAL, Simon Gatwec; a.k.a. DUAL, Simon Gatwech; a.k.a. DUAL, Simon Gatwich; a.k.a. DUAL, Simon Getwech; a.k.a. GARWICH, Simon; a.k.a. GATWEACH, Simon; a.k.a. GATWECH, Simon; a.k.a. GATWICK, Simon; a.k.a. "Dhual"), Jonglei State, South Sudan; DOB 1953; POB Akobo, Jonglei State, South Sudan; alt. POB Akobo, Jonglei State, Sudan; alt. POB Uror County, Jonglei State, South Sudan; alt. POB Uror County, Jonglei State, Sudan; SPLA in Opposition Chief of General Staff; Major General (individual) [SOUTH SUDAN].

"GENERAL LUBRICANTS" (a.k.a. DZHENERAL LUBRIKANTS), Ul. 2-Ya Mashinostroeniya D. 17, Str. 1, Et 2 Pom. I Kom 75 Of 1, Moscow 115088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722487971 (Russia); Registration Number 1207700173317 (Russia) [RUSSIA-EO14024].

"GENERAL LUCKSON" (a.k.a. ELAN, Luckson (Latin: ÉLAN, Luckson); a.k.a. ELAN, Lucson; a.k.a. "JENERAL LUCKSON"), Artibonite Department, Haiti; DOB 06 Jan 1988; nationality Haiti; Gender Male (individual) [GLOMAG].

"GENESIS MARKETPLACE" (a.k.a. GENESIS MARKET; a.k.a. "GENESIS STORE"), Russia; Website genesis.market; alt. Website G3n3sis.org; alt. Website genesis7zoveavupiiwnrycmaq6uro3kn5h2be3el7wdnbjti2ln2wid.onion; alt. Website g3n3sis.pro; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 01 Mar 2018 [CYBER2].

"GENESIS STORE" (a.k.a. GENESIS MARKET; a.k.a. "GENESIS MARKETPLACE"), Russia; Website genesis.market; alt. Website G3n3sis.org; alt. Website genesis7zoveavupiiwnrycmaq6uro3kn5h2be3el7wdnbjti2ln2wid.onion; alt. Website g3n3sis.pro; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 01 Mar 2018 [CYBER2].

"GENI" (a.k.a. GENI GROUP; a.k.a. GENI S.A.; a.k.a. GENI SARL), Rua Marechal Bros Tito No 13, Ingombotas Predio Do Kinaxixi, Luanda, Angola; Cabinda, Angola; Organization Established Date 01 Jan 1996; Organization Type: Wholesale of other household goods [GLOMAG] (Linked To: FRAGOSO DO NASCIMENTO, Leopoldino).

"GENIT" (a.k.a. GENAITI), b-r Bolshoi (Innovatsionnogo Tsentra Skolkovo ter) d. 42, str. 1, et/pom.1/335, Moscow 121250, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701102208 (Russia); Registration Number 1187746256642 (Russia) [RUSSIA-EO14024].

"GEO KHIT" (a.k.a. GEO HIT; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GEO KHIT), Pl. Sovetsko-Chekhoslovatskoi Druzhby, Saratov 410059, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Maintenance and repair of motor vehicles; Tax ID No. 6451422711 (Russia); Registration Number 1086451002890 (Russia) [RUSSIA-EO14024].

"GERESANO ESCRIBAJO" (a.k.a. GERESANO ESCRIBANO, Gonzalo; a.k.a. "CERESANO ESCRIBANO"; a.k.a. "GERESANO ESCRINAO"; a.k.a. "JEREZANO ESCRIBANO"), Mexico; DOB 28 Feb 1974; nationality Mexico; citizen Mexico; R.F.C. GEEG740228 (Mexico) (individual) [SDNTK].

"GERESANO ESCRINAO" (a.k.a. GERESANO ESCRIBANO, Gonzalo; a.k.a. "CERESANO ESCRIBANO"; a.k.a. "GERESANO ESCRIBAJO"; a.k.a. "JEREZANO ESCRIBANO"), Mexico; DOB 28 Feb 1974; nationality Mexico; citizen Mexico; R.F.C. GEEG740228 (Mexico) (individual) [SDNTK].

"GHANIMAT, Abd al Rahman" (a.k.a. GHANIMAT, Abd Al-Rahman Ismail Abd Al-Rahman; a.k.a. "RANIMAT, Abd al Rahman"), Turkey; West Bank; Gaza; DOB 1972; citizen Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 975757147 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

"GHARIB, Abbass" (a.k.a. GHARIB, Abbas Hassan (Arabic: عباس حسن غريب)), Tayir Harfa, Tyre, South Lebanon, Lebanon; DOB 25 Sep 1969; POB Tayir Harfa, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT]

(Linked To: AL-QARD AL-HASSAN ASSOCIATION).

"GHAURI, Atif" (a.k.a. GHAURI, Yahya Shoaib; a.k.a. GHOURI, Atif Yahya; a.k.a. "Qari Atif"; a.k.a. "Qari Ibrahim"), Afghanistan; DOB 1982; alt. DOB 1981; alt. DOB 1983; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

"GHOLI, Hossein" (a.k.a. KASSIR, Mohammed Jaafar; a.k.a. QASIR, Muhammad; a.k.a. QASIR, Muhammad Jafar; a.k.a. "EYNAKI"; a.k.a. "FADI"; a.k.a. "MAJID"; a.k.a. "SALAH, Shaykh"), Syria; DOB 12 Feb 1967; POB Dayr Qanun Al-Nahr, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

"GHOSH, Salah" (a.k.a. SALAH, Salah Abdallah Mohamed; a.k.a. SALEH, Salah Abdallah Mohamed; a.k.a. "GOSH, Salah"), Cairo, Egypt; DOB 1957; POB Nuri, Sudan; nationality Sudan; Gender Male (individual) [SUDAN-EO14098].

"Ghowya" (a.k.a. ENAYATULLAH, Maulawi; a.k.a. FATEHULLAH, Mullah; a.k.a. INAYATULLAH, Maulawi), Pakistan; DOB 1972; POB Chahar Darah District, Kunduz Province, Afghanistan; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TALIBAN).

"GI" (a.k.a. AL-GAMA'AT; a.k.a. EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA; a.k.a. GAMA'A AL-ISLAMIYYA; a.k.a. ISLAMIC GAMA'AT; a.k.a. ISLAMIC GROUP; a.k.a. "IG"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"GIA" (a.k.a. AL-JAMA'AH AL-ISLAMIYAH AL-MUSALLAH; a.k.a. ARMED ISLAMIC GROUP; a.k.a. GROUPEMENT ISLAMIQUE ARME); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"GIES GROUP" (a.k.a. GLOBAL INDUSTRIAL AND ENGINEERING SUPPLY LIMITED; a.k.a. GLOBAL INDUSTRIAL AND ENGINEERING SUPPLY LTD.), Unit 04, Bright Way Tower, No. 33, Mong Kok Road Kowloon, Hong Kong; 603-3-3, Miyun Road, Nankai District, Tianjin, China; Unit 902, 9/F, Technology Park, 18 On Lai Street, Shatin, N.T., Hong Kong; Website giesgroup.com [IFCA].

"GIF SA" (a.k.a. GROUPE D'INVESTISSEMENT FINANCIER SA), Avenue De La Ferme Rose 7 B. 15, Brussels 1180, Belgium; Roze Hoevelaan 7 B. 15, Brussels 1180, Belgium; 243 Avenue Dolez, Uccle 1180, Belgium; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Oct 2000; Identification Number 1298404-16 (Belgium); Registration Number 0473.155.607 (Belgium) [RUSSIA-EO14024].

"GIGIO" (a.k.a. VALENZUELA VALENZUELA, Sergio; a.k.a. "YIYO"), Mexico; DOB 20 Aug 1969; POB Los Mochis, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. VAVS690820HSLLLR00 (Mexico) (individual) [SDNTK].

"GILBERTO BARRAGAN" (a.k.a. BARRAGAN BALDERAS, Gilberto), Miguel Aleman, Tamaulipas, Mexico; DOB 19 May 1970; POB Miguel Aleman, Tamaulipas, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

"Gimler" (a.k.a. MILCHAKOV, Aleksey Yuryevich; a.k.a. MILCHAKOV, Alexei; a.k.a. MILCHAKOV, Alexey Yurevich; a.k.a. "Fritz"; a.k.a. "Serb"; a.k.a. "Serbian"), Russia; Ukraine; DOB 30 Apr 1991; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: TASK FORCE RUSICH).

"Ginete" (a.k.a. FELIX, Alejandro Fernandez; a.k.a. FELIX, Jesus Sanchez; a.k.a. PONCE FELIX, Juan Jose; a.k.a. SANCHEZ FELIX, Jesus Alexandro; a.k.a. SANCHEZ, Jesus Alejandro; a.k.a. "El Ruso"; a.k.a. "El Russo"), Mexicali, Baja California, Mexico; DOB 20 May 1982; alt. DOB 20 Jun 1982; POB Sonora, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. POFJ820520HSRNLN04 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

"GIO" (a.k.a. SOSA CANISALES, Felipe de Jesus; a.k.a. "EL GIGIO"); DOB 16 Jul 1968; citizen Mexico (individual) [SDNTK].

"Giovanny San Vicente" (a.k.a. MOSQUERA SERRANO, Giovanni Vicente; a.k.a. "El Viejo"; a.k.a. "Giovanny"), Venezuela; Colombia; DOB 22 Feb 1988; POB San Vicente, Aragua, Venezuela; nationality Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 20243384 (Venezuela) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

"Giovanny" (a.k.a. MOSQUERA SERRANO, Giovanni Vicente; a.k.a. "El Viejo"; a.k.a. "Giovanny San Vicente"), Venezuela; Colombia; DOB 22 Feb 1988; POB San Vicente, Aragua, Venezuela; nationality Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 20243384 (Venezuela) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

"GistaveDore" (a.k.a. ERMAKOV, Aleksandr (Cyrillic: ЕРМАКОВ, Александр); a.k.a. "blade_runner"; a.k.a. "GustaveDore"; a.k.a. "JimJones"), Moscow, Russia; DOB 16 May 1990; nationality Russia; Email Address ae.ermak@yandex.ru; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"GIUSEPPE" (a.k.a. ABBES, Youcef), Via Padova 82, Milan, Italy; Via Manzoni, 33, Cinisello Balsamo, Milan, Italy; DOB 05 Jan 1965; POB Bab El Aoued, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"GKHK" (a.k.a. FEDERAL STATE UNITARY ENTERPRISE MINING AND CHEMICAL COMBINE; a.k.a. MINING AND CHEMICAL COMPLEX FEDERAL STATE UNITARY ENTERPRISE; a.k.a. "MCC FSUE"), 53 zd., ul. Lenina, Zheleznogorsk 662970, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 2452000401 (Russia); Registration Number 1022401404871 (Russia) [RUSSIA-EO14024].

"GKS" (a.k.a. GIGANT KOMPLEKSNYE SISTEMY; a.k.a. "JSC LTD GCS"), Proezd Zavodskoi D. 2, Pomeshch. 560, Fryazino 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5050129707 (Russia); Registration Number 1165050057556 (Russia) [RUSSIA-EO14024].

"GLASS AND GAS CO." (a.k.a. SHISHEH VA GAS INDUSTRIES GROUP (Arabic: گروه صنایع شیشه و گاز); a.k.a. "GAS AND GLASS"; a.k.a. "GAS AND GLASS COMPANY"; a.k.a.

"SHOGA"; a.k.a. "THE GLASS AND GAS FACTORY"), 12 Gol Sorkh, Sarvestan St, Shams Abad Industrial Zone, Tehran, Iran; Website https://shoga.net; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100889278 (Iran); Registration Number 7296 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"GLE LLC" (a.k.a. LIMITED LIABILITY COMPANY GAZPROM LINDE ENGINEERING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАЗПРОМ ЛИНДЕ ИНЖИНИРИНГ); a.k.a. "LLC GL ENGINEERING" (Cyrillic: "ООО ГЛ ИНЖИНИРИНГ")), d. 12 k. str. 1 pom. 1N chast pomeshch. 409, ul. Shkiperski Protok, St. Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0266023912 (Russia); Registration Number 1040203382845 (Russia) [RUSSIA-EO14024].

"GLOBAL KEI" (a.k.a. GLOBAL KEY LIMITED LIABILITY COMPANY; a.k.a. "NOYFOX AS LTD."), Ul. Ivana Fomina D. 6, Lit. B, Pomeshch. 402A, 402B, Saint Petersburg 194295, Russia; Website global-key.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Aug 2015; Tax ID No. 7802536470 (Russia); Registration Number 1157847282119 (Russia) [RUSSIA-EO14024].

"Globus" (a.k.a. KARYAGIN, Valentin Olegovich), Volgograd, Russia; DOB 19 Apr 1992; nationality Russia; Email Address valentin.karyagin@gmail.com; alt. Email Address globus290382@yandex.ru; alt. Email Address valentinka.ne@mail.ru; alt. Email Address v.karyagin@neovox.ru; Gender Male (individual) [CYBER2].

"GNII VM" (Cyrillic: "ГНИИ ВМ") (a.k.a. GNIII VM MOD RF (Cyrillic: ГНИИИ ВМ МО РФ); a.k.a. GOSUDARSTVENNY NAUCHNO-ISSLEDOVATELSKIY ISPYTATELNY INSTITUT VOYENNOY MEDITSINY; a.k.a. STATE INSTITUTE FOR EXPERIMENTAL MILITARY MEDICINE (Cyrillic: ГОСУДАРСТВЕННЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИСПЫТАТЕЛЬНЫЙ ИНСТИТУТ ВОЕННОЙ МЕДИЦИНЫ); a.k.a. STATE INSTITUTE FOR EXPERIMENTAL MILITARY MEDICINE OF THE MINISTRY OF DEFENSE (Cyrillic: ГОСУДАРСТВЕННЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИСПЫТАТЕЛЬНЫЙ ИНСТИТУТ ВОЕННОЙ МЕДИЦИНЫ МО); a.k.a. STATE RESEARCH EXPERIMENTAL INSTITUTE OF MILITARY MEDICINE), Lesoparkovaya Street, Building 4, St. Petersburg 195043, Russia (Cyrillic: Улица Лесопарковая, Дом 4, Санкт-Петербург 195043, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1157847310048; Tax ID No. 7806194153 [RUSSIA-EO14024].

"GNIM" (a.k.a. GROUP FOR THE SUPPORT OF ISLAM AND MUSLIMS; a.k.a. GROUP TO SUPPORT ISLAM AND MUSLIMS; a.k.a. JAMAAT NOSRAT AL-ISLAM WAL-MOUSLIMIN; a.k.a. JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN; a.k.a. NUSRAT AL-ISLAM WAL-MUSLIMEEN; a.k.a. "GSIM"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"GNNANOW" (a.k.a. GAZA NOW (Arabic: غزة الآن); a.k.a. "GAZAALAN"; a.k.a. "GAZAALANNET"), Gaza; Digital Currency Address - XBT 3Q8H2ZWMtc4R1M3mkmhnTjCoYKTeCFigDP; Digital Currency Address - ETH 0xE950DC316b836e4EeFb8308bf32Bf7C72a1358FF; alt. Digital Currency Address - ETH 0x21B8d56BDA776bbE68655A16895afd96F5534feD; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 May 2012; Digital Currency Address - USDT TTgcTTNbNuFdbrhvbjMZVrdU5KALyzDaPw; alt. Digital Currency Address - USDT TGJVc32ig2u8tQsYMLE7KXHT5NDQroaVNU; alt. Digital Currency Address - USDT TXEsK1sEsKjZ1xtHitnyAAoqw3WLdYdRNW; alt. Digital Currency Address - USDT TH96tFMn8KGiYSLiwcV3E2UiaJc8jmcbz3; alt. Digital Currency Address - USDT 0x175d44451403Edf28469dF03A9280c1197ADb92c [SDGT] (Linked To: HAMAS; Linked To: AYASH, Mustafa).

"GNPO PM" (a.k.a. STATE RESEARCH AND PRODUCTION POWDER METALLURGY ASSOCIATION; a.k.a. STATE SCIENTIFIC AND PRODUCTION ASSOCIATION OF POWDER METALLURGY), 41 Platonova Str., Minsk 220005, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 100512805 (Belarus); Government Gazette Number 000247915000 (Belarus) [RUSSIA-EO14024] (Linked To: JSC 558 AIRCRAFT REPAIR PLANT).

"GODANE" (a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. "ABU ZUBEYR"; a.k.a. "GODANI"; a.k.a. "SHAYKH MUKHTAR"); DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"GODANE" (a.k.a. ABU ZUBEYR, Muktar Abdirahman; a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. AW-MOHAMUD, Ahmed Abdi; a.k.a. "GODANI"; a.k.a. "MUKHTAR, Shaykh"; a.k.a. "ZUBEYR, Abu"); DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia (individual) [SOMALIA].

"GODANI" (a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. "ABU ZUBEYR"; a.k.a. "GODANE"; a.k.a. "SHAYKH MUKHTAR"); DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"GODANI" (a.k.a. ABU ZUBEYR, Muktar Abdirahman; a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. AW-MOHAMUD, Ahmed Abdi; a.k.a. "GODANE"; a.k.a. "MUKHTAR, Shaykh"; a.k.a. "ZUBEYR, Abu"); DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia (individual) [SOMALIA].

"GOD'S LOYAL SUPPORTERS" (a.k.a. ANSAR ALAH ALOFIA; a.k.a. HARAKAT AL-SADIQ WA AL-ATAA; a.k.a. HARAKAT ANSAR ALLAH AL AWFIYA FI SOURIYA; a.k.a. HARAKAT ANSAR ALLAH AL-AWFIYA (Arabic: حركة أنصار الله الأوفياء); a.k.a. KAYAN AL-SADIQ WA AL-ATAA; a.k.a. "HONESTY AND GIVING ENTITY"; a.k.a. "THE MOVEMENT OF THE LOYAL PARTISANS OF GOD"), Iraq; Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2013; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"GOLDEN DOME CHARITY ASSOCIATION" (a.k.a. ASSOCIAZIONE BENEFICA LA CUPOLA D'ORO; a.k.a. LA CUPOLA D'ORO), Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Organization Established Date 01 Mar 2024; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

"GOMELO" (a.k.a. MAYA RIOS, Edison); DOB 01 Apr 1974; POB Medellin, Antioquia, Colombia; Cedula No. 98568816 (Colombia) (individual) [SDNTK].

"GONZALES, Adrian" (a.k.a. CASTILLO LOPEZ, Jose Adrian; a.k.a. MEDINA PEREZ, Juan Manual; a.k.a. SALAZAR SALDIVAR, Adrian; a.k.a. "CHEO"; a.k.a. "FRIAS, Adrian"), Mexico; DOB 21 Dec 1975; POB Nayarit, Mexico; nationality Mexico; Gender Male; C.U.R.P. CALA751221HNTSPD07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"Gonzalito" (a.k.a. SANCHEZ SANCHEZ, Jose Gonzalo), Colombia; DOB 30 Dec 1974; POB Monteria, Cordoba, Colombia; nationality Colombia; Gender Male; Cedula No. 11002977 (Colombia) (individual) [ILLICIT-DRUGS-EO14059].

"GOOBE, Saleban" (a.k.a. DAOUD, Suleiman Cabdi; a.k.a. GOOBE, Suleiman Daoud; a.k.a. "GOOBE, Saleeban"), Lower Shabelle, Somalia; DOB 1981; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"GOOBE, Saleeban" (a.k.a. DAOUD, Suleiman Cabdi; a.k.a. GOOBE, Suleiman Daoud; a.k.a. "GOOBE, Saleban"), Lower Shabelle, Somalia; DOB 1981; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"Googoosha" (a.k.a. KARIMOVA, Goulnara; a.k.a. KARIMOVA, Goulnora Islamovna; a.k.a. KARIMOVA, Gulnara), Tashkent, Uzbekistan; DOB 08 Jul 1972; POB Fergana, Uzbekistan; nationality Uzbekistan; citizen Uzbekistan; Gender Female; Passport DA0006735 (Uzbekistan) (individual) [GLOMAG].

"GORDITO POLANCO" (a.k.a. GONZALEZ APUSHANA, Armando; a.k.a. GONZALEZ POLANCO, Amaury; a.k.a. GONZALEZ POLANCO, Hermagoras; a.k.a. "EL GORDO BAEZ"; a.k.a. "MILCIADES"; a.k.a. "UNCLE TOLI"), Avenida El Milagro, Edificio Villa Virginia, Maracaibo, Zulia, Venezuela; Karla Karolin Penthouse, Avenida 3 Entre 76 y 77, Maracaibo, Zulia, Venezuela; Maracaibo, Zulia, Venezuela; Caja Seca, Zulia, Venezuela;

Merida, Merida, Venezuela; Maicao, Guajira, Colombia; Aruba; DOB 19 Oct 1962; alt. DOB 19 Oct 1959; POB Maicao, Guajira, Colombia; nationality Venezuela; alt. nationality Colombia; citizen Venezuela; alt. citizen Colombia; Cedula No. 7789819 (Venezuela); alt. Cedula No. 84041400 (Colombia) (individual) [SDNTK].

"GORDO LINDO" (a.k.a. GALINDO, Gabriel; a.k.a. ZULUAGA LINDO, Francisco Javier), c/o SOCIEDAD SUPERDEPORTES LTDA., Bogota, Colombia; Calle 9 No. 28-50, Piso 3, Cali, Colombia; Calle 10 No. 46-45, Cali, Colombia; DOB 15 Jan 1970; POB Cali, Colombia; nationality Colombia; citizen Colombia; Cedula No. 16774828 (Colombia); Passport AF869394 (Colombia); alt. Passport AE047754 (Colombia) (individual) [SDNT].

"GORDO MAX" (a.k.a. ROBERTO ORELLANA, Jose (Latin: ROBERTO ORELLANA, José); a.k.a. "CHIBOLA"; a.k.a. "TIO SAM" (Latin: "TÍO SAM"); a.k.a. "TOLOLO"), Canton Cambio Chanmico, Calle Vieja, Casa #66, San Juan Opico, La Libertad, El Salvador; DOB 29 Jun 1973; Identification Number 011319137-3 (El Salvador) (individual) [TCO] (Linked To: MS-13).

"Gordo" (a.k.a. MORGAN HUERTA, Jose Luis), Nogales, Sonora, Mexico; DOB 17 Feb 1969; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. MOHL690217HSLRRS02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"GORDO" (a.k.a. GOMEZ OCAMPO, Davinson), c/o GOMEZ MARIN LTDA., Ansermanuevo, Valle, Colombia; Calle 16 No. 1-58, Cartago, Valle, Colombia; DOB 10 Jul 1960; Cedula No. 2470433 (Colombia) (individual) [SDNT].

"GORDO" (a.k.a. LAREDO DON JUAN, Job; a.k.a. LAREDO DONJUAN, Job; a.k.a. LAREDO, Antonio; a.k.a. RODRIGUEZ, Antonio), Cuernavaca, Morelos, Mexico; DOB 17 Mar 1968; POB San Miguel Totolapan, Guerrero, Mexico; citizen Mexico; Gender Male; R.F.C. LADJ6803175F6 (Mexico); alt. R.F.C. LADJ6803178D1 (Mexico); C.U.R.P. LADJ680317HGRRNB04 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

"GOSH, Salah" (a.k.a. SALAH, Salah Abdallah Mohamed; a.k.a. SALEH, Salah Abdallah Mohamed; a.k.a. "GHOSH, Salah"), Cairo, Egypt; DOB 1957; POB Nuri, Sudan; nationality Sudan; Gender Male (individual) [SUDAN-EO14098].

"GOSTARESH ALIAF PISHRAFTEH" (a.k.a. ADVANCED FIBER DEVELOPMENT COMPANY (Arabic: شرکت گسترش الیاف پیشرفته)), Unit 1, First Floor, Number 8, Bina Alley, Andisheh 7th Alley, Tehran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102779415 (Iran); Registration Number 237048 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

"GP AMMO" (a.k.a. GRAZHDANSKIE PRIPASY), Ter. Oez Ppt Lipetsk Str. 71, Gryazi 398010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4802011685 (Russia); Registration Number 1084802000832 (Russia) [RUSSIA-EO14024].

"GPI RAS" (a.k.a. A.M. PROKHOROV GENERAL PHYSICS INSTITUTE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENNIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR INSTITUT OBSHCHEI FIZIKI IM. A.M. PROKHOROVA ROSSISKOI AKADEMII NAUK; a.k.a. PROKHOROV GENERAL PHYSICS INSTITUTE OF RAS; a.k.a. PROKHOROV GENERAL PHYSICS INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. RUSSIAN ACADEMY OF SCIENCES - ALEXANDR MIKHAILOVICH PROKHOROV GENERAL PHYSICS INSTITUTE; a.k.a. "IOF RAN"; a.k.a. "IOF RAN FGBU"), d. 38, ul. Vavilova, Moscow 119991, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Sep 1993; Tax ID No. 7736029700 (Russia); Government Gazette Number 02700457 (Russia); Registration Number 1027700378595 (Russia) [RUSSIA-EO14024].

"GRACHEV, Alexander" (a.k.a. TSAREV, Mikhail Mikhailovich; a.k.a. "IVANOV MIXAIL"; a.k.a. "MANGO"; a.k.a. "MISHA KRUTYSHA"; a.k.a. "SUPER MISHA"; a.k.a. "TSAREV, Nikita Andreevich"), Serpukhov, Russia; DOB 20 Apr 1989; nationality Russia; Email Address tsarev89@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"GRAD" (a.k.a. PUTILIN, Dmitry Sergeyevich (Cyrillic: ПУТИЛИН, Дмитрий Сергеевич); a.k.a. "STAFF"), Chelyabinsk 454119, Russia; DOB 24 Apr 1993; nationality Russia; Gender

Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"GRAND EXPRESS" (Cyrillic: "ГРАНД ЭКСПРЕСС") (a.k.a. AO GRAND SERVIS EKSPRESS; a.k.a. GRAND SERVICE EXPRESS (Cyrillic: ГРАНД СЕРВИС ЭКСПРЕСС); a.k.a. JOINT STOCK COMPANY GRAND SERVICE EXPRESS; a.k.a. JOINT STOCK COMPANY TRANSPORT COMPANY GRAND SERVICE EXPRESS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСПОРТНАЯ КОМПАНИЯ ГРАНД СЕРВИС ЭКСПРЕСС); a.k.a. "JSC GSE"), 85 Sheremetevskaya St., Building 1, Moscow 129075, Russia; ul. Sheremetevskaya, d. 85, str. 1, Moscow 129075, Russia; P.O. Box 15, Moscow 129075, Russia; a/ya 15, Moscow 129075, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7705445700 (Russia) [UKRAINE-EO13685].

"GRAND SEA LLC" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU GREND SI; a.k.a. "OOO GREND SI" (Cyrillic: "ООО ГРЭНД СИ")), Ul. Portovskoe Shosse D.5, Makhachkala 367000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Oct 2014; Tax ID No. 0573004615 (Russia); Registration Number 1140573001117 (Russia) [RUSSIA-EO14024].

"GRAPO" (a.k.a. FIRST OF OCTOBER ANTIFASCIST RESISTANCE GROUP), Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"Gray Hair" (a.k.a. TROSHEV, Andrei Nikolaevich; a.k.a. TROSHEV, Andrej Nikolaevich; a.k.a. "Sedoi"), Russia; DOB 05 Apr 1962; alt. DOB 05 Apr 1953; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781417567443 (Russia) (individual) [RUSSIA-EO14024].

"GREEN WAVE COMPANY" (a.k.a. GREEN WAVE TECHNOLOGIES; a.k.a. GREEN WAVE TELECOMMUNICATION; a.k.a. GREEN WAVE TELECOMMUNICATION SDN BHD; a.k.a. GREENWAVE TELECOM; a.k.a. "GREEN WAVE"; a.k.a. "GWT"), 8, 12, 9, Menara Mutiara, Bangsar, Jalan Liku, Off Jalan Bangsar, Kuala Lumpur 59100, Malaysia;

Website gwt.com.my; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 880140-W (Malaysia) [NPWMD] [IFSR].

"GREEN WAVE" (a.k.a. GREEN WAVE TECHNOLOGIES; a.k.a. GREEN WAVE TELECOMMUNICATION; a.k.a. GREEN WAVE TELECOMMUNICATION SDN BHD; a.k.a. GREENWAVE TELECOM; a.k.a. "GREEN WAVE COMPANY"; a.k.a. "GWT"), 8, 12, 9, Menara Mutiara, Bangsar, Jalan Liku, Off Jalan Bangsar, Kuala Lumpur 59100, Malaysia; Website gwt.com.my; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 880140-W (Malaysia) [NPWMD] [IFSR].

"GREEN" (a.k.a. MOZHAEV, Alexander Vyacheslavovich (Cyrillic: МОЖАЕВ, Александр Вячеславович); a.k.a. "ROCCO"), Russia; DOB 02 Oct 1978; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"GRK BYSTRINSKOYE" (a.k.a. LIMITED LIABILITY COMPANY GRK BYSTRINSKOE; a.k.a. LLC GRK BYSTRINSKOE), d. 99g soor. 1, ul. Shilova, Chita, Zabaykalskiy kray 672038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701568891 (Russia); Registration Number 1047796898600 (Russia) [RUSSIA-EO14024].

"GROUP 77" (a.k.a. LAZARUS GROUP; a.k.a. "APPLEWORM"; a.k.a. "APT-C-26"; a.k.a. "GUARDIANS OF PEACE"; a.k.a. "HIDDEN COBRA"; a.k.a. "OFFICE 91"; a.k.a. "RED DOT"; a.k.a. "TEMP.HERMIT"; a.k.a. "THE NEW ROMANTIC CYBER ARMY TEAM"; a.k.a. "WHOIS HACKING TEAM"; a.k.a. "ZINC"), Potonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0x098B716B8Aaf21512996dC57EB0615e2383E2f96; alt. Digital Currency Address - ETH 0xa0e1c89Ef1a489c9C7dE96311eD5Ce5D32c20E4B; alt. Digital Currency Address - ETH 0x3Cffd56B47B7b41c56258D9C7731ABaDc360E073; alt. Digital Currency Address - ETH 0x53b6936513e738f44FB50d2b9476730C0Ab3Bfc1; alt. Digital Currency Address - ETH 0x35fB6f6DB4fb05e6A4cE86f2C93691425626d4b1; alt. Digital Currency Address - ETH 0xF7B31119c2682c88d88D455dBb9d5932c65Cf1bE; alt. Digital Currency Address - ETH 0x3e37627dEAA754090fBFbb8bd226c1CE66D255e9; alt. Digital Currency Address - ETH

0x08723392Ed15743cc38513C4925f5e6be5c17243; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"GRTC" (a.k.a. GOLDEN RESOURCES TRADING COMPANY L.L.C.), 9th Floor, Office No. 905, Khalid Al Attar Tower 1, Sheikh Zayed Road, After Crown Plaza Hotel, Al Wasl Area, Dubai, United Arab Emirates; Postal Box 34489, Dubai, United Arab Emirates; Postal Box 14358, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

"GRUPO ARMADO ORGANIZADO RESIDUAL FARC-EP" (a.k.a. FARC-EP; a.k.a. FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA - EJERCITO DEL PUEBLO; a.k.a. REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY; a.k.a. "FARC DISSIDENTS FARC-EP"; a.k.a. "FARC-D FARC-EP"; a.k.a. "GAO-R FARC-EP"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP FARC-EP"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS FARC-EP"), Colombia; Venezuela; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"GRUPO ARMADO ORGANIZADO RESIDUAL SEGUNDA MARQUETALIA" (a.k.a. LA NUEVA MARQUETALIA; a.k.a. NEW MARQUETALIA; a.k.a. SECOND MARQUETALIA; a.k.a. SEGUNDA MARQUETALIA; a.k.a. "ARMED ORGANIZED RESIDUAL GROUP SEGUNDA MARQUETALIA"; a.k.a. "FARC DISSIDENTS SEGUNDA MARQUETALIA"; a.k.a. "FARC-D SEGUNDA MARQUETALIA"; a.k.a. "GAO-R SEGUNDA MARQUETALIA"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP SEGUNDA MARQUETALIA"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS SEGUNDA MARQUETALIA"), Colombia; Venezuela; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"GRUPO GAE" (a.k.a. GAESA; a.k.a. GRUPO DE ADMINISTRACION EMPRESARIAL S.A.), Edificio de la Marina, Avenida Del Puerto Y Brapia, Havana, Cuba; Organization Established Date 28 Feb 1999; Organization Type: Activities of holding companies [CUBA].

"GRUPO ROCO" (a.k.a. ROCO DEL PACIFICO INMOBILIARIA, S.A. DE C.V.; a.k.a. ROCO INMOBILIARIA ROCO DEL PACIFICO), Culiacan, Sinaloa, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 29 Apr 2010; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. 79661 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CONDE URAGA, Martha Emilia).

"GRUPPA 99" (a.k.a. LLC GROUP 99 (Cyrillic: ООО ГРУППА 99)), 57 Dubinskaya St., Bldg 3, Moscow 115054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2012; Tax ID No. 7731141263 (Russia); Registration Number 1117746608462 (Russia) [RUSSIA-EO14024].

"GSIM" (a.k.a. GROUP FOR THE SUPPORT OF ISLAM AND MUSLIMS; a.k.a. GROUP TO SUPPORT ISLAM AND MUSLIMS; a.k.a. JAMAAT NOSRAT AL-ISLAM WAL-MOUSLIMIN; a.k.a. JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN; a.k.a. NUSRAT AL-ISLAM WAL-MUSLIMEEN; a.k.a. "GNIM"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"GSK ADVANCE" (a.k.a. GSK ADVANCE COMPANY LTD; a.k.a. GSK FOR ADVANCED BUSINESS CO. LTD), Ahmed Khair Street, Khartoum 11111, Sudan; Website http://www.gsk-sd.com; Organization Type: Other information technology and computer service activities [SUDAN-EO14098].

"GSKB" (a.k.a. A.A. RASPLETIN MAIN SYSTEM DESIGN BUREAU; a.k.a. ALMAZ-ANTEY GSKB; a.k.a. ALMAZ-ANTEY GSKB IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. ALMAZ-ANTEY MSDB; a.k.a. ALMAZ-ANTEY PVO 'AIR DEFENSE' CONCERN LEAD SYSTEMS DESIGN BUREAU OAO 'OPEN JOINT-STOCK COMPANY' IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. GOLOVNOYE SISTEMNOYE KONSTRUKTORSKOYE BYURO OPEN JOINT-STOCK COMPANY OF ALMAZ-ANTEY PVO CONCERN IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. JOINT STOCK COMPANY ALMAZ-ANTEY AIR DEFENSE CONCERN MAIN SYSTEM DESIGN BUREAU NAMED BY ACADEMICIAN A.A. RASPLETIN; a.k.a. JSC 'ALMAZ-ANTEY' MSDB; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA), 16-80, Leningradsky Prospect, Moscow 125190, Russia; Website http://www.raspletin.ru/; Email Address info@raspletin.ru; alt. Email Address almaz_zakupki@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

"GT LTD" (a.k.a. GLOBALTRANS LIMITED), Ul. Respublikanskaya D. 24, K. 1 Str. 1, Pomeshch. 22-N, Office 2, Saint Petersburg 195112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806582269 (Russia); Registration Number 1217800018204 (Russia) [RUSSIA-EO14024].

"GTB" (a.k.a. GOLDEN DELTA BANK; a.k.a. GOLDEN TRIANGLE BANK (Hangul: 황금의 삼각주은행; Chinese Simplified: 金三角银行)), GTB Building, Namsan-Dong Rason, Namsan, Korea, North; Rajin-Songbong Free Economic and Trade Zone, Korea, North; SWIFT/BIC KGTBKPP1; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date Feb 1995; Target Type Financial Institution [DPRK4].

"GTLKE" (a.k.a. GTLK EUROPE DAC; a.k.a. GTLK EUROPE DESIGNATED ACTIVITY COMPANY), 2nd Floor, 2 Hume Street, Dublin 2, Ireland; 9 Pembroke Street Upper, Dublin 2, Ireland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 512927 (Ireland) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

"GUACAMAYO" (a.k.a. ROBAYO ESCOBAR, Carlos Jose); DOB 01 Jan 1969; POB Palmira, Valle, Colombia; citizen Colombia; Cedula No. 16367106 (Colombia) (individual) [SDNTK].

"GUADALAJARA CARTEL" (a.k.a. CARTEL DE SINALOA; a.k.a. SINALOA CARTEL; a.k.a. "MEXICAN FEDERATION"), Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [SDNTK] [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

"GUADALUPE" (a.k.a. HERNANDEZ SALAS, Ofelia; a.k.a. "DONA LUPE"; a.k.a. "LA GUERA"; a.k.a. "LA LUPE"), Avenida Barreda #2318, Res. Quintas del Rey, Mexicali, Baja California, Mexico; Avenida Dinamarca S/N, Col. Orizaba, Mexicali, Baja California, Mexico; DOB 27 Jun 1962; POB Guerrero, Mexico; nationality Mexico; Gender Female; C.U.R.P. HESO620627MGRRLF03 (Mexico) (individual) [TCO] (Linked To: HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION).

"GUAGUA" (a.k.a. DURANGO RESTREPO, Jairo de Jesus); DOB 30 Jun 1972; POB Frontino, Antioquia, Colombia; citizen Colombia; Cedula No. 3484676 (Colombia) (individual) [SDNTK] (Linked To: COMERCIALIZADORA J DURANGO).

"GUANGZHOU TAZI NING COMMERCIAL TRADE CO., LTD." (a.k.a. GUANGZHOU TASNEEM TRADING COMPANY LIMITED; a.k.a. GUANGZHOU TAZNING TRADING CO., LTD.), Huan Shi Xi Lu 37 Hao, 719 Fang, Li Wan Qu, Guangzhou, Guangdong 510000, China; 1020 No. 37, Huanshi West Road, Liwan District, Guangzhou, Guangdong 510000, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Feb 2014; Registration Number 440101400149579 (China); Unified Social Credit Code (USCC) 91440101085957441G (China) [SDGT] (Linked To: ANSARALLAH).

"GUARDIANS OF PEACE" (a.k.a. LAZARUS GROUP; a.k.a. "APPLEWORM"; a.k.a. "APT-C-26"; a.k.a. "GROUP 77"; a.k.a. "HIDDEN COBRA"; a.k.a. "OFFICE 91"; a.k.a. "RED DOT"; a.k.a. "TEMP.HERMIT"; a.k.a. "THE NEW ROMANTIC CYBER ARMY TEAM"; a.k.a. "WHOIS HACKING TEAM"; a.k.a. "ZINC"), Potonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0x098B716B8Aaf21512996dC57EB0615e2383 E2f96; alt. Digital Currency Address - ETH 0xa0e1c89Ef1a489c9C7dE96311eD5Ce5D32c 20E4B; alt. Digital Currency Address - ETH 0x3Cffd56B47B7b41c56258D9C7731ABaDc36 0E073; alt. Digital Currency Address - ETH 0x53b6936513e738f44FB50d2b9476730C0Ab3 Bfc1; alt. Digital Currency Address - ETH 0x35fB6f6DB4fb05e6A4cE86f2C93691425626d 4b1; alt. Digital Currency Address - ETH 0xF7B31119c2682c88d88D455dBb9d5932c65 Cf1bE; alt. Digital Currency Address - ETH 0x3e37627dEAA754090fBFbb8bd226c1CE66D 255e9; alt. Digital Currency Address - ETH 0x08723392Ed15743cc38513C4925f5e6be5c1

7243; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"GUEMPUNGRI" (a.k.a. SHENYANG GEUMPUNGRI NETWORK TECHNOLOGY CO., LTD), HuangHeBei Street No. 70-2, 1-11-1, YuHong Area, Shenyang, Liaoning, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Other information technology and computer service activities [DPRK2] (Linked To: CHINYONG INFORMATION TECHNOLOGY COOPERATION COMPANY).

"Guero de Las Trancas" (a.k.a. LEON VALDEZ, Jesus Manuel; a.k.a. "El Guero de Las Trancas"; a.k.a. "El Guero Trancas"; a.k.a. "Guero Trancas"), Las Trancas, Tamazula, Durango, Mexico; DOB 08 May 1977; POB Durango, Mexico; nationality Mexico; Gender Male; C.U.R.P. LEVJ770508HDGNLS02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"Guero Moreno" (a.k.a. GUZMAN LOPEZ, Joaquin; a.k.a. "El Guero"; a.k.a. "Moreno"), Sinaloa, Mexico; DOB 16 Jul 1986; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. GULJ860716HSRZPQ01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"Guero Trancas" (a.k.a. LEON VALDEZ, Jesus Manuel; a.k.a. "El Guero de Las Trancas"; a.k.a. "El Guero Trancas"; a.k.a. "Guero de Las Trancas"), Las Trancas, Tamazula, Durango, Mexico; DOB 08 May 1977; POB Durango, Mexico; nationality Mexico; Gender Male; C.U.R.P. LEVJ770508HDGNLS02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"GUERO" (a.k.a. ESPARRAGOZA ROSAS, Enrique Dann), Culiacan, Sinaloa, Mexico; DOB 22 Jul 1985; POB Sinaloa, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. EARE850722HSLSSN03 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

"GUESTER" (a.k.a. RYZHENKOV, Aleksandr Viktorovich; a.k.a. "CHERDAKMUDAK"; a.k.a.

"MALOY, Sanya"; a.k.a. "MALOY, Sasha"), Russia; DOB 26 May 1993; nationality Russia; Gender Male; Passport 643501126 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP).

"GUGI" (a.k.a. FEDERAL STATE INSTITUTION MILITARY UNIT 40056; a.k.a. GLAVNOYE UPRAVLENIE GLUBOKOVODNYKH ISSLEDOVANII; a.k.a. MAIN DIRECTORATE OF DEEP SEA RESEARCH), 26A Onezhskaya Str., Moscow 125413, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 08 Dec 2009; Tax ID No. 7743763446 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"Guicho de Los Reyes" (a.k.a. BARRAGAN CHAVEZ, Luis Enrique; a.k.a. "El R5"; a.k.a. "Guicho"; a.k.a. "Wicho"; a.k.a. "Wicho de Los Reyes"), Mexico; DOB 10 Nov 1986; POB Jalisco, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. BACL861110HJCRHS06 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTELES UNIDOS).

"Guicho" (a.k.a. BARRAGAN CHAVEZ, Luis Enrique; a.k.a. "El R5"; a.k.a. "Guicho de Los Reyes"; a.k.a. "Wicho"; a.k.a. "Wicho de Los Reyes"), Mexico; DOB 10 Nov 1986; POB Jalisco, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. BACL861110HJCRHS06 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTELES UNIDOS).

"GUILLERMO LABASTIDA" (a.k.a. BOLANOS CACHO, Alejandro; a.k.a. CACHO FLORES, Alejandro; a.k.a. FLORES CACHO, Alejandro; a.k.a. ROBLES VALDEZ, Abel; a.k.a. "ALEJANDRO LABASTIDA"), Ojos Negros, Baja California Norte, Mexico; Carretera Acapulco, KM 8.5, Pie de la Cuesta, Acapulco, Guerrero, Mexico; Calle de Rio Nilo No. 20, Colonia Valle Dorado, Ensenada, Baja California Norte, Mexico; Montivideo No. 804, Lindavista, Mexico City, Distrito Federal, Mexico; Circuito de la Industria No. 94, Colonia Parque Ind. Lerma, Lerma, Mexico, Mexico; Avenida del Taller No. 23, Ret. 17, Colonia Jardin Balbuena, Delegacion Venustiano Carranza, Mexico City, Distrito Federal, Mexico;

Calle Jaime Torres Bodet No. 207-A, Int. 201, Colonia Santa Marta La Rivera, Delegacion Cuauhtemoc, Mexico City, Distrito Federal, Mexico; Homero No. 1343, Mexico City, Distrito Federal, Mexico; Avenida Herradona No. 1328, Interlomas, Mexico City, Distrito Federal, Mexico; Calle Cantiles 42 A, Mozimba 39460, Acapulco, Guerrero, Mexico; Calle Tulipanes No. 8, Colonia Lomas Cortes, Cuernavaca, Morelos, Mexico; Calle Rancho Tetela No. 957, Colonia Rancho Tetela, Cuernavaca, Morelos, Mexico; DOB 26 Mar 1963; alt. DOB 26 Mar 1964; POB Mexico City, Distrito Federal, Mexico; alt. POB Guadalajara, Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 01350202554 (Mexico); R.F.C. FOCA-630326 (Mexico); alt. R.F.C. FOCX-260363 (Mexico); alt. R.F.C. FOCX-630326 (Mexico); alt. R.F.C. FOCA-640326 (Mexico); C.U.R.P. FOCA630326HMCLCL05 (Mexico); Electoral Registry No. FLCCAL64032609H300 (Mexico); C.U.I.P. FOCA640326H14506669 (Mexico) (individual) [SDNTK].

"GUL, Muhammad Aman" (a.k.a. AFRIDI, Amanullah; a.k.a. URS, Amanullah; a.k.a. "MUFTI ILYAS"; a.k.a. "ULLAH, Aman"), Frontier Region Kohat, Pakistan; DOB 1973; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; alt. DOB 1971; alt. DOB 1972; alt. DOB 1974; alt. DOB 1975; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"GUL, Redi" (a.k.a. GUL, Redi Hussein Khal; a.k.a. "GULL, Rida"), Nowshera, Pakistan; DOB 25 Dec 1981; POB Afghanistan; nationality Afghanistan; citizen Afghanistan; Gender Male (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

"GULL, Rida" (a.k.a. GUL, Redi Hussein Khal; a.k.a. "GUL, Redi"), Nowshera, Pakistan; DOB 25 Dec 1981; POB Afghanistan; nationality Afghanistan; citizen Afghanistan; Gender Male (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

"GUOJU, Yin" (a.k.a. KOI, Wan Kuok; a.k.a. KUOK-KUI, Wan; a.k.a. "Broken Tooth"; a.k.a. "Brokentooth"; a.k.a. "KUI, Bung Nga"), Macau; DOB 29 Jul 1955; Gender Male; Passport 31135083 (Portugal) expires 27 Mar 2023 (individual) [GLOMAG].

"GUPTA, Tony" (a.k.a. GUPTA, Rajesh; a.k.a. GUPTA, Rajesh Kumar), Dubai, United Arab

Emirates; DOB 05 Aug 1972; POB Saharanpur, India; nationality South Africa; Gender Male; National ID No. 7208056345087 (South Africa) (individual) [GLOMAG].

"GURBITA" (a.k.a. YARZA, Aitzol Iriondo; a.k.a. "BALAK"; a.k.a. "BARBAS"; a.k.a. "GURBITZ"); DOB 08 Mar 1977; POB San Sebastina, Guipuzcoa, Spain; nationality Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Personal ID Card 72.467.565 (Spain); Organization: Basque Fatherland and Liberty (ETA); In custody in France (individual) [SDGT].

"GURBITZ" (a.k.a. YARZA, Aitzol Iriondo; a.k.a. "BALAK"; a.k.a. "BARBAS"; a.k.a. "GURBITA"); DOB 08 Mar 1977; POB San Sebastina, Guipuzcoa, Spain; nationality Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Personal ID Card 72.467.565 (Spain); Organization: Basque Fatherland and Liberty (ETA); In custody in France (individual) [SDGT].

"GustaveDore" (a.k.a. ERMAKOV, Aleksandr (Cyrillic: ЕРМАКОВ, Александр); a.k.a. "blade_runner"; a.k.a. "GistaveDore"; a.k.a. "JimJones"), Moscow, Russia; DOB 16 May 1990; nationality Russia; Email Address ae.ermak@yandex.ru; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"GVC" (Cyrillic: "ГВЦ") (a.k.a. MAIN COMPUTATION CENTER OF THE GENERAL STAFF OF THE ARMED FORCES OF THE RUSSIAN FEDERATION (Cyrillic: ГЛАВНЫЙ ВЫЧИСЛИТЕЛНЫЙ ЦЕНТР ГЕНЕРАЛНЬОГО ШТАБА ВООРУЖЕННЫХ СИЛ РОССИЙСКОЙ ФЕДЕРАЦИИ)), 19 Znamenka St., Moscow 119019, Russia; 1 Admiralteyskiy Drive, St. Petersburg 190195, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024. [RUSSIA-EO14024].

"GW INVESTMENT" (a.k.a. GOLDEN WARRIORS INVESTMENT PVT LTD), Vaaly Villa, Majeedhee Magu, Henveiru, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Dec 2014; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Registration Number C-1063/2014 (Maldives); Permit Number IG-0069/T10/2015 (Maldives) issued 15 Jan 2015 [SDGT] (Linked To: SHIYAM, Ali).

"GWT" (a.k.a. GREEN WAVE TECHNOLOGIES; a.k.a. GREEN WAVE TELECOMMUNICATION; a.k.a. GREEN WAVE TELECOMMUNICATION SDN BHD; a.k.a. GREENWAVE TELECOM; a.k.a. "GREEN WAVE"; a.k.a. "GREEN WAVE COMPANY"), 8, 12, 9, Menara Mutiara, Bangsar, Jalan Liku, Off Jalan Bangsar, Kuala Lumpur 59100, Malaysia; Website gwt.com.my; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 880140-W (Malaysia) [NPWMD] [IFSR].

"H1" (a.k.a. HURTADO OLASCOAGA, Ubaldo; a.k.a. "Flaco"), Mexico; DOB 09 May 1979; POB Guerrero, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. HUOU790509HGRRLB08 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: LA NUEVA FAMILIA MICHOACANA).

"H4mid@Tm3l" (a.k.a. FIROOZI, Hamid); DOB 06 Aug 1981; alt. DOB 23 Jun 1981; alt. DOB 01 Jan 1980; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2] (Linked To: ITSEC TEAM).

"HABIB, Aras" (a.k.a. KAREEM, Aras Habib; a.k.a. KAREEM, Aras Habib Mohamed; a.k.a. KARIM, Aras Habib), Iraq; DOB 06 Aug 1967; POB Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"HABIB, Sayed" (a.k.a. KHAN, Sayed Habib Ahmad; a.k.a. KHAN, Syed Habib Ahmad), Kuwait; Arzan Qemat Area, PD 12, Kabul City, Afghanistan; DOB 1970; POB Kunar Province, Afghanistan; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Residency Number 270010174266 (Kuwait) issued 25 Apr 2016 expires 24 Jun 2018 (individual) [SDGT] (Linked To: NEJAAT SOCIAL WELFARE ORGANIZATION).

"HADI" (a.k.a. BENDEBKA, L'Hadi; a.k.a. "ABD AL HADI"), Via Garibaldi, 70, San Zenone al Po, Pavia, Italy; Via Manzoni, 33, Cinisello Balsamo, Milan, Italy; DOB 17 Nov 1963; POB Algiers Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 (individual) [SDGT].

"HADI'S WORLD INC" (a.k.a. HADI'S WORLD INCORPORATED; a.k.a. "HADI'S WORLD"), 29 Lombard Street, Werk-en-Rust, Georgetown, Guyana; Organization Established Date 29 Sep 2009; Organization Type: Mining and Quarrying [GLOMAG] (Linked To: MOHAMED'S ENTERPRISE).

"HADI'S WORLD" (a.k.a. HADI'S WORLD INCORPORATED; a.k.a. "HADI'S WORLD INC"), 29 Lombard Street, Werk-en-Rust, Georgetown, Guyana; Organization Established Date 29 Sep 2009; Organization Type: Mining and Quarrying [GLOMAG] (Linked To: MOHAMED'S ENTERPRISE).

"HAFETH, Abu Ubaydah" (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

"HAFEZ, Abo Obeida" (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafez; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

"HAFEZ, Abu Obaida" (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

"HAFEZ, Abu-Obaidah K." (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590

(Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

"HAFITH, Abu Ubaydah" (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

"HAFIZ SAHIB" (a.k.a. SAEED HAFIZ, Muhammad; a.k.a. SAEED, Hafiz; a.k.a. SAEED, Hafiz Mohammad; a.k.a. SAEED, Hafiz Muhammad; a.k.a. SAEED, Muhammad; a.k.a. SAYED, Hafiz Mohammad; a.k.a. SAYEED, Hafez Mohammad; a.k.a. SAYID, Hafiz Mohammad; a.k.a. SYEED, Hafiz Mohammad; a.k.a. "TATA JI"), House No. 116 E, Mohalla Johar, Town: Lahore, Tehsil:, Lahore City, Lahore District, Pakistan; DOB 05 Jun 1950; POB Sargodha, Punjab, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Passport BE5978421 (Pakistan) issued 14 Nov 2007 expires 12 Nov 2012; alt. Passport Booklet A5250088 (Pakistan); National ID No. 3520025509842-7 (Pakistan); alt. National ID No. 23250460642 (Pakistan) (individual) [SDGT].

"HAFIZ, Abu Obidah K" (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

"HAFIZ, Abu Ubayda" (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a.

ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

"HAJI ABDULLAH" (a.k.a. KHAN, Asad; a.k.a. KHAN, Haji Asad; a.k.a. KHAN, Mohammed; a.k.a. MOHADMMADHASNI, Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan Zarkari; a.k.a. MOHMMADHASNI, Asad Khan; a.k.a. MUHAMMADHASNI, Asad Khan; a.k.a. ZARKARI, Asad Khan; a.k.a. "ASAD, Haji"), Nimroz, Afghanistan; Kabul, Afghanistan; Karachi, Pakistan; Basalani, Afghanistan; Balochistan, Pakistan; Dubai, United Arab Emirates; DOB 01 Jan 1955; POB Nimroz, Afghanistan; citizen Afghanistan; Passport OR1126692 (Afghanistan) (individual) [SDNTK].

"HAJI AMINULLAH" (a.k.a. NOORZAI, Haji Malek; a.k.a. NOORZAI, Hajji Malak; a.k.a. NOORZAI, Hajji Malik; a.k.a. "HAJI MALUK"); DOB 1957; alt. DOB 1960; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tribe: Noorzai (individual) [SDGT].

"HAJI FIAZULLAH" (a.k.a. KHAN, Haji Faizullah; a.k.a. NOOR, Haji Faizullah; a.k.a. NOORI, Haji Faizullah; a.k.a. NOORZAI, Haji Pazullah; a.k.a. NOORZAI, Hajji Faizullah Khan; a.k.a. NOREZAI, Haji Faizuulah Khan; a.k.a. "HAJI MULLAH FAIZULLAH"), Boghra Road, Miralzei

Village, Chaman, Baluchistan Province, Pakistan; DOB 1966; alt. DOB 1961; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; POB Lowy Kariz, Spin Boldak District, Kandahar Province, Afghanistan; alt. POB Kadanay, Spin Boldak District, Kandahar Province, Afghanistan; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tribe: Noorzai; Subtribe: Miralzai (individual) [SDGT].

"HAJI GUL MOHAMMAD" (a.k.a. BARAICH, Mullah Naeem; a.k.a. BARECH AKHUND, Mullah Naim; a.k.a. BARECH, Mullah Naim; a.k.a. BAREH, Mullah Naim; a.k.a. BARIC, Mullah Naeem; a.k.a. BARICH, Haji Gul Mohammed Naim; a.k.a. BARICH, Mohammad Naim; a.k.a. BARICH, Mullah Naim; a.k.a. BERICH, Naim; a.k.a. "MULLAH NAIMULLAH"); DOB 01 Jan 1975; alt. DOB 01 Jan 1974; alt. DOB 01 Jan 1976; POB Lakhi Village, Hazarjuft Area, Garmsir District, Helmand Province, Afghanistan; alt. POB Laki Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Lakari Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Darvishan, Garmsir District, Helmand Province, Afghanistan; alt. POB De Luy Wiyalah Village, Garmsir District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

"HAJI HIDAYATULLAH" (a.k.a. ISHAKZAI, Gul Agha; a.k.a. MULLAH GUL AGHA; a.k.a. MULLAH GUL AGHA AKHUND; a.k.a. "HAYADATULLAH"; a.k.a. "HIDAYATULLAH"); DOB 1972; POB Band-e-Timor, Kandahar, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"HAJI MALUK" (a.k.a. NOORZAI, Haji Malek; a.k.a. NOORZAI, Hajji Malak; a.k.a. NOORZAI, Hajji Malik; a.k.a. "HAJI AMINULLAH"); DOB 1957; alt. DOB 1960; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tribe: Noorzai (individual) [SDGT].

"HAJI MULLAH FAIZULLAH" (a.k.a. KHAN, Haji Faizullah; a.k.a. NOOR, Haji Faizullah; a.k.a. NOORI, Haji Faizullah; a.k.a. NOORZAI, Haji Pazullah; a.k.a. NOORZAI, Hajji Faizullah Khan; a.k.a. NOREZAI, Haji Faizuulah Khan; a.k.a. "HAJI FIAZULLAH"), Boghra Road, Miralzei Village, Chaman, Baluchistan Province, Pakistan; DOB 1966; alt. DOB 1961; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; POB Lowy

Kariz, Spin Boldak District, Kandahar Province, Afghanistan; alt. POB Kadanay, Spin Boldak District, Kandahar Province, Afghanistan; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tribe: Noorzai; Subtribe: Miralzai (individual) [SDGT].

"Haji Nika Ishaqzai" (a.k.a. SANI, Abdul Samad; a.k.a. SANI, Mullah Samad; a.k.a. SANI, Samad; a.k.a. "Haji Nika"; a.k.a. "Haji Salani"), Quetta, Pakistan; DOB 1960 to 1962; POB Band-e-Temor, Maiwand District, Kandahar Province, Afghanistan; nationality Afghanistan; alt. nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TALIBAN).

"Haji Nika" (a.k.a. SANI, Abdul Samad; a.k.a. SANI, Mullah Samad; a.k.a. SANI, Samad; a.k.a. "Haji Nika Ishaqzai"; a.k.a. "Haji Salani"), Quetta, Pakistan; DOB 1960 to 1962; POB Band-e-Temor, Maiwand District, Kandahar Province, Afghanistan; nationality Afghanistan; alt. nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TALIBAN).

"Haji Rohullah" (a.k.a. WAKIL, Haji Sahib Rohullah; a.k.a. WAKIL, Rohullah), Afghanistan; DOB 1962; alt. DOB 1963; POB Nangalam, Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIL KHORASAN).

"Haji Salani" (a.k.a. SANI, Abdul Samad; a.k.a. SANI, Mullah Samad; a.k.a. SANI, Samad; a.k.a. "Haji Nika"; a.k.a. "Haji Nika Ishaqzai"), Quetta, Pakistan; DOB 1960 to 1962; POB Band-e-Temor, Maiwand District, Kandahar Province, Afghanistan; nationality Afghanistan; alt. nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TALIBAN).

"HAJI SHABBAZ" (a.k.a. HAN, Cellat; a.k.a. HAN, Sahbaz; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Haji Shahbaz; a.k.a.

ZADRAN, Shabbaz; a.k.a. ZADRAN, Shahbaz; a.k.a. "HAJI SHAHBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

"HAJI SHAHBAZ KOOCHI" (a.k.a. HAN, Cellat; a.k.a. HAN, Sahbaz; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Haji Shahbaz; a.k.a. ZADRAN, Shabbaz; a.k.a. ZADRAN, Shahbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

"HAJI SHAHBAZ" (a.k.a. HAN, Cellat; a.k.a. HAN, Sahbaz; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Haji Shahbaz; a.k.a. ZADRAN, Shabbaz; a.k.a. ZADRAN, Shahbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L.,

Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

"Hajii Abdallah" (a.k.a. AL-MAWLA, Amir Muhammad Sa'id Abdal-Rahman; a.k.a. AL-MAWLA, Muhammad Sa'id 'Abd-al-Rahman; a.k.a. AL-MULA, Amir Muhammad Sa'id 'Abd-al-Rahman Muhammad; a.k.a. SALBI, 'Abdul Amir Muhammad Sa'id; a.k.a. "Abdullah Qardash"; a.k.a. "Abu Ibrahim al-Hashimi al-Qurashi"; a.k.a. "Abu-'Abdullah Qardash"; a.k.a. "Abu-'Umar al-Turkmani"; a.k.a. "al-Hajj Abdullah Qardash"; a.k.a. "Hajji Abdullah al-Afari"), Iraq; Syria; DOB 01 Oct 1976; alt. DOB 05 Oct 1976; POB Mosul, Iraq; alt. POB Tall 'Afar, Iraq; nationality Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"HAJJ AS'AD AHMAD" (a.k.a. BARAKAT, Assaad Ahmad; a.k.a. BARAKAT, Assad; a.k.a. BARAKAT, Assad Ahmad; a.k.a. BARAKAT, Assad Ahmed Muhammad; a.k.a. BARAKAT, Assad Hassan; a.k.a. BARAKAT, Jach Assad Ahmad), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile; Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Hajji Abdullah al-Afari" (a.k.a. AL-MAWLA, Amir Muhammad Sa'id Abdal-Rahman; a.k.a. AL-MAWLA, Muhammad Sa'id 'Abd-al-Rahman; a.k.a. AL-MULA, Amir Muhammad Sa'id 'Abd-al-Rahman Muhammad; a.k.a. SALBI, 'Abdul Amir Muhammad Sa'id; a.k.a. "Abdullah

Qardash"; a.k.a. "Abu Ibrahim al-Hashimi al-Qurashi"; a.k.a. "Abu-'Abdullah Qardash"; a.k.a. "Abu-'Umar al-Turkmani"; a.k.a. "al-Hajj Abdullah Qardash"; a.k.a. "Hajii Abdallah"), Iraq; Syria; DOB 01 Oct 1976; alt. DOB 05 Oct 1976; POB Mosul, Iraq; alt. POB Tall 'Afar, Iraq; nationality Iraq; citizen Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"HAJJI IMAN" (a.k.a. AHMAD, Aliazra Ra'ad; a.k.a. AL-BAYATI, Abdul Rahman Muhammad; a.k.a. AL-BAYATI, Tahir Muhammad Khalil Mustafa; a.k.a. AL-QADULI, Abd Al-Rahman Muhammad Mustafa; a.k.a. MUSTAFA, Umar Muhammad Khalil; a.k.a. SHAYKHLARI, 'Abd al-Rahman Muhammad Mustafa; a.k.a. "ABU ALA"; a.k.a. "ABU HASAN"; a.k.a. "ABU IMAN"; a.k.a. "ABU MUHAMMAD"; a.k.a. "ABU ZAYNA"; a.k.a. "ABU-SHUAYB"); DOB 1959; alt. DOB 1957; POB Mosul, Ninawa Province, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Hajji Lu'ay" (a.k.a. AL-JUBURI, Lu'ay Jasim Hammadi; a.k.a. AL-JUBURI, Lu'ay Jasim Hammadi Mahdi; a.k.a. HAMMADI, Lu'ay Jasim), Mersin, Turkey; DOB 06 Oct 1970; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"HALEEL GROUP" (a.k.a. HALEEL COMMODITIES L.L.C.), Office 601-A, P.O. Box 172532, Deira Twin Tower, Baniyas Road, Dubai, United Arab Emirates; Makkah Almukarramah Ave. 3, Mogadishu, Somalia; Website http://haleelcommodities.com; alt. Website www.haleel.co; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1052074 (United Arab Emirates); Certificate of Incorporation Number SCCI/1260/19 (Somalia); License 632562 (United Arab Emirates); Chamber of Commerce Number 178704 (United Arab Emirates) [SDGT] (Linked To: AL-SHABAAB).

"HALF MILLION" (a.k.a. CISNEROS RODRIGUEZ, Jose Misael; a.k.a. CISNEROS, Jose Misal; a.k.a. "MEDIO MLON"); DOB 02 Oct 1976; POB Agua Caliente, Chalatenango, El Salvador; nationality El Salvador (individual) [TCO].

"HAMAD, Hajji" (a.k.a. AL-'AJUZ, Sami Jasim; a.k.a. AL-'AJUZ, Sami Jasim Muhammad; a.k.a. AL-JABURI, Sami Jasim Muhammad; a.k.a. A'RAJ, Sami; a.k.a. MUHAMMAD, Sami Jasim; a.k.a. "ASIA, Abu"; a.k.a. "ASIYA, Abu"; a.k.a. "HAMID, Hajji"; a.k.a. "HAMID, Ustadh"; a.k.a. "SAMIYAH, Abu"; a.k.a. "SUMAYYAH, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; alt. DOB 01 Jan 1970 to 31 Dec 1970; POB Al-Sharqat, Salah ad-Din Province, Iraq; alt. POB Mosul, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"HAMBALI" (a.k.a. ISAMUDDIN, Nurjaman Riduan; a.k.a. ISOMUDDIN, Riduan; a.k.a. NURJAMAN, Encep; a.k.a. "NURJAMAN"), Guantanamo Bay detention center, Cuba; DOB 04 Apr 1964; alt. DOB 01 Apr 1964; POB Cianjur, West Java, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"HAMID, Abdul" (a.k.a. AZIZ, Sa'id Yusif Abu; a.k.a. 'AZIZ, Sa'ud Abu; a.k.a. AZIZA, Said Youssef Ali Abu; a.k.a. AZIZAH, Sa'id Yusif Ali Abu; a.k.a. AZIZAT, Sa'id Yusif Ali Abu; a.k.a. "AL-HAMID, Abd"; a.k.a. "THERAB, Abu"; a.k.a. "THURAB, Abu"; a.k.a. "TURAB, Abu"); DOB 1958; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 87/437555 (Libya) (individual) [SDGT].

"HAMID, Hajji" (a.k.a. AL-'AJUZ, Sami Jasim; a.k.a. AL-'AJUZ, Sami Jasim Muhammad; a.k.a. AL-JABURI, Sami Jasim Muhammad; a.k.a. A'RAJ, Sami; a.k.a. MUHAMMAD, Sami Jasim; a.k.a. "ASIA, Abu"; a.k.a. "ASIYA, Abu"; a.k.a. "HAMAD, Hajji"; a.k.a. "HAMID, Ustadh"; a.k.a. "SAMIYAH, Abu"; a.k.a. "SUMAYYAH, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; alt. DOB 01 Jan 1970 to 31 Dec 1970; POB Al-Sharqat, Salah ad-Din Province, Iraq; alt. POB Mosul, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"HAMID, Ustadh" (a.k.a. AL-'AJUZ, Sami Jasim; a.k.a. AL-'AJUZ, Sami Jasim Muhammad; a.k.a. AL-JABURI, Sami Jasim Muhammad; a.k.a. A'RAJ, Sami; a.k.a. MUHAMMAD, Sami Jasim; a.k.a. "ASIA, Abu"; a.k.a. "ASIYA, Abu"; a.k.a. "HAMAD, Hajji"; a.k.a. "HAMID, Hajji"; a.k.a. "SAMIYAH, Abu"; a.k.a. "SUMAYYAH, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; alt. DOB 01 Jan 1970 to 31 Dec 1970; POB Al-Sharqat, Salah ad-Din Province, Iraq; alt. POB Mosul, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"HAMMEDI, Ben" (a.k.a. BEN HAMMEDI, Mohammed; a.k.a. BENHAMMEDI, Mohammed; a.k.a. BIN HAMMIDI, Muhammad Muhammad; a.k.a. HANNADI, Mohamed; a.k.a. "ABU AL QASSAM"; a.k.a. "ABU HAJIR"; a.k.a. "ABU HAJIR AL LIBI"; a.k.a. "PANHAMMEDI"), Midlands, United Kingdom; DOB 22 Sep 1966; POB Libya; citizen Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"HAMMER GANG" (a.k.a. ANTIFA OST; a.k.a. ANTIFA-OST; a.k.a. HAMMERBANDE; a.k.a. "ANTIFA-EAST"), Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2017 to 2018; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"HAMMS" (a.k.a. ARMS OF EGYPT MOVEMENT; a.k.a. HARAKAH SAWA'ID MISR; a.k.a. HARAKAT SAWA'D MISR; a.k.a. HASM; a.k.a. HASM MOVEMENT; a.k.a. MOVEMENT OF EGYPT'S ARMS; a.k.a. MOVEMENT OF EGYPT'S FOREARMS; a.k.a. "HASAM"; a.k.a. "HASSAM"; a.k.a. "HASSM"), Beheira, Egypt; Beni Suef, Egypt; Cairo, Egypt; Giza, Egypt; Damietta, Egypt; Fayoum, Egypt; Qalyubia, Egypt; Turkey; Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"HAMMUD, Ali" (a.k.a. AL-'AUJAYD, Abdullah Shuwar; a.k.a. AL-SHAWAGH, 'Ali Musa; a.k.a. AL-SHAWAKH, Ali al-Hamoud; a.k.a. AL-SHAWAKH, Ali Musa; a.k.a. AL-SHAWAKH, Muhammad 'Ali; a.k.a. AL-SHAWWAKH, Ibrahim; a.k.a. "AL-HAMUD, 'Ali"; a.k.a. "AL-SAHL, Abu Luqman"; a.k.a. "AL-SURI, Abu Luqman"; a.k.a. "AWAS, Ali"; a.k.a. "AYYUB, Abu"; a.k.a. "DERWISH, 'Ali"; a.k.a. "LUQMAN, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Hamza al-Mauritani" (a.k.a. BREIHMATT, Salem ould; a.k.a. OULD ABED, Cheikh ould Mohamed Saleck; a.k.a. "Abu Hamza al-Shanqiti"; a.k.a. "Abu Hamza al-Shinqiti"; a.k.a. "NITRIK, Hamza"), Mali; DOB 1984; alt. DOB 1978; POB Mauritania; nationality Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

"HAMZA" (a.k.a. AL-BAAZAOUI, Mondher Ben Mohsen Ben Ali; a.k.a. BAAZAOUI, Mondher), Via di Saliceto n.51/9, Bologna, Italy; DOB 18 Mar 1967; POB Kairouan, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K602878 issued 05 Nov 1993 expires 09 Jun 2001 (individual) [SDGT].

"HAMZA" (a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "ABOU HAMZA"; a.k.a. "ABOU HANZA"; a.k.a. "ABU KHAMZA"; a.k.a. "BILAL"; a.k.a. "BILAL KUMKAL"; a.k.a. "KOUMAL"; a.k.a. "LAJONEL DIMON"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975; POB Roubaix, France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"HAMZA, Abdelbasit" (a.k.a. HAMZA, Abd al-Basit; a.k.a. KHAIR, Abdelbasit Hamza Elhassan Mohamed), Africa Street, Khartoum 12290, Sudan; DOB 28 Aug 1955; POB Marawi, Sudan; nationality Sudan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 101 0015 9792 (Sudan) (individual) [SDGT] (Linked To: HAMAS).

"HAMZAH, Ali" (a.k.a. MARUF, Muhammad; a.k.a. MUSANNA, Maulana; a.k.a. UBAIDULLAH, Maulana), Afghanistan; DOB 31 Jan 1988; alt. DOB 31 Jan 1985; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

"Hamzat" (a.k.a. BYUTUKAEV, Aslan; a.k.a. BYUTUKAEV, Aslan Avgazarovich; a.k.a. BYUTUKAYEV, Aslan; a.k.a. "CHECHENSKY,

Khamzat"; a.k.a. "KHAMZAT, Amir"; a.k.a. "KHAMZAT, Emir"), Akharkho Street,11, Katyr-Yurt, Ackhoy-Martanovskiy District, the Republic of Chechnya, Russia; DOB 22 Oct 1974; POB Kitaevka, Novoselitskiy Region, Stavropol Territory, the Russian Federation; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"HANDALAH" (a.k.a. AL-RUMAYSH, Mu'tassim Yahya 'Ali; a.k.a. "ABU-RAYHANAH"; a.k.a. "AL-JEDDAWI, Abu-Rayhanah al-'Ansari"; a.k.a. "RAYHANAH"); DOB 04 Jan 1973; POB Jeddah, Saudi Arabia; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01055336 (Yemen); Residency Number 2054275397 (Saudi Arabia) issued 22 Jul 1998 (individual) [SDGT].

"HAOKUN ENERGY" (a.k.a. HAOKUN ENERGY GROUP CO., LTD. (Chinese Simplified: 昊坤能源集团有限公司); a.k.a. HAOKUN ENERGY GROUP COMPANY LIMITED), Building 6, Central District, Haidian District, Beijing 100191, China; Website www.haokunny.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Unified Social Credit Code (USCC) 911101053063517353 (China) [SDGT] (Linked To: CHINA HAOKUN ENERGY LIMITED).

"HARIS HATZIMIHELAKIS/INTERNATIONAL NERO" (a.k.a. FEDERAZIONE ANARCHICA INFORMALE/FRONTE RIVOLUZIONARIO INTERNAZIONALE; a.k.a. INFORMAL ANARCHIST FEDERATION/INTERNATIONAL REVOLUTIONARY FRONT; a.k.a. "AUGUSTO MASETTI INFORMAL ANARCHIST BRIGADE - INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "BRIGATA AUGUSTO MASETTI FEDERAZIONE ANARCHICA INFORMALE - FRONTE RIVOLUZIONARIO INTERNAZIONALE"; a.k.a. "CELLS AGAINST CAPITAL THE PRISON ITS JAILERS AND ITS CELLS"; a.k.a. "COOPERATIVA ARTIGIANA FUOCO E AFFINI"; a.k.a. "FAI/ANIMAL REVOLT"; a.k.a. "FAI/ARMED CELLS FOR INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/CELLS AGAINST CAPITA PRISON AND ITS JAILERS AND ITS CELLS"; a.k.a. "FAI/CRAFT COOPERATIVE FIRE AND SIMILAR/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/METROPOLITAN

CELLS"; a.k.a. "FAI/NARODNAJA VOJLA"; a.k.a. "FAI/REVOLUTIONARY CELL LAMBROS FOUNTAS"; a.k.a. "FAI/REVOLUTIONARY NUCLEUS HORST FANTAZZINI"; a.k.a. "FAI/SISTERS IN ARMS MAURICIO MORALES NUCLEUS/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/TERRIBLE ANONYMOUS REVOLT"; a.k.a. "JULY 20 BRIGADE"; a.k.a. "JULY BRIGADE/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "SANTIAGO MALDONADO CELL"; a.k.a. "SANTIAGO MALDONADO CELL FAI-FRI"; a.k.a. "SORELLE IN ARMI, NUCLEO MAURICIO MORALES"), Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2003; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"HAROON" (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"HAROON" (a.k.a. HAQQANI, Yahya; a.k.a. HAQQANI, Yahyah; a.k.a. HAQQANI, Yaya), The Haqqani Madrassa Compound, Miram Shah, North Waziristan Agency (NWA), Federally Administered Tribal Areas (FATA), Pakistan; Miram Shah, NWA, FATA, Pakistan; Danda Village, Miram Shah, NWA, FATA, Pakistan; DOB 1982; alt. DOB 1978; POB Miram Shah, Pakistan; citizen Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"HARUN" (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon;

a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"HASAM" (a.k.a. ARMS OF EGYPT MOVEMENT; a.k.a. HARAKAH SAWA'ID MISR; a.k.a. HARAKAT SAWA'D MISR; a.k.a. HASM; a.k.a. HASM MOVEMENT; a.k.a. MOVEMENT OF EGYPT'S ARMS; a.k.a. MOVEMENT OF EGYPT'S FOREARMS; a.k.a. "HAMMS"; a.k.a. "HASSAM"; a.k.a. "HASSM"), Beheira, Egypt; Beni Suef, Egypt; Cairo, Egypt; Giza, Egypt; Damietta, Egypt; Fayoum, Egypt; Qalyubia, Egypt; Turkey; Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"HASAN, 'Ali bin" (a.k.a. AL-'AJAMI, 'Ali Hasan; a.k.a. AL-'AJMI, Abu al-Hassan; a.k.a. AL-'AJMI, 'Ali Hasan 'Ali; a.k.a. AL-'AJMI, 'Ali Hassan 'Ali; a.k.a. AL-YAMI, 'Ali Abu Hasan; a.k.a. AL-YAMI, Hassan; a.k.a. AL-YAMI, Husayn; a.k.a. "AL-HASSAN, Abu"); DOB 14 Jan 1979; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 002981367 (Kuwait) (individual) [SDGT].

"HASHEMI, Seyyed Mehdi" (a.k.a. TOGHROLJERDI, Seyyed Mehdi Hashemi), Iran; DOB 19 Apr 1973; POB Iran; nationality Iran; Gender Male; National ID No. 3091111628 (Iran) (individual) [ELECTION-EO13848] (Linked To: EMENNET PASARGAD).

"HASSAM" (a.k.a. ARMS OF EGYPT MOVEMENT; a.k.a. HARAKAH SAWA'ID MISR; a.k.a. HARAKAT SAWA'D MISR; a.k.a. HASM; a.k.a. HASM MOVEMENT; a.k.a. MOVEMENT OF EGYPT'S ARMS; a.k.a. MOVEMENT OF EGYPT'S FOREARMS; a.k.a. "HAMMS"; a.k.a. "HASAM"; a.k.a. "HASSM"), Beheira, Egypt; Beni Suef, Egypt; Cairo, Egypt; Giza, Egypt; Damietta, Egypt; Fayoum, Egypt; Qalyubia, Egypt; Turkey; Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"HASSAN THE OLD" (a.k.a. ABDELHAY, al-Sheikh; a.k.a. AHCENE, Cheib; a.k.a. ALLANE, Hacene; a.k.a. "ABU AL-FOUTOUH"; a.k.a. "BOULAHIA"); DOB 17 Jan 1941; POB El Menea, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"HASSAN" (a.k.a. AL-TIKRITI, Ali Saddam Hussein); DOB 1980; alt. DOB 1983; POB Iraq; nationality Iraq; son of Saddam Hussein al-Tikriti (individual) [IRAQ2].

"HASSAN, Mohamed" (a.k.a. ADEN, Mohamed Abdi; a.k.a. ADEN, Mohamoud Abdi; a.k.a. ADEN, Mohamud Abdi; a.k.a. "ABDIRAHMAN, Mahamoud"; a.k.a. "ABDIRAHMAN, Mohamud"; a.k.a. "IBRAHIM, Moalim"; a.k.a. "MAHADI, Moalim"; a.k.a. "SAYID, Mahdi"; a.k.a. "YARE, Mohamed"), Jilib, Lower Juba, Somalia; DOB 13 Mar 1985; POB Garissa, Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"HASSAN, Sheikh" (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Hassan Dahir; a.k.a. AWES, Shaykh Hassan Dahir; a.k.a. AWEYES, Hassen Dahir; a.k.a. AWEYS, Ahmed Dahir; a.k.a. AWEYS, Hassan Dahir; a.k.a. AWEYS, Sheikh; a.k.a. AWEYS, Sheikh Hassan Dahir; a.k.a. DAHIR, Aweys Hassan; a.k.a. IBRAHIM, Mohammed Hassan; a.k.a. OAIS, Hassan Tahir; a.k.a. UWAYS, Hassan Tahir), Somalia; Eritrea; DOB 1935; nationality Somalia; citizen Somalia (individual) [SOMALIA].

"HASSAN, Yaseer" (a.k.a. HASSAN, Abu Yasir; a.k.a. "QASIM, Abu"), Cabo Delgado Province, Mozambique; DOB 1981 to 1983; POB Pwani Region, Tanzania; nationality Tanzania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"HASSM" (a.k.a. ARMS OF EGYPT MOVEMENT; a.k.a. HARAKAH SAWA'ID MISR; a.k.a. HARAKAT SAWA'D MISR; a.k.a. HASM; a.k.a. HASM MOVEMENT; a.k.a. MOVEMENT OF EGYPT'S ARMS; a.k.a. MOVEMENT OF EGYPT'S FOREARMS; a.k.a. "HAMMS"; a.k.a. "HASAM"; a.k.a. "HASSAM"), Beheira, Egypt; Beni Suef, Egypt; Cairo, Egypt; Giza, Egypt; Damietta, Egypt; Fayoum, Egypt; Qalyubia, Egypt; Turkey; Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 [FTO] [SDGT].

"HAVA PEYMA SAZI-E IRAN" (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: شرکت صنایع هواپیماسازی ایران); a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIES; a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE IRAN; a.k.a. "FTP CO."; a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HAVAPEYMA SAZI IRAN"; a.k.a. "HESA"; a.k.a. "HEVAPEIMASAZI"; a.k.a. "HTC"; a.k.a. "IAMCO"; a.k.a. "IAMI"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Isfahan - Tehran Freeway, Shahin Shahr, Isfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Isfahan, Iran; Shahih Shar Industrial Zone, Isfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"HAVAPEYMA SAZHRAN" (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: شرکت صنایع هواپیماسازی ایران); a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIES; a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE IRAN; a.k.a. "FTP CO."; a.k.a. "HAVA PEYMA SAZI-E IRAN"; a.k.a. "HAVAPEYMA SAZI IRAN"; a.k.a. "HESA"; a.k.a. "HEVAPEIMASAZI"; a.k.a. "HTC"; a.k.a. "IAMCO"; a.k.a. "IAMI"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Isfahan - Tehran Freeway, Shahin Shahr, Isfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Isfahan, Iran; Shahih Shar Industrial Zone, Isfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS;

Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"HAVAPEYMA SAZI IRAN" (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: شرکت صنایع هواپیماسازی ایران); a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIES; a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE IRAN; a.k.a. "FTP CO."; a.k.a. "HAVA PEYMA SAZI-E IRAN"; a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HESA"; a.k.a. "HEVAPEIMASAZI"; a.k.a. "HTC"; a.k.a. "IAMCO"; a.k.a. "IAMI"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Isfahan - Tehran Freeway, Shahin Shahr, Isfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Isfahan, Iran; Shahih Shar Industrial Zone, Isfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"HAWIYE, Abdisamad" (a.k.a. SAMAD, Abdi; a.k.a. "GALJE'EL, Abdisamad"), Kurtunwaarey, Lower Shabelle, Somalia; DOB 1988; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"HAWRA, Abu" (a.k.a. AL-MAKSUSI, Sayyid Salah Mahdi Hantush; a.k.a. AL-MUSAWI, Sayyid Salah; a.k.a. "SALAH, Sayyid"); DOB 1973; alt. DOB 1971; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"HAYADATULLAH" (a.k.a. ISHAKZAI, Gul Agha; a.k.a. MULLAH GUL AGHA; a.k.a. MULLAH GUL AGHA AKHUND; a.k.a. "HAJI HIDAYATULLAH"; a.k.a. "HIDAYATULLAH"); DOB 1972; POB Band-e-Timor, Kandahar, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"HAYDAR, Abu Ali" (a.k.a. HAIDAR, Mohamad Ali; a.k.a. HAYDAR, Muhammad; a.k.a. HAYDAR, Muhammad Ali); DOB 25 Nov 1959; POB Kabrika, Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 469/2005 (Lebanon) (individual) [SDGT].

"HAYDAR, Abu" (a.k.a. AL LAMI, Isma'il Hafiz; a.k.a. AL-LAMI, Ismail; a.k.a. AL-LAMI, Isma'il Hafith Abid 'Ali; a.k.a. AL-ZARGAWI, Ismai'il Hafuz; a.k.a. IZAJAWI, Ismail Hafeth; a.k.a. "DAR'A, Abu"; a.k.a. "DIRI, Abu"; a.k.a. "DURA, Abu"), Sadr City, Baghdad, Iraq; Iran; DOB circa 1957; POB Baghdad, Iraq; citizen Iraq (individual) [IRAQ3].

"Hazab Allah" (a.k.a. KHAN, Hizb Ullah Astam; a.k.a. MOAZZAM, Hizbullah Qari; a.k.a. "Hazab Ullah"; a.k.a. "Hazeb Ullah"; a.k.a. "Hazib Ullah"; a.k.a. "Hiz Bullah"; a.k.a. "Hizb Allah"; a.k.a. "Hizb Ullah"; a.k.a. "Hizbulah"; a.k.a. "Hizbullah"; a.k.a. "Qari Hizbullah"), House Number 5, Akhunabad, Shaheen Muslim Town, Peshawar, Pakistan; House Number 5, Akhunabad, Chok Yadagr Branch, Peshawar, Pakistan; Matin, Darah-ye Pech District, Kunar Province, Afghanistan; DOB 01 Mar 1982; alt. DOB 03 Jan 1982; POB Peshawar, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1730113198199 (Pakistan) (individual) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

"Hazab Ullah" (a.k.a. KHAN, Hizb Ullah Astam; a.k.a. MOAZZAM, Hizbullah Qari; a.k.a. "Hazab Allah"; a.k.a. "Hazeb Ullah"; a.k.a. "Hazib Ullah"; a.k.a. "Hiz Bullah"; a.k.a. "Hizb Allah"; a.k.a. "Hizb Ullah"; a.k.a. "Hizbulah"; a.k.a. "Hizbullah"; a.k.a. "Qari Hizbullah"), House Number 5, Akhunabad, Shaheen Muslim Town, Peshawar, Pakistan; House Number 5, Akhunabad, Chok Yadagr Branch, Peshawar, Pakistan; Matin, Darah-ye Pech District, Kunar Province, Afghanistan; DOB 01 Mar 1982; alt. DOB 03 Jan 1982; POB Peshawar, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1730113198199 (Pakistan) (individual) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

"Hazeb Ullah" (a.k.a. KHAN, Hizb Ullah Astam; a.k.a. MOAZZAM, Hizbullah Qari; a.k.a. "Hazab Allah"; a.k.a. "Hazab Ullah"; a.k.a. "Hazib Ullah"; a.k.a. "Hiz Bullah"; a.k.a. "Hizb Allah"; a.k.a. "Hizb Ullah"; a.k.a. "Hizbulah"; a.k.a. "Hizbullah"; a.k.a. "Qari Hizbullah"), House

Number 5, Akhunabad, Shaheen Muslim Town, Peshawar, Pakistan; House Number 5, Akhunabad, Chok Yadagr Branch, Peshawar, Pakistan; Matin, Darah-ye Pech District, Kunar Province, Afghanistan; DOB 01 Mar 1982; alt. DOB 03 Jan 1982; POB Peshawar, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1730113198199 (Pakistan) (individual) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

"Hazib Ullah" (a.k.a. KHAN, Hizb Ullah Astam; a.k.a. MOAZZAM, Hizbullah Qari; a.k.a. "Hazab Allah"; a.k.a. "Hazab Ullah"; a.k.a. "Hazeb Ullah"; a.k.a. "Hiz Bullah"; a.k.a. "Hizb Allah"; a.k.a. "Hizb Ullah"; a.k.a. "Hizbulah"; a.k.a. "Hizbullah"; a.k.a. "Qari Hizbullah"), House Number 5, Akhunabad, Shaheen Muslim Town, Peshawar, Pakistan; House Number 5, Akhunabad, Chok Yadagr Branch, Peshawar, Pakistan; Matin, Darah-ye Pech District, Kunar Province, Afghanistan; DOB 01 Mar 1982; alt. DOB 03 Jan 1982; POB Peshawar, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1730113198199 (Pakistan) (individual) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

"HBATUN" (a.k.a. HEBEI ATUN TRADING CO., LTD. (Chinese Simplified: 河北艾豚商贸有限公司)), Haiyuetiandi B906, Qiaoxi Street, Shijazhuang, Hebei, China; Room 1102, Bldg. D Haiyuetiandi No. 66 Yuhua West Road Qiaoxi District, Shijiazhuang, Hebei, China (Chinese Simplified: 裕华西路66号海悦天地D座1102室, 石家庄市, 河北省, China); Website www.atunchemical.com; Digital Currency Address - XBT 1JPfVv5cWRLx1js9NWxg46dG2CGbeRz4th; Unified Social Credit Code (USCC) 91130104MA09YL9T2W (China) [ILLICIT-DRUGS-EO14059].

"HCF BANK" (a.k.a. HOME CREDIT & FINANCE BANK LIMITED LIABILITY COMPANY; a.k.a. HOME CREDIT & FINANCE BANK LLC; a.k.a. HOME CREDIT AND FINANCE BANK LIMITED LIABILITY COMPANY; a.k.a. HOME CREDIT AND FINANCE BANK LLC), Build. 1 Pravdi Str., 8, Moscow 125040, Russia; SWIFT/BIC HCFBRUMM; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No.

7735057951 (Russia); Identification Number ADQ9VQ.00005.ME.643 (Russia); Legal Entity Number 2534007XNRQ38CWWDP74; Registration Number 1027700280937 (Russia) [RUSSIA-EO14024].

"HCG" (a.k.a. HTOO GROUP; a.k.a. HTOO GROUP OF COMPANIES), No. 5, Pyay Road, Hlaing Township, Yangon, Burma; Organization Type: Activities of holding companies; Target Type Private Company [BURMA-EO14014] (Linked To: ZA, Tay).

"HDAS CO." (a.k.a. HAFEZ DARYA ARYA SHIPPING COMPANY; a.k.a. HAFEZ DARYA ARYA SHIPPING LINE; a.k.a. HAFEZ-E DARYAY-E ARIA SHIPPING LINES; f.k.a. HAFIZ DARYA SHIPPING COMPANY; f.k.a. HAFIZ-E-DARYA SHIPPING LINES; a.k.a. HDASCO SHIPPING COMPANY; f.k.a. "HDAS LINES"; a.k.a. "HDASCO"; f.k.a. "HDS LINES"; f.k.a. "HDSL"; f.k.a. "HDSLINES CO."), Asseman Tower, Pasdaran Street, Tehran, Iran; No 60, Pasdaran Avenue, 7th Neyestan Street, Ehteshamiyeh Square, Tehran, Iran; Website www.hdasco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 341417 (Iran) [IRAN] [IFCA].

"HDAS LINES" (a.k.a. HAFEZ DARYA ARYA SHIPPING COMPANY; a.k.a. HAFEZ DARYA ARYA SHIPPING LINE; a.k.a. HAFEZ-E DARYAY-E ARIA SHIPPING LINES; f.k.a. HAFIZ DARYA SHIPPING COMPANY; f.k.a. HAFIZ-E-DARYA SHIPPING LINES; a.k.a. HDASCO SHIPPING COMPANY; a.k.a. "HDAS CO."; a.k.a. "HDASCO"; f.k.a. "HDS LINES"; f.k.a. "HDSL"; f.k.a. "HDSLINES CO."), Asseman Tower, Pasdaran Street, Tehran, Iran; No 60, Pasdaran Avenue, 7th Neyestan Street, Ehteshamiyeh Square, Tehran, Iran; Website www.hdasco.com; Additional Sanctions Information - Subject to Secondary Sanctions;

Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 341417 (Iran) [IRAN] [IFCA].

"HDASCO" (a.k.a. HAFEZ DARYA ARYA SHIPPING COMPANY; a.k.a. HAFEZ DARYA ARYA SHIPPING LINE; a.k.a. HAFEZ-E DARYAY-E ARIA SHIPPING LINES; f.k.a. HAFIZ DARYA SHIPPING COMPANY; f.k.a. HAFIZ-E-DARYA SHIPPING LINES; a.k.a. HDASCO SHIPPING COMPANY; a.k.a. "HDAS CO."; f.k.a. "HDAS LINES"; f.k.a. "HDS LINES"; f.k.a. "HDSL"; f.k.a. "HDSLINES CO."), Asseman Tower, Pasdaran Street, Tehran, Iran; No 60, Pasdaran Avenue, 7th Neyestan Street, Ehteshamiyeh Square, Tehran, Iran; Website www.hdasco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 341417 (Iran) [IRAN] [IFCA].

"HDS LINES" (a.k.a. HAFEZ DARYA ARYA SHIPPING COMPANY; a.k.a. HAFEZ DARYA ARYA SHIPPING LINE; a.k.a. HAFEZ-E DARYAY-E ARIA SHIPPING LINES; f.k.a. HAFIZ DARYA SHIPPING COMPANY; f.k.a. HAFIZ-E-DARYA SHIPPING LINES; a.k.a. HDASCO SHIPPING COMPANY; a.k.a. "HDAS CO."; f.k.a. "HDAS LINES"; a.k.a. "HDASCO"; f.k.a. "HDSL"; f.k.a. "HDSLINES CO."),

Asseman Tower, Pasdaran Street, Tehran, Iran; No 60, Pasdaran Avenue, 7th Neyestan Street, Ehteshamiyeh Square, Tehran, Iran; Website www.hdasco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 341417 (Iran) [IRAN] [IFCA].

"HDSL" (a.k.a. HAFEZ DARYA ARYA SHIPPING COMPANY; a.k.a. HAFEZ DARYA ARYA SHIPPING LINE; a.k.a. HAFEZ-E DARYAY-E ARIA SHIPPING LINES; f.k.a. HAFIZ DARYA SHIPPING COMPANY; f.k.a. HAFIZ-E-DARYA SHIPPING LINES; a.k.a. HDASCO SHIPPING COMPANY; a.k.a. "HDAS CO."; f.k.a. "HDAS LINES"; a.k.a. "HDASCO"; f.k.a. "HDS LINES"; f.k.a. "HDSLINES CO."), Asseman Tower, Pasdaran Street, Tehran, Iran; No 60, Pasdaran Avenue, 7th Neyestan Street, Ehteshamiyeh Square, Tehran, Iran; Website www.hdasco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 341417 (Iran) [IRAN] [IFCA].

"HDSLINES CO." (a.k.a. HAFEZ DARYA ARYA SHIPPING COMPANY; a.k.a. HAFEZ DARYA ARYA SHIPPING LINE; a.k.a. HAFEZ-E DARYAY-E ARIA SHIPPING LINES; f.k.a.

HAFIZ DARYA SHIPPING COMPANY; f.k.a. HAFIZ-E-DARYA SHIPPING LINES; a.k.a. HDASCO SHIPPING COMPANY; a.k.a. "HDAS CO."; f.k.a. "HDAS LINES"; a.k.a. "HDASCO"; f.k.a. "HDS LINES"; f.k.a. "HDSL"), Asseman Tower, Pasdaran Street, Tehran, Iran; No 60, Pasdaran Avenue, 7th Neyestan Street, Ehteshamiyeh Square, Tehran, Iran; Website www.hdasco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 341417 (Iran) [IRAN] [IFCA].

"Hector" (a.k.a. HAYEK, Hugo; a.k.a. SHAMKHANI, Hossein; a.k.a. SHAMKHANI, Mohammad Hossein (Arabic: محمد حسين شم خانی)), United Arab Emirates; DOB 19 Apr 1984; POB Tehran, Iran; nationality Dominica; alt. nationality Iran; Gender Male; Passport T97659579 (Iran) expires 22 Jan 2029; alt. Passport R0191309 (Dominica) expires 20 Jul 2030; Identification Number 70293384 (Iran) (individual) [IRAN-EO13902].

"HELICOPTER SERVICE COMPANY" (a.k.a. JOINT STOCK COMPANY HELICOPTER SERVICE COMPANY; a.k.a. "AO VSK"; a.k.a. "VSK PAO"), Ul. Bolshaya Pionerskaya D. 1, Moscow 115054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Feb 2003; Tax ID No. 7704252960 (Russia); Registration Number 1037704005041 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"HELIOS" (a.k.a. LIMITED LIABILITY CORPORATION GELIOS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЕЛИОС)), Liniya 11-ya v.o. d. 38, Lit. A, Pom. 80, Saint Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 May 2013; Tax ID No.

7801602842 (Russia) [RUSSIA-EO14024] (Linked To: NON-PROFIT PARTNERSHIP REVIVAL OF MARITIME TRADITIONS).

"HELPERS OF ISLAM" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "KURDISH TALIBAN"; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"HELPERS OF TRADITION" (a.k.a. AHL AL-SUNNA WA AL-JAMAA; a.k.a. AL-SHABAAB IN MOZAMBIQUE; a.k.a. ANSAAR KALIMAT ALLAH; a.k.a. ANSAR AL-SUNNA; a.k.a. ISLAMIC STATE - MOZAMBIQUE; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. "ADHERENTS TO THE TRADITIONS AND THE COMMUNITY"; a.k.a. "ISIS-MOZAMBIQUE"; a.k.a. "SUPPORTERS OF THE WORD OF ALLAH"), Cabo Delgado Province, Mozambique; Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"HEMEDTI" (a.k.a. DAGALO, Mohamed Hamdan; a.k.a. DAGALO, Mohammed Hamdan; a.k.a. HAMDAN, Mohamed; a.k.a. MOUSA, Mohammed Hamdan Daglo; a.k.a. "HEMETI"), Sudan; DOB 01 Jan 1974 to 31 Dec 1974; POB North Darfur, Sudan; nationality Sudan; Gender Male (individual) [SUDAN-EO14098].

"HEMETI" (a.k.a. DAGALO, Mohamed Hamdan; a.k.a. DAGALO, Mohammed Hamdan; a.k.a. HAMDAN, Mohamed; a.k.a. MOUSA, Mohammed Hamdan Daglo; a.k.a. "HEMEDTI"), Sudan; DOB 01 Jan 1974 to 31 Dec 1974; POB North Darfur, Sudan; nationality Sudan; Gender Male (individual) [SUDAN-EO14098].

"HENG HE BANK" (a.k.a. HENG HE CAMBODIA COMMERCIAL BANK PLC; a.k.a. HENGHE CAMBODIA COMMERCIAL BANK PLC; a.k.a. HH BANK CAMBODIA PLC), 64, Preah Norodom Blvd, Corner Street 178, Sangkat Chey Chumneah, Khan Daun Penh, Phnom

Penh, Cambodia; Building No B1, Group 4, Phum Pir, Sangkat Pir, Krong Preah Sihanouk, Preah Sihanouk, Cambodia; Mao Tse Toung Boulevard, Phnom Penh, Cambodia; Website https://hhbank.com.kh/; Organization Established Date 25 Dec 2019; Organization Type: Financial and Insurance Activities; Target Type Financial Institution; Tax ID No. L001-902001011 (Cambodia); Registration Number 00050134 (Cambodia) [CYBER4] (Linked To: CHEN, Ai Len; Linked To: SU, Liangsheng).

"HENRY, John" (a.k.a. JOHN, Damion Patrick; a.k.a. RYAN, Damion Patrick; a.k.a. RYAN, Damion Patrick John; a.k.a. "JOHN, Damien"; a.k.a. "JOHN, Damion"; a.k.a. "PATRICK, Damion"; a.k.a. "RYAN, Damien"; a.k.a. "RYAN, John"), British Columbia, Canada; DOB 14 Oct 1980; POB Canada; nationality Canada; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport WQ097521 (Canada); alt. Passport HK184430 (Canada) expires 15 Sep 2026; alt. Passport AK406531 (Canada) expires 11 Jan 2029 (individual) [IRAN-HR] (Linked To: ASAN, Nihat Abdul Kadir).

"HERNANDEZ JIMENEZ, Francisco" (a.k.a. HERNANDEZ JIMENEZ, Cesar; a.k.a. MONTERO PINZON, Julio Cesar; a.k.a. VELAZQUEZ BALTAZAR, Luis Armando; a.k.a. "Comandante Tarjetas"; a.k.a. "El Chess"; a.k.a. "El Chino"; a.k.a. "El Tarjetas"; a.k.a. "Moreno"), Puerto Vallarta, Jalisco, Mexico; Estero del Cayman, Real Ixtapa, #137-A, Puerto Vallarta, Jalisco, Mexico; DOB 02 Jun 1982; alt. DOB 08 Nov 1982; alt. DOB 25 Aug 1986; alt. DOB 28 Jun 1977; POB Puerto Vallarta, Jalisco, Mexico; alt. POB Amatan, Chiapas, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; R.F.C. VEBL860825 (Mexico); C.U.R.P. MOPJ820602HJCNNL05 (Mexico); alt. C.U.R.P. MOPJ821108HJCNNL04 (Mexico); alt. C.U.R.P. VEBL860825HJCLLS05 (Mexico); alt. C.U.R.P. HEJC770628HCSRMS06 (Mexico); Electoral Registry No. GRMRLR82012730M700 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"HERNANDEZ SALAS TCO" (a.k.a. HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION), Mexicali, Mexico; Tijuana, Mexico; Organization Established Date 2018; Target Type Criminal Organization [TCO].

"HERNANDEZ, Ricardo" (a.k.a. HERNANDEZ MEDRANO, Ricardo; a.k.a. "Comando Exclusivo"; a.k.a. "El Makabelico"), Nuevo Laredo, Tamaulipas, Mexico; DOB 13 Apr 1991; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. HEMR910413HTSRDC06 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DEL NORESTE).

"HESA" (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: شرکت صنایع هواپیماسازی ایران); a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIES; a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE IRAN; a.k.a. "FTP CO."; a.k.a. "HAVA PEYMA SAZI-E IRAN"; a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HAVAPEYMA SAZI IRAN"; a.k.a. "HEVAPEIMASAZI"; a.k.a. "HTC"; a.k.a. "IAMCO"; a.k.a. "IAMI"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Isfahan - Tehran Freeway, Shahin Shahr, Isfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Isfahan, Iran; Shahih Shar Industrial Zone, Isfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"HESN" (a.k.a. AL-SABIREEN; a.k.a. AL-SABIREEN FOR THE VICTORY OF PALESTINE; a.k.a. AL-SABIREEN MOVEMENT FOR SUPPORTING PALESTINE; a.k.a. AL-SABIRIN; a.k.a. A-SABRIN ORGANIZATION; a.k.a. HARAKAT AL-SABIREEN; a.k.a. MOVEMENT OF THE PATIENT ONES; a.k.a. MOVEMENT OF THOSE WHO ENDURE WITH PATIENCE; a.k.a. THE SABIREEN MOVEMENT), Gaza Strip, Palestinian; West Bank, Palestinian; Jerusalem, Israel; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"HEVAPEIMASAZI" (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT

MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: شرکت صنایع هواپیماسازی ایران); a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIES; a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE IRAN; a.k.a. "FTP CO."; a.k.a. "HAVA PEYMA SAZI-E IRAN"; a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HAVAPEYMA SAZI IRAN"; a.k.a. "HESA"; a.k.a. "HTC"; a.k.a. "IAMCO"; a.k.a. "IAMI"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Isfahan - Tehran Freeway, Shahin Shahr, Isfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Isfahan, Iran; Shahih Shar Industrial Zone, Isfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"HICHEM ABU HCHEM" (a.k.a. AL-AYARI, Chiheb Ben Mohamed Ben Mokhtar; a.k.a. AYARI, Chiheb Ben Mohamed), Via di Saliceto n.51/9, Bologna, Italy; DOB 19 Dec 1965; POB Tunis, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L246084 issued 10 Jun 1996 expires 09 Jun 2001 (individual) [SDGT].

"HIDAYATULLAH" (a.k.a. ISHAKZAI, Gul Agha; a.k.a. MULLAH GUL AGHA; a.k.a. MULLAH GUL AGHA AKHUND; a.k.a. "HAJI HIDAYATULLAH"; a.k.a. "HAYADATULLAH"); DOB 1972; POB Band-e-Timor, Kandahar, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"HIDDEN COBRA" (a.k.a. LAZARUS GROUP; a.k.a. "APPLEWORM"; a.k.a. "APT-C-26"; a.k.a. "GROUP 77"; a.k.a. "GUARDIANS OF PEACE"; a.k.a. "OFFICE 91"; a.k.a. "RED DOT"; a.k.a. "TEMP.HERMIT"; a.k.a. "THE NEW ROMANTIC CYBER ARMY TEAM"; a.k.a. "WHOIS HACKING TEAM"; a.k.a. "ZINC"), Potonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0x098B716B8Aaf21512996dC57EB0615e2383 E2f96; alt. Digital Currency Address - ETH 0xa0e1c89Ef1a489c9C7dE96311eD5Ce5D32c

20E4B; alt. Digital Currency Address - ETH 0x3Cffd56B47B7b41c56258D9C7731ABaDc36 0E073; alt. Digital Currency Address - ETH 0x53b6936513e738f44FB50d2b9476730C0Ab3 Bfc1; alt. Digital Currency Address - ETH 0x35fB6f6DB4fb05e6A4cE86f2C93691425626d 4b1; alt. Digital Currency Address - ETH 0xF7B31119c2682c88d88D455dBb9d5932c65 Cf1bE; alt. Digital Currency Address - ETH 0x3e37627dEAA754090fBFbb8bd226c1CE66D 255e9; alt. Digital Currency Address - ETH 0x08723392Ed15743cc38513C4925f5e6be5c1 7243; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"HIF S.A.L." (a.k.a. HEAVY INDUSTRIAL FUELS; a.k.a. HEAVY INDUSTRIAL FUELS S.A.L. (HIF); a.k.a. HEAVY INDUSTRIAL FUELS SAL HIF; a.k.a. "HIF SAL" (Arabic: " هيف ش.م.ل")), Baouchriyeh Street, Sad El Baouchriyeh, Mount Lebanon, Lebanon; Ghazieh Zahrani, Lebanon; P.O. Box: 90326, Jdeidet, El Metn, Lebanon; Grey Center, 2nd Floor, Block A, Sin El Fil, Lebanon; Baabda, Lebanon; Website www.hiflb.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Feb 2008; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Commercial Registry Number 2012021 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

"HIF SAL" (Arabic: "هيف ش.م.ل") (a.k.a. HEAVY INDUSTRIAL FUELS; a.k.a. HEAVY INDUSTRIAL FUELS S.A.L. (HIF); a.k.a. HEAVY INDUSTRIAL FUELS SAL HIF; a.k.a. "HIF S.A.L."), Baouchriyeh Street, Sad El Baouchriyeh, Mount Lebanon, Lebanon; Ghazieh Zahrani, Lebanon; P.O. Box: 90326, Jdeidet, El Metn, Lebanon; Grey Center, 2nd Floor, Block A, Sin El Fil, Lebanon; Baabda, Lebanon; Website www.hiflb.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Feb 2008; Organization Type: Wholesale of solid, liquid

and gaseous fuels and related products; Commercial Registry Number 2012021 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

"HIGH-QUALITY HIGHWAYS" (a.k.a. AKTSIONERNOE OBSHCHESTVO VAD; a.k.a. AO, VAD; a.k.a. CJSC VAD; a.k.a. JOINT STOCK COMPANY VAD; a.k.a. JSC VAD; a.k.a. VAD, AO; a.k.a. ZAO VAD), 133, ul. Chernyshevskogo, Vologda, Vologodskaya Obl 160019, Russia; 122 Grazhdanskiy Prospect, Suite 5, Liter A, St. Petersburg 195267, Russia; Website www.zaovad.com; Email Address office@zaovad.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037804006811 (Russia); Tax ID No. 7802059185 (Russia); Government Gazette Number 34390716 (Russia) [UKRAINE-EO13685].

"HILLAWI, Jamal Hani" (a.k.a. HALAWI, Hani; a.k.a. MANSOUR, Mohammad Yousef; a.k.a. MANSOUR, Mohammad Youssef; a.k.a. MANSUR, Mohammad Yusuf Ahmad; a.k.a. MANSUR, Muhammad Yusif Ahmad; a.k.a. MANSUR, Muhammad Yusuf Ahmad; a.k.a. SHEHAB, Sami; a.k.a. SHIHAB, Sami Hani; a.k.a. "SAMI, Salem Bassem"; a.k.a. "SHIHAB, Muhammad Yusuf Mansur Sami"), Beirut, Lebanon; DOB 14 Sep 1970; alt. DOB 01 Jan 1974; alt. DOB 1980; POB Bint Jubayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"HIPER" (a.k.a. ARRAIZA BETANCUR, Mario Jorge; a.k.a. CORDON, Mario; a.k.a. PAREDES CORDOVA, Jorge Mario; a.k.a. PAREDEZ CORDOVA, Jorge Mario; a.k.a. "EL GORDO"), Morazan El Progreso, Guatemala; DOB 09 Jan 1966; POB Morazan, El Progreso, Guatemala; nationality Guatemala; citizen Guatemala; Passport 1102020001107JK (Guatemala) (individual) [SDNTK].

"HIRAK" (a.k.a. LE RESEAU DE SOLIDARITE AUX PRISONNIERS PALESTINIENS SAMIDOUN; a.k.a. SAMIDOUN; a.k.a. SAMIDOUN PALESTINIAN PRISONER SOLIDARITY NETWORK), Vancouver, British Columbia, Canada; London, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2011 to 2012; National ID No.

12793741 (Canada); UK Company Number 13885242 (United Kingdom) [SDGT] (Linked To: POPULAR FRONT FOR THE LIBERATION OF PALESTINE).

"HISHAM" (a.k.a. AL GAMAL, Saeed Ahmed Mohammed; a.k.a. AL-JAMAL, Sa'id Ahmad Muhammad; a.k.a. RAMI, Abu-Ahmad; a.k.a. SAEIDI, Ahmad; a.k.a. SA'IDI, Ahmad; a.k.a. "ABU-'ALI"; a.k.a. "AHMAD, Abu"; a.k.a. "CAIHONG" (Chinese Simplified: "彩虹"); a.k.a. "KHRPI"), Iran; DOB 01 Jan 1979; alt. DOB 28 Jul 1978; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Digital Currency Address - USDT TLNRT524dzL5FF1nJHDhYEMFpeWjLjRbz1; alt. Digital Currency Address - USDT THh5woR8qfmDsNknQ3agPYzQSiRtMnKsTh; alt. Digital Currency Address - USDT TV5ZTpKDszLTF6XcMnPongS33pwBgF91by; alt. Digital Currency Address - USDT TTAHMdqoom4f2VTWniroPWQHcTRZ4caoH4; alt. Digital Currency Address - USDT TFFvv7NAWmbcVfA7QN81mMvUC25TWj1WJx; Passport 04716186 (Yemen); alt. Passport U63475649 (Iran) expires 24 Jun 2028; alt. Passport E49297849 (Iran) expires 24 Aug 2024 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"HITEM" (a.k.a. SALEH, Nedal), Via Milano n.105, Casal di Principe, Caserta, Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 01 Mar 1970; POB Taiz, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"HITRAS" (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA

UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"Hiz Bullah" (a.k.a. KHAN, Hizb Ullah Astam; a.k.a. MOAZZAM, Hizbullah Qari; a.k.a. "Hazab Allah"; a.k.a. "Hazab Ullah"; a.k.a. "Hazeb Ullah"; a.k.a. "Hazib Ullah"; a.k.a. "Hizb Allah"; a.k.a. "Hizb Ullah"; a.k.a. "Hizbulah"; a.k.a. "Hizbullah"; a.k.a. "Qari Hizbullah"), House Number 5, Akhunabad, Shaheen Muslim Town, Peshawar, Pakistan; House Number 5, Akhunabad, Chok Yadagr Branch, Peshawar, Pakistan; Matin, Darah-ye Pech District, Kunar Province, Afghanistan; DOB 01 Mar 1982; alt. DOB 03 Jan 1982; POB Peshawar, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1730113198199 (Pakistan) (individual) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

"Hizb Allah" (a.k.a. KHAN, Hizb Ullah Astam; a.k.a. MOAZZAM, Hizbullah Qari; a.k.a. "Hazab Allah"; a.k.a. "Hazab Ullah"; a.k.a. "Hazeb Ullah"; a.k.a. "Hazib Ullah"; a.k.a. "Hiz Bullah"; a.k.a. "Hizb Ullah"; a.k.a. "Hizbulah"; a.k.a. "Hizbullah"; a.k.a. "Qari Hizbullah"), House Number 5, Akhunabad, Shaheen Muslim Town,

Peshawar, Pakistan; House Number 5, Akhunabad, Chok Yadagr Branch, Peshawar, Pakistan; Matin, Darah-ye Pech District, Kunar Province, Afghanistan; DOB 01 Mar 1982; alt. DOB 03 Jan 1982; POB Peshawar, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1730113198199 (Pakistan) (individual) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

"Hizb Ullah" (a.k.a. KHAN, Hizb Ullah Astam; a.k.a. MOAZZAM, Hizbullah Qari; a.k.a. "Hazab Allah"; a.k.a. "Hazab Ullah"; a.k.a. "Hazeb Ullah"; a.k.a. "Hazib Ullah"; a.k.a. "Hiz Bullah"; a.k.a. "Hizb Allah"; a.k.a. "Hizbulah"; a.k.a. "Hizbullah"; a.k.a. "Qari Hizbullah"), House Number 5, Akhunabad, Shaheen Muslim Town, Peshawar, Pakistan; House Number 5, Akhunabad, Chok Yadagr Branch, Peshawar, Pakistan; Matin, Darah-ye Pech District, Kunar Province, Afghanistan; DOB 01 Mar 1982; alt. DOB 03 Jan 1982; POB Peshawar, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1730113198199 (Pakistan) (individual) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

"HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ" (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KATA'IB HIZBALLAH; a.k.a. KHATA'IB HEZBOLLAH; a.k.a. KHATA'IB HIZBALLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'ABAS"; a.k.a. "KATIBAT ZAYD EBIN ALI"; a.k.a. "KATIBUT KARBALAH"), Iraq; Najaf, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; www.aleseb.com [FTO] [SDGT] [IRAQ3].

"Hizbulah" (a.k.a. KHAN, Hizb Ullah Astam; a.k.a. MOAZZAM, Hizbullah Qari; a.k.a. "Hazab Allah"; a.k.a. "Hazab Ullah"; a.k.a. "Hazeb Ullah"; a.k.a. "Hazib Ullah"; a.k.a. "Hiz Bullah"; a.k.a. "Hizb Allah"; a.k.a. "Hizb Ullah"; a.k.a. "Hizbullah"; a.k.a. "Qari Hizbullah"), House Number 5, Akhunabad, Shaheen Muslim Town, Peshawar, Pakistan; House Number 5, Akhunabad, Chok Yadagr Branch, Peshawar, Pakistan; Matin, Darah-ye Pech District, Kunar Province, Afghanistan; DOB 01 Mar 1982; alt. DOB 03 Jan 1982; POB Peshawar, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1730113198199 (Pakistan) (individual) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

"Hizbullah" (a.k.a. KHAN, Hizb Ullah Astam; a.k.a. MOAZZAM, Hizbullah Qari; a.k.a. "Hazab Allah"; a.k.a. "Hazab Ullah"; a.k.a. "Hazeb Ullah"; a.k.a. "Hazib Ullah"; a.k.a. "Hiz Bullah"; a.k.a. "Hizb Allah"; a.k.a. "Hizb Ullah"; a.k.a. "Hizbulah"; a.k.a. "Qari Hizbullah"), House Number 5, Akhunabad, Shaheen Muslim Town, Peshawar, Pakistan; House Number 5, Akhunabad, Chok Yadagr Branch, Peshawar, Pakistan; Matin, Darah-ye Pech District, Kunar Province, Afghanistan; DOB 01 Mar 1982; alt. DOB 03 Jan 1982; POB Peshawar, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1730113198199 (Pakistan) (individual) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

"HJK ORGANIZATION" (a.k.a. HAJI JUMA KHAN ORGANIZATION; a.k.a. "KHAN ORGANIZATION"), Afghanistan; Pakistan [SDNTK].

"HLA AUNG" (a.k.a. HLA, Aung; a.k.a. "AH BANG"; a.k.a. "AH PANG"), c/o YANGON AIRWAYS COMPANY LIMITED, Rangoon, Burma; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7, Corner of Inya Road & Oo Yin Street, Ward. 10, Kamayut, Yangon, Burma; Passport 706634 (Burma); alt. Passport 497797 (Burma) (individual) [SDNTK].

"HM" (a.k.a. HIZBUL MUJAHIDEEN; a.k.a. HIZB-UL-MUJAHIDEEN), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"HO CHUN TING" (a.k.a. HAW, Aik; a.k.a. HEIN, Aung; a.k.a. HO, Chun Ting; a.k.a. HO, Chung Ting; a.k.a. HO, Hsiao; a.k.a. HOE, Aik; a.k.a. TE, Ho Chun; a.k.a. TIEN, Ho Chun; a.k.a. WIN, Aung; a.k.a. "AIK HAW"; a.k.a. "HO, Aik"; a.k.a. "HSIO HO"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING

COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7 Oo Yim Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma); National ID No. 029430 (Burma); alt. National ID No. 176089 (Burma); alt. National ID No. 272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

"HO, Aik" (a.k.a. HAW, Aik; a.k.a. HEIN, Aung; a.k.a. HO, Chun Ting; a.k.a. HO, Chung Ting; a.k.a. HO, Hsiao; a.k.a. HOE, Aik; a.k.a. TE, Ho Chun; a.k.a. TIEN, Ho Chun; a.k.a. WIN, Aung; a.k.a. "AIK HAW"; a.k.a. "HO CHUN TING"; a.k.a. "HSIO HO"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7 Oo Yim Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma); National ID No. 029430 (Burma); alt. National ID No. 176089 (Burma); alt. National ID No.

272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

"HOMA" (a.k.a. HAVAPEYMAYI MELLI IRAN; a.k.a. IRAN AIR; a.k.a. IRAN AIR PJSC; a.k.a. IRANAIR; a.k.a. IRANAIR CARGO; a.k.a. THE AIRLINE OF THE ISLAMIC REPUBLIC OF IRAN), Iran Air Building, Mehrabad Airport, Tehran, Iran; Postal Box 13185-775, Tehran, Iran; Central Airlines Department of the Islamic Republic of Iran, Tehran Karaj Special Road, Beginning of Mehrabad International Airport, Tehran, Iran; Website www.iranair.com; alt. Website www.iranair.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 10100354259 (Iran); Registration Number 8132 (Iran) [IRAN] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

"HOME ELEGANCE" (a.k.a. DAIANA PORTELLA COELHO COMERCIO DE MOVEIS E COLCHOES; a.k.a. HOME ELEGANCE COMERCIO DE MOVEIS EIRELI (Latin: HOME ELEGANCE COMÉRCIO DE MOVEIS EIRELI); a.k.a. MARROCOS MOVEIS E COLCHOES; a.k.a. MOHAMED AWAAD COMERCIO DE MOVEIS EIRELI), Rua Dorezopolis, 669, Casa 03, Jardim Santa Clara, Guarulhos, Sao Paulo 07123-120, Brazil; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Oct 2018; Tax ID No. 31.746.200/0001-11 (Brazil) [SDGT] (Linked To: AWADD, Mohamed Sherif Mohamed Mohamed).

"HOMETEK" (a.k.a. GRUPO W S.A.), Pueblo Nuevo Calle 22 Edificio La Galera Local 8, Panama, Panama; RUC # 4067941425327 (Panama) [SDNTK].

"HONESTY AND GIVING ENTITY" (a.k.a. ANSAR ALAH ALOFIA; a.k.a. HARAKAT AL-SADIQ WA AL-ATAA; a.k.a. HARAKAT ANSAR ALLAH AL AWFIYA FI SOURIYA; a.k.a. HARAKAT ANSAR ALLAH AL-AWFIYA (Arabic: حركة أنصار الله الأوفياء); a.k.a. KAYAN AL-SADIQ WA AL-ATAA; a.k.a. "GOD'S LOYAL SUPPORTERS"; a.k.a. "THE MOVEMENT OF THE LOYAL PARTISANS OF GOD"), Iraq; Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2013; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"HONGKONG YOUCI LIMITED" (a.k.a. DONGGUAN YUZE MACHINING TOOLS COMPANY LIMITED; a.k.a. "YUZE MACHINING TOOLS"; a.k.a. "YUZE YUDING MACHINERY"; a.k.a. "YUZE YUDING MACHINING TOOLS CO., LTD."; a.k.a. "YUZETOOLS"), Room 6, Building H, Changan Commercial Center, Changan Town, Donguan, Guangdong, China; Website www.yuzemachinery.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Jun 2017; Unified Social Credit Code (USCC) 91441900MA4WN7NF7W (China) [SDGT] (Linked To: ANSARALLAH).

"HORIZONT GROUP" (a.k.a. OJSC HORIZONT HOLDING MANAGEMENT COMPANY (Cyrillic: ОАО УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА ГОРИЗОНТ); a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA GORIZONT), 35-1 Kuibysheva St., Minsk 220029, Belarus; Target Type State-Owned Enterprise; Tax ID No. 101050240 (Belarus) [BELARUS-EO14038].

"HORS AIRLINES LTD." (a.k.a. AVIAKOMPANIYA KHORS, TOV; a.k.a. KHORS AIR; a.k.a. KHORS AIRCOMPANY; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'AVIAKOMPANIYA 'KHORS'), 60 Volunska Street, Kiev 03151, Ukraine; Bud. 34 Bul.Lesi Ukrainky, Kyiv 01133, Ukraine; Lesi Ukraini Bulvar 34, Kiev 252133, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Government Gazette Number 04937956 (Ukraine) [SDGT] [IFSR].

"HOSCO" (a.k.a. HORMOZGAN STEEL COMPANY), Shahid Rejaei Port Road KM 13, Bandar Abbas, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

"HOSEINI, Mohammadali" (a.k.a. HOSEINI, Mohammad Ali; a.k.a. HOSSEINI, Mohammad Ali; a.k.a. "HOSSENI, M. Ali"), Iran; DOB 16 Sep 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U41608657 (Iran); National ID No. 0579705900 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JEHAD ORGANIZATION; Linked To: PARCHIN CHEMICAL INDUSTRIES).

"HOSSENI, M. Ali" (a.k.a. HOSEINI, Mohammad Ali; a.k.a. HOSSEINI, Mohammad Ali; a.k.a. "HOSEINI, Mohammadali"), Iran; DOB 16 Sep 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U41608657 (Iran); National ID No. 0579705900 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JEHAD ORGANIZATION; Linked To: PARCHIN CHEMICAL INDUSTRIES).

"HOTEL ANGELES" (a.k.a. VERACRUZANA DE SERVICIOS HOTELEROS Y GASTRONOMICOS LOS ANGELES, S.A. DE C.V.), Carr. Fed. Santa Fe - San Julian Km. 4, Col. Santa Fe, Veracruz, Veracruz 91690, Mexico; Organization Established Date 01 Aug 2012; Organization Type: Restaurants and mobile food service activities; RFC VSH1208019D1 (Mexico); Folio Mercantil No. 29001 (Mexico) [ILLICIT-DRUGS-EO14059].

"HOTEL SIN PK2" (a.k.a. GAVIOTAS LTDA.; a.k.a. HOTEL SIN PECADOS; a.k.a. MOTEL CAMPO AMOR), Calle 4A No. 21-34 Circunvalar, Cartago, Valle, Colombia; NIT # 800032092-7 (Colombia) [SDNT].

"HOUDOUD, Abu Omar" (a.k.a. AI-HARZI, Tariq Bin Tahir Bin Al-Falih Al-Auni; a.k.a. AI-HARZI, Tariq Tahir Falih AI-Awni; a.k.a. AL-HARAZI, Tarik Bin al-Falah al-Awni; a.k.a. AL-HARZI, Tariq Bin-Al-Tahar Bin Al Falih Al-'Awni; a.k.a. AL-HARZI, Tariq Tahir Faleh Al-Awni; a.k.a. AL-TUNISI, Abu 'Umar; a.k.a. AL-TUNISI, Tariq; a.k.a. AL-TUNISI, Tariq Abu 'Umar; a.k.a. AL-TUNISI, Tariq Abu Umar; a.k.a. EL HARAZI, Tarek Ben El Felah El Aouni; a.k.a. HARZI, Tariq Tahir Falih 'Awni'); DOB 03 May 1982; alt. DOB 05 Mar 1982; alt. DOB 1981; POB Tunis, Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z-050399 (individual) [SDGT].

"HOUTHI GROUP" (a.k.a. ANSAR ALLAH; a.k.a. ANSARALLAH; a.k.a. ANSARULLAH; a.k.a. "PARTISANS OF GOD"; a.k.a. "SUPPORTERS OF GOD"), Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Digital Currency Address - USDT TC4VsFHJdZ66BdwobZxkudVZBVmQZgCP65; alt. Digital Currency Address - USDT TQ5mpZPbQMSq2s1vSM3RJgiB1AsTsiTpFZ; alt. Digital Currency Address - USDT TXEaKf4rT3rMoD3Vuqnuhwr6vLq6BL5t33; alt.

Digital Currency Address - USDT TGUPpmW2bAnMCLe5ih2CFisfCHk4gTFDsx; alt. Digital Currency Address - USDT TDwN1Eq62bqvVhfGAjdRRJjE46jsi5KNMV; alt. Digital Currency Address - USDT TM6Kix9wH8cYQ4rLpFifsQ4ddH3rPX3f8p; alt. Digital Currency Address - USDT TDprk9jeYPVm6khkBp1u7fwuyJcEJFrPWD; alt. Digital Currency Address - USDT TVn4q7L4fKEPbygi7UHq1CKfZxtbeuMV5q [FTO] [SDGT].

"HQN" (a.k.a. HAQQANI NETWORK), Afghanistan; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"HSIO HO" (a.k.a. HAW, Aik; a.k.a. HEIN, Aung; a.k.a. HO, Chun Ting; a.k.a. HO, Chung Ting; a.k.a. HO, Hsiao; a.k.a. HOE, Aik; a.k.a. TE, Ho Chun; a.k.a. TIEN, Ho Chun; a.k.a. WIN, Aung; a.k.a. "AIK HAW"; a.k.a. "HO CHUN TING"; a.k.a. "HO, Aik"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7 Oo Yim Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma); National ID No. 029430 (Burma); alt. National ID No. 176089 (Burma); alt. National ID No. 272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

"HSK" (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI; a.k.a. KADEK; a.k.a. KGK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS; a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE; a.k.a. "KHK"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

"HTC" (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: شرکت صنایع هواپیماسازی ایران); a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIES; a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE IRAN; a.k.a. "FTP CO."; a.k.a. "HAVA PEYMA SAZI-E IRAN"; a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HAVAPEYMA SAZI IRAN"; a.k.a. "HESA"; a.k.a. "HEVAPEIMASAZI"; a.k.a. "IAMCO"; a.k.a. "IAMI"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Isfahan - Tehran Freeway, Shahin Shahr, Isfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Isfahan, Iran; Shahih Shar Industrial Zone, Isfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"HTS" (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"HU, Hans" (a.k.a. HU, Yunlu (Chinese Simplified: 胡运禄)), China; DOB 01 Apr 1990; POB Yangxin County, Huangshi, Hubei, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 420222199004010512 (China) (individual) [NPWMD] [IFSR] (Linked To: ROCKET PCB SOLUTION LTD).

"HUA" (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. ANSAR-UL-UMMAH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. JAMIAT UL-ANSAR; a.k.a. "HUM"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"HUDAYTH, Abu" (a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shiryan; a.k.a. AL-ANIZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharban; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. ALENEZI, Mohammad H A F; a.k.a. AL-SHAMMARI, Muhammad; a.k.a. "AL-KUWAITI, Abu Hudhayfa"; a.k.a. "HUDHAYFAH, Abu"), Kuwait; DOB 26 May 1986; nationality Kuwait; citizen Kuwait; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

"HUDHAYFAH, Abu" (a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shiryan; a.k.a. AL-ANIZI, Muhammad Hadi 'Abd-al-Rahman

Fayhan Sharyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharban; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. ALENEZI, Mohammad H A F; a.k.a. AL-SHAMMARI, Muhammad; a.k.a. "AL-KUWAITI, Abu Hudhayfa"; a.k.a. "HUDAYTH, Abu"), Kuwait; DOB 26 May 1986; nationality Kuwait; citizen Kuwait; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

"HUJI" (a.k.a. HARAKAT UL JIHAD-E-ISLAMI; a.k.a. HARAKAT-UL JIHAD ISLAMI; a.k.a. HARKAT-AL-JIHAD-UL ISLAMI; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HARKAT-UL-JIHAD-AL ISLAMI; a.k.a. MOVEMENT OF ISLAMIC HOLY WAR), Afghanistan; India; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"HUM" (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. ANSAR-UL-UMMAH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. JAMIAT UL-ANSAR; a.k.a. "HUA"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"HUSAYN, Abu" (a.k.a. AL-HAMIDAWI, Ahmad; a.k.a. AL-HAMIDAWI, Ahmad Muhsin Faraj; a.k.a. AL-SAEDI, Ahmed Kadhim Raheem; a.k.a. AL-SA'IDI, Ahmad Kazim Rahim), Baghdad, Iraq; DOB 25 Mar 1974; POB Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"HUSSEIN ALI, Ashraf" (a.k.a. AL-CARDINAL, Ashraf Seed Ahmed; a.k.a. ALI, Ashraf Seedahmed Hussein; a.k.a. HUSSEIN, Ashraf Said Ahmed; a.k.a. HUSSEIN, Ashraf Seed Ahmed; a.k.a. SEED AHMED, Asharaf; a.k.a. SEED AHMED, Ashraff; a.k.a. SEEDAHMED, Ashiraf; a.k.a. "ALI, Ashraf Sayed"), 1 College Yard, Winchester Avenue, London, England NW6 7UA, United Kingdom; 207 Jersey Road, Osterley, London TW7 4RE, United Kingdom; Dubai, United Arab Emirates; DOB 01 Jan 1957 to 31 Jan 1957; POB Sudan; nationality Sudan; Gender Male; Passport B00018325 (Sudan) expires 16 Feb 2023; National ID No. 11945710905 (Sudan); alt. National ID No. 784195754986941 (United Arab Emirates) (individual) [GLOMAG].

"HUSSEIN" (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. ALI, Hassan; a.k.a. AL-NUBI, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADHIL, Mustafa Mohamed; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. JIHAD, Abu; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. "ANIS, Abu"; a.k.a. "KHALID"; a.k.a. "YUSSRR, Abu"); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

"HUSSEIN" (a.k.a. FARAH, Meliad; a.k.a. "HUSSEIN, Hussein"); DOB 05 Nov 1980; citizen Australia; alt. citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"HUSSEIN, Hussein" (a.k.a. FARAH, Meliad; a.k.a. "HUSSEIN"); DOB 05 Nov 1980; citizen Australia; alt. citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"HUZAIFA" (a.k.a. CHAUDARY, Aamir Ali; a.k.a. CHAUDHRY, Aamir Ali; a.k.a. CHAUDRY, Amir Ali; a.k.a. CHOUDRY, Aamir Ali); DOB 03 Aug 1986; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BN4196361 (Pakistan) issued 28 Oct 2008 expires 27 Oct 2013; National ID No. 33202-7126636-9 (Pakistan) (individual) [SDGT].

"HYDRA" (a.k.a. HYDRA MARKET; a.k.a. HYDRA MARKETPLACE), Russia; Commonwealth of Independent States; Website http://hydram6esdjf6otepmr5c3vjyndsoddz22afphbbjznwb5ln2c6op7ad.onion/; alt. Website http://hydraclubbioknikokex7njhwuahc2l67lfiz7z36md2jvopda7nchid.onion/; Digital Currency Address - XBT 3K4rjdh8A5yi6LWvft2rbmyZvqEbPSSSX4; alt. Digital Currency Address - XBT 17mhyeBX617ABZ1ffThhUTJkHUcMvCkfd5; alt. Digital Currency Address - XBT 35qwVtMEohWDdBWRiCSR7azoP5cbY8SG1Q; alt. Digital Currency Address - XBT 35KAdTa2vqnJzitF2xiUzZn1Gmcas2Y465; alt. Digital Currency Address - XBT 35LScRJ8hzDvvWh9t9UA8bHGnGNVz3YEfa; alt. Digital Currency Address - XBT 1PJp8diNa89cVHpiT1VPu7EQ8LxYM5HX6v; alt. Digital Currency Address - XBT 17V7THwHMiDJmDwZK4unhE5HgKFJKx7VCe; alt. Digital Currency Address - XBT 3PiCnZrBvGfWAKQ9hr4cCpfaDjy64yNSpE; alt. Digital Currency Address - XBT 14gM1HuLVDELNHaFU22qpabjtiWek4HhV1; alt. Digital Currency Address - XBT 1GYuu9d5HPikafbys3k5Q3DRJq6debGsoB; alt. Digital Currency Address - XBT 3GXdtA6kbb4M5aqzZm5qqxcFDFRMW8LqdJ; alt. Digital Currency Address - XBT 1B11Ezqg3AXjFhMdRq5UpPDpNyriYNVtkn; alt. Digital Currency Address - XBT 16SPDQFFzgsoNSPiFFTfS8Dw8LLXqia4oc; alt. Digital Currency Address - XBT 19pPbUDvoSBZafkUCYkD2Z9AkuqqV6sWm7; alt. Digital Currency Address - XBT 3BQACtiMXYB9JpUMpkEWt9m8BzswpGHq4X; alt. Digital Currency Address - XBT 1DGsY4ww3BJnWXTsnmTgWa6UWdoRXgA1pX; alt. Digital Currency Address - XBT 1GcKLUUXodTQcLcPD7VLMgvCc4hs5Q775; alt. Digital Currency Address - XBT 1EvhBad5wCZYhBoAsGaciV6AvmZ1osLpeJ; alt. Digital Currency Address - XBT bc1qsmv6lkrw65l30yazdqpdjjtwzpvk9f8gfh0cy7; alt. Digital Currency Address - XBT bc1qs9u6j78e3utj08mwvqkkmqm9de5xk3g4yh8qtq; alt. Digital Currency Address - XBT 12VrYZgS1nmf9KHHped24xBb1aLLRpV2cT; alt. Digital Currency Address - XBT bc1q202ajnhxgg9d9jjczmg0g4usp6haqldyy2eakl; alt. Digital Currency Address - XBT 1NbGwQwt4uEhg2srAKppLf8QaF6fbp3PZG; alt. Digital Currency Address - XBT 13LQJQ1oJ9K7PsqsGfjNhoVv6UeU6hgzQz; alt. Digital Currency Address - XBT 1CG1aSCxUnbmv9G34ofxTQoHtuVnMLJtQV; alt. Digital Currency Address - XBT 3Kp8Qc5z7yevDeoQxhS5RSSKnEi5x7AQ43; alt. Digital Currency Address - XBT 331TS6DyASY7iU5CRA8UryBnkPS78fP2B1; alt. Digital Currency Address - XBT 1NvJm3jfZxENNyqws5BKQvhkLxg9chLJdo; alt. Digital Currency Address - XBT

1Licqjca74n8pmNaoARXLLqcTUTHFpxbXH; alt. Digital Currency Address - XBT 175BUqf8JCU1uoG1iTRKTacDa4uvJDUCw2; alt. Digital Currency Address - XBT 1ANpca7g93BwptUJg1zV116v49zn9gjDi3; alt. Digital Currency Address - XBT 1BCWMwpR4M1nYUuuYe2bmzrNuwGoF9ZABA; alt. Digital Currency Address - XBT 18cFGAdYcvNHkuhXLBE7izQKCyUW8TzCJE; alt. Digital Currency Address - XBT 1QHxyuLGRMHfbNPJikV4Dwhfx45HWfUMWB; alt. Digital Currency Address - XBT 1GnFTy5F9qi5MfaRZfgdg2jkyT5xtAHvd8; alt. Digital Currency Address - XBT bc1quyc6j8ca84q9gjej5jjd2n8hra0vfu0j60fefs57p6e5rerkq07q0l5u3w; alt. Digital Currency Address - XBT 16p2UWTZwXRyK5bTHNVjdDyy1D3EQGsZf2; alt. Digital Currency Address - XBT 1CddRqw7oSPrT4tt5oXKyx2LiHJDPszy7y; alt. Digital Currency Address - XBT 1Hhe61Bwxs8Hd2WxzWY9FQyZicBiZGeSNW; alt. Digital Currency Address - XBT 1D3GuaS9eqKw8dWj9JFQtNufdRtysjSLxZ; alt. Digital Currency Address - XBT 1PWRKxkR5AU7Tc9zPqjdhtu1eGW1QZzs4y; alt. Digital Currency Address - XBT 1D1ej7zQzywWBDNXKNYpmH7Hso2U9koDG4; alt. Digital Currency Address - XBT 3KGQ3hX6eFYtBjTBFSdvdkzHmwZyYWLRQh; alt. Digital Currency Address - XBT 1LKE3XA9bf5JFqtGtCHzWj5QGxKGwMfXZw; alt. Digital Currency Address - XBT 1MtsQsw6n2jvJCWhpCw7jifTfD9Q3rBBVg; alt. Digital Currency Address - XBT 1KkaKujnqwJf7Cbm7JKAZGF3X9d4685m8n; alt. Digital Currency Address - XBT 1Ge8JodC2HiBiEuT7D3MoH6Fak6XrcT9Kf; alt. Digital Currency Address - XBT bc1qsmqpalp3gtgkltag4x3ygevmhh9y2hzk73t2ug; alt. Digital Currency Address - XBT 1E9uUnLbyfToazo95vmM3ysYnzgkrL7GeC; alt. Digital Currency Address - XBT 1HH8eiuaTMucTNyvGCUmAvmCZCtdMi8SqK; alt. Digital Currency Address - XBT 19FQzHibWDhSP8pKmJS3uagFYoisXtehzw; alt. Digital Currency Address - XBT 3DLGfN7hgsWXXSp9euXcnmWXLpFQuswW2t; alt. Digital Currency Address - XBT 1PXxwPVtYxZiCRp9LKq7aKMDFrhAQztvUE; alt. Digital Currency Address - XBT 1Q4tUjH2aBr3AJrzxqa4Z3jPpf5SDgF4jK; alt. Digital Currency Address - XBT 1PYtgFS2t6i57WdDvbRa7kPcsagGMBxzfg; alt. Digital Currency Address - XBT

16ZSAEfYpPCj3D94fsNt2okYj9Ue8mxy6T; alt. Digital Currency Address - XBT bc1qvlzfn6kmezv44d8kw0p5jsmxe6wchv3zc7gsxs; alt. Digital Currency Address - XBT 3QVyoH4u3qT88uChAeJVhfB3r6maZt431y; alt. Digital Currency Address - XBT 1FFS6pX1TCKTNy668Mbk2Lyoem1qB48kYX; alt. Digital Currency Address - XBT 1Dpddb1TMjvmNQeYDqgyd1ww6cmwPJRdSk; alt. Digital Currency Address - XBT 3AjiWiUdKB5mcGUSS9mBeoHCeYJw3Zo8r6; alt. Digital Currency Address - XBT 1EtMuBPQnPCa3cecerdSH1SzydxnhbTmw; alt. Digital Currency Address - XBT 3CCmt5LjQ5yKkaFY1DWC2SbERVEtWRnSRD; alt. Digital Currency Address - XBT 1MQBDeRWsiJBf7K1VGjJ7PWEL6GJXMfmLg; alt. Digital Currency Address - XBT 1MbtT2ZsTtLp7EKZUV9r74cTyqvsMtTP2M; alt. Digital Currency Address - XBT 36yS87PLuW7sErLg1TY26WzaVarTim7AcC; alt. Digital Currency Address - XBT 3AYU365Tcjef7j9pdKF9Xe8rWpEpsH196t; alt. Digital Currency Address - XBT 148LKmyZT3FGE4x1GjsFN6RsAwcjzk5iuE; alt. Digital Currency Address - XBT 16EKTes8ahD8xvwisqjc2xSNLiG3fDHatW; alt. Digital Currency Address - XBT 3GuQjr7kkrR5EjpanMgyAuxuLgrjEUwe21; alt. Digital Currency Address - XBT 35eanEz5iYg2eYaxCtMrR4SCoypFqrBWUH; alt. Digital Currency Address - XBT 3QWUdP5taP4GrRuueVDud1eWetb7hc3wDH; alt. Digital Currency Address - XBT 3Czhm6xqn8odwz6jgTcjRrUjog28v6aVS8; alt. Digital Currency Address - XBT 1F7UL41qYm6TvnExZzPHBCyeENvX3XDEMS; alt. Digital Currency Address - XBT 123WBUDmSJv4GctdVEz6Qq6z8nXSKrJ4KX; alt. Digital Currency Address - XBT 3BCN3WgMRJwULTz1vsEQ7NZrBjwaUBf5Ca; alt. Digital Currency Address - XBT 35SwVFxosV3AsvnrBfzdXarqavRbvDyyxv; alt. Digital Currency Address - XBT 32pCmCWEjwhkLwh5BgLNAeBQFp5Gi1hv81; alt. Digital Currency Address - XBT 1G64TFMFVJTjhJXra6x74BBhsfSyiWaFtT; alt. Digital Currency Address - XBT 1A3iYY4c3dkgNYGewzYzr7EsqfBuWXibGo; alt. Digital Currency Address - XBT 3GAUBtrTtWp1D9yeXgr3wMg8B599QHa5m5; alt. Digital Currency Address - XBT 3HJN4jRa4mdfkey9JR9jUhr86yPwL86A3C; alt. Digital Currency Address - XBT 1EuUMPBCZtSd5pVVFEqmRqUSfU1qy6ASuL;

alt. Digital Currency Address - XBT 1Pu1nAW7kCoSMThMs8QcpM8JxuByQDZgH; alt. Digital Currency Address - XBT 3QnWE5GVfQu3wVav91RuFkqip4Ti4NWqAY; alt. Digital Currency Address - XBT 1CNbhgxGRZvsWnEHotfXge7k2E1UPzBDC7; alt. Digital Currency Address - XBT 3HSZc4BLnQBznjSq7JvXgqNCZUUs3M9fZz; alt. Digital Currency Address - XBT 37dDBCexFPraKW4jGSqkE3NyG52YeZQbJx; alt. Digital Currency Address - XBT 1H8sDTTgJPBKw83EBZDLhXvetCbxZUMMZM; alt. Digital Currency Address - XBT 1BvJRBRp9ZZ6zLyuZaZsV7g3xP6JokdZQW; alt. Digital Currency Address - XBT bc1q237mvl0heyw0r38wd3xz8h5mar96rrwpams8pp; alt. Digital Currency Address - XBT 34dxZvijpBM1YkPybczbQ7DuGuKAnULdfS; alt. Digital Currency Address - XBT 1GkLN7DbA9mAtHNzQWNPANcdWbefaz4Gzm; alt. Digital Currency Address - XBT 13hfsQm6oCaDZehfYBSMFiJVAi1jsL6sQd; alt. Digital Currency Address - XBT 1Sf6e4xQv8muMZqYPTdRFf3e5o5eWcg9F; alt. Digital Currency Address - XBT bc1qj6j6p0jdefl6pvdzx3kx8245yy5mz6q4luhzes; alt. Digital Currency Address - XBT 1B3u21itzjgKtm7QsNQNCBpSkwzzeDHqrW; alt. Digital Currency Address - XBT 3JhPsVV3KnL9dBYGSZALS9EbrLr97R865a; alt. Digital Currency Address - XBT bc1qqf8kcc9m57xjqcvsvuf989nnl48ve6d2s24cx3; alt. Digital Currency Address - XBT 1HuYfoEwsfHgZiRhbhJrCd5ST3iksa8KEx; alt. Digital Currency Address - XBT 1J9wJH2bamZVxscXAvoDH4jvtGKb7sYFDm; alt. Digital Currency Address - XBT 34WWXwFKAsXL9zYxbeNPaPV6vDamkjQLUo; alt. Digital Currency Address - XBT 3PDmRwotTkRAFRLGTUrucCERp2JdM1q4ar; alt. Digital Currency Address - XBT 3AFcE2mbSSndcpYFgHoExSmjUc26ef2gQh; alt. Digital Currency Address - XBT 3P6PzdfETr4275Gn3veLkCyDxA1jV8fHKm; alt. Digital Currency Address - XBT 3HRExd8GKFskZC5inmVcpiyy9UWG7FVa6o; alt. Digital Currency Address - XBT 3MP7yBGSW2gkXVRE8S84T2j4KVgPh3rEzv; alt. Digital Currency Address - XBT 1K2fmE9hfhbRNSZoBvCBWZAvsS5idTUxBG; alt. Digital Currency Address - XBT 3ES6pqCueDPCnC4hCqhhYuey6gyiRJZw6E; alt. Digital Currency Address - XBT 3KvBX3jo69Qn8jHy44M33RYoeYcf8DdRBD; alt. Digital Currency Address - XBT

3K26aMKmnrv97Pj6YiFcqiXk2LxeHfhnG3; alt. Digital Currency Address - XBT 3BWP6ZQAhc4j5wR1b95zJAthJEFvhdees7; alt. Digital Currency Address - XBT 3JuSgFrwnrNfuhvR4GpWAPmeJVot4xrEae; alt. Digital Currency Address - XBT 1DKGRGJXGNLAtTeFb9SNPNHtrkZ87q7qKi; alt. Digital Currency Address - XBT 361AkMKNNWYwZRsCE8pPNmoh5aQf4V7g4p; alt. Digital Currency Address - XBT 33fWcMdmsB2Ey4CEbVWbjGFkuevBSyP9nG; alt. Digital Currency Address - XBT 35aTjkBh4yeTypJsi9nuTdoMKHTsawKVgX; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 2015 [CYBER2].

"IACI" (a.k.a. IRAN AIRCRAFT INDUSTRIES; a.k.a. IRAN AIRCRAFT INDUSTRIES CO.; a.k.a. "SAHA"), Km 3 Karaj Special Road, Ekbatan City, Azadi Square, Tehran, Iran; PO Box 14155-1449, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"IAMCO" (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: شرکت صنایع هواپیماسازی ایران); a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIES; a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE IRAN; a.k.a. "FTP CO."; a.k.a. "HAVA PEYMA SAZI-E IRAN"; a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HAVAPEYMA SAZI IRAN"; a.k.a. "HESA"; a.k.a. "HEVAPEIMASAZI"; a.k.a. "HTC"; a.k.a. "IAMI"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Isfahan - Tehran Freeway, Shahin Shahr, Isfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Isfahan, Iran; Shahih Shar Industrial Zone, Isfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"IAMI" (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY

(Arabic: شرکت صنایع هواپیماسازی ایران); a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIES; a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE IRAN; a.k.a. "FTP CO."; a.k.a. "HAVA PEYMA SAZI-E IRAN"; a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HAVAPEYMA SAZI IRAN"; a.k.a. "HESA"; a.k.a. "HEVAPEIMASAZI"; a.k.a. "HTC"; a.k.a. "IAMCO"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Isfahan - Tehran Freeway, Shahin Shahr, Isfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Isfahan, Iran; Shahih Shar Industrial Zone, Isfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"IAP RAS" (a.k.a. FEDERAL RESEARCH CENTER INSTITUTE OF APPLIED PHYSICS OF THE RUSSIAN ACADEMY OF SCIENCES), 46 Ulyanov Str., Nizhny Novgorod 603950, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5260003387 (Russia); Registration Number 1025203020193 (Russia) [RUSSIA-EO14024].

"IASCO" (a.k.a. IRAN ALLOY STEEL COMPANY), No. 51 Mashahir Ave., Ghaem Magham Farhani St., Karimkhan St., Tehran, Iran; Azadegan Blvd., Martyr Dehghan Manshadi Blvd., Km 24, IASCO Road, Yazd, Iran; Website www.iasco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 2220 (Iran) [IRAN-EO13871].

"IATC" (a.k.a. ADVANCED TECHNOLOGIES COMPANY OF IRAN; f.k.a. GHANI SAZI ENRICHMENT; a.k.a. IRAN ADVANCED TECHNOLOGIES COMPANY; f.k.a. IRAN URANIUM ENRICHMENT COMPANY; f.k.a. IRANIAN ENRICHMENT COMPANY; a.k.a. "ADVANCED TECHNOLOGIES"; a.k.a. "ADVANCED TECHNOLOGIES COMPANY"; a.k.a. "ADVANCED TECHNOLOGIES HOLDING COMPANY"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103378982 (Iran); Registration Number 299780 (Iran) [IRAN] [NPWMD] [IFSR] (Linked

To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"IBB" (a.k.a. IMAM AL-BUKHARI BATTALION; a.k.a. IMAM AL-BUKHORIY BRIGADE; a.k.a. IMAM BUKHARI BATTALION; a.k.a. IMAM BUKHARI JAMAAT; a.k.a. IMAM BUKHORI JAMAAT; a.k.a. IMOM BUXORIY KATIBASI; a.k.a. KATIBAT AL-IMAM AL-BUKHARI; a.k.a. KATIBATUL IMOM AL-BUXORIY; a.k.a. "KIB"), Aleppo, Syria; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"Ibn al-Khattab" (a.k.a. 'ABD AL-SALAM, Ashraf Muhammad Yusif; a.k.a. 'ABD AL-SALAM, Ashraf Muhammad Yusuf 'Uthman; a.k.a. 'ABD-AL-SALAM, Ashraf Muhammad Yusif 'Uthman; a.k.a. 'ABD-AL-SALAM, Ashraf Muhammad Yusuf; a.k.a. "Khattab"), Syria; DOB 01 Jan 1984 to 31 Dec 1984; POB Iraq; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 486298 (Jordan); alt. Passport K048787; National ID No. 28440000526 (Qatar) (individual) [SDGT].

"Ibn Omar" (a.k.a. OMAR, Bonomade Machude; a.k.a. "Abu Sulayfa Muhammad"; a.k.a. "Abu Surakha"; a.k.a. "Abu Suraqa Suraqa Filho"), Cabo Delgado Province, Mozambique; DOB 15 Jun 1988; POB Palma District, Cabo Delgado Province, Mozambique; nationality Mozambique; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE).

"Ibrahim Afghan" (a.k.a. ADAN, Abukar Ali; a.k.a. ADEN, Abukar Ali; a.k.a. "Sheikh Abukar"); DOB 1972; alt. DOB 1971; alt. DOB 1973; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"IBRAHIM, Abu" (a.k.a. SYAH, Bahrum; a.k.a. USMAN, Bachrumsyah Mennor; a.k.a. "BACHRUMSHAH"; a.k.a. "BACHRUMSYAH"; a.k.a. "BAHRUMSYAH"; a.k.a. "MUHAMMAD AL-ANDUNISIY, Abu"; a.k.a. "MUHAMMAD AL-INDONESI, Abu"; a.k.a. "MUHAMMAD AL-INDUNISI, Abu"; a.k.a. "SHABRINA, Abu"), Raqqa, Syria; Al-Shadadi, Hasaka Province, Syria; DOB 23 Jul 1984; POB Bogor, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Passport A8329173 (Indonesia); Ustad (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"IBRAHIM, Basim" (a.k.a. MOHAMMAD, Yahia ElSayed Ibrahim; a.k.a. MOUSSA, Yahya Alsayed Ibrahim Mohamed; a.k.a. MUSA, Yahya al-Sayyid Ibrahim), Istanbul, Turkey; DOB 05 May 1984; alt. DOB 1989; POB Sharkia, Egypt; alt. POB Idlib, Syria; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A08864491 (Egypt) expires 06 Feb 2020; alt. Passport 397192 (Turkey) expires 31 May 2019; National Foreign ID Number 07010032477 (Syria) (individual) [SDGT].

"IBRAHIM, Haji Anees" (a.k.a. KASKAR, Anees Ibrahim; a.k.a. KASKAR, Shaikh Anis Ibrahim; a.k.a. "EBRAHIM, Sayed Omar Haji"), Pakistan; DOB 05 May 1960; POB Mumbai, India; nationality India (individual) [SDNTK].

"IBRAHIM, Moalim" (a.k.a. ADEN, Mohamed Abdi; a.k.a. ADEN, Mohamoud Abdi; a.k.a. ADEN, Mohamud Abdi; a.k.a. "ABDIRAHMAN, Mahamoud"; a.k.a. "ABDIRAHMAN, Mohamud"; a.k.a. "HASSAN, Mohamed"; a.k.a. "MAHADI, Moalim"; a.k.a. "SAYID, Mahdi"; a.k.a. "YARE, Mohamed"), Jilib, Lower Juba, Somalia; DOB 13 Mar 1985; POB Garissa, Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"IBRAHIM, Mohammad" (a.k.a. KHAZE, Karim; a.k.a. LIU, Jhon; a.k.a. OMAR, Asem; a.k.a. ZAHEDI, Mostafa; a.k.a. "IBRAHIM, Mohammed"); DOB 29 Jun 1978; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

"IBRAHIM, Mohammed" (a.k.a. KHAZE, Karim; a.k.a. LIU, Jhon; a.k.a. OMAR, Asem; a.k.a. ZAHEDI, Mostafa; a.k.a. "IBRAHIM, Mohammad"); DOB 29 Jun 1978; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

"IBRAHIM, Munir Bin Du Bin" (a.k.a. HELAL, Mounir Ben Dhaou Ben Brahim Ben; a.k.a. HELEL, Mounir; a.k.a. HILEL, Mounir; a.k.a. "AL-TUNISI, Abu Maryam"; a.k.a. "RAHMAH, Abu"); DOB 10 May 1983; POB Ben Guerdane, Tunisia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ICAR COMPANY" (a.k.a. IKAR GROUP; a.k.a. JOINT STOCK COMPANY ENGINEERING CENTER IKAR; a.k.a. JSC IKAR), Ul. Khutorskaya 2-YA D. 38A, Str. 9, Moscow 127287, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Jan 2003; Tax ID No. 7710449682; Registration Number 1037710001493 (Russia) [RUSSIA-EO14024].

"ICIIC" (a.k.a. IRAN CHEMICAL INDUSTRIES INVESTMENT COMPANY (Arabic: شرکت سرمایه گذاری صنایع شیمیایی ایران); a.k.a. IRAN CHEMICAL INDUSTRIES INVESTMENT COMPANY PUBLIC JOINT STOCK), KM 15 of Isfahan-Teheran Road, Isfahan 8235144114, Iran; No. 16 Shahid Saidi St. Hafez Shirazi, Nelson Mandela St. Africa, Tehran 1967963735, Iran; Website www.iciiclab.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1984; National ID No. 10100970248 (Iran); Business Registration Number 8027 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

"ICIOC" (a.k.a. IRAN CENTRAL IRON ORE COMPANY (Arabic: شرکت سنگ آهن مرکزی ایران)), Bafq Old Rd, Yazd 8975136748, Iran; Mohammad Dehestani Bafghi Boulevard, Yazd 8975136748, Iran; P.O. Box 1111, Tehran, Iran; Website www.icioc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 49 (Iran) [IRAN-EO13871].

"ICS RAS" (a.k.a. FEDERAL STATE BUDGETARY SCIENTIFIC INSTITUTION INSTITUTE FOR CONTROL PROBLEM NAMED AFTER V A TRAPEZNIKOV OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. V A TRAPEZNIKOV INSTITUTE OF CONTROL SCIENCES OF RUSSIAN ACADEMY OF SCIENCES), Ul. Profsoyuznaya D.65, Moscow 117997, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7728013512 (Russia); Registration Number 1037739269590 (Russia) [RUSSIA-EO14024].

"IDEAL VACUUM STORE" (a.k.a. FUYA PARS PROSPECTIVE TECHNOLOGISTS; a.k.a. POUYA PARS FANAVARAN AYANDEH NEGAR COMPANY; a.k.a. PUYA PARS FANAVARAN AYANDEH NEGAR COMPANY; a.k.a. "IDEAL VACUUM"), Number 18, 1st Mariam Street, Khayyam Boulevard, Shamsabad Industrial District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 12 Feb 2013; National ID No. 14003220702 (Iran); Registration Number 434228 (Iran) [NPWMD] [IFSR].

"IDEAL VACUUM" (a.k.a. FUYA PARS PROSPECTIVE TECHNOLOGISTS; a.k.a. POUYA PARS FANAVARAN AYANDEH NEGAR COMPANY; a.k.a. PUYA PARS FANAVARAN AYANDEH NEGAR COMPANY; a.k.a. "IDEAL VACUUM STORE"), Number 18, 1st Mariam Street, Khayyam Boulevard, Shamsabad Industrial District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 12 Feb 2013; National ID No. 14003220702 (Iran); Registration Number 434228 (Iran) [NPWMD] [IFSR].

"IDI" (a.k.a. INTERNATIONAL DIAMOND INDUSTRIES), Kinshasa, Congo, Democratic Republic of the [GLOMAG] (Linked To: GERTLER, Dan).

"IEDC" (a.k.a. IRAN ELECTRONIC DEVELOPMENT; a.k.a. IRAN ELECTRONIC DEVELOPMENT CO.; a.k.a. IRAN ELECTRONIC DEVELOPMENT COMPANY (Arabic: شرکت گسترش الکترونیک ایران)), Africa Street, Lower Than Haqqani Crossroad Kaman Alley, Way of Shahid Haghani, Kuchma Avenue, Tehran, Iran; Website http://www.iedc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102166006 (Iran); Registration Number 174201 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"IEI" (a.k.a. IRAN ELECTRONICS INDUSTRIES; a.k.a. SAIRAN; a.k.a. SANAYE ELECTRONIC IRAN; a.k.a. SASAD IRAN ELECTRONICS INDUSTRIES; a.k.a. SHERKAT SANAYEH ELECTRONICS IRAN), P.O. Box 19575-365, Shahied Langari Street, Nobniad Sq, Pasdaran Ave, Saltanad Abad, Tehran, Iran; P.O. Box 71365-1174, Hossain Abad/Ardakan Road, Shiraz, Iran; Hossein Abad/Ardakan Road, P.O. Box 555, Shiraz 71365/1174, Iran; Shahid Langari Street, Nobonyad Square, Tehran, Iran; Website www.ieimil.ir; alt. Website www.ieicorp.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 829 [NPWMD] [IFSR] [IRAN-TRA].

"IEOS" (a.k.a. LIMITED LIABILITY COMPANY INTEGRATED ELECTRON OPTICAL SYSTEMS), Ul. Volnaya D. 35, Et. 2 Pom. 1, Moscow 105187, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Tax ID No. 7701867725 (Russia); Registration Number 1107746151314 (Russia) [RUSSIA-EO14024].

"IFC BANK" (a.k.a. JOINT STOCK COMPANY JOINT STOCK COMMERCIAL BANK INTERNATIONAL FINANCIAL CLUB; a.k.a. MFK BANK), Presnenskaya Embankment, 10, Moscow 123112, Russia; SWIFT/BIC ICFIRUMM; Website www.mfk-bank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7744000038 (Russia); Registration Number 1027700056977 (Russia) [RUSSIA-EO14024].

"IFC LEASING" (a.k.a. AKTSIONERNOE OBSHCHESTVO ILYUSHIN FINANS KO; a.k.a. JOINT STOCK COMPANY ILYUSHIN FINANCE COMPANY; a.k.a. JSC ILYUSHIN FINANCE COMPANY; a.k.a. OJSC ILYUSHIN FINANCE; a.k.a. "AO IFK"; a.k.a. "JSC IFC"), Pr-kt Michurinskii, Olimpiiskaya Derevnya D. 1, Korp. 1, et. 4, Moscow 119602, Russia; Pr-kt Leninskii d. 43A, office 502, Voronezh 394004, Russia; 1st km of Rublevo-Uspenskoe Shosse, Building 6, Odintsovo, Moscow 143030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Mar 1999; Tax ID No. 3663029916 (Russia); Registration Number 1033600042332 (Russia) [RUSSIA-EO14024].

"IFP RAN FGBU" (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZICHESKIKH PROBLEM IM. P.L. KAPITSY ROSSISKOI AKADEMII NAUK; f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZICHESKIKH PROBLEM IM. P.L. KAPITSY ROSSISKOI AKADEMII NAUK BU; a.k.a. P.L. KAPITZA INSTITUTE FOR PHYSICAL PROBLEMS, RUSSIAN ACADEMY OF SCIENCES; a.k.a. "KIPP"), Kapitaza Institute, 2 ul. Kosygina, Moscow 119334, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Jan 1994; Tax ID No. 7736039850 (Russia); Government Gazette Number 02699338 (Russia); Registration Number 1037739409311 (Russia) [RUSSIA-EO14024].

"IFTT RAN" (f.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE INSTITUTE OF SOLID STATE PHYSICS N.A. YU. A. OSIPYAN OF THE RUSSIAN ACADEMY OF SCIENCES; f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK BU; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK FGBU; a.k.a. INSTITUTE OF SOLID STATE PHYSICS OF THE ACADEMY OF SCIENCES SSSR; a.k.a. OSIPYAN INSTITUTE OF SOLID STATE PHYSICS OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "ISSP RAS"), d. 2, ul. Akademika Osipyana, Chernogolovka, Moskovskaya Obl 142432, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Mar 1998; Tax ID No. 5031003120 (Russia); Government Gazette Number 02699796 (Russia); Registration Number 1025003915243 (Russia) [RUSSIA-EO14024].

"IFYAU9" (Cyrillic: "ЙФЯАУ9") (a.k.a. CHAIKA, Igor Yuryevich; a.k.a. CHAYKA, Igor Yuryevich (Cyrillic: ЧАЙКА, Игорь Юрьевич)), Russia; DOB 13 Dec 1988; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 770302172306 (Russia) (individual) [RUSSIA-EO14024].

"IG" (a.k.a. AL-GAMA'AT; a.k.a. EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA; a.k.a. GAMA'A AL-ISLAMIYYA; a.k.a. ISLAMIC GAMA'AT; a.k.a. ISLAMIC GROUP; a.k.a. "GI"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"IGIL SO RAN" (a.k.a. FEDERAL STATE BUDGETARY INSTITUTE OF SCIENCE INSTITUTE OF HYDRODYNAMICS NAMED AFTER M A LAVRENTYEV OF THE SIBERIAN BRANCH OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. LAVRENTYEV INSTITUTE OF HYDRODYNAMICS OF SIBERIAN BRANCH OF RUSSIAN ACADEMY OF SCIENCES), Prosp Akademika Lavrentyeva 15, Novosibirsk 630090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5408100064 (Russia); Registration Number 1025403648600 (Russia) [RUSSIA-EO14024].

"IGISCO" (a.k.a. IRANIAN GHADIR IRON & STEEL CO.; a.k.a. IRANIAN GHADIR IRON AND STEEL CO.), 25th Km. Aradakan, Naein Road, Yazd, Iran; No. 1 34th Alley, Valiasr St., After Saei Park, Tehran, Iran; Website www.igisco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

"IGO3D RUSSIA" (a.k.a. LIMITED LIABILITY COMPANY AY GOU 3DE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЙ ГОУ 3ДЭ)), 84 Stavropolskaya Street, Building 1, Floor 1, Office 101, Moscow 109380, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701384189 (Russia); Registration Number 1147746032059 (Russia) [RUSSIA-EO14024].

"IIB" (a.k.a. INTERNATIONAL INVESTMENT BANK; a.k.a. MEZHDUNARODNY INVESTITSIONNY BANK), Vaci ut, 188, Budapest H-1138, Hungary; Fo utca 1, Budapest H-1011, Hungary; 7 Mashi Poryvaevoy Street, Moscow 107078, Russia; SWIFT/BIC IIBMHU22; Website www.iib.int; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 10 Jul 1970; Target Type Financial Institution; Tax ID No. 30479900-1-51 (Hungary); alt. Tax ID No. 9909152110 (Russia); Legal Entity Number 2534000PHLD27VN98Y03 [UKRAINE-EO13662] [RUSSIA-EO14024].

"IJAZ, Muhammad" (a.k.a. ALI, Mohammad Ijaz Safarash; a.k.a. ALI, Mohammad Ijaz Safarish; a.k.a. ALI, Mohammed Ijaz Safarish; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Mohd Ijaz Safrash; a.k.a. ALI, Muhammad Ijaz Safarash; a.k.a. ALI, Muhammed Ijaz Safarash; a.k.a. NASAR, Muhammad Ijaz; a.k.a. NASIR, Muhammad Ajaj; a.k.a. NASSARUDDIN, Muhammad Ajaj; a.k.a. SAFARASH, Mohammad Ijaz; a.k.a. SAFARASH, Muhammad Ijaz; a.k.a. SAFARISH, Mohammed Ejaz), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB 16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"IJET" (a.k.a. I JET GLOBAL DMCC; a.k.a. TRADE MED MIDDLE EAST; a.k.a. TRADE

MID MIDDLE EAST), Unit No: 3504, 1 Lake Plaza, Plot No: JLT-PH2-T2A, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Plaza del Olivar, 1 4, Palma de Mallorca, Baleares H24 07002, Spain; 116/8, St. George's Road, St. Julians STJ3203, Malta; Damascus, Syria; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 Oct 2014; Organization Type: Service activities incidental to air transportation; Registration Number DMCC19501 (United Arab Emirates) [RUSSIA-EO14024].

"IJF" (a.k.a. AL QUDS INSTITUTE; a.k.a. AL QUDS INTERNATIONAL INSTITUTION; a.k.a. AL-QUDS FOUNDATION; a.k.a. AL-QUDS INTERNATIONAL FOUNDATION; a.k.a. INTERNATIONAL AL QUDS INSTITUTE; a.k.a. INTERNATIONAL JERUSALEM FOUNDATION; a.k.a. JERUSALEM INTERNATIONAL ESTABLISHMENT; a.k.a. JERUSALEM INTERNATIONAL FOUNDATION; a.k.a. MU'ASSASAT AL-QUDS; a.k.a. THE INTERNATIONAL AL QUDS FOUNDATION), Hamra Street, Saroulla Building, 11th Floor; P.O. Box Beirut-Hamra 113/5647, Beirut, Lebanon; Website www.alquds-online.org; Email Address institution@alquds-online.org; alt. Email Address alquds_institution@yahoo.com; alt. Email Address info@alquds-city.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"IJG" (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; n.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ISLOMIY JIHOD ITTIHODI; n.k.a. ITTIHAD AL-JIHAD AL-ISLAMI; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"IKI RAS" (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT KOSMICHESKIKH ISSLEDOVANI ROSSISKOI AKADEMII NAUK; a.k.a. IKI RAN FGBU; a.k.a. SPACE RESEARCH INSTITUTE RUSSIAN ACADEMY OF SCIENCES), Ul Profsoyuznaya, D 84/32, Moscow 117997, Russia; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728113806 (Russia); Government Gazette Number 02698692 (Russia); Registration Number 1027739475279 (Russia) [RUSSIA-EO14024].

"IKRIMA" (a.k.a. ABDIKADIR, Abdikadir Mohamed; a.k.a. ABDUKADIR, Abdukadir Mohamed; a.k.a. ABDULKADIR, Abdulkadir Mohamed), Somalia; DOB 1985; POB Somalia; nationality Kenya; citizen Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"IKS HOLDING" (Cyrillic: "ИКС ХОЛДИНГ") (a.k.a. LIMITED LIABILITY COMPANY HOLDING INTELLIGENT COMPUTER SYSTEMS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛДИНГ ИНТЕЛЛЕКТУАЛЬНЫЕ КОМПЬЮТЕРНЫЕ СИСТЕМЫ); a.k.a. "X-HOLDING"), Michurinskiy avenue, house 27, apartment 5, floor 4, room 9, Moscow, Ramenki District 119607, Russia (Chinese Traditional: Пр-Кт Мичуринский, Д. 27, К. 5, Этаж 4, Помещ. 9, Москва, Муниципальный Округ Раменки 119607, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701124836 (Russia); Registration Number 1187746987317 (Russia) [RUSSIA-EO14024] (Linked To: CHEREPENNIKOV, Anton Andreyevich).

"IKS JSC" (a.k.a. AKTSIONERNOE OBSHCHESTVO SPETSIALIZIROVANNYI ZASTROISHCHIK IKS; a.k.a. IKS JOINT STOCK COMPANY; a.k.a. "AO SZ IKS"), 33 Oktyabrskaya St., Nizhny Novgorod 603005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 5263023906 (Russia); Registration Number 1025203020424 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

"ILLIASSOU, Djibbo" (a.k.a. DJIBO, Halid Illiassou; a.k.a. DJIBO, Ousmane Illiassou; a.k.a. KOUNOU, Ousmane Illasou; a.k.a. "CHAFFORI, Petit"; a.k.a. "CHAPORI,

Aboubacar"; a.k.a. "CHAPORI, Petit"; a.k.a. "CHAPPORI, Petit"; a.k.a. "TCHAPORI, Petit"), Menaka Region, Mali; I-n-Arabane, Mali; Tillaberi Region, Niger; DOB 1984; POB Niger; nationality Niger; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ILONGGO, Abu" (a.k.a. AKMAL, Hakid; a.k.a. ALVARADO, Arnulfo; a.k.a. BERUSA, Brandon; a.k.a. DELLOS, Reendo Cain; a.k.a. DELLOSA Y CAIN, Redendo; a.k.a. DELLOSA, Ahmad; a.k.a. DELLOSA, Habil Ahmad; a.k.a. DELLOSA, Habil Akmad; a.k.a. DELLOSA, Redendo Cain; a.k.a. DELLOSA, Redendo Cain Jabil; a.k.a. "LLONGGO, Abu"; a.k.a. "MUADZ, Abu"), 3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Federal ID Card 33-3208848-3 (Philippines) (individual) [SDGT].

"ILP SB RAS" (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT LAZERNOI FIZIKI SIBIRSKOGO OTDELENIYA ROSSISKOI AKADEMII NAUK; a.k.a. ILF SO RAN FGBU; a.k.a. INSTITUTE OF LASER PHYSICS OF THE SIBERIAN BRANCH OF THE RAS; a.k.a. INSTITUTE OF LASER PHYSICS OF THE SIBERIAN BRANCH OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. INSTITUTE OF LASER PHYSICS SB RAS), 15B, prospekt Akademika Lavrenteva, Novosibirsk, Novosibirskaya Obl. 630090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Aug 1991; Tax ID No. 5408105471 (Russia); Government Gazette Number 11822515 (Russia); Registration Number 1025403665572 (Russia) [RUSSIA-EO14024].

"IMEL" (a.k.a. IRON MOUNTAIN ENTERPRISES LIMITED; a.k.a. IRON MOUNTAIN ENTREPRISES), Virgin Islands, British [GLOMAG] (Linked To: ORIENTAL IRON COMPANY SPRL).

"IMET RAS" (a.k.a. BAIKOV INSTITUTE OF METALLURGY AND MATERIALS SCIENCE, RUSSIAN ACADEMY OF SCIENCES), Leninskii Pr-T D. 49, Moscow 119991, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization

Established Date 24 May 1994; Tax ID No. 7736045483 (Russia); Registration Number 1027700298702 (Russia) [RUSSIA-EO14024].

"IMPERIAL LEGION" (a.k.a. RUSSIAN IMPERIAL LEGION; a.k.a. RUSSIAN IMPERIAL MOVEMENT; a.k.a. RUSSKOE IMPERSKOYE DVIZHENIYE; a.k.a. RUSSKOIE IMPERSKOE DVIZHENIE; a.k.a. SAINT PETERSBURG IMPERIAL LEGION; a.k.a. "RID"; a.k.a. "RIL"; a.k.a. "RIM"), Saint Petersburg, Russia; PO Box 128, Saint Petersburg 197022, Russia; Website rusimperia.info; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"IMSC AG" (a.k.a. TAMYNA AG; a.k.a. TAMYNA LTD; a.k.a. TAMYNA SA; f.k.a. "IMSC GMBH"; f.k.a. "INTERNATIONAL MARITIME CORPORATION"), Baarerstrasse 55, Zug 6302, Switzerland; 11 Bahnhofstrasse, Schlieren, Zurich 8952, Switzerland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Apr 2011; alt. Organization Established Date 04 Apr 2012; Company Number CH-316.162.555 (Switzerland); Registration Number CH-170-4.010.398-7 (Switzerland) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

"IMSC GMBH" (a.k.a. TAMYNA AG; a.k.a. TAMYNA LTD; a.k.a. TAMYNA SA; f.k.a. "IMSC AG"; f.k.a. "INTERNATIONAL MARITIME CORPORATION"), Baarerstrasse 55, Zug 6302, Switzerland; 11 Bahnhofstrasse, Schlieren, Zurich 8952, Switzerland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Apr 2011; alt. Organization Established Date 04 Apr 2012; Company Number CH-316.162.555 (Switzerland); Registration Number CH-170-4.010.398-7 (Switzerland) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

"IMU" (a.k.a. ISLAMIC MOVEMENT OF UZBEKISTAN); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"INAYATURAHMAN" (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

"INAYATURRAHMAN" (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

"INDIO" (a.k.a. SALAZAR RAMIREZ, Jesus Alfredo; a.k.a. "MUNE"); DOB 24 Mar 1974; POB Chihuahua, Mexico; citizen Mexico (individual) [SDNTK].

"INDONESIA (MMI)" (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "LM3"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"INDUSTRIX" (a.k.a. GAZPROMNEFT TECHNOLOGICAL PARTNERSHIPS LIMITED LIABILITY COMPANY), Ul. Yakubovicha d. 24, lit. A, Saint Petersburg 190000, Russia; ul. Promyshlennaya zd. 19, pomeshch. 403, Khanty-Mansiysk 628011, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type State-Owned Enterprise; Tax ID No. 8601066868 (Russia); Registration Number 1188617010064 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"INEA" (a.k.a. INSTITUTO NACIONAL DE LOS ESPACIOS ACUATICOS E INSULARES), Av. Orinoco, Edificio I.N.E.A., Caracas, Venezuela; Identification Number IMO 4166811 [VENEZUELA-EO13850].

"INEI RAN" (a.k.a. THE ENERGY RESEARCH INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES), Ul Nagornaya D 31, Korp 2, Moscow 117186, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jun 1994; Tax ID No. 7727083080 (Russia); Government Gazette Number 04813131 (Russia); Registration Number 1037739092643 (Russia) [RUSSIA-EO14024].

"INEOS TRADING PTY LTD" (a.k.a. K2016212771 SOUTH AFRICA PTY LTD), 118 Mallinson Rd, Asherville, Durban, KwaZulu-Natal 4001, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Organization Established Date 20 Jun 2016; Tax ID No. 9954121167 (South Africa); Trade License No. 2016/212771/07 (South Africa); Enterprise Number K2016212771 (South Africa) [SDGT] (Linked To: HOOMER, Farhad).

"INGENIERO" (a.k.a. OLIVAS CHAIDEZ, Jose; a.k.a. "EL BLANCO"), CRT Club Campestre Campestre 788 Teran, Tuxtla Gutierrez, Chiapas 29050, Mexico; DOB 29 Jul 1982; POB Tamazula, Durango, Mexico; nationality Mexico; Gender Male; C.U.R.P. OICJ820729HDGLHS08 (Mexico) (individual) [SDNTK].

"INGLATERRA" (a.k.a. PADIERNA PENA, Luis Orlando); DOB 26 Jan 1979; POB Carepa, Antioquia, Colombia; citizen Colombia; Cedula No. 15441176 (Colombia) (individual) [SDNTK].

"INGUSHI, Saifuddin" (a.k.a. BARKHANOEV, Malik Ruslanovich; a.k.a. "INGUSHI, Sayfuddin"), Iraq; Syria; DOB 14 Mar 1992; POB Ordzhonikidzevskaya, Ingushetia, Russia; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"INGUSHI, Sayfuddin" (a.k.a. BARKHANOEV, Malik Ruslanovich; a.k.a. "INGUSHI, Saifuddin"), Iraq; Syria; DOB 14 Mar 1992; POB Ordzhonikidzevskaya, Ingushetia, Russia; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"INKOP" (a.k.a. GRADJEVINSKO PREDUZECE INKOP DOO CUPRIJA; a.k.a. INKOP DOO CUPRIJA), Karadordeva 6, Cuprija 35230, Serbia; Organization Established Date 12 May 1992; Organization Type: Construction of roads and railways; V.A.T. Number 100245351 (Serbia) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

"INNOHUB LLC" (a.k.a. INNOVATION HUB LIMITED LIABILITY COMPANY; a.k.a. ROSATOM INNOHUB), Per. Bolshoi Tolmachevskii D. 4, Str. 1, Pomeshch. 4/1, Moscow 119017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9724042820 (Russia); Registration Number 1217700144738 (Russia) [RUSSIA-EO14024].

"INRA" (a.k.a. IRAN NUCLEAR REGULATORY AUTHORITY), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"INSTITUTE OF APPLIED PHYSICS IAP" (a.k.a. AO IPF; a.k.a. INSTITUTE OF APPLIED PHYSICS JSC), Ul. Arbuzova D. 1/1, Novosibirsk 630117, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5408106299 (Russia); Registration Number 1025403638831 (Russia) [RUSSIA-EO14024].

"INSTRUMENT AO" (a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO INSTRUMENT), d. 16 pom, 2, ul. Krasnodarskaya, Moscow 109382, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5261020674 (Russia); Registration Number 1025202395140 (Russia) [RUSSIA-EO14024].

"INTEGRATED SYSTEMS DESIGN BUREAU" (a.k.a. LIMITED LIABILITY COMPANY CONSTRUCTION BUREAU OF INTEGRATED SYSTEMS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОНСТРУКТОРСКОЕ БЮРО ИНТЕГРИРОВАННЫХ СИСТЕМ)), Building 1, 61 Lenin Street, Tarusa 249100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703371192 (Russia); Registration Number 1037703022158 (Russia) [RUSSIA-EO14024].

"INTELTECH JSC" (a.k.a. INFORMATION TELECOMMUNICATION TECHNOLOGIES JOINT STOCK COMPANY; a.k.a. "INTELTEKH"), Ul. Kantemirovskaya D. 8, Saint Petersburg 197342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802030605 (Russia); Registration Number 1027801525608 (Russia) [RUSSIA-EO14024].

"INTELTEKH" (a.k.a. INFORMATION TELECOMMUNICATION TECHNOLOGIES JOINT STOCK COMPANY; a.k.a. "INTELTECH JSC"), Ul. Kantemirovskaya D. 8, Saint Petersburg 197342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802030605 (Russia); Registration Number 1027801525608 (Russia) [RUSSIA-EO14024].

"INTEREXPRESS" (a.k.a. AERO EXPRESS INTERCONTINENTAL S.A. DE C.V.; a.k.a. "AEISA"), Oriente 158 No. 390-E, Colonia Moctezuma, Segunda Seccion, Delegacion Venustiano Carranza, Mexico City, Distrito Federal, Mexico; Avenida Ruben Dario, Albrook Comercial Park, Deposito No. 20, Bella Vista, Distrito de Panama, Panama; R.F.C. AIN-000713-GR7 (Mexico) [SDNTK].

"INTERNATIONAL MARITIME CORPORATION" (a.k.a. TAMYNA AG; a.k.a. TAMYNA LTD; a.k.a. TAMYNA SA; f.k.a. "IMSC AG"; f.k.a. "IMSC GMBH"), Baarerstrasse 55, Zug 6302, Switzerland; 11 Bahnhofstrasse, Schlieren, Zurich 8952, Switzerland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Apr 2011; alt. Organization Established Date 04 Apr 2012; Company Number CH-316.162.555 (Switzerland); Registration Number CH-170-4.010.398-7 (Switzerland) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

"INTERNATIONAL TANKER LTD" (a.k.a. INTERNATIONAL TANKER LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"INTERSERVICE" (a.k.a. INTERSERVIS NOVOPOLOTSKOE LLC; a.k.a. LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSK LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSKOYE OBSHCHESTVO S OGRANICHENNOY OTVESTVENNOSTYU INTERSERVIS (Cyrillic: НОВОПОЛОЦКОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРСЕРВИС); a.k.a. OOO INTERSERVIS (Cyrillic: ООО ИНТЕРСЕРВИС); a.k.a. TAA INTERSERVIS (Cyrillic: ТАА ІНТЭРСЭРВІС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTERSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭРСЭРВІС); a.k.a. "LLC INTERSERVICE"), ul. Molodezhnaya, d. 7, kom. 110, Novopolotsk, Vitebsk oblast 211440, Belarus (Cyrillic: ул. Молодежная, д. 7, ком. 110, г. Новополоцк, Витебская область 211440, Belarus); Organization Established Date 13 May 1998; Registration Number 300577484 (Belarus) [BELARUS-EO14038].

"INVENT LTD" (a.k.a. LIMITED LIABILITY COMPANY INVENT), Ul. Marata D. 15, Nizhny Novgorod 603002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5257114908 (Russia); Registration Number 1105257000970 (Russia) [RUSSIA-EO14024].

"INVESTORLIFE1" (a.k.a. KONDRATEV, Ivan; a.k.a. KONDRATIEV, Ivan Gennadievich

(Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич); a.k.a. KONDRATYEV, Ivan; a.k.a. "@AL3XL7"; a.k.a. "@BASSTERLORD"; a.k.a. "@BASSTERLORD 0170742922"; a.k.a. "@SINNER6546"; a.k.a. "@SINNER911"; a.k.a. "BASSTERLORD"; a.k.a. "EDITOR"; a.k.a. "FISHEYE"; a.k.a. "JACKROCK#3337"; a.k.a. "SIN998A"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45hexr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h60n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6ng6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e4120d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

"IO RAS" (a.k.a. FEDERALNOYE GOSUDARSTVENNOYE BYUDZHETNOYE UCHREZHDENIYE NAUKI INSTITUT OKEANOLOGII IM. P.P. SHIRSHOVA ROSSIYSKOY AKADEMII NAUK; a.k.a. P.P. SHIRSHOV INSTITUTE OF OCEANOLOGY OF THE RUSSIAN ACADEMY OF SCIENCES), 36 Nakhimovsky Avenue, Moscow 117997, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727083115 (Russia); Registration Number 1037739013388 (Russia) issued 1946 [RUSSIA-EO14024].

"IOF RAN FGBU" (a.k.a. A.M. PROKHOROV GENERAL PHYSICS INSTITUTE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENNIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR INSTITUT OBSHCHEI FIZIKI IM. A.M. PROKHOROVA ROSSISKOI AKADEMII NAUK; a.k.a. PROKHOROV GENERAL PHYSICS INSTITUTE OF RAS; a.k.a. PROKHOROV GENERAL PHYSICS INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. RUSSIAN ACADEMY OF SCIENCES - ALEXANDR MIKHAILOVICH PROKHOROV GENERAL PHYSICS INSTITUTE; a.k.a. "GPI RAS"; a.k.a. "IOF RAN"), d. 38, ul. Vavilova, Moscow 119991, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Sep 1993; Tax ID No. 7736029700 (Russia); Government Gazette Number 02700457 (Russia); Registration Number 1027700378595 (Russia) [RUSSIA-EO14024].

"IOF RAN" (a.k.a. A.M. PROKHOROV GENERAL PHYSICS INSTITUTE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENNIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR INSTITUT OBSHCHEI FIZIKI IM. A.M. PROKHOROVA ROSSISKOI AKADEMII NAUK; a.k.a. PROKHOROV GENERAL PHYSICS INSTITUTE OF RAS; a.k.a. PROKHOROV GENERAL PHYSICS INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. RUSSIAN ACADEMY OF SCIENCES - ALEXANDR MIKHAILOVICH PROKHOROV GENERAL PHYSICS INSTITUTE; a.k.a. "GPI RAS"; a.k.a. "IOF RAN FGBU"), d. 38, ul. Vavilova, Moscow 119991, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 14 Sep 1993; Tax ID No. 7736029700 (Russia); Government Gazette Number 02700457 (Russia); Registration Number 1027700378595 (Russia) [RUSSIA-EO14024].

"IPCC" (a.k.a. IRAN PETROCHEMICAL COMMERCIAL COMPANY; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY; a.k.a. SHERKATE BASARGANI PETROCHEMIE (SAHAMI KHASS); a.k.a. SHERKATE BAZARGANI PETRCHEMIE; a.k.a. "PCC"), No. 1339, Vali Nejad Alley, Vali-e-Asr St., Vanak Sq., Tehran, Iran; INONU CAD. SUMER Sok., Zitas Bloklari C.2 Bloc D.H, Kozyatagi, Kadikoy, Istanbul, Turkey; Topcu Ibrahim Sokak No: 13 D: 7 Icerenkoy-Kadikoy, Istanbul, Turkey; 99-A, Maker Tower F, 9th Floor, Cuffe Parade, Colabe, Mumbai 400 005, India; No. 1014, Doosan We've Pavilion, 58, Soosong-Dong, Jongno-Gu, Seoul, Korea, South; Office No. 707, No. 10, Chao Waidajie, Chao Tang District, Beijing 100020, China; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

"IPG OOO" (a.k.a. LIMITED LIABILITY COMPANY INTER PODSHIPNIK GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕР ПОДШИПНИК ГРУПП)), d. 13 k. B, ul. Initsiativnaya, Ufa 450032, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0277930574 (Russia); Registration Number 1180280048673 (Russia) [RUSSIA-EO14024].

"IRAKI, Commander" (a.k.a. AL-ALBANI, Abu Qatada; a.k.a. AL-ALBANI, Abu-Qatadah; a.k.a. JASHARI, Abdul; a.k.a. JASHARI, Abdulj; a.k.a. JASHARI, Abdyl), Syria; DOB 25 Sep 1976; POB Skopje, Macedonia; nationality North Macedonia, The Republic of; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"IRALCO" (a.k.a. IRAN ALUMINIUM COMPANY; a.k.a. IRAN ALUMINUM COMPANY; a.k.a. IRANIAN ALUMINUM COMPANY; a.k.a. IRAN'S ALUMINUM COMPANY), No. 49 Mullah Sadra Street, Vanaq Square, After Kurdistan Crossroads, Tehran, Iran; P.O. Box 3, Arak, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 2600 (Iran) [IRAN-EO13871].

"IRAN TIRE" (a.k.a. IRAN TIRE CO. (Arabic: شرکت ایران تایر); a.k.a. IRAN TIRE MANUFACTURING CO; a.k.a. IRAN TIRE MANUFACTURING COMPANY (Arabic: شرکت تولیدی ایران تایر)), Km 5 Karaj Makhsoos Road, Opposite Ghods Air Industries, Tehran 1398834711, Iran; 5th Km of Special Road Karaj, Tehran 1398834711, Iran; Website http://www.irantireco.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100387143 (Iran); Registration Number 9240 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"Iranvisacart" (a.k.a. KHORASHADIZADEH, Ali; a.k.a. "Mastercartaria"), Iran; DOB 21 Sep 1979; POB Tehran, Iran; nationality Iran; Email Address iranvisacart@yahoo.com; alt. Email Address mastercartaria@yahoo.com; alt. Email Address alikhorashadi@yahoo.com; alt. Email Address toppglasses@gmail.com; alt. Email Address iranian_boy5@yahoo.com; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency

Address - XBT 149w62rY42aZBox8fGcmqNsXUzSStKeq8C; Passport T14553558 (Iran) issued 28 Oct 2008 expires 29 Oct 2013 (individual) [CYBER2].

"IRAY TECHNOLOGIES" (a.k.a. IRAY TECHNOLOGY CO LTD; a.k.a. YANTAI AIRUI OPTOELECTRONIC TECHNOLOGY CO LTD (Chinese Simplified: 烟台艾睿光电科技有限公司); a.k.a. YANTAI IRAY TECHNOLOGY CO LTD), No. 11, Guiyang Street, Yantai Development Zone, Yantai, Shandong 264000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91370600557897249A (China) [RUSSIA-EO14024].

"IRIAF" (a.k.a. ISLAMIC REPUBLIC OF IRAN AIR FORCE; a.k.a. "NAHAJA"), Doshan Tappeh Air Base, Tehran, Tehran Province, Iran; Website https://nahaja.aja.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-CON-ARMS-EO].

"IRIB" (a.k.a. ISLAMIC REPUBLIC OF IRAN BROADCASTING; a.k.a. ISLAMIC REPUBLIC OF IRAN BROADCASTING ORG.; a.k.a. NATIONAL IRANIAN RADIO AND TELEVISION), Jamejam Street, Valiasr Avenue, Tehran, Iran; Satellite Department, IRIB, Jame Jam St., Tehran, Iran; Department of IT-IRIB, P.O. Box 19395-333, Jaame Jam. St, Valiasr Ave, Tehran, Iran; IT Department, Fanni Building No 3, Jame jam, Valiasr St., Tehran, Iran; 200 Mosaddegh Avenue, Jaame Jam Street, Vali Asr Ave, P.O. Box 1333, Tehran 193933333, Iran; Fatemi Building, P.O. Box 15875 / 4333, Tehran, Iran; Website www.irib.ir; alt. Website http://iransat.irib.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 1792 [IRAN-TRA].

"IRMF" (a.k.a. BONYAD MOSTAZAFAN; a.k.a. BONYAD MOSTAZAFAN ENGHELAB ESLAMI (Arabic: بنیاد مستضعفان انقلاب اسلامی); a.k.a. ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION; a.k.a. MOSTASZAFAN FOUNDATION OF ISLAMIC REVOLUTION; a.k.a. MOSTAZAFAN FOUNDATION; a.k.a. THE FOUNDATION OF THE OPPRESSED; a.k.a. "MJF"), Bonyad Head Office, Africa Boulevard, Argentina Square, District 6, Tehran, Tehran Province, Iran; Website http://www.irmf.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100171920 (Iran) [IRAN-EO13876].

"IRS LASER TECH" (a.k.a. IRS LASER TECHNOLOGY LIMITED LIABILITY COMPANY; a.k.a. IRS LAZER TEKHNOLODZHI), Ul. Komsomolskaya D. 19, Berezovskiy 623704, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Jun 2017; Tax ID No. 6678083936 (Russia); Registration Number 1176658062129 (Russia) [RUSSIA-EO14024].

"IRSAD" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR UL ISLAM OF MALAM BOUREIMA DICKO; a.k.a. ANSAROUR ISLAM; a.k.a. ANSARUL ISLAM; a.k.a. ANSAR-UL-ISLAM LIL-ICHAD WAL JIHAD; a.k.a. DEFENDERS OF ISLAM), Douna, Mali; Soum Province, Burkina Faso; Burkina Faso; Selba, Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"ISAN" (a.k.a. FEDERAL STATE FINANCED INSTITUTION OF SCIENCE HIGHER EDUCATION INSTITUTION SPECTROSCOPY OF THE RUSSIAN FEDERATION ACADEMY OF SCIENCES; a.k.a. INSTITUTE OF SPECTROSCOPY OF THE RUSSIAN ACADEMY OF SCIENCES), Fizicheskaya Str., 5, Troitsk, Moscow 108840, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Jul 1992; Tax ID No. 5046005427 (Russia); Registration Number 1035009350100 (Russia) [RUSSIA-EO14024].

"ISB" (a.k.a. ABU JANDAL AL-BANGALI; a.k.a. CALIPHATE IN BANGLADESH; a.k.a. CALIPHATE'S SOLDIERS IN BANGLADESH; a.k.a. ISIS-BANGLADESH; a.k.a. ISLAMIC STATE BANGLADESH; a.k.a. ISLAMIC STATE IN BANGLADESH; a.k.a. KHALIFAH'S SOLDIERS IN BENGAL; a.k.a. NEO-JAMAAT-UL MUJAHIDEEN BANGLADESH; a.k.a. SOLDIERS OF THE CALIPHATE IN BANGLADESH; a.k.a. "ISISB"; a.k.a. "NEO-JMB"; a.k.a. "NEW-JMB"), Dhaka, Bangladesh; Rangpur, Bangladesh; Sylhet, Bangladesh; Jhenaidah, Bangladesh; Singapore; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"ISCPC LLC" (a.k.a. LIMITED LIABILITY COMPANY ISHIMBAY SPECIALIZED CHEMICAL PLANT OF CATALYST), Ul. Levyi Bereg D. 6, Ishimbay 453203, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Apr 2006; Tax ID No. 0261014551 (Russia); Registration Number 1060261010996 (Russia) [RUSSIA-EO14024].

"ISEEMA" (a.k.a. GHADIR REAL-TIME SYSTEMS DEVELOPMENT; a.k.a. GHADIR TOSE-E SAAMANEHAYE BEHENGAAM), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

"Iseldor" (a.k.a. PLESHEVSKIY, Dmitry), Zelenograd, Russia; DOB 30 Jul 1992; nationality Russia; Email Address pleshevskiy@gmail.com; alt. Email Address dmitriy@ideascup.me; alt. Email Address support@ideascup.me; alt. Email Address pleshevskie@gmail.com; Gender Male (individual) [CYBER2].

"ISFAHAN OPTICS" (a.k.a. ELECTRO OPTIC SAIRAN INDUSTRIES CO. (Arabic: صنایع الکترو اپتیک صایران); a.k.a. ESFAHAN OPTIC INDUSTRY; a.k.a. ESFAHAN OPTICS INDUSTRY; a.k.a. ISFAHAN OPTIC INDUSTRIES COMPANY; a.k.a. ISFAHAN OPTICAL INDUSTRY; a.k.a. ISFAHAN OPTICS INDUSTRIES; a.k.a. ISFAHAN OPTICS INDUSTRY; a.k.a. ISHAHAN OPTICS INDUSTRIES CO.; a.k.a. SANAYE-E OPTIKE ESFAHAN; a.k.a. SANOYE ELEKTRONIK SAIRAN; a.k.a. "SAPA"), P.O. Box 81465-313, Kaveh Ave, Isfahan, Iran; Kaveh Street, Isfahan 814651117, Iran; Website https://sapa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1985; National ID No. 10260437477 (Iran); Registration Number 22928 (Iran) [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

"ISGS" (a.k.a. ISIS IN THE GREATER SAHARA; a.k.a. ISIS IN THE GREATER SAHEL; a.k.a. ISIS IN THE ISLAMIC SAHEL; a.k.a. ISIS-GS; a.k.a. ISLAMIC STATE IN THE GREATER SAHARA; a.k.a. ISLAMIC STATE OF THE GREATER SAHEL), Mali; Niger; Burkina Faso; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"ISIDRO, Chapito" (a.k.a. MEZA FLORES, Fausto Isidro; a.k.a. "ISIDRO, Chapo"), Sinaloa, Mexico; DOB 19 Jun 1982; POB Navojoa, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MEFF820619HSRZLS08 (Mexico) (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

"ISIDRO, Chapo" (a.k.a. MEZA FLORES, Fausto Isidro; a.k.a. "ISIDRO, Chapito"), Sinaloa,

Mexico; DOB 19 Jun 1982; POB Navojoa, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MEFF820619HSRZLS08 (Mexico) (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

"ISIL-WA" (a.k.a. ISIS WEST AFRICA; a.k.a. ISIS WEST AFRICA PROVINCE; a.k.a. ISIS-WEST AFRICA; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA WEST AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-WEST AFRICA; a.k.a. ISLAMIC STATE WEST AFRICA PROVINCE; a.k.a. "ISIS-WA"; a.k.a. "ISISWAP"), Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"ISISB" (a.k.a. ABU JANDAL AL-BANGALI; a.k.a. CALIPHATE IN BANGLADESH; a.k.a. CALIPHATE'S SOLDIERS IN BANGLADESH; a.k.a. ISIS-BANGLADESH; a.k.a. ISLAMIC STATE BANGLADESH; a.k.a. ISLAMIC STATE IN BANGLADESH; a.k.a. KHALIFAH'S SOLDIERS IN BENGAL; a.k.a. NEO-JAMAAT-UL MUJAHIDEEN BANGLADESH; a.k.a. SOLDIERS OF THE CALIPHATE IN BANGLADESH; a.k.a. "ISB"; a.k.a. "NEO-JMB"; a.k.a. "NEW-JMB"), Dhaka, Bangladesh; Rangpur, Bangladesh; Sylhet, Bangladesh; Jhenaidah, Bangladesh; Singapore; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"ISIS-DRC" (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS; a.k.a. FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF"; a.k.a. "ADF/NALU"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 [FTO] [SDGT] [DRCONGO].

"ISIS-L" (a.k.a. ISIL-LIBYA; a.k.a. ISIS-LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-LIBYA; a.k.a. "WILAYAT AL-TARABLUS"; a.k.a. "WILAYAT BARQA"; a.k.a. "WILAYAT FEZZAN"; a.k.a. "WILAYAT TARABLUS"; a.k.a. "WILAYAT TRIPOLITANIA"), Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"ISIS-MOZAMBIQUE" (a.k.a. AHL AL-SUNNA WA AL-JAMAA; a.k.a. AL-SHABAAB IN MOZAMBIQUE; a.k.a. ANSAAR KALIMAT ALLAH; a.k.a. ANSAR AL-SUNNA; a.k.a. ISLAMIC STATE - MOZAMBIQUE; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. "ADHERENTS TO THE TRADITIONS AND THE COMMUNITY"; a.k.a. "HELPERS OF TRADITION"; a.k.a. "SUPPORTERS OF THE WORD OF ALLAH"), Cabo Delgado Province, Mozambique; Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"ISIS-SP" (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"ISIS-WA" (a.k.a. ISIS WEST AFRICA; a.k.a. ISIS WEST AFRICA PROVINCE; a.k.a. ISIS-WEST AFRICA; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA WEST AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-WEST AFRICA; a.k.a. ISLAMIC

STATE WEST AFRICA PROVINCE; a.k.a. "ISIL-WA"; a.k.a. "ISISWAP"), Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"ISISWAP" (a.k.a. ISIS WEST AFRICA; a.k.a. ISIS WEST AFRICA PROVINCE; a.k.a. ISIS-WEST AFRICA; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA WEST AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-WEST AFRICA; a.k.a. ISLAMIC STATE WEST AFRICA PROVINCE; a.k.a. "ISIL-WA"; a.k.a. "ISIS-WA"), Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"ISLAM, Saiful" (a.k.a. DHAR, Siddartha; a.k.a. DHAR, Siddhartha; a.k.a. "AL BRITANI, Abu Rumaysah"; a.k.a. "DHAR, Abu"; a.k.a. "RUMAYSAH, Abu"; a.k.a. "SID, Jihadi"), Syria; Iraq; DOB 24 Jun 1983; POB Edmonton, London, United Kingdom; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ISLAMIC GROUP IN LEBANON" (a.k.a. AL-JAMAA AL-ISLAMIYAH; a.k.a. AL-JAMAAH AL-ISLAMIYAH; a.k.a. JAMAA ISLAMIYA; a.k.a. JAMA'A ISLAMIYAH; a.k.a. JAMAA ISLAMIYAH; a.k.a. LEBANESE MUSLIM BROTHERHOOD (Arabic: الجماعة الإسلامية بلبنان); a.k.a. QUWAT AL-FAJR (Arabic: قوات الفجر); a.k.a. "AL-FAJER FORCES"; a.k.a. "AL-FAJR FORCES"; a.k.a. "THE DAWN FORCES"; a.k.a. "THE FAJR FORCES"; a.k.a. "THE ISLAMIC GROUP"), Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1964; Organization Type: Advocacy organization [FTO] [SDGT].

"ISLAMIC NATIONAL BANK" (a.k.a. ISLAMIC NATIONAL BANK COMPANY; a.k.a. ISLAMIC NATIONAL BANK OF GAZA; a.k.a. PALESTINE ISLAMIC NATIONAL BANK; a.k.a. "NATIONAL AND ISLAMIC BANK"; a.k.a. "NATIONAL ISLAMIC BANK"), Al-Rimal District, Al Wandah Al Yarmuk Street junction, Gaza City, Gaza, Palestinian; Khan Yunis, Gaza, Palestinian; Website www.inb.ps; Email Address info@inb.ps; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 563201581 (Palestinian);

Telephone: 97082881183; Fax: 97082881184 [SDGT].

"ISLAMIC RESISTANCE IN IRAQ" (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KATA'IB HIZBALLAH; a.k.a. KHATA'IB HEZBOLLAH; a.k.a. KHATA'IB HIZBALLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'ABAS"; a.k.a. "KATIBAT ZAYD EBIN ALI"; a.k.a. "KATIBUT KARBALAH"), Iraq; Najaf, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; www.aleseb.com [FTO] [SDGT] [IRAQ3].

"ISM TECH" (a.k.a. INTEGRATED SCIENTIFIC MICROWAVE TECHNOLOGY; a.k.a. INTEGRATED SCIENTIFIC MICROWAVE TECHNOLOGY SDN BHD), 1-11 1st Floor, Jalan Padan Perdana 2 Dataran Pandan Prima, Kuala Lumpur 55100, Malaysia; Rm. 1014, Favor Industrial Centre 2-6 Kin Hong Street, Kwai Chung, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 May 2019; Registration Number 201901016612 (Malaysia) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

"ISMAIL, Engineer" (a.k.a. MOHAMED, Abdullahi Osman; a.k.a. "ADDE, Dhega"; a.k.a. "OSMAN, Abdullahi"), Baraawe, Somalia; Jilib, Middle Juba Region, Somalia; DOB 1984; POB Mogadishu, Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ISP RAN" (a.k.a. FEDERAL STATE BUDGETARY SCIENTIFIC INSTITUTION V P IVANNIKOV INSTITUTE FOR SYSTEM PROGRAMMING OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. INSTITUTE FOR SYSTEM PROGRAMMING OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. INSTITUTE OF SYSTEM PROGRAMMING NAMED AFTER V P IVANNIKOV RAN), Ul Aleksandra Solzhenitsyna D 25, Moscow 109004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7709006125 (Russia); Registration Number 1037700067327 (Russia) [RUSSIA-EO14024].

"ISP" (a.k.a. DAWLATUL ISLAMIYAH WALIYATUL MASRIK; a.k.a. DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ; a.k.a. IS EAST ASIA DIVISION; a.k.a. IS PHILIPPINES; a.k.a. ISIL IN THE PHILIPPINES; a.k.a. ISIL PHILIPPINES; a.k.a. ISIS BRANCH IN THE PHILIPPINES; a.k.a. ISIS IN THE PHILIPPINES; a.k.a. ISIS PHILIPPINE PROVINCE; a.k.a. ISIS-PHILIPPINES; a.k.a. ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA; a.k.a. ISLAMIC STATE IN THE PHILIPPINES; a.k.a. "DIWM"), Basilan, Philippines; Lanao del Sur Province, Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"ISRA" (a.k.a. AL-WAKALA AL-ISLAMIYA AL-AFRIKIA L'IL-IGHATHA; a.k.a. AL-WAKALA AL-ISLAMIYA L'IL-IGHATHA; a.k.a. IARA; a.k.a. ISLAMIC AFRICAN RELIEF AGENCY; a.k.a. ISLAMIC AMERICAN RELIEF AGENCY; a.k.a. ISLAMIC RELIEF AGENCY), 201 E. Cherry Street, Suite D, Columbia, MO 65205, United States; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; all offices worldwide [SDGT].

"ISRAA" (a.k.a. ISRAA CHARITABLE FOUNDATION NETHERLANDS; a.k.a. STG. INT. STEUN AANARMEN STICHTING ISRAA; a.k.a. STICHTING INTERNATIONALE STEUN RECHTSTREEKS AAARMEN; a.k.a. STICHTING ISRAA), Rotterdam, Netherlands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Jul 2001; Target Type Charity or Nonprofit Organization; Business Registration Number 24328679 (Netherlands) [SDGT] (Linked To: HAMAS).

"ISS" (a.k.a. ZAGARIA, Michele; a.k.a. "CAPASTORTA"; a.k.a. "CAPOSTORTA"; a.k.a. "MANERA"; a.k.a. "ZIO"); DOB 21 May 1958; POB San Cipriano d'Aversa, Italy (individual) [TCO].

"ISS" (a.k.a. ABNAA UL-CALIPHA; a.k.a. ISIS IN EAST AFRICA; a.k.a. ISIS-SOMALIA; a.k.a. ISLAMIC STATE IN SOMALIA), Puntland Region, Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"ISSA ABU LULU" (a.k.a. ADAM, Elfateh Abdullah Idris; a.k.a. IDRIS, Al-Fateh Abdullah; a.k.a. "ABU LULU"), Sudan; nationality Sudan; Gender Male; Rapid Support Forces

Commander in Sudan (individual) [SUDAN-EO14098].

"Issa" (a.k.a. MBAGA, Peter Charles; a.k.a. "ABU KAIDHA"), Johannesburg, South Africa; DOB 25 Sep 1976; nationality Tanzania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AB321592 (Tanzania) expires 08 Mar 2019 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE).

"ISSE, Abdikarin" (a.k.a. GAGAALE, Abdikarim Hussein; a.k.a. "AL-ANSARI, Isse"), Qunyo Barrow, Middle Juba, Somalia; DOB 1984; alt. DOB 1985; alt. DOB 1986; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"ISSP RAS" (f.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE INSTITUTE OF SOLID STATE PHYSICS N.A. YU. A. OSIPYAN OF THE RUSSIAN ACADEMY OF SCIENCES; f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK BU; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK FGBU; a.k.a. INSTITUTE OF SOLID STATE PHYSICS OF THE ACADEMY OF SCIENCES SSSR; a.k.a. OSIPYAN INSTITUTE OF SOLID STATE PHYSICS OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "IFTT RAN"), d. 2, ul. Akademika Osipyana, Chernogolovka, Moskovskaya Obl 142432, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Mar 1998; Tax ID No. 5031003120 (Russia); Government Gazette Number 02699796 (Russia); Registration Number 1025003915243 (Russia) [RUSSIA-EO14024].

"ISYF" (a.k.a. INTERNATIONAL SIKH YOUTH FEDERATION); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"IT SECURITY & PENETRATION TESTING TEAM" (a.k.a. AMN PARDAZESH KHARAZMI; a.k.a. ITSEC TEAM; a.k.a. "POOYA DIGITAL SECURITY GROUP"), Unit 2, No. 129, Mir Ali Akbari St, Motahari Avenue, Tehran, Iran;

Additional Sanctions Information - Subject to Secondary Sanctions [CYBER2].

"ITC ELECTRONICS" (a.k.a. AI TI SI CO), Ul. Zyryanovskaya D. 53, Novosibirsk 630102, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Aug 2003; Tax ID No. 5406259290 (Russia); Registration Number 1035402500825 (Russia) [RUSSIA-EO14024].

"ITECMA" (a.k.a. ITEKMA OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INNOVATSIONNYE TEKHNOLOGII I MATERIALY), D. 2 K. 121, Ul. Zavodskaya (Klimovsk Mkr.), Podolsk 142181, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5074050189 (Russia); Registration Number 1145074004723 (Russia) [RUSSIA-EO14024].

"ITGF" (a.k.a. INDUSTRIAL TECHNOLOGIES GROUP FRANCE), 2 Rue Charlie Chaplin, Bois-D'arcy 78390, France; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Mar 2015; Tax ID No. 810727040 (France) [RUSSIA-EO14024].

"ITRITEC COMPANY" (a.k.a. INTERNATIONAL COMPANY FOR INDUSTRIAL AND COMMERCIAL TECHNOLOGY; a.k.a. INTERNATIONAL TRADE AND INDUSTRIAL TECHNOLOGY ITRITEC GMBH; a.k.a. INTERNATIONAL TRADE AND TECHNOLOGY ITRITEC GMBH; a.k.a. "ITRITEC"), Tersteegenstr. 8, Dusseldorf 40474, Germany; St. Martin Tower, Floor 15, Franklinstrasse, 61-63, Frankfurt am Main 60486, Germany; Website www.itritec.com; Additional Sanctions Information - Subject to Secondary Sanctions; V.A.T. Number DE261651351 (Germany); Tax ID No. 04523635052 (Germany); Registration Number HRB 84582 (Germany); alt. Registration Number HRB 59494 (Germany); alt. Registration Number 60313B84582 (Germany) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

"ITRITEC" (a.k.a. INTERNATIONAL COMPANY FOR INDUSTRIAL AND COMMERCIAL TECHNOLOGY; a.k.a. INTERNATIONAL TRADE AND INDUSTRIAL TECHNOLOGY ITRITEC GMBH; a.k.a. INTERNATIONAL TRADE AND TECHNOLOGY ITRITEC GMBH; a.k.a. "ITRITEC COMPANY"), Tersteegenstr. 8, Dusseldorf 40474, Germany; St. Martin Tower, Floor 15, Franklinstrasse, 61-63, Frankfurt am Main 60486, Germany; Website www.itritec.com; Additional Sanctions Information - Subject to Secondary Sanctions; V.A.T. Number DE261651351 (Germany); Tax ID No. 04523635052 (Germany); Registration Number HRB 84582 (Germany); alt. Registration Number HRB 59494 (Germany); alt. Registration Number 60313B84582 (Germany) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

"ITS LLC" (a.k.a. LIMITED LIABILITY COMPANY INTERNATIONAL TRANSPORTATION SERVICES; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU MEZHDUNARODNYE TRANSPORTNYE USLUGI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖДУНАРОДНЫЕ ТРАНСПОРТНЫЕ УСЛУГИ); a.k.a. "OOO MTU" (Cyrillic: "ООО МТУ")), ul. Pushkina, 66, Astrakhan, Astrakhan Oblast 414006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Jun 2004; Tax ID No. 7730509361 (Russia); Registration Number 1047796470226 (Russia) [RUSSIA-EO14024] (Linked To: KHAZAR SEA SHIPPING LINES).

"ITSBT LLC" (a.k.a. PSB INNOVATIONS AND INVESTMENTS LIMITED LIABILITY COMPANY; a.k.a. "ITSBT OOO"; a.k.a. "PSB I AND I LLC"; a.k.a. "PSB I&I LLC"; a.k.a. "PSB II OOO" (Cyrillic: "ООО ПСБ ИИ")), vn.ter.g. munitsipalny okrug Sokolniki, ul Strommnyka d. 18 str. 27, kom., Moscow 107076, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Aug 2015; Tax ID No. 7731290146 (Russia); Registration Number 115774762381 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

"ITSBT OOO" (a.k.a. PSB INNOVATIONS AND INVESTMENTS LIMITED LIABILITY COMPANY; a.k.a. "ITSBT LLC"; a.k.a. "PSB I AND I LLC"; a.k.a. "PSB I&I LLC"; a.k.a. "PSB II OOO" (Cyrillic: "ООО ПСБ ИИ")), vn.ter.g. munitsipalny okrug Sokolniki, ul Strommnyka d. 18 str. 27, kom., Moscow 107076, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Aug 2015; Tax ID No. 7731290146 (Russia); Registration Number 115774762381 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

"IVANOV MIXAIL" (a.k.a. TSAREV, Mikhail Mikhailovich; a.k.a. "GRACHEV, Alexander"; a.k.a. "MANGO"; a.k.a. "MISHA KRUTYSHA"; a.k.a. "SUPER MISHA"; a.k.a. "TSAREV, Nikita Andreevich"), Serpukhov, Russia; DOB 20 Apr 1989; nationality Russia; Email Address tsarev89@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"IVBB" (a.k.a. IRAN-VENEZUELA BI-NATIONAL BANK), IVBB Headquarters, 30th Alley, No. 96, Khaled Eslamboli Street, (Vozara), PO Box 15175-598, Tehran 15119-57111, Iran; Website http://en.ivbb.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [IRAN] [SDGT] [IFSR] (Linked To: EXPORT DEVELOPMENT BANK OF IRAN).

"IYADH, Abou" (a.k.a. AAYADH, Abou; a.k.a. HASSAYN, Sayf Allah 'Umar bin; a.k.a. HASSINE, Saifallah Ben; a.k.a. HASSINE, Seifallah Ben; a.k.a. HOCINE, Seif Allah Ben; a.k.a. HUSSAYN, Sayf Allah bin; a.k.a. "AL-TUNISI, Abu Ayyad"; a.k.a. "AL-TUNISI, Abu Iyyadh"; a.k.a. "EL-TOUNSI, Abou Iyadh"); DOB 08 Nov 1965; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"IZO 5 SECONDS" (a.k.a. ANDRE, Johnson (Latin: ANDRÉ, Johnson); a.k.a. "IZO"; a.k.a. "IZO 5 SEGONN"; a.k.a. "IZO VILAJ DE DYE"), Village de Dieu, Martissant, Port-au-Prince, Haiti; DOB 1997; POB Haiti; nationality Haiti; citizen Haiti; Gender Male (individual) [GLOMAG].

"IZO 5 SEGONN" (a.k.a. ANDRE, Johnson (Latin: ANDRÉ, Johnson); a.k.a. "IZO"; a.k.a. "IZO 5 SECONDS"; a.k.a. "IZO VILAJ DE DYE"), Village de Dieu, Martissant, Port-au-Prince, Haiti; DOB 1997; POB Haiti; nationality Haiti; citizen Haiti; Gender Male (individual) [GLOMAG].

"IZO VILAJ DE DYE" (a.k.a. ANDRE, Johnson (Latin: ANDRÉ, Johnson); a.k.a. "IZO"; a.k.a. "IZO 5 SECONDS"; a.k.a. "IZO 5 SEGONN"), Village de Dieu, Martissant, Port-au-Prince, Haiti; DOB 1997; POB Haiti; nationality Haiti; citizen Haiti; Gender Male (individual) [GLOMAG].

"IZO" (a.k.a. ANDRE, Johnson (Latin: ANDRÉ, Johnson); a.k.a. "IZO 5 SECONDS"; a.k.a. "IZO 5 SEGONN"; a.k.a. "IZO VILAJ DE DYE"),

Village de Dieu, Martissant, Port-au-Prince, Haiti; DOB 1997; POB Haiti; nationality Haiti; citizen Haiti; Gender Male (individual) [GLOMAG].

"IZZA KUSOMAN" (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"JA LA BO" (a.k.a. KYA, La Bo; a.k.a. "CHA LA BO"; a.k.a. "KYA LA BO"), Nakawngmu, Shan, Burma; Wan Hong, Shan, Burma; DOB 1940; alt. DOB 1942 (individual) [SDNTK].

"JAA" (a.k.a. JUND AL-AQSA; a.k.a. SARAYAT AL-QUDS; a.k.a. SOLDIERS OF AL-AQSA; a.k.a. THE SOLDIERS OF AQSA), Idlib governorate, Syria; Hama governorate, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"JAAFAR, Jaafar Jamal" (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

"JACKROCK#3337" (a.k.a. KONDRATEV, Ivan; a.k.a. KONDRATIEV, Ivan Gennadievich (Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич); a.k.a. KONDRATYEV, Ivan; a.k.a. "@AL3XL7"; a.k.a. "@BASSTERLORD"; a.k.a. "@BASSTERLORD 0170742922"; a.k.a. "@SINNER6546"; a.k.a. "@SINNER911"; a.k.a. "BASSTERLORD"; a.k.a. "EDITOR"; a.k.a. "FISHEYE"; a.k.a. "INVESTORLIFE1"; a.k.a. "SIN998A"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45hexr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h60n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6ng6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e4120d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

"JAD" (a.k.a. JAMAAH ANSHARUT DAULAH; a.k.a. JAMAAH ANSHARUT DAULAT; a.k.a. JEMAAH ANSHORUT DAULAH), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"JADALLAH, Walid" (a.k.a. JAD ALLAH, Waleed Mohammad Mustafa; a.k.a. JADALLAH, Walid Mohammed Mustafa), Turkey; DOB 01 Jan 1958; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T199962 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

"JAFARI" (a.k.a. FAYRUZI, Ahmad; a.k.a. FOROOZANDEH, Ahmad; a.k.a. FORUZANDEH, Ahmad; a.k.a. FORUZANDEH, Ahmed; a.k.a. FRUZANDAH, Ahmad; a.k.a. "ABU AHMAD ISHAB"; a.k.a. "ABU SHAHAB"), Qods Force Central Headquarters, Former U.S. Embassy Compound, Tehran, Iran; DOB circa 1960; alt. DOB 1957; alt. DOB circa 1955; alt. DOB circa 1958; alt. DOB circa 1959; alt. DOB circa 1961; alt. DOB circa 1962; alt. DOB circa 1963; POB Kermanshah, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Brigadier General, Commanding Officer of the Iranian Islamic Revolutionary Guard Corps-Qods Force Ramazan Corps; Deputy Commander of the Ramazan Headquarters; Chief of Staff of the Iraq Crisis Staff (individual) [SDGT] [IRAQ3] [IRGC].

"JA'FARI, Aziz" (a.k.a. JAFARI, Ali; a.k.a. JA'FARI, Mohammad Ali; a.k.a. JAFARI, Mohammad Ali; a.k.a. JAFARI-NAJAFABADI, Mohammad Ali), c/o IRGC, Tehran, Iran; DOB 01 Sep 1957; POB Yazd, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commander-in-Chief, Islamic Revolutionary Guard Corps; Commander, Islamic Revolutionary Guard Corps; Major General; Brigadier Commander (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR].

"JA'FARI, Hasan" (a.k.a. PELARAK, Hassan (Arabic: حسن پلارک); a.k.a. POLARAK, Hassan), Iran; Iraq; DOB 03 Sep 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D10001869 (Iran); alt. Passport V43936121 (Iran); National ID No. 3051910163 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"JA'FARI, Mohammad" (a.k.a. JA'FARI, Mohammad Agha), Iran; DOB 1966; alt. DOB 1967; POB Kashan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AL-GHADIR MISSILE COMMAND).

"JAHANI, Milad" (a.k.a. ZARGAR TEHRANI, Mohammad Ebrahim; a.k.a. ZARGAR TEHRANI, Mohammad Mohammad Ebrahim (Arabic: محمد محمد ابراهیم زرگر طهرانی)), Iran;

DOB 16 Sep 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0070235759 (Iran) (individual) [SDGT] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

"JAK-A" (a.k.a. CALIPHATE SOLDIERS OF ALGERIA; a.k.a. JUND AL KHALIFA-ALGERIA; a.k.a. JUND AL-KHALIFA; a.k.a. JUND AL-KHALIFA FI ARD AL-JAZAYER; a.k.a. JUND AL-KHILAFA GROUP; a.k.a. JUND AL-KHILAFAH FI ARD AL-JAZA' IR; a.k.a. JUND AL-KHILAFAH IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN THE LAND OF ALGERIA), Kabylie region, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"JAKE MATE" (a.k.a. JAQUEZ ARAUJO, Yadher Rafael; a.k.a. "JAQUE MATE"), Dominican Republic; DOB 15 Oct 1985; POB Santo Domingo, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 001-1733889-7 (Dominican Republic) (individual) [SDNTK].

"JAM ROLLED ICE CREAM" (a.k.a. BAUM PVT LTD; a.k.a. "CAFE SHAZE"), Feyrugasdhoshuge, 1st Floor, Ameeru Ahmed Magu, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Mar 2017; Organization Type: Non-specialized wholesale trade; Business Number BN-0734/2017 (Maldives); alt. Business Number BN-2097/2017 (Maldives); Registration Number C-0359/2017 (Maldives); Permit Number TS-0112/T10/2017 (Maldives); alt. Permit Number TS0040T102018 (Maldives); alt. Permit Number IG0593T102018 (Maldives) [SDGT] (Linked To: RAUF, Mohamed Inthif).

"JAMBS" (a.k.a. ANSARU; a.k.a. ANSARUL MUSLIMINA FI BILADIS SUDAN; a.k.a. JAMA'ATU ANSARIL MUSLIMINA FI BILADIS SUDAN; a.k.a. JAMA'ATU ANSARUL MUSLIMINA FI BILADIS-SUDAN; a.k.a. VANGUARDS FOR THE PROTECTION OF MUSLIMS IN BLACK AFRICA), Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"JAMES DUGGAN" (a.k.a. VIDEMATO, Santiago; a.k.a. "RAMONA IBARRA"), Buenos Aires, Argentina; DOB 04 Oct 1983; POB Buenos Aires, Argentina; nationality Argentina; Gender Male; Passport AAA920679 (Argentina); D.N.I. 30555776 (Argentina) (individual) [SDNTK].

"JAMES1789" (a.k.a. MISHIN, Aleksandr Igorvich; a.k.a. MISHIN, Alexander Igorevich (Cyrillic: МИШИН, Александр Игоревич); a.k.a. "ALEX560560"; a.k.a. "KLICHKO, Ivan P"; a.k.a. "PIPPIN, James"; a.k.a. "SASHA-BRN"; a.k.a. "TRIPLEX560"), Ul. Yubileynaya, D. 32, Barnaul, Altai Krai, Russia; DOB 18 Mar 1994; POB Altai Krai, Russia; nationality Russia; Gender Male; Digital Currency Address - XBT 3FfRvC3kSo2SxiQe5e7SSuNdegwgq8iusL; Passport 5904776 (Russia) expires 05 Sep 2027 (individual) [CYBER3] (Linked To: ZSERVERS).

"JAMIAT AL-FURQAN" (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"JAQUE MATE" (a.k.a. JAQUEZ ARAUJO, Yadher Rafael; a.k.a. "JAKE MATE"), Dominican Republic; DOB 15 Oct 1985; POB Santo Domingo, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 001-1733889-7 (Dominican Republic) (individual) [SDNTK].

"Jardinero" (a.k.a. FLORES SILVA, Audias; a.k.a. RAIGOSA PLASCENCIA, Gabriel), Zacatecas, Mexico; Jalisco, Mexico; DOB 19 Nov 1980; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. FOSA801119HMNLLD09 (Mexico) (individual) [SDNTK] [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"JASPER" (a.k.a. VIBANCO GARCIA, Jesus Miguel; a.k.a. VIVANCO GARCIA, Jesus Miguel; a.k.a. VIVANCO JR., Miguel Angel), Mexico; DOB 06 Oct 1995; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. VIGJ951006HSLBRS01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"JAT" (a.k.a. JAMAAH ANSHARUT TAUHID; a.k.a. JAMA'AH ANSHARUT TAUHID; a.k.a. JEMMAH ANSHARUT TAUHID; a.k.a. JEM'MAH ANSHARUT TAUHID; a.k.a. JEMMAH ANSHORUT TAUHID; a.k.a. LASKAR 99), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"JAVAD, Abu" (a.k.a. ABD AL RASUL MURSHID SHIRAZI, Ali; a.k.a. SHIRAZI, Ali Marshad; a.k.a. SHIRAZI, Ali Morshed (Arabic: علی مرشد شیرازی)), Lebanon; DOB 07 Feb 1969; POB Najaf, Iraq; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D100008420

(Iran) expires 26 Jul 2026; National ID No. 4720725929 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"JCT" (a.k.a. GCT; a.k.a. GROUPE COMBATTANT TUNISIEN; a.k.a. JAMA'A COMBATTANTE TUNISIEN; a.k.a. TUNISIAN COMBAT GROUP; a.k.a. TUNISIAN COMBATANT GROUP); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"JDQ" (a.k.a. ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH; a.k.a. JAMA'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL; a.k.a. JAMAAT AL DAWA ILA AL SUNNAH; a.k.a. JAMA'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA; a.k.a. JAMA'AT DA'WA AL-SUNNAT; a.k.a. JAMAAT UD DAWA IL AL QURAN AL SUNNAH; a.k.a. JAMAAT UL DAWA AL QURAN; a.k.a. JAMA'AT UL DAWA AL-QU'RAN; a.k.a. JAMAAT-UD-DAWA AL QURAN WAL SUNNAH; a.k.a. JAMIAT AL-DAWA AL-QURAN WAL-SUNNA; a.k.a. SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA; a.k.a. "JDQS"; a.k.a. "SALAFI GROUP"), Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"JDQS" (a.k.a. ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH; a.k.a. JAMA'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL; a.k.a. JAMAAT AL DAWA ILA AL SUNNAH; a.k.a. JAMA'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA; a.k.a. JAMA'AT DA'WA AL-SUNNAT; a.k.a. JAMAAT UD DAWA IL AL QURAN AL SUNNAH; a.k.a. JAMAAT UL DAWA AL QURAN; a.k.a. JAMA'AT UL DAWA AL-QU'RAN; a.k.a. JAMAAT-UD-DAWA AL QURAN WAL SUNNAH; a.k.a. JAMIAT AL-DAWA AL-QURAN WAL-SUNNA; a.k.a. SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA; a.k.a. "JDQ"; a.k.a. "SALAFI GROUP"), Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"JEH FONG" (a.k.a. BOONCHUA, Chanchira; a.k.a. BOONCHUA, Chanjira; a.k.a. CHANCHIRA, Boochuea; a.k.a. LIANG, Ching-fang; a.k.a. "CHE FONG"; a.k.a. "CHEFONG"), c/o KHUM THAW COMPANY LIMITED, Chiang Mai, Thailand; c/o SANGSIRI KANKASET COMPANY LIMITED, Chiang Mai, Thailand; 261, Wichayanon Road, Tambon Chang Moi,

Amphur Muang, Chiang Mai, Thailand; DOB 15 May 1951; National Foreign ID Number 350991386390 (Thailand) issued 28 Oct 1952 expires 14 May 2009 (individual) [SDNTK].

"JENERAL LUCKSON" (a.k.a. ELAN, Luckson (Latin: ÉLAN, Luckson); a.k.a. ELAN, Lucson; a.k.a. "GENERAL LUCKSON"), Artibonite Department, Haiti; DOB 06 Jan 1988; nationality Haiti; Gender Male (individual) [GLOMAG].

"JEREZANO ESCRIBANO" (a.k.a. GERESANO ESCRIBANO, Gonzalo; a.k.a. "CERESANO ESCRIBANO"; a.k.a. "GERESANO ESCRIBAJO"; a.k.a. "GERESANO ESCRINAO"), Mexico; DOB 28 Feb 1974; nationality Mexico; citizen Mexico; R.F.C. GEEG740228 (Mexico) (individual) [SDNTK].

"JERUSALEM MOVEMENT FOUNDATION FOR THE MARTYRS, PRISONERS, AND WOUNDED" (a.k.a. MUHJAT ALQUDS FOUNDATION (Arabic: مؤسسة مهجة القدس); a.k.a. MUHJAT AL-QUDS FOUNDATION FOR MARTYRS, PRISONERS, AND WOUNDED (Arabic: مؤسسة مهجة القدس للشهداء والأسرى والجرحى); a.k.a. MUHJAT AL-QUDS FOUNDATION FOR PRISONERS; a.k.a. MUHJAT AL-QUDS INSTITUTION; a.k.a. "AL-MUHJA"), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2002; Registration Number 8040 (Palestinian) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

"JH CIRCUITS" (a.k.a. JINGHON ELECTRONICS LIMITED; a.k.a. SHENZHEN JINGHON ELECTRONICS LIMITED; a.k.a. SHENZHEN JINGHONG ELECTRONIC TECHNOLOGY CO. LTD.), #2F195, Block B, Building Gusuhuating, 38 Gushu First Road, Xixiang Street, Bao'an District, Shenzhen, Guangdong, China; Room 602, Building C, Qianwan High Technology Industrial Park, Bao'an District, Shenzhen, Guangdong, China; Website www.jhcircuits.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 29 Jun 2016; Unified Social Credit Code (USCC) 91440300MA5DFHBE0X (China) [SDGT] (Linked To: ANSARALLAH).

"JHL" (a.k.a. JABBER IBN HAYAN; a.k.a. JABER IBN HAYAN; a.k.a. JABER IBN HAYAN LABORATORY; a.k.a. JABER IBN HAYAN RESEARCH LABORATORY; a.k.a. JABR IBN HAYAN MULTIPURPOSE LABORATORY),

Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"JHONIER" (a.k.a. ESPANA CAICEDO, Euclides; a.k.a. HENAO MUNOZ, Jhon Fredey; a.k.a. "JONIER"; a.k.a. "JONNIER"), Cauca Department, Colombia; DOB 29 Dec 1973; POB Albania, Caqueta Department, Colombia; citizen Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 17674103 (Colombia) (individual) [SDGT] (Linked To: REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY).

"JI" (a.k.a. JEMAA ISLAMIYA; a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAAH ISLAMIYYAH); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; founded by Abdullah Sungkar [FTO] [SDGT].

"JIHT RAS" (a.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE JOINT INSTITUTE FOR HIGH TEMPERATURES RAN; a.k.a. JOINT INSTITUTE FOR HIGH TEMPERATURES OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "OIVT RAN"), Ul. Izhorskaya D. 13, Str. 2, Moscow 125412, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713010798 (Russia); Registration Number 1027739271009 (Russia) [RUSSIA-EO14024].

"JIJEH, Abu Ali" (a.k.a. Al-Jaja; a.k.a. BIN ALI, Khodr Taher (Arabic: خضر طاهر بن علي); a.k.a. KHODR, Abou Ali; a.k.a. KHODR, Abu Ali (Arabic: ابو علي خضر); a.k.a. TAHER, Khader Ali; a.k.a. TAHER, Kheder Ali; a.k.a. TAHER, Khider Ali; a.k.a. TAHER, Khodr Ali (Arabic: خضر علي طاهر); a.k.a. "AL-KHUDUR, Khudhur Taher"), Damascus, Syria; Tartous, Syria; DOB 1976; POB Safita, Tartous, Syria; nationality Syria; Gender Male (individual) [PAARSSR-EO13894].

"JimJones" (a.k.a. ERMAKOV, Aleksandr (Cyrillic: ЕРМАКОВ, Александр); a.k.a. "blade_runner"; a.k.a. "GistaveDore"; a.k.a. "GustaveDore"), Moscow, Russia; DOB 16 May 1990; nationality Russia; Email Address

ae.ermak@yandex.ru; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"JIN, Gordon" (a.k.a. ZHENG, Fujing (Chinese Simplified: 郑福景; Chinese Traditional: 鄭福景); a.k.a. "DENG, Gao"; a.k.a. "ZHENG, Gordon"); DOB 11 Jun 1983; POB China; nationality China; citizen China; Email Address goldenchemical@live.com; alt. Email Address gordonzheng@qinvictory.com; alt. Email Address magicchemical@hotmail.com; alt. Email Address sales@globalrc.net; alt. Email Address 3507656950@qq.com; alt. Email Address zhengfujing@live.cn; Gender Male; Digital Currency Address - XBT 17ezuJoT3XBbdcwFZbkTnrXbup11F4uhiy; alt. Digital Currency Address - XBT 1DH2xDH7TngrDU6LXciprKCBKNcPA1xX8A; Passport G31920875 (China) issued 24 Oct 2008 expires 23 Oct 2018; Identification Number 310107198306111336 (China); Chinese Commercial Code 6774 4395 2529 (individual) [SDNTK].

"JINAN OREE LASER EQUIPMENT CO., LTD" (Chinese Simplified: "欧锐激光") (a.k.a. SHANDONG OREE LASER TECHNOLOGY CO., LTD. (Chinese Simplified: 山东欧锐激光科技有限公司)), No.19-1, Industrial Park, Jiyang Sub-District, Jiyang County, Jinan, Shandong 250000, China; Website www.oreelaser.cn; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Jun 2017; Organization Type: Manufacture of other special-purpose machinery; Unified Social Credit Code (USCC) 91370125MA3F547335 (China) [RUSSIA-EO14024].

"JING PIN CENTURY HOTEL" (a.k.a. JING PIN INC.; a.k.a. "JING PIN INC. CHINA KITCHEN"; a.k.a. "JING PIN OCEAN STAR HOTEL"; a.k.a. "OCEAN STAR GIFT SHOP"; a.k.a. "OCEAN STAR RESTAURANT"), P.O. Box 8064 Ngerbeched, Koror, Palau; Tax ID No. 015177 (Palau) [TCO] (Linked To: WANG, Guodan).

"JING PIN INC. CHINA KITCHEN" (a.k.a. JING PIN INC.; a.k.a. "JING PIN CENTURY HOTEL"; a.k.a. "JING PIN OCEAN STAR HOTEL"; a.k.a. "OCEAN STAR GIFT SHOP"; a.k.a. "OCEAN STAR RESTAURANT"), P.O. Box 8064 Ngerbeched, Koror, Palau; Tax ID No. 015177 (Palau) [TCO] (Linked To: WANG, Guodan).

"JING PIN OCEAN STAR HOTEL" (a.k.a. JING PIN INC.; a.k.a. "JING PIN CENTURY HOTEL"; a.k.a. "JING PIN INC. CHINA KITCHEN"; a.k.a.

"OCEAN STAR GIFT SHOP"; a.k.a. "OCEAN STAR RESTAURANT"), P.O. Box 8064 Ngerbeched, Koror, Palau; Tax ID No. 015177 (Palau) [TCO] (Linked To: WANG, Guodan).

"Joaquin" (a.k.a. CASARRUBIA POSADA, Elkin; a.k.a. "Cura"), Colombia; DOB 15 Jun 1968; POB Arboletes, Antioquia, Colombia; nationality Colombia; Gender Male; Cedula No. 78702064 (Colombia) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: CLAN DEL GOLFO).

"JOHN, Damien" (a.k.a. JOHN, Damion Patrick; a.k.a. RYAN, Damion Patrick; a.k.a. RYAN, Damion Patrick John; a.k.a. "HENRY, John"; a.k.a. "JOHN, Damion"; a.k.a. "PATRICK, Damion"; a.k.a. "RYAN, Damien"; a.k.a. "RYAN, John"), British Columbia, Canada; DOB 14 Oct 1980; POB Canada; nationality Canada; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport WQ097521 (Canada); alt. Passport HK184430 (Canada) expires 15 Sep 2026; alt. Passport AK406531 (Canada) expires 11 Jan 2029 (individual) [IRAN-HR] (Linked To: ASAN, Nihat Abdul Kadir).

"JOHN, Damion" (a.k.a. JOHN, Damion Patrick; a.k.a. RYAN, Damion Patrick; a.k.a. RYAN, Damion Patrick John; a.k.a. "HENRY, John"; a.k.a. "JOHN, Damien"; a.k.a. "PATRICK, Damion"; a.k.a. "RYAN, Damien"; a.k.a. "RYAN, John"), British Columbia, Canada; DOB 14 Oct 1980; POB Canada; nationality Canada; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport WQ097521 (Canada); alt. Passport HK184430 (Canada) expires 15 Sep 2026; alt. Passport AK406531 (Canada) expires 11 Jan 2029 (individual) [IRAN-HR] (Linked To: ASAN, Nihat Abdul Kadir).

"Johnny Hood" (a.k.a. RIOS GONZALEZ, Jonathan Faustino; a.k.a. "Jonas Hood"), Jalisco, Mexico; DOB 25 Feb 1989; POB Jalisco, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. RIGJ890225HJCSNN06 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"JOINT STOCK COMPANY BUSINESS PROJECT" (a.k.a. JOINT STOCK COMPANY BIZNES PROYEKT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО БИЗНЕС ПРОЕКТ)), 6 Gasheka Street, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Tax ID No. 9723144642 (Russia); Registration Number 1227700155275 (Russia) [RUSSIA-EO14024].

"JOINT STOCK COMPANY INVESTMENT COMPANY PEKO INVEST" (a.k.a. AKTSIONERNOE OBSHCHESTVO INDEPENDENT SPECIALIZED DEPOSITORY; a.k.a. AO NSD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НЕЗАВИСИМЫЙ СПЕЦИАЛИЗИРОВАННЫЙ ДЕПОЗИТАРИЙ)), Ul. Kuznetskii Most D. 21/5, Office Et. 5 Pom. I Kom. 1-18, Moscow 107996, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7715159793 (Russia); Registration Number 102773947019 (Russia) [RUSSIA-EO14024].

"JOINT STOCK COMPANY RN BANK" (a.k.a. JOINT STOCK COMPANY AUTO FINANCE BANK; a.k.a. "CLOSED JOINT STOCK COMPANY BANK SIBIR"), 29 Serebryanicheskaya nab., Moscow 109028, Russia; SWIFT/BIC RNBKRUMM; Website autofinancebank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 5503067018 (Russia); Legal Entity Number 25340001RLM1RS3CX190; Registration Number 1025500003737 (Russia); Global Intermediary Identification Number 1MWB9D.99999.SL.643 [RUSSIA-EO14024].

"JOLAIBA" (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "OULD EL SAYEIGH"); DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BC166787 (Canada) (individual) [SDGT].

"Jonas Hood" (a.k.a. RIOS GONZALEZ, Jonathan Faustino; a.k.a. "Johnny Hood"), Jalisco, Mexico; DOB 25 Feb 1989; POB Jalisco, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; C.U.R.P. RIGJ890225HJCSNN06 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"JONAS" (a.k.a. ZAPATA BERRIO, Jorge Oswaldo); DOB 15 May 1979; POB Bello, Antioquia, Colombia; Cedula No. 71216000 (Colombia) (individual) [SDNTK] (Linked To: MOTOS Y REPUESTOS JOTA).

"JONIER" (a.k.a. ESPANA CAICEDO, Euclides; a.k.a. HENAO MUNOZ, Jhon Fredey; a.k.a. "JHONIER"; a.k.a. "JONNIER"), Cauca Department, Colombia; DOB 29 Dec 1973; POB Albania, Caqueta Department, Colombia; citizen Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 17674103 (Colombia) (individual) [SDGT] (Linked To: REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY).

"JONNIER" (a.k.a. ESPANA CAICEDO, Euclides; a.k.a. HENAO MUNOZ, Jhon Fredey; a.k.a. "JHONIER"; a.k.a. "JONIER"), Cauca Department, Colombia; DOB 29 Dec 1973; POB Albania, Caqueta Department, Colombia; citizen Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 17674103 (Colombia) (individual) [SDGT] (Linked To: REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY).

"JOUMAA MLO/DTO" (a.k.a. JOUMAA MONEY LAUNDERING ORGANIZATION / DRUG TRAFFICKING ORGANIZATION), Beirut, Lebanon; Maicao, Colombia [SDNTK].

"JRN" (a.k.a. ARMED MEN OF THE NAQSHABANDI ORDER; a.k.a. ARMY OF THE MEN OF THE NAQSHABANDI ORDER; a.k.a. JAYSH RAJAL AL-TARIQAH AL-NAQSHBANDIA; a.k.a. JAYSH RIJAL AL-TARIQ AL-NAQSHABANDI; a.k.a. MEN OF THE ARMY OF AL-NAQSHBANDIA WAY; a.k.a. NAQSHBANDI ARMY; a.k.a. NAQSHBANDI ARMY; a.k.a. "AMNO"; a.k.a. "JRTN"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website: www.alnakshabandia-army.org; www.alnakshabndia-army.com [FTO] [SDGT] [IRAQ3].

"JRTN" (a.k.a. ARMED MEN OF THE NAQSHABANDI ORDER; a.k.a. ARMY OF THE MEN OF THE NAQSHABANDI ORDER; a.k.a. JAYSH RAJAL AL-TARIQAH AL-NAQSHBANDIA; a.k.a. JAYSH RIJAL AL-TARIQ AL-NAQSHABANDI; a.k.a. MEN OF THE ARMY OF AL-NAQSHBANDIA WAY; a.k.a. NAQSHBANDI ARMY; a.k.a. NAQSHBANDI ARMY; a.k.a. "AMNO"; a.k.a. "JRN"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Website: www.alnakshabandia-army.org; www.alnakshabndia-army.com [FTO] [SDGT] [IRAQ3].

"JSC 558 ARP" (a.k.a. JSC 558 AIRCRAFT REPAIR PLANT (Cyrillic: ОАО 558 АВИАЦИОННЫЙ РЕМОНТНЫЙ ЗАВОД); a.k.a. JSC 558TH AIRCRAFT REPAIR PLANT; a.k.a. "558 ARZ OAO"), bld. 7, 50 let VLKSM st., Baranovichi, Brest region 225415, Belarus (Cyrillic: 7, ул. 50 ВЛКСМ, Барановичи, Брестская обл. 225415, Belarus); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jun 1992; Registration Number 200166539 (Belarus) [RUSSIA-EO14024] [BELARUS-EO14038].

"JSC AIRBURG" (a.k.a. AKTSIONERNOE OBSCHCHESTVO EIRBURG; a.k.a. AO EIRBURG; a.k.a. "OKB UZGA, OOO"), ul. 8, Marta Str. 49, Floor 3, Yekaterinburg, Sverdlovsk Oblast 6200063, Russia; Website air-burg.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jul 2021; alt. Organization Established Date 08 Oct 2013; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 6671172432 (Russia); Government Gazette Number 49681112 (Russia); Business Registration Number 1216600040194 (Russia) [RUSSIA-EO14024].

"JSC AKIN" (a.k.a. AKTSIONERNOE OBSHCHESTVO AKUSTICHESKI INSTITUT IMENI AKADEMIKA NN ANDREEVA; a.k.a. JOINT STOCK COMPANY ANDREYEV ACOUSTICS INSTITUTE; a.k.a. "AO AKIN"), ul. Shvernika d. 4, Moscow 117449, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727804367 (Russia); Registration Number 1137746376074 (Russia) [RUSSIA-EO14024].

"JSC ANPZ VNK" (a.k.a. ACHINSK OIL REFINERY OF THE EASTERN OIL COMPANY; a.k.a. ACHINSK REFINERY; a.k.a. JOINT STOCK COMPANY ACHINSK REFINERY OF EASTERN PETROLEUM COMPANY; a.k.a. JSC ACHINSK OIL REFINERY VNK; a.k.a. OAO ACHINSK OIL REFINERY VNK; a.k.a. OJSC ACHINSK REFINERY), Achinsk Refinery industrial area, Bolsheuluisky district, Krasnoyarsk territory 662110, Russia; Email Address sekr1@anpz.rosneft.ru; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2443000518 (Russia); Registration Number 1022401153532 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

"JSC ATC" (a.k.a. JSC ADDITIVE TECHNOLOGIES CENTER; a.k.a. JSC CENTER ADDITIVNYKH TEKHNOLOGY), 7, Vishnevaya Str, Moscow 125362, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2018; Tax ID No. 7733325690 (Russia); Registration Number 1187746120407 (Russia) [RUSSIA-EO14024].

"JSC BAF" (a.k.a. AO BRYANSKI AVTOMOBILNY ZAVOD; a.k.a. BRYANSK AUTOMOBILE FACTORY; a.k.a. JOINT STOCK COMPANY BRYANSK AUTOMOBILE PLANT; a.k.a. "AO BAZ"), 1 Staleliteinaia Ul., Bryansk 241035, Russia; 20 Novaia Basmannaia Ul., Str. 8, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3255502838 (Russia); Registration Number 1083254005141 (Russia) [RUSSIA-EO14024].

"JSC BGW" (a.k.a. JOINT STOCK COMPANY BOR GLASSWORKS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО БОРСКИЙ СТЕКОЛЬНЫЙ ЗАВОД); a.k.a. JSC AGC BOR GLASSWORKS), Bor 606440, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5246002261 (Russia); Registration Number 1025201524237 (Russia) [RUSSIA-EO14024].

"JSC BVT" (a.k.a. AKTSIONERNOE OBSHCHESTVO BASHVZRYVTEKHNOLOGII; a.k.a. BASHVZRYVTECHNOLOGII JSC; a.k.a. "BVT AO"), Ul. Rabochaya D. 42, Samara

443041, Russia; Ul. Rostovskaya D. 18, Ufa, Republic of Bashkortostan 450071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Nov 2000; Tax ID No. 0276061770 (Russia); Government Gazette Number 52989204 (Russia); Registration Number 1030204205382 (Russia) [RUSSIA-EO14024].

"JSC CDBAE" (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTRALNOE KONSTRUKTORSKOE BYURO APPARATOSTROENIYA; a.k.a. CENTRAL DESIGN BUREAU OF APPARATUS ENGINEERING; a.k.a. "AO TSKBA"; a.k.a. "APPARATUS DEVELOPMENT JOINT STOCK COMPANY"), 36, ul Demonstratsii, Tula 300034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7106002868 (Russia); Registration Number 1027100740941 (Russia) [RUSSIA-EO14024].

"JSC COMPANY SCAN" (a.k.a. CLOSED JOINT STOCK COMPANY COMPANY SCAN; a.k.a. JOINT STOCK COMPANY COMPANY SCAN), Ul. Druzhby D.10B, Moscow 119330, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Apr 2010; Tax ID No. 7729652960 (Russia); Government Gazette Number 65369101 (Russia); Registration Number 1107746244330 (Russia) [RUSSIA-EO14024].

"JSC CPT" (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTR PERSPEKTIVNYKH TEKHNOLOGI (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЦЕНТР ПЕРСПЕКТИВНЫХ ТЕХНОЛОГИЙ); a.k.a. JOINT STOCK COMPANY PERSPECTIVE TECHNOLOGIES CENTER; a.k.a. "TSPT AO" (Cyrillic: "АО ЦПТ")), Sh. Kashirskoe, D. 44, K. 2, Moscow 115409, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jul 1996; alt. Organization Established Date 22 Oct 2002; Tax ID No. 7724185856 (Russia); Government Gazette Number 42935911 (Russia); Registration Number 1027700343626 (Russia) [RUSSIA-EO14024] (Linked To: CJSC PERSPECTIVE TECHNOLOGIES AGENCY).

"JSC DCSS" (a.k.a. AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДАЛЬНЕВОСТОЧНЫЙ ЦЕНТР СУДОСТРОЕНИЯ И СУДОРЕМОНТА); a.k.a.

JSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. OJSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. "AO DTSSS" (Cyrillic: "АО ДЦСС"); a.k.a. "FESRC"; a.k.a. "FESRC JSC"; a.k.a. "JSC DTSSS"), 72 Svetlanskaya Ulitsa, Vladivostok, Primorsky Territory 690001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2536196045 (Russia); Government Gazette Number 80952329 (Russia); Registration Number 1072536016211 (Russia) [RUSSIA-EO14024].

"JSC DTSSS" (a.k.a. AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДАЛЬНЕВОСТОЧНЫЙ ЦЕНТР СУДОСТРОЕНИЯ И СУДОРЕМОНТА); a.k.a. JSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. OJSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. "AO DTSSS" (Cyrillic: "АО ДЦСС"); a.k.a. "FESRC"; a.k.a. "FESRC JSC"; a.k.a. "JSC DCSS"), 72 Svetlanskaya Ulitsa, Vladivostok, Primorsky Territory 690001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2536196045 (Russia); Government Gazette Number 80952329 (Russia); Registration Number 1072536016211 (Russia) [RUSSIA-EO14024].

"JSC FEDC" (a.k.a. CORPORATION FOR THE DEVELOPMENT OF THE FAR EAST AND THE ARCTIC; a.k.a. JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОРПОРАЦИЯ РАЗВИТИЯ ДАЛЬНЕГО ВОСТОКА И АРКТИКИ); a.k.a. "JSC KRDV" (Cyrillic: "АО КРДВ")), d. 12 etazh 15 kom. A3, naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7723356562 (Russia); Registration Number 1057723007407 (Russia) [RUSSIA-EO14024].

"JSC GMZ AGAT" (a.k.a. JOINT STOCK COMPANY GAVRILOV YAM MACHINE BUILDING PLANT AGAT), 1, Pr. Mashinostroiteley, Gavrilov Yam 152240, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7616002417 (Russia); Registration Number 1027601067944 (Russia) [RUSSIA-EO14024].

"JSC GSE" (a.k.a. AO GRAND SERVIS EKSPRESS; a.k.a. GRAND SERVICE EXPRESS (Cyrillic: ГРАНД СЕРВИС ЭКСПРЕСС); a.k.a. JOINT STOCK COMPANY GRAND SERVICE EXPRESS; a.k.a. JOINT STOCK COMPANY TRANSPORT COMPANY GRAND SERVICE EXPRESS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСПОРТНАЯ КОМПАНИЯ ГРАНД СЕРВИС ЭКСПРЕСС); a.k.a. "GRAND EXPRESS" (Cyrillic: "ГРАНД ЭКСПРЕСС")), 85 Sheremetevskaya St., Building 1, Moscow 129075, Russia; ul. Sheremetevskaya, d. 85, str. 1, Moscow 129075, Russia; P.O. Box 15, Moscow 129075, Russia; a/ya 15, Moscow 129075, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7705445700 (Russia) [UKRAINE-EO13685].

"JSC GZAS" (a.k.a. AKTSIONERNOE OBSHCHESTVO GORKOVSKII ZAVOD APPARATURY SVIAZI IM AS POPOVA; a.k.a. AO GZAS IM AS POPOVA; a.k.a. POPOV COMMUNICATIONS EQUIPMENT PLANT), 100 ul. Internatsionalnaia, Nizhny Novgorod 603002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5257008145 (Russia); Registration Number 1025202396790 (Russia) [RUSSIA-EO14024].

"JSC IFC" (a.k.a. AKTSIONERNOE OBSHCHESTVO ILYUSHIN FINANS KO; a.k.a. JOINT STOCK COMPANY ILYUSHIN FINANCE COMPANY; a.k.a. JSC ILYUSHIN FINANCE COMPANY; a.k.a. OJSC ILYUSHIN FINANCE; a.k.a. "AO IFK"; a.k.a. "IFC LEASING"), Pr-kt Michurinskii, Olimpiiskaya Derevnya D. 1, Korp. 1, et. 4, Moscow 119602, Russia; Pr-kt Leninskii d. 43A, office 502, Voronezh 394004, Russia; 1st km of Rublevo-Uspenskoe Shosse, Building 6, Odintsovo, Moscow 143030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Mar 1999; Tax ID No. 3663029916 (Russia); Registration Number 1033600042332 (Russia) [RUSSIA-EO14024].

"JSC IM" (a.k.a. JOINT STOCK COMPANY INTELLECT MASHINE), PR-KT Lakhtinskii, D. 85, K. 2, Lit. A, Floor 3, Office 10, PO PIB, Pomeshch #205-206, #209-210, Saint Petersburg 197229, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Apr 2022; Tax ID No. 7801711200 (Russia);

Registration Number 1227800047496 (Russia) [RUSSIA-EO14024].

"JSC INEUM" (a.k.a. JOINT STOCK COMPANY INSTITUTE OF ELECTRONIC CONTROL COMPUTERS NAMED AFTER I.S. BRUK), 24, Vavilova st., Moscow 119334, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736005096 (Russia) [RUSSIA-EO14024].

"JSC INT" (a.k.a. JOINT STOCK COMPANY INSTITUTE FOR NETWORKING TECHNOLOGY), Liniya 17-YA V.O D. 54, Korp. 1, Lit. V, Saint Petersburg 199048, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7825347630 (Russia); Registration Number 1027809192333 (Russia) [RUSSIA-EO14024].

"JSC KMZ" (a.k.a. OAO KRASNOARMEYSKIY MEKHANICHESKIY ZAVOD), Ul. Zavodskaya D.10, Krasnoarmeysk 412801, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6442005951 (Russia); Registration Number 1026401731531 (Russia) [RUSSIA-EO14024].

"JSC KRDV" (Cyrillic: "АО КРДВ") (a.k.a. CORPORATION FOR THE DEVELOPMENT OF THE FAR EAST AND THE ARCTIC; a.k.a. JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОРПОРАЦИЯ РАЗВИТИЯ ДАЛЬНЕГО ВОСТОКА И АРКТИКИ); a.k.a. "JSC FEDC"), d. 12 etazh 15 kom. A3, naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7723356562 (Russia); Registration Number 1057723007407 (Russia) [RUSSIA-EO14024].

"JSC KUMAPE" (a.k.a. JOINT STOCK COMPANY KUMERTAU AVIATION PRODUCTION ENTERPRISE; a.k.a. KUMERTAU AVIATION PRODUCTION ENTERPRISE; a.k.a. "AO KUMAPP"), Ul. Novozarinskaya D. 15 A, Kumertau 453300, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jul 1992; Tax ID No. 0262016287 (Russia); Registration Number 1080262000609 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"JSC KZSK" (a.k.a. KAZAN SYNTHETIC RUBBER PLANT JSC; a.k.a. OTKRITOE AKTCIONERNOE OBSHESTVO KAZANSKIJ ZAVOD SINTETICHESKOGO KAUCHUKA; a.k.a. "OAO KZSK"), 1 Lebedeva Str., Kazan,

Republic of Tatarstan 420054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Jun 2002; Tax ID No. 1659032038 (Russia); Registration Number 1021603463485 (Russia) [RUSSIA-EO14024].

"JSC LTD GCS" (a.k.a. GIGANT KOMPLEKSNYE SISTEMY; a.k.a. "GKS"), Proezd Zavodskoi D. 2, Pomeshch. 560, Fryazino 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5050129707 (Russia); Registration Number 1165050057556 (Russia) [RUSSIA-EO14024].

"JSC LZOS" (a.k.a. AKTSIONERNOE OBSHCHESTVO LYTKARINSKII ZAVOD OPTICHESKOGO STEKLA; a.k.a. JOINT STOCK COMPANY LYTKARINO OPTICAL GLASS PLANT; a.k.a. "AO LZOS"), 1 ul. Parkovaia, Lytkarino 140080, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5026000300 (Russia); Registration Number 1025003178397 (Russia) [RUSSIA-EO14024].

"JSC MAGE" (a.k.a. JOINT STOCK COMPANY MARINE ARCTIC GEOLOGICAL EXPEDITION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО МОРСКАЯ АРКТИЧЕСКАЯ ГЕОЛОГОРАЗВЕДОЧНАЯ ЭКСПЕДИЦИЯ)), Building 26, Sofi Perovskoy Street, Murmansk 183038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5190100088 (Russia); Registration Number 1025100841039 (Russia) [RUSSIA-EO14024].

"JSC MC RDIF" (a.k.a. AKTSIONERNOE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSISKOGO FONDA PRYAMYKH INVESTITSI; a.k.a. AKTSIONERNOYE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSIYSKOGO FONDA PRYAMYKH INVESTITSIY; a.k.a. JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УПРАВЛЯЮЩАЯ КОМПАНИЯ РОССИЙСКОГО ФОНДА ПРЯМЫХ ИНВЕСТИЦИЙ); f.k.a. LIMITED LIABILITY COMPANY MANAGEMENT COMPANY OF RDIF; f.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RFPI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ

КОМПАНИЯ РФПИ); a.k.a. "AO UK RFPI" (Cyrillic: "АО УК РФПИ")), Naberezhnaya Presnenskaya, Dom 8 Stroyeniye 1, Etaj 7, Moscow 123112, Russia (Cyrillic: Набережная Пресненская, Дом 8, Строение 1, Этаж 7, Москва 123112, Russia); Website www.rdif.ru; alt. Website www.investinrussia.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Apr 2017; Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 7703425673 (Russia); Government Gazette Number 15110384 (Russia); Registration Number 1177746367017 (Russia) [RUSSIA-EO14024].

"JSC MCST" (a.k.a. JSC MOSCOW CENTER OF SPARC TECHNOLOGIES; a.k.a. JSC MTSST), 1, Bld. 23, Nagatinskaya Street, Moscow 117105, Russia; 51, Leninsky Ave, Moscow 119049, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736053886 (Russia); Registration Number 1027739148469 (Russia) [RUSSIA-EO14024].

"JSC NASC" (a.k.a. JOINT STOCK COMPANY NATIONAL AVIATION SERVICE COMPANY; a.k.a. NATIONAL AVIATION SERVICE COMPANY (Cyrillic: НАЦИОНАЛЬНАЯ АВИАЦИОННО-СЕРВИСНАЯ КОМПАНИЯ)), Proezd Yablochkova D. 5, Korpus 18, Ryazan 390023, Russia; Ul. Bolshaya Tatarskaya D. 35, Str. 4, Floor 2, Pomeshch. IX/Kom. 5, Moscow 115184, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Apr 1994; Target Type State-Owned Enterprise; Tax ID No. 6230116089 (Russia); Registration Number 1206200002249 (Russia) [RUSSIA-EO14024].

"JSC NEC" (a.k.a. AKTSIONERNOE OBSHCHESTVO NATSIONALNAYA INZHINIRINGOVAYA KORPORATSIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАЦИОНАЛЬНАЯ ИНЖИНИРИНГОВАЯ КОМПАНИЯ); a.k.a. JOINT STOCK COMPANY NATIONAL ENGINEERING CORPORATION; a.k.a. "AO NIK" (Cyrillic: "АО НИК")), d. 3 korp. 2 pom, 71-N, pl. Konstitutsii, St. Petersburg 196247, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Oct 2014; Tax ID No. 7810942838 (Russia); Government Gazette Number 72473566 (Russia); Registration Number 1147847338902 (Russia) [RUSSIA-EO14024].

"JSC NIIEMP" (a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF ELECTRONIC AND MECHANICAL DEVICES; a.k.a. JSC NII ELEKTRONNO-MEKHANICHESKIKH PRIBOROV; a.k.a. PENZA SCIENTIFIC RESEARCH INSTITUTE OF ELECTRO-MECHANICAL DEVICES; a.k.a. "JSC SRIEMI"), 44, Karakozova Street, Penza 440600, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5834054179 (Russia); Registration Number 1115834003185 (Russia) [RUSSIA-EO14024].

"JSC NIIPP" (a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF SEMICONDUCTOR DEVICES; a.k.a. "JSC RISD"), Ul. Krasnoarmeiskaya D. 99A, Tomsk 634034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7017084932 (Russia); Registration Number 1037000170690 (Russia) [RUSSIA-EO14024].

"JSC NPO KIS" (a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION CRITICAL INFORMATION SYSTEMS), Kitaigorodsky passage, 7, building 1, floor 1, Office 1035, ext. ter. Tagansky municipal district, Moscow 109012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9705178310 (Russia); Registration Number 1227700585353 (Russia) [RUSSIA-EO14024].

"JSC NPZ" (a.k.a. AKTSIONERNOE OBSHCHESTVO NOVOSIBIRSKII PATRONNYI ZAVOD; a.k.a. JOINT STOCK COMPANY NOVOSIBIRSK CARTRIDGE PLANT), Station Building St, Bldg. 30A, Office 307, Novosibirsk 630108, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5445115799 (Russia); Registration Number 1035404726246 (Russia) [RUSSIA-EO14024].

"JSC OE ZNPP" (a.k.a. JOINT STOCK COMPANY OPERATING ORGANIZATION OF ZAPORIZHZHYA NPP; a.k.a. JOINT STOCK COMPANY OPERATING ORGANIZATION ZAPORIZHZHYA NUCLEAR POWER PLANT), Ferganskaya Street 25, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date Oct 2022 [RUSSIA-EO14024].

"JSC OKB MEI" (a.k.a. AKTSIONERNOE OBSHCHESTVO OSOBOE KONSTRUKTORSKOE BYURO MOSKOVSKOGO ENERGETICHESKOGO INSTITUTA; a.k.a. JOINT STOCK COMPANY SPECIAL RESEARCH BUREAU OF MOSCOW POWER ENGINEERING INSTITUTE; a.k.a. "AO OKB MEI"), ul. Krasnokazarmennaya D. 14, Moscow 111250, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7722701431 (Russia); Government Gazette Number 02066983 (Russia); Registration Number 1097746729816 (Russia) [RUSSIA-EO14024].

"JSC ONIIP" (a.k.a. JOINT STOCK COMPANY OMSK SCIENTIFIC RESEARCH INSTITUTE OF INSTRUMENT ENGINEERING; a.k.a. JOINT STOCK COMPANY OMSKIY NAUCHNO ISSLEDOVATELSKIY INSTITUT PRIBOROSTROENIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОМСКИЙ НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ПРИБОРОСТРОЕНИЯ); a.k.a. OMSK INSTRUMENT RESEARCH INSTITUTE; a.k.a. "AO ONIIP"), Ulitsa Maslennikova, Dom 231, Omsk 644009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5506218498 (Russia); Registration Number 1115543024574 (Russia) [RUSSIA-EO14024].

"JSC ORK" (Cyrillic: "АО ОРК") (a.k.a. JOINT STOCK COMPANY OLOVYANNAYA RUDNAYA KOMPANIYA; a.k.a. "TIN MINING COMPANY"), ul. Lenina 26A, Gorny 682707, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2717017562 (Russia); Registration Number 1102717000198 (Russia) [RUSSIA-EO14024].

"JSC OZGA" (a.k.a. JOINT STOCK COMPANY OMSK PLANT OF CIVIL AVIATION; a.k.a. JOINT STOCK COMPANY OMSKY FACTORY GRAZHDANSKOY AVIATSII; a.k.a. JSC OMSK CIVIL AVIATION PLANT), 112 Surovtseva Str, Omsk 644015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5507029944 (Russia); Registration Number 1025501378572 (Russia) [RUSSIA-EO14024].

"JSC PNTZ" (Cyrillic: "АО ПНТЗ") (a.k.a. JOINT STOCK COMPANY PERVOURALSKIY NEW PIPE PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПЕРВОУРАЛЬСКИЙ НОВОТРУБНЫЙ ЗАВОД)), 1 Torgovaya Street, Pervouralsk 623100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6625004271 (Russia); Registration Number 1026601503840 (Russia) [RUSSIA-EO14024].

"JSC PO FORT" (Cyrillic: "АО ПО ФОРТ") (a.k.a. JOINT STOCK COMPANY PROIZVODSTVENNOE OBEDINENIE FORT), d. 3 litera E pom. 46N, proezd 3 I Rybatski, St. Petersburg 192177, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811671725 (Russia); Registration Number 1177847371085 (Russia) [RUSSIA-EO14024].

"JSC RDC" (a.k.a. JSC RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO; a.k.a. RAMENSKOYE DESIGN COMPANY JOINT STOCK COMPANY), Gurieva St., 2, Ramenskoye, Moscow Region 140103, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5040007594 (Russia); Registration Number 1025005118830 (Russia) [RUSSIA-EO14024].

"JSC RGC" (a.k.a. JOINT STOCK COMPANY RSK; a.k.a. JOINT STOCK COMPANY RUSSIAN GLASS COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РОССИЙСКАЯ СТЕКОЛЬНАЯ КОМПАНИЯ); a.k.a. "RGC HOLDING COMPANY"), Building 3, 503 Vyborg Highway, Pargolovo, Saint Petersburg 194362, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802445776 (Russia); Registration Number 1089847341913 (Russia) [RUSSIA-EO14024].

"JSC RIPI" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT TOCHNYKH PRIBOROV; a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF PRECISION INSTRUMENTS; a.k.a. JOINT STOCK COMPANY SCIENCE RESEARCH INSTITUTE FOR PRECISE INSTRUMENTS; a.k.a. "AO NII TP"), ul. Dekabristov, Vl 51, Moscow 127490, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7715784155 (Russia); Government Gazette Number 11482462 (Russia); Registration Number 1097746735481 (Russia) [RUSSIA-EO14024].

"JSC RIRT" (a.k.a. OPEN JOINT STOCK COMPANY RUSSIAN INSTITUTE OF RADIONAVIGATION AND TIME), Pl. Rastrelli D. 2, Saint Petersburg 191124, Russia; Pr-kt Obukhovskoi Oborony D. 120, Lit. ets, Saint Petersburg 192012, Russia; 19 Staraya Basmannaya str., building 12, Moscow 105066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization

Established Date 07 Sep 1956; Tax ID No. 7825507108 (Russia); Registration Number 1037843100052 (Russia) [RUSSIA-EO14024].

"JSC RISD" (a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF SEMICONDUCTOR DEVICES; a.k.a. "JSC NIIPP"), Ul. Krasnoarmeiskaya D. 99A, Tomsk 634034, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7017084932 (Russia); Registration Number 1037000170690 (Russia) [RUSSIA-EO14024].

"JSC RORC" (a.k.a. JOINT STOCK COMPANY RYAZAN OIL REFINERY COMPANY; a.k.a. RYAZAN OIL REFINING COMPANY JOINT STOCK COMPANY; a.k.a. "AO RNPK"), Yuzhnyi Promuzel D. 8, Ryazan 390011, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6227007322 (Russia); Registration Number 1026200870321 (Russia) [RUSSIA-EO14024].

"JSC RPC KBM" (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION KONSTRUKTORSKOYE BYURO MASHYNOSTROYENIYA; a.k.a. KOLOMNA MACHINE BUILDING DESIGN BUREAU; a.k.a. RESEARCH AND PRODUCTION CORPORATION KONSTRUKTORSKOYE BYURO MASHYNOSTROYENIYA), 42, Okskiy Prospekt, Kolomna, Moscow Region 140402, Russia; Website www.kbm.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2012; Tax ID No. 5022039177 (Russia) [RUSSIA-EO14024].

"JSC RPC PSI" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNAYA KORPORATSIYA SISTEMY PRETSIZIONNOGO PRIBOROSTROENIYA; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION PRECISION SYSTEMS AND INSTRUMENTS; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION PRECISION SYSTEMS AND INSTRUMENTS; a.k.a. SCIENTIFIC AND INDUSTRIAL CORPORATION PRECISION INSTRUMENT SYSTEMS; a.k.a. "AO NPK SPP"), ul. Aviamotornaya D. 53, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7722698108 (Russia); Government Gazette Number

07559035 (Russia); Registration Number 1097746629639 (Russia) [RUSSIA-EO14024].

"JSC SCAN" (a.k.a. CLOSED JOINT STOCK COMPANY SCAN; a.k.a. JOINT STOCK COMPANY SCAN), Ul. Druzhby D.10 B, Moscow 119330, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Apr 2007; Tax ID No. 7729571904 (Russia); Government Gazette Number 80712625 (Russia); Registration Number 5077746460380 (Russia) [RUSSIA-EO14024].

"JSC SETTLEMENT SOLUTIONS" (a.k.a. JOINT STOCK COMPANY RASCHETNIYE RESHENIYA; a.k.a. JSC RASCHETNIYE RESHENIYA; a.k.a. LIMITED LIABILITY COMPANY NON-BANK CREDIT ORGANIZATION SETTLEMENT SOLUTIONS), Room XLIV, 11th floor, 118/1 Varshavskoye Shosse, Moscow 117587, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7727718421 (Russia); Registration Number 1107746390949 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

"JSC SINTZ" (Cyrillic: "АО СИНТЗ") (a.k.a. JOINT STOCK COMPANY SINARSKIY PIPE PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СИНАРСКИЙ ТРУБНЫЙ ЗАВОД)), 1 Zavodskiy Passage Street, Kamensk-Uralskiy 623401, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6612000551 (Russia); Registration Number 1026600931686 (Russia) [RUSSIA-EO14024].

"JSC SKHZ" (a.k.a. JOINT STOCK COMPANY SALAVAT CHEMICAL PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САЛАВАТСКИЙ ХИМИЧЕСКИЙ ЗАВОД); a.k.a. SALAVAT CHEMICAL PLANT; a.k.a. "AO CX3"), 30 Mologvardeytsev Street, Salavat, Republic of Bashkortostan 453256, Russia; Website www.salavathz.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Nov 2012; Tax ID No. 266036534 (Russia) [RUSSIA-EO14024].

"JSC SMZ" (a.k.a. JOINT STOCK COMPANY SEROV MECHANICAL PLANT), 10 ul. Aglomeratchikov, Serov 624981, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6680000479 (Russia); Registration Number 1116680000470 (Russia) [RUSSIA-EO14024].

"JSC SMZ" (Cyrillic: "АО СМЗ") (a.k.a. JOINT STOCK COMPANY SAMARA METALLURGICAL PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САМАРСКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД)), 29 Alma-Atinskaya Street, Building 33/34, Samara 443051, Russia; 10 Presnenskaya Embankment, Block B, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6310000160 (Russia); Registration Number 1026300763389 (Russia) [RUSSIA-EO14024].

"JSC SNSZ" (a.k.a. JOINT STOCK COMPANY SREDNE-NEVSKY SHIPBUILDING PLANT; a.k.a. JOINT STOCK COMPANY SREDNE-NEVSKY SHIPYARD; a.k.a. JSC SREDNE-NEVSKY SHIPYARD; a.k.a. JSC SREDNE-NEVSKY SUDOSTROITELNY FACTORY (Cyrillic: АО СРЕДНЕ-НЕВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. SREDNE-NEVSKY SHIPYARD), Ponton, St. Factory, 10, St. Petersburg 196643, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Nov 2008; Tax ID No. 7817315385 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

"JSC SPK" (a.k.a. AKTSIONERNOE OBSHCHESTVO STALEPROMYSHLENNAYA KOMPANIYA; a.k.a. JOINT STOCK COMPANY STEEL INDUSTRIAL COMPANY; a.k.a. "AO SPK"), Ul. Akademicheskaya D. 18, Yekaterinburg 620137, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6671197148 (Russia); Registration Number 1069671052868 (Russia) [RUSSIA-EO14024].

"JSC SRIEMI" (a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF ELECTRONIC AND MECHANICAL DEVICES; a.k.a. JSC NII ELEKTRONNO-MEKHANICHESKIKH PRIBOROV; a.k.a. PENZA SCIENTIFIC RESEARCH INSTITUTE OF ELECTRO-MECHANICAL DEVICES; a.k.a. "JSC NIIEMP"), 44, Karakozova Street, Penza 440600, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID

No. 5834054179 (Russia); Registration Number 1115834003185 (Russia) [RUSSIA-EO14024].

"JSC SSTC" (a.k.a. JOINT STOCK CORPORATION SHIPBUILDING AND SHIP REPAIR TECHNOLOGY CENTER; a.k.a. "AO TSTSS"), Ul. Promyshlennaya D. 7, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7805482938 (Russia); Registration Number 1097847011371 (Russia) [RUSSIA-EO14024].

"JSC STZ" (Cyrillic: "АО СТЗ") (a.k.a. JOINT STOCK COMPANY SEVERSKIY PIPE PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СЕВЕРСКИЙ ТРУБНЫЙ ЗАВОД)), 7 Vershinina Street, Polevskoy 623388, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6626002291 (Russia); Registration Number 1026601606118 (Russia) [RUSSIA-EO14024].

"JSC TPE" (a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT; a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. JSC TEKHNOPROMEXPORT; a.k.a. JSC VO TEKHNOPROMEXPORT; a.k.a. OJSC TECHNOPROMEXPORT; a.k.a. OPEN JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VNESHNEEKONOMICHESKOE OBEDINENIE TEKHNOPROMEKSPORT; a.k.a. VO TEKHNOPROMEKSPORT, OAO), d. 15 str. 2 ul. Novy Arbat, Moscow 119019, Russia; Email Address inform@tpe.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067746244026 (Russia); Tax ID No. 7705713236 (Russia); Government Gazette Number 02839043 (Russia) [UKRAINE-EO13685].

"JSC TTK" (a.k.a. AKTSIONERNOE OBSHCHESTVO TAIMYRSKAYA TOPLIVNAYA KOMPANIYA; a.k.a. JSC TAIMYR FUEL COMPANY; f.k.a. TAIMYRSKAYA TOPLIVNAYA KOMPANIYA AO; a.k.a. "TTK AO"), 15, ul. Bograda, Krasnoyarsk, Krasnoyarsk region 660049, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2460047153 (Russia); Registration Number 1022401787418 (Russia) [RUSSIA-EO14024].

"JSC USC" (a.k.a. JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION; a.k.a. JSC UNITED SHIPBUILDING CORPORATION; a.k.a. UNITED SHIPBUILDING CORPORATION (Cyrillic: ОБЪЕДИНЕННАЯ СУДОСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. "ОСК"; a.k.a. "OSK AO"), Ul. Marat, 90, St. Petersburg 191119, Russia; 11 Bolshaya Tatarskaya Str. Bld. B, Moscow 115184, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7838395215 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

"JSC VAF" (a.k.a. JOINT STOCK COMPANY VOSKRESENSKY AGGREGATION FACTORY; a.k.a. VOSKRESENSKIY AGGREGATE PLANT), 6 Ul. Tsiolkovskogo, Beloozerskii 140250, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5005073080 (Russia); Registration Number 1235000011058 (Russia) [RUSSIA-EO14024].

"JSC VNIIR" (Cyrillic: "АО ВНИИР") (a.k.a. JOINT STOCK COMPANY ALL-RUSSIAN SCIENTIFIC RESEARCH DESIGN AND TECHNOLOGICAL INSTITUTE OF RELAY ENGINEERING WITH EXPERIMENTAL PRODUCTION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВСЕРОССИЙСКИЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ПРОЕКТНО-КОНСТРУКТОРСКИЙ И ТЕХНОЛОГИЧЕСКИЙ ИНСТИТУТ РЕЛЕСТРОЕНИЯ С ОПЫТНЫМ ПРОИЗВОДСТВОМ); f.k.a. "OAO VNIIIR"), Prospekt I.Ya.Yakovleva d. 4, Cheboksary 428024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2128001516 (Russia); Government Gazette Number 00216823 (Russia); Registration Number 1022101131580 (Russia) [RUSSIA-EO14024] (Linked To: ASSET ELECTRO LLC).

"JSC VTB BANK NEW DELHI BRANCH" (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PJSC SHANGHAI BRANCH; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; The Taj Mahal Hotel, Lobby Mezzanine Floor 1, Mansingh Road, New Delhi 110001, India; 1266 Nanjing Xilu Street, Jingan District, Shanghai 200040, China; 18 BC, CITIC Building, 19 Jianguomenwai Dajie, Beijing 100004, China; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98; For more

information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

"JSC VTZ" (Cyrillic: "АО ВТЗ") (a.k.a. JOINT STOCK COMPANY VOLZHSKIY PIPE PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВОЛЖСКИЙ ТРУБНЫЙ ЗАВОД)), 6 Metallurgov Avenue, Volzhskiy 404119, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3435900186 (Russia); Registration Number 1023401997101 (Russia) [RUSSIA-EO14024].

"JSC ZCVP" (a.k.a. AO ZAVOLZHSKIY ZAVOD GUSENICHNIKH TYAGACHEY; a.k.a. JOINT STOCK COMPANY ZAVOLZHSKY CRAWLER VEHICLE PLANT; a.k.a. ZAVOLZHSKY TRACKED TRACTOR PLANT; a.k.a. "AO ZZGT"), 1 Zheleznodorozhnaya Street, Zavolzhe 606522, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5248031980 (Russia); Registration Number 1115248002110 (Russia) [RUSSIA-EO14024].

"JTB" (a.k.a. JAMMAL TRUST BANK; a.k.a. JAMMAL TRUST BANK S.A.L.), JTB Tower, Elias Hraoui Avenue, Beirut, Lebanon; Jammal Trust Bank SAL Building, Rashid Karame Ave, Beirut, Lebanon; PO Box 11-5640 & 13-5750, Bank's Bldg, Rashid Karameh Ave, Beirut, Lebanon; SCI La Balance, Boulevard Giscard D'estaing, Abidjan, Cote d Ivoire; 15A Burma Road, Apapa, Lagos State, Nigeria; 3rd Floor, Berkeley Court, 6/7 Pollen St, London W1S 1ND, United Kingdom; Al-Buss, Lebanon; Al Furzol, Lebanon; Baalbeck, Lebanon; Beirut, Lebanon; Bint Jbeil, Lebanon; Bourj El Barajneh, Lebanon; Dora, Lebanon; Ghazieh, Lebanon; Jbeil, Lebanon; Jwaya, Lebanon; Kana, Lebanon; Labwe, Lebanon; Marjeyoun, Lebanon; Nabatieh, Lebanon; Saida, Lebanon; Tibnin, Lebanon; Tripoli, Lebanon; Tyre, Lebanon; Verdun, Lebanon; Abidjan, Cote d Ivoire; Apapa, Nigeria; London, United Kingdom; SWIFT/BIC JTBKLBBE; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; All Branches Worldwide [SDGT] (Linked To: HIZBALLAH).

"JUA" (a.k.a. AAFIA SIDDIQUE BRIGADE; a.k.a. JAMAAT-E-AHRAR; a.k.a. JAMAATUL AHRAR; a.k.a. JAMAATUL-AHRAR; a.k.a. JAMAAT-UL-AHRAR; a.k.a. JAMAAT-UL-AHRAR TTP; a.k.a. JAMATUL AHRAR; a.k.a. JAMAT-UL-AHRAR; a.k.a. TEHREEK-I-TALIBAN JAMAAT-UL-AHRAR; a.k.a. TEHRIK-E-TALIBAN PAKISTAN JAMAAT-E-AHRAR; a.k.a. "TTP-JA"; a.k.a. "TTP-JUA"), Afghanistan; Mohmand Tribal Agency, Pakistan; Bajaur Tribal Agency, Pakistan; Khyber Tribal Agency, Pakistan; Arakzai Tribal Agency, Pakistan; Charsadda, Pakistan; Peshawar, Pakistan; Swat, Pakistan; Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"JUANKI" (a.k.a. REALES BRITTO, Juan Carlos; a.k.a. "JUANQUI"), Colombia; DOB 09 Dec 1987; POB Santa Marta, Colombia; citizen Colombia; Gender Male; Cedula No. 1082884409 (Colombia); Passport AS340363 (Colombia) (individual) [SDNTK].

"JUANQUI" (a.k.a. REALES BRITTO, Juan Carlos; a.k.a. "JUANKI"), Colombia; DOB 09 Dec 1987; POB Santa Marta, Colombia; citizen Colombia; Gender Male; Cedula No. 1082884409 (Colombia); Passport AS340363 (Colombia) (individual) [SDNTK].

"JUD" (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"JUD" (a.k.a. JOOD SARL), 423/6, Chiyah, Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Jun 2025; Organization Type: Wholesale of jewelry, watches, precious stones, and precious metals; Registration Number 2078233 (Lebanon); alt. Registration Number 6007003 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

"JULIA" (a.k.a. FERNANDEZ VALENCIA, Guadalupe; a.k.a. FERNANDEZ VALENCIA, Ma. Guadalupe; a.k.a. FERNANDEZ VALENCIA, Maria Guadalupe; a.k.a. "DON JULIO"); DOB 29 Oct 1960; POB Aguililla, Michoacan de Ocampo, Mexico; citizen Mexico; Gender Female; R.F.C. FEVM601029EN3 (Mexico); C.U.R.P. FEVG601029MMNRLD10 (Mexico); alt. C.U.R.P. FEVG601029MMNRLD02 (Mexico) (individual) [SDNTK].

"JULY 20 BRIGADE" (a.k.a. FEDERAZIONE ANARCHICA INFORMALE/FRONTE RIVOLUZIONARIO INTERNAZIONALE; a.k.a. INFORMAL ANARCHIST FEDERATION/INTERNATIONAL REVOLUTIONARY FRONT; a.k.a. "AUGUSTO MASETTI INFORMAL ANARCHIST BRIGADE - INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "BRIGATA AUGUSTO MASETTI FEDERAZIONE ANARCHICA INFORMALE - FRONTE RIVOLUZIONARIO INTERNAZIONALE"; a.k.a. "CELLS AGAINST CAPITAL THE PRISON ITS JAILERS AND ITS CELLS"; a.k.a. "COOPERATIVA ARTIGIANA FUOCO E AFFINI"; a.k.a. "FAI/ANIMAL

REVOLT"; a.k.a. "FAI/ARMED CELLS FOR INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/CELLS AGAINST CAPITA PRISON AND ITS JAILERS AND ITS CELLS"; a.k.a. "FAI/CRAFT COOPERATIVE FIRE AND SIMILAR/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/METROPOLITAN CELLS"; a.k.a. "FAI/NARODNAJA VOJLA"; a.k.a. "FAI/REVOLUTIONARY CELL LAMBROS FOUNTAS"; a.k.a. "FAI/REVOLUTIONARY NUCLEUS HORST FANTAZZINI"; a.k.a. "FAI/SISTERS IN ARMS MAURICIO MORALES NUCLEUS/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/TERRIBLE ANONYMOUS REVOLT"; a.k.a. "HARIS HATZIMIHELAKIS/INTERNATIONAL NERO"; a.k.a. "JULY BRIGADE/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "SANTIAGO MALDONADO CELL"; a.k.a. "SANTIAGO MALDONADO CELL FAI-FRI"; a.k.a. "SORELLE IN ARMI, NUCLEO MAURICIO MORALES"), Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2003; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"JULY BRIGADE/INTERNATIONAL REVOLUTIONARY FRONT" (a.k.a. FEDERAZIONE ANARCHICA INFORMALE/FRONTE RIVOLUZIONARIO INTERNAZIONALE; a.k.a. INFORMAL ANARCHIST FEDERATION/INTERNATIONAL REVOLUTIONARY FRONT; a.k.a. "AUGUSTO MASETTI INFORMAL ANARCHIST BRIGADE - INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "BRIGATA AUGUSTO MASETTI FEDERAZIONE ANARCHICA INFORMALE - FRONTE RIVOLUZIONARIO INTERNAZIONALE"; a.k.a. "CELLS AGAINST CAPITAL THE PRISON ITS JAILERS AND ITS CELLS"; a.k.a. "COOPERATIVA ARTIGIANA FUOCO E AFFINI"; a.k.a. "FAI/ANIMAL REVOLT"; a.k.a. "FAI/ARMED CELLS FOR INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/CELLS AGAINST CAPITA PRISON AND ITS JAILERS AND ITS CELLS"; a.k.a. "FAI/CRAFT COOPERATIVE FIRE AND SIMILAR/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/METROPOLITAN CELLS"; a.k.a. "FAI/NARODNAJA VOJLA";

a.k.a. "FAI/REVOLUTIONARY CELL LAMBROS FOUNTAS"; a.k.a. "FAI/REVOLUTIONARY NUCLEUS HORST FANTAZZINI"; a.k.a. "FAI/SISTERS IN ARMS MAURICIO MORALES NUCLEUS/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/TERRIBLE ANONYMOUS REVOLT"; a.k.a. "HARIS HATZIMIHELAKIS/INTERNATIONAL NERO"; a.k.a. "JULY 20 BRIGADE"; a.k.a. "SANTIAGO MALDONADO CELL"; a.k.a. "SANTIAGO MALDONADO CELL FAI-FRI"; a.k.a. "SORELLE IN ARMI, NUCLEO MAURICIO MORALES"), Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2003; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"JUND AL KHILAFAH" (a.k.a. DAESH TUNISIA; a.k.a. ISIS-TUNISIA; a.k.a. ISIS-TUNISIA PROVINCE; a.k.a. JUND AL-KHILAFAH FI TUNIS; a.k.a. JUND AL-KHILAFAH IN TUNISIA; a.k.a. SOLDIERS OF THE CALIPHATE IN TUNISIA; a.k.a. TALA I JUND AL-KHILAFAH; a.k.a. "AJNAD"; a.k.a. "JUND AL-KHILAFA"; a.k.a. "SOLDIERS OF THE CALIPHATE"; a.k.a. "VANGUARDS OF THE SOLDIERS OF THE CALIPHATE"), Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"JUND AL-KHILAFA" (a.k.a. DAESH TUNISIA; a.k.a. ISIS-TUNISIA; a.k.a. ISIS-TUNISIA PROVINCE; a.k.a. JUND AL-KHILAFAH FI TUNIS; a.k.a. JUND AL-KHILAFAH IN TUNISIA; a.k.a. SOLDIERS OF THE CALIPHATE IN TUNISIA; a.k.a. TALA I JUND AL-KHILAFAH; a.k.a. "AJNAD"; a.k.a. "JUND AL KHILAFAH"; a.k.a. "SOLDIERS OF THE CALIPHATE"; a.k.a. "VANGUARDS OF THE SOLDIERS OF THE CALIPHATE"), Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"JUNE 78" (a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR

STRUGGLE; a.k.a. "ELA"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"K.A.S." (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. EPANASTATIKI PIRINES; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. XAKI; a.k.a. "ETA"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"KA PA SA" (a.k.a. DIRECTORATE OF DEFENSE INDUSTRIES; a.k.a. MINISTRY OF DEFENSE DIRECTORATE OF DEFENSE INDUSTRIES; a.k.a. MYANMA DEFENSE PRODUCTS INDUSTRY; a.k.a. MYANMAR DEFENSE PRODUCTS INDUSTRY; a.k.a. "DEFENSE PRODUCTS INDUSTRIES"), Ministry of Defense, Shwedagon Pagoda Road, Rangoon, Burma; Target Type Government Entity [BURMA-EO14014].

"KABO, Ayman" (a.k.a. ABDI, Nuh Ibrahim; a.k.a. ALI, Abdiaziz Dubow; a.k.a. AYMAN, Maalim; a.k.a. AYMAN, Ma'alim; a.k.a. AYMAN, Mo'alim), Kenya; Badamadow, Lower Juba Region, Somalia; DOB 1973; alt. DOB 1983; POB Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"KAGAS" (a.k.a. KHALIULLIN, Maksim Marselevich (Cyrillic: ХАЛИУЛЛИН, Максим Марселевич)), Chelyabinsk, Russia; DOB 28 Feb 1993; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"Kaida" (a.k.a. KAYIRA, Muhammad Mzee; a.k.a. MAHAMMAD, Kayiira; a.k.a. MUHAMADI, Kahira; a.k.a. MUHAMMAD, Kayiira; a.k.a. "Karida"; a.k.a. "Ogundipe"), Congo, Democratic Republic of the; DOB 1963 to 1969; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"KAKHA RUSTAVSKIY" (a.k.a. KOSTOV, Nikolay Lyudmilo; a.k.a. ROSTOV, Nicholas; a.k.a. SEPIASHVILI, Moshe Israel; a.k.a. SHUSHANASHVILI, Kajaver; a.k.a. SHUSHANASHVILI, Kakha; a.k.a. SHUSHANASHVILI, Kakhaber Pavlovich), 8

Rukavishnikov Street, Mariinskiy Posad, Chuvash Republic, Russia; DOB 08 Feb 1972; POB Rustavi, Georgia; alt. POB Kutaisi, Georgia; nationality Georgia (individual) [TCO].

"KALCO" (a.k.a. KALCO ALUMINUM COMPANY; a.k.a. KAVE KHOZESTAN ALUMINIUM CO.; a.k.a. KAVEH ALUMINUM KHUZESTAN; a.k.a. KAVEH KHOZESTAN ALUMINIUM; a.k.a. KAVEH KHOZESTAN ALUMINIUM COMPANY; a.k.a. KAVEH KHOZESTAN ALUMINUM COMPANY (Arabic: شرکت آلومینیوم کاوه خوزستان); a.k.a. KHUZESTAN KAVEH ALUMINUM COMPANY), Building Alavi Golabi Street, Hafez Junction, Karimkhan Avenue, Tehran, Iran; Resalat Expressway, corner of Nelson Mandela Africa Blvd., Bonyad Complex, Tower 2, 9th Floor, Tehran, Iran; Website www.kalco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103583873 (Iran); Registration Number 321820 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

"KALI SAMI" (a.k.a. AKLI, Mohamed Amine; a.k.a. "ELIAS"; a.k.a. "KILLECH SHAMIR"); DOB 30 Mar 1972; POB Abordj El Kiffani, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"KALUGA, Perko" (a.k.a. LOSEV, Aleksey Vyacheslavovich (Cyrillic: ЛОСЕВ, Алексей Вячеславович); a.k.a. LOSEV, Alexey Vyacheslavovich; a.k.a. PERKO, Alexey), Kalugskaya Street, DOM 48, KV. 9, Kaluga, Kalugskaya Oblast 248009, Russia; DOB 10 Apr 1986; POB Kaluga, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 750643398 (Russia); National ID No. 2907229130 (Russia); Tax ID No. 402903661126 (Russia) (individual) [RUSSIA-EO14024].

"Kalume" (a.k.a. KASAADA, Muzamil; a.k.a. KASADA, Kasadha; a.k.a. KASADHA, Amisi; a.k.a. KIRBAKI, Muzamir; a.k.a. KIRIBAKI, Muzamir; a.k.a. "Karume"), Congo, Democratic Republic of the; DOB 1975 to 1981; POB Iganga District, Busoga Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"KAMCHI BISHKEKSKIY" (Cyrillic: "КАМЧИ БИШКЕКСКИЙ") (a.k.a. ASANBEK, Kamchi; a.k.a. ASANBEK, Kamchy; a.k.a. KAMCHI, Asanbeka; a.k.a. KOLBAEV, Kamchi; a.k.a. KOLBAEV, Kamchibek; a.k.a. KOLBAEV, Kamchi (Cyrillic: КОЛЬБАЕВ, КАМЧЫ); a.k.a. KOLBAYEV, Kamchibek (Cyrillic: КОЛЬБАЕВ, КАМЧИБЕК); a.k.a. KOLBAYEV, Kamchy; a.k.a. KOLBAYEV, Kamchybek Asanbekovich; a.k.a. "KOLYA-KYRGYZ"), Bahar 1 Sector, C09-T02 Tower, Apartment 3203, Dubai 31672, United Arab Emirates; Murjan 6, Jumeirah Beach Residences, Dubai, United Arab Emirates; DOB 03 Aug 1974; alt. DOB 01 Jan 1973; POB Cholpon-Ata, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; Passport AC2499982 (Kyrgyzstan); alt. Passport AC732709 (Kyrgyzstan); Identification Number 20308197410028 (Kyrgyzstan); alt. Identification Number 1002001 (Kyrgyzstan) (individual) [SDNTK] [TCO] (Linked To: THIEVES-IN-LAW).

"KAMCOMBANK" (a.k.a. KAMSKY COMMERCIAL BANK; a.k.a. LIMITED LIABILITY COMPANY KAMA KOMMERCIAL), Gidrostroiteley Street, Building 21, Naberezhnyye Chelny 423800, Russia; SWIFT/BIC KACORU21; Website www.kamkombank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 1650025163 (Russia); Legal Entity Number 25300F1C0J3H75V5935; Registration Number 2021600000840 (Russia) [RUSSIA-EO14024].

"KAMEL" (a.k.a. HAMRAOUI, Kamel Ben Mouldi Ben Hassan; a.k.a. "KIMO"), Via Bertesi 27, Cremona, Italy; DOB 21 Oct 1977; POB Beja, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P229856 issued 01 Nov 2002 expires 31 Oct 2007; arrested 1 Apr 2003 (individual) [SDGT].

"KANI BRIGADE" (a.k.a. KANIYAT MILITIA; f.k.a. "7TH BRIGADE"; a.k.a. "9TH BRIGADE"; a.k.a. "AL-KANI MILITIA"; a.k.a. "AL-KANIYAT"; a.k.a. "KANIAT"; a.k.a. "KANIYAT"; a.k.a. "KANYAT"; f.k.a. "TARHUNA 7TH BRIGADE"; f.k.a. "TARHUNA BRIGADE"), Libya [GLOMAG].

"KANIAT" (a.k.a. KANIYAT MILITIA; f.k.a. "7TH BRIGADE"; a.k.a. "9TH BRIGADE"; a.k.a. "AL-KANI MILITIA"; a.k.a. "AL-KANIYAT"; a.k.a. "KANI BRIGADE"; a.k.a. "KANIYAT"; a.k.a. "KANYAT"; f.k.a. "TARHUNA 7TH BRIGADE"; f.k.a. "TARHUNA BRIGADE"), Libya [GLOMAG].

"KANIYAT" (a.k.a. KANIYAT MILITIA; f.k.a. "7TH BRIGADE"; a.k.a. "9TH BRIGADE"; a.k.a. "AL-KANI MILITIA"; a.k.a. "AL-KANIYAT"; a.k.a. "KANI BRIGADE"; a.k.a. "KANIAT"; a.k.a.

"KANYAT"; f.k.a. "TARHUNA 7TH BRIGADE"; f.k.a. "TARHUNA BRIGADE"), Libya [GLOMAG].

"KANYAT" (a.k.a. KANIYAT MILITIA; f.k.a. "7TH BRIGADE"; a.k.a. "9TH BRIGADE"; a.k.a. "AL-KANI MILITIA"; a.k.a. "AL-KANIYAT"; a.k.a. "KANI BRIGADE"; a.k.a. "KANIAT"; a.k.a. "KANIYAT"; f.k.a. "TARHUNA 7TH BRIGADE"; f.k.a. "TARHUNA BRIGADE"), Libya [GLOMAG].

"KARAR, Abu" (a.k.a. AL KHIYAWANI, Abdulhakim; a.k.a. AL KIYAWANI, Abdul Hakim; a.k.a. AL-KHAIWANI, Abdul Hakim; a.k.a. AL-KHAIWANI, Abdulhakem Hashim; a.k.a. "AL-KARAR, Abu"), Yemen; DOB 1986; Gender Male (individual) [GLOMAG].

"Karateca" (a.k.a. NUNEZ AGUIRRE, Liborio), Mexico; DOB 22 Aug 1957; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. NUAL570822HSLXGB05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"KAREEM, Shakeel" (a.k.a. FAZAL, Shakeel Karim; a.k.a. KARIM, Shakeel), Mohallah Gharib Abad Post Office Hathian, Dist. Mardan, Mardan, KPK, Pakistan; DOB 01 Jan 1975; POB Mardan, Pakistan; nationality Pakistan; citizen Pakistan; Email Address shksma@gmail.com; Gender Male; Passport AF5164852 (Pakistan) issued 01 Oct 2011 expires 29 Sep 2016 (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

"KARGAR, Mohsen" (a.k.a. HODJAT ABADI, Mohsen Kargar; a.k.a. HODJATABADI, Mohsen Kargar; a.k.a. PARSAJAM, Mohsen); DOB 23 Aug 1964; POB Qom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N95873956 (Iran) expires 05 May 2020; National ID No. 038-1-57690-6 (Iran); Chairman of the Board, Rayan Roshd Afzar Company (individual) [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

"Karida" (a.k.a. KAYIRA, Muhammad Mzee; a.k.a. MAHAMMAD, Kayiira; a.k.a. MUHAMADI, Kahira; a.k.a. MUHAMMAD, Kayiira; a.k.a. "Kaida"; a.k.a. "Ogundipe"), Congo, Democratic Republic of the; DOB 1963 to 1969; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"KARIM, Mam" (a.k.a. AL-CHAMCHAMALI, Bilal; a.k.a. AL-SHAKHAN, Fuad Ahmad Nuri Ali; a.k.a. "KIRKUKI, Bilal"), Iran; DOB 10 Aug 1979; POB Gadir Karam, Tuz Khurmatu, Sala

Ad-Din Province, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 00060543 (Iraq) (individual) [SDGT].

"KARIMI, Ali" (a.k.a. AL CHAREKH, Abdul Mohsen Abdallah Ibrahim; a.k.a. AL-NAJDI, Abd-al-Latif; a.k.a. AL-NASR, Sanafi; a.k.a. ALSHAREKH, Abdul Mohsen Abdullah Ibrahim; a.k.a. AL-SHARIKH, Abd-al-Muhsin Abdallah; a.k.a. AL-SHARIKH, Abdul Mohsen Abdullah Ibrahim); DOB 12 Jul 1985; alt. DOB 13 Jul 1985; alt. DOB 07 Dec 1985; POB Shagraa, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G895402; National ID No. 1050433349 (Saudi Arabia) (individual) [SDGT].

"KARITEKS LAKI AD" (a.k.a. CARITEX LUCKY AD), 14, Iskar str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 1998; V.A.T. Number BG 121633825 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

"KARST LTD." (a.k.a. CONSTRUCTION HOLDING COMPANY OLD CITY - KARST; a.k.a. KARST, OOO; a.k.a. OBSHCESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KARST; a.k.a. "LLC KARST"), D. 4 Litera A Pomeshchenie 69 ul. Kapitanskaya, St. Petersburg 199397, Russia; 4 Kapitanskaya Street, Unit A, Office 69-N, St. Petersburg 199397, Russia; Website http://www.oldcitykarst.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037800012711; Tax ID No. 7801106690; Government Gazette Number 48937526 [UKRAINE-EO13685].

"Karume" (a.k.a. KASAADA, Muzamil; a.k.a. KASADA, Kasadha; a.k.a. KASADHA, Amisi; a.k.a. KIRBAKI, Muzamir; a.k.a. KIRIBAKI, Muzamir; a.k.a. "Kalume"), Congo, Democratic Republic of the; DOB 1975 to 1981; POB Iganga District, Busoga Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"KARUMI" (a.k.a. AL-KA'ABI, Shaykh Abu-Akram; a.k.a. AL-KA'ABI, Sheik Akram; a.k.a. AL-KA'BI, Akram Abas; a.k.a. AL-KABI, Akram 'Abbas; a.k.a. AL-KABI, Arkam 'Abbas; a.k.a. "ABU-MUHAMMAD"; a.k.a. "'ALI, Abu"); DOB circa 1976; alt. DOB circa 1973; alt. DOB 17 Jul 1977; POB al 'Amarah, Iraq; alt. POB al

Kalamiy, Iraq; alt. POB Baghdad, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRAQ3].

"KASHMIR RESISTANCE" (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"KASTOR" (a.k.a. JIMENEZ CASTRO, Mario Alberto), Mexico; DOB 20 Oct 1988; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Gender Male; Digital Currency Address - ETH 0x9c2bc757b66f24d60f016b6237f8cdd414a879

fa; C.U.R.P. JICM881020HSLMSR07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"KATA'IB HIZBALLAH FI AL-IRAQ" (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KATA'IB HIZBALLAH; a.k.a. KHATA'IB HEZBOLLAH; a.k.a. KHATA'IB HIZBALLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'ABAS"; a.k.a. "KATIBAT ZAYD EBIN ALI"; a.k.a. "KATIBUT KARBALAH"), Iraq; Najaf, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; www.aleseb.com [FTO] [SDGT] [IRAQ3].

"KATIBAT ABU FATHEL AL A'ABAS" (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KATA'IB HIZBALLAH; a.k.a. KHATA'IB HEZBOLLAH; a.k.a. KHATA'IB HIZBALLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ZAYD EBIN ALI"; a.k.a. "KATIBUT KARBALAH"), Iraq; Najaf, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; www.aleseb.com [FTO] [SDGT] [IRAQ3].

"KATIBAT ZAYD EBIN ALI" (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KATA'IB HIZBALLAH; a.k.a. KHATA'IB HEZBOLLAH; a.k.a. KHATA'IB HIZBALLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'ABAS"; a.k.a. "KATIBUT KARBALAH"), Iraq; Najaf, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; www.aleseb.com [FTO] [SDGT] [IRAQ3].

"KATIBUT KARBALAH" (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KATA'IB HIZBALLAH; a.k.a. KHATA'IB HEZBOLLAH;

a.k.a. KHATA'IB HIZBALLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'ABAS"; a.k.a. "KATIBAT ZAYD EBIN ALI"), Iraq; Najaf, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; www.aleseb.com [FTO] [SDGT] [IRAQ3].

"KATO, L." (a.k.a. LUMISA, Muhamad; a.k.a. LUMISA, Muhammed; a.k.a. "LUMINSA"; a.k.a. "LUMWISA"; a.k.a. "Mukade"; a.k.a. "Mukake"), Congo, Democratic Republic of the; DOB 1959; alt. DOB 1959 to 1965; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"KAVEH PARS" (a.k.a. GHOSTARESHE SANAYIE MADANI KAWEH PARS; a.k.a. KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY (Arabic: شرکت گسترش صنایع معدنی کاوه پارس); a.k.a. KAVEH-PARS MINING INDUSTRIES DEVELOPMENT COMPANY; a.k.a. SHERKATE SANAYE MADANIYE KAVEH PARS; a.k.a. "KMID"), 9th Floor, Central Building, No 0, Resalat Highway - Bonyad Mostazafan, Modares Hwy, District 3, Tehran, Tehran Province 1519613519, Iran; Argentina Square, Beginning of Africa Highway, Bonyad Mostazafan Building Number 1, Tehran, Iran; Africa Boulevard, No. 5, End of Arash Street, Tehran, Iran; Website http://kpars.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103057702 (Iran); Registration Number 272808 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"KBP OAO" (a.k.a. INSTRUMENT DESIGN BUREAU; a.k.a. JSC KBP INSTRUMENT DESIGN BUREAU; a.k.a. KBP INSTRUMENT DESIGN BUREAU; a.k.a. KBP INSTRUMENT DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. KONSTRUKTORSKOE BYURO PRIBOROSTROENIYA OTKRYTOE AKTSIONERNOE OBSHCHESTVO), 59 Shcheglovskaya Zaseka ul., Tula 300001, Russia; Website www.kbptula.ru; Email Address kbkedr@tula.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1117154036911 (Russia); Government Gazette Number 07515747 (Russia) [UKRAINE-EO13661].

"KBR TECHNOLOGIES LLP" (a.k.a. KBR TEKHNOLOGII TOO), ul. Konstitutsii Kazakhstana d. 18, Petropavl, Kazakhstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 13 May 2022; Registration Number 220540015744 (Kazakhstan) [RUSSIA-EO14024] (Linked To: FABCENTER LLC; Linked To: OSTEC-ARTTOOL LTD; Linked To: OSTEC-SMT LTD; Linked To: OSTEC-INTEGRA LTD).

"KBSM AO" (a.k.a. DESIGN BUREAU OF SPECIAL MACHINE BUILDING; a.k.a. DESIGN BUREAU OF SPECIAL MACHINE-BUILDING; a.k.a. DESIGN BUREAU OF SPECIAL MACHINEBUILDING AO (Cyrillic: АО КОНСТРУКТОРСКОЕ БЮРО СПЕЦИАЛЬНОГО МАШИНОСТРОЕНИЯ); a.k.a. JOINT-STOCK COMPANY ENGINEERING OFFICE SPETSIALNOGO MASHINOSTROYENIYA; a.k.a. JOINT-STOCK COMPANY KBSM; a.k.a. KBSM DESIGN BUREAU OF SPECIAL MACHINEBUILDING), Obukhovskoy Oborony Ave, Saint Petersburg 192012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802205799 (Russia) [RUSSIA-EO14024].

"KEUN DONG" (a.k.a. APHICHART, Cheewinprapasi; f.k.a. HAI HSING, Sae Wei; a.k.a. HKIM, Aik Hsam; a.k.a. SOONTHRON, Cheewinprapasri; a.k.a. SUNTHORN, Chiwinpraphasi; a.k.a. WEI, Hsueh Lung; a.k.a. "CHAIRMAN KEUN"; a.k.a. "KEUN SEU CHANG"; a.k.a. "TI JUNG"; a.k.a. "WEI HSUEH LUNG"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; Pang Poi, Shan, Burma; Na Lot, Shan, Burma; 409/4, Soi Wachiratham Sathit 34, Khwaeng Bang Chak, Khet Phra Khanong, Bangkok, Thailand; DOB 1936; POB Chiang Rai, Thailand; Passport B265235 (Thailand); National Foreign ID Number 5570700010951 (Thailand) (individual) [SDNTK].

"KEUN SEU CHANG" (a.k.a. APHICHART, Cheewinprapasi; f.k.a. HAI HSING, Sae Wei; a.k.a. HKIM, Aik Hsam; a.k.a. SOONTHRON, Cheewinprapasri; a.k.a. SUNTHORN, Chiwinpraphasi; a.k.a. WEI, Hsueh Lung; a.k.a. "CHAIRMAN KEUN"; a.k.a. "KEUN DONG"; a.k.a. "TI JUNG"; a.k.a. "WEI HSUEH LUNG"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; Pang Poi, Shan, Burma; Na Lot, Shan, Burma; 409/4, Soi Wachiratham Sathit 34, Khwaeng Bang Chak, Khet Phra Khanong, Bangkok, Thailand; DOB 1936; POB Chiang Rai, Thailand; Passport B265235 (Thailand); National Foreign ID Number 5570700010951 (Thailand) (individual) [SDNTK].

"KFCC" (a.k.a. KAIFENG CARBON CO., LTD. CHINA PINGMEI SHENMA GROUP; a.k.a. KAIFENG PINGMEI NEW CARBON MATERIALS TECHNOLOGY CO., LTD.; a.k.a. KAIFENG PINGMEI XINXINGTAN MATERIAL TECHNOLOGY CO., LTD.), Dongiaobian Village, Shunhe Hui District, Kaifeng, Henan 475002, China; Donjiaobian Village, No. 310 National Highway, Kaifeng, Henan 475002, China; Biancun, East Suburbs, Shunhe District, Kaifeng, Henan Province 475002, China; Website www.kfcc.com.cn; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); Tax ID No. 410211742522406 (China); Unified Social Credit Code (USCC) 914102007425224065 (China) [IFCA] [IRAN-EO13871] (Linked To: PASARGAD STEEL COMPLEX).

"KGKPZ" (a.k.a. FEDERAL STATE ENTERPRISE KAZAN FEDERAL STATE GUNPOWDER PLANT; a.k.a. KAZANSKII GOSUDARSTVENNYI KAZENNYI POROKHOVOI ZAVOD), ul. Pervogo Maya D. 14, Kazan 420032, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 1656025681 (Russia); Registration Number 1031624002937 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"KHABAR, Abu" (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a.

GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Khadim" (a.k.a. BOURAS, Sami Bashur; a.k.a. "Wakrici"); DOB 1974 to 1976; citizen Sweden; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M323879 (Tunisia) (individual) [SDGT].

"khaleesi" (a.k.a. LI, Jiadong (Chinese Simplified: 李家东); a.k.a. "blackjack1987"), Anshan, Liaoning, China (Chinese Simplified: 鞍山, 辽宁, China); DOB 10 Jan 1987; nationality China; Gender Male; Digital Currency Address - XBT 1EfMVkxQQuZfBdocpJu6RUsCJvenQWbQyE; alt. Digital Currency Address - XBT 17UVSMegvrzfobKC82dHXpZLtLcqzW9stF; alt. Digital Currency Address - XBT 39eboeqYNFe2VoLC3mUGx4dh6GNhLB3D2q; alt. Digital Currency Address - XBT 39fhoB2DohisGBbHvvfmkdPdShT75CNHdX; alt. Digital Currency Address - XBT 3E6rY4dSCDW6y2bzJNwrjvTtdmMQjB6yeh; alt. Digital Currency Address - XBT 3EeR8FbcPbkcGj77D6ttneJxmsr3Nu7KGV; alt. Digital Currency Address - XBT 3HQRveQzPifZorZLDXHernc5zjoZax8U9f; alt. Digital Currency Address - XBT 3JXKQ81JzBqVbB8VHdV9Jtd7auWokkdPgY; alt. Digital Currency Address - XBT 3KHfXU24Bt3YD5Ef4J7uNp2buCuhrxfGen; alt. Digital Currency Address - XBT 3LbDu1rUXHNyiz4i8eb3KwkSSBMf7C583D; alt. Digital Currency Address - XBT 3MN8nYo1tt5hLxMwMbxDkXWd7Xu522hb9P; alt. Digital Currency Address - XBT 3N6WeZ6i34taX8Ditser6LKWBcXmt2XXL4; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Phone Number 8613314257947; alt. Phone Number 8618004121000; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number 210302198701102136

(China) (individual) [DPRK3] [CYBER2] (Linked To: LAZARUS GROUP).

"KHALID" (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. ALI, Hassan; a.k.a. AL-NUBI, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADHIL, Mustafa Mohamed; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. JIHAD, Abu; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. "ANIS, Abu"; a.k.a. "HUSSEIN"; a.k.a. "YUSSRR, Abu"); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

"KHALID, Mohamad" (a.k.a. HANAFI, Khalid; a.k.a. HANAFI, Mohammad Khalid; a.k.a. HANAFI, Shaikh al-Hadith Mohammad Khalid; a.k.a. HANAFI, Shaykh Muhammad Khalid), Afghanistan; DOB 1971 to 1972; POB Kolam Shaheed, Doabi, Nuristan, Afghanistan; nationality Afghanistan; Gender Male (individual) [GLOMAG].

"KHALIL YARRAYA" (a.k.a. JARRAYA, Khalil; a.k.a. JARRAYA, Khalil Ben Ahmed Ben Mohamed; a.k.a. "ABDEL' AZIZ BEN NARVAN"; a.k.a. "AMR"; a.k.a. "AMRO"; a.k.a. "AMROU"; a.k.a. "BEN NARVAN ABDEL AZIZ"; a.k.a. "OMAR"), Via Bellaria n.10, Bologna, Italy; Via Lazio n.3, Bologna, Italy; DOB 08 Feb 1969; alt. DOB 15 Aug 1970; POB Sfax, Tunisia; alt. POB Sreka, ex-Yugoslavia; nationality Tunisia; alt. nationality Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K989895 (Tunisia) issued 26 Jul 1995 expires 25 Jul 2000 (individual) [SDGT].

"KHAMZAT, Amir" (a.k.a. BYUTUKAEV, Aslan; a.k.a. BYUTUKAEV, Aslan Avgazarovich; a.k.a. BYUTUKAYEV, Aslan; a.k.a. "CHECHENSKY, Khamzat"; a.k.a. "Hamzat"; a.k.a. "KHAMZAT, Emir"), Akharkho Street,11, Katyr-Yurt, Ackhoy-Martanovskiy District, the Republic of Chechnya, Russia; DOB 22 Oct 1974; POB Kitaevka, Novoselitskiy Region, Stavropol Territory, the Russian Federation; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"KHAMZAT, Emir" (a.k.a. BYUTUKAEV, Aslan; a.k.a. BYUTUKAEV, Aslan Avgazarovich; a.k.a. BYUTUKAYEV, Aslan; a.k.a. "CHECHENSKY, Khamzat"; a.k.a. "Hamzat"; a.k.a. "KHAMZAT,

Amir"), Akharkho Street,11, Katyr-Yurt, Ackhoy-Martanovskiy District, the Republic of Chechnya, Russia; DOB 22 Oct 1974; POB Kitaevka, Novoselitskiy Region, Stavropol Territory, the Russian Federation; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"KHAN ORGANIZATION" (a.k.a. HAJI JUMA KHAN ORGANIZATION; a.k.a. "HJK ORGANIZATION"), Afghanistan; Pakistan [SDNTK].

"KHAN, Rahman Ieb" (a.k.a. MUHAMMAD, Rahman Zayb Faqir; a.k.a. MUHAMMAD, Rahman Zeb Faqir; a.k.a. "ALAMZEB"; a.k.a. "AURANGZEB"; a.k.a. "ZAIB, Alam"; a.k.a. "ZAIB, Rehman"; a.k.a. "ZEB, Rahman R"), Bashgram Laal Qila Wersakay, Lower Dir, Khyber Pakhtunkhwa Province, Pakistan; Lalqillah, Lower Dir District, Khyber Pakhtunkhwa Province, Pakistan; DOB 01 Jan 1970; alt. DOB 01 Jan 1974; POB Dir, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1530562382221 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"KHAREBA" (a.k.a. KHARAZISHVILI, Zviad), Micro District III, Gldani Bldg 68, Apt. 71, Tbilisi, Georgia; DOB 20 Mar 1975; POB Kareli, Georgia; nationality Georgia; Gender Male (individual) [GLOMAG].

"Khattab" (a.k.a. 'ABD AL-SALAM, Ashraf Muhammad Yusif; a.k.a. 'ABD AL-SALAM, Ashraf Muhammad Yusuf 'Uthman; a.k.a. 'ABD-AL-SALAM, Ashraf Muhammad Yusif 'Uthman; a.k.a. 'ABD-AL-SALAM, Ashraf Muhammad Yusuf; a.k.a. "Ibn al-Khattab"), Syria; DOB 01 Jan 1984 to 31 Dec 1984; POB Iraq; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 486298 (Jordan); alt. Passport K048787; National ID No. 28440000526 (Qatar) (individual) [SDGT].

"KHEL, Sher Omar" (a.k.a. KHALOUZAI, Asmatullah; a.k.a. KHALOZAI, Ismatullah), Kabul City, Kabul District, Kabul Province, Afghanistan; DOB 01 Jan 1995; POB Baba Zangi Village, Fabri Qand City, Baghlan-e Jadid District, Baghlan Province, Afghanistan; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIL KHORASAN).

"Khirurg" (a.k.a. ZALDASTANOV, Aleksandr Sergeevich; a.k.a. ZALDOSTANOV, Aleksandr; a.k.a. ZALDASTANOV, Alexander; a.k.a. ZALDOSTANOV, Alexander Sergeyevich; a.k.a. "The Surgeon"); DOB 19 Jan 1963; POB Kirovograd, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

"KHK" (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI; a.k.a. KADEK; a.k.a. KGK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS; a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE; a.k.a. "HSK"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

"KHOOTWAL, Haji" (a.k.a. NOORZAI, Haji Kotwal; a.k.a. "KHOTWAL, Haji"; a.k.a. "KOOTWAL, Haji"), Quetta City, Balochistan Province, Pakistan; Girdi Jangle, Balochistan Province, Pakistan; DOB 1961; alt. DOB 1960; alt. DOB 1962; alt. DOB 1958; alt. DOB 1957; alt. DOB 1959; POB Nahr-e Saraj Village, Nahr-e Saraj District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

"KHOTWAL, Haji" (a.k.a. NOORZAI, Haji Kotwal; a.k.a. "KHOOTWAL, Haji"; a.k.a. "KOOTWAL, Haji"), Quetta City, Balochistan Province, Pakistan; Girdi Jangle, Balochistan Province, Pakistan; DOB 1961; alt. DOB 1960; alt. DOB 1962; alt. DOB 1958; alt. DOB 1957; alt. DOB 1959; POB Nahr-e Saraj Village, Nahr-e Saraj District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

"KHRPI" (a.k.a. AL GAMAL, Saeed Ahmed Mohammed; a.k.a. AL-JAMAL, Sa'id Ahmad Muhammad; a.k.a. RAMI, Abu-Ahmad; a.k.a. SAEIDI, Ahmad; a.k.a. SA'IDI, Ahmad; a.k.a. "ABU-'ALI"; a.k.a. "AHMAD, Abu"; a.k.a. "CAIHONG" (Chinese Simplified: "彩虹"); a.k.a. "HISHAM"), Iran; DOB 01 Jan 1979; alt. DOB 28 Jul 1978; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Digital Currency Address - USDT TLNRT524dzL5FF1nJHDhYEMFpeWjLjRbz1; alt. Digital Currency Address - USDT THh5woR8qfmDsNknQ3agPYzQSiRtMnKsTh; alt. Digital Currency Address - USDT TV5ZTpKDszLTF6XcMnPongS33pwBgF91by; alt. Digital Currency Address - USDT TTAHMdqoom4f2VTWniroPWQHcTRZ4caoH4; alt. Digital Currency Address - USDT TFFvv7NAWmbcVfA7QN81mMvUC25TWj1WJx; Passport 04716186 (Yemen); alt. Passport U63475649 (Iran) expires 24 Jun 2028; alt. Passport E49297849 (Iran) expires 24 Aug 2024 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"KIA, Matin" (a.k.a. MATINKIA, Alireza), Tehran, Iran; DOB 06 Sep 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 145691535 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SABERIN KISH COMPANY).

"KIAM" (a.k.a. KELDYSH INSTITUTE OF APPLIED MATHEMATICS; a.k.a. KELDYSH INSTITUTE OF APPLIED MATHEMATICS OF THE RUSSIAN ACADEMY OF SCIENCES), pl. Miusskaya, d. 4, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7710063939 (Russia); Registration Number 1037739115787 (Russia) [RUSSIA-EO14024].

"KIB" (a.k.a. IMAM AL-BUKHARI BATTALION; a.k.a. IMAM AL-BUKHORIY BRIGADE; a.k.a. IMAM BUKHARI BATTALION; a.k.a. IMAM BUKHARI JAMAAT; a.k.a. IMAM BUKHORI JAMAAT; a.k.a. IMOM BUXORIY KATIBASI; a.k.a. KATIBAT AL-IMAM AL-BUKHARI; a.k.a. KATIBATUL IMOM AL-BUXORIY; a.k.a. "IBB"), Aleppo, Syria; Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"KIKE" (a.k.a. PLANCARTE SOLIS, Enrique; a.k.a. "LA CHIVA"), Michoacan, Mexico; c/o Colonia Centro, Ave Lazaro Cardenas Sur 134, Nueva Italia, Michoacan, Mexico; DOB 14 Sep 1970; POB Michoacan, Mexico; nationality Mexico; C.U.R.P. PASE700914HMNLLN09 (Mexico) (individual) [SDNTK].

"KIKIL" (a.k.a. CARO MONGE, Jesus Jose Gil), Mexico; DOB 20 Jun 1991; POB Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAMJ910620HJCRNS02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"Kili Cili" (a.k.a. PIDOUKOU, Pasaman Francis Marin Abbe), Tijuana, Baja California, Mexico; Mexico City, Mexico; DOB 03 Mar 1973; nationality Togo; citizen Togo; Gender Male; Phone Number 524731040117 (individual) [TCO] (Linked To: ABDUL KARIM CONTEH HUMAN SMUGGLING ORGANIZATION).

"KILLECH SHAMIR" (a.k.a. AKLI, Mohamed Amine; a.k.a. "ELIAS"; a.k.a. "KALI SAMI"); DOB 30 Mar 1972; POB Abordj El Kiffani, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"KIM, Geum Chol" (a.k.a. KIM, Geum Cheol (Korean: 김금철); a.k.a. "KIM, Kum-Chol"), Korea, North; DOB 1961; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; President of Pyongyang University of Automation (individual) [DPRK2].

"KIM, JIN SOK" (a.k.a. KIM, CHIN-SO'K; a.k.a. KIM, HYOK CHOL; a.k.a. KIM, TONG MYONG; a.k.a. KIM, Tong-Myo'ng); DOB 1964; alt. DOB 28 Aug 1962; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290320764 (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

"KIM, Kum-Chol" (a.k.a. KIM, Geum Cheol (Korean: 김금철); a.k.a. "KIM, Geum Chol"), Korea, North; DOB 1961; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; President of Pyongyang University of Automation (individual) [DPRK2].

"KIM, Yongbok" (a.k.a. KIM, Yong Bok (Korean: 김영복)), Korea, North; DOB 27 Jul 1957; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654420047 (Korea, North); Deputy Chief of the Korean People's Army General Staff (individual) [DPRK2].

"KIMIA CO., LTD." (a.k.a. KIMIA PAKHSH SHARGH; a.k.a. KIMIYA PAKHSH SHARGH; a.k.a. KIMIYA PAKHSH SHARGH CO. LTD; a.k.a. KIMIYA PAKHSH SHARGH GROUP; a.k.a. "KIMIA"), No. 6, West Zartosht Ave, Between Joybar & Valiasr, Tehran, Iran; West Zoroaster, Between Joybar and Valiasr, No. 6, Box: 42670, Tehran, Iran; First Floor, No. 10, The 11th Alley, Prideful Streets, Martyr Beheshti, Sarafraz Street, Beheshti Avenue, Tehran, Iran; No. 1, Next to Mehr Credit Institute, Zartosht Street, Tehran 1415863911, Iran; Website https://kps-co.com; alt. Website www.kps-co.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102179854 (Iran); Registration Number 175612 (Iran) [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

"KIMIA PARTS SIBON" (a.k.a. KIMIA PART SIVAN; a.k.a. KIMIA PART SIVAN COMPANY LLC (Arabic: شرکت کیمیا پارت سیوان با مسئولیت محدود); a.k.a. "KIMIYA PARS SEBON"; a.k.a. "KIPAS"), 1st Street, 6th Side Street, No. 81, Jey Industrial Park, Isfahan 8376100000, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10320661315 (Iran); Registration Number 47779 (Iran); alt. Registration Number 414950 (Iran) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"KIMIA" (a.k.a. KIMIA PAKHSH SHARGH; a.k.a. KIMIYA PAKHSH SHARGH; a.k.a. KIMIYA PAKHSH SHARGH CO. LTD; a.k.a. KIMIYA PAKHSH SHARGH GROUP; a.k.a. "KIMIA CO., LTD."), No. 6, West Zartosht Ave, Between Joybar & Valiasr, Tehran, Iran; West Zoroaster, Between Joybar and Valiasr, No. 6, Box: 42670, Tehran, Iran; First Floor, No. 10, The 11th Alley, Prideful Streets, Martyr Beheshti, Sarafraz Street, Beheshti Avenue, Tehran, Iran; No. 1, Next to Mehr Credit Institute, Zartosht Street, Tehran 1415863911, Iran; Website https://kps-co.com; alt. Website www.kps-co.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102179854 (Iran); Registration Number 175612 (Iran) [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

"KIMIYA PARS SEBON" (a.k.a. KIMIA PART SIVAN; a.k.a. KIMIA PART SIVAN COMPANY LLC (Arabic: شرکت کیمیا پارت سیوان با مسئولیت محدود); a.k.a. "KIMIA PARTS SIBON"; a.k.a. "KIPAS"), 1st Street, 6th Side Street, No. 81, Jey Industrial Park, Isfahan 8376100000, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10320661315 (Iran); Registration Number 47779 (Iran); alt. Registration Number 414950 (Iran) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"KIMO" (a.k.a. HAMRAOUI, Kamel Ben Mouldi Ben Hassan; a.k.a. "KAMEL"), Via Bertesi 27, Cremona, Italy; DOB 21 Oct 1977; POB Beja, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P229856 issued 01 Nov 2002 expires 31 Oct 2007; arrested 1 Apr 2003 (individual) [SDGT].

"KINAHAN SENIOR, Christy" (a.k.a. KINAHAN, Christopher Vincent; a.k.a. "O'BRIEN, Christopher"; a.k.a. "THE DAPPER DON"), Dubai, United Arab Emirates; Calle Muntaner 325, Planta 6, 4, Barcelona 08021, Spain; Calle Los Geranios, Villa Indelo N 244, San Pedro De Alcantara, Marbella, Spain; Urbanizacion Torre Bermeja, N 1501, Estepona, Spain; DOB 23 Mar 1957; alt. DOB 19 Nov 1952; alt. DOB 23 May 1957; POB Cabra, Ireland; alt. POB Perivale, Middlesex, United Kingdom; alt. POB London, United Kingdom; alt. POB Dublin, Ireland; nationality Ireland; citizen Ireland; Gender Male; Passport PD3265994 (Ireland); alt. Passport 094456153 (United Kingdom); alt. Passport 707265430 (United Kingdom); alt. Passport C181651D (United Kingdom); alt. Passport 701191749 (United Kingdom) (individual) [TCO] (Linked To: KINAHAN ORGANIZED CRIME GROUP).

"King of Zawarah" (a.k.a. AL IDRISI, Fehmi Abu Zaid Salem; a.k.a. BEN KHALIFA, Fahmi; a.k.a. BEN KHALIFA, Fahmi Mousa Saleem; a.k.a. BIN KHALIFA, Fahmi; a.k.a. SALEM, al Idrisi Fehmi Abu Zaid; a.k.a. "Fahmi Slim"), Sarage El Islam, Tripoli, Libya; Zuwarah, Libya; DOB 02 Jan 1972; nationality Libya; Gender Male; National ID No. 560147C (Libya) (individual) [LIBYA3].

"KING, James Conrad" (a.k.a. WEDDING, Ryan James), Mexico; DOB 14 Sep 1981; POB Thunder Bay, Ontario, Canada; nationality Canada; Gender Male; Digital Currency Address - TRX TAoLw5yD5XUoHWeBZRSZ1ExK9HMv2CiPvP; alt. Digital Currency Address - TRX TVNyvx2astt2AB1Us67ENjfMZeEXZeiuu6; alt. Digital Currency Address - TRX TPJ1JNX98MJpHueBJeF5SVSg85z8mYg1P1 (individual) [ILLICIT-DRUGS-EO14059].

"KINGMAX HOBBY" (a.k.a. DONGGUAN BINONG AVIATION PAISHE TECHNOLOGY CO LTD; a.k.a. DONGGUAN BINONG TECHNOLOGY CO LTD (Chinese Simplified: 东莞碧浓科技有限公司); a.k.a. KINGMAX HOBBY CO LIMITED), Zone 39, Weijian First Rd., Chashan Town, Dongguan 523000, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 914419005517077668 (China) [RUSSIA-EO14024].

"KIPAS" (a.k.a. KIMIA PART SIVAN; a.k.a. KIMIA PART SIVAN COMPANY LLC (Arabic: شرکت کیمیا پارت سیوان با مسئولیت محدود); a.k.a. "KIMIA PARTS SIBON"; a.k.a. "KIMIYA PARS SEBON"), 1st Street, 6th Side Street, No. 81, Jey Industrial Park, Isfahan 8376100000, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10320661315 (Iran); Registration Number 47779 (Iran); alt. Registration Number 414950 (Iran) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"KIPP" (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZICHESKIKH PROBLEM IM. P.L. KAPITSY ROSSISKOI AKADEMII NAUK; f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZICHESKIKH PROBLEM IM. P.L. KAPITSY ROSSISKOI AKADEMII NAUK BU; a.k.a. P.L. KAPITZA INSTITUTE FOR PHYSICAL PROBLEMS, RUSSIAN ACADEMY OF SCIENCES; a.k.a. "IFP RAN FGBU"), Kapitaza Institute, 2 ul. Kosygina, Moscow 119334, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Jan 1994; Tax ID No. 7736039850 (Russia); Government Gazette Number 02699338 (Russia); Registration Number 1037739409311 (Russia) [RUSSIA-EO14024].

"KIRKUKI, Bilal" (a.k.a. AL-CHAMCHAMALI, Bilal; a.k.a. AL-SHAKHAN, Fuad Ahmad Nuri

Ali; a.k.a. "KARIM, Mam"), Iran; DOB 10 Aug 1979; POB Gadir Karam, Tuz Khurmatu, Sala Ad-Din Province, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 00060543 (Iraq) (individual) [SDGT].

"KITOKO" (a.k.a. KITOKO FOOD FARM; a.k.a. KITOKOFOOD, SPRL; a.k.a. LA FERME KITOKO FOOD), 70 Avenue Batetela, Immeuble Tilapia, 5e etage, Gombe, Kinshasa, Congo, Democratic Republic of the; Along the N'sele River 50km (30 miles) outside Kinshasa, Congo, Democratic Republic of the [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

"KKO" (a.k.a. DEMOCRATIC KAREN BENEVOLENT ARMY; a.k.a. DEMOCRATIC KAREN BUDDHIST ARMY; a.k.a. DEMOCRATIC KAREN BUDDHIST ARMY BRIGADE 5; a.k.a. KALOH HTOO BAW ARMED GROUP; a.k.a. KAREN KLO HTOO BAW ORGANIZATION; a.k.a. KLO HTOO BAW BATTALION; a.k.a. "DKBA"; a.k.a. "DKBA 5"), Sone See Myaing Village, Myawaddy, Karen State, Burma; Organization Established Date 08 Nov 2010; Target Type Armed Group [BURMA-EO14014] [CYBER4].

"KLICHKO, Ivan P" (a.k.a. MISHIN, Aleksandr Igorvich; a.k.a. MISHIN, Alexander Igorevich (Cyrillic: МИШИН, Александр Игоревич); a.k.a. "ALEX560560"; a.k.a. "JAMES1789"; a.k.a. "PIPPIN, James"; a.k.a. "SASHA-BRN"; a.k.a. "TRIPLEX560"), Ul. Yubileynaya, D. 32, Barnaul, Altai Krai, Russia; DOB 18 Mar 1994; POB Altai Krai, Russia; nationality Russia; Gender Male; Digital Currency Address - XBT 3FfRvC3kSo2SxiQe5e7SSuNdegwgq8iusL; Passport 5904776 (Russia) expires 05 Sep 2027 (individual) [CYBER3] (Linked To: ZSERVERS).

"KLIMT, Gustav" (a.k.a. CAMBIS, Dimitris; a.k.a. KAMPIS, Dimitrios Alexandros); DOB 14 Oct 1963; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAN].

"KMCB" (a.k.a. KOREA MANDAL CREDIT BANK; a.k.a. MANDAL CREDIT BANK; a.k.a. "ANSAN"), P'yo'ngch'o'n District, Ansan 2-dong, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Financial Institution [DPRK4].

"KMID" (a.k.a. GHOSTARESHE SANAYIE MADANI KAWEH PARS; a.k.a. KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY (Arabic: شرکت گسترش صنایع معدنی کاوه پارس); a.k.a. KAVEH-PARS MINING INDUSTRIES DEVELOPMENT COMPANY; a.k.a. SHERKATE SANAYE MADANIYE KAVEH PARS; a.k.a. "KAVEH PARS"), 9th Floor, Central Building, No 0, Resalat Highway - Bonyad Mostazafan, Modares Hwy, District 3, Tehran, Tehran Province 1519613519, Iran; Argentina Square, Beginning of Africa Highway, Bonyad Mostazafan Building Number 1, Tehran, Iran; Africa Boulevard, No. 5, End of Arash Street, Tehran, Iran; Website http://kpars.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103057702 (Iran); Registration Number 272808 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"KNT GROUP" (a.k.a. LIMITED LIABILITY COMPANY KNT KAT), Ul. Kommunisticheskaya D. 116, Kv. 48, Sterlitamak 453100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Jul 2018; Tax ID No. 0268084396 (Russia); Registration Number 1180280043580 (Russia) [RUSSIA-EO14024].

"KOBA RUSTAVSKIY" (a.k.a. SHEMAZASHVILI, Koba Shalvovich; a.k.a. SHERMAZASHVILI, Koba; a.k.a. "TSITSILA"); DOB 1974; POB Rustavi, Georgia (individual) [TCO].

"KOCG" (a.k.a. KINAHAN ORGANISED CRIME GROUP; a.k.a. KINAHAN ORGANIZED CRIME GROUP), Ireland; United Kingdom; Spain; Netherlands; Dubai, United Arab Emirates; Target Type Criminal Organization [TCO].

"KOEC" (a.k.a. CHOSUN OIL EXPLORATION COMPANY; a.k.a. KOREA OIL EXPLORATION COMPANY; a.k.a. KOREA OIL EXPLORATION CORPORATION), Ulam Dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"KOGEN" (a.k.a. KOREA GENERAL COMPANY FOR EXTERNAL CONSTRUCTION; a.k.a. KOREA GENERAL CONSTRUCTION; a.k.a. KOREA GENERAL CORPORATION FOR EXTERNAL CONSTRUCTION; a.k.a.

"GENCO"; a.k.a. "ZENKO" (Cyrillic: "ЗЕНКО")), Korea, North; Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

"KOHTI VAPAUTTA!" (a.k.a. DEN NORSKE MOTSTANDSBEVEGELSEN; a.k.a. FINNISH RESISTANCE MOVEMENT; a.k.a. NORDIC RESISTANCE MOVEMENT; a.k.a. NORDISKA MOTSTANDSRORELSEN (Latin: NORDISKA MOTSTÅNDSRÖRELSEN); a.k.a. NORWEGIAN RESISTANCE MOVEMENT; a.k.a. NRM-NORWAY; a.k.a. SUOMEN VASTARINTALIIKE; a.k.a. SVENSKA MOTSTANDSRORELSEN (Latin: SVENSKA MOTSTÅNDSRÖRELSEN); a.k.a. SWEDISH RESISTANCE MOVEMENT; a.k.a. "NMR"; a.k.a. "NRM"; a.k.a. "NRM-FINLAND"; a.k.a. "NRM-SWEDEN"; a.k.a. "SMR"), Sweden; Norway; Denmark; Finland; Iceland; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1997 [SDGT].

"KOLYA-KYRGYZ" (a.k.a. ASANBEK, Kamchi; a.k.a. ASANBEK, Kamchy; a.k.a. KAMCHI, Asanbeka; a.k.a. KOLBAEV, Kamchi; a.k.a. KOLBAEV, Kamchibek; a.k.a. KOLBAYEV, Kamchi (Cyrillic: КОЛЬБАЕВ, КАМЧЫ); a.k.a. KOLBAYEV, Kamchibek (Cyrillic: КОЛЬБАЕВ, КАМЧИБЕК); a.k.a. KOLBAYEV, Kamchy; a.k.a. KOLBAYEV, Kamchybek Asanbekovich; a.k.a. "KAMCHI BISHKEKSKIY" (Cyrillic: "КАМЧИ БИШКЕКСКИЙ")), Bahar 1 Sector, C09-T02 Tower, Apartment 3203, Dubai 31672, United Arab Emirates; Murjan 6, Jumeirah Beach Residences, Dubai, United Arab Emirates; DOB 03 Aug 1974; alt. DOB 01 Jan 1973; POB Cholpon-Ata, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; Passport AC2499982 (Kyrgyzstan); alt. Passport AC732709 (Kyrgyzstan); Identification Number 20308197410028 (Kyrgyzstan); alt. Identification Number 1002001 (Kyrgyzstan) (individual) [SDNTK] [TCO] (Linked To: THIEVES-IN-LAW).

"KOMBINAT KAMENSKII" (a.k.a. FEDERAL STATE ENTERPRISE KAMENSKY COMBINE; a.k.a. FEDERALNOE KAZENNOE PREDPRIYATIE KOMBINAT KAMENSKI; a.k.a. KOMBINAT KAMENSKI FKP), Ul. Saprygina D.8, Kamensk-Shakhtinskiy 347801, Russia;

Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6147025090 (Russia); Registration Number 1066147003658 (Russia) [RUSSIA-EO14024].

"KOMID" (a.k.a. CHANGGWANG SINYONG CORPORATION; a.k.a. DPRKN MINING DEVELOPMENT TRADING COOPERATION; a.k.a. EXTERNAL TECHNOLOGY GENERAL CORPORATION; a.k.a. KOREA KUMRYONG TRADING COMPANY; a.k.a. KOREA MINING DEVELOPMENT TRADING CORPORATION; a.k.a. KOREAN MINING AND INDUSTRIAL DEVELOPMENT CORPORATION; a.k.a. NORTH KOREAN MINING DEVELOPMENT TRADING CORPORATION), Central District, Pyongyang, Korea, North; Beijing, China; Moscow, Russia; Tehran, Iran; Damascus, Syria; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK2].

"KONSTANTA" (Cyrillic: "КОНСТАНТА") (a.k.a. IC CONSTANTA LLC; a.k.a. KONSTANTA OOO; a.k.a. LIMITED LIABILITY COMPANY INSURANCE COMPANY KONSTANTA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТРАХОВАЯ КОМПАНИЯ КОНСТАНТА); a.k.a. LIMITED LIABILITY COMPANY RNCB INSURANCE; a.k.a. LLC SK KONSTANTA (Cyrillic: ООО СК КОНСТАНТА); a.k.a. "CONSTANTA"), d. 19 etazh 3 pom. 70, ul. Leninskaya Sloboda, Moscow 115280, Russia (Cyrillic: д. 19 етаж 3, помещ. 70, ул. Ленинская слобода, Москва 115280, Russia); st. Leninskaya Sloboda, house 19, floor 3, room. 70, Moscow 115280, Russia; vn. ter. Municipal district Danilovsky, Leninskaya Sloboda, house 19, floor 3, suite 70, Moscow 115280, Russia (Cyrillic: вн. тер г. муниципальный округ даниловский, ул. ленинская слобода, д. 19 етаж 3, помещ. 70, г. Москва 115280, Russia); Leninskaya Sloboda, house 19, floor 3, suite 70, Moscow 115280, Russia (Cyrillic: ул. Ленинская слобода, д. 19, этаж 3, помещ. 70, Москва 115280, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707447597 (Russia); Government Gazette Number 24544006 (Russia); Business Registration Number 1217700000011 (Russia) [RUSSIA-EO14024] [PEESA-EO14039].

"KONTOGOURIS, Petros Nikolao" (a.k.a. CONTOGURIS, Petros Nikola; a.k.a.

CONTOGURIS, Petros Nikolaos; a.k.a. CONTOGURIS-TROEMEL, Petros; a.k.a. "CONTOGU, Petros Nikolao"), Turkey; DOB 06 Jun 1947; POB Greece; nationality Greece; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: KALININ, Alexander Vladimirovich).

"KONTORA, Egor" (a.k.a. POPOV, Egor Sergeevich; a.k.a. POPOV, Igor; a.k.a. POPOV, Yegor Sergeyevich (Cyrillic: ПОПОВ, Егор Сергеевич); a.k.a. "ZHUKOV, Egor"), Moscow, Russia; DOB 25 Jan 1992; POB Volgograd, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 1811675248 (Russia) (individual) [RUSSIA-EO14024].

"KOOTWAL, Haji" (a.k.a. NOORZAI, Haji Kotwal; a.k.a. "KHOOTWAL, Haji"; a.k.a. "KHOTWAL, Haji"), Quetta City, Balochistan Province, Pakistan; Girdi Jangle, Balochistan Province, Pakistan; DOB 1961; alt. DOB 1960; alt. DOB 1962; alt. DOB 1958; alt. DOB 1957; alt. DOB 1959; POB Nahr-e Saraj Village, Nahr-e Saraj District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

"KOPELIPA" (a.k.a. VIEIRA DIAS JUNIOR, Manuel Helder; a.k.a. VIEIRA DIAS, Manuel Helder), Rua de Coimbra, No 3, Luanda, Luanda, Angola; DOB 04 Oct 1953; POB Luanda, Angola; nationality Angola; Gender Male; Passport N2360712 (Angola) expires 07 Aug 2028 (individual) [GLOMAG].

"KOSMICHESKIE KOMMUNIKATSII" (a.k.a. LIMITED LIABILITY COMPANY SPACE COMMUNICATIONS; a.k.a. OOO KOSKOM), ul. Aviamotornaya, d. 53, k. 1, et. 6, kom. 91, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704313605 (Russia); Registration Number 1157746350046 (Russia) [RUSSIA-EO14024].

"KOUMAL" (a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "ABOU HAMZA"; a.k.a. "ABOU HANZA"; a.k.a. "ABU KHAMZA"; a.k.a. "BILAL"; a.k.a. "BILAL KUMKAL"; a.k.a. "HAMZA"; a.k.a. "LAJONEL DIMON"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975; POB Roubaix, France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"KPC" (a.k.a. KHARG PETROCHEMICAL; a.k.a. KHARG PETROCHEMICAL COMPANY LIMITED (Arabic: شرکت پتروشیمی خارک سهامی (عام))), No. 40 Dodjamjou St., North Dibaji St., P.O. Box No. 19615-317, Tehran 1951994511, Iran; Website http://www.khargpetrochemical.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100455748 (Iran); Registration Number 11569 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

"KPI" (a.k.a. KISH P AND I CLUB; a.k.a. KISH PROTECTION AND INDEMNITY CLUB), Suite 6, 96 Maalek Ashtar Street Andisheh Blvd. Kish Island, 7941777844, Iran; No-82, 2nd Floor, Soltani St., Nelson Mandela Blvd, Tehran 19677-13855, Iran; Website http://www.kishpandi.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: MEHDI GROUP).

"KPTC" (a.k.a. JOSON PAEKHO MUYOK HOESA; a.k.a. KOREA PAEKHO TRADING CORPORATION; a.k.a. KOREA PAEKHO TRADING CORPORATION, LTD.; a.k.a. PAEKHO ARTS TRADING COMPANY; a.k.a. PAEKHO CONSTRUCTION SARL; a.k.a. PAEKHO FINE ART CORPORATION; a.k.a. PAEKHO TRADING COMPANY; a.k.a. WHITE TIGER TRADING COMPANY; a.k.a. "DEPARTMENT 30"), Chongryu 3-dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

"KRADEN" (a.k.a. DRAGON SECURE GMBH; a.k.a. "SKYDA"), Banhofstrasse 20, Zug 6300, Switzerland; Website www.kraden.com; alt. Website Skyda.co; Organization Established Date 03 Mar 2022; Organization Type: Computer programming activities; alt. Organization Type: Wireless telecommunications activities; Tax ID No. 280091217 (Switzerland); Registration Number CH-170.4.019.396-6 (Switzerland) [ILLICIT-DRUGS-EO14059] (Linked To: KARPAVICIUS, Rokas).

"KRET" (Cyrillic: "КРЭТ") (a.k.a. CONCERN RADIO ELECTRONIC TECHNOLOGIES; a.k.a. JOINT STOCK COMPANY CONCERN OF RADIO ELECTRONIC TECHNOLOGIES; a.k.a. JOINT STOCK COMPANY CONCERN RADIO ELECTRONIC TECHNOLOGIES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН РАДИОЭЛЕКТРОННЫЕ ТЕХНОЛОГИИ)), 20/1 Korp. 1 ul. Goncharnaya, Moscow 109240, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1097746084666 (Russia); Tax ID No. 7703695246 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

"KRK" (a.k.a. KORPORATIVNAYA REGISTRATORSKAYA KOMPANIYA), Ul. Vasilisy Kozhinoi D. 1, Et/Pom/Kom 4/I/75, Moscow 121096, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7730253529 (Russia); Registration Number 1197746576125 (Russia) [RUSSIA-EO14024].

"KS PHARMACY" (a.k.a. KS INTERNATIONAL TRADERS), Mumbai, Maharashtra 400095, India; Website www.ksinternationalpharmacy.com; Organization Established Date 27 Dec 2022; Tax ID No. 27AAZFK8713F2ZQ (India) [ILLICIT-DRUGS-EO14059] (Linked To: SHAIKH, Khizar Mohammad Iqbal).

"KSO COMPANY" (a.k.a. KALAYE SABZ ORZ COMPANY; a.k.a. TAMIN KALAYE SABZ; a.k.a. TAMIN KALAYE SABZ ARAS COMPANY; a.k.a. TAMIN KALAYE SABZ COMPANY; a.k.a. "TS CO."; a.k.a. "TS COMPANY"), No. 13, Unit 12, Sazman Ab Ave., Jenah Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 1463468660 (Iran); Company Number 10980302323 (Iran) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

"KSS" (a.k.a. BATTALION OF THE SAYYID'S MARTYRS; a.k.a. KATA'IB ABU FADL AL-ABBAS; a.k.a. KATA'IB KARBALA; a.k.a. KATA'IB SAYYID AL-SHUHADA (Arabic: كتائب سيد الشهداء); a.k.a. THE MASTER OF THE MARTYRS BRIGADE), Iraq; Syria; Lebanon; Website www.saidshuhada.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date May 2013;

Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"KT - UNMANNED SYSTEMS" (a.k.a. AO KT-UNMANNED SYSTEMS; a.k.a. JOINT STOCK COMPANY KT - UNMANNED SYSTEMS; a.k.a. "AO KRONSHTADT-UNMANNED SYSTEMS"; a.k.a. "AO KT - BESPILOTNYE SISTEMY"; a.k.a. "AO KT-BS"), PR-KT Malyi V.O. D.54, K.5 Lit. P, Saint Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Apr 2012; Tax ID No. 7801572080 (Russia); Registration Number 1127847213361 (Russia) [RUSSIA-EO14024].

"KTJ" (a.k.a. JANNAT OSHIKLARI; a.k.a. KATIBAT AL TAWHID WAL JIHAD; a.k.a. KHATIBA AL-TAWHID WAL-JIHAD; a.k.a. TAWHID AND JIHAD BRIGADE), Syria; Kyrgyzstan; Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"KTRV" (Cyrillic: "КТРВ") (a.k.a. AKTSIONERNOE OBSCHESTVO KORPORATSIYA TAKTICHESKOE RAKETNOE VOORUZHENIE; a.k.a. TACTICAL MISSILES CORPORATION JSC (Cyrillic: АО КОРПОРАЦИЯ ТАКТИЧЕСКОЕ РАКЕТНОЕ ВООРУЖЕНИЕ)), d. 7, ul. Ilicha, Korolev, Moskovskaya Obl. 141080, Russia (Cyrillic: д. 7, ул. Ильича, Королёв, Московская Область 141080, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 13 Mar 2003; Government Gazette Number 07503313 (Russia); Registration Number 1035003364021 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"KUI, Bung Nga" (a.k.a. KOI, Wan Kuok; a.k.a. KUOK-KUI, Wan; a.k.a. "Broken Tooth"; a.k.a. "Brokentooth"; a.k.a. "GUOJU, Yin"), Macau; DOB 29 Jul 1955; Gender Male; Passport 31135083 (Portugal) expires 27 Mar 2023 (individual) [GLOMAG].

"KURDI, Abdallah" (a.k.a. AHMED, Isma'il Fu'ad Rasul), Iran; DOB 1976; POB Kirkuk, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Kurdish Fox" (a.k.a. MAJID, Rawa; a.k.a. OTHMAN, Miran Rekawt), Iran; DOB 12 Jul 1986; POB Kermanshah, Iran; nationality Sweden; alt. nationality Iraq; citizen Sweden;

Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [TCO] (Linked To: FOXTROT NETWORK).

"KURDISH TALIBAN" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"KURDISTAN SUPPORTERS OF ISLAM" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"Kus" (a.k.a. AL-SHISHANI, Muslim Abu al-Walid; a.k.a. MADAEV, Lova; a.k.a. MADAEV, Murad; a.k.a. MADAYEV, Murad Akhmadovich; a.k.a. MARGOSHVILI, Lova; a.k.a. MARGOSHVILI, Murad; a.k.a. MARGOSHVILI, Murad Muslim Akhmetovich; a.k.a. MARGOSHVILI, Muslim Akhmetovich Georgik; a.k.a. MARGOSHVILI, Muslim Akmadovich; a.k.a. "Artur"; a.k.a. "Dzhordzhik"; a.k.a. "Dzhorzhik"; a.k.a. "Muslim Georgia"); DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 08091001080 (individual) [SDGT].

"KUWAITI, Abu Shaima'" (a.k.a. AL-ANIZI, 'Abd al-Rahman Khalaf; a.k.a. AL-'ANIZI, 'Abd al-Rahman Khalaf 'Ubayd Juday'; a.k.a. AL-'ANZI, 'Abd al-Rahman Khalaf; a.k.a. "ABU USAMA"; a.k.a. "AL-KUWAITI, Abu Usamah"; a.k.a. "AL-RAHMAN, Abu Usamah"; a.k.a. "YUSUF"); DOB 01 Jan 1973 to 31 Dec 1973; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 (individual) [SDGT].

"KYA LA BO" (a.k.a. KYA, La Bo; a.k.a. "CHA LA BO"; a.k.a. "JA LA BO"), Nakawngmu, Shan, Burma; Wan Hong, Shan, Burma; DOB 1940; alt. DOB 1942 (individual) [SDNTK].

"KYAW, Kyaw" (a.k.a. OO, Aung Naing; a.k.a. OO, U Aung Naing), L 103 Kanyeikthar Lane 6 FMI City, Rangoon, Burma; DOB 13 Oct 1962; alt. DOB 09 Jun 1969; POB Kyaukse, Burma; alt. POB Hkamti, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM002656 (Burma) issued 25 Aug 2014 expires 24 Aug 2024; National ID No. 7PAKHANAN013345 (Burma); alt. National ID No. 5SAKANAN017289 (Burma); Minister for Investment and Foreign Economic Relations (individual) [BURMA-EO14014].

"KYONGYONG CREDIT BANK" (a.k.a. CHEIL CREDIT BANK; a.k.a. FIRST CREDIT BANK), 3-18 Pyongyang Information Center, Potonggang District, Pyongyang, Korea, North; Beijing, China; Shenyang, China; Shanghai, China; SWIFT/BIC KYCBKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Financial Institution; Digital Currency Address - USDT TA3941uFAvmVibSkQ6fMJXxmaSNovX86mz; alt. Digital Currency Address - USDT TA39q3p75XRSWYAEaSF7dANtyksoa3sLge; alt. Digital Currency Address - USDT TBATDh41qMQ1yeVYecneEvhpfayYmkAQWS; alt. Digital Currency Address - USDT TBwghbQMsBC5xcUxE7ZpYXhfDMXZAfiFv6; alt. Digital Currency Address - USDT TBWRDpQsW1ZVPGGaBAwVLNb7iqmVBuM1 nj; alt. Digital Currency Address - USDT TBYRhsZR7Mdn9ezpGVLwZiNVnGm8wZGLA D; alt. Digital Currency Address - USDT TBZefVsyQpzzxc2WSCLbZBECvxVdzGqdtC; alt. Digital Currency Address - USDT TC5UNu3LGrjjVCuLNDdVgjm4oL5cQAyFRZ; alt. Digital Currency Address - USDT TCA7AfTSuDmgYk2VaezfPuZF4Z4X8wxwcQ; alt. Digital Currency Address - USDT TDNKsLvsY2iSznyghddXz7ZDRc4X3191Z8; alt. Digital Currency Address - USDT TE3mCcPULjPUE7ykX7RArDPAhyahoy3d2j; alt. Digital Currency Address - USDT TF4J8Gp7zbS8NA3HLuxsLdx7Ebzr6weCGn; alt. Digital Currency Address - USDT

TFdHux43bs21qRsygv5WQWfgtbQeT6nXey; alt. Digital Currency Address - USDT TFrH3dcpnR3tADrAcfyJwiK4brsgf3B7PG; alt. Digital Currency Address - USDT TFurWgnyNMq9bhLrLoT9FGnrLfAL2BtR5R; alt. Digital Currency Address - USDT TGDaYNWFXi9HJ7NacfETF15vhUH7eRhKzt; alt. Digital Currency Address - USDT TGdpkwNVFjw2DnbHBCFKLvCygPVPz9w4iM; alt. Digital Currency Address - USDT TGKgLatirRpTugS6wgCUKerjLbzWKXAVqx; alt. Digital Currency Address - USDT TGMFaAXH15oaW8MpcNHLid6NbMKWaaNPd C; alt. Digital Currency Address - USDT TGpNzk9noyvCCdnFPuSg5cqptPs16LjXZq; alt. Digital Currency Address - USDT TGRZZsD8gxahF5oE6C7K8LLRHqQzoPa5bX; alt. Digital Currency Address - USDT THEQTsqPhRDDfgcfBW5npH5Lr9PZhpthrf; alt. Digital Currency Address - USDT THHb5iMAbZgQYY19h6uY66y5xt6e11gcZC; alt. Digital Currency Address - USDT THob8vRrpDybXeqZDj8ukQhMjJVJ5nCbTW; alt. Digital Currency Address - USDT THUqqeevBQS3EYordDJKwp8DLFknesnfCD; alt. Digital Currency Address - USDT TJ812KESWjzJZGEWBPFCu74Js5zQS7jN5A; alt. Digital Currency Address - USDT TJBg9SxwiUUoqJGk18vK9avxkuV8GrKMK7; alt. Digital Currency Address - USDT TLRMHPjLGXsVpD9RVzSfat6zDiVDrd4b4w; alt. Digital Currency Address - USDT TMECKT19hfumcK3KqQKbhxkn1ohyeR58xu; alt. Digital Currency Address - USDT TMgnRWb9xFMtktny9Lzty21QYLLQD93ft6; alt. Digital Currency Address - USDT TMiSGhXXVsvJzqwGbwAsGiFxWg2eALZoM5; alt. Digital Currency Address - USDT TPcUZYthDfxNsHQnZZGBM1BDNBeNSjfPZE; alt. Digital Currency Address - USDT TPF9UQhqpV18BPWg5xo6MeB3h8t4iEg9gP; alt. Digital Currency Address - USDT TPo3JyryRcQ3uhBWexeYhtkpMitsUwY4uB; alt. Digital Currency Address - USDT TPPR7e8hGC57dexrE2jy1f94wtuGyVP6Dp; alt. Digital Currency Address - USDT TQKQ4ntejdYYJpuYkFz8oCSDoXW6RKRDdY; alt. Digital Currency Address - USDT TQthYM5nLqwAEr6DScC8tRtw29ncEB53mK; alt. Digital Currency Address - USDT TR18rEj7gWjKBJLYrowyfnvjWLTTsXGngK; alt. Digital Currency Address - USDT TRkGqvaobVp4XDNmSceRo5hDcJYDTFmYjd; alt. Digital Currency Address - USDT TTct1DezYvriNWU7Wi3mygLoskkaw61mra; alt.

Digital Currency Address - USDT TTUqoT6EAmiM1xLvwVwxhjvjaoEUGtKDdZ; alt. Digital Currency Address - USDT TTzMs5AR66jr9mQMkWfCHVwd3AiLLYPepQ; alt. Digital Currency Address - USDT TUKsuPVb8kgJVFp5x528KC5HisUVdzxami; alt. Digital Currency Address - USDT TVDsEFm19zLV8HeXdt6G75rLroxnp6uqpV; alt. Digital Currency Address - USDT TVu2SiQrWSnfwk8quAeDxfiaLy6FHzYkMA; alt. Digital Currency Address - USDT TVyiDQ25H6Rx6PcNV1WyjGasGSa8ehj1Uv; alt. Digital Currency Address - USDT TW3RgbhYkFEFnmRJ9mE9b83T9XYSMkjwuD ; alt. Digital Currency Address - USDT TWwv8FQiES3yHGig7y3zJWYuPaZfSV3vmY; alt. Digital Currency Address - USDT TXc4kRiMEcdXRxWpSKkD5qKaARExN4uxPq; alt. Digital Currency Address - USDT TXFUYHVJMDyKikutvCG6qNgTUS5pxtZhHs; alt. Digital Currency Address - USDT TYD6a4PAAfAgegEdDf9oZUnW4DFmS8jeFT; alt. Digital Currency Address - USDT TYK29mbyvVxLaLUKdFSTRADMwoxaVbVZQg ; alt. Digital Currency Address - USDT TYxwUhoLPF7AgfG9GaXFEp8CQi8K8KG1m3 [DPRK4].

"La Arana" (Latin: "La Araña") (a.k.a. CALDERON RIJO, Jose), Dominican Republic; DOB 04 Dec 1969; POB La Romana, Dominican Republic; nationality Dominican Republic; citizen Dominican Republic; Gender Male; Cedula No. 02601165380 (Dominican Republic) (individual) [ILLICIT-DRUGS-EO14059].

"La Burra" (a.k.a. DECUIR GARCIA, Raul), Mexico; DOB 14 Mar 1971; POB Tamaulipas, Mexico; nationality Mexico; Gender Male; C.U.R.P. DEGR710314HVZCRL01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: GULF CARTEL).

"LA CAMELIA" (a.k.a. CAMELIAS BAR; a.k.a. CAMELIAS BAR, S.A. DE C.V.; a.k.a. LA CAMELIA RESTAURANTE & CANTINA; a.k.a. RESTAURANTE BAR LA CAMELIA), Guadalajara, Jalisco, Mexico; Av. Chapalita 50, Guadalajara, Jalisco, Mexico; Lazaro Cardenas 2729 y Arboledas, Guadalajara, Jalisco, Mexico; Mariano Otero 1499, Col. Verde Valle, Guadalajara, Jalisco, Mexico; Folio Mercantil No. 26075 (Jalisco) (Mexico) [SDNTK].

"LA CHIVA" (a.k.a. PLANCARTE SOLIS, Enrique; a.k.a. "KIKE"), Michoacan, Mexico; c/o Colonia Centro, Ave Lazaro Cardenas Sur 134, Nueva Italia, Michoacan, Mexico; DOB 14 Sep

1970; POB Michoacan, Mexico; nationality Mexico; C.U.R.P. PASE700914HMNLLN09 (Mexico) (individual) [SDNTK].

"LA COMADRE" (a.k.a. CASTREJON PENA, Victor Nazario; a.k.a. MORENO GONZALEZ, Nazario; a.k.a. MORENO MADRIGAL, Nazario; a.k.a. MORENO, Chayo; a.k.a. MORENO, Jose; a.k.a. "CHAYO"; a.k.a. "EL CHAYO"; a.k.a. "EL DULCE"; a.k.a. "EL MAS LOCO"; a.k.a. "LOCO"; a.k.a. "TINO"), Apatzingan, Michoacan, Mexico; 625 Virgilio Garza Chepevera, Monterrey, Nuevo Leon 64030, Mexico; Calle Isidro Murivera, Matamoros 51370, Mexico; 7 Calle Fray Servando Teresa de Mier, Aptazingan, Michoacan, Mexico; 336 Calle Priv Carlos S de Gortari, Monterrey, Nuevo Laredo, Mexico; 36 Calle Nayarit, Caborca, Sonora 83610, Mexico; DOB 08 Mar 1970; alt. DOB 06 Mar 1970; alt. DOB 12 Jun 1967; alt. DOB 12 Jun 1979; alt. DOB 02 Feb 1982; POB Ario de Rosales, Michoacan, Mexico; alt. POB Guanajuatillo, Michoacan, Mexico; citizen Mexico; SSN 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 (United States); R.F.C. MOGN670612TN0 (Mexico); alt. R.F.C. MOGN700308TN2 (Mexico); alt. R.F.C. MOGN790612TN8 (Mexico); C.U.R.P. MOGN700308HMNRNZ07 (Mexico); Identification Number 092520304 (Mexico) (individual) [SDNTK].

"LA DONA" (Latin: "LA DOÑA") (a.k.a. CASTILLO PEINADO, Araceli), Mexico; DOB 04 Aug 1982; POB Chihuahua, Mexico; nationality Mexico; Gender Female; C.U.R.P. CAPA820804MCHSNR11 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"La Firma" (a.k.a. RIVERA VARELA, Carlos Andres), Puerto Vallarta, Jalisco, Mexico; DOB 19 Jun 1986; POB Cali, Valle, Colombia; nationality Colombia; alt. nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 1130648070 (Colombia); C.U.R.P. RIVC860619HNEVRR04 (Mexico) (individual) [SDNTK] [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"La Gallina" (a.k.a. GUDINO HARO, Francisco Javier (Latin: GUDIÑO HARO, Francisco Javier); a.k.a. "El Plumas"), Puerto Vallarta, Jalisco, Mexico; Guadalajara, Jalisco, Mexico; DOB 29 Feb 1988; POB Guadalajara, Jalisco, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; C.U.R.P. GUHF880229HJCDRR07 (Mexico) (individual) [SDNTK] [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"LA GUERA" (a.k.a. HERNANDEZ SALAS, Ofelia; a.k.a. "DONA LUPE"; a.k.a. "GUADALUPE"; a.k.a. "LA LUPE"), Avenida Barreda #2318, Res. Quintas del Rey, Mexicali, Baja California, Mexico; Avenida Dinamarca S/N, Col. Orizaba, Mexicali, Baja California, Mexico; DOB 27 Jun 1962; POB Guerrero, Mexico; nationality Mexico; Gender Female; C.U.R.P. HESO620627MGRRLF03 (Mexico) (individual) [TCO] (Linked To: HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION).

"LA KUORA" (a.k.a. INKUORTYN FIVE SRL; a.k.a. LA KUORA TERRAZA; a.k.a. LA TERRAZA DE LA KUORA), Calle La Guardia No. 25, Villa Consuelo, Santo Domingo, Dominican Republic; Tax ID No. 131-45973-2 (Dominican Republic) [SDNTK].

"LA LINEA" (a.k.a. CARTEL DE JUAREZ; a.k.a. JUAREZ CARTEL; a.k.a. "CARRILLO FUENTES DRUG TRAFFICKING ORGANIZATION"; a.k.a. "VCFO"), Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

"LA LUPE" (a.k.a. HERNANDEZ SALAS, Ofelia; a.k.a. "DONA LUPE"; a.k.a. "GUADALUPE"; a.k.a. "LA GUERA"), Avenida Barreda #2318, Res. Quintas del Rey, Mexicali, Baja California, Mexico; Avenida Dinamarca S/N, Col. Orizaba, Mexicali, Baja California, Mexico; DOB 27 Jun 1962; POB Guerrero, Mexico; nationality Mexico; Gender Female; C.U.R.P. HESO620627MGRRLF03 (Mexico) (individual) [TCO] (Linked To: HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION).

"LA MECHE" (a.k.a. BARRIOS HERNANDEZ, Mercedes), Xochitepec, Morelos, Mexico; DOB 05 May 1971; POB Acapulco de Juarez, Guerrero, Mexico; citizen Mexico; Gender Female; R.F.C. BAHM710505Q91 (Mexico); C.U.R.P. BAHM710505MGRRRR07 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

"LA MINSA" (a.k.a. LOPEZ HUERTA, Arnoldo; a.k.a. LOPEZ RUEDA, Jose Arnoldo; a.k.a. RUEDA MEDINA, Jose Arnoldo; a.k.a. "EL FLACO"; a.k.a. "FLACO"; a.k.a. "MODELO"); DOB 15 Dec 1969; alt. DOB 27 Dec 1969; POB Michoacan, Mexico; alt. POB Paracuaro, Mexico; nationality Mexico; C.U.R.P.

RUMA691215HMNDDR08 (Mexico) (individual) [SDNTK].

"LA NEGRA" (a.k.a. GOMEZ ALVAREZ, Sor Teresa); DOB 27 Jun 1956; POB Amalfi, Antioquia, Colombia; Cedula No. 21446537 (Colombia); Passport 21446537 (Colombia) (individual) [SDNTK] (Linked To: FUNDACION PARA LA PAZ DE CORDOBA).

"LA PATRONA" (a.k.a. MUSO, Sulma; a.k.a. MUSSO TORRES, Zulma Maria; a.k.a. "LA SENORA" (Latin: "LA SEÑORA")), Colombia; DOB 27 May 1963; POB Santa Marta, Colombia; citizen Colombia; Gender Female; Cedula No. 36141965 (Colombia); Passport AP517448 (Colombia); alt. Passport AB2574362 (Colombia) (individual) [SDNTK].

"LA PECOSA" (a.k.a. CIFUENTES VARGAS, Yanet), Carrera 2 Oeste No. 51-51, Cali, Colombia; DOB 01 Aug 1963; POB Buga, Valle, Colombia; Cedula No. 38864607 (Colombia); Passport AI988963 (Colombia) (individual) [SDNT].

"LA RANA" (a.k.a. ARZATE GARCIA, Rene), Mexico; DOB 11 Jun 1983; POB Baja California, Mexico; nationality Mexico; Gender Male; C.U.R.P. AAGR830611HBCRRN02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"LA ROBERTA" (a.k.a. AGUAYO, Adrian; a.k.a. "AGUAYO SALAS, Adrian"; a.k.a. "ROBERTA"), Chihuahua, Mexico; DOB 29 Jul 1980; POB Chihuahua, Mexico; nationality Mexico; Gender Male; C.U.R.P. AUXA800729HCHGXD02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"LA SENORA" (Latin: "LA SEÑORA") (a.k.a. MUSO, Sulma; a.k.a. MUSSO TORRES, Zulma Maria; a.k.a. "LA PATRONA"), Colombia; DOB 27 May 1963; POB Santa Marta, Colombia; citizen Colombia; Gender Female; Cedula No. 36141965 (Colombia); Passport AP517448 (Colombia); alt. Passport AB2574362 (Colombia) (individual) [SDNTK].

"La Sirena" (a.k.a. CISNEROS FLORES, Heladio), Mexico; DOB 21 Feb 1986; POB Michoacan, Mexico; nationality Mexico; Gender Male; C.U.R.P. CIFH860221HMNSLL02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: LOS VIAGRAS).

"LA TUTA" (a.k.a. GOMEZ MARTINEZ, Servando; a.k.a. "EL PROFE"; a.k.a. "EL PROFESOR"), 236 Ave. Lazaro Cardenas, Centro, 60920, Mexico; 25 Calle Libertad, Vigencia, Mexico; DOB 06 Feb 1966; POB Arteaga, Michoacan, Mexico; R.F.C.

GOMS660206NS4 (Mexico); alt. R.F.C. GOMS790516 (Mexico); C.U.R.P. GOMS660206HMNMRR08 (Mexico) (individual) [SDNTK].

"La Venadita" (a.k.a. HURTADO OLASCOAGA, Adita), Mexico; DOB 06 Sep 1975; POB Guerrero, Mexico; nationality Mexico; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. HUOA750906MGRRLD02 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: LA NUEVA FAMILIA MICHOACANA).

"LA WERA PALENQUE" (a.k.a. CARRASCO LEYVA, Josefa Yadira; a.k.a. "LA WERA"), Mexico; DOB 14 Nov 1978; POB Chihuahua, Mexico; nationality Mexico; Gender Female; C.U.R.P. CALJ781114MCHRYS03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"LA WERA" (a.k.a. CARRASCO LEYVA, Josefa Yadira; a.k.a. "LA WERA PALENQUE"), Mexico; DOB 14 Nov 1978; POB Chihuahua, Mexico; nationality Mexico; Gender Female; C.U.R.P. CALJ781114MCHRYS03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"LAAZ" (a.k.a. AKTSIONERNOE OBSHCHESTVO AVTOAGREGAT; a.k.a. JOINT STOCK COMPANY AVTOAGREGAT), 2A ul. Industrialnaia, Livny 303858, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5702000280 (Russia); Registration Number 1025700514718 (Russia) [RUSSIA-EO14024].

"LAB 110" (a.k.a. 110TH RESEARCH CENTER; a.k.a. "UNIT 110"), Pyongyang, Korea, North; Shenyang, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

"LABOBALLE" (a.k.a. AADAN, Mahad Ciise; a.k.a. ADAN, Mahad Isse; a.k.a. ADEN, Mahad Isse; a.k.a. MUHAMMAD, Mahad Cise), Bosaso, Somalia; Qandala, Somalia; DOB 1949; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"LAJONEL DIMON" (a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "ABOU HAMZA"; a.k.a. "ABOU HANZA"; a.k.a. "ABU KHAMZA"; a.k.a.

"BILAL"; a.k.a. "BILAL KUMKAL"; a.k.a. "HAMZA"; a.k.a. "KOUMAL"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975; POB Roubaix, France; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"LAKAY, Abu" (a.k.a. DEL ROSARIO SANTOS III, Hilarion; a.k.a. DEL ROSARIO SANTOS, Ahmad Islam; a.k.a. DEL ROSARIO SANTOS, Hilarion; a.k.a. SANTOS, Ahmad (Ahmed)), No. 50 Purdue Street, Cubao Quezon City, Philippines; DOB 1971; POB Manila, Phillipines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; RSM leader (individual) [SDGT].

"LAM, Gary" (a.k.a. JING HE, Lin; a.k.a. LIN, Jinghe (Chinese Simplified: 林敬鹤); a.k.a. "NG, Ken"), China; DOB 03 Dec 1982; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 350500198212032535 (China) (individual) [NPWMD] [IFSR] (Linked To: MATINKIA, Alireza).

"LAMO SANJOU" (a.k.a. JOSEPH, Wilson; a.k.a. "BEENIE"; a.k.a. "BIG CHIEF"; a.k.a. "LANMO SAN JOU" (Latin: "LANMÒ SAN JOU"); a.k.a. "LANMOU100JOU"; a.k.a. "WILSON, Joseph"), Port-au-Prince, Haiti; DOB 28 Feb 1993; POB Lascahobas, Central Department, Haiti; nationality Haiti; Gender Male (individual) [GLOMAG].

"LANMO SAN JOU" (Latin: "LANMÒ SAN JOU") (a.k.a. JOSEPH, Wilson; a.k.a. "BEENIE"; a.k.a. "BIG CHIEF"; a.k.a. "LAMO SANJOU"; a.k.a. "LANMOU100JOU"; a.k.a. "WILSON, Joseph"), Port-au-Prince, Haiti; DOB 28 Feb 1993; POB Lascahobas, Central Department, Haiti; nationality Haiti; Gender Male (individual) [GLOMAG].

"LANMOU100JOU" (a.k.a. JOSEPH, Wilson; a.k.a. "BEENIE"; a.k.a. "BIG CHIEF"; a.k.a. "LAMO SANJOU"; a.k.a. "LANMO SAN JOU" (Latin: "LANMÒ SAN JOU"); a.k.a. "WILSON, Joseph"), Port-au-Prince, Haiti; DOB 28 Feb 1993; POB Lascahobas, Central Department, Haiti; nationality Haiti; Gender Male (individual) [GLOMAG].

"LAO SSU" (a.k.a. HATSADIN, Phonsakunphaisan; a.k.a. LAO, Ssu; a.k.a. RUNGRIT, Thianphichet; a.k.a. WANG, Ssu; a.k.a. WANG, Wen Chou; a.k.a. WITTHAYA, Ngamthiralert), Burma; DOB 01 Jan 1960; Passport P403726 (Thailand); National ID No.

3570700443258 (Thailand) (individual) [SDNTK].

"LARRY" (a.k.a. PAURA, Jorge Alejandro), Buenos Aires, Argentina; DOB 31 Oct 1967; POB Buenos Aires, Argentina; nationality Argentina; Gender Male; Passport AAB376848 (Argentina); D.N.I. 18580686 (Argentina); C.U.I.T. 20185806864 (Argentina) (individual) [SDNTK] (Linked To: BAJER S.R.L.; Linked To: HIGH NUTRITION SOCIEDAD DE RESPONSABILIDAD LIMITADA).

"LASER SYSTEMS LTD." (a.k.a. LIMITED COMPANY LASER SYSTEMS), Ul. Svyazi D.34 Liter A, Strelna 198515, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7819039902 (Russia); Registration Number 1187847309913 (Russia) [RUSSIA-EO14024].

"LASHA RUSTAVSKI" (a.k.a. MALGASOV, Ymar; a.k.a. SHUSHANASHVILI, Iasha Pavlovich; a.k.a. SHUSHANASHVILI, Lasha Pavlovich (Cyrillic: ШУШАНАШВИЛИ, ЛАША ПАВЛОВИЧ); a.k.a. "LASHA RUSTAVSKIY" (Cyrillic: "ЛАША РУСТАВСКИЙ"); a.k.a. "LASHA RUSTAVSKY"; a.k.a. "LASHA TOLSTIY"; a.k.a. "LASHA TOLSTY"), Greece; DOB 25 Jul 1961; POB Rustavi, Georgia; nationality Georgia; Gender Male; Passport 5752452 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"LASHA RUSTAVSKIY" (Cyrillic: "ЛАША РУСТАВСКИЙ") (a.k.a. MALGASOV, Ymar; a.k.a. SHUSHANASHVILI, Iasha Pavlovich; a.k.a. SHUSHANASHVILI, Lasha Pavlovich (Cyrillic: ШУШАНАШВИЛИ, ЛАША ПАВЛОВИЧ); a.k.a. "LASHA RUSTAVSKI"; a.k.a. "LASHA RUSTAVSKY"; a.k.a. "LASHA TOLSTIY"; a.k.a. "LASHA TOLSTY"), Greece; DOB 25 Jul 1961; POB Rustavi, Georgia; nationality Georgia; Gender Male; Passport 5752452 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"LASHA RUSTAVSKY" (a.k.a. MALGASOV, Ymar; a.k.a. SHUSHANASHVILI, Iasha Pavlovich; a.k.a. SHUSHANASHVILI, Lasha Pavlovich (Cyrillic: ШУШАНАШВИЛИ, ЛАША ПАВЛОВИЧ); a.k.a. "LASHA RUSTAVSKI"; a.k.a. "LASHA RUSTAVSKIY" (Cyrillic: "ЛАША РУСТАВСКИЙ"); a.k.a. "LASHA TOLSTIY"; a.k.a. "LASHA TOLSTY"), Greece; DOB 25 Jul 1961; POB Rustavi, Georgia; nationality Georgia; Gender Male; Passport 5752452 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"LASHA TOLSTIY" (a.k.a. MALGASOV, Ymar; a.k.a. SHUSHANASHVILI, Iasha Pavlovich; a.k.a. SHUSHANASHVILI, Lasha Pavlovich (Cyrillic: ШУШАНАШВИЛИ, ЛАША ПАВЛОВИЧ); a.k.a. "LASHA RUSTAVSKI"; a.k.a. "LASHA RUSTAVSKIY" (Cyrillic: "ЛАША РУСТАВСКИЙ"); a.k.a. "LASHA RUSTAVSKY"; a.k.a. "LASHA TOLSTY"), Greece; DOB 25 Jul 1961; POB Rustavi, Georgia; nationality Georgia; Gender Male; Passport 5752452 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"LASHA TOLSTY" (a.k.a. MALGASOV, Ymar; a.k.a. SHUSHANASHVILI, Iasha Pavlovich; a.k.a. SHUSHANASHVILI, Lasha Pavlovich (Cyrillic: ШУШАНАШВИЛИ, ЛАША ПАВЛОВИЧ); a.k.a. "LASHA RUSTAVSKI"; a.k.a. "LASHA RUSTAVSKIY" (Cyrillic: "ЛАША РУСТАВСКИЙ"); a.k.a. "LASHA RUSTAVSKY"; a.k.a. "LASHA TOLSTIY"), Greece; DOB 25 Jul 1961; POB Rustavi, Georgia; nationality Georgia; Gender Male; Passport 5752452 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"Lastik" (a.k.a. BOGACHEV, Evgeniy Mikhailovich; a.k.a. BOGACHEV, Evgeniy Mikhaylovich; a.k.a. "lucky12345"; a.k.a. "Monstr"; a.k.a. "Pollingsoon"; a.k.a. "Slavik"), Lermontova Str., 120-101, Anapa, Russia; DOB 28 Oct 1983; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"LAU, Emily" (a.k.a. LIU, Baoxia (Chinese Simplified: 刘保霞); a.k.a. "LIU, Emily"), Beijing, China; DOB 10 Sep 1981; POB Shandong, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport G28882492 (China) expires 04 May 2018; National ID No. 370724198109101905 (China) (individual) [NPWMD] [IFSR] (Linked To: SHIRAZ ELECTRONICS INDUSTRIES).

"LAVRISHEV, Andrei V" (a.k.a. LAVRISHCHEV, Andrei Vasilyevich; a.k.a. LAVRISHCHEV, Andrey Vasilyevich (Cyrillic: ЛАВРИЩЕВ, Андрей Васильевич)), Russia; DOB 12 Oct 1959; POB Blagoveshchensk, Amur Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

"LAW ENFORCEMENT FORCES COOPERATIVE FOUNDATION" (a.k.a. BONYAD TA'AVON OF NAJA; a.k.a. LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN COOPERATIVE FOUNDATION; a.k.a. NIROOYE ENTEZAMI JOMHORI ESLAMI BONYAD TA'AVON; a.k.a. "POLICE COOPERATIVE FOUNDATION"), Hekmat Complex, At the Beginning of Marzdaran Boulevard, Sheikh Fazlollah Nuri Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100477865 (Iran); Registration ID 12322 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

"LAZHAR" (a.k.a. ROUINE, Al-Azhar Ben Khalifa Ben Ahmed; a.k.a. ROUINE, Lazher Ben Khalifa Ben Ahmed; a.k.a. "SALMANE"), Vicolo San Giovanni, Rimini, Italy; DOB 20 Nov 1975; POB Sfax, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P 182583 issued 13 Sep 2003 expires 12 Sep 2007; arrested 30 Sep 2002 (individual) [SDGT].

"LCIS" (a.k.a. LEBANESE COMPANY FOR INFORMATION AND STUDIES SARL (Arabic: الشركة اللبنانية للاعلام والدراسات); a.k.a. LEBANESE COMPANY FOR MEDIA AND STUDIES LLC), Taysir Shararah Building, Floor 3, Jinah, Lebanon; Sheikh Building, 5th floor, Nazlat al Sarola, Mneimneh Street, Al Hamra, Beirut, Lebanon; Snoubra Building, 6th Floor, Sami el Solh Street, Badaro, Beirut, Lebanon; Website http://lcis.media; alt. Website www.imarwaiktissad.com; alt. Website www.greenarea.me; alt. Website www.russia-now.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 1004003 (Lebanon) issued 03 Aug 2005 [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

"LEADING INNOVATOR LINK" (a.k.a. PISHRA MOBTAKER PEYVAND COMPANY; a.k.a. PISHRO MOBTAKER PEIVAND; a.k.a. PISHRO MOBTAKER PEYVAND (Arabic: پیشرو مبتکر پیوند)), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 21 Aug 2002; National ID No. 10102328283 (Iran);

Commercial Registry Number 190858 (Iran); Chamber of Commerce Number 132255 (Iran) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"LEAH COMPANY" (a.k.a. LIA CO L.L.C.; a.k.a. LIA COMPANY (Arabic: شركة ليا)), Damascus, Syria; Organization Established Date 30 Jan 2011 [PAARSSR-EO13894] (Linked To: MASOUTI, Mohammed Hammam Mohammed Adnan).

"LEE, Chang Ho" (a.k.a. RI, Chang Ho (Korean: 리창호); a.k.a. "RHEE, Chang Ho"), Korea, North; DOB 1967; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director of Korean People's Army, Reconnaissance General Bureau (individual) [DPRK2].

"LEE, DJ" (a.k.a. DONGJIN, Lee; a.k.a. LEE, Dongjin), Korea, South; DOB 10 Jul 1962; POB Busan, South Korea; nationality Korea, South; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport M72673454 (Korea, South); alt. Passport M10069085 (Korea, South) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY AK MICROTECH).

"LEE, Emma" (a.k.a. LI, Yongxin), China; DOB 24 Feb 1987; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female (individual) [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

"LEE, Francis" (a.k.a. LEE, Lap Shun), China; DOB 17 Jan 1972; POB Hong Kong, China; nationality China; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

"LEE, Meddie" (a.k.a. NKALUBO, Meddie; a.k.a. NKALUBO, Mohamed Ali), Congo, Democratic Republic of the; DOB 1987; alt. DOB 1988; POB Kampala, Uganda; nationality Uganda; citizen Uganda; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO).

"LEGIJA" (a.k.a. LUKOVIC, Milorad Ulemek); DOB 15 Mar 1968; POB Belgrade, Serbia and Montenegro (individual) [BALKANS].

"LEI, Jack" (a.k.a. LEI, Guojian (Chinese Simplified: 雷国建)), China; DOB 21 May 1983; POB Boyang County, Jiangxi, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 362330198305216238 (China) (individual) [NPWMD] [IFSR] (Linked To: RAYMING TECHNOLOGY).

"Leo" (a.k.a. GARCIA CORRALES, Leobardo), Mexico; DOB 10 Mar 1970; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GACL700310HSLRRB04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"LESAGE, Carol Jacques Ghislain" (a.k.a. AL-JAZA'IRI, Abu Ubaida; a.k.a. AL-JAZAIRI, Abu Ubaydah; a.k.a. GEUMMANE, Abu Bakr; a.k.a. GHUMAYN, Abu Bakr Muhammad Muhammad; a.k.a. GUEMMANE, Aboubakir; a.k.a. GUEMMANE, Aboubakr; a.k.a. GUEMMANE, Abu Bakr Muhammad Muhammad; a.k.a. JAMIN, Abu Bakr Muhammad Muhammad; a.k.a. MAZOUZ, Kheireddine; a.k.a. MAZOUZI, Khayr al-Din; a.k.a. "LESAGE, Jacques Ghislain"), Iran; DOB 31 Mar 1981; POB Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 98LH90556 (France) (individual) [SDGT] (Linked To: AL QA'IDA).

"LESAGE, Jacques Ghislain" (a.k.a. AL-JAZA'IRI, Abu Ubaida; a.k.a. AL-JAZAIRI, Abu Ubaydah; a.k.a. GEUMMANE, Abu Bakr; a.k.a. GHUMAYN, Abu Bakr Muhammad Muhammad; a.k.a. GUEMMANE, Aboubakir; a.k.a. GUEMMANE, Aboubakr; a.k.a. GUEMMANE, Abu Bakr Muhammad Muhammad; a.k.a. JAMIN, Abu Bakr Muhammad Muhammad; a.k.a. MAZOUZ, Kheireddine; a.k.a. MAZOUZI, Khayr al-Din; a.k.a. "LESAGE, Carol Jacques Ghislain"), Iran; DOB 31 Mar 1981; POB Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 98LH90556 (France) (individual) [SDGT] (Linked To: AL QA'IDA).

"LEUNG, Jackie" (a.k.a. LEUNG, Ho Kai; a.k.a. LEUNG, Ho-Kar), New Zealand; DOB 19 Aug 1978; nationality New Zealand; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

"LGOK" (a.k.a. LEBEDINSKI GOK AO; a.k.a. LEBEDINSKIY GOK JSC; a.k.a. LEBEDINSKIY GORNO OBOGATITELNIY KOMBINAT JOINT STOCK COMPANY (Cyrillic: ЛЕБЕДИНСКИЙ ГОРНО ОБОГАТИТЕЛЬНЫЙ КОМБИНАТ АКЦИОНЕРНОЕ ОБЩЕСТВО)), Industrial Site of LGOK, Gubkin, Belgorod Oblast 309191, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1971; Organization Type: Mining of iron ores; Tax ID No. 3127000014 (Russia); Registration Number 1023102257914 (Russia) [RUSSIA-EO14024] (Linked To: HOLDINGOVAYA KOMPANIYA METALLOINVEST AO).

"LH" (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"LI CHENG YU" (a.k.a. BOONTHAWEE, Sae Jang; a.k.a. BUNTHAWEE, Sae Chang; a.k.a. BUNTHAWEE, Sae Jang; a.k.a. LI, Cheng Yu; a.k.a. "AH LI KO"), Shan, Burma; 199/132, Mu 8, Tambon Non Jom, Amphur San Sai, Chiang Mai, Thailand; 725, Mu 10, Tambon Nong Bua, Amphur Chaiprakan, Chiang Mai, Thailand; DOB 06 Jun 1961; Passport X638456 (Thailand); National ID No. 5502100007251 (Thailand) (individual) [SDNTK].

"LI KAI SHOU" (a.k.a. LI, Kai Shou), Huay Aw, Shan, Burma; DOB 1949 (individual) [SDNTK].

"LI, Jiachao" (a.k.a. LEE, John; a.k.a. LEE, John Ka-chiu; a.k.a. LEE, Ka Chiu (Chinese Traditional: 李家超)), Flat A, 5/F, Block 2, King's Park Villa, No. 1 King's Park Rise, Homantin, Kowloon, Hong Kong; DOB 07 Dec 1957; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. G0286787 (Hong Kong); Secretary for Security (individual) [HK-EO13936].

"LID 66" (a.k.a. 66TH LIGHT INFANTRY DIVISION; a.k.a. LIGHT INFANTRY DIVISION 66; a.k.a. "66 LID"; a.k.a. "#66 DIVISION"; a.k.a. "DIV. 66"), Pyay Township, Bago Region, Burma; Target Type Government Entity [BURMA-EO14014].

"LIDER 3D" (a.k.a. DVIGATEL PROGRESSA; a.k.a. LLC ENGINE OF PROGRESS), Sh. Varshavskoe D. 17, Str. 6, Kom. 18, Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6230114074 (Russia); Registration Number 1196234010719 (Russia) [RUSSIA-EO14024].

"LIGHT INNOVATIONS" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INOVATSII SVETA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИННОВАЦИИ СВЕТА); a.k.a. OOO INNOVATSII SVETA (Cyrillic: ООО ИННОВАЦИИ СВЕТА)), Ul. Rochdelskaya D. 12, Str. 1, Moscow 123022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 May 2010; Tax ID No. 9709058222 (Russia); Government Gazette Number 66823252 (Russia); Registration Number 1107746435290 (Russia) [RUSSIA-EO14024] (Linked To: CHAYKA, Igor Yuryevich).

"LIGHTHOUSE" (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU LAITKHAUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛАЙТХАУС)), Pr-Kt Vernadskogo D. 53, Floor/Pomeshch. 3/I, Kom. 37, Moscow 119415, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 05 Jul 2017; Tax ID No. 9723031631 (Russia) [RUSSIA-EO14024].

"Likkrit" (a.k.a. MALOFEEV, Kirill Konstantinovich; a.k.a. MALOFEYEV, Kirill Konstantinovich (Cyrillic: МАЛОФЕЕВ, Кирилл Константинович)), Tvardovskogo Str 18 2 142, Moscow 123458, Russia; DOB 04 Oct 1995; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; National ID No. 4515477394 (Russia); Tax ID No. 772078537711 (Russia) (individual) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY 1M" (a.k.a. OBSHCHESTVO S OGRANICHENNOY

OTVETSTVENNOSTYU 1M (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ 1М)), Kom. 305 D. 61 Litera A Po. Pib Pomeshch. 594-601 (9N), Naberezhnaya Vyborgskaya, St. Petersburg 197342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801340146 (Russia); Registration Number 1177847361625 (Russia) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY ALKON" (a.k.a. OOO ALKON), Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 07 Jul 2006; Tax ID No. 7703599373 (Russia) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: SHCHERBAKOV, Kirill Konstantinovich).

"LIMITED LIABILITY COMPANY AVIATION COMPONENTS LOGISTICS" (a.k.a. AIRCRAFT COMPONENTS LOGISTICS LTD; a.k.a. "ACS LOGISTICS"), Ul. Vesny, D. 34, Pomeshch. 128, Krasnoyarsk 660077, Russia; 24 Vodopyanova St., Office 2, Krasnoyarsk 660098, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2465288353 (Russia); Registration Number 1132468013776 (Russia) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY CENTER FOR PROCESSING ELECTRONIC PAYMENTS" (a.k.a. NETEX TRADE; a.k.a. NETEX24; a.k.a. OBSHCHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU CENTR OBRABOTKI ELEKTRONNYKH PLATEZHEJ; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEI; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEY (Cyrillic: OOO ЦЕНТР ОБРАБОТКИ ЭЛЕКТРОННЫХ ПЛАТЕЖЕЙ); a.k.a. "NETEXCHANGE"; a.k.a. "OOO TSOEP" (Cyrillic: "OOO ЦОЭП")), Ul. Vilisa Latsisa D. 41, KV. 103, Moscow 125480, Russia; Business Center Iskra-Park, 35, Leningradsky Prospect, Moscow, Russia; Website https://www.netex24.net; alt. Website https://www.netex24.com; alt. Website https://www.netex.trade; alt. Website https://www.netexchange.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Feb 2014; Tax ID No. 7733872485 (Russia) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY CONSTRUCTION DREDGING COMPANY" (a.k.a. LIMITED LIABILITY COMPANY STROYITELNAYA DNOUGLUBITELNAYA KOMPANIA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТРОИТЕЛЬНАЯ ДНОУГЛУБИТЕЛЬНАЯ КОМПАНИЯ)), Office 233, Pomeshch. 9N/2, Str. 3, D. 14, Pl. Spartakovskaya, Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701225263 (Russia); Registration Number 1227700685937 (Russia) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY CST" (a.k.a. A LEVEL AEROSYSTEMS CST LLC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦСТ); a.k.a. "OOO TSST"), 130 Vorovskogo St., Izhevsk 436063, Russia; 3/2 Perunovsky Lane, Floor 3, Room 21, Moscow 127055, Russia; D. 2 etazh 5 kom. 7, per. Institutski, Moscow 127030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1841015504 (Russia); Registration Number 1101841007938 (Russia) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY DATA STORAGE CENTER" (a.k.a. LIMITED LIABILITY COMPANY SAFEDATA; a.k.a. TSENTR KHRANENIYA DANNYKH), Nikitskii Per D.7 Str.1, Moscow 125009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703616170 (Russia); Registration Number 1067759957275 (Russia) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY FAMROBOTIKS" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FAM ROBOTIKS; a.k.a. "FAM ROBOTICS LLC"), Pr-Kt Malyi V.O. D. 57, K. 3 Lit. A, Pom.12N, Saint Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801431788 (Russia); Registration Number 1077847102695 (Russia) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY GRAN" (a.k.a. GRAN SCIENTIFIC AND PRODUCTION ASSOCIATION; a.k.a. LIMITED LIABILITY COMPANY NAUCHNO PROIZVODSTVENNOE OBYEDINENIE GRAN; a.k.a. NAUCHNO PROIZVODSTVENNOE OBYEDINENIE GRAN; a.k.a. NPO GRAN; a.k.a. "NPP GERAN"), PR-KT Lenina, D. 21V, Office 516/8, Chelyabinsk 454090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

7451461159 (Russia); Registration Number 1227400042264 (Russia) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY GREEN CITY" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TEKHNOLOGIYA 5; a.k.a. TECHNOLOGY 5 CO., LIMITED; a.k.a. TEKNOLOGIYA 5, OOO), 12/1 str. 1 pom. 38, ul. Krasnoprudnaya, Moscow 107140, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Mar 2008; Tax ID No. 7708666513 (Russia); Government Gazette Number 85670297 (Russia) [RUSSIA-EO14024] (Linked To: HU, Xiaoxun).

"LIMITED LIABILITY COMPANY KBT" (a.k.a. LIMITED LIABILITY COMPANY KALININGRAD BALTTRANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КАЛИНИНГРАД БАЛТТРАНС)), 16 Zavodskaya Street, Apartment 3, Ozerki Village, Gvardeyskiy District, Kaliningrad Region, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3916016237 (Russia); Registration Number 1173926026130 (Russia) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY LOGIK" (a.k.a. LIMITED LIABILITY COMPANY LOGIK AY SI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛОГИК АЙ СИ)), Office 317 P.M. 1, Suite 2N, Letter L, Building 6, 32 19-ya Liniya V.O., Saint Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801686049 (Russia); Registration Number 1207800097889 (Russia) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY MODERN EQUIPMENT" (a.k.a. LIMITED LIABILITY COMPANY SOVREMENNOE OBORUDOVANIE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОВРЕМЕННОЕ ОБОРУДОВАНИЕ); a.k.a. "DDM.LAB"), d. 1, ofis 804.4, ul. Vasilisy Kozhinoy, Moscow 121096, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7729391644 (Russia); Registration Number 1037739782057 (Russia) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY NKT" (Cyrillic: "OOO НКТ") (a.k.a. LIMITED LIABILITY COMPANY NEW COMMUNAL TECHNOLOGIES; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NOVYE KOMMUNALNYE TEKHNOLOGII), D. 2 Pom. 11, Kvartal Lenryba Pos., Ust-Luga 188472, Russia; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Tax ID No. 7813283206 (Russia); Registration Number 1177847238942 (Russia) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY PROGRESS" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PROGRESS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОГРЕСС)), d. 17 k. 1 pom. 5/3/5, bulvar Chernomorski, Moscow 117452, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032139036 (Russia); Registration Number 1055006360287 (Russia) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY RTK TECHNOLOGIES" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RTK TECHNOLOGIES; a.k.a. RTK TEKHNOLOGII OOO (Cyrillic: ООО РТК ТЕХНОЛОГИИ)), d. 26 str. 10 pom. 1/3, shosse Varshavskoe, Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727798515 (Russia); Registration Number 1137746125131 (Russia) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY RUBIN" (Cyrillic: "ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУБИН") (a.k.a. LIMITED LIABILITY COMPANY RAFORT; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RAFORT; a.k.a. RAFORT LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАФОРТ); a.k.a. RAFORT, OOO (Cyrillic: ООО РАФОРТ); a.k.a. "RAFORT"; a.k.a. "RUBIN, OOO" (Cyrillic: "ООО РУБИН")), Apartment 40, Building 43, Tatarskaya Street, Ryazan, Ryazan Oblast 390005, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 6234061793 (Russia); Business Registration Number 1086234013051 (Russia) issued 16 Oct 2008 [DPRK] (Linked To: GAZARYAN, Rafael Anatolyevich).

"LIMITED LIABILITY COMPANY RUSAVTOMATIKA" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RUSAVTOMATIKA), Pr-Kt Malyi V.O. D. 57, K. 3 Lit. A, Pomeshch. 12N, Saint Petersburg 199178, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID

No. 7801325780 (Russia); Registration Number 1167847501161 (Russia) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES" (a.k.a. GAZPROM VNIIGAZ; a.k.a. GAZPROM VNIIGAZ, OOO (Cyrillic: ООО ГАЗПРОМ ВНИИГАЗ); a.k.a. LLC VNIIGAZ; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'NAUCHNO-ISSLEDOVATELSKI INSTITUT PRIRODNYKH GAZOV I GAZOVYKH TEKHNOLOGI - GAZPROM VNIIGAZ' (Cyrillic: НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ПРИРОДНЫХ ГАЗОВ И ГАЗОВЫХ ТЕХНОЛОГИЙ - ГАЗПРОМ ВНИИГАЗ); f.k.a. "ALL UNION SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES"; a.k.a. "VNIGAZ"), 15 Gazovikov St., bld. 1, Razvilka, Leninski Raion, Moskovskaya obl. 142717, Russia; Sevastopolskaya St. 1A, Ukhta, Komi Republic, Russia; Website www.vniigaz.ru; Email Address adm@vniigaz.gazprom.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jun 1999; Registration ID 1025000651598; Tax ID No. 5003028155; Government Gazette Number 31323949; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM).

"LIMITED LIABILITY COMPANY THE ELITE INVESTMENT GROUP" (a.k.a. THE ELITE INVESTMENT GROUP MAS'ULIYATI CHEKLANGAN JAMIYAT), 24 A-uy, Yuksalish Ko-chasi, Qovunchi Shaharchasi Qirsadoq, Mahallasi Yangiyo'l tumani, Tashkent, Uzbekistan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 23 Jan 2024; Tax ID No. 311052791 (Uzbekistan) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY WEB3 TECHNOLOGIES" (Cyrillic: "ООО ВЕЙВ3") (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU VEB3 TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ

ОТВЕТСТВЕННОСТЬЮ ВЕБ3 ТЕХНОЛОГИИ); a.k.a. "WEB3 TECH"; a.k.a. "WEB3 TECHNOLOGY LLC"), Nab. Bersenevskaya D. 6, Str 3, Et 4 Pom.I Kom 9, Moscow 119072, Russia; Website https://www.web3tech.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Aug 2017; Tax ID No. 7724417440 (Russia) [RUSSIA-EO14024].

"LITTLE TAIWANESE" (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"LIU, Emily" (a.k.a. LIU, Baoxia (Chinese Simplified: 刘保霞); a.k.a. "LAU, Emily"), Beijing, China; DOB 10 Sep 1981; POB Shandong, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport G28882492 (China) expires 04 May 2018; National ID No. 370724198109101905 (China) (individual) [NPWMD] [IFSR] (Linked To: SHIRAZ ELECTRONICS INDUSTRIES).

"LIU, Steve" (a.k.a. LIU, Lizhi (Chinese Simplified: 刘理志); a.k.a. "ENJOYGANZHOU";

a.k.a. "LIU, Steven"; a.k.a. "NICE LIZHI"; a.k.a. "NICELIZHI"; a.k.a. "XXL4"), No. 2 Shaguo Group, Yangmei Village, Huangjin Ridge, Zhanggong District, Ganzhou, Jiangxi, China; Lianhang Road, No. 1698, 5 Building, Pujiang Town, Minxing District, Shanghai, China; Lulian Road, 100 Alley, No. 5, Room 1202, Pujiang Town, Minxing District, Shanghai, China; Puxinggong Road, 9688, Alley No. 5, Haiwan Town, Fengxian District, Shanghai, China; DOB 13 Nov 1984; POB Zhanggong District, Ganzhou, Jiangxi, China; nationality China; Gender Male; National ID No. 36070219841113373X (China) (individual) [CYBER3] (Linked To: FUNNULL TECHNOLOGY INC).

"LIU, Steven" (a.k.a. LIU, Lizhi (Chinese Simplified: 刘理志); a.k.a. "ENJOYGANZHOU"; a.k.a. "LIU, Steve"; a.k.a. "NICE LIZHI"; a.k.a. "NICELIZHI"; a.k.a. "XXL4"), No. 2 Shaguo Group, Yangmei Village, Huangjin Ridge, Zhanggong District, Ganzhou, Jiangxi, China; Lianhang Road, No. 1698, 5 Building, Pujiang Town, Minxing District, Shanghai, China; Lulian Road, 100 Alley, No. 5, Room 1202, Pujiang Town, Minxing District, Shanghai, China; Puxinggong Road, 9688, Alley No. 5, Haiwan Town, Fengxian District, Shanghai, China; DOB 13 Nov 1984; POB Zhanggong District, Ganzhou, Jiangxi, China; nationality China; Gender Male; National ID No. 36070219841113373X (China) (individual) [CYBER3] (Linked To: FUNNULL TECHNOLOGY INC).

"LIZARRAGA, Gaby" (a.k.a. LIZARRAGA SANCHEZ, Karla Gabriela), Mexico; DOB 14 Jun 1993; POB Sinaloa, Mexico; nationality Mexico; Gender Female; C.U.R.P. LISK930614MSLZNR04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"LJ" (a.k.a. LASHKAR E JHANGVI; a.k.a. LASHKAR E JHANGVI AL-ALAMI; a.k.a. LASHKAR E JHANGVI AL-ALMI; a.k.a. LASHKAR I JHANGVI; a.k.a. LASHKAR-I-JHANGVI; a.k.a. LEJ AL-ALAMI); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"LLC 10 GPZ" (a.k.a. JOINT STOCK COMPANY TENTH BEARING PLANT; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU DESIATYI PODSHIPNIKOVYI ZAVOD), zd. 1 str. 1 ul. Peskova, Rostov-On-Don 344091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6168111569 (Russia); Registration Number 1206100017331 (Russia) [RUSSIA-EO14024] (Linked To: AUTOMOBILE PLANT URAL JOINT STOCK COMPANY).

"LLC 2050 AT" (Cyrillic: "ООО 2050 АТ") (a.k.a. LIMITED LIABILITY COMPANY 2050 ADDITIVE TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ 2050 АДДИТИВЫЕ ТЕХНОЛОГИИ)), 4 Samokatnaya Street, Building 45, Moscow 111033, Russia; 1 Bolshoy Gnezdnikovskiy Lane, Building 2, Moscow 125009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703465267 (Russia); Registration Number 1187746803881 (Russia) [RUSSIA-EO14024].

"LLC AKM" (a.k.a. AK MIKROTEKH; a.k.a. LIMITED LIABILITY COMPANY AK MICROTECH), Sh. Varshavskoe d. 118, k. 1, floor 19 kom 3, Moscow 117587, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731339867 (Russia); Registration Number 5167746451648 (Russia) [RUSSIA-EO14024].

"LLC ALFA" (a.k.a. ALFA LIMITED LIABILITY COMPANY), Ul. 2-YA Alekseevskaya D. 7, Lit. A, Pomeshch. 25N, Office 2, Saint Petersburg 197375, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Feb 2022; Tax ID No. 7802921915 (Russia); Registration Number 1227800017818 (Russia) [RUSSIA-EO14024].

"LLC ANGAR" (a.k.a. LIMITED LIABILITY COMPANY ANGAR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АНГАР)), domovladenie 71A, ul. Knyshevskogo, Mineralnye Vody 357202, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1112651014475 (Russia); Registration Number 2630800190 (Russia) [RUSSIA-EO14024] (Linked To: S 7 ENGINEERING LLC).

"LLC ASP" (a.k.a. LIMITED LIABILITY COMPANY AURORA SEA PORT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МОРСКОЙ ПОРТ АВРОРА)), Suite 10, 2 Postnikova Street, Fokino 692880, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2512466969 (Russia); Registration Number 1192536018399 (Russia) [RUSSIA-EO14024].

"LLC AXIOM" (a.k.a. AKSIOMA LIMITED LIABILITY COMPANY; a.k.a. "AKSIOMA"), Ul. Entuziastov 1-YA D. 12, Chast Kom #15, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 May 2017; Tax ID No. 7720380736 (Russia); Registration Number 1177746461012 (Russia) [RUSSIA-EO14024].

"LLC BIS" (Cyrillic: "ООО БИС") (a.k.a. LIMITED LIABILITY COMPANY BANK INNOVATION SYSTEMS; a.k.a. LIMITED LIABILITY COMPANY BANKOVSKIE INNOVATSIONNYE SISTEMY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БАНКОВСКИЕ ИННОВАЦИОННЫЕ СИСТЕМЫ)), Ul. Belinskogo 163V, Ekaterinburg 620089, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 1655102291 (Russia); Registration Number 1051622162932 (Russia) [RUSSIA-EO14024].

"LLC BPTK" (a.k.a. LIMITED LIABILITY COMPANY BEYSKIY PROMYSHLENNO TRANSPORTNYY KOMPLEKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЙСКИЙ ПРОМЫШЛЕННО ТРАНСПОРТНЫЙ КОМПЛЕКС)), Building 1, 43 Lenina Avenue, Abakan 655017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1902029264 (Russia); Registration Number 1191901002996 (Russia) [RUSSIA-EO14024].

"LLC BROKER EXPERT" (Cyrillic: "ООО БРОКЕР ЭКСПЕРТ") (a.k.a. LIMITED LIABILITY COMPANY BROKER EXPERT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БРОКЕР ЭКСПЕРТ); a.k.a. "BROKER EKSPERT LLC"), Pom. 3N, Liter M, 6, Ul. Tsvetochnaya, St. Petersburg 196084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Feb 2015; Organization Type: Non-specialized wholesale trade; Tax ID No. 7810336185 (Russia); Registration Number 1157847037105 (Russia) [RUSSIA-EO14024] (Linked To: BOIS ROUGE SARLU).

"LLC CCK EXPERT" (a.k.a. LIMITED LIABILITY COMPANY SHOOTING AND BENCH COMPLEX ALTAYSKY STRELOK; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU STRELKOVO

STENDOVYI KOMPLEKS ALTAISKII STRELOK; a.k.a. SHOOTING CENTER ALTAY SHOOTER LTD; a.k.a. "OOO SSK AS"), Shadrino village, Barnaul 656000, Russia; 28 Ulitsa Kulagina, Barnaul 656012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2224083790 (Russia); Registration Number 1032202181516 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY BARNAUL CARTRIDGE PLANT).

"LLC CNIPR" (a.k.a. CENTER FOR SCIENTIFIC-RESEARCH AND PRODUCTION WORK; a.k.a. LLC CENTER OF THE SCIENCE RESEARCH AND PRODUCTION WORKS; a.k.a. TSENTR NAUCHNO ISSLEDOVATELSKIKH I PROIZVODSTVENNYKH RABOT (Cyrillic: ЦЕНТР НАУЧНО ИССЛЕДОВАТЕЛЬСКИХ И ПРОИЗВОДСТВЕННЫХ РАБОТ)), Ul. Tsentralnaya d. 19, Kogalym 628483, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 8608053410 (Russia); Registration Number 1088608000436 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"LLC COALSTAR" (a.k.a. LIMITED LIABILITY COMPANY KOULSTAR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОУЛСТАР)), Room 19, Floor 7, 6 Gasheka Street, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704445577 (Russia); Registration Number 5177746031623 (Russia) [RUSSIA-EO14024].

"LLC CST" (a.k.a. LIMITED LIABILITY COMPANY COALSTAR SEA TERMINAL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МОРСКОЙ ТЕРМИНАЛ КОУЛСТАР); a.k.a. LLC COALSTAR MARINE TERMINAL), Office 104, 2 Administrative Town, Nakhodka 692904, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704485266 (Russia); Registration Number 1197746226017 (Russia) [RUSSIA-EO14024].

"LLC DRAKE" (Cyrillic: "ООО ДРЕЙК") (a.k.a. LIMITED LIABILITY COMPANY DRAKE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДРЕЙК); a.k.a. LIMITED LIABILITY COMPANY DREYK), ul. Sh-2 (OEZ Alabuga Ter.), Str. 5/12, Pomeshch. 126, Yelabuga, Republic of Tatarstan 423601, Russia (Cyrillic: УЛ Ш-2 (ОЭЗ АЛАБУГА ТЕР.),

СТР. 5/12, ПОМЕЩ. 126, Елабуга, Республика Татарстан 423601, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 May 2019; Tax ID No. 1646047020 (Russia); Government Gazette Number 39455544 (Russia); Registration Number 1191690040519 (Russia) [RUSSIA-EO14024].

"LLC EC AT" (Cyrillic: "ООО ИЦ АТ") (a.k.a. LIMITED LIABILITY COMPANY ENGINEERING CENTER OF ADDITIVE TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНЖИНИРИНГОВЫЙ ЦЕНТР АДДИТИВНЫХ ТЕХНОЛОГИЙ)), 2 Gorbunova Street, Building 2, Room 719, Moscow 121596, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731395300 (Russia); Registration Number 1187746029756 (Russia) [RUSSIA-EO14024].

"LLC EDS" (a.k.a. LIMITED LIABILITY COMPANY EMERGENCY DIGITAL SOLUTIONS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭМЕРДЖЕНСИ ДИДЖИТАЛ СОЛЮШЕНС)), 3 Perunovskiy Lane, Building 2, Office 2, Moscow 127055, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9715315319 (Russia); Registration Number 1187746421664 (Russia) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Nikita Aleksandrovich).

"LLC ENGINEERING GROUP" (a.k.a. INZHINIRING GRUPP OOO (Cyrillic: ООО "ИНЖИНИРИНГ ГРУПП"); a.k.a. OOO IZOVAK ENGINEERING (Cyrillic: ООО "ИЗОВАК ИНЖИНИРИНГ")), Ul. Lva Tolstogo D. 5, Str. 2, Floor 4, Pomeshch./Kom. 2/24 (V 416), Moscow 119021, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Sep 2020; Tax ID No. 7708387990 (Russia); Government Gazette Number 45582270 (Russia); Registration Number 1207700340759 (Russia) [RUSSIA-EO14024].

"LLC GKG" (Cyrillic: "ООО ГКГ") (a.k.a. GLOBAL VISION GROUP; a.k.a. LIMITED LIABILITY COMPANY GLOBAL CONCEPTS GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЛОБАЛЬНЫЕ КОНЦЕПЦИИ ГРУПП)), Office I Room 7, Building 3, House 22, Staromonetny Lane, Moscow 119180, Russia; Russia; Staromonetne STR 22/3, Moscow, Russia; Additional

Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR] (Linked To: ALCHWIKI, Mhd Amer).

"LLC GL ENGINEERING" (Cyrillic: "ООО ГЛ ИНЖИНИРИНГ") (a.k.a. LIMITED LIABILITY COMPANY GAZPROM LINDE ENGINEERING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАЗПРОМ ЛИНДЕ ИНЖИНИРИНГ); a.k.a. "GLE LLC"), d. 12 k. str. 1 pom. 1N chast pomeshch. 409, ul. Shkiperski Protok, St. Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0266023912 (Russia); Registration Number 1040203382845 (Russia) [RUSSIA-EO14024].

"LLC GORA" (Cyrillic: "ООО ГОРА") (a.k.a. LIMITED LIABILITY COMPANY GORA GOLDEN RATIO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГОРА ГОЛДЕН РАТИО)), 40 Bolshoy Boulevard, Floor 5, Room 118, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9731087042 (Russia); Registration Number 1217700632632 (Russia) [RUSSIA-EO14024].

"LLC IBC" (a.k.a. LIMITED LIABILITY COMPANY INTERNATIONAL BUSINESS CORPORATION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖДУНАРОДНЫЙ БИЗНЕС КОРПОРАЦИЯ)), 27 Yartsevskaya St., Apt. 172, Room 1, Moscow 121552, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9731103375 (Russia); Registration Number 1227700743940 (Russia) [RUSSIA-EO14024].

"LLC INTERSERVICE" (a.k.a. INTERSERVIS NOVOPOLOTSKOE LLC; a.k.a. LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSK LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSKOYE OBSHCHESTVO S OGRANICHENNOY OTVESTVENNOSTYU INTERSERVIS (Cyrillic: НОВОПОЛОЦКОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРСЕРВИС); a.k.a. OOO INTERSERVIS (Cyrillic: ООО ИНТЕРСЕРВИС); a.k.a. TAA INTERSERVIS (Cyrillic: ТАА ІНТЭРСЭРВІС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTERSERVIS (Cyrillic:

ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭРСЭРВІС); a.k.a. "INTERSERVICE"), ul. Molodezhnaya, d. 7, kom. 110, Novopolotsk, Vitebsk oblast 211440, Belarus (Cyrillic: ул. Молодежная, д. 7, ком. 110, г. Новополоцк, Витебская область 211440, Belarus); Organization Established Date 13 May 1998; Registration Number 300577484 (Belarus) [BELARUS-EO14038].

"LLC IRC" (a.k.a. LIMITED LIABILITY COMPANY INTERREGIONCONSTRUCTION; a.k.a. LIMITED LIABILITY COMPANY MEZHREGIONSTROY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖРЕГИОНСТРОЙ)), Pomeshch. 4/2, D. 3, Ul. Marshala Sokolovskogo, Moscow 123060, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725675317 (Russia); Registration Number 1097746504778 (Russia) [RUSSIA-EO14024].

"LLC KARST" (a.k.a. CONSTRUCTION HOLDING COMPANY OLD CITY - KARST; a.k.a. KARST, OOO; a.k.a. OBSHCESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KARST; a.k.a. "KARST LTD."), D. 4 Litera A Pomeshchenie 69 ul. Kapitanskaya, St. Petersburg 199397, Russia; 4 Kapitanskaya Street, Unit A, Office 69-N, St. Petersburg 199397, Russia; Website http://www.oldcitykarst.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037800012711; Tax ID No. 7801106690; Government Gazette Number 48937526 [UKRAINE-EO13685].

"LLC KGI RUS" (a.k.a. LIMITED LIABILITY COMPANY KEYDZHI RUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КЕЙДЖИ РУС)), vladenie 165a etazh 5 kom. 25, shosse Yuzhnoe, Togliatti 445043, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6317150951 (Russia); Registration Number 1206300068468 (Russia) [RUSSIA-EO14024].

"LLC KGW" (a.k.a. LIMITED LIABILITY COMPANY KLIN GLASSWORKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КЛИНСКИЙ СТЕКОЛЬНЫЙ ЗАВОД); a.k.a. LLC AGC FLAT GLASS KLIN), 36 Sosnovyy Bor Street, Spas-Zaulok Village, Klin 141667, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5020033028 (Russia);

Registration Number 1035003950321 (Russia) [RUSSIA-EO14024].

"LLC LEDA" (a.k.a. LEDA LIMITED LIABILITY COMPANY), Ul. Gorbunova D. 2, Str. 3, Pomeshch. 31/2, Moscow 121596, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Feb 2014; Tax ID No. 7731466061 (Russia); Registration Number 1147746159549 (Russia) [RUSSIA-EO14024].

"LLC LEKO" (Cyrillic: "ООО ЛЕКО") (a.k.a. LIMITED LIABILITY COMPANY LEGION KOMPLEKT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛЕГИОН КОМПЛЕКТ)), Floor 1, Room B2 office 35, 17 Vavilova street, Moscow 117312, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743208298 (Russia); Registration Number 1177746464378 (Russia) [RUSSIA-EO14024].

"LLC MBB" (a.k.a. LIMITED LIABILITY COMPANY MOSCOW BUSINESS BROKERAGE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МОСКОВСКИЙ БИЗНЕС БРОКЕРИДЖ); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MOSKOVSKI BIZNES BROKERIDZH), 29 Kalmykova St., Apt. 37, Chelyabinsk 454052, Russia; 26 Malaya Bronnaya St., Building 2, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7460055442 (Russia); Registration Number 1227400005546 (Russia) [RUSSIA-EO14024].

"LLC MC RVC" (a.k.a. LIMITED LIABILITY COMPANY RVC MANAGEMENT COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РВК); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RVK; a.k.a. RUSSIAN VENTURE COMPANY (Cyrillic: РОССИЙСКАЯ ВЕНЧУРНАЯ КОМПАНИЯ); a.k.a. RVC MANAGEMENT COMPANY LLC; a.k.a. "LLC UK RVK"; a.k.a. "OOO UK RVK" (Cyrillic: "ООО УК РВК")), D. 8, Str. 1, Etaj 12, Nab. Presnenskaya, Moscow 123112, Russia (Cyrillic: Дом 8, Строение 1 Этаж 12, Набережная Пресненская, Москва 123112, Russia); Website https://rvc.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Dec 2020; Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target

Type State-Owned Enterprise; Tax ID No. 9703024347 (Russia); Government Gazette Number 33185693 (Russia); Registration Number 1207700502547 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND).

"LLC MEZ" (a.k.a. MAGNITOGORSKII ELEKTRODNYI ZAVOD), sh. Beloretskoe d. 5, kabinet 1, Magnitogorsk 455022, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7456037049 (Russia); Registration Number 1177456061771 (Russia) [RUSSIA-EO14024].

"LLC MIC" (a.k.a. LIMITED LIABILITY COMPANY MILITARY INDUSTRIAL COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОЕННО ПРОМЫШЛЕННАЯ КОМПАНИЯ); a.k.a. VOENNO PROMYSHLENNAYA KOMPANIYA; a.k.a. "OOO VPK" (Cyrillic: "ООО ВПК")), 15 Rochdelskaya Street, Building 8, Floor 3, Unit I, Rooms 10-14, Moscow 123376, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703602065 (Russia); Registration Number 1067746915191 (Russia) [RUSSIA-EO14024].

"LLC MMC STEEL" (a.k.a. LIMITED LIABILITY COMPANY MANAGEMENT METALLURGICAL COMPANY STEEL; a.k.a. OOO UGMK STAL; a.k.a. OOO UMK STAL; a.k.a. "MMC STEEL CORPORATION"), zd. 1 k. 1 ofis 407, prospekt Uspenski, Verkhnyaya Pyshma 624091, Russia; 125 Uspenskiy ave., Verkhnyaya Pyshma 624097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6606021264 (Russia); Registration Number 1056600304683 (Russia) [RUSSIA-EO14024].

"LLC NG DRILLING" (a.k.a. LIMITED LIABILITY COMPANY NAFTAGAZ DRILLING), Promuzel Pelei Panel 13, Noyabrsk 629800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 8905053564 (Russia); Registration Number 1138905000090 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"LLC NGF" (a.k.a. LIMITED LIABILITY COMPANY NOVELCO GLOBAL FORWARDING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВЕЛКО ГЛОБАЛ ФОРВАРДИНГ)), 2 Gorbunova St., Building 3, Room 300, Moscow 121596, Russia; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Tax ID No. 7733777418 (Russia); Registration Number 1117746710190 (Russia) [RUSSIA-EO14024] (Linked To: GRIGORIEV, Grigoriy Igorevich).

"LLC NK" (a.k.a. LIMITED LIABILITY COMPANY NERUDNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НЕРУДНАЯ КОМПАНИЯ)), d. 38 ofis 214, ul. Nikolaya Chumichova, Belgorod 308009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3123445260 (Russia); Registration Number 1183123029440 (Russia) [RUSSIA-EO14024].

"LLC NORD PROJECT" (a.k.a. LLC TC NORD PROJECT; a.k.a. NORD PROJECT LLC TRANSPORT COMPANY; a.k.a. TC NORD PROJECT; a.k.a. TK NORD PROJECT; a.k.a. "NORD PROJECT"), Office 410, 47 Uritskogo St, Arkhangelsk 163060, Russia; Office 335H, Liter A, Prospekt Leninskiy 153, St. Petersburg 196247, Russia; Office 308, House 71 Korpus 1, Naberezhnaya Severnoy Dviny, Arkhangelsk 163069, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2901201732 (Russia); Identification Number IMO 5825809 [RUSSIA-EO14024].

"LLC NORTHERN STAR" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SEVERNAYA ZVEZDA; a.k.a. OOO SEVERNAIA ZVEZDA; a.k.a. SEVERNAYA ZVEZDA LIMITED LIABILITY COMPANY (Cyrillic: СЕВЕРНАЯ ЗВЕЗДА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); a.k.a. "NORTH STAR"), zd. 31 etzah 2 kom. 44, 45, ul. Sovetskaya, Dudinka 647000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Oct 2006; Tax ID No. 2457062730 (Russia); Government Gazette Number 97616736 (Russia); Registration Number 1062457033022 (Russia) [RUSSIA-EO14024] (Linked To: ARCTIC ENERGY GROUP LIMITED LIABILITY COMPANY).

"LLC NPC EOMS" (Cyrillic: "ООО НПК ЭОМС") (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC PRODUCTION COMPANY ELECTRONIC OPTICAL AND MECHANICAL SYSTEMS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТВЕННОСТЬЮ НАУЧНО ПРОИЗВОДСТВЕННЫЙ КОМПЛЕКС ЭЛЕКТРОННЫЕ ОПТИЧЕСКИЕ И МЕХАНИЧЕСКИЕ СИСТЕМЫ); a.k.a. "NPK EOMS"), d. 1, str. 17, etazh/komnata 2/1,

shosse Varshavskoe, Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726401559 (Russia); Registration Number 1177746419960 (Russia) [RUSSIA-EO14024].

"LLC NSKH" (a.k.a. LIMITED LIABILITY COMPANY NEFTSERVICEHOLDING; a.k.a. LIMITED LIABILITY COMPANY NEFTSERVISKHOLDING), d. 20 Prospekt Komsomolski, Perm 614990, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5902193222 (Russia); Registration Number 1035900101027 (Russia) [RUSSIA-EO14024].

"LLC PE 5" (a.k.a. LIMITED LIABILITY COMPANY POLYEZNY ELEMENT 5), Str. 1, D. 1, Ul 2-Ya Karacharovskaya, Vn. Ter. G. Municipal District Nizhehorodskiy, Moscow 109202, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9721206357 (Russia); Registration Number 1237700342131 (Russia) [RUSSIA-EO14024].

"LLC PLK" (a.k.a. LIMITED LIABILITY COMPANY FIRST LOGISTICS COMPANY), d.20 k. 4 pom. 31, ul, Rechnaya, Krasnogorsk 143403, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5024237311 (Russia); Registration Number 1235000128340 (Russia) [RUSSIA-EO14024].

"LLC PROPARTS" (a.k.a. LIMITED LIABILITY COMPANY PROTEKTOR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОТЕКТОР); a.k.a. LLC LAMPUR), K. 7, D. 7A Proezd Stroitelny, Moscow 125362, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9731012061 (Russia); Registration Number 1187746854140 (Russia) [RUSSIA-EO14024].

"LLC PRT" (a.k.a. LIMITED LIABILITY COMPANY PRIME RADAR TECHNOLOGY), PR-D 2-I Zapadnyi D. 1, Str. 1, Zelenograd 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735207283 (Russia); Registration Number 1247700269013 (Russia) [RUSSIA-EO14024].

"LLC R&PC TRECOL" (a.k.a. NAUCHNO PROIZVODSTVENNAYA FIRMA TREKOL; a.k.a. NPF TREKOL), Per. Kholodilnyi D.1, Moscow 113191, Russia; Ul. Initsiativnaya D. 3, Kom. 41, Lyubertsy 140015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706029910 (Russia); Registration Number 1037700104386 (Russia) [RUSSIA-EO14024].

"LLC RESOURCE" (a.k.a. LIMITED LIABILITY COMPANY RESURS), Ul. Aerodromnaya D. 6, Lit. B, Pomeshch. 7.2, Saint Petersburg 197348, Russia; PR-KT Lenina D. 1, Lit. A, Izhorskie Zavody Vkhod s Pr. Lenina D. 1, Cherez Glavnuyu Prokhodnuyu, Kolpino 196651, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813543768 (Russia); Registration Number 1127847473533 (Russia) [RUSSIA-EO14024].

"LLC ROCKET LUBRICANTS" (a.k.a. RAKETA LUBRIKANTS), Ul. Rozy Lyuksemburg Str. 22, Office 406, Yekaterinburg 620000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6658521204 (Russia); Registration Number 1186658083556 (Russia) [RUSSIA-EO14024].

"LLC RPBK" (a.k.a. LIMITED LIABILITY COMPANY REMONTNO PROIZVODSTVENNAYA BAZA KOLMAR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РЕМОНТНО-ПРОИЗВОДСТВЕННАЯ БАЗА КОЛМАР); a.k.a. LIMITED LIABILITY COMPANY REPAIR AND PRODUCTION BASE KOLMAR), ul. Sovetskaya 70, pos., Chulman 678981, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1434050856 (Russia); Registration Number 1181447004991 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MINING AND COAL PREPARATION COMPLEX DENISOVSKIY).

"LLC RPP" (a.k.a. RPP LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РПП); a.k.a. "ООО RPP" (Cyrillic: "ООО РПП"); a.k.a. "RPP LLC"), 6/26 Floor/Rm, Bldg. 10-2, Nab. Presnenskaya, Moscow 125039, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Nov 2015; Tax ID No. 7704335359 (Russia); Registration Number 5157746040645 (Russia) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"LLC SGTT" (a.k.a. LIMITED LIABILITY COMPANY SOVREMENNYE GORNO TRANSPORTNYE TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОВРЕМЕННЫЕ ГОРНО ТРАНСПОРТНЫЕ ТЕХНОЛОГИИ)), d. 93 pom. 201, prospekt Kosta, Vladikavkaz 362008, Russia; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Tax ID No. 1513075148 (Russia); Registration Number 1191513002020 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY RAZREZ KOLYVANSKIY).

"LLC SLZ" (Cyrillic: "ООО СЛЗ") (a.k.a. LIMITED LIABILITY COMPANY SASOVSKI LITEINY ZAVOD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ САСОВСКИЙ ЛИТЕЙНЫЙ ЗАВОД); a.k.a. LLC SASOVSKII LITEINYI ZAVOD), Ul. Pushkina 21, Sasovo 391430, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6232004750 (Russia); Registration Number 1026201399729 (Russia) [RUSSIA-EO14024].

"LLC SMT 2" (a.k.a. LIMITED LIABILITY COMPANY SEVEROMUYSKIY TONNEL 2 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕВЕРОМУЙСКИЙ ТОННЕЛЬ 2)), ul. Lenina 6A Pgt., Severomuisk 671564, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0326567740 (Russia); Registration Number 1190327005615 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY RAZREZ KOLYVANSKIY).

"LLC SPEL" (a.k.a. LIMITED LIABILITY COMPANY SPUTNIK ELECTRONICS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СПУТНИК ЭЛЕКТРОНИКС)), 12 Gavanskaya St., Building 2B, Room 1-N, Office 1, St. Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801636859 (Russia); Registration Number 1147847296960 (Russia) [RUSSIA-EO14024].

"LLC STA" (Cyrillic: "ООО СТА") (a.k.a. LIMITED LIABILITY COMPANY SINARATRANSAUTO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИНАРАТРАНСАВТО)), 86 Belinskovo Street, Floor 16, Suite 10, Ekaterinburg 620026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6612015639 (Russia); Registration Number 1056600622451 (Russia) [RUSSIA-EO14024].

"LLC SVD VS" (a.k.a. SWD EMBEDDED SYSTEMS; a.k.a. "SWD ES LTD"), Kuznetsovskaya st., 19, Saint Petersburg 196128, Russia; PR-KT Moskovskii D. 212, Lit. A, Et/Vkh/P/Of, 2/84N/22/2077, Saint Petersburg 196066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810267943 (Russia);

Registration Number 1027804848741 (Russia) [RUSSIA-EO14024].

"LLC TD SMS" (a.k.a. LLC TRADING HOUSE STANKOMASHSTROY; a.k.a. TRADING COMPANY SMS LIMITED), Ul. Bugrovka M. D. 20, Penza 440011, Russia; 9A Germana Titova St., Penza 440028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5835109448 (Russia); Registration Number 1145835004545 (Russia) [RUSSIA-EO14024].

"LLC TD VM" (a.k.a. LIMITED LIABILITY COMPANY TORGOVYY DOM VOLFRAM MOLIBDEN (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГОВЫЙ ДОМ ВОЛЬФРАМ МОЛИБДЕН)), d. 35 str. 9 etazh / kom. 5/12, ul. Nizhnyaya Krasnoselskaya, Moscow 105066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701122109 (Russia); Registration Number 1187746807269 (Russia) [RUSSIA-EO14024].

"LLC TMI" (a.k.a. LIMITED LIABILITY COMPANY TELECOM AND MICROELECTRONICS INDUSTRIES), d. 3A str. 1 etazh 7 pom. 4, ul. Malaya Semenovskaya, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2015; Tax ID No. 9717000138 (Russia); Registration Number 1157746817546 (Russia) [RUSSIA-EO14024].

"LLC TMK NGS" (Cyrillic: "ООО ТМК НГС") (a.k.a. LIMITED LIABILITY COMPANY TMK OIL FIELD SERVICES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК НЕФТЕГАЗСЕРВИС)), 51 Rozy Lyuksemburg Street, Ekaterinburg 620026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6672257248 (Russia); Registration Number 1086672000030 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY PIPE METALLURGICAL COMPANY).

"LLC TMK TR" (Cyrillic: "ООО ТМК ТР") (a.k.a. LIMITED LIABILITY COMPANY TMK PIPELINE SOLUTIONS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК ТРУБОПРОВОДНЫЕ РЕШЕНИЯ)), 21 Mashinostroiteley Street, Suite 1, Chelyabinsk 454129, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449145822 (Russia); Registration Number 1217400044256 (Russia) [RUSSIA-EO14024].

"LLC TMK TSBU" (Cyrillic: "ООО ТМК ЦБУ") (a.k.a. LIMITED LIABILITY COMPANY TMK

BUSINESS SERVICES CENTER (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК ЦЕНТР БИЗНЕС УСЛУГ)), 51 Rozy Lyuksemburg Street, Ekaterinburg 620026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6658256450 (Russia); Registration Number 1076658001640 (Russia) [RUSSIA-EO14024].

"LLC TSK" (a.k.a. LIMITED LIABILITY COMPANY TECHSTROYKOMPLEKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХСТРОЙКОМПЛЕКС); a.k.a. TEKHSTROIKOMPLEKS), Floor Tsokolnyi, D. 2, Proezd Akademicheskii, Dudareva 625063, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7203449108 (Russia); Registration Number 1187232011504 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY MEZHREGIONSTROY).

"LLC TSK" (a.k.a. LIMITED LIABILITY COMPANY TEKHSPETSKOMPLEKT), Pr-d Garazhnyy, D. 1, Liter U, Office 2-3, Saint Petersburg 192289, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810090372 (Russia); Registration Number 1077847031118 (Russia) [RUSSIA-EO14024].

"LLC TSTS" (a.k.a. LIMITED LIABILITY COMPANY TREYDSTROYTSENTR), Room 1, Building 4, Lane 3-y Mitinskiy, Moscow 125368, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733887322 (Russia); Registration Number 1147746785625 (Russia) [RUSSIA-EO14024].

"LLC TSTS" (a.k.a. LIMITED LIABILITY COMPANY TECHNICAL SERVICE CENTER), 1 per. Transportny, Dobryanka 618703, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5941003330 (Russia); Registration Number 1025901794203 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEFTSERVICEHOLDING).

"LLC UK RVK" (a.k.a. LIMITED LIABILITY COMPANY RVC MANAGEMENT COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РВК); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RVK; a.k.a. RUSSIAN VENTURE COMPANY (Cyrillic: РОССИЙСКАЯ ВЕНЧУРНАЯ

КОМПАНИЯ); a.k.a. RVC MANAGEMENT COMPANY LLC; a.k.a. "LLC MC RVC"; a.k.a. "OOO UK RVK" (Cyrillic: "ООО УК РВК")), D. 8, Str. 1, Etaj 12, Nab. Presnenskaya, Moscow 123112, Russia (Cyrillic: Дом 8, Строение 1 Этаж 12, Набережная Пресненская, Москва 123112, Russia); Website https://rvc.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Dec 2020; Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 9703024347 (Russia); Government Gazette Number 33185693 (Russia); Registration Number 1207700502547 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND).

"LLC UKIP" (a.k.a. LIMITED LIABILITY COMPANY INFRASTRUCTURE PROJECTS MANAGEMENT COMPANY; a.k.a. MANAGEMENT COMPANY FOR INFRASTRUCTURE PROJECTS; a.k.a. UPRAVLYAYUSHCHAYA KOMPANIYA INFRASTRUKTURNYKH PROEKTOV; a.k.a. "UKIP"; a.k.a. "UKIP, OOO"), Sevastopolskaya Street, House 41/2, Simferopol, Crimea 295024, Ukraine; Email Address fnatali@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102045582 (Russia); Government Gazette Number 00742767 (Russia); Registration Number 1149102091654 (Russia) [UKRAINE-EO13685].

"LLC VERUS" (a.k.a. LIMITED LIABILITY COMPANY VERUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЕРУС); a.k.a. VERUS CONSULTING GROUP), Per. Balakirevskii D. 23, Floor 3, Pomeshch. 309 Komnata 1, Office 45, Moscow 105082, Russia; Office 45, Room 1, Facility 309, Floor 3, Building 23, Balakirevskiy Lane, Basmanny Municipal District Federal Intracity Territory, Moscow 105082, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 10 Feb 2021; Tax ID No. 9701170663 (Russia); Registration Number 1217700053493 (Russia) [DPRK] (Linked To: MKRTYCHEV, Ashot).

"LLC YARK" (a.k.a. LIMITED LIABILITY COMPANY YAKUTSKAYA RUDNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЯКУТСКАЯ РУДНАЯ КОМПАНИЯ); a.k.a. LLC YAKUT ORE COMPANY), Neryungri, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1400003086 (Russia); Registration Number 1211400013582 (Russia) [RUSSIA-EO14024].

"LLONGGO, Abu" (a.k.a. AKMAL, Hakid; a.k.a. ALVARADO, Arnulfo; a.k.a. BERUSA, Brandon; a.k.a. DELLOS, Reendo Cain; a.k.a. DELLOSA Y CAIN, Redendo; a.k.a. DELLOSA, Ahmad; a.k.a. DELLOSA, Habil Ahmad; a.k.a. DELLOSA, Habil Akmad; a.k.a. DELLOSA, Redendo Cain; a.k.a. DELLOSA, Redendo Cain Jabil; a.k.a. "ILONGGO, Abu"; a.k.a. "MUADZ, Abu"), 3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Federal ID Card 33-3208848-3 (Philippines) (individual) [SDGT].

"LM3" (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"LMI" (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a.

"MMI"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"LNFM" (a.k.a. LA NUEVA FAMILIA MICHOACANA), Guerrero, Mexico; Michoacan, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

"LOBITO" (a.k.a. DIAZ DE LEON SAUCEDA, Cesar Enrique), Manzanillo, Colima, Mexico; DOB 12 Apr 1987; POB Monterrey, Nuevo Leon, Mexico; nationality Mexico; Gender Male; C.U.R.P. DISC870412HNLZCS03 (Mexico) (individual) [SDNTK].

"LOCKBITSUPP" (a.k.a. KHOROSHEV, Dmitrii Yuryevich; a.k.a. KHOROSHEV, Dmitriy Yurevich; a.k.a. KHOROSHEV, Dmitry Yuryevich; a.k.a. YURIEVICH, Dmitry), Russia; DOB 17 Apr 1993; POB Russian Federation; nationality Russia; citizen Russia; Email Address khoroshev1@icloud.com; alt. Email Address sitedev5@yandex.ru; Gender Male; Digital Currency Address - XBT bc1qvhnfknw852ephxyc5hm4q520zmvf9maphe tc9z; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 2018278055 (Russia); alt. Passport 2006801524 (Russia); Tax ID No. 366110340670 (Russia) (individual) [CYBER2].

"LOCO" (a.k.a. CASTREJON PENA, Victor Nazario; a.k.a. MORENO GONZALEZ, Nazario; a.k.a. MORENO MADRIGAL, Nazario; a.k.a. MORENO, Chayo; a.k.a. MORENO, Jose; a.k.a. "CHAYO"; a.k.a. "EL CHAYO"; a.k.a. "EL DULCE"; a.k.a. "EL MAS LOCO"; a.k.a. "LA COMADRE"; a.k.a. "TINO"), Apatzingan, Michoacan, Mexico; 625 Virgilio Garza Chepevera, Monterrey, Nuevo Leon 64030, Mexico; Calle Isidro Murivera, Matamoros 51370, Mexico; 7 Calle Fray Servando Teresa de Mier, Aptazingan, Michoacan, Mexico; 336 Calle Priv Carlos S de Gortari, Monterrey, Nuevo Laredo, Mexico; 36 Calle Nayarit, Caborca, Sonora 83610, Mexico; DOB 08 Mar 1970; alt. DOB 06 Mar 1970; alt. DOB 12 Jun 1967; alt. DOB 12 Jun 1979; alt. DOB 02 Feb 1982; POB Ario de Rosales, Michoacan, Mexico; alt. POB Guanajuatillo, Michoacan, Mexico; citizen Mexico; SSN 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 (United States); R.F.C. MOGN670612TN0 (Mexico); alt. R.F.C. MOGN700308TN2 (Mexico); alt. R.F.C. MOGN790612TN8

(Mexico); C.U.R.P. MOGN700308HMNRNZ07 (Mexico); Identification Number 092520304 (Mexico) (individual) [SDNTK].

"LOCO" (a.k.a. ESTEVEZ COLMENARES, Ricardo; a.k.a. SOTO RODRIGUEZ, Bogar; a.k.a. "TIO"), Mexico; DOB 14 Sep 1974; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. EECR740914HGRSLC02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"LOGIMEX" (a.k.a. TK LOGIMEKS), Ul. Svobody D. 99, K. 1, Pomeshch. XIII, Floor 2, Kom. 2, Office M-02, Moscow 125481, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7733370809 (Russia); Registration Number 1217700318131 (Russia) [RUSSIA-EO14024].

"LOQMAN, Abu" (a.k.a. SAAL, Fared; a.k.a. SAAL, Farid; a.k.a. SAAL, Fehad; a.k.a. "AL-ALMANI, Abu Luqmaan"; a.k.a. "AL-ALMANI, Abu Luqman"; a.k.a. "AL-JAZAIRI, Abu Luqman"; a.k.a. "LUQMAN, Abu"); DOB 18 Feb 1989; alt. DOB 08 Feb 1989; POB Bonn, Germany; citizen Germany; alt. citizen Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 5802098444 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"LOS ASQUELINES" (a.k.a. LOS GUEROS; a.k.a. "LOS CALABAZOS"; a.k.a. "LOS GUERITOS"; a.k.a. "LOS GUERITOS DE TECATITLAN"; a.k.a. "LOS GUERRITOS"; a.k.a. "LOS GUERROS"; a.k.a. "RODRIGUEZ OLIVERA DTO"), Coto Cataluna No. 84, Zapopan, Jalisco, Mexico; Coto Cataluna No. 92, Zapopan, Jalisco, Mexico; Pablo Neruda No. 3583, Guadalajara, Jalisco, Mexico; Sendero de los Pinos No. 55, Zapopan, Jalisco, Mexico; Coto Villa Coral No. 23, Residencial Villa Palma 200, Zapopan, Jalisco, Mexico; Coto Murcia No. 16, Zapopan, Jalisco, Mexico; San Eliseo No. 1695, Zapopan, Jalisco, Mexico [SDNTK].

"LOS CALABAZOS" (a.k.a. LOS GUEROS; a.k.a. "LOS ASQUELINES"; a.k.a. "LOS GUERITOS"; a.k.a. "LOS GUERITOS DE TECATITLAN"; a.k.a. "LOS GUERRITOS"; a.k.a. "LOS GUERROS"; a.k.a. "RODRIGUEZ OLIVERA DTO"), Coto Cataluna No. 84, Zapopan, Jalisco, Mexico; Coto Cataluna No. 92, Zapopan, Jalisco, Mexico; Pablo Neruda No. 3583, Guadalajara, Jalisco, Mexico; Sendero de los Pinos No. 55, Zapopan, Jalisco, Mexico; Coto Villa Coral No. 23, Residencial Villa Palma 200,

Zapopan, Jalisco, Mexico; Coto Murcia No. 16, Zapopan, Jalisco, Mexico; San Eliseo No. 1695, Zapopan, Jalisco, Mexico [SDNTK].

"LOS GUERITOS DE TECATITLAN" (a.k.a. LOS GUEROS; a.k.a. "LOS ASQUELINES"; a.k.a. "LOS CALABAZOS"; a.k.a. "LOS GUERITOS"; a.k.a. "LOS GUERRITOS"; a.k.a. "LOS GUERROS"; a.k.a. "RODRIGUEZ OLIVERA DTO"), Coto Cataluna No. 84, Zapopan, Jalisco, Mexico; Coto Cataluna No. 92, Zapopan, Jalisco, Mexico; Pablo Neruda No. 3583, Guadalajara, Jalisco, Mexico; Sendero de los Pinos No. 55, Zapopan, Jalisco, Mexico; Coto Villa Coral No. 23, Residencial Villa Palma 200, Zapopan, Jalisco, Mexico; Coto Murcia No. 16, Zapopan, Jalisco, Mexico; San Eliseo No. 1695, Zapopan, Jalisco, Mexico [SDNTK].

"LOS GUERITOS" (a.k.a. LOS GUEROS; a.k.a. "LOS ASQUELINES"; a.k.a. "LOS CALABAZOS"; a.k.a. "LOS GUERITOS DE TECATITLAN"; a.k.a. "LOS GUERRITOS"; a.k.a. "LOS GUERROS"; a.k.a. "RODRIGUEZ OLIVERA DTO"), Coto Cataluna No. 84, Zapopan, Jalisco, Mexico; Coto Cataluna No. 92, Zapopan, Jalisco, Mexico; Pablo Neruda No. 3583, Guadalajara, Jalisco, Mexico; Sendero de los Pinos No. 55, Zapopan, Jalisco, Mexico; Coto Villa Coral No. 23, Residencial Villa Palma 200, Zapopan, Jalisco, Mexico; Coto Murcia No. 16, Zapopan, Jalisco, Mexico; San Eliseo No. 1695, Zapopan, Jalisco, Mexico [SDNTK].

"LOS GUERRITOS" (a.k.a. LOS GUEROS; a.k.a. "LOS ASQUELINES"; a.k.a. "LOS CALABAZOS"; a.k.a. "LOS GUERITOS"; a.k.a. "LOS GUERITOS DE TECATITLAN"; a.k.a. "LOS GUERROS"; a.k.a. "RODRIGUEZ OLIVERA DTO"), Coto Cataluna No. 84, Zapopan, Jalisco, Mexico; Coto Cataluna No. 92, Zapopan, Jalisco, Mexico; Pablo Neruda No. 3583, Guadalajara, Jalisco, Mexico; Sendero de los Pinos No. 55, Zapopan, Jalisco, Mexico; Coto Villa Coral No. 23, Residencial Villa Palma 200, Zapopan, Jalisco, Mexico; Coto Murcia No. 16, Zapopan, Jalisco, Mexico; San Eliseo No. 1695, Zapopan, Jalisco, Mexico [SDNTK].

"LOS GUERROS" (a.k.a. LOS GUEROS; a.k.a. "LOS ASQUELINES"; a.k.a. "LOS CALABAZOS"; a.k.a. "LOS GUERITOS"; a.k.a. "LOS GUERITOS DE TECATITLAN"; a.k.a. "LOS GUERRITOS"; a.k.a. "RODRIGUEZ OLIVERA DTO"), Coto Cataluna No. 84, Zapopan, Jalisco, Mexico; Coto Cataluna No. 92, Zapopan, Jalisco, Mexico; Pablo Neruda

No. 3583, Guadalajara, Jalisco, Mexico; Sendero de los Pinos No. 55, Zapopan, Jalisco, Mexico; Coto Villa Coral No. 23, Residencial Villa Palma 200, Zapopan, Jalisco, Mexico; Coto Murcia No. 16, Zapopan, Jalisco, Mexico; San Eliseo No. 1695, Zapopan, Jalisco, Mexico [SDNTK].

"LOS HUISTAS DTO" (a.k.a. LOS HUISTAS DRUG TRAFFICKING ORGANIZATION), Santa Ana Huista, Huehuetenango, Guatemala; San Antonio Huista, Huehuetenango, Guatemala; La Democracia, Huehuetenango, Guatemala; Target Type Criminal Organization [ILLICIT-DRUGS-EO14059].

"LOS LOBOS" (a.k.a. LOS LOBOS DRUG TRAFFICKING ORGANIZATION; a.k.a. "THE LOBOS"), Ecuador; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

"LOS POCHOS DTO" (a.k.a. LOS POCHOS DRUG TRAFFICKING ORGANIZATION; a.k.a. "MORALES CIFUENTES DRUG TRAFFICKING ORGANIZATION"; a.k.a. "MORALES CIFUENTES DTO"; a.k.a. "SUNIGA RODRIGUEZ DRUG TRAFFICKING ORGANIZATION" (Latin: "SUÑIGA RODRIGUEZ DRUG TRAFFICKING ORGANIZATION")), Ayutla, San Marcos, Guatemala; Tecun Uman, Guatemala; Guatemala City, Guatemala; Tapachula, Mexico; Mexico City, Mexico; Target Type Criminal Organization [SDNTK] [ILLICIT-DRUGS-EO14059].

"LOS ZETAS" (a.k.a. CARTEL DEL NORESTE; a.k.a. "CDN"; a.k.a. "NORTHEAST CARTEL"), Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [SDNTK] [FTO] [SDGT] [TCO] [ILLICIT-DRUGS-EO14059].

"Lotus" (a.k.a. ELIZAREV, Anton Olegovich; a.k.a. YELIZAREV, Anton Olegovich), 66 Novorossiysk, Apt 48, Novorossiysk, Russia; DOB 01 May 1981; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 6103869621 (Russia); Tax ID No. 23151072563 (Russia) (individual) [RUSSIA-EO14024].

"LPI RAS" (a.k.a. FEDERAL STATE FINANCED INSTITUTION OF SCIENCE PHYSICAL HIGHER EDUCATION INSTITUTION NAMED

AFTER P. N. LEBEDEVA OF THE RUSSIAN FEDERATION ACADEMY SCIENCES; a.k.a. LEBEDEV PHYSICAL INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "FIAN"), 53 Leninsky Ave, Moscow 119991, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Oct 2001; Tax ID No. 7736037394 (Russia); Registration Number 1027739617960 (Russia) [RUSSIA-EO14024].

"LRA" (a.k.a. LORD'S RESISTANCE ARMY; a.k.a. LORD'S RESISTANCE MOVEMENT; a.k.a. LORD'S RESISTANCE MOVEMENT/ARMY; a.k.a. "LRM"; a.k.a. "LRM/A"), Vakaga, Central African Republic; Haute-Kotto, Central African Republic; Basse-Kotto, Central African Republic; Haut-Mbomou, Central African Republic; Mbomou, Central African Republic; Haut-Uolo, Congo, Democratic Republic of the; Bas-Uolo, Congo, Democratic Republic of the; Kafia Kingi [CAR].

"LRM" (a.k.a. LORD'S RESISTANCE ARMY; a.k.a. LORD'S RESISTANCE MOVEMENT; a.k.a. LORD'S RESISTANCE MOVEMENT/ARMY; a.k.a. "LRA"; a.k.a. "LRM/A"), Vakaga, Central African Republic; Haute-Kotto, Central African Republic; Basse-Kotto, Central African Republic; Haut-Mbomou, Central African Republic; Mbomou, Central African Republic; Haut-Uolo, Congo, Democratic Republic of the; Bas-Uolo, Congo, Democratic Republic of the; Kafia Kingi [CAR].

"LRM/A" (a.k.a. LORD'S RESISTANCE ARMY; a.k.a. LORD'S RESISTANCE MOVEMENT; a.k.a. LORD'S RESISTANCE MOVEMENT/ARMY; a.k.a. "LRA"; a.k.a. "LRM"), Vakaga, Central African Republic; Haute-Kotto, Central African Republic; Basse-Kotto, Central African Republic; Haut-Mbomou, Central African Republic; Mbomou, Central African Republic; Haut-Uolo, Congo, Democratic Republic of the; Bas-Uolo, Congo, Democratic Republic of the; Kafia Kingi [CAR].

"LRS LLC" (a.k.a. LENINOGORSKREMSERVICE LIMITED LIABILITY COMPANY), Ul. Chaikovskogo D. 9A, K. 9/1, Leninogorsk 423250, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 1649015690 (Russia); Registration Number 1071689002923 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"LSY" (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"LTD 0DT" (a.k.a. 0DAY TECHNOLOGIES; a.k.a. LIMITED 0DAY TECHNOLOGIES; a.k.a. LLC ZIROUDEY TEKHNOLODZHIS (Cyrillic: ООО ЗИРОУДЭЙ ТЕХНОЛОДЖИС)), UL. Profsoyuznaya D. 125, Floor Tsokolnyi, Pomeshch. I. Kom. 14, Moscow 117647, Russia; St. Vvedenskogo, House 23A, Structure 3, etazh 4, Room XIV, Room 62, Rm1b, Moscow 117342, Russia; Website https://0day.llc/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Dec 2001; Organization Type: Other information technology and computer service activities; Target Type Private Company; Registration ID 5117746070558 (Russia); Tax ID No. 7728795098 (Russia) [RUSSIA-EO14024].

"LTK" (a.k.a. LINER TRANSPORT KISH), Central Office: Office No. 141, Ground Floor, Kish City Services Building, Kish Island, Iran; Tehran Office: Add: No. 10, 3 Floor, Unit 6, Ebrahimi Junction 8th Bostan St., Tehran, Iran; Tehran Terminal Office: No. 537, Polygam Street, Mahmoud Abad Road, Khavar Shahr, Tehran, Iran; Bandar Abbas Office: No. 7, 1st Floor, Dehghan Building, Shohada (Yadbood) Square, Bandar Abbas, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR].

"LU TA FA" (a.k.a. CHA, Ta Fa; a.k.a. CHATURONG, Taiyai; a.k.a. CHATURONG, Thaiyai; a.k.a. LU, Chin Shun; a.k.a. "CHA TA FA"; a.k.a. "TA FA"), Burma; 29, Wawi Sub-district, Mae Suai District, Chiang Rai, Thailand; DOB 05 Mar 1958; National ID No. 3501000250521 (Thailand) (individual) [SDNTK].

"LUCAS" (a.k.a. RODRIGUEZ OREJUELA, Gilberto Jose; a.k.a. "THE CHESS PLAYER"), Cali, Colombia; DOB 31 Jan 1939; Cedula No. 6068015 (Colombia); alt. Cedula No. 6067015 (Colombia); Passport T321642 (Colombia); alt. Passport 6067015 (Comoros); alt. Passport 77588 (Argentina); alt. Passport 10545599 (Venezuela) (individual) [SDNT].

"LUCAS" (a.k.a. QUINTERO SANCLEMENTE, Ramon Alberto; a.k.a. "DON TOMAS"; a.k.a. "EL INGENIERO"), Carrera 16 No. 3-15, Buga, Valle, Colombia; Calle 115 No. 9-50, Bogota, Colombia; DOB 30 Nov 1960; alt. DOB 28 Nov 1958; alt. DOB 30 Nov 1961; POB Cali, Colombia; alt. POB Buga, Valle, Colombia; citizen Colombia; Cedula No. 14881147 (Colombia); Passport AE048871 (Colombia) (individual) [SDNT].

"LUCHANO OOO" (a.k.a. LUCIANO HOTEL AND SPA; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU LUCHANO), ul. Ostrovskogo d. 26, office 43/3, Kazan 420111, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1655148063 (Russia); Registration Number 1071690070100 (Russia) [RUSSIA-EO14024] (Linked To: MINNIKHANOVA, Gulsina Akhatovna).

"LUCHO" (a.k.a. BRUNETTI, Luciano; a.k.a. "BIFF TANNEN"), Buenos Aires, Argentina; DOB 30 Aug 1988; POB Argentina; nationality Argentina; Gender Male; Passport AAC206993 (Argentina); D.N.I. 34142353 (Argentina) (individual) [SDNTK].

"lucky12345" (a.k.a. BOGACHEV, Evgeniy Mikhailovich; a.k.a. BOGACHEV, Evgeniy Mikhaylovich; a.k.a. "Lastik"; a.k.a. "Monstr"; a.k.a. "Pollingsoon"; a.k.a. "Slavik"), Lermontova Str., 120-101, Anapa, Russia; DOB 28 Oct 1983; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"Luis 2525" (a.k.a. BARRAZA ACEVES, Jose Carlos (Latin: BARRAZA ACEVES, José Carlos)), Mexico; DOB 06 Dec 1982; POB Guasave, Sinaloa, Mexico; nationality Mexico; Gender Male; R.F.C. BAAC821206RV9 (Mexico); C.U.R.P. BAAC821206HSLRCR09 (Mexico) (individual) [SDNTK] (Linked To:

RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

"LUMINSA" (a.k.a. LUMISA, Muhamad; a.k.a. LUMISA, Muhammed; a.k.a. "KATO, L."; a.k.a. "LUMWISA"; a.k.a. "Mukade"; a.k.a. "Mukake"), Congo, Democratic Republic of the; DOB 1959; alt. DOB 1959 to 1965; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"LUMONDE" (a.k.a. BALUKU, Seka; a.k.a. BALUKU, Seka Musa; a.k.a. KAJUJU, Mzee; a.k.a. "LUMU"; a.k.a. "MAKUBA"), Congo, Democratic Republic of the; North Kivu Province, Congo, Democratic Republic of the; DOB 1976; alt. DOB 1975; POB Kasese District, Rwenzururu Sub-Region, Western Uganda; nationality Uganda; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [GLOMAG].

"LUMU" (a.k.a. BALUKU, Seka; a.k.a. BALUKU, Seka Musa; a.k.a. KAJUJU, Mzee; a.k.a. "LUMONDE"; a.k.a. "MAKUBA"), Congo, Democratic Republic of the; North Kivu Province, Congo, Democratic Republic of the; DOB 1976; alt. DOB 1975; POB Kasese District, Rwenzururu Sub-Region, Western Uganda; nationality Uganda; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [GLOMAG].

"LUMWISA" (a.k.a. LUMISA, Muhamad; a.k.a. LUMISA, Muhammed; a.k.a. "KATO, L."; a.k.a. "LUMINSA"; a.k.a. "Mukade"; a.k.a. "Mukake"), Congo, Democratic Republic of the; DOB 1959; alt. DOB 1959 to 1965; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"LUQMAN, Abu" (a.k.a. AL-'AUJAYD, Abdullah Shuwar; a.k.a. AL-SHAWAGH, 'Ali Musa; a.k.a. AL-SHAWAKH, Ali al-Hamoud; a.k.a. AL-SHAWAKH, Ali Musa; a.k.a. AL-SHAWAKH, Muhammad 'Ali; a.k.a. AL-SHAWWAKH, Ibrahim; a.k.a. "AL-HAMUD, 'Ali"; a.k.a. "AL-SAHL, Abu Luqman"; a.k.a. "AL-SURI, Abu Luqman"; a.k.a. "AWAS, Ali"; a.k.a. "AYYUB, Abu"; a.k.a. "DERWISH, 'Ali"; a.k.a. "HAMMUD, Ali"); DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"LUQMAN, Abu" (a.k.a. SAAL, Fared; a.k.a. SAAL, Farid; a.k.a. SAAL, Fehad; a.k.a. "AL-ALMANI, Abu Luqmaan"; a.k.a. "AL-ALMANI, Abu Luqman"; a.k.a. "AL-JAZAIRI, Abu Luqman"; a.k.a. "LOQMAN, Abu"); DOB 18 Feb 1989; alt. DOB 08 Feb 1989; POB Bonn, Germany; citizen Germany; alt. citizen Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 5802098444 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"LVF" (a.k.a. LOYALIST VOLUNTEER FORCE), United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"M.M.E." (a.k.a. MINES AND METALS ENGINEERING GMBH), Georg-Glock-Str. 3, Dusseldorf 40474, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 34095 (Germany); all offices worldwide [IRAN].

"M.S.D." (a.k.a. MURAD EN SONS DIAMONDS), 30 Hoveniersstraat, Antwerp 2018, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Sep 1997; Organization Type: Wholesale of jewelry, watches, precious stones, and precious metals; Tax ID No. 0461522238 (Belgium); Registration Number 1759006-72 (Belgium) [SDGT] (Linked To: MURAD, Bassem).

"M1" (a.k.a. FELIX FELIX, Manuel; a.k.a. TORRES FELIX, Manuel; a.k.a. TORRES FELIX, Manuel De Jesus; a.k.a. TORRES, Manuel Felix; a.k.a. TORRES, Manuel J; a.k.a. "EL ONDEADO"), Sinaloa, Mexico; DOB 28 Feb 1954; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

"M1X" (a.k.a. MATVEEV, Mihail Pavlovich; a.k.a. MATVEEV, Mikhail Pavlovich; a.k.a. MATVEYEV, Mikhail P; a.k.a. "BORISELCIN"; a.k.a. "MATVEYEV, Mikhail Mix" (Cyrillic: "МАТВЕЕВ, Михаил Mix"); a.k.a. "MATYEEV, Mikhail" (Cyrillic: "МАТВЕЕВ, Михаил"); a.k.a. "UHODIRANSOMWAR"; a.k.a. "WAZAWAKA"), 8 Serzhana Koloskova Street, Apartment 6, Kaliningrad, Russia; DOB 17 Aug 1992; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 733584513 (Russia) (individual) [CYBER2].

"M3HRAN" (a.k.a. FATHI, Ahmad; a.k.a. "M3S3C3"; a.k.a. "MOHAMMADI, Farhad"), No. 12, Saremi Street, Nejatollahi Street, Tehran, Iran; Gharani St., Besharat St., Saremi Alley, No. 12, Tehran, Tehran, Iran; DOB 11 Sep 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Identification Number 5725729366035 (Iran) (individual) [CYBER2] (Linked To: ITSEC TEAM).

"M3S3C3" (a.k.a. FATHI, Ahmad; a.k.a. "M3HRAN"; a.k.a. "MOHAMMADI, Farhad"), No. 12, Saremi Street, Nejatollahi Street, Tehran, Iran; Gharani St., Besharat St., Saremi Alley, No. 12, Tehran, Tehran, Iran; DOB 11 Sep 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Identification Number 5725729366035 (Iran) (individual) [CYBER2] (Linked To: ITSEC TEAM).

"M4G" (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

"MACHINEGROUP" (a.k.a. LIMITED TRADE DEVELOPMENT MACHINE GROUP; a.k.a. MACHINE GROUP LTD), Ul. Troitskaya D. 9, K. 1, Pomeshch. 1/1, Moscow 129090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722854163 (Russia); Registration Number 5147746023640 (Russia) [RUSSIA-EO14024].

"MACHO COCA" (a.k.a. BELL FERNANDEZ, Gilbert Hernan de Los Angeles), Moin, Limon, Costa Rica; DOB 02 May 1963; POB Turrialba, Cartago, Costa Rica; nationality Costa Rica; Gender Male; Cedula No. 302600933 (Costa Rica) (individual) [ILLICIT-DRUGS-EO14059].

"MACHO PRIETO" (a.k.a. ARAUJO INZUNZA, Gonzalo; a.k.a. INZUNZA INZUNZA, Gonzalo; a.k.a. LEON ANDRADE, Bernabe), Sonora, Mexico; Mexicali, Baja California, Mexico; DOB 17 Aug 1971; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 040016733

(Mexico); C.U.R.P. IUIG710817HSLNNN08 (Mexico) (individual) [SDNTK].

"MACUMBA" (a.k.a. AURELIANO FELIX, Jorge); DOB 15 Apr 1952; nationality Mexico (individual) [SDNTK].

"Mag" (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

"Mage" (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

"Magg" (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

"MAHADI, Moalim" (a.k.a. ADEN, Mohamed Abdi; a.k.a. ADEN, Mohamoud Abdi; a.k.a. ADEN, Mohamud Abdi; a.k.a. "ABDIRAHMAN, Mahamoud"; a.k.a. "ABDIRAHMAN, Mohamud"; a.k.a. "HASSAN, Mohamed"; a.k.a. "IBRAHIM, Moalim"; a.k.a. "SAYID, Mahdi"; a.k.a. "YARE, Mohamed"), Jilib, Lower Juba, Somalia; DOB 13 Mar 1985; POB Garissa, Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"MAHER COMPANY" (a.k.a. MAHER TRADING AND CONSTRUCTION COMPANY; a.k.a. MAHER TRADING AND ENGINEERING), Concord building, 7th floor, Verdan, Beirut, Lebanon; Harik Harik, on the street near al-Husnayn Mosque, Malik bin Qazzam, 5th floor, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR].

"MAHMUD" (a.k.a. IDA, Laode; a.k.a. KHAN, Mohd Shahwal; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUBAROK, Muhamad; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "ABU SETA"; a.k.a. "AGUS SALIM"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"MAHMUD" (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. AL-KHATAB, Abd Al Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"MAI" (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA MOSKOVSKII AVIATSIONNYI INSTITUT NATSIONALNYI ISSLEDOVATELSKII UNIVERSITET; a.k.a. MOSCOW AVIATION INSTITUTE), Shosse Volokolamskoe D. 4, Moscow 125993, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Jun 1994; Tax ID No. 7712038455 (Russia); Registration Number 1037739180820 (Russia) [RUSSIA-EO14024].

"MAIN STREET 1095" (a.k.a. MAIN STREET 1095 PROPRIETARY LIMITED; a.k.a. MAIN STREET 1095 PTY LTD), 306 Isie Smuts Street, Garsfontein Ext 3, Pretoria, Gauteng 0060, South Africa; PO Box 1707, Garsfontein-East, Pretoria, Gauteng 0060, South Africa; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number K2012219285 (South Africa) [IRAN-EO13846].

"MAINBOX LLC" (a.k.a. DEXIAS LIMITED LIABILITY COMPANY; a.k.a. DEXIAS LLC (Cyrillic: ООО ДЕКСИАС); f.k.a. MAINBOX LIMITED LIABILITY COMPANY; f.k.a. "TSOFT LLC"; f.k.a. "TSOFT OOO"), Ul. Ryabinovaya D. 3, K. 2, KV. 261, Moscow 121471, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Jul 2016; Tax ID No. 7702403726 (Russia); Government Gazette Number 03555170 (Russia); Registration Number 1167746674644 (Russia) [RUSSIA-EO14024] (Linked To: FIROV, Alim Khazkhismelovich).

"MAJID" (a.k.a. KASSIR, Mohammed Jaafar; a.k.a. QASIR, Muhammad; a.k.a. QASIR, Muhammad Jafar; a.k.a. "EYNAKI"; a.k.a. "FADI"; a.k.a. "GHOLI, Hossein"; a.k.a. "SALAH, Shaykh"), Syria; DOB 12 Feb 1967; POB Dayr Qanun Al-Nahr, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

"MAJID, Hafiz" (a.k.a. MAJID, Hafiz Abdul), Pakistan; DOB 1972; alt. DOB 1973; alt. DOB 1971; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TALIBAN).

"MAK INTERNATIONAL" (a.k.a. MAK INTERNATIONAL SERVICE CO LTD; a.k.a. MAK INTERNATIONAL SERVICES CO LTD), Juba, South Sudan [SOUTH SUDAN].

"Makanika" (a.k.a. RUKUNDA, Michel), Hauts Plateaux, South Kivu, Congo, Democratic Republic of the; DOB 12 Sep 1974; POB Minembwe, Fizi Territory, South Kivu, Congo, Democratic Republic of the; nationality Congo, Democratic Republic of the; Gender Male; Military Registration Number 174935527545 (Congo, Democratic Republic of the) (individual) [DRCONGO].

"MAKPA" (a.k.a. MACPAR MAKINA; a.k.a. MACPAR MAKINA SAN VE TIC A.S.), Sehidler Caddesi No: 79/2 Tuzla, Istanbul 34940, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Istanbul Chamber of Comm. No. 537070 (Turkey) [NPWMD] [IFSR].

"MAKUBA" (a.k.a. BALUKU, Seka; a.k.a. BALUKU, Seka Musa; a.k.a. KAJUJU, Mzee; a.k.a. "LUMONDE"; a.k.a. "LUMU"), Congo, Democratic Republic of the; North Kivu Province, Congo, Democratic Republic of the; DOB 1976; alt. DOB 1975; POB Kasese District, Rwenzururu Sub-Region, Western Uganda; nationality Uganda; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [GLOMAG].

"MALEEQ, Abou" (a.k.a. AL-ALMANI, Abu Talha; a.k.a. CUSPERT, Denis; a.k.a. CUSPERT, Denis Mamadou; a.k.a. DOGG, Deso; a.k.a. "AL ALMANI, Abu Talhah"; a.k.a. "AL-MUJAHEED, Abu Maleeq"; a.k.a. "MALIK, Abu"; a.k.a. "MALIQ, Abu"; a.k.a. "MAMADOU, Abu"; a.k.a. "TALHA THE GERMAN, Abu"), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"MALIK, Abu" (a.k.a. AL-ALMANI, Abu Talha; a.k.a. CUSPERT, Denis; a.k.a. CUSPERT, Denis Mamadou; a.k.a. DOGG, Deso; a.k.a. "AL ALMANI, Abu Talhah"; a.k.a. "AL-MUJAHEED, Abu Maleeq"; a.k.a. "MALEEQ, Abou"; a.k.a. "MALIQ, Abu"; a.k.a. "MAMADOU, Abu"; a.k.a. "TALHA THE GERMAN, Abu"), Syria;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"MALIQ, Abu" (a.k.a. AL-ALMANI, Abu Talha; a.k.a. CUSPERT, Denis; a.k.a. CUSPERT, Denis Mamadou; a.k.a. DOGG, Deso; a.k.a. "AL ALMANI, Abu Talhah"; a.k.a. "AL-MUJAHEED, Abu Maleeq"; a.k.a. "MALEEQ, Abou"; a.k.a. "MALIK, Abu"; a.k.a. "MAMADOU, Abu"; a.k.a. "TALHA THE GERMAN, Abu"), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"MALOY, Sanya" (a.k.a. RYZHENKOV, Aleksandr Viktorovich; a.k.a. "CHERDAKMUDAK"; a.k.a. "GUESTER"; a.k.a. "MALOY, Sasha"), Russia; DOB 26 May 1993; nationality Russia; Gender Male; Passport 643501126 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP).

"MALOY, Sasha" (a.k.a. RYZHENKOV, Aleksandr Viktorovich; a.k.a. "CHERDAKMUDAK"; a.k.a. "GUESTER"; a.k.a. "MALOY, Sanya"), Russia; DOB 26 May 1993; nationality Russia; Gender Male; Passport 643501126 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP).

"MALOY, Serega" (a.k.a. RYZHENKOV, Sergey Viktorovich; a.k.a. "POCH"; a.k.a. "STEN"), Moscow, Russia; DOB 15 Feb 1989; POB Uzbekistan; nationality Russia; Gender Male; Passport 712199247 (Russia); National ID No. 3609048460 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP).

"MALVINE SYSTEMS" (a.k.a. LIMITED LIABILITY COMPANY MALVIN SYSTEMS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МАЛВИН СИСТЕМС)), Michurinskiy avenue, house 27, floor 3, Room 22, building 5, Moscow 119706, Russia (Cyrillic: Проспект Мичуринский, Дом 27, Эт 3, Пом 22, Корпус 5, Москва 119706, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7729557963 (Russia); Registration Number 5067746886532 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CITADEL).

"MAMA LELA" (a.k.a. NYAKINIYWA, Naima Mohamed; a.k.a. "MAMA NAIMA")); DOB 02 Sep 1962; POB Kenya; citizen Kenya; Passport A735832 (Kenya) (individual) [SDNTK].

"MAMA NAIMA" (a.k.a. NYAKINIYWA, Naima Mohamed; a.k.a. "MAMA LELA"); DOB 02 Sep

1962; POB Kenya; citizen Kenya; Passport A735832 (Kenya) (individual) [SDNTK].

"MAMADOU, Abu" (a.k.a. AL-ALMANI, Abu Talha; a.k.a. CUSPERT, Denis; a.k.a. CUSPERT, Denis Mamadou; a.k.a. DOGG, Deso; a.k.a. "AL ALMANI, Abu Talhah"; a.k.a. "AL-MUJAHEED, Abu Maleeq"; a.k.a. "MALEEQ, Abou"; a.k.a. "MALIK, Abu"; a.k.a. "MALIQ, Abu"; a.k.a. "TALHA THE GERMAN, Abu"), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"MANAGEMENT COMPANY MOSCOW CITY" (f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO CITY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO CITY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SITI; a.k.a. "CITY PUBLIC JOINT STOCK COMPANY"; a.k.a. "SITI PAO"), 9 Nab Frunzenskaya, Moscow 119146, Russia; d. 6 str. 2 etazh 2 Pomesch.I kom. 33, 34, Naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 May 1992; Tax ID No. 7704026946 (Russia); Government Gazette Number 17434671 (Russia); Registration Number 1027700068440 (Russia) [RUSSIA-EO14024].

"MANAN, Haji" (a.k.a. MANAN, Abdul Rahim; a.k.a. "RAHIM, Abdul"), Helmand Province, Afghanistan; DOB 1962; alt. DOB 1961; alt. DOB 1963; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TALIBAN).

"Mando R" (a.k.a. GONZALEZ SAUCEDA, Ricardo; a.k.a. "El Ricky"; a.k.a. "Mando Ricky"), Nuevo Laredo, Tamaulipas, Mexico; DOB 21 Jan 1998; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. GOSR980121HTSNCC04 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DEL NORESTE).

"Mando Ricky" (a.k.a. GONZALEZ SAUCEDA, Ricardo; a.k.a. "El Ricky"; a.k.a. "Mando R"), Nuevo Laredo, Tamaulipas, Mexico; DOB 21 Jan 1998; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P.

GOSR980121HTSNCC04 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DEL NORESTE).

"MANERA" (a.k.a. ZAGARIA, Michele; a.k.a. "CAPASTORTA"; a.k.a. "CAPOSTORTA"; a.k.a. "ISS"; a.k.a. "ZIO"); DOB 21 May 1958; POB San Cipriano d'Aversa, Italy (individual) [TCO].

"MANEX" (a.k.a. DE VERA Y ABOGNE, Pio; a.k.a. DE VERA, Esmael; a.k.a. DE VERA, Ismael; a.k.a. DE VERA, Ismail; a.k.a. DE VERA, Pio Abagne; a.k.a. DE VERA, Pio Abogne; a.k.a. DE VERA, Pio Abogue; a.k.a. OBOGNE, Leo M.; a.k.a. "ART, Tito"), Concepcion, Zaragosa, Nueva Ecija Province, Philippines; DOB 19 Dec 1969; POB Bagac, Bagamanok, Catanduanes Province, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"MANGO" (a.k.a. TSAREV, Mikhail Mikhailovich; a.k.a. "GRACHEV, Alexander"; a.k.a. "IVANOV MIXAIL"; a.k.a. "MISHA KRUTYSHA"; a.k.a. "SUPER MISHA"; a.k.a. "TSAREV, Nikita Andreevich"), Serpukhov, Russia; DOB 20 Apr 1989; nationality Russia; Email Address tsarev89@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"Manguera" (a.k.a. SALAZAR GUTIERREZ, Manuel; a.k.a. "Orejon"), Colombia; DOB 31 Dec 1966; nationality Colombia; citizen Colombia; Gender Male; Cedula No. 76252205 (Colombia); Passport BC336116 (Colombia) (individual) [ILLICIT-DRUGS-EO14059].

"MANOLO" (a.k.a. RODRIGUEZ OREJUELA, Miguel Angel; a.k.a. "DOCTOR M.R.O."; a.k.a. "EL SENOR"; a.k.a. "MANUEL"; a.k.a. "MAURO"; a.k.a. "MIKE"; a.k.a. "PAT"; a.k.a. "PATRICIA"; a.k.a. "PATRICIO"; a.k.a. "PATTY"), Casa No. 19, Avenida Lago, Ciudad Jardin, Cali, Colombia; DOB 23 Nov 1943; alt. DOB 15 Jul 1943; Cedula No. 6095803 (Colombia) (individual) [SDNT].

"MANSOOR ASIM, Mufti Abu" (a.k.a. WALI MEHSUD, Mufti Noor; a.k.a. WALI, Mufti Noor; a.k.a. WALI, Noor), Afghanistan; DOB 26 Jun 1978; POB Gurguray, Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"MANSOOR, Yaqub" (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

"MANSURI, Mehdi" (a.k.a. AZARPISHEH, Mehdi), Iran; DOB 31 Jul 1983; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 26338775 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"MANUEL" (a.k.a. RODRIGUEZ OREJUELA, Miguel Angel; a.k.a. "DOCTOR M.R.O."; a.k.a. "EL SENOR"; a.k.a. "MANOLO"; a.k.a. "MAURO"; a.k.a. "MIKE"; a.k.a. "PAT"; a.k.a. "PATRICIA"; a.k.a. "PATRICIO"; a.k.a. "PATTY"), Casa No. 19, Avenida Lago, Ciudad Jardin, Cali, Colombia; DOB 23 Nov 1943; alt. DOB 15 Jul 1943; Cedula No. 6095803 (Colombia) (individual) [SDNT].

"MANX, Logan" (a.k.a. ZHAO, Dong Dong; a.k.a. ZHAO, Dongdong (Chinese Simplified: 赵冬冬)), Yantai, Shandong, China; DOB 04 Feb 1990; POB Shandong, China; nationality China; Website www.tdpmolds.com; alt. Website www.tdpsell.com; Email Address loganmanx@hotmail.com; Gender Male; Phone Number 8613188782935; National ID No.

371327199002044616 (China) (individual) [ILLICIT-DRUGS-EO14059].

"MANZI" (a.k.a. KIMENYI, Gilbert; a.k.a. KIMENYI, Nyembo; a.k.a. UWIMBABAZI, Sebastien; a.k.a. "NYEMBO"), Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1968; POB Gatoki Cell, Murunda Sector, Rutsiro Commune, Kibuye Prefecture, Rwanda; alt. POB Rutsiro District, Western Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO] (Linked To: FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA).

"MARINE RESCUE SERVICE" (Cyrillic: "МОРСКАЯ СПАСАТЕЛЬНАЯ СЛУЖБА") (a.k.a. FEDERAL BUDGETARY STATE MARINE EMERGENCY SALVAGE, RESCUE AND POLLUTION PREVENTION COORDINATION SERVICE OF THE RUSSIAN FEDERATION; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE; a.k.a. MORSPAS; a.k.a. MORSPASSLUZHBA), Proektiruemyy proezd No 4062, Building 1, 4, Moscow 115432, Russia (Cyrillic: Проектируемый 4062 пр-д, д.4 с.1, Москва 115432, Russia); Petrovka street, Building 2, 3/6, Moscow 125993, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707274249 (Russia); Identification Number IMO 5715105; Registration Number 1027739737321 (Russia) [RUSSIA-EO14024] [PEESA-EO14039].

"MARIVANI, Shahin" (a.k.a. MUHAMMADI, Omid; a.k.a. MUHAMMADI, Umid; a.k.a. MUHAMMADI, 'Umid 'Abd al-Majid Muhammad 'Aziz; a.k.a. "AL-KURDI, Abu Sulayman"; a.k.a. "AL-KURDI, 'Amid"; a.k.a. "AL-KURDI, Hamza"; a.k.a. "AL-KURDI, Umid"; a.k.a. "DARWESH, Arkan Mohammed Hussein"; a.k.a. "RAWANSARI, Shahin"); DOB 1967; nationality Syria; alt. nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ethnicity Kurdish (individual) [SDGT].

"MARKELOV, Vitaly A" (a.k.a. MARKELOV, Anatolyevich Vitalii; a.k.a. MARKELOV, Vitaliy Anatolyevich (Cyrillic: МАРКЕЛОВ, Виталий Анатольевич)), Russia; DOB 05 Aug 1963; POB Mordovia, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To:

JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

"MARKET FA LLC" (a.k.a. LIMITED LIABILITY COMPANY MARKET FUND ADMINISTRATION; a.k.a. SBERBANK FUND ADMINISTRATION LIMITED LIABILITY COMPANY), 79 V. Lenina St, room 8, Derbent, Dagestan 368602, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7736618039 (Russia); Registration Number 1107746400827 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

"MARQUES, Ivan" (a.k.a. MARIN ARANGO, Luciano; a.k.a. "MARQUEZ, Ivan"), Apure, Venezuela; DOB 06 Jun 1955; alt. DOB 16 Jun 1955; POB Florencia, Caqueta, Colombia; nationality Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 19304877 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

"MARQUEZ, Andree" (a.k.a. AL-REDA, Salman; a.k.a. AL-RIDA, Samwil Salman; a.k.a. EL-REDA, Samuel Salman; a.k.a. REMAL, Salman; a.k.a. SALMAN, Salman Raof; a.k.a. SALMAN, Salman Raouf; a.k.a. SALMAN, Salman Rauf), Lebanon; DOB 05 Jun 1963; alt. DOB 1965; nationality Colombia; alt. nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AD 059541 (Colombia); alt. Passport AC 128856 (Colombia); National ID No. 84.049.097 (Colombia) (individual) [SDGT] (Linked To: HIZBALLAH).

"MARQUEZ, Ivan" (a.k.a. MARIN ARANGO, Luciano; a.k.a. "MARQUES, Ivan"), Apure, Venezuela; DOB 06 Jun 1955; alt. DOB 16 Jun 1955; POB Florencia, Caqueta, Colombia; nationality Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886; Cedula No. 19304877 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

"MARTIN BALA" (a.k.a. VARON CADENA, Greilyn Fernando); DOB 02 Mar 1982; POB Cali, Valle, Colombia; citizen Colombia; Cedula No. 16943202 (Colombia) (individual) [SDNTK] (Linked To: INMOBILIARIA FER CADENA).

"MARTIN LLANOS" (a.k.a. BUITRAGO PARADA, Hector German); DOB 21 Jan 1968; POB Monterrey, Casanare, Colombia; Cedula No. 79436816 (Colombia) (individual) [SDNTK].

"MARTIN" (a.k.a. KHAKI, Parviz); DOB 26 Aug 1968; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

"MARTINEZ, Miguel Miguelito" (a.k.a. MARTINEZ MORALES, Luis Miguel; a.k.a. "MARTINEZ, Miguel"; a.k.a. "Miguelito"), Colonia Las Hojarascas, Km 19.5 Carretera Interamericana, Mixco, Guatemala; DOB 12 Sep 1989; POB Santa Lucia Cotzumalguapa, Guatemala; nationality Guatemala; Gender Male; Passport 245907203 (Guatemala) expires 15 Nov 2022; National ID No. 2459072030502 (Guatemala) (individual) [GLOMAG].

"MARTINEZ, Miguel" (a.k.a. MARTINEZ MORALES, Luis Miguel; a.k.a. "MARTINEZ, Miguel Miguelito"; a.k.a. "Miguelito"), Colonia Las Hojarascas, Km 19.5 Carretera Interamericana, Mixco, Guatemala; DOB 12 Sep 1989; POB Santa Lucia Cotzumalguapa, Guatemala; nationality Guatemala; Gender Male; Passport 245907203 (Guatemala) expires 15 Nov 2022; National ID No. 2459072030502 (Guatemala) (individual) [GLOMAG].

"Martita" (a.k.a. CONDE URAGA, Martha Emilia), Culiacan, Sinaloa, Mexico; DOB 09 Aug 1962; POB Sinaloa, Mexico; nationality Mexico; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; R.F.C. COUM620809KI9 (Mexico); C.U.R.P. COUM620809MSLNRR08 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

"MARUHA REFRIGERADOS" (a.k.a. SERVICIOS DE TRANSPORTE MARUHA, SOCIEDAD ANONIMA DE CAPITAL VARIABLE), Culiacan, Sinaloa, Mexico; Organization Established Date 15 Mar 2012; Folio Mercantil No. 81512 (Mexico) [ILLICIT-DRUGS-EO14059].

"MASHRIQ" (a.k.a. AL MASHREK FUND; a.k.a. AL MASHREK HOLDING; a.k.a. AL MASHREQ INVESTMENT FUND; a.k.a. AL MASHRIQ HOLDING; a.k.a. AL MASHRIQ INVESTMENT FUND), Damascus, Syria; Organization Type: Financial and Insurance Activities [PAARSSR-EO13894].

"MASKED MEN BRIGADE" (a.k.a. AL-MULATHAMUN BATTALION; a.k.a. AL-MULATHAMUN BRIGADE; a.k.a. AL-MULATHAMUN MASKED ONES BRIGADE; a.k.a. AL-MURABITOUN; a.k.a. AL-MUWAQQI'UN BIL-DIMA; a.k.a. KHALED ABU AL-ABBAS BRIGADE; a.k.a. SIGNATORIES IN BLOOD; a.k.a. SIGNED-IN-BLOOD BATTALION; a.k.a. THOSE SIGNED IN BLOOD BATTALION; a.k.a. THOSE WHO SIGN IN BLOOD; a.k.a. "THE SENTINELS"; a.k.a. "WITNESSES IN BLOOD"), Algeria; Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"MASLOV, Ivan Oleksandrovich" (a.k.a. MASLOV, Ivan Aleksandrovich (Cyrillic: МАСЛОВ, ИВАН АЛЕКСАНДРОВИЧ)), Mali; Uchitelskaya St., Apt 2, Shatki, Nizhny Novgorod Region, Russia; DOB 11 Jul 1982; alt. DOB 03 Jan 1980; POB Arkhangelsk, Russia; alt. POB Chuguevka, Chuguevsky District, Primorsky territory, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 731849424 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

"MASNA" (a.k.a. IRANIAN NOVIN SYSTEMS MANAGEMENT; a.k.a. MATIN SANAT NIK ANDISHAN; a.k.a. "MSNA"), Unit 13, Number 13, Kuhestan-e Sheshom, Nobonyad Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"MASNA" (a.k.a. IRAN'S NUCLEAR POWER PLANT CONSTRUCTION MANAGEMENT COMPANY); Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"Mastercartaria" (a.k.a. KHORASHADIZADEH, Ali; a.k.a. "Iranvisacart"), Iran; DOB 21 Sep 1979; POB Tehran, Iran; nationality Iran; Email Address iranvisacart@yahoo.com; alt. Email Address mastercartaria@yahoo.com; alt. Email Address alikhorashadi@yahoo.com; alt. Email Address toppglasses@gmail.com; alt. Email

Address iranian_boy5@yahoo.com; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT 149w62rY42aZBox8fGcmqNsXUzSStKeq8C; Passport T14553558 (Iran) issued 28 Oct 2008 expires 29 Oct 2013 (individual) [CYBER2].

"MASTERCHAIN" (a.k.a. DISTRIBUTED LEDGER SYSTEMS LLC; a.k.a. LIMITED LIABILITY COMPANY DISTRIBUTED LEDGER TECHNOLOGY; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SISTEMY RASPREDELENNOGO REYESTRA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИСТЕМЫ РАСПРЕДЕЛЕННОГО РЕЕСТРА); a.k.a. "DISTRIBUTED REGISTRY SYSTEMS"), Ul. Kompozitorskaya D. 17, Et./Pom.7/I, Kom. 11-17, Moscow 121099, Russia; Website https://www.masterchain.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 May 2021; Tax ID No. 9704063885 (Russia) [RUSSIA-EO14024].

"MATAAN, Ahmad" (a.k.a. MATAAN, Ahmed Hasan Ali Sulaiman; a.k.a. SULAIMAN, Ahmad Matan Hassan Ali; a.k.a. "MATAAN, Ahmed"), Al Mahrah, Yemen; DOB 1966; POB Qandala, Somalia; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"MATAAN, Ahmed" (a.k.a. MATAAN, Ahmed Hasan Ali Sulaiman; a.k.a. SULAIMAN, Ahmad Matan Hassan Ali; a.k.a. "MATAAN, Ahmad"), Al Mahrah, Yemen; DOB 1966; POB Qandala, Somalia; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"MATE" (a.k.a. LALOVIC, Dragan); DOB 14 Jun 1953; POB Vlaholje, nr Kalinovik, Bosnia-Herzegovina (individual) [BALKANS].

"MATEO" (a.k.a. ARREDONDO ORTIZ, Carlos Arturo); DOB 22 Nov 1966; POB Itagui, Antioquia, Colombia; citizen Colombia; Cedula No. 98520515 (Colombia) (individual) [SDNTK].

"MATSA" (a.k.a. ATOMIC FUEL DEVELOPMENT ENGINEERING COMPANY; a.k.a. ENERGY NOVIN INDUSTRIAL DEVELOPMENT; a.k.a. MATSA COMPANY; a.k.a. "ENID"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions

[IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"MATVEYEV, Mikhail Mix" (Cyrillic: "МАТВЕЕВ, Михаил Mix") (a.k.a. MATVEEV, Mihail Pavlovich; a.k.a. MATVEEV, Mikhail Pavlovich; a.k.a. MATVEYEV, Mikhail P; a.k.a. "BORISELCIN"; a.k.a. "M1X"; a.k.a. "MATYEEV, Mikhail" (Cyrillic: "МАТВЕЕВ, Михаил"); a.k.a. "UHODIRANSOMWAR"; a.k.a. "WAZAWAKA"), 8 Serzhana Koloskova Street, Apartment 6, Kaliningrad, Russia; DOB 17 Aug 1992; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 733584513 (Russia) (individual) [CYBER2].

"MATYEEV, Mikhail" (Cyrillic: "МАТВЕЕВ, Михаил") (a.k.a. MATVEEV, Mihail Pavlovich; a.k.a. MATVEEV, Mikhail Pavlovich; a.k.a. MATVEYEV, Mikhail P; a.k.a. "BORISELCIN"; a.k.a. "M1X"; a.k.a. "MATVEYEV, Mikhail Mix" (Cyrillic: "МАТВЕЕВ, Михаил Mix"); a.k.a. "UHODIRANSOMWAR"; a.k.a. "WAZAWAKA"), 8 Serzhana Koloskova Street, Apartment 6, Kaliningrad, Russia; DOB 17 Aug 1992; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 733584513 (Russia) (individual) [CYBER2].

"MAURO" (a.k.a. RODRIGUEZ OREJUELA, Miguel Angel; a.k.a. "DOCTOR M.R.O."; a.k.a. "EL SENOR"; a.k.a. "MANOLO"; a.k.a. "MANUEL"; a.k.a. "MIKE"; a.k.a. "PAT"; a.k.a. "PATRICIA"; a.k.a. "PATRICIO"; a.k.a. "PATTY"), Casa No. 19, Avenida Lago, Ciudad Jardin, Cali, Colombia; DOB 23 Nov 1943; alt. DOB 15 Jul 1943; Cedula No. 6095803 (Colombia) (individual) [SDNT].

"MAVT CO." (a.k.a. DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER; a.k.a. INSTITUTE FOR DEFENSE EDUCATION AND RESEARCH; a.k.a. MOASSESE AMOZESH VA TAHGHIGHATI; a.k.a. "DTSRC"), Pasdaran Avenue, P.O. Box 19585/777, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

"MAX AI" (a.k.a. LIMITED LIABILITY COMPANY MAXTECH; a.k.a. LIMITED LIABILITY COMPANY MAXTEH; a.k.a. MAKSTECH; a.k.a. MAKSTEKH; a.k.a. MAXTECH IT SOLUTIONS; a.k.a. MAXTECH SOLUTIONS; a.k.a.

MAXTECHSOLUTIONS; a.k.a. "MAXAI"), ul. Ilimskaya d. 5, k.2, office Z 303, Moscow 127576, Russia; ul. Novgorodskaya d. 1, ofis A 212, Moscow 127576, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Feb 2017; Tax ID No. 9715291467 (Russia); Registration Number 1177746103303 (Russia) [RUSSIA-EO14024].

"MAXAI" (a.k.a. LIMITED LIABILITY COMPANY MAXTECH; a.k.a. LIMITED LIABILITY COMPANY MAXTEH; a.k.a. MAKSTECH; a.k.a. MAKSTEKH; a.k.a. MAXTECH IT SOLUTIONS; a.k.a. MAXTECH SOLUTIONS; a.k.a. MAXTECHSOLUTIONS; a.k.a. "MAX AI"), ul. Ilimskaya d. 5, k.2, office Z 303, Moscow 127576, Russia; ul. Novgorodskaya d. 1, ofis A 212, Moscow 127576, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Feb 2017; Tax ID No. 9715291467 (Russia); Registration Number 1177746103303 (Russia) [RUSSIA-EO14024].

"Mayelo" (a.k.a. GUERRA SALINAS, Ismael; a.k.a. "El Comandante"), Mexico; DOB 01 Jun 1990; POB Tamaulipas, Mexico; nationality Mexico; Gender Male; C.U.R.P. GUSI900601HTSRLS09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: GULF CARTEL).

"Mayo" (a.k.a. HERNANDEZ GARCIA, Javier; a.k.a. LOPEZ LANDEROS, Geronimo; a.k.a. ZAMBADA GARCIA, Ismael; a.k.a. ZAMBADA GARCIA, Ismael Mario; a.k.a. ZAMBADA, El Mayo; a.k.a. "El Mayo"), Mexico; DOB 1948; POB Sinaloa, Mexico; nationality Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

"MAZAI" (a.k.a. MAZAEV, Konstantin; a.k.a. PIKALOV, Konstantin Aleksandrovich; a.k.a. PIKALOV, Konstantin Alexandrovich; a.k.a. "MAZAY"), Russia; DOB 23 Jul 1968; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781491227404 (Russia) (individual) [RUSSIA-EO14024].

"MAZAY" (a.k.a. MAZAEV, Konstantin; a.k.a. PIKALOV, Konstantin Aleksandrovich; a.k.a. PIKALOV, Konstantin Alexandrovich; a.k.a. "MAZAI"), Russia; DOB 23 Jul 1968; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781491227404 (Russia) (individual) [RUSSIA-EO14024].

"Mc Khalifh" (a.k.a. ABDU SHAKUR, Anas; a.k.a. AL-ABBOUBI, Anas; a.k.a. EL ABBOUBI, Anas; a.k.a. EL-ABBOUBI, Anas; a.k.a. SHAKUR, Anas; a.k.a. "Abu Rawaha the Italian"; a.k.a. "Abu the Italian"; a.k.a. "AL-ITALY, Anas"; a.k.a. "Mc Khaliph"; a.k.a. "McKhalif"; a.k.a. "Rawaha al Itali"), Aleppo, Syria; DOB 01 Oct 1992 to 31 Oct 1992; POB Marrakech, Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Mc Khaliph" (a.k.a. ABDU SHAKUR, Anas; a.k.a. AL-ABBOUBI, Anas; a.k.a. EL ABBOUBI, Anas; a.k.a. EL-ABBOUBI, Anas; a.k.a. SHAKUR, Anas; a.k.a. "Abu Rawaha the Italian"; a.k.a. "Abu the Italian"; a.k.a. "AL-ITALY, Anas"; a.k.a. "Mc Khalifh"; a.k.a. "McKhalif"; a.k.a. "Rawaha al Itali"), Aleppo, Syria; DOB 01 Oct 1992 to 31 Oct 1992; POB Marrakech, Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"MCC FSUE" (a.k.a. FEDERAL STATE UNITARY ENTERPRISE MINING AND CHEMICAL COMBINE; a.k.a. MINING AND CHEMICAL COMPLEX FEDERAL STATE UNITARY ENTERPRISE; a.k.a. "GKHK"), 53 zd., ul. Lenina, Zheleznogorsk 662970, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 2452000401 (Russia); Registration Number 1022401404871 (Russia) [RUSSIA-EO14024].

"McKhalif" (a.k.a. ABDU SHAKUR, Anas; a.k.a. AL-ABBOUBI, Anas; a.k.a. EL ABBOUBI, Anas; a.k.a. EL-ABBOUBI, Anas; a.k.a. SHAKUR, Anas; a.k.a. "Abu Rawaha the Italian"; a.k.a. "Abu the Italian"; a.k.a. "AL-ITALY, Anas"; a.k.a. "Mc Khalifh"; a.k.a. "Mc Khaliph"; a.k.a. "Rawaha al Itali"), Aleppo, Syria; DOB 01 Oct 1992 to 31 Oct 1992; POB Marrakech, Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"MEC" (a.k.a. MYANMAR ECONOMIC CORPORATION; a.k.a. MYANMAR ECONOMIC CORPORATION LIMITED), Corner of Ahlone Road & Kannar Road, Ahlone Township, Rangoon, Burma; Registration Number 105444192 (Burma) [BURMA-EO14014].

"MECHANITE" (a.k.a. LIMITED LIABILITY COMPANY MEEHANITE), Sh. Yuzhnoe D. 16v, Nizhniy Novgorod 603123, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5256089670 (Russia); Registration Number 1095256004370 (Russia) [RUSSIA-EO14024].

"MECHAS" (a.k.a. RENDON RAMIREZ, Jose Aldemar), Carrera 9 No. 10-07, Cartago, Valle, Colombia; Carrera 26 No. 80-40, MZ 1, Casa 13, Pereira, Risaralda, Colombia; Carrera 13 No. 18-50, Cartago, Valle, Colombia; DOB 24 Jul 1950; POB Pereira, Risaralda, Colombia; Cedula No. 16202349 (Colombia); Passport AF956905 (Colombia); alt. Passport AE182792 (Colombia) (individual) [SDNT].

"MEDIC" (a.k.a. MEDICAL EQUIPMENT & DRUGS INTERNATIONAL CORPORATION; a.k.a. MEDICAL EQUIPMENT AND DRUGS INTERNATIONAL CORPORATION; a.k.a. "DRUGS AND MEDICAL SUPPLIES"), Safco Center B1-B2, Airport Road, Beirut, Lebanon; Property 2933, Section 35, Safco Center, Basement, Airport Road, Borj al Barajneh, Lebanon; Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 2034502 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

"MEDIO MLON" (a.k.a. CISNEROS RODRIGUEZ, Jose Misael; a.k.a. CISNEROS, Jose Misal; a.k.a. "HALF MILLION"); DOB 02 Oct 1976; POB Agua Caliente, Chalatenango, El Salvador; nationality El Salvador (individual) [TCO].

"MEGATEO" (a.k.a. NAVARRO CERRANO, Victor Ramon); DOB 25 Jan 1976; POB San Calixto, Norte de Santander, Colombia; citizen Colombia; Cedula No. 0088282754 (Colombia) (individual) [SDNTK].

"MEHL" (a.k.a. MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED; a.k.a. MYANMAR ECONOMIC HOLDING LIMITED), 51*Mahabandoola Road 189/191, Botataung, Rangoon 11161, Burma; Registration Number 156387282 (Burma) [BURMA-EO14014].

"MEHRI, Hamama" (a.k.a. KHOUIER, Hamama Ould; a.k.a. KOIYA, Hamza Ould; a.k.a. "TABANKORT, Hamza"), Mali; DOB 1982; alt. DOB 1981; alt. DOB 1988; POB Tabankort, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN; Linked To: AL-MULATHAMUN BATTALION).

"MEKELE" (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Taeme Abraham; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DA'AME"; a.k.a. "DHA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELLE"; a.k.a. "MEQELE"; a.k.a. "TESFALEN"; a.k.a. "TSEGAI"); DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

"MEKELLE" (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Taeme Abraham; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DA'AME"; a.k.a. "DHA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELE"; a.k.a. "MEQELE"; a.k.a. "TESFALEN"; a.k.a. "TSEGAI"); DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

"MEKPCO" (a.k.a. KIMIAYE PARS KHAVARMIANEH PETROCHEMICAL CO. (Arabic: پتروشیمی کیمیای پارس خاورمیانه); a.k.a. MIDDLE EAST KIMIAYE PARS CO.; a.k.a. MIDDLE EAST KIMIYA PARS CO.), 2 J St., Abushahr St., Pars Energy Special Economic Zone, Petrochemical Square, Asalouyeh Port 7511895551, Iran; No. 3, 4th Floor, West Saro St., Corner of Aseman, Sa'adat Abad, Tehran 1998133734, Iran; Website www.mekpco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2007 [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

"MELITEK" (a.k.a. LLC MELYTEC), Ul. Obrucheva D. 34/63, Str. 2, Moscow 117342, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728644821 (Russia); Registration Number 1077764798979 (Russia) [RUSSIA-EO14024].

"MEMON BABA" (a.k.a. QASMANI, Arif; a.k.a. QASMANI, Mohammad Arif; a.k.a. QASMANI, Muhammad Arif; a.k.a. QASMANI, Muhammad 'Arif; a.k.a. "ARIF UMER"; a.k.a. "BABA JI"; a.k.a. "QASMANI BABA"), House Number 136,

KDA Scheme No. 1, Tipu Sultan Road, Karachi, Sindh, Pakistan; DOB circa 1944; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"MENDOZA, Alexander" (a.k.a. ARCHAGA CARIAS, Yulan Adonay; a.k.a. "PORKY"), Honduras; DOB 13 Feb 1982; alt. DOB 21 Jan 1982; POB San Pedro Sula, Cortes, Honduras; nationality Honduras; Gender Male (individual) [TCO] (Linked To: MS-13).

"Menor" (a.k.a. GUZMAN SALAZAR, Jesus Alfredo; a.k.a. "Alfredito"), Culiacan, Sinaloa, Mexico; DOB 17 May 1986; POB Jalisco, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. GUSJ860517HJCZLS06 (Mexico) (individual) [SDNTK] [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

"MENSOR GROUP" (a.k.a. LIMITED LIABILITY COMPANY MENSOR GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕНСОР ГРУПП)), d. ZD. 88 etazh / kom. 5/N507, ul. Sotsialisticheskaya, Rostov-on-Don 344002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7721296082 (Russia); Registration Number 1157746334305 (Russia) [RUSSIA-EO14024].

"MENTOS" (a.k.a. VALIAKHMETOV, Vadim; a.k.a. VALIAKHMETOV, Vadym Firdavysovych (Cyrillic: ВАЛИАХМЕТОВ, Вадим Фирдависович); a.k.a. "VASM"; a.k.a. "WELDON"), Russia; DOB 07 May 1981; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"MEQELE" (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Taeme Abraham; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DA'AME"; a.k.a. "DHA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELE"; a.k.a. "MEKELLE"; a.k.a. "TESFALEN"; a.k.a. "TSEGAI"); DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

"MERA'I" (a.k.a. EL AYASHI, Radi Abd El Samie Abou El Yazid), Via Cilea 40, Milan, Italy; DOB 02 Jan 1972; POB El Gharbia, Egypt; nationality Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; arrested 31 Mar 2003 (individual) [SDGT].

"MERCIFUL HANDS ASSOCIATION" (Arabic: "جمعية الأيدي الرحيمة") (a.k.a. MERCIFUL HANDS CHARITY; a.k.a. MERCIFUL HANDS GAZA; a.k.a. THE MERCIFUL HANDS CHARITABLE SOCIETY), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2005; Organization Type: Other human health activities; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: HAMAS).

"METAL, Senisa" (a.k.a. NEDELJKOVIC, Sinisa; a.k.a. "NEDELJKOVIC, Sinis"; a.k.a. "NEDELJKOVIC, Sinisa Stevan"), Kral Petar Street, Zvecan, Kosovo; DOB 26 Mar 1970; POB Zvecan, Kosovo; nationality Kosovo; alt. nationality Serbia; Gender Male; Identification Number 1501722452 (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

"Mexicali" (a.k.a. GUERRERO PALMA, Cheison Royer; a.k.a. "Arabe Negro"), Chile; DOB 16 Feb 1985; POB Maracay, Aragua, Venezuela; nationality Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 17984659 (Venezuela) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

"MEXICAN FEDERATION" (a.k.a. CARTEL DE SINALOA; a.k.a. SINALOA CARTEL; a.k.a. "GUADALAJARA CARTEL"), Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [SDNTK] [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

"MEXPACKING" (a.k.a. MEXPACKING SOLUTIONS), Calle 2DA, Numero Exterior 5211, Colonia Santa Rosa, Chihuahua 31050, Mexico; Calle Circuito Loreto, Numero Exterior 3165, Hacienda Loreto, Chihuahua 31220, Mexico; Website https://mexpackingsolutions.com; alt. Website www.mexpacking.com; Organization Type: Wholesale of other machinery and equipment [ILLICIT-DRUGS-EO14059].

"MFSL" (a.k.a. MYANMA FIVE STAR LINE; a.k.a. MYANMA FIVE STAR LINE COMPANY LIMITED; a.k.a. MYANMA FIVE STAR SHIPPING COMPANY; a.k.a. MYANMAR FIVE STAR LINE; a.k.a. "FIVE STAR SHIPPING COMPANY"; a.k.a. "FIVE STAR SHIPPING LINE"), Burma; Organization Established Date 25 Jun 2010; Organization Type: Sea and coastal freight water transport; Registration Number 107184368 (Burma) [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

"MFTB" (a.k.a. MYANMA FOREIGN TRADE BANK; a.k.a. MYANMAR FOREIGN TRADE BANK), 80-86 Maha Bandoola Garden Street, Yangon, Burma; SWIFT/BIC MFTBMMMY; Organization Established Date 1976; Target Type Financial Institution [BURMA-EO14014].

"MFTI" (a.k.a. FEDERAL STATE INSTITUTION OF HIGHER VOCATIONAL EDUCATION MOSCOW INSTITUTE OF PHYSICS AND TECHNOLOGY; a.k.a. MOSKOVSKIY FIZIKO TEKHNICHESKIY INSTITUT; a.k.a. "MIPT"), 9 Institutskiy Per., Dolgoprudny, Moscow Region 141701, Russia; 1 A Kerchenskaya St., Moscow 117303, Russia; Ulitsa Gagarina 16, Zhukovsky, Moscow Region 140180, Russia; Klimentovsky Pereulok 1 Stroyeniye 1, Moscow 115184, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 5008006211 (Russia); Registration Number 1027739386135 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"MGB" (a.k.a. MINISTRY OF STATE SECURITY), Luhansk People's Republic, Luhansk City, Ukraine [CAATSA - RUSSIA].

"MGRI-RSGPU" (a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SERGO ORDZHONIKIDZE RUSSIAN STATE UNIVERSITY FOR GEOLOGICAL PROSPECTING; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA ROSSISKI GOSUDARSTVENNY GEOLOGORAZVEDOCHNY UNIVERSITET IMENI SERGO ORDZHONIKIDZE; a.k.a. MOSCOW GEOLOGICAL PROSPECTING INSTITUTE; a.k.a. SERGO ORDZHONIKIDZE GEO UNIVERSITY), Miklouho-Maclay St. 23., Moscow 117997, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728028967 (Russia); Government

Gazette Number 02068835 (Russia); Registration Number 1027739347723 (Russia) [RUSSIA-EO14024].

"MI CHUNG" (a.k.a. KRIANGKRAI, Tuangwitthayakun; a.k.a. SAO KUAY, Sae Tung; a.k.a. TUAN, Ming Cheng; a.k.a. TUAN, Shao Kuei; a.k.a. "MING CHUNG"; a.k.a. "TA KUEI"; a.k.a. "TUAN SHAO KUEI"), Mong Kyawt, Shan, Burma; DOB 05 Nov 1950; National ID No. 5500900040846 (Thailand) (individual) [SDNTK].

"MI SANGRE" (a.k.a. LOPEZ LONDONO, Henry de Jesus); DOB 15 Feb 1971; POB Medellin, Antioquia, Colombia; citizen Colombia; Cedula No. 71721132 (Colombia) (individual) [SDNTK] (Linked To: H Y J COMERCIALIZADORA INTERNACIONAL LTDA).

"MI VIEJO" (a.k.a. BURITICA HINCAPIE, Geova; a.k.a. "CAMILO CHATA"); DOB 18 Sep 1970; POB San Rafael, Antioquia, Colombia; Cedula No. 71215823 (Colombia) (individual) [SDNTK].

"MIB" (a.k.a. MUJAHIDEEN INDONESIA TIMOR; a.k.a. MUJAHIDIN INDONESIA BARAT; a.k.a. MUJAHIDIN INDONESIA TIMOR; a.k.a. MUJAHIDIN INDONESIA TIMUR; a.k.a. MUJAHIDIN OF EASTERN INDONESIA; a.k.a. MUJAHIDIN OF WESTERN INDONESIA; a.k.a. "MIT"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"MICB" (a.k.a. MYANMA INVESTMENT AND COMMERICAL BANK; a.k.a. MYANMAR INVESTMENT AND COMMERCIAL BANK), 170/176 Bo Aung Kyaw Street, Botataung Township, Yangon, Burma; 170/176 Bo Aung Gyaw Street, Yangong, Burma; SWIFT/BIC MICBMMMY; Organization Established Date 1990; Target Type Financial Institution [BURMA-EO14014].

"MICPB" (a.k.a. LIMITED LIABILITY COMPANY MICROPRIBOR), ul. Karla Marksa, d. 244, office 62, Izhevsk 426008, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1831205707 (Russia); Registration Number 1221800006581 (Russia) [RUSSIA-EO14024].

"MICROEMPRESA KHANSA" (a.k.a. ALMACEN ELECTRO SONY STAR), Calle 13, No. 10-45, Maicao, La Guajira, Colombia; NIT # 639000271-8 (Colombia) [SDNTK].

"MICROSUN" (a.k.a. MIKROSAN OOO), Pr-kt Krasnyi d. 54, pom. 433, Novosibirsk 630000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

5407216683 (Russia); Registration Number 1025403209182 (Russia) [RUSSIA-EO14024].

"MIDAS RESOURCES" (a.k.a. MIDAS RESSOURCES; a.k.a. MIDAS RESSOURCES LIMITED LIABILITY; a.k.a. MIDAS RESSOURCES MINING COMPANY; a.k.a. MIDAS RESSOURCES SARLU; a.k.a. MIDAS RESSOURCES SURL; a.k.a. MIDAS SURL), Bangui, Central African Republic; Ndassima, Central African Republic; Website www.midasrs.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Nov 2019; Organization Type: Mining of other non-ferrous metal ores; Target Type Private Company [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

"MIDHCO" (a.k.a. MIDDLE EAST MINES AND MINERAL INDUSTRIES DEVELOPMENT HOLDING COMPANY), No. 8, Ma'aref Street, Farhang Boulevards, Sa'adatabad, Tehran 1465953349, Iran; No. 8, Rashidi St, Farhang Blvd, Sa'adatabad, Tehran, Iran; Website www.midhco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Nov 2007; Registration Number 310643 (Iran) [IRAN-EO13871] (Linked To: SIRJAN IRANIAN STEEL; Linked To: ZARAND IRANIAN STEEL COMPANY).

"MIEA JSC" (a.k.a. MOSCOW INSTITUTE OF ELECTROMECHANICS AND AUTOMATICS JSC; a.k.a. MOSCOW INSTITUTE OF ELECTROMECHANICS AND AUTOMATICS PJSC), Aviatsionny Lane, 5, Moscow, 125167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jun 1994; Tax ID No. 7714025469 (Russia); Registration Number 1027739201951 (Russia) [RUSSIA-EO14024].

"MIEP LLC" (a.k.a. LIMITED LIABILITY COMPANY MYTISHINSKY INSTRUMENT MAKING PLANT; a.k.a. MYTISHCHI INSTRUMENT ENGINEERING PLANT; a.k.a. MYTISHCHINSKII PRIBOROSTROITELNYI ZAVOD), 1-I Silikatnyi Per D.12, Mytishchi 141004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5029217125 (Russia); Registration Number 1175029001641 (Russia) [RUSSIA-EO14024].

"Miguelito" (a.k.a. MARTINEZ MORALES, Luis Miguel; a.k.a. "MARTINEZ, Miguel"; a.k.a. "MARTINEZ, Miguel Miguelito"), Colonia Las Hojarascas, Km 19.5 Carretera Interamericana, Mixco, Guatemala; DOB 12 Sep 1989; POB

Santa Lucia Cotzumalguapa, Guatemala; nationality Guatemala; Gender Male; Passport 245907203 (Guatemala) expires 15 Nov 2022; National ID No. 2459072030502 (Guatemala) (individual) [GLOMAG].

"Miguelon" (a.k.a. DE ANDA LEDEZMA, Miguel Angel), Nuevo Laredo, Tamaulipas, Mexico; DOB 16 Sep 1984; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. AALM840916HTSNDG02 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DEL NORESTE).

"MIKE" (a.k.a. RODRIGUEZ OREJUELA, Miguel Angel; a.k.a. "DOCTOR M.R.O."; a.k.a. "EL SENOR"; a.k.a. "MANOLO"; a.k.a. "MANUEL"; a.k.a. "MAURO"; a.k.a. "PAT"; a.k.a. "PATRICIA"; a.k.a. "PATRICIO"; a.k.a. "PATTY"), Casa No. 19, Avenida Lago, Ciudad Jardin, Cali, Colombia; DOB 23 Nov 1943; alt. DOB 15 Jul 1943; Cedula No. 6095803 (Colombia) (individual) [SDNT].

"MILCIADES" (a.k.a. GONZALEZ APUSHANA, Armando; a.k.a. GONZALEZ POLANCO, Amaury; a.k.a. GONZALEZ POLANCO, Hermagoras; a.k.a. "EL GORDO BAEZ"; a.k.a. "GORDITO POLANCO"; a.k.a. "UNCLE TOLI"), Avenida El Milagro, Edificio Villa Virginia, Maracaibo, Zulia, Venezuela; Karla Karolin Penthouse, Avenida 3 Entre 76 y 77, Maracaibo, Zulia, Venezuela; Maracaibo, Zulia, Venezuela; Caja Seca, Zulia, Venezuela; Merida, Merida, Venezuela; Maicao, Guajira, Colombia; Aruba; DOB 19 Oct 1962; alt. DOB 19 Oct 1959; POB Maicao, Guajira, Colombia; nationality Venezuela; alt. nationality Colombia; citizen Venezuela; alt. citizen Colombia; Cedula No. 7789819 (Venezuela); alt. Cedula No. 84041400 (Colombia) (individual) [SDNTK].

"MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE" (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH

CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

"MILITARY TRANSPORT AVIATION" (Cyrillic: "ВОЕННО-ТРАНСПОРТНАЯ АВИАЦИЯ") (a.k.a. COMMAND OF THE MILITARY TRANSPORT AVIATION; a.k.a. FEDERAL STATE INSTITUTION MILITARY UNIT 25969; a.k.a. FEDERALNOE KAZENNOE UCHREZHDENIE VOISKOVAIA CHAST 25969; a.k.a. "VTA" (Cyrillic: "ВТА"); a.k.a. "VTA COMMAND"), ul. Matrosskaia Tishina, 10, Moscow 107014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jun 1931; Target Type Government Entity; Tax ID No. 7718786880 (Russia); Registration Number 1097746767821 (Russia) [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

"MINERAL MINING EXTRACTION COMPANY" (a.k.a. NOVIN KHARA; a.k.a. NOVIN KHARA MINERAL MINING EXTRACTION COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING ENGINEERING COMPANY; a.k.a. NOVIN PARS MINERAL MINING COMPANY; a.k.a. "ASKAM"; a.k.a. "ESKAM"; a.k.a. "SKAM"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"MINEUR" (a.k.a. KOJIC, Radomir); DOB 23 Nov 1950; POB Bijela Voda, Sokolac Canton, Bosnia-Herzegovina; Passport 3943074 (Bosnia and Herzegovina) issued 27 Sep 2002; Passport issued in Sarajevo, Bosnia-Herzegovina (individual) [BALKANS].

"MING CHUNG" (a.k.a. KRIANGKRAI, Tuangwitthayakun; a.k.a. SAO KUAY, Sae Tung; a.k.a. TUAN, Ming Cheng; a.k.a. TUAN, Shao Kuei; a.k.a. "MI CHUNG"; a.k.a. "TA KUEI"; a.k.a. "TUAN SHAO KUEI"), Mong Kyawt, Shan, Burma; DOB 05 Nov 1950; National ID No. 5500900040846 (Thailand) (individual) [SDNTK].

"MINGSHENG PM" (a.k.a. JINHU MINSHENG PHARMACEUTICAL MACHINERY CO. LTD (Chinese Simplified: 金湖明生制药机械有限公司)), No. 2 Plant, Bldg. 1, Zone A Industrial Concentration Area, Taji Town, Jinhu County, Jiangsu Province 211600, China; 238-1 Shenhua Road, Jinhu County, Huaian City, Jiangsu Province, China; Website www.jhminshengpm.com; Email Address mike@jhminshengpm.com; Phone Number 8651786800153; Organization Established Date 26 Apr 2013; Unified Social Credit Code (USCC) 913208310676114392 (China) [ILLICIT-DRUGS-EO14059].

"MININT" (a.k.a. MINISTERIO DEL INTERIOR; a.k.a. MINISTRY OF INTERIOR), Aranguren and Carlos Manuel de Cespedes, Havana, Cuba; Organization Established Date Jun 1961 [GLOMAG].

"MIPT" (a.k.a. FEDERAL STATE INSTITUTION OF HIGHER VOCATIONAL EDUCATION MOSCOW INSTITUTE OF PHYSICS AND TECHNOLOGY; a.k.a. MOSKOVSKIY FIZIKO TEKHNICHESKIY INSTITUT; a.k.a. "MFTI"), 9 Institutskiy Per., Dolgoprudny, Moscow Region 141701, Russia; 1 A Kerchenskaya St., Moscow 117303, Russia; Ulitsa Gagarina 16, Zhukovsky, Moscow Region 140180, Russia; Klimentovsky Pereulok 1 Stroyeniye 1, Moscow 115184, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 5008006211 (Russia); Registration Number 1027739386135 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"MIQDAD, Abu" (a.k.a. BATARFI, Khaled; a.k.a. BATARFI, Khaled Saeed; a.k.a. BATARFI, Khalid; a.k.a. BATARFI, Khalid Saeed; a.k.a. "AL-KINDI, Abu al-Miqdad"; a.k.a. "BATARFI, Khalid bin Umar"), Yemen; DOB 1979; alt. DOB 1978; alt. DOB 1980; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"MIRA" (a.k.a. AL-HARAKAT AL-ISLAMIYAH LIL-ISLAH; a.k.a. AL-ISLAH; a.k.a. ISLAMIC MOVEMENT FOR REFORM; a.k.a. MOVEMENT FOR ISLAMIC REFORM IN ARABIA; a.k.a. MOVEMENT FOR REFORM IN ARABIA), BM Box: MIRA, London WC1N 3XX, United Kingdom; 21 Blackstone Road, London NW2 6DA, United Kingdom; Safiee Suite, EBC House, Townsend Lane, London NW9 8LL, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; UK Company Number 03834450 (United Kingdom) [SDGT].

"MIRAGE FOR ENGINEERING" (a.k.a. MIRAGE FOR ENGINEERING AND TRADING), Kalim Bechara Building, 2nd floor, Trabulsi Street, Badaro, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IRGC] [IFSR].

"MIRDK FUELS" (a.k.a. MIRDK FYUELS OSOO; a.k.a. OBSHTESTVO S OGRANICHENNOY OTVETSTVENNOSTYU MIRDK FYUELS), 36k/1, ul. Lva Tolstogo Oktyabrski raion, Bishkek, Kyrgyzstan; Organization Established Date 30 Mar 2023; Registration Number 31834940 (Kyrgyzstan) [GLOMAG] (Linked To: CROSBY, David Paul).

"MIRP IS LTD" (a.k.a. LIMITED LIABILITY COMPANY MIRP INTELLECTUAL SYSTEMS; a.k.a. MIRP INTELLECTUAL SYSTEMS INC), Dimitrovskoe SH D. 100, Str. 2, Moscow 127591, Russia; Lenina st., 13-11, Dubna 141983, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010036848 (Russia); Registration Number 1085010000822 (Russia) [RUSSIA-EO14024].

"MISHA KRUTYSHA" (a.k.a. TSAREV, Mikhail Mikhailovich; a.k.a. "GRACHEV, Alexander"; a.k.a. "IVANOV MIXAIL"; a.k.a. "MANGO"; a.k.a. "SUPER MISHA"; a.k.a. "TSAREV, Nikita Andreevich"), Serpukhov, Russia; DOB 20 Apr 1989; nationality Russia; Email Address tsarev89@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related

Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"MIT AG" (a.k.a. METALLOINVEST TRADING AG), Alte Steinhauserstrasse 19 Cham, Zug 6330, Switzerland; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Jul 2008; Organization Type: Wholesale of metals and metal ores; Identification Number CHE-114.426.044 (Switzerland); Registration Number CH-17030324476 (Switzerland) [RUSSIA-EO14024] (Linked To: HOLDINGOVAYA KOMPANIYA METALLOINVEST AO).

"MIT" (a.k.a. MUJAHIDEEN INDONESIA TIMOR; a.k.a. MUJAHIDIN INDONESIA BARAT; a.k.a. MUJAHIDIN INDONESIA TIMOR; a.k.a. MUJAHIDIN INDONESIA TIMUR; a.k.a. MUJAHIDIN OF EASTERN INDONESIA; a.k.a. MUJAHIDIN OF WESTERN INDONESIA; a.k.a. "MIB"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"MITD" (a.k.a. MARINE INFORMATION TECHNOLOGY DEVELOPMENT COMPANY; a.k.a. MARINE INFORMATION TECHNOLOGY DEVELOPMENT CORPORATION; a.k.a. MARINE TECHNOLOGY AND INFORMATION TECHNOLOGY DEVELOPMENT; a.k.a. MITDCO), 5th Floor, No. 523, Aseman Tower, Pasdaran St., Tehran, Iran; Website www.mitdco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

"MIUZ" (a.k.a. MOSCOW JEWELRY FACTORY; a.k.a. OPEN JOINT STOCK COMPANY MOSKOVSKII YUVELIRNYI ZAVOD (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МОСКОВСКИЙ ЮВЕЛИРНЫЙ ЗАВОД); a.k.a. "OAO MYUZ" (Cyrillic: "ОАО МЮЗ")), d. 5, ul. Nagatinskaya, Moscow 115533, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724181241 (Russia); Registration Number 1027700201902 (Russia) [RUSSIA-EO14024].

"MJF" (a.k.a. BONYAD MOSTAZAFAN; a.k.a. BONYAD MOSTAZAFAN ENGHELAB ESLAMI (Arabic: بنیاد مستضعفان انقلاب اسلامی); a.k.a. ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION; a.k.a. MOSTASZAFAN FOUNDATION OF ISLAMIC REVOLUTION; a.k.a. MOSTAZAFAN FOUNDATION; a.k.a. THE FOUNDATION OF THE OPPRESSED; a.k.a. "IRMF"), Bonyad Head Office, Africa Boulevard, Argentina Square, District 6, Tehran,

Tehran Province, Iran; Website http://www.irmf.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100171920 (Iran) [IRAN-EO13876].

"MK MUBARKH" (a.k.a. MUGANGA, Mubarakh), Rugando, Kigali, Rwanda; DOB 26 Jun 1967; POB Kampala, Uganda; nationality Rwanda; Gender Male; Passport PD100862 (Rwanda) expires 19 Aug 2026; National ID No. 1196780016764179 (Rwanda) (individual) [DRCONGO].

"MKM LTD" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE MKM; a.k.a. "AO NPO MKM"), 24 Ilfata Zakirova St, Izhevsk 426072, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1833001787 (Russia); Registration Number 1021801504460 (Russia) [RUSSIA-EO14024].

"MKOI" (a.k.a. MEZHDUNARODNYI KLUB OPTICHESKIKH INNOVATSII), Ul. Novodmitrovskaya D. 2, K. 2, Et/Pom.4/XXIIIB, Moscow 127015, Russia; Ul. Nizhnyaya D. 14., Str. 5, Moscow, 125040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7715778105 (Russia); Registration Number 1097746622775 (Russia) [RUSSIA-EO14024].

"MLT LLC" (a.k.a. MEDIA LAND TECHNOLOGY LIMITED LIABILITY COMPANY), Sh. Volkhovskoe Zd.11, Office 313, Kirishi 187110, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 14 Sep 2022; Tax ID No. 4727007790 (Russia); Registration Number 1224700016089 (Russia) [CAATSA - RUSSIA] [CYBER4] (Linked To: MEDIA LAND, LLC).

"MMC STEEL CORPORATION" (a.k.a. LIMITED LIABILITY COMPANY MANAGEMENT METALLURGICAL COMPANY STEEL; a.k.a. OOO UGMK STAL; a.k.a. OOO UMK STAL; a.k.a. "LLC MMC STEEL"), zd. 1 k. 1 ofis 407, prospekt Uspenski, Verkhnyaya Pyshma 624091, Russia; 125 Uspenskiy ave., Verkhnyaya Pyshma 624097, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6606021264 (Russia); Registration Number 1056600304683 (Russia) [RUSSIA-EO14024].

"MMI" (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN

MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "LMI"), Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"MMK PAO" (a.k.a. MAGNITOGORSK IRON & STEEL WORKS; a.k.a. MAGNITOGORSK IRON AND STEEL WORKS PJSC; a.k.a. OPEN JOINT STOCK COMPANY MAGNITOGORSK IRON & STEEL WORKS; a.k.a. PUBLIC JOINT STOCK COMPANY MAGNITOGORSK METALLURGICAL COMBINE; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МАГНИТОГОРСКИЙ МЕТАЛЛУРГИЧЕСКИЙ КОМБИНАТ); a.k.a. "PJSC MMK" (Cyrillic: "ПАО ММК")), 93 Kirov Street, Magnitogorsk 455000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1932; Tax ID No. 7414003633 (Russia); Government Gazette Number 00186424 (Russia); Legal Entity Number 253400XSJ4C01YMCXG44 (Russia); Registration Number 1027402166835 (Russia) [RUSSIA-EO14024].

"MMK TURKEY" (a.k.a. MMK METALURJI PORT; a.k.a. MMK METALURJI SANAYI TICARET VE LIMAN ISLETMECILIGI ANONIM SIRKETI (Latin: MMK METALÜRJİ SANAYİ TİCARET VE LİMAN İŞLETMECİLİĞİ ANONİM ŞİRKETİ)), Alparslan Turkes Bulvari, No: 342-91, Ozerli Mahallesi, Dortyol 31600, Turkey; Kocaeli, Dilovasi, Turkey; Istanbul, Turkey; Website https://mmkturkey.com.tr/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 12 Mar 1998; alt. Organization Established Date 2010; Tax ID No. 0950055541 (Turkey); Legal Entity Number 789000EY8H7UFLRVA902 (Turkey); Registration Number 4292 (Turkey) [RUSSIA-EO14024] (Linked To: PUBLICHNOE AKTSIONERNOE OBSCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT).

"MML" (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "TAJK"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"MMZ JSC" (a.k.a. JSC MYTISHCHINSKI MACHINE-BUILDING PLANT; a.k.a. MYTISHCHI MACHINE BUILDING PLANT (Cyrillic: МЫТИЩИНСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. MYTISHCHINSKI MACHINOSTROITELNY ZAVOD, OAO; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO 'MYTISHCHINSKI MASHINOSTROITELNY ZAVOD'), 4 ul. Kolontsova Mytishchi, Mytishchinski Raion, Moscow Region 141009, Russia; Yaroslavl highway 33, Mytishchi, Moscow Region, Russia; VL 11 st. Frunze, Mytishchi, Moscow Region, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration ID 1095029003860 (Russia); Tax ID No. 5029126076 (Russia); Government Gazette Number 61540868 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

"MOASSESA AL-FURQAN" (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"MOBILIZATION OF THE OPPRESSED UNIT" (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"MOBILIZATION OF THE OPPRESSED" (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions

Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"MOBIN INTERNATIONAL LTD." (a.k.a. MOBIN INTERNATIONAL LIMITED), Office 2403, Ahmad-Abberrhaim al-Attar, Dubai, United Arab Emirates; Website www.mobinogp.com; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN OIL PRODUCTS DISTRIBUTION COMPANY).

"MODELO" (a.k.a. LOPEZ HUERTA, Arnoldo; a.k.a. LOPEZ RUEDA, Jose Arnoldo; a.k.a. RUEDA MEDINA, Jose Arnoldo; a.k.a. "EL FLACO"; a.k.a. "FLACO"; a.k.a. "LA MINSA"); DOB 15 Dec 1969; alt. DOB 27 Dec 1969; POB Michoacan, Mexico; alt. POB Paracuaro, Mexico; nationality Mexico; C.U.R.P. RUMA691215HMNDDR08 (Mexico) (individual) [SDNTK].

"MOEX" (a.k.a. MOSCOW EXCHANGE; a.k.a. PUBLIC JOINT STOCK COMPANY MOSCOW EXCHANGE MICEX RTS (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МОСКОВСКАЯ БИРЖА ММВБ-РТС)), 13, Bolshoy Kislovsky Lane, Moscow 125009, Russia; Website www.moex.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1992; Target Type Financial Institution; Tax ID No. 7702077840 (Russia); Identification Number XNBBND.00005.ME.643 (Russia); Legal Entity Number 253400M5M1222KPNWE87; Registration Number 1027739387411 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"Mohamed Rouggy" (a.k.a. DAYA, Mohamed Ould Mahri Ahmed; a.k.a. DEYA, Mohamed Ould Ahmed; a.k.a. MAHRI, Mohamed Ben Ahmed; a.k.a. "Mohamed Rougie"; a.k.a. "Mohamed Rouji"; a.k.a. "Mohammed Rougi"), Bamako, Mali; DOB 1979; POB Tabankort, Mali; nationality Mali; Gender Male; Passport AA00272627 (Mali); alt. Passport AA0263957 (Mali) (individual) [MALI-EO13882].

"Mohamed Rougie" (a.k.a. DAYA, Mohamed Ould Mahri Ahmed; a.k.a. DEYA, Mohamed Ould Ahmed; a.k.a. MAHRI, Mohamed Ben Ahmed; a.k.a. "Mohamed Rouggy"; a.k.a. "Mohamed Rouji"; a.k.a. "Mohammed Rougi"), Bamako, Mali; DOB 1979; POB Tabankort, Mali; nationality Mali; Gender Male; Passport AA00272627 (Mali); alt. Passport AA0263957 (Mali) (individual) [MALI-EO13882].

"Mohamed Rouji" (a.k.a. DAYA, Mohamed Ould Mahri Ahmed; a.k.a. DEYA, Mohamed Ould Ahmed; a.k.a. MAHRI, Mohamed Ben Ahmed; a.k.a. "Mohamed Rouggy"; a.k.a. "Mohamed Rougie"; a.k.a. "Mohammed Rougi"), Bamako, Mali; DOB 1979; POB Tabankort, Mali; nationality Mali; Gender Male; Passport AA00272627 (Mali); alt. Passport AA0263957 (Mali) (individual) [MALI-EO13882].

"MOHAMED, Azadeen" (a.k.a. MOHAMED, Azruddin; a.k.a. MOHAMED, Azruddin Intiaz; a.k.a. "MOHAMED, Azurdeen"), Lot 3 Felicity Drive, East Coast Demerara, Guyana; DOB 01 Mar 1987; POB Georgetown, Guyana; nationality Guyana; Gender Male; Passport R0429399 (Guyana); alt. Passport A033726 (individual) [GLOMAG].

"MOHAMED, Azurdeen" (a.k.a. MOHAMED, Azruddin; a.k.a. MOHAMED, Azruddin Intiaz; a.k.a. "MOHAMED, Azadeen"), Lot 3 Felicity Drive, East Coast Demerara, Guyana; DOB 01 Mar 1987; POB Georgetown, Guyana; nationality Guyana; Gender Male; Passport R0429399 (Guyana); alt. Passport A033726 (individual) [GLOMAG].

"MOHAMMADI, Farhad" (a.k.a. FATHI, Ahmad; a.k.a. "M3HRAN"; a.k.a. "M3S3C3"), No. 12, Saremi Street, Nejatollahi Street, Tehran, Iran; Gharani St., Besharat St., Saremi Alley, No. 12, Tehran, Tehran, Iran; DOB 11 Sep 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Identification Number 5725729366035 (Iran) (individual) [CYBER2] (Linked To: ITSEC TEAM).

"MOHAMMED ABDULLAH MOHAMMED BAHZAD" (a.k.a. BAHZAD, Ahmad Abdullah Mohamed Abdullah; a.k.a. BEHZAD BSTAKI, Ahmad Abdullah Mohammed Abdullah; a.k.a. BEHZAD, Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohammad A; a.k.a. BEHZAD, Ahmad Abdulla Mohammad Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmed Abdullah; a.k.a. "ABDULLA MOHAMAD ABDULLA MOHAMAD BEHZAD"; a.k.a. "ABDULLAH AHMAD ABDULLAH MOHAMAD BAHZAD"; a.k.a. "ABDULLAH MOHAMMED ABDULLAH BAHZAD"; a.k.a. "AHMED BEHZA"; a.k.a. "AHMED MOHAMMED ABDULLAH"), c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; DOB 02 Nov 1971; POB Dubai, United Arab Emirates; citizen United Arab Emirates; Passport A1042768 (United Arab Emirates); alt. Passport A0269124 (United Arab Emirates) (individual) [SDNTK].

"Mohammed Rougi" (a.k.a. DAYA, Mohamed Ould Mahri Ahmed; a.k.a. DEYA, Mohamed Ould Ahmed; a.k.a. MAHRI, Mohamed Ben Ahmed; a.k.a. "Mohamed Rouggy"; a.k.a. "Mohamed Rougie"; a.k.a. "Mohamed Rouji"), Bamako, Mali; DOB 1979; POB Tabankort, Mali; nationality Mali; Gender Male; Passport AA00272627 (Mali); alt. Passport AA0263957 (Mali) (individual) [MALI-EO13882].

"MOHAMMED, Ali" (a.k.a. BASHIR, Ali Lalobo; a.k.a. KAPERE, Otim; a.k.a. KONY, Ali; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLA, Ali Mohammed; a.k.a. LABOLO, Ali Mohammad; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Bashir; a.k.a. LALOBO, Ali Mohammed; a.k.a. SALONGO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Bashir"; a.k.a. "Caesar"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

"MOHAMMED, Ali" (a.k.a. ABUTURAB, Ali Muhammad; a.k.a. MOHAMMAD, Ali Mohammad Aboutorab Noor; a.k.a. MOHAMMAD, Ali Mohammad Noor; a.k.a. MOHD, Ali Mohd Abutorab Noor; a.k.a. MUHAMMAD, Abu Turab Ali; a.k.a. MUHAMMED, Ali Muhammed Noor; a.k.a. TORAB, Abu Ali; a.k.a. TORAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammed Abu; a.k.a. TURAB, Ali Muhammad Abu; a.k.a. "TURAB, Abu"), Jamia Salfia, Airport Road, Quetta, Pakistan; Patel Road, Quetta, Pakistan; Saudi Arabia; DOB 10 Sep 1964; alt. DOB 05 Jan 1968; POB Quetta, Balochistan, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J349992 (Pakistan); National ID No. 2083655452 (Saudi Arabia) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To:

AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

"MOHAMMED, Jamal Jaafar" (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

"MOHAMMED, Nazar" (a.k.a. MOHAMED, Nazar), Lot 275 Barrow Street, Demerara, Guyana; DOB 27 Mar 1953; POB Essequibo Coast, Guyana; nationality Guyana; Gender Male; Passport A005493 (Guyana); alt. Passport R1163199 (Guyana) (individual) [GLOMAG] (Linked To: MOHAMED'S ENTERPRISE).

"MOHAMMED, Yaqub" (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

"MOIS" (a.k.a. IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY; a.k.a. VEZARAT-E ETTELA'AT VA AMNIAT-E KESHVAR; a.k.a. "VEVAK"), bounded roughly by Sanati Street on the west, 30th Street on the south, and Iraqi Street on the east, Tehran, Iran; Ministry of Intelligence, Second Negarestan Street, Pasdaran Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target Type Government Entity [SDGT] [IFSR] [IRAN-HR] [HRIT-IR] [CYBER2] [HOSTAGES-EO14078].

"MOJARRAS" (a.k.a. ESTRADA ARIAS, Josue Francisco; a.k.a. NAVARRO QUEZADA, Luis Alonso; a.k.a. "QUEZADA, Luis"), Mexico; DOB 18 Apr 1986; POB Nayarit, Mexico; nationality Mexico; Gender Male; C.U.R.P. NAQL860418HNTVZS05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"MOMO" (a.k.a. MANDIC, Momcilo); DOB 01 May 1954; POB Kalinovik, Bosnia-Herzegovina; National ID No. JMB 0105954171511 (individual) [BALKANS].

"MONO AMALFI" (a.k.a. MEDINA CARDONA, Rubiel); DOB 17 Oct 1979; POB Marquetalia, Caldas, Colombia; citizen Colombia; Cedula No. 75004020 (Colombia) (individual) [SDNTK].

"Monstr" (a.k.a. BOGACHEV, Evgeniy Mikhailovich; a.k.a. BOGACHEV, Evgeniy Mikhaylovich; a.k.a. "Lastik"; a.k.a. "lucky12345"; a.k.a. "Pollingsoon"; a.k.a. "Slavik"), Lermontova Str., 120-101, Anapa, Russia; DOB 28 Oct 1983; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"MONTERO, Oscar" (a.k.a. VELASQUEZ SALDARRIAGA, Hernan Dario; a.k.a. VELASQUEZ, Hernan Dario; a.k.a. "BUITRAGO, Hermides"; a.k.a. "EL PAISA"; a.k.a. "GARCIA, Carlos Alberto"; a.k.a. "OSCAR"; a.k.a. "PAISA"; a.k.a. "SUNCE, Antonio Rodriguez"), Apure, Venezuela; Colombia; DOB 10 Jan 1963; POB Remedios, Antioquia, Colombia; nationality Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 71391335 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

"MOOSA, Bashir" (a.k.a. MOOSA, Basheer Khalid; a.k.a. MOOSA, Basheer Khalif; a.k.a. MOSSA, Bashir Khalif; a.k.a. MOUSSA, Bachir Kalif; a.k.a. MUSA, Bashir Khalif; a.k.a. MUSSE, Bachir Khalif; a.k.a. MUSSE, Bashir Khalif; a.k.a. "MUSSE, Bashir"), Dubai, United Arab Emirates; PO Box 80367, Ajman, United Arab Emirates; DOB 01 Jan 1967; POB Garowe, Puntland, Somalia; nationality Djibouti; Gender Male; Passport 16RE41878 (Djibouti) issued 26 May 2016 expires 25 May 2021; alt. Passport 16RF20973 (Djibouti) expires 11 Oct 2023; Identification Number 784-1967-5350265-5 (United Arab Emirates); Residency Number 083698992 (United Arab Emirates) expires 15 May 2020 (individual) [SOMALIA].

"MOOTASEM" (a.k.a. AL QARAWI, Abu Yahya; a.k.a. AL QARAWI, Saleh; a.k.a. AL QARAWI, Saleh Abudullah Saleh; a.k.a. AL SAGHIR, Akhuk; a.k.a. AL-KHEIR, Najm; a.k.a. AL-QARAWI, Saleh bin Abdullah; a.k.a. "FAWAKEH"); DOB 15 Nov 1982; POB Brydah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E646989 (individual) [SDGT].

"MORALES CIFUENTES DRUG TRAFFICKING ORGANIZATION" (a.k.a. LOS POCHOS DRUG TRAFFICKING ORGANIZATION; a.k.a. "LOS POCHOS DTO"; a.k.a. "MORALES CIFUENTES DTO"; a.k.a. "SUNIGA RODRIGUEZ DRUG TRAFFICKING ORGANIZATION" (Latin: "SUÑIGA RODRIGUEZ DRUG TRAFFICKING ORGANIZATION")), Ayutla, San Marcos, Guatemala; Tecun Uman, Guatemala; Guatemala City, Guatemala; Tapachula, Mexico; Mexico City, Mexico; Target Type Criminal Organization [SDNTK] [ILLICIT-DRUGS-EO14059].

"MORALES CIFUENTES DTO" (a.k.a. LOS POCHOS DRUG TRAFFICKING ORGANIZATION; a.k.a. "LOS POCHOS DTO"; a.k.a. "MORALES CIFUENTES DRUG TRAFFICKING  ORGANIZATION"; a.k.a.

"SUNIGA RODRIGUEZ DRUG TRAFFICKING ORGANIZATION" (Latin: "SUÑIGA RODRIGUEZ DRUG TRAFFICKING ORGANIZATION")), Ayutla, San Marcos, Guatemala; Tecun Uman, Guatemala; Guatemala City, Guatemala; Tapachula, Mexico; Mexico City, Mexico; Target Type Criminal Organization [SDNTK] [ILLICIT-DRUGS-EO14059].

"MORALES, Wendy" (a.k.a. MORALES URBINA, Wendy Carolina; a.k.a. MORALES, Wendy Carolina; a.k.a. "URBINA, Wendy Carolina"), Managua, Nicaragua; DOB 28 May 1980; POB Nicaragua; nationality Nicaragua; citizen Nicaragua; Gender Female; National ID No. 001-280580-0021Y (Nicaragua) (individual) [NICARAGUA].

"MORDISCO, Ivan" (a.k.a. VERA FERNANDEZ, Nestor Gregorio), Guaviare Department, Colombia; DOB 08 Oct 1974; alt. DOB 09 Oct 1974; POB Penon, Cundinamarca Department, Colombia; nationality Colombia; citizen Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 80167962 (Colombia) (individual) [SDGT] (Linked To: REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY).

"MORE SHIPYARD" (a.k.a. FEDERAL STATE UNITARY ENTERPRISE SZ MORYE; a.k.a. FEDERAL SUE SHIPYARD 'MORYE'; a.k.a. FSUE SZ 'MORYE'; a.k.a. MORYE SHIPYARD), 1 Desantnikov Street, Feodosia, Crimea 98176, Ukraine; Website http://moreship.ru/; Email Address office@moreship.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

"Moreno" (a.k.a. HERNANDEZ JIMENEZ, Cesar; a.k.a. MONTERO PINZON, Julio Cesar; a.k.a. VELAZQUEZ BALTAZAR, Luis Armando; a.k.a. "Comandante Tarjetas"; a.k.a. "El Chess"; a.k.a. "El Chino"; a.k.a. "El Tarjetas"; a.k.a. "HERNANDEZ JIMENEZ, Francisco"), Puerto Vallarta, Jalisco, Mexico; Estero del Cayman, Real Ixtapa, #137-A, Puerto Vallarta, Jalisco, Mexico; DOB 02 Jun 1982; alt. DOB 08 Nov 1982; alt. DOB 25 Aug 1986; alt. DOB 28 Jun 1977; POB Puerto Vallarta, Jalisco, Mexico; alt. POB Amatan, Chiapas, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; R.F.C. VEBL860825 (Mexico); C.U.R.P.

MOPJ820602HJCNNL05 (Mexico); alt. C.U.R.P. MOPJ821108HJCNNL04 (Mexico); alt. C.U.R.P. VEBL860825HJCLLS05 (Mexico); alt. C.U.R.P. HEJC770628HCSRMS06 (Mexico); Electoral Registry No. GRMRLR82012730M700 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"Moreno" (a.k.a. GUZMAN LOPEZ, Joaquin; a.k.a. "El Guero"; a.k.a. "Guero Moreno"), Sinaloa, Mexico; DOB 16 Jul 1986; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. GULJ860716HSRZPQ01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"MORRISSEY, Johnny" (a.k.a. MORRISSEY, John Francis), Dinamarca 46 B, Malaga, Spain; Marbella, Spain; DOB 20 Dec 1959; nationality Ireland; citizen Ireland; Gender Male; Passport W089513 (Ireland); alt. Passport PU8060632 (Ireland) (individual) [TCO] (Linked To: KINAHAN ORGANIZED CRIME GROUP).

"MORTENOIR" (a.k.a. ZELENYUK, Sergei Sergeevich; a.k.a. ZELENYUK, Sergey Sergeevich; a.k.a. ZELENYUK, Sergey Sergeyevich (Cyrillic: ЗЕЛЕНЮК, Сергей Сергеевич); a.k.a. "SRGSRGSRG111"), Rimsky-Korsakov Prospect, Building 109-111, Litera/Block A, Apartment 20, Saint Petersburg 190068, Russia; DOB 17 Mar 1994; POB Saint Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; PAIPA Section 2 Information: BLOCKING OF PROPERTY (individual). Sec.2(b)(2)(a)- All property and interests in property of this individual are blocked, and all transactions with this individual are prohibited, except for the importation of goods.; Tax ID No. 780223642330 (Russia) (individual) [CAATSA - RUSSIA] [CYBER4] [PAIPA].

"MORUMBI" (a.k.a. CLUB DEPORTIVO AUTLAN; a.k.a. CLUB DEPORTIVO MORUMBI; a.k.a. CLUB DEPORTIVO MORUMBI, A.C.; a.k.a. CLUB DEPORTIVO MORUMBI, ASOCIACION CIVIL; a.k.a. GUERREROS DE AUTLAN; a.k.a. PROMOTORA CULTURAL Y DEPORTIVA MORUMBI), Zapopan, Jalisco, Mexico; Av. Del Bajio S/N, Col. El Bajio, Zapopan, Jalisco, Mexico; Folio Mercantil No. 4123 (Jalisco) (Mexico) [SDNTK].

"MOSASA-TUL-FORQAN" (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU

TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"MOSCO" (a.k.a. ECHEVERRI PAREJA, Oscar Alonso); DOB 07 May 1971; POB Envigado, Antioquia, Colombia; citizen Colombia; Cedula No. 98564040 (Colombia) (individual) [SDNTK] (Linked To: ACUAMATERIALES Y CIA. LIMITADA).

"MOSH" (a.k.a. MONTEJO SAENZ, Axel Bladimir), Guatemala; DOB 26 Oct 1986; POB Santa Ana Huista, Huehuetenango, Guatemala; nationality Guatemala; Gender Male; Cedula

No. M-138057 (Guatemala); NIT # 35348208 (Guatemala); C.U.I. 1613087591331 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

"Mourtada" (a.k.a. HAZIME, Hussein Ali; a.k.a. HAZZIMA, Husain Ali), Harat Hreiq, Beirut, Lebanon; DOB 07 Dec 1967; POB Beirut, Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"MOUSTAFA" (a.k.a. KALAD, Belkasam; a.k.a. KALED, Belkasam; a.k.a. MOSTAFA, Damel; a.k.a. MOSTAFA, Djamal; a.k.a. MOSTEFA, Djamel; a.k.a. MOUSTFA, Djamel (Arabic: جمال مصطفى); a.k.a. "ALI BARKANI"), Algeria; DOB 28 Sep 1973; alt. DOB 31 Dec 1979; alt. DOB 22 Aug 1973; alt. DOB 25 Sep 1973; POB Mehdia, Tiaret, Algeria; alt. POB Morocco; nationality Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"MOVEMENT OF THE FIRST" (a.k.a. ALL RUSSIAN PUBLIC STATE MOVEMENT OF CHILDREN AND YOUTH (Cyrillic: ОБЩЕРОССИЙСКОЕ ОБЩЕСТВЕННО ГОСУДАРСТВЕННОЕ ДВИЖЕНИЕ ДЕТЕЙ И МОЛОДЕЖИ ДВИЖЕНИЕ ПЕРВЫХ); a.k.a. MOVEMENT OF THE FIRST RUSSIAN MOVEMENT OF CHILDREN AND YOUTH (Cyrillic: РОССИЙСКОЕ ДВИЖЕНИЕ ДЕТЕЙ И МОЛОДЕЖИ ДВИЖЕНИЕ ПЕРВЫХ)), Zemlyanoy Val street, 50A, building 2, Moscow 109028, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 9709087880 (Russia); Registration Number 1227700776038 (Russia) [RUSSIA-EO14024].

"Moy.Yawik" (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

"MOZHAEV, Egor Igorevich" (a.k.a. MOZHAYEV, Yegor Igoryevich; a.k.a. "MOZHAYEV, Yegor"), Moscow, Russia; DOB 31 May 1982; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

"MOZHAYEV, Yegor" (a.k.a. MOZHAYEV, Yegor Igoryevich; a.k.a. "MOZHAEV, Egor Igorevich"), Moscow, Russia; DOB 31 May 1982; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

"MPC" (a.k.a. MOBIN PETROCHEMICAL; a.k.a. MOBIN PETROCHEMICAL COMPANY), Southern Pars Special Economic Energy Zone, Assaluyeh, Bushehr, Iran; No. 50, DamanAfshar Alley, Vanak Square, ValiAsr Street, Tehran 19697-53111, Iran; P.O. Box 75391-418, Bushehr 1969753111, Iran; PO Box, Mashhad, Iran; Website www.mobinpc.net; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 837 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

"MPS" (a.k.a. MINISTRY OF PEOPLE'S SECURITY; a.k.a. MINISTRY OF PUBLIC SECURITY), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"Mr. O" (a.k.a. YU, Bu Ung; a.k.a. YU, Pu Ung (Korean: 유부웅)), 67 Kap 2-9-1, Sobuk 1 Tonglo, Cho'lso' District, Shenyang, China; DOB 16 Sep 1966; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS927320340 issued 02 Sep 2017 expires 02 Sep 2022 (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

"Mrmagister" (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related

Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

"MSA" (a.k.a. MACHINE SAZI ARAK CO. LTD.; a.k.a. MACHINE SAZI ARAK COMPANY P J S C; a.k.a. MACHINE SAZI ARAK SSA; a.k.a. MASHIN SAZI ARAK), P.O. Box 148, Arak 351138, Iran; Arak, Km 4 Tehran Road, Arak, Markazi Province, Iran; No. 1, Northern Kargar Street, Tehran 14136, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

"MSC" (a.k.a. MAGLES SHOURA AL-MUJAHDDIN; a.k.a. MAJLIS SHURA AL-MUJAHEDIN FI AKNAF BAYT AL-MAQDIS; a.k.a. MAJLIS SHURA AL-MUJAHIDEEN; a.k.a. MAJLIS SHURA AL-MUJAHIDIN; a.k.a. MUJAHIDEEN SHURA COUNCIL; a.k.a. MUJAHIDEEN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM; a.k.a. MUJAHIDIN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"MSC" (a.k.a. MIDDLE EAST SAMAN CHEMICAL COMPANY (Arabic: شرکت سامان شیمی خاور میانه); a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADE COMPANY; a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADING; a.k.a. MIDDLE EAST SAMAN SHIMI TRADING COMPANY; a.k.a. SAMAN CHEMICAL COMPANY; a.k.a. SAMAN MIDDLE EASTERN CHEMICAL COMPANY; a.k.a. SAMAN SHIMI KHAVARMIANEH LTD.; a.k.a. SAMAN SHIMI MIDDLE EAST), Aghadasieh-Shahid Movahed Danesh st.-Nilufar St.-Placard, 2-4th Floor, Unit 401, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10340455609 (Iran) [SDGT] [IFSR] (Linked To: MUSAVIFAR, Sayyed Reza).

"MSNA" (a.k.a. IRANIAN NOVIN SYSTEMS MANAGEMENT; a.k.a. MATIN SANAT NIK ANDISHAN; a.k.a. "MASNA"), Unit 13, Number 13, Kuhestan-e Sheshom, Nobonyad Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"MTS RED" (a.k.a. SERENITY CYBER SECURITY LIMITED LIABILITY COMPANY; a.k.a. SERENITY CYBER SECURITY LLC), d. 5 str. 2 pom. XII (ETAZH 5) kom. 20, ul.

Vorontsovskaya, Moscow 109147, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9709084286 (Russia); Registration Number 1227700479753 (Russia) [RUSSIA-EO14024].

"Mty" (a.k.a. ISKRITSKY, Mikhail; a.k.a. "Tropa"), Moscow, Russia; DOB 05 Nov 1981; nationality Russia; Email Address wet-dhg@rambler.ru; Gender Male (individual) [CYBER2].

"MUADZ, Abu" (a.k.a. AKMAL, Hakid; a.k.a. ALVARADO, Arnulfo; a.k.a. BERUSA, Brandon; a.k.a. DELLOS, Reendo Cain; a.k.a. DELLOSA Y CAIN, Redendo; a.k.a. DELLOSA, Ahmad; a.k.a. DELLOSA, Habil Ahmad; a.k.a. DELLOSA, Habil Akmad; a.k.a. DELLOSA, Redendo Cain; a.k.a. DELLOSA, Redendo Cain Jabil; a.k.a. "ILONGGO, Abu"; a.k.a. "LLONGGO, Abu"), 3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Federal ID Card 33-3208848-3 (Philippines) (individual) [SDGT].

"MUAZ" (a.k.a. SELEK, Atilla); DOB 28 Feb 1985; POB Ulm, Germany; nationality Germany; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 702142921 (Germany) expires 03 Dec 2011; National ID No. 702092811 (Germany) expires 06 Apr 2010; Passport and National ID were issued in Ulm, Germany. Currently incarcerated at JVA Bruchsal prison. (individual) [SDGT].

"Mufti Hazrat" (a.k.a. DEROJI, Mufti Hazrat; a.k.a. "ALI, Mufti Hazrat"; a.k.a. "AMJAD, Qari"; a.k.a. "Mufti Muzahim"), Dangam, Kunar, Afghanistan; DOB 17 Apr 1979; POB Samar Bagh, Lower Dir, Khyber Pakhtunkhwa, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TEHRIK-E TALIBAN PAKISTAN (TTP)).

"MUFTI ILYAS" (a.k.a. AFRIDI, Amanullah; a.k.a. URS, Amanullah; a.k.a. "GUL, Muhammad Aman"; a.k.a. "ULLAH, Aman"), Frontier Region Kohat, Pakistan; DOB 1973; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; alt. DOB 1971; alt. DOB 1972; alt. DOB 1974; alt. DOB 1975; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 (individual) [SDGT].

"Mufti Muzahim" (a.k.a. DEROJI, Mufti Hazrat; a.k.a. "ALI, Mufti Hazrat"; a.k.a. "AMJAD, Qari"; a.k.a. "Mufti Hazrat"), Dangam, Kunar, Afghanistan; DOB 17 Apr 1979; POB Samar Bagh, Lower Dir, Khyber Pakhtunkhwa, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TEHRIK-E TALIBAN PAKISTAN (TTP)).

"MUHAJIR, Musa" (a.k.a. ABDI, Abdifatah Abubakar), Somalia; Mombasa, Kenya; DOB 15 Apr 1982; POB Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"MUHAMMAD AL-ANDUNISIY, Abu" (a.k.a. SYAH, Bahrum; a.k.a. USMAN, Bachrumsyah Mennor; a.k.a. "BACHRUMSHAH"; a.k.a. "BACHRUMSYAH"; a.k.a. "BAHRUMSYAH"; a.k.a. "IBRAHIM, Abu"; a.k.a. "MUHAMMAD AL-INDONESI, Abu"; a.k.a. "MUHAMMAD AL-INDUNISI, Abu"; a.k.a. "SHABRINA, Abu"), Raqqa, Syria; Al-Shadadi, Hasaka Province, Syria; DOB 23 Jul 1984; POB Bogor, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A8329173 (Indonesia); Ustad (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"MUHAMMAD AL-INDONESI, Abu" (a.k.a. SYAH, Bahrum; a.k.a. USMAN, Bachrumsyah Mennor; a.k.a. "BACHRUMSHAH"; a.k.a. "BACHRUMSYAH"; a.k.a. "BAHRUMSYAH"; a.k.a. "IBRAHIM, Abu"; a.k.a. "MUHAMMAD AL-ANDUNISIY, Abu"; a.k.a. "MUHAMMAD AL-INDUNISI, Abu"; a.k.a. "SHABRINA, Abu"), Raqqa, Syria; Al-Shadadi, Hasaka Province, Syria; DOB 23 Jul 1984; POB Bogor, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A8329173 (Indonesia); Ustad (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"MUHAMMAD AL-INDUNISI, Abu" (a.k.a. SYAH, Bahrum; a.k.a. USMAN, Bachrumsyah Mennor; a.k.a. "BACHRUMSHAH"; a.k.a. "BACHRUMSYAH"; a.k.a. "BAHRUMSYAH"; a.k.a. "IBRAHIM, Abu"; a.k.a. "MUHAMMAD AL-ANDUNISIY, Abu"; a.k.a. "MUHAMMAD AL-

INDONESI, Abu"; a.k.a. "SHABRINA, Abu"), Raqqa, Syria; Al-Shadadi, Hasaka Province, Syria; DOB 23 Jul 1984; POB Bogor, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A8329173 (Indonesia); Ustad (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"MUHAMMAD, Abu" (a.k.a. AL-ARORI, Salih; a.k.a. AL-AROURI, Salah; a.k.a. AL-AROURI, Saleh; a.k.a. AL-AROURI, Saleh Muhammad Suleiman; a.k.a. AL-ARURI, Salah; a.k.a. AL-ARURI, Saleh; a.k.a. AL-ARURI, Salih; a.k.a. AL-ARURI, Salih Muhammad Sulayman; a.k.a. SULAYMAN, Salih Muhammad; a.k.a. "SULAIMAN, Salih Dar"; a.k.a. "SULEIMAN, Salih"); DOB 19 Aug 1966; POB Ramallah, West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2525897 (Palestinian); alt. Passport 3580327 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

"MUHAMMAD, Abu" (a.k.a. DABIESH JA'AML, Saleh Muhammaed Hussein; a.k.a. DUBAYSH, Salih (Arabic: صالح دبيش)), Al-Sab'een, Haddah, Sana'a, Yemen; Al-'Uqab Al-Saffari, Sana'a-Sa'dah Road, Sahar, Sa'dah, Yemen; DOB 01 Jan 1984; POB Al-Safra' District, Sa'dah Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ANSARALLAH).

"MUHAMMAD, Muhammad" (a.k.a. NUR, Mammam; a.k.a. NUR, Mohammad; a.k.a. NUR, Mohammed; a.k.a. NURA, Mohammed; a.k.a. NURU, Mallam Ahmed); DOB 01 Jan 1972; POB Maiduguri, Nigeria; nationality Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: BOKO HARAM).

"MUHARIB" (a.k.a. ALHARBI, Adel Radhi Saqer; a.k.a. AL-HARBI, Adel Radi Saqr Al-Wahabi; a.k.a. AL-HARBI, 'Adil Radi Saqr al-Wahbi; a.k.a. MUHARIB, Abu Ali); DOB 01 Dec 1986; POB Buraydah, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J110141 (Saudi Arabia) issued 18 Apr 2010 expires 22 Feb 2015; National ID No. 1059887057 (Saudi Arabia) (individual) [SDGT].

"MUHELISI" (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 653225197110100533 (China) (individual) [SDGT].

"MU'IN" (a.k.a. AL-BAZZAL, Muhammad Qasim; a.k.a. BAZZAL, Mohamad); DOB 26 Aug 1984; POB Ba'albakk, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0510789; Identification Number 18349929 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

"MUJAO" (a.k.a. JAMAT TAWHID WAL JIHAD FI GARBI AFRIQQIYA; a.k.a. MOVEMENT FOR ONENESS AND JIHAD IN WEST AFRICA; a.k.a. MOVEMENT FOR UNITY AND JIHAD IN WEST AFRICA; a.k.a. TAWHID WAL JIHAD IN WEST AFRICA; a.k.a. UNITY MOVEMENT FOR JIHAD IN WEST AFRICA; a.k.a. "MUJWA"; a.k.a. "TWJWA"), Gao, Mali; Bourem, Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"MUJIB, Abdul" (a.k.a. AYERAS, Abdul Kareem; a.k.a. AYERAS, Abdul Karem; a.k.a. AYERAS, Abdul Karim; a.k.a. AYERAS, Khalil; a.k.a. AYERAS, Ricardo Abdulkareem; a.k.a. AYERAS, Ricardo Abdulkarim; a.k.a. AYERAS, Ricardo Perez; a.k.a. AYERAS, Ricky; a.k.a. AYERS, Abdul Karim; a.k.a. PEREZ, Isaac Jay Galang; a.k.a. PEREZ, Jay), 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; DOB 15 Sep 1973; POB 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"MUJWA" (a.k.a. JAMAT TAWHID WAL JIHAD FI GARBI AFRIQQIYA; a.k.a. MOVEMENT FOR ONENESS AND JIHAD IN WEST AFRICA; a.k.a. MOVEMENT FOR UNITY AND JIHAD IN WEST AFRICA; a.k.a. TAWHID WAL JIHAD IN WEST AFRICA; a.k.a. UNITY MOVEMENT FOR JIHAD IN WEST AFRICA; a.k.a. "MUJAO"; a.k.a. "TWJWA"), Gao, Mali; Bourem, Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"Mukade" (a.k.a. LUMISA, Muhamad; a.k.a. LUMISA, Muhammed; a.k.a. "KATO, L."; a.k.a. "LUMINSA"; a.k.a. "LUMWISA"; a.k.a. "Mukake"), Congo, Democratic Republic of the; DOB 1959; alt. DOB 1959 to 1965; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"Mukake" (a.k.a. LUMISA, Muhamad; a.k.a. LUMISA, Muhammed; a.k.a. "KATO, L."; a.k.a. "LUMINSA"; a.k.a. "LUMWISA"; a.k.a. "Mukade"), Congo, Democratic Republic of the; DOB 1959; alt. DOB 1959 to 1965; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"MUKANDA" (a.k.a. MUDACUMURA, Sylvestre; a.k.a. MUPENZI, Bernard; a.k.a. MUPENZI, General Pierre Bernard; a.k.a. "COMMANDANT PHARAON"; a.k.a. "RADJA"), Kibua, North Kivu, Congo, Democratic Republic of the; DOB 1955; POB Karago, Western Province, Rwanda; citizen Rwanda; Major General; Commander FDLR/FOCA (individual) [DRCONGO].

"MUKHTAR, Shaykh" (a.k.a. ABU ZUBEYR, Muktar Abdirahman; a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. AW-MOHAMUD, Ahmed Abdi; a.k.a. "GODANE"; a.k.a. "GODANI"; a.k.a. "ZUBEYR, Abu"); DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia (individual) [SOMALIA].

"Mulalo" (a.k.a. SEGUJJA, Elias; a.k.a. SUGUJA, Fezza; a.k.a. "Faiza"; a.k.a. "Feeza"), Congo, Democratic Republic of the; DOB 1969 to 1971; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"Mullah Fazlullah" (a.k.a. FAZLULLAH, Maulana; a.k.a. HAYAT, Fazal; a.k.a. "Mullah Radio"); DOB 1974; POB Swat, Pakistan; alt. POB Kuza Bandai village, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Mullah Idris" (a.k.a. AL-FAY, Idris Ali Awad Khalif; a.k.a. AL-FAY, Idris 'Ali 'Awwad; a.k.a. KHALIF, Idris Ali 'Awad; a.k.a. "Abu Sayf al-Samara'i"), Owainat Village, Owainat District, Salah Ad Din Province, Iraq; Turkey; Albu Dur, Tikrit, Salah-ad Din Province, Iraq; DOB 01 Jul 1971; POB Albu Dur, Tikrit, Salah-ad Din Province, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"MULLAH NAIMULLAH" (a.k.a. BARAICH, Mullah Naeem; a.k.a. BARECH AKHUND, Mullah Naim; a.k.a. BARECH, Mullah Naim; a.k.a. BAREH, Mullah Naim; a.k.a. BARIC, Mullah Naeem; a.k.a. BARICH, Haji Gul Mohammed Naim; a.k.a. BARICH, Mohammad Naim; a.k.a. BARICH, Mullah Naim; a.k.a. BERICH, Naim; a.k.a. "HAJI GUL MOHAMMAD"); DOB 01 Jan 1975; alt. DOB 01 Jan 1974; alt. DOB 01 Jan 1976; POB Lakhi Village, Hazarjuft Area, Garmsir District, Helmand Province, Afghanistan; alt. POB Laki Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Lakari Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Darvishan, Garmsir District, Helmand Province, Afghanistan; alt. POB De Luy Wiyalah Village, Garmsir District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

"Mullah Radio" (a.k.a. FAZLULLAH, Maulana; a.k.a. HAYAT, Fazal; a.k.a. "Mullah Fazlullah"); DOB 1974; POB Swat, Pakistan; alt. POB Kuza Bandai village, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"MUNE" (a.k.a. SALAZAR RAMIREZ, Jesus Alfredo; a.k.a. "INDIO"); DOB 24 Mar 1974; POB Chihuahua, Mexico; citizen Mexico (individual) [SDNTK].

"MURAT, Rajib" (a.k.a. AMANOLLAH, Paydar Mohammad; a.k.a. PAIDAR, Amanallah (Arabic: امان اله پایدار); a.k.a. PAYDAR, Aman Ilah; a.k.a. PAYDAR, Amanollah; a.k.a. "AMIRI, Ahmad"; a.k.a. "AZARIAN, Amin"), Iran; DOB 08 Nov 1958; POB Rudsar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2690705257 (Iran) (individual) [NPWMD] [IFSR] (Linked To: DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER).

"MURAT, Recep" (a.k.a. BUKEY, Murat (Latin: BÜKEY, Murat)), Turkey; DOB 02 Jan 1971;

POB Izmir, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U21720683 (Turkey) expires 12 Apr 2029; alt. Passport U01789726 (Turkey) expires 30 Mar 2021; National ID No. 38119667258 (Turkey) (individual) [NPWMD] [IFSR] (Linked To: PAIDAR, Amanallah).

"MURSHID" (a.k.a. SUMARSONO, Aris; a.k.a. SUNARSO, Arif; a.k.a. SUNARSO, Aris; a.k.a. "USTAD DAUD ZULKARNAEN"; a.k.a. "ZULKARNAEN"; a.k.a. "ZULKARNAIN"; a.k.a. "ZULKARNAN"; a.k.a. "ZULKARNIN"), Jakarta, Indonesia; DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"MURTADA, Muhandis" (a.k.a. NAZHAD, Hasan Saburi; a.k.a. SABURINEJAD, Ali; a.k.a. SABURINEZHAD, Ali; a.k.a. SABURINEZHAD, Hasan (Arabic: حسن سبری نژاد); a.k.a. "Engineer Morteza"; a.k.a. "SABURI, Hasan"), Iran; Iraq; Syria; DOB 09 Jan 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0383595282 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"MUSA ABDUL" (a.k.a. HIR, Musa Abdul; a.k.a. HIR, Zulkifli Abdul; a.k.a. HIR, Zulkifli Bin Abdul; a.k.a. ZULKIFLI, Abdul Hir bin; a.k.a. ZULKIFLI, Bin Abdul Hir); DOB 05 Jan 1966; alt. DOB 05 Oct 1966; POB Malaysia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"MUSCAB, Abu" (a.k.a. GAP, Gure; a.k.a. MAHAMOUD, Bashir Mohamed; a.k.a. MAHMOUD, Bashir Mohamed; a.k.a. MOHAMMED, Bashir Mahmud; a.k.a. MOHAMOUD, Bashir Mohamed; a.k.a. MOHAMUD, Bashir Mohamed; a.k.a. QORGAB, Bashir; a.k.a. YARE, Bashir; a.k.a. "QORGAB"), Mogadishu, Somalia; nationality Somalia; DOB circa 1979-1982; alt. DOB 1982 (individual) [SOMALIA].

"MUSENYERI" (a.k.a. IBRAHIM, Frere Petrus; a.k.a. MUJYAMBERE, Leopold; a.k.a. "ACHILLE"), Mwenga, South Kivu Province, Congo, Democratic Republic of the; DOB 17 Mar 1962; alt. DOB 1966; POB Kigali, Rwanda; citizen Rwanda; Colonel; Commander, FDLR CO 2nd Division (individual) [DRCONGO].

"Mushroom" (a.k.a. VAKHROMEYEV, Ivan Vasilyevich; a.k.a. VAKROMEEV, Ivan Vasilievich), Naro-Fominsk, Russia; DOB 29 Dec 1988; nationality Russia; Email Address ivanalert@mail.ru; Gender Male (individual) [CYBER2].

"MUSHTAQ" (a.k.a. MEMON, Ibrahim Abdul Razaaq; a.k.a. MEMON, Ibrahim Abdul Razak; a.k.a. "MUSTAQ"; a.k.a. "SIKANDER"; a.k.a. "TIGER MEMON"), Bldg. No. 21 Room No. 1069, Fisherman Colony Mahim, Mumbai, India; House No. C-201, Extension-A, Karachi Development Scheme, Karachi, Pakistan; DOB 24 Nov 1960; POB Mumbai (Bombay), India; nationality India; Passport AA762402 (Pakistan); alt. Passport L152818 (India) (individual) [SDNTK].

"MUSLIM ABU ABDURRAHMAN" (a.k.a. DALE, Anders Cameroon Ostensvig; a.k.a. "ABU ABDURRAHMAN THE MOROCCAN"; a.k.a. "ABU ABDURRAHMAN THE NORWEGIAN"); DOB 1978; alt. DOB 1979; POB Oslo, Norway; nationality Norway; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"MUSLIM BROTHERHOOD IN SUDAN" (a.k.a. SUDANESE MUSLIM BROTHERHOOD (Arabic: الحركة الاسلامية السودانية); a.k.a. "SUDANESE ISLAMIC MOVEMENT"), Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jan 1954; Organization Type: Advocacy organization [FTO] [SDGT].

"Muslim Georgia" (a.k.a. AL-SHISHANI, Muslim Abu al-Walid; a.k.a. MADAEV, Lova; a.k.a. MADAEV, Murad; a.k.a. MADAYEV, Murad Akhmadovich; a.k.a. MARGOSHVILI, Lova; a.k.a. MARGOSHVILI, Murad; a.k.a. MARGOSHVILI, Murad Muslim Akhmetovich; a.k.a. MARGOSHVILI, Muslim Akhmetovich Georgik; a.k.a. MARGOSHVILI, Muslim Akmadovich; a.k.a. "Artur"; a.k.a. "Dzhordzhik"; a.k.a. "Dzhorzhik"; a.k.a. "Kus"); DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 08091001080 (individual) [SDGT].

"MUSLIM YOUTH CENTER" (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [SOMALIA].

"MUSSE" (a.k.a. ATTO, Abdullah; a.k.a. BUR, Abdullah; a.k.a. ISSA, Issa Osman; a.k.a. "AFADEY"; a.k.a. "SUDANI, Abdala"); DOB 1973; POB Malindi, Kenya; nationality Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"MUSSE, Bashir" (a.k.a. MOOSA, Basheer Khalid; a.k.a. MOOSA, Basheer Khalif; a.k.a. MOSSA, Bashir Khalif; a.k.a. MOUSSA, Bachir Kalif; a.k.a. MUSA, Bashir Khalif; a.k.a. MUSSE, Bachir Khalif; a.k.a. MUSSE, Bashir Khalif; a.k.a. "MOOSA, Bashir"), Dubai, United Arab Emirates; PO Box 80367, Ajman, United Arab Emirates; DOB 01 Jan 1967; POB Garowe, Puntland, Somalia; nationality Djibouti; Gender Male; Passport 16RE41878 (Djibouti) issued 26 May 2016 expires 25 May 2021; alt. Passport 16RF20973 (Djibouti) expires 11 Oct 2023; Identification Number 784-1967-5350265-5 (United Arab Emirates); Residency Number 083698992 (United Arab Emirates) expires 15 May 2020 (individual) [SOMALIA].

"MUSTAFA" (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. AL-KHATAB, Abd  Al Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya; Secondary sanctions risk:

section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"MUSTAQ" (a.k.a. MEMON, Ibrahim Abdul Razaaq; a.k.a. MEMON, Ibrahim Abdul Razak; a.k.a. "MUSHTAQ"; a.k.a. "SIKANDER"; a.k.a. "TIGER MEMON"), Bldg. No. 21 Room No. 1069, Fisherman Colony Mahim, Mumbai, India; House No. C-201, Extension-A, Karachi Development Scheme, Karachi, Pakistan; DOB 24 Nov 1960; POB Mumbai (Bombay), India; nationality India; Passport AA762402 (Pakistan); alt. Passport L152818 (India) (individual) [SDNTK].

"MVD TRAINING CENTER" (Cyrillic: "УЧЕБНЫЙ ЦЕНТР МВД") (a.k.a. CENTRO DE CAPACITACION DEL MINISTERIO DEL INTERIOR DE LA FEDERACION DE RUSIA EN MANAGUA; a.k.a. TRAINING CENTER OF THE MINISTRY OF THE INTERIOR OF THE RUSSIAN FEDERATION IN MANAGUA; a.k.a. TRAINING CENTER OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS IN MANAGUA (Cyrillic: УЧЕБНЫЙ ЦЕНТР МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИИ В МАНАГУА); a.k.a. "CENTRO DE CAPACITACION ANTINARCOTICO RUSIA-NICARAGUA"; a.k.a. "RUSSIA-NICARAGUA ANTI-NARCOTICS TRAINING CENTER"), Las Colinas, 3a Etapa, Managua 14199, Nicaragua; Organization Established Date 01 Oct 2017; Target Type Government Entity [NICARAGUA] (Linked To: NICARAGUAN NATIONAL POLICE).

"MYC" (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 [FTO] [SDGT] [SOMALIA].

"MYM" (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [SOMALIA].

"NABAVI, Kiarash" (a.k.a. KASHIAN, Sajjad), Iran; DOB 17 Sep 1994; nationality Iran; Gender Male; National ID No. 4560134669 (Iran) (individual) [ELECTION-EO13848].

"NABCO COMPANY" (a.k.a. NABAKO MONEY EXCHANGE AND TRANSFERS; a.k.a. NABCO MONEY EXCHANGE & REMITTANCE CO.; a.k.a. NABCO MONEY EXCHANGE AND REMITTANCE CO. (Arabic: شركة نابكو للصرافة والتحويلات المالية); a.k.a. NABICO EXCHANGE; a.k.a. NABIL AL-HAZA' COMPANY), Al-Khamis Street, Lebanese University Neighborhood, Sana'a, Yemen; Website https://nabco-ye.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

"NACHO CORONEL" (a.k.a. CORONEL VILLAREAL, Ignacio), Manzanillo, Colima, Mexico; DOB 01 Feb 1954; POB Veracruz, Mexico; alt. POB Canelas, Durango, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

"NACHO GONZALEZ" (a.k.a. GONZALEZ PENUELAS, Ignacio (Latin: GONZÁLEZ PEÑUELAS, Ignacio); a.k.a. GONZALEZ PENUELAS, Jose Ignacio), Sinaloa, Mexico; DOB 31 Jul 1972; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P.

GOPI720731HSLNXG07 (Mexico) (individual) [SDNTK] (Linked To: GONZALEZ PENUELAS DRUG TRAFFICKING ORGANIZATION).

"NADA" (a.k.a. NATIONAL AEROSPACE DEVELOPMENT ADMINISTRATION), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

"NADRA" (a.k.a. ZARKAOUI, Imed Ben Mekki Ben Al-Akhdar; a.k.a. "ZARGA"), Via Col. Aprosio 588, Vallecrosia, IM, Italy; DOB 15 Jan 1973; POB Tunisi (Tunisia); nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M174950 issued 27 Apr 1999 expires 26 Apr 2004; arrested 30 Sep 2002 (individual) [SDGT].

"NAEEM, Sheikh" (a.k.a. NAEEM, Muhammad; a.k.a. SHEIKH, Mohammad Nayeem; a.k.a. SHEIKH, Muhammad Naeem; a.k.a. "NAIM, Shaikh"), 122 Ahmed Block, New Garden Town, Lahore, Pakistan; 111-C Multan Road, Lahore, Pakistan; 2-Chamberlain Road, Lahore, Pakistan; DOB 04 Sep 1950; POB Lahore, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BP5191731 (Pakistan) expires 12 May 2012; National ID No. 35202-1963173-9 (Pakistan); Engineer (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"NAHAJA" (a.k.a. ISLAMIC REPUBLIC OF IRAN AIR FORCE; a.k.a. "IRIAF"), Doshan Tappeh Air Base, Tehran, Tehran Province, Iran; Website https://nahaja.aja.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-CON-ARMS-EO].

"NAIDA" (a.k.a. GALAVIZ MARTIN, Mayra), Manuel Clouthier #486, Colonia Prados Vallarta, Guadalajara, Jalisco, Mexico; Plaza Del Sol Local #28, Zona R, Guadalajara, Jalisco, Mexico; Paseo Del Heliotropo 3426, Monraz, Guadalajara, Jalisco, Mexico; DOB 19 Jan 1973; POB Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 06140255887 (Mexico); C.U.R.P. GAMM730119MJCLRY08 (Mexico) (individual) [SDNTK].

"NAIM, Abu" (a.k.a. AL-DABASKI, Salim Nur al-Din; a.k.a. AL-DABSKI, Salem Nor Eldin Amohamed; a.k.a. AL-DABSKI, Salim Nur al-Din; a.k.a. AL-DIBISKI, Nur Al-Din; a.k.a.

RAGAB, Abdullah; a.k.a. RAJAB, Abdallah; a.k.a. "AL-WARD, 'Abd"; a.k.a. "AL-WARD, Abu"; a.k.a. "AL-WARUD, Abu"); DOB circa 1963; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1990/345751 (Libya) (individual) [SDGT].

"NAIM, Shaikh" (a.k.a. NAEEM, Muhammad; a.k.a. SHEIKH, Mohammad Nayeem; a.k.a. SHEIKH, Muhammad Naeem; a.k.a. "NAEEM, Sheikh"), 122 Ahmed Block, New Garden Town, Lahore, Pakistan; 111-C Multan Road, Lahore, Pakistan; 2-Chamberlain Road, Lahore, Pakistan; DOB 04 Sep 1950; POB Lahore, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BP5191731 (Pakistan) expires 12 May 2012; National ID No. 35202-1963173-9 (Pakistan); Engineer (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"NAJD PROVINCE" (a.k.a. HIJAZ PROVINCE OF THE ISLAMIC STATE; a.k.a. ISIL-SAUDI ARABIA; a.k.a. ISIS IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-SAUDI ARABIA; a.k.a. MUJAHIDEEN OF THE ARABIAN PENINSULA; a.k.a. WILAYAT AL-HARAMAYN; a.k.a. "AL-HIJAZ PROVINCE"; a.k.a. "PROVINCE OF THE TWO HOLY PLACES"; a.k.a. "WILAYAT NAJD"), Hijaz and Asir Provinces, Najd region, Saudi Arabia; Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"NAJI, Ali" (a.k.a. HAJI, Ali Ahmed; a.k.a. NAAJI, Ali Ahmed; a.k.a. NAJI, Ali Ahmed; a.k.a. NAJI, Cali Axmed), Kismayo, Somalia; DOB 01 Jan 1974; nationality Somalia; Gender Male (individual) [SOMALIA].

"NAM, Cho Hung" (a.k.a. NAM, Chol Ung (Korean: 남철웅)), Dalian, China; DOB 23 Feb 1969; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 108320231 (Korea, North) expires Aug 2023 (individual) [DPRK] (Linked To: RECONNAISSANCE GENERAL BUREAU).

"NANED" (a.k.a. KUROV, Artem (Cyrillic: КУРОВ, Артем)), Kaluga, Obninsk, Russia; DOB 30 Mar 1993; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 2912565616 (Russia) (individual) [CYBER2].

"NANGIALI" (a.k.a. 'ABD AL-SALAM, Said Jan; a.k.a. 'ABDALLAH, Qazi; a.k.a. 'ABD-AL-SALAM, Sa'id Jan; a.k.a. ABDULLAH, Qazi; a.k.a. CAIRO, Aziz; a.k.a. JHAN, Said; a.k.a. KHAN, Farhan; a.k.a. SA'ID JAN, Qasi; a.k.a. WALID, Ibrahim; a.k.a. ZAIN KHAN, Dilawar Khan); DOB 05 Feb 1981; alt. DOB 01 Jan 1972; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport OR801168 (Afghanistan) issued 28 Feb 2006 expires 27 Feb 2011; alt. Passport 4117921 (Pakistan) issued 09 Sep 2008 expires 09 Sep 2013; National ID No. 281020505755 (Kuwait); Passport OR801168 and Kuwaiti National ID No. 281020505755 issued under the name Said Jan 'Abd al-Salam; Passport 4117921 issued under the name Dilawar Khan Zain Khan (individual) [SDGT].

"NAPA" (a.k.a. NAJI PARS AMIN INSTITUTE (Arabic: مؤسسه ناجی پارس امین); a.k.a. NAJI PARS AMIN NON-COMMERCIAL INSTITUTE; a.k.a. NAJI PARS INSTITUTE), Unit 17, Third Floor, Noor Building, Second Golestan, Western corner of Water Organization Street, Second square of Sadeghiyeh, Tehran, Tehran Province, Iran; Unit 7, Fifth Floor, No. 2, Shahid Ayatollah Dastgheib St, End of Safa, Dastgheib neighborhood, Central Sector, Tehran, Tehran Province 1349985884, Iran; Unit 8, Fourth Floor Pars Building, End of the Sixth Alley, Mashouf Street, 20 meters from East Golestan, after Hammet Bridge, North Satari, Tehran, Tehran Province, Iran; Website najipars.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320725224 (Iran); Registration Number 28723 (Iran); alt. Registration Number 411399395956 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

"NAPO" (a.k.a. AO NOVOSIBIRSKIY AVIAREMONTNIY ZAVOD (Cyrillic: АО НОВОСИБИРСКИЙ АВИАРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. JSC NOVOSIBIRSKY AVIAREMONTNY FACTORY; a.k.a. NOVOSIBIRSK AIRCRAFT ENTERPRISE; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AVIATION FACTORY; a.k.a. NOVOSIBIRSK AVIATION PLANT; a.k.a. "NAZ"), 15 Polzunov St., Novosibirsk 630051, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5402112867 (Russia) [RUSSIA-EO14024].

"NARANJAS" (a.k.a. ORTEGA GALLEGOS, Jorge Adrian; a.k.a. "EL NARANJAS"), Mexico; DOB 07 Jul 1983; POB Chihuahua, Mexico; nationality Mexico; Gender Male; C.U.R.P. OEGJ830707HCHRLR00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"NASERIAN" (Arabic: "ناصریان") (a.k.a. MOGHISEH, Mohammad; a.k.a. MOGHISSEH, Mohammad (Arabic: محمد مقیسه); a.k.a. MOGHISSEH, Mohammad Nasser (Arabic: محمد ناصر مقیسه); a.k.a. MOQISEH, Mohammad; a.k.a. "NASSERIAN"), Tehran, Iran; DOB 1956 to 1957; POB Moqiseh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 28 (individual) [IRAN] [IRAN-TRA].

"NASERUDDIN" (a.k.a. GHAIR, Dr. Alim; a.k.a. HAQQANI, Dr. Naseer; a.k.a. HAQQANI, Naseer; a.k.a. HAQQANI, Nashir; a.k.a. HAQQANI, Nasiruddin; a.k.a. HAQQANI, Nassir); DOB 1972; POB Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Nasibullah" (a.k.a. ABDUL BASEER, Abdul Qadeer Basir; a.k.a. AHMAT, Abdul Qadir; a.k.a. BASIR, Abdul Qadir; a.k.a. HAQQANI, Abdul Qadir; a.k.a. QADIR, Abdul), Peshawar, Pakistan; DOB 1964; POB Nangarhar Province, Afghanistan; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D000974 (Afghanistan) (individual) [SDGT] (Linked To: TALIBAN).

"NASR, Muhammad" (a.k.a. ABD EL DAIM, Mohamed Ahmed; a.k.a. 'ABD-AL-DA'IM, Muhammad Ahmad; a.k.a. 'ABD-AL-DAYIM NASRALLAH, Muhammad Ahmad (Arabic: محمد أحمد عبد الدايم نصرالله); a.k.a. ABDUL DA'IM NASRALLAH, Mohammed Ahmed; a.k.a. ABID AL DAIM NASR ALLAH, Mohammad Ahmad; a.k.a. ABID ALDAIM NASR ALLAH,

Mohammad Ahmad; a.k.a. NASRALLAH, Mohammed; a.k.a. NASRALLAH, Muhammad), Qatar; DOB 03 Oct 1964; POB Aqbat Jabr, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9641032658 (Jordan); Identification Number 103185046 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

"NASR, Samir M." (a.k.a. RUPRAH, Sanjivan Singh); DOB 09 Aug 1966; POB Kisumu, Kenya; nationality Kenya; Passport D-001829-00 (Liberia); alt. Passport 790015037 (United Kingdom) issued 10 Jul 1998 expires 10 Jul 2008; Businessman; Former Deputy Commissioner, Bureau of Maritime Affairs of Liberia (individual) [DRCONGO].

"NASSERIAN" (a.k.a. MOGHISEH, Mohammad; a.k.a. MOGHISSEH, Mohammad (Arabic: محمد مقیسه); a.k.a. MOGHISSEH, Mohammad Nasser (Arabic: محمد ناصر مقیسه); a.k.a. MOQISEH, Mohammad; a.k.a. "NASERIAN" (Arabic: "ناصریان")), Tehran, Iran; DOB 1956 to 1957; POB Moqiseh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 28 (individual) [IRAN] [IRAN-TRA].

"NATIONAL AND ISLAMIC BANK" (a.k.a. ISLAMIC NATIONAL BANK COMPANY; a.k.a. ISLAMIC NATIONAL BANK OF GAZA; a.k.a. PALESTINE ISLAMIC NATIONAL BANK; a.k.a. "ISLAMIC NATIONAL BANK"; a.k.a. "NATIONAL ISLAMIC BANK"), Al-Rimal District, Al Wandah Al Yarmuk Street junction, Gaza City, Gaza, Palestinian; Khan Yunis, Gaza, Palestinian; Website www.inb.ps; Email Address info@inb.ps; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 563201581 (Palestinian); Telephone: 97082881183; Fax: 97082881184 [SDGT].

"NATIONAL BANK" (a.k.a. BANCO CORPORATIVO SA; a.k.a. "BANCO NACIONAL"; a.k.a. "BANCO NATIONAL"; a.k.a. "BANCORP"), 2 Cuadras Aloeste y 3 Cuadras Alnorte, Managua, Nicaragua; SWIFT/BIC BOFPNIMA [NICARAGUA].

"NATIONAL BUILDING COMPANY" (a.k.a. MELLI SAKHTEMAN CO.; a.k.a. MELLI SAKHTEMAN COMPANY; a.k.a. SHERKAT-E MELLI-YE SAKHTEMAN (Arabic: شرکت ملی ساختمان)), No. 7, South Golestan St, Iranzamin

Ave, Shahrak-eGharb, Tehran, Iran; Dubai, United Arab Emirates; Website www.mellisakhteman.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100305734 (Iran); Registration Number 6489 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"NATIONAL HADRAMAWT COUNCIL" (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"NATIONAL ISLAMIC BANK" (a.k.a. ISLAMIC NATIONAL BANK COMPANY; a.k.a. ISLAMIC NATIONAL BANK OF GAZA; a.k.a. PALESTINE ISLAMIC NATIONAL BANK; a.k.a. "ISLAMIC NATIONAL BANK"; a.k.a. "NATIONAL AND ISLAMIC BANK"), Al-Rimal District, Al Wandah Al Yarmuk Street junction, Gaza City, Gaza, Palestinian; Khan Yunis, Gaza, Palestinian; Website www.inb.ps; Email Address info@inb.ps; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 563201581 (Palestinian); Telephone: 97082881183; Fax: 97082881184 [SDGT].

"NATIONAL MINERAL RESOURCES UNIVERSITY" (a.k.a. FEDERAL STATE BUDGET EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SAINT PETERSBURG MINING UNIVERSITY; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA SANKT PETERBURGSKI GORNY UNIVERSITET; f.k.a. NATSIONALNY MINERALNOSYREVOI UNIVERSITET GORNY, UCH; a.k.a. SAINT PETERSBURG MINING UNIVERSITY (Cyrillic:

САНКТ ПЕТЕРБУРГСКИЙ ГОРНЫЙ УНИВЕРСИТЕТ); a.k.a. SPGU GORNY UNIVERSITET FGBU; a.k.a. "SPMI"), 2, 21st Line, St Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801021076 (Russia); Government Gazette Number 02068508 (Russia); Registration Number 1027800507591 (Russia) [RUSSIA-EO14024].

"NATIONAL MOBILIZATION ORGANIZATION" (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"NATIONAL RESISTANCE MOBILIZATION" (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL

MOBILIZATION ORGANIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"NAVIS INC." (a.k.a. AO KB NAVIS), ul. Kulneva, d. 3, str. 1, pom/kom III/5,6, Moscow 121170, Russia; sh. Dmitrovskoe, d. 157, k. 5, Moscow 127411, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725075060 (Russia); Registration Number 1027700456024 (Russia) [RUSSIA-EO14024].

"NAYIF, 'Abd al-Muhsin Zayn Mun'ib" (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabn; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"NAZ" (a.k.a. N.A.Z. TECHNOLOGY; a.k.a. NAZ TECHNOLOGY; a.k.a. NAZ TECHNOLOGY CO.; a.k.a. NAZ TECHNOLOGY CO., LTD.; a.k.a. NAZ TECHNOLOGY CORPORATION LTD), Taiwan World Trade Center (TWTC) Room 6C-21(6F) Number 5 Section 5, Xinyi Road, Xinyi District, Taipei City, Taiwan; 605, Floor 6, Building 204, Tairan Technology Park, Tairan 6th Road, Tianan Community, Sha, Tou Sub-District, Futian District, Shenzhen, Guangdong, China; Building 10, Shiguan Industrial Park, Shenzhen 518106, China; C-608, Floor 6, Lan Optical Technology Building, No.7, Xinxi Road, Hi-and-New Tech Part (North Zone), Nanshan District, Shenzhen, China; Rm 804, Sino Centre, 582-592 Nathan Rd., KLN, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 440301503328703 (China) [NPWMD] [IFSR] (Linked To: SOLTANMOHAMMADI, Mohammad).

"NAZ" (a.k.a. AO NOVOSIBIRSKIY AVIAREMONTNIY ZAVOD (Cyrillic: АО НОВОСИБИРСКИЙ АВИАРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. JSC NOVOSIBIRSKY AVIAREMONTNY FACTORY; a.k.a. NOVOSIBIRSK AIRCRAFT ENTERPRISE; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AVIATION FACTORY; a.k.a. NOVOSIBIRSK AVIATION PLANT; a.k.a. "NAPO"), 15 Polzunov St., Novosibirsk 630051, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5402112867 (Russia) [RUSSIA-EO14024].

"NCC" (a.k.a. CCP NCC; a.k.a. CENTRAL COUNTERPARTY NATIONAL CLEARING CENTER; a.k.a. NATIONAL CLEARING CENTER (Cyrillic: НЕБАНКОВСКАЯ КРЕДИТНАЯ ОРГАНИЗАЦИЯ-ЦЕНТРАЛЬНЫЙ КОНТРАГЕНТ НАЦИОНАЛЬНЫЙ КЛИРИНГОВЫЙ ЦЕНТР)), 13 Bolshoy Kislovskii Per., Moscow 125009, Russia; SWIFT/BIC NCCBRUMM; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 30 May 2006; Target Type Financial Institution; Tax ID No. 7750004023 (Russia); Government Gazette Number 96537839 (Russia); Legal Entity Number 2534007UK6G30KDX1A47; Registration Number 1067711004481 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"NCG" (a.k.a. KOREA NAMHUNG TRADING CORPORATION; a.k.a. KOREA TAERYONGGANG TRADING CORPORATION; a.k.a. NAM CHON GANG CORPORATION; a.k.a. NAMCHONGANG TRADING; a.k.a. NAMCHONGANG TRADING CORPORATION; a.k.a. NAMHUNG; a.k.a. NOMCHONGANG TRADING CO.), Pyongyang, Korea, North; Chilgol, Mangyongdae District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

"NCPA" (a.k.a. HOUTHI NATIONAL COMMITTEE FOR PRISONERS AFFAIRS; a.k.a. NATIONAL COMMITTEE FOR PRISONERS AFFAIRS), Sana'a, Yemen [GLOMAG].

"NDC" (a.k.a. NATIONAL DEFENSE COMPLEX; a.k.a. NATIONAL DEVELOPMENT CENTRE; a.k.a. NATIONAL DEVELOPMENT COMPLEX), Plot No. 94, NESCOM Complex (NDC), H-11/4, Islamabad, Islamabad Urban, Pakistan; Fateh Jang, Punjab, Rawalpindi, Pakistan; P.O Box 2216, Islamabad, Pakistan; Target Type State-Owned Enterprise; Tax ID No. 9010629 (Pakistan) [NPWMD].

"NDCO" (a.k.a. NORTH DRILLING CO (Arabic: شرکت حفاری شمال); a.k.a. NORTH DRILLING COMPANY; a.k.a. NORTH DRILLING PUBLIC JOINT STOCK COMPANY), 2127, Valiasr Street, Corner of Del Afrooz Street, Tehran 1511714315, Iran; Arjantin Argentina Square - Alvand St. - 35th St. - No. 8, Tehran, Iran; Sanaat Square - Farhazadi St. - Taavon St. - No. 19, Tehran, Iran; Vozara St. - Baheshti St. - No. 20, Tehran, Iran; Esfandiar St. - Valiasr St. - No. 90, Tehran, Iran; Website www.ndco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101920830 (Iran); Registration Number 149235 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"NEDELJKOVIC, Sinis" (a.k.a. NEDELJKOVIC, Sinisa; a.k.a. "METAL, Senisa"; a.k.a. "NEDELJKOVIC, Sinisa Stevan"), Kral Petar Street, Zvecan, Kosovo; DOB 26 Mar 1970; POB Zvecan, Kosovo; nationality Kosovo; alt. nationality Serbia; Gender Male; Identification Number 1501722452 (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

"NEDELJKOVIC, Sinisa Stevan" (a.k.a. NEDELJKOVIC, Sinisa; a.k.a. "METAL, Senisa"; a.k.a. "NEDELJKOVIC, Sinis"), Kral Petar Street, Zvecan, Kosovo; DOB 26 Mar 1970; POB Zvecan, Kosovo; nationality Kosovo; alt. nationality Serbia; Gender Male; Identification Number 1501722452 (individual)

[GLOMAG] (Linked To: VESELINOVIC, Zvonko).

"NEGRO ORLANDO" (a.k.a. GUTIERREZ RENDON, Orlando); DOB 12 Jan 1966; POB Buenaventura, Valle, Colombia; citizen Colombia; Cedula No. 16486550 (Colombia) (individual) [SDNTK].

"Negro Perea" (a.k.a. CORDOBA QUINTO, Jose Emilson), Colombia; DOB 31 Aug 1969; POB Istmina, Choco, Colombia; nationality Colombia; Gender Male; Cedula No. 11710361 (Colombia) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: CLAN DEL GOLFO).

"NEKSAIN AO" (a.k.a. NEXIGN JOINT STOCK COMPANY (Cyrillic: НЭКСАЙН АКЦИОНЕРНОЕ ОБЩЕСТВО)), d. 4 litera B pom. 22N, ul. Uralskaya, St. Petersburg 199155, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Mar 1992; Organization Type: Other information technology and computer service activities; Tax ID No. 7801019126 (Russia); Government Gazette Number 11150642 (Russia); Registration Number 1027809251744 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY USM TELECOM).

"Nene" (a.k.a. ABOUZAID EL BAYEH, Juan Manuel; a.k.a. "El Arabe"; a.k.a. "El Escorpion"; a.k.a. "El Hermano"), Mexico; DOB 24 Oct 1972; POB Guadalajara, Jalisco, Mexico; nationality Mexico; Gender Male; R.F.C. AOEJ721024NM2 (Mexico); C.U.R.P. AOBJ721024HJCBYN07 (Mexico) (individual) [SDNTK].

"NENE" (a.k.a. ISAZA SANCHEZ, Nelson Dario); DOB 11 Aug 1967; POB Envigado, Antioquia, Colombia; citizen Colombia; Cedula No. 98521489 (Colombia) (individual) [SDNTK].

"NEO-JMB" (a.k.a. ABU JANDAL AL-BANGALI; a.k.a. CALIPHATE IN BANGLADESH; a.k.a. CALIPHATE'S SOLDIERS IN BANGLADESH; a.k.a. ISIS-BANGLADESH; a.k.a. ISLAMIC STATE BANGLADESH; a.k.a. ISLAMIC STATE IN BANGLADESH; a.k.a. KHALIFAH'S SOLDIERS IN BENGAL; a.k.a. NEO-JAMAAT-UL MUJAHIDEEN BANGLADESH; a.k.a. SOLDIERS OF THE CALIPHATE IN BANGLADESH; a.k.a. "ISB"; a.k.a. "ISISB"; a.k.a. "NEW-JMB"), Dhaka, Bangladesh; Rangpur, Bangladesh; Sylhet, Bangladesh; Jhenaidah, Bangladesh; Singapore; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"NETEXCHANGE" (a.k.a. NETEX TRADE; a.k.a. NETEX24; a.k.a. OBSHCHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU CENTR OBRABOTKI ELEKTRONNYKH PLATEZHEJ; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEI; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEY (Cyrillic: ООО ЦЕНТР ОБРАБОТКИ ЭЛЕКТРОННЫХ ПЛАТЕЖЕЙ); a.k.a. "LIMITED LIABILITY COMPANY CENTER FOR PROCESSING ELECTRONIC PAYMENTS"; a.k.a. "ООО TSOEP" (Cyrillic: "ООО ЦОЭП")), Ul. Vilisa Latsisa D. 41, KV. 103, Moscow 125480, Russia; Business Center Iskra-Park, 35, Leningradsky Prospect, Moscow, Russia; Website https://www.netex24.net; alt. Website https://www.netex24.com; alt. Website https://www.netex.trade; alt. Website https://www.netexchange.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Feb 2014; Tax ID No. 7733872485 (Russia) [RUSSIA-EO14024].

"NEW FAR INTERNATIONAL" (a.k.a. NEW FAR INTERNATIONAL LOGISTICS LIMITED (Chinese Traditional: 新達國際物流有限公司); a.k.a. NEW FAR INTERNATIONAL LOGISTICS LTD), Wan Chai, Hong Kong; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Identification Number IMO 6075135; Business Registration Number 2758016 (Hong Kong) [IRAN-EO13846].

"NEW INDUSTRY VENTURES" (a.k.a. UT IT NOVAYA INDUSTRIYA OOO), ul. Leninskie Gory d. 1, str. 77, office 1041B, Moscow 119234, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Organization Established Date 19 Feb 2019; Tax ID No. 7728461088 (Russia); Registration Number 1197746126071 (Russia) [RUSSIA-EO14024].

"NEW IRA" (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRA ARMY COUNCIL; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. NEW IRISH REPUBLICAN ARMY; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. "NIRA"; a.k.a. "REAL IRA"; a.k.a. "RIRA"), Ireland; Northern Ireland, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"NEW OIL COMPANY" (a.k.a. CJSC NNK; a.k.a. CLOSED JOINT-STOCK COMPANY NEW OIL COMPANY; a.k.a. NOVAIA NAFTAVAIA KAMPANIA; a.k.a. ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA NOVAYA NAFTAVAYA KAMPANIYA (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА НОВАЯ НАФТАВАЯ КАМПАНІЯ); a.k.a. ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO NOVAYA NEFTYANAYA KOMPANIYA (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НОВАЯ НЕФТЯНАЯ КОМПАНИЯ); a.k.a. ZAO NNK (Cyrillic: ЗАО ННК); a.k.a. ZAT NNK (Cyrillic: ЗАТ ННК)), ul. Rakovskaya, d. 14B, kab. 7 (5th floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В, каб. 7 (5 этаж), г. Минск 220004, Belarus); Organization Established Date 23 Mar 2020; Registration Number 193402282 (Belarus) [BELARUS-EO14038].

"NEW SPACE CORP" (a.k.a. JOINT STOCK COMPANY NEW SPACE CORPORATION), d. 12 etazh 77 kom. 2.3 OFIS 14, naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703055602 (Russia); Registration Number 1217700511324 (Russia) [RUSSIA-EO14024].

"NEW-JMB" (a.k.a. ABU JANDAL AL-BANGALI; a.k.a. CALIPHATE IN BANGLADESH; a.k.a. CALIPHATE'S SOLDIERS IN BANGLADESH; a.k.a. ISIS-BANGLADESH; a.k.a. ISLAMIC STATE BANGLADESH; a.k.a. ISLAMIC STATE IN BANGLADESH; a.k.a. KHALIFAH'S SOLDIERS IN BENGAL; a.k.a. NEO-JAMAAT-UL MUJAHIDEEN BANGLADESH; a.k.a. SOLDIERS OF THE CALIPHATE IN BANGLADESH; a.k.a. "ISB"; a.k.a. "ISISB";

a.k.a. "NEO-JMB"), Dhaka, Bangladesh; Rangpur, Bangladesh; Sylhet, Bangladesh; Jhenaidah, Bangladesh; Singapore; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"NG, Ken" (a.k.a. JING HE, Lin; a.k.a. LIN, Jinghe (Chinese Simplified: 林敬鹤); a.k.a. "LAM, Gary"), China; DOB 03 Dec 1982; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 350500198212032535 (China) (individual) [NPWMD] [IFSR] (Linked To: MATINKIA, Alireza).

"NGS" (a.k.a. NEFTEGAZSTROY), Ul. Lenina D. 21/1, Neftekamsk 452680, Russia; Ul. Industrialnaya D. 15, K.A., Neftekamsk 452680, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0253013650 (Russia); Registration Number 1020201432261 (Russia) [RUSSIA-EO14024].

"NGT AO" (a.k.a. JSC NGT; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NGT), Ul. Fominskaya D.54, Perm 614058, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Oct 2002; Tax ID No. 5902186000 (Russia); Government Gazette Number 52275083 (Russia); Registration Number 1025900513935 (Russia) [RUSSIA-EO14024].

"NICA" (a.k.a. BARRERA MEDRANO, Nicandro; a.k.a. BARRERA MENDOZA, Nicandro; a.k.a. BARRERA, Nicandro; a.k.a. BARRERA, Robert; a.k.a. NICANDRO, Barrera Mendoza; a.k.a. "CHAPARRO"; a.k.a. "CHATO"; a.k.a. "EL NICA"; a.k.a. "EL NICE"; a.k.a. "EL NICO"; a.k.a. "NICO"), c/o Purepecha Trucking Co., Uruapan, Michoacan, Mexico; DOB 02 Nov 1964; POB Michoacan, Mexico; citizen Mexico; C.U.R.P. BAMN641102HMNRDC02 (Mexico) (individual) [SDNTK].

"NICE LIZHI" (a.k.a. LIU, Lizhi (Chinese Simplified: 刘理志); a.k.a. "ENJOYGANZHOU"; a.k.a. "LIU, Steve"; a.k.a. "LIU, Steven"; a.k.a. "NICELIZHI"; a.k.a. "XXL4"), No. 2 Shaguo Group, Yangmei Village, Huangjin Ridge, Zhanggong District, Ganzhou, Jiangxi, China; Lianhang Road, No. 1698, 5 Building, Pujiang Town, Minxing District, Shanghai, China; Lulian Road, 100 Alley, No. 5, Room 1202, Pujiang Town, Minxing District, Shanghai, China; Puxinggong Road, 9688, Alley No. 5, Haiwan Town, Fengxian District, Shanghai, China; DOB

13 Nov 1984; POB Zhanggong District, Ganzhou, Jiangxi, China; nationality China; Gender Male; National ID No. 36070219841113373X (China) (individual) [CYBER3] (Linked To: FUNNULL TECHNOLOGY INC).

"NICELIZHI" (a.k.a. LIU, Lizhi (Chinese Simplified: 刘理志); a.k.a. "ENJOYGANZHOU"; a.k.a. "LIU, Steve"; a.k.a. "LIU, Steven"; a.k.a. "NICE LIZHI"; a.k.a. "XXL4"), No. 2 Shaguo Group, Yangmei Village, Huangjin Ridge, Zhanggong District, Ganzhou, Jiangxi, China; Lianhang Road, No. 1698, 5 Building, Pujiang Town, Minxing District, Shanghai, China; Lulian Road, 100 Alley, No. 5, Room 1202, Pujiang Town, Minxing District, Shanghai, China; Puxinggong Road, 9688, Alley No. 5, Haiwan Town, Fengxian District, Shanghai, China; DOB 13 Nov 1984; POB Zhanggong District, Ganzhou, Jiangxi, China; nationality China; Gender Male; National ID No. 36070219841113373X (China) (individual) [CYBER3] (Linked To: FUNNULL TECHNOLOGY INC).

"NICICO" (a.k.a. NATIONAL IRANIAN COPPER INDUSTRIES COMPANY; a.k.a. NATIONAL IRANIAN COPPER INDUSTRIES PUBLIC JOINT STOCK), Next to Saei Park, Block No. 2161, Vali Asr Avenue, Tehran, Iran; PO Box 15115-416, Tehran, Iran; Website www.nicico.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 15957 (Iran) [IRAN-EO13871].

"NICKEL KIMBALL" (a.k.a. KIMSUKY; a.k.a. "APT43"; a.k.a. "ARCHIPELAGO"; a.k.a. "BLACK BANSHEE"; a.k.a. "EMERALD SLEET"; a.k.a. "THALLIUM"; a.k.a. "VELVET CHOLLIMA"), Korea, North; Website onerearth.xyz; alt. Website sovershopp.online; alt. Website mofa.lat; alt. Website janskinmn.lol; alt. Website supermeasn.lat; alt. Website bookstarrtion.online; alt. Website cdredos.site; alt. Website scemsal.site; alt. Website somelmark.store; Email Address hongsiao@naver.com; alt. Email Address teriparl25@gmail.com; alt. Email Address seanchung.hanvoice@hotmail.com; alt. Email Address pkurui9999@gmail.com; alt. Email Address ssdkfdlsfd@gmail.com; alt. Email Address haris2022100@outlook.com; alt. Email Address bing2020@outlook.kr; alt. Email Address marksigal1001@gmail.com; alt. Email Address donghyunkim1010@gmail.com; alt. Email Address hong_xiao@naver.com; alt.

Email Address sm.carls0000@gmail.com; alt. Email Address kennedypamla@gmail.com; alt. Email Address ds1kdie@aol.com; alt. Email Address ds1kde@daum.net; alt. Email Address yoon.dasl@yahoo.com; alt. Email Address syshim10@mofa.lat; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

"NICO" (a.k.a. NAFT IRAN INTERTRADE COMPANY LTD; a.k.a. NAFTIRAN INTERTRADE CO. LIMITED; a.k.a. NAFTIRAN INTERTRADE COMPANY; a.k.a. NAFTIRAN INTERTRADE COMPANY LTD), 41, 1st Floor, International House, The Parade, St Helier JE2 3QQ, Jersey; Petro Pars Building, Saadat Abad Ave, No 35, Farhang Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] (Linked To: NIOC INTERNATIONAL AFFAIRS (LONDON) LIMITED).

"NICO" (a.k.a. NAFTIRAN INTERTRADE CO. SARL), 6, Avenue de la Tour-Haldimand, Pully, VD 1009, Switzerland; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

"NICO" (a.k.a. BARRERA MEDRANO, Nicandro; a.k.a. BARRERA MENDOZA, Nicandro; a.k.a. BARRERA, Nicandro; a.k.a. BARRERA, Robert; a.k.a. NICANDRO, Barrera Mendoza; a.k.a. "CHAPARRO"; a.k.a. "CHATO"; a.k.a. "EL NICA"; a.k.a. "EL NICE"; a.k.a. "EL NICO"; a.k.a. "NICA"), c/o Purepecha Trucking Co., Uruapan, Michoacan, Mexico; DOB 02 Nov 1964; POB Michoacan, Mexico; citizen Mexico; C.U.R.P. BAMN641102HMNRDC02 (Mexico) (individual) [SDNTK].

"NICOLAS" (a.k.a. MORENO TUBERQUIA, Carlos Antonio); DOB 30 Apr 1977; POB Monteria, Cordoba, Colombia; citizen Colombia; Cedula No. 11002975 (Colombia) (individual) [SDNTK].

"NICOLINO" (a.k.a. PANARO, Nicola); DOB 12 Sep 1968; POB Casal di Principe, Italy (individual) [TCO].

"NIEVESYPALETASEVI" (a.k.a. NIEVES Y PALETAS EVI), Boulevard San Angel 3270, Estrella Nueva Galicia, San Benito, Culiacan, Sinaloa 80280, Mexico; Culiacan, Sinaloa, Mexico; Pueblos Unidos, Sinaloa, Mexico; Tacuichamona, Sinaloa, Mexico; Organization Established Date 09 Sep 2019; Organization Type: Retail sale of food in specialized stores

[ILLICIT-DRUGS-EO14059] (Linked To: LARRANAGA HERRERA, Jesus Norberto; Linked To: LIZARRAGA SANCHEZ, Karla Gabriela).

"NII ELPA AO" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT ELPA S OPYTNYM PROIZVODSTVOM; a.k.a. ELPA RESEARCH INSTITUTE AND PILOT LINE JOINT STOCK COMPANY), Pr-Kt Panfilovskii D. 10, Zelenograd 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735064772 (Russia); Registration Number 1027739098760 (Russia) [RUSSIA-EO14024].

"NII SVT PAO" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT SREDSTV VYCHISLITELNOI TEKHNIKI; a.k.a. "AO NII SVT"), Ul. Melnichnaya D. 31, Kirov 610025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4345309407 (Russia); Registration Number 1114345026784 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

"NII-2" (a.k.a. CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ); a.k.a. CRIMINALISTICS INSTITUTE OF THE CENTER FOR SPECIAL TECHNOLOGY OF THE FSB OF RUSSIA (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ЦЕНТРА СПЕЦИАЛЬНОЙ ТЕХНИКИ ФСБ РОССИИ); a.k.a. FSB CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ФСБ); a.k.a. FSB SPECIAL TECHNOLOGY CENTER'S INSTITUTE OF CRIMINOLOGY; a.k.a. INSTITUT KRIMINALISTIKI; a.k.a. MILITARY UNIT 34435; a.k.a. RESEARCH INSTITUTE - 2), Akademika Vargi Street 2, Moscow, Russia [NPWMD].

"NIIHIT" (a.k.a. AKTSIONERNOE OBSHCHESTVO NIIKHIT; a.k.a. NAUCHNO ISSLEDOVATELSKI INSTITUT KHIMICHESKIKH ISTOCHNIKOV TOKA AKTSIONERNOE OBSHCHESTVO; a.k.a. NIIHIT 2 JOINT STOCK COMPANY), Ul. Im. Ordzhonikidze GK D.11 A, Saratov 410015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6451118983 (Russia); Registration Number 1026402485636 (Russia) [RUSSIA-EO14024].

"NIIIT" (a.k.a. RIIT LTD), ul. Kulakova d. 20, str. 1G, pom. XIV et 3, kom 10, 11, 52-57, Moscow 123592, Russia; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Organization Established Date 23 Apr 2013; Tax ID No. 7731481013 (Russia); Registration Number 5147746189014 (Russia) [RUSSIA-EO14024].

"NIITM" (a.k.a. OJSC SCIENTIFIC RESEARCH INSTITUTE OF PRECISION MECHANICAL ENGINEERING; a.k.a. RESEARCH INSTITUTE OF PRECISION MACHINE MANUFACTURING; a.k.a. SCIENTIFIC AND RESEARCH INSTITUTE OF PRECISION ENGINEERING), 10 Panfilovsky avenue, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735043966 (Russia) [RUSSIA-EO14024].

"NIMEX" (a.k.a. AL-HAMMADI TRADING, SHIPPING, AND CLEARANCE CO., LTD.; a.k.a. AL-NASR COMPANY FOR GENERAL TRADING; a.k.a. NASR AL-HAMMADI SHIPPING AND CUSTOMS CLEARANCE AND PUBLIC TRADE COMPANY), Yiwu Logistics Center, 4th Floor, 498 Chemical Road, Yiwu, Zhejiang, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2019 [SDGT] (Linked To: ANSARALLAH).

"NIMR IRAQ BRANCH" (a.k.a. NIMR INTERNATIONAL L.L.C.), Office No. 1, 5th Floor, Al Nadha Towers 2, Ghala Industrial Area, Muscat, Oman; 501 Al Nadha Towers 2, Building 220 Way No 5007, Muscat, Oman; PO Box 254, Muscat, Oman; Hayy al Fayha' -al Amin al Dakhili Dur al Dubat. Building number 44/234, Locality No. 445, Ally No. 46, Section House No. 44/3, Third floor, Office, Basrah Province, Iraq; Dubai, United Arab Emirates; Port Um Qasr, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 1037675 (Oman); alt. Business Registration Number 5670 (Iraq) [SDGT] (Linked To: AL HABSI, Mahmood Rashid Amur).

"Nini" (a.k.a. PEREZ SALAS, Nestor Isidro; a.k.a. "Chicken Little"; a.k.a. "GARCIA, Nestor Isidro"), Mexico; DOB 09 Mar 1992; POB Baja California, Mexico; nationality Mexico; Gender Male; C.U.R.P. PESN920309HBCRLS03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"NINO GUERRERO" (Latin: "NIÑO GUERRERO") (a.k.a. GUERRERO FLORES, Hector Rusthenford), Venezuela; DOB 30 May 1983; POB Maracay, Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. V-17367457 (Venezuela) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

"NINTUTU" (a.k.a. TURASHEV, Igor Olegovich; a.k.a. "ENKI"), Russia; DOB 15 Jun 1981; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: EVIL CORP).

"NIPC" (a.k.a. NATIONAL PETROCHEMICAL COMPANY; a.k.a. THE NATIONAL PETROCHEMICAL COMPANY; a.k.a. "NPC"), No. 104, North Sheikh Bahaei Blvd., Molla Sadra Ave., Tehran, Iran; No 144, North Sheikh Bahayi Avenue, Mulla Sadra Street, Vanak Square, Tehran, Iran; P.O. Box 19395-6896, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9614 (Iran); all offices worldwide [IRAN] [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

"NIRA" (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRA ARMY COUNCIL; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. NEW IRISH REPUBLICAN ARMY; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. "NEW IRA"; a.k.a. "REAL IRA"; a.k.a. "RIRA"), Ireland; Northern Ireland, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"Nitr0jen" (a.k.a. AHMADZADEGAN, Sadegh; a.k.a. "el_nitr0jen"; a.k.a. "Nitr0jen26"); DOB 27 Oct 1992; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2].

"Nitr0jen26" (a.k.a. AHMADZADEGAN, Sadegh; a.k.a. "el_nitr0jen"; a.k.a. "Nitr0jen"); DOB 27 Oct 1992; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2].

"NITRIK, Hamza" (a.k.a. BREIHMATT, Salem ould; a.k.a. OULD ABED, Cheikh ould

Mohamed Saleck; a.k.a. "Abu Hamza al-Shanqiti"; a.k.a. "Abu Hamza al-Shinqiti"; a.k.a. "Hamza al-Mauritani"), Mali; DOB 1984; alt. DOB 1978; POB Mauritania; nationality Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

"NMR" (a.k.a. DEN NORSKE MOTSTANDSBEVEGELSEN; a.k.a. FINNISH RESISTANCE MOVEMENT; a.k.a. NORDIC RESISTANCE MOVEMENT; a.k.a. NORDISKA MOTSTANDSRORELSEN (Latin: NORDISKA MOTSTÅNDSRÖRELSEN); a.k.a. NORWEGIAN RESISTANCE MOVEMENT; a.k.a. NRM-NORWAY; a.k.a. SUOMEN VASTARINTALIIKE; a.k.a. SVENSKA MOTSTANDSRORELSEN (Latin: SVENSKA MOTSTÅNDSRÖRELSEN); a.k.a. SWEDISH RESISTANCE MOVEMENT; a.k.a. "KOHTI VAPAUTTA!"; a.k.a. "NRM"; a.k.a. "NRM-FINLAND"; a.k.a. "NRM-SWEDEN"; a.k.a. "SMR"), Sweden; Norway; Denmark; Finland; Iceland; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1997 [SDGT].

"NMZ" (a.k.a. LLC NIZHNEKAMSK MECHANICAL PLANT), Ter. Promzona ZD. 32, Office 1, Nizhnekamsk 423570, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1651091698 (Russia); Registration Number 1221600057150 (Russia) [RUSSIA-EO14024].

"NN DEVELOPMENT OOO" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NN DEVELOPMENT), Ul. Testovskaya D. 10, Office 19-35, Floor 19, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9703033366 (Russia); Registration Number 1217700200343 (Russia) [RUSSIA-EO14024].

"NN TEKHNICHESKIE SERVISY" (a.k.a. LIMITED LIABILITY COMPANY NORNIKEL TECHNICAL SERVICES; a.k.a. LLC NN TECHNICAL SERVICES), d. 11 litera A kom. 391, prospekt Grazhdanski, St. Petersburg 195220, Russia; Promyshlennaya Zona OOO Norilskgeologiya D.1, Norilsk 663330, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

2457063268 (Russia); Registration Number 1062457033770 (Russia) [RUSSIA-EO14024].

"NNP" (a.k.a. NICARAGUAN NATIONAL POLICE; a.k.a. POLICIA NACIONAL DE NICARAGUA), Centro Comercial Metrocentro, 2 Cuadras al Este, Edificio Faustino Ruiz (Plaza el Sol), Managua, Nicaragua [NICARAGUA] [NICARAGUA-NHRAA].

"NO, Kwang Chol" (a.k.a. RO, Kwang Chol (Korean: 노광철); a.k.a. "RO, Gwang Chol"), Korea, North; DOB 22 Aug 1958; POB Nampo, Pyongannam-Do, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Minister of the Ministry of People's Armed Forces (individual) [DPRK2].

"Noni" (a.k.a. PICADO GRIJALBA, Jordie Kevin), Limon, Costa Rica; DOB 19 May 1993; nationality Costa Rica; Gender Male; Cedula No. 702200042 (Costa Rica) (individual) [ILLICIT-DRUGS-EO14059].

"NOOR" (a.k.a. AL-DAGMA, Aschraf), Clemens-August Strasse 10, Kolpinghaus, Beckum 59269, Germany; Leipziger Strasse 64, Altenburg 04600, Germany; DOB 28 Apr 1969; POB Abasan, Gaza Strip; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; nationality possibly Palestinian;arrested 23 Apr 2002 (individual) [SDGT].

"NOPO" (Arabic: "نوپو") (a.k.a. IRANIAN SPECIAL POLICE FORCES; a.k.a. IRAN'S COUNTER-TERROR SPECIAL FORCES; a.k.a. NIROO-YE VIZHE PASDAR-E VELAYAT; a.k.a. SUPREME LEADER'S GUARDIAN SPECIAL FORCES; a.k.a. "PROVINCIAL SPECIAL FORCES"; a.k.a. "SPECIAL COUNTER-TERRORISM FORCE"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES).

"NORD PROJECT" (a.k.a. LLC TC NORD PROJECT; a.k.a. NORD PROJECT LLC TRANSPORT COMPANY; a.k.a. TC NORD PROJECT; a.k.a. TK NORD PROJECT; a.k.a. "LLC NORD PROJECT"), Office 410, 47 Uritskogo St, Arkhangelsk 163060, Russia; Office 335H, Liter A, Prospekt Leninskiy 153, St. Petersburg 196247, Russia; Office 308, House 71 Korpus 1, Naberezhnaya Severnoy

Dviny, Arkhangelsk 163069, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2901201732 (Russia); Identification Number IMO 5825809 [RUSSIA-EO14024].

"NORTH STAR" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SEVERNAYA ZVEZDA; a.k.a. OOO SEVERNAIA ZVEZDA; a.k.a. SEVERNAYA ZVEZDA LIMITED LIABILITY COMPANY (Cyrillic: СЕВЕРНАЯ ЗВЕЗДА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); a.k.a. "LLC NORTHERN STAR"), zd. 31 etzah 2 kom. 44, 45, ul. Sovetskaya, Dudinka 647000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Oct 2006; Tax ID No. 2457062730 (Russia); Government Gazette Number 97616736 (Russia); Registration Number 1062457033022 (Russia) [RUSSIA-EO14024] (Linked To: ARCTIC ENERGY GROUP LIMITED LIABILITY COMPANY).

"NORTHEAST CARTEL" (a.k.a. CARTEL DEL NORESTE; a.k.a. "CDN"; a.k.a. "LOS ZETAS"), Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [SDNTK] [FTO] [SDGT] [TCO] [ILLICIT-DRUGS-EO14059].

"NOVA PROJECT LLC" (a.k.a. OBSHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU NOVA PROEKT), Str. Ibraimova 115, Bishkek 720001, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Aug 2022; Tax ID No. 00908202210145 (Kyrgyzstan); Registration Number 31556688 (Kyrgyzstan) [RUSSIA-EO14024].

"NOVAK OOO" (a.k.a. NOVGORODSKAYA AKKUMULYATORNAYA KOMPANIYA), Ul. Severnaya 15, Velikiy Novgorod 173008, Russia; Ul. Rabochaya D. 55, K.1, Velikiy Novgorod 173008, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5321073271 (Russia); Registration Number 1025300786060 (Russia) [RUSSIA-EO14024].

"NOYFOX AS LTD." (a.k.a. GLOBAL KEY LIMITED LIABILITY COMPANY; a.k.a. "GLOBAL KEI"), Ul. Ivana Fomina D. 6, Lit. B, Pomeshch. 402A, 402B, Saint Petersburg 194295, Russia; Website global-key.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization

Established Date 18 Aug 2015; Tax ID No. 7802536470 (Russia); Registration Number 1157847282119 (Russia) [RUSSIA-EO14024].

"NPC" (a.k.a. NATIONAL PETROCHEMICAL COMPANY; a.k.a. THE NATIONAL PETROCHEMICAL COMPANY; a.k.a. "NIPC"), No. 104, North Sheikh Bahaei Blvd., Molla Sadra Ave., Tehran, Iran; No 144, North Sheikh Bahayi Avenue, Mulla Sadra Street, Vanak Square, Tehran, Iran; P.O. Box 19395-6896, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9614 (Iran); all offices worldwide [IRAN] [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

"NPK EOMS" (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC PRODUCTION COMPANY ELECTRONIC OPTICAL AND MECHANICAL SYSTEMS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТВЕННОСТЬЮ НАУЧНО ПРОИЗВОДСТВЕННЫЙ КОМПЛЕКС ЭЛЕКТРОННЫЕ ОПТИЧЕСКИЕ И МЕХАНИЧЕСКИЕ СИСТЕМЫ); a.k.a. "LLC NPC EOMS" (Cyrillic: "ООО НПК ЭОМС")), d. 1, str. 17, etazh/komnata 2/1, shosse Varshavskoe, Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726401559 (Russia); Registration Number 1177746419960 (Russia) [RUSSIA-EO14024].

"NPK EXPERT" (a.k.a. RSV-EKSPERT OOO; a.k.a. "EKSPERT"), ul. Voskhod d. 26/1, kabinet 101, Novosibirsk 630102, Russia; Festivalnaya d. 41, k. 2, 1 etazh, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5405979190 (Russia); Registration Number 1165476124395 (Russia) [RUSSIA-EO14024].

"NPO IZHBS" (a.k.a. IZHEVSK UNMANNED SYSTEMS RESEARCH AND PRODUCTION ASSOCIATED LIMITED LIABILITY COMPANY; f.k.a. IZHMASH-UNMANNED SYSTEMS COMPANY; a.k.a. LLC RESEARCH AND PRODUCTION ASSOCIATION IZHBS; a.k.a. OOO NAUCHNO-PROIZVODSTVENNOYE OBYEDINENIYE IZHEVSKIYE BESPILOTNYE SISTEMY (Cyrillic: ООО НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ИЖЕВСКИЕ БЕСПИЛОТНЫЕ СИСТЕМЫ); a.k.a. "OOO NPO IZHBS"), Ordzhonikidze St., 2, Izhevsk, Udmurtia 426063, Russia (Cyrillic: УЛ. ОРДЖОНИКДЗЕ, Д. 2, ИЖЕВСК,

УДМУРТСКАЯ РЕСПУБЛИКА 426063, Russia); Website www.izh-bs.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Oct 2006; Target Type Private Company; Tax ID No. 1831117433 (Russia) [RUSSIA-EO14024].

"NPO KM PROMETEI" (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION OF STRUCTURAL MATERIALS PROMETEY; a.k.a. LLC SCIENTIFIC AND PRODUCTION ASSOCIATION OF STRUCTURAL MATERIALS PROMETHEUS), Ul. Ivana Chernykh D. 31-33, Lit. B, Office 519, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7838431079 (Russia); Registration Number 1097847247530 (Russia) [RUSSIA-EO14024].

"NPO STRELA" (a.k.a. PAO NAUCHNO PROIZVODSTVENNOE OBEDINENIE STRELA; a.k.a. PJSC RESEARCH AND PRODUCTION ASSOCIATION STRELA; a.k.a. PJSC SPA STRELA; a.k.a. PUBLIC JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION STRELA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE STRELA; a.k.a. "PAO NPO STRELA"; a.k.a. "SPA STRELA"), 6 Maxim Gorky Street, Tula 300002, Russia; 2 Arsenalnaya Street, Tula 300002, Russia; 6 M. Gorkogo ul., Tula 300002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7103028233 (Russia); Registration Number 1027100517256 (Russia) [RUSSIA-EO14024].

"NPO VS" (a.k.a. NAUCHNO PROIZVODSTVENNOE OBYEDINENIE VYCHISLITELNYKH SISTEM; a.k.a. SCIENTIFIC PRODUCTION ASSOCIATION COMPUTING SYSTEMS), Ul. Zhurnalistov D. 30, Pom. 2, Kazan 420088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1660093042 (Russia); Registration Number 1061686077298 (Russia) [RUSSIA-EO14024].

"NPP ADVENT" (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC PRODUCTION COMPANY ADVENT), Nab. Obvodnogo Kanala D. 227, Korpus 1, Saint Petersburg 190020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

7839348320 (Russia); Registration Number 1069847569714 (Russia) [RUSSIA-EO14024].

"NPP AME" (a.k.a. JOINT STOCK COMPANY SCIENCE AND PRODUCTION ENTERPRISE AIR AND MARINE ELECTRONICS; a.k.a. JSC SPE AME), d. 29 litera O pom. 7-N ofis 70, ul. Marshala Govorova, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7819029855 (Russia); Registration Number 1037841007896 (Russia) [RUSSIA-EO14024].

"NPP CONTACT" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE KONTAKT; a.k.a. AO NPP KONTAKT; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE KONTAKT; a.k.a. JSC SPE KONTAKT), 1, Ul. Spitsyna, Saratov, Saratovskaya Oblast 410086, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Dec 1991; Tax ID No. 6453097665 (Russia); Government Gazette Number 07619636 (Russia); Registration Number 1086453000567 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

"NPP GERAN" (a.k.a. GRAN SCIENTIFIC AND PRODUCTION ASSOCIATION; a.k.a. LIMITED LIABILITY COMPANY NAUCHNO PROIZVODSTVENNOE OBYEDINENIE GRAN; a.k.a. NAUCHNO PROIZVODSTVENNOE OBYEDINENIE GRAN; a.k.a. NPO GRAN; a.k.a. "LIMITED LIABILITY COMPANY GRAN"), PR-KT Lenina, D. 21V, Office 516/8, Chelyabinsk 454090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7451461159 (Russia); Registration Number 1227400042264 (Russia) [RUSSIA-EO14024].

"NPP KLASS" (a.k.a. JOINT STOCK COMPANY CLASS), Sh. Entuziastov, D 56, Str. 21, Moscow 111123, Russia; Ul. Sovetskaya D. 3, Floor 2, Kom. 2, Lukhovitsy 140501, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724032017 (Russia); Registration Number 1027700450975 (Russia) [RUSSIA-EO14024].

"NPP/CPP" (a.k.a. COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. NEW PEOPLE'S ARMY; a.k.a. NEW PEOPLE'S ARMY / COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. NPA; a.k.a. "CPP"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 [FTO] [SDGT].

"NPPD" (a.k.a. NUCLEAR POWER PRODUCTION AND DEVELOPMENT COMPANY OF IRAN; a.k.a. NUCLEAR POWER PRODUCTION AND DEVELOPMENT HOLDING COMPANY), No. 8, Tandis St., Africa Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"NRCAM" (a.k.a. AGRICULTURAL, MEDICAL, AND INDUSTRIAL RESEARCH CENTER; a.k.a. KARAJ NUCLEAR RESEARCH CENTER FOR AGRICULTURE AND MEDICINE; f.k.a. NUCLEAR RESEARCH CENTER FOR AGRICULTURE AND MEDICINE; a.k.a. "AMIRC"), Karaj, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE).

"NRM" (a.k.a. DEN NORSKE MOTSTANDSBEVEGELSEN; a.k.a. FINNISH RESISTANCE MOVEMENT; a.k.a. NORDIC RESISTANCE MOVEMENT; a.k.a. NORDISKA MOTSTANDSRORELSEN (Latin: NORDISKA MOTSTÅNDSRÖRELSEN); a.k.a. NORWEGIAN RESISTANCE MOVEMENT; a.k.a. NRM-NORWAY; a.k.a. SUOMEN VASTARINTALIIKE; a.k.a. SVENSKA MOTSTANDSRORELSEN (Latin: SVENSKA MOTSTÅNDSRÖRELSEN); a.k.a. SWEDISH RESISTANCE MOVEMENT; a.k.a. "KOHTI VAPAUTTA!"; a.k.a. "NMR"; a.k.a. "NRM-FINLAND"; a.k.a. "NRM-SWEDEN"; a.k.a. "SMR"), Sweden; Norway; Denmark; Finland; Iceland; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1997 [SDGT].

"NRM-FINLAND" (a.k.a. DEN NORSKE MOTSTANDSBEVEGELSEN; a.k.a. FINNISH RESISTANCE MOVEMENT; a.k.a. NORDIC RESISTANCE MOVEMENT; a.k.a. NORDISKA MOTSTANDSRORELSEN (Latin: NORDISKA MOTSTÅNDSRÖRELSEN); a.k.a. NORWEGIAN RESISTANCE MOVEMENT; a.k.a. NRM-NORWAY; a.k.a. SUOMEN VASTARINTALIIKE; a.k.a. SVENSKA MOTSTANDSRORELSEN (Latin: SVENSKA MOTSTÅNDSRÖRELSEN); a.k.a. SWEDISH RESISTANCE MOVEMENT; a.k.a. "KOHTI VAPAUTTA!"; a.k.a. "NMR"; a.k.a. "NRM"; a.k.a. "NRM-SWEDEN"; a.k.a. "SMR"), Sweden; Norway; Denmark; Finland; Iceland;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1997 [SDGT].

"NRM-SWEDEN" (a.k.a. DEN NORSKE MOTSTANDSBEVEGELSEN; a.k.a. FINNISH RESISTANCE MOVEMENT; a.k.a. NORDIC RESISTANCE MOVEMENT; a.k.a. NORDISKA MOTSTANDSRORELSEN (Latin: NORDISKA MOTSTÅNDSRÖRELSEN); a.k.a. NORWEGIAN RESISTANCE MOVEMENT; a.k.a. NRM-NORWAY; a.k.a. SUOMEN VASTARINTALIIKE; a.k.a. SVENSKA MOTSTANDSRORELSEN (Latin: SVENSKA MOTSTÅNDSRÖRELSEN); a.k.a. SWEDISH RESISTANCE MOVEMENT; a.k.a. "KOHTI VAPAUTTA!"; a.k.a. "NMR"; a.k.a. "NRM"; a.k.a. "NRM-FINLAND"; a.k.a. "SMR"), Sweden; Norway; Denmark; Finland; Iceland; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1997 [SDGT].

"NS DIGITAL" (a.k.a. LIMITED LIABILITY COMPANY NEFTGAZISSLEDOVANIYE; a.k.a. LIMITED LIABILITY COMPANY NGI), 5 ul. Neftyanikov, Dobryanka 618703, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5904352492 (Russia); Registration Number 1175958027959 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEFTSERVICEHOLDING).

"NSD" (a.k.a. NATIONAL SETTLEMENT DEPOSITORY; a.k.a. NCO JSC NSD; a.k.a. NKO AO NRD (Cyrillic: НКО АО НРД); a.k.a. NON-BANK CREDIT INSTITUTION JOINT STOCK COMPANY NATIONAL SETTLEMENT DEPOSITORY (Cyrillic: НЕБАНКОВСКАЯ КРЕДИТНАЯ ОРГАНИЗАЦИЯ АКЦИОНЕРНОЕ ОБЩЕСТВО НАЦИОНАЛЬНЫЙ РАСЧЕТНЫЙ ДЕПОЗИТАРИЙ)), 12, Spartakovskaya St., Moscow 105066, Russia; SWIFT/BIC MICURUMM; alt. SWIFT/BIC NADCRUMM; Website www.nsd.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 27 Jun 1996; Tax ID No. 7702165310 (Russia); Legal Entity Number 253400M18U5TB02TW421; Registration Number 1027739132563 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"NSG OOO" (a.k.a. INDEPENDENT INSURANCE GROUP LTD; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA NEZAVISIMAYA STRAKHOVAYA GRUPPA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТРАХОВАЯ КОМПАНИЯ НЕЗАВИСИМАЯ СТРАХОВАЯ ГРУППА)), Vspolniy Pereulok 18, bldg. 2, Moscow 123001, Russia; Website www.nsg-ins.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 03 Mar 2003; Tax ID No. 7716227728 (Russia); Government Gazette Number 14139641 (Russia); Registration Number 1037716006360 (Russia) [RUSSIA-EO14024].

"NSTRI" (a.k.a. NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH CENTER; a.k.a. NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE; a.k.a. NUCLEAR SCIENCES AND TECHNOLOGIES RESEARCH INSTITUTE; a.k.a. RESEARCH INSTITUTE OF NUCLEAR SCIENCE AND TECHNOLOGY), North Kargar Street, Tehran, Iran; North Kargar Ave., Tehran, Iran; Website https://nstri.aeoi.org.ir/; alt. Website https://nstri.ir/; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"NTF LTD" (a.k.a. LIMITED LIABILITY COMPANY NEVA TOOL FACTORY; a.k.a. SOCIETY WITH LIMITED LIABILITY NEVA TOOL FACTORY), PR-D 3-I Rybatskii D. 3, Lit. A, Pomeshch. 56.1, Saint Petersburg 192177, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811540183 (Russia); Registration Number 1129847035009 (Russia) [RUSSIA-EO14024].

"NTTS ANK" (a.k.a. TECHNOLOGY RESEARCH CENTRE ANK LTD), Per. Zelenkov D. 9, Lit. D, Pomeshch. 32,33, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810398914 (Russia); Registration Number 1157847438781 (Russia) [RUSSIA-EO14024].

"NUHR" (a.k.a. ZERFAOUI, Ahmad; a.k.a. "ABDALLA"; a.k.a. "ABDULLAH"; a.k.a. "ABU CHOLDER"; a.k.a. "ABU KHAOULA"; a.k.a. "SMAIL"); DOB 15 Jul 1963; POB Chrea, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"NURIN COMPANY" (a.k.a. AL-OSAMA TRADING CO. LTD.; a.k.a. AL-'USAMA TRADING COMPANY; a.k.a. ASYAF GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING & INVESTMENT; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING AND INVESTMENT; a.k.a. DAN ISDICO; a.k.a. M/S OSAMA KHAIRY HAFEZ TRADING EST.; a.k.a. OSAMA TRADING COMPANY LTD; a.k.a. "AL-'USAMAH COMPANY"; a.k.a. "ASAMA COMMERCIAL COMPANY"; a.k.a. "ASAMA COMPANY"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; 504 & 7102, Ibrahim Shakir Building, Hail Street Rowais, Near Caravan Center, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah, Saudi Arabia; Riyadh 14213, Saudi Arabia; Dammam, Saudi Arabia; Al Kharaj, Saudi Arabia; Qasim, Saudi Arabia; Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-AGHA, Abu Ubaydah Khayri Hafiz; Linked To: HAMAS).

"NURJAMAN" (a.k.a. ISAMUDDIN, Nurjaman Riduan; a.k.a. ISOMUDDIN, Riduan; a.k.a. NURJAMAN, Encep; a.k.a. "HAMBALI"), Guantanamo Bay detention center, Cuba; DOB 04 Apr 1964; alt. DOB 01 Apr 1964; POB Cianjur, West Java, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"NYALUALGO, Koang" (a.k.a. BIEL, Gordon Koang; a.k.a. BIEL, Gordon Koang Char; a.k.a. CHAR, Koang Biel), Koch County, Unity, South Sudan; Bentiu, Unity, South Sudan; DOB 1973 to 1975; POB Gany, South Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

"NYANGA, Hoth Gatluak" (a.k.a. HOTH, Gatluak Nyang), Mayendit County, Unity, South Sudan; DOB 1982; POB Dablual Village, Mayendit County, Unity, South Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

"NYEMBO" (a.k.a. KIMENYI, Gilbert; a.k.a. KIMENYI, Nyembo; a.k.a. UWIMBABAZI, Sebastien; a.k.a. "MANZI"), Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1968; POB Gatoki Cell, Murunda Sector, Rutsiro Commune, Kibuye Prefecture, Rwanda;

alt. POB Rutsiro District, Western Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO] (Linked To: FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA).

"NZERI" (a.k.a. NTAWUNGUKA, Pacifique; a.k.a. NTAWUNGULA, Pacifique; a.k.a. "COLONEL OMEGA"), Peti, Walikale, Masisi Border, Congo, Democratic Republic of the; DOB 01 Jan 1964; alt. DOB 1964; POB Gaseke, Gisenyi Province, Rwanda; Colonel; Commander of FDLR 1st Division (individual) [DRCONGO].

"NZSLP" (a.k.a. AO NIZHEGORODSKIY ZAVOD 70 LETIYA POBEDY; a.k.a. AO NZ 70 LETIYA POBEDY; a.k.a. JOINT STOCK COMPANY NIZHNY NOVGOROD PLANT OF THE 70TH ANNIVERSARY OF VICTORY; a.k.a. ZAVOD 70 LETIYA POBEDY), 21 Sormovskoe Highway, Nizhny Novgorod 603052, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5259113339 (Russia); Registration Number 1145259004296 (Russia) [RUSSIA-EO14024].

"O.I.I.C." (a.k.a. OIL INDUSTRY INVESTMENT COMPANY), No. 83, Sepahbod Gharani Street, Tehran, Iran; Website http://www.oiic-ir.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

"OAO 224 LO" (a.k.a. 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JSC THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. LYOTNY OTRYAD 224; a.k.a. OJSC GOSUDARSTVENNAYA AVIAKOMPANIYA 224 LETNY OTRYAD (Cyrillic: ОАО ГОСУДАРСТВЕННАЯ АВИАКОМПАНИЯ 224 ЛЕТНЫЙ ОТРЯД); a.k.a. TTF AIR HEAVY LIFTING; a.k.a. "224 FU JSC"; a.k.a. "224TH FLIGHT UNIT"), 10, Matrosskaya Tishina, B-14, POB-471, Moscow 107014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Oct 1971; Target Type State-Owned Enterprise; Tax ID No. 7718763393 (Russia); Registration Number 1097746281160 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

"OAO KZSK" (a.k.a. KAZAN SYNTHETIC RUBBER PLANT JSC; a.k.a. OTKRITOE AKTCIONERNOE OBSHESTVO KAZANSKIJ ZAVOD SINTETICHESKOGO KAUCHUKA; a.k.a. "JSC KZSK"), 1 Lebedeva Str., Kazan, Republic of Tatarstan 420054, Russia; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Organization Established Date 17 Jun 2002; Tax ID No. 1659032038 (Russia); Registration Number 1021603463485 (Russia) [RUSSIA-EO14024].

"OAO MMZ" (a.k.a. AKTSIONERNOE OBSHCHESTVO MARIYSKII MASHINOSTROITELNYI ZAVOD; a.k.a. JOINT STOCK COMPANY MARI MACHINE BUILDING PLANT; a.k.a. JSC MARI MACHINE BUILDING PLANT; a.k.a. MARI MACHINE BUILDING PLANT JSC; a.k.a. MARI MMZ; a.k.a. MARIYSKIY MACHINE-BUILDING PLANT OPEN JOINT STOCK COMPANY; a.k.a. OAO MARIYSKIY MASHINOSTROITELNYY ZAVOD; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO MARIYSKIY MASHINOSTROITELNYYZAVOD), 15, UL Suvorova 3, Yoshkar-Ola, Mary-EL 424003, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1200001885 (Russia) [RUSSIA-EO14024].

"OAO MYUZ" (Cyrillic: "ОАО МЮЗ") (a.k.a. MOSCOW JEWELRY FACTORY; a.k.a. OPEN JOINT STOCK COMPANY MOSKOVSKII YUVELIRNYI ZAVOD (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МОСКОВСКИЙ ЮВЕЛИРНЫЙ ЗАВОД); a.k.a. "MIUZ"), d. 5, ul. Nagatinskaya, Moscow 115533, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724181241 (Russia); Registration Number 1027700201902 (Russia) [RUSSIA-EO14024].

"OAO SKB PA" (a.k.a. JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF INSTRUMENT MAKING AND AUTOMATION; a.k.a. OPEN JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF INSTRUMENT ENGINEERING AND AUTOMATION; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SPETSIALNOE KONSTRUKTORSKOE BIURO PRIBOROSTROENIIA I AVTOMATIKI), 55 Krupskoi Street, Kovrov 601903, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3305016642 (Russia); Registration Number 1023301951045 (Russia) [RUSSIA-EO14024].

"OAO SNPS" (a.k.a. OJSC SYZRAN REFINERY; a.k.a. OPEN JOINT-STOCK OIL AND GAS COMPANY SYZRAN; a.k.a. SYZRAN REFINERY), 1 Astrakhanskaya st., Syzran, Samara region 446009, Russia; Moskvorechje street 105, Building 8, Moscow 115523, Russia; Email Address sekr@snpz.rosneft.ru; Executive

Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6325004584 (Russia); Registration Number 1026303056823 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

"OAO UK EPK" (a.k.a. OAO UPRAVLAYUSHAYA KOMPANIYA EPK; a.k.a. OPEN JOINT STOCK COMPANY EBC MANAGEMENT COMPANY), ul. Novoostapovskaya, d. 5, str. 14, et. 2, kom. 2, Moscow 115088, Russia; ul. Sharikopodshipnikovskaya, d. 13, str. 62, Moscow 115088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7723557068 (Russia); Registration Number 1057749391028 (Russia) [RUSSIA-EO14024].

"OAO VKBR" (a.k.a. OJSC VLADIMIR RADIO COMMUNICATIONS DESIGN BUREAU; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VLADIMIRSKOE KONSTRUKTORSKOE BYURO RADIOSVYAZI), Ul. Baturina D. 28, Vladimir 600017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3328412561 (Russia); Registration Number 1023301456826 (Russia) [RUSSIA-EO14024].

"OAO VNIIIR" (a.k.a. JOINT STOCK COMPANY ALL-RUSSIAN SCIENTIFIC RESEARCH DESIGN AND TECHNOLOGICAL INSTITUTE OF RELAY ENGINEERING WITH EXPERIMENTAL PRODUCTION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВСЕРОССИЙСКИЙ НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ПРОЕКТНО-КОНСТРУКТОРСКИЙ И ТЕХНОЛОГИЧЕСКИЙ ИНСТИТУТ РЕЛЕСТРОЕНИЯ С ОПЫТНЫМ ПРОИЗВОДСТВОМ); a.k.a. "JSC VNIIR" (Cyrillic: "АО ВНИИР")), Prospekt I.Ya.Yakovleva d. 4, Cheboksary 428024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2128001516 (Russia); Government Gazette

Number 00216823 (Russia); Registration Number 1022101131580 (Russia) [RUSSIA-EO14024] (Linked To: ASSET ELECTRO LLC).

"OAO VNIIKP" (a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VSEROSSIISKII NAUCHNO ISSLEDOVATELSKII PROEKTNO KONSTRUKTORSKII I TEKHNOLOGICHESKII INSTITUT KABELNOI PROMYSHLENNOSTI), Sh. Entuziastov D. 5, Moscow 111024, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722002521 (Russia); Registration Number 1027700273985 (Russia) [RUSSIA-EO14024].

"OAO ZID" (a.k.a. OJSC PLANT IM VA DEGTYAREVA; a.k.a. OPEN JOINT STOCK COMPANY VA DEGTYAREV PLANT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO ZAVOD IM VA DEGTIAREVA), 4 Truda St., Kovrov 601900, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3305004083 (Russia); Registration Number 1023301951397 (Russia) [RUSSIA-EO14024].

"OBAID, Maher" (a.k.a. OBAID, Maher Ribhi Nimr; a.k.a. OBEID, Maher bin Rebhi; a.k.a. OBEID, Maher bin Rebhi bin Namr; a.k.a. OBEID, Maher Rebhi; a.k.a. OBEID, Maher Rebhi Namr; a.k.a. "OBEID, Maher"), Beirut, Lebanon; Amman, Jordan; DOB 10 Mar 1958; POB Amman, Jordan; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

"OBAIDAH" (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"OBEID, Maher" (a.k.a. OBAID, Maher Ribhi Nimr; a.k.a. OBEID, Maher bin Rebhi; a.k.a. OBEID, Maher bin Rebhi bin Namr; a.k.a. OBEID, Maher Rebhi; a.k.a. OBEID, Maher Rebhi Namr; a.k.a. "OBAID, Maher"), Beirut,

Lebanon; Amman, Jordan; DOB 10 Mar 1958; POB Amman, Jordan; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

"O'BRIEN, Christopher" (a.k.a. KINAHAN, Christopher Vincent; a.k.a. "KINAHAN SENIOR, Christy"; a.k.a. "THE DAPPER DON"), Dubai, United Arab Emirates; Calle Muntaner 325, Planta 6, 4, Barcelona 08021, Spain; Calle Los Geranios, Villa Indelo N 244, San Pedro De Alcantara, Marbella, Spain; Urbanizacion Torre Bermeja, N 1501, Estepona, Spain; DOB 23 Mar 1957; alt. DOB 19 Nov 1952; alt. DOB 23 May 1957; POB Cabra, Ireland; alt. POB Perivale, Middlesex, United Kingdom; alt. POB London, United Kingdom; alt. POB Dublin, Ireland; nationality Ireland; citizen Ireland; Gender Male; Passport PD3265994 (Ireland); alt. Passport 094456153 (United Kingdom); alt. Passport 707265430 (United Kingdom); alt. Passport C181651D (United Kingdom); alt. Passport 701191749 (United Kingdom) (individual) [TCO] (Linked To: KINAHAN ORGANIZED CRIME GROUP).

"OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SMART BETTERIZ" (a.k.a. SMART BATTERIES), Proezd Zavoda Serp I Molot D. 3, Korp. 2, Et. 10, Kom. 1, Moscow 111250, Russia; Sh. Khoroshevskoe D. 32A, ET 4, POM.VIA, OF 415/2, Moscow 125284, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Maintenance and repair of motor vehicles; Tax ID No. 7714450590 (Russia); Registration Number 1197746509234 (Russia) [RUSSIA-EO14024].

"OCEAN STAR GIFT SHOP" (a.k.a. JING PIN INC.; a.k.a. "JING PIN CENTURY HOTEL"; a.k.a. "JING PIN INC. CHINA KITCHEN"; a.k.a. "JING PIN OCEAN STAR HOTEL"; a.k.a. "OCEAN STAR RESTAURANT"), P.O. Box 8064 Ngerbeched, Koror, Palau; Tax ID No. 015177 (Palau) [TCO] (Linked To: WANG, Guodan).

"OCEAN STAR RESTAURANT" (a.k.a. JING PIN INC.; a.k.a. "JING PIN CENTURY HOTEL"; a.k.a. "JING PIN INC. CHINA KITCHEN"; a.k.a. "JING PIN OCEAN STAR HOTEL"; a.k.a. "OCEAN STAR GIFT SHOP"), P.O. Box 8064 Ngerbeched, Koror, Palau; Tax ID No. 015177 (Palau) [TCO] (Linked To: WANG, Guodan).

"OCK" (a.k.a. JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION;

a.k.a. JSC UNITED SHIPBUILDING CORPORATION; a.k.a. UNITED SHIPBUILDING CORPORATION (Cyrillic: ОБЪЕДИНЕННАЯ СУДОСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. "JSC USC"; a.k.a. "OSK AO"), Ul. Marat, 90, St. Petersburg 191119, Russia; 11 Bolshaya Tatarskaya Str. Bld. B, Moscow 115184, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7838395215 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

"OCTOGLASS" (a.k.a. JOINT STOCK COMPANY OKTOGLASS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОКТОГЛАСС)), pom. II, etazh 23, d. 12, naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724402282 (Russia); Registration Number 1177746181249 (Russia) [RUSSIA-EO14024].

"ODK-UMPO PAO" (a.k.a. ODK-UMPO ENGINE BUILDING ASSOCIATION; a.k.a. ODK-UMPO ENGINE BUILDING ENTERPRISE; a.k.a. PAO ODK-UFIMSKOE MOTOROSTROITELNOE PROIZVODSTVENNOE OBEDINENIE (Cyrillic: ПАО ОДК-УФИМСКОЕ МОТОРОСТРОИТЕЛЬНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ); a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE MOTOROSTROITELNOYE PRODUCTION ASSOCIATION; a.k.a. UFA ENGINE BUILDING MANUFACTURING COMPANY; a.k.a. UFA ENGINE-MANUFACTURING COMPANY; a.k.a. UFIMSKOYE MOTOROSTROITELNOYE PROIZVODSTVENNOYE OBYEDINENIYE; a.k.a. UNITED ENGINE MANUFACTURING CORPORATION-UFA ENGINE BUILDING PRODUCTION ASSOCIATION PUBLIC JOINT STOCK CORPORATION; a.k.a. "ODK-UMPO"; a.k.a. "PJSC ODK-UMPO"), 2 Ferina St., UFA, Republic of Bashkortostan 450039, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0273008320 (Russia) [RUSSIA-EO14024].

"ODK-UMPO" (a.k.a. ODK-UMPO ENGINE BUILDING ASSOCIATION; a.k.a. ODK-UMPO ENGINE BUILDING ENTERPRISE; a.k.a. PAO ODK-UFIMSKOE MOTOROSTROITELNOE PROIZVODSTVENNOE OBEDINENIE (Cyrillic: ПАО ОДК-УФИМСКОЕ МОТОРОСТРОИТЕЛЬНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ); a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE MOTOROSTROITELNOYE PRODUCTION ASSOCIATION; a.k.a. UFA ENGINE BUILDING MANUFACTURING COMPANY; a.k.a. UFA ENGINE-MANUFACTURING COMPANY; a.k.a. UFIMSKOYE MOTOROSTROITELNOYE PROIZVODSTVENNOYE OBYEDINENIYE; a.k.a. UNITED ENGINE MANUFACTURING CORPORATION-UFA ENGINE BUILDING PRODUCTION ASSOCIATION PUBLIC JOINT STOCK CORPORATION; a.k.a. "ODK-UMPO PAO"; a.k.a. "PJSC ODK-UMPO"), 2 Ferina St., UFA, Republic of Bashkortostan 450039, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0273008320 (Russia) [RUSSIA-EO14024].

"Odnorukiy" (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAYEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"OFFICE 91" (a.k.a. LAZARUS GROUP; a.k.a. "APPLEWORM"; a.k.a. "APT-C-26"; a.k.a. "GROUP 77"; a.k.a. "GUARDIANS OF PEACE"; a.k.a. "HIDDEN COBRA"; a.k.a. "RED DOT"; a.k.a. "TEMP.HERMIT"; a.k.a. "THE NEW ROMANTIC CYBER ARMY TEAM"; a.k.a. "WHOIS HACKING TEAM"; a.k.a. "ZINC"), Potonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0x098B716B8Aaf21512996dC57EB0615e2383E2f96; alt. Digital Currency Address - ETH 0xa0e1c89Ef1a489c9C7dE96311eD5Ce5D32c20E4B; alt. Digital Currency Address - ETH 0x3Cffd56B47B7b41c56258D9C7731ABaDc360E073; alt. Digital Currency Address - ETH 0x53b6936513e738f44FB50d2b9476730C0Ab3Bfc1; alt. Digital Currency Address - ETH 0x35fB6f6DB4fb05e6A4cE86f2C93691425626d4b1; alt. Digital Currency Address - ETH 0xF7B31119c2682c88d88D455dBb9d5932c65Cf1bE; alt. Digital Currency Address - ETH 0x3e37627dEAA754090fBFbb8bd226c1CE66D255e9; alt. Digital Currency Address - ETH 0x08723392Ed15743cc38513C4925f5e6be5c17243; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"Ogundipe" (a.k.a. KAYIRA, Muhammad Mzee; a.k.a. MAHAMMAD, Kayiira; a.k.a. MUHAMADI, Kahira; a.k.a. MUHAMMAD, Kayiira; a.k.a. "Kaida"; a.k.a. "Karida"), Congo, Democratic Republic of the; DOB 1963 to 1969; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"Ohyeahhellno" (a.k.a. VOLOSOVIK, Aleksandr Aleksandrovich; a.k.a. "podzemniy1"; a.k.a. "Yalishanda"), St. Petersburg, Russia; DOB 30 Jan 1983; POB USSR; nationality Russia; citizen Russia; Gender Male; Digital Currency Address - XBT 18dLDAWi8LmrHbEq3QzDJb9SLxCf4uimXB; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 762988138 (Russia) issued 01 Apr 2020 expires 01 Apr 2030; Tax ID No. 253609232850 (Russia) (individual) [CAATSA-RUSSIA] [CYBER4].

"OIL ENERGY" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OIL ENERDZHI; a.k.a. OIL ENERDZHI LIMITED LIABILITY COMPANY; a.k.a. OIL ENERDZHI OOO), Ul. Butlerova D. 17, Blok A, Moscow 117342, Russia; d. 1 str. 8 kom. 40, 41, proezd 1-I Veshnyakovski Moscow, Moscow 109456, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Oct 2010; Tax ID No. 7721704983 (Russia); Government Gazette Number 68836796 (Russia); Registration Number 1107746819366 (Russia) [RUSSIA-EO14024].

"OIVT RAN" (a.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE JOINT INSTITUTE FOR HIGH TEMPERATURES RAN; a.k.a. JOINT INSTITUTE FOR HIGH TEMPERATURES OF

THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "JIHT RAS"), Ul. Izhorskaya D. 13, Str. 2, Moscow 125412, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713010798 (Russia); Registration Number 1027739271009 (Russia) [RUSSIA-EO14024].

"OJSC IL" (a.k.a. JSC ILYUSHIN AVIATION COMPLEX; a.k.a. OAO ILYUSHIN AVIATION COMPLEX; a.k.a. OJSC ILYUSHIN AVIATION COMPLEX; a.k.a. OPEN JOINT STOCK COMPANY ILYUSHIN AVIATION COMPLEX; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO AVIATSIONNYI KOMPLEKS IM S. V ILYUSHINA), 45G Leningradsky Avenue, Moscow 125190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; ISIN RU0007796926; Tax ID No. 7714027882 (Russia); Registration Number 1027739118659 (Russia) [RUSSIA-EO14024].

"OJSC MAZ" (a.k.a. AAT MINSKI AUTAMABILNY ZAVOD (Cyrillic: ААТ МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA MINSKI AUTAMABILLNY ZAVOD - KIRUYUCHAYA KAMPANIYA KHOLDYNGU BELAUTAMAZ (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛАЎТАМАЗ); a.k.a. OAO MINSKI AVTOMOBILNYI ZAVOD (Cyrillic: ОАО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД); a.k.a. OJSC MINSK AUTOMOBILE PLANT; a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT; a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT - MANAGEMENT COMPANY OF HOLDING BELAVTOMAZ; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII AVTOMOBILNYI ZAVOD - UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELAVTOMAZ (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛАВТОМАЗ)), Ul. Sotsialisticheskaya 2, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100320487 (Belarus); Government Gazette Number 05808729 (Belarus) [BELARUS-EO14038].

"OJSC MWPT" (a.k.a. MINSK WHEEL TRACTOR PLANT (Cyrillic: МИНСКИЙ ЗАВОД КОЛЕСНЫХ ТЯГАЧЕЙ); a.k.a. MINSK WHEEL TRACTOR PLANT JSC; a.k.a. MINSK WHEEL TRACTOR PLANT OPEN JOINT STOCK COMPANY; a.k.a. MINSK WHEELED TRACTOR PLANT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII ZAVOD KOLESNYKH TYAGACHEI; a.k.a. "OJSC MZKT" (Cyrillic: "ОАО МЗКТ"); a.k.a. "VOLAT"), Partizanski Ave 150, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Registration Number 100534485 (Belarus) [NPWMD] [BELARUS-EO14038].

"OJSC MZKT" (Cyrillic: "ОАО МЗКТ") (a.k.a. MINSK WHEEL TRACTOR PLANT (Cyrillic: МИНСКИЙ ЗАВОД КОЛЕСНЫХ ТЯГАЧЕЙ); a.k.a. MINSK WHEEL TRACTOR PLANT JSC; a.k.a. MINSK WHEEL TRACTOR PLANT OPEN JOINT STOCK COMPANY; a.k.a. MINSK WHEELED TRACTOR PLANT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII ZAVOD KOLESNYKH TYAGACHEI; a.k.a. "OJSC MWPT"; a.k.a. "VOLAT"), Partizanski Ave 150, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Registration Number 100534485 (Belarus) [NPWMD] [BELARUS-EO14038].

"OJSC NSC" (a.k.a. JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY; a.k.a. JSC NSC ARKHANGELSK; a.k.a. OAO SEVERNOYE MORSKOYE PAROKHODSTVO; a.k.a. OJSC NORTHERN SHIPPING COMPANY; a.k.a. OPEN JSC NORTHERN SHIPPING COMPANY; a.k.a. "ANSC"), Nab. Severnoy Dviny, 36, Arkhangelsk 163000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2901008432 (Russia); Identification Number IMO 0555641 [RUSSIA-EO14024].

"OKB UZGA, OOO" (a.k.a. AKTSIONERNOE OBSHCHESTVO EIRBURG; a.k.a. AO EIRBURG; a.k.a. "JSC AIRBURG"), ul. 8, Marta Str. 49, Floor 3, Yekaterinburg, Sverdlovsk Oblast 6200063, Russia; Website air-burg.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 09 Jul 2021; alt. Organization Established Date 08 Oct 2013; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 6671172432 (Russia); Government Gazette Number 49681112 (Russia); Business Registration Number 1216600040194 (Russia) [RUSSIA-EO14024].

"OKNHA, Chuei" (a.k.a. GOTO, Tadamasa (Japanese: 後藤忠正; Japanese: 後藤忠政); a.k.a. GOTOU, Chyuei; a.k.a. "AJA, Chuei" (Japanese: "アジャ忠叡"); a.k.a. "CHUEI"

(Japanese: "忠叡")), Cambodia; DOB 16 Sep 1942; POB Tokyo, Japan; citizen Cambodia (individual) [TCO] (Linked To: YAKUZA).

"OKRYU TRADE CO." (Cyrillic: "КОМПАНИЯ ОКРЮ") (a.k.a. KOREAN FOREIGN TRADE COMPANY OKRYU (Chinese Simplified: 朝鲜玉流贸易会社); a.k.a. KOREYSKAYA VNESHNETORGOVAYA KOMPANIYA OKRYU (Cyrillic: КОРЕЙСКАЯ ВНЕШНЕТОРГОВАЯ КОМПАНИЯ ОКРЮ); a.k.a. OKRYU TRADING COMPANY (Korean: 조선옥류무역회사); a.k.a. OKRYU TRADING CORPORATION), Phyongchon District, Pyongyang, Korea, North; Rason, Korea, North; Email Address okryu@star-co.net.kp; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

"Omar the Chechen" (a.k.a. AL-SHISHANI, Abu Umar; a.k.a. AL-SHISHANI, Omar; a.k.a. BATIRASHVILI, Tarkhan; a.k.a. BATIRASHVILI, Tarkhan Tayumurazovich; a.k.a. BATYRASHVILI, Tarkhan Tayumurazovich; a.k.a. SHISHANI, Omar; a.k.a. SHISHANI, Umar; a.k.a. "Abu Hudhayfah"; a.k.a. "Abu Umar"; a.k.a. "Chechen Omar"; a.k.a. "Omer the Chechen"; a.k.a. "Umar the Chechen"); DOB 11 Jan 1986; alt. DOB 1982; POB Akhmeta, Village Birkiani, Georgia; citizen Georgia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 09AL14455 (Georgia) expires 26 Jun 2019; National ID No. 08001007864 (Georgia) (individual) [SDGT].

"OMAR" (a.k.a. JARRAYA, Khalil; a.k.a. JARRAYA, Khalil Ben Ahmed Ben Mohamed; a.k.a. "ABDEL' AZIZ BEN NARVAN"; a.k.a. "AMR"; a.k.a. "AMRO"; a.k.a. "AMROU"; a.k.a. "BEN NARVAN ABDEL AZIZ"; a.k.a. "KHALIL YARRAYA"), Via Bellaria n.10, Bologna, Italy; Via Lazio n.3, Bologna, Italy; DOB 08 Feb 1969; alt. DOB 15 Aug 1970; POB Sfax, Tunisia; alt. POB Sreka, ex-Yugoslavia; nationality Tunisia; alt. nationality Bosnia and Herzegovina; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K989895 (Tunisia) issued 26 Jul 1995 expires 25 Jul 2000 (individual) [SDGT].

"OMAR, Abdi Mohamed" (a.k.a. CUMAR, Cabdi Maxamed; a.k.a. CUMAR, Cabdiraxman Maxamed; a.k.a. DHUFAAYE, Cabdi

Muhammad; a.k.a. OMAR, Abdirahman Mohamed; a.k.a. "DHOFAYE"; a.k.a. "DHOOFAYE"), Bosaso, Somalia; DOB 1962; POB Bosaso, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"OMARI" (a.k.a. OZIA MAZIO, Dieudonne); DOB 06 Jun 1949; POB Ariwara, DRC; citizen Congo, Democratic Republic of the (individual) [DRCONGO].

"OMAROW, Mohamed" (a.k.a. HAJI, Mohamed Omar; a.k.a. MA'ALIN, Mohamed Omar; a.k.a. MAXAMED, Mohamed Cumar; a.k.a. MOA'LIN, Mohamed Haji Omar; a.k.a. MOHAMED, Mohamed Omar; a.k.a. "UMUROW, Ma'd"), Diinsor District, Bay, Somalia; Buur Hakaba District, Bay, Somalia; DOB 1976; POB Taflow Village, Berdaale District, Bay, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"Omer the Chechen" (a.k.a. AL-SHISHANI, Abu Umar; a.k.a. AL-SHISHANI, Omar; a.k.a. BATIRASHVILI, Tarkhan; a.k.a. BATIRASHVILI, Tarkhan Tayumurazovich; a.k.a. BATYRASHVILI, Tarkhan Tayumurazovich; a.k.a. SHISHANI, Omar; a.k.a. SHISHANI, Umar; a.k.a. "Abu Hudhayfah"; a.k.a. "Abu Umar"; a.k.a. "Chechen Omar"; a.k.a. "Omar the Chechen"; a.k.a. "Umar the Chechen"); DOB 11 Jan 1986; alt. DOB 1982; POB Akhmeta, Village Birkiani, Georgia; citizen Georgia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 09AL14455 (Georgia) expires 26 Jun 2019; National ID No. 08001007864 (Georgia) (individual) [SDGT].

"OMNITRADE" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU OMNITREID), str. 1 pomeshch. etazh 16/1, Krasnogorsk 143440, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5024231091 (Russia); Registration Number 1235000040076 (Russia) [RUSSIA-EO14024].

"OMZ AO" (a.k.a. AKTSIONERNOE OBSHCHESTVO OMUTNINSKI METALLURGICHESKI ZAVOD; a.k.a. JOINT STOCK COMPANY OMUTNINSK METALLURGICAL PLANT), 2 Rus Kokovikhina, Omutninsk 612740, Russia; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Organization Established Date 04 Sep 2002; Tax ID No. 4322000130 (Russia); Government Gazette Number 00186329 (Russia); Registration Number 1024300962971 (Russia) [RUSSIA-EO14024].

"One-P" (a.k.a. BASHIR, Ali Lalobo; a.k.a. KAPERE, Otim; a.k.a. KONY, Ali; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLA, Ali Mohammed; a.k.a. LABOLO, Ali Mohammad; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Bashir; a.k.a. LALOBO, Ali Mohammed; a.k.a. SALONGO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Bashir"; a.k.a. "Caesar"; a.k.a. "MOHAMMED, Ali"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

"O'NINNO" (a.k.a. IOVINE, Antonio); DOB 20 Sep 1964; POB San Cipriano d'Aversa, Italy (individual) [TCO].

"ONLY NEWS" (a.k.a. INFORMATSIYNE AGENSTVO ONLI N'YUZ TOV (Cyrillic: ІНФОРМАЦІЙНЕ АГЕНСТВО ОНЛІ Н'ЮЗ ТОВ)), Vul. Hotkevicha Gnata 12, Of. 177, Kiev, Dniprovskyi R-N 02094, Ukraine; Website onmedia.io; Identification Number 42283491 (Ukraine) [ELECTION-EO13848] (Linked To: ZHURAVEL, Petro Anatoliyovich).

"OO OO KHINE" (a.k.a. KHINE, Oo Oo; a.k.a. "U OO OO KHINE"), c/o YANGON AIRWAYS COMPANY LIMITED, Rangoon, Burma; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; 15 Bongyi Street, Lanmadaw Township, Rangoon, Burma; Passport A056782 (Burma); National ID No. 009016 (Burma) (individual) [SDNTK].

"OOO A1" (a.k.a. LIMITED LIABILITY COMPANY A1; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU A1; a.k.a. "A1 OOO"), d. 12 etazh 13 pom. IAZH kom. 43, naberezhnaya Krasnopresnenskaya, Moscow, Moscow 123610, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Nov 2017; Tax ID No. 7703437911 (Russia); Registration Number 5177746257035 (Russia) [RUSSIA-EO14024].

"OOO A7" (a.k.a. A7 LIMITED LIABILITY COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU A7; a.k.a. "A7 LLC"), Ul. Lesnaya D. 9 Pomeshch. 2/10, Moscow 125196, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201; Organization Established Date 02 Sep 2024; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No. 9710137165 (Russia); Registration Number 1247700586891 (Russia) [CYBER4] (Linked To: GARANTEX EUROPE OU).

"OOO ADM SISTEMY" (a.k.a. LIMITED LIABILITY COMPANY ADM SYSTEMS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АДМ СИСТЕМЫ)), Uralskaya street, house 4, letter B, floor 5, room 29N, Saint Petersburg 199155, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7804514697 (Russia); Registration Number 1137847334745 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CITADEL).

"OOO ATRI" (a.k.a. ATHREE CO LTD; a.k.a. ATHREE COMPANY LIMITED), Ul. Zemledelcheskaya D. 5, Saint Petersburg 197343, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Dec 1998; Tax ID No. 7816135608 (Russia); Registration Number 1037835001082 (Russia) [RUSSIA-EO14024].

"OOO CFT" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SFT), d. 10 str. 1, ul. Kozhevnicheskaya, Moscow, Moscow 115114, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725842590 (Russia); Registration Number 5147746114786 (Russia) [RUSSIA-EO14024].

"OOO DGRK" (a.k.a. LIMITED LIABILITY COMPANY DALNEVOSTOCHNAYA GORNO RUDNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДАЛЬНЕВОСТОЧНАЯ ГОРНО РУДНАЯ КОМПАНИЯ)), d. 4A etazh 1 pom. I, Kom. 7, Ofis 12-6, ul. Kutuzovskaya, Odintsovo 143001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032208240 (Russia); Registration Number 1155032006810 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

"OOO FORUM" (a.k.a. LIMITED LIABILITY COMPANY FORUM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФОРУМ)), 15 Olimpiyskaya Street, Suite 8, Novogorsk Micro District, Khimki, Moscow Oblast 141435, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Organization Established Date 19 Jul 2006; Organization Type: Real estate activities with own or leased property; Tax ID No. 7703600646 (Russia); Registration Number 1067746829292 (Russia) [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

"OOO FTG" (a.k.a. FLYTECHGROUP LIMITED LIABILITY COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU FLAYTEKGRUPP), Mkr. Skhodnya, Tup. 1-I Oktyabrskii D. 1, Khimki 141420, Russia; Ul. Leningradskaya, D. 11, Pomeshch. 006, Khimki 141402, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5047135637 (Russia); Registration Number 1125047015532 (Russia) [RUSSIA-EO14024].

"OOO GAS" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GAS), PR-KT Novocherkasskii D.37, Korp.1, Saint Petersburg 195112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806049300 (Russia); Registration Number 1027804186673 (Russia) [RUSSIA-EO14024].

"OOO GP MFS" (a.k.a. LIMITED LIABILITY COMPANY GENERAL CONTRACTOR MFS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЕНЕРАЛЬНЫЙ ПОДРЯДЧИК МФС)), 22a Ryabinovaya Street, Building 2, Moscow 121471, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704539433 (Russia); Registration Number 1047796934195 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY PIK GENPODRYAD).

"OOO GREND SI" (Cyrillic: "ООО ГРЭНД СИ") (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU GREND SI; a.k.a. "GRAND SEA LLC"), Ul. Portovskoe Shosse D.5, Makhachkala 367000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Oct 2014; Tax ID No. 0573004615 (Russia); Registration Number 1140573001117 (Russia) [RUSSIA-EO14024].

"OOO IST" (Cyrillic: "ООО ИСТ") (a.k.a. LIMITED LIABILITY COMPANY IRBIS SKY TECH (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИРБИС СКАЙ ТЕХ)), 2 Shukinskaya St., Ground Floor, Rooms 32 & 33, Moscow 123182, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722754271 (Russia); Registration Number 1117746657280 (Russia) [RUSSIA-EO14024].

"OOO IUP 2" (a.k.a. LIMITED LIABILITY COMPANY YUP 2 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЮП 2)), d. 10 str. 12 etazh 4 Sluzhebn. kom. 14, proezd 2-I Yuzhnoportovy, Moscow 115432, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9723103371 (Russia); Registration Number 1207700303788 (Russia) [RUSSIA-EO14024] (Linked To: LLC AEON HOLDING DEVELOPMENT).

"OOO KMM" (a.k.a. LIMITED LIABILITY COMPANY KERAMAKS METALLURGICHESKIYE MATERIALY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КЕРАМАКС МЕТАЛЛУРГИЧЕСКИЕ МАТЕРИАЛЫ)), Room 11, Suite 1, 21 Mashinostroiteley Street, Chelyabinsk, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449150131 (Russia); Registration Number 1237400021286 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY KERAMAX).

"OOO KSK" (a.k.a. KSK GROUP), Ul. Zemlyanoi Val D. 68/18, Str. 3, Moscow 109004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725685410 (Russia); Registration Number 1107746010052 (Russia) [RUSSIA-EO14024].

"OOO LMZ" (a.k.a. LIPETSKII MEKHANICHESKII ZAVOD), ul. Krasnozavodskaya, d. 1, office 201, Lipetsk 398006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4824096058 (Russia); Registration Number 1184827011302 (Russia) [RUSSIA-EO14024].

"OOO MKV" (a.k.a. LIMITED LIABILITY COMPANY INTERNATIONAL CONGRESSES AND EXHIBITIONS; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU MEZHDUNARODNYE KONGRESSY I VYSTAVKI), 44, et. 1 pom I kom 16 ul. Marshala Timoshenko, Moscow 121359, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727613771 (Russia); Registration Number 5077746774200 (Russia) [RUSSIA-EO14024].

"OOO MTU" (Cyrillic: "ООО МТУ") (a.k.a. LIMITED LIABILITY COMPANY INTERNATIONAL TRANSPORTATION SERVICES; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU MEZHDUNARODNYE TRANSPORTNYE USLUGI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖДУНАРОДНЫЕ ТРАНСПОРТНЫЕ УСЛУГИ); a.k.a. "ITS LLC"), ul. Pushkina, 66, Astrakhan, Astrakhan Oblast 414006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Jun 2004; Tax ID No. 7730509361 (Russia); Registration Number 1047796470226 (Russia) [RUSSIA-EO14024] (Linked To: KHAZAR SEA SHIPPING LINES).

"OOO NPO IZHBS" (a.k.a. IZHEVSK UNMANNED SYSTEMS RESEARCH AND PRODUCTION ASSOCIATED LIMITED LIABILITY COMPANY; f.k.a. IZHMASH-UNMANNED SYSTEMS COMPANY; a.k.a. LLC RESEARCH AND PRODUCTION ASSOCIATION IZHBS; a.k.a. OOO NAUCHNO-PROIZVODSTVENNOYE OBYEDINENIYE IZHEVSKIYE BESPILOTNYE SISTEMY (Cyrillic: ООО НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ИЖЕВСКИЕ БЕСПИЛОТНЫЕ СИСТЕМЫ); a.k.a. "NPO IZHBS"), Ordzhonikidze St., 2, Izhevsk, Udmurtia 426063, Russia (Cyrillic: УЛ. ОРДЖОНИКДЗЕ, Д. 2, ИЖЕВСК, УДМУРТСКАЯ РЕСПУБЛИКА 426063, Russia); Website www.izh-bs.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Oct 2006; Target Type Private Company; Tax ID No. 1831117433 (Russia) [RUSSIA-EO14024].

"OOO NPP INZHEKT" (a.k.a. INJECT RESEARCH AND PRODUCTION ENTERPRISE LIMITED LIABILITY COMPANY; a.k.a. INJECT RME LLC; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU NAUCHNO PROIZVODSTVENNOE PREDPRIIATIE INZHEKT), Ul. Elmashevskaya, Vladenie 3 A Office 1, Saratov 410033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6453142068 (Russia); Registration Number 1156451017436 (Russia) [RUSSIA-EO14024].

"OOO NSK" (a.k.a. LIMITED LIABILITY COMPANY NATSIONALNAYA SURMYANAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАЦИОНАЛЬНАЯ СУРЬМЯНАЯ КОМПАНИЯ)), str. 23 etazh 10/ pom. 17, ul. Posadskaya, Ekaterinburg 620102, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

6684002660 (Russia); Registration Number 1126684003104 (Russia) [RUSSIA-EO14024] (Linked To: LLC HOLDING GPM).

"OOO OEK" (a.k.a. LIMITED LIABILITY COMPANY OZERNAYA ENERGETICHESKAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОЗЕРНАЯ ЭНЕРГЕТИЧЕСКАЯ КОМПАНИЯ)), str. 100 blok B etazh 3, pom. 4, Odintsovo 143084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032216322 (Russia); Registration Number 1155032010110 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

"OOO PEK" (a.k.a. LIMITED LIABILITY COMPANY POLYARNAYA ENERGETICHESKAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПОЛЯРНАЯ ЭНЕРГЕТИЧЕСКАЯ КОМПАНИЯ)), Usovo Village, Building 100, Block B, Floor 2, Suite 5, Odintsovo, Moscow Region 143084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032216273 (Russia); Registration Number 1155032010100 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

"OOO PGK" (a.k.a. LIMITED LIABILITY COMPANY PUTORANSKAYA GORNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПУТОРАНСКАЯ ГОРНАЯ КОМПАНИЯ)), str. 100 blok B etazh 2, pom. 5, Odintsovo 143084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032216227 (Russia); Registration Number 1155032010088 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

"OOO PGRK" (a.k.a. LIMITED LIABILITY COMPANY POLYARNAYA GORNO RUDNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПОЛЯРНАЯ ГОРНО РУДНАЯ КОМПАНИЯ)), Usovo Village, Building 100, Block B, Floor 2, Suite 10, Odintsovo, Moscow Region 143084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7707332797 (Russia); Registration Number 1157746092745 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

"OOO RADIO REKLAMA VOLOGDA" (a.k.a. LIMITED LIABILITY COMPANY RADIO REKLAMA VOLOGDA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ

PPB); a.k.a. LIMITED LIABILITY COMPANY RRV), 7 Lesnaya Street, Tverskoy Municipal District, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3525419372 (Russia); Registration Number 1183525002968 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY INFRASTRACTURE HOLDING 2).

"OOO RPP" (Cyrillic: "ООО РПП") (a.k.a. RPP LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РПП); a.k.a. "LLC RPP"; a.k.a. "RPP LLC"), 6/26 Floor/Rm, Bldg. 10-2, Nab. Presnenskaya, Moscow 125039, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Nov 2015; Tax ID No. 7704335359 (Russia); Registration Number 5157746040645 (Russia) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"OOO SBS" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU SISTEMY BIOLOGICHESKOGO SINTEZA; a.k.a. SYSTEMS OF BIOLOGICAL SYNTHESIS LLC; a.k.a. "SBS LLC"), Akademika Koroleva Street, Building 13/1, Office 35-39, Moscow 129515, Russia; Akademika Koroleva UI, Building 13, str. 1, floor 2, Rooms 60-61, Moscow 129515, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736314136 (Russia); Registration Number 5177746097392 (Russia) [RUSSIA-EO14024].

"OOO SEK" (a.k.a. LIMITED LIABILITY COMPANY SEVERNAYA ENERGETICHESKAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕВЕРНАЯ ЭНЕРГЕТИЧЕСКАЯ КОМПАНИЯ)), d. 4A etazh 1 pom. I, KOM. 4, OFIS 11-8, ul. Kutuzovskaya, Odintsovo 143001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032216379 (Russia); Registration Number 1155032010176 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

"OOO SKT" (a.k.a. LIMITED LIABILITY COMPANY MODERN FORGING TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОВРЕМЕННЫЕ КУЗНЕЧНЫЕ ТЕХНОЛОГИИ)), ul. Eniseiskaya 8F, Chelyabinsk 454010, Russia; Secondary

sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449138889 (Russia); Registration Number 1197456017395 (Russia) [RUSSIA-EO14024].

"OOO SPUTNIKS" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SPUTNIKOVYE INNOVATSIONNYE KOSMICHESKIE SISTEMY; a.k.a. "SPUTNIX"), bulvar Bolshoi (Innovatsionnogo Tsentra Skolkovo Ter), d. 42, str. 1, pom. 3A0109 757, 1653, 1707, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5003096726 (Russia); Registration Number 1115003008306 (Russia) [RUSSIA-EO14024].

"OOO SSK AS" (a.k.a. LIMITED LIABILITY COMPANY SHOOTING AND BENCH COMPLEX ALTAYSKY STRELOK; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU STRELKOVO STENDOVYI KOMPLEKS ALTAISKII STRELOK; a.k.a. SHOOTING CENTER ALTAY SHOOTER LTD; a.k.a. "LLC CCK EXPERT"), Shadrino village, Barnaul 656000, Russia; 28 Ulitsa Kulagina, Barnaul 656012, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2224083790 (Russia); Registration Number 1032202181516 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY BARNAUL CARTRIDGE PLANT).

"OOO TD EPK" (a.k.a. LIMITED LIABILITY CORPORATION TRADING HOUSE EPK; a.k.a. TORGOVIY DOM EPK), ul. Novoostapovskaya, d. 5, str. 14, et. 2, kom. 4, Moscow 115088, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725136315 (Russia); Registration Number 1027700136859 (Russia) [RUSSIA-EO14024].

"OOO TGK" (a.k.a. LIMITED LIABILITY COMPANY TAYMYRSKAYA GORNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТАЙМЫРСКАЯ ГОРНАЯ КОМПАНИЯ)), d. 4A etazh 1 pom. I, Kom. 9, Ofis 13, ul. Kutuzovskaya, Odintsovo 143001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5032216210 (Russia); Registration Number 1155032010077 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

"OOO TSKB" (a.k.a. CYBERSECURITY CENTER LLC), Generala Martynova St., 3, Room 1, Chelyabinsk 454076, Russia; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Tax ID No. 7448223757 (Russia); Registration Number 1207400010905 (Russia) [RUSSIA-EO14024].

"OOO TSOEP" (Cyrillic: "ООО ЦОЭП") (a.k.a. NETEX TRADE; a.k.a. NETEX24; a.k.a. OBSHCHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU CENTR OBRABOTKI ELEKTRONNYKH PLATEZHEJ; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEI; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEY (Cyrillic: ООО ЦЕНТР ОБРАБОТКИ ЭЛЕКТРОННЫХ ПЛАТЕЖЕЙ); a.k.a. "LIMITED LIABILITY COMPANY CENTER FOR PROCESSING ELECTRONIC PAYMENTS"; a.k.a. "NETEXCHANGE"), Ul. Vilisa Latsisa D. 41, KV. 103, Moscow 125480, Russia; Business Center Iskra-Park, 35, Leningradsky Prospect, Moscow, Russia; Website https://www.netex24.net; alt. Website https://www.netex24.com; alt. Website https://www.netex.trade; alt. Website https://www.netexchange.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Feb 2014; Tax ID No. 7733872485 (Russia) [RUSSIA-EO14024].

"OOO TSS" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU TEKHNOLOGICHESKIE SISTEMY I SERVIS; a.k.a. TECHNOLOGICAL SYSTEMS AND SERVICE), 19 Smoliachkova UI, Litera A, Office 611, Saint Petersburg 194044, Russia; 10 Avtomobilny Pr-d, Str. 8, Moscow 109052, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802876821 (Russia); Registration Number 1147847392791 (Russia) [RUSSIA-EO14024].

"OOO TSST" (a.k.a. A LEVEL AEROSYSTEMS CST LLC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦСТ); a.k.a. "LIMITED LIABILITY COMPANY CST"), 130 Vorovskogo St., Izhevsk 436063, Russia; 3/2 Perunovsky Lane, Floor 3, Room 21, Moscow 127055, Russia; D. 2 etazh 5 kom. 7, per. Institutski, Moscow 127030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1841015504 (Russia); Registration Number 1101841007938 (Russia) [RUSSIA-EO14024].

"OOO UK RVK" (Cyrillic: "ООО УК РВК") (a.k.a. LIMITED LIABILITY COMPANY RVC MANAGEMENT COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РВК); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RVK; a.k.a. RUSSIAN VENTURE COMPANY (Cyrillic: РОССИЙСКАЯ ВЕНЧУРНАЯ КОМПАНИЯ); a.k.a. RVC MANAGEMENT COMPANY LLC; a.k.a. "LLC MC RVC"; a.k.a. "LLC UK RVK"), D. 8, Str. 1, Etaj 12, Nab. Presnenskaya, Moscow 123112, Russia (Cyrillic: Дом 8, Строение 1 Этаж 12, Набережная Пресненская, Москва 123112, Russia); Website https://rvc.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Dec 2020; Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 9703024347 (Russia); Government Gazette Number 33185693 (Russia); Registration Number 1207700502547 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND).

"OOO VALMA" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VALMA), Ul. Dorozhnaya D. 39, Office 314, Naberezhnyye Chelny, Republic of Tatarstan 423800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 May 2021; Tax ID No. 1650402421 (Russia); Registration Number 1211600038396 (Russia) [RUSSIA-EO14024].

"OOO VITS" (a.k.a. MILITARY ENGINEERING CENTRE LIMITED LIABILITY COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU VOENNO INZHENERNYI TSENTR), 88 pr-kt Lenina, Nizhnii Novgorod 603004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5256072148 (Russia); Registration Number 1075256008618 (Russia) [RUSSIA-EO14024].

"OOO VMK VGTZ" (a.k.a. LLC VOLGOGRAD MACHINE BUILDING COMPANY VGTZ; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU VOLGOGRADSKAIA MASHINOSTROITELNAIA KOMPANIIA VGTZ; a.k.a. VOLGOGRAD MACHINE BUILDING COMPANY LIMITED LIABILITY COMPANY; a.k.a. VOLGOGRAD TRACTOR PLANT), 1 Dzerzhinskogo Pl, Volgograd 400006, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3441023695 (Russia); Registration Number 1023402461752 (Russia) [RUSSIA-EO14024].

"OOO VPK" (Cyrillic: "ООО ВПК") (a.k.a. LIMITED LIABILITY COMPANY MILITARY INDUSTRIAL COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОЕННО ПРОМЫШЛЕННАЯ КОМПАНИЯ); a.k.a. VOENNO PROMYSHLENNAYA KOMPANIYA; a.k.a. "LLC MIC"), 15 Rochdelskaya Street, Building 8, Floor 3, Unit I, Rooms 10-14, Moscow 123376, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703602065 (Russia); Registration Number 1067746915191 (Russia) [RUSSIA-EO14024].

"OOO VSK" (a.k.a. VOSTOCHNAYA STEVEDORING COMPANY LLC (Cyrillic: ВОСТОЧНАЯ СТИВИДОРНАЯ КОМПАНИЯ ООО); a.k.a. "VSC"), 14a, ul. Vnutriportovaya. Vrangel-1, Nakhodka 692941, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2508064833 (Russia); Registration Number 1042501609039 (Russia) [RUSSIA-EO14024].

"OOO VSK" (a.k.a. LIMITED LIABILITY COMPANY VOSTOCHNO SIBIRSKAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОСТОЧНО СИБИРСКАЯ КОМПАНИЯ)), d. 76, Ul. Petra Alekseeva, Yakutsk 677015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1435277560 (Russia); Registration Number 1141447001926 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY YAKUTSKAYA TOPLIVNO ENERGETICHESKAYA KOMPANIYA).

"OOO VSZ" (a.k.a. OOO VYATSKII STANKOSTROITELNYI ZAVOD; a.k.a. VSP KIROV; a.k.a. VYATKA MACHINE TOOL PLANT LLC), Ul. Tekhnicheskaya D. 22, Office 3, Kirov 610014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4345454570 (Russia); Registration Number 1164350074900 (Russia) [RUSSIA-EO14024].

"OOO WEB3 INTEGRATOR" (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU VEB3 INTEGRATOR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЕБ3 ИНТЕГРАТОР)), Nab. Bersenevskaya D. 6,,

Str. 3, Pomeshch. I, Kom 9 Ach, Et 4, Moscow 119072, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Jan 2019; Tax ID No. 7706464945 (Russia) [RUSSIA-EO14024].

"OOO YAGK" (a.k.a. LIMITED LIABILITY COMPANY YANSKAYA GORNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЯНСКАЯ ГОРНАЯ КОМПАНИЯ)), Usovo Village, Building 100, Block B, Floor 1, Suite 6, Odintsovo, Moscow Region 143084, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736244961 (Russia); Registration Number 1157746396191 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

"OOO ZPU" (a.k.a. ZAVOD PODSHIPNIKOVYKH UZLOV), ul. Priozernaya, d. 4, Chelyabinsk 454046, Russia; ul. Elkina 112, floor 2, office 218B, Chelyabinsk, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449117247 (Russia); Registration Number 1147449000643 (Russia) [RUSSIA-EO14024].

"OPERATIONAL SERVICES CENTRE" (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTR EKSPLUATATSIONNYKH USLUG), Bulv Chistoprudnyi D 12, Korp 2, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9722010773 (Russia); Registration Number 1217700541850 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"Orejon" (a.k.a. SALAZAR GUTIERREZ, Manuel; a.k.a. "Manguera"), Colombia; DOB 31 Dec 1966; nationality Colombia; citizen Colombia; Gender Male; Cedula No. 76252205 (Colombia); Passport BC336116 (Colombia) (individual) [ILLICIT-DRUGS-EO14059].

"ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED" (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"ORICO" (a.k.a. ORIENTAL IRON COMPANY SPRL), 18 Avenue de la paix, Ngaliema, Kinshasa, Congo, Democratic Republic of the [GLOMAG] (Linked To: GERTLER, Dan).

"ORION" (a.k.a. GARCIA ARBOLEDA, Edward); DOB 04 Jun 1975; POB Urrao, Antioquia, Colombia; citizen Colombia; Cedula No. 98624193 (Colombia) (individual) [SDNTK] (Linked To: LA TIENDA DE MINGO; Linked To: INVERSIONES C.P.C.L. Y CIA. S. EN C.S.).

"OROFINO" (a.k.a. OROFINO NV), Jacob Jacobsstraat 56, Antwerp 2018, Belgium; Organization Type: Activities of holding companies; Target Type Public Company; Enterprise Number 0892529761 (Belgium) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

"ORSIS" (a.k.a. LIMITED LIABILITY COMPANY PROMTEKHNOLOGIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОМТЕХНОЛОГИЯ); a.k.a. LLC PROMTEKHNOLOGIYA (Cyrillic: ООО ПРОМТЕХНОЛОГИЯ); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU PROMTEKHNOLOGIYA; a.k.a. OOO PROMTEKHNOLOGIYA; a.k.a. PROMTECHNOLOGIA LLC; a.k.a. "PROMTECHNOLOGIES"; a.k.a. "PROMTEHNOLOGYA"), 14 Podyomnaya St., Housing 8, Moscow 109052, Russia; 19 Smirnovskaya St., Moscow, Russia; Ul. Krzhizhanovskogo, D. 29, K. 2, Antresol 1, Pomeschenie IV, Komnata 1, Moscow 117218, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708696860 (Russia); Government Gazette Number 772701001 (Russia); Registration Number 1097746084908 (Russia) [RUSSIA-EO14024].

"ORTEGA, Payo" (a.k.a. ORTEGA MURILLO, Rafael Antonio), KM 13 Carretera Masaya, Managua, Nicaragua; DOB 09 Dec 1968; POB Managua, Nicaragua; nationality Nicaragua; Gender Male; Passport A00000204 (Nicaragua) issued 06 Aug 2012 expires 06 Aug 2022; National ID No. 0010912680053D (Nicaragua) (individual) [NICARAGUA].

"OSCAR" (a.k.a. VELASQUEZ SALDARRIAGA, Hernan Dario; a.k.a. VELASQUEZ, Hernan Dario; a.k.a. "BUITRAGO, Hermides"; a.k.a. "EL PAISA"; a.k.a. "GARCIA, Carlos Alberto"; a.k.a. "MONTERO, Oscar"; a.k.a. "PAISA"; a.k.a. "SUNCE, Antonio Rodriguez"), Apure, Venezuela; Colombia; DOB 10 Jan 1963; POB Remedios, Antioquia, Colombia; nationality Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 71391335 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

"OSIS" (a.k.a. CENTER FOR INNOVATION AND TECHNOLOGY COOPERATION; f.k.a. OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. OFFICE OF SCIENTIFIC AND TECHNICAL COOPERATION; f.k.a. PRESIDENCY OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. TECHNOLOGY COOPERATION OFFICE; a.k.a. "CITC"; f.k.a. "POSIS"; a.k.a. "TCO"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"OSK AO" (a.k.a. JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION; a.k.a. JSC UNITED SHIPBUILDING CORPORATION; a.k.a. UNITED SHIPBUILDING CORPORATION (Cyrillic: ОБЪЕДИНЕННАЯ СУДОСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. "JSC USC"; a.k.a. "OCK"), Ul. Marat, 90, St. Petersburg 191119, Russia; 11 Bolshaya Tatarskaya Str. Bld. B, Moscow 115184, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7838395215 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

"OSMAN, Abdullahi" (a.k.a. MOHAMED, Abdullahi Osman; a.k.a. "ADDE, Dhega"; a.k.a. "ISMAIL, Engineer"), Baraawe, Somalia; Jilib, Middle Juba Region, Somalia; DOB 1984; POB Mogadishu, Somalia; Gender Male; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"OSMAN, Mohamed" (a.k.a. AL-JAWZIYYAH, Ibn al-Qayyim; a.k.a. AL-SAYYID, 'Ali Sulayman Mas'ud 'Abd; a.k.a. SAYED, Aly Soliman Massoud Abdul; a.k.a. "AL-QAYYIM, 'Ibn"; a.k.a. "AL-ZAWL"; a.k.a. "EL-QAIM, Ibn"); DOB 1969; POB Tripoli, Libya; nationality Libya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 96/184442 (Libya) (individual) [SDGT].

"OSMICA" (a.k.a. MEHMEDAGIC, Osman), Mis Irbina No. 18, Sarajevo 71000, Bosnia and Herzegovina; DOB 01 Nov 1962; POB Sarajevo, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; Gender Male; National ID No. 0111962172659 (Bosnia and Herzegovina) (individual) [BALKANS-EO14033].

"OSOO TSB" (a.k.a. LIMITED LIABILITY COMPANY TRANSIT SERVICE BISHKEK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРАНЗИТ СЕРВИС БИШКЕК); a.k.a. TSB LIMITED LIABILITY COMPANY (Cyrillic: ТСБ ЖООПКЕРЧИЛИГИ ЧЕКТЕЛГЕН КООМУ); a.k.a. TSB ZHCHK), 13a ul. Shirokaya, Prigorodny aiylny aimak, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 01108201510101 (Kyrgyzstan); Registration Number 148050-3308-OOO (Kyrgyzstan) [RUSSIA-EO14024].

"OTONIEL" (a.k.a. USUGA DAVID, Dairo Antonio), Colombia; DOB 15 Sep 1971; POB Necocli, Antioquia, Colombia; nationality Colombia; citizen Colombia; Gender Male; Cedula No. 71980054 (Colombia) (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

"OTTO" (a.k.a. FRENZEL, Conrado Adolfo), Buenos Aires, Argentina; DOB 07 Nov 1968; POB Buenos Aires, Argentina; nationality Argentina; Gender Male; Passport AAA435057 (Argentina); D.N.I. 20608046 (Argentina); C.U.I.T. 23206080469 (Argentina) (individual) [SDNTK] (Linked To: HIGH NUTRITION SOCIEDAD DE RESPONSABILIDAD LIMITADA; Linked To: B-WORK S.A.S.).

"OUIS" (a.k.a. OFFICER'S UNION FOR INTERNATIONAL SECURITY; a.k.a. SODRUZHESTVO OFITSEROV ZA MEZHDUNARODNUYU BEZOPASNOST), Ul. Cherkizovskaya B, D. 24A, Str. 1, Floor 8, Office #815, Moscow 107553, Russia; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Organization Established Date 03 Feb 2021; Organization Type: Private security activities; alt. Organization Type: Real estate activities with own or leased property; Target Type Private Company; Tax ID No. 9718168599 (Russia); Registration Number 1217700038710 (Russia) [CAR] [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

"OULD EL SAYEIGH" (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"); DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BC166787 (Canada) (individual) [SDGT].

"OUTLET_TLOOK" (a.k.a. TOTAL LOOK; a.k.a. "OUTLETTLOOK"; f.k.a. "TOTAL_LOOKCLN"), Culiacan, Sinaloa, Mexico; Website www.totallook.mx; Organization Type: Retail sale of clothing, footwear and leather articles in specialized stores [ILLICIT-DRUGS-EO14059] (Linked To: ROBLEDO ARREDONDO, Adilene Mayre).

"OUTLETTLOOK" (a.k.a. TOTAL LOOK; a.k.a. "OUTLET_TLOOK"; f.k.a. "TOTAL_LOOKCLN"), Culiacan, Sinaloa, Mexico; Website www.totallook.mx; Organization Type: Retail sale of clothing, footwear and leather articles in specialized stores [ILLICIT-DRUGS-EO14059] (Linked To: ROBLEDO ARREDONDO, Adilene Mayre).

"OZONE HOBBY" (a.k.a. OZONE AIRCRAFT AND DEFENSE INDUSTRY LLC; a.k.a. OZONE AVIATION AND DEFENSE INDUSTRY INC.; a.k.a. OZONE HAVACILIK VE SAVUNMA SAN. TIC. AS; a.k.a. OZONE HAVACILIK VE SAVUNMA SANAYI TICARET ANONIM SIRKETI), Umurbey Mah. Sehitler Cad. No Key Plaza: 18/42, Izmir, Turkey; Inonu Mah 4137 sok. No 12/12, Menemen, Izmir, Turkey; Website www.ozonehobby.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09

Jul 2018; Tax ID No. 6500100199 (Turkey) [NPWMD] [IFSR] (Linked To: BUKEY, Murat).

"P.G.S.O.C." (a.k.a. NAFT SETAREH KHALIJ FARS (Arabic: نفت ستره خالج فارس شرکت سهامی (خاص); a.k.a. PERSIAN GULF STAR OIL (Arabic: نفت سیتاره خالیج فارس); a.k.a. PERSIAN GULF STAR OIL COMPANY (Arabic: شرکت نفت ستاره خالیج فارس); a.k.a. PERSIAN GULF STAR REFINERY), Davoodieh, Vaziripour Street, Kavoosi Street, Number 14, Grand Building, 1st Floor, Unit 3, Tehran 15469-14411, Iran; No. 30 Western Roodsar Alley, Hafez Street, Taleghani Avenue, Tehran, Iran; 13 km from Bandar Abbas to Bandar Khumir, Sardar Shahid Ghasem Soleimani Boulevard, Oil Field, Self-Sufficiency Boulevard, Persian Gulf Oil Star Company, Bandar Abbas 7931181183, Iran; Website https://www.pgsoc.ir; National ID No. 10103244425 (Iran); Identification Number 11010103244425 (Iran); Registration Number 287889 (Iran) [IRAN-EO13846].

"P.P.C." (a.k.a. ASALOUYEH PETROCHEMICAL COMPANY; a.k.a. PARS PETROCHEMICAL CO.; a.k.a. PARS PETROCHEMICAL COMPANY), Pars Special Economic Energy Zone, PO Box 163-75391, Assaluyeh, Bushehr, Iran; P.O. Box 163-75391, 11370-75118, Iran; Pars Economic Special Zone, Asalouyeh, Bushehr, Iran; Website www.parspc.net; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

"PA SEVER" (a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION SEVER; a.k.a. PROIZVODSTVENNOYE OBYEDINENIYE SEVER; a.k.a. "PO SEVER"), 3 Obedineniya Str., Novosibirsk, Novosibirsk region 630020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Mar 2019; Registration Number 1195476022940 (Russia); alt. Registration Number 5410079229 (Russia) [RUSSIA-EO14024].

"PACKER SERVICE" (a.k.a. PAKER SERVICE (Cyrillic: ПАКЕР СЕРВИС)), Varshavskoe Shosse D. 1, Str. 6, Office 27, Moscow 117105, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 2006; Tax ID No. 7718607570 (Russia); Registration Number 1067758006348 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"PAD SUPA" (a.k.a. LY, Yong Phat; a.k.a. "PAT SUPAPHA"; a.k.a. "PHAT SUPHAPHA"; a.k.a. "PHAT, Suphapha"; a.k.a. "PUT SUPAPA"), 9352 Moo 1 Wangkraja Amphur Muang, Trat Trat 23000, Thailand; DOB 07 Jan 1958; POB Thmor Sor Village, Thmor Sor Commune, Botum Sakor District, Koh Kong Province, Cambodia; alt. POB Trat, Thailand; nationality Cambodia; alt. nationality Thailand; Gender Male; National ID No. 5230200031049 (Thailand) (individual) [GLOMAG].

"PAEZ Nachillo" (a.k.a. PAEZ SOTO, Ramon Ignacio; a.k.a. "EL MORENO"; a.k.a. "PAEZ, Nacho"); DOB 31 Jul 1973; POB Culiacan, Sinaloa, Mexico; citizen Mexico (individual) [SDNTK].

"PAEZ, Nacho" (a.k.a. PAEZ SOTO, Ramon Ignacio; a.k.a. "EL MORENO"; a.k.a. "PAEZ Nachillo"); DOB 31 Jul 1973; POB Culiacan, Sinaloa, Mexico; citizen Mexico (individual) [SDNTK].

"PAISA" (a.k.a. VELASQUEZ SALDARRIAGA, Hernan Dario; a.k.a. VELASQUEZ, Hernan Dario; a.k.a. "BUITRAGO, Hermides"; a.k.a. "EL PAISA"; a.k.a. "GARCIA, Carlos Alberto"; a.k.a. "MONTERO, Oscar"; a.k.a. "OSCAR"; a.k.a. "SUNCE, Antonio Rodriguez"), Apure, Venezuela; Colombia; DOB 10 Jan 1963; POB Remedios, Antioquia, Colombia; nationality Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 71391335 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

"PAK TAEK" (a.k.a. ARSALAN, Mike; a.k.a. BIN ZEIN, Hisyam; a.k.a. JAFAR, Anis Alawi; a.k.a. KECIL, Umar; a.k.a. PATEK, Omar; a.k.a. PATEK, Umar; a.k.a. "AL ABU SYEKH AL ZACKY"; a.k.a. "PA'TEK"; a.k.a. "UMANGIS MIKE"); DOB 20 Jul 1966; POB Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Pak Zahra" (a.k.a. SUKIRNO, Bambang; a.k.a. "Abu Zahra"); DOB 05 Apr 1975; POB Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A2062513 (Indonesia) (individual) [SDGT].

"PALM SERVICE LTD" (a.k.a. PALM SERVICE LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"PALMEROS DEL BAJO AGUAN" (a.k.a. PALBASA; a.k.a. PALMA DEL BAJO AGUAN, S.A.; a.k.a. PALMAS DEL BAJO AGUAN), Tocoa, Colon, Honduras; El Centro Principal, 1 Ave 2 Cll, No. 13, Tocoa, Colon, Honduras; Chacalpa, Bajo Aguan, Colon, Honduras; RTN 05019007109210 (Honduras) [SDNTK].

"Pan" (a.k.a. MEDINA GONZALEZ, Oscar Noe; a.k.a. "El Panu"; a.k.a. "Panu"), Mexico; DOB 11 May 1983; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. MEGO830511HSLDNS01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"PANCHITO" (a.k.a. FLORES ORTIZ, Francisco Abraham), Mexico; DOB 13 Aug 1977; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. FOOF770813HSLLRR00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"PANCHO" (a.k.a. MORALES CIFUENTES, Juan Jose), Colonia 3 de mayo, Tecun Uman, San Marcos, Guatemala; DOB 09 Apr 1990; POB San Marcos, Guatemala; nationality Guatemala; Gender Male; Cedula No. L-1238436 (Guatemala); NIT # 59536969 (Guatemala); C.U.I. 2755498951217 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

"PANDARES, Juan Carlos" (a.k.a. HIDALGO PANDARES, Juan Carlos), Venezuela; DOB 20 Oct 1961; POB Maracay, Aragua, Venezuela; nationality Venezuela; Gender Male; Cedula No. V7220202 (Venezuela) (individual) [VENEZUELA].

"PANDAS FRIOS" (a.k.a. TRANSPORTES REFRIGERADOS PANDAS TRUCKING, SOCIEDAD ANONIMA DE CAPITAL VARIABLE), Culiacan, Sinaloa, Mexico; Organization Established Date 02 Mar 2012; Folio Mercantil No. 81513 (Mexico) [ILLICIT-DRUGS-EO14059].

"PANHAMMEDI" (a.k.a. BEN HAMMEDI, Mohammed; a.k.a. BENHAMMEDI, Mohammed; a.k.a. BIN HAMMIDI, Muhammad Muhammad; a.k.a. HANNADI, Mohamed; a.k.a. "ABU AL QASSAM"; a.k.a. "ABU HAJIR"; a.k.a. "ABU HAJIR AL LIBI"; a.k.a. "HAMMEDI, Ben"), Midlands, United Kingdom; DOB 22 Sep 1966; POB Libya; citizen Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Panu" (a.k.a. MEDINA GONZALEZ, Oscar Noe; a.k.a. "El Panu"; a.k.a. "Pan"), Mexico; DOB 11 May 1983; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. MEGO830511HSLDNS01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"PAO HUA CHIANG" (a.k.a. PAO, Hua Chiang; a.k.a. "TA KAT"), Panghsang, Shan, Burma (individual) [SDNTK].

"PAO NPO STRELA" (a.k.a. PAO NAUCHNO PROIZVODSTVENNOE OBEDINENIE STRELA; a.k.a. PJSC RESEARCH AND PRODUCTION ASSOCIATION STRELA; a.k.a. PJSC SPA STRELA; a.k.a. PUBLIC JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION STRELA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE STRELA; a.k.a. "NPO STRELA"; a.k.a. "SPA STRELA"), 6 Maxim Gorky Street, Tula 300002, Russia; 2 Arsenalnaya Street, Tula 300002, Russia; 6 M. Gorkogo ul., Tula 300002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7103028233 (Russia); Registration Number 1027100517256 (Russia) [RUSSIA-EO14024].

"PAO TMK" (Cyrillic: "ПАО ТМК") (a.k.a. PUBLIC JOINT STOCK COMPANY PIPE METALLURGICAL COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРУБНАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ); a.k.a. PUBLIC JOINT STOCK COMPANY TRUBNAYA METALLURGICHESKAYA KOMPANIYA; a.k.a. "PJSC TMK"), 40 Pokrovka Street, Building 2A, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7710373095 (Russia); Registration Number 1027739217758 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"PAO YATEK" (a.k.a. PUBLIC JOINT STOCK COMPANY YAKUTSK FUEL AND ENERGY COMPANY; a.k.a. PUBLIC JOINT STOCK COMPANY YAKUTSKAYA TOPLIVNO ENERGETICHESKAYA KOMPANIYA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЯКУТСКАЯ ТОПЛИВНО ЭНЕРГЕТИЧЕСКАЯ КОМПАНИЯ); a.k.a. "YATEC"), D. 4, Ul. Lenina, Pos Kysyl-Syr 678214, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

1435032049 (Russia); Registration Number 1021401062187 (Russia) [RUSSIA-EO14024].

"PAO YU HSIANG" (a.k.a. PAO, Yu Hsiang; a.k.a. "TA PANG"), Kwe Ma, Burma; DOB 19 Sep 1940 (individual) [SDNTK].

"PAO YU LIANG" (a.k.a. PAO, Yu Liang; a.k.a. "TA KYET"), Mong Mao, Shan, Burma (individual) [SDNTK].

"PAO YU YI" (a.k.a. PAO, Yu Yi; a.k.a. "TA RANG"), Panghsang, Shan, Burma (individual) [SDNTK].

"Pap" (a.k.a. NGOMA, Willy; a.k.a. "RUTIKANGA, Ngarurira Ingoma"), Bunagana, North Kivu, Congo, Democratic Republic of the; DOB 1974; POB Kinigi, Rwanda; nationality Rwanda; alt. nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO] (Linked To: M23).

"PAPI CRIS" (a.k.a. VALDEZ GARCIA, Bernardo Antonio), Dominican Republic; DOB 31 Jan 1975; POB San Cristobal, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 001-1856559-7 (Dominican Republic) (individual) [SDNTK] (Linked To: CESAR PERALTA DRUG TRAFFICKING ORGANIZATION; Linked To: SOLUGA SOLUCIONES GASTRONOMICAS SRL).

"PAPO" (a.k.a. ANTUNEZ MUSSO, Washington), Colombia; DOB 20 Aug 1987; POB Salto, Uruguay; citizen Colombia; Gender Male; Cedula No. 1015413405 (Colombia); Passport AU199512 (Colombia) (individual) [SDNTK].

"PARECO" (a.k.a. COALITION DES PATRIOTES RESISTANTS CONGOLAIS-FORCE DE FRAPPE; a.k.a. COALITION OF CONGOLESE PATRIOTIC RESISTANCE-FORCE DE FRAPPE; a.k.a. "PARECO-FF"), Masisi Territory, North Kivu, Congo, Democratic Republic of the; Organization Established Date 23 Nov 2022; alt. Organization Established Date 2006; Target Type Armed Group [DRCONGO].

"PARECO-FF" (a.k.a. COALITION DES PATRIOTES RESISTANTS CONGOLAIS-FORCE DE FRAPPE; a.k.a. COALITION OF CONGOLESE PATRIOTIC RESISTANCE-FORCE DE FRAPPE; a.k.a. "PARECO"), Masisi Territory, North Kivu, Congo, Democratic Republic of the; Organization Established Date 23 Nov 2022; alt. Organization Established Date 2006; Target Type Armed Group [DRCONGO].

"PARPO" (a.k.a. IRANIAN BASPAR PUYA COMPANY), Level 7, Number 180, 14 Farai Street, 1 Street, Jay Industrial Town Neighborhood, South Qahhab Rural District, Isfahan 8159484811, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 02 Sep 2020; National ID No. 14009403224 (Iran); Registration Number 65464 (Iran) [SDGT] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

"PARS BANA SADR" (a.k.a. P.B. SADR CO.; a.k.a. PARS BANAYE SADR CONSTRUCTION COMPANY; a.k.a. PARS BANAYE SADR INDUSTRIAL CONSTRUCTION COMPANY PJS; a.k.a. PARS BANAYE SADR INDUSTRIES COMPANY; a.k.a. PB SADR CONSTRUCTION COMPANY; a.k.a. SHERKATE SANATI OMRANI PARS BANAYE SADR; a.k.a. "PBS CONSTRUCTION CO"; a.k.a. "PBS CONSTRUCTION COMPANY"), No. 13, 1st Koohestan Ave., Pasdaran Street, Tehran, Iran; No. 17 Koohestan 1, Pasdaran Street, Tehran 1958833951, Iran; Website www.pars-bana.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2003 [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

"PARTISANS OF GOD" (a.k.a. ANSAR ALLAH; a.k.a. ANSARALLAH; a.k.a. ANSARULLAH; a.k.a. "HOUTHI GROUP"; a.k.a. "SUPPORTERS OF GOD"), Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Digital Currency Address - USDT TC4VsFHJdZ66BdwobZxkudVZBVmQZgCP65; alt. Digital Currency Address - USDT TQ5mpZPbQMSq2s1vSM3RJgiB1AsTsiTpFZ; alt. Digital Currency Address - USDT TXEaKf4rT3rMoD3Vuqnuhwr6vLq6BL5t33; alt. Digital Currency Address - USDT TGUPpmW2bAnMCLe5ih2CFisfCHk4gTFDsx; alt. Digital Currency Address - USDT TDwN1Eq62bqvVhfGAjdRRJjE46jsi5KNMV; alt. Digital Currency Address - USDT TM6Kix9wH8cYQ4rLpFifsQ4ddH3rPX3f8p; alt. Digital Currency Address - USDT TDprk9jeYPVm6khkBp1u7fwuyJcEJFrPWD; alt. Digital Currency Address - USDT TVn4q7L4fKEPbygi7UHq1CKfZxtbeuMV5q [FTO] [SDGT].

"PARTISANS OF ISLAM" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"PASCO" (a.k.a. PASARGAD STEEL COMPLEX; a.k.a. PASARGAD STEEL ZOB INDUSTRIAL COMPLEX; a.k.a. ZOBE AHAN PASARGAD INDUSTRY COMPLEX COMPANY), No. 3, Nasim Alley, Movahed Danesh St., Aghdasieh, Tehran, Iran; West Atefi Street 33, Africa Avenue, Tehran, Iran; Website www.pascosteel.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 218641 (Iran) [IRAN-EO13871].

"PAT SUPAPHA" (a.k.a. LY, Yong Phat; a.k.a. "PAD SUPA"; a.k.a. "PHAT SUPHAPHA"; a.k.a. "PHAT, Suphapha"; a.k.a. "PUT SUPAPA"), 9352 Moo 1 Wangkraja Amphur Muang, Trat Trat 23000, Thailand; DOB 07 Jan 1958; POB Thmor Sor Village, Thmor Sor Commune, Botum Sakor District, Koh Kong Province, Cambodia; alt. POB Trat, Thailand; nationality Cambodia; alt. nationality Thailand; Gender Male; National ID No. 5230200031049 (Thailand) (individual) [GLOMAG].

"PAT" (a.k.a. RODRIGUEZ OREJUELA, Miguel Angel; a.k.a. "DOCTOR M.R.O."; a.k.a. "EL SENOR"; a.k.a. "MANOLO"; a.k.a. "MANUEL"; a.k.a. "MAURO"; a.k.a. "MIKE"; a.k.a. "PATRICIA"; a.k.a. "PATRICIO"; a.k.a. "PATTY"), Casa No. 19, Avenida Lago, Ciudad Jardin, Cali, Colombia; DOB 23 Nov 1943; alt. DOB 15 Jul 1943; Cedula No. 6095803 (Colombia) (individual) [SDNT].

"PATE MURO" (a.k.a. PATINO RESTREPO, Carlos Arturo; a.k.a. "PATEMURO"), c/o COMERCIALIZADORA DE CAFE DEL OCCIDENTE CODECAFE LTDA., Pereira, Risaralda, Colombia; c/o INVERSIONES MACARNIC PATINO Y CIA S.C.S., Pereira, Risaralda, Colombia; Calle 20 No. 6-30, Ofc. 1304, Pereira, Risaralda, Colombia; Carrera 8-21, Viterbo, Caldas, Colombia; DOB 27 Apr 1964; POB La Virginia, Risaralda, Colombia; nationality Colombia; citizen Colombia; Cedula No. 9991679 (Colombia); Passport 9991679 (Colombia); alt. Passport AF186124 (Colombia); alt. Passport AC455469 (Colombia); alt. Passport PO69381 (Colombia) (individual) [SDNT].

"PA'TEK" (a.k.a. ARSALAN, Mike; a.k.a. BIN ZEIN, Hisyam; a.k.a. JAFAR, Anis Alawi; a.k.a. KECIL, Umar; a.k.a. PATEK, Omar; a.k.a. PATEK, Umar; a.k.a. "AL ABU SYEKH AL ZACKY"; a.k.a. "PAK TAEK"; a.k.a. "UMANGIS MIKE"); DOB 20 Jul 1966; POB Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"PATEMURO" (a.k.a. PATINO RESTREPO, Carlos Arturo; a.k.a. "PATE MURO"), c/o COMERCIALIZADORA DE CAFE DEL OCCIDENTE CODECAFE LTDA., Pereira, Risaralda, Colombia; c/o INVERSIONES MACARNIC PATINO Y CIA S.C.S., Pereira, Risaralda, Colombia; Calle 20 No. 6-30, Ofc. 1304, Pereira, Risaralda, Colombia; Carrera 8-21, Viterbo, Caldas, Colombia; DOB 27 Apr 1964; POB La Virginia, Risaralda, Colombia; nationality Colombia; citizen Colombia; Cedula No. 9991679 (Colombia); Passport 9991679 (Colombia); alt. Passport AF186124 (Colombia); alt. Passport AC455469 (Colombia); alt. Passport PO69381 (Colombia) (individual) [SDNT].

"PATRICIA" (a.k.a. RODRIGUEZ OREJUELA, Miguel Angel; a.k.a. "DOCTOR M.R.O."; a.k.a. "EL SENOR"; a.k.a. "MANOLO"; a.k.a. "MANUEL"; a.k.a. "MAURO"; a.k.a. "MIKE"; a.k.a. "PAT"; a.k.a. "PATRICIO"; a.k.a. "PATTY"), Casa No. 19, Avenida Lago, Ciudad Jardin, Cali, Colombia; DOB 23 Nov 1943; alt. DOB 15 Jul 1943; Cedula No. 6095803 (Colombia) (individual) [SDNT].

"PATRICIO" (a.k.a. RODRIGUEZ OREJUELA, Miguel Angel; a.k.a. "DOCTOR M.R.O."; a.k.a. "EL SENOR"; a.k.a. "MANOLO"; a.k.a. "MANUEL"; a.k.a. "MAURO"; a.k.a. "MIKE"; a.k.a. "PAT"; a.k.a. "PATRICIA"; a.k.a. "PATTY"), Casa No. 19, Avenida Lago, Ciudad Jardin, Cali, Colombia; DOB 23 Nov 1943; alt. DOB 15 Jul 1943; Cedula No. 6095803 (Colombia) (individual) [SDNT].

"PATRICK, Damion" (a.k.a. JOHN, Damion Patrick; a.k.a. RYAN, Damion Patrick; a.k.a. RYAN, Damion Patrick John; a.k.a. "HENRY, John"; a.k.a. "JOHN, Damien"; a.k.a. "JOHN, Damion"; a.k.a. "RYAN, Damien"; a.k.a. "RYAN, John"), British Columbia, Canada; DOB 14 Oct 1980; POB Canada; nationality Canada; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport WQ097521 (Canada); alt. Passport HK184430 (Canada) expires 15 Sep 2026; alt. Passport

AK406531 (Canada) expires 11 Jan 2029 (individual) [IRAN-HR] (Linked To: ASAN, Nihat Abdul Kadir).

"PATRIOT CEC" (a.k.a. FEDERAL STATE AUTONOMOUS INSTITUTION CONGRESS AND EXHIBITION CENTER PATRIOT; a.k.a. FEDERALNOE GOSUDARSTVENNOE AVTONOMNOE UCHREZHDENIE KONGRESSNO VYSTAVOCHNYI TSENTR PATRIOT; a.k.a. "FGAU KVTS PATRIOT"; a.k.a. "PATRIOT CONGRESS AND EXHIBITION CENTER"), str. 2 ter. Park Patriot, Odintsovsky 143070, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 3666026141 (Russia); Registration Number 1023601560465 (Russia) [RUSSIA-EO14024].

"PATRIOT CONGRESS AND EXHIBITION CENTER" (a.k.a. FEDERAL STATE AUTONOMOUS INSTITUTION CONGRESS AND EXHIBITION CENTER PATRIOT; a.k.a. FEDERALNOE GOSUDARSTVENNOE AVTONOMNOE UCHREZHDENIE KONGRESSNO VYSTAVOCHNYI TSENTR PATRIOT; a.k.a. "FGAU KVTS PATRIOT"; a.k.a. "PATRIOT CEC"), str. 2 ter. Park Patriot, Odintsovsky 143070, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 3666026141 (Russia); Registration Number 1023601560465 (Russia) [RUSSIA-EO14024].

"PATRIOT PMC" (Cyrillic: "ЧВК ПАТРИОТ") (a.k.a. PATRIOT PRIVATE MILITARY COMPANY), Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 2018; Organization Type: Defense activities; Target Type Private Company [RUSSIA-EO14024].

"PATTY" (a.k.a. RODRIGUEZ OREJUELA, Miguel Angel; a.k.a. "DOCTOR M.R.O."; a.k.a. "EL SENOR"; a.k.a. "MANOLO"; a.k.a. "MANUEL"; a.k.a. "MAURO"; a.k.a. "MIKE"; a.k.a. "PAT"; a.k.a. "PATRICIA"; a.k.a. "PATRICIO"), Casa No. 19, Avenida Lago, Ciudad Jardin, Cali, Colombia; DOB 23 Nov 1943; alt. DOB 15 Jul 1943; Cedula No. 6095803 (Colombia) (individual) [SDNT].

"PAUL AD SONS FZCO" (a.k.a. PAUL AD SONS TRADING FZE (Arabic: باول اي دي سونز تريدينغ م ح م)), P1-ELOB Office No. E2-116F-47, Sharjah, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Organization Established Date 20 Sep 2022; Registration Number 23371 (United Arab Emirates); Economic Register Number (CBLS) 11941370 (United Arab Emirates) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"PAYO" (a.k.a. BASTIDAS ERENAS, Juan Pablo), Mexico; DOB 11 Mar 1980; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. BAEJ800311HSLSRN16 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"PBS CONSTRUCTION CO" (a.k.a. P.B. SADR CO.; a.k.a. PARS BANAYE SADR CONSTRUCTION COMPANY; a.k.a. PARS BANAYE SADR INDUSTRIAL CONSTRUCTION COMPANY PJS; a.k.a. PARS BANAYE SADR INDUSTRIES COMPANY; a.k.a. PB SADR CONSTRUCTION COMPANY; a.k.a. SHERKATE SANATI OMRANI PARS BANAYE SADR; a.k.a. "PARS BANA SADR"; a.k.a. "PBS CONSTRUCTION COMPANY"), No. 13, 1st Koohestan Ave., Pasdaran Street, Tehran, Iran; No. 17 Koohestan 1, Pasdaran Street, Tehran 1958833951, Iran; Website www.pars-bana.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2003 [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

"PBS CONSTRUCTION COMPANY" (a.k.a. P.B. SADR CO.; a.k.a. PARS BANAYE SADR CONSTRUCTION COMPANY; a.k.a. PARS BANAYE SADR INDUSTRIAL CONSTRUCTION COMPANY PJS; a.k.a. PARS BANAYE SADR INDUSTRIES COMPANY; a.k.a. PB SADR CONSTRUCTION COMPANY; a.k.a. SHERKATE SANATI OMRANI PARS BANAYE SADR; a.k.a. "PARS BANA SADR"; a.k.a. "PBS CONSTRUCTION CO"), No. 13, 1st Koohestan Ave., Pasdaran Street, Tehran, Iran; No. 17 Koohestan 1, Pasdaran Street, Tehran 1958833951, Iran; Website www.pars-bana.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2003 [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

"PCC" (a.k.a. IRAN PETROCHEMICAL COMMERCIAL COMPANY; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY; a.k.a. SHERKATE BASARGANI PETROCHEMIE (SAHAMI KHASS); a.k.a. SHERKATE BAZARGANI PETRCHEMIE; a.k.a.

"IPCC"), No. 1339, Vali Nejad Alley, Vali-e-Asr St., Vanak Sq., Tehran, Iran; INONU CAD. SUMER Sok., Zitas Bloklari C.2 Bloc D.H, Kozyatagi, Kadikoy, Istanbul, Turkey; Topcu Ibrahim Sokak No: 13 D: 7 Icerenkoy-Kadikoy, Istanbul, Turkey; 99-A, Maker Tower F, 9th Floor, Cuffe Parade, Colabe, Mumbai 400 005, India; No. 1014, Doosan We've Pavilion, 58, Soosong-Dong, Jongno-Gu, Seoul, Korea, South; Office No. 707, No. 10, Chao Waidajie, Chao Tang District, Beijing 100020, China; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

"PCC" (a.k.a. PRIMEIRO COMANDO DA CAPITAL; a.k.a. "FIRST CAPITAL COMMAND"), Brazil [ILLICIT-DRUGS-EO14059].

"PCCI" (a.k.a. PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL LIMITED; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL LTD; a.k.a. PETROCHEMICAL TRADING COMPANY LIMITED), 41, 1st Floor, International House, The Parade, St. Helier JE2 3QQ, Jersey; Ave. 54, Yimpash Business Center, No. 506, 507, Ashkhabad 744036, Turkmenistan; P.O. Box 261539, Jebel Ali, Dubai, United Arab Emirates; No. 21 End of 9th St, Gandi Ave, Tehran, Iran; 21, Africa Boulevard, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 77283 (Jersey); all offices worldwide [IRAN].

"PCI" (a.k.a. PARA CHEMICAL INDUSTRIES; a.k.a. PARCHIN CHEMICAL FACTORIES; a.k.a. PARCHIN CHEMICAL INDUSTRIES; a.k.a. PARCHIN CHEMICAL INDUSTRIES GROUP; a.k.a. PCF), Khavaran Road Km 35, Tehran, Iran; 2nd Floor, Sanam Bldg., 3rd Floor, Sanam Bldg., P.O. Box 16765-358, Nobonyad Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"PCI" (a.k.a. PENTANE CHEMISTRY; a.k.a. PENTANE CHEMISTRY INDUSTRIES; a.k.a. PENTANE CHEMISTRY INDUSTRIES COMPANY; a.k.a. PENTANE CHEMISTRY INDUSTRY COMPANY), 5th Floor, No. 192, Darya and Paknejad Blv. Cross Section, Shahrak Gharb, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"PCP" (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "SL"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

"Pecho de Rata" (a.k.a. LOPEZ VEGA, Edwin Danney), Limon, Costa Rica; DOB 02 Jan 1977; POB Centro Central, Limon, Costa Rica; nationality Costa Rica; Gender Male; Cedula No. 701210791 (Costa Rica) (individual) [ILLICIT-DRUGS-EO14059].

"PEDCO" (a.k.a. PETRO IRAN DEVELOPMENT COMPANY; a.k.a. PETROIRAN DEVELOPMENT COMPANY (PEDCO) LIMITED), 41, 1st Floor, International House, The Parade, St. Helier JE2 3QQ, Jersey; National Iranian Oil Company - PEDCO, P.O. Box 2965, Al Bathaa Tower, 9th Floor, Apt. 905, Al Buhaira Corniche, Sharjah, United Arab Emirates; P.O. Box 15875-6731, Tehran, Iran; No. 22, 7th Lane, Khalid Eslamboli Street, Shahid Beheshti Avenue, Tehran, Iran; No. 102, Next to Shahid Amir Soheil Tabrizian Alley, Shahid Dastgerdi (Ex Zafar) Street, Shariati Street, Tehran 19199/45111, Iran; Kish Harbour, Bazargan Ferdos Warehouses, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 67493 (Jersey); all offices worldwide [IRAN].

"PEDEX" (a.k.a. PARS ENERGY DEVELOPMENT; a.k.a. PARS ENERGY GOSTAR CO.; a.k.a. PARS ENERGY GOSTAR DRILLING AND EXPLORATION (Arabic: شرکت حفاری و اکتشاف انرژی گستر پارس); a.k.a. PARS ENERGY-GOSTAR DRILLING AND EXPLORATION), Karim Khan Zand St. - Shahid Hosseini St. - Corner of West 4th - No. 34, Tehran, Iran; Pars Gostar Energy Exploration and Drilling Company Support Site, Side of the Judiciary, Entrance to Hamidiya City, Hamidiya District, Khuzestan 6344153669, Iran; Website http://pedex.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100862988 (Iran); Registration Number 40918 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"Pedro Orejas" (a.k.a. RINCON CASTILLO, Pedro Nel), Ibague, Colombia; DOB 12 Feb 1967; POB Maripi, Boyaca, Colombia; citizen Colombia; Gender Male; Cedula No. 79416383 (Colombia); Passport 79416383 (Colombia) (individual) [SDNTK] (Linked To: ESMERALDAS COLOMBIANAS CERRO GUALILO LTDA. C.I.).

"Peer Sahib" (a.k.a. SHAH, Mohammad Yousuf; a.k.a. SHAH, Mohammad Yusuf; a.k.a. SHAH, Mohammed Yusaf; a.k.a. SHAH, Mohd Yosuf; a.k.a. SHAH, Mohd Yousuf; a.k.a. SHAH, Mohd Yusuf; a.k.a. SHAH, Syed Mohammed Yusuf; a.k.a. "SALAHUDDIN, Syed"; a.k.a. "SALAHUDEEN, Sayeed"; a.k.a. "SALAHUDIN, Syed"; a.k.a. "Salauddin"), Muzaffarabad, Pakistan-administered Kashmir, Pakistan; Rawalpindi, Pakistan; Pakistan; Islamabad, Pakistan; DOB 1952; POB Soibug, Budgam, Kashmir, Jammu and Kashmir, India; nationality India; alt. nationality Pakistan; citizen India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"PEIJNENBURG, Aam" (a.k.a. PEIJNENBURG, Alex Adrianus Martin; a.k.a. PEIJNENBURG, Alex Adrianus Martinus), Boxtel, Netherlands; DOB 06 Jan 1987; POB Boxtel, Netherlands; citizen Netherlands; Website therealrc.com; Gender Male; Digital Currency Address - XBT 1DbvK8P6imBuLcwh2Vruis4xsUb8YAwJQF; alt. Digital Currency Address - XBT 1G6DuwDKNHiUWqks2Lgu44cesu7ffFbLK7; alt. Digital Currency Address - XBT 3AQSmMk5n3c6TKEg9B2WyzYAPm33gJJAA4; alt. Digital Currency Address - XBT 129zKFLoVad9JtxSmDKeJoLCsjhGR7b3vr; alt. Digital Currency Address - XBT 12YyR9EpvHxBjjKjTWqfKqeyoWnvcraxpW; alt. Digital Currency Address - XBT 1KctQENEX5QkQMpnMC3Zh9yRAzkMBLpPcr; alt. Digital Currency Address - XBT 3HqA7i3ttECLvgqvq69HNxxUP5BL7Z5YgA; alt. Digital Currency Address - XBT 1G9A8WRjGXdnYY4TNEVRrcaHsMtana4ncF; alt. Digital Currency Address - XBT 1Js6goCey2NaqPQptiLANLQGuk4d6mowjP;

alt. Digital Currency Address - XBT 13RH4JaFhaCxDGPyYE9emjp2aDxdX18uBA; alt. Digital Currency Address - XBT 1FE2cuvkq8n5VGwj5hi8YYQxskwJpovPyV; alt. Digital Currency Address - XBT 1DJoEMvp95yJYWyxAZy8DDBzuvjnrTVrsN; alt. Digital Currency Address - XBT 1N6XqSf3ULpNjko9LrJmHudRoLitjwkETN; alt. Digital Currency Address - XBT bc1qwa6zu6qhl6wqnlxp642vcf89nptsassle25ulf; alt. Digital Currency Address - XBT 386wa1UM6nA798AWNh64jdrejZyedeXgUN; alt. Digital Currency Address - XBT 15UdZbmGPa2LatD3abtGpphgkHLFWftV4R; alt. Digital Currency Address - XBT 16tByCYzxuWiN8kF9FrK9jJy6eQYLVkQ1i; alt. Digital Currency Address - XBT 1NpHuti9NSM9fVTXLkvSDU4AnhqGQ5N53d; Digital Currency Address - ETH 0x83E5bC4Ffa856BB84Bb88581f5Dd62A433A25e0D; alt. Digital Currency Address - ETH 0x08b2eFdcdB8822EfE5ad0Eae55517cf5DC544251; alt. Digital Currency Address - ETH 0x04DBA1194ee10112fE6C3207C0687DEf0e78baCf; alt. Digital Currency Address - ETH 0x0Ee5067b06776A89CcC7dC8Ee369984AD7Db5e06; alt. Digital Currency Address - ETH 0x502371699497d08D5339c870851898D6D72521Dd; alt. Digital Currency Address - ETH 0x5A14E72060c11313E38738009254a90968F58f51; alt. Digital Currency Address - ETH 0xEFE301d259F525cA1ba74A7977b80D5b060B3ccA; Digital Currency Address - BCH qpusmp64rajses77x95g9ah825mtyyv74smwwkxhx3; Passport NK6788642 (Netherlands) (individual) [ILLICIT-DRUGS-EO14059].

"Pejvak" (a.k.a. SHOKOHI, Amin); DOB 11 Jul 1990; alt. DOB 11 Jul 1989; alt. DOB 05 Aug 1981; POB Karaj, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2] (Linked To: ITSEC TEAM).

"PELO DE COBRE" (a.k.a. SATIZABAL RENGIFO, Mario German), Colombia; DOB 04 Mar 1970; POB Buga, Valle, Colombia; Cedula No. 14892890 (Colombia) (individual) [SDNT].

"PELON" (a.k.a. FLORES APODACA, Salome; a.k.a. "FINO"); DOB 23 Oct 1962; POB Sinaloa, Mexico; nationality Mexico; Gender Male; Passport 07040059504 (Mexico); R.F.C. FOAS621023Q97 (Mexico); C.U.R.P. FOAS621023HSLLPL04 (Mexico) (individual) [SDNTK].

"PENG, Betty" (a.k.a. PENG, Minbo (Chinese Simplified: 彭敏波)), Unit 1507B, 15/F.,

Eastcore, 398 Kwun Tong Road, Kwun Tong, Kowloon, Hong Kong, China; No. 111 Changtang Group, Guandao Village, Tiaoma Town, Lianghua District, Changsha, Hunan, China; DOB 01 Oct 1982; POB Furong District, Changsha, Hunan Province, China; nationality China; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport EH4256001 (China) expires 25 Sep 2029; Identification Number 430102198210015564 (China) (individual) [RUSSIA-EO14024].

"PENG, Kevin" (a.k.a. PENG, Bo); DOB 06 Dec 1983; POB Jiangsu, China; citizen China; Email Address kevinpengtech@gmail.com; alt. Email Address kevin.pengchem@gmail.com; alt. Email Address kevin.polymer@gmail.com; alt. Email Address pengbochem@hotmail.com; Gender Male; Passport G34331983 (China) issued 13 Mar 2009 expires 12 Mar 2019; National ID No. 320106198312060411 (China); alt. National ID No. 32010619312060000 (China) (individual) [SDNTK] (Linked To: KAIKAI TECHNOLOGY CO., LTD.).

"PEOPLE'S ARMY" (a.k.a. AL-SHA'BI COMMITTEES; a.k.a. JAYSH AL-SHAAB; a.k.a. JAYSH AL-SHA'BI; a.k.a. JISH SHAABI; a.k.a. SHA'BI COMMITTEES; a.k.a. SHA'BI FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCES; a.k.a. "ARMY OF THE PEOPLE"; a.k.a. "POPULAR COMMITTEES"; a.k.a. "POPULAR FORCES"; a.k.a. "SHA'BI"; a.k.a. "THE POPULAR ARMY"), Syria [PAARSSR-EO13894].

"PEPPE 'O CIUCCIO" (a.k.a. DELL'AQUILA, Giuseppe); DOB 20 Mar 1962; POB Giugliano, Campania, Italy (individual) [TCO].

"PERALTA DTO" (a.k.a. CESAR PERALTA DRUG TRAFFICKING ORGANIZATION), Dominican Republic [SDNTK].

"PERFECT SILHOUETTE" (a.k.a. GRUPO ILC; a.k.a. ILC CONSULTORES ADMINISTRATIVOS, S. DE R.L. DE C.V.; a.k.a. ILC EXPORTACIONES, S. DE R.L. DE C.V.; a.k.a. RESTAURANTE EL HABANERO, S.A. DE C.V.; a.k.a. "EQUIPOSPA"; a.k.a. "ULTRAPHARMA"; a.k.a. "ULTRAVITAL"), General Victoriano Cepeda 2, Colonia Observatorio, Miguel Hidalgo, Mexico, Distrito Federal 11860, Mexico; Louisiana No. 24, Esq. Montana, Col. Napoles, Del. Benito Juarez, Mexico, Distrito Federal 03810, Mexico; Periferico Sur #102, Col. Observatorio, Del. Miguel Hidalgo, Mexico, Distrito Federal,

Mexico; Huixquilucan, Estado de Mexico, Mexico; R.F.C. IEX-950713-L90 (Mexico); alt. R.F.C. ICA060810942 (Mexico) [SDNTK].

"PERICA" (a.k.a. OCHOA VILLAGRAN, Erick Manuel), Guatemala; DOB 01 Jun 1985; POB San Marcos, Guatemala; nationality Guatemala; Gender Male; Cedula No. L-1247674 (Guatemala); C.U.I. 1680324221213 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

"PERKO_JULLEUCHTER" (a.k.a. JULLEUCHTER BY PERKO; a.k.a. JULLEUCHTER BY PERKO FAMILY WORKSHOP; a.k.a. PERKO JULLEUCHTER; a.k.a. PERKO WORKSHOP FAMILY; a.k.a. "PERKOWORKSHOP"), Kaluga, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Manufacture of other porcelain and ceramic products [RUSSIA-EO14024] (Linked To: LOSEV, Aleksey Vyacheslavovich).

"PERKOWORKSHOP" (a.k.a. JULLEUCHTER BY PERKO; a.k.a. JULLEUCHTER BY PERKO FAMILY WORKSHOP; a.k.a. PERKO JULLEUCHTER; a.k.a. PERKO WORKSHOP FAMILY; a.k.a. "PERKO_JULLEUCHTER"), Kaluga, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Manufacture of other porcelain and ceramic products [RUSSIA-EO14024] (Linked To: LOSEV, Aleksey Vyacheslavovich).

"PERM GUNPOWDER MILL" (a.k.a. FEDERAL STATE ENTERPRISE PERM POWDER PLANT (Cyrillic: ФЕДЕРАЛЬНОЕ КАЗЕННОЕ ПРЕДПРИЯТИЕ ПЕРМСКИЙ ПОРОХОВОЙ ЗАВОД)), Ul. Galperina 11, Perm 614101, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 5908006119 (Russia); Registration Number 1025901604156 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"PERSPECTIVE INVESTMENTS LIMITED LIABILITY COMPANY" (a.k.a. LIMITED LIABILITY COMPANY PROMISING INVESTMENTS; a.k.a. "PROMISING INVESTMENTS LLC"), 46 Molodezhnaya St., Office 335, Odintsovo, Moscow Region 143007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-

issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 5032218680 (Russia); Registration Number 1105032001458 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

"PETROV, Arthur" (a.k.a. PETROV, Artur Aleksandrovich), 36 Leoforos Aigyptou, Larnaca, Cyprus; Umm Haram 66 Flat 1, Larnaca, Cyprus; DOB 04 Sep 1989; POB Tselinograd, Kazakhstan; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 757582978 (Russia) expires 19 Apr 2028; National ID No. 2209415706 (Russia) (individual) [RUSSIA-EO14024].

"PGSL" (a.k.a. KHALIJ-E FARS (PERSIAN GULF) SHIPPING LINES; a.k.a. PERSIAN GULF SHIPPING LINES LTD), Strovolos Center, Flat No. 204, Floor No. 2, Strovolou 77, Nicosia 2018, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. C334268 (Cyprus) [IRAN].

"PHAT SUPHAPHA" (a.k.a. LY, Yong Phat; a.k.a. "PAD SUPA"; a.k.a. "PAT SUPAPHA"; a.k.a. "PHAT, Suphapha"; a.k.a. "PUT SUPAPA"), 9352 Moo 1 Wangkraja Amphur Muang, Trat Trat 23000, Thailand; DOB 07 Jan 1958; POB Thmor Sor Village, Thmor Sor Commune, Botum Sakor District, Koh Kong Province, Cambodia; alt. POB Trat, Thailand; nationality Cambodia; alt. nationality Thailand; Gender Male; National ID No. 5230200031049 (Thailand) (individual) [GLOMAG].

"PHAT, Suphapha" (a.k.a. LY, Yong Phat; a.k.a. "PAD SUPA"; a.k.a. "PAT SUPAPHA"; a.k.a. "PHAT SUPHAPHA"; a.k.a. "PUT SUPAPA"), 9352 Moo 1 Wangkraja Amphur Muang, Trat Trat 23000, Thailand; DOB 07 Jan 1958; POB Thmor Sor Village, Thmor Sor Commune, Botum Sakor District, Koh Kong Province, Cambodia; alt. POB Trat, Thailand; nationality Cambodia; alt. nationality Thailand; Gender Male; National ID No. 5230200031049 (Thailand) (individual) [GLOMAG].

"PHAUF" (a.k.a. LLC SPC MICROSYSTEMS; a.k.a. NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE MIKROSISTEMA; a.k.a. NPP MIKROSISTEMA), Pr-d Zavodskoi D. 2, K. 1, Pomeshch. 132, Fryazino 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

5050130928 (Russia); Registration Number 1175050002434 (Russia) [RUSSIA-EO14024].

"PHC" (a.k.a. PASARGAD CO; a.k.a. PASARGAD HELICOPTER COMPANY (Arabic: هلیکوپتری پاسارگاد پرواز کیش); a.k.a. PASARGAD PARVAZ KISH CO; a.k.a. PASARGAD PARVAZE KISH), 2nd and 3rd Floor, No. 10, Banisi St., Between Mirdamad Blvd. and Zafar Ave., Nelson Mandela Blvd., Tehran 7941963355, Iran; Pasargad Helicopter Hanger, Airside Area, Kish International Airport, Kish Island 1968874511, Iran; Unit 17, 4th Floor, Mona Tower, Kish Island, Iran; Ground Floor, Kish International Exhibition Building, No. 0, Imam Khomeini Square, Airport Boulevard, Kish Airport, Bandar Lengeh, Hormozgan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 06 May 2017; National ID No. 14006750018 (Iran); Registration Number 13360 (Iran) [NPWMD] [IFSR] (Linked To: IRAN HELICOPTER SUPPORT AND RENEWAL COMPANY).

"PHILAX COMMUNICATIONS" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FILAKSKOM; a.k.a. "PHILAXCOM"), Ul. Okskaya D. 8, K. 2, Et/P/K/Of 1/III/1/28, Moscow 109117, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724786430 (Russia); Registration Number 1117746288384 (Russia) [RUSSIA-EO14024].

"PHILAXCOM" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FILAKSKOM; a.k.a. "PHILAX COMMUNICATIONS"), Ul. Okskaya D. 8, K. 2, Et/P/K/Of 1/III/1/28, Moscow 109117, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724786430 (Russia); Registration Number 1117746288384 (Russia) [RUSSIA-EO14024].

"PHOENIX" (a.k.a. FENIKS; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU FENIKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФЕНИКС)), Ter. Oez Ppt Lipetsk Str. 4A, Office 021/25, Gryazi 398010, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Manufacture of articles of concrete, cement and plaster; Tax ID No. 4802013587 (Russia); Registration Number 1194827003128 (Russia) [RUSSIA-EO14024].

"PICHI" (a.k.a. ROJAS, Edinson Rodolfo); DOB 26 Sep 1973; POB Medellin, Colombia; citizen

Colombia; Cedula No. 98593559 (Colombia) (individual) [SDNTK].

"PICHUGA" (Cyrillic: "ПИЧУГА") (a.k.a. PICHUGIN, Yuri Viktorovich (Cyrillic: ПИЧУГИН, ЮРИЙ ВИКТОРОВИЧ); a.k.a. PICHUGIN, Yuriy; a.k.a. PICHUGIN, Yury; a.k.a. "VLADIMIR BILIY"; a.k.a. "VOLODYMYR BILYY"), 2/1 Geroyev Panfilovtsev Street, Moscow, Russia; Barviha Hills, Moscow, Russia; DOB 18 Oct 1965; POB Azanka, Tavdinsky District, Sverdlovsk Oblast, Russia; nationality Russia; Gender Male; Passport 618684 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"PICREADI" (a.k.a. CENTER FOR SUPPORT AND DEVELOPMENT OF PUBLIC INITIATIVE CREATIVE DIPLOMACY (Cyrillic: ЦЕНТР ПОДДЕРЖКИ И РАЗВИТИЯ ОБЩЕСТВЕННЫХ ИНИЦИАТИВ КРЕАТИВИАЯ ДИПЛОМАЦИЯ); a.k.a. "CREATIVE DIPLOMACY" (Cyrillic: "КРЕАТИВНАЯ ДИПЛОМАТИЯ"); a.k.a. "PUBLIC INITIATIVE CREATIVE DIPLOMACY" (Cyrillic: "ОБЩЕСТВЕННЫХ ИНИЦИАТИВ КРЕАТИВНАЯ ДИПЛОМАТИЯ")), ul. Kuusinena, d. 11, korp. 1, Moscow 125252, Russia (Cyrillic: ул. Куусинена, д. 11, корп. 1, Москва 125252, Russia); Website picreadi.ru; alt. Website picreadi.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Activities of political organizations; Target Type Charity or Nonprofit Organization; Tax ID No. 7714400021 (Russia); Registration Number 1117799005587 (Russia) issued 2010 [RUSSIA-EO14024] (Linked To: BURLINOVA, Natalya Valeryevna).

"Pilo" (a.k.a. CAMACHO PORCHAS, Jesus Francisco), Hermosillo, Sonora, Mexico; DOB 11 May 1980; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAPJ800511HSRMRS01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"Pipo" (a.k.a. CHAVARRIA BARRE, Wilmer Geovanny), Ecuador; DOB 15 May 1986; POB Ecuador; nationality Ecuador; Gender Male; Cedula No. 1205189911 (Ecuador) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: LOS LOBOS DRUG TRAFFICKING ORGANIZATION).

"PIPPIN, James" (a.k.a. MISHIN, Aleksandr Igorvich; a.k.a. MISHIN, Alexander Igorevich (Cyrillic: МИШИН, Александр Игоревич); a.k.a. "ALEX560560"; a.k.a. "JAMES1789"; a.k.a. "KLICHKO, Ivan P"; a.k.a. "SASHA-BRN"; a.k.a. "TRIPLEX560"), Ul. Yubileynaya, D. 32,

Barnaul, Altai Krai, Russia; DOB 18 Mar 1994; POB Altai Krai, Russia; nationality Russia; Gender Male; Digital Currency Address - XBT 3FfRvC3kSo2SxiQe5e7SSuNdegwgq8iusL; Passport 5904776 (Russia) expires 05 Sep 2027 (individual) [CYBER3] (Linked To: ZSERVERS).

"PISHGAMAN COMPANY" (a.k.a. BAZARGANI PISHGAMAN GOSTARESH OFOQ TEJARAT IRANIAN COMPANY; a.k.a. IRANIAN TEJARAT OFOG PISHGAMAN BAZARGANI COMPANY; a.k.a. IRANIAN TRADE HORIZON PIONEERS COMMERCIAL COMPANY; a.k.a. PISHGAMAN HORIZON DEVELOPMENT GOSTARESH OFOQ IRANIAN BUSINESS TRADING COMPANY; a.k.a. PISHGAMAN HORIZON DEVELOPMENT IRANIAN BUSINESS TRADING COMPANY (Arabic: شرکت بازرگانی پیشگامان گسترش افق تجارت ایرانیان)), Resalat Expressway, Not Reaching Africa Central Building of the Foundation for the Oppressed of the Islamic Revolution, Ninth Floor, Tehran 1519613511, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320843860 (Iran); Registration Number 433545 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"Pistones" (a.k.a. BANUELOS RAMIREZ, Juan Carlos; a.k.a. "Prada"; a.k.a. "PRADA, Juan Carlos"), Mexico; DOB 05 Oct 1977; POB Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. BARJ771005HJCXMN05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"Pitbull" (a.k.a. TURKANOV, Mikhail Viktorovich), Russia; DOB 26 Dec 1987; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

"PJ" (a.k.a. TONG, Peigi; a.k.a. TONG, Peiji (Chinese Simplified: 佟霈佶); a.k.a. "Dr P"; a.k.a. "Small Bull"), China; DOB 15 May 1997; POB Shenyang, Liaoning Province, China; nationality China; Gender Male; National ID No. 210103199705154515 (China) (individual) [ILLICIT-DRUGS-EO14059].

"PJOE" (a.k.a. PENGLAI JUTAL OFFSHORE ENGINEERING HEAVY INDUSTRIES CO LTD (Chinese Simplified: 蓬莱巨涛海洋工程重工有限公司)), No. 5, Harbin Road, Economic Development Zone, Penglai, Yantai, Shandong 265607, China; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; Unified Social Credit Code (USCC) 913706007337173082 (China) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ARCTIC LNG 2).

"PJSC ASZ" (a.k.a. AMUR SHIPBUILDING PLANT; a.k.a. AMUR SHIPBUILDING PLANT PUBLIC COMPANY; a.k.a. JSC AMURSKY SUDOSTROITELNY ZAVOD (Cyrillic: ПАО АМУРСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. PJSC AMURSKY SUDOSTROITELNY FACTORY; a.k.a. PUBLIC JOINT STOCK COMPANY AMURSKY SHIPBUILDING PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO AMURSKIY SUDOSTROITELNYI ZAVOD), 1 Alleya Truda St., Komsomolsk-On-Amur, Khabarovsk Region 681000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Dec 1992; Tax ID No. 2703000015 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

"PJSC KMZ" (a.k.a. KOVROV MECHANICAL PLANT; a.k.a. KOVROV MECHANICAL PLANT PJSC (Cyrillic: ПАО КОВРОВСКИЙ МЕХАНИЧЕСКИЙ ЗАВОД)), 26, Sotsialisticheskaya Street, Kovrov, Vladimirskaya oblast 601909, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3305004397 (Russia) [RUSSIA-EO14024].

"PJSC KUMZ" (Cyrillic: "ПАО КУМЗ") (a.k.a. KAMENSK URALSKY METALLURGICAL WORKS JOINT STOCK COMPANY; a.k.a. PUBLIC JOINT STOCK COMPANY KAMENSK URALSKIY METALLURGICHESKIY ZAVOD (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КАМЕНСК УРАЛЬСКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД)), ul. Zavodskaya 5, Kamensk-Uralski 623405, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6665002150 (Russia); Registration Number 1026600930707 (Russia) [RUSSIA-EO14024].

"PJSC MMK" (Cyrillic: "ПАО ММК") (a.k.a. MAGNITOGORSK IRON & STEEL WORKS; a.k.a. MAGNITOGORSK IRON AND STEEL WORKS PJSC; a.k.a. OPEN JOINT STOCK COMPANY MAGNITOGORSK IRON & STEEL WORKS; a.k.a. PUBLIC JOINT STOCK COMPANY MAGNITOGORSK METALLURGICAL COMBINE; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO MAGNITOGORSKIY

METALLURGICHESKIY KOMBINAT (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МАГНИТОГОРСКИЙ МЕТАЛЛУРГИЧЕСКИЙ КОМБИНАТ); a.k.a. "MMK PAO"), 93 Kirov Street, Magnitogorsk 455000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1932; Tax ID No. 7414003633 (Russia); Government Gazette Number 00186424 (Russia); Legal Entity Number 253400XSJ4C01YMCXG44 (Russia); Registration Number 1027402166835 (Russia) [RUSSIA-EO14024].

"PJSC ODK-UMPO" (a.k.a. ODK-UMPO ENGINE BUILDING ASSOCIATION; a.k.a. ODK-UMPO ENGINE BUILDING ENTERPRISE; a.k.a. PAO ODK-UFIMSKOE MOTOROSTROITELNOE PROIZVODSTVENNOE OBEDINENIE (Cyrillic: ПАО ОДК-УФИМСКОЕ МОТОРОСТРОИТЕЛЬНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ); a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE MOTOROSTROITELNOYE PRODUCTION ASSOCIATION; a.k.a. UFA ENGINE BUILDING MANUFACTURING COMPANY; a.k.a. UFA ENGINE-MANUFACTURING COMPANY; a.k.a. UFIMSKOYE MOTOROSTROITELNOYE PROIZVODSTVENNOYE OBYEDINENIYE; a.k.a. UNITED ENGINE MANUFACTURING CORPORATION-UFA ENGINE BUILDING PRODUCTION ASSOCIATION PUBLIC JOINT STOCK CORPORATION; a.k.a. "ODK-UMPO"; a.k.a. "ODK-UMPO PAO"), 2 Ferina St., UFA, Republic of Bashkortostan 450039, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 0273008320 (Russia) [RUSSIA-EO14024].

"PJSC PIK SHB" (a.k.a. PUBLIC JOINT STOCK COMPANY PIK SPECIALIZED HOMEBUILDER (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ПИК СПЕЦИАЛИЗИРОВАННЫЙ ЗАСТРОЙЩИК)), 19 Barrikadnaya Street, Building 1, Moscow 123242, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7713011336 (Russia); Registration Number 1027739137084 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"PJSC SIW" (a.k.a. AKTSIONERNOE OBSHCHESTVO SARANSKII PRIBOROSTROITELNYI ZAVOD; a.k.a.

PUBLIC JOINT STOCK COMPANY SARANSK INSTRUMENT WORKS; a.k.a. "AO SPZ"; a.k.a. "SPZ PJSC"), 9 ul. Vasenko, Saransk 430030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1325003052 (Russia); Registration Number 1021301063464 (Russia) [RUSSIA-EO14024].

"PJSC SPB EXCHANGE" (a.k.a. PUBLIC JOINT STOCK COMPANY SAINT PETERSBURG EXCHANGE; a.k.a. PUBLIC JOINT STOCK COMPANY SPB EXCHANGE; a.k.a. SPB EXCHANGE), Ul. Dolgorukovskaya D. 38, Korp. 1, Moscow 127006, Russia; SWIFT/BIC XPETRU21; Website spbexchange.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 21 Jan 2009; Target Type Financial Institution; Tax ID No. 7801268965 (Russia); Government Gazette Number 45573578 (Russia); Legal Entity Number 253400T8G8SXRUHTL526; Registration Number 1097800000440 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"PJSC TMK" (a.k.a. PUBLIC JOINT STOCK COMPANY PIPE METALLURGICAL COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРУБНАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ); a.k.a. PUBLIC JOINT STOCK COMPANY TRUBNAYA METALLURGICHESKAYA KOMPANIYA; a.k.a. "PAO TMK" (Cyrillic: "ПАО ТМК")), 40 Pokrovka Street, Building 2A, Moscow 101000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7710373095 (Russia); Registration Number 1027739217758 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"PJSC UGC" (Cyrillic: "ПАО ЮГК") (a.k.a. PUBLIC JOINT STOCK COMPANY UZHURALZOLOTO GROUP OF COMPANIES (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЮЖУРАЛЗОЛОТО ГРУППА КОМПАНИЙ)), ter. Shakhta Tsentralnaya, Plast 457020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7424024375 (Russia); Registration Number 1077424000686 (Russia) [RUSSIA-EO14024].

"PKGB" (a.k.a. KAVOSH GOSTAR BOSHRA LLC; a.k.a. PISHTAZAN KAVOSH GOSTAR BASHARA LLC; a.k.a. PISHTAZAN KAVOSH

GOSTAR BOSHRA LLC (Arabic: پیشتازان کاوش گستر بشرا); a.k.a. PISHTAZAN KAVOSH GOSTAR BUSHRA COMPANY LLC; a.k.a. PISHTAZAN KAVOSH GOSTAR BUSHRA LLC), Unit 4, Number 1, Khanjari Alley, between Shahid Bagheri Highway and Seraj, Farjam Avenue, Tehran 1685914195, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 02 Oct 2012; National ID No. 14002836456 (Iran); Registration Number 428840 (Iran) [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

"PKP SE" (a.k.a. PKP SEGMENT ENERGO), Ul. Bolshaya Polyanka D. 51A/9, Pomeshch. 1/1, Moscow 119180, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7721478117 (Russia); Registration Number 1167746251848 (Russia) [RUSSIA-EO14024].

"PLAZ, OOO" (Cyrillic: "ООО ПЛАЗ") (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PLAZ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПЛАЗ)), ul. Politekhnicheskaya, D. 22, Lit. V, Pomeshch. 1-N, Saint Petersburg, Northwest Federal Region 194021, Russia (Cyrillic: УЛ. ПОЛИТЕХНИЧЕСКАЯ, Д. 22, ЛИТЕР В, ПОМЕЩ. 1-Н, Санкт-петербург, Санкт-петербург 194021, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 May 2006; Tax ID No. 7816388172 (Russia); Government Gazette Number 94599428 (Russia); Business Registration Number 5067847004341 (Russia) [RUSSIA-EO14024].

"PMC VEGA" (a.k.a. LIMITED LIABILITY COMPANY VEGA STRATEGIC SERVICES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЕГА СТРАТЕДЖИК СЕРВИСЕС); a.k.a. VEGACY), 51 Marshala Tukhachevskovo St., Apt. 229, Moscow 123103, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7734727145 (Russia); Registration Number 1147746737423 (Russia) [RUSSIA-EO14024].

"PMGE AO" (a.k.a. AKTCIONERNOE OBSHESTVO POLYARNAYA MORSKAYA GEOLOGORAZVEDOCHNAYA EKSPEDITCIYA; a.k.a. JSC POLAR MARINE GEOSURVEY EXPEDITION; a.k.a. "PMGRE AO" (Cyrillic: "ПМГРЭ АО")), d.24 litera A, ul.

Pobedy, Saint Petersburg 198412, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810639976 (Russia); Registration Number 1177847002354 (Russia) [RUSSIA-EO14024].

"PMGRE AO" (Cyrillic: "ПМГРЭ АО") (a.k.a. AKTCIONERNOE OBSHESTVO POLYARNAYA MORSKAYA GEOLOGORAZVEDOCHNAYA EKSPEDITCIYA; a.k.a. JSC POLAR MARINE GEOSURVEY EXPEDITION; a.k.a. "PMGE AO"), d.24 litera A, ul. Pobedy, Saint Petersburg 198412, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810639976 (Russia); Registration Number 1177847002354 (Russia) [RUSSIA-EO14024].

"PML CO LTD" (a.k.a. PRIMORYE MARITIME LOGISTICS CO LTD), 01 ul Tigorovaya 20A, Vladivostok, Primorskiy kray 690091, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5993381 [DPRK4].

"PNIEI JSC" (a.k.a. JOINT STOCK COMPANY PENZENSKY NAUCHNO ISSLEDOVATELSKY ELEKTROTEKHNICHESKY HIGHER EDUCATION INSTITUTION; a.k.a. JSC PENZA ELECTROTECHNICAL RESEARCH INSTITUTE), 9 Sovetskaya Str., Penza, Penza Region 440026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Dec 2011; Tax ID No. 5836649358 (Russia); Registration Number 1115836009255 (Russia) [RUSSIA-EO14024].

"PO SEVER" (a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION SEVER; a.k.a. PROIZVODSTVENNOYE OBYEDINENIYE SEVER; a.k.a. "PA SEVER"), 3 Obedineniya Str., Novosibirsk, Novosibirsk region 630020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Mar 2019; Registration Number 1195476022940 (Russia); alt. Registration Number 5410079229 (Russia) [RUSSIA-EO14024].

"POCH" (a.k.a. RYZHENKOV, Sergey Viktorovich; a.k.a. "MALOY, Serega"; a.k.a. "STEN"), Moscow, Russia; DOB 15 Feb 1989; POB Uzbekistan; nationality Russia; Gender Male; Passport 712199247 (Russia); National

ID No. 3609048460 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP).

"PODTRADE" (a.k.a. OOO TD PODSHIPNIK TRADE), ul. Marshala Rybalko, d. 2, bldg. 6, floor 3, pom. 1, kom. 20, office 19, Moscow 123060, Russia; Ostapovsky proezd, d. 3, bldg. 6/7, office 211, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724850252 (Russia); Registration Number 1127747042830 (Russia) [RUSSIA-EO14024].

"podzemniy1" (a.k.a. VOLOSOVIK, Aleksandr Aleksandrovich; a.k.a. "Ohyeahhellno"; a.k.a. "Yalishanda"), St. Petersburg, Russia; DOB 30 Jan 1983; POB USSR; nationality Russia; citizen Russia; Gender Male; Digital Currency Address - XBT 18dLDAWi8LmrHbEq3QzDJb9SLxCf4uimXB; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 762988138 (Russia) issued 01 Apr 2020 expires 01 Apr 2030; Tax ID No. 253609232850 (Russia) (individual) [CAATSA - RUSSIA] [CYBER4].

"POETE" (a.k.a. HAKIZIMANA, Apollinaire; a.k.a. LEPIC, Amikwe), Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1964; POB Rugogwe Cell, Mwiyanike Sector, Karago Commune, Gisenyi Prefecture, Rwanda; alt. POB Rubavu District, Western Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO] (Linked To: FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA).

"POLICE COOPERATIVE FOUNDATION" (a.k.a. BONYAD TA'AVON OF NAJA; a.k.a. LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN COOPERATIVE FOUNDATION; a.k.a. NIROOYE ENTEZAMI JOMHORI ESLAMI BONYAD TA'AVON; a.k.a. "LAW ENFORCEMENT FORCES COOPERATIVE FOUNDATION"), Hekmat Complex, At the Beginning of Marzdaran Boulevard, Sheikh Fazlollah Nuri Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100477865 (Iran); Registration ID 12322 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

"Pollingsoon" (a.k.a. BOGACHEV, Evgeniy Mikhailovich; a.k.a. BOGACHEV, Evgeniy Mikhaylovich; a.k.a. "Lastik"; a.k.a. "lucky12345"; a.k.a. "Monstr"; a.k.a. "Slavik"), Lermontova Str., 120-101, Anapa, Russia; DOB 28 Oct 1983; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"POLYMEDICS COMPANY" (a.k.a. POLYMEDICS LLC (Arabic: شركة الطبيات المتعددة)), Damascus, Syria; Organization Established Date 19 Oct 2011; Organization Type: Wholesale of other machinery and equipment [PAARSSR-EO13894] (Linked To: MASOUTI, Mohammed Hammam Mohammed Adnan).

"POMA" (a.k.a. SEMENOV, Roman; a.k.a. "ROMA"), Dubai, United Arab Emirates; DOB 08 Nov 1987; nationality Russia; Email Address semenov.roma@gmail.com; alt. Email Address semenovroma@gmail.com; alt. Email Address semenov.roman@mail.ru; alt. Email Address poma@tornado.cash; Gender Male; Digital Currency Address - ETH 0xdcbEfFBECcE100cCE9E4b153C4e15cB885643193; alt. Digital Currency Address - ETH 0x5f48c2a71b2cc96e3f0ccae4e39318ff0dc375b2; alt. Digital Currency Address - ETH 0x5a7a51bfb49f190e5a6060a5bc6052ac14a3b59f; alt. Digital Currency Address - ETH 0xed6e0a7e4ac94d976eebfb82ccf777a3c6bad921; alt. Digital Currency Address - ETH 0x797d7ae72ebddcdea2a346c1834e04d1f8df102b; alt. Digital Currency Address - ETH 0x931546D9e66836AbF687d2bc64B30407bAc8C568; alt. Digital Currency Address - ETH 0x43fa21d92141BA9db43052492E0DeEE5aa5f0A93; alt. Digital Currency Address - ETH 0x6be0ae71e6c41f2f9d0d1a3b8d0f75e6f6a0b46e; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 731969851 (Russia) (individual) [DPRK3].

"Ponchito Corona" (a.k.a. CORONA ROBLES, Edgar Alfonso), C. Rejoneador 6811, Col. Hacienda del Tepeyac, Zapopan, Jalisco 45050, Mexico; Ottawa Num. Ext. 1568 Int. 4 y 5, Providencia, Seccion 1A, 2A y 3A, Guadalajara, Jalisco 44630, Mexico; DOB 25 May 1987; POB Magdalena, Jalisco, Mexico; Gender Male; R.F.C. CORE-870525-AHA (Mexico); C.U.R.P. CORE870525HJCRBD04 (Mexico) (individual) [SDNTK] (Linked To: OPERADORA LOS FAMOSOS, S.A. DE C.V.; Linked To: CARTEL DE JALISCO NUEVA GENERACION; Linked To: LOS CUINIS).

"Poncho La Quiringua" (a.k.a. FERNANDEZ MAGALLON, Alfonso; a.k.a. "Poncho"), Los Reyes, Michoacan, Mexico; DOB 09 Apr 1970; POB Jalisco, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTELES UNIDOS).

"Poncho" (a.k.a. FERNANDEZ MAGALLON, Alfonso; a.k.a. "Poncho La Quiringua"), Los Reyes, Michoacan, Mexico; DOB 09 Apr 1970; POB Jalisco, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTELES UNIDOS).

"POOYA DIGITAL SECURITY GROUP" (a.k.a. AMN PARDAZESH KHARAZMI; a.k.a. ITSEC TEAM; a.k.a. "IT SECURITY & PENETRATION TESTING TEAM"), Unit 2, No. 129, Mir Ali Akbari St, Motahari Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CYBER2].

"POPULAR COMMITTEES" (a.k.a. AL-SHA'BI COMMITTEES; a.k.a. JAYSH AL-SHAAB; a.k.a. JAYSH AL-SHA'BI; a.k.a. JISH SHAABI; a.k.a. SHA'BI COMMITTEES; a.k.a. SHA'BI FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCES; a.k.a. "ARMY OF THE PEOPLE"; a.k.a. "PEOPLE'S ARMY"; a.k.a. "POPULAR FORCES"; a.k.a. "SHA'BI"; a.k.a. "THE POPULAR ARMY"), Syria [PAARSSR-EO13894].

"POPULAR FORCES" (a.k.a. AL-SHA'BI COMMITTEES; a.k.a. JAYSH AL-SHAAB; a.k.a. JAYSH AL-SHA'BI; a.k.a. JISH SHAABI; a.k.a. SHA'BI COMMITTEES; a.k.a. SHA'BI FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCES; a.k.a. "ARMY OF THE PEOPLE"; a.k.a. "PEOPLE'S ARMY"; a.k.a. "POPULAR COMMITTEES"; a.k.a. "SHA'BI"; a.k.a. "THE POPULAR ARMY"), Syria [PAARSSR-EO13894].

"PORKY" (a.k.a. ARCHAGA CARIAS, Yulan Adonay; a.k.a. "MENDOZA, Alexander"), Honduras; DOB 13 Feb 1982; alt. DOB 21 Jan 1982; POB San Pedro Sula, Cortes, Honduras; nationality Honduras; Gender Male (individual) [TCO] (Linked To: MS-13).

"POSIS" (a.k.a. CENTER FOR INNOVATION AND TECHNOLOGY COOPERATION; f.k.a.

OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. OFFICE OF SCIENTIFIC AND TECHNICAL COOPERATION; f.k.a. PRESIDENCY OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. TECHNOLOGY COOPERATION OFFICE; a.k.a. "CITC"; f.k.a. "OSIS"; a.k.a. "TCO"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"POSPELOV, Vladimir Y" (a.k.a. POSPELOV, Vladimir Yakovlevich (Cyrillic: ПОСПЕЛОВ, Владимир Яковлевич)), Russia; DOB 21 Jul 1954; POB Sverodvinsk, Arkhangelsk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

"POWERPLANT EQUIPMENT MANUFACTURING COMPANY" (a.k.a. POWER PLANT EQUIPMENT MANUFACTURING COMPANY; a.k.a. SATNA COMPANY; a.k.a. "SATNA"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"PPL" (a.k.a. PETROPARS LIMITED; a.k.a. PETROPARS LTD.), No. 35, Farhang Blvd., Saadat Abad, Tehran, Iran; Calle La Guairita, Centro Profesional Eurobuilding, Piso 8, Oficina 8E, Chuao, Caracas 1060, Venezuela; P.O. Box 3136, Road Town, Tortola, Virgin Islands, British; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

"Prada" (a.k.a. BANUELOS RAMIREZ, Juan Carlos; a.k.a. "Pistones"; a.k.a. "PRADA, Juan Carlos"), Mexico; DOB 05 Oct 1977; POB Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. BARJ771005HJCXMN05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"PRADA, Juan Carlos" (a.k.a. BANUELOS RAMIREZ, Juan Carlos; a.k.a. "Pistones"; a.k.a. "Prada"), Mexico; DOB 05 Oct 1977; POB Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. BARJ771005HJCXMN05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"PRECISION MECHANICS LLC" (a.k.a. LIMITED LIABILITY COMPANY TOCHNAYA MEKHANIKA; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TOCHNAYA MEKHANIKA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОЧНАЯ МЕХАНИКА)), UL. Kazintsa 9/121A, Minsk 220108, Belarus; Organization Established Date 05 Feb 2009; Organization Type: Manufacture of other fabricated metal products n.e.c.; Tax ID No. 191111141 (Belarus) [BELARUS-EO14038].

"PREDO" (a.k.a. KUJUNDZIC, Predrag); DOB 30 Jan 1961; POB Suho Polje, Doboj, Bosnia-Herzegovina (individual) [BALKANS].

"PRESIDENTIAL SPORTS CLUB" (a.k.a. PREZIDENTSKI SPARTYUNY KLUB (Cyrillic: ПРЭЗІДЭНЦКІ СПАРТЫЎНЫ КЛУБ); a.k.a. PREZIDENTSKIY SPORTIVNIY KLUB (Cyrillic: ПРЕЗИДЕНТСКИЙ СПОРТИВНЫЙ КЛУБ); a.k.a. REPUBLICAN STATE PUBLIC ASSOCIATION PRESIDENTIAL SPORTS CLUB; a.k.a. RESPUBLIKANSKAYE DZYARZHAUNA-HRAMADSKAYE ABYADNANNYE PREZIDENTSKI SPARTYUNY KLUB (Cyrillic: РЭСПУБЛІКАНСКАЕ ДЗЯРЖАЎНА-ГРАМАДСКАЕ АБ'ЯДНАННЕ ПРЭЗІДЭНЦКІ СПАРТЫЎНЫ КЛУБ); a.k.a. RESPUBLIKANSKOYE GOSUDARSTVENNO-OBSHCHESTVENNOYE OBYEDINENIE PREZIDENTSKIY SPORTIVNIY KLUB (Cyrillic: РЕСПУБЛИКАНСКОЕ ГОСУДАРСТВЕННО-ОБЩЕСТВЕННОЕ ОБЪЕДИНЕНИЕ ПРЕЗИДЕНТСКИЙ СПОРТИВНЫЙ КЛУБ)), ul. Starovilenskaya, d. 4, Minsk 220029, Belarus (Cyrillic: ул. Старовиленская, д. 4, г. Минск 220029, Belarus); Organization Established Date 07 Jul 2005; Registration Number 805000023 (Belarus) [BELARUS].

"PRIMITO" (a.k.a. MORFIN MORFIN, Cesar; a.k.a. "PRIMO"), Tamaulipas, Mexico; Jalisco, Mexico; Mexico City, Mexico; Colima, Mexico; DOB 31 Dec 1987; POB Colima, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. MOMC871231HCMRRS00 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"Primo" (a.k.a. ALVAREZ ESCOBAR, Jonathan), Colombia; DOB 10 Sep 1986; POB Tulua, Valle, Colombia; Gender Male; Cedula No. 1017136706 (Colombia) (individual) [SDNTK].

"PRIMO" (a.k.a. MORFIN MORFIN, Cesar; a.k.a. "PRIMITO"), Tamaulipas, Mexico; Jalisco, Mexico; Mexico City, Mexico; Colima, Mexico; DOB 31 Dec 1987; POB Colima, Mexico;

nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. MOMC871231HCMRRS00 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"PRINCE" (a.k.a. AL-WAZIR, Ali Abd-Al-Wahhab Muhammad; a.k.a. "AL-WAZIR, Ali"), Guangzhou, China; DOB 25 Dec 1978; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 03692384 (Yemen) expires 26 Jul 2015 (individual) [SDGT] (Linked To: ANSARALLAH).

"PRINT COLOR" (a.k.a. PRINT KOLOR), Ul. Zheleznodorozhnaya D. 24, Shcherbinka 142171, Russia; Ul. Krasnodarskaya (Severnyi Mkr.) Str. 4, Domodedovo 142000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5074112170 (Russia); Registration Number 1095074005234 (Russia) [RUSSIA-EO14024].

"PROFESYONELLER ELEKTRONIK TIC ITH VE IHR LTD. STI" (a.k.a. PROFESSIONALS ELECTRONIC TRADE IMPORT AND EXPORT LIMITED COMPANY; a.k.a. PROFESYONELLER ELEKTRONIK; a.k.a. PROFESYONELLER ELEKTRONIK TICARET), Kecioren, Ankara, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT; Linked To: SAKARYA, Yunus Emre).

"PROGRESS AO" (a.k.a. JOINT STOCK COMPANY PROGRESS ARSENYEV AVIATION COMPANY; a.k.a. JSC AAC PROGRESS; a.k.a. PROGRESS ARSENYEV AVIATION COMPANY), Pl. Lenina D. 5, Arsenyev 692335, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1936; Tax ID No. 2501002394 (Russia); Registration Number 1022500510350 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"PROJECT FINANCE FACTORY" (a.k.a. LLC SPECIAL ORGANIZATION FOR PROJECT FINANCE FACTORY OF PROJECT FINANCE; a.k.a. SPETSIALIZIROVANNOE OBSHCHESTVO PROEKTNOGO FINANSIROVANIYA FABRIKA PROEKTNOGO FINANSIROVANIYA), pr-kt Akademika Sakharova d. 9, komnata 220, Moscow 107078,

Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708330489 (Russia); Registration Number 1187746103885 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

"PROMA INDUSTRY" (a.k.a. PROMA INDUSTRY CO.; a.k.a. PROMA INDUSTRY CO., LTD; a.k.a. PROMA INDUSTRY CO., LTD.; a.k.a. PROMA INDUSTRY COMPANY; a.k.a. PROMA INDUSTRY COMPANY, LIMITED; a.k.a. PROMA INDUSTRY COMPANY, LTD.; a.k.a. "PROMA"), 1A, Fook Ying Building, 379 King's Road, North Point, Hong Kong, China; 3A, Fook Ying Building, 420 Kins Road, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 4116 (Hong Kong) [NPWMD] [IFSR] (Linked To: HODA TRADING).

"PROMA" (a.k.a. PROMA INDUSTRY CO.; a.k.a. PROMA INDUSTRY CO., LTD; a.k.a. PROMA INDUSTRY CO., LTD.; a.k.a. PROMA INDUSTRY COMPANY; a.k.a. PROMA INDUSTRY COMPANY, LIMITED; a.k.a. PROMA INDUSTRY COMPANY, LTD.; a.k.a. "PROMA INDUSTRY"), 1A, Fook Ying Building, 379 King's Road, North Point, Hong Kong, China; 3A, Fook Ying Building, 420 Kins Road, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 4116 (Hong Kong) [NPWMD] [IFSR] (Linked To: HODA TRADING).

"PROMETHEUS LTD" (a.k.a. PROMETHEUS ENERGY; a.k.a. PROMETHEUS LIMITED TRADE DEVELOPMENT), Per. Baskov D. 36, Lit. A, Pomeshch. 1N, Office 2, Saint Petersburg 191014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 4223712739 (Russia); Registration Number 1104223001057 (Russia) [RUSSIA-EO14024].

"PROMISING INVESTMENTS LLC" (a.k.a. LIMITED LIABILITY COMPANY PROMISING INVESTMENTS; a.k.a. "PERSPECTIVE INVESTMENTS LIMITED LIABILITY COMPANY"), 46 Molodezhnaya St., Office 335, Odintsovo, Moscow Region 143007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 5032218680 (Russia); Registration Number 1105032001458 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

"PROMTECHNOLOGIES" (a.k.a. LIMITED LIABILITY COMPANY PROMTEKHNOLOGIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОМТЕХНОЛОГИЯ); a.k.a. LLC PROMTEKHNOLOGIYA (Cyrillic: ООО ПРОМТЕХНОЛОГИЯ); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU PROMTEKHNOLOGIYA; a.k.a. OOO PROMTEKHNOLOGIYA; a.k.a. PROMTECHNOLOGIA LLC; a.k.a. "ORSIS"; a.k.a. "PROMTEHNOLOGYA"), 14 Podyomnaya St., Housing 8, Moscow 109052, Russia; 19 Smirnovskaya St., Moscow, Russia; Ul. Krzhizhanovskogo, D. 29, K. 2, Antresol 1, Pomeschenie IV, Komnata 1, Moscow 117218, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708696860 (Russia); Government Gazette Number 772701001 (Russia); Registration Number 1097746084908 (Russia) [RUSSIA-EO14024].

"PROMTEHNOLOGYA" (a.k.a. LIMITED LIABILITY COMPANY PROMTEKHNOLOGIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОМТЕХНОЛОГИЯ); a.k.a. LLC PROMTEKHNOLOGIYA (Cyrillic: ООО ПРОМТЕХНОЛОГИЯ); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU PROMTEKHNOLOGIYA; a.k.a. OOO PROMTEKHNOLOGIYA; a.k.a. PROMTECHNOLOGIA LLC; a.k.a. "ORSIS"; a.k.a. "PROMTECHNOLOGIES"), 14 Podyomnaya St., Housing 8, Moscow 109052, Russia; 19 Smirnovskaya St., Moscow, Russia; Ul. Krzhizhanovskogo, D. 29, K. 2, Antresol 1, Pomeschenie IV, Komnata 1, Moscow 117218, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7708696860 (Russia); Government Gazette Number 772701001 (Russia); Registration Number 1097746084908 (Russia) [RUSSIA-EO14024].

"PROSPEROUS PLACE OF JUSTICE" (a.k.a. ADEL ABAD PRISON; a.k.a. ADELABAD PRISON; a.k.a. SHIRAZ CENTRAL PRISON), Shiraz, Fars Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

"PROTECH LLC" (a.k.a. PROTEH CO LTD; a.k.a. PROTEKH), Ul. Tarusskaya, D. 10, Office 207, Moscow 117588, Russia; Dor Mkad 38 KM, D. 4, Moscow 117574, Russia; Ul. Ivana Chernykh 31-33, Office 510, Aquamarine Business Center, Saint Petersburg 198095, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701748975 (Russia); Registration Number 1077761186381 (Russia) [RUSSIA-EO14024].

"PROVINCE OF THE TWO HOLY PLACES" (a.k.a. HIJAZ PROVINCE OF THE ISLAMIC STATE; a.k.a. ISIL-SAUDI ARABIA; a.k.a. ISIS IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-SAUDI ARABIA; a.k.a. MUJAHIDEEN OF THE ARABIAN PENINSULA; a.k.a. WILAYAT AL-HARAMAYN; a.k.a. "AL-HIJAZ PROVINCE"; a.k.a. "NAJD PROVINCE"; a.k.a. "WILAYAT NAJD"), Hijaz and Asir Provinces, Najd region, Saudi Arabia; Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"PROVINCE OF YEMEN" (a.k.a. ISIL-YEMEN; a.k.a. ISIS IN YEMEN; a.k.a. ISLAMIC STATE IN YEMEN; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN YEMEN; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-YEMEN; a.k.a. "WILAYAT AL-YEMEN"), Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"PROVINCIAL SPECIAL FORCES" (a.k.a. IRANIAN SPECIAL POLICE FORCES; a.k.a. IRAN'S COUNTER-TERROR SPECIAL FORCES; a.k.a. NIROO-YE VIZHE PASDAR-E VELAYAT; a.k.a. SUPREME LEADER'S GUARDIAN SPECIAL FORCES; a.k.a. "NOPO" (Arabic: "نوپو"); a.k.a. "SPECIAL COUNTER-TERRORISM FORCE"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES).

"Prude" (a.k.a. LIMON ELENES, Jeuri; a.k.a. "Fox"; a.k.a. "Royal Nuevo"; a.k.a. "Rzr"), Mexico; DOB 28 Apr 1976; POB Sinaloa, Mexico; nationality Mexico; Gender Male;

C.U.R.P. LIEJ760428HSLMLR02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"PSB I AND I LLC" (a.k.a. PSB INNOVATIONS AND INVESTMENTS LIMITED LIABILITY COMPANY; a.k.a. "ITSBT LLC"; a.k.a. "ITSBT OOO"; a.k.a. "PSB I&I LLC"; a.k.a. "PSB II OOO" (Cyrillic: "ООО ПСБ ИИ")), vn.ter.g. munitsipalny okrug Sokolniki, ul Strommnyka d. 18 str. 27, kom., Moscow 107076, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Aug 2015; Tax ID No. 7731290146 (Russia); Registration Number 115774762381 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

"PSB I&I LLC" (a.k.a. PSB INNOVATIONS AND INVESTMENTS LIMITED LIABILITY COMPANY; a.k.a. "ITSBT LLC"; a.k.a. "ITSBT OOO"; a.k.a. "PSB I AND I LLC"; a.k.a. "PSB II OOO" (Cyrillic: "ООО ПСБ ИИ")), vn.ter.g. munitsipalny okrug Sokolniki, ul Strommnyka d. 18 str. 27, kom., Moscow 107076, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Aug 2015; Tax ID No. 7731290146 (Russia); Registration Number 115774762381 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

"PSB II OOO" (Cyrillic: "ООО ПСБ ИИ") (a.k.a. PSB INNOVATIONS AND INVESTMENTS LIMITED LIABILITY COMPANY; a.k.a. "ITSBT LLC"; a.k.a. "ITSBT OOO"; a.k.a. "PSB I AND I LLC"; a.k.a. "PSB I&I LLC"), vn.ter.g. munitsipalny okrug Sokolniki, ul Strommnyka d. 18 str. 27, kom., Moscow 107076, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 19 Aug 2015; Tax ID No. 7731290146 (Russia); Registration Number 115774762381 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

"PSC" (a.k.a. PROTON PETROCHEMICALS SHIPPING LIMITED; a.k.a. PROTON SHIPPING CO), Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"PSK SNM" (a.k.a. PROIZVODSTVENNO-STROITELNAYA KOMPANIYA SNM; a.k.a.

"SNM OOO"), d. 3, d. Spas-Teshilovo, Serpukhov 142260, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Apr 2002; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 5077014693 (Russia); Registration Number 1035011800328 (Russia) [RUSSIA-EO14024] (Linked To: IMENIE TSARGRAD OOO).

"PSV-TECH" (a.k.a. PSV TECHNOLOGIES LLC; a.k.a. PSV TEKHNOLOGII OOO), ul. Malaya Semenovskaya d. 3A, str. 2, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Mar 2013; Tax ID No. 7718927027 (Russia); Registration Number 1137746264940 (Russia) [RUSSIA-EO14024].

"PT ELECTRONIC" (a.k.a. LIMITED LIABILITY COMPANY PT ELEKTRONIK; a.k.a. "PT ELECTRONICS"), Ul. Ivana Fomina, D. 6, Lit. B, Pom. 337, Saint Petersburg 194295, Russia; Dor. V Kamenku, D. 64, K. 2, Str. 1, Pom. 1-N, 2-N, Saint Petersburg 197350, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802606871 (Russia); Registration Number 1167847490524 (Russia) [RUSSIA-EO14024].

"PT ELECTRONICS" (a.k.a. LIMITED LIABILITY COMPANY PT ELEKTRONIK; a.k.a. "PT ELECTRONIC"), Ul. Ivana Fomina, D. 6, Lit. B, Pom. 337, Saint Petersburg 194295, Russia; Dor. V Kamenku, D. 64, K. 2, Str. 1, Pom. 1-N, 2-N, Saint Petersburg 197350, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802606871 (Russia); Registration Number 1167847490524 (Russia) [RUSSIA-EO14024].

"PTE OOO" (a.k.a. LIMITED LIABILITY COMPANY PROMTEKHEKSPERT), ul. Novgorodskaya d. 1, floor 2 pom. A 212, Moscow 127576, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Dec 2003; Tax ID No. 7743515789 (Russia); Registration Number 1037789060165 (Russia) [RUSSIA-EO14024].

"PTI" (a.k.a. POLY TECHNOLOGIES INC; a.k.a. POLY TECHNOLOGIES INCORPORATED (Chinese Simplified: 保利科技有限公司)), 27 F, New Poly Building, No. 1, Chaoyangmen North Street, Dongcheng District, Beijing 100010, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Dec 1983; Target Type State-Owned Enterprise; Registration Number

100000000001523 (China); Unified Social Credit Code (USCC) 91110000100001529B (China) [RUSSIA-EO14024].

"PTK" (a.k.a. POUYA TAMIN KISH; a.k.a. POUYA TAMIN KISH CO.; a.k.a. POUYA TAMIN KISH OIL & GAS CO; a.k.a. POUYA TAMIN KISH OIL AND GAS CO), Block EX6, In front of IRAN Blvd., Kish Island, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"P'U LI" (a.k.a. PO, Kong; a.k.a. PU, Chiang), c/o HONG PANG GEMS & JEWELLERY (HK) CO. LIMITED, Hong Kong, China; c/o TING SHING TAI JEWELLERY (HK)  CO. LIMITED, Hong Kong, China; c/o SHUEN WAI HOLDING LIMITED, Hong Kong, China; Flat B, 16/F, Dragon View, No. 5 Dragon Terrace, Hong Kong, China; Flat 6, 2/F, Block 49, Heng Fa Chuen, Chai Wan, Hong Kong, China; DOB 01 Sep 1944; Passport H90011666 (Hong Kong); National ID No. K357514(4) (Hong Kong) (individual) [SDNTK].

"PUBLIC INITIATIVE CREATIVE DIPLOMACY" (Cyrillic: "ОБЩЕСТВЕННЫХ ИНИЦИАТИВ КРЕАТИВНАЯ ДИПЛОМАТИЯ") (a.k.a. CENTER FOR SUPPORT AND DEVELOPMENT OF PUBLIC INITIATIVE CREATIVE DIPLOMACY (Cyrillic: ЦЕНТР ПОДДЕРЖКИ И РАЗВИТИЯ ОБЩЕСТВЕННЫХ ИНИЦИАТИВ КРЕАТИВИАЯ ДИПЛОМАТИЯ); a.k.a. "CREATIVE DIPLOMACY" (Cyrillic: "КРЕАТИВНАЯ ДИПЛОМАТИЯ"); a.k.a. "PICREADI"), ul. Kuusinena, d. 11, korp. 1, Moscow 125252, Russia (Cyrillic: ул. Куусинена, д. 11, корп. 1, Москва 125252, Russia); Website picreadi.ru; alt. Website picreadi.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Activities of political organizations; Target Type Charity or Nonprofit Organization; Tax ID No. 7714400021 (Russia); Registration Number 1117799005587 (Russia) issued 2010 [RUSSIA-EO14024] (Linked To: BURLINOVA, Natalya Valeryevna).

"PUBLISHUNG HOUSE SPORT OOD" (a.k.a. PUBLISHING HOUSE SPORT LTD), sektor V Natsionalen Stadion V. Levski, Distr. Sredets Distr, Sofia, Bulgaria; Organization Established Date 1993; Government Gazette Number 831134806 (Bulgaria) [GLOMAG] (Linked To: NOVE-AD-HOLDING AD).

"Pure Arnel" (a.k.a. CASTILLO RONDON, Felix Anner; a.k.a. "Arnel"), Peru; Venezuela; DOB 12 Jan 1984; nationality Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. V-16692836 (Venezuela) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

"PUT SUPAPA" (a.k.a. LY, Yong Phat; a.k.a. "PAD SUPA"; a.k.a. "PAT SUPAPHA"; a.k.a. "PHAT SUPHAPHA"; a.k.a. "PHAT, Suphapha"), 9352 Moo 1 Wangkraja Amphur Muang, Trat Trat 23000, Thailand; DOB 07 Jan 1958; POB Thmor Sor Village, Thmor Sor Commune, Botum Sakor District, Koh Kong Province, Cambodia; alt. POB Trat, Thailand; nationality Cambodia; alt. nationality Thailand; Gender Male; National ID No. 5230200031049 (Thailand) (individual) [GLOMAG].

"PZMC" (a.k.a. AKTSIONERNOE OBSHCHESTVO SOVMESTNOE TEKHNOLOGICHESKOE PREDPRIYATIE PERMSKII ZAVOD METALLOOBRABATYVAYUSHCHIKH TSENTROV; a.k.a. JOINT STOCK COMPANY TECHNOLOGICAL ENTERPRISE PERM PLANT OF METAL WORKING CENTERS; a.k.a. PERM FACTORY METAL CENTERS STP STOCK COMPANY; a.k.a. "AO STP PZMTS"), 155 Promyshlennaya Street, Perm 614065, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5905951227 (Russia); Registration Number 1145958055870 (Russia) [RUSSIA-EO14024].

"Qari Atif" (a.k.a. GHAURI, Yahya Shoaib; a.k.a. GHOURI, Atif Yahya; a.k.a. "GHAURI, Atif"; a.k.a. "Qari Ibrahim"), Afghanistan; DOB 1982; alt. DOB 1981; alt. DOB 1983; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

"Qari Hizbullah" (a.k.a. KHAN, Hizb Ullah Astam; a.k.a. MOAZZAM, Hizbullah Qari; a.k.a. "Hazab Allah"; a.k.a. "Hazab Ullah"; a.k.a. "Hazeb Ullah"; a.k.a. "Hazib Ullah"; a.k.a. "Hiz Bullah"; a.k.a. "Hizb Allah"; a.k.a. "Hizb Ullah"; a.k.a. "Hizbulah"; a.k.a. "Hizbullah"), House Number 5, Akhunabad, Shaheen Muslim Town, Peshawar, Pakistan; House Number 5, Akhunabad, Chok Yadagr Branch, Peshawar, Pakistan; Matin, Darah-ye Pech District, Kunar Province, Afghanistan; DOB 01 Mar 1982; alt. DOB 03 Jan 1982; POB Peshawar, Pakistan;

nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1730113198199 (Pakistan) (individual) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

"Qari Ibrahim" (a.k.a. GHAURI, Yahya Shoaib; a.k.a. GHOURI, Atif Yahya; a.k.a. "GHAURI, Atif"; a.k.a. "Qari Atif"), Afghanistan; DOB 1982; alt. DOB 1981; alt. DOB 1983; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

"QASIM, Abu" (a.k.a. HASSAN, Abu Yasir; a.k.a. "HASSAN, Yaseer"), Cabo Delgado Province, Mozambique; DOB 1981 to 1983; POB Pwani Region, Tanzania; nationality Tanzania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"QASMANI BABA" (a.k.a. QASMANI, Arif; a.k.a. QASMANI, Mohammad Arif; a.k.a. QASMANI, Muhammad Arif; a.k.a. QASMANI, Muhammad 'Arif; a.k.a. "ARIF UMER"; a.k.a. "BABA JI"; a.k.a. "MEMON BABA"), House Number 136, KDA Scheme No. 1, Tipu Sultan Road, Karachi, Sindh, Pakistan; DOB circa 1944; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"QERMAN" (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 653225197110100533 (China) (individual) [SDGT].

"QIN, Edward" (a.k.a. QIN, Jinhua (Chinese Simplified: 秦金华)), Shanghai, China; DOB 16 Nov 1981; POB Wufeng, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport EJ6282156 (China); National ID No. 420529198111162112 (China) (individual)

[NPWMD] [IFSR] (Linked To: SHANGHAI TANCHAIN NEW MATERIAL TECHNOLOGY CO LTD).

"QORGAB" (a.k.a. GAP, Gure; a.k.a. MAHAMOUD, Bashir Mohamed; a.k.a. MAHMOUD, Bashir Mohamed; a.k.a. MOHAMMED, Bashir Mahmud; a.k.a. MOHAMOUD, Bashir Mohamed; a.k.a. MOHAMUD, Bashir Mohamed; a.k.a. QORGAB, Bashir; a.k.a. YARE, Bashir; a.k.a. "MUSCAB, Abu"), Mogadishu, Somalia; nationality Somalia; DOB circa 1979-1982; alt. DOB 1982 (individual) [SOMALIA].

"QUARTA" (a.k.a. KVARTA VK; a.k.a. KVARTA VK OOO; a.k.a. LIMITED LIABILITY COMPANY KVARTA VK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КВАРТА ВК); a.k.a. LLC KVARTA VK; a.k.a. QVARTA VK COMPANY LIMITED), D. 9 Str. 1 Pomeshch/Etazh 3/0/2 Pomeshch/Kom III; IV/1-8, 8, Naberezhnaya Moskvoretskaya, Moscow 109240, Russia; Website quarta.su; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Other information technology and computer service activities; Tax ID No. 7704198800 (Russia); Registration Number 1027700300693 (Russia) [RUSSIA-EO14024].

"QUEZADA, Luis" (a.k.a. ESTRADA ARIAS, Josue Francisco; a.k.a. NAVARRO QUEZADA, Luis Alonso; a.k.a. "MOJARRAS"), Mexico; DOB 18 Apr 1986; POB Nayarit, Mexico; nationality Mexico; Gender Male; C.U.R.P. NAQL860418HNTVZS05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"Quilles" (a.k.a. CAMACHO GOICOCHEA, Euclides), Mexico; DOB 08 Aug 1972; POB Guerrero, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. CAGE720808HGRMCC04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"QUMQUM, Abou" (a.k.a. EL KHAIRY, Hamad; a.k.a. KHAIRY, Abderrahmane Ould Mohamed Lemine Ould Mohamed; a.k.a. KHEIROU, Amada Ould; a.k.a. KHEIROU, Hamada Ould Mohamed); DOB 1970; POB Nouakchott, Mauritania; nationality Mauritania; alt. nationality Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A1447120 (Mali) expires 19 Oct 2011; Identification Number 47911 (Mali) issued 17 Oct 2006 (individual) [SDGT].

"R.E.N.T.A.L A.S." (a.k.a. INTERNATIONAL INVESTMENT DEVELOPMENT HOLDING

A.S.), Bratislava, Slovakia; Tax ID No. 2022037809 (Slovakia); Registration Number 35875551 (Slovakia) [GLOMAG] (Linked To: KOCNER, Marian).

"R32" (a.k.a. JARQUIN JARQUIN, Jose Jesus), Manzanillo, Colima, Mexico; DOB 26 Jul 1984; POB Ixtlahuacan de los Membrillos, Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. JAJJ840726HJCRRS04 (Mexico) (individual) [SDNTK].

"Rabah" (a.k.a. BARAKAT, Khaled), Canada; DOB 01 Jun 1972; POB Ramallah, Palestinian Territories; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AG669835 (Canada) expires 25 May 2028 (individual) [SDGT] (Linked To: POPULAR FRONT FOR THE LIBERATION OF PALESTINE).

"RABIA COMPANY" (a.k.a. RABYA FOR TRADING FZC (Arabic: شركة رايا التجارة شركة منطقة حرة); a.k.a. "BASSAM AL-SAEEDI AND PARTNERS FREE ZONE COMPANY"; a.k.a. "BASSAM AL-SAEEDI AND PARTNERS FZC"), Al Mayzunah, Dhofar, Oman; Website www.agefzc.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Jul 2018; Commercial Registry Number 1322360 (Oman) [SDGT] (Linked To: ANSARALLAH).

"RAD" (a.k.a. RADIATION APPLICATIONS DEVELOPMENT COMPANY; a.k.a. RADIATION APPLICATIONS DEVELOPMENT HOLDING COMPANY; a.k.a. "RADIATION APPLICATIONS"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"RADIATION APPLICATIONS" (a.k.a. RADIATION APPLICATIONS DEVELOPMENT COMPANY; a.k.a. RADIATION APPLICATIONS DEVELOPMENT HOLDING COMPANY; a.k.a. "RAD"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"RADIOAUTOMATIC" (a.k.a. RADIOAVTOMATIKA LLC (Cyrillic: ООО РАДИОАВТОМАТИКА)), Zolotorogsky Val St., 11/22, Flat VII, Floor 2, Room 4, Moscow, Moscow Region, Russia; Website www.radioautomatic.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.;

Target Type Private Company; Tax ID No. 7725824287 (Russia) [RUSSIA-EO14024].

"RADISAVLJEVIC, Milojko" (a.k.a. RADISAVLJEVIC, Miljojko), Donji Jasenovik, Zubin Potok, Kosovo; DOB 23 Apr 1978; POB Village Babudovici, Zubin Potok, Kosovo; nationality Serbia; Gender Male (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

"RADJA" (a.k.a. MUDACUMURA, Sylvestre; a.k.a. MUPENZI, Bernard; a.k.a. MUPENZI, General Pierre Bernard; a.k.a. "COMMANDANT PHARAON"; a.k.a. "MUKANDA"), Kibua, North Kivu, Congo, Democratic Republic of the; DOB 1955; POB Karago, Western Province, Rwanda; citizen Rwanda; Major General; Commander FDLR/FOCA (individual) [DRCONGO].

"RADOICIC, Milan" (a.k.a. RADOJCIC, Milan Rajko; a.k.a. "RADOJICIC, Milan"), Serbia; Lola Ribar Street, number 58/7, Mitrovica, Kosovo; DOB 21 Feb 1978; POB Djakovica, Kosovo; nationality Kosovo; Gender Male; Driver's License No. 20177871 (Kosovo); Identification Number 1174669941 (individual) [GLOMAG].

"RADOJICIC, Milan" (a.k.a. RADOJCIC, Milan Rajko; a.k.a. "RADOICIC, Milan"), Serbia; Lola Ribar Street, number 58/7, Mitrovica, Kosovo; DOB 21 Feb 1978; POB Djakovica, Kosovo; nationality Kosovo; Gender Male; Driver's License No. 20177871 (Kosovo); Identification Number 1174669941 (individual) [GLOMAG].

"RAFORT" (a.k.a. LIMITED LIABILITY COMPANY RAFORT; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RAFORT; a.k.a. RAFORT LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАФОРТ); a.k.a. RAFORT, ООО (Cyrillic: ООО РАФОРТ); a.k.a. "LIMITED LIABILITY COMPANY RUBIN" (Cyrillic: "ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУБИН"); a.k.a. "RUBIN, ООО" (Cyrillic: "ООО РУБИН")), Apartment 40, Building 43, Tatarskaya Street, Ryazan, Ryazan Oblast 390005, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 6234061793 (Russia); Business Registration Number 1086234013051 (Russia) issued 16 Oct 2008 [DPRK] (Linked To: GAZARYAN, Rafael Anatolyevich).

"RAH ROSHD" (a.k.a. RAH ROSHD COMPANY; a.k.a. RAH ROSHD ENGINEERING CO; a.k.a. RAH ROSHD INTERNATIONAL TRADE DEVELOPMENT COMPANY; a.k.a. RAH ROSHD INTERNATIONAL TRADE EXCHANGES DEVELOPMENT; a.k.a. TOSE'E MOBADLAT BAZARGANI BEYN OLMELALI RAH ROSHD), Unit 7, No. 21, Firouzeh Alley, Sohrevardi St., Tehran, Iran; Karaj Special Road, Tehran, Iran; Kilometer 19 of the Special Road, in front of Golzar St., Corner of 74 St., No. 222, Tehran, Iran; Website www.rahroshd.net; alt. Website www.rahroshd.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Nov 1992; National ID No. 10101375839 (Iran); Registration Number 93476 (Iran) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

"RAHIM, Abdul" (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, Abdul Rahim Hammad Ahmad; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

"RAHIM, Abdul" (a.k.a. MANAN, Abdul Rahim; a.k.a. "MANAN, Haji"), Helmand Province, Afghanistan; DOB 1962; alt. DOB 1961; alt. DOB 1963; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TALIBAN).

"RAHMAH, Abu" (a.k.a. HELAL, Mounir Ben Dhaou Ben Brahim Ben; a.k.a. HELEL, Mounir; a.k.a. HILEL, Mounir; a.k.a. "AL-TUNISI, Abu Maryam"; a.k.a. "IBRAHIM, Munir Bin Du Bin"); DOB 10 May 1983; POB Ben Guerdane, Tunisia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"RAHMAN, Abdur Abu" (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"RAHMAN, Abu Abdur" (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"RAIL TRAIN SERVICE" (a.k.a. LIMITED LIABILITY COMPANY REIL TREIN SERVICE; a.k.a. "RAILTRAINSERVICE"), Ul. Kakhovka D. 10, K. 3, Moscow 117461, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7727769031 (Russia); Registration Number 5117746041100 (Russia) [RUSSIA-EO14024].

"RAILTRAINSERVICE" (a.k.a. LIMITED LIABILITY COMPANY REIL TREIN SERVICE; a.k.a. "RAIL TRAIN SERVICE"), Ul. Kakhovka D. 10, K. 3, Moscow 117461, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

7727769031 (Russia); Registration Number 5117746041100 (Russia) [RUSSIA-EO14024].

"RAIMB" (a.k.a. BEIJING RESEARCH INSTITUTE OF AUTOMATION FOR MACHINERY INDUSTRY CO. LTD. (Chinese Simplified: 北京机械工业自动化研究所有限公司); a.k.a. "RIAMB"), No. 1, Teaching Gate, Deshengmenwai, Xicheng District, Beijing 100120, China; Target Type State-Owned Enterprise; Registration Number 110000001661767 (China); Unified Social Credit Code (USCC) 91110102400000018P (China) [NPWMD].

"RAIRI" (a.k.a. RUSSIAN ARTIFICIAL INTELLIGENCE RESEARCH INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES), 60th Anniversary Prospect, 9, Moscow 117312, Russia; Website https://rairi.frccsc.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise [RUSSIA-EO14024].

"RAKHMANOV, Alexei L" (a.k.a. RAKHMANOV, Aleksei Lvovich; a.k.a. RAKHMANOV, Aleksey Lvovich (Cyrillic: РАХМАНОВ, Алексей Львович)), Russia; DOB 18 Jul 1964; POB Nizhniy Novgorod, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

"RAM JSC" (a.k.a. ROSATOM MICROELECTRONICS JOINT STOCK COMPANY), ul. Raspletina, 5 str. 1, Moscow 123060, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7721566412 (Russia); Registration Number 5067746792779 (Russia) [RUSSIA-EO14024].

"RAMAS" (a.k.a. FEDERAL STATE BUDGETARY INSTITUTION RUSSIAN ACADEMY OF MISSILE AND ARTILLERY SCIENCES; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION RUSSIAN ACADEMY OF ROCKET AND ARTILLERY SCIENCES; a.k.a. FGBU RARAN; a.k.a. RUSSIAN ACADEMY OF MISSILE AND AMMUNITION SCIENCES), 1-YA Myasnikovskaya Ul., VL 3, Moscow 107564, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 May 1996; Tax ID No. 7712086681 (Russia); Registration Number 1037743041027 (Russia) [RUSSIA-EO14024].

"Rambo" (a.k.a. EKATOM, Alfred; a.k.a. SARAGBA, Alfred; a.k.a. YEKATOM SARAGBA, Alfred; a.k.a. YEKATOM, Alfred; a.k.a. "Rambot"; a.k.a. "Rombhot"; a.k.a. "Romboh"; a.k.a. "Rombot"), Mbaiki, Lobaye Prefecture, Central African Republic; Bimbo, Ombella-Mpoko Prefecture, Central African Republic; DOB 23 Jun 1976; POB Central African Republic; nationality Central African Republic (individual) [CAR].

"Rambot" (a.k.a. EKATOM, Alfred; a.k.a. SARAGBA, Alfred; a.k.a. YEKATOM SARAGBA, Alfred; a.k.a. YEKATOM, Alfred; a.k.a. "Rambo"; a.k.a. "Rombhot"; a.k.a. "Romboh"; a.k.a. "Rombot"), Mbaiki, Lobaye Prefecture, Central African Republic; Bimbo, Ombella-Mpoko Prefecture, Central African Republic; DOB 23 Jun 1976; POB Central African Republic; nationality Central African Republic (individual) [CAR].

"RAMONA IBARRA" (a.k.a. VIDEMATO, Santiago; a.k.a. "JAMES DUGGAN"), Buenos Aires, Argentina; DOB 04 Oct 1983; POB Buenos Aires, Argentina; nationality Argentina; Gender Male; Passport AAA920679 (Argentina); D.N.I. 30555776 (Argentina) (individual) [SDNTK].

"Randell" (a.k.a. DABY JR., Paul; a.k.a. DABY RAMSUCHIT, Paul; a.k.a. "Rondell"), 127 D'Aguiar Park, Georgetown, Guyana; DOB 06 Jul 1985; POB Georgetown, Guyana; nationality Guyana; citizen Guyana; Gender Male; Passport R0232980 (Guyana); National ID No. 112094656 (Guyana) (individual) [ILLICIT-DRUGS-EO14059].

"RANIMAT, Abd al Rahman" (a.k.a. GHANIMAT, Abd Al-Rahman Ismail Abd Al-Rahman; a.k.a. "GHANIMAT, Abd al Rahman"), Turkey; West Bank; Gaza; DOB 1972; citizen Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 975757147 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

"RAOS JSC" (a.k.a. JSC RUSATOM OVERSIZ; a.k.a. RUSATOM OVERSEAS JOINT STOCK COMPANY; a.k.a. RUSATOM OVERSEAS JSC (Cyrillic: АО РУСАТОМ ОВЕРСИЗ)), Simonov Plaza Business Centre, Leninskaya Sloboda Str. 26, building 5, Moscow 115280, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725413350 (Russia) [RUSSIA-EO14024].

"Raouf" (a.k.a. AMININ, Ali; a.k.a. HEMMATIAN, Ali (Arabic: علی همتیان)), Iran;

DOB 1982; alt. DOB 1983; POB Damghan, Semnan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRGC] [IRAN-HR].

"Rashid" (a.k.a. AL-GHAZALI, Muhammad; a.k.a. AL-GHAZALI, Muhammad Abd al-Karim; a.k.a. AL-MAWARI, Abu Hisham; a.k.a. MAWARI, Abu Hisham; a.k.a. "Abu Faris"; a.k.a. "Abu Sa'id"); DOB 1988; alt. DOB 1987; alt. DOB 1989; POB Ibb Governorate, Yemen; nationality Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"RASPADSKAYA PAO" (a.k.a. OPEN JOINT STOCK COMPANY RASPADSKAYA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO RASPADSKAYA; a.k.a. "RASPADSKAYA PJSC"), 27A, prospekt Kommunisticheski, Mezhdurechensk, Kemerovo region 652870, Russia; 106 Mira Street, Mezhdurechensk 652870, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 4214002316 (Russia); Registration Number 1024201389772 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"RASPADSKAYA PJSC" (a.k.a. OPEN JOINT STOCK COMPANY RASPADSKAYA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO RASPADSKAYA; a.k.a. "RASPADSKAYA PAO"), 27A, prospekt Kommunisticheski, Mezhdurechensk, Kemerovo region 652870, Russia; 106 Mira Street, Mezhdurechensk 652870, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 4214002316 (Russia); Registration Number 1024201389772 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"Raton Nuevo" (a.k.a. GUZMAN LOPEZ, Ovidio; a.k.a. "El Raton"), Mexico; DOB 29 Mar 1990; POB Culiacan, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GULO900329HSLZPV09 (Mexico) (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

"Rawaha al Itali" (a.k.a. ABDU SHAKUR, Anas; a.k.a. AL-ABBOUBI, Anas; a.k.a. EL ABBOUBI, Anas; a.k.a. EL-ABBOUBI, Anas; a.k.a. SHAKUR, Anas; a.k.a. "Abu Rawaha the Italian"; a.k.a. "Abu the Italian"; a.k.a. "AL-

ITALY, Anas"; a.k.a. "Mc Khalifh"; a.k.a. "Mc Khaliph"; a.k.a. "McKhalif"), Aleppo, Syria; DOB 01 Oct 1992 to 31 Oct 1992; POB Marrakech, Morocco; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"RAWANSARI, Shahin" (a.k.a. MUHAMMADI, Omid; a.k.a. MUHAMMADI, Umid; a.k.a. MUHAMMADI, 'Umid 'Abd al-Majid Muhammad 'Aziz; a.k.a. "AL-KURDI, Abu Sulayman"; a.k.a. "AL-KURDI, 'Amid"; a.k.a. "AL-KURDI, Hamza"; a.k.a. "AL-KURDI, Umid"; a.k.a. "DARWESH, Arkan Mohammed Hussein"; a.k.a. "MARIVANI, Shahin"); DOB 1967; nationality Syria; alt. nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ethnicity Kurdish (individual) [SDGT].

"RAYAN ROSHD" (a.k.a. ARIOTEK (Arabic: آریوتک); a.k.a. RAYAN ROSHD AFZAR COMPANY (Arabic: شرکت رایان رشد افزار); a.k.a. RAYAN ROSHD COMPANY), No. 16, Barazandeh St., North Sohrevardi St., Seyed Khandan, Tehran, Iran; Number 24 Barzandeh St., North Sohrevardi Ave., Tehran, Iran; North Unit, Third Floor, Plaque 2, South Yasman Street, Fourth Yas Street, Railway Town, Central District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 27 May 2001; National ID No. 10102168390 (Iran); Registration Number 174449 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"RAYAN, Abu" (a.k.a. NAIM, Bahrun; a.k.a. TAMTOMO, Anggih; a.k.a. TAMTOMO, Muhammad Bahrun Naim Anggih; a.k.a. "AISYAH, Abu"; a.k.a. "RAYYAN, Abu"), Aleppo, Syria; Raqqa, Syria; DOB 06 Sep 1983; POB Surakarta, Indonesia; alt. POB Pekalongan, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"RAYHANAH" (a.k.a. AL-RUMAYSH, Mu'tassim Yahya 'Ali; a.k.a. "ABU-RAYHANAH"; a.k.a. "AL-JEDDAWI, Abu-Rayhanah al-'Ansari"; a.k.a. "HANDALAH"); DOB 04 Jan 1973; POB Jeddah, Saudi Arabia; citizen Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Passport 01055336 (Yemen); Residency Number 2054275397 (Saudi Arabia) issued 22 Jul 1998 (individual) [SDGT].

"RAYYAN, Abu" (a.k.a. NAIM, Bahrun; a.k.a. TAMTOMO, Anggih; a.k.a. TAMTOMO, Muhammad Bahrun Naim Anggih; a.k.a. "AISYAH, Abu"; a.k.a. "RAYAN, Abu"), Aleppo, Syria; Raqqa, Syria; DOB 06 Sep 1983; POB Surakarta, Indonesia; alt. POB Pekalongan, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"RCC GROUP" (a.k.a. AO RUSSKAYA MEDNAYA COMPANY; a.k.a. JOINT STOCK COMPANY RUSSIAN COPPER COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РУССКАЯ МЕДНАЯ КОМПАНИЯ)), 57 Gorkogo Street, Ekaterinburg, Sverdlovsk Region 620026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6670061296 (Russia); Registration Number 1046603513450 (Russia) [RUSSIA-EO14024].

"RCHBD" (a.k.a. MILITARY UNIT NUMBER 52688; a.k.a. RADIATION CHEMICAL AND BIOLOGICAL DEFENSE TROOPS; a.k.a. RADIOLOGICAL CHEMICAL AND BIOLOGICAL DEFENSE TROOPS OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (Cyrillic: ВОЙСКА РАДИАЦИОННОЙ ХИМИЧЕСКОЙ И БИОЛОГИЧЕСКОЙ ЗАЩИТЫ МИНИСТЕРСТВА ОБОРОНЫ РОССИЙСКОЙ ФЕДЕРАЦИИ); a.k.a. RCB DEFENSE TROOPS; a.k.a. VOISKOVAYA CHAST 52688 (Cyrillic: ВОЙСКОВАЯ ЧАСТЬ 52688); a.k.a. "RKHBZ"), Corpus 2, Building 22, Frunze Embankment, Moscow 119160, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704195013 (Russia); Registration Number 1037739635890 (Russia) [RUSSIA-EO14024].

"RDF" (a.k.a. RWANDA DEFENCE FORCE), Ministry of Defence, KG 1 Roundabout, Kigali, Rwanda; Website https://www.mod.gov.rw/rdf/overview; Organization Established Date Jul 2002; Organization Type: Defense activities; Target Type Government Entity [DRCONGO].

"RDIF" (Cyrillic: "РФПИ") (a.k.a. RUSSIAN DIRECT INVESTMENT FUND (Cyrillic:

РОССИЙСКИЙ ФОНД ПРЯМЫХ ИНВЕСТИЦИЙ)), Presnenskaya nab., D. 8, Structure 1, MFK Capital City, South Tower, 7, 8th Floor, Moscow 123112, Russia (Cyrillic: Пресненская наб., д. 8, стр. 1 МФК Город Столиц, Южная башня, 7, 8 этаж, Москва 123112, Russia); Website www.rdif.ru; alt. Website www.investinrussia.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 01 Jun 2011; Target Type Government Entity [UKRAINE-EO13662] [RUSSIA-EO14024].

"RDS LLC" (a.k.a. ROSATOM DIGITAL SOLUTIONS LIMITED LIABILITY COMPANY; a.k.a. RUSATOM DIGITAL SOLUTIONS), Per. Kholodilnyi D. 3, Str. 2, Moscow 115191, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7726447225 (Russia); Registration Number 1197746082093 (Russia) [RUSSIA-EO14024].

"REACH GROUP" (a.k.a. REACH HOLDING GROUP; a.k.a. REACH HOLDING GROUP SHANGHAI CO., LTD.; a.k.a. RENDA INVESTMENT HOLDING GROUP SHANGHAI CO LTD), Suite F-G, 24/F., World Plaza, No. 855, South Pu Dong Road, Shanghai 200120, China; Suite F-G, 24th Floor, World Plaza, 855, Pudong Nanlu, Pudong Xinqu, Shanghai 200120, China; Part 30, Floor 4, Building 1, No. 39, Jiatai Road, Pilot Free Tra, Shanghai 200120, China; Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e) [IFCA].

"REACH SHIPPING" (a.k.a. REACH SHIPPING LINES; a.k.a. REACH SHIPPING LINES HONG KONG CO., LIMITED), Unit 2508A 25/F Bank of America Tower 12 Harcourt Rd, Central Hong Kong, Hong Kong, China; RM3403, Qingdao International Finance Center Hongkong MD Road, Qingdao, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); C.R. No. 2720944 (Hong Kong) [IFCA].

"REAL IRA" (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRA ARMY COUNCIL; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. NEW IRISH REPUBLICAN ARMY; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. "NEW IRA"; a.k.a. "NIRA"; a.k.a. "RIRA"), Ireland; Northern Ireland, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"RED AO" (Cyrillic: "РЭД АО") (a.k.a. JOINT STOCK COMPANY RUSSIAN ELECTRIC MOTORS; a.k.a. JOINT STOCK COMPANY RUSSKIE ELEKTRICHESKIE DVIGATELI (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РУССКИЕ ЭЛЕКТРИЧЕСКИЕ ДВИГАТЕЛИ)), Ulitsa Eniseiskaya, Dom 8-I, Chelyabinsk 45410, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7449126763 (Russia); Registration Number 1157449004833 (Russia) [RUSSIA-EO14024].

"RED DOT" (a.k.a. LAZARUS GROUP; a.k.a. "APPLEWORM"; a.k.a. "APT-C-26"; a.k.a. "GROUP 77"; a.k.a. "GUARDIANS OF PEACE"; a.k.a. "HIDDEN COBRA"; a.k.a. "OFFICE 91"; a.k.a. "TEMP.HERMIT"; a.k.a. "THE NEW ROMANTIC CYBER ARMY TEAM"; a.k.a. "WHOIS HACKING TEAM"; a.k.a. "ZINC"), Potonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0x098B716B8Aaf21512996dC57EB0615e2383E2f96; alt. Digital Currency Address - ETH 0xa0e1c89Ef1a489c9C7dE96311eD5Ce5D32c20E4B; alt. Digital Currency Address - ETH 0x3Cffd56B47B7b41c56258D9C7731ABaDc360E073; alt. Digital Currency Address - ETH 0x53b6936513e738f44FB50d2b9476730C0Ab3Bfc1; alt. Digital Currency Address - ETH 0x35fB6f6DB4fb05e6A4cE86f2C93691425626d4b1; alt. Digital Currency Address - ETH 0xF7B31119c2682c88d88D455dBb9d5932c65Cf1bE; alt. Digital Currency Address - ETH 0x3e37627dEAA754090fBFbb8bd226c1CE66D255e9; alt. Digital Currency Address - ETH 0x08723392Ed15743cc38513C4925f5e6be5c17243; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"REDFAB" (a.k.a. LIMITED LIABILITY COMPANY NPC ANTEY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НРК АНТЕЙ)), 4 Gelsingforsskaya Street, Building 1, Floor 3A, Saint Petersburg 194044, Russia; 39 Khersonskaya Street, Letter A, Suite Part 4-N No. 143, Saint Petersburg 191167, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7814642289 (Russia); Registration Number 1167847114016 (Russia) [RUSSIA-EO14024].

"RENATO" (a.k.a. DIODATO DEL GALLO, Marco Marino), Bolivia; DOB 28 Jan 1957; POB Italy; nationality Italy; citizen Italy; alt. citizen Bolivia; Passport 072130-A (Italy) (individual) [SDNTK].

"RESIDUAL ORGANIZED ARMED GROUP FARC-EP" (a.k.a. FARC-EP; a.k.a. FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA - EJERCITO DEL PUEBLO; a.k.a. REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY; a.k.a. "FARC DISSIDENTS FARC-EP"; a.k.a. "FARC-D FARC-EP"; a.k.a. "GAO-R FARC-EP"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL FARC-EP"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS FARC-EP"), Colombia; Venezuela; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"RESIDUAL ORGANIZED ARMED GROUP SEGUNDA MARQUETALIA" (a.k.a. LA NUEVA MARQUETALIA; a.k.a. NEW MARQUETALIA; a.k.a. SECOND MARQUETALIA; a.k.a. SEGUNDA MARQUETALIA; a.k.a. "ARMED ORGANIZED RESIDUAL GROUP SEGUNDA MARQUETALIA"; a.k.a. "FARC DISSIDENTS SEGUNDA MARQUETALIA"; a.k.a. "FARC-D SEGUNDA MARQUETALIA"; a.k.a. "GAO-R SEGUNDA MARQUETALIA"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL

SEGUNDA MARQUETALIA"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS SEGUNDA MARQUETALIA"), Colombia; Venezuela; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"RESISTANCE MOBILIZATION FORCE" (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS FARC-EP" (a.k.a. FARC-EP; a.k.a. FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA - EJERCITO DEL PUEBLO; a.k.a. REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY; a.k.a. "FARC DISSIDENTS FARC-EP"; a.k.a. "FARC-D FARC-EP"; a.k.a. "GAO-R FARC-EP"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL FARC-EP"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP FARC-EP"), Colombia; Venezuela; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS SEGUNDA MARQUETALIA" (a.k.a. LA NUEVA MARQUETALIA; a.k.a. NEW MARQUETALIA; a.k.a. SECOND MARQUETALIA; a.k.a. SEGUNDA MARQUETALIA; a.k.a. "ARMED ORGANIZED RESIDUAL GROUP SEGUNDA MARQUETALIA"; a.k.a. "FARC DISSIDENTS SEGUNDA MARQUETALIA"; a.k.a. "FARC-D SEGUNDA MARQUETALIA"; a.k.a. "GAO-R SEGUNDA MARQUETALIA"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL SEGUNDA MARQUETALIA"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP SEGUNDA MARQUETALIA"), Colombia; Venezuela; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"REVOLUTIONARY CLASS STRUGGLE" (a.k.a. REVOLUTIONARY CLASS AUTOAMYNA; a.k.a. REVOLUTIONARY CLASS SELF-DEFENSE (Greek: ΕΠΑΝΑΣΤΑΤΙΚΗ ΤΑΞΙΚΗ ΑΥΤΟΑΜΥΝΑ)), Greece; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2024; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"REY MAGO" (a.k.a. FLORES MENDOZA, Severo), Ameca, Jalisco, Mexico; DOB 09 Nov 1976; POB Tequila, Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. FOMS761109HJCLNV04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"REY MIDAS" (a.k.a. ALVAREZ INZUNZA, Juan Manuel; a.k.a. INZUNZA ZAZUETA, Erik Tadeo; a.k.a. OSUNA GODOY, Rolando; a.k.a. SALAS ROJO, Juan Manuel; a.k.a. TAMAYO IBARRA, Juan Manuel), 1538 Calle Turmalina Dos, Colonia Stase, Culiacan, Sinaloa, Mexico; DOB 08 Aug 1981; POB Culiacan, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. AAIJ810808HSLLNN01 (Mexico); RFC AAIJ810808SX4 (Mexico) (individual) [SDNTK] (Linked To: OPERADORA EFICAZ PEGASO; Linked To: NUEVA ATUNERA TRITON S.A. DE C.V.).

"REZVAN, Seyyed" (a.k.a. AL-MANSOORI, Ali Hussein Falih; a.k.a. AL-MANSURI, 'Ali Husayn Falih; a.k.a. "ABU-REZVAN"; a.k.a. "REZVAN, Seyyed"), Iraq; DOB 15 Sep 1971; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: AL KHAMAEL MARITIME SERVICES).

"REZWAN, Seyyed" (a.k.a. AL-MANSOORI, Ali Hussein Falih; a.k.a. AL-MANSURI, 'Ali Husayn Falih; a.k.a. "ABU-REZVAN"; a.k.a. "REZVAN, Seyyed"), Iraq; DOB 15 Sep 1971; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: AL KHAMAEL MARITIME SERVICES).

"RFNC-VNIIEF" (a.k.a. ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. ARZAMAS-16; a.k.a. AVANGARD ELECTROMECHANICAL PLANT; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. KHARITON INSTITUTE; a.k.a. SAROV NUCLEAR WEAPONS PLANT; a.k.a. VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT EKSPERIMENTALNOY; a.k.a. "VNIIEF"), 10 Muzrukov Ave, Sarov, Nizhny Novgorod Region 607188, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1992; Tax ID No. 5254001230 (Russia); Registration Number 1025202199791 (Russia) [RUSSIA-EO14024].

"RFNC-VNIITF" (a.k.a. CHELYABINSK-70; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ACADEMICIAN E.I. ZABABKHIN ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. KASLI NUCLEAR WEAPONS DEVELOPMENT CENTER; a.k.a. RUSSIAN FEDERAL NUCLEAR CENTER - ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. VSEROSSIYSKY NAUCHNO-ISSLEDOVATELSKIY INSTITUT TEKHNICHESKOY FIZIKI; a.k.a. ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. ZABABAKHIN INSTITUTE; a.k.a. "VNIITF"), P.O. Box 245, Snezhinsk, Chelyabinsk Region 456770, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1955; Tax ID No. 7423000572 (Russia); Registration

Number 1027401350932 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"RFPC" (a.k.a. RAHAVARAN FONOON PETROCHEMICAL COMPANY), Site 3, Economic Special Zone, Bandar-e Emam Khomeyni, Bandar Mahshar, Khuzestan Province 6356178755, Iran; Floor 7, Bldg No. 46, First of Karim Khan Zand St., & Tir Square, Tehran, Iran; Petrochemical Complex, Pars Special Economic Zone, Assaluye, Bushehr Province, Iran; Website www.rfpc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

"RGB" (a.k.a. CHONGCH'AL CH'ONGGUK; a.k.a. KPA UNIT 586; a.k.a. RECONNAISSANCE GENERAL BUREAU), Hyongjesan-Guyok, Pyongyang, Korea, North; Nungrado, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK] [DPRK2].

"RGC HOLDING COMPANY" (a.k.a. JOINT STOCK COMPANY RSK; a.k.a. JOINT STOCK COMPANY RUSSIAN GLASS COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РОССИЙСКАЯ СТЕКОЛЬНАЯ КОМПАНИЯ); a.k.a. "JSC RGC"), Building 3, 503 Vyborg Highway, Pargolovo, Saint Petersburg 194362, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7802445776 (Russia); Registration Number 1089847341913 (Russia) [RUSSIA-EO14024].

"RHD" (a.k.a. RED HAND DEFENDERS), United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"RHEE, Chang Ho" (a.k.a. RI, Chang Ho (Korean: 리창호); a.k.a. "LEE, Chang Ho"), Korea, North; DOB 1967; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director of Korean People's Army, Reconnaissance General Bureau (individual) [DPRK2].

"RIAA" (a.k.a. APPLIED ACOUSTICS RESEARCH INSTITUTE; a.k.a. FEDERAL STATE UNITARY ENTERPRISE NIIPA; a.k.a.

FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE NAUCHNO ISSLEDOVATELSKII INSTITUT PRIKLADNOI AKUSTIKI; a.k.a. SCIENTIFIC RESEARCH INSTITUTE OF APPLIED ACOUSTICS; a.k.a. "AARI"; a.k.a. "FGUP NIIPA"), 9 May St., 7A, Dubna 141981, Russia; 16A Nagatinskaia Ul, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5010007607 (Russia); Registration Number 1035002202070 (Russia) [RUSSIA-EO14024].

"RIAMB" (a.k.a. BEIJING RESEARCH INSTITUTE OF AUTOMATION FOR MACHINERY INDUSTRY CO. LTD. (Chinese Simplified: 北京机械工业自动化研究所有限公司); a.k.a. "RAIMB"), No. 1, Teaching Gate, Deshengmenwai, Xicheng District, Beijing 100120, China; Target Type State-Owned Enterprise; Registration Number 110000001661767 (China); Unified Social Credit Code (USCC) 91110102400000018P (China) [NPWMD].

"RICARDO" (a.k.a. SAUCEDO HUIPIO, Raul), Avenida Dinamarca S/N, Col. Orizaba, Mexicali, Baja California, Mexico; Priv. de Ruben Mora 27, Col. Los Naranjos 39480, Acapulco de Juarez, Guerrero, Mexico; DOB 03 Sep 1974; POB Guerrero, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. SAHR740903HGRCPL07 (Mexico); I.F.E. SCHPRL74090312H802 (Mexico) (individual) [TCO] (Linked To: HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION).

"RID" (a.k.a. RUSSIAN IMPERIAL LEGION; a.k.a. RUSSIAN IMPERIAL MOVEMENT; a.k.a. RUSSKOE IMPERSKOYE DVIZHENIYE; a.k.a. RUSSKOIE IMPERSKOE DVIZHENIE; a.k.a. SAINT PETERSBURG IMPERIAL LEGION; a.k.a. "IMPERIAL LEGION"; a.k.a. "RIL"; a.k.a. "RIM"), Saint Petersburg, Russia; PO Box 128, Saint Petersburg 197022, Russia; Website rusimperia.info; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"RIHS" (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL

KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"RIL" (a.k.a. RUSSIAN IMPERIAL LEGION; a.k.a. RUSSIAN IMPERIAL MOVEMENT; a.k.a. RUSSKOE IMPERSKOYE DVIZHENIYE; a.k.a. RUSSKOIE IMPERSKOE DVIZHENIE; a.k.a. SAINT PETERSBURG IMPERIAL LEGION; a.k.a. "IMPERIAL LEGION"; a.k.a. "RID"; a.k.a. "RIM"), Saint Petersburg, Russia; PO Box 128, Saint Petersburg 197022, Russia; Website rusimperia.info; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"RIM" (a.k.a. RUSSIAN IMPERIAL LEGION; a.k.a. RUSSIAN IMPERIAL MOVEMENT; a.k.a. RUSSKOE IMPERSKOYE DVIZHENIYE; a.k.a. RUSSKOIE IMPERSKOE DVIZHENIE; a.k.a. SAINT PETERSBURG IMPERIAL LEGION;

a.k.a. "IMPERIAL LEGION"; a.k.a. "RID"; a.k.a. "RIL"), Saint Petersburg, Russia; PO Box 128, Saint Petersburg 197022, Russia; Website rusimperia.info; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"RIRA" (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRA ARMY COUNCIL; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. NEW IRISH REPUBLICAN ARMY; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. "NEW IRA"; a.k.a. "NIRA"; a.k.a. "REAL IRA"), Ireland; Northern Ireland, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"RISI JSC" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT PRIBOROV; a.k.a. RESEARCH AND DEVELOPMENT INSTITUTE OF SCIENTIFIC INSTRUMENTS JOINT STOCK COMPANY; a.k.a. "AO NIIP"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF INSTRUMENTS"), 8 Turaevo Industrial Area, Lytkarino 140080, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5027241394 (Russia); Registration Number 1165027055258 (Russia) [RUSSIA-EO14024].

"RIVERA, Javier" (a.k.a. RIVERA MARADIAGA, Javier Eriberto; a.k.a. "CACHIRO, Javier"; a.k.a. "EL CACHIRO"), Barrio La Ceiba, Calle Principal, Casa 234, Tocoa, Colon, Honduras; DOB 20 Apr 1972; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1972-00282 (Honduras) (individual) [SDNTK].

"RIVERA, Leonel" (a.k.a. RIVERA MARADIAGA, Devis Leonel; a.k.a. "CACHIRO, Lionel"; a.k.a. "EL CACHIRO"), Barrio La Ceiba, Calle Principal, Tocoa, Colon, Honduras; DOB 28 Mar 1977; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1977-00375 (Honduras) (individual) [SDNTK].

"RKHBZ" (a.k.a. MILITARY UNIT NUMBER 52688; a.k.a. RADIATION CHEMICAL AND BIOLOGICAL DEFENSE TROOPS; a.k.a. RADIOLOGICAL CHEMICAL AND BIOLOGICAL DEFENSE TROOPS OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (Cyrillic: ВОЙСКА РАДИАЦИОННОЙ ХИМИЧЕСКОЙ И БИОЛОГИЧЕСКОЙ ЗАЩИТЫ МИНИСТЕРСТВА ОБОРОНЫ РОССИЙСКОЙ ФЕДЕРАЦИИ); a.k.a. RCB DEFENSE TROOPS; a.k.a. VOISKOVAYA CHAST 52688 (Cyrillic: ВОЙСКОВАЯ ЧАСТЬ 52688); a.k.a. "RCHBD"), Corpus 2, Building 22, Frunze Embankment, Moscow 119160, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7704195013 (Russia); Registration Number 1037739635890 (Russia) [RUSSIA-EO14024].

"RKS NR LLC" (a.k.a. LIMITED LIABILITY COMPANY ROSKAPSTROY NOVOROSSIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РОСКАПСТРОЙ НОВОРОССИЯ)), 1 Altufevskoye Highway, Moscow 127106, Russia; 45 Milchakova St., Office 4A, Rostov-on-Don, Russia; per. Nakhimova, d. 6, Mariupol, Donetsk Region 87500, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6168116983 (Russia); Registration Number 1226100012115 (Russia) [RUSSIA-EO14024] (Linked To: FEDERAL AUTONOMOUS INSTITUTION ROSKAPSTROY).

"RKS" (a.k.a. JOINT STOCK COMPANY ROSSIYSKIYE KOSMICHESKIYE SISTEMY; a.k.a. ROSSIYSKIYE KOSMICHESKIYE SISTEMY; a.k.a. RUSSIAN SPACE SYSTEMS JSC; a.k.a. "RSS"), 53, Aviamotornaya Str., Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 23 Oct 2009; Tax ID No. 7722698789 (Russia); Registration Number 1097746649681 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"RLVT" (a.k.a. LIMITED LIABILITY COMPANY RUSSKAYA LABORATORIYA VOZDUSHNOGO TRANSPORTA; a.k.a. RUSSIAN AIR TRANSPORT LABORATORY LLC), Ul. Ryazanskaya, D. 3D, Office 3, Tula 300026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Sep 2022; Tax ID No. 7100027464 (Russia); Registration Number 1227100012369 (Russia) [RUSSIA-EO14024].

"RMT JSC" (a.k.a. RUSATOM MACHINE TOOLS JOINT STOCK COMPANY; a.k.a. "AO RUSSTAN" (Cyrillic: "АО РУССТАН")), Ul. 3-ya Yamskogo Polya d. 2, K. 26, Moscow 125124, Russia; Per. Pyzhevskii D. 5, Str. 1, Floor/Pomeshch. 2/I, Kom./Office 39/205, Moscow 119017, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9706022877 (Russia); Registration Number 1227700146838 (Russia) [RUSSIA-EO14024].

"RN SERVICE" (a.k.a. LIMITED LIABILITY COMPANY RN SERVICE), Malyi Kaluzhskii Per D. 15, Str. 3, Moscow 119071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7706660065 (Russia); Registration Number 5077746876257 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"RNCB" (a.k.a. RNKB OAO; a.k.a. ROSSISKI NATSIONALNY KOMMERCHESKI BANK OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. RUSSIAN NATIONAL COMMERCIAL BANK), d. 9 korp. 5 ul. Krasnoproletarskaya, Moscow 127030, Russia; SWIFT/BIC RNCORUMM; Website http://www.rncb.ru; Email Address rncb@rncb.ru; BIK (RU) 044525607; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027700381290 (Russia); Tax ID No. 7701105460 (Russia); Government Gazette Number 09610705 (Russia) [UKRAINE-EO13685].

"RNIIRS" (a.k.a. FEDERAL STATE ENTITY UNITARY ENTERPRISE ROSTOV ON DON RESEARCH INSTITUTE OF RADIO COMMUNICATIONS), ul. Nansena d. 130, Rostov-na-Donu 344038, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6152001024 (Russia); Registration Number 1026103711204 (Russia) [RUSSIA-EO14024].

"RNPK" (a.k.a. JOINT STOCK COMPANY RUSSIAN NATIONAL REINSURANCE COMPANY; a.k.a. "RNRC"), Duat Place III Business Centre, Floor 5, 6 Gasheka Street, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type State-Owned Enterprise; Tax ID No. 7706440687 (Russia); Registration Number 1167746727378 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"RNRC" (a.k.a. JOINT STOCK COMPANY RUSSIAN NATIONAL REINSURANCE

COMPANY; a.k.a. "RNPK"), Duat Place III Business Centre, Floor 5, 6 Gasheka Street, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type State-Owned Enterprise; Tax ID No. 7706440687 (Russia); Registration Number 1167746727378 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"RNT COMPANY" (a.k.a. AKTSIONEROE OBSHCHESTVO RNT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РНТ); a.k.a. AO RUSSIAN HIGH TECHNOLOGIES (Cyrillic: АО РОССИЙСКИЕ НАУКОЕМКИЕ ТЕХНОЛОГИИ); a.k.a. CLOSED JOINT STOCK COMPANY RNT; a.k.a. "AO RNT" (Cyrillic: "АО РНТ"); a.k.a. "CJSC RNT"; a.k.a. "ZAO RNT"), 6, ul. 2-Ya Ostankinskaya, Moscow 129515, Russia; Website www.rnt.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jun 1993; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7720010693 (Russia); Government Gazette Number 17917145 (Russia); Registration Number 1027700248256 (Russia) [RUSSIA-EO14024].

"RO, Gwang Chol" (a.k.a. RO, Kwang Chol (Korean: 노광철); a.k.a. "NO, Kwang Chol"), Korea, North; DOB 22 Aug 1958; POB Nampo, Pyongannam-Do, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Minister of the Ministry of People's Armed Forces (individual) [DPRK2].

"ROBERTA" (a.k.a. AGUAYO, Adrian; a.k.a. "AGUAYO SALAS, Adrian"; a.k.a. "LA ROBERTA"), Chihuahua, Mexico; DOB 29 Jul 1980; POB Chihuahua, Mexico; nationality Mexico; Gender Male; C.U.R.P. AUXA800729HCHGXD02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"ROBIK" (a.k.a. CHOLOKYAN, Roberto; a.k.a. KARAKEYAN, Roberto Albertovich; a.k.a. KARAKEYAN, Ruben Albertovich; a.k.a. TATULIAN, Ruben Albertovich (Cyrillic: ТАТУЛЯН, РУБЕН АЛЬБЕРТОВИЧ); a.k.a. TATULYAN, Ruben Albertovich; a.k.a.

"ROBSON" (Cyrillic: "РОБСОН")), Trident Grand Residence, Unit 604, Dubai Marina, Dubai 93743, United Arab Emirates; DOB 08 Dec 1969; POB Sochi, Russia; Gender Male; Passport 710091868 (Russia); Tax ID No. 231704411067 (Russia); Identification Number 312236712500061 (Russia); alt. Identification Number 0184214173 (Russia) (individual) [TCO] (Linked To: VESNA HOTEL AND SPA; Linked To: NOVYI VEK - MEDIA; Linked To: THIEVES-IN-LAW).

"ROBSON" (Cyrillic: "РОБСОН") (a.k.a. CHOLOKYAN, Roberto; a.k.a. KARAKEYAN, Roberto Albertovich; a.k.a. KARAKEYAN, Ruben Albertovich; a.k.a. TATULIAN, Ruben Albertovich (Cyrillic: ТАТУЛЯН, РУБЕН АЛЬБЕРТОВИЧ); a.k.a. TATULYAN, Ruben Albertovich; a.k.a. "ROBIK"), Trident Grand Residence, Unit 604, Dubai Marina, Dubai 93743, United Arab Emirates; DOB 08 Dec 1969; POB Sochi, Russia; Gender Male; Passport 710091868 (Russia); Tax ID No. 231704411067 (Russia); Identification Number 312236712500061 (Russia); alt. Identification Number 0184214173 (Russia) (individual) [TCO] (Linked To: VESNA HOTEL AND SPA; Linked To: NOVYI VEK - MEDIA; Linked To: THIEVES-IN-LAW).

"ROCCO" (a.k.a. MOZHAEV, Alexander Vyacheslavovich (Cyrillic: МОЖАЕВ, Александр Вячеславович); a.k.a. "GREEN"), Russia; DOB 02 Oct 1978; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"Rodrigo Flechas" (a.k.a. OSTEN BLANCO, Orozman Orlando), Colombia; DOB 11 Mar 1970; nationality Colombia; Gender Male; Cedula No. 98596602 (Colombia) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: CLAN DEL GOLFO).

"RODRIGUEZ OLIVERA DTO" (a.k.a. LOS GUEROS; a.k.a. "LOS ASQUELINES"; a.k.a. "LOS CALABAZOS"; a.k.a. "LOS GUERITOS"; a.k.a. "LOS GUERITOS DE TECATITLAN"; a.k.a. "LOS GUERRITOS"; a.k.a. "LOS GUERROS"), Coto Cataluna No. 84, Zapopan, Jalisco, Mexico; Coto Cataluna No. 92, Zapopan, Jalisco, Mexico; Pablo Neruda No. 3583, Guadalajara, Jalisco, Mexico; Sendero de los Pinos No. 55, Zapopan, Jalisco, Mexico; Coto Villa Coral No. 23, Residencial Villa Palma 200, Zapopan, Jalisco, Mexico; Coto Murcia No.

16, Zapopan, Jalisco, Mexico; San Eliseo No. 1695, Zapopan, Jalisco, Mexico [SDNTK].

"RODRIGUEZ, Malaquias" (a.k.a. GIL RODRIGUEZ, Malaquias), Carache, Trujillo, Venezuela; DOB 27 Feb 1960; POB Trujillo, Venezuela; nationality Venezuela; Gender Male; Cedula No. V5352190 (Venezuela) (individual) [VENEZUELA].

"ROMA" (a.k.a. SEMENOV, Roman; a.k.a. "РОМА"), Dubai, United Arab Emirates; DOB 08 Nov 1987; nationality Russia; Email Address semenov.roma@gmail.com; alt. Email Address semenovroma@gmail.com; alt. Email Address semenov.roman@mail.ru; alt. Email Address poma@tornado.cash; Gender Male; Digital Currency Address - ETH 0xdcbEfFBECcE100cCE9E4b153C4e15cB885643193; alt. Digital Currency Address - ETH 0x5f48c2a71b2cc96e3f0ccae4e39318ff0dc375b2; alt. Digital Currency Address - ETH 0x5a7a51bfb49f190e5a6060a5bc6052ac14a3b59f; alt. Digital Currency Address - ETH 0xed6e0a7e4ac94d976eebfb82ccf777a3c6bad921; alt. Digital Currency Address - ETH 0x797d7ae72ebddcdea2a346c1834e04d1f8df102b; alt. Digital Currency Address - ETH 0x931546D9e66836AbF687d2bc64B30407bAc8C568; alt. Digital Currency Address - ETH 0x43fa21d92141BA9db43052492E0DeEE5aa5f0A93; alt. Digital Currency Address - ETH 0x6be0ae71e6c41f2f9d0d1a3b8d0f75e6f6a0b46e; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 731969851 (Russia) (individual) [DPRK3].

"ROMANA" (a.k.a. CASTELLANOS GARZON, Henry; a.k.a. "ROMANA, Edison"), Venezuela; DOB 20 Mar 1965; POB El Castillo, Meta, Colombia; nationality Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 17353695 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

"ROMANA, Edison" (a.k.a. CASTELLANOS GARZON, Henry; a.k.a. "ROMANA"), Venezuela; DOB 20 Mar 1965; POB El Castillo, Meta, Colombia; nationality Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 17353695

(Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

"Rombhot" (a.k.a. EKATOM, Alfred; a.k.a. SARAGBA, Alfred; a.k.a. YEKATOM SARAGBA, Alfred; a.k.a. YEKATOM, Alfred; a.k.a. "Rambo"; a.k.a. "Rambot"; a.k.a. "Romboh"; a.k.a. "Rombot"), Mbaiki, Lobaye Prefecture, Central African Republic; Bimbo, Ombella-Mpoko Prefecture, Central African Republic; DOB 23 Jun 1976; POB Central African Republic; nationality Central African Republic (individual) [CAR].

"Romboh" (a.k.a. EKATOM, Alfred; a.k.a. SARAGBA, Alfred; a.k.a. YEKATOM SARAGBA, Alfred; a.k.a. YEKATOM, Alfred; a.k.a. "Rambo"; a.k.a. "Rambot"; a.k.a. "Rombhot"; a.k.a. "Rombot"), Mbaiki, Lobaye Prefecture, Central African Republic; Bimbo, Ombella-Mpoko Prefecture, Central African Republic; DOB 23 Jun 1976; POB Central African Republic; nationality Central African Republic (individual) [CAR].

"Rombot" (a.k.a. EKATOM, Alfred; a.k.a. SARAGBA, Alfred; a.k.a. YEKATOM SARAGBA, Alfred; a.k.a. YEKATOM, Alfred; a.k.a. "Rambo"; a.k.a. "Rambot"; a.k.a. "Rombhot"; a.k.a. "Romboh"), Mbaiki, Lobaye Prefecture, Central African Republic; Bimbo, Ombella-Mpoko Prefecture, Central African Republic; DOB 23 Jun 1976; POB Central African Republic; nationality Central African Republic (individual) [CAR].

"Romeo" (a.k.a. ROMERO SANCHEZ, Antonio; a.k.a. "Comandante R"; a.k.a. "Comandante Romeo"), Piedras Negras, Coahuila, Mexico; Victoria, Tamaulipas, Mexico; DOB 27 Jul 1984; POB Veracruz, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. ROSA840727HVZMNN06 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DEL NORESTE).

"ROMZ" (a.k.a. PJSC ROSTOV OPTICAL AND MECHANICAL PLANT; a.k.a. ROSTOVSKII OPTIKO-MEKHANICHESKII ZAVOD), Savinskoe shosse, 36, Rostov 152150, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7609000881 (Russia); Registration Number 1027601066569 (Russia) [RUSSIA-EO14024].

"Rondell" (a.k.a. DABY JR., Paul; a.k.a. DABY RAMSUCHIT, Paul; a.k.a. "Randell"), 127 D'Aguiar Park, Georgetown, Guyana; DOB 06 Jul 1985; POB Georgetown, Guyana; nationality Guyana; citizen Guyana; Gender Male; Passport R0232980 (Guyana); National ID No. 112094656 (Guyana) (individual) [ILLICIT-DRUGS-EO14059].

"Rosita" (a.k.a. ARAYA NAVARRO, Jimena Romina; a.k.a. "ARAYA, Jimena"), Venezuela; Colombia; DOB 05 Sep 1983; nationality Venezuela; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 16011070 (Venezuela) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

"ROTENBERG JUNIOR, Boris" (a.k.a. ROTENBERG, Boris Borisovich (Cyrillic: РОТЕНБЕРГ, Борис Борисович)), Russia; 46 Cadogan Lane, London SW1X9DX, United Kingdom; DOB 19 May 1986; POB St. Petersburg, Russia; nationality Finland; alt. nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Boris Romanovich).

"ROUTER" (a.k.a. FREZERNYE STANKI; a.k.a. LIMITED LIABILITY COMPANY MILLING MACHINES), Alleya Berezovaya D. 8, Kv. 10, Zelenograd 124498, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5044115015 (Russia); Registration Number 1195007003212 (Russia) [RUSSIA-EO14024].

"Royal Nuevo" (a.k.a. LIMON ELENES, Jeuri; a.k.a. "Fox"; a.k.a. "Prude"; a.k.a. "Rzr"), Mexico; DOB 28 Apr 1976; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LIEJ760428HSLMLR02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"ROYALROOMDRESS" (a.k.a. ROYAL ROOM DRESS), Culiacan, Sinaloa, Mexico; Calle Justo Sierra 2976 (esquina con Boulevard Sabinos), Col. La Campina, Culiacan, Sinaloa, Mexico; Organization Type: Retail sale of clothing, footwear and leather articles in specialized stores [ILLICIT-DRUGS-EO14059] (Linked To: ROBLEDO ARREDONDO, Adilene Mayre).

"RPKB" (a.k.a. JOINT STOCK COMPANY RAMENSKY INSTRUMENT ENGINEERING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. JOINT STOCK COMPANY RPZ; a.k.a. JOINT-STOCK COMPANY RAMENSKY PRIBOROSTROITELNY FACTORY; a.k.a. RAMENSKIY PRIBOROSTROITELNYY ZAVOD; a.k.a. RAMENSKOYE INSTRUMENT BUILDING PLANT (Cyrillic: РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. RAMENSKOYE INSTRUMENT DESIGN BUREAU; a.k.a. RAMENSKOYE INSTRUMENT ENGINEERING PLANT; a.k.a. RAMENSKOYE INSTRUMENT PLANT; a.k.a. RAMENSKOYE INSTRUMENT-MAKING DESIGN BUREAU; a.k.a. RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO; a.k.a. RAMENSKY INSTRUMENT-MAKING FACTORY), Mikhalevicha st., 39, bldg. 20, 2/124, Ramenskoye, Moscow Region 140100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 02 Jul 2001; Tax ID No. 5040001426 (Russia); Registration Number 1025005116839 (Russia) [RUSSIA-EO14024].

"RPP LLC" (a.k.a. RPP LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РПП); a.k.a. "LLC RPP"; a.k.a. "OOO RPP" (Cyrillic: "ООО РПП")), 6/26 Floor/Rm, Bldg. 10-2, Nab. Presnenskaya, Moscow 125039, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Nov 2015; Tax ID No. 7704335359 (Russia); Registration Number 5157746040645 (Russia) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"RQC" (a.k.a. INTERNATIONAL CENTER FOR QUANTUM OPTICS AND QUANTUM TECHNOLOGIES LIMITED LIABILITY COMPANY; a.k.a. OOO MTSKT; a.k.a. RUSSIAN QUANTUM CENTER), 30 Bld., 1 Bolshoy Blvd, Skolkovo Innovation Center, Moscow 121205, Russia; 100 Novaya Street, Skolkovo Village, Odintsovo, Moscow Region 143026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7743801910 (Russia); Registration Number 1107746994365 (Russia) [RUSSIA-EO14024].

"RSPP" (a.k.a. RUSSIAN ASSOCIATION OF EMPLOYERS THE RUSSIAN UNION OF INDUSTRIALISTS AND ENTREPRENEURS), Nab. Kotelnicheskaya D.17, Moscow 109240, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Mar 2006; Tax ID No. 7710619969 (Russia); Government Gazette Number 94430936 (Russia); Registration Number 1067746348427 (Russia) [RUSSIA-EO14024].

"RSS" (a.k.a. JOINT STOCK COMPANY ROSSIYSKIYE KOSMICHESKIYE SISTEMY; a.k.a. ROSSIYSKIYE KOSMICHESKIYE SISTEMY; a.k.a. RUSSIAN SPACE SYSTEMS JSC; a.k.a. "RKS"), 53, Aviamotornaya Str., Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 23 Oct 2009; Tax ID No. 7722698789 (Russia); Registration Number 1097746649681 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"RT SOLAR" (a.k.a. OOO SOLAR SEKYURITI; a.k.a. ROSTELEKOM SOLAR), Ul. Vyatskaya, 35/4 Bts Vyatka, Moscow 127015, Russia; Per. Nikitskiy, 7c1, Moscow 125009, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718099790 (Russia); Registration Number 1157746204230 (Russia) [RUSSIA-EO14024].

"RT" (a.k.a. AUTONOMOUS NON PROFIT ORGANIZATION TV NOVOSTI (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ТВ НОВОСТИ)), Borovaya Street, D. 3, K. 1, Moscow 111020, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Apr 2005; Tax ID No. 7704552473 (Russia); Registration Number 1057746595367 (Russia) [RUSSIA-EO14024].

"RTI, PAO" (a.k.a. K TECHNOLOGIES JOINT STOCK COMPANY; a.k.a. K TECHNOLOGY JOINT STOCK COMPANY), Elektrozavodskaya St., 27, Bldg. 9, Moscow 107023, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7713723559 (Russia); Registration Number 1117746115233 (Russia) [RUSSIA-EO14024].

"RTS LLC" (a.k.a. REPUTABLE TRADING SOURCE LLC; a.k.a. REPUTABLE TRADING SOURCE LLC COMPANY), CR Number 1137785, PO Box: 888, Muscat 111, Oman; PO Box 1295: 111 CPO, Azaiba, Muscat, Oman; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 1137785 (Oman) [IRAN-EO13871] (Linked To: KHOUZESTAN STEEL COMPANY).

"RUANO YANDUN DTO" (a.k.a. RUANO YANDUN DRUG TRAFFICKING ORGANIZATION), Narino, Colombia; Ecuador [SDNTK].

"RUBIN, OOO" (Cyrillic: "ООО РУБИН") (a.k.a. LIMITED LIABILITY COMPANY RAFORT; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RAFORT; a.k.a. RAFORT LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАФОРТ); a.k.a. RAFORT, OOO (Cyrillic: ООО РАФОРТ); a.k.a. "LIMITED LIABILITY COMPANY RUBIN" (Cyrillic: "ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУБИН"); a.k.a. "RAFORT"), Apartment 40, Building 43, Tatarskaya Street, Ryazan, Ryazan Oblast 390005, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 6234061793 (Russia); Business Registration Number 1086234013051 (Russia) issued 16 Oct 2008 [DPRK] (Linked To: GAZARYAN, Rafael Anatolyevich).

"RUBINI INVESTMENTS GROUP LIMITED" (a.k.a. RUBINI INVESTMENT GROUP LIMITED), Plot No. FZJOB0624 WS02, Jebel Ali Free Zone, 61027, Dubai, United Arab Emirates; Organization Established Date 07 Apr 2001; Company Number 372782 (Virgin Islands, British); Registration Number 2938 (United Arab Emirates) [GLOMAG] (Linked To: PATTNI, Kamlesh Mansukhlal Damji).

"RUDNY LLC" (a.k.a. LIMITED LIABILITY COMPANY RUDNIY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУДНЫЙ); a.k.a. OOO RUDNIY (Cyrillic: ООО РУДНЫЙ)), Narodnoy Voli St., Building 24, Office 5, Ekaterinburg, Sverdlovsk Region 620063, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 May 2019; Tax ID No. 6671096252 (Russia); Registration Number 1196658038774 (Russia) [RUSSIA-EO14024] (Linked To: SUROVIKINA, Anna Borisovna).

"RUK OOO" (a.k.a. LIMITED LIABILITY COMPANY RASPADSKAYA COAL COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RASPADSKAYA UGOLNAYA KOMPANIYA; a.k.a. OOO RASPADSKAYA COAL COMPANY; a.k.a. RASPADSKAYA UGOLNAYA KOMPANIYA), d. 33, Ofis 201, Prospekt Kurako (Kuibyshevski R-N), Novokuznetsk, Kemerovo region 654006, Russia; PR. Kurako D. 33, Novokuznetsk 654027, Russia; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Tax ID No. 4253029657 (Russia); Registration Number 1154253003750 (Russia) [RUSSIA-EO14024].

"RUMAYSAH, Abu" (a.k.a. DHAR, Siddartha; a.k.a. DHAR, Siddhartha; a.k.a. "AL BRITANI, Abu Rumaysah"; a.k.a. "DHAR, Abu"; a.k.a. "ISLAM, Saiful"; a.k.a. "SID, Jihadi"), Syria; Iraq; DOB 24 Jun 1983; POB Edmonton, London, United Kingdom; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"RUSAT" (Cyrillic: "РУСАТ") (a.k.a. RUSATOM ADDITIVE TECHNOLOGIES), Kashirskoe Sh. 49, P. 61, Floor 8, Room 3, Moscow 115409, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7724424381 (Russia); Registration Number 5177746230547 (Russia) [RUSSIA-EO14024].

"RUSDJAN" (a.k.a. RUSDAN, Abu; a.k.a. "ABU THORIQ"; a.k.a. "RUSJAN"; a.k.a. "RUSYDAN"; a.k.a. "THORIQUDDIN"; a.k.a. "THORIQUIDDIN"; a.k.a. "THORIQUIDIN"; a.k.a. "TORIQUDDIN"); DOB 16 Aug 1960; POB Kudus, Central Java, Indonesia; citizen Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1608600001 (Indonesia) (individual) [SDGT].

"RUSJAN" (a.k.a. RUSDAN, Abu; a.k.a. "ABU THORIQ"; a.k.a. "RUSDJAN"; a.k.a. "RUSYDAN"; a.k.a. "THORIQUDDIN"; a.k.a. "THORIQUIDDIN"; a.k.a. "THORIQUIDIN"; a.k.a. "TORIQUDDIN"); DOB 16 Aug 1960; POB Kudus, Central Java, Indonesia; citizen Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1608600001 (Indonesia) (individual) [SDGT].

"RUSS-BANK" (a.k.a. OPEN JOINT-STOCK COMPANY ROSGOSSTRAKH BANK; a.k.a. PAO ROSGOSSTRAKH BANK (Cyrillic: ПАО РОСГОССТРАХ БАНК)), Stroenie 2, 43 Myasnickaya ul., Moscow 107078, Russia; SWIFT/BIC RUIDRUMM; Website www.rgsbank.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7718105676 (Russia); Registration Number 1027739004809 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

"RUSSIAN SECURITY SYSTEMS" (a.k.a. LIMITED LIABILITY COMPANY RSB-GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ

ОТВЕТСТВЕННОСТЬЮ РСБ-ГРУПП); a.k.a. LLC RSB-GROUP (Cyrillic: ООО РСБ-ГРУПП); a.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU RSB-GRUPP), Ulitsa Dnepropetrovskaya, Dom 3, Korpus 5, Et 1, Pom III, K 8 0 6-6, Moskva 117525, Russia (Cyrillic: Улица Днепропетровская, Дом 3, Корпус 5, Эт 1, Пом III, К 8 0 6-6, Москва 117525, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Nov 2005; Tax ID No. 7726531639 (Russia); Registration Number 1057749205942 (Russia) [RUSSIA-EO14024].

"RUSSIA-NICARAGUA ANTI-NARCOTICS TRAINING CENTER" (a.k.a. CENTRO DE CAPACITACION DEL MINISTERIO DEL INTERIOR DE LA FEDERACION DE RUSIA EN MANAGUA; a.k.a. TRAINING CENTER OF THE MINISTRY OF THE INTERIOR OF THE RUSSIAN FEDERATION IN MANAGUA; a.k.a. TRAINING CENTER OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS IN MANAGUA (Cyrillic: УЧЕБНЫЙ ЦЕНТР МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИИ В МАНАГУА); a.k.a. "CENTRO DE CAPACITACION ANTINARCOTICO RUSIA-NICARAGUA"; a.k.a. "MVD TRAINING CENTER" (Cyrillic: "УЧЕБНЫЙ ЦЕНТР МВД")), Las Colinas, 3a Etapa, Managua 14199, Nicaragua; Organization Established Date 01 Oct 2017; Target Type Government Entity [NICARAGUA] (Linked To: NICARAGUAN NATIONAL POLICE).

"RUSSKII OREL" (a.k.a. LIMITED LIABILITY COMPANY RUSSIAN EAGLE), Ul. Kotelnicheskaya D. 24A, Lyubertsy 140000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5027128078 (Russia); Registration Number 1075027014754 (Russia) [RUSSIA-EO14024].

"RUSYDAN" (a.k.a. RUSDAN, Abu; a.k.a. "ABU THORIQ"; a.k.a. "RUSDJAN"; a.k.a. "RUSJAN"; a.k.a. "THORIQUDDIN"; a.k.a. "THORIQUIDDIN"; a.k.a. "THORIQUIDIN"; a.k.a. "TORIQUDDIN"); DOB 16 Aug 1960; POB Kudus, Central Java, Indonesia; citizen Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1608600001 (Indonesia) (individual) [SDGT].

"RUTIKANGA, Ngarurira Ingoma" (a.k.a. NGOMA, Willy; a.k.a. "Pap"), Bunagana, North Kivu, Congo, Democratic Republic of the; DOB 1974; POB Kinigi, Rwanda; nationality Rwanda;

alt. nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO] (Linked To: M23).

"RWO" (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

"RYAN, Damien" (a.k.a. JOHN, Damion Patrick; a.k.a. RYAN, Damion Patrick; a.k.a. RYAN, Damion Patrick John; a.k.a. "HENRY, John"; a.k.a. "JOHN, Damien"; a.k.a. "JOHN, Damion"; a.k.a. "PATRICK, Damion"; a.k.a. "RYAN, John"), British Columbia, Canada; DOB 14 Oct 1980; POB Canada; nationality Canada; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport WQ097521 (Canada); alt. Passport HK184430 (Canada) expires 15 Sep 2026; alt. Passport AK406531 (Canada) expires 11 Jan 2029 (individual) [IRAN-HR] (Linked To: ASAN, Nihat Abdul Kadir).

"RYAN, John" (a.k.a. JOHN, Damion Patrick; a.k.a. RYAN, Damion Patrick; a.k.a. RYAN, Damion Patrick John; a.k.a. "HENRY, John"; a.k.a. "JOHN, Damien"; a.k.a. "JOHN, Damion"; a.k.a. "PATRICK, Damion"; a.k.a. "RYAN, Damien"), British Columbia, Canada; DOB 14 Oct 1980; POB Canada; nationality Canada;

Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport WQ097521 (Canada); alt. Passport HK184430 (Canada) expires 15 Sep 2026; alt. Passport AK406531 (Canada) expires 11 Jan 2029 (individual) [IRAN-HR] (Linked To: ASAN, Nihat Abdul Kadir).

"RYAZANCEV, Oleg N" (a.k.a. RYAZANTSEV, Oleg Nikolaevich; a.k.a. RYAZANTSEV, Oleg Nikolayevich (Cyrillic: РЯЗАНЦЕВ, Олег Николаевич)), Russia; DOB 16 Apr 1982; POB Zhukovsky, Moscow Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

"Rzr" (a.k.a. LIMON ELENES, Jeuri; a.k.a. "Fox"; a.k.a. "Prude"; a.k.a. "Royal Nuevo"), Mexico; DOB 28 Apr 1976; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LIEJ760428HSLMLR02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"S.C. SABA ENG CO." (a.k.a. SADID CARAN SABA COMPANY; a.k.a. SADID CARAN SABA ENG. CO.; a.k.a. SADID CARAN SABA ENGINEERING COMPANY; a.k.a. "SABA CRANE"), Unit 501, No. 17, Beside Samen Drugstore, Hakim West Highway, Tehran, Iran; No. 1401, Cross 5th Golazin and 2nd Golara, Eshtehard Industrial Zone, Eshtehard, Alborz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"S.M.G." (a.k.a. SHAHID MEISAMI GROUP (Arabic: كروه شهید میثمی); a.k.a. SHAHID MEISAMI RESEARCH COMPLEX; a.k.a. SHAHID MOYASAMI COMPLEX), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

"S7 TECHNICS" (a.k.a. S 7 ENGINEERING LLC (Cyrillic: ООО С 7 ИНЖИНИРИНГ); a.k.a. S 7 INZHINIRING OOO), Territoriya Aeroport Domodedovo, 6/1 Domodedovo, Moscow Oblast 142015, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5009049835 (Russia); Registration Number 1055001517405 (Russia) [RUSSIA-EO14024].

"SAAD OWAIED OBAID" (a.k.a. ABU HAMMUDI AL-SHAMMARI; a.k.a. AL-SHAMMARI, Sa'ad Uwayyid 'Ubayd Mu'jil; a.k.a. SA'AD AL-SHAMMARI; a.k.a. "ABU KHALAF"), Tal Hamis, Syria; 'Awinat Village, Rabi'ah District, Iraq; Tal

Wardan, Iraq; DOB 03 Jul 1972; POB Tal Wardan, Ninevah, Iraq; alt. POB Tal Afar, Ninevah, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SABA CRANE" (a.k.a. SADID CARAN SABA COMPANY; a.k.a. SADID CARAN SABA ENG. CO.; a.k.a. SADID CARAN SABA ENGINEERING COMPANY; a.k.a. "S.C. SABA ENG CO."), Unit 501, No. 17, Beside Samen Drugstore, Hakim West Highway, Tehran, Iran; No. 1401, Cross 5th Golazin and 2nd Golara, Eshtehard Industrial Zone, Eshtehard, Alborz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"SABA" (a.k.a. ABD EL-RAHMAN, Suhayl Salim; a.k.a. ABDURAHAMAN, Suhayl; a.k.a. AL-SUDANI, Abu Faris; a.k.a. FARIS, Abu; a.k.a. MUHAMMAD, Sahib; a.k.a. MUHAMMAD, Suhayl Salim; a.k.a. SALIM, Suhayl; a.k.a. UL-ABIDEEN, Zain; a.k.a. ZAYN, Haytham; a.k.a. "SANA"; a.k.a. "SUNDUS"); DOB 17 Jun 1984; alt. DOB 1990; POB Rabak, Sudan; Passport C0004350; Personal ID Card A00710804 (individual) [SOMALIA].

"SABURI, Hasan" (a.k.a. NAZHAD, Hasan Saburi; a.k.a. SABURINEJAD, Ali; a.k.a. SABURINEZHAD, Ali; a.k.a. SABURINEZHAD, Hasan (Arabic: حسن سبری نژاد); a.k.a. "Engineer Morteza"; a.k.a. "MURTADA, Muhandis"), Iran; Iraq; Syria; DOB 09 Jan 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0383595282 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"SADAF CO." (a.k.a. DOUDEFAM INDUSTRIES SADAF COMPANY; a.k.a. DUDEH FAM INDUSTRIAL; a.k.a. FAM INDUSTRIEL SOOT CO.; a.k.a. SANATI DOODEH FAAM COMPANY; a.k.a. SANATI DOODEH FAM CO. (Arabic: شرکت صنعتی دوده فام); a.k.a. SHERKATE DOODEH FAAM-E SADAF; a.k.a. "SADAF"; a.k.a. "SADAF COMPANY"; a.k.a. "SADAFCO"), No. 8, Shahid Haghani Highway, Vanak Square, Tehran, Iran; No. 8, Haghani Highway, After Jahan Koodak Cross, Vanak Sq, PO Box 1518743811, Tehran, Iran; Dezfool Industrial Park Number 2, Dezful, Iran; Industrial Zone No. 2, PO Box 6465128911, Dezful, Iran; Website http://www.sadaf-cb.com; Additional Sanctions Information - Subject to Secondary

Sanctions; National ID No. 10102837099 (Iran); Registration Number 243005 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"SADAF COMPANY" (a.k.a. DOUDEFAM INDUSTRIES SADAF COMPANY; a.k.a. DUDEH FAM INDUSTRIAL; a.k.a. FAM INDUSTRIEL SOOT CO.; a.k.a. SANATI DOODEH FAAM COMPANY; a.k.a. SANATI DOODEH FAM CO. (Arabic: شرکت صنعتی دوده فام); a.k.a. SHERKATE DOODEH FAAM-E SADAF; a.k.a. "SADAF"; a.k.a. "SADAF CO."; a.k.a. "SADAFCO"), No. 8, Shahid Haghani Highway, Vanak Square, Tehran, Iran; No. 8, Haghani Highway, After Jahan Koodak Cross, Vanak Sq, PO Box 1518743811, Tehran, Iran; Dezfool Industrial Park Number 2, Dezful, Iran; Industrial Zone No. 2, PO Box 6465128911, Dezful, Iran; Website http://www.sadaf-cb.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102837099 (Iran); Registration Number 243005 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"SADAF" (a.k.a. DOUDEFAM INDUSTRIES SADAF COMPANY; a.k.a. DUDEH FAM INDUSTRIAL; a.k.a. FAM INDUSTRIEL SOOT CO.; a.k.a. SANATI DOODEH FAAM COMPANY; a.k.a. SANATI DOODEH FAM CO. (Arabic: شرکت صنعتی دوده فام); a.k.a. SHERKATE DOODEH FAAM-E SADAF; a.k.a. "SADAF CO."; a.k.a. "SADAF COMPANY"; a.k.a. "SADAFCO"), No. 8, Shahid Haghani Highway, Vanak Square, Tehran, Iran; No. 8, Haghani Highway, After Jahan Koodak Cross, Vanak Sq, PO Box 1518743811, Tehran, Iran; Dezfool Industrial Park Number 2, Dezful, Iran; Industrial Zone No. 2, PO Box 6465128911, Dezful, Iran; Website http://www.sadaf-cb.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102837099 (Iran); Registration Number 243005 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"SADAFCO" (a.k.a. DOUDEFAM INDUSTRIES SADAF COMPANY; a.k.a. DUDEH FAM INDUSTRIAL; a.k.a. FAM INDUSTRIEL SOOT CO.; a.k.a. SANATI DOODEH FAAM COMPANY; a.k.a. SANATI DOODEH FAM CO. (Arabic: شرکت صنعتی دوده فام); a.k.a. SHERKATE DOODEH FAAM-E SADAF; a.k.a. "SADAF"; a.k.a. "SADAF CO."; a.k.a. "SADAF COMPANY"), No. 8, Shahid Haghani Highway,

Vanak Square, Tehran, Iran; No. 8, Haghani Highway, After Jahan Koodak Cross, Vanak Sq, PO Box 1518743811, Tehran, Iran; Dezfool Industrial Park Number 2, Dezful, Iran; Industrial Zone No. 2, PO Box 6465128911, Dezful, Iran; Website http://www.sadaf-cb.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102837099 (Iran); Registration Number 243005 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"SADIQ, Hajji" (a.k.a. HASHIM, Yusef; a.k.a. HASHIM, Yusuf; a.k.a. "SADIQ, Sayyid"), Al Zahrani, Lebanon; DOB 1962; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

"SADIQ, Sayyid" (a.k.a. HASHIM, Yusef; a.k.a. HASHIM, Yusuf; a.k.a. "SADIQ, Hajji"), Al Zahrani, Lebanon; DOB 1962; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

"SADR, Behnam" (a.k.a. CHEKOSARI, Sa'id Najafpur; a.k.a. NAJAFPUR, Behnam; a.k.a. NAJAFPUR, Sa'id; a.k.a. "DADR, Behnam"); DOB 1980; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"SAE OOO" (a.k.a. AUTONOMOUS ENERGY SYSTEMS; a.k.a. SISTEMY AVTONOMNOI ENERGII), Dor. Torfyanaya D. 7, Lit. F, Pomeshch. 17-N, KAB. 13 (1120-1121), Saint Petersburg 197374, Russia; Poligrafmashevsky pr. 3A, Saint Petersburg, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7813645488 (Russia); Registration Number 1207800085701 (Russia) [RUSSIA-EO14024].

"SAEED, Mohammed" (a.k.a. ADHAFAH, Muhammad Said; a.k.a. AL BEHADILI, Mohammed Saeed Odhafa (Arabic: محمد سعید

(عذافه البهادلی); a.k.a. AL-BAHADILI, Muhammad Sa'id 'Adhafah; a.k.a. ALBEHADILI, Mohammed Saeed Othafa), Iraq; DOB 04 Mar 1970; nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A3347475 (Iraq) (individual) [SDGT] [IFSR] (Linked To: AL KHAMAEL MARITIME SERVICES).

"SAFARI BEACH" (a.k.a. CENTRE DE LOISIR SAFARI CLUB; a.k.a. SAFARI CLUB), Nsele, Kinshasa, Congo, Democratic Republic of the; Gombe, Kinshasa, Congo, Democratic Republic of the; Registration ID 1322 (Congo, Democratic Republic of the) [DRCONGO] (Linked To: OLENGA, Francois).

"SAGAR, Abu" (a.k.a. ZABEN, Sultan; a.k.a. ZABIN, Abu Saqer (Arabic: ابو صقر زابن); a.k.a. ZABIN, Sultan; a.k.a. ZABIN, Sultan Saleh; a.k.a. ZABIN, Sultan Saleh Aida Aida (Arabic: سلطان صالح عيضة عيضة زابن); a.k.a. ZABINYE, Sultan; a.k.a. "SAQAR, Abu"), Sana'a, Yemen; DOB 1986; POB Razih District, Sana'a, Yemen; nationality Yemen; Gender Male; National ID No. 10010095104 (Yemen); Identification Number 20322 (Yemen) (individual) [YEMEN] [GLOMAG].

"SAHA" (a.k.a. IRAN AIRCRAFT INDUSTRIES; a.k.a. IRAN AIRCRAFT INDUSTRIES CO.; a.k.a. "IACI"), Km 3 Karaj Special Road, Ekbatan City, Azadi Square, Tehran, Iran; PO Box 14155-1449, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"SAHIB, Hashmi" (a.k.a. HASHIMI, Muzammil Iqbal; a.k.a. HASHMI, Muzammil Iqbal), Pakistan; DOB 1969; alt. DOB 1970; alt. DOB 1971; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"SAI" (a.k.a. SHAHID ALAMOLHODA; a.k.a. SHAHID ALAMOLHODA INDUSTRIES; a.k.a. SHAHID ALAMOLHODA INDUSTRY), 142, Shahid Reza Farshadi and Shahid Hasan-e streets, Lavizan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"SAIC" (a.k.a. SHAHED AVIATION; a.k.a. SHAHED AVIATION INDUSTRIES; a.k.a. SHAHED AVIATION INDUSTRIES COMPLEX; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH (Arabic: تحقیقات صنایع هوایی شاهد); a.k.a. SHAHED AVIATION INDUSTRIES

RESEARCH CENTER; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH CENTRE; a.k.a. "SAIRC"), Shahid Lavi Street, Sajad Street, Isfahan, Iran; Website http://www.shahedaviation.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

"SAID" (a.k.a. JENDOUBI, Faouzi Ben Mohamed Ben Ahmed; a.k.a. "SAMIR"), Via Agucchi n.250, Bologna, Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 30 Jan 1966; POB Beja, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K459698 issued 06 Mar 1999 expires 05 Mar 2004 (individual) [SDGT].

"SA-ID" (a.k.a. IZZ-AL-DIN, Hasan; a.k.a. SALWWAN, Samir; a.k.a. "GARBAYA, AHMED"), Lebanon; DOB 1963; POB Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SAIFUDING" (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 653225197110100533 (China) (individual) [SDGT].

"SAIMAITI, Abdul" (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 653225197110100533 (China) (individual) [SDGT].

"SAIRC" (a.k.a. SHAHED AVIATION; a.k.a. SHAHED AVIATION INDUSTRIES; a.k.a. SHAHED AVIATION INDUSTRIES COMPLEX; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH (Arabic: تحقیقات صنایع هوایی شاهد); a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH CENTER; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH CENTRE; a.k.a. "SAIC"), Shahid Lavi Street, Sajad Street, Isfahan, Iran; Website http://www.shahedaviation.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

"SAIT" (a.k.a. AO NPP SAIT), G Zelenograd, Proezd 4806 D 5, Str 20, Office M 05, Moscow 124498, Russia; Al. Solnechnaya D. 6, Pom/Komn XIII/14, Zelenograd 124527, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7735071466 (Russia); Registration Number 1037700225056 (Russia) [RUSSIA-EO14024].

"SAJIRUN, Radulan" (a.k.a. SAHIRON, Radulan; a.k.a. SAHIRON, Radullan; a.k.a. SAHIRUN, Radulan; a.k.a. "COMMANDER PUTOL"); DOB 1955; alt. DOB circa 1952; POB Kaunayan, Patikul, Jolo Island, the Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SAKAN EXCHANGE" (a.k.a. JOINT PARTNERSHIP OF REZA SAKAN DASTGIRI AND ASSOCIATES; a.k.a. REZA SAKAN DASTGIRI AND PARTNERS LIABILITY PARTNERSHIP; a.k.a. REZA SAKAN DASTGIRI AND PARTNERS MAKU FREE ZONE TAZAMONI COMPANY; a.k.a. TAZAMONI REZA SAKAN DASTGIRI VA SHORAK), No. 22, First Floor, Islaelzadeh Building, Shahid Javad Ghanbari Street, Bazargan, Maku Free Trade Zone, West Azerbaijan, Iran; Unit 22, Bostan Building, Shahid Javad Ghanbari Street, Bazargan, Maku, West Azerbaijan, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 14003282053 (Iran); Business Registration Number 905 (Iran) [SDGT] [IFSR] (Linked To: DASTGIRI, Reza Sakan).

"SAKURAKO OKUBO" (a.k.a. MILLER, Lucy; a.k.a. ZHENG, Yanni (Chinese Simplified: 郑燕妮)), 98/86 #45A1 Na Chom Thian, Sattahip District, Chon Buri 20250, Thailand; DOB 02 Jul 1973; POB Anshan Liaoning, China; nationality China; alt. nationality Saint Kitts and Nevis; Gender Female; Passport EH4901807 (China); alt. Passport EA5001872 (China); alt. Passport RE0124679 (Saint Kitts and Nevis) issued 13 May 2022 expires 12 May 2032 (individual) [CYBER2].

"SALAFI GROUP" (a.k.a. ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH; a.k.a. JAMA'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL; a.k.a. JAMAAT AL DAWA ILA AL SUNNAH; a.k.a. JAMA'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA; a.k.a. JAMA'AT DA'WA AL-SUNNAT; a.k.a. JAMAAT UD DAWA IL AL QURAN AL SUNNAH; a.k.a. JAMAAT UL DAWA AL QURAN; a.k.a. JAMA'AT UL DAWA AL-QU'RAN; a.k.a. JAMAAT-UD-DAWA AL QURAN WAL SUNNAH; a.k.a. JAMIAT AL-DAWA AL-QURAN WAL-SUNNA; a.k.a. SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA; a.k.a. "JDQ"; a.k.a. "JDQS"), Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"SALAH ABU MOHAMED" (a.k.a. GASMI, Salah; a.k.a. "BOUNOUADHER"; a.k.a. "SALAH ABU MUHAMAD"); DOB 13 Apr 1971; POB Zeribet El Oued, Biskra, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SALAH ABU MUHAMAD" (a.k.a. GASMI, Salah; a.k.a. "BOUNOUADHER"; a.k.a. "SALAH ABU MOHAMED"); DOB 13 Apr 1971; POB Zeribet El Oued, Biskra, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SALAH, Mahir" (a.k.a. SALAH, Maher Jawad Younes; a.k.a. SALAH, Maher Jawad Yunes; a.k.a. SALAH, Maher Jawad Yunis; a.k.a. SALAH, Mahir Jawad Yunis; a.k.a. SALAH, Mahir Jawwad Yunis; a.k.a. SALAH, Mahir Yunus; a.k.a. "AKRAM, Abu"; a.k.a. "AREF, Abu"; a.k.a. "ARIF, Abu"; a.k.a. "SHACKER, Abu"), Saudi Arabia; DOB 22 Oct 1957; nationality United Kingdom; alt. nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 012855897 (United Kingdom); alt. Passport D126889 (Jordan); National ID No. 9571015241 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

"SALAH, Sayyid" (a.k.a. AL-MAKSUSI, Sayyid Salah Mahdi Hantush; a.k.a. AL-MUSAWI, Sayyid Salah; a.k.a. "HAWRA, Abu"); DOB 1973; alt. DOB 1971; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SALAH, Shaykh" (a.k.a. KASSIR, Mohammed Jaafar; a.k.a. QASIR, Muhammad; a.k.a. QASIR, Muhammad Jafar; a.k.a. "EYNAKI"; a.k.a. "FADI"; a.k.a. "GHOLI, Hossein"; a.k.a. "MAJID"), Syria; DOB 12 Feb 1967; POB Dayr Qanun Al-Nahr, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

"Salahuddin ibn Hernani" (a.k.a. THULSIE, Brandon-Lee; a.k.a. "THULSIE, Sallahuddin"), Newclare, Johannesburg, South Africa; DOB 1992 to 1994; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SALAHUDDIN, Syed" (a.k.a. SHAH, Mohammad Yousuf; a.k.a. SHAH, Mohammad Yusuf; a.k.a. SHAH, Mohammed Yusaf; a.k.a. SHAH, Mohd Yosuf; a.k.a. SHAH, Mohd Yousuf; a.k.a. SHAH, Mohd Yusuf; a.k.a. SHAH, Syed Mohammed Yusuf; a.k.a. "Peer Sahib"; a.k.a. "SALAHUDEEN, Sayeed"; a.k.a. "SALAHUDIN, Syed"; a.k.a. "Salauddin"), Muzaffarabad, Pakistan-administered Kashmir, Pakistan; Rawalpindi, Pakistan; Pakistan; Islamabad, Pakistan; DOB 1952; POB Soibug, Budgam, Kashmir, Jammu and Kashmir, India; nationality India; alt. nationality Pakistan; citizen India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SALAHUDEEN, Sayeed" (a.k.a. SHAH, Mohammad Yousuf; a.k.a. SHAH, Mohammad Yusuf; a.k.a. SHAH, Mohammed Yusaf; a.k.a. SHAH, Mohd Yosuf; a.k.a. SHAH, Mohd Yousuf; a.k.a. SHAH, Mohd Yusuf; a.k.a. SHAH, Syed Mohammed Yusuf; a.k.a. "Peer Sahib"; a.k.a. "SALAHUDDIN, Syed"; a.k.a. "SALAHUDIN, Syed"; a.k.a. "Salauddin"), Muzaffarabad, Pakistan-administered Kashmir, Pakistan; Rawalpindi, Pakistan; Pakistan; Islamabad, Pakistan; DOB 1952; POB Soibug, Budgam, Kashmir, Jammu and Kashmir, India; nationality India; alt. nationality Pakistan; citizen India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SALAHUDIN" (a.k.a. HAPILON, Isnilon Totoni; a.k.a. HAPILUN, Isnilon; a.k.a. HAPILUN, Isnilun; a.k.a. "ABU MUSAB"; a.k.a. "TUAN ISNILON"); DOB 18 Mar 1966; alt. DOB 10 Mar 1967; POB Bulanza, Lantawan, Basilan, the Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SALAHUDIN, Syed" (a.k.a. SHAH, Mohammad Yousuf; a.k.a. SHAH, Mohammad Yusuf; a.k.a. SHAH, Mohammed Yusaf; a.k.a. SHAH, Mohd Yosuf; a.k.a. SHAH, Mohd Yousuf; a.k.a. SHAH, Mohd Yusuf; a.k.a. SHAH, Syed Mohammed Yusuf; a.k.a. "Peer Sahib"; a.k.a. "SALAHUDDIN, Syed"; a.k.a. "SALAHUDEEN, Sayeed"; a.k.a. "Salauddin"), Muzaffarabad, Pakistan-administered Kashmir, Pakistan; Rawalpindi, Pakistan; Pakistan; Islamabad, Pakistan; DOB 1952; POB Soibug, Budgam, Kashmir, Jammu and Kashmir, India; nationality India; alt. nationality Pakistan; citizen India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Salauddin" (a.k.a. SHAH, Mohammad Yousuf; a.k.a. SHAH, Mohammad Yusuf; a.k.a. SHAH, Mohammed Yusaf; a.k.a. SHAH, Mohd Yosuf; a.k.a. SHAH, Mohd Yousuf; a.k.a. SHAH, Mohd Yusuf; a.k.a. SHAH, Syed Mohammed Yusuf; a.k.a. "Peer Sahib"; a.k.a. "SALAHUDDIN, Syed"; a.k.a. "SALAHUDEEN, Sayeed"; a.k.a. "SALAHUDIN, Syed"), Muzaffarabad, Pakistan-administered Kashmir, Pakistan; Rawalpindi, Pakistan; Pakistan; Islamabad, Pakistan; DOB 1952; POB Soibug, Budgam, Kashmir, Jammu and Kashmir, India; nationality India; alt. nationality Pakistan; citizen India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SALCO" (a.k.a. ALUMINIOM JONUB; a.k.a. SOUTH ALUMINUM; a.k.a. SOUTH ALUMINUM COMPANY (Arabic: شرکت مجتمع صنایع آلومینیوم جنوب)), Iran; No. 35, 13th, Asadabadi Av., Tehran, Iran; Lamerd Special Economic Zone for Energy Intensive Industries, 8th km, Lamerd-khonj Road, Lamerd City, Fars

Province, Iran; Website http://salcocompany.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13871] (Linked To: GHADIR INVESTMENT COMPANY).

"SALEH MOHAMMAD" (a.k.a. KAKAR, Saleh Mohammad); DOB 1962; POB Nulgham Village, Panjwai District, Kandahar, Afghanistan; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SALEH" (a.k.a. ABDULLAH, Abdullah Ahmed; a.k.a. AL-MASRI, Abu Mohamed; a.k.a. "ABU MARIAM"), Afghanistan; DOB 1963; POB Egypt; citizen Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SALEH, Mahamat" (a.k.a. SALLEH ADOUM KETTE, Mahamat; a.k.a. "SALLE, Mahamat"; a.k.a. "SALLEH, Mahamat"; a.k.a. "SALLEH, Mama"; a.k.a. "SALLET, Mahamar"), Central African Republic; DOB 1988; POB Bria, Haute-Kotto Prefecture, Central African Republic; nationality Central African Republic; Gender Male (individual) [CAR].

"SALGADO" (a.k.a. GASTELUM IRIBE, Oscar Manuel; a.k.a. "EL MUSICO"), Monte Rosa #657, Colonia Montebello, Culiacan, Sinaloa 80227, Mexico; Rio de la Plata #3041, Colonia Lomas del Boulevard, Culiacan, Sinaloa 80110, Mexico; Antonio Palafox #1856 Int 42, Colonia Paseos del Sol, Zapopan, Jalisco, Mexico; DOB 05 Oct 1974; POB Jalisco, Mexico; nationality Mexico; Gender Male; RFC GAI0741005TQ3 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"SALIH, Abu" (a.k.a. KOTEY, Alex; a.k.a. KOTEY, Alexanda; a.k.a. KOTEY, Alexanda Amon; a.k.a. KOTEY, Alexander; a.k.a. KOTEY, Alexe; a.k.a. KOTEY, Allexanda; a.k.a. "AL-BARITANI, Abu-Salih"), Ar Raqqah, Syria; DOB 13 Dec 1983; POB Paddington, London, United Kingdom; nationality Ghana; alt. nationality Greece; alt. nationality Cyprus; alt. nationality United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SALIMI, Vezarat" (a.k.a. FARAHANI, Alireza Shahvaroghi; a.k.a. "ALI, Haj"; a.k.a. "SALIMI, Vezerat"), Iran; DOB 06 Dec 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male

(individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

"SALIMI, Vezerat" (a.k.a. FARAHANI, Alireza Shahvaroghi; a.k.a. "ALI, Haj"; a.k.a. "SALIMI, Vezarat"), Iran; DOB 06 Dec 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

"SALLE, Mahamat" (a.k.a. SALLEH ADOUM KETTE, Mahamat; a.k.a. "SALEH, Mahamat"; a.k.a. "SALLEH, Mahamat"; a.k.a. "SALLEH, Mama"; a.k.a. "SALLET, Mahamar"), Central African Republic; DOB 1988; POB Bria, Haute-Kotto Prefecture, Central African Republic; nationality Central African Republic; Gender Male (individual) [CAR].

"SALLEH, Mahamat" (a.k.a. SALLEH ADOUM KETTE, Mahamat; a.k.a. "SALEH, Mahamat"; a.k.a. "SALLE, Mahamat"; a.k.a. "SALLEH, Mama"; a.k.a. "SALLET, Mahamar"), Central African Republic; DOB 1988; POB Bria, Haute-Kotto Prefecture, Central African Republic; nationality Central African Republic; Gender Male (individual) [CAR].

"SALLEH, Mama" (a.k.a. SALLEH ADOUM KETTE, Mahamat; a.k.a. "SALEH, Mahamat"; a.k.a. "SALLE, Mahamat"; a.k.a. "SALLEH, Mahamat"; a.k.a. "SALLET, Mahamar"), Central African Republic; DOB 1988; POB Bria, Haute-Kotto Prefecture, Central African Republic; nationality Central African Republic; Gender Male (individual) [CAR].

"SALLET, Mahamar" (a.k.a. SALLEH ADOUM KETTE, Mahamat; a.k.a. "SALEH, Mahamat"; a.k.a. "SALLE, Mahamat"; a.k.a. "SALLEH, Mahamat"; a.k.a. "SALLEH, Mama"), Central African Republic; DOB 1988; POB Bria, Haute-Kotto Prefecture, Central African Republic; nationality Central African Republic; Gender Male (individual) [CAR].

"SALMANE" (a.k.a. ROUINE, Al-Azhar Ben Khalifa Ben Ahmed; a.k.a. ROUINE, Lazher Ben Khalifa Ben Ahmed; a.k.a. "LAZHAR"), Vicolo San Giovanni, Rimini, Italy; DOB 20 Nov 1975; POB Sfax, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13886; Passport P 182583 issued 13 Sep 2003 expires 12 Sep 2007; arrested 30 Sep 2002 (individual) [SDGT].

"SAM" (a.k.a. AL-MUKHTAR BRIGADES; a.k.a. AL-MUKHTAR COMPANIES; a.k.a. AL-

MUQAWAMA AL-ISLAMIYYA AL-BAHRANIA; a.k.a. BAHRAINI ISLAMIC RESISTANCE; a.k.a. BAHRAINI ISLAMIC RESISTANCE AL-MUKHTAR COMPANIES; a.k.a. SARAYA AL-MOKHTAR; a.k.a. SARAYA AL-MUKHTAR; a.k.a. "AMB"), Iran; Bahrain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"SAMAD, Abdul" (a.k.a. FAROQUI, Abdullah Samad), Herat Province, Afghanistan; DOB 1972; alt. DOB 1971; alt. DOB 1973; POB Nahr-e Saraj District, Helmand Province, Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TALIBAN).

"SAMI, Salem Bassem" (a.k.a. HALAWI, Hani; a.k.a. MANSOUR, Mohammad Yousef; a.k.a. MANSOUR, Mohammad Youssef; a.k.a. MANSUR, Mohammad Yusuf Ahmad; a.k.a. MANSUR, Muhammad Yusif Ahmad; a.k.a. MANSUR, Muhammad Yusuf Ahmad; a.k.a. SHEHAB, Sami; a.k.a. SHIHAB, Sami Hani; a.k.a. "HILLAWI, Jamal Hani"; a.k.a. "SHIHAB, Muhammad Yusuf Mansur Sami"), Beirut, Lebanon; DOB 14 Sep 1970; alt. DOB 01 Jan 1974; alt. DOB 1980; POB Bint Jubayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SAMIR" (a.k.a. JENDOUBI, Faouzi Ben Mohamed Ben Ahmed; a.k.a. "SAID"), Via Agucchi n.250, Bologna, Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 30 Jan 1966; POB Beja, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K459698 issued 06 Mar 1999 expires 05 Mar 2004 (individual) [SDGT].

"SAMIYAH, Abu" (a.k.a. AL-'AJUZ, Sami Jasim; a.k.a. AL-'AJUZ, Sami Jasim Muhammad; a.k.a. AL-JABURI, Sami Jasim Muhammad; a.k.a. A'RAJ, Sami; a.k.a. MUHAMMAD, Sami Jasim; a.k.a. "ASIA, Abu"; a.k.a. "ASIYA, Abu"; a.k.a. "HAMAD, Hajji"; a.k.a. "HAMID, Hajji"; a.k.a. "HAMID, Ustadh"; a.k.a. "SUMAYYAH, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; alt. DOB 01 Jan 1970 to 31 Dec 1970; POB Al-Sharqat, Salah ad-Din Province, Iraq; alt. POB Mosul, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 (individual) [SDGT].

"Samorano" (a.k.a. GUERRA SALINAS, Omar), Mexico; DOB 11 Apr 1986; POB Tamaulipas, Mexico; nationality Mexico; Gender Male; C.U.R.P. GUSO860411HTSRLM03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: GULF CARTEL).

"SAMT" (a.k.a. DESIGN AND MANUFACTURE OF AIRCRAFT ENGINES; a.k.a. DESIGN AND MANUFACTURING OF AERO-ENGINE COMPANY (Arabic: شرکت طراحی و ساخت موتورهای هوایی); a.k.a. IRANIAN TURBINE MANUFACTURING INDUSTRIES; a.k.a. TURBINE ENGINE MANUFACTURING CO.; f.k.a. TURBINE ENGINE MANUFACTURING PLANT; a.k.a. "DAMA"; f.k.a. "TEM"), Shishesh Mina Street, Karaj Special Road, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005160213 (Iran); Registration Number 22142 (Iran); alt. Registration Number 477457 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"SAMUEL FLORES FLORES" (a.k.a. FLORES BORREGO, Samuel), Miguel Aleman, Tamaulipas, Mexico; Reynosa, Tamaulipas, Mexico; Michoacan, Mexico; DOB 06 Aug 1972; alt. DOB 22 Aug 1977; POB Tamaulipas, Mexico; alt. POB Distrito Federal, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. FOBS720806HTSLRM05 (Mexico); C.U.I.P. FOFS770822H09576414 (Mexico) (individual) [SDNTK].

"SANA" (a.k.a. ABD EL-RAHMAN, Suhayl Salim; a.k.a. ABDURAHAMAN, Suhayl; a.k.a. AL-SUDANI, Abu Faris; a.k.a. FARIS, Abu; a.k.a. MUHAMMAD, Sahib; a.k.a. MUHAMMAD, Suhayl Salim; a.k.a. SALIM, Suhayl; a.k.a. UL-ABIDEEN, Zain; a.k.a. ZAYN, Haytham; a.k.a. "SABA"; a.k.a. "SUNDUS"); DOB 17 Jun 1984; alt. DOB 1990; POB Rabak, Sudan; Passport C0004350; Personal ID Card A00710804 (individual) [SOMALIA].

"SANAI" (a.k.a. BASERI, Mohammad), Iran; DOB 19 Sep 1972; POB Semnan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

"SANAULLAH" (a.k.a. AKHUND, Mohammad Aman; a.k.a. AMAN, Mohammed; a.k.a. NOORZAI, Mullah Mad Aman Ustad; a.k.a. OMAN, Mullah Mohammed); DOB 1970; POB Bande Tumur Village, Maiwand District, Qandahar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SANDOKAN" (a.k.a. SCHIAVONE, Francesco); DOB 03 Mar 1954; POB Casal di Principe, Italy (individual) [TCO].

"SANTANITA" (a.k.a. SANTANA PENA, Josue Angel (Latin: SANTANA PEÑA, Josue Angel)), Venezuela; DOB 26 Jun 1995; nationality Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

"SANTIAGO MALDONADO CELL FAI-FRI" (a.k.a. FEDERAZIONE ANARCHICA INFORMALE/FRONTE RIVOLUZIONARIO INTERNAZIONALE; a.k.a. INFORMAL ANARCHIST FEDERATION/INTERNATIONAL REVOLUTIONARY FRONT; a.k.a. "AUGUSTO MASETTI INFORMAL ANARCHIST BRIGADE - INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "BRIGATA AUGUSTO MASETTI FEDERAZIONE ANARCHICA INFORMALE - FRONTE RIVOLUZIONARIO INTERNAZIONALE"; a.k.a. "CELLS AGAINST CAPITAL THE PRISON ITS JAILERS AND ITS CELLS"; a.k.a. "COOPERATIVA ARTIGIANA FUOCO E AFFINI"; a.k.a. "FAI/ANIMAL REVOLT"; a.k.a. "FAI/ARMED CELLS FOR INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/CELLS AGAINST CAPITA PRISON AND ITS JAILERS AND ITS CELLS"; a.k.a. "FAI/CRAFT COOPERATIVE FIRE AND SIMILAR/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/METROPOLITAN CELLS"; a.k.a. "FAI/NARODNAJA VOJLA"; a.k.a. "FAI/REVOLUTIONARY CELL LAMBROS FOUNTAS"; a.k.a. "FAI/REVOLUTIONARY NUCLEUS HORST FANTAZZINI"; a.k.a. "FAI/SISTERS IN ARMS MAURICIO MORALES NUCLEUS/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/TERRIBLE ANONYMOUS REVOLT"; a.k.a. "HARIS HATZIMIHELAKIS/INTERNATIONAL NERO"; a.k.a. "JULY 20 BRIGADE"; a.k.a. "JULY BRIGADE/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "SANTIAGO MALDONADO CELL"; a.k.a. "SORELLE IN ARMI, NUCLEO MAURICIO MORALES"), Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2003; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"SANTIAGO MALDONADO CELL" (a.k.a. FEDERAZIONE ANARCHICA INFORMALE/FRONTE RIVOLUZIONARIO INTERNAZIONALE; a.k.a. INFORMAL ANARCHIST FEDERATION/INTERNATIONAL REVOLUTIONARY FRONT; a.k.a. "AUGUSTO MASETTI INFORMAL ANARCHIST BRIGADE - INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "BRIGATA AUGUSTO MASETTI FEDERAZIONE ANARCHICA INFORMALE - FRONTE RIVOLUZIONARIO INTERNAZIONALE"; a.k.a. "CELLS AGAINST CAPITAL THE PRISON ITS JAILERS AND ITS CELLS"; a.k.a. "COOPERATIVA ARTIGIANA FUOCO E AFFINI"; a.k.a. "FAI/ANIMAL REVOLT"; a.k.a. "FAI/ARMED CELLS FOR INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/CELLS AGAINST CAPITA PRISON AND ITS JAILERS AND ITS CELLS"; a.k.a. "FAI/CRAFT COOPERATIVE FIRE AND SIMILAR/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/METROPOLITAN CELLS"; a.k.a. "FAI/NARODNAJA VOJLA"; a.k.a. "FAI/REVOLUTIONARY CELL LAMBROS FOUNTAS"; a.k.a. "FAI/REVOLUTIONARY NUCLEUS HORST FANTAZZINI"; a.k.a. "FAI/SISTERS IN ARMS MAURICIO MORALES NUCLEUS/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/TERRIBLE ANONYMOUS REVOLT"; a.k.a. "HARIS HATZIMIHELAKIS/INTERNATIONAL NERO"; a.k.a. "JULY 20 BRIGADE"; a.k.a. "JULY BRIGADE/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "SANTIAGO MALDONADO CELL FAI-FRI"; a.k.a. "SORELLE IN ARMI, NUCLEO MAURICIO MORALES"), Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2003; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"SANTOS" (a.k.a. RIVERA-LUNA, Moises Humberto; a.k.a. "VIEJO SANTOS"); DOB 23 May 1969; POB San Salvador, El Salvador; nationality El Salvador (individual) [TCO].

"SAPA" (a.k.a. ELECTRO OPTIC SAIRAN INDUSTRIES CO. (Arabic: صنایع الکترواپتیک صایران)); a.k.a. ESFAHAN OPTIC INDUSTRY; a.k.a. ESFAHAN OPTICS INDUSTRY; a.k.a. ISFAHAN OPTIC INDUSTRIES COMPANY; a.k.a. ISFAHAN OPTICAL INDUSTRY; a.k.a. ISFAHAN OPTICS INDUSTRIES; a.k.a. ISFAHAN OPTICS INDUSTRY; a.k.a. ISHAHAN OPTICS INDUSTRIES CO.; a.k.a. SANAYE-E OPTIKE ESFAHAN; a.k.a. SANOYE ELEKTRONIK SAIRAN; a.k.a. "ISFAHAN OPTICS"), P.O. Box 81465-313, Kaveh Ave, Isfahan, Iran; Kaveh Street, Isfahan 814651117, Iran; Website https://sapa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1985; National ID No. 10260437477 (Iran); Registration Number 22928 (Iran) [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

"SAPICO" (a.k.a. ARDALAN MACHINERIES COMPANY; a.k.a. SAHAND ALUMINUM PARTS INDUSTRIAL COMPANY; a.k.a. SHAHID HEMMAT INDUSTRIAL GROUP; a.k.a. "ARMACO"; a.k.a. "SHIG"), Damavand Tehran Highway, Tehran, Iran; P.O. Box 16595-159, Tehran, Iran; No. 5, Eslami St., Golestane Sevvom St., Pasdaran St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"SAPID" (a.k.a. SAFIRAN PAYAM DARYA SHIPPING COMPANY), Asseman Tower, Pasdaran Street, Tehran, Iran; Website www.sapidshpg.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v) [IRAN] [IFCA].

"SAQAR, Abu" (a.k.a. ZABEN, Sultan; a.k.a. ZABIN, Abu Saqer (Arabic: ابو صقر زابن); a.k.a. ZABIN, Sultan; a.k.a. ZABIN, Sultan Saleh; a.k.a. ZABIN, Sultan Saleh Aida Aida (Arabic: سلطان صالح عيضة عيضة زابن); a.k.a. ZABINYE, Sultan; a.k.a. "SAGAR, Abu"), Sana'a, Yemen; DOB 1986; POB Razih District, Sana'a, Yemen; nationality Yemen; Gender Male; National ID No. 10010095104 (Yemen); Identification Number 20322 (Yemen) (individual) [YEMEN] [GLOMAG].

"SARA" (a.k.a. AL-RAHAMA RELIEF FOUNDATION LIMITED; a.k.a. SANABEL L'IL-IGATHA; a.k.a. SANABEL RELIEF AGENCY; a.k.a. SANABEL RELIEF AGENCY LIMITED; a.k.a. "SRA"), 63 South Road, Sparkbrook, Birmingham B11 1EX, United Kingdom; 1011 Stockport Road, Levenshulme, Manchester M9 2TB, United Kingdom; P.O. Box 50, Manchester M19 2SP, United Kingdom; 98 Gresham Road, Middlesbrough, United Kingdom; 54 Anson Road, London NW2 6AD, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 3713110 (United Kingdom); Registered Charity No. 1083469 (United Kingdom); http://www.sanabel.org.uk (website); info@sanabel.org.uk (email). [SDGT].

"SARNII" (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC RESEARCH INSTITUTE OF ORGANIC TECHNOLOGIES INORGANIC CHEMISTRY AND BIOTECHNOLOGY; a.k.a. NIITONKH AND BT LLC; a.k.a. OOO NIITONKH I BT; a.k.a. RESEARCH INSTITUTE OF ORGANIC INORGANIC CHEMISTRY AND BIOTECHNOLOGY; a.k.a. SCIENTIFIC RESEARCH INSTITUTE TECHNOLOGY ORGANIC NOT ORGANIC CHEMISTRY AND BIOLOGY TECHNOLOGY LIMITED LIABILITY COMPANY), Ul. Bolshaya Sadovaya D. 239, Saratov 410005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6452941195 (Russia); Registration Number 1096450002373 (Russia) [RUSSIA-EO14024].

"SASADJA" (a.k.a. DEFENCE INDUSTRIES ORGANISATION; a.k.a. DEFENSE INDUSTRIES ORGANIZATION; a.k.a. DIO; a.k.a. SASEMAN SANAJE DEFA; a.k.a. SAZEMANE SANAYE DEFA), P.O. Box 19585-777, Pasdaran Street, Entrance of Babaie Highway, Permanent Expo of Defence Industries Organization, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

"SASHA-BRN" (a.k.a. MISHIN, Aleksandr Igorvich; a.k.a. MISHIN, Alexander Igorevich (Cyrillic: МИШИН, Александр Игоревич); a.k.a. "ALEX560560"; a.k.a. "JAMES1789"; a.k.a. "KLICHKO, Ivan P"; a.k.a. "PIPPIN, James"; a.k.a. "TRIPLEX560"), Ul. Yubileynaya, D. 32, Barnaul, Altai Krai, Russia; DOB 18 Mar 1994; POB Altai Krai, Russia; nationality Russia; Gender Male; Digital Currency Address - XBT 3FfRvC3kSo2SxiQe5e7SSuNdegwgq8iusL; Passport 5904776 (Russia) expires 05 Sep 2027 (individual) [CYBER3] (Linked To: ZSERVERS).

"SATNA" (a.k.a. POWER PLANT EQUIPMENT MANUFACTURING COMPANY; a.k.a. SATNA COMPANY; a.k.a. "POWERPLANT EQUIPMENT MANUFACTURING COMPANY"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"SATRA PARS COMPANY" (a.k.a. PARS REACTORS CONSTRUCTION AND DEVELOPMENT COMPANY (Arabic: شرکت ساخت و توسعه راکتورهای پارس)), No. 221, Shams Building 7, Mollah Sadra Street, Vanak Square, Tehran 1993634316, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Mar 2008; National ID No. 10103582395 (Iran); Registration Number 321054 (Iran) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"Sattar" (a.k.a. SAFDARI, Masoud (Arabic: مسعود صفدری); a.k.a. SAFDARI, Massoud), Shahrak Shahid Mahallati District, Tehran, Iran; DOB 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRGC] [IRAN-HR].

"SATURN NGO" (a.k.a. NPO SATURN JSC; a.k.a. ODK-SATURN PAO; a.k.a. ODK-SATURN PUBLIC JOINT-STOCK COMPANY; a.k.a. PJSC UEC-SATURN (Cyrillic: ПАО ОДК-САТУРН); a.k.a. UEC-SATURN), 163 Lenin Ave., Rybinsk, Yaroslavl Region 152903, Russia; 13 Kasatkin St., Moscow 129301, Russia; 4 A Novoroshchinskaya St., St. Petersburg 196084, Russia; 140 Kuybyshev St., 3rd Floor, Perm, Russia; 3 Okruzhnaya Doroga St., Omsk 644076, Russia; Website www.uec-saturn.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7610052644 (Russia); Registration Number 1027601106169 (Russia) [RUSSIA-EO14024].

"SAYID, Mahdi" (a.k.a. ADEN, Mohamed Abdi; a.k.a. ADEN, Mohamoud Abdi; a.k.a. ADEN, Mohamud Abdi; a.k.a. "ABDIRAHMAN, Mahamoud"; a.k.a. "ABDIRAHMAN, Mohamud"; a.k.a. "HASSAN, Mohamed"; a.k.a. "IBRAHIM, Moalim"; a.k.a. "MAHADI, Moalim"; a.k.a.

"YARE, Mohamed"), Jilib, Lower Juba, Somalia; DOB 13 Mar 1985; POB Garissa, Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"Sayyid Hashim" (a.k.a. AL-GHAMARI, Muhammad Abd Al-Karim; a.k.a. AL-GHAMARI, Muhammad 'Abd-al-Karim Ahmad Husayn; a.k.a. AL-GHOMMARI, Muhammad; a.k.a. GHOMMARI, Muhammad), Yemen; DOB 1979; alt. DOB 1984; POB Izla Dhaen, Wahha District, Hajjar Governorate, Yemen; nationality Yemen; Gender Male (individual) [YEMEN].

"SAZMAN-E TANZIM MOGHARARAT" (a.k.a. IRANIAN COMMUNICATIONS REGULATORY AUTHORITY), Ministry of Information and Communications Technology, P.O. Box 15598-4415, 1631713761, Tehran, Iran; Website http://www.cra.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

"SBERBANK INDIA" (f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN FEDERATION; f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN SOVIET FEDERATIVE SOCIALIST REPUBLIC; f.k.a. OJSC SBERBANK OF RUSSIA; f.k.a. OPEN JOINT STOCK COMPANY SBERBANK OF RUSSIA; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK ROSSII; a.k.a. PJSC SBERBANK (Cyrillic: ПАО СБЕРБАНК); a.k.a. PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕРБАНК РОССИИ); f.k.a. SBERBANK OF RSFSR; a.k.a. SBERBANK OF RUSSIA; a.k.a. SBERBANK ROSSII; f.k.a. SBERBANK ROSSII OAO; a.k.a. "SBERBANK MUMBAI"), 19 ul. Vavilova, Moscow 117312, Russia (Cyrillic: ул. Вавилова, д. 19, Москва 117312, Russia); C305/306A Lufthansa Centre 50 Liangmaqiao Rd., Chaoyang District, Beijing 100027, China; upper ground floor and fourth floor, Birla Tower, 25-Barakhamba Road, New Delhi 110001, India; 81-B, 8th Floor, 5th North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra East, Mumbai, Maharashtra 400051, India; SWIFT/BIC SABRRUMM; Website www.sberbank.ru; alt. Website www.sberbank.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7707083893 (Russia); Registration Number 1027700132195 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

"SBERBANK MUMBAI" (f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN FEDERATION; f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN SOVIET FEDERATIVE SOCIALIST REPUBLIC; f.k.a. OJSC SBERBANK OF RUSSIA; f.k.a. OPEN JOINT STOCK COMPANY SBERBANK OF RUSSIA; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK ROSSII; a.k.a. PJSC SBERBANK (Cyrillic: ПАО СБЕРБАНК); a.k.a. PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕРБАНК РОССИИ); f.k.a. SBERBANK OF RSFSR; a.k.a. SBERBANK OF RUSSIA; a.k.a. SBERBANK ROSSII; f.k.a. SBERBANK ROSSII OAO; a.k.a. "SBERBANK INDIA"), 19 ul. Vavilova, Moscow 117312, Russia (Cyrillic: ул. Вавилова, д. 19, Москва 117312, Russia); C305/306A Lufthansa Centre 50 Liangmaqiao Rd., Chaoyang District, Beijing 100027, China; upper ground floor and fourth floor, Birla Tower, 25-Barakhamba Road, New Delhi 110001, India; 81-B, 8th Floor, 5th North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra East, Mumbai, Maharashtra 400051, India; SWIFT/BIC SABRRUMM; Website www.sberbank.ru; alt. Website www.sberbank.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7707083893 (Russia); Registration Number 1027700132195 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

"SBIG" (a.k.a. SHAHID BAKERI INDUSTRIAL GROUP), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"SBS LLC" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU SISTEMY BIOLOGICHESKOGO SINTEZA; a.k.a. SYSTEMS OF BIOLOGICAL SYNTHESIS LLC; a.k.a. "OOO SBS"), Akademika Koroleva Street, Building 13/1, Office 35-39, Moscow 129515, Russia; Akademika Koroleva Ul, Building 13, str. 1, floor 2, Rooms 60-61, Moscow 129515, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736314136 (Russia); Registration Number 5177746097392 (Russia) [RUSSIA-EO14024].

"SCF GROUP" (a.k.a. JOINT STOCK COMPANY SOVCOMFLOT; a.k.a. JSC SOVCOMFLOT;

a.k.a. PAO SOVCOMFLOT; a.k.a. PUBLIC JOINT STOCK COMPANY MODERN COMMERCIAL FLEET; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SOVREMENNYY KOMMERCHESKIY FLOT; a.k.a. "SCF"), Ul. Gasheka D. 6, Moscow 125047, Russia; Nab. Reki Moiki d.3, Lit. A, Saint Petersburg 191186, Russia; Building 3, Letter A, Moyka River Embankment, Saint Petersburg 191186, Russia; Website sovcomflot.ru; alt. Website www.scf-group.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7702060116 (Russia); Legal Entity Number 253400DYLWR5A6YAWJ69; Registration Number 1027739028712 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"SCF" (a.k.a. JOINT STOCK COMPANY SOVCOMFLOT; a.k.a. JSC SOVCOMFLOT; a.k.a. PAO SOVCOMFLOT; a.k.a. PUBLIC JOINT STOCK COMPANY MODERN COMMERCIAL FLEET; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SOVREMENNYY KOMMERCHESKIY FLOT; a.k.a. "SCF GROUP"), Ul. Gasheka D. 6, Moscow 125047, Russia; Nab. Reki Moiki d.3, Lit. A, Saint Petersburg 191186, Russia; Building 3, Letter A, Moyka River Embankment, Saint Petersburg 191186, Russia; Website sovcomflot.ru; alt. Website www.scf-group.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7702060116 (Russia); Legal Entity Number 253400DYLWR5A6YAWJ69; Registration Number 1027739028712 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE" (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

"SCIENTIFIC RESEARCH INSTITUTE OF INSTRUMENTS" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT PRIBOROV; a.k.a. RESEARCH AND DEVELOPMENT INSTITUTE OF SCIENTIFIC INSTRUMENTS JOINT STOCK COMPANY; a.k.a. "AO NIIP"; a.k.a. "RISI JSC"), 8 Turaevo Industrial Area, Lytkarino 140080, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5027241394 (Russia); Registration Number 1165027055258 (Russia) [RUSSIA-EO14024].

"SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE" (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085,

Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

"SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY" (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

"SCIENTIFIC RESEARCH INSTITUTE OF PHYSICAL INSTRUMENTS" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT FIZICHESKIKH IZMERENII; a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF PHYSICAL MEASUREMENTS; a.k.a. "AO NIIFI"), Str. 8/10,

Ul. Volodarskogo, Penza 440026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 5836636246 (Russia); Registration Number 1095836001304 (Russia) [RUSSIA-EO14024].

"SCIT" (a.k.a. SYRIAN COMPANY FOR INFORMATION TECHNOLOGY), P.O. Box 11037, Damascus, Syria [NPWMD] (Linked To: ORGANIZATION FOR TECHNOLOGICAL INDUSTRIES).

"SD DIGITAL MARKETING AWARDS" (a.k.a. DIGITAL MARKETING AWARDS FZ LLC; a.k.a. SWISS DRAGONS MANAGEMENT DIGITAL MARKETING AWARDS), Compass Building FDRK 2508, Al Shohada Road, Al Hamra Industrial Zone-FZ, Ras al Khaimah, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Jul 2023; License 17002525 (United Arab Emirates); Economic Register Number (CBLS) 12119212 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: ORLOFF, Alexandre).

"SDS OOO" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ESDIES; a.k.a. S AND D SOLUTIONS LIMITED LIABILITY COMPANY; a.k.a. S&D SOLUTIONS LIMITED LIABILITY COMPANY), Ul. 6-Ya Krasnoarmeiskaya D. 5-7, Lit. A, Pom. 2-N, Saint Petersburg 190005, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7820331010 (Russia); Registration Number 1129847007290 (Russia) [RUSSIA-EO14024].

"SDS" (a.k.a. SERB DEMOCRATIC PARTY; a.k.a. SRPSKA DEMOKRATSKA STRANKA), Kralja Alfonsa XIII, Number 1, Banja Luka 78000, Bosnia and Herzegovina [BALKANS].

"SE" (a.k.a. ARMED STRUGGLE FOR REVOLUTIONARY INDEPENDENCE SECT OF REVOLUTIONARIES; a.k.a. REBEL SECT; a.k.a. REVOLUTIONARIES SECT; a.k.a. SECT OF REVOLUTIONARIES; a.k.a. SECTA EPANASTATON; a.k.a. SEKHTA EPANASTATON; a.k.a. SEKTA EPANASTATON), Greece; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"Seatha Murugiah" (a.k.a. ARDAKANI, Hosein Hatefi; a.k.a. ARDAKANI, Hossein Hatefi; a.k.a. ARDAKANI, Hussein Hatefi; a.k.a. ARDEKANI, Hossein Hatafi), Tehran, Iran; DOB 21 Sep 1985; POB Ardakan, Iran; nationality Iran;

Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U34290111 (Iran); National ID No. 4449916581 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

"Sebanyana" (a.k.a. SEMATAMA, Charles), Hauts Plateaux, South Kivu, Congo, Democratic Republic of the; DOB 1975; POB Kalunyo Village, Kamombo Localities, South Kivu, Congo, Democratic Republic of the; nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO].

"SEDCO" (a.k.a. ENERGY GOSTAR SINA COMPANY (Arabic: شرکت انرژی گستر سینا); a.k.a. SINA ENERGY DEVELOPMENT; a.k.a. SINA ENERGY DEVELOPMENT CO.; a.k.a. SINA ENERGY DEVELOPMENT COMPANY), No. 8, Sosan Alley, Tabatabaei 1st Street, Fatemi Square, District 6, Tehran, Tehran Province 1415793811, Iran; 14th Floor, Building No. 1, Central Building of the Muslim Revolutionary Islamic Foundation, not reaching the Blvd. Africa, Highway of Mission, Tehran, Iran; Website http://www.sedcompany.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101345022 (Iran); Registration Number 90128 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"Sedoi" (a.k.a. TROSHEV, Andrei Nikolaevich; a.k.a. TROSHEV, Andrej Nikolaevich; a.k.a. "Gray Hair"), Russia; DOB 05 Apr 1962; alt. DOB 05 Apr 1953; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 781417567443 (Russia) (individual) [RUSSIA-EO14024].

"SEI" (a.k.a. SHIRAZ ELECTRONIC INDUSTRIES; a.k.a. SHIRAZ ELECTRONICS INDUSTRIES), P.O. Box 71365-1589, Shiraz, Iran; Hossain Abad Road, Shiraz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"SELLZ TREID" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SELLZ TREID), Ul. Skulptora Golovnitskogo D. 26, Kv. 81, Chelyabinsk 454030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7448217344 (Russia); Registration Number 1197456017780 (Russia) [RUSSIA-EO14024].

"Senry" (a.k.a. MORENO OROZCO, Oscar Enrique), Nogales, Sonora, Mexico; DOB 23

Sep 1984; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MOOO840923HSRRRS08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"SEP CO." (a.k.a. SAFETY EQUIPMENT PROCUREMENT COMPANY), P.O. Box 16785-195, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"SER INC." (a.k.a. SERVICIO DE EQUIPO RODANTE INCORPORADO), Calle 16 y Ave. Roosevelt Edif. Vida Panama, Zona Libre, Colon, Panama; P.O. Box No. 1578, Zona Libre, Colon, Panama; RUC # 16143-166-154062 (Panama) [SDNTK].

"Serb" (a.k.a. MILCHAKOV, Aleksey Yuryevich; a.k.a. MILCHAKOV, Alexei; a.k.a. MILCHAKOV, Alexey Yurevich; a.k.a. "Fritz"; a.k.a. "Gimler"; a.k.a. "Serbian"), Russia; Ukraine; DOB 30 Apr 1991; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: TASK FORCE RUSICH).

"Serbian" (a.k.a. MILCHAKOV, Aleksey Yuryevich; a.k.a. MILCHAKOV, Alexei; a.k.a. MILCHAKOV, Alexey Yurevich; a.k.a. "Fritz"; a.k.a. "Gimler"; a.k.a. "Serb"), Russia; Ukraine; DOB 30 Apr 1991; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: TASK FORCE RUSICH).

"SERGEY, Kireev Valerievich" (a.k.a. POTEKHIN, Danil (Cyrillic: ПОТЕХИН, Данил); a.k.a. "cronuswar"), Voronezh, Russia; DOB 14 Sep 1995; alt. DOB 14 Sep 1990; alt. DOB 08 Aug 1990; Email Address potekhinl4@bk.ru; Gender Male; Digital Currency Address - XBT 1Q9UAQbcDezmyouFrzt94t4dSMxgsUfW1X; alt. Digital Currency Address - XBT 1Kys8fqDen8NGFUJ6AFcXfFW5qquuTH4eh; Digital Currency Address - ETH 0x7F367cC41522cE07553e823bf3be79A889D Ebe1B; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"SETAD" (Arabic: ستاد") (a.k.a. EXECUTION OF IMAM KHOMEINI'S ORDER; a.k.a. SETAD EJRAEI EMAM; a.k.a. SETAD-E EJRAEI-E FARMAN-E HAZRAT-E EMAM (Arabic: ستاد اجرایی فرمان حضرت امام); a.k.a. SETAD-E FARMAN-EJRAEI-YE EMAM (Arabic: ستاد اجرایی فرمان امام); a.k.a. "EIKO"), Khaled Stamboli St., Tehran, Iran; Additional Sanctions

Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13876].

"SFCC" (a.k.a. BANK SINA; a.k.a. BANQUE SINA BONYAD FINANCE AND CREDIT COMPANY; a.k.a. SINA BANK; a.k.a. SINA BANK COMPANY; a.k.a. SINA FINANCE AND CREDIT COMPANY; a.k.a. SINA FINANCE AND CREDIT INSTITUTE; a.k.a. "BFCC"), Between Miremad Street and Mofateh Street, Motahari Avenue, Tehran 15888-6457, Iran; No. 238, Ostad Motahari Avenue, District 6, Tehran, Tehran Province 1588864571, Iran; Near by Mofateh Street, No. 187, Ostad Mothari Street, Tehran 1587998411, Iran; 187 Motahri Avenue, Tehran 1587998411, Iran; No. 187, Ostad Mottahari St., Tehran, Iran; 187 Motahhari Ave, Tehran 1587998411, Iran; SWIFT/BIC SINAIRTH; Website www.sinabank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10860246171 (Iran); Registration Number 2904 (Iran) [IRAN] [SDGT] [IFSR] [IRAN-EO13876] (Linked To: ANDISHEH MEHVARAN INVESTMENT COMPANY; Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"SFI" (a.k.a. SINA FINANCIAL & INVESTMENT HOLDING CO.; a.k.a. SINA FINANCIAL AND INVESTMENT HOLDING CO.; a.k.a. SINA FINANCIAL AND INVESTMENT HOLDING COMPANY (Arabic: شرکت مادر تخصصی مالی و سرمایه گذاری سینا); a.k.a. SINA INVESTMENT MANAGEMENT CO.), 4th Floor, No. 7, 12th Alley, Bokharest Ahmad Ghasir Street, District 6, Tehran, Tehran Province 1514757111, Iran; 13th Floor, Building No. 1, Mostazafan Foundation Premises, Argentina Sq, Africa Blvd, Tehran, Iran; Resalat Highway prior to Africa Boulevard, Bonyad Mostazafan Building Number 1, 13th Floor, Iran; Website http://www.sfi.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10340058917 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"SGM" (a.k.a. LIMITED LIABILITY COMPANY STROYGAZMONTAZH; a.k.a. STROYGAZMONTAZH; a.k.a. STROYGAZMONTAZH CORPORATION), 53 prospekt Vernadskogo, Moscow 119415, Russia; Website www.ooosgm.com; alt. Website www.oooosgm.ru; Email Address info@ooosgm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

"SHA'BI" (a.k.a. AL-SHA'BI COMMITTEES; a.k.a. JAYSH AL-SHAAB; a.k.a. JAYSH AL-SHA'BI; a.k.a. JISH SHAABI; a.k.a. SHA'BI COMMITTEES; a.k.a. SHA'BI FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCES; a.k.a. "ARMY OF THE PEOPLE"; a.k.a. "PEOPLE'S ARMY"; a.k.a. "POPULAR COMMITTEES"; a.k.a. "POPULAR FORCES"; a.k.a. "THE POPULAR ARMY"), Syria [PAARSSR-EO13894].

"SHABIR, Ustad" (a.k.a. ABDULLAH, Mian; a.k.a. SHABBIR, Abu Saad; a.k.a. SHABIR, Abu Sa'ad; a.k.a. SHABIR, Abu Saad); DOB 1973; alt. DOB 1972; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; From: Bahawalpur, Punjab Province, Pakistan (individual) [SDGT].

"SHABRINA, Abu" (a.k.a. SYAH, Bahrum; a.k.a. USMAN, Bachrumsyah Mennor; a.k.a. "BACHRUMSHAH"; a.k.a. "BACHRUMSYAH"; a.k.a. "BAHRUMSYAH"; a.k.a. "IBRAHIM, Abu"; a.k.a. "MUHAMMAD AL-ANDUNISIY, Abu"; a.k.a. "MUHAMMAD AL-INDONESI, Abu"; a.k.a. "MUHAMMAD AL-INDUNISI, Abu"), Raqqa, Syria; Al-Shadadi, Hasaka Province, Syria; DOB 23 Jul 1984; POB Bogor, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A8329173 (Indonesia); Ustad (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"SHABSHAR, Abu" (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C00168817

issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

"SHACKER, Abu" (a.k.a. SALAH, Maher Jawad Younes; a.k.a. SALAH, Maher Jawad Yunes; a.k.a. SALAH, Maher Jawad Yunis; a.k.a. SALAH, Mahir Jawad Yunis; a.k.a. SALAH, Mahir Jawwad Yunis; a.k.a. SALAH, Mahir Yunus; a.k.a. "AKRAM, Abu"; a.k.a. "AREF, Abu"; a.k.a. "ARIF, Abu"; a.k.a. "SALAH, Mahir"), Saudi Arabia; DOB 22 Oct 1957; nationality United Kingdom; alt. nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 012855897 (United Kingdom); alt. Passport D126889 (Jordan); National ID No. 9571015241 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

"Shaf" (a.k.a. ELSHEIKH, El Shafee; a.k.a. "Shafee"), Aleppo, Syria; DOB 16 Jul 1988; POB Sudan; citizen United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Shafee" (a.k.a. ELSHEIKH, El Shafee; a.k.a. "Shaf"), Aleppo, Syria; DOB 16 Jul 1988; POB Sudan; citizen United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SHAHIN CO." (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: شرکت صنایع هواپیماسازی ایران); a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIES; a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE IRAN; a.k.a. "FTP CO."; a.k.a. "HAVA PEYMA SAZI-E IRAN"; a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HAVAPEYMA SAZI IRAN"; a.k.a. "HESA"; a.k.a. "HEVAPEIMASAZI"; a.k.a. "HTC"; a.k.a. "IAMCO"; a.k.a. "IAMI"), P.O. Box 83145-311, 28 km Isfahan - Tehran Freeway, Shahin Shahr, Isfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Isfahan, Iran; Shahih Shar Industrial Zone, Isfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS;

Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"SHAKRO JR." (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"SHAKRO KURD" (Cyrillic: "ШАКРО КУРД") (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"SHAKRO KURTI" (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH,

Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"SHAKRO MALADOI" (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"SHAKRO MOLODOY" (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV,

Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"SHAKRO YOUNG" (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"SHAM AL-ISLAM" (a.k.a. HARAKAT SHAM AL-ISLAM; a.k.a. HARAKET SHAM AL-ISLAM; a.k.a. SHAM AL-ISLAM MOVEMENT), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"SHAM HOLDING" (a.k.a. AL SHAM COMPANY; a.k.a. AL-SHAM COMPANY; a.k.a. CHAM HOLDING; a.k.a. CHAM INVESTMENT GROUP; a.k.a. SHAM HOLDING COMPANY SAL; a.k.a. "CHAM"), Cham Holding Building, Daraa Highway, Sahnaya Area, P.O. Box 9525, Damascus, Syria [PAARSSR-EO13894].

"SHANGHAI S.A.L. OFFSHORE COMPANY" (a.k.a. THAINGUI S.A.L. OFFSHORE), Unesco Center, 4th Floor, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1804869 (Lebanon) [SDGT] (Linked To: AL-AMIN, Muhammad 'Abdallah).

"SHARMA, Rakesh" (a.k.a. SAYYED, Sadiq Abbas Habib; a.k.a. "ACOSTA, Jonathan"), India; DOB 08 Dec 1985; POB India; nationality India; citizen India; Gender Male; Digital Currency Address - TRX TDFtJtyLPgN3oWUoHh23oJox3T5V5nR11K (individual) [ILLICIT-DRUGS-EO14059].

"SHASTAN" (a.k.a. ARMED FORCES SOCIAL SECURITY AND PENSION FUND INVESTMENT - SHESTAN; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT FUND SHASTAN (Arabic: سرمایه گذار تامین اجتماعی نیروهای مسلح شستان); a.k.a. ARMED FORCES SOCIAL WELFARE INVESTMENT ORGANIZATION OF IRAN; a.k.a. SATA INVESTMENT COMPANY (Arabic: سرمایه گذاری ساتا); a.k.a. SATA MILITARY POWERS SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. SHASTAN ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY (Arabic: شرکت سرمایه گذاری تامین اجتماعی نیروهای مسلح شستان); a.k.a. "SHESTAN"), No. 132, Khoramshahr Street, Tehran, Iran (Arabic: خیابان خرمشهر پلاک ۱۳۲, تهران, Iran); Shahid Beheshti Avenue, Khorramshahr, Number 138, Tehran, Iran; No. 138, Khorramshahr Street, District 7, Tehran, Tehran Province 1533775511, Iran; Website http://www.esata.ir; alt. Website shastan.ir; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10103653560 (Iran); Registration Number 326039 (Iran) [IRAN-EO13846].

"SHAYBOYS" (a.k.a. TURCIOS ANGEL, Saul Antonio; a.k.a. "EL TRECE"); DOB 17 May 1978; POB Zaragoza, La Libertad, El Salvador; nationality El Salvador (individual) [TCO].

"SHAYKH ABU-SULTAN" (a.k.a. AL-AJMI, Doctor Shafi; a.k.a. AL-AJMI, Shafi Sultan Mohammed; a.k.a. AL-AJMI, Sheikh Shafi), Area 3, Street 327, Building 41, Al-Uqaylah, Kuwait; DOB 01 Jan 1973; POB Warah, Kuwait; nationality Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 0216155930 (individual) [SDGT].

"SHAYKH AMEEN" (a.k.a. AL-BISHAURI, Abu Mohammad Shaykh Aminullah; a.k.a. AL-PESHAWARI, Shaykh Abu Mohammed Ameen; a.k.a. AL-PESHAWARI, Shaykh Aminullah; a.k.a. AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed; a.k.a. BISHAWRI, Abu Mohammad Amin; a.k.a. GUL AL-PAKISTANI, Niaz Muhammad Muhammada; a.k.a. MUHAMMAD, Niaz; a.k.a. PESHAWARI, Abu Mohammad Aminullah; a.k.a. "AMINULLAH, Shaykh"; a.k.a. "AMINULLAH, Sheik"), Ganj District, Peshawar, Khyber Pakhtunkhwa, Pakistan; House number T-876 Galli Mohallah, Sheikh Abad number 4, Peshawar, Khyber Pakhtunkhwa, Pakistan; Saudi Arabia; DOB circa 01 Jan 1961; POB Shunkrai village, Sarkani District, Konar Province, Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport FU0152122 (Pakistan) expires 24 Apr 2017; alt. Passport FU0152121 (Pakistan) (individual) [SDGT] (Linked To: JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

"SHAYKH MUKHTAR" (a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. "ABU ZUBEYR"; a.k.a. "GODANE"; a.k.a. "GODANI"); DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SHAYKH SAHIB" (a.k.a. BAHADHIQ, Mahmud; a.k.a. BAHADHIQ, Mahmud Muhammad Ahmad; a.k.a. BAHAZIQ, Mahmoud; a.k.a. BAHAZIQ, Mahmoud Mohammad Ahmed; a.k.a. "ABU 'ABD AL-'AZIZ"; a.k.a. "ABU

ABDUL AZIZ"), Jeddah, Saudi Arabia; DOB 17 Aug 1943; alt. DOB 1943; alt. DOB 1944; alt. DOB 21 Jun 1944; POB India; nationality Saudi Arabia; citizen Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C284181 (Saudi Arabia) issued 12 Aug 2000 expires 19 Jun 2005; National ID No. 1004860324 (Saudi Arabia); Registration ID 4-6032-0048-1 (Saudi Arabia) (individual) [SDGT].

"SHAYKU" (a.k.a. BI MUHAMMED, Abu Muhammed Abubakar; a.k.a. BIN MOHAMMED, Abu Mohammed Abubakar; a.k.a. SHEKAU, Abubakar; a.k.a. "SHEHU"; a.k.a. "SHEKAU"), Nigeria; DOB 1969; POB Shekau Village, Yobe State, Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SHCHETININ, Lesha" (a.k.a. SCHETININ, Alex; a.k.a. SHCHETININ, Aleksey Yevgenevich; a.k.a. SHCHETININ, Alexey), Russia; DOB 22 Aug 1987; nationality Russia; Gender Male; Passport 760960574 (Russia); alt. Passport 713133176 (Russia); National ID No. 4509396564 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP).

"SHEHU" (a.k.a. BI MUHAMMED, Abu Muhammed Abubakar; a.k.a. BIN MOHAMMED, Abu Mohammed Abubakar; a.k.a. SHEKAU, Abubakar; a.k.a. "SHAYKU"; a.k.a. "SHEKAU"), Nigeria; DOB 1969; POB Shekau Village, Yobe State, Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Sheikh Abukar" (a.k.a. ADAN, Abukar Ali; a.k.a. ADEN, Abukar Ali; a.k.a. "Ibrahim Afghan"); DOB 1972; alt. DOB 1971; alt. DOB 1973; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SHEKAU" (a.k.a. BI MUHAMMED, Abu Muhammed Abubakar; a.k.a. BIN MOHAMMED, Abu Mohammed Abubakar; a.k.a. SHEKAU, Abubakar; a.k.a. "SHAYKU"; a.k.a. "SHEHU"), Nigeria; DOB 1969; POB Shekau Village, Yobe State, Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SHEKRY HARB" (a.k.a. HARB, Chekri Mahmoud), c/o VARIEDADES HARB SPORT, Medellin, Colombia; c/o COMERCIAL JINAN S.A., Guatemala, Guatemala; c/o ALMACEN

FUTURO NO. 1, Medellin, Colombia; Carerra 50 A, No 76-s-169, Torre 3, Apto. 319, Medellin, Colombia; DOB 25 Aug 1961; POB Lebanon; nationality Lebanon; citizen Colombia; Cedula No. 256820 (Colombia) (individual) [SDNT].

"SHEN, Mike" (a.k.a. SHEN, Xingbiao (Chinese Simplified: 沈兴标)), No. 20, Group 5 Junshe Village, Lvliang Township, Jinhu County, Jiangsu Province, China (Chinese Simplified: 军舍村五组20号, 吕良镇, 金湖县, 江苏省, China); DOB 04 May 1985; POB Jiangsu, China; nationality China; Email Address 183322875@qq.com; Gender Male; Digital Currency Address - XBT 3B7S6zrgxQVQUHTU8wstM23tB9afE7ojuX; Digital Currency Address - ETH 0x530a64c0ce595026a4a556b703644228179e2d57; Phone Number 8613337963690; alt. Phone Number 8615189626230; Digital Currency Address - USDT TEAqwfMhXLaomXhZ8KeMhx3njGmQEDnsUR; National ID No. 320831198505045212 (China) (individual) [ILLICIT-DRUGS-EO14059].

"SHENZHEN MINGWEI ELECTRIC APPLIANCE CO., LTD." (a.k.a. SHENZHEN CITY MEAN WELL ELECTRONICS CO., LTD. (Chinese Simplified: 深圳市明纬电器有限公司)), Room 303, Building 13, Changfa Middle Road, Bantian Street, Longgang District, Shenzhen, Guangdong Province, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 25 Mar 2013; Unified Social Credit Code (USCC) 91440300065459840D (China) [NPWMD] (Linked To: SHI, Anhui).

"SHESTAKOV, Ilya V" (a.k.a. SHESTAKOV, Ilya Vasilyevich (Cyrillic: ШЕСТАКОВ, Васильевич Илья)), Russia; DOB 15 Jul 1978; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

"SHESTAN" (a.k.a. ARMED FORCES SOCIAL SECURITY AND PENSION FUND INVESTMENT - SHESTAN; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT FUND SHASTAN سرمایه گذار تامین اجتماعی نیروهای مسلح :Arabic)

شستان); a.k.a. ARMED FORCES SOCIAL WELFARE INVESTMENT ORGANIZATION OF IRAN; a.k.a. SATA INVESTMENT COMPANY (Arabic: سرمایه گذاری ساتا); a.k.a. SATA MILITARY POWERS SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. SHASTAN ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY (Arabic: شرکت سرمایه گذاری تامین اجتماعی نیروهای مسلح شستان); a.k.a. "SHASTAN"), No. 132, Khoramshahr Street, Tehran, Iran (Arabic: خیابان خرمشهر پلاک ۱۳۲, تهران, Iran); Shahid Beheshti Avenue, Khorramshahr, Number 138, Tehran, Iran; No. 138, Khorramshahr Street, District 7, Tehran, Tehran Province 1533775511, Iran; Website http://www.esata.ir; alt. Website shastan.ir; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10103653560 (Iran); Registration Number 326039 (Iran) [IRAN-EO13846].

"SHGRYUV" (a.k.a. POGODIN, Vadim Gennadievich (Cyrillic: ПОГОДИН, Вадим Геннадьевич); a.k.a. "BIBA"), Moscow, Russia; DOB 19 Mar 1986; POB Moscow, Russia; nationality Russia; Gender Male; Passport 642774845 (Russia); National ID No. 4508703790 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP).

"SHI KWAN NEINK" (a.k.a. KUAI NUENG, Sae Chang; a.k.a. SHIH, Kuo Neng; a.k.a. "AH SAN"; a.k.a. "SHIH KUO NENG"), Tachilek, Shan, Burma; DOB 1964 (individual) [SDNTK].

"SHI, Arlex" (a.k.a. HUA, Shi Yu; a.k.a. SHI, Yuhua; a.k.a. YUHUA, Shi), China; DOB 05 Aug 1976; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport PE0475719 (China) expires 14 Nov 2019 (individual) [NPWMD] [IFSR].

"SHIBL, Hajji" (a.k.a. AL ZAIDI, Shebl; a.k.a. AL ZAIDI, Shibl; a.k.a. AL-ZADI, Shibl Muhsin Ubayd; a.k.a. AL-ZAYDI, Hajji Shibl Muhsin; a.k.a. AL-ZAYDI, Shibl Muhsin 'Ubayd; a.k.a. MAHDI, Ja'far Salih), Iraq; DOB 28 Oct 1968; POB Baghdad, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

"SHIG" (a.k.a. ARDALAN MACHINERIES COMPANY; a.k.a. SAHAND ALUMINUM PARTS INDUSTRIAL COMPANY; a.k.a. SHAHID HEMMAT INDUSTRIAL GROUP; a.k.a. "ARMACO"; a.k.a. "SAPICO"), Damavand Tehran Highway, Tehran, Iran; P.O. Box 16595-159, Tehran, Iran; No. 5, Eslami St., Golestane Sevvom St., Pasdaran St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"SHIH KUO NENG" (a.k.a. KUAI NUENG, Sae Chang; a.k.a. SHIH, Kuo Neng; a.k.a. "AH SAN"; a.k.a. "SHI KWAN NEINK"), Tachilek, Shan, Burma; DOB 1964 (individual) [SDNTK].

"SHIH, Vivian" (a.k.a. SHIH, Ting-yu), Koror, Palau; DOB 08 Nov 1990; nationality Taiwan; Gender Female; Passport 353058635 (Taiwan) (individual) [TCO] (Linked To: GRAND LEGEND INTERNATIONAL ASSET MANAGEMENT GROUP CO. LTD.).

"SHIHAB, Muhammad Yusuf Mansur Sami" (a.k.a. HALAWI, Hani; a.k.a. MANSOUR, Mohammad Yousef; a.k.a. MANSOUR, Mohammad Youssef; a.k.a. MANSUR, Mohammad Yusuf Ahmad; a.k.a. MANSUR, Muhammad Yusif Ahmad; a.k.a. MANSUR, Muhammad Yusuf Ahmad; a.k.a. SHEHAB, Sami; a.k.a. SHIHAB, Sami Hani; a.k.a. "HILLAWI, Jamal Hani"; a.k.a. "SAMI, Salem Bassem"), Beirut, Lebanon; DOB 14 Sep 1970; alt. DOB 01 Jan 1974; alt. DOB 1980; POB Bint Jubayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SHIKUBA" (a.k.a. ALEX, Maiko Joseph; a.k.a. HAJI, Ali Khatib; a.k.a. HAJI, Ali Khatibu; a.k.a. HASSAN, Ali Khatib Haji; a.k.a. SHAKUR, Abdallah; a.k.a. "SHKUBA"); DOB 05 Jun 1970; alt. DOB 01 Jan 1963; alt. DOB 08 Jun 1970; POB Zanzibar, Tanzania; alt. POB Dar es Salaam, Tanzania; nationality Tanzania; citizen Tanzania; Gender Male; Passport AB269600 (Tanzania); alt. Passport AB360821 (Tanzania); alt. Passport AB564505 (Tanzania); alt. Passport A0389018 (Tanzania); alt. Passport AB179561 (Tanzania); alt. Passport A0010167 (Tanzania) (individual) [SDNTK].

"SHINE RESOURCES" (a.k.a. SHANGYIYUAN RESOURCES QINGDAO CO LTD (Chinese Simplified: 上意源资源 青岛 有限公司); a.k.a. SHINE RESOURCES QINGDAO CO LTD), Room 8305-1-1, Third Floor, Qiantongyuan Office Building, No.44 Moscow Road, Qingdao, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91370220MA94EKE661 (China) [RUSSIA-EO14024].

"SHIPYARD LOTOS" (a.k.a. JOINT STOCK COMPANY SHIPBUILDING PLANT LOTOS; a.k.a. JSC SUDOSTROITELNY FACTORY LOTOS (Cyrillic: АО СУДОСТРОИТЕЛЬНЫЙ ЗАВОД ЛОТОС); a.k.a. SHIPBUILDING PLANT LOTOS), Narimanov, Beregovayas T., 3, Astrakhan Oblast 416111, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Jul 1997; Tax ID No. 3008003802 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

"SHISHANI, Akhmad" (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAYEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"SHISHKIN, Andrei N" (a.k.a. SHISHKIN, Andrei Nikolaevich (Cyrillic: ШИШКИН, Андрей Николаевич); a.k.a. SHISHKIN, Andrey Nikolaevich; a.k.a. SHISHKIN, Andrey Nikolayevich), Russia; DOB 13 Mar 1959; POB Krasnoyarsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

"SHKUBA" (a.k.a. ALEX, Maiko Joseph; a.k.a. HAJI, Ali Khatib; a.k.a. HAJI, Ali Khatibu; a.k.a. HASSAN, Ali Khatib Haji; a.k.a. SHAKUR, Abdallah; a.k.a. "SHIKUBA"); DOB 05 Jun 1970; alt. DOB 01 Jan 1963; alt. DOB 08 Jun 1970; POB Zanzibar, Tanzania; alt. POB Dar es Salaam, Tanzania; nationality Tanzania; citizen Tanzania; Gender Male; Passport AB269600 (Tanzania); alt. Passport AB360821 (Tanzania); alt. Passport AB564505 (Tanzania); alt. Passport A0389018 (Tanzania); alt. Passport AB179561 (Tanzania); alt. Passport A0010167 (Tanzania) (individual) [SDNTK].

"SHLASH, Mushari Abd Aziz Saleh" (a.k.a. AL MAZIDIH, Ghazy Fezza Hishan; a.k.a. HISHAN, Ghazy Fezzaa; a.k.a. "ABU FAYSAL"; a.k.a. "ABU GHAZZY"), Zabadani, Syria; DOB 1974; alt. DOB 1975; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SHOCK TEAM" (a.k.a. MALADZEZHNAE SPARTYUNAE HRAMADSKAE ABYADNANNE SPARTYUNY KLUB SHOK (Cyrillic: МАЛАДЗЕЖНАЕ СПАРТЫЎНАЕ ГРАМАДСКАЕ АБЯДНАННЕ СПАРТЫЎНЫ КЛУБ ШОК); a.k.a. MOLODEZHNOYE SPORTIVNOYE OBSCHESTVENNOYE OBEDINENIYE SHOK (Cyrillic: МОЛОДЕЖНОЕ СПОРТИВНОЕ ОБЩЕСТВЕННОЕ ОБЪЕДИНЕНИЕ СПОРТИВНЫЙ КЛУБ ШОК); a.k.a. MSOO SK SHOCK (Cyrillic: МСОО СК ШОК); a.k.a. SHOCK SPORTS CLUB (Cyrillic: СПОРТИВНЫЙ КЛУБ ШОК); a.k.a. "SPORTS CLUB SHOCK"), ul. Boleslava Beruta, 12, Minsk, Belarus (Cyrillic: улица Болеслава Берута, 12, Минск, Belarus); ul. Filimonova, 55/3, Pom. 3H (cab.2), Minsk, Belarus (Cyrillic: ул. Филимонова, д. 55 корпус 3, пом. 3н (каб.2), Минск, Belarus); Organization Established Date 12 Oct 2010; Registration Number 194901875 (Belarus) [BELARUS].

"Shock" (a.k.a. PICADO GRIJALBA, Luis Manuel), Limon, Costa Rica; DOB 22 Dec 1981; nationality Costa Rica; Gender Male; Cedula No. 801190098 (Costa Rica) (individual) [ILLICIT-DRUGS-EO14059].

"SHOGA" (a.k.a. SHISHEH VA GAS INDUSTRIES GROUP (Arabic: گروه صنایع شیشه و گاز); a.k.a. "GAS AND GLASS"; a.k.a. "GAS AND GLASS COMPANY"; a.k.a. "GLASS AND GAS CO."; a.k.a. "THE GLASS AND GAS FACTORY"), 12 Gol Sorkh, Sarvestan St, Shams Abad Industrial Zone, Tehran, Iran; Website https://shoga.net; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100889278 (Iran); Registration Number 7296 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"SHSG" (a.k.a. SHAHID HEMMAT SPACE GROUP), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Type: Defense activities; Target Type Government Entity [NPWMD] [IFSR] (Linked To: AEROSPACE INDUSTRIES ORGANIZATION).

"SHUAIB" (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED HAMED"; a.k.a. "AHMED THE EGYPTIAN"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SHUMAN GROUP" (a.k.a. NABIL CHOUMAN & CO; a.k.a. NABIL CHOUMAN AND CO; a.k.a. NABIL SHOMAN AND PARTNERS EXCHANGE COMPANY; a.k.a. SHUMAN CURRENCY EXCHANGE; a.k.a. SUMAN CURRENCY EXCHANGE SARL), Property Number 351, Al-Hamra Street Strand building ground floor, Ras Beirut, Beirut, Lebanon; Safi Village, Beirut, Lebanon; Nabatieh, Beirut, Lebanon; Tyre, Beirut, Lebanon; Website shuman-exchange.business.site; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Mar 1989; alt. Organization Established Date 1980; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; C.R. No. 55789 (Lebanon) [SDGT] (Linked To: HAMAS).

"SHUQIB" (a.k.a. BAHAR, Bakht Gul; a.k.a. GUL, Bakht; a.k.a. GUL, Bakhta), Miram Shah, North Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1980; POB Aki Village, Zadran District, Paktiya Province, Afghanistan; nationality Afghanistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SID, Jihadi" (a.k.a. DHAR, Siddartha; a.k.a. DHAR, Siddhartha; a.k.a. "AL BRITANI, Abu Rumaysah"; a.k.a. "DHAR, Abu"; a.k.a. "ISLAM, Saiful"; a.k.a. "RUMAYSAH, Abu"), Syria; Iraq; DOB 24 Jun 1983; POB Edmonton, London, United Kingdom; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Sidiki" (a.k.a. ABASS, Sidiki; a.k.a. ABBAS, Sidiki; a.k.a. BI SIDI, Souleymane; a.k.a. SIDIKI, Abbas; a.k.a. SOULEMAN, Bi Sidi; a.k.a. SOULEMANE, Bi Sidi; a.k.a. SOULEYMANE, Bi Sidi; a.k.a. SOULIMANE, Sidiki Abass), Central African Republic; DOB 20 Jul 1962; POB Bocaranga, Ouham-Pende prefecture, Central African Republic; nationality Central African Republic; alt. nationality Chad; alt. nationality Cameroon; Gender Male (individual) [CAR].

"SIKANDER" (a.k.a. MEMON, Ibrahim Abdul Razaaq; a.k.a. MEMON, Ibrahim Abdul Razak; a.k.a. "MUSHTAQ"; a.k.a. "MUSTAQ"; a.k.a. "TIGER MEMON"), Bldg. No. 21 Room No. 1069, Fisherman Colony Mahim, Mumbai, India; House No. C-201, Extension-A, Karachi Development Scheme, Karachi, Pakistan; DOB 24 Nov 1960; POB Mumbai (Bombay), India; nationality India; Passport AA762402 (Pakistan); alt. Passport L152818 (India) (individual) [SDNTK].

"Simba" (a.k.a. THULSIE, Tony-Lee; a.k.a. "THULSIE, Yakeen"; a.k.a. "Yakeen"; a.k.a. "Yaqeen ibn Hernani"), Newclare, Johannesburg, South Africa; DOB 1992 to 1994; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SIN998A" (a.k.a. KONDRATEV, Ivan; a.k.a. KONDRATIEV, Ivan Gennadievich (Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич); a.k.a. KONDRATYEV, Ivan; a.k.a. "@AL3XL7"; a.k.a. "@BASSTERLORD"; a.k.a. "@BASSTERLORD 0170742922"; a.k.a. "@SINNER6546"; a.k.a. "@SINNER911"; a.k.a. "BASSTERLORD"; a.k.a. "EDITOR"; a.k.a. "FISHEYE"; a.k.a. "INVESTORLIFE1"; a.k.a. "JACKROCK#3337"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45hexr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h60n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6ng6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e4120d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

"sina_molove" (a.k.a. KEISSAR, Sina); DOB 20 May 1990; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2].

"SINAI PROVINCE" (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"SINAPAD" (a.k.a. BONYAD IMPORT AND EXPORT CO; a.k.a. GOSTARESH PAYA

SANAT SINA; a.k.a. GOSTARESH PAYASANAT SINA HOLDING; a.k.a. PAYA SANAT SINA; a.k.a. SINA PAYA SANAT DEVELOPMENT CO. (Arabic: شرکت گسترش پایا صنعت سینا); a.k.a. SINA PAYA SANAT DEVELOPMENT COMPANY PJS; a.k.a. SINA PAYA SANAT GOSTARESH CO.; a.k.a. SINA SANAT PAYA DEVELOPMENT COMPANY), Unit 61, 3rd Km Karaj Special Road, Tehran, Iran; No. 42, 17th Street, Gandhi Avenue, Tehran, Iran; Website http://www.sinapad.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101236358 (Iran); Registration Number 78804 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"SISCO" (a.k.a. SIRJAN IRANIAN STEEL; a.k.a. SIRJAN IRANIAN STEEL CO (Arabic: شرکت فولاد سیرجان ایرانیان), No 39, Sepehr St., Farahzadi Blvd., Shahrak-e-Gharb, Tehran, Iran; Bucharest Avenue, Ninth Street, Tehran 1513733518, Iran; Website www.sisco.midhco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Nov 2009; National ID No. 362111 (Iran) [IRAN-EO13871].

"SITI PAO" (f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO CITY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO CITY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SITI; a.k.a. "CITY PUBLIC JOINT STOCK COMPANY"; a.k.a. "MANAGEMENT COMPANY MOSCOW CITY"), 9 Nab Frunzenskaya, Moscow 119146, Russia; d. 6 str. 2 etazh 2 Pomesch.I kom. 33, 34, Naberezhnaya Presnenskaya, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 May 1992; Tax ID No. 7704026946 (Russia); Government Gazette Number 17434671 (Russia); Registration Number 1027700068440 (Russia) [RUSSIA-EO14024].

"SJSCO" (a.k.a. JAHAN FOOLAD SIRJAN; a.k.a. JAHAN FOOLAD STEEL COMPANY; a.k.a. SIRJAN JAHAN FOOLAD; a.k.a. SIRJAN JAHAN STEEL COMPLEX (Arabic: شرکت جهان فولاد سیرجان)), 6th Bokharest Alley Bokharest Ave., Tehran, Iran; No. 2, Zhubin Alley, Shahidi Street, Haghani Highway, Vanak Square, Tehran, Iran; Cross of Gol Gohar Mining and Industrial Co. Shiraz Road 50 Km, Sirjan, Iran; Website www.sjsco.ir; Additional Sanctions Information - Subject to Secondary Sanctions;

Commercial Registry Number 3191 (Iran) [IRAN-EO13871].

"SKAM" (a.k.a. NOVIN KHARA; a.k.a. NOVIN KHARA MINERAL MINING EXTRACTION COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING ENGINEERING COMPANY; a.k.a. NOVIN PARS MINERAL MINING COMPANY; a.k.a. "ASKAM"; a.k.a. "ESKAM"; a.k.a. "MINERAL MINING EXTRACTION COMPANY"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"SKB 14 LLC" (a.k.a. SPETSIALNOE KONSTRUKTORSKOE BYURO-14 VOLOGDA), Ul. Zosimovskaya D. 15, Office 29, Vologda 160000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3525409656 (Russia); Registration Number 1173525032537 (Russia) [RUSSIA-EO14024].

"SKB EP" (a.k.a. SKB ELEKTROTEKHNICHESKOGO PRIBOROSTROENIYA; a.k.a. SPECIAL DESIGN BUREAU OF ELECTRIC INSTRUMENT ENGINEERING LLC), Ul Kokkolevkaya D. 1 Lit. A Pom. 42-N, Shushary 196140, Russia; Ter. Pulkovskoe, Ul. Kokkolevskaya D. 1, Str. 1, Pomeshch. 42-N, Shushary 196605, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3812045829 (Russia); Registration Number 1033801751092 (Russia) [RUSSIA-EO14024].

"Skote Vahshat" (a.k.a. MESRI, Behzad), Iran; DOB 26 Aug 1988; alt. DOB 27 Aug 1988; POB Naghadeh, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [HRIT-IR] [CYBER2] (Linked To: NET PEYGARD SAMAVAT COMPANY).

"SKS CO." (a.k.a. KISH SOUTH KAVEH COMPANY; a.k.a. KISH SOUTH KAVEH STEEL COMPANY (Arabic: شرکت فولاد کاوه جنوب کیش); a.k.a. SKS STEEL COMPANY; a.k.a. SOUTH KAVEH STEEL CO.; a.k.a. SOUTH KAVEH STEEL COMPANY; a.k.a. STEEL KAVEH SOUTH KISH), No. 1/2 Seventh Ave., North Falamak-zarafshan intersections, Phase 4, Shahrak-E Gharb, Tehran, Iran; Persian Gulf Special Economic Zone, 13th Km Shahid Rajaee Highway, Bandar Abbas, Hormozgan, Iran; Next to Behjat Park, No. 12,

Apartment Complex Kaveh Golabi Stre, Karimkhan Zand Avenue, Tehran, Iran; Quds District West District, Phase 4, North Felaamak St., Corner of Seventh Alley, No. 2/1, Tehran 1467883741, Iran; Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861569320 (Iran); Registration Number 7103 (Iran) [IRAN-EO13871] [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

"SKY AVIATOR" (a.k.a. SKY AVIATOR CO.; a.k.a. SKY AVIATOR CO., LTD.; a.k.a. SKY AVIATOR COMPANY LIMITED; a.k.a. SKY AVIATOR COMPANY LTD.), No. 286, Bogyoke Street, Ward No. 2, Waibargi, North Okkalarpa Township, Yangon Region, Burma; No. 204/2, Myinthar 11th Street, Ward 14/1, South Okkalarpa Township, Yangon, Burma; Target Type Private Company; Business Registration Number 100789450 (Burma) [BURMA-EO14014].

"SKY ROYAL HERO" (a.k.a. SKY ROYAL HERO COMPANY LIMITED; a.k.a. SKY ROYAL HERO LTD), No. LB-B2-14A, B, Sagawah Street, Malikha Housing, 14/Bawamyint Quarter, Thingangyun Township, Yangon, Burma; Organization Established Date 28 Nov 2019; Organization Type: Non-specialized wholesale trade; Business Registration Number 123614291 (Burma) [BURMA-EO14014].

"SKY17" (a.k.a. LIMITED LIABILITY COMPANY SKAY17 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СКАЙ17); a.k.a. OOO SKAI17), d. 19 k. 4 kv. 368, ul. Eletskaya, Moscow 115583, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9729098657 (Russia); Registration Number 1177746619137 (Russia) [RUSSIA-EO14024].

"SKYDA" (a.k.a. DRAGON SECURE GMBH; a.k.a. "KRADEN"), Banhofstrasse 20, Zug 6300, Switzerland; Website www.kraden.com; alt. Website Skyda.co; Organization Established Date 03 Mar 2022; Organization Type: Computer programming activities; alt. Organization Type: Wireless telecommunications activities; Tax ID No. 280091217 (Switzerland); Registration Number CH-170.4.019.396-6 (Switzerland) [ILLICIT-DRUGS-EO14059] (Linked To: KARPAVICIUS, Rokas).

"SK-YUG" (a.k.a. SC SOUTH LLC; a.k.a. SC-YUG (Cyrillic: СК-ЮГ); a.k.a. SHIPPING COMPANY SOUTH), ul. Lenina, d. 6B,

Novorossiysk, Krasnodarskiy kray 353960, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jun 2016; Tax ID No. 9705070317 (Russia); Identification Number IMO 5937219 [RUSSIA-EO14024].

"SL" (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDNTK] [FTO] [SDGT].

"Slavik" (a.k.a. BOGACHEV, Evgeniy Mikhailovich; a.k.a. BOGACHEV, Evgeniy Mikhaylovich; a.k.a. "Lastik"; a.k.a. "lucky12345"; a.k.a. "Monstr"; a.k.a. "Pollingsoon"), Lermontova Str., 120-101, Anapa, Russia; DOB 28 Oct 1983; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"SMAIL" (a.k.a. ZERFAOUI, Ahmad; a.k.a. "ABDALLA"; a.k.a. "ABDULLAH"; a.k.a. "ABU CHOLDER"; a.k.a. "ABU KHAOULA"; a.k.a. "NUHR"); DOB 15 Jul 1963; POB Chrea, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Small Bull" (a.k.a. TONG, Peigi; a.k.a. TONG, Peiji (Chinese Simplified: 佟霈佶); a.k.a. "Dr P"; a.k.a. "PJ"), China; DOB 15 May 1997; POB Shenyang, Liaoning Province, China; nationality China; Gender Male; National ID No. 210103199705154515 (China) (individual) [ILLICIT-DRUGS-EO14059].

"SMART DEPOT MAZATLAN" (a.k.a. SMART DEPOT; a.k.a. "SMART DEPOT PUERTO CANCUN"; a.k.a. "SMART DEPOTMX TU CELLULAR AL INSTANTE"; a.k.a. "SMARTDEPOT"; a.k.a. "SMARTDEPOTMX"), Boulevard Sinaloa 1061, Las Quintas, Culiacan, Sinaloa 80020, Mexico; Avenida Reforma S/N, Gran Plaza Mazatlan, Local I29, Alameda, Mazatlan, Sinaloa 82123, Mexico; Boulevard Kukulcan KM 1.5, Local B32, Puerto Juarez, Marina Puerto, Cancun, Quintana Roo 77500, Mexico; Organization Type: Retail sale of information and communications equipment in specialized stores [ILLICIT-DRUGS-EO14059].

"SMART DEPOT PUERTO CANCUN" (a.k.a. SMART DEPOT; a.k.a. "SMART DEPOT MAZATLAN"; a.k.a. "SMART DEPOTMX TU CELLULAR AL INSTANTE"; a.k.a. "SMARTDEPOT"; a.k.a. "SMARTDEPOTMX"), Boulevard Sinaloa 1061, Las Quintas, Culiacan, Sinaloa 80020, Mexico; Avenida Reforma S/N, Gran Plaza Mazatlan, Local I29, Alameda, Mazatlan, Sinaloa 82123, Mexico; Boulevard Kukulcan KM 1.5, Local B32, Puerto Juarez, Marina Puerto, Cancun, Quintana Roo 77500, Mexico; Organization Type: Retail sale of information and communications equipment in specialized stores [ILLICIT-DRUGS-EO14059].

"SMART DEPOTMX TU CELLULAR AL INSTANTE" (a.k.a. SMART DEPOT; a.k.a. "SMART DEPOT MAZATLAN"; a.k.a. "SMART DEPOT PUERTO CANCUN"; a.k.a. "SMARTDEPOT"; a.k.a. "SMARTDEPOTMX"), Boulevard Sinaloa 1061, Las Quintas, Culiacan, Sinaloa 80020, Mexico; Avenida Reforma S/N, Gran Plaza Mazatlan, Local I29, Alameda, Mazatlan, Sinaloa 82123, Mexico; Boulevard Kukulcan KM 1.5, Local B32, Puerto Juarez, Marina Puerto, Cancun, Quintana Roo 77500, Mexico; Organization Type: Retail sale of information and communications equipment in specialized stores [ILLICIT-DRUGS-EO14059].

"SMARTDEPOT" (a.k.a. SMART DEPOT; a.k.a. "SMART DEPOT MAZATLAN"; a.k.a. "SMART DEPOT PUERTO CANCUN"; a.k.a. "SMART DEPOTMX TU CELLULAR AL INSTANTE"; a.k.a. "SMARTDEPOTMX"), Boulevard Sinaloa 1061, Las Quintas, Culiacan, Sinaloa 80020, Mexico; Avenida Reforma S/N, Gran Plaza Mazatlan, Local I29, Alameda, Mazatlan, Sinaloa 82123, Mexico; Boulevard Kukulcan KM 1.5, Local B32, Puerto Juarez, Marina Puerto, Cancun, Quintana Roo 77500, Mexico; Organization Type: Retail sale of information and communications equipment in specialized stores [ILLICIT-DRUGS-EO14059].

"SMARTDEPOTMX" (a.k.a. SMART DEPOT; a.k.a. "SMART DEPOT MAZATLAN"; a.k.a. "SMART DEPOT PUERTO CANCUN"; a.k.a. "SMART DEPOTMX TU CELLULAR AL INSTANTE"; a.k.a. "SMARTDEPOT"), Boulevard Sinaloa 1061, Las Quintas, Culiacan, Sinaloa 80020, Mexico; Avenida Reforma S/N, Gran Plaza Mazatlan, Local I29, Alameda, Mazatlan, Sinaloa 82123, Mexico; Boulevard Kukulcan KM 1.5, Local B32, Puerto Juarez, Marina Puerto, Cancun, Quintana Roo 77500, Mexico; Organization Type: Retail sale of information and communications equipment in specialized stores [ILLICIT-DRUGS-EO14059].

"SMNG AO" (a.k.a. SEVMORNEFTEGEOFIZIKA AO (Cyrillic: СЕВМОРНЕФТЕГЕОФИЗИКА АО); a.k.a. SEVMORNEFTEGEOFIZIKA JSC), Ulitsa Karla Marksa, Dom 17, Murmansk 183025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5190123078 (Russia); Registration Number 1045100152294 (Russia) [RUSSIA-EO14024].

"SMPP AO" (a.k.a. JOINT STOCK COMPANY STUPINO ENGINEERING PRODUCTIVE ENTERPRISE; a.k.a. STUPINO ENGINEERING PRODUCTION ENTERPRISE; a.k.a. STUPINO MACHINE PRODUCTION PLANT), 42 Ulitsa Akademika Belova, Stupino 142800, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1948; Tax ID No. 5045001885 (Russia); Registration Number 1025005917419 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"SMR" (a.k.a. DEN NORSKE MOTSTANDSBEVEGELSEN; a.k.a. FINNISH RESISTANCE MOVEMENT; a.k.a. NORDIC RESISTANCE MOVEMENT; a.k.a. NORDISKA MOTSTANDSRORELSEN (Latin: NORDISKA MOTSTÅNDSRÖRELSEN); a.k.a. NORWEGIAN RESISTANCE MOVEMENT; a.k.a. NRM-NORWAY; a.k.a. SUOMEN VASTARINTALIIKE; a.k.a. SVENSKA MOTSTANDSRORELSEN (Latin: SVENSKA MOTSTÅNDSRÖRELSEN); a.k.a. SWEDISH RESISTANCE MOVEMENT; a.k.a. "KOHTI VAPAUTTA!"; a.k.a. "NMR"; a.k.a. "NRM"; a.k.a. "NRM-FINLAND"; a.k.a. "NRM-SWEDEN"), Sweden; Norway; Denmark; Finland; Iceland; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1997 [SDGT].

"SNITKO, Artem" (a.k.a. SNITKO, Artem Aleksandrovich (Cyrillic: СНИТКО, АРТЕМ АЛЕКСАНДРОВИЧ)), Tatarstan, Russia; DOB 21 Feb 1982; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No.

590419206931 (Russia) expires 17 Jun 2024 (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

"SNM OOO" (a.k.a. PROIZVODSTVENNO-STROITELNAYA KOMPANIYA SNM; a.k.a. "PSK SNM"), d. 3, d. Spas-Teshilovo, Serpukhov 142260, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Apr 2002; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 5077014693 (Russia); Registration Number 1035011800328 (Russia) [RUSSIA-EO14024] (Linked To: IMENIE TSARGRAD OOO).

"snowsjohn" (a.k.a. TIAN, Yinyin (Chinese Simplified: 田寅寅); a.k.a. "tianyinyin0404"), Nanjing, Jiangsu, China (Chinese Simplified: 南京, 江苏, China); DOB 12 Jul 1986; nationality China; Email Address 417136259@qq.com; Gender Male; Digital Currency Address - XBT 134r8iHv69xdT6p5qVKTsHrcUEuBVZAYak; alt. Digital Currency Address - XBT 15YK647qtoZQDzNrvY6HJL6QwXduLHfT28; alt. Digital Currency Address - XBT 1PfwHNxUnkpfkK9MKjMqzR3Xq3KCtq9u17; alt. Digital Currency Address - XBT 14kqryJUxM3a7aEi117KX9hoLUw592WsMR; alt. Digital Currency Address - XBT 1F2Gdug9ib9NQMhKMGGJczzMk5SuENoqrp; alt. Digital Currency Address - XBT 3F2sZ4jbhvDKQdGbHYPC6ZxFXEau2m5Lqj; alt. Digital Currency Address - XBT 1AXUTu9y3H8w4wYx4BjyFWgRhZKDhmcMrn; alt. Digital Currency Address - XBT 1Hn9ErTCPRP6j5UDBeuXPGuq5RtRjFJxJQ; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Phone Number 8613621583465; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number 321284198607120616 (China) (individual) [DPRK3] [CYBER2] (Linked To: LAZARUS GROUP).

"SOCIAL DEVELOPMENT FOUNDATION" (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-

FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"SOFTLINE" (a.k.a. VOLTRA TRANSCOR ENERGY; a.k.a. VOLTRA TRANSCOR ENERGY BVBA), Frankrijklei 156 (5deV), Antwerpen 2000, Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; D-U-N-S Number 37-339-4675; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; V.A.T. Number BE0443680473 (Belgium); Branch Unit Number 2052342727 (Belgium); Enterprise Number 0443680473 (Belgium) [SDGT] (Linked To: BAZZI, Wael).

"SOHIM" (a.k.a. OJSC SVETLOGORSK KHIMVOLOKNO; a.k.a. OPEN JOINT STOCK

COMPANY SVETLOGORSKKHIMVOLOKNO (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СВЕТЛОГОРСКХИМВОЛОКНО); a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SVETLOGORSKKHIMVOLOKNO; a.k.a. SVETLOGORSKKHIMVOLKNO OAO), d. 5, Nezhiloe Pomeshchenie, Ul. Zavodskaya, Svetlogorsk 247439, Belarus; Organization Established Date 1964; Target Type State-Owned Enterprise; Tax ID No. 400031289 (Belarus) [BELARUS-EO14038].

"SOLANGE" (a.k.a. ALSOLADZH MINING COMPANY; a.k.a. ALSOLAG MINING COMPANY; a.k.a. MEROE GOLD CO. LTD.; a.k.a. SULLAJ MINING COMPANY; a.k.a. "AL SULLAJ"; a.k.a. "ALSOLAGE"; a.k.a. "SULLAG"), Al-jref Gharb Plot 134, Blok 1h, Khartoum, Sudan; Al-'Abdiya, River Nile State, Sudan; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Mining of other non-ferrous metal ores [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: M INVEST, OOO).

"SOLDIERS OF EGYPT" (a.k.a. AJNAD MASR; a.k.a. AJNAD MISR; a.k.a. "EGYPT'S SOLDIERS"), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"SOLDIERS OF GOD" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"SOLDIERS OF ISLAM" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a.

"SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"SOLDIERS OF THE CALIPHATE" (a.k.a. DAESH TUNISIA; a.k.a. ISIS-TUNISIA; a.k.a. ISIS-TUNISIA PROVINCE; a.k.a. JUND AL-KHILAFAH FI TUNIS; a.k.a. JUND AL-KHILAFAH IN TUNISIA; a.k.a. SOLDIERS OF THE CALIPHATE IN TUNISIA; a.k.a. TALA I JUND AL-KHILAFAH; a.k.a. "AJNAD"; a.k.a. "JUND AL KHILAFAH"; a.k.a. "JUND AL-KHILAFA"; a.k.a. "VANGUARDS OF THE SOLDIERS OF THE CALIPHATE"), Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"SOLMATE" (a.k.a. ARTIN SANA'AT TABAAN COMPANY; a.k.a. ARTIN SANAT TABAN; a.k.a. ARTIN SANAT TABAN CO), 3rd Floor, No 158, Keshavarz Str., Tehran, Iran; 1 North Bridge Road, #25-05, High Street Center, 179094, Singapore; #14, Bashardust Ave, Roudbare-Sharghie, Madar Sq., Shariati St., Mirdamad, Tehran, Iran; 404, 4th Floor, Atrium Centre, Bur-Dubai, Dubai, United Arab Emirates; P.O. Box 112724, Dubai, United Arab Emirates; Shariati Street, after MirDamand Blvd, Lushah Street, Rabie Street, Bashar Dost Alley, Plaque 14, Tehran, Iran; TWTC Em, 6C-21(6F), No. 5, Hsin Yi Rd, Taipei, Taiwan; Website http://solmatepciran.com; alt. Website http://www.solmateco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 368623 (Iran) [NPWMD] [IFSR] (Linked To: DES INTERNATIONAL CO., LTD.).

"SOMIC COMPANY" (a.k.a. FANAVARAN SOMIC ENGINEERING AND MANAGEMENT CO; a.k.a. SOMIC ENGINEERING AND MANAGEMENT CO (Arabic: شرکت مهندسی و مدیریت فناوران سامیک); a.k.a. SOMIC ENGINEERING AND MANAGEMENT COMPANY; a.k.a. SOMIC MANAGEMENT AND ENGINEERING TECHNICIANS; a.k.a. "SOMIC"), No. 76 - Floor 1 - Sattarkhan St., Tehran, Iran; Website www.somicgroup.net; alt. Website www.somicgroup.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101529281 (Iran); Registration Number 10917 (Iran); alt. Registration Number 109167 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"SOMIC" (a.k.a. FANAVARAN SOMIC ENGINEERING AND MANAGEMENT CO; a.k.a. SOMIC ENGINEERING AND MANAGEMENT CO (Arabic: شرکت مهندسی و مدیریت فناوران سامیک); a.k.a. SOMIC ENGINEERING AND MANAGEMENT COMPANY; a.k.a. SOMIC MANAGEMENT AND ENGINEERING TECHNICIANS; a.k.a. "SOMIC COMPANY"), No. 76 - Floor 1 - Sattarkhan St., Tehran, Iran; Website www.somicgroup.net; alt. Website www.somicgroup.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101529281 (Iran); Registration Number 10917 (Iran); alt. Registration Number 109167 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"SONG, Shelly" (a.k.a. SONG, Xueqin (Chinese Simplified: 宋雪琴)), No. 35 Group 6, Fengling Village, Yuekou Township, Tianmen City, Hubei Province, China (Chinese Simplified: 丰岭村六组35号, 岳口镇, 天门市, 湖北省, China); DOB 24 Nov 1990; POB Hubei, China; nationality China; citizen China; Gender Female; National ID No. 429006199011245448 (China) (individual) [ILLICIT-DRUGS-EO14059].

"SONS OF ABYAN" (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"SONS OF HADRAMAWT COMMITTEE" (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH;

a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"), Yemen; Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"SONS OF HADRAMAWT" (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"SOOREH" (a.k.a. THE NUCLEAR REACTORS FUEL COMPANY; a.k.a. "SUREH"), End of North Kargar Street, Shahid Abtahi Street, (20th), #61, Tehran, Iran; Esfahan Complex Khalije Fars Blvd., 20 km southeast of Esfahan, P.O. Box: 81465-1957, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"SORELLE IN ARMI, NUCLEO MAURICIO MORALES" (a.k.a. FEDERAZIONE ANARCHICA INFORMALE/FRONTE RIVOLUZIONARIO INTERNAZIONALE; a.k.a. INFORMAL ANARCHIST FEDERATION/INTERNATIONAL REVOLUTIONARY FRONT; a.k.a. "AUGUSTO MASETTI INFORMAL ANARCHIST BRIGADE - INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "BRIGATA AUGUSTO MASETTI FEDERAZIONE ANARCHICA INFORMALE - FRONTE RIVOLUZIONARIO INTERNAZIONALE"; a.k.a. "CELLS AGAINST CAPITAL THE PRISON ITS JAILERS AND ITS

CELLS"; a.k.a. "COOPERATIVA ARTIGIANA FUOCO E AFFINI"; a.k.a. "FAI/ANIMAL REVOLT"; a.k.a. "FAI/ARMED CELLS FOR INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/CELLS AGAINST CAPITA PRISON AND ITS JAILERS AND ITS CELLS"; a.k.a. "FAI/CRAFT COOPERATIVE FIRE AND SIMILAR/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/INTERNATIONAL SOLIDARITY"; a.k.a. "FAI/METROPOLITAN CELLS"; a.k.a. "FAI/NARODNAJA VOJLA"; a.k.a. "FAI/REVOLUTIONARY CELL LAMBROS FOUNTAS"; a.k.a. "FAI/REVOLUTIONARY NUCLEUS HORST FANTAZZINI"; a.k.a. "FAI/SISTERS IN ARMS MAURICIO MORALES NUCLEUS/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "FAI/TERRIBLE ANONYMOUS REVOLT"; a.k.a. "HARIS HATZIMIHELAKIS/INTERNATIONAL NERO"; a.k.a. "JULY 20 BRIGADE"; a.k.a. "JULY BRIGADE/INTERNATIONAL REVOLUTIONARY FRONT"; a.k.a. "SANTIAGO MALDONADO CELL"; a.k.a. "SANTIAGO MALDONADO CELL FAI-FRI"), Italy; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date Dec 2003; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"SOULEIMAN" (a.k.a. ABDALLAH AL-JAZAIRI; a.k.a. ARIF, Said; a.k.a. ARIF, Said Mohamed; a.k.a. CHABANI, Slimane; a.k.a. GHARIB, Omar; a.k.a. "ABDERAHMANE"; a.k.a. "ABDERRAHMANE"), Syria; DOB 05 Dec 1965; POB Oran, Algeria; nationality Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SP QUANT" (a.k.a. JOINT VENTURE QUANTUM TECHNOLOGIES; a.k.a. LIMITED LIABILITY COMPANY SOVMESTNOYE PREDPRIYATIYE KVANTOVYE TEKHNOLOGII; a.k.a. LLC JOINT VENTURE KVANT; a.k.a. LLC JV KVANT), 46 Varshavskoye Highway, Moscow 115230, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 Mar 2020; Tax ID No. 7726464220 (Russia); Registration Number 1207700141032 (Russia) [RUSSIA-EO14024].

"SPA STRELA" (a.k.a. PAO NAUCHNO PROIZVODSTVENNOE OBEDINENIE STRELA; a.k.a. PJSC RESEARCH AND PRODUCTION ASSOCIATION STRELA; a.k.a. PJSC SPA STRELA; a.k.a. PUBLIC JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION STRELA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE STRELA; a.k.a. "NPO STRELA"; a.k.a. "PAO NPO STRELA"), 6 Maxim Gorky Street, Tula 300002, Russia; 2 Arsenalnaya Street, Tula 300002, Russia; 6 M. Gorkogo ul., Tula 300002, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 7103028233 (Russia); Registration Number 1027100517256 (Russia) [RUSSIA-EO14024].

"Spaniard" (a.k.a. ORLOV, Stanislav Alexandrovich), 4 Fomichevoi Street, Apartment 3, Moscow 125481, Russia; DOB 21 Feb 1981; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 4507686257 (Russia); National ID No. 11308319818 (Russia); Tax ID No. 773370193596 (Russia) (individual) [RUSSIA-EO14024].

"SPC" (a.k.a. SHIRAZ PETROCHEMICAL; a.k.a. SHIRAZ PETROCHEMICAL CO.; a.k.a. SHIRAZ PETROCHEMICAL COMPANY; a.k.a. SHIRAZ PETROCHEMICAL COMPLEX), 6 Km Of Pol-E-Khan Road-Dorodzan Dam, PO Box 415, Shiraz, Fars 73491-31736, Iran; No. 5 Farivar Alley, Ghaem Magham Street, Tehran, Iran; Website www.spc.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Tax ID No. 411168731673 (Iran); Company Number 10530010025 (Iran) [IRAN-EO13846].

"SPECIAL COUNTER-TERRORISM FORCE" (a.k.a. IRANIAN SPECIAL POLICE FORCES; a.k.a. IRAN'S COUNTER-TERROR SPECIAL FORCES; a.k.a. NIROO-YE VIZHE PASDAR-E VELAYAT; a.k.a. SUPREME LEADER'S GUARDIAN SPECIAL FORCES; a.k.a. "NOPO" (Arabic: "نوپو"); a.k.a. "PROVINCIAL SPECIAL FORCES"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES).

"SPECIAL OPERATIONS BRANCH" (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"SPECTRUM HOLDING" (a.k.a. SPECTRUM INTERNATIONAL INVESTMENT HOLDING SAL; a.k.a. SPECTRUM INVESTMENT GROUP HOLDING; a.k.a. SPECTRUM INVESTMENT GROUP HOLDING SAL; a.k.a. SPECTRUM INVESTMENT GROUP SAL HOLDING; a.k.a. SPECTRUM INVESTMENT HOLDING), Floor 17, Verdun 732 Building, Rachid Karameh Street, Verdun, Beirut, Lebanon; Verdun 732 Center, Rachid Karame Street, Beirut, Lebanon; P.O. Box 113-5333, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Document # 1990106 (Lebanon) [SDGT] (Linked To: CHARARA, Ali Youssef).

"SPG JSC" (a.k.a. JOINT STOCK COMPANY STRATEGY PARTNERS GROUP; a.k.a. STRATEGY PARTNERS GROUP JSC), 52 Kosmodamianskaya Nab. St, Building 2, Moscow 115054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736612855 (Russia); Registration Number 1107746025980 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

"SPII" (a.k.a. SPI INTERNATIONAL (Arabic: اس پی آی انترنشنل); a.k.a. SPI INTERNATIONAL

PROPRIETARY (Arabic: اس پی آی اینترنشنل پروپرتیری); a.k.a. SPI INTERNATIONAL PROPRIETARY BRANCH OF A FOREIGN COMPANY (Arabic: اس پی آی اینترنشنل پروپرتیری شعبه خارجی); a.k.a. SPI INTERNATIONAL PROPRIETARY LIMITED; a.k.a. SPI INTERNATIONAL PROPRIETARY LTD.; a.k.a. SPI INTERNATIONAL PROPRIETY LIMITED CO.; a.k.a. SPI INTERNATIONAL PTY LTD), 56 Grosvenor Rd, Johannesburg, Gauteng 2021, South Africa; 306 Isie Smuts Street, Garsfontein Ext 3, Pretoria, Gauteng 0060, South Africa; No. 306, Issie Smuts Street, Garsfontein, Ext.3, Pretoria, Gauteng, South Africa; PO Box 1707, Garsfontein-East, Pretoria, Gauteng 0060, South Africa; No. 12, Negin Gholhak Tower, Shariati Ave, Tehran, Iran; 705, Ho King Commercial Center, 2-16, Fa Yuen Street, Mongkok Kowloon, Hong Kong, Hong Kong; No. 306, Isie Smuts Street, Garsfontein, Ext. 3, Pretoria, South Africa; 6th Floor, No. 7, Motavelian Blvd, Habibollah St. Sattarkhan, Tehran, Iran; Shariati Street, Top of Government Street, Negin Gholahk Building, First Floor, Twelfth Unit, Tehran, Iran (Arabic: خیابان شریعتی ابتدای خیابان دولت، برج نگین قلهک، طبقه اول و احد دوازده، تهران, Iran); Website http://spiint.co.za; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 14005406035 (Iran); Enterprise Number M1966001245 (South Africa); Registration Number 1966/001245/07 (South Africa); alt. Registration Number 3046 (Iran) [IRAN-EO13846].

"SPITS" (a.k.a. SARATOV PRODUCTION AND ENGINEERING CENTER LLC; a.k.a. SARATOVSKII PROIZVODSTVENNO INZHINIRINGOVYI TSENTR), Mkr Engels-19, Ul. 5i Kvartal Zd. 1Zh, Privolzhskiy 413119, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6454142335 (Russia); Registration Number 1146454003332 (Russia) [RUSSIA-EO14024].

"SPM CO." (a.k.a. SINA PORT AND MARINE COMPANY (Arabic: شرکت توسعه خدمات دریائی و بندری سینا); a.k.a. SINA PORT AND MARINE SERVICES DEVELOPMENT COMPANY; a.k.a. SINA PORT AND MARITIME COMPANY; a.k.a. "SPMCO"), No. 18, 13th Alley, Gandhi Street, District 6, Tehran, Tehran 1517753513, Iran; Website http://www.spmco.co/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101143640 (Iran); Registration Number 69425 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"SPMCO" (a.k.a. SINA PORT AND MARINE COMPANY (Arabic: شرکت توسعه خدمات دریائی و بندری سینا); a.k.a. SINA PORT AND MARINE SERVICES DEVELOPMENT COMPANY; a.k.a. SINA PORT AND MARITIME COMPANY; a.k.a. "SPM CO."), No. 18, 13th Alley, Gandhi Street, District 6, Tehran, Tehran 1517753513, Iran; Website http://www.spmco.co/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101143640 (Iran); Registration Number 69425 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"SPMI" (a.k.a. FEDERAL STATE BUDGET EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SAINT PETERSBURG MINING UNIVERSITY; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA SANKT PETERBURGSKI GORNY UNIVERSITET; f.k.a. NATSIONALNY MINERALNOSYREVOI UNIVERSITET GORNY, UCH; a.k.a. SAINT PETERSBURG MINING UNIVERSITY (Cyrillic: САНКТ ПЕТЕРБУРГСКИЙ ГОРНЫЙ УНИВЕРСИТЕТ); a.k.a. SPGU GORNY UNIVERSITET FGBU; a.k.a. "NATIONAL MINERAL RESOURCES UNIVERSITY"), 2, 21st Line, St Petersburg 199106, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7801021076 (Russia); Government Gazette Number 02068508 (Russia); Registration Number 1027800507591 (Russia) [RUSSIA-EO14024].

"SPND" (a.k.a. THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"SPORTS CLUB SHOCK" (a.k.a. MALADZEZHNAE SPARTYUNAE HRAMADSKAE ABYADNANNE SPARTYUNY KLUB SHOK (Cyrillic: МАЛАДЗЕЖНАЕ СПАРТЫЎНАЕ ГРАМАДСКАЕ АБЯДНАННЕ СПАРТЫЎНЫ КЛУБ ШОК); a.k.a. MOLODEZHNOYE SPORTIVNOYE OBSHCHESTVENNOYE OBEDINENIYE SHOK (Cyrillic: МОЛОДЕЖНОЕ СПОРТИВНОЕ ОБЩЕСТВЕННОЕ ОБЪЕДИНЕНИЕ СПОРТИВНЫЙ КЛУБ ШОК); a.k.a. MSOO SK SHOCK (Cyrillic: МСОО СК ШОК); a.k.a. SHOCK SPORTS CLUB (Cyrillic: СПОРТИВНЫЙ КЛУБ ШОК); a.k.a. "SHOCK TEAM"), ul. Boleslava Beruta, 12, Minsk, Belarus (Cyrillic: улица Болеслава Берута, 12, Минск, Belarus); ul. Filimonova, 55/3, Pom. 3H (cab.2), Minsk, Belarus (Cyrillic: ул. Филимонова, д. 55 корпус 3, пом. 3н (каб.2), Минск, Belarus); Organization Established Date 12 Oct 2010; Registration Number 194901875 (Belarus) [BELARUS].

"SPUTNIX" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SPUTNIKOVYE INNOVATSIONNYE KOSMICHESKIE SISTEMY; a.k.a. "OOO SPUTNIKS"), bulvar Bolshoi (Innovatsionnogo Tsentra Skolkovo Ter), d. 42, str. 1, pom. 3A0109 757, 1653, 1707, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5003096726 (Russia); Registration Number 1115003008306 (Russia) [RUSSIA-EO14024].

"SPZ PJSC" (a.k.a. AKTSIONERNOE OBSHCHESTVO SARANSKII PRIBOROSTROITELNYI ZAVOD; a.k.a. PUBLIC JOINT STOCK COMPANY SARANSK INSTRUMENT WORKS; a.k.a. "AO SPZ"; a.k.a. "PJSC SIW"), 9 ul. Vasenko, Saransk 430030, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1325003052 (Russia); Registration Number 1021301063464 (Russia) [RUSSIA-EO14024].

"SRA" (a.k.a. AL-RAHAMA RELIEF FOUNDATION LIMITED; a.k.a. SANABEL L'IL-IGATHA; a.k.a. SANABEL RELIEF AGENCY; a.k.a. SANABEL RELIEF AGENCY LIMITED; a.k.a. "SARA"), 63 South Road, Sparkbrook, Birmingham B11 1EX, United Kingdom; 1011 Stockport Road, Levenshulme, Manchester M9 2TB, United Kingdom; P.O. Box 50, Manchester M19 2SP, United Kingdom; 98 Gresham Road, Middlesbrough, United Kingdom; 54 Anson

Road, London NW2 6AD, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 3713110 (United Kingdom); Registered Charity No. 1083469 (United Kingdom); http://www.sanabel.org.uk (website); info@sanabel.org.uk (email). [SDGT].

"SREC LLC" (a.k.a. LIMITED LIABILITY COMPANY SBERBANK REAL ESTATE CENTER; a.k.a. TSENTR NEDVIZHIMOSTI OT SBERBANKA), 32/1 Kutuzovsky Ave, Moscow 121170, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7736249247 (Russia); Registration Number 1157746652150 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

"SRGSRGSRG111" (a.k.a. ZELENYUK, Sergei Sergeevich; a.k.a. ZELENYUK, Sergey Sergeevich; a.k.a. ZELENYUK, Sergey Sergeyevich (Cyrillic: ЗЕЛЕНЮК, Сергей Сергеевич); a.k.a. "MORTENOIR"), Rimsky-Korsakov Prospect, Building 109-111, Litera/Block A, Apartment 20, Saint Petersburg 190068, Russia; DOB 17 Mar 1994; POB Saint Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; PAIPA Section 2 Information: BLOCKING OF PROPERTY (individual). Sec.2(b)(2)(a)- All property and interests in property of this individual are blocked, and all transactions with this individual are prohibited, except for the importation of goods.; Tax ID No. 780223642330 (Russia) (individual) [CAATSA - RUSSIA] [CYBER4] [PAIPA].

"SRZ PAO" (a.k.a. AKTSIONERNOE OBSHCHESTVO SARATOVSKI RADIOPRIBORNYI ZAVOD; a.k.a. JSC SARATOVSKI RADIOPRIBORNYI ZAVOD; a.k.a. "AO SRZ"), PR-KT 50 Let Oktyabrya D. 108, Saratov 410040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1970; Tax ID No. 6453104288 (Russia); Registration Number 1096453002690 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

"SSRC" (a.k.a. CENTRE D'ETUDES ET RECHERCHES; a.k.a. SCIENTIFIC STUDIES AND RESEARCH CENTER), P.O. Box 4470, Damascus, Syria [NPWMD].

"STAFF" (a.k.a. PUTILIN, Dmitry Sergeyevich (Cyrillic: ПУТИЛИН, Дмитрий Сергеевич);

a.k.a. "GRAD"), Chelyabinsk 454119, Russia; DOB 24 Apr 1993; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"STARDUST CHOLLIMA" (a.k.a. BLUENOROFF; a.k.a. "APT 38"; a.k.a. "APT38"), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"STATUS-IT" (a.k.a. LIMITED LIABILITY COMPANY STATUS COMPLAINS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТАТУС КОМПЛАЙНС); a.k.a. LLC STATUS COMPLAINS; a.k.a. STATUS COMPLIANCE; a.k.a. STATUS KOMPLAINS; a.k.a. STATUS KOMPLAINS OOO), Ul. Bolshaya Semenovskaya D. 45, Moscow, Russia 107023, Russia; Website status-it.com/index/php/ru; alt. Website status-it.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Type: Other information technology and computer service activities; Tax ID No. 7719404118 (Russia); Registration Number 1157746136052 (Russia) [RUSSIA-EO14024].

"STEERER" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STIRER), Ul Samokatnaya D 4 A, Str 5, Moscow 111033, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722647713 (Russia); Registration Number 1087746607772 (Russia) [RUSSIA-EO14024].

"STEN" (a.k.a. RYZHENKOV, Sergey Viktorovich; a.k.a. "MALOY, Serega"; a.k.a. "POCH"), Moscow, Russia; DOB 15 Feb 1989; POB Uzbekistan; nationality Russia; Gender Male; Passport 712199247 (Russia); National ID No. 3609048460 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP).

"STEVIC, Rade" (a.k.a. STEVIC, Radule), Kral Petar Street, Zvecan, Kosovo; DOB 02 Jun 1970; POB Leposavic, Kosovo; nationality Serbia; Gender Male; Identification Number 1501796081 (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

"STG GROUP" (a.k.a. STROYTRANSGAZ; a.k.a. STROYTRANSGAZ GROUP), 3 Begovaya Street, Building #1, Moscow 125284, Russia; Website www.stroytransgaz.ru; Secondary

sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

"STG LOGISTIC" (a.k.a. LIMITED LIABILITY COMPANY STG LOGISTIC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТГ ЛОГИСТИК); a.k.a. OOO STG LOGISTIK; a.k.a. STG STROYTRANSGAZ LOGISTIC), 12 Universitetsky Ave, Moscow 119330, Russia; Damascus, Syria; Organization Established Date 04 Sep 2009; Tax ID No. 5027148148 (Russia); Registration Number 1095027004236 (Russia) [PAARSSR-EO13894].

"STGH" (a.k.a. STG HOLDING LIMITED; a.k.a. STG HOLDINGS LIMITED; a.k.a. STROYTRANSGAZ HOLDING; a.k.a. STROYTRANSGAZ HOLDING LIMITED), 33 Stasinou Street, Office 2 2003, Nicosia Strovolos, Cyprus; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

"STIF JSC" (Cyrillic: "АО СТИФ") (a.k.a. JOINT STOCK COMPANY SAMARA THERMAL POWER FOUNDATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САМАРСКИЙ ТЕПЛОЭНЕРГЕТИЧЕСКИЙ ИМУЩЕСТВЕННЫЙ ФОНД); a.k.a. SAMARA HEAT AND ENERGY PROPERTY FUND; a.k.a. SAMARA HEAT AND POWER PROPERTY FUND; a.k.a. SAMARA THERMAL POWER FDN JSC; a.k.a. SAMARSKIY TEPLOENERGETICHESKIY IMUSHCHESTVENNIY FOND; a.k.a. "STIF, AO"), Corp 6 A, Unit 2H, 1st Floor, Unit 95, prospekt Bolshoy Sampsoniyevskiy 60, St Petersburg 194044, Russia; Stepana Razina Street, 89, 2, 2, Samara, Samara Region 443099, Russia; d. 60 korp. 6 litera A pom. 2N, 1 etazh chast pom. 95, prospekt Bolshoi Sampsonievski, St. Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6317063064 (Russia); Identification Number IMO 6188586; Business Registration Number 1066317027787 (Russia) [RUSSIA-EO14024] [PEESA-EO14039].

"STIF, AO" (a.k.a. JOINT STOCK COMPANY SAMARA THERMAL POWER FOUNDATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САМАРСКИЙ ТЕПЛОЭНЕРГЕТИЧЕСКИЙ ИМУЩЕСТВЕННЫЙ ФОНД); a.k.a. SAMARA HEAT AND ENERGY PROPERTY FUND;

a.k.a. SAMARA HEAT AND POWER PROPERTY FUND; a.k.a. SAMARA THERMAL POWER FDN JSC; a.k.a. SAMARSKIY TEPLOENERGETICHESKIY IMUSHCHESTVENNIY FOND; a.k.a. "STIF JSC" (Cyrillic: "АО СТИФ")), Corp 6 A, Unit 2H, 1st Floor, Unit 95, prospekt Bolshoy Sampsoniyevskiy 60, St Petersburg 194044, Russia; Stepana Razina Street, 89, 2, 2, Samara, Samara Region 443099, Russia; d. 60 korp. 6 litera A pom. 2N, 1 etazh chast pom. 95, prospekt Bolshoi Sampsonievski, St. Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 6317063064 (Russia); Identification Number IMO 6188586; Business Registration Number 1066317027787 (Russia) [RUSSIA-EO14024] [PEESA-EO14039].

"STK OOO" (a.k.a. LIMITED LIABILITY COMPANY STK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТК)), Room 416, Floor 24, Section I, Building 10, Testovskaya Street, Moscow 123112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7703425458 (Russia); Registration Number 1177746349153 (Russia) [RUSSIA-EO14024] (Linked To: KHRISTENKO, Viktor Borisovich).

"STPC" (a.k.a. SHAHID TANDGOOYAN PETROCHEMICAL CO.; a.k.a. SHAHID TONDGOOYAN PETROCHEMICAL CO.; a.k.a. SHAHID TONDGOYAN PETROCHEMICAL COMPANY; a.k.a. SHAHID TONDGUYAN PETROCHEMICAL COMPANY), Petrochemical Special Economic Zone (PETZONE), Iran; Valiasr Street, Above Vanak Square, Shahid Daman Afshar, Plain No. 50, Tehran 1969753111, Iran; Khuzestan Imam Khomeini Port Special Economic Zone, 4th Shahid Tondgoyan Petrochemical Company, 6356174196, Iran; P.O. Box 333, Iran; Website www.stpc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

"STRATEGIC FORCE" (a.k.a. STRATEGIC ROCKET FORCE; a.k.a. STRATEGIC ROCKET FORCE OF THE KOREAN PEOPLE'S ARMY; a.k.a. THE STRATEGIC ROCKET FORCE COMMAND OF KPA; a.k.a. "STRATEGIC FORCES"), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

"STRATEGIC FORCES" (a.k.a. STRATEGIC ROCKET FORCE; a.k.a. STRATEGIC ROCKET FORCE OF THE KOREAN PEOPLE'S ARMY; a.k.a. THE STRATEGIC ROCKET FORCE COMMAND OF KPA; a.k.a. "STRATEGIC FORCE"), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

"Strix" (a.k.a. SEDLETSKI, Valery; a.k.a. SEDLETSKI, Valery Veniaminovich), Rostov, Russia; DOB 29 Jul 1974; nationality Russia; Gender Male (individual) [CYBER2].

"STS COMPANY" (a.k.a. CLOSED JOINT STOCK COMPANY SPECIAL TRANSPORTATION SERVICES), Ul. Gilyarovskogo D. 40, Moscow 129110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706129200 (Russia); Registration Number 1027739002873 (Russia) [RUSSIA-EO14024].

"SU HSING" (a.k.a. HSING, Su; a.k.a. MYINT, Li; a.k.a. "U LI MYINT"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; 525 Merchant Street, Rangoon, Burma; Tangyan, Burma; National ID No. 13/Ta Ta Na (Naing)019077 (Burma) (individual) [SDNTK].

"SU, Madame" (a.k.a. SU, Gui Qin; a.k.a. SU, Guiqin; a.k.a. SU, Zhao; a.k.a. WEI, Su), Flat G, 19 FL Maple Mansion, Taikoo Shing, Quarry Bay, Hong Kong; DOB 03 Dec 1959; POB Liaoning Province, China; nationality China; Gender Female; Passport G55408772 (China); alt. Passport G42695702 (China); alt. Passport E03807847 (China); National ID No. R9733840 (China) (individual) [TCO] (Linked To: ZHAO WEI TCO).

"SUCCESSFUL EXCHANGE" (a.k.a. SUEX OTC, S.R.O.), Presnenskaya Embankment, 12, Federation East Tower, Floor 31, Suite Q, Moscow 123317, Russia; Skorepka 1058/8 Stare Mesto, Prague 110 00, Czech Republic (Latin: Skořepka 1058/8 Staré Město, Praha 110 00, Czech Republic); Website suex.io; Digital Currency Address - XBT 12HQDsicffSBaYdJ6BhnE22sfjTESmmzKx; alt. Digital Currency Address - XBT 1L4ncif9hh9TnUveqWq77HfWWt6CJWtrnb; alt. Digital Currency Address - XBT 13mnk8SvDGqsQTHbiGiHBXqtaQCUKfcsnP; alt. Digital Currency Address - XBT 1Edue8XZCWNoDBNZgnQkCCivDyr9GEo4x6; alt. Digital Currency Address - XBT 1ECeZBxCVJ8Wm2JSN3Cyc6rge2gnvD3W5K; alt. Digital Currency Address - XBT 1J9oGoAiHeRfeMZeUnJ9W7RpV55CdKtgYE; alt. Digital Currency Address - XBT 1295rkVyNfFpqZpXvKGhDqwhP1jZcNNDMV; alt. Digital Currency Address - XBT 1LiNmTUPSJEd92ZgVJjAV3RT9BzUjvUCkx; alt. Digital Currency Address - XBT 1LrxsRd7zNuxPJcL5rttnoeJFy1y4AffYY; alt. Digital Currency Address - XBT 1KUUJPkyDhamZXgpsyXqNGc3x1QPXtdhgz; alt. Digital Currency Address - XBT 1CF46Rfbp97absrs7zb7dFfZS6qBXUm9EP; alt. Digital Currency Address - XBT 1Df883c96LVauVsx9FEgnsourD8DELwCUQ; alt. Digital Currency Address - XBT bc1qdt3gml5z5n50y5hm04u2yjdphefkm0fl2zdj68; alt. Digital Currency Address - XBT 1B64QRxfaa35MVkf7sDjuGUYAP5izQt7Qi; Digital Currency Address - ETH 0x2f389ce8bd8ff92de3402ffce4691d17fc4f6535; alt. Digital Currency Address - ETH 0x19aa5fe80d33a56d56c78e82ea5e50e5d80b4dff; alt. Digital Currency Address - ETH 0xe7aa314c77f4233c18c6cc84384a9247c0cf367b; alt. Digital Currency Address - ETH 0x308ed4b7b49797e1a98d3818bff6fe5385410370; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 25 Sep 2018; Digital Currency Address - USDT 0x2f389ce8bd8ff92de3402ffce4691d17fc4f6535; alt. Digital Currency Address - USDT 0x19aa5fe80d33a56d56c78e82ea5e50e5d80b4dff; alt. Digital Currency Address - USDT 1KUUJPkyDhamZXgpsyXqNGc3x1QPXtdhgz; alt. Digital Currency Address - USDT 1CF46Rfbp97absrs7zb7dFfZS6qBXUm9EP; alt. Digital Currency Address - USDT 1LrxsRd7zNuxPJcL5rttnoeJFy1y4AffYY; alt. Digital Currency Address - USDT 1Df883c96LVauVsx9FEgnsourD8DELwCUQ;

alt. Digital Currency Address - USDT 16iWn2J1McqjToYLHSsAyS6En3QA8YQ91H; Company Number 07486049 (Czech Republic); Legal Entity Number 5299007NTWCC3U23WM81 (Czech Republic) [CYBER2].

"SUDANESE ISLAMIC MOVEMENT" (a.k.a. SUDANESE MUSLIM BROTHERHOOD (Arabic: الحركة الاسلامية السودانية); a.k.a. "MUSLIM BROTHERHOOD IN SUDAN"), Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jan 1954; Organization Type: Advocacy organization [FTO] [SDGT].

"SUDANI, Abdala" (a.k.a. ATTO, Abdullah; a.k.a. BUR, Abdullah; a.k.a. ISSA, Issa Osman; a.k.a. "AFADEY"; a.k.a. "MUSSE"); DOB 1973; POB Malindi, Kenya; nationality Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SUDOEXPORT" (a.k.a. JOINT STOCK COMPANY SUDOEXPORT; a.k.a. JOINT-STOCK COMPANY FOREIGN ECONOMIC ENTERPRISE SUDOEXPORT; a.k.a. JSC VNESHNEEKONOMICHESKOYE ENTERPRISE SUDOEXPORT (Cyrillic: АО ВНЕШНЕЭКОНОМИЧЕСКОЕ ПРЕДПРИЯТИЕ СУДОЭКСПОРТ)), 11 Tikhvinsky Pereulok Bld.2, Moscow 127055, Russia; 11 Sadovaya-Kudrinskaya St., Moscow 123231, Russia; Website www.sudoexport.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Apr 2013; Tax ID No. 7703788275 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

"SUE RC 'KMP'" (a.k.a. CRIMEAN PORTS; a.k.a. STATE UNITARY ENTERPRISE OF THE REPUBLIC OF CRIMEA 'CRIMEAN PORTS'; a.k.a. SUE RK 'CRIMEAN PORTS'), 28 Kirov Street, Kerch, Republic of Crimea 98312, Ukraine; Email Address crimeaport@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102012620; V.A.T. Number 9111000450 [UKRAINE-EO13685].

"SULAIMAN, Salih Dar" (a.k.a. AL-ARORI, Salih; a.k.a. AL-AROURI, Salah; a.k.a. AL-AROURI, Saleh; a.k.a. AL-AROURI, Saleh Muhammad Suleiman; a.k.a. AL-ARURI, Salah; a.k.a. AL-ARURI, Saleh; a.k.a. AL-ARURI, Salih; a.k.a. AL-ARURI, Salih Muhammad Sulayman; a.k.a. SULAYMAN, Salih Muhammad; a.k.a. "MUHAMMAD, Abu"; a.k.a. "SULEIMAN, Salih"); DOB 19 Aug 1966; POB Ramallah, West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2525897 (Palestinian); alt. Passport 3580327 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

"SULAYMAN, Abu" (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

"SULEIMAN, Salih" (a.k.a. AL-ARORI, Salih; a.k.a. AL-AROURI, Salah; a.k.a. AL-AROURI, Saleh; a.k.a. AL-AROURI, Saleh Muhammad Suleiman; a.k.a. AL-ARURI, Salah; a.k.a. AL-ARURI, Saleh; a.k.a. AL-ARURI, Salih; a.k.a. AL-ARURI, Salih Muhammad Sulayman; a.k.a. SULAYMAN, Salih Muhammad; a.k.a. "MUHAMMAD, Abu"; a.k.a. "SULAIMAN, Salih Dar"); DOB 19 Aug 1966; POB Ramallah, West Bank; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2525897 (Palestinian); alt. Passport 3580327 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

"SULLAG" (a.k.a. ALSOLADZH MINING COMPANY; a.k.a. ALSOLAG MINING COMPANY; a.k.a. MEROE GOLD CO. LTD.; a.k.a. SULLAJ MINING COMPANY; a.k.a. "AL SULLAJ"; a.k.a. "ALSOLAGE"; a.k.a. "SOLANGE"), Al-jref Gharb Plot 134, Blok 1h, Khartoum, Sudan; Al-'Abdiya, River Nile State, Sudan; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Mining of other non-ferrous metal ores [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: M INVEST, OOO).

"SUMAYYAH, Abu" (a.k.a. AL-'AJUZ, Sami Jasim; a.k.a. AL-'AJUZ, Sami Jasim Muhammad; a.k.a. AL-JABURI, Sami Jasim Muhammad; a.k.a. A'RAJ, Sami; a.k.a. MUHAMMAD, Sami Jasim; a.k.a. "ASIA, Abu"; a.k.a. "ASIYA, Abu"; a.k.a. "HAMAD, Hajji"; a.k.a. "HAMID, Hajji"; a.k.a. "HAMID, Ustadh"; a.k.a. "SAMIYAH, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; alt. DOB 01 Jan 1970 to 31 Dec 1970; POB Al-Sharqat, Salah ad-Din Province, Iraq; alt. POB Mosul, Iraq; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"SUNCE, Antonio Rodriguez" (a.k.a. VELASQUEZ SALDARRIAGA, Hernan Dario; a.k.a. VELASQUEZ, Hernan Dario; a.k.a. "BUITRAGO, Hermides"; a.k.a. "EL PAISA"; a.k.a. "GARCIA, Carlos Alberto"; a.k.a. "MONTERO, Oscar"; a.k.a. "OSCAR"; a.k.a. "PAISA"), Apure, Venezuela; Colombia; DOB 10 Jan 1963; POB Remedios, Antioquia, Colombia; nationality Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 71391335 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

"SUNDUS" (a.k.a. ABD EL-RAHMAN, Suhayl Salim; a.k.a. ABDURAHAMAN, Suhayl; a.k.a. AL-SUDANI, Abu Faris; a.k.a. FARIS, Abu; a.k.a. MUHAMMAD, Sahib; a.k.a. MUHAMMAD, Suhayl Salim; a.k.a. SALIM, Suhayl; a.k.a. UL-ABIDEEN, Zain; a.k.a. ZAYN, Haytham; a.k.a. "SABA"; a.k.a. "SANA"); DOB 17 Jun 1984; alt. DOB 1990; POB Rabak, Sudan; Passport C0004350; Personal ID Card A00710804 (individual) [SOMALIA].

"SUNIGA RODRIGUEZ DRUG TRAFFICKING ORGANIZATION" (Latin: "SUÑIGA RODRIGUEZ DRUG TRAFFICKING ORGANIZATION") (a.k.a. LOS POCHOS DRUG TRAFFICKING ORGANIZATION; a.k.a. "LOS POCHOS DTO"; a.k.a. "MORALES CIFUENTES DRUG TRAFFICKING ORGANIZATION"; a.k.a. "MORALES CIFUENTES DTO"), Ayutla, San Marcos, Guatemala; Tecun Uman, Guatemala; Guatemala City, Guatemala; Tapachula, Mexico; Mexico City, Mexico; Target Type

Criminal Organization [SDNTK] [ILLICIT-DRUGS-EO14059].

"SUNNY INTERNATIONAL CO LTD" (a.k.a. HEBEI SENNING AUTOMATED EQUIPMENT CO LTD (Chinese Simplified: 河北森宁自动化设备有限公司); a.k.a. HEBEI SENNING INTERNATIONAL TRADING CO LTD (Chinese Simplified: 河北森宁国际贸易有限公司)), No. 10-401, Blessgo Industry Park, Ying Bin Road, Yanjiao Development Zone, Sanhe, Langfang, Hebei, China (Chinese Simplified: 燕郊开发区迎宾北路西侧，孤山西路北侧百世金谷燕郊国际产业基地内10-401, 三河市，廊坊市，河北省, China); Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 May 2019; Unified Social Credit Code (USCC) 91131082MA0DJYYW35 (China) [NPWMD] [IFSR] (Linked To: RAYAN FAN KAV ANDISH CO).

"SUPER MISHA" (a.k.a. TSAREV, Mikhail Mikhailovich; a.k.a. "GRACHEV, Alexander"; a.k.a. "IVANOV MIXAIL"; a.k.a. "MANGO"; a.k.a. "MISHA KRUTYSHA"; a.k.a. "TSAREV, Nikita Andreevich"), Serpukhov, Russia; DOB 20 Apr 1989; nationality Russia; Email Address tsarev89@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT" (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "THE VICTORY FRONT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"SUPPORTERS OF GOD" (a.k.a. ANSAR ALLAH; a.k.a. ANSARALLAH; a.k.a. ANSARULLAH; a.k.a. "HOUTHI GROUP"; a.k.a. "PARTISANS OF GOD"), Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Digital Currency Address - USDT TC4VsFHJdZ66BdwobZxkudVZBVmQZgCP65; alt. Digital Currency Address - USDT TQ5mpZPbQMSq2s1vSM3RJgiB1AsTsiTpFZ; alt. Digital Currency Address - USDT TXEaKf4rT3rMoD3Vuqnuhwr6vLq6BL5t33; alt. Digital Currency Address - USDT TGUPpmW2bAnMCLe5ih2CFisfCHk4gTFDsx; alt. Digital Currency Address - USDT TDwN1Eq62bqvVhfGAjdRRJjE46jsi5KNMV; alt. Digital Currency Address - USDT TM6Kix9wH8cYQ4rLpFifsQ4ddH3rPX3f8p; alt. Digital Currency Address - USDT TDprk9jeYPVm6khkBp1u7fwuyJcEJFrPWD; alt. Digital Currency Address - USDT TVn4q7L4fKEPbygi7UHq1CKfZxtbeuMV5q [FTO] [SDGT].

"SUPPORTERS OF ISLAM IN KURDISTAN" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"SUPPORTERS OF ISLAMIC LAW" (a.k.a. AL-RAYA ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A BRIGADE; a.k.a. ANSAR AL-SHARI'A IN BENGHAZI; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. ANSAR AL-SHARIAH; a.k.a. ANSAR AL-SHARIAH BRIGADE; a.k.a. ANSAR AL-SHARIAH-BENGHAZI; a.k.a. KATIBAT ANSAR AL-SHARIA IN BENGHAZI; a.k.a. SOLDIERS OF THE SHARIA), Benghazi, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"SUPPORTERS OF ISLAMIC LAW" (a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIA BRIGADE IN DARNAH; a.k.a. ANSAR AL-SHARI'A IN DARNAH; a.k.a. ANSAR AL-SHARIA IN DERNA; a.k.a. ANSAR AL-SHARIA IN LIBYA), Darnah, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"SUPPORTERS OF ISLAMIC LAW" (a.k.a. AL-QAYRAWAN MEDIA FOUNDATION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A IN TUNISIA; a.k.a. ANSAR AL-SHARIA IN TUNISIA; a.k.a. ANSAR AL-SHARI'AH; a.k.a. ANSAR AL-SHARI'AH IN TUNISIA), Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"SUPPORTERS OF JERUSALEM" (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"SUPPORTERS OF THE HOLY PLACE" (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF

JERUSALEM"; a.k.a. "THE STATE OF SINAI"), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"SUPPORTERS OF THE WORD OF ALLAH" (a.k.a. AHL AL-SUNNA WA AL-JAMAA; a.k.a. AL-SHABAAB IN MOZAMBIQUE; a.k.a. ANSAAR KALIMAT ALLAH; a.k.a. ANSAR AL-SUNNA; a.k.a. ISLAMIC STATE - MOZAMBIQUE; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. "ADHERENTS TO THE TRADITIONS AND THE COMMUNITY"; a.k.a. "HELPERS OF TRADITION"; a.k.a. "ISIS-MOZAMBIQUE"), Cabo Delgado Province, Mozambique; Tanzania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"SUPREME LUBRICANTS" (a.k.a. SUPRIM LUBRIKANTS), Ul. Smolnaya D. 24A, Et./Pomeshch. 14/I, Kom./Office. 22/1416, Moscow 125445, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7728381322 (Russia); Registration Number 5177746027949 (Russia) [RUSSIA-EO14024].

"SUREH" (a.k.a. THE NUCLEAR REACTORS FUEL COMPANY; a.k.a. "SOOREH"), End of North Kargar Street, Shahid Abtahi Street, (20th), #61, Tehran, Iran; Esfahan Complex Khalije Fars Blvd., 20 km southeast of Esfahan, P.O. Box: 81465-1957, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"SURENOS" (a.k.a. BARRIO 18; a.k.a. "CALLE 18"; a.k.a. "THE REVOLUTIONARIES"), El Salvador; Guatemala; Honduras; United States; Italy; Canada; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"SV POLYMER" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU SV POLIMER), d. 23 litera A pom. 41-N, Zona 2, Rabochee Mesto, ul. Novgorodskaya, Saint Petersburg 191124, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7842163859 (Russia); Registration Number 1187847282864 (Russia) [RUSSIA-EO14024].

"SVR" (a.k.a. FOREIGN INTELLIGENCE SERVICE OF THE RUSSIAN FEDERATION; a.k.a. SLUZHBA VNESHNEI RAZVEDKI ROSSISKOI FEDERATSII; a.k.a. SLUZHBA VNESHNEY RAZVEDKI; a.k.a. SVR ROSSII FKU), Building 1, 51 Ostozhenka st., Moscow 119034, Russia; Yasenevo 11 Kolpachny, Moscow 010100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 09 Oct 2003; Target Type Government Entity; Tax ID No. 7728302546 (Russia); Government Gazette Number 00035837 (Russia); Registration Number 1037728048973 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"SVRTS PAO" (a.k.a. AKTSIONERNOYE OBSHCHESTVO SEVERO-VOSTOCHNYY REMONTNYY TSENTR (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СЕВЕРО-ВОСТОЧНЫЙ РЕМОНТНЫЙ ЦЕНТР); a.k.a. NORTH-EASTERN SHIP REPAIR CENTER JOINT STOCK COMPANY), 1 Ulitsa Vladivostokskaya, Vilyuchinsk 684090, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 27 Feb 2008; Tax ID No. 4102009338 (Russia); Registration Number 1084141000492 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

"SVSZ" (a.k.a. LIMITED LIABILITY COMPANY SREDNEVOLZHSKY STANKOZAVOD), Ul. Naberezhnaya Reki Samary 1, Samara 443036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6311144662 (Russia); Registration Number 1136311005258 (Russia) [RUSSIA-EO14024].

"SWD ES LTD" (a.k.a. SWD EMBEDDED SYSTEMS; a.k.a. "LLC SVD VS"), Kuznetsovskaya st., 19, Saint Petersburg 196128, Russia; PR-KT Moskovskii D. 212, Lit. A, Et/Vkh/P/Of, 2/84N/22/2077, Saint Petersburg 196066, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810267943 (Russia); Registration Number 1027804848741 (Russia) [RUSSIA-EO14024].

"SYAH, Heris" (a.k.a. ABDUL RAHMAN, Muhammad Jibriel; a.k.a. ABDUL RAHMAN, Muhammad Jibril; a.k.a. ABDURRAHMAN, Mohammad Jibriel; a.k.a. ABDURRAHMAN, Mohammad Jibril; a.k.a. ARDHAN BIN ABU JIBRIL, Muhammad Ricky; a.k.a. ARDHAN BIN MUHAMMAD IQBAL, Muhammad Ricky; a.k.a. ARDHAN, Muhamad Ricky; a.k.a. "YUNUS, Muhammad"), Jl. M Saidi RT 010 RW 001 Pesanggrahan, South Petukangan, South Jakarta, Indonesia; Jl. Nakula of Witana Harja Complex, Block C, Pamulang, Tangerang, Banten, Indonesia; DOB 28 May 1984; alt. DOB 03 Dec 1979; alt. DOB 08 Aug 1980; alt. DOB 03 Mar 1979; POB East Lombok, West Nusa Tenggara, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport S335026 (Indonesia); National ID No. 3219222002.2181558; Identification Number 2181558 (individual) [SDGT].

"SYFLEX" (a.k.a. SAYEH BAN SEPEHR DELIJAN CO.; a.k.a. SAYEH BAN SEPEHR DELIJAN WATERPROOFING; a.k.a. SAYEH BAN SEPEHR INDUSTRIAL GROUP; a.k.a. SAYEHBAN SEPEHR CO.; a.k.a. SAYEHBAN SEPEHR DELIJAN; a.k.a. SAYEHBAN SEPEHRE DELIJAN COMPANY; a.k.a. "BAMBAN SEPEHR"; a.k.a. "BAMBAN SHARG"), Ravanji Industrial Zone, 15km of Tehran Road, Delijan, Iran; No. 9 Shenasa Street, Vali Asr Street, Tehran, Iran; Website www.sayehbansepehr.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2008; National ID No. 10861613180 (Iran); Business Registration Number 1051 (Iran) [NPWMD] [IFSR] (Linked To: HOSSEINI, Mohammad Ali).

"SYMMETRON" (a.k.a. SIMMETRON EK; a.k.a. SIMMETRON ELEKTRONNYE KOMPONENTY), ul. Tallinskaya d. 7, Saint Petersburg 195196, Russia; Leningradskoye shosse, 69, build. 1, Moscow 125445, Russia; Bluchera ul. 71b, Novosibirsk 630073, Russia; Very Khoruzhey ul., 1a, office 403, Minsk 220005, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806296652 (Russia); Registration Number 1187847001341 (Russia) [RUSSIA-EO14024].

"SZK OOO" (a.k.a. LIMITED LIABILITY COMPANY STERLITAMAK CATALYST PLANT; a.k.a. STERLITAMAKSKII ZAVOD KATALIZATOROV), Ul. Tekhnicheskaya 32, Sterlitamak 453110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Feb 2004; Tax ID No. 0268033994 (Russia);

Registration Number 1040203421378 (Russia) [RUSSIA-EO14024].

"T MOTOR" (a.k.a. JIANGXI XINTUO ENTERPRISE CO LTD (Chinese Simplified: 江西新拓实业有限公司); a.k.a. JIANGXI XINTUO INDUSTRIAL CO LTD), Room 2103, No. 39 Commercial Building, Xindu Town, Ziyang Avenue, High-tech Industrial Development Zone, Nanchang, Jiangxi, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Unified Social Credit Code (USCC) 91360106343241017B (China) [RUSSIA-EO14024].

"TA FA" (a.k.a. CHA, Ta Fa; a.k.a. CHATURONG, Taiyai; a.k.a. CHATURONG, Thaiyai; a.k.a. LU, Chin Shun; a.k.a. "CHA TA FA"; a.k.a. "LU TA FA"), Burma; 29, Wawi Sub-district, Mae Suai District, Chiang Rai, Thailand; DOB 05 Mar 1958; National ID No. 3501000250521 (Thailand) (individual) [SDNTK].

"TA KAT" (a.k.a. PAO, Hua Chiang; a.k.a. "PAO HUA CHIANG"), Panghsang, Shan, Burma (individual) [SDNTK].

"TA KUEI" (a.k.a. KRIANGKRAI, Tuangwitthayakun; a.k.a. SAO KUAY, Sae Tung; a.k.a. TUAN, Ming Cheng; a.k.a. TUAN, Shao Kuei; a.k.a. "MI CHUNG"; a.k.a. "MING CHUNG"; a.k.a. "TUAN SHAO KUEI"), Mong Kyawt, Shan, Burma; DOB 05 Nov 1950; National ID No. 5500900040846 (Thailand) (individual) [SDNTK].

"TA KYET" (a.k.a. PAO, Yu Liang; a.k.a. "PAO YU LIANG"), Mong Mao, Shan, Burma (individual) [SDNTK].

"TA PANG" (a.k.a. PAO, Yu Hsiang; a.k.a. "PAO YU HSIANG"), Kwe Ma, Burma; DOB 19 Sep 1940 (individual) [SDNTK].

"TA RANG" (a.k.a. PAO, Yu Yi; a.k.a. "PAO YU YI"), Panghsang, Shan, Burma (individual) [SDNTK].

"TABANKORT, Hamza" (a.k.a. KHOUIER, Hamama Ould; a.k.a. KOIYA, Hamza Ould; a.k.a. "MEHRI, Hamama"), Mali; DOB 1982; alt. DOB 1981; alt. DOB 1988; POB Tabankort, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN; Linked To: AL-MULATHAMUN BATTALION).

"TABANKORT, Zakaria" (a.k.a. HAMADA, Alhoussein Ould; a.k.a. HAMMADA, Hussein Ould), Mali; DOB 1976; alt. DOB 1984; alt. DOB 1985; alt. DOB 1986; POB Tabankort, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN; Linked To: AL-MULATHAMUN BATTALION).

"TABISH, Abdul Rahman Salar" (a.k.a. QAYYUM, Muhammad Tabish Abdul; a.k.a. QAYYUUM, Tabish), Karachi, Pakistan; DOB 09 Apr 1983; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"TAHA, Abu" (a.k.a. GARAFAN, Abdelrab; a.k.a. JARFAN, Abdul Rab Saleh Ahmed Hussain; a.k.a. JARFAN, Abdul Rahab; a.k.a. JARFAN, Abdulrabb Saleh Ahmed), Ibb Governorate, Yemen; DOB 04 Feb 1979; Gender Male (individual) [GLOMAG].

"tahersaedi" (a.k.a. SAEDI, Nader; a.k.a. "turk_server"; a.k.a. "turkserver"); DOB 22 Feb 1990; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2].

"TAHINI, Ahmad" (a.k.a. TAHINI, Abdallah Asad; a.k.a. THAHINI, Abdallah; a.k.a. THINI, Abdalla As'ad); DOB 20 Jun 1965; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

"TAHSIN" (a.k.a. AKIEL, Ibrahim Mohamed; a.k.a. AKIL, Ibrahim Mohamed; a.k.a. 'AQIL, Abd al-Qadr; a.k.a. AQIL, Ibrahim; a.k.a. 'AQIL, Ibrahim; a.k.a. MEHDI, Ghosn Ali Abdel; a.k.a. "'ABD-AL-QADIR"), Syria; Lebanon; DOB 24 Dec 1962; alt. DOB 01 Jan 1962; alt. DOB 20 Mar 1961; alt. DOB 1958; POB Bidnayil, Lebanon; alt. POB Younine, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

"TAI PEN" (a.k.a. TAIPEN, S.A. DE C.V.), Av. Juan Palomar y Arias # 569, Col. Jardines Universidad, Zapopan, Jalisco 45110, Mexico; Folio Mercantil No. 33288-1 (Mexico) [SDNTK].

"TAIVANCHIK" (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"TAIWANCHIK" (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV,

A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"TAJK" (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "THE RESISTANCE FRONT"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"TAK" (a.k.a. KURDISTAN FREEDOM HAWKS; a.k.a. TEYREBAZEN AZADIYA KURDISTAN; a.k.a. THE FREEDOM HAWKS OF KURDISTAN); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"Taleon" (a.k.a. IVANOV, Sergey Sergeevich (Cyrillic: ИВАНОВ, Сергей Сергеевич); a.k.a. OMELNITSKII, Sergey Sergeevich (Cyrillic: ОМЕЛЬНИЦКИЙ, Сергей Сергеевич); a.k.a. "UAPS"), St. Petersburg, Russia; DOB 02 Jun 1980; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 4015431802 (Russia) (individual) [RUSSIA-EO14024].

"TALHA THE GERMAN, Abu" (a.k.a. AL-ALMANI, Abu Talha; a.k.a. CUSPERT, Denis; a.k.a. CUSPERT, Denis Mamadou; a.k.a. DOGG, Deso; a.k.a. "AL ALMANI, Abu Talhah"; a.k.a. "AL-MUJAHEED, Abu Maleeq"; a.k.a. "MALEEQ, Abou"; a.k.a. "MALIK, Abu"; a.k.a. "MALIQ, Abu"; a.k.a. "MAMADOU, Abu"), Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"TAMARIX" (a.k.a. LIMITED LIABILITY COMPANY TAMARIKS), d. 40 litera A, prospekt Kultury, St. Petersburg 194292, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7811527560 (Russia); Registration Number 1127847402880 (Russia) [RUSSIA-EO14024].

"TAMAS" (a.k.a. NUCLEAR FUEL AND RAW MATERIALS PRODUCTION COMPANY; a.k.a. RAW MATERIALS AND NUCLEAR FUEL PRODUCTION COMPANY; a.k.a. TAMAS COMPANY), Shahid Chamran Building, North Kargar Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"Tango Fort" (a.k.a. AMISI, Nkumba; a.k.a. KUMBA, Gabriel Amisi; a.k.a. "Tango Four"); DOB 28 May 1964; nationality Congo, Democratic Republic of the; Gender Male; Major General; Commander of the First Defense Zone; Former Armed Forces of the Democratic Republic of the Congo land forces commander (individual) [DRCONGO].

"Tango Four" (a.k.a. AMISI, Nkumba; a.k.a. KUMBA, Gabriel Amisi; a.k.a. "Tango Fort"); DOB 28 May 1964; nationality Congo, Democratic Republic of the; Gender Male; Major General; Commander of the First Defense Zone; Former Armed Forces of the Democratic Republic of the Congo land forces commander (individual) [DRCONGO].

"Tano" (a.k.a. GARCIA CORRALES, Martin; a.k.a. "Cachuchas"), Mexico; DOB 13 Apr 1980; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GACM800413HSLRRR06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"TAQI, Abu" (a.k.a. AL-HAMIDAWI, Riyad Yunis Jasim; a.k.a. "TUQA, Abu"); DOB 16 Jan 1974; POB Baghdad, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G1751672 expires 08 Feb 2016 (individual) [SDGT].

"TARHUNA 7TH BRIGADE" (a.k.a. KANIYAT MILITIA; f.k.a. "7TH BRIGADE"; a.k.a. "9TH BRIGADE"; a.k.a. "AL-KANI MILITIA"; a.k.a. "AL-KANIYAT"; a.k.a. "KANI BRIGADE"; a.k.a. "KANIAT"; a.k.a. "KANIYAT"; a.k.a. "KANYAT"; f.k.a. "TARHUNA BRIGADE"), Libya [GLOMAG].

"TARHUNA BRIGADE" (a.k.a. KANIYAT MILITIA; f.k.a. "7TH BRIGADE"; a.k.a. "9TH BRIGADE"; a.k.a. "AL-KANI MILITIA"; a.k.a. "AL-KANIYAT"; a.k.a. "KANI BRIGADE"; a.k.a. "KANIAT"; a.k.a. "KANIYAT"; a.k.a. "KANYAT"; f.k.a. "TARHUNA 7TH BRIGADE"), Libya [GLOMAG].

"TASHILAT" (a.k.a. AL TASHEELAT COMPANY LLC (Arabic: شركة التسهيلات ش.م.م.); a.k.a. TASHILAT SARL), Hadi Nasralla Street, Bourj Barajneh, Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Oct 2006; Registration Number 2008980 (Lebanon) [SDGT] (Linked To: JAMIL, Nehme Ahmad; Linked To: YAZBECK, Ahmad Mohamad; Linked To: AL-SHAMI, Husayn).

"TAS-TY ADDU" (a.k.a. SKY NOVA INVESTMENT), Vanilla ge, Hithadhoo, Addu City 19020, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Oct 2022; Business Number BN44802022 (Maldives); Registration Number SP-2913/2022 (Maldives) [SDGT] (Linked To: NAUSHAD SHAREEF, Mohamed).

"TATA JI" (a.k.a. SAEED HAFIZ, Muhammad; a.k.a. SAEED, Hafiz; a.k.a. SAEED, Hafiz

Mohammad; a.k.a. SAEED, Hafiz Muhammad; a.k.a. SAEED, Muhammad; a.k.a. SAYED, Hafiz Mohammad; a.k.a. SAYEED, Hafez Mohammad; a.k.a. SAYID, Hafiz Mohammad; a.k.a. SYEED, Hafiz Mohammad; a.k.a. "HAFIZ SAHIB"), House No. 116 E, Mohalla Johar, Town: Lahore, Tehsil:, Lahore City, Lahore District, Pakistan; DOB 05 Jun 1950; POB Sargodha, Punjab, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BE5978421 (Pakistan) issued 14 Nov 2007 expires 12 Nov 2012; alt. Passport Booklet A5250088 (Pakistan); National ID No. 3520025509842-7 (Pakistan); alt. National ID No. 23250460642 (Pakistan) (individual) [SDGT].

"TATA" (a.k.a. BERMUDEZ MEJIA, Luis Antonio; a.k.a. "TONO" (Latin: "TOÑO")), Colombia; DOB 11 Apr 1969; POB Barrancas, La Guajira, Colombia; citizen Colombia; Gender Male; Cedula No. 84006210 (Colombia); Passport AM019495 (Colombia) (individual) [SDNTK].

"TAUSENT, Anna" (a.k.a. TRAVNIKOVA, Anna (Cyrillic: ТРАВНИКОВА, Анна); a.k.a. "TOWSENT, Anna"), Kaluga, Russia; DOB 09 Jan 1990; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

"TAWEALY, Saed" (a.k.a. SHARIF, Niamat Hama Rahim Hama; a.k.a. "TAWELA, Sa'ad"), Iran; DOB 1972; alt. DOB 1974; POB Tawilh, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"TAWELA, Sa'ad" (a.k.a. SHARIF, Niamat Hama Rahim Hama; a.k.a. "TAWEALY, Saed"), Iran; DOB 1972; alt. DOB 1974; POB Tawilh, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"TAWU" (f.k.a. METAALKUNDE BV; a.k.a. TAWU BVBA; a.k.a. TAWU BVBA MECHANICAL ENGINEERING AND TRADING COMPANY; a.k.a. TAWU MECHANICAL ENGINEERING AND TRADING COMPANY), Bleidenhoek 34, 2230 Herselt, Belgium; Additional Sanctions Information - Subject to Secondary Sanctions; V.A.T. Number BE0686.896.689 (Belgium); Business Registration Number 686896689 (Belgium); alt. Business Registration Number BE0686896689 (Belgium) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

"TAYSIR" (a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU SITTA, Subhi; a.k.a. AL-MASRI, Abu Hafs; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. "ABU HAFS"); DOB 1951; alt. DOB 1956; alt. DOB 1944; POB Alexandria, Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"TAYVANCHIK" (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"TAYVANIK" (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"TAZUTDINOV, Ildar" (a.k.a. TAZUTDINOV, Ildar Rashitovich), Tatarstan, Russia; DOB 01 Oct 1977; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 757011338 (Russia) expires 21 Feb 2028; National ID No. 9201516121 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

"TBS LOGISTICS" (a.k.a. LIMITED LIABILITY COMPANY TBS LOGISTIKA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТБС ЛОГИСТИКА)), zd. 4 etazh 1 pom. 39, ul. Dalnyaya, Dudinka 647000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type State-Owned Enterprise; Tax ID No. 2469003947 (Russia); Registration Number 1182468063360 (Russia) [RUSSIA-EO14024].

"TC BANK" (a.k.a. BANK TORGOVOY KAPITAL; a.k.a. BANK TORGOVOY KAPITAL ZAO; a.k.a. BANK TORGOVY KAPITAL; a.k.a. TRADE CAPITAL BANK; a.k.a. "TK BANK"), 65A Timiriazeva, Minsk 220035, Belarus; SWIFT/BIC BBTKBY2X; Website www.tcbank.by; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number

807000163 (Belarus) [IRAN] [SDGT] [NPWMD] [IFSR] (Linked To: BANK TEJARAT).

"TCHAPORI, Petit" (a.k.a. DJIBO, Halid Illiassou; a.k.a. DJIBO, Ousmane Illiassou; a.k.a. KOUNOU, Ousmane Illasou; a.k.a. "CHAFFORI, Petit"; a.k.a. "CHAPORI, Aboubacar"; a.k.a. "CHAPORI, Petit"; a.k.a. "CHAPPORI, Petit"; a.k.a. "ILLIASSOU, Djibbo"), Menaka Region, Mali; I-n-Arabane, Mali; Tillaberi Region, Niger; DOB 1984; POB Niger; nationality Niger; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"TCO" (a.k.a. CENTER FOR INNOVATION AND TECHNOLOGY COOPERATION; f.k.a. OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. OFFICE OF SCIENTIFIC AND TECHNICAL COOPERATION; f.k.a. PRESIDENCY OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. TECHNOLOGY COOPERATION OFFICE; a.k.a. "CITC"; f.k.a. "OSIS"; f.k.a. "POSIS"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"T-COMPONENT" (a.k.a. LLC T-KOMPONENT SP), Pr-kt Leninskii d. 153, floor 2 pom. 60N office 215, Saint Petersburg 196247, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7810656900 (Russia); Registration Number 1177847066990 (Russia) [RUSSIA-EO14024].

"TEAM MOHAMED'S" (a.k.a. TEAM MOHAMED'S RACING TEAM), Guyana; Organization Established Date 2013; Organization Type: Activities of sports clubs [GLOMAG] (Linked To: MOHAMED, Azruddin Intiaz).

"TECHNO LAB" (a.k.a. TECHNOLAB), Trabolsi Bldg, 2nd Floor, Main Road, Deir El Zahrani, Nabatieh, Lebanon; Registration ID 6000845 Nabatieh (Lebanon) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER; Linked To: NATIONAL STANDARDS AND CALIBRATION LABORATORY; Linked To: HIGHER INSTITUTE OF APPLIED SCIENCE AND TECHNOLOGY).

"TECHNOLOGY COMPANY LIMITED" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TEKHNOLOGIYA; a.k.a. TEKHNOLOGIYA, OOO (Cyrillic: ООО ТЕХНОЛОГИЯ); a.k.a. "TECHNOLOGY LIMITED LIABILITY COMPANY" (Cyrillic: "ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНОЛОГИЯ");

a.k.a. "TECHNOLOGY LLC"), Building 2, Sadovniki Street, Nagatino-Sadovniki Municipal District, Moscow 115487, Russia; Part of Room 453, Letter A, Housing 2, Building 11, Staroderevenskaya Street, Saint Petersburg 197374, Russia; Letter A, Office 402, Building 5, Aleksandr Blok Street, Saint Petersburg 190121, Russia; Apartment 7, Building 21, Mashkova Street, Basmanniy Municipal District, Moscow 101000, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 14 Aug 2008; Tax ID No. 7839388531 (Russia); Government Gazette Number 87375823 (Russia); Business Registration Number 1089847320188 (Russia) issued 14 Aug 2008 [DPRK] (Linked To: BUDNEV, Aleksey).

"TECHNOLOGY LIMITED LIABILITY COMPANY" (Cyrillic: "ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНОЛОГИЯ") (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TEKHNOLOGIYA; a.k.a. TEKHNOLOGIYA, OOO (Cyrillic: ООО ТЕХНОЛОГИЯ); a.k.a. "TECHNOLOGY COMPANY LIMITED"; a.k.a. "TECHNOLOGY LLC"), Building 2, Sadovniki Street, Nagatino-Sadovniki Municipal District, Moscow 115487, Russia; Part of Room 453, Letter A, Housing 2, Building 11, Staroderevenskaya Street, Saint Petersburg 197374, Russia; Letter A, Office 402, Building 5, Aleksandr Blok Street, Saint Petersburg 190121, Russia; Apartment 7, Building 21, Mashkova Street, Basmanniy Municipal District, Moscow 101000, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 14 Aug 2008; Tax ID No. 7839388531 (Russia); Government Gazette Number 87375823 (Russia); Business Registration Number 1089847320188 (Russia) issued 14 Aug 2008 [DPRK] (Linked To: BUDNEV, Aleksey).

"TECHNOLOGY LLC" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TEKHNOLOGIYA; a.k.a. TEKHNOLOGIYA, OOO (Cyrillic: ООО ТЕХНОЛОГИЯ); a.k.a. "TECHNOLOGY COMPANY LIMITED"; a.k.a.

"TECHNOLOGY LIMITED LIABILITY COMPANY" (Cyrillic: "ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНОЛОГИЯ")), Building 2, Sadovniki Street, Nagatino-Sadovniki Municipal District, Moscow 115487, Russia; Part of Room 453, Letter A, Housing 2, Building 11, Staroderevenskaya Street, Saint Petersburg 197374, Russia; Letter A, Office 402, Building 5, Aleksandr Blok Street, Saint Petersburg 190121, Russia; Apartment 7, Building 21, Mashkova Street, Basmanniy Municipal District, Moscow 101000, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 14 Aug 2008; Tax ID No. 7839388531 (Russia); Government Gazette Number 87375823 (Russia); Business Registration Number 1089847320188 (Russia) issued 14 Aug 2008 [DPRK] (Linked To: BUDNEV, Aleksey).

"TECHNOLOGY OF OPEN SYSTEMS DEVELOPMENT" (a.k.a. LIMITED LIABILITY COMPANY TEKHNOLOGIYA RAZVITIYA OTKRYTYKH SISTEM), Ul. Bolshaya Pochtovaya D. 26 V, Str. 1, Kom. 401, Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7706818288 (Russia); Registration Number 51477464256 (Russia) [RUSSIA-EO14024].

"TECHNOLYTE" (a.k.a. UNITARNOE CHASTNOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE TEKHNOLIT; a.k.a. UNITARY PRIVATE SCIENCE PRODUCTION ENTERPRISE TEHNOLIT), 18 Alexey Pysin Street, Mogilev 212026, Belarus; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Government Gazette Number 28307680 (Belarus); Registration Number 700001147 (Belarus) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY 81 ARMORED FIGHTING VEHICLES REPAIR PLANT).

"TECHRISE LLC" (a.k.a. TECHNRAIZ; a.k.a. TEKHNRAIZ (Cyrillic: ТЕХНРАЙЗ)), ul. Volochaevskaya d. 4, pomeshch. 1065, Kazan 420073, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 1660316073 (Russia); Registration Number

1181690060540 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"TEM" (a.k.a. DESIGN AND MANUFACTURE OF AIRCRAFT ENGINES; a.k.a. DESIGN AND MANUFACTURING OF AERO-ENGINE COMPANY (Arabic: شرکت طراحی و ساخت موتورهاي هوایی); a.k.a. IRANIAN TURBINE MANUFACTURING INDUSTRIES; a.k.a. TURBINE ENGINE MANUFACTURING CO.; f.k.a. TURBINE ENGINE MANUFACTURING PLANT; a.k.a. "DAMA"; a.k.a. "SAMT"), Shishesh Mina Street, Karaj Special Road, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005160213 (Iran); Registration Number 22142 (Iran); alt. Registration Number 477457 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"TEMP.HERMIT" (a.k.a. LAZARUS GROUP; a.k.a. "APPLEWORM"; a.k.a. "APT-C-26"; a.k.a. "GROUP 77"; a.k.a. "GUARDIANS OF PEACE"; a.k.a. "HIDDEN COBRA"; a.k.a. "OFFICE 91"; a.k.a. "RED DOT"; a.k.a. "THE NEW ROMANTIC CYBER ARMY TEAM"; a.k.a. "WHOIS HACKING TEAM"; a.k.a. "ZINC"), Potonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0x098B716B8Aaf21512996dC57EB0615e2383E2f96; alt. Digital Currency Address - ETH 0xa0e1c89Ef1a489c9C7dE96311eD5Ce5D32c20E4B; alt. Digital Currency Address - ETH 0x3Cffd56B47B7b41c56258D9C7731ABaDc360E073; alt. Digital Currency Address - ETH 0x53b6936513e738f44FB50d2b9476730C0Ab3Bfc1; alt. Digital Currency Address - ETH 0x35fB6f6DB4fb05e6A4cE86f2C93691425626d4b1; alt. Digital Currency Address - ETH 0xF7B31119c2682c88d88D455dBb9d5932c65Cf1bE; alt. Digital Currency Address - ETH 0x3e37627dEAA754090fBFbb8bd226c1CE66D255e9; alt. Digital Currency Address - ETH 0x08723392Ed15743cc38513C4925f5e6be5c17243; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"TERRORGRAM" (a.k.a. THE TERRORGRAM COLLECTIVE); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2019; Organization Type: Transnational Terrorist Group [SDGT].

"TESA" (a.k.a. IRAN CENTRIFUGE TECHNOLOGY COMPANY), Yousef Abad District, No. 1, 37th Street, Tehran, Iran; Khalij-e Fars Boulevard, Kilometre 10 of Atomic Energy Road, Rowshan Shahr, Third Moshtaq Street, Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"TESFALEN" (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Taeme Abraham; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DA'AME"; a.k.a. "DHA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELE"; a.k.a. "MEKELLE"; a.k.a. "MEQELE"; a.k.a. "TSEGAI"); DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

"Tetya Motya" (a.k.a. DAVYDOVA, Natalya; a.k.a. STRESHINSKAYA, Natalia Alekseyevna; a.k.a. STRESHINSKAYA, Natalia Alexeevna; a.k.a. STRESHINSKAYA, Natalya), Posledniy Per. 14, Apt #6, Moscow 107045, Russia; 65 Route de Bievres, Verrieres-le-Buisson 91370, France; DOB 14 Nov 1982; POB Smolensk, Russia; nationality Russia; alt. nationality Cyprus; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 721644521 (Russia) issued 22 Oct 2012 expires 13 Mar 2022; alt. Passport K00481386 (Cyprus) issued 03 Oct 2019 expires 03 Oct 2029 (individual) [RUSSIA-EO14024] (Linked To: STRESHINSKIY, Vladimir Yakovlevich).

"TETZ" (a.k.a. JOINT STOCK COMPANY TOMSK ELECTROTECHNICAL PLANT), 51a Kirov Ave., Tomsk 634041, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7017298902 (Russia); Registration Number 1127017001605 (Russia) [RUSSIA-EO14024].

"TGG" (a.k.a. COMMANDER TARIQ AFRIDI GROUP; a.k.a. TARIQ AFRIDI GROUP; a.k.a. TARIQ GEEDAR GROUP; a.k.a. TARIQ GIDAR AFRIDI GROUP; a.k.a. TARIQ GIDAR GROUP; a.k.a. TEHREEK-I-TALIBAN PAKISTAN GEEDAR GROUP; a.k.a. TEHRIK-E-TALIBAN-TARIQ GIDAR GROUP; a.k.a. TTP GEEDAR GROUP; a.k.a. TTP-TARIQ GIDAR GROUP; a.k.a. "THE ASIAN TIGERS"), Darra Adam Khel, Pakistan; Aurakzai, Pakistan; Khyber,

Pakistan; Peshawar, Pakistan; Kohat, Pakistan; Hangu, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"THABET, Shaykh" (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"THABIT, Abu" (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"THABIT, Shaykh Abu" (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN,

Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"THALLIUM" (a.k.a. KIMSUKY; a.k.a. "APT43"; a.k.a. "ARCHIPELAGO"; a.k.a. "BLACK BANSHEE"; a.k.a. "EMERALD SLEET"; a.k.a. "NICKEL KIMBALL"; a.k.a. "VELVET CHOLLIMA"), Korea, North; Website onerearth.xyz; alt. Website sovershopp.online; alt. Website mofa.lat; alt. Website janskinmn.lol; alt. Website supermeasn.lat; alt. Website bookstarrtion.online; alt. Website cdredos.site; alt. Website scemsal.site; alt. Website somelmark.store; Email Address hongsiao@naver.com; alt. Email Address teriparl25@gmail.com; alt. Email Address seanchung.hanvoice@hotmail.com; alt. Email Address pkurui9999@gmail.com; alt. Email Address ssdkfdlsfd@gmail.com; alt. Email Address haris2022100@outlook.com; alt. Email Address bing2020@outlook.kr; alt. Email Address marksigal1001@gmail.com; alt. Email Address donghyunkim1010@gmail.com; alt. Email Address hong_xiao@naver.com; alt. Email Address sm.carls0000@gmail.com; alt. Email Address kennedypamla@gmail.com; alt. Email Address ds1kdie@aol.com; alt. Email Address ds1kde@daum.net; alt. Email Address yoon.dasl@yahoo.com; alt. Email Address syshim10@mofa.lat; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

"THE ART GALLERY" (Arabic: "معرض الفني") (a.k.a. ARTUAL GALLERY), Eden Garden Building, Ground Floor, Fawzi Al Daouk Street, Beirut, Lebanon; Wazir Building, 1st Floor, Ahmad Soloh Street, Jnah, Beirut, Lebanon; Property No. 3673, 1st Floor, Ahmed Saleh Street, Msaytbeh, Beirut, Lebanon; Website http://artual.co; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Mar 2018; Registrartion Number 3427220 (Lebanon); alt. Registration Number 1024026 (Lebanon) [SDGT] (Linked To: AHMAD, Hind Nazem).

"THE ASIAN TIGERS" (a.k.a. COMMANDER TARIQ AFRIDI GROUP; a.k.a. TARIQ AFRIDI GROUP; a.k.a. TARIQ GEEDAR GROUP; a.k.a. TARIQ GIDAR AFRIDI GROUP; a.k.a. TARIQ GIDAR GROUP; a.k.a. TEHREEK-I-TALIBAN PAKISTAN GEEDAR GROUP; a.k.a. TEHRIK-E-TALIBAN-TARIQ GIDAR GROUP; a.k.a. TTP GEEDAR GROUP; a.k.a. TTP-TARIQ GIDAR GROUP; a.k.a. "TGG"), Darra Adam Khel, Pakistan; Aurakzai, Pakistan; Khyber, Pakistan; Peshawar, Pakistan; Kohat, Pakistan; Hangu, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"The Butcher of Paoua" (a.k.a. NGAIKOISSET, Eugene; a.k.a. NGAIKOSSE, Eugene Barret; a.k.a. NGAIKOSSET, Eugene Barret; a.k.a. NGAIKOUESSET, Eugene; a.k.a. NGAKOSSET, Eugene), Bangui, Central African Republic; DOB 08 Oct 1967; alt. DOB 10 Aug 1967; POB Bossangoa, Central African Republic; nationality Central African Republic; Identification Number 911-10-77 (Central African Republic) (individual) [CAR].

"THE CHECHEN, Abu Jihad" (a.k.a. ATABIEV, Islam; a.k.a. ATABIYEV, Islam; a.k.a. ATABIYEV, Islam Seit-Umarovich; a.k.a. DZHIKHAD, Abu; a.k.a. "AL-SHISHANI, Abu-Jihad"); DOB 29 Jun 1983; POB Stavropol Region, Russia; nationality Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 620169661 (Russia); alt. Passport 9103314932 (Russia) issued 16 Aug 2003 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"THE CHESS PLAYER" (a.k.a. RODRIGUEZ OREJUELA, Gilberto Jose; a.k.a. "LUCAS"), Cali, Colombia; DOB 31 Jan 1939; Cedula No. 6068015 (Colombia); alt. Cedula No. 6067015 (Colombia); Passport T321642 (Colombia); alt. Passport 6067015 (Comoros); alt. Passport 77588 (Argentina); alt. Passport 10545599 (Venezuela) (individual) [SDNT].

"THE CHONEROS" (a.k.a. LOS CHONEROS; a.k.a. "AGUILAS"; a.k.a. "FATALES"), Ecuador; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

"THE DAPPER DON" (a.k.a. KINAHAN, Christopher Vincent; a.k.a. "KINAHAN SENIOR, Christy"; a.k.a. "O'BRIEN, Christopher"), Dubai, United Arab Emirates; Calle Muntaner 325, Planta 6, 4, Barcelona 08021, Spain; Calle Los Geranios, Villa Indelo N 244, San Pedro De Alcantara, Marbella, Spain; Urbanizacion Torre Bermeja, N 1501, Estepona, Spain; DOB 23 Mar 1957; alt. DOB 19 Nov 1952; alt. DOB 23 May 1957; POB Cabra, Ireland; alt. POB Perivale, Middlesex, United Kingdom; alt. POB London, United Kingdom; alt. POB Dublin, Ireland; nationality Ireland; citizen Ireland; Gender Male; Passport PD3265994 (Ireland); alt. Passport 094456153 (United Kingdom); alt. Passport 707265430 (United Kingdom); alt. Passport C181651D (United Kingdom); alt. Passport 701191749 (United Kingdom) (individual) [TCO] (Linked To: KINAHAN ORGANIZED CRIME GROUP).

"THE DAWN FORCES" (a.k.a. AL-JAMAA AL-ISLAMIYAH; a.k.a. AL-JAMAAH AL-ISLAMIYAH; a.k.a. JAMAA ISLAMIYA; a.k.a. JAMA'A ISLAMIYAH; a.k.a. JAMAA ISLAMIYAH; a.k.a. LEBANESE MUSLIM BROTHERHOOD (Arabic: الجماعة الإسلامية بلبنان); a.k.a. QUWAT AL-FAJR (Arabic: قوات الفجر); a.k.a. "AL-FAJER FORCES"; a.k.a. "AL-FAJR FORCES"; a.k.a. "ISLAMIC GROUP IN LEBANON"; a.k.a. "THE FAJR FORCES"; a.k.a. "THE ISLAMIC GROUP"), Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1964; Organization Type: Advocacy organization [FTO] [SDGT].

"THE FAJR FORCES" (a.k.a. AL-JAMAA AL-ISLAMIYAH; a.k.a. AL-JAMAAH AL-ISLAMIYAH; a.k.a. JAMAA ISLAMIYA; a.k.a. JAMA'A ISLAMIYAH; a.k.a. JAMAA ISLAMIYAH; a.k.a. LEBANESE MUSLIM BROTHERHOOD (Arabic: الجماعة الإسلامية بلبنان); a.k.a. QUWAT AL-FAJR (Arabic: قوات الفجر); a.k.a. "AL-FAJER FORCES"; a.k.a. "AL-FAJR FORCES"; a.k.a. "ISLAMIC GROUP IN LEBANON"; a.k.a. "THE DAWN FORCES"; a.k.a. "THE ISLAMIC GROUP"), Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1964; Organization Type: Advocacy organization [FTO] [SDGT].

"THE GLASS AND GAS FACTORY" (a.k.a. SHISHEH VA GAS INDUSTRIES GROUP (Arabic: گروه صنایع شیشه و گاز); a.k.a. "GAS AND GLASS"; a.k.a. "GAS AND GLASS COMPANY"; a.k.a. "GLASS AND GAS CO.";

a.k.a. "SHOGA"), 12 Gol Sorkh, Sarvestan St, Shams Abad Industrial Zone, Tehran, Iran; Website https://shoga.net; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100889278 (Iran); Registration Number 7296 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"THE GRANDFATHER CARTEL" (a.k.a. CARTEL DE TEPALCATEPEC; a.k.a. CARTELES UNIDOS; a.k.a. TEPALCATEPEC CARTEL; a.k.a. "CARTEL DE LOS REYES"; a.k.a. "CARTEL DEL ABUELO"; a.k.a. "UNITED CARTELS"), Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

"THE ISLAMIC GROUP" (a.k.a. AL-JAMAA AL-ISLAMIYAH; a.k.a. AL-JAMAAH AL-ISLAMIYAH; a.k.a. JAMAA ISLAMIYA; a.k.a. JAMA'A ISLAMIYAH; a.k.a. JAMAA ISLAMIYAH; a.k.a. LEBANESE MUSLIM BROTHERHOOD (Arabic: الجماعة الإسلامية بلبنان); a.k.a. QUWAT AL-FAJR (Arabic: قوات الفجر); a.k.a. "AL-FAJER FORCES"; a.k.a. "AL-FAJR FORCES"; a.k.a. "ISLAMIC GROUP IN LEBANON"; a.k.a. "THE DAWN FORCES"; a.k.a. "THE FAJR FORCES"), Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 1964; Organization Type: Advocacy organization [FTO] [SDGT].

"THE LOBOS" (a.k.a. LOS LOBOS DRUG TRAFFICKING ORGANIZATION; a.k.a. "LOS LOBOS"), Ecuador; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

"THE MAURITANIAN, Salih" (a.k.a. GHADER, El Hadj Ould Abdel; a.k.a. JELIL, Youssef Ould Abdel; a.k.a. KHADER, Abdel; a.k.a. SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed; a.k.a. SALEM, Mohamed; a.k.a. SALIM, 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad; a.k.a. SOULEIMANE, Abou; a.k.a. "AL-MAURITANI, Sheikh Yunis"; a.k.a. "AL-MAURITANI, Younis"; a.k.a. "AL-MAURITANI, Yunis"; a.k.a. "CHINGHEITY"; a.k.a. "THE MAURITANIAN, Shaykh Yunis"); DOB 1981; POB Saudi Arabia;

nationality Mauritania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"THE MAURITANIAN, Shaykh Yunis" (a.k.a. GHADER, El Hadj Ould Abdel; a.k.a. JELIL, Youssef Ould Abdel; a.k.a. KHADER, Abdel; a.k.a. SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed; a.k.a. SALEM, Mohamed; a.k.a. SALIM, 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad; a.k.a. SOULEIMANE, Abou; a.k.a. "AL-MAURITANI, Sheikh Yunis"; a.k.a. "AL-MAURITANI, Younis"; a.k.a. "AL-MAURITANI, Yunis"; a.k.a. "CHINGHEITY"; a.k.a. "THE MAURITANIAN, Salih"); DOB 1981; POB Saudi Arabia; nationality Mauritania; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"THE MISSIONARY CURRENT" (a.k.a. AL-TAYAR AL-RISALI; a.k.a. ASA'IB AHL AL-HAQ; a.k.a. ASA'IB AHL AL-HAQ MIN AL-IRAQ; a.k.a. ASA'IB AHL AL-HAQQ; a.k.a. ASAIB AL HAQ; a.k.a. KHAZALI NETWORK; a.k.a. KHAZALI SPECIAL GROUP; a.k.a. KHAZALI SPECIAL GROUPS NETWORK; a.k.a. LEAGUE OF THE RIGHTEOUS; a.k.a. QAZALI NETWORK; a.k.a. "AAH"; a.k.a. "THE PEOPLE OF THE CAVE"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"THE MOVEMENT OF THE LOYAL PARTISANS OF GOD" (a.k.a. ANSAR ALAH ALOFIA; a.k.a. HARAKAT AL-SADIQ WA AL-ATAA; a.k.a. HARAKAT ANSAR ALLAH AL AWFIYA FI SOURIYA; a.k.a. HARAKAT ANSAR ALLAH AL-AWFIYA (Arabic: حركة أنصار الله الأوفياء); a.k.a. KAYAN AL-SADIQ WA AL-ATAA; a.k.a. "GOD'S LOYAL SUPPORTERS"; a.k.a. "HONESTY AND GIVING ENTITY"), Iraq; Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2013; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"THE NEW ROMANTIC CYBER ARMY TEAM" (a.k.a. LAZARUS GROUP; a.k.a. "APPLEWORM"; a.k.a. "APT-C-26"; a.k.a. "GROUP 77"; a.k.a. "GUARDIANS OF PEACE"; a.k.a. "HIDDEN COBRA"; a.k.a. "OFFICE 91"; a.k.a. "RED DOT"; a.k.a. "TEMP.HERMIT"; a.k.a. "WHOIS HACKING TEAM"; a.k.a. "ZINC"), Potonggang District, Pyongyang,

Korea, North; Digital Currency Address - ETH 0x098B716B8Aaf21512996dC57EB0615e2383 E2f96; alt. Digital Currency Address - ETH 0xa0e1c89Ef1a489c9C7dE96311eD5Ce5D32c 20E4B; alt. Digital Currency Address - ETH 0x3Cffd56B47B7b41c56258D9C7731ABaDc36 0E073; alt. Digital Currency Address - ETH 0x53b6936513e738f44FB50d2b9476730C0Ab3 Bfc1; alt. Digital Currency Address - ETH 0x35fB6f6DB4fb05e6A4cE86f2C93691425626d 4b1; alt. Digital Currency Address - ETH 0xF7B31119c2682c88d88D455dBb9d5932c65 Cf1bE; alt. Digital Currency Address - ETH 0x3e37627dEAA754090fBFbb8bd226c1CE66D 255e9; alt. Digital Currency Address - ETH 0x08723392Ed15743cc38513C4925f5e6be5c1 7243; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"THE PEOPLE OF THE CAVE" (a.k.a. AL-TAYAR AL-RISALI; a.k.a. ASA'IB AHL AL-HAQ; a.k.a. ASA'IB AHL AL-HAQ MIN AL-IRAQ; a.k.a. ASA'IB AHL AL-HAQQ; a.k.a. ASAIB AL HAQ; a.k.a. KHAZALI NETWORK; a.k.a. KHAZALI SPECIAL GROUP; a.k.a. KHAZALI SPECIAL GROUPS NETWORK; a.k.a. LEAGUE OF THE RIGHTEOUS; a.k.a. QAZALI NETWORK; a.k.a. "AAH"; a.k.a. "THE MISSIONARY CURRENT"), Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"THE POPULAR ARMY" (a.k.a. AL-SHA'BI COMMITTEES; a.k.a. JAYSH AL-SHAAB; a.k.a. JAYSH AL-SHA'BI; a.k.a. JISH SHAABI; a.k.a. SHA'BI COMMITTEES; a.k.a. SHA'BI FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCES; a.k.a. "ARMY OF THE PEOPLE"; a.k.a. "PEOPLE'S ARMY"; a.k.a. "POPULAR COMMITTEES"; a.k.a. "POPULAR FORCES"; a.k.a. "SHA'BI"), Syria [PAARSSR-EO13894].

"THE RESISTANCE FRONT" (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-

I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. KASHMIR RESISTANCE FRONT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "KASHMIR RESISTANCE"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"THE REVOLUTIONARIES" (a.k.a. BARRIO 18; a.k.a. "CALLE 18"; a.k.a. "SURENOS"), El Salvador; Guatemala; Honduras; United States; Italy; Canada; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group [FTO] [SDGT].

"THE SENTINELS" (a.k.a. AL-MULATHAMUN BATTALION; a.k.a. AL-MULATHAMUN BRIGADE; a.k.a. AL-MULATHAMUN MASKED ONES BRIGADE; a.k.a. AL-MURABITOUN; a.k.a. AL-MUWAQQI'UN BIL-DIMA; a.k.a. KHALED ABU AL-ABBAS BRIGADE; a.k.a. SIGNATORIES IN BLOOD; a.k.a. SIGNED-IN-BLOOD BATTALION; a.k.a. THOSE SIGNED IN BLOOD BATTALION; a.k.a. THOSE WHO SIGN IN BLOOD; a.k.a. "MASKED MEN BRIGADE"; a.k.a. "WITNESSES IN BLOOD"), Algeria; Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"The Skull" (a.k.a. BOJKOV, Vassil Kroumov; a.k.a. BOZHKOV, Vasil (Cyrillic: БОЖКОВ, ВАСИЛ); a.k.a. "Cherepa"), 79 Vassil Levski Blvd, Sofia 1000, Bulgaria; Dubai, United Arab Emirates; DOB 29 Jul 1956; POB Velingrad, Bulgaria; nationality Bulgaria; Gender Male; Passport 440210366 (Bulgaria) expires 23 Aug 2023; alt. Passport 385950465 (Bulgaria) expires 11 Apr 2024; National ID No. 647475973 (Bulgaria) (individual) [GLOMAG].

"THE STATE OF SINAI" (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"), Egypt; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"The Surgeon" (a.k.a. ZALDASTANOV, Aleksandr Sergeevich; a.k.a. ZALDOSTANOV, Aleksandr; a.k.a. ZALDOSTANOV, Alexander; a.k.a. ZALDOSTANOV, Alexander Sergeyevich; a.k.a. "Khirurg"); DOB 19 Jan 1963; POB Kirovograd, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

"THE UNITY OF ISLAMIC YOUTH" (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC";

a.k.a. "MYM"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [SOMALIA].

"THE VICTORY FRONT" (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"THE VIROLOGY CENTER" (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO

ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

"THE YOUTH" (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "YOUTH WING"), Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [SOMALIA].

"THERAB, Abu" (a.k.a. AZIZ, Sa'id Yusif Abu; a.k.a. 'AZIZ, Sa'ud Abu; a.k.a. AZIZA, Said Youssef Ali Abu; a.k.a. AZIZAH, Sa'id Yusif Ali Abu; a.k.a. AZIZAT, Sa'id Yusif Ali Abu; a.k.a. "AL-HAMID, Abd"; a.k.a. "HAMID, Abdul"; a.k.a. "THURAB, Abu"; a.k.a. "TURAB, Abu"); DOB 1958; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 87/437555 (Libya) (individual) [SDGT].

"THET NAING WIN" (a.k.a. THET, Naing Win), c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; Passport 944168 (Burma) (individual) [SDNTK].

"THIRD BUREAU" (a.k.a. 3RD BUREAU OF THE RGB; a.k.a. 3RD DEPARTMENT SIGNAL INTELLIGENCE; a.k.a. 3RD TECHNICAL SURVEILLANCE BUREAU; a.k.a. TECHNICAL RECONNAISSANCE BUREAU; a.k.a. TECHNICAL RECONNAISSANCE TEAM), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

"THIRD FLOOR" (a.k.a. BUREAU 39; a.k.a. CENTRAL COMMITTEE BUREAU 39; a.k.a. DIVISION 39; a.k.a. OFFICE #39; a.k.a. OFFICE 39; a.k.a. OFFICE NO. 39), Second KWP Government Building (Korean - Ch'o'ngsa), Chungso'ng, Urban Town (Korean - Dong), Chung Ward, Pyongyang, Korea, North; Chung-Guyok (Central District), Sosong Street, Kyongrim-Dong, Pyongyang, Korea, North; Changgwang Street, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

"THOMAS, Mae" (a.k.a. THOMAS, Mae Toussaint; a.k.a. THOMAS, Mae Toussaint Jr.), 5 Camp Street, Werk-en-Rust, Georgetown, Guyana; DOB 12 Feb 1986; POB Georgetown, Guyana; nationality Guyana; Gender Female; Passport R0459307 (Guyana) expires 15 Apr 2019; National ID No. 111801231 (Guyana) (individual) [GLOMAG].

"THORIQUDDIN" (a.k.a. RUSDAN, Abu; a.k.a. "ABU THORIQ"; a.k.a. "RUSDJAN"; a.k.a. "RUSJAN"; a.k.a. "RUSYDAN"; a.k.a. "THORIQUIDDIN"; a.k.a. "THORIQUIDIN"; a.k.a. "TORIQUDDIN"); DOB 16 Aug 1960; POB Kudus, Central Java, Indonesia; citizen Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1608600001 (Indonesia) (individual) [SDGT].

"THORIQUIDDIN" (a.k.a. RUSDAN, Abu; a.k.a. "ABU THORIQ"; a.k.a. "RUSDJAN"; a.k.a. "RUSJAN"; a.k.a. "RUSYDAN"; a.k.a. "THORIQUDDIN"; a.k.a. "THORIQUIDIN"; a.k.a.

"TORIQUDDIN"); DOB 16 Aug 1960; POB Kudus, Central Java, Indonesia; citizen Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1608600001 (Indonesia) (individual) [SDGT].

"THORIQUIDIN" (a.k.a. RUSDAN, Abu; a.k.a. "ABU THORIQ"; a.k.a. "RUSDJAN"; a.k.a. "RUSJAN"; a.k.a. "RUSYDAN"; a.k.a. "THORIQUDDIN"; a.k.a. "THORIQUIDDIN"; a.k.a. "TORIQUDDIN"); DOB 16 Aug 1960; POB Kudus, Central Java, Indonesia; citizen Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1608600001 (Indonesia) (individual) [SDGT].

"THU, Chit" (a.k.a. MYINT, Saw San; a.k.a. THU, Maung Chit; a.k.a. THU, Saw Chit), Karen State, Burma; DOB 15 Dec 1969; POB Inn village, Hlaingbwe, Karen State, Burma; nationality Burma; Gender Male; National ID No. 3LabanaN069004 (Burma) (individual) [TCO] [BURMA-EO14014].

"THULSIE, Sallahuddin" (a.k.a. THULSIE, Brandon-Lee; a.k.a. "Salahuddin ibn Hernani"), Newclare, Johannesburg, South Africa; DOB 1992 to 1994; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"THULSIE, Yakeen" (a.k.a. THULSIE, Tony-Lee; a.k.a. "Simba"; a.k.a. "Yakeen"; a.k.a. "Yaqeen ibn Hernani"), Newclare, Johannesburg, South Africa; DOB 1992 to 1994; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"THURAB, Abu" (a.k.a. AZIZ, Sa'id Yusif Abu; a.k.a. 'AZIZ, Sa'ud Abu; a.k.a. AZIZA, Said Youssef Ali Abu; a.k.a. AZIZAH, Sa'id Yusif Ali Abu; a.k.a. AZIZAT, Sa'id Yusif Ali Abu; a.k.a. "AL-HAMID, Abd"; a.k.a. "HAMID, Abdul"; a.k.a. "THERAB, Abu"; a.k.a. "TURAB, Abu"); DOB 1958; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 87/437555 (Libya) (individual) [SDGT].

"TI JUNG" (a.k.a. APHICHART, Cheewinprapasi; f.k.a. HAI HSING, Sae Wei; a.k.a. HKIM, Aik Hsam; a.k.a. SOONTHRON, Cheewinprapasri; a.k.a. SUNTHORN, Chiwinpraphasi; a.k.a. WEI, Hsueh Lung; a.k.a. "CHAIRMAN KEUN"; a.k.a. "KEUN DONG"; a.k.a. "KEUN SEU CHANG"; a.k.a. "WEI HSUEH LUNG"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan

Province, China; Pang Poi, Shan, Burma; Na Lot, Shan, Burma; 409/4, Soi Wachiratham Sathit 34, Khwaeng Bang Chak, Khet Phra Khanong, Bangkok, Thailand; DOB 1936; POB Chiang Rai, Thailand; Passport B265235 (Thailand); National Foreign ID Number 5570700010951 (Thailand) (individual) [SDNTK].

"TI LAPLI" (a.k.a. DESTINA, Renel; a.k.a. "TILAPLI"), Haiti; DOB 11 Jun 1982; POB Haiti; nationality Haiti; Gender Male (individual) [GLOMAG].

"TIANCHENG HEAVY EQUIPMENT SHANDONG DEFENSE TECHNOLOGY CO., LTD" (Chinese Simplified: "天诚一重装山东防务科技有限公司") (a.k.a. ZHONG CHENG HEAVY EQUIPMENT DEFENSE TECHNOLOGY CO., LTD (Chinese Simplified: 中成重装防务科技集团); a.k.a. ZHONGCHENG HEAVY EQUIPMENT DEFENSE TECHNOLOGY SHANDONG GROUP CO., LTD. (Chinese Simplified: 中成重装防务科技山东集团有限公司); a.k.a. ZHONGCHENG HEAVY EQUIPMENT SHANDONG DEFENCE TECHNOLOGY CO.; a.k.a. ZHONGCHENG HEAVY EQUIPMENT SHANDONG DEFENSE TECHNOLOGY CO.), Room 1212, Building B, Youth Venture Park, No. 185 Xincun West Road, Zhangdian District, Mashang Street Office, Zibo City, Shandong Province, China; Room 1212, Building B, Youth Venture Park, No. 185 Xincun West Road, Zhangdian Street Office, Zibo City, Shandong, China; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Jan 2020; Unified Social Credit Code (USCC) 91370303MA3RC3YM7X (China) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

"tianyinyin0404" (a.k.a. TIAN, Yinyin (Chinese Simplified: 田寅寅); a.k.a. "snowsjohn"), Nanjing, Jiangsu, China (Chinese Simplified: 南京, 江苏, China); DOB 12 Jul 1986; nationality China; Email Address 417136259@qq.com; Gender Male; Digital Currency Address - XBT 134r8iHv69xdT6p5qVKTsHrcUEuBVZAYak; alt. Digital Currency Address - XBT 15YK647qtoZQDzNrvY6HJL6QwXduLHfT28; alt. Digital Currency Address - XBT 1PfwHNxUnkpfkK9MKjMqzR3Xq3KCtq9u17; alt. Digital Currency Address - XBT 14kqryJUxM3a7aEi117KX9hoLUw592WsMR; alt. Digital Currency Address - XBT 1F2Gdug9ib9NQMhKMGGJczzMk5SuENoqrp; alt. Digital Currency Address - XBT

3F2sZ4jbhvDKQdGbHYPC6ZxFXEau2m5Lqj; alt. Digital Currency Address - XBT 1AXUTu9y3H8w4wYx4BjyFWgRhZKDhmcMrn; alt. Digital Currency Address - XBT 1Hn9ErTCPRP6j5UDBeuXPGuq5RtRjFJxJQ; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Phone Number 8613621583465; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number 321284198607120616 (China) (individual) [DPRK3] [CYBER2] (Linked To: LAZARUS GROUP).

"TIERRA" (a.k.a. ANAYA MARTINEZ, Cesar Daniel); DOB 30 Apr 1981; POB Tierralta, Cordoba, Colombia; citizen Colombia; Cedula No. 78768807 (Colombia) (individual) [SDNTK].

"TIGAR" (a.k.a. CVIJETINOVIC, Savo; a.k.a. "TIGER"), Bijeljina, Bosnia and Herzegovina; DOB 27 Dec 1959; POB Lopare, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; citizen Bosnia and Herzegovina; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport B0252296 (Bosnia and Herzegovina) expires 08 May 2025; National ID No. 87120231E (Bosnia and Herzegovina) expires 15 May 2028 (individual) [RUSSIA-EO14024] (Linked To: INZINJERING-BN BIJELJINA D.O.O.).

"TIGER MEMON" (a.k.a. MEMON, Ibrahim Abdul Razaaq; a.k.a. MEMON, Ibrahim Abdul Razak; a.k.a. "MUSHTAQ"; a.k.a. "MUSTAQ"; a.k.a. "SIKANDER"), Bldg. No. 21 Room No. 1069, Fisherman Colony Mahim, Mumbai, India; House No. C-201, Extension-A, Karachi Development Scheme, Karachi, Pakistan; DOB 24 Nov 1960; POB Mumbai (Bombay), India; nationality India; Passport AA762402 (Pakistan); alt. Passport L152818 (India) (individual) [SDNTK].

"TIGER SQUAD" (a.k.a. FIRQAT EL-NEMR; a.k.a. RAPID INTERVENTION FORCE; a.k.a. SAUDI RAPID INTERVENTION GROUP), Saudi Arabia; Organization Established Date 2015 [GLOMAG] (Linked To: AL-QAHTANI, Saud).

"TIGER" (a.k.a. CVIJETINOVIC, Savo; a.k.a. "TIGAR"), Bijeljina, Bosnia and Herzegovina; DOB 27 Dec 1959; POB Lopare, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; citizen Bosnia and Herzegovina; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport B0252296 (Bosnia and Herzegovina) expires 08

May 2025; National ID No. 87120231E (Bosnia and Herzegovina) expires 15 May 2028 (individual) [RUSSIA-EO14024] (Linked To: INZINJERING-BN BIJELJINA D.O.O.).

"TIGRE" (a.k.a. OVERDICK MEJIA, Horst Walter; a.k.a. OVERDICK MEJIA, Walther), KM 208, Ruta Hacia, Coban, Guatemala; DOB 31 Jul 1967; alt. DOB 31 Jul 1968; nationality Guatemala; citizen Guatemala; NIT # 702787-7; Identification Number 0-16 Reg 53089 (Guatemala); alt. Identification Number 0-16 89159 (Guatemala) (individual) [SDNTK].

"TILAPLI" (a.k.a. DESTINA, Renel; a.k.a. "TI LAPLI"), Haiti; DOB 11 Jun 1982; POB Haiti; nationality Haiti; Gender Male (individual) [GLOMAG].

"TIN MINING COMPANY" (a.k.a. JOINT STOCK COMPANY OLOVYANNAYA RUDNAYA KOMPANIYA; a.k.a. "JSC ORK" (Cyrillic: "АО ОРК")), ul. Lenina 26A, Gorny 682707, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2717017562 (Russia); Registration Number 1102717000198 (Russia) [RUSSIA-EO14024].

"TING, Chen" (a.k.a. CHEN, Sharry; a.k.a. CHEN, Ting), Shenzhen, China; Hong Kong, China; DOB 14 Feb 1986; nationality China; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport E16512030 (China) (individual) [RUSSIA-EO14024].

"TINO" (a.k.a. CASTREJON PENA, Victor Nazario; a.k.a. MORENO GONZALEZ, Nazario; a.k.a. MORENO MADRIGAL, Nazario; a.k.a. MORENO, Chayo; a.k.a. MORENO, Jose; a.k.a. "CHAYO"; a.k.a. "EL CHAYO"; a.k.a. "EL DULCE"; a.k.a. "EL MAS LOCO"; a.k.a. "LA COMADRE"; a.k.a. "LOCO"), Apatzingan, Michoacan, Mexico; 625 Virgilio Garza Chepevera, Monterrey, Nuevo Leon 64030, Mexico; Calle Isidro Murivera, Matamoros 51370, Mexico; 7 Calle Fray Servando Teresa de Mier, Aptazingan, Michoacan, Mexico; 336 Calle Priv Carlos S de Gortari, Monterrey, Nuevo Laredo, Mexico; 36 Calle Nayarit, Caborca, Sonora 83610, Mexico; DOB 08 Mar 1970; alt. DOB 06 Mar 1970; alt. DOB 12 Jun 1967; alt. DOB 12 Jun 1979; alt. DOB 02 Feb 1982; POB Ario de Rosales, Michoacan, Mexico; alt. POB Guanajuatillo, Michoacan, Mexico; citizen Mexico; SSN 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 (United States); R.F.C. MOGN670612TN0 (Mexico); alt. R.F.C. MOGN700308TN2 (Mexico); alt. R.F.C. MOGN790612TN8 (Mexico); C.U.R.P. MOGN700308HMNRNZ07

(Mexico); Identification Number 092520304 (Mexico) (individual) [SDNTK].

"TINO" (a.k.a. FIGUEROA SALAZAR, Amilcar Jesus), Venezuela; DOB 10 Jul 1954; nationality Venezuela; Gender Male; Cedula No. 3946770 (Venezuela); Passport 31-2006 (Venezuela) (individual) [VENEZUELA].

"Tio Roni" (a.k.a. LOPEZ ESCOBAR, Ronaldo Galindo), San Francisco Nueva Reforma, Malacatan, Guatemala; DOB 14 Sep 1977; POB Guatemala; nationality Guatemala; citizen Guatemala; Gender Male; Passport 000510054 (Guatemala) (individual) [TCO] (Linked To: LOPEZ HUMAN SMUGGLING ORGANIZATION).

"TIO SAM" (Latin: "TÍO SAM") (a.k.a. ROBERTO ORELLANA, Jose (Latin: ROBERTO ORELLANA, José); a.k.a. "CHIBOLA"; a.k.a. "GORDO MAX"; a.k.a. "TOLOLO"), Canton Cambio Chanmico, Calle Vieja, Casa #66, San Juan Opico, La Libertad, El Salvador; DOB 29 Jun 1973; Identification Number 011319137-3 (El Salvador) (individual) [TCO] (Linked To: MS-13).

"TIO" (a.k.a. ESTEVEZ COLMENARES, Ricardo; a.k.a. SOTO RODRIGUEZ, Bogar; a.k.a. "LOCO"), Mexico; DOB 14 Sep 1974; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. EECR740914HGRSLC02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"TITAN-BARRIKADY" (a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER TITAN BARRIKADY JSC; a.k.a. JOINT STOCK COMPANY FEDERAL SCIENTIFIC AND PRODUCTION CENTER TITAN BARRIKADY (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО-ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ТИТАН-БАРРИКАДЫ); a.k.a. JSC FNPTS TITAN-BARRIKADY; a.k.a. TITAN DESIGN BUREAU; a.k.a. TITAN-BARRIKADY ENTERPRISE; a.k.a. TITAN-BARRIKADY FEDERAL RESEARCH AND DEVELOPMENT CENTRE; a.k.a. TITAN-BARRIKADY FNPTS AO; a.k.a. TITAN-BARRIKADY FNPTS AO FEDERAL RESEARCH AND PRODUCTION CENTER STOCK COMPANY), Prospekt Imeni V.I. Lenina B/N, Volgograd 400071, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3442110950 (Russia) [RUSSIA-EO14024].

"Tito" (a.k.a. GACANIN, Edin), Bosnia and Herzegovina; Dubai, United Arab Emirates; Netherlands; DOB 12 Oct 1982; POB Bosnia and Herzegovina; nationality Bosnia and Herzegovina; alt. nationality Netherlands; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

"Tito" (a.k.a. BELTRAN GUZMAN, Jesus Alfredo; a.k.a. "Alfredito"; a.k.a. "El Mochomito"), Mexico; DOB 23 Apr 1991; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. BEGJ910423HSLLZS02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"TIURIK" (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"TK BANK" (a.k.a. BANK TORGOVOY KAPITAL; a.k.a. BANK TORGOVOY KAPITAL ZAO; a.k.a. BANK TORGOVY KAPITAL; a.k.a. TRADE CAPITAL BANK; a.k.a. "TC BANK"), 65A Timiriazeva, Minsk 220035, Belarus; SWIFT/BIC BBTKBY2X; Website www.tcbank.by; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 807000163 (Belarus) [IRAN] [SDGT] [NPWMD] [IFSR] (Linked To: BANK TEJARAT).

"TKB PJSC" (a.k.a. JOINT STOCK BANK TRANSCAPITALBANK; a.k.a. JOINT STOCK COMMERCIAL BANK TRANSCAPITALBANK CLOSED JOINT STOCK COMPANY; f.k.a. OPEN JOINT STOCK BANK TRANSCAPITALBANK; a.k.a. PJSC TRANSKAPITALBANK; a.k.a. PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСКАПИТАЛБАНК); a.k.a. TKB BANK PJSC (Cyrillic: ТКБ БАНК ПАО); a.k.a. TRANSCAPITALBANK PJSC; a.k.a. TRANSKAPITALBANK), 27/35, Voroncovskaya Ul., Moscow 109147, Russia; Bldg. 1, 24/2, Pokrovka str., Moscow 105062, Russia; SWIFT/BIC TJSCRUMM; Website www.tkbbank.ru; alt. Website tkbbank.com; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1992; Target Type Financial Institution; Tax ID No. 7709129705 (Russia); Registration Number 1027739186970 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"TMGIC" (f.k.a. BANK MELLI IRAN INVESTMENT COMPANY; a.k.a. IRAN MELLI BANK INVESTMENT COMPANY; a.k.a. NATIONAL DEVELOPMENT AND INVESTMENT GROUP; a.k.a. TOSEE MELLI GROUP INVESTMENT COMPANY; a.k.a. TOSE-E MELLI GROUP INVESTMENT COMPANY; a.k.a. TOSE-E MELLI GROUP INVESTMENT COMPANY PUBLIC SHAREHOLDING COMPANY), 2 Nader Alley, After Dr Vali e Asr Avenue, Tehran 15116, Iran; PO Box 15875-3898, Iran; Building 89, Khoddami Street, Vanak, Tehran 53158753898, Iran; Number 89, Shahid Khodami Street, After Kurdistan Bridge, Vanak Square, Iran; Vank Square, Shahid Khademi Street, after Kurdistan Bridge, No. 89, Tehran 1958698856, Iran; Website www.bmiic.ir; alt. Website www.en.tmgic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10101339590 (Iran); Registration Number 89584 (Iran) [SDGT] [IFSR] (Linked To: BANK MELLI IRAN).

"TMH" (a.k.a. AO TRANSMASHHOLDING; a.k.a. TRANSMASHHOLDING JSC), ul. Efremova D. 10, Moscow 119048, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7723199790 (Russia); Registration

Number 1027739893246 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"TMK MIDDLE EAST" (a.k.a. SPS ME FZCO (Arabic: ح م ش اي ام اس بي اس)), Office 438, Building 4WB, Dubai Airport Free Zone, Dubai, United Arab Emirates; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Registration Number 11436620 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY PIPE METALLURGICAL COMPANY).

"TMZ PAO" (a.k.a. PUBLIC JOINT STOCK COMPANY TUTAEV MOTOR PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TUTAEVSKI MOTORNY ZAVOD; a.k.a. TUTAEVSKI MOTORNY ZAVOD OTKRYTOE AKTSIONERNOE OBSHCHESTVO), 1, Builders Street, Tutayev 152 300, Russia; d. 1, ul. Stroitelei Tutaev, Tutaevski Raion, Yaroslavskaya Obl. 152303, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 04 Nov 2002; Tax ID No. 7611000399 (Russia); Government Gazette Number 00233218 (Russia); Registration Number 1027601272082 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

"TNG GROUP" (a.k.a. TNG GRUPP (Cyrillic: ТНГ ГРУПП)), Ul. Klimenta Voroshilova D. 21, Bugulma 423231, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 1645019164 (Russia); Registration Number 1051608047798 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"Tocallo" (a.k.a. GUZMAN SALAZAR, Archivaldo Ivan; a.k.a. GUZMAN SALAZAR, Ivan Archivaldo; a.k.a. "Chapito"), Culiacan, Sinaloa, Mexico; DOB 15 Aug 1983; POB Durango, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. GUSA830815HDGZLR06 (Mexico) (individual) [SDNTK] [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

"TOCHMASH" (a.k.a. JOINT STOCK COMPANY VLADIMIR PRODUCTION AMALGAMATION TOCHMASH (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВЛАДИМИРСКОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ТОЧМАШ); a.k.a. JSC VPA TOCHMASH; a.k.a.

VLADIMIR TOCHMASH; a.k.a. VPO TOCHMASH AO), D. 1a Ul. Severnaya, Vladimir 600007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3329051460 (Russia) [RUSSIA-EO14024].

"Tolin" (a.k.a. GUTIERREZ OCHOA, Jose Luis), Jalisco, Mexico; DOB 29 Dec 1987; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. GUOL871229HMNTCS09 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"TOLOLO" (a.k.a. ROBERTO ORELLANA, Jose (Latin: ROBERTO ORELLANA, José); a.k.a. "CHIBOLA"; a.k.a. "GORDO MAX"; a.k.a. "TIO SAM" (Latin: "TÍO SAM")), Canton Cambio Chanmico, Calle Vieja, Casa #66, San Juan Opico, La Libertad, El Salvador; DOB 29 Jun 1973; Identification Number 011319137-3 (El Salvador) (individual) [TCO] (Linked To: MS-13).

"TOM" (a.k.a. MESA VALLEJO, Juan Carlos; a.k.a. "CARLOS CHATAS"); DOB 08 Dec 1967; POB Bello, Antioquia, Colombia; citizen Colombia; Cedula No. 71698071 (Colombia) (individual) [SDNTK].

"Tommy" (a.k.a. PAEZ VARGAS, Israel Daniel), Mexicali, Baja California, Mexico; DOB 31 Jan 1980; POB Mexico City, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. PAVI800131HDFZRS02 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: SINALOA CARTEL).

"TOMO" (a.k.a. KOVAC, Tomislav); DOB 04 Dec 1959; POB Sarajevo, Bosnia-Herzegovina; Passport 412959171315 (Bosnia and Herzegovina) (individual) [BALKANS].

"TONO LENA" (Latin: "TOÑO LEÑA") (a.k.a. DEL ROSARIO PUENTE, Ramon Antonio), Dominican Republic; DOB 13 Sep 1968; POB Guaymate, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 026-0027057-9 (Dominican Republic) (individual) [SDNTK] (Linked To: CESAR PERALTA DRUG TRAFFICKING ORGANIZATION).

"TONO" (Latin: "TOÑO") (a.k.a. BERMUDEZ MEJIA, Luis Antonio; a.k.a. "TATA"), Colombia; DOB 11 Apr 1969; POB Barrancas, La Guajira,

Colombia; citizen Colombia; Gender Male; Cedula No. 84006210 (Colombia); Passport AM019495 (Colombia) (individual) [SDNTK].

"TONTARHOVNOV, A." (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"Tony Montana" (a.k.a. MORA GARIBAY, Joel; a.k.a. OSEGUERA CERVANTES, Antonio), Priv Linda Vista 3986, Fracc El Soler, Tijuana, B.C. 22110, Mexico; DOB 20 Aug 1958; POB Aguililla, Michoacan de Ocampo, Mexico; C.U.R.P. OECA580820HMNSRN04 (Mexico); I.F.E. OSCRAN58082016H800 (Mexico) (individual) [SDNTK] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"TOPE" (a.k.a. LIMITED LIABILITY COMPANY ORGANIC & PRINTED ELECTRONICS TECHNOLOGIES; a.k.a. LIMITED LIABILITY COMPANY ORGANIC AND PRINTED ELECTRONICS TECHNOLOGIES), Sh. Shchelkovskoe D.77, Office 1602, Moscow 107207, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID

No. 7718809369 (Russia); Registration Number 1107746454749 (Russia) [RUSSIA-EO14024].

"TORIQUDDIN" (a.k.a. RUSDAN, Abu; a.k.a. "ABU THORIQ"; a.k.a. "RUSDJAN"; a.k.a. "RUSJAN"; a.k.a. "RUSYDAN"; a.k.a. "THORIQUDDIN"; a.k.a. "THORIQUIDDIN"; a.k.a. "THORIQUIDIN"); DOB 16 Aug 1960; POB Kudus, Central Java, Indonesia; citizen Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1608600001 (Indonesia) (individual) [SDGT].

"TORNADO" (a.k.a. CAZARIN MOLINA, Cesar; a.k.a. "DELGADO RENTERIA, Victor Hugo"), Mexico; DOB 06 Feb 1980; POB Veracruz, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAMC800206HVZZLS07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"TOTAL_LOOKCLN" (a.k.a. TOTAL LOOK; a.k.a. "OUTLET_TLOOK"; a.k.a. "OUTLETTLOOK"), Culiacan, Sinaloa, Mexico; Website www.totallook.mx; Organization Type: Retail sale of clothing, footwear and leather articles in specialized stores [ILLICIT-DRUGS-EO14059] (Linked To: ROBLEDO ARREDONDO, Adilene Mayre).

"TOWSENT, Anna" (a.k.a. TRAVNIKOVA, Anna (Cyrillic: ТРАВНИКОВА, Анна); a.k.a. "TAUSENT, Anna"), Kaluga, Russia; DOB 09 Jan 1990; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024].

"TPZ" (a.k.a. TAMBOV GUNPOWDER PLANT; a.k.a. TAMBOV POWDER PLANT; a.k.a. TAMBOVSKII POROKHOVOI ZAVOD), PR-kt Truda D.23, Kotovsk 393190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1026801010994 (Russia); Tax ID No. 6825000757 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"TRAFFICCARB" (a.k.a. WAN, Jack; a.k.a. WANG, Jack; a.k.a. WANG, Yunhe (Chinese Simplified: 王云禾); a.k.a. WILSON, William; a.k.a. WONG, Jack; a.k.a. "TRAFFICCASH"), 21 Angullia Park #27-03, Singapore 239974, Singapore; 98/273 31h2 Reflection Jomtien Beach, Pattaya Condo Na Jomtien Sattahip, Chonburi 20250, Thailand; DOB 05 Oct 1988; POB Beijing, China; nationality China; alt. nationality Saint Kitts and Nevis; Gender Male;

Digital Currency Address - XBT bc1q4namcagg5wljs0u20z6h2sqgsq4q5lts8rt2rr; alt. Digital Currency Address - XBT bc1qdpazd6smrkq5hmw6lupq98za2fqtgmq3azv3av; alt. Digital Currency Address - XBT bc1qwz0l2ceddckwdy5rh6zyrm3x4ha6gn5f2da5zg; alt. Digital Currency Address - XBT bc1qw8evftpgc8wsmkemd8yl5fg2husza5z802xaym; alt. Digital Currency Address - XBT bc1qv4krhj2qmpd9qz9xj9nhvj99fq8s9xsw05d485; alt. Digital Currency Address - XBT bc1qu5vngdtcx8nc9d68pq8nv7pzcjrswsy87s66gk; alt. Digital Currency Address - XBT bc1qtsl3ufenrv3zgrgm9z8xarcx22x8mfztuartyn; alt. Digital Currency Address - XBT bc1qtrrfhr0f3ufsrjxfv8a7p3yuqj0spe4cm6vaws; alt. Digital Currency Address - XBT bc1qte9ret332gwrk6e7vqc87d807npzvdj5savg4h; alt. Digital Currency Address - XBT bc1qtdupwe722vcc5e0vh94cgwfs0ep4gzwyfsf75q; alt. Digital Currency Address - XBT bc1qnykkrlk67f9kdqvzyw2ndu3xmef5z2e52886yl; alt. Digital Currency Address - XBT bc1qllmlvy5u038yvwywu803p53g8udcm8w7k4qxu9; alt. Digital Currency Address - XBT bc1qlfpg2xn39u580cmwq6rymt8jdhcmj8520jhgh0; alt. Digital Currency Address - XBT bc1ql7rnd70aejdxt3f9fzdlfazjlc9hvdmut8ad8s; alt. Digital Currency Address - XBT bc1ql526s72gycmvq7hek6j3tuwwmcpv4rgs0auxu7; alt. Digital Currency Address - XBT bc1qh3lw22uqwrywr8lpun20q2ma528a4yqmgf3uqp; alt. Digital Currency Address - XBT bc1qgffxa65gr579tsz55n87pal2a777ygzg69d2yz; alt. Digital Currency Address - XBT bc1qedvcgh32dud85yt7fu6s7qavthlh38gtwa7rhx; alt. Digital Currency Address - XBT bc1qau9pmgc8l6rxpdwwap3fd6zprh5yp9mpe9jl0h; alt. Digital Currency Address - XBT bc1qakycg2zp8hydg95lc9cheumpa9yfpdeyrqqh5f; alt. Digital Currency Address - XBT bc1q9ua9ypl4dhj0zut5kzasj5c2kxclhh8v2k9djd; alt. Digital Currency Address - XBT bc1q8q7z3kt37z6jalv5ujung5lem6pzlk9r3kt66k; alt. Digital Currency Address - XBT bc1q8pw85s83mdx2f3rfu64mmfd9wexqu2y856arwp; alt. Digital Currency Address - XBT bc1q7xfqqw9htr88t7vafg80p4qrlpjfyaps452x5g; alt. Digital Currency Address - XBT bc1q7hhdygx05kyfyzjku2u7lywvx5pgyng6a0nefp; alt. Digital Currency Address - XBT bc1q6w463k7mhsgguwgqtcratm4vm42rncwhvvkeck; alt. Digital Currency Address - XBT bc1q68uswkjvu7nj7mhrvfzkx7cm6u5s9puvpm5dc2; alt. Digital Currency Address - XBT

bc1q5zd0cwzd09k9r8xfk68sn5ytqp8f5aae80yfsm; alt. Digital Currency Address - XBT bc1q49ax787wv0mnn8wjgp3sx772qz7eun822rkv5k; alt. Digital Currency Address - XBT bc1q3ael5my37nklgnqcrkwmnndfx9qdnp67j0739c; alt. Digital Currency Address - XBT bc1q362njxy39gnwrvj7zytn84ax39fwnhvk7n2999; alt. Digital Currency Address - XBT bc1q2jys00x2rgdkm3xnewuucqacytu0a7echupu8y; alt. Digital Currency Address - XBT bc1q05aktddf9ce4p7hh3stgsf253m4vweu7nkhtmw; alt. Digital Currency Address - XBT bc1qtywfzxx6snut2mdrum8dyr5nnd5qhqd29wmvqt; alt. Digital Currency Address - XBT bc1qrc2gchg2fmxua5u7twu4luv5p9twmny4jjmg9x; alt. Digital Currency Address - XBT bc1q9ws2gcq7uumm4mk3l9xezwve7w5tmcs5js5cup; alt. Digital Currency Address - XBT bc1qh33xtpjqhgysq5xlmjzkm28uewj08885n95drr; alt. Digital Currency Address - XBT bc1qe8wclszdtshkjk7gph57crc72vpp9rylujgwa5; alt. Digital Currency Address - XBT bc1q2q8uxjznmurg363dvd98xjg54mrr7z6mw9t825; alt. Digital Currency Address - XBT bc1qhvzl5w99m458nm7sc6hwf5qfhxndw28sgtatk8; alt. Digital Currency Address - XBT bc1qavwamr74qlzj8txy6jaxqnpym9062h090x6kz4; alt. Digital Currency Address - XBT bc1qe9lz50jq0a5pmtry0h3ekng3kjdg09vejg7355; alt. Digital Currency Address - XBT bc1qup656lpfqfckhl580kwf62thmn5azmj2pal0sz; alt. Digital Currency Address - XBT bc1qa2xr7dmz5lztplp9yfp7k382nf4ma8gwrl7zgg; alt. Digital Currency Address - XBT bc1qrskwdw9unhlkt87ltcqq2d5pn9s6w2f35gz3z6; alt. Digital Currency Address - XBT 1NaRX1GZgtZ7E8iXo8YUdTtnb8rAK5QFJa; Digital Currency Address - ETH 0xe1d865c3d669dcc8c57c8d023140cb204e672ee4; Digital Currency Address - LTC LNf2JDiuunBz7GMDKFYHN4rq5meXWxiwfb; Digital Currency Address - TRX TBHTJqAy4DhHhmT3dNceJYNRz4SdLofLre; Passport EA2997493 (China); alt. Passport RE0064420 (Saint Kitts and Nevis) issued 10 Nov 2017 expires 09 Nov 2027; National ID No. 110108198810056013 (China) (individual) [CYBER2].

"TRAFFICCASH" (a.k.a. WAN, Jack; a.k.a. WANG, Jack; a.k.a. WANG, Yunhe (Chinese Simplified: 王云禾); a.k.a. WILSON, William; a.k.a. WONG, Jack; a.k.a. "TRAFFICCARB"), 21 Angullia Park #27-03, Singapore 239974, Singapore; 98/273 31h2 Reflection Jomtien Beach, Pattaya Condo Na Jomtien Sattahip,

Chonburi 20250, Thailand; DOB 05 Oct 1988; POB Beijing, China; nationality China; alt. nationality Saint Kitts and Nevis; Gender Male; Digital Currency Address - XBT bc1q4namcagg5wljs0u20z6h2sqgsq4q5lts8rt2rr; alt. Digital Currency Address - XBT bc1qdpazd6smrkq5hmw6lupq98za2fqtgmq3azv3av; alt. Digital Currency Address - XBT bc1qwz0l2ceddckwdy5rh6zyrm3x4ha6gn5f2da5zg; alt. Digital Currency Address - XBT bc1qw8evftpgc8wsmkemd8yl5fg2husza5z802xaym; alt. Digital Currency Address - XBT bc1qv4krhj2qmpd9qz9xj9nhvj99fq8s9xsw05d485; alt. Digital Currency Address - XBT bc1qu5vngdtcx8nc9d68pq8nv7pzcjrswsy87s66gk; alt. Digital Currency Address - XBT bc1qtsl3ufenrv3zgrgm9z8xarcx22x8mfztuartyn; alt. Digital Currency Address - XBT bc1qtrrfhr0f3ufsrjxfv8a7p3yuqj0spe4cm6vaws; alt. Digital Currency Address - XBT bc1qte9ret332gwrk6e7vqc87d807npzvdj5savg4h; alt. Digital Currency Address - XBT bc1qtdupwe722vcc5e0vh94cgwfs0ep4gzwyfsf75q; alt. Digital Currency Address - XBT bc1qnykkrlk67f9kdqvzyw2ndu3xmef5z2e52886yl; alt. Digital Currency Address - XBT bc1qllmlvy5u038yvwywu803p53g8udcm8w7k4qxu9; alt. Digital Currency Address - XBT bc1qlfpg2xn39u580cmwq6rymt8jdhcmj8520jhgh0; alt. Digital Currency Address - XBT bc1ql7rnd70aejdxt3f9fzdlfazjlc9hvdmut8ad8s; alt. Digital Currency Address - XBT bc1ql526s72gycmvq7hek6j3tuwwmcpv4rgs0auxu7; alt. Digital Currency Address - XBT bc1qh3lw22uqwrywr8lpun20q2ma528a4yqmgf3uqp; alt. Digital Currency Address - XBT bc1qgffxa65gr579tsz55n87pal2a777ygzg69d2yz; alt. Digital Currency Address - XBT bc1qedvcgh32dud85yt7fu6s7qavthlh38gtwa7rhx; alt. Digital Currency Address - XBT bc1qau9pmgc8l6rxpdwwap3fd6zprh5yp9mpe9jl0h; alt. Digital Currency Address - XBT bc1qakycg2zp8hydg95lc9cheumpa9yfpdeyrqqh5f; alt. Digital Currency Address - XBT bc1q9ua9ypl4dhj0zut5kzasj5c2kxclhh8v2k9djd; alt. Digital Currency Address - XBT bc1q8q7z3kt37z6jalv5ujung5lem6pzlk9r3kt66k; alt. Digital Currency Address - XBT bc1q8pw85s83mdx2f3rfu64mmfd9wexqu2y856arwp; alt. Digital Currency Address - XBT bc1q7xfqqw9htr88t7vafg80p4qrlpjfyaps452x5g; alt. Digital Currency Address - XBT bc1q7hhdygx05kyfyzjku2u7lywvx5pgyng6a0nefp; alt. Digital Currency Address - XBT bc1q6w463k7mhsgguwgqtcratm4vm42rncwhvv

keck; alt. Digital Currency Address - XBT bc1q68uswkjvu7nj7mhrvfzkx7cm6u5s9puvpm5dc2; alt. Digital Currency Address - XBT bc1q5zd0cwzd09k9r8xfk68sn5ytqp8f5aae80yfsm; alt. Digital Currency Address - XBT bc1q49ax787wv0mnn8wjgp3sx772qz7eun822rkv5k; alt. Digital Currency Address - XBT bc1q3ael5my37nklgnqcrkwmnndfx9qdnp67j0739c; alt. Digital Currency Address - XBT bc1q362njxy39gnwrvj7zytn84ax39fwnhvk7n2999; alt. Digital Currency Address - XBT bc1q2jys00x2rgdkm3xnewuucqacytu0a7echupu8y; alt. Digital Currency Address - XBT bc1q05aktddf9ce4p7hh3stgsf253m4vweu7nkhtmw; alt. Digital Currency Address - XBT bc1qtywfzxx6snut2mdrum8dyr5nnd5qhqd29wmvqt; alt. Digital Currency Address - XBT bc1qrc2gchg2fmxua5u7twu4luv5p9twmny4jjmg9x; alt. Digital Currency Address - XBT bc1q9ws2gcq7uumm4mk3l9xezwve7w5tmcs5js5cup; alt. Digital Currency Address - XBT bc1qh33xtpjqhgysq5xlmjzkm28uewj08885n95drr; alt. Digital Currency Address - XBT bc1qe8wclszdtshkjk7gph57crc72vpp9rylujgwa5; alt. Digital Currency Address - XBT bc1q2q8uxjznmurg363dvd98xjg54mrr7z6mw9t825; alt. Digital Currency Address - XBT bc1qhvzl5w99m458nm7sc6hwf5qfhxndw28sgtatk8; alt. Digital Currency Address - XBT bc1qavwamr74qlzj8txy6jaxqnpym9062h090x6kz4; alt. Digital Currency Address - XBT bc1qe9lz50jq0a5pmtry0h3ekng3kjdg09vejg7355; alt. Digital Currency Address - XBT bc1qup656lpfqfckhl580kwf62thmn5azmj2pal0sz; alt. Digital Currency Address - XBT bc1qa2xr7dmz5lztplp9yfp7k382nf4ma8gwrl7zgg; alt. Digital Currency Address - XBT bc1qrskwdw9unhlkt87ltcqq2d5pn9s6w2f35gz3z6; alt. Digital Currency Address - XBT 1NaRX1GZgtZ7E8iXo8YUdTtnb8rAK5QFJa; Digital Currency Address - ETH 0xe1d865c3d669dcc8c57c8d023140cb204e672ee4; Digital Currency Address - LTC LNf2JDiuunBz7GMDKFYHN4rq5meXWxiwfb; Digital Currency Address - TRX TBHTJqAy4DhHhmT3dNceJYNRz4SdLofLre; Passport EA2997493 (China); alt. Passport RE0064420 (Saint Kitts and Nevis) issued 10 Nov 2017 expires 09 Nov 2027; National ID No. 110108198810056013 (China) (individual) [CYBER2].

"TRAKIA-PAPER 96 OOD" (a.k.a. TRAKIA-PAPIR 96 OOD), 9 Iskar, Oborishte Distr, Sofia, Bulgaria; Organization Established Date 1996; Government Gazette Number 121220666

(Bulgaria) [GLOMAG] (Linked To: NOVE-AD-HOLDING AD).

"TRANS LOGISTIC" (a.k.a. TRANS LOGISTIK, OOO (Cyrillic: ООО ТРАНС ЛОГИСТИК)), d. 37 litera A etazh, pom., ofis 2/66/215, prospekt Stachek, St. Petersburg 198097, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7805719070 (Russia); Government Gazette Number 20567335 (Russia); Registration Number 1177847397848 (Russia) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

"TRANSPORT COMPANY LLC VTTK" (a.k.a. LIMITED LIABILITY COMPANY EASTERN TRADING TRANSPORT COMPANY; a.k.a. VOSTOCHNAYA TORGOVO TRANSPORTNAYA KOMPANIYA), Ul. Lva Tolstogo D. 12, Pomeshch.VII 9, Khabarovsk 680000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2722046689 (Russia); Registration Number 1152722003037 (Russia) [RUSSIA-EO14024].

"TRAVEL ART LLC" (a.k.a. LIMITED LIABILITY COMPANY KERAMAKS LIZING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КЕРАМАКС ЛИЗИНГ)), 11 Gogolevskiy Boulevard, Moscow 119019, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9704210466 (Russia); Registration Number 1237700317227 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY KERAMAX).

"Treinta" (a.k.a. LARRANAGA HERRERA, Jesus Norberto; a.k.a. "Chuy"; a.k.a. "El 30"), Culiacan, Sinaloa, Mexico; DOB 14 Apr 1993; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LAHJ930414HSLRRS06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"TRIPLEX560" (a.k.a. MISHIN, Aleksandr Igorvich; a.k.a. MISHIN, Alexander Igorevich (Cyrillic: МИШИН, Александр Игоревич); a.k.a. "ALEX560560"; a.k.a. "JAMES1789"; a.k.a. "KLICHKO, Ivan P"; a.k.a. "PIPPIN, James"; a.k.a. "SASHA-BRN"), Ul. Yubileynaya, D. 32, Barnaul, Altai Krai, Russia; DOB 18 Mar 1994; POB Altai Krai, Russia; nationality Russia; Gender Male; Digital Currency Address - XBT 3FfRvC3kSo2SxiQe5e7SSuNdegwgq8iusL; Passport 5904776 (Russia) expires 05 Sep 2027 (individual) [CYBER3] (Linked To: ZSERVERS).

"TRO" (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

"Tropa" (a.k.a. ISKRITSKY, Mikhail; a.k.a. "Mty"), Moscow, Russia; DOB 05 Nov 1981; nationality Russia; Email Address wet-dhg@rambler.ru; Gender Male (individual) [CYBER2].

"T-RUBBER" (a.k.a. T-RUBBER CO., LTD; a.k.a. T-RUBBER COMPANY; a.k.a. T-RUBBER LTD), Rubber Industrial Zone, Shaling Town, Yuhong District, Shenyang 110144, China; No. 5-1, Shenxi Sandong Road, Economic Technology Development Area, Shenyang, Liaoning 110002, China; Website http://www.t-rubber.com/ [PAARSSR-EO13894].

"TRUST STAR COMPANY LIMITED" (a.k.a. TROTH STAR COMPANY LIMITED), No. 19, Ward No. 2, Pai Kyone, Hlaingbwe, Burma; Organization Established Date 2022; Organization Type: Construction of buildings; Registration Number 132583269 (Burma) [BURMA-EO14014] [CYBER4].

"TS CO." (a.k.a. KALAYE SABZ ORZ COMPANY; a.k.a. TAMIN KALAYE SABZ; a.k.a. TAMIN KALAYE SABZ ARAS COMPANY; a.k.a. TAMIN KALAYE SABZ COMPANY; a.k.a. "KSO COMPANY"; a.k.a. "TS COMPANY"), No. 13, Unit 12, Sazman Ab Ave., Jenah Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 1463468660 (Iran); Company Number 10980302323 (Iran) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

"TS COMPANY" (a.k.a. KALAYE SABZ ORZ COMPANY; a.k.a. TAMIN KALAYE SABZ; a.k.a. TAMIN KALAYE SABZ ARAS COMPANY; a.k.a. TAMIN KALAYE SABZ COMPANY; a.k.a. "KSO COMPANY"; a.k.a. "TS CO."), No. 13, Unit 12, Sazman Ab Ave., Jenah Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 1463468660 (Iran); Company Number 10980302323 (Iran) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

"TSAGI" (a.k.a. FEDERAL AUTONOMOUS ENTERPRISE THE CENTRAL AEROHYDRODYNAMIC INSTITUTE NAMED AFTER PROFESSOR NE ZHUKOVSKY), 1 Zhukovskogo ul., Zhukovskii 140180, Russia; 26 Chkalova ul., Zhukovskii 140181, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1225000018803 (Russia); Registration Number 5040177331 (Russia) [RUSSIA-EO14024].

"TSAREV, Nikita Andreevich" (a.k.a. TSAREV, Mikhail Mikhailovich; a.k.a. "GRACHEV, Alexander"; a.k.a. "IVANOV MIXAIL"; a.k.a. "MANGO"; a.k.a. "MISHA KRUTYSHA"; a.k.a. "SUPER MISHA"), Serpukhov, Russia; DOB 20 Apr 1989; nationality Russia; Email Address tsarev89@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"TSBS" (a.k.a. CENTER FOR UNMANNED SYSTEMS OF THE TULA REGION; a.k.a. OOO TSENTR BESPILOTNYKH SISTEM), Ul. Kirova, D. 135, K. 1, Pomeshch 9, Pomeshch 15, Tula 300004, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 08 Feb 2023; Tax ID No. 7100032961 (Russia); Registration Number 1237100001467 (Russia) [RUSSIA-EO14024].

"TSC LTD" (a.k.a. OOO TEKHNOLOGII SISTEMY I KOMPLEKSY; a.k.a. TECHNOLOGIES SYSTEMS AND COMPLEXES LIMITED), Per. Perevedenovskii d. 21, str. 13, floor 1, pomeshch. 10, Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701922888 (Russia); Registration Number 1117746474010 (Russia) [RUSSIA-EO14024].

"TSEGAI" (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Taeme Abraham; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DA'AME"; a.k.a. "DHA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELE"; a.k.a. "MEKELLE"; a.k.a. "MEQELE"; a.k.a. "TESFALEN"); DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

"TSITSILA" (a.k.a. SHEMAZASHVILI, Koba Shalvovich; a.k.a. SHERMAZASHVILI, Koba; a.k.a. "KOBA RUSTAVSKIY"); DOB 1974; POB Rustavi, Georgia (individual) [TCO].

"TSKBA AO" (a.k.a. CENTRAL DESIGN BUREAU FOR AUTOMATICS ENGINEERING JSC; a.k.a. JOINT STOCK COMPANY CENTRAL DESIGN BUREAU OF AUTOMATICS), PR-KT Kosmicheskii D. 24 A, Omsk 644027, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 10 Sep 1949; Tax ID No. 5506202219 (Russia); Registration Number 1085543005976 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

"TSNII SM" (a.k.a. CJSC TSENTRALNY NII SUDOVOGO MASHINOSTROYENIYA (Cyrillic: ЗАО ЦЕНТРАЛЬНЫЙ НИИ СУДОВОГО МАШИНОСТРОЕНИЯ); a.k.a. JOINT STOCK COMPANY CENTRAL RESEARCH INSTITUTE OF MARINE ENGINEERING; a.k.a. JSC CENTRAL RESEARCH INSTITUTE OF MARINE ENGINEERING), Ul. Dudko, 3, Saint Petersburg 192029, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Jul 1970; Tax ID No. 7811044146 (Russia); Registration Number 1027806080675 (Russia) [RUSSIA-EO14024].

"TSNII VVKO" (a.k.a. CENTRAL RESEARCH INSTITUTE OF THE RUSSIAN AIR AND SPACE FORCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BJUDZHETNOE UCHREZHDENIE TSENTRALNYJ NAUCHNO-ISSLEDOVATELSKIJ INSTITUT VOJSK VOSDUSHNO-KOSMICHESKOJ OBORONY MINOBORONY ROSSII; a.k.a. FGBU TSNII VVKO MINOBORONY ROSSII), 32 Afanasiya Nikitina Waterfront, Tver 170026, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5018163975 (Russia); Registration Number 1145018002711 (Russia) [RUSSIA-EO14024].

"TSNK" (a.k.a. DIAGNOSTIKA M LLC), Pr-kt Volgogradskii D. 42, Et. 13, Kom. 12, Moscow 109316, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7720081285 (Russia); Registration Number 1037739045552 (Russia) [RUSSIA-EO14024].

"TSOFT LLC" (a.k.a. DEXIAS LIMITED LIABILITY COMPANY; a.k.a. DEXIAS LLC (Cyrillic: ООО ДЕКСИАС); f.k.a. MAINBOX LIMITED LIABILITY COMPANY; f.k.a. "MAINBOX LLC"; f.k.a. "TSOFT OOO"), Ul. Ryabinovaya D. 3, K. 2, KV. 261, Moscow 121471, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Jul 2016; Tax ID No. 7702403726 (Russia); Government Gazette Number 03555170 (Russia); Registration Number 1167746674644 (Russia) [RUSSIA-EO14024] (Linked To: FIROV, Alim Khazkhismelovich).

"TSOFT OOO" (a.k.a. DEXIAS LIMITED LIABILITY COMPANY; a.k.a. DEXIAS LLC (Cyrillic: ООО ДЕКСИАС); f.k.a. MAINBOX LIMITED LIABILITY COMPANY; f.k.a. "MAINBOX LLC"; f.k.a. "TSOFT LLC"), Ul. Ryabinovaya D. 3, K. 2, KV. 261, Moscow 121471, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 15 Jul 2016; Tax ID No. 7702403726 (Russia); Government Gazette Number 03555170 (Russia); Registration Number 1167746674644 (Russia) [RUSSIA-EO14024] (Linked To: FIROV, Alim Khazkhismelovich).

"TSPT AO" (Cyrillic: "АО ЦПТ") (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTR PERSPEKTIVNYKH TEKHNOLOGI (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЦЕНТР ПЕРСПЕКТИВНЫХ ТЕХНОЛОГИЙ); a.k.a. JOINT STOCK COMPANY PERSPECTIVE TECHNOLOGIES CENTER; a.k.a. "JSC CPT"), Sh. Kashirskoe, D. 44, K. 2, Moscow 115409, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Jul 1996; alt. Organization Established Date 22 Oct 2002; Tax ID No. 7724185856 (Russia); Government Gazette Number 42935911 (Russia); Registration Number 1027700343626 (Russia) [RUSSIA-EO14024] (Linked To: CJSC PERSPECTIVE TECHNOLOGIES AGENCY).

"TSRT" (a.k.a. SPEECH TECHNOLOGY CENTER LIMITED), Ul. Krasutskogo, D.4, Korp. 4, Saint Petersburg 196188, Russia; Nab. Vyborgskaya, D. 45, Lit. E, Pom. Office 1-N, 133, Saint Petersburg 194044, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7805093681 (Russia); Registration Number 1027810243295 (Russia) [RUSSIA-EO14024].

"TSSD AO" (a.k.a. AKTSIONERNOYE OBSHCHESTVO TSENTR SUDOREMONTA DALZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЦЕНТР СУДОРЕМОНТА ДАЛЬЗАВОД); a.k.a. DALZAVOD SHIP REPAIR CENTRE JOINT STOCK COMPANY; a.k.a. "TSSD JSC"), 2 Dalzvodskaya Street, Vladivostok 690001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Nov 2008; Tax ID No. 2536210349 (Russia); Registration Number 1082536014120 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

"TSSD JSC" (a.k.a. AKTSIONERNOYE OBSHCHESTVO TSENTR SUDOREMONTA DALZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЦЕНТР СУДОРЕМОНТА ДАЛЬЗАВОД); a.k.a. DALZAVOD SHIP REPAIR CENTRE JOINT STOCK COMPANY; a.k.a. "TSSD AO"), 2 Dalzvodskaya Street, Vladivostok 690001, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Nov 2008; Tax ID No. 2536210349 (Russia); Registration Number 1082536014120 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

"TSUR" (a.k.a. TSENTR UCHETA I REGISTRATSII), Pl. Rastrelli D. 2, Str. 1, Pomeshch. 3-N, Kom. 2.58, Saint Petersburg 191124, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7842521215 (Russia); Registration Number 1147847198806 (Russia) [RUSSIA-EO14024].

"TSVK" (a.k.a. BELARUSIAN CENTRAL ELECTION COMMISSION; a.k.a. CEC BELARUS; f.k.a. CENTRAL COMMISSION OF THE REPUBLIC OF BELARUS ON ELECTIONS AND HOLDING REPUBLICAN REFERENDA; a.k.a. CENTRAL ELECTION COMMISSION OF THE REPUBLIC OF BELARUS (Cyrillic: ЦЕНТРАЛЬНАЯ ИЗБИРАТЕЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ); f.k.a. TSENTRALNAYA KAMISIYA RESPUBLIKI BELARUS PA VYBARAKH I PRAVYADZENNI RESPUBLIKANSKIKH REFERENDUMAU (Cyrillic: ЦЭНТРАЛЬНАЯ КАМІСІЯ РЭСПУБЛІКІ БЕЛАРУСЬ ПА ВЫБАРАХ І ПРАВЯДЗЕННІ РЭСПУБЛІКАНСКІХ РЭФЕРЭНДУМАЎ); f.k.a. TSENTRALNAYA KOMISSIYA RESPUBLIKI BELARUS PO VYBORAM I PROVEDENIYU RESPUBLIKANSKIKH REFERENDUMOV (Cyrillic: ЦЕНТРАЛЬНАЯ КОМИССИЯ

РЕСПУБЛИКИ БЕЛАРУСЬ ПО ВЫБОРАМ И ПРОВЕДЕНИЮ РЕСПУБЛИКАНСКИХ РЕФЕРЕНДУМОВ)), 11 Sovetskaya St., House of Government, Minsk 220010, Belarus; Target Type Government Entity [BELARUS] [BELARUS-EO14038].

"TSZL VI OOO" (a.k.a. LIMITED LIABILITY COMPANY CENTER OF PURCHASES AND LOGISTICS OF THE HELICOPTER INDUSTRY), Per. 3-I Kotelnicheskii D. 6, Str. 1, Moscow 115172, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Oct 2009; Tax ID No. 7731636010 (Russia); Registration Number 1097746637779 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"TTK AO" (a.k.a. AKTSIONERNOE OBSHCHESTVO TAIMYRSKAYA TOPLIVNAYA KOMPANIYA; a.k.a. JSC TAIMYR FUEL COMPANY; f.k.a. TAIMYRSKAYA TOPLIVNAYA KOMPANIYA AO; a.k.a. "JSC TTK"), 15, ul. Bograda, Krasnoyarsk, Krasnoyarsk region 660049, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2460047153 (Russia); Registration Number 1022401787418 (Russia) [RUSSIA-EO14024].

"TTP-JA" (a.k.a. AAFIA SIDDIQUE BRIGADE; a.k.a. JAMAAT-E-AHRAR; a.k.a. JAMAATUL AHRAR; a.k.a. JAMAATUL-AHRAR; a.k.a. JAMAAT-UL-AHRAR; a.k.a. JAMAAT-UL-AHRAR TTP; a.k.a. JAMATUL AHRAR; a.k.a. JAMAT-UL-AHRAR; a.k.a. TEHREEK-I-TALIBAN JAMAAT-UL-AHRAR; a.k.a. TEHRIK-E-TALIBAN PAKISTAN JAMAAT-E-AHRAR; a.k.a. "JUA"; a.k.a. "TTP-JUA"), Afghanistan; Mohmand Tribal Agency, Pakistan; Bajaur Tribal Agency, Pakistan; Khyber Tribal Agency, Pakistan; Arakzai Tribal Agency, Pakistan; Charsadda, Pakistan; Peshawar, Pakistan; Swat, Pakistan; Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"TTP-JUA" (a.k.a. AAFIA SIDDIQUE BRIGADE; a.k.a. JAMAAT-E-AHRAR; a.k.a. JAMAATUL AHRAR; a.k.a. JAMAATUL-AHRAR; a.k.a. JAMAAT-UL-AHRAR; a.k.a. JAMAAT-UL-AHRAR TTP; a.k.a. JAMATUL AHRAR; a.k.a. JAMAT-UL-AHRAR; a.k.a. TEHREEK-I-TALIBAN JAMAAT-UL-AHRAR; a.k.a. TEHRIK-E-TALIBAN PAKISTAN JAMAAT-E-AHRAR; a.k.a. "JUA"; a.k.a. "TTP-JA"), Afghanistan; Mohmand Tribal Agency, Pakistan; Bajaur Tribal Agency, Pakistan; Khyber Tribal Agency, Pakistan; Arakzai Tribal Agency, Pakistan; Charsadda, Pakistan; Peshawar, Pakistan; Swat, Pakistan; Punjab Province, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"TUAN ISNILON" (a.k.a. HAPILON, Isnilon Totoni; a.k.a. HAPILUN, Isnilon; a.k.a. HAPILUN, Isnilun; a.k.a. "ABU MUSAB"; a.k.a. "SALAHUDIN"); DOB 18 Mar 1966; alt. DOB 10 Mar 1967; POB Bulanza, Lantawan, Basilan, the Philippines; nationality Philippines; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"TUAN SHAO KUEI" (a.k.a. KRIANGKRAI, Tuangwitthayakun; a.k.a. SAO KUAY, Sae Tung; a.k.a. TUAN, Ming Cheng; a.k.a. TUAN, Shao Kuei; a.k.a. "MI CHUNG"; a.k.a. "MING CHUNG"; a.k.a. "TA KUEI"), Mong Kyawt, Shan, Burma; DOB 05 Nov 1950; National ID No. 5500900040846 (Thailand) (individual) [SDNTK].

"TUKESA" (a.k.a. PERIC, Jozo); DOB 31 Jan 1959; POB Pjesevac Kula, Bosnia-Herzegovina (individual) [BALKANS].

"TULI" (a.k.a. SAMAYOA MONTEJO, Roger Antulio), Guatemala; DOB 07 Oct 1989; POB Guatemala; nationality Guatemala; Gender Male; NIT # 72405902 (Guatemala); C.U.I. 2344272801331 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

"TUNCO" (a.k.a. GONZALEZ HIGUERA, Jaime; a.k.a. "EL TUNCO"), Mexico; DOB 07 Mar 1972; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GOHJ720307HSLNGM00 (Mexico) (individual) [SDNTK].

"TUQA, Abu" (a.k.a. AL-HAMIDAWI, Riyad Yunis Jasim; a.k.a. "TAQI, Abu"); DOB 16 Jan 1974; POB Baghdad, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G1751672 expires 08 Feb 2016 (individual) [SDGT].

"TURAB, Abu" (a.k.a. AZIZ, Sa'id Yusif Abu; a.k.a. 'AZIZ, Sa'ud Abu; a.k.a. AZIZA, Said Youssef Ali Abu; a.k.a. AZIZAH, Sa'id Yusif Ali Abu; a.k.a. AZIZAT, Sa'id Yusif Ali Abu; a.k.a. "AL-HAMID, Abd"; a.k.a. "HAMID, Abdul"; a.k.a. "THERAB, Abu"; a.k.a. "THURAB, Abu"); DOB 1958; POB Tripoli, Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 87/437555 (Libya) (individual) [SDGT].

"TURAB, Abu" (a.k.a. ABUTURAB, Ali Muhammad; a.k.a. MOHAMMAD, Ali Mohammad Abutorab Noor; a.k.a. MOHAMMAD, Ali Mohammad Noor; a.k.a. MOHD, Ali Mohd Abutorab Noor; a.k.a. MUHAMMAD, Abu Turab Ali; a.k.a. MUHAMMED, Ali Muhammed Noor; a.k.a. TORAB, Abu Ali; a.k.a. TORAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammed Abu; a.k.a. TURAB, Ali Muhammad Abu; a.k.a. "MOHAMMED, Ali"), Jamia Salfia, Airport Road, Quetta, Pakistan; Patel Road, Quetta, Pakistan; Saudi Arabia; DOB 10 Sep 1964; alt. DOB 05 Jan 1968; POB Quetta, Balochistan, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J349992 (Pakistan); National ID No. 2083655452 (Saudi Arabia) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

"TURCO" (a.k.a. JAMIL GEORGES, Fahd; a.k.a. JAMIL GEORGES, Fuad; a.k.a. YAMIL GEORGES, Fahd; a.k.a. "EL PADRINO"), Ponta Pora, Mato Grosso do Sul, Brazil; Pedro Juan Caballero, Amambay, Paraguay; DOB 07 Jun 1941; nationality Lebanon; citizen Brazil; Cedula No. RG-013147 (Brazil) (individual) [SDNTK].

"Turesky" (a.k.a. JAMES WILSON, Alejandro Antonio), San Jose, Costa Rica; DOB 05 Oct 1972; POB Centro Central, Limon, Costa Rica; nationality Costa Rica; Gender Male; Cedula No. 701040769 (Costa Rica) (individual) [ILLICIT-DRUGS-EO14059].

"TURK BROTHER LTD." (a.k.a. FILISTIN VAKFI), Haseki Sultan Neighborhood, Kizilelma Street No. 5/2, Fatih, Istanbul, Turkey; Website filistinvkf.org; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jan 2016; Target Type Charity or Nonprofit Organization [SDGT] (Linked To: ARARAWI, Zeki Abdullah Ibrahim).

"turk_server" (a.k.a. SAEDI, Nader; a.k.a. "tahersaedi"; a.k.a. "turkserver"); DOB 22 Feb 1990; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2].

"turkserver" (a.k.a. SAEDI, Nader; a.k.a. "tahersaedi"; a.k.a. "turk_server"); DOB 22 Feb

1990; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2].

"TUSO" (a.k.a. ZAPATA GARZON, Jhon Fredy; a.k.a. ZAPATA GARZON, John Fredy; a.k.a. "CANDADO"; a.k.a. "CANDADO MESSI"), Vereda El Silencio, Carepa, Antioquia 05147, Colombia; Av. Cra. 7, No. 130-00, Bogota, Colombia; Carrera 78, Barrio Pueblo Nuevo, Verada Carepa, Apartado, Antioquia 00829455, Colombia; Finca El Reposo, Vereda Aguas Claras, Necocli, Antioquia 034937, Colombia; Finca Mariancel N-1, Vereda Aguas Claras, Necocli, Antioquia 034938, Colombia; Finca La Diana, Finca Mariancel N-5, Vereda Aguas Claras, Necocli, Antioquia 03414390, Colombia; Finca Aguas Claritas, Finca Mariancel N-3, Vereda Aguas Claras, Necocli, Antioquia 03417, Colombia; El Billar, Vereda Cacique, La Tebaida, Quindio 28040222, Colombia; Transversal 21 No. 18-180 Unid. Residencial Senderos De La Pradera P.H. Apto. 202 Torre 3, Dosquebradas, Risaralda 29474418, Colombia; DOB 11 Apr 1978; POB Chigorodo, Antioquia, Colombia; nationality Colombia; Gender Male; Cedula No. 71253351 (Colombia); Passport AS700605 (Colombia) (individual) [SDNTK] (Linked To: CLAN DEL GOLFO).

"TUTO" (a.k.a. RIOS LOPEZ, Didier de Jesus); DOB 18 Jun 1974; POB Itagui, Antioquia, Colombia; citizen Colombia; Cedula No. 98622424 (Colombia) (individual) [SDNTK].

"TWJWA" (a.k.a. JAMAT TAWHID WAL JIHAD FI GARBI AFRIQQIYA; a.k.a. MOVEMENT FOR ONENESS AND JIHAD IN WEST AFRICA; a.k.a. MOVEMENT FOR UNITY AND JIHAD IN WEST AFRICA; a.k.a. TAWHID WAL JIHAD IN WEST AFRICA; a.k.a. UNITY MOVEMENT FOR JIHAD IN WEST AFRICA; a.k.a. "MUJAO"; a.k.a. "MUJWA"), Gao, Mali; Bourem, Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"TXEROKI" (a.k.a. DE GARIKOITZ ASPIAZU RUBINA, Miguel; a.k.a. DE GARIKOITZ ASPIAZU URBINA, Miguel; a.k.a. "CHEROKEE"); DOB 06 Jul 1973; POB Bilbao, Vizcaya, Spain; nationality Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 14.257.455 (Spain); Member of the Basque Fatherland and Liberty (ETA) and currently detained in France (individual) [SDGT].

"TY-CHEMICAL" (a.k.a. GUANGZHOU TENGYUE CHEMICAL CO., LTD. (Chinese Simplified: 广州腾越化工有限公司)), No. 307, Youyi Building, 8th Road, Luojia Village Fuyi Road, Dalong Street, Panyu District, Guangzhou, Guangdong, China; Website www.tylocalanesthesia.com; Email Address 2330475233@qq.com; Phone Number 8618826483838; alt. Phone Number 8618148706580; alt. Phone Number 8618145728414; alt. Phone Number 8613802531670; alt. Phone Number 8602084616335; alt. Phone Number 8618138708330; alt. Phone Number 8618102676775; Organization Established Date 01 Mar 2019; Organization Type: Chemicals and allied products wholesale; Unified Social Credit Code (USCC) 91440101MA5CM3W5XR (China) [ILLICIT-DRUGS-EO14059].

"TYURIK" (Cyrillic: "ТЮРИК") (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"TYURYA" (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a.

TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК")), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"U LI MYINT" (a.k.a. HSING, Su; a.k.a. MYINT, Li; a.k.a. "SU HSING"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; 525 Merchant Street, Rangoon, Burma; Tangyan, Burma; National ID No. 13/Ta Ta Na (Naing)019077 (Burma) (individual) [SDNTK].

"U OO OO KHINE" (a.k.a. KHINE, Oo Oo; a.k.a. "OO OO KHINE"), c/o YANGON AIRWAYS COMPANY LIMITED, Rangoon, Burma; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; 15 Bongyi Street, Lanmadaw Township, Rangoon, Burma; Passport A056782 (Burma); National ID No. 009016 (Burma) (individual) [SDNTK].

"UAPS" (a.k.a. IVANOV, Sergey Sergeevich (Cyrillic: ИВАНОВ, Сергей Сергеевич); a.k.a. OMELNITSKII, Sergey Sergeevich (Cyrillic: ОМЕЛЬНИЦКИЙ, Сергей Сергеевич); a.k.a. "Taleon"), St. Petersburg, Russia; DOB 02 Jun 1980; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 4015431802 (Russia) (individual) [RUSSIA-EO14024].

"UAVHELI" (a.k.a. KB UNMANNED HELICOPTERS LLC; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KB

BESPILOTNYE VERTOLETY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КБ БЕСПИЛОТНЫЕ ВЕРТОЛЕТЫ)), d. 47, korp. 14, ul. Yanki Mavra, Minsk 220015, Belarus; Organization Established Date 26 Apr 2017; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 192807396 (Belarus) [BELARUS-EO14038].

"UBAIDAH, Abu" (a.k.a. ABDIKARIM, Sheikh Mahad Omar; a.k.a. ABU UBAIDAH, Ahmad Umar; a.k.a. ABU UBAIDAH, Ahmed Omar; a.k.a. ABU UBAIDAH, Sheikh Ahmad Umar; a.k.a. ABU UBAIDAH, Sheikh Ahmed Umar; a.k.a. ABU UBAIDAHA, Sheikh Omar; a.k.a. DIRIYE, Ahmed; a.k.a. DIRIYE, Mahad; a.k.a. UMAR, Sheikh Ahmed; a.k.a. "DIRIYE, Abu"; a.k.a. "UMAR, Ahmad"), Somalia; DOB 1972; POB Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"UBAYDI, Abu-Amr" (a.k.a. AL-UBAYDI, Khalid Sa'id Ghabish; a.k.a. AL-UBAYDI, Khalid Sa'id Ghubaysh), Hadramawt Governorate, Yemen; DOB 1984 to 1986; POB United Arab Emirates; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIL-YEMEN).

"UCB JSC" (a.k.a. JOINT STOCK COMPANY UNITED CREDIT BUREAU), 9 B. Tatarskaya Street, floor 4, office 51, Moscow 115184, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7710561081 (Russia); Registration Number 1047796788819 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

"UCON COMPANY" (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UKON; a.k.a. UCON LLC), Str. Bokonbaeva 204, Bishkek 720001, Kyrgyzstan; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Aug 2022; Tax ID No. 02408202210349 (Kyrgyzstan) [RUSSIA-EO14024].

"UHODIRANSOMWAR" (a.k.a. MATVEEV, Mihail Pavlovich; a.k.a. MATVEEV, Mikhail Pavlovich; a.k.a. MATVEYEV, Mikhail P; a.k.a. "BORISELCIN"; a.k.a. "M1X"; a.k.a. "MATVEYEV, Mikhail Mix" (Cyrillic: "МАТВЕЕВ, Михаил Mix"); a.k.a. "MATYEEV, Mikhail" (Cyrillic: "МАТВЕЕВ, Михаил"); a.k.a. "WAZAWAKA"), 8 Serzhana Koloskova Street,

Apartment 6, Kaliningrad, Russia; DOB 17 Aug 1992; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 733584513 (Russia) (individual) [CYBER2].

"UK NAVIGATOR" (a.k.a. OOO NAVIGATOR ASSET MANAGEMENT (Cyrillic: ООО УК НАВИГАТОР); a.k.a. "ASSET MANAGEMENT COMPANY NAVIGATOR"), ul. Gilyarovskogo, d. 39, str. 3, et. 12, kom. 17, Moscow 129110, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Sep 2002; Tax ID No. 7725206241 (Russia); Registration Number 1027725006638 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

"UKIP" (a.k.a. LIMITED LIABILITY COMPANY INFRASTRUCTURE PROJECTS MANAGEMENT COMPANY; a.k.a. MANAGEMENT COMPANY FOR INFRASTRUCTURE PROJECTS; a.k.a. UPRAVLYAYUSHCHAYA KOMPANIYA INFRASTRUKTURNYKH PROEKTOV; a.k.a. "LLC UKIP"; a.k.a. "UKIP, OOO"), Sevastopolskaya Street, House 41/2, Simferopol, Crimea 295024, Ukraine; Email Address fnatali@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102045582 (Russia); Government Gazette Number 00742767 (Russia); Registration Number 1149102091654 (Russia) [UKRAINE-EO13685].

"UKIP, OOO" (a.k.a. LIMITED LIABILITY COMPANY INFRASTRUCTURE PROJECTS MANAGEMENT COMPANY; a.k.a. MANAGEMENT COMPANY FOR INFRASTRUCTURE PROJECTS; a.k.a. UPRAVLYAYUSHCHAYA KOMPANIYA INFRASTRUKTURNYKH PROEKTOV; a.k.a. "LLC UKIP"; a.k.a. "UKIP"), Sevastopolskaya Street, House 41/2, Simferopol, Crimea 295024, Ukraine; Email Address fnatali@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102045582 (Russia); Government Gazette Number 00742767 (Russia); Registration Number 1149102091654 (Russia) [UKRAINE-EO13685].

"ULLAH, Aman" (a.k.a. AFRIDI, Amanullah; a.k.a. URS, Amanullah; a.k.a. "GUL, Muhammad

Aman"; a.k.a. "MUFTI ILYAS"), Frontier Region Kohat, Pakistan; DOB 1973; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; alt. DOB 1971; alt. DOB 1972; alt. DOB 1974; alt. DOB 1975; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ULLAH, Ehsan" (a.k.a. AHSAN, Muhammad; a.k.a. EHSAN, Muhammad; a.k.a. IHSAN, Muhammad), Sialkot, Pakistan; Islamabad, Pakistan; DOB 1970; alt. DOB 1971; alt. DOB 1972; POB Sialkot, Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"ULTRAPHARMA" (a.k.a. GRUPO ILC; a.k.a. ILC CONSULTORES ADMINISTRATIVOS, S. DE R.L. DE C.V.; a.k.a. ILC EXPORTACIONES, S. DE R.L. DE C.V.; a.k.a. RESTAURANTE EL HABANERO, S.A. DE C.V.; a.k.a. "EQUIPOSPA"; a.k.a. "PERFECT SILHOUETTE"; a.k.a. "ULTRAVITAL"), General Victoriano Cepeda 2, Colonia Observatorio, Miguel Hidalgo, Mexico, Distrito Federal 11860, Mexico; Louisiana No. 24, Esq. Montana, Col. Napoles, Del. Benito Juarez, Mexico, Distrito Federal 03810, Mexico; Periferico Sur #102, Col. Observatorio, Del. Miguel Hidalgo, Mexico, Distrito Federal, Mexico; Huixquilucan, Estado de Mexico, Mexico; R.F.C. IEX-950713-L90 (Mexico); alt. R.F.C. ICA060810942 (Mexico) [SDNTK].

"ULTRAVITAL" (a.k.a. GRUPO ILC; a.k.a. ILC CONSULTORES ADMINISTRATIVOS, S. DE R.L. DE C.V.; a.k.a. ILC EXPORTACIONES, S. DE R.L. DE C.V.; a.k.a. RESTAURANTE EL HABANERO, S.A. DE C.V.; a.k.a. "EQUIPOSPA"; a.k.a. "PERFECT SILHOUETTE"; a.k.a. "ULTRAPHARMA"), General Victoriano Cepeda 2, Colonia Observatorio, Miguel Hidalgo, Mexico, Distrito Federal 11860, Mexico; Louisiana No. 24, Esq. Montana, Col. Napoles, Del. Benito Juarez, Mexico, Distrito Federal 03810, Mexico; Periferico Sur #102, Col. Observatorio, Del. Miguel Hidalgo, Mexico, Distrito Federal, Mexico; Huixquilucan, Estado de Mexico, Mexico; R.F.C. IEX-950713-L90 (Mexico); alt. R.F.C. ICA060810942 (Mexico) [SDNTK].

"UMANGIS MIKE" (a.k.a. ARSALAN, Mike; a.k.a. BIN ZEIN, Hisyam; a.k.a. JAFAR, Anis Alawi; a.k.a. KECIL, Umar; a.k.a. PATEK, Omar; a.k.a. PATEK, Umar; a.k.a. "AL ABU SYEKH AL

ZACKY"; a.k.a. "PAK TAEK"; a.k.a. "PA'TEK"); DOB 20 Jul 1966; POB Central Java, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"'Umar al-Afghani" (a.k.a. AL-KA'BI, Sa'd al-Sharyan; a.k.a. AL-KA'BI, Sa'd bin Sa'd Muhammad Shariyan; a.k.a. AL-KA'BI, Sa'd Bin Sa'd Muhammad Shiryan; a.k.a. AL-KA'BI, Sa'd Sa'd Muhammad Shiryan; a.k.a. "Abu Haza'"; a.k.a. "Abu Hazza'"; a.k.a. "Abu Sa'd"; a.k.a. "Abu Suad"); DOB 15 Feb 1972; nationality Qatar; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 00966737 (Qatar) (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"'Umar al-Qatari" (a.k.a. 'ABD AL-SALAM, 'Abd al-Malik Muhammad Yusuf 'Uthman; a.k.a. 'ABD-AL-SALAM, 'Abd al-Malik Muhammad Yusif; a.k.a. "'Umar al-Tayyar"); DOB 13 Jul 1989; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K475336 (Jordan) issued 31 Aug 2009 expires 30 Aug 2014; National ID No. 28940000602 (Qatar) (individual) [SDGT].

"'Umar al-Tayyar" (a.k.a. 'ABD AL-SALAM, 'Abd al-Malik Muhammad Yusuf 'Uthman; a.k.a. 'ABD-AL-SALAM, 'Abd al-Malik Muhammad Yusif; a.k.a. "'Umar al-Qatari"); DOB 13 Jul 1989; nationality Jordan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K475336 (Jordan) issued 31 Aug 2009 expires 30 Aug 2014; National ID No. 28940000602 (Qatar) (individual) [SDGT].

"Umar the Chechen" (a.k.a. AL-SHISHANI, Abu Umar; a.k.a. AL-SHISHANI, Omar; a.k.a. BATIRASHVILI, Tarkhan; a.k.a. BATIRASHVILI, Tarkhan Tayumurazovich; a.k.a. BATYRASHVILI, Tarkhan Tayumurazovich; a.k.a. SHISHANI, Omar; a.k.a. SHISHANI, Umar; a.k.a. "Abu Hudhayfah"; a.k.a. "Abu Umar"; a.k.a. "Chechen Omar"; a.k.a. "Omar the Chechen"; a.k.a. "Omer the Chechen"); DOB 11 Jan 1986; alt. DOB 1982; POB Akhmeta, Village Birkiani, Georgia; citizen Georgia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 09AL14455 (Georgia) expires 26 Jun 2019; National ID No. 08001007864 (Georgia) (individual) [SDGT].

"UMAR, Abu" (a.k.a. HAMAD, Ghazi (Arabic: غازي حمد); a.k.a. HAMAD, Ghazi Ahmad), Saudi Arabia; Sao Paulo, Brazil; Azerbaijan; Qatar; DOB 1964; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A0028383 (Palestinian); alt. Passport A0027535 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

"UMAR, Ahmad" (a.k.a. ABDIKARIM, Sheikh Mahad Omar; a.k.a. ABU UBAIDAH, Ahmad Umar; a.k.a. ABU UBAIDAH, Ahmed Omar; a.k.a. ABU UBAIDAH, Sheikh Ahmad Umar; a.k.a. ABU UBAIDAH, Sheikh Ahmed Umar; a.k.a. ABU UBAIDAHA, Sheikh Omar; a.k.a. DIRIYE, Ahmed; a.k.a. DIRIYE, Mahad; a.k.a. UMAR, Sheikh Ahmed; a.k.a. "DIRIYE, Abu"; a.k.a. "UBAIDAH, Abu"), Somalia; DOB 1972; POB Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"UMBRELLA INDUSTRIAL" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AMBRELLA INDASTRIAL), Pr-D Zavodskoi D. 2, Office 636, Fryazino 141190, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5050136084 (Russia); Registration Number 1185050000300 (Russia) [RUSSIA-EO14024].

"UMMC" (a.k.a. JOINT STOCK COMPANY URAL MINING AND METALLURGICAL COMPANY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO URALSKAYA GORNO METALLURGICHESKAYA KOMPANIYA), 1, prospekt Uspenski, Verkhnyaya Pyshma, Sverdlovsk region 624091, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Oct 1999; Tax ID No. 6606013640 (Russia); Government Gazette Number 52306330 (Russia); Registration Number 1026600727713 (Russia) [RUSSIA-EO14024].

"UMUROW, Ma'd" (a.k.a. HAJI, Mohamed Omar; a.k.a. MA'ALIN, Mohamed Omar; a.k.a. MAXAMED, Mohamed Cumar; a.k.a. MOA'LIN, Mohamed Haji Omar; a.k.a. MOHAMED, Mohamed Omar; a.k.a. "OMAROW, Mohamed"), Diinsor District, Bay, Somalia; Buur Hakaba District, Bay, Somalia; DOB 1976; POB Taflow Village, Berdaale District, Bay, Somalia; nationality Somalia; Gender Male; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"UMZ" (a.k.a. URAL METAL PROCESSING COMPANY LTD; a.k.a. URALSKAYA METALLOOBRABATYVAYUSHCHAYA KOMPANIYA), Ul. Kommunalnaya D. 10, Str. 1, Magnitogorsk 455007, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7444048751 (Russia); Registration Number 1067444026187 (Russia) [RUSSIA-EO14024].

"UNCLE TOLI" (a.k.a. GONZALEZ APUSHANA, Armando; a.k.a. GONZALEZ POLANCO, Amaury; a.k.a. GONZALEZ POLANCO, Hermagoras; a.k.a. "EL GORDO BAEZ"; a.k.a. "GORDITO POLANCO"; a.k.a. "MILCIADES"), Avenida El Milagro, Edificio Villa Virginia, Maracaibo, Zulia, Venezuela; Karla Karolin Penthouse, Avenida 3 Entre 76 y 77, Maracaibo, Zulia, Venezuela; Maracaibo, Zulia, Venezuela; Caja Seca, Zulia, Venezuela; Merida, Merida, Venezuela; Maicao, Guajira, Colombia; Aruba; DOB 19 Oct 1962; alt. DOB 19 Oct 1959; POB Maicao, Guajira, Colombia; nationality Venezuela; alt. nationality Colombia; citizen Venezuela; alt. citizen Colombia; Cedula No. 7789819 (Venezuela); alt. Cedula No. 84041400 (Colombia) (individual) [SDNTK].

"UNI MORE GROUP CO. LTD." (a.k.a. PRINCE HUAN YU CAMBODIA INVESTMENT CO. LTD.; a.k.a. PRINCE HUAN YU REAL ESTATE CAMBODIA GROUP CO. LTD.; a.k.a. PRINCE HUAN YU REAL ESTATE GROUP), Phnom Penh, Cambodia; Tax ID No. L001-901801128 (Cambodia) [TCO] (Linked To: PRINCE HOLDING GROUP).

"UNIJET COMPANY LIMITED" (a.k.a. OOO YUNIDZHET (Cyrillic: ООО ЮНИДЖЕТ); a.k.a. UNIJET), Moscow, Russia; Website unijet.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 10 Dec 2009; Tax ID No. 7703711949 (Russia) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

"UNIMATIC" (a.k.a. UNIMATIK MSK), B-R Osennii D. 23, Pomeshch. I, Kom. 5, Moscow 121609, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7714460133 (Russia); Registration Number 1207700161789 (Russia) [RUSSIA-EO14024].

"UNIT 110" (a.k.a. 110TH RESEARCH CENTER; a.k.a. "LAB 110"), Pyongyang, Korea, North;

Shenyang, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

"UNITED CARTELS" (a.k.a. CARTEL DE TEPALCATEPEC; a.k.a. CARTELES UNIDOS; a.k.a. TEPALCATEPEC CARTEL; a.k.a. "CARTEL DE LOS REYES"; a.k.a. "CARTEL DEL ABUELO"; a.k.a. "THE GRANDFATHER CARTEL"), Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [FTO] [SDGT] [ILLICIT-DRUGS-EO14059].

"UNITED GEORGIAN BANK" (a.k.a. JSC VTB BANK GEORGIA; a.k.a. VTB BANK GEORGIA JOINT STOCK COMPANY; a.k.a. VTB BANK GEORGIA JSC), 14, G. Chanturia Street, Tbilisi 0114, Georgia; SWIFT/BIC UGEBGE22; Website www.vtb.com.ge; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

"UNITED TRADING SITE" (a.k.a. BELARUSIAN OIL TRADE HOUSE; a.k.a. BELARUSIAN OIL TRADING HOUSE; a.k.a. BELARUSIAN OIL TRADING HOUSE REPUBLICAN SUBSIDIARY UNITARY ENTERPRISE; a.k.a. BELARUSIAN OIL TRADING HOUSE REPUBLICAN UNITARY SUBSIDIARY; a.k.a. UE BELARUSIAN OIL TRADE HOUSE; a.k.a. "B.O.T.H."), Prospect Dzerzhinskogo, 73, Minsk 220116, Belarus; 73 Derzhinskiy Ave., Minsk 220116, Belarus; Dzerzhinsky Avenue, 73, Minsk 220116, Belarus; Website WWW.BNTDTORG.BY; alt. Website WWW.BNTD.BY; Business Registration Document # UNP 101119568 (Belarus) [BELARUS].

"UNITERES" (a.k.a. UNITE RESOURCES CO., LIMITED; a.k.a. UNITE RESOURCES COMMERCIAL LIMITED), Lemmi Centre, Hoi Yuen Road, Kwun Tong, Kowloon, Hong Kong, China; Manglier Street, Victoria, Seychelles; Organization Established Date 19 Jun 2013; C.R. No. 1925133 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

"UOMZ" (a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION URAL OPTICAL AND MECHANICAL PLANT NAMED AFTER E.S. YALAMOV; a.k.a. JSC PA UOMP; a.k.a. URAL OPTICAL AND MECHANICAL PLANT; a.k.a. URALS OPTICAL MECHANICAL PLANT), 33B Vostochnaya St., Ekaterinburg 620100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 26 May 2010; Tax ID No. 6672315362 (Russia); Registration Number 1106672007738 (Russia) [RUSSIA-EO14024].

"UPC" (a.k.a. URMIA PETROCHEMICAL COMPANY), Iran; Website www.urpcc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

"UPT AO" (Cyrillic: **"АО УПТ"**) (a.k.a. AKTSIONERNOE OBSHCHESTVO UPRAVLENIE PERSPEKTIVNYKH TEKHNOLOGI (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УПРАВЛЕНИЕ ПЕРСПЕКТИВНЫХ ТЕХНОЛОГИЙ); a.k.a. CJSC PERSPECTIVE TECHNOLOGIES AGENCY), Ul. Samokatnaya, D. 1, Str. 2, Moscow 111033, Russia; Website upt.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 20 Dec 1994; alt. Organization Established Date 03 Sep 2002; Tax ID No. 7723022111 (Russia); Government Gazette Number 13152639 (Russia); Registration Number 1027739143717 (Russia) [RUSSIA-EO14024].

"URBINA, Wendy Carolina" (a.k.a. MORALES URBINA, Wendy Carolina; a.k.a. MORALES, Wendy Carolina; a.k.a. "MORALES, Wendy"), Managua, Nicaragua; DOB 28 May 1980; POB Nicaragua; nationality Nicaragua; citizen Nicaragua; Gender Female; National ID No. 001-280580-0021Y (Nicaragua) (individual) [NICARAGUA].

"USC LTD" (a.k.a. COMPLEX UNMANNED SOLUTIONS CENTER LTD), Spasateley St., 7, Zhukovsky 140184, Russia; Ul. Luch, D. 24/1a, floor 2, Pomeshch. 112, Zhukovsky 140184, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5040176793 (Russia); Registration Number 1225000003458 (Russia) [RUSSIA-EO14024].

"USM LLC" (a.k.a. USM LIMITED LIABILITY COMPANY; a.k.a. YUESEM), Pr-Kt Tekstilshchikov D. 46, Pom.1, Kom.56, Kostroma 156000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7725327133 (Russia); Registration Number 1167746761302 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

"USTAAD SHEHEB" (a.k.a. HALIM, Mufti Muabdul; a.k.a. RAHEEM, Mufti Abdul; a.k.a. RAHIM, Mufti Abdul; a.k.a. RAHIM, Mufti Abdur), Karachi, Pakistan; DOB circa 1955; alt. DOB circa 1964; POB Sarghoda region, Punjab Province, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"USTAD DAUD ZULKARNAEN" (a.k.a. SUMARSONO, Aris; a.k.a. SUNARSO, Arif; a.k.a. SUNARSO, Aris; a.k.a. "MURSHID"; a.k.a. "ZULKARNAEN"; a.k.a. "ZULKARNAIN"; a.k.a. "ZULKARNAN"; a.k.a. "ZULKARNIN"), Jakarta, Indonesia; DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"UTHMAN, Hassan" (a.k.a. OTHMAN, Hasan Chehadeh (Arabic: حسن شحاده عثمان); a.k.a. OTHMAN, Hassan Shehadeh), Baalbak, Lebanon; DOB 29 Jun 1979; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3571577 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

"UTN" (a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER E-NAU; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR

E-NAU; a.k.a. UMMAT TAMIR-I-PAU), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, F 8/4, Islamabad, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"UTP AO" (Cyrillic: "АО УТП") (a.k.a. AKTSIONERNOE OBSHCHESTVO UPRAVLENIE TRANSPORTNYKH PEREVOZOK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УПРАВЛЕНИЕ ТРАНСПОРТНЫХ ПЕРЕВОЗОК); a.k.a. JSC TRANSPORT FREIGHT AGENCY), Sh. Kashirskoe, D. 44, K. 2, Moscow 115409, Russia; Shosse Nizhnerostinskoye 28, Murmansk 183040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 24 Jul 1997; alt. Organization Established Date 29 Oct 2002; Tax ID No. 7723134190 (Russia); Identification Number IMO 5917661; Government Gazette Number 47260547 (Russia); Registration Number 1027700371742 (Russia) [RUSSIA-EO14024].

"UVZ" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNAIA KORPORATSIIA URALVAGONZAVOD IMENI F E DZERZHINSKOGO; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION CORPORATION URALVAGONZAVOD NAMED AFTER F E DZERZHINSKY; a.k.a. NAUCHNO-PROIZVODSTVENNAYA KORPORATSIYA URALVAGONZAVOD OAO; a.k.a. NPK URALVAGONZAVOD OAO; a.k.a. OJSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD OAO; a.k.a. URALVAGONZAVOD CORPORATION), 40 Bolshaya Yakimanka Street, Moscow 119049, Russia; 28 Vostochnoye Shosse, Nizhni Tagil, Sverdlovsk Region 66207, Russia; Pr-kt Lenina, d. 204, Rubtsovsk 658225, Russia; Pr-kt Lenina, d. 3, Chelyabinsk 454007, Russia; Ul. Pervomaiskaya d. 14, Volchansk 624941, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 31 Mar 2008; Target Type State-Owned Enterprise; Tax ID No.

6623029538 (Russia); Registration Number 1086623002190 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

"UZGA AO" (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKI ZAVOD GRAZHDANSKOI AVIATSII; a.k.a. AO URAL CIVIL AVIATION FACTORY; a.k.a. JOINT STOCK COMPANY URALS WORKS OF CIVIL AVIATION), Ul. Bakhchivandzhi 2G,, Ekaterinburg, Svedlovskaya Oblast 620025, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Mar 1939; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 6664013640 (Russia); Government Gazette Number 01128452 (Russia); Registration Number 1026605766560 (Russia) [RUSSIA-EO14024].

"VAHID" (a.k.a. KARIMA, Abdollah); DOB 21 Mar 1979; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 093-343402-2; Birth Certificate Number 4043 (individual) [CYBER2].

"VANGUARDS OF THE SOLDIERS OF THE CALIPHATE" (a.k.a. DAESH TUNISIA; a.k.a. ISIS-TUNISIA; a.k.a. ISIS-TUNISIA PROVINCE; a.k.a. JUND AL-KHILAFAH FI TUNIS; a.k.a. JUND AL-KHILAFAH IN TUNISIA; a.k.a. SOLDIERS OF THE CALIPHATE IN TUNISIA; a.k.a. TALA I JUND AL-KHILAFAH; a.k.a. "AJNAD"; a.k.a. "JUND AL KHILAFAH"; a.k.a. "JUND AL-KHILAFA"; a.k.a. "SOLDIERS OF THE CALIPHATE"), Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"VASM" (a.k.a. VALIAKHMETOV, Vadim; a.k.a. VALIAKHMETOV, Vadym Firdavysovych (Cyrillic: ВАЛИАХМЕТОВ, Вадим Фирдависович); a.k.a. "MENTOS"; a.k.a. "WELDON"), Russia; DOB 07 May 1981; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"VASYA VOSKRES" (a.k.a. KHRISTOFOROV, Vasili; a.k.a. KHRISTOFOROV, Vasiliy Aleksandrovich (Cyrillic: ХРИСТОФОРОВ, ВАСИЛИЙ АЛЕКСАНДРОВИЧ); a.k.a. "VOSKRES" (Cyrillic: "ВОСКРЕС")), Murjan 6 Sector, Tower D01-T03.1, Apartment 401, Dubai 39409, United Arab Emirates; 19 Berezovaya St., Apt. 152, Nizhny Novgorod, Russia; 2 Kommunalnaya Street, Vryazino,

Shchelkovsky, Moscow, Russia; Apartment 2, House 4, Komsomolskaya Street, Fryazino Settlement, Moscow, Russia; DOB 12 Mar 1972; POB Dzerzhinsk, Nizhny Novgorod, Russia; nationality Russia; Gender Male; Passport 637186356 (Russia); alt. Passport 530266990 (Russia); alt. Passport 1175427; National ID No. 76481815 (United Arab Emirates); alt. National ID No. 2202546110 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"VAYBOS" (a.k.a. VAIBOS; a.k.a. "VYBOS"), Ul. Programmistov D. 4, Str. 3, Office 115, Dubna 141983, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5017105360 (Russia); Registration Number 1155017000456 (Russia) [RUSSIA-EO14024].

"VAZ IMPULS" (a.k.a. LIMITED LIABILITY COMPANY VELIKOLUKSKY BATTERY PLANT IMPULS; a.k.a. VELIKOLUKSKII AKKUMULYATORNYI ZAVOD IMPULS), Ul. Gogolya D. 3, Pomeshch 3, Velikiye Luki 182115, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7722384856 (Russia); Registration Number 5167746421431 (Russia) [RUSSIA-EO14024].

"VB AYYA" (a.k.a. SHIYAM, Ali), Maldives; DOB 25 Oct 1987; POB Male, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F0303172 (Maldives) expires 08 Feb 2020; National ID No. A039352 (Maldives) (individual) [SDGT] (Linked To: AL QA'IDA).

"VBRR" (a.k.a. JOINT STOCK COMPANY RUSSIAN REGIONAL DEVELOPMENT BANK; a.k.a. VSEROSSIYSKY BANK RAZVITIYA REGIONOV), 65/1 Suschevsky Val, Moscow 129594, Russia; SWIFT/BIC RRDBRUMM; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Target Type Financial Institution; Tax ID No. 7736153344 (Russia); Identification Number XC6QLI.00000.LE.643 (Russia); Legal Entity Number 549300FIJ3MYU0VX6Y72; Registration Number 1027739186914 (Russia) [RUSSIA-EO14024].

"VCFO" (a.k.a. CARTEL DE JUAREZ; a.k.a. JUAREZ CARTEL; a.k.a. "CARRILLO FUENTES DRUG TRAFFICKING ORGANIZATION"; a.k.a. "LA LINEA"), Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

"VEB" (f.k.a. BANK FOR FOREIGN TRADE OF THE U.S.S.R.; a.k.a. GK VEB.RF; a.k.a. GOSUDARSTVENNAYA KORPORATSIYA

RAZVITIYA VEB.RF; a.k.a. STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK; a.k.a. STATE DEVELOPMENT CORPORATION VEB.RF (Cyrillic: ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ РАЗВИТИЯ ВЭБ.РФ); a.k.a. VEB.RF (Cyrillic: ВЭБ.РФ); f.k.a. VNESHECONOMBANK; f.k.a. VNESHEKONOMBANK GK; f.k.a. VNESHEKONOMBANK SSSR; a.k.a. "BANK FOR DEVELOPMENT"), Akademik Sakharov Ave 9, Moscow 107996, Russia; Pr-kt, Akademika Sakharova, D. 9, Moscow 107078, Russia (Cyrillic: Пр-Кт Академика Сахарова, Д. 9, Город Москва 107078, Russia); 20A, CITIC Building, 19, Joanguomenwai Dajie, Beijing 100004, China; Shop No. 11, Arcade Ground Floor, World Trade Centre, Cuffe Prade, Colaba, Mumbai 400005, India; SWIFT/BIC BFEARUMM; Website www.veb.ru; BIK (RU) 044525060; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 18 Aug 1922; Target Type State-Owned Enterprise; alt. Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Government Gazette Number 00005061 (Russia); Registration Number 1077711000102 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

"VECTORX" (a.k.a. LIMITED LIABILITY COMPANY VEKTOR IKS), Ter. Innovatsionnogo Tsentra Skolkovo, B-R Bolshoi, D. 42, Str. 1, Floor 3, Pom. 1014, Moscow 121205, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7731342796 (Russia); Registration Number 1177746035389 (Russia) [RUSSIA-EO14024].

"VEK PTO" (a.k.a. CENTURY OF TECHNOLOGIES HTE CO LTD; a.k.a. CENTURY OF TECHNOLOGIES HTE COMPANY LIMITED; a.k.a. OOO VEK TEKHNOLOGII PTO; a.k.a. VEK TECHNOLOGIES PTO), Pl. Karla Faberzhe D. 8, Lit. A, Pomeshch 8-N, Kom. 22, Saint Petersburg 195112, Russia; Ul. Nikpolskaya 6,

Building 2, Bipark Center, Office 618 (Floor 6), Moscow 117403, Russia; Sverdlovsky Tract, House 12, Office 34, Chelyabinsk 454036, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7806446153 (Russia); Registration Number 1109847047023 (Russia) [RUSSIA-EO14024].

"VELESSTROY" (f.k.a. AMERKO OOO; a.k.a. OBSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VELESSTROI; a.k.a. VELESSTROI LIMITED LIABILITY COMPANY; a.k.a. VELESSTROY LIMITED LIABILITY COMPANY), UL. 2-YA Tverskaya-Yamskaya D. 10, Moscow 125047, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 04 Apr 2008; Tax ID No. 7709787790 (Russia); Government Gazette Number 85762734 (Russia); Registration Number 1087746466950 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"Veliki Slavian" (a.k.a. PETROVSKIY, Yan Igorevich; a.k.a. PETROVSKY, Jan; a.k.a. PETROVSKY, Yan; a.k.a. "Velikyi Slavyan"), Russia; Ukraine; Norway; DOB 02 Jan 1987; POB Irkutsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: TASK FORCE RUSICH).

"Velikyi Slavyan" (a.k.a. PETROVSKIY, Yan Igorevich; a.k.a. PETROVSKY, Jan; a.k.a. PETROVSKY, Yan; a.k.a. "Veliki Slavian"), Russia; Ukraine; Norway; DOB 02 Jan 1987; POB Irkutsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024. (individual) [RUSSIA-EO14024] (Linked To: TASK FORCE RUSICH).

"VELVET CHOLLIMA" (a.k.a. KIMSUKY; a.k.a. "APT43"; a.k.a. "ARCHIPELAGO"; a.k.a. "BLACK BANSHEE"; a.k.a. "EMERALD SLEET"; a.k.a. "NICKEL KIMBALL"; a.k.a. "THALLIUM"), Korea, North; Website onerearth.xyz; alt. Website sovershopp.online; alt. Website mofa.lat; alt. Website janskinmn.lol; alt. Website supermeasn.lat; alt. Website bookstarrtion.online; alt. Website cdredos.site; alt. Website scemsal.site; alt. Website somelmark.store; Email Address hongsiao@naver.com; alt. Email Address teriparl25@gmail.com; alt. Email Address seanchung.hanvoice@hotmail.com; alt. Email Address pkurui9999@gmail.com; alt. Email Address ssdkfdlsfd@gmail.com; alt. Email

Address haris2022100@outlook.com; alt. Email Address bing2020@outlook.kr; alt. Email Address marksigal1001@gmail.com; alt. Email Address donghyunkim1010@gmail.com; alt. Email Address hong_xiao@naver.com; alt. Email Address sm.carls0000@gmail.com; alt. Email Address kennedypamla@gmail.com; alt. Email Address ds1kdie@aol.com; alt. Email Address ds1kde@daum.net; alt. Email Address yoon.dasl@yahoo.com; alt. Email Address syshim10@mofa.lat; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

"VESELINOVIC, Zarko" (a.k.a. VESELINOVIC, Zharko Jovan), Kralj Peter St., Mitrovica, Kosovo; DOB 23 Feb 1985; POB Dolane Village, Zvecan, Kosovo; nationality Serbia; alt. nationality Kosovo; Gender Male; Driver's License No. 2806 (Serbia); Identification Number 1502145386 (individual) [GLOMAG].

"VEVAK" (a.k.a. IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY; a.k.a. VEZARAT-E ETTELA'AT VA AMNIAT-E KESHVAR; a.k.a. "MOIS"), bounded roughly by Sanati Street on the west, 30th Street on the south, and Iraqi Street on the east, Tehran, Iran; Ministry of Intelligence, Second Negarestan Street, Pasdaran Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target Type Government Entity [SDGT] [IFSR] [IRAN-HR] [HRIT-IR] [CYBER2] [HOSTAGES-EO14078].

"VIAM" (Cyrillic: "ВИАМ") (a.k.a. ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF AVIATION MATERIALS; a.k.a. FEDERAL STATE UNITARY ENTERPRISE ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF AVIATION MATERIALS OF THE NATIONAL RESEARCH CENTER KURCHATOV INSTITUTE STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION; a.k.a. NRC KURCHATOV INSTITUTE - VIAM; a.k.a. VSEROSSISKIY INSTITUT AVIATSIONNYKH MATERIALOV (Cyrillic: ВСЕРОССИЙСКИЙ ИНСТИТУТ АВИАЦИОННЫХ МАТЕРИАЛОВ); a.k.a. VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT AVIATSIONNYKH MATERIALOV), 17, Radio

Street, Moscow, Russia; Website www.viam.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701024933 (Russia) [RUSSIA-EO14024].

"VIEJO DAN" (a.k.a. CAMPBELL LICONA, David Elias; a.k.a. PEREZ PAZ, Jorge Eduardo; a.k.a. "CAMPBELL, David"; a.k.a. "DON DAVID"), Nicaragua; DOB 18 Mar 1967; alt. DOB 20 Oct 1967; alt. DOB 02 Jan 1964; POB San Pedro Sula, Honduras; nationality Honduras; Gender Male; Numero de Identidad 0501-1967-02094 (Honduras) (individual) [TCO] (Linked To: MS-13).

"VIEJO PAVAS" (a.k.a. MENDOZA FIGUEROA, Jose Luis (Latin: MENDOZA FIGUEROA, José Luís)); DOB 12 Nov 1964; POB El Salvador; citizen El Salvador (individual) [TCO].

"VIEJO SANTOS" (a.k.a. RIVERA-LUNA, Moises Humberto; a.k.a. "SANTOS"); DOB 23 May 1969; POB San Salvador, El Salvador; nationality El Salvador (individual) [TCO].

"VIMPEL" (a.k.a. JSC MAC VYMPEL; a.k.a. PUBLIC JOINT STOCK COMPANY VYMPEL INTERSTATE CORPORATION; a.k.a. VYMPEL INTERSTATE COMMERCIAL CORPORATION; a.k.a. VYMPEL MAK PAO DEFENSE CORPORATION), 10, BLD. 1 Geroyev Panfilovtsev, Moscow 125480, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 29 Sep 1992; Tax ID No. 7714041693 (Russia); Registration Number 1027700341855 (Russia) [RUSSIA-EO14024].

"VIOWATER" (a.k.a. PROLIMPH; a.k.a. PROLIMPH QUIMICOS EN GENERAL, S.A. DE C.V.; a.k.a. PROLIMPH SOLUCIONES INTEGRALES, QUIMICAS Y DE LIMPIEZA; a.k.a. VIOSCLEAN), Culiacan, Sinaloa, Mexico; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Dec 2022; Organization Type: Manufacture of chemicals and chemical products; R.F.C. PQG221207FX8 (Mexico); Folio Mercantil No. N-2022085613 (Mexico) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CONDE URAGA, Martha Emilia).

"VIP ROOM" (a.k.a. SUPLINKA SRL), Av. Abraham Lincoln Esq. Independencia, Zona Universitaria, Santo Domingo, Dominican Republic; Tax ID No. 131-40246-1 (Dominican Republic) [SDNTK].

"VISAJE" (a.k.a. PALENCIA GONZALEZ, Cipriam Manuel); DOB 18 Apr 1979; POB Valencia, Cordoba, Colombia; citizen Colombia; Cedula No. 10903608 (Colombia) (individual) [SDNTK].

"VISCO" (a.k.a. VIAN STEEL COMPLEX; a.k.a. VIAN STEEL MELTING AND CASTING COMPANY), No. 16, Esfandiar Blvd., Vali-e Asr Ave., Tehran 1968656391, Iran; 42nd Km. of Hamedan- Tehran Road, South Eastern of Mofatteh Power Plant, Hamedan, Iran; Website www.viansteel.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

"VITEL HOMME" (a.k.a. INNOCENT, Vitel Homme; a.k.a. INNOCENT, Vitel'homme; a.k.a. INNOCENT, Vitelhomme; a.k.a. VITEL'HOMME, Innocent), Port-au-Prince, Haiti; DOB 08 Nov 1985 to 07 Nov 1986; nationality Haiti; Gender Male (individual) [GLOMAG].

"VKS" (a.k.a. RUSSIAN AEROSPACE FORCES), Kolymazhnyy Pereulok 14, Moscow, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Aug 2015; Target Type Government Entity [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

"VLADEX" (a.k.a. LIMITED LIABILITY COMPANY VLADEKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЛАДЕКС); a.k.a. LLC VLADEKS (Cyrillic: ООО ВЛАДЕКС)), ul. Volkhovskaya, d. 29, office 505, Vladivostok 690018, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Mar 2018; Tax ID No. 2543123270 (Russia); Registration Number 1182536008710 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Kirill Konstantinovich).

"VLADIMIR BILIY" (a.k.a. PICHUGIN, Yuri Viktorovich (Cyrillic: ПИЧУГИН, ЮРИЙ ВИКТОРОВИЧ); a.k.a. PICHUGIN, Yuriy; a.k.a. PICHUGIN, Yury; a.k.a. "PICHUGA" (Cyrillic: "ПИЧУГА"); a.k.a. "VOLODYMYR BILYY"), 2/1 Geroyev Panfilovtsev Street, Moscow, Russia; Barviha Hills, Moscow, Russia; DOB 18 Oct 1965; POB Azanka, Tavdinsky District, Sverdlovsk Oblast, Russia; nationality Russia; Gender Male; Passport 618684 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"VMC LLC" (a.k.a. LIMITED LIABILITY COMPANY VOSKHOD MANAGEMENT COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ ВОСХОД)), 17 Okeanskiy Avenue, Office T9, Vladivostok, Primorskiy Krai 690091, Russia; 3

Dolgoprudnenskoye Highway, Complex XI, Floor 4, Room 32, Northern Municipal District, Moscow 127495, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 21 Oct 2021; Tax ID No. 9715408154 (Russia); Registration Number 1217700508563 (Russia) [RUSSIA-EO14024].

"VNIGAZ" (a.k.a. GAZPROM VNIIGAZ; a.k.a. GAZPROM VNIIGAZ, OOO (Cyrillic: ООО ГАЗПРОМ ВНИИГАЗ); a.k.a. LLC VNIIGAZ; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'NAUCHNO-ISSLEDOVATELSKI INSTITUT PRIRODNYKH GAZOV I GAZOVYKH TEKHNOLOGI - GAZPROM VNIIGAZ' (Cyrillic: НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ПРИРОДНЫХ ГАЗОВ И ГАЗОВЫХ ТЕХНОЛОГИЙ - ГАЗПРОМ ВНИИГАЗ); f.k.a. "ALL UNION SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES"; a.k.a. "LIMITED LIABILITY COMPANY SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES"), 15 Gazovikov St., bld. 1, Razvilka, Leninski Raion, Moskovskaya obl. 142717, Russia; Sevastopolskaya St. 1A, Ukhta, Komi Republic, Russia; Website www.vniigaz.ru; Email Address adm@vniigaz.gazprom.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 30 Jun 1999; Registration ID 1025000651598; Tax ID No. 5003028155; Government Gazette Number 31323949; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM).

"VNIIA" (a.k.a. ALL-RUSSIA RESEARCH INSTITUTE OF AUTOMATICS; a.k.a. FEDERAL STATE UNITARY ENTERPRISE ALL-RUSSIAN AUTOMATICS RESEARCH INSTITUTE NAMED AFTER N.L. DUKHOV; a.k.a. FEDERAL STATE UNITARY ENTERPRISE DUKHOV AUTOMATICS RESEARCH INSTITUTE), 22 Sushchevskaya st., Moscow 127055, Russia; Secondary sanctions risk: See Section 11 of Executive

Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 15 Apr 1994; Tax ID No. 7707074137 (Russia); Registration Number 1027739646164 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"VNIIEF" (a.k.a. ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. ARZAMAS-16; a.k.a. AVANGARD ELECTROMECHANICAL PLANT; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. KHARITON INSTITUTE; a.k.a. SAROV NUCLEAR WEAPONS PLANT; a.k.a. VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT EKSPERIMENTALNOY; a.k.a. "RFNC-VNIIEF"), 10 Muzrukov Ave, Sarov, Nizhny Novgorod Region 607188, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 1992; Tax ID No. 5254001230 (Russia); Registration Number 1025202199791 (Russia) [RUSSIA-EO14024].

"VNIIRT" (a.k.a. JOINT STOCK COMPANY VSEROSSIYSKY INSTITUTE FOR SCIENTIFIC RESEARCH RADIOTEKHNIKI; a.k.a. JSC ALL RUSSIAN RESEARCH INSTITUTE OF RADIO ENGINEERING), 22 Bolshaya Pochtovaya st., Moscow 105082, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 06 Nov 2020; Tax ID No. 7701315700 (Russia); Registration Number 1027701015352 (Russia) [RUSSIA-EO14024].

"VNIITF" (a.k.a. CHELYABINSK-70; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ACADEMICIAN E.I. ZABABKHIN ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. KASLI NUCLEAR WEAPONS DEVELOPMENT CENTER; a.k.a. RUSSIAN FEDERAL NUCLEAR CENTER - ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. VSEROSSIYSKY NAUCHNO-ISSLEDOVATELSKIY INSTITUT TEKHNICHESKOY FIZIKI; a.k.a. ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. ZABABAKHIN INSTITUTE; a.k.a. "RFNC-VNIITF"), P.O. Box 245, Snezhinsk, Chelyabinsk Region 456770, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1955; Tax ID No. 7423000572 (Russia); Registration Number 1027401350932 (Russia) [UKRAINE-EO13662] [RUSSIA-EO14024].

"VOLAT" (a.k.a. MINSK WHEEL TRACTOR PLANT (Cyrillic: МИНСКИЙ ЗАВОД КОЛЕСНЫХ ТЯГАЧЕЙ); a.k.a. MINSK WHEEL TRACTOR PLANT JSC; a.k.a. MINSK WHEEL TRACTOR PLANT OPEN JOINT STOCK COMPANY; a.k.a. MINSK WHEELED TRACTOR PLANT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII ZAVOD KOLESNYKH TYAGACHEI; a.k.a. "OJSC MWPT"; a.k.a. "OJSC MZKT" (Cyrillic: "ОАО МЗКТ")), Partizanski Ave 150, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Registration Number 100534485 (Belarus) [NPWMD] [BELARUS-EO14038].

"VOLHVB" (a.k.a. GALOCHKIN, Maksim; a.k.a. "BENTLEY"; a.k.a. "CRYPT"), Abakan, Russia; DOB 19 May 1982; nationality Russia; Email Address volhvb@mail.ru; alt. Email Address volhvb@live.ru; alt. Email Address volhvb@yandex.ru; alt. Email Address volhvb@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"VOLODYMYR BILYY" (a.k.a. PICHUGIN, Yuri Viktorovich (Cyrillic: ПИЧУГИН, ЮРИЙ ВИКТОРОВИЧ); a.k.a. PICHUGIN, Yuriy; a.k.a. PICHUGIN, Yury; a.k.a. "PICHUGA" (Cyrillic: "ПИЧУГА"); a.k.a. "VLADIMIR BILIY"), 2/1 Geroyev Panfilovtsev Street, Moscow, Russia; Barviha Hills, Moscow, Russia; DOB 18 Oct 1965; POB Azanka, Tavdinsky District, Sverdlovsk Oblast, Russia; nationality Russia; Gender Male; Passport 618684 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"VOSKRES" (Cyrillic: "ВОСКРЕС") (a.k.a. KHRISTOFOROV, Vasili; a.k.a. KHRISTOFOROV, Vasiliy Aleksandrovich (Cyrillic: ХРИСТОФОРОВ, ВАСИЛИЙ АЛЕКСАНДРОВИЧ); a.k.a. "VASYA VOSKRES"), Murjan 6 Sector, Tower D01-T03.1, Apartment 401, Dubai 39409, United Arab Emirates; 19 Berezovaya St., Apt. 152, Nizhny Novgorod, Russia; 2 Kommunalnaya Street, Vryazino, Shchelkovsky, Moscow, Russia; Apartment 2, House 4, Komsomolskaya Street, Fryazino Settlement, Moscow, Russia; DOB 12 Mar 1972; POB Dzerzhinsk, Nizhny Novgorod, Russia; nationality Russia; Gender Male; Passport 637186356 (Russia); alt. Passport 530266990 (Russia); alt. Passport 1175427; National ID No. 76481815 (United Arab Emirates); alt. National ID No. 2202546110 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"VR - RESURS OOO" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSVENNOSTYU VR-RESURS), Ter. Letno-Ispytatelnyi Kompleks, VL 1, Shchelkovo 141103, Russia; Ul. Lenina D. 11, Shchelkovo 141103, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Aug 2008; Tax ID No. 5027138478 (Russia); Registration Number 1085027009572 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"VSC" (a.k.a. VOSTOCHNAYA STEVEDORING COMPANY LLC (Cyrillic: ВОСТОЧНАЯ СТИВИДОРНАЯ КОМПАНИЯ ООО); a.k.a. "OOO VSK"), 14a, ul. Vnutriportovaya. Vrangel-1, Nakhodka 692941, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2508064833 (Russia); Registration Number 1042501609039 (Russia) [RUSSIA-EO14024].

"VSK PAO" (a.k.a. JOINT STOCK COMPANY HELICOPTER SERVICE COMPANY; a.k.a. "AO VSK"; a.k.a. "HELICOPTER SERVICE COMPANY"), Ul. Bolshaya Pionerskaya D. 1, Moscow 115054, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 17 Feb 2003; Tax ID No. 7704252960 (Russia); Registration Number 1037704005041 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"VTA COMMAND" (a.k.a. COMMAND OF THE MILITARY TRANSPORT AVIATION; a.k.a. FEDERAL STATE INSTITUTION MILITARY UNIT 25969; a.k.a. FEDERALNOE KAZENNOE UCHREZHDENIE VOISKOVAIA CHAST 25969; a.k.a. "MILITARY TRANSPORT AVIATION" (Cyrillic: "ВОЕННО-ТРАНСПОРТНАЯ АВИАЦИЯ"); a.k.a. "VTA" (Cyrillic: "ВТА")), ul. Matrosskaia Tishina, 10, Moscow 107014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jun 1931; Target Type Government Entity; Tax ID No. 7718786880 (Russia); Registration Number 1097746767821

(Russia) [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

"VTA" (Cyrillic: "BTA") (a.k.a. COMMAND OF THE MILITARY TRANSPORT AVIATION; a.k.a. FEDERAL STATE INSTITUTION MILITARY UNIT 25969; a.k.a. FEDERALNOE KAZENNOE UCHREZHDENIE VOISKOVAIA CHAST 25969; a.k.a. "MILITARY TRANSPORT AVIATION" (Cyrillic: "ВОЕННО-ТРАНСПОРТНАЯ АВИАЦИЯ"); a.k.a. "VTA COMMAND"), ul. Matrosskaia Tishina, 10, Moscow 107014, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 01 Jun 1931; Target Type Government Entity; Tax ID No. 7718786880 (Russia); Registration Number 1097746767821 (Russia) [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

"VYBOS" (a.k.a. VAIBOS; a.k.a. "VAYBOS"), Ul. Programmistov D. 4, Str. 3, Office 115, Dubna 141983, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5017105360 (Russia); Registration Number 1155017000456 (Russia) [RUSSIA-EO14024].

"VZSM" (a.k.a. LIMITED LIABILITY COMPANY VOLGOGRAD SHIP ENGINEERING PLANT; a.k.a. VOLGOGRADSKII ZAVOD SUDOVOGO MASHINOSTROENIYA), Ul. Im. Arsenyeva D.2, Kabinet 17, Volgograd 400112, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 3461065380 (Russia); Registration Number 1193443012553 (Russia) [RUSSIA-EO14024].

"WAFRA" (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

"WA'IL, Hajji" (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

"WAKEMEUPUPUP" (a.k.a. WU, Huihui; a.k.a. "FAST4RELEASE"), China; DOB 15 Dec 1988; POB Shandong, China; nationality China; Gender Male; Digital Currency Address - XBT 1986rYHckYbJpGQJy6ornuMyD2N5MTqwDt; alt. Digital Currency Address - XBT 125W5ek3DT6Zqy5S2iPt4FHQdNMCbZA3FU; alt. Digital Currency Address - XBT 1Kc6egXevyLEaeTxLFA1Zyw7GuhCN8jQtt; alt. Digital Currency Address - XBT 12w6v1qAaBc4W8h8C2Cu5SKFaKDSv3erUW; alt. Digital Currency Address - XBT 1CPJak9ZyddbawMGJPyEhCiJLXXb4sYv8N; alt. Digital Currency Address - XBT 1DJoVLgn1foJHHngduRPJvRbwpaFEKxvxd; alt. Digital Currency Address - XBT 15kZobLkD6HZgEECtz4oS2Vz21XHTnNfSg; alt. Digital Currency Address - XBT 15qyVrZvvVGvB7GWiAZ82TNcZ6QWMKu3kx; alt. Digital Currency Address - XBT 12YCfVAEzkEZXBYhUTyJJaRkgMXiFxJgcu;

alt. Digital Currency Address - XBT 1MkCnCa9agS5t6V1B15bzusBgYECB4LfWp; alt. Digital Currency Address - XBT 1NuBZQXJPyYQGfoBib8wWBDpZmbtkJa5Ba; alt. Digital Currency Address - XBT 14rjAD8ZP5xaL571cMRE98qgxxbg1S8mAN; alt. Digital Currency Address - XBT 18yWCu6agTxYqAerMxiz9sgHrK3ViezzGa; alt. Digital Currency Address - XBT 12jVCWW1ZhTLA5yVnroEJswqKwsfiZKsax; alt. Digital Currency Address - XBT 1J378PbmTKn2sEw6NBrSWVfjZLBZW3DZem; alt. Digital Currency Address - XBT 18aqbRhHupgvC9K8qEqD78phmTQQWs7B5d; alt. Digital Currency Address - XBT 16ti2EXaae5izfkUZ1Zc59HMcsdnHpP5QJ; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport E59165201 (China) expires 01 Sep 2025; Identification Number 371326198812157611 (China) (individual) [DPRK3] (Linked To: LAZARUS GROUP).

"Wakrici" (a.k.a. BOURAS, Sami Bashur; a.k.a. "Khadim"); DOB 1974 to 1976; citizen Sweden; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M323879 (Tunisia) (individual) [SDGT].

"WALTER, Muhammad" (a.k.a. AL-NASHIRI, Ibrahim; a.k.a. AL-NASHIRI, Ibrahim Muhammad; a.k.a. AL-NASHIRI, Ibrahim Muhammad Lutf; a.k.a. "ABU HAYDAR"), Yemen; China; DOB 1977; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 07761836 (Yemen); National ID No. 115330051 (Yemen) (individual) [SDGT].

"WANG, Rose" (a.k.a. WANG, Guodan), P.O. Box 8064, Koror, Palau; DOB 22 Jan 1977; nationality China; Gender Female; Passport E85782076 (China) (individual) [TCO] (Linked To: GRAND LEGEND INTERNATIONAL ASSET MANAGEMENT GROUP CO. LTD.).

"WARNEL" (a.k.a. SANCHEZ NOLASCO, Boarnerges), Dominican Republic; DOB 02 Jul 1976; POB Hato Mayor, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 001-1595659-1 (Dominican Republic) (individual) [SDNTK] (Linked To: CESAR PERALTA DRUG TRAFFICKING ORGANIZATION).

"WAZAWAKA" (a.k.a. MATVEEV, Mihail Pavlovich; a.k.a. MATVEEV, Mikhail Pavlovich; a.k.a. MATVEYEV, Mikhail P; a.k.a. "BORISELCIN"; a.k.a. "M1X"; a.k.a. "MATVEYEV, Mikhail Mix" (Cyrillic: **"МАТВЕЕВ, Михаил Mix"**); a.k.a. "MATYEEV, Mikhail" (Cyrillic: **"МАТВЕЕВ, Михаил"**); a.k.a. "UHODIRANSOMWAR"), 8 Serzhana Koloskova Street, Apartment 6, Kaliningrad, Russia; DOB 17 Aug 1992; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 733584513 (Russia) (individual) [CYBER2].

"WAZIRI, Saidullah" (a.k.a. HAMAS, Saidullah; a.k.a. JAN, Saidullah; a.k.a. KHAMAS, Sayedullah; a.k.a. KHAN, Abid; a.k.a. KHAN, Saidullah); DOB 1982; alt. DOB 11 Sep 1985; POB Giyan District, Paktika Province, Afghanistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2170525247081 (Pakistan); Mulawi (individual) [SDGT].

"WDO" (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

"WEB3 TECH" (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU VEB3 TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЕБ3 ТЕХНОЛОГИИ); a.k.a. "LIMITED LIABILITY COMPANY WEB3 TECHNOLOGIES" (Cyrillic: **"ООО ВЕЙВ3"**); a.k.a. "WEB3 TECHNOLOGY LLC"), Nab. Bersenevskaya D. 6, Str 3, Et 4 Pom.I Kom 9, Moscow 119072, Russia; Website https://www.web3tech.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Aug 2017; Tax ID No. 7724417440 (Russia) [RUSSIA-EO14024].

"WEB3 TECHNOLOGY LLC" (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU VEB3 TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЕБ3 ТЕХНОЛОГИИ); a.k.a. "LIMITED LIABILITY COMPANY WEB3 TECHNOLOGIES" (Cyrillic: **"ООО ВЕЙВ3"**); a.k.a. "WEB3 TECH"), Nab. Bersenevskaya D. 6, Str 3, Et 4 Pom.I Kom 9, Moscow 119072, Russia; Website https://www.web3tech.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 11 Aug 2017; Tax ID No. 7724417440 (Russia) [RUSSIA-EO14024].

"WEDI" (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahman; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

"WEI HSUEH LUNG" (a.k.a. APHICHART, Cheewinprapasi; f.k.a. HAI HSING, Sae Wei; a.k.a. HKIM, Aik Hsam; a.k.a. SOONTHRON, Cheewinprapasri; a.k.a. SUNTHORN, Chiwinpraphasi; a.k.a. WEI, Hsueh Lung; a.k.a. "CHAIRMAN KEUN"; a.k.a. "KEUN DONG"; a.k.a. "KEUN SEU CHANG"; a.k.a. "TI JUNG"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; Pang Poi, Shan, Burma; Na Lot, Shan, Burma; 409/4, Soi Wachiratham Sathit 34, Khwaeng Bang Chak, Khet Phra Khanong, Bangkok, Thailand; DOB 1936; POB Chiang Rai, Thailand; Passport B265235 (Thailand); National Foreign ID Number 5570700010951 (Thailand) (individual) [SDNTK].

"WEI HSUEH YING" (a.k.a. PHAIROJ, Samoechainuek; a.k.a. PHAIROT, Mopokoo; a.k.a. PHITAK, Samoechainuek; a.k.a. WEI, Hsueh Ying; a.k.a. WEI, Hsueh Yuan; a.k.a. WEI, Hsueh Yun; a.k.a. "WEI HSUEH YUAN"), Huay Aw, Shan, Burma; DOB 1952; alt. DOB 1956; National ID No. 3570900338725 (Thailand) (individual) [SDNTK].

"WEI HSUEH YUAN" (a.k.a. PHAIROJ, Samoechainuek; a.k.a. PHAIROT, Mopokoo; a.k.a. PHITAK, Samoechainuek; a.k.a. WEI, Hsueh Ying; a.k.a. WEI, Hsueh Yuan; a.k.a. WEI, Hsueh Yun; a.k.a. "WEI HSUEH YING"), Huay Aw, Shan, Burma; DOB 1952; alt. DOB 1956; National ID No. 3570900338725 (Thailand) (individual) [SDNTK].

"WEI, David" (a.k.a. WEI, Zun Yi; a.k.a. WEI, Zunyi), Beijing, China; DOB 20 Dec 1975; POB Shandong, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport EE1650028 (China) issued 28 Aug 2018 expires 27 Aug 2028; National ID No. 370922197512201811 (China) (individual) [NPWMD] [IFSR] (Linked To: HONG KONG KE.DO INTERNATIONAL TRADE CO., LIMITED).

"WEJANG, Joseph Manytuil" (a.k.a. WAJANG, Joseph Mantiel; a.k.a. WEJANG, Nguen Monytuil; a.k.a. WEJJANG, Joseph Monytuil), Bentiu, Unity, Sudan; DOB 1962; POB Sudan; nationality South Sudan; Gender Male; Passport 1561 (Sudan) expires 15 May 2006 (individual) [SOUTH SUDAN].

"WELDON" (a.k.a. VALIAKHMETOV, Vadim; a.k.a. VALIAKHMETOV, Vadym Firdavysovych (Cyrillic: ВАЛИАХМЕТОВ, Вадим

Фирдависович); a.k.a. "MENTOS"; a.k.a. "VASM"), Russia; DOB 07 May 1981; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"WELFARE & DEVELOPMENT ORGANIZATION" (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

"WELFARE AND DEVELOPMENT ORG" (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

"WELFARE AND DEVELOPMENT ORGANIZATION" (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORG"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

"WEST-OST" (a.k.a. LLC VEST-OST), Gotvalda ul d. 21/2, Yekaterinburg 620107, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6670249749 (Russia); Registration Number 1096670008434 (Russia) [RUSSIA-EO14024].

"WHOIS HACKING TEAM" (a.k.a. LAZARUS GROUP; a.k.a. "APPLEWORM"; a.k.a. "APT-C-26"; a.k.a. "GROUP 77"; a.k.a. "GUARDIANS OF PEACE"; a.k.a. "HIDDEN COBRA"; a.k.a. "OFFICE 91"; a.k.a. "RED DOT"; a.k.a. "TEMP.HERMIT"; a.k.a. "THE NEW ROMANTIC CYBER ARMY TEAM"; a.k.a. "ZINC"), Potonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0x098B716B8Aaf21512996dC57EB0615e2383E2f96; alt. Digital Currency Address - ETH 0xa0e1c89Ef1a489c9C7dE96311eD5Ce5D32c20E4B; alt. Digital Currency Address - ETH 0x3Cffd56B47B7b41c56258D9C7731ABaDc360E073; alt. Digital Currency Address - ETH 0x53b6936513e738f44FB50d2b9476730C0Ab3Bfc1; alt. Digital Currency Address - ETH 0x35fB6f6DB4fb05e6A4cE86f2C93691425626d

4b1; alt. Digital Currency Address - ETH 0xF7B31119c2682c88d88D455dBb9d5932c65Cf1bE; alt. Digital Currency Address - ETH 0x3e37627dEAA754090fBFbb8bd226c1CE66D255e9; alt. Digital Currency Address - ETH 0x08723392Ed15743cc38513C4925f5e6be5c17243; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"Wicho de Los Reyes" (a.k.a. BARRAGAN CHAVEZ, Luis Enrique; a.k.a. "El R5"; a.k.a. "Guicho"; a.k.a. "Guicho de Los Reyes"; a.k.a. "Wicho"), Mexico; DOB 10 Nov 1986; POB Jalisco, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. BACL861110HJCRHS06 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTELES UNIDOS).

"Wicho" (a.k.a. BARRAGAN CHAVEZ, Luis Enrique; a.k.a. "El R5"; a.k.a. "Guicho"; a.k.a. "Guicho de Los Reyes"; a.k.a. "Wicho de Los Reyes"), Mexico; DOB 10 Nov 1986; POB Jalisco, Mexico; nationality Mexico; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.U.R.P. BACL861110HJCRHS06 (Mexico) (individual) [SDGT] [ILLICIT-DRUGS-EO14059] (Linked To: CARTELES UNIDOS).

"WILAYAT AL-TARABLUS" (a.k.a. ISIL-LIBYA; a.k.a. ISIS-LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-LIBYA; a.k.a. "ISIS-L"; a.k.a. "WILAYAT BARQA"; a.k.a. "WILAYAT FEZZAN"; a.k.a. "WILAYAT TARABLUS"; a.k.a. "WILAYAT TRIPOLITANIA"), Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"WILAYAT AL-YEMEN" (a.k.a. ISIL-YEMEN; a.k.a. ISIS IN YEMEN; a.k.a. ISLAMIC STATE IN YEMEN; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN YEMEN; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-YEMEN; a.k.a. "PROVINCE OF YEMEN"), Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"WILAYAT BARQA" (a.k.a. ISIL-LIBYA; a.k.a. ISIS-LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-LIBYA; a.k.a. "ISIS-L"; a.k.a. "WILAYAT AL-TARABLUS"; a.k.a. "WILAYAT FEZZAN"; a.k.a. "WILAYAT TARABLUS"; a.k.a. "WILAYAT TRIPOLITANIA"), Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"WILAYAT FEZZAN" (a.k.a. ISIL-LIBYA; a.k.a. ISIS-LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-LIBYA; a.k.a. "ISIS-L"; a.k.a. "WILAYAT AL-TARABLUS"; a.k.a. "WILAYAT BARQA"; a.k.a. "WILAYAT TARABLUS"; a.k.a. "WILAYAT TRIPOLITANIA"), Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"WILAYAT NAJD" (a.k.a. HIJAZ PROVINCE OF THE ISLAMIC STATE; a.k.a. ISIL-SAUDI ARABIA; a.k.a. ISIS IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-SAUDI ARABIA; a.k.a. MUJAHIDEEN OF THE ARABIAN PENINSULA; a.k.a. WILAYAT AL-HARAMAYN; a.k.a. "AL-HIJAZ PROVINCE"; a.k.a. "NAJD PROVINCE"; a.k.a. "PROVINCE OF THE TWO HOLY PLACES"), Hijaz and Asir Provinces, Najd region, Saudi Arabia; Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"WILAYAT TARABLUS" (a.k.a. ISIL-LIBYA; a.k.a. ISIS-LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-LIBYA; a.k.a. "ISIS-L"; a.k.a. "WILAYAT AL-TARABLUS"; a.k.a. "WILAYAT BARQA"; a.k.a. "WILAYAT FEZZAN"; a.k.a. "WILAYAT TRIPOLITANIA"), Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"WILAYAT TRIPOLITANIA" (a.k.a. ISIL-LIBYA; a.k.a. ISIS-LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-LIBYA; a.k.a. "ISIS-L"; a.k.a. "WILAYAT AL-TARABLUS"; a.k.a. "WILAYAT BARQA"; a.k.a. "WILAYAT FEZZAN"; a.k.a. "WILAYAT TARABLUS"), Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"Wilmer Guayabal" (a.k.a. PEREZ CASTILLO, Wilmer Jose), Venezuela; DOB 19 Aug 1985; POB Venezuela; nationality Venezuela; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. V-17789572 (Venezuela) (individual) [SDGT] [TCO] (Linked To: TREN DE ARAGUA).

"WILSON, Joseph" (a.k.a. JOSEPH, Wilson; a.k.a. "BEENIE"; a.k.a. "BIG CHIEF"; a.k.a. "LAMO SANJOU"; a.k.a. "LANMO SAN JOU" (Latin: "LANMÒ SAN JOU"); a.k.a. "LANMOU100JOU"), Port-au-Prince, Haiti; DOB 28 Feb 1993; POB Lascahobas, Central Department, Haiti; nationality Haiti; Gender Male (individual) [GLOMAG].

"WIN, Sein" (a.k.a. WIN, Saw Sein), Burma; DOB 15 Aug 1965; nationality Burma; Gender Male (individual) [BURMA-EO14014] [CYBER4] (Linked To: DEMOCRATIC KAREN BENEVOLENT ARMY).

"WINNERS CONSTRUCTION" (a.k.a. WINNERS CONSTRUCTION COMPANY LIMITED), South Sudan; Organization Established Date 06 Sep 2019; Organization Type: Construction of roads and railways; Registration Number 32696 (South Sudan) [GLOMAG] (Linked To: BOL MEL, Benjamin).

"WITNESSES IN BLOOD" (a.k.a. AL-MULATHAMUN BATTALION; a.k.a. AL-MULATHAMUN BRIGADE; a.k.a. AL-MULATHAMUN MASKED ONES BRIGADE; a.k.a. AL-MURABITOUN; a.k.a. AL-MUWAQQI'UN BIL-DIMA; a.k.a. KHALED ABU AL-ABBAS BRIGADE; a.k.a. SIGNATORIES IN BLOOD; a.k.a. SIGNED-IN-BLOOD BATTALION; a.k.a. THOSE SIGNED IN BLOOD BATTALION; a.k.a. THOSE WHO SIGN IN BLOOD; a.k.a. "MASKED MEN BRIGADE"; a.k.a. "THE SENTINELS"), Algeria; Mali; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"WIV S.A." (a.k.a. WIV, SOCIEDAD ANONIMA; a.k.a. "WIVSA"), Aldea Los Angeles, Zona 0 Carretera, Tecun Uman, San Marcos, Guatemala; Organization Established Date 09

Dec 2015; Organization Type: Other business support service activities n.e.c.; NIT # 92345093 (Guatemala) [ILLICIT-DRUGS-EO14059] (Linked To: SUNIGA MORFIN, Isel Aneli).

"WIVSA" (a.k.a. WIV, SOCIEDAD ANONIMA; a.k.a. "WIV S.A."), Aldea Los Angeles, Zona 0 Carretera, Tecun Uman, San Marcos, Guatemala; Organization Established Date 09 Dec 2015; Organization Type: Other business support service activities n.e.c.; NIT # 92345093 (Guatemala) [ILLICIT-DRUGS-EO14059] (Linked To: SUNIGA MORFIN, Isel Aneli).

"WOMEN'S KAHRIZAK" (a.k.a. GHARCHAK PRISON; a.k.a. QARCHAK PRISON; a.k.a. QARCHAK WOMEN'S PRISON; a.k.a. SHAHR-E REY PRISON), Varamin Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

"WOOD PROCESSING COMPANY LTD" (a.k.a. LIMITED LIABILITY COMPANY DEREVOOBRABATYVAYUSHCHAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДЕРЕВООБРАБАТЫВАЮЩАЯ КОМПАНИЯ)), ul. Zavodskaya 5, Kamensk-Uralski 623405, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 6612021872 (Russia); Registration Number 1069612021929 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY KAMENSK URALSKIY METALLURGICHESKIY ZAVOD).

"WSIEC" (a.k.a. WUHAN LONGHUA WEIYE INDUSTRY AND TRADE CO., LTD; a.k.a. WUHAN SANJIANG IMP. & EXP. CO. LTD.; a.k.a. WUHAN SANJIANG IMPORT AND EXPORT CO. LTD), Room 519, complex building Hubei Modern Five Metals and electromechanical Market, Wuhan, China; No. 5647, Dongxihu Ave, Dongxihu District, Wuhan, Hubei, China; Qiao mouth district space, building no. 101, Wuhan, Hubei 430040, China; Additional Sanctions Information - Subject to Secondary Sanctions; United Social Credit Code Certificate (USCCC) 91420112711981060J (China) [NPWMD] [IFSR].

"WTLFNT" (a.k.a. BOLSHAKOV, Aleksandr Sergeyevich (Cyrillic: БОЛЬШАКОВ, Александр Сергеевич); a.k.a. SERGEEVICH, Aleksandr Bol'shakov; a.k.a. "AAELBAS"), 97 Vzletnaya, Apartment 170, Entrance 2, Floor 4, Barnaul 656067, Russia; DOB 23 Jul 1994; POB Semipalatinsk, Kazakhstan; nationality Russia; Gender Male; Passport 0114990629

(Russia); alt. Passport 756311712 (Russia); National ID No. 9933108128 (Russia) (individual) [CYBER3] (Linked To: ZSERVERS).

"X-HOLDING" (a.k.a. LIMITED LIABILITY COMPANY HOLDING INTELLIGENT COMPUTER SYSTEMS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛДИНГ ИНТЕЛЛЕКТУАЛЬНЫЕ КОМПЬЮТЕРНЫЕ СИСТЕМЫ); a.k.a. "IKS HOLDING" (Cyrillic: "ИКС ХОЛДИНГ")), Michurinskiy avenue, house 27, apartment 5, floor 4, room 9, Moscow, Ramenki District 119607, Russia (Chinese Traditional: Пр-Кт Мичуринский, Д. 27, К. 5, Этаж 4, Помещ. 9, Москва, Муниципальный Округ Раменки 119607, Russia); Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 9701124836 (Russia); Registration Number 1187746987317 (Russia) [RUSSIA-EO14024] (Linked To: CHEREPENNIKOV, Anton Andreyevich).

"XIAO MA, Alexandre" (a.k.a. ORLOFF, Alexandre), Ch. du Nant-de-Creve-Couer 16, Versoix 1290, Switzerland; United Arab Emirates; 71-75 Shelton Street, Covent Garden, London WC2H 9JQ, United Kingdom; DOB 30 Jul 1969; POB Lausanne, Switzerland; nationality Switzerland; alt. nationality Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport X3571033 (Switzerland) expires 17 Jul 2023; alt. Passport 531180646 (Russia) (individual) [RUSSIA-EO14024].

"XXL4" (a.k.a. LIU, Lizhi (Chinese Simplified: 刘理志); a.k.a. "ENJOYGANZHOU"; a.k.a. "LIU, Steve"; a.k.a. "LIU, Steven"; a.k.a. "NICE LIZHI"; a.k.a. "NICELIZHI"), No. 2 Shaguo Group, Yangmei Village, Huangjin Ridge, Zhanggong District, Ganzhou, Jiangxi, China; Lianhang Road, No. 1698, 5 Building, Pujiang Town, Minxing District, Shanghai, China; Lulian Road, 100 Alley, No. 5, Room 1202, Pujiang Town, Minxing District, Shanghai, China; Puxinggong Road, 9688, Alley No. 5, Haiwan Town, Fengxian District, Shanghai, China; DOB 13 Nov 1984; POB Zhanggong District, Ganzhou, Jiangxi, China; nationality China; Gender Male; National ID No. 36070219841113373X (China) (individual) [CYBER3] (Linked To: FUNNULL TECHNOLOGY INC).

"XXX DIAMONDS PTY LTD" (a.k.a. MEGA GEMS PTY LTD), The Paragon II F1W1, 1 Krammer Road, Bedfordview, Gauteng 2007, South Africa; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Jul 2015; V.A.T. Number 4180271522 (South Africa); Tax ID No. 9825071161 (South Africa); Commercial Registry Number 2015/252356/07 (South Africa) [SDGT] (Linked To: AHMAD, Firas Nazem).

"YACOUB, Qari" (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

"YACUB, Qari" (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad,

Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

"YADRO" (Cyrillic: "ЯДРО") (a.k.a. KNS GROUP LLC; a.k.a. KNS GROUP OOO (Cyrillic: КНС ГРУПП ООО); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVESTSTVENNOSTYU KNS GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КНС ГРУПП)), Rochdelskaya street, house 15, building 15, floor 4, unit 4, room 4, Moscow 123376, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7701411241 (Russia); Business Registration Number 5147746249668 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HOLDING INTELLIGENT COMPUTER SYSTEMS).

"Yagy" (a.k.a. FERRARI, Sergio David), Chivilcoy 3157 Piso 2 Depto D, Buenos Aires 1417, Argentina; Buenos Aires, Argentina; DOB 10 Feb 1968; POB Buenos Aires, Argentina; nationality Argentina; Gender Male; Passport AAA760416 (Argentina); D.N.I. 20010866 (Argentina); C.U.I.T. 20200108664 (Argentina) (individual) [SDNTK] (Linked To: SMILE TECHNOLOGIES S.A.; Linked To: SMILE PROPERTY & TRAVEL LTD; Linked To: SMILEWALLET S.A.S.; Linked To: SMILE TECHNOLOGIES CANADA LTD).

"YAHYA, Abu" (a.k.a. AL-IRAQI, Abu Yahya; a.k.a. ALJAMALI, Ayad Hamed Mohl; a.k.a. AL-JUMAIL, Ayad Hamed Mohal; a.k.a. AL-JUMAILI, Ayad; a.k.a. AL-JUMAILI, Ayad Hamid; a.k.a. AL-JUMAILY, Iyad Hamed Mahl; a.k.a. AL-JUMAYLI, Iyad; a.k.a. JOUMILY, Ayad Hamed Mahal; a.k.a. MAHAR, Ayad Miuhammed; a.k.a. MAHAR, Ayad Muhammad; a.k.a. SHUAB, Ayad Hammed Muhal); DOB 01 Jan 1977; alt. DOB 01 Jul 1972; nationality Iraq; Gender Male; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"YAHYA, Sayyid" (a.k.a. AL-'ABD-AL-MUHSIN, Yahya Muhammad; a.k.a. AL-ABDULMOHSEN, Yahya Mohamad; a.k.a. ALABDULMOHSEN, Yahya Mohammed Y; a.k.a. AL-ABU HAYDAR, Yahya Muhammad), Saudi Arabia; DOB 16 Dec 1979; citizen Saudi Arabia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P045620 (Saudi Arabia) expires 22 Mar 2019; National ID No. 1003159462 (Saudi Arabia) (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

"YAHYO" (a.k.a. ABU YAHYA MUHAMMAD FATIH; a.k.a. JALALOV, Najmiddin; a.k.a. JALOLOV, Najmiddin; a.k.a. JALOLOV, Najmiddin Kamolitdinovich; a.k.a. ZHALALOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmidin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmuddin Kamoldinovich; a.k.a. ZHANOV, Najmiddin Kamilidinovich; a.k.a. "ABDURAKHMON"; a.k.a. "YAKH'YO"), S. Jalilov Street 14, Khartu, Andijan region, Uzbekistan; DOB 01 Apr 1972; alt. DOB 1972; POB Andijan region, Uzbekistan; nationality Uzbekistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"Yakeen" (a.k.a. THULSIE, Tony-Lee; a.k.a. "Simba"; a.k.a. "THULSIE, Yakeen"; a.k.a. "Yaqeen ibn Hernani"), Newclare, Johannesburg, South Africa; DOB 1992 to 1994; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"YAKH'YO" (a.k.a. ABU YAHYA MUHAMMAD FATIH; a.k.a. JALALOV, Najmiddin; a.k.a. JALOLOV, Najmiddin; a.k.a. JALOLOV, Najmiddin Kamolitdinovich; a.k.a. ZHALALOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmidin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmuddin Kamoldinovich; a.k.a. ZHANOV, Najmiddin Kamilidinovich; a.k.a. "ABDURAKHMON"; a.k.a. "YAHYO"), S. Jalilov Street 14, Khartu, Andijan region, Uzbekistan; DOB 01 Apr 1972; alt. DOB 1972; POB Andijan region, Uzbekistan; nationality Uzbekistan; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"YAKUB, Qari" (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

"Yalishanda" (a.k.a. VOLOSOVIK, Aleksandr Aleksandrovich; a.k.a. "Ohyeahhellno"; a.k.a. "podzemniy1"), St. Petersburg, Russia; DOB 30 Jan 1983; POB USSR; nationality Russia; citizen Russia; Gender Male; Digital Currency Address - XBT 18dLDAWi8LmrHbEq3QzDJb9SLxCf4uimXB; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 762988138 (Russia) issued 01 Apr 2020 expires 01 Apr 2030; Tax ID No. 253609232850 (Russia) (individual) [CAATSA - RUSSIA] [CYBER4].

"YAMZ" (a.k.a. PUBLIC JOINT STOCK COMPANY AVTODIZEL YAROSLAVL MOTOR PLANT), Prospekt Oktyabrya ZD. 75, Yaroslavl 150040, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7601000640 (Russia); Registration Number 1027600510761 (Russia) [RUSSIA-EO14024].

"YAN, Steven" (a.k.a. YAN, Xiaobing (Chinese Traditional: 顏曉兵; Chinese Simplified: 颜晓兵); a.k.a. "ZHOU, William"), Wuhan, Hubei, China (; Chinese Simplified: 武汉市, 湖北省, ChinaChinese Traditional: 武漢市, 湖北省, China); DOB 25 Mar 1977; POB Wuhan City, Hubei, China; citizen China; Gender Male; Digital Currency Address - XBT 12QtD5BFwRsdNsAZY76UVE1xyCGNTojH9h; alt. Digital Currency Address - XBT 1Kuf2Rd8mDyAViwBozGTNYnvWL8uYFrkVo; alt. Digital Currency Address - XBT 13f59kUM5FU8MfTG7DCEugYarDhSD7XCoC; alt. Digital Currency Address - XBT 1P3ZfGFLezzYGg9k5SVzQmnjyh7nrUmF2y; alt. Digital Currency Address - XBT 1EpMiZkQVekM5ij12nMiEwttFPcDK9XhX6; alt. Digital Currency Address - XBT 1JREJdZupiFhE7ZzQPtASuMCvvpXC7wRsC; Chinese Commercial Code 7346 2556 0365; Citizen's Card Number 421002197703250019 (China) (individual) [SDNTK].

"YANG, Daisy" (a.k.a. YANG, Qi), China; DOB 28 Oct 1992; nationality China; citizen China; Gender Female; Passport C18165248 (China) (individual) [ILLICIT-DRUGS-EO14059].

"YANG, Jason" (a.k.a. YANG, Liu), Daqiaobei Road, Room 201 Unit 1 Building 4 No. 32, Liling, Hunan 412299, China; DOB 06 Dec 1985; POB Liling, China; nationality China; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport E12074567 (China) issued 25 Feb 2013 expires 24 Feb 2023; National ID No. 430281198512065656 (China) (individual) [RUSSIA-EO14024] (Linked To: SHANGHAI OCEANEN ENVIRONMENTAL SCIENCE AND TECHNOLOGY CO., LTD.).

"YANG, Kimi" (a.k.a. YANG, Yanming), Room No. B314 Siamese Gioia Condo Sukhumvit 31, Sukhumvit Rd, North Klongton, Wattana, Bangkok, Thailand; 287-91 Moo 1 Sukhumvit 72 Alley Samrong Nuea, Mueang Samut Prakan, Thailand; Koror, Palau; DOB 24 Mar 1991; nationality Cambodia; alt. nationality Vanuatu; Gender Male; Passport N02404035 (Cambodia); alt. Passport RV0107373 (Vanuatu); Tax ID No. 100060 (Palau) (individual) [TCO] (Linked To: GRAND LEGEND INTERNATIONAL ASSET MANAGEMENT GROUP CO. LTD.).

"Yaqeen ibn Hernani" (a.k.a. THULSIE, Tony-Lee; a.k.a. "Simba"; a.k.a. "THULSIE, Yakeen"; a.k.a. "Yakeen"), Newclare, Johannesburg, South Africa; DOB 1992 to 1994; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"YAQOOB, Muhammad" (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

"YAQOOB, Qari" (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

"YAQUB, Muhammad Qari Maulana" (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

"YAQUB, Qari" (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB,

Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

"YARE, Mohamed" (a.k.a. ADEN, Mohamed Abdi; a.k.a. ADEN, Mohamoud Abdi; a.k.a. ADEN, Mohamud Abdi; a.k.a. "ABDIRAHMAN, Mahamoud"; a.k.a. "ABDIRAHMAN, Mohamud"; a.k.a. "HASSAN, Mohamed"; a.k.a. "IBRAHIM, Moalim"; a.k.a. "MAHADI, Moalim"; a.k.a. "SAYID, Mahdi"), Jilib, Lower Juba, Somalia; DOB 13 Mar 1985; POB Garissa, Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"YAROSLAVA, Yulina" (a.k.a. PANKRATOVA, Yuliya Vladimirovna (Cyrillic: ПАНКРАТОВА, Юлия Владимировна); a.k.a. "YUliYA"; a.k.a. "ZHURALEVA, Yulina Vladimirovna"), Russia; DOB 06 Apr 1984; nationality Russia; citizen Russia; Gender Female (individual) [CYBER2].

"YASIR, Hajji" (a.k.a. SHAHLAEE, Abdul-Reza; a.k.a. SHAHLAI, Abdol Reza; a.k.a. SHAHLA'I, Abdolreza; a.k.a. SHAHLAI, 'Abdorreza; a.k.a. SHAHLAI, Abdul Reza; a.k.a. SHALAI, 'Abd-al Reza; a.k.a. SHALA'I, Abdul Reza; a.k.a. "ABU-AL-KARKH', 'Yusuf"; a.k.a. "YUSEF, Hajj"; a.k.a. "YUSIF, Haji"; a.k.a. "YUSIF, Hajji"), Kermanshah, Iran; Mehran Military Base, Ilam Province, Iran; DOB circa 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRAQ3] [IRGC] [IFSR].

"YATEC" (a.k.a. PUBLIC JOINT STOCK COMPANY YAKUTSK FUEL AND ENERGY COMPANY; a.k.a. PUBLIC JOINT STOCK COMPANY YAKUTSKAYA TOPLIVNO ENERGETICHESKAYA KOMPANIYA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЯКУТСКАЯ ТОПЛИВНО ЭНЕРГЕТИЧЕСКАЯ КОМПАНИЯ); a.k.a. "PAO YATEK"), D. 4, Ul. Lenina, Pos Kysyl-Syr 678214, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 1435032049 (Russia); Registration Number 1021401062187 (Russia) [RUSSIA-EO14024].

"YEGOP" (a.k.a. IRANIAN POLICE SPECIAL UNITS; a.k.a. LEF SPECIAL UNITS; a.k.a. NAJA SPECIAL UNITS; a.k.a. SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES; a.k.a. YEGAN-E VIZHE (Arabic: یگان ویژه ناجا)), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

"YIN CHEIN" (a.k.a. YUN, Cheng; a.k.a. "YIN CHIN"; a.k.a. "YUN CHENG"), 11, Ngu Shwe Wah Road, Between 64th and 54th Street, Chan mya Si Township, Mandalay, Burma; National ID No. (HWI)040182 (Burma) (individual) [SDNTK].

"YIN CHIN" (a.k.a. YUN, Cheng; a.k.a. "YIN CHEIN"; a.k.a. "YUN CHENG"), 11, Ngu Shwe Wah Road, Between 64th and 54th Street, Chan mya Si Township, Mandalay, Burma; National ID No. (HWI)040182 (Burma) (individual) [SDNTK].

"YIYO" (a.k.a. VALENZUELA VALENZUELA, Sergio; a.k.a. "GIGIO"), Mexico; DOB 20 Aug 1969; POB Los Mochis, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. VAVS690820HSLLLR00 (Mexico) (individual) [SDNTK].

"YMA" (a.k.a. YA MAHDI INDUSTRIAL COMPLEX; a.k.a. YA MAHDI INDUSTRIAL RESEARCH COMPLEX; a.k.a. YA MAHDI INDUSTRIES GROUP), PO Box 19395-4731, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"YMB" (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"), Yarmouk Valley, Daraa Province, Syria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"YOLI GROUP LTD." (a.k.a. YOULI TECHNOLOGY DEVELOPMENT CO., LTD. (Chinese Simplified: 尤里科技发展有限公司); a.k.a. "YOLI MACHINE"), Rm No. 13, 16/F, Unit 2 Huatingge, No. 11 Dongpo Rd, Huizhou City, Guangdong Province 516001, China (Chinese Simplified: 华庭阁2单元16层13号房, 东坡路11号, 惠州市, 广东省 516001, China); #22 Huayu, Huizhou, Guangdong 516229, China; Website www.yolimachine.com; Email Address yk@yolimachine.com; Phone Number 8615815351839; Organization Established Date 23 Dec 2013; Unified Social Credit Code (USCC) 91441300086828609C (China) [ILLICIT-DRUGS-EO14059].

"YOLI MACHINE" (a.k.a. YOULI TECHNOLOGY DEVELOPMENT CO., LTD. (Chinese Simplified: 尤里科技发展有限公司); a.k.a. "YOLI GROUP LTD."), Rm No. 13, 16/F, Unit 2 Huatingge, No. 11 Dongpo Rd, Huizhou City, Guangdong Province 516001, China (Chinese Simplified: 华庭阁2单元16层13号房, 东坡路11号, 惠州市, 广东省 516001, China); #22 Huayu, Huizhou, Guangdong 516229, China; Website www.yolimachine.com; Email Address yk@yolimachine.com; Phone Number 8615815351839; Organization Established Date 23 Dec 2013; Unified Social Credit Code (USCC) 91441300086828609C (China) [ILLICIT-DRUGS-EO14059].

"YONGXIN ZHICHENG TECHNOLOGY GROUP COMPANY, LIMITED" (a.k.a. BEIJING INTEGRITY TECHNOLOGY COMPANY, LIMITED; a.k.a. INTEGRITY TECHNOLOGY GROUP, INCORPORATED (Chinese Simplified: 永信至成科技集团股份有限公司)), Room 103, Building 6, No. 9, Fenghao East Road, Haidian District, Beijing, China; Website www.integritytech.com.cn; Organization Established Date 02 Sep 2010; Organization Type: Computer programming activities; Equity Ticker 688244 CH; Unified Social Credit Code

(USCC) 91110108562135265P (China) [CYBER2].

"Yoro" (a.k.a. BEN DAHA, Mahri Sidi Amar; a.k.a. DAHA, Sidi Amar Ould; a.k.a. DAHA, Yoro Ould; a.k.a. DAYA, Yoro Ould), Golf Rue 708 Door 345, Gao, Mali; DOB 1978; POB Djebock, Mali; nationality Mali; Gender Male; National ID No. 11262/1547 (Mali) (individual) [MALI-EO13882].

"YOUCEF" (a.k.a. ABOU SALMAN; a.k.a. AL-CHERIF, Said Ben Abdelhakim Ben Omar; a.k.a. BEN ABDELHAKIM, Cherif Said; a.k.a. "DJALLAL"), Corso Lodi 59, Milan, Italy; DOB 25 Jan 1970; POB Menzel Temine, Tunisia; nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M307968 issued 08 Sep 2001 expires 07 Sep 2006; arrested 30 Sep 2002 (individual) [SDGT].

"Yousouf al-Hindi" (a.k.a. ARMAR, Mohammad Shafi; a.k.a. ARMAR, Mohammed Shafi; a.k.a. ARMAR, Safi; a.k.a. ARMAR, Shafi; a.k.a. "Anjan Bhai"; a.k.a. "Chote Maula"; a.k.a. "Yousuf-Al Hindi"; a.k.a. "Yusuf al-Hindi"), Syria; DOB 1989 to 1991; POB Bhatkal, Karnataka, India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"YOUSSEF BENZ" (a.k.a. BEN AZZA, Youssef (Arabic: يوسف بن عزة)), Apt 2806, Sadaf 6, Marsa, 34JP+9XJ, Jumeirah Beach Residence, Dubai, United Arab Emirates; DOB 24 Jan 1987; POB Antwerp, Belgium; nationality Belgium; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

"YOUSSEF, Abou" (a.k.a. DERAMCHI, Othman), Via Milanese, 5, 20099 Sesto San Giovanni, Milan, Italy; Piazza Trieste, 11, Mortara, Italy; DOB 07 Jun 1954; POB Tighennif, Algeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Italian Fiscal Code: DRMTMN54H07Z301T (individual) [SDGT].

"Yousuf-Al Hindi" (a.k.a. ARMAR, Mohammad Shafi; a.k.a. ARMAR, Mohammed Shafi; a.k.a. ARMAR, Safi; a.k.a. ARMAR, Shafi; a.k.a. "Anjan Bhai"; a.k.a. "Chote Maula"; a.k.a. "Yousouf al-Hindi"; a.k.a. "Yusuf al-Hindi"), Syria; DOB 1989 to 1991; POB Bhatkal, Karnataka, India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"YOUTH WING" (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"), Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT] [SOMALIA].

"YPH GROUP" (a.k.a. LIMITED LIABILITY COMPANY YUZHPOLYMETAL HOLDING; a.k.a. "YUPKH"), Shosse Varshavskoe D 56, Moscow 117638, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726383028 (Russia); Registration Number 1167746707358 (Russia) [RUSSIA-EO14024].

"Y-TAC" (a.k.a. YEMEN TELECOMMUNICATION ASSET COMPANY FOR INFORMATION TECHNOLOGY; a.k.a. YTAC COMPANY), Bayt Baws, Sanaa, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Dec 2020; Trade License No. 295003 (Yemen) [SDGT] (Linked To: ANSARALLAH).

"YUliYA" (a.k.a. PANKRATOVA, Yuliya Vladimirovna (Cyrillic: ПАНКРАТОВА, Юлия Владимировна); a.k.a. "YAROSLAVA, Yulina"; a.k.a. "ZHURALEVA, Yulina Vladimirovna"), Russia; DOB 06 Apr 1984; nationality Russia; citizen Russia; Gender Female (individual) [CYBER2].

"YULLUX" (a.k.a. YUSUF, Isse Mohamed; a.k.a. YUSUF, Isse Mohamoud; a.k.a. "YULUH, Issa"; a.k.a. "YULUH, Isse"; a.k.a. "YULUX, Isse"), Timirshe, Bari, Puntland, Somalia; Qandala, Somalia; DOB 1966; POB Timirshe, Bari, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"YULUH, Issa" (a.k.a. YUSUF, Isse Mohamed; a.k.a. YUSUF, Isse Mohamoud; a.k.a. "YULLUX"; a.k.a. "YULUH, Isse"; a.k.a. "YULUX, Isse"), Timirshe, Bari, Puntland, Somalia; Qandala, Somalia; DOB 1966; POB Timirshe, Bari, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"YULUH, Isse" (a.k.a. YUSUF, Isse Mohamed; a.k.a. YUSUF, Isse Mohamoud; a.k.a. "YULLUX"; a.k.a. "YULUH, Issa"; a.k.a. "YULUX, Isse"), Timirshe, Bari, Puntland, Somalia; Qandala, Somalia; DOB 1966; POB Timirshe, Bari, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"YULUX, Isse" (a.k.a. YUSUF, Isse Mohamed; a.k.a. YUSUF, Isse Mohamoud; a.k.a. "YULLUX"; a.k.a. "YULUH, Issa"; a.k.a. "YULUH, Isse"), Timirshe, Bari, Puntland, Somalia; Qandala, Somalia; DOB 1966; POB Timirshe, Bari, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"YUN CHENG" (a.k.a. YUN, Cheng; a.k.a. "YIN CHEIN"; a.k.a. "YIN CHIN"), 11, Ngu Shwe Wah Road, Between 64th and 54th Street, Chan mya Si Township, Mandalay, Burma; National ID No. (HWI)040182 (Burma) (individual) [SDNTK].

"YUNARMIA" (a.k.a. ALL RUSSIAN CHILDREN AND YOUTH MILITARY PATRIOTIC PUBLIC MOVEMENT YOUTH ARMY (Cyrillic: ВСЕРОССИЙСКОЕ ВОЕННО ПАТРИОТИЧЕСКОЕ ОБЩЕСТВЕННОЕ ДВИЖЕНИЕ ЮНАРМИЯ); a.k.a. ALL-RUSSIA YOUNG ARMY MILITARY PATRIOTIC SOCIAL MOVEMENT; a.k.a. VSEROSSISKOE DETSKO-YUNOSHESKOE VOENNOPATRIOTICHESKOE OBSHCHESTVENNOE DVIZHENIE YUNARMIYA; a.k.a. "YUNARMIYA"), 1st Krasnokursantskiy Passage, 1/4, Building 1, Moscow 111033, Russia; Znamenka Street, Building 19, Moscow 119160, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Jul 2016; Tax ID No.

7704366170 (Russia); Registration Number 1167700061540 (Russia) [RUSSIA-EO14024].

"YUNARMIYA" (a.k.a. ALL RUSSIAN CHILDREN AND YOUTH MILITARY PATRIOTIC PUBLIC MOVEMENT YOUTH ARMY (Cyrillic: ВСЕРОССИЙСКОЕ ВОЕННО ПАТРИОТИЧЕСКОЕ ОБЩЕСТВЕННОЕ ДВИЖЕНИЕ ЮНАРМИЯ); a.k.a. ALL-RUSSIA YOUNG ARMY MILITARY PATRIOTIC SOCIAL MOVEMENT; a.k.a. VSEROSSISKOE DETSKO-YUNOSHESKOE VOENNOPATRIOTICHESKOE OBSHCHESTVENNOE DVIZHENIE YUNARMIYA; a.k.a. "YUNARMIA"), 1st Krasnokursantskiy Passage, 1/4, Building 1, Moscow 111033, Russia; Znamenka Street, Building 19, Moscow 119160, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 28 Jul 2016; Tax ID No. 7704366170 (Russia); Registration Number 1167700061540 (Russia) [RUSSIA-EO14024].

"YUNG, Stephen" (a.k.a. YUNG, Yiu Wa (Chinese Traditional: 容耀華)), Hong Kong, China; DOB 21 Oct 1960; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Identification Number C536975 (Hong Kong) (individual) [NPWMD] [IFSR] (Linked To: LI, Yongxin).

"YUNUS, Muhammad" (a.k.a. ABDUL RAHMAN, Muhammad Jibriel; a.k.a. ABDUL RAHMAN, Muhammad Jibril; a.k.a. ABDURRAHMAN, Mohammad Jibriel; a.k.a. ABDURRAHMAN, Mohammad Jibril; a.k.a. ARDHAN BIN ABU JIBRIL, Muhammad Ricky; a.k.a. ARDHAN BIN MUHAMMAD IQBAL, Muhammad Ricky; a.k.a. ARDHAN, Muhamad Ricky; a.k.a. "SYAH, Heris"), Jl. M Saidi RT 010 RW 001 Pesanggrahan, South Petukangan, South Jakarta, Indonesia; Jl. Nakula of Witana Harja Complex, Block C, Pamulang, Tangerang, Banten, Indonesia; DOB 28 May 1984; alt. DOB 03 Dec 1979; alt. DOB 08 Aug 1980; alt. DOB 03 Mar 1979; POB East Lombok, West Nusa Tenggara, Indonesia; nationality Indonesia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport S335026 (Indonesia); National ID No. 3219222002.2181558; Identification Number 2181558 (individual) [SDGT].

"YUPKH" (a.k.a. LIMITED LIABILITY COMPANY YUZHPOLYMETAL HOLDING; a.k.a. "YPH GROUP"), Shosse Varshavskoe D 56, Moscow 117638, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7726383028 (Russia); Registration Number 1167746707358 (Russia) [RUSSIA-EO14024].

"YUSEF, Hajj" (a.k.a. SHAHLAEE, Abdul-Reza; a.k.a. SHAHLAI, Abdol Reza; a.k.a. SHAHLA'I, Abdolreza; a.k.a. SHAHLAI, 'Abdorreza; a.k.a. SHAHLAI, Abdul Reza; a.k.a. SHALAI, 'Abd-al Reza; a.k.a. SHALA'I, Abdul Reza; a.k.a. "ABU-AL-KARKH', 'Yusuf"; a.k.a. "YASIR, Hajji"; a.k.a. "YUSIF, Haji"; a.k.a. "YUSIF, Hajji"), Kermanshah, Iran; Mehran Military Base, Ilam Province, Iran; DOB circa 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRAQ3] [IRGC] [IFSR].

"YUSIF, Haji" (a.k.a. SHAHLAEE, Abdul-Reza; a.k.a. SHAHLAI, Abdol Reza; a.k.a. SHAHLA'I, Abdolreza; a.k.a. SHAHLAI, 'Abdorreza; a.k.a. SHAHLAI, Abdul Reza; a.k.a. SHALAI, 'Abd-al Reza; a.k.a. SHALA'I, Abdul Reza; a.k.a. "ABU-AL-KARKH', 'Yusuf"; a.k.a. "YASIR, Hajji"; a.k.a. "YUSEF, Hajj"; a.k.a. "YUSIF, Hajji"), Kermanshah, Iran; Mehran Military Base, Ilam Province, Iran; DOB circa 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRAQ3] [IRGC] [IFSR].

"YUSIF, Hajji" (a.k.a. SHAHLAEE, Abdul-Reza; a.k.a. SHAHLAI, Abdol Reza; a.k.a. SHAHLA'I, Abdolreza; a.k.a. SHAHLAI, 'Abdorreza; a.k.a. SHAHLAI, Abdul Reza; a.k.a. SHALAI, 'Abd-al Reza; a.k.a. SHALA'I, Abdul Reza; a.k.a. "ABU-AL-KARKH', 'Yusuf"; a.k.a. "YASIR, Hajji"; a.k.a. "YUSEF, Hajj"; a.k.a. "YUSIF, Haji"), Kermanshah, Iran; Mehran Military Base, Ilam Province, Iran; DOB circa 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRAQ3] [IRGC] [IFSR].

"YUSRI" (a.k.a. 'AMMAR, Salmi Salama Salim Sulayman; a.k.a. "'ASRA, Abu"); DOB 01 Jan 1979 to 31 Dec 1979; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SINAI PROVINCE).

"YUSSRR, Abu" (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. ALI, Hassan; a.k.a. AL-NUBI, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADHIL, Mustafa Mohamed; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. JIHAD, Abu; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. "ANIS, Abu"; a.k.a. "HUSSEIN"; a.k.a. "KHALID"); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

"Yusuf al-Hindi" (a.k.a. ARMAR, Mohammad Shafi; a.k.a. ARMAR, Mohammed Shafi; a.k.a. ARMAR, Safi; a.k.a. ARMAR, Shafi; a.k.a. "Anjan Bhai"; a.k.a. "Chote Maula"; a.k.a. "Yousouf al-Hindi"; a.k.a. "Yousuf-Al Hindi"), Syria; DOB 1989 to 1991; POB Bhatkal, Karnataka, India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"YUSUF" (a.k.a. AL-ANIZI, 'Abd al-Rahman Khalaf; a.k.a. AL-'ANIZI, 'Abd al-Rahman Khalaf 'Ubayd Juday'; a.k.a. AL-'ANZI, 'Abd al-Rahman Khalaf; a.k.a. "ABU USAMA"; a.k.a. "AL-KUWAITI, Abu Usamah"; a.k.a. "AL-RAHMAN, Abu Usamah"; a.k.a. "KUWAITI, Abu Shaima'"); DOB 01 Jan 1973 to 31 Dec 1973; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"YUSUF, 'Adnan" (a.k.a. YOUSSEF, Adnan; a.k.a. YOUSSEF, Adnan Mahmoud), Haret Hreik, Beirut, Lebanon; DOB 06 Jun 1956; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

"YUSUF, Habib" (a.k.a. AL-BARNAWI, Abu Musab), Nigeria; DOB 1991; alt. DOB 1990; alt. DOB 1992; alt. DOB 1993; alt. DOB 1994; alt. DOB 1995; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"YUZE MACHINING TOOLS" (a.k.a. DONGGUAN YUZE MACHINING TOOLS COMPANY LIMITED; a.k.a. "HONGKONG YOUCI LIMITED"; a.k.a. "YUZE YUDING MACHINERY"; a.k.a. "YUZE YUDING MACHINING TOOLS CO., LTD."; a.k.a. "YUZETOOLS"), Room 6, Building H, Changan

Commercial Center, Changan Town, Donguan, Guangdong, China; Website www.yuzemachinery.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Jun 2017; Unified Social Credit Code (USCC) 91441900MA4WN7NF7W (China) [SDGT] (Linked To: ANSARALLAH).

"YUZE YUDING MACHINERY" (a.k.a. DONGGUAN YUZE MACHINING TOOLS COMPANY LIMITED; a.k.a. "HONGKONG YOUCI LIMITED"; a.k.a. "YUZE MACHINING TOOLS"; a.k.a. "YUZE YUDING MACHINING TOOLS CO., LTD."; a.k.a. "YUZETOOLS"), Room 6, Building H, Changan Commercial Center, Changan Town, Donguan, Guangdong, China; Website www.yuzemachinery.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Jun 2017; Unified Social Credit Code (USCC) 91441900MA4WN7NF7W (China) [SDGT] (Linked To: ANSARALLAH).

"YUZE YUDING MACHINING TOOLS CO., LTD." (a.k.a. DONGGUAN YUZE MACHINING TOOLS COMPANY LIMITED; a.k.a. "HONGKONG YOUCI LIMITED"; a.k.a. "YUZE MACHINING TOOLS"; a.k.a. "YUZE YUDING MACHINERY"; a.k.a. "YUZETOOLS"), Room 6, Building H, Changan Commercial Center, Changan Town, Donguan, Guangdong, China; Website www.yuzemachinery.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Jun 2017; Unified Social Credit Code (USCC) 91441900MA4WN7NF7W (China) [SDGT] (Linked To: ANSARALLAH).

"YUZETOOLS" (a.k.a. DONGGUAN YUZE MACHINING TOOLS COMPANY LIMITED; a.k.a. "HONGKONG YOUCI LIMITED"; a.k.a. "YUZE MACHINING TOOLS"; a.k.a. "YUZE YUDING MACHINERY"; a.k.a. "YUZE YUDING MACHINING TOOLS CO., LTD."), Room 6, Building H, Changan Commercial Center, Changan Town, Donguan, Guangdong, China; Website www.yuzemachinery.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Jun 2017; Unified Social Credit Code (USCC) 91441900MA4WN7NF7W (China) [SDGT] (Linked To: ANSARALLAH).

"ZAHAR, Mahmoud" (a.k.a. AL ZAHAR, Mahmoud Khaled; a.k.a. ZAHHAR, Mahmoud Khaled; a.k.a. "AL-ZAHAR, Mahmoud"), Gaza; DOB 1945; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [NS-PLC] (Linked To: HAMAS).

"ZAHRANI, Abu Sara" (a.k.a. AL ZAHRANI, Faysal Ahmad Bin Ali; a.k.a. ALZAHRANI, Faisal Ahmed Ali; a.k.a. AL-ZAHRANI, Faysal Ahmad 'Ali; a.k.a. "AL-JAZRAWI, Abu-Sara"; a.k.a. "AL-SAUDI, Abu Sarah"; a.k.a. "AL-ZAHRANI, Abu-Sarah"); DOB 19 Jan 1986; alt. DOB 18 Jan 1986; nationality Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K142736 (Saudi Arabia) issued 14 Jul 2011; alt. Passport G579315 (Saudi Arabia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"ZAIB, Alam" (a.k.a. MUHAMMAD, Rahman Zayb Faqir; a.k.a. MUHAMMAD, Rahman Zeb Faqir; a.k.a. "ALAMZEB"; a.k.a. "AURANGZEB"; a.k.a. "KHAN, Rahman Ieb"; a.k.a. "ZAIB, Rehman"; a.k.a. "ZEB, Rahman R"), Bashgram Laal Qila Wersakay, Lower Dir, Khyber Pakhtunkhwa Province, Pakistan; Lalqillah, Lower Dir District, Khyber Pakhtunkhwa Province, Pakistan; DOB 01 Jan 1970; alt. DOB 01 Jan 1974; POB Dir, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1530562382221 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"ZAIB, Rehman" (a.k.a. MUHAMMAD, Rahman Zayb Faqir; a.k.a. MUHAMMAD, Rahman Zeb Faqir; a.k.a. "ALAMZEB"; a.k.a. "AURANGZEB"; a.k.a. "KHAN, Rahman Ieb"; a.k.a. "ZAIB, Alam"; a.k.a. "ZEB, Rahman R"), Bashgram Laal Qila Wersakay, Lower Dir, Khyber Pakhtunkhwa Province, Pakistan; Lalqillah, Lower Dir District, Khyber Pakhtunkhwa Province, Pakistan; DOB 01 Jan 1970; alt. DOB 01 Jan 1974; POB Dir, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1530562382221 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"ZAKKUR, Abu-Ahmad" (a.k.a. ALSHEAK, Omar; a.k.a. AL-SHEIKH, Jihad Issa; a.k.a. "ZAKOUR, Abu Ahmed"), Kilis Province, Turkey; DOB 05 Jan 1979; POB Aleppo, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 011965412 (Syria) (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"ZAKOUR, Abu Ahmed" (a.k.a. ALSHEAK, Omar; a.k.a. AL-SHEIKH, Jihad Issa; a.k.a. "ZAKKUR, Abu-Ahmad"), Kilis Province, Turkey; DOB 05 Jan 1979; POB Aleppo, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 011965412 (Syria) (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"ZAMANI, Aziz Shah" (a.k.a. AZIZ, Abdul; a.k.a. "BALOCH, Abdul Aziz"), House #29, 30th St., Karachi, Pakistan; Quetta, Pakistan; DOB 1985; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AP1810244 expires 31 Oct 2026 (individual) [SDGT] (Linked To: TALIBAN).

"ZAMANI, Hosein" (a.k.a. KAZEMI, Seyyed Mohammad Hosein Musa), Iran; DOB 18 Jun 1997; nationality Iran; Gender Male; National ID No. 0020372604 (Iran) (individual) [ELECTION-EO13848].

"ZAO MZPV" (a.k.a. CJSC MAGNITOGORSK MILL ROLLS PLANT; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO MAGNITOGORSKII ZAVOD PROKATNYKH VALKOV; a.k.a. "CJSC MMRP"), Ul. Kirova D. 93, Pom. 8, Magnitogorsk 455002, Russia; Ul. Kirova D. 93, ZD. Administrativno Bytovoe Tsekh Izlozhnits, Pom. 8, Magnitogorsk 455000, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 7445024175 (Russia); Registration Number 1047420504493 (Russia) [RUSSIA-EO14024].

"ZAO RNT" (a.k.a. AKTSIONEROE OBSHCHESTVO RNT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РНТ); a.k.a. AO RUSSIAN HIGH TECHNOLOGIES (Cyrillic: АО РОССИЙСКИЕ НАУКОЕМКИЕ ТЕХНОЛОГИИ); a.k.a. CLOSED JOINT STOCK COMPANY RNT; a.k.a. "AO RNT" (Cyrillic: "АО РНТ"); a.k.a. "CJSC RNT"; a.k.a. "RNT COMPANY"), 6, ul. 2-Ya Ostankinskaya, Moscow 129515, Russia; Website www.rnt.ru; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 16 Jun 1993; Organization Type: Other information technology and computer service activities; Target Type Private

Company; Tax ID No. 7720010693 (Russia); Government Gazette Number 17917145 (Russia); Registration Number 1027700248256 (Russia) [RUSSIA-EO14024].

"Zar Wali" (a.k.a. MAHMUD, Usama; a.k.a. MEHMOOD, Osama; a.k.a. "Abu Zar"; a.k.a. "Atta Ullah"), Afghanistan; DOB 02 Sep 1980; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

"ZARGA" (a.k.a. ZARKAOUI, Imed Ben Mekki Ben Al-Akhdar; a.k.a. "NADRA"), Via Col. Aprosio 588, Vallecrosia, IM, Italy; DOB 15 Jan 1973; POB Tunisi (Tunisia); nationality Tunisia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M174950 issued 27 Apr 1999 expires 26 Apr 2004; arrested 30 Sep 2002 (individual) [SDGT].

"ZARIF, Javad" (a.k.a. ZARIF KHONSARI, Mohammad Javad; a.k.a. ZARIF, Mohammad Javad), Iran; DOB 08 Jan 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

"ZAWIYA, Osama" (a.k.a. AL KUNI, Osama; a.k.a. AL-MILAD, Osama; a.k.a. IBRAHIM, Osama Al Kuni (Arabic: أسامة الكوني ابراهيم); a.k.a. MILAD, Osama; a.k.a. "ZAWIYAH, Osama"), Zawiyah, Libya; DOB 04 Apr 1976; alt. DOB 02 Apr 1976; POB Tripoli, Libya; nationality Libya; Gender Male (individual) [LIBYA3].

"ZAWIYAH, Osama" (a.k.a. AL KUNI, Osama; a.k.a. AL-MILAD, Osama; a.k.a. IBRAHIM, Osama Al Kuni (Arabic: أسامة الكوني ابراهيم); a.k.a. MILAD, Osama; a.k.a. "ZAWIYA, Osama"), Zawiyah, Libya; DOB 04 Apr 1976; alt. DOB 02 Apr 1976; POB Tripoli, Libya; nationality Libya; Gender Male (individual) [LIBYA3].

"ZAYN, Hajj Mustafa" (a.k.a. HADWAN, Hasib; a.k.a. HADWAN, Hasib Muhammad; a.k.a. "ZAYN, Hajj"; a.k.a. "ZEIN, Hajj"), Lebanon; DOB 1959; POB Hazin, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No.

2288073 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

"ZAYN, Hajj" (a.k.a. HADWAN, Hasib; a.k.a. HADWAN, Hasib Muhammad; a.k.a. "ZAYN, Hajj Mustafa"; a.k.a. "ZEIN, Hajj"), Lebanon; DOB 1959; POB Hazin, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2288073 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

"ZEB, Rahman R" (a.k.a. MUHAMMAD, Rahman Zayb Faqir; a.k.a. MUHAMMAD, Rahman Zeb Faqir; a.k.a. "ALAMZEB"; a.k.a. "AURANGZEB"; a.k.a. "KHAN, Rahman Ieb"; a.k.a. "ZAIB, Alam"; a.k.a. "ZAIB, Rehman"), Bashgram Laal Qila Wersakay, Lower Dir, Khyber Pakhtunkhwa Province, Pakistan; Lalqillah, Lower Dir District, Khyber Pakhtunkhwa Province, Pakistan; DOB 01 Jan 1970; alt. DOB 01 Jan 1974; POB Dir, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1530562382221 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"ZEELM" (a.k.a. ZEEL - M CO., LTD.; a.k.a. ZIL-M LLC; a.k.a. "ZIL - M"), Ul. Russkaya D. 19, V, Vladivostok 690039, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 08 Dec 1998; Organization Type: Sale of motor vehicles; Tax ID No. 2539039058 (Russia); Government Gazette Number 49852298 (Russia); Registration Number 1022502123995 (Russia) [DPRK2] (Linked To: CHASOVNIKOV, Aleksandr Aleksandrovich).

"ZEIN, Hajj" (a.k.a. HADWAN, Hasib; a.k.a. HADWAN, Hasib Muhammad; a.k.a. "ZAYN, Hajj"; a.k.a. "ZAYN, Hajj Mustafa"), Lebanon; DOB 1959; POB Hazin, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No.

2288073 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

"ZENIT" (a.k.a. ZENIT 3D), Ul. Karla Marksa D. 5/3, Floor 1, Kom. 28, Ramenskoe 140100, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5040139590 (Russia); Registration Number 1165040051263 (Russia) [RUSSIA-EO14024].

"ZENKO" (Cyrillic: "ЗЕНКО") (a.k.a. KOREA GENERAL COMPANY FOR EXTERNAL CONSTRUCTION; a.k.a. KOREA GENERAL CONSTRUCTION; a.k.a. KOREA GENERAL CORPORATION FOR EXTERNAL CONSTRUCTION; a.k.a. "GENCO"; a.k.a. "KOGEN"), Korea, North; Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

"ZETA 33" (a.k.a. MENDOZA ROBLES, Eduardo); DOB 05 Dec 1966; POB Nuevo Laredo, Tamaulipas, Mexico; citizen Mexico; R.F.C. MERE661205MQ3 (Mexico); C.U.R.P. MERE661205HTSNBD09 (Mexico) (individual) [SDNTK].

"Zevsgod2000" (a.k.a. GROMOVIKOV, Vasiliy Viktorovich (Cyrillic: ГРОМОВИКОВ, Василий Викторович)), St. Petersburg, Russia; DOB 31 Mar 1993; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 5528037522335 (Russia) (individual) [RUSSIA-EO14024].

"ZHASMIN" (Cyrillic: "ЖАСМИН") (a.k.a. MANAKHIMOVA, Sara Lvovna; a.k.a. SHOR, Sara Lvovna; a.k.a. SHORE, Jasmine), Russia; DOB 12 Oct 1977; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Passport 752329813 (Russia); National ID No. 4611519895 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SHOR, Ilan Mironovich).

"ZHENG, Gordon" (a.k.a. ZHENG, Fujing (Chinese Simplified: 郑福景; Chinese Traditional: 鄭福景); a.k.a. "DENG, Gao"; a.k.a. "JIN, Gordon"); DOB 11 Jun 1983; POB China; nationality China; citizen China; Email Address goldenchemical@live.com; alt. Email Address gordonzheng@qinvictory.com; alt. Email Address magicchemical@hotmail.com; alt. Email Address sales@globalrc.net; alt. Email

Address 3507656950@qq.com; alt. Email Address zhengfujing@live.cn; Gender Male; Digital Currency Address - XBT 17ezuJoT3XBbdcwFZbkTnrXbup11F4uhiy; alt. Digital Currency Address - XBT 1DH2xDH7TngrDU6LXciprKCBKNcPA1xX8A; Passport G31920875 (China) issued 24 Oct 2008 expires 23 Oct 2018; Identification Number 310107198306111336 (China); Chinese Commercial Code 6774 4395 2529 (individual) [SDNTK].

"ZHOU, Sandy" (a.k.a. ZHOU, Yun (Chinese Simplified: 周芸)), Hong Kong, China; DOB 17 Oct 1982; POB Hubei, China; nationality China; Gender Female; Passport G30024177 (China) (individual) [TCO] (Linked To: CHEN, Zhi).

"ZHOU, William" (a.k.a. YAN, Xiaobing (Chinese Traditional: 顏曉兵; Chinese Simplified: 颜晓兵); a.k.a. "YAN, Steven"), Wuhan, Hubei, China (; Chinese Simplified: 武汉市, 湖北省, ChinaChinese Traditional: 武漢市, 湖北省, China); DOB 25 Mar 1977; POB Wuhan City, Hubei, China; citizen China; Gender Male; Digital Currency Address - XBT 12QtD5BFwRsdNsAZY76UVE1xyCGNTojH9h; alt. Digital Currency Address - XBT 1Kuf2Rd8mDyAViwBozGTNYnvWL8uYFrkVo; alt. Digital Currency Address - XBT 13f59kUM5FU8MfTG7DCEugYarDhSD7XCoC; alt. Digital Currency Address - XBT 1P3ZfGFLezzYGg9k5SVzQmnjyh7nrUmF2y; alt. Digital Currency Address - XBT 1EpMiZkQVekM5ij12nMiEwttFPcDK9XhX6; alt. Digital Currency Address - XBT 1JREJdZupiFhE7ZzQPtASuMCvvpXC7wRsC; Chinese Commercial Code 7346 2556 0365; Citizen's Card Number 421002197703250019 (China) (individual) [SDNTK].

"ZHU, Jack" (a.k.a. ZHU, Zhongbiao (Chinese Simplified: 祝忠标)), Cambodia; DOB 23 Dec 1981; POB Zhejiang, China; nationality China; citizen Cambodia; Gender Male; Passport G21053353 (China); alt. Passport E30577089 (China); National ID No. 330304198112233314 (China); alt. National ID No. 130216182 (Cambodia) (individual) [TCO] (Linked To: PRINCE GROUP TRANSNATIONAL CRIMINAL ORGANIZATION).

"ZHUKOV, Egor" (a.k.a. POPOV, Egor Sergeevich; a.k.a. POPOV, Igor; a.k.a. POPOV, Yegor Sergeyevich (Cyrillic: ПОПОВ, Егор Сергеевич); a.k.a. "KONTORA, Egor"), Moscow, Russia; DOB 25 Jan 1992; POB Volgograd, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk:

See Section 11 of Executive Order 14024.; National ID No. 1811675248 (Russia) (individual) [RUSSIA-EO14024].

"ZHURALEVA, Yulina Vladimirovna" (a.k.a. PANKRATOVA, Yuliya Vladimirovna (Cyrillic: ПАНКРАТОВА, Юлия Владимировна); a.k.a. "YAROSLAVA, Yulina"; a.k.a. "YULiYA"), Russia; DOB 06 Apr 1984; nationality Russia; citizen Russia; Gender Female (individual) [CYBER2].

"ZIL - M" (a.k.a. ZEEL - M CO., LTD.; a.k.a. ZIL-M LLC; a.k.a. "ZEELM"), Ul. Russkaya D. 19, V, Vladivostok 690039, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 08 Dec 1998; Organization Type: Sale of motor vehicles; Tax ID No. 2539039058 (Russia); Government Gazette Number 49852298 (Russia); Registration Number 1022502123995 (Russia) [DPRK2] (Linked To: CHASOVNIKOV, Aleksandr Aleksandrovich).

"ZINC" (a.k.a. LAZARUS GROUP; a.k.a. "APPLEWORM"; a.k.a. "APT-C-26"; a.k.a. "GROUP 77"; a.k.a. "GUARDIANS OF PEACE"; a.k.a. "HIDDEN COBRA"; a.k.a. "OFFICE 91"; a.k.a. "RED DOT"; a.k.a. "TEMP.HERMIT"; a.k.a. "THE NEW ROMANTIC CYBER ARMY TEAM"; a.k.a. "WHOIS HACKING TEAM"), Potonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0x098B716B8Aaf21512996dC57EB0615e2383 E2f96; alt. Digital Currency Address - ETH 0xa0e1c89Ef1a489c9C7dE96311eD5Ce5D32c 20E4B; alt. Digital Currency Address - ETH 0x3Cffd56B47B7b41c56258D9C7731ABaDc36 0E073; alt. Digital Currency Address - ETH 0x53b6936513e738f44FB50d2b9476730C0Ab3 Bfc1; alt. Digital Currency Address - ETH 0x35fB6f6DB4fb05e6A4cE86f2C93691425626d 4b1; alt. Digital Currency Address - ETH 0xF7B31119c2682c88d88D455dBb9d5932c65 Cf1bE; alt. Digital Currency Address - ETH 0x3e37627dEAA754090fBFbb8bd226c1CE66D 255e9; alt. Digital Currency Address - ETH 0x08723392Ed15743cc38513C4925f5e6be5c1 7243; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"ZINIRA, Abu" (a.k.a. ALI, Ahmad Iman; a.k.a. ALI, Ahmed Iman; a.k.a. ALI, Shaykh Ahmad Iman; a.k.a. ALI, Sheikh Ahmed Iman), Somalia; DOB 1973; alt. DOB 1974; alt. DOB 1972; alt. DOB 1975; POB Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ZIO" (a.k.a. ZAGARIA, Michele; a.k.a. "CAPASTORTA"; a.k.a. "CAPOSTORTA"; a.k.a. "ISS"; a.k.a. "MANERA"); DOB 21 May 1958; POB San Cipriano d'Aversa, Italy (individual) [TCO].

"ZISCO" (a.k.a. ZARAND IRANIAN STEEL CO; a.k.a. ZARAND IRANIAN STEEL COMPANY), No. 35, flats No. 3 and 4, 2nd Floor, Street No. 27, Tehran, West Kordestan, Iran; No. 113, Between Soleiman Khater & Sohrawardi Street, Motahari Avenue, Tehran 1576918911, Iran; PO Box 1437747334, Tehran, Iran; Website http://zisco.midhco.com/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2011; National ID No. 333265 (Iran) [IRAN-EO13871].

"Z-MAT" (Chinese Simplified: "震环机床集团") (a.k.a. ZHEJIANG ZHENHUAN CNC MACHINE TOOL CO., LTD. (Chinese Simplified: 浙江震环数控机床股份有限公司)), Mechanical and Electrical Zone, Yuhuan, Taizhou, Zhejiang 317699, China; Website https://cn.zmat.com/; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 22 Dec 2000; Organization Type: Manufacture of other special-purpose machinery; Unified Social Credit Code (USCC) 91331000725858856D (China) [RUSSIA-EO14024].

"ZNPP FSUE" (a.k.a. FEDERAL STATE UNITARY ENTERPRISE ZAPORIZHZHYA NUCLEAR POWER PLANT; a.k.a. FSUE ZAPOROZHSKAYA NPP; a.k.a. ZAPOROZHYE NPP FEDERAL STATE UNITARY ENTERPRISE), Ul. promyshlennaya d. 133, Enerhodar, Ukraine; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 07 Oct 2022; Target Type State-Owned Enterprise; Tax ID No. 7743394421 (Russia); Registration Number 1227700644270 (Russia) [RUSSIA-EO14024].

"ZOMEX" (f.k.a. FOREIGN LIMITED LIABILITY COMPANY ZOMEX INVESTMENT (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗОМЕКС ИНВЕСТМЕНТ); a.k.a. LIMITED

LIABILITY COMPANY EMIRATES BLUE SKY; a.k.a. LLC EMIRATES BLUE SKY; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU EMIREITS BLYU SKAI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭМИРЕЙТС БЛЮ СКАЙ); a.k.a. OOO EMIREITS BLYU SKAI (Cyrillic: ООО ЭМИРЕЙТС БЛЮ СКАЙ); a.k.a. TAA EMIREITS BLYU SKAI (Cyrillic: ТАА ЭМИРЭЙТС БЛЮ СКАЙ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU EMIREITS BLYU SKAI (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ЭМИРЭЙТС БЛЮ СКАЙ)), ul. Petra Mstislavtsa, d. 9, pom. 10-44, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10-44, г. Минск 220076, Belarus); Organization Established Date 08 Sep 2008; Registration ID 191061449 (Belarus) [BELARUS-EO14038].

"ZPC" (a.k.a. ZAGROS PETROCHEMICAL), North Sheikh Bahaie Avenue Sheida Alley, Khoddami Street, Vanak Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Chamber of Commerce Number 2869 (Iran); Registration Number 148344 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

"ZPP OOO" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ZAVOD PRIBORNYKH PODSHIPNIKOV; a.k.a. ZAVOD PRIBORNYKH PODSHIPNIKOV LIMITED LIABILITY COMPANY), Ter. 18 KM Moskovskogo Shosse D. Litera 67, Kom. 5, Samara 443072, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Organization Established Date 25 Dec 2001; Tax ID No. 6367032625 (Russia); Government Gazette Number 11031529 (Russia); Registration Number 1026300769417 (Russia) [RUSSIA-EO14024].

"ZSK OOO" (a.k.a. LIMITED LIABILITY COMPANY POLAR CONSTRUCTION COMPANY; a.k.a. LIMITED LIABILITY ZAPOLARNAYA CONSTRUCTION COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ZAPOLYARNAYA STROITELNAYA KOMPANIYA; a.k.a. ZAPOLYARNAYA STROITELNAYA KOMPANIYA), Ul. Betonnaya D. 13A, Pomeshch. I/Floor 2, Staraya Kupavna 142450, Russia; 8, ul. Taimyrskaya, Norilsk, Krasnoyarsk region 663330, Russia; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Tax ID No. 2457061775 (Russia);

Registration Number 1062457022880 (Russia) [RUSSIA-EO14024].

"ZUBEYR, Abu" (a.k.a. ABU ZUBEYR, Muktar Abdirahman; a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. AW-MOHAMUD, Ahmed Abdi; a.k.a. "GODANE"; a.k.a. "GODANI"; a.k.a. "MUKHTAR, Shaykh"); DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia (individual) [SOMALIA].

"ZUKIPLI" (a.k.a. BIN MARZUKI, Zulkifli; a.k.a. BIN ZUKEPLI, Marzuki; a.k.a. MARZUKI, Zulkepli; a.k.a. MARZUKI, Zulkifli; a.k.a. "ZULKIFLI"); DOB 03 Jul 1968; POB Malaysia; nationality Malaysia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ZULKARNAEN" (a.k.a. SUMARSONO, Aris; a.k.a. SUNARSO, Arif; a.k.a. SUNARSO, Aris; a.k.a. "MURSHID"; a.k.a. "USTAD DAUD ZULKARNAEN"; a.k.a. "ZULKARNAIN"; a.k.a. "ZULKARNAN"; a.k.a. "ZULKARNIN"), Jakarta, Indonesia; DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ZULKARNAIN" (a.k.a. SUMARSONO, Aris; a.k.a. SUNARSO, Arif; a.k.a. SUNARSO, Aris; a.k.a. "MURSHID"; a.k.a. "USTAD DAUD ZULKARNAEN"; a.k.a. "ZULKARNAEN"; a.k.a. "ZULKARNAN"; a.k.a. "ZULKARNIN"), Jakarta, Indonesia; DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ZULKARNAN" (a.k.a. SUMARSONO, Aris; a.k.a. SUNARSO, Arif; a.k.a. SUNARSO, Aris; a.k.a. "MURSHID"; a.k.a. "USTAD DAUD ZULKARNAEN"; a.k.a. "ZULKARNAEN"; a.k.a. "ZULKARNAIN"; a.k.a. "ZULKARNIN"), Jakarta, Indonesia; DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ZULKARNIN" (a.k.a. SUMARSONO, Aris; a.k.a. SUNARSO, Arif; a.k.a. SUNARSO, Aris; a.k.a. "MURSHID"; a.k.a. "USTAD DAUD

ZULKARNAEN"; a.k.a. "ZULKARNAEN"; a.k.a. "ZULKARNAIN"; a.k.a. "ZULKARNAN"), Jakarta, Indonesia; DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

"ZULKIFLI" (a.k.a. BIN MARZUKI, Zulkifli; a.k.a. BIN ZUKEPLI, Marzuki; a.k.a. MARZUKI, Zulkepli; a.k.a. MARZUKI, Zulkifli; a.k.a. "ZUKIPLI"); DOB 03 Jul 1968; POB Malaysia; nationality Malaysia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

_____

## (vessels):

Blocked vessels have been segregated into a separate section of the SDN List, below.  Except in limited circumstances, financial institutions are instructed to reject any funds transfer referencing a blocked vessel and must notify OFAC, preferably via facsimile with a copy of the payment instructions, that funds have been returned to the remitter due to the possible involvement of a blocked vessel in the underlying transaction.  See 31 C.F.R. § 501.604(b)(1). Financial institutions should contact OFAC's Compliance Outreach and Implementation Division for further instructions should the name of a blocked vessel appear in shipping documents presented under a letter of credit or if noticed in a documentary collection.  Blocked vessels must themselves be physically blocked should they enter U.S. jurisdiction.  Freight forwarders and shippers may not charter, book cargo on, or otherwise deal with blocked vessels.

7-28 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8898831 (vessel) [DPRK4] (Linked To: YUSONG SHIPPING CO).

AAJ Crew/Supply Vessel Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8984484 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ABADAN (a.k.a. ARTAVIL; f.k.a. SHONA; f.k.a. "ALPHA") (T2EU4) Crude/Oil Products Tanker 99,144DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag None Identified; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187629; MMSI 572469210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ABBA General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9051624 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ABELIA (a.k.a. APAMA; f.k.a. ASTARA; f.k.a. JUPITER) (9HDS9) Crude/Oil Products Tanker 99,087DWT 56,068GRT Iran flag; Former Vessel Flag Tuvalu; alt. Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187631; MMSI 256845000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ABHA (a.k.a. OMNI) (3E2785) Crude Oil Tanker Panama flag; Vessel Year of Build 2008; Vessel Registration Identification IMO 9400980; MMSI 352001876 (vessel) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

ABHRA (a.k.a. PINTUS) (3E4045) Crude Oil Tanker Panama flag; Vessel Year of Build 2004; Vessel Registration Identification IMO 9282041; MMSI 352001312 (vessel) [IRAN-EO13902] (Linked To: NEO SHIPPING INC.).

ABTIN 1 Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9379636 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ABYAN Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9349667 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ABYSS (T8A4595) Palau flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9157765; MMSI 511101287 (vessel) [SDGT] (Linked To: QUOC VIET MARINE TRANSPORT JSC).

ACADEMIC GUBKIN (a.k.a. AKADEMIK GUBKIN) (UBZX4) Crude Oil Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9842190; MMSI 273616040 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ROSNEFTEFLOT).

ACE (J8B6221) Container Ship St. Vincent and Grenadines flag; Vessel Year of Build 2001; Vessel Registration Identification IMO 9228538; MMSI 376846000 (vessel) [IRAN-EO13902] (Linked To: REEL SHIPPING L.L.C).

ADA (a.k.a. CAPTAIN NIKOLAS) LPG Tanker Comoros flag; Vessel Year of Build 1992; Vessel Registration Identification IMO 9008108 (vessel) [IRAN-EO13902] (Linked To: S E A SHIP MANAGEMENT LLC).

ADELINE G (3E3513) Crude Oil Tanker Panama flag; Vessel Year of Build 2003; Vessel Registration Identification IMO 9234666; MMSI 352002297 (vessel) [IRAN-EO13902] (Linked To: U BEACON SHIPPING CO., LIMITED).

ADENA (D5ZY7) Crude Oil Tanker Liberia flag; Vessel Year of Build 2003; Vessel Registration Identification IMO 9254862; MMSI 636020606 (vessel) [IRAN-EO13902] (Linked To: BABYLON NAVIGATION DMCC).

ADISA Oil Products Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9304667; MMSI 353024000 (vessel) [SDGT] (Linked To: TRITON NAVIGATION CORP.).

ADLER Roll-on Roll-off 8,811GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9179854 (vessel) [RUSSIA-EO14024] (Linked To: M LEASING LLC).

ADRIAN DARYA 1 (f.k.a. GRACE 1) Crude Oil Tanker Iran flag; Former Vessel Flag Panama; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9116412 (vessel) [SDGT].

AEOLUS (5LBD8) Container Ship Liberia flag; Vessel Year of Build 1996; Vessel Registration Identification IMO 9088524; MMSI 636020878 (vessel) [IRAN-EO13902] (Linked To: REEL SHIPPING L.L.C).

AETHER (3E2221) Crude Oil Tanker Panama flag; Vessel Year of Build 2007; Vessel Registration Identification IMO 9328170; MMSI 352002230 (vessel) [IRAN-EO13902] (Linked To: THE ZULU SHIPS MANAGEMENT AND OPERATION - SOLE PROPRIETORSHIP L.L.C).

AETHER SAIL (T8A4543) Chemical/Products Tanker Palau flag; Vessel Year of Build 2003; Vessel Registration Identification IMO 9277371; MMSI 511101256 (vessel) [IRAN-EO13902] (Linked To: PHOENIX SHIP MANAGEMENT FZE).

AK. A. KARPINSKIY (a.k.a. AKADEMIC ALEXANDER KARPINSKY; a.k.a. AKADEMIK ALEKSANDR KARPINSKIY) (UIZO) Research Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Year of Build 1984; Vessel Registration Identification IMO 8227238 (vessel) [RUSSIA-EO14024] (Linked To: JSC POLAR MARINE GEOSURVEY EXPEDITION).

AKADEMIC ALEXANDER KARPINSKY (a.k.a. AK. A. KARPINSKIY; a.k.a. AKADEMIK ALEKSANDR KARPINSKIY) (UIZO) Research Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Year of Build 1984; Vessel Registration Identification IMO 8227238 (vessel) [RUSSIA-EO14024] (Linked To: JSC POLAR MARINE GEOSURVEY EXPEDITION).

AKADEMIK ALEKSANDR KARPINSKIY (a.k.a. AK. A. KARPINSKIY; a.k.a. AKADEMIC ALEXANDER KARPINSKY) (UIZO) Research Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Year of Build 1984; Vessel Registration Identification IMO 8227238 (vessel) [RUSSIA-EO14024] (Linked To: JSC POLAR MARINE GEOSURVEY EXPEDITION).

AKADEMIK CHERSKIY (a.k.a. AKADEMIK CHERSKY; a.k.a. AKADEMIK CZERSKY) (UDQB) Pipe-laying Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8770261 (vessel) [RUSSIA-EO14024] [PEESA-EO14039] (Linked To: SAMARA HEAT AND ENERGY PROPERTY FUND).

AKADEMIK CHERSKY (a.k.a. AKADEMIK CHERSKIY; a.k.a. AKADEMIK CZERSKY) (UDQB) Pipe-laying Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8770261 (vessel) [RUSSIA-

EO14024] [PEESA-EO14039] (Linked To: SAMARA HEAT AND ENERGY PROPERTY FUND).

AKADEMIK CZERSKY (a.k.a. AKADEMIK CHERSKIY; a.k.a. AKADEMIK CHERSKY) (UDQB) Pipe-laying Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8770261 (vessel) [RUSSIA-EO14024] [PEESA-EO14039] (Linked To: SAMARA HEAT AND ENERGY PROPERTY FUND).

AKADEMIK GUBKIN (a.k.a. ACADEMIC GUBKIN) (UBZX4) Crude Oil Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9842190; MMSI 273616040 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ROSNEFTEFLOT).

AKADEMIK LAZEREV (UAJS) Research Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Year of Build 1987; Vessel Registration Identification IMO 8408985 (vessel) [RUSSIA-EO14024] (Linked To: SEVMORNEFTEGEOFIZIKA AO).

AKADEMIK NEMCHINOV (UETM) Research Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Year of Build 1988; Vessel Registration Identification IMO 8409032 (vessel) [RUSSIA-EO14024] (Linked To: SEVMORNEFTEGEOFIZIKA AO).

AKADEMIK PRIMAKOV (UBCQ4) Research Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Year of Build 1999; Vessel Registration Identification IMO 9187514 (vessel) [RUSSIA-EO14024] (Linked To: SEVMORNEFTEGEOFIZIKA AO).

AKIN I (a.k.a. DAWN II; a.k.a. SPAR) (3FHW2) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9185530; MMSI 374100000 (vessel) [SDGT] (Linked To: HASSALEH INTERNATIONAL COMPANY).

AKOYA GAS (a.k.a. GAS ALLURE) (5IM779) Chemical/Oil Tanker Tanzania flag; Vessel Registration Identification IMO 9142150; MMSI 352898800 (vessel) [IRAN-EO13846] (Linked To: VIRGO MARINE).

AL DIAB II (T8A3535) LPG Tanker Palau flag; Vessel Year of Build 1996; Vessel Registration Identification IMO 9053816; MMSI 511100397 (vessel) [IRAN-EO13902] (Linked To: BLACK STONE OIL AND GAS).

AL SAFA (3E3958) Oil Products Tanker Panama flag; Vessel Year of Build 2001; Vessel Registration Identification IMO 9222649; MMSI 352978129 (vessel) [IRAN-EO13846] (Linked To: MANARAT ALKHALEEJ MARINE SERVICES FZE).

AL SIDDEEQ (3E8448) Crude Oil Tanker Panama flag; Vessel Year of Build 2007; Vessel Registration Identification IMO 9312509; MMSI 352005939 (vessel) [IRAN-EO13846] (Linked To: ANBO SHIPPING PTE. LTD.).

ALAA (T8A5128) LPG Tanker Palau flag; Vessel Year of Build 1998; Vessel Registration Identification IMO 9155341; MMSI 511101662 (vessel) [IRAN-EO13902] (Linked To: KAITO NAVIGATION SA).

ALARA (TCA7253) Bulk Carrier Turkey flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9741724 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

ALBARRAQ Z (D604006) Crude Oil Tanker Unknown flag; Former Vessel Flag Comoros; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Year of Build 2003; Vessel Registration Identification IMO 9252943; MMSI 620800006 (vessel) [SDGT] (Linked To: ALBARRAQ SHIPPING CO).

ALE (D5IH3) Container Ship Liberia flag; Vessel Year of Build 2006; Vessel Registration Identification IMO 9303754; MMSI 636016895 (vessel) [IRAN-EO13902] (Linked To: MARVISE SMC DMCC).

ALEKSANDR SOKOLOV (UBKK) General Cargo; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9889198 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

ALEKSEY CHIRIKOV (UBXJ4) Supply Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9613551; MMSI 273369290 (vessel) [UKRAINE-EO13662] [RUSSIA-

EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

ALEKSEY MARYSHEV (UCRD) Research Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8909329 (vessel) [RUSSIA-EO14024] (Linked To: FEDERAL STATE UNITARY ENTERPRISE HYDROGRAPHIC COMPANY).

ALERT (a.k.a. ARNICA; f.k.a. ASTANEH; f.k.a. NEPTUNE; f.k.a. SEAPRIDE) (T2ES4) Crude/Oil Products Tanker 99,144DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187643; MMSI 572467210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ALEXANDER BEGGROV Products Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9876373 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

ALEXANDR DEEV (UBSX6) Passenger Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Other Vessel Type Roll-on Roll-off; Vessel Registration Identification IMO 9940186 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

ALEXANDRA (5LLV6) Crude Oil Tanker Liberia flag; Vessel Year of Build 2003; Vessel Registration Identification IMO 9273260; MMSI 636023078 (vessel) [IRAN-EO13902] (Linked To: BABYLON NAVIGATION DMCC).

ALEXEY BOGOLYUBOV Products Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9876361 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

ALEXEY KOSYGIN LNG Carrier Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9904546 (vessel) [RUSSIA-

EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

ALIREZA 1 (UAYK) General Cargo 1,972GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Year of Build 1965; Vessel Registration Identification IMO 6703769 (vessel) [RUSSIA-EO14024] (Linked To: DALIR LTD).

ALISSA (TRAP2) Crude Oil Tanker Gabon flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9273052; MMSI 626248000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: DOXA SHIPPING LINE INC).

ALPHA GAS (a.k.a. CAPTOON 2; a.k.a. GITTA GAS; a.k.a. JUNO GAS; a.k.a. YOOSHI DOODA) (51M771) Tanzania flag; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Other Vessel Flag Panama; alt. Other Vessel Flag Isle of Man; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 8817693; MMSI 677067100 (vessel) [SDGT] (Linked To: HIZBALLAH).

ALPHA HELIOS (UBSV3) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9924340 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

ALPHA HERMES (UBDW5) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9924352 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

ALVAN General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9165798 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

AM NOK GANG (a.k.a. AP ROK GANG) General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8132835 (vessel) [DPRK].

AM THESEUS (a.k.a. ZAFAR) (UBKZ6) Bulk Carrier Russia flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9720263; MMSI 273254900 (vessel) [SDGT] (Linked To: AM ASIA M6 LTD).

AMAK (3DBP1) Crude Oil Tanker Eswatini flag; Vessel Registration Identification IMO 9244635; MMSI 669542000 (vessel) [IRAN-EO13846] (Linked To: AUSTINSHIP MANAGEMENT PRIVATE LIMITED).

AMAPOLA 1 Tug Venezuela flag; Vessel Registration Identification IMO 9717357 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

AMBAL Roll-on Roll-off 20,729GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8807416 (vessel) [RUSSIA-EO14024] (Linked To: OBORONLOGISTIKA OOO).

AMBER (f.k.a. FREEDOM; f.k.a. HARAZ) (5IM 597) Crude Oil Tanker 317,356DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357406; MMSI 677049700 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

AMBER 6 (3E2141) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9235713; MMSI 352001387 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SUNNE CO LIMITED).

AMIAS Chemical/Products Tanker Vietnam flag; Vessel Registration Identification IMO 9342786; MMSI 574004850 (vessel) [IRAN-EO13846] (Linked To: GOLDEN LOTUS OIL GAS AND REAL ESTATE JOINT STOCK COMPANY).

AMINA Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9305192 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

AMOL (a.k.a. ARGO 1; a.k.a. ARGO I; a.k.a. CASTOR; a.k.a. SILVER CLOUD; a.k.a. "CHRISTINA") (T2EM4) Crude/Oil Products Tanker 99,094DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187667 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

AMOR (TJMC800) Crude Oil Tanker Cameroon flag; Vessel Registration Identification IMO 9182291; MMSI 613884000 (vessel) [IRAN-EO13846] (Linked To: VALIANT MARINE VENTURES FZE).

AMUAY Tug Venezuela flag; Vessel Registration Identification IMO 9432658 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

AN SAN 1 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 7303803 (vessel) [DPRK4] (Linked To: KOREA ANSAN SHIPPING COMPANY).

ANASTASIIA (f.k.a. VIKTORIA SHAIN) General Cargo 9,611GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9349291 (vessel) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

ANATOLY KOLODKIN (3E7525) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9610808; MMSI 352003372 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

ANATTA (ZGB15) Yacht Cayman Islands flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Year of Build 2011; Vessel Registration Identification IMO 1011159; MMSI 319025900 (vessel) [RUSSIA-EO14024] (Linked To: ADONEV, Sergei Nikolaevich).

ANDIA Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9193197 (vessel) [IRAN] [NPWMD] [IFSR]

(Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ANDREY OSIPOV (UBTN6) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8711306 (vessel) [RUSSIA-EO14024] (Linked To: EKO SHIPPING LIMITED LIABILITY COMPANY).

ANGARA Roll-on Roll-off 8,811GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9179842 (vessel) [RUSSIA-EO14024] (Linked To: M LEASING LLC).

ANGLIA (a.k.a. BALITA) Crude/Oil Products Tanker Cameroon flag; Vessel Registration Identification IMO 9176773 (vessel) [VENEZUELA-EO13850] (Linked To: FIDES SHIP MANAGEMENT LLC).

ANHONA (V3GK3) Oil Products Tanker Belize flag; Vessel Registration Identification IMO 9354521; MMSI 312171000 (vessel) [IRAN-EO13846] (Linked To: HARRY VICTOR SHIP MANAGEMENT AND OPERATION L.L.C).

ANNICK (a.k.a. CARNATIC; a.k.a. KIONI; a.k.a. TOBA) (8P2398) Crude Oil Tanker Barbados flag; Vessel Registration Identification IMO 9304655; MMSI 314926000 (vessel) [IRAN-EO13846] (Linked To: MAX MARITIME SOLUTIONS FZE).

ANTARES I (5LJ06) Oil Products Tanker Liberia flag; Vessel Year of Build 2008; Vessel Registration Identification IMO 9382073; MMSI 636022596 (vessel) [IRAN-EO13902] (Linked To: ALGAE SHIP CHARTER - FZCO).

ANTEY (a.k.a. VLADISLAV STRIZHOV) (UEKQ) Anchor Handling Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9310018 (vessel) [RUSSIA-EO14024] [PEESA-EO14039] (Linked To: LLC KOKSOKHIMTRANS; Linked To: JOINT STOCK COMPANY ARDAL).

ANTHEA (a.k.a. SIRI) (D6A3314) Crude Oil Tanker Comoros flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9281683; MMSI 620999315 (vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

AP ROK GANG (a.k.a. AM NOK GANG) General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8132835 (vessel) [DPRK].

APAMA (f.k.a. ABELIA; f.k.a. ASTARA; f.k.a. JUPITER) (9HDS9) Crude/Oil Products Tanker 99,087DWT 56,068GRT Iran flag; Former Vessel Flag Tuvalu; alt. Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187631; MMSI 256845000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

APATE (3E3783) Oil Products Tanker Panama flag; Vessel Year of Build 2009; Vessel Registration Identification IMO 9433016; MMSI 352002102 (vessel) [IRAN-EO13902] (Linked To: THE ZULU SHIPS MANAGEMENT AND OPERATION - SOLE PROPRIETORSHIP L.L.C).

APS 9 (9V6767) Tug Singapore flag; Vessel Year of Build 2005; Vessel Registration Identification IMO 9360001; MMSI 565649000 (vessel) [IRAN-EO13902] (Linked To: ANGLO PREMIER SHIPPING PTE. LTD.).

APUS (3E2712) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9280885; MMSI 352001692 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SUNNE CO LIMITED).

AQUA LIVE (P4AE06) Crude Oil Tanker Aruba flag; Vessel Year of Build 2004; Vessel Registration Identification IMO 9282792; MMSI 307031000 (vessel) [IRAN-EO13846] (Linked To: VICENS MARINE CO).

AQUA SPIRIT (3E3983) LPG Tanker Panama flag; Vessel Year of Build 1999; Vessel Registration Identification IMO 9197727; MMSI 352001226 (vessel) [IRAN-EO13902] (Linked To: BENOIL SHIPPING INC).

AQUARIS (3E6590) Crude Oil Tanker Panama flag; Vessel Year of Build 2003; Vessel Registration Identification IMO 9251822; MMSI 352003040 (vessel) [IRAN-EO13846] (Linked To: ARKADIA MARITIME INCORPORATED).

AQUATICA (3E6678) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9299769; MMSI 352004367 (vessel)

[UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: CELESTIAL STAR CORPORATION).

AQUILA II (3E2714) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9281152; MMSI 352001694 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SUNNE CO LIMITED).

ARABIAN ENERGY (3E3473) Chemical/Products Tanker Panama flag; Vessel Registration Identification IMO 9417490; MMSI 352001565 (vessel) [IRAN-EO13846] (Linked To: ALMANAC SHIP MANAGEMENT LLC).

ARCTICA 1 (UBDO8) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9228980 (Russia) (vessel) [RUSSIA-EO14024] (Linked To: TRANSSTROY LIMITED LIABILITY COMPANY).

ARCTICA 2 (UBTN7) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9243801 (vessel) [RUSSIA-EO14024] (Linked To: EKO SHIPPING LIMITED LIABILITY COMPANY).

ARDAVAN Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9465863 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ARES (E5U3903) Crude Oil Tanker Cook Islands flag; Vessel Year of Build 1999; Vessel Registration Identification IMO 9174397; MMSI 518100992 (vessel) [IRAN-EO13902] (Linked To: ARES SHIPPING LIMITED).

AREZOO General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9165786 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ARGO (a.k.a. YAMUNA) (E5U5133) Oil Products Tanker Cook Islands flag; Vessel Registration Identification IMO 9572111; MMSI 518999152 (vessel) [IRAN-EO13846] (Linked To: SEA ROUTE SHIP MANAGEMENT FZE).

ARGO 1 (a.k.a. AMOL; a.k.a. ARGO I; a.k.a. CASTOR; a.k.a. SILVER CLOUD; a.k.a. "CHRISTINA") (T2EM4) Crude/Oil Products Tanker 99,094DWT 56,068GRT Iran flag;

Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187667 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ARGO I (a.k.a. AMOL; a.k.a. ARGO 1; a.k.a. CASTOR; a.k.a. SILVER CLOUD; a.k.a. "CHRISTINA") (T2EM4) Crude/Oil Products Tanker 99,094DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187667 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ARIA (8P2495) Chemical/Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Year of Build 2009; Vessel Registration Identification IMO 9397559; MMSI 314987000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

ARIADNE (8P2446) Chemical/Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Year of Build 2008; Vessel Registration Identification IMO 9397547; MMSI 314948000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

ARIES Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9369722 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ARIHANT (T8A3376) Products Tanker Palau flag; Vessel Year of Build 2009; Vessel Registration Identification IMO 9464156; MMSI 511100268 (vessel) [IRAN-EO13902] (Linked To: ARIHANT SHIPPING INC.).

ARISTO (5LJI7) Chemical/Products Tanker Liberia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9327413; MMSI

636022549 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

ARJUN (3E5088) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9297357; MMSI 352002801 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: KANGEN MARITIME CORPORATION).

ARK III (f.k.a. "ABADEH"; f.k.a. "ARK"; f.k.a. "CRYSTAL"; f.k.a. "SUNDIAL") Crude/Oil Products Tanker 99,030DWT 56,068GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187655 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ARKADIY CHERNYSHEV (UBSH5) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Year of Build 1988; Vessel Registration Identification IMO 8714695 (vessel) [RUSSIA-EO14024] (Linked To: IBEX SHIPPING INC).

ARNICA (f.k.a. ALERT; f.k.a. ASTANEH; f.k.a. NEPTUNE; f.k.a. SEAPRIDE) (T2ES4) Crude/Oil Products Tanker 99,144DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187643; MMSI 572467210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ARSHAM Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9386500 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ARTABAZ Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9283007 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ARTAM Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9284154 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ARTARIA Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9226944 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ARTAVAND Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9193214 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ARTAVIL (f.k.a. ABADAN; f.k.a. SHONA; f.k.a. "ALPHA") (T2EU4) Crude/Oil Products Tanker 99,144DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag None Identified; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187629; MMSI 572469210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ARTEMIS GAS (a.k.a. KANTI; a.k.a. LUNA) (T7BN8) LPG Tanker San Marino flag; Vessel Year of Build 2004; Vessel Registration Identification IMO 9282106; MMSI 268243502 (vessel) [IRAN-EO13902] (Linked To: KANTI LINES INC.).

ARTEMIS III (HQZY4) Crude Oil Tanker Honduras flag; Vessel Year of Build 1996; Vessel Registration Identification IMO 9102241; MMSI 334983000 (vessel) [IRAN-EO13846] (Linked To: BREEZE MARINE ASSET MANAGEMENT INC.).

ARTEMIS OFFSHORE (UBRS8) Offshore Support Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9747194 (vessel) [RUSSIA-EO14024] [PEESA-EO14039] (Linked To: FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE).

ARTENOS Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9283021 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ARTIN Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9305221 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ARTMAN Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9405930 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ARTURA (a.k.a. OHAR; a.k.a. YORGOS) (8RCL2) Crude Oil Tanker Sint Maarten flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9150365; MMSI 750177000 (vessel) [SDGT] (Linked To: CAP TEES SHIPPING CO., LIMITED).

ARVIN Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9193202 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ARZIN Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9284142 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ASCALON Roll-on Roll-off 8,821GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9198226 (vessel) [RUSSIA-EO14024] (Linked To: M LEASING LLC).

ASIA BRIDGE (f.k.a. ASIA BRIDGE 2) General Cargo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9010022 (vessel) [DPRK4] (Linked To: GOOD SIBLINGS LTD; Linked To: WEIHAI HUIJIANG TRADE LIMITED).

ASIA BRIDGE 1 8,015DWT; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8916580 (vessel) [DPRK4] (Linked To: HUAXIN SHIPPING HONGKONG LTD).

ASIA BRIDGE 2 (a.k.a. ASIA BRIDGE) General Cargo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9010022 (vessel) [DPRK4] (Linked To: GOOD SIBLINGS LTD; Linked To: WEIHAI HUIJIANG TRADE LIMITED).

ASKAR-SARYDZHA General Cargo 4,991GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9082142 (vessel) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

ASTANEH (f.k.a. ALERT; a.k.a. ARNICA; f.k.a. NEPTUNE; f.k.a. SEAPRIDE) (T2ES4) Crude/Oil Products Tanker 99,144DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187643; MMSI 572467210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ASTARA (f.k.a. ABELIA; a.k.a. APAMA; f.k.a. JUPITER) (9HDS9) Crude/Oil Products Tanker 99,087DWT 56,068GRT Iran flag; Former Vessel Flag Tuvalu; alt. Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187631; MMSI 256845000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ASTERIX (C5J382) Crude Oil Tanker Gambia flag; Vessel Registration Identification IMO 9181194; MMSI 629009370 (vessel) [IRAN-EO13846] (Linked To: OCEANEND SHIPPING LTD).

ASTRA (TRAA3) Chemical/Products Tanker Gabon flag; Vessel Registration Identification IMO 9162928; MMSI 626152000 (vessel) [IRAN-EO13846] (Linked To: SEA ROUTE SHIP MANAGEMENT FZE).

ASTRA (XVJT7) Chemical/Oil Tanker Vietnam flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9273387; MMSI 574005470 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SAO VIET PETROL TRANSPORTATION COMPANY LIMITED).

ASTROL-1 (UBXU4) General Cargo; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9906544 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

ASYA ENERGY (T8A4791) LNG Carrier Republic of Palau flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9216298 (vessel) [RUSSIA-EO14024] (Linked To: OCEAN SPEEDSTAR SOLUTIONS OPC PRIVATE LIMITED).

ATEELA 1 (EPCF9) Products Tanker Iran flag; Vessel Year of Build 2009; Vessel Registration Identification IMO 9548990; MMSI 422044800 (vessel) [IRAN-EO13902] (Linked To: BEHENGAM TADBIR QESHM SHIPPING AND MARITIME SERVICES COMPANY).

ATEELA 2 (EPCG2) Products Tanker Iran flag; Vessel Year of Build 2010; Vessel Registration Identification IMO 9549009; MMSI 422044900 (vessel) [IRAN-EO13902] (Linked To: BEHENGAM TADBIR QESHM SHIPPING AND MARITIME SERVICES COMPANY).

ATILA (TJM0033) Crude Oil Tanker Cameroon flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Year of Build 2003; Vessel Registration Identification IMO 9262754; MMSI 613769400 (vessel) [SDGT] (Linked To: GRAT SHIPPING CO LTD).

ATLANTIS MZ (a.k.a. CAILI STAR; a.k.a. TOMIE) (D604003) Crude Oil Tanker Unknown flag; Former Vessel Flag Comoros; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Year of Build 2000; Vessel Registration Identification IMO 9218181; MMSI 620800003 (vessel) [SDGT] (Linked To: ATLANTIS M. SHIPPING CO).

ATLAS (8P2259) Products Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9413573; MMSI 314895000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STREAM SHIP MANAGEMENT FZCO).

ATTICA (TRAT2) Crude Oil Tanker Gabon flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9436941; MMSI 626278000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: ELGON MARITIME CORPORATION).

AUDAX (9V9100) Heavy Lift Vessel Singapore flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9763837 (vessel) [RUSSIA-EO14024] (Linked To: RED BOX ENERGY SERVICES PTE LTD).

AULIS (3E5853) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9233765; MMSI 352003752 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: NOBLEFU COMPANY LIMITED).

AURORA RILEY (HPKT) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9181649; MMSI 356024000 (vessel) [IRAN-EO13902] (Linked To: LYRARI GROUP LTD).

AUROURA (3E3982) Oil Products Tanker Panama flag; Vessel Year of Build 2004; Vessel Registration Identification IMO 9262912; MMSI 352001225 (vessel) [IRAN-EO13902] (Linked To: GOLDEN GATE SHIP MANAGEMENT).

AVA 10 (D6A3908) Crude Oil Tanker Comoros flag; Vessel Year of Build 2003; Vessel Registration Identification IMO 9247986; MMSI 620999909 (vessel) [IRAN-EO13846] (Linked To: DEEP CURRENT SHIPPING L.L.C).

AVANG Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9465746 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

AVENTUS I (3E2078) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9280873; MMSI 352898820 (vessel) [IRAN-EO13846] (Linked To: DIAMANTE TANKERS INCORPORATED).

AVITAL (TJM0052) Crude Oil Tanker Cameroon flag; Vessel Registration Identification IMO 9246279; MMSI 613924409 (vessel) [IRAN-EO13846] (Linked To: SHINY SAILS SHIPPING LTD).

AVON (D6A4259) LPG Tanker Comoros flag; Vessel Year of Build 1993; Vessel Registration Identification IMO 9034705; MMSI 620800259 (vessel) [IRAN-EO13902] (Linked To: AAYAT SHIP MANAGEMENT PRIVATE LIMITED).

AVRORA ALTAIR (UBYS) Oil Products Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9300348 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

AVRORA REGUL (UGGU) Oil Products Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9300350 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

AVRORA SIRIUS (UHSW) Oil Products Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9313589 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

AYDEN (3E3779) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9365764; MMSI 352002097 (vessel) [IRAN-EO13902] (Linked To: GREEN GARDEN TRADING LTD).

AYNAZ Tug Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9683570 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

AYSAN General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9165803 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

AZARGOUN Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9283019 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

AZTEC (a.k.a. NECLEUS; a.k.a. URANUS) (D5YQ2) Crude Oil Tanker Tanzania flag; Other Vessel Flag Liberia; Vessel Year of Build 2002; Vessel Registration Identification IMO 9248485; MMSI 636014160 (vessel) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

B LUMINOSA Oil Products Tanker Djibouti flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9256016; MMSI 621819076 (vessel) [SDGT] (Linked To: HARBOUR SHIP MANAGEMENT LIMITED).

BADR (EQJU) Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions;

Vessel Registration Identification IMO 8407345 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

BAEK MA KANG General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 7944683 (vessel) [DPRK].

BAHJAT Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9405954 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

BAKHTEMIR (UBYQ7) Salvage Ship Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9797577 (vessel) [RUSSIA-EO14024] [PEESA-EO14039] (Linked To: FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE).

BALIAR Crude/Oil Products Tanker Liberia flag; Vessel Registration Identification IMO 9192258 (vessel) [VENEZUELA-EO13850] (Linked To: FIDES SHIP MANAGEMENT LLC).

BALITA (f.k.a. ANGLIA) Crude/Oil Products Tanker Cameroon flag; Vessel Registration Identification IMO 9176773 (vessel) [VENEZUELA-EO13850] (Linked To: FIDES SHIP MANAGEMENT LLC).

BALTIC HORIZON (a.k.a. PETRA) (3E5422) Chemical/Products Tanker Panama flag; Vessel Registration Identification IMO 9263382; MMSI 352004038 (vessel) [IRAN-EO13846] (Linked To: SEA ROUTE SHIP MANAGEMENT FZE).

BALTIC LEADER (Cyrillic: БАЛТИК ЛИДЕР) Roll-on Roll-off 8,831GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9220639 (vessel) [RUSSIA-EO14024] (Linked To: PSB LIZING OOO).

BALTIYSK (UHMA) Roll-on Roll-off Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8318130 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

BALTIYSKIY ISSLEDOVATEL (a.k.a. "BALT. ISSLEDOVATEL"; a.k.a. "BALTIC EXPLORER") (UBAQ4) Supply Vessel Russia

flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9572020 (vessel) [RUSSIA-EO14024] [PEESA-EO14039] (Linked To: FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE).

BALTIYSKIY-111 (UDCC) General Cargo 1,926GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Year of Build 1980; Vessel Registration Identification IMO 7612448 (vessel) [RUSSIA-EO14024] (Linked To: DALIR LTD).

BALU (TJM0133) Floating Storage Tanker Cameroon flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9235244; MMSI 613469620 (vessel) [SDGT] (Linked To: FORSAL CHARTERING CORPORATION).

BANEH (EQKF) Landing Craft 640DWT 478GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8508462; MMSI 422141000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

BARENTS (UBIP2) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9278600 (vessel) [RUSSIA-EO14024] (Linked To: EKO SHIPPING LIMITED LIABILITY COMPANY).

BARON (a.k.a. DARAN; a.k.a. UPMAN) (8RCB2) Chemical/Products Tanker Guyana flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9080493; MMSI 667001798 (vessel) [SDGT] (Linked To: PEARL SHIPPING & TRADING LTD).

BARZIN (a.k.a. FANREACH) Container Ship Hong Kong flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820269 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

BASHT Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9346536 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

BASKAR Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification

IMO 9405942 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

BATELEUR (HOA5120) LPG Tanker Panama flag; Vessel Year of Build 1995; Vessel Registration Identification IMO 9045807; MMSI 352980786 (vessel) [IRAN-EO13846] (Linked To: SAI SABURI CONSULTING SERVICES PRIVATE LIMITED).

BATIS Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9465760 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

BAVAND Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9387798 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

BAVENIT (UAIO) Drilling Ship Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Year of Build 1986; Vessel Registration Identification IMO 8406573 (vessel) [RUSSIA-EO14024] (Linked To: AMIGE AO).

BAXTER (V3TF5) Oil Products Tanker Belize flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9282522; MMSI 312513000 (vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

BEHDAD General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9051636 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

BEHDOKHT Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9405978 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

BEHNAVAZ Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9346548 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

BEHSHAD General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification

IMO 9167289 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

BEHTA Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9349590 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

BELLA Russia flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8808264 (vessel) [DPRK4] (Linked To: GUDZON SHIPPING CO LLC).

BELLA 1 (3E3494) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9230880; MMSI 352002277 (vessel) [SDGT] (Linked To: LOUIS MARINE SHIPHOLDING ENTERPRISES S.A.).

BELLAGIO (9V6969) Chemical/Products Tanker Liberia flag; Vessel Year of Build 2005; Vessel Registration Identification IMO 9299446; MMSI 636024318 (vessel) [IRAN-EO13902] (Linked To: BABYLON NAVIGATION DMCC).

BELOMORSKIY Dredger 2,628GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8305781 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

BENDIGO (a.k.a. LEONOR) (8P2397) Crude Oil Tanker Barbados flag; Vessel Registration Identification IMO 9289491; MMSI 314925000 (vessel) [IRAN-EO13846] (Linked To: MAX MARITIME SOLUTIONS FZE).

BENEDICT (TJMC128) Crude Oil Tanker Cameroon flag; Vessel Year of Build 2005; Vessel Registration Identification IMO 9293155; MMSI 613003709 (vessel) [IRAN-EO13846] (Linked To: ELEVATE MARINE MANAGEMENT PRIVATE LIMITED).

BENLAI (8PQJ) Crude Oil Tanker Barbados flag; Vessel Year of Build 2006; Vessel Registration Identification IMO 9312494; MMSI 314146000 (vessel) [IRAN-EO13846] (Linked To: QINGDAO OCEAN KIMO SHIP MANAGEMENT CO LTD).

BERENICE PRIDE (3EEX7) Oil Products Tanker Panama flag; Vessel Registration Identification IMO 9216559; MMSI 357776000 (vessel) [IRAN-EO13846] (Linked To: ALMANAC SHIP MANAGEMENT LLC).

BERG 1 (3DCZ1) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9262168 (vessel) [IRAN-EO13846] (Linked To: STRONG ROOTS PROVIDER NV).

BERING (UBHR6) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9267297 (vessel) [RUSSIA-EO14024] (Linked To: EKO SHIPPING LIMITED LIABILITY COMPANY).

BERTHA (a.k.a. MONICA S) (E5U5084) Crude Oil Tanker Cook Islands flag; Vessel Registration Identification IMO 9292163; MMSI 518999103 (vessel) [IRAN-EO13902] (Linked To: SHANGHAI LEGENDARY SHIP MANAGEMENT COMPANY LIMITED).

BERTIE (5LAO6) Container Ship Liberia flag; Vessel Year of Build 2003; Vessel Registration Identification IMO 9241487; MMSI 636020758 (vessel) [IRAN-EO13902] (Linked To: MARVISE SMC DMCC).

BESTLA (3E6593) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9295593; MMSI 352003044 (vessel) [IRAN-EO13902] (Linked To: BESTLA COMPANY LIMITED).

BIANCA (5LOX8) Chemical/Products Tanker Liberia flag; Vessel Year of Build 2003; Vessel Registration Identification IMO 9259927; MMSI 636023688 (vessel) [IRAN-EO13902] (Linked To: BABYLON NAVIGATION DMCC).

BIANCA JOYSEL (3E2106) Crude Oil Tanker Panama flag; Vessel Year of Build 2002; Vessel Registration Identification IMO 9196632; MMSI 352001069 (vessel) [IRAN-EO13902] (Linked To: BETENSH GLOBAL INVESTMENT LIMITED AND DONG DONG SHIPPING LIMITED).

BICENTENARIO I Tug Venezuela flag; Vessel Registration Identification IMO 9584762 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO II Tug Venezuela flag; Vessel Registration Identification IMO 9513323 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO III Tug Venezuela flag; Vessel Registration Identification IMO 9585819 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO IV Tug Venezuela flag; Vessel Registration Identification IMO 9556947 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO IX Tug Venezuela flag; Vessel Registration Identification IMO 9557915 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO V Tug Venezuela flag; Vessel Registration Identification IMO 9542518 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO VI Tug Venezuela flag; Vessel Registration Identification IMO 9557549 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO VII Tug Venezuela flag; Vessel Registration Identification IMO 9588990 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO VIII Tug Venezuela flag; Vessel Registration Identification IMO 9564695 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO X Tug Venezuela flag; Vessel Registration Identification IMO 9564126 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO XI Tug Venezuela flag; Vessel Registration Identification IMO 9513311 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO XII Tug Venezuela flag; Vessel Registration Identification IMO 9513282 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO XIII Tug Venezuela flag; Vessel Registration Identification IMO 9513294 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO XIV Tug Venezuela flag; Vessel Registration Identification IMO 9513270 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO XV Tug Venezuela flag; Vessel Registration Identification IMO 9513268 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO XVI Tug Venezuela flag; Vessel Registration Identification IMO 9513309 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BIG MAG (HORS) Crude Oil Tanker Panama flag; Vessel Year of Build 2002; Vessel Registration Identification IMO 9263215; MMSI 356336000 (vessel) [IRAN-EO13902] (Linked To: PROPITIOUS FOREVER TRADING CO LTD).

BIGLI (D5ZP3) Container Ship Liberia flag; Vessel Year of Build 2005; Vessel Registration Identification IMO 9307047; MMSI 636020524 (vessel) [IRAN-EO13902] (Linked To: MARVISE SMC DMCC).

BLACK PANTHER (3EZT6) Chemical/Products Tanker Panama flag; Vessel Registration Identification IMO 9285756; MMSI 372988000 (vessel) [IRAN-EO13902] (Linked To: TIGHTSHIP SHIPPING MANAGEMENT (OPC) PRIVATE LIMITED).

BLACK ROCK (3E3938) Chemical/Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Year of Build 1998; Vessel Registration Identification IMO 9196448; MMSI 352986196 (vessel) [SDGT] (Linked To: TYBA SHIP MANAGEMENT DMCC).

BLACKSTONE (a.k.a. SALINA; f.k.a. SARV; f.k.a. SPLENDOUR) (9HNZ9) Crude Oil Tanker 163,870DWT 85,462GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Seychelles; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357377; MMSI 249257000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

BLISSFUL SEA (a.k.a. VANITY) (T7BL8) Crude Oil Tanker San Marino flag; Vessel Registration Identification IMO 9371608; MMSI 268241802 (vessel) [IRAN-EO13902] (Linked To: YURIMAGUAS LTD).

BLUE GULF (T8A4799) Crude Oil Tanker Palau flag; Vessel Registration Identification IMO 9328716; MMSI 511101436 (vessel) [IRAN-EO13902] (Linked To: UNITED TANKERS LTD).

BLUE NIL (a.k.a. OLIVE) (E5U5271) Crude Oil Tanker Cook Islands flag; Vessel Registration Identification IMO 9288265; MMSI 518999290 (vessel) [IRAN-EO13902] (Linked To: TIGHTSHIP SHIPPING MANAGEMENT (OPC) PRIVATE LIMITED).

BLUEFINS Oil Products Tanker Djibouti flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9221657; MMSI 621819069 (vessel) [SDGT] (Linked To: HARBOUR SHIP MANAGEMENT LIMITED).

BOCEANICA Oil Products Tanker Djibouti flag; Former Vessel Flag Palau; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9267132; MMSI 621819060 (vessel) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

BODHI (TJM0106) Crude Oil Tanker Cameroon flag; Vessel Year of Build 1997; Vessel Registration Identification IMO 9144782; MMSI 613003728 (vessel) [IRAN-EO13846] (Linked To: ERST GROUP LTD).

BOGATYR Russia flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9085730 (vessel) [DPRK4] (Linked To: GUDZON SHIPPING CO LLC).

BOLERO (8P2492) Crude Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9412335; MMSI 314984000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

BONITA QUEEN (f.k.a. KAMILA) Crude Oil Tanker St. Kitts & Nevis flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9105906 (vessel) [SDGT] (Linked To: KHADIJA SHIP MANAGEMENT PRIVATE LIMITED).

BONU 5 Malta flag; Vessel Registration Identification 15411 (Malta) (vessel) [LIBYA3] (Linked To: ANDREA MARTINA LIMITED).

BORAY (UBGX6) Chemical/Oil Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9198783; MMSI 273610900 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SUNOR ILLC).

BOREAS (D6A3315) Crude Oil Tanker Comoros flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9248497; MMSI 620999316

(vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

BOREY G (3E2481) Products Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9199127; MMSI 352001461 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: LUSEIA MARINE SERVICES CO LTD).

BORIS KUSTODIEV (UFXZ) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9103817; MMSI 273191000 (vessel) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

BOSCO GILAN (EPAE3) General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9188752 (vessel) [IRAN-EO13876] (Linked To: BONYAD SHIPPING AGENCIES COMPANY).

BRAVA LAKE (8P2225) Crude Oil Tanker Barbados flag; Vessel Registration Identification IMO 9232876; MMSI 314867000 (vessel) [IRAN-EO13902] (Linked To: ZENITH BRIDGE INC).

BRELYAN Passenger Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Other Vessel Type Roll-on Roll-off; Vessel Registration Identification IMO 9138056 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

BRILLIANCE Bulk Carrier Panama flag; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Year of Build 1999; Vessel Registration Identification IMO 9450715 (vessel) [SDGT] (Linked To: BRILLIANCE MARITIME VENTURES S.A.).

BRIONT (3E3821) Chemical/Oil Tanker Panama flag; Vessel Year of Build 2003; Vessel Registration Identification IMO 9252955; MMSI 352002147 (vessel) [IRAN-EO13902] (Linked To: THE ZULU SHIPS MANAGEMENT AND OPERATION - SOLE PROPRIETORSHIP L.L.C).

BS BRAVO (TRA065) Chemical/Oil Tanker Gabon flag (Truong Phat Loc Shipping Trading); Vessel Registration Identification IMO 9294795; MMSI 626061000 (vessel) [IRAN-EO13846] (Linked To: TRUONG PHAT LOC SHIPPING TRADING JOINT STOCK COMPANY).

BUENO Oil Products Tanker Djibouti flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9282443; MMSI 621819070 (vessel) [SDGT] (Linked To: HARBOUR SHIP MANAGEMENT LIMITED).

BUK (UBOE3) Tug Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9201994; MMSI 273318480 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: RPK NORD LIMITED LIABILITY COMPANY).

CAILI STAR (a.k.a. ATLANTIS MZ; a.k.a. TOMIE) (D604003) Crude Oil Tanker Unknown flag; Former Vessel Flag Comoros; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Year of Build 2000; Vessel Registration Identification IMO 9218181; MMSI 620800003 (vessel) [SDGT] (Linked To: ATLANTIS M. SHIPPING CO).

CALLISTO (8P2438) Crude Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9299692; MMSI 314942000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

CALM BRIDGE General Cargo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8318867 (vessel) [DPRK4] (Linked To: SILVER BRIDGE SHIPPING CO-HKG).

CALYPSO GAS (V2YC2) LPG Tanker Antigua and Barbuda flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9131101; MMSI

304563000 (vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

CAMILLA (5LAB7) Crude Oil Tanker Liberia flag; Vessel Year of Build 2003; Vessel Registration Identification IMO 9254850; MMSI 636020658 (vessel) [IRAN-EO13902] (Linked To: BABYLON NAVIGATION DMCC).

CANGJIE (E5U5064) Crude Oil Tanker Cook Islands flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9299680; MMSI 518999083 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: KUPA LINES INCORPORATED).

CANKIRI (3E4108) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9411331; MMSI 352002456 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PROMINENT SHIPMANAGEMENT LIMITED).

CANREACH (f.k.a. HAMOUN) Container Ship Hong Kong flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820271 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

CAPE GAS (D6A2739) LPG Tanker Comoros flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9002491; MMSI 620739000 (vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

CAPELLA (8P2447) Crude Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9341079; MMSI 314949000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STREAM SHIP MANAGEMENT FZCO).

CAPTAIN BEKLEMISHEV (a.k.a. KAPITAN BEKLEMISHEV) (UBSJ) Tug Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration

Identification IMO 8724080 (vessel) [RUSSIA-EO14024] [PEESA-EO14039] (Linked To: FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE).

CAPTAIN KOSTICHEV (3E4142) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9301392; MMSI 352002205 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

CAPTAIN NIKOLAS (a.k.a. ADA) LPG Tanker Comoros flag; Vessel Year of Build 1992; Vessel Registration Identification IMO 9008108 (vessel) [IRAN-EO13902] (Linked To: S E A SHIP MANAGEMENT LLC).

CAPTAIN YAKUBOVICH (UBCG2) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Year of Build 1984; Vessel Registration Identification IMO 8318740 (vessel) [RUSSIA-EO14024] (Linked To: IBEX SHIPPING INC).

CAPTOON 2 (a.k.a. ALPHA GAS; a.k.a. GITTA GAS; a.k.a. JUNO GAS; a.k.a. YOOSHI DOODA) (51M771) Tanzania flag; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Other Vessel Flag Panama; alt. Other Vessel Flag Isle of Man; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 8817693; MMSI 677067100 (vessel) [SDGT] (Linked To: HIZBALLAH).

CARIBE Tug Venezuela flag; Vessel Registration Identification IMO 9540895 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

CARINA (8P2232) Crude Oil Tanker Barbados flag; Vessel Registration Identification IMO 9240512; MMSI 314872000 (vessel) [IRAN-EO13846] (Linked To: DERECTTOR COMPANY LIMITED).

CARL (8P2479) Crude Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9288851; MMSI 314975000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: CUBE VENTURES SHIPPING SA).

CARLOTA C Chemical/Products Tanker Panama flag; Vessel Registration Identification IMO 9502453 (vessel) [VENEZUELA-EO13850] (Linked To: CAROIL TRANSPORT MARINE LTD).

CARNATIC (a.k.a. ANNICK; a.k.a. KIONI; a.k.a. TOBA) (8P2398) Crude Oil Tanker Barbados flag; Vessel Registration Identification IMO 9304655; MMSI 314926000 (vessel) [IRAN-EO13846] (Linked To: MAX MARITIME SOLUTIONS FZE).

CAROL (V4BC4) LPG Tanker St. Kitts and Nevis flag; Vessel Registration Identification IMO 9070072; MMSI 341575000 (vessel) [IRAN-EO13846] (Linked To: ALYA MARINE SENDIRIAN BERHAD).

CASINOVA (a.k.a. YING GE) (8P2583) Crude Oil Tanker Barbados flag; Vessel Registration Identification IMO 9280366; MMSI 314001045 (vessel) [IRAN-EO13902] (Linked To: LE MONDE MARINE SERVICES LIMITED).

CASPIA Chemical/Products Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9125126 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

CASSIOPEIA (8P2466) Crude Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9341081; MMSI 314964000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STREAM SHIP MANAGEMENT FZCO).

CASTOR (a.k.a. AMOL; a.k.a. ARGO 1; a.k.a. ARGO I; a.k.a. SILVER CLOUD; a.k.a. "CHRISTINA") (T2EM4) Crude/Oil Products Tanker 99,094DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187667 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

CATALINA 7 (3E4129) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9310159; MMSI 352001485 (vessel) [IRAN-EO13902] (Linked To: CANES VENATICI LIMITED).

CATHAY PHOENIX (a.k.a. IZUMO) (TRBQ9) Crude Oil Tanker Gabon flag; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9249324; MMSI 626466000 (vessel) [SDGT] [IFSR] (Linked To: GEMINI MARINE LIMITED).

CAYAURIMA Tug Venezuela flag; Vessel Registration Identification IMO 9688805 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

CELEBES (YDA3301) Tug Indonesia flag; Vessel Registration Identification IMO 8710730; MMSI 525018077 (vessel) [IRAN-EO13846] (Linked To: PT. BINTANG SAMUDRA UTAMA).

CELINE (3E2126) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9305609; MMSI 352001369 (vessel) [SDGT] (Linked To: SALINA SHIP MANAGEMENT PVT LTD).

CEPHEUS (3E3724) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9299721; MMSI 352001911 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: COLUMBA LIMITED).

CERES I (S9U4) Crude Oil Tanker Sao Tome and Principe flag; Vessel Registration Identification IMO 9229439; MMSI 668116233 (vessel) [IRAN-EO13902] (Linked To: CERES SHIPPING LIMITED).

CERUS (V4EL4) Container Ship St. Kitts and Nevis flag; Vessel Year of Build 2003; Vessel Registration Identification IMO 9259408; MMSI 341988000 (vessel) [IRAN-EO13902] (Linked To: REEL SHIPPING L.L.C).

CESARIA (T8A5357) Crude Oil Tanker Palau flag; Vessel Year of Build 2003; Vessel Registration Identification IMO 9251602; MMSI 511101849 (vessel) [IRAN-EO13902] (Linked To: GALERAN SERVICE CORP).

CH BILLION (3E5354) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9276585; MMSI 352003955 (vessel) [IRAN-EO13902] (Linked To: YOUNG FOLKS INTERNATIONAL TRADING CO., LIMITED).

CHAMTANG (3EXF5) Crude/Oil Products Tanker Panama flag; Vessel Registration Identification IMO 9212400; MMSI 357964000 (vessel) [IRAN-EO13846] (Linked To: IMS LTD).

CHARMINAR (3E2245) Chemical/Oil Tanker Panama flag; Vessel Year of Build 2006; Vessel Registration Identification IMO 9318022; MMSI 352002261 (vessel) [IRAN-EO13902] (Linked To: ALGAE SHIP CHARTER - FZCO).

CHEM (E5U4368) Chemical/Products Tanker Cook Islands flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9240914; MMSI 518998388 (vessel) [SDGT] (Linked To: SAFE SEAS SHIP MANAGEMENT FZE).

CHIL 1 (C5J280) Chemical/Oil Tanker Gambia flag; Vessel Registration Identification IMO 9171498; MMSI 629009268 (vessel) [IRAN-EO13902] (Linked To: GLORY INTERNATIONAL FZ-LLC).

CHIRON 5 (D6A2827) Products Tanker Comoros flag; Vessel Year of Build 2005; Vessel Registration Identification IMO 9306665; MMSI 620827000 (vessel) [IRAN-EO13902] (Linked To: TRADE BRIDGE GLOBAL INC.).

CHIZHOVKA Hopper Barge 745GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8730455 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

CHLOE (a.k.a. SAM 121) (8RAX1) Crude Oil Tanker Guyana flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9173745; MMSI 750656000 (vessel) [SDGT] (Linked To: AL-QATIRJI COMPANY).

CHON MA SAN Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8660313 (vessel) [DPRK4] (Linked To: KOREA ACHIM SHIPPING CO).

CHON MYONG 1 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8712362 (vessel) [DPRK4] (Linked To: CHONMYONG SHIPPING CO).

CHONG BONG Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8909575 (vessel) [DPRK3] (Linked To: CHONGBONG SHIPPING CO LTD).

CHONG CHON GANG General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 7937317 (vessel) [DPRK].

CHONG RIM 2 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8916293 (vessel) [DPRK3] (Linked To: OCEAN BUNKERING JV CO).

CHRISTOPHE DE MARGERIE (8E4097) LNG Carrier Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9737187; MMSI 352002442 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

CLIO (3E2767) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9238052; MMSI 352001855 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: HONG KONG YONGYE SHIPPING LIMITED).

CLIPPER (a.k.a. EAGLE PRIDE; a.k.a. QUEEN LUCA) LPG Tanker Guyana flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9102198 (vessel) [SDGT] (Linked To: ELVEGARD SHIPPING LTD).

COMPANION (f.k.a. DAL LAKE; f.k.a. DAVAR; a.k.a. DORE) (5IM 593) Crude Oil Tanker 317,850DWT 164,241GRT Iran flag; Former

Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357717; MMSI 677049300 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

CONFIDENCE P (3FGV5) Crude/Oil Products Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9178044; MMSI 357747000 (vessel) [SDGT] (Linked To: MALLAH, Abdul Jalil).

CONRAD (E5U4542) Oil Products Tanker Cook Islands flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9546722; MMSI 518998562 (vessel) [SDGT] (Linked To: SAFE SEAS SHIP MANAGEMENT FZE).

CORONA FUN (3E5355) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9276573; MMSI 352003958 (vessel) [IRAN-EO13902] (Linked To: SUN SCIENCE INTERNATIONAL CO., LIMITED).

CORUM (3E2362) Products Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9544281; MMSI 352002588 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PROMINENT SHIPMANAGEMENT LIMITED).

COURAGE (a.k.a. HILDA I; f.k.a. HOMA) (5IM 596) Crude Oil Tanker 317,367DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357389; MMSI 677049600 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

COURAGE 7 (TRA050) Asphalt/Bitumen Tanker Gabon flag; Vessel Year of Build 2015; Vessel Registration Identification IMO 9553957; MMSI 626046000 (vessel) [IRAN-EO13846] (Linked To: ETIHAD ENGINEERING AND MARINE SERVICES FZC).

CRIUS (3E3759) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or

589.209; Vessel Registration Identification IMO 9251274; MMSI 352002070 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: CRIUS LIMITED).

CROSS OCEAN (3E4640) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9251810; MMSI 352002860 (vessel) [IRAN-EO13846] (Linked To: DELNAZ SHIP MANAGEMENT SDN BHD).

CRYSTAL ROSE (3E4037) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9292228; MMSI 352001298 (vessel) [IRAN-EO13846] (Linked To: DERECTTOR COMPANY LIMITED).

CUMANAGOTO Tug Venezuela flag; Vessel Registration Identification IMO 9540883 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

CUP (V2Y16) Crude Oil Tanker Antigua & Barbuda flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9271327; MMSI 304768000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: BLUEJOURNEY SHIPPING LIMITED).

DAI HONG DAN General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 7944695 (vessel) [DPRK].

DAISY (a.k.a. SINOPA; f.k.a. SUPERIOR; f.k.a. SUSANGIRD) (5IM584) Crude Oil Tanker 159,681DWT 81,479GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tanzania; alt. Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9172038; MMSI 677048400 (vessel) [IRAN] [SDGT] (Linked To: NATIONAL IRANIAN TANKER COMPANY; Linked To: HOKOUL SAL OFFSHORE).

DAL LAKE (f.k.a. COMPANION; f.k.a. DAVAR; a.k.a. DORE) (5IM 593) Crude Oil Tanker 317,850DWT 164,241GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information -

Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357717; MMSI 677049300 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DAMAVAND (a.k.a. DIAMOND II) (9HEG9) Crude Oil Tanker 297,013DWT 160,576GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9218478; MMSI 256865000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DAN (f.k.a. JUSTICE) Crude Oil Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357729 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DANCY DYNAMIC (T8A3476) Oil Products Tanker Palau flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9158161; MMSI 511100350 (vessel) [SDGT] (Linked To: SAFE SEAS SHIP MANAGEMENT FZE).

DANESH (f.k.a. DECISIVE; a.k.a. DREAM II; f.k.a. LEADERSHIP) (5IM 592) Crude Oil Tanker 319,988DWT 164,241GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9356593; MMSI 677049200 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DANIEL (f.k.a. "DEMOS") Crude Oil Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569683 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DANUTA I (T8A4990) LPG Tanker Palau flag; Vessel Year of Build 2000; Vessel Registration Identification IMO 9193721; MMSI 511101556 (vessel) [IRAN-EO13902] (Linked To: ITHAKI MARITIME AND TRADING S.A.).

DARAB (a.k.a. DEEP SEA) (9HEE9) Crude Oil Tanker 296,803DWT 160,576GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9218492; MMSI 256862000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DARAN (a.k.a. BARON; a.k.a. UPMAN) (8RCB2) Chemical/Products Tanker Guyana flag; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9080493; MMSI 667001798 (vessel) [SDGT] (Linked To: PEARL SHIPPING & TRADING LTD).

DARYABAR Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9369710 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

DAVAR (f.k.a. COMPANION; f.k.a. DAL LAKE; a.k.a. DORE) (5IM 593) Crude Oil Tanker 317,850DWT 164,241GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357717; MMSI 677049300 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DAVINA (T8A4843) Crude Oil Tanker Palau flag; Vessel Registration Identification IMO 9259367; MMSI 511101471 (vessel) [IRAN-EO13846] (Linked To: DAVINA SHIPPING INC).

DAWN II (a.k.a. AKIN I; a.k.a. SPAR) (3FHW2) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9185530; MMSI 374100000 (vessel) [SDGT] (Linked To: HASSALEH INTERNATIONAL COMPANY).

DAWNLIGHT General Cargo Mongolia flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9110236 (vessel) [DPRK].

DAYLAM (a.k.a. DOVER) (9HEU9) Crude Oil Tanker 299,500DWT 160,576GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9218466; MMSI 256872000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DECESIVE (f.k.a. DANESH; a.k.a. DREAM II; f.k.a. LEADERSHIP) (5IM 592) Crude Oil Tanker 319,988DWT 164,241GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9356593; MMSI 677049200 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DEEP SEA (f.k.a. DARAB) (9HEE9) Crude Oil Tanker 296,803DWT 160,576GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9218492; MMSI 256862000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DELFINA (5LJW7) Crude Oil Tanker Liberia flag; Vessel Year of Build 2003; Vessel Registration Identification IMO 9256248; MMSI 636022667 (vessel) [IRAN-EO13902] (Linked To: BABYLON NAVIGATION DMCC).

DELICE Chemical/Products Tanker Iran flag; Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9125138 (vessel) [IRAN] [SDGT] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES; Linked To: HOKOUL SAL OFFSHORE).

DELLA (VRUB7) Crude Oil Tanker Hong Kong flag; Other Vessel Flag China; Vessel Year of Build 2001; Vessel Registration Identification IMO 9227479; MMSI 477714500 (vessel) [VENEZUELA-EO13850] (Linked To: ARIES GLOBAL INVESTMENT LTD).

DELNAVAZ Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9387803 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

DELPHI (a.k.a. LADY LUCY) (5LKL2) Chemical/Products Tanker Liberia flag; Vessel Registration Identification IMO 9341512; MMSI 636022783 (vessel) [IRAN-EO13902] (Linked To: CONSTELLATION MARITIME SERVICES LIMITED).

DELRUBA Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9305207 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

DELVAR (a.k.a. DEVON) (9HEF9) Crude Oil Tanker 299,500DWT 160,576GRT None Identified flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9218454; MMSI 256864000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DEMETER (HPGV) Oil Products Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9258674; MMSI 370921000 (vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

DENA (a.k.a. DOWNY) (9HED9) Crude Oil Tanker 296,894DWT 160,576GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9218480; MMSI 256861000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DERYA Crude Oil Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569700 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DESPINA ANDRIANNA Crude Oil Tanker Liberia flag; Vessel Registration Identification IMO 9182667 (vessel) [VENEZUELA-EO13850] (Linked To: BALLITO BAY SHIPPING INCORPORATED).

DESTINY (f.k.a. ULYSSES 1) Crude Oil Tanker Iran flag; Former Vessel Flag Liberia; alt. Former Vessel Flag Mongolia; alt. Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9177155 (vessel) [IRAN] [SDGT] (Linked To: NATIONAL IRANIAN TANKER COMPANY; Linked To: HOKOUL SAL OFFSHORE).

DEVON (f.k.a. DELVAR) (9HEF9) Crude Oil Tanker 299,500DWT 160,576GRT None Identified flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9218454; MMSI 256864000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DEVREZ Chemical/Products Tanker Iran flag; Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9120994 (vessel) [IRAN] [SDGT] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES; Linked To: KHADIJA SHIP MANAGEMENT PRIVATE LIMITED).

DEYNA (3E5822) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9299903; MMSI 352003718 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SINO SHIP MANAGEMENT COMPANY LIMITED).

DHANU (V4BP4) Container Ship St. Kitts and Nevis flag; Vessel Year of Build 2001; Vessel Registration Identification IMO 9122473; MMSI 341652000 (vessel) [IRAN-EO13902] (Linked To: REEL SHIPPING L.L.C).

DIAMOND (8P2444) Chemical/Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Year of Build 2009; Vessel Registration Identification IMO 9385142; MMSI 314946000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

DIAMOND II (f.k.a. DAMAVAND) (9HEG9) Crude Oil Tanker 297,013DWT 160,576GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9218478; MMSI 256865000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DIANA (6YWV8) Crude Oil Tanker Jamaica flag; Vessel Year of Build 2004; Vessel Registration Identification IMO 9255945; MMSI 339000161 (vessel) [IRAN-EO13902] (Linked To: ALEAH SHIPPING INC).

DIGNITY (UBIZ6) Crude Oil Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9283241; MMSI 273253500 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: ARGO TANKER GROUP LLC).

DIJILAH (V7A2015) Crude Oil Tanker Marshall Islands flag; Vessel Year of Build 2019; Vessel Registration Identification IMO 9829629; MMSI 538008147 (vessel) [IRAN-EO13902] (Linked To: VS TANKERS FREE ZONE ENTITY - F.Z.E DMCC BRANCH).

DILBAR (ZGFO) Yacht 15,917GRT Cayman Islands flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9661792 (vessel) [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

DIMITRA II (T7BI5) Crude Oil Tanker San Marino flag; Vessel Registration Identification IMO 9208215; MMSI 268249801 (vessel) [IRAN-EO13846] (Linked To: DELNAZ SHIP MANAGEMENT SDN BHD).

DINO I (f.k.a. INFINITY) (5IM411) Crude Oil Tanker Iran flag (NITC); Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569671 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DIONA Crude Oil Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569695 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DIVINE POWER (T8A4414) Chemical/Products Tanker Palau flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9171357; MMSI 511101150 (vessel) [SDGT] (Linked To: DP SHIPPING LIMITED).

DMITRY MENDELEEV (UBJV8) Bunkering Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9888182; MMSI 273296810 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMNEFT MARINE BUNKER LIMITED LIABILITY COMPANY).

DOBRYNYA (UBOO) Tug Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 8730077; MMSI 273449240 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ROSNEFTEFLOT).

DOJRAN (f.k.a. RAINBOW; a.k.a. SNOW; f.k.a. SOUVENIR; a.k.a. YARD NO. 1221 SHANGHAI WAIGAOQIAO) Crude Oil Tanker 318,000DWT 165,000GRT Panama flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569619 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DOK CHON General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 7411260 (vessel) [DPRK].

DOLPHIN LPG Tanker Sao Tome and Principe flag; Vessel Registration Identification IMO 9052331; MMSI 668116145 (vessel) [IRAN-EO13846] (Linked To: GOLDEN LOTUS OIL GAS AND REAL ESTATE JOINT STOCK COMPANY).

DOMANI (a.k.a. GERD KNUTSEN; a.k.a. LIA; a.k.a. SERENITY) Crude Oil Tanker Guyana flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9041057 (vessel) [SDGT] [VENEZUELA-EO13850] (Linked To: FIDES SHIP MANAGEMENT LLC; Linked To: NATIVA MANAGEMENT LTD).

DONG FENG 6 5,515DWT Tanzania flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9008201 (vessel) [DPRK4] (Linked To: SHANGHAI DONGFENG SHPG CO LTD).

DORE (f.k.a. COMPANION; f.k.a. DAL LAKE; f.k.a. DAVAR) (5IM 593) Crude Oil Tanker 317,850DWT 164,241GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357717; MMSI 677049300 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DORENA (f.k.a. SKYLINE) (5IM632) Crude Oil Tanker Iran flag (NITC); Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569669 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DORITA General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8605234 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

DOVER (f.k.a. DAYLAM) (9HEU9) Crude Oil Tanker 299,500DWT 160,576GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9218466; MMSI 256872000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DOWNY (f.k.a. DENA) (9HED9) Crude Oil Tanker 296,894DWT 160,576GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9218480; MMSI 256861000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DREAM II (f.k.a. DANESH; f.k.a. DECESIVE; f.k.a. LEADERSHIP) (5IM 592) Crude Oil Tanker 319,988DWT 164,241GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9356593; MMSI 677049200 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DUNE Crude Oil Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569712 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DVINSKIY ZALIV Dredger 2,081GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8922486 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

EAGLE PRIDE (a.k.a. CLIPPER; a.k.a. QUEEN LUCA) LPG Tanker Guyana flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9102198 (vessel) [SDGT] (Linked To: ELVEGARD SHIPPING LTD).

EASTERN HERO (T8A4456) Chemical/Products Tanker Palau flag; Vessel Year of Build 2007; Vessel Registration Identification IMO 9353905; MMSI 511101182 (vessel) [IRAN-EO13902] (Linked To: ODYSSEY MARINE INC.).

EBANO (f.k.a. "ANA I"; f.k.a. "SAND SWAN") General Cargo 2,595DWT 1,865GRT Panama flag; Vessel Registration Identification IMO 7406784 (vessel) [CUBA].

EGRET (a.k.a. JADEAR) (3E2524) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9283801; MMSI 352001512 (vessel) [IRAN-EO13902] (Linked To: DEXIANG SHIPPING CO., LIMITED).

ELEGANCE (3E5080) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9383950; MMSI 352002791 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PROMINENT SHIPMANAGEMENT LIMITED).

ELINE (8PAA5) Crude Oil Tanker Barbados flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9292486; MMSI 314856000 (vessel) [SDGT] (Linked To: SALINA SHIP MANAGEMENT PVT LTD).

ELITE (f.k.a. NAPOLI; a.k.a. NAVARZ; f.k.a. NOAH; f.k.a. VOYAGER) (T2DQ4) Crude Oil Tanker 298,731DWT 156,809GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079078; MMSI 572441210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ELITE (a.k.a. LA PEARL) (5IM808) Crude Oil Tanker Tanzania flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9174660; MMSI 677070800 (vessel) [SDGT] (Linked To: SAONE SHIPPING CORPORATION).

ELIZA II (3E2651) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9418078; MMSI 352002497 (vessel) [IRAN-EO13846] (Linked To: BRECALIN HONG KONG CO LTD).

ELIZABET (TJMC263) Crude Oil Tanker Cameroon flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Year of Build 2000; Vessel Registration Identification IMO 9216717; MMSI 613001301 (vessel) [SDGT] (Linked To: WHITE SANDS SHIPMANAGEMENT CORP.).

ELKE (a.k.a. FABINO GAS) (T8A3562) LPG Tanker Palau flag; Vessel Year of Build 1993; Vessel Registration Identification IMO 9012886; MMSI 511100419 (vessel) [IRAN-EO13902] (Linked To: NOVA LINES INC.).

ELOISE (TRAD8) Crude Oil Tanker Gabon flag; Vessel Year of Build 2002; Vessel Registration Identification IMO 9233234; MMSI 626143000 (vessel) [IRAN-EO13846] (Linked To: VROOM MARINE VENTURE FZE).

ELSA (V3RZ8) Crude Oil Tanker Belize flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9256468; MMSI 312038000 (vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

ELVA (S9A3) Crude Oil Tanker Sao Tome and Principe flag; Vessel Registration Identification IMO 9196644; MMSI 668116202 (vessel) [IRAN-EO13902] (Linked To: LUFINDO HOLDING LIMITED).

ELYANA General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9165827 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ELZA (D5SE4) Crude Oil Tanker Liberia flag; Vessel Registration Identification IMO 9221671; MMSI 636018950 (vessel) [IRAN-EO13846] (Linked To: ELZA SHIPPING SA).

EMERALD (a.k.a. TIYARA) (EPUN7) Crude Oil Tanker; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9231224; MMSI 422471300 (vessel) [SDGT] (Linked To: MALLAH, Abdul Jalil).

EMILY S (3E2473) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9321847; MMSI 352001452 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SUNNE CO LIMITED).

EMMA (a.k.a. JASMINE) Chemical/Products Tanker Iran flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9105085 (vessel) [SDGT] (Linked To: AFRICO 1 OFF-SHORE SAL).

ENISEY Bulk Carrier 27,078GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9079169 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

ESPERANZA (f.k.a. NEDAS) Crude Oil Tanker Cuba flag; Former Vessel Flag Greece; Vessel Registration Identification IMO 9289166 (vessel) [VENEZUELA-EO13850] (Linked To: CAROIL TRANSPORT MARINE LTD).

ETERNAL 8 (3E3694) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9232448; MMSI 352001640 (vessel) [SDGT] (Linked To: STAR OCEAN SHIPMANAGE LTD).

ETERNAL FORTUNE (a.k.a. MOONBAY) (8RCC2) Crude Oil Tanker Guyana flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9230907; MMSI 750269000 (vessel) [SDGT] (Linked To: HONGKONG UNITOP GROUP LTD).

ETERNAL PEACE (3E3831) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9259745; MMSI 352002158 (vessel) [SDGT] (Linked To: STAR OCEAN SHIPMANAGE LTD).

ETERNAL SUCCESS (3E4722) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9307633; MMSI 352002970 (vessel) [SDGT] (Linked To: STAR OCEAN SHIPMANAGE LTD).

ETHERA (3E3798) Chemical/Oil Tanker Panama flag; Vessel Year of Build 2008; Vessel Registration Identification IMO 9387279; MMSI 352002120 (vessel) [IRAN-EO13902] (Linked To: THE ZULU SHIPS MANAGEMENT AND OPERATION - SOLE PROPRIETORSHIP L.L.C.).

ETIM EMIN (a.k.a. SAPFIR) (UBIG5) General Cargo 1,853GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8700010; MMSI 273355400 (vessel) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

EURO FORTUNE (V4WB4) Chemical/Oil Tanker St. Kitts and Nevis flag; Vessel Registration Identification IMO 9281554; MMSI 341675000 (vessel) [IRAN-EO13846] (Linked To: ALMANAC SHIP MANAGEMENT LLC).

EURO VIKING (V4XD4) Chemical/Oil Tanker St. Kitts and Nevis flag; Vessel Registration Identification IMO 9309239; MMSI 341729000 (vessel) [IRAN-EO13846] (Linked To: ALMANAC SHIP MANAGEMENT LLC).

EVENTIN Crude Oil Tanker Unknown flag; Former Vessel Flag Panama; Vessel Year of Build 2006; Vessel Registration Identification IMO 9308065 (vessel) [IRAN-EO13902] (Linked To: ALGAE SHIP CHARTER - FZCO).

EVER BRIGHT 88 Sierra Leone flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8914934 (vessel) [DPRK] (Linked To: OCEAN MARITIME MANAGEMENT COMPANY LIMITED).

EVER GLORY Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8909915 (vessel) [DPRK4] (Linked To: KOREA MARINE & INDUSTRIAL TRDG).

EVEREST ENERGY (T8A4820) LNG Carrier Republic of Palau flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9243148 (vessel) [RUSSIA-EO14024] (Linked To: OCEAN SPEEDSTAR SOLUTIONS OPC PRIVATE LIMITED).

EVERRICH 5 (a.k.a. SUMMER 5) (3FLY5) Chemical/Oil Tanker Panama flag; Vessel Registration Identification IMO 9204805; MMSI 356746000 (vessel) [IRAN-EO13846] (Linked To: TRUONG PHAT LOC SHIPPING TRADING JOINT STOCK COMPANY).

EXPLORER (a.k.a. HERBY; f.k.a. HODA; f.k.a. HYDRA; f.k.a. PRECIOUS) (T2EH4) Crude Oil Tanker 317,356DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration

Identification IMO 9362059; MMSI 572458210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

FABINO GAS (a.k.a. ELKE) (T8A3562) LPG Tanker Palau flag; Vessel Year of Build 1993; Vessel Registration Identification IMO 9012886; MMSI 511100419 (vessel) [IRAN-EO13902] (Linked To: NOVA LINES INC.).

FAEZ (f.k.a. FIANGA; a.k.a. FOREST; f.k.a. MAESTRO; f.k.a. SATEEN) (T2DM4) Chemical/Products Tanker 35,124DWT 25,214GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9283760; MMSI 572438210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

FANREACH (f.k.a. BARZIN) Container Ship Hong Kong flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820269 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

FAXON Chemical/Products Tanker Panama flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9283758 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

FEDOR USHAKOV (UBAQ3) Supply Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9753739; MMSI 273396260 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

FELICITA (D6A3040) Crude Oil Tanker Comoros flag; Vessel Year of Build 2000; Vessel Registration Identification IMO 9167162; MMSI 620999032 (vessel) [IRAN-EO13902] (Linked To: VAST MARINE INC).

FELICITY (f.k.a. LEYCOTHEA; f.k.a. ORIENTAL) Crude Oil Tanker Iran flag; Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9183934 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

FENG TAI (3E4959) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9248473; MMSI 352002635 (vessel) [SDGT] (Linked To: TAI FENG HAI SHIPPING LIMITED).

FENGSHUN (a.k.a. VENUS 7) (H9ZK) LPG Tanker Eswatini flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9007386; MMSI 374350000 (vessel) [SDGT] (Linked To: KAI HENG LONG GLOBAL ENERGY LIMITED).

FIANGA (f.k.a. FAEZ; a.k.a. FOREST; f.k.a. MAESTRO; f.k.a. SATEEN) (T2DM4) Chemical/Products Tanker 35,124DWT 25,214GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9283760; MMSI 572438210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

FINVAL (UBSU4) Offshore Tug/Supply Ship Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; PEESA Information: Property and Interests in Property Blocked, Except Importation of Goods; Vessel Registration Identification IMO 9272412 (vessel) [RUSSIA-EO14024] [PEESA-EO14039] (Linked To: FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE).

FIONA (a.k.a. "FORTUNA") (UBDP8) Service Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8674156 (vessel) [CAATSA - RUSSIA] [RUSSIA-EO14024] [PEESA-EO14039] (Linked To: KVT-RUS).

FIONA (3E2212) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9365752; MMSI 352002219 (vessel) [IRAN-EO13902] (Linked To: ARTEMIS HEART LTD).

FIONA II (a.k.a. SELENE TRADER) (HPOE) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9262766; MMSI 351073000 (vessel) [IRAN-EO13902] (Linked To: EUNOMIA LIMITED).

FIROUZEH Passenger Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9103099 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

FJORD SEAL (3E3737) Crude Oil Tanker Panama flag; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9513139; MMSI 352001925 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PROMINENT SHIPMANAGEMENT LIMITED).

FLORA DOLCE (8PZQ8) Chemical/Products Tanker Barbados flag; Vessel Year of Build 2004; Vessel Registration Identification IMO 9258595; MMSI 314001081 (vessel) [IRAN-EO13902] (Linked To: RUKBAT MARINE SERVICES CO).

FOREST (f.k.a. FAEZ; f.k.a. FIANGA; f.k.a. MAESTRO; f.k.a. SATEEN) (T2DM4) Chemical/Products Tanker 35,124DWT 25,214GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9283760; MMSI 572438210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

FOREVER RICH Chemical/Products Tanker Hong Kong flag; Vessel Registration Identification IMO 9203928; MMSI 477232400 (vessel) [IRAN-EO13846] (Linked To: SHANGHAI XUANRUN SHIPPING COMPANY LIMITED).

FORTUN (f.k.a. SONATA; a.k.a. STREAM; a.k.a. YARD NO. 1222 SHANGHAI WAIGAOQIAO) Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569633 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

FORTUNE (f.k.a. IRAN FAZEL) (9BAC) Chemical/Products Tanker 35,155DWT 25,214GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9283746; MMSI 422303000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

FORTUNE GALAXY (3E2520) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9257010; MMSI 352001505 (vessel) [SDGT] (Linked To: GLOBAL TECH MARINE SERVICES INC).

FORTUNE GAS (3E2335) LPG Tanker Panama flag; Vessel Year of Build 2010; Vessel Registration Identification IMO 9471123; MMSI

352002555 (vessel) [IRAN-EO13846] (Linked To: MHK SHIPPING CORP).

FOSHAN (3E2124) Chemical/Products Tanker Panama flag; Vessel Year of Build 2007; Vessel Registration Identification IMO 9404572; MMSI 352001366 (vessel) [IRAN-EO13902] (Linked To: SINOSTAR MARINE GROUP LIMITED).

FOTIS (D6A3948) LPG Tanker Comoros flag; Vessel Year of Build 2006; Vessel Registration Identification IMO 9306548; MMSI 620999948 (vessel) [IRAN-EO13902] (Linked To: FOTIS LINES INCORPORATED).

FREDA (3E5145) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9402469; MMSI 352003485 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: HERA GAM LIMITED).

FREEDOM (a.k.a. AMBER; f.k.a. HARAZ) (5IM 597) Crude Oil Tanker 317,356DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357406; MMSI 677049700 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

FREEDOM (a.k.a. MAGUS; a.k.a. MIA) (8RCY1) Crude Oil Tanker Guyana flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9018464 (vessel) [SDGT] [VENEZUELA-EO13850] (Linked To: FIDES SHIP MANAGEMENT LLC; Linked To: VELINE SHIPTRADE INCORPORATED).

FRUNZE (E5U4323) Crude Oil Tanker Cook Islands flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9263643; MMSI 518998343 (vessel) [SDGT] [IFSR] (Linked To: GEMINI MARINE LIMITED).

FT ISLAND (HQAI6) Crude Oil Tanker Honduras flag; Vessel Registration Identification IMO 9166675; MMSI 334017000 (vessel) [IRAN-EO13902] (Linked To: GAFFODIL CO., LIMITED).

FU YUAN YU 005 Fishing Vessel China flag; Vessel Registration Identification IMO 7815246 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 008 Fishing Vessel China flag; Vessel Registration Identification IMO 8403698 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 557 Fishing Vessel China flag; Vessel Registration Identification IMO 8820509 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 558 Fishing Vessel China flag; Vessel Registration Identification IMO 9031947 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 559 Fishing Vessel China flag; Vessel Registration Identification IMO 9016571 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 7601 Fishing Vessel China flag; Vessel Registration Identification IMO 9891476 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7602 Fishing Vessel China flag; Vessel Registration Identification IMO 9891488 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7603 Fishing Vessel China flag; Vessel Registration Identification IMO 9891490 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7604 Fishing Vessel China flag; Vessel Registration Identification IMO 9891505 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7605 Fishing Vessel China flag; Vessel Registration Identification IMO 9891608 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7606 Fishing Vessel China flag; Vessel Registration Identification IMO 9891610 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7611 Fishing Vessel China flag; Vessel Registration Identification IMO 9896294 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7612 Fishing Vessel China flag; Vessel Registration Identification IMO 9896309 (vessel) [GLOMAG] (Linked To: FUJIAN

PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7613 Fishing Vessel China flag; Vessel Registration Identification IMO 9896323 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7614 Fishing Vessel China flag; Vessel Registration Identification IMO 9896335 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7615 Fishing Vessel China flag; Vessel Registration Identification IMO 9896347 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7616 Fishing Vessel China flag; Vessel Registration Identification IMO 9896361 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7617 Fishing Vessel China flag; Vessel Registration Identification IMO 9896373 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7618 Fishing Vessel China flag; Vessel Registration Identification IMO 9896397 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7619 Fishing Vessel China flag; Vessel Registration Identification IMO 9896402 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7620 Fishing Vessel China flag; Vessel Registration Identification IMO 9914577 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7621 Fishing Vessel China flag; Vessel Registration Identification IMO 9914589 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7622 Fishing Vessel China flag; Vessel Registration Identification IMO 9914591 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7624 Fishing Vessel China flag; Vessel Registration Identification IMO 9914606 (vessel) [GLOMAG] (Linked To: FUJIAN

PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7625 Fishing Vessel China flag; Vessel Registration Identification IMO 9914723 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7626 Fishing Vessel China flag; Vessel Registration Identification IMO 9914735 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7627 Fishing Vessel China flag; Vessel Registration Identification IMO 9914747 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7628 Fishing Vessel China flag; Vessel Registration Identification IMO 9914759 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7629 Fishing Vessel China flag; Vessel Registration Identification IMO 9914761 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7630 Fishing Vessel China flag; Vessel Registration Identification IMO 9914785 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7861 Fishing Vessel China flag; Vessel Registration Identification IMO 9828663 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7862 Fishing Vessel China flag; Vessel Registration Identification IMO 9828675 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7863 Fishing Vessel China flag; Vessel Registration Identification IMO 9828699 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7864 Fishing Vessel China flag; Vessel Registration Identification IMO 9828687 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7865 Fishing Vessel China flag; Vessel Registration Identification IMO 9828704

(vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 7866 Fishing Vessel China flag; Vessel Registration Identification IMO 9828716 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 7868 Fishing Vessel China flag; Vessel Registration Identification IMO 9872585 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7869 Fishing Vessel China flag; Vessel Registration Identification IMO 9872602 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7870 Fishing Vessel China flag; Vessel Registration Identification IMO 9874131 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7871 Fishing Vessel China flag; Vessel Registration Identification IMO 9874155 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7872 Fishing Vessel China flag; Vessel Registration Identification IMO 9874064 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7873 Fishing Vessel China flag; Vessel Registration Identification IMO 9874167 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7874 Fishing Vessel China flag; Vessel Registration Identification IMO 9879715 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7875 Fishing Vessel China flag; Vessel Registration Identification IMO 9879727 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7876 Fishing Vessel China flag; Vessel Registration Identification IMO 8537097 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7877 Fishing Vessel China flag; Vessel Registration Identification IMO 8537102 (vessel) [GLOMAG] (Linked To: FUJIAN

PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7882 Fishing Vessel China flag; Vessel Registration Identification IMO 9828754 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7883 Fishing Vessel China flag; Vessel Registration Identification IMO 9828766 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7884 Fishing Vessel China flag; Vessel Registration Identification IMO 9842279 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 7885 Fishing Vessel China flag; Vessel Registration Identification IMO 9842281 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 7886 Fishing Vessel China flag; Vessel Registration Identification IMO 9842293 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7887 Fishing Vessel China flag; Vessel Registration Identification IMO 9842308 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7888 Fishing Vessel China flag; Vessel Registration Identification IMO 9872561 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 7889 Fishing Vessel China flag; Vessel Registration Identification IMO 9872573 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 7890 Fishing Vessel China flag; Vessel Registration Identification IMO 9878761 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7891 Fishing Vessel China flag; Vessel Registration Identification IMO 9878773 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7892 Fishing Vessel China flag; Vessel Registration Identification IMO 9879686 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7893 Fishing Vessel China flag; Vessel Registration Identification IMO 9878785

(vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7894 Fishing Vessel China flag; Vessel Registration Identification IMO 9871232 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7895 Fishing Vessel China flag; Vessel Registration Identification IMO 9871244 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7896 Fishing Vessel China flag; Vessel Registration Identification IMO 9872224 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7897 Fishing Vessel China flag; Vessel Registration Identification IMO 9872262 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7898 Fishing Vessel China flag; Vessel Registration Identification IMO 9872274 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7899 Fishing Vessel China flag; Vessel Registration Identification IMO 9872286 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7900 Fishing Vessel China flag; Vessel Registration Identification IMO 9888273 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 7901 Fishing Vessel China flag; Vessel Registration Identification IMO 9888285 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 7902 Fishing Vessel China flag; Vessel Registration Identification IMO 9888297 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8635 Fishing Vessel China flag; Vessel Registration Identification IMO 9934503 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8636 Fishing Vessel China flag; Vessel Registration Identification IMO 9933717 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8637 Fishing Vessel China flag; Vessel Registration Identification IMO 9933729

(vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8638 Fishing Vessel China flag; Vessel Registration Identification IMO 9933731 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8639 Fishing Vessel China flag; Vessel Registration Identification IMO 9934515 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8640 Fishing Vessel China flag; Vessel Registration Identification IMO 9934527 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8641 Fishing Vessel China flag; Vessel Registration Identification IMO 9934539 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8642 Fishing Vessel China flag; Vessel Registration Identification IMO 9934541 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8643 Fishing Vessel China flag; Vessel Registration Identification IMO 9934553 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8644 Fishing Vessel China flag; Vessel Registration Identification IMO 9934565 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8645 Fishing Vessel China flag; Vessel Registration Identification IMO 9934577 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8646 Fishing Vessel China flag; Vessel Registration Identification IMO 9934589 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8647 Fishing Vessel China flag; Vessel Registration Identification IMO 9940497 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8648 Fishing Vessel China flag; Vessel Registration Identification IMO 9940538 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8649 Fishing Vessel China flag; Vessel Registration Identification IMO 9940540 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8650 Fishing Vessel China flag; Vessel Registration Identification IMO 9940552 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8651 Fishing Vessel China flag; Vessel Registration Identification IMO 9940576 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8652 Fishing Vessel China flag; Vessel Registration Identification IMO 9940590 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8653 Fishing Vessel China flag; Vessel Registration Identification IMO 9940617 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8654 Fishing Vessel China flag; Vessel Registration Identification IMO 9940629 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8660 Fishing Vessel China flag; Vessel Registration Identification IMO 9870111 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8661 Fishing Vessel China flag; Vessel Registration Identification IMO 9870587 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8662 Fishing Vessel China flag; Vessel Registration Identification IMO 9870599 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8672 Fishing Vessel China flag; Vessel Registration Identification IMO 9869291 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8673 Fishing Vessel China flag; Vessel Registration Identification IMO 9869473 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8674 Fishing Vessel China flag; Vessel Registration Identification IMO 9869485 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8675 Fishing Vessel China flag; Vessel Registration Identification IMO 9869497 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8676 Fishing Vessel China flag; Vessel Registration Identification IMO 9870123 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8677 Fishing Vessel China flag; Vessel Registration Identification IMO 9870238

(vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8678 Fishing Vessel China flag; Vessel Registration Identification IMO 9870240 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8679 Fishing Vessel China flag; Vessel Registration Identification IMO 9892365 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8680 Fishing Vessel China flag; Vessel Registration Identification IMO 9892377 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8681 Fishing Vessel China flag; Vessel Registration Identification IMO 9893137 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8682 Fishing Vessel China flag; Vessel Registration Identification IMO 9893149 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8683 Fishing Vessel China flag; Vessel Registration Identification 9894387 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8684 Fishing Vessel China flag; Vessel Registration Identification IMO 9894492 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8685 Fishing Vessel China flag; Vessel Registration Identification IMO 9894507 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8686 Fishing Vessel China flag; Vessel Registration Identification IMO 9894399 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8687 Fishing Vessel China flag; Vessel Registration Identification IMO 9894519 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8688 Fishing Vessel China flag; Vessel Registration Identification IMO 9899052

(vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8689 Fishing Vessel China flag; Vessel Registration Identification IMO 9899064 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8690 Fishing Vessel China flag; Vessel Registration Identification IMO 9899076 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8691 Fishing Vessel China flag; Vessel Registration Identification IMO 9899088 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8692 Fishing Vessel China flag; Vessel Registration Identification IMO 9899105 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8693 Fishing Vessel China flag; Vessel Registration Identification IMO 9899117 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8695 Fishing Vessel China flag; Vessel Registration Identification IMO 9916692 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8696 Fishing Vessel China flag; Vessel Registration Identification IMO 9916654 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8697 Fishing Vessel China flag; Vessel Registration Identification IMO 9916707 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8698 Fishing Vessel China flag; Vessel Registration Identification IMO 9916721 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU F30 Refrigerated Cargo Ship China flag; Vessel Registration Identification IMO 9096507 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU F91 Refrigerated Cargo Ship China flag; Vessel Registration Identification IMO 8414295 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU YUN 991 Fish Carrier China flag; Vessel Registration Identification IMO 9920954 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU YUN 992 Fish Carrier China flag; Vessel Registration Identification IMO 9910909 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU YUN 993 Fish Carrier China flag; Vessel Registration Identification IMO 9897066 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU YUN 995 Fish Carrier China flag; Vessel Registration Identification IMO 9887152 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU YUN 997 Fish Carrier China flag; Vessel Registration Identification IMO 9887853 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FULL STAR Chemical/Products Tanker Hong Kong flag; Vessel Registration Identification IMO 9773301; MMSI 477948300 (vessel) [IRAN-EO13846] (Linked To: SHANGHAI XUANRUN SHIPPING COMPANY LIMITED).

GALAXY (8P2373) Crude Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9826902; MMSI 314905000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STREAM SHIP MANAGEMENT FZCO).

GALE (VRWC5) Crude Oil Tanker Gambia flag; Former Vessel Flag Hong Kong; Vessel Year of Build 2005; Vessel Registration Identification IMO 9294240; MMSI 477957100 (vessel) [IRAN-EO13902] (Linked To: ABGO TRADING LIMITED).

GANJ Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9305219 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

GARDENIA Tug Panama flag; Vessel Registration Identification IMO 9739898 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

GAS ALLURE (a.k.a. AKOYA GAS) (5IM779) Chemical/Oil Tanker Tanzania flag; Vessel Registration Identification IMO 9142150; MMSI 352898800 (vessel) [IRAN-EO13846] (Linked To: VIRGO MARINE).

GAS ATHENA (3FNK5) LPG Tanker Panama flag; Vessel Year of Build 2003; Vessel Registration Identification IMO 9267950; MMSI 374041000 (vessel) [IRAN-EO13902] (Linked To: CORFU MARITIME AND TRADING S.A.).

GAS CATHAR LPG Tanker Panama flag; Vessel Registration Identification IMO 9250505; MMSI 352448000 (vessel) [IRAN-EO13846] (Linked To: GOLDEN LOTUS OIL GAS AND REAL ESTATE JOINT STOCK COMPANY).

GAS DIOR (3E2181) LPG Tanker Panama flag; Vessel Year of Build 2008; Vessel Registration Identification IMO 9379404; MMSI 352002012 (vessel) [IRAN-EO13902] (Linked To: AERILYN SHIPPING INC.).

GAS FATE (3E6859) LPG Tanker Panama flag; Vessel Year of Build 1999; Vessel Registration Identification IMO 9147394; MMSI 352004577 (vessel) [IRAN-EO13902] (Linked To: NYR SHIPPING CO.).

GAS LEADER (C5J302) LPG Tanker Gambia flag; Vessel Year of Build 1995; Vessel Registration Identification IMO 9114581; MMSI 629009290 (vessel) [IRAN-EO13902] (Linked To: S E A SHIP MANAGEMENT LLC).

GAS MARTA (T8A5099) LPG Tanker Palau flag; Vessel Year of Build 2006; Vessel Registration Identification IMO 9307748; MMSI 511101638 (vessel) [IRAN-EO13902] (Linked To: S E A SHIP MANAGEMENT LLC).

GAS MARYAM (T8A4824) LPG Tanker Palau flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Year of Build 1996; Vessel Registration Identification IMO 9108099; MMSI 511101457 (vessel) [SDGT] (Linked To: DIMA SHIPPING AND TRADING COMPANY).

GAS RIVER (3E2285) LPG Tanker Panama flag; Vessel Year of Build 2008; Vessel Registration Identification IMO 9369760; MMSI 352002355 (vessel) [IRAN-EO13846] (Linked To: MHK SHIPPING CORP).

GAS VISION (a.k.a. NEGH) (C5J424) LPG Tanker Gambia flag; Vessel Year of Build 1996; Vessel Registration Identification IMO 9115303; MMSI 629009412 (vessel) [IRAN-EO13902] (Linked To: S E A SHIP MANAGEMENT LLC).

GAS ZEINA (C5J304) LPG Tanker Gambia flag; Vessel Year of Build 1990; Vessel Registration

Identification IMO 8818843; MMSI 629009292 (vessel) [IRAN-EO13902] (Linked To: TITAN SEAWAYS LTD).

GASRET ALIEV General Cargo 4,991GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9083330 (vessel) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

GATHER VIEW (a.k.a. MS ANGIA) (T7AX8) Crude Oil Tanker San Marino flag; Vessel Registration Identification IMO 9246281; MMSI 268241201 (vessel) [IRAN-EO13902] (Linked To: ROSE SHIPPING LIMITED).

GAUJA (3EKS9) Container Ship Panama flag; Vessel Year of Build 2006; Vessel Registration Identification IMO 9348493; MMSI 372818000 (vessel) [IRAN-EO13902] (Linked To: REEL SHIPPING L.L.C.).

GAZ CRYSTAL (3E5206) LPG Tanker Panama flag; Vessel Year of Build 2006; Vessel Registration Identification IMO 9318618; MMSI 352003562 (vessel) [IRAN-EO13846] (Linked To: MPHASIS MARINE SOLUTIONS FZE).

GAZPROMNEFT NORDWEST (UBAI2) Chemical/Products Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9590137; MMSI 273355640 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMNEFT MARINE BUNKER LIMITED LIABILITY COMPANY).

GAZPROMNEFT ZUID EAST (UCSK) Chemical/Oil Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9537109; MMSI 273353580 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMNEFT MARINE BUNKER LIMITED LIABILITY COMPANY).

GELENDZHIK (UFII) Research Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Year of Build 1989; Vessel Registration Identification IMO 8826230 (vessel) [RUSSIA-EO14024] (Linked To: YUZHMORGEOLOGIYA AO).

GEMGAZ (a.k.a. MARINA) (51M643) Tanzania flag; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the

Hizballah Financial Sanctions Regulations; Other Vessel Flag Togo; alt. Other Vessel Flag Mongolia; alt. Other Vessel Flag Germany; alt. Other Vessel Flag Antigua and Barbuda; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9005493; MMSI 677054300 (vessel) [SDGT] (Linked To: HIZBALLAH).

GENAVA 11 (f.k.a. GOSTARESH SW 8301) (EPDE7) Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9804617 (vessel) [SDGT] [IFSR] (Linked To: KHEDRI JAHAN DARYA CO).

GENAVA 12 (EPDA4) Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9776523 (vessel) [SDGT] [IFSR] (Linked To: KHEDRI JAHAN DARYA CO).

GENNADIY NEVELSKOY (UDFS) Supply Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9742120; MMSI 273396990 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

GENNADY EGOROV (UBGX4) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9945124 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

GENRIKH GASANOV General Cargo 4,991GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9083196 (vessel) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

GEORGY MASLOV (TRBD9) Crude Oil Tanker Gabon flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9610793; MMSI 626362000 (vessel) [RUSSIA-EO14024]

(Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

GERD KNUTSEN (a.k.a. DOMANI; a.k.a. LIA; a.k.a. SERENITY) Crude Oil Tanker Guyana flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9041057 (vessel) [SDGT] [VENEZUELA-EO13850] (Linked To: FIDES SHIP MANAGEMENT LLC; Linked To: NATIVA MANAGEMENT LTD).

GIANT (a.k.a. MACHO QUEEN) (VRUF3) Crude Oil Tanker Hong Kong flag; Other Vessel Flag China; Vessel Year of Build 2003; Vessel Registration Identification IMO 9238868; MMSI 477722100 (vessel) [IRAN-EO13902] (Linked To: REGAL LIBERTY LIMITED).

GILDA General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9367982 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

GIOIOSA (3E3562) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9198082; MMSI 352980833 (vessel) [SDGT] (Linked To: GOZOSO GROUP LTD).

GIRALT Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9259692 (vessel) [VENEZUELA-EO13850] (Linked To: BLUELANE OVERSEAS SA).

GITTA GAS (a.k.a. ALPHA GAS; a.k.a. CAPTOON 2; a.k.a. JUNO GAS; a.k.a. YOOSHI DOODA) (51M771) Tanzania flag; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Other Vessel Flag Panama; alt. Other Vessel Flag Isle of Man; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 8817693; MMSI 677067100 (vessel) [SDGT] (Linked To: HIZBALLAH).

GLAUCUS (D6A3421) Crude Oil Tanker Comoros flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9337389; MMSI 620999422 (vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

GLOBAL ACE (3FJW3) Chemical/Oil Tanker Panama flag; Vessel Registration Identification

IMO 9190078; MMSI 374808000 (vessel) [IRAN-EO13902] (Linked To: GLORY INTERNATIONAL FZ-LLC).

GLOBAL ANGEL (3FVC9) Oil Products Tanker Panama flag; Vessel Registration Identification IMO 9311309; MMSI 353283000 (vessel) [IRAN-EO13902] (Linked To: GLORY INTERNATIONAL FZ-LLC).

GLOBAL ASPHALT (3FZQ3) Oil Products Tanker Panama flag; Vessel Registration Identification IMO 9005338; MMSI 354816424 (vessel) [IRAN-EO13902] (Linked To: GLOBAL TANKERS PRIVATE LIMITED).

GLOBAL BEAUTY (3E6819) Chemical/Products Tanker Panama flag; Vessel Registration Identification IMO 9221267; MMSI 352004530 (vessel) [IRAN-EO13902] (Linked To: GLORY INTERNATIONAL FZ-LLC).

GLOBAL CREST (3FHI8) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9113094; MMSI 372463000 (vessel) [IRAN-EO13902] (Linked To: GLORY INTERNATIONAL FZ-LLC).

GLOBAL DIGNITY (3E2062) Chemical/Products Tanker Panama flag; Vessel Registration Identification IMO 9309227; MMSI 352898795 (vessel) [IRAN-EO13902] (Linked To: GLORY INTERNATIONAL FZ-LLC).

GLOBAL DOMINANCE (V2YZ5) Bunkering Tanker Antigua & Barbuda flag; Vessel Registration Identification IMO 9672301; MMSI 305290000 (vessel) [IRAN-EO13902] (Linked To: GLORY INTERNATIONAL FZ-LLC).

GLOBAL EAGLE (D6A3537) Chemical/Products Tanker Comoros flag; Vessel Registration Identification IMO 9422847; MMSI 620999538 (vessel) [IRAN-EO13902] (Linked To: GLORY INTERNATIONAL FZ-LLC).

GLOBAL ELEGANCE (E5U4389) Chemical/Oil Tanker; Former Vessel Flag Cook Islands; Vessel Registration Identification IMO 9232955; MMSI 518998409 (vessel) [IRAN-EO13902] (Linked To: BRAR, Jugwinder Singh).

GLOBAL EMERALD (3E2462) Products Tanker Panama flag; Vessel Registration Identification IMO 8982888; MMSI 352001105 (vessel) [IRAN-EO13902] (Linked To: BRAR, Jugwinder Singh).

GLOBAL EVEREST (3EUO4) Oil Products Tanker Panama flag; Vessel Registration Identification IMO 9125724; MMSI 352995000 (vessel) [IRAN-EO13902] (Linked To: BRAR, Jugwinder Singh).

GLOBAL FALCON (T8A4956) Chemical/Oil Tanker Palau flag; Vessel Registration

Identification IMO 9399167; MMSI 511101536 (vessel) [IRAN-EO13902] (Linked To: BRAR, Jugwinder Singh).

GLOBAL GENESIS (E5U3771) Oil Products Tanker; Former Vessel Flag Cook Islands; Vessel Registration Identification IMO 9451501; MMSI 518100860 (vessel) [IRAN-EO13902] (Linked To: GLOBAL TANKERS PRIVATE LIMITED).

GLOBAL HARVEST (a.k.a. VICSCENE) (8PAA6) Crude Oil Tanker Barbados flag; Vessel Year of Build 2004; Vessel Registration Identification IMO 9290775; MMSI 314857000 (vessel) [IRAN-EO13846] (Linked To: ALL WIN SHIPPING MANAGEMENT LIMITED).

GLOBAL HAWK (E5U3877) Chemical/Oil Tanker; Former Vessel Flag Cook Islands; Vessel Registration Identification IMO 9422859; MMSI 518100966 (vessel) [IRAN-EO13902] (Linked To: GLORY INTERNATIONAL FZ-LLC).

GLOBAL MAHARANI (8P2426) Oil Products Tanker Barbados flag; Vessel Registration Identification IMO 9546708; MMSI 314932000 (vessel) [IRAN-EO13902] (Linked To: BRAR, Jugwinder Singh).

GLOBAL PEACE (E5U3881) Oil Products Tanker Cook Islands flag; Vessel Registration Identification IMO 9555199; MMSI 518100969 (vessel) [IRAN-EO13902] (Linked To: GLORY INTERNATIONAL FZ-LLC).

GLOBAL PEAK (3FBM7) Products Tanker Panama flag; Vessel Registration Identification IMO 9125712; MMSI 354117000 (vessel) [IRAN-EO13902] (Linked To: BRAR, Jugwinder Singh).

GLOBAL RANI (T8A4955) Chemical/Oil Tanker Palau flag; Vessel Registration Identification IMO 9136113; MMSI 511101535 (vessel) [IRAN-EO13902] (Linked To: BRAR, Jugwinder Singh).

GLOBAL STAR (3FYM8) Chemical/Oil Tanker Panama flag; Vessel Registration Identification IMO 9164500; MMSI 354068000 (vessel) [IRAN-EO13902] (Linked To: BRAR, Jugwinder Singh).

GLORY HARVEST (3FYH7) LPG Tanker Panama flag; Vessel Registration Identification IMO 9143506; MMSI 356978000 (vessel) [IRAN-EO13846] (Linked To: GOLDEN WARRIOR SHIPPING CO. LIMITED).

GLORY STAR I (3E4656) Oil Products Tanker Panama flag; Vessel Registration Identification IMO 9463528; MMSI 352002878 (vessel) [IRAN-EO13902] (Linked To: BRAR, Jugwinder Singh).

GOLAFRUZ Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9323833 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

GOLBON Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9283033 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

GOLD STAR 3 Cambodia flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8405402 (vessel) [DPRK] (Linked To: OCEAN MARITIME MANAGEMENT COMPANY LIMITED).

GOLDEN BRIDGE Bulk Carrier Panama flag; Vessel Registration Identification IMO 9218301; MMSI 357648000 (vessel) [IRAN-EO13846] (Linked To: GOLDEN LOTUS OIL GAS AND REAL ESTATE JOINT STOCK COMPANY).

GOLDEN EAGLE Crude Oil Tanker Unknown flag; Former Vessel Flag Gambia; Vessel Year of Build 2004; Vessel Registration Identification IMO 9255684; MMSI 341313001 (vessel) [IRAN-EO13902] (Linked To: EVEREST SEA NAVIGATION SA).

GOLDEN LIGHT 09 Bulk Carrier Vietnam flag; Vessel Registration Identification IMO 9445057; MMSI 574004770 (vessel) [IRAN-EO13846] (Linked To: GOLDEN LOTUS OIL GAS AND REAL ESTATE JOINT STOCK COMPANY).

GOLDEN PHOENIX Bulk Carrier Panama flag; Vessel Registration Identification IMO 9224790; MMSI 374811000 (vessel) [IRAN-EO13846] (Linked To: GOLDEN LOTUS OIL GAS AND REAL ESTATE JOINT STOCK COMPANY).

GOLSAN General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9165815 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

GOLSAR Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9193185 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

GOO RYONG Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8201870 (vessel) [DPRK4] (Linked To: GOORYONG SHIPPING CO LTD).

GOODREACH (f.k.a. RADIN) Container Ship Hong Kong flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820257 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

GOODWIN (E5U5022) Crude Oil Tanker Cook Islands flag; Vessel Registration Identification IMO 9379703; MMSI 518999041 (vessel) [IRAN-EO13846] (Linked To: HARRY VICTOR SHIP MANAGEMENT AND OPERATION L.L.C.).

GOSTARESH SW 8301 (a.k.a. GENAVA 11) (EPDE7) Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9804617 (vessel) [SDGT] [IFSR] (Linked To: KHEDRI JAHAN DARYA CO).

GP-21 Drilling Ship Venezuela flag; Vessel Registration Identification IMO 8767953 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

GP-23 Drilling Ship Venezuela flag; Vessel Registration Identification IMO 8767977 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

GRACE 1 (a.k.a. ADRIAN DARYA 1) Crude Oil Tanker Iran flag; Former Vessel Flag Panama; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9116412 (vessel) [SDGT].

GRACEFUL (UBGV8) Yacht 2,685GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 1011551 (vessel) [RUSSIA-EO14024] (Linked To: PUTIN, Vladimir Vladimirovich).

GRAND KARO Cambodia flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or

Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8511823 (vessel) [DPRK] (Linked To: OCEAN MARITIME MANAGEMENT COMPANY LIMITED).

GRATIA (T8A4616) Chemical/Oil Tanker Palau flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9260055; MMSI 511101304 (vessel) [SDGT] (Linked To: ECO MAX FZE).

GRIGORIY MIKHEYEV (UCRE) Passenger Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8909331 (vessel) [RUSSIA-EO14024] (Linked To: FEDERAL STATE UNITARY ENTERPRISE HYDROGRAPHIC COMPANY).

GUANYIN (A8FD8) Crude Oil Tanker Liberia flag; Vessel Year of Build 2005; Vessel Registration Identification IMO 9299707; MMSI 636012383 (vessel) [IRAN-EO13902] (Linked To: SILVER TETRA MARINE CO.).

GULF FALCON (f.k.a. GULF GLORY; a.k.a. LONGBOW LAKE; f.k.a. NICHINORI) Crude Oil Tanker Honduras flag; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9237539 (vessel) [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN OIL COMPANY).

GULF GLORY (f.k.a. GULF FALCON; a.k.a. LONGBOW LAKE; f.k.a. NICHINORI) Crude Oil Tanker Honduras flag; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9237539 (vessel) [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN OIL COMPANY).

GULF KNOT (a.k.a. MIROVA DYNAMIC) Crude Oil Tanker Unknown flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9237618 (vessel) [SDGT] (Linked To: SEA KNOT SHIPPING INC.).

H. CONSTANCE (3E2177) Crude Oil Tanker Panama flag; Vessel Year of Build 2002; Vessel Registration Identification IMO 9237773; MMSI 352002009 (vessel) [VENEZUELA-EO13850]

(Linked To: POWEROY INVESTMENT LIMITED).

HADI (a.k.a. HERO II; f.k.a. PIONEER; f.k.a. ZEUS) (T2EJ4) Crude Oil Tanker 317,355DWT 163,650GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362073; MMSI 572459210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HAI II (D5HH9) Crude Oil Tanker Liberia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9259599; MMSI 636016693 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

HAI LONG BRAVO (H8DH) General Cargo Panama flag; Vessel Year of Build 2004; Vessel Registration Identification IMO 9312353; MMSI 356717000 (vessel) [IRAN-EO13846] (Linked To: DIMOND TOWN SHIPPING COMPANY).

HAKUNA MATATA (5LBT7) Container Ship Liberia flag; Vessel Year of Build 2008; Vessel Registration Identification IMO 9354167; MMSI 636021002 (vessel) [IRAN-EO13902] (Linked To: MARVISE SMC DMCC).

HALISTIC (f.k.a. HAMOON; a.k.a. HENNA; f.k.a. LENA; f.k.a. TAMAR) (T2EQ4) Crude Oil Tanker 299,242DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212929; MMSI 572465210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HALTI (f.k.a. HORIZON; f.k.a. HORMOZ; f.k.a. SCORPIAN) (9HEK9) Crude Oil Tanker 299,261DWT 160,930GRT Iran flag; Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212890; MMSI 256870000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HAMD Bunkering Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9036052 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

HAMGAM Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification

IMO 9226956 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

HAMOON (f.k.a. HALISTIC; a.k.a. HENNA; f.k.a. LENA; f.k.a. TAMAR) (T2EQ4) Crude Oil Tanker 299,242DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212929; MMSI 572465210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HAMOUN (a.k.a. CANREACH) Container Ship Hong Kong flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820271 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

HAO FAN 2 11,658DWT; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8747604 (vessel) [DPRK4] (Linked To: SHEN ZHONG INTERNATIONAL SHPG).

HAO FAN 6 13,500DWT; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8628597 (vessel) [DPRK4] (Linked To: SHEN ZHONG INTERNATIONAL SHPG).

HAP JANG GANG 6 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9066540 (vessel) [DPRK4] (Linked To: HAPJANGGANG SHIPPING CORP).

HAPPINESS (a.k.a. HAPPINESS I; f.k.a. HENGAM; f.k.a. LOYAL; f.k.a. TULAR) (T2ER4) Crude Oil Tanker 299,214DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; alt. Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9212905; MMSI 256875000 (vessel) [IRAN] [SDGT] (Linked To: NATIONAL IRANIAN TANKER COMPANY; Linked To: HOKOUL SAL OFFSHORE).

HAPPINESS I (f.k.a. HAPPINESS; f.k.a. HENGAM; f.k.a. LOYAL; f.k.a. TULAR) (T2ER4) Crude Oil Tanker 299,214DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; alt. Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9212905; MMSI 256875000 (vessel) [IRAN] [SDGT] (Linked To: NATIONAL IRANIAN TANKER COMPANY; Linked To: HOKOUL SAL OFFSHORE).

HARAZ (a.k.a. AMBER; f.k.a. FREEDOM) (5IM 597) Crude Oil Tanker 317,356DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357406; MMSI 677049700 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HARMONY (D6A2833) Tug Comoros flag; Vessel Registration Identification IMO 8400945 (vessel) [IRAN-EO13846] (Linked To: ALMANAC SHIP MANAGEMENT LLC).

HARMONY (8PVO9) Oil Products Tanker Barbados flag; Vessel Registration Identification IMO 9397030; MMSI 314825000 (vessel) [IRAN-EO13902] (Linked To: BRAR, Jugwinder Singh).

HARSIN (a.k.a. HASNA; f.k.a. VALOR; f.k.a. "MARINA") (5IM600) Crude Oil Tanker 299,229DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212917; MMSI 677050000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HASNA (f.k.a. HARSIN; f.k.a. VALOR; f.k.a. "MARINA") (5IM600) Crude Oil Tanker 299,229DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212917; MMSI

677050000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HATEF (a.k.a. HUGE; f.k.a. MAJESTIC; f.k.a. "GLORY") (T2EG4) Crude Oil Tanker 317,367DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357183; MMSI 212256000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HAWK (f.k.a. "DOVE"; f.k.a. "HONAR"; f.k.a. "HORSE"; f.k.a. "JANUS"; f.k.a. "VICTORY") Crude Oil Tanker 317,367DWT 163,660GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362061 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HAYAN (a.k.a. IRAN HORMUZ 25) Roll-on Roll-off Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Other Vessel Type General Cargo; Vessel Registration Identification IMO 8422072 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

HEBE (D6A3378) Crude Oil Tanker Comoros flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9259185; MMSI 620999378 (vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

HECATE (D6A3379) Crude Oil Tanker Comoros flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9233753; MMSI 620999379 (vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

HEDY (f.k.a. HUWAYZEH) (9HEJ9) Crude Oil Tanker 299,242DWT 160,930GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212888; MMSI 256869000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HEIDI A (3E2523) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9321976; MMSI 352001510 (vessel)

[UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SUNNE CO LIMITED).

HELM (f.k.a. HIRMAND; f.k.a. HONESTY; f.k.a. MILLIONAIRE) (T2DZ4) Crude Oil Tanker 317,356DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357391; MMSI 572450210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HEMERA (T8A4764) Asphalt/Bitumen Tanker Palau flag; Vessel Year of Build 2006; Vessel Registration Identification IMO 9263954; MMSI 511101408 (vessel) [IRAN-EO13902] (Linked To: HEMERA LINES INC.).

HENG TAI (3E5359) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9419448; MMSI 352003963 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: HENGTAI SHIPPING LIMITED).

HENGAM (f.k.a. HAPPINESS; a.k.a. HAPPINESS I; f.k.a. LOYAL; f.k.a. TULAR) (T2ER4) Crude Oil Tanker 299,214DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; alt. Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9212905; MMSI 256875000 (vessel) [IRAN] [SDGT] (Linked To: NATIONAL IRANIAN TANKER COMPANY; Linked To: HOKOUL SAL OFFSHORE).

HENNA (f.k.a. HALISTIC; f.k.a. HAMOON; f.k.a. LENA; f.k.a. TAMAR) (T2EQ4) Crude Oil Tanker 299,242DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212929; MMSI 572465210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HERA 1 (a.k.a. YODAN) (YJQZ9) Crude Oil Tanker Vanuatu flag; Vessel Year of Build 2005; Vessel Registration Identification IMO 9304356;

MMSI 577006000 (vessel) [IRAN-EO13902] (Linked To: BACKSTREET PALM CORP).

HERBY (f.k.a. EXPLORER; f.k.a. HODA; f.k.a. HYDRA; f.k.a. PRECIOUS) (T2EH4) Crude Oil Tanker 317,356DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362059; MMSI 572458210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HERMES (a.k.a. YURY TOPCHEV) (UFYE) Offshore Tug/Supply Ship Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9338230 (vessel) [RUSSIA-EO14024] [PEESA-EO14039] (Linked To: LLC KOKSOKHIMTRANS; Linked To: JOINT STOCK COMPANY ARDAL).

HERO II (f.k.a. HADI; f.k.a. PIONEER; f.k.a. ZEUS) (T2EJ4) Crude Oil Tanker 317,355DWT 163,650GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362073; MMSI 572459210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HILDA I (f.k.a. COURAGE; f.k.a. HOMA) (5IM 596) Crude Oil Tanker 317,367DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357389; MMSI 677049600 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HIMALAYAN (3E4651) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9392822; MMSI 352002872 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GIFTED PEAK LIMITED).

HIRMAND (a.k.a. HELM; f.k.a. HONESTY; f.k.a. MILLIONAIRE) (T2DZ4) Crude Oil Tanker 317,356DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration

Identification IMO 9357391; MMSI 572450210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HODA (f.k.a. EXPLORER; a.k.a. HERBY; f.k.a. HYDRA; f.k.a. PRECIOUS) (T2EH4) Crude Oil Tanker 317,356DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362059; MMSI 572458210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HOE RYONG Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9041552 (vessel) [DPRK3] (Linked To: HOERYONG SHIPPING CO LTD).

HOMA (f.k.a. COURAGE; a.k.a. HILDA I) (5IM 596) Crude Oil Tanker 317,367DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357389; MMSI 677049600 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HONESTAR (a.k.a. SHUN KAI XING) (3E5884) Bulk Carrier Unknown flag; Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Year of Build 1999; Vessel Registration Identification IMO 9187368; MMSI 352003792 (vessel) [NPWMD] [IFSR] (Linked To: UNICO SHIPPING CO LTD).

HONESTY (a.k.a. HELM; f.k.a. HIRMAND; f.k.a. MILLIONAIRE) (T2DZ4) Crude Oil Tanker 317,356DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357391; MMSI 572450210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HONG FENG 1 HAO Fish Carrier China flag; Vessel Registration Identification IMO 9756573 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

HONG XUN (D5GG9) Liberia flag; Additional Sanctions Information - Subject to Secondary

Sanctions; Vessel Registration Identification IMO 9588885; MMSI 636016459 (vessel) [IRAN-EO13871] (Linked To: HONGYUAN MARINE CO LTD).

HOOT (3FIQ9) LPG Tanker Panama flag; Vessel Year of Build 2003; Vessel Registration Identification IMO 9267962; MMSI 371686000 (vessel) [IRAN-EO13902] (Linked To: POROS MARITIME VENTURES S.A.).

HORIZON (a.k.a. HALTI; f.k.a. HORMOZ; f.k.a. SCORPIAN) (9HEK9) Crude Oil Tanker 299,261DWT 160,930GRT Iran flag; Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212890; MMSI 256870000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HORMOZ (a.k.a. HALTI; f.k.a. HORIZON; f.k.a. SCORPIAN) (9HEK9) Crude Oil Tanker 299,261DWT 160,930GRT Iran flag; Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212890; MMSI 256870000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HORMUZ 2 Passenger Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 7904580 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

HORNET Crude Oil Tanker Eswatini flag; Vessel Registration Identification IMO 9197844; MMSI 6987100 (vessel) [IRAN-EO13846] (Linked To: GABBARO SHIP SERVICES PVT LTD).

HS ARGE (5LIK5) Crude Oil Tanker Liberia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9299745; MMSI 636022360 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

HS ATLANTICA (5LIP5) Crude Oil Tanker Liberia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9322839; MMSI 636022401 (vessel) [RUSSIA-EO14024] (Linked To: HS ATLANTICA LIMITED; Linked To: HENNESEA HOLDINGS LIMITED).

HS BURAQ (5LIK9) Products Tanker Liberia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9381732; MMSI 636022364

(vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

HS ESBERG (5LIN6) Products Tanker Liberia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9410894; MMSI 636022386 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

HS EVERETT (5LIP7) Crude Oil Tanker Liberia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9410870; MMSI 636022403 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

HS GLORY (D5OH4) Crude Oil Tanker Liberia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9249087; MMSI 636018127 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

HS LEGEND (5LIK7) Crude Oil Tanker Liberia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9381744; MMSI 636022362 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

HS STAR (D5RV6) Crude Oil Tanker Liberia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9274446; MMSI 636018885 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

HUA FU 10,030DWT Panama flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9020003 (vessel) [DPRK4] (Linked To: CHANG AN SHIPPING & TECHNOLOGY).

HUGE (f.k.a. HATEF; f.k.a. MAJESTIC; f.k.a. "GLORY") (T2EG4) Crude Oil Tanker 317,367DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357183; MMSI 212256000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HUI HAI ATLANTIC (3E3814) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-

Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9312872; MMSI 352002139 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: HUIHAI HONG KONG SHIPPING CO LIMITED).

HUIHAI PACIFIC (3E3800) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9346732; MMSI 352002122 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: HONG KONG HANYUAN SHIPPING CO LIMITED).

HUMANITY (f.k.a. OCEAN NYMPH) Crude Oil Tanker Iran flag; Former Vessel Flag Panama; alt. Former Vessel Flag Mongolia; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9180281 (vessel) [IRAN].

HUNTER STAR (3E7518) Heavy Lift Vessel Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9830769 (vessel) [RUSSIA-EO14024] (Linked To: CFU SHIPPING CO LIMITED).

HUWAYZEH (a.k.a. HEDY) (9HEJ9) Crude Oil Tanker 299,242DWT 160,930GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212888; MMSI 256869000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HWA SONG Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8217685 (vessel) [DPRK4] (Linked To: HWASONG SHIPPING CO LTD).

HWANG GUM SAN 2 General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8405270 (vessel) [DPRK].

HYDRA (f.k.a. EXPLORER; a.k.a. HERBY; f.k.a. HODA; f.k.a. PRECIOUS) (T2EH4) Crude Oil

Tanker 317,356DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362059; MMSI 572458210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HYOK SIN 2 Bulk Carrier Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8018900 (vessel) [DPRK].

HYPERION (8P2458) Chemical/Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9322968; MMSI 314958000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: FORNAX SHIP MANAGEMENT FZCO).

HYUNDAI MIPO 2655 (a.k.a. YARD NO.2655 HYUNDAI M.D.) Products Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820312 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

HYUNDAI MIPO 2656 (a.k.a. YARD NO.2656 HYUNDAI M.D.) Products Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820324 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

HYUNDAI MIPO 2657 (a.k.a. YARD NO.2657 HYUNDAI M.D.) Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820336 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IANTHE (3E2611) Asphalt/Bitumen Tanker Panama flag; Vessel Year of Build 2012; Vessel Registration Identification IMO 9554822; MMSI 352001780 (vessel) [IRAN-EO13902] (Linked To: RAVI LINES INC).

ICARO Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9038842 (vessel) [VENEZUELA-EO13884] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

IKARA (a.k.a. ZALE) (3E3740) Crude Oil Tanker Panama flag; Vessel Year of Build 2006; Vessel Registration Identification IMO 9321718; MMSI 352001929 (vessel) [IRAN-EO13902] (Linked To: ZALE SHIPPING INC.).

IMICO NEKA 455 (a.k.a. YARD NO. 455 IRAN MARINE) Shuttle Tanker 63,000DWT 40,800GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9404546 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

IMPALAS (S9Z4) Crude Oil Tanker Sao Tome & Principe flag; Vessel Year of Build 1999; Vessel Registration Identification IMO 9171448; MMSI 668116257 (vessel) [IRAN-EO13902] (Linked To: EMBRACE QUE LIMITED).

INFINITY (a.k.a. DINO I) (5IM411) Crude Oil Tanker Iran flag (NITC); Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569671 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

INTAN PREMIER (T8A5105) Chemical/Products Tanker Palau flag; Vessel Year of Build 2009; Vessel Registration Identification IMO 9358802; MMSI 511101645 (vessel) [IRAN-EO13902] (Linked To: RED SEA SHIP MANAGEMENT LLC).

INZHENER TRUBIN General Cargo 6,418GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8502080 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

INZHENER VESHNYAKOV General Cargo 6,418GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8502107 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

IOHANN MAHMASTAL General Cargo 6,395GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8603406 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

IPSALA (TCA7254) Bulk Carrier Turkey flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9759666 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

IR.SHALAMCHE (a.k.a. IRAN SHALAMCHEH; a.k.a. SEPEHR SAM) General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8820925 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IRAN CHARAK Bunkering Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8322076 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IRAN FAZEL (a.k.a. FORTUNE) (9BAC) Chemical/Products Tanker 35,155DWT 25,214GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9283746; MMSI 422303000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

IRAN HORMOZ 12 (a.k.a. IRAN HORMUZ 12) Passenger Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Other Vessel Type Roll-on Roll-off; Vessel Registration Identification IMO 9005596 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IRAN HORMOZ 14 (a.k.a. IRAN HORMUZ 14) Passenger Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Other Vessel Type Roll-on Roll-off; Vessel Registration Identification IMO 9020778 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IRAN HORMUZ 12 (a.k.a. IRAN HORMOZ 12) Passenger Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Other Vessel Type Roll-on Roll-off; Vessel Registration Identification IMO 9005596 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IRAN HORMUZ 14 (a.k.a. IRAN HORMOZ 14) Passenger Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Other Vessel Type Roll-on Roll-off; Vessel Registration Identification IMO 9020778 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IRAN HORMUZ 22 Passenger Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Other Vessel Type Landing Craft; Vessel Registration Identification

IMO 8314275 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IRAN HORMUZ 25 (a.k.a. HAYAN) Roll-on Roll-off Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Other Vessel Type General Cargo; Vessel Registration Identification IMO 8422072 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IRAN PARAK Bunkering Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8322064 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IRAN SHAHED General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9184691 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IRAN SHALAK Bunkering Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8319940 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IRAN SHALAMCHEH (a.k.a. IR.SHALAMCHE; a.k.a. SEPEHR SAM) General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8820925 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IRAN YOUSHAT Bunkering Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8319952 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IRINS MAKRAN (a.k.a. IRIS MAKRAN; a.k.a. "MAKRAN") Naval Auxiliary Vessel Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9486910 (vessel) [IRAN].

IRIS (T8A3438) Crude Oil Tanker Palau flag; Vessel Year of Build 2002; Vessel Registration Identification IMO 9247778; MMSI 511100321 (vessel) [IRAN-EO13902] (Linked To: MEUSE SHIPPING INC.).

IRIS DENA (a.k.a. "DENA") Frigate Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 4743313 (vessel) [IRAN].

IRIS MAKRAN (a.k.a. IRINS MAKRAN; a.k.a. "MAKRAN") Naval Auxiliary Vessel Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9486910 (vessel) [IRAN].

ITAUGUA (D6A3529) Crude Oil Tanker Comoros flag; Vessel Registration Identification IMO 9102277; MMSI 620999528 (vessel) [IRAN-EO13902] (Linked To: ITAUGUA SERVICES INC).

IVAN AIVAZOVSKY Products Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9876359 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

IVAN KIREEV (UCYO) Research Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 7423275 (vessel) [RUSSIA-EO14024] (Linked To: FEDERAL STATE UNITARY ENTERPRISE HYDROGRAPHIC COMPANY).

IVAN SIDORENKO (UHLC) Service Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9624213 (vessel) [RUSSIA-EO14024] [PEESA-EO14039] (Linked To: JOINT STOCK COMPANY NOBILITY).

IVY (XVJI7) Crude Oil Tanker Vietnam flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Year of Build 2007; Vessel Registration Identification IMO 9337133; MMSI 574005380 (vessel) [UKRAINE-EO13662] [IRAN-EO13846] [RUSSIA-EO14024] (Linked To: SAO VIET PETROL TRANSPORTATION COMPANY LIMITED).

IZUMO (a.k.a. CATHAY PHOENIX) (TRBQ9) Crude Oil Tanker Gabon flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9249324; MMSI 626466000 (vessel) [SDGT] [IFSR] (Linked To: GEMINI MARINE LIMITED).

J M A (E5U4180) Oil Products Tanker Cook Islands flag; Vessel Year of Build 2001; Vessel Registration Identification IMO 9246487; MMSI 518998202 (vessel) [IRAN-EO13902] (Linked To: J M A SHIPPING INC.).

JADEAR (a.k.a. EGRET) (3E2524) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9283801; MMSI 352001512 (vessel) [IRAN-EO13902] (Linked To: DEXIANG SHIPPING CO., LIMITED).

JAIRAN General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9167291 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

JAMAICA Crude Oil Tanker Vietnam flag; Vessel Registration Identification IMO 9230098; MMSI 574004860 (vessel) [IRAN-EO13846] (Linked To: GOLDEN LOTUS OIL GAS AND REAL ESTATE JOINT STOCK COMPANY).

JANET (3E7497) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9220952; MMSI 352003341 (vessel) [SDGT] (Linked To: LAINEY SHIPPING LIMITED).

JANG GYONG Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8203933 (vessel) [DPRK4] (Linked To: DAWN MARINE MANAGEMENT CO LTD).

JANG JA SAN CHONG NYON HO Bulk Carrier Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8133530 (vessel) [DPRK].

JASMINE (f.k.a. EMMA) Chemical/Products Tanker Iran flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9105085 (vessel) [SDGT] (Linked To: AFRICO 1 OFF-SHORE SAL).

JAYA (a.k.a. MONOCEROS) (V7A6410) Crude Oil Tanker Marshall Islands flag; Vessel Registration Identification IMO 9410387; MMSI 538010982 (vessel) [IRAN-EO13902] (Linked To: GALILEOS MARINE SERVICES L.L.C).

JAZMIN Tug Venezuela flag; Vessel Registration Identification IMO 9662643 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

JH 86 Cambodia flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8602531 (vessel) [DPRK] (Linked To: OCEAN MARITIME MANAGEMENT COMPANY LIMITED).

JI SONG 6 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8898740 (vessel) [DPRK4] (Linked To: PHYONGCHON SHIPPING & MARINE).

JI SONG 8 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8503228 (vessel) [DPRK4] (Linked To: PHYONGCHON SHIPPING & MARINE).

JIN TAI Sierra Leone flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9163154 (vessel) [DPRK] (Linked To: OCEAN MARITIME MANAGEMENT COMPANY LIMITED).

JIN TENG Sierra Leone flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9163166 (vessel) [DPRK] (Linked To: OCEAN MARITIME MANAGEMENT COMPANY LIMITED).

JOEL (T8A4642) Crude Oil Tanker Palau flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9198094; MMSI 511101321 (vessel) [SDGT] (Linked To: BLUESPECTRUM SHIPPING S.A.).

JON JIN 2 Bulk Carrier Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8018912 (vessel) [DPRK].

JUNO GAS (a.k.a. ALPHA GAS; a.k.a. CAPTOON 2; a.k.a. GITTA GAS; a.k.a. YOOSHI DOODA) (51M771) Tanzania flag; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Other Vessel Flag Panama; alt. Other Vessel Flag Isle of Man; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 8817693; MMSI 677067100 (vessel) [SDGT] (Linked To: HIZBALLAH).

JUPITER (8P2425) Chemical/Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Year of Build 2009; Vessel Registration Identification IMO 9397535; MMSI 314931000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

JUPITER (f.k.a. ABELIA; a.k.a. APAMA; f.k.a. ASTARA) (9HDS9) Crude/Oil Products Tanker 99,087DWT 56,068GRT Iran flag; Former Vessel Flag Tuvalu; alt. Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187631; MMSI 256845000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

JUSTICE (a.k.a. DAN) Crude Oil Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357729 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

JUVENIS (T8A4619) Chemical/Oil Tanker Palau flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration

Identification IMO 9260067; MMSI 511101307 (vessel) [SDGT] (Linked To: ECO MAX FZE).

K M A (E5U4542) Chemical/Products Tanker Cook Islands flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9234616; MMSI 518998425 (vessel) [SDGT] (Linked To: SAFE SEAS SHIP MANAGEMENT FZE).

KADOS General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9137258 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

KAILASH (a.k.a. MAHADEV) (T8A4926) Asphalt/Bitumen Tanker Palau flag; Vessel Year of Build 2011; Vessel Registration Identification IMO 9571052; MMSI 511101519 (vessel) [IRAN-EO13902] (Linked To: MAHADEV MARITIME INC).

KAISA I (3EJO4) LPG Tanker Panama flag; Vessel Year of Build 1992; Vessel Registration Identification IMO 9038763; MMSI 374043000 (vessel) [IRAN-EO13902] (Linked To: TILOS MARITIME AND TRADING S.A.).

KAMILA (a.k.a. BONITA QUEEN) Crude Oil Tanker St. Kitts & Nevis flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9105906 (vessel) [SDGT] (Linked To: KHADIJA SHIP MANAGEMENT PRIVATE LIMITED).

KANG SONG 1 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 6908096 (vessel) [DPRK4] (Linked To: KOREA KUMBYOL TRADING COMPANY).

KANTI (a.k.a. ARTEMIS GAS; a.k.a. LUNA) (T7BN8) LPG Tanker San Marino flag; Vessel Year of Build 2004; Vessel Registration Identification IMO 9282106; MMSI 268243502 (vessel) [IRAN-EO13902] (Linked To: KANTI LINES INC.).

KAPAL CANTIK (E5U4767) Crude Oil Tanker Cook Islands flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration

Identification IMO 9224283; MMSI 518998787 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: WORTHALIANCE LIMITED).

KAPITAN BEKLEMISHEV (a.k.a. CAPTAIN BEKLEMISHEV) (UBSJ) Tug Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8724080 (vessel) [RUSSIA-EO14024] [PEESA-EO14039] (Linked To: FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE).

KAPITAN GOTSKY (UBCF2) Shuttle Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9372559; MMSI 273335010 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

KAPITAN KOKOVIN General Cargo 2,474GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9279422 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

KAPITAN RYNTSYN General Cargo 2,601GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8618073 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

KAPITAN SAKHAROV General Cargo 2,474GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9279434 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

KAPOK (3E6616) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9315654; MMSI 352003068 (vessel) [SDGT] (Linked To: CHANGTAI SHIPPING LIMITED).

KASHAN Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9270696 (vessel) [IRAN] [NPWMD] [IFSR]

(Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

KASMA General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8721351 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

KASPER (3E5069) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9293143; MMSI 352002776 (vessel) [SDGT] (Linked To: ALPHA SHINE MARINE SERVICES L.L.C).

KASSIA (3E2726) Chemical/Products Tanker Panama flag; Vessel Year of Build 2008; Vessel Registration Identification IMO 9409986; MMSI 352001708 (vessel) [IRAN-EO13902] (Linked To: ADONIS SHIPPING INC).

KATSUYA (C5J502) Oil Products Tanker Gambia flag; Vessel Year of Build 1999; Vessel Registration Identification IMO 9178068; MMSI 629009490 (vessel) [IRAN-EO13902] (Linked To: OZARKA SHIPPING - FZCO).

KAZAN (A8CE6) Crude Oil Tanker Liberia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9258002; MMSI 636011916 (vessel) [RUSSIA-EO14024] (Linked To: KAZAN SHIPPING INCORPORATED).

KEEL (D6A4174) Shuttle Tanker Comoros flag; Vessel Year of Build 2002; Vessel Registration Identification IMO 9176929; MMSI 620800174 (vessel) [IRAN-EO13902] (Linked To: TRADE BRIDGE GLOBAL INC.).

KHADIGA (T8A4125) Chemical/Products Tanker Palau flag; Vessel Year of Build 2006; Vessel Registration Identification IMO 9321469; MMSI 511100904 (vessel) [IRAN-EO13902] (Linked To: RED SEA SHIP MANAGEMENT LLC).

KHOLMOGORY General Cargo 2,986GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9109081 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

KHURAN Products Tanker Togo flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9032666 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

KIAZAND Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9465758 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

KIONI (a.k.a. ANNICK; a.k.a. CARNATIC; a.k.a. TOBA) (8P2398) Crude Oil Tanker Barbados flag; Vessel Registration Identification IMO 9304655; MMSI 314926000 (vessel) [IRAN-EO13846] (Linked To: MAX MARITIME SOLUTIONS FZE).

KIRILL LAVROV (UBOL9) Crude Oil Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9333682; MMSI 273345750 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

KOHANA (3E4115) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9254082; MMSI 352002176 (vessel) [SDGT] (Linked To: KOHANA COMPANY LIMITED).

KOHO I (a.k.a. MS ENOLA) (J2GJ) Crude Oil Tanker Djibouti flag; Vessel Registration Identification IMO 9251951; MMSI 621819078 (vessel) [IRAN-EO13902] (Linked To: JOURNEY INVESTMENT COMPANY).

KOLA (UBDQ5) Floating Storage Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9217979; MMSI 273414140 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: LK VOLGA LIMITED LIABILITY COMPANY).

KOMPOZITOR GASANOV Roll-on Roll-off 6,894GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8606628 (vessel) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

KOMPOZITOR RAKHMANINOV (UCXW) Roll-on Roll-off Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8606616; MMSI 273452650 (vessel) [RUSSIA-EO14024]

(Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

KONGM (3E5132) Crude Oil Tanker Panama flag; Vessel Year of Build 2003; Vessel Registration Identification IMO 9256975; MMSI 353529000 (vessel) [IRAN-EO13902] (Linked To: HONG KONG HANGSHUN SHIPPING LIMITED).

KORYAK FSU (3E2333) Floating Storage Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9915105 (vessel) [RUSSIA-EO14024] (Linked To: ARCTIC TRANSSHIPMENT LIMITED LIABILITY COMPANY).

KOTI Panama flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9417115 (vessel) [DPRK4] (Linked To: KOTI CORP).

KRISHNA 1 (TRAT4) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9271585; MMSI 352004581 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: AMSHA MARITIME).

KRYMSK (TRBE3) Crude Oil Tanker Gabon flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9270529; MMSI 626364000 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

KU BONG RYONG Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8983404 (vessel) [DPRK4] (Linked To: KOREA KUMBYOL TRADING COMPANY).

KUKKI (8PVO7) Chemical/Oil Tanker Barbados flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9247388; MMSI 314823000 (vessel) [SDGT] (Linked To: INDO GULF SHIP MANAGEMENT LLC).

KUM GANG 3 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8966535 (vessel) [DPRK4] (Linked To: KOREA UNPHA SHIPPING & TRADING).

KUM SONG 3 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8661850 (vessel) [DPRK4] (Linked To: DAWN MARINE MANAGEMENT CO LTD).

KUM SONG 5 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8661719 (vessel) [DPRK4] (Linked To: DAWN MARINE MANAGEMENT CO LTD).

KUM SONG 7 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8739396 (vessel) [DPRK4] (Linked To: DAWN MARINE MANAGEMENT CO LTD).

KUM UN SAN Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8720436 (vessel) [DPRK4] (Linked To: KOREA KUMUNSAN SHIPPING CO).

KUM UN SAN 3 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8705539 (vessel) [DPRK4] (Linked To: DAWN MARINE MANAGEMENT CO LTD).

KUNASHIR (UBSI9) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9142588 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

KURDOS (T8A5448) Chemical/Products Tanker Palau flag; Vessel Year of Build 2001; Vessel Registration Identification IMO 9236731; MMSI 511101920 (vessel) [IRAN-EO13902] (Linked To: KURDOS SHIPPING INC.).

KURDOS II (T8A4469) Chemical/Products Tanker Palau flag; Vessel Year of Build 2008; Vessel Registration Identification IMO 9453729; MMSI 511101194 (vessel) [IRAN-EO13902] (Linked To: KURDOS SHIPPING INC.).

KURDOS III (T8A5317) Chemical/Products Tanker Palau flag; Vessel Year of Build 2008; Vessel Registration Identification IMO 9380570; MMSI 511101819 (vessel) [IRAN-EO13902] (Linked To: KURDOS SHIPPING INC.).

KYLO (a.k.a. MEMPHIS) (D6A4028) Crude Oil Tanker Comoros flag; Vessel Year of Build 2001; Vessel Registration Identification IMO 9189146; MMSI 620800028 (vessel) [IRAN-EO13902] (Linked To: KYLO SHIPPING INC.).

L-409 Drilling Ship Venezuela flag; Vessel Registration Identification IMO 8772049 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

LA PEARL (a.k.a. ELITE) (5IM808) Crude Oil Tanker Tanzania flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9174660; MMSI 677070800 (vessel) [SDGT] (Linked To: SAONE SHIPPING CORPORATION).

LA PRIDE (5LHW6) Crude Oil Tanker Liberia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9274616; MMSI 636022251 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

LADY D (f.k.a. MALIY B.S.) General Cargo 9,611GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9349289 (vessel) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

LADY LEILA (UCGL) Products Tanker 5,075GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9683740; MMSI 273340060 (vessel) [RUSSIA-EO14024] (Linked To: ALFA-LIZING OOO).

LADY LIBERTY (3FTM2) LPG Tanker Sao Tome and Principe flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9005065; MMSI 668116262 (vessel) [SDGT] (Linked To: KAI HENG LONG GLOBAL ENERGY LIMITED).

LADY LUCY (a.k.a. DELPHI) (5LKL2) Chemical/Products Tanker Liberia flag; Vessel Registration Identification IMO 9341512; MMSI 636022783 (vessel) [IRAN-EO13902] (Linked To: CONSTELLATION MARITIME SERVICES LIMITED).

LADY MARIIA (f.k.a. STELLA-MARIA) Roll-on Roll-off 8,831GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9220641 (vessel) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

LADY R Roll-on Roll-off 7,260GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9161003 (vessel) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

LADY RANIA (UBBO9) Chemical/Oil Tanker 5,077GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9784893; MMSI 273382620 (vessel) [RUSSIA-EO14024] (Linked To: ALFA-LIZING OOO).

LADY SEVDA (UBWL7) Products Tanker 5,075GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9683738; MMSI 273342180 (vessel) [RUSSIA-EO14024] (Linked To: ALFA-LIZING OOO).

LADY SOFIA (a.k.a. OLYMPICS) (8RCA6) Crude Oil Tanker Guyana flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9212759; MMSI 750788000 (vessel) [SDGT] (Linked To: VISHNU INC.).

LAFIT (S9A3169) Crude Oil Tanker Sao Tome & Principe flag; Vessel Year of Build 2009; Vessel Registration Identification IMO 9379698; MMSI 668116369 (vessel) [IRAN-EO13902] (Linked To: CHANGBAI GLORY SHIPPING LIMITED).

LAMANTIN (a.k.a. MARLIN) (UBNV2) Offshore Support Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9396854 (vessel) [RUSSIA-EO14024] [PEESA-EO14039] (Linked To: TRANSADRIA LTD; Linked To: LIMITED LIABILITY COMPANY FARVATER).

LAMD (a.k.a. TAI HE) (3E6106) Crude Oil Tanker Panama flag; Vessel Year of Build 2007; Vessel Registration Identification IMO 9320843; MMSI 352003859 (vessel) [IRAN-EO13902] (Linked To: HONG KONG PRIME TRADING CO., LIMITED).

LANTANA (a.k.a. SABITI; f.k.a. SANANDAJ; f.k.a. SPOTLESS) (5IM591) Crude Oil Tanker 159,681DWT 81,479GRT Panama flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9172040; MMSI 677049100 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

LAPOMINKA Hopper Barge 643GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8928143 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

LARA General Cargo St. Kitts & Nevis flag; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Year of Build 2000; Vessel Registration Identification IMO 9221475 (vessel) [SDGT] (Linked To: SEA SURF SHIPPING LIMITED).

LARA II (3EQL7) Oil Products Tanker Panama flag; Vessel Registration Identification IMO 9321421; MMSI 374740000 (vessel) [IRAN-EO13902] (Linked To: VISION SHIP MANAGEMENT LLP).

LATTAFA (3E2298) Crude Oil Tanker Panama flag; Vessel Year of Build 2003; Vessel Registration Identification IMO 9245794 (vessel) [VENEZUELA-EO13850] (Linked To: READY GREAT LIMITED).

LAUREN LPG Tanker Tuvalu flag; Vessel Registration Identification IMO 9249685; MMSI 572330220 (vessel) [IRAN-EO13846] (Linked To: GOLDEN LOTUS OIL GAS AND REAL ESTATE JOINT STOCK COMPANY).

LAUREN II (3FCU5) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9258521; MMSI 355070000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SUNNE CO LIMITED).

LEADERSHIP (f.k.a. DANESH; f.k.a. DECESIVE; a.k.a. DREAM II) (5IM 592) Crude Oil Tanker 319,988DWT 164,241GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9356593; MMSI 677049200 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

LEGACY (8P2256) Crude Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9339337; MMSI 314892000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STREAM SHIP MANAGEMENT FZCO).

LELIA (8PAB1) Crude Oil Tanker Barbados flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9258870; MMSI 314861000 (vessel) [SDGT] (Linked To: SALINA SHIP MANAGEMENT PVT LTD).

LENA (ZJL8309) Yacht British Virgin Islands flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9594339 (vessel) [RUSSIA-EO14024] (Linked To: TIMCHENKO, Gennady Nikolayevich).

LENA (f.k.a. HALISTIC; f.k.a. HAMOON; a.k.a. HENNA; f.k.a. TAMAR) (T2EQ4) Crude Oil Tanker 299,242DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212929; MMSI 572465210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

LEO (8P2467) Crude Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9412347; MMSI 314965000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

LEONID PESTRIKOV (UBJV2) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9922122 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

LEONOR (a.k.a. BENDIGO) (8P2397) Crude Oil Tanker Barbados flag; Vessel Registration Identification IMO 9289491; MMSI 314925000 (vessel) [IRAN-EO13846] (Linked To: MAX MARITIME SOLUTIONS FZE).

LEOPARD (XVKF7) Crude Oil Tanker Vietnam flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9284594; MMSI 574005550 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SAO VIET PETROL TRANSPORTATION COMPANY LIMITED).

LEXI (a.k.a. LEXIE) (TJ04M) Crude Oil Tanker Cameroon flag; Vessel Registration Identification IMO 9203277; MMSI 613806561 (vessel) [IRAN-EO13902] (Linked To: SEA SERVICES PROVIDERS NV).

LEXIE (a.k.a. LEXI) (TJ04M) Crude Oil Tanker Cameroon flag; Vessel Registration Identification IMO 9203277; MMSI 613806561 (vessel) [IRAN-EO13902] (Linked To: SEA SERVICES PROVIDERS NV).

LEYCOTHEA (a.k.a. FELICITY; f.k.a. ORIENTAL) Crude Oil Tanker Iran flag; Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9183934 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

LI BAI (3E4641) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9589750; MMSI 352002861 (vessel)

[UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: HAIMA SHIPPING LIMITED).

LIA (a.k.a. DOMANI; a.k.a. GERD KNUTSEN; a.k.a. SERENITY) Crude Oil Tanker Guyana flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9041057 (vessel) [SDGT] [VENEZUELA-EO13850] (Linked To: FIDES SHIP MANAGEMENT LLC; Linked To: NATIVA MANAGEMENT LTD).

LIA (a.k.a. NILE) (E5U5135) Chemical/Products Tanker Cook Islands flag; Vessel Registration Identification IMO 9411288; MMSI 518999154 (vessel) [IRAN-EO13846] (Linked To: SEA ROUTE SHIP MANAGEMENT FZE).

LIANA (a.k.a. LINNET) (T8A3765) Oil Products Tanker Palau flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9236755; MMSI 511100596 (vessel) [SDGT] (Linked To: ECO MAX FZE).

LIANG SHENG Chemical/Products Tanker Hong Kong flag; Vessel Registration Identification IMO 9526693; MMSI 477978800 (vessel) [IRAN-EO13846] (Linked To: SHANGHAI XUANRUN SHIPPING COMPANY LIMITED).

LIBERTY (8P2253) Crude Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9339325; MMSI 314889000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

LIDIA (D5LH5) Container Ship Liberia flag; Vessel Year of Build 2007; Vessel Registration Identification IMO 9330501; MMSI 636017505 (vessel) [IRAN-EO13902] (Linked To: MARVISE SMC DMCC).

LIGHT MOON (V4EO4) Bulk Carrier St. Kitts and Nevis flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9109550 (vessel) [SDGT] (Linked To: MAHAMUD, Abdi Nasir Ali).

LIGOVSKY PROSPECT (A8AP5) Crude Oil Tanker Liberia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9256066; MMSI 636011641 (vessel) [RUSSIA-EO14024]

(Linked To: PROGRESS SHIPPING COMPANY LIMITED).

LILIANA (AUHB) Crude Oil Tanker Liberia flag; Vessel Year of Build 2005; Vessel Registration Identification IMO 9297905; MMSI 636024578 (vessel) [IRAN-EO13902] (Linked To: BABYLON NAVIGATION DMCC).

LINDA (Cyrillic: ЛИНДА) (f.k.a. "LADY D" (Cyrillic: "ЛЕДИ Д")) Crude Oil Tanker 61,991GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9256858 (vessel) [RUSSIA-EO14024] (Linked To: PSB LIZING OOO).

LINNET (a.k.a. LIANA) (T8A3765) Oil Products Tanker Palau flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9236755; MMSI 511100596 (vessel) [SDGT] (Linked To: ECO MAX FZE).

LIONESS (3FLM9) Chemical/Products Tanker Panama flag; Vessel Registration Identification IMO 9285744; MMSI 353722000 (vessel) [IRAN-EO13902] (Linked To: TIGHTSHIP SHIPPING MANAGEMENT (OPC) PRIVATE LIMITED).

LITEYNY PROSPECT (TRBE6) Crude Oil Tanker Gabon flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9256078; MMSI 626367000 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

LOANNA (T8A5146) Chemical/Products Tanker Palau flag; Vessel Year of Build 2004; Vessel Registration Identification IMO 9251884; MMSI 511101678 (vessel) [IRAN-EO13846] (Linked To: TETHIS SHIPPING CO).

LONG XING 601 Fishing Vessel China flag; Vessel Registration Identification IMO 8828329 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 602 Fishing Vessel China flag; Vessel Registration Identification IMO 8011055 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 603 Fishing Vessel China flag; Vessel Registration Identification IMO 7416349 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 605 Fishing Vessel China flag; Vessel Registration Identification IMO 8682490 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 606 Fishing Vessel China flag; Vessel Registration Identification IMO 8682505 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 607 Fishing Vessel China flag; Vessel Registration Identification IMO 8682517 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 608 Fishing Vessel China flag; Vessel Registration Identification IMO 8682529 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 609 Fishing Vessel China flag; Vessel Registration Identification IMO 9004449 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 610 Fishing Vessel China flag; Vessel Registration Identification IMO 8713421 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 611 Fishing Vessel China flag; Vessel Registration Identification IMO 9037678 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 612 Fishing Vessel China flag; Vessel Registration Identification IMO 9038294 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 621 Fishing Vessel China flag; Vessel Registration Identification IMO 8909769 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 622 Fishing Vessel China flag; Vessel Registration Identification IMO 8915158 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 623 Fishing Vessel China flag; Vessel Registration Identification IMO 8910976 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 625 Fishing Vessel China flag; Vessel Registration Identification IMO 9036777 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 626 Fishing Vessel China flag; Vessel Registration Identification IMO 9031935 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 627 Fishing Vessel China flag; Vessel Registration Identification IMO 9016258 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 628 Fishing Vessel China flag; Vessel Registration Identification IMO 9016246 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 629 Fishing Vessel China flag; Vessel Registration Identification IMO 8687268 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 630 Fishing Vessel China flag; Vessel Registration Identification IMO 8687270 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 635 Fishing Vessel China flag; Vessel Registration Identification IMO 8648145 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 636 Fishing Vessel China flag; Vessel Registration Identification IMO 8648157 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 637 Fishing Vessel China flag; Vessel Registration Identification IMO 8648169 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 638 Fishing Vessel China flag; Vessel Registration Identification IMO 8648171 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 801 Fishing Vessel China flag; Vessel Registration Identification IMO 8529442 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 802 Fishing Vessel China flag; Vessel Registration Identification IMO 8529428 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONGBOW LAKE (f.k.a. GULF FALCON; f.k.a. GULF GLORY; f.k.a. NICHINORI) Crude Oil Tanker Honduras flag; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9237539 (vessel) [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN OIL COMPANY).

LONGEVITY 7 Chemical/Products Tanker Unknown flag; Former Vessel Flag Palau; Vessel Year of Build 2002; Vessel Registration Identification IMO 9240885 (vessel) [IRAN-EO13902] (Linked To: LONGEVITY SHIPPING LIMITED).

LOTUS (EPNF3) Crude Oil Tanker Iran flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9203784; MMSI 422300300 (vessel) [SDGT] (Linked To: AL-QATIRJI COMPANY).

LOYAL (f.k.a. HAPPINESS; a.k.a. HAPPINESS I; f.k.a. HENGAM; f.k.a. TULAR) (T2ER4) Crude Oil Tanker 299,214DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; alt. Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9212905; MMSI 256875000 (vessel) [IRAN] [SDGT] (Linked To: NATIONAL IRANIAN TANKER COMPANY; Linked To: HOKOUL SAL OFFSHORE).

LPG OM (T8A4415) LPG Tanker Palau flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9160475; MMSI 511101151 (vessel) [SDGT] (Linked To: KDS SHIPPING LIMITED).

LUANDA 1 (3FWF5) Anchor Handling Vessel Panama flag; Vessel Registration Identification IMO 9372705; MMSI 357029000 (vessel) [IRAN-EO13902] (Linked To: PRIME TANKERS LLC).

LUCKY STAR General Cargo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9015278 (vessel) [DPRK4] (Linked To: ALWAYS SMOOTH LTD; Linked To: WEIHAI HUIJIANG TRADE LIMITED).

LUISA CACERES DE ARISMENDI Products Tanker Venezuela flag; Vessel Registration Identification IMO 9117478 (vessel) [VENEZUELA-EO13884] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

LUMA (YJQY4) LPG Tanker Vanuatu flag; Vessel Year of Build 1993; Vessel Registration Identification IMO 9034690; MMSI 577277000 (vessel) [IRAN-EO13902] (Linked To: WANSA GAS SHIPPING CO.).

LUNA (a.k.a. ARTEMIS GAS; a.k.a. KANTI) (T7BN8) LPG Tanker San Marino flag; Vessel Year of Build 2004; Vessel Registration Identification IMO 9282106; MMSI 268243502 (vessel) [IRAN-EO13902] (Linked To: KANTI LINES INC.).

LUNA PRIME (a.k.a. SELENE) (3E2167) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9174220; MMSI 352001994 (vessel) [IRAN-EO13846] (Linked To: CATHAY HARVEST MARINE LTD).

LUNAR TIDE (a.k.a. ROSALIND) Oil Products Tanker Guinea flag; Vessel Year of Build 2004; Vessel Registration Identification IMO 9277735 (vessel) [VENEZUELA-EO13850] (Linked To: WINKY INTERNATIONAL LIMITED).

LYDIA II (3E2202) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9365776; MMSI 352002042 (vessel) [IRAN-EO13902] (Linked To: SUNNY LAND TRADING LTD).

LYDYA N (a.k.a. OMAN PRIDE) (T8A4077) Crude Oil Tanker Palau flag; Vessel Registration Identification IMO 9153525; MMSI 511100863 (vessel) [IRAN-EO13902] (Linked To: TURQUOISE SEA MARINE LIMITED).

LYRA (3E2571) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9314088; MMSI 352001732 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: KAT DENNINGS LIMITED).

M K A (E5U4496) Chemical/Products Tanker Cook Islands flag; Vessel Year of Build 2003; Vessel Registration Identification IMO 9269403; MMSI 518998516 (vessel) [IRAN-EO13902] (Linked To: M K A SHIPPING INC).

M SOPHIA (3FTT) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9289477; MMSI 374933000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SUNNE CO LIMITED).

MACHO QUEEN (a.k.a. GIANT) (VRUF3) Crude Oil Tanker Hong Kong flag; Other Vessel Flag China; Vessel Year of Build 2003; Vessel Registration Identification IMO 9238868; MMSI 477722100 (vessel) [IRAN-EO13902] (Linked To: REGAL LIBERTY LIMITED).

MADAME GU (ZGCW7) Yacht 2,991GRT Cayman Islands flag; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration

Identification IMO 1011331 (vessel) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: SKOCH, Andrei Vladimirovich).

MADESTAR (3E6775) Crude Oil Tanker Panama flag; Vessel Year of Build 2005; Vessel Registration Identification IMO 9289726; MMSI 352004484 (vessel) [IRAN-EO13902] (Linked To: NEOWAVE MANAGEMENT CO., LTD).

MAESTRO (f.k.a. FAEZ; f.k.a. FIANGA; a.k.a. FOREST; f.k.a. SATEEN) (T2DM4) Chemical/Products Tanker 35,124DWT 25,214GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9283760; MMSI 572438210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MAGUS (a.k.a. FREEDOM; a.k.a. MIA) (8RCY1) Crude Oil Tanker Guyana flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9018464 (vessel) [SDGT] [VENEZUELA-EO13850] (Linked To: FIDES SHIP MANAGEMENT LLC; Linked To: VELINE SHIPTRADE INCORPORATED).

MAHADEV (a.k.a. KAILASH) (T8A4926) Asphalt/Bitumen Tanker Palau flag; Vessel Year of Build 2011; Vessel Registration Identification IMO 9571052; MMSI 511101519 (vessel) [IRAN-EO13902] (Linked To: MAHADEV MARITIME INC).

MAHNAM Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9213387 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

MAIA-1 (f.k.a. NEPTUN) General Cargo 9,611GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9358010 (vessel) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

MAISAN (3E4995) Products Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9289776; MMSI 352002675 (vessel) [SDGT] (Linked To: BAGSAK SHIPPING INC).

MAJESTIC (f.k.a. HATEF; a.k.a. HUGE; f.k.a. "GLORY") (T2EG4) Crude Oil Tanker 317,367DWT 163,660GRT Iran flag; Former

Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357183; MMSI 212256000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MAJESTY (E5U4288) Chemical/Products Tanker Cook Islands flag; Vessel Year of Build 2012; Vessel Registration Identification IMO 9430715 (vessel) [IRAN-EO13902] (Linked To: CONCORD SHIPPING INC.).

MAKALU (8P2533) Crude Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9314105; MMSI 314001002 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: DOUBLE HARMONY MARINE CORPORATION).

MAKSIM GORKY (f.k.a. MAXIMO GORKI) Crude Oil Tanker Russia flag; Vessel Registration Identification IMO 9590008 (vessel) [VENEZUELA-EO13850] (Linked To: INSTITUTO NACIONAL DE LOS ESPACIOS ACUATICOS E INSULARES).

MALILI (YBEN) Tug Indonesia flag; Vessel Registration Identification IMO 9179921; MMSI 525018442 (vessel) [IRAN-EO13846] (Linked To: SHIPLOAD MARITIME PTE. LTD.).

MALIY B.S. (a.k.a. LADY D) General Cargo 9,611GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9349289 (vessel) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

MANASLU (3E3794) Chemical/Oil Tanker Panama flag; Vessel Year of Build 2008; Vessel Registration Identification IMO 9388027; MMSI 352002116 (vessel) [IRAN-EO13902] (Linked To: THE ZULU SHIPS MANAGEMENT AND OPERATION - SOLE PROPRIETORSHIP L.L.C.).

MANAURE Tug Venezuela flag; Vessel Registration Identification IMO 9670987 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

MANGAZEYA (UFRI) Fish Carrier Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 7741108 (vessel) [RUSSIA-EO14024] (Linked To: EKO SHIPPING LIMITED LIABILITY COMPANY).

MANUELA SAENZ Products Tanker Venezuela flag; Vessel Registration Identification IMO 9117492 (vessel) [VENEZUELA-EO13884] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

MAR AZUL (CL2192) Tug 212GRT Cuba flag (Samir de Navegacion S.A.) (vessel) [CUBA].

MARA Tug Venezuela flag; Vessel Registration Identification IMO 9670999 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

MARAYA (f.k.a. MED PATRON) Palletized Cargo Ship Samoa flag; Vessel Registration Identification IMO 7514517 (vessel) [LIBYA3] (Linked To: ALWEFAQ LTD).

MARBEL (E5U4474) Chemical/Oil Tanker Cook Islands flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9220938; MMSI 518998494 (vessel) [SDGT] (Linked To: ECO MAX FZE).

MARGARITA 1 Tug Venezuela flag; Vessel Registration Identification IMO 9671668 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

MARIA (UBRH7) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Year of Build 1986; Vessel Registration Identification IMO 8517839 (vessel) [RUSSIA-EO14024] (Linked To: IBEX SHIPPING INC).

MARIA E (a.k.a. "MARIA") Roll-on Roll-off 3,069GRT Togo flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Other Vessel Type Passenger; Vessel Registration Identification IMO 9617923 (vessel) [RUSSIA-EO14024] (Linked To: OBORONLOGISTIKA OOO).

MARIA GRACE (a.k.a. SPIRIT OF CASPER) (3E6116) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9224271; MMSI 352003872 (vessel) [IRAN-EO13846] (Linked To: RITA SHIPPING INC).

MARIA III (f.k.a. SUNRISE) LPG Tanker Panama flag (NITC); Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9615092 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MARIE DE LOURDES (9HB3103) Malta flag; Vessel Registration Identification IMO 8688171; MMSI 249000882 (vessel) [LIBYA3] (Linked To: WORLD WATER FISHERIES LIMITED).

MARIE DE LOURDES I (9HB3737) Malta flag; Vessel Registration Identification IMO 8688183;

MMSI 248000368 (vessel) [LIBYA3] (Linked To: WORLD WATER FISHERIES LIMITED).

MARIE DE LOURDES V (a.k.a. MDL 5) (9HB5604) Malta flag; Vessel Registration Identification IMO 9809277; MMSI 215000818 (vessel) [LIBYA3] (Linked To: WORLD WATER FISHERIES LIMITED).

MARINA (a.k.a. GEMGAZ) (51M643) Tanzania flag; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Other Vessel Flag Togo; alt. Other Vessel Flag Mongolia; alt. Other Vessel Flag Germany; alt. Other Vessel Flag Antigua and Barbuda; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9005493; MMSI 677054300 (vessel) [SDGT] (Linked To: HIZBALLAH).

MARINA VISION (YDA3415) Tug Indonesia flag; Vessel Registration Identification IMO 8106109; MMSI 525010379 (vessel) [IRAN-EO13846] (Linked To: PT. GIANIRA ADHINUSA SENATAMA).

MARIVAN (EQKH) Bunkering Tanker 640DWT 478GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8517243; MMSI 422143000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MARLIN (a.k.a. LAMANTIN) (UBNV2) Offshore Support Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9396854 (vessel) [RUSSIA-EO14024] [PEESA-EO14039] (Linked To: TRANSADRIA LTD; Linked To: LIMITED LIABILITY COMPANY FARVATER).

MARSHAL ZHUKOV Russia flag; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9690224 (vessel) [UKRAINE-EO13685] (Linked To: TRANS-FLOT JSC).

MARUTI (E5U4438) Products Tanker Cook Islands flag; Vessel Year of Build 2010; Vessel Registration Identification IMO 9546710; MMSI 518998458 (vessel) [IRAN-EO13902] (Linked To: MARUTI SHIPPING INC.).

MASAL (EPHO6) Crude Oil Tanker Iran flag; Vessel Registration Identification IMO 9169421; MMSI 422169700 (vessel) [IRAN-EO13902] (Linked To: OCEAN GLORY GIANT OGG SA).

MAX STAR (T8A4869) LPG Tanker Palau flag; Vessel Year of Build 1996; Vessel Registration

Identification IMO 9134165; MMSI 511101486 (vessel) [IRAN-EO13902] (Linked To: OCEAN INC.).

MAXIMO GORKI (a.k.a. MAKSIM GORKY) Crude Oil Tanker Russia flag; Vessel Registration Identification IMO 9590008 (vessel) [VENEZUELA-EO13850] (Linked To: INSTITUTO NACIONAL DE LOS ESPACIOS ACUATICOS E INSULARES).

MDL 5 (a.k.a. MARIE DE LOURDES V) (9HB5604) Malta flag; Vessel Registration Identification IMO 9809277; MMSI 215000818 (vessel) [LIBYA3] (Linked To: WORLD WATER FISHERIES LIMITED).

MED PATRON (a.k.a. MARAYA) Palletized Cargo Ship Samoa flag; Vessel Registration Identification IMO 7514517 (vessel) [LIBYA3] (Linked To: ALWEFAQ LTD).

MEHLE (3E3893) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9191711; MMSI 352002537 (vessel) [SDGT] (Linked To: CIELO MARITIME LTD).

MEKHANIK BRILIN General Cargo 2,489GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO  8904408 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

MEKHANIK KOTTSOV General Cargo 2,489GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8904410 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

MEKHANIK KRASKOVSKIY General Cargo 2,489GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8904458 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

MEKHANIK MAKARIN General Cargo 3,178GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8904379 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

MEKHANIK PUSTOSHNYY General Cargo 2,489GRT Russia flag; Secondary sanctions

risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8904422 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

MEKHANIK PYATLIN General Cargo 2,489GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8904434 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

MEKHANIK YARTSEV General Cargo 2,489GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8904367 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

MEMPHIS (a.k.a. KYLO) (D6A4028) Crude Oil Tanker Comoros flag; Vessel Year of Build 2001; Vessel Registration Identification IMO 9189146; MMSI 620800028 (vessel) [IRAN-EO13902] (Linked To: KYLO SHIPPING INC.).

MENA Crude/Oil Products Tanker Togo flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8909472 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

MENG XIN (3E2056) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9271406; MMSI 352898783 (vessel) [IRAN-EO13846] (Linked To: ALKONOST MARITIME DMCC).

MERAKI (V2YB7) Crude Oil Tanker Antigua and Barbuda flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9194139; MMSI 304552000 (vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

MERCURY (TRAX8) Crude Oil Tanker Gabon flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9321706; MMSI 626315000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GESSI MARITIME CORPORATION).

MERMAR (3E3356) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary

sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9231212; MMSI 352978243 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: MERLUZA GROUP LIMITED).

MEROPE (3E2648) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9281891; MMSI 352002495 (vessel) [UKRAINE-EO13662] [IRAN-EO13902] [RUSSIA-EO14024] (Linked To: SHANGHAI FUTURE SHIP MANAGEMENT CO LTD; Linked To: LEPUS SAI LIMITED).

MERU (9LS2036) Crude Oil Tanker Sierra Leone flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9187227; MMSI 667002333 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: HARMONY GROVE CORPORATION).

MI RIM Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8713471 (vessel) [DPRK3] (Linked To: MIRIM SHIPPING CO LTD).

MI RIM 2 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9361407 (vessel) [DPRK3] (Linked To: MIRIM SHIPPING CO LTD).

MIA (a.k.a. FREEDOM; a.k.a. MAGUS) (8RCY1) Crude Oil Tanker Guyana flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9018464 (vessel) [SDGT] [VENEZUELA-EO13850] (Linked To: FIDES SHIP MANAGEMENT LLC; Linked To: VELINE SHIPTRADE INCORPORATED).

MIAMI PRIDE Bulk Carrier Togo flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9274941 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

MIKHAIL BRITNEV (UBCW9) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9081370 (vessel) [RUSSIA-EO14024] (Linked To: EKO SHIPPING LIMITED LIABILITY COMPANY).

MIKHAIL LAZAREV (UBZS8) Shuttle Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9837547; MMSI 273212310 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

MIKHAIL LOMONOSOV General Cargo 2,990GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9216482 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

MIKHAIL ULYANOV (UBAL3) Crude Oil Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9333670; MMSI 273328440 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

MILLIONAIRE (a.k.a. HELM; f.k.a. HIRMAND; f.k.a. HONESTY) (T2DZ4) Crude Oil Tanker 317,356DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357391; MMSI 572450210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MIN FUZHOU YU F009 Fish Carrier China flag; Vessel Registration Identification IMO 8994013 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

MIN HANG (E5U5075) Crude Oil Tanker Cook Islands flag; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9257137; MMSI 518999094 (vessel) [UKRAINE-EO13662] [IRAN-EO13902] [RUSSIA-EO14024] (Linked To: SHANGHAI LEGENDARY SHIP MANAGEMENT COMPANY LIMITED; Linked To: AMBRA LIMITED).

MINERVA M (3E2537) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9282479; MMSI 352001530 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SUNNE CO LIMITED).

MIRAGE (8P2465) Chemical/Oil Tanker Barbados flag; Vessel Registration Identification IMO 9254422; MMSI 314963000 (vessel) [IRAN-EO13902] (Linked To: GLORY INTERNATIONAL FZ-LLC).

MIROVA DYNAMIC (a.k.a. GULF KNOT) Crude Oil Tanker Unknown flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9237618 (vessel) [SDGT] (Linked To: SEA KNOT SHIPPING INC.).

MISHELL (3E3825) Chemical/Products Tanker Panama flag; Vessel Year of Build 2008; Vessel Registration Identification IMO 9332315; MMSI 352002151 (vessel) [IRAN-EO13902] (Linked To: THE ZULU SHIPS MANAGEMENT AND OPERATION - SOLE PROPRIETORSHIP L.L.C).

MISTRAL 1 (T7AV4) Crude Oil Tanker San Marino flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9257993; MMSI 268249200 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: ODINE MARINE INCORPORATED).

MOANA (5LDK2) Container Ship Liberia flag; Vessel Year of Build 2004; Vessel Registration Identification IMO 9292151; MMSI 636021323 (vessel) [IRAN-EO13902] (Linked To: MARVISE SMC DMCC).

MOLECULE (TJMC241) Crude Oil Tanker Cameroon flag; Secondary sanctions risk:

section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9209300; MMSI 613003214 (vessel) [SDGT] (Linked To: GLOBAL TECH MARINE SERVICES INC).

MOLLY (D6A2707) Chemical/Oil Tanker Comoros flag; Vessel Year of Build 2013; Vessel Registration Identification IMO 9531375; MMSI 620693000 (vessel) [IRAN-EO13846] (Linked To: ETIHAD ENGINEERING AND MARINE SERVICES FZC).

MONA (5LIS6) Chemical/Oil Tanker Liberia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9314818; MMSI 636022424 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

MONICA S (a.k.a. BERTHA) (E5U5084) Crude Oil Tanker Cook Islands flag; Vessel Registration Identification IMO 9292163; MMSI 518999103 (vessel) [IRAN-EO13902] (Linked To: SHANGHAI LEGENDARY SHIP MANAGEMENT COMPANY LIMITED).

MONIQUE (E5U5122) Crude Oil Tanker Cook Islands flag; Vessel Year of Build 2005; Vessel Registration Identification IMO 9311270; MMSI 518999141 (vessel) [VENEZUELA-EO13850] (Linked To: FULL HAPPY LIMITED).

MONOCEROS (a.k.a. JAYA) (V7A6410) Crude Oil Tanker Marshall Islands flag; Vessel Registration Identification IMO 9410387; MMSI 538010982 (vessel) [IRAN-EO13902] (Linked To: GALILEOS MARINE SERVICES L.L.C).

MONTROSE (T7BJ4) Crude Oil Tanker San Marino flag; Vessel Registration Identification IMO 9281695; MMSI 268240502 (vessel) [IRAN-EO13902] (Linked To: PLACENCIA SERVICES INCORPORATION).

MOONBAY (a.k.a. ETERNAL FORTUNE) (8RCC2) Crude Oil Tanker Guyana flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9230907; MMSI 750269000 (vessel) [SDGT] (Linked To: HONGKONG UNITOP GROUP LTD).

MOSKOVSKY PROSPECT (TRBE7) Crude Oil Tanker Gabon flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9511521; MMSI 626368000 (vessel) [UKRAINE-EO13662] [RUSSIA-

EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

MOTI (J2JZ) Crude Oil Tanker Djibouti flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9281011; MMSI 621819067 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: WAVECREST MARITIME LIMITED).

MS ANGIA (a.k.a. GATHER VIEW) (T7AX8) Crude Oil Tanker San Marino flag; Vessel Registration Identification IMO 9246281; MMSI 268241201 (vessel) [IRAN-EO13902] (Linked To: ROSE SHIPPING LIMITED).

MS ENOLA (a.k.a. KOHO I) (J2GJ) Crude Oil Tanker Djibouti flag; Vessel Registration Identification IMO 9251951; MMSI 621819078 (vessel) [IRAN-EO13902] (Linked To: JOURNEY INVESTMENT COMPANY).

MS MELENIA (3FSO7) Crude Oil Tanker Panama flag; Other Vessel Flag Djibouti; Vessel Registration Identification IMO 9302023; MMSI 374128000 (vessel) [IRAN-EO13902] (Linked To: ROSE SHIPPING LIMITED).

MU DU BONG General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8328197 (vessel) [DPRK].

MULAN (T8A4797) LNG Carrier Republic of Palau flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9864837 (vessel) [RUSSIA-EO14024] (Linked To: PLIO ENERGY CARGO SHIPPING OPC PRIVATE LIMITED).

MUM (V2YP5) Crude Oil Tanker Antigua and Barbuda flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9315446; MMSI 305026000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: AQUAQUASAR HOLDING LIMITED).

MURMAN (UBAN4) Salvage Ship Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration

Identification IMO 9682423 (vessel) [RUSSIA-EO14024] [PEESA-EO14039] (Linked To: FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE).

MURMANSK (UBRR2) Chemical/Oil Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9167930; MMSI 273430430 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMNEFT MARINE BUNKER LIMITED LIABILITY COMPANY).

MYRA (3E2188) Oil Products Tanker Panama flag; Vessel Year of Build 2006; Vessel Registration Identification IMO 9336490; MMSI 352002021 (vessel) [IRAN-EO13902] (Linked To: THE ZULU SHIPS MANAGEMENT AND OPERATION - SOLE PROPRIETORSHIP L.L.C.).

MYS DEZHNEVA (UBFV9) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9368340 (vessel) [RUSSIA-EO14024] (Linked To: EKO SHIPPING LIMITED LIABILITY COMPANY).

MYS FLORA (UBHW2) Bulk Carrier Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9433286 (vessel) [RUSSIA-EO14024] (Linked To: EKO SHIPPING LIMITED LIABILITY COMPANY).

MYS SHMIDTA (UBIZ9) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9243825 (vessel) [RUSSIA-EO14024] (Linked To: EKO SHIPPING LIMITED LIABILITY COMPANY).

MYS ZHELANIYA (UBQT4) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9366110 (vessel) [RUSSIA-EO14024] (Linked To: TRANSSTROY LIMITED LIABILITY COMPANY).

NADIYA (3E3423) Oil Products Tanker Panama flag; Vessel Registration Identification IMO 9118745; MMSI 352001151 (vessel) [IRAN-EO13902] (Linked To: GLORY INTERNATIONAL FZ-LLC).

NAM SAN 8 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8122347 (vessel) [DPRK4] (Linked To: HAPJANGGANG SHIPPING CORP).

NAN FENG ZHI XING (3E2357) Heavy Lift Vessel Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9934498 (vessel) [RUSSIA-EO14024] (Linked To: CFU SHIPPING CO LIMITED).

NANDA DEVI (TRAT3) Crude Oil Tanker Gabon flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9274434; MMSI 626279000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: TAGABO MARITIME CORPORATION).

NAPOLI (f.k.a. ELITE; a.k.a. NAVARZ; f.k.a. NOAH; f.k.a. VOYAGER) (T2DQ4) Crude Oil Tanker 298,731DWT 156,809GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079078; MMSI 572441210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

NARDIS General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9137246 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

NAROON (f.k.a. "BELEMA LIGHT CRUDE"; f.k.a. "MAHARLIKA"; f.k.a. "NOOR") Crude Oil Tanker 298,732DWT 156,809GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079066 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

NARVAL (UBVQ9) Offshore Tug Russia flag; Other Vessel Call Sign UBMQ9; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9171876 (vessel) [RUSSIA-EO14024] [PEESA-EO14039] (Linked To: FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE).

NASHA (f.k.a. "NATIVE LAND"; f.k.a. "NESA"; f.k.a. "OCEANIC"; f.k.a. "TRUTH") Crude Oil Tanker 298,732DWT 156,809GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079107 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

NATALINA 7 (D6A3622) Crude Oil Tanker Comoros flag; Vessel Registration Identification IMO 9310147; MMSI 620999608 (vessel) [IRAN-EO13902] (Linked To: ASTRID MENKS LIMITED).

NAVARZ (f.k.a. ELITE; f.k.a. NAPOLI; f.k.a. NOAH; f.k.a. VOYAGER) (T2DQ4) Crude Oil Tanker 298,731DWT 156,809GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079078; MMSI 572441210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

NAVIS 6 (UAQK) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9868807 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

NEBULA DRIFT (T8A5231) Products Tanker Palau flag; Vessel Year of Build 2002; Vessel Registration Identification IMO 9233973; MMSI 511101749 (vessel) [IRAN-EO13902] (Linked To: PHOENIX SHIP MANAGEMENT FZE).

NECLEUS (a.k.a. AZTEC; a.k.a. URANUS) (D5YQ2) Crude Oil Tanker Tanzania flag; Other Vessel Flag Liberia; Vessel Year of Build 2002; Vessel Registration Identification IMO 9248485; MMSI 636014160 (vessel) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

NEDAS (a.k.a. ESPERANZA) Crude Oil Tanker Cuba flag; Former Vessel Flag Greece; Vessel Registration Identification IMO 9289166 (vessel) [VENEZUELA-EO13850] (Linked To: CAROIL TRANSPORT MARINE LTD).

NEEL (3E2234) LPG Tanker Panama flag; Vessel Year of Build 1998; Vessel Registration Identification IMO 9157478; MMSI 352002246 (vessel) [IRAN-EO13846] (Linked To: SAI SABURI CONSULTING SERVICES PRIVATE LIMITED).

NEGA (Cyrillic: НЕГА) (J8Y4483) Yacht Russia flag; Secondary sanctions risk: See Section 11

of Executive Order 14024.; Vessel Registration Identification RS 130280 (Russia); MMSI 273337970 (vessel) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY CORPORATION GELIOS).

NEGAR General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9165839 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

NEGEEN Passenger Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9071519 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

NEGH (a.k.a. GAS VISION) (C5J424) LPG Tanker Gambia flag; Vessel Year of Build 1996; Vessel Registration Identification IMO 9115303; MMSI 629009412 (vessel) [IRAN-EO13902] (Linked To: S E A SHIP MANAGEMENT LLC).

NELLIS (5LJI8) Chemical/Oil Tanker Liberia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9322267; MMSI 636022550 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

NEMRUT (5LKI8) Crude Oil Tanker Liberia flag; Vessel Year of Build 2009; Vessel Registration Identification IMO 9439541; MMSI 636022766 (vessel) [IRAN-EO13902] (Linked To: THE ZULU SHIPS MANAGEMENT AND OPERATION - SOLE PROPRIETORSHIP L.L.C.).

NEPTA (a.k.a. "LPG VENUS") (D6A3909) LPG Tanker Comoros flag; Vessel Year of Build 1995; Vessel Registration Identification IMO 9013701; MMSI 620999910 (vessel) [IRAN-EO13902] (Linked To: VEGA STAR SHIP MANAGEMENT PRIVATE LIMITED).

NEPTUN Russia flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8404991 (vessel) [DPRK4] (Linked To: GUDZON SHIPPING CO LLC).

NEPTUN (a.k.a. MAIA-1) General Cargo 9,611GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9358010

(vessel) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

NEPTUNE (f.k.a. ALERT; a.k.a. ARNICA; f.k.a. ASTANEH; f.k.a. SEAPRIDE) (T2ES4) Crude/Oil Products Tanker 99,144DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187643; MMSI 572467210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

NEREIDES (a.k.a. VANI) (T7BR2) Crude Oil Tanker San Marino flag; Vessel Year of Build 2004; Vessel Registration Identification IMO 9264881; MMSI 268246102 (vessel) [IRAN-EO13902] (Linked To: MARVISE SMC DMCC).

NEREUS SOPHIA (3E5862) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9266853; MMSI 352003763 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: MEGHAN GROUP LIMITED).

NESHAT General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9167277 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

NESO (3E5143) Crude Oil Tanker PANAMA flag; Vessel Registration Identification IMO 9257149; MMSI 352003483 (vessel) [IRAN-EO13902] (Linked To: NEPTUNE MARINE LTD).

NEVE (3E6083) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9224465; MMSI 352003222 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: TRIDENT INFINITY LIMITED).

NEVSKIY PROSPECT (TRBE8) Crude Oil Tanker Gabon flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9256054; MMSI 626369000 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

NEW ENERGY (T8A4832) LNG Carrier Republic of Palau flag; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9324277 (vessel) [RUSSIA-EO14024] (Linked To: GOTIK SHIPPING CO).

NEW MILOS (a.k.a. VOLANS) (8PDO3) Crude Oil Tanker Barbados flag; Vessel Registration Identification IMO 9422988; MMSI 314679000 (vessel) [IRAN-EO13902] (Linked To: BRITNEY RYDER LIMITED).

NEXO (C5J316) LPG Tanker Gambia flag; Vessel Year of Build 1993; Vessel Registration Identification IMO 9014456; MMSI 629009304 (vessel) [IRAN-EO13902] (Linked To: SERIFOS MARITIME AND TRADING S.A.).

NIBA (T8A4992) LPG Tanker Palau flag; Vessel Year of Build 1993; Vessel Registration Identification IMO 9046784; MMSI 511101558 (vessel) [IRAN-EO13902] (Linked To: PAROS MARITIME S.A.).

NICHINORI (f.k.a. GULF FALCON; f.k.a. GULF GLORY; a.k.a. LONGBOW LAKE) Crude Oil Tanker Honduras flag; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9237539 (vessel) [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN OIL COMPANY).

NIKOLAI LEONOV (UBLV9) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9922134 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

NIKOLAY ANISHCHENKOV General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9942392 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

NIKOLAY ZADORNOV (3E3485) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9901037; MMSI 352002208 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

NILE (a.k.a. LIA) (E5U5135) Chemical/Products Tanker Cook Islands flag; Vessel Registration

Identification IMO 9411288; MMSI 518999154 (vessel) [IRAN-EO13846] (Linked To: SEA ROUTE SHIP MANAGEMENT FZE).

NIRVANA (ZGBM) Yacht Cayman Islands flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Year of Build 2012; Vessel Registration Identification IMO 1011202 (vessel) [RUSSIA-EO14024] (Linked To: POTANIN, Vladimir Olegovich).

NOAH (f.k.a. ELITE; f.k.a. NAPOLI; a.k.a. NAVARZ; f.k.a. VOYAGER) (T2DQ4) Crude Oil Tanker 298,731DWT 156,809GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079078; MMSI 572441210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

NOBEL M (8P2547) Chemical/Oil Tanker Barbados flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Year of Build 2002; Vessel Registration Identification IMO 9228784; MMSI 314001017 (vessel) [SDGT] (Linked To: MT TEVEL INCORPORATED; Linked To: TYBA SHIP MANAGEMENT DMCC).

NOLAN (f.k.a. "OSLO") Oil Products Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9179701; MMSI 354798000 (vessel) [SDGT] (Linked To: PONTUS NAVIGATION CORP.).

NOMIKI (3E7581) Chemical/Products Tanker Panama flag; Vessel Year of Build 2002; Vessel Registration Identification IMO 9242443; MMSI 352004062 (vessel) [IRAN-EO13902] (Linked To: AGAPE SHIPPING INC).

NOOR 1 Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9506320 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

NORD STAR (3E7463) Crude Oil Tanker Panama flag; Vessel Year of Build 2006; Vessel Registration Identification IMO 9323596; MMSI 352003296 (vessel) [VENEZUELA-EO13850] (Linked To: KRAPE MYRTLE CO LTD; Linked To: CORNIOLA LIMITED).

NORTH AIR (3E5919) LNG Carrier Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration

Identification IMO 9953509 (vessel) [RUSSIA-EO14024] (Linked To: WHITE FOX SHIP MANAGEMENT FZCO).

NORTH MOUNTAIN (3E5918) LNG Carrier Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9953511 (vessel) [RUSSIA-EO14024] (Linked To: WHITE FOX SHIP MANAGEMENT FZCO).

NORTH SKY (3E6091) LNG Carrier Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9953523 (vessel) [RUSSIA-EO14024] (Linked To: WHITE FOX SHIP MANAGEMENT FZCO).

NORTH STAR (8PPB) Crude Oil Tanker Barbados flag; Vessel Year of Build 2005; Vessel Registration Identification IMO 9299563; MMSI 314109000 (vessel) [IRAN-EO13902] (Linked To: MISTRAL FLEET CO LTD).

NORTH WAY (3E5924) LNG Carrier Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9953535 (vessel) [RUSSIA-EO14024] (Linked To: WHITE FOX SHIP MANAGEMENT FZCO).

NOVA (a.k.a. QUEEN REEM) (S9U17) Crude/Oil Products Tanker Sao Tome and Principe flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9141259; MMSI 668116245 (vessel) [SDGT] (Linked To: MALLAH, Abdul Jalil).

NP DIKSON Chemical/Oil Tanker 15,980GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9255270 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

NP DUDINKA Chemical/Oil Tanker 14,400GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9183831 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

NS ANTARCTIC (TRBF3) Crude Oil Tanker Gabon flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9413559; MMSI 626372000 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

NS BRAVO (TRBF8) Crude Oil Tanker Gabon flag; Secondary sanctions risk: See Section 11

of Executive Order 14024.; Vessel Registration Identification IMO 9412359; MMSI 626377000 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

NS BURGAS (TRBF9) Crude Oil Tanker Gabon flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9411020; MMSI 626378000 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

NS CAPTAIN (TRBG2) Crude Oil Tanker Gabon flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9341067; MMSI 626379000 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

NS CENTURY (A8IJ8) Crude Oil Tanker Liberia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9306782; MMSI 636012853 (vessel) [RUSSIA-EO14024] (Linked To: GALLION NAVIGATION INCORPORATED).

NS CHAMPION (A8FD9) Crude Oil Tanker Liberia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9299719; MMSI 636012384 (vessel) [RUSSIA-EO14024] (Linked To: STERLING SHIPPING INCORPORATED).

NS COLUMBUS (TRBG5) Crude Oil Tanker Gabon flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9312884; MMSI 626382000 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

NS CONSUL (TRBH3) Crude Oil Tanker Gabon flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9341093; MMSI 626388000 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

NS CREATION (TRBH5) Crude Oil Tanker Gabon flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9312896; MMSI 626390000 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

NS LEADER (A8LU7) Crude Oil Tanker Gabon flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9339301; MMSI 636013272 (vessel) [RUSSIA-EO14024] (Linked To: NS LEADER SHIPPING INCORPORATED).

NS LION (TRBH8) Crude Oil Tanker Gabon flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9339313; MMSI 626393000 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

NS PRIDE (TRBI6) Chemical/Oil Tanker Gabon flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Year of Build 2006; Vessel Registration Identification IMO 9322956; MMSI 626399000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

NS SILVER (3E7521) Chemical/Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Year of Build 2005; Vessel Registration Identification IMO 9309576; MMSI 352003367 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

NURKEZ (3E2311) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9253325; MMSI 352002470 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SERPENS LIMITED).

NURSULTAN NAZARBAYEV Crude Oil Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9842217 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ROSNEFTEFLOT).

NYANTARA (3E2243) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9242120; MMSI 352002259 (vessel) [IRAN-EO13902] (Linked To: CIVIC CAPITAL SHIPPING INC.).

NYMEX STAR Singapore flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North

Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9078191 (vessel) [DPRK] (Linked To: WT MARINE PTE LTD).

O UN CHONG NYON HO General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8330815 (vessel) [DPRK].

OCEAN 28 (a.k.a. YA QING HAI YANG) (3E6850) General Cargo Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 1021570 (vessel) [RUSSIA-EO14024] (Linked To: HONGKONG YAQING SHIPPING CO LIMITED).

OCEAN GUARDIAN (3E5421) Oil Products Tanker Panama flag; Vessel Year of Build 2003; Vessel Registration Identification IMO 9267948; MMSI 352004037 (vessel) [IRAN-EO13846] (Linked To: MANARAT ALKHALEEJ MARINE SERVICES FZE).

OCEAN KOI (8P2574) Crude Oil Tanker Barbados flag; Vessel Year of Build 2004; Vessel Registration Identification IMO 9255933; MMSI 314001038 (vessel) [IRAN-EO13902] (Linked To: OCEAN KUDOS SHIPPING COMPANY LIMITED).

OCEAN NYMPH (a.k.a. HUMANITY) Crude Oil Tanker Iran flag; Former Vessel Flag Panama; alt. Former Vessel Flag Mongolia; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9180281 (vessel) [IRAN].

OCEAN PRINCESS 1 (3EVR9) Oil Products Tanker Panama flag; Vessel Registration Identification IMO 8413306; MMSI 373094000 (vessel) [IRAN-EO13902] (Linked To: BRAR, Jugwinder Singh).

OCEANIC II (VRJR3) Products Tanker Hong Kong flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9275995; MMSI 477274300 (vessel) [SDGT] (Linked To: BARCO SHIP MANAGEMENT INC).

OCEANUS GAS (D6A3372) LPG Tanker Comoros flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9397080; MMSI 620999373

(vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

OCTANS (S9A15) Crude Oil Tanker Sao Tome and Principe flag; Vessel Registration Identification IMO 9224295 (vessel) [IRAN-EO13846] (Linked To: CELIA ARMAS LTD).

OHAR (a.k.a. ARTURA; a.k.a. YORGOS) (8RCL2) Crude Oil Tanker Sint Maarten flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9150365; MMSI 750177000 (vessel) [SDGT] (Linked To: CAP TEES SHIPPING CO., LIMITED).

OKEANSKY PROSPECT (UBFV) Crude Oil Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9866380; MMSI 273618730 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

OKEANSKY PROSPECT Crude Oil Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9898254 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ROSNEFTEFLOT).

OLANGA (UBVH4) Products Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9286463; MMSI 273355340 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMNEFT MARINE BUNKER LIMITED LIABILITY COMPANY).

OLGA General Cargo 1,853GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8700046 (vessel) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

OLIA (TRBO9) Crude Oil Tanker Unknown flag; Former Vessel Flag Gabon; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209;

Vessel Year of Build 2003; Vessel Registration Identification IMO 9268112; MMSI 626450000 (vessel) [UKRAINE-EO13662] [IRAN-EO13846] [RUSSIA-EO14024] (Linked To: ARISTOS MARITIME INCORPORATED; Linked To: VROOM MARINE VENTURE FZE).

OLIVE (a.k.a. BLUE NIL) (E5U5271) Crude Oil Tanker Cook Islands flag; Vessel Registration Identification IMO 9288265; MMSI 518999290 (vessel) [IRAN-EO13902] (Linked To: TIGHTSHIP SHIPPING MANAGEMENT (OPC) PRIVATE LIMITED).

OLIVIA (9LS2020) Crude Oil Tanker Sierra Leone flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9233741; MMSI 667002317 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: FRINA EXPRESS CORPORATION).

OLYMPIA (ZCGR) Yacht 776GRT Cayman Islands flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 1006960; MMSI 319766000 (vessel) [RUSSIA-EO14024] (Linked To: PUTIN, Vladimir Vladimirovich).

OLYMPICS (a.k.a. LADY SOFIA) (8RCA6) Crude Oil Tanker Guyana flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9212759; MMSI 750788000 (vessel) [SDGT] (Linked To: VISHNU INC.).

OMAN PRIDE (a.k.a. LYDYA N) (T8A4077) Crude Oil Tanker Palau flag; Vessel Registration Identification IMO 9153525; MMSI 511100863 (vessel) [IRAN-EO13902] (Linked To: TURQUOISE SEA MARINE LIMITED).

OMNI (a.k.a. ABHA) (3E2785) Crude Oil Tanker Panama flag; Vessel Year of Build 2008; Vessel Registration Identification IMO 9400980; MMSI 352001876 (vessel) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

OMSK (UBZU) Chemical/Oil Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9418509; MMSI 273371330 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMNEFT MARINE BUNKER LIMITED LIABILITY COMPANY).

OMSKIY-103 (UGDX) General Cargo 2,458GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Year of Build 1978; Vessel Registration Identification IMO 8889385 (vessel) [RUSSIA-EO14024] (Linked To: SEA RIVER SERVICE LIMITED LIABILITY COMPANY).

OMSKIY-119 (UBSW7) General Cargo 2,463GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Year of Build 1980; Vessel Registration Identification IMO 8926913 (vessel) [RUSSIA-EO14024] (Linked To: SEA RIVER SERVICE LIMITED LIABILITY COMPANY).

ONYX (E5U4643) Products Tanker Cook Islands flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9252400; MMSI 518998663 (vessel) [SDGT] (Linked To: ECO MAX FZE).

ONYX (TRBP2) Crude/Oil Products Tanker Gabon flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9236640 (vessel) [RUSSIA-EO14024] (Linked To: AVISION SHIPPING SERVICES PRIVATE LIMITED).

ORIENT HARMONY (3E5021) Bulk Carrier Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9620633; MMSI 352002708 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PROMINENT SHIPMANAGEMENT LIMITED).

ORIENT VISION (3E5020) Bulk Carrier Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9673202; MMSI 352002707 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PROMINENT SHIPMANAGEMENT LIMITED).

ORIENTAL (a.k.a. FELICITY; f.k.a. LEYCOTHEA) Crude Oil Tanker Iran flag; Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9183934 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ORIENTAL TREASURE 9,038DWT Comoros flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9115028 (vessel) [DPRK4] (Linked To: HONGXIANG MARINE HONG KONG LTD).

ORION STAR; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9333589 (vessel) [DPRK] (Linked To: OCEAN MARITIME MANAGEMENT COMPANY LIMITED).

OSPEROUS (5LHE4) Crude Oil Tanker Liberia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9412995; MMSI 636022098 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

OSTAP SHEREMETA (UBCS9) Service Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9624225 (vessel) [RUSSIA-EO14024] [PEESA-EO14039] (Linked To: JOINT STOCK COMPANY NOBILITY).

OT-2077 Russia flag; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9025778 (vessel) [UKRAINE-EO13685] (Linked To: TRANSPETROCHART CO LTD).

OTARIA (a.k.a. "WINSOME") (TJM0154) Crude Oil Tanker Cameroon flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9192260; MMSI 613914400 (vessel) [SDGT] (Linked To: STELLAR WAVE MARINE L.L.C).

OURA Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9387815 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

OUREA (E5U5002) LPG Tanker Cook Islands flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9350422; MMSI 518999021 (vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

OWENS (H3XW) LPG Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9223540; MMSI 373482000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SAO VIET PETROL TRANSPORTATION COMPANY LIMITED).

OXIS (TJMC232) Crude Oil Tanker Cameroon flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9224805; MMSI 613612000 (vessel) [SDGT] [RUSSIA-EO14024] (Linked To: UMBRA NAVI SHIPMANAGEMENT CORP; Linked To: MILETUS LINE LTD).

OZEL 2 (a.k.a. PROGRES) (9HB4398) Malta flag; Other Vessel Flag Tanzania; alt. Other Vessel Flag Trinidad and Tobago; Other Vessel Call Sign 5IM713; Vessel Registration Identification IMO 8023670 (vessel) [LIBYA3] (Linked To: ANDREA MARTINA LIMITED).

PAEK MA Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9066978 (vessel) [DPRK4] (Linked To: PAEKMA SHIPPING CO; Linked To: FIRST OIL JV CO LTD).

PAMIR (D6A3647) LPG Tanker Comoros flag; Vessel Year of Build 2001; Vessel Registration Identification IMO 9208239; MMSI 620999947 (vessel) [IRAN-EO13902] (Linked To: BERTHA SHIPPING INC.).

PANDA (XVJG7) Crude Oil Tanker Guyana flag; Former Vessel Flag Vietnam; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Year of Build 2004; Vessel Registration Identification IMO 9284582; MMSI 574005540 (vessel) [UKRAINE-EO13662] [IRAN-EO13846] [RUSSIA-EO14024] (Linked To: SAO VIET PETROL TRANSPORTATION COMPANY LIMITED).

PAOLA (5LTG7) Chemical/Products Tanker Liberia flag; Vessel Year of Build 2006; Vessel Registration Identification IMO 9299458; MMSI 636024577 (vessel) [IRAN-EO13902] (Linked To: BABYLON NAVIGATION DMCC).

PARAGON DAWN (a.k.a. TONIL) (3E2323) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9307932; MMSI 352002482 (vessel) [IRAN-EO13902] (Linked To: LIGHTSHIP MANAGEMENT LTD).

PARAMACONI Crude Oil Tanker Venezuela flag; Vessel Registration Identification IMO 9543512 (vessel) [VENEZUELA-EO13884] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

PARAMUSHIR (UGZM) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9190286 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

PARAND General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9118551 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

PARIN General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9076478 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

PARINE (8PBL8) Crude Oil Tanker Barbados flag; Vessel Registration Identification IMO 9257503; MMSI 314642000 (vessel) [IRAN-EO13846] (Linked To: AL ANCHOR SHIP MANAGEMENT FZE).

PARISAN Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9465851 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

PARMIS General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9245316 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

PARNIA General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Year of Build 1999; Vessel Registration Identification IMO 9167265 (vessel) [IRAN] [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES; Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

PARSHAD Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9387786 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

PARSHAN General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9051648 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

PARTIZAN Russia flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9113020 (vessel) [DPRK4] (Linked To: GUDZON SHIPPING CO LLC).

PARVATI (3E3842) LPG Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 8519966; MMSI 352002268 (vessel) [SDGT] (Linked To: KAI HENG LONG GLOBAL ENERGY LIMITED).

PASSAT Russia flag; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 8523242 (vessel) [UKRAINE-EO13685] (Linked To: TRANSPETROCHART CO LTD).

PATHFINDER (8P2482) Crude Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9577094; MMSI 314976000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

PATRIA (UBVP6) Roll-on Roll-off Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9159921 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

PATRIOT Russia flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited

For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9003550 (vessel) [DPRK4] (Linked To: PRIMORYE MARITIME LOGISTICS CO LTD; Linked To: GUDZON SHIPPING CO LLC).

PATRIS General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9137210 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

PAVEL CHERNYSH (3E4132) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9301380; MMSI 352002195 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

PAWELL General Cargo Syria flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8315499 (vessel) [RUSSIA-EO14024] (Linked To: PAWELL SHIPPING CO LLP).

PDVSA CARDON Tug Venezuela flag; Vessel Registration Identification IMO 9432660 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

PEACE HILL (VRGO9) Crude Oil Tanker Hong Kong flag; Vessel Registration Identification IMO 9288019; MMSI 477738400 (vessel) [IRAN-EO13902] (Linked To: HONG KONG HESHUN TRANSPORTATION TRADING LIMITED).

PEGAS (Cyrillic: ПЕГАС) (f.k.a. "PERUN" (Cyrillic: "ПЕРУН")) Crude Oil Tanker 61,991GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9256860 (Russia) (vessel) [RUSSIA-EO14024] (Linked To: PSB LIZING OOO).

PEGASUS (8P2449) Chemical/Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9276028; MMSI 314951000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: FORNAX SHIP MANAGEMENT FZCO).

PERARIN Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9209350 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

PERIA (5LIZ6) Crude Oil Tanker Liberia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9322827; MMSI 636022479 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

PETERPAUL (3FFR8) Chemical/Products Tanker Panama flag; Vessel Registration Identification IMO 9163269; MMSI 352900000 (vessel) [IRAN-EO13846] (Linked To: IMS LTD).

PETION Products Tanker Panama flag; Vessel Registration Identification IMO 9295098 (vessel) [VENEZUELA-EO13850] (Linked To: CAROIL TRANSPORT MARINE LTD; Linked To: TROCANA WORLD INC.).

PETRA (a.k.a. BALTIC HORIZON) (3E5422) Chemical/Products Tanker Panama flag; Vessel Registration Identification IMO 9263382; MMSI 352004038 (vessel) [IRAN-EO13846] (Linked To: SEA ROUTE SHIP MANAGEMENT FZE).

PETROTRANS 5902 (UBXT9) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9900514 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

PHO THAE General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 7632955 (vessel) [DPRK].

PHOENIX I (E5U5298) Crude Oil Tanker Cook Islands flag; Vessel Registration Identification IMO 9236248; MMSI 518999317 (vessel) [IRAN-EO13846] (Linked To: ALKONOST MARITIME DMCC).

PHONIX (8RCY3) Crude Oil Tanker Guyana flag; Vessel Registration Identification IMO 9198317; MMSI 750308000 (vessel) [IRAN-EO13902] (Linked To: VISION SHIP MANAGEMENT LLP).

PI RUY GANG General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8829593 (vessel) [DPRK].

PING AN (3E4672) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9378632; MMSI 352002898 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: CHENG SHIPPING AND TRADER LIMITED).

PINOCCHIO (5LAB8) Container Ship Liberia flag; Vessel Year of Build 2009; Vessel Registration Identification IMO 9400112; MMSI 636020659 (vessel) [IRAN-EO13902] (Linked To: MARVISE SMC DMCC).

PINTUS (a.k.a. ABHRA) (3E4045) Crude Oil Tanker Panama flag; Vessel Year of Build 2004; Vessel Registration Identification IMO 9282041; MMSI 352001312 (vessel) [IRAN-EO13902] (Linked To: NEO SHIPPING INC.).

PIONEER (T8A4750) LNG Carrier Republic of Palau flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9256602 (vessel) [RUSSIA-EO14024] (Linked To: OCEAN SPEEDSTAR SOLUTIONS OPC PRIVATE LIMITED).

PIONEER (f.k.a. HADI; a.k.a. HERO II; f.k.a. ZEUS) (T2EJ4) Crude Oil Tanker 317,355DWT 163,650GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362073; MMSI 572459210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

PIONEER 92 (JVHQ7) Tug Mongolia flag; Vessel Year of Build 2004; Vessel Registration Identification IMO 9340934; MMSI 457133000 (vessel) [IRAN-EO13902] (Linked To: LOGOS MARINE PTE. LTD.).

PIONEER SAM (T8A3795) Crude Oil Tanker Palau flag; Vessel Year of Build 2002; Vessel Registration Identification IMO 9232620; MMSI 511100620 (vessel) [IRAN-EO13902] (Linked To: PIONEER TANKERS MARINE INCORPORATED).

PIZHMA General Cargo 3,466GRT Russia flag; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Vessel Registration Identification IMO 8814354 (vessel) [RUSSIA-EO14024] (Linked To: SC SOUTH LLC).

PK MARIT (E5U5004) Chemical/Products Tanker Cook Islands flag; Vessel Year of Build 2001; Vessel Registration Identification IMO 9235464; MMSI 518999023 (vessel) [IRAN-EO13846] (Linked To: DIMOND TOWN SHIPPING COMPANY).

PK PHOENIX (3ETW4) Chemical/Products Tanker Panama flag; Vessel Year of Build 2007; Vessel Registration Identification IMO 9326902; MMSI 371176000 (vessel) [IRAN-EO13846] (Linked To: DIMOND TOWN SHIPPING COMPANY).

PO CHON Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8848276 (vessel) [DPRK4] (Linked To: POCHON SHIPPING & MANAGEMENT).

PO THONG GANG General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8829555 (vessel) [DPRK].

POLA AGATA (UBJU8) General Cargo; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9903841 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA ALEXIA (UBUU3) General Cargo; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9903853 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA ANASTASIA (UFON) General Cargo; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9897690 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA ANATOLIA (UCQV) General Cargo; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9851103 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA ANFISA (UBXR7) General Cargo; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9851115 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA DUDINKA (UBNW5) General Cargo; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9190107 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA FEODOSIA (UHNY) General Cargo; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9849461 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA FILOFEIA (UBAV) General Cargo; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9849435 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA FIVA (UBRR) General Cargo; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9849473 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA GALI (UBVC2) General Cargo; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9851127 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA HARITA (UBLL) General Cargo; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9888792 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA MAKARIA (UBZX) General Cargo; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9849423 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA MARIA (UDHN) General Cargo; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9897705 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA MARINA (UBVU5) General Cargo; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9903865 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA MIROPIA (UBYU3) General Cargo; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9903877 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA PELAGIA (UDRW) General Cargo; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9888807 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA SEVASTIANA (UBDG) General Cargo; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9691785 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA SOFIA (UBFI) General Cargo; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9849459 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA VARVARA (UBFU2) General Cargo; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9903839 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA YAROSLAVA (UDJO) General Cargo; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9903827 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLAR ROCK Crude Oil Tanker 56,924GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9116632 (vessel) [RUSSIA-EO14024] (Linked To: MARINE TRANS SHIPPING LLC).

POLARIS 1 (EPXT5) Chemical/Oil Tanker Iran flag; Vessel Registration Identification IMO 9272694; MMSI 422546600 (vessel) [IRAN-EO13902] (Linked To: FALLON SHIPPING COMPANY LIMITED).

PORT OLYA-1 General Cargo 4,878GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9481922 (vessel) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

PORT OLYA-2 General Cargo 4,878GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9481881 (vessel) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

PORT OLYA-3 (UHEQ) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9481910; MMSI 273371920 (vessel) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

PORT OLYA-4 (UDHW) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9481934; MMSI 273390550 (vessel) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

PRAVASI (TRBO6) Oil Products Tanker Gabon flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9409467 (vessel) [RUSSIA-EO14024] (Linked To: AVISION SHIPPING SERVICES PRIVATE LIMITED).

PRECIOUS (f.k.a. EXPLORER; a.k.a. HERBY; f.k.a. HODA; f.k.a. HYDRA) (T2EH4) Crude Oil Tanker 317,356DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362059; MMSI 572458210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

PREMIER (8P2443) Products Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Year of Build 2011; Vessel Registration Identification IMO 9577082; MMSI 314945000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

PROFESSOR LOGACHEV (UADZ) Research Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Year of Build 1970; Vessel Registration Identification IMO 8834691 (vessel) [RUSSIA-EO14024] (Linked To: SEVMORNEFTEGEOFIZIKA AO).

PROFESSOR RJABINKIN (a.k.a. PROFESSOR RYABINKIN) (UAJU) Research Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Year of Build 1989; Vessel Registration Identification IMO 8504923 (vessel) [RUSSIA-EO14024] (Linked To: SEVMORNEFTEGEOFIZIKA AO).

PROFESSOR RYABINKIN (a.k.a. PROFESSOR RJABINKIN) (UAJU) Research Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Year of Build 1989; Vessel Registration Identification IMO 8504923 (vessel) [RUSSIA-EO14024] (Linked To: SEVMORNEFTEGEOFIZIKA AO).

PROGRES (a.k.a. OZEL 2) (9HB4398) Malta flag; Other Vessel Flag Tanzania; alt. Other

Vessel Flag Trinidad and Tobago; Other Vessel Call Sign 5IM713; Vessel Registration Identification IMO 8023670 (vessel) [LIBYA3] (Linked To: ANDREA MARTINA LIMITED).

PROGRESS V (8P2435) Crude Oil Tanker Barbados flag; Vessel Registration Identification IMO 9316701; MMSI 314939000 (vessel) [IRAN-EO13846] (Linked To: BRECALIN HONG KONG CO LTD).

PROXIMA (8P2475) Chemical/Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9329655; MMSI 314971000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: FORNAX SHIP MANAGEMENT FZCO).

PSKOV (8P2424) LNG Carrier Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9630028; MMSI 314930000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

PU HUNG 1 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8703933 (vessel) [DPRK4] (Linked To: KOREA RUNGRADO SHIPPING CO).

PUGNAX (9V9102) Heavy Lift Vessel Singapore flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9763849 (vessel) [RUSSIA-EO14024] (Linked To: RED BOX ENERGY SERVICES PTE LTD).

PUMBA (5LDK8) Container Ship Liberia flag; Vessel Year of Build 2006; Vessel Registration Identification IMO 9302566; MMSI 636021329 (vessel) [IRAN-EO13902] (Linked To: MARVISE SMC DMCC).

PURDUE STELLAR (VRWD6) Crude Oil Tanker Hong Kong flag; Other Vessel Flag China; Vessel Year of Build 2004; Vessel Registration Identification IMO 9275658; MMSI 477965400

(vessel) [IRAN-EO13902] (Linked To: GREAT TIMES SHIPPING LIMITED).

PURNA (a.k.a. "SAMPURNA RAJYA") (C5J300) Oil Products Tanker Gambia flag; Vessel Registration Identification IMO 9176656; MMSI 629000928 (vessel) [IRAN-EO13902] (Linked To: GLORY INTERNATIONAL FZ-LLC).

PYOTR STOLYPIN LNG Carrier Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9904675 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

PYTHON (8P2523) Crude Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9250531; MMSI 314993000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: OCEAN WATERS MARITIME CORPORATION).

QUEEN LUCA (a.k.a. CLIPPER; a.k.a. EAGLE PRIDE) LPG Tanker Guyana flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9102198 (vessel) [SDGT] (Linked To: ELVEGARD SHIPPING LTD).

QUEEN REEM (a.k.a. NOVA) (S9U17) Crude/Oil Products Tanker Sao Tome and Principe flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9141259; MMSI 668116245 (vessel) [SDGT] (Linked To: MALLAH, Abdul Jalil).

RA NAM 2 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8625545 (vessel) [DPRK3] (Linked To: KOREA SAMILPO SHIPPING CO).

RA NAM 3 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration

Identification IMO 9314650 (vessel) [DPRK3] (Linked To: KOREA SAMILPO SHIPPING CO).

RADIN (a.k.a. GOODREACH) Container Ship Hong Kong flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820257 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

RAHA GAS (T8A4761) LPG Tanker Palau flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 8818219; MMSI 511101405 (vessel) [SDGT] (Linked To: ARAFAT SHIPPING COMPANY).

RAIN DROP Crude Oil Tanker Cook Islands flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9233208; MMSI 518998461 (vessel) [SDGT] (Linked To: BLUE BERRI SHIPPING INC.).

RAINBOW (f.k.a. DOJRAN; a.k.a. SNOW; f.k.a. SOUVENIR; a.k.a. YARD NO. 1221 SHANGHAI WAIGAOQIAO) Crude Oil Tanker 318,000DWT 165,000GRT Panama flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569619 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

RAK RANG Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 7506118 (vessel) [DPRK4] (Linked To: KOREA DAEBONG SHIPPING CO).

RAK WON 2 General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8819017 (vessel) [DPRK].

RAMONA I (a.k.a. SHADI) (8RPE6) Crude Oil Tanker Guyana flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Vessel Registration Identification IMO 9233222; MMSI 750925000 (vessel) [SDGT] (Linked To: ELIAS SHIPPING & TRADING GROUP SA).

RAMYA (8PZQ3) Chemical/Products Tanker Barbados flag; Vessel Year of Build 2006; Vessel Registration Identification IMO 9363182; MMSI 314001076 (vessel) [IRAN-EO13902] (Linked To: DARYA SHIPPING PRIVATE LIMITED).

RANI (3EED4) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9250907; MMSI 354907000 (vessel) [IRAN-EO13902] (Linked To: STARBOARD SHIPPING INC.).

RANTANPLAN (5LCH2) Container Ship Liberia flag; Vessel Year of Build 2006; Vessel Registration Identification IMO 9307023; MMSI 636021101 (vessel) [IRAN-EO13902] (Linked To: MARVISE SMC DMCC).

RASUL GAMZATOV General Cargo 4,991GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8861058 (vessel) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

RAYEN (a.k.a. TENREACH) Container Ship Hong Kong flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820245 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

RAYYAN GAS (T8A4711) LPG Tanker Palau flag; Vessel Year of Build 1997; Vessel Registration Identification IMO 9133109; MMSI 511101365 (vessel) [IRAN-EO13846] (Linked To: MPHASIS MARINE SOLUTIONS FZE).

REMIZ (3E8793) Crude Oil Tanker Panama flag; Vessel Year of Build 2002; Vessel Registration Identification IMO 9223344; MMSI 352005545 (vessel) [IRAN-EO13902] (Linked To: GOLDWAVE MARITIME SERVICES INC).

RENEEZ (T8A3663) Crude Oil Tanker Palau flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9232450; MMSI 511100508 (vessel) [SDGT] (Linked To: RENEEZ SHIPPING LIMITED).

RESTON (TJ4HG) Crude Oil Tanker Cameroon flag; Vessel Registration Identification IMO 9265744; MMSI 613464706 (vessel) [IRAN-EO13902] (Linked To: OCEANIC ORBIT INCORPORATED).

REX 1 (3EUU2) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9219056; MMSI 372979000 (vessel) [SDGT] (Linked To: SOFTWATER NAVIGATION HOLDING LTD.).

RIEVERIA I (T7BC7) Crude Oil Tanker San Marino flag; Vessel Year of Build 2004; Vessel Registration Identification IMO 9286229; MMSI 268245201 (vessel) [IRAN-EO13846] (Linked To: ISLE INNOVATION INC).

RIGEL (8P2389) Crude Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9511533; MMSI 314919000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

RIO NAPO (E5U4369) Chemical/Oil Tanker Cook Islands flag; Vessel Registration Identification IMO 9256913; MMSI 518998389 (vessel) [IRAN-EO13902] (Linked To: VISION SHIP MANAGEMENT LLP).

RISE DESTINY (a.k.a. SARAK) Crude Oil Tanker Iran flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9226968 (vessel) [SDGT] (Linked To: MEHDI GROUP).

RISE DIGNITY (a.k.a. SOBAR) Crude Oil Tanker Iran flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9221970 (vessel) [SDGT] (Linked To: MEHDI GROUP).

RISE GLORY (a.k.a. SOLAN) Crude Oil Tanker Iran flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9155808 (vessel) [SDGT] (Linked To: MEHDI GROUP).

RIVAL (3FZA2) Chemical/Products Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9117818; MMSI 3708590000 (vessel) [SDGT] (Linked To: MALLAH, Abdul Jalil).

RN AMUR (UIZU) Tug Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk:

Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9653068; MMSI 273333470 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ROSNEFTEFLOT).

RN SAKHALIN (UBCP8) Products Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9650016; MMSI 273399390 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ROSNEFTEFLOT).

RN USSURI (UBTK3) Tug Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9653070; MMSI 273320710 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ROSNEFTEFLOT).

ROAD (8PBL7) Crude Oil Tanker Barbados flag; Vessel Registration Identification IMO 9229362; MMSI 314641000 (vessel) [IRAN-EO13846] (Linked To: AL ANCHOR SHIP MANAGEMENT FZE).

ROB (D5UB5) Container Ship Liberia flag; Vessel Year of Build 2001; Vessel Registration Identification IMO 9236652; MMSI 636019341 (vessel) [IRAN-EO13902] (Linked To: REEL SHIPPING L.L.C).

ROBERTA (5LOG7) Oil Products Tanker Liberia flag; Vessel Year of Build 2003; Vessel Registration Identification IMO 9237008; MMSI 636023554 (vessel) [IRAN-EO13902] (Linked To: BABYLON NAVIGATION DMCC).

ROC (3E6750) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9275660; MMSI 352004455 (vessel) [SDGT] (Linked To: FINE SANMATA SHIPPING CO., LIMITED).

ROMINA (EPMH6) Crude Oil Tanker Iran flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration

Identification IMO 9114608; MMSI 422278900 (vessel) [SDGT] (Linked To: AMITIS JAZIREH KISH SHIP MANAGEMENT CO LLC).

ROSALIND (a.k.a. LUNAR TIDE) Oil Products Tanker Guinea flag; Vessel Year of Build 2004; Vessel Registration Identification IMO 9277735 (vessel) [VENEZUELA-EO13850] (Linked To: WINKY INTERNATIONAL LIMITED).

ROSHAK Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9405966 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

RUNG RA 1 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8713457 (vessel) [DPRK4] (Linked To: KOREA RUNGRADO RYONGAK TRADING CO).

RUNG RA 2 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9020534 (vessel) [DPRK4] (Linked To: KOREA RUNGRADO RYONGAK TRADING CO).

RUNG RA DO Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8989795 (vessel) [DPRK4] (Linked To: KOREA RUNGRADO SHIPPING CO).

RYE SONG GANG 1 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 7389704 (vessel) [DPRK4] (Linked To: KOREA KUMBYOL TRADING COMPANY).

RYO MYONG Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8987333 (vessel) [DPRK3] (Linked To: KOREAN POLISH SHPG CO LTD).

RYONG GANG 2 General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 7640378 (vessel) [DPRK].

RYONG GUN BONG General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification 8606173 (vessel) [DPRK].

RZK CONSTANTA General Cargo 7,095GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8711289 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

S M A (E5U3873) Asphalt/Bitumen Tanker Cook Islands flag; Vessel Year of Build 2003; Vessel Registration Identification IMO 9273002; MMSI 518100962 (vessel) [IRAN-EO13902] (Linked To: S M A SHIPPING INC.).

S. KUZNETSOV General Cargo 6,204GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9210359 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

SAAM FSU (3E2557) Floating Storage Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9915090 (vessel) [RUSSIA-EO14024] (Linked To: ARCTIC TRANSSHIPMENT LIMITED LIABILITY COMPANY).

SABANETA Tug Venezuela flag; Vessel Registration Identification IMO 9667813 (vessel)

[VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

SABETTA General Cargo 12,936GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9347061 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

SABITI (f.k.a. LANTANA; f.k.a. SANANDAJ; f.k.a. SPOTLESS) (5IM591) Crude Oil Tanker 159,681DWT 81,479GRT Panama flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9172040; MMSI 677049100 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SABLE (3E4117) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9524451; MMSI 352002179 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PROMINENT SHIPMANAGEMENT LIMITED).

SABRINA General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8215742 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SAGA (8P2258) Chemical/Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9318553; MMSI 314894000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

SAGITTA (3E3674) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9296822; MMSI 352001616 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SUNNE CO LIMITED).

SAINT LIGHT (a.k.a. STELLAR ORACLE; a.k.a. YOUNG YONG) (8RAR1) Oil Products Tanker Guyana flag; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9194127; MMSI 750514000 (vessel) [SDGT] (Linked To: TECHNOLOGY BRIGHT INTERNATIONAL LIMITED).

SAKARYA (3E3835) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9524463; MMSI 352002168 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PROMINENT SHIPMANAGEMENT LIMITED).

SAKHALIN 10 (UCDL) Passenger Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Other Vessel Type Roll-on Roll-off; Vessel Registration Identification IMO 8857667 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

SAKHALIN 8 (UERK) Passenger Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8330516 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

SAKHALIN 9 (UCEE) Passenger Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Other Vessel Type Roll-on Roll-off; Vessel Registration Identification IMO 8728543 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

SAKHALIN ISLAND (3E4139) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9249128; MMSI 352002202 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

SALINA (f.k.a. BLACKSTONE; f.k.a. SARV; f.k.a. SPLENDOUR) (9HNZ9) Crude Oil Tanker 163,870DWT 85,462GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Seychelles; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357377; MMSI 249257000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SALTY WOLF (3E3497) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt.

Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9530917; MMSI 352002280 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PROMINENT SHIPMANAGEMENT LIMITED).

SALVIA (a.k.a. YANNIS) (T7BJ6) Crude Oil Tanker San Marino flag; Vessel Registration Identification IMO 9297319; MMSI 268240702 (vessel) [IRAN-EO13846] (Linked To: MAX MARITIME SOLUTIONS FZE).

SAM 121 (a.k.a. CHLOE) (8RAX1) Crude Oil Tanker Guyana flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9173745; MMSI 750656000 (vessel) [SDGT] (Linked To: AL-QATIRJI COMPANY).

SAM JONG 1 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8405311 (vessel) [DPRK4] (Linked To: KOREA SAMJONG SHIPPING CO).

SAM JONG 2 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 7408873 (vessel) [DPRK4] (Linked To: KOREA SAMJONG SHIPPING CO).

SAM MA 2 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8106496 (vessel) [DPRK4] (Linked To: KOREA SAMMA SHPG CO).

SAMSUN (3E2327) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9436006; MMSI 352002486 (vessel)

[UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PROMINENT SHIPMANAGEMENT LIMITED).

SANAN (f.k.a. "CAMELLIA"; f.k.a. "SAVEH"; f.k.a. "SOL"; f.k.a. "SWALLOW") Crude Oil Tanker 159,758DWT 81,479GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9171462 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SANANDAJ (f.k.a. LANTANA; a.k.a. SABITI; f.k.a. SPOTLESS) (5IM591) Crude Oil Tanker 159,681DWT 81,479GRT Panama flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9172040; MMSI 677049100 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SANAR 15 (UALW) Oil Products Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9777670; MMSI 273375360 (vessel) [RUSSIA-EO14024] (Linked To: COVART ENERGY LIMITED).

SANAR 7 (UBFX5) Crude Oil Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9211999; MMSI 273615700 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SUNOR ILLC).

SANAR 8 (UBFX8) Crude Oil Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9212008; MMSI 273619700 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SUNOR ILLC).

SANDINO Chemical/Products Tanker Panama flag; Vessel Registration Identification IMO 9441178 (vessel) [VENEZUELA-EO13850] (Linked To: CAROIL TRANSPORT MARINE LTD; Linked To: TOVASE DEVELOPMENT CORP).

SANIA General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9367994 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SAPFIR (a.k.a. ETIM EMIN) (UBIG5) General Cargo 1,853GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8700010; MMSI 273355400 (vessel) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

SAPPHIRE GAS (3E8359) LPG Tanker Panama flag; Vessel Year of Build 2007; Vessel Registration Identification IMO 9320738; MMSI 352005205 (vessel) [IRAN-EO13902] (Linked To: EVIE LINES INC.).

SARA II (5LJI4) Chemical/Oil Tanker Liberia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9301615; MMSI 636022546 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

SARAH (a.k.a. TULIP BZ) (D604004) LPG Tanker Unknown flag; Former Vessel Flag Comoros; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Year of Build 1993; Vessel Registration Identification IMO 9014420; MMSI 620800004 (vessel) [SDGT] (Linked To: ZAAS SHIPPING & TRADING CO).

SARAK (f.k.a. RISE DESTINY) Crude Oil Tanker Iran flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9226968 (vessel) [SDGT] (Linked To: MEHDI GROUP).

SARDASHT (EQKG) Landing Craft 640DWT 478GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8517231; MMSI 422142000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SARINA General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8203608 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SARIR General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9368003 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SARV (f.k.a. BLACKSTONE; a.k.a. SALINA; f.k.a. SPLENDOUR) (9HNZ9) Crude Oil Tanker 163,870DWT 85,462GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Seychelles;

Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357377; MMSI 249257000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SARVIN Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9209348 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SASCO ALDAN (UBOV4) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9358034 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

SASCO ANGARA (UBUO6) Container Ship Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9242986 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

SASCO ANIVA (UBBO5) Container Ship Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9255402 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

SASCO AVACHA (UBMO9) Container Ship Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9246140 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

SATEEN (f.k.a. FAEZ; f.k.a. FIANGA; a.k.a. FOREST; f.k.a. MAESTRO) (T2DM4) Chemical/Products Tanker 35,124DWT 25,214GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9283760; MMSI 572438210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SATINA (3E2250) Products Tanker Panama flag; Vessel Registration Identification IMO 9308778; MMSI 352002316 (vessel) [IRAN-EO13846] (Linked To: DELNAZ SHIP MANAGEMENT SDN BHD).

SAVIZ General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification

IMO 9167253 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SCF ENDEAVOUR (UIHP) Supply Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9335678; MMSI 273312540 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

SCF ENDURANCE (UIPN) Supply Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9335680; MMSI 273314650 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

SCF ENTERPRISE (UFHH2) Supply Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9335692; MMSI 273312060 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

SCF PRIMORYE (A8SW6) Crude Oil Tanker Liberia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9421960; MMSI 636014308 (vessel) [RUSSIA-EO14024] (Linked To: LUMBER MARINE SA).

SCF SAKHALIN (UHME) Supply Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9307724; MMSI 273318120 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

SCORPIAN (a.k.a. HALTI; f.k.a. HORIZON; f.k.a. HORMOZ) (9HEK9) Crude Oil Tanker 299,261DWT 160,930GRT Iran flag; Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel

Registration Identification IMO 9212890; MMSI 256870000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SCORPIUS (8P2428) Crude Oil Tanker Barbados flag; Vessel Registration Identification IMO 9264893; MMSI 314934000 (vessel) [IRAN-EO13846] (Linked To: BRECALIN HONG KONG CO LTD).

SEA BIRD (T8A4825) LPG Tanker Palau flag; Vessel Year of Build 1995; Vessel Registration Identification IMO 9088536; MMSI 511101458 (vessel) [IRAN-EO13902] (Linked To: HORIZON HARVEST SHIPPING LLC).

SEA CITRINE VI (T8A4765) Products Tanker Palau flag; Vessel Year of Build 1999; Vessel Registration Identification IMO 9207273; MMSI 511101409 (vessel) [IRAN-EO13902] (Linked To: QATRAT ALNADA ALMASI SHIP MANAGEMENT L.L.C).

SEA CLIFF (f.k.a. "SMOOTH"; a.k.a. "YARD NO. 1225 SHANGHAI WAIGAOQIAO") Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569657 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SEA HERMES (T8A4906) LPG Tanker Palau flag; Vessel Year of Build 1993; Vessel Registration Identification IMO 9031519; MMSI 511101504 (vessel) [IRAN-EO13902] (Linked To: S E A SHIP MANAGEMENT LLC).

SEA OPERA (TJMC902) LPG Tanker Cameroon flag; Vessel Year of Build 1991; Vessel Registration Identification IMO 9000883; MMSI 613490000 (vessel) [IRAN-EO13902] (Linked To: YU HONG DE COMPANY LIMITED).

SEA RHAPSODY (V7VR9) Yacht 1,503GRT Marshall Islands flag; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 1010648; MMSI 538071180 (vessel) [UKRAINE-EO13661] (Linked To: KOSTIN, Andrey Leonidovich).

SEA ROCK Products Tanker; Former Vessel Flag Palau; Vessel Year of Build 1996; Vessel Registration Identification IMO 9140451 (vessel) [IRAN-EO13902] (Linked To: QATRAT ALNADA ALMASI SHIP MANAGEMENT L.L.C).

SEA STAR III (f.k.a. "CARNATION"; f.k.a. "SAFE"; a.k.a. "SEASTAR III"; f.k.a. "SUNSHINE"; a.k.a. "YARD NO. 1220 SHANGHAI WAIGAOQIAO") Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Additional

Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569205 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SEA WISE (T8A3980) Products Tanker Palau flag; Vessel Year of Build 2001; Vessel Registration Identification IMO 9224570; MMSI 511100774 (vessel) [IRAN-EO13902] (Linked To: QATRAT ALNADA ALMASI SHIP MANAGEMENT L.L.C).

SEABASS (D6A2856) Oil Products Tanker Comoros flag; Vessel Year of Build 2001; Vessel Registration Identification IMO 9251640; MMSI 620847000 (vessel) [IRAN-EO13846] (Linked To: ETIHAD ENGINEERING AND MARINE SERVICES FZC).

SEAHAKER (D6A3404) Oil Products Tanker Comoros flag; Vessel Year of Build 2003; Vessel Registration Identification IMO 9255488; MMSI 620999405 (vessel) [IRAN-EO13846] (Linked To: ETIHAD ENGINEERING AND MARINE SERVICES FZC).

SEAMULL (T8A3433) Products Tanker Palau flag; Vessel Year of Build 2001; Vessel Registration Identification IMO 9204776; MMSI 511100317 (vessel) [IRAN-EO13902] (Linked To: QATRAT ALNADA ALMASI SHIP MANAGEMENT L.L.C).

SEAPRIDE (f.k.a. ALERT; a.k.a. ARNICA; f.k.a. ASTANEH; f.k.a. NEPTUNE) (T2ES4) Crude/Oil Products Tanker 99,144DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187643; MMSI 572467210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SEASKY (T7BN2) Crude Oil Tanker San Marino flag; Vessel Registration Identification IMO 9237412; MMSI 268242902 (vessel) [IRAN-EO13902] (Linked To: SEASKY MARINE CO., LIMITED).

SEATURBO (D6A2852) Crude Oil Tanker Comoros flag; Vessel Year of Build 2000; Vessel Registration Identification IMO 9204764; MMSI 620834000 (vessel) [IRAN-EO13846] (Linked To: ETIHAD ENGINEERING AND MARINE SERVICES FZC).

SELENE (a.k.a. LUNA PRIME) (3E2167) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9174220; MMSI 352001994 (vessel) [IRAN-EO13846] (Linked To: CATHAY HARVEST MARINE LTD).

SELENE TRADER (a.k.a. FIONA II) (HPOE) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9262766; MMSI 351073000 (vessel) [IRAN-EO13902] (Linked To: EUNOMIA LIMITED).

SELENGA (UBSH8) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8714657 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

SENSUS (5LHJ7) Products Tanker Liberia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9296585; MMSI 636022146 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

SEPEHR SAM (a.k.a. IR.SHALAMCHE; a.k.a. IRAN SHALAMCHEH) General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8820925 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SERENA (f.k.a. "SALALEH"; f.k.a. "SONGBIRD"; a.k.a. "YARD NO. 1224 SHANGHAI WAIGAOQIAO") Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569645 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SERENADE (8P2363) Chemical/Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9318541; MMSI 314897000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

SERENE I (3EFX8) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9197832; MMSI 374483000 (vessel) [SDGT] (Linked To: DRAGON ROAD LTD).

SERENITY (a.k.a. DOMANI; a.k.a. GERD KNUTSEN; a.k.a. LIA) Crude Oil Tanker Guyana flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9041057 (vessel) [SDGT]

[VENEZUELA-EO13850] (Linked To: FIDES SHIP MANAGEMENT LLC; Linked To: NATIVA MANAGEMENT LTD).

SERGEI WITTE LNG Carrier Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9904687 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

SEVASTOPOL Russia flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9235127 (vessel) [DPRK4] (Linked To: GUDZON SHIPPING CO LLC).

SEVERNIY PROECT General Cargo 13,066GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9202053 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

SEVIN (f.k.a. "BAIKAL"; f.k.a. "BLOSSOM"; f.k.a. "SANA"; f.k.a. "SIMA"; f.k.a. "SUCCESS") Crude Oil Tanker 164,154DWT 85,462GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357353 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SHABDIS Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9349588 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SHABGOUN Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9346524 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SHADI (a.k.a. RAMONA I) (8RPE6) Crude Oil Tanker Guyana flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9233222; MMSI 750925000 (vessel) [SDGT] (Linked To: ELIAS SHIPPING & TRADING GROUP SA).

SHAHR E KORD Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9270684 (vessel) [IRAN]

[NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SHAHRAZ Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9349576 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SHAMIM Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9270658 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SHANAYE QUEEN (9WNN6) Crude Oil Tanker Malaysia flag; Vessel Registration Identification IMO 9242118; MMSI 533132105 (vessel) [IRAN-EO13846] (Linked To: ALYA MARINE SENDIRIAN BERHAD).

SHANG YUAN BAO Panama flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8126070 (vessel) [DPRK4] (Linked To: HUANG, Wang Ken; Linked To: CHEN, Mei Hsiang; Linked To: JUI CHENG SHIPPING COMPANY LIMITED; Linked To: JUI PANG SHIPPING CO LTD; Linked To: JUI ZONG SHIP MANAGEMENT CO LTD).

SHANNON II (8P2369) Crude Oil Tanker Barbados flag; Vessel Registration Identification IMO 9237797; MMSI 314903000 (vessel) [IRAN-EO13902] (Linked To: CELESTITE MARITIME INC).

SHANTAR (UBNJ7) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9190274 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

SHAYAN 1 Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9420356 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SHELLEST (Cyrillic: ШЕЛЛЕСТ) (UBAO8) Yacht Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification RS 150443 (Russia); MMSI 273385420 (vessel) [RUSSIA-EO14024]

(Linked To: NON-PROFIT PARTNERSHIP REVIVAL OF MARITIME TRADITIONS).

SHIBA Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9270646 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SHONA (f.k.a. ABADAN; a.k.a. ARTAVIL; f.k.a. "ALPHA") (T2EU4) Crude/Oil Products Tanker 99,144DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag None Identified; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187629; MMSI 572469210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SHRIA (V2YH8) Chemical/Oil Tanker Antigua and Barbuda flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Year of Build 1999; Vessel Registration Identification IMO 9179347; MMSI 304135000 (vessel) [SDGT] (Linked To: TYBA SHIP MANAGEMENT DMCC; Linked To: STAR MM INC.).

SHTURMAN ALBANOV (UBXO2) Crude Oil Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9752084; MMSI 273397870 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

SHTURMAN KOSHELEV (UCMR) Products Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9759939; MMSI 273391160 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMNEFT MARINE BUNKER LIMITED LIABILITY COMPANY).

SHTURMAN MALYGIN (UHBP) Crude Oil Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration

Identification IMO 9752096; MMSI 273398780 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

SHTURMAN OVTSYN (UBEP3) Crude Oil Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9752101; MMSI 273391790 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

SHTURMAN SHCHERBININ (UEXZ) Products Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9759927; MMSI 273385570 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMNEFT MARINE BUNKER LIMITED LIABILITY COMPANY).

SHTURMAN SKURATOV (UBFP4) Products Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9759915; MMSI 273392990 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMNEFT MARINE BUNKER LIMITED LIABILITY COMPANY).

SHUN KAI XING (a.k.a. HONESTAR) (3E5884) Bulk Carrier Unknown flag; Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Year of Build 1999; Vessel Registration Identification IMO 9187368; MMSI 352003792 (vessel) [NPWMD] [IFSR] (Linked To: UNICO SHIPPING CO LTD).

SHUN TAI (5LIC9) Crude Oil Tanker Liberia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9242223; MMSI 636022303 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SYMI SHIPPING LIMITED).

SI HE (3E4703) Products Tanker Panama flag; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9378618; MMSI 352002948 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: LOENGO SHIPPING AND TRADER LIMITED).

SIBERIA Bulk Carrier 17,665GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9239458 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

SIENNA (a.k.a. SIERRA) Crude/Oil Products Tanker Russia flag; Vessel Registration Identification IMO 9147447 (vessel) [VENEZUELA-EO13850] (Linked To: RUSTANKER LLC).

SIERRA (f.k.a. SIENNA) Crude/Oil Products Tanker Russia flag; Vessel Registration Identification IMO 9147447 (vessel) [VENEZUELA-EO13850] (Linked To: RUSTANKER LLC).

SIG Russia flag; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9735335 (vessel) [UKRAINE-EO13685] (Linked To: TRANSPETROCHART CO LTD).

SILVER CLOUD (a.k.a. AMOL; a.k.a. ARGO 1; a.k.a. ARGO I; a.k.a. CASTOR; a.k.a. "CHRISTINA") (T2EM4) Crude/Oil Products Tanker 99,094DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187667 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SILVIA I (f.k.a. "MAGNOLIA"; f.k.a. "SABRINA"; f.k.a. "SARVESTAN") Crude Oil Tanker 159,711DWT 81,479GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9172052 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SIMBA (5LDC3) Container Ship Liberia flag; Vessel Year of Build 2015; Vessel Registration Identification IMO 9719862; MMSI 636021266 (vessel) [IRAN-EO13902] (Linked To: MARVISE SMC DMCC).

SIMRAN (HO4539) Oil Products Tanker Panama flag; Vessel Registration Identification IMO

9136644; MMSI 356762000 (vessel) [IRAN-EO13902] (Linked To: GLOBAL TANKERS PRIVATE LIMITED).

SIMUSHIR (UBRI5) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9179385 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

SINCERE 02 (3E4733) Oil Products Tanker Kiribati flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9226011; MMSI 352002984 (vessel) [SDGT] (Linked To: GLOBAL TECH MARINE SERVICES INC).

SINOPA (f.k.a. DAISY; f.k.a. SUPERIOR; f.k.a. SUSANGIRD) (5IM584) Crude Oil Tanker 159,681DWT 81,479GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tanzania; alt. Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9172038; MMSI 677048400 (vessel) [IRAN] [SDGT] (Linked To: NATIONAL IRANIAN TANKER COMPANY; Linked To: HOKOUL SAL OFFSHORE).

SIREN II (VRWA9) Crude Oil Tanker Hong Kong flag; Other Vessel Flag China; Vessel Year of Build 2008; Vessel Registration Identification IMO 9337195; MMSI 477945800 (vessel) [IRAN-EO13902] (Linked To: BLUE OCEAN MARINE COMPANY LIMITED).

SIRI (a.k.a. ANTHEA) (D6A3314) Crude Oil Tanker Comoros flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9281683; MMSI 620999315 (vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

SIRIUS (8P2496) Crude Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9422445; MMSI 314988000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

SIRIUS 1 (3E5824) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary

sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9285847; MMSI 352003720 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SINO SHIP MANAGEMENT COMPANY LIMITED).

SIVAS (3E2642) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9419137; MMSI 352002488 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PROMINENT SHIPMANAGEMENT LIMITED).

SIVUCH (UBWQ2) Offshore Tug/Supply Ship Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9157820 (vessel) [RUSSIA-EO14024] [PEESA-EO14039] (Linked To: FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE).

SIYANIE SEVERA General Cargo 6,577GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9250385 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

SKADI (HPPN) Crude Oil Tanker Panama flag; Vessel Year of Build 2001; Vessel Registration Identification IMO 9230971; MMSI 352421000 (vessel) [IRAN-EO13902] (Linked To: SKADI LIMITED).

SKIF-V (UBRK6) General Cargo 2,463GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Year of Build 1984; Vessel Registration Identification IMO 8858087 (vessel) [RUSSIA-EO14024] (Linked To: LADOGA SHIPPING COMPANY LIMITED LIABILITY COMPANY).

SKYLIGHT (T8A4356) Chemical/Products Tanker Palau flag; Vessel Year of Build 2006; Vessel Registration Identification IMO 9330020; MMSI 511101102 (vessel) [IRAN-EO13902] (Linked To: RED SEA SHIP MANAGEMENT LLC).

SKYLINE (a.k.a. DORENA) (5IM632) Crude Oil Tanker Iran flag (NITC); Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569669 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SMP ARKHANGELSK General Cargo 7,752GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9240550 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

SMP NOVODVINSK General Cargo 4,106GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9398046 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

SMP SEVERODVINSK General Cargo 4,106GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9376440 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

SNOW (f.k.a. DOJRAN; f.k.a. RAINBOW; f.k.a. SOUVENIR; a.k.a. YARD NO. 1221 SHANGHAI WAIGAOQIAO) Crude Oil Tanker 318,000DWT 165,000GRT Panama flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569619 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SO BAEK SAN Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8658267 (vessel) [DPRK4] (Linked To: KOREA KUMBYOL TRADING COMPANY).

SOBAR (f.k.a. RISE DIGNITY) Crude Oil Tanker Iran flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9221970 (vessel) [SDGT] (Linked To: MEHDI GROUP).

SOBHAN Bunkering Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9036935 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SOFIA (D6A2525) Chemical/Oil Tanker Comoros flag; Vessel Year of Build 2013; Vessel

Registration Identification IMO 9531387; MMSI 620525000 (vessel) [IRAN-EO13846] (Linked To: ETIHAD ENGINEERING AND MARINE SERVICES FZC).

SOLAN (f.k.a. RISE GLORY) Crude Oil Tanker Iran flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9155808 (vessel) [SDGT] (Linked To: MEHDI GROUP).

SOMERSET (a.k.a. YURI) (E5U5230) Crude Oil Tanker Cook Islands flag; Vessel Registration Identification IMO 9235737; MMSI 518999249 (vessel) [IRAN-EO13902] (Linked To: YURIMAGUAS LTD).

SOMIA General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9368015 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SONA General Cargo 1,853GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8700060 (vessel) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

SONA (C5J49620) LPG Tanker Gambia flag; Vessel Year of Build 1993; Vessel Registration Identification IMO 9005053; MMSI 629009408 (vessel) [IRAN-EO13902] (Linked To: SKIATHOS MARITIME AND TRADING SA).

SONATA (f.k.a. FORTUN; a.k.a. STREAM; a.k.a. YARD NO. 1222 SHANGHAI WAIGAOQIAO) Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569633 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SONDOS (V2YL4) Chemical/Oil Tanker Antigua and Barbuda flag; Vessel Year of Build 2002; Vessel Registration Identification IMO 9268186; MMSI 305263000 (vessel) [IRAN-EO13902] (Linked To: OZARKA SHIPPING - FZCO).

SONG WON Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8613360 (vessel) [DPRK4] (Linked To: SONGWON SHIPPING & MANAGEMENT).

SONIA I (f.k.a. "AZALEA"; f.k.a. "SINA"; f.k.a. "SUNEAST") Crude Oil Tanker 164,154DWT 85,462GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357365 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SOUTH HILL 2 Sierra Leone flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8412467 (vessel) [DPRK] (Linked To: OCEAN MARITIME MANAGEMENT COMPANY LIMITED).

SOUTH HILL 5 Palau flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9138680 (vessel) [DPRK] (Linked To: OCEAN MARITIME MANAGEMENT COMPANY LIMITED).

SOUVENIR (f.k.a. DOJRAN; f.k.a. RAINBOW; a.k.a. SNOW; a.k.a. YARD NO. 1221 SHANGHAI WAIGAOQIAO) Crude Oil Tanker 318,000DWT 165,000GRT Panama flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569619 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SPAR (a.k.a. AKIN I; a.k.a. DAWN II) (3FHW2) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9185530; MMSI 374100000 (vessel) [SDGT] (Linked To: HASSALEH INTERNATIONAL COMPANY).

SPARTA Roll-on Roll-off 8,831GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9268710 (vessel) [RUSSIA-EO14024] (Linked To: SC SOUTH LLC).

SPARTA II Roll-on Roll-off 7,260GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9160994 (vessel) [RUSSIA-EO14024] (Linked To: OBORONLOGISTIKA OOO).

SPARTA III (a.k.a. URSA MAJOR) General Cargo 12,679GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9538892 (vessel) [RUSSIA-EO14024] (Linked To: SC SOUTH LLC).

SPARTA IV General Cargo 7,522GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9743033 (vessel) [RUSSIA-EO14024] (Linked To: SC SOUTH LLC).

SPASATEL KAREV (UBKI6) Salvage Ship Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9497531 (vessel) [RUSSIA-EO14024] [PEESA-EO14039] (Linked To: FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE).

SPIRIT OF CASPER (a.k.a. MARIA GRACE) (3E6116) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9224271; MMSI 352003872 (vessel) [IRAN-EO13846] (Linked To: RITA SHIPPING INC).

SPLENDOUR (f.k.a. BLACKSTONE; a.k.a. SALINA; f.k.a. SARV) (9HNZ9) Crude Oil Tanker 163,870DWT 85,462GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Seychelles; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357377; MMSI 249257000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SPOTLESS (f.k.a. LANTANA; a.k.a. SABITI; f.k.a. SANANDAJ) (5IM591) Crude Oil Tanker 159,681DWT 81,479GRT Panama flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9172040; MMSI 677049100 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ST. VITAMIN Pleasure Craft St. Vincent and the Grenadines flag (Beratex Group Limited); Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; MMSI 375311000 (vessel) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: BERATEX GROUP LIMITED).

STALINGRAD Russia flag; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9690212

(vessel) [UKRAINE-EO13685] (Linked To: TRANS-FLOT JSC).

STAR (5LAS4) Container Ship Liberia flag; Vessel Year of Build 2009; Vessel Registration Identification IMO 9436484; MMSI 636020787 (vessel) [IRAN-EO13902] (Linked To: MARVISE SMC DMCC).

STAR 18 (f.k.a. "SAM 5"; f.k.a. "THINH CUONG") General Cargo Vietnam flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9020015 (vessel) [DPRK4] (Linked To: THINH CUONG COMPANY LIMITED).

STAR 5 (EPPV7) Crude Oil Tanker Iran flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9150377; MMSI 422362100 (vessel) [SDGT] (Linked To: MOSHTAQ TEJARAT SANAT CO JSC).

STAR FOREST (VRWB4) Crude Oil Tanker Hong Kong flag; Vessel Registration Identification IMO 9237632; MMSI 477949100 (vessel) [IRAN-EO13902] (Linked To: LUCKY OCEAN SHIPPING LIMITED).

STAR MM (V2YT5) Crude Oil Tanker Antigua and Barbuda flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Year of Build 1999; Vessel Registration Identification IMO 9186625; MMSI 305077000 (vessel) [SDGT] (Linked To: TYBA SHIP MANAGEMENT DMCC; Linked To: STAR MM INC.).

STAR TWINKLE 6 (3E5173) Crude Oil Tanker Panama flag; Vessel Year of Build 2004; Vessel Registration Identification IMO 9256987; MMSI 352003519 (vessel) [IRAN-EO13902] (Linked To: STAR TWINKLE SHIPPING LIMITED).

STARK I (f.k.a. "CLOVE"; f.k.a. "SEMNAN"; f.k.a. "SPARROW") Crude Oil Tanker 159,681DWT 81,479GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9171450 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

STARLA (f.k.a. "ATLANTIS") Crude Oil Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569621 (vessel)

[IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

STELLA-MARIA (a.k.a. LADY MARIIA) Roll-on Roll-off 8,831GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9220641 (vessel) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

STELLAR ORACLE (a.k.a. SAINT LIGHT; a.k.a. YOUNG YONG) (8RAR1) Oil Products Tanker Guyana flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9194127; MMSI 750514000 (vessel) [SDGT] (Linked To: TECHNOLOGY BRIGHT INTERNATIONAL LIMITED).

STEPAN MAKAROV (UAOZ) Supply Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9753727; MMSI 273392530 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

STREAM (f.k.a. FORTUN; f.k.a. SONATA; a.k.a. YARD NO. 1222 SHANGHAI WAIGAOQIAO) Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569633 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

S-TROTTER Oil Products Tanker Panama flag; Vessel Registration Identification IMO 9216547 (vessel) [VENEZUELA-EO13850] (Linked To: LARGE RANGE LIMITED).

SUCCESS (8P2257) Products Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9333436; MMSI 314893000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

SUDAK Russia flag; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 8943155 (vessel) [UKRAINE-EO13685] (Linked To: TRANSPETROCHART CO LTD).

SULLANA (D6A3555) Crude Oil Tanker Comoros flag; Vessel Year of Build 2000; Vessel Registration Identification IMO 9180152; MMSI 306400000 (vessel) [IRAN-EO13902] (Linked To: SULLANA INC).

SUMMER 5 (f.k.a. EVERRICH 5) (3FLY5) Chemical/Oil Tanker Panama flag; Vessel Registration Identification IMO 9204805; MMSI 356746000 (vessel) [IRAN-EO13846] (Linked To: TRUONG PHAT LOC SHIPPING TRADING JOINT STOCK COMPANY).

SUNRISE (a.k.a. MARIA III) LPG Tanker Panama flag (NITC); Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9615092 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SUPERIOR (f.k.a. DAISY; a.k.a. SINOPA; f.k.a. SUSANGIRD) (5IM584) Crude Oil Tanker 159,681DWT 81,479GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tanzania; alt. Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9172038; MMSI 677048400 (vessel) [IRAN] [SDGT] (Linked To: NATIONAL IRANIAN TANKER COMPANY; Linked To: HOKOUL SAL OFFSHORE).

SURREY QUAYS (3E2363) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9350654; MMSI 352002589 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SURREY QUAYS COMPANY  LIMITED).

SUSANGIRD (f.k.a. DAISY; a.k.a. SINOPA; f.k.a. SUPERIOR) (5IM584) Crude Oil Tanker 159,681DWT 81,479GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tanzania; alt. Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9172038; MMSI 677048400 (vessel) [IRAN] [SDGT] (Linked To: NATIONAL IRANIAN TANKER COMPANY; Linked To: HOKOUL SAL OFFSHORE).

SV KONSTANTIN (UBUS4) General Cargo 4,860GRT Russia flag; Secondary sanctions

risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9203710; MMSI 273450880 (vessel) [RUSSIA-EO14024] (Linked To: ALFA-LIZING OOO).

SVYATOY KNYAZ VLADIMIR (UBUP4) Passenger Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9678238; MMSI 273393630 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ROSNEFTEFLOT).

SYMPHONY (8P2445) Chemical/Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9309588; MMSI 314947000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: FORNAX SHIP MANAGEMENT FZCO).

TABAN 1 Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9420368 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

TABUK Crude/Oil Products Tanker Togo flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8917467 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

TAE DONG GANG General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 7738656 (vessel) [DPRK].

TAGOR (3E2235) Crude Oil Tanker Panama flag; Vessel Year of Build 2005; Vessel Registration Identification IMO 9282481; MMSI 352002249 (vessel) [IRAN-EO13902] (Linked To: THE ZULU SHIPS MANAGEMENT AND OPERATION - SOLE PROPRIETORSHIP L.L.C.).

TAI HE (a.k.a. LAMD) (3E6106) Crude Oil Tanker Panama flag; Vessel Year of Build 2007; Vessel Registration Identification IMO 9320843; MMSI

352003859 (vessel) [IRAN-EO13902] (Linked To: HONG KONG PRIME TRADING CO., LIMITED).

TAIBOLA General Cargo 8,448GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9086253 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

TAIMYR General Cargo 7,949GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8821797 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

TALISMAN (8P2456) Products Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Year of Build 2006; Vessel Registration Identification IMO 9292060; MMSI 314956000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

TAMAR (f.k.a. HALISTIC; f.k.a. HAMOON; a.k.a. HENNA; f.k.a. LENA) (T2EQ4) Crude Oil Tanker 299,242DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212929; MMSI 572465210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

TAMBEY General Cargo 7,949GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9014872 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

TAMIA (VRXC8) Crude Oil Tanker Hong Kong flag; Other Vessel Flag China; Vessel Year of Build 2006; Vessel Registration Identification IMO 9315642; MMSI 477186300 (vessel) [VENEZUELA-EO13850] (Linked To: SINO MARINE SERVICES LIMITED).

TANGO (E5U3540) Yacht 2,083GRT Cook Islands flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 1010703; MMSI 518100626 (vessel) [RUSSIA-EO14024] (Linked To: VEKSELBERG, Viktor Feliksovich).

TANGO (8P2442) Products Tanker Barbados flag; Secondary sanctions risk: See Section 11

of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Year of Build 2006; Vessel Registration Identification IMO 9292058; MMSI 314944000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

TARADIS General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9245304 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

TASCA (3E2647) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9313149; MMSI 352002494 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SUNNE CO LIMITED).

TASCA (3E2647) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9313149; MMSI 352002494 (vessel) [IRAN-EO13846] (Linked To: BRECALIN HONG KONG CO LTD).

TASSOS (5LKI6) Crude Oil Tanker Liberia flag; Vessel Year of Build 2009; Vessel Registration Identification IMO 9408695; MMSI 636022764 (vessel) [IRAN-EO13902] (Linked To: THE ZULU SHIPS MANAGEMENT AND OPERATION - SOLE PROPRIETORSHIP L.L.C.).

TB ANPING (5LOW5) Container Ship Liberia flag; Vessel Year of Build 2002; Vessel Registration Identification IMO 9237084; MMSI 636023677 (vessel) [IRAN-EO13902] (Linked To: REEL SHIPPING L.L.C).

TENREACH (f.k.a. RAYEN) Container Ship Hong Kong flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820245 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

TEREPAIMA Crude Oil Tanker Venezuela flag; Vessel Registration Identification IMO 9552496 (vessel) [VENEZUELA-EO13884] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

TERIBERKA Hopper Barge 643GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8931748; MMSI 273913200 (vessel) [RUSSIA-EO14024] (Linked To: JOINT

STOCK COMPANY NORTHERN SHIPPING COMPANY).

TERIBERKA General Cargo 8,448GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9081291; MMSI 273211090 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

TERMEH Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9213399 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

TERSKIY BEREG General Cargo 8,448GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9081368 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

TETHIS 7 (T8A5145) Chemical/Products Tanker Palau flag; Vessel Year of Build 2004; Vessel Registration Identification IMO 9251896; MMSI 511101677 (vessel) [IRAN-EO13846] (Linked To: TETHIS SHIPPING CO).

TEX (5LEL8) Container Ship Liberia flag; Vessel Year of Build 2003; Vessel Registration Identification IMO 9246322; MMSI 636021547 (vessel) [IRAN-EO13902] (Linked To: MARVISE SMC DMCC).

THAE PYONG SAN Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9009085 (vessel) [DPRK3] (Linked To: THAEPHYONGSAN SHIPPING CO LTD).

THALIA III (3E3812) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9259197; MMSI 352002137 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SELENA LIVELY LIMITED).

THANASIS (T8A5167) Chemical/Products Tanker Palau flag; Vessel Year of Build 2004; Vessel Registration Identification IMO 9239989; MMSI 511101698 (vessel) [IRAN-EO13846] (Linked To: TETHIS SHIPPING CO).

THANE (T7BR8) Crude Oil Tanker San Marino flag; Vessel Year of Build 2002; Vessel Registration Identification IMO 9237228; MMSI 268246702 (vessel) [IRAN-EO13902] (Linked To: NISSHO LINES INCORPORATED).

THEMIS (3EFU8) Crude Oil Tanker Panama flag; Vessel Year of Build 2002; Vessel Registration Identification IMO 9264570; MMSI 353744000 (vessel) [IRAN-EO13902] (Linked To: THEMIS LIMITED).

THEODOROS; Vessel Registration Identification IMO 6421660 (vessel) [LIBYA3] (Linked To: ADJ TRADING LIMITED).

TIAN XIANG 16 Fishing Vessel China flag; Vessel Registration Identification IMO 8947553 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

TIAN XIANG 18 Fishing Vessel China flag; Vessel Registration Identification IMO 8603690 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

TIAN XIANG 7 Fishing Vessel China flag; Vessel Registration Identification IMO 8407802 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

TIAN XIANG 8 Fishing Vessel China flag; Vessel Registration Identification IMO 8430562 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

TIAN YU 7 Fishing Vessel China flag; Vessel Registration Identification IMO 8651283 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

TIAN YU 8 Fishing Vessel China flag; Vessel Registration Identification IMO 8651295 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

TIDAL RHYTHM (3E6978) Asphalt/Bitumen Tanker Panama flag; Vessel Year of Build 2004; Vessel Registration Identification IMO 9297101; MMSI 352004719 (vessel) [IRAN-EO13902] (Linked To: PHOENIX SHIP MANAGEMENT FZE).

TIFANI (T8A5110) Crude Oil Tanker Palau flag; Vessel Year of Build 2003; Vessel Registration Identification IMO 9273337; MMSI 511101651 (vessel) [IRAN-EO13846] (Linked To: ENSA SHIP MANAGEMENT PRIVATE LIMITED).

TIFON (CL2059) Tug 189GRT Cuba flag; Vessel Registration Identification IMO 7206512 (vessel) [CUBA].

TIKSY General Cargo 7,949GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8821802 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

TIMOFEY GUZHENKO (UBQF5) Crude Oil Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9372561; MMSI 273330620 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

TIMON (A8TH7) Container Ship Liberia flag; Vessel Year of Build 2009; Vessel Registration Identification IMO 9415844; MMSI 636021306 (vessel) [IRAN-EO13902] (Linked To: MARVISE SMC DMCC).

TINOS I (3E5261) LPG Tanker Panama flag; Vessel Registration Identification IMO 9969821; MMSI 352003638 (vessel) [IRAN-EO13902] (Linked To: PEARL PETROCHEMICAL FZE).

TIREX (3E5098) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9203772; MMSI 352002811 (vessel) [SDGT] (Linked To: BARCO SHIP MANAGEMENT INC).

TIS (UBXP4) Tug Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9817779; MMSI 273396740 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: RPK NORD LIMITED LIABILITY COMPANY).

TITAN (TJ03M) Crude Oil Tanker Unknown flag; Vessel Registration Identification IMO 9293741 (vessel) [IRAN-EO13902] (Linked To: SEAPALM SHIPPING LIMITED).

TIYARA (a.k.a. EMERALD) (EPUN7) Crude Oil Tanker; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9231224; MMSI 422471300 (vessel) [SDGT] (Linked To: MALLAH, Abdul Jalil).

TOA PAYOH (3E3823) Chemical/Oil Tanker Panama flag; Vessel Year of Build 2005; Vessel Registration Identification IMO 9298492; MMSI 352002149 (vessel) [IRAN-EO13902] (Linked To: THE ZULU SHIPS MANAGEMENT AND OPERATION - SOLE PROPRIETORSHIP L.L.C.).

TOBA (a.k.a. ANNICK; a.k.a. CARNATIC; a.k.a. KIONI) (8P2398) Crude Oil Tanker Barbados flag; Vessel Registration Identification IMO 9304655; MMSI 314926000 (vessel) [IRAN-EO13846] (Linked To: MAX MARITIME SOLUTIONS FZE).

TOLOU (EQOD) Crew/Supply Vessel 250DWT 178GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8318178 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

TOMIE (a.k.a. ATLANTIS MZ; a.k.a. CAILI STAR) (D604003) Crude Oil Tanker Unknown flag; Former Vessel Flag Comoros; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Year of Build 2000; Vessel Registration Identification IMO 9218181; MMSI 620800003 (vessel) [SDGT] (Linked To: ATLANTIS M. SHIPPING CO).

TONDA SOURCE (HP7673) Chemical/Oil Tanker Panama flag; Vessel Year of Build 1997; Vessel Registration Identification IMO 9127667; MMSI 371997000 (vessel) [IRAN-EO13846] (Linked To: PEACE WORTH SHIPPING CO., LIMITED).

TONG HUNG 1 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8661575 (vessel) [DPRK3] (Linked To: KOREA ZUZAGBONG MARITIME LTD).

TONG HUNG 5 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8151415 (vessel) [DPRK4] (Linked To: TONGHUNG SHIPPING & TRADING CO).

TONIL (a.k.a. PARAGON DAWN) (3E2323) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9307932; MMSI 352002482 (vessel) [IRAN-EO13902] (Linked To: LIGHTSHIP MANAGEMENT LTD).

TOPAZ (8P2459) Products Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Year of Build 2004; Vessel Registration Identification IMO 9292034; MMSI 314959000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

TOUR 2 Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9364112 (vessel) [SDGT] (Linked To: KHADIJA SHIP MANAGEMENT PRIVATE LIMITED).

TOUSKA Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9328900 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

TOWER RISE (a.k.a. TUSITALA) (C5J416) LPG Tanker Gambia flag; Vessel Year of Build 1992; Vessel Registration Identification IMO 8912546; MMSI 629009404 (vessel) [IRAN-EO13902] (Linked To: THASOS MARITIME AND TRADING S.A.).

TRIBILIN Tug Venezuela flag; Vessel Registration Identification IMO 9693240 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

TRIMA (E5U5250) Chemical/Products Tanker Cook Islands flag; Vessel Year of Build 2002; Vessel Registration Identification IMO 9252072; MMSI 518999269 (vessel) [IRAN-EO13846] (Linked To: DIMOND TOWN SHIPPING COMPANY).

TRINITY (a.k.a. TROPHY) (E5U4515) Chemical/Oil Tanker Cook Islands flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9220940; MMSI 518998535 (vessel) [SDGT] (Linked To: ECO MAX FZE).

TRIPLE SUCCESS (TRA025) Products Tanker Gabon flag; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9167148 (vessel) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

TRIS GAS (TJMC52) LPG Tanker Cameroon flag; Vessel Year of Build 1992; Vessel Registration Identification IMO 9041655; MMSI 613003596 (vessel) [IRAN-EO13902] (Linked To: WESER SHIPPING INC.).

TRITON Tug 161GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 7236141 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

TRIUMPH (8P2439) Products Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Year of Build 2007; Vessel Registration Identification IMO 9344033; MMSI 314943000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

TROPHY (a.k.a. TRINITY) (E5U4515) Chemical/Oil Tanker Cook Islands flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9220940; MMSI 518998535 (vessel) [SDGT] (Linked To: ECO MAX FZE).

TRUGEN (D6IJ7) Oil Products Tanker Comoros flag; Vessel Year of Build 2000; Vessel Registration Identification IMO 9200861; MMSI 616999482 (vessel) [IRAN-EO13846] (Linked To: ETIHAD ENGINEERING AND MARINE SERVICES FZC).

TRUST (8P2453) Products Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Year of Build 2008; Vessel Registration Identification IMO 9382798; MMSI 314953000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

TULAR (f.k.a. HAPPINESS; a.k.a. HAPPINESS I; f.k.a. HENGAM; f.k.a. LOYAL) (T2ER4) Crude Oil Tanker 299,214DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; alt. Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9212905; MMSI 256875000 (vessel) [IRAN] [SDGT] (Linked To: NATIONAL IRANIAN TANKER COMPANY; Linked To: HOKOUL SAL OFFSHORE).

TULIP (TJM0150) LPG Tanker Cameroon flag; Vessel Year of Build 1990; Vessel Registration Identification IMO 8912558; MMSI 613467106 (vessel) [IRAN-EO13902] (Linked To: JULIET TRADING LIMITED).

TULIP BZ (a.k.a. SARAH) (D604004) LPG Tanker Unknown flag; Former Vessel Flag Comoros; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Year of Build 1993; Vessel Registration Identification IMO 9014420; MMSI 620800004 (vessel) [SDGT] (Linked To: ZAAS SHIPPING & TRADING CO).

TURACO (3E4698) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9247780; MMSI 352002942 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: SINO SHIP MANAGEMENT COMPANY LIMITED).

TURUKHAN General Cargo 8,448GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9081332 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

TUSITALA (a.k.a. TOWER RISE) (C5J416) LPG Tanker Gambia flag; Vessel Year of Build 1992; Vessel Registration Identification IMO 8912546; MMSI 629009404 (vessel) [IRAN-EO13902] (Linked To: THASOS MARITIME AND TRADING S.A.).

TYCHE I (3E5017) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9247390; MMSI 352002704 (vessel) [IRAN-EO13846] (Linked To: DELNAZ SHIP MANAGEMENT SDN BHD).

TYMEN (UBIK8) Chemical/Oil Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9422653; MMSI 273334570 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMNEFT MARINE BUNKER LIMITED LIABILITY COMPANY).

UL JI BONG 6 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9114555 (vessel) [DPRK4] (Linked To: CK INTERNATIONAL LTD).

ULA (TCA7252) Bulk Carrier Turkey flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9780940 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

ULYSSES 1 (a.k.a. DESTINY) Crude Oil Tanker Iran flag; Former Vessel Flag Liberia; alt. Former Vessel Flag Mongolia; alt. Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9177155 (vessel) [IRAN] [SDGT] (Linked To: NATIONAL IRANIAN TANKER COMPANY; Linked To: HOKOUL SAL OFFSHORE).

UMBA (UEIW) Floating Storage Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9196620; MMSI 273387920 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: RPK NORD LIMITED LIABILITY COMPANY).

UMKA (UBXP5) Offshore Tug Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9171620 (vessel) [RUSSIA-EO14024] [PEESA-EO14039] (Linked To: FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE).

UN RYUL Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8514409 (vessel) [DPRK4] (Linked To: KOREA MARINE & INDUSTRIAL TRDG).

UNIVERSAL (8P2454) Chemical/Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Year of Build 2009; Vessel Registration Identification IMO 9384306; MMSI 314954000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

UPMAN (a.k.a. BARON; a.k.a. DARAN) (8RCB2) Chemical/Products Tanker Guyana flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9080493; MMSI 667001798 (vessel) [SDGT] (Linked To: PEARL SHIPPING & TRADING LTD).

URANUS (a.k.a. AZTEC; a.k.a. NECLEUS) (D5YQ2) Crude Oil Tanker Tanzania flag; Other Vessel Flag Liberia; Vessel Year of Build 2002; Vessel Registration Identification IMO 9248485; MMSI 636014160 (vessel) [IRAN-EO13902] (Linked To: SHAMKHANI, Mohammad Hossein).

URDANETA Tug Venezuela flag; Vessel Registration Identification IMO 7912111 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

URGANE I (3FUU7) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9231901; MMSI 370207000 (vessel) [IRAN-EO13902] (Linked To: NYCITY SHIPMANAGEMENT CO LTD).

URSA MAJOR (a.k.a. SPARTA III) General Cargo 12,679GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9538892 (vessel) [RUSSIA-EO14024] (Linked To: SC SOUTH LLC).

UTRENNIY General Cargo 12,936GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9347059 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

UZE (5LHB3) Chemical/Oil Tanker Liberia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9323338; MMSI 636022072 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

VAFA (UFZS) General Cargo 1,575GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Year of Build 1984; Vessel Registration Identification IMO 8422670 (vessel) [RUSSIA-EO14024] (Linked To: VAFA WHOLESALE LTD).

VAFA-1 (UHCT) General Cargo 1,570GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel

Year of Build 1984; Vessel Registration Identification IMO 8422682 (vessel) [RUSSIA-EO14024] (Linked To: VAFA WHOLESALE LTD).

VALENTE (T8A4170) Crude Oil Tanker Palau flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Year of Build 2005; Vessel Registration Identification IMO 9298272; MMSI 511100949 (vessel) [SDGT] (Linked To: BEST WAY TANKER CORP).

VALENTIN EMIROV General Cargo 4,110GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8866591 (vessel) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

VALENTIN PIKUL (UAAA2) Crude Oil Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9885879; MMSI 273259920 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ROSNEFTEFLOT).

VALFAJR2 (EQOX) Tug 650DWT 419GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8400103 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

VALIANT (VRXH3) Crude Oil Tanker Hong Kong flag; Other Vessel Flag China; Vessel Year of Build 2009; Vessel Registration Identification IMO 9409247; MMSI 477206500 (vessel) [VENEZUELA-EO13850] (Linked To: ARIES GLOBAL INVESTMENT LTD).

VALOR (f.k.a. HARSIN; a.k.a. HASNA; f.k.a. "MARINA") (5IM600) Crude Oil Tanker 299,229DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212917; MMSI 677050000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

VALOUR (3E6071) Products Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9832559; MMSI 352003207 (vessel)

[UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PROMINENT SHIPMANAGEMENT LIMITED).

VANGUARD (8P2469) Crude Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9311622; MMSI 314967000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STREAM SHIP MANAGEMENT FZCO).

VANI (a.k.a. NEREIDES) (T7BR2) Crude Oil Tanker San Marino flag; Vessel Year of Build 2004; Vessel Registration Identification IMO 9264881; MMSI 268246102 (vessel) [IRAN-EO13902] (Linked To: MARVISE SMC DMCC).

VANITY (a.k.a. BLISSFUL SEA) (T7BL8) Crude Oil Tanker San Marino flag; Vessel Registration Identification IMO 9371608; MMSI 268241802 (vessel) [IRAN-EO13902] (Linked To: YURIMAGUAS LTD).

VASILY DINKOV (UEVN) Crude Oil Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9372547; MMSI 273345020 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

VASILY LANOVOY (UBOZ8) Chemical/Products Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9621601 (vessel) [RUSSIA-EO14024] (Linked To: TRANSSTROY LIMITED LIABILITY COMPANY).

VELIKIY NOVGOROD (8P2422) LNG Carrier Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9630004; MMSI 314928000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

VENTURE (3E7423) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or

589.209; Vessel Registration Identification IMO 9832547; MMSI 352003251 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PROMINENT SHIPMANAGEMENT LIMITED).

VENUS 7 (a.k.a. FENGSHUN) (H9ZK) LPG Tanker Eswatini flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9007386; MMSI 374350000 (vessel) [SDGT] (Linked To: KAI HENG LONG GLOBAL ENERGY LIMITED).

VERONICA III (3E2317) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9326055; MMSI 352002475 (vessel) [IRAN-EO13902] (Linked To: SHANGHAI FUTURE SHIP MANAGEMENT CO LTD).

VESNA (V3MD7) Crude Oil Tanker Belize flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9233349; MMSI 312242000 (vessel) [UKRAINE-EO13662] [IRAN-EO13902] [RUSSIA-EO14024] (Linked To: SHANGHAI LEGENDARY SHIP MANAGEMENT COMPANY LIMITED; Linked To: DANIKA ROBERT LIMITED).

VETER (TJMC657) Crude Oil Tanker Cameroon flag; Vessel Year of Build 2002; Vessel Registration Identification IMO 9233739; MMSI 613699000 (vessel) [IRAN-EO13846] (Linked To: FLUXUS MARINE INC).

VIANA General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9010723 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

VICSCENE (a.k.a. GLOBAL HARVEST) (8PAA6) Crude Oil Tanker Barbados flag; Vessel Year of Build 2004; Vessel Registration Identification IMO 9290775; MMSI 314857000 (vessel) [IRAN-EO13846] (Linked To: ALL WIN SHIPPING MANAGEMENT LIMITED).

VICTOR ANDRYUKHIN (UBIV4) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9922110 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

VICTOR KONETSKY (3E4134) Shuttle Tanker Panama flag; Secondary sanctions risk: See

Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9301421; MMSI 352002197 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

VICTORIA (S9Z6) LPG Tanker Sao Tome and Principe flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9113379; MMSI 668116259 (vessel) [SDGT] (Linked To: KAI HENG LONG GLOBAL ENERGY LIMITED).

VICTORY 2 Mongolia flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8312227 (vessel) [DPRK3] (Linked To: KOREAN BUYON SHIPPING CO. LTD.).

VICTORY ARI (V2YR4) Chemical/Oil Tanker Antigua and Barbuda flag; Vessel Year of Build 2005; Vessel Registration Identification IMO 9290919; MMSI 305049000 (vessel) [IRAN-EO13902] (Linked To: OZARKA SHIPPING - FZCO).

VIGOR (H9ZT) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9262156; MMSI 356605000 (vessel) [IRAN-EO13846] (Linked To: GALAXY MANAGEMENT NV).

VIKTOR BAKAEV (D5BN6) Crude Oil Tanker Liberia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9610810; MMSI 636015565 (vessel) [RUSSIA-EO14024] (Linked To: STREYMOY SHIPPING LIMITED).

VIKTOR TITOV (3E4141) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9301407; MMSI 352002204 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

VIKTOR ZABELIN General Cargo 6,204GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9210256 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

VIKTORIA SHAIN (a.k.a. ANASTASIIA) General Cargo 9,611GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9349291 (vessel) [RUSSIA-EO14024] (Linked To: MG-FLOT LIMITED LIABILITY COMPANY).

VIOLA (3EHD8) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9254915; MMSI 354951000 (vessel) [IRAN-EO13902] (Linked To: SEA BREEZE SHIPPING INC).

VIOLET 1 (3FFR8) Crude/Oil Products Tanker Panama flag; Vessel Registration Identification IMO 9154000; MMSI 352900000 (vessel) [IRAN-EO13846] (Linked To: IMS LTD).

VIRGO (C5J448) Crude Oil Tanker Gambia flag; Vessel Registration Identification IMO 9236250; MMSI 629009436 (vessel) [IRAN-EO13846] (Linked To: RISING PHOENIX PROVIDER NV).

VISTA General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9010711 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

VITA I (H3OV) Crude Oil Tanker Panama flag; Vessel Year of Build 2003; Vessel Registration Identification IMO 9241114; MMSI 352439000 (vessel) [IRAN-EO13902] (Linked To: SINOPER SHIPPING CO).

VITUS BERING (UBGJ9) Supply Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9613549; MMSI 273358680 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

VIZURI (TJMC707) Crude Oil Tanker Cameroon flag; Vessel Year of Build 2000; Vessel Registration Identification IMO 9197909; MMSI 613742000 (vessel) [IRAN-EO13902] (Linked To: EGIR SHIPPING LTD).

VLADIMIR ARSENYEV (3E4140) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9901025; MMSI 352002203 (vessel) [UKRAINE-EO13662] [RUSSIA-

EO14024] (Linked To: STREAM SHIP MANAGEMENT FZCO).

VLADIMIR LATYSHEV (UBEV8) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9921996 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

VLADIMIR MONOMAKH (UBUT6) Crude Oil Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9842176; MMSI 273211040 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ROSNEFTEFLOT).

VLADIMIR VINOGRADOV (UBTV8) Crude Oil Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9842188; MMSI 273295230 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ROSNEFTEFLOT).

VLADISLAV STRIZHOV (a.k.a. ANTEY) (UEKQ) Anchor Handling Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9310018 (vessel) [RUSSIA-EO14024] [PEESA-EO14039] (Linked To: LLC KOKSOKHIMTRANS; Linked To: JOINT STOCK COMPANY ARDAL).

VOLANS (a.k.a. NEW MILOS) (8PDO3) Crude Oil Tanker Barbados flag; Vessel Registration Identification IMO 9422988; MMSI 314679000 (vessel) [IRAN-EO13902] (Linked To: BRITNEY RYDER LIMITED).

VORAS (TJM8VO) Crude Oil Tanker Cameroon flag; Vessel Registration Identification IMO 9203265; MMSI 613916701 (vessel) [IRAN-EO13846] (Linked To: GLAZING FUTURE MANAGEMENT NV).

VOSTOCHNY PROSPECT (UBEZ2) LNG Carrier Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9866392; MMSI 273611590 (vessel) [UKRAINE-EO13662] [RUSSIA-

EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

VOY (S9A3175) Crude Oil Tanker Sao Tome and Principe flag; Vessel Year of Build 2000; Vessel Registration Identification IMO 9222443; MMSI 668116375 (vessel) [IRAN-EO13902] (Linked To: HOZDRA GROUP LIMITED).

VOYAGER (8P2374) Crude Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9843560; MMSI 314906000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STREAM SHIP MANAGEMENT FZCO).

VOYAGER (f.k.a. ELITE; f.k.a. NAPOLI; a.k.a. NAVARZ; f.k.a. NOAH) (T2DQ4) Crude Oil Tanker 298,731DWT 156,809GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079078; MMSI 572441210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

VOYAGER HAVEN (3E6786) Chemical/Products Tanker Panama flag; Vessel Year of Build 2004; Vessel Registration Identification IMO 9271896; MMSI 352004496 (vessel) [IRAN-EO13902] (Linked To: PHOENIX SHIP MANAGEMENT FZE).

VYACHESLAV ARSHINOV (UBGX2) General Cargo Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9945136 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

VYACHESLAV TIKHONOV (UBSH6) Research Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9538115; MMSI 273350140 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

VYAZ (UBXQ5) Tug Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209;

Vessel Registration Identification IMO 9804057; MMSI 273418480 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: RPK NORD LIMITED LIABILITY COMPANY).

WANJI (3EQC8) Chemical/Products Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9215103; MMSI 351309000 (vessel) [SDGT] (Linked To: BARCO SHIP MANAGEMENT INC).

WARTA Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9465849 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

WEI FENG (3E4609) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9388754; MMSI 352002820 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: XINGFU HAI SHIPPING LIMITED).

WEN YAO (E5U5189) Crude Oil Tanker Cook Islands flag; Vessel Registration Identification IMO 9288095; MMSI 518999208 (vessel) [IRAN-EO13846] (Linked To: HARRY VICTOR SHIP MANAGEMENT AND OPERATION L.L.C).

WHITE CRANE (HOA6213) Crude Oil Tanker Panama flag; Vessel Year of Build 2007; Vessel Registration Identification IMO 9323429; MMSI 352003199 (vessel) [VENEZUELA-EO13850] (Linked To: MYRA MARINE LIMITED).

WHITE SHARK (T7DB9) LPG Tanker San Marino flag; Vessel Year of Build 1998; Vessel Registration Identification IMO 9155626; MMSI 268257103 (vessel) [IRAN-EO13846] (Linked To: MARS OCEANWAY INC).

WHITE WHALE (H9HR) Crude/Oil Products Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9230426; MMSI 374932000 (vessel) [SDGT] (Linked To: GREAT SUCCESS SHIPPING CO).

WON SAN 2 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations

section 510.214; Vessel Registration Identification IMO 9159787 (vessel) [DPRK4] (Linked To: YUSONG SHIPPING CO).

WOORY STAR Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8408595 (vessel) [DPRK4] (Linked To: PHYONGCHON SHIPPING & MARINE).

WORLD COURAGE (3EZV5) Chemical/Products Tanker Panama flag; Vessel Year of Build 2005; Vessel Registration Identification IMO 9289740; MMSI 356027000 (vessel) [IRAN-EO13846] (Linked To: TETHIS SHIPPING CO).

WORLD PERFORMANCE (E5U5039) Chemical/Products Tanker Cook Islands flag; Vessel Year of Build 2005; Vessel Registration Identification IMO 9301005; MMSI 518999058 (vessel) [IRAN-EO13846] (Linked To: TETHIS SHIPPING CO).

WORLD PROGRESS (E5U5475) Chemical/Products Tanker Cook Islands flag; Vessel Year of Build 2005; Vessel Registration Identification IMO 9300996; MMSI 518999494 (vessel) [IRAN-EO13846] (Linked To: TETHIS SHIPPING CO).

WU XIAN Crude Oil Tanker Panama flag; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9102239 (vessel) [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN OIL COMPANY).

XANTE (3E2584) Asphalt/Bitumen Tanker Panama flag; Vessel Year of Build 2010; Vessel Registration Identification IMO 9554834; MMSI 352001745 (vessel) [IRAN-EO13902] (Linked To: XANTE LINE INC.).

XIN GUANG HAI 7,067DWT; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9004700 (vessel) [DPRK4] (Linked To: WEIHAI WORLD-SHIPPING FREIGHT).

YA QING HAI YANG (a.k.a. OCEAN 28) (3E6850) General Cargo Panama flag; Secondary sanctions risk: See Section 11 of

Executive Order 14024.; Vessel Registration Identification IMO 1021570 (vessel) [RUSSIA-EO14024] (Linked To: HONGKONG YAQING SHIPPING CO LIMITED).

YAGHOUB (EQOE) Platform Supply Ship 950DWT 1,019GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8316168; MMSI 422150000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

YAMUNA (a.k.a. ARGO) (E5U5133) Oil Products Tanker Cook Islands flag; Vessel Registration Identification IMO 9572111; MMSI 518999152 (vessel) [IRAN-EO13846] (Linked To: SEA ROUTE SHIP MANAGEMENT FZE).

YANG GAK DO Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 6401828 (vessel) [DPRK4] (Linked To: KOREA RUNGRADO SHIPPING CO).

YANNIS (a.k.a. SALVIA) (T7BJ6) Crude Oil Tanker San Marino flag; Vessel Registration Identification IMO 9297319; MMSI 268240702 (vessel) [IRAN-EO13846] (Linked To: MAX MARITIME SOLUTIONS FZE).

YARAN Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9420370 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

YARD NO. 1221 SHANGHAI WAIGAOQIAO (f.k.a. DOJRAN; f.k.a. RAINBOW; a.k.a. SNOW; f.k.a. SOUVENIR) Crude Oil Tanker 318,000DWT 165,000GRT Panama flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569619 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

YARD NO. 1222 SHANGHAI WAIGAOQIAO (f.k.a. FORTUN; f.k.a. SONATA; a.k.a. STREAM) Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569633 (vessel)

[IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

YARD NO. 455 IRAN MARINE (a.k.a. IMICO NEKA 455) Shuttle Tanker 63,000DWT 40,800GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9404546 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

YARD NO. 9918779 ZVEZDA-DSME (a.k.a. ZVEZDA 046) LNG Carrier Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9918779 (vessel) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY SHIPBUILDING COMPLEX ZVEZDA).

YARD NO. 9918781 ZVEZDA-DSME (a.k.a. ZVEZDA 047) LNG Carrier Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9918781 (vessel) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY SHIPBUILDING COMPLEX ZVEZDA).

YARD NO.131040 ZVEZDA-DSME Crew/Supply Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9842205 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ROSNEFTEFLOT).

YARD NO.131080 ZVEZDA-DSME Crude Oil Tanker Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9908994 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ROSNEFTEFLOT).

YARD NO.2655 HYUNDAI M.D. (a.k.a. HYUNDAI MIPO 2655) Products Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820312 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

YARD NO.2656 HYUNDAI M.D. (a.k.a. HYUNDAI MIPO 2656) Products Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820324 (vessel) [IRAN]

[NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

YARD NO.2657 HYUNDAI M.D. (a.k.a. HYUNDAI MIPO 2657) Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820336 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

YARE Crude Oil Tanker Venezuela flag; Vessel Registration Identification IMO 9543500 (vessel) [VENEZUELA-EO13884] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

YATEEKA (TRAO8) Chemical/Products Tanker Gabon flag; Vessel Registration Identification IMO 9191553; MMSI 626246000 (vessel) [IRAN-EO13846] (Linked To: BSM MARINE LIMITED LIABILITY PARTNERSHIP).

YAZ Russia flag; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9735323 (vessel) [UKRAINE-EO13685] (Linked To: TRANSPETROCHART CO LTD).

YEVGENY PRIMAKOV (UAUH) Supply Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9753741; MMSI 273412440 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

YING GE (a.k.a. CASINOVA) (8P2583) Crude Oil Tanker Barbados flag; Vessel Registration Identification IMO 9280366; MMSI 314001045 (vessel) [IRAN-EO13902] (Linked To: LE MONDE MARINE SERVICES LIMITED).

YODAN (a.k.a. HERA 1) (YJQZ9) Crude Oil Tanker Vanuatu flag; Vessel Year of Build 2005; Vessel Registration Identification IMO 9304356; MMSI 577006000 (vessel) [IRAN-EO13902] (Linked To: BACKSTREET PALM CORP).

YOGI (D5ZZ2) Container Ship Liberia flag; Vessel Year of Build 2006; Vessel Registration Identification IMO 9307009; MMSI 636020609 (vessel) [IRAN-EO13902] (Linked To: MARVISE SMC DMCC).

YONG XIANG 29 Chemical/Products Tanker China flag; Vessel Registration Identification IMO 8744107; MMSI 412437840 (vessel) [IRAN-EO13846] (Linked To: SHANGHAI XUANRUN SHIPPING COMPANY LIMITED).

YONG XIN Chemical/Products Tanker Hong Kong flag; Vessel Registration Identification IMO 9203930; MMSI 477237100 (vessel) [IRAN-EO13846] (Linked To: SHANGHAI XUANRUN SHIPPING COMPANY LIMITED).

YONGHENG OCEAN (8PZW8) Chemical/Oil Tanker Barbados flag; Vessel Year of Build 2002; Vessel Registration Identification IMO 9234472; MMSI 314001129 (vessel) [IRAN-EO13846] (Linked To: SHANGHAI QIZHANG SHIP MANAGEMENT CO., LTD.).

YOOSHI DOODA (a.k.a. ALPHA GAS; a.k.a. CAPTOON 2; a.k.a. GITTA GAS; a.k.a. JUNO GAS) (51M771) Tanzania flag; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Other Vessel Flag Panama; alt. Other Vessel Flag Isle of Man; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 8817693; MMSI 677067100 (vessel) [SDGT] (Linked To: HIZBALLAH).

YORACO Tug Venezuela flag; Vessel Registration Identification IMO 9688790 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

YORGOS (a.k.a. ARTURA; a.k.a. OHAR) (8RCL2) Crude Oil Tanker Sint Maarten flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9150365; MMSI 750177000 (vessel) [SDGT] (Linked To: CAP TEES SHIPPING CO., LIMITED).

YOUNES (EQYY) Platform Supply Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8212465 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

YOUNG YONG (a.k.a. SAINT LIGHT; a.k.a. STELLAR ORACLE) (8RAR1) Oil Products Tanker Guyana flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9194127; MMSI 750514000 (vessel) [SDGT] (Linked To: TECHNOLOGY BRIGHT INTERNATIONAL LIMITED).

YOUSEF (EQOG) Offshore Tug/Supply Ship 1,050DWT 584GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8316106; MMSI 422144000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

YU JONG 2 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8604917 (vessel) [DPRK4] (Linked To: KOREA YUJONG SHIPPING CO LTD).

YU PHYONG 5 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8605026 (vessel) [DPRK4] (Linked To: KOREA MYONGDOK SHIPPING CO).

YU SON Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8691702 (vessel) [DPRK4] (Linked To: MYOHYANG SHIPPING CO).

YU SONG 12 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9096791 (vessel) [DPRK4] (Linked To: YUSONG SHIPPING CO).

YU SONG 7 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8400854 (vessel) [DPRK4] (Linked To: YUSONG SHIPPING CO).

YUG (a.k.a. "MUR") (D6A3316) Crude Oil Tanker Comoros flag; Vessel Year of Build 2005; Vessel Registration Identification IMO 9288875; MMSI 620999317 (vessel) [IRAN-EO13902] (Linked To: YUG SHIPPING INC.).

YUK TUNG; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9030591 (vessel) [DPRK4] (Linked To: YUK TUNG ENERGY PTE LTD).

YURI (a.k.a. SOMERSET) (E5U5230) Crude Oil Tanker Cook Islands flag; Vessel Registration Identification IMO 9235737; MMSI 518999249 (vessel) [IRAN-EO13902] (Linked To: YURIMAGUAS LTD).

YURI BABAEV (UBPW4) Research Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9912696 (vessel) [RUSSIA-EO14024] (Linked To: FEDERAL STATE UNITARY ENTERPRISE HYDROGRAPHIC COMPANY).

YURI SENKEVICH (3E4135) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9301419; MMSI 352002198 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STREAM SHIP MANAGEMENT FZCO).

YURY TOPCHEV (a.k.a. HERMES) (UFYE) Offshore Tug/Supply Ship Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9338230 (vessel) [RUSSIA-EO14024] [PEESA-EO14039] (Linked To: LLC KOKSOKHIMTRANS; Linked To: JOINT STOCK COMPANY ARDAL).

YUZHMORGEOLOGIYA (UBSZ) Research Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Year of Build 1985; Vessel Registration Identification IMO 8724482 (vessel) [RUSSIA-EO14024] (Linked To: YUZHMORGEOLOGIYA AO).

ZA RYOK 2 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8898738 (vessel) [DPRK4] (Linked To: YUSONG SHIPPING CO).

ZAFAR (a.k.a. AM THESEUS) (UBKZ6) Bulk Carrier Russia flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9720263; MMSI 273254900 (vessel) [SDGT] (Linked To: AM ASIA M6 LTD).

ZAGOR (5LAV8) Container Ship Liberia flag; Vessel Year of Build 2006; Vessel Registration Identification IMO 9313242; MMSI 636020813 (vessel) [IRAN-EO13902] (Linked To: MARVISE SMC DMCC).

ZAKAMSK (UBBT3) General Cargo 2,406GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Year of Build 1966; Vessel Registration Identification IMO 8951413 (vessel) [RUSSIA-EO14024] (Linked To: SEA RIVER SERVICE LIMITED LIABILITY COMPANY).

ZALE (a.k.a. IKARA) (3E3740) Crude Oil Tanker Panama flag; Vessel Year of Build 2006; Vessel Registration Identification IMO 9321718; MMSI 352001929 (vessel) [IRAN-EO13902] (Linked To: ZALE SHIPPING INC.).

ZALIV AMERIKA (3E7520) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9354301; MMSI 352003366 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

ZALIV AMURSKIY (3E7519) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9354313; MMSI 352003364 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

ZALIV ANIVA (3E3486) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9418494; MMSI 352002209 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

ZALIV BAIKAL (3E4131) Shuttle Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9360128; MMSI 352002194 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

ZALIV VOSTOK (3E4133) Crude Oil Tanker Panama flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9360130; MMSI 352002196 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

ZARDIS Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9349679 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ZEAL (TRAM4) Oil Products Tanker Gabon flag; Vessel Year of Build 2017; Vessel Registration Identification IMO 9486805; MMSI 626017000 (vessel) [IRAN-EO13846] (Linked To: ETIHAD ENGINEERING AND MARINE SERVICES FZC).

ZENITH (8P2448) Crude Oil Tanker Barbados flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; alt. Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9610781; MMSI 314950000 (vessel) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

ZEPHYR I (f.k.a. ZHEN I) Crude Oil Tanker Panama flag; Former Vessel Flag Palau; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9255880; MMSI 511100663 (vessel) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

ZEUS (9H5319) Fishing Vessel Malta flag; Vessel Registration Identification IMO 8799619 (vessel) [LIBYA3] (Linked To: ANDREA MARTINA LIMITED).

ZEUS (f.k.a. HADI; a.k.a. HERO II; f.k.a. PIONEER) (T2EJ4) Crude Oil Tanker 317,355DWT 163,650GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362073; MMSI 572459210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ZEVS (TJMC822) Crude Oil Tanker Cameroon flag; Vessel Year of Build 1999; Vessel Registration Identification IMO 9168946; MMSI 613833000 (vessel) [IRAN-EO13846] (Linked To: ELYSIAN HORIZON CORP).

ZEYA (UHMI) Container Ship Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9118355 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

ZHEN I (a.k.a. ZEPHYR I) Crude Oil Tanker Panama flag; Former Vessel Flag Palau; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9255880; MMSI 511100663 (vessel) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

ZOMOROUD Passenger Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Other Vessel Type Roll-on Roll-off; Vessel Registration Identification IMO 9138044 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ZVEZDA 044 LNG Carrier Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9904699 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

ZVEZDA 045 LNG Carrier Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9904704 (vessel) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY SHIPBUILDING COMPLEX ZVEZDA).

ZVEZDA 046 (a.k.a. YARD NO. 9918779 ZVEZDA-DSME) LNG Carrier Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9918779 (vessel) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY

COMPANY SHIPBUILDING COMPLEX ZVEZDA).

ZVEZDA 047 (a.k.a. YARD NO. 9918781 ZVEZDA-DSME) LNG Carrier Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9918781 (vessel) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY SHIPBUILDING COMPLEX ZVEZDA).

"ABADEH" (a.k.a. ARK III; f.k.a. "ARK"; f.k.a. "CRYSTAL"; f.k.a. "SUNDIAL") Crude/Oil Products Tanker 99,030DWT 56,068GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187655 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"ALPHA" (f.k.a. ABADAN; a.k.a. ARTAVIL; f.k.a. SHONA) (T2EU4) Crude/Oil Products Tanker 99,144DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag None Identified; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187629; MMSI 572469210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"ANA I" (a.k.a. EBANO; f.k.a. "SAND SWAN") General Cargo 2,595DWT 1,865GRT Panama flag; Vessel Registration Identification IMO 7406784 (vessel) [CUBA].

"ARK" (a.k.a. ARK III; f.k.a. "ABADEH"; f.k.a. "CRYSTAL"; f.k.a. "SUNDIAL") Crude/Oil Products Tanker 99,030DWT 56,068GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187655 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"ATLANTIS" (a.k.a. STARLA) Crude Oil Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569621 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"AZALEA" (a.k.a. SONIA I; f.k.a. "SINA"; f.k.a. "SUNEAST") Crude Oil Tanker 164,154DWT 85,462GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357365 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"BAIKAL" (a.k.a. SEVIN; f.k.a. "BLOSSOM"; f.k.a. "SANA"; f.k.a. "SIMA"; f.k.a. "SUCCESS") Crude Oil Tanker 164,154DWT 85,462GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357353 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"BALT. ISSLEDOVATEL" (a.k.a. BALTIYSKIY ISSLEDOVATEL; a.k.a. "BALTIC EXPLORER") (UBAQ4) Supply Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9572020 (vessel) [RUSSIA-EO14024] [PEESA-EO14039] (Linked To: FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE).

"BALTIC EXPLORER" (a.k.a. BALTIYSKIY ISSLEDOVATEL; a.k.a. "BALT. ISSLEDOVATEL") (UBAQ4) Supply Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9572020 (vessel) [RUSSIA-EO14024] [PEESA-EO14039] (Linked To: FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE).

"BELEMA LIGHT CRUDE" (a.k.a. NAROON; f.k.a. "MAHARLIKA"; f.k.a. "NOOR") Crude Oil Tanker 298,732DWT 156,809GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079066 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"BLOSSOM" (a.k.a. SEVIN; f.k.a. "BAIKAL"; f.k.a. "SANA"; f.k.a. "SIMA"; f.k.a. "SUCCESS") Crude Oil Tanker 164,154DWT 85,462GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357353 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"CAMELLIA" (a.k.a. SANAN; f.k.a. "SAVEH"; f.k.a. "SOL"; f.k.a. "SWALLOW") Crude Oil Tanker 159,758DWT 81,479GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9171462 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"CARNATION" (a.k.a. SEA STAR III; f.k.a. "SAFE"; a.k.a. "SEASTAR III"; f.k.a. "SUNSHINE"; a.k.a. "YARD NO. 1220 SHANGHAI WAIGAOQIAO") Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Additional

Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569205 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"CHRISTINA" (a.k.a. AMOL; a.k.a. ARGO 1; a.k.a. ARGO I; a.k.a. CASTOR; a.k.a. SILVER CLOUD) (T2EM4) Crude/Oil Products Tanker 99,094DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187667 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"CLOVE" (a.k.a. STARK I; f.k.a. "SEMNAN"; f.k.a. "SPARROW") Crude Oil Tanker 159,681DWT 81,479GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9171450 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"CRYSTAL" (a.k.a. ARK III; f.k.a. "ABADEH"; f.k.a. "ARK"; f.k.a. "SUNDIAL") Crude/Oil Products Tanker 99,030DWT 56,068GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187655 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"DEMOS" (a.k.a. DANIEL) Crude Oil Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569683 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"DENA" (a.k.a. IRIS DENA) Frigate Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 4743313 (vessel) [IRAN].

"DOVE" (a.k.a. HAWK; f.k.a. "HONAR"; f.k.a. "HORSE"; f.k.a. "JANUS"; f.k.a. "VICTORY") Crude Oil Tanker 317,367DWT 163,660GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362061 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"FORTUNA" (a.k.a. FIONA) (UBDP8) Service Vessel Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 8674156 (vessel) [CAATSA - RUSSIA] [RUSSIA-EO14024] [PEESA-EO14039] (Linked To: KVT-RUS).

"GLORY" (f.k.a. HATEF; a.k.a. HUGE; f.k.a. MAJESTIC) (T2EG4) Crude Oil Tanker 317,367DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357183; MMSI 212256000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"HONAR" (a.k.a. HAWK; f.k.a. "DOVE"; f.k.a. "HORSE"; f.k.a. "JANUS"; f.k.a. "VICTORY") Crude Oil Tanker 317,367DWT 163,660GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362061 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"HORSE" (a.k.a. HAWK; f.k.a. "DOVE"; f.k.a. "HONAR"; f.k.a. "JANUS"; f.k.a. "VICTORY") Crude Oil Tanker 317,367DWT 163,660GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362061 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"JANUS" (a.k.a. HAWK; f.k.a. "DOVE"; f.k.a. "HONAR"; f.k.a. "HORSE"; f.k.a. "VICTORY") Crude Oil Tanker 317,367DWT 163,660GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362061 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"LADY D" (Cyrillic: "ЛЕДИ Д") (a.k.a. LINDA (Cyrillic: ЛИНДА)) Crude Oil Tanker 61,991GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9256858 (vessel) [RUSSIA-EO14024] (Linked To: PSB LIZING OOO).

"LPG VENUS" (a.k.a. NEPTA) (D6A3909) LPG Tanker Comoros flag; Vessel Year of Build 1995; Vessel Registration Identification IMO 9013701; MMSI 620999910 (vessel) [IRAN-EO13902] (Linked To: VEGA STAR SHIP MANAGEMENT PRIVATE LIMITED).

"MAGNOLIA" (a.k.a. SILVIA I; f.k.a. "SABRINA"; f.k.a. "SARVESTAN") Crude Oil Tanker 159,711DWT 81,479GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9172052 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"MAHARLIKA" (a.k.a. NAROON; f.k.a. "BELEMA LIGHT CRUDE"; f.k.a. "NOOR") Crude Oil Tanker 298,732DWT 156,809GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079066 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"MAKRAN" (a.k.a. IRINS MAKRAN; a.k.a. IRIS MAKRAN) Naval Auxiliary Vessel Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9486910 (vessel) [IRAN].

"MARIA" (a.k.a. MARIA E) Roll-on Roll-off 3,069GRT Togo flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Other Vessel Type Passenger; Vessel Registration Identification IMO 9617923 (vessel) [RUSSIA-EO14024] (Linked To: OBORONLOGISTIKA OOO).

"MARINA" (f.k.a. HARSIN; a.k.a. HASNA; f.k.a. VALOR) (5IM600) Crude Oil Tanker 299,229DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212917; MMSI 677050000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"MUR" (a.k.a. YUG) (D6A3316) Crude Oil Tanker Comoros flag; Vessel Year of Build 2005; Vessel Registration Identification IMO 9288875; MMSI 620999317 (vessel) [IRAN-EO13902] (Linked To: YUG SHIPPING INC.).

"NATIVE LAND" (a.k.a. NASHA; f.k.a. "NESA"; f.k.a. "OCEANIC"; f.k.a. "TRUTH") Crude Oil Tanker 298,732DWT 156,809GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079107 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"NESA" (a.k.a. NASHA; f.k.a. "NATIVE LAND"; f.k.a. "OCEANIC"; f.k.a. "TRUTH") Crude Oil Tanker 298,732DWT 156,809GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079107 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"NOOR" (a.k.a. NAROON; f.k.a. "BELEMA LIGHT CRUDE"; f.k.a. "MAHARLIKA") Crude Oil Tanker 298,732DWT 156,809GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079066 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"OCEANIC" (a.k.a. NASHA; f.k.a. "NATIVE LAND"; f.k.a. "NESA"; f.k.a. "TRUTH") Crude Oil Tanker 298,732DWT 156,809GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079107 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"OSLO" (a.k.a. NOLAN) Oil Products Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9179701; MMSI 354798000 (vessel) [SDGT] (Linked To: PONTUS NAVIGATION CORP.).

"PERUN" (Cyrillic: "ПЕРУН") (a.k.a. PEGAS (Cyrillic: ПЕГАС)) Crude Oil Tanker 61,991GRT Russia flag; Secondary sanctions risk: See Section 11 of Executive Order 14024.; Vessel Registration Identification IMO 9256860 (Russia) (vessel) [RUSSIA-EO14024] (Linked To: PSB LIZING OOO).

"SABRINA" (a.k.a. SILVIA I; f.k.a. "MAGNOLIA"; f.k.a. "SARVESTAN") Crude Oil Tanker 159,711DWT 81,479GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9172052 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SAFE" (a.k.a. SEA STAR III; f.k.a. "CARNATION"; a.k.a. "SEASTAR III"; f.k.a. "SUNSHINE"; a.k.a. "YARD NO. 1220 SHANGHAI WAIGAOQIAO") Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569205 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SALALEH" (a.k.a. SERENA; f.k.a. "SONGBIRD"; a.k.a. "YARD NO. 1224 SHANGHAI WAIGAOQIAO") Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569645 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SAM 5" (a.k.a. STAR 18; f.k.a. "THINH CUONG") General Cargo Vietnam flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9020015 (vessel) [DPRK4] (Linked To: THINH CUONG COMPANY LIMITED).

"SAMPURNA RAJYA" (a.k.a. PURNA) (C5J300) Oil Products Tanker Gambia flag; Vessel Registration Identification IMO 9176656; MMSI 629000928 (vessel) [IRAN-EO13902] (Linked To: GLORY INTERNATIONAL FZ-LLC).

"SANA" (a.k.a. SEVIN; f.k.a. "BAIKAL"; f.k.a. "BLOSSOM"; f.k.a. "SIMA"; f.k.a. "SUCCESS") Crude Oil Tanker 164,154DWT 85,462GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357353 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SAND SWAN" (a.k.a. EBANO; f.k.a. "ANA I") General Cargo 2,595DWT 1,865GRT Panama flag; Vessel Registration Identification IMO 7406784 (vessel) [CUBA].

"SARVESTAN" (a.k.a. SILVIA I; f.k.a. "MAGNOLIA"; f.k.a. "SABRINA") Crude Oil Tanker 159,711DWT 81,479GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9172052 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SAVEH" (a.k.a. SANAN; f.k.a. "CAMELLIA"; f.k.a. "SOL"; f.k.a. "SWALLOW") Crude Oil Tanker 159,758DWT 81,479GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9171462 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SEASTAR III" (a.k.a. SEA STAR III; f.k.a. "CARNATION"; f.k.a. "SAFE"; f.k.a. "SUNSHINE"; a.k.a. "YARD NO. 1220 SHANGHAI WAIGAOQIAO") Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569205 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SEMNAN" (a.k.a. STARK I; f.k.a. "CLOVE"; f.k.a. "SPARROW") Crude Oil Tanker 159,681DWT 81,479GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9171450 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SIMA" (a.k.a. SEVIN; f.k.a. "BAIKAL"; f.k.a. "BLOSSOM"; f.k.a. "SANA"; f.k.a. "SUCCESS") Crude Oil Tanker 164,154DWT 85,462GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357353 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SINA" (a.k.a. SONIA I; f.k.a. "AZALEA"; f.k.a. "SUNEAST") Crude Oil Tanker 164,154DWT 85,462GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357365 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SMOOTH" (a.k.a. SEA CLIFF; a.k.a. "YARD NO. 1225 SHANGHAI WAIGAOQIAO") Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569657 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SOL" (a.k.a. SANAN; f.k.a. "CAMELLIA"; f.k.a. "SAVEH"; f.k.a. "SWALLOW") Crude Oil Tanker 159,758DWT 81,479GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9171462 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SONGBIRD" (a.k.a. SERENA; f.k.a. "SALALEH"; a.k.a. "YARD NO. 1224 SHANGHAI WAIGAOQIAO") Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569645 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SPARROW" (a.k.a. STARK I; f.k.a. "CLOVE"; f.k.a. "SEMNAN") Crude Oil Tanker 159,681DWT 81,479GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9171450 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SUCCESS" (a.k.a. SEVIN; f.k.a. "BAIKAL"; f.k.a. "BLOSSOM"; f.k.a. "SANA"; f.k.a. "SIMA") Crude Oil Tanker 164,154DWT 85,462GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357353 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SUNDIAL" (a.k.a. ARK III; f.k.a. "ABADEH"; f.k.a. "ARK"; f.k.a. "CRYSTAL") Crude/Oil Products Tanker 99,030DWT 56,068GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187655 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SUNEAST" (a.k.a. SONIA I; f.k.a. "AZALEA"; f.k.a. "SINA") Crude Oil Tanker 164,154DWT 85,462GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357365 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SUNSHINE" (a.k.a. SEA STAR III; f.k.a. "CARNATION"; f.k.a. "SAFE"; a.k.a. "SEASTAR III"; a.k.a. "YARD NO. 1220 SHANGHAI WAIGAOQIAO") Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569205 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SWALLOW" (a.k.a. SANAN; f.k.a. "CAMELLIA"; f.k.a. "SAVEH"; f.k.a. "SOL") Crude Oil Tanker 159,758DWT 81,479GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9171462 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"THINH CUONG" (a.k.a. STAR 18; f.k.a. "SAM 5") General Cargo Vietnam flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9020015 (vessel) [DPRK4] (Linked To: THINH CUONG COMPANY LIMITED).

"TRUTH" (a.k.a. NASHA; f.k.a. "NATIVE LAND"; f.k.a. "NESA"; f.k.a. "OCEANIC") Crude Oil Tanker 298,732DWT 156,809GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079107 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"VICTORY" (a.k.a. HAWK; f.k.a. "DOVE"; f.k.a. "HONAR"; f.k.a. "HORSE"; f.k.a. "JANUS") Crude Oil Tanker 317,367DWT 163,660GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362061 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"WINSOME" (a.k.a. OTARIA) (TJM0154) Crude Oil Tanker Cameroon flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9192260; MMSI 613914400 (vessel) [SDGT] (Linked To: STELLAR WAVE MARINE L.L.C.).

"YARD NO. 1220 SHANGHAI WAIGAOQIAO" (a.k.a. SEA STAR III; f.k.a. "CARNATION"; f.k.a. "SAFE"; a.k.a. "SEASTAR III"; f.k.a. "SUNSHINE") Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569205 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"YARD NO. 1224 SHANGHAI WAIGAOQIAO" (a.k.a. SERENA; f.k.a. "SALALEH"; f.k.a. "SONGBIRD") Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569645 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"YARD NO. 1225 SHANGHAI WAIGAOQIAO" (a.k.a. SEA CLIFF; f.k.a. "SMOOTH") Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569657 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

## (aircraft):

**Blocked aircraft have been segregated into a separate section of the SDN List, below.**

3A-MGU; Aircraft Model AS365 Dauphin; Aircraft Manufacturer's Serial Number (MSN) 6959; Aircraft Tail Number 3A-MGU; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: SKOCH, Andrei Vladimirovich).

BOURKHAN (a.k.a. M-IABU); Aircraft Manufacture Date 17 Sep 2008; Aircraft Model Airbus A340-300; Aircraft Manufacturer's Serial Number (MSN) 955; Aircraft Tail Number M-IABU; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

EK-30064; Aircraft Construction Number (also called L/N or S/N or F/N) 464; Aircraft Manufacture Date 17 May 1988; Aircraft Model A300B4-605R; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-AJC; Aircraft Manufacture Date 28 Feb 1995; Aircraft Model A320; Aircraft Operator Meraj Air; Aircraft Manufacturer's Serial Number (MSN) 530; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IFSR] (Linked To: MERAJ AIR).

EP-AJH; Aircraft Manufacture Date 27 Oct 2000; Aircraft Model A320; Aircraft Operator Meraj Air; Aircraft Manufacturer's Serial Number (MSN) 1353; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IFSR] (Linked To: MERAJ AIR).

EP-AJI; Aircraft Manufacture Date 11 Aug 2000; Aircraft Model A320; Aircraft Operator Meraj Air; Aircraft Manufacturer's Serial Number (MSN) 1300; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IFSR] (Linked To: MERAJ AIR).

EP-CAP; Aircraft Manufacture Date 18 Sep 1992; Aircraft Model B737; Aircraft Operator Caspian Air; Aircraft Manufacturer's Serial Number (MSN) 26466; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

EP-CAQ; Aircraft Manufacture Date 01 Oct 1992; Aircraft Model B737; Aircraft Operator Caspian Air; Aircraft Manufacturer's Serial Number (MSN) 26467; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

EP-CAR; Aircraft Manufacture Date 21 Jun 1993; Aircraft Model B737; Aircraft Operator Caspian Air; Aircraft Manufacturer's Serial Number

(MSN) 26451; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

EP-CAS; Aircraft Manufacture Date 31 Aug 1999; Aircraft Model DC-9; Aircraft Operator Caspian Air; Aircraft Manufacturer's Serial Number (MSN) 53623; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

EP-CFD; Aircraft Manufacture Date 19 Feb 1993; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11442; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-CFE; Aircraft Manufacture Date 06 Oct 1992; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11422; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-CFH; Aircraft Manufacture Date 24 Feb 1993; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11443; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-CFI; Aircraft Manufacture Date 22 Jan 1996; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11511; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-CFJ; Aircraft Manufacture Date 09 Jan 1996; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11516; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-CFK; Aircraft Manufacture Date 18 Feb 1996; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11518; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-CFL; Aircraft Manufacture Date 28 Jun 1991; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11343; Additional Sanctions Information -

Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-CFM; Aircraft Manufacture Date 27 Apr 1992; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11394; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-CFO; Aircraft Manufacture Date 03 Apr 1992; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11389; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-CFP; Aircraft Manufacture Date 24 Jul 1992; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11409; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-CFQ; Aircraft Manufacture Date 02 Dec 1992; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11429; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-CFR; Aircraft Manufacture Date 31 Mar 1992; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11383; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-CPD; Aircraft Manufacture Date Aug 1995; Aircraft Model DC-9; Aircraft Operator Caspian Air; Aircraft Manufacturer's Serial Number (MSN) 53188; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

EP-CPU; Aircraft Manufacture Date Apr 1994; Aircraft Model DC-9; Aircraft Operator Caspian Air; Aircraft Manufacturer's Serial Number (MSN) 53223; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

EP-CPV; Aircraft Manufacture Date 20 Oct 1990; Aircraft Model DC-9; Aircraft Operator Caspian Air; Aircraft Manufacturer's Serial Number (MSN) 49938; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

EP-CPX; Aircraft Manufacture Date Jul 1994; Aircraft Model DC-9; Aircraft Operator Caspian Air; Aircraft Manufacturer's Serial Number (MSN) 53463; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

EP-CPZ; Aircraft Manufacture Date Aug 1994; Aircraft Model DC-9; Aircraft Operator Caspian Air; Aircraft Manufacturer's Serial Number (MSN) 53464; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

EP-FAA; Aircraft Manufacture Date 16 Oct 1990; Aircraft Model Boeing B747; Aircraft Manufacturer's Serial Number (MSN) 24576; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IFSR] (Linked To: QESHM FARS AIR).

EP-FAB; Aircraft Manufacture Date 04 Nov 1991; Aircraft Model Boeing B747; Aircraft Manufacturer's Serial Number (MSN) 25171; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IFSR] (Linked To: QESHM FARS AIR).

EP-GOL; Aircraft Construction Number (also called L/N or S/N or F/N) 8305; Aircraft Manufacture Date 1991; Aircraft Model IL-76TD; Aircraft Operator YAS AIR; Aircraft Manufacturer's Serial Number (MSN) 1013409297; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] (Linked To: POUYA AIR).

EP-GOQ; Aircraft Construction Number (also called L/N or S/N or F/N) 2006; Aircraft Manufacture Date 1998; Aircraft Model An-74T-200; Aircraft Operator YAS AIR; Aircraft Manufacturer's Serial Number (MSN) 365470991032; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 (aircraft) [SDGT] (Linked To: POUYA AIR).

EP-GOX; Aircraft Construction Number (also called L/N or S/N or F/N) 2101; Aircraft Manufacture Date 1998; Aircraft Model An-74T-200; Aircraft Operator YAS AIR; Aircraft Manufacturer's Serial Number (MSN) 3654701211048; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] (Linked To: POUYA AIR).

EP-GOY; Aircraft Construction Number (also called L/N or S/N or F/N) 2105; Aircraft Manufacture Date 2002; Aircraft Model An-74TK-200; Aircraft Operator YAS AIR; Aircraft Manufacturer's Serial Number (MSN) 3654701211058; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] (Linked To: POUYA AIR).

EP-IAB; Aircraft Manufacture Date 22 Apr 1976; Aircraft Model B747; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 20999; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IAC; Aircraft Manufacture Date 16 May 1977; Aircraft Model B747; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 21093; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IAD; Aircraft Manufacture Date 26 Apr 1979; Aircraft Model B747; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 21758; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IAG; Aircraft Manufacture Date 21 Jul 1976; Aircraft Model B747; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 21217; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IAH; Aircraft Manufacture Date 22 Dec 1976; Aircraft Model B747; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 21218; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IAI; Aircraft Manufacture Date 01 Dec 1981; Aircraft Model B747; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 22670; Additional Sanctions Information -

Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBA; Aircraft Manufacture Date 21 Dec 1993; Aircraft Model A300; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 723; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBB; Aircraft Manufacture Date 18 Jan 1994; Aircraft Model A300; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 727; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBC; Aircraft Manufacture Date 11 Mar 1992; Aircraft Model A300; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 632; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBD; Aircraft Manufacture Date Apr 1993; Aircraft Model A300; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 696; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBG; Aircraft Manufacture Date 09 Aug 1984; Aircraft Model A300; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 299; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBI; Aircraft Manufacture Date 09 Jun 1981; Aircraft Model A300; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 151; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBJ; Aircraft Manufacture Date 18 May 1983; Aircraft Model A300; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 256; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBK; Aircraft Manufacture Date 19 Feb 1993; Aircraft Model A310; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 671; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBL; Aircraft Manufacture Date 02 May 1987; Aircraft Model A310; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 436; Additional Sanctions Information - Subject

to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBN; Aircraft Manufacture Date 16 Apr 1985; Aircraft Model A310; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 375; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBP; Aircraft Manufacture Date 06 Jan 1986; Aircraft Model A310; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 370; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBQ; Aircraft Manufacture Date 20 Jan 1986; Aircraft Model A310; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 389; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBS; Aircraft Manufacture Date 13 Feb 1980; Aircraft Model A300; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 80; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBT; Aircraft Manufacture Date 09 Mar 1982; Aircraft Model A300; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 185; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBZ; Aircraft Manufacture Date 13 Dec 1982; Aircraft Model A300; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 226; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ICD; Aircraft Manufacture Date 15 Sep 1988; Aircraft Model B747; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 24134; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ICE; Aircraft Manufacture Date 11 Mar 1981; Aircraft Model A300; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 139; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ICF; Aircraft Manufacture Date 14 Dec 1981; Aircraft Model A300; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 173; Additional Sanctions Information - Subject

to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IDA; Aircraft Manufacture Date 12 Jun 1990; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11292; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IDD; Aircraft Manufacture Date 31 Oct 1990; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11294; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IDF; Aircraft Manufacture Date 07 Nov 1990; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11298; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IDG; Aircraft Manufacture Date 30 Jan 1991; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11302; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IEB; Aircraft Manufacture Date 26 Jan 1996; Aircraft Model A320; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 575; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IEC; Aircraft Manufacture Date 18 Jun 1998; Aircraft Model A320; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 857; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IED; Aircraft Manufacture Date 18 Jun 1992; Aircraft Model A320; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 345; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IEE; Aircraft Manufacture Date 14 Feb 1992; Aircraft Model A320; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 303; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IEF; Aircraft Manufacture Date 05 Mar 1992; Aircraft Model A320; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 312; Additional Sanctions Information - Subject

to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IEG; Aircraft Manufacture Date 06 Jun 2003; Aircraft Model A320; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 2054; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IFA; Aircraft Manufacture Date 16 Nov 2016; Aircraft Model A321; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 7418; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IJA; Aircraft Manufacture Date 02 Jun 2014; Aircraft Model A330; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1540; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IJB; Aircraft Manufacture Date 05 Nov 2014; Aircraft Model A330; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1586; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IRR; Aircraft Manufacture Date 24 Jun 1974; Aircraft Model B727; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 20946; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IRS; Aircraft Manufacture Date 12 Sep 1974; Aircraft Model B727; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 20947; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IRT; Aircraft Manufacture Date 03 Mar 1975; Aircraft Model B727; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 21078; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ITA; Aircraft Manufacture Date 05 Jan 2017; Aircraft Model ATR-72; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1386; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ITB; Aircraft Manufacture Date 17 Jan 2017; Aircraft Model ATR-72; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1389; Additional Sanctions Information -

Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ITC; Aircraft Manufacture Date 11 Jan 2017; Aircraft Model ATR-72; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1390; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ITD; Aircraft Manufacture Date 28 Dec 2016; Aircraft Model ATR-72; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1391; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ITE; Aircraft Manufacture Date 27 Jul 2017; Aircraft Model ATR-72; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1424; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ITF; Aircraft Manufacture Date 04 Sep 2017; Aircraft Model ATR-72; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1431; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ITG; Aircraft Manufacture Date 20 Dec 2017; Aircraft Model ATR-72; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1477; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ITH; Aircraft Manufacture Date 11 Dec 2017; Aircraft Model ATR-72; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1478; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ITI; Aircraft Manufacture Date 22 Mar 2018; Aircraft Model ATR-72; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1489; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ITJ; Aircraft Manufacture Date 06 Apr 2018; Aircraft Model ATR-72; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1494; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ITK; Aircraft Manufacture Date 19 Jun 2018; Aircraft Model ATR-72; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1503; Additional Sanctions Information -

Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ITL; Aircraft Manufacture Date 24 May 2018; Aircraft Model ATR-72; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1504; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ITM; Aircraft Manufacture Date 03 Jul 2018; Aircraft Model ATR-72; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1510; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-LDA; Aircraft Manufacture Date 17 Sep 1997; Aircraft Model ERJ-145; Aircraft Operator Pouya Air; Aircraft Manufacturer's Serial Number (MSN) 145025; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IRGC] [IFSR] (Linked To: POUYA AIR).

EP-LDC; Aircraft Manufacture Date 26 Sep 1997; Aircraft Model ERJ-145; Aircraft Operator Pouya Air; Aircraft Manufacturer's Serial Number (MSN) 145026; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IRGC] [IFSR] (Linked To: POUYA AIR).

EP-MEB; Aircraft Manufacture Date 1997; Aircraft Model Avro RJ85; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN) E2319; Aircraft Tail Number EP-MEB; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IFSR] (Linked To: MAHAN AIR).

EP-MEH; Aircraft Manufacture Date 1992; Aircraft Model Fokker 50; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN) 20263; Aircraft Tail Number EP-MEH; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IFSR] (Linked To: MAHAN AIR).

EP-MHA; Aircraft Construction Number (also called L/N or S/N or F/N) 160; Aircraft Manufacture Date 17 Sep 1981; Aircraft Model A300B2K-3C; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MHF; Aircraft Construction Number (also called L/N or S/N or F/N) 55; Aircraft Manufacture Date 01 Mar 1978; Aircraft Model A300B4-103; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MHG; Aircraft Construction Number (also called L/N or S/N or F/N) 204; Aircraft Manufacture Date 29 Jul 1982; Aircraft Model A300B4-203; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MHJ; Aircraft Construction Number (also called L/N or S/N or F/N) 857; Aircraft Manufacture Date 18 Jun 1998; Aircraft Model A320-232; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MHL; Aircraft Construction Number (also called L/N or S/N or F/N) 175; Aircraft Manufacture Date 02 Feb 1982; Aircraft Model A300B4-203; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MHM; Aircraft Construction Number (also called L/N or S/N or F/N) 90; Aircraft Manufacture Date 05 Nov 1980; Aircraft Model A300B2K-3C; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MHO; Aircraft Construction Number (also called L/N or S/N or F/N) 488; Aircraft

Manufacture Date 13 Jan 1989; Aircraft Model A310-304; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MHP; Aircraft Construction Number (also called L/N or S/N or F/N) 244; Aircraft Manufacture Date 09 Mar 1983; Aircraft Model A300B2K-3C; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MJA; Aircraft Manufacture Date 1995; Aircraft Model A340-200; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN) 075; Aircraft Tail Number EP-MJA; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IFSR] (Linked To: MAHAN AIR).

EP-MJE; Aircraft Manufacture Date 1999; Aircraft Model A340-300; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN) 270; Aircraft Tail Number EP-MJE; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IFSR] (Linked To: MAHAN AIR).

EP-MJF; Aircraft Manufacture Date 2000; Aircraft Model A340-300; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN) 331; Aircraft Tail Number EP-MJF; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IFSR] (Linked To: MAHAN AIR).

EP-MJG; Aircraft Manufacture Date 2002; Aircraft Model Airbus A340-300; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 474; Aircraft Tail Number EP-MJG; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IFSR] (Linked To: MAHAN AIR).

EP-MMA; Aircraft Manufacture Date 08 Sep 1993; Aircraft Model A340-311; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 20; Additional Sanctions Information - Subject to Secondary Sanctions;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MMB; Aircraft Manufacture Date 07 Dec 1994; Aircraft Model A340-311; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 56; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MMC; Aircraft Manufacture Date 18 Jun 1999; Aircraft Model A340-313X; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 282; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MMJ; Aircraft Manufacture Date 05 Oct 1989; Aircraft Model A310-304; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 526; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MMU; Aircraft Manufacture Date 2008; Aircraft Model A340-600; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN) 933; Aircraft Tail Number EP-MMU; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IFSR] (Linked To: MAHAN AIR).

EP-MMV; Aircraft Manufacture Date 12 Aug 1987; Aircraft Model BAe 146-200; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 2079; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNA; Aircraft Construction Number (also called L/N or S/N or F/N) 811; Aircraft Manufacture Date 18 Feb 1993; Aircraft Model B.747-422; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN) 24383; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNB; Aircraft Construction Number (also called L/N or S/N or F/N) 740; Aircraft Manufacture Date 20 Jul 1989; Aircraft Model B.747-422; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN) 24363; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNC; Aircraft Construction Number (also called L/N or S/N or F/N) 973; Aircraft Manufacture Date 12 Apr 1993; Aircraft Model B.747-422; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN) 26879; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNE; Aircraft Construction Number (also called L/N or S/N or F/N) 641; Aircraft Manufacture Date 14 Apr 1986; Aircraft Model B747-3B3; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN) 23480; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNF; Aircraft Manufacture Date 07 Aug 1990; Aircraft Model A310-304; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 547; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNG; Aircraft Construction Number (also called L/N or S/N or F/N) 401; Aircraft Manufacture Date 02 Feb 1987; Aircraft Model A300B4-603; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft)

[SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNH; Aircraft Construction Number (also called L/N or S/N or F/N) 405; Aircraft Manufacture Date 03 Feb 1987; Aircraft Model A300B4-603; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNI; Aircraft Construction Number (also called L/N or S/N or F/N) 408; Aircraft Manufacture Date 23 Feb 1987; Aircraft Model A300B4-603; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNJ; Aircraft Construction Number (also called L/N or S/N or F/N) 380; Aircraft Manufacture Date 31 Dec 1986; Aircraft Model A300B4-603; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNK; Aircraft Construction Number (also called L/N or S/N or F/N) 618; Aircraft Manufacture Date 04 Sep 1991; Aircraft Model A300B4-603; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNL; Aircraft Construction Number (also called L/N or S/N or F/N) 623; Aircraft Manufacture Date 23 Oct 1991; Aircraft Model A300B4-603; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNM; Aircraft Construction Number (also called L/N or S/N or F/N) 773; Aircraft Manufacture Date 13 Nov 1986; Aircraft Model

A300B4-605R; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNN; Aircraft Construction Number (also called L/N or S/N or F/N) 701; Aircraft Manufacture Date 17 May 1993; Aircraft Model A300B4-605R; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNO; Aircraft Construction Number (also called L/N or S/N or F/N) 595; Aircraft Manufacture Date 30 Aug 1991; Aircraft Model A310-308; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNP; Aircraft Construction Number (also called L/N or S/N or F/N) 620; Aircraft Manufacture Date 08 Nov 1991; Aircraft Model A310-308; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNQ; Aircraft Construction Number (also called L/N or S/N or F/N) 553; Aircraft Manufacture Date 08 Dec 1989; Aircraft Model A300B4-603; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNR; Aircraft Construction Number (also called L/N or S/N or F/N) 411; Aircraft Manufacture Date 27 Mar 1987; Aircraft Model A300B4-603; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft)

[SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNS; Aircraft Construction Number (also called L/N or S/N or F/N) 414; Aircraft Manufacture Date 17 Apr 1987; Aircraft Model A300B4-603; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNT; Aircraft Construction Number (also called L/N or S/N or F/N) 546; Aircraft Manufacture Date 06 Nov 1989; Aircraft Model A300B4-603; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNU; Aircraft Construction Number (also called L/N or S/N or F/N) 608; Aircraft Manufacture Date 10 Apr 1991; Aircraft Model A300B4-605R; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNV; Aircraft Construction Number (also called L/N or S/N or F/N) 567; Aircraft Manufacture Date 03 Jan 1991; Aircraft Model A310-304; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNX; Aircraft Construction Number (also called L/N or S/N or F/N) 564; Aircraft Manufacture Date 22 Nov 1990; Aircraft Model A310-304; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MOA; Aircraft Construction Number (also called L/N or S/N or F/N) 216; Aircraft Manufacture Date 18 Feb 1993; Aircraft Model

B.146-300; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN) 3216; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MOB; Aircraft Construction Number (also called L/N or S/N or F/N) 212; Aircraft Manufacture Date 31 Jul 1992; Aircraft Model B.146-300; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN) 3212; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MOC; Aircraft Construction Number (also called L/N or S/N or F/N) 158; Aircraft Manufacture Date 18 May 1990; Aircraft Model B.146-300; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN) 3158; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MOD; Aircraft Manufacture Date 12 Nov 1990; Aircraft Model BAe 146-300; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 3162; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MOE; Aircraft Construction Number (also called L/N or S/N or F/N) 129; Aircraft Manufacture Date 24 May 1989; Aircraft Model B.146-300; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN) 3129; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MOF; Aircraft Construction Number (also called L/N or S/N or F/N) 149; Aircraft Manufacture Date 19 Dec 1989; Aircraft Model B.146-300; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN)

3149; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MOG; Aircraft Construction Number (also called L/N or S/N or F/N) 165; Aircraft Manufacture Date 12 May 1990; Aircraft Model B.146-300; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN) 3165; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MOM; Aircraft Manufacture Date 12 May 1990; Aircraft Model BAe 146-300; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 3165; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MOP; Aircraft Manufacture Date 14 Mar 1995; Aircraft Model BAe RJ85; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 2257; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MOQ; Aircraft Manufacture Date 24 Mar 1995; Aircraft Model BAe RJ85; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 2261; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MOR; Aircraft Manufacture Date 20 Nov 2001; Aircraft Model BAe RJ85; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 2392; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MOS; Aircraft Manufacture Date 15 Mar 1999; Aircraft Model BAe RJ85; Aircraft

Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 2347; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-PUA; Aircraft Manufacture Date 1998; Aircraft Model An-74; Aircraft Operator Pouya Air; Aircraft Manufacturer's Serial Number (MSN) 3654701211055; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IRGC] [IFSR] (Linked To: POUYA AIR).

EP-PUL; Aircraft Manufacture Date 1983; Aircraft Model IL-76; Aircraft Operator Pouya Air; Aircraft Manufacturer's Serial Number (MSN) 33448393; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IRGC] [IFSR] (Linked To: POUYA AIR).

EP-PUM; Aircraft Manufacture Date 2002; Aircraft Model An-74; Aircraft Operator Pouya Air; Aircraft Manufacturer's Serial Number (MSN) 3654701211059; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IRGC] [IFSR] (Linked To: POUYA AIR).

EP-PUS; Aircraft Manufacture Date 1992; Aircraft Mode S Transponder Code 7342B3; Aircraft Model Ilyushin IL-76TD; Aircraft Manufacturer's Serial Number (MSN) 1023409321; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: POUYA AIR).

EP-SIF; Aircraft Manufacture Date 19 Oct 1995; Aircraft Model A300; Aircraft Operator Meraj Air; Aircraft Manufacturer's Serial Number (MSN) 762; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IFSR] (Linked To: MERAJ AIR).

EP-SIG; Aircraft Manufacture Date 15 Feb 1995; Aircraft Model A300; Aircraft Operator Meraj Air; Aircraft Manufacturer's Serial Number (MSN)

750; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IFSR] (Linked To: MERAJ AIR).

EP-VIP; Aircraft Construction Number (also called L/N or S/N or F/N) 499; Aircraft Manufacture Date 20 Apr 1989; Aircraft Model A310-304; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EW-001PA; Aircraft Manufacture Date 29 Jan 2002; Aircraft Model B.737-8EV BBJ2; Aircraft Manufacturer's Serial Number (MSN) 33079; Aircraft Tail Number EW-001PA (aircraft) [BELARUS-EO14038].

EW-001PB; Aircraft Manufacture Date 26 Sep 2004; Aircraft Model 767-32KER; Aircraft Manufacturer's Serial Number (MSN) 33968; Aircraft Tail Number EW-001PB (aircraft) [BELARUS-EO14038] (Linked To: LUKASHENKA, Alyaksandr Ryhorovich).

EW-001PH; Aircraft Manufacture Date 2018; Aircraft Model Agusta-Westland AW-139; Aircraft Manufacturer's Serial Number (MSN) 31835 (aircraft) [BELARUS-EO14038] (Linked To: FOREIGN LIMITED LIABILITY COMPANY SLAVKALI).

EW-78779; Aircraft Manufacture Date 1988; Aircraft Model IL-76TD; Aircraft Manufacturer's Serial Number (MSN) 83489662 (aircraft) [BELARUS-EO14038] (Linked To: OTKRYTOYE AKTSIONERNOYE OBSCHESTVO TAE AVIA).

EW-78843; Aircraft Manufacture Date 1990; Aircraft Model IL-76TD; Aircraft Manufacturer's Serial Number (MSN) 1003403082 (aircraft) [BELARUS-EO14038] (Linked To: OTKRYTOYE AKTSIONERNOYE OBSCHESTVO TAE AVIA).

EX-301; Aircraft Construction Number (also called L/N or S/N or F/N) 524; Aircraft Manufacture Date 27 Sep 1989; Aircraft Model A310-304; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EX-35011; Aircraft Construction Number (also called L/N or S/N or F/N) 838; Aircraft Manufacture Date 28 Aug 2002; Aircraft Model A300B4-622R; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

F-OJHH; Aircraft Construction Number (also called L/N or S/N or F/N) 586; Aircraft Manufacture Date 29 Mar 1991; Aircraft Model A310-304; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

F-OJHI; Aircraft Construction Number (also called L/N or S/N or F/N) 537; Aircraft Manufacture Date 19 Jan 1990; Aircraft Model A310-304; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

LX-MOW; Aircraft Manufacture Date 2016; Aircraft Model GVI G650; Aircraft Manufacturer's Serial Number (MSN) 6207; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: ALTITUDE X3 LTD).

M-IABU (a.k.a. BOURKHAN); Aircraft Manufacture Date 17 Sep 2008; Aircraft Model Airbus A340-300; Aircraft Manufacturer's Serial Number (MSN) 955; Aircraft Tail Number M-IABU; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

M-SAAN; Aircraft Manufacture Date Sep 2007; Aircraft Mode S Transponder Code 424B32; Aircraft Model EMB135; Aircraft Operator Autolex Transport LTD.; Nationality of Registration Man, Isle of; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Aircraft Serial Identification 14501008 (aircraft) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: AUTOLEX TRANSPORT LTD.).

MSN 164; Aircraft Manufacture Date 1997; Aircraft Model Airbus A340-313X; Previous Aircraft Tail Number G-VAIR; Aircraft Manufacturer's Serial Number (MSN) 164; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

MSN 371; Aircraft Manufacture Date 2001; Aircraft Model Airbus A340-642; Previous Aircraft Tail Number YI-NAC; Aircraft Manufacturer's Serial Number (MSN) 371; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

MSN 376; Aircraft Manufacture Date 2001; Aircraft Model Airbus A340-642; Previous Aircraft Tail Number YI-NAB; Aircraft Manufacturer's Serial Number (MSN) 376; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

MSN 383; Aircraft Manufacture Date 2002; Aircraft Model Airbus A340-642; Previous Aircraft Tail Number YI-NAA; Aircraft Manufacturer's Serial Number (MSN) 383; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

MSN 391; Aircraft Manufacture Date 2002; Aircraft Model Airbus A340-642; Aircraft Manufacturer's Serial Number (MSN) 391; Aircraft Tail Number EP-MMH; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

MSN 416; Aircraft Manufacture Date 2002; Aircraft Model Airbus A340-642; Previous Aircraft Tail Number YI-NAD; Aircraft Manufacturer's Serial Number (MSN) 416; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

MSN 449; Aircraft Manufacture Date 2002; Aircraft Model Airbus A340-642; Previous Aircraft Tail Number YI-NAE; Aircraft Manufacturer's Serial Number (MSN) 449; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

MSN 550; Aircraft Manufacture Date 1995; Aircraft Model Airbus A321-131; Previous Aircraft Tail Number 2-WGLP; Aircraft Manufacturer's Serial Number (MSN) 550; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

MSN 615; Aircraft Manufacture Date 2004; Aircraft Model Airbus A340-642; Previous Aircraft Tail Number G-VSSH; Aircraft Manufacturer's Serial Number (MSN) 615; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

M-VITO (a.k.a. RA-02791); Aircraft Manufacture Date 01 Dec 2000; Aircraft Mode S Transponder Code 140AE7; Aircraft Model Hawker 800XP; Aircraft Operator Beratex Group Limited; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Aircraft Serial Identification 258512 (aircraft) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: BERATEX GROUP LIMITED).

N200VR, 80 SW 8th Street, Suite 2000, Miami, FL 33130, United States; Aircraft Model Gulfstream 200; Aircraft Manufacturer's Serial Number (MSN) 133; Aircraft Tail Number N200VR (aircraft) [SDNTK] (Linked To: 200G PSA HOLDINGS LLC).

P4-MGU; Aircraft Manufacture Date 18 Feb 2013; Aircraft Model A319; Aircraft Manufacturer's Serial Number (MSN) 5445; Aircraft Tail Number P4-MGU; Secondary sanctions risk:

Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: SKOCH, Andrei Vladimirovich).

P-532; Aircraft Manufacture Date 1974; Aircraft Model AN24-RV; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-533; Aircraft Manufacture Date 1974; Aircraft Model AN24-RV; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-537; Aircraft Manufacture Date 1966; Aircraft Model AN24-B; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-552; Aircraft Manufacture Date 1976; Aircraft Model T154-B; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-561; Aircraft Manufacture Date 1983; Aircraft Model T154-B; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-632; Aircraft Manufacture Date 1994; Aircraft Model T204-300; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-633; Aircraft Manufacture Date 2009; Aircraft Model T204-100; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-671; Aircraft Manufacture Date 2012; Aircraft Model A148-100; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-672; Aircraft Manufacture Date 2015; Aircraft Model A148-100; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-813; Aircraft Manufacture Date 1983; Aircraft Model T134-B; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-835; Aircraft Manufacture Date 1969; Aircraft Model IL18-D; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-881; Aircraft Manufacture Date 1986; Aircraft Model IL62-M; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-885; Aircraft Manufacture Date 1979; Aircraft Model IL62-M; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-912; Aircraft Manufacture Date 1990; Aircraft Model IL76-TD; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-913; Aircraft Manufacture Date 1990; Aircraft Model IL76-TD; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-914; Aircraft Manufacture Date 1990; Aircraft Model IL76-TD; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

RA-02791 (f.k.a. M-VITO); Aircraft Manufacture Date 01 Dec 2000; Aircraft Mode S Transponder Code 140AE7; Aircraft Model Hawker 800XP; Aircraft Operator Beratex Group Limited; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Aircraft Serial Identification 258512 (aircraft) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: BERATEX GROUP LIMITED).

RA-65690; Aircraft Model TU-134; Aircraft Manufacturer's Serial Number (MSN) 62805; Aircraft Tail Number RA-65690; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-65986; Aircraft Model TU-134; Aircraft Manufacturer's Serial Number (MSN) 63475; Aircraft Tail Number RA-65986; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-65989; Aircraft Model TU-134; Aircraft Manufacturer's Serial Number (MSN) 63605; Aircraft Tail Number RA-65989; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-65996; Aircraft Model TU-134; Aircraft Manufacturer's Serial Number (MSN) 63825; Aircraft Tail Number RA-65996; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-72963; Aircraft Model AN-72; Aircraft Manufacturer's Serial Number (MSN) 36572092845; Aircraft Tail Number RA-72963; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-75478; Aircraft Model IL-18; Aircraft Manufacturer's Serial Number (MSN) 189011302; Aircraft Tail Number RA-75478; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-75496; Aircraft Model IL-18; Aircraft Manufacturer's Serial Number (MSN) 188011303; Aircraft Tail Number RA-75496; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-75499; Aircraft Model IL-18; Aircraft Manufacturer's Serial Number (MSN) 188011004; Aircraft Tail Number RA-75499; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-75676; Aircraft Model IL-18; Aircraft Manufacturer's Serial Number (MSN) 185008605; Aircraft Tail Number RA-75676; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-76502; Aircraft Manufacture Date 1990; Aircraft Model IL-76TD; Aircraft Manufacturer's Serial Number (MSN) 1003401004; Aircraft Tail Number RA-76502; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JSC AVIACON ZITOTRANS).

RA-76592; Aircraft Manufacture Date 31 May 1984; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 43452555; Aircraft Tail Number RA-76592; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-76638; Aircraft Manufacture Date 31 May 1985; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 53460802; Aircraft Tail Number RA-76638; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-76669; Aircraft Manufacture Date 30 Jan 1986; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 63465949; Aircraft Tail Number RA-76669; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-76686; Aircraft Manufacture Date 20 May 1986; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 63468045; Aircraft Tail Number RA-76686; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-76713; Aircraft Manufacture Date 29 Nov 1986; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 63474193; Aircraft Tail Number RA-76713; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-76719; Aircraft Manufacture Date 30 Jan 1987; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 73474226; Aircraft Tail Number RA-76719; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-76738; Aircraft Manufacture Date 30 Jun 1987; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 73477326; Aircraft Tail Number RA-76738; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-76842; Aircraft Manufacture Date 1993; Aircraft Model IL-76TD; Aircraft Manufacturer's Serial Number (MSN) 1033418616; Aircraft Tail Number RA-76842; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JSC AVIACON ZITOTRANS).

RA-76846; Aircraft Manufacture Date 28 Dec 1989; Aircraft Model IL-76TD; Aircraft Manufacturer's Serial Number (MSN) 93497936; Aircraft Tail Number RA-76846; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JSC AVIACON ZITOTRANS).

RA-78750; Aircraft Manufacture Date 29 Feb 1988; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 83483510; Aircraft Tail Number RA-78750; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78762; Aircraft Manufacture Date 30 Jun 1988; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 83486574; Aircraft Tail Number RA-78762; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78765; Aircraft Manufacture Date 30 Jun 1988; Aircraft Model IL-76TD; Aircraft Manufacturer's Serial Number (MSN) 83486590; Aircraft Tail Number RA-78765; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JSC AVIACON ZITOTRANS).

RA-78776; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 83489652; Aircraft Tail Number RA-78776; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78789; Aircraft Manufacture Date 30 Dec 1988; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 83490706; Aircraft Tail Number RA-78789; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78794; Aircraft Manufacture Date 31 Jan 1989; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 93490726; Aircraft Tail Number RA-78794; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78796; Aircraft Manufacture Date 28 Feb 1989; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 93491735; Aircraft Tail Number RA-78796; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78816; Aircraft Manufacture Date 31 Jul 1989; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 93495846; Aircraft Tail Number RA-78816; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78817; Aircraft Manufacture Date 31 Jul 1989; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 93495851; Aircraft Tail Number RA-78817; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78818; Aircraft Manufacture Date 31 Aug 1989; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 93495858; Aircraft Tail Number RA-78818; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78830; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 1003401010; Aircraft Tail Number RA-78830; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-78831; Aircraft Manufacture Date 31 Aug 1990; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 1003401017; Aircraft Tail Number RA-78831; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78835; Aircraft Manufacture Date 25 May 1990; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 1003402033; Aircraft Tail Number RA-78835; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78840; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 1003403056; Aircraft Tail Number RA-78840; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-78842; Aircraft Manufacture Date 30 Jun 1990; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 1003403069; Aircraft Tail Number RA-78842; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78844; Aircraft Manufacture Date 31 Jul 1990; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 1003403092; Aircraft Tail Number RA-78844; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78845; Aircraft Manufacture Date 28 Aug 1990; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 1003403095; Aircraft Tail Number RA-78845; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78846; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 1003403113; Aircraft Tail Number RA-78846; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78847; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 1003404132; Aircraft Tail Number RA-78847; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-78850; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 1013405196; Aircraft Tail Number RA-78850; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-82010; Aircraft Manufacture Date 30 Dec 1986; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 9773053616017; Aircraft Tail Number RA-82010; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-82012; Aircraft Manufacture Date 30 Jun 1987; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 9773052732028; Aircraft Tail Number RA-82012; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-82013; Aircraft Manufacture Date 29 Sep 1987; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 9773053732033; Aircraft Tail Number RA-82013; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-82014; Aircraft Manufacture Date 30 Nov 1987; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 9773054732039; Aircraft Tail Number RA-82014; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-82021; Aircraft Manufacture Date 29 Dec 1987; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 19530502002; Aircraft Tail Number RA-82021; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-82023; Aircraft Manufacture Date 30 Dec 1988; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 19530502012; Aircraft Tail Number RA-82023; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-82028; Aircraft Manufacture Date 22 Feb 1991; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN)

19530502599; Aircraft Tail Number RA-82028; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-82030; Aircraft Manufacture Date 30 Dec 1987; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 9773054732045; Aircraft Tail Number RA-82030; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-82036; Aircraft Manufacture Date 03 Mar 1989; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 9773054832068; Aircraft Tail Number RA-82036; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-82038; Aircraft Manufacture Date 29 Dec 1989; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 9773054955077; Aircraft Tail Number RA-82038; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-82039; Aircraft Manufacture Date 29 Jun 1990; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 9773052055082; Aircraft Tail Number RA-82039; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-82040; Aircraft Manufacture Date 31 Oct 1990; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 9773053055086; Aircraft Tail Number RA-82040; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-85041; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 12A997; Aircraft Tail Number RA-85041; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85042; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 12A998; Aircraft Tail Number RA-85042; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85155; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 1000; Aircraft Tail Number RA-85155; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85360; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 79A360; Aircraft Tail Number RA-85360; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85426; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 81A426; Aircraft Tail Number RA-85426; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85446; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 80A446; Aircraft Tail Number RA-85446; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85534; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 82A534; Aircraft Tail Number RA-85534; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024]

(Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85554; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 82A554; Aircraft Tail Number RA-85554; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85555; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 82A555; Aircraft Tail Number RA-85555; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85559; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 82A559; Aircraft Tail Number RA-85559; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85563; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 82A563; Aircraft Tail Number RA-85563; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85571; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 83A571; Aircraft Tail Number RA-85571; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85586; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 84A586; Aircraft Tail Number RA-85586; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE

GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85594; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 84A594; Aircraft Tail Number RA-85594; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85605; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 85A605; Aircraft Tail Number RA-85605; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85686; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 90A854; Aircraft Tail Number RA-85686; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-86495; Aircraft Model IL-62; Aircraft Manufacturer's Serial Number (MSN) 2726628.1; Aircraft Tail Number RA-86495; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-86496; Aircraft Model IL-62; Aircraft Manufacturer's Serial Number (MSN) 3829859.1; Aircraft Tail Number RA-86496; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-86539; Aircraft Model IL-62; Aircraft Manufacturer's Serial Number (MSN) 2344615; Aircraft Tail Number RA-86539; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT

UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-86555; Aircraft Model IL-62; Aircraft Manufacturer's Serial Number (MSN) 4547315; Aircraft Tail Number RA-86555; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-86561; Aircraft Model IL-62; Aircraft Manufacturer's Serial Number (MSN) 4154842; Aircraft Tail Number RA-86561; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-86572; Aircraft Model IL-62; Aircraft Manufacturer's Serial Number (MSN) 3154624; Aircraft Tail Number RA-86572; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-86906; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 23436064; Aircraft Tail Number RA-86906; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-95951; Aircraft Model TU-134; Aircraft Manufacturer's Serial Number (MSN) 63845; Aircraft Tail Number RA-95951; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RF-78757; Aircraft Manufacture Date 27 Apr 1988; Aircraft Mode S Transponder Code 1533A5; Aircraft Model IL-76MD; Aircraft Manufacturer's Serial Number (MSN) 83484547; Aircraft Tail Number RF-78757; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-

EO14024] (Linked To: COMMAND OF THE MILITARY TRANSPORT AVIATION).

RF-78764; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 83486585; Aircraft Tail Number RF-78764; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RF-78797; Aircraft Manufacture Date 28 Feb 1989; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 93491742; Aircraft Tail Number RF-78797; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RF-78815; Aircraft Manufacture Date 31 Jul 1989; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 93494842; Aircraft Tail Number RF-78815; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RF-78834; Aircraft Manufacture Date 29 Apr 1990; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 1003401032; Aircraft Tail Number RF-78834; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RF-78838; Aircraft Manufacture Date 31 May 1990; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 1003402044; Aircraft Tail Number RF-78838; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RF-82011; Aircraft Manufacture Date 31 Dec 1986; Aircraft Mode S Transponder Code 15405B; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 9773054616023; Aircraft Tail Number RF-82011; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: COMMAND OF THE MILITARY TRANSPORT AVIATION).

RF-82032; Aircraft Manufacture Date 30 Jun 1988; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 9773052832051; Aircraft Tail Number RF-82032; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RF-82041; Aircraft Manufacture Date 08 Feb 1991; Aircraft Mode S Transponder Code 154079; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 9773054055089; Aircraft Tail Number RF-82041; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: COMMAND OF THE MILITARY TRANSPORT AVIATION).

RF-86898; Aircraft Manufacture Date 28 Jan 1982; Aircraft Mode S Transponder Code 155372; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 23435028; Aircraft Tail Number RF-86898; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: COMMAND OF THE MILITARY TRANSPORT AVIATION).

S5-SAD; Aircraft Manufacture Date 2013; Aircraft Model Bombardier Global 6000; Aircraft Manufacturer's Serial Number (MSN) 9553; Secondary sanctions risk: See Section 11 of Executive Order 14024. (aircraft) [RUSSIA-EO14024] (Linked To: ADONEV, Sergei Nikolaevich).

T7-OKY; Aircraft Manufacture Date 2014; Aircraft Model BD700-1A10 Global 6000; Aircraft Manufacturer's Serial Number (MSN) 9576; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration Number T7-OKY (San Marino) (aircraft) [UKRAINE-EO13685] (Linked To: SRL SKYLINE AVIATION).

UR-BXI; Aircraft Manufacture Date Jun 1993; Aircraft Model DC-9; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 53170; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

UR-CBD; Aircraft Manufacture Date Mar 1989; Aircraft Model DC-9; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 49510; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

UR-CJW; Aircraft Construction Number (also called L/N or S/N or F/N) 358; Aircraft Manufacture Date 12 Sep 1999; Aircraft Model BAe-146 Avro RJ100; Aircraft Manufacturer's Serial Number (MSN) 3358; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR].

UR-CKF; Aircraft Construction Number (also called L/N or S/N or F/N) 341; Aircraft Manufacture Date 20 Dec 1998; Aircraft Model BAe-146 Avro RJ100; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 3341; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR].

UR-CKG; Aircraft Construction Number (also called L/N or S/N or F/N) 362; Aircraft Manufacture Date 16 Nov 1999; Aircraft Model BAe-146 Avro RJ100; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 3362; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR].

UR-CKJ; Aircraft Construction Number (also called L/N or S/N or F/N) 343; Aircraft Manufacture Date 04 Sep 1999; Aircraft Model BAe-146 Avro RJ100; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 3343; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR].

UR-CKX; Aircraft Construction Number (also called L/N or S/N or F/N) 131; Aircraft Manufacture Date 25 May 1989; Aircraft Model BAe-146 Avro RJ300; Aircraft Operator Ukrainian-Mediterranean Airlines; alt. Aircraft Operator Ukrainian-Mediterranean Airlines; Aircraft Manufacturer's Serial Number (MSN) 3131; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IFSR].

UR-CKY; Aircraft Construction Number (also called L/N or S/N or F/N) 146; Aircraft Manufacture Date 08 Jan 1990; Aircraft Model BAe-146 Avro RJ100; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number

(MSN) 3146; Additional Sanctions Information - Subject to Secondary Sanctions; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [NPWMD] [IFSR].

UR-CKZ; Aircraft Construction Number (also called L/N or S/N or F/N) 159; Aircraft Manufacture Date 01 Jan 1990; Aircraft Model BAe-146 Avro RJ300; Aircraft Operator Ukrainian-Mediterranean Airlines; Aircraft Manufacturer's Serial Number (MSN) 3159; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] [IFSR].

VP-CSP; Aircraft Manufacture Date Sep 1991; Aircraft Mode S Transponder Code 400065; Aircraft Model BAE 125 Series 800B; Aircraft Operator Linburg Industries LTD.; Nationality of Registration Cayman Islands; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Aircraft Serial Identification 258210 (aircraft) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: LINBURG INDUSTRIES LTD.).

YI-BAF; Aircraft Manufacture Date 24 May 2002; Aircraft Model B 737; Aircraft Operator Fly Baghdad; Aircraft Manufacturer's Serial Number (MSN) 32412; Aircraft Tail Number YI-BAF; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] (Linked To: FLY BAGHDAD AIRLINES COMPANY).

YI-BAN; Aircraft Manufacture Date 08 Jan 2008; Aircraft Model B 737; Aircraft Operator Fly Baghdad; Aircraft Manufacturer's Serial Number (MSN) 35064; Aircraft Tail Number YI-BAN; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] (Linked To: FLY BAGHDAD AIRLINES COMPANY).

YV1000; Aircraft Model DHC7; Aircraft Manufacturer's Serial Number (MSN) 068; Aircraft Tail Number YV1000 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV1003; Aircraft Model DHC7; Aircraft Manufacturer's Serial Number (MSN) 103; Aircraft Tail Number YV1003 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS

AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV1004; Aircraft Model A340; Aircraft Manufacturer's Serial Number (MSN) 031; Aircraft Tail Number YV1004 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV1005; Aircraft Model ATR42; Aircraft Manufacturer's Serial Number (MSN) 491; Aircraft Tail Number YV1005 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV1007; Aircraft Model B737; Aircraft Manufacturer's Serial Number (MSN) 23949; Aircraft Tail Number YV1007 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV1008; Aircraft Model ATR42; Aircraft Manufacturer's Serial Number (MSN) 346; Aircraft Tail Number YV1008 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV1009; Aircraft Model ATR42; Aircraft Manufacturer's Serial Number (MSN) 487; Aircraft Tail Number YV1009 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV1118; Aircraft Model Learjet 45; Aircraft Manufacturer's Serial Number (MSN) 45-396; Aircraft Tail Number YV1118 (aircraft) [VENEZUELA-EO13884].

YV1850; Aircraft Model ATR72; Aircraft Manufacturer's Serial Number (MSN) 276; Aircraft Tail Number YV1850 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2040; Aircraft Model Falcon 900B; Aircraft Manufacturer's Serial Number (MSN) 133; Aircraft Tail Number YV2040 (aircraft) [VENEZUELA-EO13884].

YV2421; Aircraft Model ATR72; Aircraft Manufacturer's Serial Number (MSN) 482; Aircraft Tail Number YV2421 (aircraft)

[VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2422; Aircraft Model ATR72; Aircraft Manufacturer's Serial Number (MSN) 486; Aircraft Tail Number YV2422 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2485; Aircraft Model Falcon 900EX; Aircraft Manufacturer's Serial Number (MSN) 196; Aircraft Tail Number YV2485 (aircraft) [VENEZUELA-EO13884].

YV2486; Aircraft Model Falcon 900EX; Aircraft Manufacturer's Serial Number (MSN) 197; Aircraft Tail Number YV2486 (aircraft) [VENEZUELA-EO13884].

YV2556; Aircraft Model B737; Aircraft Manufacturer's Serial Number (MSN) 24712; Aircraft Tail Number YV2556 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2557; Aircraft Model B737; Aircraft Manufacturer's Serial Number (MSN) 24633; Aircraft Tail Number YV2557 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2558; Aircraft Model B737; Aircraft Manufacturer's Serial Number (MSN) 23096; Aircraft Tail Number YV2558 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2559; Aircraft Model B737; Aircraft Manufacturer's Serial Number (MSN) 23097; Aircraft Tail Number YV2559 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2565; Aircraft Model Learjet 45; Aircraft Manufacturer's Serial Number (MSN) 45-389; Aircraft Tail Number YV2565 (aircraft) [VENEZUELA-EO13884].

YV2567; Aircraft Model Learjet 45; Aircraft Manufacturer's Serial Number (MSN) 45-390; Aircraft Tail Number YV2567 (aircraft) [VENEZUELA-EO13884].

YV2716; Aircraft Model Learjet 45; Aircraft Manufacturer's Serial Number (MSN) 45-415; Aircraft Tail Number YV2716 (aircraft) [VENEZUELA-EO13884].

YV2726; Aircraft Model Falcon 900; Aircraft Manufacturer's Serial Number (MSN) 136; Aircraft Tail Number YV2726 (aircraft) [VENEZUELA-EO13884].

YV2734; Aircraft Model Learjet 45; Aircraft Manufacturer's Serial Number (MSN) 45-407; Aircraft Tail Number YV2734 (aircraft) [VENEZUELA-EO13884].

YV2738; Aircraft Model Learjet 45; Aircraft Manufacturer's Serial Number (MSN) 45-424; Aircraft Tail Number YV2738 (aircraft) [VENEZUELA-EO13884].

YV2739; Aircraft Model Learjet 45; Aircraft Manufacturer's Serial Number (MSN) 45-425; Aircraft Tail Number YV2739 (aircraft) [VENEZUELA-EO13884].

YV2762; Aircraft Model 1900D; Aircraft Manufacturer's Serial Number (MSN) UE-275; Aircraft Tail Number YV2762 (aircraft) [VENEZUELA-EO13884].

YV2763; Aircraft Model 1900D; Aircraft Manufacturer's Serial Number (MSN) UE-236; Aircraft Tail Number YV2763 (aircraft) [VENEZUELA-EO13884].

YV2849; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000509; Aircraft Tail Number YV2849 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2850; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000505; Aircraft Tail Number YV2850 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2851; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000515; Aircraft Tail Number YV2851 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2869; Aircraft Model 1900D; Aircraft Manufacturer's Serial Number (MSN) UE-352; Aircraft Tail Number YV2869 (aircraft) [VENEZUELA-EO13884].

YV2911; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN)

19000610; Aircraft Tail Number YV2911 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2912; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000612; Aircraft Tail Number YV2912 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2913; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000622; Aircraft Tail Number YV2913 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2943; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000634; Aircraft Tail Number YV2943 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2944; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000635; Aircraft Tail Number YV2944 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2953; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000643; Aircraft Tail Number YV2953 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2954; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000644; Aircraft Tail Number YV2954 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2964; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000646; Aircraft Tail Number YV2964 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2965; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000645; Aircraft Tail Number YV2965 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2966; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000485; Aircraft Tail Number YV2966 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2969; Aircraft Model 208; Aircraft Manufacturer's Serial Number (MSN) 208B5062; Aircraft Tail Number YV2969 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2970; Aircraft Model 208; Aircraft Manufacturer's Serial Number (MSN) 208B5071; Aircraft Tail Number YV2970 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2984; Aircraft Model A319; Aircraft Manufacturer's Serial Number (MSN) 1468; Aircraft Tail Number YV2984 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2993; Aircraft Model 208; Aircraft Manufacturer's Serial Number (MSN) 208B5082; Aircraft Tail Number YV2993 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2994; Aircraft Model 208; Aircraft Manufacturer's Serial Number (MSN) 208B5083; Aircraft Tail Number YV2994 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV3016; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000177; Aircraft Tail Number YV3016 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS

AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV3032; Aircraft Model 208; Aircraft Manufacturer's Serial Number (MSN) 208B5136; Aircraft Tail Number YV3032 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV3033; Aircraft Model 208; Aircraft Manufacturer's Serial Number (MSN) 208B5140; Aircraft Tail Number YV3033 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV3034; Aircraft Model 208; Aircraft Manufacturer's Serial Number (MSN) 208B5142; Aircraft Tail Number YV3034 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV3052; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000675; Aircraft Tail Number YV3052 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV3071; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000676; Aircraft Tail Number YV3071 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV3360; Aircraft Model Falcon 200EX; Aircraft Manufacturer's Serial Number (MSN) 17; Aircraft Tail Number YV3360 (aircraft) [VENEZUELA-EO13884].

YV3434; Aircraft Model B737; Aircraft Manufacturer's Serial Number (MSN) 21167; Aircraft Tail Number YV3434 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV378T; Aircraft Model B737; Aircraft Manufacturer's Serial Number (MSN) 23789; Aircraft Tail Number YV378T (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

_____

References following each SDN indicate the sanctions program pursuant to which the person has been designated or identified. These sanctions program references are defined on the following page on OFAC's website:

https://ofac.treasury.gov/specially-designated-nationals-list-sdn-list/program-tag-definitions-for-ofac-sanctions-lists

For further information contact the:

OFFICE OF FOREIGN ASSETS CONTROL
U.S. DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20220
https://www.treasury.gov/ofac